**SEALED BY ORDER OF COURT** (struck through)

**FILED JUN 14 2018** — SUSAN Y SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. ELIZABETH A. HOLMES & RAMESH "SUNNY" BALWANI

**CASE NUMBER:** CR 18-00258 LHK  NC

**Is This Case Under Seal?** Yes ✓   No

**Total Number of Defendants:**   1     2-7 ✓     8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**   Yes     No ✓

**Venue (Per Crim. L.R. 18-1):**   SF     OAK     SJ ✓

**Is this a potential high-cost case?**   Yes     No ✓

**Is any defendant charged with a death-penalty-eligible crime?**   Yes     No ✓

**Is this a RICO Act gang case?**   Yes     No ✓

**Assigned AUSA (Lead Attorney):** Jeff Schenk

**Date Submitted:** June 14, 2018

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM     SAVE PDF