~~SEALED BY ORDER OF COURT~~

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
6
       150 Almaden Boulevard, Suite 900
7      San Jose, California 95115
       Telephone: (408) 535-5061
8      FAX: (408) 535-5066
       Jeffrey.b.schenk@usdoj.gov
9
10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,              ) CASE NO. CR 18 00258
15           Plaintiff,                   )
                                          ) UNITED STATES' APPLICATION TO SEAL
16     v.                                 ) INDICTMENT, ARREST WARRANTS, AND
                                          ) RELATED DOCUMENTS
17                                        )
   ELIZABETH A. HOLMES and                )
18 RAMESH "SUNNY" BALWANI,                ) **UNDER SEAL**
                                          )
19           Defendants.                  )
                                          )
20

21      The United States hereby moves this Court to seal the Indictment, Arrest Warrants, and any
22 related documents. The United States requests that the above-described materials be sealed until the
23 defendants both make their initial appearance or are arrested pursuant to the accompanying arrest
24 warrants, whichever comes first. Once the defendants make their initial appearance or are arrested, the
25 Indictment, Arrest Warrants, and related documents shall automatically be unsealed by virtue of the
26 attached Order.
27 //
28 //

1  //
2  Accordingly, the United States respectfully requests that the Court grant the attached sealing order.
3  DATED: June 14, 2018                                 Very truly yours,

   ALEX G. TSE
   Acting United States Attorney

   _____
   JEFF SCHENK
   Assistant United States Attorney