


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH A. HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | CASE NO. CR 18 00258 LHK<br><br>**SEALING ORDER**<br><br>**UNDER SEAL** |



Good cause appearing therefore, it is hereby ordered that the Indictment, Arrest Warrants, and related papers in the above matter, be filed and maintained under seal until the earliest of: (1) the defendants both making their initial appearances, (2) the defendants being arrested, or (3) further order of the Court.

DATED: June 14, 2018

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

