UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ELIZABETH A. HOLMES, et al.,<br><br>   Defendants. | Case No. 18-CR-00258-LHK<br><br>**SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES** |

In accordance with Criminal Local Rule 8-1(b)(1), the above captioned case is hereby referred to United States District Judge Edward J. Davila to determine whether it is related to Case No. 5:18-CV-1602-EJD, *Securities and Exchange Commission v. Holmes et al.*

**IT IS SO ORDERED.**

Dated: 6/15/2018

            *Lucy H. Koh*
LUCY H. KOH
United States District Judge