ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>    Defendant. | CASE NO. 18-CV-01603-BLF |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | CASE NO. 18-CR-00258-LHK_<br><br>**NOTICE OF RELATED CASES<br>IN A CRIMINAL ACTION** |

    The United States hereby files this notice of related cases pursuant to Criminal Local Rule 8-1, as it believes that the above-captioned cases are related within the meaning of the rule. The first

captioned case (18-CV-01603-BLF), a civil securities case, charges defendant Ramesh "Sunny" Balwani with violations of the federal securities laws, and contains allegations related to his employment at Theranos, Inc.[1]  At trial, this case would likely involve testimony from Theranos's investors concerning alleged misrepresentations made to them in the course of their investments.  Throughout the course of this litigation, the Court would likely become familiar with the business of Theranos, its technology, and its recruitment of investors.

The second case (18-CR-00258-LHK), a criminal fraud case, charges Elizabeth Holmes and Ramesh "Sunny" Balwani with violations of federal criminal conspiracy and fraud laws, and contains allegations regarding their employment at the same company, Theranos, Inc.  This criminal case alleges fraud committed against investors as well as Theranos's patients.  At trial, this case, too, would likely involve testimony from Theranos's investors concerning alleged misrepresentations made to them in the course of their investments.  Similarly, the Court would likely become familiar with the business of Theranos, its technology, and its recruitment of investors.

These two cases involve one or more of the same defendants and overlapping, and in some instances the same, events, occurrences, and transactions.  In addition, both actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges.  For the above reasons, the government believes that assignment of the above-captioned cases to a single District Judge will conserve judicial resources and promote efficient determination of the action.

The first case, 18-CV-01603-BLF, is pending before Judge Freeman, and is the "earliest" filed matter within the meaning of the Local Rules.  Rule 8-1(e) provides that **the Judge assigned to the**

//
//
//
//

---

[1] The Securities and Exchange Commission filed a separate action, Securities and Exchange Commission v. Holmes et al 18-CV-01608-EJD, against Elizabeth Holmes and Theranos, Inc.  This matter was closed on March 27, 2018.

earliest-filed case shall issue an order that indicates whether the later-filed case is related or not, and if the case is related, whether the later-filed case is to be reassigned to that Judge.

DATED: June 15, 2018

Very truly yours,

ALEX G. TSE
Acting United States Attorney

/s/
_____
JEFF SCHENK
Assistant United States Attorney