ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RAMESH "SUNNY" BALWANI, <br><br> Defendant. | CASE NO. 18-CV-01603-BLF |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, <br><br> Defendants. | CASE NO. 18-CR-00258-LHK_ <br><br> **REVISED NOTICE OF RELATED CASES IN A CRIMINAL ACTION** |

    The United States hereby files this notice of related cases pursuant to Criminal Local Rule 8-1, as it believes that the above-captioned cases are related within the meaning of the rule. The first

1  captioned case (18-CV-01603-BLF), a civil securities case, charges defendant Ramesh "Sunny" Balwani
2  with violations of the federal securities laws, and contains allegations related to his employment at
3  Theranos, Inc.[1]  At trial, this case would likely involve testimony from Theranos's investors concerning
4  alleged misrepresentations made to them in the course of their investments.  Throughout the course of
5  this litigation, the Court would likely become familiar with the business of Theranos, its technology, and
6  its recruitment of investors.

7  The second case (18-CR-00258-LHK), a criminal fraud case, charges Elizabeth Holmes and
8  Ramesh "Sunny" Balwani with violations of federal criminal conspiracy and fraud laws, and contains
9  allegations regarding their employment at the same company, Theranos, Inc.  This criminal case alleges
10 fraud committed against investors as well as Theranos's patients.  At trial, this case, too, would likely
11 involve testimony from Theranos's investors concerning alleged misrepresentations made to them in the
12 course of their investments.  Similarly, the Court would likely become familiar with the business of
13 Theranos, its technology, and its recruitment of investors.

14 These two cases involve one or more of the same defendants and overlapping, and in some
15 instances the same, events, occurrences, and transactions.  In addition, both actions appear likely to
16 entail substantial duplication of labor if heard by different Judges or might create conflicts and
17 unnecessary expenses if conducted before different Judges.  For the above reasons, the government
18 believes that assignment of the above-captioned cases to a single District Judge will conserve judicial
19 resources and promote efficient determination of the action.

20 The first case, 18-CV-01603-BLF, is pending before Judge Freeman, and is the "earliest" filed
21 matter within the meaning of the Local Rules.  Rule 8-1(e) provides that **the Judge assigned to the**
22 //
23 //
24 //

---

[1] *A prior version of this filing incorrectly cited the case number within this footnote.*  The Securities and Exchange Commission filed a separate action, <u>Securities and Exchange Commission v. Holmes et al</u> **18-CV-01602**-EJD, against Elizabeth Holmes and Theranos, Inc.  **According to the docket sheet, the Clerk of Court was asked to close this matter on March 27, 2018**.

earliest-filed case shall issue an order that indicates whether the later-filed case is related or not, and if the case is related, whether the later-filed case is to be reassigned to that Judge.

DATED: June 20, 2018                    Very truly yours,

                                        ALEX G. TSE
                                        Acting United States Attorney


                                        /s/
                                        _____
                                        JEFF SCHENK
                                        Assistant United States Attorney