# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 15672 |
| OF | ) | **CERTIFICATE OF** |
| MARK N. BARTLETT | ) | **GOOD STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**MARK N. BARTLETT**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on March 26, 1986, and is now and has continuously since that date been an attorney in good standing, with a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 18th day of August, 2017.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court