1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorneys
6
        150 Almaden Boulevard, Suite 900
7       San Jose, California 95113
        Telephone: (408) 535-5061
8       Fax: (408) 535-5066
        Jeffrey.b.schenk@usdoj.gov
9
   Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                               SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,              ) CR-18-00258-EJD
                                            )
15 |        Plaintiff,                      ) JOINT STATUS MEMORANDUM AND
                                            ) STIPULATION AND [PROPOSED]
16 |    v.                                  ) ORDER CONTINUING STATUS HEARING AND
                                            ) EXCLUDING TIME FROM THE SPEEDY TRIAL
17 | ELIZABETH HOLMES and                   ) ACT
     RAMESH "SUNNY" BALWANI,                )
18                                          )
            Defendants.                     )
19                                          )
                                            )
20

21       The parties in the above-captioned matter hereby file this joint status memorandum and

22 stipulation to continue the status hearing currently scheduled for July 30, 2018.  On June 15, 2018, the

23 defendants each made initial appearances before Magistrate Judge van Keulen.  After that appearance,

24 each defendant informally requested discovery from the government.  The government asked each

25 defendant to provide it with a 2TB external hard drive.  On or around the first week of July 2018, the

26 government received a hard drive from each defendant.  Upon receipt, the government began the process

27 of loading the discovery onto these drives.  The discovery in this matter is quite voluminous, and the

28 government anticipates producing it in two large batches.  The government expects to provide the first

JOINT STATUS MEMO AND REQUEST FOR CONTINAUCE OF STATUS HEARING
CR-18-00258 EJD

1  batch of discovery within two weeks.  The government anticipates providing the second batch of
2  discovery before the next court date.
3      The parties have met and conferred regarding this case and the production of discovery, and
4  request that the Court continue the status hearing currently scheduled for July 30, 2018 until October 1,
5  2018.  The requested continuance will provide the government with additional time to produce
6  discovery, and will allow the defense an opportunity to begin to process and initially review the
7  discovery.
8      The parties also agree that the time between July 30, 2018 and October 1, 2018 is excludable
9  from the Speedy Trial Act based upon counsel's need to effectively prepare by reviewing discovery
10 materials provided by the government.  The parties further agree that the failure to grant the requested
11 continuance would unreasonably deny defense counsel reasonable time necessary for effective
12 preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of
13 justice served by granting the requested continuance outweigh the best interest of the public, and the
14 defendant in a speedy trial and the prompt disposition of criminal cases.  18 U.S.C. § 3161.

DATED: July 18, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
Assistant United States Attorneys

DATED: July 18, 2018

/s/
KEVIN DOWNEY
LANCE WADE
Attorneys for Elizabeth Holmes

JOINT STATUS MEMO AND REQUEST FOR CONTINAUCE OF STATUS HEARING
CR-18-00258 EJD

DATED: July 18, 2018

/s/
JEFF COOPERSMITH
MARK BARTLETT
Attorneys for Ramesh "Sunny" Balwani

**~~[PROPOSED]~~ ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearing currently scheduled for July 30, 2018 is continued to October 1, 2018 at 1:30.  The Court FURTHER ORDERS that the time between July 30, 2018, and October 1, 2018, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant the requested continuance would unreasonably deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 7/19/2018

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE