Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff(s),<br><br>   v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>                      Defendant(s). | Case No: 5:18-cr-00258<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, MAX HENSLEY, an active member in good standing of the bar of Supreme Court of Wash., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Ramesh "Sunny" Balwani in the above-entitled action. My local co-counsel in this case is Kelly Gorton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Davis Wright Tremaine LLP, 1201 Third Avenue, Ste. 2200, Seattle, WA 98101-3045 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Wright Tremaine LLP, 505 Montgomery Street, Ste. 800, San Francisco, CA 94111-6533 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(206) 757-8175 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6584 |
| MY EMAIL ADDRESS OF RECORD:<br>maxhensley@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kellygorton@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47030.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/03/18

                                          s/ MAX HENSLEY
                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of MAX HENSLEY is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED August 3, 2018

                                        Davis Wright Tremaine LLP
                                        **Attorneys for Defendant**
                                        **RAMESH BALWANI**

By *s/Max B. Hensley*
Max B. Hensley (WSBA No. 47030)
*(Pro hace vice application pending)*
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:  (206) 757-8175
Facsimile:  (206) 757-7175
Email:  maxhensley@dwt.com

JEFFREY B. COOPERSMITH (SBN. 252819)
jeffcoopersmith@dwt.com
KELLY M. GORTON (SBN 300978)
kellygorton@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599

DAVIS WRIGHT TREMAINE LLP

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 47030 |
| OF | ) ) | **CERTIFICATE** |
| MAX BAMBERGER HENSLEY | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**MAX BAMBERGER HENSLEY**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on January 8, 2014, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 2nd day of August, 2018.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court