UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00258-EJD |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2) |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

Based on good cause shown and the United States' *Ex Parte* Motion for Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d)(2), THE COURT FINDS THAT:

(1) this case falls within the "multiple crime victims" provision of § 3771(d)(2);

(2) it is impracticable, based on the number of potential crime victims, to individually identify all the victims in this case and accord them the notice and the rights described in § 3771(a);

(3) the plan of the United States to employ the Justice Department's website for large cases to provide notice to the large number of potential victims in this case is a reasonable procedure to give effect to the provisions of § 3771.

ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION

1  Accordingly, THE COURT ORDERS THAT the United States is authorized to employ the
2  Justice Department's website for large cases in order to provide notice to the large number of potential
3  victims in this case as described in the United States' *Ex Parte* Motion for Alternative Victim
4  Notification Pursuant to 18 U.S.C. § 3771(d)(2).
5  IT IS SO ORDERED.
6  Dated: August __6__, 2018

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE