JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
KELLY M. GORTON (CA State Bar No. 300978)
BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
AMANDA MCDOWELL (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500 │ Facsimile: (415) 276-6599
Email: jeffcoopersmith@dwt.com; kellygorton@dwt.com
benbyer@dwt.com; amandamcdowell@dwt.com

Attorneys for Defendant RAMESH BALWANI

JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

LANCE A. WADE (Admitted *Pro Hac Vice*)
KEVIN M. DOWNEY (Admitted *Pro Hac Vice*)
MICHELLE CHEN (Admitted *Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: LWade@wc.com; KDowney@wc.com; MChen@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER DIRECTING THE GOVERNMENT TO CEASE AND DESIST POST-INDICTMENT USE OF THE GRAND JURY PROCESS TO OBTAIN DISCOVERY**<br><br>Hon. Edward J. Davila |

This CAUSE having come before the Court upon Defendants' Motion for an Order Directing the Government to Cease and Desist its Post-Indictment Use of the Grand Jury Process to Obtain Discovery. After due consideration of the Defendants' motion and the Government's response,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The government is ORDERED to cease and desist its efforts to obtain documents pursuant to the grand jury subpoena issued to Theranos, Inc. on September 6, 2017.

**IT IS SO ORDERED.**

Dated _____

EDWARD J. DAVILA
United States District Court Judge