1  ALEX G. TSE (CABN 152348)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorneys

6
         150 Almaden Boulevard, Suite 900
7        San Jose, California 95113
         Telephone: (408) 535-5061
8        Fax: (408) 535-5066
         Jeffrey.b.schenk@usdoj.gov

9
   Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,              ) CR-18-00258-EJD
                                            )
15 |     Plaintiff,                         ) JOINT STIPULATION REGARDING
                                            ) SCHEDULING OF MOTION HEARING AND
16 |   v.                                   ) STATUS CONFERENCE; [PROPOSED] ORDER
                                            )                                MODIFIED
17 | ELIZABETH HOLMES and                   )
   | RAMESH "SUNNY" BALWANI,                )
18 |                                        )
   |     Defendants.                        )
19 |                                        )
                                            )

20

21         On July 19, 2018, the Court set a status conference in this case for October 1, 2018, at 1:30 p.m.

22 (Dkt. No. 30). On September 7, 2018, Defendants filed a Motion for Order Directing the Government to

23 Cease and Desist Post-Indictment Use of Grand Jury Process to Obtain Discovery. (Dkt. No. 40). The

24 Court has indicated that Defendants' motion should be heard by the Magistrate Judge assigned to this

25 case, and that the motion should be heard before the next status conference in the case. In order to allow

26 the government sufficient time to respond to that motion, and to allow the Magistrate Judge sufficient

27 time to evaluate the parties' arguments, the parties are requesting a brief continuance. The parties

28 understand that the Court is available on October 12, 2018, at 10:00 a.m. for a continued status

JOINT STIP & REQUEST RE HEARING SCHEDULES
CR-18-00258 EJD                                  1

1 | conference.

2 | Accordingly, the parties hereby stipulate that Defendants' motion will be referred to the
3 | Magistrate Judge for hearing on October 11, 2018, or as close to that date as that Court's schedule
4 | permits.[1]  The parties stipulate that the government's opposition to Defendants' motion shall be filed no
5 | later than September 24, 2018, and that Defendants' reply in support of the motion shall be filed no later
6 | than October 1, 2018.  The government agrees that, pending a final decision on Defendants' motion by
7 | this Court, the government trial team will not review any documents produced by Theranos after
8 | September 7, 2018 pursuant to grand jury subpoena.[2]

9 | The parties further stipulate and jointly request that the Court continue the status conference
10 | currently set for October 1, 2018, to October 12, 2018, at 10:00 a.m. in order to allow the Magistrate
11 | Judge to hear Defendants' pending motion.

12 | The parties also stipulate and agree that the time between October 1, 2018 and October 12, 2018
13 | is excludable from the Speedy Trial Act based upon counsel's need to effectively prepare by reviewing
14 | discovery materials provided by the government.  The parties further agree that the failure to grant the
15 | requested continuance would unreasonably deny defense counsel reasonable time necessary for effective
16 | preparation, taking into account the exercise of due diligence.  The parties agree that the ends of justice
17 | served by granting the requested continuance outweigh the best interest of the public, and the defendant
18 | / /

---

[1] Counsel for Mr. Balwani is unavailable on October 9 and 10, 2018.

[2] The defense has requested that the government not seek production of documents pursuant to the grand jury subpoena until the motion is finally resolved.  The government's position is that it may take possession of such documents but not have the government's trial team review them pending resolution.  In the event the government takes possession prior to final resolution of the motion, the defense reserves all rights.

JOINT STIP & REQUEST RE HEARING SCHEDULES
CR-18-00258 EJD                                                                 2

1  in a speedy trial and the prompt disposition of criminal cases.  Finally, the parties agree that this time
2  period is automatically excluded in light of the motion filed on September 7, 2018 (Dkt. No. 40).  18
3  U.S.C. § 3161.

5  DATED: September 12, 2018                          Respectfully submitted,

6                                                                              ALEX G. TSE
                                                                                   United States Attorney

9                                                                              /s/
                                                                                   JEFF SCHENK
                                                                                   JOHN C. BOSTIC
10                                                                             ROBERT S. LEACH
                                                                                   Assistant United States Attorneys

13  DATED: September 12, 2018

14                                                                             /s/
                                                                                   KEVIN DOWNEY
15                                                                             LANCE WADE
                                                                                   Attorneys for Elizabeth Holmes

18  DATED: September 12, 2018

19                                                                             /s/
                                                                                   JEFFREY B. COOPERSMITH
20                                                                             MARK N. BARTLETT
                                                                                   Attorneys for Ramesh "Sunny"
21                                                                             Balwani

JOINT STIP & REQUEST RE HEARING SCHEDULES
CR-18-00258 EJD                                              3

MODIFIED
~~[PROPOSED]~~ ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearing currently scheduled for October 1, 2018, is continued to October 15, 2018, at 1:30 p.m. The Court FURTHER ORDERS that the time between October 1, 2018, and October 15, 2018, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, under 18 U.S.C. § 3161(h)(7)(A), that the failure to grant the requested continuance would unreasonably deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also finds that this time period is automatically excluded under 18 U.S.C. § 3161(h)(1)(D) in light of the motion filed on September 7, 2018 (Dkt. No. 40). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161.

The Court FURTHER ORDERS that Defendants' Motion for Order Directing the Government to Cease and Desist Post-Indictment Use of Grand Jury Process to Obtain Discovery (Dkt. No. 40) is hereby referred to Magistrate Judge Susan van Keulen, to be heard on October 12, 2018, or as near to that date as that court's schedule permits. Defendants shall re-notice the motion accordingly. The government's opposition to Defendants' motion shall be filed no later than September 24, 2018. Defendants' reply in support of the motion shall be filed no later than October 1, 2018.

IT IS SO ORDERED.

DATED: 9/14/2018

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE