DAVIS WRIGHT TREMAINE LLP

1  JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
   KELLY M. GORTON (CA State Bar No. 300978)
2  BENJAMIN J. BYER (Admitted *Pro Hac Vice*)
   AMANDA MCDOWELL (Admitted *Pro Hac Vice*)
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
4  San Francisco, California  94111
   Telephone:  (415) 276-6500 │ Facsimile:  (415) 276-6599
5  Email:  jeffcoopersmith@dwt.com; kellygorton@dwt.com
           benbyer@dwt.com; amandamcdowell@dwt.com
6
   Attorneys for Defendant RAMESH BALWANI
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **THE NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN JOSE DIVISION**

11

   UNITED STATES OF AMERICA,                 Case No. CR-18-00258-EJD
12
             Plaintiff,                       **WAIVER OF PERSONAL APPEARANCE
13                                            AT ARRAIGNMENT AND ENTRY OF
                                              "NOT GUILTY" PLEA**
       v.
14
                                              **COURT'S ACCEPTANCE OF WAIVER**
   ELIZABETH A. HOLMES and RAMESH
15  "SUNNY" BALWANI,                          **[RULE 10(b), Fed. R. Crim. P.]**

16           Defendants.                      Assigned to Hon. Edward J. Davila

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

1    Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Ramesh "Sunny"

2  Balwani, acknowledge and agree to the following in the above case:

3    1.    I have received a copy of the Superseding Indictment [Doc. 39] in this case.  My

4  attorney has discussed the charges with me and after being so advised, I understand the nature

5  and substance of those charges, the maximum penalties, and my Constitutional rights.  I waive a

6  formal reading of the Superseding Indictment in open court.

7    2.    I understand I have a right to personally appear with my attorney in open court

8  before a judicial officer for arraignment on the Superseding Indictment.  By signing this Waiver,

9  I give up my right to personally appear in open court for an arraignment.   I further understand

10  that absence the present Waiver, I must appear before this Court as directed.

11    3.    I am entering a "Not Guilty" plea with the filing of this Waiver.  I understand that

12  entry by the Court of my not guilty plea will conclude the arraignment in this case for all

13  purposes.

14    4.    I have been informed of my rights under Title 18 U.S.C. § 3161-3174 (Speedy

15  Trial Act), and authorize my undersigned attorney to set times and delays under the Act without

16  my being present.

17

18  DATED: September 27, 2018

19  Ramesh "Sunny" Balwani
   Defendant

20

21

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA
Case No. CR-18-00258 EJD

1    I am attorney of record for the above-named Defendant.  I have reviewed the charges

2  against my client and agree and consent to the Waiver of Personal Appearance at Arraignment

3  and Entry of Not Guilty Plea.

4

5  DATED: September 27, 2018

                                          DAVIS WRIGHT TREMAINE LLP
6

7                                          By:  /s/ Jeffrey B. Coopersmith
                                                Jeffrey B. Coopersmith
8
                                          Attorneys for Defendant
9                                          RAMESH BALWANI

10

11

12

13    The Court accepts the Waiver of Defendant's Appearance at Arraignment and enters a

14  plea of "Not Guilty" for the Defendant Ramesh "Sunny" Balwani.

15

16

17  DATED:                                  _____

                                          Magistrate Judge Susan van Keulen
18

19

20

21

22

23

24

25

26

27

28

2

WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA
Case No. CR-18-00258 EJD