# EXHIBIT B

Counsel

nch

| ZIP CODE | CITY |
|---|---|
| 94560 | Palo Alto |
| ON TO THIS ADDRESS | CORPORATE ADDRES *certificate* NUMBER, STREET 1701 Page Mill Roa |
| | CITY Palo Alto |
| gy (Clinical Path) | FOR OFFICE USE ONL Date Received |

*neck only one) Please refer to the acco*

*ons I – VI and IX – X)*

on using the same format.)

*egulatory exceptions to apply for this*

**cate to cover multiple testing locatior**

es, complete remainder of this sectior

**xceptions applies to your facility's ope**

ocation, that is, a laboratory that move

health screening fairs, or other tempo

rimary site or home base, using its add

aboratory testing, record the vehicle ic

local government laboratory engagec

s per certificate) public health testing

and attach additional information usin

*PM testing if applying for a Certific*

on to waived tests, complete the infor
should include testing for ALL sites.

ecialty/subspecialty in which the labora
lity. Do not include testing not subject
ciency testing when calculating test vo
h the application package.)

dicate the name of the Accreditation O
CLIA compliance. (The Joint Commissi

| ANNUAL T VOLUME | SPECIALTY / SUBSPECIALT |
|---|---|
| | HEMATOLOGY 400 |
| | ☐ Hematology |

FOLLOWING CAREFULLY BEFORE

ny requirement of section 353 of t
d thereunder shall be imprisoned f
th, except that if the conviction is
be imprisoned for not more than

oratory
ould be based
of the date of

FROM
OSE TESTS
FOR A CLIA

non-waived
fic education,
M (42 CFR
of of these
must be
tion to be

plicable

must reflect the
testing is perfor
suite and/or roo
box or Mail Stop

If the laboratory
corporate addre
complete the ap

Mailing Address
used if the labor
CLIA fee coupon
location, such as
Office box numb
part of the Maili

Corporate Addre
be used if the la
the CLIA fee cou
location, such as

f the location
ed.

, a mobile
contained
onnel,
ing purposes,
e vehicle
les used for

lso answer a

e sole
ources to fund
on of a shared
physician
for the

VIII. NON-WAIV

The total Estima
includes all non-
previously coun
instructions on p
completing this
(Note: The Accre
reflect accredita
only; e.g., CAP,

IX. TYPE OF CON

Select the type
appropriately de

X. DIRECTOR OF

List all other fac
responsible and
Note that for a

Manual RBC by
Sperm count

IMMUNOHEMAT
ABO group (510
Rh(D) type (510)
Antibody screen
Antibody identi
Compatibility te

PATHOLOGY
Dermatopatholo
Oral Pathology
PAP smear inter
Other Cytology
Histopathology

# Urinalysis** (320)

Automated Urinalysis

Microscopic Urinalysis

Urine specific gravity

Urine specific gravity

Urine protein by sulfo

** Dipstick urinalysis

counted as one test for both Pap

r of tests is determined by the nur
and a venous blood specimen rece

file counts as one test.

oscopia examinations, each count
e number of reagent pads on the

not count calculations (e.g., A/G r
ting assays.

erning counting tests for CLIA, ple

Cl

Cl

No

fo

fo

red.

Cl

ocedures (PPMP)

Cl

Cl

ialty and/or test

Cl

From:

0/05/2016