```
ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-00258-EJD |
| Plaintiff, | JOINT STATUS MEMORANDUM |
| v. | |
| ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

The parties in the above-captioned matter hereby file this joint status memorandum in advance of the status conference set for October 15, 2018.

**I.      The Superseding Indictment**

On September 6, 2018, the grand jury returned a Superseding Indictment against Defendants Holmes and Balwani. (Dkt. No. 39). The superseding indictment contains eleven counts against both defendants: two counts of conspiracy to commit wire fraud and nine counts of wire fraud.

Both Defendants have filed written waivers of appearance at arraignment and entries of "not guilty" pleas. (Dkt. Nos. 45, 48). The magistrate judge accepted these waivers on October 5, 2018, and

October 10, 2018, respectively. (Dkt. Nos. 51, 52).

## II. Status of Discovery

Shortly after making their initial appearances on June 15, 2018, the Defendants requested discovery. On August 7 of this year, the government produced more than four million pages of discovery to the defense. On August 23, 2018, the government made an additional production of reports of dozens of witness interviews it has conducted in its investigation, along with associated source documents referenced in those interviews.

Since before the original Indictment in this case, the government has been working to prepare and produce what it considers to be the remainder of the Rule 16 discovery in this case. Due to the extremely large volume of material involved, the government has sent several million pages of discovery to the DOJ's Litigation Technology Service Center ("LTSC") in South Carolina. This facility has equipment that allows it to process and produce large volumes of documents faster and more efficiently than in-house at the U.S. Attorney's Office. In addition, the government is informed that productions from the LTSC are typically easier for defendants to access. Despite the LTSC's increased bandwidth, however, the processing and bates stamping of these materials has taken months. The LTSC recently finished processing one batch of more than six million pages of discovery, and the government is currently copying that material onto separate hard drives for the two Defendants. The machine copying that data estimates that the process will complete early next week, at which point the government will make that production to Defendants. Another six-million-page batch of discovery is on its way from the LTSC and should be received by the government soon. The government will copy and produce those materials as soon as possible—likely before the end of October.

Once those batches are produced, the government estimates that these productions will represent approximately ninety percent complete. However, as with any ongoing investigation, the government will produce discoverable evidence upon receipt.

The parties propose a next Court date in or around January 2019.

## III. Pending and Anticipated Motion Practice

On September 7, 2018, Defendants filed a motion seeking a cease and desist order blocking the government from using a grand jury subpoena to obtain evidence post-Indictment. (Dkt. No. 40). The

government filed its opposition to that motion on September 24, 2018.  (Dkt. No. 44).  Defendants filed a reply on October 1, 2018.  (Dkt. No. 46).  Today, Magistrate Judge van Keulen denied this motion, and ordered the parties to meet and confer to agree upon procedures for a privilege review of Theranos' September 14, 2018 production.

DATED: October 12, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
Assistant United States Attorneys

DATED: October 12, 2018

/s/
KEVIN DOWNEY
LANCE WADE
Attorneys for Elizabeth Holmes

DATED: October 12, 2018

/s/
JEFF COOPERSMITH
MARK BARTLETT
Attorneys for Ramesh "Sunny" Balwani

JOINT STATUS MEMORANDUM
CR-18-00258 EJD