ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-00258-EJD (SVK) |
| Plaintiff, | JOINT STATUS MEMORANDUM |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

      On October 12, 2018, the Court issued an Order Denying Defendants' Motion for Order Directing Government to Cease And Desist Post-Indictment Use of the Grand Jury Process. ECF No. 54. In the order, the Court directed the parties to meet and confer upon procedures for a privilege review of Theranos' September 14, 2018 production. On October, 19, 2018, counsel for the parties met and conferred telephonically. Counsel for the United States advised counsel for the defendants that it is in the process of forming a "taint or filter" team to review the production for information subject to a privilege belonging to defendants. The parties further agreed that the taint or filter team will solicit input from defense counsel regarding search terms and additional procedures that should be employed.

JOINT STATUS MEMORANDUM
CR-18-00258 EJD (SVK)

The parties further agreed that, before any documents from the September 14, 2018 production are produced to the government's trial team, the taint or filter team will provide notice to counsel for the defendants of the documents to be produced and sufficient opportunity to raise any specific objections with the Court. To date, no disagreements have arisen with respect to the procedures for a privilege review.

DATED: October 22, 2018                    Respectfully submitted,

                                           ALEX G. TSE
                                           United States Attorney


                                           /s/
                                           JEFF SCHENK
                                           JOHN C. BOSTIC
                                           ROBERT S. LEACH
                                           Assistant United States Attorneys

DATED: October 22, 2018


                                           KEVIN DOWNEY
                                           LANCE WADE
                                           Attorneys for Elizabeth Holmes


DATED: October 22, 2018


                                           JEFF COOPERSMITH
                                           MARK BARTLETT
                                           Attorneys for Ramesh "Sunny" Balwani

JOINT STATUS MEMORANDUM
CR-18-00258 EJD (SVK)