Case 5:18-cr-00258-EJD   Document 61   Filed 11/27/18   Page 1 of 2

JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:    (206) 757-8020
Fax:          (206) 757-7020
Email:        jeffcoopersmith@dwt.com

KELLY M. GORTON (CA State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        kellygorton@dwt.com

Attorneys for Defendant
RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        vs.<br><br>ELIZABETH HOLMES AND<br>RAMESH "SUNNY" BALWANI,<br><br>                              Defendants.<br>R | CR-18-00258-EJD<br><br>**NOTICE OF ATTORNEY CHANGE OF ADDRESS FOR JEFFREY B. COOPERSMITH, MARK BARTLETT, BENJAMIN J. BYER, MAX HENSLEY AND AMANDA M. MCCDOWELL** |
|---|---|

**TO:   THE HONORABLE COURT; and**

**TO:   ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

---

NOTICE OF ATTORNEY CHANGE OF ADDRESS
Case No. CR18-00258-EJD

4821-8569-4592v.1 0103509-000002

PLEASE TAKE NOTICE THAT effective November 26, 2018, the address for Jeffrey B. Coopersmith, Mark Bartlett, Benjamin J. Byer, Max Hensley, Amanda McDowell and the Seattle Office location of Davis Wright Tremaine LLP, attorneys of record for Defendant Ramesh Balwani, has changed. Please take note of the following change of address and change your records accordingly:

NEW ADDRESS:

Jeffrey B. Coopersmith (CSB#252819)
Mark Bartlett (admitted *pro hac vice*)
Benjamin J. Byer (admitted *pro hac vice*)
Max Hensley (admitted *pro hac vice*)
Amanda M. McDowell (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Email addresses, telephone, and facsimile numbers remain the same.

DATED this 27th day of November, 2018.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jeffrey B. Coopersmith*
    Jeffrey B. Coopersmith, (CSB#252819)

Attorneys for Ramesh Balwani

DAVIS WRIGHT TREMAINE LLP

1
NOTICE OF ATTORNEY CHANGE OF ADDRESS
Case No. CR18-00258-EJD