JEFFREY B. COOPERSMITH (Cal. Bar No. 252819)
   jeffcoopersmith@dwt.com
KELLY M. GORTON (Cal. Bar No. 300978)
   kellygorton@dwt.com
STEPHEN A. CAZARES (Cal Bar No. 201864)
   stevecazares@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

Attorneys for Defendant
RAMESH BALWANI

DAVIS WRIGHT TREMAINE LLP

# IN THE UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  vs.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>                      Defendant. | Case No. CR-18-00258-EJD<br><br>**NOTICE OF APPEARANCE OF STEPHEN A. CAZARES** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Stephen A. Cazares, admitted to practice in the United States District Court for the Northern District of California, of the law firm, Davis Wright Tremaine LLP, hereby appears as counsel of record on behalf of Defendant Ramesh "Sunny" Balwani, in the above-captioned matter, and respectfully requests that all pleadings and other documents be served upon him at Davis Wright Tremaine LLP, as identified below:

> Stephen A. Cazares
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Suite 800
> San Francisco, California 94111
> Telephone:    (415) 276-6500
> Facsimile:    (415) 276-6599
> stevecazares@dwt.com

DATED this 27th day of March 2019

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  */s/ Stephen A. Cazares*
     Stephen A. Cazares

Attorneys for Ramesh Balwani