<pre>
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4
     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD &
 5                                     )   CV-18-01603-EJD
                     PLAINTIFF,        )
 6                                     )
                VS.                    )   SAN JOSE, CALIFORNIA
 7                                     )
     ELIZABETH A. HOLMES AND RAMESH    )   APRIL 22, 2019
 8   SUNNY BALWANI,                    )
                                       )   PAGES 1 - 27
 9                   DEFENDANTS.       )
     _____ )
10                                     )
     SECURITIES AND EXCHANGE           )
11   COMMISSION,                       )
                                       )
12                   PLAINTIFF,        )
                                       )
13              VS.                    )
                                       )
14   RAMESH SUNNY BALWANI,             )
                                       )
15                   DEFENDANTS.       )
     _____ )
16
                     TRANSCRIPT OF PROCEEDINGS
17            BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
18
     A P P E A R A N C E S:
19
     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
20                         BY:  JOHN BOSTIC
                                ROBERT LEACH
21                              JEFFREY SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
22                         SAN JOSE, CALIFORNIA 95113

23   OFFICIAL COURT REPORTER:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                         CERTIFICATE NUMBER 8074

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
</pre>

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
 4                                   LANCE WADE
                                725 TWELFTH STREET, N.W.
 5                              WASHINGTON, D.C. 20005

 6                              LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
 7                              ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
 8
       FOR DEFENDANT BALWANI:   DAVIS, WRIGHT & TREMAINE LLP
 9                              BY:  JEFFREY COOPERSMITH
                                     STEPHEN CAZARES
10                                   KELLY M. GORTON
                                505 MONTGOMERY STREET, SUITE 800
11                              SAN FRANCISCO, CALIFORNIA 94111

12     FOR THE S.E.C.:          UNITED STATES SECURITIES AND EXCHANGE
                                COMMISSION
13                              BY:  SUSAN F. LAMARCA
                                     RAHUL KOLHATKAR
14                              44 MONTGOMERY STREET, SUITE 2600
                                SAN FRANCISCO, CALIFORNIA 94104
15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    APRIL 22, 2019 |
| | 2 | P R O C E E D I N G S |
| | 3 | (COURT CONVENED AT 1:36 P.M.) |
| 01:36PM | 4 | THE COURT:  WELL, LET'S NOW TURN TO 18-258, UNITED |
| 01:36PM | 5 | STATES VERSUS ELIZABETH HOLMES, RAMESH SUNNY BALWANI, AND WE'LL |
| 01:36PM | 6 | CALL COMPANION CASE 18-1603, S.E.C. VERSUS BALWANI. |
| 01:36PM | 7 | IF THOSE PARTIES COULD COME FORWARD, PLEASE. |
| 01:36PM | 8 | MR. BOSTIC:  GOOD AFTERNOON, YOUR HONOR. |
| 01:36PM | 9 | JOHN BOSTIC, JEFF SCHENK, AND BOB LEACH FOR THE UNITED STATES. |
| 01:36PM | 10 | THE COURT:  GOOD AFTERNOON.  LET ME CAPTURE YOUR |
| 01:37PM | 11 | COLLEAGUES. |
| 01:37PM | 12 | MS. LAMARCA:  SUSAN LAMARCA AND RAHUL KOLHATKAR FOR |
| 01:37PM | 13 | THE S.E.C. |
| 01:37PM | 14 | THE COURT:  THANK YOU. |
| 01:37PM | 15 | MR. DOWNEY:  GOOD AFTERNOON, YOUR HONOR. |
| 01:37PM | 16 | KEVIN DOWNEY AND LANCE WADE FOR ELIZABETH HOLMES WHO'S PRESENT |
| 01:37PM | 17 | IN COURT AS WELL. |
| 01:37PM | 18 | THE COURT:  THANK YOU.  GOOD AFTERNOON. |
| 01:37PM | 19 | MR. COOPERSMITH:  GOOD AFTERNOON, YOUR HONOR. |
| 01:37PM | 20 | JEFF COOPERSMITH FOR RAMESH BALWANI WHO IS TO MY RIGHT AND ALSO |
| 01:37PM | 21 | KELLY GORTON AND STEVE CAZARES FROM MY OFFICE. |
| 01:37PM | 22 | THE COURT:  GOOD AFTERNOON.  THIS IS ON FOR FURTHER |
| 01:37PM | 23 | STATUS.  I HAVE READ AND REVIEWED YOUR DOCUMENT 66, AND WE'RE |
| 01:37PM | 24 | CALLING THE CRIMINAL CASE FIRST, AND THEN WE'LL TURN TO THE |
| 01:37PM | 25 | S.E.C. CASE IN JUST A MOMENT. |

01:37PM  1        I HAVE READ THE JOINT MEMORANDUM.  THANK YOU FOR THAT.

01:37PM  2        I SUPPOSE I SHOULD GET UPDATED FROM COUNSEL.  IT LOOKS

01:37PM  3    LIKE THERE'S PROBABLY TWO MOTIONS THAT WILL BE PENDING IF NOT

01:37PM  4    PENDING CURRENTLY, AND I'D LIKE TO DISCUSS THAT.  I HAD SOME

01:37PM  5    THOUGHTS ALSO ABOUT TRIAL DATES, AND WE SHOULD PROBABLY BE

01:37PM  6    THINKING ABOUT AND LOOKING AT TRIAL DATES ONGOING.

01:37PM  7        SO, COUNSEL, WHO WOULD LIKE TO GO FIRST?  MR. BOSTIC.

01:38PM  8             MR. BOSTIC:  SO, YOUR HONOR, ON THE TWO PENDING

01:38PM  9    MOTIONS MY COLLEAGUE, MR. LEACH, WILL ADDRESS THE MOTION TO

01:38PM 10    STAY WHEN WE DISCUSS THAT.

01:38PM 11        ON DEFENDANTS' MOTION TO COMPEL DISCOVERY PRODUCTION FROM

01:38PM 12    THE GOVERNMENT, AS THE COURT KNOWS FROM THE JOINT STATUS

01:38PM 13    SUBMISSION, THE GOVERNMENT HAS PRODUCED APPROXIMATELY 20

01:38PM 14    MILLION PAGES ALREADY.  THE ADDITIONAL CATEGORIES OF DOCUMENTS

01:38PM 15    ADDRESSED IN THE PENDING MOTION ARE MOSTLY HELD IN THE HANDS OF

01:38PM 16    GOVERNMENT AGENCIES LIKE THE FDA AND THE CMS.

01:38PM 17        IN ORDER TO RESPOND TO THAT MOTION, THE GOVERNMENT

01:38PM 18    BELIEVES THAT IT NEEDS TO COLLECT SOME ADDITIONAL INFORMATION

01:38PM 19    FROM THOSE AGENCIES.

01:38PM 20        I INFORMED COUNSEL FOR MS. HOLMES JUST BEFORE THIS HEARING

01:38PM 21    THAT THE LAWYERS THAT I'VE BEEN DEALING WITH AT CMS AND FDA ARE

01:38PM 22    OUT OF TOWN OR RECENTLY OUT OF TOWN AND I BELIEVE OUT OF THE

01:38PM 23    COUNTRY.

01:38PM 24        ONE REPRESENTING CMS RETURNS FROM BEING ON LEAVE I BELIEVE

01:38PM 25    ON MAY 1ST OR 2ND.  I THINK IN ORDER TO PRESENT THE COURT WITH

01:39PM 1    THE FACTS THAT IT NEEDS TO RULE ON THAT MOTION, I DO NEED TO

01:39PM 2    CONSULT WITH THOSE ATTORNEYS.  THE GOVERNMENT COUNSEL IN THIS

01:39PM 3    CASE DOES NOT REPRESENT THOSE AGENCIES AND WILL NOT REPRESENT

01:39PM 4    THOSE AGENCIES FOR PURPOSES OF THIS CASE.  SO IN ORDER TO GET

01:39PM 5    THAT INFORMATION FOR THE COURT, I WOULD LIKE A CHANCE TO

01:39PM 6    CONSULT WITH THOSE LAWYERS.  SO I WOULD JUST ASK THAT IN

01:39PM 7    SETTING A BRIEFING AND HEARING SCHEDULE FOR THAT MOTION WE

01:39PM 8    ACCOUNT FOR THAT.

01:39PM 9            THE COURT:  OKAY.  HAVE YOU MET AND CONFERRED ABOUT

01:39PM 10   THAT?

