Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>      v.<br>ELIZABETH A. HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>                    Defendant(s). | )<br>)<br>)<br>)  Case No: 5:18-cr-00258<br>)<br>)  **APPLICATION FOR**<br>)  **ADMISSION OF ATTORNEY**<br>)  **PRO HAC VICE**<br>)  (CIVIL LOCAL RULE 11-3)<br>)<br>)<br>) |

I, STEVEN FOGG                          , an active member in good standing of the bar of
Supreme Court of Wash.      , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Defendant Ramesh "Sunny" Balwani      in the
above-entitled action. My local co-counsel in this case is Kelly Gorton                          , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1001 4th Avenue #3900<br>Seattle, WA 98154 | Davis Wright Tremaine LLP, 505 Montgomery<br>Street, Ste. 800, San Francisco, CA 94111-6533 |
| MY TELEPHONE # OF RECORD:<br>(206) 274-8669 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6584 |
| MY EMAIL ADDRESS OF RECORD:<br>sfogg@corrcronin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kellygorton@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 23528          .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  04/25/19

STEVEN FOGG
_____
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of STEVEN FOGG                 is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  4/25/2019

_____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*