JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
STEPHEN A. CAZARES (CA State Bar No. 201864)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email: jeffcoopersmith@dwt.com; stevecazares@dwt.com

STEVEN W. FOGG (*pro hac vice*)
JOSHUA T. FERRENTINO (*pro hac vice*)
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone:    (206) 625-8600
Email: sfogg@corrcronin.com; jferrentino@corrcronin.com

Attorneys for Defendant RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. cr-18-00258-EJD<br><br>**DECLARATION OF STEPHEN A. CAZARES IN SUPPORT OF MR. BALWANI'S REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY AND BRADY MATERIALS**<br><br>Date: June 28, 2019<br>Time: 10 a.m.<br>CTRM: 4<br><br>Hon. Edward J. Davila |

CAZARES DECL. SUPP. BALWANI'S REPLY
IN SUPP. OF MOT. TO COMPEL
Case No. CR-18-00258 EJD
4821-3702-9787v.4 0103509-000002

I, Stephen A. Cazares, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP and am an attorney defending Ramesh Balwani in this matter and in the SEC matter. I make this declaration in support of Mr. Balwani's Reply in Support of Defendants' Motion to Compel Discovery and Brady Materials.

2. Attached as Exhibit A is a true and correct copy of a letter from Jeffrey Coopersmith, my partner at Davis Wright Tremaine, to Rebecca Falk, an Assistant United States Attorney representing both the FDA and CMS, dated February 14, 2019.

3. In response to the subpoenas served by Mr. Balwani on FDA and CMS, the agencies have directly produced to Mr. Balwani a total of 161 documents. CMS produced 43 of these documents, and FDA produced 118 documents.

4. Attached as Exhibit B is a true and correct copy of an email conversation between Ms. Falk and Mr. Coopersmith, dated between April 2 and April 17, 2019.

5. Attached as Exhibit C is a true and correct copy of an email conversation between Ms. Falk and myself, dated between May 31 and June 3, 2019.

6. Attached as Exhibit D is a true and correct copy of an email conversation between Ms. Falk and myself, dated between June 14 and 17, 2019.

7. Attached as Exhibit E is a true and correct copy of an email conversation between Claire Cormier, an Assistant United States Attorney representing both the FDA and CMS, Mr. Coopersmith, and myself, dated between June 14 and 21, 2019.

8. Attached as Exhibit F is a true and correct copy of a letter from Laura Draski, representing the FDA, to Mr. Coopersmith, dated March 22, 2019.

9. The FDA produced documents to the SEC and/or DOJ during their investigations into this matter, which were subsequently produced to Mr. Balwani. Those productions include some internal FDA communications.

10. Attached as Exhibit G is a true and correct copy of a letter from Lindsey Turner, representing CMS, to Mr. Coopersmith, dated September 27, 2018.

1

11. On a June 29, 2019 telephone conference, counsel for the California Department of Public Health ("CDPH") confirmed to me that CDPH's 2013 CLIA survey of Theranos was a CMS survey and all records related to the 2013 CLIA survey are CMS records.

Executed this 24th day of June, 2019 at Los Angeles, California.

*/s/ Stephen A. Cazares*
Stephen A. Cazares

DAVIS WRIGHT TREMAINE LLP

2

CAZARES DECL. SUPP. BALWANI'S REPLY
IN SUPP. OF MOT. TO COMPEL
Case No. CR-18-00258 EJD
4821-3702-9787v.4 0103509-000002