UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 28, 2019     **Time:** 10:05-11:36 am     **Judge:** Edward J. Davila

**Total Time:** 1Hr. 31 Mins.

**Case No.**: 18-cr-00258-EJD-1, 2     **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh Sunny Balwani(P)(NC)

**Attorney for Plaintiff:** John Bostic, Jeffrey Schenk, Robert Leach
**Attorney for Defendant:** Kevin Downey, Lance Wade, John Cline, Stephen Cazares, Steven Fogg

**Deputy Clerk:** Adriana M. Kratzmann     **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A     **Probation Officer:** N/A

### PROCEEDINGS – MOTION AND STATUS CONFERENCE HEARING

Defendants' are present and out of custody. Hearing held.
The Government updated the Court re production of discovery.
The Court heard arguments regarding Defendants' Motion to Compel Rule 16 Discovery and Brady Materials (Dkt. 67 filed 4/15/2019). The Court continued the matter to allow counsel additional time to prepare a protective order and obtain discovery from the various agencies. Counsel shall continue to meet and confer regarding these issues.
The Court set a further status conference/pretrial/motion hearing for July 17, 2019 at 10:00 AM.
**Trial Dates set as follows: Jury Selection to be held 7/28 and 29/2020 at 9:00 AM.**
**Jury Trial to begin 8/4/2020 at 9:00 AM and estimate time of trial is (3 months), trial will be held August, September and October of 2020.** No pretrial conference was set.
Time exclusion ordered pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time from 6/28/2019 through and including 7/28/2020. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).
**CASE CONTINUED TO: July 17, 2019 10:00 A.M. for Further Status/Pretrial/Motion Hearing.**

**EXCLUDABLE DELAY:**
Category -Effective preparation of Counsel.
Begins – 6/28/2019
Ends – 7/28/2020

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original:** Efiled
**CC:**