UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH A. HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　　　Defendants. | Case No. 5:18-cr-00258-EJD<br><br>**ORDER RE MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND BRADY MATERIALS**<br><br>Re: Dkt. No. 67 |

On June 28, 2019, the parties appeared before the court for a hearing on Defendants' motion to compel. The hearing is continued until 10:00 a.m. on July 17, 2019. Based on the parties' papers and their arguments at the hearing, the court issues the following order in the interim:

1. No later than July 12, 2019, the Government shall complete its *Brady* review of the SEC agent notes and memoranda relating to the interviews of Craig Hall and Bryan Tolbert and produce to Defendants any *Brady* material contained therein.

2. No later than July 12, 2019, FDA and CMS shall provide the parties with specific information regarding the documents they agree to produce or object to producing in response to the document requests made by the Government on behalf of Defendants.

3. By July 15, 2019, the parties shall file a joint status report to update the Court on the status of the document production, including the responses provided by FDA and CMS. The parties shall also file a proposed pretrial schedule.

**IT IS SO ORDERED.**

Dated: June 28, 2019

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:18-cr-00258-EJD-1
ORDER RE MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND BRADY MATERIALS

1