| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Kimberly Simmons-Greene | 2a. CONTACT PHONE NUMBER: (415) 276-6596 | 3. CONTACT EMAIL ADDRESS: kimberlysimmonsgreene@dwt.com |
| 1b. ATTORNEY NAME (if different): Kelly M. Gorton | 2b. ATTORNEY PHONE NUMBER: (415) 276-6584 | 3. ATTORNEY EMAIL ADDRESS: kellygorton@dwt.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Davis Wright Tremaine LLP, 505 Montgomery Street, 8th Floor, San Francisco, CA 94111

5. CASE NAME: USA v. Holmes, et al.

6. CASE NUMBER: 5:18-cr-00258

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR: Irene Rodriguez

8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL ☑ CRIMINAL ☐ NON-APPEAL ☐ CIVIL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time)) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2019 | EJD | Motion | Full Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 06/28/2019 | EJD | CMC | Full Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC: Expedited next day request please

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE

12. DATE: 06/28/2019

Clear Form | Save as new PDF