UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 17, 2019    **Time:** 10:00-11:26 am    **Judge:** Edward J. Davila
**Total Time:** 1Hr. 26 Mins.

**Case No.**: 18-cr-00258-EJD-1, 2    **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh Sunny Balwani(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach

**Attorney for Defendant:** Kevin Downey, Lance Wade, John Cline, Jeffrey Coopersmith, Stephen Cazares, Steven Fogg

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

**PROCEEDINGS – FURTHER STATUS CONFERENCE/MOTION TO COMPEL HEARING**

Defendants' are present and out of custody.  Hearing held.
The Court approved, signed and ordered the Stipulated Supplemental Protective Order be filed. The Court to order the FDA and CMS to produce documents within 75 days. Court to issue order re Dkt. 67 Motion to Compel. The Court separately orders that the Government provide the agents notes to defense and the Court will allow defense counsel to maintain the binders related to the agents notes. If necessary, the Court will approve a protective order as to the agents notes submitted by the Government.
Also, the Court to issue order re proposed pretrial motions and pretrial conference deadlines/hearings. Time continues to be excluded pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time to the trial date of 7/28/2020. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel
Ends – 7/28/2020

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter