Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United States of America

                    Plaintiff(s),

    v.

Elizabeth Holmes & Ramesh Balwani

                 Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No: __18-cr-00258__

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Amy Mason Saharia__, an active member in good standing of the bar of __District of Columbia__, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: __Elizabeth Holmes__ in the above-entitled action. My local co-counsel in this case is __John D. Cline__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 725 Twelfth Street, N.W.<br>Washington, DC 20005 | One Embarcadero Center, Suite 500<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>202-434-5847 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 662-2260 |
| MY EMAIL ADDRESS OF RECORD:<br>asaharia@wc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cline@johndclinelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __981644__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  7/19/2019

                    Amy Mason Saharia
                       APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Amy Mason Saharia__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                *October 2012*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Amy Mason Saharia*

was duly qualified and admitted on **June 16, 2008** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 25, 2019.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.