1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

USA,

               Plaintiff,

       v.

ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI,

               Defendants.

Case No.  5:18-cr-00258-EJD

**ORDER RE REVIEW OF AGENT NOTES**

Re: Dkt. No. 89

13

This order addresses the notes of witness interviews conducted by FBI, USPIS, and/or

14 FDA-CI agents that the Prosecution has made available for Defendants' review.  Dkt. No. 89 at 4,

15 7-8.  During the hearing on June 28, 2019, counsel for the Prosecution described the Prosecution's

16 plan for these notes: "[A]s to agent notes, for example, FBI agent notes, postal inspector agent

17 notes, the government's plan and the offer to the Defense is to make those available for the

18 Defense's review.  The Defense can then bring to our attention any material from those notes that

19 they believe is *Brady*, and then we can talk about production."  June 18, 2019 Hearing Tr. at

20 29:16-21.  On July 9, 2019, the Prosecution made the notes available for Defendants' in-person

21 review at the U.S. Attorney's office; the Prosecution has also represented that it will make

22 available any additional notes generated by the Prosecution.  Dkt. No. 89 at 4-5, 7-8.

23

Defendants ask the Court to order the Prosecution to provide them with hard copies of the

24 notes that they can review away from the U.S. Attorney's offices.  Defendants represent that the

25 notes are quite dense and that their review requires considerable time.  *Id.* at 7-8.  Conducting their

26 review at the U.S. Attorney's offices is an onerous burden.  *Id.*  Defendants also argue that, under

27 the current protocol, they have to identify to the Prosecution which notes contain *Brady* material.

28 Case No.: 5:18-cr-00258-EJD
ORDER RE REVIEW OF AGENT NOTES

United States District Court
Northern District of California

1    *Id.*  They contend that this identification discloses attorney work product to the Prosecution.  *Id.*

2    At the July 17, 2019 hearing, the Prosecution expressed concerns with relinquishing custody of the

3    notes due to their sensitive nature.  July 17. 2019 Hearing Tr. at 43:17-46:19.

4         The Prosecution's concerns can be allayed through a protective order governing

5    Defendant's receipt, handling, and use of the notes.  The Court orders the parties to meet and

6    confer to prepare such a stipulated protective order.  Once this stipulated protective order has been

7    filed with the Court, the Prosecution shall provide hard copies of the notes to each Defendant.

8         **IT IS SO ORDERED.**

9    Dated: July 22, 2019

10

11                                    EDWARD J. DAVILA
                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Case No.: 5:18-cr-00258-EJD
     ORDER RE REVIEW OF AGENT NOTES

United States District Court
Northern District of California