1  JEFFREY B. COOPERSMITH (STATE BAR NO. 252819)
2  jcoopersmith@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE, LLP
3  701 5th Avenue
   Suite 5600
4  Seattle, WA 98104-7097
   Telephone:    +1 206-839-4300
5  Fax:          +1 206-839-4301

6
   WALTER F. BROWN (STATE BAR NO. 130248)
7  wbrown@orrick.com
   MELINDA HAAG (STATE BAR NO. 132612)
8  mhaag@orrick.com
   RANDALL S. LUSKEY (STATE BAR NO. 240915)
9  rluskey@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 The Orrick Building
   405 Howard Street
11 San Francisco, California  94105-2669
   Telephone:    +1-415-773-5700
12 Facsimile:    +1-415-773-5759

13 Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
14

15                         UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17                                SAN JOSE DIVISION

18

19 | USA,                          | Case No. 18-CR-00258-EJD-2
20 |         Plaintiff,             | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**
21 |     v.                         |
22 | HOLMES et al,                  |
23 |         Defendant.             |

24

25

26

27

28

NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER
Case No. 18-CR-00258-EJD-2

1   Defendant Ramesh "Sunny" Balwani ("Balwani") substitutes the law firm of Orrick,
2   Herrington & Sutcliffe, LLP, The Orrick Building, 405 Howard Street, San Francisco, California
3   94105, as counsel of record herein in place of Davis Wright Tremaine, LLP, 920 Fifth Avenue,
4   Suite 3300, Seattle, WA 98104.

Jeffrey B. Coopersmith, attorney presently admitted, formerly of Davis Wright Tremaine, LLP and now of Orrick, Herrington & Sutcliffe, LLP, will continue to serve as counsel for Balwani.

Davis Wright Tremaine, LLP hereby requests permission to withdraw as counsel of record for Balwani.

Joshua T. Ferrentino and Steven Fogg, attorneys presently admitted *pro hac vice* of Corr Cronin LLP will continue to serve as counsel for Balwani along with Orrick, Herrington & Sutcliffe, LLP.

All notices given or required to be given and all papers filed or served or required to be served in the above captioned matter, should henceforth be provided to and served upon only the following counsel at the addresses set forth below:

> Jeffrey B. Coopersmith, SBN 252819
> *jcoopersmith@orrick.com*
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 701 5th Avenue
> Suite 5600
> Seattle, WA 98104-7097
> Telephone:   +1 206-839-4300
> Fax:         +1 206-839-4301

> Walter F. Brown, SBN 130248
> wbrown@orrick.com
> Melinda Haag, SBN 132612
> mhaag@orrick.com
> Randall S. Luskey, SBN 240915
> rluskey@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Telephone:   +1 415-773-5700
> Fax:         +1 415-773-5759

NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER           - 2 -
Case No. 18-CR-00258-EJD-2

```
Steven Fogg
sfogg@corrcronin.com
Joshua T. Ferrentino
jferrentino@corrcronin.com
Corr Cronin LLP
1001 Fourth Avenue
Suite 3900
Seattle, WA 98154
Telephone:   +1 206-625-8600
```

WHEREFORE, Defendant Balwani respectfully requests that this Court allow such substitution and enter the Order submitted herewith.

| Dated: October 1, 2019 | RAMESH "SUNNY" BALWANI<br><br>By: _[signature]_<br>Ramesh "Sunny" Balwani |
|---|---|

I consent to the above substitution.

| Dated: October 1, 2019 | DAVIS WRIGHT TREMAINE LLP<br><br>By: _/s/ Mark N. Bartlett_<br>Mark N. Bartlett |
|---|---|

We consent to the above substitution.

| Dated: October 1, 2019 | CORR CRONIN LLP<br><br>By: _/s/ Steven Fogg_<br>Steven Fogg |
|---|---|

We consent to the above substitution.

NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED]
ORDER                                                          - 3 -
Case No. 18-CR-00258-EJD-2

| | |
|---|---|
| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br>By: */s/ Jeffrey B. Coopersmith*<br>       Jeffrey B. Coopersmith |
| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br>By: */s/ Walter F. Brown*<br>       Walter F. Brown |
| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br>By: */s/ Melinda Haag*<br>       Melinda Haag |
| Dated: October 1, 2019 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br>By: */s/ Randall S. Luskey*<br>       Randall S. Luskey |

We consent to the above substitution.

**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 30, 2019            Respectfully submitted,

                                                                 */s/ Jeffrey B. Coopersmith*
                                                                     Jeffrey B. Coopersmith

### ~~[PROPOSED]~~ ORDER

The substitution is hereby approved and so **ORDERED.**

| | |
|---|---|
| Dated: October _2_, 2019 | *[signature]*<br>Honorable Edward J. Davila<br>United States District Judge |