1  JEFFREY B. COOPERSMITH (STATE BAR NO. 252819)
   jcoopersmith@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE, LLP
   701 5th Avenue
3  Suite 5600
   Seattle, WA 98104-7097
4  Telephone:    +1 206-839-4300
   Fax:          +1 206-839-4301
5

6  WALTER F. BROWN (STATE BAR NO. 130248)
   wbrown@orrick.com
7  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
8  RANDALL S. LUSKEY (STATE BAR NO. 240915)
   rluskey@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
10 405 Howard Street
   San Francisco, California  94105-2669
11 Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
12
   Attorneys for Defendant
13 RAMESH "SUNNY" BALWANI

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                              SAN JOSE DIVISION

18

19 | USA,                              | Case No. 18-CR-00258-EJD-2
20 |         Plaintiff,                | **NOTICE OF APPEARANCE OF
                                        COUNSEL BY WALTER F. BROWN**
21 |    v.                             |
22 | HOLMES et al,                     |
23 |         Defendant.                |

24

25

26

27

28
   NOTICE OF APPEARANCE OF
   COUNSEL BY WALTER F. BROWN
   Case No. 18-CR-00258-EJD-2

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Walter F. Brown of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter. Mr. Brown is admitted to practice in the State of California and before this Court. Mr. Brown requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

> Walter F. Brown
> wbrown@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Telephone:   +1 415-773-5700
> Fax:              +1 415-773-5759

Dated: October 2, 2019

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Walter F. Brown*
　　Walter F. Brown
　　(SBN 130248)

　　Attorneys for Defendant
　　Ramesh "Sunny" Balwani

NOTICE OF APPEARANCE OF
COUNSEL BY WALTER F. BROWN             - 2 -
Case No. 18-CR-00258-EJD-2