UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 2, 2019    **Time:** 10:03-11:07 am    **Judge:** Edward J. Davila

**Total Time:** 1Hr. 4 Mins.

**Case No.**: 18-cr-00258-EJD-1,2    **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh "Sunny" Balwani(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach

**Attorney for Defendant:** Kevin Downey, John Cline, Lance Wade, Katherine Trefz (Holmes) and Jeffrey Coopersmith, Walter Brown, Randy Luskey(Balwani)

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS – FURTHER STATUS CONFERENCE, MOTION TO COMPEL HEARING

Defendants' are present and out of custody. Hearing held.
The parties updated the Court as to the status of the production of documents from FDA and CMS Agencies. Pursuant to the agreement of the parties, the Court set deadline of 10/25/2019 for production of documents from the FDA and CMS.
A joint status report regarding the production and a new proposed schedule will be filed by 10/31/2019. The Court set a further status hearing for 11/4/2019 at 10:00 am (Special set).
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time through and including 7/28/2020 the trial date. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO:** November 4, 2019 10:00 A.M. for Further Status Conference(Special Set).

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel.
Ends – 11/4/2019

---

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original:** Efiled
**CC:**