JEFFREY B. COOPERSMITH (STATE BAR NO. 252819)
jcoopersmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:    +1 206-839-4300
Fax:          +1 206-839-4301

WALTER F. BROWN (STATE BAR NO. 130248)
wbrown@orrick.com
MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, California  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

STEPHEN A. CAZARES (STATE BAR NO. 201864)
scazares@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone:    +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA, | Case No. 18-CR-00258-EJD-2 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL BY STEPHEN A. CAZARES** |
| v. | |
| HOLMES et al, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Stephen A. Cazares of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter. Mr. Cazares is admitted to practice in the State of California and before this Court. Mr. Cazares requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

> Stephen A. Cazares
> scazares@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 777 South Figueroa Street, Suite 3200
> Los Angeles, CA 90017-5855
> Telephone:   +1-213-629-2020
> Facsimile:   +1-213-612-2499

Dated: October 11, 2019              Respectfully submitted,

                                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     By: */s/ Stephen A. Cazares*
                                         Stephen A. Cazares
                                         (SBN 201864)

                                         Attorneys for Defendant
                                         Ramesh "Sunny" Balwani

NOTICE OF APPEARANCE OF
COUNSEL BY STEPHEN A. CAZARES          - 2 -
Case No. 18-CR-00258-EJD-2