# EXHIBIT C

| | |
|---|---:|
| Produced without Slip-Sheet/Redactions | 6,858 |
| Intentionally Withheld/Technical Issue Slip-Sheets | 4,586 |
| Redactions | 944 |
| | |
| **Overall Total** | **12,388** |



FDA Productions 005-013