UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 4, 2019    **Time:** 10:14-12:19 pm    **Judge:** Edward J. Davila
**Total Time:** 2 Hrs.5 Mins.

**Case No.**: 18-cr-00258-EJD-1, 2    **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh Sunny Balwani(P)(NC)

**Attorney for Plaintiff:** John Bostic, Jeffrey Schenk, Robert Leach, Alison Daw
In-house Counsel: Lindsay Turner (CMS), Marci Norton, Jackie Martinez-Resly(FDA) via telephone conference

**Attorney for Defendant:** Kevin Downey, Lance Wade, Katherine Trefz, Michelle Chen, Jeffrey Coopersmith, Walter Brown, Randy Luske, Amanda McDowell, Stephen Cazares

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS – FURTHER STATUS CONFERENCE/MOTION TO COMPEL HEARING

Defendants' are present and out of custody. Hearing held.
The Court will adopt the schedule in Exhibit F to Status Report (Dkt. 170 filed 10/31/2019);
The Court took the motion to compel *Production of Rule 16 Discovery and Brady Materials* (Dkt. 67 filed 4/15/2019), and Joinder re motion to compel by Defendant Balwani (Dkt. 68 filed 4/16/2019) under submission and Court to issue order. Counsel shall continue to meet and confer.
The Court set a further status conference for 1/13/2020 at 10:00 am; Hearing on Rule 12(b)(3)(A)-(D) motions set for 2/10/2020 at 10:00 am and Pretrial conference set for 7/9/2020 at 10:00 am.
For the reasons stated previously on the record, time is excluded through 7/28/2020 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).
In-house Counsel for CMS and FDA shall appear via telephone conference at the further status conference.
**CASE CONTINUED TO: January 13, 2020 at 10:00 AM for further status conference.**
**Motion Hearing set for February 10, 2020 at 10:00 AM**
**Pretrial Conference set for July 9, 2020 at 10:00 AM**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: