DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-00258 EJD |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| v. | ) | |
| ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI, | ) | |
| Defendants. | ) | |

    Please take notice that, as of November 26, 2019, the Assistant United States Attorney whose name, address, telephone number, and email address are listed below is appearing for the government, in addition to current government counsel:

    VANESSA BAEHR-JONES (CABN 281715)
    Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680; FAX: (510) 637-3724
    Vanessa.Baehr-Jones@usdoj.gov

    The Clerk is requested to modify the docket sheet and other court records so as to reflect that copies of all orders and communications from the court will in the future be given also to

AUSA Vanessa Baehr-Jones at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: November 26, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
VANESSA BAEHR-JONES
Assistant United States Attorney