JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

SEALED BY ORDER OF COURT

RECEIVED
DEC 12 2019
Susan Y. Soong
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOLMES, et al.,<br><br>　　　　　Defendants. | Case No. 5:18-cr-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO SEVER**<br><br>Date:　February 10, 2020<br>Time:　10:00 AM<br>Judge:　Honorable Edward J. Davila<br>Ctrm:　4, 5th Floor |

## **FILED UNDER SEAL**

[PROPOSED] ORDER GRANTING BALWANI'S
MOTION TO SEVER, CASE NO. 5:18-cr-00258-EJD

## [PROPOSED] ORDER

The Court, having reviewed and considered defendant Ramesh "Sunny" Balwani's Motion to Sever pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure, the government's response thereto, and all other papers filed by the parties, **HEREBY GRANTS** Mr. Balwani's Motion to Sever. Mr. Balwani's trial will proceed separately from Ms. Holmes' trial, and Mr. Balwani will be tried first.

**IT IS SO ORDERED.**

Dated: _____, 2020

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE