**SEALED BY ORDER OF COURT**

FILED

DEC 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

(192)

JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HOLMES, et al.,<br><br>        Defendants. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S PROOF OF ELECTRONIC SERVICE OF SEALED DOCUMENTS**<br><br>Judge:   Honorable Edward J. Davila |

**FILED UNDER SEAL**

1  I, Lenny T. Patts, hereby certify as follows:

2  I am more than eighteen years old and am not a party to this action. My business address
3  is Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, CA 94105. On this 3rd day of
4  December 2019, I served the following documents via email (*see* Exhibit A):

- SEALED Version of Defendant Ramesh "Sunny" Balwani's Administrative Motion to File Under Seal;
- SEALED Version of Declaration of Jeffrey B. Coopersmith in support of Defendant Ramesh "Sunny" Balwani's Administrative Motion to File Under Seal;
- SEALED Version of [Proposed] Order Granting Defendant Ramesh "Sunny" Balwani's Administrative Motion to File Under Seal;
- SEALED Version of Defendant Ramesh "Sunny" Balwani's Motion to Sever;
- SEALED Version of Declaration of Jeffrey B. Coopersmith in support of Defendant Ramesh "Sunny" Balwani's Motion to Sever; and
- SEALED Version of [Proposed] Order Granting Defendant Ramesh "Sunny" Balwani's Motion to Sever.

on the following counsel of record for Petitioners in the above-referenced associated case:

Robert S. Leach
robert.leach@usdoj.gov
Jeffrey Benjamin Schenk
jeffrey.b.schenk@usdoj.gov
John Curtis Bostic
john.bostic@usdoj.gov
Vanessa Ann Baehr-Jones
vanessa.baehr-jones@usdoj.gov
**UNITED STATES ATTORNEY'S OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**
1301 Clay Street, Suite 340S
Oakland, CA 94612
Tel.: 510-637-3918
Fax: 510-637-3724

| | |
|---|---|
| 1 | Kevin M. Downey |
| | kdowney@wc.com |
| 2 | Amy Mason Saharia |
| 3 | asaharia@wc.com |
| | Katherine A. Trefz |
| 4 | ktrefz@wc.com |
| | Lance A. Wade |
| 5 | lwade@wc.com |
| | Michelle Chen |
| 6 | mchen@wc.com |
| 7 | Patrick J. Looby |
| | plooby@wc.com |
| 8 | Seema Mittal Roper |
| | SMRoper@wc.com |
| 9 | **WILLIAMS AND CONNOLLY LLP** |
| | 725 12th St NW |
| 10 | Washington, DC 20016 |
| 11 | Tel.: 202-434-5460 |
| | Fax: 202-434-5029 |
| 12 | |
| | John D. Cline |
| 13 | cline@johndclinelaw.com |
| | **LAW OFFICE OF JOHN D. CLINE** |
| 14 | 235 Montgomery Street, Suite 1070 |
| 15 | San Francisco, CA 94104 |
| | Tel.: 415-322-8319 |
| 16 | Fax: 415-524-8265 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on 3rd day of December, 2019 in San Francisco, California.

/LENNY T. PATTS

# EXHIBIT A

| | |
|---|---|
| **From:** | Patts, Lenny |
| **Sent:** | Tuesday, December 3, 2019 12:34 PM |
| **To:** | 'robert.leach@usdoj.gov'; 'jeffrey.b.schenk@usdoj.gov'; 'john.bostic@usdoj.gov'; 'vanessa.baehr-jones@usdoj.gov'; 'kdowney@wc.com'; 'asaharia@wc.com'; 'ktrefz@wc.com'; 'lwade@wc.com'; 'mchen@wc.com'; 'plooby@wc.com'; 'SMRoper@wc.com'; 'cline@johndclinelaw.com' |
| **Cc:** | Coopersmith, Jeffrey; Brown, Walter F.; Haag, Melinda; Luskey, Randy; Cazares, Stephen |
| **Subject:** | 18-cr-00258-EJD: USA v. Holmes, et al. |
| **Attachments:** | 1a Admin Motion to Seal (Motion to Sever); 1b Decl. J. Coopersmith ISO Admin Motion to Seal (Motion to Sever); 1c [Proposed] Order Granting Admin Motion to Seal (Motion to Sever); 2a Motion to Sever; 2b Decl. J. Coopersmith ISO Motion to Sever; 2c [Proposed] Order Granting Motion to Sever |

Counsel,

Please see attached documents which will be filed under seal with the Court shortly.

Should you have any questions, please contact Jeff Coopersmith.

Thanks,

**Lenny T. Patts**
Senior Paralegal

Orrick
San Francisco ⓥ
T 415.773.5913
M 707.567.3916
lpatts@orrick.com



Securities Litigation Blog

1