JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE A. TREFZ (CA State Bar No. 262770)
SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
MICHELLE CHEN (Admitted Pro Hac Vice)
PATRICK J. LOOBY (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com; SMRoper@wc.com; MChen@wc.com; PLooby@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>  Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>[PROPOSED] **ORDER GRANTING THE MOTION TO WITHDRAW MICHELLE CHEN AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW MICHELLE CHEN AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES
CR-18-00258 EJD SVK

1  Having considered the Motion to Withdraw Michelle Chen as counsel of record for Defendant
2  Elizabeth Holmes in this matter, the motion is hereby GRANTED.

4  IT IS SO ORDERED.

6  DATED:   12/18/2019

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW MICHELLE CHEN AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES
CR-18-00258 EJD SVK