# EXHIBIT A

# McDowell, Amanda

| | |
|---|---|
| **From:** | Coopersmith, Jeffrey |
| **Sent:** | Wednesday, November 27, 2019 11:44 AM |
| **To:** | Leach, Robert (USACAN); Wade, Lance |
| **Cc:** | Schenk, Jeffrey (USACAN); Bostic, John (USACAN); McDowell, Amanda; Cazares, Stephen; Downey, Kevin; Trefz, Katherine; Chen, Michelle; Looby, Patrick; Marci Norton; Lindsay Turner (HHS/OGC); Cygnor, Jennifer; Vilkin, Jenna; Luskey, Randy; Brown, Walter F. |
| **Subject:** | RE: US v. Holmes & Balwani |
| **Attachments:** | FDA Custodians - Tiered 4155-1860-6880 1.xlsx |

Bob, as you requested, we are attaching a list of FDA custodians. The DOJ should collect documents from these custodians' electronic files using the search terms. If the government knows of additional individuals who may have responsive documents, those custodians' files would have to be collected as well. We will promptly let you know if we learn of additional custodians.

We understand that the search terms will be applied to electronic data collected from each custodian using standard forensic collection techniques, to be sure that the search terms are applied to the entire data set for each custodian (including any storage space that might contain deleted material), and to remove the custodians from the collection process.

At your request, we have designated certain custodians as "Tier 1," meaning the government should prioritize its collection efforts for these custodians. Of course, the electronic files of all 78 custodians on the list must be searched, but we have attempted to prioritize because time is short and obviously we recognize that the collection has to start somewhere.

We also request that future productions from FDA files contain complete metadata because we have had issues in the past with a lack of metadata in the FDA productions, making some of the past productions unsearchable or unusable. Thanks.

Best,


JEFFREY B. COOPERSMITH
Partner

ORRICK HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA  98104

405 Howard Street
San Francisco, CA 94105

206-839-4339 (desk)
206-708-9396  (cell)
Admitted in Washington, California, and the District of Columbia

| FDA Custodian | Tier |
|---|---|
| Alberto Gutierrez | 1 |
| Ann Sullivan | |
| Ariel Seeley | |
| Caitlin Pennington | |
| Cara Tenenbaum | |
| Carmen Maher | |
| Catherine Bahr | |
| Claudia Zuckerman | |
| Courtney Lias | 1 |
| David Mednick | |
| Elizabeth Dickinson | |
| Elizabeth Hillebrenner | |
| Elizabeth Mansfield | |
| Eric Flamm | |
| Eric Pahon | 1 |
| Erica Takai | |
| Eveline Arnold | |
| George Scavdis | 1 |
| Haja Sittana El Mubarak | |
| Heather McDowell | |
| Ian Pearson | |
| Ian Pilcher | 1 |
| Ileana Elder | |
| Inspection Record File | |
| James Kolonay | |
| James Woods | 1 |
| Jeff Shuren | 1 |
| Jennifer Dooren | 1 |
| Jennifer Tomasello | |
| Jim Smith | |
| Jonette Foy | |
| Juliane Lessard | |
| Katherine Serrano | 1 |
| Kelly Kelm | 1 |
| Kelly Wilkicki | |
| Kevin Maher | |
| Kim Sapsford-Medintz | |
| Krishnakumar Devadas | |
| Kristian Roth | |
| Kylie Haskins | 1 |
| Laura Bailis | |
| Lauren Silvis | |
| Lea Carrington | |
| Leroy Hwang | |
| Leslie Landree | |
| Li Li | |

| FDA Custodian | Tier |
|---|---|
| Lindsay Lloyd | |
| Lisa Dwyer | |
| Marcy Busch | |
| Margaret Hamburg | 1 |
| Maria Chan | 1 |
| Marisa Cruz | |
| Mary Hole | 1 |
| Mayra Garcia | |
| Nancy Pressley | |
| Nisar Pampori | |
| Olga Claudio | |
| Pamela Scott | |
| Peyton Hobson | 1 |
| Ruey Ju | |
| Ryan Lubert | |
| Sally Hojvat | 1 |
| Sara Beardsley | |
| Scott McFarland | 1 |
| Seema Singh | 1 |
| Sergio Chavez | 1 |
| Silke Schlottmann | |
| Siyeon Lee | |
| Sonja Fulmer | |
| Stacye Beck | 1 |
| Stephanie Caccomo | |
| Stephen Lovell | 1 |
| Tamara Feldblyum | |
| Uwe Scherf | 1 |
| Vince Amatrudo | |
| Wendy Vicente | |
| Yung Chan | 1 |
| Yvonne Shea | |