# EXHIBIT C

# McDowell, Amanda

| | |
|---|---|
| **From:** | Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> |
| **Sent:** | Friday, December 27, 2019 11:33 AM |
| **To:** | Coopersmith, Jeffrey; Cazares, Stephen; Wade, Lance; Trefz, Katherine |
| **Cc:** | Downey, Kevin; Looby, Patrick; John Cline; Luskey, Randy; Brown, Walter F.; McDowell, Amanda; Schenk, Jeffrey (USACAN); Bostic, John (USACAN); Baehr-Jones, Vanessa (USACAN); Holliman, Lakisha (USACAN); Peirce, Sutton (USACAN) |
| **Subject:** | US v. Holmes & Balwani |

Dear Counsel,

We anticipate making a production to you on December 31. I'm told the volume is over 1 TB. I am requesting that you please send us 2TB Addonics Drives to the following address below:

Sutton Peirce
U.S. Attorney's Office
450 Golden Gate Ave., 11th Floor
San Francisco, CA  94102
phone: (415) 912-6384

Please Fed Ex them overnight so we can receive the drives by **Monday morning**.

Jeff, I am looking into the encryption issue you raised earlier today, but I don't think I have flexibility on the software DOJ uses.

Best regards,
Bob

*******************************

Robert S. Leach
Assistant United States Attorney
United States Attorney's Office
 Northern District of California
1301 Clay Street, Suite 340S
Oakland, California 94612
(510) 637-3918 -- Office
(415) 793-2945 – Cell