1  JEFFREY B COOPERSMITH (STATE BAR NO. 30954)
   WALTER F. BROWN (STATE BAR NO. 130248)
2  MELINDA HAAG (STATE BAR NO. 132612)
   RANDY LUSKEY (SBN 240915)
3  STEPHEN A. CAZARES (SBN 201864)

4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
7
   Email: jcoopersmith@orrick.com; wbrown@orrick.com;
8         mhaag@orrick.com; rluskey@orrick.com;
          scazares@orrick.com
9

10 Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER DENYING UNITED STATES' MOTION TO EXTEND DEADLINE BY WHICH TO COMPLY WITH COURT'S NOVEMBER 5, 2019, ORDER** |
| v. | |
| HOLMES, et al., | |
| Defendants. | Judge: Honorable Edward J. Davila |

**[PROPOSED] ORDER**

The Court, having reviewed and considered the United States' Motion to Extend the Deadline to Comply with the Court's Order, Mr. Balwani's Opposition, and all other papers filed by the parties, HEREBY DENIES the United States' Motion.

IT IS SO ORDERED.

Dated: _____, 2020

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE