1   JEFFREY B. COOPERSMITH (SBN 252819)
    *Email: jcoopersmith@orrick.com*
2   WALTER F. BROWN (SBN 130248)
    *Email: wbrown@orrick.com*
3   MELINDA HAAG (SBN 132612)
    *Email: mhaag@orrick.com*
4   RANDALL S. LUSKEY (SBN 240915)
    *Email: rluskey@orrick.com*
5   STEPHEN A. CAZARES (SBN 201864)
    *Email: scazares@orrick.com*
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
7   405 Howard Street
    San Francisco, CA  94105-2669
8   Telephone:    (415) 773-5700
    Facsimile:    (415) 773-5759
9

10  Attorneys for Defendant
    RAMESH "SUNNY" BALWANI
11

12

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17  UNITED STATES OF AMERICA,          Case No. CR-18-00258-EJD-SVK

18              Plaintiff,             **DEFENDANT RAMESH BALWANI'S
                                       JOINDER IN REPLY IN SUPPORT OF
19        v.                           MOTION TO DISMISS SUPERSEDING
                                       INDICTMENT IN PART FOR FAILURE
20  ELIZABETH HOLMES and RAMESH        TO ALLEGE FALSITY AND MOTION
    "SUNNY" BALWANI,                   TO STRIKE**

21              Defendants.            **Date:  February 10, 2020
22                                     Time:  10:00 a.m.
                                       CTRM.: 4, 5th Floor**
23
                                       **Hon. Edward J. Davila**
24

25        Defendant Ramesh Balwani joins in the Reply in Support of Motion to Dismiss

26  Superseding Indictment In Part for Failure to Allege Falsity and Motion to Strike filed by

27  Defendant Elizabeth Holmes (Dkt. No. 297).

28

1

2     DATED: January 27, 2020                    Respectfully submitted,

3                                                ORRICK HERRINGTON & SUTCLIFFE LLP

4

5                                                By:    /s/ Jeffrey B. Coopersmith
                                                        Jeffrey B. Coopersmith
6
                                                        Attorney for Defendant
7                                                       RAMESH BALWANI

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                            DEFENDANT'S JOINDER IN REPLY
                                                          IN SUPPORT OF MOTION TO DISMISS
                                                          SUPERSEDING INDICTMENT IN PART
                                                            FOR FAILURE TO ALLEGE FALSITY
                            - 2 -                          CASE NO. CR-18-00258-EJD-SVK