JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>HOLMES, et al.,<br><br>         Defendants. | Case No. 18-CR-00258-EJD<br><br>**WAIVER OF PERSONAL APPEARANCE FOR ALL PROCEEDINGS ON JANUARY 13, 2020**<br><br>Judge:   Honorable Edward J. Davila |
|---|---|

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Ramesh "Sunny" Balwani submits this waiver to confirm that he acknowledged and agreed to waive his right to be physically present at all proceedings before this Court that occurred on January 13, 2020. This waiver is executed knowingly and voluntarily, and with advice of counsel, who were present in Court to protect Mr. Balwani's interests.

DATED: February 4, 2020

_____
Ramesh "Sunny" Balwani
Defendant

Dated: February 4, 2020

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Jeffrey B. Coopersmith
Jeffrey B. Coopersmith

Attorney for Defendant
RAMESH "SUNNY" BALWANI