UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI,<br>　　　　Defendants. | Case No.  CR-18-00258 EJD<br><br>**ORDER RE SEVERANCE OF TRIALS** |

The court has found good cause to sever the trials of Ms. Holmes and Mr. Balwani. Ms. Holmes's trial will proceed as scheduled. Mr. Balwani's trial will begin after Ms. Holmes's trial has concluded. All parties shall meet and confer and file proposed revised schedules no later than March 30, 2020.

Mr. Balwani's matter is continued to June 16, 2020 at 10:00 a.m. for a status conference. The pretrial schedule as to Mr. Balwani is suspended pending further court order.

Ms. Holmes's matter is continued to 11:00 a.m. Pacific standard time on April 1, 2020 for a status conference. Because of the current Covid-19 crisis, this status conference will be conducted via telephonic conference call which may be publicly accessed. The dial-in number for this telephonic conference is: 888-273-3658, access code 1096091. Parties and members of the public who wish to monitor this conference are requested to connect to the conference line five minutes before the scheduled hearing. The conference call line is limited to 200 lines. Members of the press and the public are expected to "mute" their end of the line and to not disrupt proceedings in any way.

Counsel and members of the public are advised that General Order 58 of the Northern District of California provides:

CASE NO.: 5:18-CR-00258-EJD
ORDER RE SEVERANCE OF TRIALS
1

Policy of the Judicial Conference of the United States prohibits, in both civil and criminal cases in all district courts, broadcasting, televising, recording, or photographing courtroom proceedings for the purpose of public dissemination, subject to strictly-defined exceptions such as the Cameras in Courts pilot which concluded July 18, 2015.

General Order 58. Further, Federal Rule of Criminal Procedure 53 bars broadcasting in criminal proceedings. Broadcasting of proceedings is prohibited by policy of the Judicial Conference of the United States. This encompasses the use of all audio or video recording devices of any kind. **No member of the public may record any court proceeding under any circumstances.**

The court finds it appropriate to maintain sealing of documents in this matter at this time.

**IT IS SO ORDERED.**

Dated: March 20, 2020

EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:18-CR-00258-EJD
ORDER RE SEVERANCE OF TRIALS

2