ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5589
    Fax: (408) 535-5066
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-258-2 EJD |
| Plaintiff, | JOINT PROPOSED CASE SCHEDULE |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

In its March 20, 2020 Order re Severance of Trials [ECF No. 362], the Court directed the parties to meet and confer and file proposed revised schedules no later than March 30, 2020.  Counsel for the government and defendant Ramesh Balwani have met and conferred and respectfully submit the attached Proposed Case Schedule.

JOINT PROPOSED CASE SCHEDULE    1
18-CR-258-2 EJD

| | | |
|---|---|---|
| 1 | DATED: March 30, 2020 | Respectfully submitted, |
| 2 | | ADAM A. REEVES |
| 3 | | Attorney for the United States Acting Under Authority Conferred |
| 4 | | by 28 U.S.C. § 515 |

*/s/ Robert S. Leach*

ROBERT S. LEACH
JOHN C. BOSTIC
VANESSA BAEHR-JONES
JEFF SCHENK
Assistant United States Attorneys

DATED: March 30, 2020                    Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

/s/

JEFFREY B. COOPERSMITH, ESQ.
Attorneys for Defendant Ramesh Balwani