**UNITED STATES v. RAMESH "SUNNY" BALWANI**
**No. 18-CR-00258-EJD**
**PROPOSED CASE SCHEDULE**

| DATE | EVENT |
|---|---|
| Friday, October 19, 2020 | Defendant shall serve a summary pursuant to Rule 16 for each expert witness he intends to call at trial in the defendant's case-in-chief. |
| Friday, November 6, 2020 | Defendant shall complete his Rule 16 disclosures other than expert disclosures. |
| Wednesday, November 11, 2020 | The Government shall serve any supplement to its exhibit and witness lists previously disclosed in the trial of Elizabeth Holmes<br><br>The Government shall identify any statement the Government intends to offer under Federal Rule of Evidence 801(d)(2)(E). |
| Wednesday, November 11, 2020 | The Government shall serve a summary pursuant to Rule 16 for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by defendant Balwani. |
| Friday, November 13, 2020 | Proposed jury instructions, juror questionnaire, and voir dire questions due. |
| Friday, November 20, 2020 | Motions *in limine* and motions relating to experts due. |
| Monday, November 30, 2020 | The parties shall file a pretrial conference statement addressing the matters set forth in Local Rule 17.1-1. The Government shall advise the Court that it has produced all *Brady* and *Giglio* information in its possession and will continue to produce any the government subsequently discovers. |
| Monday, December 7, 2020 | Responses to motions *in limine* and motions relating to experts due. |
| Monday, December 21, 2020 | Replies in support of motions *in limine* and motions relating to experts due. |
| Monday, January 4, 2021 | Pretrial Conference |
| Tuesday, January 12, 2021 | Jury Selection |
| Tuesday, January 19, 2021 | First Day of Trial |