JEFFREY B. COOPERSMITH (SBN 252819)
*Email: jcoopersmith@orrick.com*
WALTER F. BROWN (SBN 130248)
*Email: wbrown@orrick.com*
MELINDA HAAG (SBN 132612)
*Email: mhaag@orrick.com*
RANDALL S. LUSKEY (SBN 240915)
*Email: rluskey@orrick.com*
STEPHEN A. CAZARES (SBN 201864)
*Email: scazares@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-CR-258-EJD<br><br>**JOINT PROPOSED CASE SCHEDULE** |

In its March 20, 2020 Order re Severance of Trials [ECF No. 362], the Court directed the parties to meet and confer and file proposed revised schedules no later than March 30, 2020. On March 30, 2020, Mr. Balwani and the government filed a joint proposed case schedule. On May 1, 2020, the Court requested an updated schedule in light of the new schedule for defendant Elizabeth Holmes. Counsel for Mr. Balwani and the government have met and conferred and respectfully submit the attached revised Proposed Case Schedule.

DATED:  May 14, 2020                     Respectfully submitted,


  s/ *Robert S. Leach*
ROBERT S. LEACH (CABN 196191)
JOHN C. BOSTIC (CABN 264367
VANESSA BAEHR-JONES (CABN 281715)
JEFF SCHENK (CABN 234355)

*Assistant United States Attorneys*

DATED:  May 14, 2020                     Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  s/ *Jeffrey B. Coopersmith*
    JEFFREY B. COOPERSMITH (CABN 252819)

*Attorneys for Ramesh "Sunny" Balwani*