JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLMES, et al.,<br><br>　　　　　　Defendants. | Case No. 18-CR-00258-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE OF DEFENDANT RAMESH "SUNNY" BALWANI'S PASSPORT TO THE CUSTODY OF DEFENSE COUNSEL**<br><br>Judge:   Honorable Edward J. Davila |

Defendant Ramesh "Sunny" Balwani, by and through undersigned counsel, states as follows:

1. On June 15, 2018, as a condition of his release in the above-entitled action, the Court ordered Mr. Balwani to surrender possession of his United States passport (his only passport) to U.S. Pretrial Services. Mr. Balwani surrendered his passport that same day. Pretrial Services currently holds his passport.

2. Mr. Balwani's passport expired on June 26, 2019. Mr. Balwani's Entry Visa to travel to India expired in March 2019. Mr. Balwani last traveled to India to visit his family in December 2017 and January 2018, during the investigation of this case. The government was informed of the international travel at that time and did not object.

3. Mr. Balwani wishes to renew his passport and Visa to India to ensure that he is able to request permission to travel to India, in order to care for or visit his elderly mother, whose health is in rapid decline. The concern is that if he does not renew his passport and Visa, he will be unable to respond to an emergent issue with his mother's health, if he has to start the process of renewing his passport and applying for a Visa, and seeking Court permission, at that point.

4. Mr. Balwani's mother is 83 years old and has serious health conditions. Mrs. Balwani was hospitalized as recently as April 2-9, 2020.

5. Mr. Balwani has been in full compliance with the conditions of his release in this case.

6. Mr. Balwani's counsel has conferred with the government, and the parties agree that, subject to this Court's approval, U.S. Pretrial Services may temporarily release Mr. Balwani's expired passport to Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Mr. Balwani, for the purpose of renewing it and for the purpose of applying for a Visa to India.

7. Effective March 20, 2020, the U.S. Department of State suspended expedited passport renewal services due to COVID-19. *See* https://travel.state.gov/content/travel/en/News/passports/passport-covid-19.html. The State Department website indicates that applicants may still apply to renew passports by mail with routine processing times, although applicants should "expect significant processing delays due to

1  COVID-19." *See id.*

2  8. Upon release of Mr. Balwani's passport by Pretrial Services to Orrick, Orrick will arrange for the submission of an application to renew the passport, and then subsequently arrange for the submission of an application for a Visa to India with the passport.

9. To renew Mr. Balwani's passport, after obtaining Mr. Balwani's expired passport directly from Pretrial Services, Orrick will mail the passport to the National Passport Processing Center. Once the renewed passport is processed, the National Passport Processing Center will return the passport to Orrick at 405 Howard Street, San Francisco CA, 94105.[1]

10. Once the renewed passport is returned to Orrick, Orrick will submit the passport to the authorized Service Provider for the Embassy of India and its Consulates for Visa processing.[2] Once the Visa application is processed, Orrick will make every effort to arrange for in-person pickup of the passport with the issued Visa and accompany Mr. Balwani to pick up the passport. If in-person pickup is not available, or Orrick is unable to arrange for the Service Provider to send the passport directly to Orrick, and as a result the passport is returned to the permanent address listed on the Visa application (Mr. Balwani's home address), Mr. Balwani will immediately return the passport to Orrick, which will then promptly return the passport to U.S. Pretrial Services.

11. As noted above, Mr. Balwani is not requesting release of his passport at this time for the purpose of any international travel. Once Mr. Balwani's passport and Visa have been renewed, Mr. Balwani will request permission from this Court to travel to India at that time.

In light of the foregoing, the parties stipulate and agree that, subject to this Court's approval, U.S. Pretrial Services may temporarily release Mr. Balwani's expired passport to Orrick, counsel for Mr. Balwani, for the purpose of renewing it and for the purpose of applying

---

[1] Mr. Balwani's counsel conferred with a representative at the National Passport Information Center (see https://travel.state.gov/content/travel/en/contact-us/passports.html), who confirmed that the renewed passport can be returned to an address other than the mailing address of the applicant, provided the applicant call the National Passport Information Center 7-10 days after applying for passport renewal and specify an updated address for the passport's return.

[2] Due to the COVID-19 pandemic, the San Francisco Office of the authorized service provider for the Embassy of India for visa processing is currently closed until further notice.

for a Visa to India.

    **IT IS SO STIPULATED.**

Dated: May 15, 2020                          ADAM A. REEVES
                                               Attorney for the United States Acting Under
                                               Authority Conferred by 28 U.S.C.§ 515

                                               */s/ Jeff B. Schenk*
                                               JEFF B. SCHENK
                                               JOHN C. BOSTIC
                                               ROBERT S. LEACH
                                               VANESSA BAEHR-JONES
                                               Assistant United States Attorneys


                                               ORRICK, HERRINGTON & SUTCLIFFE LLP

                                               */s/ Jeffrey B. Coopersmith*
                                               JEFFREY B. COOPERSMITH
                                               WALTER F. BROWN
                                               MELINDA HAAG
                                               RANDALL S. LUSKEY
                                               STEPHEN A. CAZARES
                                               Attorneys for Ramesh "Sunny" Balwani


**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.


Dated: May 15, 2020                          By:      */s/ Jeffrey B. Coopersmith*
                                                            JEFFREY B. COOPERSMITH

**DEFENDANT'S NOTICE OF PRETRIAL SERVICES POSITION**

Counsel for Mr. Balwani inquired with Mr. Balwani's Pretrial Services Officer, Bradley Wilson, by email on May 13, 2020, and with that email sent Mr. Wilson a copy of the Stipulation with the government. Mr. Wilson responded on May 15, 2020 that he is agreeable.

Dated: May 15, 2020          By:          */s/ Jeffrey B. Coopersmith*
                                                JEFFREY B. COOPERSMITH

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1.  U.S. Pretrial Services shall immediately release Ramesh "Sunny" Balwani's U.S. passport to Orrick, Herrington & Sutcliffe on a temporary basis for the purpose of permitting Orrick, Herrington & Sutcliffe to arrange for the renewal of Mr. Balwani's passport and for Mr. Balwani's application for a Visa to travel to India.

2.  Orrick, Herrington & Sutcliffe shall return Mr. Balwani's passport to U.S. Pretrial Services at 450 Golden Gate Ave., San Francisco, CA 94102 promptly after Mr. Balwani's passport is returned upon the conclusion of the Visa application process.

Dated: May ___, 2020

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE