1   JEFFREY B. COOPERSMITH (SBN 252819)
    WALTER F. BROWN (SBN 130248)
2   MELINDA HAAG (SBN 132612)
    RANDALL S. LUSKEY (SBN 240915)
3   STEPHEN A. CAZARES (SBN 201864)

4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA 94105-2669
6   Telephone:     +1-415-773-5700
    Facsimile:      +1-415-773-5759
7
    Email: jcoopersmith@orrick.com; wbrown@orrick.com;
8           mhaag@orrick.com; rluskey@orrick.com;
            scazares@orrick.com
9
    Attorneys for Defendant
10  RAMESH "SUNNY" BALWANI

11

12

13                          UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN JOSE DIVISION

16  UNITED STATES OF AMERICA,              Case No. 18-CR-00258-EJD

17                  Plaintiff,            **AMENDED STIPULATION AND
                                          [PROPOSED] ORDER FOR
18          v.                            TEMPORARY RELEASE OF
                                          DEFENDANT RAMESH "SUNNY"
19  HOLMES, et al.,                       BALWANI'S PASSPORT TO THE
                                          CUSTODY OF DEFENSE COUNSEL**
20                  Defendants.

21                                         Judge:   Honorable Edward J. Davila

22

23

24

25

26

27

28

Defendant Ramesh "Sunny" Balwani, by and through undersigned counsel, states as follows:

1.      On June 15, 2018, as a condition of his release in the above-entitled action, the Court ordered Mr. Balwani to surrender possession of his United States passport (his only passport) to U.S. Pretrial Services.  Mr. Balwani surrendered his passport that same day.  Pretrial Services currently holds his passport.

2.      Mr. Balwani's passport expired on June 26, 2019.  Mr. Balwani's Entry Visa to travel to India expired in March 2019.  Mr. Balwani last traveled to India to visit his family in December 2017 and January 2018, during the investigation of this case.  The government was informed of the international travel at that time and did not object.

3.      On May 15, 2020, Mr. Balwani and the government filed a Stipulation and Proposed Order for temporary release of Mr. Balwani's passport to the custody of defense counsel.  Dkt. 398.  The Stipulation stated that Mr. Balwani wished to renew his passport and Visa to India to ensure that he is able to request permission to travel to India, in order to visit and care for his elderly mother, whose health was in rapid decline.  *See id.*

4.      Just hours after the parties filed the Stipulation on May 15, 2020, Mr. Balwani learned that his mother had passed away.

5.      Mr. Balwani now wishes to renew his passport and Visa and travel to India to perform the traditional Hindu ceremonial rites in relation to his mother's death.  This end of life ritual and rite of passage carries deep meaning and importance in the Hindu faith.  Of particular significance to Mr. Balwani is that Mr. Balwani, as the eldest son, is to perform his mother's final rites.

6.      Mr. Balwani has been in full compliance with the conditions of his release in this case.

7.      Due to COVID-19, the U.S. Department of State is currently not offering expedited passport renewal services other than in certain emergency situations.  *See* https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html.   The State Department website indicates that applicants may still apply to renew passports by mail with

1   routine processing times, although applicants should "expect significant delays of several months

2   due to COVID-19." https://travel.state.gov/content/travel/en/News/passports/passport-covid-

3   19.html. Expedited service is currently available in the event of a death in the applicant's

4   immediate family if the applicant applies within three days of scheduled travel.

5   https://travel.state.gov/content/travel/en/passports/get-fast/emergencies.html.

6          8.      Upon release of Mr. Balwani's passport by Pretrial Services to Orrick, Herrington

7   & Sutcliffe LLP ("Orrick"), counsel for Mr. Balwani, Orrick will work with Mr. Balwani to

8   submit an application to renew the passport either through a routine or expedited application,

9   depending on the date of travel scheduled in coordination with his family and State Department

10  policy at the time of the application, and then subsequently arrange for the submission of an

11  application for a Visa to India with the passport.

