1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,              )   Case No. CR-18-00258-EJD
15                                        )
            Plaintiff,                    )   **[PROPOSED] ORDER GRANTING MS.**
16                                        )   **HOLMES' MOTION TO EXCLUDE EXPERT**
        v.                                )   **TESTIMONY, OR IN THE ALTERNATIVE,**
17                                        )   **COMPEL ADEQUATE  RULE 16 DISCLOSURE**
   ELIZABETH HOLMES and                   )
18 RAMESH "SUNNY" BALWANI,                )
                                          )   Hon. Edward J. Davila
19          Defendants.                   )
                                          )
20 ─────────────────────────────         )

21

22          This CAUSE having come before the Court upon Defendant Elizabeth Holmes' Motion To

23 Exclude Expert Testimony, Or, In The Alternative, Compel Adequate Rule 16 Disclosure.  After due

24 consideration of the filings, the governing law, and the argument of the parties,

25          IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.  [The proposed expert

26 testimony of Dr. Gerald Asin regarding PSA, diabetic tests, protein tests, and calcium tests is excluded

27 from the trial in this case; and it is

28
   [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EXPERT TESTIMONY
   OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 16 DISCLOSURE
   CR-18-00258 EJD                              1

1   FURTHER ORDERED that the proposed expert testimony of Dr. Curtis Page regarding CBC

2   and A1C tests is excluded from the trial in this case; and it is

3   FURTHER ORDERED that the proposed expert testimony of Dr. Audra Zachman regarding her

4   lack of issues with hCG tests aside from the Theranos issue identified in the government's summary is

5   excluded from trial in this case; and it is

6   FURTHER ORDERED that the proposed expert testimony of Ms. JoEllen Embry regarding

7   unidentified patients' testosterone levels is excluded from trial in this case; and it is

8   FURTHER ORDERED that the proposed expert testimony of Dr. Linnerson regarding

9   unidentified Theranos test results is excluded from trial in this case; and it is

10   FURTHER ORDERED that the proposed expert testimony of Dr. Edward Szmuc regarding

11   hypothetical Theranos tests is excluded from trial in this case, and it is

12   FURTHER ORDERED that the proposed expert testimony of Ms. JoEllen Embry, Dr. Steven

13   Linnerson, and Dr. Edward Szmuc regarding the absence of issues with other laboratories is excluded

14   from the trial in this case.]

15   [The government is ORDERED to supplement its expert disclosure in accordance with Federal

16   Rule of Criminal Procedure 16(a)(1)(G).  The government shall provide by August 11, 2020 a disclosure

17   that contains: (1) an explicit opinion for each Theranos test referenced in each witness's summary; (2)

18   the specific patients and test results on which the witnesses are basing their opinions; (3) bases of and

19   reasons for their conclusions that such test results were inaccurate or unreliable; and (4) the bases of and

20   reasons for their opinions regarding the accuracy of other laboratories' tests.]

21   **IT IS SO ORDERED.**

22

23   Dated _____

24
                                         _____
                                         Hon. Edward J. Davila
25                                       United States District Judge

26

27

28

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EXPERT TESTIMONY
OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 16 DISCLOSURE
CR-18-00258 EJD                                    2