JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN MS. HOLMES' MOTION TO EXCLUDE EXPERT TESTIMONY OR, IN THE ALTERNATIVE, MOTION TO COMPEL ADEQUATE RULE 16 DISCLOSURE**<br>Date: **July 20, 2020**<br>Time: **1:30 p.m.**<br>CTRM: **4, 5th Floor**<br><br>**Hon. Edward J. Davila** |

Defendant Ramesh Balwani joins in the Motion to Exclude Expert Testimony or, in the Alternative, Motion to Compel Adequate Rule 16 Disclosure filed by Defendant Elizabeth Holmes (Dkt. No. 435).

| | |
|---|---|
| DATED: July 2, 2020 | Respectfully submitted,<br><br>ORRICK HERRINGTON & SUTCLIFFE LLP<br><br>By:  */s/ Jeffrey B. Coopersmith*<br>        Jeffrey B. Coopersmith<br><br>Attorney for Defendant<br>RAMESH BALWANI |

- 2 -

DEFENDANT'S JOINDER IN MOTION TO
EXCLUDE EXPERT TESTIMONY
CASE NO. CR-18-00258-EJD-SVK