ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF VANESSA BAEHR-JONES IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT ELIZABETH HOLMES'S MOTION TO EXCLUDE EXPERT TESTIMONY OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 16 DISCLOSURE |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

I, Vanessa Baehr-Jones, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Memorandum of Interview (MOI) of Dr. Steve Linnerson.

3. Attached hereto as Exhibit 2 is a true and correct copy of an MOI of Dr. Audra Zachman.

DECL. OF VANESSA BAEHR-JONES
18-CR-00258 EJD

4. Attached hereto as Exhibit 3 is a true and correct copy of an MOI of Dr. Edward Szmuc.

5. Attached hereto as Exhibit 4 is a true and correct copy of an MOI of Dr. John Couvaras.

6. Attached hereto as Exhibit 5 is a true and correct copy of emails sent and received by Defendant Elizabeth Holmes on September 29, 2014.

7. Attached hereto as Exhibit 6 is a true and correct copy of an MOI of Ms. JoEllen Embry.

8. Attached hereto as Exhibit 7 is a true and correct copy of a Federal Bureau of Investigation 302 Report of Dr. Gerald Asin.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Federal Bureau of Investigation 302 Report of patient E.T.

10. Attached hereto as Exhibit 9 is a true and correct copy of Defendant Ramesh Balwani's Petition to Appeal before the Ninth Circuit Court of Appeals in Case No. 20-80057.

11. Attached hereto as Exhibit 10 is a true and correct copy of a Federal Bureau of Investigation 302 Report of Dr. Curtis Page.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Oakland, California, on July 10, 2020.

DATED: July 10, 2020                              /s/
                                                  VANESSA BAEHR-JONES
                                                  Assistant United States Attorney