ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF SPECIAL AGENT ADELAIDA HERNANDEZ IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT ELIZABETH HOLMES'S MOTION TO EXCLUDE EXPERT TESTIMONY OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 16 DISCLOSURE |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

I, Adelaida Hernandez, declare:

1.     I am a Special Agent with the Federal Bureau of Investigation.

2.     During the interview of Dr. Gerald S. Asin, MD, on March 4, 2020, at his medical practice in Paradise Valley, Arizona, Dr. Asin stated that he only kept paper files.  Dr. Asin added that he received less reimbursement from Medicare because he preferred to keep paper records and did not adopt digital records as Medicare had required.  Because Dr. Asin used paper files, Dr. Asin used his

DECL. OF ADELAIDA HERNANDEZ
18-CR-00258 EJD

1  memory of patients to pull files and show relevant Theranos test results.

2      3.    I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.

4  DATED: July 10, 2020                                _/s/_____

5                                                   ADELAIDA HERNANDEZ
6                                                   Special Agent, FBI

DECL. OF ADELAIDA HERNANDEZ
18-CR-00258 EJD