UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** July 20, 2020 | **Time:** 10:10-12:50 pm  **Total Time:** 2 Hrs. 40 Mins. | **Judge:** Edward J. Davila |
| **Case No.**: 18-cr-00258-EJD-1, 2 | **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh Sunny Balwani(P)(NC) | |

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones

**Attorney for Defendant:** Kevin Downey, Lance Wade, Amy Saharia, Katherine Trefz, Patrick Looby, Jeffrey Coopersmith, Stephen Cazares, Amanda McDowell

**Deputy Clerk:** Adriana M. Kratzmann          **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A          **Probation Officer:** N/A

**PROCEEDINGS – MOTIONS HEARING/STATUS CONFERENCE**
**(Via Zoom Webinar Remotely due to COVID19)**

Defendants' are present, out of custody and consent to the proceeding being held via Zoom Webinar videoconference remotely due to COVID19. Hearing held.
The Court took the motions under submission after hearing oral arguments. Counsel shall meet and confer re a proposed schedule as to additional litigation/motions and briefing/hearing dates for those motions. The parties shall also meet and confer re a proposed new trial date (February/March 2021) as discussed by the Court and a status conference date in August (second week) as to Ms. Holmes. Counsel shall contact the Courtroom Deputy re available date in August after parties have met and conferred. The Court will not disturb the current trial date of 10/27/2020 at this time for speedy trial date purposes. Also, the Court did not disturb the status conference date of 8/31/2020 at 10:00 am and speedy trial date as to Mr. Balwani.

**CASE CONTINUED TO: August 31, 2020 10:00 A.M. for Status Conference as to Ramesh Sunny Balwani.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: