UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


UNITED STATES OF AMERICA,      )  CR-18-00258-EJD
                                  )
           PLAINTIFF,    )
                                  )  SAN JOSE, CALIFORNIA
      VS.                  )
                                  )  APRIL 15, 2020
ELIZABETH A. HOLMES,       )
                                  )  PAGES 1 - 34
           DEFENDANT.    )
_____    )


TRANSCRIPT OF TELEPHONIC PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S (TELEPHONICALLY):

FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                        BY:  JOHN C. BOSTIC
                             JEFFREY B. SCHENK
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113

                      BY:  ROBERT S. LEACH
                             VANESSA BAEHR-JONES
                      1301 CLAY STREET, SUITE 340S
                      OAKLAND, CALIFORNIA 94612

    (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

1      A P P E A R A N C E S (TELEPHONICALLY): (CONT'D)

2

3    FOR DEFENDANT HOLMES:  WILLIAMS & CONNOLLY LLP
                            BY:  KEVIN M. DOWNEY

4                              LANCE A. WADE
                         725 TWELFTH STREET, N.W.

5                         WASHINGTON, D.C. 20005

6                         LAW OFFICE OF JOHN D. CLINE
                         BY:  JOHN D. CLINE

7                         ONE EMBARCADERO CENTER, SUITE 500
                         SAN FRANCISCO, CALIFORNIA 94111

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                          APRIL 15, 2020

 2                      P R O C E E D I N G S

 3         (COURT CONVENED AT 10:17 A.M.)

