JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-CR-258-EJD<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA**<br><br>**COURT'S ACCEPTANCE OF WAIVER**<br><br>**Hon. Edward J. Davila** |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Ramesh "Sunny" Balwani, acknowledge and agree to the following in the above case:

1. I have received a copy of the Second Superseding Indictment [Doc. 449] in this case. My attorney has discussed the charges with me and after being so advised, I understand the nature and substance of those charges, the maximum penalties, and my Constitutional rights. I waive a formal reading of the Second Superseding Indictment in open court.

2. I understand I have a right to personally appear with my attorney in open court before a judicial officer for arraignment on the second Superseding Indictment. By signing this Waiver, I give up my right to personally appear in open court for an arraignment. I further understand that absent the present Waiver, I must appear before this Court as directed.

3. I am entering a "Not Guilty" plea with the filing of this Waiver. I understand that entry by the Court of my not guilty plea will conclude the arraignment in this case for all purposes.

Dated: July 21, 2020.

*__Signature on Last Page__*
Ramesh Balwani
Defendant

1     I am the attorney of record for the above-named Defendant.  I have reviewed the charges

2 against my client and agree and consent to the Waiver of Personal appearance at Arraignment and

3 entry of Not Guilty Plea.

5 Dated:  July 21, 2020.

                                         Jeffrey B. Coopersmith (CA Bar No. 252819)
                                         Attorney for Defendant Ramesh Balwani

12     The Court accepts the Waiver of Defendant's Appearance at Arraignment and enters a

13 plea of "Not Guilty" for the Defendant Ramesh "Sunny" Balwani.

15 Dated: July 21, 2020

                                         Hon. Edward J. Davila
                                         United States District Judge

4124-8633-7830.2

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Ramesh "Sunny" Balwani, acknowledge and agree to the following in the above case:

1. I have received a copy of the Second Superseding Indictment [Doc. 449] in this case. My attorney has discussed the charges with me and after being so advised, I understand the nature and substance of those charges, the maximum penalties, and my Constitutional rights. I waive a formal reading of the Second Superseding Indictment in open court.

2. I understand I have a right to personally appear with my attorney in open court before a judicial officer for arraignment on the second Superseding Indictment. By signing this Waiver, I give up my right to personally appear in open court for an arraignment. I further understand that absent the present Waiver, I must appear before this Court as directed.

3. I am entering a "Not Guilty" plea with the filing of this Waiver. I understand that entry by the Court of my not guilty plea will conclude the arraignment in this case for all purposes.

Dated: July 21, 2020.

_____
Ramesh Balwani
Defendant

WAIVER OF PERSONAL APPEARANCE, ENTRY NOT GUILTY PLEA, COURT'S ACCEPTANCE OF WAIVER
CASE No. 18-CR-258-EJD

1