JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

[PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS
CR-18-00258-EJD

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion for Access to Grand Jury Selection Materials. After due consideration of the filings and the governing law,

IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall make available all data listed in Exhibit A to the Declaration of Amy Mason Saharia within 14 days of this Order.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO GRAND JURY MATERIALS
CR-18-00258 EJD

1