JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>                    Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN MS. HOLMES' MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS**<br><br>Date:     August 17, 2020<br>Time:     1:30 p.m.<br>CTRM:    4, 5th Floor<br><br>**Hon. Edward J. Davila** |

Defendant Ramesh Balwani joins in Ms. Holmes' Motion for Access to Grand Jury Selection Materials filed by Defendant Elizabeth Holmes (Dkt. No. 461).

| | | |
|---|---|---|
| 1 | DATED: July 22, 2020 | Respectfully submitted, |
| 2 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 4 | | By: */s/ Jeffrey B. Coopersmith*<br>Jeffrey B. Coopersmith |
| 5-6 | | Attorney for Defendant<br>RAMESH BALWANI |

- 2 -

DEFENDANT'S JOINDER IN MOTION FOR
ACCESS TO GRAND JURY SELECTION MATERIALS
CASE NO. CR-18-00258-EJD-SVK

4159-6636-6502