ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-258 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |

## STIPULATION

WHEREAS, on July 21, 2020, Defendant filed a Motion for Access to Grand Jury Selection Materials ("Motion") to be heard on August 17, 2020, Dkt. 461;

WHEREAS, under the Court's Local Rules, the government's response is due July 28, 2020;

WHEREAS, because of other pre-existing commitments, the government requires additional time to prepare and file a response;

WHEREAS, the parties have met and conferred and agree on, and respectfully request that the Court order, the following briefing schedule for the Motion: government's response due July 31, 2020,

1  and Defendant's reply, if any, due August 7, 2020;

2      THEREFORE, the parties stipulate and agree that the Court should enter the order below.

3      IT IS SO STIPULATED.

4  DATED:  July 28, 2020       ADAM A. REEVES
    Attorney for the United States,
5      Acting Under Authority Conferred
    By 28 U.S.C. § 515
6

7      _____/s/_____
    ROBERT S. LEACH
8      JEFF SCHENK
    JOHN C. BOSTIC
9      VANESSA BAEHR-JONES
    Assistant United States Attorneys
10

11  DATED:  July 28, 2020       WILLIAMS & CONNOLLY LLP

12

13      _____/s/_____
    LANCE A. WADE, ESQ.
14      Attorneys for Elizabeth Holmes

15

16  **[PROPOSED] ORDER**

17      For the reasons set forth above, and good cause shown, IT IS ORDERED that the government's

18  response to the Motion shall be due July 31, 2020, and Defendant's reply, if any, shall be due August 7,

19  2020.

20      IT IS SO ORDERED.

21

22  DATED: July 28, 2020       _____
    THE HONORABLE EDWARD J. DAVILA
23      United States District Judge

24

25

26

27

28