JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

1   This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion for
2   Access to Grand Jury Selection Materials.  After due consideration of the filings and the governing law,
3   IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
4   IT IS FURTHER ORDERED that the Clerk of Court for the Northern District of
5   California shall make available all data listed in Exhibit A to the Declaration of Amy Mason Saharia
6   within 14 days of this Order.

8   IT IS SO ORDERED.

10  Dated: _____

12                                                          _____
                                                            Hon. Edward J. Davila
13                                                          United States District Judge

28  [PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO GRAND JURY MATERIALS
    CR-18-00258 EJD

1