JEFFREY B. COOPERSMITH (SBN 252819)
*Email: jcoopersmith@orrick.com*
WALTER F. BROWN (SBN 130248)
*Email: wbrown@orrick.com*
MELINDA HAAG (SBN 132612)
*Email: mhaag@orrick.com*
RANDALL S. LUSKEY (SBN 240915)
*Email: rluskey@orrick.com*
STEPHEN A. CAZARES (SBN 201864)
*Email: scazares@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,

Defendants.

Case No. 18-CR-258-EJD

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA**

**COURT'S ACCEPTANCE OF WAIVER**

**Hon. Edward J. Davila**

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Ramesh "Sunny" Balwani, acknowledge and agree to the following in the above case:

1. I have received a copy of the Third Superseding Indictment [Doc. 469] in this case. My attorney has discussed the charges with me and after being so advised, I understand the nature and substance of those charges, the maximum penalties, and my Constitutional rights. I waive a formal reading of the Third Superseding Indictment in open court.

2. I understand I have a right to personally appear with my attorney in open court before a judicial officer for arraignment on the Third Superseding Indictment. By signing this waiver, I give up my right to personally appear in open court for an arraignment. I further understand that absent the present Waiver, I must appear before this Court as directed.

3. I am entering a "Not Guilty" plea with the filing of this Waiver. I understand that entry by the Court of my not guilty plea will conclude the arraignment in this case for all purposes.

Dated: July 30, 2020.

***Signature on Last Page***
Ramesh Balwani
Defendant

I am the attorney of record for the above-named Defendant. I have reviewed the charges against my client and agree and consent to the Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea.

Dated: July 31, 2020.

Jeffrey B. Coopersmith (CA Bar No. 252819)
Attorney for Defendant Ramesh Balwani

The Court accepts the Waiver of Defendant's Appearance at Arraignment and enters a plea of "Not Guilty" for the Defendant Ramesh "Sunny" Balwani.

Dated: ___________________

_______________________________________

Hon. Edward J. Davila
United States District Judge

4129-2818-9478.1

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Ramesh "Sunny" Balwani, acknowledge and agree to the following in the above case:

1. I have received a copy of the Third Superseding Indictment [Doc. 469] in this case. My attorney has discussed the charges with me and after being so advised, I understand the nature and substance of those charges, the maximum penalties, and my Constitutional rights. I waive a formal reading of the Third Superseding Indictment in open court.

2. I understand I have a right to personally appear with my attorney in open court before a judicial officer for arraignment on the Third Superseding Indictment. By signing this waiver, I give up my right to personally appear in open court for an arraignment. I further understand that absent the present Waiver, I must appear before this Court as directed.

3. I am entering a "Not Guilty" plea with the filing of this Waiver. I understand that entry by the Court of my not guilty plea will conclude the arraignment in this case for all purposes.

Dated: July 30, 2020.

Ramesh Balwani
Defendant