1  JEFFREY B COOPERSMITH (STATE BAR NO. 252819)
   WALTER F. BROWN (STATE BAR NO. 130248)
2  MELINDA HAAG (STATE BAR NO. 132612)
   RANDY LUSKEY (STATE BAR NUMBER 240915)
3  STEPHEN A. CAZARES (STATE BAR NUMBER 201864)

4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759

7
   Email: jcoopersmith@orrick.com; wbrown@orrick.com;
8         mhaag@orrick.com; rluskey@orrick.com;
          scazares@orrick.com
9

10 Attorneys for Defendant
   RAMESH "SUNNY" BALWANI

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

| | |
|---|---|
| 16  UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| 17             Plaintiff, | |
| 18        v. | **STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 1, 2020 TO DECEMBER 8, 2020 AND [PROPOSED]** |
| 19  ELIZABETH HOLMES and | **ORDER** |
| 20  RAMESH "SUNNY" BALWANI, | |
| 21            Defendants. | |

**STIPULATION**

WHEREAS, on July 23, 2020, the Court entered an Order, based on the parties' stipulation that also recited prior excluded time periods, and in that Order excluded time from July 28, 2020, through August 31, 2020, upon finding that the ends of justice served by excluding such time outweighed the best interests of the public and the defendant in a speedy trial.

WHEREAS, during the status hearing held on August 11, 2020, the Court inquired about excluding additional time in Mr. Balwani's case, and counsel responded that he would discuss the matter with Mr. Balwani in advance of potentially working with the government to submit a stipulation and proposed order to the Court.

NOW THEREFORE, the parties have conferred and hereby stipulate and agree that the Court should enter the order below excluding time under the Speedy Trial Act from September 1, 2020 through December 8, 2020. The parties also respectfully suggest that, per the Court's comments at the August 11, 2020 status hearing, the Court vacate the status hearing for Mr. Balwani currently set for August 31, 2020 and reschedule that hearing for December 8, 2020 or at another time convenient for the Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: August 14, 2020 | JEFFREY B COOPERSMITH<br>Orrick, Herrington & Sutcliffe LLP |

By: *s/ Jeffrey B. Coopersmith*
JEFFREY B COOPERSMITH
Attorney for Defendant
RAMESH "SUNNY" BALWANI

ADAM A. REEVES
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

DATED: August 14, 2020

*s/ Robert S. Leach*
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-JONES
Assistant United States Attorneys

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on August 11, 2020 and for good cause shown, the Court finds that failing to exclude the time from September 1, 2020, through December 8, 2020, would unreasonably deny counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and given the complexity of the case. 18 U.S.C. § 3161(h)(7), (B)(iv). The Court finds that the ends of justice served by excluding the time from September 1, 2020, through December 8, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 1, 2020, through December 8, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further ORDERS that the status hearing set for August 31, 2020 is hereby vacated, and is reset for December ___, 2020, at _____.

DATED:_____

THE HONORABLE EDWARD J. DAVILA
United States District Judge