JEFFREY B COOPERSMITH (STATE BAR NO. 252819)
WALTER F. BROWN (STATE BAR NO. 130248)
MELINDA HAAG (STATE BAR NO. 132612)
RANDY LUSKEY (STATE BAR NUMBER 240915)
STEPHEN A. CAZARES (STATE BAR NUMBER 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| Plaintiff, | |
| v. | **STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 1, 2020 TO DECEMBER 8, 2020 AND [PROPOSED] ORDER** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

1

## **STIPULATION**

2    WHEREAS, on July 23, 2020, the Court entered an Order, based on the parties'

3  stipulation that also recited prior excluded time periods, and in that Order excluded time from

4  July 28, 2020, through August 31, 2020, upon finding that the ends of justice served by excluding

5  such time outweighed the best interests of the public and the defendant in a speedy trial.

6    WHEREAS, during the status hearing held on August 11, 2020, the Court inquired about

7  excluding additional time in Mr. Balwani's case, and counsel responded that he would discuss the

8  matter with Mr. Balwani in advance of potentially working with the government to submit a

9  stipulation and proposed order to the Court.

10    NOW THEREFORE, the parties have conferred and hereby stipulate and agree that the

11  Court should enter the order below excluding time under the Speedy Trial Act from September 1,

12  2020 through December 8, 2020.  The parties also respectfully suggest that, per the Court's

13  comments at the August 11, 2020 status hearing, the Court vacate the status hearing for Mr.

14  Balwani currently set for August 31, 2020 and reschedule that hearing for December 8, 2020 or at

15  another time convenient for the Court.

16    IT IS SO STIPULATED.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
CASE NO. 18-CR-00258-EJD

1  DATED:  August 14, 2020

2

3

4

5

6

7

8

9

10  DATED:  August 14, 2020

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JEFFREY B COOPERSMITH
Orrick, Herrington & Sutcliffe LLP


By:  *s/ Jeffrey B. Coopersmith*
     JEFFREY B COOPERSMITH
       Attorney for Defendant
     RAMESH "SUNNY" BALWANI



ADAM A. REEVES
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

*s/ Robert S. Leach*
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-JONES
Assistant United States Attorneys

**[PROPOSED]** ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on August 11, 2020 and for good cause shown, the Court finds that failing to exclude the time from September 1, 2020, through December 8, 2020, would unreasonably deny counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and given the complexity of the case.  18 U.S.C. § 3161(h)(7), (B)(iv). The Court finds that the ends of justice served by excluding the time from September 1, 2020, through December 8, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 1, 2020, through December 8, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further ORDERS that the status hearing set for August 31, 2020 is hereby vacated, and is reset for December  8 , 2020, at 10:00am

DATED: 8/14/2020

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge

- 3 -