```
1   JEFFREY B. COOPERSMITH (SBN 252819)
    WALTER F. BROWN (SBN 130248)
2   MELINDA HAAG (SBN 132612)
    RANDALL S. LUSKEY (SBN 240915)
3   STEPHEN A. CAZARES (SBN 201864)

4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA 94105-2669
6   Telephone:   +1-415-773-5700
    Facsimile:   +1-415-773-5759
7
    Email: jcoopersmith@orrick.com, wbrown@orrick.com,
8          mhaag@orrick.com, rluskey@orrick.com,
           scazares@orrick.com
9

10  Attorneys for Defendant
    RAMESH "SUNNY" BALWANI
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL BY JENNA VILKIN** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jenna Vilkin of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters her appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter. Ms. Vilkin is admitted to practice in the State of California and before this Court. Ms. Vilkin requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

> Jenna Vilkin (SBN 307559)
> jvilkin@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Telephone:   +1-415-773-5700
> Facsimile:   +1-415-773-5759

Dated: August 25, 2020

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Jenna Vilkin*
JENNA VILKIN

Attorneys for Ramesh "Sunny" Balwani