JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com, wbrown@orrick.com,
       mhaag@orrick.com, rluskey@orrick.com,
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL BY KORY DECLARK** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Kory DeClark of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter.  Mr. DeClark is admitted to practice in the State of California and before this Court.  Mr. DeClark requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

>Kory DeClark (SBN 310571)
>kdeclark@orrick.com
>ORRICK, HERRINGTON & SUTCLIFFE, LLP
>The Orrick Building
>405 Howard Street
>San Francisco, CA 94105-2669
>Telephone:  +1-415-773-5700
>Facsimile:  +1-415-773-5759

Dated: August 25, 2020

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Kory DeClark*
KORY DECLARK

Attorneys for Ramesh "Sunny" Balwani