JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com, wbrown@orrick.com,
       mhaag@orrick.com, rluskey@orrick.com,
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>                Defendants. | Case No. 18-CR-00258-EJD<br><br>**NOTICE OF APPEARANCE OF COUNSEL BY AARON P. BRECHER** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Aaron P. Brecher of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter.  Mr. Brecher is admitted to practice in the State of California and before this Court.  Mr. Brecher requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

> Aaron P. Brecher (SBN 305001)
> abrecher@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 701 5th Avenue, Suite 5600
> Seattle, WA 98104-7097
> Tel:   +1 206 839 4300
> Fax:   +1 206 839 4301

Dated: August 25, 2020

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

_/s/ Aaron P. Brecher_
AARON P. BRECHER

Attorneys for Ramesh "Sunny" Balwani