1  JEFFREY B. COOPERSMITH (SBN 252819)
   WALTER F. BROWN (SBN 130248)
2  MELINDA HAAG (SBN 132612)
   RANDALL S. LUSKEY (SBN 240915)
3  STEPHEN A. CAZARES (SBN 201864)

4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
7
   Email: jcoopersmith@orrick.com; wbrown@orrick.com;
8         mhaag@orrick.com; rluskey@orrick.com;
          scazares@orrick.com
9

10 Attorneys for Defendant
   RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOLMES, et al.,<br><br>Defendants. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS A, C, F–M, O, T, W, AND X IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS**<br><br>Judge:   Honorable Edward J. Davila |

**DECLARATION OF JEFFREY B. COOPERSMITH**

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani in this case. I am an attorney admitted to practice in the State of California. I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Mr. Balwani. I submit this declaration in support of Mr. Balwani's Administrative Motion to Seal pursuant to Criminal LR 56-1 Exhibits A, C, F–M, O, T, W, and X in support of Mr. Balwani's Motion to Dismiss Second and Third Superseding Indictments (the "Motion to Dismiss"). I have personal knowledge of the facts stated here.

2. Mr. Balwani requests Exhibits A, C, F–M, O, T, W, and X in support of the Motion to Dismiss to be filed under seal because each relates to and contains information which have been designated as "Confidential Material" pursuant to the July 2, 2018 and July 17, 2019, Protective Orders in this case (Dkt. Nos. 28 and 90).

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 28, 2020 at Seattle, Washington.

_____
JEFFREY B. COOPERSMITH