# EXHIBIT A

## (Public Version)

## Conditionally Filed Under Seal In Its Entirety