# EXHIBIT C

(Public Version)

<u>Conditionally Filed Under Seal</u>

<u>In Its Entirety</u>