# EXHIBIT H

## (Public Version)

## Conditionally Filed Under Seal

## In Its Entirety