# EXHIBIT I

(Public Version)

Conditionally Filed Under Seal

In Its Entirety