# EXHIBIT J

## (Public Version)

## <u>Conditionally Filed Under Seal</u>

## <u>In Its Entirety</u>