JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
mhaag@orrick.com; rluskey@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>HOLMES, et al.,<br><br>                Defendants. | Case No. 5:18-cr-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS A, C, F–M, O, T, W, AND X TO THE DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS**<br><br>Judge:   Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On August 28, 2020, Defendant Ramesh "Sunny" Balwani submitted an Administrative Motion to File Under Seal (the "Motion to Seal") Exhibits A, C, F–M, O, T, W, and X to the Declaration of Jeffrey B. Coopersmith in support of Mr. Balwani's Motion to Dismiss Second and Third Superseding Indictments Based on Pre-Indictment Delay ("Motion to Dismiss").

The Court, having reviewed the Motion to Seal, its Declaration in support thereof, finds compelling reasons and hereby GRANTS the Motion to Seal.

Accordingly, Mr. Balwani's Exhibits A, C, F–M, O, T, W, and X to the Declaration of Jeffrey B. Coopersmith in support of the Motion to Dismiss shall remain under seal.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JUDGE EDWARD J. DAVILA