JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOLMES, et al.,<br><br>Defendants. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S PROOF OF ELECTRONIC FILING AND SERVICE OF SEALED EXHIBITS A, C, F–M, O, T, W, AND X TO THE DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS**<br><br>Judge:   Honorable Edward J. Davila |

I, Lenny T. Patts, hereby certify as follows:

I am more than eighteen years old and am not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, CA 94105. On this 28th day of August 2020, I filed and served the following document via email:

- SEALED Versions of Exhibits A, C, F–M, O, T, W, and X to the Declaration of Jeffrey B. Coopersmith in support of Mr. Balwani's Motion to Dismiss Second and Third Superseding Indictments Based on Pre-Indictment Delay

to the Court and the following counsel of record in the above-referenced matter:

Adriana Kratzman (Courtroom Deputy to Honorable Edward J. Davila)
Adriana_Kratzmann@cand.uscourts.gov
**UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT**
San Jose Courthouse, Courtroom 4 - 5th Floor
280 South 1st Street, San Jose, CA 95113

Robert S. Leach
robert.leach@usdoj.gov
Jeffrey Benjamin Schenk
jeffrey.b.schenk@usdoj.gov
John Curtis Bostic
john.bostic@usdoj.gov
Vanessa Ann Baehr-Jones
vanessa.baehr-jones@usdoj.gov
**UNITED STATES ATTORNEY'S OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**
1301 Clay Street, Suite 340S
Oakland, CA 94612
Tel.: 510-637-3918
Fax: 510-637-3724

John D. Cline
cline@johndclinelaw.com
**LAW OFFICE OF JOHN D. CLINE**
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Tel.: 415-322-8319
Fax: 415-524-8265

1

DEFENDANT BALWANI'S PROOF OF ELECTRONIC FILING &
SERVICE OF SEALED EXHIBITS A, C, F–M, O, T, W, AND X
CASE NO. 18-CR-00258-EJD

Kevin M. Downey
kdowney@wc.com
Amy Mason Saharia
asaharia@wc.com
Katherine A. Trefz
ktrefz@wc.com
Lance A. Wade
lwade@wc.com
Patrick J. Looby
plooby@wc.com
Seema Mittal Roper
SMRoper@wc.com
**WILLIAMS AND CONNOLLY LLP**
725 12th St NW
Washington, DC 20016
Tel.: 202-434-5460
Fax: 202-434-5029

I certify under penalty of perjury that the foregoing is true and correct.  Executed on 28th day of August 2020, in San Francisco, California.

_____
LENNY T. PATTS

2

DEFENDANT BALWANI'S PROOF OF ELECTRONIC FILING &
SERVICE OF SEALED EXHIBITS A, C, F–M, O, T, W, AND X
CASE NO. 18-CR-00258-EJD