JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HOLMES, et al.,<br><br>          Defendants. | Case No. 5:18-cr-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY**<br><br>Date:  October 6, 2020<br>Time:  10:00 a.m.<br>Judge: Honorable Edward J. Davila<br>Ctrm:  4, 5th Floor |

**[PROPOSED] ORDER**

On August 28, 2020, Defendant Ramesh "Sunny" Balwani submitted a Motion to Dismiss Second and Third Superseding Indictments Based on Pre-Indictment Delay ("Motion to Dismiss").

The Court, having considered the Motion, its Declaration in support thereof, the opposition by the government, Mr. Balwani's counsel, and the arguments of counsel, hereby GRANTS the motion.

Accordingly, the Second and Third Superseding Indictments are DISMISSED.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JUDGE EDWARD J. DAVILA