# EXHIBIT B

OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 07/14/2016

**FEDERAL GRAND JURY MATERIAL - DISSEMINATE PURSUANT TO RULE 6(E)**
Do not disseminate except as authorized by federal rule of criminal procedure 6(e).

On July 12, 2016, Special Agent (SA) Cameron Purves received a DVD and letter from Walgreens Boots Alliance, Inc. (Walgreens) in response to a January 29, 2016 grand jury subpoena. The DVD contains documents with Bates numbers WAG-TH-DOJ-00013359 to WAG-TH-DOJ-00020503. The DVD is encrypted and the password is "nP&57296ym".

The cover letter and DVD will be maintained in the 1A section of this file.

Investigation on 07/12/2016 at Campbell, California, United States (Mail)

File # 318A-SF-7315857-GJ Date drafted 07/12/2016

by CAMERON W W PURVES

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.