# EXHIBIT D

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     )   File No. SF-04030-A
THERANOS, INC.                       )


WITNESS:   Wade Duvall Miquelon
PAGES:     1 through 248
PLACE:     Securities and Exchange Commission
           44 Montgomery Street, Suite 2600
           San Francisco, CA  94104
DATE:      Tuesday, August 16, 2016


    The above-entitled matter came on for hearing,
pursuant to notice, at 9:15 a.m.

 COPY

Diversified Reporting Services, Inc.
(202) 467-9200

RECEIVED

MAY 0 3 2017

SEC San Francisco

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )
THERANOS INC.                )    File No.  SF-04030-A

WITNESS:  Jay Rosan
PAGES:    1 through 221
PLACE:    Securities and Exchange Commission
          44 Montgomery Street, Suite 2800,
          San Francisco, California
DATE:     Wednesday, April 19, 2017

     The above-entitled matter came on for hearing,
pursuant to notice, at 9:10 a.m.


COPY

Diversified Reporting Services, Inc.
(202) 467-9200

RECEIVED

JUN 07 2017


SEC San Francisco

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )   COPY
                           ) File No. SF-04030-A
THERANOS, INC.             )

WITNESS:  Nimesh Jhaveri
PAGES:    1 through 94
PLACE:    Securities and Exchange Commission
          44 Montgomery Street, Suite 2800
          San Francisco, California 94104
DATE:     Tuesday, May 23, 2017

    The above entitled matter came on for hearing,
pursuant to notice, at 12:56 p.m.

Diversified Reporting Services, Inc.
(202) 467-9200