# EXHIBIT E



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
44 Montgomery Street
SUITE 2800
SAN FRANCISCO, CALIFORNIA 94104**

DIRECT DIAL: (415) 705-2500
FAX NUMBER: (415) 705-2501

January 11, 2016

VIA EMAIL
Adam A. Reeves
U.S. Attorney's Office
Deputy Chief, Economic Crimes Section
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Re: <u>Theranos, Inc.; SF-04030</u>

Dear Mr. Reeves:

Your request, by letter dated January 8, 2016, for access to Commission files has been granted, in reliance upon the assurances regarding use and confidentiality set forth in your letter. The Commission makes no recommendation with respect to investigation or prosecution by your agency. In addition, unless and until this matter is closed, the Commission continues to have an interest and will take such further investigatory or other steps, as it considers necessary in the discharge of its duties and responsibilities.

We will identify any information disclosed to you that is subject to the Right to Financial Privacy Act of 1978 [12 U.S.C. 3401-22] (RFPA). If we disclose "financial records" of a "customer" to another federal agency, the customer generally must be notified of the disclosure within 14 days. This notice is not required when we disclose to: (i) federal financial institution supervisory agencies or the Commodity Futures Trading Commission pursuant to Section 1112(e) of the RFPA [12 U.S.C. 3412(e)]; the Criminal Investigative Division of the Internal Revenue Service for criminal investigative purposes relating to money laundering or other financial crimes pursuant to Section 1112(f) of the RFPA [12 U.S.C. 3412(f)]; the Department of Justice pursuant to Section 21(h) of the Securities Exchange Act of 1934 [15 U.S.C. 78u(h)]; or any person other than a federal agency.

US-MISC-000029

Adam A. Reeves
January 11, 2016
Page 2

      The files to which access has been granted are being retained by the San Francisco Regional Office of the Commission. Your representative should contact Jessica Chan at (415) 705-2451 to make arrangements to review the files. I would also appreciate it if you would inform this person in the event that your agency institutes public proceedings based upon information that you obtain as a result of this grant of access.

      Very truly yours,

      *[signature]*

      Monique C. Winkler
      Associate Regional Director

FD-1057 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Request to Open Investigation     **Date:** 03/24/2016

**CC:** SF-C11 (OST)

**From:** SAN FRANCISCO
    **Contact:** Mario C. Scussel, 415-553-7564

**Approved By:** SSA David M. Brown

**Drafted By:** Mario C. Scussel

**Case ID #:** 318A-SF-7315857     (U) THERANOS, INC.
                                             CORPORATE FRAUD

**Synopsis:** (U) To request opening and assignment of Corporate Fraud investigation.

**Full Investigation Initiated:** 03/24/2016

**Details:**

On November 9, 2015, the Chicago Field Office opened an investigation on Theranos, Inc. as a result of Wall Street Journal articles and United States Attorney's Office interest in investigating Theranos for possible fraud against its investors, namely Walgreens, which is located in Deerfield, Illinois.

In 2013 Walgreens partnered with Theranos in around late 2013 to provide blood-testing services in Walgreens clinics in California and Arizona. Based on information from former employees, internal Theranos e-mail messages, and other sources, The Wall Street Journal writers allege Theranos obtained laboratory certification to test blood from the Centers for Medicare and Medicaid Services by using different equipment than Theranos routinely used for testing samples for Walgreens' customers.

Since Chicago approached Walgreens representatives on November 18,

UNCLASSIFIED

FBI-0000010

UNCLASSIFIED

Title:  (U) Request to Open Investigation
Re:   318A-SF-7315857, 03/24/2016

2015, Walgreens retained outside counsel and former AUSA Dan Collins. Collins advised AUSA Trivedi that Walgreens and Theranos previously agreed by contract to notify each other of any contact with law enforcement to include notification of receipt of a subpoena.  Collins initially advised it would take Walgreens some time to examine internal email records because their email searching system was limited in capability.  Collins requested specific names of individuals for which to search.  Names of several executives and individuals mentioned in news articles were supplied by FBI, but Walgreens did not produce any information and indicated that Walgreens would not voluntarily cooperate with this investigation.

   Chicago later learned that the SEC is actively investigating this case in San Francisco and has issued subpoenas to Theranos and Walgreens.  The SEC is also receiving information from a Theranos insider who is located in the Northern District of California.

   Due to the open SEC investigation in the Northern District of California, Walgreens' reluctance to voluntarily participate in this investigation as a victim, and the cooperation of the Theranos insider, the Chicago Division determined that investigation of this matter should be lead by the San Francisco Division.  On March 17, 2016 Chicago closed their investigation for reopening by the San Francisco Field Office.

   This matter has been opened by the San Francisco office of the SEC, the United States Postal Service (USPS), and the United States Attorney's Office - Northern District of California.  This investigation will be worked in parallel with the SEC and USPS.  The opening of this investigation has been approved by SSA Paul F. Roberts Jr. in the Complex Financial Crimes Unit.  Accordingly it is requested that this case be opened by the San Francisco Field Office, Squad C-11 and assigned to SA Cameron Purves with SA Mario C. Scussel, Squad C-4, as co-case agent.

UNCLASSIFIED

2

FBI-0000011

**UNCLASSIFIED**

Title:  (U) Request to Open Investigation
Re:   318A-SF-7315857, 03/24/2016

♦♦