# EXHIBIT V

HIGHLY CONFIDENTIAL

Page 1

1  ADMIRAL GARY ROUGHEAD

2  IN THE COURT OF CHANCERY

3  OF THE STATE OF DELAWARE

4  PARTNER INVESTMENTS, L.P., a         )
5  Delaware limited partnership;        )
6  PFM HEALTHCARE MASTER FUND, L.P.,    )
7  a Cayman Islands limited             )
8  partnership; and PFM HEALTHCARE      )
9  PRINCIPALS FUND, L.P., a             )
10 Delaware limited partnership,        )
11           Plaintiffs,       )Case No.
12     vs.                     )12816-VCL
13 THERANOS, INC., a Delaware           )
14 corporation; ELIZABETH HOLMES,       )
15 an individual; RAMESH BALWANI,       )
16 an individual; and DOES 1-10,        )
17           Defendants.       )

18

19           HIGHLY CONFIDENTIAL

20

21   VIDEOTAPED DEPOSITION OF ADMIRAL GARY ROUGHEAD
22              Arlington, VA
23              March 24, 2017
24 REPORTED BY:  Tina Alfaro, RPR, CRR, RMR, CLR
25 JOB NO. 121072

Page 1

1   IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
2

    PARTNER INVESTMENTS, L.P., a
3   Delaware limited partnership,
    PFM HEALTHCARE MASTER FUND,
4   L.P., a Cayman Islands limited
    partnership, and PFM HEALTHCARE
5   PRINCIPALS FUND, L.P., a
    Delaware limited partnership,
6
              Plaintiff,
7
    vs.                                 Case No. 12816-VCL
8
9   THERANOS, INC., a Delaware
    corporation, ELIZABETH HOLMES,
10  an individual, RAMESH BALWANI,
    an individual, and DOES 1-10,
11
              Defendants.
12  _____/
13
14              ** CONFIDENTIAL **
15           VIDEOTAPED DEPOSITION OF
16         THE HONORABLE GEORGE P. SHULTZ
17            San Francisco, California
18              Tuesday, April 4, 2017
19
20
21
22  Reported by:
23  LORRIE L. MARCHANT, CSR No. 10523
              RMR, CRR, CCRR, CRC
24
25  Job No. 121073

HIGHLY CONFIDENTIAL

Page 1

1   IN THE COURT OF THE CHANCERY IN THE STATE OF DELAWARE
2   PARTNER INVESTMENTS, L.P., a            )
3   Delaware limited partnership, PFM       ) Case No.
4   HEALTHCARE MASTER FUND, L.P., a         ) 12816-VCL
5   Cayman Islands limited partnership,     )
6   and PFM HEALTHCARE PRINCIPALS FUND,     )
7   L.P., a Delaware limited                )
8   partnership,                            )    **HIGHLY
9           Plaintiffs,                     )    CONFIDENTIAL**
10               vs.                        )
11  THERANOS, INC., a Delaware              )
12  corporation, ELIZABETH HOLMES, an       )
13  individual, RAMESH BALWANI, an          )
14  individual, and DOES 1-10,              )
15          Defendants.                     )
16  _____ )
17              **HIGHLY CONFIDENTIAL**
18         VIDEOTAPED DEPOSITION OF ROBERT A. GORDON
19                   April 19, 2017
20
21
22
23
24  REPORTED BY: COLLEEN P. ZEIMANTZ, CSR 345
25  JOB NO: 121998

