JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **MS. HOLMES' JOINDER TO MR. BALWANI'S MOTION TO DISMISS SECOND & THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Date: October 6, 2020 |
| Defendants. | Time: 10:00 AM |
| | CTRM: 4, 5th Floor |
| | Hon. Edward J. Davila |

Ms. Holmes joins Defendant Balwani's Motion to Dismiss the Second and Third Superseding Indictments Based on Pre-Indictment Delay, (ECF No. 493).

1 | DATED: August 28, 2020

2 | /s/ Amy Mason Saharia
KEVIN DOWNEY
3 | LANCE WADE
AMY MASON SAHARIA
4 | KATHERINE TREFZ
Attorneys for Elizabeth Holmes
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MS. HOLMES' JOINDER TO MR. BALWANI'S MOTION TO DISMISS SECOND & THIRD
SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY
CR-18-00258-EJD

1

## **<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on August 28, 2020, a copy of this filing was delivered via ECF on all

3 counsel of record.

4                                                                     /s/ Amy Mason Saharia
                                                                      AMY MASON SAHARIA
5                                                                     Attorney for Elizabeth Holmes

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 MS. HOLMES' JOINDER TO MR. BALWANI'S MOTION TO DISMISS SECOND & THIRD
SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY
CR-18-00258-EJD