1   JOHN D. CLINE (CA State Bar No. 237759)
    50 California Street, Suite 1500
2   San Francisco, CA 94111
    Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3   Email: cline@johndclinelaw.com

4   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
    LANCE A. WADE (Admitted Pro Hac Vice)
5   AMY MASON SAHARIA (Admitted Pro Hac Vice)
    KATHERINE TREFZ (CA State Bar No. 262770)
6   WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
7   Washington, DC 20005
    Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9   Attorneys for Defendant ELIZABETH A. HOLMES

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                               SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,          )  Case No. CR-18-00258-EJD
                                       )
16        Plaintiff,                   )  **DECLARATION OF AMY MASON SAHARIA**
                                       )  **IN SUPPORT OF MOTION TO DISMISS**
17     v.                              )  **SECOND AND THIRD SUPERSEDING**
                                       )  **INDICTMENTS IN PART FOR LACK OF**
18  ELIZABETH HOLMES and               )  **NOTICE OR, IN THE ALTERNATIVE, FOR A**
    RAMESH "SUNNY" BALWANI,            )  **BILL OF PARTICULARS**
                                       )
19        Defendants.                  )
                                       )  Hon. Edward J. Davila
20                                     )
                                       )
21  _____  )

22

23        I, AMY MASON SAHARIA, declare as follows:

24        1.      I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice*

25  in the above-captioned matter.  I submit this declaration in support of Ms. Holmes' Motion to Dismiss

26  Second and Third Superseding Indictments in Part for Lack of Notice Or, In the Alternative, A Bill of

27  Particulars ("Motion").  I attest to the following facts upon which the motion relies.

28  DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MOTION TO DISMISS SECOND AND
    THIRD SUPERSEDING INDICTMENTS IN PART FOR LACK OF NOTICE OR, IN THE ALTERNATIVE,
    FOR A BILL OF PARTICULARS
    CR-18-00258 EJD                              1

1    2.      Attached to the motion are five exhibits.  The content of the exhibits are as follows:

2              a.      Exhibit A is a true and correct copy of a March 6, 2020, letter from Assistant

3    United States Attorney John Bostic providing notice of evidence the government intends to introduce at

4    trial pursuant to Federal Rule of Evidence 404(b).

5              b.      Exhibit B is a true and correct copy of an April 24, 2020, letter from Lance Wade

6    to government counsel concerning the allegations in the government's draft Superseding Information.

7              c.      Exhibit C is a true and correct copy of a May 4, 2020, email from Assistant

8    United States Attorney Robert Leach to Lance Wade.

9              d.      Exhibit D is a true and correct copy of an August 21, 2020, email from Assistant

10   United States Attorney Robert Leach to Lance Wade.

11             e.      Exhibit E is a true and correct copy of the government's draft Superseding

12   Information provided to defense counsel by Assistant United States Attorney Robert Leach on April 13,

13   2020.

14        I declare under penalty of perjury under the laws of the United States that the foregoing is true

15   and correct to the best of my knowledge.

16

17        Executed this 28th day of August, 2020 in Chevy Chase, MD.

18

19

20        AMY MASON SAHARIA
          Attorney for Elizabeth Holmes

21

22

23

24

25

26

27

28   DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MOTION TO DISMISS SECOND AND
     THIRD SUPERSEDING INDICTMENTS IN PART FOR LACK OF NOTICE OR, IN THE ALTERNATIVE,
     FOR A BILL OF PARTICULARS
     CR-18-00258 EJD                         2