JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS IN PART FOR LACK OF NOTICE**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS IN PART FOR LACK OF NOTICE
CR-18-00258-EJD

This **CAUSE** having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Dismiss the Second and Third Superseding Indictments In Part For Lack of Notice. After due consideration of the filings, the governing law, and the argument of the parties:

**IT IS HEREBY ORDERED** that Ms. Holmes' motion is **GRANTED**, and that Counts One and Three through Eight of the Second and Third Superseding Indictments are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

                              _____
                              Hon. Edward J. Davila
                              United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS IN PART FOR LACK OF NOTICE
CR-18-00258 EJD