JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, </br></br> Defendants. | Case No. CR-18-00258-EJD </br></br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS AS TIME-BARRED COUNTS THREE THROUGH EIGHT AND TEN OF THE SECOND SUPERSEDING INDICTMENT AND COUNTS THREE THROUGH EIGHT, TEN, AND ELEVEN OF THE THIRD SUPERSEDING INDICTMENT** </br></br> Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AS TIME-BARRED COUNTS THREE
THROUGH EIGHT AND TEN OF THE SECOND SUPERSEDING INDICTMENT AND COUNTS THREE
THROUGH EIGHT, TEN, AND ELEVEN OF THE THIRD SUPERSEDING INDICTMENT
CR-18-00258-EJD

This **CAUSE** having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Dismiss as Time-Barred Counts Three Through Eight and Ten of the Second Superseding Indictment and Counts Three Through Eight, Ten and Eleven of the Third Superseding Indictment. After due consideration of the filings, the governing law, and the argument of the parties:

**IT IS HEREBY ORDERED** that Ms. Holmes' motion is **GRANTED**, and that Counts Three Through Eight and Ten of the Second Superseding Indictment and Counts Three Through Eight, Ten and Eleven of the Third Superseding Indictment are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AS TIME-BARRED COUNTS THREE THROUGH EIGHT AND TEN OF THE SECOND SUPERSEDING INDICTMENT AND COUNTS THREE THROUGH EIGHT, TEN, AND ELEVEN OF THE THIRD SUPERSEDING INDICTMENT
CR-18-00258 EJD

1