JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and <br> RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS IN PART COUNTS TWO AND NINE THROUGH ELEVEN OF SECOND SUPERSEDING INDICTMENT AND COUNTS TWO AND NINE THROUGH TWELVE OF THIRD SUPERSEDING INDICTMENT** <br><br> Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS IN PART COUNTS TWO AND NINE
THROUGH ELEVEN OF SECOND SUPERSEDING INDICTMENT AND COUNTS TWO AND NINE
THROUGH TWELVE OF THIRD SUPERSEDING INDICTMENT
CR-18-00258-EJD

1   This **CAUSE** having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2   Dismiss In Part Counts Two and Nine through Eleven of the Second Superseding Indictment and Counts
3   Two and Nine through Twelve of the Third Superseding Indictment.  After due consideration of the
4   filings, the governing law, and the argument of the parties:

5   **IT IS HEREBY ORDERED** that Ms. Holmes' motion is **GRANTED,** and that Counts Two
6   and Nine through Eleven of the Second Superseding Indictment and Counts Two and Nine through
7   Twelve of the Third Superseding Indictment are **DISMISSED** insofar as they allege a scheme to
8   defraud and/or deceive doctors.

10   **IT IS SO ORDERED.**

12   Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS IN PART COUNTS TWO AND NINE
THROUGH ELEVEN OF SECOND SUPERSEDING INDICTMENT AND COUNTS TWO AND NINE
THROUGH TWELVE OF THIRD SUPERSEDING INDICTMENT
CR-18-00258 EJD

1