1  JEFFREY B. COOPERSMITH (SBN 252819)
   WALTER F. BROWN (SBN 130248)
2  MELINDA HAAG (SBN 132612)
   RANDALL S. LUSKEY (SBN 240915)
3  STEPHEN A. CAZARES (SBN 201864)

4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759

7
   Email: jcoopersmith@orrick.com; wbrown@orrick.com;
8         mhaag@orrick.com; rluskey@orrick.com;
          scazares@orrick.com
9

10 Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
11

12                     UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16 UNITED STATES OF AMERICA,              Case No. CR-18-00258-EJD

17              Plaintiff,                **DEFENDANT RAMESH "SUNNY"
                                          BALWANI'S JOINDER IN MS.
18        v.                              HOLMES' MOTION TO DISMISS AS
                                          DUPLICITOUS COUNTS ONE AND
19 ELIZABETH HOLMES and RAMESH            THREE THROUGH EIGHT OF THE
   "SUNNY" BALWANI,                       SECOND AND THIRD SUPERSEDING
20                                        INDICTMENTS**
              Defendants.
21
                                          **Date:     October 6, 2020**
22                                        **Time:     10:00 a.m.**
                                          **CTRM: 4, 5th Floor**
23
                                          **Hon. Edward J. Davila**
24

25        Defendant Ramesh Balwani joins in the Motion to Dismiss as Duplicitous Counts One

26 and Three Through Eight of the Second and Third Superseding Indictments filed by Defendant

27 Elizabeth Holmes (Dkt. No. 497).

28

4152-3583-6199

1    DATED: August 28, 2020                     Respectfully submitted,

2                                               ORRICK HERRINGTON & SUTCLIFFE LLP

3
                                                By:   */s/ Jeffrey B. Coopersmith*
4                                                     Jeffrey B. Coopersmith

5                                                     Attorney for Defendant
                                                      RAMESH BALWANI
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                     DEFENDANT'S JOINDER IN MOTION
                                                     CASE NO. CR-18-00258-EJD-SVK

4152-3583-6199