JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S JOINDER IN MS. HOLMES' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS**<br><br>Date:   October 6, 2020<br>Time:   10:00 a.m.<br>CTRM: 4, 5th Floor<br><br>Hon. Edward J. Davila |

Defendant Ramesh Balwani joins in the Motion to Dismiss Second and Third Superseding Indictments and, in the Alternative, for a Bill of Particulars filed by Defendant Elizabeth Holmes (Dkt. No. 500).

| | | |
|---|---|---|
| 1 | DATED: August 28, 2020 | Respectfully submitted, |
| 2 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 4 | | By: */s/ Jeffrey B. Coopersmith*<br>Jeffrey B. Coopersmith |
| 5 | | Attorney for Defendant<br>RAMESH BALWANI |