UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-18-00258-EJD |
| PLAINTIFF, | ) | |
| | ) | SAN JOSE, CALIFORNIA |
| VS. | ) | |
| | ) | AUGUST 11, 2020 |
| ELIZABETH A. HOLMES AND | ) | |
| RAMESH SUNNY BALWANI, | ) | PAGES 1 - 16 |
| | ) | |
| DEFENDANTS. | ) | |
| ______________________________ | ) | |

TRANSCRIPT OF ZOOM PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S BY ZOOM:

FOR THE PLAINTIFF: UNITED STATES ATTORNEY'S OFFICE
BY: JOHN C. BOSTIC
JEFFREY B. SCHENK
150 ALMADEN BOULEVARD, SUITE 900
SAN JOSE, CALIFORNIA 95113

BY: ROBERT S. LEACH
VANESSA BAEHR-JONES
1301 CLAY STREET, SUITE 340S
OAKLAND, CALIFORNIA 94612

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
IRENE L. RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S BY ZOOM: (CONT'D)

FOR DEFENDANT HOLMES: WILLIAMS & CONNOLLY LLP
BY: KEVIN M. DOWNEY
LANCE A. WADE
KATHERINE A. TREFZ
AMY M. SAHARIA
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

FOR DEFENDANT BALWANI: ORRICK, HERRINGTON & SUTCLIFFE LLP
BY: JEFFREY COOPERSMITH
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104

BY: STEPHEN A. CAZARES
77 SOUTH FIGUEROA STREET, SUITE 3200
LOS ANGELES, CALIFORNIA 90017

SAN JOSE, CALIFORNIA AUGUST 11, 2020

P R O C E E D I N G S

(COURT CONVENED AT 10:09 A.M.)

THE COURT: THANK YOU. GOOD MORNING. LET'S CALL 18-258. THIS IS UNITED STATES VERSUS HOLMES AND BALWANI.

THANK YOU, MS. KRATZMANN, FOR SIGNING EVERYBODY IN.

THIS IS A VIDEO HEARING, A VIDEO CONFERENCE HEARING. I KNOW EVERYONE HAS JUST IDENTIFIED THEMSELVES, BUT WE'RE ON THE RECORD HERE.

LET ME ASK THE PARTIES TO ONCE AGAIN PLEASE STATE YOUR APPEARANCE FOR THE RECORD. WE'LL START WITH THE GOVERNMENT.

WHO APPEARS FOR THE GOVERNMENT?

MR. LEACH: THANK YOU, YOUR HONOR.

ROBERT LEACH ON BEHALF OF THE UNITED STATES.

I'M JOINED BY JEFF SCHENK, JOHN BOSTIC, AND VANESSA BAEHR-JONES.

THE COURT: THANK YOU. GOOD MORNING TO EACH OF YOU.

AND FOR DEFENDANT HOLMES WHO APPEARS?

MR. WADE: GOOD MORNING, YOUR HONOR.

IT'S LANCE WADE FROM WILLIAMS & CONNOLLY ON BEHALF OF MS. HOLMES.

WITH ME THIS MORNING, OR THIS AFTERNOON ON OUR COAST, IS MR. DOWNEY, MS. SAHARIA, AND MS. TREFZ.

I'LL ALSO NOTE THAT MS. HOLMES IS PRESENT AS WELL. AND CONSISTENT WITH PRIOR DIRECTION FROM THE COURT, WE'VE MADE

ARRANGEMENTS TO BE ABLE TO COMMUNICATE WITH HER IN THE EVENT A BRIEF RECESS IS NECESSARY.

THE COURT: THANK YOU. GOOD MORNING TO EACH OF YOU.

LET ME ASK YOU, MR. WADE, DO YOU AND YOUR CLIENT CONSENT TO PROCEEDING BY WAY OF VIDEO CONFERENCING RECOGNIZING THAT YOUR CLIENT DOES HAVE THE RIGHT TO HAVE A PERSONAL APPEARANCE IN THE COURT?

BUT AS I'VE STATED BEFORE, YOU'VE HEARD ME STATE THIS, BECAUSE OF THE COVID CRISIS OUR COURTS HAVE DEVELOPED PROTOCOLS, INCLUDING GENERAL ORDERS, TO MITIGATE THE PRESENCE OF THE PUBLIC FOR THEIR SAFETY AND THE SAFETY OF ALL OF THE LITIGANTS.

