ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. 18-CR-00258 EJD<br><br>SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY<br><br>Date:   October 6, 2020<br>Time:  10:00 a.m.<br>Court: Hon. Edward J. Davila<br><br>**REDACTED VERSION** |

I, Robert S. Leach, declare as follows:

    1.     I am an Assistant United States Attorney with the United States Attorney's Office for the

Northern District of California ("USAO"). I am one of the prosecutors assigned to this matter and have

been since 2016. I make this declaration in support of the United States' Opposition to Defendants'

Motion to Dismiss Second and Third Superseding Indictments Based on Pre-Indictment Delay.

2.     Attached as Exhibit A is a true and correct copy of the transcript of a hearing in this matter on April 22, 2019.

3.     Attached as Exhibit B is a true and correct copy of portions of the transcript of a hearing in this matter on June 28, 2019.

4.     Attached as Exhibit C is a true and correct copy of █████████████████████ ███████████████ .

5.     Attached as Exhibit D is a true and correct copy of ████████████████████ ████████████████████████████████████████████████ ████████████████████████████████ .

6.     Attached as Exhibit E is a true and correct copy of the transcript of a hearing in this matter on April 15, 2020.

7.     Attached as Exhibit F is a true and correct copy of portions of the transcript of a hearing in this matter on July 20, 2020.

8.     Attached as Exhibit G is a true and correct copy of a document Bates numbered SEC-EPROD-000356416 produced in discovery in this case.  The document appears to be an email from Don Lucas' son on or about September 22, 2013 stating: "my dad was Chairman of [Theranos] until his Alzheimer's."  Personal identifying information is redacted.

9.     The government produced evidence it had gathered from Walgreens, Safeway, and Theranos board members in its initial productions in August 2018 and October 2018.  To give just a few examples, witness statements from at least two Walgreens witnesses (Jay Rosan and Nimesh Javeri); Safeway's CEO, and three Theranos board members and documents Bates numbered WAG-TH-DOJ and SWYDOJ were included in the government's initial productions.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of September 2020.

*/s Robert S. Leach*
_____
ROBERT S. LEACH
Assistant United States Attorney

# EXHIBIT A

```
 1                   UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4
        UNITED STATES OF AMERICA,      )  CR-18-00258-EJD &
 5                                      )  CV-18-01603-EJD
                        PLAINTIFF,      )
 6                                      )
                   VS.                  )  SAN JOSE, CALIFORNIA
 7                                      )
        ELIZABETH A. HOLMES AND RAMESH  )  APRIL 22, 2019
 8      SUNNY BALWANI,                  )
                                        )  PAGES 1 - 27
 9                      DEFENDANTS.     )
        _____)
10                                      )
        SECURITIES AND EXCHANGE         )
11      COMMISSION,                     )
                                        )
12                      PLAINTIFF,      )
                                        )
13                 VS.                  )
                                        )
14      RAMESH SUNNY BALWANI,           )
                                        )
15                      DEFENDANTS.     )
        _____)
16                       TRANSCRIPT OF PROCEEDINGS
17              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
18
        A P P E A R A N C E S:
19
        FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
20                            BY:  JOHN BOSTIC
                                   ROBERT LEACH
21                                 JEFFREY SCHENK
                              150 ALMADEN BOULEVARD, SUITE 900
22                            SAN JOSE, CALIFORNIA 95113

23      OFFICIAL COURT REPORTER:
                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                            CERTIFICATE NUMBER 8074

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1      A P P E A R A N C E S: (CONT'D)

2

3      FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
4                                   LANCE WADE
                               725 TWELFTH STREET, N.W.
5                              WASHINGTON, D.C. 20005

6                              LAW OFFICE OF JOHN D. CLINE
                               BY:  JOHN D. CLINE
7                              ONE EMBARCADERO CENTER, SUITE 500
                               SAN FRANCISCO, CALIFORNIA 94111
8
       FOR DEFENDANT BALWANI:  DAVIS, WRIGHT & TREMAINE LLP
9                              BY:  JEFFREY COOPERSMITH
                                    STEPHEN CAZARES
10                                  KELLY M. GORTON
                               505 MONTGOMERY STREET, SUITE 800
11                             SAN FRANCISCO, CALIFORNIA 94111

12     FOR THE S.E.C.:         UNITED STATES SECURITIES AND EXCHANGE
                               COMMISSION
13                             BY:  SUSAN F. LAMARCA
                                    RAHUL KOLHATKAR
14                             44 MONTGOMERY STREET, SUITE 2600
                               SAN FRANCISCO, CALIFORNIA 94104
15

16

17

18

19

20

21

22

23

24

25
```

```
1    SAN JOSE, CALIFORNIA                    APRIL 22, 2019

2                   P R O C E E D I N G S

3        (COURT CONVENED AT 1:36 P.M.)

4        THE COURT:  WELL, LET'S NOW TURN TO 18-258, UNITED

5    STATES VERSUS ELIZABETH HOLMES, RAMESH SUNNY BALWANI, AND WE'LL

6    CALL COMPANION CASE 18-1603, S.E.C. VERSUS BALWANI.

7        IF THOSE PARTIES COULD COME FORWARD, PLEASE.

8        MR. BOSTIC:  GOOD AFTERNOON, YOUR HONOR.

9    JOHN BOSTIC, JEFF SCHENK, AND BOB LEACH FOR THE UNITED STATES.

10       THE COURT:  GOOD AFTERNOON.  LET ME CAPTURE YOUR

11   COLLEAGUES.

12       MS. LAMARCA:  SUSAN LAMARCA AND RAHUL KOLHATKAR FOR

13   THE S.E.C.

14       THE COURT:  THANK YOU.

15       MR. DOWNEY:  GOOD AFTERNOON, YOUR HONOR.

16   KEVIN DOWNEY AND LANCE WADE FOR ELIZABETH HOLMES WHO'S PRESENT

17   IN COURT AS WELL.

18       THE COURT:  THANK YOU.  GOOD AFTERNOON.

19       MR. COOPERSMITH:  GOOD AFTERNOON, YOUR HONOR.

20   JEFF COOPERSMITH FOR RAMESH BALWANI WHO IS TO MY RIGHT AND ALSO

21   KELLY GORTON AND STEVE CAZARES FROM MY OFFICE.

22       THE COURT:  GOOD AFTERNOON.  THIS IS ON FOR FURTHER

23   STATUS.  I HAVE READ AND REVIEWED YOUR DOCUMENT 66, AND WE'RE

24   CALLING THE CRIMINAL CASE FIRST, AND THEN WE'LL TURN TO THE

25   S.E.C. CASE IN JUST A MOMENT.
```

4

01:37PM  1          I HAVE READ THE JOINT MEMORANDUM.  THANK YOU FOR THAT.

01:37PM  2          I SUPPOSE I SHOULD GET UPDATED FROM COUNSEL.  IT LOOKS

01:37PM  3     LIKE THERE'S PROBABLY TWO MOTIONS THAT WILL BE PENDING IF NOT

01:37PM  4     PENDING CURRENTLY, AND I'D LIKE TO DISCUSS THAT.  I HAD SOME

01:37PM  5     THOUGHTS ALSO ABOUT TRIAL DATES, AND WE SHOULD PROBABLY BE

01:37PM  6     THINKING ABOUT AND LOOKING AT TRIAL DATES ONGOING.

01:37PM  7          SO, COUNSEL, WHO WOULD LIKE TO GO FIRST?  MR. BOSTIC.

01:38PM  8               MR. BOSTIC:  SO, YOUR HONOR, ON THE TWO PENDING

01:38PM  9     MOTIONS MY COLLEAGUE, MR. LEACH, WILL ADDRESS THE MOTION TO

01:38PM  10    STAY WHEN WE DISCUSS THAT.

01:38PM  11         ON DEFENDANTS' MOTION TO COMPEL DISCOVERY PRODUCTION FROM

01:38PM  12    THE GOVERNMENT, AS THE COURT KNOWS FROM THE JOINT STATUS

01:38PM  13    SUBMISSION, THE GOVERNMENT HAS PRODUCED APPROXIMATELY 20

01:38PM  14    MILLION PAGES ALREADY.  THE ADDITIONAL CATEGORIES OF DOCUMENTS

01:38PM  15    ADDRESSED IN THE PENDING MOTION ARE MOSTLY HELD IN THE HANDS OF

01:38PM  16    GOVERNMENT AGENCIES LIKE THE FDA AND THE CMS.

01:38PM  17         IN ORDER TO RESPOND TO THAT MOTION, THE GOVERNMENT

01:38PM  18    BELIEVES THAT IT NEEDS TO COLLECT SOME ADDITIONAL INFORMATION

01:38PM  19    FROM THOSE AGENCIES.

01:38PM  20         I INFORMED COUNSEL FOR MS. HOLMES JUST BEFORE THIS HEARING

01:38PM  21    THAT THE LAWYERS THAT I'VE BEEN DEALING WITH AT CMS AND FDA ARE

01:38PM  22    OUT OF TOWN OR RECENTLY OUT OF TOWN AND I BELIEVE OUT OF THE

01:38PM  23    COUNTRY.

01:38PM  24         ONE REPRESENTING CMS RETURNS FROM BEING ON LEAVE I BELIEVE

01:38PM  25    ON MAY 1ST OR 2ND.  I THINK IN ORDER TO PRESENT THE COURT WITH

5

01:39PM  1    THE FACTS THAT IT NEEDS TO RULE ON THAT MOTION, I DO NEED TO

01:39PM  2    CONSULT WITH THOSE ATTORNEYS.  THE GOVERNMENT COUNSEL IN THIS

01:39PM  3    CASE DOES NOT REPRESENT THOSE AGENCIES AND WILL NOT REPRESENT

01:39PM  4    THOSE AGENCIES FOR PURPOSES OF THIS CASE.  SO IN ORDER TO GET

01:39PM  5    THAT INFORMATION FOR THE COURT, I WOULD LIKE A CHANCE TO

01:39PM  6    CONSULT WITH THOSE LAWYERS.  SO I WOULD JUST ASK THAT IN

01:39PM  7    SETTING A BRIEFING AND HEARING SCHEDULE FOR THAT MOTION WE

01:39PM  8    ACCOUNT FOR THAT.

01:39PM  9            THE COURT:  OKAY.  HAVE YOU MET AND CONFERRED ABOUT

01:39PM  10   THAT?

01:39PM  11           MR. DOWNEY:  YOUR HONOR, WE DISCUSSED IT.  OUR

01:39PM  12   REFLECTION ON MR. BOSTIC'S REQUEST WAS OF COURSE WE WANT TO

01:39PM  13   ACCOMMODATE HIM UNDERTAKING A REASONABLE PROCESS SO THE MOTION

01:39PM  14   CAN BE BRIEFED.

01:39PM  15      WE'RE CONCERNED ABOUT THE PACE OF THE PRODUCTION OF

01:39PM  16   DISCOVERY.  THERE'S NO --

01:39PM  17           THE COURT:  IT'S ONLY MILLIONS OF PAGES.

01:39PM  18           MR. DOWNEY:  YEAH, MILLIONS OF PAGES HAVE ALREADY

01:39PM  19   BEEN PRODUCED.  I GATHER MILLIONS MORE ARE TO BE PRODUCED.

01:39PM  20      SO WE DON'T OPPOSE THAT.  WE JUST -- IN THE CONTEXT OF A

01:39PM  21   BROADER DISCUSSION ABOUT WHEN IT'S REALISTIC TO SET A TRIAL

01:39PM  22   DATE.

01:39PM  23           THE COURT:  SURE.

01:39PM  24           MR. DOWNEY:  SO ASSUMING THAT WE HAVE, YOU KNOW, AN

01:40PM  25   OPPORTUNITY, IF WE PREVAIL ON THE MOTION, AN ADEQUATE

01:40PM  1    OPPORTUNITY TO REVIEW WHATEVER IS PRODUCED, THAT'S FINE WITH

01:40PM  2    US.  WE'RE JUST CONCERNED BECAUSE THE AMOUNT OF TIME, LEAD TIME

01:40PM  3    THAT THE GOVERNMENT PROPOSED IN THE JOINT STATUS MEMORANDUM

01:40PM  4    SOUNDS LIKE A FAIR AMOUNT OF TIME, BUT GIVEN THE VOLUME OF

01:40PM  5    MATERIAL IT'S REALLY NOT.

01:40PM  6         SO OUR CONCERN ABOUT THAT IS NOT ACCOMMODATING MR. BOSTIC,

01:40PM  7    WHICH WE'RE HAPPY TO DO, IT'S JUST ABOUT THE BROADER SET OF

01:40PM  8    ISSUES.

01:40PM  9              THE COURT:  SURE.  WELL, THANK YOU.

01:40PM  10        MY SENSE, AND IT'S PROBABLY YOUR EXPERIENCE ALSO, WITH

01:40PM  11   THESE TYPES OF MOTIONS TYPICALLY THERE'S ADDITIONAL MEET AND

01:40PM  12   CONFERS.  SOMETIMES THERE'S RESOLUTION REGARDING WHAT CAN BE

01:40PM  13   OBTAINED AND WHAT IS OBTAINED.  SOMETIMES THE INFORMATION, WHEN

01:40PM  14   THE GOVERNMENT IS IN THEIR SITUATION THAT THEY'RE IN NOW, WHEN

01:40PM  15   THEY MEET WITH THE OTHER INDIVIDUALS THEY'RE ABLE TO SECURE

01:40PM  16   ADDITIONAL INFORMATION THAT MIGHT NOT CURE THE ENTIRETY OF THE

01:40PM  17   DEFECTS AS YOU SEE IT NOW BUT AT LEAST GO A LONG WAY TOWARDS

01:41PM  18   THAT.

01:41PM  19        MR. BOSTIC AND MR. SCHENK, IF WHAT I'M HEARING IS THAT YOU

01:41PM  20   NEED TO DISCUSS OR AT LEAST TALK WITH OTHER AGENCIES REGARDING

01:41PM  21   OTHER DISCOVERY MATTERS THAT MIGHT BE USEFUL TO THAT

01:41PM  22   CONVERSATION, THAT'S WHAT I'M HEARING, THEN I THINK THAT MAYBE

01:41PM  23   WE CAN FIND SOME ACCORD WHERE I DON'T KNOW IF WE NEED AN

01:41PM  24   ADDITIONAL STATUS TO DETERMINE A DATE OR IF I GIVE YOU DATES

01:41PM  25   NOW.  I HATE TO DO THAT NOW AND BLIND THEM NOT KNOWING WHAT IS

01:41PM 1    IN STORE FOR YOUR CONVERSATIONS.

01:41PM 2             MR. BOSTIC:  YOUR HONOR, JUST TO BE CLEAR, I THINK

01:41PM 3    THAT IS PART OF THE OBJECTIVE OF THOSE ADDITIONAL CONVERSATIONS

01:41PM 4    WITH AGENCY COUNSEL TO SEE WHETHER THERE'S SOME MIDDLE GROUND,

01:41PM 5    SOME ABILITY TO COMPROMISE.

01:41PM 6        BUT IN ADDITION, I BELIEVE THAT THE DEFENSE MOTION WILL

01:41PM 7    TURN AT LEAST PARTLY OR IN LARGE PART ON WHETHER THE

01:41PM 8    GOVERNMENT, WHETHER THE PROSECUTION IS DEEMED TO HAVE ACCESS TO

01:41PM 9    THE DOCUMENTS IN THE POSSESSION OF THESE AGENCIES.

01:41PM 10       SO IT'S REALLY TO EXPLAIN THOSE RELEVANT FACTS TO THE

01:42PM 11   COURT TO DETERMINE TO WHAT EXTENT DO WE HAVE ACCESS TO THOSE

01:42PM 12   DOCUMENTS.

01:42PM 13            THE COURT:  SURE.  YOU CAN'T HAVE THAT CONVERSATION

01:42PM 14   UNTIL THE FIRST PART OF MAY IT SOUNDS LIKE.

01:42PM 15            MR. BOSTIC:  CORRECT, YOUR HONOR, AT LEAST WE

01:42PM 16   CANNOT -- AT LEAST AS TO CMS WE CANNOT FINISH THAT CONVERSATION

01:42PM 17   UNTIL THEN.

01:42PM 18            THE COURT:  ALL RIGHT.  DO YOU HAVE SUGGESTIONS

01:42PM 19   ABOUT WHAT WE SHOULD DO?

01:42PM 20            MR. DOWNEY:  YOUR HONOR, I THINK MY SUGGESTION WOULD

01:42PM 21   BE THAT WE FILE AN UPDATE WITH THE COURT PERHAPS AT THE END OF

01:42PM 22   THE WEEK FOLLOWING THE WEEK WHEN MR. BOSTIC ANTICIPATES THAT

01:42PM 23   HE'LL HAVE THOSE CONVERSATIONS.

01:42PM 24       MY CONCERN IS ONLY THIS, I ANTICIPATE THAT THE AGENCIES

01:42PM 25   PROBABLY WILL PRODUCE SOME ADDITIONAL AMOUNT OF MATERIAL.  IT'S

01:42PM 1    CLEAR TO US FROM OUR REVIEW OF WHAT HAS BEEN PRODUCED THUS FAR

01:42PM 2    THAT THERE'S A GOOD BIT OF ADDITIONAL MATERIAL THAT IS PROBABLY

01:42PM 3    MATERIAL TO OUR PREPARATION AND IN MANY INSTANCES EXCULPATORY.

01:42PM 4        IT MAY BE PREFERABLE ULTIMATELY FOR THE AGENCIES TO

01:42PM 5    CONDUCT THEIR THOUGHT PROCESS ON THEIR REVIEW RECOGNIZING THAT

01:42PM 6    THEY'RE GOING TO BE OBLIGATED TO PRODUCE DOCUMENTS WHICH MEET

01:43PM 7    THOSE STANDARDS.

01:43PM 8        SO I DON'T WANT TO FORESHADOW WHAT THEIR CONSULTATION

01:43PM 9    PROCESS YIELDS, BUT I THINK WE SHOULD REPORT BACK AT THE END OF

01:43PM 10   THE WEEK AFTER -- THE WEEK THAT MR. BOSTIC CONSULTS WITH HIS

01:43PM 11   COLLEAGUES AND OTHER AGENCIES, BUT WE MAY AT THAT TIME FIND

01:43PM 12   WE'RE NOT MAKING SUFFICIENT PROGRESS, THAT WE WOULD LIKE THE

01:43PM 13   MOTION TO BE HEARD.

01:43PM 14       BUT I DON'T WANT TO FOREJUDGE THAT, YOUR HONOR.  WE CAN

01:43PM 15   SEE.

01:43PM 16           THE COURT:  WELL, THANK YOU.  THE ISSUE BEFORE THE

01:43PM 17   COURT NOW IS TO DETERMINE A BRIEFING SCHEDULE --

01:43PM 18           MR. DOWNEY:  YES.

01:43PM 19           THE COURT:  -- AS TO WHEN THE GOVERNMENT SHOULD FILE

01:43PM 20   THEIR REPLY AND OPPOSITION.

01:43PM 21           MR. DOWNEY:  UNDERSTOOD.  AND I THINK WE CAN DEFER

01:43PM 22   THE OPPOSITION AT LEAST UNTIL WE FILE THAT MEMORANDUM AND UNTIL

01:43PM 23   WE FILE THAT JOINT UPDATE.

01:43PM 24           THE COURT:  SURE.

01:43PM 25           MR. DOWNEY:  AND IF, IN FACT, AT THAT TIME IT'S

01:43PM   1    NECESSARY FOR THE GOVERNMENT TO CONTINUE AND GO AHEAD AND BRIEF

01:43PM   2    IT, WE'LL DO IT THEN.

01:43PM   3              MR. BOSTIC:  YOUR HONOR, NO OBJECTION TO THAT

01:43PM   4    APPROACH FROM THE GOVERNMENT.

01:43PM   5              THE COURT:  OKAY.  LET ME ASK, IS THERE ANY

01:43PM   6    CONNECTION BETWEEN -- LET'S TURN TO THE S.E.C. CASE FOR JUST A

01:44PM   7    MOMENT.

01:44PM   8         I UNDERSTAND THE GOVERNMENT HAS FILED A MOTION TO

01:44PM   9    INTERVENE IN THE CRIMINAL CASE.  I'M JUST CURIOUS WHETHER

01:44PM  10    THERE'S SOME CROSS-POLLINIZATION BETWEEN THESE TWO THINGS.

01:44PM  11              MR. LEACH:  YES, YOUR HONOR.  MR. LEACH FOR THE

01:44PM  12    GOVERNMENT.  I DON'T THINK THERE IS.  THE DISCOVERY THAT

01:44PM  13    MS. HOLMES IS SEEKING ARE DOCUMENTS IN THE POSSESSION OF THE

01:44PM  14    FDA AND CMS WHICH THE GOVERNMENT CONTENDS ARE NOT PART OF THE

01:44PM  15    PROSECUTION TEAM AND NOT SUBJECT TO OUR RULE 16 BRADY AND

01:44PM  16    GIGLIO OBLIGATIONS.

01:44PM  17         THE MOTION TO INTERVENE AND STAY IS REALLY DIRECTED AT

01:44PM  18    SOME DISCOVERY THAT MR. BALWANI IS ATTEMPTING TO TAKE IN THE

01:44PM  19    CIVIL CASE RELATING TO DOCTORS AND PATIENTS WHO IN OUR JUDGMENT

01:44PM  20    HAVE NOTHING TO DO WITH THE S.E.C. CASE BUT EVERYTHING TO DO

01:44PM  21    WITH THE CRIMINAL CASE.

01:44PM  22         SO WE THINK SOME OF THE RECENT DISCOVERY HAS CROSSED THE

01:44PM  23    LINE IN TERMS OF RELEVANCE OF THE S.E.C. CASE.  WE ALSO TOOK A

01:44PM  24    LOOK AT THE KEATING FACTORS IN THE MOST RECENT NINTH CIRCUIT

01:45PM  25    DECISION ON STAYS, AND WE REALLY THINK THAT THE BREADTH OF

01:45PM 1    CIVIL DISCOVERY IN THE S.E.C. CASE IS DISTRACTING FROM THE

01:45PM 2    PARTIES' ABILITY TO MOVE THE CASE FORWARD AND GET A TRIAL DATE

01:45PM 3    IN THE CRIMINAL CASE.

01:45PM 4        SO I THINK THOSE ARE -- WE DO NOT TAKE A POSITION ON ANY

01:45PM 5    DISCOVERY MR. BALWANI HAS TAKEN OF THE FDA OR CMS IN THE S.E.C.

01:45PM 6    CASE.  IT'S REALLY FOCUSSED ON DOCTORS AND PATIENTS AND THE

01:45PM 7    OVERALL BREADTH OF IT.

01:45PM 8        MR. COPPERSMITH:  THANK YOU, YOUR HONOR.  WE'RE

01:45PM 9    GOING TO RESPOND TO THE GOVERNMENT'S MOTION TO INTERVENE AND

01:45PM 10   STAY.  OUR OPPOSITION IS DUE TWO WEEKS FROM THIS PAST FRIDAY SO

01:45PM 11   WE INTEND TO PUT IN A FULL OPPOSITION.  WE DON'T AGREE WITH THE

01:45PM 12   GOVERNMENT THERE SHOULD BE A MOTION, BUT LET ME SAY A FEW

01:45PM 13   THINGS IN RESPONSE TO MR. LEACH.

01:45PM 14       THE COURT:  SURE.

01:45PM 15       MR. COPPERSMITH:  THAT IS, IT'S BEEN ABOUT A YEAR

01:45PM 16   SINCE THE DISCOVERY COMMENCED IN THE S.E.C. CASE.

01:45PM 17       JUST LIKE IN THE CRIMINAL CASE, THERE ARE MILLIONS OF

01:45PM 18   PAGES OF DOCUMENTS.  AS WE SEE THE S.E.C. CASE, AND WE PUT THIS

01:46PM 19   IN THE STATUS REPORT FOR YOUR HONOR, WE BELIEVE THERE ARE

01:46PM 20   ALLEGATIONS ABOUT THE CAPABILITIES OF THERANOS'S LABORATORIES

01:46PM 21   AND ITS ANALYZER AND IT NOT BEING ACCURATE.  WE'VE ACTUALLY

01:46PM 22   TRIED TO PROPOSE SOME THINGS TO THE S.E.C.  WE HAVEN'T HEARD

01:46PM 23   BACK.  WE THINK IT PUTS THESE MATTERS AT ISSUE.

01:46PM 24       THE MATTER WITH RESPECT TO THE HEALTH CARE PROVIDERS,

01:46PM 25   JUDGE COUSINS IS GOING TO HEAR THAT MOTION ON RELEVANCE ON

01:46PM  1    WEDNESDAY AND JUDGE COUSINS IS GOING TO BE WELL CAPABLE TO

01:46PM  2    DECIDING WHAT IS RELEVANT IN THE CASE AND WHAT IS NOT, AND WE

01:46PM  3    THINK IT'S RELEVANT.

01:46PM  4         BUT IN ADDITION, THE FACT THAT THE GOVERNMENT WAITED A

01:46PM  5    YEAR TO TRY TO STAY AFTER MR. BALWANI PROVIDED DISCOVERY TO THE

01:46PM  6    S.E.C., HE PROVIDED SWORN INTERROGATORY ANSWERS, HE PROVIDED

01:46PM  7    OTHER DISCOVERY, SAT FOR THREE DAYS FOR TESTIMONY WITH THE

01:46PM  8    S.E.C. BEFORE THE COMPLAINT WAS FILED.

01:46PM  9         TO COME IN AND TRY TO STAY AT THIS POINT I THINK IS

01:46PM 10    TACTICAL, BUT WE'LL EXPLAIN ALL OF OUR --

01:46PM 11              THE COURT:  YOU'RE ARGUING THE MOTION.

01:46PM 12              MR. COOPERSMITH:  WELL, I MEAN, I'M RESPONDING TO

01:46PM 13    MR. LEACH.

01:47PM 14              THE COURT:  JUNE 10TH, I THINK.

01:47PM 15              MR. COPPERSMITH:  YES, YOUR HONOR.  AND I DON'T

01:47PM 16    THINK THAT THAT MOTION SHOULD REALLY AFFECT ANYTHING THAT WE'RE

01:47PM 17    DOING TODAY NOTWITHSTANDING MR. LEACH'S COMMENTS.

01:47PM 18         SO ONE OTHER THING THAT MAY BE IS PERTINENT AND THAT IS,

01:47PM 19    THERE IS, AND I THINK WE MENTIONED THIS IN THE STATUS REPORT,

01:47PM 20    TOO, THERE IS AN ISSUE WITH CMS AND FDA ON THE CIVIL SIDE JUST

01:47PM 21    LIKE IN THE CRIMINAL CASE AND THERE WERE SUBPOENAS ISSUED TO

01:47PM 22    THOSE AGENCIES OUT OF THE CIVIL CASE.  THE S.E.C. DIDN'T OBJECT

01:47PM 23    TO ANYTHING ABOUT RELEVANCE ON THOSE UNTIL VERY RECENTLY.

01:47PM 24    AFTER SEVEN MONTHS THOSE SUBPOENAS WERE PENDING.

01:47PM 25         WE'VE BEEN CONFERRING, MEETING AND CONFERRING WITH CMS AND

| | | |
|---|---|---|
| 01:47PM | 1 | FDA AND DOJ COUNSEL WHO REPRESENTS THOSE AGENCIES FOR MANY, |
| 01:47PM | 2 | MANY MONTHS.  WE'RE TRYING TO FRAME THOSE ISSUES FOR THE COURT |
| 01:47PM | 3 | IF WE CAN'T RESOLVE THEM.  OBVIOUSLY, WE HOPE WE CAN RESOLVE |
| 01:47PM | 4 | THEM.  BUT THAT'S SOMETHING THAT WE'VE BEEN STRUGGLING WITH |
| 01:47PM | 5 | FOR -- YOU KNOW, SINCE SEPTEMBER SINCE WE ISSUED THOSE |
| 01:47PM | 6 | SUBPOENAS IS TO ACTUALLY GET THOSE AGENCIES TO PROVIDE |
| 01:47PM | 7 | DOCUMENTS. |
| 01:48PM | 8 |     THAT IS WHAT IS GOING ON. |
| 01:48PM | 9 |         THE COURT:  OKAY.  THANK YOU.  ANYTHING FURTHER THEN |
| 01:48PM | 10 | ON THAT?  SHOULD WE LEAVE THE JUNE 10TH DATE THEN?  IS THAT |
| 01:48PM | 11 | CONVENIENT? |
| 01:48PM | 12 |         MR. COOPERSMITH:  THAT WAS THE DATE AVAILABLE FOR |
| 01:48PM | 13 | US, SO, YES, YOUR HONOR. |
| 01:48PM | 14 |         MR. LEACH:  IT'S CONVENIENT FOR US, YOUR HONOR, IF |
| 01:48PM | 15 | THE COURT IS AVAILABLE TO GO FORWARD. |
| 01:48PM | 16 |         THE COURT:  I THINK THAT'S AT 10:00 A.M. |
| 01:48PM | 17 |         THE CLERK:  YES, YOUR HONOR. |
| 01:48PM | 18 |         THE COURT:  LET'S LEAVE THAT SET.  LET'S RETURN NOW |
| 01:48PM | 19 | TO THE CRIMINAL CASE. |
| 01:48PM | 20 |     WHAT DO YOU SUGGEST THEN?  I UNDERSTAND YOU'LL PERHAPS |
| 01:48PM | 21 | PROVIDE A MEMO PERHAPS THE WEEK AFTER, MAYBE IT'S THE SECOND |
| 01:48PM | 22 | WEEK OF MAY OR SOMETHING LIKE THAT, MR. BOSTIC. |
| 01:48PM | 23 |         MR. BOSTIC:  THAT'S WHAT I UNDERSTAND FROM DEFENSE'S |
| 01:48PM | 24 | PROPOSAL, YOUR HONOR, AND THAT MEMO WOULD EITHER SAY THE |
| 01:48PM | 25 | PARTIES HAVE REACHED THE FOLLOWING AGREEMENT OR ARE MAKING |

01:48PM 1    PROGRESS TOWARDS REACHING THIS AGREEMENT OR IT WOULD INDICATE

01:48PM 2    THAT THERE IS NO SUCH AGREEMENT AND THAT THE GOVERNMENT IS

01:48PM 3    PLANNING TO FILE ITS OPPOSITION.  THEN MY HOPE AT THAT TIME

01:48PM 4    WOULD BE THAT THE PARTIES INCLUDE IN THAT FILING A PROPOSED

01:48PM 5    BRIEFING AND HEARING SCHEDULE.

01:49PM 6         IS THAT YOUR UNDERSTANDING?

01:49PM 7              MR. DOWNEY:  THAT'S MY UNDERSTANDING, TOO.

01:49PM 8              THE COURT:  I'LL GIVE YOU AN OPPORTUNITY AND THE

01:49PM 9    OPPORTUNITY TO CREATE SUCH A SCHEDULE THAT COMPORTS WITH YOUR

01:49PM 10   CALENDARS.  I'M HAPPY TO GIVE THAT TO YOU FOR SUGGESTION TO THE

01:49PM 11   COURT, AND IF WE CAN ACCOMMODATE IT, WE WILL.  I'LL ACCEPT THAT

01:49PM 12   FOR YOU.

01:49PM 13        LET'S TALK ABOUT TRIAL FOR JUST A MOMENT.  I REALIZE THAT

01:49PM 14   IT'S GOING TO BE PREMATURE BASED ON THESE PENDING MOTIONS.  BUT

01:49PM 15   WHAT ARE YOUR THOUGHTS, IF YOU HAVE ANY, ABOUT WHEN THE CASE

01:49PM 16   WOULD PROCEED TO TRIAL, IF IT WERE TO PROCEED TO TRIAL, WHEN

01:49PM 17   THAT MIGHT BE?

01:49PM 18              MR. DOWNEY:  I THINK FROM THE DEFENSE PERSPECTIVE AT

01:49PM 19   THIS POINT, JUDGE, WE'RE ABOUT THREE MONTHS TOO EARLY TO

01:49PM 20   DISCUSS THAT.

01:49PM 21        IN ADDITION TO WHAT WE'VE JUST DISCUSSED, THERE ARE A

01:49PM 22   COUPLE OF OTHER STRANDS THAT ARE GOING TO DEFINE, I THINK, THE

01:49PM 23   SCOPE OF WHAT IS AT ISSUE.

01:49PM 24        ONE IS THAT THERE IS A TAINT TEAM THAT IS IN PLACE FOR

01:49PM 25   PURPOSES OF REVIEW OF CERTAIN DOCUMENTS, AND THERE'S A

01:49PM  1    PROCEDURE THAT ATTACHES TO THE BACK END OF THAT WHERE THE

01:50PM  2    DEFENSE CAN OBJECT IF DOCUMENTS ARE TO BE DISCLOSED TO THE

01:50PM  3    GOVERNMENT.

01:50PM  4        THE DOCUMENTS THAT ARE AT ISSUE THERE I THINK ARE GOING TO

01:50PM  5    BE QUITE MATERIAL TO THE CASE, AND WE DON'T AT THIS POINT KNOW

01:50PM  6    WHAT THE STATUS IS OF THAT REVIEW, WHEN WE'LL GET THOSE

01:50PM  7    DOCUMENTS, ET CETERA, BUT I THINK THAT IS A PROCESS THAT THE

01:50PM  8    GOVERNMENT HAS SAID HAS COMMENCED AND WE WILL, I THINK,

01:50PM  9    PRESUMABLY BE IN THAT PROCESS THREE MONTHS FROM NOW AND HAVE A

01:50PM  10   BETTER SENSE WITH CLARITY AS TO WHEN WOULD BE AN APPROPRIATE

01:50PM  11   TRIAL DATE.

01:50PM  12       THE OTHER PIECE OF IT, WHICH I JUST, FRANKLY, HAVE TO SOME

01:50PM  13   EXTENT THROW MY HANDS UP ON, JUDGE, AND SAY WE HAVE A HUGE

01:50PM  14   AMOUNT OF MATERIAL THAT HAS ALREADY BEEN PRODUCED WHICH I THINK

01:50PM  15   THE GOVERNMENT HAS WORKED DILIGENTLY TO PRODUCE BUT MUCH OF

01:50PM  16   WHICH WE HAVE ONLY RECENTLY GOTTEN.  WE'RE TOLD BY THE

01:50PM  17   GOVERNMENT THAT THEY ARE PRODUCING A LARGE ADDITIONAL VOLUME.

01:50PM  18   INDEED, TODAY MR. BOSTIC HAS UNCOVERED THAT FOUR ADDITIONAL

01:50PM  19   TERABYTES OF DATA ARE GOING TO BE DISCLOSED TO US.  SO WE WANT

01:51PM  20   TO GET OUR ARMS AROUND WHAT THAT IS, AS DOES HE.

01:51PM  21       SO I THINK WE'RE THREE MONTHS OUT FROM WRAPPING THOSE

01:51PM  22   STRANDS UP SO THAT WE CAN KNOW WHEN A TRIAL DATE -- WHEN A

01:51PM  23   RANGE FOR A TRIAL DATE WOULD BE APPROPRIATE AND SUGGEST A LEAD

01:51PM  24   TIME TO YOUR HONOR.

01:51PM  25           THE COURT:  WELL, THAT COMPORTS WITH WHAT YOU'RE

01:51PM 1    SUGGESTING A JULY DATE FOR A STATUS CONFERENCE.

01:51PM 2                MR. DOWNEY:  STATUS CONFERENCE, YES.

01:51PM 3                MR. BOSTIC:  YOUR HONOR, JUST TO UPDATE THE COURT ON

01:51PM 4    THE TWO ISSUES JUST MENTIONED BY DEFENSE COUNSEL.

