1 | ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
2 | Acting Under Authority Conferred By 28 U.S.C. § 515

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division
4 |
JEFF SCHENK (CABN 234355)
5 | JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
6 | VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys
7 |
       150 Almaden Boulevard, Suite 900
8 |    San Jose, California 95113
       Telephone: (408) 535-5061
9 |    Fax: (408) 535-5066
       Robert.Leach@usdoj.gov
10 |
Attorneys for United States of America
11 |
                    UNITED STATES DISTRICT COURT
12 |
                  NORTHERN DISTRICT OF CALIFORNIA
13 |
                          SAN JOSE DIVISION
14 |

15 | UNITED STATES OF AMERICA,          )  Case No. 18-CR-00258 EJD
                                       )
16 |      Plaintiff,                    )  ADMINISTRATIVE MOTION TO FILE
                                       )  PORTIONS OF DOCUMENTS UNDER SEAL
17 |   v.                               )  AND [PROPOSED] ORDER
                                       )
18 | ELIZABETH HOLMES and RAMESH        )
     "SUNNY" BALWANI,                   )
19 |                                    )
         Defendants.                    )
20 |  _____  )

21 |         **NOTICE OF MOTION AND ADMINISTRATIVE MOTION**

22 |      Pursuant to Local Rule of Criminal Procedure 56-1, the United States respectfully moves for an

23 | order permitting the filing under seal of unredacted versions of the following documents:

| 1 | UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 2 | SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |

28 |

ADMIN MOT. & [PROPOSED] ORDER
CASE NO. 18-258 EJD                              1

| 3 | EXHIBIT C TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 4 | EXHIBIT D TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |

Sealing is appropriate because the opposition and the declaration refer to and/or attach documents that are themselves sealed.  Redacted versions omitting references to the sealed documents are being publicly filed.

For these reasons, the government submits there is good cause to grant sealing.

DATED:  September 18, 2020                     Respectfully submitted,

                                               ADAM A. REEVES
                                               Attorney for the United States,
                                               Acting Under Authority Conferred By 28
                                               U.S.C. § 515

                                                    /s/
                                               _____
                                               ROBERT S. LEACH
                                               Assistant United States Attorney

ADMIN MOT. & [PROPOSED] ORDER
CASE NO. 18-258 EJD                            2

1

**[PROPOSED] ORDER**

2

The Court, having considered the government's Administrative Motion, hereby GRANTS the

3

motion and ORDERS that unredacted versions of the following documents shall be filed under seal:

| | | |
|---|---|---|
| 4<br><br>5 | 1 | UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 6<br><br>7 | 2 | SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 8<br><br>9 | 3 | EXHIBIT C TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 10<br><br>11<br><br>12 | 4 | EXHIBIT D TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |

13

IT IS SO ORDERED.

14

Dated:   _____

15

16

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOT. & [PROPOSED] ORDER
CASE NO. 18-258 EJD                                3