ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-00258 EJD |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) | |
| Defendants. | ) | |

I, Jessica Rodriguez Gonzalez, am more than eighteen years old and not a party to this action. I certify that on September 18, 2020, the following documents:

1. [UNREDACTED] United States' Opposition To Defendants' Motion To Dismiss Second And Third Superseding Indictments Based On Pre-Indictment Delay [DKT. 493 & 495]

2. [UNREDACTED] September 18, 2020 Declaration of AUSA Robert S. Leach in Support of United States' Opposition To Defendants' Motion To Dismiss Second And Third Superseding Indictments Based On Pre-Indictment Delay

were served by electronic means on the following counsel of records in this case:

Kevin M. Downey
kdowney@wc.com
Amy Mason Saharia
asaharia@wc.com
Katherine A. Trefz
ktrefz@wc.com
Lance A. Wade
lwade@wc.com
WILLIAMS AND CONNOLLY LLP
725 12th St NW
Washington, DC 20016

John D. Cline
cline@iohndclinelaw.com
LAW OFFICE OFJOHN D. CLINE
235 Montgomery Street, Suite 1070
San Francisco, CA 94104

*Attorneys for Defendant Elizabeth Holmes*

///
///
///

CERTIFICATE OF SERVICE
18-CR-00258 EJD                                         2

| | |
|---|---|
| 1 | Jeffrey B. Coopersmith |
| 2 | jcoopersmith@orrick.com<br>Walter F. Brown |
| 3 | wbrown@orrick.com<br>Randall S. Luskey |
| 4 | rluskey@orrick.com<br>Stephen A. Cazares |
| 5 | scazares@orrick.com<br>ORRICK, HERRINGTON & SUTCLIX'X'E LLP |
| 6 | The Orrick Building<br>405 Howard Sneet |
| 7 | San Francisco, CA 94105-2669 |

*Attorneys for Ramesh Balwani*

I declare under penalty of perjury the foregoing is true and corrected.

DATED: September 18, 2020            /s/
                                     JESSICA RODRIGUEZ GONZALEZ
                                     LEGAL ASSISTANT

CERTIFICATE OF SERVICE
18-CR-00258 EJD                  3