ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. 18-CR-00258 EJD<br><br>UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS<br>[DKT 500 & 505]<br><br>Date:  October 6, 2020<br>Time:  10:00 a.m.<br>Court:  Hon. Edward J. Davila |

On top of five other motions filed on August 28, 2020, Defendants have filed a "Motion to Dismiss Second And Third Superseding Indictments and, in the Alternative, for a Bill of Particulars" that purports to "restate[] and incorporate[] by reference" their prior motions to dismiss the Superseding Indictment. Dkt. 500 & 505. Essentially, they seek reconsideration of the Court's February 11, 2020 Order on their prior motions. Dkt. 330. Defendants make no attempt, however, to meet the standards for reconsideration. The Court should decline the invitation to reconsider its 39-page Order and deny

the motion.  The government hereby reasserts and incorporates by reference its oppositions to Defendants' prior motions to dismiss.  Dkt. 265, 266, 267.

DATED:  September 18, 2020

Respectfully submitted,

ADAM A. REEVES
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-JONES
Assistant United States Attorneys