UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELIZABETH A. HOLMES,

Defendant.

Case No. 18-cr-00258-EJD-1

**ORDER RE MOTION FOR ENTRY OF PROPOSED SCHEDULE**

Re: Dkt. No. 527.

REDACTED, PUBLIC VERSION

On July 8, 2020, this Court granted the Government's Motion for an Examination under Federal Rule of Criminal Procedure 12.2(c). Dkt. No. 444. The Court subsequently issued a written Order memorializing its ruling and instructing the parties to propose a schedule for Rule 16 disclosures. Dkt. No. 507. The parties were apparently unable to agree, wherefore Defendant Elizabeth Holmes filed a motion proposing her own schedule for Rule 16 disclosures related to Ms. Holmes's Rule 12.2(b)(1) notice. Dkt. No. 527 ("Mot."). Having received full briefing on this matter, *see* Dkt. No. 530 ("Opp."), Dkt. No. 536 ("Reply"), the Court finds that decision on the papers is appropriate. *See* N.D. Cal. Civ. L.R. 7-1(b).

United States District Court
Northern District of California

United States District Court
Northern District of California

[redacted]

Case No.: 18-cr-00258-EJD-1
ORDER RE MOTION FOR ENTRY OF PROPOSED SCHEDULE
2

The Court hereby DENIES Defendant's motion for entry of her proposed schedule and adopts the following schedule:

| EVENT | DEFENSE PROPOSAL | GOVERNMENT PROPOSAL | COURT'S ORDER |
|---|---|---|---|
| Defense Rule 12.2 expert disclosures due | 10/20/2020 | 10/2/2020 | 10/16/2020 |
| Deadline for Government's examination | 11/6/2020 | 10/9/2020 | 10/23/2020 |
| Government's Rule 12.2 expert rebuttal reports due | 12/1/2020 | 10/23/2020 | 11/06/2020 |
| Last day to file motions re Rule 12.2 experts and motion for rejoinder | 12/18/2020 | 11/06/2020 | 11/20/2020 |
| Responses to motions re Rule 12.2 experts and motion for rejoinder due | 01/08/2021 | 11/13/2020 | 12/04/2020 |
| Optional replies to motions re Rule 12.2 experts and motion for rejoinder due | 01/22/2021 | 11/18/2020 | 12/11/2020 |
| Hearing on Rule 12.2 motions and motion for rejoinder | N/A | 11/23/2020 | 12/15/2020 at 10 a.m. |

The October 6, 2020 hearing on the instant motion is, therefore, vacated.

The Court finds that good cause exists to provisionally seal portions of this Order. Accordingly, a redacted version shall be filed on the public docket and an unredacted version shall be filed provisionally under seal.

**IT IS SO ORDERED.**

Dated: October 2, 2020

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California