# EXHIBIT K

**U.S. V. HOLMES, 18-CR-258**
**11/4/2020 PRIVILEGE LOG**

| # | Production::Begin | Production::End | Date | Email From | Email To | Email CC | Attorney-Client Privilege Claim | Work Product Privilege Claim |
|---|---|---|---|---|---|---|---|---|
| 1 | THPFM0003107264 | THPFM0003107265 | 3/19/2013 17:58 | Doyle, David | Holmes, Elizabeth | | Attorney-client communication regarding attorney billing arrangements in anticipation of litigation. | |
| 2 | THPFM0002685478 | THPFM0002685479 | 5/1/2015 21:48 | Balwani, Sunny | Holmes, Elizabeth; Boies, Christopher | King, Heather | Attorney-client communication soliciting legal advice regarding communication with investor. | |
| 3 | THER-2074467 | THER-2074477 | 6/30/2015 1:52 | | | | Document containing legal analysis regarding response to claims by journalists. | Draft document prepared in anticipation of litigation in response to claims by journalists. |
| 4 | THPFM0002322375 | THPFM0002322376 | 9/2/2015 21:52 | Young, Daniel | North, Evan | | Attorney-client communication soliciting legal advice regarding regulatory approval process. | |
| 5 | THPFM0005266825 | THPFM0005266826 | 10/11/2015 10:20 | King, Heather | Holmes, Elizabeth; Balwani, Sunny; Dearborn, Meredith; Boies, David; Brille, Mike | | Attorney-client communication regarding anticipated or ongoing litigation in response to claims by journalists. | Attorney discussion of anticipated litigation in response to false by journalists. |
| 6 | THPFM0002430491 | THPFM0002430491 | 10/19/2015 6:59 | Boies, David | Holmes, Elizabeth | | Attorney-client communication regarding legal strategy for response to claims by journalists. | |
| 7 | THER-0393537 | THER-0393540 | 10/20/2015 20:28 | Arington, Brad | Balwani, Sunny; North, Evan | King, Heather; Holmes, Elizabeth | Attorney-client communication regarding submissions in regulatory approval process. | Attorney analysis of anticipated litigation regarding claims by journalists. |
| 8 | THPFM0002199818 | THPFM0002199821 | 10/20/2015 20:28 | Arington, Brad | Balwani, Sunny; North, Evan | King, Heather; Holmes, Elizabeth | Attorney-client communication regarding submissions in regulatory approval process. | Attorney analysis of anticipated litigation regarding claims by journalists. |
| 9 | US-REPORTS-0006978 | US-REPORTS-0006981 | 10/20/2015 20:28 | Arington, Brad | Balwani, Sunny; North, Evan | King, Heather; Holmes, Elizabeth | Attorney-client communication regarding submissions in regulatory approval process. | Attorney analysis of anticipated litigation regarding claims by journalists. |
| 10 | THPFM0003058520 | THPFM0003058521 | 10/25/2015 8:43 | King, Heather | Holmes, Elizabeth; Balwani, Sunny | Levinson, Molly; Toohey, Ryan | Attorney-client communication regarding legal strategy for response to claims by journalists. | Attorney analysis of public company communications in anticipation of litigation regarding claims by journalists. |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | THPFM0003600931 | THPFM0003600931 | 10/29/2015 17:56 | Holmes, Elizabeth | Boies, Christopher; King, Heather | Balwani, Sunny | Attorney-client communication soliciting legal advice regarding communication with investor. |
| 12 | THPFM0002792127 | THPFM0002792130 | 11/11/2015 1:29 | Toohey, Ryan | Holmes, Elizabeth; Holmes, Christian; King, Heather; Balwani, Sunny; Dearborn, Meredith | Levinson, Molly | Communication containing facts provided to counsel in connection with response to claims by journalists. |
| 13 | THPFM0003154043 | THPFM0003154043 | 3/7/2016 5:05 | King, Heather | Skinner, Peter; Michaelson, Andrew; Holmes, Elizabeth | Balwani, Sunny | Attorney-client communication regarding legal strategy for response to claims by journalists. |

2