STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | JOINT PROPOSED CASE SCHEDULE |
| v. | Date: December 8, 2020<br>Time: 10:00 a.m. |
| RAMESH "SUNNY" BALWANI, | Court: Hon. Edward J. Davila |
| Defendant. | |

In advance of the status conference currently scheduled for December 8, 2020, the government and Defenant Ramesh "Sunny" Balwani have met and conferred and respectfully submit the attached Proposed Case Schedule.

DATED: December 7, 2020

Respectfully submitted,

STEPHANIE M. HINDS
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

*/s/ Robert S. Leach*
_____

JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
VANESSA BAEHR-JONES
Assistant United States Attorneys

DATED: December 7, 2020

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/_____
JEFFREY B. COOPERSMTIH
Attorneys for Defendant Ramesh "Sunny" Balwani

JOINT PROPOSED SCHEDULE,
CASE NO. 18-258 EJD                    1

# UNITED STATES v. RAMESH "SUNNY" BALWANI
## No. 18-CR-00258-EJD
## PROPOSED CASE SCHEDULE

| DATE | EVENT |
|---|---|
| Friday, May 28, 2020 | The Government shall serve any supplement to its exhibit and witness lists previously disclosed in the trial of Elizabeth Holmes.<br><br>The Government shall identify any statement the Government intends to offer under Federal Rule of Evidence 801(d)(2)(E). |
| Friday, June 4, 2021 | Defendant shall serve witness and exhibit lists for his case-in-chief.<br><br>Defendant shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness Defendant intends to call at trial in Defendant's case-in-chief. |
| Tuesday, June 11, 2021 | Defendant shall complete his Rule 16 disclosures other than expert disclosures. |
| Friday, June 18, 2021 | The Government shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness it intends to call at trial in rebuttal to expert testimony offered by Defendant Balwani. |
| Friday, June 25, 2021 | Motions in limine and motions re: experts due. |
| Friday, July 9, 2021 | Responses to motions in limine and motions re: experts due. |
| Monday, July 19, 2021 | Defendant shall complete production of witness statements pursuant to Rule 26.2. |
| Friday, July 23, 2021 | Replies for motions in limine and motions re: experts due. |
| Friday, July 30, 2021 | Hearing for motions in limine and motions re: experts. |
| Friday, August 6, 2021 | Proposed jury instructions, juror questionnaire, and voir dire questions due. |
| Tuesday, August 10, 2021 | Pretrial Conference statement due per Criminal Local Rule 17.1-1(b).<br><br>The Government shall advise the Court that it has produced all *Brady* and *Giglio* information in its possession and will continue to produce any the Government subsequently discovers. |
| Tuesday, August 17, 2021 | Pretrial Conference |
| Tuesday, August 24, 2021 | Trial (first day of jury selection) |

JOINT PROPOSED SCHEDULE,
CASE NO. 18-258 EJD                    2