UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 8, 2020    **Time:** 10:13-10:30 am    **Judge:** Edward J. Davila
**Total Time:** 17 mins.

**Case No.**: 18-cr-00258-EJD-2    **Case Name:** UNITED STATES v. Ramesh "Sunny" Balwani(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones
**Attorney for Defendant:** Jeffrey Coopersmith, Stephen Cazares, Amanda McDowell

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE
### Via Zoom Webinar Remotely due to COVID19

Defendant is present, out of custody and consents to the proceeding being held via Zoom video. Hearing held.

The Court received the Joint Status Report and proposed schedule for the case. (Dkt. 621). The parties estimate as to length of trial to be 3-4 months total trial time.

The Court will review the proposed schedule and issue a scheduling order. The Court set a further status conference for 2/9/2021 at 10:00 a.m.

Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 12/8/2020 through and including 2/9/2021. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: February 9, 2021 10:00 A.M. for Further Status Conference.**

**EXCLUDABLE DELAY:**
Category - Effective preparation of Counsel.
Begins – 12/8/2020
Ends – 2/9/2021

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter