JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

FILED

Nov. 8, 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HOLMES, et al.,<br><br>　　　　　　　Defendants. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S PROOF OF ELECTRONIC FILING AND SERVICE OF SEALED DOCUMENT**<br><br>Judge:　Honorable Edward J. Davila<br>Ctrm:　4, 5th Floor |

# PROVISIONALLY FILED UNDER SEAL PURSUANT TO COURT ORDER OF JANUARY 13, 2020

1  I, Jennifer Cygnor, hereby certify as follows:

2  I am more than eighteen years old and am not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 701 Fifth Avenue, Ste. 5600, Seattle, WA 98104. On this 4th day of December 2020, I filed and served the following document via email:

- SEALED Version of Defendant Ramesh "Sunny" Balwani's Opposition to Government's Motion to Rejoin Trial.

to the Court and the following counsel of record in the above-referenced matter:

Adriana Kratzmann (Courtroom Deputy to Honorable Edward J. Davila)
Adriana_Kratzmann@cand.uscourts.gov
**UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT**
San Jose Courthouse, Courtroom 4 - 5th Floor
280 South 1st Street, San Jose, CA 95113

Robert S. Leach
robert.leach@usdoj.gov
Jeffrey Benjamin Schenk
jeffrey.b.schenk@usdoj.gov
John Curtis Bostic
john.bostic@usdoj.gov
Vanessa Ann Baehr-Jones
vanessa.baehr-jones@usdoj.gov
**UNITED STATES ATTORNEY'S OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**
1301 Clay Street, Suite 340S
Oakland, CA 94612
Tel.: 510-637-3918
Fax: 510-637-3724

John D. Cline
cline@johndclinelaw.com
**LAW OFFICE OF JOHN D. CLINE**
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Tel.: 415-322-8319
Fax: 415-524-8265

| | |
|---|---|
| 1 | Kevin M. Downey |
| 2 | kdowney@wc.com |
| | Amy Mason Saharia |
| 3 | asaharia@wc.com |
| | Katherine A. Trefz |
| 4 | ktrefz@wc.com |
| 5 | Lance A. Wade |
| | lwade@wc.com |
| 6 | Patrick J. Looby |
| | plooby@wc.com |
| 7 | Seema Mittal Roper |
| | SMRoper@wc.com |
| 8 | **WILLIAMS AND CONNOLLY LLP** |
| | 725 12th St NW |
| 9 | Washington, DC 20016 |
| | Tel.:  202-434-5460 |
| 10 | Fax: 202-434-5029 |

I certify under penalty of perjury that the foregoing is true and correct.  Executed on 4th day of December 2020, in Seattle, Washington.

_____
JENNIFER CYGNOR