```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,         )
                                  ) CR-18-00258-EJD
              PLAINTIFF,          )
                                  ) SAN JOSE, CALIFORNIA
         VS.                      )
                                  ) DECEMBER 8, 2020
RAMESH SUNNY BALWANI,             )
                                  ) PAGES 1 - 15
              DEFENDANT.          )
_____    )
                                  )


              TRANSCRIPT OF ZOOM PROCEEDINGS
         BEFORE THE HONORABLE EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                      BY:  JOHN C. BOSTIC
                           JEFFREY B. SCHENK
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113

                      BY:  ROBERT S. LEACH
                           VANESSA BAEHR-JONES
                      1301 CLAY STREET, SUITE 340S
                      OAKLAND, CALIFORNIA 94612

           (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED WITH COMPUTER
```

```
       A P P E A R A N C E S:  (CONT'D)


   FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                            BY:  JEFFREY COOPERSMITH
                                 AMANDA MCDOWELL
                            701 FIFTH AVENUE, SUITE 5600
                            SEATTLE, WASHINGTON 98104

                            BY:  STEPHEN CAZARES
                            77 SOUTH FIGUEROA STREET, SUITE 3200
                            LOS ANGELES, CALIFORNIA 90017
```

```
 1    SAN JOSE, CALIFORNIA                    DECEMBER 8, 2020
 2                       P R O C E E D I N G S
 3             (COURT CONVENED AT 10:13 A.M.)
 4             THE COURT:  THANK YOU.  GOOD MORNING.
 5        LET'S CALL 18-258, UNITED STATES VERSUS RAMESH BALWANI.
 6        I KNOW MS. KRATZMANN HAS SIGNED YOU IN, BUT WHY DON'T I
 7   JUST CAPTURE FOR THE RECORD THE APPEARANCES OF THE PARTIES,
 8   PLEASE.
 9        WHO APPEARS FOR THE GOVERNMENT?
10             MR. LEACH:  GOOD MORNING, YOUR HONOR.
11        THIS IS ROBERT LEACH ON BEHALF UNITED STATES.  I APOLOGIZE
12   I'M NOT ON THE VIDEO.  I'M HAVING SOME TECHNICAL ISSUES IN THE
13   OFFICE.
14        AND I UNDERSTAND MY COLLEAGUES, JEFF SCHENK,
15   VANESSA BAEHR-JONES, AND JOHN BOSTIC, ARE ON AS WELL.
16             THE COURT:  YES.  THANK YOU.  GOOD MORNING.  I SEE
17   THEM HERE.  GOOD MORNING EVERYONE.
18        AND WHO APPEARS FOR THE DEFENSE?
19             MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.
20        THIS IS JEFF COOPERSMITH ON BEHALF OF MR. BALWANI.
21        WITH ME ARE MY COLLEAGUES, STEVE CAZARES AND
22   AMADA MCDOWELL, ALSO ON BEHALF OF MR. BALWANI.
23        MR. BALWANI IS ALSO PRESENT.
24        AND AS THE COURT HAS INQUIRED BEFORE, WE DO HAVE THE
25   ABILITY TO CALL HIM ON HIS CELL PHONE IF THERE'S SOME NEED TO
```

```
10:14AM   1    TALK TO HIM OFFLINE FROM THE ZOOM CALL.
10:14AM   2              THE COURT:  ALL RIGHT.  THANK YOU.
10:14AM   3       AND HE DOES CONSENT TO THIS STATUS CONFERENCE PROCEEDING
10:14AM   4    VIA REMOTE TECHNOLOGY OWING TO THE PANDEMIC?
10:14AM   5              MR. COOPERSMITH:  YES, YOUR HONOR.
10:14AM   6              THE COURT:  ALL RIGHT.  THANK YOU.  GOOD MORNING
10:14AM   7    EVERYONE.
10:14AM   8       I DID RECEIVE YESTERDAY EVENING DOCUMENT 621, WHICH WAS A
10:15AM   9    PROPOSED SCHEDULE.  THANK YOU FOR MEETING AND CONFERRING AND
10:15AM  10    PUTTING THAT TOGETHER.
