SEALED BY ORDER OF THE COURT

# Exhibits 3-12 Place Holder

1

18-CR-00258 EJD

| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Attorney for the United States, |
| 2 | Acting Under Authority Conferred By 28 U.S.C. § 515 |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | |
| 5 | JEFF SCHENK (CABN 234355)<br>JOHN C. BOSTIC (CABN 264367) |
| 6 | ROBERT S. LEACH (CABN 196191)<br>VANESSA BAEHR-JONES (CABN 281715) |
| 7 | Assistant United States Attorneys |
| 8 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 9 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 10 | Vanessa.Baehr-Jones@usdoj.gov |
| 11 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-00258 EJD |
| Plaintiff, | ) | |
| | ) | **EXHIBITS 3-12: CDs** |
| v. | ) | |
| | ) | |
| ELIZABETH HOLMES and RAMESH | ) | |
| "SUNNY" BALWANI, | ) | |
| Defendants. | ) | |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS 3-12: CDs

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For more information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

2

18-CR-00258 EJD

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_x_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

DATED: December 16, 2020                    Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney


                                            _____/S/_____
                                            Vanessa Baehr-Jones
                                            Assistant United States Attorney

3

18-CR-00258 EJD