ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759
jcoopersmith@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>              Defendants. | Case No. 18-CR-00258-EJD<br><br>**MOTION TO WITHDRAW WALTER F. BROWN, MELINDA HAAG, AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI**<br><br> Judge:   Honorable Edward J. Davila |

Pursuant to the Northern District of California's Criminal Local Rule 44-2(b), Defendant Ramesh "Sunny" Balwani respectfully requests that Walter F. Brown, Melinda Haag, and Randall S. Luskey be withdrawn as counsel of record for Mr. Balwani in this matter. After January 29, 2021, the undersigned attorneys will no longer be partners at the law firm Orrick, Herrington & Sutcliffe LLP, and will no longer participate in this case. All other attorneys at the law firms Orrick, Herrington & Sutcliffe LLP and Corr Cronin LLP who have appeared in this case for Mr. Balwani will continue to represent him in this case.

Pursuant to Criminal Local Rule 44-2(b), all parties in this matter have been notified by serving a copy of this motion on them through the ECF system. Mr. Balwani has been notified by delivering a copy of this motion to him by email.

DATED: January 27, 2021

/s/ Walter F. Brown
/s/ Melinda Haag
/s/ Randall S. Luskey
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)

Withdrawing Attorneys for Ramesh "Sunny" Balwani

1

MOTION TO WITHDRAW WALTER F. BROWN, MELINDA HAAG, AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI, CASE NO. 18-CR-00258-EJD