ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759
jcoopersmith@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>            Defendants. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN, MELINDA HAAG, AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI**<br><br>Judge:   Honorable Edward J. Davila |

1   Having considered the Motion to Withdraw Walter F. Brown, Melinda Haag, and
2   Randall S. Luskey as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter,
3   the motion is hereby GRANTED.
4       IT IS SO ORDERED.

6   DATED" _____       _____
7                                                      Honorable Edward J. Davila
                                                   United States District Court Judge

1

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN MELINDA HAAG AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI, CASE NO. 18-CR-00258-EJD