1
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
5  jcoopersmith@orrick.com

6
   Attorneys for Defendant
7  RAMESH "SUNNY" BALWANI

8
9                     UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                           SAN JOSE DIVISION

12
13 | UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
14 | Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN, MELINDA HAAG, AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI** |
15 | v. | |
16 | ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
17 | Defendants. | Judge:   Honorable Edward J. Davila |

1   Having considered the Motion to Withdraw Walter F. Brown, Melinda Haag, and
2   Randall S. Luskey as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter,
3   the motion is hereby GRANTED.
4   IT IS SO ORDERED.

6   DATED  1/27/2021

_____
Honorable Edward J. Davila
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN MELINDA HAAG AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI, CASE NO. 18-CR-00258-EJD

1