| | |
|---|---|
| 1 | |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone:   +1-415-773-5700<br>Facsimile:    +1-415-773-5759<br>jcoopersmith@orrick.com |

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN, MELINDA HAAG, AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI**<br><br>Judge:   Honorable Edward J. Davila |

1  Having considered the Motion to Withdraw Walter F. Brown, Melinda Haag, and
2  Randall S. Luskey as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter,
3  the motion is hereby GRANTED.
4  IT IS SO ORDERED.

6  DATED" 2/2/2021

Honorable Edward J. Davila
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN MELINDA HAAG AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI,
CASE NO. 18-CR-00258-EJD

1