```
                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   UNITED STATES OF AMERICA,          )
                                      )   CR-18-00258-EJD
                    PLAINTIFF,        )
                                      )   SAN JOSE, CALIFORNIA
              VS.                     )
                                      )   FEBRUARY 9, 2021
   RAMESH SUNNY BALWANI,              )
                                      )   PAGES 1 - 14
                    DEFENDANT.        )
   _____)
                                      )


              TRANSCRIPT OF ZOOM PROCEEDINGS
          BEFORE THE HONORABLE EDWARD J. DAVILA
               UNITED STATES DISTRICT JUDGE


   A P P E A R A N C E S:

   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                         BY:  JOHN C. BOSTIC
                              JEFFREY B. SCHENK
                         150 ALMADEN BOULEVARD, SUITE 900
                         SAN JOSE, CALIFORNIA 95113

                         BY:  ROBERT S. LEACH
                              VANESSA BAEHR-JONES
                         1301 CLAY STREET, SUITE 340S
                         OAKLAND, CALIFORNIA 94612

              (APPEARANCES CONTINUED ON THE NEXT PAGE.)


   OFFICIAL COURT REPORTER:
                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                         CERTIFICATE NUMBER 8074

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1       A P P E A R A N C E S: (CONT'D)
 2
 3       FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                  BY:   JEFFREY COOPERSMITH
 4                                      AMANDA MCDOWELL
                                        AMY WALSH
 5                                      GUY SINGER
                                        JENNA VILKIN
 6                                      MOLLY MCCAFFERTY
                                        AARON BRECHER
 7                                      KORY DECLARK
                                  701 FIFTH AVENUE, SUITE 5600
 8                                SEATTLE, WASHINGTON 98104
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                    SAN JOSE, CALIFORNIA                    FEBRUARY 9, 2021
                                P R O C E E D I N G S
10:13AM   3          (COURT CONVENED AT 10:13 A.M.)
10:13AM   4              THE COURT:  THANK YOU.  GOOD MORNING.
10:13AM   5     LET'S CALL 18-258, UNITED STATES VERSUS RAMESH SUNNY
10:13AM   6     BALWANI.
10:14AM   7     LET ME CAPTURE THE APPEARANCES OF THE PARTIES FIRST,
10:14AM   8     PLEASE.  THIS IS A REMOTE PROCEEDING.
10:14AM   9     WHO APPEARS FOR THE GOVERNMENT, PLEASE.
10:14AM  10              MR. LEACH:  GOOD MORNING, YOUR HONOR.
10:14AM  11     ROBERT LEACH ON BEHALF UNITED STATES.  I'M HERE WITH
10:14AM  12     VANESSA BAEHR-JONES, JOHN BOSTIC, AND JEFF SCHENK FROM MY
10:14AM  13     OFFICE.
10:14AM  14              THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.
10:14AM  15     AND WHO APPEARS FOR THE DEFENDANT?
10:14AM  16              MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.  THIS IS
10:14AM  17     JEFF COOPERSMITH ON BEHALF OF MR. BALWANI.  MR. BALWANI IS ALSO
10:14AM  18     PRESENT VIA ZOOM.
10:14AM  19     I HAVE COLLEAGUES WITH ME WHO ALSO HAVE APPEARED:
10:14AM  20     AMY WALSH, GUY SINGER, AMANDA MCDOWELL, JENNA VILKIN, MOLLY
10:14AM  21     MCCAFFERTY, AARON BRECHER, AND KORY DECLARK.
10:14AM  22     I'M SORRY FOR THE LARGE CROWD, YOUR HONOR, BUT WE HAVE
10:14AM  23     SOME MEMBERS WHO WANTED TO WITNESS THE PROCEEDINGS FOR
10:14AM  24     THEMSELVES.
