1  STEPHANIE M. HINDS (CABN 154284)
   Attorney for the United States,
2  Acting Under Authority Conferred By 28 U.S.C. § 515

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   VANESSA BAEHR-JONES (CABN 281715)
5  Assistant United States Attorney

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5061
        Fax: (408) 535-5066
8       Vanessa.Baehr-Jones@usdoj.gov

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )   No. 18-CR-00258 EJD
                                        )
15         Plaintiff,                   )   NOTICE OF WITHDRAWAL OF COUNSEL
                                        )
16      v.                              )
                                        )
17  ELIZABETH HOLMES, et al.,           )
                                        )
18         Defendants.                  )
                                        )
19

20      The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise

21  the Court that Assistant United States Attorney Vanessa Baehr-Jones will no longer be representing the

22  //

23  //

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL           1                                            v. 11/1/2018
18-CR-00258 EJD

1  United States in the above-captioned matter.  Please remove AUSA Baehr-Jones from the list of persons
2  to be noticed.
3  DATED:  February 26, 2021	Respectfully submitted,

STEPHANIE HINDS
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

*/s/ Vanessa Baehr-Jones*

_____

VANESSA BAEHR-JONES
Assistant United States Attorney