JEFFREY B. COOPERSMITH (SBN 252819)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cr-00258-EJD |
| Plaintiff, | **JOINT PROPOSED CASE SCHEDULE** |
| v. | Hon. Edward J. Davila |
| HOLMES, et al., | |
| Defendants. | |

Defendant Ramesh "Sunny" Balwani and the government have met and conferred and respectfully submit the attached Joint Proposed Case Schedule.

DATED: February 26, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP


　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey B. Coopersmith_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY B. COOPERSMITH
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　RAMESH "SUNNY" BALWANI


DATED: February 26, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States,
　　　　　　　　　　　　　　　　　　　　　　　Acting Under Authority Conferred
　　　　　　　　　　　　　　　　　　　　　　　By 28 U.S.C. § 515

　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT S. LEACH
　　　　　　　　　　　　　　　　　　　　　　　JEFF SCHENK
　　　　　　　　　　　　　　　　　　　　　　　JOHN C. BOSTIC
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

**UNITED STATES v. RAMESH "SUNNY" BALWANI**
**No. 18-CR-00258-EJD**
**PROPOSED CASE SCHEDULE**

| DATE | EVENT |
| --- | --- |
| Tuesday, May 11, 2021 | Status Conference |
| Friday, October 8, 2021 | The Government shall serve any supplement to its exhibit and witness lists previously disclosed in the trial of Elizabeth Holmes.<br><br>The Government shall identify any statement the Government intends to offer under Federal Rule of Evidence 801(d)(2)(E). |
| Friday, October 15, 2021 | Defendant shall serve witness and exhibit lists for his case-in-chief.<br><br>Defendant shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness Defendant intends to call at trial in Defendant's case-in-chief.<br><br>Defendant shall complete production of witness statements pursuant to Rule 26.2. |
| Friday, October 22, 2021 | Defendant shall complete his Rule 16 disclosures other than expert disclosures. |
| Friday, October 29, 2021 | The Government shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness it intends to call at trial in rebuttal to expert testimony offered by Defendant Balwani. |
| Friday, November 5, 2021 | Motions in limine and motions re: experts due. |
| Friday, November 19, 2021 | Responses to motions in limine and motions re: experts due. |
| Friday, December 3, 2021 | Replies for motions in limine and motions re: experts due. |
| Friday, December 17, 2021 | Hearing for motions in limine and motions re: experts.<br><br>Proposed jury instructions, juror questionnaire, and voir dire questions due. |
| Tuesday, December 21, 2021 | Pretrial Conference statement due per Criminal Local Rule 17.1-1(b).<br><br>The Government shall advise the Court that it has produced all *Brady* and *Giglio* information in its possession and will continue to produce any the Government subsequently discovers. |
| Tuesday, January 4, 2022 | Pretrial Conference |
| Tuesday, January 11, 2022 | Trial (first day of jury selection) |