1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,        )  Case No. 18-CR-00258 EJD
15                                  )
        Plaintiff,                  )
16                                  )  **NOTICE OF APPEARANCE OF**
        v.                          )  **KELLY I. VOLKAR**
17                                  )
   ELIZABETH HOLMES and             )
18 RAMESH "SUNNY" BALWANI,          )
                                    )
19      Defendants.                 )
                                    )
20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF KELLY I. VOLKAR,
CASE NO. 18-258 EJD                               1

1  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** Kelly I. Volkar, admitted to practice in the United States

3  District Court for the Northern District of California, acting as an Assistant United States Attorney,

4  hereby appears as counsel of record on behalf of the United States of America, in addition to current

5  government counsel, in the above-captioned matter, and respectfully requests that all pleadings and

6  other documents be served upon her at:

7  KELLY I. VOLKAR (CABN #301377)
Assistant United States Attorney
8  450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
9  (415) 436-7185
10  Kelly.Volkar@usdoj.gov

12  DATED: March 3, 2021                          Respectfully submitted,

13                                                STEPHANIE M. HINDS
                                                  Acting United States Attorney
14
                                                  JEFF SCHENK
15                                                JOHN C. BOSTIC
                                                  ROBERT S. LEACH
16

17                                                */s/ Kelly I. Volkar*
                                                  KELLY I. VOLKAR
18                                                _____
                                                  Assistant United States Attorneys
19