```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4
       UNITED STATES OF AMERICA,       )   CR-18-00258-EJD
 5                                     )
                    PLAINTIFF,         )   SAN JOSE, CALIFORNIA
 6                                     )
              VS.                      )   MARCH 17, 2021
 7                                     )
       ELIZABETH A. HOLMES,            )   PAGES 1 - 11
 8                                     )
                    DEFENDANT.         )
 9     _____  )
                                       )
10
11              TRANSCRIPT OF ZOOM PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
12                 UNITED STATES DISTRICT JUDGE
13
       A P P E A R A N C E S:
14
       FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                            BY:  JOHN C. BOSTIC
                                   JEFFREY B. SCHENK
16                            150 ALMADEN BOULEVARD, SUITE 900
                              SAN JOSE, CALIFORNIA 95113
17
                              BY:  ROBERT S. LEACH
18                                 KELLY VOLKAR
                              1301 CLAY STREET, SUITE 340S
19                            OAKLAND, CALIFORNIA 94612
20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
       OFFICIAL COURT REPORTER:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
24              TRANSCRIPT PRODUCED WITH COMPUTER
25
```

```
 1     A P P E A R A N C E S: (CONT'D)
 2
 3     FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  AMY SAHARIA
                               725 TWELFTH STREET, N.W.
 6                             WASHINGTON, D.C. 20005
 7                             LAW OFFICE OF JOHN D. CLINE
                               BY:  JOHN D. CLINE
 8                             ONE EMBARCADERO CENTER, SUITE 500
                               SAN FRANCISCO, CALIFORNIA 94111
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
               1    SAN JOSE, CALIFORNIA                          MARCH 17, 2021
               2                        P R O C E E D I N G S
               3             (COURT CONVENED AT 8:35 A.M.)
08:35AM        4             THE COURT:  LET'S CALL 18-258, THIS IS UNITED STATES
08:35AM        5    OF AMERICA VERSUS ELIZABETH HOLMES.
08:35AM        6        LET ME CAPTURE THE APPEARANCE OF THE PARTIES, PLEASE.
08:35AM        7        WHO APPEARS FOR THE GOVERNMENT?
08:36AM        8             MR. LEACH:  GOOD MORNING, YOUR HONOR.
08:36AM        9        ROBERT LEACH ON BEHALF UNITED STATES.  I'M JOINED BY
08:36AM       10    JOHN BOSTIC, JEFF SCHENK, AND KELLY VOLKAR.
08:36AM       11        THANK YOU.  GOOD MORNING EVERYONE.  NICE TO SEE YOU ALL.
08:36AM       12        WHO APPEARS FOR THE DEFENDANT?
08:36AM       13             MR. DOWNEY:  GOOD MORNING, YOUR HONOR.
08:36AM       14        KEVIN DOWNEY FOR MS. HOLMES.
08:36AM       15        I'M JOINED BY MY COLLEAGUES, LANCE WADE, KATHERINE TREFZ,
08:36AM       16    AND AMY SAHARIA AS WELL AS OUR COCOUNSEL, JOHN CLINE.
08:36AM       17        I'D ALSO LIKE TO NOTE FOR THE COURT THAT MS. HOLMES IS
08:36AM       18    PRESENT ON THE VIDEO CONFERENCE.  I CAN SEE HER.  SHE'S
08:36AM       19    CONSENTED TO PROCEEDING BY ZOOM.
08:36AM       20        IF THE NEED ARISES DURING THE CONFERENCE FOR US TO CONSULT
08:36AM       21    WITH MS. HOLMES ON ANY MATTERS, WE'VE ESTABLISHED A MEANS BY
08:36AM       22    WHICH TO DO SO, AND I'LL LET THE COURT KNOW THAT.
08:36AM       23             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH,
08:36AM       24    MR. DOWNEY.
08:36AM       25        GOOD MORNING, MS. HOLMES.
