STEVEN D. ZANSBERG (SBN 177528)

Law Office of Steven D. Zansberg, LLC
100 Fillmore Street, Suite 500
Denver, Colorado 80206
Phone Number (303) 385-8698
Fax Number: (720) 650-4763
Email:  steve@zansberglaw.com

Attorney for Proposed Intervenor Dow Jones and Co.

**FILED**

Jul 30 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-cr-00258-~~EDJ~~  EJD<br><br>**DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT OF MOTION OF DOW JONES & COMPANY, INC. TO INTERVENE FOR LIMITED PURPOSE OF SEEKING THE UNSEALING OF JUDICIAL RECORDS IN THE COURT'S FILE, INCLUDING THE DOCKET; MOTION TO UNSEAL JUDICIAL RECORDS**<br><br>Date: August 9, 2021<br>Time: 10:00 a.m. (Status Hearing Only)<br>Courtoom: 4, 5th Floor<br>Hon. Edward J. Davila |

DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT
OF DOW JONES AND COMPANY'S MOTION TO INTERVENE
FOR LIMITED PURPOSE OF SEEKING TO UNSEAL
JUDICIAL DOCUMENTS

CASE NO. CR-18-00258-EJD

- 1 -

I, STEVEN D. ZANSBERG, declare as follows:

1.      I represent Dow Jones & Company, Inc. ("Dow Jones") as the proposed Intervenor in the above-captioned matter. I submit this Declaration in support of Dow Jones' Motion to Intervene for the Limited Purpose of Seeking to Unseal Judicial Records in this Case, Including the Docket and Motion to Unseal. I attest to the following facts upon which Dow Jones' motion relies.

2.      Attached to this Declaration are seven (7) exhibits. The contents of the exhibits are as follows:

a.  **Exhibit 1** is a true and correct copy of the Docket in this case as it appears on PACER on July 26, 2021.

b.  **Exhibit 2** is a true and correct copy of Defendant John J. Cota's Notice of Motion and Motion To Sever Charges Against Defendant Fleet Management, Inc.in *U.S. v. Cota*, No. 18-cr-0160-SI (N.D. Cal.).

c.  **Exhibit 3** is a true and correct copy of the Memorandum of Points and Authorities in Support of Defendant John J. Cota's Motion To Sever Charges Against Defendant Fleet Management, Inc.in *U.S. v. Cota*, No. 18-cr-0160-SI (N.D. Cal.).

d.  **Exhibit 4** is a true and correct copy of the Government's Memorandum in Opposition to Defendant John J. Cota's Motion To Sever Charges Against Defendant Fleet Management, Inc.in *U.S. v. Cota*, No. 18-cr-0160-SI (N.D. Cal.).

e.  **Exhibit 5** is a true and correct copy of the Defendant John J. Cota's Reply To Opposition To Motion To Sever Charges Against Fleet Management, Ltd. in *U.S. v. Cota*, No. 18-cr-0160-SI (N.D. Cal.).

f.  **Exhibit 6** is a true and correct copy of the Order Re: Defendant John J. Cota's Motions To Change Venue; And To Sever Charges Against Defendant Fleet Management Or, Alternatively, For Special Jury Selection Procedures  in *U.S. v. Cota*, No. 18-cr-0160-SI (N.D. Cal.).

g.  **Exhibit 7** is a true and correct copy of the Order (unsealing court records on Defendant's motion to sever) in *U.S. v. Hurbace*, No. 17-cr-00110-APG-CWH (D. Nev.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of July, 2021 in Denver, CO.

*/s/ Steven D. Zansberg*

STEVEN D. ZANSBERG
Attorney for Dow Jones and Company, Inc.

DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT
OF DOW JONES AND COMPANY'S MOTION TO INTERVENE
FOR LIMITED PURPOSE OF SEEKING TO UNSEAL
JUDICIAL DOCUMENTS                                              CASE NO. CR-18-00258-EJD

- 3 -

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on July 2: , 2021, a copy of this filing was delivered via go ck into all counsel
of record. Kf'cp{"eqvpugnikpf lecvgu'\j cv'\j g{"y kuj "\q"tgegkxg"c'j ctf "eqr { "qh'\j ku'hkrkpi "Khvt vj gt"

4

egt vkh{ "\j cv'Ky knn'f gr quk v'c"eqr { "kp'\j g"WQU'Rquxcn'Ugt xkeg"hqt "pgz v'f c{ "f gnk xgt {

5

_____

6

*/s/ Steven D. Zansberg*
STEVEN D. ZANSBERG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT          CASE NO. CR-18-00258-EJD
OF DOW JONES AND COMPANY'S MOTION TO INTERVENE
FOR LIMITED PURPOSE OF SEEKING TO UNSEAL
JUDICIAL DOCUMENTS