1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  GUY SINGER (Admitted Pro Hac Vice)
   STEPHEN A. CAZARES (SBN 201864)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
6
   Email: jcoopersmith@orrick.com; awalsh@orrick.com;
7  gsinger@orrick.com; scazares@orrick.com

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cr-00258-EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GOVERNING RAMESH "SUNNY" BALWANI'S CASE SCHEDULE** |
| v. | |
| HOLMES, et al., | |
| Defendants. | Hon. Edward J. Davila |

The government and counsel for Mr. Balwani have met and conferred and respectfully submit that based on the current trial date set in Mr. Balwani's case it would be beneficial to establish the dates that will govern proceedings in Mr. Balwani's case. Accordingly, the government and counsel for Mr. Balwani stipulate that the attached Proposed Case Schedule shall govern proceedings in Mr. Balwani's case.

**IT IS SO STIPULATED.**

DATED: August 4, 2021          Respectfully submitted,

                               ORRICK, HERRINGTON & SUTCLIFFE LLP


                               /s/ Jeffrey B. Coopersmith_____
                               JEFFREY B. COOPERSMITH
                               Attorney for Defendant
                               RAMESH "SUNNY" BALWANI


DATED: August 4, 2021          Respectfully submitted,

                               STEPHANIE M. HINDS
                               Acting United States Attorney

                               /s/ Robert S. Leach_____
                               ROBERT S. LEACH
                               JEFF SCHENK
                               JOHN C. BOSTIC
                               KELLY VOLKAR
                               Assistant United States Attorneys

**UNITED STATES v. RAMESH "SUNNY" BALWANI**
**No. 18-CR-00258-EJD**
**[PROPOSED] CASE SCHEDULE**

| DATE | EVENT |
| --- | --- |
| Friday, October 1, 2021 | The Government shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for any expert witness it intends to call in its case-in-chief not previously noticed for the trial of co-defendant Elizabeth Holmes. |
| Friday, November 5, 2021 | The Government shall serve any supplement to its exhibit and witness lists previously disclosed in the trial of Elizabeth Holmes. |
| Friday, November 12, 2021 | Defendant shall serve witness and exhibit lists for his case-in-chief.<br><br>Defendant shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness Defendant intends to call at trial in Defendant's case-in-chief.<br><br>Defendant shall complete production of witness statements pursuant to Rule 26.2. |
| Wednesday, November 17, 2021 | Defendant shall complete his Rule 16 disclosures other than expert disclosures. |
| Friday, November 19, 2021 | Motions in limine and motions re: experts due. |
| Tuesday, December 7, 2021 | Responses to motions in limine and motions re: experts due. |
| Tuesday, December 14, 2021 | Replies for motions in limine and motions re: experts due.<br><br>Pretrial Conference statement due per Criminal Local Rule 17.1-1(b). |
| Friday, December 17, 2021 | The Government shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness it intends to call at trial in rebuttal to expert testimony offered by Defendant Balwani. |
| Tuesday, December 21, 2021 | Proposed jury instructions, juror questionnaire, and voir dire questions due.<br><br>The Government shall advise the Court that it has produced all Brady and Giglio information in its possession and will continue to produce any the Government subsequently discovers. |
| Tuesday, December 21, 2021 | Pretrial Conference (including hearing on motions in limine and motions re: experts). |
| Tuesday, January 11, 2022 | Trial (first day of jury selection). |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |

The Proposed Case Schedule submitted by the government and Mr. Balwani shall govern proceedings in Mr. Balwani's case.

Dated: August ___, 2021

                                                        EDWARD J. DAVILA
                                                UNITED STATES DISTRICT JUDGE