JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
GUY SINGER (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; gsinger@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

HOLMES, et al.,

Defendant.

Case No. 18-CR-00258-EJD

**DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT AUGUST 10, 2021 STATUS HEARING RE: DOW JONES & COMPANY, INC. TO INTERVENE**

Hon. Edward J. Davila

The undersigned defendant hereby waives the right to be present in court upon the status hearing regarding the Motion of Dow Jones & Company Inc. to Intervene, scheduled for August 10, 2021 at 8:00 AM. The undersigned defendant further agrees that his interests will be deemed represented at the August 10 hearing by the presence of his attorney, the same as if the defendant himself was personally present in court.

DATED: August 10, 2021

RAMESH "SUNNY" BALWANI

DATED: August 10, 2021

/s/ Jeffrey Coopersmith

JEFFREY B. COOPERSMITH

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2021 a copy of this filing was delivered via ECF on all counsel of record.

s/ Jeffrey Coopersmith
JEFFREY B. COOPERSMITH
Attorney for Ramesh "Sunny" Balwani