JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
GUY SINGER (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
gsinger@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>　　　　　Defendants. | Case No. 18-CR-00258-EJD<br><br>**MOTION TO WITHDRAW KORY DECLARK AS COUNSEL FOR RAMESH "SUNNY" BALWANI**<br><br>Judge:　Honorable Edward J. Davila |

1  Pursuant to the Northern District of California's Criminal Local Rule 44-2(b), Defendant
2  Ramesh "Sunny" Balwani respectfully requests that Kory DeClark be withdrawn as counsel of
3  record for Mr. Balwani in this matter.  Mr. DeClark is no longer an associate with the law firm
4  Orrick, Herrington & Sutcliffe LLP, and will no longer participate in this case.  Mr. DeClark
5  approved the filing of this motion.  All other attorneys at the law firms Orrick, Herrington &
6  Sutcliffe LLP and Corr Cronin LLP who have appeared in this case for Mr. Balwani will continue
7  to represent him in this case.

8  Pursuant to Criminal Local Rule 44-2(b), all parties in this matter have been notified by
9  serving a copy of this motion on them through the ECF system.  Mr. Balwani has been notified by
10 delivering a copy of this motion to him by email.

12 DATED: August 17, 2021                    Respectfully submitted,

14                                            */s/ Kory DeClark*
                                              KORY DECLARK (SBN 310571)

                                              Withdrawing Attorney for Ramesh "Sunny"
                                              Balwani


18                                            */s/ Jeffrey Coopersmith*
                                              JEFFREY COOPERSMITH (SBN 252819)

                                              Attorney for Ramesh "Sunny" Balwani