```
1    JEFFREY B. COOPERSMITH (SBN 252819)
     AMY WALSH (Admitted Pro Hac Vice)
2    GUY SINGER (Admitted Pro Hac Vice)
     STEPHEN A. CAZARES (SBN 201864)
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
4    405 Howard Street
     San Francisco, CA 94105-2669
5    Telephone:    +1-415-773-5700
     Facsimile:    +1-415-773-5759
6
7    Email: jcoopersmith@orrick.com; awalsh@orrick.com;
     gsinger@orrick.com; scazares@orrick.com
8
     Attorneys for Defendant
9    RAMESH "SUNNY" BALWANI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW KORY DECLARK AS COUNSEL FOR RAMESH "SUNNY" BALWANI** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Judge:   Honorable Edward J. Davila |

Having considered the Motion to Withdraw Kory DeClark as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED ________________

______________________________
Honorable Edward J. Davila
United States District Court Judge