JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (ADMITTED PRO HAC VICE)
GUY SINGER (ADMITTED PRO HAC VICE)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; gsinger@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-CR-00258-EJD<br><br>**NOTICE OF APPEARANCE OF COUNSEL BY SHAWN ESTRADA** |

1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2 |     **PLEASE TAKE NOTICE** that Shawn Estrada of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters her appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter. Ms. Estrada is admitted to practice in the State of California and before this Court. Ms. Estrada requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

> Shawn Estrada (SBN 322852)
> sestrada@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Telephone:    +1-415-773-5700
> Facsimile:    +1-415-773-5759

Dated: August 17, 2021

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Shawn Estrada*
SHAWN ESTRADA

Attorneys for Ramesh "Sunny" Balwani