1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  GUY SINGER (Admitted Pro Hac Vice)
   STEPHEN A. CAZARES (SBN 201864)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
6
7  Email: jcoopersmith@orrick.com; awalsh@orrick.com;
   gsinger@orrick.com; scazares@orrick.com
8
   Attorneys for Defendant
9  RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW KORY DECLARK AS COUNSEL FOR RAMESH "SUNNY" BALWANI |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Judge:   Honorable Edward J. Davila |

1  Having considered the Motion to Withdraw Kory DeClark as counsel of record for
2  Defendant Ramesh "Sunny" Balwani in this matter, the motion is hereby GRANTED.

4  IT IS SO ORDERED.

6  DATED  8/23/2021

Honorable Edward J. Davila
United States District Court Judge

1

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW KORY DECKARK AS COUNSEL FOR
RAMESH "SUNNY" BALWANI,
CASE NO. 18-CR-00258-EJD