JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted *Pro Hac Vice*)
GUY SINGER (Admitted *Pro Hac Vice*)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
gsinger@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLMES, et al.,<br><br>　　　　　Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION FOR ACCESS TO TRIAL OF CO-DEFENDANT ELIZABETH HOLMES**<br><br>Hon. Edward J. Davila |

**[PROPOSED] ORDER**

On August 23, 2021, Defendant Ramesh "Sunny" Balwani filed an Administrative Motion for Access to Trial of Co-defendant Elizabeth Holmes. After due consideration of the filings and the governing law, IT IS HEREBY ORDERED that Mr. Balwani's motion is GRANTED, and that two seats will be reserved for members of his defense team at Ms. Holmes' trial.

**IT IS SO ORDERED.**

Dated: August ___, 2021

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE