JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
GUY SINGER (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
gsinger@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLMES, et al.,<br><br>    Defendant. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT AUGUST 26, 2021 HEARING RE: MOTION OF DOW JONES & COMPANY, INC. TO INTERVENE AND UNSEAL**<br><br>Hon. Edward J. Davila |

1 | The undersigned defendant hereby waives the right to be present in court at the hearing
2 | regarding the Motion of Dow Jones & Company Inc. to Intervene and Unseal, scheduled for
3 | August 26, 2021 at 11:30 AM. The undersigned defendant further agrees that his interests will be
4 | deemed represented at the August 26 hearing by the presence of his attorneys, the same as if the
5 | defendant himself was personally present in court.

DATED: August 26, 2021

_____
RAMESH "SUNNY" BALWANI

DATED: August 26, 2021

_____/s/ Jeffrey Coopersmith_____
JEFFREY B. COOPERSMITH

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021 a copy of this filing was delivered via ECF on all counsel of record.

                              s/ Jeffrey Coopersmith
                          JEFFREY B. COOPERSMITH
                      Attorney for Ramesh "Sunny" Balwani