ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

**SEALED BY ORDER OF COURT**

**FILED**
JAN 31 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>    Defendant. | Case No. 18-CR-00258 EJD<br><br>DECLARATION OF VANESSA BAEHR-JONES IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO SEVER<br><br>**[FILED PROVISIONALLY UNDER SEAL PURSUANT TO COURT ORDER OF JANUARY 13, 2020]** |

I, Vanessa Baehr-Jones, declare:

1.     I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2.     Attached hereto as Exhibits 1A–1O are true and correct copies of the ███████ ████████████████████████████████████████████████████████████████ which defense counsel served on the government

DECL. OF VANESSA BAEHR-JONES
18-CR-00258 EJD
FILED UNDER SEAL

1 | on December 24, 2019. These materials consist of the following:

[redacted]

27 | //

1
2
3

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Oakland, California, on January 31, 2020.

DATED: January 31, 2020

VANESSA BAEHR-JONES
Assistant United States Attorney

DECL. OF VANESSA BAEHR-JONES
18-CR-00258 EJD
FILED UNDER SEAL

# EXHIBITS 1A-1O, 2-4

# ENTIRE DOCUMENTS PROVISIONALLY FILED UNDER SEAL