02:31PM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | SAN JOSE, CALIFORNIA |
| VS. | ) | |
| | ) | JANUARY 13, 2020 |
| ELIZABETH A. HOLMES AND RAMESH | ) | 2:30 P.M. |
| SUNNY BALWANI, | ) | PAGES 1 - 79 |
| | ) | |
| DEFENDANTS. | ) | **SEALED PROCEEDINGS** |
| _____ | ) | |


TRANSCRIPT OF SEALED PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                      BY:  JOHN C. BOSTIC
                           JEFFREY B. SCHENK
                           JEFF NEDROW
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113

                      BY:  ROBERT S. LEACH
                           VANESSA BAEHR-JONES
                      1301 CLAY STREET, SUITE 340S
                      OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
                        IRENE L. RODRIGUEZ, CSR, RMR, CRR
                        CERTIFICATE NUMBER 8074

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                        BY:  KEVIN M. DOWNEY
                             LANCE A. WADE
                             KATHERINE A. TREFZ
                        725 TWELFTH STREET, N.W.
                        WASHINGTON, D.C. 20005

                        LAW OFFICE OF JOHN D. CLINE
                        BY:  JOHN D. CLINE
                        ONE EMBARCADERO CENTER, SUITE 500
                        SAN FRANCISCO, CALIFORNIA 94111

FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                        BY:  WALTER F. BROWN, JR.
                             RANDALL LUSKEY
                        THE ORRICK BUILDING
                        405 HOWARD STREET
                        SAN FRANCISCO, CALIFORNIA 94105

TELEPHONICALLY:         BY:  JEFFREY COOPERSMITH
                             AMANDA MCDOWELL


ALSO PRESENT:           MARIO SCUSSEL
                        MATT NORFLEET

SEALED PROCEEDINGS

|   |   |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    JANUARY 13, 2020 |
| 2 | P R O C E E D I N G S |
| 02:39PM 3 | (COURT CONVENED AT 2:39 P.M.) |
| 02:39PM 4 | THE COURT:  THANK YOU.  WE ARE BACK ON THE RECORD IN |
| 02:39PM 5 | 18-258, UNITED STATES VERSUS HOLMES AND BALWANI.  ALL PARTIES |
| 02:39PM 6 | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 02:39PM 7 | WE ARE PROCEEDING IN A SEALED COURTROOM.  THE COURT HAS |
| 02:39PM 8 | SEALED THE COURTROOM FOR PURPOSES OF THIS DISCUSSION. |
| 02:39PM 9 | I HAVE SEALED THE COURTROOM FROM THE PUBLIC BECAUSE I'M |
| 02:39PM 10 | GOING TO ASK YOU QUESTIONS ABOUT DOCUMENTS THAT HAVE BEEN FILED |
| 02:39PM 11 | UNDER SEAL, AND I HAVE PROVISIONALLY GRANTED THE SEALING OF |
| 02:39PM 12 | CERTAIN DOCUMENTS, MANY DOCUMENTS UNDER SEAL. |
| 02:39PM 13 | I WANT TO HAVE A CONVERSATION ABOUT THOSE DOCUMENTS. |
| 02:39PM 14 | INVARIABLY WE'LL PROBABLY DISCUSS THE CONTENTS OF SOME OF THOSE |
| 02:40PM 15 | SEALED DOCUMENTS.  AND FOR THAT REASON, TO CONTINUE WITH THE |
| 02:40PM 16 | PROTECTIONS AS INDICATED WHEN I SIGNED THE SEALING ORDERS, I |
| 02:40PM 17 | WANT TO PROTECT ALL OF THOSE ISSUES RAISED IN THOSE PLEADINGS |
| 02:40PM 18 | AND THAT ORDER SO I'M CLOSING THE COURTROOM NOW. |
| 02:40PM 19 | PRESENT ARE, AS I INDICATED, ALL PARTIES PREVIOUSLY |
| 02:40PM 20 | PRESENT.  I THINK THERE ARE OTHER INDIVIDUALS WHO ARE ATTACHED |
| 02:40PM 21 | TO THE GOVERNMENT. |
| 02:40PM 22 | MR. LEACH:  YOUR HONOR, THERE ARE THREE GENTLEMEN ON |
| 02:40PM 23 | THE LEFT SIDE OF THE COURTROOM HERE.  ONE IS SPECIAL AGENT |
| 02:40PM 24 | MARIO SCUSSEL, THE SECOND IS POSTAL INSPECTOR MATT NORFLEET -- |
| 02:40PM 25 | THE COURT:  -- AND THERE'S A GENTLEMAN ALL OF THE |

SEALED PROCEEDINGS

02:40PM  1        WAY IN THE BACK.  WHO IS THAT?

02:40PM  2                    MR. LEACH:  YES, THAT APPEARS TO BE JEFF NEDROW FROM

02:40PM  3        THE UNITED STATES ATTORNEY'S OFFICE.

02:40PM  4                    THE COURT:  OH, I SEE.  THANK YOU.

02:40PM  5           WE WERE GOING TO CAPTURE, I THINK, MR. CAZARES, YOUR

02:40PM  6        CLIENT'S APPEARANCE TELEPHONICALLY.  HAS THAT BEEN DONE?

02:40PM  7                    MR. CAZARES:  YES, YOUR HONOR, AND I DO BELIEVE THAT

02:40PM  8        MR. BALWANI AND MR. KATZ ARE ON THE LINE.

02:40PM  9                    THE COURT:  THANK YOU.  MR. COOPERSMITH, ARE YOU

02:40PM  10       THERE?

02:40PM  11                    MR. COOPERSMITH:  YES, YOUR HONOR, I AM HERE WITH

02:40PM  12       MR. BALWANI AND MY COLLEAGUE, AMANDA MCDOWELL, AS WELL.

02:41PM  13                    THE COURT:  ALL RIGHT.  THANK YOU.

02:41PM  14           AND YOU'RE IN A SECURED FACILITY, IF YOU WILL, SUCH THAT

02:41PM  15       THE PUBLIC IS NOT ABLE TO ACCESS THE CONVERSATION?

02:41PM  16                    MR. COOPERSMITH:  YES, YOUR HONOR.

02:41PM  17                    THE COURT:  ALL RIGHT.  THANK YOU.  COULD YOUR

02:41PM  18       CLIENT STATE HIS APPEARANCE, PLEASE.

02:41PM  19                    DEFENDANT BALWANI:  YES, YOUR HONOR.  SUNNY BALWANI

02:41PM  20       PRESENT ALSO.

02:41PM  21                    THE COURT:  ALL RIGHT.  THANK YOU.  AND,

02:41PM  22       MR. CAZARES, YOU RECOGNIZE THAT VOICE AS YOUR CLIENT'S?

02:41PM  23                    MR. CAZARES:  YES, YOUR HONOR.

02:41PM  24                    THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

02:41PM  25           I WANTED TO DISCUSS -- FIRST OF ALL, WE HAD A SIDE-BAR

02:41PM 1    CONFERENCE, AND I INVITED COUNSEL TO COME THIS AFTERNOON TO

02:41PM 2    CONTINUE OUR DISCUSSIONS.

02:41PM 3         I MENTIONED IN THAT SIDE-BAR, AND FIRST OF ALL, THAT

02:41PM 4    TRANSCRIPT WILL BE SEALED AS WELL AS THIS TRANSCRIPT OF THIS

02:41PM 5    PROCEEDING WILL BE SEALED AND NOT TO BE RELEASED ABSENT FURTHER

02:41PM 6    ORDER OF THE COURT.

02:41PM 7         I MENTIONED AT THE OUTSET THAT I WAS CONCERNED ABOUT THE

02:41PM 8    NUMBER OF SEALED DOCUMENTS, AND THERE ARE MANY.  WE HAD

02:42PM 9    OCCASION TO DRAFT OR COLLECT A ROSTER, IF YOU WILL, OF SOME OF

02:42PM 10   THESE DOCUMENTS, AND WE PROVIDED THAT.  I WANTED YOU TO HAVE

02:42PM 11   BOTH -- BOTH SIDES TO HAVE THIS.  THEY HAVE SEALED DOCKET ENTRY

02:42PM 12   NUMBERS, THAT IS, THE DOCKET NUMBER, THE ECF NUMBER, BECAUSE I

02:42PM 13   THINK WHEN YOU LOOK AT THE DOCKET ON THE COMPUTER ON ECF, OF

02:42PM 14   COURSE THERE'S NO DOCUMENT NUMBER RELATED.

02:42PM 15        AND I DON'T KNOW -- IT CAUSED ME TO THINK THAT WHEN YOU

02:42PM 16   GET YOUR COPIES BACK, THEY MAY NOT HAVE A DOCKET NUMBER ON

02:42PM 17   THEM, AND I THOUGHT IF WE HAD A LINE-UP CARD, IT WOULD BE

02:42PM 18   EASIER TO IDENTIFY WHAT WE'RE TALKING ABOUT.

02:42PM 19        I ASKED MS. KRATZMANN TO SUPPLY EACH OF YOU WITH A COPY OF

02:42PM 20   THIS ROSTER FOR YOUR USE AS WELL AS A COPY OF DOCUMENTS THAT

02:42PM 21   EACH OF YOU HAVE PROVIDED TO THE COURT SUCH THAT WE'RE

02:43PM 22   LITERALLY ON THE SAME PAGE OR PAGES AND WE KNOW WHAT IS

02:43PM 23   PRESENT.

02:43PM 24        AS I UNDERSTAND IT, I'M MISSING PERHAPS THREE DOCUMENTS.

02:43PM 25   AND I THINK YOU HAVE MET AND CONFERRED, AND I'M LOOKING AT A

SEALED PROCEEDINGS

6

02:43PM  1    SHEET THAT PERHAPS ONE OF YOU OR PERHAPS ALL OF YOU PREPARED

02:43PM  2    FOR MS. KRATZMANN.

02:43PM  3         THERE'S A MISSING PROFFER, A MISSING JOINDER TO

02:43PM  4    MR. BALWANI'S ADMINISTRATIVE MOTION, AND I'M MISSING AN

02:43PM  5    OPPOSITION TO A REPLY I THINK.

02:43PM  6         I'M NOT CERTAIN WHAT HAPPENED THERE.  I DON'T KNOW IF

02:43PM  7    THAT'S A VENDOR ISSUE.  AGAIN, I DON'T WANT TO POINT BLAME.

02:43PM  8    I'D LIKE TO FIND SOLUTIONS TO THAT.

02:43PM  9         MR. WADE:  THANK YOU, YOUR HONOR.  LANCE WADE FOR

02:43PM  10   MS. HOLMES.  WE APPRECIATE THE LIST FROM THE COURT.  IT IS A

02:43PM  11   LITTLE BIT OF A BLACK BOX WHEN WE SUBMIT THESE SEALED

02:43PM  12   PLEADINGS, AND IT'S HARD TO SEE WHAT HAS BEEN RECEIVED AND WHAT

02:44PM  13   IS NOT, PARTICULARLY GIVEN THAT WE'VE DONE IT THROUGH A VENDOR.

02:44PM  14        MANY OF THE PLEADINGS HAVE GONE THROUGH.  IT APPEARS THAT

02:44PM  15   SOME HAVE NOT, AND WE'VE WORKED WITH MS. KRATZMANN TO TRY AND

02:44PM  16   IDENTIFY THOSE PLEADINGS THAT WERE NOT ON THE LIST, AND WE HAVE

02:44PM  17   NOW SENT THOSE ELECTRONICALLY TO THE COURT.

02:44PM  18        ONE OF THOSE PLEADINGS IS AN EX PARTE.  WE DID NOT COPY

02:44PM  19   THE GOVERNMENT ON THAT SUBMISSION THROUGH MS. KRATZMANN.  WE

02:44PM  20   DID COPY THE GOVERNMENT ON THE OTHER PLEADINGS AND HAVE

02:44PM  21   PREVIOUSLY SERVED THE GOVERNMENT WITH ALL OF THE OTHER

02:44PM  22   PLEADINGS.

02:44PM  23        GOING FORWARD, WE INTEND -- IN CASE IT IS AN ERROR ON OUR

02:44PM  24   VENDOR'S PART, WE INTEND TO FIND A NEW VENDOR REGARDLESS,

02:44PM  25   AND --

7

02:44PM 1        THE COURT:  PERHAPS THE FDA CAN HELP YOU WITH THAT.

02:44PM 2        MR. WADE:  THEY SEEM TO BE CONSULTING A LOT OF THIRD

02:44PM 3    PARTY SERVICE PROVIDERS SO MAYBE WE'LL CONSULT WITH THEM.

02:44PM 4        (LAUGHTER.)

02:44PM 5        MR. WADE:  BUT WE'LL RETAIN A NEW VENDOR AND GOING

02:45PM 6    FORWARD WE WILL ALSO PLAN TO SEND MS. KRATZMANN AN ELECTRONIC

02:45PM 7    COPY AT THE SAME TIME THAT WE FILE THE DOCUMENT VIA E-MAIL

02:45PM 8    COPYING COUNSEL FOR THE GOVERNMENT JUST TO MAKE SURE THAT

02:45PM 9    THERE'S NO MISCOMMUNICATION ON THIS PART.

02:45PM 10        THE COURT:  THANK YOU FOR THAT.  AND THAT WOULD BE

02:45PM 11    VERY HELPFUL TO THE COURT.

02:45PM 12        I DIDN'T REALIZE THE VOLUME OF SEALED DOCUMENTS THAT WE'D

02:45PM 13    BE RECEIVING AND IT CREATES -- I WILL TELL YOU, WE WERE PUTTING

02:45PM 14    THIS TOGETHER, AND IT WAS REMINISCENT OF A 3D CHESS GAME TRYING

02:45PM 15    TO CAPTURE WHAT GOES WITH WHAT.

02:45PM 16        SO I HOPE GOING FORWARD WE CAN CONTINUE TO UPDATE THIS

02:45PM 17    ROSTER AND AS WE -- IF THERE ARE ANY SEALED DOCUMENTS THAT ARE

02:45PM 18    GOING TO BE FILED, WE'RE PROBABLY REACHING THE END OF THAT

02:45PM 19    PRETTY SOON, BUT IF THERE ARE ANY, WE'LL TRY TO KEEP THE DOCKET

02:45PM 20    NUMBERS IN SOME TYPE OF CONTINUOUS CAPTURING SO WE CAN ALL KEEP

02:45PM 21    OUR EYES ON THAT.

02:46PM 22        THERE ARE SOME DOCUMENTS WE'RE STILL WORKING ON THAT I

02:46PM 23    SHOULD TELL YOU I HAVE GOT THE CLERK'S OFFICE LOOKING AT SOME

02:46PM 24    OTHER DOCUMENTS THAT HAVE NOT BEEN ECF NUMBERED FOR SOME

02:46PM 25    REASON, BUT WE'LL CAPTURE ALL OF THAT SOON.

02:46PM  1          MR. WADE:  AND OF COURSE IT'S POSSIBLE THOSE

02:46PM  2  DOCUMENTS WERE SOME OF THE DOCUMENTS THAT WERE MISSING.  IT'S

02:46PM  3  HARD TO FIGURE OUT EXACTLY WHAT IS GOING ON.

02:46PM  4      OBVIOUSLY TO THE EXTENT THAT THIS RESPONSIBILITY FOR THIS

02:46PM  5  ULTIMATELY RESTS WITH US AS OFFICERS OF THE COURT TO GET THE

02:46PM  6  COURT THE NECESSARY FILING, SO WE APOLOGIZE TO THE COURT FOR

02:46PM  7  ANY --

02:46PM  8          THE COURT:  THANK YOU.  WE'RE ALL GOING THROUGH IT

02:46PM  9  TOGETHER, AND I JUST WANT TO CARVE OUT THIS TIME SO WE CAN

02:46PM  10  RESOLVE THIS AS BEST WE CAN.

02:46PM  11          MR. LEACH:  YOUR HONOR, IF I MAY?  THANK YOU.  THE

02:46PM  12  GOVERNMENT HAS ALSO REVIEWED THE LIST THAT MS. KRATZMANN

02:46PM  13  PROVIDED, AND IT WAS VERY HELPFUL.  THANK YOU.

02:46PM  14      I BELIEVE THE GOVERNMENT'S SUBMISSIONS ARE ALL INCLUDED ON

02:46PM  15  THIS LIST.  WE'LL KEEP LOOKING AT IT TO MAKE SURE, BUT WE

02:46PM  16  DIDN'T SEE ANYTHING MISSING.

02:46PM  17          THE COURT:  GREAT.

02:46PM  18          MR. LEACH:  THERE WERE TWO OTHER BRIEF

02:46PM  19  PRELIMINARIES.  THERE'S A DOJ POLICY AGAINST CONSENTING TO

02:46PM  20  SEALING OF THE COURTROOM, AND I KNOW THE COURT HAS MADE A

02:47PM  21  DECISION ON THIS, BUT IT'S IMPORTANT FROM MY PERSPECTIVE TO

02:47PM  22  PRESERVE OUR OBJECTION TO THE RECORD FOR THAT.

02:47PM  23          THE COURT:  OF COURSE.

02:47PM  24          MR. LEACH:  I ALSO THINK THAT IN LIGHT OF SOME OF

02:47PM  25  THE TOPICS THAT WE MIGHT GET INTO, IT'S IMPORTANT THAT

02:47PM   1    MR. BALWANI BE REQUESTED TO SUBMIT A WRITTEN WAIVER OF HIS

02:47PM   2    APPEARANCE TODAY IN CASE ANY OF THE SUBSTANTIVE ISSUES RELATED

02:47PM   3    TO SOME OF THE FILINGS COME UP, AND I THINK IT WOULD BE PRUDENT

02:47PM   4    FOR THE COURT TO ASK FOR THAT.

02:47PM   5            THE COURT:  MR. CAZARES, CAN YOU ARRANGE FOR THAT

02:47PM   6    WITH MR. COOPERSMITH?

02:47PM   7            MR. CAZARES:  OF COURSE, YOUR HONOR.

02:47PM   8            THE COURT:  ALL RIGHT.  ANY OBJECTION TO THAT,

02:47PM   9    MR. COOPERSMITH, FOR YOUR CLIENT?

02:47PM   10            MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

02:47PM   11            THE COURT:  ALL RIGHT.  THANK YOU.  SO WE'LL PROCEED

02:47PM   12    WITH THE SEALED DOCUMENTS AS WE'VE TALKED ABOUT HERE, AND THANK

02:47PM   13    YOU FOR YOUR ATTENTION TO THAT.

02:47PM   14        LET ME MOVE TO A QUESTION THAT I HAVE ABOUT THE SEVERANCE

02:48PM   15    AND MR. BALWANI'S SEVERANCE MOTION.

02:48PM   16        IS THE GOVERNMENT'S OPPOSITION TO THAT DUE TODAY?

02:48PM   17            MS. BAEHR-JONES:  YOUR HONOR, IF I COULD ADDRESS THE

02:48PM   18    GOVERNMENT'S PROPOSED SCHEDULE FOR THIS?

02:48PM   19            THE COURT:  WELL, LET ME -- IS IT DUE TODAY?

02:48PM   20            MS. BAEHR-JONES:  WELL, YOUR HONOR, BASED ON WHAT

02:48PM   21    THEY NOTICED IN THE FILING, THEY NOTICED THE FEBRUARY 10TH

02:48PM   22    HEARING WITH THE OPPOSITION DATE DUE TODAY, WHICH IS WHY THE

02:48PM   23    GOVERNMENT FILED ITS ADMINISTRATIVE MOTION AS SOON AS WE WERE

02:48PM   24    ABLE TO RESPOND TO THAT TO SET FORTH SOME PROPOSED DATES FOR

02:48PM   25    THE COURT IN LIGHT OF WHAT THEY NOTICED.

SEALED PROCEEDINGS

10

02:48PM  1          THE COURT:  RIGHT.  RIGHT.  THIS IS REGARDING YOUR

02:48PM  2   REQUEST THAT THE COURT ENGAGE 12.2 PROCEEDINGS NOW.

02:48PM  3          MS. BAEHR-JONES:  CORRECT, YOUR HONOR.

02:48PM  4          THE COURT:  RIGHT.  OKAY.  SO LET ME JUST -- I HAVE

02:48PM  5   SOME REAL BASIC QUESTIONS ABOUT THIS, AND THEY SOMEWHAT OVERLAP

02:48PM  6   PERHAPS, BUT IT REALLY IS GEARED TOWARDS MS. HOLMES AND HER

02:48PM  7   TABLE.

02:48PM  8          I SUPPOSE A THRESHOLD QUESTION IS, A QUESTION IS WHETHER

02:49PM  9   OR NOT MS. HOLMES WILL TESTIFY AT TRIAL AS TO THE FACTS AS

02:49PM  10  INDICATED IN THE UNSWORN DECLARATION OF DR. MECHANIC.

02:49PM  11         I POSE THAT AS A QUESTION BECAUSE I THINK THAT DRIVES, IT

02:49PM  12  CERTAINLY DRIVES CERTAIN DECISIONS THAT THE COURT HAS TO MAKE.

02:49PM  13         AGAIN, I'M TALKING BROAD HERE, AND I'M NOT ASKING THE

02:49PM  14  DEFENSE TO ANSWER THIS QUESTION RIGHT NOW, MS. HOLMES'S DEFENSE

02:49PM  15  TEAM TO ANSWER THIS QUESTION, BUT I'M TELLING YOU THAT THESE

02:49PM  16  ARE THINGS THAT I THINK ARE VITAL TO THE COURT'S DECISION ABOUT

02:49PM  17  WHAT IT'S GOING TO DO IN REGARDS TO SEVERANCE AND WHAT IT'S

02:49PM  18  GOING TO DO IN REGARDS TO THE GOVERNMENT'S MOTION.

02:49PM  19         AND THE QUESTION I HAVE IS THIS, I'M NOT CLEAR FROM THE

02:49PM  20  PLEADINGS, MS. HOLMES'S PLEADINGS, AS TO WHETHER OR NOT

02:49PM  21  MS. HOLMES WILL BE ADVANCING A DURESS DEFENSE, A DURESS

02:50PM  22  DEFENSE, A PURE DURESS DEFENSE, OR WHETHER SHE'LL BE ADVANCING

02:50PM  23  A MENS REA DEFENSE.  AND THOSE ARE, AS YOU KNOW, TWO DIFFERENT

02:50PM  24  THINGS.  SOMETIMES THEY OVERLAP AND SOMETIMES THEY'RE THE SAME.

02:50PM  25         LET ME TELL YOU MY THOUGHTS ABOUT THIS ARE, AND THIS

SEALED PROCEEDINGS

11

02:50PM  1    RELATES TO THE SEVERANCE MOTION, IF MS. HOLMES IS GOING TO

02:50PM  2    TESTIFY ABOUT CONDUCT AS INDICATED IN THE UNSWORN DECLARATION

02:50PM  3    OF THE DOCTOR, IF SHE TESTIFIES ABOUT THAT HERSELF, QUERY DO WE

02:50PM  4    NEED EXPERT TESTIMONY TO SUPPORT SOMETHING, WHICH IS TO SAY IF

02:50PM  5    SHE TESTIFIES THAT MR. BALWANI ENGAGED IN CONDUCT THAT IS

02:50PM  6    INDICATED THERE, WHICH SHE COULD DO IF SHE WANTS TO, THAT'S

02:50PM  7    SOMETHING TO CONSIDER AS TO MR. BALWANI'S SEVERANCE MOTION.

02:51PM  8        IF, IF AN EXPERT IS GOING TO TESTIFY ABOUT AN EXAMINATION

02:51PM  9    OF AN INDIVIDUAL, LET ME JUST PUT IT THAT WAY, AN EXAMINATION

02:51PM  10   OF AN INDIVIDUAL AND THE EXPERT'S TESTING, SCORING, AND OPINION

02:51PM  11   ABOUT THE TESTING AS TO A CONDITION THAT THIS TESTING SUGGESTS

02:51PM  12   WITHOUT GETTING INTO THE STATEMENTS THAT THE PATIENT MADE TO

02:51PM  13   THE EXPERT, THAT'S A WHOLE DIFFERENT THING, ISN'T IT?  AND --

02:51PM  14   FOR EXAMPLE, AN EXPERT COULD TESTIFY AND I KNOW THAT X

02:51PM  15   CONDITION EXISTS; THE MANIFESTATION OF THAT CONDITION ARE THESE

02:51PM  16   FIVE SYMPTOMS, THESE FIVE THINGS, FOUR THINGS; I ADMINISTERED

02:52PM  17   MMPI'S; I ADMINISTERED ALL OF THESE TESTING; I SCORED THEM, THE

02:52PM  18   RESULTS OF THESE INDICATE THAT THIS PERSON MAY HAVE THE

02:52PM  19   CHARACTERISTICS OF THAT.

02:52PM  20       YOU CAN'T TESTIFY THAT THIS PERSON IS THAT, BUT MAY BE

02:52PM  21   ABLE TO TESTIFY THAT THOSE CONDITIONS OF WHATEVER IT IS, MAY

02:52PM  22   HAVE BEEN MANIFESTED BY THE PATIENT, BY THE WITNESS.  THAT'S

02:52PM  23   SOMETHING THAT IS ENTIRELY DIFFERENT AS WELL.

