STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S ECF NO. 1000 MOTION TO EXCLUDE TESTIMONY OF TRIAL WEEK OF SEPTEMBER 6, 2021 WITNESSES |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |
| | Date: September 8, 2021<br>Time: 8:30 a.m.<br>Court: Hon. Edward J. Davila |

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of a September 2, 2021, email from the government to defense counsel.

3. Attached hereto as Exhibit 2 is a true and correct copy of a September 4, 2021, email from defense counsel to government counsel.

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript from the August 16, 2021, hearing before the Court.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of text messages exchanged between Elizabeth Holmes and Ramesh "Sunny" Balwani, as contained in government trial exhibit 5387 at PRH_0000219–22 and PRH_0000254–55, which was provided to the government by a custodian of PricewaterhouseCoopers LLP and produced to defense counsel starting with Bates-stamp PRH_0000001.

6. Attached hereto as Exhibit 5 is a true and correct copy of letter dated June 26, 2015 from Boies, Schiller & Flexner LLP to Erika Cheung outlining notice of potential litigation, which is government trial exhibit 2567 and was produced to defense counsel starting with Bates-stamp PFM-DEPO-00005078.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from Sunny Balwani to Danise Yam on or about June 25, 2015, which was produced to defense counsel with Bates-stamp THPFM0005636527 and SEC2-USAO-EPROD-001504407.

8. Attached hereto as Exhibit 7 is a true and correct copy of checks from Theranos addressed to Interfor and David B. Fechheimer, which was produced to defense counsel starting with Bates-stamp SEC-USAO-EPROD-000109533.

9. Attached hereto as Exhibit 8 is a true and correct copy of an internal Theranos spreadsheet tracking payments to vendors from March 2015 to February 2016, which was produced to defense counsel as a native file Excel spreadsheet with Bates-stamp THPFM0003587316.

1  10. I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on
3 September 7, 2021.

5 DATED: September 7, 2021

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney