UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


UNITED STATES OF AMERICA,                )
                                         )  CR-18-00258-EJD
                    PLAINTIFF,           )
                                         )  SAN JOSE, CALIFORNIA
          VS.                            )
                                         )  AUGUST 16, 2021
ELIZABETH A. HOLMES,                     )
                                         )  PAGES 1 - 73
                    DEFENDANT.           )
_____          )
                                         )


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                      BY:  JOHN C. BOSTIC
                           JEFFREY B. SCHENK
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113

                      BY:  ROBERT S. LEACH
                           KELLY VOLKAR
                      1301 CLAY STREET, SUITE 340S
                      OAKLAND, CALIFORNIA 94612

      (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

1

2      A P P E A R A N C E S: (CONT'D)

3      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:   KEVIN M. DOWNEY
4                                     LANCE A. WADE
                                      RICHARD CLEARY
5                                     KATHERINE TREFZ
                                      AMY SAHARIA
6                               725 TWELFTH STREET, N.W.
                                WASHINGTON, D.C. 20005

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                    AUGUST 16, 2021

 2                        P R O C E E D I N G S

 3          (COURT CONVENED AT 9:02 A.M.)

 4               THE COURT:  LET'S CALL OUR MORNING MATTER.  THIS IS

 5    18-258, UNITED STATES VERSUS ELIZABETH HOLMES.

 6          LET ME FIRST CAPTURE THE APPEARANCE OF THE PARTIES AGAIN,

 7    PLEASE.

 8          WHO APPEARS FOR THE GOVERNMENT?

 9               MR. SCHENK:  GOOD MORNING, YOUR HONOR.

10          JEFF SCHENK, ROBERT LEACH, JOHN BOSTIC, AND KELLY VOLKAR

11    ON BEHALF OF THE UNITED STATES.

12               THE COURT:  THANK YOU.  GOOD MORNING.

13          AND FOR THE DEFENDANT?

14               MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

15          KEVIN DOWNEY FROM WILLIAMS & CONNOLLY ON BEHALF OF

16    MS. HOLMES.

17          WITH ME ARE LANCE WADE, AMY SAHARIA, KATHERINE TREFZ AND

18    RICHARD CLEARY.

19               THE COURT:  THANK YOU.  GOOD MORNING.

20               MR. DOWNEY:  THE DEFENDANT IS ALSO PRESENT IN COURT.

21               THE COURT:  THANK YOU.  GOOD MORNING.

22          THIS IS THE DATE AND TIME WE SET FOR A FURTHER PRETRIAL

23    CONFERENCE, AND WE SCHEDULED THIS THIS MORNING.

24          I DID RECEIVE YOUR DOCUMENT 907, WHICH IS YOUR JOINT

25    STATUS REPORT.  THANK YOU FOR THAT.  THAT WAS HELPFUL.
```

09:03AM  1        I THINK WE'LL GO OVER THE ITEMS THAT ARE CONTAINED IN YOUR

09:03AM  2   REPORT, AND THEN I HAVE SOME OTHER, JUST SOME OTHER

09:03AM  3   PRELIMINARY, I'LL CALL THEM, HOUSEKEEPING ISSUES THAT I'D LIKE

09:03AM  4   TO DISCUSS ABOUT THE TRIAL.

09:03AM  5        BEFORE I START WITH YOUR REPORT, I THOUGHT WE WOULD JUST

09:03AM  6   GO DOWN THE ITEMS THERE.  WE WILL PROBABLY TALK LATER THIS

09:03AM  7   MORNING ABOUT THE INSTRUCTIONS, PRELIMINARY INSTRUCTIONS, BUT I

09:03AM  8   THOUGHT I WOULD JUST GO THROUGH YOUR REPORT.

09:03AM  9        BEFORE WE DO THAT, ANYTHING ANYONE WANTS TO STATE BEFORE

09:03AM 10   WE BEGIN?

09:03AM 11            MR. DOWNEY:  YOUR HONOR, I JUST -- WE CAN DO IT WHEN

09:03AM 12   IT COMES IN THE CHECKLIST OR NOW.

09:03AM 13        YOUR HONOR HAD ASKED AT THE LAST CONFERENCE THAT WE INFORM

09:04AM 14   YOU IF THERE WAS A SENSE AS TO WHAT WOULD BE A WORKABLE TRIAL

09:04AM 15   DATE IN LIGHT OF ANY PARTICULAR ISSUES.  WE HAVE DONE THAT, AND

09:04AM 16   I CAN MAKE SUGGESTIONS TO THE COURT EITHER NOW OR LATER.

09:04AM 17            THE COURT:  OKAY.  WELL, LET ME -- THERE WAS ONE

09:04AM 18   THING I WANTED TO TALK ABOUT IS OUR TRIAL -- I'M SORRY, I'M

09:04AM 19   TRYING TO POSITION MYSELF HERE.

09:04AM 20        THIS WEEK I BELIEVE THE JURORS HAVE BEEN SUMMONED TO COME

09:04AM 21   IN THURSDAY AND FRIDAY, I BELIEVE THE 19TH AND 20TH.  TOMORROW

09:04AM 22   WE'LL RECEIVE THE QUESTIONNAIRES THAT YOU'RE DUPLICATING, WE'LL

09:04AM 23   PROVIDE THOSE TO THE SUMMONED JURORS, THEY WILL COMPLETE THOSE

09:04AM 24   IN TWO DIFFERENT DAYS ON THOSE DAYS.  WE'LL HAVE THOSE BACK.

09:04AM 25        MY INTENT THEN WAS TO COLLECT THOSE, PROVIDE THEM TO

09:04AM  1       COUNSEL.  COUNSEL WOULD THEN COPY THEM, AND WE'RE GOING TO

09:05AM  2       DISCUSS THE AMOUNTS OF COPIES AND FOR WHAT PARTIES.  YOU WOULD

09:05AM  3       THEN RETURN THE ORIGINALS TO THE COURT FOR KEEPING.

09:05AM  4            WE WOULD THEN COME BACK ON THE 31ST IS WHAT I THINK WE

09:05AM  5       HAVE SCHEDULED NOW FOR JURY SELECTION.  THAT WOULD BE THE FIRST

09:05AM  6       DAY OF JURY SELECTION.

09:05AM  7            I ANTICIPATE THAT WE WILL PROBABLY TAKE PERHAPS TWO DAYS

09:05AM  8       TO SELECT A JURY JUST BECAUSE OF THE QUESTIONNAIRE AND THOSE

09:05AM  9       THINGS AND SOME ADDITIONAL VOIR DIRE THAT I'LL TALK ABOUT

09:05AM  10      LATER.

09:05AM  11           MY HOPE IS THAT WE COULD SECURE A JURY BY THE END OF

09:05AM  12      WEDNESDAY THE 1ST AND HAVE OUR PANEL SWORN ON THAT DATE.

09:05AM  13           LOOKING AT THE SCHEDULE, WE ARE SCHEDULED TO BE DARK, THAT

09:05AM  14      IS NOT IN SESSION, ON THE 2ND AND 3RD, THAT'S THURSDAY AND

09:05AM  15      FRIDAY.  AND THAT IS THE LABOR DAY WEEKEND, SO MONDAY THE 6TH

09:05AM  16      WE WOULD NOT BE IN SESSION.

09:06AM  17           THE 7TH IS TUESDAY, AND I ALSO -- I THINK YOU'RE ALL

09:06AM  18      PROBABLY AWARE THAT THAT ALSO IS ROSH HASHANAH, AND I INTEND TO

09:06AM  19      RESPECT THE RELIGIOUS HOLIDAYS.  SO RECOGNIZING THAT, WE WOULD

09:06AM  20      NOT BE IN SESSION ON 7TH, WHICH IS A TUESDAY.

09:06AM  21           WE WOULD THEN BEGIN WITH THE TRIAL PROPER ON THE 8TH OF

09:06AM  22      SEPTEMBER IN THE MORNING.  THAT'S THE SCHEDULE THAT I HAD,

09:06AM  23      MR. DOWNEY, AS I LOOKED AT THE CALENDAR.  I DON'T KNOW IF THAT

09:06AM  24      IS HELPFUL TO YOU.

09:06AM  25                MR. DOWNEY:  THAT IS HELPFUL.  IT'S NOT WHAT I WAS

09:06AM  1    GOING TO COMMENT ON, AND I THINK IT'S HELPFUL TO KNOW THAT, AND

09:06AM  2    I KNOW THAT MEMBERS OF OUR TEAM APPRECIATE THAT ARRANGEMENT.

09:06AM  3              THE COURT:  OKAY.

09:06AM  4              MR. SCHENK:  THAT WORKS FOR THE GOVERNMENT.  THANK

09:06AM  5    YOU VERY MUCH.

09:06AM  6              THE COURT:  OKAY.  THANK YOU.

09:06AM  7         BUT YOU HAD SOMETHING ELSE YOU WANTED --

09:06AM  8              MR. DOWNEY:  I WAS JUST GOING TO MAKE A SUGGESTION,

09:06AM  9    AND IT MAY NOT BE THE LOGICAL PLACE, AS TO WITHIN DAYS, YOU

09:06AM  10   KNOW, THE PLACE AT WHICH IT MIGHT BE LOGICAL TO TAKE BREAKS

09:07AM  11   JUST TO ANTICIPATE A TRIAL DAY SCHEDULE AS OPPOSED TO THE DAYS

09:07AM  12   WE WOULD BE THERE.  SO WE CAN DO THAT NOW OR LATER.

09:07AM  13              THE COURT:  I SEE.  LET ME TELL YOU MY THOUGHT ON

09:07AM  14   THAT IS I WOULD LIKE TO CONCLUDE OUR DAILY SESSIONS BY

09:07AM  15   2:00 P.M. IF POSSIBLE.  THAT'S A GOAL THAT I'VE SET, AND THAT

09:07AM  16   MEANS WE START AT 9:00 O'CLOCK AT LEAST NOW, 9:00 O'CLOCK.

09:07AM  17        MY THOUGHT IS THAT WE WOULD PERHAPS SPLIT THE DAY AND HAVE

09:07AM  18   WHATEVER HOURS WE CAN AND MAYBE HAVE ONE BREAK, THERE MIGHT BE

09:07AM  19   A 2 HOUR SESSION AT A TIME, AND THEN HAVE ONE 20 MINUTE BREAK,

09:07AM  20   SOMETHING LIKE THAT, 30 MINUTE BREAK, AND THEN COMPLETE THE

09:07AM  21   DAY.

09:07AM  22        OF COURSE, WE'LL TAKE BREAKS AS NEEDED, AND I WILL ADVISE

09:07AM  23   THE JURY OF THAT, THAT IF SOMEONE NEEDS TO TAKE AN UNSCHEDULED

09:07AM  24   BREAK FOR ANY REASON, WE'LL, OF COURSE, ACCOMMODATE THAT.

09:07AM  25        BUT MY THOUGHT IS BECAUSE OF THE LENGTH OF THE TRIAL, THAT

09:07AM  1      IS THE DURATION OF IT, FATIGUE SETS IN FOR JURORS, WE ALL KNOW

09:08AM  2      THAT.  SO MY THOUGHT WAS TO KEEP THE DAY, CAPTURE AS MUCH AS WE

09:08AM  3      CAN, BUT TO END THE DAY AROUND 2:00 AT THE LATEST.

09:08AM  4           NOW, THIS IS ALL DEPENDENT ALSO ON THE MAKEUP OF OUR JURY

09:08AM  5      PANEL BECAUSE, YOU KNOW, WE HALE JURORS FROM AS FAR AS

09:08AM  6      KING CITY SOUTH FROM SAN BENITO COUNTY AND SANTA CRUZ AREA TO

09:08AM  7      THE WEST.

09:08AM  8           SO DEPENDENT ON THEIR GEOGRAPHIC LOCATION, WE MAY BE ABLE

09:08AM  9      TO START EARLIER AT 8:30.  THAT'S SOMETHING ELSE THAT I WOULD

09:08AM  10     LOOK AT, WHICH WILL AFFORD US SOME ADDITIONAL TRIAL TIME, AND

09:08AM  11     WE'LL SCHEDULE ACCORDINGLY.

09:08AM  12          BUT WE'RE NOT GOING TO GO UNTIL 5:00.  WE'RE NOT GOING TO

09:08AM  13     DO A 9:00 TO 5:00 TRIAL, AND THAT'S FOR A COUPLE OF REASONS:

09:08AM  14     FATIGUE AND ALSO IN OUR CURRENT SITUATION.  I WANT THE JURORS

09:08AM  15     TO FEEL LIKE THEY'RE NO IN AN ENCLOSED CONFINEMENT FOR ALL OF

09:09AM  16     THAT TIME FOR FIVE TO SEVEN HOURS AT A TIME.

09:09AM  17          I SHOULD TELL, IF I'M NOT MISTAKEN, I'LL GET THE STAT ON

09:09AM  18     THIS, BUT I'VE TALKED ABOUT THE FILTRATION WE HAVE IN THIS

09:09AM  19     COURTHOUSE, AND IT'S THE HEPA 13 OR 14.  I WAS ALSO INFORMED

09:09AM  20     THAT THE AIR AT LEAST IN MY COURTROOM AND I THINK OTHERS

09:09AM  21     CIRCULATES COMPLETELY I THINK IT'S NINE MINUTES, I THINK EVERY

09:09AM  22     NINE MINUTES THE AIR, OWING TO OUR SYSTEM, RECIRCULATES IN ITS

09:09AM  23     ENTIRETY.  WE'LL HAVE OTHER FILTERS AND THINGS PUT UP, BUT I

09:09AM  24     DON'T WANT TO GET INTO THAT JUST NOW.

09:09AM  25          I DON'T KNOW IF THAT'S --

09:09AM  1        MR. DOWNEY:  YOUR HONOR, THAT'S FINE.  I THINK FROM

09:09AM  2   OUR PERSPECTIVE IF THE SCHEDULE ACCOMMODATES A BREAK EVERY TWO

09:09AM  3   TO TWO AND A HALF HOURS, I THINK DURING THE COURSE OF THE DAY

09:09AM  4   WE'LL NEED PROBABLY ONE LONG BREAK AS I THINK THAT SCHEDULE

09:09AM  5   ANTICIPATES.  WE MAY NEED SOMETHING MORE ALONG THE LINES OR

09:09AM  6   40 MINUTES INSTEAD OF 30 MINUTES, ALTHOUGH AS WE GO OVER TIME

09:09AM  7   WE MAY BE ABLE TO ADJUST.  SO MY REQUEST IS ONLY FOR THAT AND

09:09AM  8   WHATEVER SCHEDULE WORKS WITH THAT IS FINE.

09:10AM  9        WHAT YOUR HONOR HAS DESCRIBED I THINK IS CONSISTENT WITH

09:10AM  10  THAT, SO THAT'S FINE WITH US.

09:10AM  11       THE COURT:  OKAY.  THANK YOU.

09:10AM  12       MR. SCHENK, ANYTHING ABOUT THIS?

09:10AM  13       MR. SCHENK:  NO.  THE SCHEDULE PROPOSED BY THE COURT

09:10AM  14  IS CERTAINLY FINE WITH THE GOVERNMENT, AND THE SUGGESTIONS THAT

09:10AM  15  MR. DOWNEY MAKES ARE ALSO FINE WITH THE GOVERNMENT.  WHATEVER

09:10AM  16  WORKS FOR THE COURT.

09:10AM  17       THE COURT:  ALL RIGHT.  THANK YOU.

09:10AM  18       MY SENSE IS THAT WE WILL, AS WE BEGIN THE CASE AND AS THE

09:10AM  19  CASE UNFOLDS, WE'RE GOING TO DEVELOP OUR OWN FEEL FOR THINGS,

09:10AM  20  AS TRIALS DO, AND IT MAY BE THAT WE'LL GO A LITTLE LATER

09:10AM  21  BECAUSE OF NECESSITY OF A WITNESS OR AN EXHIBIT OR SOMETHING,

09:10AM  22  AND WE MIGHT START EARLY OR -- YOU KNOW, BUT THAT'S HOW TRIALS

09:10AM  23  ARE, THEY'RE KIND OF A MOVEABLE FEAST.  SO WE'LL SEE HOW IT

09:10AM  24  WORKS.

09:10AM  25       MR. SCHENK:  YOUR HONOR, ONE THOUGHT.

09:10AM 1      THE COURT SUGGESTED THAT IT HOPED TO HAVE A JURY SELECTED

09:10AM 2   BY WEDNESDAY BUT THEN MAYBE TAKE ABOUT A WEEK BREAK AND NOT

09:10AM 3   BEGIN OPENINGS OR HEAR EVIDENCE FOR ANOTHER WEEK.  WOULD IT BE

09:10AM 4   THAT THE COURT'S PLAN TO SWEAR THE JURY AT THE END OF THE DAY

09:10AM 5   ON WEDNESDAY OR WOULD IT FORMALLY SWEAR THE JURY IN THE MORNING

09:10AM 6   OF I THINK IT'S THE 8TH OR WEDNESDAY, SEPTEMBER 8TH?

09:11AM 7      THE COURT:  WELL, MY THOUGHT WAS TO SWEAR -- IMPANEL

09:11AM 8   THE JURY, SWEAR THE JURY AS SOON AS WE HAVE, YOU HAVE AGREEMENT

09:11AM 9   ON YOUR JURY, AND THEN THE COURT WOULD ADMONISH ACCORDINGLY AS

09:11AM 10  TO WHAT THEY THE JURY, AND THE THINGS THAT THEY NEED TO DO TO

09:11AM 11  STAY AWAY FROM -- TO KEEP FREE AND TO KEEP AN OPEN MIND.  THERE

09:11AM 12  ARE INSTRUCTIONS THAT SPEAK TO THAT.

09:11AM 13     SO THAT WAS MY THOUGHT RATHER THAN TO SELECT THE JURY AND

09:11AM 14  THEN SWEAR THEM AFTERWARDS.  IT JUST SEEMS TO ME IT MAKES SENSE

09:11AM 15  TO GET THE JURY IMPANELED, SWORN, JEOPARDY ATTACHES AT THAT

09:11AM 16  POINT AND THEN WE GO FORWARD.

09:11AM 17     MR. DOWNEY:  THAT'S FINE WITH US, YOUR HONOR.

09:11AM 18     MR. SCHENK:  RIGHT.  I UNDERSTAND SOMETIMES WHEN

09:11AM 19  COURTS TAKE A BREAK BETWEEN THE SELECTION AND THE ACTUAL

09:11AM 20  BEGINNING OF TRIAL THEY ADMONISH THE JURY, THEY EXPLAIN TO THE

09:11AM 21  JURY WHAT THEY'RE NOT ALLOWED TO RECEIVE ACCESS TO, BUT THEY

09:11AM 22  CHOOSE TO ACTUALLY SWEAR THEM THE MORNING THAT THE EVIDENCE

09:12AM 23  BEGINS.

09:12AM 24     WE DEFER TO THE COURT ON THAT DECISION, BUT I ONLY RAISE

09:12AM 25  IT BECAUSE I KNOW SOME COURT'S PRACTICE SWEARING RIGHT BEFORE

09:12AM  1    THE BEGINNING OF EVIDENCE.

09:12AM  2         THE COURT:  RIGHT.  WELL, THANK YOU.

09:12AM  3    WHAT WE'LL DO IS IF I SWEAR THEM ONCE WE SELECT OR ONCE

09:12AM  4    YOU SELECT YOUR JURY, THEN I'LL REMIND THEM, OF COURSE, I'LL

09:12AM  5    ADMONISH THEM AS BEST I CAN FOR THAT BREAK, AND THEN WHEN WE

09:12AM  6    RETURN, I'LL ALSO SPEAK TO THEM ALSO ABOUT THEIR OBLIGATIONS

09:12AM  7    AND AGAIN REMIND THEM OF THAT.

09:12AM  8    I ALSO WANTED TO TALK -- WE'LL TALK A LITTLE BIT ABOUT

09:12AM  9    SOME OF THE PROTOCOLS THAT MIGHT ENGAGE.  WE HAVE TO BE

09:12AM 10    THINKING AHEAD ABOUT IF THERE ARE OR IF FOR WHATEVER REASON

09:12AM 11    THERE NECESSITATES A NEED TO TAKE A RECESS IN THE TRIAL, THAT'S

09:12AM 12    SOMETHING THAT I THINK WE SHOULD ALSO BE COGNIZANT OF FOR

09:12AM 13    WHATEVER REASON.  AND LET ME JUST SAY IF THERE'S A HEALTH ISSUE

09:12AM 14    THAT COMES UP, WE'LL HAVE TO DISCUSS A PROTOCOL.  I'M SURE

09:12AM 15    YOU'VE THOUGHT ABOUT AS TO WHAT THAT RECESS WOULD BE AND HOW WE

09:13AM 16    WOULD MANAGE THAT.

09:13AM 17    BUT THESE ARE ALL THINGS THAT I THINK WE'RE THINKING ABOUT

09:13AM 18    NOW IN THE CURRENT CLIMATE.

09:13AM 19    OKAY.

09:13AM 20         MR. DOWNEY:  THANK YOU, YOUR HONOR.

09:13AM 21         THE COURT:  ALL RIGHT.  LET'S GO THROUGH YOUR STATUS

09:13AM 22    REPORT, PLEASE.  I'M ON DOCKET 907, THE QUESTIONNAIRE, I THINK

09:13AM 23    WE JUST TALKED ABOUT THAT.

09:13AM 24    IS THERE ANY ISSUE AS TO THE QUESTIONNAIRE?

09:13AM 25         MR. DOWNEY:  YOUR HONOR, I ONLY HAVE A LOGISTICS

09:13AM 1   QUESTION RELATED TO IT, WHICH IS THEY WILL BE COMPLETING IT ON

09:13AM 2   BOTH THURSDAY AND FRIDAY OF THIS WEEK.

09:13AM 3       SHOULD WE, SHOULD WE -- THE WAY THE ARRANGEMENTS HAVE BEEN

09:13AM 4   AGREED TO AMONG THE PARTIES, THE GOVERNMENT IS GOING TO PRINT

09:13AM 5   THE COPIES THAT WILL BE AVAILABLE FOR THE COURT TOMORROW, AND

09:13AM 6   THEN WE'RE GOING TO PICK UP THE COPIES AND SCAN THEM AND MAKE

09:14AM 7   THEM AVAILABLE ACCORDING TO THE COURT'S INSTRUCTIONS.

09:14AM 8       IN PICKING THEM UP, SHOULD WE PICK THEM ALL UP ON FRIDAY

09:14AM 9   OR SHOULD WE PICK THE ONES THAT ARE COMPLETED ON THURSDAY ON

09:14AM 10  THURSDAY AND THE ONES ON FRIDAY ON FRIDAY?  I ASK.  IT'S A

09:14AM 11  LOGISTICS QUESTION.  IT'S EASIER TO DO HALF AND HALF THAN ALL

09:14AM 12  OF THEM AT ONCE.

09:14AM 13          THE COURT:  I APOLOGIZE, I HAVEN'T GOT THAT

09:14AM 14  GRANULAR.

09:14AM 15          MR. DOWNEY:  YES.

09:14AM 16          THE COURT:  BUT I THINK WHATEVER IS EASIEST FOR YOU.

09:14AM 17  YOU'RE THE ONES WHO ARE DOING THAT WORK, SO MAYBE IT MAKES

09:14AM 18  SENSE TO PICK UP THURSDAY'S WORK AND GET THAT DONE AND THEN DO

09:14AM 19  FRIDAY'S.

09:14AM 20      MR. BOSTIC, DO YOU HAVE A THOUGHT ABOUT THAT?

09:14AM 21          MR. BOSTIC:  YOUR HONOR, I THINK EITHER IS FINE.

09:14AM 22  PERHAPS THE PARTIES CAN MEET AND CONFER ON THAT AND THEN

09:14AM 23  COORDINATE WITH MS. KRATZMANN REGARDING THE BEST WAY TO HANDLE

09:14AM 24  THAT.

09:14AM 25          MR. DOWNEY:  YES, WE'LL TALK TO MS. KRATZMANN.

09:14AM   1                    THE COURT:  OKAY.  GREAT.

09:14AM   2         SHOULD WE MOVE TO 2, JURY SELECTION, UNLESS THERE'S

09:14AM   3   ANYTHING FURTHER ON THE QUESTIONNAIRE?

09:14AM   4         LET'S DO THAT THEN.  WE TALKED ABOUT, AND AS YOU RECALL, I

09:15AM   5   HAD INDICATED THAT YOU'LL HAVE THE QUESTIONNAIRES.  AND YOU'LL

09:15AM   6   HAVE THE BENEFITS OF THE QUESTIONNAIRES, THE COMPLETED

09:15AM   7   QUESTIONNAIRES, IN THAT WEEK INTERIM IS TO ALLOW COUNSEL TO

09:15AM   8   REVIEW IT AND MEET AND CONFER AND SEE IF YOU CAN REACH

09:15AM   9   AGREEMENT AS TO ANY CHALLENGES TO THE PANEL, AND I'LL BE HAPPY

09:15AM  10   TO RECEIVE THOSE AND LOOK AT THOSE WITH YOU.

09:15AM  11         I THINK YOUR POINT TWO SUGGESTS THE TIME TO MEET FOR THAT,

09:15AM  12   AND I'M OPEN TO WHATEVER YOU THINK YOU NEED THAT FOLLOWING

09:15AM  13   WEEK, AND WE CAN SCHEDULE SOMETHING FOR YOU.  AND THEN IF

09:15AM  14   YOU'LL LET MS. KRATZMANN KNOW, AND WE'LL DO THAT.

09:15AM  15         AS YOU MAKE YOUR SELECTIONS, I JUST HAVE TO REMIND YOU TO,

09:15AM  16   AS I WILL, I WILL KEEP IN MIND ANY BATSON ISSUES AND YOU

09:15AM  17   SHOULD, TOO.  YOU'RE BOTH OBLIGATED TO BE CONSCIOUS OF THAT,

09:15AM  18   AND I WILL, TOO, AS I LOOK AT THE STRIKES AND SEE WHAT WE REACH

09:16AM  19   IN OUR DISCUSSION.

09:16AM  20         BUT THAT'S ALL.  ARE YOU STILL IN AGREEMENT TO DO THAT?

09:16AM  21              MR. SCHENK:  YES, YOUR HONOR.  I THINK IT MAKES

09:16AM  22   SENSE TO HAVE THE PARTIES MEET AND CONFER WITH REGARD TO ANY

09:16AM  23   AGREED UPON CHALLENGES.

09:16AM  24         WOULD THE COURT LIKE US TO E-MAIL THE COURT A LIST OF

09:16AM  25   JUROR NUMBERS OR JUROR NAMES THAT WE'VE REACHED AGREEMENT ON?

09:16AM  1    WOULD THAT BE HELPFUL?

09:16AM  2          THE COURT:  IT WOULD BE VERY HELPFUL.  IF YOU COULD

09:16AM  3    DO THAT, THEN I'LL REVIEW -- I'LL GO THROUGH THE QUESTIONNAIRES

09:16AM  4    THAT I HAVE FOR ANY ISSUES, AND THEN WE CAN MAYBE SCHEDULE A

09:16AM  5    FORMAL TIME, WE CAN GO ON THE RECORD TO MEMORIALIZE THOSE.

09:16AM  6       SO IF I CAN GET THOSE IN ADVANCE, THAT WOULD BE HELPFUL.

09:16AM  7          MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

09:16AM  8          THE COURT:  NUMBER 3 IS THE NEUTRAL STATEMENT.  I

09:16AM  9    THINK YOU'VE AGREED THAT THE QUESTIONNAIRE'S SUMMARY CAN BE

09:16AM  10   USED FOR THE NEUTRAL STATEMENT.

09:16AM  11         MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

09:16AM  12         MR. SCHENK:  YES.

09:16AM  13         THE COURT:  AND I WILL DO THAT.

09:16AM  14      THE QUESTION OF ALTERNATES, WE HAVE FOUR NOW.  AND SHOULD

09:17AM  15   WE INCREASE THAT TO FIVE?

09:17AM  16         MR. SCHENK:  YES, WE SHOULD.

09:17AM  17         THE COURT:  I WAS DOING SOME FURNITURE REARRANGING

09:17AM  18   IN OUR COURTROOM HERE AS YOU PROBABLY CAN SEE, AND TRYING TO

09:17AM  19   FIGURE OUT HOW WE CAN ARRANGE FOR OUR JURORS TO KEEP OUR

09:17AM  20   SEATING AS IT IS IN OUR JURY BOX.

09:17AM  21      LET ME JUST SAY, I AM INCLINED TO HAVE TO USE THE SEATS IN

09:17AM  22   OUR JURY BOX AND NOT SKIP SPACES NOW.  WE'LL, OF COURSE,

09:17AM  23   INQUIRE ABOUT JUROR'S COMFORT LEVEL IN THAT.  I GUESS IT'S

09:17AM  24   DEPENDENT ALSO ON CERTAIN HEALTH QUESTIONS THAT WE'LL GET

09:17AM  25   ANSWERS TO FROM THE QUESTIONNAIRE.

09:17AM 1    BUT THAT'S HOW I WOULD LIKE TO START.  YOU SEE THERE'S A

09:17AM 2    COUPLE OF SEATS OUTSIDE OF THE BOXES THAT WE MIGHT USE IF WE

09:17AM 3    NEED TO.

09:17AM 4        LET ME INDICATE, IF WE NEED TO EXPAND FOR WHATEVER REASON

09:18AM 5    OUTSIDE OF THE JURY BOX, OUTSIDE OF THE WELL, MY THOUGHT IS

09:18AM 6    THAT WE WOULD USE THE ROW THAT IS ON THE SAME SIDE OF THE JURY

09:18AM 7    BOX BUT OUTSIDE OF THE RAIL, THAT FIRST ROW, WHERE I THINK

09:18AM 8    THERE ARE TWO PEOPLE SEATED NOW.

09:18AM 9        MY SENSE IS THAT WE COULD POPULATE THAT ROW WITH ANY

09:18AM 10   ADDITIONAL JURORS.  AND IT WOULD BE MY INTENT TO KEEP THE ROW

09:18AM 11   BEHIND THAT OPEN AND VACANT SUCH THAT THE PUBLIC IS NOT SEATED

09:18AM 12   DIRECTLY MIND THE JURORS TO AFFORD SOME SEPARATION, IF YOU

09:18AM 13   WILL.

09:18AM 14       THAT'S MY INTENT IF WE GO -- IF WE HAVE TO EXPAND OUTSIDE

09:18AM 15   OF THE WELL.  I THINK WE CAN ACCOMPLISH IT THAT WAY.

09:18AM 16           MR. DOWNEY:  I GATHER, YOUR HONOR.  WE CAN THINK

09:18AM 17   ABOUT THAT WHEN IT'S RIPE.  I -- YOU KNOW, I UNDERSTAND WHY THE

09:18AM 18   COURT WOULD DO THAT.  I DON'T KNOW WHAT CONCERNS IT WOULD

09:18AM 19   PRESENT IN TERMS OF VISIBILITY AND SO FORTH, SO WE'LL TAKE A

09:18AM 20   LOOK AT IT WHEN THE ISSUE IS RIPE, AND IF WE HAVE A CONCERN,

09:18AM 21   WE'LL RAISE IT THEN.

09:18AM 22           THE COURT:  SURE.  OKAY.

09:18AM 23       I'M JUST TRYING TO GIVE YOU AS MUCH INFORMATION AS I CAN

09:19AM 24   FOR YOUR THOUGHTS.

09:19AM 25       ALL RIGHT.  SO ALTERNATES, SHALL WE SAY FIVE?

09:19AM  1          MR. SCHENK:  THANK YOU, YOUR HONOR.  YES.

09:19AM  2          MR. DOWNEY:  IT'S UP TO YOUR HONOR.

09:19AM  3          THE COURT:  ALL RIGHT.  LET'S HAVE FIVE ALTERNATES,

09:19AM  4  MADAM CLERK.

09:19AM  5          THE CLERK:  YES, YOUR HONOR.

09:19AM  6          THE COURT:  I THINK I WAS AHEAD OF MYSELF ON 5, THE

09:19AM  7  COURTROOM PROCEDURES, AS I WAS TALKING TO YOU ABOUT THE LAYOUT

09:19AM  8  OF WHAT WE MIGHT DO.  I ALSO WANT YOU TO THINK ABOUT PROTOCOLS

09:19AM  9  SHOULD WE NEED TO ENGAGE SOMETHING BECAUSE OF THE HEALTH

09:19AM  10  SITUATION, AND, OF COURSE, WE CAN'T PREDICT THAT.

09:19AM  11          IF WE NEED TO TAKE A RECESS, IF WE NEED TO ASK INDIVIDUALS

09:19AM  12  TO TEST, WE'LL DO THAT.

09:19AM  13          I DID SOME INVESTIGATION ABOUT PURCHASING SOME BULK

09:19AM  14  TESTING, AND I WAS TOLD THAT THEY MIGHT BE AVAILABLE IN A COST

09:19AM  15  EFFECT ACTIVE MANNER.  I HAVEN'T FOUND THE COST EFFECTIVE

09:20AM  16  SOLUTION YET, BUT WE'LL SEE, AND WE'LL KEEP ALL OF OUR OPTIONS

09:20AM  17  OPEN.

09:20AM  18          MR. DOWNEY:  YOUR HONOR, ON THAT WE'VE BEEN THINKING

09:20AM  19  ALONG THE SAME LINES, MAYBE ENCOUNTERING SOME OF THE SAME

09:20AM  20  BARRIERS AS YOUR HONOR.

09:20AM  21          BUT I DO THINK IT MIGHT BE POSSIBLE, AND WE CAN INFORMALLY

09:20AM  22  MAKE A SUGGESTION AS TO THAT AND CONSULT WITH THE GOVERNMENT

09:20AM  23  BEFORE WE DO SO.

09:20AM  24          THE COURT:  OKAY.  I WAS INFORMED SOME TIME AGO THAT

09:20AM  25  BULK QUICK TESTS, I DON'T KNOW WHAT THEY'RE CALLED, THEY'RE

09:20AM 1    AVAILABLE IN CERTAIN COUNTRIES, IN EUROPE THEY'RE USING THESE,

09:20AM 2    AND I WAS INFORMED THAT THEY WERE SOMEWHAT AFFORDABLE.  I

09:20AM 3    LOOKED, AND I DIDN'T SEE ANY THAT LOOKED LIKE THEY WERE

09:20AM 4    AFFORDABLE.

09:20AM 5        I'M NOT CERTAIN THE COURT'S BUDGET WOULD DO THAT, BUT I

09:20AM 6    WAS THINKING OF JUST PURCHASING THOSE FOR OUR USE, BUT WE'LL

09:20AM 7    KEEP LOOKING AND SEE.

09:20AM 8        NUMBER 6 IS COURTROOM TECHNOLOGY AND WALKTHROUGH.  I THINK

09:20AM 9    YOU'RE GOING TO SCHEDULE YOUR TIME WITH MS. KRATZMANN AND OUR

09:21AM 10   STAFF ABOUT THAT.

09:21AM 11         MR. SCHENK:  I'M SORRY, YOUR HONOR.  THIS MIGHT FIT

09:21AM 12   UNDER 5.

09:21AM 13       DOES THE COURT HAVE -- HAS IT REACHED A CONCLUSION ABOUT

09:21AM 14   KEEPING THE PLASTIC UP OR -- I'M ALSO CURIOUS, I KNOW THAT THE

09:21AM 15   COURT MENTIONED SOME JURORS SITTING IN THE FIRST ROW.

09:21AM 16       WILL THE REST OF THE GALLERY HAVE SEATING LIMITS ON IT OR

09:21AM 17   IS IT FIRST COME FIRST SERVE?  I HAVEN'T --

09:21AM 18         THE COURT:  OH, YES.  WELL, AS TO THAT IT IS FIRST

09:21AM 19   COME, FIRST SERVE, AND WE WILL HAVE AN OVERFLOW ROOM THAT IS

09:21AM 20   BEING MADE AVAILABLE HERE.  I THINK IT'S ON THE FOURTH FLOOR IF

09:21AM 21   I'M NOT MISTAKEN.  I'LL HAVE TO CONFIRM THAT.  BUT IT'S ON OUR

09:21AM 22   WEBSITE I BELIEVE.

09:21AM 23         MR. SCHENK:  UH-HUH.

09:21AM 24         THE COURT:  AND SO FAR THE OVERFLOW ROOM WILL BE SET

09:21AM 25   UP FOR AUDIO ONLY.  IT WILL HAVE A COMPONENT THAT IF EXHIBITS

09:21AM 1    ARE DISPLAYED IN COURT ON OUR SCREENS, THAT OVERFLOW ROOM WILL

09:22AM 2    BE ABLE TO CAPTURE THOSE EXHIBITS AS WELL FOR ANY MEMBER OF THE

09:22AM 3    PUBLIC WHO IS PRESENT THERE.

09:22AM 4         SO THAT WILL EXIST, AN OVERFLOW ROOM WILL EXIST HERE.

09:22AM 5         WE'LL, OF COURSE, BE OPEN TO THE PUBLIC HERE AND FOR

09:22AM 6    SEATING HERE AS NEEDED, BUT IT IS FIRST COME FIRST SERVE HERE.

09:22AM 7         WE'LL TRY TO -- I KNOW THAT I'M INFORMED FROM OUR

09:22AM 8    SAN FRANCISCO MEDIA INDIVIDUAL THAT THE PRESS HAS ASKED IF

09:22AM 9    THERE'S AN AREA FOR THE PRESS AND WE'RE -- WE CAN'T RESERVE

09:22AM 10   SEATS, BUT WE'LL INDICATE SOME FOR THE PRESS.

09:22AM 11        AS I SAID, WE HAVE THE OVERFLOW ROOM, WHICH RAISES ANOTHER

09:22AM 12   QUESTION WHICH IS ON MY LIST A LITTLE DEEPER BUT NOW IS THE

09:22AM 13   TIME TO ASK.  WHAT ARE THE PARTIES' THOUGHTS OF HAVING A CAMERA

09:22AM 14   IN THIS ROOM THAT WOULD DISCRETE -- I THINK IT'S ONE OF THESE

09:23AM 15   CAMERAS FOR COMPUTERS, SMALL THINGS -- THAT WOULD DISPLAY THE

09:23AM 16   PROCEEDINGS AS IF SOMEONE WERE SEATED IN THE AUDIENCE FORWARD,

09:23AM 17   IF YOU WILL, ONLY TO THE COURTHOUSE?  IT WOULD NOT BE LIVE

09:23AM 18   STREAMED, YOUTUBE OR ANY OF THAT.  IT WOULD ONLY BE DISPLAYED

09:23AM 19   IN THE COURTROOM IN THE OVERFLOW ROOM.

09:23AM 20        WE MAY BE ABLE TO DO THAT.  I'VE BEEN TALKING TO OUR I.T.

09:23AM 21   PEOPLE ABOUT THAT AND SUCH THAT THE PUBLIC IN THE OVERFLOW ROOM

09:23AM 22   WOULD HAVE A VIEW OF THE PROCEEDINGS, AND, AGAIN, IT WOULD BE A

09:23AM 23   DISCRETE VIEW, AND I WOULD WORK WITH I.T. AND WITH YOUR

09:23AM 24   AGREEMENT WOULD GET THE FIELD OF VIEW, IF YOU WILL, OF THAT

09:23AM 25   CAMERA.

09:23AM  1          I WAS GOING TO ASK YOUR THOUGHTS ABOUT THAT.  I DON'T KNOW

09:23AM  2     IF YOU'RE PREPARED TO TALK ABOUT THAT NOW OR IF YOU WANT TO

09:23AM  3     THINK ABOUT IT.

09:23AM  4          MR. DOWNEY:  YOUR HONOR, FROM THE DEFENSE'S

09:23AM  5     PERSPECTIVE, I DON'T HAVE AN OBJECTION TO IT IN PRINCIPLE, BUT

09:23AM  6     MAYBE WE CAN LOOK AT BOTH THE VIEW IT CONVEYS AND WHERE THE

09:24AM  7     EQUIPMENT SITS IN THIS COURTROOM WHEN WE DO OUR WALKTHROUGH.

09:24AM  8          THE COURT:  SURE.

09:24AM  9          MR. DOWNEY:  AND THAT MIGHT BE A GOOD WAY TO WORK

09:24AM 10     THROUGH IT.

09:24AM 11          THE COURT:  OKAY.

09:24AM 12          MR. SCHENK:  NO OBJECTION FROM THE GOVERNMENT.  I

09:24AM 13     RECALL JUDGE HENDERSON DID THAT IN A TRIAL IN SAN FRANCISCO.

09:24AM 14          THE COURT:  SURE.  I'LL CONTACT OUR I.T. AND JUST

09:24AM 15     SEE WHAT THAT IS AND WHERE IT IS.

09:24AM 16        AGAIN, IT WOULD NOT BE FOR BROADCAST ON ANY PUBLIC

09:24AM 17     CHANNEL.  WE'RE NOT PERMITTED TO DO THAT.

09:24AM 18        THIS WOULD BE AN INTRA COURT.  SO IT WOULD BE IN OUR

09:24AM 19     COURTROOM DOWNSTAIRS ONLY AND PEOPLE WOULD COME IN AND VIEW IT

09:24AM 20     THERE.

09:24AM 21        ALL RIGHT.  WE'LL LOOK INTO THAT.

09:24AM 22          MR. DOWNEY:  YOUR HONOR, WITH THE SEATING

09:24AM 23     LIMITATIONS, I ANTICIPATE THAT SOME MEMBERS OF MS. HOLMES'S

09:24AM 24     FAMILY AND FRIENDS WILL WANT TO ATTEND AND BE WITH MS. HOLMES

09:24AM 25     DURING THE TRIAL.

