**To:** Sunny Balwani[sbalwani@theranos.com]
**From:** Danise Yam
**Sent:** Thur 6/25/2015 7:52:13 PM
**Importance:** Normal
**Subject:** Please approve this wire
**Received:** Thur 6/25/2015 7:52:15 PM
P2162_Revised signed.pdf

https://wellsoffice.wellsfargo.com/ceoportal/signon/index.jsp

Company ID – thera304

User ID – balwr706

Hi Sunny,

This wire is requested by Heather/Evan and is for the reference matter of Erika Cheung and Tyler Shultz. I am attaching the engagement letter between BSF and Interfor.

If you need more info before you approve, please let me know.

Thanks,

Danise

|   | Beneficiary | Amount | Comments |
|---|---|---|---|
| 1 | Interfor | $24,552.30 | Legal – ▓▓▓ |

| | | | | | Beneficiary Acct | | |
|---|---|---|---|---|---|---|---|
| 1 | ! | 05/25/2015 - Freeform | 4127165504 | (USD)24,552.30 | INTERFOR, INC. 02-22011 | ENTRD | INTL |

**From:** Danise Yam

Confidential

THPFM0005636527
SEC2-USAO-EPROD-001504407