**theranos**
1701 PAGE MILL ROAD
PALO ALTO, CA 94304

**WELLS FARGO BANK, NA**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

11-24/1210

6299

Seventeen Thousand Six Hundred Eighty-Nine Dollars And 90 Cents

| DATE | AMOUNT |
|------|--------|
| 07/28/15 | USD *******17,689.90 |

PAY
TO THE
ORDER
OF

Interfor, Inc
575 Madison Ave
Suite 1006
New York, NY 10022
UNITED STATES

AUTHORIZED SIGNATURE

⑈006299⑈ ⑆121000248⑈412716550604⑈

Capital One, N.A. Richmond VA 065000090

46062YHB415022015072900007136 6103

Capital One, N.A. Richmond VA 065000090
46062YHB415022015072900007136 6103

>065000090<
**CAPITAL ONE, NA**
**0032720750        07292015**
**RICHMOND, VA 174 22**
   **Deposit         7527794263**

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FOR DEPOSIT ONLY
INTERFOR
7527794263

REQUEST 00006497387000000 17689.90
ROLL ECIA   20150729  000008112075512
JOB ECIA  E  ACCT 1820004127165504
REQUESTOR A099337
15987445  06/16/2016 Research 15998008

Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND AND WHITE PAPER AUTHORITY. DOLLAR SECURITY FEATURES ON BACK WITH PADLOCK SECURITY HERE ON



**theranos**
1701 PAGE MILL ROAD
PALO ALTO, CA 94304

WELLS FARGO BANK, NA
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

11-24/1210

5974

Eighty-Three Thousand Eighty-Nine Dollars And 32 Cents

| | DATE | AMOUNT |
|---|---|---|

David. B Fechheimer
2005 Lyon Street
San Francisco, CA 94115
UNITED STATES

07/17/15   USD ******83,089.32

PAY
TO THE
ORDER
OF

AUTHORIZED SIGNATURE

⑈005974⑈ ⑆121000248⑆41271655504⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00006497387000000 83089.32
ROLL ECIA   20150729  000008418826489
JOB ECIA  E  ACCT 1820004127165504
REQUESTOR A099337
15987445  06/16/2016 Research 15998008

Subpoena Processing Chandler
S3928-020
Phoenix AZ  85038