1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  GUY SINGER (Admitted Pro Hac Vice)
   STEPHEN A. CAZARES (SBN 201864)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
6
   Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
7  gsinger@orrick.com; scazares@orrick.com

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,           |  Case No. 5:18-cr-00258-EJD

16              Plaintiff,              |  **STIPULATION AND [PROPOSED]
                                        |  ORDER GOVERNING RAMESH
17       v.                             |  "SUNNY" BALWANI'S CASE
                                        |  SCHEDULE**
18  HOLMES, et al.,                     |
                                        |  Hon. Edward J. Davila
19              Defendants.             |

20

21

22

23

24

25

26

27

28

1      The government and counsel for Mr. Balwani have met and conferred and respectfully

2   submit that based on the current trial date set in Mr. Balwani's case it would be beneficial to

3   establish the dates that will govern proceedings in Mr. Balwani's case.  Accordingly, the

4   government and counsel for Mr. Balwani stipulate that the attached Proposed Case Schedule shall

5   govern proceedings in Mr. Balwani's case.

6

7      **IT IS SO STIPULATED.**

8

9   DATED:  August 4, 2021                    Respectfully submitted,

10                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

11

12                                            /s/ Jeffrey B. Coopersmith_____ ____ _____

13                                            JEFFREY B. COOPERSMITH
                                              Attorney for Defendant
14                                            RAMESH "SUNNY" BALWANI

15   DATED:  August 4, 2021                    Respectfully submitted,

16                                            STEPHANIE M. HINDS
                                              Acting United States Attorney
17

18                                            /s/ Robert S. Leach_____

19                                            ROBERT S. LEACH
                                              JEFF SCHENK
                                              JOHN C. BOSTIC
20                                            KELLY VOLKAR
                                              Assistant United States Attorneys
21

22

23

24

25

26

27

28

1

**UNITED STATES v. RAMESH "SUNNY" BALWANI**
**No. 18-CR-00258-EJD**
**[PROPOSED] CASE SCHEDULE**

| DATE | EVENT |
|---|---|
| Friday, October 1, 2021 | The Government shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for any expert witness it intends to call in its case-in-chief not previously noticed for the trial of co-defendant Elizabeth Holmes. |
| Friday, November 5, 2021 | The Government shall serve any supplement to its exhibit and witness lists previously disclosed in the trial of Elizabeth Holmes. |
| Friday, November 12, 2021 | Defendant shall serve witness and exhibit lists for his case-in-chief.<br><br>Defendant shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness Defendant intends to call at trial in Defendant's case-in-chief.<br><br>Defendant shall complete production of witness statements pursuant to Rule 26.2. |
| Wednesday, November 17, 2021 | Defendant shall complete his Rule 16 disclosures other than expert disclosures. |
| Friday, November 19, 2021 | Motions in limine and motions re: experts due. |
| **noon, Fri., Dec. 3, 2021** | Responses to motions in limine and motions re: experts due. |
| **noon, Fri., Dec. 10, 2021** | Replies for motions in limine and motions re: experts due.<br><br>Pretrial Conference statement due per Criminal Local Rule 17.1-1(b). |
| Friday, December 17, 2021 | The Government shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness it intends to call at trial in rebuttal to expert testimony offered by Defendant Balwani. |
| Tuesday, December 21, 2021 | Proposed jury instructions, juror questionnaire, and voir dire questions due.<br><br>The Government shall advise the Court that it has produced all Brady and Giglio information in its possession and will continue to produce any the Government subsequently discovers. |
| **9 a.m. Tues, Dec. 14, 2021** | Pretrial Conference (including hearing on motions in limine and motions re: experts). |
| Tuesday, January 11, 2022 | Trial (first day of jury selection). |

STIPULATION AND [PROPOSED] ORDER GOVERNING CASE
SCHEDULE
CASE NO. 5:18-CR-00258-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Proposed Case Schedule submitted by the government and Mr. Balwani shall govern proceedings in Mr. Balwani's case, with the modifications noted above by the Court.

Dated: ~~August~~ September 9 ___, 2021

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER GOVERNING CASE
SCHEDULE
CASE NO. 5:18-CR-00258-EJD