JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM TO ROGER PARLOFF**<br><br>Hon. Nathanael Cousins |

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO COMPEL
CR-18-00258 EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Compel Compliance with Subpoena Duces Tecum to Roger Parloff.  After due consideration:
3      IT IS HEREBY ORDERED that Ms. Holmes' motion to compel is GRANTED.
4      IT IS FURTHER ORDERED that Mr. Parloff shall produce the documents listed in the
5  attachment to the subpoena duces tecum.

7      IT IS SO ORDERED.

9  Dated: October ___, 2021

                                                                                                                                                                             _____
                                          Hon. Nathanael Cousins
                                          United States Magistrate Judge