JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>  Defendants. | Case No. CR-18-00258-EJD<br><br>**MS. HOLMES' RESPONSE TO MOTION OF MEDIA COALITION TO INTERVENE FOR LIMITED PURPOSE OF SEEKING THE UNSEALING OF COMPLETED QUESTIONNAIRES OF SEATED JURORS AND ALTERNATES; MOTION TO UNSEAL COMPLETED QUESTIONNAIRES OF SEATED JURORS AND ALTERNATES**<br><br>Date: September 30, 2021<br>Time: 11:30 a.m.<br>Courtroom: 4, 5th Floor<br>Hon. Edward J. Davila |

MS. HOLMES' RESPONSE TO MOTION TO INTERVENE AND MOTION TO UNSEAL
CR-18-00258 EJD

# MS. HOLMES' RESPONSE

Ms. Holmes takes no position on the Motion of Media Coalition to Intervene for Limited Purpose of Seeking the Unsealing of Completed Questionnaires of Seated Jurors and Alternates, or on the Motion to Unseal Completed Questionnaires of Seated Jurors and Alternates, Dkt. 1026.

Ms. Holmes does note that the Court's questionnaire stated the following on the question of confidentiality:

> Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Dkt. 928 at 2.[1]

DATED: September 23, 2021

/s/ John D. Cline
JOHN D. CLINE
Attorney for Elizabeth Holmes

---

[1] The Court has dismissed one of the jurors whose completed questionnaire is sought to be unsealed by the Motion.

# CERTIFICATE OF SERVICE

Pursuant to 18 U.S.C. § 1746, I hereby certify that copies of this Response were served via ECF on the following attorneys on the same day it was filed with the Court.

Jeffrey B. Coopersmith
Stephen A. Cazares
Amy Walsh
ORRICK, HERRINGTON & SUTCLIFFE LLP
jcoopersmith@orrick.com
scazares@orrick.com
awalsh@orrick.com

*Attorneys for Ramesh "Sunny" Balwani*

Jeffrey Benjamin Schenk
John Curtis Bostic
Robert S. Leach
Kelly I. Volkar
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA

jeffrey.b.schenk@usdoj.gov
john.bostic@usdoj.gov
robert.leach@usdoj.gov
kelly.volkar@usdoj.gov

*Attorneys for United States*

Steven D. Zansberg
LAW OFFICE OF STEVEN D. ZANSBERG, LLC
steve@zansberglaw.com

*Attorney for Media Coalition*

                                         /s/ John D. Cline
                                         JOHN D. CLINE
                                         Attorney for Elizabeth Holmes

MS. HOLMES' RESPONSE TO MOTION TO INTERVENE AND MOTION TO UNSEAL
CR-18-00258 EJD