STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |

ADMIN. MOTION & [PROPOSED] ORDER,
CASE NO. 18-258 EJD      1

**NOTICE OF MOTION AND ADMINISTRATIVE MOTION**

Pursuant to Local Rule of Criminal Procedure 56-1, the United States respectfully files this administrative motion for an order permitting the filing under seal of the following documents:

1. Exhibit L to the November 20, 2020 Declaration of AUSA Robert S. Leach in Support of United States' Motions *in Limine*.

2. Exhibit M to the November 20, 2020 Declaration of AUSA Robert S. Leach in Support of United States' Motions *in Limine*.

These two exhibits include years' worth of private and intimate messages between defendants. Although they do not appear to meet the criteria for sealing, the government out of an abundance of caution is filing them under seal so that the Court may assess the propriety of sealing.

DATED: November 20, 2020                     Respectfully submitted,

STEPHANIE M. HINDS
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

*/s Robert S. Leach*
_____
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
VANESSA BAEHR-JONES
Assistant United States Attorneys

ADMIN. MOTION & [PROPOSED] ORDER,
CASE NO. 18-258 EJD                     1

**PROPOSED [ORDER]**

The Court, having considered the government's Administrative Motion, hereby GRANTS the motion and ORDERS that the following documents shall be filed under seal:

1. Exhibit L to the November 20, 2020 Declaration of AUSA Robert S. Leach in Support of United States' Motions *in Limine*.

2. Exhibit M the November 20, 2020 Declaration of AUSA Robert S. Leach in Support of United States' Motions *in Limine*.

Exhibits L and M appear to be the same document as Exhibit 1N to the Declaration of Vanessa Baehr-Jones in Support of United States' Opposition to Defendant Ramesh "Sunny" Balwani's Motion to Sever (Dkt. No. 314).  Accordingly, the Court GRANTS the government's motion to seal for the same reasons described in the Court's August 28, 2021 Order ordering that the Baehr-Jones declaration and its exhibits remain provisionally partially sealed (Dkt. No. 965).

**IT IS SO ORDERED.**

Dated: September 27, 2021

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

ADMIN. MOTION & [PROPOSED] ORDER,
CASE NO. 18-258 EJD                                2