

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/22/2020

Paige Williams, date of birth (DOB) ▮▮▮, ▮▮ ▮▮▮▮▮ was interviewed by telephone. Also present was Assistant United States Attorney John Bostic. After being advised of the identity of the interviewers, that the interview was voluntary, that she could have a lawyer, and the nature of the interview, Williams provided the following information:

Williams was reminded that lying could result in criminal charges.

Williams obtained her undergraduate degree at UC Davis and master's in fine arts (MFA) from Columbia University. After receiving her MFA, Williams worked in fundraising. While living in Washington, a hiring agency approached Williams about a position at Theranos. Initially, Williams interviewed remotely and was eventually flown down for in-person interviews. At the in-person interview, Williams met with Daniel Edlin, Christian Holmes, Sunny Balwani, Elizabeth Holmes, and Lisa Durkin. Williams was offered the position and moved to the Bay Area in June 2015.

During the interview process, Williams was told that Holmes' previous assistant had ghosted. Durkin, as a result, was a new assistant working for Holmes. Durkin was Holmes' executive assistant and Williams was going to be Holmes' personal assistant. There was some rotation of duties, as necessary at particular times. There were three assistants, one for Balwani and two for Holmes.

Williams acted mainly as Holmes' personal assistant, rather than executive assistant, during the three years of Williams' employment. Executive assistants focused on office matters, like scheduling, preparing for meetings, and ordering lunch daily. The executive assistant also made sure Holmes' office was stocked with the type of water, snacks and tea that Holmes' preferred. A personal assistant handled the personal matters, such as managing Holmes' residence. For example, Williams would manage the

---

Investigation on   07/29/2020   at   San Jose, California, United States (Phone)

File #   318A-SF-7315857                                    Date drafted   07/29/2020

by   Adelaida Hernandez

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Paige Williams , On 07/29/2020 , Page 2 of 7

gardener and housekeeper, and pick-up and drop-off of dry cleaning.

Williams worked at Theranos from June 2015 to July 2018. Williams' title was Assistant to the Chief Executive Officer (CEO). The position started at $125,000, and the second year was increased to $135,000. After the Wall Street Journal article about Theranos there was a sense of "tightening" the company's "purse strings", so there were no more raises. Williams was let go in one of the last rounds of layoffs/downsizing of Theranos before the company closed.

Generally, Durkin worked at Theranos during the same period Williams worked there. For a period in 2016, during Williams' three months of maternity leave, Durkin left for another job but returned to Theranos a few months after Williams' return. When Williams returned to Theranos after maternity leave, she was in the office half the time and worked from home half the time. Durkin stayed at Theranos after Williams was let go in June 2018. Durkin remained on Theranos' skeleton staff until Theranos closed.

While working at Theranos, Williams' desk was in three locations. When Williams started, her (and Durkin's) desk was next door to Holmes' and Balwani's respective offices. Later, when Holmes and Balwani's respective offices moved upstairs (to a corner office for Holmes), Williams and Durkin's again sat outside these offices.

Later, it was recognized that some of the materials handled by Williams and Durkin were sensitive, so they were moved to a little office near Holmes' and Balwani's respective offices. This allowed for storage of items that were considered "sensitive," since Holmes was very private. Sensitive items included Holmes' food preferences, documents with Holmes' address, and Holmes' medical appointment information. Lists for restocking Holmes' food, at her residence and work, were kept private. Holmes was private about this because she was vegan for a period and did not want it to be made a big deal.

A typical day for Williams started around 8:30 am. If Holmes was not already in the office, Williams would open Holmes' office, fill hot water container, and set up paper and pens for Holmes. Once Holmes arrived, Williams would prepare coffee or tea for Holmes and then Williams would check her emails. Around 10:30 Williams would leave the office to run

errands, including checking in at Holmes' house. During the work week, Williams visited Holmes' house every day. At the house, Williams would check in with the gardener and housekeeper. Depending on the type and number of errands, Williams would return to Theranos' office late morning/early afternoon. At the office Williams would see where she could help. Williams would leave for the day around 5:30.

There was a general expectation that there was one assistant present when Holmes was in the office. Williams generally took the morning shift, while Durkin came in and stayed later. It was not necessary for Williams to be in the office if Holmes came in really early, though.

