

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/25/2020

Nicole Canas, date of birth (DOB) ▇▇▇, ▇▇ ▇▇▇▇▇▇, was interviewed by telephone. Also present was Assistant United States Attorney John Bostic. After being advised of the identity of the interviewers, that the interview was voluntary, that she could have a lawyer, and the nature of the interview, Canas provided the following information:

Canas was reminded that lying could result in criminal charges.

Canas worked at Theranos from December 2010 to November 2011. Canas made $55,000 a year when she worked at Theranos. Canas left after, in effect, Sunny Balwani fired her. A week after Balwani fired Canas, someone else at Theranos accused Canas of leaving abruptly. In that discussion, Theranos offered Canas her initial position at Theranos back. Since Canas had left Theranos after being promoted, Canas was not interested in the demoted position. Eventually, Theranos paid Canas a severance check.

Canas started at Theranos as a receptionist. In April 2011, Canas was promoted to administration (without a change in pay). Canas posted positions, coordinated interviews, ensured non-disclosure agreements were filed, and organized catering, for instance. Canas' office was a pod outside Paula Chaltas' office. During Canas' time in administration, there were some temporary employees, and none stayed for long.

The day that Balwani fired Canas, Balwani asked Canas if she had completed a particular task. Canas said she had not gotten to that task yet, and Balwani told her since it was not important to her to turn in her badge (which Canas did).

Canas graduated undergrad and was hired to Theranos through a recruiter. Canas understood she was being hired as a receptionist for Theranos and to help coordinate research. However, the first day on the job she was sent on errands. Furthermore, Canas did not realize when she was hired that she was

Investigation on   08/03/2020   at   San Jose, California, United States (Phone)

File #   318A-SF-7315857                                          Date drafted   08/28/2020

by   Adelaida Hernandez

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

not eligible for overtime.

Canas would provide support to whoever needed work. The errands Canas did included grocery shopping for the office, and having breakfast, lunch and dinner catered. Canas would buy separate food for Elizabeth Holmes and Balwani because of their eating restrictions. In addition, Canas would deliver dry cleaning for Balwani and Holmes, and get their vehicles washed. Around the summer a personal assistant for Holmes was hired – Raquel (Callie) Rosendin.

Paula Chaltas oversaw Canas and the other administrative assistants. The administrative assistants, including Chaltas and Canas, worked immediately outside Holmes and Balwani's respective offices. This allowed Holmes and Balwani to ask for things they needed, like refills on hot water and other items. This area is where Canas sat from April 2011 until her departure. Another assistant was Rebecca Walker, she left early in Summer 2011.

Holmes and Balwani did most things together, such as attending meetings and travel.

In a typical day, Canas handled catering for lunch and dinner, trip planning for Balwani and Holmes, and handling non-disclosure agreements (by scanning them and filing them). Canas would assist in compiling Board of Director materials. Canas did not attend Board of Directors meetings (she possibly brought in water) or investor meetings. Canas did not recall high profile visitors, she thought Holmes went to those visitors' locations.

As to secrecy at Theranos, everyone had to sign non-disclosure agreements when they came to Theranos, including the person that came in to water the plants. Literally, any person that walked into Theranos' office had to sign a non-disclosure agreement. Theranos required non-disclosure agreements from everyone because the office was almost all glass, and whiteboards would be visible with work. Canas would not visit Theranos' laboratory unless she was specifically instructed to go get someone. Even in that case, Canas knocked on the door of the laboratory to ask for the person. There was a sign on the lab door requiring safety equipment for entry, which Canas did not have.

Canas did not have an understanding for what was happening in Theranos' lab. Theranos' activity seemed secret and many things seemed to be done behind closed doors. For example, Balwani and Holmes often seemed to close

their doors when having conversations.

When Canas planned traveled in her job, it was usually for Holmes and Balwani travelling together. In the beginning, Holmes and Balwani were scheduled for first class travel and eventually it became mainly chartered planes.

Holmes would arrive at the office around 8:45/9:00 am. Canas would try to set up Holmes' office before she arrived. Catered dinner was made available at 6:00 pm and Holmes would still be at the office. Holmes spent a lot of time in offices, including hers and Balwani, speaking to people, including Balwani and others.

About the time that Canas was fired she was told that an assistant had to be present when Holmes was at work at the weekend. Since Canas left at this time, she did not end up being at work on the weekends. Balwani and Holmes started emphasizing working on the weekends because the scientist and engineers were being pressured to be in the office as many days as possible to get more progress. Canas started ordering catering on the weekend at this point.

Balwani and Holmes seemed to work in a tag team. They would show up to work in separate cars, but almost always still showed up at the same time at work. Balwani and Holmes were coming from the same house, so it made sense they showed up at the same time. Most people at Theranos office knew that Balwani and Holmes were together, although it was not discussed at work, especially in light of the open floor plan at Theranos. It was Canas' second week at Theranos she realized Balwani and Holmes were together because Canas' took Holmes' vehicle to be serviced and Balwani's name was on the registration.

The interactions of Holmes and Balwani were those of equals. Canas could not recall Holmes and Balwani contradicting each other. Canas was not put in a situation where she would have to decide how to prioritize Holmes or Balwani tasks, if they occurred at the same time. Canas did not see disagreements between Holmes and Balwani, though she did not see what happened when the office door was closed. Canas' desk was close enough that she would have heard raised voices in Holmes or Balwani's office and she did not hear raised voices between them. Rarely, maybe once or twice, could the

assistants tell that Balwani and Holmes were upset with each other because when one of them would have their call transferred to the other by the assistants, the other would not pick up. In these situations, it would appear that they were irritated at each other. Canas definitely did not hear shouting between Balwani and Holmes when they spoke to each other in their offices.

Holmes and Balwani gave Canas discrete tasks and Canas did not really experience their management style. Canas did not interacted with Holmes or Balwani much. There was a sentiment in the office about Holmes and Balwani's management styles, although Canas did not personally experience it. Both Holmes and Balwani were frustrated at the employees for things not working or being ready. Holmes and Balwani would tell the employees to just figure out how to make it work when the employees reported something did not work. Holmes and Balwani were of the opinion there were no excuses for things not working, and the employees were not working enough or as fast as needed. Holmes and Balwani would just tell the employees it had to get done. There was just a "carousel" of employees being let go by Theranos from this. Both Holmes and Balwani fired employees, both together and apart.

Holmes and Balwani did not really speak about each other – either positively or negatively. Holmes and Balwani appeared to work well together. While conflict probably happened between Holmes and Balwani, Canas could not recall any specific arguments or incidents. Both Holmes and Balwani had volatile personalities. There was not a specific event Canas recalled about Balwani or Holmes having volatile personalities. Rather Canas recalled that people would be fired after they ticked off Holmes or Balwani in meetings. Balwani would "stomp" around the office. Canas remembered that a scientist upset Holmes one time, and the scientist was let go that same day.

Canas did not travel with Holmes or Balwani. At office parties, Balwani and Holmes did not interact very much. Channing Robertson was often at these parties.

During Canas' time at Theranos there was "regime" change of engineers, because the original plan was not working. Theranos was buying all new materials for these changes. Some at the office would lament about what they were supposed to do with the previous materials, when a million dollars in new materials showed up.

FD-302a (Rev. 5-8-10)

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Nicole Canas , On 08/03/2020 , Page 5 of 5

Holmes and Balwani worked as a unit. Theranos was about what Holmes and Balwani wanted.