1    JOHN D. CLINE (CA State Bar No. 237759)
     50 California Street, Suite 1500
2    San Francisco, CA 94111
     Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3    Email: cline@johndclinelaw.com

4    Attorney for Defendant ELIZABETH A. HOLMES

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                               SAN JOSE DIVISION

9
     UNITED STATES OF AMERICA,              )  Case No. CR-18-00258-EJD
10                                          )
              Plaintiff,                    )  **DECLARATION OF JOHN D. CLINE IN**
11                                          )  **SUPPORT OF MS. HOLMES' RESPONSE TO**
          v.                                )  **MOTION TO INTERVENE FOR THE LIMITED**
12                                          )  **PURPOSE OF MOVING TO EXEMPT JOHN**
     ELIZABETH HOLMES and                   )  **CARREYROU FROM WITNESS EXCLUSION**
13   RAMESH "SUNNY" BALWANI,                )  **AND GAG ORDER**
                                            )
14            Defendants.                   )
                                            )  Hon. Nathanael Cousins
15                                          )
                                            )
16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' RESPONSE TO MOTION
     TO INTERVENE AND TO EXEMPT JOHN CARREYROU FROM WITNESS EXCLUSION AND
     GAG ORDER
     CR-18-00258 EJD

1    I, JOHN D. CLINE, declare as follows:

2    1.    I represent Defendant Elizabeth Holmes in the above-captioned matter.  I submit this

3    declaration in support of Ms. Holmes' Response to Motion to Intervene for the Limited Purpose of

4    Moving to Exempt John Carreyrou from Witness Exclusion and Gag Order.

5    2.    Attached to this declaration are seven exhibits.

6    3.    The contents of the exhibits are as follows:

7    a.    Exhibit 1 is a true and correct copy of a February 1, 2021 Memorandum of

8    Interview of Dr. Kingshuk Das, Bates-stamped US-REPORTS-0024149.

9    b.    Exhibit 2 is a true and correct copy of an email exchange dated June 16, 2015

10   between Penny Keller, Sarah Bennett, and Penelope Meyers, as well as preceding email exchanges on

11   the same thread.  This document is Bates-stamped CMS056877, and has been redacted to conceal

12   personal information.

13   c.    Exhibit 3 is a true and correct copy of an email dated December 16, 2015 between

14   Lauren Shaham, Karen Dyer, Jan Tarantino, Sarah Bennett, David Wright, Gary Yamamoto, Jack

15   Cheevers, Kate Goodrich, Thomas Hamilton, Jean Moody-Williams, and Jennifer Druckman, as well as

16   underlying emails in the same email thread.  This document is Bates-stamped CMS042208, and has

17   been redacted to conceal personal information.

18   d.    Exhibit 4 is a true and correct copy of an email dated November 3, 2015 between

19   Lauren Shaham, Karen Dyer, Jan Tarantino and Sarah Bennett, as well as underlying emails in the same

20   email thread.  The document is Bates-stamped CMS008732, and has been redacted to conceal personal

21   information.

22   e.    Exhibit 5 is a true and correct copy of a November 2, 2015 email between Lauren

23   Shaham and Aaron Albright entitled "FW: Requirements for laboratory directors," as well as underlying

24   emails in the same thread.  The document is Bates-stamped CMS007240, and has been redacted to

25   conceal personal information.

26   f.    Exhibit 6 is a true and correct copy of a June 5, 2015 email entitled "WSJ Inquiry

27

28   DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' RESPONSE TO MOTION
TO INTERVENE AND TO EXEMPT JOHN CARREYROU FROM WITNESS EXCLUSION AND
GAG ORDER
CR-18-00258 EJD

1

1    on Theranos" between Lauren Shaham, Lauren Crawford, Veronica Jackson, Katie Hill, Jennifer

2    Dooren, and Aaron Albright, as well as underlying emails in the same thread.  The document is Bates-

3    stamped CMS005125, and has been redacted to conceal personal information.

4                    g.        Exhibit 7 is a true and correct copy of an August 29, 2019 Memorandum of

5    Interview of Surekha Gangakhedkar, Bates-stamped US-REPORTS-0013609.

6            I declare under penalty of perjury that the foregoing is true and correct.

7            Executed this 13th day of October 2021 in San Jose, CA.

8

9

10

11                                                                      JOHN D. CLINE
                                                                        Attorney for Elizabeth Holmes
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' RESPONSE TO MOTION
     TO INTERVENE AND TO EXEMPT JOHN CARREYROU FROM WITNESS EXCLUSION AND
     GAG ORDER
     CR-18-00258 EJD
                                                     2