# Exhibit 3

| | |
|---|---|
| From: | Shaham, Lauren (CMS/OC) |
| To: | Dyer, Karen (CMS/CCSQ); Tarantino, Jan V. (CMS/CCSQ); Bennett, Sarah F. (CMS/CCSQ); Wright, David R. (CMS/CCSQ); Yamamoto, Gary K. (CMS/CQISCO); Cheevers, Jack (CMS/CFMFFSO) |
| CC: | Goodrich, Kate (CMS/CCSQ); Hamilton, Thomas E. (CMS/CCSQ); Moody-Williams, Jean D. (CMS/CCSQ); Druckman, Jennifer (CMS/OL) |
| Sent: | 12/16/2015 12:34:53 AM |
| Subject: | Wall street journal theranos |

Fyi.

Sent from my mobile. Please excuse errors.


-----Original Message-----
**From:** Carreyrou, John
**Sent:** Tuesday, December 15, 2015 01:42 PM Eastern Standard Time
**To:** Shaham, Lauren (CMS/OC)
**Subject:** article

Lauren,

Looks like my story about the two former Theranos employees' complaints to CMS and the FDA could run tomorrow night online and in Thursday's print paper. I'm going to say that both agencies are looking into these respective complaints because that's what my sources have told me. I'm also going to make mention of the CMS inspection of Theranos's Newark, California laboratory last month. I plan on saying that the outcome of that inspection is unclear. As recently as Friday, Theranos told me via its new spokeswoman that it hadn't received the inspectors' report.

I wanted to give you a heads-up in case CMS wants to comment on any of this.

Thanks,
John

--
John Carreyrou
The Wall Street Journal