JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | |
| v. | **DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' NOTICE OF OBJECTION TO TX 167** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' NOTICE OF OBJECTION TO TX 167
CR-18-00258 EJD

I, JOHN D. CLINE, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Notice of Objection to TX 167.

2. Attached to this declaration are 3 exhibits.

3. The contents of the exhibits are as follows:

    a. Exhibit 1 is a true and correct copy of TX 167, a document dated December 31, 2008 and Bates-stamped PFE0000043.

    c. Exhibit 2 is a true and correct copy of TX 143, an email between Elizabeth Holmes, Dr. Aidan Power, Craig Lipset, and Marc Thibbonnier and attachment, dated October 11, 2008, and Bates-stamped THER-2605305.

    e. Exhibit 3 is a true and correct copy of an August 24, 2021 Memorandum of Interview of Dr. Shane Weber, Bates-stamped US-REPORTS-0034798.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of October 2021 in San Jose, CA.

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' NOTICE OF OBJECTION TO TX 167
CR-18-00258 EJD

1