STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. 18-CR-00258 EJD<br><br>**NOTICE OF APPEARANCE OF<br>AMANI S. FLOYD** |

NOTICE OF APPEARANCE OF AMANI S. FLOYD
CASE NO. 18-258 EJD

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Amani S. Floyd, admitted to practice in the United States District Court for the Northern District of California, acting as an Assistant United States Attorney, hereby appears as counsel of record on behalf of the United States of America, in addition to current government counsel, in the above-captioned matter, and respectfully requests that all pleadings and other documents be served upon her at:

> AMANI S. FLOYD (CABN #301506)
> Assistant United States Attorney
> 450 Golden Gate Ave., 11th Floor
> San Francisco, CA 94102
> (415) 436-6940
> Amani.Floyd@usdoj.gov

DATED: October 25, 2021               Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR

*/s/ Amani S. Floyd*
AMANI S. FLOYD
Assistant United States Attorneys