STEVEN D. ZANSBERG (SBN 177528)

Law Office of Steven D. Zansberg, LLC
100 Fillmore Street, Suite 500
Denver, Colorado 80206
Phone Number (303) 385-8698
Fax Number: (720) 650-4763
Email:  steve@zansberglaw.com

Attorney for Proposed Intervenor Media Coalition

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br>Defendants. | Case No. 18-cr-00258-EJD<br><br>**DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT OF MEDIA COALITION'S ADMINISTRATIVE MOTION TO FILE UNDEAR SEAL ITS SUPPLEMENTAL REPLY IN SUPPORT OF ITS MOTION TO UNSEAL COMPLETED QUESTIONNAIRES OF SEATED JURORS AND ALTERNATES**<br><br>Courtroom: 4, 5th Floor<br>Hon. Edward J. Davila |

I, Steven D. Zansberg, declare as follows:

1.     I represent the Media Coalition in the above-captioned matter.  I submit this declaration in support of the Media Coalition's Administrative Motion for Leave to File Under Seal its Supplemental Reply in support of its Motion Seeking the Unsealing of Completed Questionnaires of Seated Jurors and Alternates, which is the only document sought to be sealed.

2.     The undersigned respectfully submits that sealed filing is warranted due to the sealed nature of the transcripts cited in the unredacted version of Media Coalition's Supplemental Reply in support of its Motion Seeking the Unsealing of the Completed Questionnaires of Seated Jurors and Alternates.

3.     A redacted version of the Media Coalition's Supplemental Reply in support of its Motion Seeking the Unsealing of the Completed Questionnaires of Seated Jurors and Alternates has been filed on the public docket.

DATED: November 1, 2021

*/s/ Steven D. Zansberg*_____

STEVEN D. ZANSBERG
Attorney for The Media Coalition

(American Broadcasting Companies, Inc. d/b/a ABC News, the Associated Press, Bloomberg L.P., The Daily Mail, Dow Jones and Company, Inc., NBCUniversal Media, LLC,  The New York Times Company, Portfolio Media, Inc. – publisher of Law360, Three Uncanny Four LLC, and the Washington Post Company)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, a copy of this filing was delivered via ECF to all counsel of record.

*/s/ Steven D. Zansberg*_____
STEVEN D. ZANSBERG

DECLARATION OF STEVEN D. ZANSBERG            CASE NO. 18-CR-00258-EJD
IN SUPPORT OF MEDIA COALITION'S ADMINISTRATIVE
MOTION SEEKING LEAVE TO FILE UNDER SEAL
ITS SUPPLEMENTAL REPLY

- 1 -