STEVEN D. ZANSBERG (SBN 177528)

Law Office of Steven D. Zansberg, LLC
100 Fillmore Street, Suite 500
Denver, Colorado 80206
Phone Number (303) 385-8698
Fax Number: (720) 650-4763
Email: steve@zansberglaw.com

Attorney for Proposed Intervenor Media Coalition

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-cr-00258-EJD<br><br>**[proposed] ORDER GRANTING MEDIA COALITION'S ADMINITSTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL ITS SUPPLEMENTAL REPLY IN SUPPORT OF ITS MOTION TO UNSEAL COMPLETED UESTIONNAIRES OF SEATED JURORS AND ALTERNATES** |

This Cause having come before the Court upon the Media Coalition's Administrative Motion for Leave to File Under Seal its Supplemental Reply in support of its Motion to Unseal Completed Questionnaires of Seated Jurors and Alternates ("Supplemental Reply"). After due consideration of the filings and the governing law,

IT IS HEREBY ORDERED that the Media Coalition's Administrative Motion is GRANTED. Accordingly, the Media Coalition's Supplemental Reply shall be maintained under seal until further order of the Court.

IT IS SO ORDERED.

1 | Dated: November_____, 2021

2 |                                                Hon. Edward J. Davila

3 |                                                United States District Judge