ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759
jcoopersmith@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>           Defendants. | Case No. 18-CR-00258-EJD<br><br>**MOTION TO WITHDRAW JENNA VILKIN AS COUNSEL FOR RAMESH "SUNNY" BALWANI**<br><br> Judge:   Honorable Edward J. Davila |

Pursuant to the Northern District of California's Criminal Local Rule 44-2(b), Defendant Ramesh "Sunny" Balwani respectfully requests that Jenna Vilkin be withdrawn as counsel of record for Mr. Balwani in this matter. After November 10, 2021, the undersigned attorney will no longer be at the law firm Orrick, Herrington & Sutcliffe LLP, and will no longer participate in this case. All other attorneys at the law firms Orrick, Herrington & Sutcliffe LLP and Corr Cronin LLP who have appeared in this case for Mr. Balwani will continue to represent him in this case.

Pursuant to Criminal Local Rule 44-2(b), all parties in this matter have been notified by serving a copy of this motion on them through the ECF system. Mr. Balwani has been notified by delivering a copy of this motion to him by email.

DATED: November 10, 2021

*/s/ Jenna Vilkin*
JENNA VILKIN (SBN 307559)

Withdrawing Attorney for Ramesh "Sunny" Balwani