1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
2  405 Howard Street
   San Francisco, CA 94105-2669
3  Telephone:   +1-415-773-5700
   Facsimile:    +1-415-773-5759
4  jcoopersmith@orrick.com

5

6  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA,           | Case No. 18-CR-00258-EJD

13 |              Plaintiff,              | **[PROPOSED] ORDER GRANTING
                                          | MOTION TO WITHDRAW JENNA
14 |      v.                              | VILKIN AS COUNSEL FOR RAMESH
                                          | "SUNNY" BALWANI**
15 | ELIZABETH HOLMES and RAMESH
   | "SUNNY" BALWANI,
16 |                                      | Judge:   Honorable Edward J. Davila
   |              Defendants.
17

Having considered the Motion to Withdraw Jenna Vilkin as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____

Honorable Edward J. Davila
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JENNA VILKIN AS COUNSEL FOR RAMESH "SUNNY" BALWANI, CASE NO. 18-CR-00258-EJD

1