```
1    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
2    405 Howard Street
     San Francisco, CA 94105-2669
3    Telephone:    +1-415-773-5700
     Facsimile:    +1-415-773-5759
4    jcoopersmith@orrick.com

5

6    Attorneys for Defendant
     RAMESH "SUNNY" BALWANI
7
```

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JENNA VILKIN AS COUNSEL FOR RAMESH "SUNNY" BALWANI |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Judge:   Honorable Edward J. Davila |

Having considered the Motion to Withdraw Jenna Vilkin as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: 11/10/2021

_____
Honorable Edward J. Davila
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JENNA VILKIN AS COUNSEL FOR RAMESH "SUNNY" BALWANI,
CASE NO. 18-CR-00258-EJD

1