JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>            Defendant. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO FILE AN OVERSIZED BRIEF SUPPORTING HIS MOTIONS IN LIMINE**<br><br>Judge:   Honorable Edward J. Davila |

Defendant Ramesh "Sunny" Balwani moves under Local Criminal Rule 2-1 and Local Civil Rule 7-4(b) to enlarge the number of pages for briefing supporting his motions in limine. Mr. Balwani was prepared to file separate motions in limine on each topic, each of which would have been within the 25-page limit set by Local Civil Rule 7-2. On the morning that motions in limine were due, Mr. Balwani's counsel received direction from the Court to combine all motions in limine into one document. Mr. Balwani has complied with the Court's direction, which created a longer filing of 76 pages, including all tables and captions.

Undersigned counsel conferred by email with counsel for the government. Assistant United States Attorney Robert Leach responded that the government objects to the overlength brief.

This is a highly complex case with considerably involved evidentiary issues. The trial of Mr. Balwani's co-defendant, Elizabeth Holmes, is ongoing after more than two and a half months. Ms. Holmes was allowed to file nineteen motions in limine totaling over 180 pages of memoranda not including supporting materials, with no apparent objection by the government.

And Mr. Balwani has the same right to file motions in his case as Ms. Holmes did. Mr. Balwani is not bound by rulings in Ms. Holmes' case. *See Askins v. U.S. Dep't of Homeland Sec.*, 899 F.3d 1035, 1042 (9th Cir. 2018) (law of the case "does not preclude a [trial] court from reassessing its own legal rules in the same case"); *United States v. Guy*, 903 F.2d 1240 (9th Cir. 1990) (law of the case does not apply to rulings governing the severed trials of co-defendants). "This is consistent with the principle that each party is accorded a full and fair opportunity to litigate a particular issue." *United States v. Brown*, 761 F.2d 1272, 1275–76 (9th Cir. 1985).

For these reasons, we ask that the Court grant this motion for enlargement of pages.

Dated: November 19, 2021

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP


*s/Jeffrey B. Coopersmith*
JEFFREY B. COOPERSMITH

Attorney for Defendant
RAMESH "SUNNY" BALWANI