JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	(415) 773-5700
Facsimile:	(415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH BALWANI'S MOTION TO FILE OVERLENGTH BRIEF SUPPORTING HIS MOTIONS IN LIMINE**<br><br>Judge:  Honorable Edward J. Davila |

**DECLARATION OF JEFFREY B. COOPERSMITH**

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani in this case, an attorney admitted to practice in the State of California, and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP. I write this motion in support of Mr. Balwani's request to file an overlength brief supporting his motions in limine.

2. On November 19, 2021, after learning of the Court's directive that motions in limine be combined into a single document, I sent an email to counsel for the government asking whether they objected to Mr. Balwani's filing an overlength brief. Assistant United States Attorney Robert Leach responded that the government objects to the overlength brief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 19, 2021 at San Jose, California.

*s/Jeffrey B. Coopersmith*
JEFFREY B. COOPERSMITH