| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | JEFFREY B. SCHENK (CABN 234355)<br>JOHN C. BOSTIC (CABN 264367) |
| 5 | ROBERT S. LEACH (CABN 196191)<br>KELLY I. VOLKAR (CABN 301377) |
| 6 | Assistant United States Attorneys |
| 7 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 8 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 9 | Kelly.Volkar@usdoj.gov |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>    Defendant. | Case No. 18-CR-00258 EJD<br><br>DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' MOTIONS *IN LIMINE*<br><br>Date:   December 16, 2021<br>Time:   9:00 a.m.<br>Court:  Hon. Edward J. Davila |

1  I, Kelly I. Volkar, declare:

2  1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

3  2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Balwani's expert disclosure, sent to the government via email on November 12, 2021.

4  3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on November 19, 2021.

DATED: November 19, 2021

 /s/ Kelly I. Volkar
 KELLY I. VOLKAR
 Assistant United States Attorney