01:39PM 11           MR. DOWNEY:  YOUR HONOR, WE DISCUSSED IT.  OUR

01:39PM 12   REFLECTION ON MR. BOSTIC'S REQUEST WAS OF COURSE WE WANT TO

01:39PM 13   ACCOMMODATE HIM UNDERTAKING A REASONABLE PROCESS SO THE MOTION

01:39PM 14   CAN BE BRIEFED.

01:39PM 15      WE'RE CONCERNED ABOUT THE PACE OF THE PRODUCTION OF

01:39PM 16   DISCOVERY.  THERE'S NO --

01:39PM 17           THE COURT:  IT'S ONLY MILLIONS OF PAGES.

01:39PM 18           MR. DOWNEY:  YEAH, MILLIONS OF PAGES HAVE ALREADY

01:39PM 19   BEEN PRODUCED.  I GATHER MILLIONS MORE ARE TO BE PRODUCED.

01:39PM 20      SO WE DON'T OPPOSE THAT.  WE JUST -- IN THE CONTEXT OF A

01:39PM 21   BROADER DISCUSSION ABOUT WHEN IT'S REALISTIC TO SET A TRIAL

01:39PM 22   DATE.

01:39PM 23           THE COURT:  SURE.

01:39PM 24           MR. DOWNEY:  SO ASSUMING THAT WE HAVE, YOU KNOW, AN

01:40PM 25   OPPORTUNITY, IF WE PREVAIL ON THE MOTION, AN ADEQUATE

01:40PM 1    OPPORTUNITY TO REVIEW WHATEVER IS PRODUCED, THAT'S FINE WITH

01:40PM 2    US.  WE'RE JUST CONCERNED BECAUSE THE AMOUNT OF TIME, LEAD TIME

01:40PM 3    THAT THE GOVERNMENT PROPOSED IN THE JOINT STATUS MEMORANDUM

01:40PM 4    SOUNDS LIKE A FAIR AMOUNT OF TIME, BUT GIVEN THE VOLUME OF

01:40PM 5    MATERIAL IT'S REALLY NOT.

01:40PM 6        SO OUR CONCERN ABOUT THAT IS NOT ACCOMMODATING MR. BOSTIC,

01:40PM 7    WHICH WE'RE HAPPY TO DO, IT'S JUST ABOUT THE BROADER SET OF

01:40PM 8    ISSUES.

01:40PM 9            THE COURT:  SURE.  WELL, THANK YOU.

01:40PM 10       MY SENSE, AND IT'S PROBABLY YOUR EXPERIENCE ALSO, WITH

01:40PM 11   THESE TYPES OF MOTIONS TYPICALLY THERE'S ADDITIONAL MEET AND

01:40PM 12   CONFERS.  SOMETIMES THERE'S RESOLUTION REGARDING WHAT CAN BE

01:40PM 13   OBTAINED AND WHAT IS OBTAINED.  SOMETIMES THE INFORMATION, WHEN

01:40PM 14   THE GOVERNMENT IS IN THEIR SITUATION THAT THEY'RE IN NOW, WHEN

01:40PM 15   THEY MEET WITH THE OTHER INDIVIDUALS THEY'RE ABLE TO SECURE

01:40PM 16   ADDITIONAL INFORMATION THAT MIGHT NOT CURE THE ENTIRETY OF THE

01:40PM 17   DEFECTS AS YOU SEE IT NOW BUT AT LEAST GO A LONG WAY TOWARDS

01:41PM 18   THAT.

01:41PM 19       MR. BOSTIC AND MR. SCHENK, IF WHAT I'M HEARING IS THAT YOU

01:41PM 20   NEED TO DISCUSS OR AT LEAST TALK WITH OTHER AGENCIES REGARDING

01:41PM 21   OTHER DISCOVERY MATTERS THAT MIGHT BE USEFUL TO THAT

01:41PM 22   CONVERSATION, THAT'S WHAT I'M HEARING, THEN I THINK THAT MAYBE

01:41PM 23   WE CAN FIND SOME ACCORD WHERE I DON'T KNOW IF WE NEED AN

01:41PM 24   ADDITIONAL STATUS TO DETERMINE A DATE OR IF I GIVE YOU DATES

01:41PM 25   NOW.  I HATE TO DO THAT NOW AND BLIND THEM NOT KNOWING WHAT IS

01:41PM 1      IN STORE FOR YOUR CONVERSATIONS.

01:41PM 2              MR. BOSTIC:  YOUR HONOR, JUST TO BE CLEAR, I THINK

01:41PM 3      THAT IS PART OF THE OBJECTIVE OF THOSE ADDITIONAL CONVERSATIONS

01:41PM 4      WITH AGENCY COUNSEL TO SEE WHETHER THERE'S SOME MIDDLE GROUND,

01:41PM 5      SOME ABILITY TO COMPROMISE.

01:41PM 6          BUT IN ADDITION, I BELIEVE THAT THE DEFENSE MOTION WILL

01:41PM 7      TURN AT LEAST PARTLY OR IN LARGE PART ON WHETHER THE

01:41PM 8      GOVERNMENT, WHETHER THE PROSECUTION IS DEEMED TO HAVE ACCESS TO

01:41PM 9      THE DOCUMENTS IN THE POSSESSION OF THESE AGENCIES.

01:41PM 10         SO IT'S REALLY TO EXPLAIN THOSE RELEVANT FACTS TO THE

01:42PM 11     COURT TO DETERMINE TO WHAT EXTENT DO WE HAVE ACCESS TO THOSE

01:42PM 12     DOCUMENTS.

01:42PM 13             THE COURT:  SURE.  YOU CAN'T HAVE THAT CONVERSATION

01:42PM 14     UNTIL THE FIRST PART OF MAY IT SOUNDS LIKE.

01:42PM 15             MR. BOSTIC:  CORRECT, YOUR HONOR, AT LEAST WE

01:42PM 16     CANNOT -- AT LEAST AS TO CMS WE CANNOT FINISH THAT CONVERSATION

01:42PM 17     UNTIL THEN.

01:42PM 18             THE COURT:  ALL RIGHT.  DO YOU HAVE SUGGESTIONS

01:42PM 19     ABOUT WHAT WE SHOULD DO?

01:42PM 20             MR. DOWNEY:  YOUR HONOR, I THINK MY SUGGESTION WOULD

01:42PM 21     BE THAT WE FILE AN UPDATE WITH THE COURT PERHAPS AT THE END OF

01:42PM 22     THE WEEK FOLLOWING THE WEEK WHEN MR. BOSTIC ANTICIPATES THAT

01:42PM 23     HE'LL HAVE THOSE CONVERSATIONS.

01:42PM 24         MY CONCERN IS ONLY THIS, I ANTICIPATE THAT THE AGENCIES

01:42PM 25     PROBABLY WILL PRODUCE SOME ADDITIONAL AMOUNT OF MATERIAL.  IT'S

01:42PM  1    CLEAR TO US FROM OUR REVIEW OF WHAT HAS BEEN PRODUCED THUS FAR

01:42PM  2    THAT THERE'S A GOOD BIT OF ADDITIONAL MATERIAL THAT IS PROBABLY

01:42PM  3    MATERIAL TO OUR PREPARATION AND IN MANY INSTANCES EXCULPATORY.

01:42PM  4        IT MAY BE PREFERABLE ULTIMATELY FOR THE AGENCIES TO

01:42PM  5    CONDUCT THEIR THOUGHT PROCESS ON THEIR REVIEW RECOGNIZING THAT

01:42PM  6    THEY'RE GOING TO BE OBLIGATED TO PRODUCE DOCUMENTS WHICH MEET

01:43PM  7    THOSE STANDARDS.

01:43PM  8        SO I DON'T WANT TO FORESHADOW WHAT THEIR CONSULTATION

01:43PM  9    PROCESS YIELDS, BUT I THINK WE SHOULD REPORT BACK AT THE END OF

01:43PM 10    THE WEEK AFTER -- THE WEEK THAT MR. BOSTIC CONSULTS WITH HIS

01:43PM 11    COLLEAGUES AND OTHER AGENCIES, BUT WE MAY AT THAT TIME FIND

01:43PM 12    WE'RE NOT MAKING SUFFICIENT PROGRESS, THAT WE WOULD LIKE THE

01:43PM 13    MOTION TO BE HEARD.

01:43PM 14        BUT I DON'T WANT TO FOREJUDGE THAT, YOUR HONOR.  WE CAN

01:43PM 15    SEE.

01:43PM 16            THE COURT:  WELL, THANK YOU.  THE ISSUE BEFORE THE

01:43PM 17    COURT NOW IS TO DETERMINE A BRIEFING SCHEDULE --

01:43PM 18            MR. DOWNEY:  YES.