12         9.      Once Mr. Balwani's passport and Visa have been renewed, and provided the

13  Government of India is permitting travel to India at that time, Mr. Balwani will travel to India to

14  perform the final rites for his mother.[1] Mr. Balwani will provide his confirmed travel itinerary to

15  the government and Pretrial Services as soon as he makes his travel arrangements.

16         In light of the foregoing, the parties stipulate and agree that, subject to this Court's

17  approval, U.S. Pretrial Services may temporarily release Mr. Balwani's expired passport to

18  Orrick, counsel for Mr. Balwani, for the purpose of renewing it and for the purpose of applying

19  for a Visa to India. Once Mr. Balwani's passport and Visa have been renewed, the parties

20  stipulate and agree that, subject to this Court's approval, Mr. Balwani may travel to India with a

21  valid U.S. Passport to perform the final rites for his mother.

22         **IT IS SO STIPULATED.**

23

24

25

26   _____

27   [1] *See* https://boi.gov.in/content/advisory-travel-and-visa-restrictions-related-covid-19-0.

28

AMENDED STIPULATION AND [PROPOSED]
ORDER FOR TEMPORARY RELEASE OF
DEFENDANT BALWANI'S PASSPORT,
CASE NO. 18-CR-00258-EJD

Dated: May 20, 2020

ADAM A. REEVES
Attorney for the United States Acting Under
Authority Conferred by 28 U.S.C.§ 515


/s/ Jeff B. Schenk
JEFF B. SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
VANESSA BAEHR-JONES
Assistant United States Attorneys
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Jeffrey B. Coopersmith
JEFFREY B. COOPERSMITH
WALTER F. BROWN
MELINDA HAAG
RANDALL S. LUSKEY
STEPHEN A. CAZARES
Attorneys for Ramesh "Sunny" Balwani


**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.


Dated: May 20, 2020            By: _____ /s/ Jeffrey B. Coopersmith _____
                                         JEFFREY B. COOPERSMITH

AMENDED STIPULATION AND [PROPOSED]
ORDER FOR TEMPORARY RELEASE OF
DEFENDANT BALWANI'S PASSPORT,
CASE NO. 18-CR-00258-EJD

1             **DEFENDANT'S NOTICE OF PRETRIAL SERVICES POSITION**

2            On May 20, 2020, counsel for Mr. Balwani inquired with Mr. Wilson by email, and with

3 that email sent Mr. Wilson a copy of the instant Amended Stipulation with the government.  Mr.

4 Wilson responded on May 20, 2020 that he supports the proposed travel.

5

6 Dated:  May 20, 2020             By:             */s/ Jeffrey B. Coopersmith*

7                                           JEFFREY B. COOPERSMITH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND [PROPOSED]
ORDER FOR TEMPORARY RELEASE OF
DEFENDANT BALWANI'S PASSPORT,
CASE NO. 18-CR-00258-EJD

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1.   U.S. Pretrial Services shall immediately release Ramesh "Sunny" Balwani's U.S. passport to Orrick, Herrington & Sutcliffe on a temporary basis for the purpose of permitting Orrick, Herrington & Sutcliffe to arrange for the renewal of Mr. Balwani's passport and Visa to travel to India.

2.   Once Mr. Balwani's passport and Visa have been renewed, and provided the Government of India is permitting travel to India at that time, Mr. Balwani may travel to India with a valid U.S. Passport.  Mr. Balwani shall provide his confirmed travel itinerary to the government and Pretrial Services as soon as he makes travel arrangements.

3.   Mr. Balwani shall return his passport to U.S. Pretrial Services at 450 Golden Gate Ave., San Francisco, CA 94102 promptly after he returns from India.


Dated:  May ___, 2020

_____
SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

AMENDED STIPULATION AND [PROPOSED]
ORDER FOR TEMPORARY RELEASE OF
DEFENDANT BALWANI'S PASSPORT,
CASE NO. 18-CR-00258-EJD