 4              THE COURT:  ALL RIGHT.  THANK YOU.

 5         WELL, LET'S CALL THE CASE OF 18-258, THIS IS UNITED STATES

 6    OF AMERICA VERSUS ELIZABETH HOLMES.  LET ME STATE AT THE OUTSET

 7    THAT WE ARE CONDUCTING THIS HEARING BY WAY OF TELEPHONIC

 8    HEARING.

 9         THE COURT REFERS THE PARTIES TO GENERAL ORDER 74 FROM OUR

10    CHIEF JUDGE PHYLLIS HAMILTON, AND WE RECOGNIZE BECAUSE OF THE

11    CURRENT COVID-19 CRISIS, HEARINGS CURRENTLY CANNOT BE CONDUCTED

12    IN PERSON WITHOUT SERIOUSLY JEOPARDIZING PUBLIC HEALTH AND

13    SAFETY.

14         THE SAN JOSE COURTHOUSE WHERE THIS CASE IS VENUED IS

15    CLOSED AND WILL BE CLOSED CURRENTLY TO MAY 1, AND THAT IS

16    SUBJECT TO REVIEW, OF COURSE.  BUT THE COURTHOUSE IS CURRENTLY

17    CLOSED, AND WE ARE CONDUCTING THIS HEARING OTHERWISE

18    TELEPHONICALLY.

19         I'M GOING TO CALL FOR THE APPEARANCES OF THE PARTIES IN

20    JUST A MOMENT.  BUT LET ME ASK, WE ARE ON A TELEPHONIC HEARING.

21    I'M GOING TO ASK ALL PARTIES WHO ARE NOT SPEAKING TO PLEASE

22    MUTE YOUR PHONES, PLEASE MUTE YOUR PHONES, AND YOU CAN UNMUTE

23    THEM, OF COURSE, WHEN YOU'RE CALLED UPON TO SPEAK OR WHEN YOU

24    ARE SPEAKING, BUT I WOULD OTHERWISE APPRECIATE THAT.

25         LET'S START THEN WITH THE GOVERNMENT.  IF I COULD CAPTURE
```

```
10:19AM   1     THE APPEARANCES FOR THE GOVERNMENT, PLEASE.
10:19AM   2               MR. LEACH:  GOOD MORNING, YOUR HONOR.  THANK YOU.
10:19AM   3        THIS IS ROBERT LEACH ON BEHALF OF THE UNITED STATES AND
10:19AM   4     ALSO ON THE LINE ARE MY COLLEAGUES JEFF SCHENK, JOHN BOSTIC,
10:19AM   5     AND VANESSA BAEHR-JONES.
10:19AM   6               THE COURT:  THANK YOU.  GOOD MORNING.
10:19AM   7        LET ME TURN TO THE DEFENSE.
10:19AM   8               MR. WADE:  GOOD MORNING, YOUR HONOR.
10:19AM   9        IT'S LANCE WADE ON BEHALF OF MS. HOLMES.  WITH ME THIS
10:19AM   10    MORNING ARE KEVIN DOWNEY AND JOHN CLINE.
10:19AM   11       MS. HOLMES IS ALSO PRESENT ON THE LINE.
10:19AM   12              THE COURT:  ALL RIGHT.  MS. HOLMES, ARE YOU THERE?
10:19AM   13              THE DEFENDANT:  YES.  GOOD MORNING, YOUR HONOR.
10:19AM   14              THE COURT:  THANK YOU.  GOOD MORNING.
10:19AM   15       AND, MR. WADE, DO YOU RECOGNIZE THAT VOICE AS THAT OF YOUR
10:19AM   16    CLIENT?
10:19AM   17              MR. WADE:  I DO, YOUR HONOR.
10:20AM   18              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
10:20AM   19       LET ME ALSO ADD A CAVEAT HERE, MR. WADE.  I DON'T KNOW IF
10:20AM   20    YOU HAVE ENGAGED PROTOCOLS SUCH THAT DURING THIS PROCEEDING IF
10:20AM   21    YOUR CLIENT WISHES TO SPEAK WITH YOU PRIVATELY, SHE MAY DO
10:20AM   22    THAT.  I NEGLECTED TO MENTION THAT AT OUR LAST HEARING, BUT I
10:20AM   23    WANT TO ENSURE THAT MS. HOLMES HAS THE OPPORTUNITY TO SPEAK
10:20AM   24    WITH HER DEFENSE COUNSEL DURING THESE PROCEEDINGS.
10:20AM   25       MY SENSE IS THAT SHE IS NOT SITTING NEXT TO YOU OR DOESN'T
```

| | |
|---|---|
| 10:20AM | 1 |
| 10:20AM | 2 |
| 10:20AM | 3 |
| 10:20AM | 4 |
| 10:20AM | 5 |
| 10:20AM | 6 |
| 10:20AM | 7 |

HAVE PROXIMITY NEXT TO YOU PHYSICALLY OR YOUR DEFENSE TEAM.

          MR. WADE:  THANK YOU, YOUR HONOR.  THAT IS CORRECT.

WE ARE NOT -- NONE OF US ARE IN CLOSE PROXIMITY TO ONE ANOTHER.

I APPRECIATE THE COMMENTS OF THE COURT.

     AS THE COURT KNOWS, MS. HOLMES'S APPEARANCE WAS WAIVED IN

THE PRIOR HEARING SO I DON'T BELIVE THAT WAS AN ISSUE NECESSARY

TO ADDRESS THEN.

     FOR PURPOSES OF THIS HEARING, IF WE FIND A TIME WHERE WE

BELIEVE WE NEED TO COMMUNICATE WITH HER SEPARATELY, WE'LL NOTE

THAT FOR THE COURT AND MAYBE SEEK THE COURT'S INDULGENCE

BRIEFLY SO WE CAN DO THAT VIA A SEPARATE LINE OF COMMUNICATION.

          BUT MY HOPE IS THAT WON'T BE NECESSARY THIS MORNING.

          THE COURT:  ALL RIGHT.  THANK YOU.

     BUT I DO WANT YOU TO KNOW THAT I, OF COURSE, WILL AVAIL

MYSELF AND YOU OF THE OPPORTUNITY TO SPEAK WITH YOUR CLIENT.

WE'LL DO WHAT WE NEED TO DO TO ACCOMPLISH THAT.  I KNOW YOU

HAVE OTHER COUNSEL THERE.  PERHAPS -- I DON'T KNOW HOW MANY

PHONES MS. HOLMES HAS, BUT PERHAPS YOU CAN TEXT ONE ANOTHER OR

SOMETHING.

     IF YOU NEED TO TAKE A BREAK, JUST LET ME KNOW, AND WE'LL

OF COURSE STOP THE PROCEEDINGS AND ALLOW YOU TO CONFER

PRIVATELY OFF THE RECORD WITH YOUR CLIENT.

          MR. WADE:  THANK YOU, YOUR HONOR.

          THE COURT:  YOU'RE WELCOME.  ALL RIGHT.

     LET ME -- ANYTHING FURTHER?  ANYTHING ANYONE WISHES TO SAY

10:21AM 1   BEFORE WE PROCEED?

10:21AM 2       ANYTHING FROM THE GOVERNMENT?

10:21AM 3       ANYTHING FROM, MR. WADE, YOUR TEAM?

10:22AM 4           MR. LEACH:  NO, YOUR HONOR.  THIS IS ROBERT LEACH

10:22AM 5   FOR THE UNITED STATES.  THANK YOU.  NOTHING FOR THE GOVERNMENT.

10:22AM 6           MR. WADE:  THIS IS LANCE WADE, YOUR HONOR.  NOTHING

10:22AM 7   FROM US.

10:22AM 8           THE COURT:  ALL RIGHT.  THANK YOU.

10:22AM 9       LET ME THANK YOU FOR FILING DOCUMENT 372, WHICH IS YOUR

10:22AM 10  JOINT STATUS MEMORANDUM, AND I APPRECIATE YOUR DILIGENCE IN

10:22AM 11  WORKING TOGETHER AND GETTING THAT FILED IN THE SHORT NOTICE

10:22AM 12  THAT THE COURT GAVE YOU.  IT'S VERY HELPFUL.

10:22AM 13      WE HAVE -- OF COURSE, WE'RE LOOKING FORWARD TO THE TRIAL

10:22AM 14  OF THIS MATTER, AND WE'RE DOING THIS UNDER THE UMBRELLA OF THE

10:22AM 15  CURRENT COVID PROCESS THAT CONTINUES TO POSSESS THE NATION, AND

10:22AM 16  WE'RE TRYING OUR BEST TO ACCOMMODATE ALL MATTERS IN OUR COURTS

10:22AM 17  WITH AN EYE TOWARD MAKING SURE THAT BOTH SIDES, EVERYONE HAS

10:22AM 18  FAIR ACCESS TO THE COURTS AND A FAIR HEARING IN THE COURTS.

10:22AM 19      I HAVE YOUR SCHEDULES HERE, AND I APPRECIATE OFFERING THE

10:22AM 20  SCHEDULES.  I THINK WHAT REALLY WE NEED TO LOOK AT, AND I ENDED

10:23AM 21  OUR LAST CONVERSATION WITH THIS, WHAT IS THE REALISTIC SCHEDULE

10:23AM 22  FOR A TRIAL IN THIS MATTER?

10:23AM 23      I APPRECIATE BOTH SIDE'S EFFORTS TO AT LEAST PRESS FORWARD

10:23AM 24  TO SEE IF WE CAN HAVE THE CASE PRESENTED TO A JURY THIS YEAR.

10:23AM 25  AND AS I LOOK AT YOUR DOCUMENTS, YOU SUGGEST THAT -- BOTH SIDES

10:23AM  1    SUGGEST OCTOBER TRIAL DATES.

10:23AM  2         MS. HOLMES, THE DEFENSE SUGGESTS AN OCTOBER 26TH DATE.

10:23AM  3    THE GOVERNMENT DATE IS, PROPOSED DATE IS ABOUT 20 DAYS BEFORE

10:23AM  4    THAT, OCTOBER 6TH.

10:23AM  5         I ALSO APPRECIATE THE FACT THAT YOU RECOGNIZE THAT WE

10:23AM  6    SHOULD HAVE AN INTERIM STATUS HEARING, WHICH I THINK IS WISE.

10:23AM  7    YOU SUGGEST A DATE IN JULY FOR THAT.  I THINK ALL OF THAT IS

10:23AM  8    APPROPRIATE.

10:24AM  9         NOW, I DO NOTE IN THE DOCUMENT IT IS SUGGESTED THAT THE

10:24AM  10   GOVERNMENT MAY SEEK, MAY SEEK A SUPERSEDING INDICTMENT FROM THE

10:24AM  11   GRAND JURY.  AS NOTED, THE GRAND JURY IS IN SUSPENSION RIGHT

10:24AM  12   NOW AND THEY'RE NOT ABLE TO PROCEED BECAUSE OF THE CLOSURE OF

10:24AM  13   OUR COURTHOUSE UNTIL MAY 1ST.  AND SO THAT REMAINS TO BE SEEN.

10:24AM  14   THAT REMAINS TO BE SEEN WHETHER OR NOT A GRAND JURY WOULD

10:24AM  15   INDEED ISSUE A SUPERSEDING INDICTMENT.  I THINK MR. WADE NOTES

10:24AM  16   THAT IN HIS PLEADINGS AS WELL.

10:24AM  17        SO I WANTED TO ASK BOTH SIDES, PLEASE, TO COMMENT ON THE

10:24AM  18   OCTOBER TRIAL DATE AS IT'S SET AND THE REALITIES OF THAT GIVEN

10:24AM  19   THE FACT THAT THE GOVERNMENT MAY SUPERSEDE, AS WELL AS LOOKING

10:24AM  20   FORWARD INTO 2021 FOR A TRIAL DATE IN EARLY 2021.  I KNOW THE

10:25AM  21   DEFENSE SUGGESTS THAT THAT IS A MORE REALISTIC DATE GIVEN NOT