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

1       CONFIDENTIAL-WILLIAM FRIST, M.D.
2           IN THE COURT OF CHANCERY
3              STATE OF DELAWARE
4                No. 12816-VCL
5   PARTNER INVESTMENTS,
    L.P., a Delaware limited partnership,
6   PFM HEALTHCARE MASTER
    FUND, L.P., a Cayman Islands
7   limited partnership, and PFM
    HEALTHCARE PRINCIPALS
8   FUND, L.P., a Delaware
    limited partnership,
9
10                  Plaintiffs,
11  vs.
12  THERANOS, INC., a Delaware corporation,
    ELIZABETH HOLMES, an
13  individual, RAMESH BALWANI,
    an individual and DOES 1-10,
14
15                  Defendants.
16  _____X
17
18      *CONFIDENTIAL-UNDER PROTECTIVE ORDER*
19          VIDEOTAPED DEPOSITION OF
20      SENATOR WILLIAM H. FRIST, M.D.
21            Nashville, Tennessee
22          Thursday, April 20, 2017
23
24  Reported by: RANDI GARCIA
25  Job No. 121075

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

PARTNER INVESTMENTS,           )
L.P., a Delaware limited       )
partnership, PFM               )
HEALTHCARE MASTER FUND,        )
L.P., a Cayman Islands         )
limited partnership, and       )
PFM HEALTHCARE PRINCIPALS      )
FUND, L.P., a Delaware         )
limited partnership,           )
                               )
    Plaintiffs,              )
                               )
      vs.                    ) No. 12816-VCL
                               )
THERANOS, INC., a              )
Delaware corporation,          )
ELIZABETH HOLMES, an           )
individual, RAMESH             )
BALWANI, an individual,        )
and DOES 1-10,                 )
                               )
    Defendants.              )
_____  )

**CONFIDENTIAL**

VIDEOTAPED DEPOSITION OF NIMESH JHAVERI
Chicago, Illinois
Wednesday, April 26, 2017

Reported by:
PAULA CAMPBELL, CSR, RDR, CRR, CRC
JOB NO. 123308

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ROBERT COLMAN and HILARY
     TAUBMAN-DYE, et al.,
 5
                 Plaintiffs,
 6
          vs.                        Case No. 5:16-cv-06822-NC
 7
     THERANOS, INC., ELIZABETH
 8   HOLMES, RAMESH BALWANI, et
     al.,
 9
                 Defendants.
10   _____

11

12

13      VIDEO DEPOSITION OF CHANNING REX ROBERTSON

14                       Volume I

15                    May 14, 2018

16                     10:03 a.m.

17

18           715 Hearst Avenue, Suite 202

19                 Berkeley, California

20

21

22   Reported by:

23   QUYEN N. DO

24   CSR No. 12447

25
```

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3


 4   ROBERT COLMAN and HILARY
     TAUBMAN-DYE, et al.,
 5
                Plaintiffs,
 6
         vs.                          Case No. 5:16-cv-06822-NC
 7
     THERANOS, INC., ELIZABETH
 8   HOLMES, RAMESH BALWANI, et
     al.,
 9
                Defendants.
10   _____

11

12

13                      CONFIDENTIAL

14     VIDEO DEPOSITION OF RICHARD MARCO KOVACEVICH

15                       Volume I

16                     May 24, 2018

17                      8:40 a.m.

18

19           715 Hearst Avenue, Suite 202

20                 Berkeley, California

21

22

23   Reported by:

24   QUYEN N. DO

25   CSR No. 12447
```

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ARIZONA
 2

 3   IN RE:                          ) Number
                                     ) 2:16-cv-2138-HRH
 4                                   ) Consolidated with
     ARIZONA THERANOS, INC.,         ) 2:16-cv-2373-HRH
 5   LITIGATION                      ) 2:16-cv-2660-HRH
                                     ) 2:16-cv-2775-HRH
 6   _____  ) 2:16-cv-3599-HRH