RECOGNIZING THAT, DO YOU AGREE TO PROCEED BY WAY OF THIS VIDEO CONFERENCE?

MR. WADE: WE DO CONSENT TO APPEARANCE IN THIS MANNER, YOUR HONOR.

THE COURT: THANK YOU. THANK YOU VERY MUCH.

AND FOR DEFENDANT BALWANI?

MR. COOPERSMITH: GOOD MORNING, YOUR HONOR. THIS IS JEFF COOPERSMITH FROM ORRICK, HERRINGTON & SUTCLIFFE FOR MR. BALWANI.

AND I'M JOINED WITH STEPHEN CAZARES ON THE VIDEO.

AND MR. BALWANI IS ALSO PRESENT.

AS MR. WADE NOTED, WE CAN REACH MR. BALWANI SEPARATELY ON A SEPARATE LINE IF THAT IS EVER NECESSARY.

THE COURT: THANK YOU. AND DOES YOUR CLIENT ALSO CONSENT TO PROCEEDING BY WAY OF A VIDEO CONFERENCE THIS MORNING?

MR. COOPERSMITH: YES, YOUR HONOR.

THE COURT: THANK YOU. MR. COOPERSMITH, I'M GOING TO ASK YOU IF IT'S AT ALL POSSIBLE FOR YOU TO MOVE YOUR DEVICE CLOSER TO YOU BY THE MICROPHONE. THAT MIGHT BENEFIT THE COURT REPORTER.

ALL RIGHT. THANK YOU.

MR. COOPERSMITH: YES, YOUR HONOR, I'LL DO THAT.

THE COURT: GREAT. THANK YOU.

SO WE SET TODAY'S HEARING AS ANOTHER STATUS CONFERENCE IN REGARDS TO OUR LAST HEARING AND MY THOUGHTS ABOUT THE TRIAL IN THIS MATTER.

I HAVE RECEIVED YOUR DOCUMENT 482, WHICH IS YOUR JOINT STATUS REPORT. THANK YOU FOR YOUR EFFORTS IN PUTTING THAT TOGETHER AND FOR MEETING AND CONFERRING AND COMING UP WITH DATES. I APPRECIATE IT.

I APPRECIATE YOUR EFFORTS TO MEET TO, AS I SAID BEFORE, ADVANCE THE TRIAL AS BEST WE CAN, GIVEN THE CURRENT PANDEMIC SITUATION.

THE TRIAL DATE IS ONE THING THAT WE'RE TRYING TO JUGGLE AND CAPTURE FOR YOU, BUT THE WORK BEHIND THE TRIAL AS YOU ALL KNOW, AND YOU'RE EXPERIENCED LITIGATORS, THAT'S REALLY WHERE THE MEAT OF THE CASE IS, ISN'T IT, WITH THE WORK BEFORE. AND

10:13AM THIS SCHEDULE THAT YOU'VE PRESENTED IS A GOOD SCHEDULE.

10:13AM I SHOULD TELL I KNOW THAT YOU TOOK NO PRIDE IN AUTHORSHIP. 10:13AM YOU OFFERED IT TO THE COURT SUGGESTING THAT THE COURT LOOK AT 10:13AM IT AND MAKE SOME CHANGES. AND I'VE DONE THAT. BUT I WANTED TO 10:13AM THANK YOU IN ADVANCE FOR GIVING ME AT LEAST THE INITIAL 10:13AM SCHEDULE FROM WHICH I COULD WORK.

10:13AM SO WHAT I WANT TO DO IS TO -- FOR PURPOSES OF THIS 10:13AM MORNING, OF COURSE YOU'LL RECEIVE AN ORDER, YOU'LL RECEIVE A 10:13AM HARD COPY OR AT LEAST AN ELECTRONIC COPY AS WE POST IT, BUT I 10:13AM DO WANT TO GO OVER THE DATES.

10:13AM THERE ARE SOME DATES THAT I'M GOING TO CHANGE, AND 10:13AM CANDIDLY, IT MOVES THINGS UP ABOUT A WEEK OR TWO.