01:51PM 5        FIRST, ON THE TAINT REVIEW, COUNSEL IS CORRECT THAT THAT

01:51PM 6    PROCESS IS ONGOING.  IN FACT, THE GOVERNMENT IS ABOUT TO CLEAR

01:51PM 7    THE FIRST BATCH OF DOCUMENTS FOR REVIEW BY THE DEFENSE.  I

01:51PM 8    BELIEVE THAT SET OF DOCUMENTS WILL INCLUDE WELL IN EXCESS OF

01:51PM 9    100,000 OUT OF THE APPROXIMATELY 250,000 DOCUMENTS THAT ARE

01:51PM 10   UNDERGOING THAT TAINT REVIEW.  SO WE'RE MAKING GOOD PROGRESS ON

01:51PM 11   THAT, AND IT'S MY HOPE THAT VERY SOON THE DEFENSE WILL HAVE

01:51PM 12   ACCESS TO A VERY LARGE PORTION OF THOSE DOCUMENTS AND THEN

01:51PM 13   WE'LL PROCEED DILIGENTLY WITH THE REST.

01:51PM 14       AS TO THE NEW INFORMATION, I DID INFORM COUNSEL FOR

01:52PM 15   MS. HOLMES BEFORE THE HEARING THAT WE RECENTLY OBTAINED

01:52PM 16   VOLUNTARILY FROM A WITNESS A HARD DRIVE CONTAINING

01:52PM 17   APPROXIMATELY FOUR TERABYTES OF ADDITIONAL INFORMATION.  I

01:52PM 18   UNDERSTAND THAT MOST OF THAT VOLUME COMES FROM PROMOTIONAL FILM

01:52PM 19   AND VIDEO CREATED BY THERANOS ITSELF WHEN THE COMPANY WAS

01:52PM 20   OPERATIONAL.  SO I THINK THE LARGE AMOUNT MIGHT BE SOMEWHAT

01:52PM 21   MISLEADING BECAUSE THESE ARE NOT JUST PAGES OF SOLID DOCUMENTS.

01:52PM 22   I THINK A LOT OF THAT DATA IS MADE UP BY VIDEO FILES.

01:52PM 23                THE COURT:  I SEE.  THAT'S HELPFUL.

01:52PM 24           MR. SCHENK?

01:52PM 25                MR. SCHENK:  YES, YOUR HONOR.  ON THE ISSUE OF

01:52PM  1      SETTING A TRIAL DATE, WE DO THINK IT'S APPROPRIATE TO SET A

01:52PM  2      TRIAL DATE.  WE'RE NOT ASKING THE COURT TO SET A TRIAL DATE IN

01:52PM  3      THREE MONTHS OR SIX MONTHS, BUT IT DOES HELP CRYSTALIZE MANY OF

01:52PM  4      THE ISSUES BEFORE THE COURT AND BEFORE THE PARTIES TO HAVE THAT

01:52PM  5      TRIAL DATE.

01:52PM  6           WE ALSO THINK THAT THE TRIAL WILL BE LENGTHY AND TO

01:52PM  7      RESERVE THE BLOCK OF TIME ON THE COURT'S CALENDAR AND ON ALL OF

01:53PM  8      THE PARTIES' CALENDAR AND SO THAT WE CAN SEND TRIAL SUBPOENAS

01:53PM  9      TO WITNESSES TO BEGIN TO BLOCK OUT TIME.  IT'S HELPFUL TO HAVE

01:53PM 10      A TRIAL DATE.

01:53PM 11           WE THINK THAT TO NOT MEASURE BY COURT WEEKS BUT RATHER

01:53PM 12      TRIAL DAYS, OUR ESTIMATE AT THIS POINT WOULD BE ABOUT 40 TRIAL

01:53PM 13      DAYS THOUGH ACKNOWLEDGING WE HOPE THAT WE'RE ABLE TO REACH SOME

01:53PM 14      STIPULATIONS WITH THE DEFENSE TO ALLEVIATE CUSTODIAL WITNESSES,

01:53PM 15      AND OBVIOUSLY AS THE TRIAL WOULD GET CLOSER, WE WOULD BE ABLE

01:53PM 16      TO PROVIDE A MORE ACCURATE OR A BETTER ESTIMATE.

01:53PM 17           BUT AT THIS POINT, YOU KNOW, THAT'S ROUGHLY TWO MONTHS

01:53PM 18      GOING EVERY COURT DAY SO IT'S PROBABLY GOING TO GO A LITTLE BIT

01:53PM 19      LONGER THAN THAT AND TO GET TWO MONTHS ON THE COURT'S CALENDAR

01:53PM 20      IS NOT SOMETHING THAT WE CAN DO ON SHORT NOTICE.

01:53PM 21           SO WE WOULD ASK THE COURT TO THINK ABOUT SETTING US FOR

01:53PM 22      TRIAL EVEN A YEAR FROM NOW.  THE GOVERNMENT'S REQUEST WOULD BE

01:53PM 23      TO SET THE TRIAL DATE.

01:53PM 24           WE ACKNOWLEDGE THE POINTS THAT THE DEFENSE HAS MADE TO THE

01:54PM 25      COURT ABOUT THE VOLUMINOUS DISCOVERY AND THEIR NEED TO REVIEW

01:54PM 1    THAT DISCOVERY.  A YEAR FROM NOW, THOUGH, WE THINK WOULD

01:54PM 2    ACCOMPLISH THAT.  AND WE SHOULD ALSO NOTE THAT A LOT OF THE

01:54PM 3    DISCOVERY PRODUCTION IN THIS CASE IS AN EXERCISE IN PROVIDING

01:54PM 4    THERANOS DOCUMENTS BACK TO THE DEFENSE.  NOW IT'S INDIVIDUAL

01:54PM 5    DEFENDANTS, NOT THE CORPORATION.  THERE'S BEEN A LOT OF

01:54PM 6    LITIGATION THAT HAS PREDATED THE CRIMINAL CASE.

01:54PM 7         SO THEY'VE RECEIVED SOME OF THESE DOCUMENTS AND NOW TWO OR

01:54PM 8    THREE TIMES FROM US, BUT WE ACKNOWLEDGE THEIR NEED TO

01:54PM 9    EFFECTIVELY PREPARE BY REVIEWING THESE DOCUMENTS.  THEY HAVE

01:54PM 10   NOT WALKED IN AND ASKED FOR A SPEEDY TRIAL BECAUSE OF THE

01:54PM 11   VOLUMINOUS NATURE OF THE DISCOVERY.

01:54PM 12        ALTHOUGH IT IS OUR VIEW THAT SETTING A TRIAL DATE NOW IS

01:54PM 13   IMPORTANT TO CRYSTALLIZE THOSE ISSUES AND TO BLOCK THAT TIME

01:54PM 14   OUT ON THE COURT'S CALENDAR.

01:54PM 15        AGAIN, EVEN IF IT'S A YEAR FROM NOW WHEN THE COURT HAS THE

01:54PM 16   TIME TO GIVE US THOSE TWO-PLUS MONTHS, WE WOULD APPRECIATE IT.

01:54PM 17             THE COURT:  OKAY.

01:54PM 18             MR. DOWNEY:  YOUR HONOR --

01:54PM 19             THE COURT:  WELL, LOOKING AHEAD -- I KNOW YOU CAN'T

01:55PM 20   TELL ME TODAY, COUNSEL, YOU CAN'T TELL ME TODAY WHAT YOUR --

01:55PM 21   THE TIME YOU NEED FOR YOUR DEFENSE.

01:55PM 22             MR. DOWNEY:  NO.

01:55PM 23             THE COURT:  BUT MY SENSE IS THAT IT MIGHT MIRROR

01:55PM 24   THIS AS WELL AND PERHAPS BE LONGER.

01:55PM 25             MR. COOPERSMITH:  YES, YOUR HONOR.

01:55PM  1          MR. DOWNEY:  THAT'S OUR SENSE, YOUR HONOR, FROM WHAT

01:55PM  2   THE GOVERNMENT HAS SAID TO US.

01:55PM  3          THE COURT:  SO RECOGNIZING THE BUSINESS OF FEDERAL

01:55PM  4   DISTRICT COURTS IN THIS -- IN THE NORTHERN DISTRICT OF

01:55PM  5   CALIFORNIA, AND PARTICULARLY THE SAN JOSE DIVISION, IF I CAN

01:55PM  6   SAY THAT, WE'RE BUSY.

01:55PM  7          MR. DOWNEY:  I SEE.

01:55PM  8          THE COURT:  IT WOULD MAKE SENSE FOR MY CALENDAR, AND

01:55PM  9   MY COLLEAGUES AS WELL, TO BLOCK OUT SOME TIME, EXPECTATION SO

01:55PM  10  THAT WE CAN PROPERLY ADJUST OUR CALENDAR FOR THE OTHER CASES

01:55PM  11  THAT WE HAVE NEED TO TAKE CARE OF.

01:56PM  12      IS THAT SOMETHING THAT WE CAN DO TODAY?

01:56PM  13          MR. DOWNEY:  YOUR HONOR, CAN I MAKE A SUGGESTION?

01:56PM  14  EVERYTHING THAT MR. SCHENK SAYS IS SENSIBLE.  THIS IS GOING TO

01:56PM  15  BE A LONG TRIAL, AND IT'S GOING TO REQUIRE A LOT OF

01:56PM  16  COORDINATION, AND I THINK A SIGNIFICANT ADVANCE NOTICE IS

01:56PM  17  APPROPRIATE.

01:56PM  18      I REALLY DO THINK WHEN THE PROCESSES I'VE IDENTIFIED HAVE

01:56PM  19  HAD THE OPPORTUNITY TO PLAY OUT, WE'LL BE IN A BETTER POSITION

01:56PM  20  TO SAY WHETHER THAT'S NINE MONTHS FROM JULY, WHICH WOULD STILL

01:56PM  21  BE A YEAR FROM TODAY, OR WHETHER IT'S A YEAR FROM JULY.  I

01:56PM  22  THINK THE WORST POSSIBLE RESULT, WHICH WE ALL AGREE ON AND

01:56PM  23  WHICH I'M SURE THE COURT AGREES ON, IS GETTING CLOSER TO A

01:56PM  24  TRIAL AND UNEXPECTED EVENTS THAT CHANGE THE TRIAL DATE.

01:56PM  25          SO I WILL COMMIT TO THE COURT THAT WE WILL TRY TO GIVE A

01:56PM   1    RELIABLE TRIAL DATE AS I'M SURE THE GOVERNMENT WILL WHEN WE

01:56PM   2    PROPOSE ONE.  BUT MY SUGGESTION WOULD BE THAT WE CONFER IN

01:56PM   3    ADVANCE OF A JULY CONFERENCE, COME UP WITH A PROPOSED SCHEDULE,

01:56PM   4    ASSUMING THE ISSUES THAT WE'VE IDENTIFIED ARE RESOLVED AND

01:57PM   5    KNOWABLE AT THAT POINT, AND COME BACK AT THAT TIME AND TRY TO

01:57PM   6    IDENTIFY WHAT THE APPROPRIATE LENGTH OF TIME IS AND WHAT THE

01:57PM   7    APPROPRIATE PRECISE SCHEDULING IS SO THAT WHEN THE COURT

01:57PM   8    SCHEDULES THOSE DATES IT CAN HAVE CONFIDENCE IN THEM.

01:57PM   9         MR. COOPERSMITH:  YOUR HONOR, IF I COULD ADD ONE

01:57PM  10    THING.  SO THE GOVERNMENT ON THE CRIMINAL SIDE HERE HAS BEEN

01:57PM  11    INVESTIGATING THIS CASE SINCE SOMETHING LIKE EARLY 2016 AND

01:57PM  12    HAS -- IT'S NOW, YOU KNOW, SINCE THE INDICTMENT WAS IN JUNE OR

01:57PM  13    MID-JUNE OF 2018 AND WE JUST RECEIVED 3 MILLION PAGES OF

01:57PM  14    DOCUMENTS, YOU KNOW, IN THE MIDDLE OF MARCH.  SO JUST VERY

01:57PM  15    RECENTLY.

01:57PM  16         SO IT IS OBVIOUSLY VERY DIFFICULT TO REVIEW ALL OF THESE

01:57PM  17    DOCUMENTS, BUT THE THING I WANTED TO SAY IN PARTICULAR THAT

01:57PM  18    HASN'T BEEN MENTIONED YET IS THAT THE GOVERNMENT HAS SAID THAT

01:57PM  19    IT'S CONTINUING TO INVESTIGATE THIS CASE.  IT'S CONTINUING TO

01:57PM  20    USE THE GRAND JURY, IT'S CONTINUING TO DO THAT.

01:57PM  21         IF WE SET THE STATUS HEARING IN JULY AS SUGGESTED IN THE

01:57PM  22    STATUS REPORT AND WE ALL COME BACK AND AT THAT POINT WE'RE ALL

01:58PM  23    PREPARED TO TALK ABOUT A TRIAL DATE, I'M HOPING THAT THE

01:58PM  24    GOVERNMENT WILL BE IN A POSITION TO SAY WHETHER THE CASE AS

01:58PM  25    CHARGED NOW IS WHAT THE CASE IS OR WHETHER IT'S GOING TO BE

01:58PM   1   SOMETHING DIFFERENT.

01:58PM   2        YOU KNOW, CERTAINLY BY JULY THEY OUGHT TO BE ABLE TO DO

01:58PM   3   THAT IF THEY'RE NOT PREPARED TO DO THAT TODAY.

01:58PM   4            THE COURT:  IT SOUNDS LIKE A REQUEST.

01:58PM   5            MR. SCHENK:  YOUR HONOR, WE APPRECIATE THE REQUEST.

01:58PM   6   WE RESPECTFULLY ARE GOING TO DECLINE TO TAKE MR. COOPERSMITH UP

01:58PM   7   ON THAT REQUEST.

01:58PM   8        IF HIS CONCERN IS BEING SHORT SET; THAT IS, GOING TO TRIAL

01:58PM   9   ON AN INDICTMENT THAT WAS NOT THE INDICTMENT THAT HE WAS

01:58PM  10   EXPECTING TO GO TO TRIAL ON, THE SPEEDY TRIAL ACT 3161 DEALS

01:58PM  11   WITH THAT SCENARIO.  THERE IS LAW ON THAT SUBJECT.

01:58PM  12        IF IT ISN'T THAT AND RATHER IT'S JUST TELL US IF YOU'RE

01:58PM  13   STILL INVESTIGATING US AND IF YOU'RE LIKELY TO FACE MORE

01:58PM  14   CRIMINAL CHARGES, THAT'S SOMETHING THAT WE DON'T DO AND UNLESS

01:58PM  15   THE COURT WOULD ORDER US TO WE WOULD ASK TO BE HEARD ON THE

01:58PM  16   ISSUE.  WE'RE NOT INCLINED TO REVEAL ONGOING INVESTIGATIONS.

01:58PM  17            THE COURT:  PERHAPS THAT WAS AN ASPIRATIONAL

01:59PM  18   STATEMENT.  WELL, LET'S -- WHY DON'T WE -- IT SEEMS TO ME THAT

01:59PM  19   I'D LIKE TO GET SOME CLOSURE ON CAPTURING A SERIES OF -- IT

01:59PM  20   SOUNDS LIKE WE'RE GOING TO CAPTURE A SERIES OF MONTHS THAT THE

01:59PM  21   TRIAL WILL BE IN, AND OF COURSE WE'LL HAVE TO TIME QUALIFY, ET

01:59PM  22   CETERA, BUT I WOULD LIKE TO CAPTURE SOME TIME CERTAIN IF WE CAN

01:59PM  23   SO THAT WE CAN RESERVE THAT TIME FOR ALL OF YOU FOR THE WORK

01:59PM  24   THAT YOU NEED TO DO.

01:59PM  25        PERHAPS WE CAN BEST DO THAT IN JULY, AND I'M LOOKING AT

```
01:59PM   1      OUR CALENDAR THINKING JULY 1ST OR JULY 8TH.

01:59PM   2           DO YOU HAVE A PREFERENCE, ADRIANA?

01:59PM   3                THE CLERK:  FOR FURTHER STATUS, YOUR HONOR?

01:59PM   4                THE COURT:  YES.

01:59PM   5                THE CLERK:  JULY 1ST IS A BETTER DATE FOR THE COURT.

01:59PM   6                MR. DOWNEY:  THAT'S FINE FOR MS. HOLMES.

01:59PM   7                THE COURT:  ANY OBJECTION TO JULY 1ST?

02:00PM   8                MR. COOPERSMITH:  NO, YOUR HONOR.

02:00PM   9                MR. BOSTIC:  THAT'S FINE FOR THE GOVERNMENT.

02:00PM  10                MR. SCHENK:  NO.

02:00PM  11                THE COURT:  I HEAR NONE.  THANK YOU.  THAT WILL

02:00PM  12      ALLOW US ALSO TO HEAR THE JUNE 10TH MOTION SO WE'LL HAVE SOME

02:00PM  13      RESOLUTION ON THE JUNE 10TH MOTION WHICH MAY BE HELPFUL, AND

02:00PM  14      DEPENDING ON YOUR DISCUSSIONS ABOUT THIS DISCOVERY ISSUE,

02:00PM  15      WHATEVER REMAINS MIGHT MAKE THAT MOTION LESS INTENSIVE AS IT

02:00PM  16      PRESENTS NOW.  OF COURSE, I ONLY HAVE ONE SIDE OF IT.

02:00PM  17           ALL RIGHT.  LET'S CONTINUE THESE CASES.  ANYTHING FROM THE

02:00PM  18      S.E.C. THAT I SHOULD KNOW ABOUT?

02:00PM  19                MS. LAMARCA:  YES, YOUR HONOR.  THIS IS MORE IN THE

02:00PM  20      NATURE OF HOUSEKEEPING BUT CURRENTLY THE COURT HAS A MAY 30TH

02:00PM  21      DATE FOR SETTING A TRIAL IN THIS CASE AND THE LAST TIME THAT WE

02:00PM  22      MET THE S.E.C. HAD AGREED, AT THE DEFENDANT'S REQUEST, TO ALLOW

02:00PM  23      FOR A POTENTIAL EXTENSION OF OUR DISCOVERY CUTOFF.

02:01PM  24                THE COURT:  RIGHT.

02:01PM  25                MS. LAMARCA:  I GET THAT THIS MAY CHANGE GIVEN THE
```

02:01PM 1    STAY MOTION, ET CETERA, AND WE'RE WILLING TO DEFER THAT ISSUE

02:01PM 2    UNTIL THE FUTURE, BUT I DO THINK THAT SINCE THE MOTION HAS BEEN

02:01PM 3    SET FOR JUNE 10TH, WE AT LEAST NEED TO TAKE CARE OF THIS MAY

02:01PM 4    30TH DATE IN THE INTERIM.

02:01PM 5              MR. COOPERSMITH:  THAT MAKES SENSE, YOUR HONOR, THAT

02:01PM 6    WE MOVE THE MAY 30TH.  I AGREE WITH MS. LAMARCA.

02:01PM 7          REGARDING THE STAY MOTION, AS THE COURT ALREADY SAID THAT

02:01PM 8    WILL BE HEARD ON JUNE 10TH, AND WE'LL RESPOND, AND I'M SURE THE

02:01PM 9    GOVERNMENT WILL SUBMIT A REPLY BRIEF.

02:01PM 10         BUT I THINK THAT THE REQUEST FOR A CONTINUANCE OR AN

02:01PM 11   EXTENSION OF DISCOVERY SHOULD BE RULED AND DECIDED ON TODAY,

02:01PM 12   AND THERE'S A FEW REASONS FOR THAT.

02:01PM 13         FIRST OF ALL, THE S.E.C. AND THE DEFENSE FOR MR. BALWANI

02:01PM 14   AGREE THAT THERE SHOULD AN EXTENSION OF DISCOVERY.  WE DISAGREE

02:01PM 15   ABOUT EXACTLY WHAT THE LENGTH SHOULD BE.  THEY SAID UP TO 3

02:01PM 16   MONTHS, AND WE THINK THE MAGNITUDE OF THIS CASE AND THE VOLUME

02:01PM 17   OF DOCUMENTS WARRANT AN EXTENSION OF 12 MONTHS, BUT WE AGREE ON

02:02PM 18   AN EXTENSION.

02:02PM 19         SO IF THAT CAN BE DECIDED UPON, THAT WAY WHAT WILL HAPPEN

02:02PM 20   IS THAT IF THE COURT DENIES THE GOVERNMENT'S MOTION TO STAY,

02:02PM 21   WE'LL BE IN A POSITION TO CONTINUE TO TAKE DISCOVERY AND ALSO

02:02PM 22   RIGHT NOW WE'LL BE ABLE TO GET THINGS ON THE CALENDAR, BECAUSE

02:02PM 23   AS I SAID THE LAST TIME I WAS BEFORE THE COURT, SOME OF THESE

02:02PM 24   WITNESSES ARE BILLIONAIRES AND OTHERS OF THAT ILK WHO MAKE IT

02:02PM 25   VERY DIFFICULT TO SCHEDULE, AND WE TRY TO BE COURTEOUS IN

02:02PM  1      SCHEDULING TIME FOR THAT THOSE PEOPLE.

02:02PM  2              THE COURT:  THEY HAVEN'T MET THE UNITED STATES

02:02PM  3      MARSHAL.

02:02PM  4              MR. COOPERSMITH:  IF IT CAME TO THAT I SUPPOSE THEY

02:02PM  5      COULD, BUT WE DON'T WANT TO HAVE THAT SITUATION IF WE CAN AVOID

02:02PM  6      IT.

02:02PM  7          (LAUGHTER.)

02:02PM  8              MR. COOPERSMITH:  BUT, YOUR HONOR, IF WE AGREE ON

02:02PM  9      THE EXTENSION OR THE COURT RULES ON AN EXTENSION TODAY,

02:02PM 10      OBVIOUSLY IF ON JUNE 10TH THE COURT DOES STAY THE CASE, OVER

02:02PM 11      OUR OPPOSITION, THEN THAT WILL BE THE END OF DISCOVERY UNTIL

02:02PM 12      SOME OTHER POINT IN TIME.

02:02PM 13              THE COURT:  I APPRECIATE THAT.  I THINK A YEAR STAY

02:02PM 14      IS A LITTLE -- THAT'S JUST A BRIDGE TOO FAR TODAY FOR ME TO

02:03PM 15      MAKE.

02:03PM 16          ANYTHING FURTHER ON THAT?

02:03PM 17          AND PERHAPS -- I DON'T MEAN TO SUGGEST THAT DISCOVERY

02:03PM 18      SHOULD BE INCREMENTAL AT ALL.  I'D LIKE TO GIVE YOU FULL

02:03PM 19      LATITUDE OF DISCOVERY THAT YOU NEED, BUT I DO THINK THAT IN ALL

02:03PM 20      CANDOR A YEAR IS A BIT MUCH, AND I WAS LOOKING AT 90 DAYS AND

02:03PM 21      PERHAPS WE CAN START WITH THAT AND SEE WHERE WE GO.

02:03PM 22          EVERYTHING IS KIND OF FLUID HERE IN ANY EVENT.

02:03PM 23              MR. COOPERSMITH:  I UNDERSTAND WHAT THE COURT IS

02:03PM 24      SAYING OF COURSE.  THE PROBLEM IS, YOUR HONOR, IF WE ONLY HAVE

02:03PM 25      A THREE-MONTH EXTENSION, WE'RE NOW GOING TO BE IN THE SUMMER

02:03PM  1    TOWARDS THE END OF THAT PERIOD.  IT'S GOING TO BE VERY

02:03PM  2    DIFFICULT TO SCHEDULE THINGS FOR SOME WITNESSES,

02:03PM  3    NOTWITHSTANDING THE POWER OF THE UNITED STATES MARSHALS, YOUR

02:03PM  4    HONOR, AND --

02:03PM  5              THE COURT:  YOU UNDERESTIMATE THEM.

02:03PM  6              MR. COOPERSMITH:  NO, I DON'T.  I WAS A FEDERAL

02:03PM  7    PROSECUTOR, AND I HAVE TOTAL FAITH IN THE PARTIALS, BUT I DON'T

02:03PM  8    THINK THAT'S WHERE WE REALLY WANT TO BE.

02:03PM  9              THE COURT:  SURE.  I APPRECIATE THAT.

02:03PM  10             MR. COOPERSMITH:  SO THE PROBLEM IS IN SOME CASES

02:04PM  11   WE'RE ALREADY TALKING TO WITNESSES, ASSUMING THERE WAS ANY

02:04PM  12   EXTENSION, OF SCHEDULING THINGS IN JULY, AND THAT'S THREE

02:04PM  13   MONTHS FROM NOW.

02:04PM  14        SO I THINK IT'S GOING TO MAKE IT VERY DIFFICULT FOR

02:04PM  15   SCHEDULING PURPOSES IF WE HAVE ONLY A THREE MONTH EXTENSION

02:04PM  16   GIVEN THAT WILL BE RIGHT AT THE SUMMER PERIOD AT THAT POINT.

02:04PM  17        SO IF THE COURT IS NOT WILLING TO GRANT A 12-MONTH

02:04PM  18   EXTENSION, OBVIOUSLY THAT'S WHAT WE REQUESTED, SOME PERIOD OF

02:04PM  19   TIME BETWEEN THE 3 MONTHS THE S.E.C. SAID AND THE 12 MONTHS

02:04PM  20   WE'RE SAYING WOULD MAKE SENSE.

02:04PM  21        AGAIN, YOU KNOW, THE STAY MOTION WON'T AFFECT IT BECAUSE

02:04PM  22   THE COURT CAN RULE ON JUNE 10TH ONE WAY OR THE OTHER.

02:04PM  23             MS. LAMARCA:  YOUR HONOR, WE OPPOSE A LONGER

02:04PM  24   EXTENSION FOR THE REASONS THAT WE SET FORTH IN THE JOINT CMC

02:04PM  25   STATEMENT.  I THINK ONE THING THAT WE HAVE NOT SEEN IN THIS

02:04PM   1    CASE IS ANYTHING OTHER THAN ARGUMENTS ABOUT THINGS LIKE

02:04PM   2    DISCOVERY, AND IT IS, NO DOUBT, DIFFICULT TO GET SOME WITNESSES

02:04PM   3    TO AGREE TO CERTAIN DATES, BUT WE DO IT ALL OF THE TIME.

02:04PM   4    THAT'S WHAT WE DO.

02:04PM   5         AND IN OUR CASES A THREE MONTH EXTENSION USUALLY WORKS FOR

02:05PM   6    EVERYONE.  SO I CAN'T IMAGINE IF THIS IS SO DIFFERENT THAT IT

02:05PM   7    REALLY REQUIRES THAT WE DEPART FROM THE NORMS IN ALL OF OUR

02:05PM   8    CASES.  WE WOULD OPPOSE ANYTHING LONGER THAN THREE MONTHS.

02:05PM   9              MR. COOPERSMITH:  YOUR HONOR, ONE OTHER THING ABOUT

02:05PM  10    THAT.  AS WE SAID IN THE STATUS REPORT, EVERY STEP OF THE WAY

02:05PM  11    WE HAVE RUN INTO NOTHING BUT OBSTACLES WITH SCHEDULING

02:05PM  12    WITNESSES FOR DEPOSITIONS, FOR DOCUMENTS.  EVEN WHEN IT COMES

02:05PM  13    TO THE UNITED STATES GOVERNMENT ITSELF, WE ISSUED SUBPOENAS TO

02:05PM  14    CMS AND FDA, AS I SAID BEFORE, IN SEPTEMBER OF 2018, AND WE'VE

02:05PM  15    MET AND CONFERRED FOR MONTHS, AND MONTHS, AND MONTHS AND NOW WE

02:05PM  16    ARE TRYING TO FRAME THE ISSUES BEFORE THE COURT IF WE HAVE TO

02:05PM  17    GO TO THE MOTION.

02:05PM  18         IT'S ONE THING AFTER ANOTHER.  I CAN TELL YOU THESE THIRD

02:05PM  19    PARTIES, THESE BILLIONAIRES AND OTHERS, NOT SURPRISINGLY, THEY

02:05PM  20    REALLY DON'T WANT TO HAVE ANYTHING TO DO WITH THIS CASE.  THEY

02:05PM  21    HAVE BIG LAW FIRMS REPRESENTING THEM.  IT'S NOT THAT WE'RE

02:05PM  22    POWERLESS, YOUR HONOR.  WE UNDERSTAND WE CAN PUT OUR FOOT DOWN.

02:06PM  23    WE HAVE IN SOME INSTANCES.  IT'S VERY DIFFICULT, AND AS WE HAVE

02:06PM  24    SAID, WE HAVE RUN INTO NOTHING BUT OBSTACLES.

02:06PM  25         IN ADDITION, AS WE SAID IN THE STATUS REPORT, WE LEARNED

02:06PM 1    THAT THE S.E.C. HAD DOCUMENTS FROM SOME AGENCIES FOR A COUPLE

02:06PM 2    OF YEARS, AND, YOU KNOW, HAD NOT PRODUCED THEM INITIALLY AND

02:06PM 3    THEN WE FINALLY DID GET THEM.

02:06PM 4        I'VE WRITTEN THREE LETTERS, YOUR HONOR, TO COUNSEL FOR THE

02:06PM 5    S.E.C. SAYING CAN YOU PLEASE CONFIRM THAT YOU HAVE EVERY

02:06PM 6    DOCUMENT THAT YOU HAVE FROM THIRD PARTIES AND THAT'S

02:06PM 7    DISCOVERABLE, AND I HAVE NEVER GOTTEN A RESPONSE TO ANY OF THE

02:06PM 8    PARTIES ON THAT POINT.

02:06PM 9        I UNDERSTAND COUNSEL FOR THE S.E.C. IS BUSY AND THEY HAVE

02:06PM 10   A LOT OF CASES, BUT THE POSTURE OF THIS CASE RIGHT NOW, I

02:06PM 11   THINK, FULLY WARRANTS A LONGER EXTENSION THAN THE THREE MONTHS,

02:06PM 12   AND I THINK THAT WILL MAKE DISCOVERY EFFICIENT.

02:06PM 13       AGAIN, THE COURT CAN RULE ON THE OTHER ISSUE ON JUNE 10TH.

02:06PM 14           MS. LAMARCA:  WE DON'T HAVE ANYTHING FURTHER.  WE

02:06PM 15   DISAGREE WITH COUNSEL'S REPRESENTATIONS ABOUT DISCOVERY IN THIS

02:06PM 16   CASE SO FAR.

02:06PM 17           THE COURT:  OKAY.  THANK YOU.  ANYONE ELSE WISH TO

02:06PM 18   BE HEARD ON THIS?  ALL RIGHT.  THANK YOU VERY MUCH.

02:06PM 19       WELL, I APPRECIATE YOUR RECOGNIZING ASPIRATIONAL GOALS BUT

02:07PM 20   A YEAR, THAT'S A BRIDGE TOO FAR, AS I'VE SAID.  SO 90 DAYS

02:07PM 21   SOUNDS REASONABLE TO ME, BUT I'LL MAKE IT 120 DAYS.  I KNOW

02:07PM 22   THAT'S NOT EXACTLY WHAT YOU WANT, BUT WE'LL MAKE IT 120 DAYS

02:07PM 23   AND THEN WE'LL HOPEFULLY -- WELL, WE'LL SEE EACH OTHER JULY

02:07PM 24   1ST, AND BY THEN WE'LL HAVE SOME KNOWLEDGE AS TO THE JUNE 10TH

02:07PM 25   MOTION AS WELL AND THAT WILL BE HELPFUL AS WELL.

02:07PM 1          MR. COOPERSMITH:  JULY 1ST, YOUR HONOR?

02:07PM 2          THE COURT:  YES.  JULY 1ST WILL BE OUR NEXT STATUS

02:07PM 3    CONFERENCE, JULY 1ST, JULY 1ST, AND THAT WILL BE AT 1:30.  I

02:07PM 4    WILL EXCLUDE TIME AS TO EACH DEFENDANT IN EACH CASE TO ALLOW

02:07PM 5    FOR EFFECTIVE REPRESENTATION, AND THERE'S OTHER TERABYTES AND

02:07PM 6    OTHER DISCOVERY THAT YOU HAVE TALKED ABOUT TODAY THAT COUNSEL

02:07PM 7    HAS INDICATED THEY NEED TO REVIEW.

02:07PM 8          ANY OBJECTION TO THE COURT EXCLUDING TIME ON THAT BASIS?

02:07PM 9          MR. DOWNEY:  NO OBJECTION FOR MS. HOLMES.

02:08PM 10          MR. COOPERSMITH:  NO OBJECTION FOR MR. BALWANI.

02:08PM 11          THE COURT:  ALL RIGHT.  TIME IS EXCLUDED, AND WE'LL

02:08PM 12    SEE EVERYONE BACK ON THAT DATE.

02:08PM 13          ANYTHING FURTHER BEFORE WE END TODAY?

02:08PM 14          MR. COOPERSMITH:  ONE QUICK THING, YOUR HONOR.

02:08PM 15          THE COURT:  YES.

02:08PM 16          MR. COOPERSMITH:  UNTIL THE JUNE 10TH MOTION IS

02:08PM 17    HEARD AND THE COURT RULES ON THAT, THERE'S NO STAY IN EFFECT?

02:08PM 18          THE COURT:  YES, THAT'S CORRECT.  THANK YOU VERY

02:08PM 19    MUCH.  WE'LL SEE YOU SOON.

20          (COURT CONCLUDED AT 2:08 P.M.)

21

22

23

24

25

1

2

3                     CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  APRIL 25, 2019

19

20

21

22

23

24

25

# EXHIBIT B

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

   UNITED STATES OF AMERICA,        )   CR-18-00258-EJD &
5                                    )   CV-18-01603-EJD
                  PLAINTIFF,         )
6                                    )
              VS.                    )   SAN JOSE, CALIFORNIA
7                                    )
   ELIZABETH A. HOLMES AND RAMESH    )   JUNE 28, 2019
8  SUNNY BALWANI,                    )
                                     )   PAGES 1 - 71
9                 DEFENDANTS.        )
   _____   )
10                                   )
   SECURITIES AND EXCHANGE           )
11 COMMISSION,                       )
                                     )
12                PLAINTIFF,         )
                                     )
13            VS.                    )
                                     )
14 RAMESH SUNNY BALWANI,             )
                                     )
15                DEFENDANT.         )
   _____   )
16
                  TRANSCRIPT OF PROCEEDINGS
17         BEFORE THE HONORABLE EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE
18
   A P P E A R A N C E S:
19
   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
20                        BY:  JOHN BOSTIC
                               ROBERT LEACH
21                             JEFFREY SCHENK
                          150 ALMADEN BOULEVARD, SUITE 900
22                        SAN JOSE, CALIFORNIA 95113
        (APPEARANCES CONTINUED ON THE NEXT PAGE.)
23 OFFICIAL COURT REPORTER:
                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                        CERTIFICATE NUMBER 8074

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)
 2
 3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
 4                                 LANCE WADE
                              725 TWELFTH STREET, N.W.
 5                            WASHINGTON, D.C. 20005
 6                            LAW OFFICE OF JOHN D. CLINE
                              BY:  JOHN D. CLINE
 7                            ONE EMBARCADERO CENTER, SUITE 500
                              SAN FRANCISCO, CALIFORNIA 94111
 8
      FOR DEFENDANT BALWANI:  DAVIS, WRIGHT & TREMAINE LLP
 9                            BY:  STEPHEN CAZARES
                              505 MONTGOMERY STREET, SUITE 800
10                            SAN FRANCISCO, CALIFORNIA 94111
11                            CORR CRONIN LLP
                              BY:  STEVEN FOGG
12                            1001 FOURTH AVENUE, SUITE 3900
                              SEATTLE, WASHINGTON 98154
13
      FOR THE S.E.C.:         UNITED STATES SECURITIES AND EXCHANGE
14                            COMMISSION
                              BY:  SUSAN F. LAMARCA
15                                 MARC D. KATZ
                              44 MONTGOMERY STREET, SUITE 2600
16                            SAN FRANCISCO, CALIFORNIA 94104
17
18
19
20
21
22
23
24
25
```

```
 1    SAN JOSE, CALIFORNIA                    JUNE 28, 2019

 2                      P R O C E E D I N G S

 3         (COURT CONVENED AT 10:05 A.M.)