10:15AM  11       BEFORE WE DISCUSS THIS, LET ME JUST OPEN THE FLOOR.  IS
10:15AM  12    THERE ANYTHING THAT EITHER PARTY WANTS TO BRING TO MY ATTENTION
10:15AM  13    INITIALLY ABOUT ANYTHING IN THE CASE?
10:15AM  14       LET ME HAVE YOU SLOW DOWN.
10:15AM  15              MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.
10:15AM  16              THE COURT:  ALL RIGHT.  THANK YOU.  MR. COOPERSMITH.
10:15AM  17              MR. COOPERSMITH:  NOT FROM THE DEFENSE, YOUR HONOR.
10:15AM  18              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
10:15AM  19       LET ME ALSO THANK YOU FOR MEETING AND CONFERRING AND
10:15AM  20    PUTTING TOGETHER THIS PROPOSED SCHEDULE.
10:15AM  21       I SEE THAT IT DESCENDS FROM -- WITH SOME DEADLINES FROM
10:15AM  22    MAY OF NEXT YEAR, 2021, THROUGH A PROPOSED TRIAL DATE OF
10:15AM  23    AUGUST, THE LAST WEEK IN AUGUST OF 2021 WITH -- IN BETWEEN WITH
10:15AM  24    RESPECTIVE FILING DATES AND SUBMISSION DATES FOR OTHER ITEMS.
10:16AM  25    THANK YOU FOR PUTTING THAT TOGETHER.  IT GIVES ME SOME GUIDANCE
```

```
10:16AM   1    AS TO WHAT I NEED TO DO ABOUT LOOKING AT OUR SCHEDULE FOR NEXT,
10:16AM   2    NEXT YEAR.
10:16AM   3         I SHOULD TELL YOU OVERARCHING IT'S -- I KNOW BOTH PARTIES
10:16AM   4    IN THIS CASE WOULD WISH TO GET TO TRIAL AS SOON AS POSSIBLE.  I
10:16AM   5    KNOW THAT.
10:16AM   6         AND OWING TO THE PANDEMIC, OF COURSE, ALL OF OUR LIVES
10:16AM   7    HAVE CHANGED DRAMATICALLY AND CONTINUE TO CHANGE.  WE'VE BEEN
10:16AM   8    DOING REMOTE COURT FOR SOME TIME.  AS YOU PROBABLY KNOW, IN THE
10:16AM   9    NORTHERN DISTRICT OF CALIFORNIA OUR COURTS ARE -- WE'LL REALLY
10:16AM  10    RESTRICTING IN-PERSON ATTENDANCE IN OUR COURT BUILDINGS AND
10:16AM  11    HAVE CONDUCTED OUR CALENDARS AS SUCH WITH RESTRICTED AND
10:16AM  12    LIMITED IN-PERSON PROCEEDINGS.
10:16AM  13         AS YOU KNOW, THERE ARE NO MORE TRIALS FOR THE BALANCE OF
10:16AM  14    THE YEAR, AND ALBEIT IT IS JUST A FEW WEEKS, BUT WE PUT THAT IN
10:17AM  15    PLACE A FEW WEEKS AGO.
10:17AM  16         OUR COUNTIES, THE COUNTIES THAT ARE SERVED BY THE NORTHERN
10:17AM  17    DISTRICT, MOST OF THEM SAVE FOR ONE, I BELIEVE, HAVE ENGAGED IN
10:17AM  18    MORE STRINGENT AND AGGRESSIVE LOCKDOWN, I'LL CALL THEM,
10:17AM  19    PROTOCOLS FOR THE SAFETY OF THE PUBLIC.  WE'RE ALL COGNIZANT OF
10:17AM  20    THOSE THINGS.  SO WE'RE OPERATING IN THAT UNIVERSE RIGHT NOW.
10:17AM  21         IT'S ANTICIPATED, AS YOU KNOW, YOUR -- THE CODEFENDANT IN
10:17AM  22    THIS CASE TRIAL IS SCHEDULED TO START IN MARCH, AND I'VE HAD
10:17AM  23    DISCUSSION WITH THE LAWYERS ABOUT THAT.  I HAVE NOT DISTURBED
10:17AM  24    THE MARCH TRIAL DATE, AND WE'RE ADVANCING AND DOING
10:17AM  25    PREPARATIONS IN ANTICIPATION OF THAT DATE REMAINING.