10:14AM  25     MR. BALWANI IS ON ZOOM, AND WE DO HAVE AN ABILITY TO
```

| | | |
|---|---|---|
| 10:14AM | 1 | COMMUNICATE WITH HIM OUTSIDE OF THE ZOOM CALL IF NECESSARY. |
| 10:14AM | 2 | THE COURT: THANK YOU. AND HE DOES CONSENT TO THIS |
| 10:15AM | 3 | PROCEEDING VIA THE ZOOM TECHNOLOGY OWING TO THE COVID PANDEMIC |
| 10:15AM | 4 | AND THE RECENT COURT ORDERS? |
| 10:15AM | 5 | MR. COOPERSMITH: YES, YOUR HONOR. |
| 10:15AM | 6 | THE COURT: ALL RIGHT. THANK YOU. AND THANK YOU TO |
| 10:15AM | 7 | NEW MEMBERS OF MR. BALWANI'S TEAM. THANK YOU. IT'S A PLEASURE |
| 10:15AM | 8 | TO MEET YOU, AND THANK YOU FOR JOINING US THIS MORNING. |
| 10:15AM | 9 | DID YOU INTRODUCE, MR. LEACH, MR. SCHENK? I'M NOT SURE I |
| 10:15AM | 10 | HEARD YOU INTRODUCE MR. SCHENK, BUT I SEE HIM ON THE SCREEN, |
| 10:15AM | 11 | AND HE'S PART OF YOUR TEAM AS WELL. |
| 10:15AM | 12 | MR. LEACH: THAT'S CORRECT, YOUR HONOR. |
| 10:15AM | 13 | ALSO JEFF NEDROW FROM MY OFFICE IS ON THE SCREEN. HE'S |
| 10:15AM | 14 | NOT MAKING A FORMAL APPEARANCE, BUT HE'S WITH OUR OFFICE AND -- |
| 10:15AM | 15 | THE COURT: RIGHT. NO. I HEARD HIS NAME CALLED |
| 10:15AM | 16 | PREVIOUSLY. I'M NOT SURE I HEARD MR. SCHENK'S. |
| 10:15AM | 17 | THANK YOU ALL FOR BEING HERE. WELL, TODAY IS A DATE SET |
| 10:15AM | 18 | FOR A STATUS CONFERENCE, AND LET ME JUST GO BACKWARDS IN TIME |
| 10:15AM | 19 | FOR JUST A MOMENT. |
| 10:15AM | 20 | ON DECEMBER 7TH, I THINK WE LAST MET, AND WE HAD TALKED |
| 10:15AM | 21 | ABOUT A SCHEDULE. YOU PRESENTED TO ME WHAT IS NOW KNOWN AS |
| 10:16AM | 22 | DOCKET 621, WHICH WAS YOUR SCHEDULE IN PLACE FOR THE TRIAL OF |
| 10:16AM | 23 | MR. BALWANI. |
| 10:16AM | 24 | OF COURSE, YOU NOW KNOW THAT -- AND I THINK AT THAT |
| 10:16AM | 25 | HEARING I TOLD YOU, I THANKED YOU FOR YOUR WORK ON THAT |

```
10:16AM   1        SCHEDULE, AND I TOLD YOU I WOULD LOOK AT THE SCHEDULE AND GET
10:16AM   2        BACK TO YOU WITH AN UPDATED SCHEDULE AFTER THE COURT REVIEWED
10:16AM   3        IT.
10:16AM   4             THEN, OF COURSE, YOU'RE ALL AWARE ABOUT TEN DAYS LATER THE
10:16AM   5        COURT HAD A HEARING IN THE COMPANION CASE, AND I MOVED THE
10:16AM   6        TRIAL DATE FROM MARCH TO JULY.  SO YOUR DOCUMENT 621 AND ALL OF
10:16AM   7        THE GREAT EFFORTS THAT YOU PUT IN THAT WAS BASED ON A TRIAL
10:16AM   8        DATE OF THE COMPANION CASE IN MARCH.
10:16AM   9             OF COURSE, THE SCHEDULE NOW IN 6-21 MY SENSE OVERLAPS
10:16AM  10        SIGNIFICANTLY WITH THE COMPANION CASE SUCH THAT I DON'T THINK
10:16AM  11        THAT THE PARTIES WISH ME TO ADOPT THIS CURRENT SCHEDULE, AND MY
10:16AM  12        SENSE IS THAT WE SHOULD PERHAPS TALK ABOUT A NEW SCHEDULE, BUT
10:17AM  13        CONCURRENT WITH THAT I THINK WE SHOULD ALSO TALK ABOUT THE
10:17AM  14        TRIAL DATE FOR MR. BALWANI'S MATTER AND WHAT THAT LOOKS LIKE
10:17AM  15        REALISTICALLY AS WELL.