```

```
08:36AM   1              THANK YOU FOR YOUR DOCUMENT 754.  I'VE RECEIVED THAT.  I
08:36AM   2     BELIEVE IT WAS ON THE 12TH, LAST WEEK, THAT SUGGESTED THE
08:37AM   3     RESULT OF YOUR MEET AND CONFER REGARDING THE TRIAL SCHEDULE
08:37AM   4     THAT SHOULD BE IN PLACE NOW.
08:37AM   5         LET ME ASK THE PARTIES, IS THERE ANYTHING ELSE YOU WOULD
08:37AM   6     LIKE TO ADD TO THE STATUS CONFERENCE REPORT OR IN ADDITION YOU
08:37AM   7     WANT TO AUGMENT OR LET ME KNOW THIS MORNING?
08:37AM   8         ANYTHING FROM THE GOVERNMENT, MR. LEACH?
08:37AM   9              MR. LEACH:  SORRY, YOUR HONOR, I WAS ON MUTE.
08:37AM  10         NOTHING FURTHER FROM THE GOVERNMENT, YOUR HONOR.  AS WE
08:37AM  11     NOTE IN THE STATUS CONFERENCE STATEMENT, THE GOVERNMENT LEARNED
08:37AM  12     ABOUT THIS DEVELOPMENT ON MARCH 2ND, A WEEK OR SO AGO.  IT'S
08:37AM  13     FRUSTRATING AND DISAPPOINTING TO LEARN ABOUT THIS NOW, BUT I
08:37AM  14     DON'T THINK IT IS FEASIBLE TO START A MULTI-MONTH TRIAL KNOWING
08:37AM  15     THERE'S A SUBSTANTIAL LIKELIHOOD THAT THE DEFENDANT WILL BE
08:37AM  16     INCAPACITATED.
08:37AM  17         WE'VE MET AND CONFERRED IN GOOD FAITH WITH THE DEFENSE ON
08:37AM  18     THE SHORTEST POSSIBLE CONTINUANCE.  THAT IS WHAT IS REFLECTIVE
08:38AM  19     FROM THE GOVERNMENT'S PERSPECTIVE IN THE STATUS CONFERENCE
08:38AM  20     STATEMENT.
08:38AM  21              THE COURT:  ALL RIGHT.  THANK YOU, MR. LEACH.
08:38AM  22         MR. DOWNEY, ANYTHING YOU'D LIKE TO ADD?  OR, MR. WADE,
08:38AM  23     ANYTHING TO ADD OR AUGMENT TO THE REPORT?
08:38AM  24              MR. LEACH:  YOUR HONOR, NOTHING TO REPORT, JUST THAT
08:38AM  25     WE APPRECIATE THE CHANCE TO MEET AND CONFER WITH THE GOVERNMENT
```

```
08:38AM   1    OPEN THIS.  I THINK A NUMBER OF CREATIVE PROPOSALS WERE PUT
08:38AM   2    FORWARD, INCLUDING TRYING TO MAYBE START A LITTLE BIT EARLY.  I
08:38AM   3    THINK AFTER SOME DISCUSSION OF THAT WE CAME TO THE SCHEDULE WE
08:38AM   4    CAME TO, AND WE'VE AGREED.  I HAVE NOTHING TO ADD TO IT.
08:38AM   5              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
08:38AM   6         I NOTE -- AND THANK YOU FOR PUTTING IN YOUR -- I THOUGHT
08:38AM   7    IT WAS APPROPRIATE TO PUT IN THE REPORT THE NUMBER OF TIMES THE
08:38AM   8    CASE HAS BEEN CONTINUED FOR A VARIETY OF REASONS.  OF COURSE,
08:38AM   9    AS WE TALKED ABOUT LAST TIME, THE -- HERETOFORE THE MOST
08:38AM  10    SIGNIFICANT FACTOR WAS THE COVID CRISIS THAT WE ALL HAVE BEEN
08:38AM  11    ENDURING AND THAT, OF COURSE, CAUSED THE CASE TO BE CONTINUED
08:38AM  12    OWING TO THE SAFETY OF THE PUBLIC AS WELL AS ALL OF THE
08:39AM  13    LITIGANTS AND PARTICIPANTS.