02:52PM  24       IT MAY BE THAT AN EXPERT WOULD TESTIFY AS TO SIMILAR

02:52PM  25   CONDITIONS, SIMILAR TESTING TO PERHAPS SUPPORT THE CREDIBILITY

SEALED PROCEEDINGS

| | |
|---|---|
| 02:52PM 1 | OF A WITNESS WHO WOULD TESTIFY AND SUPPORT THE CREDIBILITY OF A |
| 02:52PM 2 | WITNESS WHO MIGHT OTHERWISE BE SEEN, WELL, HOW COULD SOMEONE |
| 02:52PM 3 | STAY IN -- LET'S JUST USE A HYPOTHETICAL -- A DOMESTIC VIOLENCE |
| 02:53PM 4 | RELATIONSHIP?  HOW DO PEOPLE DO THAT?  IN A CHILD MOLESTATION |
| 02:53PM 5 | SITUATION, HOW COME THE REPORTING DIDN'T HAPPEN SOONER?  WHY |
| 02:53PM 6 | DID THEY WAIT SIX MONTHS?  EIGHT YEARS?  WELL, WE KNOW THERE'S |
| 02:53PM 7 | LITERATURE THAT DESCRIBES THOSE TYPES OF CONDUCT. |
| 02:53PM 8 | AN EXPERT MIGHT TESTIFY AS TO WHY SOMEONE WOULD DELAY |
| 02:53PM 9 | REPORTING OR WHATEVER THE SYMPTOM MIGHT BE. |
| 02:53PM 10 | SO I'M SPEAKING AT A HIGH LEVEL HERE.  I'M NOT ASKING THE |
| 02:53PM 11 | DEFENSE TO TELL US PUBLICLY TODAY WHAT YOUR DEFENSE IS, UNLESS |
| 02:53PM 12 | YOU WANT TO DO THAT, BUT I'M SUGGESTING TO YOU THAT THESE ARE |
| 02:53PM 13 | ISSUES, I THINK, ARE CRITICAL TO THE 12.2 AND THE SEVERANCE |
| 02:53PM 14 | MOTION AS TO MR. BALWANI. |
| 02:53PM 15 | AND I'M TRYING TO BE AS TRANSPARENT AS I CAN ABOUT WHAT |
| 02:53PM 16 | THE COURT'S THINKING IS, BECAUSE THESE ARE ISSUES THAT WILL |
| 02:53PM 17 | COME UP. |
| 02:53PM 18 | ANOTHER SUB ISSUE ABOUT THIS IS THAT IT APPEARS FROM THE |
| 02:54PM 19 | FILINGS FROM MS. HOLMES -- AND LET ME JUST ASK THIS, ALL |
| 02:54PM 20 | PARTIES HAVE THESE FILINGS.  MR. BALWANI HAS THESE FILINGS AS |
| 02:54PM 21 | WELL.  I'M NOT TALKING OUT OF SCHOOL HERE.  IS THAT -- |
| 02:54PM 22 | MR. DOWNEY:  YOUR HONOR, THERE WAS ONE FILING THAT |
| 02:54PM 23 | WAS SUBMITTED EX PARTE.  I DON'T THINK THE COURT HAD IT SO I |
| 02:54PM 24 | DON'T THINK THE COURT HAS IT IN MIND. |
| 02:54PM 25 | THE COURT:  ALL RIGHT.  THANK YOU. |

SEALED PROCEEDINGS

02:54PM 1         BUT ONE THING THAT DOES COME TO MIND ABOUT THESE IS

02:54PM 2    MS. HOLMES HAS ALREADY BEEN EXAMINED.  THERE'S BEEN A REPORT.

02:54PM 3    WE HAVE THE UNSWORN DECLARATION AND A QUESTION THAT COMES IN MY

02:54PM 4    MIND IS, WELL, WHY NOT ADVANCE THAT NOW?  WHAT IS THE PREJUDICE

02:54PM 5    TO MS. HOLMES TO GO FORWARD WITH THAT EXCHANGE, THAT PROCESS,

02:54PM 6    THE 12.2(B)(1)(C) AND ALL OF THAT?

02:54PM 7         AGAIN, THIS IS RHETORICAL RIGHT NOW, BUT I'M JUST SHARING

02:54PM 8    WITH YOU MY THOUGHTS.

02:54PM 9         WHAT IS THE PREJUDICE TO BEGIN THAT PROCESS NOW AS OPPOSED

02:55PM 10   TO WAIT?  AGAIN, IT'S TWO LEVELS, SEVERANCE AND THEN TRIAL.

02:55PM 11        AND THE GOVERNMENT SUGGESTS IN THEIR MOTION THAT, WELL,

02:55PM 12   BEFORE YOU CAN DECIDE, JUDGE, WHETHER OR NOT MS. HOLMES'S

02:55PM 13   MOTION FOR SEVERANCE SHOULD BE DECIDED, WE SHOULD BE ABLE TO

02:55PM 14   LOOK AT TESTS AND DO OUR OWN EXAMINATION.

02:55PM 15        AND THAT HAS SOME CURRENCY.  I HAVE TO SAY, THAT DOES HAVE

02:55PM 16   SOME CURRENCY.  THAT DOES SEEM LIKE THAT IS AN APPROPRIATE WAY

02:55PM 17   TO PROCEED.

02:55PM 18        I GO BACK TO MY EARLIER COMMENTS, THOUGH, ABOUT WHAT THE

02:55PM 19   TESTIMONY IS -- MIGHT BE LIKE, AND I KNOW IN THE -- AND THIS IS

02:55PM 20   VERY CAREFUL PLEADING.

02:55PM 21        IN THE PLEADINGS IT'S STATED, THE PLEADINGS THAT I'VE READ

02:55PM 22   STATE, "THE WITNESS MAY TESTIFY, MAY TESTIFY."  I REALIZE

02:55PM 23   THAT'S VERY CAREFULLY CRAFTED.

02:55PM 24        BUT I TELL YOU THAT'S A SIGNIFICANT TERM FOR ME TO DECIDE

02:56PM 25   MR. BALWANI'S MOTION.

SEALED PROCEEDINGS
14

02:56PM 1      FOR EXAMPLE, IF A WITNESS SAID IN A CODEFENDANT SITUATION,

02:56PM 2      IF THE JUDGE HEARS THAT A WITNESS IS -- I INTEND TO TESTIFY X

02:56PM 3      ABOUT MY CODEFENDANT, THAT'S A VERY DIFFERENT SITUATION, AND

02:56PM 4      THE COURT -- AND THAT PUTS THAT SCENARIO IN A DIFFERENT FACTUAL

02:56PM 5      SITUATION.

02:56PM 6      WE'VE ALL READ THOSE CASES WHERE THERE'S AN AFFIRMATIVE

02:56PM 7      STATEMENT ABOUT WHAT THE DEFENSE IS AND HOW THE JUDGE SHOULD

02:56PM 8      RULE ON THAT WHEN SHE LOOKS AT THOSE FACTS AND WHETHER SHE

02:56PM 9      SHOULD GRANT A SEVERANCE AT THAT TIME OR WHETHER SHE SHOULD

02:56PM 10     WAIT FOR TRIAL OR WHERE THE BEST DECISION TIME, SHALL WE SAY,

02:56PM 11     WOULD BE.

02:56PM 12     I WOULD LIKE TO MAKE DECISIONS ON THESE SEVERANCE MOTIONS

02:56PM 13     EARLY.  I JUST THINK THAT IS BETTER FOR YOU AND BETTER FOR THE

02:57PM 14     COURT.  IT WOULD ALLOW YOU TO PREPARE YOUR DEFENSES

02:57PM 15     ACCORDINGLY, IF THE COURT GRANTS THE MOTION.

02:57PM 16     IF THE COURT DENIES THE MOTIONS, AT LEAST EVERYBODY KNOWS

02:57PM 17     WHAT THE FIELD IS AND WHAT YOU'RE LOOKING AT, AND MY SENSE IS

02:57PM 18     THAT WILL BENEFIT ALL OF YOU.

02:57PM 19     I APPRECIATE COUNSEL'S STATEMENTS THIS MORNING WHERE YOU

02:57PM 20     INDICATED THAT YOU WERE EAGER TO GO TO TRIAL AND YOU WANT TO

02:57PM 21     EXONERATE YOUR CLIENT, AND OF COURSE HE ENJOYS THE PRESUMPTION

02:57PM 22     OF INNOCENCE, BUT YOU WOULD LIKE TO FULLY GET EXONERATION FOR

02:57PM 23     MR. BALWANI, AND I THINK ALL OF US WOULD LIKE TO PROCEED TO

02:57PM 24     TRIAL.  THAT'S WHY I SET THE CASE.  I THINK I WAS REMINDED I

02:57PM 25     ADVANCED THE TRIAL DATE AS OPPOSED TO GIVING YOU A LITTLE BIT

02:57PM  1    MORE TIME.

02:57PM  2        AND IN HINDSIGHT I LOOK AT THAT NOW, BUT I'D LIKE TO DO

02:57PM  3    THAT, TOO.  I'D LIKE TO GET THE CASE TO TRIAL AS SOON AS

02:57PM  4    POSSIBLE FOR ALL OF YOUR SAKES.

02:58PM  5        SO THOSE ARE QUESTIONS, BUT THOSE ARE THE INITIAL

02:58PM  6    QUESTIONS THAT I HAVE REGARDING THE SEVERANCE MOTIONS.

02:58PM  7        I THINK THE DISCOVERY ISSUES ABOUT THE FDA, AND LET ME

02:58PM  8    JUST BE FRANK BECAUSE WE'RE ALL FRIENDS HERE, THE SEARCH FOR

02:58PM  9    THE FDA ISSUES, I REALIZE THAT'S IMPORTANT INFORMATION FOR THE

02:58PM  10   DEFENSE, BUT AS I LOOK AT THE PLEADINGS, THAT'S NOT YOUR

02:58PM  11   PRIMARY DEFENSE.  DON'T ANSWER THE QUESTION.  I'M JUST OPINING

02:58PM  12   HERE.

02:58PM  13       IT APPEARS THAT FROM WHAT I'VE READ IS THAT THE FDA ISSUES

02:58PM  14   THE REGULATIONS AND THOSE TYPES OF THINGS, THAT'S IMPORTANT, I

02:58PM  15   REALIZE THAT, BUT I'M NOT CERTAIN THAT'S YOUR CRITICAL DEFENSE

02:58PM  16   OR NOT.  DON'T ANSWER THE QUESTION.  I'M NOT ASKING FOR THAT.

02:58PM  17       BUT WHEN YOU FILED A 12.2 NOTICE, IT SEEMS TO SUGGEST THAT

02:58PM  18   THAT'S WHAT YOU'RE GOING TO PURSUE LOOKING AT HOLMES'S TABLE

02:58PM  19   HERE, PARDON ME.

02:58PM  20       AND THEN MR. BALWANI PROCEEDED WITH DEPOSITIONS TODAY

02:59PM  21   WITHOUT A LOT OF THE DOCUMENTS HERE WHICH SUGGESTS TO ME, WELL,

02:59PM  22   HOW IMPORTANT WERE THEY IF YOU'RE WILLING TO GO TO A DEPOSITION

02:59PM  23   AND NOT HAVE THEM?  SURE, YOU WOULD HAVE LIKED TO HAVE HAD

02:59PM  24   THEM.  I'M SURE MR. COOPERSMITH WOULD HAVE FELT LIKE, WELL,

02:59PM  25   GEE, IF I HAD THEM, I PERHAPS COULD HAVE DONE A BETTER JOB HERE

02:59PM 1    OR BEEN INFORMED ABOUT IT.

02:59PM 2        BUT I'M NOT MAKING LIGHT OF THE FDA RECORDS.  I'M JUST

02:59PM 3    SUGGESTING THIS IS A WIRE FRAUD CASE, AND IT HAS UNIQUE FACTS

02:59PM 4    AND CIRCUMSTANCES TO IT.  I'M NOT CERTAIN THAT THOSE RECORDS

02:59PM 5    ARE CRITICAL TO YOUR DEFENSE.  I'M NOT CERTAIN THAT THOSE ARE

02:59PM 6    THE MOST IMPORTANT PIECES OF EVIDENCE THAT'S GOING TO SUPPORT

02:59PM 7    YOUR CASES OR NOT, AND I'M NOT MAKING ANY JUDGMENT ON IT.

02:59PM 8        AGAIN, I'M JUST TALKING AT A VERY HIGH LEVEL RIGHT NOW

02:59PM 9    JUST SO ALL OF YOU KNOW WHAT MY THOUGHT IS AND WHETHER OR NOT

02:59PM 10   THESE THOUGHTS WILL ASSIST US MOVING FORWARD IN SOME MANNER AND

02:59PM 11   ASSIST YOU IN SOME MANNER AS YOU PREPARE, AS YOU PREPARE YOUR

02:59PM 12   CASES.

03:00PM 13       SO THOSE ARE MY OVERARCHING THOUGHTS ABOUT THE SEVERANCE

03:00PM 14   AND THE GOVERNMENT'S MOTION FOR MORE TIME.

03:00PM 15       LET ME JUST TELL YOU THIS -- OH, THAT'S OKAY.  AND YOU CAN

03:00PM 16   COME FORWARD TO THE LECTERN IF YOU WOULD LIKE.

03:00PM 17       ONE THING I'M THINKING OF DOING AS TO THE MOTION TO EXTEND

03:00PM 18   TIME, WHAT I'M LIKELY TO DO, AND I'M HAPPY TO HEAR FROM YOU

03:00PM 19   ABOUT THIS, BUT MY SENSE IS THAT I'M INCLINED TO NOT EXTEND

03:00PM 20   TIME BUT NOT TO -- WHAT ARE THE SANCTIONS?  YOU KNOW, WHAT ARE

03:00PM 21   THE SANCTIONS WHEN THERE'S FAILURE TO PRODUCE?  WELL, IT'S A

03:00PM 22   CONTINUANCE, ISN'T IT?  THAT'S REALLY WHAT IT IS.  AND IT'S A

03:00PM 23   CONTINUANCE, AND I'M LOATHE TO DO THAT.  I AM SURE YOU ALL

03:00PM 24   LOATHE TO CONTINUE THIS, TOO.  YOU'VE CHARTERED YOUR LIVES FOR

03:00PM 25   2020 IN A VERY UNIQUE WAY I'M SURE.

SEALED PROCEEDINGS

03:00PM  1      SO WHAT I'M INCLINED TO DO AT THIS POINT IS TO NOT EXTEND

03:00PM  2   TIME BUT CONTINUE LOOKING AT THIS, AND WE'LL PROBABLY LOOK AT

03:00PM  3   IT AGAIN FEBRUARY 10TH AND PROBABLY REVISIT WHERE WE ARE.

03:01PM  4           MS. BAEHR-JONES:  YOUR HONOR, BECAUSE I THOUGHT IT

03:01PM  5   WOULD BE EASY TO ADDRESS ONE OF YOUR CONCERNS, AND THAT IS THE

03:01PM  6   TIMELINE FOR THE GOVERNMENT'S PROPOSED SCHEDULE BECAUSE THE

03:01PM  7   GOVERNMENT IS VERY COMMITTED TO GETTING THINGS DONE QUICKLY AND

03:01PM  8   EFFICIENTLY FOR THE COURT.

03:01PM  9      THIS WAS AN OPTIMISTIC TIMELINE, BUT IT CAN BE TRUNCATED.

03:01PM  10  I'VE DONE THIS IN AS SHORT AS THREE WEEKS A 12.2 BACK AND

03:01PM  11  FORTH.

03:01PM  12          THE COURT:  SO YOU'RE TALKING ABOUT THE 12.2

03:01PM  13  SCHEDULE?

03:01PM  14          MS. BAEHR-JONES:  SORRY.  YES.  SO THE GOVERNMENT'S

03:01PM  15  PROPOSED SCHEDULE ON HOW TO ACCOMPLISH JUST SOME OF THE THINGS

03:01PM  16  THAT THE GOVERNMENT THINKS ARE IMPORTANT TO GET A RECORD ON

03:01PM  17  BEFORE THE COURT RULES ON THE MOTIONS TO SEVER BECAUSE --

03:01PM  18          THE COURT:  TELL ME WHERE YOUR SCHEDULE IS AND WHAT

03:01PM  19  DOCUMENT SO WE CAN ALL GET IT.

03:01PM  20          MS. BAEHR-JONES:  OKAY.  YES, THIS IS THE

03:01PM  21  GOVERNMENT'S ADMINISTRATIVE MOTION TO SET DEADLINES OF

03:01PM  22  SCHEDULES AND THE NUMBER IS --

03:01PM  23          MR. LEACH:  I BELIEVE IT'S DOCKET NUMBER 248, YOUR

03:01PM  24  HONOR.

03:01PM  25          THE COURT:  OKAY.  THANK YOU.

SEALED PROCEEDINGS

03:01PM 1          MR. LEACH:  IT WAS FILED ON DECEMBER 30TH, 2019,

03:01PM 2   AND -- WELL, LODGED ON DECEMBER 30TH, AND I BELIEVE THE COURT

03:02PM 3   ORDERED IT FILED ON JANUARY 10TH.

03:02PM 4          THE COURT:  YES, YES, I HAVE IT.

03:02PM 5      IT'S 246 DID YOU SAY?

03:02PM 6          MR. LEACH:  248.

03:02PM 7          THE COURT:  248.  OKAY.

03:02PM 8      YES.

03:02PM 9          MS. BAEHR-JONES:  AND THE PROPOSED SCHEDULE IS ON

03:02PM 10  PAGE 2.

03:02PM 11         THE COURT:  OKAY.  DO WE ALL HAVE THAT?  DOES

03:02PM 12  EVERYBODY HAVE THAT?

03:02PM 13         MR. CAZARES:  YES, YOUR HONOR.

03:02PM 14         MR. WADE:  YES, YOUR HONOR.

03:02PM 15         MS. BAEHR-JONES:  SO THIS JUST BUILDS IN QUITE A BIT

03:02PM 16  OF TIME, BUT IT CAN EASILY BE TRUNCATED TO MOVE THIS PROCESS

03:02PM 17  ALONG AND THEN GET THAT TO THE COURT SO THE COURT CAN HAVE A

03:02PM 18  BASIS FOR THE FULL RECORD FOR RULING ON THE MOTIONS TO SEVER

03:02PM 19  EARLIER, WHICH I THINK ALL OF THE PARTIES WOULD BE IN AGREEMENT

03:02PM 20  THAT WE WOULD WANT THAT AS SOON AS WE COULD KNOW TO PREPARE

03:02PM 21  PROPERLY FOR TRIAL.

03:02PM 22         THE COURT:  OKAY.  MR. WADE OR MR. DOWNEY?

03:02PM 23         MR. DOWNEY:  YOUR HONOR, KEVIN DOWNEY FOR

03:02PM 24  MS. HOLMES.

03:03PM 25      I WANT TO ANSWER THE COURT'S QUESTION AS BEST I CAN FOR

03:03PM 1      PURPOSES OF TODAY.

03:03PM 2              THE COURT:  SURE.  AND LET ME TELL YOU, AGAIN, I'M

03:03PM 3      NOT ASKING YOU TO REVEAL ANYTHING YOU DON'T WANT TO REVEAL,

03:03PM 4      INCLUDING AND PARTICULARLY ANY DEFENSE THAT YOU FEEL THAT I'M

03:03PM 5      ASKING YOU TO REVEAL TODAY.  THAT'S NOT WHAT I'M DOING.  I WAS

03:03PM 6      MAKING HIGH-LEVEL COMMENTS ABOUT CONSIDERATION FOR THE MOTIONS.

03:03PM 7              MR. DOWNEY:  I APPRECIATE THAT, YOUR HONOR.  AND I

03:03PM 8      RECOGNIZE THAT PART OF THE INQUIRY THE COURT HAS TO MAKE WHEN

03:03PM 9      DECIDING A SEVERANCE MOTION IS HOW LIKELY IS IT THAT THE ISSUE

03:03PM 10     THAT IS PRESENTED FOR SEVERANCE WILL ARISE DURING THE TRIAL.

03:03PM 11          SO WE THOUGHT ABOUT THAT A GOOD DEAL --

03:03PM 12             THE COURT:  I'M SURE YOU DID.

03:03PM 13             MR. DOWNEY:  -- BEFORE WE FILED OUR 12.2 NOTICE,

03:03PM 14     WHICH IS REALLY -- I THINK AS THE COURT HAS ALREADY GLEANED, A

03:03PM 15     NUMBER OF THINGS HAPPENED IN DECEMBER THAT RELATED TO THIS

03:03PM 16     ISSUE, ALL OF WHICH ARE SOMEWHAT DISTINCT FROM EACH OTHER.

03:04PM 17          THE FIRST THING THAT HAPPENED WAS THAT MS. HOLMES FILED

03:04PM 18     HER 12.2 NOTICE.  THAT'S A TRIAL NOTICE ISSUE, AND IT GIVES THE

03:04PM 19     POTENTIAL ABILITY TO THE GOVERNMENT TO DO AN EXAMINATION AFTER

03:04PM 20     WE DO ANY FINAL EXPERT REPORT, WHICH IS IN TURN RESPONSIVE TO

03:04PM 21     THE GOVERNMENT'S CASE ON THE ISSUE OF MENS REA.

03:04PM 22          SO THAT'S REALLY AN ISSUE OF TRIAL PREPARATION FOR THE

03:04PM 23     GOVERNMENT.

03:04PM 24          OF COURSE, WHEN THE COURT ULTIMATELY DECIDES WHETHER AN

03:04PM 25     EXAMINATION IS APPROPRIATE OR NOT, THERE'S A BACKDROP OF

SEALED PROCEEDINGS

03:04PM 1    SIGNIFICANT FIFTH AND SIXTH AMENDMENT ISSUES WHICH I'M SURE AT

03:04PM 2    SOME POINT WE WOULD HAVE TO DISCUSS.

03:04PM 3        THE SECOND THING THAT HAPPENED IS ANTICIPATING THE FILING

03:04PM 4    OF THAT MOTION, MR. BALWANI FILED HIS MOTION TO SEVER --

03:04PM 5            THE COURT:  HE FILED FIRST AND IT WAS --

03:04PM 6            MR. DOWNEY:  HE DID.

03:04PM 7            THE COURT:  HE FILED FIRST.  CANDIDLY, I SAW IT AS

03:05PM 8    UNTIMELY BECAUSE YOU HAD NOT SAID ANYTHING, AND HIS MOTION WAS

03:05PM 9    FILED BASED ON I THINK A PERHAPS COMMUNICATION BETWEEN COUNSEL.

03:05PM 10           MR. DOWNEY:  NO.  WHAT OCCURRED, YOUR HONOR, IS,

03:05PM 11   JUST TO REMIND THE COURT, WE HAD BEEN HERE APPRISING THE COURT

03:05PM 12   OF THIS POTENTIAL ISSUE IN THE LATE SUMMER.

03:05PM 13       WE CONDUCTED -- THE FORENSIC PSYCHOLOGIST CONDUCTED AN

03:05PM 14   EXAMINATION, AND WE GOT REPORTS FROM THAT EXAMINATION, AND THEN

03:05PM 15   BY LETTER IN SEPTEMBER WE GAVE NOTICE TO MR. BALWANI, AND THAT

03:05PM 16   LETTER IS ATTACHED TO HIS MOTION TO SEVER.

03:05PM 17           THE COURT:  OKAY.  I THINK YOU SUGGESTED SOMETHING

03:05PM 18   THAT THIS WAS BEFORE THE COURT IN JUNE I THINK YOU SAID.

03:05PM 19           MR. DOWNEY:  I THINK IN THE -- IT WAS -- I BELIEVE

03:05PM 20   IT WAS JULY.

03:05PM 21           THE COURT:  AND I DON'T THINK THE GOVERNMENT WAS

03:05PM 22   PART OF THAT.

03:05PM 23           MR. DOWNEY:  NO.  I UNDERSTAND, YOUR HONOR,

03:05PM 24   ALTHOUGH --

03:05PM 25           THE COURT:  DO YOU UNDERSTAND WHAT I'M SAYING?

SEALED PROCEEDINGS

03:05PM  1          MR. DOWNEY:  I DO.  I DO.

03:06PM  2      AND I BELIEVE THE NOTICE TO MR. BALWANI IS ATTACHED TO HIS

03:06PM  3  PLEADING.

03:06PM  4          THE COURT:  LET ME JUST INDICATE THE COURT IS NOT

03:06PM  5  GOING TO, WITHOUT YOUR PERMISSION, I'M NOT GOING TO REVEAL

03:06PM  6  ANYTHING THAT WAS DISCUSSED IN AN EX PARTE HEARING.

03:06PM  7          MR. DOWNEY:  FINE.  THANK YOU, YOUR HONOR.

03:06PM  8          THE COURT:  BUT THAT'S UP TO YOU.

03:06PM  9          MR. DOWNEY:  I APPRECIATE THAT, AND I DON'T HAVE ANY

03:06PM  10 ISSUE DISCLOSING THAT WE SENT A LETTER AND THAT IT WAS -- IT

03:06PM  11 FOLLOWED ONE OF THE EX PARTE CONFERENCES.

03:06PM  12         THE COURT:  OKAY.

03:06PM  13         MR. LEACH:  I THINK IT IS IMPORTANT TO NOTE THAT

03:06PM  14 FACT, YOUR HONOR.