```
09:24AM   1        COULD WE RESERVE A CERTAIN NUMBER OF SEATS FOR THAT

09:24AM   2   PURPOSE?

09:24AM   3            THE COURT:  DO YOU HAVE ANY IDEA OF THE NUMBER?

09:24AM   4            MR. DOWNEY:  I THINK SOMEWHERE IN THE NEIGHBORHOOD

09:24AM   5   AS THREE, AND MAYBE AS MANY, DEPENDING ON HOW IT WORKS OUT,

09:25AM   6   MAYBE MORE ON SOME DAYS, BUT IF WE COULD RESERVE THREE AND KNOW

09:25AM   7   THAT THOSE WERE AVAILABLE, WE WOULD APPRECIATE THAT ABILITY.

09:25AM   8            THE COURT:  I ANTICIPATE AS FAR AS LOCATION YOU

09:25AM   9   WOULD WANT THEM RIGHT BEHIND YOU OR DO YOU HAVE A --

09:25AM  10            MR. DOWNEY:  YES.

09:25AM  11            MR. SCHENK:  YOUR HONOR, I WOULD MAKE THE SAME

09:25AM  12   REQUEST FOR THE GOVERNMENT FOR SOME AGENTS.  THAT'S WHAT I WAS

09:25AM  13   CURIOUS ABOUT WHEN I WAS ASKING ABOUT THE NUMBER OF SEATS

09:25AM  14   AVAILABLE IN THE COURTROOM.  I DON'T HAVE A NUMBER RIGHT NOW

09:25AM  15   FOR THE COURT.  IF I COULD GET BACK TO YOU ON THAT.

09:25AM  16            THE COURT:  OKAY.  WELL, WE'LL SEE WHAT WE CAN DO.

09:25AM  17   I UNDERSTAND THE REQUEST FOR THAT, AND I THINK WE CAN

09:25AM  18   ACCOMMODATE THOSE THINGS.

09:25AM  19            MR. SCHENK:  OKAY.

09:26AM  20            MR. DOWNEY:  THANK YOU.

09:26AM  21            THE COURT:  ALL RIGHT.  I'M ON NUMBER 7, FACTUAL

09:26AM  22   STIPULATIONS.  AND IT SEEMS LIKE YOU'RE STILL IN MEET AND

09:26AM  23   CONFERS ON THOSE, AND YOU'LL NOTIFY THE COURT WITH ANY RESULT?