Williams would help in the preparation for Board of Directors meetings, including printing and assembling materials. Durkin and Diana Lee, Balwani's assistant, would also work on this. Edlin and Christian Holmes would edit, rearrange and send the materials for the board meetings. Williams would also help lay out the materials in rooms that the directors could access during the meetings.

Williams did not attend Board of Directors meetings, she was only involved in the clerical documentation preparation. Holmes, Balwani, Edlin, and the directors were the only ones allowed to attend the meetings. When Heather King was counsel for Theranos, King would attend the meetings. There was a rule that assistants did not attend or sit on in meetings.

Williams did not sit on any investor meetings. Williams would assist in preparation for "VIP" meetings, but did not attend the meetings. Williams remembered generally that VIPs visited; there was an Arizona football player who visited when being considered to be the face of Theranos in Arizona.

Williams assisted in the logistic preparation for demos done at Theranos. She prepared the room, got materials out of the fridge, but was not involved in the demonstration. Demonstrations could be done near the office's entrance, in a phlebotomy room prepared for that purpose. The samples were walked across the building to Theranos' laboratory. It was probably three to four minutes to walk to the laboratory. Williams did not transport the samples to the laboratory.

Initially, the security team did not want to provide widespread access to the assistants in the Theranos building. This was sorted out by allowing the

assistants, and some other executive support, access to rooms that would at least allow them to knock on a door or window to get Holmes' attention, if needed.

During Williams' daily visits to Holmes' house, Williams would check in on the gardener and housekeeper. Williams would check on supplies, such as food in the kitchen or cleaning supplies. Williams ensured that there was the particular type of water that Holmes liked, along with juice, tea, and vegetables. If anything was needed, it was Williams who went to buy the item(s). Williams packed Holmes' bags for Holmes' trips, and would sometimes unpack the bags as well. Williams would also walk the property and check on the property's koi pond.

At the house, Williams would prepare for guests (generally, Holmes' brother or parents), by getting flowers, making sure the rooms were ready, shopping for the food preferences, and making sure there was a prepared meal if the visitors were arriving late.

Williams did not think that the housekeeper or gardener were employees of Theranos. Williams helped find a new gardener and was provided money by Holmes to pay the gardener. The housekeeper was working there before Williams started.

Williams would also do Holmes' personal shopping. Generally, this meant going to the Palo Alto Niemen Marcus. Sometimes Williams would drive to San Francisco, if something was unavailable or there was something in particular Holmes' wanted. For example, there was a particular purse that Williams drove to San Francisco to pick up and there was a jewelry store in San Francisco that Holmes preferred. At one point, Holmes also had a stylist in San Francisco, so Williams would pick up the clothes in San Francisco. For purchases, Williams would sometimes decide what to buy. For example, Williams would pick wines in line with the budget Holmes provided.

Generally, Williams booked Holmes' personal travel and Durkin booked Holmes' business travel. Sometimes Williams and Durkin would coordinate if Holmes added personal travel to a work trip. When Williams started at Theranos, Holmes traveled by chartered planes. After the Wall Street Journal article, there was a shift to commercial planes. For the commercial plane flights, Holmes flew Business or First Class, depending on what was

available. Williams did not recall if coach was never an option, the emphasis on booking the flights was really about the timing of the flights.

Durkin and Williams would also book hotels, as needed. When Holmes visited D.C. she stayed with her parents. Holmes usually stayed at higher end hotels. In New York City, Holmes would stay at the Mandarin Oriental, Four Seasons, Carlyle, and another hotel close to the Carlyle.

Holmes seemed to work long days. Holmes arrived in the office around 8:30 or 9:00 am, and Williams understood Holmes left around 8:00 or 9:00 pm, Monday through Friday. Holmes also came one or two days on the weekend, as Williams understood. Holmes was usually in the office most weeks. Trips were usually kept short for Holmes, with little extra time. Holmes aimed to be in office and not away. While Holmes was in the office it was usually balanced between meetings and solitary work time. Holmes did not pack her days with meetings. During the solitary time Holmes would review materials, answer emails and make calls. There were also some impromptu meetings, where people would walk into Holmes' office. This would happen with people like King and Brook Buchanan.