01:43PM 19            THE COURT:  -- AS TO WHEN THE GOVERNMENT SHOULD FILE

01:43PM 20    THEIR REPLY AND OPPOSITION.

01:43PM 21            MR. DOWNEY:  UNDERSTOOD.  AND I THINK WE CAN DEFER

01:43PM 22    THE OPPOSITION AT LEAST UNTIL WE FILE THAT MEMORANDUM AND UNTIL

01:43PM 23    WE FILE THAT JOINT UPDATE.

01:43PM 24            THE COURT:  SURE.

01:43PM 25            MR. DOWNEY:  AND IF, IN FACT, AT THAT TIME IT'S

01:43PM  1    NECESSARY FOR THE GOVERNMENT TO CONTINUE AND GO AHEAD AND BRIEF

01:43PM  2    IT, WE'LL DO IT THEN.

01:43PM  3              MR. BOSTIC:  YOUR HONOR, NO OBJECTION TO THAT

01:43PM  4    APPROACH FROM THE GOVERNMENT.

01:43PM  5              THE COURT:  OKAY.  LET ME ASK, IS THERE ANY

01:43PM  6    CONNECTION BETWEEN -- LET'S TURN TO THE S.E.C. CASE FOR JUST A

01:44PM  7    MOMENT.

01:44PM  8        I UNDERSTAND THE GOVERNMENT HAS FILED A MOTION TO

01:44PM  9    INTERVENE IN THE CRIMINAL CASE.  I'M JUST CURIOUS WHETHER

01:44PM 10    THERE'S SOME CROSS-POLLINIZATION BETWEEN THESE TWO THINGS.

01:44PM 11              MR. LEACH:  YES, YOUR HONOR.  MR. LEACH FOR THE

01:44PM 12    GOVERNMENT.  I DON'T THINK THERE IS.  THE DISCOVERY THAT

01:44PM 13    MS. HOLMES IS SEEKING ARE DOCUMENTS IN THE POSSESSION OF THE

01:44PM 14    FDA AND CMS WHICH THE GOVERNMENT CONTENDS ARE NOT PART OF THE

01:44PM 15    PROSECUTION TEAM AND NOT SUBJECT TO OUR RULE 16 BRADY AND

01:44PM 16    GIGLIO OBLIGATIONS.

01:44PM 17        THE MOTION TO INTERVENE AND STAY IS REALLY DIRECTED AT

01:44PM 18    SOME DISCOVERY THAT MR. BALWANI IS ATTEMPTING TO TAKE IN THE

01:44PM 19    CIVIL CASE RELATING TO DOCTORS AND PATIENTS WHO IN OUR JUDGMENT

01:44PM 20    HAVE NOTHING TO DO WITH THE S.E.C. CASE BUT EVERYTHING TO DO

01:44PM 21    WITH THE CRIMINAL CASE.

01:44PM 22        SO WE THINK SOME OF THE RECENT DISCOVERY HAS CROSSED THE

01:44PM 23    LINE IN TERMS OF RELEVANCE OF THE S.E.C. CASE.  WE ALSO TOOK A

01:44PM 24    LOOK AT THE KEATING FACTORS IN THE MOST RECENT NINTH CIRCUIT

01:45PM 25    DECISION ON STAYS, AND WE REALLY THINK THAT THE BREADTH OF

01:45PM   1    CIVIL DISCOVERY IN THE S.E.C. CASE IS DISTRACTING FROM THE

01:45PM   2    PARTIES' ABILITY TO MOVE THE CASE FORWARD AND GET A TRIAL DATE

01:45PM   3    IN THE CRIMINAL CASE.

01:45PM   4        SO I THINK THOSE ARE -- WE DO NOT TAKE A POSITION ON ANY

01:45PM   5    DISCOVERY MR. BALWANI HAS TAKEN OF THE FDA OR CMS IN THE S.E.C.

01:45PM   6    CASE.  IT'S REALLY FOCUSSED ON DOCTORS AND PATIENTS AND THE

01:45PM   7    OVERALL BREADTH OF IT.

01:45PM   8            MR. COPPERSMITH:  THANK YOU, YOUR HONOR.  WE'RE

01:45PM   9    GOING TO RESPOND TO THE GOVERNMENT'S MOTION TO INTERVENE AND

01:45PM  10    STAY.  OUR OPPOSITION IS DUE TWO WEEKS FROM THIS PAST FRIDAY SO

01:45PM  11    WE INTEND TO PUT IN A FULL OPPOSITION.  WE DON'T AGREE WITH THE

01:45PM  12    GOVERNMENT THERE SHOULD BE A MOTION, BUT LET ME SAY A FEW

01:45PM  13    THINGS IN RESPONSE TO MR. LEACH.

01:45PM  14            THE COURT:  SURE.

01:45PM  15            MR. COPPERSMITH:  THAT IS, IT'S BEEN ABOUT A YEAR

01:45PM  16    SINCE THE DISCOVERY COMMENCED IN THE S.E.C. CASE.

01:45PM  17        JUST LIKE IN THE CRIMINAL CASE, THERE ARE MILLIONS OF

01:45PM  18    PAGES OF DOCUMENTS.  AS WE SEE THE S.E.C. CASE, AND WE PUT THIS

01:46PM  19    IN THE STATUS REPORT FOR YOUR HONOR, WE BELIEVE THERE ARE

01:46PM  20    ALLEGATIONS ABOUT THE CAPABILITIES OF THERANOS'S LABORATORIES

01:46PM  21    AND ITS ANALYZER AND IT NOT BEING ACCURATE.  WE'VE ACTUALLY

01:46PM  22    TRIED TO PROPOSE SOME THINGS TO THE S.E.C.  WE HAVEN'T HEARD

01:46PM  23    BACK.  WE THINK IT PUTS THESE MATTERS AT ISSUE.

01:46PM  24        THE MATTER WITH RESPECT TO THE HEALTH CARE PROVIDERS,

01:46PM  25    JUDGE COUSINS IS GOING TO HEAR THAT MOTION ON RELEVANCE ON

01:46PM  1    WEDNESDAY AND JUDGE COUSINS IS GOING TO BE WELL CAPABLE TO

01:46PM  2    DECIDING WHAT IS RELEVANT IN THE CASE AND WHAT IS NOT, AND WE

01:46PM  3    THINK IT'S RELEVANT.

01:46PM  4        BUT IN ADDITION, THE FACT THAT THE GOVERNMENT WAITED A

01:46PM  5    YEAR TO TRY TO STAY AFTER MR. BALWANI PROVIDED DISCOVERY TO THE

01:46PM  6    S.E.C., HE PROVIDED SWORN INTERROGATORY ANSWERS, HE PROVIDED

01:46PM  7    OTHER DISCOVERY, SAT FOR THREE DAYS FOR TESTIMONY WITH THE

01:46PM  8    S.E.C. BEFORE THE COMPLAINT WAS FILED.

01:46PM  9        TO COME IN AND TRY TO STAY AT THIS POINT I THINK IS

01:46PM  10   TACTICAL, BUT WE'LL EXPLAIN ALL OF OUR --

01:46PM  11            THE COURT:  YOU'RE ARGUING THE MOTION.

01:46PM  12            MR. COOPERSMITH:  WELL, I MEAN, I'M RESPONDING TO

01:46PM  13   MR. LEACH.

01:47PM  14            THE COURT:  JUNE 10TH, I THINK.

01:47PM  15            MR. COPPERSMITH:  YES, YOUR HONOR.  AND I DON'T

01:47PM  16   THINK THAT THAT MOTION SHOULD REALLY AFFECT ANYTHING THAT WE'RE

01:47PM  17   DOING TODAY NOTWITHSTANDING MR. LEACH'S COMMENTS.

01:47PM  18        SO ONE OTHER THING THAT MAY BE IS PERTINENT AND THAT IS,

01:47PM  19   THERE IS, AND I THINK WE MENTIONED THIS IN THE STATUS REPORT,

01:47PM  20   TOO, THERE IS AN ISSUE WITH CMS AND FDA ON THE CIVIL SIDE JUST

01:47PM  21   LIKE IN THE CRIMINAL CASE AND THERE WERE SUBPOENAS ISSUED TO

01:47PM  22   THOSE AGENCIES OUT OF THE CIVIL CASE.  THE S.E.C. DIDN'T OBJECT

01:47PM  23   TO ANYTHING ABOUT RELEVANCE ON THOSE UNTIL VERY RECENTLY.

01:47PM  24   AFTER SEVEN MONTHS THOSE SUBPOENAS WERE PENDING.