10:25AM  22   JUST THE COVID SITUATION BUT THE FACT THAT THERE MIGHT BE A

10:25AM  23   SUPERSEDING INDICTMENT FILED.

10:25AM  24        MR. LEACH, YOUR TEAM WAS VERY THOROUGH IN YOUR SIDE OF

10:25AM  25   THE -- YOUR PORTION OF DOCUMENT 372, THE JOINT MEMORANDA, BUT I

10:25AM   1   DID WANT TO GIVE YOU AN OPPORTUNITY TO SPEAK FURTHER ON THAT.

10:25AM   2   SO WHAT ARE YOUR THOUGHTS ON THIS?

10:25AM   3          MR. LEACH:  THANK YOU, YOUR HONOR.  I APPRECIATE

10:25AM   4   THAT.  THIS IS ROBERT LEACH.

10:25AM   5       WE BELIEVE AN OCTOBER DATE IS REALISTIC REGARDLESS OF

10:25AM   6   WHETHER THE CURRENT CHARGING INSTRUMENT IS SUPERSEDED.

10:25AM   7       I WOULD NOTE THAT IT'S APRIL 15TH.  WE ARE --

10:25AM   8          THE COURT:  YOU KNOW, LET'S -- MR. LEACH, WE'VE

10:26AM   9   PAUSED FOR A MOMENT BECAUSE THE AT&T LINE THAT WE HAVE,

10:26AM  10   REGRETTABLY, IT DOES INDICATE WHEN PEOPLE SIGN ON AND OFF, AND

10:26AM  11   WE'RE TREATED TO A LOVELY LULLABY OF BEATS.

10:26AM  12       WE'RE TRYING TO LOOK AT OTHER TECHNOLOGY THAT PERMITS US

10:26AM  13   TO ELIMINATE THAT, BUT REGRETTABLY, WE DON'T HAVE IT IN PLACE

10:26AM  14   FOR THIS HEARING.  I APOLOGIZE FOR THAT.

10:26AM  15          MR. LEACH:  THANK YOU, YOUR HONOR.

10:26AM  16       I AM GOING TO CHOOSE TO HOPE THAT PEOPLE WERE JOINING THE

10:26AM  17   LINE RATHER THAN LEAVING THE LINE WHEN I WAS SPEAKING.

10:26AM  18       AS I WAS SAYING, IT'S APRIL 15TH TODAY.  WE ARE SIX MONTHS

10:26AM  19   AWAY FROM OCTOBER.  I DON'T THINK IT'S UNUSUAL FOR THE

10:26AM  20   GOVERNMENT TO SUPERSEDE A CHARGING INSTRUMENT, AND, OF COURSE,

10:26AM  21   THAT'S A DECISION THAT IS RESERVED FOR THE GOVERNMENT.

10:26AM  22       IN MOST CASES WHEN THE GOVERNMENT DOES THAT, THE FIRST

10:27AM  23   TIME THAT THE DEFENSE LEARNS ABOUT IT IS WHEN THE GRAND JURY

10:27AM  24   ELECTS TO RETURN THE INDICTMENT.

10:27AM  25       GIVEN THE COVID SITUATION, WE WANTED TO AVOID THAT, WHICH

10:27AM 1    IS WHY WE PROPOSED PROCEEDING BY SUPERSEDING INFORMATION AND

10:27AM 2    PROVIDING THE DRAFT SUPERSEDING INFORMATION TO THE DEFENSE SO

10:27AM 3    THE DEFENSE HAD AT LEAST THE GOVERNMENT'S PERSPECTIVE OF WHAT

10:27AM 4    IT INTENDED TO DO.

10:27AM 5        I WOULD NOTE THAT THE DEFENDANTS MOVED TO DISMISS THE

10:27AM 6    INDICTMENTS IN DECEMBER OF 2019.  THEY COULD HAVE MOVED TO DO

10:27AM 7    THAT EARLIER AND ELECTED NOT TO DO THAT.

10:27AM 8        THE COURT RULED ON THE MOTION TO DISMISS IN LATE FEBRUARY,

10:27AM 9    AND I DON'T THINK IT IS UNREASONABLE OR CAN COME AS A SURPRISE

10:27AM 10   TO ANYBODY THAT THE GOVERNMENT MIGHT REACT TO THE DISMISSAL OF

10:27AM 11   CERTAIN COUNTS.

10:27AM 12       SO I THINK THAT ADDRESSES A LITTLE BIT OF WHY I DON'T

10:28AM 13   THINK ANY SUPERSEDING INSTRUMENT SHOULD COME AS A SURPRISE.

10:28AM 14       I ALSO THINK IT'S A BIT OF AN OVERSTATEMENT TO SAY THAT

10:28AM 15   THE PROPOSED CHANGES THE GOVERNMENT IS PURSUING REALLY CHANGE

10:28AM 16   THE TRIAL IN THIS CASE OR REALLY CHANGE THE PERSPECTIVE ON THE

10:28AM 17   CASE.

10:28AM 18       I DO NOT ANTICIPATE ANY NEW SUBSTANTIAL DISCOVERY.  I

10:28AM 19   THINK WHATEVER DISCOVERY THE GOVERNMENT PRODUCED, I THINK WE

10:28AM 20   HAVE ALREADY PRODUCED THE VAST BULK OF IT AND THE REMAINDER

10:28AM 21   WOULD BE QUITE NEGLIGIBLE.

10:28AM 22       I KNOW IN THE STATUS CONFERENCE STATEMENT THE DEFENSE

10:28AM 23   MENTIONS WALGREENS.  WALGREENS HAS BEEN IN THE INDICTMENT SINCE

10:28AM 24   DAY ONE.  THEY MENTION SAFEWAY AND DOCUMENTS RELATING TO

10:28AM 25   SAFEWAY HAVE BEEN IN DISCOVERY SINCE THE GOVERNMENT'S INITIAL

10:28AM  1    PRODUCTION.  THEY MENTIONED THE ADDITIONAL BOARD MEMBERS AS

10:29AM  2    INVESTORS, AND THAT ALSO HAS BEEN IN DISCOVERY SINCE THE

10:29AM  3    INITIAL PRODUCTION.

10:29AM  4        I WOULD NOTE THAT MANY OF THE MATTERS THAT THE GOVERNMENT

10:29AM  5    IS PURSUING WAS IN OUR RULE 404(B) NOTICE, WHICH WE'VE BEEN

10:29AM  6    PROVIDING SINCE THE OUTSET BUT SUMMARIZED ON MARCH 6TH, 2020.

10:29AM  7        SO WE WANT THE DEFENSE TO BE PREPARED.  WE DON'T WANT THE

10:29AM  8    DATE TO MOVE.  I JUST DON'T THINK CHANGES IN THE CHARGING

10:29AM  9    INSTRUMENT ARE ANY IMPEDIMENTS TO PROCEEDING IN OCTOBER.

10:29AM  10       AND I THINK IT'S IMPORTANT TO HIGHLIGHT THE CHANGES THAT

10:29AM  11   THE GOVERNMENT PROVIDED TO MS. HOLMES.  I THINK IT'S LIMITED TO

10:29AM  12   EIGHT PARAGRAPHS OF THE INDICTMENT.  WE ADD A SINGLE LINE IN

10:29AM  13   PARAGRAPH 3 THAT SAYS "THERANOS INVESTORS INCLUDED INDIVIDUALS,

10:29AM  14   ENTITIES, CERTAIN BUSINESS PARTNERS, MEMBERS OF ITS BOARD OF

10:30AM  15   DIRECTORS, AND INDIVIDUALS AND ENTITIES WHO INVESTED THROUGH

10:30AM  16   FIRMS FORMED FOR THE EXCLUSIVE PURPOSE OR PRIMARY PURPOSE OF

10:30AM  17   INVESTING IN THERANOS'S SECURITIES."

10:30AM  18       WE THINK THESE WERE INVESTORS WHO WERE ALREADY IN THE CASE

10:30AM  19   AND THAT THIS DOES NOT SUBSTANTIALLY CHANGE THE DYNAMIC OF A

10:30AM  20   TRIAL.

10:30AM  21       THE OTHER CHANGES ARE TO PARAGRAPHS 10, 11, AND 12, AND IT

10:30AM  22   SIMPLY IS CHANGING A DATE FROM 2010 TO 2013.

10:30AM  23       WE AMEND PARAGRAPH 16 TO MAKE A FURTHER ALLEGATION AND TO

10:30AM  24   IDENTIFY CERTAIN BLOOD TESTS THAT ARE SPELLED OUT IN THE BILL

10:30AM  25   OF PARTICULARS.

10:30AM  1          AND WE CHANGE TWO WIRE FRAUD COUNTS IN PARAGRAPHS 18 AND

10:30AM  2   26 FROM PATIENTS 1 AND 2 TO BB AND ET.

10:30AM  3          THAT'S THE EXTENT OF THE CHANGES THAT THE GOVERNMENT IS

10:30AM  4   PURSUING, AND WE DON'T THINK IT ALTERS THE LENGTH OF THE TRIAL

10:30AM  5   OR REALLY CHANGES THE DYNAMIC THAT WE'RE LOOKING AT.

10:30AM  6          WITH RESPECT TO COVID-19, YOUR HONOR, I DON'T HAVE SPECIAL

10:31AM  7   INSIGHT INTO WHAT THE WORLD IS GOING TO LOOK LIKE IN OCTOBER.

10:31AM  8   WE HEARD THE COURT'S COMMENTS AT THE LAST CONFERENCE ABOUT THE

10:31AM  9   DIFFICULTY OF SERVING SUMMONS AND LARGE GATHERINGS.  WE'RE

10:31AM 10   MINDFUL OF THAT.

10:31AM 11          WE THINK OCTOBER SEEMS FAR ENOUGH REMOVED FROM THAT AND

10:31AM 12   THAT THE BETTER COURSE IS TO PLAN FOR THAT AND CHECK IN IN JULY

10:31AM 13   IF WE NEED TO, BUT PLANNING FOR 2021 JUST SEEMS LIKE WE'RE

10:31AM 14   PLANNING FOR FAILURE, AND I THINK THE BETTER COURSE IS TO SET

10:31AM 15   THE DATE, WORK TOWARDS THAT, AND IF AGAINST ALL OF OUR HOPES

10:31AM 16   THE WORLD IS NOT IN A DIFFERENT SITUATION IN OCTOBER, WE CAN

10:31AM 17   REACT TO THAT.

10:31AM 18          BUT SETTING THE DATE OUT IN '21 JUST CREATES TOO MUCH

10:31AM 19   UNCERTAINTY AND IS REALLY PLANNING FOR FAILURE.

10:31AM 20          SO FOR THESE REASONS WE THINK OCTOBER IS REASONABLE, AND

10:32AM 21   WE THINK THE COURT SHOULD ORDER THAT DATE.

10:32AM 22              THE COURT:  ALL RIGHT.  THANK YOU.

10:32AM 23          LET ME ASK IN REGARDS TO THE POTENTIAL SUPERSEDING

10:32AM 24   DOCUMENT, IF THE GRAND JURY DOES RETURN THE COUNTS AND THE

10:32AM 25   CHANGES THAT YOU'RE SEEKING, DO YOU HAVE A THOUGHT AS TO AN

10:32AM  1   INCREASE IN WITNESSES, PRODUCTION OF DOCUMENTS, ET CETERA, HOW

10:32AM  2   THAT MIGHT AFFECT THINGS?

10:32AM  3        MR. LEACH:  IT CERTAINLY DOES NOT CHANGE FROM THE

10:32AM  4   GOVERNMENT'S PERSPECTIVE WHO WE WERE INTENDING TO CALL IN THE

10:32AM  5   TRIAL.  I THINK THE TRIAL STAYS THE SAME LENGTH.

10:32AM  6        I THINK THERE ARE GOING TO BE WALGREENS, SAFEWAY AND BOARD

10:32AM  7   OF DIRECTORS WITNESSES IN THIS TRIAL REGARDLESS, SO I DON'T