 7

 8         VIDEOTAPED DEPOSITION OF DAN DOYLE

 9                  Chicago, Illinois

10                   April 17, 2019

11

12

13   Reported by:

14   Donna M. Kazaitis, CSR, RPR, CRR
     IL-CSR No. 084-003145
15   Job No.:  10054262

16

17

18

19

20

21

22

23

24

25
```

**Confidential**

Nimesh Jhaveri                                     In re Arizona Theranos, Inc. Litigation

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ARIZONA

 3

 4    IN RE:                           )
                                       )  Civil Action
 5    THERANOS INC., LITIGATION        )  No. 2:16-cv-2138-HRH
      _____)
 6

 7                      ***CONFIDENTIAL***

 8         VIDEOTAPED DEPOSITION OF NIMESH JHAVERI

 9                     Chicago, Illinois

10                      April 23, 2019

11

12

13   Reported by:

14   Donna M. Kazaitis, CSR, RPR, CRR
     IL-CSR No. 084-003145
15   Job No.:  10053903
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ARIZONA

 3

 4     _____
                                      )   Number
 5     IN RE:                         )   2:16-cv-2138-HRH
                                      )   Consolidated with
 6                                    )   2:16-cv-2373-HRH
       ARIZONA THERANOS, INC.,        )   2:16-cv-2660-HRH
 7     LITIGATION                     )   2:16-cv-2775-HRH
       _____)   2:16-cv-3599-HRH
 8

 9

10                    ** CONFIDENTIAL **

11

12              VIDEOTAPED DEPOSITION OF

13                  KIMBERLY ROMANSKI

14                   Chicago, Illinois

15                 Friday, May 3, 2019

16

17

18

19

20

21

22    Reported by:

23    Janice M. Kocek, CSR, CLR

24    IL-CSR No. 084-002871

25    Job No.: 10053916
```

Dr. Jay Rosan      **Confidential**      In re Arizona Theranos, Inc. Litigation

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF ARIZONA

 3           CIVIL ACTION NO. 2:16-cv-2138-HRH

 4                        -  -  -

 5
                                      :
 6   IN RE ARIZONA THERANOS, INC.:
     LITIGATION                       :
 7
                           -  -  -
 8                   ***CONFIDENTIAL***

 9         Videotaped deposition of DR. JAY ROSAN,

10   taken pursuant to notice, held in the LAW OFFICES

11   OF DUANE MORRIS, LLP, 30 South 17th Street,

12   Philadelphia, Pennsylvania, on Thursday, May 16,

13   2019, beginning at approximately 10:20 a.m.,

14   before Robin A. Vance, a Certified Court Reporter

15   and Notary Public for the states of New Jersey,

16   Pennsylvania and Delaware.

17                        -  -  -

18

19

20

21

22   Reported By:

23   Robin A. Vance, CCR

24   CCR-NJ License No. XI 02131

25   Job No. 10054876
```

Page 1

www.aptusCR.com

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ARIZONA

 3

 4    IN RE:                          )
                                      )  Civil Action
 5    THERANOS INC., LITIGATION       )  No. 2:16-cv-2138-HRH
      _____)
 6

 7

 8

 9

10

11                     ***CONFIDENTIAL***

12        VIDEOTAPED DEPOSITION OF GREGORY WASSON

13                    Chicago, Illinois

14                     July 18, 2019

15

16

17

18

19

20

21

22

23   Reported By:
     Donna M. Kazaitis, CSR, RPR, CRR
24   IL-CSR No. 084-003145

25   Job No.:  10058141
```

**Confidential**

Wade Miquelon                                              In re Arizona Theranos, Inc. Litigation

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ARIZONA

 3    IN RE:                          )

 4                                    )  Civil Action No.

 5    THERANOS INC.,                  )  No. 2:16-cv-2138-HRH

 6    LITIGATION,                     )

 7

 8

 9                  *** CONFIDENTIAL ***

10

11        VIDEOTAPED DEPOSITION OF WADE MIQUELON

12                    August 9, 2019

13                  Chicago, Illinois

14

15

16

17

18

19

20

21

22

23   REPORTED BY:
     Sheri E. Liss,
24   CSR, RPR, CRR, CLR

25   JOB NO. 10057960
```

                                                                    **Page 1**

www.aptusCR.com