10:14AM I DON'T THINK -- FROM MY PERSPECTIVE IT'S NOT DRAMATIC. 10:14AM FROM YOUR PERSPECTIVE WITH THE EXCELLENT TEAMS THAT BOTH SIDES 10:14AM HAVE PUT TOGETHER HERE, I THINK IT'S SOMETHING THAT, IT'S 10:14AM SOMETHING THAT YOU CAN ACCOMPLISH WITH THE SAME EXCELLENCE THAT 10:14AM YOU'VE PRESENTED IN ALL OF THE OTHER ENDEAVORS IN THIS CASE.

10:14AM SO LET ME TELL YOU THAT JUST GOING DOWN YOUR LIST, AND 10:14AM LET'S START WITH -- OF COURSE YOU KNOW THAT NEXT MONDAY'S 10:14AM HEARING DATE REGARDING YOUR MOTION HAS BEEN VACATED. THAT'S 10:14AM UNDER SUBMISSION, AND I'LL GET AN ORDER OUT TO YOU SOON ON 10:14AM THAT.

10:14AM SO WE'LL VACATE THE MONDAY, AUGUST 17TH HEARING DATE.

10:14AM THE NEXT EVENT WOULD BE THE PRETRIAL MOTIONS, YOUR 12(B) 10:14AM MOTIONS, AND I'M GOING TO MOVE THAT, THAT IS, THE DATES TO BE

10:14AM FILED TO FRIDAY, AUGUST 28TH.

10:15AM BUT LET ME ASK A QUESTION, DO YOU -- A QUESTION THAT WE WERE DISCUSSING IN CHAMBERS, CANDIDLY, WAS, GEE, I WONDER HOW MANY MOTIONS THERE ARE GOING TO BE.

10:15AM NOW, I KNOW YOU CAN'T GIVE ME A NUMBER TODAY PERHAPS, AND I CERTAINLY WOULDN'T HOLD YOU TO IT, BUT THAT IS A QUESTION, HOW MANY OF THESE MOTIONS, 12(B) MOTIONS CAN WE ANTICIPATE?

10:15AM AND I DON'T KNOW, MR. WADE, IF IT'S FAIR TO ASK YOU TO COMMENT, YOU OR MR. DOWNEY ON THAT, OTHER THAN TO SAY YOU'LL DO WHAT YOU NEED TO DO TO SUPPORT YOUR CLIENT'S INTEREST IN THE CASE. I RECOGNIZE THAT.

10:15AM BUT -- GO AHEAD.

10:15AM MR. WADE: YES. THANK YOU. THANK YOU, YOUR HONOR. I THINK WE NOTED IN A PREVIOUS HEARING WE EXPECT IN THE NEIGHBORHOOD OF FOUR TO SIX MOTIONS.

10:15AM OBVIOUSLY UNTIL YOU WRITE THEM AND COMPLETE ALL OF THE RESEARCH, YOU NEVER KNOW FOR CERTAIN WHETHER YOU'LL FILE IT, BUT WE ANTICIPATE FOUR TO SIX MOTIONS.

10:16AM THE COURT: OKAY. THANK YOU FOR THAT. I APPRECIATE THAT.

10:16AM NEXT, GOING DOWN ON THE SCHEDULE THE GOVERNMENT TO SERVE ANY SUPPLEMENT TO 404(B) AND EXPERT DISCLOSURES. I AM NOT GOING TO -- LET'S SEE, THAT SHOULD BE MONDAY, SEPTEMBER 14TH.

10:16AM THE RESPONSES TO THE 12(B)'S IS SOMETHING THAT I HAVE MOVED, AND I'VE MOVED THAT TO SEPTEMBER 20TH, MR. LEACH,

SEPTEMBER 20, AND THAT WOULD BE RESPONSES TO THE 12(B) MOTIONS.

DEFENDANTS SERVE WITNESS AND EXHIBIT LISTS FOR THE CASE-IN-CHIEF IS SEPTEMBER 29.

DEFENDANTS SERVING RULE 16 SUMMARY FOR EACH EXPERT WITNESS FOR CASE-IN-CHIEF IS OCTOBER 6TH, TUESDAY, OCTOBER 6TH.

THE NEXT REAL CHANGE IS THE REPLIES FOR THE 12(B) MOTIONS, AND THAT WILL BE FRIDAY, OCTOBER 2ND, FRIDAY, OCTOBER 2ND.