 4         (COURT CONVENED AT 10:05 A.M.)

 5              THE COURT:  THIS IS 18-258, UNITED STATES VERSUS

 6    ELIZABETH HOLMES AND UNITED STATES VERSUS RAMESH SUNNY BALWANI.

 7         THERE'S A COMPANION CASE 18-1603 WHICH IS THE S.E.C. CASE,

 8    AND WE'LL TURN TO THAT IN JUST A MOMENT.

 9         MAY I HAVE THE APPEARANCES, PLEASE.

10              MR. BOSTIC:  GOOD MORNING, YOUR HONOR.  JOHN BOSTIC,

11    JEFF SCHENK, AND BOB LEACH FOR THE UNITED STATES.

12              THE COURT:  THANK YOU.  GOOD MORNING.

13              MR. DOWNEY:  GOOD MORNING, YOUR HONOR.  KEVIN DOWNEY

14    FROM WILLIAMS & CONNOLLY FOR MS. HOLMES AND WITH ME ARE

15    PARTNER, LANCE WADE, AND OUR CO-COUNSEL, JOHN CLINE.

16              THE COURT:  THANK YOU.  GOOD MORNING.

17              MR. CAZARES:  GOOD MORNING, YOUR HONOR.

18    STEPHEN CAZARES FOR MR. BALWANI.  WITH ME IS MR. STEVEN FOGG

19    WHO ALSO REPRESENTS MR. BALWANI.

20              THE COURT:  THANK YOU.  GOOD MORNING.

21         LET ME JUST THANK COUNSEL FOR -- WE DID RESCHEDULE THIS TO

22    THIS MORNING FROM -- I ADVANCED IT FROM MONDAY, AND LET ME

23    THANK YOU FOR THAT COURTESY.

24         WELL, TODAY WE HAVE A MOTION TO COMPEL REGARDING DISCOVERY

25    MATTERS.  WE HAD SOME DISCUSSIONS ABOUT DISCOVERY WHEN WE WERE
```

10:06AM 1    LAST IN COURT AND THERE WAS SOME REPRESENTATIONS MADE.

10:06AM 2        I SUPPOSE -- LET ME INDICATE WHAT I HAVE REVIEWED HERE.  I

10:06AM 3    HAVE REVIEWED YOUR PLEADINGS IN THIS CASE WHICH INCLUDE

10:07AM 4    DOCUMENT 67, WHICH IS THE MOTION TO COMPEL; DOCUMENT 79, WHICH

10:07AM 5    IS THE GOVERNMENT'S OPPOSITION; DOCUMENT 81, WHICH IS THE

10:07AM 6    REPLY, DEFENSE REPLY, AND ALL OF THE ATTACHMENTS THERETO;

10:07AM 7    DOCUMENT 82 IS MR. BALWANI'S REPLY; DOCUMENT 81-1 IS THE

10:07AM 8    DECLARATION OF MR. WADE IN FURTHER SUPPORT OF THE MOTION TO

10:07AM 9    COMPEL.

10:07AM 10       I'VE LOOKED ALSO AT THE JOINDER FILED BY MR. BALWANI AND

10:07AM 11   THAT WAS DOCUMENT 68; AND DOCUMENT 88, FINALLY, IS THE JOINT

10:07AM 12   SUPPLEMENTAL CASE MANAGEMENT STATEMENT; AND DOCUMENT 80 IS THE

10:07AM 13   JOINT STATEMENT.

10:07AM 14       HAVE I LEFT ANYTHING OUT THAT EITHER PARTY WANTS TO DRAW

10:07AM 15   MY ATTENTION TO?

10:07AM 16           MR. BOSTIC:  NO, YOUR HONOR, NOT FOR THE GOVERNMENT.

10:07AM 17   THANK YOU VERY MUCH.

10:07AM 18           THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:08AM 19       WELL, WHY DON'T I GET AN UPDATE, IF I MAY AS TO -- PARDON

10:08AM 20   ME.  BEFORE WE DO THAT, I DO WANT TO DO ONE THING.  I'D LIKE TO

10:08AM 21   SET THE CASE FOR TRIAL.  SO WHY DON'T WE GET OUR CALENDARS OUT

10:08AM 22   AND LET'S LOOK AND SEE WHAT WOULD BE APPROPRIATE FOR THAT.

10:08AM 23       I DID READ IN YOUR STATEMENTS THAT YOU'RE SUGGESTING

10:08AM 24   SEPTEMBER OF NEXT YEAR AS A DATE FOR TRIAL.  I APPRECIATE THAT

10:08AM 25   OFFER.

10:08AM  1      I'M GOING TO SUGGEST SOMETHING DIFFERENT.  THE THOUGHT

10:08AM  2    OCCURS TO ME THAT THE TIME TO SECURE A JURY BEGINNING IN

10:08AM  3    SEPTEMBER FOR THE DURATION THAT YOU'VE INDICATED, I THINK YOU

10:08AM  4    SAID 90 DAYS, 3 MONTHS, PUTS US PERILOUSLY CLOSE TO THE HOLIDAY

10:08AM  5    SEASON.  MY SENSE IS THAT THERE WILL BE PROBABLY SOME

10:08AM  6    DIFFICULTY TO SECURE JURORS WHO WOULD HAVE TIME AND BE CONFLICT

10:08AM  7    FREE AS WE APPROACH THAT HOLIDAY SEASON.  I THINK THAT'S

10:09AM  8    PERHAPS NOT A GOOD PATH TO TAKE.

10:09AM  9      I'M GOING TO SUGGEST SOMETHING ELSE.  I UNDERSTAND THAT

10:09AM 10    YOU NEED SOME TIME TO ACCOMPLISH THIS, WHAT YOU NEED TO DO.

10:09AM 11      MY THOUGHT WAS THAT WE, AND LET ME START WITH THE

10:09AM 12    AMBITIOUS DATE, PERHAPS WE COULD, PERHAPS WE COULD ENGAGE JURY

10:09AM 13    SELECTION SOME TIME THE END OF JUNE AND TAKE A BREAK AFTER WE

10:09AM 14    DO THAT.  THAT MIGHT TAKE A COUPLE OF DAYS.  WE CAN BEGIN THE

10:09AM 15    TRIAL SOME TIME, THAT IS, EVIDENCE BEGINS SOME TIME IN JULY.

10:09AM 16    FOR EXAMPLE, WE COULD BEGIN THE TRIAL SOME TIME ON JULY 7TH,

10:09AM 17    JULY 14TH, AND GO FORWARD.

10:09AM 18      RESTRAIN YOUR ENTHUSIASM, PLEASE.

10:10AM 19      (LAUGHTER.)

10:10AM 20      THE COURT:  LET ME ALSO SUGGEST THEN, GOING FORWARD,

10:10AM 21    WE COULD LOOK -- I'M ALSO LOOKING AT PERHAPS JULY 14TH FOR JURY

10:10AM 22    SELECTION, THE WEEK OF JULY 14TH FOR JURY SELECTION.

10:10AM 23      WE COULD TAKE THE FOLLOWING WEEK OFF, WHICH IS THE 20TH,

10:10AM 24    AND THEN PERHAPS ENGAGE EVIDENCE ON THE 28TH, 29TH, THAT WEEK.

10:10AM 25      IF THAT DOESN'T WORK, I'M GIVING YOU SO MANY OUTS HERE, WE

10:10AM  1    COULD -- I THINK THE 28TH WE COULD, AS I SAID, BEGIN JURY

10:10AM  2    SELECTION AND THEN START EVIDENCE ON THE 4TH OF AUGUST.  I

10:10AM  3    THINK THAT'S -- THAT'S BASICALLY THAT LATTER IS PUSHING IT --

10:10AM  4    ADVANCING US ABOUT A MONTH, BUT I AM -- I DO HAVE SOME CONCERN

10:10AM  5    ABOUT GOING INTO THE HOLIDAY SEASON.  PERHAPS YOU HAVE HOLIDAY

10:10AM  6    PLANS AS WELL.

10:11AM  7            MR. SCHENK:  YOUR HONOR, FROM THE GOVERNMENT'S

10:11AM  8    PERSPECTIVE THE GOVERNMENT IS PREPARED TO TRY THE CASE AT THE

10:11AM  9    CONVENIENCE OF THE COURT.

10:11AM 10        WHEN WE WERE LAST BEFORE YOUR HONOR IN APRIL, THE

10:11AM 11    GOVERNMENT ASKED THE COURT TO SET THE MATTER FOR TRIAL THEN

10:11AM 12    RECOGNIZING THAT DISCOVERY WAS VOLUMINOUS AND THE DEFENSE WOULD

10:11AM 13    NEED A SIGNIFICANT AMOUNT OF TIME TO PREPARE.

10:11AM 14        WE ASKED THE COURT TO SET A TRIAL DATE EVEN A YEAR FROM

10:11AM 15    THAT.  SO AT THAT TIME WE PROPOSED ROUGHLY APRIL OF 2020.

10:11AM 16        SINCE THEN WE HAD A MEET AND CONFER WITH THE DEFENSE AND

10:11AM 17    IN PARTICULAR COUNSEL FOR MS. HOLMES DESCRIBED TO US THE AMOUNT

10:11AM 18    OF WORK THAT THEY HAD LEFT TO DO TO PREPARE FOR TRIAL, AND IT

10:11AM 19    WAS KIND OF WITH THAT UNDERSTANDING THAT IN ORDER TO PREPARE

10:11AM 20    THEY FELT APRIL WAS REALLY TOO SOON.

10:11AM 21        SO I THINK THE COURT HAS GIVEN US ALL FINE SUGGESTIONS

10:11AM 22    FROM THE GOVERNMENT'S PERSPECTIVE, AND WE WOULD LEAVE IT UP TO

10:11AM 23    THE DEFENSE TO HEAR IF ONE OF THOSE DATES IS A POINT AT WHICH

10:11AM 24    THEY WOULD BE PREPARED TO BEGIN THE TRIAL.

10:11AM 25        BUT FROM THE GOVERNMENT'S PERSPECTIVE WE THINK THAT WE

10:11AM 1      WILL BE ABLE TO BEGIN AT ANY OF THOSE DATES.

10:12AM 2          I WOULD ALSO ASK, THOUGH, THAT -- AND I'M SURE THIS IS

10:12AM 3      WHAT THE COURT MEANT -- THAT THIS IS A FIRM TRIAL DATE.  WE'RE

10:12AM 4      NOT GOING TO BE COMING BACK BEFORE YOUR HONOR IN APRIL OF 2020

10:12AM 5      AND SAYING WE NOW NEED SOME ADDITIONAL TIME.  WE'RE GOING TO

10:12AM 6      HAVE SIGNIFICANT SUBPOENAS TO SERVE IN THE CASE, MANY CIVILIAN

10:12AM 7      WITNESSES, AND THERE'S REAL VALUE TO HAVING FIRM TRIAL DATES.

10:12AM 8      SO WHEN WE ASK WITNESSES TO CLEAR THEIR SCHEDULES AND TO BE

10:12AM 9      AVAILABLE FOR COURT, THAT IS A ONE-TIME REQUEST AND WE CAN SAY

10:12AM 10     IT WITH SOME LEVEL OF CERTAINTY, AND I APPRECIATE I'M SURE

10:12AM 11     THAT'S WHAT THE COURT MEANT WHEN IT WAS OFFERING THESE DATES.

10:12AM 12          THE COURT:  WELL, THANK YOU, MS. SCHENK.  THAT IS

10:12AM 13     WHAT I MEAN.  YOU'RE ASKING ME TO SET ASIDE THREE MONTHS OF

10:12AM 14     COURT TIME FOR THIS CASE, AND BOTH SIDES ARE ENTITLED TO THAT.

10:12AM 15          I'LL DO THAT.  I'LL DO THAT.

10:12AM 16          OF COURSE, YOU KNOW THE BUSINESS OF FEDERAL COURTS.  I

10:12AM 17     NEED TO DISAPPOINT OTHER COURT USERS FOR THAT TIME PERIOD.  SO

10:12AM 18     I DO WANT TO SECURE FIRM TRIAL DATES THAT GIVES EVERYONE HERE A

10:13AM 19     FIRM EVENT HORIZON TO FOCUS ON SUCH THAT THERE WON'T BE ANY

10:13AM 20     CHANGES TO THAT.

10:13AM 21          COUNSEL.

10:13AM 22          MR. DOWNEY:  YOUR HONOR, I WOULD SAY WE SHARE -- WE

10:13AM 23     UNDERSTAND THE SITUATION, WE UNDERSTAND THE NEED TO SET A DATE

10:13AM 24     GIVEN THE LENGTH OF THE TRIAL.

10:13AM 25          I WOULD SAY OF THE DATES THAT YOU HAVE SUGGESTED, WE WOULD

10:13AM  1  SUGGEST COMMENCING WITH SELECTION ON THE 28TH OF JULY.

10:13AM  2       THE COURT:  EXPERIENCED DEFENSE COUNSEL ALWAYS LOOKS

10:13AM  3  TO THE LATTER DATE.  NO CRITICISM INVOLVED.

10:13AM  4       WHEN I WAS PRACTICING, THAT WAS SOMETHING THAT I

10:13AM  5  OCCASIONALLY DID AS WELL.

10:13AM  6       MR. DOWNEY:  NO, I UNDERSTAND.  AND I ONLY WANT TO

10:13AM  7  SAY, BECAUSE THESE ISSUES ARE NOT BEFORE THE COURT TODAY, OUR

10:13AM  8  CONCERN IS NOT REALLY ABOUT THE DATE AS AN ABSTRACTION.

10:13AM  9       OUR CONCERN IS THAT THERE ARE ANY NUMBER OF ISSUES IN

10:13AM 10  TERMS OF THE GOVERNMENT'S RULE 26 COMPLIANCE THAT ARE STILL

10:13AM 11  OUTSTANDING.

10:13AM 12       WE ARE CONTINUING TO GET LARGE VOLUMES OF MATERIAL FROM

10:14AM 13  THE GOVERNMENT SO I THINK --

10:14AM 14       THE COURT:  WELL, THAT'S THE PROVERB, YOU ASK AND

10:14AM 15  YOU SHALL RECEIVE.  IT'S NOT A PROVERB BUT SOMEONE SAID THAT

10:14AM 16  ONCE.  SO, YOU KNOW, YOU ASK FOR IT, YOU GET IT, AND THEN OF

10:14AM 17  COURSE YOU HAVE TO DIGEST IT.  SO I APPRECIATE THAT.  THERE'S

10:14AM 18  VOLUMINOUS DISCOVERY HERE.

10:14AM 19       I THINK IF WE SET, AND THAT WAS MY THOUGHT, AND I'M SORRY

10:14AM 20  TO INTERRUPT YOU, BUT MY THOUGHT WAS THE FIRST THING WE DO IS

10:14AM 21  LET'S SET A TRIAL DATE THAT WE CAN ALL FOCUS ON AND THEN YOU

10:14AM 22  CAN ADJUST YOUR WORK SCHEDULES ACCORDINGLY, THE PRODUCTION, AND

10:14AM 23  I'M GOING TO TALK ABOUT THAT IN A MOMENT.

10:14AM 24       JUST TO ADVANCE THAT CONVERSATION, I'LL PROBABLY BE

10:14AM 25  TELLING THE GOVERNMENT, YOU NEED TO TELL THESE FOLKS TO RAMP IT

10:14AM 1    UP BECAUSE WE NOW HAVE A TRIAL DATE.

10:14AM 2            MR. DOWNEY:  YEAH.  AND I EXPECT, YOUR HONOR, THAT

10:14AM 3    WE'LL BE ABLE TO WORK WITH THE GOVERNMENT AND EITHER AGREE ON

10:14AM 4    OR COME CLOSE TO AGREEING ON A PROPOSED SCHEDULE THAT CONFORMS

10:14AM 5    WITH THE TRIAL DATE.

10:14AM 6        AND I WOULD SAY WE'LL LIKELY BE ASKING THE COURT TO BE

10:14AM 7    ATTENTIVE TO THAT RULE 16 CUTOFF.

10:14AM 8            THE COURT:  SURE.  OKAY.

10:14AM 9            MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:15AM 10           THE COURT:  LET ME ASK YOUR COLLEAGUES.

10:15AM 11           MR. CAZARES:  YOUR HONOR, MR. BALWANI AGREES WITH

10:15AM 12   MR. DOWNEY THAT AUGUST IS LIKELY BETTER, LESS FOR OUR SCHEDULE,

10:15AM 13   BUT ALSO I'VE TRIED CASES IN THE SUMMER TIME AND JURORS ALSO

10:15AM 14   HAVE VACATION PLANS.  JULY TENDS TO BE VERY DIFFICULT TO SECURE

10:15AM 15   A LONG-TERM VOIR DIRE IN FEDERAL COURT.

10:15AM 16       SO I WOULD CONCUR THAT AUGUST MAKES SENSE.  IF WE START ON

10:15AM 17   THE 28TH, THAT WOULD AT LEAST AVOID SOME OF THE JUROR VACATION

10:15AM 18   ISSUES THAT OFTEN COME UP.

10:15AM 19           THE COURT:  I'M SORRY.  WHEN YOU SAY, "START," ARE

10:15AM 20   YOU SUGGESTING START EVIDENCE OR START THE JURY SELECTION?

10:15AM 21           MR. CAZARES:  I THINK TO THE EXTENT THAT WE START

10:15AM 22   THE JURY SELECTION AT THE END OF JULY, I DON'T THINK -- I THINK

10:15AM 23   THAT WOULD LIKELY AVOID MOST JUROR VACATION ISSUES.  I THINK

10:15AM 24   THAT'S THE GOAL IN SOME WAYS, TRY TO AVOID THEIR HOLIDAY

10:15AM 25   VACATIONS AND TRY TO AVOID MAYBE SOME OF THEIR SUMMER VACATIONS

| | |
|---|---|
| 10:15AM | 1 | AND PLANT THE TRIAL SOMEWHERE RIGHT IN BETWEEN. |
| 10:15AM | 2 | THE COURT:  MS. SCHENK? |
| 10:15AM | 3 | MR. SCHENK:  THAT IS FINE WITH THE GOVERNMENT.  AS I |
| 10:15AM | 4 | UNDERSTAND IT JULY 28TH IS JURY SELECTION? |
| 10:15AM | 5 | THE COURT:  RIGHT, THAT IS THE DATE THAT I WAS |
| 10:16AM | 6 | PROPOSING JULY 28TH.  MY SENSE IS THAT WE'LL PROBABLY BLEED |
| 10:16AM | 7 | INTO THE 29TH. |
| 10:16AM | 8 | BUT WE'LL DO JURY SELECTION THAT WEEK.  THERE WON'T BE ANY |
| 10:16AM | 9 | RECEIPT OF EVIDENCE OR OPENING STATEMENTS UNTIL THE FOLLOWING |
| 10:16AM | 10 | WEEK. |
| 10:16AM | 11 | EVIDENCE AND OPENING STATEMENTS WILL BEGIN AUGUST 4TH, |
| 10:16AM | 12 | AUGUST 4TH. |
| 10:16AM | 13 | IS THAT AGREEABLE? |
| 10:16AM | 14 | MR. SCHENK:  YES. |
| 10:16AM | 15 | MR. DOWNEY:  YES, YOUR HONOR. |
| 10:16AM | 16 | MR. CAZARES:  YES, YOUR HONOR. |
| 10:16AM | 17 | THE COURT:  ALL RIGHT.  THANK YOU.  THEN WE'VE GOT |
| 10:16AM | 18 | OUR TRIAL DATE SET. |
| 10:16AM | 19 | I WON'T SET A PRETRIAL CONFERENCE DATE YET.  WHAT I'D LIKE |
| 10:16AM | 20 | TO DO IS HAVE OUR CONVERSATION ABOUT DISCOVERY, AND THEN IF I |
| 10:16AM | 21 | SET AN INTERIM STATUS DATE, AT WHICH POINT I'LL THEN SET AN |
| 10:16AM | 22 | INTERIM STATUS CONFERENCE DATE DEPENDING ON THE DISCOVERY AS |
| 10:16AM | 23 | YOU SUGGESTED. |
| 10:16AM | 24 | OKAY.  MADAM CLERK, LET'S RESERVE THAT TIME FOR TRIAL IN |
| 10:16AM | 25 | THIS MATTER.  I THINK COUNSEL SAID THREE MONTHS? |

11:34AM 1     RESOLVE ANY DISPUTES THAT WE MAY HAVE.

11:34AM 2             THE COURT:  THAT'S HELPFUL.  THANK YOU FOR THAT.

11:34AM 3     THAT WOULD BE HELPFUL.

11:34AM 4             MR. BOSTIC:  ARE WE TALKING ABOUT A PROPOSED

11:34AM 5     PRETRIAL CALENDAR?

11:34AM 6             MR. WADE:  YES.

11:34AM 7             MR. BOSTIC:  I THINK THAT'S A GOOD IDEA.

11:34AM 8             THE COURT:  OKAY.  THANK YOU.  I APPRECIATE YOU

11:34AM 9     ADVANCING THAT.  ALSO, AFTER YOU HAVE YOUR MEET AND CONFER, AND

11:35AM 10    I ANTICIPATE IT'S GOING TO BE JUST EMINENTLY SUCCESSFUL, SHOULD

11:35AM 11    YOU NEED TO ADJUST THE 17TH, THAT IS, TO MOVE IT TO TAKE IT OFF

11:35AM 12    CALENDAR BECAUSE EVERYONE IS SATISFIED, JUST LET MS. KRATZMANN

11:35AM 13    KNOW AND WE CAN MAKE ANY ADJUSTMENTS THAT WE NEED ON THAT.

11:35AM 14    THAT'S ALWAYS OPEN.

11:35AM 15            MR. WADE:  OPTIMISM SPRINGS ETERNAL, YOUR HONOR.

11:35AM 16            THE COURT:  IT DOES.  IT DOES.  EVEN BOSTON WINS A

11:35AM 17    WORLD SERIES NOW AND THEN.  ANYTHING CAN HAPPEN.  ANYTHING

11:35AM 18    FURTHER?

11:35AM 19            MR. BOSTIC:  JUST ONE HOUSEKEEPING MATTER.

11:35AM 20            THE COURT:  YES.

11:35AM 21            MR. BOSTIC:  I BELIEVE, OF COURSE, THE PARTIES ARE

11:35AM 22    EACH CONTINUING THEIR INVESTIGATIONS AND REVIEW OF DISCOVERY.

11:35AM 23    IT MIGHT BE APPROPRIATE TO EXCLUDE TIME THROUGH THE TRIAL DATE.

11:35AM 24            THE COURT:  THANK YOU.  I WAS GOING TO DO THAT.  WE

11:35AM 25    HAVE A TRIAL DATE SET.  IT'S THE COURT'S INTENT THEN, BASED ON

| | |
|---|---|
| 11:35AM | 1 |
| 11:36AM | 2 |
| 11:36AM | 3 |
| 11:36AM | 4 |

11:35AM 1  OUR DISCUSSION HERE, AND WE'RE ONLY AT DISCOVERY, BUT I WILL

11:36AM 2  EXCLUDE TIME TO ALLOW FOR EFFECTIVE PREPARATION OF COUNSEL.

11:36AM 3  TIME IS EXCLUDED TO OUR TRIAL DATE FOR BOTH DEFENDANTS IN THIS

11:36AM 4  MATTER.

11:36AM 5  ALL RIGHT.  THANK YOU VERY MUCH.

11:36AM 6  MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:36AM 7  MR. WADE:  THANK YOU, YOUR HONOR.

11:36AM 8  MR. CAZARES:  THANK YOU.

11:36AM 9  THE COURT:  AND WE HAVE AN S.E.C. CASE.  SHOULD WE

11:36AM 10  CALL THAT NOW BEFORE EVERYONE LEAVES?

11:36AM 11  MS. LAMARCA:  SURE.

11:36AM 12  THE COURT:  THANK YOU FOR YOUR PATIENCE.

11:36AM 13  MS. LAMARCA:  SUSAN LAMARCA WITH THE S.E.C.

11:36AM 14  THE COURT:  THANK YOU.  GOOD MORNING.

11:36AM 15  MR. KATZ:  GOOD MORNING, YOUR HONOR.  MARC KATZ FOR

11:36AM 16  THE S.E.C.

11:36AM 17  THE COURT:  THANK YOU.  NICE TO SEE YOU AGAIN.

11:36AM 18  MR. CAZARES:  GOOD MORNING AGAIN, YOUR HONOR,

11:36AM 19  STEPHEN CAZARES FOR THE MR. BALWANI.

11:36AM 20  THE COURT:  THANK YOU.  GOOD MORNING.  SO WHAT

11:36AM 21  SHOULD WE DO IN THIS CASE?

11:36AM 22  MS. LAMARCA:  I THINK THE ONLY MATTER THAT WE HAVE

11:36AM 23  IN OUR JOINT STATEMENT WAS THE CONFIRMATION OF DATES THAT WE

11:36AM 24  AGREED COULD BE PUSHED OUT ANOTHER I THINK IT WAS 120 DAYS THE

11:36AM 25  COURT SET FOR THE CUTOFF OF REGULAR DISCOVERY, AND WE CAN HAD

11:36AM 1     HAD A LATTER EXPERT DISCOVERY DATE AND SO WE WANTED TO MAKE

11:36AM 2     SURE THAT THE COURT WENT AHEAD AND ORDERED THAT DATE.

11:36AM 3               MR. CAZARES:  THAT'S ACCEPTABLE, YOUR HONOR, YES.

11:37AM 4               MS. LAMARCA:  GREAT.  THANK YOU, YOUR HONOR.

11:37AM 5               THE COURT:  THANK YOU VERY MUCH.  GOOD SEEING YOU

11:37AM 6     ALL.  THANK YOU.

11:37AM 7               MR. DOWNEY:  THANK YOU, YOUR HONOR.

11:37AM 8               THE CLERK:  COURT IS ADJOURNED.

11:37AM 9          (COURT CONCLUDED AT 11:37 A.M.)

       10

       11

       12

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

1

2

3                    <u>CERTIFICATE OF REPORTER</u>

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10  CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074
17

18       DATED:  JULY 2, 2019

19

20

21

22

23

24

25

# EXHIBIT C

## NOTICE OF MANUAL FILING

Regarding: EXHIBIT C – Under Seal Document

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The filing was not e-filed for the following reasons:

EXHIBIT C – Under Seal Document

# EXHIBIT D

## NOTICE OF MANUAL FILING

Regarding: EXHIBIT D – Under Seal Document

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The filing was not e-filed for the following reasons:

EXHIBIT D – Under Seal Document

# EXHIBIT E

```
 1

 2                       UNITED STATES DISTRICT COURT

 3                    NORTHERN DISTRICT OF CALIFORNIA

 4                          SAN JOSE DIVISION

 5

     UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
 6                                     )
                    PLAINTIFF,         )
 7                                     )  SAN JOSE, CALIFORNIA
                VS.                    )
 8                                     )  APRIL 15, 2020
     ELIZABETH A. HOLMES,             )
 9                                     )  PAGES 1 - 34
                    DEFENDANT.         )
10   _____  )

11

12                TRANSCRIPT OF TELEPHONIC PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                  UNITED STATES DISTRICT JUDGE

14

     A P P E A R A N C E S (TELEPHONICALLY):
15

     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
16                         BY:  JOHN C. BOSTIC
                                JEFFREY B. SCHENK
17                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
18
                           BY:  ROBERT S. LEACH
19                              VANESSA BAEHR-JONES
                           1301 CLAY STREET, SUITE 340S
20                         OAKLAND, CALIFORNIA 94612

21       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22

     OFFICIAL COURT REPORTER:
23                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER
```

1        <u>A P P E A R A N C E S</u> <u>(TELEPHONICALLY)</u>:  (CONT'D)

2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                             BY:  KEVIN M. DOWNEY
4                                 LANCE A. WADE
                             725 TWELFTH STREET, N.W.
5                            WASHINGTON, D.C. 20005

6                            LAW OFFICE OF JOHN D. CLINE
                             BY:  JOHN D. CLINE
7                            ONE EMBARCADERO CENTER, SUITE 500
                             SAN FRANCISCO, CALIFORNIA 94111

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      SAN JOSE, CALIFORNIA                      APRIL 15, 2020

 2                     P R O C E E D I N G S

 3           (COURT CONVENED AT 10:17 A.M.)

 4              THE COURT:  ALL RIGHT.  THANK YOU.

 5           WELL, LET'S CALL THE CASE OF 18-258, THIS IS UNITED STATES

 6      OF AMERICA VERSUS ELIZABETH HOLMES.  LET ME STATE AT THE OUTSET

 7      THAT WE ARE CONDUCTING THIS HEARING BY WAY OF TELEPHONIC

 8      HEARING.

 9           THE COURT REFERS THE PARTIES TO GENERAL ORDER 74 FROM OUR

10      CHIEF JUDGE PHYLLIS HAMILTON, AND WE RECOGNIZE BECAUSE OF THE

11      CURRENT COVID-19 CRISIS, HEARINGS CURRENTLY CANNOT BE CONDUCTED

12      IN PERSON WITHOUT SERIOUSLY JEOPARDIZING PUBLIC HEALTH AND

13      SAFETY.

14           THE SAN JOSE COURTHOUSE WHERE THIS CASE IS VENUED IS

15      CLOSED AND WILL BE CLOSED CURRENTLY TO MAY 1, AND THAT IS

16      SUBJECT TO REVIEW, OF COURSE.  BUT THE COURTHOUSE IS CURRENTLY

17      CLOSED, AND WE ARE CONDUCTING THIS HEARING OTHERWISE

18      TELEPHONICALLY.

19           I'M GOING TO CALL FOR THE APPEARANCES OF THE PARTIES IN

20      JUST A MOMENT.  BUT LET ME ASK, WE ARE ON A TELEPHONIC HEARING.

21      I'M GOING TO ASK ALL PARTIES WHO ARE NOT SPEAKING TO PLEASE

22      MUTE YOUR PHONES, PLEASE MUTE YOUR PHONES, AND YOU CAN UNMUTE

23      THEM, OF COURSE, WHEN YOU'RE CALLED UPON TO SPEAK OR WHEN YOU

24      ARE SPEAKING, BUT I WOULD OTHERWISE APPRECIATE THAT.

25           LET'S START THEN WITH THE GOVERNMENT.  IF I COULD CAPTURE
```

10:19AM  1    THE APPEARANCES FOR THE GOVERNMENT, PLEASE.

10:19AM  2            MR. LEACH:  GOOD MORNING, YOUR HONOR.  THANK YOU.

10:19AM  3    THIS IS ROBERT LEACH ON BEHALF OF THE UNITED STATES AND

10:19AM  4    ALSO ON THE LINE ARE MY COLLEAGUES JEFF SCHENK, JOHN BOSTIC,

10:19AM  5    AND VANESSA BAEHR-JONES.

10:19AM  6            THE COURT:  THANK YOU.  GOOD MORNING.

10:19AM  7    LET ME TURN TO THE DEFENSE.

10:19AM  8            MR. WADE:  GOOD MORNING, YOUR HONOR.

10:19AM  9    IT'S LANCE WADE ON BEHALF OF MS. HOLMES.  WITH ME THIS

10:19AM  10   MORNING ARE KEVIN DOWNEY AND JOHN CLINE.

10:19AM  11   MS. HOLMES IS ALSO PRESENT ON THE LINE.

10:19AM  12           THE COURT:  ALL RIGHT.  MS. HOLMES, ARE YOU THERE?

10:19AM  13           THE DEFENDANT:  YES.  GOOD MORNING, YOUR HONOR.

10:19AM  14           THE COURT:  THANK YOU.  GOOD MORNING.

10:19AM  15   AND, MR. WADE, DO YOU RECOGNIZE THAT VOICE AS THAT OF YOUR

10:19AM  16   CLIENT?

10:19AM  17           MR. WADE:  I DO, YOUR HONOR.

10:20AM  18           THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:20AM  19   LET ME ALSO ADD A CAVEAT HERE, MR. WADE.  I DON'T KNOW IF

10:20AM  20   YOU HAVE ENGAGED PROTOCOLS SUCH THAT DURING THIS PROCEEDING IF

10:20AM  21   YOUR CLIENT WISHES TO SPEAK WITH YOU PRIVATELY, SHE MAY DO

10:20AM  22   THAT.  I NEGLECTED TO MENTION THAT AT OUR LAST HEARING, BUT I

10:20AM  23   WANT TO ENSURE THAT MS. HOLMES HAS THE OPPORTUNITY TO SPEAK

10:20AM  24   WITH HER DEFENSE COUNSEL DURING THESE PROCEEDINGS.

10:20AM  25   MY SENSE IS THAT SHE IS NOT SITTING NEXT TO YOU OR DOESN'T

10:20AM 1   HAVE PROXIMITY NEXT TO YOU PHYSICALLY OR YOUR DEFENSE TEAM.

10:20AM 2         MR. WADE:  THANK YOU, YOUR HONOR.  THAT IS CORRECT.

10:20AM 3   WE ARE NOT -- NONE OF US ARE IN CLOSE PROXIMITY TO ONE ANOTHER.

10:20AM 4   I APPRECIATE THE COMMENTS OF THE COURT.

10:20AM 5       AS THE COURT KNOWS, MS. HOLMES'S APPEARANCE WAS WAIVED IN

10:20AM 6   THE PRIOR HEARING SO I DON'T BELIVE THAT WAS AN ISSUE NECESSARY

10:20AM 7   TO ADDRESS THEN.

10:21AM 8       FOR PURPOSES OF THIS HEARING, IF WE FIND A TIME WHERE WE

10:21AM 9   BELIEVE WE NEED TO COMMUNICATE WITH HER SEPARATELY, WE'LL NOTE

10:21AM 10  THAT FOR THE COURT AND MAYBE SEEK THE COURT'S INDULGENCE

10:21AM 11  BRIEFLY SO WE CAN DO THAT VIA A SEPARATE LINE OF COMMUNICATION.

10:21AM 12        BUT MY HOPE IS THAT WON'T BE NECESSARY THIS MORNING.

10:21AM 13        THE COURT:  ALL RIGHT.  THANK YOU.

10:21AM 14      BUT I DO WANT YOU TO KNOW THAT I, OF COURSE, WILL AVAIL

10:21AM 15  MYSELF AND YOU OF THE OPPORTUNITY TO SPEAK WITH YOUR CLIENT.

10:21AM 16  WE'LL DO WHAT WE NEED TO DO TO ACCOMPLISH THAT.  I KNOW YOU

10:21AM 17  HAVE OTHER COUNSEL THERE.  PERHAPS -- I DON'T KNOW HOW MANY

10:21AM 18  PHONES MS. HOLMES HAS, BUT PERHAPS YOU CAN TEXT ONE ANOTHER OR

10:21AM 19  SOMETHING.

10:21AM 20      IF YOU NEED TO TAKE A BREAK, JUST LET ME KNOW, AND WE'LL

10:21AM 21  OF COURSE STOP THE PROCEEDINGS AND ALLOW YOU TO CONFER

10:21AM 22  PRIVATELY OFF THE RECORD WITH YOUR CLIENT.

10:21AM 23        MR. WADE:  THANK YOU, YOUR HONOR.

10:21AM 24        THE COURT:  YOU'RE WELCOME.  ALL RIGHT.

10:21AM 25      LET ME -- ANYTHING FURTHER?  ANYTHING ANYONE WISHES TO SAY

10:21AM  1    BEFORE WE PROCEED?

10:21AM  2         ANYTHING FROM THE GOVERNMENT?

10:21AM  3         ANYTHING FROM, MR. WADE, YOUR TEAM?

10:22AM  4              MR. LEACH:  NO, YOUR HONOR.  THIS IS ROBERT LEACH

10:22AM  5    FOR THE UNITED STATES.  THANK YOU.  NOTHING FOR THE GOVERNMENT.