```

```
10:17AM   1         I'VE BEEN TOLD THAT THE TRIAL ESTIMATE IN THE PARTNER CASE
10:17AM   2    IS ABOUT THREE MONTHS IS WHAT I'VE BEEN INFORMED.  SO THAT
10:17AM   3    BETTER INFORMS YOU, I THINK, FOR A SCHEDULE.  MY PRESUMPTION IS
10:17AM   4    THAT YOU USE THAT AS A METRIC TO PUT TOGETHER THE PROPOSED CASE
10:18AM   5    SCHEDULE FOR MR. BALWANI.
10:18AM   6         AS I SAID, THE SCHEDULE, YOUR SCHEDULE SUGGESTS A TRIAL
10:18AM   7    DATE IN AUGUST OF NEXT YEAR WHICH WOULD DOVETAIL AND FIT
10:18AM   8    APPROPRIATELY, I THINK, WITH THE CASE, MS. HOLMES'S CASE SHOULD
10:18AM   9    IT GO IN MARCH AS ANTICIPATED.
10:18AM  10         WE KNOW THAT ALL OF US, THE WORLD ACTUALLY, IS EAGER AND
10:18AM  11    WAS GRATEFUL TO HEAR ABOUT THE VACCINES THAT HAVE BEEN
10:18AM  12    DEVELOPED AT AMAZING SPEED.  AND THE FDA, I THINK, IS NOW
10:18AM  13    APPROVING FOR THE UNITED STATES PURPOSES THE VACCINE.
10:18AM  14         BUT WE ALSO KNOW THE REALITIES OF DISTRIBUTING MILLIONS
10:18AM  15    AND MILLIONS OF VACCINES TO A POPULATION WILL BE CHALLENGING.
10:18AM  16    SO WE'LL KEEP TO MONITORING THAT.  OF COURSE THAT AFFECTS ALL
10:18AM  17    OF US FOR JURY PURPOSES AND COURT PURPOSES.
10:18AM  18         WHAT I READ, AND YOU READ THE SAME THING, I'M SURE,
10:19AM  19    SUGGESTS THAT THE VACCINE SHOULD BE DISTRIBUTED, I THINK I READ
10:19AM  20    SOMETHING -- A COUPLE OF THINGS THAT SUGGEST BY SUMMER THINGS
10:19AM  21    SHOULD LOOK GOOD AT LEAST AS FAR AS LARGE NUMBERS OF THE
10:19AM  22    POPULATION HAVING THAT VACCINE AVAILABLE TO THEM, AND WE'LL
10:19AM  23    CONTINUE TO MONITOR THAT.
10:19AM  24         OF COURSE WE JUXTAPOSE THAT WITH THE SCHEDULE THAT WE'VE
10:19AM  25    PROPOSED, AND THAT IS SOMETHING THAT WE'LL ALL BE COGNIZANT OF
```

```
10:19AM   1         AS WELL.
10:19AM   2              I SHOULD TELL YOU THAT I ALSO HAVE -- I KNOW YOU'LL FIND
10:19AM   3    THIS HARD TO BELIEVE -- BUT I DO HAVE OTHER MATTERS ON THE
10:19AM   4    CALENDAR BEFORE ME.  THERE'S -- AND IN THE SPIRIT OF FULL
10:19AM   5    DISCLOSURE, IT'S PUBLIC INFORMATION, OF COURSE, IF YOU LOOK AT
10:19AM   6    OUR DOCKET WE HAVE A CASE INVOLVING TWO DEFENDANTS WHO ARE
10:19AM   7    ALLEGED TO BE INVOLVED IN SOME GANG, AND IT'S A HOMICIDE CASE
10:19AM   8    THAT IS QUITE OLD.  IT'S, I THINK, FOUR YEARS OLD MAYBE, THREE
10:20AM   9    OR FOUR YEARS OLD, AND THEY HAVE REQUESTED A TRIAL.  I WILL
10:20AM  10    LOOK AT THEIR SCHEDULE.
10:20AM  11              MY RECOLLECTION IS THAT THEY SUBMITTED SOMETHING RECENTLY
10:20AM  12    AND WERE ASKING FOR A TRIAL IN THE FALL OF NEXT YEAR, AND OF
10:20AM  13    COURSE THAT LOOKS LIKE IT WOULD COMPETE WITH THE TRIAL HERE.