10:17AM  16             LET ME TELL YOU IN THE COMPANION CASE I'M INFORMED THAT I
10:17AM  17        THINK THE PARTIES HAVE SAID THAT THAT TRIAL WOULD TAKE
10:17AM  18        APPROXIMATELY THREE TO FOUR MONTHS.  IF WE START JULY 13TH, I
10:17AM  19        THINK WE CAN SEE WHERE THAT TAKES US INTO OCTOBER PERHAPS AND
10:17AM  20        MAYBE THE END OF OCTOBER.
10:17AM  21             AND FROM MY SCHEDULE I HAD -- I THINK WE HAVE TWO
10:17AM  22        OUT-OF-CUSTODY TRIALS SET IN NOVEMBER IF I'M NOT MISTAKEN THAT
10:17AM  23        WERE SCHEDULED TO TAKE US THROUGH THE END OF THE YEAR, BUT, OF
10:17AM  24        COURSE, ALL THINGS ARE SUBJECT TO CHANGE.
10:18AM  25             SO LET ME OPEN THE FLOOR.  PERHAPS I SHOULD TURN TO THE
```

```
10:18AM   1    GOVERNMENT.
10:18AM   2         MR. LEACH, WHAT -- DO YOU WANT TO BE HEARD ON THOSE TWO
10:18AM   3    TOPICS, THAT IS, THE -- A SCHEDULE AND A TRIAL DATE FOR
10:18AM   4    MR. BALWANI?  AND I'M HAPPY TO HEAR ABOUT THOSE IN EITHER ORDER
10:18AM   5    YOU WISH.
10:18AM   6              MR. LEACH:  SURE, YOUR HONOR.  THANK YOU VERY MUCH.
10:18AM   7         I THINK THE COURT HAS ACCURATELY SUMMARIZED THE LAY OF THE
10:18AM   8    LAND AND THE ESTIMATE FOR THE HOLMES TRIAL.
10:18AM   9         MR. BALWANI'S COUNSEL AND I BRIEFLY DISCUSSED AN
10:18AM  10    ALTERNATIVE SCHEDULE OVER THE WEEKEND AND THROUGH MONDAY.  THE
10:18AM  11    GOVERNMENT -- WE'RE READY WHENEVER MR. BALWANI IS READY AND
10:18AM  12    WHENEVER THE COURT IS READY, AND SO WE'RE REALLY GUIDED BY THE
10:18AM  13    COURT'S SCHEDULE AND ARE JUST READY TO PROCEED WHENEVER THE
10:18AM  14    COURT AND MR. BALWANI ARE.  AND WE'RE HAPPY TO TALK SPECIFICS
10:18AM  15    ABOUT THE SCHEDULE THAT WAS PROPOSED EARLIER OR CONFER FURTHER
10:19AM  16    WITH MR. BALWANI'S COUNSEL ABOUT APPROPRIATE DATES AND PROPOSE
10:19AM  17    THAT TO THE COURT, BUT I THINK THE COURT HAS ACCURATELY
10:19AM  18    SUMMARIZED THE LAY OF THE LAND.
10:19AM  19              THE COURT:  ALL RIGHT.  THANK YOU.
10:19AM  20         AND I'LL TURN TO MR. COOPERSMITH NOW TO ASK HIS THOUGHTS.