08:39AM  14         I WANTED YOU TO MEET AND CONFER SUCH THAT YOU COULD HAVE A
08:39AM  15    REALISTIC CONVERSATION ABOUT WHERE THE TRIAL MIGHT ENGAGE AND
08:39AM  16    WHEN REALISTICALLY THE CASE CAN GO.
08:39AM  17         I KNOW MR. DOWNEY, MR. WADE, AND MS. SAHARIA HAVE TOLD ME
08:39AM  18    TIME AGAIN THAT THEIR CLIENT WISHES TO GO TO TRIAL AND TO
08:39AM  19    CHALLENGE THE CHARGES AGAINST HER WITH SOME SPEED.
08:39AM  20         AND I KNOW THE GOVERNMENT IS EAGER TO PROSECUTE THE CASE.
08:39AM  21    THEY HAVE TOLD US ABOUT VICTIM CONCERNS AND OTHER WITNESS
08:39AM  22    CONSTRAINTS THAT WE KNOW THAT CONTINUANCES OF TRIAL ENGENDER
08:39AM  23    FOR THOSE PEOPLE.
08:39AM  24         THE COURT TIME IS OBVIOUSLY SOMETHING THAT PERHAPS THE
08:39AM  25    LESSER OF ALL OF YOUR CONCERNS, BUT WE HAVE TO LOGISTICALLY
```

```
08:39AM   1    PLAN FOR A TRIAL OF THIS DURATION.  WE HAVE TO LOGISTICALLY
08:40AM   2    PLAN OUR FACILITY, AND MY COLLEAGUES HAVE TO ADJUST, WE'RE
08:40AM   3    DOING THAT, I SHOULD TELL YOU WHEN WE PLAN WHAT TRIAL SHOULD BE
08:40AM   4    AVAILABLE IN OUR FACILITY THAT WE CAN SAFELY ALLOW THE PUBLIC
08:40AM   5    TO ENTER OUR COURTROOMS.
08:40AM   6         I THINK WE'RE ALL GRATEFUL THAT THE PANDEMIC, AT LEAST AS
08:40AM   7    FAR AS THE PANDEMIC SCENE GOES, THINGS LOOK GOOD.  PEOPLE ARE
08:40AM   8    BEING VACCINATED IN GREATER NUMBERS, AND WE HOPE THAT PEOPLE
08:40AM   9    CONTINUE TO EXERCISE GOOD JUDGMENT AND SAFETY SUCH THAT THIS
08:40AM  10    PANDEMIC CAN BE PUT IN OUR REARVIEW MIRROR SO TO SPEAK.
08:40AM  11         BUT THERE ARE STILL SOME CONSTRAINTS GOING FORWARD.
08:40AM  12         I JUST WANT TO ASK ALL OF YOU REALISTICALLY, IS
08:40AM  13    AUGUST 31ST, IS THAT A REALISTIC DATE?  IS THAT SOMETHING THAT
08:40AM  14    -- AND I KNOW YOU'VE MET AND CONFERRED.  THANK YOU, MR. DOWNEY,
08:40AM  15    FOR TELLING ME THAT, AND MR. LEACH.
08:40AM  16         BUT I JUST REALLY WANT TO AS BEST WE CAN -- WE CAN'T
08:41AM  17    PREDICT THE FUTURE, OF COURSE, BUT I DO WANT TO SECURE AS FIRM
08:41AM  18    A DATE AS POSSIBLE TO START THE TRIAL.  I NOTE THE AUGUST 31ST
08:41AM  19    DATE IS THE WEEK BEFORE -- I THINK THERE'S A HOLIDAY, A LABOR
08:41AM  20    DAY HOLIDAY THAT FOLLOWS.