03:06PM  15     THE FIRST TIME THE GOVERNMENT IS LEARNING OF THIS

03:06PM  16 POTENTIAL DEFENSE IS DECEMBER 3RD OR DECEMBER 5TH OF 2019.  SO

03:06PM  17 AT THE TIME THE SCHEDULING ORDER IS SET, WE HAVE NO KNOWLEDGE

03:06PM  18 OF THE MOTION TO SEVER BASED ON THE LIKELY 12.2 DEFENSE, AND WE

03:06PM  19 HAVE NO IDEA WHAT MR. BALWANI'S RESPONSE TO THAT MIGHT BE.  SO

03:06PM  20 THE COURT IS CORRECT THAT WE LEARNED ABOUT THIS IN DECEMBER.

03:07PM  21         MR. DOWNEY:  YEAH.  AND OF COURSE WE HAVE NO IDEA

03:07PM  22 WHAT MR. BALWANI'S RESPONSE IS, EITHER.  WE JUST WANTED TO

03:07PM  23 PROVIDE THAT NOTICE TIMELY TO HIM.

03:07PM  24     MR. BALWANI'S MOTION, OF COURSE, RAISES THE POSSIBILITY OF

03:07PM  25 PREJUDICE, WHICH LEADS TO THE FIRST QUESTION THE COURT ASKED.

SEALED PROCEEDINGS
22

03:07PM  1     AND OF COURSE I'M NOT IN A POSITION TO COMMENT ON

03:07PM  2  DEFENDANT TESTIMONY AS THE COURT'S COMMENTS ANTICIPATE.

03:07PM  3     THAT BEING SAID, TO THE EXTENT THAT THE COURT'S QUESTION

03:07PM  4  IS HOW LIKELY IS IT THAT THERE WILL BE NONEXPERT TESTIMONY BY A

03:07PM  5  FACT WITNESS THAT RELATES TO THIS ISSUE, I THINK WE WOULD NOT

03:07PM  6  HAVE FILED THE MOTION IF WE DID NOT ANTICIPATE THAT THAT WAS

03:07PM  7  LIKELY.

03:07PM  8          THE COURT:  OKAY.

03:07PM  9          MR. DOWNEY:  THAT BEING SAID, I THINK THAT REALLY

03:07PM  10  LAYS OUT A PATH FOR HOW THE COURT MIGHT DEAL WITH THESE

03:07PM  11  SEVERANCE ISSUES BECAUSE MR. BALWANI'S MOTION DEPENDS ON THE

03:08PM  12  ARGUMENT, WHETHER TRUE OR NOT, THAT THE INTRODUCTION OF THIS

03:08PM  13  TESTIMONY AND EVIDENCE ON THIS ISSUE WILL PREJUDICE HIM IN

03:08PM  14  CONNECTION WITH HIS ABILITY TO GET A FAIR TRIAL.

03:08PM  15     ON THAT BASIS ALONE, I THINK THE COURT SHOULD CONSIDER,

03:08PM  16  QUITE SIMPLY, THAT LEGAL ISSUE WITH THE ASSUMPTION THAT THERE

03:08PM  17  IS A JUDGE TO BE A LIKELIHOOD THAT AT LEAST NONEXPERT TESTIMONY

03:08PM  18  WILL COME IN, AS WELL AS EXPERT TESTIMONY, WHICH WILL KEY OFF

03:08PM  19  OF THAT NONEXPERT TESTIMONY.

03:08PM  20     I'M NOT MAKING COMMENTS OBVIOUSLY ON MS. HOLMES OR HER

03:08PM  21  TESTIMONY, AND I'M NOT IDENTIFYING THAT TESTIMONY, BUT I AM

03:08PM  22  TELLING THE COURT THAT WE HAVE MADE SOME JUDGMENT IN THAT

03:08PM  23  REGARD.

03:08PM  24          THE COURT:  OKAY.  WELL, THAT'S HELPFUL.  THANK YOU.

03:08PM  25          MR. DOWNEY:  NOW, LET ME COMMENT JUST BRIEFLY ON THE

SEALED PROCEEDINGS

03:08PM 1   QUESTION OF THE EXAM THAT HAS BEEN REQUESTED BECAUSE I THINK

03:09PM 2   THE COURT SOUGHT SOME -- AND THE COURT DIDN'T USE THIS WORD --

03:09PM 3   BUT PERHAPS SOME EFFICIENCY IN CONNECTION WITH THAT.

03:09PM 4       WHETHER THERE WILL BE AN EXAM OR NOT IS TRULY A PREMATURE

03:09PM 5   QUESTION IN THIS CONTEXT.  THE EXPERT'S REPORT WOULD BE

03:09PM 6   INTRODUCED IN CONNECTION WITH INSTIGATING THE MENS REA ELEMENT

03:09PM 7   OF THE OFFENSES THAT ARE ALLEGED.

03:09PM 8       WE'RE NOT YET AT THE POINT WHERE THE GOVERNMENT HAS REALLY

03:09PM 9   COMPLETED SHOWING WHAT THE CASE WILL BE.  WE HAVE A PENDING

03:09PM 10  MOTION FOR BILL OF PARTICULARS.  THE GOVERNMENT, AS YOU KNOW,

03:09PM 11  IS CONTINUING TO PROVIDE RULE 16 DISCLOSURE.

03:09PM 12      WHEN THAT IS DONE, IT WILL BE APPROPRIATE FOR THE DEFENSE,

03:09PM 13  AS IS CONTEMPLATED UNDER THE SCHEDULING ORDER, TO PREPARE ITS

03:09PM 14  EXPERT'S REPORTS.

03:09PM 15      THE RIGHT TO AN EXAM UNDER 12.2 ARISES FROM THE RIGHT TO

03:09PM 16  REBUT THE DEFENSE'S EXPERT REPORT, NOT FROM THE FACT THAT THE

03:10PM 17  ISSUE IS IN THE CASE.

03:10PM 18      SO ULTIMATELY I WOULD EXPECT, YOUR HONOR, THAT WHEN WE

03:10PM 19  FILE AN EXPERT REPORT, AND IT'S CURRENTLY SCHEDULED TO BE AT

03:10PM 20  THE END OF APRIL, THAT THE GOVERNMENT WILL SEEK AN EXAMINATION

03:10PM 21  FOR PURPOSES OF PREPARING THEIR REBUTTAL.

03:10PM 22      AS I SUGGESTED TO YOU, I THINK A NUMBER OF LEGAL ISSUES

03:10PM 23  WILL ARISE WITH THAT.  IT'S A COMPLEX QUESTION WHICH I WOULD --

03:10PM 24  I THINK THE COURT WOULD WANT BRIEFING ON, BUT ALL OF THAT I

03:10PM 25  THINK CAN BE SHORT CIRCUITED IF THE COURT JUST GRANTS

SEALED PROCEEDINGS

03:10PM 1    MR. BALWANI'S SEVERANCE MOTION.  OF COURSE, THAT DEPENDS ON THE

03:10PM 2    COURT'S RULING ON THAT MATTER.

03:10PM 3         THE COURT:  WELL -- THANK YOU.  I'LL NEED SOME BASIS

03:10PM 4    TO GRANT HIS MOTION IF I DO THAT, AND I THINK MY COMMENTS THIS

03:10PM 5    MORNING WERE -- THIS AFTERNOON WERE HOPING TO CAPTURE THE

03:10PM 6    THOUGHT PROCESS INVOLVED IN THAT.

03:11PM 7         MS. BAEHR-JONES:  YES, YOUR HONOR.  I JUST WANT TO

03:11PM 8    RESPOND TO THE POINT THAT THERE WOULD BE FACT TESTIMONY THAT

03:11PM 9    WOULD PREJUDICE DEFENDANT BALWANI REGARDLESS OF THE DECISION,

03:11PM 10   THE COURT'S DECISION ON THE 12.2 EXPERT.

03:11PM 11      I ACTUALLY THINK HERE THERE MAY NOT BE ADMISSIBLE RELEVANT

03:11PM 12   TESTIMONY, FACT TESTIMONY IF THERE IS NOT AN EXPERT WHO SAYS

03:11PM 13   THE DEFENDANT SUFFERED THESE MENTAL ILLNESSES, PTSD, AND THAT

03:11PM 14   WENT TO HER MENS REA, HERE'S HOW IT AFFECTS SOMEBODY, HERE'S

03:11PM 15   HOW IT AFFECTS SOMEONE'S MINDSET AND AFFECTS HOW THEY

03:11PM 16   UNDERSTAND IF THEY'RE LYING AND HOW THEY UNDERSTAND RIGHT FROM

03:11PM 17   WRONG.

03:11PM 18      ABSENT THAT TESTIMONY, THIS DOESN'T APPEAR, AT LEAST FROM

03:11PM 19   WHAT THE GOVERNMENT HAS SEEN, AND THERE MAY BE EX PARTE

03:11PM 20   PROFFERS THAT WE HAVE NOT SEEN, BUT FROM WHAT THE GOVERNMENT

03:11PM 21   HAS SEEN, THIS DOESN'T APPEAR TO BE A FACT PATTERN THAT LAYS

03:11PM 22   OUT A DRESS DEFENSE.  THIS IS CONDUCT THAT HAPPENED BETWEEN THE

03:11PM 23   TWO OF THEM THAT OTHERWISE WOULD BE COMPLETELY IRRELEVANT AND

03:12PM 24   INADMISSIBLE AS PART OF THE DEFENSE, AS PART OF THE TRIAL.

03:12PM 25   IT'S HIGHLY PREJUDICIAL.  IT REALLY COULD CONFUSE THE JURY ON

SEALED PROCEEDINGS
25

03:12PM 1    THE RELEVANT ISSUES.  IT'S NOT LIKE THE CASE THAT THEY CITE

03:12PM 2    WHERE A DEFENDANT WAS LITERALLY SAYING YOU CAN'T GET YOUR LEG

03:12PM 3    FIXED UNLESS YOU SIGN THESE DOCUMENTS.  THAT'S NOT WHAT WE HAVE

03:12PM 4    HERE.

03:12PM 5         SO I DO THINK THAT THIS IS NOT A CASE WHERE SIMPLY A

03:12PM 6    PROFFER OF A FACT WITNESS WOULD SUFFICE TO MAKE THE FINAL

03:12PM 7    DETERMINATION, A VERY CRUCIAL DETERMINATION, THAT THESE TWO

03:12PM 8    DEFENDANTS CANNOT GO TO TRIAL TOGETHER.

03:12PM 9              THE COURT:  WELL, THE SEVERANCE MOTION IS NOT REALLY

03:12PM 10   IN FRONT OF ME RIGHT NOW AS YOU STILL HAVE TO FILE A RESPONSE,

03:12PM 11   BUT I APPRECIATE -- AND THANK YOU ALL FOR ENGAGING IN THIS

03:12PM 12   CONVERSATION.  I THINK THIS BETTER INFORMS THE GOVERNMENT AS TO

03:12PM 13   WHAT THEIR RESPONSE WOULD BE AND A REPLY, IF IT'S GOING TO COME

03:12PM 14   IN, AND THE CONVERSATION THAT WE'LL HAVE ABOUT THE MOTION.

03:13PM 15        BUT I THINK THAT'S A CRITICAL -- AND YOU'VE TOUCHED ON IT.

03:13PM 16   I THINK THERE ARE TWO CRITICAL DIFFERENCES IN TESTIMONY.  A

03:13PM 17   FACT WITNESS CAN TESTIFY THAT HE DID THIS TO ME AND LEAVE IT AT

03:13PM 18   THAT.

03:13PM 19        AND THEN, AS COUNSEL SUGGESTS, IF THERE'S GOING TO BE SOME

03:13PM 20   EXPERT EXPLANATION ABOUT WHAT HE DID AND HOW THAT RELATES TO

03:13PM 21   CONDUCT, IN REGARDS TO THE ABILITY OR NOT TO FORM MENS REA,

03:13PM 22   THAT'S AN EXPERT SITUATION.

03:13PM 23        IF A WITNESS TESTIFIES I DID IT, BUT I WOULDN'T HAVE DONE

03:13PM 24   IT BUT FOR, THAT'S DIFFERENT.  THAT'S A PURE DURESS, I GUESS

03:13PM 25   I'LL CALL IT THAT, BUT THAT'S A MORE DURESS.

SEALED PROCEEDINGS

03:13PM   1         AND I -- IT'S DIFFICULT TO TALK ABOUT THESE TWO THINGS

03:13PM   2    BECAUSE I DON'T WANT TO HAVE YOU COMMIT IN SOME WAY, BUT I WANT

03:13PM   3    TO SHARE WITH YOU THE PROBLEM THAT THE COURT HAS AS TO WHAT IS

03:14PM   4    IT THAT I'M GOING TO BE HEARING, AND WHAT IS IT THAT WE'RE

03:14PM   5    LIKELY TO HEAR, BECAUSE IT'S TWO DIFFERENT ROADS, ISN'T IT?

03:14PM   6    PERHAPS THREE.

03:14PM   7         MS. BAEHR-JONES:  AND THE OTHER POINT THAT I WANTED

03:14PM   8    TO MAKE, YOUR HONOR, ABOUT THE EXAMINATION, I THINK THERE ARE

03:14PM   9    TWO DIFFERENT BASES FOR THE GOVERNMENT TO HAVE AN EXAMINATION

03:14PM  10    OF THE DEFENDANT HERE BECAUSE DEFENDANT HOLMES HAS PUT HER

03:14PM  11    MENTAL STATE AT ISSUE IN HER MOTION TO SEVER BY SAYING

03:14PM  12    EFFECTIVELY IT'S ALMOST LIKE A COMPETENCY ISSUE.  AND FRANKLY,

03:14PM  13    IT FLAGGED FOR THE GOVERNMENT A CONCERN THAT THIS IS -- THIS

03:14PM  14    GOES TO HER ABILITY TO RAISE A DEFENSE AT TRIAL.  THAT'S PART

03:14PM  15    OF WHAT THE EXPERT IS CONCLUDING THAT SHE'S NOT ABLE TO

03:14PM  16    EFFECTIVELY PRESENT A DEFENSE AT TRIAL, AND WE HAVEN'T FULLY

03:14PM  17    SORT OF THOUGHT THROUGH THE RAMIFICATIONS OF THAT IN TERMS OF

03:14PM  18    THE RECORD, BUT IT IS LIKE A COMPETENCY CLAIM IN THAT IT RELIES

03:14PM  19    ON THE EXPERT OPINION OF DR. MECHANIC.

03:14PM  20         AND ANY TYPE OF ISSUE THAT COMES BEFORE THE COURT THAT

03:15PM  21    RELIES ON THE MENTAL HEALTH EXPERT, THE RULES PROVIDE FOR

03:15PM  22    THE -- FOR A NEUTRAL OR A GOVERNMENT EXAMINATION SO THAT THE

03:15PM  23    COURT HAS A FULL RECORD TO MAKE THAT DECISION, TO ESSENTIALLY

03:15PM  24    MAKE A FACTUAL FINDING BASED ON THE EXPERT'S OPINION OF THE

03:15PM  25    DEFENDANT'S STATE.

SEALED PROCEEDINGS

03:15PM   1        SO THAT'S A SEPARATE ISSUE THAT IS INTERWOVEN IN ALL OF

03:15PM   2   THIS, BUT, FRANKLY, WHEN WE WERE THINKING ABOUT WHAT WE WOULD

03:15PM   3   BE ASKING TO TALK TO, TO SORT OF RAISE AS ONE OF THE ISSUES

03:15PM   4   DURING THE EXAMINATION, IT'S NOT JUST 12.2 ISSUES, IT'S ALSO

03:15PM   5   THIS, THIS SORT OF CURRENT MENTAL STATE ISSUE OF WHETHER SHE

03:15PM   6   CAN SIT NEXT TO THE DEFENDANT AT TRIAL, AND THEN TO PROTECT THE

03:15PM   7   RECORD, SOME COMPETENCY QUESTIONS.

03:15PM   8        MR. DOWNEY:  YOUR HONOR, JUST TO BE CLEAR, THIS IS

03:15PM   9   NOT A COMPETENCY ISSUE.  I THINK IT'S BEING ANALOGIZED TO A

03:15PM  10   COMPETENCY ISSUE BECAUSE THAT'S A CONTEXT IN WHICH THE COURT

03:16PM  11   WOULD ACTUALLY HAVE THE ABILITY TO ORDER AN EXAMINATION, AND

03:16PM  12   I'M NOT CLEAR THAT THE GOVERNMENT WOULD.

03:16PM  13        BUT THERE'S NO QUESTION HERE THAT THERE'S NOTHING ABOUT

03:16PM  14   THE MOTION THAT WOULD PREVENT MS. HOLMES FROM STANDING TRIAL.

03:16PM  15        THE QUESTION IS CAN SHE DO SO EFFECTIVELY IN THE CONTEXT

03:16PM  16   OF A JOINT TRIAL?

03:16PM  17        I THINK THE REASON THE GOVERNMENT IS REACHING INTO THE

03:16PM  18   VARIOUS SUBSECTIONS OF 12.2 TO TRY TO CREATE A RIGHT TO DO AN

03:16PM  19   EXAMINATION IS THAT THERE'S A VERY LIMITED ABILITY TO DO AN

03:16PM  20   EXAMINATION BECAUSE OF THE BACKDROP OF FIFTH AND SIXTH

03:16PM  21   AMENDMENT ISSUES.

03:16PM  22        THE ONLY TIMES WHEN AN EXAMINATION CAN BE ORDERED OF A

03:16PM  23   DEFENDANT, IS WHEN THERE'S AN ISSUE OF GUILT, THERE'S AN ISSUE

03:16PM  24   OF WHETHER THE DEFENDANT WILL BE ABLE TO STAND TRIAL AT ALL, OR

03:16PM  25   AN ISSUE AS TO PUNISHMENT.

03:16PM  1            THIS ISN'T ANY OF THOSE ISSUES.

03:16PM  2            REGARDLESS OF THE OUTCOME ON THE SEVERANCE MOTIONS, ABSENT

03:16PM  3       THE CASE BEING DISMISSED OR THROWN OFF TRACK FOR ANOTHER

03:17PM  4       REASON, THERE WILL BE A TRIAL.  THE QUESTION IS JUST WHETHER IT

03:17PM  5       WILL OCCUR JOINTLY.

03:17PM  6            THE COURT:  WELL, THAT'S RIGHT, THAT'S WHAT THE

03:17PM  7       SEVERANCE IS ABOUT.

03:17PM  8            SECONDARILY IS WHETHER OR NOT CERTAIN PROFFERED EVIDENCE

03:17PM  9       WOULD BE ADMITTED BY THE COURT.  I'M TALKING ABOUT DAUBERT AND

03:17PM  10      THOSE TYPES OF THINGS WHICH STILL PRESENT.

03:17PM  11           BUT THE DECLARATION OF THE DOCTOR -- AND THE REASON I'M

03:17PM  12      HAVING THIS DISCUSSION IS I'M NOT REALLY CLEAR ABOUT WHAT, AND

03:17PM  13      MAYBE THIS WAS PURPOSEFUL, BUT I'M NOT REALLY CLEAR ABOUT WHAT

03:17PM  14      SHE WILL TESTIFY TO, THE DOCTOR.

03:17PM  15           MR. DOWNEY:  WELL, NOR SHOULD YOU BE FROM THE

03:17PM  16      DECLARATION ACTUALLY, YOUR HONOR.

03:17PM  17           THE COURT:  IT WAS APPROPRIATELY VAGUE.

03:17PM  18           MR. DOWNEY:  NO, IT'S NOT REALLY FOR THAT REASON SO

03:17PM  19      MUCH, YOUR HONOR, AS THE DOCTOR'S DECLARATION WAS SUBMITTED IN

03:17PM  20      CONNECTION WITH A MOTION THAT RELATES TO MS. HOLMES'S PRESENT

03:17PM  21      STATE OF MIND.

03:17PM  22           IT'S NOT A -- MS. HOLMES'S SEVERANCE MOTION IS REALLY

03:17PM  23      ABOUT PRESENT STATE OF MIND ISSUES AND WHETHER THERE WOULD BE

03:18PM  24      AN INTERFERENCE WITH HER ABILITY TO GET A FAIR TRIAL AS A

03:18PM  25      RESULT OF A JOINT TRIAL, PARTICIPATING IN IT ON A JOINT BASIS

SEALED PROCEEDINGS

03:18PM 1    WITH MR. BALWANI.

03:18PM 2         THAT HAS NOTHING TO DO WITH TRIAL ISSUES.  I THINK WHAT

03:18PM 3    THE COURT IS NOW ASKING IS, WELL, HOW LIKELY IS IT THAT THERE

03:18PM 4    WOULD BE EVIDENCE IN THE TRIAL THAT RELATES TO THIS ISSUE BE IT

03:18PM 5    FACT EVIDENCE, BE IT EXPERT EVIDENCE.

03:18PM 6         WHAT I AM SAYING TO THE COURT IS THAT THE THRESHOLD FOR

03:18PM 7    ADMITTING SUCH EVIDENCE IS VERY LOW WHEN THE ISSUE GOES TO

03:18PM 8    MENS REA, AND I EXPECT THAT THERE WILL BE SUCH TESTIMONY AND

03:18PM 9    THAT IT ULTIMATELY WILL BE ADMITTED.

03:18PM 10        THERE'S A CONTINUAL REFERENCE, I THINK, GIVEN THE COURT'S

03:18PM 11   COMMENT, TO A DURESS DEFENSE.  THIS IS NOT AN AFFIRMATIVE

03:18PM 12   DEFENSE OF DURESS.

03:18PM 13        THIS IS A MENS REA ISSUE.

03:18PM 14             THE COURT:  OKAY.

03:19PM 15             MR. DOWNEY:  AND EVEN IN THE ABSENCE OF EXPERT

03:19PM 16   TESTIMONY, THE NINTH CIRCUIT HAS HELD IT ERROR NOT TO ADMIT

03:19PM 17   FACT TESTIMONY RELATED TO THESE ISSUES AS THE COURT PROBABLY

03:19PM 18   KNOWS, BUT THE CASES ARE CITED IN OUR BRIEF.

03:19PM 19             THE COURT:  AND WHAT WE'RE TALKING ABOUT HERE, OR

03:19PM 20   WE'VE BEEN TALKING ABOUT THE SEVERANCE MOTION, BUT THE

03:19PM 21   CONVERSATION REALLY IS RELATED TO MR. BALWANI'S ISSUE, BECAUSE

03:19PM 22   IT IS HIS ISSUE.

03:19PM 23        YOU HAVE A DIFFERENT ISSUE.

03:19PM 24             MR. DOWNEY:  THAT'S EXACTLY RIGHT.

03:19PM 25             THE COURT:  YOUR ISSUE IS MY CLIENT WILL SUFFER IF

SEALED PROCEEDINGS

30

03:19PM  1    SHE -- BECAUSE OF ALL OF THESE THINGS, SHE WILL SUFFER AND SHE

03:19PM  2    CANNOT POSSIBLY SIT IN THE COURTROOM WITH HER CODEFENDANT IN

03:19PM  3    THIS CASE, THEREFORE, HER SIXTH AND FIFTH AMENDMENT

03:19PM  4    CONSTITUTIONAL RIGHTS ARE IMPINGED.  THAT'S YOUR MOTION.

03:19PM  5        HIS MOTION IS VERY DIFFERENT.  HE IS ANTICIPATING FACT

03:19PM  6    TESTIMONY PERHAPS THAT IS CONCURRENT WITH WHAT YOUR EXPERT HAS

03:19PM  7    SAID.  AND HE SAYS I CAN'T POSSIBLY DEFEND AGAINST THAT AND

03:20PM  8    DEFEND AGAINST THE GOVERNMENT'S CASE, THAT'S UNFAIR, THAT'S

03:20PM  9    PREJUDICE.  AND EVERYTHING THAT THE GOVERNMENT PUTS AGAINST THE

03:20PM 10    DEFENDANT IS TYPICALLY PREJUDICIAL TO THEIR INTEREST, BUT HE

03:20PM 11    SAYS THIS IS UNFAIR PREJUDICE.

03:20PM 12            MR. DOWNEY:  THAT'S RIGHT.

03:20PM 13            THE COURT:  AND IT SHOULDN'T BE PERMITTED.

03:20PM 14            MR. DOWNEY:  I THINK THAT'S RIGHT, YOUR HONOR.  THE

03:20PM 15    ONLY REASON I'M REALLY COMMENTING ON ALL OF THIS IS TWOFOLD.

03:20PM 16        ONE IS THAT I THINK THE COURT UNDERSTANDABLY WAS MAKING

03:20PM 17    AN INQUIRY ABOUT LIKELIHOOD.  THAT'S NUMBER ONE.

03:20PM 18        NUMBER TWO, OF COURSE ULTIMATELY THE ISSUE IS WOULD SUCH

03:20PM 19    EVIDENCE BE ADMITTED AT A TRIAL?  IT'S DIFFICULT TO MAKE ANY

03:20PM 20    KIND OF FINAL JUDGMENT WITH RESPECT TO THAT.

03:20PM 21            THE COURT:  TODAY.

03:20PM 22            MR. DOWNEY:  NEEDLESS TO SAY TODAY.

03:20PM 23        BUT -- SO I'M JUST COMMENTING THAT I ANTICIPATE IT WILL BE

03:20PM 24    ADMITTED AND THAT THERE ARE SOUND BASES IN THE LAW FOR IT TO BE

03:20PM 25    ADMITTED.

SEALED PROCEEDINGS

03:20PM 1               AND BASED ON OUR PRESENT EXPECTATION, IT WOULD BE ADMITTED

03:20PM 2    IN CONNECTION WITH REBUTTING OR RESPONDING TO THE MENS REA

03:21PM 3    ELEMENT.