09:26AM  24            MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

09:26AM  25            THE COURT:  ALL RIGHT.  NUMBER 8 IS WITNESS AND
```

09:26AM  1      EXHIBITS.  WHERE ARE WE IN THIS CATEGORY?

09:26AM  2          MR. BOSTIC.

09:26AM  3              MR. BOSTIC:  YOUR HONOR, THE PARTIES HAVE RECENTLY

09:26AM  4      EXCHANGED UPDATED EXHIBIT LISTS.  AND THE PARTIES HAVE ALSO

09:26AM  5      BEEN DISCUSSING MECHANICS FOR DISCLOSURE OF WITNESSES AT TRIAL,

09:26AM  6      AND AS DESCRIBED IN THE JOINT SUBMISSION, THERE'S A DISPUTE ON

09:26AM  7      THOSE POINTS.

09:26AM  8          I CAN ADDRESS THAT NOW, YOUR HONOR.

09:26AM  9              THE COURT:  SURE.  I THINK THAT'S 8A AND B.

09:26AM  10             MR. BOSTIC:  YES.  FIRST, THE PARTIES ARE DISCUSSING

09:26AM  11     FOR THE GOVERNMENT'S CASE THE POSSIBILITY OF THE GOVERNMENT

09:27AM  12     DISCLOSING IN SEGMENTS WHAT WITNESSES IT EXPECTS TO CALL.

09:27AM  13         THE GOVERNMENT HAS OFFERED TO DISCLOSE TO THE DEFENSE THE

09:27AM  14     LIST OF LIKELY WITNESSES IN TWO SEGMENTS FOR THE FIRST HALF OF

09:27AM  15     THE TRIAL AND THEN FOR THE SECOND.  I BELIEVE THE DATES

09:27AM  16     PROPOSED BY THE GOVERNMENT WERE AUGUST 24TH FOR DISCLOSING THE

09:27AM  17     WITNESSES THAT IT EXPECTS TO CALL IN THE FIRST HALF OF ITS

09:27AM  18     TRIAL, AND THEN FOLLOWING UP AROUND SEPTEMBER 21ST REGARDING

09:27AM  19     WITNESSES THAT IT EXPECTS TO CALL IN THE SECOND HALF OF THIS

09:27AM  20     TRIAL OR IN THE SECOND HALF OF ITS CASE.

09:27AM  21         THE GOVERNMENT BELIEVES THAT WILL PROVIDE SUFFICIENT

09:27AM  22     NOTICE TO THE DEFENSE, ADDRESS THE DEFENSE'S CONCERNS ABOUT THE

09:27AM  23     SIZE OF THE GOVERNMENT'S OVERALL WITNESS LIST, SOMETHING THAT

09:27AM  24     THE COURT MENTIONED EARLIER.  SO THAT WOULD BE OUR PROPOSAL

09:27AM  25     THERE.

09:27AM 1          THE DEFENSE, I BELIEVE, WOULD LIKE EARLIER NOTICE AND

09:27AM 2     WOULD LIKE NOTICE IN QUARTERS INSTEAD OF IN HALVES.  WE THINK

09:27AM 3     THAT THE DISCLOSURE IN HALVES IS SUFFICIENT FOR THIS PURPOSE.

09:28AM 4          I CAN ALSO ADDRESS THE WEEKLY DISCLOSURE IF THE COURT

09:28AM 5     WOULD LIKE.

09:28AM 6          THE COURT:  SURE.  DO WE HAVE -- IS THERE A

09:28AM 7     DISAGREEMENT ABOUT IS IT THURSDAY EVENING OR FRIDAY MORNING?

09:28AM 8          MR. BOSTIC:  THE PARTIES ARE ONE DAY APART, YOUR

09:28AM 9     HONOR, THAT'S CORRECT.

09:28AM 10         AS THE COURT KNOWS, THIS KIND OF NOTICE IS NOT REQUIRED BY

09:28AM 11    THE RULES.  IN PAST TRIALS I'VE HAD EXPERIENCE WITH THE

09:28AM 12    GOVERNMENT PROVIDING NOTICE OF WITNESSES THE EVENING BEFORE OF

09:28AM 13    WHO IS GOING TO BE CALLED THE FOLLOWING DAY.

09:28AM 14         IN THIS CASE WE ARE WILLING TO PROVIDE A WEEK'S WORTH OF

09:28AM 15    NOTICE FOR WITNESSES -- EXCUSE ME, NOTICE REGARDING A WEEK'S

09:28AM 16    WORTH OF WITNESSES THE FRIDAY BEFORE A GIVEN TRIAL WEEK.  THAT

09:28AM 17    WOULD GIVE THE DEFENSE THREE FULL DAYS OF NOTICE AS TO

09:28AM 18    DEFENDANTS WHO ARE -- EXCUSE ME, WITNESSES WHO ARE GOING TO BE

09:28AM 19    CALLED ON THE TUESDAY, WEDNESDAY, AND FRIDAY OF THE FOLLOWING

09:28AM 20    WEEK.

09:28AM 21         WE RESPECTFULLY SUBMIT THAT NOTICE ON THURSDAY IS SOONER

09:28AM 22    THAN IS NECESSARY AND WOULD MAKE THAT JOB MORE COMPLICATED

09:28AM 23    GIVEN THAT FRIDAY IS A TRIAL DAY AND PLANS FOR THE FOLLOWING

09:28AM 24    WEEK MIGHT CHANGE ON A FRIDAY BASED ON THE EVOLVING NEEDS OF

09:29AM 25    THE CASE OR WITNESS SCHEDULES.

09:29AM 1          THE COURT:  IS IT COMPLICATED TO DO IT THE MIDDLE OF

09:29AM 2     THE DAY ON FRIDAY?

09:29AM 3          MR. BOSTIC:  ONLY COMPLICATED IN THAT WE'LL BE IN

09:29AM 4     THE MIDST OF TRIAL, YOUR HONOR.  SO WE WOULD LIKE CLOSE OF

09:29AM 5     BUSINESS ON FRIDAY AS THE DEADLINE, BUT, OF COURSE, WE'LL ABIDE

09:29AM 6     BY ANYTHING THE COURT SAYS.

09:29AM 7          MR. DOWNEY:  YOUR HONOR, THIS IS AN EFFICIENCY

09:29AM 8     MECHANISM FOR THE COURT AND THE JURY.  OUR HOPE WAS THAT WE

09:29AM 9     WOULD PRESENT LEGAL ISSUES THAT HAD TO BE RESOLVED MONDAY

09:29AM 10    MORNING, IF ANY, YOU KNOW, THINGS THAT COULD DELAY COURT IN OUR

09:29AM 11    ANTICIPATION FOR THE WEEK.

09:29AM 12         I WILL JUST SAY DIRECTLY AND IN GOOD FAITH TO THE COURT,

09:29AM 13    IF WE DON'T KNOW UNTIL FRIDAY, WE'RE LOOKING AT THOSE ISSUES

09:29AM 14    MORE LIKELY TUMBLING INTO BEING RAISED LATE MONDAY NIGHT OR

09:29AM 15    TUESDAY MORNING OR AS THE WITNESSES ARE TESTIFYING.  THE COURT

09:29AM 16    WELL KNOWS WHAT THAT DOES TO THE PACE OF A TRIAL.

09:29AM 17         SO FROM OUR PERSPECTIVE WE'RE NOT ANY BETTER OFF

09:29AM 18    TACTICALLY IF WE KNOW THURSDAY NIGHT OR FRIDAY.  SO FROM THAT

09:30AM 19    PERSPECTIVE IT DOESN'T MATTER.

09:30AM 20         THE PERSPECTIVE IT MATTERS FROM AND WHY I PROPOSED IT AND

09:30AM 21    WHAT HAS WORKED IN OTHER CASES IS WE RAISE THE LEGAL ISSUES AT

09:30AM 22    THE BEGINNING OF THE WEEK, THE GOVERNMENT HAS A CHANCE TO

09:30AM 23    RESPOND, AND THE COURT HAS A CHANCE TO CONSIDER IT, AND THE

09:30AM 24    PACE OF TRIAL IS NOT SLOWED.

09:30AM 25         AND IF THE DISCLOSURE IS FRIDAY, I CAN'T GUARANTEE THAT.

09:30AM 1    THAT'S JUST THE REALITY OF THE SITUATION.

09:30AM 2            THE COURT:  WELL, I UNDERSTAND THAT.  I WANT TO

09:30AM 3    RESPECT, AND I KNOW YOU ALL DO, TOO, THE EFFICIENT FLOW OF THE

09:30AM 4    TRIAL.

09:30AM 5        LET ME JUST SAY IN ADVANCE THAT WHAT SLOWS THE EFFICIENCY

09:30AM 6    OF TRIAL SOMETIMES IS GETTING A MOTION AT 5:30 IN THE MORNING

09:30AM 7    ON MONDAY MORNING TO BE DISCUSSED ON AT 8:30 MONDAY MORNING.

09:30AM 8            MR. DOWNEY:  IF MONDAY IS A TRIAL DAY.  IF MONDAY IS

09:30AM 9    NOT A TRIAL DAY, THEN YOU GET THAT SAME MOTION MONDAY MORNING,

09:30AM 10   THEN THINGS WORK MORE SMOOTHLY.  SO WE HAD PROPOSED THAT.

09:30AM 11           THE COURT:  IT CAN.  BUT WHEN ONE HAS A CALENDAR AT

09:30AM 12   1:30 ON A MONDAY.

09:30AM 13           MR. DOWNEY:  YOUR HONOR, THERE'S NO QUESTION.  BUT I

09:31AM 14   THINK THERE'S A NUMBER OF ISSUES THAT ARE RESERVED FOR MOTIONS

09:31AM 15   IN LIMINE.  IT'S A COME CONTEMPLATED TRIAL.  THERE ARE GOING TO

09:31AM 16   BE THOSE TYPES OF ISSUES.

09:31AM 17           THE COURT:  I APPRECIATE THAT.  IT JUST SEEMS -- I

09:31AM 18   THINK WE TALKED ABOUT THIS SOME MONTHS AGO.

09:31AM 19       AND I UNDERSTAND, MR. BOSTIC, YOUR DESIRE TO WAIT UNTIL

09:31AM 20   FRIDAY CLOSE OF BUSINESS, YOU CAN ASSESS THE WEEK'S WORK THAT

09:31AM 21   HAS BEEN DONE, AND THEN YOU CAN BETTER ASSESS WHAT CHANGES, IF

09:31AM 22   ANY, YOU NEED TO MAKE IN YOUR STRATEGY.

09:31AM 23       I CAN INDICATE THAT THE GOVERNMENT SHOULD SUPPLY THIS BY

09:31AM 24   THURSDAY BY 7:00 P.M., NO LATER THAN 7:00 P.M., BUT WITH THE

09:31AM 25   RESERVATION AND CAVEAT THAT IF THE GOVERNMENT DESIRES TO CHANGE

09:31AM 1      THE ORDER OR ADD SOMETHING, THEY CAN CERTAINLY PROVIDE THAT

09:31AM 2      INFORMATION, AND I WOULD CERTAINLY LISTEN TO ANY REASON WHY

09:31AM 3      THAT DECISION CAN BE MADE OR WHY THAT WITNESS IS GOING TO BE

09:32AM 4      CALLED AND WAS NOT YET IDENTIFIED, AND I'M CERTAIN THERE WILL

09:32AM 5      BE GOOD REASONS FOR THAT IF THAT COMES UP.  THAT'S ON BOTH

09:32AM 6      SIDES, TOO.

09:32AM 7           MR. DOWNEY:  THAT CAVEAT IS FINE WITH US,

09:32AM 8      YOUR HONOR.

09:32AM 9           MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.  THANK YOU.

09:32AM 10       ON THE TOPIC OF THE ANTICIPATED LITIGATION DURING TRIAL,

09:32AM 11     THIS MAY BE A DISCUSSION FOR ANOTHER DAY, BUT I WONDER IF IT

09:32AM 12     WOULD BE POSSIBLE TO SET UP SOME KINDS OF PROCEDURES OR

09:32AM 13     UNDERSTANDINGS ABOUT NOTICE FOR THOSE MOTIONS AND THE TIMING OF

09:32AM 14     THOSE MOTIONS.

09:32AM 15       I HEAR MR. DOWNEY SAYING THAT THE DEFENSE MAY BE FILING

09:32AM 16     MOTIONS ON MONDAY MORNINGS.  I KNOW THAT THE COURT OBVIOUSLY

09:32AM 17     WILL HAVE A LOT TO DO.  THE GOVERNMENT WILL HAVE A LOT TO DO.

09:32AM 18       IF WE CAN HAVE NOTICE OF THOSE MOTIONS IN ADVANCE, IF

09:32AM 19     THERE COULD BE SOME UNDERSTANDING ABOUT THE TIME SCALE IN WHICH

09:32AM 20     THE GOVERNMENT IS EXPECTED TO RESPOND, THAT MIGHT BENEFIT THE

09:32AM 21     EFFICIENT PROCESS OF TRIAL ALSO.

09:32AM 22           MR. DOWNEY:  I THINK THAT SOME ARRANGEMENT THAT

09:32AM 23     GIVES HIM TIME TO RESPOND IS FINE BY ME.  I DON'T KNOW WHAT

09:33AM 24     EXACTLY HE'S PROPOSING, BUT IF HE WANTS TO RESPOND AND TO MANY

09:33AM 25     OF -- MANY OF THE MOTIONS HE MAY NOT NEED TO RESPOND TO.  WE'RE

09:33AM  1    UNDER A GREATER BURDEN TO IDENTIFY POTENTIALLY PREJUDICIAL

09:33AM  2    ISSUES, AND HE MAY BE SATISFIED TO ANSWER THEM ORALLY.

09:33AM  3         SO I DON'T KNOW WITH A TRIAL MOVING WHERE WE ONLY KNOW OF

09:33AM  4    WITNESSES A FEW DAYS IN ADVANCE WHAT SCHEDULE WOULD ACCOMMODATE

09:33AM  5    HIS CONCERN, BUT WE CERTAINLY ARE OPEN TO ONE THAT DOES.

09:33AM  6         OUR GOAL IS TO HAVE BOTH SIDES HAVE A CHANCE TO ADDRESS

09:33AM  7    THE ISSUE AND FOR THAT TO BE SOMETHING THAT THE COURT CAN

09:33AM  8    CONSIDER EFFICIENTLY.

09:33AM  9         MR. BOSTIC:  I'LL JUST BE FRANK, YOUR HONOR.  PART

09:33AM  10   OF MY CONCERN IN HEARING ABOUT THIS SCHEDULE IS WHAT WE'RE SET

09:33AM  11   UP FOR NOW IS THAT THE DEFENSE FINDS OUT ABOUT A SET OF

09:33AM  12   WITNESSES ON A THURSDAY EVENING AND THEY HAVE FRIDAY, SATURDAY,

09:33AM  13   SUNDAY TO PREPARE WHATEVER MOTIONS THEY WANT TO PREPARE.  AND

09:33AM  14   I'M NOT SURE HOW MUCH TIME THAT LEAVES REALISTICALLY FOR THE

09:33AM  15   GOVERNMENT TO RESPOND TO WHATEVER THEY FILE MONDAY MORNING.

09:33AM  16        SO I WANT TO BE SURE THAT WE'RE SET UP TO PROVIDE THE

09:34AM  17   COURT WITH A USEFUL AND HELPFUL RESPONSE TO ANY CONCERN RAISED

09:34AM  18   BY THE DEFENSE.

09:34AM  19        THE COURT:  MR. DOWNEY, SHOULD WE SET A SCHEDULE FOR

09:34AM  20   YOU TO FILE ANY MOTIONS IF NEEDED?

09:34AM  21        MR. DOWNEY:  WHAT I MIGHT SUGGEST TO YOUR HONOR IS

09:34AM  22   I'LL COMMIT NOW THAT WE'LL FILE IT AT LATEST BY 8:00 O'CLOCK

09:34AM  23   MONDAY MORNING.

09:34AM  24        LET ME MAKE A PROPOSAL.  I THINK WE WILL TRY -- IF ISSUES

09:34AM  25   AFFECT, YOU KNOW, WITNESSES FOR LATER IN THE WEEK, WE'LL BE

09:34AM 1    FILING IT 8:00 O'CLOCK MONDAY MORNING, AND IF IT'S A FRIDAY

09:34AM 2    WITNESS, YOUR HONOR WILL HAVE THE ABILITY TO CONSIDER THAT OR A

09:34AM 3    WEDNESDAY WITNESS AND SET SOME TYPE OF SCHEDULE.

09:34AM 4        I THINK IF IT'S FOR A TUESDAY WITNESS, WE'RE HAPPY TO GIVE

09:34AM 5    THEM NOTICE OF WHAT THE ISSUE IS FROM OUR PERSPECTIVE.  AND,

09:34AM 6    YOU KNOW, THIS IS WHAT WE'D BE WILLING TO DO THAT BY, SAY,

09:34AM 7    SATURDAY NIGHT.  AND THEN THEY CAN HAVE THE ABILITY TO THINK

09:34AM 8    ABOUT WHETHER THEY WANT TO FILE A RESPONSE, AND FILE A RESPONSE

09:34AM 9    TO OUR PAPERS AFTER THEY SEE THEM, YOU KNOW, BY WHATEVER TIME

09:34AM 10   THEY THINK THEY NEED ON MONDAY.

09:35AM 11          THE COURT:  WELL, THANK YOU.

09:35AM 12       BY GIVING YOU THE INFORMATION EARLIER, I THINK THERE'S

09:35AM 13   SOME RECIPROCAL GRATITUDE THAT SHOULD BE PROVIDED AS TO NOTICE.

09:35AM 14   YOU'LL HAVE THE INFORMATION EARLIER.  YOU CAN MAKE A DECISION

09:35AM 15   EARLIER SUCH THAT THE GOVERNMENT COULD BE PROVIDED SOME EARLIER

09:35AM 16   NOTICE SUCH THAT THE COURT COULD HAVE EARLY ACCESS TO THE

09:35AM 17   LITIGATION AS TO A WITNESS.

09:35AM 18          MR. DOWNEY:  I UNDERSTAND THAT YOUR HONOR.

09:35AM 19   YOUR HONOR, I PROPOSED EXACTLY THE SCHEDULE THAT I THINK WORKS

09:35AM 20   FOR THAT, SO I DON'T -- YOU KNOW, THESE ARE NOT ISSUES THAT ARE

09:35AM 21   GOING TO BE BRIEFS THAT ARE MORE THAN A COUPLE PAGES.

09:35AM 22   TYPICALLY, IN PRIOR EXPERIENCE, THE GOVERNMENT HAS RESPONDED TO

09:35AM 23   THEM ORALLY.  YOU KNOW, I DON'T KNOW IF THERE WILL BE A LOT OF

09:35AM 24   ISSUES THAT THEY DON'T ANTICIPATE.

09:35AM 25       I'M HAPPY TO GIVE THEM NOTICE BY SATURDAY OF WHAT THE

09:35AM 1    ISSUES ARE SO THEY CAN PREPARE, BUT I THINK WE'D LIKE TIME TO

09:35AM 2    PULL THE EXHIBITS ON FRIDAY.  SOME OF THESE WITNESSES HAVE

09:35AM 3    HUNDREDS OF EXHIBITS ASSOCIATED WITH THEM, GO THROUGH THE

09:36AM 4    EXHIBITS, AND SEE WHAT EVIDENCE IT PRESENTS, AND PREPARE

09:36AM 5    SOMETHING THAT IS COHERENT THAT THE COURT CAN MAKE AN

09:36AM 6    EXPEDITIOUS DECISION ON.

09:36AM 7              MR. BOSTIC:  WE'LL TAKE AS MUCH NOTICE AS WE CAN

09:36AM 8    GET, YOUR HONOR.  I THINK THAT WOULD BE HELPFUL.

09:36AM 9              THE COURT:  WELL, I THINK SATURDAY NOTICE IS

09:36AM 10   SOMETHING THAT IS FINE.

09:36AM 11        AND DO YOU NEED ME TO STATE A TIME ON SATURDAY?

09:36AM 12             MR. DOWNEY:  YOUR HONOR, LET ME CONSULT WITH THE

09:36AM 13   TEAM AND SEE IN TERMS OF THE LOGISTICS WHAT MAKES SENSE.  WE'LL

09:36AM 14   WORK IT OUT.  THIS IS NOT, YOUR HONOR -- THIS IS ABOUT

09:36AM 15   EFFICIENCY AND EXPEDITION.  IF IT DOESN'T SERVE EFFICIENCY AND

09:36AM 16   EXPEDITION, THEN IT'S NOT A GOOD IDEA.  BUT WE WANT TO BE

09:36AM 17   EFFICIENT AND EXPEDITIOUS, BECAUSE IT'S CERTAINLY NOT FROM THE

09:36AM 18   DEFENSE'S PERSPECTIVE GOOD FOR THE JURY TO COME IN AND BE

09:36AM 19   SITTING HERE WHILE WE DEBATE LEGAL ISSUES.

09:36AM 20             THE COURT:  I DON'T WANT TO DO THAT.  THANK YOU.

09:36AM 21             MR. DOWNEY:  RIGHT.

09:36AM 22             THE COURT:  AND WHATEVER WE CAN DO TO AVOID THAT,

09:36AM 23   I'M GRATEFUL.

09:36AM 24        THE TIME THAT YOU NEED TO DO THIS WOULD NOT BE TO NOTIFY

09:37AM 25   THE GOVERNMENT AT 11:59 P.M., THOSE TYPES OF THINGS.  THAT'S

09:37AM 1     NOT HELPFUL.

09:37AM 2              MR. DOWNEY:  NO, NO.  I ANTICIPATE --

09:37AM 3              THE COURT:  MR. DOWNEY, I THINK I CAPTURE WHAT

09:37AM 4     YOU'RE DOING.

09:37AM 5          HAVE YOU EVER TRIED A PATENT CASE, MR. DOWNEY?

09:37AM 6              MR. DOWNEY:  WHAT'S THAT?

09:37AM 7              THE COURT:  HAVE YOU EVER TRIED A PATENT CASE?

09:37AM 8              MR. DOWNEY:  YOU KNOW, I HAVEN'T, YOUR HONOR.  I'M

09:37AM 9     SURE YOUR HONOR HAS.

09:37AM 10             THE COURT:  THE MOTIONS IN PATENT CASES ARE LIKE THE

09:37AM 11    ONES THAT WE'RE DISCUSSING HERE AND SOME OF MY COLLEAGUES HAVE

09:37AM 12    INDICATED THEY WILL NOT ENTERTAIN A MOTION UNLESS IT'S FILED --

09:37AM 13    THEY WON'T HEAR THE MOTION 48 HOURS AFTER IT'S FILED IN A

09:37AM 14    PATENT CASE.

09:37AM 15             MR. DOWNEY:  YES.

09:37AM 16             THE COURT:  AND I THINK THE REASON IS MANY CASES,

09:37AM 17    REGRETTABLY, THOSE MOTIONS ARE FILED AT 8:00 A.M., 7:30 A.M.

09:37AM 18    AND IT SLOWS THE TRIAL DOWN.  WE CAN'T DO THAT IN THIS CASE.

09:37AM 19             MR. DOWNEY:  OF COURSE, THERE'S BEEN CIVIL DISCOVERY

09:37AM 20    AND SUCH.

09:37AM 21             THE COURT:  YES.  EXACTLY.  ALL RIGHT.  I THINK

09:37AM 22    WE'RE ALL ON THE SAME PAGE.

09:37AM 23         I APPRECIATE BOTH OF YOUR ATTENTION TO NOT DELAY THE TRIAL

09:38AM 24    AND INTERRUPT THE PROCEEDINGS.

09:38AM 25             MR. DOWNEY:  AND THEN, YOUR HONOR, AS TO

```
09:38AM   1    MR. BOSTIC'S PROPOSAL ON DISCLOSURE OF WITNESSES, WILL YOUR

09:38AM   2    DOCKET ORDER EMBODY THAT THEY AT LEAST MAKE THE DISCLOSURE OF

09:38AM   3    THE WITNESSES FOR THE FIRST HALF OF THE CASE ON THE DATE THAT

09:38AM   4    MR. BOSTIC SUGGESTS?