Management wise, Holmes was "wonderful" to work for. Holmes did not have a short temper and Williams did not see Holmes yell. There were typical business frustration disagreements where there would be "high energy" conversations between Holmes and others. Williams saw these conversations with King and Edlin (with Holmes). Much of the office was glass, so Williams would look at the type of emotions people had when speaking.

Williams had a fair amount of contact with Balwani, especially since Balwani was "associated" with Holmes' residence. The relationship between Holmes and Balwani was very secret. When Williams started Durkin told Williams that Holmes lived with someone, it was very private, and that it should not be discussed. Williams realized that it was Balwani from her visits to the residence. Williams interacted with Balwani more at the residence than the office. Lee handled Balwani's schedule and his food preferences at the office. Williams discussed things like the gardener and bills with Balwani at the residence. Williams handled Balwani's food at the residence.

Holmes was in charge of overall operations and decisions at Theranos.

Balwani handled the laboratory science side and, officially, reported to Holmes. When Holmes and Balwani spoke it was on a very even level, akin to collaboration between peers.

There was the sense that Balwani was asserting too much power in the laboratory science side of things, which he did not have knowledge about. Balwani seemed to try to overpower others in clinical laboratory, even though Balwani's experience was in software. Holmes was the ultimate decision maker and authority, and Balwani focused on trying to make everything work.

Balwani's management style was very different than Holmes. Holmes was very conversational, while Balwani had more of a temper. Balwani got angrier much quicker. Williams saw Balwani's anger focused on his team and subordinates. Balwani would get frustrated when projects would not move fast enough or his team members could not immediately answer his questions.

Williams thought she must have seen disagreements between Holmes and Balwani, but could not recall any particular disagreements or arguments. Holmes and Balwani were very private about their relationship. Williams did not recall any heated conversations between Holmes and Balwani in the office or residence. In the office, Holmes and Balwani treated each other with respect.

The only heated conversations that Williams could recall was Balwani with his subordinates and Holmes with Edlin and King.

Williams did not see shouting between Balwani and Holmes. Williams did not see any cruel behavior, whether verbal or physical, between Balwani and Holmes. Balwani very much seemed to have admiration for Holmes. That admiration dwindled some when Holmes moved out of the shared residence, but even after Balwani had affection and feelings towards Holmes. Williams could see this in how Balwani interacted with Holmes.

Williams did not see arguments at the residence either. If anything, Williams described the residence "much more relaxed" than the office. Williams saw Balwani and Holmes at the residence about once a month, including on the weekends. Both Balwani and Holmes wanted to create a relaxed and zen feeling in their house, which Williams noticed when she visited. Williams did not recall seeing anything negative at the residence.

```
FD-302a (Rev. 5-8-10)
```

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Paige Williams , On 07/29/2020 , Page 7 of 7

Balwani and Holmes would work at the residence, including on the weekend, but both made sure it was not stressful work.

Williams recalled visiting the residence February 14, 2016, because Balwani and Holmes had each asked Williams to buy flowers as a surprise for the other. When the flowers arrived no one answered, so Williams went to the residence to accept the flowers and bring them in. Williams thought no one was at home, but when she brought in the flowers Balwani and Holmes were at home and had just not answered the door. Sometimes Williams would drop off meals at the residence when Balwani and Holmes were home, at their request.

Holmes asked Williams to buy an Hermes Apple watch band for Balwani. Balwani would ask Williams to buy flowers for Holmes for birthdays and anniversaries.

Williams did not remember either Holmes or Balwani saying anything negative about each other. Balwani and Holmes would usually not interact with each other at office parties.

Secrecy was emphasized at Theranos, more than any other job Williams had. After the Wall Street Journal article, maybe in Spring 2016, there seemed to be an effort to change the culture of secrecy at Theranos through town hall meetings. The town hall meetings gave the appearance of addressing the secrecy culture, but there was still a general office feeling that something was being hidden and that was why coordination between departments was not encouraged.

The impression was that Balwani put in place the culture of secrecy at Theranos. There were no particular conversations or instructions about Theranos' secrecy culture, it was just a general culture of secrecy.

Williams lived in Austin, Texas. Williams had a little contact with Durkin and saw some of the other Theranos employees' activities on social media.