01:47PM  25        WE'VE BEEN CONFERRING, MEETING AND CONFERRING WITH CMS AND

01:47PM  1    FDA AND DOJ COUNSEL WHO REPRESENTS THOSE AGENCIES FOR MANY,

01:47PM  2    MANY MONTHS.  WE'RE TRYING TO FRAME THOSE ISSUES FOR THE COURT

01:47PM  3    IF WE CAN'T RESOLVE THEM.  OBVIOUSLY, WE HOPE WE CAN RESOLVE

01:47PM  4    THEM.  BUT THAT'S SOMETHING THAT WE'VE BEEN STRUGGLING WITH

01:47PM  5    FOR -- YOU KNOW, SINCE SEPTEMBER SINCE WE ISSUED THOSE

01:47PM  6    SUBPOENAS IS TO ACTUALLY GET THOSE AGENCIES TO PROVIDE

01:47PM  7    DOCUMENTS.

01:48PM  8         THAT IS WHAT IS GOING ON.

01:48PM  9              THE COURT:  OKAY.  THANK YOU.  ANYTHING FURTHER THEN

01:48PM 10    ON THAT?  SHOULD WE LEAVE THE JUNE 10TH DATE THEN?  IS THAT

01:48PM 11    CONVENIENT?

01:48PM 12              MR. COOPERSMITH:  THAT WAS THE DATE AVAILABLE FOR

01:48PM 13    US, SO, YES, YOUR HONOR.

01:48PM 14              MR. LEACH:  IT'S CONVENIENT FOR US, YOUR HONOR, IF

01:48PM 15    THE COURT IS AVAILABLE TO GO FORWARD.

01:48PM 16              THE COURT:  I THINK THAT'S AT 10:00 A.M.

01:48PM 17              THE CLERK:  YES, YOUR HONOR.

01:48PM 18              THE COURT:  LET'S LEAVE THAT SET.  LET'S RETURN NOW

01:48PM 19    TO THE CRIMINAL CASE.

01:48PM 20         WHAT DO YOU SUGGEST THEN?  I UNDERSTAND YOU'LL PERHAPS

01:48PM 21    PROVIDE A MEMO PERHAPS THE WEEK AFTER, MAYBE IT'S THE SECOND

01:48PM 22    WEEK OF MAY OR SOMETHING LIKE THAT, MR. BOSTIC.

01:48PM 23              MR. BOSTIC:  THAT'S WHAT I UNDERSTAND FROM DEFENSE'S

01:48PM 24    PROPOSAL, YOUR HONOR, AND THAT MEMO WOULD EITHER SAY THE

01:48PM 25    PARTIES HAVE REACHED THE FOLLOWING AGREEMENT OR ARE MAKING

01:48PM  1   PROGRESS TOWARDS REACHING THIS AGREEMENT OR IT WOULD INDICATE

01:48PM  2   THAT THERE IS NO SUCH AGREEMENT AND THAT THE GOVERNMENT IS

01:48PM  3   PLANNING TO FILE ITS OPPOSITION.  THEN MY HOPE AT THAT TIME

01:48PM  4   WOULD BE THAT THE PARTIES INCLUDE IN THAT FILING A PROPOSED

01:48PM  5   BRIEFING AND HEARING SCHEDULE.

01:49PM  6        IS THAT YOUR UNDERSTANDING?

01:49PM  7             MR. DOWNEY:  THAT'S MY UNDERSTANDING, TOO.

01:49PM  8             THE COURT:  I'LL GIVE YOU AN OPPORTUNITY AND THE

01:49PM  9   OPPORTUNITY TO CREATE SUCH A SCHEDULE THAT COMPORTS WITH YOUR

01:49PM 10   CALENDARS.  I'M HAPPY TO GIVE THAT TO YOU FOR SUGGESTION TO THE

01:49PM 11   COURT, AND IF WE CAN ACCOMMODATE IT, WE WILL.  I'LL ACCEPT THAT

01:49PM 12   FOR YOU.

01:49PM 13        LET'S TALK ABOUT TRIAL FOR JUST A MOMENT.  I REALIZE THAT

01:49PM 14   IT'S GOING TO BE PREMATURE BASED ON THESE PENDING MOTIONS.  BUT

01:49PM 15   WHAT ARE YOUR THOUGHTS, IF YOU HAVE ANY, ABOUT WHEN THE CASE

01:49PM 16   WOULD PROCEED TO TRIAL, IF IT WERE TO PROCEED TO TRIAL, WHEN

01:49PM 17   THAT MIGHT BE?

01:49PM 18             MR. DOWNEY:  I THINK FROM THE DEFENSE PERSPECTIVE AT

01:49PM 19   THIS POINT, JUDGE, WE'RE ABOUT THREE MONTHS TOO EARLY TO

01:49PM 20   DISCUSS THAT.

01:49PM 21        IN ADDITION TO WHAT WE'VE JUST DISCUSSED, THERE ARE A

01:49PM 22   COUPLE OF OTHER STRANDS THAT ARE GOING TO DEFINE, I THINK, THE

01:49PM 23   SCOPE OF WHAT IS AT ISSUE.

01:49PM 24        ONE IS THAT THERE IS A TAINT TEAM THAT IS IN PLACE FOR

01:49PM 25   PURPOSES OF REVIEW OF CERTAIN DOCUMENTS, AND THERE'S A

01:49PM 1    PROCEDURE THAT ATTACHES TO THE BACK END OF THAT WHERE THE

01:50PM 2    DEFENSE CAN OBJECT IF DOCUMENTS ARE TO BE DISCLOSED TO THE

01:50PM 3    GOVERNMENT.

01:50PM 4        THE DOCUMENTS THAT ARE AT ISSUE THERE I THINK ARE GOING TO

01:50PM 5    BE QUITE MATERIAL TO THE CASE, AND WE DON'T AT THIS POINT KNOW

01:50PM 6    WHAT THE STATUS IS OF THAT REVIEW, WHEN WE'LL GET THOSE

01:50PM 7    DOCUMENTS, ET CETERA, BUT I THINK THAT IS A PROCESS THAT THE

01:50PM 8    GOVERNMENT HAS SAID HAS COMMENCED AND WE WILL, I THINK,

01:50PM 9    PRESUMABLY BE IN THAT PROCESS THREE MONTHS FROM NOW AND HAVE A

01:50PM 10    BETTER SENSE WITH CLARITY AS TO WHEN WOULD BE AN APPROPRIATE

01:50PM 11    TRIAL DATE.

01:50PM 12        THE OTHER PIECE OF IT, WHICH I JUST, FRANKLY, HAVE TO SOME

01:50PM 13    EXTENT THROW MY HANDS UP ON, JUDGE, AND SAY WE HAVE A HUGE

01:50PM 14    AMOUNT OF MATERIAL THAT HAS ALREADY BEEN PRODUCED WHICH I THINK

01:50PM 15    THE GOVERNMENT HAS WORKED DILIGENTLY TO PRODUCE BUT MUCH OF

01:50PM 16    WHICH WE HAVE ONLY RECENTLY GOTTEN.  WE'RE TOLD BY THE

01:50PM 17    GOVERNMENT THAT THEY ARE PRODUCING A LARGE ADDITIONAL VOLUME.

01:50PM 18    INDEED, TODAY MR. BOSTIC HAS UNCOVERED THAT FOUR ADDITIONAL

01:50PM 19    TERABYTES OF DATA ARE GOING TO BE DISCLOSED TO US.  SO WE WANT

01:51PM 20    TO GET OUR ARMS AROUND WHAT THAT IS, AS DOES HE.

01:51PM 21        SO I THINK WE'RE THREE MONTHS OUT FROM WRAPPING THOSE

01:51PM 22    STRANDS UP SO THAT WE CAN KNOW WHEN A TRIAL DATE -- WHEN A

01:51PM 23    RANGE FOR A TRIAL DATE WOULD BE APPROPRIATE AND SUGGEST A LEAD

01:51PM 24    TIME TO YOUR HONOR.

01:51PM 25        THE COURT:  WELL, THAT COMPORTS WITH WHAT YOU'RE

01:51PM  1    SUGGESTING A JULY DATE FOR A STATUS CONFERENCE.

01:51PM  2              MR. DOWNEY:  STATUS CONFERENCE, YES.

01:51PM  3              MR. BOSTIC:  YOUR HONOR, JUST TO UPDATE THE COURT ON

01:51PM  4    THE TWO ISSUES JUST MENTIONED BY DEFENSE COUNSEL.