10:32AM  8   THINK IT CHANGED THE WITNESSES.

10:32AM  9        AND AS I ALLUDED TO EARLIER, YOUR HONOR, WITH THE

10:32AM  10  EXCEPTION OF POSSIBLY 302'S OR WITNESS STATEMENTS, I DO NOT

10:33AM  11  ANTICIPATE ANY SUBSTANTIAL DISCOVERY, CERTAINLY NOTHING

10:33AM  12  COMPARED TO THE 20 MILLION-PLUS DOCUMENTS THAT HAVE ALREADY

10:33AM  13  BEEN PRODUCED IN THIS CASE.  I THINK ANY REMAINING DISCOVERY

10:33AM  14  WOULD BE VERY, VERY NEGLIGIBLE.

10:33AM  15       THE COURT:  OKAY.  THANK YOU VERY MUCH.  ANYTHING

10:33AM  16  FURTHER THEN?

10:33AM  17       MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

10:33AM  18       THE COURT:  OKAY.  MR. WADE.

10:33AM  19       MR. WADE:  THANK YOU, YOUR HONOR.  THIS IS

10:33AM  20  LANCE WADE ON BEHALF OF MS. HOLMES.

10:33AM  21       I WILL START WHERE THE COURT HAS AND AS THE COURT DIRECTED

10:33AM  22  IN THE PRIOR HEARING WITH THE CURRENT HEALTH DIRECTIVES AND

10:33AM  23  SOME OF OUR THINKING ON THAT AS THE COURT MADE THAT INQUIRY.

10:33AM  24  AND WE, OF COURSE, THANK THE COURT FOR ITS CARE AND CONCERN

10:33AM  25  ABOUT THESE ISSUES AND OF COURSE ITS THE DESIRE TO KEEP ALL

10:33AM  1     TRIAL PARTICIPANTS SAFE THROUGH THIS ENTIRE PROCESS.

10:33AM  2          WE'RE OBVIOUSLY IN UNCHARTERED TERRITORY HERE, YOUR HONOR,

10:34AM  3     BOTH IN OUR DAILY LIVES AND IN OUR CURRENT OCCUPATIONS AND THIS

10:34AM  4     HEARING.

10:34AM  5          I THINK NONE OF US, INCLUDING SOME OF THE LEADING PUBLIC

10:34AM  6     HEALTH EXPERTS, REALLY KNOW WITH ANY DEGREE OF CERTAINTY WHAT

10:34AM  7     THE SECOND HALF OF THIS YEAR WILL LOOK LIKE FROM A HEALTH

10:34AM  8     PERSPECTIVE.

10:34AM  9          NO ONE HAS A CLEAR IDEA OF WHAT CONDUCT WILL BE DEEMED

10:34AM  10    SAFE DURING THAT TIME PERIOD OR WHAT PUBLIC HEALTH AND SOCIAL

10:34AM  11    DISTANCING GUIDANCE MAY BE NEEDED.

10:34AM  12         BY EXTENSION, OF COURSE, IT MAKES IT VERY DIFFICULT FOR

10:34AM  13    US, AND I'M SURE FOR THE COURT, TO KNOW WHETHER THOSE

10:34AM  14    CONDITIONS WILL BE CONDUCIVE TO A LENGTHY JURY TRIAL SUCH AS

10:34AM  15    THE ONE CONTEMPLATED IN THIS MATTER.

10:34AM  16         WHILE THE PARTIES ARE, OF COURSE, YOU KNOW, IN COURT WITH

10:35AM  17    GREAT FREQUENCY, THE COURT IS VASTLY MORE EXPERIENCED IN

10:35AM  18    CONDUCTING ITS OWN PROCEDURES AND RECOGNIZES THE NUMBER OF

10:35AM  19    CHANGES TO COURTROOM PROCEDURES AND PROTOCOLS THAT WILL BE

10:35AM  20    NECESSARY TO TRY AND ADDRESS HEALTH RELATED ISSUES.

10:35AM  21         WE'RE CONFIDENT THAT THE COURT WILL DO THAT AND OF COURSE

10:35AM  22    STAND PREPARED TO ASSIST THE COURT IN ANY WAY THAT WE CAN.

10:35AM  23         THERE'S NOTHING ABOUT THE PARTIES TO THIS CASE OR COUNSEL

10:35AM  24    IN THIS CASE WITH RESPECT TO THESE HEALTH ISSUES THAT MERITS

10:35AM  25    SPECIAL ATTENTION.

10:35AM 1      ALL FUTURE TRIAL PARTICIPANTS IN THIS COURT AND OTHER

10:35AM 2  COURTS ARE GOING TO HAVE TO WRESTLE WITH THIS NEW POST-PANDEMIC

10:35AM 3  WORLD IN HEARINGS AND JURY TRIALS WHEN OTHER COURT PROCEEDINGS

10:36AM 4  RESUME.  AGAIN, WE KNOW THE COURT WILL CONTINUE TO WORK TO

10:36AM 5  PRIORITIZE THE HEALTH AND SAFETY OF ALL OF US WHO APPEAR BEFORE

10:36AM 6  IT AS WE WORK TO ADAPT TO THAT NEW WORLD.

10:36AM 7      THERE ARE CERTAIN CIRCUMSTANCES RELATED TO THIS CASE,

10:36AM 8  HOWEVER, THAT WE THINK HEIGHTEN THE HEALTH RISK.

10:36AM 9      AS THE COURT, AND THE GOVERNMENT UNDOUBTEDLY RECOGNIZED,

10:36AM 10  THERE'S A GREATER RISK OF TRIAL DISRUPTION FROM THE VIRUS IN A

10:36AM 11  TRIAL THAT OCCURS OVER THE COURSE OF 100 DAYS THAN A TRIAL THAT

10:36AM 12  OCCURS OVER THE COURSE OF 1 OR 2.  THAT FLOWS FROM BASIC MATH

10:36AM 13  AND STATISTICAL PROBABILITY.

10:36AM 14      THE CROWDS THAT WILL LIKELY GATHER OUTSIDE OF THE

10:36AM 15  COURTHOUSE IN THIS CASE AND THEN FILL THE COURTROOM, AS THEY

10:36AM 16  HAVE IN NEARLY ALL PRIOR PROCEEDINGS, ADD TO THAT HEALTH RISK.

10:37AM 17      WHAT ALL PARTIES HERE IN THE COURT I AM SURE UNDOUBTEDLY

10:37AM 18  WANT IS AS SAFE AND AS SMOOTH A TRIAL AS POSSIBLE, ONE FREE

10:37AM 19  FROM DISRUPTION.

10:37AM 20      A MISTRIAL IS A REGRETTABLE EVENT IN ANY CIRCUMSTANCES,

10:37AM 21  AND IT'S OF COURSE A MASS OF CONCERN AND A BURDEN FOR ALL

10:37AM 22  INVOLVED WHEN THAT HAPPENS IN A LENGTHY TRIAL LIKE THIS.

10:37AM 23      WE CERTAINLY DON'T THINK IT'S PRUDENT TO START A TRIAL IF

10:37AM 24  THE PUBLIC HEALTH ENVIRONMENT SUGGESTS THAT THERE'S A

10:37AM 25  SUBSTANTIALLY INCREASED RISK OF A MISTRIAL.

10:37AM 1     THIS IS WHY IN OUR DISCUSSIONS WITH THE GOVERNMENT AND IN

10:37AM 2   THE PLEADING THAT WE SAID BEFORE THE COURT AT DOCKET 372, WE

10:37AM 3   ARTICULATED OUR BELIEF EVEN BEFORE THE CONCEPT OF A SUPERSEDING

10:38AM 4   INDICTMENT WAS DISCUSSED THAT IT WOULD BE APPROPRIATE TO DELAY

10:38AM 5   THE TRIAL UNTIL EARLY NEXT YEAR.

10:38AM 6     GIVEN THAT THE GOVERNMENT WAS RELUCTANT TO DO THAT, WE OF

10:38AM 7   COURSE HAVE TRIED TO FIND A WAY WHERE WE CAN MAKE AN

10:38AM 8   ACCOMMODATION THAT WOULD ACCOUNT FOR SOME OF THE PARTICULAR

10:38AM 9   LIMITATIONS AND TRIAL PREPARATION THAT RESULTED FROM THE

10:38AM 10   CURRENT CIRCUMSTANCES.

10:38AM 11     AS THE COURT KNOWS, AND WE'VE DISCUSSED IN PRIOR CALLS,

10:38AM 12   THERE'S MUCH THAT WE CAN CONTINUE TO DO AND WE PLEDGE TO THE

10:38AM 13   COURT THAT WE ARE CONTINUING TO WORK DILIGENTLY WITH ALL TASKS

10:38AM 14   THAT WE CAN DO IN OUR CURRENT REMOTE WORKING ENVIRONMENT, BUT

10:38AM 15   OF COURSE THERE ARE MANY TASKS THAT WE CAN'T DO TO PREPARE FOR

10:38AM 16   TRIAL THAT REQUIRE ACTIVITIES THAT ARE ILL-ADVISED OR ILLEGAL

10:38AM 17   GIVEN THE CURRENT CIRCUMSTANCES AND PUBLIC HEALTH CONDITIONS.

10:39AM 18     OUR SUGGESTION INITIALLY FOR THE 90-DAY DELAY WAS DONE

10:39AM 19   WITH THE BELIEF -- TO LATE OCTOBER -- WAS DONE WITH THE BELIEF

10:39AM 20   THAT A DELAY OF THAT PERIOD WOULD HELP US ACCOUNT FOR SOME OF

10:39AM 21   THE LIMITATIONS THAT WE ARE UNDER IN THE REMOTE WORK AND

10:39AM 22   CURRENT HEALTH ENVIRONMENT.  THAT'S WHY WE PROPOSED THAT

10:39AM 23   SCHEDULE.

10:39AM 24     WE RECOGNIZED WHEN WE PROPOSED THAT SCHEDULE, AND WE

10:39AM 25   BELIEVE IT'S TRUE WITH ANY SCHEDULE THAT STARTS THAT LATE, THAT

10:39AM 1    THAT COULD PUSH US INTO A SITUATION WHERE WE'RE WORKING THROUGH

10:39AM 2    THE HOLIDAYS.

10:39AM 3        WE, OF COURSE, IN NORMAL CIRCUMSTANCES WOULDN'T CONSIDER

10:39AM 4    PROPOSING SOME STEPS, BUT WE RECOGNIZE THAT WE ARE IN

10:40AM 5    EXTRAORDINARY TIMES, AND WE RECOGNIZE THAT IN TIMES SUCH AS

10:40AM 6    THAT SACRIFICES ARE NEEDED.  AND ENSURING THAT OUR CLIENT HAS

10:40AM 7    AN APPROPRIATE DEFENSE, WE'RE PREPARED TO WORK THROUGH THE

10:40AM 8    HOLIDAYS AS NEEDED IF THAT'S WHAT ENDS UP HAPPENING.

10:40AM 9        NOW, OF COURSE THAT, THAT PROPOSAL CHANGED WHEN THE

10:40AM 10   GOVERNMENT INFORMED US AT THIS POINT THAT IT INTENDED TO SEEK A

10:40AM 11   SUPERSEDING INDICTMENT.

10:40AM 12       AND WHILE I APPRECIATE THAT COUNSEL FOR THE GOVERNMENT

10:40AM 13   DOESN'T BELIEVE IT WILL SIGNIFICANTLY INCREASE THEIR TRIAL

10:40AM 14   PREPARATION TIME, I WILL MAKE CLEAR TO THE COURT THAT IF THE

10:40AM 15   GRAND JURY CHOOSES TO RETURN A SUPERSEDING INDICTMENT ALONG THE

10:41AM 16   LINES MR. LEACH HAS DISCLOSED THAT HE INTENDS TO SEEK, WHILE

10:41AM 17   THE CHANGES IN LANGUAGE MAY BE LIMITED AND DESIGNED TO DO

10:41AM 18   MINIMAL VIOLENCE TO THE WORDS WITHIN THE INDICTMENT, THE

10:41AM 19   FUNDAMENTAL SCOPE OF THE INDICTMENT CHANGES SIGNIFICANTLY.