I'M HOPING THAT WE CAN DO HEARINGS ON THE 12(B) MOTIONS ON TUESDAY, OCTOBER 6TH.

THE GOVERNMENT SHALL SERVE RULE 16 SUMMARIES FOR EXPERT WITNESS AND REBUTTAL TO DEFENSE EXPERTS ON OCTOBER 27TH.

THE STATUS CONFERENCE REGARDING THE TRIAL DATE, I'M GOING TO MOVE A DAY TO WEDNESDAY -- EXCUSE ME, DECEMBER 2ND, WEDNESDAY, DECEMBER 2ND.

AND, MS. KRATZMANN, WHAT TIME CAN WE, CAN WE HAVE THAT HEARING?

THE CLERK: YOUR HONOR, THAT CAN BE DECEMBER 2ND, WEDNESDAY AT 10:00 A.M.

THE COURT: ALL RIGHT. THANK YOU. LET'S DO THAT, COUNSEL, 10:00 A.M. AGAIN, THAT IS A STATUS CONFERENCE REGARDING TRIAL I'LL CALL IT. AND I'M SETTING THAT SO WE CAN CONTINUE TO MONITOR CONDITIONS AND GET AN UPDATE ON THE GENERAL STATUS OF THINGS.

THE NEXT DATE THAT HAS SOME CHANGE IN IT, AND I NOTE THAT IN THE SCHEDULE THAT YOU'VE PRESENTED, THE WEEK -- EXCUSE ME,

THE MONTH OF NOVEMBER WAS PRETTY VACANT, AND I EXPECT THAT'S FOR HOLIDAY PURPOSES AND ALSO REGROUPING.

WHAT I'M GOING TO DO IS TO SET THE MOTION IN LIMINE AND MOTIONS REGARDING EXPERTS DUE ON FRIDAY, NOVEMBER 20TH. I'D LIKE TO DO THAT.

I'M ANTICIPATING -- AND THIS IS JUST STRATEGIC PLANNING ON MY PART IN THE SPIRIT OF FULL DISCLOSURE. IT MAY BE THAT IT MAKES MORE SENSE TO HAVE OUR MOTION IN LIMINE HEARING A SEPARATE STANDALONE DATE APART FROM OUR PRETRIAL CONFERENCE. I KNOW TYPICALLY THOSE TWO THINGS ARE CONJOINED, WE DO THOSE TOGETHER.

I'M JUST ANTICIPATING IT MIGHT MAKE SCHEDULING SENSE FOR US TO HAVE OUR MIL MOTIONS DONE ON A STANDALONE DATE, AND THAT'S WHY I SET THIS.

RESPONSES TO MOTION IN LIMINES AND MOTIONS REGARDING EXPERTS WOULD BE DUE DECEMBER 18.

AND I KNOW MR. LEACH IS REALLY EAGER TO HAVE ME TO SCHEDULE SOMETHING THROUGH THE DECEMBER HOLIDAY SEASON. BUT, MR. LEACH, I'M GOING TO BACK OFF FROM THAT AND RATHER WE'LL HAVE THE REPLIES FOR THE MOTION IN LIMINES AND EXPERTS, THOSE WILL BE DUE ON FRIDAY, JANUARY 15TH, JANUARY 15TH.

THEN I'D LIKE TO SET THE HEARING, THE STANDALONE HEARING THAT I SPOKE ABOUT FOR THE MOTION IN LIMINES, LET'S DO THAT ON FRIDAY, JANUARY 22ND, FRIDAY, JANUARY 22ND.

MS. KRATZMANN, CAN THAT BE AT 10:00 A.M. PACIFIC TIME?

THE CLERK: YES, YOUR HONOR, THAT CAN BE AT 10:00 A.M.

THE COURT: WE'LL DO THAT.

TUESDAY, FEBRUARY 9TH WILL BE THE DUE DATE FOR THE PRETRIAL CONFERENCE STATEMENT.

AND THEN WE'LL MOVE THE PRETRIAL CONFERENCE. AND I KNOW YOU'RE VERY EAGER TO GET THIS DONE. I KNOW THAT YOU SCHEDULED THIS ON A HOLIDAY, FEBRUARY 15TH.