10:22AM  6              MR. WADE:  THIS IS LANCE WADE, YOUR HONOR.  NOTHING

10:22AM  7    FROM US.

10:22AM  8              THE COURT:  ALL RIGHT.  THANK YOU.

10:22AM  9         LET ME THANK YOU FOR FILING DOCUMENT 372, WHICH IS YOUR

10:22AM  10   JOINT STATUS MEMORANDUM, AND I APPRECIATE YOUR DILIGENCE IN

10:22AM  11   WORKING TOGETHER AND GETTING THAT FILED IN THE SHORT NOTICE

10:22AM  12   THAT THE COURT GAVE YOU.  IT'S VERY HELPFUL.

10:22AM  13        WE HAVE -- OF COURSE, WE'RE LOOKING FORWARD TO THE TRIAL

10:22AM  14   OF THIS MATTER, AND WE'RE DOING THIS UNDER THE UMBRELLA OF THE

10:22AM  15   CURRENT COVID PROCESS THAT CONTINUES TO POSSESS THE NATION, AND

10:22AM  16   WE'RE TRYING OUR BEST TO ACCOMMODATE ALL MATTERS IN OUR COURTS

10:22AM  17   WITH AN EYE TOWARD MAKING SURE THAT BOTH SIDES, EVERYONE HAS

10:22AM  18   FAIR ACCESS TO THE COURTS AND A FAIR HEARING IN THE COURTS.

10:22AM  19        I HAVE YOUR SCHEDULES HERE, AND I APPRECIATE OFFERING THE

10:22AM  20   SCHEDULES.  I THINK WHAT REALLY WE NEED TO LOOK AT, AND I ENDED

10:23AM  21   OUR LAST CONVERSATION WITH THIS, WHAT IS THE REALISTIC SCHEDULE

10:23AM  22   FOR A TRIAL IN THIS MATTER?

10:23AM  23        I APPRECIATE BOTH SIDE'S EFFORTS TO AT LEAST PRESS FORWARD

10:23AM  24   TO SEE IF WE CAN HAVE THE CASE PRESENTED TO A JURY THIS YEAR.

10:23AM  25   AND AS I LOOK AT YOUR DOCUMENTS, YOU SUGGEST THAT -- BOTH SIDES

10:23AM 1    SUGGEST OCTOBER TRIAL DATES.

10:23AM 2        MS. HOLMES, THE DEFENSE SUGGESTS AN OCTOBER 26TH DATE.

10:23AM 3    THE GOVERNMENT DATE IS, PROPOSED DATE IS ABOUT 20 DAYS BEFORE

10:23AM 4    THAT, OCTOBER 6TH.

10:23AM 5        I ALSO APPRECIATE THE FACT THAT YOU RECOGNIZE THAT WE

10:23AM 6    SHOULD HAVE AN INTERIM STATUS HEARING, WHICH I THINK IS WISE.

10:23AM 7    YOU SUGGEST A DATE IN JULY FOR THAT.  I THINK ALL OF THAT IS

10:23AM 8    APPROPRIATE.

10:24AM 9        NOW, I DO NOTE IN THE DOCUMENT IT IS SUGGESTED THAT THE

10:24AM 10   GOVERNMENT MAY SEEK, MAY SEEK A SUPERSEDING INDICTMENT FROM THE

10:24AM 11   GRAND JURY.  AS NOTED, THE GRAND JURY IS IN SUSPENSION RIGHT

10:24AM 12   NOW AND THEY'RE NOT ABLE TO PROCEED BECAUSE OF THE CLOSURE OF

10:24AM 13   OUR COURTHOUSE UNTIL MAY 1ST.  AND SO THAT REMAINS TO BE SEEN.

10:24AM 14   THAT REMAINS TO BE SEEN WHETHER OR NOT A GRAND JURY WOULD

10:24AM 15   INDEED ISSUE A SUPERSEDING INDICTMENT.  I THINK MR. WADE NOTES

10:24AM 16   THAT IN HIS PLEADINGS AS WELL.

10:24AM 17       SO I WANTED TO ASK BOTH SIDES, PLEASE, TO COMMENT ON THE

10:24AM 18   OCTOBER TRIAL DATE AS IT'S SET AND THE REALITIES OF THAT GIVEN

10:24AM 19   THE FACT THAT THE GOVERNMENT MAY SUPERSEDE, AS WELL AS LOOKING

10:24AM 20   FORWARD INTO 2021 FOR A TRIAL DATE IN EARLY 2021.  I KNOW THE

10:25AM 21   DEFENSE SUGGESTS THAT THAT IS A MORE REALISTIC DATE GIVEN NOT

10:25AM 22   JUST THE COVID SITUATION BUT THE FACT THAT THERE MIGHT BE A

10:25AM 23   SUPERSEDING INDICTMENT FILED.

10:25AM 24       MR. LEACH, YOUR TEAM WAS VERY THOROUGH IN YOUR SIDE OF

10:25AM 25   THE -- YOUR PORTION OF DOCUMENT 372, THE JOINT MEMORANDA, BUT I

10:25AM 1    DID WANT TO GIVE YOU AN OPPORTUNITY TO SPEAK FURTHER ON THAT.

10:25AM 2    SO WHAT ARE YOUR THOUGHTS ON THIS?

10:25AM 3              MR. LEACH:  THANK YOU, YOUR HONOR.  I APPRECIATE

10:25AM 4    THAT.  THIS IS ROBERT LEACH.

10:25AM 5         WE BELIEVE AN OCTOBER DATE IS REALISTIC REGARDLESS OF

10:25AM 6    WHETHER THE CURRENT CHARGING INSTRUMENT IS SUPERSEDED.

10:25AM 7         I WOULD NOTE THAT IT'S APRIL 15TH.  WE ARE --

10:25AM 8              THE COURT:  YOU KNOW, LET'S -- MR. LEACH, WE'VE

10:26AM 9    PAUSED FOR A MOMENT BECAUSE THE AT&T LINE THAT WE HAVE,

10:26AM 10   REGRETTABLY, IT DOES INDICATE WHEN PEOPLE SIGN ON AND OFF, AND

10:26AM 11   WE'RE TREATED TO A LOVELY LULLABY OF BEATS.

10:26AM 12        WE'RE TRYING TO LOOK AT OTHER TECHNOLOGY THAT PERMITS US

10:26AM 13   TO ELIMINATE THAT, BUT REGRETTABLY, WE DON'T HAVE IT IN PLACE

10:26AM 14   FOR THIS HEARING.  I APOLOGIZE FOR THAT.

10:26AM 15             MR. LEACH:  THANK YOU, YOUR HONOR.

10:26AM 16        I AM GOING TO CHOOSE TO HOPE THAT PEOPLE WERE JOINING THE

10:26AM 17   LINE RATHER THAN LEAVING THE LINE WHEN I WAS SPEAKING.

10:26AM 18        AS I WAS SAYING, IT'S APRIL 15TH TODAY.  WE ARE SIX MONTHS

10:26AM 19   AWAY FROM OCTOBER.  I DON'T THINK IT'S UNUSUAL FOR THE

10:26AM 20   GOVERNMENT TO SUPERSEDE A CHARGING INSTRUMENT, AND, OF COURSE,

10:26AM 21   THAT'S A DECISION THAT IS RESERVED FOR THE GOVERNMENT.

10:26AM 22        IN MOST CASES WHEN THE GOVERNMENT DOES THAT, THE FIRST

10:27AM 23   TIME THAT THE DEFENSE LEARNS ABOUT IT IS WHEN THE GRAND JURY

10:27AM 24   ELECTS TO RETURN THE INDICTMENT.

10:27AM 25        GIVEN THE COVID SITUATION, WE WANTED TO AVOID THAT, WHICH

10:27AM 1   IS WHY WE PROPOSED PROCEEDING BY SUPERSEDING INFORMATION AND

10:27AM 2   PROVIDING THE DRAFT SUPERSEDING INFORMATION TO THE DEFENSE SO

10:27AM 3   THE DEFENSE HAD AT LEAST THE GOVERNMENT'S PERSPECTIVE OF WHAT

10:27AM 4   IT INTENDED TO DO.

10:27AM 5       I WOULD NOTE THAT THE DEFENDANTS MOVED TO DISMISS THE

10:27AM 6   INDICTMENTS IN DECEMBER OF 2019.  THEY COULD HAVE MOVED TO DO

10:27AM 7   THAT EARLIER AND ELECTED NOT TO DO THAT.

10:27AM 8       THE COURT RULED ON THE MOTION TO DISMISS IN LATE FEBRUARY,

10:27AM 9   AND I DON'T THINK IT IS UNREASONABLE OR CAN COME AS A SURPRISE

10:27AM 10  TO ANYBODY THAT THE GOVERNMENT MIGHT REACT TO THE DISMISSAL OF

10:27AM 11  CERTAIN COUNTS.

10:27AM 12      SO I THINK THAT ADDRESSES A LITTLE BIT OF WHY I DON'T

10:28AM 13  THINK ANY SUPERSEDING INSTRUMENT SHOULD COME AS A SURPRISE.

10:28AM 14      I ALSO THINK IT'S A BIT OF AN OVERSTATEMENT TO SAY THAT

10:28AM 15  THE PROPOSED CHANGES THE GOVERNMENT IS PURSUING REALLY CHANGE

10:28AM 16  THE TRIAL IN THIS CASE OR REALLY CHANGE THE PERSPECTIVE ON THE

10:28AM 17  CASE.

10:28AM 18      I DO NOT ANTICIPATE ANY NEW SUBSTANTIAL DISCOVERY.  I

10:28AM 19  THINK WHATEVER DISCOVERY THE GOVERNMENT PRODUCED, I THINK WE

10:28AM 20  HAVE ALREADY PRODUCED THE VAST BULK OF IT AND THE REMAINDER

10:28AM 21  WOULD BE QUITE NEGLIGIBLE.

10:28AM 22      I KNOW IN THE STATUS CONFERENCE STATEMENT THE DEFENSE

10:28AM 23  MENTIONS WALGREENS.  WALGREENS HAS BEEN IN THE INDICTMENT SINCE

10:28AM 24  DAY ONE.  THEY MENTION SAFEWAY AND DOCUMENTS RELATING TO

10:28AM 25  SAFEWAY HAVE BEEN IN DISCOVERY SINCE THE GOVERNMENT'S INITIAL

10:28AM 1    PRODUCTION.  THEY MENTIONED THE ADDITIONAL BOARD MEMBERS AS

10:29AM 2    INVESTORS, AND THAT ALSO HAS BEEN IN DISCOVERY SINCE THE

10:29AM 3    INITIAL PRODUCTION.

10:29AM 4        I WOULD NOTE THAT MANY OF THE MATTERS THAT THE GOVERNMENT

10:29AM 5    IS PURSUING WAS IN OUR RULE 404(B) NOTICE, WHICH WE'VE BEEN

10:29AM 6    PROVIDING SINCE THE OUTSET BUT SUMMARIZED ON MARCH 6TH, 2020.

10:29AM 7        SO WE WANT THE DEFENSE TO BE PREPARED.  WE DON'T WANT THE

10:29AM 8    DATE TO MOVE.  I JUST DON'T THINK CHANGES IN THE CHARGING

10:29AM 9    INSTRUMENT ARE ANY IMPEDIMENTS TO PROCEEDING IN OCTOBER.

10:29AM 10        AND I THINK IT'S IMPORTANT TO HIGHLIGHT THE CHANGES THAT

10:29AM 11    THE GOVERNMENT PROVIDED TO MS. HOLMES.  I THINK IT'S LIMITED TO

10:29AM 12    EIGHT PARAGRAPHS OF THE INDICTMENT.  WE ADD A SINGLE LINE IN

10:29AM 13    PARAGRAPH 3 THAT SAYS "THERANOS INVESTORS INCLUDED INDIVIDUALS,

10:29AM 14    ENTITIES, CERTAIN BUSINESS PARTNERS, MEMBERS OF ITS BOARD OF

10:30AM 15    DIRECTORS, AND INDIVIDUALS AND ENTITIES WHO INVESTED THROUGH

10:30AM 16    FIRMS FORMED FOR THE EXCLUSIVE PURPOSE OR PRIMARY PURPOSE OF

10:30AM 17    INVESTING IN THERANOS'S SECURITIES."

10:30AM 18        WE THINK THESE WERE INVESTORS WHO WERE ALREADY IN THE CASE

10:30AM 19    AND THAT THIS DOES NOT SUBSTANTIALLY CHANGE THE DYNAMIC OF A

10:30AM 20    TRIAL.

10:30AM 21        THE OTHER CHANGES ARE TO PARAGRAPHS 10, 11, AND 12, AND IT

10:30AM 22    SIMPLY IS CHANGING A DATE FROM 2010 TO 2013.

10:30AM 23        WE AMEND PARAGRAPH 16 TO MAKE A FURTHER ALLEGATION AND TO

10:30AM 24    IDENTIFY CERTAIN BLOOD TESTS THAT ARE SPELLED OUT IN THE BILL

10:30AM 25    OF PARTICULARS.

10:30AM 1            AND WE CHANGE TWO WIRE FRAUD COUNTS IN PARAGRAPHS 18 AND

10:30AM 2     26 FROM PATIENTS 1 AND 2 TO BB AND ET.

10:30AM 3            THAT'S THE EXTENT OF THE CHANGES THAT THE GOVERNMENT IS

10:30AM 4     PURSUING, AND WE DON'T THINK IT ALTERS THE LENGTH OF THE TRIAL

10:30AM 5     OR REALLY CHANGES THE DYNAMIC THAT WE'RE LOOKING AT.

10:30AM 6            WITH RESPECT TO COVID-19, YOUR HONOR, I DON'T HAVE SPECIAL

10:31AM 7     INSIGHT INTO WHAT THE WORLD IS GOING TO LOOK LIKE IN OCTOBER.

10:31AM 8     WE HEARD THE COURT'S COMMENTS AT THE LAST CONFERENCE ABOUT THE

10:31AM 9     DIFFICULTY OF SERVING SUMMONS AND LARGE GATHERINGS.  WE'RE

10:31AM 10    MINDFUL OF THAT.

10:31AM 11           WE THINK OCTOBER SEEMS FAR ENOUGH REMOVED FROM THAT AND

10:31AM 12    THAT THE BETTER COURSE IS TO PLAN FOR THAT AND CHECK IN IN JULY

10:31AM 13    IF WE NEED TO, BUT PLANNING FOR 2021 JUST SEEMS LIKE WE'RE

10:31AM 14    PLANNING FOR FAILURE, AND I THINK THE BETTER COURSE IS TO SET

10:31AM 15    THE DATE, WORK TOWARDS THAT, AND IF AGAINST ALL OF OUR HOPES

10:31AM 16    THE WORLD IS NOT IN A DIFFERENT SITUATION IN OCTOBER, WE CAN

10:31AM 17    REACT TO THAT.

10:31AM 18           BUT SETTING THE DATE OUT IN '21 JUST CREATES TOO MUCH

10:31AM 19    UNCERTAINTY AND IS REALLY PLANNING FOR FAILURE.

10:31AM 20           SO FOR THESE REASONS WE THINK OCTOBER IS REASONABLE, AND

10:32AM 21    WE THINK THE COURT SHOULD ORDER THAT DATE.

10:32AM 22              THE COURT:  ALL RIGHT.  THANK YOU.

10:32AM 23           LET ME ASK IN REGARDS TO THE POTENTIAL SUPERSEDING

10:32AM 24    DOCUMENT, IF THE GRAND JURY DOES RETURN THE COUNTS AND THE

10:32AM 25    CHANGES THAT YOU'RE SEEKING, DO YOU HAVE A THOUGHT AS TO AN

10:32AM  1   INCREASE IN WITNESSES, PRODUCTION OF DOCUMENTS, ET CETERA, HOW

10:32AM  2   THAT MIGHT AFFECT THINGS?

10:32AM  3         MR. LEACH:  IT CERTAINLY DOES NOT CHANGE FROM THE

10:32AM  4   GOVERNMENT'S PERSPECTIVE WHO WE WERE INTENDING TO CALL IN THE

10:32AM  5   TRIAL.  I THINK THE TRIAL STAYS THE SAME LENGTH.

10:32AM  6      I THINK THERE ARE GOING TO BE WALGREENS, SAFEWAY AND BOARD

10:32AM  7   OF DIRECTORS WITNESSES IN THIS TRIAL REGARDLESS, SO I DON'T

10:32AM  8   THINK IT CHANGED THE WITNESSES.

10:32AM  9      AND AS I ALLUDED TO EARLIER, YOUR HONOR, WITH THE

10:32AM 10   EXCEPTION OF POSSIBLY 302'S OR WITNESS STATEMENTS, I DO NOT

10:33AM 11   ANTICIPATE ANY SUBSTANTIAL DISCOVERY, CERTAINLY NOTHING

10:33AM 12   COMPARED TO THE 20 MILLION-PLUS DOCUMENTS THAT HAVE ALREADY

10:33AM 13   BEEN PRODUCED IN THIS CASE.  I THINK ANY REMAINING DISCOVERY

10:33AM 14   WOULD BE VERY, VERY NEGLIGIBLE.

10:33AM 15         THE COURT:  OKAY.  THANK YOU VERY MUCH.  ANYTHING

10:33AM 16   FURTHER THEN?

10:33AM 17         MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

10:33AM 18         THE COURT:  OKAY.  MR. WADE.

10:33AM 19         MR. WADE:  THANK YOU, YOUR HONOR.  THIS IS

10:33AM 20   LANCE WADE ON BEHALF OF MS. HOLMES.

10:33AM 21      I WILL START WHERE THE COURT HAS AND AS THE COURT DIRECTED

10:33AM 22   IN THE PRIOR HEARING WITH THE CURRENT HEALTH DIRECTIVES AND

10:33AM 23   SOME OF OUR THINKING ON THAT AS THE COURT MADE THAT INQUIRY.

10:33AM 24   AND WE, OF COURSE, THANK THE COURT FOR ITS CARE AND CONCERN

10:33AM 25   ABOUT THESE ISSUES AND OF COURSE ITS THE DESIRE TO KEEP ALL

10:33AM  1    TRIAL PARTICIPANTS SAFE THROUGH THIS ENTIRE PROCESS.

10:33AM  2        WE'RE OBVIOUSLY IN UNCHARTERED TERRITORY HERE, YOUR HONOR,

10:34AM  3    BOTH IN OUR DAILY LIVES AND IN OUR CURRENT OCCUPATIONS AND THIS

10:34AM  4    HEARING.

10:34AM  5        I THINK NONE OF US, INCLUDING SOME OF THE LEADING PUBLIC

10:34AM  6    HEALTH EXPERTS, REALLY KNOW WITH ANY DEGREE OF CERTAINTY WHAT

10:34AM  7    THE SECOND HALF OF THIS YEAR WILL LOOK LIKE FROM A HEALTH

10:34AM  8    PERSPECTIVE.

10:34AM  9        NO ONE HAS A CLEAR IDEA OF WHAT CONDUCT WILL BE DEEMED

10:34AM  10   SAFE DURING THAT TIME PERIOD OR WHAT PUBLIC HEALTH AND SOCIAL

10:34AM  11   DISTANCING GUIDANCE MAY BE NEEDED.

10:34AM  12       BY EXTENSION, OF COURSE, IT MAKES IT VERY DIFFICULT FOR

10:34AM  13   US, AND I'M SURE FOR THE COURT, TO KNOW WHETHER THOSE

10:34AM  14   CONDITIONS WILL BE CONDUCIVE TO A LENGTHY JURY TRIAL SUCH AS

10:34AM  15   THE ONE CONTEMPLATED IN THIS MATTER.

10:34AM  16       WHILE THE PARTIES ARE, OF COURSE, YOU KNOW, IN COURT WITH

10:35AM  17   GREAT FREQUENCY, THE COURT IS VASTLY MORE EXPERIENCED IN

10:35AM  18   CONDUCTING ITS OWN PROCEDURES AND RECOGNIZES THE NUMBER OF

10:35AM  19   CHANGES TO COURTROOM PROCEDURES AND PROTOCOLS THAT WILL BE

10:35AM  20   NECESSARY TO TRY AND ADDRESS HEALTH RELATED ISSUES.

10:35AM  21       WE'RE CONFIDENT THAT THE COURT WILL DO THAT AND OF COURSE

10:35AM  22   STAND PREPARED TO ASSIST THE COURT IN ANY WAY THAT WE CAN.

10:35AM  23       THERE'S NOTHING ABOUT THE PARTIES TO THIS CASE OR COUNSEL

10:35AM  24   IN THIS CASE WITH RESPECT TO THESE HEALTH ISSUES THAT MERITS

10:35AM  25   SPECIAL ATTENTION.

10:35AM 1    ALL FUTURE TRIAL PARTICIPANTS IN THIS COURT AND OTHER

10:35AM 2    COURTS ARE GOING TO HAVE TO WRESTLE WITH THIS NEW POST-PANDEMIC

10:35AM 3    WORLD IN HEARINGS AND JURY TRIALS WHEN OTHER COURT PROCEEDINGS

10:36AM 4    RESUME.  AGAIN, WE KNOW THE COURT WILL CONTINUE TO WORK TO

10:36AM 5    PRIORITIZE THE HEALTH AND SAFETY OF ALL OF US WHO APPEAR BEFORE

10:36AM 6    IT AS WE WORK TO ADAPT TO THAT NEW WORLD.

10:36AM 7    THERE ARE CERTAIN CIRCUMSTANCES RELATED TO THIS CASE,

10:36AM 8    HOWEVER, THAT WE THINK HEIGHTEN THE HEALTH RISK.

10:36AM 9    AS THE COURT, AND THE GOVERNMENT UNDOUBTEDLY RECOGNIZED,

10:36AM 10   THERE'S A GREATER RISK OF TRIAL DISRUPTION FROM THE VIRUS IN A

10:36AM 11   TRIAL THAT OCCURS OVER THE COURSE OF 100 DAYS THAN A TRIAL THAT

10:36AM 12   OCCURS OVER THE COURSE OF 1 OR 2.  THAT FLOWS FROM BASIC MATH

10:36AM 13   AND STATISTICAL PROBABILITY.

10:36AM 14   THE CROWDS THAT WILL LIKELY GATHER OUTSIDE OF THE

10:36AM 15   COURTHOUSE IN THIS CASE AND THEN FILL THE COURTROOM, AS THEY

10:36AM 16   HAVE IN NEARLY ALL PRIOR PROCEEDINGS, ADD TO THAT HEALTH RISK.

10:37AM 17   WHAT ALL PARTIES HERE IN THE COURT I AM SURE UNDOUBTEDLY

10:37AM 18   WANT IS AS SAFE AND AS SMOOTH A TRIAL AS POSSIBLE, ONE FREE

10:37AM 19   FROM DISRUPTION.

10:37AM 20   A MISTRIAL IS A REGRETTABLE EVENT IN ANY CIRCUMSTANCES,

10:37AM 21   AND IT'S OF COURSE A MASS OF CONCERN AND A BURDEN FOR ALL

10:37AM 22   INVOLVED WHEN THAT HAPPENS IN A LENGTHY TRIAL LIKE THIS.

10:37AM 23   WE CERTAINLY DON'T THINK IT'S PRUDENT TO START A TRIAL IF

10:37AM 24   THE PUBLIC HEALTH ENVIRONMENT SUGGESTS THAT THERE'S A

10:37AM 25   SUBSTANTIALLY INCREASED RISK OF A MISTRIAL.

10:37AM 1      THIS IS WHY IN OUR DISCUSSIONS WITH THE GOVERNMENT AND IN

10:37AM 2  THE PLEADING THAT WE SAID BEFORE THE COURT AT DOCKET 372, WE

10:37AM 3  ARTICULATED OUR BELIEF EVEN BEFORE THE CONCEPT OF A SUPERSEDING

10:38AM 4  INDICTMENT WAS DISCUSSED THAT IT WOULD BE APPROPRIATE TO DELAY

10:38AM 5  THE TRIAL UNTIL EARLY NEXT YEAR.

10:38AM 6      GIVEN THAT THE GOVERNMENT WAS RELUCTANT TO DO THAT, WE OF

10:38AM 7  COURSE HAVE TRIED TO FIND A WAY WHERE WE CAN MAKE AN

10:38AM 8  ACCOMMODATION THAT WOULD ACCOUNT FOR SOME OF THE PARTICULAR

10:38AM 9  LIMITATIONS AND TRIAL PREPARATION THAT RESULTED FROM THE

10:38AM 10 CURRENT CIRCUMSTANCES.

10:38AM 11     AS THE COURT KNOWS, AND WE'VE DISCUSSED IN PRIOR CALLS,

10:38AM 12 THERE'S MUCH THAT WE CAN CONTINUE TO DO AND WE PLEDGE TO THE

10:38AM 13 COURT THAT WE ARE CONTINUING TO WORK DILIGENTLY WITH ALL TASKS

10:38AM 14 THAT WE CAN DO IN OUR CURRENT REMOTE WORKING ENVIRONMENT, BUT

10:38AM 15 OF COURSE THERE ARE MANY TASKS THAT WE CAN'T DO TO PREPARE FOR

10:38AM 16 TRIAL THAT REQUIRE ACTIVITIES THAT ARE ILL-ADVISED OR ILLEGAL

10:38AM 17 GIVEN THE CURRENT CIRCUMSTANCES AND PUBLIC HEALTH CONDITIONS.

10:39AM 18     OUR SUGGESTION INITIALLY FOR THE 90-DAY DELAY WAS DONE

10:39AM 19 WITH THE BELIEF -- TO LATE OCTOBER -- WAS DONE WITH THE BELIEF

10:39AM 20 THAT A DELAY OF THAT PERIOD WOULD HELP US ACCOUNT FOR SOME OF

10:39AM 21 THE LIMITATIONS THAT WE ARE UNDER IN THE REMOTE WORK AND

10:39AM 22 CURRENT HEALTH ENVIRONMENT.  THAT'S WHY WE PROPOSED THAT

10:39AM 23 SCHEDULE.

10:39AM 24     WE RECOGNIZED WHEN WE PROPOSED THAT SCHEDULE, AND WE

10:39AM 25 BELIEVE IT'S TRUE WITH ANY SCHEDULE THAT STARTS THAT LATE, THAT

10:39AM 1    THAT COULD PUSH US INTO A SITUATION WHERE WE'RE WORKING THROUGH

10:39AM 2    THE HOLIDAYS.

10:39AM 3         WE, OF COURSE, IN NORMAL CIRCUMSTANCES WOULDN'T CONSIDER

10:39AM 4    PROPOSING SOME STEPS, BUT WE RECOGNIZE THAT WE ARE IN

10:40AM 5    EXTRAORDINARY TIMES, AND WE RECOGNIZE THAT IN TIMES SUCH AS

10:40AM 6    THAT SACRIFICES ARE NEEDED.  AND ENSURING THAT OUR CLIENT HAS

10:40AM 7    AN APPROPRIATE DEFENSE, WE'RE PREPARED TO WORK THROUGH THE

10:40AM 8    HOLIDAYS AS NEEDED IF THAT'S WHAT ENDS UP HAPPENING.

10:40AM 9         NOW, OF COURSE THAT, THAT PROPOSAL CHANGED WHEN THE

10:40AM 10   GOVERNMENT INFORMED US AT THIS POINT THAT IT INTENDED TO SEEK A

10:40AM 11   SUPERSEDING INDICTMENT.

10:40AM 12        AND WHILE I APPRECIATE THAT COUNSEL FOR THE GOVERNMENT

10:40AM 13   DOESN'T BELIEVE IT WILL SIGNIFICANTLY INCREASE THEIR TRIAL

10:40AM 14   PREPARATION TIME, I WILL MAKE CLEAR TO THE COURT THAT IF THE

10:40AM 15   GRAND JURY CHOOSES TO RETURN A SUPERSEDING INDICTMENT ALONG THE

10:41AM 16   LINES MR. LEACH HAS DISCLOSED THAT HE INTENDS TO SEEK, WHILE

10:41AM 17   THE CHANGES IN LANGUAGE MAY BE LIMITED AND DESIGNED TO DO

10:41AM 18   MINIMAL VIOLENCE TO THE WORDS WITHIN THE INDICTMENT, THE

10:41AM 19   FUNDAMENTAL SCOPE OF THE INDICTMENT CHANGES SIGNIFICANTLY.

10:41AM 20        THE INDICTMENT, THE PROPOSED INDICTMENT, OR THE POTENTIAL

10:41AM 21   SUPERSEDING INDICTMENT THAT MR. LEACH HAS STATED THAT THE

10:41AM 22   GOVERNMENT INTENDS TO SEEK SIGNIFICANTLY EXPANDS THE TIME

10:41AM 23   PERIOD THAT HAS BEEN THE FOCUS OF THE CASE.  THE COMPANY DURING

10:41AM 24   THE 2010 TO 2013 TIME PERIOD WAS IN A FUNDAMENTALLY DIFFERENT

10:41AM 25   STATE OF OPERATIONS THAN IT WAS DURING THE LATER TIME PERIOD

10:41AM  1    THAT WAS IDENTIFIED IN THE PREVIOUS CONSPIRACY PERIOD.  THE --

10:42AM  2    ALTHOUGH THE GOVERNMENT HAS IN DRAFTING, IT APPEARS, INTENT ON

10:42AM  3    CHANGING THE DEFINITION OF INVESTORS AND THE SCOPE OF THE

10:42AM  4    INVESTOR RELATED CONSPIRACY TO INCLUDE OTHER PARTIES, IT DOES

10:42AM  5    NOT APPEAR TO US, BASED ON WHAT HAS BEEN REPRESENTED BY THE

10:42AM  6    GOVERNMENT, THAT THOSE ARE REALLY INVESTOR RELATIONSHIPS AT

10:42AM  7    ALL.

10:42AM  8         IN FACT, THOSE RELATIONSHIPS, RELATIONSHIPS LIKE THE

10:42AM  9    WALGREENS RELATIONSHIP, THE SAFEWAY RELATIONSHIP, RELATIONSHIPS

10:42AM 10    WITH BOARD OF DIRECTORS ARE FUNDAMENTALLY DIFFERENT

10:42AM 11    RELATIONSHIPS THAN INVESTOR RELATIONSHIPS.

10:42AM 12         WALGREENS, SAFEWAY ARE CONTRACTUAL COUNTERPARTIES WITH

10:42AM 13    THERANOS.  THE COURSE OF DEALING BETWEEN THERANOS AND THOSE

10:42AM 14    CONTRACTUAL COUNTERPARTIES IS FUNDAMENTALLY DIFFERENT IN NATURE

10:43AM 15    AND SCOPE FROM THE INVESTOR-RELATED RELATIONSHIPS THAT WERE

10:43AM 16    OUTLINED IN THE PRIOR INDICTMENT.

10:43AM 17         THE INTERACTIONS WITH THE BOARD OF DIRECTORS ALSO

10:43AM 18    SIMILARLY ARE INTERACTIONS BETWEEN MANAGEMENT AND BOARD MEMBERS

10:43AM 19    AMONG FIDUCIARIES WITHIN THE COMPANY AND ARE OF A COMPLETELY

10:43AM 20    DIFFERENT NATURE FROM THE ALLEGATIONS THAT WERE SET FORTH IN

10:43AM 21    THE PRIOR INDICTMENT.

10:43AM 22         THEY REQUIRE A DIFFERENT LEVEL OF PREPARATION, THEY RAISE

10:43AM 23    DIFFERENT LEGAL ISSUES, WHICH WILL REQUIRE ADDITIONAL MOTIONS

10:43AM 24    SHOULD THE GRAND JURY RETURN AN INDICTMENT, AND FUNDAMENTALLY

10:43AM 25    CHANGE THE NATURE OF OUR TRIAL PREPARATION.

10:43AM 1      I'LL SAY WITH A BIT OF FRUSTRATION THAT I WILL CONFESS TO

10:43AM 2    THE COURT, ALTHOUGH MR. LEACH SUGGESTS THAT SOME OF THESE

10:44AM 3    CHANGES FLOW FROM THE ORDER OF THE COURT AND THE MOTIONS TO

10:44AM 4    DISMISS, WHICH OF COURSE WERE BRIEFED ON THE SCHEDULE THAT WAS

10:44AM 5    AGREED TO BY ALL PARTIES AND PRESENTED AND APPROVED BY THE

10:44AM 6    COURT, WHILE THOSE CHANGES MAY HAVE RESULTED WITH RESPECT TO

10:44AM 7    THE NEW COUNTS RELATED TO THE PATIENTS, THE ORDER OF THE COURT

10:44AM 8    HAS LITTLE OR NOTHING TO DO WITH THE EXPANSION OF THE

10:44AM 9    INVESTOR-RELATED CONSPIRACY TO INCLUDE NEW THEORIES, NEW

10:44AM 10   COUNTERPARTIES, NEW FIDUCIARIES, THAT HAVE LONG BEEN KNOWN TO

10:44AM 11   THE GOVERNMENT AND WHICH THE GOVERNMENT HAS PREVIOUSLY CHOSEN

10:44AM 12   NOT TO CHARGE.

10:44AM 13      WHY IT TOOK UNTIL THIS POINT TO ADD THOSE CHARGES TO THIS

10:44AM 14   CASE IS UNCLEAR TO THE DEFENSE.  IT'S OF SOME FRUSTRATION GIVEN

10:45AM 15   ALL OF THE WORK THAT WE HAVE DONE THUS FAR.

10:45AM 16      AS THE COURT KNOWS, THERE ARE OVER 20 MILLION PAGES OF

10:45AM 17   DOCUMENTS IN THIS CASE.  MANY OF THOSE DOCUMENTS HAVE BEEN

10:45AM 18   REVIEWED WITH THE CURRENT INDICTMENT IN MIND.  MANY OF THOSE

10:45AM 19   DOCUMENTS WILL NOW NEED TO BE REVIEWED.  MANY OF THE WITNESSES

10:45AM 20   WILL NEED TO BE REASSESSED.  THE HUNDREDS OF WITNESS STATEMENTS

10:45AM 21   WILL NEED TO BE REVIEWED AND ADDRESSED WITH THE NATURE OF THESE

10:45AM 22   ALLEGATIONS IN MIND, AGAIN, SHOULD THE GRAND JURY CHOOSE TO

10:45AM 23   RETURN THIS INDICTMENT AND SHOULD THE CHARGES SURVIVE A MOTION

10:45AM 24   TO DISMISS.

10:45AM 25      THAT'S A SUBSTANTIAL AMOUNT OF WORK ABOVE AND BEYOND THE

10:45AM 1    WORK THAT HAS PREVIOUSLY BEEN BEFORE US IN THIS MATTER.

10:46AM 2        FORTUNATELY, PERHAPS MAYBE ONE OF THE FEW UNFORTUNATE

10:46AM 3    THINGS THAT HAS COME FROM THE CURRENT HEALTH CRISIS, WE BELIEVE

10:46AM 4    THAT WE CAN STILL DO THAT WITHIN THIS AMOUNT OF TIME IN ADVANCE

10:46AM 5    OF EARLY 2021 WHEN WE THINK IT'S SENSIBLE TO PROCEED WITH THIS

10:46AM 6    MATTER IN ANY EVENT.

10:46AM 7        BUT WE THINK THE MINIMIZATION OF THESE ALLEGATIONS BY THE

10:46AM 8    GOVERNMENT IS ONE WITH WHICH WE RESPECTFULLY DISAGREE AND ONE

10:46AM 9    THAT REQUIRES SIGNIFICANTLY ADDITIONAL TIME.

10:46AM 10       THERE -- IT IS TRUE THAT SOME OF THESE RELATIONSHIPS WERE

10:46AM 11   PREVIOUSLY ADDRESSED WITHIN THE INDICTMENT.  WALGREENS, FOR

10:46AM 12   EXAMPLE, IS SET FORTH IN THE INDICTMENT WITH THE ALLEGATION

10:46AM 13   BEING THAT SOME OF THE DEALINGS WITH RESPECT TO WALGREENS WERE

10:46AM 14   MISREPRESENTED TO OTHER INVESTORS.