10:20AM  14              SO ALL OF THIS IS TO SAY I'M GRATEFUL FOR YOUR SCHEDULE.
10:20AM  15    I AM NOT GOING TO ADOPT IT TODAY.  I'M GOING TO TAKE IT BACK,
10:20AM  16    LOOK AT OUR SCHEDULE, LOOK AT, AGAIN, WHAT I THINK WE CAN DO,
10:20AM  17    AND I WILL EITHER SUBMIT SOMETHING BACK TO YOU OR I ANTICIPATE
10:20AM  18    WE'LL SET ANOTHER STATUS CONFERENCE SOME TIME SOON AND PERHAPS
10:20AM  19    WE CAN DISCUSS ANOTHER SCHEDULE THEN.
10:20AM  20              LET ME JUST ASK THE PARTIES -- I DO HAVE A QUESTION FOR
10:20AM  21    YOU, MR. COOPERSMITH, AND MR. LEACH.  IF YOU COULD TELL ME WHAT
10:21AM  22    DO YOU ANTICIPATE THE LENGTH OF THE TRIAL FOR MR. BALWANI?
10:21AM  23    WHAT IS THE LENGTH, EXPECTED, ANTICIPATED LENGTH?
10:21AM  24              MR. LEACH, MAYBE YOU CAN TELL ME WHAT YOU ANTICIPATE THE
10:21AM  25    GOVERNMENT -- HOW MUCH TIME THE GOVERNMENT NEEDS FOR THE
```

```
10:21AM   1    GOVERNMENT'S CASE?
10:21AM   2         WHOOPS.  WE CAN'T HEAR YOU, MR. LEACH.  NOPE.  THERE'S A
10:21AM   3    BUTTON THAT NEEDS TO BE PRESSED SOMEWHERE.
10:21AM   4              MR. LEACH:  CAN YOU HEAR ME NOW, YOUR HONOR?
10:21AM   5              THE COURT:  YES.  THERE WE GO.
10:21AM   6              MR. LEACH:  SORRY ABOUT THAT INCONVENIENCE,
10:21AM   7    YOUR HONOR.
10:21AM   8         I ANTICIPATE THE TRIAL LENGTH WILL BE SIMILAR TO THE
10:21AM   9    HOLMES TRIAL, POSSIBLY A LITTLE BIT SHORTER GIVEN OUR
10:21AM  10    EXPERIENCE WITH ANOTHER TRIAL IN THE MATTER.  AND PERHAPS THE
10:21AM  11    RESTRICTIONS WE'RE GOING TO BE OPERATING UNDER IN TERMS OF
10:22AM  12    COVID MIGHT BE SLIGHTLY DIFFERENT.  SO WE PROJECTED EIGHT WEEKS
10:22AM  13    FOR THE HOLMES TRIAL.  I THINK IT WILL BE SLIGHTLY LESS THAN
10:22AM  14    THAT BUT NOT CONSIDERABLY LESS THAN THAT.  THE ISSUES OVERLAP
10:22AM  15    SUBSTANTIALLY.  THE WITNESSES ARE OVERLAPPING SUBSTANTIALLY.
10:22AM  16    SO I THINK IT CAN BE A LITTLE QUICKER BUT NOT A LOT QUICKER.
10:22AM  17              THE COURT:  OKAY.  SO DO YOU THINK SIX TO
10:22AM  18    EIGHT WEEKS, IS THAT A FAIR ESTIMATE?
10:22AM  19              MR. LEACH:  YES, YOUR HONOR.  FOR THE GOVERNMENT'S
10:22AM  20    CASE-IN-CHIEF.
10:22AM  21              THE COURT:  RIGHT.  OKAY.
10:22AM  22         MR. COOPERSMITH, CAN YOU ANSWER THE SAME QUESTION, IF YOU
10:22AM  23    CAN, FOR THE DEFENSE?
10:22AM  24              MR. COOPERSMITH:  YES.  YES, YOUR HONOR.