10:19AM  21    RECOGNIZING ALSO, AND I'M CURIOUS -- AND, MR. LEACH, I'M SORRY,
10:19AM  22    I SHOULD HAVE PUT THIS TO YOU AS WELL -- I'M JUST CURIOUS,
10:19AM  23    ASSUMING WE FINISH MS. HOLMES'S MATTER IN OCTOBER, EVEN IF IT'S
10:19AM  24    CLOSEST -- LET'S ASSUME IT'S LATE OCTOBER, I EXPECT -- I
10:19AM  25    SHOULDN'T SAY THAT.  MY SENSE IS THAT THE PARTIES WILL WANT
```

```
10:19AM   1    SOME TIME, A BRIEF HIATUS, BETWEEN MS. HOLMES'S TRIAL AND
10:19AM   2    MR. BALWANI'S TRIAL.  AND MAYBE I'M MISTAKEN.  MY SENSE IS THAT
10:19AM   3    YOU DON'T WANT TO START A JURY SELECTION THE NEXT WEEK IN
10:19AM   4    MR. BALWANI'S CASE.  I DON'T KNOW IF THERE WILL BE A NATURAL
10:19AM   5    BREAK IN BETWEEN THOSE TWO, AND I RAISE THAT ONLY FOR THE
10:20AM   6    TIMING OF WHEN MR. BALWANI'S CASE SHOULD START.
10:20AM   7         MR. LEACH, DO YOU WANT TO COMMENT ON THAT?
10:20AM   8              MR. LEACH:  YES, YOUR HONOR, BRIEFLY.  I DO THINK
10:20AM   9    THAT THERE WILL BE A WINDOW OF SOME TIME TOWARDS THE END OF THE
10:20AM  10    YEAR.  OF COURSE, THERE'S THANKSGIVING AND THERE'S THE
10:20AM  11    CHRISTMAS HOLIDAY.  IT'S NOT REALLY AN ISSUE THAT THE
10:20AM  12    GOVERNMENT HAS A VIEW ON.  IF THE COURT IS PREPARED TO PROCEED
10:20AM  13    IN LATE 2021, THE GOVERNMENT IS PREPARED.  I DO THINK SOME
10:20AM  14    BREAK BETWEEN THE HOLMES AND BALWANI TRIAL IS APPROPRIATE, BUT
10:20AM  15    WE'RE REALLY GUIDED BY THE COURT AND REALLY GUIDED BY THE
10:20AM  16    DEFENDANT ON WHAT IS APPROPRIATE.  I THINK THE COURT HAS
10:20AM  17    IDENTIFIED THE POTENTIAL ISSUES THERE.  BUT WE'RE READY WHEN
10:20AM  18    MR. BALWANI IS READY AND WHEN THE COURT'S SCHEDULE PERMIT.
10:20AM  19              THE COURT:  THANK YOU VERY MUCH.
10:20AM  20         MR. COOPERSMITH.
10:20AM  21              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
10:20AM  22         I WILL SAY THAT I DO LOVE WHEN THE GOVERNMENT SAYS THEY'RE
10:20AM  23    GUIDED BY THE DEFENSE.  THAT'S ALWAYS GOOD TO HEAR.
10:21AM  24         WITH REGARD TO THE SCHEDULE, WE -- LOOKING AT THE
10:21AM  25    ESTIMATED LENGTH OF MS. HOLMES'S TRIAL AND TAKING INTO ACCOUNT
```

```
10:21AM   1    THE COURT'S REMARKS THIS MORNING ABOUT OTHER TRIALS AT LEAST
10:21AM   2    FOR NOW BEING SCHEDULED IN NOVEMBER, THE HOLIDAY PERIOD AS
10:21AM   3    MR. LEACH ALLUDED TO, WE THINK THAT A REALISTIC DATE FOR
10:21AM   4    STARTING THE TRIAL IS IN JANUARY.  IT PAINS ME TO SAY THIS IS
10:21AM   5    2022 THAT WE'RE NOW TALKING ABOUT BELIEVE IT OR NOT.
10:21AM   6         BUT WE HAD PROPOSED OVER THE WEEKEND TO MR. LEACH
10:21AM   7    JANUARY 25TH, 2022, AS A TRIAL DATE, AND THEN WE HAVE A
10:21AM   8    SCHEDULE THAT WORKS BACKWARD FROM THERE WITH ADDITIONAL DATES
10:21AM   9    WHICH WE'RE HAPPY TO SUBMIT TO THE COURT IF YOU WOULD LIKE.