08:41AM  21         IF WE SET THE CASE FOR AUGUST 31ST, IT WOULD BE -- MY HOPE
08:41AM  22    IS THAT PERHAPS WE COULD SELECT A JURY IN THAT TIME AND THEN
08:41AM  23    SUBSEQUENT TO THE LABOR DAY HOLIDAY BREAK WE WOULD START
08:41AM  24    EVIDENCE IN EARNEST.  IT LOOKS LIKE THAT'S PERHAPS WHAT YOU
08:41AM  25    HAVE DEVISED OF YOUR SCHEDULE, BUT RECOGNIZING THAT NO ONE CAN
```

```
08:41AM   1    PREDICT THE FUTURE, CAN I JUST GET SOME THOUGHTFUL COMMITMENT
08:41AM   2    FROM YOU THAT THE 31ST IS SOMETHING THAT IS REALISTIC?
08:41AM   3        I ASSUME THAT'S WHAT YOUR DOCUMENT TELLS ME, BUT I HOPE
08:41AM   4    YOU UNDERSTAND AND APPRECIATE WHY I'M PURSUING THIS.
08:41AM   5        MR. DOWNEY.
08:41AM   6            MR. DOWNEY:  YOUR HONOR, FROM THE DEFENSE'S
08:42AM   7    PERSPECTIVE OBVIOUSLY WE WANT A TRIAL DATE.  AS YOUR HONOR
08:42AM   8    NOTED, MS. HOLMES IS EAGER TO CONTEST THE CHARGES.
08:42AM   9        BASED ON THE MEDICAL ADVICE THAT WE HAVE GOTTEN, SETTING
08:42AM  10    THE SCHEDULE AT A PACE THAT WOULD BE FASTER THAN SIX WEEKS POST
08:42AM  11    BIRTH WOULD BE AGGRESSIVE AND NOT RECOMMENDED.
08:42AM  12        OBVIOUSLY SETTING IT FOR SEVEN WEEKS IS, YOU KNOW, TRYING
08:42AM  13    TO CONTROL FOR THAT MEDICAL RECOMMENDATION.
08:42AM  14        I -- MY ANSWER TO THE COURT IS WE HOPE IT IS FROM THE
08:42AM  15    DEFENSE PERSPECTIVE.  WE DON'T FORESEE DIFFICULTIES BASED ON
08:42AM  16    WHAT WE KNOW RIGHT NOW.  ANY DIFFICULTIES THAT AROSE WOULD BE
08:42AM  17    OF A MEDICAL NATURE THAT WE CAN'T ANTICIPATE RIGHT NOW.
08:42AM  18            THE COURT:  ALL RIGHT.  FAIR ENOUGH.
08:42AM  19        MR. LEACH.
08:42AM  20            MR. LEACH:  YOUR HONOR, FROM THE GOVERNMENT'S
08:42AM  21    PERSPECTIVE IT'S REALISTIC.  YOU KNOW, OUR SIDE WILL BE
08:42AM  22    PREPARED, AND, OF COURSE, WE WERE READY TO BE PREPARED IN JULY,
08:42AM  23    AND WE WILL BE PREPARED AUGUST 31ST.  I THINK A LOT OF THIS IS
08:43AM  24    DRIVEN BY WHEN THE DEFENDANT WILL BE PHYSICALLY ABLE TO
08:43AM  25    PARTICIPATE IN HER DEFENSE.
```

```
08:43AM   1         WE'VE DONE OUR BEST TO COME UP WITH A REALISTIC DATE BASED
08:43AM   2    ON OUR UNDERSTANDING, AND FROM THE GOVERNMENT'S PERSPECTIVE
08:43AM   3    THAT'S MORE LIMITED THAN THE DEFENSE, BUT WE THINK THIS IS
08:43AM   4    REALISTIC AND APPROPRIATE.
08:43AM   5         I CAN'T PREDICT THE FUTURE THERE, BUT I -- THAT'S THE
08:43AM   6    SPIRIT WITH WHICH WE HAVE PROPOSED IT.