03:21PM 4           THE COURT:  OKAY.  WELL, THANK YOU.  THAT'S HELPFUL.

03:21PM 5    I APPRECIATE THE ASSISTANCE.

03:21PM 6       LET ME, LET ME TURN TO MR. CAZARES OR MR. COOPERSMITH,

03:21PM 7    WHOEVER WOULD LIKE TO SPEAK.

03:21PM 8       AGAIN, THE MOTIONS -- I'M NOT HEARING THE MOTIONS NOW.

03:21PM 9    THIS IS BACKGROUND FOR THE MOTIONS, BUT IT'S HELPFUL, AND I

03:21PM 10   APPRECIATE YOUR CANDOR HERE BECAUSE THE GOVERNMENT -- I'M GOING

03:21PM 11   TO GET AN OPPOSITION, I EXPECT, FROM THE -- MAYBE THEY'LL

03:21PM 12   CONCEDE THE MOTION -- BUT I EXPECT I WILL GET AN OPPOSITION

03:21PM 13   FROM THEM.

03:21PM 14      LET ME SAY THAT I'M GOING TO GIVE YOU ADDITIONAL TIME.

03:21PM 15   YOU'RE NOT GOING TO HAVE TO FILE IT THIS AFTERNOON.  I AM GOING

03:21PM 16   TO GIVE THEM ADDITIONAL TIME, AND I THINK THAT'S ONLY FAIR

03:21PM 17   GIVEN THE CONTEXT OF OUR CONVERSATION HERE.

03:21PM 18         MS. BAEHR-JONES:  YOUR HONOR, TO THAT POINT, IF I

03:21PM 19   MAY.

03:21PM 20      SO WHAT WE HAVE RIGHT NOW ON THE 12.2 NOTICE DOES NOT IN

03:21PM 21   FACT SAY THAT THE EXPERT IS GOING TO TESTIFY.

03:21PM 22          THE COURT:  RIGHT.

03:21PM 23        MS. BAEHR-JONES:  SO I THINK EVEN IF YOUR HONOR IS

03:21PM 24   NOT INCLINED TO GO WITH THE GOVERNMENT'S PROPOSED SCHEDULE, IT

03:21PM 25   WOULD BE VERY DIFFICULT TO WRITE AN OPPOSITION TO THIS MOTION

SEALED PROCEEDINGS

03:21PM 1    WITH THE AMOUNT OF FACTS THAT WE HAVE RIGHT NOW.  WE DON'T HAVE

03:22PM 2    THE EXPERT'S REPORT ABOUT WHAT SHE'S GOING TO SAY.

03:22PM 3              THE COURT:  PARDON ME.  LET ME INTERRUPT YOU.  I'M

03:22PM 4    TALKING ABOUT A RESPONSE TO THE CODEFENDANT, MR. BALWANI'S

03:22PM 5    MOTION.

03:22PM 6              MS. BAEHR-JONES:  BUT STILL, WE DON'T -- TO RESPOND

03:22PM 7    TO HIS MOTION WE WOULD HAVE TO TALK ABOUT PREJUDICE, AND SINCE

03:22PM 8    WE DON'T KNOW WHAT THE EXPERT TESTIMONY IS EVEN GOING TO LOOK

03:22PM 9    LIKE, IT WOULD BE ALMOST IMPOSSIBLE TO RESPOND TO HOW MUCH

03:22PM 10   PREJUDICE THERE WOULD BE TO DEFENDANT BALWANI.  EVEN IF THE

03:22PM 11   COURT IS NOT INCLINED TO GO WITH THIS SCHEDULE, THE GOVERNMENT

03:22PM 12   WOULD URGE FOR THE DEFENDANTS TO PROVIDE ADDITIONAL INFORMATION

03:22PM 13   LIKE THE SUMMARY REPORT OF THE 12.2 EXPERT SO WE CAN AT LEAST,

03:22PM 14   BASED ON THAT INFORMATION, MAKE OUR ARGUMENTS IN OPPOSITION.

03:22PM 15             THE COURT:  SURE.  WELL, LET'S HERE WHAT MR. BALWANI

03:22PM 16   HAS TO SAY.

03:22PM 17             MR. CAZARES:  THANK YOU, YOUR HONOR.

03:22PM 18   STEPHEN CAZARES FOR MR. BALWANI.

03:22PM 19        YOUR HONOR, WE APPRECIATE THE POSITION THAT THE COURT IS

03:22PM 20   IN AND BEING ASKED TO MAKE THESE DECISIONS AT THIS TIME WHILE

03:23PM 21   THERE'S SO MANY KIND OF BALLS UP IN THE AIR AND IT'S NOT CLEAR

03:23PM 22   WHERE THEY'RE ALL GOING TO LAND.

03:23PM 23        BUT THE PROBLEM IS FOR US, FOR MR. BALWANI AND HIS CASE

03:23PM 24   AND HIS ARGUMENTS FOR SEVERANCE AND THE PREJUDICE THAT HE

03:23PM 25   BELIEVES HE WOULD FACE, IF ANY ONE OF THOSE KIND OF EVIDENTIARY

03:23PM  1    BALLS IN THE AIR THAT THE HOLMES TEAM IS GOING TO SEEK TO ADMIT

03:23PM  2    INTO TRIAL, ANY OF IT THAT GETS INTO EVIDENCE AND IT'S

03:23PM  3    EXTREMELY PREJUDICIAL, ANY OF IT THAT GETS INTO EVIDENCE, IT

03:23PM  4    OTHERWISE WOULD BE 403 AND ADMISSIBLE CHARACTER EVIDENCE, AND

03:23PM  5    LIKELY IT WOULD RESULT IN SOME SORT OF A MISTRIAL.

03:23PM  6        FOR US IT'S NOT JUST A MATTER OF, WELL, MAYBE THE

03:23PM  7    GOVERNMENT WILL SUCCEED AND RAISE SOME SORT OF EVIDENTIARY

03:23PM  8    ISSUE FOR THE JURY IN A BATTLE OF EXPERTS.  MAYBE THEY'LL BE

03:23PM  9    LUCKY ENOUGH TO KEEP THE EXPERT TESTIMONY OUT.  MAYBE

03:23PM  10   MS. HOLMES WILL OR WON'T TESTIFY.

03:23PM  11       IT SOUNDS TO ME LIKE THE HOLMES DEFENSE TEAM INTENDS TO

03:24PM  12   PRESENT SOME EVIDENCE OF SOME SORT OF ABUSE ALLEGATIONS, TO

03:24PM  13   SUPPORT ABUSE ALLEGATIONS, AND WHETHER OR NOT THE EVIDENCE

03:24PM  14   AFFIRMATIVELY PROVES THE ALLEGATION ON ITS OWN SOLELY.  AS LONG

03:24PM  15   AS IT'S SOME EVIDENCE.

03:24PM  16       YOU KNOW, THE HOLMES TEAM, I WOULD THINK, WOULD BE MAKING

03:24PM  17   ARGUMENTS TO THE EXTENT THAT THERE ARE REASONABLE INFERENCES

03:24PM  18   FROM THAT SORT OF EVIDENCE.

03:24PM  19

03:24PM  20

03:24PM  21

03:24PM  22

03:24PM  23

03:24PM  24

03:24PM  25

SEALED PROCEEDINGS

03:24PM 1      AND TO THE EXTENT THAT ANY OF THAT EVIDENCE GETS INTO THE

03:24PM 2  TRIAL, WE'RE IN THE SAME POSITION.  WHETHER OR NOT IT'S ALL OR

03:24PM 3  JUST A LITTLE BIT, YOU KNOW, INCH FOR AN INCH AND INCH FOR A

03:25PM 4  MILE FOR US.

03:25PM 5      THE COURT:  WELL, YOU KNOW, I UNDERSTAND THAT, BUT

03:25PM 6  IN TRIALS, YOU'VE PROBABLY BEEN INVOLVED IN THEM, AND THERE ARE

03:25PM 7  CODEFENDANT CASES AND SOMEBODY SAYS, WELL, YOU KNOW, I NEVER

03:25PM 8  REALLY LIKED HIM OR HER AND I ALWAYS THOUGHT THEY WERE A BAD

03:25PM 9  INFLUENCE ON THEM.

03:25PM 10     OH REALLY?  WHY IS THAT?  WELL, YOU KNOW, HE USED TO DO

03:25PM 11 THIS.  HE WAS VERY JEALOUS, AND HE NEVER LET HER TALK TO

03:25PM 12 WAITERS WHEN WE WOULD GO TO A RESTAURANT, AND HE WAS ALWAYS

03:25PM 13 JEALOUS, AND THOSE TYPES OF THINGS.

03:25PM 14     WELL, THAT COMES IN AND THAT'S NOT NECESSARILY

03:25PM 15 PREJUDICIAL.  IT'S JUST SOMEBODY COMMENTING ON THEIR

03:25PM 16 OBSERVATIONS.

03:25PM 17     I BELIEVE I READ IN THE DECLARATIONS IT SOUNDS LIKE THERE

03:25PM 18 MIGHT BE THIRD PARTY EVIDENCE OFFERED BY MS. HOLMES, HER TEAM,

03:25PM 19 AS TO OBSERVATIONS ABOUT CONDUCT, AND THAT'S DILUTED, I

03:25PM 20 SUPPOSE, IF SHE DOESN'T TESTIFY.

03:25PM 21     BUT THIRD PARTY EVIDENCE IS AFFORDED, WELL, I SAW THIS,

03:25PM 22 NOT SHE TOLD ME, BUT I SAW THIS.

03:26PM 23     AND WHAT DID THAT LOOK LIKE?  WELL, IT LOOKED LIKE

03:26PM 24 WHATEVER.

03:26PM 25     THAT'S REMOVED FROM A WITNESS SAYING HE DID THIS TO ME.

03:26PM  1         MR. CAZARES:  BUT THAT'S MY POINT, YOUR HONOR.

03:26PM  2    THERE'S THE INFERENTIAL LINK, AND ANYBODY WHO HAS BEEN IN TRIAL

03:26PM  3    OR BEEN A TRIAL LAWYER OR A JUDGE, FACING TRIAL AND MAKING

03:26PM  4    DECISIONS BASED ON COUNSEL ARGUMENT, THERE'S A REASONABLE BASIS

03:26PM  5    FOR A DEFENSE LAWYER TO MAKE AN ARGUMENT BASED ON FACTS AND

03:26PM  6    EVIDENCE, EVEN IF THOSE FACTS DON'T DISPOSITIVELY PROVE THE END

03:26PM  7    GAME, TYPICALLY THEY GET TO MAKE IT.

03:26PM  8         THE COURT:  OF COURSE.

03:26PM  9         MR. CAZARES:  SO TO THE EXTENT THAT THESE SOMEWHAT

03:26PM  10   INNOCUOUS FACTS RELATING TO THIRD PARTY OBSERVATIONS DON'T

03:26PM  11   PROVE ON THEIR OWN THE ABUSE ALLEGATIONS, AND THEORETICALLY --

03:26PM  12   AGAIN, I'M NOT PRIVY TO WHAT THE HOLMES TEAM HAS SUBMITTED IN

03:26PM  13   CAMERA AND WHAT THEY ULTIMATELY PLAN TO ARGUE, BUT I SUSPECT AT

03:26PM  14   SOME LEVEL IT MAY BE THAT MR. BALWANI CAUSED HER TO DO THINGS

03:26PM  15   AND MAKE DECISIONS THAT SHE DIDN'T INTEND TO.

03:26PM  16        THE COURT:  HAVE YOU SEEN THE REPORT?

03:27PM  17        MR. CAZARES:  I HAVE NOT.

03:27PM  18        THE COURT:  I SEE.  OKAY.

03:27PM  19        MR. CAZARES:  I HAVE NOT.  I'M PURELY GUESSING AND

03:27PM  20   SPECULATING RIGHT NOW, BUT I'VE BEEN AROUND LONG ENOUGH TO

03:27PM  21   IMAGINE WHAT SOME OF THE ARGUMENT MAY BE EVEN IF THE EXPERT

03:27PM  22   TESTIMONY AND/OR MS. HOLMES DOESN'T TESTIFY.

03:27PM  23        THE COURT:  YOU'VE SEEN THE REPORT?

03:27PM  24        MR. LEACH:  YOUR HONOR, I THINK THERE MAY BE A

03:27PM  25   DISCONNECT HERE.  I BELIEVE THE DECLARATION OF DR. MECHANIC HAS

03:27PM   1    BEEN SERVED ON MR. BALWANI.

03:27PM   2              THE COURT:  I SAID REPORT.  IT'S NOT A REPORT, IT'S

03:27PM   3    A DECLARATION.  YOU'VE SEEN THE DECLARATION?

03:27PM   4              MR. CAZARES:  THE DECLARATION.  WE'VE SEEN THE

03:27PM   5    DECLARATION, AND OBVIOUSLY WE HAVE JUMPED TO OUR OWN INFERENCES

03:27PM   6    AND CONCLUSIONS BASED ON THAT.  WE HAVE NOT SEEN ANY UNDERLYING

03:27PM   7    REPORT.

03:27PM   8              THE COURT:  I'M NOT CERTAIN WHETHER ONE HAS BEEN

03:27PM   9    PREPARED YET BASED ON COMMENTS.

03:27PM  10         MY POINT IN TALKING ABOUT THIS IS THIRD PARTY OBSERVATIONS

03:27PM  11    ARE DIFFERENT THAN FIRST PARTY EXPERIENCES.  IT CAUSES A BIT OF

03:27PM  12    A DILUTION, IF YOU WILL, OF THE PREJUDICIAL FACT PERHAPS.

03:28PM  13              MR. CAZARES:  IT COULD BE A WEIGHT ISSUE, YOUR

03:28PM  14    HONOR.

03:28PM  15              THE COURT:  RIGHT.  EXACTLY.

03:28PM  16              MR. CAZARES:  IS IT AS SIGNIFICANT AS A FIRST PERSON

03:28PM  17    OBSERVATION?  BUT STILL EVIDENCE NONETHELESS.

03:28PM  18              THE COURT:  SO YOU FILED YOUR MOTION FIRST, AND YOU

03:28PM  19    DID NOT HAVE BENEFIT OF THE DECLARATION.  AND MS. BAEHR-JONES

03:28PM  20    WOULD LIKE ME TO CONTINUE TO REFER TO THAT AS THE UNSWORN

03:28PM  21    DECLARATION.

03:28PM  22         YOU DID NOT HAVE BENEFIT OF THAT, AND I'M CURIOUS NOW AS I

03:28PM  23    LOOK AT THIS, AND I ANTICIPATE THE OPPOSITION, I'M CURIOUS IF I

03:28PM  24    SHOULD ALLOW YOU TO AUGMENT YOUR MOTION BASED ON WHAT YOU'VE

03:28PM  25    HEARD NOW FROM YOUR CODEFENDANT'S LAWYER AND HAVE THE

03:28PM 1    GOVERNMENT RESPOND BASED ON THAT AS WELL.

03:28PM 2              MR. CAZARES:  YOUR HONOR, THERE MAY BE SOME AREAS

03:28PM 3    WHERE WE MAY WANT TO SUPPLEMENT.  I'M NOT SURE THE

03:28PM 4    DECLARATION -- WHILE IT DID ADD SOME MEAT TO THE BONES OF THE

03:28PM 5    12.2 LETTER I WOULD SUPPOSE, AND WE COULD REFER TO IT AT LEAST

03:28PM 6    FOR OUR OWN RECORD, I MEAN, I COULD CONSULT WITH

03:29PM 7    MR. COOPERSMITH, BUT TO THE EXTENT THAT THE COURT IS GOING TO

03:29PM 8    MAYBE NOT ADOPT THE GOVERNMENT'S PROPOSED SEVERANCE KIND OF

03:29PM 9    CALENDAR BUT SOME SORT OF MODIFIED TO GIVE THE GOVERNMENT MORE

03:29PM 10   TIME, WE WOULD LIKE A CHANCE TO REVISIT AND DETERMINE WHETHER

03:29PM 11   OR NOT WE MIGHT WANT TO ADD OR SUPPLEMENT OR THE ANSWER MAY BE

03:29PM 12   SIMPLY GIVE US GREATER LEEWAY ON A REPLY TO ADDRESS ISSUES THAT

03:29PM 13   MAYBE WE DIDN'T RAISE IN OUR INITIAL MOTION SO THAT WE CAN AT

03:29PM 14   LEAST PRESENT A COMPLETE ARGUMENT AND PRESENTATION TO THE

03:29PM 15   COURT.

03:29PM 16              THE COURT:  SURE.  MS. BAEHR-JONES.

03:29PM 17              MS. BAEHR-JONES:  YOUR HONOR, JUST BECAUSE I DO

03:29PM 18   THINK THAT THE DECLARATION OF DR. MECHANIC IS IMPORTANT, BUT

03:29PM 19   WHAT IS EQUALLY IMPORTANT IS WHAT IS NOT THERE. ██████████

03:29PM 20   ████████████████████████████████████████████████████████

03:29PM 21   ████████████████████████████████████████████████

03:29PM 22   ████████████████████████████████████████████████████████

03:29PM 23       AND I JUST DON'T UNDERSTAND AT THIS POINT WHY THE

03:29PM 24   GOVERNMENT CAN'T BE PROVIDED WITH THAT.  IT COULD BE A SHORT

03:30PM 25   SUMMARY.  IT DOESN'T NEED TO BE THE COMPLETE DISCLOSURE, BUT

03:30PM  1    BECAUSE THIS IS SO CRITICAL TO WHAT DEFENDANT BALWANI IS

03:30PM  2    ARGUING, AND BECAUSE THE COURT IS CLEARLY INTERESTED IN

03:30PM  3    SUPPLEMENTAL ARGUMENT ABOUT THIS VERY ISSUE, THIS IS -- THESE

03:30PM  4    EVALUATIONS HAPPENED IN AUGUST, AND THERE WAS 14 OR 16 HOURS OF

03:30PM  5    EVALUATIONS.  SO THE GOVERNMENT WOULD JUST LIKE TO BE ABLE TO

03:30PM  6    BRIEF THAT FOR THE COURT.

03:30PM  7           THE COURT:  WELL, THAT THEN GETS ME BACK TO

03:30PM  8    MR. DOWNEY THEN AND ASKING HIM ABOUT HIS EXPERT AND WHETHER OR

03:30PM  9    NOT -- AND IT'S KIND OF AN AWKWARD SITUATION HERE BECAUSE CAN

03:30PM  10   YOU GET YOUR EXPERT TO WRITE SOMETHING THAT MIGHT GIVE US MORE

03:30PM  11   GUIDANCE FOR HIS MOTION, FOR MR. BALWANI'S MOTION?

03:30PM  12           MR. DOWNEY:  YOU KNOW, YOUR HONOR, JUST TO SEPARATE

03:30PM  13   OUT A FEW THINGS AND TO BE FAIR TO MR. CAZARES'S COMMENTS, TO

03:30PM  14   RETURN TO BASICS, THE DECLARATION IS ABOUT PRESENT STATE OF

03:30PM  15   MIND.  IT'S NOT REALLY ABOUT THE FACTS OF THE UNDERLYING

03:31PM  16   ALLEGED OFFENSES.

03:31PM  17       I THINK THAT WE CANNOT PREPARE AN EXPERT REPORT UNTIL THE

03:31PM  18   CONCLUSION OF THE GOVERNMENT'S COMPLIANCE WITH RULE 16, WHICH

03:31PM  19   IS RESPONSIVE TO THAT, AND WE'RE ALSO HOPEFUL OF GETTING MORE

03:31PM  20   DETAIL ABOUT THE CRIMINAL CHARGES.

03:31PM  21           THE COURT:  WHAT IS IT YOU EXPECT THEM TO GIVE YOU

03:31PM  22   THAT WOULD BE HELPFUL TO THE PREPARATION OF THE REPORT?

03:31PM  23           MR. DOWNEY:  WELL, ON EVERY SINGLE ISSUE WE ARE

03:31PM  24   AWARE OF ISSUES THAT MIGHT IMPLICATE THIS ASPECT TO THE

03:31PM  25   MENS REA DEFENSE, BUT WE DON'T KNOW THAT FOR SURE.

03:31PM 1          SO WE WERE IN COURT TODAY TALKING ABOUT THE FDA ISSUES.

03:31PM 2     THERE COULD BE ISSUES THERE.

03:31PM 3          THERE ARE ADDITIONAL DISCLOSURES OF STATEMENTS COMING IN

03:31PM 4     EARLY FEBRUARY.  THAT'S LIKELY TO IMPLICATE A NEED TO RESPOND.

03:31PM 5          MOST FUNDAMENTALLY, THE GOVERNMENT IS GOING TO GIVE US

03:31PM 6     THEIR EXPERT REPORTS, AND OBVIOUSLY THE MENS REA REPORT WE'LL

03:32PM 7     HAVE TO RESPOND TO THOSE ELEMENTS OF THE GOVERNMENT'S

03:32PM 8     PRESENTATION.

03:32PM 9          SO I DON'T THINK IT'S, AS I UNDERSTAND --

03:32PM 10          THE COURT:  LET ME STOP YOU THERE AND JUST -- DO YOU

03:32PM 11     HAVE EXPERT REPORTS THAT ARE PENDING?

03:32PM 12          MR. LEACH:  THERE'S AN EXPERT DEADLINE, YOUR HONOR,

03:32PM 13     BUT IT WAS NOT THE GOVERNMENT'S INTENTION TO PUT FORTH EXPERT

03:32PM 14     TESTIMONY ON THE DEFENDANT'S MENTAL STATE.

03:32PM 15          THE COURT:  IS THAT WHAT YOU'RE TALKING ABOUT?

03:32PM 16          MR. DOWNEY:  NO.  NO, YOUR HONOR.  I'M SAYING WE

03:32PM 17     WANT TO KNOW THE ENTIRETY OF THE GOVERNMENT'S CASE BEFORE WE

03:32PM 18     HAVE AN EXPERT SUBMIT A RELIABLE REPORT.

03:32PM 19          WHAT IS HAPPENING HERE, WHICH IS VERY UNCONVENTIONAL, IS

03:32PM 20     FOR US TO STATE OUR DEFENSE.

03:32PM 21          THE COURT:  I'M NOT ASKING YOU, PLEASE REMEMBER

03:32PM 22     THAT.

03:32PM 23          I TALKED AT A HIGH LEVEL.  I SAID -- BECAUSE I WANTED TO

03:32PM 24     SHARE WITH YOU THE THOUGHT PROCESS OF THIS UNIQUE SITUATION

03:32PM 25     WHERE THE CODEFENDANT'S MOTION TO SEVER BASED ON YOUR CLIENT'S

03:32PM  1     PROPOSED POTENTIAL EXPECTED TESTIMONY AND HOW THAT INTERACTS

03:32PM  2     AND THE DIFFICULTY THAT THIS COURT HAS MAKING A DECISION ON THE

03:33PM  3     SEVERANCE MOTION WHEN IT HAS, WELL, MAYBE POSSIBLY, MAYBE, IT

03:33PM  4     MIGHT, MAY.  THAT'S THE DIFFICULTY.

03:33PM  5          AND PARTICULARLY, LET ME JUST SAY THIS, TOO, THE

03:33PM  6     DECLARATION IN SUPPORT THAT YOU FILED FROM THE DOCTOR IN

03:33PM  7     SUPPORT OF YOUR MOTION TO SEVER, IT TALKS ABOUT CERTAIN

03:33PM  8     ASPECTS, AND I'M JUST CURIOUS IF YOUR DOCTOR WOULD, IF YOUR

03:33PM  9     DOCTOR WOULD AT A MINIMUM SIGN A DECLARATION UNDER PENALTY OF

03:33PM 10     PERJURY OR WHATEVER, AUTHOR A DECLARATION ABOUT HER FINDINGS,

03:33PM 11     LIKE WE TYPICALLY FIND WITH REPORT TYPE SIGNATURES.

03:33PM 12               MR. DOWNEY:  OUR EXPECTATION IS THAT A REPORT WILL

03:33PM 13     BE PREPARED WHICH COVERS THESE ISSUES AS THEY RELATE TO THE

03:33PM 14     GOVERNMENT'S CASE.  WE DON'T YET KNOW THE TOTALITY OF THAT CASE

03:34PM 15     AND WHEN WE DO, SHE WILL.

03:34PM 16          I CAN'T MAKE ANY COMMITMENT AHEAD OF THAT.

03:34PM 17               THE COURT:  WELL, I'M TALKING ABOUT JUST WITH HER

03:34PM 18     DECLARATION.  WAS SHE WILLING TO SIGN THAT?

03:34PM 19               MR. DOWNEY:  CERTAINLY, YOUR HONOR, YES.

03:34PM 20               THE COURT:  SO THE COURT WOULD AT LEAST HAVE THAT?

03:34PM 21               MS. BAEHR-JONES:  YOUR HONOR, IF SHE IS GOING TO DO

03:34PM 22     THAT, THE GOVERNMENT WOULD JUST ASK THAT SHE INCLUDE A

03:34PM 23     PARAGRAPH ABOUT HER OPINIONS ON 12.2, ABOUT MENS REA, AND THE

03:34PM 24     FACT THAT THE PTSD, THE ANXIETY AND DEPRESSION COULD SERVE AS A

03:34PM 25     PARTIAL, A MENTAL DEFECT OR A MENTAL CONDITION.

03:34PM 1           THE COURT:  DID SHE SAY THAT IN HER DECLARATION?