09:38AM   5              THE COURT:  WELL, I THINK SO.  I THINK MR. BOSTIC

09:38AM   6    SAID HE WOULD DO THAT, AND I'LL HOLD HIM TO THAT.

09:38AM   7         I DON'T KNOW IF YOU NEED TO PARSE THIS OUT IN QUARTERS.  I

09:38AM   8    THINK, YOU KNOW, RATHER THAN DO A FOOTBALL APPROACH, LET'S DO A

09:38AM   9    EUROPEAN FOOTBALL APPROACH AND JUST HALF TIME.

09:38AM  10              MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.

09:38AM  11              THE COURT:  LET'S SEE.  DEMONSTRATIVES AND

09:38AM  12    SUMMARIES.  DO WE NEED TO DISCUSS ANYTHING THERE?

09:38AM  13              MR. DOWNEY:  I DON'T THINK SO, YOUR HONOR.

09:38AM  14              THE COURT:  OKAY.  NUMBER 9 IS MS. HOLMES'S REQUEST

09:38AM  15    THAT THE GOVERNMENT PRODUCE JENCKS, BRADY, GIGLIO, AND THE

09:39AM  16    OBLIGATION FOR THE GOVERNMENT CONTINUES AND ENDURES THROUGHOUT

09:39AM  17    THE TRIAL.

09:39AM  18         MR. BOSTIC, YOU'RE AWARE OF THAT?

09:39AM  19              MR. BOSTIC:  YES, YOUR HONOR, THE GOVERNMENT IS

09:39AM  20    AWARE OF ITS OBLIGATIONS AND WILL CONTINUE COMPLYING WITH THEM.

09:39AM  21         AND THE GOVERNMENT WILL JUST POINT OUT THE DEFENDANT'S

09:39AM  22    RECIPROCAL RESPONSIBILITIES UNDER RULE 26.2.  AND OUR

09:39AM  23    UNDERSTANDING IS THAT THE DEFENSE IS AWARE AND WILL COMPLY WITH

09:39AM  24    THAT AS WELL.

09:39AM  25              MR. DOWNEY:  YOUR HONOR, WE ARE AWARE OF THOSE
```

09:39AM  1    OBLIGATIONS.

09:39AM  2         CAN WE GET A REPRESENTATION FROM THE GOVERNMENT JUST ALSO

09:39AM  3    ALL OF THE MATERIAL IN THEIR POSSESSION HAS BEEN PRODUCED AS OF

09:39AM  4    TODAY?

09:39AM  5              THE COURT:  MR. BOSTIC, DID YOU HEAR?

09:39AM  6         WHY DON'T YOU PULL THAT MICROPHONE UP TO YOU A LITTLE,

09:39AM  7    MR. DOWNEY.

09:39AM  8              MR. DOWNEY:  I BEG YOUR PARDON.

09:39AM  9              THE COURT:  NO, NOT AT ALL.

09:39AM  10        MR. BOSTIC, WERE YOU ABLE TO HEAR?

09:39AM  11             MR. BOSTIC:  YES, YOUR HONOR.  LET ME JUST CONSULT

09:39AM  12   WITH MY TEAM TO MAKE SURE I'M ANSWERING BASED ON THE

09:39AM  13   GOVERNMENT'S KNOWLEDGE.

09:39AM  14             THE COURT:  SURE.  GO RIGHT AHEAD.

09:39AM  15        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

09:40AM  16             MR. BOSTIC:  MY COLLEAGUE, MR. LEACH, WILL ADDRESS

09:40AM  17   THAT.

09:40AM  18             MR. LEACH:  THANK YOU, YOUR HONOR.

09:40AM  19        I CAN'T MAKE THAT REPRESENTATION WITH RESPECT TO

09:40AM  20   INTERVIEWS THAT THE GOVERNMENT HAS CONDUCTED RECENTLY IN

09:40AM  21   PREPARATION FOR TRIAL.  FOR EXAMPLE, WE ARE MEETING WITH A

09:40AM  22   WITNESS THIS AFTERNOON, AND WE'VE MET WITH A NUMBER OF

09:40AM  23   WITNESSES LAST WEEK.  WE HAVE NOT PREPARED OR PRODUCED THE

09:40AM  24   302'S OR MOI'S FOR THOSE PARTICULAR INTERVIEWS, BUT WE'VE BEEN

09:40AM  25   PRODUCING JENCKS AND BRADY AS SOON AS IT'S PREPARED AND AS SOON

09:40AM 1 AS IT'S COMPILED.  WE'VE BEEN GIVING THAT FOR ALL WITNESSES

09:40AM 2 WHETHER WE'RE GOING TO CALL THEM OR NOT.

09:40AM 3     SO I CAN'T TELL THE COURT RIGHT NOW THAT IN THE LAST

09:40AM 4 TWO MONTHS SINCE WE WERE LAST HERE WE'VE PRODUCED EVERY 302 OR

09:40AM 5 MOI THAT HAS BEEN PREPARED OF THOSE NOTES.  THEY'RE IN THE

09:40AM 6 QUEUE, AND WE'RE PRODUCING THEM AS QUICKLY AS WE CAN, BUT WE'RE

09:40AM 7 ACTIVELY MEETING WITH WITNESSES AND GENERATING JENCKS AS WE GO

09:40AM 8 THROUGH THIS.  SO THAT'S WHERE WE ARE ON DISCOVERY.

09:40AM 9     WE UNDERSTAND OUR OBLIGATIONS, AND WE PRODUCE THEM AS

09:40AM 10 QUICKLY AS WE CAN.  AND WE UNDERSTAND AS WITNESSES ARE

09:40AM 11 TESTIFYING, COMING IN THE NEXT DAY THE NEED TO GET THOSE OUT

09:41AM 12 QUICKER EXISTS.  SO WE'RE -- BUT I CAN'T TELL YOU TODAY EVERY

09:41AM 13 JENCKS STATEMENT HAS BEEN PRODUCED.

09:41AM 14         THE COURT:  OKAY.  WELL, TO THE EXTENT -- THERE'S A

09:41AM 15 LOT OF WORK ON BOTH SIDES, I REALIZE THAT.  BUT TO OUR PREVIOUS

09:41AM 16 CONVERSATION, I APPRECIATE YOUR NEED, BOTH SIDE'S NEED TO

09:41AM 17 PREPARE, AND I ALSO APPRECIATE BOTH SIDE'S ATTENTION TO ALLOW

09:41AM 18 THE TRIAL TO PROCEED AS EFFICIENTLY AS POSSIBLE WITHOUT

09:41AM 19 UNNECESSARY BREAKS FOR ANY NECESSARY LITIGATION REGARDING

09:41AM 20 WITNESSES, EXHIBITS, AND THESE TYPES OF THINGS THAT MIGHT BE

09:41AM 21 ABLE TO BE FULFILLED OUTSIDE OF COURT.

09:41AM 22     MR. DOWNEY, ANYTHING IN RESPONSE TO MR. LEACH?

09:41AM 23         MR. DOWNEY:  NO, YOUR HONOR.  I THINK -- I BELIEVE

09:41AM 24 AND HOPE THE GOVERNMENT IS AWARE OF ITS OBLIGATIONS.  I THINK

09:41AM 25 WHEN IT HAS THE MEMORANDA PRODUCED -- PREPARED, IT SHOULD

09:41AM 1      PRODUCE THEM QUICKLY, AND, OF COURSE, THE AGENT NOTES ARE

09:41AM 2      AVAILABLE IMMEDIATELY AT THE CONCLUSION OF THE INTERVIEW.  SO

09:42AM 3      WE WOULD AT LEAST LIKE TO GET THOSE, YOU KNOW, COPIED AND SENT

09:42AM 4      TO US EVEN IF THE MEMORANDUM IS NOT YET PREPARED.  WE'RE JUST A

09:42AM 5      FEW WEEKS AWAY FROM TRIAL.

09:42AM 6              THE COURT:  OKAY.

09:42AM 7          ANYTHING FURTHER, MR. LEACH?

09:42AM 8              MR. LEACH:  NO, YOUR HONOR.

09:42AM 9              THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU

09:42AM 10     BOTH.

09:42AM 11         LET ME -- BEFORE WE GO INTO THE PRELIMINARY JURY

09:42AM 12     INSTRUCTIONS, I DO WANT TO COVER A FEW TOPICS.  THE COURT

09:42AM 13     INTENDS TO ADMONISH THE JURY BEFORE AND AFTER BREAKS USING 2.1,

09:42AM 14     MODEL 2.1.  AND WHEN I SAY "MODEL," IT'S NINTH CIRCUIT JURY

09:42AM 15     INSTRUCTIONS 2.1, AND I MAY USE THAT DEPENDING ON DURING OUR

09:42AM 16     BREAK.  AS I SAID, WE'LL GET A JURY SELECTION AND HAVE A

09:42AM 17     RECESS, AND I INTEND TO ADMONISH THEM WITH THAT ALSO.

09:42AM 18         I DID ASK AND REQUEST OF COUNSEL TO PREPARE JURY BINDERS

09:43AM 19     THAT WOULD INCLUDE PHOTOGRAPHS OF WITNESSES.  AND I JUST WANT

09:43AM 20     TO CALL YOUR ATTENTION TO THAT AGAIN.  AND, AGAIN, I DON'T

09:43AM 21     EXPECT YOU TO HAVE A TOTALITY OF A BINDER WITH ALL OF THE

09:43AM 22     WITNESSES PREPARED NOW.

09:43AM 23         BUT WHAT ARE YOUR THOUGHTS ABOUT THE TIMING OF THAT?

09:43AM 24     WOULD THIS BE A WEEKLY PRODUCTION TO THE JURY, THAT IS, WITH

09:43AM 25     THE PHOTOGRAPHS AND THE NAMES OF WITNESSES?  HAVE YOU THOUGHT

```
09:43AM   1    ABOUT THAT?

09:43AM   2          MR. LEACH:  I THINK A WEEKLY UPDATE MAKES SENSE,

09:43AM   3    YOUR HONOR.

09:43AM   4       I'M HOPEFUL THAT THE WITNESSES FROM ANY PARTICULAR WEEK

09:43AM   5    WILL REMAIN RELATIVELY FRESH IN THE JURY'S MIND, AND SO MAYBE

09:43AM   6    AT THE CONCLUSION OF COURT ON FRIDAY WE CAN UPDATE THE BINDER

09:43AM   7    WITH THE PHOTO OF THE WITNESSES THAT CAME THAT WEEK OR EVEN

09:43AM   8    MONDAY SO THAT WHEN THE JURY GETS BACK, THEY'LL HAVE WHAT

09:43AM   9    HAPPENED LAST WEEK.  AND IT WILL GET LONGER AS THE TRIAL GOES

09:43AM  10    ALONG.

09:44AM  11       BUT WE'RE HAPPY TO DO WHATEVER THE COURT THINKS IS HELPFUL

09:44AM  12    TO THE JURY.

09:44AM  13          THE COURT:  THANK YOU.  I'M JUST TRYING TO WONDER

09:44AM  14    WHAT WORKS BEST FOR THE JURY TO RETAIN THE INFORMATION.  OF

09:44AM  15    COURSE, IT'S A LONG TRIAL.

09:44AM  16       MY THOUGHT WAS THAT THE TRIAL BINDER ALLOWS THE JURY TO

09:44AM  17    SEE A PHOTOGRAPH OF THE WITNESS THAT TESTIFIED.  IN THEIR

09:44AM  18    BINDER THEY MIGHT TAKE SIMULTANEOUS NOTES.  IF THEY HAVE THE

09:44AM  19    PHOTOGRAPH IN ADVANCE OF THE TESTIMONY, THEY CAN ORGANIZE IT

09:44AM  20    SOMEHOW OR IN SOME WAY WITH THEIR NOTES I SUPPOSE.

09:44AM  21       IT SEEMS LIKE THAT MIGHT BE BETTER THAN WAITING UNTIL

09:44AM  22    AFTER THE WITNESS TESTIFIES AND THEN HAVE THEM POPULATE THEIR

09:44AM  23    BINDERS.

09:44AM  24          MR. LEACH:  WE'RE PLEASED TO DO THAT, YOUR HONOR.