01:51PM  5        FIRST, ON THE TAINT REVIEW, COUNSEL IS CORRECT THAT THAT

01:51PM  6    PROCESS IS ONGOING.  IN FACT, THE GOVERNMENT IS ABOUT TO CLEAR

01:51PM  7    THE FIRST BATCH OF DOCUMENTS FOR REVIEW BY THE DEFENSE.  I

01:51PM  8    BELIEVE THAT SET OF DOCUMENTS WILL INCLUDE WELL IN EXCESS OF

01:51PM  9    100,000 OUT OF THE APPROXIMATELY 250,000 DOCUMENTS THAT ARE

01:51PM  10   UNDERGOING THAT TAINT REVIEW.  SO WE'RE MAKING GOOD PROGRESS ON

01:51PM  11   THAT, AND IT'S MY HOPE THAT VERY SOON THE DEFENSE WILL HAVE

01:51PM  12   ACCESS TO A VERY LARGE PORTION OF THOSE DOCUMENTS AND THEN

01:51PM  13   WE'LL PROCEED DILIGENTLY WITH THE REST.

01:51PM  14       AS TO THE NEW INFORMATION, I DID INFORM COUNSEL FOR

01:52PM  15   MS. HOLMES BEFORE THE HEARING THAT WE RECENTLY OBTAINED

01:52PM  16   VOLUNTARILY FROM A WITNESS A HARD DRIVE CONTAINING

01:52PM  17   APPROXIMATELY FOUR TERABYTES OF ADDITIONAL INFORMATION.  I

01:52PM  18   UNDERSTAND THAT MOST OF THAT VOLUME COMES FROM PROMOTIONAL FILM

01:52PM  19   AND VIDEO CREATED BY THERANOS ITSELF WHEN THE COMPANY WAS

01:52PM  20   OPERATIONAL.  SO I THINK THE LARGE AMOUNT MIGHT BE SOMEWHAT

01:52PM  21   MISLEADING BECAUSE THESE ARE NOT JUST PAGES OF SOLID DOCUMENTS.

01:52PM  22   I THINK A LOT OF THAT DATA IS MADE UP BY VIDEO FILES.

01:52PM  23              THE COURT:  I SEE.  THAT'S HELPFUL.

01:52PM  24          MR. SCHENK?

01:52PM  25              MR. SCHENK:  YES, YOUR HONOR.  ON THE ISSUE OF

01:52PM  1    SETTING A TRIAL DATE, WE DO THINK IT'S APPROPRIATE TO SET A

01:52PM  2    TRIAL DATE.  WE'RE NOT ASKING THE COURT TO SET A TRIAL DATE IN

01:52PM  3    THREE MONTHS OR SIX MONTHS, BUT IT DOES HELP CRYSTALIZE MANY OF

01:52PM  4    THE ISSUES BEFORE THE COURT AND BEFORE THE PARTIES TO HAVE THAT

01:52PM  5    TRIAL DATE.

01:52PM  6         WE ALSO THINK THAT THE TRIAL WILL BE LENGTHY AND TO

01:52PM  7    RESERVE THE BLOCK OF TIME ON THE COURT'S CALENDAR AND ON ALL OF

01:53PM  8    THE PARTIES' CALENDAR AND SO THAT WE CAN SEND TRIAL SUBPOENAS

01:53PM  9    TO WITNESSES TO BEGIN TO BLOCK OUT TIME.  IT'S HELPFUL TO HAVE

01:53PM 10    A TRIAL DATE.

01:53PM 11         WE THINK THAT TO NOT MEASURE BY COURT WEEKS BUT RATHER

01:53PM 12    TRIAL DAYS, OUR ESTIMATE AT THIS POINT WOULD BE ABOUT 40 TRIAL

01:53PM 13    DAYS THOUGH ACKNOWLEDGING WE HOPE THAT WE'RE ABLE TO REACH SOME

01:53PM 14    STIPULATIONS WITH THE DEFENSE TO ALLEVIATE CUSTODIAL WITNESSES,

01:53PM 15    AND OBVIOUSLY AS THE TRIAL WOULD GET CLOSER, WE WOULD BE ABLE

01:53PM 16    TO PROVIDE A MORE ACCURATE OR A BETTER ESTIMATE.

01:53PM 17         BUT AT THIS POINT, YOU KNOW, THAT'S ROUGHLY TWO MONTHS

01:53PM 18    GOING EVERY COURT DAY SO IT'S PROBABLY GOING TO GO A LITTLE BIT

01:53PM 19    LONGER THAN THAT AND TO GET TWO MONTHS ON THE COURT'S CALENDAR

01:53PM 20    IS NOT SOMETHING THAT WE CAN DO ON SHORT NOTICE.

01:53PM 21         SO WE WOULD ASK THE COURT TO THINK ABOUT SETTING US FOR

01:53PM 22    TRIAL EVEN A YEAR FROM NOW.  THE GOVERNMENT'S REQUEST WOULD BE

01:53PM 23    TO SET THE TRIAL DATE.

01:53PM 24         WE ACKNOWLEDGE THE POINTS THAT THE DEFENSE HAS MADE TO THE

01:54PM 25    COURT ABOUT THE VOLUMINOUS DISCOVERY AND THEIR NEED TO REVIEW

01:54PM 1    THAT DISCOVERY.  A YEAR FROM NOW, THOUGH, WE THINK WOULD

01:54PM 2    ACCOMPLISH THAT.  AND WE SHOULD ALSO NOTE THAT A LOT OF THE

01:54PM 3    DISCOVERY PRODUCTION IN THIS CASE IS AN EXERCISE IN PROVIDING

01:54PM 4    THERANOS DOCUMENTS BACK TO THE DEFENSE.  NOW IT'S INDIVIDUAL

01:54PM 5    DEFENDANTS, NOT THE CORPORATION.  THERE'S BEEN A LOT OF

01:54PM 6    LITIGATION THAT HAS PREDATED THE CRIMINAL CASE.

01:54PM 7        SO THEY'VE RECEIVED SOME OF THESE DOCUMENTS AND NOW TWO OR

01:54PM 8    THREE TIMES FROM US, BUT WE ACKNOWLEDGE THEIR NEED TO

01:54PM 9    EFFECTIVELY PREPARE BY REVIEWING THESE DOCUMENTS.  THEY HAVE

01:54PM 10   NOT WALKED IN AND ASKED FOR A SPEEDY TRIAL BECAUSE OF THE

01:54PM 11   VOLUMINOUS NATURE OF THE DISCOVERY.

01:54PM 12       ALTHOUGH IT IS OUR VIEW THAT SETTING A TRIAL DATE NOW IS

01:54PM 13   IMPORTANT TO CRYSTALLIZE THOSE ISSUES AND TO BLOCK THAT TIME

01:54PM 14   OUT ON THE COURT'S CALENDAR.

01:54PM 15       AGAIN, EVEN IF IT'S A YEAR FROM NOW WHEN THE COURT HAS THE

01:54PM 16   TIME TO GIVE US THOSE TWO-PLUS MONTHS, WE WOULD APPRECIATE IT.

01:54PM 17            THE COURT:  OKAY.

01:54PM 18            MR. DOWNEY:  YOUR HONOR --

01:54PM 19            THE COURT:  WELL, LOOKING AHEAD -- I KNOW YOU CAN'T

01:55PM 20   TELL ME TODAY, COUNSEL, YOU CAN'T TELL ME TODAY WHAT YOUR --

01:55PM 21   THE TIME YOU NEED FOR YOUR DEFENSE.

01:55PM 22            MR. DOWNEY:  NO.

01:55PM 23            THE COURT:  BUT MY SENSE IS THAT IT MIGHT MIRROR

01:55PM 24   THIS AS WELL AND PERHAPS BE LONGER.

01:55PM 25            MR. COOPERSMITH:  YES, YOUR HONOR.

01:55PM 1          MR. DOWNEY:  THAT'S OUR SENSE, YOUR HONOR, FROM WHAT

01:55PM 2    THE GOVERNMENT HAS SAID TO US.

01:55PM 3          THE COURT:  SO RECOGNIZING THE BUSINESS OF FEDERAL

01:55PM 4    DISTRICT COURTS IN THIS -- IN THE NORTHERN DISTRICT OF

01:55PM 5    CALIFORNIA, AND PARTICULARLY THE SAN JOSE DIVISION, IF I CAN

01:55PM 6    SAY THAT, WE'RE BUSY.

01:55PM 7          MR. DOWNEY:  I SEE.

01:55PM 8          THE COURT:  IT WOULD MAKE SENSE FOR MY CALENDAR, AND

01:55PM 9    MY COLLEAGUES AS WELL, TO BLOCK OUT SOME TIME, EXPECTATION SO

01:55PM 10   THAT WE CAN PROPERLY ADJUST OUR CALENDAR FOR THE OTHER CASES

01:55PM 11   THAT WE HAVE NEED TO TAKE CARE OF.