10:41AM 20       THE INDICTMENT, THE PROPOSED INDICTMENT, OR THE POTENTIAL

10:41AM 21   SUPERSEDING INDICTMENT THAT MR. LEACH HAS STATED THAT THE

10:41AM 22   GOVERNMENT INTENDS TO SEEK SIGNIFICANTLY EXPANDS THE TIME

10:41AM 23   PERIOD THAT HAS BEEN THE FOCUS OF THE CASE.  THE COMPANY DURING

10:41AM 24   THE 2010 TO 2013 TIME PERIOD WAS IN A FUNDAMENTALLY DIFFERENT

10:41AM 25   STATE OF OPERATIONS THAN IT WAS DURING THE LATER TIME PERIOD

10:41AM 1    THAT WAS IDENTIFIED IN THE PREVIOUS CONSPIRACY PERIOD.  THE --

10:42AM 2    ALTHOUGH THE GOVERNMENT HAS IN DRAFTING, IT APPEARS, INTENT ON

10:42AM 3    CHANGING THE DEFINITION OF INVESTORS AND THE SCOPE OF THE

10:42AM 4    INVESTOR RELATED CONSPIRACY TO INCLUDE OTHER PARTIES, IT DOES

10:42AM 5    NOT APPEAR TO US, BASED ON WHAT HAS BEEN REPRESENTED BY THE

10:42AM 6    GOVERNMENT, THAT THOSE ARE REALLY INVESTOR RELATIONSHIPS AT

10:42AM 7    ALL.

10:42AM 8        IN FACT, THOSE RELATIONSHIPS, RELATIONSHIPS LIKE THE

10:42AM 9    WALGREENS RELATIONSHIP, THE SAFEWAY RELATIONSHIP, RELATIONSHIPS

10:42AM 10   WITH BOARD OF DIRECTORS ARE FUNDAMENTALLY DIFFERENT

10:42AM 11   RELATIONSHIPS THAN INVESTOR RELATIONSHIPS.

10:42AM 12       WALGREENS, SAFEWAY ARE CONTRACTUAL COUNTERPARTIES WITH

10:42AM 13   THERANOS.  THE COURSE OF DEALING BETWEEN THERANOS AND THOSE

10:42AM 14   CONTRACTUAL COUNTERPARTIES IS FUNDAMENTALLY DIFFERENT IN NATURE

10:43AM 15   AND SCOPE FROM THE INVESTOR-RELATED RELATIONSHIPS THAT WERE

10:43AM 16   OUTLINED IN THE PRIOR INDICTMENT.

10:43AM 17       THE INTERACTIONS WITH THE BOARD OF DIRECTORS ALSO

10:43AM 18   SIMILARLY ARE INTERACTIONS BETWEEN MANAGEMENT AND BOARD MEMBERS

10:43AM 19   AMONG FIDUCIARIES WITHIN THE COMPANY AND ARE OF A COMPLETELY

10:43AM 20   DIFFERENT NATURE FROM THE ALLEGATIONS THAT WERE SET FORTH IN

10:43AM 21   THE PRIOR INDICTMENT.

10:43AM 22       THEY REQUIRE A DIFFERENT LEVEL OF PREPARATION, THEY RAISE

10:43AM 23   DIFFERENT LEGAL ISSUES, WHICH WILL REQUIRE ADDITIONAL MOTIONS

10:43AM 24   SHOULD THE GRAND JURY RETURN AN INDICTMENT, AND FUNDAMENTALLY

10:43AM 25   CHANGE THE NATURE OF OUR TRIAL PREPARATION.

10:43AM   1       I'LL SAY WITH A BIT OF FRUSTRATION THAT I WILL CONFESS TO

10:43AM   2   THE COURT, ALTHOUGH MR. LEACH SUGGESTS THAT SOME OF THESE

10:44AM   3   CHANGES FLOW FROM THE ORDER OF THE COURT AND THE MOTIONS TO

10:44AM   4   DISMISS, WHICH OF COURSE WERE BRIEFED ON THE SCHEDULE THAT WAS

10:44AM   5   AGREED TO BY ALL PARTIES AND PRESENTED AND APPROVED BY THE

10:44AM   6   COURT, WHILE THOSE CHANGES MAY HAVE RESULTED WITH RESPECT TO

10:44AM   7   THE NEW COUNTS RELATED TO THE PATIENTS, THE ORDER OF THE COURT

10:44AM   8   HAS LITTLE OR NOTHING TO DO WITH THE EXPANSION OF THE

10:44AM   9   INVESTOR-RELATED CONSPIRACY TO INCLUDE NEW THEORIES, NEW

10:44AM   10   COUNTERPARTIES, NEW FIDUCIARIES, THAT HAVE LONG BEEN KNOWN TO

10:44AM   11   THE GOVERNMENT AND WHICH THE GOVERNMENT HAS PREVIOUSLY CHOSEN

10:44AM   12   NOT TO CHARGE.

10:44AM   13       WHY IT TOOK UNTIL THIS POINT TO ADD THOSE CHARGES TO THIS

10:44AM   14   CASE IS UNCLEAR TO THE DEFENSE.  IT'S OF SOME FRUSTRATION GIVEN

10:45AM   15   ALL OF THE WORK THAT WE HAVE DONE THUS FAR.

10:45AM   16       AS THE COURT KNOWS, THERE ARE OVER 20 MILLION PAGES OF

10:45AM   17   DOCUMENTS IN THIS CASE.  MANY OF THOSE DOCUMENTS HAVE BEEN

10:45AM   18   REVIEWED WITH THE CURRENT INDICTMENT IN MIND.  MANY OF THOSE

10:45AM   19   DOCUMENTS WILL NOW NEED TO BE REVIEWED.  MANY OF THE WITNESSES

10:45AM   20   WILL NEED TO BE REASSESSED.  THE HUNDREDS OF WITNESS STATEMENTS

10:45AM   21   WILL NEED TO BE REVIEWED AND ADDRESSED WITH THE NATURE OF THESE

10:45AM   22   ALLEGATIONS IN MIND, AGAIN, SHOULD THE GRAND JURY CHOOSE TO

10:45AM   23   RETURN THIS INDICTMENT AND SHOULD THE CHARGES SURVIVE A MOTION

10:45AM   24   TO DISMISS.

10:45AM   25       THAT'S A SUBSTANTIAL AMOUNT OF WORK ABOVE AND BEYOND THE

10:45AM 1    WORK THAT HAS PREVIOUSLY BEEN BEFORE US IN THIS MATTER.

10:46AM 2        FORTUNATELY, PERHAPS MAYBE ONE OF THE FEW UNFORTUNATE

10:46AM 3    THINGS THAT HAS COME FROM THE CURRENT HEALTH CRISIS, WE BELIEVE

10:46AM 4    THAT WE CAN STILL DO THAT WITHIN THIS AMOUNT OF TIME IN ADVANCE

10:46AM 5    OF EARLY 2021 WHEN WE THINK IT'S SENSIBLE TO PROCEED WITH THIS

10:46AM 6    MATTER IN ANY EVENT.

10:46AM 7        BUT WE THINK THE MINIMIZATION OF THESE ALLEGATIONS BY THE

10:46AM 8    GOVERNMENT IS ONE WITH WHICH WE RESPECTFULLY DISAGREE AND ONE

10:46AM 9    THAT REQUIRES SIGNIFICANTLY ADDITIONAL TIME.

10:46AM 10   THERE -- IT IS TRUE THAT SOME OF THESE RELATIONSHIPS WERE

10:46AM 11   PREVIOUSLY ADDRESSED WITHIN THE INDICTMENT.  WALGREENS, FOR

10:46AM 12   EXAMPLE, IS SET FORTH IN THE INDICTMENT WITH THE ALLEGATION

10:46AM 13   BEING THAT SOME OF THE DEALINGS WITH RESPECT TO WALGREENS WERE

10:46AM 14   MISREPRESENTED TO OTHER INVESTORS.

10:46AM 15   THE NEW ALLEGATIONS WITHIN THE INDICTMENT ARE TOTALLY

10:46AM 16   DIFFERENT.  THERANOS IS SUGGESTING THAT WALGREENS ITSELF MAY

10:47AM 17   HAVE BEEN DEFRAUDED IN SOME WAY.

10:47AM 18   WE, OF COURSE, WILL AGGRESSIVELY CONTEST THOSE

10:47AM 19   ALLEGATIONS, BUT THE TYPE OF PREPARATION REQUIRED TO DO SO IS

10:47AM 20   FUNDAMENTALLY DIFFERENT FROM THE PREPARATION THAT WE HAVE

10:47AM 21   ENGAGED IN THUS FAR.

10:47AM 22   I'LL PAUSE THERE AND ASK IF THE COURT HAS ANY INQUIRIES,

10:47AM 23   I'M HAPPY TO ADDRESS THEM.

10:47AM 24        THE COURT:  ALL RIGHT.  THANK YOU, MR. WADE.  THANK

10:47AM 25   YOU FOR OUTLINING THE CHALLENGES THAT THE DEFENSE MIGHT FACE

10:47AM 1    SHOULD THE GOVERNMENT DECIDE TO SEEK A SUPERSEDING INDICTMENT.

10:47AM 2         I'M GOING TO ASK PEOPLE TO PLEASE MUTE YOUR PHONES, PLEASE

10:47AM 3    MUTE YOU'RE PHONES.

10:47AM 4         THANK YOU, MR. WADE.

10:48AM 5         ONE OF THE THOUGHTS AND CONCERNS THAT I HAVE ABOUT THE

10:48AM 6    INFORMATION FROM THE GOVERNMENT THAT THEY MAY SEEK TO SUPERSEDE

10:48AM 7    THE INDICTMENT IS THE TIMING OF THAT.  AND THIS IS AGAIN

10:48AM 8    SPECULATION, ASSUMING THAT OUR COURT IS BACK IN OPERATION, THAT

10:48AM 9    IS, THE COURTHOUSE IS OPEN MAY 1ST, IN MAY THE GOVERNMENT WOULD

10:48AM 10   THEN, I'M SURE THEY WOULD PROCEED WITH ALL HASTE TO GET THE

10:48AM 11   GRAND JURY CONVENED AND PRESENT THIS AND THEN WE WOULD HAVE A

10:48AM 12   RETURN.

10:48AM 13        I DON'T KNOW WHAT THE TIMELINE OF THAT POTENTIALLY IS, BUT

10:48AM 14   OF COURSE BASED ON MR. WADE'S COMMENTS, AND IT'S COMMON

10:48AM 15   KNOWLEDGE THAT WE WOULD EXPECT THAT ANY SUPERSEDING INDICTMENT

10:48AM 16   WOULD BE LOOKED AT BY THE DEFENSE WITH CLOSE SCRUTINY AND THEN

10:48AM 17   POTENTIAL MOTIONS TO DISMISS OR SOME OTHER MOTIONS MIGHT ARISE

10:48AM 18   FROM THAT.

10:48AM 19        YOU'VE GIVEN ME A PROPOSED SCHEDULE IN DOCUMENT 372, AND

10:48AM 20   I'M JUST CURIOUS ABOUT WHAT -- LET'S JUST ASSUME THAT A

10:49AM 21   SUPERSEDING INDICTMENT IS RECEIVED ALONG THE LINES THAT THE

10:49AM 22   GOVERNMENT HAS PROPOSED.

10:49AM 23        I WONDER FROM BOTH SIDES, CAN YOU GIVE ME YOUR THOUGHTS

10:49AM 24   ABOUT MOTION PRACTICE IN REGARDS TO THAT AND HOW THAT, THAT IS,

10:49AM 25   HOW THAT MOTION PRACTICE FITS INTO THE CURRENT PROPOSED

10:49AM  1    SCHEDULES THAT YOU'VE PRESENTED?

10:49AM  2         MR. LEACH, I'M NOT SURE YOU HAVE SUFFICIENT INFORMATION TO

10:49AM  3    ANSWER THAT QUESTION BECAUSE THE MOTION PRACTICE WOULD BE

10:49AM  4    GENERATED, OF COURSE, BY THE DEFENSE, BUT I'M HAPPY TO START

10:49AM  5    WITH YOU IF YOU HAVE SOME THOUGHTS ON THAT.