LET ME TELL YOU, AND I CHECKED WITH STAFF, AND THE PREFERENCE WOULD BE TO DO IT THE FOLLOWING DAY, THE 16TH, PLEASE, SO WE'LL DO IT ON FEBRUARY 16TH, FEBRUARY 16TH.

MS. KRATZMANN, WHAT TIME SHOULD THAT BE?

DO WE HAVE 10:00 A.M. AVAILABLE, TUESDAY?

THE CLERK: JUST ONE MOMENT, YOUR HONOR. I NEED TO SWITCH MY SCREEN.

FEBRUARY 16TH AT 10:00 A.M., YOUR HONOR, IS AVAILABLE.

THE COURT: ALL RIGHT. THANK YOU. 10:00 A.M.

AND JURY SELECTION, AND I KNOW YOU HAD -- AND THANKS FOR YOUR MEMO, YOU SUGGEST TRIAL DATES AND JURY SELECTION DATES. I'M GOING TO SET THE -- I SAY THE TRIAL WILL BEGIN MARCH 9TH, MARCH 9TH. IT BEGINS WITH JURY SELECTION. SO THE JURY SELECTION WILL START MARCH 9TH, MARCH 9TH AT 9:00 A.M.

THE PURPOSE OF THE PRETRIAL CONFERENCE, AS YOU KNOW, IS TO DISCUSS OTHER MATTERS, AND I ANTICIPATE THAT WE WILL AT THE PRETRIAL CONFERENCE DISCUSS WHAT MEASURES BOTH SIDES ARE

ANTICIPATING TO USE FOR THE JURY SELECTION.

AND LET ME JUST BE CLEAR AND NOT OPAQUE. I ANTICIPATE THAT YOU'LL HAVE SOME JURY QUESTIONNAIRES THAT YOU MIGHT PREPARE FOR THIS CASE THAT WILL INCLUDE CERTAIN ISSUES, INCLUDING TIMING ISSUES SO WE CAN APPROPRIATELY TIME SCREEN THE VENIRE AND GET THAT ISSUE OUT OF THE WAY. SO WE'LL DISCUSS HOW THAT WILL WORK.

AS YOU SEE, MARCH 9TH THE TRIAL WILL START WITH THE JURY SELECTION. IT MAY BE THAT THE JURY SELECTION WILL TAKE US A DAY OR TWO OR THREE, THAT IS, TO FRIDAY THE 12TH.

I ANTICIPATE THAT EVIDENCE WILL START ON MARCH 16TH, MARCH 16TH, OR AT LEAST OPENING STATEMENTS WOULD BEGIN MARCH 16TH, TUESDAY, MARCH 16TH.

I TELL YOU THAT IN ADVANCE NOW, IF WE GET A JURY BY 3:00 P.M. ON MARCH 9TH, DO I ASK YOU TO MAKE YOUR OPENING STATEMENTS ON THE 10TH? WELL, WE'LL SEE. THAT'S WHAT THE PRETRIAL CONFERENCE WILL BE.

BUT I'M ANTICIPATING THAT WEEK WE'LL PROBABLY ENGAGE THE PROCESS OF JURY SELECTION SUCH THAT WE CAN START FRESH THE WEEK FOLLOWING.

SO THAT'S THE SCHEDULE THAT I'M GOING TO ADVANCE. YOU'LL -- AS I SAID, I'LL POST THIS SCHEDULE, AND YOU'LL GET A POSTING OF IT, AND YOU'LL HAVE IT ELECTRONICALLY FOR YOU. THAT'S WHAT I WANTED TO ADVANCE FOR YOU NOW.

ANYTHING THAT ANYONE ELSE WANTS TO SAY IN REGARDS TO

MS. HOLMES'S TRIAL? AND I'LL TALK ABOUT MR. BALWANI IN JUST A MOMENT.

MR. LEACH: YOUR HONOR, APART FROM MY DISAPPOINTMENT I HAVE EXTRA TIME OVER THE HOLIDAYS AND I'M NOT WORKING ON THE HOLIDAY IN FEBRUARY, THAT'S FINE WITH THE GOVERNMENT.

THE COURT: ALL RIGHT. THANK YOU, MR. LEACH. I APPRECIATE THAT CONCESSION. THANK YOU.

MR. WADE: WE AGREE WITH THE GOVERNMENT. I THINK THAT'S FAIR AND REASONABLE, YOUR HONOR. THANK YOU.