10:46AM 15       THE NEW ALLEGATIONS WITHIN THE INDICTMENT ARE TOTALLY

10:46AM 16   DIFFERENT.  THERANOS IS SUGGESTING THAT WALGREENS ITSELF MAY

10:47AM 17   HAVE BEEN DEFRAUDED IN SOME WAY.

10:47AM 18       WE, OF COURSE, WILL AGGRESSIVELY CONTEST THOSE

10:47AM 19   ALLEGATIONS, BUT THE TYPE OF PREPARATION REQUIRED TO DO SO IS

10:47AM 20   FUNDAMENTALLY DIFFERENT FROM THE PREPARATION THAT WE HAVE

10:47AM 21   ENGAGED IN THUS FAR.

10:47AM 22       I'LL PAUSE THERE AND ASK IF THE COURT HAS ANY INQUIRIES,

10:47AM 23   I'M HAPPY TO ADDRESS THEM.

10:47AM 24           THE COURT:  ALL RIGHT.  THANK YOU, MR. WADE.  THANK

10:47AM 25   YOU FOR OUTLINING THE CHALLENGES THAT THE DEFENSE MIGHT FACE

10:47AM  1    SHOULD THE GOVERNMENT DECIDE TO SEEK A SUPERSEDING INDICTMENT.

10:47AM  2         I'M GOING TO ASK PEOPLE TO PLEASE MUTE YOUR PHONES, PLEASE

10:47AM  3    MUTE YOU'RE PHONES.

10:47AM  4         THANK YOU, MR. WADE.

10:48AM  5         ONE OF THE THOUGHTS AND CONCERNS THAT I HAVE ABOUT THE

10:48AM  6    INFORMATION FROM THE GOVERNMENT THAT THEY MAY SEEK TO SUPERSEDE

10:48AM  7    THE INDICTMENT IS THE TIMING OF THAT.  AND THIS IS AGAIN

10:48AM  8    SPECULATION, ASSUMING THAT OUR COURT IS BACK IN OPERATION, THAT

10:48AM  9    IS, THE COURTHOUSE IS OPEN MAY 1ST, IN MAY THE GOVERNMENT WOULD

10:48AM  10   THEN, I'M SURE THEY WOULD PROCEED WITH ALL HASTE TO GET THE

10:48AM  11   GRAND JURY CONVENED AND PRESENT THIS AND THEN WE WOULD HAVE A

10:48AM  12   RETURN.

10:48AM  13        I DON'T KNOW WHAT THE TIMELINE OF THAT POTENTIALLY IS, BUT

10:48AM  14   OF COURSE BASED ON MR. WADE'S COMMENTS, AND IT'S COMMON

10:48AM  15   KNOWLEDGE THAT WE WOULD EXPECT THAT ANY SUPERSEDING INDICTMENT

10:48AM  16   WOULD BE LOOKED AT BY THE DEFENSE WITH CLOSE SCRUTINY AND THEN

10:48AM  17   POTENTIAL MOTIONS TO DISMISS OR SOME OTHER MOTIONS MIGHT ARISE

10:48AM  18   FROM THAT.

10:48AM  19        YOU'VE GIVEN ME A PROPOSED SCHEDULE IN DOCUMENT 372, AND

10:48AM  20   I'M JUST CURIOUS ABOUT WHAT -- LET'S JUST ASSUME THAT A

10:49AM  21   SUPERSEDING INDICTMENT IS RECEIVED ALONG THE LINES THAT THE

10:49AM  22   GOVERNMENT HAS PROPOSED.

10:49AM  23        I WONDER FROM BOTH SIDES, CAN YOU GIVE ME YOUR THOUGHTS

10:49AM  24   ABOUT MOTION PRACTICE IN REGARDS TO THAT AND HOW THAT, THAT IS,

10:49AM  25   HOW THAT MOTION PRACTICE FITS INTO THE CURRENT PROPOSED

10:49AM  1    SCHEDULES THAT YOU'VE PRESENTED?

10:49AM  2         MR. LEACH, I'M NOT SURE YOU HAVE SUFFICIENT INFORMATION TO

10:49AM  3    ANSWER THAT QUESTION BECAUSE THE MOTION PRACTICE WOULD BE

10:49AM  4    GENERATED, OF COURSE, BY THE DEFENSE, BUT I'M HAPPY TO START

10:49AM  5    WITH YOU IF YOU HAVE SOME THOUGHTS ON THAT.

10:49AM  6         MR. LEACH:  THANK YOU, YOUR HONOR.

10:49AM  7         THAT'S RIGHT, I DON'T HAVE A SENSE OF WHAT MOTIONS THEY

10:49AM  8    INTEND, AND SO I'M NOT REALLY IN A POSITION TO TALK ABOUT THE

10:49AM  9    TIMING OF THAT.

10:50AM  10        I DO THINK UNDER THE SCHEDULE PROPOSED BY THE GOVERNMENT

10:50AM  11   WE HAVE MOTIONS IN LIMINE NOT STARTING UNTIL AUGUST, AND WE

10:50AM  12   HAVE A STATUS CONFERENCE FOR JULY 13TH.

10:50AM  13        I WOULD CERTAINLY THINK THAT -- I MEAN, WE HAVE BEEN AS

10:50AM  14   TRANSPARENT ABOUT -- BY PROVIDING THE SUPERSEDING, DRAFT

10:50AM  15   SUPERSEDING INFORMATION ABOUT WHAT THE GOVERNMENT'S INTENTIONS

10:50AM  16   ARE.

10:50AM  17        I WOULD THINK THAT THE DEFENSE HAS IN MIND WHAT THEY WANT

10:50AM  18   TO DO.

10:50AM  19        I THINK IF WE HAVE A MID-JULY, LATE JULY STATUS CONFERENCE

10:50AM  20   THAT SHOULD AFFORD SUFFICIENT TIME FOR THEM TO DRAFT THE

10:50AM  21   GOVERNMENT'S RESPONSE ANYTHING THAT THEY THINK IS APPROPRIATE.

10:50AM  22   I REALLY DON'T HAVE A SENSE OF WHAT THEY HAVE IN MIND, BUT WE

10:50AM  23   WOULD BE PREPARED TO PROCEED UNDER WHATEVER SCHEDULE THE COURT

10:50AM  24   THINKS IS APPROPRIATE FOR THIS.

10:50AM  25        THE COURT:  OKAY.  THANK YOU.

10:51AM 1     THAT'S A THOUGHT THAT CAME TO MIND, MR. WADE -- I'LL NEXT

10:51AM 2  CALL UPON YOU -- IS IF THE GOVERNMENT PROCEEDED -- WELL,

10:51AM 3  THERE'S A LOT OF "IF'S" HERE.  ASSUMING WE'RE BACK IN THE

10:51AM 4  COURTHOUSE IN MAY AND THE GOVERNMENT IS DILIGENT ABOUT

10:51AM 5  CONVENING A GRAND JURY, AND THE GRAND JURY DOES RETURN A

10:51AM 6  SUPERSEDING DOCUMENT AS THEY'VE INDICATED, AND AS THEY'VE

10:51AM 7  PROVIDED TO YOU, THE NEXT THOUGHT I HAVE REGARDING SCHEDULING

10:51AM 8  IS WHAT ARE YOUR THOUGHTS ABOUT GETTING MOTION PRACTICE AS TO

10:51AM 9  THAT SUPERSEDING DOCUMENT COMPLETED BY THE JULY, ASSUMING WE

10:51AM 10  FOLLOW A JULY, A LATE JULY STATUS CONFERENCE?

10:51AM 11     MR. WADE:  YOUR HONOR, OF COURSE THE WAY THAT WE

10:51AM 12  USUALLY APPROACH A SCHEDULE IN A CASE IS TO START WITH WHEN WE

10:52AM 13  THINK BASED UPON THE INDICTMENT WHEN A TRIAL DATE -- WHEN WE

10:52AM 14  COULD BE READY FOR TRIAL AND WE TRY TO WORK BACK AND SET A

10:52AM 15  LOGICAL AND SEQUENTIAL PATH BETWEEN THAT TRIAL DATE AND TO HIT

10:52AM 16  ALL OF THESE ITEMS.

10:52AM 17     A SUPERSEDING INDICTMENT THAT IS RETURNED, IF THE GRAND

10:52AM 18  JURY RETURNS IN MAY, AND I'LL NOTE THAT I DO HAVE MATTERS IN

10:52AM 19  OTHER COURTS WHERE GRAND JURIES WERE INITIALLY EXTENDED UNTIL

10:52AM 20  MAY, BUT THAT'S NOW BEEN -- THOSE GRAND JURIES HAVE NOW BEEN

10:52AM 21  DEFERRED FURTHER INTO JULY.  BUT IF IT COMES IN MAY, YOU KNOW,

10:52AM 22  WE WOULD OBVIOUSLY NEED TIME TO ADDRESS TO CONSIDER THAT.

10:52AM 23     WE'LL, OF COURSE, BASED ON THE REPRESENTATIONS OF THE

10:52AM 24  GOVERNMENT, BEGIN THINKING ABOUT WAYS IN WHICH WE MIGHT

10:52AM 25  APPROACH SUCH CHARGES IF THE GRAND JURY DECIDES TO CONVENE THEM

10:53AM 1      OR TO RETURN THEM.

10:53AM 2          BUT THERE ARE A NUMBER OF OTHER, YOU KNOW, RELATED ISSUES

10:53AM 3      THAT COME INTO THE CASE AS A RESULT OF THAT ACTIVITY THAT WOULD

10:53AM 4      ALSO NEED TO BE ACCOMMODATED IN THE SCHEDULE.

10:53AM 5          THERE'S A POTENTIAL NEED FOR SUBSTANTIAL ADDITIONAL WORK

10:53AM 6      THAT WOULD BE REQUIRED BY THE DEFENSE BASED ON INFORMATION

10:53AM 7      PROVIDED TO THE GOVERNMENT AS TO WHAT THEY MIGHT SEEK.  WE

10:53AM 8      BELIEVE WE MAY NEED TO RETAIN AN EXPERT OR MORE GIVEN THE

10:53AM 9      NATURE OF SOME OF THE ALLEGATIONS.

10:53AM 10         MANY OF THE PEOPLE WHO THE GOVERNMENT HAS IDENTIFIED, MANY

10:53AM 11     OF THE WITNESSES WHO HAVE BEEN IDENTIFIED WHO WOULD BE

10:53AM 12     IMPLICATED BY AN INDICTMENT OF THIS TYPE WE HAVE NOT

10:53AM 13     SUBPOENAED, WE HAVE NOT SOUGHT DOCUMENTS, WE HAVE NOT DONE WHAT

10:54AM 14     WE WOULD DO IN AN ORDINARY COURSE IF THESE ALLEGATIONS WERE IN

10:54AM 15     THE INDICTMENT.

10:54AM 16         SO OF COURSE NOW IT'S NOT PRUDENT GIVEN HEALTH CONDITIONS

10:54AM 17     TO PROCEED WITH SOME OF THOSE SUBPOENAS UNLESS PEOPLE WERE TO

10:54AM 18     ACCEPT THEM VOLUNTARILY.

10:54AM 19         SO THERE ARE A NUMBER OF THINGS THAT NEED TO HAPPEN.  I

10:54AM 20     THINK WE UNDOUBTEDLY COULD TRY TO MEET AND CONFER WITH THE

10:54AM 21     GOVERNMENT AND WOULD IN ANY COURSE ONCE WE DETERMINE A

10:54AM 22     REASONABLE TRIAL DATE TO TRY TO SET A SENSIBLE SCHEDULE, BUT I

10:54AM 23     THINK TRYING TO INJECT THIS INTO THESE ALREADY DIFFICULT

10:54AM 24     CIRCUMSTANCES WOULD NECESSITATE A DELAY IN THE VIEW OF THE

10:54AM 25     DEFENSE.

10:55AM 1          (PAUSE IN PROCEEDINGS.)

10:55AM 2                MR. WADE:  IS THE COURT STILL THERE?

10:55AM 3                THE COURT:  I AM STILL HERE, BUT YOU KNOW WHAT, I

10:55AM 4     DID NOT HAVE THE GOOD SENSE TO UNMUTE MY PHONE.

10:55AM 5          THANK YOU.  SO THANK YOU, MR. WADE.  THANK YOU FOR THAT.

10:55AM 6          WHAT I HEAR YOU SAYING IS THAT SHOULD THE GOVERNMENT

10:55AM 7     PROCEED AND SECURE A SUPERSEDING INDICTMENT ALONG THE LINES OF

10:55AM 8     THE PROPOSED DRAFT THAT THEY HAVE PROVIDED YOU, IT WOULD CHANGE

10:55AM 9     THE COMPLEXION OF YOUR -- OBVIOUSLY OF WHAT YOU NEED TO DO.

10:55AM 10    YOU WOULD LOOK AT THE CASE AND DETERMINE WHETHER YOU CAN GO

10:55AM 11    FORWARD WITH FILING MOTIONS, YOUR MOTIONS PRIOR TO THE JULY

10:55AM 12    DATE AND THE STATUS DATE THAT WE HAVE.

10:56AM 13         THAT'S WHAT I'M TRYING TO SEE IF WE CAN, IF WE CAN GET

10:56AM 14    MOTION PRACTICE SCHEDULED AND HEARD BY THAT DATE, THAT WOULD BE

10:56AM 15    IDEAL AT LEAST FOR MOVING FORWARD.

10:56AM 16         I WAS PROBING TO SEE IF THAT -- OF COURSE YOU CAN'T

10:56AM 17    PREDICT ANYTHING AND YOU DON'T HAVE BENEFIT OF ANYTHING IN

10:56AM 18    FRONT OF YOU.  I DON'T KNOW IF THAT'S SOMETHING THAT WE CAN DO.

10:56AM 19                MR. WADE:  YEAH.  MY APOLOGIES.  IT'S DIFFICULT

10:56AM 20    SOMETIMES TO NOT INTERRUPT THE COURT IN THIS FORUM.  SO MY

10:56AM 21    APOLOGIES TO THE COURT.

10:56AM 22                THE COURT:  NO, NO, NOT AT ALL.

10:56AM 23                MR. WADE:  THE -- WE, OF COURSE, WOULD WORK TO

10:56AM 24    PROCEED WITH MOTIONS DIRECTED AT ANY NEW INDICTMENT AS QUICKLY

10:56AM 25    AS WE POSSIBLY COULD, YOUR HONOR, JUST TO BE CLEAR.

10:57AM 1      MY OTHER COMMENTS ARE JUST DIRECTED -- AND TO THE EXTENT

10:57AM 2   THAT AN INDICTMENT WAS RETURNED, YOU KNOW, REASONABLY IN

10:57AM 3   ADVANCE OF THE JULY STATUS CONFERENCE, WE WOULD CERTAINLY

10:57AM 4   ENDEAVOR TO TRY TO FIT BRIEFING IN IN ADVANCE OF THAT.

10:57AM 5      MY OTHER COMMENTS WERE MERELY DIRECTED -- MEANT TO DIRECT

10:57AM 6   THE COURT'S ATTENTION TO THE FACT THAT THERE IS OBVIOUSLY MUCH

10:57AM 7   MORE THAT IS NEEDED HERE BEYOND JUST THE BRIEFING ON THE MOTION

10:57AM 8   TO DISMISS.

10:57AM 9          THE COURT:  SURE.  THANK YOU.

10:57AM 10     ALL RIGHT.  THANK YOU.  LET ME ASK, MR. LEACH, ANYTHING

10:57AM 11  YOU WOULD LIKE TO SAY ABOUT THE SCHEDULING ISSUE REGARDING THE

10:57AM 12  MOTIONS AND THE SUPERSEDING INDICTMENT?

10:57AM 13         MR. LEACH:  NO, YOUR HONOR.  JUST THAT I

10:57AM 14  FUNDAMENTALLY DISAGREE THAT THIS IS A SEA CHANGE.  THIS IS THE

10:57AM 15  SAME THEORY AND THE SAME CASE WITH DISCOVERY THAT THEY'VE HAD

10:58AM 16  FOR THE BETTER PART OF A YEAR AND A HALF.

10:58AM 17     THE DEFENSE IS IN A MUCH BETTER POSITION TO DESCRIBE ITS

10:58AM 18  PREPARATION THAN WE ARE, BUT WE FUNDAMENTALLY JUST DO NOT SEE

10:58AM 19  THIS AS THE SEA CHANGE THAT IS DESCRIBED.  AND -- BUT BEYOND

10:58AM 20  THAT, I HAVE NOTHING FURTHER.

10:58AM 21         THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:58AM 22     MR. WADE, ANYTHING ELSE YOU WOULD LIKE TO ADD?

10:58AM 23         MR. WADE:  NO, YOUR HONOR.

10:58AM 24         THE COURT:  ALL RIGHT.  WELL, THANK YOU VERY MUCH.

10:58AM 25     THE STATUS HEARING TODAY WAS SCHEDULED TO DETERMINE WHAT

10:58AM 1    WE SHOULD DO GOING FORWARD IN LIGHT OF THE COVID CRISIS THAT

10:58AM 2    THE NATION FACES AND IN LIGHT OF THE LIMITATIONS THAT THAT

10:58AM 3    BRINGS TO THIS COURT TO PROVIDE SAFE ENVIRONMENTS FOR ALL

10:58AM 4    PARTIES TO THE CASE AS WELL AS THE PUBLIC AND ALL OF OUR COURT

10:58AM 5    PERSONNEL AS WELL.

10:59AM 6        WE HAVE, AS I THINK SOMEONE SAID, WE'RE IN UNCHARTERED

10:59AM 7    WATERS NOW AND TERRITORY NOW IN REGARDS TO HOW TO MANAGE OUR

10:59AM 8    CALENDARS.  WE KNOW THAT THE PRIME DIRECTIVE IS TO ENSURE THAT

10:59AM 9    ALL PARTIES RECEIVE FAIR TREATMENT IN THE COURTS, BUT THE REAL

10:59AM 10   PRIME DIRECTIVE NOW ADDENDUM TO THAT IS TO PROCEED WITH CAUTION

10:59AM 11   AND SAFETY TO MAKE SURE THAT EVERYONE WHO ENTERS OUR COURTS ARE

10:59AM 12   SAFE, FIRST OF ALL.  THAT WE OPEN OUR COURTS, WHEN WE OPEN OUR

10:59AM 13   COURTS, THAT THEY ARE IN A SAFE ENVIRONMENT FOR ALL, ALL

10:59AM 14   CONCERNED, INCLUDING THE PUBLIC, THE PUBLIC WHO WE WOULD CALL

10:59AM 15   AS JURORS TO SIT IN THE MATTER.  AND WE WANT TO MAKE SURE THAT

10:59AM 16   THE JURORS HAVE CONFIDENCE THAT THE COURTROOMS THAT THEY'RE

10:59AM 17   SITTING IN --

10:59AM 18        THE CLERK:  EXCUSE ME, YOUR HONOR.  I BELIEVE

10:59AM 19   SOMEONE NEEDS TO MUTE THEIR PHONE.  THERE'S INTERRUPTION GOING

11:00AM 20   ON.  IF YOU COULD PLEASE MUTE YOUR PHONE.

11:00AM 21        THE COURT:  YES, YES.  PLEASE MUTE YOUR PHONES,

11:00AM 22   PLEASE.  THANK YOU.

11:00AM 23        THE CLERK:  SORRY, YOUR HONOR.

11:00AM 24        THE COURT:  THANK YOU.  THANK YOU, MS. KRATZMANN.

11:00AM 25      WE NEED TO MAKE SURE THE ENVIRONMENT IS SAFE FOR ALL

11:00AM  1    PARTIES, WE NEED TO ENSURE TO OUR JURORS, THE PUBLIC THAT WE

11:00AM  2    CALL, THE COMMUNITY THAT IS CALLED TO HEAR MATTERS, THAT THE

11:00AM  3    COURT CAN ENSURE THEIR SAFETY SUCH THAT THEY HAVE CONFIDENCE IN

11:00AM  4    THEIR JUSTICE SYSTEM AND THEY HAVE CONFIDENCE THAT THEY CAN

11:00AM  5    FOCUS ON THE ISSUES BEFORE THEM IN A TRIAL SUCH THAT THEY CAN

11:00AM  6    PROVIDE A FAIR HEARING FOR ALL SIDES.  THAT'S A CRITICAL

11:00AM  7    COMPONENT OF THE WORK THAT THEY DO AND WHAT WE WANT TO ENSURE

11:00AM  8    TO THE JURY IN THIS CASE.

11:00AM  9         I DO THINK THAT LOOKING AT OUR SCHEDULE AND THIS COURT HAS

11:00AM  10   BEEN, AND I KNOW COUNSEL HAVE CALLED ME ON IT, IS I'VE BEEN A

11:01AM  11   LITTLE AGGRESSIVE ABOUT THE TRIAL SCHEDULE ON THIS.  I DO THINK

11:01AM  12   THAT THE SCHEDULE FOR JULY AS I INITIALLY PROPOSED IS NOT

11:01AM  13   REALISTIC NOW GIVEN THE CIRCUMSTANCES THAT WE FACE.  I JUST

11:01AM  14   DON'T THINK THAT THAT'S A REALITY.

11:01AM  15        I'D LIKE TO THINK THAT, AND I HOPE THAT TRIAL IN OCTOBER

11:01AM  16   OF THIS YEAR IS SOMETHING THAT WE COULD, WE COULD ENGAGE.  I

11:01AM  17   KNOW EVERY DAY THE NEWS CHANGES ABOUT COVID AND ABOUT WHETHER

11:01AM  18   OR NOT THINGS WILL BEGIN TO REACH NORMALITY AND THAT DOESN'T

11:01AM  19   MEAN THAT WE'LL HAVE ANY NORMAL SENSE OF OUR SOCIETY IN

11:01AM  20   OCTOBER.  WE HOPE WE DO, BUT SHELTER IN PLACE REMAINS AND IN

11:01AM  21   MANY STATES, AND CERTAINLY IN THE ENVIRONMENT AND JURISDICTION

11:01AM  22   OF THE COURTHOUSE.

11:01AM  23        I'D LIKE TO -- WHAT I'D LIKE TO DO IS LOOK AT THE OCTOBER

11:02AM  24   DATE, THE LATER OCTOBER DATE THAT WAS PROPOSED AS A POTENTIAL

11:02AM  25   TRIAL DATE, AND I THINK IT WISE, AND I'M GRATEFUL TO BOTH SIDES

11:02AM 1     HERE, TO SUGGEST THAT WE HAVE AN INTERIM STATUS CONFERENCE IN

11:02AM 2     JULY AT LEAST CALENDARED.  THAT'S NOT TO SAY THAT WE WON'T

11:02AM 3     ADVANCE THAT IF NEEDED, BUT AT LEAST CALENDARED IN JULY SO WE

11:02AM 4     CAN LOOK FORWARD AND SEE WHAT AND HOW BEST WE CAN FORECAST

11:02AM 5     WHETHER OR NOT THE OCTOBER DATE IS A REALITY OR WHETHER OR NOT

11:02AM 6     IT MAKES MORE SENSE TO LOOK BEYOND THE FALL AND INTO THE NEW

11:02AM 7     YEAR, EARLY NEW YEAR.

11:02AM 8         WHAT I THINK WE HAVE ALL READ AND FROM EXPERTS, AND THERE

11:02AM 9     ARE MANY OF THEM ON THIS CRISIS THAT WE FACE, THE INFORMATION

11:02AM 10    AT LEAST THAT THE COURT HAS READ AND SOME OF IT HAS INDICATED

11:02AM 11    THAT LIKE THE NORMAL FLU VIRUS THAT SEEMS TO COME AROUND IN THE

11:03AM 12    WINTER AND FALL, THERE'S AN EXPECTATION THAT THIS COVID MAY

11:03AM 13    RETURN IN THE FALL IN SOME MANNER AND WE SHOULD BE COGNIZANT OF

11:03AM 14    THAT.

11:03AM 15        WE'RE SO GRATEFUL FOR OUR HEALTH CARE PROFESSIONALS AND

11:03AM 16    ALL OF THOSE SCIENTISTS AND BIOENGINEERS WHO ARE WORKING

11:03AM 17    DILIGENTLY TO TRY AND TO FIND SOME TYPE OF SERUM THAT CAN

11:03AM 18    PROTECT ALL OF US, A VACCINE THAT CAN PROTECT ALL OF US FROM

11:03AM 19    THIS DISEASE.

11:03AM 20        BUT WE ALL KNOW THAT TAKES TIME, IT DOES TAKE TIME.

11:03AM 21        WE DON'T KNOW -- WE CAN'T FORECAST WHAT THE HEALTH

11:03AM 22    CONDITIONS OF THIS COUNTRY WILL BE IN RELATION TO COVID.  WE

11:03AM 23    ALL, WE JUST ARE IN DESPAIR WHEN WE READ ABOUT THE LOSS THAT

11:03AM 24    THIS COVID HAS CAUSED ACROSS THE COUNTRY.  WE REALLY ARE -- OUR

11:04AM 25    HEARTS ARE IN PAIN WHEN WE READ ABOUT NEW YORK, DETROIT, AND

11:04AM 1  OTHER CITIES, LOUISIANA, AND OTHER CITIES.  SO WE'RE MINDFUL OF

11:04AM 2  THAT.  AND THAT PRESSES UPON ALL OF US AS WE LOOK FORWARD TO

11:04AM 3  WHAT WE CAN DO WITH OUR CASE.

11:04AM 4      SO LET ME SAY WHAT I THINK WHAT I'D LIKE TO DO IS TO SET A

11:04AM 5  DATE FOR TRIAL, RESCHEDULE THE TRIAL DATE TO THE OCTOBER 26TH

11:04AM 6  DATE.  I HAVE YOUR SCHEDULE IN DOCUMENT 372.  I DO THINK THAT

11:04AM 7  WE SHOULD MAKE SOME CHANGES TO THAT SCHEDULE GOING FORWARD.

11:04AM 8      FOLKS, IF YOU HAVE YOUR SCHEDULES IN FRONT OF YOU, I'D

11:04AM 9  LIKE TO GO DOWN SOME OF THE DATES AND DEADLINES AND EVENTS THAT

11:04AM 10  YOU HAVE AND SUGGEST SOME CHANGES TO THAT.

11:05AM 11          THE CLERK:  YOUR HONOR, MAY I JUST INTERJECT A

11:05AM 12  MOMENT?

11:05AM 13          THE COURT:  YES.  YES.

11:05AM 14          THE CLERK:  THIS IS ADRIANA.  COULD WE SET THE

11:05AM 15  OCTOBER DATE TO OCTOBER 27TH DATE TO TUESDAY?

11:05AM 16          THE COURT:  YES, YES.  OCTOBER 27TH AT 9:00 A.M. FOR

11:05AM 17  JURY SELECTION.

11:05AM 18      GOING DOWN.  THIS IS FOUND ON PAGES 4 AND 5 OF 372.  I DO

11:05AM 19  NOTE THAT LET'S START THAT THERE'S AGREEMENT ON THE FIRST

11:05AM 20  SERVICE OF THE SUMMARY PURSUANT TO RULE 16, AND I'M NOT GOING

11:05AM 21  TO DISTURB THAT AT THIS POINT.  WE MAY HAVE SOME OTHER COMMENT

11:05AM 22  ON THAT IN A MOMENT.

11:06AM 23      THE GOVERNMENT IN IT'S RULE 16(A) DISCLOSURES WHICH BEGINS

11:06AM 24  ON LINE 26, I THINK THE DATE, WHAT I'D LIKE TO DO IS TO ADOPT

11:06AM 25  THE GOVERNMENT DATE ON THAT.

11:06AM  1    I'M LOOKING IN THAT BOX, AND PERHAPS YOU CAN HELP ME,

11:06AM  2  COUNSEL, LINE 27 AND 28 IT INDICATES THE GOVERNMENT SERVE

11:06AM  3  WITNESSES AND EXHIBITS LISTS FOR CASE-IN-CHIEF.

11:06AM  4    WAS THAT THE SAME PROPOSED DATE?

11:06AM  5    MR. LEACH:  YEAH, THAT WAS INTENDED TO BE JUNE 26TH,

11:06AM  6  2020.

11:06AM  7    THE COURT:  OKAY.  AS WELL AS PAGE 5 BEGINNING AT

11:06AM  8  LINE 1, THE 801 --

11:06AM  9    MR. LEACH:  YES.

11:06AM 10    THE COURT:  OKAY.  THANK YOU.

11:06AM 11    THEN ALSO ON THE RULE 16B DISCLOSURES ON LINE 3 I'LL ADOPT

11:06AM 12  THE GOVERNMENT'S DATE TO THE LATER DATE OF JULY 6TH ON THAT.

11:06AM 13    THE NEXT BOX, WHICH APPEARS ON LINE 4 THROUGH 6, I'M GOING

11:07AM 14  TO DEFER THAT FOR NOW.

11:07AM 15    ACTUALLY, THE FIRST BOX THAT I TALKED ABOUT, I'M SORRY TO

11:07AM 16  GO BACK, ON PAGE 4, LINE 23, I'M GOING TO DEFER THAT AS WELL

11:07AM 17  FOR NOW.

11:07AM 18    RETURNING TO PAGE 5, NOW WE'RE AT LINE 6 THROUGH 8, THE

11:07AM 19  DEFENSE SERVICE OF WITNESS AND EXHIBIT LISTS, I'M GOING TO

11:07AM 20  ADJUST THAT DATE TO JULY 24TH.

11:07AM 21    AND THEN THE STATUS CONFERENCE WILL BE SET FOR,

11:07AM 22  MS. KRATZMANN, JULY 20TH, JULY 20TH, AT 10:00 A.M.

11:07AM 23    NOW, AT THAT TIME ON JULY 20TH, WE WILL HAVE A BETTER IDEA

11:08AM 24  AS TO WHETHER WE'RE GOING TO GO FORWARD WITH THE OCTOBER TRIAL

11:08AM 25  DATE OR WHETHER WE NEED TO ADJUST THE SCHEDULE IN SOME OTHER

11:08AM 1     MANNER.

11:08AM 2          I'M NOT GOING TO -- AT THIS TIME I'M NOT GOING TO

11:08AM 3     ADOPT ANY OF THE OTHER -- YOU HAVE OTHER DATES THAT BEGIN IN

11:08AM 4     AUGUST AND OTHERS AND MOTIONS IN LIMINES AND THOSE DATES.  I'D

11:08AM 5     LIKE TO DEFER THOSE DATES.  I THINK WE CAN WAIT UNTIL THE

11:08AM 6     JULY 20TH DATE TO SEE WHETHER OR NOT AND HOW WE'RE GOING TO

11:08AM 7     PROCEED AND GO FORWARD THERE.

11:08AM 8          SO I'D LIKE YOU TO -- OBVIOUSLY YOU'RE GOING TO PREPARE

11:08AM 9     THE CASE AS BEST YOU CAN, I KNOW THAT, BUT I DON'T THINK YOU

11:08AM 10    NEED TO PAY ATTENTION TO THOSE ITEMS THAT APPEAR FROM LINES 10

11:08AM 11    DOWN TO 19 AT THIS POINT.  I'D LIKE YOU TO FOCUS YOUR EFFORTS,

11:08AM 12    OF COURSE, ON THE OTHER WORK THAT YOU NEED TO DO, AND WE CAN

11:08AM 13    LOOK AT THOSE REMAINING ISSUES, THE IN LIMINE AND OTHER ISSUES,

11:09AM 14    ON THE JULY 20TH STATUS CONFERENCE DATE.

11:09AM 15         ANY QUESTIONS FROM EITHER SIDE ABOUT THIS ADJUSTMENT?

11:09AM 16         MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

11:09AM 17    THAT'S CLEAR TO US.  THANK YOU.

11:09AM 18         THE COURT:  MR. WADE?

11:09AM 19         MR. WADE:  NO, YOUR HONOR.  I TAKE IT AS WE GET

11:09AM 20    CLOSER TO THESE EVENTS WE'LL PERHAPS HAVE COMMUNICATION THROUGH

11:09AM 21    MS. KRATZMANN AS TO WHETHER THESE PROCEEDINGS WILL BE

11:09AM 22    TELEPHONIC OR IN PERSON?

11:09AM 23         OBVIOUSLY, I THINK WE ALL HOPE WE'RE IN A SITUATION WHERE

11:09AM 24    THEY'RE IN PERSON, BUT WE WILL SEE WHAT IS PRUDENT AT THAT

11:09AM 25    TIME.

| | |
|---|---|
| 11:09AM | 1 |
| 11:09AM | 2 |
| 11:09AM | 3 |
| 11:09AM | 4 |
| 11:10AM | 5 |
| 11:10AM | 6 |
| 11:10AM | 7 |
| 11:10AM | 8 |
| 11:10AM | 9 |
| 11:10AM | 10 |

THE COURT:  YES.  THANK YOU, MR. WADE.

I'M HOPEFUL THAT WE CAN, THAT THINGS CHANGE IN OUR COUNTRY

AND IN OUR REGIONS THAT WE COULD HAVE IN-PERSON MEETINGS.

AGAIN, I'LL JUST SAY I ALWAYS ENJOY ALL OF YOU IN THE

COURTROOM.  YOU'RE ALL PROFESSIONAL, AND I APPRECIATE THAT.  I

KNOW THAT YOU'RE TRIAL LAWYERS AND THE PLACE YOU WORK IS THE

COURTROOM, NOT YOUR LIVING ROOMS, KITCHENS, OR HOME OFFICES,

WHICH OF COURSE YOU DO THAT IN THE EVENINGS AND INTO THE WEE

HOURS OF THE NIGHT, I RECOGNIZE THAT.

BUT THE PLACE YOU DO YOUR BUSINESS IS IN THE COURTROOM,

AND ALL OF YOU HAVE GREAT FLUENCY FOR THE COURTROOM, AND SO I

AGREE.  I HOPE THAT WE CAN OPEN OUR COURTROOMS SOON, AND WE ALL

CAN ENJOY EACH OTHER'S COMPANY.

WE'RE WORKING ON WHAT WE NEED TO DO TO ESTABLISH VIDEO

CONFERENCING IN THE INTERIM, AND SO IF WE NEED IT, HOPEFULLY

WE'LL HAVE SOMETHING SET UP FOR FUTURE STATUS CONFERENCES IF WE

CAN.

ALSO, AS TO ANY OTHER MATTERS, AS YOU POINT OUT, MR. WADE,

MS. KRATZMANN WILL BE ABLE TO COMMUNICATE ANY OTHER SCHEDULE

CHANGES FOR ANY OTHER MATTERS AS THEY NEED TO COME UP, AND I

DON'T KNOW IF THAT ANSWERS YOUR QUESTION.  I HOPE IT DOES.

MR. WADE:  IT DOES.  THANK YOU, YOUR HONOR.

THE COURT:  ALL RIGHT.  ANYTHING ELSE THAT EITHER

SIDE WISHES TO RAISE AT THIS TIME?

MR. LEACH, ANYTHING FROM THE GOVERNMENT'S TEAM?

11:11AM 1      MR. LEACH:  YOUR HONOR, IN LIGHT OF THE CHANGE OF

11:11AM 2  THE TRIAL DATE FROM OCTOBER -- WELL, FROM THE END OF JULY TO

11:11AM 3  OCTOBER 27TH, 2020, I THINK IT WOULD BE APPROPRIATE FOR THE

11:11AM 4  COURT TO EXCLUDE TIME FOR EFFECTIVE PREPARATION IN LIGHT OF THE

11:11AM 5  COVID CRISIS AND EVERYTHING THAT MR. WADE HAS DESCRIBED.

11:11AM 6      THE COURT:  THANK YOU.  I WAS GOING TO TURN TO

11:11AM 7  MR. WADE WHEN HIS COMMENTS -- DURING HIS COMMENTS AND ASK HIM

11:11AM 8  IF HE AGREES THAT TIME SHOULD BE EXCLUDED FOR EFFECTIVE

11:11AM 9  PREPARATION OF COUNSEL TO THE NEW TRIAL OF OCTOBER 26TH, 2020.