10:22AM  25         WHEN LISTENING TO THE GOVERNMENT'S ESTIMATE AND THINKING
```

```
10:22AM   1    ABOUT WHAT I EXPECT OUR CASE WILL BE, I THINK IT'S GOING TO BE
10:22AM   2    A MINIMUM OF THREE MONTHS.  IT COULD BE LONGER.  ALSO, IT
10:22AM   3    DEPENDS ON THE GOVERNMENT'S CASE, BUT IT'S REALLY THE SAME AS
10:22AM   4    WHAT YOU HEARD IN THE STATUS CONFERENCE LAST WEEK WITH RESPECT
10:22AM   5    TO MS. HOLMES, THREE TO FOUR MONTHS.  IT COULD BE A LITTLE
10:23AM   6    SHORTER THAN MS. HOLMES FOR THE REASONS THAT MR. LEACH ALREADY
10:23AM   7    MENTIONED THAT THE GOVERNMENT'S CASE MAY INDEED GO FASTER.
10:23AM   8         WE'RE CERTAINLY HOPEFUL THAT THE COVID-19 CRISIS WILL BE
10:23AM   9    DISSIPATED IF NOT ELIMINATED BY THEN, AND IF SO, THAT COULD
10:23AM  10    SPEED THINGS UP IF THERE ARE LESS SAFETY PROTOCOLS REQUIRED,
10:23AM  11    BUT I THINK TO BE SAFE WE'RE TALKING ABOUT A MINIMUM OF
10:23AM  12    THREE MONTHS AND POSSIBLY A LITTLE BIT LONGER.
10:23AM  13              THE COURT:  FOR THE TOTALITY OF THE TRIAL?
10:23AM  14              MR. COOPERSMITH:  YES, YOUR HONOR.  YES, YOUR HONOR.
10:23AM  15              THE COURT:  THE GOVERNMENT'S CASE AND YOUR CASE?
10:23AM  16              MR. COOPERSMITH:  YES, YOUR HONOR.
10:23AM  17              THE COURT:  OKAY.  WELL, THANK YOU.  THAT'S HELPFUL.
10:23AM  18         ALL RIGHT.  PARDON ME.
10:23AM  19         SO WHAT I WOULD LIKE TO DO, AS I HAVE SAID, I AM NOT GOING
10:23AM  20    TO ADOPT THE SCHEDULE, BUT IT'S INFORMATIVE.  THANK YOU.  I
10:23AM  21    APPRECIATE YOU PUTTING YOUR HEADS TOGETHER AND MEETING AND
10:23AM  22    CONFERRING AND ADVANCING THIS.
10:23AM  23         I'M GOING TO TAKE THIS AND TAKE IT THROUGH NEXT WEEK, AND
10:23AM  24    MAYBE AT THE END OF NEXT WEEK I'LL BE ABLE TO LOOK AT OUR
10:24AM  25    CALENDAR AND SEE WHERE OTHER CASES LIE, AND I'LL BE ABLE TO
```

```
10:24AM   1    FASHION SOMETHING THAT WE SHOULD DISCUSS AGAIN BEFORE I ADOPT A
10:24AM   2    FINAL SCHEDULE.
10:24AM   3         WITH THAT IN MIND, I THINK WE SHOULD SET ANOTHER STATUS
10:24AM   4    CONFERENCE.  I JUST THINK IT'S PRUDENT TO DO THAT.  AND I DON'T
10:24AM   5    MEAN TO BURDEN ALL OF YOU, BUT I DO WANT TO KEEP A TIGHT REIN
10:24AM   6    ON BOTH CASES HERE.
10:24AM   7         SO WHAT DO YOU THINK?  SHOULD WE COME BACK AT THE LATER
10:24AM   8    PART OF JANUARY?  EARLY PART OF FEBRUARY?
10:24AM   9         DO YOU HAVE SOME THOUGHTS, MR. COOPERSMITH?  MR. LEACH?
10:24AM  10              MR. LEACH:  I THINK EITHER LATE JANUARY OR EARLY
10:24AM  11    FEBRUARY.  PROBABLY AFTER THE HOLMES PRETRIAL CONFERENCE WHICH
10:24AM  12    I KNOW IS JANUARY 22ND.
10:24AM  13         SO EITHER THE LAST WEEK OF JANUARY OR THAT FIRST WEEK OF
10:24AM  14    FEBRUARY WOULD WORK FOR THE GOVERNMENT.