10:21AM  10         I UNDERSTAND THAT THE GOVERNMENT PROBABLY DOES WANT SOME
10:21AM  11    KIND OF BREAK, BUT THAT SEEMED LIKE A REALISTIC DATE TO US.
10:21AM  12    OBVIOUSLY WE HOPE THAT BY THAT TIME, IF NOT MUCH EARLIER, WE'LL
10:21AM  13    BE FREE OF THE COVID CRISIS AT LEAST TO A LARGE EXTENT.
10:22AM  14              THE COURT:  ALL RIGHT.  THANK YOU.
10:22AM  15         SO LET ME SAY IN THE SPIRIT OF FULL DISCLOSURE, WHEN I WAS
10:22AM  16    LOOKING AT ALL OF THIS PRIOR TO OUR COURT DATE TODAY, I WAS
10:22AM  17    WONDERING IF THE REALITY IS THAT A JANUARY TRIAL DATE IS REALLY
10:22AM  18    THE MOST REALISTIC TO ACCOMPLISH.  AND I DON'T -- IF
10:22AM  19    MS. HOLMES'S CASE FINISHES IN LATE OCTOBER, I ANTICIPATE THAT,
10:22AM  20    YOU KNOW, IF THERE'S AN ACQUITTAL, THEN THERE'S NO POST-TRIAL
10:22AM  21    ISSUES TO DEAL WITH.  IF THERE ISN'T AN ACQUITTAL, THERE MAY BE
10:22AM  22    SOME POST-TRIAL ISSUES.  I DON'T KNOW.  I'M JUST TALKING IN
10:22AM  23    GENERAL ABOUT TRIALS IN GENERAL AND HOW THEY OPERATE.  THAT
10:22AM  24    WOULD TAKE US INTO EARLY NOVEMBER.
10:22AM  25         I JUST WAS WONDERING ABOUT THE EFFICACY OF BRINGING IN
```

```
10:23AM   1    POTENTIAL JURORS IN THE HOLIDAYS, AS COUNSEL POINT OUT, THE
10:23AM   2    THANKSGIVING HOLIDAY, AND THE OTHER CHRISTMAS HOLIDAY, THE
10:23AM   3    DECEMBER HOLIDAYS THAT COME UPON US.
10:23AM   4         NOW, I SUPPOSE WE COULD ENGAGE -- WE COULD TRY TO DO JURY
10:23AM   5    SELECTION IN THOSE MONTHS BUT NOT ENGAGE AN ACTUAL FORMAL TRIAL
10:23AM   6    AND THEN BEGIN EVIDENCE IN EARNEST SOME TIME IN, SOME TIME IN
10:23AM   7    JANUARY.  THAT MIGHT CAPTURE SOME EFFICIENCIES AS WELL.
10:23AM   8         ALTHOUGH I JUST THINK THAT THE REALITY OF BRINGING THE
10:23AM   9    PUBLIC IN FOR A TRIAL IN -- FOR JURY SELECTION, AND
10:23AM  10    REALISTICALLY IT WOULD PROBABLY BE DECEMBER, BECAUSE I DO THINK
10:23AM  11    THAT THE PARTIES WOULD WANT A BREAK OF SOME SORT.  AND I
10:23AM  12    HAVEN'T TALKED ABOUT THE COURT'S DESIRE.  OF COURSE, THE COURT
10:23AM  13    IS AS EAGER AS ALL OF YOU ARE TO GET THE CASE TO TRIAL, BUT
10:24AM  14    THERE MIGHT BE SOME BREAKS THAT ARE NECESSARY FOR ALL PARTIES.
10:24AM  15         I'M JUST THINKING THAT REALISTICALLY SO I DON'T HAVE TO
10:24AM  16    RESET AND RESET AS WE'VE DONE IN THE HOLMES CASE, OWING TO THE
10:24AM  17    PANDEMIC PRIMARILY, I'M JUST WONDERING IF SETTING A DATE IN
10:24AM  18    JANUARY MIGHT BE MORE REALISTIC FOR US, AND I'M NOT CERTAIN --
10:24AM  19    I APPRECIATE, MR. COOPERSMITH, YOUR OFFER OF THE 25TH.  I'M NOT
10:24AM  20    CERTAIN THAT WE NEED TO GO THAT DEEP INTO JANUARY.  I WAS
10:24AM  21    WONDERING IF THE 11TH OR THE 18TH MIGHT BE A BETTER, A BETTER
10:24AM  22    TIME TO START THE TRIAL.