08:43AM   7              THE COURT:  THANK YOU.  I APPRECIATE THOSE COMMENTS.
08:43AM   8         LET ME TELL YOU THAT WE WILL ALSO ENGAGE OTHER PROTOCOLS
08:43AM   9    IN OUR COURTHOUSE TO ACCOMMODATE AS BEST WE CAN ANY NEEDS THAT
08:43AM  10    MIGHT COME UP IN REGARDS TO ANY TRIAL PARTICIPANT.  SO WE'LL
08:43AM  11    BEAR THAT IN MIND.  WE CAN TALK ABOUT THAT AT OUR PRETRIAL
08:43AM  12    CONFERENCE ADDITIONALLY AS TO WHAT OTHER SPECIAL NEEDS OR
08:43AM  13    CONDITIONS THAT WE NEED TO SET UP IN OUR COURTHOUSE.
08:43AM  14              MR. LEACH:  THANK YOU, YOUR HONOR.
08:43AM  15              THE COURT:  WE'LL INVESTIGATE THAT AND ENDEAVOR TO
08:44AM  16    HAVE THOSE IN PLACE FOR THE COMFORT OF EVERYONE.
08:44AM  17         ALL RIGHT.  THANK YOU.  ANYTHING ELSE FROM SOMEONE?
08:44AM  18    ANYONE ELSE HAVE ANYTHING ELSE TO SAY?
08:44AM  19         MS. SAHARIA, I TYPICALLY CALL ON YOU TO MAKE A COMMENT OR
08:44AM  20    TWO.  ANYTHING ELSE YOU WOULD LIKE TO ADD?
08:44AM  21              MS. SAHARIA:  NO, YOUR HONOR.
08:44AM  22              THE COURT:  ALL RIGHT. GREAT.  WELL, THANK YOU FOR
08:44AM  23    YOUR STATUS REPORT.  WE, OF COURSE, WISH MS. HOLMES THE BEST
08:44AM  24    WISHES AND WISH FOR HER EVENT TO BE A HAPPY ONE AND A HEALTHY
08:44AM  25    ONE.  WE APPRECIATE THAT.  WE RESPECT THAT, OF COURSE.
```

| | | |
|---|---|---|
| 08:44AM | 1 | OWING TO THE SITUATION HERE, AND I DON'T MEAN THAT |
| 08:44AM | 2 | PEJORATIVELY, I MEAN THAT IN A POSITIVE SENSE, I THINK THE |
| 08:44AM | 3 | PARTIES HAVE MET AND CONFERRED AND RECOGNIZE THAT THIS CASE |
| 08:44AM | 4 | COULD NOT, FOR MEDICAL REASONS, GO FORWARD ON THE TIME THAT |
| 08:45AM | 5 | WE'VE CURRENTLY SET IT FOR JULY, JULY 13TH. |
| 08:45AM | 6 | THE PARTIES HAVE MET AND CONFERRED AND AGREED THAT THE |
| 08:45AM | 7 | TRIAL DATE SHOULD BE RESET TO AUGUST 31ST, AUGUST 31, 2021, AND |
| 08:45AM | 8 | THAT THE PARTIES HAVE AGREED AND ASKED THE COURT PURSUANT TO |
| 08:45AM | 9 | THEIR STIPULATION TO ACCEPT THEIR STIPULATION THAT THE TRIAL |
| 08:45AM | 10 | DATE BE SET FOR AUGUST 31ST AND THAT TIME BE EXCLUDED TO |
| 08:45AM | 11 | AUGUST 31ST FROM THE CURRENT JULY 13TH TRIAL DATE.  THE COURT |
| 08:45AM | 12 | WILL EXCLUDE TIME TO ALLOW FOR EFFECTIVE PREPARATION OF |
| 08:45AM | 13 | COUNSEL.  THE PARTIES HAVE ALSO STIPULATED AND AGREED THAT THE |
| 08:45AM | 14 | ENDS OF JUSTICE SERVE BY EXCLUDING TIME FROM JULY 13TH TO |
| 08:45AM | 15 | AUGUST 31ST IS APPROPRIATE AND OUTWEIGH THE BEST INTERESTS OF |