03:34PM 2           MR. DOWNEY:  NO.

03:34PM 3           MS. BAEHR-JONES:  SHE DID NOT.

03:34PM 4           MR. DOWNEY:  I THINK THE QUESTION IS WHETHER --

03:34PM 5  THERE REALLY ARE TWO DIFFERENT ISSUES AND 12.2 KEEPS GETTING

03:34PM 6  REFERRED TO IN THIS CONTEXT, BUT IT'S NOT REALLY APPLICABLE.

03:34PM 7     THE 12.2 REPORT, WHICH HAS AN OBLIGATION TO RESPOND TO THE

03:34PM 8  GOVERNMENT'S CASE, IS PREPARED IN RESPONSE TO THE

03:34PM 9  GOVERNMENT'S -- THE CONCLUSION OF THE GOVERNMENT'S CASE AT THE

03:35PM 10  DEADLINE OF THE EXPERT REPORTS.

03:35PM 11     THE GOVERNMENT THEN HAS A RIGHT TO ASK FOR WHAT IT IS NOW

03:35PM 12  ASKING FOR PREMATURELY, A RIGHT TO EXAMINE THE DEFENDANT, TO

03:35PM 13  PREPARE A REPORT, ET CETERA.

03:35PM 14     WE'RE JUST AHEAD OF THAT IN TERMS OF WHERE WE ARE IN THE

03:35PM 15  CASE.

03:35PM 16     BUT THE -- YOU KNOW, THE MORE FUNDAMENTAL POINT, YOUR

03:35PM 17  HONOR, I THINK IS I DON'T THINK OUR PRESENTATION TODAY, AND I

03:35PM 18  KNOW THE COURT WAS NOT MAKING A JUDGMENT IN THIS REGARD, I

03:35PM 19  DON'T THINK THE -- OUR PRESENTATION SHOULD BE HEARD AS SAYING

03:35PM 20  THIS IS A SPECULATIVE PRESENTATION.  THIS IS A LIKELY

03:35PM 21  PRESENTATION AT TRIAL.

03:35PM 22           THE COURT:  OKAY.

03:35PM 23           MR. DOWNEY:  IF THERE IS A DEFENSE CASE.

03:35PM 24           MR. COOPERSMITH:  YOUR HONOR, THIS IS

03:35PM 25  JEFF COOPERSMITH.  COULD I BE HEARD FOR A FEW MINUTES?

SEALED PROCEEDINGS

42

| | | |
|---|---|---|
| 03:35PM | 1 | THE COURT:  YES. |
| 03:35PM | 2 | MR. COOPERSMITH:  THANK YOU VERY MUCH.  SO FIRST OF |
| 03:35PM | 3 | ALL, WE'RE OBVIOUSLY TODAY NOT ARGUING THE QUESTION OF |
| 03:35PM | 4 | SEVERANCE.  THAT, AS YOU SAID, YOUR HONOR, WE HAVE NOT EVEN |
| 03:35PM | 5 | RECEIVED THE GOVERNMENT'S OPPOSITION. |
| 03:35PM | 6 | THE COURT:  WE'RE DANCING PRETTY CLOSE TO IT, |
| 03:35PM | 7 | MR. COOPERSMITH, BUT YOU'RE RIGHT, THE MOTION IS NOT BEFORE THE |
| 03:36PM | 8 | COURT NOW, BUT THIS IS FOUNDATIONAL INFORMATION FOR THE MOTION, |
| 03:36PM | 9 | AND I APPRECIATE YOUR ATTENTION TO IT. |
| 03:36PM | 10 | MR. COOPERSMITH:  YES.  THANK YOU, YOUR HONOR. |
| 03:36PM | 11 | SO FIRST OF ALL, WE HAVE A TOTALLY DIFFERENT ISSUE AS I |
| 03:36PM | 12 | SEE IT THAN MS. HOLMES. |
| 03:36PM | 13 | AS MR. DOWNEY COMMENTED, MS. HOLMES'S ISSUE APPARENTLY IS |
| 03:36PM | 14 | THAT SHE BELIEVES THAT SHE CAN'T PARTICIPATE IN THE JOINT TRIAL |
| 03:36PM | 15 | BECAUSE OF HER PRESENT MENTAL STATE, AS MR. DOWNEY SAID. |
| 03:36PM | 16 | MR. BALWANI'S MOTION IS COMPLETELY DIFFERENT. |
| 03:36PM | 17 | MR. BALWANI'S MOTION FOR SEVERANCE IS SIMPLY THAT BECAUSE OF |
| 03:36PM | 18 | THE DEFENSE THAT MS. HOLMES HAS NOW NOTICED UNDER 12.2, ANY |
| 03:36PM | 19 | EVIDENCE, AS MR. CAZARES SAID, ANY EVIDENCE THAT COMES IN ABOUT |
| 03:36PM | 20 | THIS ALLEGED ABUSE IS SO DEEPLY PREJUDICIAL TO MR. BALWANI THAT |
| 03:36PM | 21 | HE CAN'T POSSIBLY HAVE A FAIR TRIAL, AND IT DOESN'T MATTER |
| 03:36PM | 22 | WHETHER THAT EVIDENCE COMES IN, IN THE FORM OF FACT WITNESS |
| 03:36PM | 23 | TESTIMONY FROM THIRD PARTIES, FROM MS. HOLMES HERSELF, OR FROM |
| 03:36PM | 24 | EXPERT TESTIMONY, OR ALL OF THOSE THINGS, WHICH IS WHAT I |
| 03:36PM | 25 | SUSPECT WOULD HAPPEN. |

SEALED PROCEEDINGS

03:37PM   1          IN TERMS OF THE TIMING OF RULING ON THE SEVERANCE, AS THE

03:37PM   2     COURT HAS NOTED, THE GOVERNMENT'S OPPOSITION IS ACTUALLY DUE

03:37PM   3     TODAY, AND I APPRECIATE THEY MAY GET A LITTLE MORE TIME.

03:37PM   4          WE NEED TO GET THAT FULLY BRIEFED SO WE CAN ARGUE THE

03:37PM   5     MERITS OF THE SEVERANCE FROM MR. BALWANI'S STANDPOINT FOR AT

03:37PM   6     LEAST THREE REASONS.

03:37PM   7          FIRST OF ALL, IF WE DON'T GET A RULING ON SEVERANCE NOW,

03:37PM   8     AND THE COURT HAS SUGGESTED GETTING AN EARLIER RULING WOULD BE

03:37PM   9     HELPFUL, WE'RE GOING TO BE IN THE DARK ABOUT WHAT EXACTLY WE'RE

03:37PM  10     FACING AT TRIAL, WHICH WE'VE TRIED TO DO EVERYTHING WE CAN TO

03:37PM  11     KEEP ON THE CURRENT SCHEDULE AT LEAST FOR MR. BALWANI'S TRIAL

03:37PM  12     OF JULY 28TH FOR JURY SELECTION.

03:37PM  13          IN ADDITION, IF WE DON'T GET A RULING, NOT ONLY WILL WE BE

03:37PM  14     IN THE DARK, BUT WE WON'T BE ABLE TO PREPARE FOR TRIAL BECAUSE

03:37PM  15     THERE'S A VERY DIFFERENT SET OF PREPARATION THAT GOES INTO A

03:37PM  16     JOINT TRIAL WHEN YOU WORK WITH CODEFENDANT COUNSEL TO FIGURE

03:37PM  17     OUT WHO TAKES THE LEAD ON WITNESSES, AND THERE WILL BE MANY

03:38PM  18     WITNESSES IN THIS TRIAL VERSUS HAVING TO DO IT AS JUST ONE

03:38PM  19     DEFENDANT.  VERY DIFFERENT.

03:38PM  20          AND THEN IN ADDITION, WE WOULD NOT KNOW UNDER THE

03:38PM  21     GOVERNMENT'S PROPOSED SCHEDULE FOR RULING ON SEVERANCE, WHICH

03:38PM  22     DEPENDS ON MANY, MANY MONTHS OF BACK AND FORTH WITH MR. --

03:38PM  23     MS. HOLMES'S COUNSEL, WE WOULD NOT KNOW WHETHER WE'RE GOING TO

03:38PM  24     HAVE A JOINT TRIAL OR NOT UNTIL AND IN THE GOVERNMENT'S

03:38PM  25     SCHEDULE UNTIL SOMETHING LIKE JUNE.

03:38PM  1        AND THE PROBLEM WOULD BE THAT WE HAVE TO CONDUCT AN

03:38PM  2   EXTENSIVE AND EXPENSIVE INVESTIGATION INTO THESE OTHER

03:38PM  3   ALLEGATIONS.  SO WE WOULD HAVE TO BE PREPARED FOR DEALING WITH

03:38PM  4   THE ALLEGATIONS FROM MS. HOLMES ABOUT THE ALLEGED ABUSE AS WELL

03:38PM  5   AS THE FRAUD CASES THAT THE GOVERNMENT HAS BROUGHT.

03:38PM  6        SO ALL OF THOSE THINGS CREATE SUCH DEEP PREJUDICE THAT WE

03:38PM  7   THINK THERE HAS TO BE A RULING NOW.

03:38PM  8        AND THEN THE QUESTION IS, AS MS. BAEHR-JONES HAS SAID,

03:38PM  9   WELL, HOW DO YOU KNOW WHAT EVIDENCE IS COMING IN?  I DON'T HEAR

03:38PM 10   FROM THE GOVERNMENT A REALISTIC ARGUMENT THAT THEY'RE GOING TO

03:39PM 11   BE ABLE TO EXCLUDE ALL OF THE EVIDENCE THAT MS. HOLMES IS

03:39PM 12   PLANNING TO PRESENT ON THIS ABUSE ISSUE, AND THE 12.2 NOTICE

03:39PM 13   ITSELF TELLS ME THAT THEY'RE GOING TO ARGUE, AND MR. DOWNEY HAS

03:39PM 14   SAID, THAT MS. HOLMES'S ALLEGED ABUSE THAT SHE SUFFERED HAS

03:39PM 15   GONE TO HER MENS REA WHICH SHE COULDN'T HAVE COMMITTED THE

03:39PM 16   FRAUD OFFENSES.  THAT'S WHAT A 12.2 NOTICE IS, AND THAT'S WHAT

03:39PM 17   I THINK IS GOING ON HERE.

03:39PM 18        UNLESS WE GET A RULING, WE'RE GOING TO BE DEEPLY

03:39PM 19   PREJUDICED.

03:39PM 20        AND THERE'S A COUPLE OF THINGS, YOUR HONOR, JUST BECAUSE I

03:39PM 21   HAVE THE FLOOR HERE FOR A MINUTE.  FIRST OF ALL, THE COURT MADE

03:39PM 22   A COMMENT ABOUT THE QUESTION OF WHETHER MS. HOLMES WILL TESTIFY

03:39PM 23   AT TRIAL.  OBVIOUSLY MR. DOWNEY AND HIS TEAM DON'T HAVE TO TELL

03:39PM 24   ANYBODY WHETHER MS. HOLMES WILL TESTIFY OR NOT.

03:39PM 25        BUT WHEN WE LOOK AT THE SITUATION, IF TRIAL ALREADY

03:39PM  1    STARTED AND WE STILL DIDN'T KNOW WHETHER MS. HOLMES WAS

03:39PM  2    TESTIFYING OR NOT OR WHAT WAS GOING TO HAPPEN, YOU COULDN'T

03:39PM  3    HAVE A SITUATION WHERE THERE'S A JOINT TRIAL AND ALL OF A

03:39PM  4    SUDDEN THE EVIDENCE COMES IN AND THEN YOU SAY, SORRY,

03:40PM  5    MR. BALWANI, SOME EVIDENCE HAS COME IN THAT IS PREJUDICIAL TO

03:40PM  6    YOU, WE'RE JUST GOING TO DISMISS YOU OUT OF THE TRIAL.  THAT'S

03:40PM  7    NOT APPROPRIATE.  THAT IS SO BURDENSOME TO MR. BALWANI, AND,

03:40PM  8    FRANKLY, POSSIBLY A DOUBLE JEOPARDY ISSUE, THAT WE DON'T THINK

03:40PM  9    THAT THAT'S REALLY A REALISTIC WAY.

03:40PM  10        SO IT DOESN'T MATTER WHETHER WE KNOW WHETHER MS. HOLMES IS

03:40PM  11   GOING TO TESTIFY OR NOT GOING TO TESTIFY.  THE PROBLEM WE HAVE

03:40PM  12   HERE IS THAT WE KNOW THAT SOME EVIDENCE, WHATEVER IT IS ON THIS

03:40PM  13   ABUSE ISSUE, IS COMING IN, AND THAT'S WHAT IS PREJUDICIAL.

03:40PM  14        IN ADDITION, YOUR HONOR, AS I JUST SAID, THE PREJUDICE IS

03:40PM  15   THE EVIDENCE COMING IN AT ALL.

03:40PM  16        THE GOVERNMENT HAS EVERYTHING THAT THEY NEED RIGHT NOW TO

03:40PM  17   ARGUE AGAINST MR. BALWANI'S SEVERANCE MOTION IF THEY CHOOSE TO

03:40PM  18   DO SO, FOR EXAMPLE, IF THEY HAVE ANY SUPPORT FOR THE NOTION

03:40PM  19   THAT THERE SHOULD BE A JOINT TRIAL ON THE FACE OF ABUSE

03:40PM  20   DEFENSE.  WE CITED THREE FEDERAL CASES WHERE THE SAME ISSUE

03:40PM  21   AROSE.  IF THEY HAVE ANY ARGUMENT THAT THEY CAN HAVE A JOINT

03:40PM  22   TRIAL WHEN THE CODEFENDANT IS PRESENTING EVIDENCE OF ABUSE OF

03:40PM  23   THIS NATURE, THEN THEY SHOULD BRING IT FORWARD IN THEIR

03:41PM  24   OPPOSITION AND THEY SHOULD DO THAT NOW.

03:41PM  25        AND THEN ONE OTHER THING, YOUR HONOR.  THE COURT ADDRESSED

SEALED PROCEEDINGS

46

03:41PM 1      THIS ISSUE, JUST TO SWITCH, THE FDA DOCUMENTS ISSUE, THAT MAYBE

03:41PM 2      THIS ISN'T AS IMPORTANT BECAUSE WE'RE CHOOSING TO GO FORWARD

03:41PM 3      WITH DEPOSITIONS ON THE S.E.C. SIDE.

03:41PM 4           YOU KNOW, THE REASON WE'RE DOING THAT, AND I JUST WANT TO

03:41PM 5      SAY SO WE'RE CLEAR ON THE RECORD, IS THAT WE REALLY DO NEED THE

03:41PM 6      DOCUMENTS, AND WE'LL OBVIOUSLY BE RESERVING OUR RIGHT TO THESE

03:41PM 7      DEPOSITIONS.

03:41PM 8           BUT WE DECIDED THAT FOR US TO BE PREPARED FOR A TRIAL TO

03:41PM 9      START ON JULY 28TH, WHILE TRYING TO TAKE DEPOSITIONS IN THE

03:41PM 10     SUMMER, WOULD JUST BE UNTENABLE.  WE WOULD HAVE TO GET THESE

03:41PM 11     DONE NOW SO WE CAN TURN ALL OF OUR ATTENTION TO THE CRIMINAL

03:41PM 12     CASE AS THE MONTHS GO BY HERE, AND IT HAS NOTHING TO DO WITH

03:41PM 13     NOT REALLY WANTING OR NEEDING THE FDA DOCUMENTS.

03:41PM 14          WE HAD ISSUED A SUBPOENA A LONG TIME AGO, BUT I DON'T WANT

03:41PM 15     TO ARGUE THAT.  I JUST WANT TO POINT OUT THAT WE'RE NOT GOING

03:41PM 16     FORWARD WITH DEPOSITIONS BECAUSE WE DON'T CARE ABOUT THE FDA

03:41PM 17     DOCUMENTS.  WE VERY MUCH DO.

03:41PM 18          IN FACT, AS MR. CAZARES MAY HAVE SAID EARLIER IN THE DAY,

03:41PM 19     THE DOCUMENTS WE'RE GETTING FROM EVEN THE PRODUCTION THAT HAS

03:42PM 20     OCCURRED SO FAR UNDER THE COURT'S NOVEMBER 5TH ORDER IS

03:42PM 21     MATERIAL RULE 16, HIGHLY RELEVANT TO BOTH THE S.E.C. AND THE

03:42PM 22     DOJ CASES.

03:42PM 23          SO WHAT WE NEED, YOUR HONOR, AND AS WE HAVE SAID IN OUR

03:42PM 24     BRIEFING, IS THAT WE NEED THE GOVERNMENT TO FILE ITS OPPOSITION

03:42PM 25     TO OUR SEVERANCE MOTION AND WE NEED TO FILE OUR REPLY.

03:42PM   1          FRANKLY, I THINK WE CAN DEAL WITH DR. MECHANIC'S

03:42PM   2   DECLARATION IN OUR REPLY JUST TO SAVE SOME TIME HERE, AND THEN

03:42PM   3   WE CAN GET A RULING FROM THE COURT AS TO SEVERANCE OR NO

03:42PM   4   SEVERANCE SO WE KNOW WHAT WE'RE FACING AT TRIAL.

03:42PM   5          THE GOVERNMENT'S SCHEDULE, WHILE THAT MIGHT WORK FOR THE

03:42PM   6   BATTLE BETWEEN THE GOVERNMENT AND MS. HOLMES, JUST DOESN'T WORK

03:42PM   7   FOR MR. BALWANI AND IS DEEPLY PREJUDICIAL TO HIS RIGHT TO A

03:42PM   8   FAIR TRIAL.

03:42PM   9          THE COURT:  OKAY.  THANK YOU.  MS. BAEHR-JONES.

03:42PM  10          MS. BAEHR-JONES:  YES.  THANK YOU, YOUR HONOR.  JUST

03:42PM  11   TO RESPOND TO MR. COOPERSMITH.  I THINK THIS ALSO GOES BACK TO

03:42PM  12   A POINT THAT MR. DOWNEY MADE, WHICH IS THIS ASSUMPTION THAT

03:42PM  13   IT'S CLEARLY ADMISSIBLE AND IT'S VERY LIKELY GOING TO COME IN

03:42PM  14   AND THE EXPERT TESTIMONY IS VERY LIKELY GOING TO COME IN, AND I

03:43PM  15   THINK THAT'S AN INCORRECT ASSUMPTION.

03:43PM  16          WE DON'T EVEN HAVE YET AN EXPERT WHO SAID I BELIEVE THAT

03:43PM  17   THIS UNDERMINES FOR MENS REA.  WE DON'T EVEN HAVE THAT, NOT

03:43PM  18   EVEN IN THE NOTICE.  AND IN FACT, WHEN WE DID A SEARCH FOR PTSD

03:43PM  19   AND WIRE FRAUD, WE COULD FIND NO CASES IN WHICH SUCH A DEFENSE

03:43PM  20   HAD BEEN RAISED.

03:43PM  21          MOREOVER, WHEN WE'VE INQUIRED -- YOU KNOW, WE'VE TRIED OUR

03:43PM  22   BEST TO TALK TO EXPERTS AS QUICKLY AS WE COULD.  WE HAVE -- THE

03:43PM  23   RESPONSE HAS SORT OF UNIVERSALLY BEEN THIS IS NOT A DEFENSE.

03:43PM  24          I THINK THERE'S ACTUALLY GOING TO BE QUITE A BIG QUESTION

03:43PM  25   AS TO WHETHER THIS COMES IN AT A DAUBERT HEARING.  I DO NOT

SEALED PROCEEDINGS

48

03:43PM  1    THINK THAT IT IS JUST VERY LIKELY.  I THINK IT'S A BIG QUESTION

03:43PM  2    FOR THE COURT TO REALLY CONSIDER.

03:43PM  3              THE COURT:  WELL, THANK YOU.  MR. LEACH.

03:43PM  4              MR. LEACH:  AND I THINK IT UNDERSCORES, YOUR HONOR,

03:43PM  5    THERE ARE SO MANY UNKNOWNS ABOUT WHAT IS COMING IN AND WHAT THE

03:43PM  6    CONTOURS OF THE DEFENSE ARE.

03:43PM  7         MR. BALWANI'S MOTION WAS TRIGGERED BY THE PROSPECT THAT

03:44PM  8    THERE WAS GOING TO BE A 12.2 NOTICE.

03:44PM  9         LET'S SEE WHAT THAT LOOKS LIKE.  LET'S KNOW WHAT WE'RE

03:44PM  10   DEALING WITH, AND THEN THE COURT WILL HAVE THE RECORD THAT IT

03:44PM  11   NEEDS TO MAKE AN EDUCATED DECISION ABOUT THIS.

03:44PM  12        I THINK THE WORSE OF ALL WORLDS WOULD BE WE MAKE A

03:44PM  13   SEVERANCE BASED ON INCOMPLETE INFORMATION RIGHT NOW, AND THEN

03:44PM  14   WE HAVE TWO TRIALS.  ALL OF THAT -- EVERYTHING THAT ENTAILS

03:44PM  15   BASED ON A DEFENSE THAT NEVER COMES IN, BASED ON ANECDOTAL

03:44PM  16   INSTANCES OF ABUSE THAT MIGHT NOT PAINT SOMEBODY IN A

03:44PM  17   FLATTERING LIGHT BUT DON'T RISE TO THE LEVEL OF PREJUDICE THAT

03:44PM  18   REQUIRE SEPARATE TRIALS.

03:44PM  19        AND HAD THE GOVERNMENT HAD THE OPPORTUNITY TO BE HEARD

03:44PM  20   ABOUT THIS BEFORE WE KNEW THIS WAS GOING TO BE RAISED, THE

03:44PM  21   DEFENSE DIDN'T NEED, BUT WE SET THESE DATES IN MOTION NOT

03:44PM  22   KNOWING THAT WE'RE GOING TO BE WRESTLING WITH THESE 12.2

03:44PM  23   MOTIONS THAT SEEM TO US THIS IS A PREMATURE MOTION AND LET'S

03:44PM  24   HAVE THAT FULSOME RECORD AND THAT WILL HELP EVERYBODY MAKE THE

03:44PM  25   BEST DECISION POSSIBLY ABOUT WHETHER SEVERANCE IS WARRANTED

SEALED PROCEEDINGS

03:45PM 1    HERE.

03:45PM 2              THE COURT:  OKAY.  THANK YOU.

03:45PM 3              MR. DOWNEY:  YOUR HONOR, JUST TWO QUICK THINGS, ONE

03:45PM 4    OF WHICH IS A PROCESS THING.

03:45PM 5         THE CONFUSION ABOUT WHAT HAD BEEN SUBMITTED UNDER SEAL I

03:45PM 6    THINK MAY HAVE DEPRIVED THE COURT OF CONSIDERING WHETHER IT

03:45PM 7    WOULD ACCEPT OUR EX PARTE IN CAMERA SUBMISSION.  I DRAW THAT TO

03:45PM 8    THE COURT'S ATTENTION BECAUSE I THINK ITS RELEVANT TO SOME OF

03:45PM 9    THE COURT'S QUESTIONS TODAY.

03:45PM 10        THE SECOND POINT TO RAISE FOR THE COURT'S CONSIDERATION --

03:45PM 11   ULTIMATELY THIS WILL ARISE IN CONSIDERATION OF THE MOTIONS --

03:45PM 12   BUT JUST TO IDENTIFY FOR THE COURT, THE INVITATION THAT THE

03:45PM 13   GOVERNMENT IS EXTENDING TO THE COURT TO TRY TO TAILOR THE

03:45PM 14   PRESENTATION TO MINIMIZE PREJUDICE TO MR. BALWANI BEGINS TO

03:45PM 15   CREATE DANGERS ON THE OTHER SIDE.

03:45PM 16        MS. HOLMES, IF SHE CHOOSES, HAS A RIGHT TO PRESENT

03:45PM 17   EVIDENCE RELATED TO THIS DEFENSE, AND AS I HAVE INDICATED TO

03:46PM 18   THE COURT, SUCH A PRESENTATION IS LIKELY AND SUBSTANTIAL.

03:46PM 19        I THINK IT WOULD BE -- AS THE COURT CONSIDERS THESE ISSUES

03:46PM 20   AND THINKS ABOUT EVEN PROCESS GOING FORWARD, IT'S IMPORTANT TO

03:46PM 21   RECOGNIZE THAT THERE ARE DANGERS ON BOTH SIDES.  TRYING TO

03:46PM 22   TAILOR THE PRESENTATION PRESENTS ALMOST AS MANY.

03:46PM 23              THE COURT:  I APPRECIATE THAT.  I'M GRATEFUL FOR

03:46PM 24   THIS CONVERSATION.  IT'S VERY UNIQUE CIRCUMSTANCES THAT PRESENT

03:46PM 25   HERE.

03:46PM  1          SO WHAT I'D LIKE TO DO IN REGARDS TO THE SEVERANCE MOTION

03:46PM  2     IS TO RELIEVE THE GOVERNMENT OF THEIR OBLIGATION TO FILE A

03:46PM  3     RESPONSE TODAY.  I THINK THAT'S INAPPROPRIATE, AND I APPRECIATE

03:46PM  4     THE DEFENSE CONSIDERATION IN THAT REGARD.