09:44AM  25          THE COURT:  ANY THOUGHTS ABOUT THAT?
```

09:44AM 1       MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

09:44AM 2       THE COURT:  ALL RIGHT.  WHY DON'T WE DO THAT.  LET

09:44AM 3   ME SEE IF WE CAN GET THE INFORMATION AS THE WITNESSES ARE

09:44AM 4   CALLED, WE CAN DISTRIBUTE THE PHOTOGRAPHS OR IF YOU HAVE A

09:44AM 5   PACKET OR SOMETHING, I'M SORRY TO BE SO GRANULAR, BUT I DO WANT

09:44AM 6   THEM TO HAVE SOME ABILITY TO MEMORIALIZE THE TESTIMONY WITH

09:44AM 7   NOTES SHOULD THEY WISH TO TAKE SOME.

09:45AM 8       MR. LEACH:  WE APPRECIATE THE GRANULARITY.  SO WE'RE

09:45AM 9   ENVISIONING ONE BINDER FOR THE JURY OR SHOULD WE HAVE MORE THAN

09:45AM 10  ONE?

09:45AM 11      THE COURT:  WELL, I THINK WE SHOULD START WITH ONE.

09:45AM 12      MR. LEACH:  OKAY.

09:45AM 13      THE COURT:  AND THEIR BINDERS WILL REMAIN HERE, OF

09:45AM 14  COURSE.  AND THEN LET'S SEE WHAT -- IF WE NEED MORE BINDERS,

09:45AM 15  WE'LL COME TO THAT.

09:45AM 16      MR. LEACH:  OKAY.  THANK YOU, YOUR HONOR.

09:45AM 17      THE COURT:  THANK YOU.

09:45AM 18      (PAUSE IN PROCEEDINGS.)

09:45AM 19      THE COURT:  LET ME TALK ABOUT THE ATTORNEY LOUNGE.

09:45AM 20  THIS IS FOR DEFENSE COUNSEL.  WE DO HAVE AN ATTORNEY LOUNGE

09:45AM 21  THAT IS DOWNSTAIRS, MR. DOWNEY, AND I DON'T KNOW IF YOU'VE HAD

09:45AM 22  FAMILIARITY WITH IT.

09:45AM 23      I'VE INQUIRED WITH OUR CLERK WHETHER OR NOT YOU COULD

09:46AM 24  RESERVE SPACE FOR YOUR TEAM THERE, AND I WAS TOLD THAT THEY

09:46AM 25  DON'T TAKE RESERVATION, IT'S A FIRST COME FIRST SERVE THERE AS

09:46AM 1    WELL.

09:46AM 2         BUT I WAS INFORMED THAT IF YOU CHOSE TO -- IF YOU WANTED

09:46AM 3    TO USE THEIR CONFERENCE ROOM FOR YOUR TEAM'S USE, YOU COULD

09:46AM 4    SEND SOMEBODY DOWN THERE AND THEY COULD STAKE OUT A PLACE,

09:46AM 5    STAKE OUT A ROOM FOR YOU, AND I'M TOLD THAT SOMEBODY NEEDS TO

09:46AM 6    BE THERE, BUT THAT -- I DON'T ANTICIPATE THAT THERE'S GOING TO

09:46AM 7    BE -- I DON'T THINK THERE'S ANY OTHER TRIALS SUCH THAT A TEAM

09:46AM 8    WOULD TAKE OVER ANY OF THAT CONFERENCE ROOM NOW, BUT I JUST

09:46AM 9    POINT THAT OUT FOR YOUR TEAM'S INFORMATION SHOULD YOU WISH TO

09:46AM 10   USE THAT.

09:46AM 11        AND I THINK THAT INCLUDES THE CONFERENCE ROOM, THERE'S A

09:46AM 12   LARGE CONFERENCE ROOM, AND YOU MAY WANT TO LOOK AT THAT, TOO.

09:46AM 13   I'VE CHECKED WITH OUR CLERK.  I DON'T BELIEVE THERE'S ANY

09:47AM 14   RESERVATIONS PENDING FOR THAT FOR COURT MEETINGS OR ANYTHING

09:47AM 15   LIKE THAT.

09:47AM 16        MR. LEACH, YOUR TEAM HAS A SPACE IN THE COURTHOUSE I

09:47AM 17   THINK.

09:47AM 18             MR. LEACH:  WE DO, YOUR HONOR.

09:47AM 19             THE COURT:  I THINK I TALKED ABOUT OUR COVID

09:47AM 20   SITUATION, OUR JURY PLACEMENT.  MY SENSE IS THAT WHEN THE

09:47AM 21   JURORS COME IN I WILL ASK THAT THEY WEAR MASKS INITIALLY AND

09:47AM 22   WE'LL HAVE SOME INQUIRY.  WE'LL KNOW INFORMATION ABOUT --

09:47AM 23   PERHAPS WE'LL KNOW INFORMATION ABOUT VACCINATIONS FROM THE

09:47AM 24   QUESTIONNAIRES.  I WILL INFORM THEM ABOUT THE AIR FILTRATION.

09:47AM 25        LET ME SAY, COUNSEL, IF YOU HAVE A REQUEST FOR ONE OF

09:47AM 1    THESE PORTABLE AIR FILTERS BY YOUR TABLES, YOU SHOULD LET ME

09:47AM 2    KNOW, AND I'LL SEE IF WE CAN MAKE THAT ARRANGEMENT.  I THINK WE

09:48AM 3    HAVE ACCESS TO SOME OF THESE.

09:48AM 4        WE DO HAVE A FILTRATION AT THE WITNESS STAND.  IT'S

09:48AM 5    UNDERNEATH THERE, SO THAT IS ALWAYS GOING TO BE IN PLACE.

09:48AM 6            MR. DOWNEY:  YOUR HONOR, IN THAT REGARD, I THINK WE

09:48AM 7    WILL LIKELY MAKE THAT REQUEST BECAUSE IT WOULD BE OUR STRONG

09:48AM 8    PREFERENCE THAT THE DEFENDANT NOT WEAR A MASK.

09:48AM 9        WOULD IT BE POSSIBLE TO POTENTIALLY USE ONE OF THOSE

09:48AM 10   FILTERS IN CONNECTION WITH DEFENSE COUNSEL TABLE?  WE CAN TALK

09:48AM 11   ABOUT THE PARTICULARS OF THE ARRANGEMENT LATER, BUT JUST TO

09:48AM 12   INFORM THE COURT, I THINK WE WILL MAKE A REQUEST FOR SUCH A

09:48AM 13   FILTER.

09:48AM 14           THE COURT:  OKAY.  I THINK THERE'S PLUGS DOWN THERE.

09:48AM 15   I BELIEVE THERE'S ELECTRICITY AVAILABLE.  SO WE'LL CHECK INTO

09:48AM 16   THAT.  THANK YOU.

09:48AM 17       MR. LEACH, DO YOU HAVE A SIMILAR REQUEST FOR YOUR TEAM?

09:48AM 18           MR. LEACH:  NOT AT THE MOMENT, YOUR HONOR.

09:48AM 19           THE COURT:  THAT WAS AN AWKWARD QUESTION FOR YOU.

09:48AM 20   HOW MUCH DO YOU CARE ABOUT YOUR TEAMS?

09:49AM 21           MR. LEACH:  WELL, I WAS WONDERING HOW MY COLLEAGUES,

09:49AM 22   MR. BOSTIC AND MR. SCHENK, WOULD ANSWER THAT, BUT IT'S NOT A

09:49AM 23   TOPIC THAT WE'VE DISCUSSED.  AND I WANT MY TEAM TO BE SAFE, BUT

09:49AM 24   I THINK OUR EXPECTATION IS THAT WE WOULD BE WEARING MASKS.  BUT

09:49AM 25   LET ME CONSULT WITH THEM OFFLINE, AND WE'LL GET BACK TO

09:49AM 1     MS. KRATZMANN.

09:49AM 2          THE COURT:  SURE.  I HAVE -- I'LL KEEP THE

09:49AM 3     PLEXIGLASS UP AS YOU'VE SEEN IT.  I'VE MADE SOME CHANGES HERE,

09:49AM 4     AND I THINK THIS ONE PANEL HERE SEPARATING THE COURT REPORTER

09:49AM 5     AND THE CLERK WILL PROBABLY BE MOVED AS WELL, AND THAT WILL

09:49AM 6     GIVE ME A LITTLE BETTER EYESIGHT TO YOUR TABLE.  BUT OTHERWISE

09:49AM 7     I BELIEVE THE PLEXIGLASS WILL STAY, AND I DON'T THINK I'LL

09:49AM 8     CHANGE THAT.

09:49AM 9     YOU SEE A PANEL DOWN BY THE END OF THE JURY BOX, AND THAT

09:49AM 10    WAS PLACED THERE JUST AS A TRIAL.  IF THAT ONE EMPTY SEAT THERE

09:49AM 11    IS OCCUPIED BY A JUROR, I INTEND TO KEEP THAT PANEL THERE.  BUT

09:49AM 12    WE'LL WORK ALL OF THOSE THINGS OUT AS NEEDED.

09:50AM 13         MR. DOWNEY:  YOUR HONOR, THIS IS -- I THINK BOTH

09:50AM 14    SIDES PROBABLY HAVE AN INTEREST IN THIS, BUT I KNOW IN OTHER

09:50AM 15    COURTS THERE HAS BEEN AN ACCOMMODATION TO ALLOW THE WITNESSES

09:50AM 16    TO BE UNMASKED AND EXAMINING COUNSEL.

09:50AM 17     I JUST MENTION IT THINKING OF THE NUMBER OF FILTERS, BUT

09:50AM 18    IT DOES SEEM TO MAKE SOME SET UP OF A FILTER WHERE COUNSEL ARE

09:50AM 19    AND WHERE THE WITNESSES MIGHT BE NECESSARY IF -- SO THAT THE

09:50AM 20    WITNESS CAN BE UNMASKED SO THAT THE WITNESS WILL BE RECOGNIZED

09:50AM 21    IN THE BINDER WHEN THEY'RE SEEING IT, YOU KNOW?

09:50AM 22         THE COURT:  WELL, AS I'VE SAID, THERE IS A

09:50AM 23    FILTRATION DEDICATED THERE AT THE STAND FOR THE WITNESS, AND MY

09:50AM 24    SENSE IS THAT -- AND THERE'S A PLEXIGLASS SCREEN THERE.

09:50AM 25     MY SENSE AND INITIAL THOUGHT WAS THAT THE WITNESSES WOULD

09:50AM   1    TESTIFY UNMASKED.  WE MAY HAVE TO MAKE INQUIRY ABOUT

09:50AM   2    VACCINATION BECAUSE THAT CREATES ANOTHER ISSUE IN THAT REGARD.

09:51AM   3         THE TRIALS I'VE HAD EARLIER THIS YEAR, WE'VE HAD WITNESSES

09:51AM   4    WHO HAVE TESTIFIED WITH CLEAR MASKS, AND THOSE SEEMED TO WORK

09:51AM   5    AS WELL.

09:51AM   6         BUT I UNDERSTAND.  MY THOUGHT IS THAT WITNESSES SHOULD

09:51AM   7    TESTIFY WITHOUT A MASK SO THAT THERE'S -- SO THAT THE JURY CAN

09:51AM   8    PROPERLY OBSERVE THEIR DEMEANOR AND WHILE THEY'RE BEING

09:51AM   9    EXAMINED.

09:51AM  10         MR. LEACH:  AND WHAT ARE THE COURT'S THOUGHT ON THE

09:51AM  11    EXAMINING ATTORNEY?  WILL THE EXAMINING ATTORNEY BE EXPECTED TO

09:51AM  12    WEAR A MASK?

09:51AM  13         THE COURT:  WELL, YOU'VE ALL REVEALED TO ME

09:51AM  14    PREVIOUSLY THAT BOTH OF YOUR TEAMS ARE FULLY VACCINATED SO I

09:51AM  15    APPRECIATE THAT.

09:51AM  16         MY SENSE IS THAT WHEN YOU'RE EXAMINING, I'M NOT GOING TO

09:51AM  17    REQUIRE YOU TO HAVE A MASK ON.  YOU'RE GOING TO BE SPEAKING

09:51AM  18    FROM LECTERNS AND YOU HAVE THE BENEFIT OF THE PLEXIGLASS THERE.

09:51AM  19    SO I'M NOT GOING TO REQUIRE YOU TO WEAR A MASK WHILE YOU'RE

09:51AM  20    EXAMINING A WITNESS IF THAT'S HELPFUL.

09:51AM  21         MR. LEACH:  THANK YOU, YOUR HONOR.

09:51AM  22         MR. DOWNEY:  THANK YOU.

09:52AM  23         THE COURT:  LET'S SEE.  WE HAVE SOME MOTIONS SET FOR

09:52AM  24    AUGUST 20TH, AND THEN WE HAVE ANOTHER MOTION FOR SET FOR

09:52AM  25    AUGUST 26TH, THAT'S THE DOW JONES MOTION CONTINUING.

09:52AM 1      I DID RECEIVE FRIDAY THE INFORMATION REGARDING THE

09:52AM 2  DOW JONES MOTION FROM THE PARTIES, AND SO THANK YOU FOR THAT.

09:52AM 3  I'VE SPENT SOME TIME OVER THE WEEKEND REVIEWING THOSE, AND

09:52AM 4  WE'LL TALK MORE ABOUT THOSE ON THE 26TH.

09:52AM 5      BUT THANK YOU FOR THOSE.  THAT WAS VERY HELPFUL.

09:52AM 6      AT OUR LAST SESSION -- I DO WANT TO TALK ABOUT VOIR DIRE

09:52AM 7  FOR JUST A MOMENT.  AND AS YOU KNOW, WE HAVE THE QUESTIONNAIRE.

09:52AM 8  YOU ALSO KNOW THAT THE COURT IS GOING TO DO ITS OWN VOIR DIRE

09:52AM 9  AND THAT TOUCHES ON SOME OF THE SAME TOPICS THAT ARE IN THE

09:52AM 10  QUESTIONNAIRE, AND I'LL HAVE SOME OTHER QUESTIONS.

09:52AM 11      MS. VOLKAR ASKED A QUESTION AT OUR LAST HEARING, I THINK

09:52AM 12  IT WAS, ABOUT HER CONCERN, THIS WAS REGARDING THE 12.2 ISSUE,

09:53AM 13  AND HER CONCERN ABOUT THE GOVERNMENT BEING ABLE TO FIND

09:53AM 14  INFORMATION FROM THE JURORS ABOUT CERTAIN TOPICS.

09:53AM 15      LET ME SAY -- AND I TOLD MS. VOLKAR THAT THE COURT INTENDS

09:53AM 16  TO ASK SOME QUESTIONS ABOUT THOSE AREAS, AND I JUST WANT TO

09:53AM 17  GIVE BOTH SIDES FAIR NOTICE.  I WILL DO THAT.  I WILL DO THAT.

09:53AM 18      AND I MIGHT ASK A QUESTION -- I HAVEN'T COMPLETED MY VOIR

09:53AM 19  DIRE YET, BUT I'M INCORPORATING SOME QUESTIONS THAT COVER THE

09:53AM 20  TOPIC OF RELATIONSHIPS AND KNOWLEDGE OF PEOPLE KNOW SOMEBODY

09:53AM 21  WHO HAS BEEN IN A RELATIONSHIP AND THOSE TYPE OF QUESTIONS.  SO

09:53AM 22  I DO INTEND TO ASK AND PROBE THE JURY, SOME OF THOSE QUESTIONS

09:53AM 23  IN A GENERAL FASHION AND WE'LL SEE WHERE IT GOES.

09:53AM 24      BUT I HAVE NOT FULLY, AS I'VE SAID, COMPLETED THOSE.

09:53AM 25      BUT TO MS. VOLKAR'S POINT, I WILL BE ASKING QUESTIONS, AND

09:53AM 1    THOSE WILL BE INCLUDED IN THE COURT'S VOIR DIRE.

09:53AM 2         OKAY.  LET'S TURN TO THE INSTRUCTIONS AND YOUR SUBMISSIONS

09:54AM 3    ON THAT.

09:54AM 4              MR. DOWNEY:  YOUR HONOR, I'M GOING TO YIELD THE

09:54AM 5    FLOOR TO MS. SAHARIA.

09:54AM 6              THE COURT:  OH, SURE.

09:54AM 7              MR. DOWNEY:  THANK YOU.

09:54AM 8              THE COURT:  MS. SAHARIA, NICE TO SEE YOU AGAIN.

09:54AM 9              MS. SAHARIA:  GOOD MORNING, YOUR HONOR.

09:54AM 10             THE COURT:  LET'S GO THROUGH -- I THINK IT'S

09:54AM 11   ITEM 10.  AND THESE ARE, EXCUSE ME, RELATED TO THE PRELIMINARY

09:54AM 12   JURY INSTRUCTIONS THAT THE COURT WILL READ TO THE JURY

09:54AM 13   PRELIMINARILY.  I'M LOOKING AT AND I'VE FASHIONED THESE WITH

09:54AM 14   AGAIN THE NINTH CIRCUIT MODEL INSTRUCTIONS.

09:54AM 15        THE FIRST ONE I SEE IS 1.1, AND THIS IS MS. HOLMES'S

09:55AM 16   NUMBER 1.

09:55AM 17        LET ME SAY, I'M REFERENCING DOCKET 809, WHICH IS

09:55AM 18   MS. HOLMES'S PROPOSED INSTRUCTIONS, THE GOVERNMENT'S 804

09:55AM 19   INSTRUCTIONS, THAT'S THE LATEST I THINK THAT I HAVE FROM YOU.

09:55AM 20             MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.

09:55AM 21             THE COURT:  MS. HOLMES WISHES TO ADD TO 1.1, THIS IS

09:55AM 22   THE DUTY OF THE JURY, AND THIS IS IN THE THIRD PARAGRAPH, I

09:55AM 23   BELIEVE, YOU WOULD LIKE TO ADD CELEBRITY POSITION INTO THAT

09:55AM 24   CATEGORY?

09:55AM 25             MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  THAT WAS

09:55AM 1    A SUGGESTION THAT COMES FROM THE THIRD CIRCUIT MODEL

09:55AM 2    INSTRUCTIONS WHEN THERE ARE CASES THAT PRESENT A RISK THAT

09:55AM 3    JURORS COULD BE INFLUENCED BY THINGS SUCH A CELEBRITY OR EITHER

09:55AM 4    WITNESSES OR A DEFENDANT'S PROFESSION OR POSITION IN THE

09:56AM 5    COMMUNITY THAT THERE BE SOME SORT OF CAUTION AGAINST THAT.

09:56AM 6         THE COURT:  I THINK WHAT YOU WOULD LIKE IT TO READ

09:56AM 7    IS AS FOLLOWS -- I'M LOOKING AT YOUR PAGE 2 -- "PERFORM THESE

09:56AM 8    DUTIES FAIRLY AND IMPARTIALLY.  YOU SHOULD NOT BE INFLUENCED BY

09:56AM 9    ANY PERSON'S RACE, COLOR, RELIGIOUS BELIEFS, NATIONAL ANCESTRY,

09:56AM 10   SEXUAL ORIENTATION, GENDER IDENTITY, GENDER," AND THEN THIS IS

09:56AM 11   YOUR LANGUAGE, "PROFESSION, OCCUPATION, CELEBRITY, ECONOMIC

09:56AM 12   CIRCUMSTANCES, OR POSITION IN LIFE OR IN THE COMMUNITY."

09:56AM 13        MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  AND I

09:56AM 14   WILL JUST NOTE THAT THERE WILL BE A NUMBER OF WITNESSES WHO

09:56AM 15   HAVE ATTAINED I THINK SIGNIFICANT SUCCESS IN THEIR PROFESSIONS

09:56AM 16   AND IN THEIR COMMUNITIES AND ARE INTERNATIONALLY KNOWN

09:56AM 17   POTENTIALLY DEPENDING ON WHO THE GOVERNMENT INTENDS TO CALL,

09:56AM 18   AND WE DO THINK THAT WOULD BE AN APPROPRIATE INSTRUCTION SO

09:56AM 19   THAT THE WITNESSES ARE NOT -- DO NOT GIVE PREFERENCE TO THOSE

09:57AM 20   WITNESSES -- EXCUSE ME, SO THE JURORS DO NOT GIVE PREFERENCE TO

09:57AM 21   THOSE WITNESSES OVER OTHERS AS JUST ONE EXAMPLE OF HOW THIS

09:57AM 22   INSTRUCTION COULD BE USEFUL.

09:57AM 23        THE COURT:  ALL RIGHT.  MR. LEACH.

09:57AM 24        MR. LEACH:  I JUST THINK IT'S UNNECESSARY,

09:57AM 25   YOUR HONOR.  I THINK ALL OF THIS IS CAPTURED BY ECONOMIC

09:57AM  1    CIRCUMSTANCES.  I THINK THIS INSTRUCTION IS DESIGNED TO

09:57AM  2    INSTRUCT YOU TO PUT CERTAIN PROHIBITED BIASES TO THE SIDE, AND

09:57AM  3    I THINK IT'S REPETITIVE AND ARGUMENTATIVE AND THE COURT SHOULD

09:57AM  4    GO WITH THE PATTERN MODEL NINTH CIRCUIT INSTRUCTION AS IT'S

09:57AM  5    PROVIDED.

09:57AM  6         THE COURT:  WELL, MS. SAHARIA, ECONOMIC AND

09:57AM  7    CIRCUMSTANCES ARE ALREADY IN THE MODEL INSTRUCTIONS.

09:57AM  8         MS. SAHARIA:  SURE.  I UNDERSTAND THOSE THINGS TO

09:57AM  9    REFER TO WEALTH OR POVERTY FOR THAT MATTER, WHICH IS DISTINCT

09:57AM  10   FROM POSITION IN THE COMMUNITY AND THE OTHER FACTORS THAT WE

09:57AM  11   IDENTIFIED, WHICH WAS NOT NECESSARILY TIED TO ONE'S ECONOMIC

09:57AM  12   CIRCUMSTANCES.

09:58AM  13       I DON'T VIEW THIS AS A TERRIBLE VERY IMPORTANT

09:58AM  14   INSTRUCTION, YOUR HONOR.  IF IT'S HELPFUL TO THE COURT, WE

09:58AM  15   INTENDED TO ADDRESS ONLY A FEW OF THE INSTRUCTIONS.  SO IF

09:58AM  16   YOUR HONOR WANTS TO WALK THROUGH THEM ONE BY ONE, I'M HAPPY TO

09:58AM  17   DO THAT, OTHERWISE I'M ALSO HAPPY TO FOCUS THE COURT ON THE

09:58AM  18   ONES THAT WE THINK ARE THE MOST IMPORTANT.

09:58AM  19         THE COURT:  OKAY.  THANK YOU.  I WILL READ THIS,

09:58AM  20   THAT IS, YOUR SUBMISSION, MS. SAHARIA.  I DO THINK IT'S A

09:58AM  21   LITTLE BIT BROADER, MORE SPECIFIC I SHOULD SAY, EXCUSE ME, THAN

09:58AM  22   NECESSARY.  I WILL READ THE PROFESSION.  I DON'T KNOW ABOUT

09:59AM  23   CELEBRITY?  WHY IS THAT --

09:59AM  24         MS. SAHARIA:  WELL, IT'S NO SURPRISE, YOUR HONOR,

09:59AM  25   THAT OUR CLIENT IS THE SUBJECT OF VERY INTENSE MEDIA SCRUTINY,

09:59AM 1    AND WE INCLUDED THAT LANGUAGE WHICH DOES, AGAIN, COME FROM THE

09:59AM 2    THIRD CIRCUIT MODEL INSTRUCTIONS FOR THAT REASON.

09:59AM 3              THE COURT:  ALL RIGHT.  THANK YOU.

09:59AM 4        I'LL GIVE THIS, MR. LEACH.  AGAIN, THIS IS A PRELIMINARY

09:59AM 5    INSTRUCTION.  THE JURORS WILL BE INFORMED THAT THEY WILL

09:59AM 6    RECEIVE THE FINAL INSTRUCTIONS AT THE END OF THE CASE.  THESE

09:59AM 7    ARE PRELIMINARY.  SO I'LL GIVE THAT LANGUAGE.

09:59AM 8        1.2 IS THE NEXT, AND THIS IS YOUR MODEL I THINK NUMBERS 2

09:59AM 9    AND 12, MS. SAHARIA.

09:59AM 10             MS. SAHARIA:  THAT'S CORRECT.

09:59AM 11             THE COURT:  AND THIS IS THE CHARGE AND PRESUMPTION

09:59AM 12   OF INNOCENCE.

09:59AM 13             MS. SAHARIA:  THAT'S CORRECT.  AND I GUESS ON THIS

09:59AM 14   ONE, I WOULD -- THERE'S ONE ISSUE THAT WE FEEL PARTICULARLY

09:59AM 15   STRONGLY ABOUT, WHICH IS THAT MODEL INSTRUCTION 1.2, AS I'M

10:00AM 16   SURE YOUR HONOR KNOWS, HAS ONE PARAGRAPH THAT DESCRIBES THE

10:00AM 17   FACT THAT THE INDICTMENT DOES NOT -- YOU KNOW, IS NOT ITSELF

10:00AM 18   EVIDENCE.  THE SECOND PARAGRAPH DESCRIBES BRIEFLY THE

10:00AM 19   PRESUMPTION OF INNOCENCE.

10:00AM 20       AND THEN THERE'S A THIRD BRACKETED PARAGRAPH THAT INFORMS

10:00AM 21   THE JURY THAT IN ORDER TO HELP THE JURY FOLLOW THE EVIDENCE,

10:00AM 22   THE COURT IS PROVIDING A BRIEF SUMMARY OF THE ELEMENTS OF THE

10:00AM 23   CRIME THAT THE GOVERNMENT MUST PROVE TO MAKE ITS CASE AND THEN

10:00AM 24   IT INSTRUCTS THE COURT TO SUPPLY A BRIEF SUMMARY OF ELEMENTS OF

10:00AM 25   THE CRIME.

```
10:00AM   1        WE THINK IT'S QUITE IMPORTANT FOR THE COURT TO DO THAT IN

10:00AM   2    THIS CASE.  WE INCLUDED SUCH A SUMMARY IN OUR PROPOSED

10:00AM   3    INSTRUCTION 12.  THE GOVERNMENT DID NOT INCLUDE A PROPOSED

10:00AM   4    SUMMARY OF THE ELEMENTS.

10:00AM   5        THIS IS GOING TO BE A VERY LONG TRIAL.  THE GOVERNMENT HAS

10:00AM   6    CHARGED TWO SEPARATE SCHEMES.  THE JURY IS GOING TO HEAR ABOUT

10:00AM   7    A LOT OF THINGS THAT ARE NOT DIRECTLY THE CHARGED CONDUCT, FOR

10:01AM   8    INSTANCE, YOU KNOW, REGULATORY AGENCIES AND WHATNOT.

10:01AM   9        AND WE THINK WITHOUT THIS KIND OF ROADMAP AT THE BEGINNING

10:01AM  10    OF THE CASE AS TO WHAT THE TWO CHARGED SCHEMES ARE AND WHAT THE

10:01AM  11    ELEMENTS ARE OF THOSE VARIOUS CHARGES, IT WILL BE VERY

10:01AM  12    DIFFICULT FOR THE JURY TO FOLLOW THE EVIDENCE AND KIND OF MAKE

10:01AM  13    SENSE OF IT OVER THE MANY MONTHS THAT WILL FOLLOW.

10:01AM  14        SO WE STRONGLY ENCOURAGE THE COURT TO GIVE OUR SUMMARY OF

10:01AM  15    THE PROPOSED -- OF THE ELEMENTS.  AND, AGAIN, THE GOVERNMENT

10:01AM  16    DID NOT PROVIDE THE COURT WITH THE PROPOSED SUMMARY.

10:01AM  17            THE COURT:  ALL RIGHT.  THANK YOU.  ARE YOU -- YOU

10:01AM  18    KNOW, THE MODEL INSTRUCTION, THE LANGUAGE IN THE FIRST SENTENCE

10:01AM  19    IN THE BRACKETED, IN ORDER TO HELP YOU FOLLOW THE EVIDENCE, I

10:01AM  20    WILL NOW GIVE YOU A BRIEF SUMMARY OF THE ELEMENTS OF THE

10:01AM  21    OFFENSE.

10:01AM  22        I HAVE TO CONFESS WHEN I LOOKED AT YOUR PROPOSAL, IT'S NOT

10:01AM  23    BRIEF.

10:01AM  24            MS. SAHARIA:  WELL, THAT'S --

10:02AM  25            THE COURT:  I'M SORRY.  IT SEEMS TO BE READING THE
```

10:02AM  1    FINAL JURY INSTRUCTION.

10:02AM  2            MS. SAHARIA:  I DON'T THINK THAT'S THE CASE,

10:02AM  3    YOUR HONOR, BUT I ADMIT THAT PART OF THAT IS BECAUSE WE FELT IT

10:02AM  4    HELPFUL TO DESCRIBE FOR THE JURY THE FACT THAT THERE ARE TWO

10:02AM  5    SEPARATE CHARGED SCHEMES IN THIS CASE.

10:02AM  6            SO IN THE SUMMARY THAT WE DRAFTED, THERE'S A LOT OF

10:02AM  7    REPETITION BECAUSE WE REPEATED THE SAME ELEMENTS, ONCE FOR THE

10:02AM  8    CHARGED SCHEME TO DEFRAUD INVESTORS AND ONCE FOR THE CHARGED

10:02AM  9    SCHEME TO PAY CUSTOMERS JUST TO MAKE CLEAR TO THE JURY THAT

10:02AM  10   THESE ARE TWO SEPARATE CHARGED SCHEMES.  I THINK THAT'S THE

10:02AM  11   REASON WHY THEY'RE SO LONG.

10:02AM  12           THERE MAY BE A WAY THAT WE COULD SUGGEST TO THE COURT

10:02AM  13   SIMPLY CONSOLIDATING THE TWO CHARGED SCHEMES INTO ONE TO MAKE

10:02AM  14   IT SHORTER.

10:02AM  15           ALSO THERE IS A SEPARATE CONSPIRACY COUNT IN ADDITION TO

10:02AM  16   THE WIRE FRAUD COUNTS, AND THOSE HAVE DIFFERENT ELEMENTS, SO

10:02AM  17   THAT IS THE REASON WHY IT'S NOT JUST ONE CHARGE.  THERE'S

10:02AM  18   ACTUALLY CONSPIRACY, WIRE FRAUD, AND THEN TWO TOTALLY DIFFERENT

10:03AM  19   SCHEMES CHARGED.

10:03AM  20           THE COURT:  ALL RIGHT.  THANK YOU.

10:03AM  21           AND LET ME TELL YOU IN MY VOIR DIRE, THAT IS THE COURT'S

10:03AM  22   VOIR DIRE, I DO TALK ABOUT THE PRESUMPTION OF INNOCENCE, AND I

10:03AM  23   TALK ABOUT THE INDICTMENT, AND I DO SAY IN MY VOIR DIRE THE

10:03AM  24   INDICTMENT IS THE DOCUMENT, IT'S NOT PROOF OF ANYTHING, AND TO

10:03AM  25   THIS CHARGE THE DEFENDANT HAS ENTERED PLEAS OF NOT GUILTY,

```
10:03AM   1    WHICH IS AN ABSOLUTE DENIAL OF THE CHARGE.

10:03AM   2             MS. SAHARIA:  WE APPRECIATE THAT, YOUR HONOR.

10:03AM   3             THE COURT:  THE PURPOSE OF THE TRIAL IS TO DETERMINE

10:03AM   4    WHETHER THE GOVERNMENT COULD MEET THEIR BURDEN.  I DO -- THAT'S

10:03AM   5    PART OF MY VOIR DIRE I JUST QUOTED TO YOU.

10:03AM   6        SO I THINK I COVERED THAT, AND I DO THAT INTENTIONALLY

10:03AM   7    RECOGNIZING THE IMPORTANCE OF THE PRESUMPTION OF INNOCENCE AND

10:03AM   8    THE ABILITY OF THE JURY TO CAPTURE THAT, THAT'S IMPORTANT, AS

10:03AM   9    WELL AS THE BURDEN THAT THE GOVERNMENT EMBRACES IS PROOF BEYOND

10:03AM  10    A REASONABLE DOUBT.  THEY UNDERSTAND THAT.

10:03AM  11        I DO THINK, WHEN I LOOKED AT THIS, IT IS A LITTLE LONG.

10:03AM  12    THERE ARE SOME THINGS THAT I DON'T THINK ARE CANDIDLY

10:04AM  13    APPROPRIATE FOR A PRELIMINARY INSTRUCTION, THE REPETITIVE "IF

10:04AM  14    THE GOVERNMENT FAILS TO MEET THAT BURDEN YOU MUST FIND NOT

10:04AM  15    GUILTY."

10:04AM  16             MS. SAHARIA:  SURE.

10:04AM  17             THE COURT:  I THINK THAT SOUNDS MORE LIKE A FINAL

10:04AM  18    INSTRUCTION AS OPPOSED TO A PRELIMINARY.

10:04AM  19        THAT CONCEPT OF PROOF BEYOND A REASONABLE DOUBT, THAT'S

10:04AM  20    ALL CAPTURED IN OTHER COMMENTS.