01:56PM 12       IS THAT SOMETHING THAT WE CAN DO TODAY?

01:56PM 13         MR. DOWNEY:  YOUR HONOR, CAN I MAKE A SUGGESTION?

01:56PM 14   EVERYTHING THAT MR. SCHENK SAYS IS SENSIBLE.  THIS IS GOING TO

01:56PM 15   BE A LONG TRIAL, AND IT'S GOING TO REQUIRE A LOT OF

01:56PM 16   COORDINATION, AND I THINK A SIGNIFICANT ADVANCE NOTICE IS

01:56PM 17   APPROPRIATE.

01:56PM 18       I REALLY DO THINK WHEN THE PROCESSES I'VE IDENTIFIED HAVE

01:56PM 19   HAD THE OPPORTUNITY TO PLAY OUT, WE'LL BE IN A BETTER POSITION

01:56PM 20   TO SAY WHETHER THAT'S NINE MONTHS FROM JULY, WHICH WOULD STILL

01:56PM 21   BE A YEAR FROM TODAY, OR WHETHER IT'S A YEAR FROM JULY.  I

01:56PM 22   THINK THE WORST POSSIBLE RESULT, WHICH WE ALL AGREE ON AND

01:56PM 23   WHICH I'M SURE THE COURT AGREES ON, IS GETTING CLOSER TO A

01:56PM 24   TRIAL AND UNEXPECTED EVENTS THAT CHANGE THE TRIAL DATE.

01:56PM 25         SO I WILL COMMIT TO THE COURT THAT WE WILL TRY TO GIVE A

01:56PM 1    RELIABLE TRIAL DATE AS I'M SURE THE GOVERNMENT WILL WHEN WE

01:56PM 2    PROPOSE ONE.  BUT MY SUGGESTION WOULD BE THAT WE CONFER IN

01:56PM 3    ADVANCE OF A JULY CONFERENCE, COME UP WITH A PROPOSED SCHEDULE,

01:56PM 4    ASSUMING THE ISSUES THAT WE'VE IDENTIFIED ARE RESOLVED AND

01:57PM 5    KNOWABLE AT THAT POINT, AND COME BACK AT THAT TIME AND TRY TO

01:57PM 6    IDENTIFY WHAT THE APPROPRIATE LENGTH OF TIME IS AND WHAT THE

01:57PM 7    APPROPRIATE PRECISE SCHEDULING IS SO THAT WHEN THE COURT

01:57PM 8    SCHEDULES THOSE DATES IT CAN HAVE CONFIDENCE IN THEM.

01:57PM 9          MR. COOPERSMITH:  YOUR HONOR, IF I COULD ADD ONE

01:57PM 10    THING.  SO THE GOVERNMENT ON THE CRIMINAL SIDE HERE HAS BEEN

01:57PM 11    INVESTIGATING THIS CASE SINCE SOMETHING LIKE EARLY 2016 AND

01:57PM 12    HAS -- IT'S NOW, YOU KNOW, SINCE THE INDICTMENT WAS IN JUNE OR

01:57PM 13    MID-JUNE OF 2018 AND WE JUST RECEIVED 3 MILLION PAGES OF

01:57PM 14    DOCUMENTS, YOU KNOW, IN THE MIDDLE OF MARCH.  SO JUST VERY

01:57PM 15    RECENTLY.

01:57PM 16        SO IT IS OBVIOUSLY VERY DIFFICULT TO REVIEW ALL OF THESE

01:57PM 17    DOCUMENTS, BUT THE THING I WANTED TO SAY IN PARTICULAR THAT

01:57PM 18    HASN'T BEEN MENTIONED YET IS THAT THE GOVERNMENT HAS SAID THAT

01:57PM 19    IT'S CONTINUING TO INVESTIGATE THIS CASE.  IT'S CONTINUING TO

01:57PM 20    USE THE GRAND JURY, IT'S CONTINUING TO DO THAT.

01:57PM 21        IF WE SET THE STATUS HEARING IN JULY AS SUGGESTED IN THE

01:57PM 22    STATUS REPORT AND WE ALL COME BACK AND AT THAT POINT WE'RE ALL

01:58PM 23    PREPARED TO TALK ABOUT A TRIAL DATE, I'M HOPING THAT THE

01:58PM 24    GOVERNMENT WILL BE IN A POSITION TO SAY WHETHER THE CASE AS

01:58PM 25    CHARGED NOW IS WHAT THE CASE IS OR WHETHER IT'S GOING TO BE

01:58PM 1    SOMETHING DIFFERENT.

01:58PM 2         YOU KNOW, CERTAINLY BY JULY THEY OUGHT TO BE ABLE TO DO

01:58PM 3    THAT IF THEY'RE NOT PREPARED TO DO THAT TODAY.

01:58PM 4              THE COURT:  IT SOUNDS LIKE A REQUEST.

01:58PM 5              MR. SCHENK:  YOUR HONOR, WE APPRECIATE THE REQUEST.

01:58PM 6    WE RESPECTFULLY ARE GOING TO DECLINE TO TAKE MR. COOPERSMITH UP

01:58PM 7    ON THAT REQUEST.

01:58PM 8         IF HIS CONCERN IS BEING SHORT SET; THAT IS, GOING TO TRIAL

01:58PM 9    ON AN INDICTMENT THAT WAS NOT THE INDICTMENT THAT HE WAS

01:58PM 10   EXPECTING TO GO TO TRIAL ON, THE SPEEDY TRIAL ACT 3161 DEALS

01:58PM 11   WITH THAT SCENARIO.  THERE IS LAW ON THAT SUBJECT.

01:58PM 12        IF IT ISN'T THAT AND RATHER IT'S JUST TELL US IF YOU'RE

01:58PM 13   STILL INVESTIGATING US AND IF YOU'RE LIKELY TO FACE MORE

01:58PM 14   CRIMINAL CHARGES, THAT'S SOMETHING THAT WE DON'T DO AND UNLESS

01:58PM 15   THE COURT WOULD ORDER US TO WE WOULD ASK TO BE HEARD ON THE

01:58PM 16   ISSUE.  WE'RE NOT INCLINED TO REVEAL ONGOING INVESTIGATIONS.

01:58PM 17             THE COURT:  PERHAPS THAT WAS AN ASPIRATIONAL

01:59PM 18   STATEMENT.  WELL, LET'S -- WHY DON'T WE -- IT SEEMS TO ME THAT

01:59PM 19   I'D LIKE TO GET SOME CLOSURE ON CAPTURING A SERIES OF -- IT

01:59PM 20   SOUNDS LIKE WE'RE GOING TO CAPTURE A SERIES OF MONTHS THAT THE

01:59PM 21   TRIAL WILL BE IN, AND OF COURSE WE'LL HAVE TO TIME QUALIFY, ET

01:59PM 22   CETERA, BUT I WOULD LIKE TO CAPTURE SOME TIME CERTAIN IF WE CAN

01:59PM 23   SO THAT WE CAN RESERVE THAT TIME FOR ALL OF YOU FOR THE WORK

01:59PM 24   THAT YOU NEED TO DO.

01:59PM 25        PERHAPS WE CAN BEST DO THAT IN JULY, AND I'M LOOKING AT

01:59PM  1      OUR CALENDAR THINKING JULY 1ST OR JULY 8TH.

01:59PM  2           DO YOU HAVE A PREFERENCE, ADRIANA?

01:59PM  3              THE CLERK:  FOR FURTHER STATUS, YOUR HONOR?

01:59PM  4              THE COURT:  YES.

01:59PM  5              THE CLERK:  JULY 1ST IS A BETTER DATE FOR THE COURT.

01:59PM  6              MR. DOWNEY:  THAT'S FINE FOR MS. HOLMES.

01:59PM  7              THE COURT:  ANY OBJECTION TO JULY 1ST?

02:00PM  8              MR. COOPERSMITH:  NO, YOUR HONOR.

02:00PM  9              MR. BOSTIC:  THAT'S FINE FOR THE GOVERNMENT.

02:00PM  10             MR. SCHENK:  NO.