10:49AM  6         MR. LEACH:  THANK YOU, YOUR HONOR.

10:49AM  7         THAT'S RIGHT, I DON'T HAVE A SENSE OF WHAT MOTIONS THEY

10:49AM  8    INTEND, AND SO I'M NOT REALLY IN A POSITION TO TALK ABOUT THE

10:49AM  9    TIMING OF THAT.

10:50AM  10        I DO THINK UNDER THE SCHEDULE PROPOSED BY THE GOVERNMENT

10:50AM  11   WE HAVE MOTIONS IN LIMINE NOT STARTING UNTIL AUGUST, AND WE

10:50AM  12   HAVE A STATUS CONFERENCE FOR JULY 13TH.

10:50AM  13        I WOULD CERTAINLY THINK THAT -- I MEAN, WE HAVE BEEN AS

10:50AM  14   TRANSPARENT ABOUT -- BY PROVIDING THE SUPERSEDING, DRAFT

10:50AM  15   SUPERSEDING INFORMATION ABOUT WHAT THE GOVERNMENT'S INTENTIONS

10:50AM  16   ARE.

10:50AM  17        I WOULD THINK THAT THE DEFENSE HAS IN MIND WHAT THEY WANT

10:50AM  18   TO DO.

10:50AM  19        I THINK IF WE HAVE A MID-JULY, LATE JULY STATUS CONFERENCE

10:50AM  20   THAT SHOULD AFFORD SUFFICIENT TIME FOR THEM TO DRAFT THE

10:50AM  21   GOVERNMENT'S RESPONSE ANYTHING THAT THEY THINK IS APPROPRIATE.

10:50AM  22   I REALLY DON'T HAVE A SENSE OF WHAT THEY HAVE IN MIND, BUT WE

10:50AM  23   WOULD BE PREPARED TO PROCEED UNDER WHATEVER SCHEDULE THE COURT

10:50AM  24   THINKS IS APPROPRIATE FOR THIS.

10:50AM  25        THE COURT:  OKAY.  THANK YOU.

10:51AM 1      THAT'S A THOUGHT THAT CAME TO MIND, MR. WADE -- I'LL NEXT

10:51AM 2   CALL UPON YOU -- IS IF THE GOVERNMENT PROCEEDED -- WELL,

10:51AM 3   THERE'S A LOT OF "IF'S" HERE.  ASSUMING WE'RE BACK IN THE

10:51AM 4   COURTHOUSE IN MAY AND THE GOVERNMENT IS DILIGENT ABOUT

10:51AM 5   CONVENING A GRAND JURY, AND THE GRAND JURY DOES RETURN A

10:51AM 6   SUPERSEDING DOCUMENT AS THEY'VE INDICATED, AND AS THEY'VE

10:51AM 7   PROVIDED TO YOU, THE NEXT THOUGHT I HAVE REGARDING SCHEDULING

10:51AM 8   IS WHAT ARE YOUR THOUGHTS ABOUT GETTING MOTION PRACTICE AS TO

10:51AM 9   THAT SUPERSEDING DOCUMENT COMPLETED BY THE JULY, ASSUMING WE

10:51AM 10  FOLLOW A JULY, A LATE JULY STATUS CONFERENCE?

10:51AM 11     MR. WADE:  YOUR HONOR, OF COURSE THE WAY THAT WE

10:51AM 12  USUALLY APPROACH A SCHEDULE IN A CASE IS TO START WITH WHEN WE

10:52AM 13  THINK BASED UPON THE INDICTMENT WHEN A TRIAL DATE -- WHEN WE

10:52AM 14  COULD BE READY FOR TRIAL AND WE TRY TO WORK BACK AND SET A

10:52AM 15  LOGICAL AND SEQUENTIAL PATH BETWEEN THAT TRIAL DATE AND TO HIT

10:52AM 16  ALL OF THESE ITEMS.

10:52AM 17     A SUPERSEDING INDICTMENT THAT IS RETURNED, IF THE GRAND

10:52AM 18  JURY RETURNS IN MAY, AND I'LL NOTE THAT I DO HAVE MATTERS IN

10:52AM 19  OTHER COURTS WHERE GRAND JURIES WERE INITIALLY EXTENDED UNTIL

10:52AM 20  MAY, BUT THAT'S NOW BEEN -- THOSE GRAND JURIES HAVE NOW BEEN

10:52AM 21  DEFERRED FURTHER INTO JULY.  BUT IF IT COMES IN MAY, YOU KNOW,

10:52AM 22  WE WOULD OBVIOUSLY NEED TIME TO ADDRESS TO CONSIDER THAT.

10:52AM 23     WE'LL, OF COURSE, BASED ON THE REPRESENTATIONS OF THE

10:52AM 24  GOVERNMENT, BEGIN THINKING ABOUT WAYS IN WHICH WE MIGHT

10:52AM 25  APPROACH SUCH CHARGES IF THE GRAND JURY DECIDES TO CONVENE THEM

10:53AM 1   OR TO RETURN THEM.

10:53AM 2       BUT THERE ARE A NUMBER OF OTHER, YOU KNOW, RELATED ISSUES

10:53AM 3   THAT COME INTO THE CASE AS A RESULT OF THAT ACTIVITY THAT WOULD

10:53AM 4   ALSO NEED TO BE ACCOMMODATED IN THE SCHEDULE.

10:53AM 5       THERE'S A POTENTIAL NEED FOR SUBSTANTIAL ADDITIONAL WORK

10:53AM 6   THAT WOULD BE REQUIRED BY THE DEFENSE BASED ON INFORMATION

10:53AM 7   PROVIDED TO THE GOVERNMENT AS TO WHAT THEY MIGHT SEEK.  WE

10:53AM 8   BELIEVE WE MAY NEED TO RETAIN AN EXPERT OR MORE GIVEN THE

10:53AM 9   NATURE OF SOME OF THE ALLEGATIONS.

10:53AM 10       MANY OF THE PEOPLE WHO THE GOVERNMENT HAS IDENTIFIED, MANY

10:53AM 11   OF THE WITNESSES WHO HAVE BEEN IDENTIFIED WHO WOULD BE

10:53AM 12   IMPLICATED BY AN INDICTMENT OF THIS TYPE WE HAVE NOT

10:53AM 13   SUBPOENAED, WE HAVE NOT SOUGHT DOCUMENTS, WE HAVE NOT DONE WHAT

10:54AM 14   WE WOULD DO IN AN ORDINARY COURSE IF THESE ALLEGATIONS WERE IN

10:54AM 15   THE INDICTMENT.

10:54AM 16       SO OF COURSE NOW IT'S NOT PRUDENT GIVEN HEALTH CONDITIONS

10:54AM 17   TO PROCEED WITH SOME OF THOSE SUBPOENAS UNLESS PEOPLE WERE TO

10:54AM 18   ACCEPT THEM VOLUNTARILY.

10:54AM 19       SO THERE ARE A NUMBER OF THINGS THAT NEED TO HAPPEN.  I

10:54AM 20   THINK WE UNDOUBTEDLY COULD TRY TO MEET AND CONFER WITH THE

10:54AM 21   GOVERNMENT AND WOULD IN ANY COURSE ONCE WE DETERMINE A

10:54AM 22   REASONABLE TRIAL DATE TO TRY TO SET A SENSIBLE SCHEDULE, BUT I

10:54AM 23   THINK TRYING TO INJECT THIS INTO THESE ALREADY DIFFICULT

10:54AM 24   CIRCUMSTANCES WOULD NECESSITATE A DELAY IN THE VIEW OF THE

10:54AM 25   DEFENSE.

10:55AM 1          (PAUSE IN PROCEEDINGS.)

10:55AM 2                    MR. WADE:  IS THE COURT STILL THERE?

10:55AM 3                    THE COURT:  I AM STILL HERE, BUT YOU KNOW WHAT, I

10:55AM 4      DID NOT HAVE THE GOOD SENSE TO UNMUTE MY PHONE.

10:55AM 5          THANK YOU.  SO THANK YOU, MR. WADE.  THANK YOU FOR THAT.

10:55AM 6          WHAT I HEAR YOU SAYING IS THAT SHOULD THE GOVERNMENT

10:55AM 7      PROCEED AND SECURE A SUPERSEDING INDICTMENT ALONG THE LINES OF

10:55AM 8      THE PROPOSED DRAFT THAT THEY HAVE PROVIDED YOU, IT WOULD CHANGE

10:55AM 9      THE COMPLEXION OF YOUR -- OBVIOUSLY OF WHAT YOU NEED TO DO.

10:55AM 10     YOU WOULD LOOK AT THE CASE AND DETERMINE WHETHER YOU CAN GO

10:55AM 11     FORWARD WITH FILING MOTIONS, YOUR MOTIONS PRIOR TO THE JULY

10:55AM 12     DATE AND THE STATUS DATE THAT WE HAVE.

10:56AM 13         THAT'S WHAT I'M TRYING TO SEE IF WE CAN, IF WE CAN GET

10:56AM 14     MOTION PRACTICE SCHEDULED AND HEARD BY THAT DATE, THAT WOULD BE

10:56AM 15     IDEAL AT LEAST FOR MOVING FORWARD.

10:56AM 16         I WAS PROBING TO SEE IF THAT -- OF COURSE YOU CAN'T

10:56AM 17     PREDICT ANYTHING AND YOU DON'T HAVE BENEFIT OF ANYTHING IN

10:56AM 18     FRONT OF YOU.  I DON'T KNOW IF THAT'S SOMETHING THAT WE CAN DO.

10:56AM 19                   MR. WADE:  YEAH.  MY APOLOGIES.  IT'S DIFFICULT

10:56AM 20     SOMETIMES TO NOT INTERRUPT THE COURT IN THIS FORUM.  SO MY

10:56AM 21     APOLOGIES TO THE COURT.

10:56AM 22                   THE COURT:  NO, NO, NOT AT ALL.

10:56AM 23                   MR. WADE:  THE -- WE, OF COURSE, WOULD WORK TO

10:56AM 24     PROCEED WITH MOTIONS DIRECTED AT ANY NEW INDICTMENT AS QUICKLY

10:56AM 25     AS WE POSSIBLY COULD, YOUR HONOR, JUST TO BE CLEAR.

10:57AM 1      MY OTHER COMMENTS ARE JUST DIRECTED -- AND TO THE EXTENT

10:57AM 2   THAT AN INDICTMENT WAS RETURNED, YOU KNOW, REASONABLY IN

10:57AM 3   ADVANCE OF THE JULY STATUS CONFERENCE, WE WOULD CERTAINLY

10:57AM 4   ENDEAVOR TO TRY TO FIT BRIEFING IN IN ADVANCE OF THAT.

10:57AM 5      MY OTHER COMMENTS WERE MERELY DIRECTED -- MEANT TO DIRECT

10:57AM 6   THE COURT'S ATTENTION TO THE FACT THAT THERE IS OBVIOUSLY MUCH

10:57AM 7   MORE THAT IS NEEDED HERE BEYOND JUST THE BRIEFING ON THE MOTION

10:57AM 8   TO DISMISS.

10:57AM 9          THE COURT:  SURE.  THANK YOU.

10:57AM 10     ALL RIGHT.  THANK YOU.  LET ME ASK, MR. LEACH, ANYTHING

10:57AM 11  YOU WOULD LIKE TO SAY ABOUT THE SCHEDULING ISSUE REGARDING THE

10:57AM 12  MOTIONS AND THE SUPERSEDING INDICTMENT?

10:57AM 13         MR. LEACH:  NO, YOUR HONOR.  JUST THAT I

10:57AM 14  FUNDAMENTALLY DISAGREE THAT THIS IS A SEA CHANGE.  THIS IS THE

10:57AM 15  SAME THEORY AND THE SAME CASE WITH DISCOVERY THAT THEY'VE HAD

10:58AM 16  FOR THE BETTER PART OF A YEAR AND A HALF.

10:58AM 17     THE DEFENSE IS IN A MUCH BETTER POSITION TO DESCRIBE ITS

10:58AM 18  PREPARATION THAN WE ARE, BUT WE FUNDAMENTALLY JUST DO NOT SEE