THE COURT: ALL RIGHT. THANK YOU, MR. WADE.

SO AS TO MR. BALWANI, I'M THINKING THAT WE SHOULD SET A STATUS CONFERENCE FOR MR. BALWANI, MR. COOPERSMITH. I'D LIKE TO DO THAT SOME TIME IN DECEMBER, PLEASE.

MS. KRATZMANN, I THINK IF YOU COULD FIND A DATE, EITHER THE FIRST OR SECOND WEEK. I DON'T WANT TO GO BEYOND THE SECOND WEEK OF DECEMBER FOR THAT PURPOSE.

THE CLERK: YES, YOUR HONOR.

ARE THE PARTIES AVAILABLE DECEMBER 8TH AT 10:00 A.M.? THAT'S A TUESDAY.

MR. COOPERSMITH: YES, YOUR HONOR. ONE QUESTION, THOUGH. I THINK WE HAVE AN AUGUST 31ST CONFERENCE SCHEDULED. IS THAT STILL ON CALENDAR?

THE COURT: THANK YOU FOR THAT. MY INTENT IS TO VACATE THAT.

MR. COOPERSMITH: UNDERSTOOD. YES, YOUR HONOR.

10:25AM MR. LEACH: YOUR HONOR, DECEMBER 8TH IS FINE WITH THE GOVERNMENT.

10:25AM THE COURT: OKAY. LET'S DO THAT.

10:25AM SHOULD THAT BE AT 10:0 A.M., MS. KRATZMANN?

10:25AM THE CLERK: YES, YOUR HONOR, 10:00 A.M.

10:25AM THE COURT: OKAY. ALL RIGHT. THANK YOU. I THINK WE'VE ACCOMPLISHED EVERYTHING WE NEEDED TO DO THIS MORNING.

10:25AM ANYTHING ELSE, MR. COOPERSMITH, MR. CAZARES AN BEHALF OF YOUR CASE, YOUR CLIENT?

10:25AM MR. COOPERSMITH: NO, YOUR HONOR. THANK YOU.

10:25AM THE COURT: ALL RIGHT. THANK YOU.

10:25AM MR. WADE, ANYTHING ELSE ON BEHALF OF YOU OR YOUR TEAM?

10:25AM MR. WADE: NOTHING, YOUR HONOR. THANK YOU.

10:25AM THE COURT: THANK YOU. MR. LEACH, ANYTHING FURTHER?

10:25AM MR. LEACH: YOUR HONOR, IN LIGHT OF THE PREPARATION THAT STILL NEEDS TO TAKE PLACE AND IN LIGHT OF THE LIMITS THAT WE'RE ALL UNDER COVID-19, I THINK IT'S APPROPRIATE TO EXCLUDE TIME FOR EFFECTIVE PREPARATION FOR MS. HOLMES'S THROUGH THE TRIAL DATE THAT THE COURT IS ABOUT TO SET AS WELL AS MR. BALWANI THROUGH THE DECEMBER 8TH HEARING.

10:26AM THE COURT: THANK YOU. AND THE COURT DOES FIND THAT IT IS APPROPRIATE TO EXCLUDE TIME BASED ON THE COURT'S RESETTING OF THE SCHEDULES TO ALLOW FOR EFFECTIVE PREPARATION OF COUNSEL.

10:26AM LET ME ASK, MR. WADE, ANY OBJECTIONS TO THE COURT

EXCLUDING TIME?

MR. WADE: NO OBJECTION, YOUR HONOR.

THE COURT: THANK YOU.

MR. COOPERSMITH, ANY OBJECTION FOR THE COURT EXCLUDING TIME?

MR. COOPERSMITH: YOUR HONOR, IF IT'S OKAY WITH THE COURT, THE LAST TIME WE SUBMITTED A STIPULATION WITH MR. LEACH, WITH THE GOVERNMENT EXCLUDING TIME, WE HAD EXCLUDED TIME THROUGH AUGUST 31ST BECAUSE WE ANTICIPATED THERE WOULD BE A STATUS CONFERENCE.

WHAT I'D LIKE TO DO -- I HAVE NOT HAD A CHANCE TO DISCUSS THAT WITH MR. BALWANI BECAUSE WE DIDN'T REALIZE THAT WOULD COME UP.