11:12AM 10     MR. WADE?

11:12AM 11     MR. WADE:  YOUR HONOR, WE DO.  I BELIEVE IT ALSO MAY

11:12AM 12  BE COVERED BY ONE OF THE COURT'S GENERAL ORDERS AS WELL, BUT IN

11:12AM 13  ANY EVENT, WE DO AGREE.

11:12AM 14     THE COURT:  ALL RIGHT.  THANK YOU THEN.

11:12AM 15     ANYTHING FURTHER FROM YOU, MR. WADE, AND YOUR TEAM?

11:12AM 16     MR. WADE:  NOT AT THIS TIME, YOUR HONOR.  THANK YOU.

11:12AM 17     THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

11:12AM 18  YOU ALL FOR YOUR ATTENTION HERE.  WE WILL -- AND LET ME SAY, IF

11:12AM 19  EITHER PARTY WISHES TO HAVE ANOTHER STATUS OR A STATUS

11:12AM 20  CONFERENCE OR BRING ANYTHING TO THE COURT'S ATTENTION, PLEASE

11:12AM 21  FEEL FREE TO DO SO.

11:12AM 22     I'VE SET THE JULY 20TH DATE AS THE CALENDARED STATUS DATE

11:12AM 23  SO WE ALL HAVE AN EVENT HORIZON TO FOCUS ON.  BUT SHOULD THE

11:12AM 24  NEED ARISE OR A CHANGE OR SOMETHING HAPPENS, PLEASE CONTACT

11:12AM 25  MS. KRATZMANN, AND WE WILL OF COURSE ENGAGE THE STATUS OR OTHER

11:12AM  1    HEARING AS NEEDED IF THE PARTIES REQUIRE.

11:12AM  2         ALL RIGHT.  THANK YOU.  LET ME THANK YOU ALL AGAIN.  IT'S

11:12AM  3    GOOD TO HEAR YOUR VOICES.  I LOOK FORWARD TO THE OPPORTUNITY

11:13AM  4    WHEN I CAN SEE YOUR FACES PERSONALLY AND WE CAN INVITE YOU BACK

11:13AM  5    TO A SAFE COURTROOM AND I CAN ENJOY YOUR COMPANY AND ALL OF

11:13AM  6    YOUR ASSISTANCE IN THIS INTERESTING CASE.

11:13AM  7         PLEASE BE SAFE, YOU AND YOUR FAMILIES.  I WISH YOU THE

11:13AM  8    BEST AND PLEASE BE SAFE AND WELL, AND WE'LL TALK AGAIN SOON.

11:13AM  9         ANYTHING FURTHER, MS. KRATZMANN?

11:13AM 10              THE CLERK:  NO, YOUR HONOR.  THANK YOU.

11:13AM 11              THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL DISENGAGE

11:13AM 12    THE LINE NOW.  THANK YOU, COUNSEL.

11:13AM 13              MR. WADE:  THANK YOU, YOUR HONOR.

11:13AM 14              MR. LEACH:  THANK YOU VERY MUCH, YOUR HONOR.

11:13AM 15         (TELEPHONIC COURT CONCLUDED AT 11:13 A.M.)

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1
2
3                    CERTIFICATE OF REPORTER
4
5
6
7         I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10   CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16        IRENE RODRIGUEZ, CSR, RMR, CRR
          CERTIFICATE NUMBER 8074
17
18
          DATED:  JULY 20, 2020
19
20
21
22
23
24
25

# EXHIBIT F

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,          )
6                                       )  CR-18-00258-EJD
                    PLAINTIFF,          )
7                                       )  SAN JOSE, CALIFORNIA
               VS.                      )
8                                       )  JULY 20, 2020
     ELIZABETH A. HOLMES AND RAMESH     )
9    SUNNY BALWANI,                     )  PAGES 1 - 95
                                        )
10                  DEFENDANTS.         )
     _____)
11

12
                      TRANSCRIPT OF ZOOM PROCEEDINGS
13              BEFORE THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE
14

15   A P P E A R A N C E S BY ZOOM:

16   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
17                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
18                         SAN JOSE, CALIFORNIA 95113

19                         BY:  ROBERT S. LEACH
                                VANESSA BAEHR-JONES
20                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
21
            (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22

23   OFFICIAL COURT REPORTER:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                         CERTIFICATE NUMBER 8074

24
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                 TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S BY ZOOM: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                              BY:  KEVIN M. DOWNEY
 4                                 LANCE A. WADE
                                   PATRICK J. LOOBY
 5                                 KATHERINE A. TREFZ
                                   AMY M. SAHARIA
 6                            725 TWELFTH STREET, N.W.
                              WASHINGTON, D.C. 20005
 7
                              LAW OFFICE OF JOHN D. CLINE
 8                            BY:  JOHN D. CLINE
                              ONE EMBARCADERO CENTER, SUITE 500
 9                            SAN FRANCISCO, CALIFORNIA 94111

10

11    FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                              BY:  JEFFREY COOPERSMITH
12                                 AMANDA MCDOWELL
                              701 FIFTH AVENUE, SUITE 5600
13                            SEATTLE, WASHINGTON 98104

14                            BY:  STEPHEN A. CAZARES
                              77 SOUTH FIGUEROA STREET, SUITE 3200
15                            LOS ANGELES, CALIFORNIA 90017

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                              JULY 20, 2020 |
| | 2 | P R O C E E D I N G S |
| 10:27AM | 3 | (COURT CONVENED AT 10:27 A.M.) |
| 10:27AM | 4 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE. |
| 10:27AM | 5 | THANK YOU ALL FOR YOUR PATIENCE IN MANEUVERING WITH OUR |
| 10:27AM | 6 | TECHNOLOGY HERE.  WE, OF COURSE, ARE IN THE BREAD BASKET OF |
| 10:27AM | 7 | SILICON VALLEY AND OF COURSE EVERYTHING WORKED CORRECTLY THIS |
| 10:27AM | 8 | MORNING.  IT'S GOOD TO SEE EVERYONE. |
| 10:27AM | 9 | LET ME START OFF AND WHY DON'T WE CAPTURE APPEARANCES OF |
| 10:27AM | 10 | EVERYONE.  THIS IS 18-258, UNITED STATES VERSUS |
| 10:27AM | 11 | ELIZABETH HOLMES AND UNITED STATES VERSUS RAMESH "SUNNY" |
| 10:27AM | 12 | BALWANI. |
| 10:27AM | 13 | WHY DON'T WE START WITH THE GOVERNMENT.  WHO APPEARS FOR |
| 10:27AM | 14 | THE GOVERNMENT TODAY? |
| 10:27AM | 15 | MR. LEACH:  GOOD MORNING, YOUR HONOR. |
| 10:27AM | 16 | THIS IS ROBERT LEACH ON BEHALF OF THE UNITED STATES, AND |
| 10:28AM | 17 | JEFF SCHENK, JOHN BOSTIC, AND VANESSA BAEHR-JONES. |
| 10:28AM | 18 | THE COURT:  THANK YOU.  I'M GOING TO ASK YOU TO MOVE |
| 10:28AM | 19 | YOUR MICROPHONE CLOSER TO YOU, PLEASE. |
| 10:28AM | 20 | MR. LEACH:  IS THAT BETTER? |
| 10:28AM | 21 | THE COURT:  YES, MUCH BETTER.  THANK YOU. |
| 10:28AM | 22 | AND LET'S TURN THEN TO MS. HOLMES. |
| 10:28AM | 23 | MR. WADE:  GOOD MORNING, YOUR HONOR. |
| 10:28AM | 24 | LANCE WADE ON BEHALF OF MS. HOLMES WHO IS PRESENT WITH ME |
| 10:28AM | 25 | THIS MORNING, AND I'LL NOTE FOR THE RECORD ALSO ABLE TO |

| | |
|---|---|
| 10:28AM 1 | COMMUNICATE WITH US SEPARATELY VIA TELEPHONE IF WE NEED TO |
| 10:28AM 2 | CONFER WITH HER PRIVATELY.  SHE IS IN A DIFFERENT LOCATION. |
| 10:28AM 3 | MY COLLEAGUES KEVIN DOWNEY, AMY SAHARIA, AND KATIE TREFZ |
| 10:28AM 4 | ARE WITH ME, AS IS MR. PATRICK LOOBY WHO I THINK HAS PROBABLY |
| 10:28AM 5 | BEEN BEHIND US BEFORE, YOUR HONOR, BUT THIS IS THE FIRST TIME |
| 10:28AM 6 | APPEARING BEFORE YOU, SO I'D LIKE TO INTRODUCE YOU TO |
| 10:28AM 7 | MR. LOOBY. |
| 10:28AM 8 | THE COURT:  THANK YOU.  GOOD MORNING, MR. LOOBY. |
| 10:29AM 9 | THANK YOU ALL FOR BEING HERE. |
| 10:29AM 10 | MR. WADE, LET ME JUST ASK YOU, SIR, THE COVID CRISIS HAS |
| 10:29AM 11 | CAUSED US TO ENGAGE VIDEO CONFERENCING PROCEEDINGS FOR VARIOUS |
| 10:29AM 12 | HEARINGS IN LIGHT OF THE COURT'S DESIRE TO MITIGATE APPEARANCE |
| 10:29AM 13 | IN THE COURTROOMS FOR PUBLIC SAFETY AS WELL AS ALL OF YOUR |
| 10:29AM 14 | SAFETY. |
| 10:29AM 15 | DO I HAVE YOUR CLIENT'S CONSENT TO PARTICIPATE IN THIS |
| 10:29AM 16 | HEARING VIA VIDEO CONFERENCE? |
| 10:29AM 17 | MR. WADE:  YOU DO, YOUR HONOR. |
| 10:29AM 18 | THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH. |
| 10:29AM 19 | THANK YOU, MS. HOLMES. |
| 10:29AM 20 | LET ME TURN TO MR. BALWANI THEN.  IF I COULD GET THE |
| 10:29AM 21 | APPEARANCES FOR MR. BALWANI. |
| 10:29AM 22 | MR. COOPERSMITH:  YES.  GOOD MORNING, YOUR HONOR. |
| 10:29AM 23 | THIS IS JEFF COOPERSMITH ON BEHALF OF MR. BALWANI FROM |
| 10:29AM 24 | ORRICK, HERRINGTON & SUTCLIFFE. |
| 10:29AM 25 | MR. BALWANI IS ALSO PRESENT ON THE ZOOM. |

11:52AM  1    GOVERNMENT IS GOING TO BE REQUIRED TO PRODUCE SOME ADDITIONAL

11:52AM  2    FOUNDATIONAL INFORMATION AND BACKGROUND ON SOME OF THIS

11:52AM  3    TESTIMONY.

11:52AM  4         BUT AGAIN, WE'RE GUIDED BY MS. SAHARIA'S REVELATION THAT

11:52AM  5    THERE WILL BE ADDITIONAL LITIGATION ON THE SECOND SUPERSEDING

11:52AM  6    INDICTMENT AND THAT MIGHT DRIVE SOME OF THE THOUGHTS THAT WE

11:52AM  7    HAVE HERE NOW THAT MS. BAEHR-JONES AND HER TEAM HAS INFORMED US

11:53AM  8    THAT SOME OF THIS CONDUCT THAT APPEARS IN THE SECOND

11:53AM  9    SUPERSEDING INDICTMENT IS ACTUALLY SOME OF THE 404(B) EVIDENCE.

11:53AM 10         SO WHERE DOES THAT LEAVE US THEN, MR. LEACH?  WHAT ELSE

11:53AM 11    SHOULD WE TALK ABOUT?

11:53AM 12             MR. LEACH:  YOUR HONOR, WE'RE ALSO SET FOR A STATUS

11:53AM 13    CONFERENCE TODAY ON THE OCTOBER 27TH TRIAL DATE.

11:53AM 14         I WILL SAY FROM THE GOVERNMENT'S PERSPECTIVE WE ARE READY

11:53AM 15    FOR TRIAL.  WE HAVE SERVED OUR WITNESS LISTS ON JUNE 26TH.  WE

11:53AM 16    ALSO SERVED OUR EXHIBIT LIST ON THE SAME DAY.  WE SERVED A

11:53AM 17    NUMBER OF TRIAL SUBPOENAS AND INSTRUCTED WITNESSES TO HOLD THE

11:53AM 18    OCTOBER DATE.

11:53AM 19         I WOULD NOTE MS. HOLMES HAS PRODUCED SOME OF HER RULE 16

11:53AM 20    DISCOVERY.  SO WE ARE READY TO GO.

11:54AM 21         I BELIEVE THE DEFENSE HAS SOME PERSPECTIVE ON THIS, AND I

11:54AM 22    THINK IT MIGHT BE APPROPRIATE TO HEAR FROM THEM ABOUT SOME OF

11:54AM 23    THE CHALLENGES THAT THEY SAY.

11:54AM 24         BUT FROM OUR PERSPECTIVE WE ARE READY TO GO AND WE'RE

11:54AM 25    READY TO ENGAGE ON WHATEVER DIALOGUE THE COURT WISHES TO HAVE

11:54AM 1     ABOUT THE SPECIAL CIRCUMSTANCES COVID BRINGS IN THIS CASE OR

11:54AM 2     MIGHT BRING.

11:54AM 3          BUT, YOU KNOW, FROM THE GOVERNMENT'S PERSPECTIVE WE'RE

11:54AM 4     READY AND WE'RE ANXIOUS FOR THE TRIAL.

11:54AM 5               THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THAT.

11:54AM 6          WHAT ARE YOUR THOUGHTS ABOUT, AND OF COURSE THE DEFENSE

11:54AM 7     WILL DIRECT THIS, BUT WHAT ARE YOUR THOUGHTS ABOUT ADDITIONAL

11:54AM 8     MOTION PRACTICE THAT MS. SAHARIA HAS INFORMED US ABOUT TODAY?

11:54AM 9     ORDER THAT THEY FILE ANY MOTION TOMORROW AT NOON?

11:54AM 10              MR. LEACH:  I WOULD BE WILLING TO GIVE THEM A LITTLE

11:54AM 11    BIT MORE TIME ON THAT, YOUR HONOR.  I'M NOT SURE EXACTLY OF THE

11:54AM 12    PARAMETERS ON WHAT THEY INTEND TO MOVE ON.  I CAN ANTICIPATE

11:54AM 13    SOME OF THEM, BUT I DON'T THINK THAT WE NEED AN EXTENDED

11:55AM 14    BRIEFING SCHEDULE.

11:55AM 15         I THINK THE GOVERNMENT WOULD PROBABLY LIKE TWO TO THREE

11:55AM 16    WEEKS TO RESPOND, BUT I THINK WE SHOULD GET A DATE ON CALENDAR

11:55AM 17    FOR THAT.

11:55AM 18         BUT WE HAVE A SENSE, BASED ON SOME OF THE COMMENTS TODAY,

11:55AM 19    WHAT THEY INTEND TO RAISE.  WE'LL RESPOND IN OUR OPPOSITION.

11:55AM 20         BUT I THINK THAT WOULD BE A GOOD THING FOR THE COURT TO

11:55AM 21    DO.

11:55AM 22              THE COURT:  OKAY.  THANK YOU.

11:55AM 23         MR. WADE?  MS. SAHARIA?  MR. DOWNEY?

11:55AM 24              MR. WADE:  IT'S MR. WADE, YOUR HONOR.  THANK YOU.

11:55AM 25         I THINK THERE ARE A COUPLE OF ISSUES TO ADDRESS HERE.  ONE

11:55AM 1   RELATES TO THE MOTIONS AS YOU'VE REFERENCED, BUT REALLY I THINK

11:55AM 2   THAT'S PUTTING THE CART A LITTLE BIT BEFORE THE HORSE.

11:55AM 3       I THINK ONE OF THE PURPOSES OF THE STATUS CONFERENCE WAS

11:55AM 4   TO CHECK IN ON THE TRIAL DATE.  I THINK WHEN WE SET THE TRIAL

11:55AM 5   DATE FOR OCTOBER THE COURT PRUDENTLY SUGGESTED THAT WE HAVE A

11:55AM 6   STATUS CONFERENCE ABOUT THREE MONTHS OUT SO THAT WE COULD CHECK

11:55AM 7   AND SEE WHERE WE ARE FROM A PUBLIC HEALTH STANDPOINT.

11:55AM 8       I THINK AT THAT TIME, WHICH SEEMS LIKE A YEAR AGO, BUT IT

11:56AM 9   WAS JUST A COUPLE MONTHS AGO, I THINK WE WERE ALL OPTIMISTIC ON

11:56AM 10  OUR ABILITY TO MOVE FORWARD.

11:56AM 11      WE CERTAINLY, AS THE COURT CAN TELL FROM THESE MOTIONS,

11:56AM 12  HAVE BEEN WORKING VERY HARD WITH -- AS THE GOVERNMENT HAS AS

11:56AM 13  WELL, TO TRY TO CONTINUE TO SHARPEN THE ISSUES AND TRY TO

11:56AM 14  PROCEED TO A POSITION WHERE WE WOULD BE READY TO TRY THE CASE.

11:56AM 15      WE WERE ALSO OPTIMISTIC, I WOULD SAY, ABOUT THE ABILITY OF

11:56AM 16  OUR EXPERTS IN THE PUBLIC HEALTH FIELD AND OUR LEADERSHIP IN

11:56AM 17  THE COUNTRY TO BE ABLE TO ADDRESS THIS PUBLIC HEALTH CRISIS IN

11:56AM 18  A WAY THAT MIGHT MAKE THAT POSSIBLE.

11:56AM 19      I THINK THE COURT HAS ALWAYS EXPRESSED GREAT CARE AS IT

11:56AM 20  RELATES TO PUBLIC HEALTH ISSUES AND WITH RESPECT TO OUR

11:56AM 21  CLIENT'S CONSTITUTIONAL RIGHTS, AND WE'RE VERY APPRECIATIVE OF

11:57AM 22  THAT.

11:57AM 23      I THINK WE ALL WANT A TRIAL HERE THAT IS SAFE FOR ALL

11:57AM 24  TRIAL PARTICIPANTS FROM A PUBLIC HEALTH STANDPOINT BUT ALSO

11:57AM 25  SAFE FROM A CONSTITUTIONAL STANDPOINT WHERE OUR CLIENT HAS ALL

1    OF THE RIGHTS THAT SHE'S ENTITLED TO GIVEN THAT HER LIBERTY IS

2    IN JEOPARDY.

3         THERE ARE A COUPLE OF FACTORS ABOUT THIS CASE THAT MAKE

4    PROCEEDING TO TRIAL UNIQUELY DIFFICULT ANY TIME SOON.

5         FIRST, OBVIOUSLY THIS IS NOT A TYPICAL ONE WEEK OR EVEN

6    TWO WEEK TRIAL.  THIS IS SET TO BE A VERY LENGTHY TRIAL.

7         EVEN AFTER THE CASE WAS SEVERED, I THINK THE COURT KNOWS

8    THE GOVERNMENT HAS INDICATED THAT IT INTENDS TO PROCEED WITH

9    THE SAME LENGTH OF CASE AND IT INTENDS TO CALL THE SAME NUMBER

10   OF WITNESSES, INDEED THE SUPERSEDING INDICTMENT EXPANDED THE

11   CASE SIGNIFICANTLY.

12        AS A RESULT OF THAT WE'RE LOOKING AT A THREE MONTH TRIAL,

13   PERHAPS MORE, TO MOVE THIS CASE FORWARD TO COMPLETION.

14        OBVIOUSLY ALONG WITH A TRIAL OF THAT LENGTH, PROCEEDING IN

15   THE MIDST OF A PANDEMIC COME GREAT RISKS.  THERE ARE -- WE WILL

16   ALL -- THERE WILL BE 30 TRIAL PARTICIPANTS WHO WILL BE IN AN

17   INDOOR CONFINED SPACE WHICH THE CDC AND OTHER PUBLIC HEALTH

18   EXPERTS TELL US IT IS NOT ADVISABLE UNDER CURRENT CONDITIONS.

19        EVEN IF MASKED, EVEN IF DISTANCED, ISSUES RAISE OTHER

20   POTENTIAL CONCERNS AS IT RELATES TO OUR CLIENT'S CONSTITUTIONAL

21   RIGHTS.

22        JUST A TRIAL FOR THAT LENGTH OF TIME PRESENTS UNIQUE

23   OBSTACLES.

24        OBVIOUSLY WHAT COMES -- WHAT DRIVES THAT AMOUNT OF TIME

25   ARE THE NUMBER OF WITNESSES THAT WOULD BE CALLED AT TRIAL.  THE

11:59AM 1  GOVERNMENT HAS IDENTIFIED A WITNESS LIST, HAS DISCLOSED A

11:59AM 2  WITNESS LIST TO THE DEFENSE IN THIS CASE RECENTLY.  IT

11:59AM 3  IDENTIFIES, IF YOU INCLUDE DOCUMENT CUSTODIANS, 170 WITNESSES.

11:59AM 4      THOSE WITNESSES COME FROM AT LEAST 15 DIFFERENT STATES,

11:59AM 5  INCLUDING MANY THAT ARE HOT SPOTS SUCH AS ARIZONA WHERE THERE

11:59AM 6  ARE 20 WITNESSES, TEXAS, GEORGIA, FLORIDA, AND ALL DIFFERENT

11:59AM 7  PARTS OF CALIFORNIA.

11:59AM 8      CDC GUIDANCE WOULD SUGGEST THAT IF ANY WITNESS WERE TO FLY

11:59AM 9  TO CALIFORNIA TO TESTIFY AT TRIAL, THEY SHOULD FIRST QUARANTINE

11:59AM 10 THEMSELVES FOR 14 DAYS BEFORE THEY EXPOSED THEMSELVES TO OTHERS

12:00PM 11 GIVEN THAT THEY'RE COMING FROM A PLACE WHERE THERE ARE A GREAT

12:00PM 12 NUMBER OF INFECTIONS.

12:00PM 13     HOW THAT IS PRUDENT -- THAT IS NOT PRUDENT.

12:00PM 14     SIMILARLY, I THINK THE COURT KNOWS BETTER THAN I DO

12:00PM 15 BECAUSE YOU ARE OBVIOUSLY LIVING THERE, THAT CALIFORNIA IS

12:00PM 16 EXPERIENCING A PARTICULARLY DIFFICULT PERIOD.  THE PANDEMIC

12:00PM 17 THERE STATISTICALLY HAS GOTTEN WORSE, NOT BETTER, SINCE IT

12:00PM 18 BEGAN.

12:00PM 19     THREE OF THE FOUR COUNTIES THAT PROVIDE JURORS THAT WOULD

12:00PM 20 SERVE IN A JURY POOL HERE ARE ON THE GOVERNOR'S MONITORING

12:00PM 21 LIST.  MANY ARE ROLLING BACK SOME OF THE OPENING MEASURES THAT

12:00PM 22 THEY HAD TAKEN INITIALLY EARLY ON AND ARE GOING IN THE WRONG

12:00PM 23 DIRECTION, AND MANY OF THE SCHOOL DISTRICTS FROM WHERE WE WOULD

12:00PM 24 DRAW JURORS ARE NOT GOING TO HAVE KIDS IN SCHOOL.

12:01PM 25     THE ABILITY TO GET AN IMPARTIAL JURY IN THIS SETTING FOR A

12:01PM 1    TRIAL OF THIS LENGTH IS DOUBTFUL.  IT AT LEAST PRESENTS A LOT

12:01PM 2    OF LEGAL ISSUES THAT WOULD BE CHALLENGING.

12:01PM 3        AT MORE BASIC LEVEL, YOUR HONOR, AS WE THINK THROUGH THESE

12:01PM 4    STEPS AND WE THINK ABOUT THE WAYS IN WHICH THIS TRIAL MIGHT

12:01PM 5    PROCEED OVER THREE MONTHS, WHAT HAPPENS IF A MONTH AND A HALF

12:01PM 6    IN I WAKE UP WITH A SORE THROAT?  WHAT HAPPENS IF ONE OF THE

12:01PM 7    JURORS DOES OR THE COURT OR A MEMBER OF THE COURT STAFF?  DO WE

12:01PM 8    ADJOURN COURT FOR THE DAY?  DO WE QUARANTINE FOR 14 DAYS?  DO

12:01PM 9    WE QUARANTINE UNTIL WE GET A TEST RESULT?  THESE ARE

12:01PM 10   CHALLENGING ISSUES.

12:01PM 11       I KNOW THAT THESE ARE ISSUES THAT ARE NOT UNIQUE TO THIS

12:01PM 12   CASE.  I KNOW THAT THESE ARE ISSUES THAT THE COURT IS

12:02PM 13   STRUGGLING WITH IN MANY CASES, AND IT IS HAVING TO BALANCE

12:02PM 14   THOSE INTERESTS AND THOSE CONCERNS AGAINST OTHER CONSTITUTIONAL

12:02PM 15   RIGHTS SUCH AS DEMANDS FOR SPEEDY TRIAL, SITUATIONS IN WHICH

12:02PM 16   DEFENDANTS ARE IN CUSTODY, AND WE KNOW THAT THE COURT IS

12:02PM 17   LABORING TO DO THAT.

12:02PM 18       WE'VE WATCHED SOME OF THE PROCEEDINGS BEFORE OTHER COURTS

12:02PM 19   IN THIS DISTRICT.  WE ADMIRE, FRANKLY, THE BRAVERY WITH WHICH

12:02PM 20   MANY OF THE TRIAL PARTICIPANTS ARE PROCEEDING THERE RECOGNIZING

12:02PM 21   THAT THEY'RE AT RISK.

12:02PM 22       BUT THE PROCEEDINGS THAT WE HAVE SEEN SO FAR ARE SHORT IN

12:02PM 23   NATURE.  THEY DON'T INVOLVE -- THEY HAVEN'T INVOLVED TRIALS

12:02PM 24   THAT ARE NATIONAL IN SCOPE WITH WITNESSES SCATTERED ACROSS THE

12:02PM 25   UNITED STATES.

12:02PM  1       SO WE HAVE UNIQUE FACTORS HERE THAT MAKE OUR OBSTACLES

12:02PM  2  RATHER EXTRAORDINARY.

12:02PM  3       AS THE COURT LIKELY KNOWS, IN ADDITION TO THE WORSENING

12:03PM  4  PUBLIC HEALTH CRISIS, WE ALSO HAVE PREDICTIONS FROM SOME OF THE

12:03PM  5  LEADING HEALTH EXPERTS IN THE FIELD, DR. FAUCI, DR. REDFIELD OF

12:03PM  6  THE CDC, THAT SUGGEST THAT THINGS COULD WELL GET WORSE IN THE

12:03PM  7  FALL AND WINTER AS A RESULT OF THE COMBINED EFFECT OF THE

12:03PM  8  INFLUENZA AND COVID-19 PANDEMIC.  THEY PREDICT THAT WE COULD

12:03PM  9  SEE NUMBERS AND CONDITIONS THAT ARE FAR WORSE.

12:03PM 10       WE WOULD SUGGEST TO THE COURT THAT WE RECOGNIZE THIS

12:03PM 11  REALITY.  THE GOVERNMENT HAS ALWAYS TALKED ABOUT THE IMPORTANCE

12:03PM 12  OF TRYING TO FIND A DATE.  THE GOVERNMENT HAS ALWAYS TALKED

12:03PM 13  ABOUT THE IMPORTANCE OF TRYING TO BE REALISTIC ABOUT THAT, AND

12:03PM 14  WE'VE AGREED AND WE'VE TRIED TO DO THAT, AND I KNOW THE COURT

12:03PM 15  HAS, TOO.

12:03PM 16       WE THINK A TRIAL ANY TIME SOON IS JUST NOT REALISTIC.

12:04PM 17  IT'S JUST NOT SAFE.

12:04PM 18       WE THINK WE SHOULD RECOGNIZE THAT, AND WE THINK WE SHOULD

12:04PM 19  ADJOURN THE TRIAL UNTIL NEXT YEAR.

12:04PM 20       I WOULD SUGGEST MS. HOLMES TAKING THE SLOT THAT IS

12:04PM 21  CURRENTLY RESERVED FOR MR. BALWANI IN HIS TRIAL IN APRIL OF

12:04PM 22  NEXT YEAR WOULD BE PRUDENT.  THAT WOULD GET US THROUGH THE COLD

12:04PM 23  AND FLU SEASON.  WE COULD HAVE A STATUS CONFERENCE A COUPLE

12:04PM 24  MONTHS OUT WHERE WE WOULD AGAIN TALK ABOUT WHETHER PROCEEDING

12:04PM 25  IS REALISTIC, WHETHER PROCEEDING WILL ENDANGER PEOPLE AND

12:04PM 1    ENDANGER WITNESSES OR OTHER TRIAL PARTICIPANTS.

12:04PM 2         AND IF WE DO THAT, WE CAN ALSO AVOID DANGERS AND

12:04PM 3    COLLATERAL CONSEQUENCES THAT WILL COME FROM SERVING.  GOING OUT

12:04PM 4    AND SERVING A BUNCH OF TRIAL SUBPOENAS RIGHT NOW, THE COURT HAS

12:04PM 5    MAYBE SEEN THAT IS NOT AN EVENT THAT IS VERY WELL RECEIVED BY

12:05PM 6    WITNESSES IN THE PRESENT HEALTH SITUATION.

12:05PM 7         I'M SURE -- I KNOW THE COURT WAS WORKING FROM HOME FOR

12:05PM 8    SOME TIME PERIOD.  WHEN THERE'S A KNOCK AT THE DOOR IT'S EVEN

12:05PM 9    SOMEWHAT UNSETTLING FOR A LOT OF PEOPLE THESE DAYS, AND WHEN

12:05PM 10   IT'S A PROCESS SERVER IT'S PARTICULARLY UNSETTLING.

12:05PM 11        SO I APPRECIATE THAT THE COURT SET THIS STATUS CONFERENCE

12:05PM 12   TO HAVE THIS DIALOGUE NOW, AND I APPRECIATE THE CARE THAT THE

12:05PM 13   COURT HAS GIVEN TO THESE ISSUES, AND I THINK MOVING THE TRIAL

12:05PM 14   DATE WOULD BE PRUDENT.

12:05PM 15        NOW, WE HAVE AND WE'VE TALKED BEFORE ABOUT MOMENTUM THAT

12:05PM 16   WE HAVE IN THIS CASE IN TERMS OF MAKING PROGRESS AND MOVING IT

12:05PM 17   TOWARD TRIAL.  I'M CONFIDENT THAT WE'LL CONTINUE TO KEEP THAT

12:05PM 18   MOMENTUM, AND THAT WE WILL ALL WORK HARD TO BE IN THE BEST

12:05PM 19   POSSIBLE POSITION TO TRY THIS CASE IN AN ORDINARILY WAY BEFORE

12:05PM 20   THE COURT WHEN WE ARE ABLE TO DO SO.

12:05PM 21        WITH RESPECT TO THESE OTHER DATES WITH THE MOTIONS, ET

12:06PM 22   CETERA, I THINK WE SHOULD DO WHAT PARTIES DO AND ONCE WE GET

12:06PM 23   SOME DIRECTION FROM THE COURT ON THE TRIAL DATE, WE SHOULD MEET

12:06PM 24   AND CONFER WITH THE GOVERNMENT ABOUT THE REMAINING DATES AND

12:06PM 25   COME UP WITH A PROPOSED SCHEDULE THAT WE HOPEFULLY AGREE ON AND

```
12:06PM   1    SUBMIT IT TO THE COURT AND SET A SCHEDULE THEREAFTER.

12:06PM   2         I WILL NOTE THAT ON THE MOTIONS TO DISMISS, WE ACTUALLY

12:06PM   3    THINK THAT THEY ARE ACTUALLY MORE COMPLICATED THIS TIME THAN

12:06PM   4    THEY WERE LAST TIME.

12:06PM   5         WE ANTICIPATE AND WE STARTED SOME WORK ON THEM IN

12:06PM   6    ANTICIPATION THAT THIS INDICTMENT MIGHT COME, BUT WE ANTICIPATE

12:06PM   7    THAT THERE COULD BE FIVE OR SIX MOTIONS TO DISMISS.

12:06PM   8         WE HEAR THE GOVERNMENT THAT THEY WILL WANT A FAIR AMOUNT

12:06PM   9    OF TIME TO FILE OPPOSITIONS TO THAT, AND OBVIOUSLY THE COURT

12:06PM  10    NEEDS TIME TO CONSIDER IT.

12:06PM  11         SO WE HAVE PLENTY OF WORK TO DO IN THE MEANTIME.

12:06PM  12         YOU KNOW, THIS INDICTMENT CAME OBVIOUSLY MANY YEARS INTO

12:06PM  13    THE CASE WITH RESPECT TO EVENTS THAT HAVE BEEN, YOU KNOW, MANY,

12:07PM  14    MANY YEARS AGO AND HAVE BEEN KNOWN TO THE GOVERNMENT FOR A LONG

12:07PM  15    TIME.  THEY HAVE A RIGHT TO PROCEED AS THEY HAVE, BUT IT DOES

12:07PM  16    HAVE SOME EFFECT ON GIVING US A LITTLE MORE WORK TO DO.

12:07PM  17         THE COURT HAS MENTIONED SOME DISCLOSURES THAT MIGHT

12:07PM  18    BENEFIT FROM SUPPLEMENTATION AS WELL AS A RESULT OF MAYBE

12:07PM  19    ORDERS THAT ARE GOING TO COME FROM THE COURT AND AS A RESULT OF

12:07PM  20    THE SUPERSEDING INDICTMENT.  SO I THINK WE HAVE A LOT OF WORK

12:07PM  21    TO DO.

12:07PM  22         I THINK WE'LL BE MORE THAN BUSY ENOUGH BETWEEN NOW AND

12:07PM  23    APRIL, AND I WOULD ASK THAT THE COURT CONSIDER THIS REQUEST AND

12:07PM  24    BE PREPARED TO ADDRESS ANY INQUIRIES THAT THE COURT MAY HAVE.

12:07PM  25         THE COURT:  THANK YOU, MR. WADE.
```

12:07PM   1        MR. WADE, LET ME ASK YOU, I APPRECIATE YOU RECOGNIZING THE

12:07PM   2    MOMENTUM AND THE MOMENTUM AND THE EFFORTS THAT BOTH SIDES AND

12:07PM   3    YOUR TEAMS HAVE PUT IN THIS CASE.

12:07PM   4        YOU PROBABLY UNDERSTAND THE RETICENCE THAT I MIGHT HAVE TO

12:08PM   5    TAKE THE FOOT OFF THE GAS PEDAL.  THAT JUST MAKES THE FINISH

12:08PM   6    LINE MORE OBSCURE AND ACTUALLY SOMETIMES INCREASES THE

12:08PM   7    DISTANCE.

12:08PM   8        SO I'M CURIOUS IF WE CAN MAINTAIN MOMENTUM, IF THE COURT

12:08PM   9    WERE NOT TODAY TO DISTURB THE TRIAL DATE, LEAVE THE TRIAL DATE

12:08PM   10   IN PLACE.  AND I RECOGNIZE AND WE ALL RECOGNIZE THAT THIS IS A

12:08PM   11   DYNAMIC SITUATION, BUT IF THE COURT WERE TO LEAVE THE TRIAL

12:08PM   12   DATE AS IS NOW, WHICH WOULD MANDATE THAT THE PARTIES CONTINUE

12:08PM   13   THEIR BEST EFFORTS TO CAPTURE ALL OF THE LITIGATION THAT YOU

12:08PM   14   FEEL IS NECESSARY WITH THAT OCTOBER 27TH TRIAL DATE, WOULD YOU

12:08PM   15   BE ABLE TO DO THAT?