10:25AM  15              THE COURT:  OKAY.  WHY DON'T WE FLIP OVER BECAUSE I
10:25AM  16    THINK I HAD RESERVED SOME TIME THE LAST WEEK IN JANUARY SHOULD
10:25AM  17    IT BE NEEDED FOR ANY HOLMES MATTER.
10:25AM  18         SO WHY DON'T WE LOOK AT FEBRUARY.
10:25AM  19         YES, MR. COOPERSMITH.
10:25AM  20              MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  IF I COULD
10:25AM  21    ASK A CLARIFYING QUESTION WITH REGARD TO THAT?
10:25AM  22         SO I UNDERSTAND THE COURT IS NOT GOING TO ADOPT THE
10:25AM  23    SCHEDULE THE PARTIES HAVE PROPOSED TODAY, AND YOU'LL THINK
10:25AM  24    ABOUT THAT.
10:25AM  25         JUST SO I UNDERSTAND, IS THE COURT PLANNING TO MAKE A
```

```
10:25AM   1    SCHEDULE IN THE NEXT FEW WEEKS OR IS THE PLAN FROM THE COURT TO
10:25AM   2    MAKE A SCHEDULE AT THIS NEXT STATUS CONFERENCE THAT YOU'RE
10:25AM   3    THINKING ABOUT SETTING IN FEBRUARY, I GUESS?
10:25AM   4            THE COURT:  WELL, WHAT I'D LIKE TO DO IS TO PUT
10:25AM   5    SOMETHING TOGETHER THAT I THINK WOULD FIT THE ANTICIPATED COURT
10:25AM   6    SCHEDULE FOR NEXT YEAR, AND THEN GIVE THAT TO YOU AS SOON AS
10:25AM   7    POSSIBLE, AND THEN WE WOULD DISCUSS THAT IN FEBRUARY.
10:26AM   8        I DON'T THINK THAT WOULD INTERFERE TOO MUCH WITH THE WORK
10:26AM   9    THAT YOU NEED TO DO, BOTH SIDES, FOR MR. BALWANI'S CASE.
10:26AM  10            MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.  I
10:26AM  11    UNDERSTAND.
10:26AM  12        IT SOUNDS LIKE WE'LL LIKELY GET A SCHEDULE FROM THE COURT
10:26AM  13    THEN WITHIN THE NEXT -- I MEAN, I'M NOT TRYING TO SET A
10:26AM  14    DEADLINE FOR YOUR HONOR.
10:26AM  15            THE COURT:  THANK YOU.  I APPRECIATE THAT.  THANK
10:26AM  16    YOU.
10:26AM  17            MR. COOPERSMITH:  -- BUT WITHIN THE NEXT WEEK OR
10:26AM  18    TWO, AND THEN WE'LL DISCUSS THAT, AND HOPEFULLY FINALIZE IT AT
10:26AM  19    THE FUTURE STATUS CONFERENCE IF THAT IS CORRECT.
10:26AM  20            THE COURT:  RIGHT.  RIGHT.
10:26AM  21        AND WHAT I WANT TO DO IS JUST GIVE YOU SOME INFORMATION
10:26AM  22    FROM THE COURT'S PERSPECTIVE, HAVE YOU LOOK AT IT, AND THEN SEE
10:26AM  23    WHAT YOU NEED TO DO AS FAR AS ADJUSTMENTS ON YOUR TEAMS'
10:26AM  24    AVAILABILITIES, WITNESSES, THAT TYPE OF THING.
10:26AM  25        HOPEFULLY WE CAN GET A FINAL SCHEDULE FOR YOU SOME TIME IN
```

```
10:26AM   1    FEBRUARY.  THAT WOULD BE THE GOAL.
10:26AM   2              MR. COOPERSMITH:  YOUR HONOR, I'M SORRY TO BELABOR
10:26AM   3    THE POINT BUT -- AND I UNDERSTAND THE COURT HAS OTHER MATTERS
10:26AM   4    AND THAT'S, OF COURSE, NOT SURPRISING TO US, BUT DO YOU
10:27AM   5    ANTICIPATE, IF YOU KNOW, WHETHER YOU'LL ATTEMPT TO SET THIS
10:27AM   6    TRIAL FOR MR. BALWANI IN 2021 OR DO YOU HAVE ANY CONCERN THAT
10:27AM   7    IT WOULD, GIVEN THE COURT'S CALENDAR, SLIP TO THE FOLLOWING
10:27AM   8    YEAR?