10:24AM  23              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  WE'RE
10:24AM  24    CERTAINLY OPEN TO THOSE DATES AS WELL.
10:24AM  25              THE COURT:  THANK YOU.  MR. LEACH.
```

```
10:24AM   1              MR. LEACH:  EITHER IS FINE WITH THE GOVERNMENT,
10:24AM   2    YOUR HONOR.
10:24AM   3              THE COURT:  THANK YOU.  I'M PAUSING, AND I'M LOOKING
10:25AM   4    AT THE 11TH.  IF WE STARTED OUR JURY SELECTION ON THE 11TH, THE
10:25AM   5    NEXT WEEK WE HAVE A HOLIDAY ON A MONDAY.  I'M CURIOUS IF WE
10:25AM   6    WERE TO GET A JURY THAT WEEK, THAT IS, THE WEEK OF THE 11TH,
10:25AM   7    THAT WOULD PROVIDE COUNSEL WITH A THREE DAY WEEKEND TO PREPARE
10:25AM   8    FOR THE BEGINNING OF THE CASE ON THE 18TH, WHICH MIGHT BE
10:25AM   9    HELPFUL TO COUNSEL TO PREPARE.
10:25AM  10         OF COURSE, AS YOU KNOW, THE COURT IS ALWAYS LOOKING OUT
10:25AM  11    FOR THE INTERESTS OF COUNSEL.  SO THAT MIGHT GIVE YOU SOME,
10:25AM  12    SOME BUFFER.
10:25AM  13         WHY DON'T WE, MS. KRATZMANN, WHY DON'T WE SET
10:25AM  14    JANUARY 11TH, JANUARY 11, 2022 --
10:26AM  15              THE CLERK:  OKAY, YOUR HONOR.
10:26AM  16              THE COURT:  -- AS THE DATE TO BEGIN JURY SELECTION
10:26AM  17    IN MR. BALWANI'S CASE.
10:26AM  18         AND, MR. COOPERSMITH, SHOULD I EXCLUDE TIME THEN, SIR, TO
10:26AM  19    JANUARY 11, 2022, THE TRIAL DATE, TO ALLOW FOR EFFECTIVE
10:26AM  20    PREPARATION OF COUNSEL?
10:26AM  21              MR. COOPERSMITH:  YES, YOUR HONOR.  UNDER THE
10:26AM  22    CIRCUMSTANCES I THINK THAT IS THE RIGHT COURSE BECAUSE OF THE
10:26AM  23    DELAYS ASSOCIATED WITH COVID.
10:26AM  24         SO WE RECOGNIZE THE ISSUES AND FOR THAT REASON WE DO AGREE
10:26AM  25    TO EXCLUDE TIME, AND MR. BALWANI DOES AGREE TO THAT.
```

```
10:26AM   1              THE COURT:  ALL RIGHT.  THANK YOU.
10:26AM   2         MR. LEACH, DO YOU ALSO AGREE TO AN EXCLUSION OF TIME?
10:26AM   3              MR. LEACH:  YES, YOUR HONOR.
10:26AM   4              THE COURT:  ALL RIGHT.  THANK YOU.
10:26AM   5         THEN THE COURT WILL EXCLUDE TIME.  TIME IS EXCLUDED TO
10:26AM   6    JANUARY 11TH, 2022, AT 9:00 A.M.  THAT IS WHEN WE WILL BEGIN
10:26AM   7    JURY SELECTION.
10:26AM   8         I'M CURIOUS, COUNSEL, IF I SHOULD NOW, RATHER THAN TRY TO
10:27AM   9    PICK DATES NOW, IF I SHOULD TASK YOU ONCE AGAIN WITH LOOKING AT
10:27AM  10    WHAT YOU BELIEVE AN APPROPRIATE SCHEDULE WOULD BE AND THEN
10:27AM  11    SUBMIT THAT TO THE COURT FOR APPROVAL.