| 08:45AM | 16 | THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL AND THE COURT SO |
| 08:45AM | 17 | FINDS. |
| 08:45AM | 18 | THE COURT WILL CONTINUE THIS CASE THEN FOR TRIAL TO THE |
| 08:46AM | 19 | AUGUST 31ST, 2021 DATE.  THAT'S AT 9:00 A.M. |
| 08:46AM | 20 | I'M NOT GOING TO DISTURB, AND I APPRECIATE THE FACT THAT |
| 08:46AM | 21 | YOU HAVE ALL AGREED THAT WE SHOULD NOT DISTURB ANY OF THE OTHER |
| 08:46AM | 22 | DATES THAT ARE CURRENTLY IN PLACE, THAT IS, OUR DATES FOR |
| 08:46AM | 23 | PRETRIAL MOTIONS AND ANY OTHER DEADLINES THAT PREVIOUSLY HAVE |
| 08:46AM | 24 | BEEN ESTABLISHED.  THOSE WILL REMAIN IN PLACE.  AND THE NEXT |
| 08:46AM | 25 | TIME WE'LL SEE EACH OTHER I THINK IS MAY, IN EARLY MAY FOR IN |

```
08:46AM   1    LIMINE MOTIONS AND OTHER PRETRIAL MATTERS.
08:46AM   2         I WOULD ASK, THOUGH, TO THE EXTENT THAT YOU CAN,
08:46AM   3    MR. DOWNEY, IF YOU WOULD KEEP THE COURT AND COUNSEL INFORMED OF
08:46AM   4    ANY CHANGES AND IF ANYTHING HAPPENS THAT YOU THINK WOULD CHANGE
08:46AM   5    THE SCHEDULE OR UPDATES ON THINGS TO THE EXTENT THAT YOU'RE
08:46AM   6    ABLE TO DO THAT.
08:46AM   7         MR. DOWNEY:  WE'LL CERTAINLY DO THAT, YOUR HONOR.
08:46AM   8         THE COURT:  ALL RIGHT.  THANK YOU.
08:46AM   9    ANYTHING FURTHER FROM ANY PARTY?
08:46AM  10    MR. LEACH, FROM THE GOVERNMENT, ANYTHING FURTHER FOR THIS
08:46AM  11    MORNING?
08:46AM  12         MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.
08:47AM  13    THANK YOU VERY MUCH FOR TAKING THE TIME.
08:47AM  14         THE COURT:  IT'S NICE TO SEE YOU ALL.  THANK YOU.
08:47AM  15    MR. DOWNEY, ANYTHING FURTHER FROM YOUR TEAM?
08:47AM  16         MR. LEACH:  ONLY TO WISH YOUR HONOR A HAPPY
08:47AM  17    ST. PATRICK'S DAY AND ALL OF THE COURT STAFF THERE AS WELL.
08:47AM  18         THE COURT:  WELL, LIKEWISE TO YOU AND EVERYONE.  BE
08:47AM  19    OF GOOD HEALTH EVERYONE.  YOU AND YOUR FAMILIES STAY SAFE, AND
08:47AM  20    I LOOK FORWARD TO SEEING YOU IN MAY.  SOON ENOUGH.
08:47AM  21    ALL RIGHT.  THANK YOU.
08:47AM  22         MR. LEACH:  THANK YOU, YOUR HONOR.
08:47AM  23         MS. SAHARIA:  THANK YOU, YOUR HONOR.
08:47AM  24         MR. LEACH:  THANK YOU.
08:47AM  25         THE CLERK:  COURT IS ADJOURNED, AND THIS WEBINAR
```

```
08:47AM   1        SHALL TERMINATE.
08:47AM   2               (COURT CONCLUDED AT 8:47 A.M.)
          3
          4
          5
          6
          7
          8
          9
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: JULY 21, 2021