03:46PM  5          WHAT I WOULD LIKE, THOUGH -- AND AGAIN, THIS IS REACHING

03:46PM  6     OVER TO YOUR SIDE, MR. DOWNEY -- THAT I THINK IT WOULD BE

03:46PM  7     HELPFUL JUST FOR THE RECORD TO HAVE THE DECLARATION SIGNED BY

03:47PM  8     THE DOCTOR AND PROVIDED IN SOME MANNER WITH SOME ATTESTATION AS

03:47PM  9     TO WHAT IT IS AND WHAT YOU DID.  I THINK THAT WOULD BE HELPFUL

03:47PM  10    FOR THE COURT AT LEAST FOR THE RECORD AND WHEN THE COURT MAKES

03:47PM  11    A DECISION, IF I MAKE IT JUST BASED ON THAT OR IF I WANT MORE.

03:47PM  12    I THINK THAT'S APPROPRIATE.

03:47PM  13          MR. DOWNEY:  WE'LL DO THAT, YOUR HONOR.

03:47PM  14          THE COURT:  AND IF YOU COULD PROVIDE THAT TO YOUR

03:47PM  15    COLLEAGUES, THAT WOULD BE HELPFUL.

03:47PM  16          MR. DOWNEY:  WE CERTAINLY WILL.

03:47PM  17          THE COURT:  AND AS TO MR. CAZARES, I DO THINK IT

03:47PM  18    WOULD BE HELPFUL TO ALLOW YOU TO AUGMENT, IF YOU WISH.  I'LL

03:47PM  19    MAKE THE OPPORTUNITY AVAILABLE TO YOU IF YOUR TEAM WISHES TO

03:47PM  20    AUGMENT OR ADD TO YOUR INITIAL MOTION.

03:47PM  21          I RECOGNIZE THAT YOU FILED THE MOTION OUT OF AN ABUNDANCE

03:47PM  22    OF CAUTION TO THE DEADLINES, AND YOU DIDN'T HAVE THE -- YOU HAD

03:47PM  23    NOTICE THIS WAS GOING TO COME FORWARD, BUT YOU DIDN'T HAVE THE

03:47PM  24    DECLARATION OF DR. MECHANIC, I DON'T BELIEVE YOU DID, AT THE

03:48PM  25    TIME YOU FILED, BUT IT MIGHT BE HELPFUL TO STATE YOUR POSITION.

SEALED PROCEEDINGS

03:48PM 1    AND I'M NOT ASKING YOU FOR ANOTHER 25 PAGES, I DON'T THINK YOU

03:48PM 2    NEED THAT, BUT I WOULD WELCOME AN OPPORTUNITY TO HEAR FROM YOUR

03:48PM 3    TEAM AS TO WHAT YOU THINK, BASED ON THE CONVERSATIONS HERE, THE

03:48PM 4    REPRESENTATION BY COUNSEL AND I DON'T KNOW HOW MUCH TIME YOU

03:48PM 5    NEED TO GET THAT TO US, AND THEN THAT WOULD THEN INFORM THE

03:48PM 6    TIME FOR YOUR OPPOSITION, LOOKING AT THE GOVERNMENT.

03:48PM 7              MR. CAZARES:  THAT WAS THE QUESTION I WAS GOING TO

03:48PM 8    ASK THE COURT IS THE SCHEDULE FOR THIS.  SOME OF OUR TEAM ARE

03:48PM 9    BUSY WITH DEPOSITIONS AND SOME OF OUR TEAM ARE STARTING TRIAL

03:48PM 10   NEXT WEEK IN ANOTHER COURTROOM HERE IN THIS BUILDING.

03:48PM 11             THE COURT:  WHAT COULD BE MORE IMPORTANT THAN THIS

03:48PM 12   CASE?  COME ON.

03:48PM 13             MR. BROWN:  YOU CAN ASK JUDGE FREEMAN THAT, YOUR

03:48PM 14   HONOR.

03:48PM 15             THE COURT:  OKAY.

03:48PM 16             MR. CAZARES:  SO BASED ON WHAT I UNDERSTAND IS GOING

03:48PM 17   ON RIGHT NOW, I WOULD LIKE A WEEK TO TEN DAYS, YOUR HONOR.

03:48PM 18   MAYBE MONDAY OF NEXT WEEK.

03:48PM 19             THE COURT:  THAT'S FINE.  I'M GOING TO LET THE

03:48PM 20   GOVERNMENT THINK ABOUT THIS.

03:48PM 21       LET ME ALSO SUGGEST THIS, THE OTHER QUESTION I HAVE IS

03:49PM 22   WHEN WE COME TO FEBRUARY 10TH, HOW ARE WE GOING TO ARGUE THESE

03:49PM 23   MOTIONS IF ANY OF THESE MOTIONS THAT ARE GOING TO BE HEARD ON

03:49PM 24   FEBRUARY 10TH ARE UNDER SEAL?  WHAT IS THE PROCESS FOR THAT?

03:49PM 25   AND I INVITE YOUR SUGGESTIONS AS TO THAT.

SEALED PROCEEDINGS

03:49PM  1          BUT DO WE NEED TO AND SHOULD I SCHEDULE A SEPARATE HEARING

03:49PM  2   FOR THE SEVERANCE?  I'M HAPPY TO DO THAT.  IT SOUNDS LIKE MAYBE

03:49PM  3   THAT'S WHAT WE NEED TO DO OTHER THAN THE FEB 10 DATE.

03:49PM  4          MS. BAEHR-JONES:  YOUR HONOR, THE GOVERNMENT DOES

03:49PM  5   ANTICIPATE THAT IT WILL LIKELY WANT TO HAVE EVIDENCE PRESENTED,

03:49PM  6   POTENTIALLY A GOVERNMENT EXPERT.  WE MAY HAVE QUESTIONS FOR THE

03:49PM  7   DEFENSE EXPERT.

03:49PM  8          THE COURT:  THAT'S INTERESTING.  WHAT IF THEY CALL

03:49PM  9   YOUR DOCTOR?

03:49PM  10          MR. COOPERSMITH:  YOUR HONOR, THIS IS

03:49PM  11   JEFF COOPERSMITH.  I DON'T UNDERSTAND WHAT MS. BAEHR-JONES

03:49PM  12   SAID.  THAT HAS NOTHING TO DO WITH OUR MOTION.

03:49PM  13          WHAT I WOULD SUGGEST, AS MR. CAZARES SAID, WE CAN GET OUR

03:50PM  14   SUPPLEMENTAL PLEADING, AND WE WILL TAKE ADVANTAGE OF THE

03:50PM  15   COURT'S OFFER, AND WE THANK YOU FOR THAT, AND GET THAT IN IN A

03:50PM  16   WEEK.

03:50PM  17          WE WOULD LIKE TO SEE THIS ALL BRIEFED SO THAT THE COURT

03:50PM  18   CAN HEAR MR. BALWANI'S SEVERANCE MOTION ON FEBRUARY 10TH.  I DO

03:50PM  19   AGREE WITH YOUR HONOR THAT THAT HEARING SHOULD BE SET ON THAT

03:50PM  20   DATE AS A SEALED HEARING BECAUSE OF THE ISSUES INVOLVED.

03:50PM  21          JUST ON THAT SCORE, I UNDERSTAND THAT THERE ARE A LOT OF

03:50PM  22   DOCUMENTS THAT HAVE BEEN FILED UNDER SEAL.  I THINK HALF OF

03:50PM  23   THEM ARE PROBABLY ADMINISTRATIVE MOTIONS TO SEAL, AND IF THE

03:50PM  24   COURT WERE TO GIVE GUIDANCE THAT PLEADINGS AND FILINGS RELATED

03:50PM  25   TO THIS ISSUE COULD FILED UNDER SEAL, WE COULD PROBABLY

03:50PM  1    DISPENSE WITH ABOUT HALF OF THE SEALED FILINGS BECAUSE THERE

03:50PM  2    ARE ADMINISTRATIVE MOTIONS TO SEAL THAT ACCOMPANY THE

03:50PM  3    DECLARATIONS.

03:50PM  4         BUT PUTTING THAT ASIDE, WE THINK IT IS APPROPRIATE TO SET

03:50PM  5    THAT HEARING ON MR. BALWANI'S SEVERANCE MOTION ON

03:50PM  6    FEBRUARY 10TH.

03:51PM  7         WE WOULD LIKE TO GET OUR BRIEF IN AS SOON AS WE CAN.  WE

03:51PM  8    CAN DO A SUPPLEMENTAL.  WE'LL EVEN GET OUR REPLY IN SO THAT

03:51PM  9    IT'S TIMELY FOR FEBRUARY 10TH.  THE GOVERNMENT SHOULD GET THEIR

03:51PM  10   OPPOSITION IN SO THAT THE COURT AND WE CAN ALL CONSIDER IT IN

03:51PM  11   TIME FOR THAT FEBRUARY 10TH HEARING.

03:51PM  12        AS WE SAID IN OUR MOTION TO SEAL, AND I KNOW THE COURT HAS

03:51PM  13   PROVISIONALLY SEALED THINGS, AND WE APPRECIATE THAT, THIS IS SO

03:51PM  14   DEEPLY PREJUDICE TO MR. BALWANI AND IT'S GOING TO SO TAINT THE

03:51PM  15   JURY POOL.  MR. LEACH AND THE GOVERNMENT HAS ARGUED THAT WE

03:51PM  16   HAVEN'T SHOWN ENOUGH IN TERMS OF THE TAINT TO THE JURY POOL.

03:51PM  17        I DON'T KNOW WHAT MORE WE CAN DO, YOUR HONOR.  THIS IS THE

03:51PM  18   MOST HIGH PROFILE CASE THAT HAS COME AROUND IN QUITE A WHILE.

03:51PM  19   THERE'S A THEATRICAL FILM COMING OUT OF ALL THINGS.  WE'VE LAID

03:51PM  20   ALL OF THIS OUT IN OUR BRIEFING.

03:51PM  21        TO GET MR. BALWANI A FAIR TRIAL, WE THINK THAT THE

03:51PM  22   GOVERNMENT AND THE COURT SHOULD DO EVERYTHING POSSIBLE TO KEEP

03:51PM  23   THIS JURY POOL FREE FROM THAT TAINT.  WE'RE NOT ASKING FOR

03:51PM  24   EVERYTHING TO BE SEALED FOR ALL TIMES.  IF THE SEVERANCE MOTION

03:52PM  25   IS GRANTED, AND OBVIOUSLY WE THINK IT SHOULD BE, AFTER

03:52PM   1    MR. BALWANI'S TRIAL THERE WON'T BE ANY SEALED FILINGS ON THIS

03:52PM   2    POINT ANYMORE, AND IT WILL BE OUT THERE.

03:52PM   3         SO WE NEED TO HAVE IT SEALED REALLY FOR THE TIME UNTIL

03:52PM   4    MR. BALWANI COMPLETES HIS TRIAL TO MAKE SURE THAT WE CAN HAVE A

03:52PM   5    FAIR TRIAL, AND WE THINK THAT SHOULD HAPPEN AND THE SAME GOES

03:52PM   6    FOR THE FEBRUARY 10TH HEARING.

03:52PM   7              THE COURT:  ALL RIGHT.  THANK YOU.  I NOTE THAT

03:52PM   8    THERE ARE OTHER MOTIONS ON CALENDAR FOR FEBRUARY 10TH, AND I'M

03:52PM   9    NOT SURE THAT WE CAN CAPTURE EVERYTHING IN ONE DAY BASED ON THE

03:52PM   10   RECORD AND THE PLEADINGS THAT ARE ON FILE.

03:52PM   11        YOU'RE NODDING IN AGREEMENT.

03:52PM   12             MR. DOWNEY:  I TEND TO AGREE, YOUR HONOR.  I THINK

03:52PM   13   THERE'S A FAIR AMOUNT IN ANY EVENT FOR THAT DAY, AND IT MAY BE

03:52PM   14   BEST TO SELECT A SEPARATE DAY FOR HEARING ON SEVERANCE.

03:52PM   15             THE COURT:  AND, MS. KRATZMANN, CAN YOU JUST REMIND

03:52PM   16   US, THE CALENDAR ON FEBRUARY 10TH.  THAT'S OUR REGULAR CRIMINAL

03:52PM   17   CALENDAR.  THESE ARE CALENDARED FOR 10:00 A.M.?

03:53PM   18             THE CLERK:  YES, YOUR HONOR, THAT'S CORRECT.

03:53PM   19             THE COURT:  SO THAT GIVES US TWO HOURS BEFORE THE

03:53PM   20   1:30 CALENDAR.  I THINK THAT WAS PROBABLY POOR JUDGMENT ON MY

03:53PM   21   PART TO SCHEDULE IT THAT WAY.

03:53PM   22        IS IT POSSIBLE TO RESET ANYTHING ON OUR 1:30 CALENDAR TO

03:53PM   23   MAYBE TUESDAY OR WEDNESDAY?  OR DO WE HAVE --

03:53PM   24             THE CLERK:  IT IS SET RATHER LIGHT, YOUR HONOR,

03:53PM   25   ALTHOUGH YOU DO HAVE TWO SENTENCINGS, ONE AT 1:30 AND THEN TWO

03:53PM 1    STATUSES, AND THEN THE SENTENCING OF BRYN HANLEY AT 2:00.

03:53PM 2        CURRENTLY WE DO NOT HAVE ANYTHING SCHEDULED FOR

03:53PM 3    FEBRUARY 11TH OR THE 12TH IF YOU WOULD LIKE TO SPECIAL SET.

03:53PM 4        THE COURT:  MAYBE WHAT I'LL DO IS SEE ABOUT MOVING

03:53PM 5    THE OTHER CRIMINAL CALENDAR FROM THE 10TH TO THE 11TH OR 12TH

03:53PM 6    WHICH WOULD GIVE US THE ENTIRETY OF THE DAY.

03:53PM 7        MR. DOWNEY:  YOUR HONOR, THAT SOUNDS FINE.  MAY I

03:54PM 8    JUST LOOK AT MY CALENDAR?

03:54PM 9        THE COURT:  YES, PLEASE.  GO RIGHT AHEAD.

03:54PM 10       (DISCUSSION AMONGST COUNSEL OFF THE RECORD.)

03:54PM 11       THE COURT:  MR. DOWNEY, IT'S REFRESHING TO SEE YOU

03:54PM 12   REFER TO A PAPER CALENDAR.

03:54PM 13       (LAUGHTER.)

03:54PM 14       MR. DOWNEY:  THE 11TH OR 12TH IS FINE ON OUR SIDE,

03:55PM 15   YOUR HONOR.

03:55PM 16       THE COURT:  WELL, NO.  I WAS SAYING THAT WHAT WE'LL

03:55PM 17   DO IS WE'LL RESERVE -- I'LL MOVE SOME THINGS SO THAT WE HAVE

03:55PM 18   THE 10TH.

03:55PM 19       MR. DOWNEY:  OKAY.

03:55PM 20       THE COURT:  ALL DAY THE 10TH.  I WON'T MOVE THINGS

03:55PM 21   TO THE 11TH SHOULD WE NEED TO CONTINUE TO THE NEXT DAY.  I'LL

03:55PM 22   KEEP THAT OPEN FOR US, TOO, IF YOU WOULD DO THE SAME.

03:55PM 23       MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

03:55PM 24       THE COURT:  OKAY.

03:55PM 25       MR. DOWNEY:  AND, YOUR HONOR, MIGHT I JUST --

03:55PM  1          THE COURT:  MR. CAZARES, DOES THAT WORK FOR YOU?

03:55PM  2          MR. CAZARES:  THE 10TH, YES, YOUR HONOR.

03:55PM  3          THE COURT:  OKAY.  THANK YOU.

03:55PM  4          MR. DOWNEY:  AND MIGHT I SUGGEST THAT WE FOLLOW FOR

03:55PM  5   NOW, GIVEN THE PROVISIONAL SEALING, IF WE FOLLOW A PROCEDURE

03:55PM  6   SIMILAR TO TODAY, I THINK THAT WOULD BE HELPFUL.

03:55PM  7          THE COURT:  I, I THINK I'D LIKE TO GET AN ORDER OUT

03:55PM  8   FOR YOUR BENEFIT THAT SUGGESTS THAT IF YOU'RE GOING TO SEAL

03:55PM  9   SOMETHING, WE DON'T HAVE TO GO THROUGH THAT WHOLE PROCESS AND

03:55PM  10  THE -- WERE THERE OPPOSITIONS TO ADMINISTRATIVE MOTIONS TO

03:55PM  11  SEAL?  WERE THERE ACTUALLY --

03:55PM  12         MR. LEACH:  YOUR HONOR, THERE HAVE BEEN OPPOSITIONS

03:55PM  13  TO THE MOTIONS TO SEAL THE SEVERANCE MOTIONS.

03:55PM  14     WE THINK WHOLESALE SEALING HERE IS INAPPROPRIATE.  THERE

03:56PM  15  ARE LARGE SWATHS OF THE PLEADINGS THAT CAN BE MADE PUBLIC.

03:56PM  16  IT'S A VERY, VERY HIGH STANDARD TO SEAL A COURTROOM LIKE THIS

03:56PM  17  AND TO SEAL PLEADINGS THE WAY THE DEFENDANTS ARE REQUESTING

03:56PM  18  HERE, AND WE DON'T THINK THAT THEY'VE COME CLOSE TO SATISFYING

03:56PM  19  IT.

03:56PM  20         THE COURT:  OKAY.

03:56PM  21         MR. LEACH:  SO WE'VE PRESERVED OUR RIGHTS AND

03:56PM  22  OPPOSE -- I DON'T THINK WE'VE OPPOSED ALL OF THEM, BUT WE'VE

03:56PM  23  BASICALLY SAID THE COURT HAS RULED PRELIMINARILY ON THIS.

03:56PM  24     BUT THE GOVERNMENT OBJECTS TO SEALING.

03:56PM  25         THE COURT:  WELL, LET ME SAY I'M LOATHE ALSO TO GIVE

03:56PM 1    WHOLESALE PERMISSION TO SEAL THINGS BECAUSE, YOU KNOW, I THINK

03:56PM 2    I'M PRETTY CLOSE TO FINISH SQUEEZING THE SPONGE ON SEALING

03:56PM 3    DOCUMENTS HERE, I THINK I REALLY AM.

03:56PM 4         MR. DOWNEY:  THIS IS MR. BALWANI'S ISSUE SO I'LL LET

03:56PM 5    HIM ADDRESS IT.

03:56PM 6         WE HAVE ISSUES THAT PROBABLY WOULD REQUIRE SOME REDACTION

03:56PM 7    BECAUSE THERE'S PERSONAL HEALTH INFORMATION AND THAT TYPE OF

03:56PM 8    THING, BUT I THINK THE SEALING ISSUE IS REALLY MR. BALWANI'S

03:56PM 9    ISSUE.

03:56PM 10        THE COURT:  RIGHT.  MR. CAZARES.

03:57PM 11        MR. CAZARES:  YOUR HONOR, THE SEALING ISSUE AND THE

03:57PM 12   RISKS RAISED BY UNSEALING DOCUMENTS HERE GOES TO THE HEART OF

03:57PM 13   OUR SEVERANCE MOTION AND WHAT WE'RE TRYING TO PROTECT, WHICH IS

03:57PM 14   A FAIR TRIAL IN THIS DISTRICT THIS YEAR BEFORE NEWS WORD OF THE

03:57PM 15   DEFENSES THAT ARE GOING TO BE APPARENTLY RAISED BY MS. HOLMES

03:57PM 16   LEAK TO THE PUBLIC.

03:57PM 17        IT'S OUR HOPE TO GET TO TRIAL BEFORE THAT HAPPENS.  AND

03:57PM 18   THE CHANCE OF SOME SORT OF -- OBVIOUSLY, I WOULDN'T BLAME

03:57PM 19   ANYONE HERE IN THE COURTROOM, BUT THE CHANCE OF A MISTAKE BY

03:57PM 20   SOMEONE, WHETHER IT'S MY OFFICE, THE CLERK'S OFFICE, SOMEWHERE,

03:57PM 21   AND WORD LEAKS THROUGH A DOCUMENT THAT IS INSUFFICIENTLY

03:57PM 22   REDACTED OR NOT REDACTED AT ALL, ALL OF THE WORK THAT WE WOULD

03:57PM 23   HAVE DONE UP UNTIL NOW TO TRY TO ENSURE A FAIR TRIAL WOULD BE

03:57PM 24   FOR NOT.

03:57PM 25        THE COURT:  WELL, AS YOU KNOW, THERE'S A VOIR DIRE

03:57PM   1        PROCESS THAT IS VERY EXTENSIVE, THERE ARE QUESTIONNAIRES THAT

03:57PM   2        ARE USED, AND JURORS ARE PLACED UNDER OATH AT PERIL OF PERJURY

03:57PM   3        TO GIVE THEIR RESPONSES.

03:58PM   4              MR. CAZARES:  AND AS THE COURT KNOWS, IN HIGH

03:58PM   5        PROFILE CASES THAT VOIR DIRE CAN BE VERY DIFFICULT,

03:58PM   6        CHALLENGING, PARTICULARLY GIVEN THE SUBJECT MATTER OF THE ISSUE

03:58PM   7        HERE, THE LIKELY NEED TO VOIR DIRE JURORS ON AN INDIVIDUAL

03:58PM   8        BASIS OUTSIDE THE PRESENCE OF THE REST OF THE POOL THAT YOU

03:58PM   9        WOULDN'T WANT TO TAINT, THE HOPE THAT THOSE JURORS ARE KEEPING

03:58PM   10       WORDS OF THE ISSUES RAISED IN THEIR ANSWERS TO THEMSELVES, THE

03:58PM   11       FACT THAT THEY'RE BEING ACTUALLY HONEST AND NOT LYING TO TRY TO

03:58PM   12       GET ON TO A JURY IN A HIGH PROFILE CASE HAPPENS AS WELL.

03:58PM   13          ALL OF THAT, YOUR HONOR, SUGGESTS THAT THE NEED TO KEEP

03:58PM   14       THESE MATTERS SEALED FOR AS LONG AS POSSIBLE TO ENSURE

03:58PM   15       MR. BALWANI A FAIR TRIAL IS REALLY IMPORTANT.

03:58PM   16          IF THE COURT IS IN ANY WAY CONSIDERING UNSEALING MATTERS,

03:58PM   17       ONE, WE OBJECT IF THEY TOUCH UPON THIS ISSUE BECAUSE I DO THINK

03:58PM   18       IT IS THAT ISSUE.

03:58PM   19          EVEN THIS IDEA OF REDACTING DOCUMENTS IS GOING TO INVITE

03:58PM   20       SPECULATION FROM THE PRESS HERE.  OH, THERE'S A MOTION TO

03:58PM   21       SEVER, BUT WE, THE PRESS, DON'T KNOW THE BASIS.

03:59PM   22          WELL, LET'S GO TALK TO SOME FORMER AUSA'S, SOME FORMER

03:59PM   23       DEFENSE LAWYERS, AND SOME FORMER FEDERAL JUDGES.  WHAT ARE THE

03:59PM   24       BASES FOR A SEVERANCE IN THIS KIND OF CASE, MALE, FEMALE

03:59PM   25       DEFENDANTS FACING FEDERAL CRIMINAL CHARGES?  THERE AREN'T THAT

03:59PM 1    MANY, YOUR HONOR.  IT'S A HANDFUL OF BASES.  IT INVITES

03:59PM 2    SPECULATION, AND IT'S GOING TO INVITE SPECULATION IN THE

03:59PM 3    PUBLIC.  ARTICLES WE HAVE WRITTEN ABOUT IT, THAT'S WHAT WE ON

03:59PM 4    OUR SIDE ARE REALLY HOPING TO AVOID, AND THAT'S WHY FOR US THE

03:59PM 5    SEALING IS MORE IMPORTANT TO ANYBODY ELSE, IN PARTICULAR THE

03:59PM 6    GOVERNMENT, AND I UNDERSTAND THE GOVERNMENT'S ISSUES AND THE

03:59PM 7    POLICY REASONS WHY YOU WANT A PUBLIC TRIAL.

03:59PM 8         A PUBLIC TRIAL, THAT'S WHAT ALL OF THESE RULES ARE

03:59PM 9    ENTITLED TO PRESERVE, NOT A PUBLIC KIND OF READING AND

03:59PM 10   DISCLOSING AND PUBLICIZING OF ALL ELEMENTS OF EVERY PART OF A

03:59PM 11   CASE.  THAT IS NOT NECESSARY.

03:59PM 12        THE GOVERNMENT ITSELF, THE GRAND JURY TRANSCRIPTS ARE

03:59PM 13   SEALED AND REMAIN SEALED FOREVER UNTIL SOME SPECIAL SITUATION

04:00PM 14   WARRANTS THEIR DISCLOSURE, DESPITE THE FACT THAT THEY ARE ALSO

04:00PM 15   A PUBLIC MATTER INVOLVING THE PUBLIC, PUBLIC CHARGES AND

04:00PM 16   TRIALS.

04:00PM 17             THE COURT:  WELL, GRAND JURY PROCEEDINGS AREN'T

04:00PM 18   PUBLIC, BUT I THINK I CAPTURE YOUR MEANING.

04:00PM 19             MR. CAZARES:  THEY INVOLVE THE PUBLIC AND PUBLIC

04:00PM 20   CHARGES AND PUBLIC MATTERS.