10:04AM  21        MR. LEACH, DO YOU WANT TO SAY ANYTHING HERE?

10:04AM  22             MR. LEACH:  WITH RESPECT TO THE DEFENDANT'S PROPOSED

10:04AM  23    INSTRUCTION NUMBER 2, THE PRESUMPTION OF INNOCENCE, IT'S

10:04AM  24    DIFFICULT FOR ME TO IMAGINE A MORE ARGUMENTATIVE INSTRUCTION.

10:04AM  25        THE PRESUMPTION OF INNOCENCE APPLIES IN EVERY CRIMINAL
```

10:04AM 1    CASE.  THIS IS A MODEL INSTRUCTION GIVEN IN EVERY CRIMINAL

10:04AM 2    CASE.  WE HAVE A PERFECTLY GOOD MODEL IN 1.2.  I SEE ABSOLUTELY

10:04AM 3    NO REASON TO GO ON AND ON ABOUT WHAT THAT MEANS IN THE WAY THAT

10:04AM 4    THE DEFENSE IS SUGGESTING.

10:04AM 5        WITH RESPECT TO LISTING THE ELEMENTS OF THE CHARGE,

10:04AM 6    YOUR HONOR, I THINK THE EMPHASIS THERE IS ON BRIEF.  THIS IS

10:04AM 7    NOT THE FINAL INSTRUCTION THAT THE COURT IS GOING TO GIVE ON

10:05AM 8    CONSPIRACY AND WIRE FRAUD.  IT'S NOT HARD TO SAY VERY PITHILY

10:05AM 9    AS WE DO IN THE JURY QUESTIONNAIRE, WHICH I THINK IS A GOOD

10:05AM 10   MODEL FOR THE COURT TO USE HERE, WHICH IS THAT SHE'S CHARGED IN

10:05AM 11   TWO DIFFERENT CONSPIRACIES, ONE TO DEFRAUD THERANOS INVESTORS,

10:05AM 12   AND ONE TO DEFRAUD THERANOS PATIENTS.  THE INDICTMENT USES THE

10:05AM 13   WORD "PATIENTS," NOT CUSTOMERS, AND SHE'S CHARGED WITH VARIOUS

10:05AM 14   COUNTS OF WIRE FRAUD.  I DON'T THINK IT NEEDS TO BE MORE

10:05AM 15   COMPLICATED THAN THAT FOR THE JURY TO UNDERSTAND WHAT SHE'S

10:05AM 16   CHARGED WITH.

10:05AM 17       AND WE HAVE AN INSTRUCTION THAT GOES ON AT PAGES -- ABOUT

10:05AM 18   THE ELEMENTS IN THE PRELIMINARY INSTRUCTIONS.  AS THE DEFENDANT

10:05AM 19   SUGGESTS, I THINK WE'RE REALLY RUNNING INTO CONFUSION OF THE

10:05AM 20   JURY, UNNECESSARILY BURDENING THEM WITH MORE INFORMATION THAN

10:05AM 21   THEY NEED AT THE OUTSET, AND I THINK THE EMPHASIS IS ON BRIEF.

10:05AM 22   AND I THINK THE NEUTRAL STATEMENT THAT WE HAVE IN THE JUROR

10:05AM 23   QUESTIONNAIRES IS A GOOD GUIDE THERE.

10:05AM 24        THE COURT:  WELL, THANK YOU.

10:06AM 25       I DO THINK THAT THE JURY -- THESE JURORS, MANY OF THEM

10:06AM  1    WILL MOST LIKELY NOT HAVE PRIOR JURY SERVICE, AND CERTAINLY

10:06AM  2    THAT MEANS THAT THEY HAVE NOT SAT ON A WIRE FRAUD CASE, A

10:06AM  3    CONSPIRACY CASE BEFORE, AND THEY PROBABLY HAVE WATCHED CRIME

10:06AM  4    SHOWS OR MOVIES AND THEIR KNOWLEDGE OF THE CRIMINAL JUSTICE

10:06AM  5    SYSTEM MIGHT BE FORMED BY THAT OR THINGS THAT THEY'VE READ.

10:06AM  6         SO I DO THINK IT'S IMPORTANT TO GIVE AN INSTRUCTION AS TO

10:06AM  7    WHAT THE GOVERNMENT HAS TO PROVE AND SO THEY CAN LISTEN AND SEE

10:06AM  8    AND LISTEN TO THE EVIDENCE BETTER, WHAT IS WIRE FRAUD?  WHAT IS

10:06AM  9    THAT?

10:06AM  10        SO SOME BRIEF DEFINITION OF THOSE CONCEPTS IS APPROPRIATE,

10:06AM  11   BUT NOT A FINAL INSTRUCTION.  SO IF YOU WANT TO COME UP WITH

10:06AM  12   SOMETHING ON YOUR OWN AND SUBMIT IT TO ME NEXT WEEK OR

10:06AM  13   SOMETHING, I'M HAPPY TO RECEIVE THAT AND LOOK AT IT.

10:06AM  14        BUT, MS. SAHARIA, I APPRECIATE YOUR INVITATION.  I'M NOT

10:06AM  15   GOING TO GIVE THE ENTIRETY OF WHAT YOU'VE SUBMITTED.

10:06AM  16             MS. SAHARIA:  UNDERSTOOD, YOUR HONOR.

10:06AM  17             THE COURT:  I WILL PROVIDE IN THE BRACKETED

10:07AM  18   INFORMATION, I DO INTEND TO SUPPLY AS THE MODEL INSTRUCTION

10:07AM  19   SUGGESTS, SUPPLY A BRIEF STATEMENT OF THE ELEMENTS OF THE

10:07AM  20   OFFENSES, AND I'D LIKE TO DO THAT.  IF YOU'D LIKE TO OFFER YOUR

10:07AM  21   ASSISTANCE TO ME, I WOULD WELCOME RECEIVING THAT.

10:07AM  22             MR. LEACH:  WE'LL MEET AND CONFER.

10:07AM  23             MS. SAHARIA:  WE'LL MEET AND CONFER.

10:07AM  24             THE COURT:  OKAY.  THANK YOU.

10:07AM  25             NEXT IS THE 1.5.  5 IS MS. HOLMES'S SUGGESTION, AND THIS

10:07AM  1    IS DIRECT AND CIRCUMSTANTIAL EVIDENCE.

10:07AM  2         I THINK IF I LOOKED AT THIS, MS. SAHARIA, THE SUGGESTION

10:07AM  3    IS TO USE THE WATER HOSE EXAMPLE.

10:07AM  4              MS. SAHARIA:  YES.  I THINK YOU'VE USED THAT BEFORE,

10:07AM  5    AND IT COMES FROM THE COMMENTARY TO THE MODEL RULE.

10:07AM  6              THE COURT:  YES.

10:07AM  7              MS. SAHARIA:  WE THINK IT'S A HELPFUL EXAMPLE.

10:07AM  8              THE COURT:  ANY OBJECTION TO USING THE WATER HOSE

10:07AM  9    EXAMPLE?  I THINK THE SUGGESTION INCLUDES EXPERIENCE, AND IT

10:07AM 10    DOESN'T REFERENCE A NEIGHBOR AS THE SOURCE OF THE WATER.

10:08AM 11              MS. SAHARIA:  I'M HAPPY TO ADD THE WORD "NEIGHBOR,"

10:08AM 12    YOUR HONOR.

10:08AM 13              MR. LEACH:  YOUR HONOR, AS I WAS GOING THROUGH THIS

10:08AM 14    I NOTICED THE WORDING HAS CHANGED SLIGHTLY FROM WHAT THE NINTH

10:08AM 15    CIRCUIT HAS SUGGESTED.  I THINK THE COURT SHOULD STICK TO WHAT

10:08AM 16    IS IN THE COMMENTARY.

10:08AM 17         I DON'T THINK IT'S NECESSARY, BUT I ALSO DON'T OBJECT.

10:08AM 18    AND IF IT'S AN EXAMPLE THAT THE COURT HAS USED IN THE PAST AND

10:08AM 19    FOUND HELPFUL, IT'S CERTAINLY AN ACCURATE STATEMENT.

10:08AM 20              THE COURT:  WELL, I'LL GIVE THE EXAMPLE.  IT DOES

10:08AM 21    TALK ABOUT RAIN, AND I'M SURE THE JURORS ARE GOING TO WONDER

10:08AM 22    WHAT THAT IS.  WE HAVEN'T HAD IT IN SO LONG.

10:08AM 23         ALL RIGHT.  I'LL GIVE THAT.  THANK YOU.

10:08AM 24         1.6 AND MS. HOLMES'S NUMBER 6 IS RULING ON OBJECTIONS.

10:08AM 25    AND IT APPEARS MS. HOLMES WISHES TO ADD TO THE MODEL, "IT IS

10:08AM 1    THE DUTY OF THE ATTORNEY FOR EACH SIDE OF THE CASE TO OBJECT,"

10:09AM 2    INSTEAD OF THE MODEL LANGUAGE WHICH IS THAT "A LAWYER MAY

10:09AM 3    OBJECT."

10:09AM 4         MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  WE THINK

10:09AM 5    IT'S IMPORTANT FOR THE JURY TO UNDERSTAND THAT THERE MAY BE

10:09AM 6    CIRCUMSTANCES IN WHICH THE LAWYER, ESPECIALLY ON THE DEFENSE

10:09AM 7    SIDE, HAS AN ETHICAL OBLIGATION TO OUR CLIENT TO OBJECT, AND WE

10:09AM 8    THINK THE MAIN LANGUAGE COULD LEAD TO A SITUATION WHERE THE

10:09AM 9    JURY UNFAIRLY MAY DRAW PREJUDICE FROM THE FACT THAT DEFENSE

10:09AM 10   COUNSEL, FOR INSTANCE, ARE OBJECTING.

10:09AM 11       SO THIS IS, I THINK, A COROLLARY TO A SEPARATE INSTRUCTION

10:09AM 12   THAT WE PROPOSED, WHICH IS INSTRUCTION NUMBER 7, WHERE WE

10:09AM 13   SUGGEST INFORMING THE JURY THAT THEY SHOULD NOT BE PREJUDICED

10:09AM 14   AGAINST A PARTY OR THEIR LAWYER FROM THE FACT THAT THE

10:09AM 15   ATTORNEYS ARE OBJECTING OR HAVE OBJECTED.  SO THE TWO KIND OF

10:09AM 16   GO HAND IN HAND.

10:09AM 17       THE COURT:  ALL RIGHT.  THANK YOU.

10:10AM 18     MR. LEACH.

10:10AM 19       MR. LEACH:  WE OBJECT, YOUR HONOR.  I THINK THE

10:10AM 20   DEFENSE PROPOSAL IN 1.6 ACTUALLY CHANGES THE MEANING OF THE

10:10AM 21   MODEL INSTRUCTION.  THE MODEL INSTRUCTION SAYS THAT LAWYER MAY

10:10AM 22   OBJECT, NOT MUST OBJECT.

10:10AM 23       OBVIOUSLY LAWYERS HAVE ETHICAL DUTIES TO THEIR CLIENTS,

10:10AM 24   BUT IT DOESN'T REQUIRE THEM TO RAISE EVERY CONCEIVABLE

10:10AM 25   OBJECTION IN EVERY MOMENT.  I THINK THIS IS ARGUMENTATIVE.  SO

10:10AM 1    WE OBJECT TO THE CHANGING OF THE MODEL INSTRUCTION IN NUMBER 6.

10:10AM 2        I THINK THEY HAVEN'T CITED A SINGLE CASE WHERE THIS HAS

10:10AM 3    BEEN DONE IN THE NINTH CIRCUIT OR IN THIS COURT, AND I DON'T

10:10AM 4    SEE ANY PARTICULAR REASON WHY IN THIS CASE THE COURT SHOULD

10:10AM 5    DEVIATE FROM THE MODEL INSTRUCTION.

10:10AM 6        AND WE OBJECT TO PROPOSED JURY INSTRUCTION NUMBER 7,

10:10AM 7    CONDUCT OF COUNSEL.  AGAIN, THERE'S NO INSTANCE THAT I CAN SEE

10:10AM 8    WHERE THE COURT HAS GIVEN THIS INSTRUCTION IN THE PAST.

10:10AM 9    LAWYERS MAKE JUDGMENTS ALL OF THE TIME ABOUT WHETHER OR NOT TO

10:10AM 10   ASSERT A PARTICULAR OBJECTION AT A PARTICULAR MOMENT, AND I

10:11AM 11   THINK GIVING THIS COULD ACTUALLY GIVE A MISCONCEPTION TO THE

10:11AM 12   JURY.  SO WE URGE THE COURT NOT TO CHANGE THE MODEL AND NOT TO

10:11AM 13   GIVE INSTRUCTION NUMBER 7.

10:11AM 14       THE COURT:  WELL, MS. SAHARIA, WHEN I LOOKED AT THIS

10:11AM 15   I THOUGHT INFORMING THE JURY THAT THE ATTORNEYS HAVE DUTIES

10:11AM 16   MIGHT CALL FOR THE JURY TO SOMEHOW SPECULATE ON THAT, ON AN

10:11AM 17   ISSUE THAT THEY SHOULDN'T EITHER IN DELIBERATIONS OR DURING THE

10:11AM 18   TRIAL, WHY DIDN'T THEY OBJECT?  OH, THEY HAVE A DUTY.  OH, THAT

10:11AM 19   MEANS IT'S OKAY.  YOU SEE WHAT I'M SAYING?  I'M GOING IN A

10:11AM 20   DIRECTION LIKE THAT.  I DON'T THINK THE JURY SHOULD BE TASKED

10:11AM 21   WITH DETERMINING DUTIES OF LAWYERS.

10:11AM 22       I DO THINK THAT THE LANGUAGE OF "MAY OBJECT" ALLOWS THE

10:11AM 23   JURY TO BE INFORMED THAT THAT CAN HAPPEN.

10:12AM 24       I TAKE YOUR POINT THAT WHAT YOU'RE TELLING ME AND

10:12AM 25   SIGNALLING ALL OF US IS THAT THIS CASE IS GOING TO BE HARD