02:00PM  11             THE COURT:  I HEAR NONE.  THANK YOU.  THAT WILL

02:00PM  12    ALLOW US ALSO TO HEAR THE JUNE 10TH MOTION SO WE'LL HAVE SOME

02:00PM  13    RESOLUTION ON THE JUNE 10TH MOTION WHICH MAY BE HELPFUL, AND

02:00PM  14    DEPENDING ON YOUR DISCUSSIONS ABOUT THIS DISCOVERY ISSUE,

02:00PM  15    WHATEVER REMAINS MIGHT MAKE THAT MOTION LESS INTENSIVE AS IT

02:00PM  16    PRESENTS NOW.  OF COURSE, I ONLY HAVE ONE SIDE OF IT.

02:00PM  17         ALL RIGHT.  LET'S CONTINUE THESE CASES.  ANYTHING FROM THE

02:00PM  18    S.E.C. THAT I SHOULD KNOW ABOUT?

02:00PM  19             MS. LAMARCA:  YES, YOUR HONOR.  THIS IS MORE IN THE

02:00PM  20    NATURE OF HOUSEKEEPING BUT CURRENTLY THE COURT HAS A MAY 30TH

02:00PM  21    DATE FOR SETTING A TRIAL IN THIS CASE AND THE LAST TIME THAT WE

02:00PM  22    MET THE S.E.C. HAD AGREED, AT THE DEFENDANT'S REQUEST, TO ALLOW

02:00PM  23    FOR A POTENTIAL EXTENSION OF OUR DISCOVERY CUTOFF.

02:01PM  24             THE COURT:  RIGHT.

02:01PM  25             MS. LAMARCA:  I GET THAT THIS MAY CHANGE GIVEN THE

02:01PM  1    STAY MOTION, ET CETERA, AND WE'RE WILLING TO DEFER THAT ISSUE

02:01PM  2    UNTIL THE FUTURE, BUT I DO THINK THAT SINCE THE MOTION HAS BEEN

02:01PM  3    SET FOR JUNE 10TH, WE AT LEAST NEED TO TAKE CARE OF THIS MAY

02:01PM  4    30TH DATE IN THE INTERIM.

02:01PM  5              MR. COOPERSMITH:  THAT MAKES SENSE, YOUR HONOR, THAT

02:01PM  6    WE MOVE THE MAY 30TH.  I AGREE WITH MS. LAMARCA.

02:01PM  7         REGARDING THE STAY MOTION, AS THE COURT ALREADY SAID THAT

02:01PM  8    WILL BE HEARD ON JUNE 10TH, AND WE'LL RESPOND, AND I'M SURE THE

02:01PM  9    GOVERNMENT WILL SUBMIT A REPLY BRIEF.

02:01PM  10        BUT I THINK THAT THE REQUEST FOR A CONTINUANCE OR AN

02:01PM  11   EXTENSION OF DISCOVERY SHOULD BE RULED AND DECIDED ON TODAY,

02:01PM  12   AND THERE'S A FEW REASONS FOR THAT.

02:01PM  13        FIRST OF ALL, THE S.E.C. AND THE DEFENSE FOR MR. BALWANI

02:01PM  14   AGREE THAT THERE SHOULD AN EXTENSION OF DISCOVERY.  WE DISAGREE

02:01PM  15   ABOUT EXACTLY WHAT THE LENGTH SHOULD BE.  THEY SAID UP TO 3

02:01PM  16   MONTHS, AND WE THINK THE MAGNITUDE OF THIS CASE AND THE VOLUME

02:01PM  17   OF DOCUMENTS WARRANT AN EXTENSION OF 12 MONTHS, BUT WE AGREE ON

02:02PM  18   AN EXTENSION.

02:02PM  19        SO IF THAT CAN BE DECIDED UPON, THAT WAY WHAT WILL HAPPEN

02:02PM  20   IS THAT IF THE COURT DENIES THE GOVERNMENT'S MOTION TO STAY,

02:02PM  21   WE'LL BE IN A POSITION TO CONTINUE TO TAKE DISCOVERY AND ALSO

02:02PM  22   RIGHT NOW WE'LL BE ABLE TO GET THINGS ON THE CALENDAR, BECAUSE

02:02PM  23   AS I SAID THE LAST TIME I WAS BEFORE THE COURT, SOME OF THESE

02:02PM  24   WITNESSES ARE BILLIONAIRES AND OTHERS OF THAT ILK WHO MAKE IT

02:02PM  25   VERY DIFFICULT TO SCHEDULE, AND WE TRY TO BE COURTEOUS IN

02:02PM   1    SCHEDULING TIME FOR THAT THOSE PEOPLE.

02:02PM   2            THE COURT:  THEY HAVEN'T MET THE UNITED STATES

02:02PM   3    MARSHAL.

02:02PM   4            MR. COOPERSMITH:  IF IT CAME TO THAT I SUPPOSE THEY

02:02PM   5    COULD, BUT WE DON'T WANT TO HAVE THAT SITUATION IF WE CAN AVOID

02:02PM   6    IT.

02:02PM   7        (LAUGHTER.)

02:02PM   8            MR. COOPERSMITH:  BUT, YOUR HONOR, IF WE AGREE ON

02:02PM   9    THE EXTENSION OR THE COURT RULES ON AN EXTENSION TODAY,

02:02PM  10    OBVIOUSLY IF ON JUNE 10TH THE COURT DOES STAY THE CASE, OVER

02:02PM  11    OUR OPPOSITION, THEN THAT WILL BE THE END OF DISCOVERY UNTIL

02:02PM  12    SOME OTHER POINT IN TIME.

02:02PM  13            THE COURT:  I APPRECIATE THAT.  I THINK A YEAR STAY

02:02PM  14    IS A LITTLE -- THAT'S JUST A BRIDGE TOO FAR TODAY FOR ME TO

02:03PM  15    MAKE.

02:03PM  16        ANYTHING FURTHER ON THAT?

02:03PM  17        AND PERHAPS -- I DON'T MEAN TO SUGGEST THAT DISCOVERY

02:03PM  18    SHOULD BE INCREMENTAL AT ALL.  I'D LIKE TO GIVE YOU FULL

02:03PM  19    LATITUDE OF DISCOVERY THAT YOU NEED, BUT I DO THINK THAT IN ALL

02:03PM  20    CANDOR A YEAR IS A BIT MUCH, AND I WAS LOOKING AT 90 DAYS AND

02:03PM  21    PERHAPS WE CAN START WITH THAT AND SEE WHERE WE GO.

02:03PM  22        EVERYTHING IS KIND OF FLUID HERE IN ANY EVENT.

02:03PM  23            MR. COOPERSMITH:  I UNDERSTAND WHAT THE COURT IS

02:03PM  24    SAYING OF COURSE.  THE PROBLEM IS, YOUR HONOR, IF WE ONLY HAVE

02:03PM  25    A THREE-MONTH EXTENSION, WE'RE NOW GOING TO BE IN THE SUMMER

02:03PM 1    TOWARDS THE END OF THAT PERIOD.  IT'S GOING TO BE VERY

02:03PM 2    DIFFICULT TO SCHEDULE THINGS FOR SOME WITNESSES,

02:03PM 3    NOTWITHSTANDING THE POWER OF THE UNITED STATES MARSHALS, YOUR

02:03PM 4    HONOR, AND --

02:03PM 5         THE COURT:  YOU UNDERESTIMATE THEM.

02:03PM 6         MR. COOPERSMITH:  NO, I DON'T.  I WAS A FEDERAL

02:03PM 7    PROSECUTOR, AND I HAVE TOTAL FAITH IN THE PARTIALS, BUT I DON'T

02:03PM 8    THINK THAT'S WHERE WE REALLY WANT TO BE.

02:03PM 9         THE COURT:  SURE.  I APPRECIATE THAT.

02:03PM 10        MR. COOPERSMITH:  SO THE PROBLEM IS IN SOME CASES

02:04PM 11   WE'RE ALREADY TALKING TO WITNESSES, ASSUMING THERE WAS ANY

02:04PM 12   EXTENSION, OF SCHEDULING THINGS IN JULY, AND THAT'S THREE

02:04PM 13   MONTHS FROM NOW.

02:04PM 14        SO I THINK IT'S GOING TO MAKE IT VERY DIFFICULT FOR

02:04PM 15   SCHEDULING PURPOSES IF WE HAVE ONLY A THREE MONTH EXTENSION

02:04PM 16   GIVEN THAT WILL BE RIGHT AT THE SUMMER PERIOD AT THAT POINT.

02:04PM 17        SO IF THE COURT IS NOT WILLING TO GRANT A 12-MONTH

02:04PM 18   EXTENSION, OBVIOUSLY THAT'S WHAT WE REQUESTED, SOME PERIOD OF

02:04PM 19   TIME BETWEEN THE 3 MONTHS THE S.E.C. SAID AND THE 12 MONTHS

02:04PM 20   WE'RE SAYING WOULD MAKE SENSE.