10:58AM 19  THIS AS THE SEA CHANGE THAT IS DESCRIBED.  AND -- BUT BEYOND

10:58AM 20  THAT, I HAVE NOTHING FURTHER.

10:58AM 21         THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:58AM 22     MR. WADE, ANYTHING ELSE YOU WOULD LIKE TO ADD?

10:58AM 23         MR. WADE:  NO, YOUR HONOR.

10:58AM 24         THE COURT:  ALL RIGHT.  WELL, THANK YOU VERY MUCH.

10:58AM 25     THE STATUS HEARING TODAY WAS SCHEDULED TO DETERMINE WHAT

10:58AM   1    WE SHOULD DO GOING FORWARD IN LIGHT OF THE COVID CRISIS THAT

10:58AM   2    THE NATION FACES AND IN LIGHT OF THE LIMITATIONS THAT THAT

10:58AM   3    BRINGS TO THIS COURT TO PROVIDE SAFE ENVIRONMENTS FOR ALL

10:58AM   4    PARTIES TO THE CASE AS WELL AS THE PUBLIC AND ALL OF OUR COURT

10:58AM   5    PERSONNEL AS WELL.

10:59AM   6         WE HAVE, AS I THINK SOMEONE SAID, WE'RE IN UNCHARTERED

10:59AM   7    WATERS NOW AND TERRITORY NOW IN REGARDS TO HOW TO MANAGE OUR

10:59AM   8    CALENDARS.  WE KNOW THAT THE PRIME DIRECTIVE IS TO ENSURE THAT

10:59AM   9    ALL PARTIES RECEIVE FAIR TREATMENT IN THE COURTS, BUT THE REAL

10:59AM  10    PRIME DIRECTIVE NOW ADDENDUM TO THAT IS TO PROCEED WITH CAUTION

10:59AM  11    AND SAFETY TO MAKE SURE THAT EVERYONE WHO ENTERS OUR COURTS ARE

10:59AM  12    SAFE, FIRST OF ALL.  THAT WE OPEN OUR COURTS, WHEN WE OPEN OUR

10:59AM  13    COURTS, THAT THEY ARE IN A SAFE ENVIRONMENT FOR ALL, ALL

10:59AM  14    CONCERNED, INCLUDING THE PUBLIC, THE PUBLIC WHO WE WOULD CALL

10:59AM  15    AS JURORS TO SIT IN THE MATTER.  AND WE WANT TO MAKE SURE THAT

10:59AM  16    THE JURORS HAVE CONFIDENCE THAT THE COURTROOMS THAT THEY'RE

10:59AM  17    SITTING IN --

10:59AM  18              THE CLERK:  EXCUSE ME, YOUR HONOR.  I BELIEVE

10:59AM  19    SOMEONE NEEDS TO MUTE THEIR PHONE.  THERE'S INTERRUPTION GOING

11:00AM  20    ON.  IF YOU COULD PLEASE MUTE YOUR PHONE.

11:00AM  21              THE COURT:  YES, YES.  PLEASE MUTE YOUR PHONES,

11:00AM  22    PLEASE.  THANK YOU.

11:00AM  23              THE CLERK:  SORRY, YOUR HONOR.

11:00AM  24              THE COURT:  THANK YOU.  THANK YOU, MS. KRATZMANN.

11:00AM  25         WE NEED TO MAKE SURE THE ENVIRONMENT IS SAFE FOR ALL

11:00AM  1    PARTIES, WE NEED TO ENSURE TO OUR JURORS, THE PUBLIC THAT WE

11:00AM  2    CALL, THE COMMUNITY THAT IS CALLED TO HEAR MATTERS, THAT THE

11:00AM  3    COURT CAN ENSURE THEIR SAFETY SUCH THAT THEY HAVE CONFIDENCE IN

11:00AM  4    THEIR JUSTICE SYSTEM AND THEY HAVE CONFIDENCE THAT THEY CAN

11:00AM  5    FOCUS ON THE ISSUES BEFORE THEM IN A TRIAL SUCH THAT THEY CAN

11:00AM  6    PROVIDE A FAIR HEARING FOR ALL SIDES.  THAT'S A CRITICAL

11:00AM  7    COMPONENT OF THE WORK THAT THEY DO AND WHAT WE WANT TO ENSURE

11:00AM  8    TO THE JURY IN THIS CASE.

11:00AM  9        I DO THINK THAT LOOKING AT OUR SCHEDULE AND THIS COURT HAS

11:00AM  10    BEEN, AND I KNOW COUNSEL HAVE CALLED ME ON IT, IS I'VE BEEN A

11:01AM  11    LITTLE AGGRESSIVE ABOUT THE TRIAL SCHEDULE ON THIS.  I DO THINK

11:01AM  12    THAT THE SCHEDULE FOR JULY AS I INITIALLY PROPOSED IS NOT

11:01AM  13    REALISTIC NOW GIVEN THE CIRCUMSTANCES THAT WE FACE.  I JUST

11:01AM  14    DON'T THINK THAT THAT'S A REALITY.

11:01AM  15        I'D LIKE TO THINK THAT, AND I HOPE THAT TRIAL IN OCTOBER

11:01AM  16    OF THIS YEAR IS SOMETHING THAT WE COULD, WE COULD ENGAGE.  I

11:01AM  17    KNOW EVERY DAY THE NEWS CHANGES ABOUT COVID AND ABOUT WHETHER

11:01AM  18    OR NOT THINGS WILL BEGIN TO REACH NORMALITY AND THAT DOESN'T

11:01AM  19    MEAN THAT WE'LL HAVE ANY NORMAL SENSE OF OUR SOCIETY IN

11:01AM  20    OCTOBER.  WE HOPE WE DO, BUT SHELTER IN PLACE REMAINS AND IN

11:01AM  21    MANY STATES, AND CERTAINLY IN THE ENVIRONMENT AND JURISDICTION

11:01AM  22    OF THE COURTHOUSE.

11:01AM  23        I'D LIKE TO -- WHAT I'D LIKE TO DO IS LOOK AT THE OCTOBER

11:02AM  24    DATE, THE LATER OCTOBER DATE THAT WAS PROPOSED AS A POTENTIAL

11:02AM  25    TRIAL DATE, AND I THINK IT WISE, AND I'M GRATEFUL TO BOTH SIDES

11:02AM   1    HERE, TO SUGGEST THAT WE HAVE AN INTERIM STATUS CONFERENCE IN

11:02AM   2    JULY AT LEAST CALENDARED.  THAT'S NOT TO SAY THAT WE WON'T

11:02AM   3    ADVANCE THAT IF NEEDED, BUT AT LEAST CALENDARED IN JULY SO WE

11:02AM   4    CAN LOOK FORWARD AND SEE WHAT AND HOW BEST WE CAN FORECAST

11:02AM   5    WHETHER OR NOT THE OCTOBER DATE IS A REALITY OR WHETHER OR NOT

11:02AM   6    IT MAKES MORE SENSE TO LOOK BEYOND THE FALL AND INTO THE NEW

11:02AM   7    YEAR, EARLY NEW YEAR.

11:02AM   8         WHAT I THINK WE HAVE ALL READ AND FROM EXPERTS, AND THERE

11:02AM   9    ARE MANY OF THEM ON THIS CRISIS THAT WE FACE, THE INFORMATION

11:02AM  10    AT LEAST THAT THE COURT HAS READ AND SOME OF IT HAS INDICATED

11:02AM  11    THAT LIKE THE NORMAL FLU VIRUS THAT SEEMS TO COME AROUND IN THE

11:03AM  12    WINTER AND FALL, THERE'S AN EXPECTATION THAT THIS COVID MAY

11:03AM  13    RETURN IN THE FALL IN SOME MANNER AND WE SHOULD BE COGNIZANT OF

11:03AM  14    THAT.

11:03AM  15         WE'RE SO GRATEFUL FOR OUR HEALTH CARE PROFESSIONALS AND

11:03AM  16    ALL OF THOSE SCIENTISTS AND BIOENGINEERS WHO ARE WORKING

11:03AM  17    DILIGENTLY TO TRY AND TO FIND SOME TYPE OF SERUM THAT CAN

11:03AM  18    PROTECT ALL OF US, A VACCINE THAT CAN PROTECT ALL OF US FROM

11:03AM  19    THIS DISEASE.

11:03AM  20         BUT WE ALL KNOW THAT TAKES TIME, IT DOES TAKE TIME.

11:03AM  21         WE DON'T KNOW -- WE CAN'T FORECAST WHAT THE HEALTH

11:03AM  22    CONDITIONS OF THIS COUNTRY WILL BE IN RELATION TO COVID.  WE

11:03AM  23    ALL, WE JUST ARE IN DESPAIR WHEN WE READ ABOUT THE LOSS THAT

11:03AM  24    THIS COVID HAS CAUSED ACROSS THE COUNTRY.  WE REALLY ARE -- OUR

11:04AM  25    HEARTS ARE IN PAIN WHEN WE READ ABOUT NEW YORK, DETROIT, AND

11:04AM  1    OTHER CITIES, LOUISIANA, AND OTHER CITIES.  SO WE'RE MINDFUL OF

11:04AM  2    THAT.  AND THAT PRESSES UPON ALL OF US AS WE LOOK FORWARD TO

11:04AM  3    WHAT WE CAN DO WITH OUR CASE.

11:04AM  4         SO LET ME SAY WHAT I THINK WHAT I'D LIKE TO DO IS TO SET A

11:04AM  5    DATE FOR TRIAL, RESCHEDULE THE TRIAL DATE TO THE OCTOBER 26TH

11:04AM  6    DATE.  I HAVE YOUR SCHEDULE IN DOCUMENT 372.  I DO THINK THAT

11:04AM  7    WE SHOULD MAKE SOME CHANGES TO THAT SCHEDULE GOING FORWARD.

11:04AM  8         FOLKS, IF YOU HAVE YOUR SCHEDULES IN FRONT OF YOU, I'D

11:04AM  9    LIKE TO GO DOWN SOME OF THE DATES AND DEADLINES AND EVENTS THAT

11:04AM 10    YOU HAVE AND SUGGEST SOME CHANGES TO THAT.

11:05AM 11              THE CLERK:  YOUR HONOR, MAY I JUST INTERJECT A

11:05AM 12    MOMENT?

11:05AM 13              THE COURT:  YES.  YES.

11:05AM 14              THE CLERK:  THIS IS ADRIANA.  COULD WE SET THE

11:05AM 15    OCTOBER DATE TO OCTOBER 27TH DATE TO TUESDAY?

11:05AM 16              THE COURT:  YES, YES.  OCTOBER 27TH AT 9:00 A.M. FOR

11:05AM 17    JURY SELECTION.

11:05AM 18         GOING DOWN.  THIS IS FOUND ON PAGES 4 AND 5 OF 372.  I DO

11:05AM 19    NOTE THAT LET'S START THAT THERE'S AGREEMENT ON THE FIRST

11:05AM 20    SERVICE OF THE SUMMARY PURSUANT TO RULE 16, AND I'M NOT GOING

11:05AM 21    TO DISTURB THAT AT THIS POINT.  WE MAY HAVE SOME OTHER COMMENT

11:05AM 22    ON THAT IN A MOMENT.

11:06AM 23         THE GOVERNMENT IN IT'S RULE 16(A) DISCLOSURES WHICH BEGINS

11:06AM 24    ON LINE 26, I THINK THE DATE, WHAT I'D LIKE TO DO IS TO ADOPT

11:06AM 25    THE GOVERNMENT DATE ON THAT.

11:06AM  1        I'M LOOKING IN THAT BOX, AND PERHAPS YOU CAN HELP ME,

11:06AM  2   COUNSEL, LINE 27 AND 28 IT INDICATES THE GOVERNMENT SERVE