IF WE COULD HAVE A DAY TO CONSULT WITH MR. BALWANI, AND THEN WE'LL WORK WITH MR. LEACH TO SUBMIT A STIPULATION IF WE IN FACT AGREE TO EXCLUDE THE TIME. THAT SHOULD JUST BE A DAY OR TWO.

THE COURT: WELL, SHOULD I LEAVE THE -- THANK YOU FOR THAT. I APPRECIATE YOUR CANDOR.

SHOULD I LEAVE THEN THE AUGUST 31ST DATE ON INCLUDING THE EXCLUSION OF TIME AND THEN WAIT FOR YOUR STIPULATION TO EXTEND THAT TO ANOTHER DATE?

MR. COOPERSMITH: YOUR HONOR, JUST BECAUSE I DON'T WANT TO PREJUDGE IT, THAT WOULD WORK, BUT I ANTICIPATE THAT IF WE SUBMIT THE STIPULATION WITH THE GOVERNMENT THEN THE COURT

10:27AM WOULD GO AHEAD AND VACATE THE AUGUST 31ST DATE AS YOU SAID; IS THAT CORRECT?

10:27AM THE COURT: THAT MIGHT -- I APPRECIATE THAT. THAT MIGHT CREATE AN INTERRUPTION IN THE TIME, THOUGH.

10:27AM MR. LEACH?

10:27AM MR. LEACH: YOUR HONOR, I THINK IT WOULD BE PRUDENT TO KEEP THE AUGUST 31ST DATE ON CALENDAR FOR NOW. I'M HOPEFUL THAT MR. COOPERSMITH AND I WILL REACH AN AGREEMENT TO AN APPROPRIATE STIPULATION AND IN THAT STIPULATION, IF WE DO REACH AGREEMENT, WE COULD PROPOSE THAT THE 31ST DATE BE VACATED AND RESET FOR THE 8TH.

10:27AM BUT TIME IS EXCLUDED THROUGH THE 31ST. I THINK IT'S WISE TO KEEP THAT ON CALENDAR FOR NOW JUST SO WE DON'T LOSE THAT.

10:28AM BUT I'M HOPEFUL THAT WE'LL HAVE AN APPROPRIATE STIPULATION WITH MR. COOPERSMITH WHICH WE COULD SUBMIT SHORTLY.

10:28AM THE COURT: OKAY. WELL, I'D BE SURPRISED IF YOU HADN'T. ALL COUNSEL HAVE BEEN COOPERATIVE THROUGHOUT THIS PROCESS HERETOFORE.

10:28AM SO LET ME -- MS. KRATZMANN, I AM NOT GOING TO VACATE -- I AM GOING TO SET ASIDE THAT PREVIOUS ORDER. I WILL NOT VACATE THE AUGUST 31ST DATE. THAT WILL REMAIN ON CALENDAR ALONG WITH THE TIME EXCLUSION TO AUGUST 31ST. AND SHOULD THERE BE A NEED TO CHANGE THAT BY WAY OF STIPULATION, WE'LL RECEIVE THAT, AND IT WILL INCLUDE ANY TIME EXCLUSION GOING FORWARD THEN. I'LL RECEIVE THAT.

THE CLERK: UNDERSTOOD.

THE COURT: OKAY. DOES THAT WORK FOR YOU, MR. COOPERSMITH?

MR. COOPERSMITH: YES, YOUR HONOR. THANK YOU.

THE COURT: ANYTHING FURTHER?

MR. LEACH: NOT FROM THE GOVERNMENT, YOUR HONOR. THANK YOU.

THE COURT: ALL RIGHT. THANK YOU. IT'S GOOD SEEING YOU ALL. PLEASE BE SAFE, CONTINUE TO BE SAFE, YOU AND YOUR FAMILIES AND EVERYONE, AND I WISH YOU GOOD HEALTH AND I KNOW WE'LL BE SEEING EACH OTHER AGAIN SOON.

THANK YOU VERY MUCH.

MR. BOSTIC: THANK YOU, YOUR HONOR.

MR. DOWNEY: THANK YOU, YOUR HONOR.

THE CLERK: COURT IS ADJOURNED.

(COURT CONCLUDED AT 10:29 A.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

Irene Rodriguez

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: SEPTEMBER 16, 2020