12:08PM   16        MR. WADE:  I THINK WE WOULD HAVE A VERY DIFFICULT

12:08PM   17   TIME WITH THE CURRENT INDICTMENT, YOUR HONOR, MOVING FORWARD IN

12:08PM   18   OCTOBER.  GIVEN THAT WE HAVE GOT A SUPERSEDING INDICTMENT THAT

12:08PM   19   MY GUESS IS OUR CLIENT IS ABOUT TO BE ARRAIGNED ON MAYBE IN A

12:09PM   20   FEW MINUTES HERE OR THE COURT WILL ENTER THE ORDER ON THE

12:09PM   21   WAIVER OF ARRAIGNMENT.  I THINK WE WILL HAVE A VERY, VERY

12:09PM   22   DIFFICULT TIME.

12:09PM   23        WE STILL HAVE MANY OPEN ISSUES THAT THESE MOTIONS IDENTIFY

12:09PM   24   SOME OF THEM.  THERE ARE MANY MORE.

12:09PM   25        WE DIDN'T BRING THEM TO THE COURT IN CONNECTION WITH THIS

12:09PM  1    PROCEEDING BECAUSE WE'RE CONTINUING TO WORK WITH THE GOVERNMENT

12:09PM  2    TO TRY TO RESOLVE THEM.

12:09PM  3         BUT I DO NOT THINK EVEN WITH -- IF WE DIDN'T HAVE THE

12:09PM  4    PANDEMIC, THAT WE WOULD BE READY TO PROCEED GIVEN THE

12:09PM  5    SUPERSEDING INDICTMENT IN OCTOBER.

12:09PM  6         SO WE WOULD BE BACK IN A SITUATION WHERE, AS THE COURT

12:09PM  7    KNOWS, WE SUGGESTED PREVIOUSLY THAT THE APPROPRIATE DATE WOULD

12:09PM  8    BE AFTER THE FIRST OF THE YEAR EVEN WITHOUT THE PANDEMIC.

12:09PM  9         SO -- AND I DON'T THINK, FRANKLY, THAT KEEPING THE DATE

12:09PM  10   AND NOT TAKING SOME RELIEF NOW IS JUST GOING TO MAKE -- PRESENT

12:09PM  11   PROBLEMS AND, FRANKLY, SOME RISK FOR ALL BECAUSE IF THAT IS THE

12:10PM  12   CASE, WE'RE GOING TO HAVE TO EMBARK UPON SERVING TRIAL

12:10PM  13   SUBPOENAS ALMOST IMMEDIATELY, WE'RE GOING TO HAVE TO EMBARK

12:10PM  14   UPON SOME OTHER TRIAL PREPARATION ACTIVITY THAT MIGHT REQUIRE

12:10PM  15   TRAVEL AND THINGS THAT, FRANKLY, WE WOULD PREFER NOT TO DO IN

12:10PM  16   THE CURRENT HEALTH ENVIRONMENT.

12:10PM  17        I RECOGNIZE THE COURT'S DESIRE TO MOVE FORWARD.  I THINK

12:10PM  18   THE COURT HAS GOTTEN A SENSE OF THE CANDOR WITH WHICH WE LIKE

12:10PM  19   TO DEAL WITH THIS COURT IN EVERY ASPECT, AND I CAN TELL THE

12:10PM  20   COURT WE WILL MOVE FORWARD AGGRESSIVELY WITH RESPECT TO

12:10PM  21   EVERYTHING TO TRY TO MAKE PROGRESS AND GET THIS CASE READY.

12:10PM  22        YOU SAW MOTIONS THAT YOU REFERENCED AS MOTIONS THAT ARE

12:10PM  23   MOTION IN LIMINE LIKE.  THAT WAS BECAUSE WE RECOGNIZE THAT WE

12:10PM  24   WANT TO CONTINUE TO DO WORK TO GET INTO A SITUATION WHERE THE

12:10PM  25   ISSUES ARE RIPEN SO WE CAN PRESENT THEM TO THE COURT AND WE CAN

12:11PM  1    BE IN THE BEST POSSIBLE POSITION TO PROCEED TO TRIAL.

12:11PM  2         BUT I DON'T THINK REALISTICALLY IN THE CURRENT HEALTH

12:11PM  3    ENVIRONMENT, WHICH HAS GOTTEN WORSE IN THESE MONTHS NOT BETTER,

12:11PM  4    WHERE WE HAVEN'T HAD THE ABILITY TO MEET WITH OUR CLIENT IN

12:11PM  5    MONTHS IN PERSON, WHERE WE DON'T HAVE THE ABILITY TO MEET WITH

12:11PM  6    WITNESSES, WHERE WE DON'T HAVE THE ABILITY TO MEET IN PERSON

12:11PM  7    WITH EXPERTS.

12:11PM  8         THERE'S A LOT THAT CAN BE DONE.  THERE'S A LOT THAT WE

12:11PM  9    HAVE DONE, BUT WE NEED LEAD TIME IN ADVANCE TO DO THAT.  IF

12:11PM 10    WE'RE FORCED TO DO IT, YOUR HONOR KNOWS WE WOULD DO IT, BUT IT

12:11PM 11    ENDANGERS PEOPLE, AND WE WOULD PREFER THAT WE WOULD NOT BE PUT

12:11PM 12    IN THAT CHOICE.

12:11PM 13         AND WE WOULD ASK THE COURT TO NOT PUT US IN THAT CHOICE.

12:11PM 14         THE COURT:  ALL RIGHT.  THANK YOU, MR. WADE.

12:11PM 15         LET ME JUST ASK YOU ABOUT A COUPLE OF OTHER JUST TRIAL

12:11PM 16    PROTOCOLS.  VIDEOTAPING WITNESSES, DEPOSITION TYPE WITNESSES

12:11PM 17    THAT WOULD BE PRESERVED FOR TRIAL.  I DON'T KNOW IF YOU'VE

12:11PM 18    THOUGHT ABOUT THAT OR WHAT YOUR THOUGHTS ARE.

12:12PM 19         ALSO, I'M CURIOUS TO KNOW WHAT YOUR THOUGHTS ARE ABOUT

12:12PM 20    PROCEEDINGS IN THE TRIAL BY VIDEO EITHER IN TOTAL OR PARTS OF

12:12PM 21    IT, THAT IS, WITNESS TESTIMONY BEING CAPTURED BY A VIDEO AS

12:12PM 22    OPPOSED TO IN PERSON.

12:12PM 23         I UNDERSTAND THERE ARE SOME CONFRONTATION ISSUES,

12:12PM 24    CONSTITUTIONAL CONFRONTATION ISSUES THAT YOU MIGHT WANT TO

12:12PM 25    SPEAK TO, BUT I'M JUST CURIOUS ABOUT YOUR THOUGHTS ON THAT.

12:12PM  1          MR. WADE:  YOUR HONOR, THEY'RE VERY INTERESTING

12:12PM  2     ISSUES AND RECOGNIZING THE COURT MAY RAISE THEM, I SPENT SOME

12:12PM  3     TIME INVESTIGATING AND RESEARCHING PROCEEDINGS.

12:12PM  4          THERE ARE -- OBVIOUSLY, I KNOW YOU'RE AWARE OF THE TRIAL

12:12PM  5     IN FRONT OF JUDGE ALSUP.  THAT HAS PROCEEDED.  THAT, OF COURSE,

12:12PM  6     WAS A TRIAL WHERE THE DEFENDANT WAS IN CUSTODY.  IT WAS IN THE

12:12PM  7     MIDST OF TRIAL WHEN THE PANDEMIC STARTED, AND THE JURY WAS HELD

12:12PM  8     OVER, AND THEN THERE THE PARTIES PROCEEDED VIA CONSENT.

12:13PM  9          BUT REGARDLESS, I TOOK IT AS AN OPPORTUNITY TO WATCH THAT

12:13PM  10    PROCEEDING.

12:13PM  11         I ALSO RESEARCHED.  THERE WAS A JURY TRIAL IN FLORIDA THAT

12:13PM  12    HAPPENED ON A PILOT BASIS IN STATE COURT WITH RESPECT TO AN

12:13PM  13    INSURANCE DISPUTE AND LOOKED AT THE FEEDBACK THAT LAWYERS ON

12:13PM  14    BOTH SIDES PROVIDED THERE WITH RESPECT TO THE ISSUES.

12:13PM  15         AND I THINK SUFFICE IT TO SAY I DON'T THINK THAT WE WOULD

12:13PM  16    BE COMFORTABLE PROCEEDING IN THAT MANNER IN A CASE LIKE THIS

12:13PM  17    GIVEN THE LIMITATIONS THAT WOULD RESULT FROM IT.

12:13PM  18         THERE ARE A NUMBER OF ISSUES AT EACH STEP OF THE TRIAL, IF

12:13PM  19    YOU CONSIDER JURY SELECTION ALL OF THE WAY THROUGH TO THE END,

12:13PM  20    BUT CONFRONTATION RIGHTS ARE AMONG THE BIGGEST ISSUES.

12:13PM  21         BUT THE REAL ISSUE, YOUR HONOR, IS WE COULDN'T DO THE

12:13PM  22    WHOLE THING REMOTELY.

12:13PM  23         AND SO IT DOESN'T REALLY SOLVE -- I DON'T THINK IT SOLVES

12:13PM  24    THAT MUCH ANYWAY.  WE CONFERRED WITH THE GOVERNMENT A BIT ON

12:14PM  25    THIS, WE HAD SOME DIALOGUE ON THESE TOPICS, AND WE DID NOT SEE

12:14PM 1    A WORKABLE SOLUTION IN A CASE OF THIS SIZE.

12:14PM 2         NOW, I'M NOT SUGGESTING THAT'S NEVER WORKABLE.  THERE

12:14PM 3    COULD BE A CASE WHERE PARTIES CONSENT TO CERTAIN THINGS.  THERE

12:14PM 4    COULD BE A CASE WHERE OTHER RIGHTS LIKE SPEEDY TRIAL RIGHTS AND

12:14PM 5    THE LIKE NEED TO BE BALANCED, BUT THIS ISN'T THAT CASE.

12:14PM 6         THIS IS A CASE WHERE WE'RE NOT ASSERTING -- DEMANDING A

12:14PM 7    SPEEDY TRIAL.  WE'RE WILLING TO WAIVE THAT RIGHT.

12:14PM 8         WE ARE -- OUR CLIENT IS NOT IN CUSTODY, AND THERE'S A

12:14PM 9    SOLUTION TO THESE PROBLEMS.  IT'S NOT ONE THAT HAS A LOT OF

12:14PM 10   CURRENCY IN TODAY'S CLIMATE, BUT IT IS THERE NONETHELESS AND

12:14PM 11   THAT IS A LITTLE BIT OF PATIENCE.  WE THINK THAT WILL SOLVE

12:14PM 12   THESE CHALLENGES.

12:14PM 13        THE COURT:  THANK YOU.  LET ME ASK YOU ABOUT DELAY

12:14PM 14   SOMETIMES AFFECTS WITNESS'S AVAILABILITY, EITHER THEY LEAVE THE

12:15PM 15   JURISDICTION OR HAVE PLANS TO MOVE, OR IN TODAY'S WORLD I DON'T

12:15PM 16   KNOW WHAT THAT MEANS, BUT SOME PEOPLE ARE LEAVING THEIR CURRENT

12:15PM 17   RESIDENCES FOR SAFER AREAS, AND THOSE AREAS MIGHT BE OUTSIDE OF

12:15PM 18   THE JURISDICTION OF THE COURT OR MIGHT PRESENT ADDITIONAL

12:15PM 19   PROBLEMS FOR GETTING A WITNESS TO COME BACK TO COURTS.

12:15PM 20        SOME WITNESSES MIGHT BECOME ILL SUCH THAT THEY'RE NOT

12:15PM 21   AVAILABLE FOR COURT OR SOME OTHER TERRIBLE THING MIGHT HAPPEN

12:15PM 22   IF WE DELAY.  YOU KNOW, DELAY BRINGS THESE TYPES OF ISSUES.

12:15PM 23        ARE THERE ANY -- IS THERE ANY EVIDENCE THAT YOU THINK THAT

12:15PM 24   MIGHT BE ABLE TO BE PRESERVED BY A DEPOSITION OR FOR A SPECIFIC

12:15PM 25   WITNESS BECAUSE THERE MIGHT BE A QUESTION ABOUT THE WITNESS'S

12:15PM  1    AVAILABILITY IN THE FUTURE?  DO WE HAVE TO BE CONCERNED ABOUT

12:16PM  2    THAT IN THIS CASE?

12:16PM  3              MR. WADE:  YOUR HONOR, THAT CAN BE A CONCERN.

12:16PM  4    OBVIOUSLY EVEN AT TIMES WITH THE THREE OR FOUR WEEK DELAY

12:16PM  5    SOMETIMES CIRCUMSTANCES WITH WITNESSES CHANGE OR UNFORTUNATE

12:16PM  6    THINGS CAN HAPPEN TO WITNESSES.

12:16PM  7         WE HAVE NOT SEEN ANY INDICATION OF THAT IN THIS CASE.

12:16PM  8         THE CIRCUMSTANCES YOU PRESENT, YOUR HONOR, WHERE PEOPLE

12:16PM  9    ARE GOING TO DIFFERENT PLACES EVEN WITHIN THE COUNTRY BECAUSE

12:16PM  10   OF THE CIRCUMSTANCES ACTUALLY IS ONE OF THE CHALLENGES WITH

12:16PM  11   PROCEEDING TO TRIAL IN THIS ENVIRONMENT BECAUSE IT'S HARD TO

12:16PM  12   LOCATE PEOPLE.  IT'S HARD TO LOCATE WITNESSES RIGHT NOW.

12:16PM  13        SO CERTAINLY IF THE GOVERNMENT WERE TO THINK THAT WAS AN

12:16PM  14   ISSUE AND THOUGHT THERE WAS A NEED TO PRESERVE TESTIMONY, THE

12:16PM  15   GOVERNMENT COULD RAISE THAT ISSUE WITH US AND WE COULD MEET AND

12:16PM  16   CONFER WITH THE GOVERNMENT AND CONSIDER THEIR REQUEST AND

12:16PM  17   WHETHER WE WOULD CONSENT TO IT.

12:16PM  18        WE DON'T PRESENTLY SEE THE NEED ON BEHALF OF MS. HOLMES TO

12:17PM  19   PRESERVE ANY TESTIMONY AT THIS TIME.

12:17PM  20             THE COURT:  ALL RIGHT.  I'M CURIOUS.  DO YOU HAVE

12:17PM  21   THE WITNESS LIST, THE GOVERNMENT'S WITNESS LIST?

12:17PM  22             MR. WADE:  I DO.

12:17PM  23             THE COURT:  AND I'LL TURN THIS TO MR. LEACH.  THIS

12:17PM  24   IS A QUESTION FOR HIM BECAUSE I'M JUST CURIOUS, MR. LEACH,

12:17PM  25   WHETHER YOU HAVE CONCERNS ABOUT ANY WITNESS'S AVAILABILITY

12:17PM 1    EITHER BECAUSE OF GEOGRAPHIC REASONS OR PERHAPS HEALTH REASONS

12:17PM 2    OR OTHER REASONS THAT MIGHT PRESENT?

12:17PM 3            MR. LEACH:  YES.  THANK YOU, YOUR HONOR.

12:17PM 4        IF I COULD RESPOND BRIEFLY TO SOME OF THE THINGS THAT

12:17PM 5    MR. WADE IS RAISING BECAUSE I AGREE WITH MANY OF THE CHALLENGES

12:17PM 6    MR. WADE IS PRESENTING.

12:17PM 7            BUT IN TERMS OF PRESERVING WITNESS TESTIMONY, I THINK IT'S

12:17PM 8    A SMALL MINORITY OF WITNESSES THAT WOULD FALL INTO THE CATEGORY

12:17PM 9    THAT THE COURT IS DESCRIBING.  I THINK THERE ARE SOME WITNESSES

12:18PM 10   WHO ARE OVER THE AGE OF 65 WHERE I DON'T HAVE ANY CURRENT

12:18PM 11   REASON TO THINK THAT THEY WOULD BE UNAVAILABLE ON A PARTICULAR

12:18PM 12   DATE, BUT IT'S SOMETHING THAT THE GOVERNMENT IS GIVING THOUGHT

12:18PM 13   TO, BUT IT'S A SMALL NUMBER OF WITNESSES AND I DON'T THINK

12:18PM 14   WOULD EXPEDITE THE TRIAL OR PRESENT SOME SPECIAL NEED FOR ONE

12:18PM 15   DATE VERSUS ANOTHER.

12:18PM 16           AND CERTAINLY TO THE EXTENT THAT WE CAN REACH AGREEMENT

12:18PM 17   WITH COUNSEL ON THAT, I THINK IT WOULD MEET THE STANDARD FOR A

12:18PM 18   RULE 15 DEPOSITION, BUT I THINK FROM THE GOVERNMENT'S

12:18PM 19   PERSPECTIVE THAT'S A SMALL CATEGORY OF WITNESSES AND IT RELATES

12:18PM 20   MORE TO AGE THAN IT DOES TO A CONCERN THAT A WITNESS WOULD NOT

12:18PM 21   BE IN A JURISDICTION WHERE WE COULD COMPEL THEIR ATTENDANCE

12:18PM 22   WITH THE COURT.

12:18PM 23           MORE BROADLY, I THINK IT'S IMPORTANT TO EMPHASIZE I AGREE

12:18PM 24   WITH SOME OF THE THINGS THAT MR. WADE IS SAYING.  I THINK THE

12:19PM 25   WORK THAT NEEDS TO BE DONE FOR THE TRIAL CAN BE DONE BETWEEN

12:19PM 1    NOW AND OCTOBER 28TH, BUT I WOULD PUSH BACK ON THE SOLUTION OF

12:19PM 2    KEEPING THAT DATE WITH AN EYE TOWARDS IT IS JUST GOING TO BE

12:19PM 3    MOVED.  I THINK THAT'S WORSE FOR ALL OF THE PARTIES.

12:19PM 4         FROM THE GOVERNMENT'S PERSPECTIVE, WE'RE READY TO GO, AND

12:19PM 5    IT'S IMPORTANT THAT THIS CASE GO EXPEDITIOUSLY.  THE FRAUD HERE

12:19PM 6    IS IN THE HUNDREDS OF MILLIONS OF DOLLARS.  THERE ARE NUMEROUS

12:19PM 7    VICTIMS ON THE PATIENT SIDE AND ON THE INVESTOR SIDE.

12:19PM 8         SO WE THINK IT'S IMPORTANT THAT IT GO EXPEDITIOUSLY.

12:19PM 9         BUT MANY OF THE CHALLENGES THAT MR. WADE IS MENTIONING ARE

12:19PM 10   REAL CHALLENGES AND UNIQUE CHALLENGES TO THIS CASE.

12:19PM 11        FROM THE GOVERNMENT'S PERSPECTIVE AT LEAST 16 OF OUR

12:19PM 12   WITNESSES ARE OVER THE AGE OF 65, WHICH IS ONE OF THE COVID

12:20PM 13   RISK FACTORS.  A LARGE MAJORITY OF THE WITNESSES, AS MR. WADE

12:20PM 14   POINTS OUT, ARE FROM OUT OF TOWN.  MANY OF THE WITNESSES ARE IN

12:20PM 15   HOT SPOTS LIKE PHOENIX, TEXAS, AND FLORIDA, AND THE LENGTH OF

12:20PM 16   THE TRIAL, I'M HOPEFUL TO BRING IT IN SHORTER THAN THE ESTIMATE

12:20PM 17   THAT MR. WADE GAVE, BUT IT'S GOING TO BE LONGER THAN YOUR

12:20PM 18   REGULAR TRIAL.  AND THOSE ARE REAL CHALLENGES, AND WE AGREE

12:20PM 19   THAT THOSE SHOULD BE TAKEN INTO ACCOUNT BY THE COURT.

12:20PM 20        I DO THINK APRIL OF 2021 IS TOO LONG.  THAT'S NINE MONTHS

12:20PM 21   AWAY.  THAT'S A LONG TIME, AND FROM THE GOVERNMENT'S

12:20PM 22   PERSPECTIVE, WE DON'T WANT TO RETAIN A DATE THAT WE DON'T THINK

12:20PM 23   IS GOING TO STICK.

12:20PM 24        WE THINK IF THE COURT IS INCLINED TO MOVE THE TRIAL, IT

12:20PM 25   SHOULD MOVE THE TRIAL TO FEBRUARY OF 2021 AND HAVE

12:20PM   1    MR. BALWANI'S TRIAL FOLLOW SHORTLY AFTER THAT IN MAY OF 2021.

12:21PM   2        BUT IF THERE'S A REQUEST TO CONTINUE THE TRIAL, AND THAT'S

12:21PM   3    WHAT I HEARD FROM MR. WADE, I THINK IT'S INCUMBENT UPON ALL OF

12:21PM   4    US TO TAKE THOSE CHALLENGES INTO ACCOUNT.  THE GOVERNMENT IS

12:21PM   5    READY TO GO AND WILL GO ON WHATEVER DATE THE COURT SETS, BUT IT

12:21PM   6    SHOULD BE A REAL DATE, AND IT SHOULD BE A DATE WE'RE ALL GOING

12:21PM   7    TO HOLD.  AND IF THERE'S DOUBT ABOUT OCTOBER 27TH, I THINK THE

12:21PM   8    PRUDENT THING IS TO SET THE DATE WE ALL THINK THAT WE CAN MEET,

12:21PM   9    AND WE THINK IT'S EARLIER THAN APRIL.

12:21PM   10        THE COURT:  THANK YOU, MR. LEACH.

12:21PM   11        LET ME JUST SAY, I APPRECIATE ALL OF YOUR CANDOR HERE.  WE

12:21PM   12    ALL ARE OF COMMON PURPOSE AND THAT IS TO GET THIS TRIAL ENGAGED

12:21PM   13    AS SOON AS IT'S READY TO BE ENGAGED AND ENGAGED SUCH THAT THE

12:21PM   14    DEFENDANT'S RIGHTS ARE PROTECTED, SHE AND HE, MR. BALWANI,

12:22PM   15    RECEIVE A FAIR TRIAL, AND THE GOVERNMENT, AND THEY RECEIVE A

12:22PM   16    FAIR TRIAL AND THAT IS CONSTITUTIONALLY APPROPRIATE.

12:22PM   17        THE COVID CRISIS HAS CERTAINLY INTERRUPTED THAT.  LET ME

12:22PM   18    SAY THAT THIS TRIAL IS A VERY, AS MR. LEACH POINTS OUT AND

12:22PM   19    MR. WADE POINTS OUT, IT'S VERY IMPORTANT TO YOUR CLIENT,

12:22PM   20    MR. WADE, IT'S VERY IMPORTANT TO THE INTEGRITY OF THE JUSTICE

12:22PM   21    SYSTEM AND THE VICTIMS AS MR. LEACH TELLS US, BUT THE OVERLAY

12:22PM   22    ON TOP OF ALL OF THIS, OF COURSE, IS THE PANDEMIC THAT HAS HIT

12:22PM   23    OUR COUNTRY.

12:22PM   24        AND I'M SURE REGRETTABLY NOW MOST PEOPLE KNOW SOMEBODY WHO

12:22PM   25    HAS PERSONAL CONTACT OR AT LEAST KNOWS SOMEBODY WHO HAS

12:22PM  1    REGRETTABLY HAD THE VIRUS, RECOVERED, AND SOME OF US

12:22PM  2    REGRETTABLY MAY KNOW FOLKS WHO ARE NO LONGER WITH US BECAUSE OF

12:22PM  3    THAT VIRUS.  SO IT'S A REAL SHADOW THAT LOOMS OVER THE WORK

12:23PM  4    THAT WE DO, IT LOOMS OVER THE COUNTRY THAT WE LOVE, AND WE ALL

12:23PM  5    ARE TRYING TO DO OUR PART TO MAKE SURE THAT THE VIRUS DOESN'T

12:23PM  6    SPREAD AND PROTECT OUR FAMILIES AND LOVED ONES, OUR NEIGHBORS,

12:23PM  7    AND OUR COMMUNITIES.  THAT'S REALLY OUR RESPONSIBILITY, ISN'T

12:23PM  8    IT, TO OURSELVES AND TO OUR COMMUNITIES TO PROTECT OURSELVES IN

12:23PM  9    THAT WAY.

12:23PM  10        THAT RESPONSIBILITY IS NOT LOST ON ME.  AND I APPRECIATE

12:23PM  11   THE CANDOR OF MR. WADE, MR. LEACH, AND YOUR TEAMS BECAUSE I

12:23PM  12   KNOW YOU HAVE DISCUSSED THIS WITH ALL OF YOUR TEAMS, HOW BEST

12:23PM  13   TO PROTECT THE PUBLIC, HOW TO PROTECT YOU, TO PROTECT MY STAFF,

12:23PM  14   THANK YOU FOR RECOGNIZING THAT.

12:23PM  15        I'M IN THE COURTHOUSE NOW, AND I'M SITTING IN THE

12:23PM  16   CEREMONIAL COURTROOM ALONE.  I'M HERE BY WAY OF A LAPTOP, AND

12:23PM  17   MY STAFF ARE REMOTE.  I HAVE STAFF DOWN THE HALL IN MY

12:23PM  18   CHAMBERS, BUT I SIT HERE ALONE.

12:23PM  19        AND I LOOK OUT AND I TRY TO ENVISION WHAT A JURY TRIAL FOR

12:23PM  20   3 MONTHS WOULD LOOK LIKE HERE WITH POTENTIALLY MAYBE WE'LL HAVE

12:24PM  21   17 JURORS, WON'T WE, 12 JURORS AND MAYBE 5 ALTERNATES.  WE

12:24PM  22   MIGHT NEED MORE ALTERNATES FOR A CASE LIKE THIS IF IT'S TRIED

12:24PM  23   CONCURRENT WITH THE PANDEMIC.  AND I LOOK OUT AND I TRY TO

12:24PM  24   ENVISION HOW AND WHERE PEOPLE WOULD SIT.  I TRY TO ENVISION

12:24PM  25   WHERE THE JURY WOULD SIT SUCH THAT THEY CAN OBSERVE A WITNESS

12:24PM 1    TO MY LEFT HERE IN THIS COURTROOM AND CAPTURE AND MAKE THEIR

12:24PM 2    DETERMINATIONS AS TO THE CREDIBILITY OF THAT PARTICULAR WITNESS

12:24PM 3    WHEN THEY SIT IN, CONTINUING WITH THE BASEBALL ANALOGY, WITH

12:24PM 4    THE CHEAP SEATS AND THEY'RE IN THE CORNER AS OPPOSED TO THE

12:24PM 5    JURY BOX CLOSER TO THE WITNESS.

12:24PM 6        I DON'T KNOW WHAT IS THE CONSTITUTIONAL RAMIFICATION OF

12:24PM 7    THAT.  HOW DOES THE JUDGE, HOW DOES SHE KEEP TRACK OF ALL OF

12:24PM 8    THE JURORS IN THE COURTROOM AND THEY'RE ALL FOLLOWING

12:25PM 9    EVERYTHING THAT SHE EXPECTS THEM TO FOLLOW IN A COURTROOM?

12:25PM 10       IT CREATES -- THOSE ARE IS JUST SOME OF THE PROTOCOL

12:25PM 11   CHALLENGES OF RUNNING THE COURT.  BUT AGAIN, IT ALL GETS BACK

12:25PM 12   TO SOMETHING THAT YOU ALL AGREE IN AND THAT IS THE HEALTH AND

12:25PM 13   SAFETY OF OUR COMMUNITY.

12:25PM 14       I HAVE GREAT RETICENCE TO SUMMON MEMBERS OF THE COMMUNITY

12:25PM 15   AND INVITE THEM TO SIT IN CONFINED AREAS FOR LENGTHY PERIODS OF

12:25PM 16   TIME WHEN THERE IS A PANDEMIC THAT AFFECTS THEM, THEIR

12:25PM 17   FAMILIES, AND WE HAVE NO VACCINE AS OF YET AND I KNOW PEOPLE

12:25PM 18   ARE WORKING HARD ON THAT AS WELL.

12:25PM 19       SO THAT'S A GREAT CONCERN OF MINE.  I APPRECIATE YOU

12:25PM 20   RECOGNIZING THAT AS I THINK WE HAVE TALKED ABOUT PREVIOUSLY THE

12:25PM 21   OCTOBER DATE MIGHT BE A LITTLE TOO AMBITIOUS FOR US.

12:25PM 22       BUT THEN WHAT DO WE DO NEXT?  IDEALLY -- AND THIS IS ME

12:26PM 23   SPEAKING SELFISHLY AS A JUDGE, IDEALLY WHAT WOULD HAPPEN IS ALL

12:26PM 24   OF THE WORK GETS DONE.  BUT IF WE FINISH THAT WORK, IF IT'S

12:26PM 25   OCTOBER, IF IT'S NOVEMBER, IF IT'S DECEMBER, SOME TIME THIS

12:26PM 1    YEAR, AND THEN WHAT WE'RE DOING THEN IS THAT WE'RE WAITING,

12:26PM 2    WE'RE WAITING FOR THE SAFE TIME.  WE'RE NOT WAITING FOR WORK TO

12:26PM 3    BE DONE BECAUSE THE WORK WOULD ALREADY BE DONE.  ALL WE'RE

12:26PM 4    WAITING FOR NEXT IS WHEN IS IT SAFE?  WHEN IS IT SAFE TO HAVE

12:26PM 5    THE COMMUNITY COME IN AND HEAR THIS CASE AND MAKE THE

12:26PM 6    COMMUNITY'S DECISION ABOUT THIS CASE?

12:26PM 7        THAT'S THE IDEAL SITUATION THAT I WOULD LIKE TO PLACE

12:26PM 8    OURSELVES IN.  I'D LIKE TO ACCOMPLISH THAT, THAT IS, COMPLETE

12:26PM 9    EVERYTHING THAT NEEDS TO GET DONE.

12:26PM 10       ONE WAY TO DO THAT IN A TIMELY MANNER IS, AS I'VE

12:26PM 11   SUGGESTED TO I THINK MR. LEACH, MAYBE I'LL HAVE THE DEFENSE

12:26PM 12   FILE ALL OF THEIR MOTIONS BY NOT NOON TOMORROW BUT 5:00 P.M.

12:26PM 13   TOMORROW JUST TO GIVE THEM EXTRA TIME TO GET IT ALL DONE.  WE

12:27PM 14   CAN MOVE FORWARD IN SOME SCHEDULE LIKE THAT, BUT I'D LIKE TO

12:27PM 15   ENGAGE A SCHEDULE THAT IS REALISTIC.

12:27PM 16       AND I KNOW THAT TRIALS ARE DYNAMIC ALSO, PARTICULARLY

12:27PM 17   PRETRIAL.  WE DON'T KNOW WHAT ELSE MAY COME UP.  WE'VE HEARD

12:27PM 18   THAT THERE MIGHT BE FIVE MOTIONS AS TO THE SUPERSEDING

12:27PM 19   INDICTMENT.  AND I KNOW THAT BRINGS GREAT JOY FOR MR. LEACH AND

12:27PM 20   HIS TEAM TO HEAR, BUT THERE COULD BE EXTENSIVE LITIGATION

12:27PM 21   COMING FORWARD ON THIS.

12:27PM 22       SO THAT INFORMS THE COURT ALSO THAT I NEED TO SET A

12:27PM 23   SCHEDULE THAT IS APPROPRIATE IN THIS CASE.

12:27PM 24       LET ME -- I DO WANT TO TURN TO MR. COOPERSMITH AND GIVE

12:27PM 25   YOU AN OPPORTUNITY TO BE HEARD ON THIS, SIR.  ALTHOUGH I WILL

12:27PM   1    TELL YOU ONE THING THAT WE'LL NOT -- I'M NOT GOING TO DISTURB

12:27PM   2    IS THE FACT THAT YOUR CASE, SIR, WILL TRAIL MS. HOLMES'S CASE.

12:27PM   3    SO WHATEVER I DECIDE AS TO MS. HOLMES, YOU'LL BE THE SECONDARY

12:28PM   4    AS FAR AS TRIAL DATES AS TO THAT.  THE SUGGESTION I THINK FROM

12:28PM   5    THE GOVERNMENT IS THAT ABOUT A THREE MONTH SCHEDULE AFTER THE

12:28PM   6    TRIAL OF MS. HOLMES.

12:28PM   7         BUT, MR. COOPERSMITH, WHAT IS IT THAT YOU WOULD LIKE ME TO

12:28PM   8    KNOW?

12:28PM   9              MR. COOPERSMITH:  THANK YOU.  SO ON THE ISSUE OF

12:28PM  10    TRIAL, I DO UNDERSTAND THE COURT'S RULING.  WE'LL PRESERVE OUR

12:28PM  11    POSITION FOR THE RECORD THAT WE BELIEVE OUR TRIAL SHOULD HAVE

12:28PM  12    GONE FIRST, BUT I WON'T SAY ANY MORE ON THAT.  BUT I DO

12:28PM  13    UNDERSTAND AND RESPECT THE COURT'S RULING.

12:28PM  14         WITH REGARD TO THE TRIAL DATE, I UNDERSTAND THAT WE HAVE A

12:28PM  15    STATUS CONFERENCE ON AUGUST 31ST I BELIEVE IT'S SCHEDULED.  SO

12:28PM  16    I'M SURE IF THAT STANDS WE'LL BE TALKING MORE ABOUT THAT THEN.

12:28PM  17         FOR NOW, YOUR HONOR, UNFORTUNATELY EVERYTHING THAT

12:28PM  18    MR. WADE SAID AND MR. LEACH SAID ABOUT THE COVID CRISIS AND

12:28PM  19    YOUR HONOR SAID IS RIGHT.  WE'RE SORT OF AT THE MERCY OF THOSE

12:28PM  20    UNFORTUNATE CIRCUMSTANCES.

12:28PM  21         WE WOULD LIKE TO GET THIS CASE TRIED, TOO.  MR. BALWANI

12:28PM  22    HAS BEEN LIVING WITH THIS INVESTIGATION SINCE 2016.  HE'S BEEN

12:29PM  23    LIVING WITH THE INDICTMENT SINCE 2018.  IT'S VERY UNFORTUNATE

12:29PM  24    THAT THERE'S SUCH A DELAY IN JUSTICE.

12:29PM  25         BUT THAT SAID, WE, I THINK, UNFORTUNATELY ARE GOING TO

12:29PM 1    HAVE TO, GIVEN THE COURT'S POSITION OF THE ORDER OF TRIAL,

12:29PM 2    AWAIT MS. HOLMES'S TRIAL.  IF THE TRIAL REALLY TAKES THREE

12:29PM 3    MONTHS, THEN WE'LL HAVE TO TRY THAT AT SOME POINT, AND WE'RE

12:29PM 4    HAPPY TO RECONFER WITH THE GOVERNMENT ONCE THE HOLMES TRIAL IS

12:29PM 5    SET ON WHAT EXACTLY THE SCHEDULE FOR MR. BALWANI SHOULD LOOK

12:29PM 6    LIKE AND TALK ABOUT THAT WITH THE COURT MORE ON AUGUST 31ST IF

12:29PM 7    THAT WORKS FOR YOU, YOUR HONOR.

12:29PM 8         THE COURT:  ALL RIGHT.  THANK YOU, MR. COOPERSMITH.

12:29PM 9    I APPRECIATE THAT.

12:29PM 10        ANYONE ELSE FROM YOUR TEAM WISH TO BE HEARD?

12:29PM 11        MR. COOPERSMITH:  NO, YOUR HONOR.

12:29PM 12        THE COURT:  I SEE NO HANDS.  ALL RIGHT.  THANK YOU.

12:29PM 13        SO LET'S TALK THEN ABOUT AUGUST 31ST IS A STATUS DATE FOR

12:29PM 14   MR. BALWANI.  I'M CURIOUS IF I SHOULD NOW HAVE MS. HOLMES'S

12:30PM 15   TEAM AND ALL YOU MEET AND CONFER ABOUT -- I APPRECIATE YOU

12:30PM 16   GIVING ME THESE PARTICULAR DATES HERE.