10:27AM   9              THE COURT:  IT'S NOT MY DESIRE TO TRY THE CASE IN
10:27AM   10   2022.
10:27AM   11             MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.
10:27AM   12   THAT'S GOOD.  I APPRECIATE THAT.
10:27AM   13             THE COURT:  RIGHT.  RIGHT.  SO WE'LL JUST HAVE TO
10:27AM   14   LOOK AND SEE WHERE THAT IS.
10:27AM   15        BUT MY DESIRE IS TO HAVE BOTH, BOTH PARTIES IN THIS CASE
10:27AM   16   TRIED NEXT YEAR.
10:27AM   17             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
10:27AM   18             THE COURT:  YOU'RE WELCOME.
10:27AM   19        ALL RIGHT.  ANYTHING ELSE?
10:27AM   20        LET'S SELECT A DATE, MS. KRATZMANN, IN FEBRUARY, MAYBE THE
10:27AM   21   SECOND WEEK OF FEBRUARY.  WE CAN SPECIAL SET SOMETHING IF WE
10:27AM   22   NEED TO.
10:27AM   23             THE CLERK:  YES, YOUR HONOR.
10:27AM   24             THE COURT:  WHY DON'T WE DO THAT.  LET'S NOT SET
10:27AM   25   THIS ON A MONDAY AFTERNOON CALENDAR.
```

```
10:28AM   1              THE CLERK:  OKAY.
10:28AM   2              THE COURT:  WHY DON'T WE SET IT ON A --
10:28AM   3              THE CLERK:  THURSDAY, FEBRUARY 9TH AT 10:00 A.M. OR
10:28AM   4   FEBRUARY 10TH -- FEBRUARY 9TH IS TUESDAY, AND FEBRUARY 10TH IS
10:28AM   5   WEDNESDAY.  WE DO HAVE AN AFTERNOON MATTER ON THE 9TH, BUT
10:28AM   6   THOSE ARE AVAILABLE.
10:28AM   7              THE COURT:  RIGHT.  DO COUNSEL HAVE A PREFERENCE AS
10:28AM   8   TO EITHER OF THOSE DAYS?
10:28AM   9              MR. LEACH:  EITHER WORKS FOR THE GOVERNMENT,
10:28AM  10   YOUR HONOR.
10:28AM  11              MR. COOPERSMITH:  THE SAME FOR THE DEFENSE,
10:28AM  12   YOUR HONOR.
10:28AM  13              THE COURT:  OH, DEAR, YOU'RE GOING TO MAKE THE COURT
10:28AM  14   MAKE A DECISION.
10:28AM  15         (LAUGHTER.)
10:28AM  16              THE COURT:  LET'S SET THE 9TH THEN, THE 9TH AT
10:28AM  17   10:00 A.M., PLEASE, FOR FURTHER STATUS.  TIME CONTINUES TO BE
10:28AM  18   TOLLED HERE BECAUSE OF THE TRIAL -- EXCUSE ME, BECAUSE OF THE
10:28AM  19   STATUS CONFERENCE AND THE NATURE OF THIS MATTER BEING SET FOR
10:28AM  20   TRIAL PREVIOUSLY.
10:28AM  21      SO TIME IS EXCLUDED IN THIS MATTER TO ALLOW FOR ALL
10:28AM  22   PARTIES TO CONTINUE TO WORK ON THE TRIAL IN THIS MATTER,
10:28AM  23   INCLUDING NECESSARY PREPARATIONS AS ADVANCED BY THE SCHEDULE
10:29AM  24   THAT THEY'VE PROPOSED HERE WORK CONTINUES IN THAT MATTER, AND
10:29AM  25   I'LL CONTINUE TO EXCLUDE TIME IN THIS MATTER AND READOPT ANY
```

```
10:29AM   1    TIME EXCLUSION PREVIOUSLY ENTERED IN THIS MATTER.  TIME IS
10:29AM   2    EXCLUDED.
10:29AM   3         IS THAT ALL RIGHT WITH YOU, MR. LEACH?
10:29AM   4              MR. LEACH:  YES, IT IS, YOUR HONOR.  THANK YOU.
10:29AM   5              THE COURT:  IS THAT ALL RIGHT WITH YOU,
10:29AM   6    MR. COOPERSMITH?