10:27AM  12              MR. COOPERSMITH:  YES, YOUR HONOR.  WE DO HAVE A
10:27AM  13    DRAFT GOING WITH MR. LEACH, AND I THINK WE CAN PRETTY QUICKLY
10:27AM  14    AGREE ON THE DATES AND SUBMIT THAT TO THE COURT.
10:27AM  15              THE COURT:  OKAY.  MR. LEACH.
10:27AM  16              MR. LEACH:  I AGREE, YOUR HONOR.
10:27AM  17              THE COURT:  OKAY. LET'S DO THAT.  I DO WANT TO SAY,
10:27AM  18    AND I KNOW -- I DON'T WANT TO TALK ABOUT ANOTHER CASE WHEN ALL
10:27AM  19    COUNSEL ARE NOT PRESENT, BUT THERE IS AN S.E.C. CASE THAT IS
10:27AM  20    ALSO GOING.
10:27AM  21         I THINK, MR. COOPERSMITH, ARE YOU REPRESENTING MR. BALWANI
10:27AM  22    IN THAT MATTER AS WELL?
10:27AM  23              MR. COOPERSMITH:  YES, YOUR HONOR.
10:27AM  24              THE COURT:  AND THE GOVERNMENT COUNSEL IN THAT CASE
10:27AM  25    IS NOT PRESENT.  I JUST WANT TO SAY THAT IT MAY BE THAT WE'LL
```

```
10:27AM   1    BE REACHING OUT TO COUNSEL IN THAT.  I THINK WE HAVE A STATUS
10:28AM   2    SET IN ANOTHER WEEK OR TWO, SOMETHING LIKE THAT.  IT MAY BE
10:28AM   3    THAT THAT NEEDS TO BE CHANGED.  I CAN'T -- I HAVE A
10:28AM   4    RECOLLECTION THAT THERE MIGHT BE A CONFLICT OR SOMETHING.  SO
10:28AM   5    WE MAY BE -- MS. KRATZMANN MAY BE REACHING OUT TO --
10:28AM   6              THE CLERK:  YES, YOUR HONOR.  THAT STATUS CONFERENCE
10:28AM   7    IS SET FOR MARCH 25TH.
10:28AM   8              THE COURT:  RIGHT.  AND WE MAY BE REACHING OUT TO
10:28AM   9    YOU TO SEE IF WE CAN MOVE THAT, TO ALL COUNSEL.  THAT'S ALL I
10:28AM  10    WANT TO SAY ON THAT.  I DON'T WANT TO TALK ABOUT THE CASE, OF
10:28AM  11    COURSE, WITHOUT COUNSEL PRESENT.  SO WE'LL SEE ON THAT.
10:28AM  12        ALL RIGHT.  ANYTHING FURTHER THAT THE PARTIES WISH TO
10:28AM  13    DISCUSS THIS MORNING, MR. LEACH?
10:28AM  14              MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.
10:28AM  15    THANK YOU VERY MUCH.
10:28AM  16              THE COURT:  MR. COOPERSMITH?
10:28AM  17              MR. COOPERSMITH:  NOT FROM THE DEFENSE, YOUR HONOR.
10:28AM  18    THANK YOU.
10:28AM  19              THE COURT:  ALL RIGHT.  SHOULD WE SET THEN ANOTHER
10:28AM  20    STATUS FOR US HERE JUST TO KEEP US IN LINE?
10:28AM  21        I'LL TELL YOU WHAT, WHY DON'T I RECEIVE YOUR GOOD WORK ON
10:29AM  22    A SCHEDULE, AND ONCE I GET THAT -- HOPEFULLY I CAN GET THAT IN
10:29AM  23    THE NEXT COUPLE OF WEEKS MY SENSE IS -- AND ONCE I GET THAT
10:29AM  24    I'LL ASK MS. KRATZMANN TO CONTACT YOU, AND WE'LL SET UP ANOTHER
10:29AM  25    STATUS, JUST AN INTERVENING STATUS SOME TIME IN ANOTHER
```

```
10:29AM   1      WHATEVER IT IS, 90 DAYS, SOMETHING LIKE THAT, DEPENDING ON WHAT
10:29AM   2      YOUR SCHEDULE LOOKS LIKE.