04:00PM 21             THE COURT:  RIGHT.  WELL, WHEN WE INVITE HIGH SCHOOL

04:00PM 22   STUDENTS AND COLLEGE STUDENTS AND OTHERS, AND GRAMMAR SCHOOL

04:00PM 23   STUDENTS TO COME VISIT OUR COURTS, ONE OF THE THINGS WE PROUDLY

04:00PM 24   TELL THEM IS THAT THESE ARE YOUR COURTS AND THEY BELONG TO YOU

04:00PM 25   AND THEY'RE ALWAYS OPEN BECAUSE THAT'S THE LAW, THE COURTROOMS

SEALED PROCEEDINGS

60

04:00PM 1    ARE OPEN FOR EVERYONE TO COME AND ENJOY AND WATCH AND LISTEN

04:00PM 2    AND LEARN OF THEIR COMMUNITY.

04:00PM 3        SO TO MR. LEACH'S POINT, THE ANTITHESIS TO THAT IS SEALING

04:00PM 4    COURTROOMS.  WE DON'T HAVE DARK CHAMBERS AND THOSE TYPES OF

04:00PM 5    THINGS.

04:00PM 6            MR. CAZARES:  NO.  AND WE DON'T DISAGREE WITH THAT,

04:00PM 7    YOUR HONOR.

04:00PM 8            THE COURT:  WE'RE ALSO COGNIZANT OF PROTECTING

04:00PM 9    PARTY'S INTERESTS TO THE EXTENT WE CAN.  WE'RE IN A DIFFERENT

04:00PM 10   AGE NOW, OF COURSE.  WE KNOW NEWS FLASHES IN MINUTES.  THAT IS

04:00PM 11   TO YOUR POINT, THINGS CAN GO GLOBAL IN A MINUTE.

04:00PM 12       BUT ALSO CONCURRENT WITH THAT IS THINGS ARE FORGOTTEN IN A

04:01PM 13   MINUTE AND SOMETHING ELSE MORE IMPORTANT COMES UP IN THE NEWS,

04:01PM 14   AND THE ATTENTION SPAN OF FOLKS NEWS WISE IS MINUTES IF NOT

04:01PM 15   SECONDS.

04:01PM 16       SO ALL OF THESE THINGS I CAPTURE, AND THEY'RE ALL THINGS

04:01PM 17   THAT WE ALL CONSIDER WHEN WE LOOK AT THIS.

04:01PM 18       IT IS UNUSUAL, AND I THINK WE ALL AGREE, IT'S UNUSUAL TO

04:01PM 19   SEAL A COURTROOM, IT IS.

04:01PM 20       AND TODAY I FOUND IT WAS APPROPRIATE BECAUSE WE'RE

04:01PM 21   TOUCHING ON THESE SUBJECTS TO TALK ABOUT A DEFENDANT'S

04:01PM 22   SITUATION.

04:01PM 23           MR. CAZARES:  I WAS AT THE U.S. ATTORNEY'S OFFICE

04:01PM 24   LONG ENOUGH, YOUR HONOR, TO BE AWARE OF QUITE A FEW SEALING OF

04:01PM 25   PROCEEDINGS THAT WAS REQUESTED BY THE GOVERNMENT AND REQUESTED

04:01PM 1    BY THE DEFENSE.

04:01PM 2         SO IT'S NOT SOMETHING THAT HAPPENS ONCE IN A MILLENIA.  IT

04:01PM 3    HAPPENS.  IT'S NOT FAVORED, AND I CLEARLY UNDERSTAND WHY, BUT

04:01PM 4    THERE ARE GOOD REASONS FOR SEALING A COURTROOM IN CERTAIN

04:01PM 5    SITUATIONS WHERE --

04:01PM 6              THE COURT:  I FOUND THEM TODAY, AND THAT'S WHY I

04:01PM 7    SEALED THIS PROCEEDING.

04:01PM 8              MR. CAZARES:  I UNDERSTAND, YOUR HONOR.  I WAS

04:01PM 9    MAKING THE POINT.  SORRY ABOUT THAT.  I DON'T MEAN TO BELABOR

04:01PM 10   IT.

04:01PM 11             THE COURT:  I FOUND IT TODAY, AND THAT'S WHY IT'S

04:01PM 12   SEALED TODAY.

04:02PM 13        SO WHAT SHOULD WE DO?  LET'S TALK ABOUT A SCHEDULE.  NOW

04:02PM 14   THAT WE'VE CAPTURED THAT WE'RE GOING TO MEET ALL DAY ON THE

04:02PM 15   10TH AND PERHAPS ON THE 11TH, WHAT ABOUT FILING SCHEDULES?

04:02PM 16             MR. CAZARES:  IT SOUNDS LIKE AFTER CONFERRING WITH

04:02PM 17   MR. COOPERSMITH, OUR TEAM IS GOOD WITH ONE WEEK FOR FILING THE

04:02PM 18   SUPPLEMENTAL.  SO NEXT WEEK.

04:02PM 19             THE COURT:  IS THAT WHAT YOU SAID, MR. COOPERSMITH?

04:02PM 20             MR. COOPERSMITH:  YES, YOUR HONOR.  WE WOULD DO IT

04:02PM 21   IN EVEN A SHORTER TIME IF NECESSARY BECAUSE WE WANT TO MAKE

04:02PM 22   SURE THAT THE GOVERNMENT HAS THAT AND GETS THEIR OPPOSITION IN

04:02PM 23   AND WE CAN GET OUR REPLY IN.

04:02PM 24        SO IF WE HAD A WEEK, THAT WOULD PUT US ON THE 20TH.

04:02PM 25             THE COURT:  OKAY.

04:02PM 1          MR. COOPERSMITH:  FRANKLY, I THINK THAT WOULD WORK

04:02PM 2    BECAUSE THE GOVERNMENT WOULD HAVE REALLY UNTIL THE END OF THE

04:02PM 3    MONTH, AND WE CAN GET A REPLY IN BEFORE FEBRUARY 10TH.  SO IF

04:02PM 4    WE HAD A WEEK --

04:02PM 5          THE COURT:  LET ME ASK THE GOVERNMENT YOUR POSITION

04:02PM 6    ABOUT YOUR OPPOSITION THEN.  IF YOU RECEIVE THIS, THIS IS

04:02PM 7    CONDITION OF MR. WADE GETTING ALL -- EXCUSE ME -- MR. DOWNEY

04:02PM 8    GETTING US THE SIGNED COPY.

04:02PM 9          MS. BAEHR-JONES:  YES, YOUR HONOR, THAT WAS GOING TO

04:02PM 10   BE MY QUESTION IS WHEN WOULD WE GET THE SIGNED COPY OF THE

04:03PM 11   DECLARATION?

04:03PM 12       AND THE OTHER MATTER I WANTED TO RAISE IS JUST WE'RE GOING

04:03PM 13   TO ASK FOR A REVERSE JENCKS FOR DR. MECHANIC, AND WE WANTED TO

04:03PM 14   ASK FOR A SCHEDULE ON THAT AS WELL BECAUSE SHE HAS A LOT OF

04:03PM 15   NOTES.

04:03PM 16          THE COURT:  SURE.  SO INITIALLY THE RESPONSE TO --

04:03PM 17          MS. BAEHR-JONES:  WE HAVE NO OBJECTION TO THE

04:03PM 18   RESPONSE WITHIN A WEEK AND THEIR FILING OF A NEW BRIEF WITHIN A

04:03PM 19   WEEK, AND THEN I THINK WE CAN GET SOMETHING BY THE END OF THE

04:03PM 20   MONTH.

04:03PM 21          MR. LEACH:  THE 31ST.

04:03PM 22          MS. BAEHR-JONES:  THE 31ST, YOUR HONOR.

04:03PM 23          THE COURT:  FRIDAY THE 31ST.

04:03PM 24       IS THE THIRD A HOLIDAY?

04:03PM 25          THE CLERK:  OF FEBRUARY, YOUR HONOR?

04:03PM 1            THE COURT:  YES.

04:03PM 2            THE CLERK:  NO.  THE 17TH IS A HOLIDAY.

04:03PM 3            THE COURT:  OKAY.  GOTCHA.

04:03PM 4        AND CLOSE OF BUSINESS THE 31ST OR DO YOU WANT THE 3RD?

04:03PM 5            MR. LEACH:  WE'LL TAKE THE 3RD.

04:03PM 6            THE COURT:  OKAY.  END OF BUSINESS THE 3RD.

04:04PM 7            MR. COOPERSMITH:  YOUR HONOR, IF WE GOT IT THE 31ST

04:04PM 8    BY EVEN THE END OF THE DAY, THEN WE WOULD HAVE THAT WEEKEND TO

04:04PM 9    START CRACKING ON OUR BRIEF.  SO THAT WOULD BE IDEAL.

04:04PM 10       I'LL JUST POINT OUT, THE GOVERNMENT HAS HAD OUR MOTION FOR

04:04PM 11   SEVERANCE SINCE DECEMBER 3RD, SO THIS IS NOT SOMETHING THAT

04:04PM 12   THEY'RE JUST GETTING, AND THEY SHOULD REALLY, AS THE COURT HAS

04:04PM 13   POINTED OUT, THE RESPONSE WAS ACTUALLY DUE TODAY, BUT WE

04:04PM 14   UNDERSTAND THAT THEY'RE GOING TO BE GIVEN MORE TIME.

04:04PM 15           THE COURT:  WELL, MR. COOPERSMITH, THERE'S NEW --

04:04PM 16   WE'RE HAVING A DIFFERENT DISCUSSION NOW AND THERE'S --

04:04PM 17           MR. LEACH:  IF MR. COOPERSMITH WANTS THE WEEKEND TO

04:04PM 18   WORK, I'M HAPPY TO GIVE IT TO HIM.  THE GOVERNMENT WILL FILE

04:04PM 19   ITS OPPOSITION ON THE 31ST.

04:04PM 20           MS. BAEHR-JONES:  YOUR HONOR, IS THERE -- JUST TO

04:04PM 21   FOLLOW UP ON THAT SO WE CAN RESPOND TO THE DECLARATION AND

04:04PM 22   REVERSE JENCKS.

04:04PM 23       ARE THERE GOING TO BE DEADLINES FOR THOSE?

04:04PM 24           MR. DOWNEY:  WE DON'T YET HAVE.  WE HAVE A JENCKS

04:04PM 25   DISCLOSURE DEADLINE FROM THE GOVERNMENT IN EARLY FEBRUARY, SO

04:05PM  1    SOME TIME THEREAFTER.  I ASSUME THE COURT WILL SET A DATE FOR

04:05PM  2    REVERSE JENCKS.

04:05PM  3            MS. BAEHR-JONES:  WELL, IF DR. MECHANIC IS

04:05PM  4    TESTIFYING ON THE 10TH, PRESUMABLY THE GOVERNMENT SHOULD HAVE

04:05PM  5    SOME AMOUNT OF TIME TO REVIEW HER JENCKS MATERIAL BEFORE THE

04:05PM  6    HEARING ITSELF.

04:05PM  7            MR. DOWNEY:  YOUR HONOR, I WASN'T UNDERSTANDING TO

04:05PM  8    HEAR THAT DR. MECHANIC WOULD BE TESTIFYING ON THE 10TH.  I

04:05PM  9    DON'T THINK WE'RE THERE YET.

04:05PM  10           THE COURT:  I'M NOT -- I MADE A COMMENT ABOUT IT

04:05PM  11   SOUNDS LIKE SHE'S GOING TO SUBPOENA YOUR DOCTOR.

04:05PM  12           MS. BAEHR-JONES:  WELL, YOUR HONOR, IF THEY SUBMIT A

04:05PM  13   DECLARATION IN SUPPORT OF THEIR MOTION, THEN MY UNDERSTANDING

04:05PM  14   OF THE RULES IS THAT WE WOULD HAVE THE OPPORTUNITY TO

04:05PM  15   CROSS-EXAMINE THAT DECLARANT AND WE WOULD BE ENTITLED TO THEIR

04:05PM  16   JENCKS MATERIAL, JUST LIKE THE GOVERNMENT WOULD PROVIDE ANY

04:05PM  17   NOTES OR ANY REPORTS THAT ARE JENCKS WHEN ITS WITNESS TAKES THE

04:05PM  18   STAND, AND JENCKS ATTACHES BASED ON THE HEARING, NOT BASED

04:06PM  19   ON -- IT ATTACHES WHEN SOMEBODY TAKES THE STAND.

04:06PM  20           MR. DOWNEY:  LET ME SEPARATE OUT A FEW THINGS AND

04:06PM  21   TAKE A STEP BACK BECAUSE I'M ACTUALLY CONFUSED BASED ON

04:06PM  22   COUNSEL'S COMMENTS.

04:06PM  23       MAY I JUST INQUIRE WHAT SCHEDULE WAS THE COURT

04:06PM  24   ANTICIPATING WITH REGARD TO ANY MOTION PENDING FROM MS. HOLMES?

04:06PM  25   THE SAME SCHEDULE OR A DIFFERENT ONE?

04:06PM 1          THE COURT:  WELL, I'M NOT DISTURBING YOUR SCHEDULE.

04:06PM 2      WHAT I'M DOING IS HEARING THE SEVERANCE MOTION AS TO

04:06PM 3  MR. BALWANI FIRST.

04:06PM 4          MR. DOWNEY:  OKAY.

04:06PM 5          THE COURT:  AND THAT'S WHAT I'D LIKE TO DO.

04:06PM 6          MS. BAEHR-JONES:  YOUR HONOR, JUST TO CLARIFY, THE

04:06PM 7  SEVERANCE MOTION THAT MR. BALWANI IS GOING TO BE FILING, THIS

04:06PM 8  ADDITIONAL INFORMATION WILL BE RELATING TO THE DECLARATION OF

04:06PM 9  DR. MECHANIC.

04:06PM 10         THE COURT:  THAT'S RIGHT.  AND THAT'S THE -- I THINK

04:06PM 11 THAT'S THE PROBLEM WITH THE CAROUSEL HERE IS THAT HIS MOTION IS

04:06PM 12 DEPENDENT, OR RELIES I SHOULD SAY, ON A DECLARATION FILED BY

04:06PM 13 THE CODEFENDANT IN THE CASE.  WE'RE GOING TO GET A SIGNED COPY

04:07PM 14 OF HER DECLARATION, ATTESTATION, WHATEVER YOU WANT TO CALL IT.

04:07PM 15 THAT WILL PROBABLY BE BY THE END OF THIS WEEK I EXPECT.

04:07PM 16         MR. DOWNEY:  I WOULD EXPECT SO, YOUR HONOR.  AGAIN,

04:07PM 17 AND WE'VE COVERED THIS EXTENSIVELY, AGAIN, THAT IS A

04:07PM 18 DECLARATION ABOUT PRESENT STATE OF MIND.  IT DOES NOT REFLECT

04:07PM 19 OR WILL NOT BE NECESSARILY HELPFUL TO THE COURT IN CONDUCTING

04:07PM 20 AN INQUIRY OF WHAT IS LIKELY TO BE ADMITTED AT TRIAL OR WHAT IS

04:07PM 21 ADMISSIBLE AT TRIAL, WHICH IS I THINK THE INQUIRY THAT THE

04:07PM 22 COURT WAS SEEKING.

04:07PM 23         THE COURT:  THE ISSUE THAT RELATES TO MR. BALWANI'S

04:07PM 24 SEVERANCE MOTION IS I SUPPOSE THE TYPE OF EVIDENCE THAT IS

04:07PM 25 GOING TO BE OFFERED BASED ON THIS -- THE DECLARATION, BUT IF

04:07PM 1    THAT TYPE OF EVIDENCE IS GOING TO BE OFFERED EITHER BY A FACT

04:07PM 2    WITNESS, A THIRD PARTY, OR BY THE DEFENDANT IN THE CASE.

04:07PM 3        WE'VE HEARD MR. DOWNEY TALK ABOUT THE HIGH EXPECTATIONS, I

04:08PM 4    GUESS.  I DON'T THINK HE USED THAT PHRASE, BUT A SUGGESTION

04:08PM 5    THAT THERE WILL BE AT LEAST THAT EVIDENCE OFFERED.

04:08PM 6        MS. BAEHR-JONES:  BUT DOESN'T THAT, YOUR HONOR,

04:08PM 7    DEPEND ON THE FACT THAT AN EXPERT IS ASSERTING THAT THERE IS A

04:08PM 8    12.2 DEFENSE HERE AND FOR THAT TO BE A FACT THAT IS IN THE

04:08PM 9    RECORD BEFORE THE COURT THERE HAS TO BE SOME DECLARATION FROM

04:08PM 10   DR. MECHANIC SAYING, "I CAN MAKE THAT FINDING.  I'M GOING TO

04:08PM 11   MAKE THIS FINDING IF THERE'S A CONNECTION BETWEEN THESE SET OF

04:08PM 12   FACTS AND THE DIAGNOSIS FOR THESE SET OF FACTS AND A MENS REA

04:08PM 13   OF THE DEFENDANT."

04:08PM 14       IF THERE IS NOTHING IN THE RECORD -- AND THE GOVERNMENT

04:08PM 15   WANTS TO RESPOND TO THIS -- IF THERE'S NOTHING IN THE RECORD,

04:08PM 16   THE GOVERNMENT CAN'T RESPOND TO THAT POINT, AND THERE'S NOTHING

04:08PM 17   THAT SUPPORTS DEFENDANT BALWANI'S MOTION.

04:08PM 18       THE COURT:  WELL, I -- IF A FACT -- IF A DEFENDANT,

04:09PM 19   IF A DEFENDANT IN THE CASE IS GOING TO TESTIFY ABOUT FACTS THAT

04:09PM 20   A CODEFENDANT DID TO HIM OR HER, THAT MAY BE SUFFICIENT FOR THE

04:09PM 21   COURT TO LOOK AND CONSIDER THAT TO DECIDE WHETHER OR NOT THAT

04:09PM 22   IN AND OF ITSELF IS PREJUDICIAL WITHOUT THE NECESSITY OF

04:09PM 23   SAYING, WELL, IS IT ON A DIFFERENT LEVEL?  WILL IT BE ENHANCED

04:09PM 24   BY EXPERT TESTIMONY?

04:09PM 25       I THINK WHAT I HEAR YOU SAYING IS, WELL, THAT'S FINE,

04:09PM 1    JUDGE, BUT THAT INDIVIDUAL'S TESTIMONY, ALBEIT EVEN IF IT'S A

04:09PM 2    DEFENDANT, MAY NOT BE ADMISSIBLE BECAUSE IT MIGHT NOT HAVE

04:09PM 3    RELEVANCE BY ITSELF UNLESS IT IS SUPPORTED BY AN EXPERT IN

04:09PM 4    REGARDS TO ONE OF THOSE TOPICS THAT I MENTIONED EARLIER, EVEN

04:09PM 5    IF IT IS -- THE EXPERT TESTIMONY IS NOT TO SAY THAT SHE HAS A

04:09PM 6    CONDITION OR HE HAS A CONDITION BUT RATHER -- OR THE TESTIMONY

04:10PM 7    WOULD BE TOWARDS THE CREDIBILITY.

04:10PM 8         MS. BAEHR-JONES:  WELL, IT WOULD BE A THRESHOLD

04:10PM 9    MATTER, YOUR HONOR, IS THE GOVERNMENT'S POINT.  THE FACTS OF

04:10PM 10    INTIMATE PARTNER ABUSE THAT TOOK PLACE NOT AT THE COMPANY, NOT

04:10PM 11    RELATING TO THE FRAUD DIRECTLY, NOWHERE NEAR COMMUNICATIONS

04:10PM 12    THAT WERE MADE TO BOARD MEMBERS OR TO THE MEDIA, THINGS THAT

04:10PM 13    HAPPENED IN THAT REALM ARE ONLY RELEVANT IF THERE IS AN EXPERT

04:10PM 14    WHO IS WILLING TO SAY THAT THESE MENTAL CONDITIONS COULD BEAR

04:10PM 15    ON GUILT AND RIGHT NOW THERE IS NOTHING -- THE DEFENDANTS HAVE

04:10PM 16    NOT PROVIDED ANYTHING THAT SAYS THAT, AND THAT'S WHY THE

04:10PM 17    GOVERNMENT IS ASKING FOR A DECLARATION FROM DR. MECHANIC THAT

04:10PM 18    AT LEAST ESTABLISHES THIS VERY BASIC POINT.

04:10PM 19        IT DOESN'T HAVE TO BE THE FULL SUMMARY REPORT, BUT JUST

04:10PM 20    SOMETHING THAT ESTABLISHES THAT SO WE CAN QUESTION HER ABOUT IT

04:10PM 21    AND FOR THE COURT TO HAVE THAT INFORMATION, BECAUSE THE

04:10PM 22    GOVERNMENT WILL BE OFFERING, I CAN GUARANTEE WE WILL BE

04:11PM 23    OFFERING SOME SORT OF DECLARATION IN SUPPORT OF OUR OPPOSITION

04:11PM 24    THAT PROVIDES SOME TESTIMONY FROM OUR EXPERT FOR THE COURT TO

04:11PM 25    CONSIDER.  AND THE GOVERNMENT SUBMITS IT WOULD BE WORTHWHILE TO

SEALED PROCEEDINGS

04:11PM 1    HAVE A PROCESS WHEREBY BOTH SIDES CAN SUBMIT EVIDENCE TO YOUR

04:11PM 2    HONOR.

04:11PM 3           THE COURT:  AND I THINK THAT'S BACK TO MR. DOWNEY'S

04:11PM 4    POINT, WELL, IT SOUNDS LIKE 12.2 HEARING IN REGARDS TO TRIAL

04:11PM 5    TESTIMONY.  I THINK THAT'S WHAT I HEARD YOU SAY EARLIER.

04:11PM 6           MR. DOWNEY:  THAT'S RIGHT, YOUR HONOR.  I MEAN, I

04:11PM 7    THINK, JUST TO BE CLEAR AS TO WHERE WE ARE, IT'S OBVIOUSLY A

04:11PM 8    SOMEWHAT CONFUSING SITUATION.  IT'S DIFFICULT.

04:11PM 9        BUT AT THIS POINT THE COURT SHOULDN'T TAKE ANY STEP THAT

04:11PM 10   OBLIGATES MS. HOLMES TO PRESENT HER DEFENSE CASE.

04:11PM 11          THE COURT:  AND I'VE BEEN VERY CAREFUL, AND I HOPE

04:11PM 12   I'VE BEEN CAREFUL TO SUGGEST HERE OR STATE SPECIFICALLY HERE

04:11PM 13   THAT I'M NOT ASKING YOU TO REVEAL ANY OF THAT TODAY.

04:11PM 14          MR. DOWNEY:  I UNDERSTAND THAT.  AND I THINK YOU

04:11PM 15   WOULDN'T DO SO EITHER IN CONNECTION WITH A HEARING.

04:12PM 16       THE QUESTION IS THE COURT OBVIOUSLY HAS TO MAKE A DECISION

04:12PM 17   AS TO LIKELIHOOD, AND WE THINK BASED ON WHAT IS IN FRONT OF THE

04:12PM 18   COURT IT'S IN A POSITION TO DO SO ONE WAY OR THE OTHER.

04:12PM 19          MR. COOPERSMITH:  AND, YOUR HONOR, LET ME ADD THAT

04:12PM 20   WHAT THE GOVERNMENT HAS PROPOSED, AGAIN, IT SORT OF SHOVES

04:12PM 21   MR. BALWANI TO THE SIDE AND HIS RIGHTS AND NOT WORRY ABOUT HIM

04:12PM 22   UNTIL MUCH LATER, AND WE APPRECIATE THAT IT SOUNDS LIKE THE

04:12PM 23   BRIEFING SCHEDULE IS GOING TO GET BACK ON TRACK HERE WITH

04:12PM 24   MR. BALWANI'S MOTION.

04:12PM 25          MS. HOLMES'S DEFENSE, YOU KNOW, THAT WILL BE LIKE EXPLORED

SEALED PROCEEDINGS

04:12PM 1      IN THE FULLNESS OF TIME, BUT THE GOVERNMENT DOESN'T GET TO HOLD

04:12PM 2   MR. BALWANI HOSTAGE WHILE IT LITIGATES WITH MS. HOLMES.

04:12PM 3      WE HAVE RIGHTS FOR MR. BALWANI.  HE HAS HIS OWN TRIAL

04:12PM 4   RIGHTS.  WE NEED TO GET OUR SEVERANCE MOTION HEARD AND DECIDED,

04:12PM 5   AND I THINK THERE'S GOING TO BE PLENTY TO GO ON GIVEN WHAT

04:12PM 6   DEFENSE IS AND MS. HOLMES HAS ALREADY PUT FORWARD.

04:12PM 7      IN FACT, 12.2 ITSELF SAYS THAT IT'S A NOTICE OF EXPERT

04:13PM 8   TESTIMONY RELATING TO A MENTAL ISSUE GOING TO GUILT, AND THAT'S

04:13PM 9   WHAT SHE HAS DONE.

04:13PM 10      AND WE KNOW THEY INTEND TO PRESENT EVIDENCE.  MR. DOWNEY

04:13PM 11   HAS PROFFERED IN COURT TODAY THAT HE'S GOING TO PUT ON FACT

04:13PM 12   WITNESSES, WHETHER IT'S THIRD PARTIES OR MS. HOLMES HERSELF,

04:13PM 13   AND WE HAVE THAT DANGER, AND IT'S SIMPLY NOT POSSIBLE TO WAIT

04:13PM 14   UNTIL TRIAL OR EVEN CLOSE TO TRIAL TO DEAL WITH MR. BALWANI'S

04:13PM 15   MOTION.