```
10:12AM   1    FOUGHT, IT ALREADY HAS BEEN IN OUR PRETRIAL LITIGATION, AND IT
10:12AM   2    WILL CONTINUE THROUGH THE TRIAL.  BOTH OF YOU ARE REPRESENTING
10:12AM   3    YOUR RESPECTIVE SIDES ZEALOUSLY WITH THE HIGHEST DEGREE OF
10:12AM   4    ETHICS AND INTEGRITY, AND THAT WILL CONTINUE THROUGH THE TRIAL
10:12AM   5    I AM CERTAIN OF IT.
10:12AM   6        BUT I THINK THE SUGGESTION TO THE JURY, YOUR CERTAIN MIGHT
10:12AM   7    BE I'M NOT ASKING YOU A QUESTION, YOUR CERTAIN MIGHT BE IS,
10:12AM   8    JUDGE, WE'RE GOING TO BE OBJECTING TO JUST ABOUT EVERYTHING
10:12AM   9    THAT THE GOVERNMENT PUTS UP, AND WE DON'T WANT THE JURY TO FEEL
10:12AM  10    LIKE WHY ARE THEY DOING THAT?  WHY DO THEY OBJECT?  AND YOU
10:12AM  11    WOULD LIKE SOME COVER FOR THAT, LET ME JUST PUT IT THAT WAY.
10:12AM  12    THAT'S WHAT THIS SPEAKS TO.
10:12AM  13        I THINK THE MODEL INSTRUCTION TALKS ABOUT "MAY."  I'M
10:12AM  14    MAKING A NOTE TO MYSELF THAT I MAY, IN MY VOIR DIRE, I MAY
10:12AM  15    COVER A LITTLE BIT ABOUT THIS, AND I MAY SPEAK TO THE FACT THAT
10:12AM  16    THE ADVERSARIAL PROCESS IS SUCH THAT THE PARTIES WILL OBJECT,
10:13AM  17    AND THEY HAVE A RIGHT TO DO SO, AND THAT'S SOMETHING THAT
10:13AM  18    HAPPENS.
10:13AM  19        THIS WILL ALSO COME UP DURING OUR INSTRUCTION ABOUT BENCH
10:13AM  20    CONFERENCES AND SIDE-BARS THAT WE'LL TALK ABOUT IN A MOMENT,
10:13AM  21    AND MY SENSE IS IN MY VOIR DIRE I'LL INCORPORATE SOME OF THIS
10:13AM  22    TO THE JURY JUST TO INFORM THEM THIS IS HOW TRIALS PROCEED AND
10:13AM  23    THERE MAY BE OBJECTIONS, AND I EXPECT THAT THIS IS GOING TO BE
10:13AM  24    VIGOROUSLY LITIGATED ON BOTH SIDES.  I THINK THAT COVERS IT.
10:13AM  25    I'LL DO THAT IN MY COMMENTS.
```

10:13AM 1      BUT I DON'T THINK I NEED TO ADD THE LANGUAGE "DUTY OF THE

10:13AM 2  ATTORNEYS," SO I'M GOING TO DECLINE YOUR INVITATION TO DO SO.

10:13AM 3      MS. SAHARIA:  I UNDERSTAND, YOUR HONOR.  I HOPE WE

10:13AM 4  ARE ABLE TO RESOLVE MOST OF THE ISSUES OUTSIDE OF THE PRESENCE

10:13AM 5  OF THE JURY, WHICH YOU WERE DISCUSSING WITH MR. DOWNEY EARLIER,

10:13AM 6  SO I DON'T THINK IT WILL BE THE CASE THAT WE WILL BE OBJECTING

10:13AM 7  TO EVERYTHING THE GOVERNMENT DOES, BUT IT WILL BE A HARD FOUGHT

10:13AM 8  TRIAL OF COURSE.

10:13AM 9      THE COURT:  I UNDERSTAND.

10:14AM 10      1.7 IS THE CREDIBILITY MUCH WITNESSES.  AND YOUR

10:14AM 11  SUGGESTION, MS. HOLMES'S SUGGESTION IS 9 I THINK.  AND THIS

10:14AM 12  ALSO ADDS THE LANGUAGE OF PROFESSION, OCCUPATION, CELEBRITY,

10:14AM 13  ECONOMIC CIRCUMSTANCES AS IN 1.1.

10:14AM 14      MR. LEACH, YOU HAVE THE SAME OBJECTIONS, I TAKE IT?

10:14AM 15      MR. LEACH:  I DO, YOUR HONOR.  I ACTUALLY THINK IT'S

10:14AM 16  A MISSTATEMENT TO SAY THAT THE JURY CAN'T CONSIDER AS

10:14AM 17  CREDIBILITY SOMEBODY'S PROFESSION.  CERTAINLY IT'S A FACT THAT

10:14AM 18  A JURY CAN RELY ON.

10:14AM 19      I REALLY THINK THIS LANGUAGE IS GOING TO PROHIBITIVE BASIS

10:14AM 20  FOR MAKING A CREDIBILITY DETERMINATION AND THROWING IN THINGS

10:14AM 21  LIKE PROFESSION AND CELEBRITY I REALLY THINK JUST CONFUSES THE

10:14AM 22  MATTER, AND IT'S JUST UNNECESSARY AND ARGUABLY WRONG.

10:15AM 23      MS. SAHARIA:  WELL, I DON'T THINK WE'RE TELLING THE

10:15AM 24  JURY YOU CANNOT CONSIDER IT.

10:15AM 25      IT'S TELLING THE JURY NOT TO AVOID BIAS, AND THAT'S A

10:15AM  1    DIFFERENT THING.  BUT I'M CONTENT TO REST ON WHAT I'VE ALREADY

10:15AM  2    SAID BEFORE WITH RESPECT TO THIS INSTRUCTION.

10:15AM  3             THE COURT:  I THINK I'LL LEAVE IT IN 1.1, BUT I

10:15AM  4    DON'T THINK IT'S NECESSARY HERE UNDER CREDIBILITY, MS. SAHARIA.

10:15AM  5             MS. SAHARIA:  UNDERSTOOD, YOUR HONOR.

10:15AM  6             THE COURT:  AND THEN 1.8 AND SUGGESTED 15 IS TO -- I

10:15AM  7    THINK IT'S TO ADD REDDIT I THINK.

10:15AM  8             MS. SAHARIA:  I THINK THAT IS ONE OF THE

10:15AM  9    SUGGESTIONS, YOUR HONOR, JUST TO ENCOMPASS WHAT WE KNOW OR ARE

10:15AM  10   VERY COMMONLY VIEWED SOCIAL MEDIA CITES.  THERE ARE A FEW OTHER

10:15AM  11   SUGGESTIONS WITH RESPECT TO 1.8.

10:15AM  12       ONE IS TO INCLUDE THE BRACKETED LANGUAGE FROM THE MODEL

10:15AM  13   INSTRUCTION THAT INFORMS THE JURY OF THE RISK THAT IF THEY ARE

10:15AM  14   EXPOSED TO MEDIA, THERE'S A RISK OF A MISTRIAL, WHICH COULD

10:15AM  15   CAUSE THE TRIAL TO HAVE TO HAPPEN AGAIN.

10:16AM  16       WE THINK THAT'S AN IMPORTANT CAUTION IN THIS CASE GIVEN

10:16AM  17   WHAT WE KNOW WILL BE THE VOLUME OF MEDIA.

10:16AM  18       I THINK JURORS WILL HAVE TO TAKE PROACTIVE STEPS

10:16AM  19   POTENTIALLY TO AVOID BEING EXPOSED TO MEDIA IN THIS CASE GIVEN

10:16AM  20   THE UBIQUITY OF COVERAGE THAT IS LIKELY, AND WE THINK VERY

10:16AM  21   STRONG CAUTIONARY INSTRUCTIONS WITH RESPECT TO MEDIA ARE

10:16AM  22   CRITICAL.

10:16AM  23       WE HAVE ALSO SUGGESTED ADDING A FEW PARAGRAPHS TO THIS

10:16AM  24   INSTRUCTION THAT ARE LARGELY BASED ON THE MODEL INSTRUCTION

10:16AM  25   THAT COMES FROM THE O'MALLEY TREATISE.  I'M SURE YOUR HONOR IS

10:16AM 1    AWARE OF THE O'MALLEY TREATISE WHICH IS A COMPENDIUM OF

10:16AM 2    COMMONLY USED FEDERAL JURY INSTRUCTIONS.  THAT TREATISE HAS AN

10:16AM 3    INSTRUCTION FOR CASES WHERE THERE HAS BEEN SUBSTANTIAL OR

10:16AM 4    PRETRIAL PUBLICITY.  THE NINTH CIRCUIT MODEL INSTRUCTIONS CAN

10:16AM 5    APPLY UNIVERSALLY IN CASES WHERE THERE EITHER HAS BEEN MEDIA

10:16AM 6    ATTENTION OR HASN'T BEEN, AND WE THINK A STRONGER WARNING IN

10:17AM 7    CASES WHERE THERE HAS BEEN THE AMOUNT OF MEDIA ATTENTION AS

10:17AM 8    THIS ONE IS APPROPRIATE.

10:17AM 9        SO WE'VE SUGGESTED TWO PARAGRAPHS THAT COME -- THAT

10:17AM 10   LARGELY COME FROM THAT INSTRUCTION, BUT I WOULD URGE THE COURT

10:17AM 11   IN PARTICULAR TO ADD THAT BRACKETED LANGUAGE THAT COMES FROM

10:17AM 12   THE MODEL INSTRUCTIONS.

10:17AM 13           THE COURT:  THE FINAL BRACKETED INSTRUCTION

10:17AM 14   INFORMING THE JURY ABOUT JEOPARDIZING THE FAIRNESS OF A TRIAL

10:17AM 15   AND A MISTRIAL?

10:17AM 16           MS. SAHARIA:  YES, YOUR HONOR.

10:17AM 17           THE COURT:  AND LET ME SAY I TYPICALLY DO.  THAT'S A

10:17AM 18   STANDARD PRACTICE OF MINE TO READ THAT.

10:17AM 19           MS. SAHARIA:  GREAT.

10:17AM 20           THE COURT:  AND I DON'T THINK I'LL DEPART FROM THAT

10:17AM 21   IN THIS CASE.

10:17AM 22      MR. LEACH?

10:17AM 23           MR. LEACH:  NO PROBLEM WITH THE PROVISION THAT THE

10:17AM 24   COURT JUST TALKED ABOUT.

10:17AM 25      I THINK ADDING REDDIT IS UNNECESSARY BUT NOT

10:17AM 1    OBJECTIONABLE.  I THINK IT'S ALREADY QUITE SPECIFIC WHAT THE

10:17AM 2    JURY SHOULD NOT BE DOING.

10:17AM 3         WE DO OBJECT TO THE TWO ITALICIZED PARAGRAPHS ON PAGE 21

10:17AM 4    AT 809.  I THINK THE ADMONITION THAT THE JURY SHOULD NOT BE

10:18AM 5    CONSUMING NEWS ARTICLES ABOUT THE CASE IS GOING TO BE MADE TO

10:18AM 6    THEM IN THE JURY QUESTIONNAIRE.  IT'S ADEQUATELY MADE BY THE

10:18AM 7    MODEL INSTRUCTION, AND I THINK THE PROPOSALS ARE ARGUMENTATIVE

10:18AM 8    AND GO BEYOND EVEN THE O'MALLEY TREATISE, WHICH, AGAIN, HASN'T

10:18AM 9    BEEN USED IN THE NINTH CIRCUIT TO MY KNOWLEDGE AND HASN'T BEEN

10:18AM 10   USED IN THIS COURT.

10:18AM 11        IT SAYS, "STATEMENTS IN THE MEDIA ARE NOT RELIABLE SOURCES

10:18AM 12   OF INFORMATION BECAUSE THEY DO NOT REFLECT THE HALLMARKS OF OUR

10:18AM 13   ADVERSARIAL SYSTEM OF JUSTICE."

10:18AM 14        THAT'S NOT NECESSARILY CORRECT.  CERTAINLY IT'S NOT THE

10:18AM 15   SAME THING AS COURTROOM TESTIMONY, BUT I THINK THAT GOES

10:18AM 16   OVERBOARD IN SAYING YOU COULD NEVER IN ALL CIRCUMSTANCES RELY

10:18AM 17   ON THE STATEMENT IN THE MEDIA.

10:18AM 18        I THINK THEY SHOULD BE TOLD DON'T CONSUME THE MEDIA, THE

10:18AM 19   COURT SHOULD USE THE MODEL INSTRUCTION.  THESE TWO PARAGRAPHS

10:18AM 20   ARE ARGUMENTATIVE AND IN SOME CASES IF TAKEN OUT OF CONTEXT

10:18AM 21   INACCURATE.

10:19AM 22        IF THE COURT IS INCLINED TO GIVE A GREATER ADMONITION, I

10:19AM 23   THINK THE JUROR QUESTIONNAIRE THAT WE'VE SETTLED ON USES

10:19AM 24   LANGUAGE AND AN ADMONITION THAT, FRANKLY, SHOULD BE MADE

10:19AM 25   THROUGHOUT THE TRIAL AND IS MUCH MORE APPROPRIATE THAN WHAT IS

10:19AM  1    HERE IN THE DEFENSE PROPOSAL.

10:19AM  2             THE COURT:  THANK YOU.  THERE WAS ONE OTHER

10:19AM  3    ADDITION.

10:19AM  4       TO GO BACK, I THINK MS. SAHARIA ADDS THE LANGUAGE THROUGH

10:19AM  5    GOOGLE OR OTHERWISE.  YOU HAD THE SAME OPINION AS TO REDDIT ON

10:19AM  6    THAT.

10:19AM  7             MR. LEACH:  YES.  CERTAINLY NOT OBJECTIONABLE, BUT

10:19AM  8    IT'S ADDING MORE WORDS TO AN ALREADY LONG INSTRUCTION.

10:19AM  9             THE COURT:  RIGHT.  OKAY.

10:19AM  10      MS. SAHARIA, I CAPTURE THE CONCERN THAT YOU HAVE ABOUT

10:19AM  11   MEDIA AND THE JURORS PERHAPS BEING INFLUENCED BY MEDIA AND THE

10:19AM  12   DESIRE TO AVOID THAT.

10:19AM  13      THE QUESTIONNAIRE IS VERY THOROUGH.  IT DOES TOUCH ON

10:19AM  14   THAT.  IT HAS SPECIFIC QUESTIONS TO MEDIA.  SO I THINK THEY

10:19AM  15   WILL BE INFORMED, AND YOU WILL BE ABLE TO VOIR DIRE ON THAT.

10:20AM  16      THE QUESTION ABOUT THE TRIAL PROCESS, THE MODEL

10:20AM  17   INSTRUCTION SPEAKS TO THAT IN THE SECOND TO THE LAST PARAGRAPH.

10:20AM  18   IT TALKS ABOUT INFORMATION THAT IS MISLEADING INFORMATION THAT

10:20AM  19   HAS NOT BEEN TESTED BY THE TRIAL PROCESS.  AND I THINK THAT

10:20AM  20   SPEAKS TO --

10:20AM  21             MS. SAHARIA:  IT DOES, YOUR HONOR.

10:20AM  22             THE COURT:  -- WHAT YOUR CONCERNS ARE.  AND I READ

10:20AM  23   THAT WITH EMPHASIS WHEN I READ THESE INSTRUCTIONS, THE MODEL

10:20AM  24   INSTRUCTION TO THE JURY.

10:20AM  25      I THINK THE MODEL INSTRUCTION CAPTURES YOUR CONCERNS.  SO

10:20AM  1    I'M GOING TO RESPECTFULLY DECLINE YOUR INVITATION TO ADD THOSE

10:20AM  2    TWO PARAGRAPHS.  AGAIN, THIS IS SOMETHING THAT MAY COME UP

10:20AM  3    DURING THE COURT'S VOIR DIRE, AND I APPRECIATE YOU RAISING IT

10:20AM  4    AT THIS POINT.

10:20AM  5              MS. SAHARIA:  MAY I ASK ONE QUESTION, YOUR HONOR,

10:20AM  6    ABOUT YOUR EARLIER COMMENTS WITH RESPECT TO THE CAUTIONARY BIN

10:20AM  7    TRIAL INSTRUCTION WHICH IS 2.1.

10:20AM  8              THE COURT:  YES.

10:20AM  9              MS. SAHARIA:  THAT INSTRUCTION I KNOW HAS TWO

10:20AM  10   ALTERNATIVES, AND I WAS CURIOUS WHICH OF THE TWO ALTERNATIVES

10:20AM  11   THE COURT HAD SETTLED ON.

10:21AM  12        WE HAVE PROPOSED THAT THE COURT INDIVIDUALLY ASK THE

10:21AM  13   WITNESSES WHETHER THEY HAVE BEEN EXPOSED TO ANY MEDIA, THAT IS

10:21AM  14   AN ALTERNATIVE TWO.

10:21AM  15        I WILL ALSO NOTE THAT I THINK SOMETIMES COURTS WILL, IN

10:21AM  16   ADDITION TO WHAT IS IN THE CAUTIONARY INSTRUCTION, I DON'T KNOW

10:21AM  17   IN THIS CIRCUIT BUT I KNOW IN GENERAL COURTS OFTEN TELL JURORS

10:21AM  18   NOT ONLY TO TELL THE COURT IF THEY'VE BEEN EXPOSED TO MEDIA BUT

10:21AM  19   TO TELL THE COURT WHETHER ANY OF THEIR FELLOW JURORS HAVE BEEN

10:21AM  20   EXPOSED TO MEDIA, AND I WOULD JUST NOTE THAT THAT WOULD BE

10:21AM  21   SOMETHING ELSE THAT WE WOULD SUGGEST.

10:21AM  22              THE COURT:  SO YOU WOULD LIKE THE COURT TO EXERCISE

10:21AM  23   THE OPTION OF INDIVIDUALLY ASKING EVERY JUROR THAT QUESTION?

10:21AM  24              MS. SAHARIA:  YES, YOUR HONOR.

10:21AM  25              THE COURT:  AND THAT WOULD BE BEFORE THE PROCEEDINGS

10:21AM  1    BEGIN?

10:21AM  2              MS. SAHARIA:  YES, AND PRESUMABLY IT WOULD BE VERY

10:21AM  3    SHORT BECAUSE HOPEFULLY THEY WILL ALL ANSWER NO.

10:21AM  4              THE COURT:  AS OPPOSED TO A COLLECTIVE PLEASE RAISE

10:21AM  5    YOUR HAND IF YOU HAVE.

10:22AM  6              MS. SAHARIA:  YES, YOUR HONOR.  THAT'S CONTEMPLATED

10:22AM  7    AS ONE OF THE TWO ALTERNATIVES BY THE NINTH CIRCUIT

10:22AM  8    INSTRUCTIONS.

10:22AM  9              THE COURT:  YES.

10:22AM  10             MR. LEACH:  I URGE THE COURT TO DO IT COLLECTIVELY.

10:22AM  11   I DON'T THINK IT'S NECESSARY TO PUT INDIVIDUAL JURORS ON THE

10:22AM  12   SPOT THAT EARLY IN THE TRIAL.  THE COLLECTIVE PLEASE RAISE YOUR

10:22AM  13   HAND IS A PERFECTLY GOOD WAY TO DO IT, AND THE GOVERNMENT URGES

10:22AM  14   THE COURT TO --

10:22AM  15             THE COURT:  WELL, THERE'S ANOTHER WAY TO DO IT, I

10:22AM  16   SUPPOSE, THAT CAPTURES BOTH VERSIONS WHICH IS AS WE DO WHEN WE

10:22AM  17   POLL JURORS AT THE END OF A TRIAL FOR A VERDICT THE QUESTION IS

10:22AM  18   ASKED HAVE YOU, JUROR NUMBER 1; HAVE YOU, JUROR NUMBER 2; HAVE

10:22AM  19   YOU, JUROR NUMBER 3, AS OPPOSED TO ASKING EACH INDIVIDUAL JUROR

10:22AM  20   THAT SAME QUESTION AGAIN, AND THAT MIGHT BE WHAT I'LL USE.

10:22AM  21         IF I USE ANYTHING ABOUT THE INDIVIDUAL, IT WOULD PROBABLY

10:22AM  22   BE THE POLLING TYPE, MS. SAHARIA --

10:22AM  23             MS. SAHARIA:  UNDERSTOOD.  I THINK THAT WOULD BE

10:22AM  24   APPROPRIATE, YOUR HONOR.

10:22AM  25             THE COURT:  -- AS OPPOSED TO AN INDIVIDUAL, WHICH I