02:04PM 21        AGAIN, YOU KNOW, THE STAY MOTION WON'T AFFECT IT BECAUSE

02:04PM 22   THE COURT CAN RULE ON JUNE 10TH ONE WAY OR THE OTHER.

02:04PM 23        MS. LAMARCA:  YOUR HONOR, WE OPPOSE A LONGER

02:04PM 24   EXTENSION FOR THE REASONS THAT WE SET FORTH IN THE JOINT CMC

02:04PM 25   STATEMENT.  I THINK ONE THING THAT WE HAVE NOT SEEN IN THIS

02:04PM 1    CASE IS ANYTHING OTHER THAN ARGUMENTS ABOUT THINGS LIKE

02:04PM 2    DISCOVERY, AND IT IS, NO DOUBT, DIFFICULT TO GET SOME WITNESSES

02:04PM 3    TO AGREE TO CERTAIN DATES, BUT WE DO IT ALL OF THE TIME.

02:04PM 4    THAT'S WHAT WE DO.

02:04PM 5         AND IN OUR CASES A THREE MONTH EXTENSION USUALLY WORKS FOR

02:05PM 6    EVERYONE.  SO I CAN'T IMAGINE IF THIS IS SO DIFFERENT THAT IT

02:05PM 7    REALLY REQUIRES THAT WE DEPART FROM THE NORMS IN ALL OF OUR

02:05PM 8    CASES.  WE WOULD OPPOSE ANYTHING LONGER THAN THREE MONTHS.

02:05PM 9              MR. COOPERSMITH:  YOUR HONOR, ONE OTHER THING ABOUT

02:05PM 10   THAT.  AS WE SAID IN THE STATUS REPORT, EVERY STEP OF THE WAY

02:05PM 11   WE HAVE RUN INTO NOTHING BUT OBSTACLES WITH SCHEDULING

02:05PM 12   WITNESSES FOR DEPOSITIONS, FOR DOCUMENTS.  EVEN WHEN IT COMES

02:05PM 13   TO THE UNITED STATES GOVERNMENT ITSELF, WE ISSUED SUBPOENAS TO

02:05PM 14   CMS AND FDA, AS I SAID BEFORE, IN SEPTEMBER OF 2018, AND WE'VE

02:05PM 15   MET AND CONFERRED FOR MONTHS, AND MONTHS, AND MONTHS AND NOW WE

02:05PM 16   ARE TRYING TO FRAME THE ISSUES BEFORE THE COURT IF WE HAVE TO

02:05PM 17   GO TO THE MOTION.

02:05PM 18        IT'S ONE THING AFTER ANOTHER.  I CAN TELL YOU THESE THIRD

02:05PM 19   PARTIES, THESE BILLIONAIRES AND OTHERS, NOT SURPRISINGLY, THEY

02:05PM 20   REALLY DON'T WANT TO HAVE ANYTHING TO DO WITH THIS CASE.  THEY

02:05PM 21   HAVE BIG LAW FIRMS REPRESENTING THEM.  IT'S NOT THAT WE'RE

02:05PM 22   POWERLESS, YOUR HONOR.  WE UNDERSTAND WE CAN PUT OUR FOOT DOWN.

02:06PM 23   WE HAVE IN SOME INSTANCES.  IT'S VERY DIFFICULT, AND AS WE HAVE

02:06PM 24   SAID, WE HAVE RUN INTO NOTHING BUT OBSTACLES.

02:06PM 25        IN ADDITION, AS WE SAID IN THE STATUS REPORT, WE LEARNED

02:06PM  1    THAT THE S.E.C. HAD DOCUMENTS FROM SOME AGENCIES FOR A COUPLE

02:06PM  2    OF YEARS, AND, YOU KNOW, HAD NOT PRODUCED THEM INITIALLY AND

02:06PM  3    THEN WE FINALLY DID GET THEM.

02:06PM  4        I'VE WRITTEN THREE LETTERS, YOUR HONOR, TO COUNSEL FOR THE

02:06PM  5    S.E.C. SAYING CAN YOU PLEASE CONFIRM THAT YOU HAVE EVERY

02:06PM  6    DOCUMENT THAT YOU HAVE FROM THIRD PARTIES AND THAT'S

02:06PM  7    DISCOVERABLE, AND I HAVE NEVER GOTTEN A RESPONSE TO ANY OF THE

02:06PM  8    PARTIES ON THAT POINT.

02:06PM  9        I UNDERSTAND COUNSEL FOR THE S.E.C. IS BUSY AND THEY HAVE

02:06PM 10    A LOT OF CASES, BUT THE POSTURE OF THIS CASE RIGHT NOW, I

02:06PM 11    THINK, FULLY WARRANTS A LONGER EXTENSION THAN THE THREE MONTHS,

02:06PM 12    AND I THINK THAT WILL MAKE DISCOVERY EFFICIENT.

02:06PM 13        AGAIN, THE COURT CAN RULE ON THE OTHER ISSUE ON JUNE 10TH.

02:06PM 14            MS. LAMARCA:  WE DON'T HAVE ANYTHING FURTHER.  WE

02:06PM 15    DISAGREE WITH COUNSEL'S REPRESENTATIONS ABOUT DISCOVERY IN THIS

02:06PM 16    CASE SO FAR.

02:06PM 17            THE COURT:  OKAY.  THANK YOU.  ANYONE ELSE WISH TO

02:06PM 18    BE HEARD ON THIS?  ALL RIGHT.  THANK YOU VERY MUCH.

02:06PM 19        WELL, I APPRECIATE YOUR RECOGNIZING ASPIRATIONAL GOALS BUT

02:07PM 20    A YEAR, THAT'S A BRIDGE TOO FAR, AS I'VE SAID.  SO 90 DAYS

02:07PM 21    SOUNDS REASONABLE TO ME, BUT I'LL MAKE IT 120 DAYS.  I KNOW

02:07PM 22    THAT'S NOT EXACTLY WHAT YOU WANT, BUT WE'LL MAKE IT 120 DAYS

02:07PM 23    AND THEN WE'LL HOPEFULLY -- WELL, WE'LL SEE EACH OTHER JULY

02:07PM 24    1ST, AND BY THEN WE'LL HAVE SOME KNOWLEDGE AS TO THE JUNE 10TH

02:07PM 25    MOTION AS WELL AND THAT WILL BE HELPFUL AS WELL.

02:07PM  1              MR. COOPERSMITH:  JULY 1ST, YOUR HONOR?

02:07PM  2              THE COURT:  YES.  JULY 1ST WILL BE OUR NEXT STATUS

02:07PM  3      CONFERENCE, JULY 1ST, JULY 1ST, AND THAT WILL BE AT 1:30.  I

02:07PM  4      WILL EXCLUDE TIME AS TO EACH DEFENDANT IN EACH CASE TO ALLOW

02:07PM  5      FOR EFFECTIVE REPRESENTATION, AND THERE'S OTHER TERABYTES AND

02:07PM  6      OTHER DISCOVERY THAT YOU HAVE TALKED ABOUT TODAY THAT COUNSEL

02:07PM  7      HAS INDICATED THEY NEED TO REVIEW.

02:07PM  8              ANY OBJECTION TO THE COURT EXCLUDING TIME ON THAT BASIS?

02:07PM  9              MR. DOWNEY:  NO OBJECTION FOR MS. HOLMES.

02:08PM 10              MR. COOPERSMITH:  NO OBJECTION FOR MR. BALWANI.

02:08PM 11              THE COURT:  ALL RIGHT.  TIME IS EXCLUDED, AND WE'LL

02:08PM 12      SEE EVERYONE BACK ON THAT DATE.

02:08PM 13              ANYTHING FURTHER BEFORE WE END TODAY?

02:08PM 14              MR. COOPERSMITH:  ONE QUICK THING, YOUR HONOR.

02:08PM 15              THE COURT:  YES.

02:08PM 16              MR. COOPERSMITH:  UNTIL THE JUNE 10TH MOTION IS

02:08PM 17      HEARD AND THE COURT RULES ON THAT, THERE'S NO STAY IN EFFECT?

02:08PM 18              THE COURT:  YES, THAT'S CORRECT.  THANK YOU VERY

02:08PM 19      MUCH.  WE'LL SEE YOU SOON.

        20              (COURT CONCLUDED AT 2:08 P.M.)

        21

        22

        23

        24

        25

1

2

3                       CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, RMR, CRR
17         CERTIFICATE NUMBER 8074

18

19                    DATED:  APRIL 25, 2019

20

21

22

23

24

25