11:06AM  3   WITNESSES AND EXHIBITS LISTS FOR CASE-IN-CHIEF.

11:06AM  4        WAS THAT THE SAME PROPOSED DATE?

11:06AM  5             MR. LEACH:  YEAH, THAT WAS INTENDED TO BE JUNE 26TH,

11:06AM  6   2020.

11:06AM  7             THE COURT:  OKAY.  AS WELL AS PAGE 5 BEGINNING AT

11:06AM  8   LINE 1, THE 801 --

11:06AM  9             MR. LEACH:  YES.

11:06AM 10             THE COURT:  OKAY.  THANK YOU.

11:06AM 11        THEN ALSO ON THE RULE 16B DISCLOSURES ON LINE 3 I'LL ADOPT

11:06AM 12   THE GOVERNMENT'S DATE TO THE LATER DATE OF JULY 6TH ON THAT.

11:06AM 13        THE NEXT BOX, WHICH APPEARS ON LINE 4 THROUGH 6, I'M GOING

11:07AM 14   TO DEFER THAT FOR NOW.

11:07AM 15        ACTUALLY, THE FIRST BOX THAT I TALKED ABOUT, I'M SORRY TO

11:07AM 16   GO BACK, ON PAGE 4, LINE 23, I'M GOING TO DEFER THAT AS WELL

11:07AM 17   FOR NOW.

11:07AM 18        RETURNING TO PAGE 5, NOW WE'RE AT LINE 6 THROUGH 8, THE

11:07AM 19   DEFENSE SERVICE OF WITNESS AND EXHIBIT LISTS, I'M GOING TO

11:07AM 20   ADJUST THAT DATE TO JULY 24TH.

11:07AM 21        AND THEN THE STATUS CONFERENCE WILL BE SET FOR,

11:07AM 22   MS. KRATZMANN, JULY 20TH, JULY 20TH, AT 10:00 A.M.

11:07AM 23        NOW, AT THAT TIME ON JULY 20TH, WE WILL HAVE A BETTER IDEA

11:08AM 24   AS TO WHETHER WE'RE GOING TO GO FORWARD WITH THE OCTOBER TRIAL

11:08AM 25   DATE OR WHETHER WE NEED TO ADJUST THE SCHEDULE IN SOME OTHER

11:08AM  1    MANNER.

11:08AM  2         I'M NOT GOING TO -- AT THIS TIME I'M NOT GOING TO

11:08AM  3    ADOPT ANY OF THE OTHER -- YOU HAVE OTHER DATES THAT BEGIN IN

11:08AM  4    AUGUST AND OTHERS AND MOTIONS IN LIMINES AND THOSE DATES.  I'D

11:08AM  5    LIKE TO DEFER THOSE DATES.  I THINK WE CAN WAIT UNTIL THE

11:08AM  6    JULY 20TH DATE TO SEE WHETHER OR NOT AND HOW WE'RE GOING TO

11:08AM  7    PROCEED AND GO FORWARD THERE.

11:08AM  8         SO I'D LIKE YOU TO -- OBVIOUSLY YOU'RE GOING TO PREPARE

11:08AM  9    THE CASE AS BEST YOU CAN, I KNOW THAT, BUT I DON'T THINK YOU

11:08AM  10   NEED TO PAY ATTENTION TO THOSE ITEMS THAT APPEAR FROM LINES 10

11:08AM  11   DOWN TO 19 AT THIS POINT.  I'D LIKE YOU TO FOCUS YOUR EFFORTS,

11:08AM  12   OF COURSE, ON THE OTHER WORK THAT YOU NEED TO DO, AND WE CAN

11:08AM  13   LOOK AT THOSE REMAINING ISSUES, THE IN LIMINE AND OTHER ISSUES,

11:09AM  14   ON THE JULY 20TH STATUS CONFERENCE DATE.

11:09AM  15        ANY QUESTIONS FROM EITHER SIDE ABOUT THIS ADJUSTMENT?

11:09AM  16             MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

11:09AM  17   THAT'S CLEAR TO US.  THANK YOU.

11:09AM  18             THE COURT:  MR. WADE?

11:09AM  19             MR. WADE:  NO, YOUR HONOR.  I TAKE IT AS WE GET

11:09AM  20   CLOSER TO THESE EVENTS WE'LL PERHAPS HAVE COMMUNICATION THROUGH

11:09AM  21   MS. KRATZMANN AS TO WHETHER THESE PROCEEDINGS WILL BE

11:09AM  22   TELEPHONIC OR IN PERSON?

11:09AM  23        OBVIOUSLY, I THINK WE ALL HOPE WE'RE IN A SITUATION WHERE

11:09AM  24   THEY'RE IN PERSON, BUT WE WILL SEE WHAT IS PRUDENT AT THAT

11:09AM  25   TIME.

11:09AM 1        THE COURT:  YES.  THANK YOU, MR. WADE.

11:09AM 2        I'M HOPEFUL THAT WE CAN, THAT THINGS CHANGE IN OUR COUNTRY

11:09AM 3   AND IN OUR REGIONS THAT WE COULD HAVE IN-PERSON MEETINGS.

11:09AM 4        AGAIN, I'LL JUST SAY I ALWAYS ENJOY ALL OF YOU IN THE

11:10AM 5   COURTROOM.  YOU'RE ALL PROFESSIONAL, AND I APPRECIATE THAT.  I

11:10AM 6   KNOW THAT YOU'RE TRIAL LAWYERS AND THE PLACE YOU WORK IS THE

11:10AM 7   COURTROOM, NOT YOUR LIVING ROOMS, KITCHENS, OR HOME OFFICES,

11:10AM 8   WHICH OF COURSE YOU DO THAT IN THE EVENINGS AND INTO THE WEE

11:10AM 9   HOURS OF THE NIGHT, I RECOGNIZE THAT.

11:10AM 10       BUT THE PLACE YOU DO YOUR BUSINESS IS IN THE COURTROOM,

11:10AM 11  AND ALL OF YOU HAVE GREAT FLUENCY FOR THE COURTROOM, AND SO I

11:10AM 12  AGREE.  I HOPE THAT WE CAN OPEN OUR COURTROOMS SOON, AND WE ALL

11:10AM 13  CAN ENJOY EACH OTHER'S COMPANY.

11:10AM 14       WE'RE WORKING ON WHAT WE NEED TO DO TO ESTABLISH VIDEO

11:10AM 15  CONFERENCING IN THE INTERIM, AND SO IF WE NEED IT, HOPEFULLY

11:10AM 16  WE'LL HAVE SOMETHING SET UP FOR FUTURE STATUS CONFERENCES IF WE

11:10AM 17  CAN.

11:10AM 18       ALSO, AS TO ANY OTHER MATTERS, AS YOU POINT OUT, MR. WADE,

11:10AM 19  MS. KRATZMANN WILL BE ABLE TO COMMUNICATE ANY OTHER SCHEDULE

11:11AM 20  CHANGES FOR ANY OTHER MATTERS AS THEY NEED TO COME UP, AND I

11:11AM 21  DON'T KNOW IF THAT ANSWERS YOUR QUESTION.  I HOPE IT DOES.

11:11AM 22       MR. WADE:  IT DOES.  THANK YOU, YOUR HONOR.

11:11AM 23       THE COURT:  ALL RIGHT.  ANYTHING ELSE THAT EITHER

11:11AM 24  SIDE WISHES TO RAISE AT THIS TIME?

11:11AM 25       MR. LEACH, ANYTHING FROM THE GOVERNMENT'S TEAM?

11:11AM 1      MR. LEACH:  YOUR HONOR, IN LIGHT OF THE CHANGE OF

11:11AM 2  THE TRIAL DATE FROM OCTOBER -- WELL, FROM THE END OF JULY TO

11:11AM 3  OCTOBER 27TH, 2020, I THINK IT WOULD BE APPROPRIATE FOR THE

11:11AM 4  COURT TO EXCLUDE TIME FOR EFFECTIVE PREPARATION IN LIGHT OF THE

11:11AM 5  COVID CRISIS AND EVERYTHING THAT MR. WADE HAS DESCRIBED.

11:11AM 6      THE COURT:  THANK YOU.  I WAS GOING TO TURN TO

11:11AM 7  MR. WADE WHEN HIS COMMENTS -- DURING HIS COMMENTS AND ASK HIM

11:11AM 8  IF HE AGREES THAT TIME SHOULD BE EXCLUDED FOR EFFECTIVE

11:11AM 9  PREPARATION OF COUNSEL TO THE NEW TRIAL OF OCTOBER 26TH, 2020.

11:12AM 10     MR. WADE?

11:12AM 11     MR. WADE:  YOUR HONOR, WE DO.  I BELIEVE IT ALSO MAY

11:12AM 12  BE COVERED BY ONE OF THE COURT'S GENERAL ORDERS AS WELL, BUT IN

11:12AM 13  ANY EVENT, WE DO AGREE.

11:12AM 14     THE COURT:  ALL RIGHT.  THANK YOU THEN.

11:12AM 15     ANYTHING FURTHER FROM YOU, MR. WADE, AND YOUR TEAM?

11:12AM 16     MR. WADE:  NOT AT THIS TIME, YOUR HONOR.  THANK YOU.

11:12AM 17     THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

11:12AM 18  YOU ALL FOR YOUR ATTENTION HERE.  WE WILL -- AND LET ME SAY, IF

11:12AM 19  EITHER PARTY WISHES TO HAVE ANOTHER STATUS OR A STATUS

11:12AM 20  CONFERENCE OR BRING ANYTHING TO THE COURT'S ATTENTION, PLEASE

11:12AM 21  FEEL FREE TO DO SO.

11:12AM 22     I'VE SET THE JULY 20TH DATE AS THE CALENDARED STATUS DATE

11:12AM 23  SO WE ALL HAVE AN EVENT HORIZON TO FOCUS ON.  BUT SHOULD THE

11:12AM 24  NEED ARISE OR A CHANGE OR SOMETHING HAPPENS, PLEASE CONTACT

11:12AM 25  MS. KRATZMANN, AND WE WILL OF COURSE ENGAGE THE STATUS OR OTHER

11:12AM  1    HEARING AS NEEDED IF THE PARTIES REQUIRE.

11:12AM  2         ALL RIGHT.  THANK YOU.  LET ME THANK YOU ALL AGAIN.  IT'S

11:12AM  3    GOOD TO HEAR YOUR VOICES.  I LOOK FORWARD TO THE OPPORTUNITY

11:13AM  4    WHEN I CAN SEE YOUR FACES PERSONALLY AND WE CAN INVITE YOU BACK

11:13AM  5    TO A SAFE COURTROOM AND I CAN ENJOY YOUR COMPANY AND ALL OF

11:13AM  6    YOUR ASSISTANCE IN THIS INTERESTING CASE.

11:13AM  7         PLEASE BE SAFE, YOU AND YOUR FAMILIES.  I WISH YOU THE

11:13AM  8    BEST AND PLEASE BE SAFE AND WELL, AND WE'LL TALK AGAIN SOON.

11:13AM  9         ANYTHING FURTHER, MS. KRATZMANN?

11:13AM  10             THE CLERK:  NO, YOUR HONOR.  THANK YOU.

11:13AM  11             THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL DISENGAGE

11:13AM  12   THE LINE NOW.  THANK YOU, COUNSEL.

11:13AM  13             MR. WADE:  THANK YOU, YOUR HONOR.

11:13AM  14             MR. LEACH:  THANK YOU VERY MUCH, YOUR HONOR.

11:13AM  15         (TELEPHONIC COURT CONCLUDED AT 11:13 A.M.)

16

17

18

19

20

21

22

23

24

25

1

2

3                           CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074

17

18

19         DATED:  JULY 20, 2020

20

21

22

23

24

25