12:30PM 17        IN LIGHT OF THE -- MS. HOLMES'S SUGGESTION ABOUT

12:30PM 18   ADDITIONAL LITIGATION, I WOULD LIKE TO KNOW, TO THE EXTENT THAT

12:30PM 19   YOU CAN, MR. WADE, AND I'M NOT ASKING YOU TO DISCLOSE ANYTHING

12:30PM 20   THAT DISRUPT YOUR DEFENSE SCHEDULE OR ASK YOU TO TELL US WHAT

12:30PM 21   YOUR DEFENSE IS, ANYTHING LIKE THAT, BUT I THINK IT IS

12:30PM 22   APPROPRIATE FOR ME TO ASK YOU TO, NOT JUST TODAY TO RESPOND,

12:30PM 23   BUT TO ASK YOU TO INFORM THE COURT AS TO POTENTIAL MOTIONS THAT

12:30PM 24   YOU MIGHT HAVE AND FILE SUCH THAT THE GOVERNMENT CAN BE AWARE

12:30PM 25   ALSO SO WE CAN ENGAGE A REALISTIC SCHEDULE FOR LITIGATING AND

12:30PM  1    HEARING THOSE MOTIONS SUCH THAT I CAN THEN BE MORE INFORMED TO

12:30PM  2    GIVE US A BETTER DATE FOR TRIAL WHENEVER THAT IS.

12:30PM  3         ONE THING I'M CONCERNING DOING NOW IS NOT DISTURBING THE

12:31PM  4    TRIAL DATE, AND THAT IS PRIMARILY JUST TO KEEP OUR EXCLUSION OF

12:31PM  5    TIME IN EFFECT, BUT NOT DISTURBING ANY OF THE TRIAL DATES,

12:31PM  6    HOWEVER, SCHEDULE A STATUS CONFERENCE AGAIN AT SOME POINT.  IT

12:31PM  7    MIGHT BE AUGUST 31ST.  IT MIGHT BE BEFORE THAT.

12:31PM  8         BUT I'D LIKE THE PARTIES TO MEET AND CONFER TO DISCUSS

12:31PM  9    ANOTHER, AND I'VE USED THIS PHRASE BEFORE IN THIS CASE, A

12:31PM  10   REALISTIC SCHEDULE FOR MOTIONS.

12:31PM  11        NOW, I'D LIKE -- THE ADDITIONAL MOTIONS THAT YOU'VE TALKED

12:31PM  12   ABOUT ARE IMPORTANT ONES.  I DON'T KNOW WHETHER OR NOT, AND I'D

12:31PM  13   LIKE YOUR OPINIONS ABOUT WHETHER OR NOT THOSE WOULD DISTURB ANY

12:31PM  14   OF THE OTHER DECISIONS THAT THE COURT HAS MADE ON ANY EVIDENCE,

12:31PM  15   NOT THAT WE'VE MADE MUCH, BUT I DON'T WANT TO, IF THE CASE IS

12:31PM  16   CONTINUED INTO NEXT YEAR, I DON'T WANT TO START A COMPLETELY

12:31PM  17   NEW SCHEDULE SUCH THAT WE LOSE ANY OF THE MOMENTUM THAT WE'VE

12:31PM  18   CAPTURED, ANY OF THE WORK THAT YOU'VE DONE AND WE START OVER

12:32PM  19   AGAIN.  THAT DOESN'T ACCOMPLISH ANYTHING.  I'M NOT INTERESTED

12:32PM  20   IN THAT.

12:32PM  21             MR. WADE:  NO.  WE AGREE, YOUR HONOR.  WE AGREE.

12:32PM  22        IF I COULD BE HEARD BRIEFLY ON YOUR COMMENTS?

12:32PM  23             THE COURT:  SURE.

12:32PM  24             MR. WADE:  WE DON'T INTEND TO FUNDAMENTALLY CHANGE

12:32PM  25   THINGS.  WE INTEND TO CONTINUE TO MOVE FORWARD.  THE GOVERNMENT

12:32PM  1    HAS EXPANDED THE SCOPE OF THE CASE, AND THERE ARE A NUMBER OF

12:32PM  2    THINGS THAT FLOW FROM THAT, AS WE TALKED ABOUT FOR MUCH OF THE

12:32PM  3    ARGUMENT TODAY.  OBVIOUSLY THOSE ARE THINGS THAT WE ARE GOING

12:32PM  4    TO HAVE TO DEAL WITH.

12:32PM  5        WITH RESPECT TO THE MOTIONS, WE STARTED THE WORK ON THAT

12:32PM  6    IN ANTICIPATION OF THIS, BUT OBVIOUSLY THERE IS MORE WORK TO BE

12:32PM  7    DONE.  WE DO THINK THAT ONE MOTION AT LEAST SORT OF AS A MATTER

12:32PM  8    OF RECORD WOULD NEED TO REPRISE PRIOR MOTIONS TO MAKE SURE THAT

12:32PM  9    OUR PRIOR ARGUMENTS APPLY TO THE NEW INDICTMENT AND THE PRIOR

12:33PM 10    RULING APPLIES TO THE NEW INDICTMENT TO THE EXTENT THAT THE NEW

12:33PM 11    INDICTMENT DOESN'T CHANGE THE NATURE OF THAT RULING.

12:33PM 12        AND THEN WE THINK THERE ARE SEVERAL ADDITIONAL MOTIONS,

12:33PM 13    FOUR OR FIVE DIFFERENT MOTIONS TO DISMISS THE INDICTMENT.  YOUR

12:33PM 14    HONOR HAS HEARD ABOUT SOME OF THEM TODAY.  OBVIOUSLY, THERE'S A

12:33PM 15    STATUTE OF LIMITATIONS MOTION WITH RESPECT TO CERTAIN COUNTS,

12:33PM 16    THERE WILL BE A NOTICE RELATED MOTION AND A FEW OTHER THINGS.

12:33PM 17        I THINK WHILE WE TRIED TO PREPARE, OUR ANTICIPATION WOULD

12:33PM 18    BE THAT OUR HOPE IS WE GET THOSE IN FRONT OF THE COURT

12:33PM 19    REASONABLY QUICKLY AND FIND A TIME WHEN THAT IS DONE AND THE

12:33PM 20    GOVERNMENT WOULD HAVE AN APPROPRIATE AMOUNT OF TIME TO RESPOND,

12:33PM 21    BUT I WOULD GUESS THAT WITHIN A MONTH WE COULD GET ALL OF THOSE

12:33PM 22    MOTIONS ON FILE.

12:33PM 23        I THINK I HEARD MR. LEACH SAY HE WAS LOOKING FOR

12:34PM 24    THREE WEEKS.  HE MAY WANT A MONTH.  I DON'T -- I WANT TO BE

12:34PM 25    FAIR TO THE GOVERNMENT HONESTLY.  AND FUNDAMENTALLY, I WANT TO

12:34PM  1    ACT CONSISTENT WITH THE DIRECTION PROVIDED BY THE COURT.

12:34PM  2    FRANKLY, WHILE WE ALWAYS ADHERE TO IT, I'M NOT SURE WE NEED IT

12:34PM  3    HERE.  WE WANT TO MOVE THIS FORWARD.  WE SHARE THAT DESIRE, BUT

12:34PM  4    WE SHARE THE CONCERNS THAT THE COURT -- THAT WE DISCUSSED

12:34PM  5    BEFORE AND THAT THE COURT IDENTIFIED.

12:34PM  6        SO I THINK IF MORE BROADLY WE WERE TO MEET AND CONFER,

12:34PM  7    RECOGNIZING THE COURT HASN'T FORMALLY MOVED THE TRIAL DATE BUT

12:34PM  8    IS INCLINED TO AFTER HEARING FROM THE COURT, FROM THE PARTIES

12:34PM  9    ON THE PARTICULARS, WE CAN CERTAINLY MEET AND CONFER WITH THE

12:34PM 10    GOVERNMENT AND FIND A TIME TO COME BACK IN FRONT OF THE COURT

12:34PM 11    IF NEED BE, OR IT MAY BE THAT WE CAN JUST AGREE TO A SCHEDULE

12:34PM 12    AND THE COURT CAN ORDER IT.  WHATEVER THE COURT THINKS WILL

12:34PM 13    MAKE SENSE.  BUT WE CAN CERTAINLY DO THAT WITHIN A WEEK OR TWO

12:34PM 14    I WOULD THINK IF THAT IS OF BENEFIT TO THE COURT.

12:34PM 15            THE COURT:  THANK YOU.

12:35PM 16        MR. LEACH.

12:35PM 17            MR. LEACH:  WE CERTAINLY CAN WORK WITH DEFENSE

12:35PM 18    COUNSEL ON AN APPROPRIATE SCHEDULE WITH THE OCTOBER DATE IN

12:35PM 19    MIND, YOUR HONOR.

12:35PM 20        I NEED TO EMPHASIZE, THOUGH, MUCH OF THE WORK FROM THE

12:35PM 21    GOVERNMENT'S PERSPECTIVE GOING FORWARD IS MEETING WITH

12:35PM 22    WITNESSES WHO WE HAVE SUBPOENAED, WHO WE HAVE TOLD BE READY IN

12:35PM 23    OCTOBER WHO ARE HOLDING THAT TIME AND WHO ARE MAKING

12:35PM 24    SUBSTANTIAL SACRIFICES IN ORDER TO, A, MEET WITH US, AND ALSO

12:35PM 25    HOLD THAT TIME FROM THEIR SCHEDULE.

12:35PM   1          AND SO IT'S NOT -- FROM THE GOVERNMENT'S PERSPECTIVE, IT'S

12:35PM   2     DIFFICULT TO TURN THOSE THINGS ON A DIME.  AND IF -- AS I'VE

12:35PM   3     SAID IN MY EARLIER REMARKS, HOLDING A DATE FOR THE PURPOSE OF

12:35PM   4     HOLDING A DATE POSES SOME GREAT DIFFICULTIES TO US IF EVERYBODY

12:35PM   5     KNOWS THAT'S NOT GOING TO HAPPEN.

12:35PM   6          SO I THINK THE PRUDENT THING WE COULD DO IS SET THE

12:35PM   7     SCHEDULE, WE CAN LITIGATE WHATEVER WE NEED TO LITIGATE THROUGH

12:36PM   8     THAT, AND THEN HAVE THAT DATE CERTAIN IN MIND AND STICK TO IT.

12:36PM   9     WE WOULD URGE THE COURT TO DO THAT, BUT WHATEVER DATE SET WE

12:36PM   10    WILL MEET.  THE GOVERNMENT WILL BE READY.

12:36PM   11              THE COURT:  WELL, THANK YOU.  I THINK IT'S FAIR TO

12:36PM   12    SAY, MR. LEACH, AND I RECOGNIZE THE ISSUE THAT YOU HAVE TOLD

12:36PM   13    YOUR CLIENTS -- EXCUSE ME, YOUR WITNESSES THAT THERE'S A DATE

12:36PM   14    CERTAIN AND THE JUDGE WAS FIRM ON THAT, AND I WAS, AND COVID

12:36PM   15    INTERRUPTED IT.  I SUPPOSE THAT'S MY EXCUSE.  BUT YOU CAN

12:36PM   16    CERTAINLY POINT THE FINGER BACK TO THE JUDGE, AND I INVITE YOU

12:36PM   17    TO DO THAT.

12:36PM   18         TO THE EXTENT THAT YOU NEED SOME RELIEF FROM THAT, YOU

12:36PM   19    SHOULD RECOGNIZE -- LET ME JUST SAY THAT I INDICATED I WOULD

12:36PM   20    LEAVE THE DATE.  I'M NOT GOING TO DISTURB THE CURRENT TRIAL

12:36PM   21    DATE.  I'M DOING THAT TO, AS I SAID, TO KEEP THE TIME

12:36PM   22    EXCLUSIONS IN PLACE AND ALL OF THE OTHER ISSUES REGARDING THAT

12:36PM   23    IN PLACE.

12:36PM   24         WHAT I WILL TELL YOU IS THAT IT IS UNREALISTIC THAT WE ARE

12:37PM   25    GOING TO GO TO TRIAL ON THAT DATE.  IT'S JUST NOT GOING TO

12:37PM  1      HAPPEN.

12:37PM  2           SO IF THAT RELIEVES YOU FROM THOSE APPOINTMENTS YOU HAVE

12:37PM  3      WITH WITNESSES, I HOPE THAT GIVES YOU AND THEM SOME REASSURANCE

12:37PM  4      THAT THEY WON'T BE NEEDED FOR THAT TRIAL DATE.

12:37PM  5           THEN THEY'LL ASK YOU, OKAY, WHEN SHOULD WE RESCHEDULE?

12:37PM  6      WHEN IS THE NEW DATE?  THAT'S THE DATE THEN, AND I HEARD YOU

12:37PM  7      ALL TELL ME YOUR OPINIONS, THE APRIL AND THE FEBRUARY DATE.  I

12:37PM  8      WOULD LIKE YOU TO GIVE ME SOME MORE INFORMATION ABOUT WHAT WORK

12:37PM  9      THAT YOU WILL DO BETWEEN NOW AND THE EARLIER OF THOSE TRIAL

12:37PM  10     DATES BEING FEBRUARY, WHAT YOUR SCHEDULE IS GOING TO BE TO

12:37PM  11     ACCOMPLISH ALL OF THE MOTION PRACTICE THAT IS GOING TO BE

12:37PM  12     NEEDED ON THE CHARGING DOCUMENT.

12:37PM  13          MY SENSE IS WHAT -- AS I SAID, WHAT I WOULD LIKE TO HAVE

12:37PM  14     DONE, AND MY WISH LIST IS THAT WE HAVE ALL OF THE LITIGATION

12:37PM  15     AND THE PRETRIAL LITIGATION AS TO CHARGING DOCUMENTS AND IF IT

12:38PM  16     SURVIVES THAT, THERE IS A CASE THAT GOES FORWARD, WHATEVER THAT

12:38PM  17     CASE IS, IT GOES FORWARD SUCH THAT ALL OF YOUR WITNESS

12:38PM  18     PRODUCTION IS DONE.  OF COURSE WE'VE TALKED ABOUT OTHER

12:38PM  19     EXAMINATIONS THAT NEED TO BE ACCOMPLISHED AND THAT HAS TO --

12:38PM  20     THAT SCHEDULING SHOULD GO FORWARD AS WELL AND ACCOMPLISH ALL OF

12:38PM  21     THE WORK THAT NEEDS TO BE DONE THERE.

12:38PM  22          SO I'D LIKE YOU TO MEET AND CONFER AND TALK ABOUT ALL OF

12:38PM  23     THOSE THINGS THAT YOU NEED TO ACCOMPLISH VIS-A-VIS AN EARLIER

12:38PM  24     TRIAL DATE.  I HEARD THE GOVERNMENT SAY FEBRUARY.  YOU MIGHT

12:38PM  25     WANT TO LOOK AT THAT DATE, THE EARLIER OF THOSE DATES, THAT IS,

12:38PM   1    THE FEBRUARY DATE AS OPPOSED TO THE APRIL, AND LOOK AND SEE IF

12:38PM   2    THINGS CAN BE DONE BY FEBRUARY?  DO YOU NEED TO GO INTO MARCH?

12:38PM   3    DOES IT REALLY REQUIRE AN APRIL DATE?

12:38PM   4        ALL OF THIS, OF COURSE, IS GOING TO BE GUIDED, ISN'T IT,

12:38PM   5    BY THE CLOUD OF COVID?  I HOPE THESE GOOD SCIENTISTS, WHEREVER

12:38PM   6    THEY'RE WORKING, I HOPE THEY'RE ABLE TO FIND A VACCINE FOR ALL

12:39PM   7    OF US.  THAT WOULD BE A MIRACLE, AND IT WOULD BE WELL RECEIVED

12:39PM   8    BY THE PLANET.

12:39PM   9        BUT WE NEED TO -- IT'S SUCH A DYNAMIC CIRCUMSTANCE, WE

12:39PM  10    NEED TO PREPARE FOR THE FACT THAT THERE IS THE SECOND WAVE.

12:39PM  11    AND I HEARD THIS MORNING ON THE RADIO COMING IN WHEN DOES THE

12:39PM  12    SECOND WAVE START IF WE'RE STILL IN A FIRST WAVE IN DECEMBER IN

12:39PM  13    THE MIDDLE OF THE INFLUENZA SEASON?  WE JUST DON'T KNOW THOSE

12:39PM  14    THINGS, WE JUST DON'T.  SO IT IS DYNAMIC IN THAT REGARD.

12:39PM  15        I'M HOPEFUL THAT WE CAN GET THE CASE TRIED IN Q1 OF NEXT

12:39PM  16    YEAR.  THAT WOULD BE MY GOAL.  I THINK IT'S YOURS AS WELL.

12:39PM  17        BUT WHAT THAT EXACT DATE IS, I DON'T HAVE COMPLETE

12:39PM  18    INFORMATION TO SET THAT DATE TODAY.

12:39PM  19        I APPRECIATE YOUR OFFERS OF THESE DATES, AND THEY MIGHT BE

12:39PM  20    GOOD ONES, AND IT MIGHT BE -- IT MAY BE THAT THE APRIL DATE IS

12:39PM  21    THE ONE, SINCE WE'VE SELECTED IT FOR MR. BALWANI, IT MIGHT BE

12:39PM  22    EASY TO JUST SLIDE IN AND USE THAT.

12:39PM  23        BUT I APPRECIATE THE GOVERNMENT'S DESIRE TO GET THE CASE

12:40PM  24    MOVING AND THEIR THOUGHT THAT WE CAN GET IT PERHAPS GOING

12:40PM  25    BEFORE THEN RECOGNIZING THAT IN FEBRUARY WE WOULD HAVE TO SET

| | | |
|---|---|---|
| 12:40PM | 1 | OUR OR WE WOULD LIKE TO SET OUR FINAL PRETRIAL CONFERENCE THAT |
| 12:40PM | 2 | WOULD BE SOME TIME IN JANUARY.  I WOULD LIKE TO HAVE THAT ABOUT |
| 12:40PM | 3 | THREE OR FOUR WEEKS IN ADVANCE OF THE TRIAL DATE. |
| 12:40PM | 4 | HERE WE MIGHT WANT TO DO IT A LITTLE MORE THAN THAT, JUST |
| 12:40PM | 5 | BECAUSE I THINK, AS WE EXPERIENCED TODAY, THE MOTIONS IN LIMINE |
| 12:40PM | 6 | WILL PROBABLY BE EXTENSIVE.  I'M JUST GUESSING, BUT I THINK |
| 12:40PM | 7 | IT'S AN EDUCATED GUESS THAT WE'LL PROBABLY HAVE EXTENSIVE |
| 12:40PM | 8 | MOTION IN LIMINE PRACTICE HERE AS WELL THAT WILL OCCUPY SOME |
| 12:40PM | 9 | TIME. |
| 12:40PM | 10 | SO HOW MUCH TIME DO YOU THINK THAT YOU WOULD NEED OR YOU |
| 12:40PM | 11 | WOULD LIKE, MR. LEACH, MR. WADE, TO MEET AND CONFER? |
| 12:40PM | 12 | SHOULD I LEAVE THE AUGUST 31ST CONFERENCE DATE, STATUS |
| 12:40PM | 13 | DATE NOW AND USE THAT?  OR SHOULD WE COME BACK BEFORE THEN? |
| 12:41PM | 14 | MR. LEACH:  YOUR HONOR, I THINK IT WOULD BE PRUDENT |
| 12:41PM | 15 | TO COME BACK BEFORE THEN JUST SO WE CAN REACH RESOLUTION ON |
| 12:41PM | 16 | THESE ISSUES. |
| 12:41PM | 17 | THE COURT:  SURE. |
| 12:41PM | 18 | MR. LEACH:  AND WE'LL -- SO I THINK A DATE IN EARLY |
| 12:41PM | 19 | AUGUST IS APPROPRIATE. |
| 12:41PM | 20 | THE COURT:  OKAY.  MR. WADE, YOU'RE OKAY WITH THAT? |
| 12:41PM | 21 | MR. WADE:  I BELIEVE I AM, YOUR HONOR.  MAYBE THE -- |
| 12:41PM | 22 | THE COURT:  LET ME -- LET'S TURN TO MS. KRATZMANN, |
| 12:41PM | 23 | THE KEEPER OF ALL THINGS, AND ASK HER WHAT LOOKS GOOD FOR US. |
| 12:41PM | 24 | MR. WADE:  I'M USED TO SEEING THAT BIG CALENDAR UP |
| 12:41PM | 25 | ON THE WALL, YOUR HONOR.  IT'S VERY DISORIENTING NOT TO HAVE |

12:41PM  1    IT.

12:41PM  2              THE COURT:  IT IS.  IMAGINE HOW I FEEL?  I'M SITTING

12:41PM  3    HERE ALONE WITH A LAPTOP, A PENCIL, AND A PAD, AND THERE IS NO

12:41PM  4    CALENDAR, AND THERE'S NOBODY TO TURN TO.

12:41PM  5         (LAUGHTER.)

12:41PM  6              THE CLERK:  YOUR HONOR, MIGHT I SUGGEST AUGUST 10TH

12:41PM  7    AT 10:00 A.M.

12:42PM  8              THE COURT:  IS THAT A MONDAY?

12:42PM  9              THE CLERK:  THAT IS A MONDAY, YOUR HONOR.

12:42PM  10             THE COURT:  IT IS A MONDAY.

12:42PM  11        DOES THAT WORK FOR THE PARTIES?

12:42PM  12             MR. WADE:  YOUR HONOR, I HAPPEN TO HAVE A CONFLICT

12:42PM  13   ON THAT DATE.  IS IT POSSIBLE THAT WE CAN DO EITHER THE 3RD OR

12:42PM  14   THE 17TH?

12:42PM  15             THE COURT:  LET'S SEE.  MS. KRATZMANN, WE CAN DO A

12:42PM  16   DATE OTHER THAN A MONDAY IF NEED BE.  WE CAN SPECIAL SET THIS.

12:42PM  17             THE CLERK:  WE COULD, YOUR HONOR.

12:42PM  18        IS THE WEEK OF THE 10TH NOT AVAILABLE FOR COUNSEL?  WE

12:42PM  19   COULD DO AUGUST 11TH OR 12TH.

12:42PM  20             MR. WADE:  YOUR HONOR, MIGHT I ASK IF WE MIGHT JUST

12:42PM  21   CONFER WITH COLLEAGUES AND CIRCLE BACK WITH MS. KRATZMANN --

12:42PM  22             THE COURT:  YES.

12:42PM  23             MR. WADE:  -- TO MAKE SURE WE FIND A DATE?  IT'S A

12:42PM  24   LITTLE HARD TO DO.  NORMALLY WE WOULD BE WHISPERING IN EACH

12:42PM  25   OTHER'S EARS RIGHT NOW, AND IT'S A LITTLE DIFFICULT TO DO THAT.

12:43PM  1        SO MAYBE WE CAN DO THAT AND CONFER WITH THE GOVERNMENT AND

12:43PM  2   COME UP WITH A DATE IN THAT WINDOW.

12:43PM  3        THE COURT:  RIGHT.  WELL, LET ME DO THIS.  THEN I

12:43PM  4   WON'T DISTURB THE TRIAL DATE NOW JUST FOR PURPOSES OF OBSERVING

12:43PM  5   THE TRIAL EXCLUSION.

12:43PM  6        I AM GOING TO -- YOU UNDERSTAND, MR. LEACH, YOU'RE

12:43PM  7   RELIEVED FROM -- THERE'S NOT GOING TO BE ANY WITNESSES THAT

12:43PM  8   DATE, AND YOU DON'T NEED TO GO FORWARD WITH ANY OF THAT WORK

12:43PM  9   THAT YOU TOLD ME ABOUT.

12:43PM 10        MR. LEACH:  UNDERSTOOD, YOUR HONOR.  JUST SO I'M

12:43PM 11   CLEAR, I BLAME MYSELF FOR THAT, NOT THE COURT, WHEN I'M DEALING

12:43PM 12   WITH WITNESSES.  SO PLEASE DON'T WORRY ABOUT THAT.

12:43PM 13        THE COURT:  OKAY.

12:43PM 14        BUT WHAT I WILL DO IS HAVE YOU MEET AND CONFER AND GET

12:43PM 15   BACK TO MS. KRATZMANN AS TO A DATE THAT YOU THINK IS

12:43PM 16   APPROPRIATE FOR OUR FURTHER STATUS CONFERENCE IN RE TRIAL DATE.

12:43PM 17   AND WHAT I'D LIKE YOU TO DO IS TO TALK ABOUT, TO THE EXTENT

12:43PM 18   THAT YOU CAN, THE ADDITIONAL MOTION PRACTICE THAT NEEDS TO BE

12:43PM 19   DONE, ANY OTHER MOTIONS AND ANY OTHER -- ANYTHING THAT YOU

12:44PM 20   THINK WOULD CONSUME SOME TIME SUCH THAT WE CAN SET, SO THE

12:44PM 21   COURT CAN SET A REALISTIC TRIAL DATE AT LEAST ON OUR END FOR

12:44PM 22   NEXT YEAR, AND WE'LL SET THAT DATE.  IT DOESN'T HAVE TO BE ON A

12:44PM 23   MONDAY.

12:44PM 24        MS. KRATZMANN CAN TALK WITH YOU ABOUT SPECIAL SETTING

12:44PM 25   SOMETHING, AND IT WILL BE A ZOOM HEARING AGAIN FOR THAT

12:44PM  1    PURPOSE.

12:44PM  2         AND THEN WE'LL LEAVE MR. BALWANI'S AUGUST 31ST DATE

12:44PM  3    UNDISTURBED, WE'LL LEAVE THAT STATUS DATE UNDISTURBED NOW AND

12:44PM  4    ANY TIME EXCLUSIONS WE'LL CONTINUE TO THAT DATE.

12:44PM  5         ANY OBJECTION TO THAT, MR. COOPERSMITH?

12:44PM  6         MR. COOPERSMITH:  YOUR HONOR, NO OBJECTION TO AN

12:44PM  7    AUGUST 31ST STATUS CONFERENCE THAT IS ALREADY ON CALENDAR.

12:44PM  8         THE ONE THING I WOULD LIKE TO CLARIFY WITH YOUR HONOR IS

12:44PM  9    ON THE MEET AND CONFER THAT YOUR HONOR HAS DIRECTED REGARDING

12:45PM 10    THE TRIAL DATE FOR MS. HOLMES'S TRIAL AND THE MOTIONS PRACTICE,

12:45PM 11    DOES THE COURT ENVISION THAT WE WOULD BE A PART OF THAT?  WE

12:45PM 12    CERTAINLY WOULD LIKE TO BE BECAUSE, ONE, THE TRIAL DATE FOR

12:45PM 13    MS. HOLMES OBVIOUSLY DIRECTLY AFFECTS US AND IT'S DISCONCERTING

12:45PM 14    TO JUST BE PRESENTED WITH SOMETHING AS A FAIT ACCOMPLI WITHOUT

12:45PM 15    HAVING HAD ANY INPUT.

12:45PM 16         AND THEN SECOND, ON SOME, ALTHOUGH PERHAPS NOT ALL, OF THE

12:45PM 17    MOTIONS WE FEEL LIKE WHATEVER RULING IS MADE FROM AN

12:45PM 18    EVIDENTIARY STANDPOINT AND SO FORTH DOES HAVE AN IMPACT ON US

12:45PM 19    AS WELL FOR THE SECOND TRIAL.

12:45PM 20         SO WE WOULD LIKE TO BE, AND I'M HOPING THE COURT ENVISIONS

12:45PM 21    WE WOULD BE PART OF THAT MEET AND CONFER PROCESS EVEN THOUGH

12:45PM 22    OUR STATUS CONFERENCE REMAINS ON AUGUST 31ST.

12:45PM 23         THE COURT:  MR. LEACH?

12:45PM 24         MR. LEACH:  I HAVE NO OBJECTION, YOUR HONOR.

12:45PM 25         THE COURT:  OKAY.  SO I KNOW YOU'VE ALL SEEN THE

12:45PM  1      PLAY "HAMILTON," MR. COOPERSMITH.  SO IT APPEARS THAT MR. LEACH

12:45PM  2      IS GOING TO ALLOW YOU IN THE ROOM I THINK IS THE SONG.

12:45PM  3          ALL RIGHT.  YOU CAN BE PART OF THAT, AND TO THE EXTENT

12:46PM  4      THAT YOU CAN HAVE SOME ASSISTANCE FOR EFFICIENCY OF DATES, THAT

12:46PM  5      WOULD BE HELPFUL.  THANK YOU.

12:46PM  6          BUT YOUR STATUS DATE, MR. COOPERSMITH, INCLUDING ANY TIME

12:46PM  7      EXCLUSION, AND YOU HAVE NO OBJECTION TO EXCLUDING TIME FOR YOUR

12:46PM  8      CLIENT TO ALLOW YOU TO EFFECTIVELY -- CONTINUE TO EFFECTIVELY

12:46PM  9      PREPARE.

12:46PM  10         MR. COOPERSMITH:  THAT'S CORRECT, YOUR HONOR.

12:46PM  11         THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL NOTE THAT

12:46PM  12     TIME EXCLUSION.

12:46PM  13         AND THEN I'LL WAIT TO HEAR FROM YOU, MS. KRATZMANN WILL

12:46PM  14     HEAR FROM YOU, AND THEN WE'LL SCHEDULE THE NEXT STATUS

12:46PM  15     CONFERENCE ACCORDINGLY.

12:46PM  16         AS TO THE MOTIONS THEMSELVES THAT ARE ON THE TABLE TODAY,

12:46PM  17     I ALSO WANT YOU, IN YOUR MEET AND CONFER, I THINK IT WOULD BE

12:46PM  18     HELPFUL -- I'M GOING TO TAKE THEM UNDER SUBMISSION, BUT I THINK

12:46PM  19     IT WOULD BE HELPFUL ALSO AND WHEN WE NEXT GET TOGETHER FOR YOU

12:46PM  20     TO TELL ME NOT JUST THE DATES AND THE WORK THAT YOU THINK NEEDS

12:46PM  21     TO BE DONE, BUT ALSO THE EFFECT OF THOSE MOTIONS AND ANY OTHER

12:46PM  22     ADDITIONAL MOTION PRACTICE THAT YOU THINK MIGHT HAVE BEARING ON

12:47PM  23     THE COURT'S RULINGS ON THESE MOTIONS AND WHY OR HOW THE COURT

12:47PM  24     SHOULD RULE ON THESE PARTICULAR MOTIONS.

12:47PM  25         DO YOU UNDERSTAND THAT QUESTION, MR. WADE?

12:47PM   1            MR. WADE:  I DO, YOUR HONOR.

12:47PM   2            THE COURT:  MR. LEACH?

12:47PM   3            MR. LEACH:  I DO, YOUR HONOR.  THANK YOU,

12:47PM   4    YOUR HONOR.

12:47PM   5            THE COURT:  I THINK I'VE GIVEN YOU SOME HINTS ABOUT

12:47PM   6    AT LEAST SOME OF THE GOVERNMENT -- AND THIS REALLY IS RELATED

12:47PM   7    TO THE GOVERNMENT'S INFORMATION REGARDING THE GOVERNMENT'S

12:47PM   8    EXPERTS AND THINGS.

12:47PM   9        AS I SAID, I EXPECT THAT I'LL -- AND THE GOVERNMENT SHOULD

12:47PM  10    EXPECT THAT THE COURT WOULD WANT SOME ADDITIONAL FOUNDATIONAL

12:47PM  11    AS TO SOME OF THESE WITNESSES IF THEY MOVE FROM -- WHAT IS IT?

12:47PM  12     -- PERCIPIENT OBSERVATION TO MORE OF THE 702 TYPE THAT WE'VE

12:47PM  13    TALKED ABOUT, AND I THINK IT RELATES TO THOSE SIX WITNESSES

12:47PM  14    THAT WE TALKED ABOUT EARLIER, THE DOCTORS AND THE OTHERS.

12:47PM  15        OKAY.  ANYTHING FURTHER BEFORE WE CONCLUDE TODAY'S HEARING

12:47PM  16    OTHER THAN ME WISHING YOU WELL AND THAT YOU AND YOUR FAMILIES

12:48PM  17    REMAIN SAFE.  IT'S ALWAYS A PLEASURE TO SEE ALL OF YOU.  I

12:48PM  18    APPRECIATE THAT.

12:48PM  19        ANYTHING FURTHER?

12:48PM  20            MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

12:48PM  21    THANK YOU VERY MUCH FOR THE TIME AND THE COURT'S COMMENTS.

12:48PM  22            THE COURT:  THANK YOU.

12:48PM  23        MR. WADE?

12:48PM  24            MR. WADE:  NOTHING FURTHER FROM MS. HOLMES,

12:48PM  25    YOUR HONOR.  WE, TOO, WE WISH THE SAME TO THE COURT, AND WE

12:48PM  1    APPRECIATE THE COURT'S COMMENTS, AND I HOPE EVERYONE CONTINUES

12:48PM  2    TO BE SAFE, YOU AND ALL OF YOUR STAFF.

12:48PM  3         THE COURT:  THANK YOU VERY MUCH.

12:48PM  4         MR. COOPERSMITH:  NOTHING FURTHER FROM MR. BALWANI.

12:48PM  5    AND, OF COURSE, WE ECHO THOSE COMMENTS AS WELL.  THANK YOU.

12:48PM  6         THE COURT:  THANK YOU.  WE'LL SEE YOU SOON.  WE'LL

12:48PM  7    END THIS ZOOM CONFERENCE NOW.

12:48PM  8         THANK YOU, MS. KRATZMANN.

12:48PM  9         THE CLERK:  COURT IS ADJOURNED.

12:48PM 10         (COURT CONCLUDED AT 12:48 P.M.)

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  JULY 21, 2020
19

20

21

22

23

24

25

# EXHIBIT G

**From:**       Jack Lord
**To:**         Donald Lucas
**Sent:**       9/22/2013 6:24:06 PM
**Subject:**    Re: Checking in


I am just boarding a flight to Dallas - land 630 eastern

Sent from my iPhone

> On Sep 22, 2013, at 2:18 PM, Donald Lucas <█████ █████████> wrote:
>
> Yes done. What time zone are you in. Just landed at JFK
>
> Don Lucas
> Lucas Venture Group
> 545 Middlefield Road: USA
> O: (650) ██████
> C: (650) ██████
>
>
>> On Sep 22, 2013, at 2:16 PM, "Jack Lord" <████████████████> wrote:
>>
>> Thanks Don - what are best times and number for a call?
>> Also please pass on note about K-1 to someone in your office
>>
>> Sent from my iPhone
>>
>>> On Sep 22, 2013, at 2:12 PM, Donald Lucas <█████████████████> wrote:
>>>
>>> All good Jon. I am investing $20 million into a company you should be interested in. Eric Topol has tweeted a lot about it. Theranos. It is a deal my dad was Chairman of until his Alzheimer's. I was given the opportunity by Eluzabeth, the founder and CEO as a continuation of his legacy. She also asked me to work with her as an advisor to the company. They do not need any money they have been cash flow positive since 2006. World changer. Revolutionary. I am buying stock at a price set in 2011 which was $6 billion. Trust me, you probably just spit up your vodka. it is a deal.
>>> Just arriving in NYC for meeting with ceo of JDRF and global head of research. Short fuse here. Have to close by September 30th.
>>> Very confidential. My dads group/ side of the family does not know that I am involved.
>>> Www.theranos.com.
>>> Or lucasventuregroup. Com
>>>
>>> Call me if you are serious can tell more.
>>> Best regards
>>> Don
>>>
>>> Don Lucas
>>> Lucas Venture Group
>>> 545 Middlefield Road: USA
>>> O: (650) ██████
>>> C: (650) ██████
>>>
>>>
>>>> On Sep 22, 2013, at 7:35 AM, "Jonathan Lord" <████████████████> wrote:
>>>>
>>>> Hope all is well Don - keep up with the family through Facebook
>>>> What's new on your end?
>>>> Also - we are hunting down the K-1's for this year so we can close out taxes - please advise
>>>> Cheers
>>>> J

**Confidential Treatment Requested by Lucas Venture Group**