10:29AM   7              MR. COOPERSMITH:  YOUR HONOR, SO THE PREVIOUS WAIVER
10:29AM   8    OF SPEEDY TRIAL THAT MR. BALWANI SIGNED RAN THROUGH TODAY,
10:29AM   9    DECEMBER 8TH?
10:29AM  10              THE COURT:  YES.
10:29AM  11              MR. COOPERSMITH:  AND I'VE CONFERRED WITH
10:29AM  12    MR. BALWANI, AND OBVIOUSLY HE WASN'T SURE WHETHER THERE WOULD
10:29AM  13    BE A TRIAL DATE SET TODAY, BUT WE WILL WAIVE SPEEDY TRIAL
10:29AM  14    THROUGH THE DATE OF THE NEXT STATUS CONFERENCE THE COURT HAS
10:29AM  15    SET, FEBRUARY 9TH.
10:29AM  16         I CAN'T WAIVE ANY MORE TIME WHEN I DON'T KNOW WHAT THE
10:29AM  17    DATES ARE.
10:29AM  18              THE COURT:  SURE.
10:29AM  19              MR. COOPERSMITH:  SO THROUGH THE FEBRUARY 9TH
10:29AM  20    CONFERENCE MR. BALWANI DOES WAIVE, AFTER CONSULTING WITH
10:29AM  21    COUNSEL, HIS SPEEDY TRIAL TIME THROUGH FEBRUARY 9TH.
10:29AM  22              THE COURT:  ALL RIGHT.  THANK YOU.  THAT'S A
10:30AM  23    REMINDER TO ALL COUNSEL THAT IN ADDITION TO A SCHEDULING MATTER
10:30AM  24    AND PERHAPS THE COURT'S SETTING OF THE TRIAL DATE FROM WHICH
10:30AM  25    THE COURT COULD THEN EXCLUDE TIME TO THE TRIAL DATE, WE WILL
```

```
10:30AM   1    HAVE TO TAKE UP AN ADDITIONAL TIME EXCLUSION SHOULD THAT BE
10:30AM   2    NECESSARY.
10:30AM   3         SO I'LL PUT THAT ON EVERYBODY'S AGENDA AS WELL.
10:30AM   4         ALL RIGHT.  THANKS.
10:30AM   5         ANYTHING FURTHER FROM EITHER PARTY?
10:30AM   6              MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.
10:30AM   7    THANK YOU VERY MUCH.
10:30AM   8              MR. COOPERSMITH:  AND NOT FROM THE DEFENSE,
10:30AM   9    YOUR HONOR.  THANK YOU.
10:30AM  10              THE COURT:  ALL RIGHT.  WELL, THANK YOU.  IT'S GOOD
10:30AM  11    SEEING YOU ALL.
10:30AM  12         I WISH YOU ALL THE BEST OF THE HOLIDAY SEASON, AND I HOPE
10:30AM  13    THAT YOU AND YOUR FAMILIES CAN STAY SAFE, AND WE'LL REJOICE
10:30AM  14    ONCE THIS VACCINE IS ADMINISTERED, FIRST OF ALL TO THOSE WHO
10:30AM  15    NEED IT MOST, THAT IS THE DOCTORS, FIRST RESPONDERS, THOSE
10:30AM  16    NURSES AND OTHER STAFF WHO ARE HELPING PEOPLE IN THE HOSPITAL
10:30AM  17    AND JUST DOING MARVELOUS EFFORTS ON ALL OF OUR BEHALVES AND
10:30AM  18    OTHERS.
10:30AM  19         SO I WISH YOU ALL WELL.  IT'S GOOD SEEING YOU, AND WE'LL
10:31AM  20    SEE YOU IN FEBRUARY.  THANKS.
10:31AM  21              MR. LEACH:  THANK YOU, YOUR HONOR.  SAME TO YOU.
10:31AM  22              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
10:31AM  23              THE CLERK:  COURT IS ADJOURNED.  THIS WEBINAR SHALL
10:31AM  24    TERMINATE.
10:31AM  25         (COURT CONCLUDED AT 10:31 A.M.)
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

IRENE RODRIGUEZ, CSR, RMR, CRR
3CERTIFICATE NUMBER 8074

DATED: DECEMBER 11, 2020