10:29AM   3           AND YOU CAN IN YOUR SCHEDULE, IF YOU WANT TO SUGGEST
10:29AM   4      STATUS CONFERENCES, I AM HAPPY TO RECEIVE THOSE ALSO.  I ALSO
10:29AM   5      WANT TO REMIND THE PARTIES OF NEW REQUIREMENTS ABOUT THE COURT
10:29AM   6      INFORMING THE PARTIES AS TO THE GOVERNMENT'S BRADY OBLIGATIONS,
10:29AM   7      AND I THINK THE GOVERNMENT RECOGNIZES THEIR BRADY OBLIGATIONS,
10:29AM   8      THEIR CONTINUING OBLIGATIONS THROUGHOUT THE TRIAL.
10:29AM   9           THE COURT JUST NEEDS TO STATE -- AND THESE ARE -- THE
10:30AM  10      COURT'S STATEMENT WILL ALSO BE IN A MINUTE ORDER OF THIS
10:30AM  11      PROCEEDING, AND I'LL ADOPT THAT MINUTE ORDER AS A STATEMENT
10:30AM  12      REGARDING BRADY BY THIS COURT.  THE COURT RECOGNIZES THAT THE
10:30AM  13      GOVERNMENT HAS A BRADY OBLIGATION.  THE GOVERNMENT RECOGNIZES
10:30AM  14      THAT OBLIGATION AND IT CONTINUES THROUGHOUT THE TRIAL AND IN
10:30AM  15      ANY POST PROCEEDINGS AS WELL.  I THINK THE PARTIES ARE AWARE
10:30AM  16      AND THE COURT WILL INFORM YOU THAT THERE COULD BE PENALTIES,
10:30AM  17      SANCTIONS FOR BRADY VIOLATIONS THAT INCLUDE SEVERAL SANCTIONS,
10:30AM  18      INCLUDING TERMINATING SANCTIONS AND OTHER TYPES OF SANCTIONS.
10:30AM  19      I THINK THE PARTIES ARE AWARE OF THIS, BUT LET ME REFER YOU TO
10:30AM  20      THE MINUTE ORDER FOR THE COURT'S ORDER IN THIS REGARD AS TO
10:30AM  21      THIS BRADY OBLIGATION.
10:30AM  22           ANY QUESTIONS ABOUT THAT, MR. COOPERSMITH, OR COMMENTS?
10:30AM  23                MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.
10:30AM  24                THE COURT:  MR. LEACH?
10:30AM  25                MR. LEACH:  NO, YOUR HONOR.  THANK YOU VERY MUCH.
```

```
10:30AM   1              THE COURT:  ALL RIGHT.  THANK YOU.  ANYTHING FURTHER
10:30AM   2   THEN FROM ANY PARTY?
10:31AM   3       IF NOT, THEN WE'LL CONCLUDE THE HEARING.  I WISH YOU ALL
10:31AM   4   GOOD HEALTH, CONTINUE TO BE SAFE.  AND IT LOOKS LIKE THE
10:31AM   5   VACCINE IS ROLLING OUT.  I KNOW ALL OF YOU ARE DECADES TOO
10:31AM   6   YOUNG TO GET IT IN THE CURRENT AGE BRACKET, BUT I HOPE IT
10:31AM   7   BECOMES AVAILABLE TO YOU SOON AND THAT YOU AND YOUR FAMILIES
10:31AM   8   REMAIN SAFE.
10:31AM   9       THANKS VERY MUCH.  WE'LL CONCLUDE TODAY'S HEARING.
10:31AM  10              MR. LEACH:  THANK YOU, YOUR HONOR.  STAY WELL.
10:31AM  11              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
10:31AM  12              THE CLERK:  COURT ADJOURNED.  THIS WEBINAR SHALL
10:31AM  13   TERMINATE.
10:31AM  14           (COURT CONCLUDED AT 10:31 A.M.)
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: FEBRUARY 11, 2021