04:13PM 16      SO, YOU KNOW, IT SOUNDS LIKE THE BRIEFING IS GOING TO GET

04:13PM 17   BACK ON TRACK AND WITH A LITTLE HICCUP, AND IT SOUNDS LIKE

04:13PM 18   WE'LL ARGUE IT ON FEBRUARY 10TH, BUT I THINK IT WORKS FOR

04:13PM 19   MR. BALWANI TO MAKE SURE WE KNOW WHAT WE'RE FACING.

04:13PM 20      THE COURT:  WHAT I HEAR THE GOVERNMENT SAYING,

04:13PM 21   THOUGH, IS THAT THIS THRESHOLD QUESTION ABOUT THIS REALLY

04:13PM 22   SHOULD BE TESTED BY AN OPPORTUNITY TO EXAMINE OR TO

04:13PM 23   CROSS-EXAMINE, ET CETERA, ET CETERA, AND I CAPTURE THAT.

04:13PM 24      REMIND ME OF THE DATES AGAIN.  EXCUSE ME, THE

04:13PM 25   GOVERNMENT -- MR. CAZARES, YOU'RE GOING TO FILE YOUR

04:13PM  1    AUGMENTATION, YOUR SUPPLEMENTAL ON -- BY THE 31ST DID YOU SAY?

04:14PM  2    I AM SORRY.

04:14PM  3            MR. COOPERSMITH:  THE 20TH.

04:14PM  4            THE COURT:  THE 20TH.  THANK YOU.

04:14PM  5        AND THE GOVERNMENT WILL FILE --

04:14PM  6            MS. BAEHR-JONES:  BY THE 31ST, YOUR HONOR.

04:14PM  7            THE COURT:  YOUR OPPOSITION BY THE 31ST.  ALL RIGHT.

04:14PM  8        AND THEN WE HAVE OUR HEARING SET FOR THE 10TH AND

04:14PM  9    POSSIBLY THE 11TH.  OKAY.  WELL, LET'S PROCEED WITH THAT

04:14PM  10   SCHEDULE NOW.

04:14PM  11           MR. LEACH:  AND MAYBE I'M BEING DENSE, YOUR HONOR.

04:14PM  12   I JUST WANT TO MAKE SURE THIS IS MR. BALWANI'S MOTION FOR

04:14PM  13   SEVERANCE, MS. HOLMES'S MOTION FOR SEVERANCE.

04:14PM  14           THE COURT:  IT'S DEFERRED.  I AM GOING TO DEFER --

04:14PM  15   WE'RE GOING TO TAKE MR. BALWANI'S FIRST.  I'M DEFERRING

04:14PM  16   MS. HOLMES FOR NOW.  I'D LIKE YOU TO FOCUS YOUR ATTENTION, THE

04:14PM  17   PARTIES, TO MR. BALWANI'S MOTION FIRST.

04:14PM  18           MR. LEACH:  SO NO OPPOSITION TO THAT IS DUE TODAY,

04:14PM  19   EITHER?

04:14PM  20           THE COURT:  CORRECT, TO MS. HOLMES.  RIGHT.

04:14PM  21           MS. BAEHR-JONES:  AND WITH RESPECT TO THE DISCOVERY

04:14PM  22   REQUEST, THE GOVERNMENT'S DISCOVERY REQUEST FOR JENCKS

04:14PM  23   MATERIALS AND TESTING DATA.

04:14PM  24           THE COURT:  IS THAT SOMETHING THAT IS AVAILABLE?

04:14PM  25           MR. DOWNEY:  YOUR HONOR, I'M SURE IT'S IN PART

04:14PM 1    AVAILABLE.  SHE'S NOT YET A WITNESS.  WE DON'T KNOW IF SHE'LL

04:14PM 2    EVEN BE THE DESIGNATED EXPERT IN CONNECTION WITH THE CASE SO IT

04:15PM 3    SEEMS LIKE IT'S PREMATURE TO --

04:15PM 4            THE COURT:  WELL, WHAT I THINK WOULD BE HELPFUL IS

04:15PM 5    IF SHE WISHES TO SIGN HER DECLARATION AS WE'VE SAID, BUT IF SHE

04:15PM 6    COULD ALSO PROVIDE A PAGE OR TWO THAT PROVIDES SOME

04:15PM 7    FOUNDATIONAL WHATEVER, THAT SHE DIDN'T DO IN HER DECLARATION,

04:15PM 8    BUT JUST SOMETHING THAT OFFERS THE COURT SOME ASSISTANCE AS TO

04:15PM 9    ANY OPINIONS THAT SHE MIGHT DRAW, I THINK THAT WOULD BE

04:15PM 10   HELPFUL.

04:15PM 11       MY SENSE IS THAT SHE COULD PUT TOGETHER THREE OR FOUR

04:15PM 12   PARAGRAPHS THAT SUGGEST THAT.

04:15PM 13           MR. DOWNEY:  LET ME JUST GET CLARITY.  SHE MAY WELL

04:15PM 14   BE ABLE TO.

04:15PM 15       SHE HAS STATED AT SOME LENGTH THE PROCEDURES FOR THE BASIS

04:15PM 16   OF THE OPINION.  IS THE COURT SUGGESTING THAT SHE WOULD NOW

04:15PM 17   PREVIEW THE TRIAL OPINIONS SHE MIGHT OFFER?

04:15PM 18           THE COURT:  NO.  NO, NO, NO, I'M NOT ASKING HER TO

04:15PM 19   DO THAT.

04:15PM 20       BUT WHEN I LOOK AT HER DECLARATION, SHE TALKS ABOUT THE

04:15PM 21   HISTORY AS SHE UNDERSTANDS IT, AND THEN SHE GIVES US LITERATURE

04:16PM 22   AND HISTORICAL LITERATURE THAT SUPPORT THE EXISTENCE OF THIS

04:16PM 23   CONDITION AND OTHERS AND THOSE TYPES OF THINGS.

04:16PM 24       BUT IF SHE WERE TO PROVIDE SOMETHING, A STATEMENT OF SOME

04:16PM 25   SORT THAT WOULD GIVE US ADDITIONAL, GIVE ME ADDITIONAL

SEALED PROCEEDINGS

04:16PM  1    INFORMATION ABOUT, NOT NECESSARILY WHAT HER OPINION WOULD BE,

04:16PM  2    BUT WHAT ALL OF THAT WOULD MEAN AS FAR AS A FINDING OF A

04:16PM  3    CONDITION OR NOT.

04:16PM  4         I'M BEING -- I'M NOT BEING VERY ARTICULATE HERE.  I DON'T

04:16PM  5    WANT HER TO WRITE THE WHOLE REPORT HERE BY FEBRUARY 10TH.  I

04:16PM  6    DON'T THINK SHE CAN DO THAT BASED ON WHAT YOU'VE TOLD ME, BUT I

04:16PM  7    THINK THERE'S SOMETHING SUPPLEMENTAL.

04:16PM  8         I GUESS WHAT I'M SAYING IS THAT THIS IS GOOD FOR A NOTICE,

04:16PM  9    I SUPPOSE, BUT WHAT ELSE CAN SHE OFFER TO STRENGTHEN THE

04:16PM  10   NOTICE?  I GUESS I'LL PUT IT THAT WAY.

04:16PM  11            MR. DOWNEY:  THE ONLY DIFFICULTY WITH THAT IS, YOUR

04:17PM  12   HONOR, IS THAT THERE'S A -- I'M NOT SURE HOW MUCH ROOM THERE

04:17PM  13   REALLY IS BETWEEN WHAT SHE WOULD OFFER AT TRIAL AND WHAT

04:17PM  14   THAT -- THE SUBMISSION THE COURT IS ASKING FOR.

04:17PM  15        IF, IF THE COURT IS ASKING FOR HER DIAGNOSIS OF

04:17PM  16   MS. HOLMES, I THINK THAT IS SOMETHING THAT SHE CAN DO AT LEAST

04:17PM  17   AS TO PRESENT CONDITION.  I THINK SHE HAS DONE THAT TO SOME

04:17PM  18   EXTENT.

04:17PM  19        I'M NOT SURE WHETHER THE COURT IS SAYING SHE SHOULD GIVE

04:17PM  20   THE SAME TYPE OF DIAGNOSIS AS TO HER STATE OF MIND DURING THE

04:17PM  21   PERIOD OF THE OFFENSES OR WHAT ELSE SHORT OF EFFECTIVELY

04:17PM  22   PREPARING A REPORT SHE COULD DO.

04:17PM  23            MS. BAEHR-JONES:  WELL, YOUR HONOR, IF I COULD MAKE

04:17PM  24   A SUGGESTION.  I'VE RECEIVED 12.2(B) NOTICES IN THE PAST AND

04:17PM  25   THEY ALWAYS INCLUDE SOME STATEMENT ABOUT THE EXPERT OPINING

04:17PM  1    THAT THIS -- THESE DEFICIENCIES, THESE ILLNESSES, THE MENTAL

04:18PM  2    ILLNESSES, AFFECTED MENS REA TO SOME EXTENT.  THEY DON'T HAVE

04:18PM  3    TO GIVE THE FULL OPINION, THE FULL REPORT, BUT THEY AT LEAST

04:18PM  4    HAVE TO ASSERT THE BASIC -- THAT THEY WILL HAVE THAT OPINION.

04:18PM  5           THE COURT:  WELL, THE ISSUE HERE, MS. BAEHR-JONES,

04:18PM  6    IS THAT THIS REPORT IS PREPARED FOR THE PURPOSES OF A SEVERANCE

04:18PM  7    MOTION, AND IT TALKS ABOUT MS. HOLMES'S INABILITY TO SIT FOR

04:18PM  8    TRIAL FOR THE REASONS STATED.  WHAT IS IT?  PTSD.  █████████

04:18PM  9    ████████████████████████████████████████████████████████

04:18PM  10   ████████████████████████████████████████████████

04:18PM  11   █████████████████████████████████████████████████████

04:18PM  12   ██████████████████████████

04:18PM  13       I THOUGHT I SAW SOMETHING IN THERE, AND I WAS REVIEWING

04:18PM  14   IT, BUT I THINK I WAS WRONG.  THERE ISN'T ANYTHING IN HERE THAT

04:18PM  15   REALLY SPEAKS SPECIFICALLY TO MENS REA.

04:19PM  16           MR. DOWNEY:  SHE HASN'T NOT COMMENTED BECAUSE IT'S

04:19PM  17   NOT REALLY GERMANE TO OUR MOTION.  SHE HAS NOT COMMENTED ON THE

04:19PM  18   TYPES OF ISSUES.

04:19PM  19           THE COURT:  WHAT IS GERMANE ARE THE ALLEGATIONS HERE

04:19PM  20   ABOUT, AT LEAST THAT SHE REPORTS, AND I PRESUME THAT SHE

04:19PM  21   RECEIVED THAT INFORMATION FROM THE DEFENSE SOMEWHERE, EITHER

04:19PM  22   THE DEFENDANT OR THE DEFENSE IN SOME MANNER.  AND THEN WE TIE

04:19PM  23   THAT TOGETHER TO THE REPRESENTATION THAT THERE'S A HIGH

04:19PM  24   LIKELIHOOD -- I FORGET WHAT THE TERM WAS -- BUT THAT THERE'S

04:19PM  25   GOING TO BE EVIDENCE.

SEALED PROCEEDINGS

04:19PM 1     YOUR POSITION IS THAT, WELL, THAT HAS TO BE TESTED THEN,

04:19PM 2 BECAUSE IT MIGHT NOT BE ADMISSIBLE.

04:19PM 3     MS. BAEHR-JONES:  WELL, YOUR HONOR, I THINK IT'S

04:19PM 4 UNFAIR FOR THE GOVERNMENT NOT TO HAVE SOMETHING TO RESPOND TO,

04:19PM 5 AND THE DEFENSE WANTS TO HAVE IT BOTH WAYS.  THEY WANT TO SAY

04:19PM 6 HER DECLARATION DOES NOT DEAL WITH 12.2, IT'S SOLELY ABOUT WHAT

04:19PM 7 IS CURRENTLY HAPPENING.

04:19PM 8     AND THEN THEY ALSO WANT TO SAY ON THE BASIS OF THIS

04:19PM 9 DECLARATION THE COURT SHOULD FIND THAT THERE'S A LIKELIHOOD

04:19PM 10 THAT THIS 12.2(B) DEFENSE WILL COME IN AND THAT'S A FACT.  THE

04:20PM 11 FACT WITNESSES WILL COME IN AND TESTIFY IN SUPPORT OF THAT

04:20PM 12 DEFENSE AND MAKE A PRETTY DECISIVE FINAL DETERMINATION THAT

04:20PM 13 THESE TWO DEFENDANTS SHOULD BE SEVERED FROM EACH OTHER.

04:20PM 14     SO IT'S ONLY FAIR TO THE GOVERNMENT THAT WE BE ABLE TO

04:20PM 15 RESPOND TO THE APPROPRIATE DECLARATION.

04:20PM 16     THE COURT:  OKAY.  I THINK I UNDERSTAND WHAT YOU'RE

04:20PM 17 SAYING HERE.

04:20PM 18     WELL, LET'S -- I'M NOT GOING TO ASK THAT -- AS I SUGGESTED

04:20PM 19 TO YOU, IF SHE CAN SIGN THIS.  AND IF SHE CAN, DO ANOTHER

04:20PM 20 SUMMARY, ANOTHER PARAGRAPH 18, PERHAPS PARAGRAPH 19 THAT

04:20PM 21 PERHAPS ENHANCES HER FINDINGS, HER OBSERVATIONS, WHATEVER THAT

04:20PM 22 MIGHT BE.  I THINK THAT WOULD BE HELPFUL FOR ALL OF US.

04:20PM 23     IF THAT COULD BE DONE BY THE END OF THE WEEK, THAT WOULD

04:20PM 24 BE HELPFUL, TOO.

04:20PM 25     MR. DOWNEY:  WE'LL CERTAINLY GET THE SIGNED

04:20PM  1    DECLARATION IN, AND WE'LL EVALUATE WHETHER SHE'S ABLE TO DO

04:20PM  2    WHAT THE COURT IS NOW IDENTIFYING.

04:20PM  3            THE COURT:  OKAY.  THANK YOU.

04:20PM  4        AND AGAIN, THE PROCESS FOR THE HEARING?  SOME OF THE

04:21PM  5    MOTIONS DON'T NEED TO BE I THINK IN A SEALED PROCEEDING, YOU

04:21PM  6    KNOW, THE MOTION FOR BILL OF PARTICULARS AND THOSE THINGS.

04:21PM  7            WHAT ARE YOUR THOUGHTS ABOUT HOW ARE WE GOING TO PARSE OUT

04:21PM  8    THE THINGS THAT ARE GOING TO BE SEALED AND WHAT ARE NOT?

04:21PM  9            MR. DOWNEY:  I THINK THE MOTION TO SEVER, I DON'T

04:21PM 10    THINK THERE'S A -- SPEAKING FOR MS. HOLMES, I DON'T BELIEVE

04:21PM 11    THERE'S A NEED TO SEAL THOSE HEARINGS.  I THINK THAT'S CORRECT

04:21PM 12    AND MR. BALWANI'S COUNSEL IS INDICATING --

04:21PM 13            MR. CAZARES:  WE AGREE, YOUR HONOR.

04:21PM 14            MR. DOWNEY:  -- THEY AGREE.

04:21PM 15            THE COURT:  OKAY.

04:21PM 16            MR. DOWNEY:  SO WE MIGHT SUGGEST THAT WE DO THOSE IN

04:21PM 17    THE MORNING AND THE SEVERANCE IN THE AFTERNOON.

04:21PM 18            THE COURT:  THAT MAKES SENSE.  LET'S PROCEED THAT

04:21PM 19    WAY.

04:21PM 20        OKAY.  ANYTHING FURTHER BEFORE WE BREAK FOR THE DAY?

04:21PM 21            MR. DOWNEY:  NOT FOR MS. HOLMES.

04:21PM 22            THE COURT:  MR. LEACH.

04:21PM 23            MR. LEACH:  ONE POINT, YOUR HONOR.  I DON'T WANT TO

04:21PM 24    ARGUE THE MERITS OF THE SEALING, BUT I DO WANT TO RAISE THE

04:22PM 25    ISSUE THAT SOME OF THE WHOLESALE SEALING OF THESE DOCUMENTS IS

04:22PM  1   LIMITING THE GOVERNMENT'S ABILITY TO EFFECTIVELY INVESTIGATE

04:22PM  2   SOME OF THE ALLEGATIONS THAT HAVE BEEN RAISED.

04:22PM  3   ████████████████████████████████████████

04:22PM  4   ████████████████████████████████████████

04:22PM  5   ████████████████████████████████████████

04:22PM  6   ██████████████████████████  THIS IS AN ISSUE THAT

04:22PM  7   MAY COME UP WITH WITNESSES.  ORDINARILY IN THE COURSE OF OUR

04:22PM  8   INTERVIEWS WE WOULD ASK WITNESSES TO DESCRIBE THE RELATIONSHIP

04:22PM  9   BETWEEN MS. HOLMES AND MR. BALWANI.

04:22PM 10       I'M NOT SUGGESTING REVEALING THE CONTENT OF ANYTHING THAT

04:22PM 11   HAS BEEN SEALED, BUT THESE ARE MATTERS THAT THE GOVERNMENT

04:22PM 12   NEEDS TO INVESTIGATE FOR BOTH DEFENDANTS.  AND I JUST WANT TO

04:22PM 13   FLAG THIS FOR THE COURT THAT THERE'S AN INVESTIGATION THAT HAS

04:22PM 14   TO HAPPEN HERE, AND WE NEED TO ASK QUESTIONS.  AND THE MORE

04:22PM 15   DOCUMENTS THAT ARE SEALED, THE GREATER THE LIMITS ON OUR

04:22PM 16   ABILITY ARE.

04:22PM 17       THE COURT:  ██████████████████

04:23PM 18   ████████████████████████████████████████

04:23PM 19   ████████████████

04:23PM 20       MR. LEACH:  ██████████████████████

04:23PM 21   ████████████████████████████████

04:23PM 22       THE COURT:  RIGHT.  THEY HAVE JURISDICTION OVER

04:23PM 23   STANFORD.

04:23PM 24       MR. DOWNEY:  RIGHT.  WE HAVE NO ISSUE WITH THEM

04:23PM 25   REACHING OUT TO DISCUSS THAT ████.

04:23PM 1           MR. COOPERSMITH:  YOUR HONOR, I DON'T THINK THE

04:23PM 2    SEALING ORDER WOULD APPLY TO THE GOVERNMENT GETTING ███████

04:23PM 3    ████.

04:23PM 4           I MEAN, OBVIOUSLY THEY'RE NOT FREE TO TELL THE LOCAL

04:23PM 5    POLICE THAT THERE'S A MOTION ON FILE AND THIS IS THE REASON WHY

04:23PM 6    THEY'RE GETTING IT, BUT THEY CAN CERTAINLY GET WHATEVER ██████

04:23PM 7    ██████ THEY WANT.  SO I DON'T THINK THAT'S REALLY AN ISSUE IN

04:23PM 8    THE SEALING.

04:23PM 9           THE OTHER THING I WANT TO ASK THE COURT, JUST SO WE CAN

04:23PM 10   MAYBE DISPENSE, AND I THINK THE COURT SAID THIS ALREADY BUT

04:23PM 11   JUST TO BE CLEAR, WHEN WE FILE PAPERS AND UNLESS AND UNTIL THE

04:23PM 12   COURT RULES OTHERWISE, WHILE WE'RE OPERATING PROVISIONALLY

04:23PM 13   UNDER SEAL, CAN THE PARTIES SIMPLY FILE PAPERS RELATING TO

04:23PM 14   THESE 12.2 ISSUES AND THE ABUSE ISSUES UNDER SEAL WITHOUT THE

04:24PM 15   ADMINISTRATIVE MOTIONS THAT HAVE BEEN FILED SO FAR?

04:24PM 16          THE COURT:  WELL, I REALLY WANT TO AVOID THE

04:24PM 17   OPPOSITIONS AND THIS AND THAT AND CREATING MORE PAPERWORK AND

04:24PM 18   PROBLEMS FOR THE PARTIES, AND FOR THE COURT, CANDIDLY, AND THE

04:24PM 19   CLERK'S OFFICE.

04:24PM 20          IF, MR. LEACH, YOU WOULD STATE YOUR OBJECTION ON THE

04:24PM 21   RECORD, YOUR TEAM'S OBJECTION TO SEALING WHOLESALE -- AND I

04:24PM 22   DON'T WANT TO GRANT WHOLESALE SEALING BECAUSE I DON'T WANT TO

04:24PM 23   LET THE CAMEL'S NOSE IN THE TENT AND HAVE EVERYTHING UNDER

04:24PM 24   SEAL.  BUT IF I LIMIT THIS TO THIS SEVERANCE MOTION AND

04:24PM 25   ANYTHING FILED, AND I KNOW WE'RE GOING TO GET SOME PLEADINGS

SEALED PROCEEDINGS

78

04:24PM  1    FILED, AND I WILL PERMIT THOSE TO BE FILED UNDER SEAL NOTING

04:24PM  2    YOUR STRONG OBJECTION TO THE SEALING, WOULD THAT SUFFICE SO WE

04:24PM  3    DON'T HAVE TO GO THROUGH?

04:24PM  4            MR. LEACH:  I CERTAINLY DON'T WANT THE

04:24PM  5    ADMINISTRATIVE BURDEN OF AN OPPOSITION EVERY TIME, YOUR HONOR.

04:24PM  6    I CAN'T CONSENT IN ADVANCE TO SOMETHING I'VE NEVER SEEN SO I

04:25PM  7    DON'T KNOW WHAT TO SAY TO THAT.

04:25PM  8        BUT I -- SO I DON'T WANT TO BURDEN THE COURT

04:25PM  9    ADMINISTRATIVELY.  I DO WANT TO MAKE A RECORD THAT WE OBJECT TO

04:25PM  10   THE WHOLESALE SEALING, AND WE THINK THERE ARE LARGE SWATHS OF

04:25PM  11   THE MOTION TO SEVER AND THE 12.2 NOTICE THAT COULD BE MADE

04:25PM  12   PUBLIC, THAT SHOULD BE MADE PUBLIC, AND I DON'T WANT TO BURDEN

04:25PM  13   THE COURT ADMINISTRATIVELY.

04:25PM  14            THE COURT:  WELL, I APPRECIATE THAT.  THANK YOU.

04:25PM  15       SO JUST LIMITED TO THESE, TO THESE MOTIONS THAT WE'VE

04:25PM  16   TALKED ABOUT TODAY, THE SEVERANCE, WHETHER OR NOT THE 12.2(B)

04:25PM  17   IS GOING TO COME INTO THAT, I'LL PERMIT THOSE TO BE FILED UNDER

04:25PM  18   SEAL WITHOUT NEED OF AN ADMINISTRATIVE BACK AND FORTH, NOTING

04:25PM  19   THAT THE GOVERNMENT VEHEMENTLY OBJECTS TO THAT PROCESS.

04:25PM  20            MR. LEACH:  AND, YOUR HONOR, I WOULD HOPE AFTER THE

04:25PM  21   HEARING, AFTER THIS ISSUE OF IS THIS PREJUDICE SO GREAT THAT WE

04:25PM  22   CAN'T FIND 12 JURORS IN A JURISDICTION OF 15 MILLION OR MORE

04:25PM  23   PEOPLE TO SIT IN THIS CASE, THAT THE COURT WILL HAVE ADDITIONAL

04:26PM  24   THOUGHTS AND GUIDANCE ABOUT HOW TO NAVIGATE THIS ISSUE.

04:26PM  25            THE COURT:  YOU KNOW, SURPRISING OR NOT, I DON'T

SEALED PROCEEDINGS

04:26PM 1    THINK EVERYONE HAS A TELEVISION OR HAS INTERNET OR SOME PEOPLE

04:26PM 2    STILL READ HARD COPY NEWSPAPERS AND SOME PEOPLE ONLY DO THAT

04:26PM 3    ONCE A MONTH, SO YOU KNOW.

04:26PM 4            MR. LEACH:  MY KIDS REMIND ME OF THAT EVERY DAY.

04:26PM 5            THE COURT:  SOME PEOPLE STILL USE PAPER CALENDARS.

04:26PM 6       (LAUGHTER.)

04:26PM 7            THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

04:26PM 8            MR. CAZARES:  NOTHING FROM US, YOUR HONOR.

04:26PM 9            MR. DOWNEY:  NOTHING FOR MS. HOLMES.

04:26PM 10           MR. LEACH:  NO, YOUR HONOR.

04:26PM 11           MR. COOPERSMITH:  NO.

04:26PM 12           THE COURT:  THANK YOU FOR DELAYING YOUR TRAVEL,

04:26PM 13   THOSE OF YOU WHO TRAVELLED, TO ALLOW THIS CONVERSATION, IT WAS

04:26PM 14   VERY HELPFUL.  I APPRECIATE IT.

04:26PM 15           MR. DOWNEY:  WE APPRECIATE IT, YOUR HONOR.  THANK

04:26PM 16   YOU.

04:26PM 17           MR. CAZARES:  THANK YOU, YOUR HONOR.

04:26PM 18           MR. BROWN:  THANK YOU, YOUR HONOR.

04:26PM 19      (COURT CONCLUDED AT 4:26 P.M.)

20

21

22

23

24

25

1

2

3                        CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074

17

18         DATED:  JANUARY 22, 2020

19

20

21

22

23

24

25