```
10:22AM   1    THINK IS A BLEND OF BOTH OF THOSE.
10:23AM   2         BUT I'M NOT GOING TO ASK INDIVIDUALLY AND READ THAT
10:23AM   3    QUESTION INDIVIDUALLY TO EACH JUROR.
10:23AM   4              MS. SAHARIA:  SURE.  OKAY.
10:23AM   5              THE COURT:  LET'S SEE.  NEXT I THINK IS NUMBER 16,
10:23AM   6    AND IT'S 1.11.  I THINK THIS JUST REPLACES MS. HOLMES FOR
10:23AM   7    DEFENDANT.
10:23AM   8              MS. SAHARIA:  SO I THINK THE NINTH CIRCUIT MODEL
10:23AM   9    CONTEMPLATES TWO ALTERNATIVES.  ONE IS THAT THE COURT INSTRUCTS
10:23AM  10    THE JURY BEFORE CLOSING ARGUMENTS AND THE OTHER IS THAT THE
10:23AM  11    INSTRUCTIONS OCCUR AFTER CLOSING ARGUMENTS.
10:23AM  12         IT'S OUR PROPOSAL, WHICH I THINK IS CONSISTENT WITH
10:23AM  13    YOUR HONOR'S PRACTICE, THAT THEY BE READ AFTER THE CLOSING
10:23AM  14    ARGUMENTS, AND I THINK THE GOVERNMENT PROPOSED THE OPPOSITE IN
10:23AM  15    THEIR PROPOSED INSTRUCTION.  SO THAT'S ALL THIS ONE IS FOR.
10:23AM  16              THE COURT:  I DO INSTRUCT AFTER CLOSING ARGUMENTS,
10:24AM  17    AND I'LL INSTRUCT THE JURY AS MUCH IN THE PRELIMINARY
10:24AM  18    INSTRUCTIONS.  THAT'S THE ORDER.
10:24AM  19              MR. LEACH:  VERY WELL.
10:24AM  20              THE COURT:  AND I'LL EXCHANGE FROM DEFENDANT TO
10:24AM  21    MS. HOLMES.
10:24AM  22              MS. SAHARIA:  THANK YOU, YOUR HONOR.
10:24AM  23              THE COURT:  ALL RIGHT.  LET'S MOVE TO SPECIFIC
10:24AM  24    INSTRUCTIONS.  I THINK THESE ARE INSTRUCTIONS, MS. SAHARIA,
10:24AM  25    THAT YOU'VE ASKED ABOUT SPECIFICALLY.
```

10:24AM   1           MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  I THINK

10:24AM   2   WE'VE COVERED THE FIRST ONE WHICH IS NUMBER 7.

10:24AM   3           THE COURT:  YES.

10:24AM   4           MS. SAHARIA:  I THINK WE CAN SKIP THAT ONE.

10:24AM   5           THE COURT:  LET ME -- I WAS THINKING IT'S POSSIBLE

10:24AM   6   THAT I COULD ADD TO 1.6, THE LANGUAGE THAT IS 1.16 MODIFIED,

10:24AM   7   "DO NOT CONSIDER MY SUSTAINING OR OVERRULING AN OBJECTION AS

10:24AM   8   ANY INDICATION OF MY OPINION OF THE CASE OR WHAT YOUR VERDICT

10:24AM   9   SHOULD BE."

10:24AM  10       I JUST LOOKED AND THOUGHT, WELL, THAT MIGHT BE A PLACE TO

10:24AM  11   PUT IT.

10:24AM  12           MR. LEACH:  I'M SORRY, YOUR HONOR.  WHICH

10:25AM  13   INSTRUCTION ARE WE --

10:25AM  14           THE COURT:  WELL, I WAS SUGGESTING TO MAYBE ADDING

10:25AM  15   TO 1.6 THAT LANGUAGE THAT I JUST READ WHICH IS LANGUAGE FROM

10:25AM  16   1.16.

10:25AM  17           MR. LEACH:  THE DEFENSE --

10:25AM  18           MS. SAHARIA:  YOU WOULD READ THAT LANGUAGE TWICE,

10:25AM  19   YOUR HONOR?

10:25AM  20           THE COURT:  WELL, LET'S MOVE ON.  I DON'T THINK IT'S

10:25AM  21   NECESSARY.

10:25AM  22           MS. SAHARIA:  I THINK AS LONG AS YOUR HONOR GIVES

10:25AM  23   1.16 AT SOME TIME THAT'S FINE WITH US, YOUR HONOR.

10:25AM  24           THE COURT:  RIGHT.

10:25AM  25       LET'S MOVE TO NUMBER 8.  NUMBER OF WITNESSES AND

10:25AM 1    UNCONTRADICTED TESTIMONY.

10:25AM 2        AND I THINK YOU SUGGESTED THAT THIS BE READ BEFORE THE

10:25AM 3    CREDIBILITY OF WITNESSES?

10:25AM 4         MS. SAHARIA:  THAT'S HOW IT APPEARS IN THE SAND

10:25AM 5    TREATISE, WHICH IS THE OTHER COMMONLY CONSULTED TREATISE ON

10:25AM 6    MODEL JURY INSTRUCTIONS.

10:25AM 7        WE WOULD BE CONTENT FOR THE COURT TO PUT IT WHEREVER IT

10:25AM 8    WOULD LIKE.  I THINK THIS IS AN IMPORTANT INSTRUCTION, AGAIN,

10:25AM 9    GIVEN THE LENGTH OF THE TRIAL AND THE NUMBER OF WITNESSES

10:25AM 10   DISCLOSED BY THE GOVERNMENT.

10:25AM 11       IT COULD WELL BE SEVERAL MONTHS BEFORE THE JURY WILL HEAR

10:26AM 12   ANY DEFENSE WITNESSES IF WE CHOOSE TO PUT ON A DEFENSE CASE.

10:26AM 13       AND THE JURY COULD WELL DRAW, I THINK, UNFAIR CONCLUSIONS

10:26AM 14   FROM THE NUMBER OF GOVERNMENT WITNESSES THAT ARE GOING TO BE

10:26AM 15   CALLED.  SO THIS IS, IN MY EXPERIENCE, A COMMONLY GIVEN

10:26AM 16   INSTRUCTION.

10:26AM 17       IN OTHER CASES THAT I'VE BEEN INVOLVED IN WHERE THE COURT

10:26AM 18   INSTRUCTS THE JURY JUST NOT TO DRAW UNFAIR INFERENCES FROM THE

10:26AM 19   FACT THAT ONE PARTY CALLS MORE WITNESSES THAN THE OTHER PARTY.

10:26AM 20        THE COURT:  1.7 INFORMS THE JURY OF THAT I THINK,

10:26AM 21   DOESN'T IT?  IT SUGGESTS THAT THE EVIDENCE IS NOT DEPENDENT OF

10:26AM 22   THE NUMBER OF WITNESSES WHO TESTIFY ABOUT IT.

10:26AM 23        MS. SAHARIA:  THAT'S CORRECT, BUT I THINK IT'S A

10:26AM 24   SLIGHTLY DIFFERENT, A SLIGHTLY DIFFERENT ISSUE.  THIS IS MORE

10:26AM 25   ABOUT THE QUANTITY OF WITNESSES CALLED BY EITHER SIDE, NOT

10:26AM  1    ABOUT THE WEIGHT OF ANY PARTICULAR PIECE OF EVIDENCE AS TO ONE

10:26AM  2    FACT, WHICH IS WHAT 1.7 IS GETTING AT.

10:27AM  3            MR. LEACH:  I THINK THE COURT IS CORRECT THAT THE

10:27AM  4    FIRST POINT IS COVERED BY 1.7 AND THAT THIS IS -- THIS

10:27AM  5    INSTRUCTION IS JUST ARGUMENT.

10:27AM  6        SO THE SECOND POINT, I THINK THAT WILL BE COVERED BY THE

10:27AM  7    FINAL INSTRUCTIONS WHERE THE COURT IS DESCRIBING THE

10:27AM  8    PRESUMPTION OF INNOCENCE AND THE FACT THAT THE DEFENDANT

10:27AM  9    DOESN'T NEED TO PUT ON A CASE.  I THINK THIS IS ARGUMENTATIVE.

10:27AM 10    THERE'S NO EXAMPLE OF THIS MODEL -- THIS INSTRUCTION BEING

10:27AM 11    GIVEN IN THE NINTH CIRCUIT OR THE DISTRICT COURT, AND I SEE NO

10:27AM 12    REASON TO INCLUDE IT IN THE PRELIMINARY INSTRUCTIONS AT THE

10:27AM 13    EXPENSE OF ALL OF THE OTHER INSTRUCTIONS.

10:27AM 14        SO I THINK THE CRUST OF IT IS COVERED BY CREDIBILITY OF

10:27AM 15    WITNESSES, AND THERE'S SIMPLY NO NEED FOR IT.

10:27AM 16            THE COURT:  ALL RIGHT.  THANK YOU.  MS. SAHARIA,

10:27AM 17    ANYTHING FURTHER ON THIS?

10:27AM 18            MS. SAHARIA:  NO, YOUR HONOR.

10:27AM 19            THE COURT:  ALL RIGHT.  THANK YOU.

10:27AM 20        I DO SEE THIS AS, YOUR SUGGESTED NUMBER 8, IT'S A

10:28AM 21    COMPILATION OF SEVERAL OTHER JURY INSTRUCTIONS, BOTH SOME

10:28AM 22    PRELIMINARY AND SOME FINAL INSTRUCTIONS THAT RELATE TO THE 1.7

10:28AM 23    THAT WE TALKED ABOUT, ALSO CREDIBILITY, TALKING ABOUT

10:28AM 24    IMPEACHMENT AND THINGS.

10:28AM 25        I THINK THIS IS TOO MUCH INFORMATION, AND IT'S CONFUSING,

10:28AM  1   I THINK, AND IT COULD POTENTIALLY OFFER CONFUSION TO A JURY, AT

10:28AM  2   LEAST IN A PRELIMINARY INSTRUCTION.  I THINK 1.7 AND THE OTHER

10:28AM  3   MODEL INSTRUCTIONS APPROPRIATELY CONVEY THESE CONCERNS THAT YOU

10:28AM  4   HAVE HERE.

10:28AM  5        SO I'M GOING TO DECLINE YOUR INVITATION TO GIVE YOUR

10:28AM  6   NUMBER 8.

10:28AM  7        I THINK YOUR NEXT IS NUMBER 13.

10:28AM  8             MS. SAHARIA:  YES, YOUR HONOR.

10:28AM  9             THE COURT:  THE GOVERNMENT AS A PARTY?

10:28AM  10             MS. SAHARIA:  YES.  AGAIN, IN MY EXPERIENCE THIS IS

10:28AM  11   A COMMON UNOBJECTIONABLE INSTRUCTION THAT SIMPLY INFORMS THE

10:29AM  12   JURY THAT THE GOVERNMENT AND THE DEFENDANT STAND AS EQUALS IN

10:29AM  13   THIS CASE.  I THINK THERE IS ALWAYS THE RISK THAT JURORS

10:29AM  14   UNCONSCIOUSLY TEND TO DEFER TO THE GOVERNMENT SIMPLY BECAUSE IT

10:29AM  15   IS THE GOVERNMENT.

10:29AM  16        AGAIN, WE THINK THAT'S EVEN A HIGHER RISK HERE JUST GIVEN

10:29AM  17   THE LENGTH OF THE GOVERNMENT'S CASE, AND I THINK IT WOULD BE

10:29AM  18   HELPFUL FOR THE COURT TO GIVE THIS INSTRUCTION AT THE OUTSET OF

10:29AM  19   THE CASE SO THAT THE JURY UNDERSTANDS THAT, IN FACT, THE

10:29AM  20   GOVERNMENT AND THE DEFENSE DO STAND AS EQUALS, EVEN THOUGH IT

10:29AM  21   MAY NOT HEAR FROM US FOR QUITE A LONG TIME AT LEAST FOR AN

10:29AM  22   AFFIRMATIVE CASE, AND, AGAIN, IN MY EXPERIENCE THIS IS A COMMON

10:29AM  23   INSTRUCTION THAT FEDERAL COURTS OFTEN GIVE.

10:29AM  24             MR. LEACH:  THE GOVERNMENT IS A PARTY IN EVERY

10:29AM  25   CRIMINAL CASE.  IF IT WAS AS COMMON AS MS. SAHARIA SUGGESTS, I

10:29AM   1    THINK IT WOULD BE IN THE NINTH CIRCUIT MODEL INSTRUCTIONS.  IT

10:29AM   2    IS NOT.

10:29AM   3         I VIEW THIS AS ARGUMENTATIVE AND UNNECESSARY, AND THERE'S

10:30AM   4    JUST NO NEED FOR THE COURT TO GIVE IT PARTICULARLY IN THE JURY

10:30AM   5    INSTRUCTIONS.

10:30AM   6              THE COURT:  THANK YOU.

10:30AM   7         MS. SAHARIA, I INTEND TO COVER THIS TOPIC IN MY VOIR DIRE,

10:30AM   8    AND SO I'LL MENTION THIS BALANCE OF POWER I SUPPOSE AS I'LL

10:30AM   9    CALL IT NOW.  IT WILL BE INCLUDED IN MY VOIR DIRE SO THE JURY

10:30AM  10    WILL HAVE AN OPPORTUNITY TO HEAR FROM THE COURT, AND YOU AND

10:30AM  11    MR. LEACH WILL HAVE AN OPPORTUNITY TO FOLLOW UP.

10:30AM  12         I DON'T THINK I NEED TO GIVE 13 AS IT IS.

10:30AM  13              MS. SAHARIA:  THANK YOU.  WE APPRECIATE THE COMMENTS

10:30AM  14    IN VOIR DIRE.  THANK YOU.

10:30AM  15              THE COURT:  LET'S SEE.  14 IS THE ABSENCE OF

10:30AM  16    CODEFENDANT.

10:30AM  17         MR. LEACH, SHOULD THIS BE GIVEN IN THE PRELIMINARY

10:30AM  18    INSTRUCTION?  THIS IS 215 IS THE MODEL.

10:31AM  19              MR. LEACH:  THE LANGUAGE CERTAINLY IS

10:31AM  20    UNOBJECTIONABLE, YOUR HONOR.  I HAVEN'T SEEN IT DONE IN

10:31AM  21    PRELIMINARY INSTRUCTIONS.  I DON'T -- WE WILL BE PROPOSING THIS

10:31AM  22    AS PART OF THE FINAL INSTRUCTIONS, BUT I'M REALLY NOT SURE, I'M

10:31AM  23    REALLY NOT SURE WHY IT WOULD NEED TO BE GIVEN, AND I THINK IT'S

10:31AM  24    JUST ADDING TO OUR ALREADY LENGTHY INSTRUCTION.  AND SO I DON'T

10:31AM  25    SEE THE PARTICULAR NEED, BUT THE LANGUAGE HERE IS NOT

10:31AM 1    OBJECTIONABLE.

10:31AM 2         THE COURT:  WELL, THANK YOU.  THANK YOU.  I DO THINK

10:31AM 3    THE JURY IS GOING TO BE INFORMED THAT THERE IS A CODEFENDANT.

10:31AM 4    MR. BALWANI'S NAME IS GOING TO BE MENTIONED, I THINK, AND I

10:31AM 5    THINK IT IS APPROPRIATE TO INFORM THE JURY ABOUT WHY HE'S NOT

10:31AM 6    HERE OR WHERE IS HE.

10:31AM 7         I THINK MODEL 2.15 ACCOMPLISHES THAT, AND I THINK IT'S

10:31AM 8    APPROPRIATE TO GIVE IT, AND I THINK THE PRELIMINARY

10:31AM 9    INSTRUCTIONS IS THE APPROPRIATE TIME TO DO IT.  IT WILL BE

10:31AM 10   INCLUDED IN THE FINAL INSTRUCTIONS IN A DIFFERENT VERSION AS

10:31AM 11   YOU SUGGEST.  SO I WILL GIVE THE 2.15 OR YOUR MODEL 14.

10:32AM 12        MS. SAHARIA:  THANK YOU, YOUR HONOR.

10:32AM 13        THE COURT:  AND THEN 17 IS QUESTIONS TO WITNESSES BY

10:32AM 14   JURORS DURING TRIAL.  I DON'T PERMIT THAT.  I THINK I'VE TOLD

10:32AM 15   YOU THAT BEFORE.  THIS IS 1.14, MODEL 1.14.  IT SEEMS TO ME

10:32AM 16   THAT OPTION ONE IS THE ONE THAT THE COURT WOULD READ.

10:32AM 17        MS. SAHARIA:  WE AGREE, YOUR HONOR.  WE PROPOSE THAT

10:32AM 18   YOU GIVE THAT INSTRUCTION.

10:32AM 19        MR. LEACH:  I DON'T SEE A NEED FOR IT, YOUR HONOR.

10:32AM 20   I THINK IT MIGHT BE -- A WAIT-AND-SEE APPROACH IS BETTER, BUT

10:32AM 21   THE COURT SHOULD DEFER TO WHAT IT ORDINARILY DOES.  THERE'S NO

10:32AM 22   UNIQUE CIRCUMSTANCES IN THIS CASE FOR ONE OVER THE OTHER.

10:32AM 23        MY ONLY CONCERN WAS THAT JURORS MAY NEVER ASK A QUESTION,

10:32AM 24   AND SO THERE JUST MAY NOT BE A NEED FOR IT, BUT WHATEVER THE

10:32AM 25   COURT'S PRACTICE IS, IS FINE WITH US.

10:32AM   1            THE COURT:  OKAY.  I'LL READ THIS.

10:32AM   2        THE REAL IMPORT AND IMPORTANT PART OF THIS IS THE SECOND

10:32AM   3    QUESTION:  IF YOU'RE UNABLE TO HEAR, RAISE YOUR HAND SO WE CAN

10:33AM   4    CORRECT THE SITUATION.  THAT I THINK IS APPROPRIATE.

10:33AM   5        I TELL THE JURORS THIS IN ADVANCE THAT THEY'RE NOT

10:33AM   6    PERMITTED TO ASK QUESTIONS.

10:33AM   7        SOME JURORS HAVE EXPERIENCE AND IN CIVIL CASES AND THEY'VE

10:33AM   8    BEEN PERMITTED TO ASK QUESTIONS AND EVEN IN SOME CRIMINAL

10:33AM   9    CASES.

10:33AM  10        SO I'LL READ THIS.  I DON'T THINK IT IS GOING TO OCCUPY

10:33AM  11    TOO MUCH TIME.

10:33AM  12            MS. SAHARIA:  YOUR HONOR, IF THERE IS A CIRCUMSTANCE

10:33AM  13    WHERE JURORS WILL BE SEATED IN THE GALLERY, WE WOULD SUGGEST

10:33AM  14    THAT THE COURT ADD TO THAT SENTENCE "IF YOU CANNOT HEAR OR

10:33AM  15    SEE," I THINK THAT WOULD BE A HELPFUL ADDITION.

10:33AM  16            THE COURT:  RIGHT.

10:33AM  17            MS. SAHARIA:  OR THE PLEXIGLASS CREATING SOME SORT

10:33AM  18    OF GLARE EVEN.

10:33AM  19            THE COURT:  THAT'S A CONCERN I HAD, TOO, WITH THE

10:33AM  20    PLEXIGLASS.  I DON'T KNOW HOW IT LOOKS FROM WHERE YOU'RE

10:33AM  21    SEATED.  YOU'RE THE BEST JUDGES OF THAT.

10:33AM  22        BUT IF THERE'S A REFLECTION ISSUE OR YOU THINK THERE IS

10:33AM  23    SOME SIGHT ISSUES, I WOULD HOPE THAT COUNSEL WOULD BRING THAT

10:33AM  24    TO MY ATTENTION SO I COULD CORRECT THAT.  YOU'RE SEEING THE

10:33AM  25    JURORS THROUGH A DIFFERENT VIEW -- EXCUSE ME, THE WITNESSES

10:33AM  1    THROUGH A DIFFERENT VIEW THAN THE JURORS WILL, BUT I KNOW

10:34AM  2    THESE -- THIS PLEXIGLASS REFLECTS SO.

10:34AM  3            MS. SAHARIA:  I THINK THAT IS IT, YOUR HONOR.

10:34AM  4            THE COURT:  MS. SAHARIA, I THINK WE'VE EXHAUSTED

10:34AM  5    YOUR SUGGESTIONS?

10:34AM  6            MS. SAHARIA:  YES.

10:34AM  7            THE COURT:  OKAY.  MR. LEACH, DO YOU HAVE ANYTHING

10:34AM  8    ELSE THAT YOU WOULD LIKE TO COVER THIS MORNING?

10:34AM  9            MR. LEACH:  NOTHING FURTHER, YOUR HONOR.

10:34AM  10           THE COURT:  ANYTHING ELSE FROM YOUR TEAM?

10:34AM  11           MS. SAHARIA:  NO, YOUR HONOR.  NOTHING ON THE JURY

10:34AM  12   INSTRUCTIONS.  LET ME JUST CONSULT WITH MR. DOWNEY ABOUT OTHER

10:34AM  13   ISSUES.

10:34AM  14           THE COURT:  SURE.  OF COURSE.

10:34AM  15       MR. DOWNEY.

10:34AM  16           MR. DOWNEY:  I HAVE TWO GRANULAR ISSUES, BUT IT

10:34AM  17   RELATES TO THE GRANULAR WORK THAT THE COURT IS DOING RIGHT NOW

10:34AM  18   SO I THOUGHT I WOULD INQUIRE.

10:34AM  19       YOUR HONOR DESCRIBED THE PROCEDURE BY WHICH THE JURORS ARE

10:34AM  20   BROUGHT IN IN PANELS OF 20.  I'M WONDERING IF THEY'RE BROUGHT

10:34AM  21   IN BY JUROR NUMBER OR IF THERE IS SOME OTHER SYSTEM TO SELECT

10:34AM  22   THE 20 WHO ENTER AND HOW WE MIGHT --

10:34AM  23           THE COURT:  I THINK WE'LL HAVE MORE THAN 20.  I'M

10:35AM  24   INFORMED THAT THEY COULD BRING UP TRANCHES OF PERHAPS 50.  I

10:35AM  25   DON'T THINK WE'LL HAVE THAT MANY AT ONE TIME, BUT I THINK WE'LL

10:35AM 1    HAVE MORE THAN 20.

10:35AM 2         AS I UNDERSTAND IT, THEY'RE BROUGHT UP BY THEIR JUROR

10:35AM 3    NUMBERS.  LET ME SAY YOU ARE GOING TO, YOU AND MR. LEACH, WILL

10:35AM 4    HAVE A COPY OF THE LIST THAT I HAVE.  IT WON'T BE THE RANDOM

10:35AM 5    COPY.  IT WILL BE THE COPY OF THE ORDER OF HOW THEY'LL BE

10:35AM 6    CALLED, HOW THEY'LL BE SEATED SO WE'LL ALL KNOW WHO IS COMING

10:35AM 7    UP NEXT.  YOU CAN LOOK AT THAT AND ENGAGE YOUR SELECTIONS

10:35AM 8    ACCORDINGLY, BOTH PRELIMINARY AND WHEN WE'RE IN THE COURTROOM.

10:35AM 9    SO YOU'LL HAVE THAT.

10:35AM 10        SO THEY WILL BE BROUGHT UP, I THINK, BY THAT NUMBERING

10:35AM 11   SYSTEM AS I UNDERSTAND IT.

10:35AM 12        MS. KRATZMANN, IS THAT YOUR UNDERSTANDING?

10:35AM 13            THE CLERK:  YES, YOUR HONOR, IT WILL BE IDENTIFIED

10:35AM 14   BY THE JUROR NUMBER ON THE LIST.

10:35AM 15            MR. DOWNEY:  THANK YOU.

10:35AM 16        THE SECOND INQUIRY THAT I HAD WAS JUST RELATED TO THE

10:35AM 17   ICEBREAKER THAT THE COURT INTENDS TO USE WHICH YOU'VE USED IN

10:36AM 18   OTHER CASES.

10:36AM 19        I CAN IMAGINE THAT IN OTHER CASES IN INTRODUCING

10:36AM 20   THEMSELVES THE JURORS HAVE DONE SO FULLY, USED THEIR NAME AND

10:36AM 21   SO FORTH.

10:36AM 22        I WONDER IF THE COURT MIGHT CONSIDER IN THE CONTEXT OF

10:36AM 23   THIS CASE WHERE THERE'S SUBSTANTIAL EXTERNAL COVERAGE AND SO

10:36AM 24   FORTH IF JURORS MIGHT BE LESS COMFORTABLE WITH USING THEIR NAME

10:36AM 25   IN OPEN COURT.  SO I JUST RAISE THAT FOR THE COURT.

10:36AM  1          THE COURT:  THANK YOU.  I APPRECIATE THAT

10:36AM  2  OBSERVATION.  MAYBE WE'LL JUST HAVE THEM STATE THEIR JUROR

10:36AM  3  NUMBER.

10:36AM  4          MR. DOWNEY:  FAIR ENOUGH.

10:36AM  5          THE COURT:  ALTHOUGH THEIR NAMES ARE GOING TO BE

10:36AM  6  CALLED OUT BY MS. KRATZMANN TO SIT, SO THEY WILL BE JUROR

10:36AM  7  NUMBER 4.  THEY DON'T KNOW JUROR NUMBER 4, THEY KNOW THEIR

10:36AM  8  NAMES, AND SO THEIR NAMES WILL BE PART OF THE PUBLIC RECORD IN

10:36AM  9  THAT REGARD.

10:36AM  10        CANDIDLY, WHEN I REFER TO THEM AND TALK WITH THEM AND A

10:36AM  11  JUROR RAISES THEIR HAND, I ALWAYS USE THEIR SURNAME AS OPPOSED

10:36AM  12  TO JUROR NUMBER 43.  SO TO THE EXTENT THAT THEIR NAMES WILL BE

10:36AM  13  PUBLIC, THAT'S THE EXTENT OF IT.

10:37AM  14        BUT I APPRECIATE THAT, AND PERHAPS I CAN JUST ASK THEM TO

10:37AM  15  STATE THEIR JUROR NUMBER FOR PURPOSES OF THE QUESTIONNAIRE.

10:37AM  16          MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:37AM  17        THE SECOND QUESTION I WOULD HAVE IN ANTICIPATION OF THAT

10:37AM  18  PROCESS IS IF IT'S CONSISTENT WITH YOUR HONOR'S JUDGMENT OF

10:37AM  19  WHAT IS SAFE, IT MIGHT BE GOOD AS PART OF THAT PROCESS IF THE

10:37AM  20  JUROR WHO IS INTRODUCING HIM OR HERSELF COULD UNMASK JUST FOR

10:37AM  21  THAT BRIEF PERIOD WE COULD GET A BETTER SENSE AS WE'RE GOING

10:37AM  22  THROUGH THE JURY SELECTION PROCESS.

10:37AM  23        I DON'T KNOW EXACTLY HOW THE PROCESS WILL WORK, BUT IF

10:37AM  24  THAT'S POSSIBLE, THAT'S A REQUEST THAT WE WOULD MAKE.

10:37AM  25          THE COURT:  JUST FOR THAT INTRODUCTION?

10:37AM  1          MR. DOWNEY:  YEAH, JUST TO INTRODUCE THEMSELVES.  I

10:37AM  2     DON'T KNOW HOW THE ICEBREAKER TYPICALLY TAKES, BUT I'M

10:37AM  3     ANTICIPATING IT'S SOMEWHAT BRIEF, AND IF IT COULD BE JUST FOR

10:37AM  4     THAT SHORT PERIOD.

10:37AM  5          THE COURT:  MR. LEACH, DO YOU WANT TO CHIME IN?

10:38AM  6          MR. LEACH:  I THINK IT WOULD BE APPROPRIATE,

10:38AM  7     YOUR HONOR, TO ASK IF THEY'RE COMFORTABLE REMOVING THEIR MASK

10:38AM  8     FOR THAT SMALL AMOUNT OF TIME.  I CERTAINLY WOULDN'T WANT TO

10:38AM  9     REQUIRE IT IF THE JURORS ARE NOT COMFORTABLE BUT SUGGESTING

10:38AM  10    THAT THEY CAN DO IT I THINK WOULD BE APPROPRIATE.

10:38AM  11         MR. DOWNEY:  AND THAT'S FINE.  I THINK THAT'S A GOOD

10:38AM  12    SUGGESTION.

10:38AM  13         THE COURT:  THE OTHER ISSUE WITH THAT IS THAT WE'RE

10:38AM  14    NOT GOING TO HAND A MIKE TO THE JURORS, SO FOR THIS PURPOSE WE

10:38AM  15    MIGHT HAVE TO HAVE A LECTERN, AND WE DO HAVE ONE, AND WE CAN

10:38AM  16    HAVE THEM EACH APPROACH THE LECTERN.  THAT WILL BE A LITTLE BIT

10:38AM  17    CUMBERSOME TO HAVE THEM EXIT THE BOX, GO AND DO THIS.

10:38AM  18        THIS WORKS WHEN WE HAVE A MICROPHONE THAT WE CAN HAND

10:38AM  19    AROUND.  IT'S MUCH MORE EFFICIENT, AND SO LET ME THINK ABOUT

10:38AM  20    THAT.  I JUST DON'T KNOW ONCE WE'VE SEATED 12, 15 PEOPLE IN OUR

10:38AM  21    BOX AND THEN TO HAVE THEM ONE BY ONE EXIT AND CLIMB OVER EACH

10:38AM  22    OTHER FOR THAT PURPOSE I THINK MIGHT BE DIFFICULT.

10:39AM  23        WE MIGHT HAVE THEM STAND WITHOUT BENEFIT OF A MICROPHONE,

10:39AM  24    AND THAT'S WHERE THEIR MASK COULD BE WITHDRAWN AND THEY COULD

10:39AM  25    SPEAK, AND I'M SURE WE'D BE ABLE TO HEAR THEM, YOU WOULD BE

10:39AM 1    ABLE TO HEAR THEM, AND MOST IMPORTANTLY, OUR COURT REPORTER

10:39AM 2    WILL BE ABLE TO HEAR THEM.  SO THAT MIGHT BE THE WAY TO DO IT

10:39AM 3    WITHOUT A MICROPHONE.

10:39AM 4        SO --

10:39AM 5            MR. DOWNEY:  I APOLOGIZE FOR BOGGING US DOWN WITH

10:39AM 6    VERY GRANULAR BUT --

10:39AM 7            THE COURT:  NO.  IT'S A GOOD POINT.  IT'S A GOOD

10:39AM 8    POINT.

10:39AM 9        ANYTHING ELSE THAT WE HAVEN'T COVERED?  ANY OF YOUR TEAMS

10:39AM 10   HAVE ANYTHING?

10:39AM 11           MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

10:39AM 12   THANK YOU.

10:39AM 13           THE COURT:  I THINK OUR WORK IS DONE THIS MORNING.

10:39AM 14           MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:39AM 15           THE COURT:  THANK YOU.  IT'S NICE TO SEE EVERYONE.

10:39AM 16   STAY SAFE.

10:39AM 17       I'LL HEAR FROM YOU NEXT WEEK -- WE'LL SEE EACH OTHER THIS

10:39AM 18   WEEK.  BUT IF YOU HAVE ANYTHING WITH REGARD TO YOUR MEET AND

10:39AM 19   CONFER CONFERENCES, PLEASE FEEL FREE TO LET ME KNOW OR

10:39AM 20   MS. KRATZMANN KNOW IF YOU HAVE ANY ISSUES.

10:40AM 21           MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:40AM 22           MS. SAHARIA:  WHAT TIME WILL WE CONVENE?  I THINK

10:40AM 23   YOU SAID 10:00 A.M. STANDARD TIME, BUT I DON'T KNOW IF YOU HAVE

10:40AM 24   A DIFFERENT TIME.

10:40AM 25           THE COURT:  MS. KRATZMANN, WHERE ARE WE SCHEDULED

10:40AM  1    NOW?  IS IT 10:00 A.M. ON FRIDAY?

10:40AM  2            THE CLERK:  IT IS 10:00 A.M.

10:40AM  3            THE COURT:  DO YOU FOLKS WANT TO START EARLIER?

10:40AM  4    SHOULD WE START AT 9:00?

10:40AM  5            MS. SAHARIA:  THAT'S FINE, YOUR HONOR.

10:40AM  6            THE COURT:  MS. KRATZMANN, OF COURSE, WHO HAS

10:40AM  7    KNOWLEDGE OF ALL THINGS, REMINDED ME THAT THE JURORS ARE GOING

10:40AM  8    TO BE COMING IN, AREN'T THEY, TO FILL THE QUESTIONNAIRE OUT?

10:41AM  9    JUST TO AVOID ANY ISSUES WITH ELEVATORS AND THINGS, LET'S KEEP

10:41AM 10    IT AT 10:00 BECAUSE OUR JURY ASSEMBLY ROOM IS ON THE SECOND

10:41AM 11    FLOOR, AND I THINK IT'S BEST IF WE DO THAT.  BY 10:00 O'CLOCK

10:41AM 12    AT LEAST THAT FIRST TRANCHE SHOULD BE FINISHED HOPEFULLY, AND

10:41AM 13    THAT WILL AVOID ANY UNNECESSARY CONTACT.

10:41AM 14        SO LET'S KEEP IT AT 10:00 THANK YOU.

10:41AM 15        ALL RIGHT.  THANKS VERY MUCH.

10:41AM 16            THE CLERK:  COURT IS ADJOURNED.

10:41AM 17        (COURT CONCLUDED AT 10:41 A.M.)

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                        <u>CERTIFICATE OF REPORTER</u>

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  AUGUST 18, 2021
19

20

21

22

23

24

25