# EXHIBITS 1-14 TO THE DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH BALWANI'S OMNIBUS MOTIONS IN LIMINE

# EXHIBIT 1

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

       UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                        )
                       PLAINTIFF,        )   SAN JOSE, CALIFORNIA
7                                        )
              VS.                        )   VOLUME 6
8                                        )
       ELIZABETH A. HOLMES,              )   SEPTEMBER 14, 2021
9                                        )
                       DEFENDANT.        )   PAGES 660 - 854
10     _____  )

11
                    TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
       A P P E A R A N C E S:
14
       FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                            BY:  JOHN C. BOSTIC
                                   JEFFREY B. SCHENK
16                            150 ALMADEN BOULEVARD, SUITE 900
                              SAN JOSE, CALIFORNIA 95113
17
                              BY:  ROBERT S. LEACH
18                                 KELLY VOLKAR
                              1301 CLAY STREET, SUITE 340S
19                            OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21
       OFFICIAL COURT REPORTERS:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23                            LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

661

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  JEAN RALPH FLEURMONT
                               725 TWELFTH STREET, N.W.
 6                             WASHINGTON, D.C. 20005

 7                             LAW OFFICE OF JOHN D. CLINE
                               BY:  JOHN D. CLINE
 8                             ONE EMBARCADERO CENTER, SUITE 500
                               SAN FRANCISCO, CALIFORNIA 94111
 9

10     ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
                               BY:  ADELAIDA HERNANDEZ
11
                               OFFICE OF THE U.S. ATTORNEY
12                             BY:  LAKISHA HOLLIMAN, PARALEGAL
                                    MADDI WACHS, PARALEGAL
13
                               WILLIAMS & CONNOLLY
14                             BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                             TBC
                               BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25
```

662

1

                        INDEX OF PROCEEDINGS
2
          GOVERNMENT'S:
3


4       **SO HAN SPIVEY (A.K.A. DANISE YAM)**
        DIRECT EXAM BY MR. LEACH (RES.)          P. 685
5       CROSS-EXAM BY MR. WADE                    P. 740
        REDIRECT EXAM BY MR. LEACH                P. 783
6


7       **ERIKA CHEUNG**
        DIRECT EXAM BY MR. BOSTIC                 P. 789
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CHEUNG DIRECT BY MR. BOSTIC

12:41PM 1    LAB ASSOCIATE, AND THEN WAS INTEGRATED INTO THE CLINICAL LAB AS

12:41PM 2    A LAB ASSOCIATE WHERE THE CLINICAL LAB IS EFFECTIVELY WHERE THE

12:41PM 3    PATIENT PROCESSING OCCURRED OR OCCURS AT THERANOS.

12:41PM 4    Q.   WHAT WERE YOUR DATES OF EMPLOYMENT AT THERANOS?

12:41PM 5    A.   I WORKED AT THERANOS OCTOBER 2013 TO ABOUT APRIL OF 2014.

12:41PM 6    Q.   OKAY.  APPROXIMATELY SIX MONTHS GIVE OR TAKE?

12:41PM 7    A.   YES.

12:41PM 8    Q.   HOW DID YOUR EMPLOYMENT AT THERANOS END?  WERE YOU

12:41PM 9    TERMINATED?  LAID OFF?  DID YOU RESIGN?

12:42PM 10   A.   I RESIGNED.

12:42PM 11   Q.   AND IN GENERAL TERMS, WHAT WAS THE REASON FOR RESIGNING

12:42PM 12   FROM YOUR JOB AT THERANOS?

12:42PM 13   A.   I LEFT THERANOS BECAUSE I WAS UNCOMFORTABLE PROCESSING

12:42PM 14   PATIENT SAMPLES AND I DID NOT FEEL THAT THE TECHNOLOGY THAT WE

12:42PM 15   WERE USING IN ORDER TO PROCESS PATIENT SAMPLES WAS ADEQUATE

12:42PM 16   ENOUGH TO BE ENGAGING IN THAT BEHAVIOR OF PROCESSING PATIENT

12:42PM 17   SAMPLES.

12:42PM 18       AFTER LOTS OF CONVERSATIONS WITH VARIOUS EXECUTIVES AND

12:42PM 19   PEOPLE WITHIN THE ORGANIZATION, I HAD MADE THE DECISION TO

12:42PM 20   LEAVE THE ORGANIZATION.

12:42PM 21   Q.   OKAY.  LET'S GO BACK IN TIME A LITTLE BIT.

12:42PM 22       CAN YOU SUMMARIZE YOUR EDUCATION FOR ME BEGINNING POST

12:42PM 23   HIGH SCHOOL?

12:42PM 24   A.   POST HIGH SCHOOL EDUCATION, I GRADUATED FROM

12:42PM 25   U.C. BERKELEY, UNIVERSITY OF CALIFORNIA BERKELEY, AND I

12:42PM 1   RECEIVED A DEGREE IN MOLECULAR AND CELLULAR BIOLOGY AND A

12:43PM 2   BACHELOR'S IN LINGUISTICS, SO A DUAL DEGREE.

12:43PM 3   Q.   WAS THERANOS YOUR FIRST EMPLOYMENT OUT OF COLLEGE?

12:43PM 4   A.   YES.

12:43PM 5   Q.   AND HOW DID YOU FIRST HEAR ABOUT THE COMPANY THERANOS?

12:43PM 6   A.   I FIRST HEARD ABOUT THERANOS AT A STUDENT CAREER FAIR AT

12:43PM 7   THE U.C. BERKELEY CAMPUS, AND ESSENTIALLY THEY'RE BOOTHS SET UP

12:43PM 8   WITH DIFFERENT COMPANIES, AND THERANOS HAD PROBABLY THE MOST

12:43PM 9   POPULAR BOOTH.  IT HAD KIND OF A LINE OUT THE DOOR OF PEOPLE

12:43PM 10  WAITING TO TALK TO THE RECRUITER THERE, AND SO I WAITED IN LINE

12:43PM 11  TO TALK TO ONE OF THE RECRUITERS TO BE A PART OF THE COMPANY.

12:43PM 12  Q.   AND AT THAT TIME DID YOU KNOW MUCH ABOUT THE BUSINESS OF

12:43PM 13  THE COMPANY, WHAT IT WAS DOING?

12:43PM 14  A.   NO.

12:43PM 15  Q.   DID YOU THEN GO THROUGH THE JOB INTERVIEW PROCESS FOR A

12:43PM 16  POSITION AT THERANOS?

12:43PM 17  A.   YES.  SO ESSENTIALLY AFTER WAITING IN LINE, I HANDED OVER

12:43PM 18  MY RESUME TO THE RECRUITER, AND SHE SAID WE'RE HIRING A WHOLE

12:44PM 19  BUNCH OF PEOPLE FOR MANY DIFFERENT POSITIONS, LET ME SUBMIT

12:44PM 20  YOUR RESUME AND GIVE YOU A CALL TO SEE WHAT OPENING POSITIONS

12:44PM 21  YOU'LL HAVE.

12:44PM 22      SO AFTER I SUBMITTED MY RESUME I HAD GOTTEN A CALL BACK

12:44PM 23  AND THEY HAD TOLD ME THAT I HAD A PHONE INTERVIEW WITH THE

12:44PM 24  COMPANY FOR A POTENTIAL POSITION, AN ENTRY LEVEL POSITION.

12:44PM 25      AND THEN I PROCEEDED TO GO THROUGH THEIR INTERVIEW PROCESS

12:54PM 1      A.   YES.

12:54PM 2      Q.   HOW ABOUT THE DEVICES USED BY THE COMPANY.  AS PART OF

12:54PM 3      YOUR ROLE DID YOU BECOME FAMILIAR WITH THE KINDS OF ANALYZERS

12:54PM 4      THAT THERANOS WAS USING TO TEST PATIENT BLOOD SAMPLES?

12:54PM 5      A.   YES.

12:54PM 6      Q.   AND DID THERANOS MANUFACTURE SOME BLOOD ANALYZERS?

12:54PM 7      A.   YES, THEY DID.

12:54PM 8      Q.   WHAT WERE THOSE?

12:55PM 9      A.   THE DEVICES THAT THERANOS MANUFACTURED WERE THE EDISON,

12:55PM 10     THE EDISON DEVICES.

12:55PM 11     Q.   AND WERE THERE DIFFERENT VERSIONS OF THE EDISON DEVICES?

12:55PM 12     A.   YES.  SO THERE WAS THE EDISON 3.0'S AND THE EDISON 3.5'S.

12:55PM 13     Q.   AND WERE THOSE TWO DIFFERENT VERSIONS OF THE SAME BASIC

12:55PM 14     DEVICE?

12:55PM 15     A.   YES.

12:55PM 16     Q.   AND THERE'S A BINDER ON THE DESK IN FRONT OF YOU.  IF I

12:55PM 17     COULD ASK YOU TO OPEN THAT AND TURN TO A TAB LABELLED

12:55PM 18     EXHIBIT 5388.

12:55PM 19          LET ME KNOW WHEN YOU'RE THERE.

12:55PM 20     A.   IS IT IN THE FRONT OF 5388 OR THE BACK?

12:55PM 21     Q.   IT SHOULD BE IN THE BACK.  I THINK IT'S THE SECOND TO THE

12:55PM 22     LAST TAB IN THE BINDER.

12:55PM 23     A.   YES.

12:55PM 24     Q.   AND YOU SHOULD BE LOOKING AT AN IMAGE.

12:55PM 25     A.   YES.

CHEUNG DIRECT BY MR. BOSTIC                                    806

01:02PM  1    THERANOS WAS OFFERING AT THE TIME?

01:02PM  2    A.   YES.

01:02PM  3    Q.   I THINK YOU JUST ANSWERED THIS QUESTION AS WELL, BUT JUST

01:02PM  4    TO BE CLEAR, DURING YOUR TIME AT THERANOS, DID THERANOS RUN

01:02PM  5    PATIENT BLOOD TESTS ONLY ON THE EDISON, THE THERANOS BUILT

01:03PM  6    ANALYZER?

01:03PM  7    A.   NO.

01:03PM  8    Q.   DID IT USE OTHER TYPES OF DEVICES FOR PATIENT BLOOD SAMPLE

01:03PM  9    TESTING?

01:03PM  10   A.   YES.

01:03PM  11   Q.   WHAT WERE THE OTHER TYPES OF DEVICES THAT THERANOS USED

01:03PM  12   FOR PATIENT SAMPLE TESTING?

01:03PM  13   A.   SO THERANOS HAD UTILIZED OTHER FDA APPROVED MACHINES THAT

01:03PM  14   THEY HAD MODIFIED IN ORDER TO BE ABLE TO HANDLE THE SMALL BLOOD

01:03PM  15   SAMPLES THAT WE HAD.

01:03PM  16       SO ONE OF THEM FOR CHEMISTRY SAMPLES WAS CALLED THE

01:03PM  17   SIEMENS ADVIA, AND THAT'S A NORMAL FDA APPROVED MACHINE THAT

01:03PM  18   YOU WOULD FIND IN HOSPITALS AND YOU CAN BUY OFF THE SHELF.

01:03PM  19       ANOTHER ONE FOR ALL OF THE HEMATOLOGY SAMPLES WE WOULD USE

01:03PM  20   A MACHINE CALLED THE BSD FORTESSA, IT'S A FLOW CYTOMETER, AND

01:03PM  21   THAT WAS ANOTHER DEVICE THAT WE USED IN ORDER TO RUN ALL OF THE

01:04PM  22   CYTOLOGY OR HEMATOLOGY SAMPLES.

01:04PM  23   Q.   THE DEVICES THAT YOU'RE TALKING ABOUT RIGHT NOW, WERE

01:04PM  24   THOSE DEVICES MANUFACTURED OR DEVELOPED BY THERANOS?

01:04PM  25   A.   NO.

01:04PM  1    Q.   WERE THEY INSTEAD DEVELOPED AND SOLD BY THIRD PARTY

01:04PM  2    COMPANIES?

01:04PM  3    A.   YES.

01:04PM  4    Q.   IN THE BINDER IN FRONT OF YOU, CAN I ASK YOU TO TURN TO

01:04PM  5    EXHIBIT 5389.  THAT SHOULD BE JUST THE NEXT ONE IN ORDER.

01:04PM  6         YOU SHOULD SEE AN IMAGE THERE.

01:04PM  7    A.   YES.

01:04PM  8    Q.   AND DO YOU RECOGNIZE WHAT IS DEPICTED IN THAT IMAGE?

01:04PM  9    A.   YES.  THIS IS THE SIEMENS ADVIA.

01:04PM  10   Q.   IS THE IMAGE MARKED AS EXHIBIT 5389 A TRUE AND CORRECT

01:04PM  11   DEPICTION OF THAT DEVICE BASED ON YOUR EXPERIENCE?

01:04PM  12   A.   YES.

01:04PM  13        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT WOULD MOVE

01:04PM  14   TO ADMIT EXHIBIT 5389 AT THIS TIME.

01:04PM  15        MR. WADE:  NO OBJECTION, YOUR HONOR.

01:04PM  16        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:04PM  17   (GOVERNMENT'S EXHIBIT 5389 WAS RECEIVED IN EVIDENCE.)

01:04PM  18   BY MR. BOSTIC:

01:04PM  19   Q.   MS. CHEUNG, ARE WE NOW LOOKING AT THE SIEMENS ADVIA

01:05PM  20   ANALYZER?

01:05PM  21   A.   YES.

01:05PM  22   Q.   AND WHAT DID THIS LOOK LIKE IN PERSON?

01:05PM  23   A.   THIS DEVICE, IT'S LARGER.  IT'S ABOUT THE SIZE OF -- IT

01:05PM  24   WOULD BE LIKE THE SIZE OF A WASHER AND DRYER IF YOU PUT IT

01:05PM  25   TOGETHER, SO IT WAS QUITE LARGE.  YOU COULD FIT PROBABLY TWO TO

01:13PM 1    SIGNIFICANTLY MORE TYPES OF ASSAYS THAN THE THERANOS-BUILT

01:13PM 2    EDISON?

01:13PM 3    A.   YES.

01:13PM 4    Q.   AND WERE THERE SOME -- LET ME FIRST ASK, THE TEST THAT

01:13PM 5    COULD NOT BE RUN ON THE EDISON, FOR EXAMPLE, YOU LISTED SEVERAL

01:13PM 6    OF THE COMMON PANELS IN THAT LIST; IS THAT RIGHT?

01:13PM 7    A.   YES.

01:13PM 8    Q.   AND ARE THEY CALLED COMMON PANELS BECAUSE THEY'RE COMMON

01:13PM 9    AND FREQUENTLY ORDERED?

01:13PM 10   A.   YES.

01:13PM 11   Q.   LOOKING AT THE TEST MENU, WERE THERE SOME THAT COULD NOT

01:13PM 12   BE RUN ON THE EDISON OR THE THIRD PARTY MODIFIED?

01:13PM 13   A.   YES.

01:13PM 14   Q.   AND WHAT DID THERANOS DO TO RUN THOSE TESTS?

01:14PM 15   A.   SO THERANOS ARE SOME OF THESE FDA APPROVED MACHINES, SORT

01:14PM 16   OF PREDICATED MACHINES IN AN UPSTAIRS LABORATORY WHERE THEY

01:14PM 17   COULD RUN SOME VENOUS SAMPLES, SO THEY WOULD COLLECT A VENOUS

01:14PM 18   TUBE AND RUN THEM IN THE UPSTAIRS LABORATORY.

01:14PM 19        AND IF IT WAS SOMETHING THAT WE DIDN'T POSSESS IN HOUSE IN

01:14PM 20   ORDER TO PROCESS, IT WOULD BE SENT TO AN ORGANIZATION CALLED

01:14PM 21   ARUP, IT'S A-R-U-P, LABORATORIES, ALL CAPS FOR A-R-U-P, IN

01:14PM 22   ORDER TO DO THE ONES THAT WE DIDN'T HAVE IN-HOUSE CAPABILITIES

01:14PM 23   TO RUN.

01:14PM 24   Q.   SO NOW WE'RE TALKING ABOUT DEVICES THAT WERE NOT INVENTED

01:14PM 25   OR MANUFACTURED BY THERANOS; IS THAT CORRECT?

01:14PM   1      A.   YES.

01:14PM   2      Q.   AND DEVICES THAT HAVE NOT BEEN CHANGED OR ALTERED BY

01:14PM   3      THERANOS IN ANY WAY?

01:14PM   4      A.   YES.

01:14PM   5      Q.   ARE THESE DEVICES THAT ANY BLOOD LAB TO YOUR KNOWLEDGE

01:14PM   6      COULD PURCHASE AND OPERATE THE SAME WAY THAT THERANOS DID?

01:15PM   7      A.   YES.

01:15PM   8      Q.   AM I UNDERSTANDING CORRECTLY THAT EVEN THOSE CATEGORIES

01:15PM   9      THAT WE'VE TALKED ABOUT, THE THERANOS'S BUILT EDISON, THE

01:15PM  10      MODIFIED THIRD PARTY DEVICES, AND THE UNMODIFIED STORE BOUGHT

01:15PM  11      THIRD PARTY DEVICES, THOSE THREE CATEGORIES WERE STILL NOT

01:15PM  12      SUFFICIENT FOR THERANOS TO BE ABLE TO CONDUCT ALL OF THE

01:15PM  13      TESTING THAT IT OFFERED?

01:15PM  14      A.   YES.

01:15PM  15      Q.   AND HOW DID IT HANDLE THE KINDS OF TESTS THAT IT COULD NOT

01:15PM  16      PERFORM IN HOUSE?

01:15PM  17      A.   IT WOULD SEND THEM OFF TO A THIRD PARTY ESSENTIALLY TO RUN

01:15PM  18      THOSE SAMPLES.

01:15PM  19      Q.   AND THAT WAS AN INDEPENDENT THIRD PARTY NOT AFFILIATED

01:15PM  20      WITH THERANOS?

01:15PM  21      A.   YES.

01:15PM  22      Q.   I'D LIKE TO TALK A LITTLE BIT ABOUT YOUR WORK IN THE

01:15PM  23      RESEARCH AND DEVELOPMENT LAB?

01:15PM  24      A.   OKAY.

01:15PM  25      Q.   WHEN YOU WERE WORKING IN R&D, DID YOU COME TO UNDERSTAND

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                        _____
                         IRENE RODRIGUEZ, CSR, CRR
17                        CERTIFICATE NUMBER 8076

18

19                        _____
                         LEE-ANNE SHORTRIDGE, CSR, CRR
20                        CERTIFICATE NUMBER 9595

21                        DATED:  SEPTEMBER 14, 2021

22

23

24

25

```
 1

 2                    UNITED STATES DISTRICT COURT

 3                  NORTHERN DISTRICT OF CALIFORNIA

 4                        SAN JOSE DIVISION

 5
        UNITED STATES OF AMERICA,      )  CR-18-00258-EJD
 6                                     )
                     PLAINTIFF,        )  SAN JOSE, CALIFORNIA
 7                                     )
                VS.                    )  VOLUME 7
 8                                     )
        ELIZABETH A. HOLMES,           )  SEPTEMBER 15, 2021
 9                                     )
                     DEFENDANT.        )  PAGES 855 - 1059
10      _____)

11                  TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13
        A P P E A R A N C E S:
14
        FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                            BY:  JOHN C. BOSTIC
                                   JEFFREY B. SCHENK
16                            150 ALMADEN BOULEVARD, SUITE 900
                              SAN JOSE, CALIFORNIA 95113
17
                              BY:  ROBERT S. LEACH
18                                 KELLY VOLKAR
                              1301 CLAY STREET, SUITE 340S
19                            OAKLAND, CALIFORNIA 94612

20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21
        OFFICIAL COURT REPORTERS:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23                            LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                TRANSCRIPT PRODUCED WITH COMPUTER
```

856

```
 1
         A P P E A R A N C E S: (CONT'D)
 2


 3
      FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
 4                            BY:  KEVIN M. DOWNEY
                                   LANCE A. WADE
 5                                 KATHERINE TREFZ
                              725 TWELFTH STREET, N.W.
 6                            WASHINGTON, D.C. 20005

 7                            LAW OFFICE OF JOHN D. CLINE
                              BY:  JOHN D. CLINE
 8                            ONE EMBARCADERO CENTER, SUITE 500
                              SAN FRANCISCO, CALIFORNIA 94111
 9

10    ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
                             BY:  ADELAIDA HERNANDEZ
11
                             OFFICE OF THE U.S. ATTORNEY
12                           BY:  LAKISHA HOLLIMAN, PARALEGAL
                                  MADDI WACHS, PARALEGAL
13
                             WILLIAMS & CONNOLLY
14                           BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                           TBC
                             BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25
```

1

INDEX OF PROCEEDINGS

2

GOVERNMENT'S:

3

4   **ERIKA CHEUNG**
DIRECT EXAM BY MR. BOSTIC (RES.)          P. 897
5   CROSS-EXAM BY MR. WADE                     P. 990

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10:18AM  1    THE PROBLEMS WITH THE QC FAILING, BUT IT CAUSED A WHOLE WEALTH

10:19AM  2    OR OTHER OPERATIONAL ISSUES WITHIN THERANOS, TOO.

10:19AM  3    Q.   I UNDERSTOOD FROM YOUR TESTIMONY THAT MANY DIFFERENT

10:19AM  4    POSSIBLE REASONS FOR THE QC FAILURES WERE DISCUSSED.

10:19AM  5    A.   YES.

10:19AM  6    Q.   IN THOSE DISCUSSIONS, DID YOU FEEL LIKE THERE WAS A

10:19AM  7    POSSIBLE EXPLANATION THAT WAS IGNORED OR NOT GIVEN ENOUGH

10:19AM  8    ATTENTION?

10:19AM  9    A.   WELL, I MEAN, I THINK THE MOST OBVIOUS ONE, THE FACT THAT

10:19AM 10    THEY WERE HAPPENING SO FREQUENTLY IS JUST THE TESTING SYSTEM,

10:19AM 11    THE EDISON DEVICES DIDN'T WORK.  THEY WEREN'T WORKING ON THE

10:19AM 12    ASSAYS AND IN COMBINATION WITH THE DEVICE, IN COMBINATION WITH

10:19AM 13    THE CARTRIDGES JUST WASN'T ADEQUATE ENOUGH AND WASN'T

10:19AM 14    PERFORMING RELIABLY OR EFFECTIVELY TO THE STANDARDS THAT YOU

10:19AM 15    WOULD TYPICALLY SEE FOR ANY OTHER TYPE OF MEDICAL DIAGNOSTIC,

10:19AM 16    AND THAT WAS KIND OF THE OBVIOUS BUT -- OBVIOUS EXPLANATION OF

10:19AM 17    WHY THE QC'S WERE FAILING.

10:19AM 18    Q.   DID YOU FEEL LIKE, IN THAT DISCUSSION WITH DANIEL YOUNG,

10:20AM 19    NOT ENOUGH ATTENTION WAS PAID TO THAT POSSIBILITY?

10:20AM 20    A.   YES.

10:20AM 21    Q.   I'D DIRECT YOU TO EXHIBIT 1431 IN THE BINDER IN FRONT OF

10:20AM 22    YOU.  ONCE YOU'RE THERE, TAKE A LOOK AT IT AND LET ME KNOW IF

10:20AM 23    YOU RECOGNIZE THAT DOCUMENT.

10:20AM 24    A.   YES.

10:20AM 25    Q.   WHAT IS EXHIBIT 1431?

11:34AM  1    ANALYZERS?

11:34AM  2    A.   YES.

11:34AM  3    Q.   WOULD THAT MEAN THAT PERCENT RECOVERY VALUES OF

11:34AM  4    100 PERCENT OR CLOSE TO 100 PERCENT WOULD BE FAVORABLE RESULTS?

11:34AM  5    A.   YES.

11:34AM  6    Q.   IS THAT GENERALLY WHAT YOU SAW IN THIS DATA?  WERE THE

11:34AM  7    RESULTS FAVORABLE IN YOUR VIEW?

11:34AM  8    A.   NO.

11:34AM  9    Q.   CAN YOU WALK US THROUGH THAT.  HOW CAN WE TELL THAT FROM

11:34AM  10   THIS INFORMATION?

11:34AM  11   A.   SO IF WE LOOK AT VITAMIN D, VITAMIN D YOU SEE THAT THE

11:34AM  12   THERANOS VALUE IS MUCH HIGHER THAN WHAT THE PREDICATE METHOD

11:34AM  13   IS.

11:34AM  14       SO SOMETIMES YOU SEE THAT THE VITAMIN D LEVEL IS THREE

11:35AM  15   TIMES THE VALUE OF WHAT YOU WOULD GET FOR THE PREDICATE METHOD.

11:35AM  16       THE REASON THIS IS IMPORTANT IS BECAUSE THIS COULD BE TWO

11:35AM  17   VERY DIFFERENT DIAGNOSES OF A PARTICULAR PATIENT.

11:35AM  18       SO, FOR EXAMPLE, FOR NY E09 ON COLUMN F YOU SEE THERE'S

11:35AM  19   373 PERCENT RECOVERY.  SO THIS MEANS THAT THE VALUE IS THREE

11:35AM  20   TIMES HIGHER, MORE THAN THREE TIMES HIGHER THAN YOU SAW IN THE

11:35AM  21   PREDICATE METHOD.

11:35AM  22       SO IF THIS IS A PATIENT, THIS COULD BE THE DIFFERENCE

11:35AM  23   BETWEEN HAVING A DEFICIENCY VERSUS BEING IN THE NORMAL RANGE.

11:35AM  24   I'M NOT SURE WHAT THE CLINICAL RANGES ARE FOR THIS BUT IT'S

11:35AM  25   DIFFERENT DIAGNOSES.

11:57AM  1    WASN'T USED DURING THAT SHIFT FOR PATIENT TESTING; IS THAT

11:57AM  2    CORRECT?

11:57AM  3    A.   CORRECT.

11:57AM  4    Q.   DID THAT PRACTICE ADDRESS YOUR CONCERNS ABOUT THE QC

11:57AM  5    NUMBERS AT THERANOS?

11:57AM  6    A.   NO.

11:57AM  7    Q.   WHY NOT?

11:57AM  8    A.   BECAUSE OF THE FREQUENCY OF THEM, RIGHT?  IT SHOULDN'T BE

11:57AM  9    THE CASE THAT A QUARTER OF THE TIME YOU'RE HAVING THESE QUALITY

11:58AM 10    CONTROL SAMPLES FAILING.  THAT'S EXTRAORDINARILY HIGH FOR ANY

11:58AM 11    LAB TEST TO HAPPEN.

11:58AM 12         AND IN ADDITION TO THAT, IT SHOWS THAT THERE'S JUST --

11:58AM 13    IT'S CONCERNING BECAUSE, AGAIN, WITH THE QUALITY CONTROLS I

11:58AM 14    HAVE THE KNOWN CONCENTRATION, BUT THE MOMENT I GO TO THE

11:58AM 15    PATIENTS, IF I FORECAST OUT WHAT THOSE RESULTS ARE, THAT ONE

11:58AM 16    OUT OF FOUR TIMES I MIGHT GIVE A PATIENT THE WRONG RESULT.

11:58AM 17         AND AT THERANOS, YOU KNOW, AT FIRST WE WERE RUNNING LIKE

11:58AM 18    10 PATIENTS, BUT IT WOULD BE THE EXPECTATION THAT WE WOULD BE

11:58AM 19    2,000 PATIENTS A DAY.  LIKE, THAT'S A LOT OF PEOPLE TO

11:58AM 20    BASICALLY BE EXPECTING BASED ON THIS INFORMATION THAT A QUARTER

11:58AM 21    OF THEM WOULDN'T GET THE RIGHT RESULTS FOR THEIR HEALTH STATUS.

11:58AM 22         SO IT WAS IMMENSELY CONCERNING TO SEE THIS DEGREE OF

11:59AM 23    FAILURES BECAUSE IT'S JUST NOT TYPICAL FOR A NORMAL LAB.

11:59AM 24         LIKE, IN A NORMAL LAB YOU WOULD WANT TO SEE LESS THAN

11:59AM 25    1 PERCENT, RIGHT?  THESE ARE VERY SMALL -- 1 PERCENT OF

CHEUNG CROSS BY MR. WADE

01:49PM 1    A.   YES.

01:49PM 2    Q.   DID YOU KNOW WHAT THEY WERE?

01:49PM 3    A.   NO.

01:49PM 4    Q.   WHAT LEVEL -- AND I UNDERSTAND THESE QUALIFICATIONS ARE

01:49PM 5    LARGELY BASED UPON EXPERIENCE AND AGE AND THINGS LIKE THAT, BUT

01:49PM 6    WHAT LEVEL OF POSITION WERE YOU QUALIFIED FOR UNDER THE

01:49PM 7    REGULATIONS?

01:49PM 8    A.   A VERY LOW COMPLEXITY PROCESSING PATIENT SAMPLES, RUNNING

01:50PM 9    QC'S.  IT WAS THE BASIC OPERATIONS OF RUNNING LAB TESTS.

01:50PM 10   Q.   WELL, DON'T SELL YOURSELF SHORT.  YOU HAD TO HAVE A

01:50PM 11   FOUR-YEAR DEGREE AND A SCIENCE BACKGROUND; CORRECT?

01:50PM 12   A.   YES, A BACHELOR'S DEGREE.

01:50PM 13   Q.   YES.  WHICH YOU HAVE?

01:50PM 14   A.   YES.

01:50PM 15   Q.   AND WHEN YOU MOVED OVER TO THE LAB, I THINK YOU MENTIONED

01:50PM 16   THAT YOU ACTUALLY INTERACTED WITH DR. ROSENDORFF A BIT?

01:50PM 17   A.   YES.

01:50PM 18   Q.   AND YOU UNDERSTOOD THAT HE WAS THE LABORATORY DIRECTOR?

01:50PM 19   A.   YES.

01:50PM 20   Q.   AND DID YOU UNDERSTAND, BROADLY SPEAKING, THAT HE HAD SORT

01:50PM 21   OF ULTIMATE REGULATORY RESPONSIBILITY FOR THE LAB?

01:50PM 22   A.   YES.

01:50PM 23   Q.   AND ARE YOU AWARE THAT THERE ARE DIFFERENT CLASSIFICATIONS

01:51PM 24   OF LABS UNDER CLIA?

01:51PM 25   A.   NO.

```
 1
 2
 3                        CERTIFICATE OF REPORTERS
 4
 5
 6
 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16         IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076
17
18
19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595
20
21         DATED:  SEPTEMBER 15, 2021
22
23
24
25
```

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                     )
                    PLAINTIFF,        )   SAN JOSE, CALIFORNIA
7                                     )
              VS.                     )   VOLUME 9
8                                     )
     ELIZABETH A. HOLMES,             )   SEPTEMBER 21, 2021
9                                     )
                    DEFENDANT.        )   PAGES 1240 - 1449
10   _____ )

11
                    TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20
     (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22   OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                          CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
24                          CERTIFICATE NUMBER 9595

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                               BY:   KEVIN M. DOWNEY
 4                                   LANCE A. WADE
                                     KATHERINE TREFZ
 5                                   ANDREW LEMENS
                                     J.R. FLEURMONT
 6                                   PATRICK LOOBY
                               725 TWELFTH STREET, N.W.
 7                             WASHINGTON, D.C. 20005

 8                             LAW OFFICE OF JOHN D. CLINE
                               BY:  JOHN D. CLINE
 9                             ONE EMBARCADERO CENTER, SUITE 500
                               SAN FRANCISCO, CALIFORNIA 94111
10

11    ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                               BY:  ADELAIDA HERNANDEZ
12
                               OFFICE OF THE U.S. ATTORNEY
13                             BY:  LAKISHA HOLLIMAN, PARALEGAL
                                    MADDI WACHS, PARALEGAL
14
                               WILLIAMS & CONNOLLY
15                             BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                             TBC
                               BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25
```

1242

1

                        INDEX OF PROCEEDINGS

2
        GOVERNMENT'S:
3

4   **SUREKHA GANGAKHEDKAR**
    CROSS-EXAM BY MR. WADE (RES.)            P. 1261
5   REDIRECT EXAM BY MR. BOSTIC              P. 1366

6   **AUDRA ZACHMAN**
    DIRECT EXAM BY MR. BOSTIC                P. 1378
7   CROSS-EXAM BY MS. TREFZ                  P. 1414
    REDIRECT EXAM BY MR. BOSTIC              P. 1430
8
    **B██████ G█**
9   DIRECT EXAM BY MR. LEACH                 P. 1436

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

01:30PM  1   FIRST RECEIVED THIS RESULT?

01:30PM  2   A.   I REMEMBER COMMUNICATING TO B█████ THAT IT WAS LOOKING

01:30PM  3   AS THOUGH THIS WAS A NONVIABLE PREGNANCY, WHICH WOULD MAKE IT

01:30PM  4   HER FOURTH LOSS, AND I WAS WANTING TO REACH OUT TO HER TO SEE

01:30PM  5   IF SHE HAD ALREADY EXPERIENCED EVIDENCE OF A LOSS OF PREGNANCY.

01:30PM  6   Q.   AND WHAT INFORMATION DID YOU GET BACK FROM MS. G███ IN

01:30PM  7   RESPONSE TO THAT QUESTION?

01:30PM  8   A.   THAT, NO, SHE HADN'T EXPERIENCED ANY SYMPTOMS OF A LOSS OF

01:30PM  9   PREGNANCY; THAT THERE WAS NO MEDICAL INTERVENTION THAT NEEDED

01:30PM  10  TO TAKE PLACE FOR HER WELL BEING; AND SURPRISE, SADNESS.

01:31PM  11  Q.   DID YOU MAKE A DECISION AT THAT POINT TO CONTINUE WITH

01:31PM  12  PERIODIC HCG TESTING?

01:31PM  13  A.   YES.   IN PREGNANCY LOSSES WE NEED TO CONFIRM THAT ALL OF

01:31PM  14  THE PREGNANCY TISSUE HAS BEEN ELIMINATED FROM THE BODY, SO WE

01:31PM  15  FOLLOW THE HCG'S BACK DOWN TO LESS THAN 5.

01:31PM  16  Q.   AND IS THAT WHAT YOU WERE EXPECTING TO SEE IN THOSE

01:31PM  17  CONTINUED HCG TESTS?

01:31PM  18  A.   YES.

01:31PM  19  Q.   THE NEXT TEST FOR MS. G███ WAS ON OCTOBER 6TH, 2014; IS

01:31PM  20  THAT CORRECT?

01:31PM  21  A.   CORRECT.

01:31PM  22  Q.   AND THE TEST WAS PERFORMED BY WHICH LAB?

01:31PM  23  A.   SONORA.

01:31PM  24  Q.   AND WHAT WAS THE HCG VALUE ON THAT DATE?

01:31PM  25  A.   9559.

| | |
|---|---|
| 02:21PM 1 | MS. TREFZ:  OKAY.  NO FURTHER QUESTIONS, YOUR HONOR. |
| 02:21PM 2 | THE COURT:  MR. BOSTIC? |
| 02:21PM 3 | MR. BOSTIC:  BRIEFLY, YOUR HONOR. |
| 02:21PM 4 | **REDIRECT EXAMINATION** |
| 02:21PM 5 | BY MR. BOSTIC: |
| 02:21PM 6 | Q.   GOOD AFTERNOON AGAIN, DR. ZACHMAN. |
| 02:21PM 7 | A.   GOOD AFTERNOON. |
| 02:21PM 8 | Q.   JUST NOW YOU HAD A BRIEF DISCUSSION WITH DEFENSE COUNSEL |
| 02:21PM 9 | ABOUT A STUDY THAT WAS CONDUCTED REGARDING THERANOS HCG TEST |
| 02:21PM 10 | RESULTS. |
| 02:21PM 11 | DO YOU RECALL THAT? |
| 02:21PM 12 | A.   I DO. |
| 02:21PM 13 | Q.   AND WHEN THE RESULTS OF THAT STUDY WERE COMPLETE, DID YOU |
| 02:22PM 14 | HAVE AN OPPORTUNITY TO REVIEW THOSE RESULTS? |
| 02:22PM 15 | A.   BRIEFLY. |
| 02:22PM 16 | Q.   IN SUM, DID THOSE RESULTS RESTORE YOUR CONFIDENCE IN |
| 02:22PM 17 | THERANOS'S ABILITY TO DELIVER ACCURATE HCG RESULTS? |
| 02:22PM 18 | A.   NO. |
| 02:22PM 19 | Q.   AND WHY NOT IF YOU RECALL? |
| 02:22PM 20 | A.   MY CARE OF B█████, AND THE VALUES THAT I RECEIVED AT |
| 02:22PM 21 | THAT TIME WERE VERY IMPACTFUL TO ME AS A PROVIDER AND PERHAPS |
| 02:22PM 22 | EMPHASIZING TO HER AS A WOMAN, AND SO THERE WASN'T MUCH THAT |
| 02:22PM 23 | COULD HAVE RESTORED MY FAITH AT THAT TIME. |
| 02:22PM 24 | Q.   DO YOU RECALL HOW MANY PEOPLE PARTICIPATED IN THAT STUDY |
| 02:22PM 25 | APPROXIMATELY OR HOW MANY SAMPLES WERE INVOLVED? |

DIRECT BY MR. LEACH

```
02:40PM   1    A.   I WENT IN FOR MY VISIT, AND THEY GIVE YOU A BAG OF STUFF

02:40PM   2    WHEN YOU'RE A NEW MOM, ALL OF THE GOODIES.  SO I GOT MY BAG,

02:40PM   3    AND WE HAD THIS CONVERSATION.  AND THEN THE LAB RESULTS HAD

02:40PM   4    COME IN AT THE END OF THE VISIT, AND SHE TOLD ME YOUR NUMBERS

02:40PM   5    ARE FALLING, UNFORTUNATELY.

02:40PM   6         THAT SIGNIFIED TO ME THAT I WAS MISCARRYING.

02:41PM   7    Q.   AND WHEN DR. ZACHMAN TOLD YOU THAT YOUR NUMBERS WERE

02:41PM   8    FALLING, DID YOU UNDERSTAND THAT TO BE A REFERENCE TO THE HCG

02:41PM   9    TEST?

02:41PM  10    A.   YES.

02:41PM  11    Q.   AND HAD YOU HAD EXPERIENCE WITH FALLING HCG TESTS FROM

02:41PM  12    YOUR PRIOR MISCARRIAGES?

02:41PM  13    A.   YES.

02:41PM  14    Q.   DID YOU DISCUSS WITH -- BASED ON THE FALLING NUMBERS THAT

02:41PM  15    DR. ZACHMAN DESCRIBED TO YOU, DID YOU AND SHE DISCUSS POTENTIAL

02:41PM  16    TREATMENT OPTIONS?

02:41PM  17    A.   YES.

02:41PM  18    Q.   AND WHAT DID YOU DISCUSS?

02:41PM  19    A.   THE WAYS TO TERMINATE A PREGNANCY, THE OPTIONS, YOU CAN

02:41PM  20    TAKE THE MEDICATION AND D&C OR JUST LET YOUR BODY GO THROUGH IT

02:41PM  21    NATURALLY.

02:41PM  22    Q.   AND DID YOU AND DR. ZACHMAN ALSO DISCUSS GETTING RETESTED?

02:41PM  23    A.   YES.

02:41PM  24    Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN ADMITTED INTO

02:41PM  25    EVIDENCE AS EXHIBIT 3305.
```

1

2

3                         CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16                         _____
                           IRENE RODRIGUEZ, CSR, CRR
17                         CERTIFICATE NUMBER 8076

18

19                         _____
                           LEE-ANNE SHORTRIDGE, CSR, CRR
20                         CERTIFICATE NUMBER 9595

21                         DATED:  SEPTEMBER 21, 2021

22

23

24

25

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                      )
                       PLAINTIFF,      )   SAN JOSE, CALIFORNIA
7                                      )
             VS.                       )   VOLUME 11
8                                      )
      ELIZABETH A. HOLMES,             )   SEPTEMBER 24, 2021
9                                      )
                       DEFENDANT.      )   PAGES 1686 - 1888
10    _____  )

11

12                TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13

      A P P E A R A N C E S:
14

      FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                           BY:  JOHN C. BOSTIC
                                  JEFFREY B. SCHENK
16                           150 ALMADEN BOULEVARD, SUITE 900
                             SAN JOSE, CALIFORNIA 95113
17
                             BY:  ROBERT S. LEACH
18                                KELLY VOLKAR
                             1301 CLAY STREET, SUITE 340S
19                           OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

      OFFICIAL COURT REPORTERS:
22                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074
23                           LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595
24

          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

1

A P P E A R A N C E S: (CONT'D)

2

3      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
4                                    LANCE A. WADE
                                     KATHERINE TREFZ
5                               725 TWELFTH STREET, N.W.
                                WASHINGTON, D.C. 20005
6
                                LAW OFFICE OF JOHN D. CLINE
7                               BY:  JOHN D. CLINE
                                ONE EMBARCADERO CENTER, SUITE 500
8                               SAN FRANCISCO, CALIFORNIA 94111

9
        ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
10                              BY:  ADELAIDA HERNANDEZ

11                              OFFICE OF THE U.S. ATTORNEY
                                BY:  LAKISHA HOLLIMAN, PARALEGAL
12                                   MADDI WACHS, PARALEGAL

13                              WILLIAMS & CONNOLLY
                                BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
14
                                TBC
15                              BY:  BRIAN BENNETT, TECHNICIAN

16

17

18

19

20

21

22

23

24

25

1

INDEX OF PROCEEDINGS

2

GOVERNMENT'S:

3

4  **ADAM ROSENDORFF**

DIRECT EXAM BY MR. BOSTIC                              P. 1702

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

09:21AM   1    Q.   AND WAS THERE SOMEONE AT THE COMPANY THAT YOU REPORTED TO?

09:21AM   2    A.   YES.

09:21AM   3    Q.   AND WHO DID YOU REPORT TO?

09:21AM   4    A.   SUNNY BALWANI.

09:21AM   5    Q.   AND WHO WAS ABOVE MR. BALWANI AT THE COMPANY, IF ANYONE?

09:21AM   6    A.   ELIZABETH HOLMES.

09:21AM   7    Q.   DID THERE COME A TIME WHEN THERANOS BEGAN OFFERING ITS

09:21AM   8    BLOOD TEST SERVICES TO THE PUBLIC?

09:21AM   9    A.   YES.

09:21AM  10    Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT WAS?

09:21AM  11    A.   IT WAS EARLY IN SEPTEMBER OF 2013.  I THINK THE 9TH OF

09:21AM  12    SEPTEMBER.

09:21AM  13    Q.   AND DID THERANOS CONTINUE OFFERING BLOOD TESTING SERVICES

09:22AM  14    TO THE PUBLIC THROUGHOUT THE REST OF YOUR TIME AT THE COMPANY?

09:22AM  15    A.   YES.

09:22AM  16    Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, SO AFTER YOU

09:22AM  17    JOINED THE COMPANY BUT BEFORE EARLY SEPTEMBER 2013, WHAT KIND

09:22AM  18    OF WORK WERE YOU DOING AT THE COMPANY?

09:22AM  19    A.   I WAS ACTING ESSENTIALLY AS A CONSULTANT.  SO A LOT OF

09:22AM  20    WHAT I WAS DOING WAS TELLING THE R&D GROUP WHAT KIND OF

09:22AM  21    MEASUREMENT RANGE WE NEEDED FOR THE TESTS BASED ON VALUES THAT

09:22AM  22    WOULD BE USEFUL TO CLINICIANS FOR MAKING MEDICAL DECISIONS.

09:22AM  23         I DID CONSULT WITH THE EXECUTIVES IN TERMS OF THE TESTS

09:22AM  24    THAT WE KNEW THAT WE SHOULD BE OFFERING.

09:22AM  25         I DON'T RECALL THE OTHER DUTIES SPECIFICALLY.

| | | |
|---|---|---|
| 09:22AM | 1 | Q.   YOU SAID WHEN YOU FIRST JOINED THE COMPANY YOU HAD LIMITED |
| 09:23AM | 2 | KNOWLEDGE ABOUT THE TECHNOLOGY.  DID THAT KNOWLEDGE INCREASE |
| 09:23AM | 3 | AFTER YOU JOINED THE COMPANY? |
| 09:23AM | 4 | A.   IT DID. |
| 09:23AM | 5 | Q.   LET'S TALK ABOUT THE THERANOS DEVICES THAT YOU WERE |
| 09:23AM | 6 | FAMILIAR WITH. |
| 09:23AM | 7 | FIRST, DID YOU BECOME FAMILIAR WITH A DEVICE CALLED |
| 09:23AM | 8 | EDISON? |
| 09:23AM | 9 | A.   YES. |
| 09:23AM | 10 | Q.   AND WHAT WAS THE EDISON DEVICE? |
| 09:23AM | 11 | A.   THE EDISON WAS A SMALL BLACK BOX THAT WAS DESIGNED TO RUN |
| 09:23AM | 12 | ONE TEST AT A TIME.  THE CATEGORY OF TESTS WERE IMMUNOASSAYS. |
| 09:23AM | 13 | THESE ARE USUALLY LARGER MOLECULES THAT ARE NOT ABLE TO BE |
| 09:23AM | 14 | MEASURED ON ANALYZERS AND THAT RELIED ON ANTIBODIES FOR THEIR |
| 09:23AM | 15 | PROTECTION. |
| 09:23AM | 16 | Q.   AND DID THERANOS USE THE EDISON DEVICE DURING YOUR TIME AS |
| 09:23AM | 17 | LAB DIRECTOR? |
| 09:23AM | 18 | A.   YES. |
| 09:23AM | 19 | Q.   AND DID THERANOS USE THE EDISON TO TEST PATIENT SAMPLES? |
| 09:23AM | 20 | A.   YES. |
| 09:23AM | 21 | Q.   AND WHO MANUFACTURED THE EDISON? |
| 09:24AM | 22 | A.   THE EDISON WAS MANUFACTURED BY THERANOS IN THEIR NEWARK |
| 09:24AM | 23 | FACILITY. |
| 09:24AM | 24 | Q.   DURING YOUR TIME AT THE COMPANY, DID YOU BECOME FAMILIAR |
| 09:24AM | 25 | WITH ANY OTHER THERANOS MANUFACTURED BLOOD ANALYZERS? |

ROSENDORFF DIRECT BY MR. BOSTIC

```
09:24AM  1   A.   I HAD BEEN TOLD ABOUT AN INSTRUMENT CALLED THE MINILAB

09:24AM  2   THAT WAS IN DEVELOPMENT.  IT WAS BEING DESIGNED FOR GENERAL

09:24AM  3   CHEMISTRY ASSAYS.

09:24AM  4        AND ALSO ABOUT AN INSTRUMENT CALLED THE 4S, WHICH WOULD BE

09:24AM  5   ABLE TO DO COMPLETE BLOOD COUNTS AMONG OTHER ASSAYS.

09:24AM  6        I WAS NOT FAMILIAR WITH THE INTENDED CAPABILITY OF THOSE

09:24AM  7   INSTRUMENTS IN DEVELOPMENT.

09:24AM  8   Q.   YOU SAID YOU WERE TOLD ABOUT THOSE INSTRUMENTS.  DID YOU

09:24AM  9   EVER DO ANY WORK ON DEVELOPING THOSE INSTRUMENTS?

09:24AM 10   A.   NO.

09:24AM 11   Q.   AND DID YOU EVER DO ANY WORK ON DEVELOPING OR VALIDATING

09:24AM 12   ASSAYS TO RUN ON THOSE INSTRUMENTS?

09:24AM 13   A.   NO.

09:24AM 14   Q.   DID YOU EVER SEE EITHER OF THOSE INSTRUMENTS?

09:25AM 15   A.   NO.

09:25AM 16   Q.   WAS EITHER OF THOSE INSTRUMENTS THAT YOU MENTIONED EVER

09:25AM 17   USED FOR PATIENT TESTING DURING YOUR TIME AT THE COMPANY?

09:25AM 18   A.   NO.

09:25AM 19   Q.   DID THERANOS RUN ALL OF ITS CLINICAL PATIENT TESTS ON THE

09:25AM 20   EDISON ANALYZER?

09:25AM 21   A.   NO, JUST A HANDFUL OF IMMUNOASSAYS.  THEY RAN GENERAL

09:25AM 22   CHEMISTRY TESTS ON THE SIEMENS ADVIA USING A LABORATORY

09:25AM 23   DEVELOPED TEST.

09:25AM 24   Q.   AND WHAT DOES "LABORATORY DEVELOPED TESTS" MEAN?

09:25AM 25   A.   LABORATORY DEVELOPED TESTS IS A TEST DEVELOPED WITHIN A
```

```
09:25AM   1    SINGLE LABORATORY THAT IS NOT FDA APPROVED.  IT USES CUSTOM
09:26AM   2    REAGENTS EITHER MANUFACTURED BY THE LABORATORY OR PURCHASED
09:26AM   3    ELSEWHERE, AND IT HAS TO MEET CERTAIN PERFORMANCE
09:26AM   4    SPECIFICATIONS PER CLIA BEFORE IT CAN BE USED FOR PATIENT CARE.
09:26AM   5    Q.    AND THE SIEMENS ADVIA THAT YOU MENTIONED, IS IT
09:26AM   6    MANUFACTURED BY THERANOS?
09:26AM   7    A.    NO.  IT'S MANUFACTURED BY SIEMENS.
09:26AM   8    Q.    WHY DIDN'T THERANOS CONDUCT ALL OF ITS PATIENT TESTING ON
09:26AM   9    THE EDISON?
09:26AM  10    A.    BECAUSE THE EDISON WAS NOT INTENDED TO -- DESIGNED OR
09:26AM  11    INTENDED TO DETECT GENERAL CHEMISTRY SUBSTANCES SUCH AS GLUCOSE
09:26AM  12    OR SODIUM.
09:26AM  13         IT WAS DESIGNED TO DETECT LARGER PEPTIDES AND OTHER
09:26AM  14    ANALYTES, YEAH.
09:26AM  15    Q.    DID THERANOS MAKE ANY CHANGES TO THE SIEMENS ADVIA THAT IT
09:27AM  16    USED FOR PATIENT TESTING?
09:27AM  17    A.    YES.
09:27AM  18    Q.    AND WHAT WERE THE NATURE OF THOSE CHANGES?
09:27AM  19    A.    BECAUSE OF THE SMALL SAMPLE SIZE THAT WAS BEING ACQUIRED
09:27AM  20    IN THE CAPILLARY TUBE AND NANOTAINER DEVICES, THE SIEMENS ADVIA
09:27AM  21    WAS NOT ABLE TO ASPIRATE THAT SAMPLE INTO THE INSTRUMENT
09:27AM  22    BECAUSE THE PROBE COULDN'T GO DOWN FAR ENOUGH AND TO SUCK UP
09:27AM  23    THE SAMPLE.
09:27AM  24         SO THEY DEVELOPED WHAT THEY CALLED THE T-CUP, WHICH WOULD
09:27AM  25    ESSENTIALLY RAISE THE LEVEL OF THAT SAMPLE TO A POINT WHERE THE
```

ROSENDORFF DIRECT BY MR. BOSTIC                                    1715

09:27AM   1    PROBE OR THE ASPIRATOR COULD SUCK IT UP INTO THE INSTRUMENT.

09:27AM   2         THEY ALSO CHANGED WAVELENGTHS AND DETECTION TIMES ON THE

09:27AM   3    INSTRUMENT, WHICH YOU'RE ABLE TO DO ON THE SO-CALLED OPEN

09:27AM   4    CHANNELS ON THE INSTRUMENTS.  SO MOST OF THE TESTS RELY ON

09:27AM   5    ABSORBANCE AT A SPECIFIC WAVELENGTH.

09:28AM   6    Q.   AND TO USE THOSE THERANOS MODIFIED SIEMENS ADVIA, DID THEY

09:28AM   7    INSERT BLOOD SAMPLES INTO THE MACHINE OR WERE THERE OTHER STEPS

09:28AM   8    THAT CAME BEFORE?

09:28AM   9    A.   NO.  THE CTN DEVICE WOULD BE SPUN DOWN AND THEN THE SERUM

09:28AM  10    OR PLASMA WOULD BE REMOVED.  THAT'S THE CLEAR PORTION OF THE

09:28AM  11    SAMPLE THAT IS FREE OF RED BLOOD CELLS.

09:28AM  12         THAT PORTION WOULD THEN BE DILUTED EITHER WITH SALINE OR

09:28AM  13    WATER TO GIVE A VOLUME THAT WAS COMPATIBLE WITH THE THERANOS

09:28AM  14    TEST.

09:28AM  15    Q.   I'LL ASK YOU TO LOOK AT THE BINDER IN FRONT OF YOU.

09:28AM  16    THAT'S THE FIRST TAB, 939.

09:28AM  17         THE GOVERNMENT WOULD LIKE TO OFFER THIS INTO EVIDENCE,

09:28AM  18    YOUR HONOR.

09:28AM  19         I UNDERSTAND THE DEFENSE HAVE STIPULATED.

09:28AM  20              MR. WADE:  WE HAVE, YOUR HONOR.

09:28AM  21              THE COURT:  IT'S ADMITTED.

09:28AM  22    WOULD YOU LIKE IT PUBLISHED?

09:29AM  23              MR. BOSTIC:  YES, PLEASE.

09:29AM  24              THE COURT:  IT MAY BE PUBLISHED.

09:29AM  25         (GOVERNMENT'S EXHIBIT 939 WAS RECEIVED IN EVIDENCE.)

ROSENDORFF DIRECT BY MR. BOSTIC

09:33AM 1   SCHEMES AND WAYS THAT THIS WAS GOING TO BE EXECUTED.

09:33AM 2   Q.   OKAY.  DID -- LET'S SEE.  WERE ALL OF THE SIEMENS MODIFIED

09:34AM 3   DEVICES AT THERANOS MODIFIED IN THIS SAME WAY?

09:34AM 4   A.   I BELIEVE THAT THE THERANOS LABORATORY DEVELOPED TESTS

09:34AM 5   WERE DIVIDED AMONGST A NUMBER OF SIEMENS INSTRUMENTS.

09:34AM 6        THE GOAL INITIALLY WAS TO HAVE ONE SIEMENS INSTRUMENT BE

09:34AM 7   ABLE TO RUN ALL OF THE THERANOS LABORATORY DEVELOPED TESTS, BUT

09:34AM 8   I DON'T THINK WE WERE ABLE TO DO THAT, SO WE HAD TO DIVVY IT UP

09:34AM 9   AMONGST THE DIFFERENT INSTRUMENTS.

09:34AM 10  Q.   DID THE CLINICAL LAB AT THERANOS USE ANY THIRD PARTY

09:34AM 11  DEVICES, ANY NON-THERANOS DEVICES THAT WERE UNMODIFIED?

09:34AM 12  A.   YES, THEY USED THE SIEMENS ADVIA 1800 IN AN UNMODIFIED

09:34AM 13  MANNER TO BE RUN WITH VENOUS DRAWS FROM VACUTAINERS.  THERE WAS

09:34AM 14  AN INSTRUMENT CALLED THE IMMULITE THAT DID IMMUNOASSAY WITH

09:35AM 15  VENOUS DRAWS.  THERE WAS ABBOTT CELLDYNE RUBY THAT DID COMPLETE

09:35AM 16  BLOOD COUNTS.  THERE WAS AN INSTRUMENT FOR BLOOD LEAD

09:35AM 17  MONITORING.  THERE WAS AN INSTRUMENT TO MEASURE AUTO

09:35AM 18  ANTIBODIES.  I DON'T REMEMBER THE MANUFACTURER.

09:35AM 19       SO THERE WERE A NUMBER OF THIRD PARTY INSTRUMENTS, YEAH.

09:35AM 20  Q.   AND THE INSTRUMENTS THAT YOU JUST LISTED, TO YOUR

09:35AM 21  KNOWLEDGE, DID THEY CONTAIN ANY THERANOS-SPECIFIC ENGINEERING

09:35AM 22  OR MODIFICATIONS?

09:35AM 23  A.   NO.  IT WAS JUST THE ADVIA.

09:35AM 24  Q.   AT THE THERANOS LOCATION PHYSICALLY, CAN YOU TELL US WHERE

09:36AM 25  THE LAB DEVICES WERE IN THE BUILDING?

01:29PM 1    COMPLETELY NORMAL.  DR. STAMPS SAID THAT POTASSIUM IS A TRICKY

01:29PM 2    ONE TO COLLECT BECAUSE OF CLOTTING AND SUCH.  HE ALSO MENTIONED

01:29PM 3    THAT HE IS WILLING TO SHARE THE SPECIFIC PATIENT INFORMATION

01:29PM 4    AND EXPLAIN THE EXPERIENCE IF SOMEONE WANTED TO REACH OUT TO

01:29PM 5    HIM."

01:29PM 6         DID I READ THAT CORRECTLY?

01:29PM 7    A.   YES.

01:29PM 8    Q.   WHAT IS POTASSIUM?

01:29PM 9    A.   POTASSIUM IS A -- IT'S AN ION.  IT'S A CHEMICAL ELEMENT

01:30PM 10   THAT IN A PATIENT IS IMPORTANT FOR CARDIAC FUNCTION AND NERVE

01:30PM 11   CONDUCTION.

01:30PM 12   Q.   AND WOULD AN ABNORMALLY HIGH POTASSIUM RESULT BE A CAUSE

01:30PM 13   FOR HARM AND IMMEDIATE RETEST?

01:30PM 14   A.   YES.  CRITICAL HIGH TEST RESULTS COULD INDICATE THAT THE

01:30PM 15   PATIENT IS AT RISK FOR A HEART RHYTHM PROBLEM.  IT'S CALLED

01:30PM 16   ARRYTHMIA.

01:30PM 17   Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  LET'S ZOOM IN ON

01:30PM 18   THE MIDDLE THIRD IF WE CAN.

01:30PM 19        DANIEL YOUNG WRITES, "I'M NOT SURE THAT THIS DOCTOR WAS

01:31PM 20   ASKING ABOUT THE CRITICAL VALUE FOR POTASSIUM.  CRITICAL VALUE

01:31PM 21   COMES FROM CLINICAL GUIDANCE DOCUMENTS AND CARE GUIDELINES, NOT

01:31PM 22   FROM R&D."

01:31PM 23        DO YOU SEE THAT?

01:31PM 24   A.   YES.

01:31PM 25   Q.   AND LET'S LOOK AT THE MESSAGE ABOVE THAT FROM MR. BALWANI.

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                       _____
                         IRENE RODRIGUEZ, CSR, CRR
17                       CERTIFICATE NUMBER 8076

18

19                       _____
                         LEE-ANNE SHORTRIDGE, CSR, CRR
20                       CERTIFICATE NUMBER 9595

21                       DATED:  SEPTEMBER 24, 2021

22

23

24

25

1

2                  UNITED STATES DISTRICT COURT

3                NORTHERN DISTRICT OF CALIFORNIA

4                      SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
6                                    )
                     PLAINTIFF,      )  SAN JOSE, CALIFORNIA
7                                    )
              VS.                    )  VOLUME 19
8                                    )
    ELIZABETH A. HOLMES,             )  OCTOBER 14, 2021
9                                    )
                     DEFENDANT.      )  PAGES 3538 - 3757
10   _____  )

11

                  TRANSCRIPT OF TRIAL PROCEEDINGS
12          BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13
    A P P E A R A N C E S:
14

    FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                        BY:  JOHN C. BOSTIC
                               JEFFREY B. SCHENK
16                        150 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113
17
                          BY:  ROBERT S. LEACH
18                             KELLY VOLKAR
                          1301 CLAY STREET, SUITE 340S
19                        OAKLAND, CALIFORNIA 94612

20         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

    OFFICIAL COURT REPORTERS:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23                            LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

3539

```
1
        A P P E A R A N C E S: (CONT'D)
2

3      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
4                                    LANCE A. WADE
                                     KATHERINE TREFZ
5                                    PATRICK LOOBY
                                     RICHARD CLEARY
6                                    ANDREW LEMENS
                                725 TWELFTH STREET, N.W.
7                               WASHINGTON, D.C. 20005

8                               LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
9                               ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
10

11     ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                                BY:  ADELAIDA HERNANDEZ
12
                                OFFICE OF THE U.S. ATTORNEY
13                              BY:  LAKISHA HOLLIMAN, PARALEGAL
                                     MADDI WACHS, PARALEGAL
14
                                WILLIAMS & CONNOLLY
15                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                              TBC
                                BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25
```

1                          INDEX OF PROCEEDINGS

2         GOVERNMENT'S:

3

4         **ROBERTO AMENTA**
          DIRECT EXAM BY MR. BOSTIC (RES.)        P. 3561
5         CROSS-EXAM BY MS. TREFZ                 P. 3570

6

7         **NIMESH JHAVERI**
          DIRECT EXAM BY MR. SCHENK               P. 3572
8         CROSS-EXAM BY MR. DOWNEY                P. 3639
          REDIRECT EXAM BY MR. SCHENK             P. 3694
9         RECROSS-EXAM BY MR. DOWNEY              P. 3705

10        **SUNIL DHAWAN**
          DIRECT EXAM BY MR. SCHENK               P. 3709
11        CROSS-EXAM BY MR. WADE                  P. 3745

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JHAVERI DIRECT BY MR. SCHENK

10:47AM 1    A.   YES, MY ROLE DID CHANGE.  OBVIOUSLY WE WERE NOT EXPANDING

10:47AM 2    BEYOND THE 41 STORES THAT WE ALREADY HAD.

10:47AM 3         AND BECAUSE OF THE ARTICLE, YOU KNOW, I TOOK A STEP BACK

10:47AM 4    AS WE WERE NOT EXPANDING ANYMORE, WE WERE JUST SIMPLY

10:47AM 5    MONITORING, AND OTHERS AT THE COMPANY TOOK LEAD.

10:48AM 6    Q.   AT SOME POINT, DID WALGREENS STOP OFFERING THERANOS BLOOD

10:48AM 7    TESTING SERVICES?  CAN YOU STILL GO TO WALGREENS AND GET

10:48AM 8    THERANOS BLOOD TESTING SERVICES?

10:48AM 9    A.   YES, WE DID STOP AT ONE POINT.

10:48AM 10   Q.   YOU DID STOP.  SORRY, I ASKED YOU TWO QUESTIONS.

10:48AM 11        DO YOU RECALL ROUGHLY WHEN YOU STOPPED?

10:48AM 12   A.   WE STOPPED ONE OF THE SERVICES IN JANUARY OF 2016 IN ONE

10:48AM 13   OF THE STORES.

10:48AM 14        AND THEN THE REST OF THE STORES WERE TURNED OFF SOMEWHERE

10:48AM 15   IN JUNE OF THAT YEAR, 2016.

10:48AM 16   Q.   THANK YOU.

10:48AM 17        YOUR HONOR, MAY I APPROACH?

10:48AM 18             THE COURT:  YES.

10:49AM 19             MR. SCHENK:  (HANDING.)

10:49AM 20   Q.   MR. BALWANI, I'VE HANDED YOU WHAT I'VE MARKED AS

10:49AM 21   EXHIBIT 5387C, AND THIS DOCUMENT IS 16 PAGES AND CONTAINS SOME

10:49AM 22   TEXT MESSAGES.

10:49AM 23        YOUR HONOR, I BELIEVE THE PARTIES ARE AGREEING TO ADMIT

10:49AM 24   THIS BASED ON A STIPULATION.

10:49AM 25             MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

JHAVERI DIRECT BY MR. SCHENK

10:49AM   1        THE COURT:  ALL RIGHT.  THIS IS -- I'M SORRY, IS
10:49AM   2   THIS 5387C DID YOU SAY?
10:49AM   3        MR. SCHENK:  YES, YOUR HONOR.
10:49AM   4        THE COURT:  THAT'S ADMITTED, AND WITHOUT OBJECTION
10:49AM   5   IT MAY BE PUBLISHED.
10:49AM   6        MR. SCHENK:  THANK YOU.
10:49AM   7        (GOVERNMENT'S EXHIBIT 5387 WAS RECEIVED IN EVIDENCE.)
10:49AM   8   BY MR. SCHENK:
10:49AM   9   Q.   MR. JHAVERI, I'D LIKE TO READ NOW SOME TEXT MESSAGES WITH
10:49AM  10   YOU.  I'LL HAVE YOU START, AND THEN IF YOU'LL FOLLOW ALONG WITH
10:49AM  11   ME, I JUST WANT TO IDENTIFY THE COLUMNS FOR YOU.
10:50AM  12        FIRST, THESE ARE NOT YOUR TEXT MESSAGES; IS THAT RIGHT?
10:50AM  13   A.   NO, THESE ARE NOT MY TEXT MESSAGES.
10:50AM  14   Q.   ARE THESE TEXT MESSAGES SENT BETWEEN MR. BALWANI AND
10:50AM  15   MS. HOLMES?
10:50AM  16   A.   YES, IT APPEARS TO BE.
10:50AM  17   Q.   SO THERE'S A COLUMN WITH A DATE THAT IS THE THIRD COLUMN,
10:50AM  18   DO YOU SEE THAT, AND THEY BEGIN MARCH OF 2010?
10:50AM  19   A.   YES, SIR.
10:50AM  20   Q.   AND THE NEXT COLUMN IS THE CONTENT.
10:50AM  21        DO YOU SEE THAT?
10:50AM  22   A.   YES.
10:50AM  23   Q.   AND THEN THE NEXT TWO COLUMNS ARE SENDER AND RECIPIENT.
10:50AM  24   SO THE FIRST NAME IS WHO SENT THE MESSAGE, AND THE SECOND IS
10:50AM  25   WHO RECEIVED IT; IS THAT RIGHT?

JHAVERI DIRECT BY MR. SCHENK

| 10:50AM | 1 | A.   THAT'S CORRECT. |
| 10:50AM | 2 | Q.   OKAY.  I'D LIKE TO READ THEM WITH YOU.  IF YOU WOULD, WHY |
| 10:50AM | 3 | DON'T YOU PLEASE START? |
| 10:50AM | 4 | A.   SURE. |
| 10:50AM | 5 | "WE HAVE AN OPPORTUNITY TO PUT TELEMEDICINE IN OUR |
| 10:50AM | 6 | CONTRACT WITH WAG." |
| 10:50AM | 7 | Q.   AND IS THAT A MESSAGE THAT MR. BALWANI SENT? |
| 10:50AM | 8 | A.   YES. |
| 10:50AM | 9 | Q.   AND THEN IT LOOKS LIKE MS. HOLMES RESPONDS, "WE SHOULD |
| 10:50AM | 10 | NAIL THAT." |
| 10:51AM | 11 | "AND ACTUALLY KICK IT OFF IN OUR MEETING WITH MAYO." |
| 10:51AM | 12 | "AND POSSIBLY CLEVELAND." |
| 10:51AM | 13 | "AND THEN BUILD THE TEAM HERE AS WE HIRE." |
| 10:51AM | 14 | "THEY WON'T BE READY OVERNIGHT ANYWAY." |
| 10:51AM | 15 | A.   "CLEVELAND CLINIC." |
| 10:51AM | 16 | Q.   "YES." |
| 10:51AM | 17 | MR. JHAVERI, I THINK THE NEXT ONE IS YOU. |
| 10:51AM | 18 | A.   YES. |
| 10:51AM | 19 | "WE WILL TALK, WE WILL BRING THIS UP AND NEGOTIATE AS LAST |
| 10:51AM | 20 | THING ONCE ALL ELSE IS DONE." |
| 10:51AM | 21 | Q.   "YES." |
| 10:51AM | 22 | A.   "I OPENED THE DOOR." |
| 10:51AM | 23 | Q.   "GREAT." |
| 10:51AM | 24 | A.   "WILL TELL U MORE IN PERSON." |
| 10:51AM | 25 | Q.   "K." |

JHAVERI DIRECT BY MR. SCHENK



| 10:51AM | 1 | A. | "THEY WERE DROOLING OVER CLEVELAND CLINIC ANNOUNCEMENT." |
|---------|---|----|----|

10:51AM 1 A. "THEY WERE DROOLING OVER CLEVELAND CLINIC ANNOUNCEMENT."

10:51AM 2    "WE DID TESTER."

10:51AM 3    "YESTERDAY."

10:51AM 4 Q. "EVERYONE IS."

10:51AM 5    "HOPEFULLY THEY'RE OFF PEER REVIEW."

10:51AM 6 A. "WHICH IS WHY WE NEED TO DO GOOD-BYE CLEVELAND CLINIC."

10:52AM 7 Q. "EXACTLY."

10:52AM 8    "ON CLEVELAND CLINIC."

10:52AM 9    AND THEN IF WE CAN TURN TO PAGE 2 AT THE TOP.

10:52AM 10 A. "GOING THRU CVS CONTRACT.  WE CAN'T WORK WITH WAG OR CVS.

10:52AM 11 BOTH ARE SAME."

10:52AM 12    "AND SWY."

10:52AM 13 Q. "CAN'T FORGET THAT."

10:52AM 14 A. "WE NEED TO THINK THRU OUR DISCUSSION ON THIS TOPIC."

10:52AM 15 Q. "MEANING TOMORROW'S?"

10:52AM 16 A. "NO.  OUR OWN STORES."

10:52AM 17 Q. "EXACTLY."

10:52AM 18 A. "I AM THINKING.  IT WILL DEPEND ON DISCUSSION TOMORROW

10:52AM 19 WITH WAG."

10:52AM 20 Q. AND NOW WE'RE TURNING TO THE THIRD PAGE.

10:52AM 21 A. "IF CONTRACT TERMS AND WE DON'T HAVE 1000 STORES.  WHAT

10:53AM 22 HAPPENS TO 50M REMAINING INNOVATION PAYMENT."

10:53AM 23 Q. "DEPENDS ON WHY TERMS."

10:53AM 24    "SCALE NOW IF NEED."

10:53AM 25 A. "SO FORCE BUILD 1000 STORES?  I DON'T THINK THAT'S



10:53AM  1    INTELLIGENT."

10:53AM  2          "WITH CONTRACT EXPIRING IN AUGUST OF 2017 MEANS BUILDING

10:53AM  3    OUT 1000 BY FEBRUARY 2016.  NOT GOOD FOR US."

10:53AM  4          "THERE ARE EQUAL NUMBER OF CVS AND WAG IN NEW YORK STATE

10:53AM  5    BTW."

10:53AM  6    Q.   AND NOW WE'RE TURNING TO PAGE 4.

10:53AM  7    A.   "WHEN WE LAUNCH IN NEW YORK WE CAN LAUNCH WITH CVS AND

10:53AM  8    GIVE THEM ONCE WE HAVE 50 E DONE, WE WILL BE INVINCIBLE.

10:53AM  9    Q.   "AGREE."

10:53AM  10         "IF TERMS BECAUSE WE TERM THEN WE RETURN.  THEY TERM AND

10:54AM  11   WE DON'T WANT TO WE KEEP."

10:54AM  12   A.   "WE DON'T WANT 1000 STORES WITH ASSHOLES."

10:54AM  13         "200 WILL BE ENOUGH TO PROVE OUR POINT."

10:54AM  14   Q.   "I KNOW."

10:54AM  15   A.   "I WILL SAY WE KEEP 25 NO MATTER WHAT."

10:54AM  16   Q.   "BUT THEN DEPENDING ON WHO TERMS SHOULD WORK."

10:54AM  17         "AGREE."

10:54AM  18   A.   "YES."

10:54AM  19         "BUT IF NATURAL TERMS THEN WE RETURN 25."

10:54AM  20         "IF THEY DON'T BUILD 500 WE KEEP 25."

10:54AM  21         "CORRECT."

10:54AM  22   Q.   "YES.

10:54AM  23         "NATURAL MEANING WE BOTH DECIDE NOT TO REVIEW?  ALSO IF WE

10:54AM  24   WANT TO RENEW BUT THEY DON'T."

10:54AM  25   A.   "I WOULD LIKE TO KEEP SIMPLE.  IF THEY BUILD MINIMUM 500

JHAVERI DIRECT BY MR. SCHENK

```
10:54AM   1    THEY GET ALL 50.  IF THEY DON'T WE KEEP MINIMUM 25.  I CAN ALSO
10:55AM   2    SAY IF THEY DON'T BUILD 500 WE KEEP ALL 50 SINCE WE BANKED ON
10:55AM   3    THEM."
10:55AM   4        "GOING TO WAG MEETING."
10:55AM   5        "DONE.  CALL WHEN U HAVE 30 MINUTES."
10:55AM   6    Q.   "AGREE WITH ABOVE."
10:55AM   7        "WILL CALL SOON."
10:55AM   8    A.   "MOSTLY TERRIBLE MEETING BUT NET NET IS WHAT WE WANT."
10:55AM   9        "LOVE YOU TOO."
10:55AM  10    Q.   THE -- I'M SORRY.  THAT'S YOU.
10:55AM  11    A.   "THE POINT ABOUT NARROWING DOWN MENU TO HIT HIGH FS
10:55AM  12    PERCENTAGE CAME TO ME LIKE GIFT OF GOD."
10:55AM  13    Q.   AND NOW WE'RE TURNING TO PAGE 5.
10:55AM  14    A.   "I WAS MEDITATING ON THIS MEETING ALL NIGHT AND ALL DAY."
10:55AM  15    Q.   "YOU NAILED IT."
10:55AM  16    A.   "WE MUST HIT OUR VOLUME GOALS NOW."
10:56AM  17        "WE NEED TO MAKE IT A MATTER OF LIFE AND DEATH."
10:56AM  18        "SURVIVAL.  WE MUST NOT LOSE."
10:56AM  19    Q.   NOW WE'RE TURNING TO PAGE 6.
10:56AM  20    A.   "BTW I SENT CVS DOCUMENT TO HEATHER AND CHRIS ON SATURDAY
10:56AM  21    AND HAVEN'T RECEIVED ANY FEEDBACK FROM THEM."
10:56AM  22    Q.   "OK I WILL BE THERE (LANDING IN 2 HOURS AND 10 MINUTES)
10:56AM  23    AND CAN MEET WITH ANY CANDIDATES WE THINK MAKES SENSE.  NOTHING
10:56AM  24    IS ON MY CALENDAR.  DO YOU WANT ME TO EMAIL HEATHER AND CHRIS
10:56AM  25    ON TURNING THE CVS DOCUMENT?"
```

| | | |
|---|---|---|
| 10:56AM | 1 | A.   "NO." |
| 10:56AM | 2 | Q.   "ARE THEY HELPING YOU ON WAG CONTRACT?" |
| 10:56AM | 3 | A.   "NO ONE ON WAG CONTRACT BEING WANT ANYONE ON WAG CONTRACT. |
| 10:56AM | 4 | THIS U AND I NEED CLOSE OUR CHESTS." |
| 10:56AM | 5 | "DON'T WANT." |
| 10:56AM | 6 | Q.   NOW WE'RE TURNING TO PAGE 7. |
| 10:57AM | 7 | A.   "I PRESENTED CA BUY ASKED ME WHY WE WOULDN'T DO CA WITH |
| 10:57AM | 8 | WAG 'OUT OF CURIOSITY.'" |
| 10:57AM | 9 | "I TOLD HIM CVS HAS BETTER FOOTPRINT IN SOCAL BUT |
| 10:57AM | 10 | WALGREENS IS NOT TOO FAR BEHIND." |
| 10:57AM | 11 | Q.   NOW ON TO PAGE 8. |
| 10:57AM | 12 | A.   "CVS WON'T HAPPEN FOR ANOTHER YEAR." |
| 10:57AM | 13 | "SO IF THEY WANT WE WILL MOVE WITHOUT THEM." |
| 10:57AM | 14 | "WE WILL TALK ABOUT WAG WHEN U R BACK N." |
| 10:57AM | 15 | "I SENT U CONTRACT AND COVER NOTE.  PLEASE SPEND TIME ON |
| 10:57AM | 16 | THAT SO I CAN SEND OUT." |
| 10:57AM | 17 | Q.   "HMM." |
| 10:58AM | 18 | "YEAH." |
| 10:58AM | 19 | "K." |
| 10:58AM | 20 | "WHAT'S YOUR SENSE ON WHY 12 MO FOR SERVICE?" |
| 10:58AM | 21 | "WHERE DID U LEAVE IT WITH HIM?" |
| 10:58AM | 22 | A.   "THEY DON'T KNOW THE UPSIDE OR DOWNSIDE OF NOT HAVING |
| 10:58AM | 23 | THIS." |
| 10:58AM | 24 | Q.   "YEAH." |
| 10:58AM | 25 | "WAS HE UPSET ABOUT MISSING PA?" |

```
10:58AM   1    A.   "AND THE FACT THAT WE ARE NOT GROWING WITH WAG IS

10:58AM   2    SOMETHING THAT THEY ARE TRYING TO UNDERSTAND."

10:58AM   3         "THEY ARE ALL LEMMINGS.  THEY ONLY WANT IT IF OTHERS WANT

10:58AM   4    IT."

10:58AM   5    Q.   "THINKING."

10:58AM   6    A.   "THE MINUTE I SAID CALIFORNIA HIS QUESTION WAS WHY CVS,

10:58AM   7    WHY NOT WALGREENS?"

10:58AM   8    Q.   "I KNOW."

10:58AM   9    A.   "INSTEAD IF THERANOS WAS STRATEGIC TO THEM HE WOULD HAVE

10:58AM  10    JUMPED ON IT."

10:58AM  11    Q.   "SEEING OUR LOCATIONS IN PA WILL BE THE SAME REACTION."

10:58AM  12    A.   "THEY DON'T THINK OF US AS STRATEGIC.  EVERY CONVERSATION

10:58AM  13    I HAVE WITH HIM HE SPEND AT LEAST HALF OF IT IN WHEN WE CAN PUT

10:58AM  14    DEVICES IN MINUTE CLINICS."

10:59AM  15         "JUST LIKE 3 YEARS AGO."

10:59AM  16    Q.   NOW ON TO PAGE 9.

10:59AM  17         MS. HOLLIMAN, I THINK THAT'S PAGE 16.  DO WE HAVE 9 NEXT?

10:59AM  18    THAT'S IT.

10:59AM  19    A.   "HIGHEST VOLUME DAY TODAY .547 IN WAG."

10:59AM  20    Q.   AND NOW ON TO PAGE 10.

10:59AM  21    A.   "JC ARTICLE IS OUT."

10:59AM  22    Q.   PAGE 11?

11:00AM  23    A.   "I AM OK WITH LESS BLOOD AND DISCOMFORT IN HOLDING

11:00AM  24    STATEMENT."

11:00AM  25    Q.   "ALMOST ODD IF NOT THERE."
```

JHAVERI DIRECT BY MR. SCHENK                                    3634

| | | |
|---|---|---|
| 11:00AM | 1 | AND NOW PAGE 12. |
| 11:00AM | 2 | A.   "OK." |
| 11:00AM | 3 | "JUST WORRIED ABOUT FDA AND CMS." |
| 11:00AM | 4 | "BUT OK." |
| 11:00AM | 5 | "HAVE TO TAKE THIS RISK." |
| 11:00AM | 6 | Q.   "WE MADE SUCH BIG DEAL WHEN THEY WERE HERE ABOUT |
| 11:00AM | 7 | VENIPUNCTURE BEING LESS BLOOD I AM COMFORTABLE WITH IT." |
| 11:00AM | 8 | "CRAMER WANTS EXCLUSIVE." |
| 11:00AM | 9 | "NO OTHER T.V." |
| 11:00AM | 10 | A.   "WAIT FOR DAVID." |
| 11:01AM | 11 | Q.   NOW ON TO PAGE 13. |
| 11:01AM | 12 | "SENDING DRAFT RUPERT EMAIL.  THE LANGUAGE ABOUT WHAT JC |
| 11:01AM | 13 | SAID IS DAVID'S LANGUAGE DYING." |
| 11:01AM | 14 | "FYI." |
| 11:01AM | 15 | A.   "OK." |
| 11:01AM | 16 | "WHICH PART IS DAVID LANGUAGE." |
| 11:01AM | 17 | Q.   "THE PART ABOUT WHY I DIDN'T WANT TO TALK TO JC (HIS |
| 11:01AM | 18 | ACCUSATIONS) AS WELL AS THE OTHER PARAGRAPHS THAT WEREN'T THERE |
| 11:01AM | 19 | BEFORE.  EVERYTHING NEW EXCEPT THE ONE SENTENCE I ADDED ON THE |
| 11:01AM | 20 | NEW ARTICLE." |
| 11:01AM | 21 | "I AM COMFORTABLE WITH SAYING THE DEATH AND SEX THING TO |
| 11:01AM | 22 | RUPERT BC IT MAKES THE POINT." |
| 11:01AM | 23 | A.   "DON'T." |
| 11:01AM | 24 | Q.   "DON'T WHAT?" |
| 11:01AM | 25 | A.   "DON'T MAKE THE DEATH AND SEX POINT.  NOT OK." |

JHAVERI DIRECT BY MR. SCHENK                                              3635

11:01AM   1   Q.   "CHALLENGE IS YOU SAW HOW EVERYONE REACTED IN PRESS TO ME

11:01AM   2   NOT MEETING WITH HIM."

11:01AM   3        "THEY DIDN'T THINK HIM CHALLENGING ME ON PATENTS WAS

11:02AM   4   REMOTELY A GOOD REASON NOT TO MEET WITH HIM."

11:02AM   5   A.   "BUT WE HAVE ENUFF POINTS TO SAY I DIDN'T MEET WITH HIM

11:02AM   6   BECAUSE OF HIS FALSE ACCUSATIONS AND DIDN'T HAVE TO MEET WITH

11:02AM   7   SOMEONE WHO WAS ATTACKING ME WITHOUT EVEN MEETING WITH ME.  FOR

11:02AM   8   EXAMPLE PATENTS."

11:02AM   9        "I WOULDN'T OPEN UP USE PERSONAL LIFE OR MURDER BECAUSE

11:02AM  10   ENOUGH PEOPLE ON TWITTER WILL ASSUME THAT THERE IS SOMETHING

11:02AM  11   THERE.

11:02AM  12        "IT'S FILTH."

11:02AM  13        "AND WE NEED TO GET OUT OF FLIRTY."

11:02AM  14        "FILTH."

11:02AM  15   Q.   "AGREE FOR SURE ON OUTSIDE WORLD.  EVEN WHEN RUPERT TO

11:02AM  16   MAKE POINT."

11:02AM  17   A.   "IF U FEEL STRONGLY ABOUT MURDER.  BUT NOT PERSONAL LIFE."

11:02AM  18        "I THINK IT IS IMPORTANT TO SEND THIS EMAIL BUT DOESN'T

11:03AM  19   HELP WITH PUBLIC BEATING.  ALL OUR PARTNERS ARE BAILING ONE AT

11:03AM  20   A TIME AND SAME WITH OUR INVESTORS."

11:03AM  21   Q.   AND NOW ON TO PAGE 14.

11:03AM  22   A.   "DIGNITY WAG EVERYONE IS POSTURING TO WALK AWAY.  WE R

11:03AM  23   LOSING LEVERAGE FAST."

11:03AM  24   Q.   "HAVE YOU TALKED TO WAG?"

11:03AM  25   A.   "THEY ARE NOT TALKING FOR NOW UNTIL THEIR LAWYERS SAY SO."

11:03AM   1    Q.   "TO US?"

11:03AM   2    A.   "YES."

11:03AM   3         "AT C LEVEL."

11:03AM   4    Q.   "THEIR LAWYERS TOLD THEM NOT TO TALK TO US?"

11:03AM   5    A.   "YES."

11:03AM   6    Q.   "WOW."

11:03AM   7    A.   "IN SO MANY WORDS."

11:03AM   8         "NOT EXACTLY BUT THEY WILL BRING ALL OF THIS UP ABOUT

11:03AM   9    FINGERSTICK, ET CETERA, IN CONTRACT NEGOTIATIONS."

11:03AM   10        "IT IS GOING TO BE A VERY DIFFICULT 12 MONTHS."

11:04AM   11        "OUR CLIA LAB FAILED MPV PT AT ALL 5 LEVELS.  JUST FOUND

11:04AM   12   OUT.  DEALING WITH IT."

11:04AM   13   Q.   NOW ON TO PAGE 15.

11:04AM   14   A.   "MISS OLD DAYS.  THESE DAYS ARE NOT WORTH WHATEVER WE R

11:04AM   15   TRYING TO DO HERE."

11:04AM   16        "NIM JUST TEXTED ME.  WANTS TO TALK URGENTLY."

11:04AM   17   Q.   "U CALLING HIM?"

11:04AM   18   A.   "HE WILL CALL ME WHEN READY."

11:04AM   19   Q.   "LET ME KNOW HOW IT GOES.  THE FACTS ARE ON OUR SIDE."

11:04AM   20   A.   "I KNOW.  I AM STRONG ON FACTS.  THEY ALWAYS REACT TO

11:04AM   21   ANYTHING BUT I WILL BE STRONG."

11:04AM   22   Q.   AND FINALLY PAGE 16.

11:04AM   23   A.   "OK.  WAG FREAKING OUT.  LACK OF TRANSPARENCY."

11:05AM   24        "WHY THEY FOUND THIS ALL OUT THRU MEDIA AND NOT THRU US."

11:05AM   25   Q.   "K.  THAT'S WHAT WE'LL DO."

JHAVERI DIRECT BY MR. SCHENK

11:05AM   1       "HOW WAS NIM?

11:05AM   2   A.   "WHY WE DIDN'T TELL THEM ABOUT TURNING OFF NANOTAINER A."

11:05AM   3   Q.   "DID YOU TELL HIM IT LITERALLY JUST HAPPENED?"

11:05AM   4   A.   "YES."

11:05AM   5   Q.   "AND WE HADN'T FINALIZED PLAN W FDA YET AND STILL

11:05AM   6   HAVEN'T."

11:05AM   7   A.   "I TOLD HIM WE WERE SURPRISED BY THE ARTICLE AS MUCH AS

11:05AM   8   THEY R."

11:05AM   9       "YES."

11:05AM  10       "BUT IT WAS MATTER OF COMMUNICATION.  I HAD ACTUALLY

11:05AM  11   THOUGHT ABOUT IT BUT GOT TOO BUSY TO CHAT WITH U."

11:05AM  12   Q.   "THEN LET'S SHOW THEM THAT THIS LITERALLY IS STILL UP IN

11:05AM  13   AIR."

11:05AM  14       "SO WE LITERALLY JUST DECIDED SINCE THE DISCUSSION IS

11:05AM  15   GETTING AIRED OUT IN PRESS?"

11:05AM  16   A.   "OK."

11:05AM  17       "HOWEVER ISSUE IS WE DIDN'T TELL THEM IN ADVANCE ABOUT

11:05AM  18   SWITCHING."

11:05AM  19   Q.   "WE'LL HAVE TO PRESENT WELL THAT WE HADN'T DECIDED TO."

11:06AM  20   A.   "BAD IDEA.  AT THIS POINT THEY KNOW.  SO NEED TO BE

11:06AM  21   TRANSPARENT."

11:06AM  22   Q.   "HOW LONG HAS IT BEEN THAT WE DIDN'T TELL THEM?"

11:06AM  23   A.   "3-4 WEEKS."

11:06AM  24   Q.   "I'M TRYING TO REMEMBER WHAT OUR THINKING WAS ON THAT."

11:06AM  25   A.   "NONE.  WE JUST DIDN'T TELL THEM THINKING UNDER NEW MODEL

11:06AM  1       THIS DOESN'T MATTER."

11:06AM  2           "BUT ATTACKS LIKE THIS SCARE THEM AS THEY SCARE EVERYONE."

11:06AM  3    Q.   "YEAH."

11:06AM  4           MR. JHAVERI, WE JUST READ TEXT MESSAGES BETWEEN MARCH OF

11:06AM  5    2015 AND OCTOBER OF 2015.

11:06AM  6        DURING THIS PERIOD, WERE YOU WORKING DILIGENTLY TO

11:06AM  7    OPERATIONALIZE THERANOS BLOOD TESTING SERVICES INSIDE OF

11:06AM  8    WALGREENS STORES?

11:06AM  9    A.   YES.

11:06AM  10           MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

11:06AM  11           THE COURT:  YES.

11:07AM  12      (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:07AM  13           MR. SCHENK:  NO FURTHER QUESTIONS.  THANK YOU.

11:07AM  14           THE COURT:  ALL RIGHT.  THANK YOU.

11:07AM  15        DO YOU HAVE CROSS-EXAMINATION?

11:07AM  16           MR. DOWNEY:  I WILL, YOUR HONOR.

11:07AM  17           THE COURT:  LET'S TAKE OUR MORNING RECESS NOW,

11:07AM  18    LADIES AND GENTLEMEN.

11:07AM  19        SHOULD WE TAKE 25 MINUTES?  LET'S DO THAT.  25 MINUTES.

11:07AM  20    25 MINUTES.

11:07AM  21        YOU MAY STAND DOWN, SIR.  YOU CAN STAND DOWN AND WE'LL

11:07AM  22    TAKE 25 MINUTES.

11:07AM  23           MR. SCHENK:  THANK YOU.

11:07AM  24      (RECESS FROM 11:07 A.M. UNTIL 11:45 A.M.)

11:45AM  25           THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

1

2

3                         CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
      CERTIFICATE NUMBER 8076

17

18    _____

19    LEE-ANNE SHORTRIDGE, CSR, CRR
      CERTIFICATE NUMBER 9595

20

21                 DATED:  OCTOBER 14, 2021

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 27 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | NOVEMBER 3, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 5187 - 5382 |
| _____ | ) | |


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
                        BY:   JOHN C. BOSTIC
                              JEFFREY B. SCHENK
                        150 ALMADEN BOULEVARD, SUITE 900
                        SAN JOSE, CALIFORNIA 95113

                        BY:   ROBERT S. LEACH
                              KELLY VOLKAR
                        1301 CLAY STREET, SUITE 340S
                        OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                        IRENE L. RODRIGUEZ, CSR, RMR, CRR
                        CERTIFICATE NUMBER 8074
                        LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED WITH COMPUTER

1
    A P P E A R A N C E S: (CONT'D)
2

3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                      BY:  KEVIN M. DOWNEY
4                         LANCE A. WADE
                         KATHERINE TREFZ
5                         PATRICK LOOBY
                         RICHARD CLEARY
6                         J.R. FLEURMONT
                         SEEMA ROPER
7                         PATRICK LOOBY
                    725 TWELFTH STREET, N.W.
8                    WASHINGTON, D.C. 20005

9                    LAW OFFICE OF JOHN D. CLINE
                    BY:  JOHN D. CLINE
10                   ONE EMBARCADERO CENTER, SUITE 500
                    SAN FRANCISCO, CALIFORNIA 94111
11

12    ALSO PRESENT:        FEDERAL BUREAU OF INVESTIGATION
                    BY:  ADELAIDA HERNANDEZ
13
                    OFFICE OF THE U.S. ATTORNEY
14                   BY:  LAKISHA HOLLIMAN, PARALEGAL
                       MADDI WACHS, PARALEGAL
15
                    WILLIAMS & CONNOLLY
16                   BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

17                    TBC
                    BY:  BRIAN BENNETT, TECHNICIAN
18

19

20

21

22

23

24

25

1

                        INDEX OF PROCEEDINGS

2

        GOVERNMENT'S:

3


4     **DANIEL MOSLEY**
      CROSS-EXAM BY MR. WADE (RES.)            P. 5217

5     REDIRECT EXAM BY MR. SCHENK              P. 5374

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5213

| | | |
|---|---|---|
| 09:11AM | 1 | INDICATED ON PAGES 78 THROUGH 80, AND THE GOVERNMENT COULD HAVE |
| 09:11AM | 2 | GIVEN NOTICE, AND/OR USING ANYTHING OUTSIDE OF THOSE 25 ASSAYS |
| 09:11AM | 3 | FOR A DIFFERENT PURPOSE.  THE COURT DIDN'T HAVE ANY PROBLEM |
| 09:11AM | 4 | WITH THAT. |
| 09:11AM | 5 | AND LET ME ALSO NOTE -- I THINK I NOTED, MR. BOSTIC, IN |
| 09:11AM | 6 | YOUR PLEADINGS, YOUR SIDE'S PLEADINGS, YOU SUGGESTED THERE |
| 09:12AM | 7 | WASN'T A HEARING ON THIS, AND I THINK THAT'S RIGHT.  WE DIDN'T |
| 09:12AM | 8 | DISCUSS THIS AT A FORMAL HEARING.  THERE WASN'T ANY ORAL |
| 09:12AM | 9 | ARGUMENT ON THIS AT THE HEARING. |
| 09:12AM | 10 | BUT IF MY RECOLLECTION IS CORRECT, I THINK THIS IS ONE OF |
| 09:12AM | 11 | THOSE THREE OR FOUR MILS THAT THE PARTIES COLLECTIVELY SAID NO |
| 09:12AM | 12 | ARGUMENT WAS NECESSARY.  I THINK THAT'S RIGHT.  I THINK THIS |
| 09:12AM | 13 | FELL IN THAT CATEGORY. |
| 09:12AM | 14 | MS. TREFZ:  YES, YOUR HONOR. |
| 09:12AM | 15 | THE COURT:  AND THAT'S WHY WE DIDN'T HAVE AN ORAL |
| 09:12AM | 16 | ARGUMENT ON IT. |
| 09:12AM | 17 | WE HAD MANY OTHER THINGS TO TALK ABOUT, AND WE DID TALK |
| 09:12AM | 18 | ABOUT, BUT THIS WAS ONE OF THREE OR FOUR YOU SAID WE'RE FINE |
| 09:12AM | 19 | WITH, SO I RECOGNIZE THAT. |
| 09:12AM | 20 | ALL RIGHT.  THANK YOU VERY MUCH FOR THIS. |
| 09:12AM | 21 | LET ME JUST SAY, I'M GOING TO ISSUE A SHORT ORDER ON THIS. |
| 09:12AM | 22 | I THINK IT'S APPROPRIATE TO GIVE YOU AN ORDER. |
| 09:12AM | 23 | BUT, MR. BOSTIC, I'M TROUBLED BY THIS, AND THE COURT MAY |
| 09:12AM | 24 | VERY WELL LIKELY GRANT THIS MOTION JUST BASED ON OUR |
| 09:12AM | 25 | CONVERSATION HERE, AND THE COURT'S 798, AS WELL AS LOOKING BACK |

5214

```
09:12AM   1    AT 568, 711, 664 AND THE OTHER DOCUMENTS THAT WE HAVE

09:12AM   2    DISCUSSED.  THAT IS THE HISTORY OF HOW WE GOT HERE.

09:13AM   3        SO I THINK I AM -- I THINK I OWE FIDELITY TO THE COURT'S

09:13AM   4    798, PAGES 78 THROUGH 80, IN THAT ANALYSIS HERE.  BUT I'LL GET

09:13AM   5    A SHORT ORDER.

09:13AM   6            THIS WITNESS IS SCHEDULED FOR NEXT WEEK, I BELIEVE.

09:13AM   7                MR. BOSTIC:  YOUR HONOR, THIS WITNESS WAS SCHEDULED

09:13AM   8    TO TESTIFY AS EARLY AS TOMORROW.

09:13AM   9                THE COURT:  OH, DEAR.

09:13AM  10                MR. BOSTIC:  HE IS IN TOWN, BUT CERTAINLY WE'RE

09:13AM  11    GUIDED BY THE COURT'S ORDER.

09:13AM  12                THE COURT:  OKAY.

09:13AM  13                MR. BOSTIC:  I'LL ONLY JUST EMPHASIZE MY POINT, I

09:13AM  14    THINK NOTICE TO THE DEFENSE SHOULD BE THE GUIDING PRINCIPLE

09:13AM  15    HERE, AND THE FACT THAT THERE WAS A MISUNDERSTANDING BEFORE --

09:13AM  16    I THINK, YOU KNOW, WITH RESPECT TO DEFENSE COUNSEL, I DON'T

09:13AM  17    THINK THE DEFENSE SHOULD BE REWARDED FOR SAVING THIS AS A TRAP

09:13AM  18    TO SPRING ON THE GOVERNMENT THE WEEK THAT THE WITNESS IS

09:13AM  19    PLANNING TO TESTIFY.

09:13AM  20        BUT WITH THAT I'LL SUBMIT.

09:13AM  21                THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

09:13AM  22    YOU.

09:13AM  23                MS. TREFZ:  THANK YOU.

09:13AM  24                THE COURT:  WELL, I'LL STEP DOWN AND THEN WE'LL

09:13AM  25    BRING OUR JURY IN.
```

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
17         CERTIFICATE NUMBER 8076

18

19         _____
           LEE-ANNE SHORTRIDGE, CSR, CRR
20         CERTIFICATE NUMBER 9595

21         DATED:  NOVEMBER 3, 2021

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 30 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | NOVEMBER 9, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 5671 - 5872 |
| _____ | ) | |


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

5672

```
 1        A P P E A R A N C E S:  (CONT'D)
 2

 3     FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  PATRICK LOOBY
                                    SEEMA ROPER
 6                                  J.R. FLEURMONT
                               725 TWELFTH STREET, N.W.
 7                             WASHINGTON, D.C. 20005

 8                             LAW OFFICE OF JOHN D. CLINE
                               BY:  JOHN D. CLINE
 9                             ONE EMBARCADERO CENTER, SUITE 500
                               SAN FRANCISCO, CALIFORNIA 94111
10

11     ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                               BY:  ADELAIDA HERNANDEZ
12
                               OFFICE OF THE U.S. ATTORNEY
13                             BY:  LAKISHA HOLLIMAN, PARALEGAL
                                    MADDI WACHS, PARALEGAL
14
                               WILLIAMS & CONNOLLY
15                             BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                             TBC
                               BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**LYNETTE SAWYER**
CROSS-EXAM BY MR. WADE (RES.)          P. 5730
REDIRECT EXAM BY MR. LEACH             P. 5772
RECROSS-EXAM BY MR. WADE               P. 5777

**KINGSHUK DAS**
DIRECT EXAM BY MR. LEACH               P. 5781
CROSS-EXAM BY MR. WADE                 P. 5861

```
08:48AM   1      QUALITY SYSTEMS ISSUE.

08:48AM   2           AND WHEN SHE TALKS TO LISA PETERSON, SHE AGAIN MINIMIZES

08:48AM   3      THE EXTENT OF WHAT DR. DAS IS FINDING.  THAT'S ONE WAY THAT IT

08:48AM   4      CONNECTS TO HER STATE OF MIND.

08:49AM   5           THE SECOND WAY IT CONNECTS IS THAT FOR ALL OF THE REASONS

08:49AM   6      THAT WE TALKED ABOUT WITH THE CMS REPORT, THAT THE DEFENDANT

08:49AM   7      HAS INJECTED EVIDENCE, AND THIS IS AT 7653 AND 1052 WHERE

08:49AM   8      DOCUMENTS HAVE BEEN OFFERED TO SHOW MS. HOLMES'S STATE OF MIND

08:49AM   9      IN 2016 GENERALLY ABOUT THE TECHNOLOGY.

08:49AM  10           AND THE FACT THAT THERANOS IS REQUIRED TO VOID THESE TESTS

08:49AM  11      IN THIS EXACT SAME TIME PERIOD GOES TO HER OVERALL KNOWLEDGE

08:49AM  12      AND STATE OF MIND, WHICH THE DEFENSE HAS PROFFERED AS RELEVANT.

08:49AM  13           SO 407 IS A RED HERRING IN THIS CASE.  THEY WERE REQUIRED

08:49AM  14      TO DO THIS.  DR. DAS WILL -- TO VOID THE TESTS.  HE WILL SAY

08:49AM  15      THAT.

08:49AM  16           AND IT GOES DIRECTLY TO THE ACCURACY OF THE TESTS, AND IT

08:49AM  17      GOES DIRECTLY TO MS. HOLMES'S STATE OF MIND.

08:49AM  18           FOR THAT REASON IT SHOULD COME IN.

08:49AM  19               THE COURT:  OKAY.  DID YOU WANT TO SPEAK TO ANY OF

08:49AM  20      THE OTHER COMMENTS?

08:49AM  21               MR. LEACH:  I DID, YOUR HONOR.

08:50AM  22           WITH RESPECT TO THE CONFRONTATION ISSUE, I DON'T THINK

08:50AM  23      THAT'S AN ISSUE.  THE CMS REPORT IS NOT TESTIMONIAL, AND, YOU

08:50AM  24      KNOW, IT'S NOT PREPARED IN A LAW ENFORCEMENT CONTEXT, SO I

08:50AM  25      DON'T THINK THERE'S A CONFRONTATION ISSUE.
```

```
09:02AM   1      THAT THEY'RE GOING TO TRY TO OBTAIN TESTIMONY IN CONNECTION

09:02AM   2      WITH THAT WHEN THAT WAS NOT -- THAT IS NOT IN THIS RECORD, AND

09:02AM   3      OBVIOUSLY IT WOULD BE EXTREMELY PREJUDICIAL, AND IT WOULD

09:02AM   4      CLEARLY BE AN EXPERT OPINION IF, IF -- GIVEN THAT DOCTOR --

09:02AM   5      THIS WAS NOWHERE IN DR. DAS'S SPHERE OF INFLUENCE.

09:02AM   6          SO I WANTED TO RAISE -- THAT'S AN IMPORTANT ISSUE FOR THE

09:02AM   7      DEFENSE AND A NEW ISSUE, AND I WANTED TO RAISE THAT AS WELL.

09:02AM   8              THE COURT:  OKAY.

09:03AM   9              MR. LEACH:  IF I COULD RESPOND BRIEFLY, YOUR HONOR,

09:03AM  10      BECAUSE I THINK THERE ARE TWO VERY DIFFERENT ISSUES, AND I

09:03AM  11      THINK ON THAT SECOND ISSUE I MIGHT BE ABLE TO CLEAR UP SOME OF

09:03AM  12      THE DEFENSE'S CONCERN.

09:03AM  13          WITH RESPECT TO THE VOIDING, DR. DAS IS THE AUTHORITY ON

09:03AM  14      THIS.  HE WAS THE LAB DIRECTOR AT THE TIME.  AND 407 APPLIES TO

09:03AM  15      VOLUNTARY MEASURES WHERE A COMPANY ON ITS OWN IN A MATTER OF

09:03AM  16      BEING CONSERVATIVE DECIDES TO DO SOMETHING.

09:03AM  17          HERE UNDER SERIOUS THREAT OF REGULATORY PRESSURE FROM CMS,

09:03AM  18      DR. DAS CONCLUDED THAT THERE WERE ERRORS IN THE TESTS.  ONCE HE

09:03AM  19      CONCLUDED THAT, AND I NOW HAVE THE RIGHT CITE, 493.1291,

09:03AM  20      REQUIRED HIM TO CORRECT THOSE REPORTS AND NOTIFY THE PATIENTS.

09:03AM  21          THE FACT THAT I CAN'T CORRECT THE REPORT TO SAY A VALUE IS

09:03AM  22      Y INSTEAD OF X AND INSTEAD WHOLESALE VOIDS IT IS NEITHER HERE

09:03AM  23      NOR THERE.

09:04AM  24          HE WILL NOT SAY THIS WAS OUT OF AN ABUNDANCE OF CAUTION.

09:04AM  25      HE WILL SAY I -- MY RESPONSIBILITIES AS THE CLIA LAB DIRECTOR
```

DAS DIRECT BY MR. LEACH

```
01:15PM   1              MY NAME IS KINGSHUK DAS.  THAT IS SPELLED K-I-N-G-S-H-U-K.

01:15PM   2    LAST NAME DAS, D-A-S.

01:15PM   3              THE COURT:  THANK YOU.

01:15PM   4    COUNSEL.

01:15PM   5              MR. LEACH:  THANK YOU, YOUR HONOR.

01:15PM   6                      DIRECT EXAMINATION

01:15PM   7    BY MR. LEACH:

01:15PM   8    Q.   GOOD AFTERNOON, DR. DAS.

01:15PM   9         IN OR ABOUT DECEMBER OF 2015, WERE YOU ENGAGED TO SERVE AS

01:15PM  10    THE LABORATORY DIRECTOR OF THERANOS'S CALIFORNIA CLINICAL

01:15PM  11    LABORATORY?

01:15PM  12    A.   YES, I WAS.

01:15PM  13    Q.   OKAY.  HOW LONG DID YOU SERVE IN THAT ROLE?

01:15PM  14    A.   APPROXIMATELY TWO AND A HALF YEARS.

01:15PM  15    Q.   OKAY.  LET'S TALK A LITTLE BIT ABOUT YOUR EDUCATIONAL AND

01:15PM  16    PROFESSIONAL BACKGROUND.

01:15PM  17         DO YOU HAVE A COLLEGE DEGREE?

01:15PM  18    A.   I DO.

01:15PM  19    Q.   WHERE DID YOU GET YOUR COLLEGE DEGREE FROM?

01:15PM  20    A.   AT CASE WESTERN RESERVE UNIVERSITY.

01:15PM  21    Q.   AND WHAT WAS YOUR DEGREE IN?

01:15PM  22    A.   IT WAS A BACHELOR OF ARTS IN BIOCHEMISTRY.

01:15PM  23    Q.   AND WHEN DID YOU OBTAIN YOUR BACHELOR OF ARTS IN

01:15PM  24    BIOCHEMISTRY FROM CASE WESTERN?

01:15PM  25    A.   THAT WOULD HAVE BEEN 1996.
```

DAS DIRECT BY MR. LEACH                                          5782

01:15PM  1    Q.   AND DO YOU HAVE A MEDICAL DEGREE?

01:16PM  2    A.   I DO.

01:16PM  3    Q.   AND IS THAT ALSO FROM CASE WESTERN RESERVE UNIVERSITY?

01:16PM  4    A.   YES.

01:16PM  5    Q.   AND WHEN DID YOU GET YOUR MEDICAL DEGREE?

01:16PM  6    A.   THAT WOULD HAVE BEEN 2002.

01:16PM  7    Q.   OKAY.  AFTER OBTAINING YOUR MEDICAL DEGREE, DID YOU DO AN

01:16PM  8    INTERNSHIP?

01:16PM  9    A.   I DID.

01:16PM  10   Q.   AND WHAT WAS YOUR INTERNSHIP IN?

01:16PM  11   A.   INTERNAL MEDICINE.

01:16PM  12   Q.   AND WHERE DID YOU PERFORM YOUR INTERNSHIP?

01:16PM  13   A.   THAT WAS AT THE UCLA WEST LOS ANGELES MEDICAL CENTER.

01:16PM  14   Q.   IS THAT IN WESTWOOD?

01:16PM  15   A.   YES, IT IS.

01:16PM  16   Q.   OKAY.  AND DID YOU PERFORM A RESIDENCY?

01:16PM  17   A.   I DID.

01:16PM  18   Q.   AND WHAT WAS YOUR RESIDENCY IN?

01:16PM  19   A.   IN CLINICAL PATHOLOGY.

01:16PM  20   Q.   WHAT IS CLINICAL PATHOLOGY?

01:16PM  21   A.   THAT IS A DISCIPLINE OF PATHOLOGY THAT SPECIALIZES IN

01:16PM  22   LABORATORY MEDICINE.

01:16PM  23   Q.   AFTER -- AND WHERE DID YOU PERFORM YOUR RESIDENCY?

01:16PM  24   A.   IT WAS BETWEEN TWO SITES.  FIRST AT WASHINGTON UNIVERSITY

01:16PM  25   IN ST. LOUIS, FOLLOWED BY THE UNIVERSITY OF SOUTHERN

01:16PM 1    CALIFORNIA.

01:16PM 2    Q.   SO YOU WENT FROM UCLA TO U.S.C.?

01:16PM 3    A.   THAT IS CORRECT, SIR.

01:17PM 4    Q.   OKAY.  AND DID YOU GO BACK TO UCLA AT SOME POINT AFTER

01:17PM 5    YOUR RESIDENCY?

01:17PM 6    A.   I DID.

01:17PM 7    Q.   TELL US ABOUT THAT, PLEASE.

01:17PM 8    A.   I PURSUED A FELLOWSHIP IN MOLECULAR GENETICS AT UCLA.

01:17PM 9    Q.   AND DID YOU ALSO SERVE ON THE FACULTY AT UCLA?

01:17PM 10   A.   I DID AFTERWARD.

01:17PM 11   Q.   AND WHAT POSITIONS ON THE FACULTY DID YOU HOLD?

01:17PM 12   A.   I STARTED OFF AS AN ASSOCIATE MEDICAL DIRECTOR FOR THEIR

01:17PM 13   MOLECULAR PATHOLOGY DEPARTMENT, AND THAT WAS FOLLOWED BY A ROLE

01:17PM 14   AS DIRECTOR OF OPERATIONS OF GENETIC MEDICINE, AFTER WHICH I

01:17PM 15   WAS ASSOCIATE MEDICAL DIRECTOR OF CLINICAL LABORATORIES.

01:17PM 16   Q.   OKAY.  AND HAVE YOU SERVED IN SOMETHING CALLED UCLA

01:17PM 17   CLINICAL LABORATORIES?

01:17PM 18   A.   YES.

01:17PM 19   Q.   AND WHAT IS THAT?

01:17PM 20   A.   THAT IS THE ACADEMIC MEDICAL CENTER LABORATORY AT UCLA.

01:17PM 21   Q.   AND DID YOU HOLD A POSITION EQUIVALENT TO A LABORATORY

01:17PM 22   DIRECTOR IN THAT INSTITUTION?

01:17PM 23   A.   CORRECT.

01:17PM 24   Q.   ARE YOU LICENSED TO PRACTICE MEDICINE?

01:17PM 25   A.   YES, I AM.

01:17PM   1    Q.   IN WHAT STATES?

01:18PM   2    A.   IN THE STATES OF CALIFORNIA AND MINNESOTA.

01:18PM   3    Q.   AND DO YOU HOLD ANY BOARD CERTIFICATIONS?

01:18PM   4    A.   I DO.

01:18PM   5    Q.   IN WHAT?

01:18PM   6    A.   IN CLINICAL PATHOLOGY.

01:18PM   7    Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD DECEMBER

01:18PM   8    OF 2015.  IN OR ABOUT THAT TIME PERIOD, DID YOU LEARN OF A

01:18PM   9    COMPANY CALLED THERANOS?

01:18PM   10   A.   I DID.

01:18PM   11   Q.   OKAY.  HOW DID THERANOS COME TO YOUR ATTENTION?

01:18PM   12   A.   I RESPONDED TO A JOB POSTING ON THE THERANOS WEBSITE.

01:18PM   13   Q.   AND WHAT WAS THE JOB POSTING FOR?

01:18PM   14   A.   IT WAS FOR A LABORATORY DIRECTOR OF THEIR NEWARK,

01:18PM   15   CALIFORNIA LAB.

01:18PM   16   Q.   AND DID YOU INTERVIEW FOR THAT POSITION?

01:18PM   17   A.   I DID.

01:18PM   18   Q.   AND DID YOU INTERVIEW WITH MS. HOLMES?

01:18PM   19   A.   I DID.

01:18PM   20   Q.   AND DID YOU ULTIMATELY GET THE JOB?

01:18PM   21   A.   I DID.

01:18PM   22   Q.   WHEN YOU WERE HIRED, WERE YOU ABLE TO START RIGHT AWAY IN

01:18PM   23   DECEMBER OF 2015?

01:18PM   24   A.   NOT RIGHT AWAY.

01:18PM   25   Q.   OKAY.  WHY WAS THAT?

01:31PM  1    LATE 2015, EARLY 2016 TIME PERIOD?

01:31PM  2    A.   THE NEWARK, CALIFORNIA LABORATORY WAS CONSIDERED HIGH

01:31PM  3    COMPLEXITY AND COULD OFFER SUCH TESTING.

01:31PM  4    Q.   SUCH AS LDT'S?

01:31PM  5    A.   SUCH AS LDT'S, YES.

01:31PM  6    Q.   AND AS YOU'RE BECOMING THE LABORATORY DIRECTOR, DID YOU

01:31PM  7    DEVELOP A SENSE OF THE RELATIVE VOLUME OF TESTING BETWEEN THE

01:31PM  8    MODERATE COMPLEXITY LAB IN ARIZONA AND THE HIGH COMPLEXITY LAB

01:31PM  9    IN CALIFORNIA?

01:31PM  10   A.   I DID NOT HAVE A GOOD SENSE OF THE PROPORTION OF TESTING

01:31PM  11   DONE IN BOTH LABS.

01:31PM  12   Q.   AT SOME POINT DID YOU DEVELOP THAT UNDERSTANDING?

01:31PM  13   A.   I DID NOT.

01:31PM  14   Q.   OKAY.  DID YOU HAVE ANY INTERACTIONS WITH SUNNY BALWANI?

01:31PM  15   A.   YES, TO SOME EXTENT.

01:31PM  16   Q.   OKAY.  A LOT OF INTERACTIONS?  A FEW INTERACTIONS?

01:32PM  17   DESCRIBE THOSE FOR US.

01:32PM  18   A.   QUITE MINIMUM NUMBER OF INTERACTIONS.  I BELIEVE SUNNY

01:32PM  19   LEFT THE COMPANY NOT TOO LONG AFTER I JOINED.

01:32PM  20   Q.   SO SOMETIME IN THE MARCH 2016 TIME PERIOD?

01:32PM  21   A.   YEAH.  I'M NOT CLEAR ON THE EXACT DATES, BUT WE HAD VERY

01:32PM  22   LIMITED CHANCES TO INTERACT.

01:32PM  23   Q.   LET'S MOVE FORWARD IN TIME TO THE TIME PERIOD OF MARCH OF

01:32PM  24   2016.  THAT'S WHEN YOU BEGAN WORKING ON A FULL-TIME BASIS IN

01:32PM  25   THE LAB?

DAS DIRECT BY MR. LEACH                                                    5804

01:45PM   1    A.   YES, I DO.

01:45PM   2    Q.   THEN IT SAYS, "AS A RESULT OF THE SURVEY, IT WAS

01:45PM   3    DETERMINED THAT YOUR FACILITY WAS NOT IN COMPLIANCE WITH ALL OF

01:45PM   4    THE CONDITIONS REQUIRED FOR CERTIFICATION IN THE CLIA PROGRAM."

01:46PM   5         DO YOU SEE THAT?

01:46PM   6    A.   I DO.

01:46PM   7    Q.   AND IS "CONDITIONED" A TERM OF ART IN THE CLIA

01:46PM   8    REGULATIONS?

01:46PM   9    A.   YES, THAT IS.

01:46PM  10    Q.   AND WHAT IS A CONDITION?

01:46PM  11    A.   THESE ARE ANALOGOUS TO REQUIREMENTS OR REGULATIONS.

01:46PM  12    Q.   OKAY.  IT THEN SAYS, "IN ADDITION, BASED ON THE

01:46PM  13    CONDITION-LEVEL REQUIREMENT, HEMATOLOGY, IT WAS DETERMINED THAT

01:46PM  14    THE DEFICIENT PRACTICES OF THE LABORATORY POSE IMMEDIATE

01:46PM  15    JEOPARDY TO PATIENT HEALTH AND SAFETY."

01:46PM  16         DO YOU SEE THAT?

01:46PM  17    A.   YES, I DO.

01:46PM  18    Q.   AND IS THAT PART OF WHAT WAS TRIGGERING THE URGENCY FOR

01:46PM  19    YOUR RESPONSE TO CMS?

01:46PM  20    A.   YES, THAT IS CORRECT.

01:46PM  21    Q.   AND DID YOU HAVE DISCUSSIONS WITH MS. HOLMES ABOUT THE

01:46PM  22    NEED TO RESPOND URGENTLY TO CMS?

01:46PM  23    A.   YES, WE DID.

01:46PM  24    Q.   FURTHER DOWN THERE'S A LIST OF CONDITIONS THAT WERE NOT

01:46PM  25    MET.

02:12PM 1    Q.   AND DID YOU UNDERSTAND TPS TO BE THE EDISON 3.5 DEVICE?

02:12PM 2    A.   YES.

02:12PM 3    Q.   AND WHAT DID YOU UNDERSTAND QUALITY ASSESSMENT TO MEAN?

02:12PM 4    A.   MEANING THE TERM, MR. LEACH?

02:12PM 5    Q.   YES.

02:12PM 6    A.   THAT'S A TERM THAT ENCOMPASSES ALL QUALITY PROGRAMS, NOT

02:13PM 7    INCLUDING QUALITY CONTROL.

02:13PM 8    Q.   AND WHAT DO YOU MEAN BY "QUALITY PROGRAMS"?

02:13PM 9    A.   IN GENERAL, QUALITY CONTROL HAS TO DO WITH DAY-TO-DAY

02:13PM 10   RUNS, QUALITY OF DAY-TO-DAY RUNS.

02:13PM 11       AND QUALITY ASSESSMENT IS -- DESCRIBES ALL OF THE OTHER

02:13PM 12   QUALITY ACTIVITIES OUTSIDE OF THE DAY-TO-DAY RUNS ON ANY GIVEN

02:13PM 13   INSTRUMENT.

02:13PM 14   Q.   AND WAS PART OF YOUR JOB AS THE LAB DIRECTOR TO

02:13PM 15   INVESTIGATE THIS FINDING, UNDERSTAND IT, AND COME UP WITH THE

02:13PM 16   COMPANY'S RESPONSE?

02:13PM 17   A.   YES.

02:13PM 18   Q.   IF WE CAN GO FURTHER DOWN, PLEASE, MS. HOLLIMAN, ON

02:13PM 19   PAGE 55.

02:13PM 20       IT READS HERE, "MONTHLY QC REPORTS WERE REVIEWED FOR

02:13PM 21   JULY 2014, OCTOBER 2014, AND FEBRUARY THROUGH JUNE 2015."

02:13PM 22       DID YOU ALSO REVIEW MONTHLY QC REPORTS IN THE COURSE OF

02:14PM 23   YOUR WORK AS THE LABORATORY DIRECTOR?

02:14PM 24   A.   WE DID.  WE HAD THE REPORTS CREATED FOR US.

02:14PM 25   Q.   OKAY.  AND THAT WAS IN PART TO RESPOND TO THE 2567?

DAS DIRECT BY MR. LEACH

02:14PM 1    A.   THAT'S CORRECT.

02:14PM 2    Q.   AND IN NUMBER 2 IT SAYS, "THE TOTAL PERCENTAGE OF QC

02:14PM 3    VALUES GREATER THAN 2 STANDARD DEVIATIONS (SDS) WAS REVIEWED BY

02:14PM 4    THE SURVEYOR."

02:14PM 5         DO YOU SEE THAT LANGUAGE?

02:14PM 6    A.   I DO.

02:14PM 7    Q.   AND DO YOU UNDERSTAND WHAT IS MEANT BY "STANDARD

02:14PM 8    DEVIATIONS"?

02:14PM 9    A.   YES, I DO.

02:14PM 10   Q.   AND WHAT IS A STANDARD DEVIATION?

02:14PM 11   A.   WOULD YOU LIKE THE MORE TECHNICAL DEFINITION?

02:14PM 12   Q.   I'D LIKE THE LESS TECHNICAL DEFINITION IF YOU COULD.

02:14PM 13   A.   IT'S, IN GENERAL, AN ESTIMATE OF THE SPREAD OF A DATA SET,

02:14PM 14   HOW WIDELY THE VALUES VARY.

02:14PM 15   Q.   OKAY.

02:14PM 16   A.   IN LABORATORY PARLANCE, WE USE IT TO ESTIMATE PRECISION.

02:14PM 17   Q.   AND IF WE CAN GO TO THE NEXT PAGE, PLEASE, PAGE 56.

02:15PM 18        DR. DAS, DO SOME OF THE CMS FINDINGS CONTINUE -- WITH

02:15PM 19   RESPECT TO THIS D TAG CONTINUE ON TO THE NEXT PAGE?

02:15PM 20   A.   YES, I SEE THAT.

02:15PM 21   Q.   OKAY.  DO YOU SEE WHERE IT SAYS, "IN JULY 2014, THE DATA

02:15PM 22   REVEALED THE FOLLOWING TESTS SHOWED PERCENTAGE OF QC SAMPLES

02:15PM 23   WITH MORE THAN 15 PERCENT OF VALUES GREATER THAN 2 SD."  AND

02:15PM 24   THEN THERE'S TESTOSTERONE, TOTAL T4, VITAMIN D.

02:15PM 25        "OVERALL 16 PERCENT OF QC SAMPLES ON ALL TESTS ON ALL

02:15PM  1    DEVICES HAD VALUES GREATER THAN 2 SDS."

02:15PM  2         DO YOU SEE THAT LANGUAGE?

02:15PM  3    A.   I DO SEE THAT.

02:15PM  4    Q.   OKAY.   AND WERE TST, TOTAL T4, AND VITAMIN D ASSAYS RUN ON

02:15PM  5    THE EDISON IN THE 2014 TIME PERIOD?

02:15PM  6    A.   THAT IS CORRECT.   I BELIEVE THAT'S WHAT THEY'RE REFERRING

02:15PM  7    TO.

02:15PM  8    Q.   AND DID YOU AND YOUR TEAM ALSO REVIEW THE DATA THAT IS

02:16PM  9    LISTED HERE ON THIS FORM?

02:16PM 10    A.   YES.

02:16PM 11    Q.   AND DID YOU REVIEW AN EVEN BROADER UNIVERSE OF QC DATA IN

02:16PM 12    ORDER TO RESPOND TO THE CMS REPORT?

02:16PM 13    A.   WE DID.

02:16PM 14    Q.   AND IS THIS -- IS THE FINDING LISTED HERE CONSISTENT WITH

02:16PM 15    WHAT YOU REVIEWED IN YOUR REVIEW OF DATA?

02:16PM 16              MR. WADE:   YOUR HONOR, 702 ON THIS ISSUE,

02:16PM 17    PARTICULARLY GIVEN THE PURPOSE THAT THIS EVIDENCE HAS BEEN

02:16PM 18    OFFERED.

02:16PM 19              THE COURT:   MR. LEACH, I THINK YOU'RE ON THE MARGINS

02:16PM 20    OF A 702 AREA, SO LET ME ASK YOU TO REPHRASE YOUR QUESTION.

02:16PM 21    BY MR. LEACH:

02:16PM 22    Q.   DID YOU ALSO -- DID YOU ALSO REVIEW THE DATA THAT IS

02:16PM 23    LISTED IN THIS REPORT, IN THIS PARAGRAPH E, DR. DAS?

02:16PM 24    A.   I DON'T RECALL THESE EXACT NUMBERS, BUT THESE TIME FRAMES

02:17PM 25    ARE CONSISTENT WITH MY RECOLLECTION.

| | | |
|---|---|---|
| 02:17PM | 1 | Q.   OKAY.  AND IN RESPONDING TO CMS, DID -- OR YOU NEEDED TO |
| 02:17PM | 2 | FORMULATE A RESPONSE TO CMS ON BEHALF OF THE COMPANY; IS THAT |
| 02:17PM | 3 | CORRECT? |
| 02:17PM | 4 | A.   YES, THAT IS CORRECT. |
| 02:17PM | 5 | Q.   AND DID YOU LOOK AT NOT JUST DATA FOR JULY OF 2014, BUT A |
| 02:17PM | 6 | BROADER UNIVERSE OF DATA IN ORDER TO UNDERSTAND AND RESPOND TO |
| 02:17PM | 7 | CMS? |
| 02:17PM | 8 | A.   YES, WE DID. |
| 02:17PM | 9 | Q.   OKAY.  AT ANY POINT DID YOU TELL CMS THAT THE COMPANY |
| 02:17PM | 10 | DISAGREED WITH THIS PARTICULAR FINDING? |
| 02:17PM | 11 | A.   NO, I DON'T BELIEVE WE DID. |
| 02:17PM | 12 | Q.   OKAY.  WHY NOT? |
| 02:17PM | 13 | A.   THESE FINDINGS -- |
| 02:17PM | 14 | MR. WADE:  YOUR HONOR, AGAIN, 702.  WE'RE JUST USING |
| 02:17PM | 15 | REVERSE INSTEAD OF FORWARD. |
| 02:17PM | 16 | THE COURT:  I UNDERSTAND. |
| 02:17PM | 17 | I THINK YOU'RE ASKING FOR AN OPINION THAT FALLS UNDER 702 |
| 02:17PM | 18 | THE WAY THE QUESTION IS FORMED, SO I'LL SUSTAIN THE OBJECTION. |
| 02:17PM | 19 | BY MR. LEACH: |
| 02:17PM | 20 | Q.   BUT YOU NEVER SAID TO ANYBODY AT CMS, "I DISAGREE WITH |
| 02:17PM | 21 | THIS FINDING"? |
| 02:18PM | 22 | A.   I DON'T RECALL SAYING THAT OR WRITING THAT. |
| 02:18PM | 23 | Q.   LET'S GO TO NUMBER F. |
| 02:18PM | 24 | A.   OKAY. |
| 02:18PM | 25 | Q.   AND IF WE CAN ENLARGE THAT, MS. HOLLIMAN. |

02:18PM 1          I'M SORRY.  I THINK WE'RE DOWN ON H.  I WANTED TO FOCUS ON

02:18PM 2    F IF WE COULD:

02:18PM 3          THIS READS, DR. DAS, "IN OCTOBER 2014 THE DATA REVEALED

02:18PM 4    THE FOLLOWING TESTS SHOWED PERCENTAGE OF QC SAMPLES WITH MORE

02:18PM 5    THAN 15 PERCENT OF VALUES GREATER THAN 2 SD."

02:18PM 6          DO YOU SEE THAT LANGUAGE?

02:18PM 7    A.   I DO.

02:18PM 8    Q.   AND THEN THERE'S A LIST FOR ESTRADIOL, FREE T4, PROLACTIN,

02:18PM 9    SHBG, TSH, TST, TOTAL T3, TT4, VITAMIN D, AND VITAMIN B12.

02:19PM 10         DO YOU SEE THOSE?

02:19PM 11   A.   I DO.

02:19PM 12   Q.   AND ARE ALL OF THOSE ASSAYS THAT WERE RUN ON THE EDISON?

02:19PM 13   A.   YES.

02:19PM 14   Q.   AND AS A LAB DIRECTOR, IS IT DESIRABLE OR UNDESIRABLE TO

02:19PM 15   HAVE A CV OF GREATER THAN 15 PERCENT?

02:19PM 16   A.   THAT WOULD BE UNDESIRABLE.

02:19PM 17   Q.   THIS SAYS, "OVERALL 29 PERCENT OF QC SAMPLES ON ALL TESTS

02:19PM 18   ON ALL DEVICES HAD VALUES GREATER THAN 2 SD'S."

02:19PM 19         DO YOU SEE THAT?

02:19PM 20   A.   YES, I SEE THAT.

02:19PM 21   Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:19PM 22   A.   THAT -- I UNDERSTAND THAT TO MEAN THAT 15 PERCENT OF THE

02:19PM 23   VALUES WERE VIOLATING THE 2 SD RULE, WHICH IS A COMMON QUALITY

02:19PM 24   CONTROL RULE.

02:19PM 25   Q.   AND DID YOU HAVE DISCUSSIONS WITH MS. HOLMES ABOUT THIS

DAS DIRECT BY MR. LEACH                                            5823

02:22PM  1    Q.   OKAY.  AND IN CONNECTION WITH YOUR REVIEW OF THE CMS

02:22PM  2    REPORT AND RESPONDING TO CMS, DID YOU HAVE DISCUSSIONS WITH

02:22PM  3    MS. HOLMES ABOUT WHAT CMS WAS FINDING WITH RESPECT TO CMS AND

02:23PM  4    WHAT YOU WERE FINDING AND WHAT THAT -- HOW TO RESPOND TO THAT?

02:23PM  5    A.   I COULD USE A LITTLE MORE SPECIFICITY, MR. LEACH, IF YOU

02:23PM  6    MAY.

02:23PM  7    Q.   THAT WAS A COMPOUND QUESTION.  LET ME ASK IT BETTER.

02:23PM  8         IN THIS 2015 OR 2016, MARCH AND APRIL TIME PERIOD, DID YOU

02:23PM  9    HAVE DISCUSSIONS WITH MS. HOLMES ABOUT THE COMPANY'S PSA TEST?

02:23PM  10   A.   I DID.

02:23PM  11   Q.   AND WAS THAT IN THE CONTEXT OF SOME OF THE CMS FINDINGS

02:23PM  12   AND HOW TO RESPOND TO THAT?

02:23PM  13   A.   IT WAS RELATED TO THE CMS FINDINGS.

02:23PM  14   Q.   OKAY.  DESCRIBE TO US YOUR CONVERSATIONS WITH MS. HOLMES?

02:23PM  15   A.   I RECALL USING THE PSA TEST AS AN EXAMPLE OF THE EDISON'S

02:23PM  16   ERROR PROPENSITY OR GENERATING ERROR -- ERRONEOUS RESULTS.

02:23PM  17   Q.   OKAY.  AND DID YOU GIVE MS. HOLMES A PARTICULAR REASON WHY

02:23PM  18   YOU THOUGHT THE EDISON WAS PRONE TO ERRONEOUS RESULTS?

02:23PM  19   A.   YES.  IN REVIEWING THE DATA, IT ENDED UP BEING AN EASILY

02:24PM  20   DIGESTIBLE EXAMPLE OF THE EDISON'S ERRORS AND THAT I RECALL

02:24PM  21   QUITE A FEW FEMALE PATIENTS RETURNING PSA RESULTS, WHICH WOULD

02:24PM  22   BE HIGHLY UNLIKELY.

02:24PM  23   Q.   WHY WAS THAT A RED FLAG TO YOU?

02:24PM  24   A.   BECAUSE FEMALES SHOULD GENERALLY NOT HAVE PSA DETECTABLE.

02:24PM  25   IT SHOULD ONLY BE DETECTED IN MALES.

02:24PM   1   Q.   AND WHY WERE YOU BRINGING THIS TO MS. HOLMES'S ATTENTION?

02:24PM   2   A.   IT WAS JUST TO EXEMPLIFY WHAT WE WERE DISCUSSING REGARDING

02:24PM   3   SOME OF THE ERRORS SEEN ON THE TSPU.

02:24PM   4   Q.   AND AFTER THIS CONVERSATION WITH MS. HOLMES, DID SHE COME

02:24PM   5   BACK TO YOU ABOUT WITH ANY LITERATURE RELATING TO PSA RESULTS?

02:24PM   6   A.   YES, I BELIEVE SO.  SHE OFFERED AN ALTERNATIVE

02:24PM   7   EXPLANATION.

02:24PM   8   Q.   AND WHAT WAS THE ALTERNATIVE EXPLANATION?

02:24PM   9   A.   I DON'T REMEMBER THE DETAILS, BUT IT WAS ALONG THE LINES

02:24PM  10   OF AN ARTICLE OR TWO DESCRIBING A FEW, I BELIEVE IT WAS A

02:25PM  11   FRACTION OF A SUBSET OF A RARE BREAST CANCER AND THOUGH FEMALES

02:25PM  12   FROM TIME TO TIME EXHIBITING PSA RESULTS FROM THEIR TUMORS.

02:25PM  13   Q.   AND WAS THAT EXPLANATION SATISFYING TO YOU?

02:25PM  14   A.   IT SEEMED IMPLAUSIBLE.

02:25PM  15   Q.   LET ME MOVE FORWARD IN TIME, PLEASE, TO THE END OF OR THE

02:25PM  16   LATE TIME PERIOD OF MARCH OF 2016.

02:25PM  17        HAVING REVIEWED THE FORM 2567, DID YOU WRITE BACK TO CMS

02:25PM  18   WITH THE COMPANY'S RESPONSES?

02:25PM  19   A.   YES, I DO RECALL THAT.

02:25PM  20   Q.   OKAY.  AND DID YOU -- YOU MENTIONED SOMETHING EARLIER

02:25PM  21   CALLED A PATIENT IMPACT ASSESSMENT.

02:25PM  22        WHAT IS THAT?

02:25PM  23   A.   YES.  THOSE WERE DESCRIPTIONS OF OUR ASSESSMENTS ON OUR

02:25PM  24   EVALUATION OF WHETHER THESE TESTS LED TO POTENTIAL FOR PATIENT

02:25PM  25   HARM.

02:25PM   1    Q.   AND IN THE COURSE OF, IN THE COURSE OF PREPARING THESE

02:26PM   2    PATIENT IMPACT ASSESSMENTS, WERE YOU -- DID YOU VIEW YOURSELF

02:26PM   3    AS FULFILLING YOUR OBLIGATIONS AS THE CLIA LAB DIRECTOR?

02:26PM   4    A.   YES, I DID.

02:26PM   5    Q.   AND WHY DID YOU FEEL THAT WAS PART OF YOUR OBLIGATIONS AS

02:26PM   6    THE CLIA LAB DIRECTOR?

02:26PM   7    A.   THAT'S NOT ONLY A REGULATORY OBLIGATION BUT A PROFESSIONAL

02:26PM   8    ONE AND AN ETHICAL ONE AS WELL.

02:26PM   9    Q.   OKAY.  LET ME DRAW YOUR ATTENTION BACK TO 7603,

02:27PM   10   SPECIFICALLY PAGES 82 AND 83.

02:27PM   11        DO YOU HAVE THAT IN FRONT OF YOU, DR. DAS?

02:27PM   12   A.   YES, I DO.  THANK YOU.

02:27PM   13   Q.   OKAY.  AND ON PAGE 82 THERE'S A CFR SECTION 493.1291,

02:27PM   14   STANDARD TEST REPORT.

02:27PM   15        DO YOU SEE THAT?

02:27PM   16   A.   YES, I SEE THAT.

02:27PM   17   Q.   AND IF YOU LOOK ON PAGE 83, THERE'S A SUBPARAGRAPH K.

02:27PM   18        DO YOU SEE WHERE IT SAYS, "WHEN ERRORS IN THE REPORTED

02:27PM   19   PATIENT TEST RESULTS ARE DETECTED, THE LABORATORY MUST DO THE

02:27PM   20   FOLLOWING"?

02:27PM   21   A.   I DO SEE THAT.

02:27PM   22   Q.   OKAY.  AND DOES THAT LAY OUT CERTAIN THINGS THAT YOU FELT

02:27PM   23   AS THE LABORATORY DIRECTOR NEEDED TO BE DONE IF THE CONDITION

02:27PM   24   IN K WAS SATISFIED?

02:27PM   25   A.   THAT'S CORRECT, THAT'S STANDARD PRACTICE.

02:27PM  1    Q.   OKAY.  IN THE COURSE OF RESPONDING TO THE CMS 2567, DID

02:28PM  2    YOU, AS THE LABORATORY, DETECT ERRORS IN THE PATIENT REPORTED

02:28PM  3    TEST RESULTS?

02:28PM  4    A.   WE DID.

02:28PM  5    Q.   AND DID YOU FEEL THAT YOU WERE REQUIRED TO TAKE CERTAIN

02:28PM  6    ACTION PURSUANT TO THIS CLIA REGULATION AND YOUR PROFESSIONAL

02:28PM  7    RESPONSIBILITIES?

02:28PM  8    A.   YES, THAT'S CORRECT.

02:28PM  9    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO EXHIBIT 4943.

02:28PM  10        DO YOU HAVE THAT IN FRONT OF YOU, DR. DAS?

02:28PM  11   A.   YES, I DO.

02:28PM  12   Q.   DO YOU RECOGNIZE THE FIRST PAGE OF 4943?

02:28PM  13   A.   I DO IN GENERAL, NOT THE SPECIFIC PAGE, THOUGH.

02:28PM  14   Q.   OKAY.  IN GENERAL, WHAT IS THIS?

02:28PM  15   A.   IT LOOKS LIKE IT'S A TABLE OF CONTENTS FOR THE EXHIBITS

02:29PM  16   THAT WE SUBMITTED TO CMS AS EVIDENCE.

02:29PM  17   Q.   AS PART OF YOUR REVIEW AND RESPONSE TO THE 2567?

02:29PM  18   A.   THAT'S CORRECT.

02:29PM  19   Q.   OKAY.  DO YOU SEE THAT THERE'S A ROW -- THE THIRD ROW FROM

02:29PM  20   THE BOTTOM WITH TAB NUMBER 3?

02:29PM  21   A.   YES, I DO.

02:29PM  22   Q.   OKAY.  AND WE CAN NOW TURN TO PAGE 9.

02:29PM  23        DO YOU SEE THE HEADING PATIENT IMPACT ASSESSMENT?

02:29PM  24   A.   I DO.  THE PRINT IS RATHER SMALL.

02:29PM  25   Q.   OKAY.  WE'LL, WE'LL --

```
02:29PM   1        A.   WE'LL MANAGE.

02:29PM   2        Q.   AND IS THIS A PATIENT IMPACT ASSESSMENT THAT WAS PROVIDED

02:29PM   3    TO CMS FOLLOWING YOUR REVIEW OF THE 2567?

02:29PM   4        A.   I'LL NEED JUST A MOMENT TO REVIEW IT.

02:30PM   5        Q.   YES.  THANK YOU.

02:30PM   6             (PAUSE IN PROCEEDINGS.)

02:30PM   7                  THE WITNESS:  YES, I BELIEVE SO.

02:30PM   8                  MR. LEACH:  YOUR HONOR, I OFFER PAGE 1 AND 9 OF

02:30PM   9    4943.

02:30PM  10             (PAUSE IN PROCEEDINGS.)

02:30PM  11                  MR. WADE:  JUST THE SAME OBJECTIONS, YOUR HONOR.

02:30PM  12                  THE COURT:  ALL RIGHT.  THANK YOU.

02:30PM  13             THE COURT WILL OVERRULE THE OBJECTION.  THE FOUNDATION HAS

02:31PM  14    BEEN LAID.  I THINK THERE WAS A PREVIOUS 407 OBJECTION THAT WAS

02:31PM  15    MADE, AND THAT IS OVERRULED NOW BY THE TESTIMONY OF THE

02:31PM  16    WITNESS.  THE OBJECTION IS OVERRULED.

02:31PM  17             (GOVERNMENT'S EXHIBIT 4943, PAGES 1 AND 9, WAS RECEIVED IN

02:31PM  18    EVIDENCE.)

02:31PM  19                  MR. LEACH:  THANK YOU, YOUR HONOR.  MAY WE DISPLAY,

02:31PM  20    YOUR HONOR?

02:31PM  21                  THE COURT:  YES.

02:31PM  22    BY MR. LEACH:

02:31PM  23        Q.   JUST TO ORIENT THE JURY, DR. DAS, I WAS REFERENCING -- YOU

02:31PM  24    BELIEVE THIS WAS A DOCUMENT THAT WAS SUBMITTED TO CMS?

02:31PM  25        A.   YES, I BELIEVE SO.
```

DAS DIRECT BY MR. LEACH

02:32PM   1    A.   THOSE APPEAR TO BE THE SPECIFIC D TAGS REFERENCED IN THIS

02:33PM   2    PATIENT IMPACT ASSESSMENT.

02:33PM   3    Q.   AND THOSE D TAGS ORIGINATE FROM THE 2567?

02:33PM   4    A.   THAT'S CORRECT.

02:33PM   5    Q.   AND EARLIER WE WERE LOOKING AT A D TAG FOR 2571, FINDING

02:33PM   6    NUMBER 3?

02:33PM   7    A.   I BELIEVE WE WERE.

02:33PM   8    Q.   AND SO DO YOU BELIEVE THAT THIS PATIENT IMPACT ASSESSMENT

02:33PM   9    RELATES TO THE PORTION OF THE CMS REPORT THAT WE JUST LOOKED

02:33PM   10   AT?

02:33PM   11   A.   I EXPECT SO.

02:33PM   12   Q.   OKAY.  THIS SAYS, "THE LABORATORY AGREES THAT ITS

02:33PM   13   DESCRIPTION OF PRIOR ANALYSIS WERE LACKING SUFFICIENT DETAIL TO

02:33PM   14   EXPLAIN THE CONCLUSIONS SUBMITTED IN THE RESPONSE."

02:33PM   15        IS THAT A REFERENCE TO PRIOR RESPONSES THAT THERANOS HAD

02:33PM   16   MADE TO CMS?

02:33PM   17   A.   I BELIEVE SO.

02:33PM   18   Q.   IT THEN READS, "UPON A REVIEW OF THAT RESPONSE, INCLUDING

02:33PM   19   THE ENTIRETY OF THE PRIOR ANALYSIS OF TPS 3.5 QC DATA AND

02:33PM   20   PATIENT TEST RESULT DISTRIBUTIONS FOR ALL ANALYTES DURING THE

02:34PM   21   TIME PERIOD EXAMINED, THE LABORATORY MADE NOTE OF POOR QC

02:34PM   22   PERFORMANCE THROUGHOUT."

02:34PM   23        IS THAT AN ACCURATE STATEMENT?

02:34PM   24   A.   THAT IS AN ACCURATE STATEMENT.

02:34PM   25   Q.   AND THE PATIENT TEST RESULT DISTRIBUTIONS THAT YOU'RE

DAS DIRECT BY MR. LEACH                                    5830

02:34PM  1    TALKING ABOUT THERE, DID THAT REFER TO ALL TESTS RUN ON THE

02:34PM  2    EDISON DEVICE?

02:34PM  3    A.   YES, ALL TESTS.

02:34PM  4    Q.   OKAY.  AND DO YOU HAVE A MEMORY OF HOW MANY TESTS WERE RUN

02:34PM  5    ON THE EDISON DEVICE?

02:34PM  6    A.   I BELIEVE IT WAS A TOTAL OF 12.

02:34PM  7    Q.   OKAY.  TWELVE TESTS RUN ON THE EDISON DEVICE THROUGHOUT

02:34PM  8    THE LIFE OF THE CLIA LAB?

02:34PM  9    A.   THAT IS MY UNDERSTANDING.

02:34PM  10   Q.   IT THEN SAYS, "THEREFORE, LABORATORY CONDUCTED AN EXPANDED

02:34PM  11   RETROSPECTIVE ANALYSIS FOR 2014 AND 2015 QC DATA."

02:34PM  12        WHAT DOES THAT MEAN?

02:34PM  13   A.   IN GENERAL THAT MEANS WE EXPAND THE RANGE OF THE QC DATA

02:34PM  14   THAT WE LOOKED AT BECAUSE WE IDENTIFIED ISSUES WITH THE

02:34PM  15   ORIGINAL DATA, MEANING WE WANTED TO SEE HOW FAR THE POOR

02:35PM  16   PERFORMANCE EXTENDED.

02:35PM  17   Q.   YOU WANTED TO LOOK AT A BROADER UNIVERSE?

02:35PM  18   A.   YES, THAT'S ONE WAY TO DESCRIBE IT.

02:35PM  19   Q.   OKAY.  AND THAT'S WHAT YOU'RE REPORTING TO CMS?

02:35PM  20   A.   YES, THAT'S CORRECT.

02:35PM  21   Q.   OKAY.  AFTER EXTENSIVE DIALOGUE WITH MS. HOLMES?

02:35PM  22   A.   I DON'T KNOW HOW TO DESCRIBE.

02:35PM  23   Q.   HOW ABOUT AFTER SOME DIALOGUE WITH MS. HOLMES?

02:35PM  24   A.   YES, SOME DIALOGUE.

02:35PM  25   Q.   IT THEN SAYS, "THE LABORATORY NOTED MULTIPLE AND RECURRENT

02:35PM 1    TIME PERIODS (ACROSS ALL ANALYTES TESTED) OF ABRUPT SHIFTS IN

02:35PM 2    QC TARGET MEANS."

02:35PM 3         WHAT DOES THAT MEAN?

02:35PM 4    A.   PLEASE GIVE A MINUTE TO REVIEW THAT.

02:35PM 5         (PAUSE IN PROCEEDINGS.)

02:35PM 6             THE WITNESS:  SO THAT FIRST PART MEANS THAT THE

02:35PM 7    AVERAGE VALUES OF QUALITY CONTROL, THE TARGETS THAT WE WERE

02:36PM 8    TRYING TO REACH, OR THAT THE LABORATORY WAS TARGETING, WERE

02:36PM 9    BEING SHIFTED UNEXPLAINEDLY.

02:36PM 10   BY MR. LEACH:

02:36PM 11   Q.   "HIGH RATES OF 1-2S QC RULE FAILURES."

02:36PM 12        WHAT IS MEANT BY "1-2S"?

02:36PM 13   A.   SO THIS 1-2S ACTUALLY REFERS TO THE SAME QC RULE FAILURES

02:36PM 14   THAT THE CMS INSPECTORS WERE NOTING IN THAT D TAG.  I BELIEVE

02:36PM 15   IT WAS 5791, I BELIEVE.  SO THEY CALL IT A --

02:36PM 16   Q.   AND THE 1-2S, THAT'S STANDARD DEVIATIONS?

02:36PM 17   A.   YES.  SO THE 2S REFERS TO 2 SD ANALOGOUS TO WHAT IS BEING

02:36PM 18   REFERRED TO IN THE D TAG.

02:36PM 19   Q.   AND "QC CV'S FAR EXCEEDING LIMITS FOR A STABLE TESTING

02:36PM 20   PROCESS."

02:36PM 21        WHAT DID THAT MEAN?

02:36PM 22   A.   TO SIMPLIFY THAT ONE A BIT, IT JUST MEANS THAT THERE WAS A

02:37PM 23   LOT OF IMPRECISION NOTED.

02:37PM 24   Q.   AND IS IMPRECISION DESIRABLE OR UNDESIRABLE?

02:37PM 25   A.   UNDESIRABLE.



02:37PM  1    Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND LOOK AT THE NEXT TWO

02:37PM  2    PARAGRAPHS IN THIS PATIENT IMPACT ASSESSMENT.

02:37PM  3         DO YOU SEE WHERE IT SAYS PATIENT IMPACT, DR. DAS?

02:37PM  4    A.   YES, I DO.

02:37PM  5    Q.   AND THIS READS, "ALTHOUGH THE MAGNITUDE OF QC DEVIATIONS

02:37PM  6    FROM TARGET MEANS DOES NOT NECESSARILY REFLECT THE EXACT NATURE

02:37PM  7    AND MAGNITUDE OF BIAS ON PATIENT RESULTS BECAUSE OF DIFFERENCES

02:37PM  8    IN MATRICES, THE QC FAILURES IDENTIFIED BY THIS COMPREHENSIVE

02:37PM  9    RETROSPECTIVE ANALYSIS REFLECT A GLOBAL AND LONG-TERM FAILURE

02:37PM  10   OF THE QUALITY CONTROL PROGRAM FOR THIS INSTRUMENT, AS WELL AS

02:37PM  11   FAILURES OF RELATED QUALITY ASSURANCE PROCEDURES THAT SHOULD

02:37PM  12   HAVE ALERTED THE LABORATORY TO CORRECT SUCH AN UNSTABLE

02:37PM  13   PROCESS."

02:37PM  14        WHY DID YOU INCLUDE THIS IN THE PATIENT IMPACT PORTION OF

02:38PM  15   THIS?

02:38PM  16   A.   FIRST OF ALL, THAT'S QUITE A MOUTHFUL.

02:38PM  17   Q.   YES.

02:38PM  18   A.   THIS WAS JUST TO DESCRIBE OUR FINDINGS.

02:38PM  19   Q.   AND "THE LABORATORY HAS CONCLUDED THAT THERE IS A POSSIBLE

02:38PM  20   PATIENT IMPACT FOR EVERY TEST REPORTED FROM THE LABORATORY'S

02:38PM  21   TPS 3.5 INSTRUMENTS."

02:38PM  22        IS THAT WHAT YOU COMMUNICATED TO CMS?

02:38PM  23   A.   YES, I BELIEVE SO.

02:38PM  24   Q.   AND WAS THAT YOUR VIEW AT THE TIME?

02:38PM  25   A.   YES, IT WAS.

DAS DIRECT BY MR. LEACH

02:38PM  1    Q.    IN CORRECTIVE ACTION IT READS, "THE FRACTION OF PATIENT

02:38PM  2    RESULTS TRULY IMPACTED, AND THE NATURE AND MAGNITUDE OF ANY

02:38PM  3    EFFECT ARE UNKNOWN.  OUT OF AN ABUNDANCE OF CAUTION, THE

02:38PM  4    LABORATORY HAS VOIDED ALL PATIENT TEST RESULTS REPORTED FROM

02:38PM  5    THE TPS 3.5 INSTRUMENTS."

02:38PM  6        DO YOU SEE THAT?

02:38PM  7    A.    I DO SEE THAT.

02:38PM  8    Q.    OKAY.  AND DID YOU, IN FACT, VOID ALL OF THE TEST RESULTS

02:38PM  9    FROM THE EDISON DEVICE FROM THE 2014, 2015 TIME PERIOD?

02:39PM 10    A.    YES, WE DID SO.

02:39PM 11    Q.    OKAY.  AND THEN IT SAYS, "MANY CORRECTED REPORTS HAVE BEEN

02:39PM 12    TRANSMITTED AND THE REMAINDER ARE BEING TRANSMITTED.

02:39PM 13    TRANSMISSION WILL BE COMPLETE BY MARCH 31ST, 2016."

02:39PM 14        DO YOU SEE THAT LANGUAGE?

02:39PM 15    A.    YES, I DO.

02:39PM 16    Q.    DID YOU HAVE DISCUSSIONS WITH MS. HOLMES ABOUT HOW TO

02:39PM 17    COMMUNICATE THE VOIDING OF THE TESTS TO CMS AND OTHER

02:39PM 18    CONSTITUENCIES?

02:39PM 19    A.    COULD YOU BE MORE SPECIFIC.

02:39PM 20    Q.    DID YOU HAVE CONVERSATIONS WITH MS. HOLMES ABOUT HOW TO

02:39PM 21    COMMUNICATE THERANOS'S VOIDING OF THE TESTS?

02:39PM 22    A.    YES, WE DID.

02:39PM 23    Q.    DESCRIBE THE SUBSTANCE OF WHAT WAS SAID?

02:39PM 24    A.    I DESCRIBED OUR RATIONALE FOR VOIDING THESE TESTS WHICH

02:39PM 25    RELIED ON SOME OF THE THINGS THAT WE DISCUSSED EARLIER, WHICH

02:39PM   1    WAS THE VALIDATION DATA AS WELL AS THE QC DATA THAT IS

02:39PM   2    REFERENCED HERE, AS WELL AS THE PATIENT TEST RESULTS THAT WERE

02:40PM   3    REFERENCED HERE, AND IT WAS -- I CAN'T REMEMBER ALL OF THE

02:40PM   4    CONSTITUENTS AT THAT MEETING, BUT I TRIED TO PRESENT IT IN A

02:40PM   5    MORE UNDERSTANDABLE FORMAT.

02:40PM   6         SO I DESCRIBED THE ISSUE IN TERMS OF THE VALIDATION DATA

02:40PM   7    IN DESCRIBING THAT THESE INSTRUMENTS APPARENTLY WERE NOT

02:40PM   8    PERFORMING FROM THE VERY BEGINNING.

02:40PM   9    Q.   AND DID MS. HOLMES MAKE ANY STATEMENTS TO YOU ABOUT

02:40PM   10   WHETHER WHAT YOU JUST SAID SHOULD BE COMMUNICATED TO CMS OR

02:40PM   11   WHETHER SOMETHING ELSE SHOULD BE COMMUNICATED?

02:40PM   12   A.   YES.  I RECALL HER OFFERING AN ALTERNATIVE EXPLANATION.

02:40PM   13   Q.   TELL US ABOUT THAT, PLEASE.

02:40PM   14   A.   I DON'T REMEMBER THE EXACT WORDS, BUT SHE POINTED TO ONE

02:40PM   15   OF HER DEPUTIES AND PROVIDED AN ALTERNATIVE EXPLANATION, WHICH

02:40PM   16   WAS ALONG THE LINES OF IT NOT BEING AN INSTRUMENT FAILURE

02:40PM   17   PER SE BUT RATHER THE, QUOTE, "A FAILURE OF THE QUALITY CONTROL

02:40PM   18   AND QUALITY ASSURANCE PROGRAM AROUND IT."

02:41PM   19   Q.   AND DID YOU THINK IT WAS A COMPLETE EXPLANATION TO

02:41PM   20   DESCRIBE IT AS JUST A QUALITY CONTROL ISSUE?

02:41PM   21   A.   NO, SIR.

02:41PM   22   Q.   HOW COME?

02:41PM   23   A.   BECAUSE THE VALIDATION DATA HAD NO BEARING ON THE QUALITY

02:41PM   24   CONTROL OR QUALITY ASSURANCE PROGRAM.

02:41PM   25   Q.   AFTER THE TESTS WERE VOIDED, DR. DAS, DID THERANOS EVER

DAS DIRECT BY MR. LEACH

| | | |
|---|---|---|
| 03:24PM | 1 | LABORATORY MUST ESTABLISH AND FOLLOW WRITTEN POLICIES AND |
| 03:24PM | 2 | PROCEDURES FOR AN ONGOING MECHANISM TO MONITOR, ASSESS, AND |
| 03:25PM | 3 | WHEN INDICATED, CORRECT PROBLEMS IDENTIFIED IN THE ANALYTIC |
| 03:25PM | 4 | SYSTEMS SPECIFIED." |
| 03:25PM | 5 | DO YOU SEE THAT LANGUAGE? |
| 03:25PM | 6 | A.   YES. |
| 03:25PM | 7 | Q.   AND IS THAT ESSENTIALLY SPELLING OUT THE CLIA REQUIREMENT? |
| 03:25PM | 8 | A.   YES. |
| 03:25PM | 9 | Q.   OKAY.  AND IF WE CAN GO TO PAGE 52, MS. HOLLIMAN, I THINK |
| 03:25PM | 10 | ONLY THE TOP PORTION GOING -- THERE WE GO. |
| 03:25PM | 11 | IF WE COULD HIGHLIGHT THE TOP PORTION OF THIS PAGE. |
| 03:25PM | 12 | DR. DAS, DO YOU SEE THE REGULATORY REQUIREMENT CONTINUES |
| 03:25PM | 13 | IN COLUMN 2 BENEATH THE WORDS "CONTINUED FROM PAGE 47"? |
| 03:25PM | 14 | A.   YES. |
| 03:25PM | 15 | Q.   IS THAT HOW YOU READ THIS DOCUMENT? |
| 03:25PM | 16 | A.   YES. |
| 03:25PM | 17 | Q.   AND THEN IT SAYS, "THIS STANDARD IS NOT MET AS EVIDENCED |
| 03:26PM | 18 | BY." |
| 03:26PM | 19 | DO YOU SEE THAT LANGUAGE? |
| 03:26PM | 20 | A.   YES. |
| 03:26PM | 21 | Q.   AND IS STANDARD A TERM OF ART IN THE CLIA REGULATIONS? |
| 03:26PM | 22 | A.   YES. |
| 03:26PM | 23 | Q.   AND HOW DOES A STANDARD COMPARE TO A CONDITION? |
| 03:26PM | 24 | A.   I BELIEVE IT IS LESS SEVERE. |
| 03:26PM | 25 | Q.   THEN DOES THE FORMAT OF THE 2567 LAY OUT PARTICULAR |

03:26PM 1   FINDINGS BY CMS AS TO HOW, IN CMS'S VIEW, THAT STANDARD WAS NOT

03:26PM 2   MET?

03:26PM 3   A.   YES.

03:26PM 4   Q.   AND THAT'S WHAT YOU'RE TRYING TO RESPOND TO IN THE COURSE

03:26PM 5   OF YOUR WORK?

03:26PM 6   A.   YES.

03:26PM 7   Q.   IF WE CAN GO TO PAGE 53, DO YOU SEE THE FINDING AT THE

03:26PM 8   BOTTOM, "BASED ON REVIEW OF QUALITY CONTROL DATA AND MONTHLY QC

03:27PM 9   REPORTS, THE LABORATORY FAILED TO HAVE A QUALITY ASSESSMENT

03:27PM 10  PROCEDURE TO IDENTIFY AND CORRECT PROBLEMS WITH QC VALUES FOR

03:27PM 11  THE THERANOS PROPRIETARY SYSTEM (TPS) WHEN PRECISION DID NOT

03:27PM 12  MEET THE LABORATORY'S REQUIREMENT FOR PRECISION."

03:27PM 13       DO YOU SEE THAT?

03:27PM 14  A.   YES.

03:27PM 15  Q.   AND IS PRECISION A TERM THAT YOU'RE FAMILIAR WITH IN YOUR

03:27PM 16  WORK AS THE LAB DIRECTOR?

03:27PM 17  A.   YES.

03:27PM 18  Q.   AND WHAT IS PRECISION?

03:27PM 19  A.   IT'S A MEASURE OF THE SPREAD OF DATA.

03:27PM 20  Q.   AND IN THE COURSE OF RESPONDING TO THE 2567, DID YOU

03:27PM 21  REVIEW A BROAD RANGE OF PRECISION DATA?

03:27PM 22  A.   YES.

03:27PM 23  Q.   LET'S GO TO PAGE 54, AND IF WE COULD ZOOM IN,

03:27PM 24  MS. HOLLIMAN, ON THE TAGS DOWN TO D.

03:28PM 25       DO YOU SEE IN B, DR. DAS, WHERE IT SAYS, "QC RESULTS WERE

DAS DIRECT BY MR. LEACH

| | | |
|---|---|---|
| 03:28PM | 1 | REVIEWED FROM JUNE 2014 THROUGH NOVEMBER 2014 AND JANUARY |
| 03:28PM | 2 | THROUGH FEBRUARY 2015 FOR VITAMIN B12, VITAMIN D, AND SEX |
| 03:28PM | 3 | HORMONE BINDING GLOBULIN WHICH WERE USED FOR PATIENT TESTING ON |
| 03:28PM | 4 | THE TPS DEVICES." |
| 03:28PM | 5 | DO YOU SEE THAT LANGUAGE? |
| 03:28PM | 6 | A.   YES. |
| 03:28PM | 7 | Q.   AND IS THIS ALSO DATA THAT YOU REVIEWED IN THE COURSE OF |
| 03:28PM | 8 | YOUR WORK? |
| 03:28PM | 9 | A.   YES. |
| 03:28PM | 10 | Q.   IN C IT SAYS, "VITAMIN B12 QC LEVEL 1 AND LEVEL 3 ON |
| 03:28PM | 11 | DEVICE E 110 REVEALED THE FOLLOWING PERCENT CV:  34.3 PERCENT |
| 03:28PM | 12 | AND 48.5 PERCENT RESPECTIVELY FROM JANUARY 5TH, '15 THROUGH |
| 03:29PM | 13 | 1-30-15." |
| 03:29PM | 14 | DO YOU SEE THAT LANGUAGE? |
| 03:29PM | 15 | A.   YES. |
| 03:29PM | 16 | Q.   AND THE DEVICE E 110, DID YOU UNDERSTAND THAT TO REFER TO |
| 03:29PM | 17 | A PARTICULAR EDISON DEVICE WITHIN THE LAB?  DID YOU UNDERSTAND |
| 03:29PM | 18 | THAT TO REFER TO A DEVICE WITHIN THE LAB? |
| 03:29PM | 19 | A.   YES. |
| 03:29PM | 20 | Q.   AND THE QC LEVEL 1 AND LEVEL 3, WHAT DID YOU UNDERSTAND |
| 03:29PM | 21 | THOSE TO REFER TO? |
| 03:29PM | 22 | A.   THOSE ARE DIFFERENT LEVELS OF THE RESPECTIVE TEST QC, IN |
| 03:29PM | 23 | THIS CASE VITAMIN B12. |
| 03:29PM | 24 | Q.   AND CAN YOU -- AND WHAT IS THE PURPOSE OF DIFFERENT |
| 03:29PM | 25 | LEVELS? |

03:29PM  1    A.   A LABORATORY IS REQUIRED TO RUN MULTIPLE LEVELS FOR EVERY

03:29PM  2    QUANTITATIVE TEST, SO --

03:29PM  3    Q.   SO A HIGH LEVEL, A LOW LEVEL, SOMETHING IN BETWEEN?

03:29PM  4    A.   CORRECT.

03:29PM  5    Q.   OKAY.  AND THIS SAYS THE QC LEVEL 1 AND 3 WERE 34.3 AND

03:29PM  6    48.5 PERCENT.

03:29PM  7         WHAT WAS -- WHAT DID YOU UNDERSTAND THAT TO MEAN?

03:30PM  8    A.   IT APPEARS THEY'RE REFERENCING THOSE PARTICULAR LEVELS FOR

03:30PM  9    THOSE QC.

03:30PM 10    Q.   AND ARE THESE DESIRABLE LEVELS OF QC OR UNDESIRABLE LEVELS

03:30PM 11    OF QC?

03:30PM 12    A.   THOSE WOULD BE UNDESIRABLE.

03:30PM 13    Q.   AND IS THIS SOMETHING THAT YOU LOOKED INTO AS THE

03:30PM 14    LABORATORY DIRECTOR?

03:30PM 15    A.   YES.

03:30PM 16    Q.   AND IF WE COULD ZOOM IN.

03:30PM 17         IN D THERE'S SOME REFERENCE TO VITAMIN B12, QC1, AND QC3

03:30PM 18    ON DEVICE E 1085.

03:30PM 19         IS THIS SIMILAR INFORMATION RELATING TO A DIFFERENT EDISON

03:30PM 20    DEVICE THAT WAS BEING USED IN THE CLIA LAB?

03:30PM 21    A.   YES.

03:30PM 22    Q.   AND IS THAT SOMETHING THAT YOU INVESTIGATED?

03:30PM 23    A.   YES.

03:30PM 24    Q.   IF WE CAN ZOOM OUT, MS. HOLLIMAN, AND LOOK AT E THROUGH L,

03:30PM 25    OR E THROUGH LITTLE I.

03:41PM  1    FROM APRIL 1ST, 2015 THROUGH 9/16/15."

03:41PM  2         DO YOU SEE THAT LANGUAGE?

03:41PM  3    A.   YES.

03:41PM  4    Q.   AND WHAT WAS THE THRUST OF THE DEFICIENCY AS YOU

03:41PM  5    UNDERSTOOD IT THAT WAS BEING BROUGHT TO YOUR ATTENTION?

03:41PM  6    A.   WHAT IS BEING REFERENCED HERE IS THAT PATIENT RESULTS WERE

03:41PM  7    RECORDED WHEN QUALITY CONTROLS WERE NOT RECORDED.

03:41PM  8    Q.   AND EXPLAIN WHY THAT'S, EXPLAIN WHY THAT'S AN ISSUE.

03:41PM  9    A.   QUALITY CONTROL MUST BE RUN DAILY WHEN PATIENT TEST

03:41PM 10    RESULTS ARE BEING RUN ON ANY ASSAY.

03:41PM 11    Q.   SO IF YOU RUN QUALITY CONTROL AND YOU FAIL QUALITY CONTROL

03:41PM 12    FOR WHATEVER REASON, YOU SHOULDN'T BE REPORTING A TEST?

03:41PM 13    A.   THAT'S RIGHT.

03:41PM 14    Q.   AND IS THIS LISTING EXAMPLES OF WHERE IT APPEARED THAT

03:41PM 15    THERANOS WAS RUNNING TESTS AFTER NOT PASSING QUALITY CONTROL?

03:41PM 16    A.   YES.

03:41PM 17         MR. WADE:  YOUR HONOR, MOVE TO STRIKE.  IT'S BEYOND

03:42PM 18    THE SCOPE OF WHAT THE EVIDENCE IS OFFERED FOR.

03:42PM 19         THE COURT:  YOU CAN ASK THAT IN A DIFFERENT WAY.

03:42PM 20    I'LL SUSTAIN THE OBJECTION AND STRIKE THAT ANSWER.

03:42PM 21    BY MR. LEACH:

03:42PM 22    Q.   AS PART OF YOUR WORK, DR. DAS, DID YOU INVESTIGATE WHETHER

03:42PM 23    THERE WERE INSTANCES WHERE THERANOS REPORTED PATIENT RESULTS

03:42PM 24    AFTER NOT PASSING QUALITY CONTROL?

03:42PM 25    A.   YES.

03:42PM  1      Q.   AND DID YOU FIND EXAMPLES OF THAT RELATING TO PT INR?

03:42PM  2      A.   YES.

03:42PM  3                MR. WADE:   702, YOUR HONOR.

03:42PM  4                THE COURT:   OVERRULED.

03:42PM  5      BY MR. LEACH:

03:42PM  6      Q.   YOU FOUND EXAMPLES OF THAT?

03:42PM  7      A.   YES.

03:42PM  8      Q.   DID YOU ALSO -- LOOKING DOWN AT PARAGRAPH 2, DO YOU SEE

03:42PM  9      THAT THE FINDING HERE IS BASED ON A REVIEW OF THE QUALITY

03:42PM 10      CONTROL PROCEDURE, QC RECORDS, AND RAW DATA FROM PATIENT TEST

03:43PM 11      RUNS AND INTERVIEW WITH THE GENERAL SUPERVISOR, THE LABORATORY

03:43PM 12      FAILED TO ENSURE THAT THE QC WAS ACCEPTABLE FOR THE TPS SYSTEM,

03:43PM 13      OR THERANOS PROPRIETARY SYSTEM, PRIOR TO REPORTING PATIENT TEST

03:43PM 14      RESULTS.

03:43PM 15           DO YOU SEE THAT?

03:43PM 16      A.   YES.

03:43PM 17      Q.   IN YOUR MIND, WAS THIS RAISING A SIMILAR ISSUE WITH THE

03:43PM 18      EDISONS THAT WAS RAISED WITH RESPECT TO PT INR?

03:43PM 19      A.   YES.

03:43PM 20                MR. WADE:   702, YOUR HONOR.

03:43PM 21                THE COURT:   OVERRULED.

03:43PM 22      BY MR. LEACH:

03:43PM 23      Q.   AND DID YOU INVESTIGATE WHETHER THERE WERE INSTANCES WHERE

03:43PM 24      THERANOS REPORTED PATIENT RESULTS FROM THE EDISON DEVICE AFTER

03:43PM 25      FAILING QUALITY CONTROL?

03:45PM  1    Q.   AND YOU FOUND INSTANCES WHERE THAT HAPPENED?

03:45PM  2    A.   YES.

03:45PM  3    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO PAGE 43.  AND I

03:45PM  4    WANT TO DRAW YOUR ATTENTION TO THE FINDING L AT THE BOTTOM.

03:45PM  5         DO YOU SEE WHERE IT SAYS, "QC RECORDS FOR VITAMIN B12

03:45PM  6    SHOWED THAT ON DEVICE E 37, QC1 HAD A '10X WARNING' MESSAGE"?

03:46PM  7    A.   YES.

03:46PM  8    Q.   AND WHAT IS A 10X WARNING MESSAGE?

03:46PM  9    A.   THAT IS REFERRING TO A QUALITY CONTROL FAILURE WHERE THE

03:46PM 10    QUALITY CONTROL RESULTS LIE ON ONE SIDE OF THE MEAN EITHER

03:46PM 11    ABOVE OR BELOW TEN TIMES CONSECUTIVELY.

03:46PM 12    Q.   AND IN THE COURSE OF YOUR WORK, DID YOU SEE INSTANCES

03:46PM 13    WHERE THERANOS CONTINUED TO REPORT PATIENT RESULTS AFTER THIS

03:46PM 14    10X WARNING HAD COME UP?

03:46PM 15    A.   YES.

03:46PM 16    Q.   PLEASE LOOK AT THE NEXT PAGE, PAGE 44.

03:46PM 17         AND IF I COULD FOCUS ON THE SECOND HALF BEGINNING WITH THE

03:46PM 18    FINDING AT O THROUGH Q.

03:46PM 19         DO YOU SEE, DR. DAS, WHERE IT SAYS, "LEVEY-JENNINGS CHARTS

03:47PM 20    REVEALED THAT SHBG DEVICE E 26 QC1 HAD 13 CONSECUTIVE DAYS AND

03:47PM 21    QC2 HAD 15 CONSECUTIVE DAYS THAT THE RESULTS WERE AT LEAST TWO

03:47PM 22    STANDARD DEVIATIONS BELOW THE MEAN FROM SEPTEMBER 30TH, 2014,

03:47PM 23    THROUGH 10/29/14."

03:47PM 24         DO YOU SEE THAT LANGUAGE?

03:47PM 25    A.   YES.

03:47PM   1    Q.   DID YOU ALSO REVIEW LEVEY-JENNINGS CHARTS IN THE COURSE OF

03:47PM   2    YOUR WORK IN INVESTIGATING THE 2567?

03:47PM   3    A.   YES.

03:47PM   4    Q.   AND IT'S BEEN A WHILE SINCE WE'VE HEARD THAT TERM, BUT

03:47PM   5    WHAT IS A LEVEY-JENNINGS CHART?

03:47PM   6    A.   IT'S ALSO KNOWN AS A CONTROL CHART.  IT'S JUST A WAY TO

03:47PM   7    CHART QUALITY CONTROL VALUES OVER TIME WITH RESPECT TO THE

03:47PM   8    EXPECTED MEAN AND STANDARD DEVIATIONS.

03:47PM   9    Q.   AND AT ANY POINT IN TIME DID YOU COMMUNICATE TO CMS THAT

03:47PM  10    YOU DISAGREED WITH THIS FINDING?

03:47PM  11    A.   NO.

03:47PM  12    Q.   THAT WOULD BE TRUE OF THE FINDINGS IN P AND Q RELATED TO

03:48PM  13    THE LEVY-JENNINGS CHARTS?

03:48PM  14    A.   YES.

03:48PM  15    Q.   WE TALKED A LITTLE BIT ABOUT --

03:48PM  16         THANK YOU, MS. HOLLIMAN.  WE CAN TAKE THAT DOWN.

03:48PM  17         DURING THE COURSE OF YOUR WORK, DID YOU BECOME FAMILIAR

03:48PM  18    WITH THE ARIZONA LAB, THE MODERATE COMPLEXITY ARIZONA LAB?

03:48PM  19    A.   YES.

03:48PM  20    Q.   AND AS A RESULT OF YOUR WORK, THE TESTING THAT WAS DONE IN

03:48PM  21    THE ARIZONA LAB WAS NOT DONE ON ANY THERANOS DEVICES; IS THAT

03:48PM  22    CORRECT?

03:48PM  23    A.   YES.

03:48PM  24    Q.   AND IT WAS NOT DONE ON ANY MODIFIED THIRD PARTY DEVICES?

03:49PM  25    A.   YES.

1

2

3                     CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, CRR
17       CERTIFICATE NUMBER 8076

18

19       _____
         LEE-ANNE SHORTRIDGE, CSR, CRR
20       CERTIFICATE NUMBER 9595

21       DATED:  NOVEMBER 9, 2021

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


UNITED STATES OF AMERICA,      )   CR-18-00258-EJD
                               )
                 PLAINTIFF,    )   SAN JOSE, CALIFORNIA
                               )
          VS.                  )   VOLUME 31
                               )
ELIZABETH A. HOLMES,           )   NOVEMBER 10, 2021
                               )
                 DEFENDANT.    )   PAGES 5873 - 6145
_____)


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:   JOHN C. BOSTIC
                             JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:   ROBERT S. LEACH
                             KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

       (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
                           LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  PATRICK LOOBY
                                    SEEMA ROPER
 6                                  RICHARD CLEARY
                                    J.R. FLEURMONT
 7                             725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
 8
                               LAW OFFICE OF JOHN D. CLINE
 9                             BY:  JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
10                             SAN FRANCISCO, CALIFORNIA 94111

11
      ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
12                             BY:  ADELAIDA HERNANDEZ

13                             OFFICE OF THE U.S. ATTORNEY
                               BY:  LAKISHA HOLLIMAN, PARALEGAL
14                                  MADDI WACHS, PARALEGAL

15                             WILLIAMS & CONNOLLY
                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
16
                               TBC
17                             BY:  BRIAN BENNETT, TECHNICIAN

18

19

20

21

22

23

24

25
```

5875

1                    INDEX OF PROCEEDINGS

2       GOVERNMENT'S:

3

4       **KINGSHUK DAS**
        CROSS-EXAM BY MR. WADE (RES.)          P. 5891
5       REDIRECT EXAM BY MR. LEACH             P. 6017
        RECROSS-EXAM BY MR. WADE               P. 6030
6
        **ALAN EISENMAN**
7       DIRECT EXAM BY MR. BOSTIC              P. 6037
        CROSS-EXAM BY MR. DOWNEY               P. 6101

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAS CROSS BY MR. WADE (RES.)                                      5931

09:56AM   1    Q.   AND THEY'RE RESPONSIBLE FOR LOOKING AT THE DATA AND MAKING

09:56AM   2    SURE THAT THE POLICY IS ADHERED TO; IS THAT RIGHT?

09:56AM   3    A.   YES.

09:56AM   4    Q.   OKAY.   AND WHEN YOU LOOKED AT THAT DATA, YOU, YOU

09:57AM   5    ULTIMATELY HAD, YOU ULTIMATELY CAME TO THE VIEW THAT SOME

09:57AM   6    REMEDIATION WAS NECESSARY; IS THAT RIGHT?

09:57AM   7    A.   YES.

09:57AM   8    Q.   AND I WANT TO TALK A LITTLE BIT ABOUT -- I THINK WITH

09:57AM   9    MR. LEACH YOU WERE ASKED SOME QUESTIONS ABOUT SOME OF THE

09:57AM  10    INFORMATION THAT YOU LOOKED AT.

09:57AM  11         DO YOU RECALL THAT?

09:57AM  12    A.   YES.

09:57AM  13    Q.   AND YOU, YOU -- WE WERE TALKING ABOUT BUCKETS, I THINK.

09:57AM  14         DO YOU RECALL THAT?

09:57AM  15    A.   YES.

09:57AM  16    Q.   AND THERE WERE, THERE WERE THREE BUCKETS IN PARTICULAR.

09:57AM  17         DO YOU RECALL?

09:57AM  18    A.   YES.

09:57AM  19    Q.   AND ONE RELATED TO THE VALIDATION OF THOSE EDISON ASSAYS;

09:57AM  20    RIGHT?

09:57AM  21    A.   YES.

09:58AM  22    Q.   AND THE SECOND BUCKET RELATED TO QUALITY CONTROL RESULTS;

09:58AM  23    CORRECT?

09:58AM  24    A.   YES.

09:58AM  25    Q.   AND THEN THE THIRD BUCKET RELATED TO WHAT I THINK YOU

DAS CROSS BY MR. WADE (RES.)                                          5932

09:58AM   1    DESCRIBED AS SORT OF A PATIENT TEST RESULT DISTRIBUTION

09:58AM   2    ANALYSIS; RIGHT?

09:58AM   3    A.   YES.

09:58AM   4    Q.   AND I JUST WANT TO MAKE SURE THAT WE ALL UNDERSTAND KIND

09:58AM   5    OF A LITTLE BIT MORE ABOUT WHAT YOU DID AND WHAT YOU CONSIDERED

09:58AM   6    THERE.   OKAY?

09:58AM   7    A.   YES.

09:58AM   8    Q.   WITHIN 4621, THERE WAS SOME SPECIFIC DATA AND ITEMS THAT

09:58AM   9    WERE IDENTIFIED RELATING TO QUALITY CONTROL; RIGHT?

09:58AM   10   A.   YES.

09:58AM   11   Q.   BUT YOU -- IN PERFORMING YOUR FUNCTION, YOU DIDN'T LIMIT

09:58AM   12   YOURSELF TO JUST LOOKING AT THAT QUALITY CONTROL INFORMATION;

09:58AM   13   RIGHT?

09:58AM   14   A.   YES.

09:58AM   15   Q.   YOU ACTUALLY ASKED FOR ALL OF THE QUALITY CONTROL

09:58AM   16   INFORMATION WITH RESPECT TO EDISON ASSAYS TO BE EXTRACTED AND

09:59AM   17   REVIEWED; RIGHT?

09:59AM   18   A.   YES.

09:59AM   19   Q.   AND YOU STARTED TO TURN OVER ROCKS, IF YOU WILL?

09:59AM   20   A.   YES.

09:59AM   21   Q.   AND YOU DID A RETROSPECTIVE ANALYSIS OF THE QUALITY

09:59AM   22   CONTROL DATA APPLYING CERTAIN WESTGARD RULES AND PRINCIPLES TO

09:59AM   23   ASSESS THE HISTORICAL QUALITY CONTROL PERFORMANCE OF THOSE

09:59AM   24   EDISON ASSAYS; RIGHT?

09:59AM   25   A.   YES.

DAS CROSS BY MR. WADE (RES.)                                    5936

10:03AM  1            DO YOU RECALL THAT?

10:03AM  2       A.   YES.

10:03AM  3       Q.   AND I'M GOING TO GO INTO THOSE IN A SECOND.  BEFORE I DO,

10:03AM  4       I JUST WANT TO GO INTO THE THIRD BUCKET, WHICH WAS THE PATIENT

10:04AM  5       TEST DISTRIBUTION RESULTS.  OKAY?

10:04AM  6       A.   YES.

10:04AM  7       Q.   AND THERE WHAT YOU DID IS FOR EACH OF THE ASSAYS YOU

10:04AM  8       ESSENTIALLY PULLED OUT OF THE LIS ALL OF THE PATIENT RESULTS

10:04AM  9       FOR EACH ASSAY; RIGHT?

10:04AM  10      A.   I'M NOT SURE WHERE THE DATA WAS PULLED FROM.  IT WAS

10:04AM  11      PULLED FOR OUR TEAM.

10:04AM  12      Q.   OKAY.  WHEREVER THE DATA WAS -- FOR PATIENT RESULTS WAS

10:04AM  13      MAINTAINED, ALL OF THAT DATA WAS EXTRACTED; CORRECT?

10:04AM  14      A.   YES, THAT WAS TRUE TO THE BEST OF MY UNDERSTANDING.

10:04AM  15      Q.   OKAY.  AND YOU LOOKED AT ALL OF THE RESULTS AND LOOKED AT

10:04AM  16      SORT OF WHETHER THEY -- HOW THEY PERFORMED WITHIN THE REFERENCE

10:04AM  17      RANGE.

10:04AM  18           IS THAT --

10:04AM  19      A.   TO SOME EXTENT.

10:04AM  20      Q.   CAN YOU GIVE US A SENSE OF WHAT THE PATIENT DISTRIBUTION

10:04AM  21      ANALYSIS CONSISTS OF?

10:04AM  22      A.   I'LL TRY TO AVOID JARGON AS MUCH AS POSSIBLE.

10:04AM  23           IN GENERAL, WE WERE TRYING TO ASSESS HOW THE AVERAGE

10:05AM  24      VALUES WERE CHANGING OR NOT CHANGING OVER TIME, WHICH IS A

10:05AM  25      REFLECTION OF INACCURACY WITH THE TEST.

10:05AM   1        ALSO, YOU CAN LOOK AT WHAT YOU WERE DESCRIBING, THE

10:05AM   2   DISTRIBUTIONS OF ABNORMALS VERSUS NORMALS, AND GET A SENSE OF

10:05AM   3   ANY SORT OF IMPRECISION IN THE ASSAY.

10:05AM   4        THERE'S VARIOUS WAYS TO LOOK AT THESE METRICS.  BUT, YES

10:05AM   5   IN GENERAL.

10:05AM   6   Q.   SO YOU ESSENTIALLY PLOT ALL OF THE RESULTS FOR THE

10:05AM   7   PATIENTS AND SORT OF LOOK AT AND ANALYZE THE DATA AND CONSIDER

10:05AM   8   WHETHER YOU CAN INFER ANYTHING FROM ALL OF THE RESULTS FOR THAT

10:05AM   9   PARTICULAR ASSAY?

10:05AM  10   A.   TO SOME EXTENT, YES.  WE MAKE CALCULATIONS BASED ON THE

10:05AM  11   ENTIRE DATA SET AND LOOK AT IT IN CHUNKS.  BUT, BUT OVERALL,

10:05AM  12   YES.

10:05AM  13   Q.   OKAY.  AND THESE, THESE THREE BUCKETS THAT YOU'RE TALKING

10:05AM  14   ABOUT, THIS IS A PRETTY SOPHISTICATED ANALYSIS; IS THAT FAIR?

10:05AM  15   A.   YES.

10:05AM  16   Q.   AND IT REQUIRED THE EXTRACTION OF A LOT OF DATA; RIGHT?

10:06AM  17   A.   YES.

10:06AM  18   Q.   AND IT REQUIRED THE CONSIDERATION AND ANALYSIS OF A LOT OF

10:06AM  19   THAT DATA IN ORDER TO INFORM YOUR VIEWS; RIGHT?

10:06AM  20   A.   YES.

10:06AM  21   Q.   THIS IS NOT SOMETHING THAT IN YOUR VIEW SOMEONE WITHOUT

10:06AM  22   KNOWLEDGE AND TRAINING WOULD BE IN A POSITION TO DO; IS THAT

10:06AM  23   FAIR?

10:06AM  24   A.   CORRECT.

10:06AM  25   Q.   OKAY.  AND AS A RESULT OF THAT COMBINATION OF INFORMATION,

10:27AM  1    A.   YES, I WAS USING THAT AS AN EXAMPLE.

10:27AM  2    Q.   AND MANY OF THE ANALYSES THAT YOU WERE DOING WERE PRETTY

10:28AM  3    TECHNICAL IN NATURE; RIGHT?

10:28AM  4    A.   YES.

10:28AM  5    Q.   AND MS. HOLMES'S DIDN'T HAVE THAT SORT OF TECHNICAL

10:28AM  6    BACKGROUND; RIGHT?

10:28AM  7    A.   YES.

10:28AM  8    Q.   AND SO YOU WERE TRYING -- AND SHE HAD NOT SUPERVISED THE

10:28AM  9    LAB PREVIOUSLY TO YOUR KNOWLEDGE; RIGHT?

10:28AM  10   A.   CORRECT.

10:28AM  11   Q.   AND SO YOU WERE TRYING TO KIND OF BRIEF HER IN ON SOME OF

10:28AM  12   THESE CONCEPTS AND EXPLAIN TO HER WHY YOU CAME TO THE VIEWS

10:28AM  13   THAT YOU CAME TO; IS THAT FAIR?

10:28AM  14   A.   YES.

10:28AM  15   Q.   AND SO WHILE DOING THAT, IS IT FAIR TO SAY THAT IN SOME

10:28AM  16   WAY YOU WERE DESCRIBING, OR TRYING TO DESCRIBE, THESE THREE

10:28AM  17   BUCKETS AND HOW YOUR VIEWS WERE INFORMED?

10:28AM  18   A.   YES.

10:28AM  19   Q.   AND YOU USED, AS AN EXAMPLE OF THAT, THE PSA ASSAY TO NOTE

10:28AM  20   THAT PSA WAS DETECTED IN SOME FEMALE PATIENTS, WHICH WAS

10:28AM  21   UNUSUAL; RIGHT?

10:28AM  22   A.   YES.

10:28AM  23   Q.   AND DID YOU COME TO UNDERSTAND THAT MS. HOLMES HAD

10:29AM  24   PROVIDED SOME KIND OF A STUDY BY ANOTHER ADVISOR THAT SUGGESTED

10:29AM  25   THAT PSA COULD SOMETIMES BE DETECTED IN FEMALES?

DAS REDIRECT BY MR. LEACH                                    6023

```
12:44PM   1        HE SAID HE DOESN'T KNOW WHAT HAPPENED AND --

12:45PM   2               THE COURT:  WELL, I'LL ALLOW IT.  I THINK YOU'RE

12:45PM   3        ABOUT DONE WITH THIS.

12:45PM   4               MR. LEACH:  I'M ABOUT DONE, YOUR HONOR.  THANK YOU.

12:45PM   5        Q.   YOU WERE ALSO ASKED SOME QUESTIONS ABOUT SOME OF THE

12:45PM   6        QUALITY CONTROL DATA THAT WAS REPORTED IN THE CMS REPORT.

12:45PM   7               DO YOU RECALL SOME QUESTIONS ABOUT THAT?

12:45PM   8        A.   YES.

12:45PM   9        Q.   AND IN RESPONSE TO THE 2567, YOU REVIEWED NOT JUST THE

12:45PM  10        QUALITY CONTROL DATA THAT WAS LISTED IN THE CMS REPORT, BUT A

12:45PM  11        BROADER UNIVERSE OF DATA.

12:45PM  12               IS THAT FAIR?

12:45PM  13        A.   YES.

12:45PM  14        Q.   AND WHAT WAS THE REASON FOR DOING THAT?

12:45PM  15        A.   THAT WAS TO IDENTIFY THE EXTENT OF THE DEFICIENCY.

12:45PM  16        Q.   OKAY.  AND AFTER THAT BROADER REVIEW, DID YOU VIEW THE

12:45PM  17        INSTANCES THAT WERE LISTED BY CMS AS REPRESENTATIVE SAMPLES?

12:45PM  18        A.   YES.

12:45PM  19        Q.   THOSE DIDN'T SEEM OUT OF -- UNUSUAL IN THE SENSE OF BEING

12:45PM  20        ONE OFFS OR OUT OF THE ORDINARY?

12:45PM  21        A.   OUTLIERS?  IS THAT CORRECT?

12:46PM  22        Q.   WE'VE USED THAT TERM IN SOME OTHER CONTEXTS.  I JUST WANT

12:46PM  23        TO MAKE SURE IF WHAT WAS REPORTED IN CMS WAS REPRESENTATIVE OF

12:46PM  24        WHAT YOU SAW IN YOUR BROADER REVIEW.

12:46PM  25        A.   YES.
```

1

2

3                      CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
17    CERTIFICATE NUMBER 8076

18

19    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
20    CERTIFICATE NUMBER 9595

21         DATED:  NOVEMBER 10, 2021

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 33 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | NOVEMBER 16, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 6302 - 6573 |
| _____ | ) | **SEALED PAGES 6566 - 6573** |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:   JOHN C. BOSTIC
                             JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:   ROBERT S. LEACH
                             KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074
                       LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  PATRICK LOOBY
                                    SEEMA ROPER
 6                                  RICHARD CLEARY
                                    J.R. FLEURMONT
 7                             725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
 8
                               LAW OFFICE OF JOHN D. CLINE
 9                             BY:  JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
10                             SAN FRANCISCO, CALIFORNIA 94111

11
      ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
12                             BY:  ADELAIDA HERNANDEZ

13                             OFFICE OF THE U.S. ATTORNEY
                               BY:  LAKISHA HOLLIMAN, PARALEGAL
14                                  MADDI WACHS, PARALEGAL

15                             WILLIAMS & CONNOLLY
                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
16
                               TBC
17                             BY:  BRIAN BENNETT, TECHNICIAN

18

19

20

21

22

23

24

25
```

6304

1

2                        INDEX OF PROCEEDINGS

3        GOVERNMENT'S:

4        **SO-HAN (DANISE) SPIVEY**
         DIRECT EXAM BY MR. LEACH                 P. 6355
5        CROSS-EXAM BY MR. WADE                   P. 6364

6

7        **BRIAN GROSSMAN**
         DIRECT EXAM BY MR. LEACH                 P. 6374
8        CROSS-EXAM BY MR. WADE                   P. 6462

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
09:21AM   1    OF PAGES OF CUSTOMER REPORTS THAT WERE GENERALLY NEGATIVE ABOUT
09:21AM   2    THERANOS, RELATING TO THINGS LIKE DISTANCE BETWEEN A CUSTOMER'S
09:21AM   3    HOME AND A STORE, THE AMOUNT OF TIME THAT THEY HAD TO WAIT IN
09:21AM   4    LINE, HOW CLEAN THE FACILITIES WERE, HOW FRIENDLY PEOPLE WERE,
09:21AM   5    A LOT OF NEGATIVE INFORMATION ON THOSE ANCILLARY UNRELATED
09:21AM   6    POINTS.
09:21AM   7         THE DEFENSE WOULD BE MAKING THE SAME ARGUMENTS THAT I AM
09:21AM   8    MAKING HERE TODAY, AND THEY WOULD BE RIGHT TO DO SO.
09:21AM   9         CUSTOMER FEEDBACK ON THESE ISSUES IS NOT RELEVANT TO THE
09:21AM  10    CASE, REGARDLESS OF WHETHER IT'S FAVORABLE OR NOT.  THE FACT
09:21AM  11    THAT IT'S FAVORABLE RAISES 403 CONCERNS WITH THE GOVERNMENT,
09:21AM  12    AND IT'S INADMISSIBLE FOR THE REASONS THAT I'VE DESCRIBED.
09:21AM  13              THE COURT:  THANK YOU.
09:21AM  14         MR. CLEARY, THE LAST WORD.
09:21AM  15              MR. CLEARY:  THIS IS POWERFUL EVIDENCE OF
09:21AM  16    MS. HOLMES'S STATE OF MIND.  WE BELIEVE THAT IT SHOULD BE
09:21AM  17    ADMITTED, AND WE BELIEVE THAT EXCLUDING IT FOR THE REASONS THAT
09:21AM  18    THE GOVERNMENT INVITES THE COURT TO DO SO WOULD SERIOUSLY
09:22AM  19    MISLEAD THE JURY AS TO THE INFORMATION SENT AND SHARED TO
09:22AM  20    MS. HOLMES ABOUT CRITICAL ALLEGATIONS IN THE CASE AND WOULD
09:22AM  21    UNFAIRLY PREJUDICE OUR DEFENSE.
09:22AM  22              THE COURT:  THANK YOU VERY MUCH.  THANK YOU.
09:22AM  23         AND THANK YOU FOR YOUR PLEADINGS AND THE ARGUMENT THIS
09:22AM  24    MORNING.
09:22AM  25              MR. CLEARY, I DON'T SEE ANYTHING THAT CAUSES ME TO DISTURB
```

```
09:22AM    1    THE COURT'S PREVIOUS RULING IN THIS MATTER.  I UNDERSTAND YOUR
09:22AM    2    VIEW AND YOUR TEAM'S VIEW THAT THIS IS CRITICALLY IMPORTANT TO
09:22AM    3    SHOW YOUR CLIENT'S STATE OF MIND AS TO THE NEGOTIATION THAT SHE
09:22AM    4    HAD, AND THIS WOULD BETTER INFORM HER OF THE INFORMATION RATHER
09:22AM    5    THAN THE INFORMATION THAT SHE RECEIVED FROM WALGREENS, ET
09:22AM    6    CETERA.  I KNOW YOU COMMENTED ON THAT'S A FACT ISSUE AND THAT'S
09:22AM    7    AN ISSUE THAT THE JURY COULD WRESTLE WITH IF THIS INFORMATION
09:22AM    8    IS ADMITTED.
09:22AM    9         BUT AS A THRESHOLD ISSUE, I JUST DON'T SEE THAT IT'S
09:22AM   10    RELEVANT TO THE ISSUES IN THE INDICTMENT, NOTWITHSTANDING THE
09:22AM   11    FACT THAT PRICE IS MENTIONED.  THIS IS NOT A PRICING CASE,
09:22AM   12    QUOTE-UNQUOTE.
09:22AM   13         IT'S NOT A -- THE ALLEGATIONS ARE NOT SPECIFIC THAT ONE
09:23AM   14    PRICE WAS PROMISED AND A DIFFERENT PRICE WAS OBTAINED.  IT'S
09:23AM   15    NOT BAIT AND SWITCH.
09:23AM   16         PRICE IS PERHAPS AN ANCILLARY PART OF THE CASE, AND I
09:23AM   17    APPRECIATE THAT.
09:23AM   18         BUT THE REAL ISSUES IN THE CASE I THINK ARE CONTAINED IN
09:23AM   19    12(D), WHICH TALK ABOUT THE ACCURACY OF THE TEST RESULTS.
09:23AM   20    THAT'S REALLY WHAT THE FOCUS OF THE PROSECUTION IS.
09:23AM   21         I DON'T HEAR THE GOVERNMENT SAYING THAT THEY'RE GOING TO
09:23AM   22    ARGUE THAT PRICING IN ANY WAY, THE FALSITY OF PRICING WAS AN
09:23AM   23    ISSUE.
09:23AM   24         I JUST DON'T SEE ANYTHING THAT CAUSES ME TO DISTURB THE
09:23AM   25    COURT'S PREVIOUS RULING ON THIS MATTER, AND I'M GOING TO
```

```
09:23AM   1    RESPECTFULLY DECLINE YOUR INVITATION TO CHANGE THAT POSITION.

09:23AM   2        I AM INFORMED WHEN I LOOK AT THE TIMING AND THE RANGES OF

09:23AM   3    THIS INFORMATION, I THINK THAT'S IMPORTANT ALSO.   THAT WAS

09:23AM   4    POINTED OUT DURING OUR DISCUSSION.   I JUST DON'T SEE THE

09:23AM   5    RELEVANCE OF THIS.

09:23AM   6        AND EVEN UNDER A 403 ANALYSIS, I DO THINK THAT THIS

09:24AM   7    INFORMATION, THE PROBATIVE VALUE IS OUTWEIGHED BY ANY

09:24AM   8    PREJUDICIAL VALUE, AS WELL AS ANY TIME CONSUMPTION THAT IS

09:24AM   9    GOING TO BE REQUIRED TO LOOK THROUGH THESE DOCUMENTS FOR THAT

09:24AM  10    PROBATIVE, MINIMAL, MINIMAL PROBATIVE VALUE.

09:24AM  11        SO I'M GOING TO RESPECTFULLY DECLINE YOUR INVITATION TO

09:24AM  12    DISTURB THE COURT'S PREVIOUS RULING ON THESE MATTERS.   THESE

09:24AM  13    WILL CONTINUE TO BE EXCLUDED.

09:24AM  14        SO THANK YOU VERY MUCH.

09:24AM  15        THANK YOU, MR. CLEARY.

09:24AM  16        THANK YOU, MR. BOSTIC.

09:24AM  17            MR. BOSTIC:   THANK YOU, YOUR HONOR.

09:24AM  18            THE COURT:   I APPRECIATE IT.

09:24AM  19        ANYTHING ELSE BEFORE WE BRING IN THE JURY?

09:24AM  20            MR. BOSTIC:   YOUR HONOR, I'M NOT SURE WHETHER THE

09:24AM  21    COURT WANTED TO DO THIS IN THE JURY'S PRESENCE OR NOT, BUT I

09:24AM  22    UNDERSTAND FROM THE DEFENSE THAT THEY HAD NO OBJECTION TO

09:24AM  23    EXCUSING MR. EISENMAN.

09:24AM  24        WE SO INFORMED HIM, AND I BELIEVE HE HAS TRAVELLED OUT OF

09:24AM  25    TOWN.   WE JUST WANTED TO PUT THAT ON THE RECORD.
```

1
2
3                    CERTIFICATE OF REPORTERS
4
5
6
7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10   HEREBY CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16                    _____
                      IRENE RODRIGUEZ, CSR, CRR
17                    CERTIFICATE NUMBER 8076
18
19                    _____
                      LEE-ANNE SHORTRIDGE, CSR, CRR
20                    CERTIFICATE NUMBER 9595
21                    DATED:  NOVEMBER 16, 2021
22
23
24
25

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                     )
                    PLAINTIFF,        )   SAN JOSE, CALIFORNIA
7                                     )
             VS.                      )   VOLUME 34
8                                     )
     ELIZABETH A. HOLMES,             )   NOVEMBER 17, 2021
9                                     )
                    DEFENDANT.        )   PAGES 6574 - 6779
10   _____ )

11
                     TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                         BY:  JOHN C. BOSTIC
                                JEFFREY B. SCHENK
16                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
17
                           BY:  ROBERT S. LEACH
18                              KELLY VOLKAR
                           1301 CLAY STREET, SUITE 340S
19                         OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
23                              LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:   KEVIN M. DOWNEY
 4                                    LANCE A. WADE
                                      KATHERINE TREFZ
 5                                    SEEMA ROPER
                                      J.R. FLEURMONT
 6                                    RICHARD CLEARY
                                      PATRICK LOOBY
 7                              725 TWELFTH STREET, N.W.
                                WASHINGTON, D.C. 20005
 8
                                LAW OFFICE OF JOHN D. CLINE
 9                              BY:   JOHN D. CLINE
                                ONE EMBARCADERO CENTER, SUITE 500
10                              SAN FRANCISCO, CALIFORNIA 94111

11
       ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
12                             BY:  ADELAIDA HERNANDEZ

13                             OFFICE OF THE U.S. ATTORNEY
                               BY:  LAKISHA HOLLIMAN, PARALEGAL
14                                   MADDI WACHS, PARALEGAL

15                             WILLIAMS & CONNOLLY
                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
16
                               TBC
17                             BY:  BRIAN BENNETT, TECHNICIAN

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**BRIAN GROSSMAN**
CROSS-EXAM BY MR. WADE (RES.)          P. 6583
REDIRECT EXAM BY MR. LEACH             P. 6735


**E▇▇ T▇▇▇▇▇**
DIRECT EXAM BY MR. BOSTIC              P. 6747
CROSS-EXAM BY MS. TREFZ                P. 6762

DIRECT BY MR. BOSTIC

03:19PM 1        DO YOU SEE THAT?

03:19PM 2    A.   I DO, YES.

03:19PM 3    Q.   DO YOU REMEMBER RECEIVING THESE RESULTS IN MAY 2015?

03:19PM 4    A.   I DO.

03:19PM 5    Q.   LET'S LOOK AT THE NEXT PAGE, WHICH IS PAGE 2 OF

03:19PM 6    EXHIBIT 5483.  AND LET'S ZOOM IN ON THE BOX IN THE MIDDLE OF

03:20PM 7    THE PAGE LABELLED HIV 1, 2 ANTIBODY SCREEN.

03:20PM 8        MS. T_____, DO YOU SEE A BREAKDOWN OF SOME ADDITIONAL

03:20PM 9    HIV RELATED RESULTS FROM YOUR THERANOS TEST?

03:20PM 10   A.   YES.

03:20PM 11   Q.   AND YOU'LL SEE AGAIN THAT THE HIV 1 PLUS 2 ANTIBODY TEST

03:20PM 12   IS MARKED AS REACTIVE.

03:20PM 13       DO YOU SEE THAT?

03:20PM 14   A.   YES.

03:20PM 15   Q.   AND THAT THE OTHERS FOR HIV 1 ANTIBODY, HIV 2 ANTIBODY,

03:20PM 16   AND HIV 1 RNA ARE MARKED AS NON-REACTIVE OR NOT DETECTED.

03:20PM 17       DO YOU SEE THAT?

03:20PM 18   A.   YES.

03:20PM 19   Q.   PRIOR TO 2015, WERE YOU EVER AT ANY TIME DIAGNOSED WITH

03:20PM 20   HIV OR AIDS?

03:20PM 21   A.   NO.

03:20PM 22   Q.   AT ANY TIME SINCE 2015 HAVE YOU BEEN DIAGNOSED WITH HIV OR

03:20PM 23   AIDS?

03:21PM 24   A.   NO.

03:21PM 25   Q.   TO YOUR KNOWLEDGE, HAVE YOU EVER HAD ANY SYMPTOMS OF HIV

DIRECT BY MR. BOSTIC                                      6757

03:21PM   1    OR AIDS?

03:21PM   2    A.    NO.

03:21PM   3    Q.    HAVE YOU EVER RECEIVED TREATMENT FOR HIV OR AIDS?

03:21PM   4    A.    NO.

03:21PM   5    Q.    I'D LIKE TO DRAW YOUR ATTENTION TO SOME LANGUAGE ON PAGE 3

03:21PM   6    OF THE EXHIBIT.

03:21PM   7    A.    PAGE 3?

03:21PM   8    Q.    PAGE 3 OF THE EXHIBIT, AT THE BOTTOM OF THE PAGE THERE'S A

03:21PM   9    SECTION MARKED LAB NOTES.

03:21PM   10        DO YOU SEE THAT?

03:21PM   11   A.    YES.

03:21PM   12   Q.    AND IT READS THERE, "HIV ANTIBODIES WERE NOT CONFIRMED AND

03:21PM   13   HIV-1 RNA WAS NOT DETECTED.  NO LABORATORY EVIDENCE OF HIV-1

03:21PM   14   INFECTION.  FOLLOW-UP TESTING FOR HIV-2 SHOULD BE PERFORMED IF

03:21PM   15   CLINICALLY INDICATED."

03:21PM   16        DO YOU SEE THAT?

03:21PM   17   A.    YES.

03:21PM   18   Q.    BASED ON YOUR MEDICAL HISTORY, ARE YOU AWARE OF ANY REASON

03:21PM   19   WHY HIV ANTIBODIES WOULD BE PRESENT IN YOUR BLOOD?

03:22PM   20   A.    NO.

03:22PM   21   Q.    FOLLOWING YOUR RECEIPT OF THESE RESULTS, DID YOU TAKE ANY

03:22PM   22   STEPS TO CONFIRM THESE RESULTS OR GET A SECOND OPINION?

03:22PM   23   A.    FOLLOWING MY -- I'M SORRY, CAN YOU SAY THAT AGAIN, PLEASE.

03:22PM   24   Q.    AFTER YOU GOT THESE RESULTS, DID YOU TAKE ANY STEPS TO TRY

03:22PM   25   TO VERIFY WHAT WAS REALLY HAPPENING?

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        _____
          IRENE RODRIGUEZ, CSR, CRR
17        CERTIFICATE NUMBER 8076

18

19        _____
          LEE-ANNE SHORTRIDGE, CSR, CRR
20        CERTIFICATE NUMBER 9595

21        DATED:  NOVEMBER 17, 2021

22

23

24

25

# EXHIBIT 2

theranos

## PATENT PORTFOLIO SUMMARY

US Patents and Applications: 315

Intl Patents and Applications: 865

Patent Portfolio Total: 1180

## PATENT PORTFOLIO DETAILS

|  | Issued | Pending | Allowed | Published |
|---|---|---|---|---|
| US | 103 | 77 | 11 | 124 |
| Europe | 94 | 8 | 2 | 46 |
| China | 11 | 5 | 1 | 48 |
| Japan | 16 | 7 | 1 | 41 |
| India | 2 | 24 |  | 21 |
| Mexico | 20 | 45 |  |  |
| WIPO/PCT |  | 1 |  | 19 |
| Other Intl | 103 | 262 | 15 | 73 |
| **Total:** | 349 | 429 | 30 | 372 |

Proprietary and Confidential

July 25, 2017

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Allowed | 13161756.5 | 10/10/2007 | European Patent Office | Utility: Foreign Divisional | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Allowed | 2666338 | 10/10/2007 | Canada | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Allowed | 2012121204 | 10/18/2010 | Russian Federation | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Allowed | 2013137661 | 1/20/2012 | Russian Federation | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Allowed | 2013/05478 | 1/20/2012 | South Africa | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 2012318963 | 9/25/2012 | Australia | Utility: Foreign | |
| SYSTEMS AND METHODS FOR COLLECTING AND TRANSMITTING ASSAY RESULTS | Allowed | 13/768,748 | 2/15/2013 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 2013205132 | 4/13/2013 | Australia | Utility: Foreign Divisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 2013205139 | 4/13/2013 | Australia | Utility: Foreign Divisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 2013205142 | 4/13/2013 | Australia | Utility: Foreign Divisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 14/183,500 | 2/18/2014 | United States | Utility: Non-Provisional | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SEPARATION MATERIALS | Allowed | 14/214,772 | 3/15/2014 | United States | Utility: Non-Provisional | |
| Nucleic Acid Amplification | Allowed | 14/214,850 | 3/15/2014 | United States | Utility: Non-Provisional | 9725760 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 2014109864 | 4/25/2014 | Russian Federation | Utility: Foreign | |
| Methods for Improving Assays of Biological Samples | Allowed | 14/341,422 | 7/25/2014 | United States | Utility: Non-Provisional | |

FIG00000705

theran⬡s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| UNIFIED DETECTION SYSTEM FOR FLUOROMETRY, LUMINOMETRY AND SPECTROMETRY | Allowed | 14/602,189 | 1/21/2015 | United States | Utility: Non-Provisional | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Allowed | 705695 | 3/4/2015 | New Zealand | Utility: Foreign Divisional | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Allowed | 11201502239U | 3/23/2015 | Singapore | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Allowed | 2015-76583 | 4/3/2015 | Japan | Utility: Foreign Divisional | |
| Fluidic Medical Devices and Uses Thereof | Allowed | 14/727,547 | 6/1/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 14/859,064 | 9/18/2015 | United States | Utility: Continuation | 9719990 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Allowed | 10-2015-7027017 | 9/30/2015 | Republic of Korea | Utility: Foreign Divisional | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Allowed | 14762285.6 | 10/5/2015 | European Patent Office | Utility: Foreign | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Allowed | 15/002,013 | 1/20/2016 | United States | Utility: Continuation | 9719081 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Allowed | 10-2016-7005331 | 2/26/2016 | Republic of Korea | Utility: Divisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Allowed | 15/162,038 | 5/23/2016 | United States | Utility: Continuation | |
| BLOOD COLLECTION DEVICE | Allowed | 29/568,083 | 6/15/2016 | United States | Design | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Allowed | 10-2016-7017039 | 6/24/2016 | Republic of Korea | Utility: Divisional | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Allowed | 201410452665.6 | 9/5/2014 | China | Utility: Foreign Divisional | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Germany | Utility: Foreign | 60 2008 049 418.7 |

CONFIDENTIAL PER P.O.

FIG00000706

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | France | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | United Kingdom | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Switzerland | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Denmark | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Finland | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Ireland | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Netherlands | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Norway | Utility: Foreign | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | | | Sweden | Utility: Foreign | 2657699 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Germany | Utility: Foreign | 60 2012 029 044.7 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | France | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | United Kingdom | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Belgium | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Switzerland | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Denmark | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Spain | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Finland | Utility: Foreign | 2761488 |

July 25, 2017

Proprietary and Confidential

Page 4

FIG00000707

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Ireland | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Italy | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Netherlands | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Norway | Utility: Foreign | 2761488 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | | | Sweden | Utility: Foreign | 2761488 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 10/937,872 | 9/10/2004 | United States | Utility: Non-Provisional | 7291497 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | European Patent Office | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Germany | Utility: Foreign | 60 2004 035 271.3 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | France | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | United Kingdom | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Austria | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Belgium | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Switzerland | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Cyprus | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Denmark | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Spain | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Finland | Utility: Foreign | 1662987 |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000708

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Greece | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Hungary | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Ireland | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Italy | Utility: Foreign | 48024BE2012 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Luxembourg | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Monaco | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Netherlands | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Portugal | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Sweden | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Turkey | Utility: Foreign | TR20120010 2T4 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2004272062 | 9/10/2004 | Australia | Utility: Foreign | 2004272062 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2010241506 | 9/10/2004 | Australia | Utility: Foreign | 2010241506 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2538038 | 9/10/2004 | Canada | Utility: Foreign | 2538038 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 780016504 | 5/10/2007 | China | Utility: Foreign | 101437550 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 174103 | 9/10/2004 | Israel | Utility: Foreign | 174103 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 1291/DELNP/06 | 9/10/2004 | India | Utility: Foreign | 239950 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2006-526288 | 9/10/2004 | Japan | Utility: Foreign | 4603547 |

July 25, 2017

Footer.

Proprietary and Confidential

Page 6



| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2010-96515 | 9/10/2004 | Japan | Utility: Foreign Divisional | 5255594 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2012-179402 | 9/10/2004 | Japan | Utility: Foreign Divisional | 5635041 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 10-06-7006816 | 9/10/2004 | Republic of Korea | Utility: Foreign | 1330431 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 10-2012-7008407 | 9/10/2004 | Republic of Korea | Utility: Foreign | 1328849 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 10-2012-7022103 | 9/10/2004 | Republic of Korea | Utility: Foreign Divisional | 1471731 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 10-2012-7032495 | 9/10/2004 | Republic of Korea | Utility: Foreign Divisional | 1496392 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 546432 | 9/10/2004 | New Zealand | Utility: Foreign | 546432 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 580449 | 9/10/2004 | New Zealand | Utility: Foreign | 580449 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 0 478 8658.5 | 9/10/2004 | Poland | Utility: Foreign | 1662987 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 11/202,206 | 8/12/2005 | United States | Utility: Non-Provisional | 8101402 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 11/202,231 | 8/12/2005 | United States | Utility: Non-Provisional | 8202697 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 11/389,409 | 3/24/2006 | United States | Utility: Non-Provisional | 7635594 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 2006244617 | 3/24/2006 | Australia | Utility: Foreign | 2006244617 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 2013201509 | 3/24/2006 | Australia | Utility: Foreign Divisional | 2013201509 |

CONFIDENTIAL PER P.O.

FIG00000710

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 200780037859.8 | 10/10/2007 | China | Utility: Foreign | ZL 200780037859.8 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 187272 | 3/24/2006 | Israel | Utility: Foreign | 187272 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 2007-7028881 | 3/24/2006 | Republic of Korea | Utility: Foreign | 1381331 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 10-2013-7005225 | 3/24/2006 | Republic of Korea | Utility: Foreign | 1392106 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 10-2013-7027526 | 3/24/2006 | Republic of Korea | Utility: Foreign Divisional | 1569265 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | a/2007/013985 | 3/24/2006 | Mexico | Utility: Foreign | 309006 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | a/2013/001275 | 3/24/2006 | Mexico | Utility: Foreign Divisional | 322934 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | a/2013/001320 | 3/24/2006 | Mexico | Utility: Foreign Divisional | 332010 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 564141 | 3/24/2006 | New Zealand | Utility: Foreign | 564141 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 590930 | 3/24/2006 | New Zealand | Utility: Foreign | 590930 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 599522 | 3/24/2006 | New Zealand | Utility: Foreign | 599522 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 603604 | 3/24/2006 | New Zealand | Utility: Foreign | 603604 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 603613 | 3/24/2006 | New Zealand | Utility: Foreign | 603613 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 620811 | 3/24/2006 | New Zealand | Utility: Foreign Divisional | 620811 |
| Systems and methods for improving medical treatments | Issued | 11/388,415 | 3/24/2006 | United States | Utility: Non-Provisional | 8679407 |

CONFIDENTIAL PER P.O.

FIG00000711

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR CONDUCTING ANIMAL STUDIES | Issued | 11/388,823 | 3/24/2006 | United States | Utility: Non-Provisional | 8841076 |
| CALIBRATION OF FLUIDIC DEVICES | Issued | 11/388,824 | 3/24/2006 | United States | Utility: Non-Provisional | 7888125 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 11/549,558 | 10/13/2006 | United States | Utility: Non-Provisional | 8012744 |
| Systems and Methods of Sample Processing and Fluid Control in a Fluidic System | Issued | 11/554,509 | 10/30/2006 | United States | Utility: Non-Provisional | 8741230 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 11/685,615 | 3/13/2007 | United States | Utility: Non-Provisional | 8008034 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11/746,535 | 5/9/2007 | United States | Utility: Non-Provisional | 8007999 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | European Patent Office | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | European Patent Office | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Germany | Utility: Foreign | 602007031274.4 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Germany | Utility: Foreign | 60 2007 037 520.7 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | France | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | France | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | United Kingdom | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | United Kingdom | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Belgium | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Belgium | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Switzerland | Utility: Foreign | 2018188 |

CONFIDENTIAL PER P.O.

FIG00000712

ther.

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Switzerland | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Denmark | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Spain | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Spain | Utility: Foreign | 2493265 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Ireland | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Ireland | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Italy | Utility: Foreign | 51305 BE 2013 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Italy | Utility: Foreign | 502014000000771 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Luxembourg | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Netherlands | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Netherlands | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Sweden | Utility: Foreign | 2018188 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 11180769.9 | 5/10/2007 | Sweden | Utility: Foreign | 2436400 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 7762092 | 5/10/2007 | Turkey | Utility: Foreign | TR 2013 10950 T4 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 2007249334 | 5/10/2007 | Australia | Utility: Foreign | 2007249334 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 200880118646.2 | 10/2/2008 | China | Utility: Foreign | 200880118646.2 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 200980119929.3 | 3/26/2009 | China | Utility: Foreign | 200980119929.3 |

CONFIDENTIAL PER P.O.

FIG00000713

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 195108 | 5/10/2007 | Israel | Utility: Foreign | 195108 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 9081/DELNP/08 | 5/10/2007 | India | Utility: Foreign | 269876 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 2009-510174 | 5/10/2007 | Japan | Utility: Foreign | 4856759 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 2011-237908 | 5/10/2007 | Japan | Utility: Foreign | 5575088 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 2013-247236 | 5/10/2007 | Japan | Utility: Foreign Divisional | 5916693 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 10-2008-7028354 | 5/10/2007 | Republic of Korea | Utility: Foreign | 1397879 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | a/2008/014224 | 5/10/2007 | Mexico | Utility: Foreign | 297386 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | MX/a/2012/003367 | 5/10/2007 | Mexico | Utility: Foreign Divisional | 321606 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 572480 | 5/10/2007 | New Zealand | Utility: Foreign | 572480 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 9104140.2 | 5/10/2007 | Hong Kong | Utility: Foreign | 1127279B |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 12109767.8 | 5/10/2007 | Hong Kong | Utility: Foreign | 1170149 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | European Patent Office | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Germany | Utility: Foreign | 602007048147.3 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | France | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Italy | Utility: Foreign | 502016000113191 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | United Kingdom | Utility: Foreign | 2066777 |

July 25, 2017

Proprietary and Confidential

Page 11

FIG00000714



| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Belgium | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Switzerland | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Denmark | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Spain | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Ireland | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Netherlands | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 7868405.7 | 10/10/2007 | Sweden | Utility: Foreign | 2066777 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 2007324129 | 10/10/2007 | Australia | Utility: Foreign | 2007324129 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 201280014347.0 | 1/20/2012 | China | Utility: Foreign | ZL201280014347.0 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 198113 | 10/10/2007 | Israel | Utility: Foreign | 198113 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 227945 | 10/10/2007 | Israel | Utility: Foreign Divisional | 227945 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 2009-532550 | 10/10/2007 | Japan | Utility: Foreign | 5373614 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 2013-37058 | 10/10/2007 | Japan | Utility: Foreign | 5773456 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 2009-7009660 | 10/10/2007 | Republic of Korea | Utility: Foreign | 1445409 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | a/2009/003572 | 10/10/2007 | Mexico | Utility: Foreign | 302441 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 576116 | 10/10/2007 | New Zealand | Utility: Foreign | 576116 |

CONFIDENTIAL PER P.O.    FIG00000715

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 9111657.2 | 10/10/2007 | Hong Kong | Utility: Foreign | 9111657.2 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 10-2011-7006832 | 12/10/2007 | Republic of Korea | Utility: Foreign Divisional | 1322943 |
| SYSTEMS AND METHODS OF FLUIDIC SAMPLE PROCESSING | Issued | 12/221,816 | 8/6/2008 | United States | Utility: Non-Provisional | 8158430 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 12/244,723 | 10/2/2008 | United States | Utility: Non-Provisional | 8088593 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | European Patent Office | Utility: Foreign | 2205968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 13178059.5 | 10/2/2008 | European Patent Office | Utility: Foreign Divisional | 2657699 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Germany | Utility: Foreign | 60 2008 028 891.9 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | France | Utility: Foreign | 2 205 968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | United Kingdom | Utility: Foreign | 2 205 968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Switzerland | Utility: Foreign | 2 205 968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Denmark | Utility: Foreign | 2 205 968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Spain | Utility: Foreign | 2 205 968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Ireland | Utility: Foreign | 2 205 968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Italy | Utility: Foreign | 67746 BE 2014 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Netherlands | Utility: Foreign | 2 205 968 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 8836072.2 | 10/2/2008 | Sweden | Utility: Foreign | 2 205 968 |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000716

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 2008308686 | 10/2/2008 | Australia | Utility: Foreign | 2008308686 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 2013205052 | 10/2/2008 | Australia | Utility: Foreign Divisional | 2013205052 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 204877 | 10/2/2008 | Israel | Utility: Foreign | 204877 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 223603 | 10/2/2008 | Israel | Utility: Foreign Divisional | 223603 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 223599 | 10/2/2008 | Israel | Utility: Foreign Divisional | 223599 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 223600 | 10/2/2008 | Israel | Utility: Foreign Divisional | 223600 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 223602 | 10/2/2008 | Israel | Utility: Foreign Divisional | 223602 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 2010-528139 | 10/2/2008 | Japan | Utility: Foreign | 5511669 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 2010-7009627 | 10/2/2008 | Republic of Korea | Utility: Foreign | 1579327 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 10-2013-7025985 | 10/2/2008 | Republic of Korea | Utility: Foreign Divisional | 1669323 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | a/2010/003578 | 10/2/2008 | Mexico | Utility: Foreign | 303109 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | a/2012/004302 | 10/2/2008 | Mexico | Utility: Foreign | 316656 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | a/2013/012110 | 10/2/2008 | Mexico | Utility: Foreign Divisional | 328161 |

CONFIDENTIAL PER P.O.

FIG00000717

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 584963 | 10/2/2008 | New Zealand | Utility: Foreign | 584963 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 2010117267 | 10/2/2008 | Russian Federation | Utility: Foreign | 2540424 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 201002319-0 | 10/2/2008 | Singapore | Utility: Foreign | 160604 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 201300584-8 | 10/2/2008 | Singapore | Utility: Foreign Divisional | 188082 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 11104252.2 | 10/2/2008 | Hong Kong | Utility: Foreign | HK1150175 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 2009228145 | 3/26/2009 | Australia | Utility: Foreign | 2009228145 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 201310053649.5 | 5/10/2007 | China | Utility: Foreign | CN 103197064 B |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 208323 | 3/26/2009 | Israel | Utility: Foreign | 208323 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 2011-502079 | 3/26/2009 | Japan | Utility: Foreign | 5550633 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 588741 | 3/26/2009 | New Zealand | Utility: Foreign | 588741 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 2010006966-4 | 3/26/2009 | Singapore | Utility: Foreign | 164988 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 201109703-7 | 3/26/2009 | Singapore | Utility: Foreign Divisional | 177936 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 201109708-6 | 3/26/2009 | Singapore | Utility: Foreign Divisional | 177937 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 12/576,197 | 10/8/2009 | United States | Utility: Non-Provisional | 8283155 |
| Fluidic Medical Devices and Uses Thereof | Issued | 12/625,430 | 11/24/2009 | United States | Utility: Continuation | 9075046 |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000718

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| DETECTION AND QUANTIFICATION OF ANALYTES IN BODILY FLUIDS | Issued | 12/750,518 | 3/30/2010 | United States | Utility: Continuation | 8778665 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 12/906,975 | 10/18/2010 | United States | Utility: Non-Provisional | 8862448 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 2010308329 | 10/18/2010 | Australia | Utility: Foreign | 2010308329 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 219324 | 10/18/2010 | Israel | Utility: Foreign | 219324 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 2012-53283 | 10/18/2010 | Japan | Utility: Foreign | 5743288 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | MX/a/2012/0046 20 | 10/18/2010 | Mexico | Utility: Foreign | 324592 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 599873 | 10/18/2010 | New Zealand | Utility: Foreign | 599873 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 201202826-2 | 10/18/2010 | Singapore | Utility: Foreign | 180421 |
| CALIBRATION OF FLUIDIC DEVICES | Issued | 12/986,954 | 1/7/2011 | United States | Utility: Non-Provisional | 9182388 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 13/049,813 | 3/16/2011 | United States | Utility: Non-Provisional | 9131884 |
| Real-Time Detection of Influenza Virus | Issued | 13/187,960 | 7/21/2011 | United States | Utility: Non-Provisional | 8669047 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 13/188,288 | 7/21/2011 | United States | Utility: Non-Provisional | 8470524 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 13/244,762 | 9/26/2011 | United States | Utility: Non-Provisional | 8265955 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Issued | 13/244,947 | 9/26/2011 | United States | Utility: Non-Provisional | 8435738 |
| Systems and methods for multi-purpose analysis | Issued | 13/244,949 | 9/26/2011 | United States | Utility: Non-Provisional | 9632102 |
| SYSTEMS AND METHODS FOR DIAGNOSIS OR TREATMENT | Issued | 13/244,956 | 9/26/2011 | United States | Utility: Non-Provisional | 9268915 |
| SYSTEMS AND METHODS FOR FLUID HANDLING | Issued | 13/244,952 | 9/26/2011 | United States | Utility: Non-Provisional | 8475739 |

July 25, 2017

Proprietary and Confidential

Page 16

FIG00000719

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| FLUID HANDLING APPARATUS AND CONFIGURATIONS | Issued | 13/244,950 | 9/26/2011 | United States | Utility: Non-Provisional | 9664702 |
| CENTRIFUGE CONFIGURATIONS | Issued | 13/244,954 | 9/26/2011 | United States | Utility: Non-Provisional | 8840838 |
| METHODS AND SYSTEMS FOR FACILITATING NETWORK CONNECTIVITY | Issued | 13/244,836 | 9/26/2011 | United States | Utility: Non-Provisional | 8392585 |
| SYSTEMS AND METHODS FOR COLLECTING AND TRANSMITTING ASSAY RESULTS | Issued | 13/244,946 | 9/26/2011 | United States | Utility: Non-Provisional | 8380541 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 13/326,023 | 12/14/2011 | United States | Utility: Continuation | 9435793 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 2012207090 | 1/20/2012 | Australia | Utility: Foreign | 2012207090 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 2013-550651 | 1/20/2012 | Japan | Utility: Foreign | 5945282 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | MX/a/2013/008339 | 1/20/2012 | Mexico | Utility: Foreign | 334513 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 613457 | 1/20/2012 | New Zealand | Utility: Foreign | 613457 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 201305560-3 | 1/20/2012 | Singapore | Utility: Foreign | 192069 |
| SYSTEMS AND METHODS OF FLUIDIC SAMPLE PROCESSING | Issued | 13/436,568 | 3/30/2012 | United States | Utility: Non-Provisional | 8883518 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 600177 | 5/23/2012 | New Zealand | Utility: Foreign | 600177 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2012213965 | 8/15/2012 | Australia | Utility: Foreign Divisional | 2012213965 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 13/609,144 | 9/10/2012 | United States | Utility: Non-Provisional | 8538774 |
| Methods and Systems for Network Connectivity | Issued | 13/764,642 | 2/11/2013 | United States | Utility: Non-Provisional | 8862750 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Issued | 13/769,779 | 2/18/2013 | United States | Utility: Non-Provisional | 9250229 |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000720

theran✺s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Systems and Methods for Collecting and Transmitting Assay Results | Issued | 13/769,798 | 2/18/2013 | United States | Utility: Non-Provisional | 9619627 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | 13/784,814 | 3/4/2013 | United States | Utility: Continuation-in-Part | 9596156 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 2013205047 | 4/13/2013 | Australia | Utility: Foreign Divisional | 2013205047 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 2013205019 | 4/13/2013 | Australia | Utility: Foreign Divisional | 2013205019 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 2013205020 | 4/13/2013 | Australia | Utility: Foreign Divisional | 2013205020 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 13/889,674 | 5/8/2013 | United States | Utility: Continuation | 8822167 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 13/893,258 | 5/13/2013 | United States | Utility: Continuation | 9121851 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 13/916,553 | 6/12/2013 | United States | Utility: Continuation | 8697377 |
| SYSTEMS AND METHODS FOR FLUID HANDLING | Issued | 13/933,035 | 7/1/2013 | United States | Utility: Continuation | 9592508 |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Issued | 13/944,857 | 7/17/2013 | United States | Utility: Non-Provisional | 9389229 |
| LOW-VOLUME COAGULATION ASSAY | Issued | 13/944,863 | 7/17/2013 | United States | Utility: Non-Provisional | 9500639 |
| Rapid Measurement of Formed Blood Component Sedimentation Rate from Small Sample Volumes | Issued | 13/945,147 | 7/18/2013 | United States | Utility: Non-Provisional | 9347867 |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Issued | 13/951,063 | 7/25/2013 | United States | Utility: Non-Provisional | 9494521 |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Issued | 13/951,449 | 7/25/2013 | United States | Utility: Non-Provisional | 9395302 |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000721



| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 614566 | 8/21/2013 | New Zealand | Utility: Foreign Divisional | 614566 |
| SAMPLE CONTAINER | Issued | 29/466,413 | 9/6/2013 | United States | Design | D748279 |
| SAMPLE CONTAINER | Issued | 29/466,415 | 9/6/2013 | United States | Design | D754361 |
| Blood Collection Device | Issued | 29/466,434 | 9/8/2013 | United States | Design | D746976 |
| Blood Collection Device | Issued | 29/466,436 | 9/8/2013 | United States | Design | D745662 |
| Blood Collection Device | Issued | 29/466,437 | 9/8/2013 | United States | Design | D745663 |
| VENOUS BLOOD COLLECTION DEVICE | Issued | 29/466,438 | 9/8/2013 | United States | Design | D744089 |
| VENOUS BLOOD COLLECTION DEVICE | Issued | 29/466,439 | 9/8/2013 | United States | Design | D743024 |
| Shipping Container | Issued | 29/466,440 | 9/8/2013 | United States | Design | D732686 |
| SHIPPING CONTAINER | Issued | 29/466,441 | 9/8/2013 | United States | Design | D733314 |
| Shipping Container | Issued | 29/466,442 | 9/8/2013 | United States | Design | D733315 |
| Shipping Container | Issued | 29/466,443 | 9/8/2013 | United States | Design | D733316 |
| SHIPPING CONTAINER | Issued | 29/466,710 | 9/10/2013 | United States | Design | D733317 |
| BLOOD COLLECTION DEVICE | Issued | 29/466,709 | 9/10/2013 | United States | Design | D729379 |
| SHIPPING CONTAINER | Issued | 29/466,739 | 9/11/2013 | United States | Design | D733318 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 2013231105 | 9/20/2013 | Australia | Utility: Foreign Divisional | 2013231105 |
| FINGER WARMER | Issued | 29/467,883 | 9/24/2013 | United States | Design | D719302 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 616116 | 9/30/2013 | New Zealand | Utility: Foreign Divisional | 616116 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 2013267006 | 12/4/2013 | Australia | Utility: Foreign Divisional | 2013267006 |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE TRANSPORT | Issued | 14/098,177 | 12/5/2013 | United States | Utility: Non-Provisional | 9386948 |
| RAPID, LOW-SAMPLE-VOLUME CHOLESTEROL AND TRIGLYCERIDE ASSAYS | Issued | 14/100,870 | 12/9/2013 | United States | Utility: Non-Provisional | 9051599 |

CONFIDENTIAL PER P.O.          FIG00000722

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 10-2013-7032653 | 12/9/2013 | Republic of Korea | Utility: Foreign Divisional | 1556457 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 2013270537 | 12/12/2013 | Australia | Utility: Foreign Divisional | 2013270537 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 10-2013-7033688 | 12/18/2013 | Republic of Korea | Utility: Foreign Divisional | 1476089 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 13114296.7 | 12/26/2013 | Hong Kong | Utility: Foreign | HK1186774 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | MX/a/2014/000377 | 1/9/2014 | Mexico | Utility: Foreign Divisional | 327455 |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Issued | 14/161,639 | 1/22/2014 | United States | Utility: Non-Provisional | 9513224 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 2014-38435 | 2/28/2014 | Japan | Utility: Foreign Divisional | 5864642 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Issued | 622186 | 3/7/2014 | New Zealand | Utility: Foreign | 622186 |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Issued | 14/203,436 | 3/10/2014 | United States | Utility: Non-Provisional | 9359632 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Issued | MX/a/2014/002991 | 3/13/2014 | Mexico | Utility: Foreign | 344792 |
| SYSTEMS, DEVICES, AND METHODS FOR INTEGRATED PATIENT SERVICE CENTER | Issued | 14/214,599 | 3/14/2014 | United States | Utility: Non-Provisional | 9538992 |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Issued | 14/214,774 | 3/15/2014 | United States | Utility: Non-Provisional | 9636062 |
| Nucleic Acid Amplification | Issued | 14/214,848 | 3/15/2014 | United States | Utility: Non-Provisional | 9416387 |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Issued | 14/214,834 | 3/15/2014 | United States | Utility: Non-Provisional | 9273301 |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000723

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 10-2014-7007309 | 3/19/2014 | Republic of Korea | Utility: Foreign Divisional | 1474699 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Issued | 11201400832S | 3/20/2014 | Singapore | Utility: Foreign | 11201400832S |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | 12836129.2 | 4/25/2014 | European Patent Office | Utility: Foreign | 2761488 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2014-092245 | 4/28/2014 | Japan | Utility: Foreign Divisional | 6117733 |
| Systems and Methods of Sample Processing and Fluid Control in a Fluidic System | Issued | 14/270,618 | 5/6/2014 | United States | Utility: Non-Provisional | 9176126 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 624935 | 5/13/2014 | New Zealand | Utility: Foreign Divisional | 624935 |
| Detection and Quantification of Analytes in Bodily Fluids | Issued | 14/285,562 | 5/22/2014 | United States | Utility: Non-Provisional | 9303286 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2852974 | 5/30/2014 | Canada | Utility: Foreign Divisional | 2852974 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 2014-121153 | 6/12/2014 | Japan | Utility: Foreign Divisional | 5936283 |
| METHODS AND DEVICES FOR SMALL VOLUME LIQUID CONTAINMENT | Issued | 14/309,877 | 6/19/2014 | United States | Utility: Non-Provisional | 9623411 |
| METHODS AND DEVICES FOR SAMPLE ANALYSIS | Issued | 14/309,888 | 6/19/2014 | United States | Utility: Non-Provisional | 9562860 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 10-2014-7017496 | 6/25/2014 | Republic of Korea | Utility: Foreign Divisional | 1633569 |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Issued | 14/319,644 | 6/30/2014 | United States | Utility: Continuation-in-Part | 8984932 |

CONFIDENTIAL PER P.O.

FIG00000724

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Issued | 14/320,471 | 6/30/2014 | United States | Utility: Continuation-in-Part | 9427184 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 627239 | 7/9/2014 | New Zealand | Utility: Foreign Divisional | 627239 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 10-2014-7019652 | 7/15/2014 | Republic of Korea | Utility: Foreign Divisional | 1569307 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 233706 | 7/17/2014 | Israel | Utility: Foreign Divisional | 233706 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 14/339,946 | 7/24/2014 | United States | Utility: Continuation | 9012163 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 10-2014-7022864 | 8/14/2014 | Republic of Korea | Utility: Foreign Divisional | 1532528 |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Issued | 14/479,241 | 9/5/2014 | United States | Utility: Non-Provisional | 9529976 |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Issued | 14/479,245 | 9/5/2014 | United States | Utility: Non-Provisional | 9460268 |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Issued | 14/479,190 | 9/5/2014 | United States | Utility: Non-Provisional | 9302264 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 234496 | 9/7/2014 | Israel | Utility: Foreign Divisional | 234496 |
| CENTRIFUGE CONFIGURATIONS | Issued | 14/480,960 | 9/9/2014 | United States | Utility: Divisional | 9128015 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | 14/511,753 | 10/10/2014 | United States | Utility: Continuation | 9460263 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | MX/a/2014/012562 | 10/17/2014 | Mexico | Utility: Divisional | 344735 |
| SYSTEMS AND METHODS OF FLUIDIC SAMPLE PROCESSING | Issued | 14/534,064 | 11/5/2014 | United States | Utility: Continuation | 9575058 |

CONFIDENTIAL PER P.O.

FIG00000725

theran☉s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| FINGER WARMER | Issued | 29/508,576 | 11/7/2014 | United States | Design | D765920 |
| Nucleic Acid Amplification | Issued | 14/546,998 | 11/18/2014 | United States | Utility: Continuation | 9551027 |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Issued | 10-2014-7032932 | 11/24/2014 | Republic of Korea | Utility: Divisional | 1573164 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 10-2014-7034261 | 12/5/2014 | Republic of Korea | Utility: Foreign Divisional | 1593868 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 14/562,066 | 12/5/2014 | United States | Utility: Divisional | 9464981 |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Issued | 11201500349Y | 1/16/2015 | Singapore | Utility: Foreign | 11201500349Y |
| LOW-VOLUME COAGULATION ASSAY | Issued | 11201500346Q | 1/16/2015 | Singapore | Utility: Foreign | 11201500346Q |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Issued | MX/a/2015/001060 | 1/23/2015 | Mexico | Utility: Foreign | 345757 |
| RAPID, LOW-SAMPLE-VOLUME CHOLESTEROL AND TRIGLYCERIDE ASSAYS | Issued | 14/604,538 | 1/23/2015 | United States | Utility: Divisional | 9546394 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | MX/a/2015/001393 | 1/29/2015 | Mexico | Utility: Divisional | 337333 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | MX/a/2015/002505 | 2/25/2015 | Mexico | Utility: Divisional | 340897 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 10-2015-7007044 | 3/19/2015 | Republic of Korea | Utility: Divisional | 1592838 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 706352 | 3/25/2015 | New Zealand | Utility: Foreign Divisional | 706352 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 14/670,200 | 3/26/2015 | United States | Utility: Continuation | 9285366 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | MX/a/2015/003930 | 3/26/2015 | Mexico | Utility: Foreign Divisional | 340077 |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000726

theran⭘s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Issued | 13 834412.2 | 3/30/2015 | European Patent Office | Utility: Foreign | 2892496 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 10-2015-7008967 | 4/7/2015 | Republic of Korea | Utility: Foreign Divisional | 1637140 |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Issued | 11201503150X | 4/22/2015 | Singapore | Utility: Foreign | 11201503150X |
| BLOOD COLLECTION DEVICE | Issued | 29/526,557 | 5/11/2015 | United States | Design | D762298 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 10-2015-7013343 | 5/20/2015 | Republic of Korea | Utility: Foreign Divisional | 1670621 |
| SHIPPING CONTAINER | Issued | 29/528,999 | 6/2/2015 | United States | Design | D748280 |
| SHIPPING CONTAINER | Issued | 29/529,095 | 6/3/2015 | United States | Design | D762875 |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Issued | 239229 | 6/4/2015 | Israel | Utility: Foreign | 239229 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 10-2015-7015898 | 6/15/2015 | Republic of Korea | Utility: Foreign Divisional | 1702483 |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Issued | 14/789,967 | 7/1/2015 | United States | Utility: Continuation | 9677993 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Issued | MX/a/2015/010496 | 8/13/2015 | Mexico | Utility: Foreign | 342267 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 14/831,734 | 8/20/2015 | United States | Utility: Continuation | 9581588 |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Issued | 2015221460 | 9/1/2015 | Australia | Utility: Divisional | 2015221460 |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Issued | 11201507011V | 9/3/2015 | Singapore | Utility: Foreign | 11201507011V |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Issued | MX/a/2015/011773 | 9/7/2015 | Mexico | Utility: Foreign | 348826 |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | 2015-175649 | 9/7/2015 | Japan | Utility: Foreign Divisional | 6139616 |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000727

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Issued | 14/849,264 | 9/9/2015 | United States | Utility: Continuation | 9515618 |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Issued | 241429 | 9/10/2015 | Israel | Utility: Foreign | 241429 |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Issued | 712746 | 9/25/2015 | New Zealand | Utility: Foreign Divisional | 712746 |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Issued | 14/872,919 | 10/1/2015 | United States | Utility: Continuation | 9645143 |
| VENOUS BLOOD COLLECTION DEVICE | Issued | 29/544,315 | 11/2/2015 | United States | Design | D784517 |
| FINGER WARMER | Issued | 29/545,319 | 11/11/2015 | United States | Design | D775428 |
| Blood Collection Device | Issued | 29/546,672 | 11/24/2015 | United States | Design | D785782 |
| Blood Collection Device | Issued | 29/547,195 | 12/1/2015 | United States | Design | D785783 |
| SAMPLE CONTAINER | Issued | 29/551,201 | 1/11/2016 | United States | Design | D779081 |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Issued | 15/007,585 | 1/27/2016 | United States | Utility: Continuation | 9588109 |
| METHODS, DEVICES, AND SYSTEMS FOR MIXING FLUIDS | Issued | 15/069,263 | 3/14/2016 | United States | Utility: Continuation | 9513197 |
| SYSTEMS, DEVICES, AND METHODS FOR INTEGRATED PATIENT SERVICE CENTER | Issued | 15/160,936 | 5/20/2016 | United States | Utility: Continuation | 9572550 |
| SHIPPING CONTAINER | Issued | 29/568,769 | 6/21/2016 | United States | Design | D791964 |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 201410446608.7 | 9/3/2014 | China | Utility: Foreign Divisional | 201410446608.7 |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Issued | 200680024658.X | 3/24/2006 | China | Utility: Foreign | 200680024658.X |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Issued | 2013101701701 88.X | 10/2/2008 | China | Utility: Foreign Divisional | ZL20131017018 8.X |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Issued | CN 0480030548.5 | 9/10/2004 | China | Utility: Foreign | 20048003 0548-5 |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Issued | CN 201080057878.9 | 10/18/2010 | China | Utility: Foreign | ZL 2010 8 0057878.9 |

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | 17105363.9 | 5/29/2017 | China | Utility: Foreign | |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Pending | 10179887.4 | 9/10/2004 | European Patent Office | Utility: Foreign Divisional | |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Pending | 7135/DELNP/09 | 9/10/2004 | India | Utility: Foreign Divisional | |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Pending | HK 11110543.8 | 9/10/2004 | Hong Kong | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Pending | 2610294 | 3/24/2006 | Canada | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Pending | 2012-238759 | 3/24/2006 | Japan | Utility: Foreign Divisional | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Pending | 2650455 | 5/10/2007 | Canada | Utility: Foreign | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Pending | a/2012/009292 | 10/10/2007 | Mexico | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 2017-74278 | 3/26/2008 | Japan | Utility: Divisional | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | PI 0820328-8 | 10/2/2008 | Brazil | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 2701794 | 10/2/2008 | Canada | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | 223604 | 10/2/2008 | Israel | Utility: Foreign Divisional | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | 223601 | 10/2/2008 | Israel | Utility: Foreign Divisional | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | 3055/DELNP/10 | 10/2/2008 | India | Utility: Foreign | |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000729

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | 2013127796 | 10/2/2008 | Russian Federation | Utility: Foreign Divisional | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | PI 0910608-1 | 3/26/2009 | Brazil | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 2719625 | 3/26/2009 | Canada | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 2010-7023945 | 3/26/2009 | Republic of Korea | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | a/2010/010400 | 3/26/2009 | Mexico | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 2010143465 | 3/26/2009 | Russian Federation | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 201109710-2 | 3/26/2009 | Singapore | Utility: Foreign Divisional | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 11111058.3 | 3/26/2009 | Hong Kong | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | EP10825481.4 | 10/18/2010 | European Patent Office | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 11 2012 009196-4 | 10/18/2010 | Brazil | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 2778270 | 10/18/2010 | Canada | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 4056/DELNP/2012 | 10/18/2010 | India | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 10-2012-7013027 | 10/18/2010 | Republic of Korea | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 1201001761 | 10/18/2010 | Thailand | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 13103965 | 10/18/2010 | Hong Kong | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | PI2012001739 | 10/18/2010 | Malaysia | Utility: Foreign | |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000730

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | BR 11 2013 018656-9 | 1/20/2012 | Brazil | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 2825196 | 1/20/2012 | Canada | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 10-2013-7021727 | 1/20/2012 | Republic of Korea | Utility: Foreign | |
| Systems and Methods for Sample Use Maximization | Pending | 101102769 | 1/20/2012 | Taiwan | Utility: Foreign | |
| Systems and Methods for Multi-Analysis | Pending | 101135220 | 9/25/2012 | Taiwan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-PURPOSE ANALYSIS | Pending | 20120103532 | 9/25/2012 | Argentina | Utility: Foreign | |
| METHODS AND SYSTEMS FOR FACILITATING NETWORK CONNECTIVITY | Pending | 101135417 | 9/26/2012 | Taiwan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 2849104 | 3/18/2014 | Canada | Utility: Foreign | |
| METHODS FOR OBTAINING BLOOD FROM A SUBJECT | Pending | 14/220,013 | 3/19/2014 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | BR11 2014 007073-3 | 3/25/2014 | Brazil | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 2014/02984 | 4/24/2014 | South Africa | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 10-2014-7011324 | 4/25/2014 | Republic of Korea | Utility: Foreign | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Pending | 10-2014-7011290 | 4/25/2014 | Republic of Korea | Utility: Foreign | |
| Devices, Systems, and Methods for Cell Analysis in Microgravity | Pending | 14/309,689 | 6/19/2014 | United States | Utility: Non-Provisional | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Pending | MX/a/2014/0081 54 | 7/2/2014 | Mexico | Utility: Continuation | |
| SYSTEMS AND METHODS FOR LABORATORY TESTING AND RESULTS MANAGEMENT | Pending | 14/480,600 | 9/8/2014 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR LABORATORY TESTING BASED ON MICROVOLUME SAMPLE | Pending | 14/480,477 | 9/8/2014 | United States | Utility: Non-Provisional | |

July 25, 2017

Proprietary and Confidential

Page 28

FIG00000731

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|-------|--------|----------------|-------------|---------|------|---------------|
| SYSTEMS AND METHODS FOR ANALYTE TESTING AND DATA MANAGEMENT | Pending | 14/480,405 | 9/8/2014 | United States | Utility: Non-Provisional | |
| DEVICES, METHODS AND SYSTEMS FOR REDUCING SAMPLE VOLUME | Pending | 14/481,858 | 9/9/2014 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR ANALYTE TESTING AND LABORATORY OVERSIGHT | Pending | 14/490,653 | 9/18/2014 | United States | Utility: Non-Provisional | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | 11202/DELNP/2014 | 12/29/2014 | India | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | 2013292378 | 1/6/2015 | Australia | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | 2013292400 | 1/6/2015 | Australia | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 2013295679 | 1/6/2015 | Australia | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | 2013292395 | 1/6/2015 | Australia | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Pending | 2013292392 | 1/6/2015 | Australia | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | 2878872 | 1/9/2015 | Canada | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | 2878886 | 1/9/2015 | Canada | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 2878957 | 1/9/2015 | Canada | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | 2878880 | 1/9/2015 | Canada | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Pending | 2878875 | 1/9/2015 | Canada | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | MX/a/2015/000807 | 1/16/2015 | Mexico | Utility: Foreign | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000732

theran⦾s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | BR 11 2015 001075-0 | 1/16/2015 | Brazil | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | MX/a/2015/0008 14 | 1/16/2015 | Mexico | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | 11201500343V | 1/16/2015 | Singapore | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 11201500347S | 1/16/2015 | Singapore | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | BR 11 2015 001087-3 | 1/16/2015 | Brazil | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | MX/a/2015/0008 09 | 1/16/2015 | Mexico | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | 11201500344X | 1/16/2015 | Singapore | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Pending | BR 11 2015 001048-2 | 1/16/2015 | Brazil | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Pending | MX/a/2015/0008 08 | 1/16/2015 | Mexico | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | 236769 | 1/18/2015 | Israel | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | BR 11 2015 001239-6 | 1/19/2015 | Brazil | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | BR 11 2015 001592-1 | 1/23/2015 | Brazil | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 2013312306 | 2/2/2015 | Australia | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 2881028 | 2/5/2015 | Canada | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 2015/00836 | 2/5/2015 | South Africa | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | 10-2015-7003471 | 2/9/2015 | Republic of Korea | Utility: Foreign | |

July 25, 2017

Proprietary and Confidential

Page 30

FIG00000733

theran⬤s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | 10-2015-7003902 | 2/13/2015 | Republic of Korea | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | 2015/01084 | 2/17/2015 | South Africa | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | 2015/01085 | 2/17/2015 | South Africa | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 2015/01086 | 2/17/2015 | South Africa | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | 10-2015-7004315 | 2/17/2015 | Republic of Korea | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Pending | 2015/01087 | 2/17/2015 | South Africa | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Pending | 10-2015-7004309 | 2/17/2015 | Republic of Korea | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Pending | 2015/01088 | 2/17/2015 | South Africa | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 14/630,544 | 2/24/2015 | United States | Utility: Non-Provisional | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Pending | 2013315800 | 2/24/2015 | Australia | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 10-2015-7004737 | 2/25/2015 | Republic of Korea | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE HANDLING | Pending | 14/631,830 | 2/25/2015 | United States | Utility: Non-Provisional | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Pending | 2883521 | 2/27/2015 | Canada | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | MX/a/2015/002921 | 3/5/2015 | Mexico | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 11201501676Q | 3/5/2015 | Singapore | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Pending | MX/a/2015/002919 | 3/5/2015 | Mexico | Utility: Foreign | |

CONFIDENTIAL PER P.O.

FIG00000734

theran⊕s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | BR 11 2015 005028-0 | 3/6/2015 | Brazil | Utility: Foreign | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Pending | 2013323790 | 3/6/2015 | Australia | Utility: Foreign | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Pending | 2884305 | 3/6/2015 | Canada | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Pending | 2015/01622 | 3/10/2015 | South Africa | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Pending | 11 2015 005429-3 | 3/11/2015 | Brazil | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 10-2015-7007271 | 3/23/2015 | Republic of Korea | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | 2015201617 | 3/30/2015 | Australia | Utility: Foreign Divisional | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 10-2015-7008911 | 4/7/2015 | Republic of Korea | Utility: Foreign Divisional | |
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Pending | 2013334700 | 4/7/2015 | Australia | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Pending | 2013334917 | 4/7/2015 | Australia | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Pending | 2887492 | 4/8/2015 | Canada | Utility: Foreign | |
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Pending | 2887669 | 4/9/2015 | Canada | Utility: Foreign | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Pending | 10-2015-7009288 | 4/10/2015 | Republic of Korea | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Pending | 10-2015-7009330 | 4/10/2015 | Republic of Korea | Utility: Foreign | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Pending | 3189/DELNP/2015 | 4/15/2015 | India | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Pending | 2015/02574 | 4/16/2015 | South Africa | Utility: Foreign | |

CONFIDENTIAL PER P.O.

FIG00000735

theran⬡s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Pending | BR 11 2015 009039-7 | 4/22/2015 | Brazil | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Pending | MX/a/2015/0050 68 | 4/22/2015 | Mexico | Utility: Foreign | |
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Pending | 10-2015-7011292 | 4/29/2015 | Republic of Korea | Utility: Foreign | |
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Pending | 3826/DELNP/201 5 | 5/5/2015 | India | Utility: Foreign | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Pending | 2891513 | 5/7/2015 | Canada | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION AND TRANSPORT | Pending | 2013356680 | 5/8/2015 | Australia | Utility: Foreign | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Pending | 2013359422 | 5/14/2015 | Australia | Utility: Foreign | |
| Methods for Analysis of Small Samples | Pending | 14/712,077 | 5/14/2015 | United States | Utility: Non-Provisional | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION AND TRANSPORT | Pending | 201503477 | 5/18/2015 | South Africa | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 2015/03483 | 5/18/2015 | South Africa | Utility: Foreign Divisional | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Pending | 2891944 | 5/19/2015 | Canada | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Pending | 4338/DELNP/201 5 | 5/20/2015 | India | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Pending | 10-2015-7013619 | 5/22/2015 | Republic of Korea | Utility: Foreign | |
| Preventive Medicine and Optimizing Health | Pending | 14/724,535 | 5/28/2015 | United States | Utility: Non-Provisional | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Pending | 11201504233R | 5/29/2015 | Singapore | Utility: Foreign | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Pending | 4746/DELNP/201 5 | 6/1/2015 | India | Utility: Foreign | |

Proprietary and Confidential

Page 33

FIG00000736

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Pending | BR112015012944 -7 | 6/3/2015 | Brazil | Utility: Foreign | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Pending | MX/a/2015/0071 34 | 6/4/2015 | Mexico | Utility: Foreign | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Pending | MX/a/2015/0071 31 | 6/5/2015 | Mexico | Utility: Foreign | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Pending | 11201504455P | 6/5/2015 | Singapore | Utility: Foreign | |
| SYSTEMS AND METHODS FOR LABORATORY TESTING AND RESULT MANAGEMENT | Pending | 14/736,259 | 6/10/2015 | United States | Utility: Non-Provisional | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION, TRANSPORT, AND HANDLING | Pending | 14/737,412 | 6/11/2015 | United States | Utility: Non-Provisional | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 2015123307 | 6/17/2015 | Russian Federation | Utility: Foreign Divisional | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Pending | 10-2015-7017793 | 7/2/2015 | Republic of Korea | Utility: Foreign | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Pending | 10-2015-7018325 | 7/8/2015 | Republic of Korea | Utility: Foreign | |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Pending | 2896407 | 7/8/2015 | Canada | Utility: Foreign Divisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 2014217893 | 7/9/2015 | Australia | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 709904 | 7/9/2015 | New Zealand | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 14/800,647 | 7/15/2015 | United States | Utility: Continuation-in-Part | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 2898477 | 7/16/2015 | Canada | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 2014217946 | 8/4/2015 | Australia | Utility: Foreign | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000737

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 710772 | 8/5/2015 | New Zealand | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 2014216060 | 8/6/2015 | Australia | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 710802 | 8/6/2015 | New Zealand | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 1501004514 | 8/10/2015 | Thailand | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 2901052 | 8/11/2015 | Canada | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 2901016 | 8/11/2015 | Canada | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | BR11201501931 5-3 | 8/12/2015 | Brazil | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | MX/a/2015/0104 80 | 8/13/2015 | Mexico | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | MX/a/2015/0104 79 | 8/13/2015 | Mexico | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 11201506351T | 8/13/2015 | Singapore | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | BR11201501961 4-4 | 8/14/2015 | Brazil | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 11201506420W | 8/14/2015 | Singapore | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 1501004674 | 8/17/2015 | Thailand | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 1501004673 | 8/17/2015 | Thailand | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | BR11201501975 3-1 | 8/17/2015 | Brazil | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 2015/05955 | 8/18/2015 | South Africa | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 2015/05957 | 8/18/2015 | South Africa | Utility: Foreign | |

Proprietary and Confidential

FIG00000738

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 2014232347 | 8/27/2015 | Australia | Utility: Foreign | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Pending | 2014225907 | 8/27/2015 | Australia | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | 2014237362 | 8/28/2015 | Australia | Utility: Foreign | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Pending | 2014233213 | 8/28/2015 | Australia | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Pending | 2014233152 | 8/28/2015 | Australia | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 2014233184 | 8/31/2015 | Australia | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 711660 | 8/31/2015 | New Zealand | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Pending | 2014233145 | 8/31/2015 | Australia | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 2014233150 | 8/31/2015 | Australia | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 711649 | 8/31/2015 | New Zealand | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 2014232375 | 8/31/2015 | Australia | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 711671 | 8/31/2015 | New Zealand | Utility: Foreign | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Pending | 2903417 | 9/1/2015 | Canada | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 2903839 | 9/2/2015 | Canada | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | MX/a/2015/0114 27 | 9/2/2015 | Mexico | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | MX/a/2015/0114 35 | 9/2/2015 | Mexico | Utility: Foreign | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Pending | 2903873 | 9/2/2015 | Canada | Utility: Foreign | |

Proprietary and Confidential

FIG00000739

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | MX/a/2015/0114 47 | 9/2/2015 | Mexico | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Pending | 2903874 | 9/2/2015 | Canada | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 2014241170 | 9/2/2015 | Australia | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 711792 | 9/2/2015 | New Zealand | Utility: Foreign | |
| BIOLOGICAL SAMPLE PROCESSING | Pending | 2014241182 | 9/3/2015 | Australia | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | MX/a/2015/0117 64 | 9/7/2015 | Mexico | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 112015071275 | 9/7/2015 | Singapore | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 2015/06587 | 9/7/2015 | South Africa | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | 2015/06588 | 9/7/2015 | South Africa | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 2015/06596 | 9/7/2015 | South Africa | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 2015/06593 | 9/7/2015 | South Africa | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 2015/06592 | 9/7/2015 | South Africa | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 2015/06595 | 9/7/2015 | South Africa | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 11201507272R | 9/8/2015 | Singapore | Utility: Foreign | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Pending | 11201507264Y | 9/8/2015 | Singapore | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Pending | 11201507261W | 9/8/2015 | Singapore | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | BR11201502216 7 -0 | 9/9/2015 | Brazil | Utility: Foreign | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000740

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | 11201507322U | 9/9/2015 | Singapore | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 11201507325X | 9/9/2015 | Singapore | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 1501005234 | 9/9/2015 | Thailand | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 11201507315T | 9/9/2015 | Singapore | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 1501005235 | 9/9/2015 | Thailand | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 1501005288 | 9/10/2015 | Thailand | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 8290/DELNP/2015 | 9/11/2015 | India | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | BR112015022738-4 | 9/11/2015 | Brazil | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 1501005395 | 9/11/2015 | Thailand | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | BR112015022658-2 | 9/11/2015 | Brazil | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 2906230 | 9/11/2015 | Canada | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 1501005396 | 9/11/2015 | Thailand | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | 2014257185 | 9/11/2015 | Australia | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | 712222 | 9/11/2015 | New Zealand | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | BR112015023338-4 | 9/14/2015 | Brazil | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | 2906484 | 9/14/2015 | Canada | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | 1501005503 | 9/14/2015 | Thailand | Utility: Foreign | |

Proprietary and Confidential

FIG00000741



| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 2906810 | 9/14/2015 | Canada | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Pending | 2906824 | 9/14/2015 | Canada | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | BR112015023398-8 | 9/14/2015 | Brazil | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 2906805 | 9/14/2015 | Canada | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 10-2015-7025314 | 9/15/2015 | Republic of Korea | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 2015/06824 | 9/15/2015 | South Africa | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 2907504 | 9/15/2015 | Canada | Utility: Foreign | |
| BIOLOGICAL SAMPLE PROCESSING | Pending | 2907506 | 9/15/2015 | Canada | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | 2015/06827 | 9/15/2015 | South Africa | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 10-2015-7025437 | 9/16/2015 | Republic of Korea | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 10-2015-7025660 | 9/17/2015 | Republic of Korea | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | BR112015024266-9 | 9/21/2015 | Brazil | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | 2907778 | 9/21/2015 | Canada | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | MX/a/2015/013596 | 9/24/2015 | Mexico | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 11201507967W | 9/25/2015 | Singapore | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Pending | 2015234373 | 10/2/2015 | Australia | Utility: Foreign Divisional | |

CONFIDENTIAL PER P.O.

theranos

Proprietary and Confidential

FIG00000742

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 9163/DELNP/2015 | 10/5/2015 | India | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 9159/DELNP/2015 | 10/5/2015 | India | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Pending | 9230/DELNP/2015 | 10/6/2015 | India | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 9229/DELNP/2015 | 10/6/2015 | India | Utility: Foreign | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Pending | 9225/DELNP/2015 | 10/6/2015 | India | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | 10-2015-7027838 | 10/7/2015 | Republic of Korea | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | 9354/DELNP/2015 | 10/8/2015 | India | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Pending | 9438/DELNP/2015 | 10/9/2015 | India | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 9448/DELNP/2015 | 10/10/2015 | India | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 10-2015-7028425 | 10/12/2015 | Republic of Korea | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 10-2015-7029367 | 10/14/2015 | Republic of Korea | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 10-2015-7029693 | 10/15/2015 | Republic of Korea | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 10-2015-7029640 | 10/15/2015 | Republic of Korea | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 10-2015-7030214 | 10/15/2015 | Republic of Korea | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | MX/a/2015/014545 | 10/15/2015 | Mexico | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | 1501006348 | 10/15/2015 | Thailand | Utility: Foreign | |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000743

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Pending | 2015243036 | 10/15/2015 | Australia | Utility: Foreign Divisional | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 9834/DELNP/2015 | 10/19/2015 | India | Utility: Foreign | |
| BIOLOGICAL SAMPLE PROCESSING | Pending | 9835/DELNP/2015 | 10/19/2015 | India | Utility: Foreign | |
| Sample Processing Device | Pending | 29/543,206 | 10/21/2015 | United States | Design | |
| Sample Processing Device | Pending | 29/543,207 | 10/21/2015 | United States | Design | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | BR112015026896-0 | 10/22/2015 | Brazil | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | MX/a/2015/015131 | 10/29/2015 | Mexico | Utility: Foreign Divisional | |
| SYSTEMS AND METHODS FOR MOBILE SAMPLE COLLECTION | Pending | 14/936,599 | 11/9/2015 | United States | Utility: Non-Provisional | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | 10551/DELNP/2015 | 11/17/2015 | India | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Pending | 10-2015-7033256 | 11/20/2015 | Republic of Korea | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 715656 | 1/5/2016 | New Zealand | Utility: Divisional | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | 2014292858 | 1/8/2016 | Australia | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | 2917917 | 1/8/2016 | Canada | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | 201617001027 | 1/11/2016 | India | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | BR112016001469-3 | 1/22/2016 | Brazil | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | MX/a/2016/001077 | 1/22/2016 | Mexico | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | 11201600568Q | 1/25/2016 | Singapore | Utility: Foreign | |

theran⬡s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | 2016/00530 | 1/25/2016 | South Africa | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | 2014317990 | 2/4/2016 | Australia | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | 2014317986 | 2/8/2016 | Australia | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | 2920896 | 2/9/2016 | Canada | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Pending | 2014317896 | 2/10/2016 | Australia | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | 2921226 | 2/11/2016 | Canada | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Pending | 2921679 | 2/17/2016 | Canada | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 2016201032 | 2/19/2016 | Australia | Utility: Divisional | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | 201617006316 | 2/23/2016 | India | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | 10-2016-7004899 | 2/24/2016 | Republic of Korea | Utility: Foreign | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Pending | 2016201142 | 2/24/2016 | Australia | Utility: Divisional | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | MX/a/2016/002422 | 2/25/2016 | Mexico | Utility: Divisional | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | 2016/01411 | 3/1/2016 | South Africa | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Pending | 2016/01417 | 3/1/2016 | South Africa | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | 2016/01415 | 3/1/2016 | South Africa | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | 112016016087 | 3/2/2016 | Singapore | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | MX/a/2016/002855 | 3/3/2016 | Mexico | Utility: Foreign | |

CONFIDENTIAL PER P.O.

FIG00000745

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | 11201601611W | 3/3/2016 | Singapore | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Pending | MX/a/2016/002851 | 3/3/2016 | Mexico | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | MX/a/2016/002797 | 3/3/2016 | Mexico | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | BR112016004955-1 | 3/4/2016 | Brazil | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | BR112016004994-2 | 3/7/2016 | Brazil | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Pending | BR112016005112-2 | 3/8/2016 | Brazil | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Pending | 11201601772S | 3/8/2016 | Singapore | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | 10-2016-7008744 | 4/1/2016 | Republic of Korea | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 2016202045 | 4/1/2016 | Australia | Utility: Divisional | |
| Methods and Systems for Obtaining Clinical Samples | Pending | 10-2016-7008932 | 4/5/2016 | Republic of Korea | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | 10-2016-7009078 | 4/6/2016 | Republic of Korea | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 2014353462 | 4/11/2016 | Australia | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 2927315 | 4/13/2016 | Canada | Utility: Foreign | |
| SYSTEMS AND METHODS FOR ORDERING LABORATORY TESTS AND PROVIDING RESULTS THEREOF | Pending | 2927938 | 4/18/2016 | Canada | Utility: Foreign | |
| Sample Processing Device | Pending | 3080597 | 4/21/2016 | European Union Trademark and Designs Office | Design | |

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Nucleic Acid Amplification | Pending | 2016/02978 | 5/4/2016 | South Africa | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 11201603818Y | 5/12/2016 | Singapore | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | MX/a/2016/0066 02 | 5/20/2016 | Mexico | Utility: Foreign | |
| UNIFIED DETECTION SYSTEM FOR FLUOROMETRY, LUMINOMETRY AND SPECTROMETRY | Pending | 15/160,900 | 5/20/2016 | United States | Utility: Continuation | |
| Nucleic Acid Amplification | Pending | BR 11 2016 011692-5 | 5/23/2016 | Brazil | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 10-2016-7013498 | 5/23/2016 | Republic of Korea | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE ANALYSIS | Pending | 15/161,650 | 5/23/2016 | United States | Utility: Continuation | |
| DEVICES, METHODS AND SYSTEMS FOR REDUCING SAMPLE VOLUME | Pending | 15/161,859 | 5/23/2016 | United States | Utility: Continuation | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 2016204212 | 6/20/2016 | Australia | Utility: Divisional | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Pending | MX/a/2016/0084 46 | 6/23/2016 | Mexico | Utility: Divisional | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 2934220 | 6/27/2016 | Canada | Utility: Divisional | |
| Systems and Methods for Assay Processing | Pending | 15/200,776 | 7/1/2016 | United States | Utility: Non-Provisional | |
| Systems and Methods for Perform Room Sample Processing | Pending | 15/204,962 | 7/7/2016 | United States | Utility: Non-Provisional | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | 2936828 | 7/13/2016 | Canada | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | 2937060 | 7/15/2016 | Canada | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Pending | MX/a/2016/0095 16 | 7/21/2016 | Mexico | Utility: Foreign | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000747

theran⊚s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | MX/a/2016/0094 84 | 7/21/2016 | Mexico | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | MX/a/2016/0098 86 | 7/28/2016 | Mexico | Utility: Divisional | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 62/368,854 | 7/29/2016 | United States | Utility: Provisional | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | 62/368,864 | 7/29/2016 | United States | Utility: Provisional | |
| HYBRID MULTI-STEP NUCLEIC ACID AMPLIFICATION | Pending | 62/368,904 | 7/29/2016 | United States | Utility: Provisional | |
| SYSTEMS, METHODS, AND COMPOSITONS FOR PERFORMING ASSAYS ON BIOLOGICAL SAMPLES | Pending | 62/368,761 | 7/29/2016 | United States | Utility: Provisional | |
| METHODS AND COMPOSITIONS FOR DETECTION OF ZIKA VIRAL INFECTIONS | Pending | 62/369,009 | 7/29/2016 | United States | Utility: Provisional | |
| METHODS AND COMPOSITIONS FOR DETECTION OF ZIKA VIRAL INFECTIONS | Pending | 62/369,013 | 7/29/2016 | United States | Utility: Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 62/368,631 | 7/29/2016 | United States | Utility: Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 62/368,641 | 7/29/2016 | United States | Utility: Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 62/368,961 | 7/29/2016 | United States | Utility: Provisional | |
| Technologies, Reagents, and Assays for Small-Volume Samples | Pending | 62/368,994 | 7/29/2016 | United States | Utility: Provisional | |
| Technologies, Reagents, and Assays for Small-Volume Samples | Pending | 62/368,995 | 7/29/2016 | United States | Utility: Provisional | |
| Technologies, Reagents, and Assays for Small-Volume Samples | Pending | 62/369,006 | 7/29/2016 | United States | Utility: Provisional | |
| Technologies, Reagents, and Assays for Small-Volume Samples | Pending | 62/369,179 | 7/31/2016 | United States | Utility: Provisional | |
| Technologies, Reagents, and Assays for Small-Volume Samples | Pending | 62/369,178 | 7/31/2016 | United States | Utility: Provisional | |
| Technologies, Reagents, and Assays for Small-Volume Samples | Pending | 62/369,133 | 7/31/2016 | United States | Utility: Provisional | |

July 25, 2017

Proprietary and Confidential

Page 45

FIG00000748

theran☉s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Technologies, Reagents, and Assays for Small-Volume Samples | Pending | 62/369,135 | 7/31/2016 | United States | Utility: Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS AND MANUFACTURING | Pending | 62/369,189 | 7/31/2016 | United States | Utility: Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 62/369,194 | 7/31/2016 | United States | Utility: Provisional | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Pending | 2939595 | 8/11/2016 | Canada | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 723167 | 8/11/2016 | New Zealand | Utility: Divisional | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Pending | MX/a/2016/0110 59 | 8/24/2016 | Mexico | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | 2941009 | 8/26/2016 | Canada | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 2941137 | 8/29/2016 | Canada | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Pending | MX/a/2016/0114 74 | 9/2/2016 | Mexico | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | MX/a/2016/0116 33 | 9/8/2016 | Mexico | Utility: Foreign | |
| Methods and Systems for Cooperative Workspace Configuration | Pending | 15/265,829 | 9/14/2016 | United States | Utility: Non-Provisional | |
| Methods, Reagents, Devices, and Systems for Assessing and Determining Solution Stability | Pending | 62/396,913 | 9/20/2016 | United States | Utility: Provisional | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Pending | MX/a/2016/0122 89 | 9/22/2016 | Mexico | Utility: Divisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | MX/a/2016/0122 81 | 9/22/2016 | Mexico | Utility: Divisional | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Pending | 16193325.4 | 10/11/2016 | European Patent Office | Utility: Divisional | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Pending | 15/292,063 | 10/12/2016 | United States | Utility: Non-Provisional | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Pending | 10-2016-7029179 | 10/19/2016 | Republic of Korea | Utility: Divisional | |

CONFIDENTIAL PER P.O.                    FIG00000749

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 2016247105 | 10/19/2016 | Australia | Utility: Divisional | |
| Methods and Systems for Obtaining Clinical Samples | Pending | 16112075.5 | 10/20/2016 | Hong Kong | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 62/417,263 | 11/3/2016 | United States | Utility: Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 62/417,267 | 11/3/2016 | United States | Utility: Provisional | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Pending | 16112792.7 | 11/7/2016 | Hong Kong | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | 2951558 | 12/7/2016 | Canada | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Pending | MX/a/2016/0162 34 | 12/8/2016 | Mexico | Utility: Foreign | |
| Devices and Methods for use with a Sample Container | Pending | 2951696 | 12/8/2016 | Canada | Utility: Foreign | |
| Devices and Methods for use with a Sample Container | Pending | MX/a/2016/0162 32 | 12/8/2016 | Mexico | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | MX/a/2017/0000 62 | 1/4/2017 | Mexico | Utility: Divisional | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 17100094.6 | 1/4/2017 | Hong Kong | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | MX/a/2017/0002 26 | 1/5/2017 | Mexico | Utility: Divisional | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Pending | 17100185.6 | 1/6/2017 | Hong Kong | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR INTEGRATED PATIENT SERVICE CENTER | Pending | 15/404,361 | 1/12/2017 | United States | Utility: Continuation | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 62/449,543 | 1/23/2017 | United States | Utility: Provisional | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 17100973.2 | 1/25/2017 | Hong Kong | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Pending | 17100995.6 | 1/26/2017 | Hong Kong | Utility: Foreign | |

July 25, 2017

Proprietary and Confidential

Page 47

FIG00000750

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Methods and Systems for Obtaining Clinical Samples | Pending | 17100994.7 | 1/26/2017 | Hong Kong | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Pending | 17100976.9 | 1/26/2017 | Hong Kong | Utility: Foreign | |
| METHODS AND DEVICES FOR IMPROVED SIGNAL DETECTION FROM BIOLOGICAL SAMPLES | Pending | 62/452,949 | 1/31/2017 | United States | Utility: Provisional | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Pending | 15/429,551 | 2/10/2017 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR FLUID HANDLING | Pending | 15/430,197 | 2/10/2017 | United States | Utility: Continuation | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Pending | 17101971.2 | 2/22/2017 | Hong Kong | Utility: Foreign | |
| METHODS AND SYSTEMS FOR A SAMPLE COLLECTION DEVICE WITH A NOVELTY EXTERIOR | Pending | 17101969.6 | 2/22/2017 | Hong Kong | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Pending | 15/440,269 | 2/23/2017 | United States | Utility: Continuation | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Pending | 15/442,110 | 2/24/2017 | United States | Utility: Continuation | |
| PATHOGEN AND ANTIMICROBIAL RESISTANCE TESTING | Pending | 2959992 | 3/2/2017 | Canada | Utility: Foreign | |
| PATHOGEN AND ANTIMICROBIAL RESISTANCE TESTING | Pending | MX/a/2017/0028 14 | 3/2/2017 | Mexico | Utility: Foreign | |
| PATHOGEN AND ANTIMICROBIAL RESISTANCE TESTING | Pending | 2017-512696 | 3/3/2017 | Japan | Utility: Foreign | |
| Methods and Devices for Surface Treatment | Pending | 62/468,905 | 3/8/2017 | United States | Utility: Provisional | |
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | 2960859 | 3/9/2017 | Canada | Utility: Foreign | |
| METHODS AND DEVICES FOR SMALL VOLUME LIQUID CONTAINMENT | Pending | 15/456,066 | 3/10/2017 | United States | Utility: Continuation | |
| DIAGNOSTIC METHODS AND COMPOSITIONS | Pending | 2961209 | 3/13/2017 | Canada | Utility: Foreign | |
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | 15/458,528 | 3/14/2017 | United States | Utility: Continuation | |

Proprietary and Confidential

FIG00000751

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | 201717008799 | 3/14/2017 | India | Utility: Foreign | |
| Methods and Devices for Surface Treatment | Pending | 62/471,918 | 3/15/2017 | United States | Utility: Provisional | |
| DIAGNOSTIC METHODS AND COMPOSITIONS | Pending | 2017-514803 | 3/16/2017 | Japan | Utility: Foreign | |
| DIAGNOSTIC METHODS AND COMPOSITIONS | Pending | MX/a/2017/003475 | 3/16/2017 | Mexico | Utility: Foreign | |
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | BR112017005392-6 | 3/16/2017 | Brazil | Utility: Foreign | |
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | 2017-514802 | 3/16/2017 | Japan | Utility: Foreign | |
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | MX/a/2017/003473 | 3/16/2017 | Mexico | Utility: Foreign | |
| Systems and methods for multi-purpose analysis | Pending | 15/461,081 | 3/16/2017 | United States | Utility: Continuation | |
| METHODS AND APPARATUS FOR OBTAINING UNIFORM AND STABLE EXCITATION IN CYTOMETRY | Pending | 62/473,249 | 3/17/2017 | United States | Utility: Provisional | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Pending | 2017202096 | 3/29/2017 | Australia | Utility: Divisional | |
| METHODS AND SYSTEMS FOR OBTAINING CLINICAL SAMPLES | Pending | 15/480,259 | 4/5/2017 | United States | Utility: Continuation-in-Part | |
| DIAGNOSTIC METHODS AND COMPOSITIONS | Pending | 15842844.1 | 4/6/2017 | European Patent Office | Utility: Foreign | |
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | 15841130.6 | 4/6/2017 | European Patent Office | Utility: Foreign | |
| METHODS AND COMPOSITONS FOR DETECTION OF VIRAL INFECTIONS | Pending | 62/484,230 | 4/11/2017 | United States | Utility: Provisional | |
| METHODS AND COMPOSITONS FOR DETECTION OF VIRAL INFECTIONS | Pending | 62/484,389 | 4/11/2017 | United States | Utility: Provisional | |
| METHODS AND COMPOSITONS FOR DETECTION OF ZIKA VIRAL INFECTIONS | Pending | 62/484,240 | 4/11/2017 | United States | Utility: Provisional | |

July 25, 2017

Proprietary and Confidential

Page 49

theran⬡s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| METHODS AND COMPOSITONS FOR DETECTION OF VIRAL INFECTIONS | Pending | 62/484,853 | 4/12/2017 | United States | Utility: Provisional | |
| METHODS AND COMPOSITONS FOR DETECTION OF ZIKA VIRAL INFECTIONS | Pending | 62/484,716 | 4/12/2017 | United States | Utility: Provisional | |
| METHODS AND COMPOSITIONS FOR IMPROVED HERPES SIMPLEX VIRUS TYPE 2 ASSAY | Pending | 62/487,381 | 4/19/2017 | United States | Utility: Provisional | |
| Methods and Devices for Real-Time Diagnostic Testing (RDT) for Ebola and other Infectious Diseases | Pending | 201717014308 | 4/21/2017 | India | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Pending | 2017-85342 | 4/24/2017 | Japan | Utility: Divisional | |
| FLUID HANDLING APPARATUS AND CONFIGURATIONS | Pending | 15/496,959 | 4/25/2017 | United States | Utility: Continuation | |
| Methods and Devices for Real-Time Diagnostic Testing (RDT) for Ebola and other Infectious Diseases | Pending | 15849038.3 | 4/26/2017 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS FOR ANALYTE TESTING AND LABORATORY OVERSIGHT | Pending | 15/584,374 | 5/2/2017 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 15/584,974 | 5/2/2017 | United States | Utility: Continuation | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND STABILIZATION | Pending | PCT/US17/31411 | 5/5/2017 | WIPO | Utility: PCT | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Pending | 17104653.1 | 5/9/2017 | Hong Kong | Utility: Non-Provisional | |
| METHODS AND SYSTEMS FOR HYBRID OVERSIGHT OF SAMPLE COLLECTION | Pending | 15/592,935 | 5/11/2017 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Pending | 15/595,489 | 5/15/2017 | United States | Utility: Continuation | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 17104923.5 | 5/16/2017 | Hong Kong | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Pending | 17104916.4 | 5/16/2017 | Hong Kong | Utility: Foreign | |
| METHODS AND COMPOSITIONS FOR SUPERPARAMAGNETIC PARTICLES FOR NUCLEIC ACID EXTRACTION | Pending | 62/513,999 | 6/1/2017 | United States | Utility: Provisional | |

CONFIDENTIAL PER P.O.    FIG00000753

theran◯s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Pending | 17105790.2 | 6/12/2017 | Hong Kong | Utility: Foreign | |
| Spectral analysis methods based on background subtraction and curvature calculation used in the detection or quantification of hemolysis and icterus in blood-derived clinical samples | Pending | 62/519,018 | 6/13/2017 | United States | Utility: Provisional | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 17105896.5 | 6/14/2017 | Hong Kong | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 17105960.6 | 6/15/2017 | Hong Kong | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Pending | 17177143.9 | 6/21/2017 | European Patent Office | Utility: Divisional | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Pending | MX/a/2017/0087 63 | 6/29/2017 | Mexico | Utility: Divisional | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 17106611.7 | 7/3/2017 | Hong Kong | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 17106661.6 | 7/3/2017 | Hong Kong | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 17106706.3 | 7/4/2017 | Hong Kong | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | 17106712.5 | 7/4/2017 | Hong Kong | Utility: Foreign | |
| Nucleic Acid Amplification | Pending | 15/642,746 | 7/6/2017 | United States | Utility: Continuation | |
| METHODS AND COMPOSITIONS FOR IMPROVED HERPES SIMPLEX VIRUS TYPE 2 ASSAY | Pending | 62/531,796 | 7/12/2017 | United States | Utility: Provisional | |
| METHODS AND APPARATUS FOR LABORATORY TEST ORDERING | Pending | 62/533,654 | 7/17/2017 | United States | Utility: Provisional | |
| METHODS AND APPARATUS FOR PROCESSING SAMPLES | Pending | 62/533,659 | 7/17/2017 | United States | Utility: Provisional | |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Pending | 10-2017-7020172 | 7/19/2017 | Republic of Korea | Utility: Divisional | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Pending | MX/a/2017/0094 75 | 7/20/2017 | Mexico | Utility: Divisional | |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000754

theran⊖s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Pending | 10-2017-7020579 | 7/21/2017 | Republic of Korea | Utility: Divisional | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Pending | | 7/24/2017 | Israel | Utility: Divisional | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Pending | 2017-142882 | 7/24/2017 | Japan | Utility: Divisional | |
| RAPID MEASUREMENT OF TOTAL VITAMIN D IN BLOOD | Pending | 15/658,920 | 7/25/2017 | United States | Utility: Continuation | |
| PATHOGEN AND ANTIMICROBIAL RESISTANCE TESTING | Pending | 201580058648.7 | 4/27/2017 | China | Utility: Foreign | |
| Hybrid Multi-Step Nucleic Acid Amplification | Pending | 201580061362.4 | 5/11/2017 | China | Utility: Foreign | |
| DIAGNOSTIC METHODS AND COMPOSITIONS | Pending | 201580062485.X | 5/17/2017 | China | Utility: Foreign | |
| Methods and Devices for Real-Time Diagnostic Testing (RDT) for Ebola and other Infectious Diseases | Pending | 201580066627.X | 6/7/2017 | China | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 201280057640.5 | 5/23/2014 | China | Utility: Foreign | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Published | 201280057978.0 | 5/26/2014 | China | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 201380048272.2 | 3/17/2015 | China | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 201380048275.6 | 3/17/2015 | China | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 201380048316.1 | 3/17/2015 | China | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 201380049210.3 | 3/20/2015 | China | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 201380057580.1 | 5/4/2015 | China | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 201380058518.4 | 5/8/2015 | China | Utility: Foreign | |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000755

theran⬡s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Published | 201380067536.9 | 6/23/2015 | China | Utility: Foreign | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Published | 201380072120.6 | 8/3/2015 | China | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 6748733 | 3/24/2006 | European Patent Office | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 9452/DELNP/07 | 3/24/2006 | India | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 10102788 | 3/24/2006 | Hong Kong | Utility: Foreign | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Published | 2233/DELNP/09 | 10/10/2007 | India | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Published | 09 723974.3 | 3/26/2009 | European Patent Office | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Published | 6605/CHENP/10 | 3/26/2009 | India | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 12 737013.8 | 1/20/2012 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 227579 | 1/20/2012 | Israel | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 6402/DELNP/2013 | 1/20/2012 | India | Utility: Foreign | |
| Systems and Methods for Sample Use Maximization | Published | 20120100204 | 1/20/2012 | Argentina | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 13/647,325 | 10/8/2012 | United States | Utility: Continuation | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Published | 13/915,362 | 6/11/2013 | United States | Utility: Continuation | |
| COMPACT CENTRIFUGE WITH THERMALLY CONDUCTIVE AND INSULATING MATERIALS | Published | 13/945,202 | 7/18/2013 | United States | Utility: Non-Provisional | |
| Image Analysis and Measurement of Biological Samples | Published | 102126668 | 7/25/2013 | Taiwan | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Published | 14/011,730 | 8/27/2013 | United States | Utility: Continuation | |

CONFIDENTIAL PER P.O.

FIG00000756

theran○s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Systems, Devices, and Methods For Bodily Fluid Sample Collection | Published | 14/020,435 | 9/6/2013 | United States | Utility: Non-Provisional | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 14/019,946 | 9/6/2013 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Published | 14/035,762 | 9/24/2013 | United States | Utility: Non-Provisional | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Published | 14/059,195 | 10/21/2013 | United States | Utility: Non-Provisional | |
| Systems and methods for improving medical treatments | Published | 14/080,727 | 11/14/2013 | United States | Utility: Divisional | |
| Systems, Devices, and Methods for Bodily Fluid Sample Collection | Published | 102144582 | 12/5/2013 | Taiwan | Utility: Foreign | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Published | 14/155,150 | 1/14/2014 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR FLUID AND COMPONENT HANDLING | Published | 14/157,343 | 1/16/2014 | United States | Utility: Continuation | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 14/167,964 | 1/29/2014 | United States | Utility: Non-Provisional | |
| METHODS, SYSTEMS, AND DEVICES FOR REAL TIME EXECUTION AND OPTIMIZATION OF CONCURRENT TEST PROTOCOLS ON A SINGLE DEVICE | Published | 14/181,486 | 2/14/2014 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/183,503 | 2/18/2014 | United States | Utility: Non-Provisional | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 14/214,771 | 3/15/2014 | United States | Utility: Non-Provisional | |
| Nucleic Acid Amplification | Published | 14/214,854 | 3/15/2014 | United States | Utility: Non-Provisional | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 12 838242.1 | 3/20/2014 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 231639 | 3/20/2014 | Israel | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 2197/DELNP/2014 | 3/22/2014 | India | Utility: Foreign | |

CONFIDENTIAL PER P.O.                                                                 FIG00000757

# theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 2014-532098 | 3/24/2014 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 1401001625 | 3/25/2014 | Thailand | Utility: Foreign | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Published | 2014-533646 | 3/26/2014 | Japan | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 14103531.4 | 4/11/2014 | Hong Kong | Utility: Non-Provisional | |
| Methods, Devices and Systems for Secure Transport of Materials | Published | 14/259,105 | 4/22/2014 | United States | Utility: Non-Provisional | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Published | 3282/DELNP/2014 | 4/23/2014 | India | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 232544 | 5/11/2014 | Israel | Utility: Foreign Divisional | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Published | 201380072538.7 | 8/7/2015 | China | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 14105512.2 | 6/11/2014 | Hong Kong | Utility: Foreign | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Published | 14 174846.7 | 6/27/2014 | European Patent Office | Utility: Foreign Divisional | |
| Systems and Methods for Collecting and Transmitting Assay Results | Published | 14/335,780 | 7/18/2014 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Published | 14/341,745 | 7/25/2014 | United States | Utility: Non-Provisional | |
| BODILY FLUID SAMPLE COLLECTION AND TRANSPORT | Published | 14/446,080 | 7/29/2014 | United States | Utility: Continuation | |
| BODILY FLUID SAMPLE COLLECTION AND TRANSPORT | Published | 14/447,099 | 7/30/2014 | United States | Utility: Continuation | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 201410451942.1 | 9/5/2014 | China | Utility: Foreign Divisional | |

CONFIDENTIAL PER P.O.

FIG00000758

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Systems and methods for conducting animal studies | Published | 14/481,264 | 9/9/2014 | United States | Utility: Continuation | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Published | 8220/DELNP/2014 | 10/1/2014 | India | Utility: Divisional | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 14/508,137 | 10/7/2014 | United States | Utility: Continuation | |
| Methods and Systems for Network Connectivity | Published | 14/511,861 | 10/10/2014 | United States | Utility: Continuation | |
| METHODS AND SYSTEMS FOR A SAMPLE COLLECTION DEVICE WITH A NOVELTY EXTERIOR | Published | 14/538,753 | 11/11/2014 | United States | Utility: Non-Provisional | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Published | 2014-237464 | 11/25/2014 | Japan | Utility: Divisional | |
| LOW-VOLUME COAGULATION ASSAY | Published | 11147/DELNP/2014 | 12/26/2014 | India | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 11198/DELNP/2014 | 12/29/2014 | India | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 11235/DELNP/2014 | 12/30/2014 | India | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 11236/DELNP/2014 | 12/30/2014 | India | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 13 820659.4 | 1/13/2015 | European Patent Office | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 13 820681.8 | 1/13/2015 | European Patent Office | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 13747735.2 | 1/13/2015 | European Patent Office | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 13 820209.8 | 1/13/2015 | European Patent Office | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Published | 13 820103.3 | 1/13/2015 | European Patent Office | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 236735 | 1/15/2015 | Israel | Utility: Foreign | |

Proprietary and Confidential

FIG00000759

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 14/598,561 | 1/16/2015 | United States | Utility: Non-Provisional | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 2015-523264 | 1/16/2015 | Japan | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 14/598,625 | 1/16/2015 | United States | Utility: Non-Provisional | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 2015-523270 | 1/16/2015 | Japan | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 14/598,498 | 1/16/2015 | United States | Utility: Continuation | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 2015-523269 | 1/16/2015 | Japan | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Published | 14/598,817 | 1/16/2015 | United States | Utility: Non-Provisional | |
| LOW-VOLUME COAGULATION ASSAY | Published | 2015-523268 | 1/16/2015 | Japan | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 236767 | 1/18/2015 | Israel | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Published | 236768 | 1/18/2015 | Israel | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 14/600,630 | 1/20/2015 | United States | Utility: Non-Provisional | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 236819 | 1/20/2015 | Israel | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 15100659.5 | 1/21/2015 | Hong Kong | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 2015-524456 | 1/23/2015 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR DETECTING INFECTIOUS DISEASES | Published | 14/604,194 | 1/23/2015 | United States | Utility: Non-Provisional | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000760

theran☉s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Published | 15101073.1 | 1/30/2015 | Hong Kong | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 14/627,307 | 2/20/2015 | United States | Utility: Continuation | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 14/629,069 | 2/23/2015 | United States | Utility: Continuation | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | 14/631,776 | 2/25/2015 | United States | Utility: Non-Provisional | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | PCT/US15/17581 | 2/25/2015 | WIPO | Utility: PCT | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 2015-531263 | 3/5/2015 | Japan | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 14/639,986 | 3/5/2015 | United States | Utility: Non-Provisional | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | PCT/US15/19060 | 3/5/2015 | WIPO | Utility: PCT | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 237665 | 3/10/2015 | Israel | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 2015-531225 | 3/10/2015 | Japan | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | PCT/US15/20307 | 3/12/2015 | WIPO | Utility: PCT | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 201480021563.7 | 10/15/2015 | China | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Published | 201480021565.6 | 10/15/2015 | China | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 201480021782.5 | 10/16/2015 | China | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 237566 | 3/18/2015 | Israel | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 201480027221.6 | 11/12/2015 | China | Utility: Foreign | |

Proprietary and Confidential

FIG00000761

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Published | 2015-533286 | 3/24/2015 | Japan | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 2656/DELNP/201 5 | 3/31/2015 | India | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Published | 10201502531S | 3/31/2015 | Singapore | Utility: Foreign Divisional | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 2876/DELNP/201 5 | 4/7/2015 | India | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 13 836969.9 | 4/8/2015 | European Patent Office | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Published | 238380 | 4/19/2015 | Israel | Utility: Foreign | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Published | 13841597.1 | 4/20/2015 | European Patent Office | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Published | 2015-539694 | 4/22/2015 | Japan | Utility: Foreign | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 2015-89977 | 4/27/2015 | Japan | Utility: Foreign Divisional | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 2015-89978 | 4/27/2015 | Japan | Utility: Foreign Divisional | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Published | 201480027228.8 | 11/12/2015 | China | Utility: Foreign | |
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Published | 13 848501.6 | 5/6/2015 | European Patent Office | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Published | 13 848352.4 | 5/6/2015 | European Patent Office | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | 201480030776.6 | 11/27/2015 | China | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Published | 201480034651.0 | 12/17/2015 | China | Utility: Foreign | |

CONFIDENTIAL PER P.O.

FIG00000762

theran✺s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Published | 201480052364.2 | 3/23/2016 | China | Utility: Foreign | |
| REAL-TIME DETECTION OF INFLUENZA VIRUS | Published | 2015-103390 | 5/21/2015 | Japan | Utility: Foreign Divisional | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Published | 4495/DELNP/2015 | 5/25/2015 | India | Utility: Foreign | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Published | 239062 | 5/28/2015 | Israel | Utility: Foreign | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Published | 13860491.3 | 6/3/2015 | European Patent Office | Utility: Foreign | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Published | 2015-546443 | 6/4/2015 | Japan | Utility: Foreign | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Published | 2015-545937 | 6/9/2015 | Japan | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | PCT/US15/35112 | 6/10/2015 | WIPO | Utility: PCT | |
| Devices and Methods for use with a Sample Container | Published | PCT/US15/35893 | 6/15/2015 | WIPO | Utility: PCT | |
| Methods and Systems for Obtaining Clinical Samples | Published | 201480060451.2 | 5/4/2016 | China | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Published | 201480060454.6 | 5/4/2016 | China | Utility: Foreign | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Published | 13863036.3 | 6/24/2015 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/789,920 | 7/1/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/789,930 | 7/1/2015 | United States | Utility: Continuation | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 14/789,904 | 7/1/2015 | United States | Utility: Continuation | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Published | 2015-134888 | 7/6/2015 | Japan | Utility: Foreign Divisional | |

CONFIDENTIAL PER P.O.          FIG00000763

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| CENTRIFUGE CONFIGURATIONS | Published | 14/793,625 | 7/7/2015 | United States | Utility: Continuation | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 15106861.6 | 7/16/2015 | Hong Kong | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 15106879.6 | 7/16/2015 | Hong Kong | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 201480060675.3 | 5/5/2016 | China | Utility: Foreign | |
| MEDICAL DEVICE FOR ANALYTE MONITORING AND DRUG DELIVERY | Published | 14/816,426 | 8/3/2015 | United States | Utility: Continuation | |
| METHODS AND SYSTEMS FOR A SAMPLE COLLECTION DEVICE WITH A NOVELTY EXTERIOR | Published | 201480072687.8 | 7/8/2016 | China | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 240538 | 8/12/2015 | Israel | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 240537 | 8/12/2015 | Israel | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Published | 240568 | 8/13/2015 | Israel | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/825,981 | 8/13/2015 | United States | Utility: Continuation | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 2015-558204 | 8/17/2015 | Japan | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Published | 2015-558168 | 8/17/2015 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 2015-558213 | 8/17/2015 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/829,572 | 8/18/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 14/831,838 | 8/20/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/839,749 | 8/28/2015 | United States | Utility: Continuation | |
| Systems and Methods for Collecting and Transmitting Assay Results | Published | 7921/DELNP/2015 | 9/2/2015 | India | Utility: Foreign | |

July 25, 2017

Proprietary and Confidential

Page 61

FIG00000764

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Published | 241072 | 9/2/2015 | Israel | Utility: Foreign | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Published | 241073 | 9/2/2015 | Israel | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Published | 14/845,740 | 9/4/2015 | United States | Utility: Continuation | |
| THERMOSTABLE BLUNT-END LIGASE AND METHODS OF USE | Published | 14/846,285 | 9/4/2015 | United States | Utility: Continuation | |
| PATHOGEN AND ANTIMICROBIAL RESISTANCE TESTING | Published | PCT/US15/48533 | 9/4/2015 | WIPO | Utility: PCT | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 14751601.7 | 9/7/2015 | European Patent Office | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 8086/DELNP/2015 | 9/7/2015 | India | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 241270 | 9/7/2015 | Israel | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Published | 14751655.3 | 9/7/2015 | European Patent Office | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 241272 | 9/7/2015 | Israel | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 241269 | 9/7/2015 | Israel | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Published | 241274 | 9/7/2015 | Israel | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Published | 241273 | 9/7/2015 | Israel | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 14/848,032 | 9/8/2015 | United States | Utility: Continuation | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 14/848,084 | 9/8/2015 | United States | Utility: Continuation | |
| NUCLEIC ACID AMPLIFICATION | Published | 14/848,220 | 9/8/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/848,775 | 9/9/2015 | United States | Utility: Continuation | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000765

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| NUCLEIC ACID AMPLIFICATION | Published | 14/850,697 | 9/10/2015 | United States | Utility: Continuation | |
| NUCLEIC ACID AMPLIFICATION | Published | 241426 | 9/10/2015 | Israel | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 14/850,608 | 9/10/2015 | United States | Utility: Continuation | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 2016-503463 | 9/11/2015 | Japan | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 2016-503326 | 9/11/2015 | Japan | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 2016-503313 | 9/11/2015 | Japan | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Published | 2016-502563 | 9/11/2015 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14751559.7 | 9/14/2015 | European Patent Office | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Published | 2016-501087 | 9/14/2015 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/855,303 | 9/15/2015 | United States | Utility: Continuation | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | 14/854,382 | 9/15/2015 | United States | Utility: Continuation | |
| BIOLOGICAL SAMPLE PROCESSING | Published | 14/855,249 | 9/15/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/857,224 | 9/17/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/857,407 | 9/17/2015 | United States | Utility: Continuation | |
| DIAGNOSTIC METHODS AND COMPOSITIONS | Published | PCT/US15/50811 | 9/17/2015 | WIPO | Utility: PCT | |
| Hybrid Multi-Step Nucleic Acid Amplification | Published | PCT/US15/50822 | 9/17/2015 | WIPO | Utility: PCT | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/860,048 | 9/21/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/860,149 | 9/21/2015 | United States | Utility: Continuation | |

Proprietary and Confidential

FIG00000766

theran☉s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | 241803 | 9/21/2015 | Israel | Utility: Foreign | |
| BIOLOGICAL SAMPLE PROCESSING | Published | 241804 | 9/21/2015 | Israel | Utility: Foreign | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Published | 8844/DELNP/2015 | 9/25/2015 | India | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | 2016-505575 | 9/25/2015 | Japan | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Published | 14/865,603 | 9/25/2015 | United States | Utility: Continuation | |
| CALIBRATION OF FLUIDIC DEVICES | Published | 14/867,271 | 9/28/2015 | United States | Utility: Continuation | |
| Systems and Methods of Sample Processing and Fluid Control in a Fluidic System | Published | 14/868,208 | 9/28/2015 | United States | Utility: Continuation | |
| NETWORK CONNECTIVITY METHODS AND SYSTEMS | Published | 14760282.5 | 9/30/2015 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/872,995 | 10/1/2015 | United States | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 14/872,718 | 10/1/2015 | United States | Utility: Continuation | |
| NUCLEIC ACID AMPLIFICATION | Published | 14762742.6 | 10/5/2015 | European Patent Office | Utility: Foreign | |
| Methods and Devices for Real-Time Diagnostic Testing (RDT) for Ebola and other Infectious Diseases | Published | PCT/US2015/054618 | 10/8/2015 | WIPO | Utility: PCT | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 15109850.3 | 10/8/2015 | Hong Kong | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 14763454.7 | 10/12/2015 | European Patent Office | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Published | 14768967.3 | 10/12/2015 | European Patent Office | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 14764049.4 | 10/12/2015 | European Patent Office | Utility: Foreign | |
| NUCLEIC ACID AMPLIFICATION | Published | 14762846.5 | 10/12/2015 | European Patent Office | Utility: Foreign | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000767

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Nucleic Acid Amplification | Published | 14/880,521 | 10/12/2015 | United States | Utility: Continuation | |
| Nucleic Acid Amplification | Published | 14763758.1 | 10/12/2015 | European Patent Office | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Published | 14764499.1 | 10/12/2015 | European Patent Office | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 2014800073710.5 | 7/20/2016 | China | Utility: Foreign | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Published | 20151023647.1 | 5/11/2015 | China | Utility: Foreign Divisional | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Published | 242110 | 10/15/2015 | Israel | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 201580015162.5 | 9/20/2016 | China | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | 14775078 | 10/19/2015 | European Patent Office | Utility: Foreign | |
| BIOLOGICAL SAMPLE PROCESSING | Published | 14773663.1 | 10/19/2015 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/918,090 | 10/20/2015 | United States | Utility: Continuation | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Published | 2016-510745 | 10/21/2015 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR FLUID AND COMPONENT HANDLING | Published | 14/928,087 | 10/30/2015 | United States | Utility: Continuation | |
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Published | 14787543.9 | 11/2/2015 | European Patent Office | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 15110933.2 | 11/5/2015 | Hong Kong | Utility: Foreign | |
| METHODS, DEVICES, AND SYSTEMS FOR MIXING FLUIDS | Published | PCT/US15/59421 | 11/6/2015 | WIPO | Utility: PCT | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 201580015419.7 | 9/21/2016 | China | Utility: Foreign | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000768

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | 201580020727.9 | 10/20/2016 | China | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 201580021952.4 | 11/1/2016 | China | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 201580026120.1 | 11/11/2016 | China | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 15111429.1 | 11/19/2015 | Hong Kong | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 15111431.7 | 11/19/2015 | Hong Kong | Utility: Foreign | |
| METHODS AND SYSTEMS FOR HYBRID OVERSIGHT OF SAMPLE COLLECTION | Published | 14/952,610 | 11/25/2015 | United States | Utility: Non-Provisional | |
| METHODS AND SYSTEMS FOR HYBRID OVERSIGHT OF SAMPLE COLLECTION | Published | PCT/US15/62741 | 11/25/2015 | WIPO | Utility: PCT | |
| LOW-VOLUME COAGULATION ASSAY | Published | 15111614.6 | 11/25/2015 | Hong Kong | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 14/963,030 | 12/8/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/965,665 | 12/10/2015 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 14/965,725 | 12/10/2015 | United States | Utility: Continuation | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Published | 201610423953.8 | 6/15/2016 | China | Utility: Divisional | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 15112688.5 | 12/24/2015 | Hong Kong | Utility: Foreign | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 16100170.4 | 1/8/2016 | Hong Kong | Utility: Foreign | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 16100172.2 | 1/8/2016 | Hong Kong | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 10201600463Y | 1/21/2016 | Singapore | Utility: Divisional | |

Proprietary and Confidential

FIG00000769

theran🌀s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Published | 2016-530090 | 1/22/2016 | Japan | Utility: Foreign | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Published | 243760 | 1/24/2016 | Israel | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 15/005,897 | 1/25/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 15/006,349 | 1/26/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Published | 16101278.3 | 2/2/2016 | Hong Kong | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 15/041,421 | 2/11/2016 | United States | Utility: Non-Provisional | |
| Methods and Systems for Obtaining Clinical Samples | Published | 15/041,744 | 2/11/2016 | United States | Utility: Continuation | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Published | 15/041,488 | 2/11/2016 | United States | Utility: Non-Provisional | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Published | 15/042,909 | 2/12/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR A DISTRIBUTED CLINICAL LABORATORY | Published | 14829161 | 2/16/2016 | European Patent Office | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Published | 201617005938 | 2/19/2016 | India | Utility: Foreign | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Published | 10201601353P | 2/23/2016 | Singapore | Utility: Divisional | |
| METHODS AND SYSTEMS FOR OBTAINING CLINICAL SAMPLES | Published | PCT/US16/19160 | 2/23/2016 | WIPO | Utility: PCT | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Published | 16102002.4 | 2/23/2016 | Hong Kong | Utility: Foreign | |
| APPOINTMENT SCHEDULING AND CHECK IN | Published | 15/054,047 | 2/25/2016 | United States | Utility: Continuation | |
| Methods, Devices, and Systems Having Multiple Passwords | Published | 15/054,966 | 2/26/2016 | United States | Utility: Continuation | |
| Detection and Quantification of Analytes in Bodily Fluids | Published | 15/054,510 | 2/26/2016 | United States | Utility: Continuation | |

CONFIDENTIAL PER P.O.

FIG00000770

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Published | 16102367.3 | 3/1/2016 | Hong Kong | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 244394 | 3/2/2016 | Israel | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Published | 244395 | 3/2/2016 | Israel | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 2016-540448 | 3/4/2016 | Japan | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Published | 2016-540446 | 3/4/2016 | Japan | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Published | 244469 | 3/7/2016 | Israel | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Published | 2016-540917 | 3/7/2016 | Japan | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Published | 201610430085.6 | 6/16/2016 | China | Utility: Divisional | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Published | 201610397987 | 3/11/2016 | China | Utility: Non-Provisional | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Published | 201610412737 | 3/11/2016 | China | Utility: Divisional | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 15/069,843 | 3/14/2016 | United States | Utility: Continuation | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 14 841868.4 | 3/14/2016 | European Patent Office | Utility: Foreign | |
| DEVICES, SYSTEMS, METHODS, AND KITS FOR RECEIVING A SWAB | Published | 14 841645.6 | 3/14/2016 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 10201602141Q | 3/18/2016 | Singapore | Utility: Divisional | |
| REDUCING OPTICAL INTERFERENCE IN A FLUIDIC DEVICE | Published | 244688 | 3/20/2016 | Israel | Utility: Divisional | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Published | 201610417270 | 3/11/2016 | China | Utility: Divisional | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Published | 16103524.1 | 3/24/2016 | Hong Kong | Utility: Foreign | |

CONFIDENTIAL PER P.O.    FIG00000771

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| Methods and Systems for Obtaining Clinical Samples | Published | 14843011.9 | 3/30/2016 | European Patent Office | Utility: Foreign | |
| DIAGNOSTIC METHODS AND COMPOSITIONS | Published | 15/087,840 | 3/31/2016 | United States | Utility: Continuation | |
| Methods, Devices, Systems, and Kits for Automated Blood Collection by Fingerstick | Published | 15/087,109 | 3/31/2016 | United States | Utility: Non-Provisional | |
| Methods, Devices, Systems, and Kits for Automated Blood Collection by Fingerstick | Published | PCT/US16/25212 | 3/31/2016 | WIPO | Utility: PCT | |
| Systems, Devices, and Methods for Bodily Fluid Sample Transport | Published | 16103780 | 4/1/2016 | Hong Kong | Utility: Foreign | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 201617011739 | 4/2/2016 | India | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Published | 15/092,279 | 4/6/2016 | United States | Utility: Continuation | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 15/092,499 | 4/6/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR ORDERING LABORATORY TESTS AND PROVIDING RESULTS THEREOF | Published | 15/098,159 | 4/13/2016 | United States | Utility: Continuation | |
| Rapid Measurement of Formed Blood Component Sedimentation Rate from Small Sample Volumes | Published | 15/132,906 | 4/19/2016 | United States | Utility: Continuation | |
| Rapid, Low-Sample-Volume Cholesterol and Triglyceride Assays | Published | 16104594.4 | 4/21/2016 | Hong Kong | Utility: Foreign | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Published | 15/140,902 | 4/28/2016 | United States | Utility: Divisional | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Published | 15/140,993 | 4/28/2016 | United States | Utility: Continuation | |
| METHODS AND SYSTEMS FOR A SAMPLE COLLECTION DEVICE WITH A NOVELTY EXTERIOR | Published | 15/143,908 | 5/2/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 201610500679 | 8/10/2016 | China | Utility: Divisional | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 201610517491 | 8/10/2016 | China | Utility: Divisional | |

CONFIDENTIAL PER P.O.

FIG00000772

theran☉s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 201610518013 | 8/10/2016 | China | Utility: Divisional | |
| Methods and Systems for Obtaining Clinical Samples | Published | 14853747.5 | 5/9/2016 | European Patent Office | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 15/152,997 | 5/12/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR ORDERING LABORATORY TESTS AND PROVIDING RESULTS THEREOF | Published | 14856077.4 | 5/16/2016 | European Patent Office | Utility: Foreign | |
| LOW-VOLUME COAGULATION ASSAY | Published | 10201603916U | 5/16/2016 | Singapore | Utility: Divisional | |
| Nucleic Acid Amplification | Published | 245687 | 5/17/2016 | Israel | Utility: Foreign | |
| PATHOGEN AND ANTIMICROBIAL RESISTANCE TESTING | Published | 15/159,399 | 5/19/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 15/159,501 | 5/19/2016 | United States | Utility: Continuation | |
| DRUG MONITORING AND REGULATION SYSTEMS AND METHODS | Published | 15/159,568 | 5/19/2016 | United States | Utility: Continuation | |
| METHODS, SYSTEMS, AND DEVICES FOR REAL TIME EXECUTION AND OPTIMIZATION OF CONCURRENT TEST PROTOCOLS ON A SINGLE DEVICE | Published | 15/159,593 | 5/19/2016 | United States | Utility: Continuation | |
| INFORMATION MANAGEMENT SYSTEMS AND METHODS USING A BIOLOGICAL SIGNATURE | Published | 15/159,620 | 5/19/2016 | United States | Utility: Continuation | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE TRANSPORT | Published | 15/160,196 | 5/20/2016 | United States | Utility: Continuation | |
| Nucleic Acid Amplification | Published | 2016-533175 | 5/20/2016 | Japan | Utility: Foreign | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 15/160,491 | 5/20/2016 | United States | Utility: Continuation | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 15/160,578 | 5/20/2016 | United States | Utility: Continuation | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 16105856.4 | 5/23/2016 | Hong Kong | Utility: Foreign | |

Proprietary and Confidential

CONFIDENTIAL PER P.O.

FIG00000773

theranos

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 15/162,122 | 5/23/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 15/161,533 | 5/23/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 15/161,547 | 5/23/2016 | United States | Utility: Continuation | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | 16105862.6 | 5/23/2016 | Hong Kong | Utility: Foreign | |
| Methods and Devices for Real-Time Diagnostic Testing (RDT) for Ebola and other Infectious Diseases | Published | 15/162,216 | 5/23/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 2016-106082 | 5/27/2016 | Japan | Utility: Divisional | |
| LOW-VOLUME COAGULATION ASSAY | Published | 15/166,699 | 5/27/2016 | United States | Utility: Divisional | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 16106200.5 | 5/31/2016 | Hong Kong | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 16106198.9 | 5/31/2016 | Hong Kong | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 201617018755 | 5/31/2016 | India | Utility: Foreign | |
| METHODS AND SYSTEMS FOR ASSESSING CLINICAL OUTCOMES | Published | 246042 | 6/2/2016 | Israel | Utility: Foreign | |
| Systems and Methods for Collecting and Transmitting Assay Results | Published | 16106499.5 | 6/7/2016 | Hong Kong | Utility: Divisional | |
| METHODS AND SYSTEMS FOR A SAMPLE COLLECTION DEVICE WITH A NOVELTY EXTERIOR | Published | 14859931.9 | 6/9/2016 | European Patent Office | Utility: Foreign | |
| METHODS FOR DETECTING AND MEASURING AGGREGATION | Published | 15/179,769 | 6/10/2016 | United States | Utility: Foreign | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 201610651960 3 | 8/10/2016 | China | Utility: Continuation | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 15/183,600 | 6/15/2016 | United States | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 14 864826.4 | 6/15/2016 | European Patent Office | Utility: Continuation | |

theran⬡s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 15/184,923 | 6/16/2016 | United States | Utility: Divisional | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 2016-119643 | 6/16/2016 | Japan | Utility: Divisional | |
| DEVICES, SYSTEMS AND METHODS FOR SAMPLE PREPARATION | Published | 16107548.4 | 6/28/2016 | Hong Kong | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 10201605479Q | 7/4/2016 | Singapore | Utility: Divisional | |
| LOW-VOLUME COAGULATION ASSAY | Published | 201380048398.X | 3/17/2015 | China | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Published | 2016-139081 | 7/14/2016 | Japan | Utility: Divisional | |
| SYSTEMS AND METHODS FOR RESPONSE CALIBRATION | Published | 201380060909.X | 5/21/2015 | China | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 2016-547876 | 7/21/2016 | Japan | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 2016-547875 | 7/21/2016 | Japan | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION, TRANSPORT, AND HANDLING | Published | 15/216,658 | 7/21/2016 | United States | Utility: Non-Provisional | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION, TRANSPORT, AND HANDLING | Published | PCT/US16/43435 | 7/21/2016 | WIPO | Utility: PCT | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 15/217,207 | 7/22/2016 | United States | Utility: Divisional | |
| MODULAR POINT-OF-CARE DEVICES, SYSTEMS, AND USES THEREOF | Published | 15/217,360 | 7/22/2016 | United States | Utility: Continuation | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 10201606120X | 7/25/2016 | Singapore | Utility: Divisional | |
| TRANSFER VESSEL AND METHODS FOR REDUCING SAMPLE LOSS | Published | PCT/US16/45199 | 8/2/2016 | WIPO | Utility: PCT | |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000775

**theranos**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| METHODS, DEVICES, AND SYSTEMS FOR SECURE TRANSPORT OF MATERIALS | Published | 16109546.2 | 8/10/2016 | Hong Kong | Utility: Foreign | |
| ASSISTED MEDICAL AND ASSOCIATED LIFESTYLE DECISION MAKING | Published | 20138006752 7.X | 6/23/2015 | China | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 20148002754 5.X | 11/12/2015 | China | Utility: Foreign | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Published | 20148002758 4.X | 11/12/2015 | China | Utility: Foreign | |
| Nucleic Acid Amplification | Published | 20148002792 2.X | 11/13/2015 | China | Utility: Foreign | |
| Methods and Systems for Obtaining Clinical Samples | Published | 20148006800 8.X | 6/13/2016 | China | Utility: Foreign | |
| RAPID MEASUREMENT OF FORMED BLOOD COMPONENT SEDIMENTATION RATE FROM SMALL SAMPLE VOLUMES | Published | 15 740716.4 | 8/16/2016 | European Patent Office | Utility: Foreign | |
| HIGH SPEED, COMPACT CENTRIFUGE FOR USE WITH SMALL SAMPLE VOLUMES | Published | 15 740419.5 | 8/16/2016 | European Patent Office | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | 15/242,171 | 8/19/2016 | United States | Utility: Continuation | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 15/244,990 | 8/23/2016 | United States | Utility: Continuation | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | 2016-553840 | 8/24/2016 | Japan | Utility: Foreign | |
| INTEGRATED HEALTH DATA CAPTURE AND ANALYSIS SYSTEM | Published | 15/246,401 | 8/24/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR MULTI-ANALYSIS | Published | 16110168.7 | 8/25/2016 | Hong Kong | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | PCT/US16/49133 | 8/26/2016 | WIPO | Utility: PCT | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | 15/250,530 | 8/29/2016 | United States | Utility: Non-Provisional | |
| POINT-OF-CARE FLUIDIC SYSTEMS AND USES THEREOF | Published | 201618029659 | 8/31/2016 | India | Utility: Divisional | |

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000776

theran⊙s

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 2016-555595 | 9/2/2016 | Japan | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR SAMPLE INTEGRITY VERIFICATION | Published | 15 754417.2 | 9/5/2016 | European Patent Office | Utility: Foreign | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 2016-556284 | 9/8/2016 | Japan | Utility: Foreign | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 15/261,802 | 9/9/2016 | United States | Utility: Non-Provisional | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | PCT/US16/51158 | 9/9/2016 | WIPO | Utility: PCT | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 15/278,333 | 9/28/2016 | United States | Utility: Divisional | |
| METHODS AND DEVICES FOR SAMPLE COLLECTION AND SAMPLE SEPARATION | Published | 15757840.2 | 10/4/2016 | European Patent Office | Utility: Foreign | |
| BODILY FLUID SAMPLE COLLECTION AND TRANSPORT | Published | PCT/US16/56161 | 10/7/2016 | WIPO | Utility: PCT | |
| SYSTEMS, DEVICES, AND METHODS FOR BODILY FLUID SAMPLE COLLECTION | Published | 15761006.4 | 10/11/2016 | European Patent Office | Utility: Foreign | |
| BODILY FLUID SAMPLE COLLECTION AND TRANSPORT | Published | 15/290,248 | 10/11/2016 | United States | Utility: Non-Provisional | |
| FEMTOWATT NON-VACUUM TUBE DETECTOR ASSEMBLY | Published | 15/299,077 | 10/20/2016 | United States | Utility: Continuation | |
| SYSTEMS AND METHODS FOR SAMPLE USE MAXIMIZATION | Published | 201610652305X | 8/10/2016 | China | Utility: Divisional | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 15/340,637 | 11/1/2016 | United States | Utility: Divisional | |
| METHODS, DEVICES, AND SYSTEMS FOR MIXING FLUIDS | Published | 15/342,450 | 11/3/2016 | United States | Utility: Continuation | |
| SYSTEMS and METHODS for DETECTING INFECTIOUS DISEASES | Published | 15/356,972 | 11/21/2016 | United States | Utility: Divisional | |
| RAPID, LOW-SAMPLE-VOLUME CHOLESTEROL AND TRIGLYCERIDE ASSAYS | Published | 15/364,762 | 11/30/2016 | United States | Utility: Continuation | |
| IMAGE ANALYSIS AND MEASUREMENT OF BIOLOGICAL SAMPLES | Published | 10201610783R | 12/22/2016 | Singapore | Utility: Divisional | |

CONFIDENTIAL PER P.O.

FIG00000777

**theran⊝s**

| Title | Status | Application No. | Filing Date | Country | Type | Patent Number |
|---|---|---|---|---|---|---|
| MULTI-PIECE FLUID TRANSFER TIP | Published | 15/388,095 | 12/22/2016 | United States | Utility: Non-Provisional | |
| MULTI-PIECE FLUID TRANSFER TIP | Published | PCT/US16/68237 | 12/22/2016 | WIPO | Utility: PCT | |
| METHODS, DEVICES, AND SYSTEMS FOR SAMPLE ANALYSIS | Published | 15807539 | 1/11/2017 | European Patent Office | Utility: Foreign | |
| SYSTEMS AND METHODS OF FLUIDIC SAMPLE PROCESSING | Published | 15/403,553 | 1/11/2017 | United States | Utility: Continuation | |
| MODULAR POINT-OF-CARE DEVICES, AND USES THEREOF | Published | 17155280.5 | 2/8/2017 | European Patent Office | Utility: Divisional | |
| PATHOGEN AND ANTIMICROBIAL RESISTANCE TESTING | Published | 15837388.6 | 3/30/2017 | European Patent Office | Utility: Foreign | |

Proprietary and Confidential

July 25, 2017

CONFIDENTIAL PER P.O.

FIG00000778

# EXHIBIT 3
# (FILED UNDER SEAL)

# EXHIBIT 4
# (FILED UNDER SEAL)

# EXHIBIT 5


**theranos**

1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

August 26, 2015

To Whom It May Concern:

Pursuant to your request for our specific configurations of the Theranos Capillary Tubes and Nanotainer Tubes used with the LDTs run in the Theranos clinical laboratory, please see the attached.

List of tests using nanotainers,
Sunny gave 10:15 Am
8/26

Ian— has the tests for high comp. lab.

Theranos Internal Only

CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

Theranos Internal Only

**CONFIDENTIAL COMMERCIAL INFORMATION**
**EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT**

**LIST OF LDTs in Theranos High Complexity CLIA Certified Lab as of 8.26.2015**

| Assay Name | Assay Device Type | Container | Analyzer | Anticoagulant |
|---|---|---|---|---|
| alanine amino (alt) (sgpt) | LDT | NT | ADVIA | Heparin |
| albumin, serum | LDT | NT | ADVIA | Heparin |
| alkaline phosphatase | LDT | NT | ADVIA | Heparin |
| automated leukocyte count, BD FORTESSA | LDT | NT | BDFLOW | EDTA |
| automated platelet count | LDT | NT | DREW | EDTA |
| bilirubin, total | LDT | NT | ADVIA | Heparin |
| calcium | LDT | NT | ADVIA | Heparin |
| carbon dioxide, blood | LDT | NT | ADVIA | Heparin |
| chloride, blood | LDT | NT | ADVIA | Heparin |
| cholesterol, bld/serum | LDT | NT | ADVIA | Heparin |
| c-reactive protein | LDT | NT | ADVIA | EDTA |
| creatinine | LDT | NT | ADVIA | Heparin |
| Fasting Glucosem in Serum or Plasma | LDT | NT | ADVIA | Heparin |
| ferritin | LDT | NT | ADVIA | EDTA |
| hematocrit, by centrifugation | LDT | NT | DREW | EDTA |
| hemoglobin | LDT | NT | DREW | EDTA |
| Total Iron | LDT | NT | ADVIA | Heparin |
| Total Iron binding capacity | LDT | NT | ADVIA | Heparin |
| lipase | LDT | NT | ADVIA | Heparin |
| lipoprotein (HDL) | LDT | NT | ADVIA | Heparin |
| transferase (ast) (sgot) | LDT | NT | ADVIA | Heparin |
| lipoprotein, blood (LDL) | LDT | NT | ADVIA | Heparin |
| magnesium | LDT | NT | ADVIA | Heparin |
| triglycerides, Serum or Plasma | LDT | NT | ADVIA | Heparin |
| mean cell volume | LDT | NT | DREW | EDTA |
| urea nitrogen | LDT | NT | ADVIA | Heparin |
| uric acid, blood | LDT | NT | ADVIA | Heparin |
| phosphorus | LDT | NT | ADVIA | Heparin |
| potassium, serum | LDT | NT | ADVIA | Heparin |
| protein total, serum | LDT | NT | ADVIA | Heparin |
| rbc sed rate, automated | LDT | NT | IMAGING | EDTA |
| sodium, serum | LDT | NT | ADVIA | Heparin |
| c-reactive protein, hs | LDT | NT | ADVIA | EDTA |

US-FDA-0015699

# EXHIBIT 6

 OraSure Technologies, Inc.

# OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test Customer Letter

Dear Customer,

Thank you for deciding to use the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test. The sale, distribution, and use of this product is restricted as described in the product insert. By purchasing this device, you are doing so as an agent of a clinical laboratory and agree that you or any of your consignees will abide by the following restrictions on the sale, distribution, and use of the device:

1.  Sale of the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test is restricted to clinical laboratories

    •   that have an adequate quality assurance program, including planned systematic activities to provide adequate confidence that requirements for quality will be met[1-3]; and

    •   where there is assurance that operators will receive and use the instructional materials.

2.  The OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test is approved for use only by an agent of a clinical laboratory.

3.  Test subjects must receive the "Subject Information" pamphlet and pre-test counseling prior to specimen collection, and appropriate counseling when test results are provided.

4.  The OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test is not approved for use to screen blood or tissue donors.

The package insert for the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test contains warnings and precautions, restrictions on the sale, distribution, and use of the device, and information about how the device works, how to use the device, interpretation of results, and limitations of the procedure. The "Subject Information" pamphlet provides subjects with information about the limitations of the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test and the meaning of a preliminary positive or negative test result with the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test, as well as general information about HIV and AIDS. You should review all of these materials yourself.

If you have any questions, please call us toll-free at 1-800-ORASURE (1-800-672-7873) or 1-800-869-3538 and ask for customer service.

Sincerely,

OraSure Technologies' Customer Service

References
1.  CLSI Document GP2-A4, Clinical Laboratory Technical Procedure Manuals
2.  CLSI Document GP27-A, Using Proficiency Testing (PT) to Improve the Clinical Laboratory
3.  CLSI Document AST2-A, Point-of-Care In Vitro (IVD) Testing

Confidential                                                                                     THPFM0001649231



Read this package insert completely before using the product. Follow the instructions carefully when performing testing. Not doing so may result in inaccurate test results. Before performing testing, all operators MUST read and become familiar with Universal Precautions for Prevention of Transmission of Human Immunodeficiency Virus, Hepatitis B Virus, and other Blood-borne Pathogens in Health-Care Settings.[5,9]

## COMPLEXITY: WAIVED
for Oral Fluid, Fingerstick Whole Blood and Venipuncture Whole Blood. Any modification by the laboratory to the test system or FDA approved test system instructions will result in the test no longer meeting the requirements for waived category.

## COMPLEXITY: MODERATE
for Plasma.

## NAME AND INTENDED USE
The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is a single-use, qualitative immunoassay to detect antibodies to Human Immunodeficiency Virus Type 1 (HIV-1) and Type 2 (HIV-2) in oral fluid, fingerstick whole blood, venipuncture whole blood and plasma specimens. The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is intended for use as a point-of-care test to aid in the diagnosis of infection with HIV-1 and HIV-2. This test is suitable for use in multi-test algorithms designed for statistical validation of rapid HIV test results. When multiple rapid HIV tests are available, this test should be used in appropriate multi-test algorithms.

## RESTRICTIONS
- Sale of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is restricted to clinical laboratories
  - that have an adequate quality assurance program, including planned systematic activities to provide adequate confidence that requirements for quality will be met; and
  - where there is assurance that operators will receive and use the instructional materials.
- The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is approved for use only by an agent of a clinical laboratory.
- Test subjects must receive the "Subject Information" pamphlet prior to specimen collection and appropriate information when test results are provided.
- The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is not approved for use to screen blood or tissue donors.

## SUMMARY AND EXPLANATION OF THE TEST
Acquired Immune Deficiency Syndrome (AIDS), AIDS related complex (ARC) and pre-AIDS are thought to be caused by the Human Immunodeficiency Virus (HIV). The first AIDS-related virus, HIV-1 (also known as HTLV-III, LAV-1 and ARV) has been isolated from patients with AIDS and from healthy persons at high risk for AIDS.[1,2] Genetic analysis of HIV-1 isolates has documented the existence of subtypes. To date, eight HIV-1 subtypes (A through H), designated as Group M, have been identified world-wide in addition to the highly divergent HIV-1 isolates from AIDS patients in Cameroon, designated as Group O.[3] A closely related but distinct second type of pathogenic human immunodeficiency retrovirus, designated HIV-2 (formerly LAV-2), has been isolated from West African patients with AIDS. HIV-2 has been shown to share a number of conserved sequences with HIV-1, but serological cross-reactivity between HIV-1 and HIV-2 has been shown to be highly variable from sample to sample.

HIV is known to be transmitted by sexual contact, by exposure to blood (including sharing contaminated needles and syringes) or by contaminated blood products, or it may be transmitted from an infected mother to her fetus during the prenatal period. Individuals infected with HIV produce antibodies against the HIV viral proteins. Testing for the presence of antibodies to HIV in bodily fluids (e.g., blood, oral fluid, and urine) is an accurate aid in the diagnosis of HIV infection. However, the implications of seropositivity must be considered in a clinical context. For example, in neonates, the presence of antibodies to HIV is indicative of exposure to HIV, but not necessarily of HIV infection, due to the acquisition of maternal antibodies that may persist for up to eighteen months. Conversely, absence of antibody to HIV cannot be taken as absolute proof that an individual is free of HIV infection or incapable of transmitting the virus. An antibody response to a recent exposure may take several months to reach detectable levels. HIV has been isolated from asymptomatic, seronegative individuals presumably before seroconversion following exposure.

The standard laboratory HIV testing algorithm used in the United States consists of screening with an enzyme immunoassay (EIA) and confirmation of repeatedly reactive EIAs using a Western blot test. Results are typically reported within 48 hours to 2 weeks, making these standard screening and supplemental tests inadequate to meet the need for rapid HIV diagnosis. The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is a point-of-care test to aid in the diagnosis of infection with HIV-1 and HIV-2.

Using a rapid HIV test increases the number of HIV-infected persons who may be diagnosed. The Centers for Disease Control and Prevention (CDC) estimates that nearly one third of the estimated 900,000 HIV-infected persons in the United States do not know their HIV status. As a result, they cannot benefit from early intervention with effective antiviral therapy. Rapid HIV testing addresses this

1

THPFM0001649232

issue by providing results during the initial visit and enabling immediate counseling. Additionally, for pregnant women who do not know their HIV status at the time of delivery, rapid HIV testing permits therapy to be initiated for these mothers during labor, and to their infants post partum, substantially reducing the chance that the infants will become infected with HIV. Likewise, rapid HIV testing is instrumental in the decision to initiate treatment for health care workers after accidental exposures to body fluids from infected individuals. In the U.S., it is estimated that 600,000 to 1,000,000 "needlestick injuries" occur each year. Critical decisions about treatment depend on the availability of accurate, rapid HIV test results.

## BIOLOGICAL PRINCIPLES OF THE TEST

The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is a manually performed, visually read, 20 minute immunoassay for the qualitative detection of antibodies to HIV-1 and HIV-2 in human oral fluid, whole blood obtained from a finger puncture or a venipuncture, and plasma. The OraQuick *ADVANCE* ® rapid test is comprised of a single-use test device and a single-use vial containing a pre-measured amount of a buffered developer solution. Each component is sealed in separate compartments of a single pouch to form the test. The OraQuick *ADVANCE* ® rapid test utilizes a proprietary lateral flow immunoassay procedure. The device plastic housing holds an assay test strip comprised of several materials that provide the matrix for the immunochromatography of the specimen and the platform for indication of the test results.

The assay test strip, which can be viewed through the test device result window, contains synthetic peptides representing the HIV envelope region and a goat anti-human IgG procedural control immobilized onto a nitrocellulose membrane in the Test (T) zone and the Control (C) zone, respectively.

An oral fluid specimen is collected using the flat pad on the test device, followed by the insertion of the test device into the vial of developer solution. A fingerstick whole blood, venipuncture whole blood or plasma specimen is collected and transferred into the vial of developer solution, followed by the insertion of the test device. The developer solution facilitates the flow of the specimen into the device and onto the test strip. As the diluted specimen flows through the device, it rehydrates the protein-A gold colorimetric reagent contained in the device. As the specimen continues to migrate up the strip, it encounters the T zone. If the specimen contains antibodies that react with the antigens immobilized on the nitrocellulose membrane, a reddish-purple line will appear, qualitatively indicating the presence of antibodies to HIV-1 and/or HIV-2 in the specimen. The intensity of the line color is not directly proportional to the amount of antibody present in the specimen.

Further up the assay strip, the sample will encounter the C zone. This built-in procedural control serves to demonstrate that a specimen was added to the vial and that the fluid has migrated adequately through the test device. A reddish-purple line will appear in the C zone during the performance of all valid tests, whether or not the sample is positive or negative for antibodies to HIV-1 and/or HIV-2 (refer to the *Test Result and Interpretation of Test Result* section below).

The test results are interpreted after 20 minutes but not more than 40 minutes after the introduction of the test device into the developer solution containing the test specimen. No precision pipeting, predilutions, or specialized instrumentation are required to perform the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test.

## MATERIALS PROVIDED
**OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test Kits are available in the following packaging configurations:**

| Kit Size | 100 Count | 25 Count |
|---|---|---|
| Divided Pouches, each containing: Test Device (1) Absorbent Packet (1) Developer Solution Vial (1) (each vial contains 1 mL of a phosphate buffered saline solution containing polymers and an antimicrobial agent) | 100 | 25 |
| Reusable Test Stands | 10 | 5 |
| Specimen Collection Loops | 100 | 25 |
| Subject Information Pamphlets | 100 | 25 |
| Package Insert | 1 | 1 |
| Customer Letter | 1 | 1 |



## MATERIALS REQUIRED AND AVAILABLE AS AN ACCESSORY TO THE KIT
OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test Kit Controls
Package contains HIV-1 Positive Control (1 vial, black cap, 0.2 mL), HIV-2 Positive Control (1 vial, red cap, 0.2 mL) and Negative Control (1 vial, white cap, 0.2 mL), and a Package Insert

2

THPFM0001649233

## MATERIALS REQUIRED BUT NOT PROVIDED

Timer or watch capable of timing 20 to 40 minutes
Clean, disposable, absorbent workspace cover
Biohazard waste container
**Additional items required for fingerstick and venipuncture whole blood collection, and plasma specimens:**
Antiseptic wipe
Sterile lancet to obtain a fingerstick whole blood specimen, or materials required to obtain a venipuncture whole blood specimen
Sterile gauze pads
Latex, vinyl or nitrile disposable gloves (optional for oral fluid testing)
Centrifuge to process a plasma specimen

## WARNINGS

**For *in vitro* Diagnostic Use**
1. **Read the package insert completely before using the product. Follow the instructions carefully. Not doing so may result in inaccurate test results.**
2. **Before performing testing, all operators MUST read and become familiar with Universal Precautions for Prevention of Transmission of Human Immunodeficiency Virus, Hepatitis B Virus, and other Blood-borne Pathogens in Health-Care Settings.[5,9]**
3. **FDA has approved this kit for use with oral fluid, fingerstick whole blood, venipuncture whole blood, and plasma specimens only. Use of this test kit with specimen types other than those specifically approved for use with this device may result in inaccurate test results.**
4. **This test should be performed at temperatures in the range of (15°- 37°C, 59°- 99°F). If stored refrigerated, ensure that the Divided Pouch is brought to operating temperature (15°- 37°C, 59°- 99°F) before performing testing.**
5. **If the test kit is stored at temperatures outside of ambient temperature (2°- 27°C, 35°- 80°F), or used outside of the operating temperature (15°- 37°C, 59°- 99°F), use the Kit Controls to ensure performance of the test.**
6. **Individuals infected with HIV-1 and/or HIV-2 who are receiving highly active antiretroviral therapy (HAART) may produce false negative results.**

## PRECAUTIONS

**Safety Precautions**
1. Handle blood specimens and materials contacting blood specimens as if capable of transmitting infectious agents.
2. Do not drink, eat, or smoke in areas where specimens are being handled or testing is being performed.
3. Wear disposable gloves while handling blood specimens and performing testing of blood specimens. Change gloves and wash hands thoroughly after performing each test. Dispose of used gloves in a biohazard waste container.
4. Oral fluid is not considered potentially infectious unless it contains blood.[8] Use of gloves for oral fluid testing is optional. Test administrators with breaks in the skin (cuts, abrasions, or dermatitis) should wear gloves when performing oral fluid testing. Wash hands thoroughly after performing each oral fluid test and after contact with oral fluid.
5. Dispose of all test specimens and materials used in the test procedure in a biohazard waste container. Lancets and venipuncture materials should be placed in a puncture-resistant container prior to disposal. The recommended method of disposal of biohazard waste is autoclaving for a minimum of 1 hour at 121°C. Disposable materials may be incinerated. Liquid wastes may be mixed with appropriate chemical disinfectants. A freshly prepared solution of 10% bleach (0.5% solution of sodium hypochlorite) is recommended. Allow 60 minutes for effective decontamination. **NOTE: Do not autoclave solutions that contain bleach.**
6. Wipe all spills thoroughly with a solution of 10% bleach or other appropriate disinfectant[4]. Bleach solutions should be made fresh each day.
7. For additional information on biosafety, refer to "Universal Precautions for Prevention of Transmission of Human Immunodeficiency Virus, Hepatitis B Virus, and other Blood-borne Pathogens in Health-Care Settings"[5,9] and "Updated U.S. Public Health Service Guidelines for the Management of Occupational Exposures to HBV, HCV, and HIV and Recommendations for Postexposure Prophylaxis".[9]

**Handling Precautions**
1. Use all Specimen Collection Loops, Test Devices, and Developer Solution Vials only once and dispose of properly (see Safety Precautions). **Do not reuse any of these test components.**
2. Do not use the test beyond the expiration date printed on the Divided Pouch. Always check expiration date prior to testing.
3. Do not interchange Test Devices and Developer Solution Vials from kits with different lot numbers.
4. Avoid microbial contamination and exercise care in handling the kit components.
5. To ensure accurate results, the Test Device must be inserted into the Developer Solution Vial within 60 minutes after introducing the fingerstick whole blood, venipuncture whole blood or plasma sample.
6. When collecting oral fluid specimens the Test Device must be inserted into the Developer Solution Vial within 30 minutes of collection. A Test Device containing an oral fluid specimen that is not inserted into the Developer Solution Vial within 10 minutes of collection should be either stored on a flat surface or returned to the Divided Pouch after the desiccant has been removed from the Divided Pouch. For a 10-30 minute delay in insertion, return the Test Device containing the oral fluid specimen to the Divided Pouch after the desiccant has been removed from the Divided Pouch. Ensure that the Divided Pouch containing the Test Device is kept in a horizontal position until the Test Device is inserted into the Developer Solution Vial.
7. Adequate lighting is required to read a test result.

3

THPFM0001649234

## STORAGE INSTRUCTIONS

Store unused OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Tests unopened at 2°-27°C (35°-80°F). Do not open the Divided Pouch until you are ready to perform a test. If stored refrigerated, ensure that the Divided Pouch is brought to operating temperature (15°- 37°C, 59°- 99°F) before opening.

## DIRECTIONS FOR USE

### SET UP YOUR WORKSPACE

- Gather the materials you will need.
- Allow the test kit to come to operating temperature (15°- 37°C; 59°- 99°F) before use.
- Refer to the *External Quality Control* section in this package insert to determine when the Kit Controls should be run.
- Cover your workspace with a clean, disposable, absorbent workspace cover.
- Set an OraQuick *ADVANCE* ® Reusable Test Stand ("Stand") up on your workspace cover. Use only the stand provided.
- Put on your disposable gloves as required in accordance with the *Safety Precautions* section in this package insert.

**Prior to testing provide the "Subject Information" pamphlet to the person being tested.**



### GENERAL TEST PREPARATION

1. Open the two chambers of the OraQuick *ADVANCE* ® Divided Pouch ("Pouch") by tearing at the notches on the top of each side of the Pouch (*see picture a and b* ). To prevent contamination, leave the Test Device ("Device") in the Pouch until you are ready to use it.

**Two Chambers**




2. Remove the Developer Solution Vial ("Vial") from the Pouch. Hold the Vial firmly in your hand. Carefully remove the cap from the Vial by gently rocking the cap back and forth while pulling it off. Set the cap on your workspace cover.

3. Slide the Vial into the top of one of the slots in the Stand. **DO NOT** force the vial into the Stand from the front of the slot as splashing may occur. Make sure the Vial is pushed all the way to the bottom of the slot in the stand (*see picture c* ).

**NOTE: DO NOT cover the two holes in the back of the Device with labels or other materials. Doing so may cause an Invalid result.**




## SPECIMEN COLLECTION AND TESTING PROCEDURE

The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test can be used for testing oral fluid, fingerstick whole blood, venipuncture whole blood, and plasma specimens. Refer to the specific testing procedure below.

### ORAL FLUID PROCEDURE
### STEP 1: COLLECT

1. Ensure prior to testing that the subject has not had anything to eat, drink or has chewed gum for at least 15 minutes. Have the subject wait for at least 30 minutes prior to testing if they have used any oral care products.

2. Have the person being tested remove the Device from its Pouch. **DO NOT** allow the person to touch the Flat Pad (*see picture 1A* ). Check to make sure that an Absorbent Packet is included with the Device (*see picture 2A* ). If no Absorbent Packet is present, discard the Device and obtain a new Pouch for testing.

3. Direct the person to place the Flat Pad above the teeth against the outer gum. Direct the person to gently swab completely around the outer gums, both upper and lower, one time around, using the Flat Pad (*see pictures 3A and 4A* ). **DO NOT** allow the person to swab the roof of the mouth, the inside of the cheek or the tongue. **NOTE:** Both sides of the Flat Pad may be used during this procedure.


Flat Pad


Absorbent Packet





4

### STEP 2: TEST

1. Insert the Flat Pad of the Device all the way into the Vial (*see picture 5A*). Make sure that the Flat Pad touches the bottom of the Vial. The Result Window on the Device should be facing towards you (*see picture 6A*).
2. Start timing the test (*see picture 7A*). **DO NOT** remove the Device from the Vial while the test is running. Pink fluid will appear and travel up the Result Window. The pink fluid will gradually disappear as the test develops (*see picture 8A*). Read the results after 20 minutes but not more than 40 minutes in a fully lighted area.
3. Refer to the *Test Result and Interpretation of Test Result* section in this package insert.






## FINGERSTICK WHOLE BLOOD AND VENIPUNCTURE WHOLE BLOOD PROCEDURE

### STEP 1: COLLECT

Whole blood specimens may be collected either by fingerstick (*see Step 1.A*) or by venipuncture (*see Step 1.B*).

### STEP 1.A: FINGERSTICK WHOLE BLOOD

1. Using an antiseptic wipe, clean the finger of the person being tested. After cleansing the skin puncture site, allow the area to air dry, so the antiseptic action of the alcohol can take effect. Using a sterile lancet, puncture the skin just off the center of the finger pad. Hold the finger downward. Apply gentle pressure beside the point of the puncture. Avoid squeezing the finger to make it bleed (*see picture 1B*). Wipe away this first drop of blood with a sterile gauze pad. Allow a new drop of blood to form.
2. Pick up an unused Specimen Collection Loop ("Loop") by the thick "handle" end (*see picture 2B*). Put the "rounded" end of the Loop on the drop of blood (*see picture 3B*). Make sure that the Loop is completely filled with blood (*see picture 4B*). NOTE: If the Loop is dropped or comes in contact with any other surface, discard it in a biohazard waste container. Get a new Loop for the collection of the blood sample.






### STEP 1.B: VENIPUNCTURE WHOLE BLOOD

1. Using standard venous phlebotomy procedures, collect a whole blood sample using a tube containing any of the following anticoagulants: EDTA (lavender top), sodium heparin (green top), or sodium citrate (light blue top). **Other anticoagulants have not been tested and may give an incorrect result.** If the specimens are not tested at the time of collection, the whole blood may be stored at 2°-30°C (35°-86°F) for up to 5 days. Prior to testing, mix the blood tube gently by inversion several times to ensure a homogeneous sample.
2. Pick up an unused Specimen Collection Loop ("Loop") by the thick "handle" end (*see picture 5B*). Put the "rounded" end of the Loop into the tube of blood (*see picture 6B*). Make sure that the Loop is completely filled with blood (*see picture 7B*). NOTE: If the Loop is dropped or comes in contact with any other surface, discard it in a biohazard waste container. Get a new Loop for the collection of the blood sample.




### STEP 2: MIX

1. Immediately insert the blood-filled end of the Loop all the way into the Vial (*see picture 8B*). Use the Loop to stir the blood sample in the Developer Solution ("Solution") (*see picture 9B*). Remove the used Loop from the Solution. Throw the used Loop away in a biohazard waste container.




5

THPFM0001649236

2. Check the Solution to make sure that it appears pink. This means that the blood was correctly mixed into the Solution (*see picture 10B*). If the Solution is not pink, discard all test materials in a biohazard waste container. Start the test over. Use a new Pouch and a new blood sample.



### STEP 3: TEST

1. Remove the Device from the Pouch. **DO NOT** touch the Flat Pad (*see picture 11B*). Check to make sure that an Absorbent Packet is included with the Device (*see picture 12B*). If no Absorbent Packet is present, discard the Device and obtain a new Pouch for testing.
2. Insert the Flat Pad of the Device all the way into the Vial containing the blood sample (*see picture 13B*). Make sure that the Flat Pad touches the bottom of the Vial. The Result Window on the Device should be facing towards you (*see picture 14B*).
3. Start timing the test (*see picture 15B*). **DO NOT** remove the Device from the Vial while the test is running. Pink fluid will appear and travel up the Result Window. The pink fluid will gradually disappear as the test develops (*see picture 16B*). Read the results after 20 minutes but not more than 40 minutes in a fully lighted area.
4. Refer to the *Test Result and Interpretation of Test Result* section in this package insert.







### PLASMA PROCEDURE

> **NOTE:** Testing of plasma samples may only be performed by laboratories certified to perform Moderate Complexity tests.

### STEP 1: COLLECT

1. Using standard venous phlebotomy procedures, collect a whole blood sample using a tube containing EDTA (lavender top) anticoagulant. **Other anticoagulants have not been tested and may give an incorrect result.** If the specimens are not tested at the time of collection, the specimen may be stored as whole blood for up to 5 days at 2°-30°C (35°-86°F) or as plasma for up to 7 days at 2°-8°C (35°-46°F).
2. Centrifuge the tube of blood [1000-1300 x *g*, for approximately 5 minutes, no refrigeration required] to separate the cells from the plasma. Carefully uncap the tube by gently rocking the stopper towards you so that it vents away from you.
3. Pick up an unused Specimen Collection Loop ("Loop") by the thick "handle" end (*see picture 1C*). Put the "rounded" end of the Loop into the tube of plasma (*see picture 2C*). Make sure that the Loop is completely filled with plasma (*see picture 3C*) NOTE: If the Loop is dropped or comes in contact with any other surface, discard it in a biohazard waste container. Get a new Loop for the collection of the plasma sample.





### STEP 2: MIX

1. Immediately insert the plasma-filled end of the Loop all the way into the Vial (*see picture 4C*). Use the Loop to stir the plasma sample in the Developer Solution ("Solution") (*see picture 5C*). Remove the used Loop from the Solution. Throw the used Loop away in a biohazard waste container.




6

THPFM0001649237

### STEP 3: TEST

1. Remove the Device from the Pouch. **DO NOT** touch the Flat Pad (*see picture 6C*). Check to make sure that an Absorbent Packet is included with the Device (*see picture 7C*). If no Absorbent Packet is present, discard the Device and obtain a new Pouch for testing.
2. Insert the Flat Pad of the Device all the way into the Vial containing the blood sample (*see picture 8C*). Make sure that the Flat Pad touches the bottom of the Vial. The Result Window on the Device should be facing towards you (*see picture 9C*).
3. Start timing the test (*see picture 10C*). **DO NOT** remove the Device from the Vial while the test is running. Pink fluid will appear and travel up the Result Window. The pink fluid will gradually disappear as the test develops (*see picture 11C*). Read the results after 20 minutes but not more than 40 minutes in a fully lighted area.
4. Refer to the *Test Result and Interpretation of Test Result* section in this package insert.






## GENERAL TEST CLEAN-UP

1. Dispose of the used test materials in a biohazard waste container.
2. When using gloves, change your gloves between each test to prevent contamination. Throw away the used gloves in a biohazard waste container.
3. Use a freshly prepared 10% solution of bleach to clean up any spills.




## QUALITY CONTROL

### Built-in Control Features

The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test has a built-in procedural control that demonstrates assay validity. A reddish-purple line in the Control ("C") area of the Result Window indicates that a specimen was added and that the fluid migrated appropriately through the Test Device. The Control line will appear on all valid tests, whether or not the sample is reactive or non-reactive. (Refer to *Test Result and Interpretation of Test Result* section below.)

### External Quality Control

OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test Kit Controls are available separately for use only with the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test. The Kit Controls are specifically formulated and manufactured to ensure performance of the Test, and are used to verify your ability to properly perform the test and interpret the results. The HIV-1 and HIV-2 Positive Controls will produce a reactive test result and have been manufactured to produce a very faint test ("T") line. The Negative Control will produce a non-reactive test result. (Refer to *Test Result and Interpretation of Test Result* section below.) Use of kit control reagents manufactured by any other source may not produce the required results, and therefore, will not meet the requirements for an adequate quality assurance program for the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test.

**Run the Kit Controls under the following circumstances:**
- **Each new operator prior to performing testing on patient specimens,**
- **When opening a new test kit lot,**
- **Whenever a new shipment of test kits is received,**
- **If the temperature of the test kit storage area falls outside of 2°- 27°C (35°- 80°F),**
- **If the temperature of the testing area falls outside of 15°- 37°C (59°- 99°F), and**
- **At periodic intervals as dictated by the user facility.**

Refer to the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test Kit Controls package insert for instructions on the use of these reagents. It is the responsibility of each laboratory using the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test to establish an adequate quality assurance program to ensure the performance of the device under its specific locations and conditions of use. Contact OraSure Technologies' Customer Service if the Kit Control reagents do not produce the expected results.

### TEST RESULT AND INTERPRETATION OF TEST RESULT
**Refer to the Result Window on the Test Device.**

#### NON-REACTIVE
The diagram at the right shows an example of a **Non-Reactive** test result.
A test is Non-Reactive if:
    a reddish-purple line appears next to the triangle labeled "C", **and NO** line appears next to the triangle labeled "T".



A **Non-Reactive** test result means that HIV-1 and HIV-2 antibodies <u>were not detected</u> in the specimen. The test result is interpreted as <u>**NEGATIVE for HIV-1 and HIV-2 antibodies**</u>. Follow CDC guidelines to inform the test subject of the test result and its interpretation.[6][7]

7

## REACTIVE

The diagrams at the right show examples of a **Reactive** test result.

A test is **Reactive** if:

a reddish-purple line appears next to the triangle labeled "C" **and** a reddish-purple line appears next to the triangle labeled "T". One of these lines may be darker than the other.



**NOTE:** The test is **Reactive** if **any** reddish-purple line appears next to the "T" triangle **and** next to the "C" triangle, no matter how faint these lines are.



A **Reactive** test result means that HIV-1 and/or HIV-2 antibodies have been detected in the specimen. The test result is interpreted as **PRELIMINARY POSITIVE for HIV-1 and/or HIV-2 antibodies.** Follow CDC guidelines to inform the test subject of the test result and its interpretation.[6,7]

## INVALID

The diagrams at the right show examples of an **Invalid** test result.




A test is **Invalid** if any of the following occurs:

- **NO** reddish-purple line appears next to the triangle labeled "C" (see picture a and b ), or
- a red background in the Result Window makes it difficult to read the result after 20 minutes (see picture c ), or
- if any of the lines are NOT inside the "C" or "T" triangle areas (see picture d1 and d2 )





An **Invalid** test result means that there was a problem running the test, either related to the specimen or to the Test Device. An **Invalid** result cannot be interpreted. **Repeat the test with a new Divided Pouch and a new oral fluid, fingerstick or venipuncture whole blood, or plasma sample. Contact OraSure Technologies' Customer Service if you are unable to get a valid test result upon repeat testing.**

## LIMITATIONS OF THE TEST

1.  The OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test must be used in accordance with the instructions in this package insert to obtain an accurate result.
2.  Reading test results earlier than 20 minutes or later than 40 minutes may yield erroneous results.
3.  This test is approved by FDA for use with oral fluid, fingerstick whole blood, venipuncture whole blood, and plasma specimens only. Use of other types of specimens, testing of venipuncture whole blood specimens collected using a tube containing an anticoagulant other than EDTA, sodium heparin, or sodium citrate, or testing of plasma specimens collected using a tube containing an anticoagulant other than EDTA may not yield accurate results.
4.  Individuals infected with HIV-1 or HIV-2 who are receiving highly active antiretroviral therapy (HAART) may produce false negative results.
5.  Clinical data has not been collected to demonstrate the performance of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test in persons under 12 years of age.
6.  A reactive result using the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test suggests the presence of HIV-1 and/or HIV-2 antibodies in the specimen. OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test is intended as an aid in the diagnosis of infection with HIV-1 and/or HIV-2. AIDS and AIDS-related conditions are clinical syndromes and their diagnosis can only be established clinically.
7.  For a reactive result, the intensity of the test line does not necessarily correlate with the titer of antibody in the specimen.
8.  A non-reactive result does not preclude the possibility of exposure to HIV or infection with HIV. An antibody response to recent exposure may take several months to reach detectable levels.
9.  A person who has antibodies to HIV-1 or HIV-2 is presumed to be infected with the virus, except that a person who has participated in an HIV vaccine study may develop antibodies to the vaccine and may or may not be infected with HIV. Clinical correlation is indicated with appropriate counseling, medical evaluation and possibly additional testing to decide whether a diagnosis of HIV infection is accurate.

8

THPFM0001649239

## PERFORMANCE CHARACTERISTICS

### SENSITIVITY
### DETECTION OF ANTIBODIES TO HIV-1 IN SPECIMENS FROM INDIVIDUALS INFECTED WITH HIV-1

#### ORAL FLUID

A sensitivity study was performed at eight clinical trial sites using freshly obtained oral fluid specimens collected from 767 individuals reported to be infected with HIV-1. Of the 767 specimens that were identified as seropositive using licensed confirmatory testing, 762 gave a reactive result on the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test. The results of this study are shown in Table 1.

A separate study was performed at four clinical trial sites using freshly obtained oral fluid specimens collected from 3150 previously unscreened individuals from populations at high risk for HIV-1 infection. The results of this study are also shown in Table 1. Of the 73 specimens that were identified as seropositive using licensed confirmatory testing, 72 were reactive using the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test.

**TABLE 1**
**Detection of Antibody to HIV-1 in Oral Fluid Specimens from HIV-1 Seropositive Individuals**

| Test Group | Total Samples | OraQuick *ADVANCE*® Reactive | Licensed EIA Repeatedly Reactive | True Positive[1] |
|---|---|---|---|---|
| Known HIV-1 Positive | 767 | 762 | 764 | 767 |
| High-Risk | 3150 | 72[2] | 74[3] | 73 |
| TOTAL | 3917 | 834 | 838 | 840 |

[1] Confirmation performed by licensed HIV-1 Western blot, with confirmation of indeterminate Western blot results by licensed immunofluorescence assay (IFA).
[2] Eight additional specimens were OraQuick *ADVANCE*® false positive (see Table 7).
[3] One specimen was EIA false positive, with a negative Western blot.

Combining the number of OraQuick *ADVANCE*® reactive results obtained from the study of confirmed positives with the number of OraQuick *ADVANCE*® reactive results obtained from the study of high-risk populations, the sensitivity of the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test in these studies was calculated to be 834/840 = 99.3% (95% C.I. = 98.4% - 99.7%).

#### PLASMA

A sensitivity study was performed at eleven clinical trial sites using EDTA-plasma specimens collected from 891 individuals reported to be infected with HIV-1. Of the 891 specimens that were identified as seropositive using licensed confirmatory testing, 887 gave a reactive result on the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test. The results of this study are shown in Table 2.

A separate study was performed at six clinical trial sites using EDTA-plasma specimens collected from 533 previously unscreened individuals from populations at high risk for HIV-1 infection. The results of this study are also shown in Table 2. All of the 14 specimens that were identified as seropositive using licensed confirmatory testing, were reactive using the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test.

**TABLE 2**
**Detection of Antibody to HIV-1 in Plasma Specimens from HIV-1 Seropositive Individuals**

| Test Group | Total Samples | OraQuick *ADVANCE*® Reactive | Licensed EIA Repeatedly Reactive | True Positive[1] |
|---|---|---|---|---|
| Known HIV-1 Positive | 891 | 887 | 891 | 891 |
| High-Risk | 533 | 14[2] | 14 | 14 |
| TOTAL | 1424 | 901 | 905 | 905 |

[1] Confirmation performed by licensed HIV-1 Western blot, confirmation of indeterminate Western blot results by radioimmunoprecipitation assay (RIPA) or licensed IFA.
[2] One additional specimen was OraQuick *ADVANCE*® false positive (see Table 8).

Combining the number of OraQuick *ADVANCE*® reactive results obtained from the study of confirmed positives with the number of OraQuick *ADVANCE*® reactive results obtained from the study of high-risk populations, the sensitivity of the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test in these studies was calculated to be 901/905 = 99.6% (95% C.I. = 98.9% - 99.8%).

9

THPFM0001649240

**FINGERSTICK WHOLE BLOOD**

A sensitivity study was performed at eight clinical trial sites using freshly obtained fingerstick whole blood samples from 481 individuals known to be infected with HIV-1 and 40 AIDS patients. Of the 521 specimens that were repeatedly reactive using a licensed EIA and positive by Western blot, 519 gave a reactive result on the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test. The results of this study are shown in Table 3.

A separate study was performed at seven clinical trial sites using 625 freshly obtained fingerstick whole blood samples from previously unscreened individuals from populations at high risk for HIV-1 infection. The results of this study are also shown in Table 3. Of the 625 specimens tested, 20 were repeatedly reactive using a licensed EIA, of which 17 were positive by Western blot. These same 17 specimens gave a reactive result using the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test.

**TABLE 3**
**Detection of Antibody to HIV-1 in Fingerstick Whole Blood Samples from Patients with AIDS and from HIV-1 Seropositive Individuals**

| Test Group | Total Samples | OraQuick *ADVANCE* ® Reactive | Licensed EIA Repeatedly Reactive | True Positive[1] |
|---|---|---|---|---|
| AIDS | 40 | 40 | 40 | 40 |
| Known HIV-1 Positive | 481 | 479 | 481 | 481 |
| High-Risk | 625 | 17 | 20[2] | 17 |
| TOTAL | 1146 | 536 | 541 | 538 |

[1] Confirmation performed by licensed HIV-1 Western blot, with confirmation of indeterminate Western blot results by RIPA.

[2] Two specimens were negative and one was indeterminate on Western blot with a negative RIPA.

Combining the number of OraQuick *ADVANCE* ® reactive results obtained from the study of confirmed positives with the number of OraQuick *ADVANCE* ® reactive results obtained from the study of high-risk populations, the sensitivity of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test in these studies was calculated to be 536/538 = 99.6% (95% C.I. = 98.5% - 99.9%).

**Reactivity with HIV-1 Specimens From Various Geographic Regions**

To assess the sensitivity of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test for HIV-1 variants from various geographic regions, 215 confirmed HIV-1 antibody-positive serum/plasma specimens were obtained from various parts of the world. Of these 215 specimens, 214 were reactive using the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test. One confirmed HIV-1 antibody-positive specimen from China was non-reactive using the OraQuick *ADVANCE* ® test. An additional 13 specimens representing HIV-1 Subtypes A, B, C, D, F, and G, and Group O were tested and reactive on OraQuick *ADVANCE* ®.

**Reactivity with HIV-1 Seroconversion Panels**

Eleven HIV-1 seroconversions panels were tested in comparison with licensed anti-HIV EIA tests. Each panel consisted of sequential serum/plasma specimens obtained from a single individual during seroconversion. The eleven seroconversion panels consisted of 69 specimens. The results of this study are shown in Table 4. In this study, the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test was demonstrated to be capable of detecting seroconversion similar to currently available FDA licensed EIAs.

10

THPFM0001649241

**TABLE 4**
**Comparison of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test and Licensed Anti-HIV EIA Tests Using Seroconversion Panels**

| Specimen Information | | | Licensed Anti-HIV EIA Tests | | | | |
|---|---|---|---|---|---|---|---|
| Panel | Relative Day of Bleed | OraQuick *ADVANCE*® Test | EIA #1 | EIA #2 | EIA #3 | EIA #4 | EIA #5 |
| K | 1 | NR | NR | NR | NR | NR | NR |
| | 7 | NR | NR | NR | NR | NR | NR |
| | 9 | NR | NR | NR | NR | NR | NR |
| | 14 | R | NR | RR | NR | NR | NR |
| | 16 | R | NR | RR | NR | NR | NR |
| | 21 | R | NR | RR | NR | RR | RR |
| | 23 | R | RR | RR | RR | RR | RR |
| | 30 | R | RR | RR | RR | RR | RR |
| | 34 | R | RR | RR | RR | RR | RR |
| | 37 | R | RR | RR | RR | RR | RR |
| N | 1 | R | RR | RR | NR | NR | NR |
| | 5 | R | RR | RR | NR | RR | NR |
| | 8 | R | RR | RR | NR | RR | NR |
| | 26 | R | RR | RR | RR | RR | RR |
| | 32 | R | RR | RR | RR | RR | RR |
| Q | 1 | NR | NR | NR | NR | NR | NR |
| | 54 | NR | NR | NR | NR | NR | NR |
| | 58 | NR | NR | NR | NR | NR | NR |
| | 61 | NR | NR | RR | NR | NR | NR |
| | 66 | R | NR | RR | NR | NR | NR |
| | 68 | R | RR | RR | NR | NR | NR |
| | 73 | R | RR | RR | RR | RR | RR |
| R (M) | 3 | NR | NR | RR | NR | NR | NR |
| | 8 | NR | NR | RR | NR | NR | NR |
| | 14 | R | RR | RR | RR | RR | RR |
| | 16 | R | RR | RR | RR | RR | RR |
| | 22 | R | RR | RR | RR | RR | RR |
| S | 1 | NR | NR | NR | NR | NR | NR |
| | 10 | R | RR | RR | NR | NR | NR |
| | 12 | R | RR | RR | NR | RR | NR |
| W | 1 | NR | NR | NR | NR | NR | NR |
| | 8 | NR | NR | NR | NR | NR | NR |
| | 13 | NR | NR | NR | NR | NR | NR |
| | 15 | NR | NR | NR | NR | NR | NR |
| | 29 | NR | NR | NR | NR | NR | NR |
| | 31 | NR | NR | NR | NR | NR | NR |
| | 36 | NR | NR | NR | NR | NR | NR |
| | 38 | NR | NR | NR | NR | NR | NR |
| | 48 | NR | NR | RR | NR | NR | NR |
| | 85 | R | RR | RR | RR | RR | RR |
| | 87 | R | RR | RR | RR | RR | RR |
| | 146 | R | RR | RR | RR | RR | RR |
| | 162 | R | RR | RR | RR | RR | RR |
| AB | 1 | NR | NR | NR | NR | NR | NR |
| | 29 | NR | NR | RR | NR | NR | NR |
| | 34 | R | RR | RR | NR | NR | NR |
| | 36 | R | RR | RR | NR | NR | RR |
| | 41 | R | RR | RR | RR | RR | RR |

11

Confidential

THPFM0001649242

| Specimen Information | | Licensed Anti-HIV EIA Tests | | | | | |
|---|---|---|---|---|---|---|---|
| Panel | Relative Day of Bleed | OraQuick *ADVANCE*® Test | EIA #1 | EIA #2 | EIA #3 | EIA #4 | EIA #5 |
| AC | 1 | NR | NR | NR | NR | NR | NR |
| | 112 | NR | NR | RR | NR | NR | NR |
| | 121 | R | RR | RR | RR | RR | RR |
| | 126 | R | RR | RR | RR | RR | RR |
| | 131 | R | RR | RR | RR | RR | RR |
| AE | 1 | NR | NR | NR | NR | NR | NR |
| | 4 | NR | NR | NR | NR | NR | NR |
| | 8 | NR | NR | RR | NR | NR | NR |
| | 11 | NR | RR | RR | NR | RR | NR |
| AF | 1 | NR | NR | NR | NR | NR | NR |
| | 3 | NR | NR | NR | NR | NR | NR |
| | 8 | NR | NR | NR | NR | NR | NR |
| | 10 | NR | NR | NR | NR | NR | NR |
| | 16 | NR | NR | NR | NR | NR | NR |
| | 29 | R | NR | RR | NR | NR | NR |
| | 34 | R | RR | RR | NR | RR | RR |
| | 36 | R | RR | RR | RR | RR | RR |
| | 43 | R | RR | RR | RR | RR | RR |
| AI | 1 | NR | NR | NR | NR | NR | NR |
| | 8 | R | RR | RR | NR | NR | RR |
| | 12 | R | RR | RR | NR | RR | RR |

NR = Non-Reactive; R = Reactive; RR = Repeatedly Reactive

**Reactivity with HIV-1 Low Titer Panels**

Two low titer HIV-1 antibody panels were tested in comparison with licensed anti-HIV EIA tests. The low titer antibody panels consisted of 30 serum/plasma specimens. The results of this study are shown in Table 5. In this study, the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test was demonstrated to be capable of detecting antibodies to HIV-1 similar to currently available FDA licensed EIAs.

**TABLE 5**
**Comparison of the OraQuick *ADVANCE*® Rapid HIV-1/2 Antibody Test and Licensed Anti-HIV EIA Tests Using Low Titer HIV-1 Antibody Panels**

| Specimen Information | | Licensed Anti-HIV EIA Tests | | | | | |
|---|---|---|---|---|---|---|---|
| Panel | Member | OraQuick *ADVANCE*® Test | EIA #1 | EIA #2 | EIA #3 | EIA #4 | EIA #5 |
| LT106 | 1 | R | RR | RR | RR | RR | RR |
| | 2 | NR | NR | RR | NR | NR | NR |
| | 3 | R | RR | RR | RR | RR | RR |
| | 4 | R | RR | RR | RR | RR | RR |
| | 5 | R | RR | RR | RR | RR | RR |
| | 6 | NR | NR | NR | NR | NR | NR |
| | 7 | R | RR | RR | RR | RR | RR |
| | 8 | NR | RR | RR | NR | NR | NR |
| | 9 | R | RR | RR | RR | RR | RR |
| | 10 | R | RR | RR | RR | RR | RR |
| | 11 | R | RR | RR | NR | NR | RR |
| | 12 | R | RR | RR | NR | NR | RR |
| | 13 | R | RR | RR | RR | RR | RR |
| | 14 | R | RR | RR | RR | RR | RR |
| | 15 | R | RR | RR | RR | RR | RR |

12

Confidential

| Specimen Information | | Licensed Anti-HIV EIA Tests | | | | | |
|---|---|---|---|---|---|---|---|
| Panel | Member | OraQuick ADVANCE® Test | EIA #1 | EIA #2 | EIA #3 | EIA #4 | EIA #5 |
| LT107 | 1 | NR | NR | RR | RR | NR | NR |
| | 2 | R | NR | RR | RR | RR | NR |
| | 3 | R | NR | RR | NR | RR | NR |
| | 4 | R | RR | RR | RR | RR | NR |
| | 5 | NR | NR | NR | NR | NR | NR |
| | 6 | R | RR | RR | RR | RR | NR |
| | 7 | NR | NR | RR | RR | NR | NR |
| | 8 | NR | NR | RR | NR | RR | NR |
| | 9 | NR | NR | RR | NR | NR | NR |
| | 10 | R | RR | RR | RR | RR | RR |
| | 11 | R | RR | RR | RR | RR | RR |
| | 12 | NR | NR | RR | NR | NR | NR |
| | 13 | NR | NR | RR | RR | NR | NR |
| | 14 | R | RR | RR | RR | RR | RR |
| | 15 | R | RR | RR | RR | RR | RR |

NR = Non-Reactive; R = Reactive; RR = Repeatedly Reactive

**Interfering Substances and Unrelated Medical Conditions**

To assess the impact of unrelated medical conditions or interfering substances on the sensitivity of the OraQuick ADVANCE® Rapid HIV-1/2 Antibody Test, 200 serum/plasma specimens from a variety of medical conditions unrelated to HIV-1 infection and 125 specimens with interfering substances were spiked with an HIV-1 positive specimen to give a level of reactivity in the low positive range (see list of medical conditions and interfering substances in Table 10 below). All spiked specimens gave reactive results.

In addition, a study was performed to assess the potential effect of anticoagulants on assay sensitivity. Venipuncture whole blood collected from 24 subjects, in each of 3 tubes containing one of three anticoagulants (EDTA, sodium heparin, and sodium citrate was spiked with an HIV-1 positive specimen or an HIV-2 positive specimen to give a level of reactivity in the low positive range. The HIV-1 positive samples and the HIV-2 positive samples were then aliquoted and stored refrigerated (2°-8°C), at room temperature (18°C) or at elevated temperatures (30-33°C) and tested over a 7-day period. There was no anticoagulant-specific effect observed on assay performance with samples held up to 7 days at 2°-30°C.

As part of the oral fluid clinical studies, information was collected from the participants regarding concurrent diseases or medical conditions, oral pathologies, non-HIV viral infections, and other factors (e.g., use of tobacco products, mouthwash within 24 hours of testing, concomitant medications, dental fixtures, and food or drink immediately prior to testing). None of these disease states, medical conditions or other factors interfered with test sensitivity. In a separate study of 40 individuals, consumption of alcohol, brushing of teeth, use of mouthwash or smoking tobacco 5 minutes prior to testing, were shown to have no effect on test sensitivity.

**DETECTION OF ANTIBODIES TO HIV-2 IN SPECIMENS FROM INDIVIDUALS INFECTED WITH HIV-2**

A total of 324 serum/plasma specimens reported to be HIV-2 antibody positive were obtained from various repository sources. Specimens were tested by licensed anti-HIV-1/2 EIA, licensed anti-HIV-2 EIA, licensed HIV-1 Western blot, an HIV-2 Western blot and HIV-2 specific PCR. A total of 6 specimens were not demonstrated to be positive for antibodies to HIV-1 or HIV-2, all of which were OraQuick ADVANCE® non-reactive. Two of the 6 negative specimens were repeatedly reactive by licensed anti-HIV-1/2 EIA, negative by licensed anti-HIV-2 EIA, and indeterminate by licensed HIV-1 Western blot and by an HIV-2 Western blot.

Of the remaining 318 specimens, 151 were positive on an HIV-2 Western blot and 50 were positive using an HIV-2 specific PCR. One hundred and twenty-two specimens gave confirmatory results consistent with HIV-1 infection and were excluded from the analysis. One specimen was categorized as a dual infection based on additional testing by co-culture, and was not included in the sensitivity analysis. One specimen, while indeterminate on HIV-1 and HIV-2 Western blots, gave a positive result on an HIV-2 radioimmuno-precipitation assay (RIPA) and is also considered to be positive for antibodies to HIV-2. OraQuick ADVANCE® detected 201/201 (100%) of the specimens from individuals confirmed as positive for HIV-2 antibodies (see Table 6).

In a separate study, a total of 499 plasma specimens collected from an HIV-2 endemic area (Ivory Coast) were prepared as contrived whole blood and tested by OraQuick ADVANCE®, licensed anti-HIV-1/2 EIA, licensed anti-HIV-2 EIA, licensed HIV-1 Western blot, and an HIV-2 Western blot. Table 6 shows a summary of the results. OraQuick ADVANCE® was reactive with all of the 27 specimens that were repeatedly reactive by licensed anti-HIV-1/2 EIA, licensed anti-HIV-2 EIA and positive on licensed HIV-1 Western blot, and with all three specimens that were confirmed as positive for HIV-2 only by an HIV-2 Western blot. Two specimens were OraQuick ADVANCE® false positive.

13

Confidential

THPFM0001649244

**TABLE 6**
**Detection of Antibody to HIV-2 in Samples from HIV-2 Seropositive Individuals and Individuals at High Risk of HIV-2 Infection**

| Test Group | Total Samples | OraQuick ADVANCE® Reactive | Licensed anti-HIV-2 EIA Repeatedly Reactive or HIV-2 PCR Positive | True HIV-2 Positive[1] |
|---|---|---|---|---|
| Known HIV-2 Positive | 324[2] | 201 | 201[3] | 201[4] |
| High-Risk | 499 | 32 | 33 | 3 |
| TOTAL | 823 | 233 | 234 | 204 |

[1] Confirmation performed by HIV-2 Western blot, with RIPA confirmation of indeterminate Western blot results.
[2] One hundred and twenty-two specimens gave confirmatory results consistent with HIV-1 infection and were excluded from the analysis. In addition, one specimen was categorized as a dual infection based on additional testing by co-culture, and was not included in the sensitivity analysis.
[3] 151 specimens were tested with an anti-HIV-2 EIA alone. HIV-2 DNA or RNA PCR was performed on the remaining 50 specimens instead of EIA. All results were positive.
[4] One specimen was confirmed to be HIV-2 positive based on the positive results of an HIV-2 specific RIPA.

Combining the number of OraQuick ADVANCE® reactive results obtained from the study of confirmed positives with the number of OraQuick ADVANCE® reactive results obtained from the study of the high risk population, the sensitivity of the OraQuick ADVANCE® Rapid HIV-1/2 Antibody Test for the detection of antibodies to HIV-2 in these studies was calculated to be 204/204 = 100% (95% C.I. = 98.2% - 100%).

In addition, 3 HIV-2 infected individuals located in the USA were tested by fingerstick whole blood and oral fluid OraQuick ADVANCE® tests. Fingerstick whole blood and oral fluid samples from all three subjects were reactive on the OraQuick ADVANCE® test.

## SPECIFICITY

### ORAL FLUID

A specificity study was performed at four clinical trial sites using freshly obtained oral fluid specimens collected from 605 previously unscreened individuals at low risk for HIV-1 infection. All of the 605 specimens were correctly non-reactive using the OraQuick ADVANCE® Rapid HIV-1/2 Antibody Test. Of the 3077 HIV antibody-negative specimens from the four study sites that examined populations at high risk for HIV-1 infection, the OraQuick ADVANCE® test was non-reactive for 3069. The results are summarized in Table 7.

**TABLE 7**
**Performance of the OraQuick ADVANCE® Rapid HIV-1/2 Antibody Test on Oral Fluid Specimens from Individuals Presumed to be Negative for HIV Infection**

| Test Group | Total Samples | OraQuick ADVANCE® Non-Reactive | Licensed EIA Non-Reactive | True Negative[1] |
|---|---|---|---|---|
| Low-Risk | 605 | 605 | 599[2] | 605 |
| High-Risk | 3150 | 3069[3] | 3076[4] | 3077 |
| TOTAL | 3755 | 3674 | 3675 | 3682 |

[1] Confirmation performed by licensed HIV-1 Western blot, with confirmation of indeterminate Western blot results by RIPA or IFA
[2] Six specimens were EIA false positive, five with a negative Western blot and one with an indeterminate blot which was confirmed negative by IFA.
[3] One additional specimen was OraQuick ADVANCE® false negative (see Table 1).
[4] One specimen was EIA false positive with a negative Western blot.

Combining the number of OraQuick ADVANCE® non-reactive results obtained from the study of the low-risk populations with the number of OraQuick ADVANCE® non-reactive results obtained from the study of the high-risk populations, the specificity of the OraQuick ADVANCE® Rapid HIV-1/2 Antibody Test in these studies was calculated to be 3674/3682 = 99.8% (95% C.I. = 99.6% - 99.9%).

### PLASMA

A specificity study was performed at seven clinical trial sites using EDTA-plasma specimens collected from 1102 previously unscreened individuals at low risk for HIV infection. All of the specimens, except for one, gave non-reactive results using the OraQuick ADVANCE® Rapid HIV-1/2 Antibody Test. In addition, 519 of the 520 HIV antibody-negative specimens from study sites that examined populations at high risk for HIV-1 infection also gave non-reactive results using the OraQuick ADVANCE® test. The results of this study are shown in Table 8.

14

THPFM0001649245

**TABLE 8**
**Performance of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test on Plasma Specimens from Individuals Presumed to be Negative for HIV Infection**

| Test Group | Total Samples | OraQuick *ADVANCE*® Non-Reactive | Licensed EIA Non-Reactive | True Negative[1] |
|---|---|---|---|---|
| Low-Risk | 1102 | 1101 | 1096[2] | 1102 |
| High-Risk | 534 | 519 | 516[3] | 520 |
| TOTAL | 1636 | 1620 | 1612 | 1622 |

[1] Confirmation performed by licensed HIV-1 Western blot, with confirmation of indeterminate Western blot results by RIPA or IFA.
[2] Six specimens were EIA false positive, five with a negative Western blot and one with an indeterminate blot which was confirmed negative by IFA.
[3] Four specimens were EIA false positive, with 1 negative and 3 indeterminate by Western blot, that confirmed negative by IFA.

Combining the number of OraQuick *ADVANCE* ® non-reactive results obtained from the study of the low-risk populations with the number of OraQuick *ADVANCE* ® non-reactive results obtained from the study of the high-risk populations, the specificity of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test in these studies was calculated to be 1620/1622 = 99.9% (95% C.I. = 99.6% - 99.9%).

**FINGERSTICK WHOLE BLOOD**
A specificity study was performed at eight clinical trial sites using freshly obtained fingerstick whole blood samples from 1250 previously unscreened individuals at low risk for HIV-1 infection. In the course of this study, two specimens were confirmed to have antibodies to HIV-1 and were removed from the specificity calculation. All of the remaining specimens gave non-reactive results using the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test. In addition, all of the 608 HIV-1 antibody-negative specimens from the study sites that examined populations at high risk for HIV-1 infection also gave non-reactive results using the OraQuick *ADVANCE* ® test. The results of this study are shown in Table 9.

**TABLE 9**
**Performance of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test on Fingerstick Whole Blood Specimens from Individuals Presumed to be Negative for HIV Infection**

| Test Group | Total Samples | OraQuick *ADVANCE*® Non-Reactive | Licensed EIA Non-Reactive | True Negative[3] |
|---|---|---|---|---|
| Low-Risk | 1250[1] | 1248 | 1247[2] | 1248 |
| High-Risk | 625 | 608 | 605 | 608 |
| TOTAL | 1875 | 1856 | 1852 | 1856 |

[1] Two specimens in the low-risk study that gave reactive results using the OraQuick *ADVANCE* ® test, repeatedly reactive results using a licensed EIA, and positive results using a licensed Western blot were removed from the calculation of specificity.
[2] One specimen was EIA repeatedly reactive, Western blot negative.
[3] True negative status based on negative or indeterminate test results using a licensed Western blot.

Combining the number of OraQuick *ADVANCE* ® non-reactive results obtained from the study of the low-risk populations with the number of OraQuick *ADVANCE* ® non-reactive results obtained from the study of the high-risk populations, the specificity of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test in these studies was calculated to be 1856/1856 = 100% (95% C.I. = 99.7% - 100%).

**INTERFERING SUBSTANCES AND UNRELATED MEDICAL CONDITIONS**
To assess the impact of unrelated medical conditions or interfering substances on the specificity of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test, 321 serum/plasma specimens from a variety of medical conditions unrelated to HIV infection and 119 specimens with interfering substances were analyzed. The results of this study are shown in Table 10. One specimen from subjects known to be positive for EBV, for HBV, or for rheumatoid factor, one from a multiparous woman, and three specimens from known HAV infected subjects gave false positive results.

In addition, a study was performed to assess the potential effect of anticoagulants on assay specificity. Venipuncture whole blood was collected from 24 HIV negative subjects, in each of 3 tubes containing one of the following anticoagulants: EDTA, sodium heparin, and sodium citrate. The samples were then aliquoted and stored either refrigerated (2°-8°C), at room temperature (18°C) or at elevated temperatures (30-33°C) and tested over a 7-day period. There was no anticoagulant-specific effect observed on assay performance with samples held up to 5 days at 2-30°C (refer to Table 10).

15

THPFM0001649246

**TABLE 10**
**OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test Reactivity with Specimens from Individuals with Potentially Interfering Medical Conditions and Specimens with Interfering Substances**

| Medical Condition (n = 321) | OraQuick *ADVANCE*® Results | |
|---|---|---|
| | Reactive | Non-Reactive |
| Multiparous women | 1 [2] | 14 |
| Anti-nuclear antibody (ANA) | 0 | 17 |
| Lupus | 0 | 15 |
| Rheumatoid factor | 1 [2] | 17 |
| Cytomegalovirus (CMV) | 0 | 15 |
| Epstein Barr virus (EBV) | 1 [2] | 14 |
| Hepatitis A virus (HAV) | 3 [1] | 17 |
| Hepatitis B virus (HBV) | 1 [2] | 16 |
| Hepatitis C virus (HCV) | 0 | 15 |
| Human T-cell Lymphotropic virus Type I (HTLV-I) | 0 | 15 |
| Human T-cell Lymphotropic virus Type II (HTLV-II) | 0 | 15 |
| Rubella | 0 | 15 |
| IgG gammopathies | 0 | 13 |
| IgM gammopathies | 0 | 12 |
| Syphilis | 0 | 15 |
| Toxoplasmosis | 0 | 15 |
| Tuberculosis | 0 | 15 |
| Influenza | 0 | 10 |
| Multiple transfusions | 0 | 10 |
| Hemophiliac | 0 | 10 |
| Herpes Simplex virus | 0 | 5 |
| Cirrhosis | 0 | 5 |
| Dialysis patient | 0 | 4 |
| Colon cancer | 0 | 4 |
| HTLV I/II | 0 | 2 |
| Chlamydia | 0 | 3 |
| Anti-scl or anti-rnp antibody | 0 | 3 |
| Breast cancer | 0 | 1 |
| Anti-DNA antibody | 0 | 1 |
| Gonorrhea | 0 | 1 |
| Interfering Substances (n = 211) | | |
| Elevated Bilirubin | 0 | 20 |
| Elevated Hemoglobin | 0 | 20 |
| Elevated Triglycerides | 0 | 20 |
| Elevated Protein | 0 | 20 |
| Bacterially Contaminated | 0 | 25 |
| Visual Hemolysis (hemolytic) | 0 | 5 |
| Icteric | 0 | 5 |
| Lipemic | 0 | 4 |
| Sodium Heparin[3] | 0 | 24 |
| EDTA[3] | 0 | 24 |
| Sodium Citrate[3] | 0 | 24 |

[1] A total of 3 of the 20 HAV specimens were OraQuick *ADVANCE*® falsely reactive. Two of the 3 specimens were OraQuick *ADVANCE*® non-reactive at the 20-25 minute read time and reactive at the 55-60 minute read time. The remaining specimen was reactive at both read times.
[2] One of the specimens was OraQuick *ADVANCE*® non-reactive at the 20-25 minute read time and reactive at the 55-60 minute read time.
[3] The OraQuick *ADVANCE*® assay maximum read time for these specimens was 40 minutes. Based upon specimen storage for 5 days at 2-30°C.

16

THPFM0001649247

As part of the oral fluid clinical studies, information was collected from the participants regarding concurrent diseases or medical conditions, oral pathologies, non-HIV viral infections, and other factors (e.g., use of tobacco products, mouthwash within 24 hours of testing, concomitant medications, dental fixtures, and food or drink immediately prior to testing). None of these disease states, medical conditions or other factors interfered with test specificity. In a separate study of 40 individuals, consumption of alcohol, brushing of teeth, use of mouthwash or smoking tobacco 5 minutes prior to testing, were shown to have no effect on test specificity.

**REPRODUCIBILITY**

The reproducibility of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test was tested at 3 sites using 3 lots of the device on 3 different days with 9 operators (3 per site). A blind-coded panel was tested that consisted of 5 contrived blood specimens (4 antibody-positive and 1 antibody-negative). Test results were recorded at 20-25 minutes and at 55-60 minutes. A total of 405 tests were performed (135/site), with a total of 81 tests per panel member. The overall reproducibility of the OraQuick *ADVANCE* ® Rapid HIV-1/2 Antibody Test was 405/405 = 100%. Concordance between the specified assay read time limits was 99.8% (404/405); a single HIV-1 low positive panel member that was non-reactive at the 20-25 minute read time was reactive at the 55-60 minute read time.

**RESULTS OF UNTRAINED USER STUDY**

An "Untrained User" study was conducted in which participants were given only the test instructions and asked to perform testing of a blinded panel comprised of 6 randomized specimens of three different levels (Negative, Low Positive and High Positive OraQuick *ADVANCE* ® test reactivity) consisting of human plasma. The participants were not given any training on the use of the test or the interpretation of the test results, nor were they allowed to observe the performance of the Kit Controls by the Study Coordinator. The study protocol stipulated that professionally trained medical laboratory personnel or persons with prior experience using the OraQuick *ADVANCE* ® device were excluded from participation. A total of 100 participants were enrolled from a total of four sites, representing a diverse demographic (educational, ethnic, age, gender, etc.) population.

The rate of correct results for the overall study was 98.6% (592/600). Refer to the table below for a summary of the performance relative to the specimen type. The eight incorrect results were attributed to six participants. Of these six participants, four obtained 5 out of 6 correct results, and two participants obtained 4 out of 6 correct results.

| Untrained Users Rate of Correct Test Results | | | |
|---|---|---|---|
| Negative | Low Positive | High Positive | Total |
| 98.5% (197/200) | 98.0% (196/200) | 99.5% (199/200) | 98.6% (592/600) |
| 95% C.I. (95.7% - 99.7%) | 95% C.I. (95.0% - 99.5%) | 95% C.I. (97.3% - 99.9%) | 95% C.I. (97.4% - 99.4%) |

There were 1.7% (10/600) Invalid results reported, with 5 of the 10 Invalid results attributed to one participant. All tests were successfully repeated, with 8/10 of the repeat test results interpreted correctly. The 2 incorrect repeat results were attributed to one participant. While most participants were able to obtain valid results with the first attempt, one of the 100 participants experienced five Invalid test results out of six tests performed. Operator error was observed in some cases to be attributed to specimen vial mix-ups. These findings support the need for training of non-laboratory personnel in the handling of multiple samples in a laboratory setting where specimens are tested in batch mode. As part of the Untrained User study, a Participant Feedback Questionnaire was completed. All participants rated the test as 'easy to use' and felt 'able to perform the test correctly'.

**BIBLIOGRAPHY**

1. Gallo RC, Salahuddin SZ, Popovic M. et al. Frequent detection and isolation of cytopathic retroviruses (HTLV III) from patients with AIDS and at risk for AIDS. *Science* 1984; 224:500-3.

2. Curran JW, Morgan WM, Hardy AM, et al. The epidemiology of AIDS: current status and future prospects. *Science* 1985; 229:1352-7.

3. Clavel F, Guetard D, Brun-Vezinet F, et al. Isolation of a new human retrovirus from West African patients with AIDS. *Science* 1986; 233:343-6.

4. Sehulster LM, Hollinger FB, Dreesman GR, and Melnick JL. Immunological and biophysical alteration of hepatitis B virus antigens by sodium hypochlorite disinfection. *Appl Env Microbiol* 1981; 42:762-7.

5. CDC. Universal precautions for prevention of transmission of human immunodeficiency virus, hepatitis B virus, and other bloodborne pathogens in health-care settings. *MMWR* 1988; 37(24):377-388.

6. CDC. Approval of a New Rapid Test for HIV Antibody. *MMWR* 2002; 51(46):1051-1052 and Erratum 51(47):1075.

7. CDC: Revised Guidelines for HIV Counseling, Testing, and Referral and Revised Recommendations for HIV Screening of Pregnant Women. *MMWR* 2001; 50(19):32-35.

8. CDC: Updated U.S. Public Health Service Guidelines for the Management of Occupational Exposures to HBV, HCV, HIV and Recommendations for Postexposure Prophylaxis. *MMWR* 2001; 50(RR-11):1-42.

9. CDC. Guideline for Isolation Precautions: Preventing Transmission of Infectious Agents in Healthcare Settings. *HICPAC* 2007; 12-93.

Confidential  THPFM0001649248

| EXPLANATION OF SYMBOLS | | |
|---|---|---|
| **LOT** Batch Code | **IVD** | *In Vitro* Diagnostic Medical Device |
| **REF** Catalog Number | ⚒ | Manufacturer |
| ⚠ Caution, Consult Accompanying Documents | 🌡 | Temperature Limitation |
| **HIV CONTROL –** HIV Negative Control | ⌛ | Use By |
| **HIV-1 CONTROL +** HIV-1 Positive Control | **HIV-2 CONTROL +** | HIV-2 Positive Control |

Manufactured by



OraSure Technologies, Inc.

220 East First Street, Bethlehem, PA 18015
1- (800) ORASURE (800-672-7873) or 610-882-1820
www.orasure.com

Item #3001-1215 rev. 05/11

18

THPFM0001649249

# EXHIBIT 7



# Multispot HIV-1/HIV-2 Rapid Test

Rapid Enzyme Immunoassay to be used as a diagnostic aid for the detection and differentiation of HIV-1 and HIV-2 antibodies in human serum or plasma.

**For *In Vitro* Diagnostic Use**      **25228 • 50 Tests**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**CONTENTS**

1. NAME and INTENDED USE
2. SUMMARY AND EXPLANATION OF THE TEST
3. BIOLOGICAL PRINCIPLE OF THE TEST
4. REAGENTS
5. WARNINGS FOR USERS
6. PRECAUTIONS FOR USERS
7. REAGENT PREPARATION AND STORAGE
8. SPECIMEN COLLECTION, PREPARATION, AND STORAGE
9. MULTISPOT HIV-1/HIV-2 RAPID TEST PROCEDURE
10. QUALITY CONTROL - VALIDATION OF RESULTS
11. TEST RESULT APPEARANCE AND INTERPRETATION – RAPID HIV-1/HIV-2 TESTING
12. LIMITATIONS OF THE PROCEDURE
13. EXPECTED PERFORMANCE CHARACTERISTICS – RAPID HIV-1/HIV-2 TESTING
14. USE OF MULTISPOT AS AN ANTIBODY DIFFERENTIATION ASSAY IN A DIAGNOSTIC TESTING ALGORITHM
15. PERFORMANCE CHARACTERISTICS OF MULTISPOT IN A DIAGNOSTIC TESTING ALGORITHM
16. BIBLIOGRAPHY

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341516

---

This package insert must be read completely before performing the test. Failure to follow the insert may give inaccurate test results. Users of this test should follow the CDC Universal Precautions for prevention of transmission of human immunodeficiency virus, hepatitis B virus, and other bloodborne pathogens.[1]

---

**Complexity: Moderate**

## 1 - NAME AND INTENDED USE

The Multispot HIV-1/HIV-2 Rapid Test is a single use qualitative immunoassay to detect and differentiate circulating antibodies to Human Immunodeficiency Virus Types 1 and 2 (HIV-1, HIV-2) in fresh or frozen human serum and plasma. This rapid HIV-1/HIV-2 test kit is intended as an aid in the diagnosis of infection with HIV-1 and/or HIV-2 in fresh or frozen human serum or plasma. This test is suitable for use in multi-test algorithms designed for statistical validation of an HIV screening test result or as part of an HIV-1/HIV-2 diagnostic testing algorithm that includes differentiation of HIV-1 and HIV-2 antibodies.

### RESTRICTIONS
- **Sale of the Multispot HIV-1/HIV-2 Rapid Test is restricted to clinical laboratories that have an adequate quality assurance program, including planned systematic activities to provide adequate confidence that requirements for quality will be met and where there is assurance that operators will receive and use the instructional materials.**
- **The Multispot HIV-1/HIV-2 Rapid Test is approved for use only by an agent of a clinical laboratory.**
- **Test subjects must receive the "Subject Information Notice" prior to specimen collection, and appropriate information when test results are provided, unless this test is used as part of a multi-test diagnostic algorithm.**
- **The Multispot HIV-1/HIV-2 Rapid Test is not approved for use to screen blood, plasma, cell, or tissue donors.**

## 2 - SUMMARY AND EXPLANATION OF THE TEST

Acquired Immunodeficiency Syndrome (AIDS) is caused by viruses transmitted by sexual contact, exposure to blood (including sharing contaminated needles and syringes) or certain blood products, or transmitted from an infected mother to her fetus or child during the perinatal period.[2] Additionally, transmission of the viruses can occur through tissue transplantation.[3] Human Immunodeficiency Virus Type 1 (HIV-1) has been isolated from patients with AIDS and AIDS-related complex (ARC).[4-6] HIV-1 was thought to be the sole causative agent of these syndromes until 1986, when a second type of Human Immunodeficiency Virus (Human Immunodeficiency Virus Type 2 or HIV-2) was isolated and also reported to cause AIDS.[7-8] Since the initial discovery, hundreds of cases of HIV-2 infection have been documented worldwide.[9] In the United States, there have been more than 80 cases of infection with HIV-2 reported, including two blood donors.[10-15]

This second immunodeficiency virus (HIV-2) is similar to, but distinct from, HIV-1. Both viruses have similar morphology and lymphotropism,[16] and the modes of transmission appear to be identical.[9,17] The HIV-1 and HIV-2 genomes exhibit about 60% homology in conserved genes such as gag and pol, and 39-45% homology in the envelope genes.[18] Serologic studies have also shown that the core proteins of HIV-1 and HIV-2 display frequent cross-reactivity whereas the envelope proteins are more type-specific.[19]

Within the two major HIV types, there is significant variation, as well. By analyzing sequences of representative strains, HIV-1 has been divided into three groups: group M (for major), including at least ten subtypes (A through J); group O (for outlier); and group N (for non-M, non-O).[20-22] Similarly, the HIV-2 strains have been classified into at least five subtypes (A through E).[23] Some HIV-1 variants share ≤50% homology in their envelope genes with the sequences of more common prototype strains.

3

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Despite some degree of immunological cross-reactivity between types and subtypes of HIV, reliable detection of antibodies derived from the more divergent strains may only be achieved by incorporating type- specific protein sequences into the assay design. In one study, detection of HIV-2 positive samples by HIV-1 antibody kits ranged from 60% to 91%, depending on the test used.[24] The Multispot HIV-1/HIV-2 Rapid Test incorporates highly conserved recombinant and synthetic peptide sequences representing HIV-1 and HIV-2 envelope proteins.[25-31] The Multispot HIV-1/HIV-2 Rapid Test is designed to detect antibodies to HIV-1 and HIV-2 in serum or plasma rapidly and reliably without instrumentation.  This test is suitable for use in multi-test algorithms designed for statistical validation of rapid HIV test results or as part of an HIV-1/HIV-2 diagnostic testing algorithm that includes differentiation of HIV-1 and HIV-2 antibodies.[32-38]

## 3 - BIOLOGICAL PRINCIPLE OF THE TEST

The Multispot HIV-1/HIV-2 Rapid Test is based on the principle of ImmunoConcentration™.[39] The Multispot HIV-1/HIV-2 Cartridge contains a removable specimen prefilter, the reaction membrane, and an absorbent pad. All of the liquids added to the Cartridge are absorbed by the pad and contained within the Cartridge. When the test is completed, the entire Cartridge can be decontaminated by standard laboratory practices (see Precautions For Users) and properly discarded.

Microscopic particles are separately coated with the antigens that represent portions of the transmembrane proteins HIV-1 and HIV-2, respectively. The microparticles are immobilized on the reaction membrane of the Multispot HIV-1/HIV-2 Cartridge and form the Test Spots. The reaction membrane also contains a Procedural Control Spot that serves as a control spot to ensure that the entire test procedure was properly executed. Samples to be tested are diluted in Specimen Diluent and then added to the prefilter in the Cartridge. After the diluted specimen has been completely absorbed, the prefilter is removed. If antibodies against HIV-1 and/or HIV-2 are present in the specimen, they bind to the antigens on the microparticles in the specific spots on the cartridge membrane. The Conjugate, which contains alkaline phosphatase-labeled goat anti-human IgG (H+L chain specific), is then added to the Cartridge. The Conjugate binds to the human antibody-antigen complexes that are immobilized in the spots on the cartridge membrane. Unbound Conjugate is removed by a wash step.

Next, Development Reagent is added to the Cartridge. A purple color develops on the Test Spots in proportion to the amount of antibodies against HIV-1 and/or HIV-2 that have been bound to the antigen-coated microparticles and detected by the Conjugate. A purple color will also develop on the Procedural Control Spot when the test has been performed correctly. Color development is stopped by the addition of Stop Solution. The membrane is examined visually for the presence of purple color on the Procedural Control Spot and on the Test Spots.



①   Procedural Control:   Anti-human IgG (goat)

②   HIV-2 Peptide:   Peptide representing the immunodominant epitope of the HIV-2 virus gp36 envelope glycoprotein

③   Recombinant HIV-1:   Recombinant gp41 (HIV-1 envelope glycoprotein) expressed in *E. coli* (gp41 rDNA)

④   HIV-1 Peptide:   Peptide representing the immunodominant epitope of the HIV-1 virus gp41 envelope glycoprotein

4

## 4- REAGENTS

**MULTISPOT HIV-1/HIV-2 Rapid Test**
**Product No. 25228 (50 Tests)**

| Component | Contents | Preparation |
|---|---|---|
| 1 • Multispot HIV-1/HIV-2 Cartridge (50) | · Foil-sealed base container with specimen prefilter; Membrane with 1 Procedural Control Spot and 3 Test Spots | Remove foil seal before use. |
| 2 • Positive Control Serum 1 dropper bottle (1 mL) | · Heat-inactivated human serum/plasma containing anti-HIV-1 and anti-HIV-2 immunoglobulin; Nonreactive for HBsAg and antibody to HCV<br>· 0.1% Sodium azide<br>· 0.5% ProClin™ 300 | Dilute in Specimen Diluent as described. |
| 3 • Negative Control Serum 1 dropper bottle (1 mL) | · Human serum; Nonreactive for HBsAg and antibody to HIV and HCV<br>· 0.1% Sodium azide<br>· 0.5% ProClin™ 300 | Dilute in Specimen Diluent as described. |
| 4 • Specimen Diluent 1 dropper bottle (25 mL) | · Diluent for specimens and Controls<br>· 0.1% ProClin™ 150<br>· 0.125% ProClin™ 300 | Dispense with dropper provided. |
| 5 • Conjugate 1 dropper bottle (9.5 mL) | · Anti-human IgG (H+L) (goat) alkaline phosphatase conjugated solution<br>· 0.1% ProClin™ 150 | Ready to use as supplied. |
| 6 • Wash Solution 2 dropper bottles (2 x 85 mL) | · TRIS<br>· Urea<br>· Propylene glycol<br>· Nitroblue tetrazolium<br>· 0.1% ProClin™ 150 | Ready to use as supplied. |
| 7 • Development Reagent 1 dropper bottle (8.5 mL) | · 3-Indoxyl phosphate | Ready to use as supplied. |
| 8 • Stop Solution 1 dropper bottle (55 mL) | · 0.1 N $H_2SO_4$ (sulfuric acid) | Ready to use as supplied. |
| 9 • Disposable Transfer Pipets (60) | · Polyethylene transfer pipets | Ready to use as supplied. |
| 10 • Eyedropper (1) | · Polyethylene eyedropper and cap with rubber bulb; Contains Dry Natural Rubber, a potential sensitizer | Use in Specimen Diluent bottle. |

## 5 - WARNINGS FOR USERS

**For *In Vitro* Diagnostic Use**

1. This package insert must be read completely before performing the test. Failure to follow the insert may give inaccurate test results.

2. **This kit has been approved for use with serum and plasma specimens only. Use of this test kit with specimens other than those specifically approved for use with this test kit may result in inaccurate test results.**

3. Bring all reagents to room temperature (20-30°C) before use.

4. **The following is a list of potential chemical hazards contained in some kit components (refer to product REAGENTS chart):**

   
   a. **WARNING:** Some reagents contain **0.1% ProClin 150** or **0.5% ProClin 300:**
   **H317: May cause an allergic skin reaction.**
   **P280:** Wear protective gloves/protective clothing/eye protection/face protection.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341519

**P302 + P352:** IF ON SKIN: Wash with plenty of soap and water.
**P333 + P313:** If skin irritation or rash occurs: Get medical advice/ attention.
**P501:** Dispose of contents and container in accordance to local, regional, national and international regulations.

**ProClin 300** (0.1% ProClin 150 and 0.5% ProClin 300) are biocidal preservatives that are irritating to eyes and skin, may be detrimental if enough is ingested, and may cause sensitization by skin contact; prolonged or repeated exposure may cause allergic reaction in certain sensitive individuals.

   b. **WARNING:** Some reagents contain **0.1% Sodium Azide [NaN$_3$]:**
**H303: May be harmful if swallowed.**
**H313: May be harmful in contact with skin.**
**P312:** Call a POISON CENTER or doctor/physician if you feel unwell.

**Sodium azide** may react with lead and copper plumbing to form metal azides that are highly explosive. If disposed of in the sink, flush plumbing with a large volume of water to prevent azide buildup.

   c. **The dilute 0.1 N sulfuric acid (H$_2$SO$_4$) Stop Solution may be detrimental if swallowed and by contact, particularly to eyes.** In case of contact with eyes, rinse immediately with plenty of water and seek medical advice. Wastes can typically be neutralized to pH 6-8 for disposal if trained and equipped to do so, however always dispose of dilute acidic / corrosive solutions in accordance with local, regional, national and international regulations. Do not pour water into this product.

5. Users of this test should follow the CDC Universal Precautions for prevention of transmission of human immunodeficiency virus, hepatitis B virus, and other bloodborne pathogens.[1]

6. **The Multispot HIV-1/HIV-2 Rapid Test contains human blood components.** No known test method can offer complete assurance that infectious agents are absent. Therefore, all human blood derivates, reagents and human specimens should be handled as if capable of transmitting infectious disease, following recommended *Universal Precautions* for bloodborne pathogens as defined by OSHA, Biosafety Level 2 guidelines from the current CDC/NIH *Biosafety in Microbiological and Biomedical Laboratories*[40], WHO *Laboratory Biosafety Manual*[41], and/or local, regional and national regulations. The following human blood derivatives are found in this kit:



   a **The *Positive Control Serum* has been heat-treated to inactivate HIV viruses** and has been tested and found nonreactive for Hepatitis B Surface Antigen (HBsAg) and antibodies to Hepatitis C virus (HCV Ab).

   b **The human source material used in the preparation of the *Negative Control Serum*** has been tested and found nonreactive for Hepatitis B Surface Antigen (HBsAg), antibodies to Hepatitis C virus (HCV Ab), and antibodies to Human Immunodeficiency Virus (HIV-1/HIV-2 Ab).

**Biological spills: Human source material spills should be treated as potentially infectious.**

Spills not containing acid should be immediately decontaminated, including the spill area, materials and any contaminated surfaces or equipment with an appropriate chemical disinfectant that is effective for the potential biohazards relative to the samples involved (commonly a 1:10 dilution of bleach, 70-80% ethanol or isopropanol, an iodophor (such as 0.5% Wescodyne™ Plus), or a phenolic, etc.) and wiped dry.

**Spills containing acid** should be appropriately absorbed (wiped up) or neutralized, wiped dry and then the area wiped with one of the chemical disinfectants; material used to absorb the spill may require biohazardous waste disposal.

NOTE: DO NOT PLACE SOLUTIONS CONTAINING BLEACH INTO THE AUTOCLAVE.

## 6 - PRECAUTIONS FOR USERS
### Safety Precautions:

1. This test kit should be handled only by qualified personnel trained in laboratory procedures and familiar with their potential hazards. Handle appropriately with the requisite Good Laboratory Practices. Wear appropriate protective clothing, including lab coat, eye/face protection and

6

THER-0341520

disposable gloves (synthetic, non-latex gloves are recommended) while handling kit reagents and patient samples. Wash hands thoroughly after performing the test.

2. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.

3. Do not pipette by mouth.

4. **This Product Contains Dry Natural Rubber in the dropper bulb used with the Specimen Diluent bottle.**

5. **Dispose of all specimens and materials used to perform the test as biohazardous waste. Laboratory chemical and biohazardous wastes must be handled and discarded in accordance with all local, regional, and national regulations.  For additional information on biosafety requirements, refer to CDC recommendations for Universal Precautions for prevention of transmission of human immunodeficiency virus, hepatitis B virus, and other bloodborne pathogens.[1]**

6. Complete hazard information and precautions are located in the Safety Data Sheet (SDS) available at bio-rad.com or upon request.

**Handling precautions:**

1. Do not use any kit components beyond their stated expiration date.

2. Do not mix components from different lots.

3. Do not use the components in any other type of test kit as a substitute for the components in this test kit.

4. Use the Multispot HIV-1/HIV-2 Cartridge and disposable Transfer Pipets only once and then dispose of as described in Safety Precautions. Do not reuse these kit components.

5. Exercise care in opening and reusing reagent bottles to avoid microbial contamination of the reagents.

6. Prior to running the assay, verify that the prefilter is seated firmly on top of the Cartridge by pressing down firmly and evenly**.**

7. Always hold each reagent bottle vertically and allow each reagent to fall freely from the dropper tip. Do not touch the dropper tip to any surface; this may contaminate the reagent.

8. Avoid contact of the Stop Solution with any oxidizing agent. Do not allow Stop Solution to come into contact with metals.

9. Handle the Negative and Positive Control Serums in the same manner as patient specimens.

10. Inadequate adherence to package insert instructions may result in erroneous results.

11. When removing the Transfer Pipets from the bag, avoid touching the tips of the pipets.

12. The test should be performed with Cartridges that are placed on a flat surface.

13. Adequate lighting is required to read test results.

**7 -   REAGENT PREPARATION AND STORAGE**

All solutions and reagents are ready to use as supplied. Store kit at 2-8°C or room temperature (20-30°C). If stored at 2-8°C, bring all reagents to room temperature before use, and return entire kit to 2-8°C when not in use. The kit may be used up to kit expiration when stored at 2-8°C or for up to 3 months if stored at room temperature. When stored at room temperature, change the expiration date to three months after start of room temperature storage (do not change the date if less than 3 months expiration remains on the kit). Do not freeze test components.

**8 -   SPECIMEN COLLECTION, PREPARATION, AND STORAGE**

Fresh or frozen serum or plasma collected by standard phlebotomy procedures may be used in the test. The minimally acceptable volume of specimen available for performing the test is 40 µL. Approximately 30 µL is used for running each test. No clinically significant effect has been detected in assay results of serum or plasma samples with increased levels of hemoglobin, protein, albumin, lipids, or bilirubin. **Performance of this assay has not been evaluated on patient samples that have been heat-inactivated.**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

The following anticoagulants have been evaluated and found to be acceptable for use with this test: EDTA, sodium citrate, sodium heparin, and SST tubes. Samples that are collected into anticoagulant tubes should be filled as labeling indicates to avoid improper dilution. **Use of other anticoagulants has not been evaluated and may give incorrect results.**
Specimens may be stored at 2-8°C for 7 days or at room temperature (20-30°C) for up to 48 hours. For long-term storage, the specimens should be frozen (-20°C or colder). Specimens may be frozen and thawed up to 5 times.

If specimens are to be shipped, they should be packed in compliance with local regulations covering the transportation of etiologic agents.

## 9 - MULTISPOT HIV-1/HIV-2 RAPID TEST PROCEDURE

**Materials Provided**
See REAGENTS section on page 5.

Additional Materials Provided which are included in the kit:
- Package insert (1)
- Subject Information Notice (1) - The Notice in the kit box may be copied as needed.
- Customer letter (1)

**Materials Required But Not Provided**
1. Disposable glass or polypropylene test tubes (do not use polystyrene) to prepare diluted specimens and controls (for example: 12 x 75 mm tubes)
2. Test tube racks
3. Absorbent pads or paper towels
4. Biohazard bags with closures
5. Household bleach (5% or 8% sodium hypochlorite), diluted to a minimum concentration of 10% bleach (0.5% sodium hypochlorite). Alternative disinfectants include 70% ethanol or 0.5% Wescodyne™.
6. Disposable gloves.
7. Laboratory timer.
8. Precision pipettors that deliver 30 µL and 300 µL (optional for addition of specimen and Specimen Diluent). Precision pipettors that deliver 10 µL and 90 µL as needed for dilutional testing of dually positive samples.
9. Indelible laboratory marker.

**Preliminary Statements**
1. **Once testing has been started, it should be completed without interruption.**
2. Do not use more than ten (10) Multispot HIV-1/HIV-2 Cartridges in a batch, since using more Cartridges may make it difficult to complete the testing without interruption. Larger numbers of specimens can be tested by running several batches of up to 10 Cartridges.
3. The eyedropper used to dispense Specimen Diluent is packaged separately from the bottle of Specimen Diluent. The first time a kit is used, remove the eyedropper from the packaging and insert it into the bottle of Specimen Diluent. Discard the original cap and use the eyedropper as the cap for the bottle. Two full eyedroppers dispenses approximately 300 µL of Specimen Diluent.
4. A 30µL precision pipettor can be used for addition of the sample to the Specimen Diluent. The disposable Transfer Pipets supplied in the kit dispense approximately 30 µL per drop.
5. The Cartridges should be placed on a flat surface during the assay procedure to ensure proper flow of specimen and reagents through the membrane.
6. **All solutions must be completely absorbed (no standing liquid) into the Cartridge membrane before proceeding to the next step in the Assay Procedure.**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341522

**Assay Procedure**

1. **Bring kit and specimens to room temperature** (20-30°C) before beginning testing. **It is essential that all kit components are at room temperature before use**.

2. **Place the required number of Cartridges on a flat surface with the patient ID label facing toward the operator**. Peel away the foil seals and discard them. Label the Cartridges to correspond with the test tubes and the specimens to be tested.
   **Note: Verify that the blue prefilter and gray top support are seated securely in the base of the Cartridge by pressing down firmly and evenly on both pieces**. The prefilter must be present in order to use the Cartridge for testing.

3. **Label a test tube for each specimen or control to be tested**.

4. **Invert the Specimen Diluent bottle ten times to thoroughly mix just prior to drawing the reagent**.

5. **Add two full eyedroppers of Specimen Diluent to each specimen and control tube**.
   **Note:** With the eyedropper in the Specimen Diluent, hold vertically and squeeze the bulb completely, draw Specimen Diluent up into the eyedropper, and gently expel all of the Specimen Diluent into the test tube. Repeat this sequence to deliver the second full eyedropper.

6. Using a precision pipet with a separate pipet tip for each sample, add 30µL of of specimen to the Specimen Diluent.  Alternatively, using a separate Transfer Pipet for each specimen, draw up a small amount of specimen.  **While holding the pipet vertically over the appropriate dilution tube, add one drop to the tube. Note:** *The drop should fall freely into the Specimen Diluent, not onto the side of the tube. If the drop does fall onto the side of the tube, make sure that the entire drop drains down into the Specimen Diluent. If the drop does not drain into the Specimen Diluent, discard the tube and prepare a new dilution.* Do not allow the tip of the pipet to touch any part of the tube or the Specimen Diluent in the tube. Discard the used pipet tip or Transfer Pipet into the biohazardous waste.

7. Test Positive and Negative Control Serums as described in the QC section. When preparing Positive and Negative Control Serums, hold the dropper bottles **vertically** over the tubes labeled for controls and squeeze gently.
   **Add one drop of each control to the appropriately labeled tube.** The drop should fall freely into the Specimen Diluent (see Note in Step 6 above). Do not allow the tip of the dropper to touch any part of the tube.

8. **Mix each diluted specimen and control (when run) thoroughly. Mix gently to avoid foaming.**

9. **Pour the contents of each tube into the specimen prefilter of each corresponding pre-labeled Cartridge, using a separate Cartridge for each tube.  Wait two minutes, after which the solution must be completely absorbed through the prefilter into the Cartridge.**

10. **Remove and discard the prefilter into the biohazardous waste.**

11. **Fill the central well of each Cartridge with Wash Solution by holding the bottle vertically and squeezing gently.** Do not touch bottle to solution in Cartridge well. *Wait for the Wash Solution to be absorbed completely before proceeding.*

12. **Add three drops of Conjugate** to the central well of each Cartridge by holding the bottle vertically and squeezing gently. Do not touch bottle tip to solution in Cartridge well. *Wait two minutes.*

13. **Fill the central well of each Cartridge with Wash Solution** by holding the bottle vertically and squeezing gently. Do not touch bottle to solution in Cartridge well. *Wait for the Wash Solution to be fully absorbed before proceeding.*

14. **Repeat step 13** so that each Cartridge is washed twice. *Wait for the Wash Solution to be absorbed completely before proceeding.*

15. **Add three drops of Development Reagent** to the central well of each Cartridge by holding the bottle vertically and squeezing gently. *Wait five minutes.*

9

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341523

16. **Fill the central well of each Cartridge with Stop Solution** by holding the bottle vertically and squeezing gently. ***Wait for the Stop Solution to be absorbed completely before reading results.***

17. Read test results according to Test Result Appearance and Interpretation, Section 11 (Rapid Testing) or Section 14 (Antibody Differentiation Test in a Diagnostic Testing Algorithm), either immediately or anytime up to 4 hours after completing the test.  An elevated background can appear over time with some specimens; therefore, reading results within 1 hour is optimal.



1.  Remove foil; press prefilter down. Label cartridge and specimen or control test tubes.



2.  Add 2 full droppers of Specimen Diluent to each test tube.



3.  Add one drop of each sample or control to each labeled tube using a transfer pipette. Mix well.



4.  Pour each sample into the prefilter of the labeled cartridge. Wait 2 minutes.



5.  Remove and discard prefilter.



6.  Fill the central well of each cartridge with Wash Solution.



7.  Once absorbed, add 3 drops of Conjugate. Wait 2 minutes.



8.  Fill well with Wash Solution and let absorb. Repeat.



9.  Add 3 drops of Development Reagent. Wait 5 minutes.



10. Fill well with Stop Solution. Allow to absorb and read results.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341524

**10 - QUALITY CONTROL – VALIDATION OF RESULTS**

**Procedural Control**

Each Multispot HIV-1/HIV-2 Cartridge has a built-in procedural control, the Procedural Control Spot, which is used to determine validity of the assay. The Procedural Control Spot must be reactive (a definite purple spot) on each Cartridge for the results of that Cartridge to be valid.

**Quality Control**

Using individual Multispot HIV-1/HIV-2 Cartridges as described in the Assay Procedure above, run 1 Positive Control Serum and 1 Negative Control Serum (both provided in the kit) under the following circumstances to monitor proper test performance:

- A new operator uses the kit, prior to performing testing of specimens.
- A new test kit lot is used.
- A new shipment of kits is used.
- The temperature used during storage of the kit falls outside of 2-30°C (35.6-86°F).
- The temperature of the test area falls outside of 20-30°C (68-86°F).
- According to intervals defined by the testing facility.

Results are read by examining the membrane and comparing the location of colored spots on the membrane to the diagram below. **Position the Multispot HIV-1/HIV-2 Cartridge with the ID label facing the user.** The appearance of any purple color in any of the Test Spots, regardless of intensity, must be considered as presence of that Spot.

Expected results are as follows:



**Negative Control**
Only the Procedural Control Spot shows purple color development. The 3 Test Spots show no color development.

Note placement of Cartridge ID label.



**Positive Control**
The Procedural Control Spot, both HIV-1 Test Spots, and the HIV-2 Test Spot show purple color development.

**11 - TEST RESULT APPEARANCE AND INTERPRETATION – RAPID HIV-1/HIV-2 TESTING**

**Note: For interpretation of the assay when used as the differentiation assay in a diagnostic testing algorithm, refer to Section 14 -** USE OF MULTISPOT AS THE ANTIBODY DIFFERENTIATION TEST IN A DIAGNOSTIC TESTING ALGORITHM

**Place the Cartridges with the patient ID label facing toward the operator prior to reading test results.** Examine the Cartridge membrane and compare the location of colored spots to the diagram below. The appearance of any purple color must be considered as presence of that Spot. Follow the CDC guidelines for counseling, testing, and referral when informing test subjects of these HIV test results and their interpretation.[42]

11

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341525

**Interpretation for Rapid HIV-1/HIV-2 Testing:**

**Nonreactive** - Report results as described in the CDC guidance for reporting test results and interpretation.[42]



Only the Procedural Control Spot shows purple color development. The 3 Test Spots show no color development. Test result is interpreted as negative for HIV-1 and HIV-2 antibodies.

Label

**Reactive (Preliminary Positive)** - Report results as described in the CDC guidance for reporting test results and interpretation.[42]



**HIV-1 Reactive - Preliminary Positive:**
The Procedural Control Spot shows purple color development and the recombinant HIV-1 Spot and/or the HIV-1 Peptide Spot show purple color development. Test result is interpreted as Preliminary Positive for HIV-1 antibodies.

**HIV-2 Reactive - Preliminary Positive:**
The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development. Test result is interpreted as Preliminary Positive for HIV-2 antibodies.



**HIV Reactive (Undifferentiated) - Preliminary Positive:**
The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development as well as one or both HIV-1 Spots. In this case, the specimen may be tested by additional methods which allow for differentiation between HIV-1 and HIV-2. See dilutional procedure which follows.

**Invalid - Do not report any results**



If no color develops in the Procedural Control Spot, regardless of color development anywhere else on the membrane, the results are **INVALID**. (See examples.)

If the background on the membrane is dark and interferes with the interpretation of the spots, the results are invalid. In addition, if there are stray purple marks or discoloration that interfere with reading the spots, the assay should be repeated. Repeat the assay, and if results are still invalid collect a fresh sample or test by another method.

***Note: The appearance of any purple color in any of the Test Spots, regardless of intensity, must be considered as presence of that Spot.***

**Dilutional Procedure for HIV Differentiation – Rapid HIV-1/HIV-2 Testing**
The following procedure is used to differentiate samples that demonstrate purple color development in the HIV-2 Spot as well as in one or both of the HIV-1 Spots.

1. Dilute the specimen 1:10 (using a calibrated pipettor, add 90 µL of Negative Control Serum and 10 µL of sample to a separate test tube; or, alternatively, 135 µL of Negative Control Serum and 15 µL of sample). Mix well.
2. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:10 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.
3. Read the results according to the criteria above in Test Result Appearance and Interpretation.
   • If the results are nonreactive at this dilution, the specimen should be interpreted as **"Preliminary Positive for antibodies to HIV (undifferentiated)."**

12

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341526

- If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as Preliminary Positive for antibodies to the specific HIV type identified.
- If one or both of the HIV-1 Spots and the HIV-2 Spot are still reactive, continue testing as follows.

4. Dilute the 1:10 diluted specimen again by 10-fold in Negative Control Serum, following the procedure in step 1 above (the final dilution is 1:100).

5. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:100 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.

6. Read the results according to the criteria above in Test Result Appearance and Interpretation.

- If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as Preliminary Positive for antibodies to the specific HIV type identified.
- If the dual HIV reactivity does not disappear at the 1:100 dilution, or if the HIV-1 and HIV-2 spots both become nonreactive at the same dilution, the specimen should be interpreted as **"Preliminary Positive for antibodies to HIV (undifferentiated)."**

Follow CDC guidelines for counseling, testing, and referral when informing test subjects of these HIV test results and their interpretation.[42]

## 12. LIMITATIONS OF THE PROCEDURE

1. For a <u>preliminary positive</u> result, when used as a rapid HIV-1/HIV-2 test, clinical correlation is indicated with appropriate counseling, medical evaluation, and possibly additional testing (for example, Western blot or indirect immunofluorescence assay) to decide whether a diagnosis of HIV infection is accurate.

2. The Assay Procedure and the Test Result Appearance and Interpretation must be followed closely when testing for the presence of antibodies to HIV-1 or HIV-2 in plasma or serum from individual subjects. Failure to follow the procedure may give inaccurate results.

3. The test was designed to test individual specimens of fresh or frozen serum or plasma. Data regarding test kit interpretation were derived from testing individual samples. Insufficient data are available to interpret tests performed on other body specimens, pooled blood or processed plasma, and products made from such pools. Testing of these specimens is not recommended.

4. The following anticoagulants have been evaluated and found to be acceptable for use with this test: EDTA, sodium citrate, sodium heparin and SST tubes. **Use of other anticoagulants has not been evaluated and may give incorrect results.**

5. Performance of this assay has not been evaluated on patient samples that have been heat-inactivated.

6. Polystyrene tubes should not be used to prepare specimens for this test.

7. AIDS and AIDS-related conditions are clinical syndromes and their diagnosis can only be established clinically. Testing alone cannot be used to diagnose AIDS, even if the recommended investigation of reactive specimens suggests a high probability that the antibody to HIV-1 or HIV-2 is present.

8. A nonreactive result for an individual subject indicates absence of detectable HIV antibodies. However, a nonreactive test result does not preclude the possibility of exposure to or infection with HIV-1 and/or HIV-2.

9. Nonreactive results can occur if the quantity of marker present in the sample is below the detection limits of the assay, or if the marker that is detected is not present during the stage of disease in which a sample is collected.

10. The risk of any asymptomatic person with a reactive serum or plasma developing AIDS or an AIDS-related condition is not known, as the course of HIV infections may vary among individual patients and may be altered by antiretroviral therapy. However, in a prospective study, AIDS developed in 51% of homosexual men after 10 years of infection.[43]

11. A person who has antibodies to HIV-1 is presumed to be infected with the virus, except a person who has participated in an HIV vaccine study may develop antibodies to the vaccine and may or may not be infected with HIV.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341527

12. Specimens which are reactive for antibodies to both HIV-1 and HIV-2 on initial testing should be retested, according to the dilutional test protocol, to identify potential cross-reaction and differentiate between HIV-1 and HIV-2. Results of dilutional testing, when used for rapid HIV-1/HIV-2 testing, should be reported as <u>Preliminary Positive</u> for antibodies to the specific virus type identified in the dilutional testing. Specimens that are dually reactive when tested undiluted but only reactive for one virus type at the 1:100 dilution may be dually positive; these samples are reported as Preliminary Positive for antibodies to the specific HIV type identified, when used for rapid HIV-1/HIV-2 testing.

13. The intensity of the Test Spot does not correlate with antibody titer of the specimen.

14. Samples reactive for both HIV-1 and HIV-2 may resolve to HIV-1 at higher dilutions due to the lower avidity of the HIV-2 antibody as compared to the HIV-1 antibody.

15. **The Multispot HIV-1/HIV-2 Rapid Test cannot be used as part of a diagnostic testing algorithm for both the initial testing and the differentiation testing of the same sample.**

## 13. EXPECTED PERFORMANCE CHARACTERISTICS – RAPID HIV-1/HIV-2 TESTING

### Sensitivity for Antibodies to HIV-1

### Sera

The reactivity of the Multispot HIV-1/HIV-2 Rapid Test was evaluated at two geographically diverse locations in the U.S. with 801 fresh serum samples from known HIV-1-positive individuals, and at three geographically diverse locations in the U.S. with 620 prospective fresh sera from patients at high risk for HIV-1 infection. The results of testing with the Multispot HIV-1/HIV-2 Rapid Test, a licensed EIA, and Western blot are shown in Table 1.

Table 1 - Detection of HIV-1 Antibody in Serum Samples

| Population | # of Samples Tested | Multispot Reactive | Licensed HIV-1 EIA Repeatedly Reactive | Licensed HIV-1 Western Blot Positive |
|---|---|---|---|---|
| HIV-1 Known Positive, U.S. Fresh Sera | 801 | 801 | 801 | 801 |
| HIV-1 High-Risk Fresh Sera | 620 | 28 | 29[a] | 28 |
| Total | 1421 | 829 | 830 | 829 |

[a] One specimen was Negative on HIV-1 Western blot.

Of the 829 confirmed HIV-1-positive serum samples from known HIV-1 positive individuals and from individuals at high risk for HIV-1 infection, all 829 were reactive when tested on the Multispot HIV-1/HIV-2 Rapid Test. Based on these studies, the sensitivity of the Multispot HIV-1/HIV-2 Rapid Test for antibodies to HIV-1 with serum specimens is calculated to be 100% (95% CI = 99.94 – 100.00%).

### Plasma

The reactivity of the Multispot HIV-1/HIV-2 Rapid Test was evaluated at two geographically diverse locations in the U.S. with 801 fresh plasma samples from known HIV-1 positive individuals, and at four geographically diverse locations in the U.S. with 1441 prospective fresh plasma from patients at high risk for HIV-1 infection. The results of testing with the Multispot HIV-1/HIV-2 Rapid Test, a licensed EIA, and Western blot are shown below in Table 2.

Table 2 - Detection of HIV-1 Antibody in Plasma Samples

| Population | # of Samples Tested | Multispot Reactive | Licensed HIV-1 EIA Repeatedly Reactive | Licensed HIV-1 Western Blot Positive |
|---|---|---|---|---|
| HIV-1 Known Positive, U.S. Fresh Plasma | 801 | 801 | 801 | 801 |
| HIV-1 High-Risk Fresh Plasma | 1441 | 70 | 72[a] | 70 |
| Total | 2242 | 871 | 873 | 871 |

[a] One specimen was Indeterminate and one specimen was Negative on HIV-1 Western blot.

14

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341528

Of the 871 confirmed HIV-1 positive plasma samples from known HIV-1 positive individuals and from individuals at high risk for HIV-1 infection, all 871 were reactive when tested on the Multispot HIV-1/HIV-2 Rapid Test. Based on these studies, the sensitivity of the Multispot HIV-1/HIV-2 Rapid Test for antibodies to HIV-1 with plasma specimens is calculated to be 100% (95% CI = 99.94 – 100.00%).

**Sensitivity for Antibodies to HIV-2**

The ability of the Multispot HIV-1/HIV-2 Rapid Test to detect antibodies to HIV-2 in samples known to be positive for HIV-2 is presented in Table 3. Samples were frozen sera (N=61) and frozen plasma (N=140) and were collected in Africa (N=163), the United States (N=13) and unknown locations (N=25). All samples tested were positive on a research use HIV-2 Western blot, and repeatedly reactive on both a licensed HIV-2 EIA and on a licensed HIV-1/HIV-2 EIA. In addition, the ability of Multispot HIV-1/HIV-2 to detect HIV-2 antibodies in specimens collected prospectively from individuals in an HIV-2 endemic area was evaluated on 500 frozen serum specimens previously collected in Sierra Leone, Africa.

Table 3 - Detection of HIV-2 Antibody in Serum/Plasma Samples

| Population | # of Samples Tested | HIV-2 Western Blot (Research Use) Positive | |
|---|---|---|---|
| | | Multispot Reactive | Licensed HIV-2 EIA and HIV-1/HIV-2 EIA Repeatedly Reactive |
| HIV-2 Known Positive | 201 | 201[a] | 201 |
| HIV-2 Endemic Population | 500 | 6[b] | 6[b] |
| **Total** | **701** | **207** | **207** |

[a] Two specimens were identified as positive for both HIV-1 and HIV-2 based on results of Western blot and PCR testing.
[b] Western blot testing identified 2 of these specimens as positive for both HIV-1 and HIV-2.

As shown in Table 3, of the 207 confirmed HIV-2 positive specimens (i.e., HIV-2 Western blot positive) from known HIV-2 positive individuals and from individuals in an HIV-2 endemic population, all 207 were reactive when tested on the Multispot HIV-1/HIV-2 Rapid Test. Based on the results from these studies, the sensitivity of the Multispot HIV-1/HIV-2 Rapid Test for antibodies to HIV-2 is calculated to be 100% (95% CI = 99.76 – 100%).

**HIV-1 and HIV-2 Differentiation**

The ability of Multispot to differentiate HIV-1 and HIV-2 antibodies was determined by evaluating the samples that were identified by Western blot testing as positive for HIV-1 or HIV-2, as shown below in Table 4.

Table 4 - Differentiation of HIV-1 and HIV-2 Antibodies in Western Blot Positive Samples

| HIV Status[a] | Number of Specimens | Multispot Test Result Interpretation[b] | | | % Correct |
|---|---|---|---|---|---|
| | | HIV-1 | HIV-2 | HIV-1/HIV-2 | |
| HIV-1 | 1071 | 1070 | 0 | 1 | 99.91% |
| HIV-2 | 109 | 0 | 107 | 2 | 98.16% |

[a] HIV-1 status was determined based on a positive result on a licensed HIV-1 Western blot. HIV-2 status was determined based on a positive result on a research use HIV-2 Western blot, with a corresponding negative or indeterminate result on a licensed HIV-1 Western blot.
[b] Interpretation was based on initial Multispot test results if reactive for HIV-1 or HIV-2 only, or on the result from testing of diluted specimens that were reactive for both HIV-1 and HIV-2 on initial test results.

**HIV-1:**
In the HIV-1 known positive and high-risk populations, there were 1071 samples that were HIV-1 positive by Western blot (1001 from known positive U.S. and worldwide populations and 70 from high risk populations). Multispot identified 1070 of the 1071 samples as HIV-1 reactive only (1070/1071 = 99.91%; 95% CI of 99.68 – 100.00%). The remaining sample, which was HIV-2 Western blot indeterminate, was dually reactive (undifferentiated) on Multispot HIV-1/HIV-2.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341529

Of the 801 samples from known HIV-1 positive U.S. individuals, all were positive by HIV-1 Western blot and all were reactive with the Multispot HIV-1/HIV-2 Rapid Test. Seven hundred ninety-nine (799) of the 801 samples (99.8%) were detected as HIV-1 reactive only on Multispot HIV-1/HIV-2, and the remaining 2 samples were dually reactive (undifferentiated) on Multispot HIV-1/HIV-2. Multispot identified 799 of the 801 known HIV-1 positive samples as HIV-1 reactive only (799/801 = 99.75%; 95% CI of 99.34 – 100.00%).

**HIV-2:**
In the known HIV-2 positive population, there were 109 samples that were HIV-2 positive only by Western blot, and 92 samples were also positive by HIV-1 Western blot. Multispot identified 107 of these 109 samples as reactive for HIV-2 only (107/109 = 98.16%; 95% CI of 95.14 – 100.00%). The 2 remaining samples, which were indeterminate on HIV-1 Western blot, were dually reactive (undifferentiated) on Multispot.

Of the 201 samples from known HIV-2 positive individuals, all were positive by HIV-2 Western blot and all were reactive with the Multispot HIV-1/HIV-2 Rapid Test. One hundred ninety (190) of these 201 known HIV-2 specimens (94.5%) were detected as HIV-2 reactive only on Multispot HIV-1/HIV-2. Nine were reactive for both HIV-1 and HIV-2 and two were identified by Multispot as HIV-1 reactive. Note: Samples reactive for both HIV-1 and HIV-2 may resolve to HIV-1 due to the lower titer of the HIV-2 antibody as compared to the HIV-1 antibody. Dual infections with both HIV-1 and HIV-2 viruses are unusual but may occur in individuals from HIV-2 endemic countries.[44]

### Reactivity of Multispot HIV-1/HIV-2 on Worldwide Specimens and on HIV-1 Group O Serotype Samples

A total of 79 frozen serum and 124 frozen plasma specimens from various worldwide geographic locations outside of the U.S. were tested on Multispot HIV-1/HIV-2. HIV-1 subtypes represented included subtypes A, B, C, D, E, F, and G. All 203 specimens from this worldwide panel were reactive on Multispot HIV-1/HIV-2. In addition, 12 HIV-1 Serotype Group O frozen plasma samples were tested on Multispot HIV-1/HIV-2. Ten (10) samples were from Cameroon, one was from Spain, and one was from the United States. Eleven (11) of the 12 HIV-1 Group O serotype samples were reactive when tested on Multispot HIV-1/HIV-2, and one was nonreactive.

### Reactivity with Seroconversion and Sensitivity (Low and Mixed Titer) Panels

Sensitivity was also assessed by testing 10 commercial seroconversion panels and 3 low/mixed titer sensitivity panels. The results of seroconversion panel testing, in comparison to results with a licensed HIV-1/HIV-2 EIA and a licensed HIV-1 Western Blot, are shown in Table 5. Multispot HIV-1/HIV-2 detected the presence of antibody to HIV-1 in specimens from ten Seroconversion Panels as early as, or earlier than, a licensed HIV-1/HIV-2 EIA.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341530

**Table 5 - HIV-1 Seroconversion Panels, N=10**

| | Panel ID | Day Since 1st Bleed | Multispot Result | Licensed HIV-1/HIV-2 EIA |
|---|---|---|---|---|
| L | PRB912-01 | 0 | Negative | NR |
| | PRB912-02 | 9 | **HIV-1** | **RR** |
| | PRB912-03 | 14 | **HIV-1** | **RR** |
| V | PRB922-01 | 0 | Negative | NR |
| | PRB922-02 | 4 | **HIV-1** | NR |
| | PRB922-03 | 7 | **HIV-1** | **RR** |
| | PRB922-04 | 11 | **HIV-1** | **RR** |
| AB | PRB927-01 | 0 | Negative | NR |
| | PRB927-02 | 28 | Negative | NR |
| | PRB927-03 | 33 | **HIV-1** | **R** |
| | PRB927-04 | 35 | **HIV-1** | **R** |
| | PRB927-05 | 40 | **HIV-1** | **R** |
| AD | PRB929-01 | 0 | Negative | NR |
| | PRB929-05 | 21 | Negative | NR |
| | PRB929-06 | 25 | Negative | NR |
| | PRB929-07 | 28 | **HIV-1** | **R** |
| AI | PRB934-01 | 0 | Negative | NR |
| | PRB934-02 | 7 | **HIV-1** | **RR** |
| | PRB934-03 | 11 | **HIV-1** | **RR** |
| AP | PRB940-01 | 0 | Negative | NR |
| | PRB940-03 | 11 | Negative | NR |
| | PRB940-04 | 15 | **HIV-1** | **RR** |
| | PRB940-05 | 18 | **HIV-1** | **RR** |
| | PRB940-06 | 22 | **HIV-1** | **RR** |
| | PRB940-07 | 25 | **HIV-1** | **RR** |
| | PRB940-08 | 29 | **HIV-1 & HIV-2** | **RR** |
| AQ | PRB941-01 | 0 | Negative | NR |
| | PRB941-03 | 9 | Negative | NR |
| | PRB941-04 | 18 | **HIV-1** | NR |
| | PRB941-05 | 21 | **HIV-1** | NR |
| | PRB941-06 | 25 | **HIV-1** | **RR** |
| AT | PRB944-01 | 0 | Negative | NR |
| | PRB944-04 | 9 | Negative | NR |
| | PRB944-05 | 14 | **HIV-1** | **R** |
| | PRB944-06 | 16 | **HIV-1** | **R** |
| AU | PRB945-01 | 0 | Negative | NR |
| | PRB945-04 | 13 | Negative | NR |
| | PRB945-05 | 15 | Negative | NR |
| | PRB945-06 | 20 | **HIV-1** | **R** |
| SV | SV-0401-A | 0 | Negative | NR |
| | SV-0401-E | 14 | Negative | NR |
| | SV-0401-F | 18 | **HIV-1** | **RR** |
| | SV-0401-G | 22 | **HIV-1** | **RR** |

NR = Nonreactive, RR = Repeatedly Reactive, R = Reactive (single test)

17

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

The results of testing Multispot HIV-1/HIV-2 on 2 low titer panels and 1 mixed titer panel, in comparison to a licensed HIV-1/HIV-2 EIA, are shown in Tables 6 and 7. Multispot HIV-1/HIV-2 was able to detect antibodies to HIV-1 similar to the licensed EIA.

Table 6 - HIV-1 Low Titer Panels

| Panel ID | | Multispot Result | Licensed HIV-1/HIV-2 EIA |
|---|---|---|---|
| PRB106 | 01 | **HIV-1** | R |
| | 02 | Negative | R |
| | 03 | **HIV-1** | R |
| | 04 | **HIV-1** | R |
| | 05 | **HIV-1** | R |
| | 06 | Negative | NR |
| | 07 | **HIV-1** | R |
| | 08 | **HIV-1** | NR |
| | 09 | **HIV-1** | R |
| | 10 | **HIV-1** | R |
| | 11 | **HIV-1** | R |
| | 12 | **HIV-1** | R |
| | 13 | **HIV-1** | R |
| | 14 | **HIV-1** | R |
| | 15 | **HIV-1** | R |
| PRB107 | 01 | Negative | NR |
| | 02 | **HIV-1** | NR |
| | 03 | **HIV-1** | NR |
| | 04 | **HIV-1** | R |
| | 05 | Negative | NR |
| | 06 | **HIV-1** | R |
| | 07 | **HIV-1** | NR |
| | 08 | Negative | R |
| | 09 | Negative | NR |
| | 10 | **HIV-1** | R |
| | 11 | **HIV-1** | R |
| | 12 | Negative | NR |
| | 13 | Negative | NR |
| | 14 | **HIV-1** | R |
| | 15 | **HIV-1** | R |

NR = Nonreactive, R = Reactive (single test)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341532

Table 7 - HIV-1 Mixed Titer Panel (PRB203)

| Panel ID | Multispot Result | Licensed HIV-1/HIV-2 EIA |
|---|---|---|
| PRB203-01 | **HIV-1** | **RR** |
| PRB203-02 | **HIV-1** | **RR** |
| PRB203-03 | Negative | NR |
| PRB203-04 | **HIV-1** | NR |
| PRB203-05 | **HIV-1** | **RR** |
| PRB203-06 | **HIV-1** | **RR** |
| PRB203-07 | **HIV-1** | **RR** |
| PRB203-08 | **HIV-1** | **RR** |
| PRB203-09 | **HIV-1** | **RR** |
| PRB203-10 | **HIV-1** | **RR** |
| PRB203-11 | **HIV-1** | **RR** |
| PRB203-12 | **HIV-1** | **RR** |
| PRB203-13 | **HIV-1** | **RR** |
| PRB203-14 | **HIV-1** | NR |
| PRB203-15 | **HIV-1** | **RR** |
| PRB203-16 | **HIV-1** | **RR** |
| PRB203-17 | **HIV-1** | **RR** |
| PRB203-18 | **HIV-1** | **RR** |
| PRB203-19 | **HIV-1** | **RR** |
| PRB203-20 | Negative | NR |
| PRB203-21 | **HIV-1** | **RR** |
| PRB203-22 | **HIV-1** | NR |
| PRB203-23 | **HIV-1** | **RR** |
| PRB203-24 | **HIV-1** | **RR** |
| PRB203-25 | **HIV-1** | **RR** |

NR = Nonreactive, RR = Repeatedly Reactive

## Specificity

## Sera

The specificity of Multispot HIV-1/HIV-2 with serum samples was evaluated in both low and high-risk populations for HIV infection. Samples in the three low-risk populations were obtained from a regional blood donor center (N=505) and from 2 low prevalence areas (N=200 and N=199) in geographically distinct areas of the United States. One specimen from the low risk population was confirmed positive for HIV infection and was excluded from the specificity analysis, giving a total of 903 specimens. An additional 592 HIV antibody-negative samples collected from individuals of unknown HIV serostatus in the population of 620 individuals at high risk for HIV described above in the Sensitivity section (Table 1) were added to the low risk population for calculation of total specificity for serum specimens. These added 592 samples were from 3 clinical sites and were nonreactive by HIV-1 EIA and negative by HIV-1 Western blot. The results of testing using Multispot HIV-1/HIV-2 compared to results with the reference test are shown in Table 8.

Table 8 - Specificity in Low and High-Risk Populations Fresh Sera

| Test Group | Total Samples Negative by Reference Test[a] | Multispot Reactive | Multispot Nonreactive |
|---|---|---|---|
| Low Risk | 903 | 1 | 902 |
| High Risk | 592 | 0 | 592 |
| **Totals** | **1495** | **1** | **1494** |

[a] Includes all samples nonreactive by HIV-1 EIA and those reactive by HIV-1 EIA that were negative on HIV-1 Western blot

19

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341533

Of the 1495 samples from individuals at low risk and high risk for HIV infection that were negative for antibodies to HIV by reference testing, 1494 were nonreactive on Multispot HIV-1/HIV-2. One (1) serum sample that was reactive for HIV-1 on Multispot was nonreactive on HIV-1/HIV-2 EIA and HIV-2 EIA, and negative by HIV-1 Western blot.

Combining the data from the studies of low-risk fresh serum samples and the high-risk fresh serum samples that were negative for antibodies to HIV by the reference test, the specificity of the Multispot HIV-1/HIV-2 Rapid Test using serum specimens in these studies is calculated to be 1494/1495 or 99.93% (95% CI = 99.79 – 100.00%).

### Plasma

The specificity of Multispot HIV-1/HIV-2 with plasma samples was evaluated in both low and high-risk populations for HIV infection. Samples were obtained from a regional blood donor center (N=505) and from 2 low prevalence areas (N=200 plasma and N=199 plasma) in geographically distinct areas of the United States. One specimen from the low-risk population was confirmed positive for HIV infection and was excluded from the specificity analysis, giving a total of 903 specimens. An additional 1371 HIV-1 antibody-negative fresh plasma samples collected from individuals of unknown HIV serostatus in a population at high risk for HIV (taken from the high-risk population described in the Sensitivity section above, Table 2) were added to the low-risk population for calculation of total specificity for plasma specimens, as shown in Table 9.

Table 9  - Specificity in Low and High-Risk Populations Fresh Plasma

| Test Group | Total Samples Negative by Reference Test[a] | Multispot Reactive | Multispot Nonreactive |
|---|---|---|---|
| Low Risk | 903 | 2 | 901 |
| High Risk | 1371 | 0 | 1371 |
| Totals | 2274 | 2 | 2272 |

[a] Includes all samples nonreactive by HIV-1 EIA and those reactive by HIV-1 EIA that were negative on HIV-1 Western blot

Of the 2274 samples from individuals at low risk and high risk for HIV infection that were negative for antibodies to HIV by reference testing, 2272 were nonreactive on Multispot HIV-1/HIV-2. Two (2) plasma samples that were reactive for HIV-1 on Multispot were nonreactive on HIV-1/HIV-2 EIA or HIV-2 EIA, and negative by HIV-1 Western blot.

Combining the data from the studies of low-risk fresh plasma samples and the high-risk fresh plasma samples that were negative for antibodies to HIV by the reference test, the specificity of the Multispot HIV-1/HIV-2 Rapid Test using plasma specimens in these studies is calculated to be 2272/2274 or 99.91% (95% CI = 99.77 – 100.00%).

### Interfering Substances and Unrelated Medical Conditions

The Multispot HIV-1/HIV-2 Rapid Test was evaluated in studies of samples with potentially interfering substances, with various anticoagulants, and from individuals with unrelated medical conditions to determine any effect on test sensitivity and specificity.

Potentially interfering substances and anticoagulants tested, and the number of specimens tested, are as follows: hemolyzed (20), icteric (20), lipemic (20), elevated albumin (20), SST serum (10), EDTA plasma (10), heparin plasma (10), and citrated plasma (10). The sensitivity and specificity of Multispot was not affected by the presence of these interfering substances or anticoagulants, with the exception of one icteric specimen whose test results were uninterpretable on repeated testing due to high background.

Performance of Multispot HIV-1/HIV-2 was evaluated on a series of 227 unspiked specimens from individuals with unrelated medical conditions. In addition, two aliquots of each specimen were spiked

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341534

with an HIV-1 or an HIV-2 positive specimen to give a level of reactivity in the low positive range. Results from the testing of these unspiked and HIV-1 and HIV-2 spiked specimens are shown in Table 10.

**Table 10 - Unrelated Medical Conditions**

| Unrelated Medical Condition | Unspiked Aliquots with Negative Results | HIV-1 Spiked Aliquots with HIV-1  Results | HIV-2 Spiked Aliquots with HIV-2 Results |
|---|---|---|---|
| Anti-HAV | 12/12 | 10/10 | 10/10 |
| Anti-HCV | 12/12 | 10/10 | 10/10 |
| Anti-EBV | 12/12 | 10/10 | 10/10 |
| Anti-HSV | 12/12 | 10/10 | 9/10[e] |
| Anti-CMV | 14/14 | 10/10 | 10/10 |
| Anti-HTLV-I | 9/10[a] | 10/10 | 10/10[f] |
| Anti-HTLV-II | 11/12[b] | 9/10[c] | 9/10[c] |
| Anti-Rubella | 12/12 | 10/10 | 10/10 |
| Anti-Toxoplasmosis | 11/12[b] | 10/10 | 10/10 |
| Cancers | 10/10 | 9/10[c] | 10/10 |
| Cirrhosis | 10/10 | 10/10 | 10/10 |
| Elevated IgG | 10/10 | 9/10[c] | 9/9 |
| Elevated IgM | 10/10 | 10/10 | 10/10 |
| HBsAg + | 15/15 | 10/10 | 10/10[f] |
| Rheumatoid Factor + | 10/10 | 10/10 | 10/10 |
| RPR + | 10/10 | 8/10[d] | 10/10 |
| Multiparous | 12/12 | 10/10 | 10/10 |
| Multi-Transfused | 12/12 | 10/10 | 10/10 |
| Systemic Lupus | 9/10[b] | 10/10 | 10/10 |
| VZV+ | 10/10 | 10/10 | 9/10[c] |
| TOTALS | 223/227 (98.2%) | 195/200 (97.5%) | 196/199 (98.5%) |

[a] One un-spiked sample in this group was falsely reactive for HIV-2.
[b] One un-spiked sample in this group was falsely reactive for HIV-1.
[c] One spiked sample in this group was falsely nonreactive
[d] Two spiked samples in this group were falsely nonreactive.
[e] One sample in this group spiked with HIV-2 was HIV-1 reactive.
[f] One sample in this group, spiked with HIV-2, was dually reactive for HIV-1 and HIV-2.

Overall, in the 227 unrelated medical condition (UMC) samples, 223 were nonreactive in Multispot. Falsely reactive results were observed in 1 sample each from specimens containing antibodies to HTLV-I, HTLV-II, toxoplasmosis, and SLE. Of the 200 UMC samples spiked with low levels of HIV-1 antibodies, 195 were reactive for HIV-1 and 5 were falsely nonreactive (1 anti-HTLV-II Ab positive, 1 cancer patient, 1 with elevated IgG, and 2 RPR positive). Of the 199 UMC samples spiked with low levels of HIV-2 antibodies, 196 were reactive for HIV-2 and 3 were falsely nonreactive (1 each positive for antibodies to HSV, HTLV-II, and VZV).

**Multispot HIV-1/HIV-2 Reproducibility Testing**

The reproducibility of Multispot HIV-1/HIV-2 was evaluated at 5 sites with a panel of 7 specimens tested by 9 operators on 3 days on 3 lots at each site. A total of 6 kit lots were evaluated in this study. The intensity of each spot was scored, and the overall interpretation for each specimen was determined based on the scoring pattern. A total of 566 tests were performed (81 replicates of 7 panel members, minus one sample vial with inadequate volume for testing). The results from all of the sites demonstrate that for strong reactive HIV-1 and HIV-2 specimens and negative specimens, the reproducibility of the Multispot HIV-1/HIV-2 was 100%. The reproducibility of weakly reactive specimens was also acceptable, ranging from 90.1 – 100% agreement on specimens that were

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341535

prepared by dilution of a strong reactive sample, and 98.8 - 100% agreement on HIV dual reactive specimens. In summary, overall reproducibility on all 566 tests was 98.0%.

**14 – USE OF MULTISPOT AS AN ANTIBODY DIFFERENTIATION TEST IN A DIAGNOSTIC TESTING ALGORITHM**

**When the Multispot HIV-1/HIV-2 Rapid Test is used as an HIV-1/HIV-2 antibody differentiation assay in a diagnostic testing algorithm for HIV, as recommended by the Clinical Laboratory Standards Institute (CLSI)[32], follow the previous instructions in Sections 5 – 10 and Section 12 to perform the test.  The following instructions for result appearance and interpretation are used in place of the instructions in Section 11 that describe use of the assay as a rapid HIV-1/HIV-2 test.**

**Test Result Appearance and Interpretation – Diagnostic Testing Algorithm that Includes Differentiation between HIV-1 and HIV-2 Antibodies**

**Place the Cartridges with the patient ID label facing toward the operator prior to reading test results.** Examine the Cartridge membrane and compare the location of colored spots to the diagram below. The appearance of a definite purple color in any of the Test Spots must be considered as presence of that Spot.  Follow guidelines for using the assay in an HIV testing algorithm.[32]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**Interpretation for Diagnostic Testing Algorithm that Differentiates HIV-1 and HIV-2 Antibodies:**

**Nonreactive**



Only the Procedural Control Spot shows purple color development. The 3 Test Spots show no color development. Test result is interpreted as negative for HIV-1 and HIV-2 antibodies. Additional testing is recommended, including HIV nucleic acid testing (NAT).

**Reactive**



**HIV-1 POSITIVE:**
The Procedural Control Spot shows purple color development and **both** the recombinant HIV-1 Spot and the HIV-1 Peptide Spot show purple color development. Test result is interpreted as Positive for HIV-1 antibodies

---



**HIV-2 POSITIVE**
The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development. Test result is interpreted as Positive for HIV-2 antibodies

---



**HIV POSITIVE (Undifferentiated):**
The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development as well as one or both HIV-1 Spots. In this case, the specimen may be tested by additional methods which allow for differentiation between HIV-1 and HIV-2. See diutional procedure which follows.

**Indeterminate**



**HIV-1 INDETERMINATE:** The Procedural Control Spot shows purple color development and either the recombinant HIV-1 Spot or the HIV-1 Peptide Spot shows purple color development, but not both HIV-1 Spots. Test result is interpreted as Indeterminate for HIV-1 antibodies and testing for HIV nucleic acid is recommended.

**Invalid - Do not report any results**



If no color develops in the Procedural Control Spot, regardless of color development anywhere else on the membrane, the results are **INVALID**. (See examples.)



If the background on the membrane is dark and interferes with the interpretation of the spots, the results are invalid. In addition, if there are stray purple marks or discoloration that interferes with reading the spots, the assay should be repeated. Repeat the assay, and if results are still invalid collect a fresh sample or test by another method.

***Note: The appearance of a definite purple color in any of the Test Spots must be considered as presence of that Spot.***

### Dilutional Procedure for Diagnostic Testing Algorithm that Differentiates HIV–1 and HIV-2 Antibodies

The following procedure is used to differentiate samples that demonstrate purple color development in the HIV-2 Spot as well as in one or both of the HIV-1 Spots.

1. Dilute the specimen 1:10 (using a calibrated pipettor, add 90 μL of Negative Control Serum and 10 μL of sample to a separate test tube; or, alternatively, 135 μL of Negative Control Serum and 15 μL of sample). Mix well.
2. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:10 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.
3. Read the results according to the criteria below in Test Result Interpretation – Dilutional Testing for Diagnostic Testing Algorithm.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341537

- If the Procedural Control Spot is reactive and the Test Spots are nonreactive at this dilution, the specimen should be interpreted as **"POSITIVE for antibodies to HIV (undifferentiated)."**
- If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as POSITIVE for antibodies to the specific HIV type identified. For dilutional testing, a result is considered positive for HIV-1 if at least one of the HIV-1 spots is reactive. It is not required to have both HIV-1 spots as reactive in dilutional testing as long as both were reactive when tested undiluted. Refer to the table below for interpretation criteria.
- If a sample is reactive for one HIV-1 spot and the HIV-2 spot on initial testing and is only reactive for the HIV-1 spot on dilutional testing, that sample should be interpreted as HIV-1 INDETERMINATE.
- If one or both of the HIV-1 Spots and the HIV-2 Spot are still reactive, continue testing as follows.

4. Dilute the 1:10 diluted specimen again by 10-fold in Negative Control Serum, following the procedure in step 1 above (the final dilution is 1:100).

5. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:100 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.

6. Read the results according to the criteria below in Test Result Interpretation – Dilutional Testing for Diagnostic Testing Algorithm.

- If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as POSITIVE for antibodies to the specific HIV type identified. For dilutional testing, a result is considered positive for HIV-1 if at least one of the HIV-1 spots is reactive. It is not required to have both HIV-1 spots as reactive in dilutional testing as long as both were reactive when tested undiluted. Refer to the table below for interpretation criteria.
- If the dual HIV reactivity does not disappear at the 1:100 dilution, or if the HIV-1 and HIV-2 spots both become nonreactive at the same dilution, the specimen should be interpreted as **"POSITIVE for antibodies to HIV (undifferentiated)."**
- If a sample is reactive for one HIV-1 spot and the HIV-2 spot on initial testing and testing at a 1:10 dilution, and is only reactive for the HIV-1 spot on dilutional testing, that sample should be interpreted as HIV-1 INDETERMINATE.

Follow CDC guidelines for counseling, testing, and referral when informing test subjects of these HIV test results and their interpretation.[42]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341538

**Test Result Interpretation – Dilutional Testing for Diagnostic Testing Algorithm**

**1:10 Dilutional testing:**

| Initial Result | 1:10 Dilutional Result | Interpretation/Action |
|---|---|---|
| | | HIV-1 POSITIVE |
| | | HIV-2 POSITIVE |
| | | Retest at 1:100 dilution |
| | | Retest at 1:100 dilution |
| | | HIV POSITIVE (undifferentiated) |
| | | HIV-1 INDETERMINATE |
| | | HIV-2 POSITIVE |
| | | Retest at 1:100 dilution |
| | | HIV POSITIVE (undifferentiated) |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341539

1:100 Dilutional Testing:

| Initial Result | 1:10 Dilutional Result | 1:100 Dilutional Result | Interpretation |
|---|---|---|---|
|  |  |  | HIV-1 POSITIVE |
| |  |  | HIV-2 POSITIVE |
| | |  | HIV POSITIVE (undifferentiated) |
| | |  | HIV POSITIVE (undifferentiated) |
| | |  | HIV POSITIVE (undifferentiated) |
|  |  |  | HIV-1 INDETERMINATE |
| | |  | HIV-2 POSITIVE |
| | |  | HIV POSITIVE (undifferentiated) |
| | |  | HIV POSITIVE (undifferentiated) |

## 15. PERFORMANCE CHARACTERISTICS OF MULTISPOT IN A DIAGNOSTIC TESTING ALGORITHM

The CDC and several public health laboratories have evaluated the use of the Multispot HIV-1/HIV-2 Rapid Test as the HIV-1/HIV-2 antibody differentiation assay in a diagnostic testing algorithm, after repeatedly reactive results were obtained from an HIV-1/2 antibody immunoassay or HIV antigen/antibody combination assay.  The studies were conducted on specimens that had been submitted for clinical testing. Results of the algorithm using Multispot were compared to test results from an HIV-1 Western blot, an HIV-1 qualitative RNA assay, or both.  Some specimens were also tested with an HIV-2 EIA or HIV-2 qualitative RNA assay. Results of these studies documenting performance of the Multispot as the HIV-1/HIV-2 antibody differentiation assay in the diagnostic testing algorithm are summarized here.

Study 1:  In a CDC study that included use of the Multispot HIV-1/HIV-2 Rapid Test as the differentiation assay in a diagnostic testing algorithm, 830 specimens were tested, of which 416 were from individuals with established HIV infection and 414 were HIV negative.  The interpretation of Multispot results in this study was based on the rapid testing criteria, and not the criteria described above for use of the assay as an antibody differentiation test in a diagnostic testing algorithm.  The Multispot sensitivity observed in this study was 99.52% with a 95% confidence internal of 98.26 – 99.62%.  The observed specificity for Multispot in this study was 99.03% with a 95% confidence interval of 97.54 – 99.61%. The specificity observed in this study may have been higher if the diagnostic algorithm interpretive criteria were used (requiring two HIV-1 spots for a reactive test result). This study demonstrated improved sensitivity for detecting acute HIV-1 infections when Multispot was used in the alternative algorithm, while maintaining the ability to accurately detect established HIV-1 infections.[33]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341540

Study 2:  The Multispot HIV-1/HIV-2 Rapid Test was evaluated retrospectively by CDC using test results from a public health laboratory to assess the ability to accurately differentiate HIV-1 and HIV-2 infections in individuals known to be infected with HIV.  Multispot was positive in 1788/1790 specimens that were HIV-1 Western blot positive by the CDC criteria[34], and negative in 2/1790.  Six specimens in this study were confirmed as HIV-2 by a research-use HIV-2 Western blot and DNA NAT, of which four were positive on Multispot for HIV-2 only and two were undifferentiated.  Multispot correctly identified HIV-1 infection in specimens that were not identified as positive by Western blot, including at least 15% (15/96) of the specimens that were HIV-1 Western blot indeterminate and 1% (2/249) of those that were negative by Western blot.  Two HIV-1 Western blot indeterminate results had discordant results between Multispot and follow-up test results: one specimen was undifferentiated on Multispot and HIV negative on follow-up testing and one specimen was negative on Multispot and confirmed HIV-1 positive on follow-up testing.  The appearance of test results (reactivity for one or both HIV-1 spots) and the results of dilutional testing were not reported in this study.  No information was provided on the interpretive criteria used in this study (original diagnostic criteria [requiring only one HIV-1 spot for a positive interpretation] or the diagnostic algorithm interpretive criteria [requiring two HIV-1 spots for a positive interpretation]), nor were the results of dilutional testing. This study demonstrated that the Multispot HIV-1/HIV-2 Rapid Test can correctly identify HIV-2 infected individuals and that the performance of the Multispot HIV-1/HIV-2 is comparable or exceeds that of an HIV-1 Western blot when used in the HIV diagnostic testing algorithm.[35]

Study 3:  A separate study to assess the use of Multispot as an HIV-1/HIV-2 differentiation assay for confirmation of repeatedly reactive EIA results included the testing of the 38,257 specimens, of which 1578 were identified as HIV-1 positive in the testing algorithm based either on a positive HIV-1 Western blot (n=1546), detectable HIV-1 RNA (n=29), or follow-up specimen results (n=3).  Using the interpretative criteria that require only one HIV-1 spot to be reactive for a positive interpretation, 1575/1578 (99.8%) of specimens were classified as HIV-1 reactive by Multispot and three were non-reactive or undifferentiated by Multispot.  Of the 1562 specimens that were reactive for both HIV-1 spots, two identified as HIV-1 positive on Multispot were Western blot indeterminate with envelope reactivity (including gp41 or gp160) indicating the samples were likely positive, although false positive results could not be ruled out.  Thirteen specimens out of the 1578 were reactive for only one HIV-1 spot (interpretation of Multispot indeterminate), of which 11 were true positives as confirmed by HIV-1 Western blot (n=4), NAT (n=6) or follow-up specimen testing (n=1).[36]  This study demonstrated that the performance of the Multispot HIV-1/HIV-2 Rapid Test is comparable to HIV-1 Western blot when used in the HIV diagnostic testing algorithm.

Study 4:  A study was performed at a public health laboratory to compare the Multispot HIV-1/HIV-2 Rapid Test to Western blot for use in a confirmatory testing algorithm for HIV.  Multispot identified 8670/8678 HIV-1 Western blot positive specimens giving a sensitivity of 99.91% based on positive Western blot as the gold standard.  An additional 26 specimens were positive by Multispot, of which 3 specimens were negative on Western blot and were identified as positive for HIV-1, and 23/63 specimens were indeterminate on Western blot and were identified as positive for HIV-1 (11 specimens) or positive for HIV-2 (12 specimens).[37]  This study demonstrated that using the Multispot HIV-1/HIV-2 Rapid Test in the HIV diagnostic testing algorithm identified additional specimens as HIV-1 positive or HIV-2 positive that were indeterminate on HIV-1 Western blot.

Study 5:  The performance of the diagnostic testing algorithm that uses the Multispot HIV-1/HIV-2 Rapid Test to differentiate HIV-1 from HIV-2 was evaluated in a study that 2090 HIV-1 Western blot positive specimens and 1508 blood donors that were HIV negative by immunoassay and HIV-1 NAT.  The observed Multispot sensitivity when used as a rapid test was 99.95% with a 95% confidence internal of 99.73 – 100% compared to HIV-1 Western blot n=2090).  The specificity was 99.40% with a 95% confidence interval of 98.87 – 99.73% (n=1508).[38]  This study demonstrated that the performance of the Multispot HIV-1/HIV-2 Rapid Test is comparable to HIV-1 Western blot when used in the HIV diagnostic testing algorithm.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341541

## 16. BIBLIOGRAPHY

1. Centers for Disease Control: Universal precautions for prevention of transmission of human immunodeficiency virus, hepatitis B virus, and other bloodborne pathogens in health-care settings. **Morbidity and Mortality Weekly Rep** 37:377-388, 1988.
2. Centers for Disease Control: Provisional Public Health Service inter-agency recommendations for screening donated blood and plasma for antibody to the virus causing acquired immunodeficiency syndrome. **Morbidity and Mortality Weekly Rep** 34:5-7, 1985.
3. Delmonico FL, Snydman DR: Organ donor screening for infectious diseases. **Transplantation** 65(5):603-610, 1998.
4. Barre-Sinoussi F, Chermann JC, Rey F, et al: Isolation of a T-lymphotropic retrovirus from a patient at risk for acquired immune deficiency syndrome (AIDS). **Science** 220:868-871, 1983.
5. Gallo RC, Salahuddin SZ, Popovic M, et al: Frequent detection and isolation of cytopathic retroviruses (HTLV-III) from patients with AIDS and at risk for AIDS. **Science** 224:500-503, 1984.
6. Coffin J, Haase A, Levy JA, et al: What to call the AIDS virus? **Nature** 321:10, 1986.
7. Clavel F, Guetard D, Brun-Vezinet F: Isolation of a new human retrovirus from West African patients with AIDS. **Science** 233:343-346, 1986.
8. Clavel F, Manshino K, Chameret S, et al: Human immunodeficiency virus type 2 infection associated with AIDS in West Africa. **New Engl J Med** 316:1180-1185, 1987.
9. Schim van der Loeff MF and Aaby P: Towards a better understanding of the epidemiology of HIV-2. **AIDS** 13 (Suppl. A):S69-S84, 1999.
10. Centers for Disease Control: AIDS due to HIV-2 infection - New Jersey. **Morbidity and Mortality Weekly Rep** 37:33-35, 1988.
11. Hoff R, Weiblen BJ, Schwerzler M, et al: Specific antibodies to HIV-2 detected in an anonymous newborn blood specimen from Massachusetts. **Fourth Consensus Conference on Testing for Human Retroviruses**, March 1989.
12. Ayanian JZ, Maguire JH, Marlink RG, et al: HIV-2 infection in the United States. **New Engl J Med** 320:1422-1423, 1989.
13. O'Brien TR, George JR, Holmberg SD: Human immunodeficiency virus type 2 infection in the United States. **JAMA** 267:2775-2779, 1992.
14. Centers for Disease Control: Update: HIV-2 infection among blood and plasma donors–United States, June 1992-June 1995. **Morbidity and Mortality Weekly** Rep 44:603-606, 1995.
15. Sullivan PS, Fleming PL: Surveillance for HIV-2 in the United States: Update and recommendations for future surveillance. Presented at the Association of Public Health Laboratories Conference, Charlotte, NC, March 6-9, 2000.
16. Brun-Vezinet F, Katlama C, Roulot D, et al: Lymphadenopathy associated virus type 2 in AIDS and AIDS-related complex. **Lancet** 1:128-132, 1987.
17. Quinn TC, Zacarias FRK, St. John RK: AIDS in the Americas: an emerging public health crisis. **New Engl J Med** 320:1005-1007, 1989.
18. Guyader M, Emerman M, Sonigo P, et al: Genome organization and transactivation of the human immunodeficiency virus type 2. **Nature** 326:662-669, 1987.
19. Cabrian K, Shriver K, Goldstein L, et al: Human immunodeficiency virus type 2: a review. **J Clinical Immunoassay** 11:107-114, 1988.
20. Janssens W, Buvé A, Nkengasong JN: The puzzle of HIV-1 subtypes in Africa. **AIDS** 11:705-712, 1997.
21. Charneau P, Borman AM, Quillant C, et al: Isolation and envelope sequence of a highly divergent HIV-1 isolate: definition of a new HIV-1 group. **Virology** 205:247-253, 1994.
22. Simon F, Mauclère P, Rogues P, et al: Identification of a new human immunodeficiency virus type 1 distinct from group M and group O. **Nature Medicine** 4:1032-1037, 1998.
23. Gao F, Yue L, Robertson DL, et al: Genetic diversity of human immunodeficiency virus type 2: evidence for distinct subtypes with differences in virus biology. **J Virology** 68:7433-7447, 1994.
24. George JR, Rayfield M, Philips S, et al: Efficacies of U.S. FDA-licensed HIV-1 screening enzyme immunoassays for detecting antibodies to HIV-2. **AIDS** 4:321-326, 1990.
25. Starcich BR, Hahn BH, Shaw GM, et al: Identification and characterization of conserved and variable regions in the envelope gene of HTLV-III/LAV, the retrovirus of AIDS. **Cell** 45:637-648, 1986.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341542

26. Wang JJG, Steel S, Wisniewolski R, Wang CY: Detection of antibodies to human T-lymphotrophic virus type III by using a synthetic peptide of 21 amino acid residues corresponding to a highly antigenic segment of gp41 envelope protein. **Proc Nat Acad Sci USA** 83:6159-6163, 1986.
27. Cosand WL: Synthetic antigen for the detection of AIDS-related disease. U.S. Patent #4,629,783, 1986.
28. Fenouillet E, Sorensen A-M, Lacroix M, Coutellier A, Herson S, Fretz-Foucault C, Gluckman J-C: Early and specific diagnosis of seropositivity to HIVs by an enzyme-linked immunosorbent assay using env-derived synthetic peptides. **AIDS** 4:1137-41, 1990.
29. Gnann JW, McCormick, Mitchell S, Nelson J, Oldstone MBA: Synthetic peptide immunoassay distinguishes HIV type 1 and HIV type 2 infections. **Science** 237:1346-1349, 1987.
30. Gnann JW, Nelson JA, Oldstone MBA: Fine mapping of an immunodominant domain in the transmembrane glycoprotein of human immunodeficiency virus. **J Virol** 61:2639-2641, 1987.
31. Alizon M, Wain-Hobson S, Montagnier L, Sonigo P: Genetic variability of the AIDS virus: nucleotide sequence analysis of two isolates from African patients. **Cell** 46:63-74, 1986.
32. Rosenberg, EC, Brennan CA, et al. Criteria for Laboratory Testing and Diagnosis of Human Immunodeficiency Virus Infections; Approved Guideline Clinical and Laboratory Standards Institute, M53-A. Vol 31. No 13. 2011.
33. Masciotra S, McDougal JS, Feldman J, Sprinkle P, Wesolowski L, Owen SM. Evaluation of an alternative HIV diagnostic algorithm using specimens from seroconversion panels and persons with established HIV infections. **J Clin Virol.** 2011 Dec;52 Suppl 1:S17-22.
34. Centers for Disease Control, Interpretation and Use of the Western Blot Assay for Serodiagnosis of Human Immunodeficiency Virus Type 1 Infections. **Morbidity and Mortality Weekly Report** 38(S-7): 1-7, 1989.
35. Nasrullah M, Ethridge SF, Delaney KP, Wesolowski LG, Granade TC, Schwendemann J, Boromisa RD, Heffelfinger JD, Owen SM, Branson BM. Comparison of alternative interpretive criteria for the HIV-1 Western blot and results of the Multispot HIV-1/HIV-2 Rapid Test for classifying HIV-1 and HIV-2 infections. **J Clin Virol** 2011 Dec.:S23-S27.
36. Styer LM, Sullivan TJ, Parker MM. Evaluation of an alternative supplemental testing strategy for HIV diagnosis by retrospective analysis of clinical HIV testing data. **J Clin Virol.** 2011 Dec;52 Suppl 1:S35-40.
37. Torian LV, Forgione LA, Punsalang AE, Pirillo RE, Oleszko WR. Comparison of Multispot EIA with Western blot for confirmatory serodiagnosis of HIV. **J Clin Virol.** 2011 Dec;52 Suppl 1:S41-44.
38. Wesolowski LG, Delaney KP, Hart C, Dawson C, Owen SM, Candal D, Meyer WA 3rd, Ethridge SF, Branson BM. Performance of an alternative laboratory-based algorithm for diagnosis of HIV infection utilizing a third generation immunoassay, a rapid HIV-1/HIV-2 differentiation test and a DNA or RNA-based nucleic acid amplification test in persons with established HIV-1 infection and blood donors. **J Clin Virol.** 2011 Dec;52 Suppl 1:S45-9.
39. Valkirs GE, Barton R: ImmunoConcentration™ - A new format for solid phase immunoassays. **Clin Chem.** 31: 1427-1431, 1985.
40. US Department of Health and Human Services. **Biosafety in Microbiological and Biomedical Laboratories.** 5th ed. Washington, DC: US Government Printing Office, HHS publication No. (CDC) 21-1112. December 2009.
41. World Health Organization. **Laboratory Biosafety Manual.** 3rd ed. Geneva: World Health Organization. 2004.
42. Centers for Disease Control: Revised Guidelines for HIV Counseling, Testing, and Referral and Revised Recommendations for HIV Screening of Pregnant Women. **Morbidity and Mortality Weekly** Rep 50:32-35, 2001
43. Rutherford GW, Lifson AR, Hessol NA, et al: Course of HIV infection in a cohort of homosexual and bisexual men: an 11 year follow-up study. **Br Med J** 301: 1183-1188, 1990.
44. Walther-Jallow L, Andersson S, Da Silva Z: High Concordance between Polymerase Chain Reaction and Antibody Testing of Specimens from Individuals Dually Infected with HIV Types 1 and 2 in Guinea-Bissau, West Africa. **AIDS Research and Human Retroviruses** 15: 957-962, 1999.

29

BIO·RAD

Bio-Rad Laboratories
Redmond, WA 98052, U.S.A.
For Customer Orders or
Technical Service call:
1-800-2BIORAD  (1-800-224-6723)
Revised: March 2013
506507

30

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0341544

# EXHIBIT 8



| | Standard Operating Procedure | Document Number: |
|---|---|---|
| | | Revision: A |
| **CLIA Laboratory** | | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

*Author(s):*

| Signature: | Date: |
|---|---|
| Name: Godfred Masinde | Title: Technical Supervisor |

*Reviewer(s):*

| Signature: | Date: |
|---|---|
| Name: Lindsay Marsh | Title: CLA |

| Signature: | Date: |
|---|---|
| Name: Lina Castro | Title: CLS |

*Approver(s):*

| Signature: | Date: |
|---|---|
| Name: Adam Rosendorff, MD | Title: Laboratory Director |

The Laboratory Director or designee will review this procedure at least annually including revisions.

| Reviewed By: | Date: | Comments: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769132



| | Standard Operating Procedure | Document Number: OPS-0002 |
|---|---|---|
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

# Multispot HIV-1/HIV-2 Rapid Test

Rapid Enzyme Immunoassay to be used as a diagnostic aid for the detection and differentiation of HIV-1 and HIV-2 antibodies in human serum or plasma.

### CONTENTS

1. NAME and INTENDED USE
2. SUMMARY AND EXPLANATION OF THE TEST
3. BIOLOGICAL PRINCIPLE OF THE TEST
4. REAGENTS
5. WARNINGS FOR USERS
6. PRECAUTIONS FOR USERS
7. REAGENT PREPARATION AND STORAGE
8. SPECIMEN COLLECTION, PREPARATION, AND STORAGE
9. MULTISPOT HIV-1/HIV-2 RAPID TEST PROCEDURE
10. QUALITY CONTROL - VALIDATION OF RESULTS
11. TEST RESULT APPEARANCE AND INTERPRETATION – RAPID HIV-1/HIV-2 TESTING
12. LIMITATIONS OF THE PROCEDURE
13. USE OF MULTISPOT AS AN ANTIBODY DIFFERENTIATION ASSAY IN A DIAGNOSTIC TESTING ALGORITHM
14. PERFORMANCE CHARACTERISTICS OF MULTISPOT IN A DIAGNOSTIC TESTING ALGORITHM
15. BIBLIOGRAPHY

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



| | Standard Operating Procedure | Document number: 1-1-0-7600 |
| --- | --- | --- |
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

### 1 - NAME AND INTENDED USE

The Multispot HIV-1/HIV-2 Rapid Test is a single use qualitative immunoassay to detect and differentiate circulating antibodies to Human Immunodeficiency Virus Types 1 and 2 (HIV-1, HIV-2) in fresh or frozen human serum and plasma. This rapid HIV-1/HIV-2 test kit is intended as an aid in the diagnosis of infection with HIV-1 and/or HIV-2 in fresh or frozen human serum or plasma. This test is suitable for use in multi-test algorithms designed for statistical validation of an HIV screening test result or as part of an HIV-1/HIV-2 diagnostic testing algorithm that includes differentiation of HIV-1 and HIV-2 antibodies.

### 2 - SUMMARY AND EXPLANATION OF THE TEST

Acquired Immunodeficiency Syndrome (AIDS) is caused by viruses transmitted by sexual contact, exposure to blood (including sharing contaminated needles and syringes) or certain blood products, or transmitted from an infected mother to her fetus or child during the perinatal period.[2] Additionally, transmission of the viruses can occur through tissue transplantation.[3] Human Immunodeficiency Virus Type 1 (HIV-1) has been isolated from patients with AIDS and AIDS-related complex (ARC).[4-5] HIV-1 was thought to be the sole causative agent of these syndromes until 1986, when a second type of Human Immunodeficiency Virus (Human Immunodeficiency Virus Type 2 or HIV-2) was isolated and also reported to cause AIDS.[7-8] Since the initial discovery, hundreds of cases of HIV-2 infection have been documented worldwide.[9] In the United States, there have been more than 80 cases of infection with HIV-2 reported, including two blood donors.[10-15]

This second immunodeficiency virus (HIV-2) is similar to, but distinct from, HIV-1. Both viruses have similar morphology and lymphotropism,[16] and the modes of transmission appear to be identical.[9,17] The HIV-1 and HIV-2 genomes exhibit about 60% homology in conserved genes such as gag and pol, and 39-45% homology in the envelope genes.[18] Serologic studies have also shown that the core proteins of HIV-1 and HIV-2 display frequent cross-reactivity whereas the envelope proteins are more type-specific.[19]

Within the two major HIV types, there is significant variation, as well. By analyzing sequences of representative strains, HIV-1 has been divided into three groups: group M (for major), including at least ten subtypes (A through J); group O (for outlier); and group N (for non-M, non-O).[20-22] Similarly, the HIV-2 strains have been classified into at least five subtypes (A through E).[23] Some HIV-1 variants share ≤50% homology in their envelope genes with the sequences of more common prototype strains.



{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

| theranos | Standard Operating Procedure | Document Number: 02560-02 |
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

Despite some degree of immunological cross-reactivity between types and subtypes of HIV, reliable detection of antibodies derived from the more divergent strains may only be achieved by incorporating type- specific protein sequences into the assay design. In one study, detection of HIV-2 positive samples by HIV-1 antibody kits ranged from 60% to 91%, depending on the test used.[24] The Multispot HIV-1/HIV-2 Rapid Test incorporates highly conserved recombinant and synthetic peptide sequences representing HIV-1 and HIV-2 envelope proteins.[25-31] The Multispot HIV-1/HIV-2 Rapid Test is designed to detect antibodies to HIV-1 and HIV-2 in serum or plasma rapidly and reliably without instrumentation.  This test is suitable for use in multi-test algorithms designed for statistical validation of rapid HIV test results or as part of an HIV-1/HIV-2 diagnostic testing algorithm that includes differentiation of HIV-1 and HIV-2 antibodies.[32-38]

### 3 –  BIOLOGICAL PRINCIPLE OF THE TEST

The Multispot HIV-1/HIV-2 Rapid Test is based on the principle of ImmunoConcentration™.[39] The Multispot HIV-1/HIV-2 Cartridge contains a removable specimen prefilter, the reaction membrane, and an absorbent pad. All of the liquids added to the Cartridge are absorbed by the pad and contained within the Cartridge. When the test is completed, the entire Cartridge can be decontaminated by standard laboratory practices and properly discarded.

Microscopic particles are separately coated with the antigens that represent portions of the transmembrane proteins HIV-1 and HIV-2, respectively. The microparticles are immobilized on the reaction membrane of the Multispot HIV-1/HIV-2 Cartridge and form the Test Spots. The reaction membrane also contains a Procedural Control Spot that serves as a control spot to ensure that the entire test procedure was properly executed. Samples to be tested are diluted in Specimen Diluent and then added to the prefilter in the Cartridge. After the diluted specimen has been completely absorbed, the prefilter is removed. If antibodies against HIV-1 and/or HIV-2 are present in the specimen, they bind to the antigens on the microparticles in the specific spots on the cartridge membrane. The Conjugate, which contains alkaline phosphatase-labeled goat anti-human IgG (H+L chain specific), is then added to the Cartridge. The Conjugate binds to the human antibody-antigen complexes that are immobilized in the spots on the cartridge membrane. Unbound Conjugate is removed by a wash step.

Next, Development Reagent is added to the Cartridge. A purple color develops on the Test Spots in proportion to the amount of antibodies against HIV-1 and/or HIV-2 that have been bound to the antigen-coated microparticles and detected by the Conjugate. A purple color will also develop on the Procedural Control Spot when the test has been performed correctly. Color development is stopped by the addition of Stop Solution. The membrane is examined visually for the presence of purple color on the Procedural Control Spot and on the Test Spots.



(goat)

| ② | HIV-2 Peptide: | Peptide representing the immunodominant epitope of the HIV-2 virus gp36 envelope glycoprotein |
| ③ | Recombinant HIV-1: | Recombinant gp41 (HIV-1 envelope glycoprotein) expressed in *E. coli* (gp41 |
| ④ | HIV-1 Peptide: | Peptide representing the immunodominant epitope of the HIV-1 virus gp41 envelope glycoprotein |

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

| ![Theranos] | Standard Operating Procedure | Document Number: CL SOP-02 |
|---|---|---|
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |



## Multispot HIV-1/HIV-2 Rapid Test

rDNA)



{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



| | Standard Operating Procedure | Document number: SOP-02000 |
|---|---|---|
| | | Revision: A |
| CLIA Laboratory | | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

**4- REAGENTS**

**MULTISPOT HIV-1/HIV-2 Rapid Test**
**Product No. 25228 (50 Tests)**

| Component | Contents | Preparation |
|---|---|---|
| 1 • Multispot HIV-1/HIV-2 Cartridge (50) | · Foil-sealed base container with specimen prefilter; Membrane with 1 Procedural Control Spot and 3 Test Spots | Remove foil seal before use. |
| 2 • Positive Control Serum 1 dropper bottle (1 mL) | · Heat-inactivated human serum/plasma containing anti-HIV-1 and anti-HIV-2 immunoglobulin; Nonreactive for HBsAg and antibody to HCV · 0.1% Sodium azide · 0.5% ProClin™ 300 | Dilute in Specimen Diluent as described. |
| 3 • Negative Control Serum 1 dropper bottle (1 mL) | · Human serum; Nonreactive for HBsAg and antibody to HIV and HCV · 0.1% Sodium azide · 0.5% ProClin™ 300 | Dilute in Specimen Diluent as described. |
| 4 • Specimen Diluent 1 dropper bottle (25 mL) | · Diluent for specimens and Controls · 0.1% ProClin™ 150 · 0.125% ProClin™ 300 | Dispense with dropper provided. |
| 5 • Conjugate 1 dropper bottle (9.5 mL) | · Anti-human IgG (H+L) (goat) alkaline phosphatase conjugated solution · 0.1% ProClin™ 150 | Ready to use as supplied. |
| 6 • Wash Solution 2 dropper bottles (2 x 85 mL) | · TRIS · Urea · Propylene glycol · Nitroblue tetrazolium · 0.1% ProClin™ 150 | Ready to use as supplied. |
| 7 • Development Reagent 1 dropper bottle (8.5 mL) | · 3-Indoxyl phosphate | Ready to use as supplied. |
| 8 • Stop Solution 1 dropper bottle (55 mL) | · 0.1 N $H_2SO_4$ (sulfuric acid) | Ready to use as supplied. |
| 9 • Disposable Transfer Pipets (60) | · Polyethylene transfer pipets | Ready to use as supplied. |
| 10 • Eyedropper (1) | · Polyethylene eyedropper and cap with rubber bulb; Contains Dry Natural Rubber, a potential sensitizer | Use in Specimen Diluent bottle. |



{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



| | Standard Operating Procedure | Document Number: |
|---|---|---|
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

5. **The Multispot HIV-1/HIV-2 Rapid Test contains human blood components.** No known test method can offer complete assurance that infectious agents are absent. Therefore, all human blood derivates, reagents and human specimens should be handled as if capable of transmitting infectious disease, following recommended *Universal Precautions* for bloodborne pathogens as defined by OSHA, Biosafety Level 2 guidelines from the current CDC/NIH *Biosafety in Microbiological and Biomedical Laboratories*[40], WHO *Laboratory Biosafety Manual*[41], and/or local, regional and national regulations. The following human blood derivatives are found in this kit:



   a  **The *Positive Control Serum* has been heat-treated to inactivate HIV viruses** and has been tested and found nonreactive for Hepatitis B Surface Antigen (HBsAg) and antibodies to Hepatitis C virus (HCV Ab).

   b  **The human source material used in the preparation of the *Negative Control Serum* has** been tested and found nonreactive for Hepatitis B Surface Antigen (HBsAg), antibodies to Hepati- tis C virus (HCV Ab), and antibodies to Human Immunodeficiency Virus (HIV-1/HIV-2 Ab).

**Biological spills: Human source material spills should be treated as potentially infectious.**

Spills not containing acid should be immediately decontaminated, including the spill area, materials and any contaminated surfaces or equipment with an appropriate chemical disinfectant that is effective for the potential biohazards relative to the samples involved (commonly a 1:10 dilution of bleach, 70- 80% ethanol or isopropanol, an iodophor (such as 0.5% Wescodyne™ Plus), or a phenolic, etc.) and wiped dry.

**Spills containing acid** should be appropriately absorbed (wiped up) or neutralized, wiped dry and then the area wiped with one of the chemical disinfectants; material used to absorb the spill may require biohazardous waste disposal.

NOTE: DO NOT PLACE SOLUTIONS CONTAINING BLEACH INTO THE AUTOCLAVE.

## 6 - P R E C A U T I O N S FOR USERS

### Safety Precautions:

1. This test kit should be handled only by qualified personnel trained in laboratory procedures and familiar with their potential hazards. Handle appropriately with the requisite Good Laboratory Practices. Wear appropriate protective clothing, including lab coat, eye/face protection and

   disposable gloves (synthetic, non-latex gloves are recommended) while handling kit reagents and patient samples. Wash hands thoroughly after performing the test.

2. Do not smoke, drink, or eat in areas where specimens or kit reagents are being handled.

3. Do not pipette by mouth.

4. **This Product Contains Dry Natural Rubber in the dropper bulb used with the Specimen Diluent bottle.**

5. **Dispose of all specimens and materials used to perform the test as biohazardous waste. Laboratory chemical and biohazardous wastes must be handled and discarded in accordance with all local, regional, and national regulations. For additional information on biosafety requirements, refer to CDC recommendations for Universal Precautions for prevention of transmission of human immunodeficiency virus, hepatitis B virus, and other bloodborne pathogens.**[1]

6. Complete hazard information and precautions are located in the Safety Data Sheet (SDS) available at bio-rad.com or upon request.

### Handling precautions:

1. Do not use any kit components beyond their stated expiration date.

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769138


| | Document Operating Procedure | Document Number: |
|---|---|---|
| | | Revision: A |
| | **CLIA Laboratory** | Effective Date: 7/18/2014 |

### Multispot HIV-1/HIV-2 Rapid Test

2. Do not mix components from different lots.
3. Do not use the components in any other type of test kit as a substitute for the components in this test kit.
4. Use the Multispot HIV-1/HIV-2 Cartridge and disposable Transfer Pipets only once and then dispose of as described in Safety Precautions. Do not reuse these kit components.
5. Exercise care in opening and reusing reagent bottles to avoid microbial contamination of the reagents.
6. Prior to running the assay, verify that the prefilter is seated firmly on top of the Cartridge by pressing down firmly and evenly.
7. Always hold each reagent bottle vertically and allow each reagent to fall freely from the dropper tip. Do not touch the dropper tip to any surface; this may contaminate the reagent.
8. Avoid contact of the Stop Solution with any oxidizing agent. Do not allow Stop Solution to come into contact with metals.
9. Handle the Negative and Positive Control Serums in the same manner as patient specimens. 10. Inadequate adherence to package insert instructions may result in erroneous results. 11. When removing the Transfer Pipets from the bag, avoid touching the tips of the pipets. 12.The test should be performed with Cartridges that are placed on a flat surface. 13. Adequate lighting is required to read test results.

### 7- R E A G E N T  PREPARATION AND STORAGE

All solutions and reagents are ready to use as supplied. Store kit at 2-8°C or room temperature (20-30°C). If stored at 2-8°C, bring all reagents to room temperature before use, and return entire kit to 2-8°C when not in use. The kit may be used up to kit expiration when stored at 2-8°C or for up to 3 months if stored at room temperature. When stored at room temperature, change the expiration date to three months after start of room temperature storage (do not change the date if less than 3 months expiration remains on the kit). Do not freeze test components.

### 8- S P E C I M E N  COLLECTION, PREPARATION, AND STORAGE

Fresh or frozen serum or plasma collected by standard phlebotomy procedures may be used in the test. The minimally acceptable volume of specimen available for performing the test is 40 μL. Approximately 30 μL is used for running each test. No clinically significant effect has been detected in assay results of serum or plasma samples with increased levels of hemoglobin, protein, albumin, lipids, or bilirubin. **Performance of this assay has not been evaluated on patient samples that have been heat-inactivated.**

The following anticoagulants have been evaluated and found to be acceptable for use with this test: EDTA, sodium citrate, sodium heparin, and SST tubes. Samples that are collected into anticoagulant tubes should be filled as labeling indicates to avoid improper dilution. **Use of other anticoagulants has not been evaluated and may give incorrect results.**
Specimens may be stored at 2-8°C for 7 days or at room temperature (20-30°C) for up to 48 hours. For long-term storage, the specimens should be frozen (-20°C or colder). Specimens may be frozen and thawed up to 5 times.

If specimens are to be shipped, they should be packed in compliance with local regulations covering the transportation of etiologic agents.

### 9- MULTISPOT HIV-1/HIV-2 RAPID TEST PROCEDURE

**Materials Provided**
See REAGENTS section on page 5.

Additional Materials provided which are included in the kit:

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769139


## Multispot HIV-1/HIV-2 Rapid Test

- Package insert (1)
- Subject Information Notice (1) - The Notice in the kit box may be copied as needed.
- Customer letter (1)

**Materials Required But Not Provided**

7. Disposable glass or polypropylene test tubes (do not use polystyrene) to prepare diluted specimens and controls (for example: 12 x 75 mm tubes)
2. Test tube racks
3. Absorbent pads or paper towels
4. Biohazard bags with closures
5. Household bleach (5% or 8% sodium hypochlorite), diluted to a minimum concentration of 10% bleach (0.5% sodium hypochlorite). Alternative disinfectants include 70% ethanol or 0.5% Wescodyne™.
6. Disposable gloves.
7. Laboratory timer.
8. Precision pipettors that deliver 30 µL and 300 µL (optional for addition of specimen and Specimen Diluent). Precision pipettors that deliver 10 µL and 90 µL as needed for dilutional testing of dually positive samples.
9. Indelible laboratory marker.

**Preliminary Statements**

1. **Once testing has been started, it should be completed without interruption.**
2. Do not use more than ten (10) Multispot HIV-1/HIV-2 Cartridges in a batch, since using more Cartridges may make it difficult to complete the testing without interruption. Larger numbers of specimens can be tested by running several batches of up to 10 Cartridges.
3. The eyedropper used to dispense Specimen Diluent is packaged separately from the bottle of Specimen Diluent. The first time a kit is used, remove the eyedropper from the packaging and insert it into the bottle of Specimen Diluent. Discard the original cap and use the eyedropper as the cap for the bottle. Two full eyedroppers dispenses approximately 300 µL of Specimen Diluent.
4. A 30µL precision pipettor can be used for addition of the sample to the Specimen Diluent. The disposable Transfer Pipets supplied in the kit dispense approximately 30 µL per drop.
5. The Cartridges should be placed on a flat surface during the assay procedure to ensure proper flow of specimen and reagents through the membrane.
6. **All solutions must be completely absorbed (no standing liquid) into the Cartridge membrane before proceeding to the next step in the Assay Procedure.**

**Assay Procedure**

1. **Bring kit and specimens to room temperature (20-30°C) before beginning testing. It is essential that all kit components are at room temperature before use.**
2. **Place the required number of Cartridges on a flat surface with the patient ID label facing toward the operator. Peel away the foil seals and discard them. Label the Cartridges to** correspond with the test tubes and the specimens to be tested.
   **Note: Verify that the blue prefilter and gray top support are seated securely in the base of the Cartridge by pressing down firmly and evenly on both pieces.** The prefilter must be present in order to use the Cartridge for testing.
3. **Label a test tube for each specimen or control to be tested.**
4. **Invert the Specimen Diluent bottle ten times to thoroughly mix just prior to drawing the reagent.**
5. **Add two full eyedroppers of Specimen Diluent to each specimen and control tube.**
   **Note: With the eyedropper in the Specimen Diluent, hold vertically and squeeze the bulb**

{

FOIA Confidential Treatment Requested by Theranos

Fed. R. Crim. P. 6(e) material



| | Standard Operating Procedure | Document #: |
| | | Revision: A |
| CLIA Laboratory | | Effective Date: 7/18/2014 |

### Multispot HIV-1/HIV-2 Rapid Test

completely, draw Specimen Diluent up into the eyedropper, and gently expel all of the Specimen Diluent into the test tube. Repeat this sequence to deliver the second full eyedropper.

6. Using a precision pipet with a separate pipet tip for each sample, add 30µL of of specimen to the Specimen Diluent. Alternatively, using a separate Transfer Pipet for each specimen, draw up a small amount of specimen. **While holding the pipet vertically over the appropriate dilution tube, add one drop to the tube. Note:** *The drop should fall freely into the Specimen Diluent, not onto the side of the tube. If the drop does fall onto the side of the tube, make sure that the entire drop drains down into the Specimen Diluent. If the drop does not drain into the Specimen Diluent, discard the tube and prepare a new dilution.* Do not allow the tip of the pipet to touch any part of the tube or the Specimen Diluent in the tube. Discard the used pipet tip or Transfer Pipet into the biohazardous waste.

7. Test Positive and Negative Control Serums as described in the QC section. When preparing Positive and Negative Control Serums, hold the dropper bottles **vertically** over the tubes labeled for controls and squeeze gently.

   **Add one drop of each control to the appropriately labeled tube.** The drop should fall freely into the Specimen Diluent (see Note in Step 6 above). Do not allow the tip of the dropper to touch any part of the tube.

8. **Mix each diluted specimen and control (when run) thoroughly. Mix gently to avoid foaming.**

9. **Pour the contents of each tube into the specimen prefilter of each corresponding pre-labeled Cartridge, using a separate Cartridge for each tube. Wait two minutes, after which the solution must be completely absorbed through the prefilter into the Cartridge.**

10. **Remove and discard the prefilter into the biohazardous waste.**

11. **Fill the central well of each Cartridge with Wash Solution by holding the bottle vertically and squeezing gently.** Do not touch bottle to solution in Cartridge well. *Wait for the Wash Solution to be absorbed completely before proceeding.*

12. **Add three drops of Conjugate** to the central well of each Cartridge by holding the bottle vertically and squeezing gently. Do not touch bottle tip to solution in Cartridge well. *Wait two minutes.*

13. **Fill the central well of each Cartridge with Wash Solution** by holding the bottle vertically and squeezing gently. Do not touch bottle to solution in Cartridge well. *Wait for the Wash Solution to be fully absorbed before proceeding.*

14. **Repeat step 13** so that each Cartridge is washed twice. *Wait for the Wash Solution to be absorbed completely before proceeding.*

15. **Add three drops of Development Reagent** to the central well of each Cartridge by holding the bottle vertically and squeezing gently. *Wait five minutes.*

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769141



| theranos | Standard Operating Procedure | Document Number: 265 of 356 |
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

16. **Fill the central well of each Cartridge with Stop Solution** by holding the bottle vertically and squeezing gently. ***Wait for the Stop Solution to be absorbed completely before reading results.***

17. Read test results according to Test Result Appearance and Interpretation, Section 11 (Rapid Testing) or Section 14 (Antibody Differentiation Test in a Diagnostic Testing Algorithm), either immediately or anytime up to 4 hours after completing the test. An elevated background can appear over time with some specimens; therefore, reading results within 1 hour is optimal.



1. Remove foil; press prefilter down. Label cartridge and specimen or control test tubes.



2. Add 2 full droppers of Specimen Diluent to each test tube.



3. Add one drop of each sample or control to each labeled tube using a transfer pipette. Mix well.



4. Pour each sample into the prefilter of the labeled cartridge. Wait 2 minutes.



5. Remove and discard prefilter.



6. Fill the central well of each cartridge with Wash Solution.



7. Once absorbed, add 3 drops of Conjugate. Wait 2 minutes.



8. Fill well with Wash Solution and let absorb. Repeat.



9. Add 3 drops of Development Reagent. Wait 5 minutes.



10. Fill well with Stop Solution. Allow to absorb and read results.



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



header

| Standard Operating Procedure | Document Number: [redacted] |
| | Revision: A |
| CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

### 10- QUALITY CONTROL – VALIDATION OF RESULTS

**Procedural Control**

Each Multispot HIV-1/HIV-2 Cartridge has a built-in procedural control, the Procedural Control Spot, which is used to determine validity of the assay. The Procedural Control Spot must be reactive (a definite purple spot) on each Cartridge for the results of that Cartridge to be valid.

**Quality Control**

Using individual Multispot HIV-1/HIV-2 Cartridges as described in the Assay Procedure above, run 1 Positive Control Serum and 1 Negative Control Serum (both provided in the kit) under the following circumstances to monitor proper test performance:

- A new operator uses the kit, prior to performing testing of specimens.
- A new test kit lot is used.
- A new shipment of kits is used.
- The temperature used during storage of the kit falls outside of 2-30°C (35.6-86°F).
- The temperature of the test area falls outside of 20-30°C (68-86°F).
- According to intervals defined by the testing facility.

Results are read by examining the membrane and comparing the location of colored spots on the membrane to the diagram below. **Position the Multispot HIV-1/HIV-2 Cartridge with the ID label facing the user.** The appearance of any purple color in any of the Test Spots, regardless of intensity, must be considered as presence of that Spot.

Expected results are as follows:



**Negative Control**
Only the Procedural Control Spot shows purple color development. The 3 Test Spots show no color development.

Note placement of Cartridge ID label



**Positive Control**
The Procedural Control Spot, both HIV-1 Test Spots, and the HIV-2 Test Spot show purple color development.

### 11- TEST RESULT APPEARANCE AND INTERPRETATION – RAPID HIV-1/HIV-2 TESTING

**Note: For interpretation of the assay when used as the differentiation assay in a diagnostic testing algorithm, refer to Section 14 -** USE OF MULTISPOT AS THE ANTIBODY DIFFERENTIATION TEST IN A DIAGNOSTIC TESTING ALGORITHM

**Place the Cartridges with the patient ID label facing toward the operator prior to reading test results.** Examine the Cartridge membrane and compare the location of colored spots to the diagram below. The appearance of any purple color must be considered as presence of that Spot. Follow the CDC guidelines for counseling, testing, and referral when informing test subjects of these HIV test results and their interpretation.[42]

footer



footer

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769143



| | Standard Operating Procedure | Document Number: |
|---|---|---|
| | | Revision: A |
| | **CLIA Laboratory** | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

**Interpretation for Rapid HIV-1/HIV-2 Testing:**

**Nonreactive** - Report results as described in the CDC guidance for reporting test results and interpretation.[42]


Only the Procedural Control Spot shows purple color development. The 3 Test Spots show no color development. Test result is interpreted as negative for HIV-1 and HIV-2 antibodies.

Label

**Reactive (Preliminary Positive)** - Report results as described in the CDC guidance for reporting test results and interpretation.[42]



**HIV-1 Reactive - Preliminary Positive:**
The Procedural Control Spot shows purple color development and the recombinant HIV-1 Spot and/or the HIV-1 Peptide Spot show purple color development. Test result is interpreted as Preliminary Positive for HIV-1 antibodies.

**HIV-2 Reactive - Preliminary Positive:**


The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development. Test result is interpreted as Preliminary Positive for HIV-2 antibodies.

**HIV Reactive (Undifferentiated) - Preliminary Positive:**


The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development as well as one or both HIV-1 Spots. In this case, the specimen may be tested by additional methods which allow for differentiation between HIV-1 and HIV-2. See dilutional procedure which follows.

**Invalid - Do not report any results**







If no color develops in the Procedural Control Spot, regardless of color development anywhere else on the membrane, the results are **INVALID**. (See examples.)

If the background on the membrane is dark and interferes with the interpretation of the spots, the results are invalid. In addition, if there are stray purple marks or discoloration that interfere with reading the spots, the assay should be repeated. Repeat the assay, and if results are still invalid collect a fresh sample or test by another method.

*Note: The appearance of any purple color in any of the Test Spots, regardless of intensity, must be considered as presence of that Spot.*

**Dilutional Procedure for HIV Differentiation – Rapid HIV-1/HIV-2 Testing**
The following procedure is used to differentiate samples that demonstrate purple color development in the HIV-2 Spot as well as in one or both of the HIV-1 Spots.

8. Dilute the specimen 1:10 (using a calibrated pipettor, add 90 µL of Negative Control Serum and 10 µL of sample to a separate test tube; or, alternatively, 135 µL of Negative Control Serum and 15 µL of sample). Mix well.
9. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:10 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.
10. Read the results according to the criteria above in Test Result Appearance and Interpretation.
   • If the results are nonreactive at this dilution, the specimen should be interpreted as

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



| | Standard Operating Procedure | Document Number: |
|---|---|---|
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

"Preliminary Positive for antibodies to HIV (undifferentiated)."



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769145

| theranos | Standard Operating Procedure | Document Number: CLIA.02.05 |
| | | Revision: A |
| CLIA Laboratory | | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

- If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as Preliminary Positive for antibodies to the specific HIV type identified.
- If one or both of the HIV-1 Spots and the HIV-2 Spot are still reactive, continue testing as follows.

11. Dilute the 1:10 diluted specimen again by 10-fold in Negative Control Serum, following the procedure in step 1 above (the final dilution is 1:100).

12. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:100 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.

13. Read the results according to the criteria above in Test Result Appearance and Interpretation.

- If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as Preliminary Positive for antibodies to the specific HIV type identified.
- If the dual HIV reactivity does not disappear at the 1:100 dilution, or if the HIV-1 and HIV-2 spots both become nonreactive at the same dilution, the specimen should be interpreted as **"Preliminary Positive for antibodies to HIV (undifferentiated)."**

Follow CDC guidelines for counseling, testing, and referral when informing test subjects of these HIV test results and their interpretation.[42]

## 12. LIMITATIONS OF THE PROCEDURE

1. For a preliminary positive result, when used as a rapid HIV-1/HIV-2 test, clinical correlation is indicated with appropriate counseling, medical evaluation, and possibly additional testing (for example, Western blot or indirect immunofluorescence assay) to decide whether a diagnosis of HIV infection is accurate.

2. The Assay Procedure and the Test Result Appearance and Interpretation must be followed closely when testing for the presence of antibodies to HIV-1 or HIV-2 in plasma or serum from individual subjects. Failure to follow the procedure may give inaccurate results.

3. The test was designed to test individual specimens of fresh or frozen serum or plasma. Data regarding test kit interpretation were derived from testing individual samples. Insufficient data are available to interpret tests performed on other body specimens, pooled blood or processed plasma, and products made from such pools. Testing of these specimens is not recommended.

4. The following anticoagulants have been evaluated and found to be acceptable for use with this test: EDTA, sodium citrate, sodium heparin and SST tubes. **Use of other anticoagulants has not been evaluated and may give incorrect results.**

5. Performance of this assay has not been evaluated on patient samples that have been heat-inactivated.

6. Polystyrene tubes should not be used to prepare specimens for this test.

7. AIDS and AIDS-related conditions are clinical syndromes and their diagnosis can only be established clinically. Testing alone cannot be used to diagnose AIDS, even if the recommended investigation of reactive specimens suggests a high probability that the antibody to HIV-1 or HIV-2 is present.

8. A nonreactive result for an individual subject indicates absence of detectable HIV antibodies. However, a nonreactive test result does not preclude the possibility of exposure to or infection with HIV-1 and/or HIV-2.

9. Nonreactive results can occur if the quantity of marker present in the sample is below the detection limits of the assay, or if the marker that is detected is not present during the stage of disease in which a sample is collected.

10. The risk of any asymptomatic person with a reactive serum or plasma developing AIDS or an AIDS-related condition is not known, as the course of HIV infections may vary among individual patients and may be altered by antiretroviral therapy. However, in a prospective study, AIDS developed in 51% of homosexual men after 10 years of infection.[43]

11. A person who has antibodies to HIV-1 is presumed to be infected with the virus, except a person who has participated in an HIV vaccine study may develop antibodies to the vaccine and may or may not be infected with HIV.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



| | | |
|---|---|---|
| | Standard Operating Procedure | Document Number: 11562 |
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

12. Specimens which are reactive for antibodies to both HIV-1 and HIV-2 on initial testing should be retested, according to the dilutional test protocol, to identify potential cross-reaction and differentiate between HIV-1 and HIV-2. Results of dilutional testing, when used for rapid HIV-1/HIV-2 testing, should be reported as <u>Preliminary Positive</u> for antibodies to the specific virus type identified in the dilutional testing. Specimens that are dually reactive when tested undiluted but only reactive for one virus type at the 1:100 dilution may be dually positive; these samples are reported as Preliminary Positive for antibodies to the specific HIV type identified, when used for rapid HIV-1/HIV-2 testing.

13. The intensity of the Test Spot does not correlate with antibody titer of the specimen.

14. Samples reactive for both HIV-1 and HIV-2 may resolve to HIV-1 at higher dilutions due to the lower avidity of the HIV-2 antibody as compared to the HIV-1 antibody.

15. **The Multispot HIV-1/HIV-2 Rapid Test cannot be used as part of a diagnostic testing algorithm for both the initial testing and the differentiation testing of the same sample.**

## 13 – USE OF MULTISPOT AS AN ANTIBODY DIFFERENTIATION TEST IN A DIAGNOSTIC TESTING ALGORITHM

**When the Multispot HIV-1/HIV-2 Rapid Test is used as an HIV-1/HIV-2 antibody differentiation assay in a diagnostic testing algorithm for HIV, as recommended by the Clinical Laboratory Standards Institute (CLSI)[32], follow the previous instructions in Sections 5 – 10 and Section 12 to perform the test. The following instructions for result appearance and interpretation are used in place of the instructions in Section 11 that describe use of the assay as a rapid HIV-1/HIV-2 test.**

**Test Result Appearance and Interpretation – Diagnostic Testing Algorithm that Includes Differentiation between HIV-1 and HIV-2 Antibodies**

**Place the Cartridges with the patient ID label facing toward the operator prior to reading test results.** Examine the Cartridge membrane and compare the location of colored spots to the diagram below. The appearance of a definite purple color in any of the Test Spots must be considered as presence of that Spot. Follow guidelines for using the assay in an HIV testing algorithm.[32]



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



theranos | Standard Operating Procedure | Document Number: CL SOP-16032
Revision: A
CLIA Laboratory | Effective Date: 7/18/2014

# Multispot HIV-1/HIV-2 Rapid Test

**Interpretation for Diagnostic Testing Algorithm that Differentiates HIV-1 and HIV-2 Antibodies:**

**Nonreactive**

Label

Only the Procedural Control Spot shows purple color development. The 3 Test Spots show no color development. Test result is interpreted as negative for HIV-1 and HIV-2 antibodies. Additional testing is recommended, including HIV nucleic acid testing (NAT).

**Reactive**

**HIV-1 POSITIVE:**
The Procedural Control Spot shows purple color development and **both** the recombinant HIV-1 Spot and the HIV-1 Peptide Spot show purple color development. Test result is interpreted as Positive for HIV-1 antibodies

**HIV-2 POSITIVE**
The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development. Test result is interpreted as Positive for HIV-2 antibodies

**HIV POSITIVE (Undifferentiated):**
The Procedural Control Spot shows purple color development. The HIV-2 Peptide Spot shows purple color development as well as one or both HIV-1 Spots. In this case, the specimen may be tested by additional methods which allow for differentiation between HIV-1 and HIV-2. See diutional procedure which follows.

**Indeterminate**

**HIV-1 INDETERMINATE:** The Procedural Control Spot shows purple color development and either the recombinant HIV-1 Spot or the HIV-1 Peptide Spot shows purple color development, but not both HIV-1 Spots. Test result is interpreted as Indeterminate for HIV-1 antibodies and testing for HIV nucleic acid is recommended.

**Invalid - Do not report any results**

If no color develops in the Procedural Control Spot, regardless of color development anywhere else on the membrane, the results are **INVALID**. (See examples.)

If the background on the membrane is dark and interferes with the interpretation of the spots, the results are invalid. In addition, if there are stray purple marks or discoloration that interferes with reading the spots, the assay should be repeated. Repeat the assay, and if results are still invalid collect a fresh sample or test by another method.

***Note: The appearance of a definite purple color in any of the Test Spots must be considered as presence of that Spot.***

**Dilutional Procedure for Diagnostic Testing Algorithm that Differentiates HIV–1 and HIV-2 Antibodies**

The following procedure is used to differentiate samples that demonstrate purple color development in the HIV-2 Spot as well as in one or both of the HIV-1 Spots.

1. Dilute the specimen 1:10 (using a calibrated pipettor, add 90 µL of Negative Control Serum and 10 µL of sample to a separate test tube; or, alternatively, 135 µL of Negative Control Serum and 15 µL of sample). Mix well.
2. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:10 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.
3. Read the results according to the criteria below in Test Result Interpretation – Dilutional Testing for Diagnostic Testing Algorithm.

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-0769148

| theranos | Standard Operating Procedure | Document Number: CL SOP-16355 Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 7/18/2014 |
| Multispot HIV-1/HIV-2 Rapid Test | | |

- If the Procedural Control Spot is reactive and the Test Spots are nonreactive at this dilution, the specimen should be interpreted as **"POSITIVE for antibodies to HIV (undifferentiated)."**
- If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as POSITIVE for antibodies to the specific HIV type identified. For dilutional testing, a result is considered positive for HIV-1 if at least one of the HIV-1 spots is reactive. It is not required to have both HIV-1 spots as reactive in dilutional testing as long as both were reactive when tested undiluted. Refer to the table below for interpretation criteria.
- If a sample is reactive for one HIV-1 spot and the HIV-2 spot on initial testing and is only reactive for the HIV-1 spot on dilutional testing, that sample should be interpreted as HIV-1 INDETERMINATE.
- If one or both of the HIV-1 Spots and the HIV-2 Spot are still reactive, continue testing as follows.

4. Dilute the 1:10 diluted specimen again by 10-fold in Negative Control Serum, following the procedure in step 1 above (the final dilution is 1:100).
5. Test the diluted sample as in steps 3-16 in the Assay Procedure section. Use the 1:100 diluted sample in place of the undiluted sample in step 6 of the Assay Procedure.
6. Read the results according to the criteria below in Test Result Interpretation – Dilutional Testing for Diagnostic Testing Algorithm.
   - If the Procedural Control Spot is reactive and the Test Spots are reactive for only HIV-1 or HIV-2, the result can be reported as POSITIVE for antibodies to the specific HIV type identified. For dilutional testing, a result is considered positive for HIV-1 if at least one of the HIV-1 spots is reactive. It is not required to have both HIV-1 spots as reactive in dilutional testing as long as both were reactive when tested undiluted. Refer to the table below for interpretation criteria.
   - If the dual HIV reactivity does not disappear at the 1:100 dilution, or if the HIV-1 and HIV-2 spots both become nonreactive at the same dilution, the specimen should be interpreted as **"POSITIVE for antibodies to HIV (undifferentiated)."**
   - If a sample is reactive for one HIV-1 spot and the HIV-2 spot on initial testing and testing at a 1:10 dilution, and is only reactive for the HIV-1 spot on dilutional testing, that sample should be interpreted as HIV-1 INDETERMINATE.

Follow CDC guidelines for counseling, testing, and referral when informing test subjects of these HIV test results and their interpretation.[42]

theranos internal use only

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-0769149



| | Standard Operating Procedure | Document Number: |
|---|---|---|
| | | Revision: A |
| **CLIA Laboratory** | | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

**Test Result Interpretation – Dilutional Testing for Diagnostic Testing Algorithm**

**1:10 Dilutional testing:**



| Initial Result | 1:10 Dilutional Result | Interpretation/Action |
|---|---|---|
| | | HIV-1 POSITIVE |
| | | HIV-2 POSITIVE |
| | | Retest at 1:100 dilution |
| | | Retest at 1:100 dilution |
| | | HIV POSITIVE (undifferentiated) |
| | | HIV-1 INDETERMINATE |
| | | HIV-2 POSITIVE |
| | | Retest at 1:100 dilution |
| | | HIV POSITIVE (undifferentiated) |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769150



| | Standard Operating Procedure | Document Number: |
| --- | --- | --- |
| | | Revision: A |
| **CLIA Laboratory** | | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test

### 1:100 Dilutional Testing:



| Initial Result | 1:10 Dilutional Result | 1:100 Dilutional Result | Interpretation |
| --- | --- | --- | --- |
| | | | HIV-1 POSITIVE |
| | | | HIV-2 POSITIVE |
| | | | HIV POSITIVE (undifferentiated) |
| | | | HIV POSITIVE (undifferentiated) |
| | | | HIV POSITIVE (undifferentiated) |
| | | | HIV-1 INDETERMINATE |
| | | | HIV-2 POSITIVE |
| | | | HIV POSITIVE (undifferentiated) |
| | | | HIV POSITIVE (undifferentiated) |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## Multispot HIV-1/HIV-2 Rapid Test

## 14 BIBLIOGRAPHY

1.  Centers for Disease Control: Universal precautions for prevention of transmission of human immunodeficiency virus, hepatitis B virus, and other bloodborne pathogens in health-care settings. **Morbidity and Mortality Weekly Rep** 37:377-388, 1988.
2.  Centers for Disease Control: Provisional Public Health Service inter-agency recommendations for screening donated blood and plasma for antibody to the virus causing acquired immunodeficiency syndrome. **Morbidity and Mortality Weekly Rep** 34:5-7, 1985.
3.  Delmonico FL, Snydman DR: Organ donor screening for infectious diseases. **Transplantation** 65(5):603-610, 1998.
4.  Barre-Sinoussi F, Chermann JC, Rey F, et al: Isolation of a T-lymphotropic retrovirus from a patient at risk for acquired immune deficiency syndrome (AIDS). **Science** 220:868-871, 1983.
5.  Gallo RC, Salahuddin SZ, Popovic M, et al: Frequent detection and isolation of cytopathic retroviruses (HTLV-III) from patients with AIDS and at risk for AIDS. **Science** 224:500-503, 1984.
6.  Coffin J, Haase A, Levy JA, et al: What to call the AIDS virus? **Nature** 321:10, 1986.
7.  Clavel F, Guetard D, Brun-Vezinet F: Isolation of a new human retrovirus from West African patients with AIDS. **Science** 233:343-346, 1986.
8.  Clavel F, Manshino K, Chameret S, et al: Human immunodeficiency virus type 2 infection associated with AIDS in West Africa. **New Engl J Med** 316:1180-1185, 1987.
9.  Schim van der Loeff MF and Aaby P: Towards a better understanding of the epidemiology of HIV-2. **AIDS** 13 (Suppl. A):S69-S84, 1999.
10. Centers for Disease Control: AIDS due to HIV-2 infection - New Jersey. **Morbidity and Mortality Weekly Rep** 37:33-35, 1988.
11. Hoff R, Weiblen BJ, Schwerzler M, et al: Specific antibodies to HIV-2 detected in an anonymous newborn blood specimen from Massachusetts. **Fourth Consensus Conference on Testing for Human Retroviruses**, March 1989.
12. Ayanian JZ, Maguire JH, Marlink RG, et al: HIV-2 infection in the United States. **New Engl J Med** 320:1422-1423, 1989.
13. O'Brien TR, George JR, Holmberg SD: Human immunodeficiency virus type 2 infection in the United States. **JAMA** 267:2775-2779, 1992.
14. Centers for Disease Control: Update: HIV-2 infection among blood and plasma donors--United States, June 1992-June 1995. **Morbidity and Mortality Weekly** 44:603-606, 1995.
15. Sullivan PS, Fleming PL: Surveillance for HIV-2 in the United States: Update and recommendations for future surveillance. Presented at the Association of Public Health Laboratories conference, Charlotte, NC, March 6-9, 2000.
16. Brun-Vezinet F, Katlama C, Roulot D, et al: Lymphadenopathy associated virus type 2 in AIDS and AIDS-related complex. **Lancet** 1:128-132, 1987.
17. Quinn TC, Zacarias FRK, St. John RK: AIDS in the Americas: an emerging public health crisis. **New Engl J Med** 320:1005-1007, 1989.
18. Guyader M, Emerman M, Sonigo P, et al: Genome organization and transactivation of the human immunodeficiency virus type 2. **Nature** 326:662-669, 1987.
19. Cabrian K, Shriver K, Goldstein L, et al: Human immunodeficiency virus type 2: a review. **J Clinical Immunoassay** 11:107-114, 1988.
20. Janssens W, Buvé A, Nkengasong JN: The puzzle of HIV-1 subtypes in Africa. **AIDS** 11:705-712, 1997.
21. Charneau P, Borman AM, Quillant C, et al: Isolation and envelope sequence of a highly divergent HIV-1 isolate: definition of a new HIV-1 group. **Virology** 205:247-253, 1994.
22. Simon F, Mauclère P, Rogues P, et al: Identification of a new human immunodeficiency virus type 1 distinct from group M and group O. **Nature Medicine** 4:1032-1037, 1998.
23. Gao F, Yue L, Robertson DL, et al: Genetic diversity of human immunodeficiency virus type 2: evidence for distinct subtypes with differences in virus biology. **J Virology** 68:7433-7447, 1994.
24. George JR, Rayfield M, Philips S, et al: Efficacies of U.S. FDA-licensed HIV-1 screening enzyme immunoassays for detecting antibodies to HIV-2. **AIDS** 4:321-326, 1990.
25. Starcich BR, Hahn BH, Shaw GM, et al: Identification and characterization of conserved and variable regions in the envelope gene of HTLV-III/LAV, the retrovirus of AIDS. **Cell** 45:637-648, 1986.



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769152



| | Document Number: 2 |
|---|---|
| | Revision: A |
| CLIA Laboratory | Effective Date: 7/18/2014 |

**Multispot HIV-1/HIV-2 Rapid Test**

26. Wang JJG, Steel S, Wisniewolski R, Wang CY: Detection of antibodies to human T-lymphotrophic virus type III by using a synthetic peptide of 21 amino acid residues corresponding to a highly antigenic segment of gp41 envelope protein. **Proc Nat Acad Sci USA** 83:6159-6163, 1986.

27. Cosand WL: Synthetic antigen for the detection of AIDS-related disease. U.S. Patent #4,629,783, 1986.

28. Fenouillet E, Sorensen A-M, Lacroix M, Coutellier A, Herson S, Fretz-Foucault C, Gluckman J-C: Early and specific diagnosis of seropositivity to HIVs by an enzyme-linked immunosorbent assay using env-derived synthetic peptides. **AIDS** 4:1137-41, 1990.

29. Gnann JW, McCormick, Mitchell S, Nelson J, Oldstone MBA: Synthetic peptide immunoassay distinguishes HIV type 1 and HIV type 2 infections. **Science** 237:1346-1349, 1987.

30. Gnann JW, Nelson JA, Oldstone MBA: Fine mapping of an immunodominant domain in the transmembrane glycoprotein of human immunodeficiency virus. **J Virol** 61:2639-2641, 1987.

31. Alizon M, Wain-Hobson S, Montagnier L, Sonigo P: Genetic variability of the AIDS virus: nucleotide sequence analysis of two isolates from African patients. **Cell** 46:63-74, 1986.

32. Rosenberg, EC, Brennan CA, et al. Criteria for Laboratory Testing and Diagnosis of Human Immunodeficiency Virus Infections; Approved Guideline Clinical and Laboratory Standards Institute, M53-A. Vol 31. No 13. 2011.

33. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Masciotra%20S%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22McDougal%20JS%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Feldman%20J%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Sprinkle%20P%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Wesolowski%20L%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Wesolowski%20L%22%5BAuthor%5D" ]Evaluation of an al- ternative HIV diagnostic algorithm using specimens from seroconversion panels and persons with established HIV infections. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed/21981983" \l "%23" ]2011 Dec;52 Suppl 1:S17-22.

34. Centers for Disease Control, Interpretation and Use of the Western Blot Assay for Serodiagnosis of Human Immunodeficiency Virus Type 1 Infections. **Morbidity and Mortality Weekly Report** 38(S-7): 1-7, 1989.

35. [ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Nasrullah_M" ][ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Nasrullah_M" ][ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Delaney_KP" ][ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Delaney_KP" ][ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Granade_TC" ][ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Schwendemann_J" ]mann J[ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Boromisa_RD" ][ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Boromisa_RD" ]a RD, [ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Heffelfinger_JD" ][ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Owen_SM" ]M, [ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/author/Branson_BM" ]BM. Comparison of alternative interpretive criteria for the HIV-1 Western blot and results of the Multispot HIV-1/HIV-2 Rapid Test for classify- ing HIV-1 and HIV-2 infections. [ HYPERLINK "http://www.unboundmedicine.com/medline/ebm/journal/J_Clin_Virol" ]2011 Dec.:S23-S27.

36. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Styer%20LM%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Sullivan%20TJ%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Parker%20MM%22%5BAuthor%5D"

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769153


## Multispot HIV-1/HIV-2 Rapid Test

]Evaluation of an alternative supplemental testing strategy for HIV diagnosis by retrospective analysis of clinical HIV testing data. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed/22018662" \l "%23" ]2011 Dec;52 Suppl 1:S35-40.

37. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Torian%20LV%22%5BAuthor%5D" ]n LV, [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Forgione%20LA%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Punsalang%20AE%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Punsalang%20AE%22%5BAuthor%5D" ]Oleszko WR. Comparison of Multispot EIA with Western blot for confirmatory serodiagnosis of HIV. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed/21995935" \l "%23" ]2011 Dec;52 Suppl 1:S41-44.

38. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Wesolowski%20LG%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Delaney%20KP%22%5BAuthor%5D" ]KP, Hart C, [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Dawson%20C%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Owen%20SM%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Candal%20D%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Meyer%20WA%203rd%22%5BAuthor%5D" ][ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Ethridge%20SF%22%5BAuthor%5D" ]SF, [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed?term=%22Branson%20BM%22%5BAuthor%5D" ]BM. Performance of an alternative laboratory-based algorithm for diagnosis of HIV infection utilizing a third generation immunoassay, a rapid HIV-1/HIV-2 differentiation test and a DNA or RNA-based nucleic acid amplification test in persons with established HIV-1 infection and blood donors. [ HYPERLINK "http://www.ncbi.nlm.nih.gov/pubmed/21995934" \l "%23" ]2011 Dec;52 Suppl 1:S45-9.

39. Valkirs GE, Barton R: ImmunoConcentration™ - A new format for solid phase immunoassays. **Clin Chem**. 31: 1427-1431, 1985.

40. US Department of Health and Human Services. **Biosafety in Microbiological and Biomedical Laboratories.** 5th ed. Washington, DC: US Government Printing Office, HHS publication No. (CDC) 21-1112. December 2009.

41. World Health Organization. **Laboratory Biosafety Manual.** 3rd ed. Geneva: World Health Organization. 2004.

42. Centers for Disease Control: Revised Guidelines for HIV Counseling, Testing, and Referral and Revised Recommendations for HIV Screening of Pregnant Women. **Morbidity and Mortality Weekly** Rep 50:32-35, 2001

43. Rutherford GW, Lifson AR, Hessol NA, et al: Course of HIV infection in a cohort of homosexual and bisexual men: an 11 year follow-up study. **Br Med J** 301: 1183-1188, 1990.

44. Walther-Jallow L, Andersson S, Da Silva Z: High Concordance between Polymerase Chain Reaction and Antibody Testing of Specimens from Individuals Dually Infected with HIV Types 1 and 2 in Guinea-Bissau, West Africa. **AIDS Research and Human Retroviruses** 15: 957-962, 1999.

{



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0769154



| Standard Operating Procedure | Document Number: | |
| CLIA Laboratory | Revision: A | |
| | Effective Date: 7/18/2014 | |

## Multispot HIV-1/HIV-2 Rapid Test

**15. REVISION HISTORY**

| REVISION HISTORY | | | |
|---|---|---|---|
| **Revision Level** | **Effective Date** | **Initiator** | **DCO Number** |
| A | 7/18/14 | G. Masinde | DCO-00023 |
| | | | |
| | | | |
| | | | |

| **Section Number** | **Description and Justification of Changes** | |
|---|---|---|
| All | Initial Release | |
| | | |
| | | |
| | | |

{

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



| | Standard Operating Procedure | Document Number: |
|---|---|---|
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 7/18/2014 |

## Multispot HIV-1/HIV-2 Rapid Test



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

# EXHIBIT 9

| theran⬤s | **Standard Operating Procedure** | Document Number: CL SOP-06046<br>Revision: A |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 9/5/2014 |
| **Operation and Maintenance of the Siemens ADVIA Centaur XP** | | |

Author(s):

| Signature: | Date: |
|---|---|
| Name:  Langly Gee | Title: QA/QC Manager |

Reviewer(s):

| Signature: | Date: |
|---|---|
| Name:  Gurbir Sidhu | Title: Clinical Laboratory Scientist |

Approver(s):

| Signature: | Date: |
|---|---|
| Name:  Adam Rosendorff, MD | Title: Laboratory Director |

The Laboratory Director or designee will review this procedure at least annually including revisions.

| Reviewed By: | Date: | Comments: |
|---|---|---|
| | | |
| | | |
| | | |

**Theranos Confidential**

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.
This document supersedes all earlier or previous documents unless approved in writing.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1435918

# EXHIBIT 10

| theranos *redefining healthcare* | **Method Validation Report - Quantitative** | Document Number: **CL RPT-14013** Revision: A |
| | CLIA Laboratory | Effective Date: 05/16/2012 |

| **QUANTITATIVE METHOD VALIDATION REPORT FOR THE ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM** |
| --- |

*Performed by:*

| Signature: | Date: |
| --- | --- |
| Name:  Hoda Alamdar | Title: Clinical Laboratory Scientist |

*Author:*

| Signature: | Date: |
| --- | --- |
| Name:  Suravi Thomas | Title: Laboratory Scientist |

*Reviewer:*

| Signature: | Date: |
| --- | --- |
| Name:  Arnold B Gelb | Title:  Laboratory Director |

*Approver:*

| Signature: | Date: |
| --- | --- |
| Name:  Arnold B Gelb | Title: Laboratory Director |

[ PAGE \* Arabic  \* MERGEFORMAT ] of [ NUMPAGES  \* Arabic  \* MERGEFORMAT ]

| theranos | Method Validation Report - Quantitative | Document Number: **CL RPT-14013** |
| *redefining healthcare* | | Revision: A |
| | CLIA Laboratory | Effective Date:  05/16/2012 |

**QUANTITATIVE METHOD VALIDATION REPORT FOR THE**
**ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM**

### 1. Purpose
☐Verification ☒ Validation ☐Other:


### 2. Description of Test/Method

Test/Method:  Abbott RealTime HIV-1

FDA Approval Status:   ☒Approved ☐ Not Approved

Location: Theranos  Inc, Palo Alto, California

Date: February 21, 2012- March 14, 2012


### 3. Responsibilities
a.  *CLSs:* In addition to overseeing the work of the Laboratory Assistants in preparing samples, CLSs oversee the loading and running of the M2000 sp and M2000 rt.

b.  *Laboratory Assistants:* Due to the lack of manual measurements and the lack of external controls, Laboratory Assistants are able to load and operate the instrument for this Moderate Complexity CLIA Test.

### 4. Protocol
a.  Equipment:
- Abbott Molecular M2000 sp
- Abbott Molecular M2000 rt

b.  Materials:
- HIV1 Calibrator kit Lot: 435275 Exp: 3/21/2013
- HIV-1Control kit Lot: 436849 Exp: 12/6/2012
- HIV-1 Amplification kit Lot: 436064 Exp: 1/6/2013
- Sample Prep RNA kit Lot: 10087221 Exp: 3/31/2013
- Acrometrix HIV-1 Linearity panel Lot: 201410 Exp: 02/29/2013
- Acrometrix Negative Plasma matrix Lot: 201104 Exp: 06/30/2012

c.  Procedure:

[ PAGE  \* Arabic  \* MERGEFORMAT ] of [ NUMPAGES  \* Arabic  \* MERGEFORMAT ]

THPFM0004795973

| theranos *redefining healthcare* | Method Validation Report - Quantitative | Document Number: **CL RPT-14013** Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 05/16/2012 |

| QUANTITATIVE METHOD VALIDATION REPORT FOR THE ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM |
|---|

Refer to the Abbott Molecular Inc. ☐Verification/ ☒Validation Plan for M2000sp and M2000 rt Real time PCR.

d.  Deviation(s) from Validation Plan (if applicable): No Deviations

e.  Test Samples Required:
- 30 positive samples between ranges 1.6-7.00 Log (copies/mL)
- Negative samples
- Acrometrix HIV-1 Linearity Panel
- Acromterix EDTA Plasma Dilution matrix

f.  Testing Conditions:
- Operating temperature 15 to 30°C/59 to 86°F
- Operating humidity 30% to 80% relative (non condensing) at 30°C/86°F or below
- Operating altitude Up to 2,000 m/6,600 ft

g.  Data to be collected:
- Correlation:  30 positive and 8 negative samples
- Linearity: 7 samples ranges from 0- 6.7 Log(copies/mL)
- Lower Limit of Detection: 21 replicates of 40 copies/mL; 5 replicates of 60 copies/mL, and 5 replicates of 80 copies/mL.
- Precision: 8 repeats of within run among the diluted calibrators, and between run among low and high positive and negative control.

h.  Acceptance Criteria: Reaction Coefficient $R^2$ >0.85

## 5.  Results
All raw data reports and statistical analysis can be found in the Abbott m2000 ☐Verification/ ☒Validation binder.

Confidential

| theranos redefining healthcare | Method Validation Report - Quantitative | Document Number: **CL RPT-14013** Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 05/16/2012 |

**QUANTITATIVE METHOD VALIDATION REPORT FOR THE**
**ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM**

a.  Precision Data- Refer to Table 1

| Sample ID | log (Copies/mL) | Mean | S. D. | %CV |
|---|---|---|---|---|
| Cal A | 2.98 3 3.04 | 3.007 | 0.031 | 1.016 |
| Cal B | 6.09 6.03 5.98 5.97 6.02 5.96 | 6.008 | 0.049 | 0.811 |

**Table 1:** % CV comparison Within Run.

b.  Accuracy- Refer to Table 2

| Sample ID | log (Copies/mL) | Mean | S. D. | %CV |
|---|---|---|---|---|
| Control L | 2.97 3.12 3.04 3.14 3.06 | 3.067 | 0.067 | 2.171 |
| Control H | 4.99 4.95 4.97 4.91 5.03 | 4.971 | 0.045 | 0.909 |
| Negative | Not detected Not detected Not detected Not detected Not detected Not detected Not detected Not detected | 100 % Negative Not Detected | | |

| theranos *redefining healthcare* | **Method Validation Report - Quantitative** | Document Number: **CL RPT-14013** Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 05/16/2012 |

**QUANTITATIVE METHOD VALIDATION REPORT FOR THE**
**ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM**

**Table 2:** % CV Comparison between Low Control, High Control and Negative Control

c. Linearity and Reportable Range - Refer to Table 3a and 3b

    i. Linearity –

| Sample ID | Acrometrix Panel Log (copies/ml) | Replicate | Abott Real Time Log (copies/ml ) |
|---|---|---|---|
| 1 | 0.00 | 1 | 0.00 |
| 2 | 2.00 | 1 | 1.92 |
| 3 | 2.70 | 1 | 2.46 |
| 4 | 3.70 | 1 | 3.52 |
| 5 | 4.70 | 1 | 4.45 |
| 6 | 5.70 | 1 | 5.46 |
| 7 | 6.70 | 1 | 6.60 |

**Table 3a:** Acrometrix vs Abbott Real time Linearity data



**Table 3b:** Linearity graph comparison between Acrometrix and Abbott real time

    ii. Reportable Range: 1.6-7.0 Log (copies/mL)

d. Analytical Sensitivity (lower limit of detection)—

Confidential

THPFM0004795976

| | Method Validation Report - Quantitative | Document Number: **CL RPT-14013** |
|---|---|---|
| *theranos* redefining healthcare | | Revision: A |
| | CLIA Laboratory | Effective Date: 05/16/2012 |

**QUANTITATIVE METHOD VALIDATION REPORT FOR THE**
**ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM**

- The lower limit of detection is 40 IU/mL; 21 replicates were performed and 100% were detected (Table 4).
- Refer to test kit package insert for FDA approved tests, manufacturer's stated sensitivity: Met

| SampleId | Result Interpretation (Detected or Not Detected) | % Detected |
|---|---|---|
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | |
| LOD 40 | Detected | 100.00 |

**Table 4a:** Lower Limit of Detection

| | Log copies/mL | copies/mL | |
|---|---|---|---|
| Cal A copies/mL: | 2.94 | 871 | |
| LOD Sample | Cal A mL to add | Neg Plasma mL | |
| 40 copies/mL | 1.056 | 21.944 | 21 replicates |

**Table 4b:** Volume required for lower limit of detection

| theranos *redefining healthcare* | Method Validation Report - Quantitative | Document Number: **CL RPT-14013** |
|---|---|---|
| | | Revision: A |
| | CLIA Laboratory | Effective Date: 05/16/2012 |

**QUANTITATIVE METHOD VALIDATION REPORT FOR THE**
**ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM**

e. Analytical Specificity (interfering substances) -refer to test kit package insert. For FDA approved tests, manufacturer's claims of interfering substances will be used.

f. Reference interval(s)/Expected results - refer to test kit package insert as applicable.

**6. Limitations of Procedure (if any)**
N/A

**7. Comments**
N/A

**8. References**
- Abbott Real Time HIV-1 Package Insert
- Abbott Molecular M2000 Manuals sp & rt

**9. Method Approval**

☒Approved for use        ☐Not Approved

If not approved, provide recommendations/corrective actions below:

**10. Revision History**

| REVISION HISTORY | | | |
|---|---|---|---|
| **Revision Level** | **Effective Date** | **Initiator** | **ECO Number** |
| | | | |
| A | 05/16/2012 | A.  Gelb | ECO-00053 |
| | | | |
| **Section Number** | **Description and Justification of Changes** | | |
| All | Initial Release | | |
| | | | |
| | | | |

Confidential                                                                THPFM0004795978

| theranos — redefining healthcare | Method Validation Report - Quantitative | Document Number: **CL RPT-14013** Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 05/16/2012 |

**QUANTITATIVE METHOD VALIDATION REPORT FOR THE**
**ABBOTT REAL TIME HIV-1 ASSAY ON THE ABBOTT DIAGNOSTICS M2000 SYSTEM**



Confidential

THPFM0004795979

# EXHIBIT 11

| theranos | **Clinical Study Report Summary** | Document Number: CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |
| **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** | | |

*Author(s):*

| Signature: | Date: |
|---|---|
| Name: Amanda Trent, PhD | Title: Sr. Scientist, Cytometry |
| | |

*Reviewer(s)*

| Signature: | Date: |
|---|---|
| Name:  Matthew Black, PhD | Title: Team Lead, Cytometry |

*Approver(s):*

| Signature: | Date: |
|---|---|
| Name: Sunil Dhawan, MD | Title: Laboratory Director |

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

| theranos | **Clinical Study Report Summary** | Document Number: CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |
| **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** | | |

## TABLE OF CONTENTS

[ TOC \O "1-3" \H \Z \U ]



Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

Confidential

THPFM0003814257

| theranos | **Clinical Study Report Summary** | Document Number:<br>CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |

| **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** |
|---|

## 1 Overview

Reliable blood cell enumeration and characterization requires rigorous evaluation of the analytic method, as well as development of quantitative acceptability limits that are used as pass/fail criteria for periodic proficiency testing. A common procedure for verifying results from a laboratory-developed test (LDT) is to compare results to an existing, routine method. In the case of the Theranos Complete Blood Count with Diff (CBC with Diff) LDT, verification is made with respect a commercial hematology analyzer often used in hospitals and independent labs.

The complexity of the CBC assay has driven the development of modern hematology analyzers that utilize various combinations of methods to characterize blood cells. These include techniques such as electrical impedance, conductivity, absorption spectrometry, and flow cytometry. Two independent research groups have recently published articles detailing comprehensive comparisons between several of the most common hematology analyzers currently in use in clinical labs (Bruegel et al. 2015; Meintker et al. 2013). Their reports demonstrate systematic differences in repeatability, specificity, and bias among the different analyzers, highlighting the importance for understanding the relationship between the test method being evaluated and the reference method.

Alternative Assessment Procedures (AAP) evaluate the agreement between the method being tested and the predicate method. A bias may exist between the methods, but the statistical significance of the bias depends on the level of measurement imprecision of the each method. This document outlines the allowable difference between the two methods, taking into consideration the imprecision and biases established in method characterization and method comparison studies. The allowable differences shall then be used as the pass/fail criteria for periodic AAP testing of the CBC with Diff LDT.

Specifically, allowed differences are provided for each measurand in the CBC with Diff assay evaluated in AAP testing, for the following method comparisons:

Theranos CBC with Diff LDT (v.1) with respect to CellDyn Ruby
Theranos CBC with Diff LDT (v.2) with respect to CellDyn Ruby
Theranos CBC with Diff LDT (v.2) with respect to Siemens Advia 2120i

## 2 Definitions

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

THPFM0003814258

| theran⊙s | **Clinical Study Report Summary** | Document Number:<br>CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |
| **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** | | |

2.1 **CLSI:** Clinical and Laboratory Standards Institute.

2.2 **Coefficient of Variation (CV):** The ratio of the standard deviation to the average, often multiplied by 100 and expressed as a percentage, abbreviated as % CV.

2.3 **Precision:** Precision is the closeness of agreement between indications or measured quantity values obtained by replicate measurements on the same or similar objects under specified conditions.  It is usually expressed numerically in terms of standard deviation (SD) or percent Coefficient of Variation (%CV).

2.4 **SOP:** Standard Operating Procedure.

2.5 **Test Method:** Test method encompasses the entire test procedure from blood sample collection, processing and analysis of the results.

2.6 **Theranos CBC with Diff LDT (v.1):** Briefly, capillary whole blood stained with fluorescently-conjugated antibodies specific for unique cell markers is analyzed on a flow cytometer to get RBC, PLT, WBC, and WBC differential. HCT is measured through image analysis of spun whole blood in a pCTN, and HGB is measured using fluorescence spectrometry.

2.7 **Theranos CBC with Diff LDT (v.2):** Capillary whole blood is analyzed on the Drew3 hematology analyzer to measure RBC, HCT, HGB, MCV, PLT, MPV, and WBC. The 5-part WBC differential is performed using the same Theranos chemistries and techniques as in v.1.

**3    Principle**

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

Confidential                                                                 THPFM0003814259

| theran⊕s | **Clinical Study Report Summary** | Document Number:<br>CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |
| **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** | | |

The allowed difference (D) between two methods must account for the variance in repeatability of each of the two methods (Theranos CBC with Diff LDT and CBC with Diff on a commercial analyzer), as well as the inter-method variance. The inter-method variance can arise from method-specific biases, and from pre-analytical factors, such as sample collection. These sources of variability are encompassed in the standard deviation of the relative mean bias and mean bias estimates as defined in **CL PLN-15052 Establish Bias and Expected Difference between Methods**. The allowed difference D, between any two points, can be then be calculated. Several methods for estimating D were laid out in Equations 1, 2, 7, 9, and 10 of **CL PLN-15052 Establish Bias and Expected Difference between Methods**.

A detailed description of the relationship of intra- and inter-method variance is described in Appendix A of the CLSI guideline GP29-A2.

To evaluate AAP results, the expected Theranos value for each measurand is calculated by applying the established mean bias (or the slope and intercept). See **CL PLN-15052 Establish Bias and Expected Difference between Methods** to determine which method is appropriate.

If the difference between the expected Theranos value and the actual Theranos value for each measurand falls within ±D, the results from the two methods are not considered statistically different, and are deemed passing.

## 4 Establishment of allowable difference for Theranos CBC with Diff LDT (v.1) with respect to Cell Dyn Ruby

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

THPFM0003814260

| theranos | **Clinical Study Report Summary** | Document Number: CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |
| | **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** | |

Using method comparison data in the **CL-RPT-14034 Validation Report,** slope, intercept, and mean bias were calculated for each measurand. These values were used to correct the values reported using the Theranos LDT method for WBC differential and then calculated the allowed difference, D. The standard deviation on data exhibiting a constant standard deviation, rather than a constant percent CV, at the low end of the data range was estimated and used to calculate the absolute allowed difference D by equation 10. For parameters with no expected mean bias, in which TAE was defined and used as criteria in the validation report, this TAE was used as allowed difference.  For the MCH and MCHC measurands that are calculated based on values of other measurands rather than being directly measured, the inter-method CV is defined as the square root of the sum of the squares of the difference allowed for the parameters used in the calculation as in Equation 9. Results are show in Table 1 below.

| Measurand | Allowed Difference, D (%) | Allowed Difference D, Absolute | Slope | Intercept | Units | Equation used to calculate D |
|---|---|---|---|---|---|---|
| NEUper | 5.0 | 0.3 | 1.013 | 0 | % | 7 |
| LYMper | 9.8 | 0.3 | 0.99 | 0 | % | 7 |
| MONOper | 26 | 0.3 | 0.90 | 0 | % | 7 |
| EOSper | 28 | 0.3 | 1.03 | 0 | % | 7 |
| BASOper | 58 | 0.3 | 0.782 | 0 | % | 7 |
| HCT | 6 | 0 | 1 | 0 | % | 1 |
| HGB | 7 | 0 | 1 | 0 | g/dL | 1 |
| MCH | 9.2 | 0 | 1 | 0 | pg | 9 |
| MCHC | 10.5 | 0 | 1 | 0 | g/dL | 9 |
| MCV | 5 | 0 | 1 | 0 | fL | 1 |
| MPV | 25 | 0 | 0.51 | 3.99 | fL | 1 |
| PLT | 25 | 5.4 | 1 | 0 | 10^3/uL | 1 |
| RBC | 6 | 0 | 1 | 0 | 10^6/uL | 1 |
| RDW | 5 | 0 | 0.64 | 4.30 | % | 1 |
| WBC | 15 | 0.3 | 1 | 0 | 10^3/uL | 1 |

**Table 1.** Slope, intercept, and D for each measurand reported in the Theranos CBC with Diff LDT. Calculations made using data from CL-RPT-14034.

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

THPFM0003814261

| theranos | **Clinical Study Report Summary** | Document Number:<br>CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |

**Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers**

## 5    Establishment of allowable difference for Theranos CBC with Diff LDT (v.2) with respect to CellDyn Ruby

Using method comparison data in the **CL-RPT-14028 Verification Report for Drew3 for Complete Blood Count,** slope, intercept, and mean bias were calculated for the measurands reported for Drew3. The WBC differential values remained unchanged from those calculated for allowable difference for Theranos CBC with Diff (v.1) with respect to CellDyn Ruby. These values were used to correct the values reported using the Theranos LDT method for WBC differential and then calculated the allowed difference, D. The standard deviation on data exhibiting a constant standard deviation, rather than a constant percent CV, at the low end of the data range was estimated and used to calculate the absolute allowed difference D by equation 10. For the MCH and MCHC measurands that are calculated based on values of other measurands rather than being directly measured the inter-method CV is defined as the square root of the sum of the squares of the difference allowed for the parameters used in the calculation as in Equation 9. Results are show in Table 2 below.

| Measurand | Allowed Difference, D (%) | Allowed Difference D, Absolute | Slope | Intercept | Units | Equation used to calculate D |
|---|---|---|---|---|---|---|
| NEUper | 5 | 0.3 | 1.013 | 0 | % | 7 |
| LYMper | 9.8 | 0.3 | 0.99 | 0 | % | 7 |
| MONOper | 26 | 0.3 | 0.9 | 0 | % | 7 |
| EOSper | 28 | 0.3 | 1.03 | 0 | % | 7 |
| BASOper | 58 | 0.3 | 0.782 | 0 | % | 7 |
| HCT | 6 | 0 | 1 | 0 | % | 1 |
| HGB | 7 | 0 | 1 | 0 | g/dL | 1 |
| MCH | 9.2 | 0 | 1 | 0 | pg | 9 |
| MCHC | 10.1 | 0 | 1 | 0 | g/dL | 9 |
| MCV | 4 | 0 | 1 | 0 | fL | 7 |
| MPV | 17.6 | 0 | 0.41 | 6.41 | fL | 7 |
| PLT | 25 | 5.4 | 1 | 0 | 10^3/uL | 1 |
| RBC | 6 | 0 | 1 | 0 | 10^6/uL | 1 |
| RDW | 15 | 0 | 1 | 0 | % | 1 |
| WBC | 15.76 | 0.3 | 1 | 0 | 10^3/uL | 7 |

**Table 2.** Slope, intercept, and D for each measurand reported in the Theranos CBC with Diff LDT.

## 6    Establishment of allowable difference for Theranos CBC with Diff LDT (v.2) with

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

| theran⊙s | **Clinical Study Report Summary** | Document Number:<br>CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |

| **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** |
|---|

respect to Siemens Advia 2120i

Using method comparison data in Appendix A, slope, intercept, and relative mean bias were calculated for the measurands reported for Theranos LDT v.2 in comparison to Siemens Advia 2120i. These values were used to correct the values reported using the Theranos LDT method (v.2) for all measurands and then calculated the allowed difference, D. The standard deviation on data exhibiting a constant standard deviation, rather than a constant percent CV, at the low end of the data range was estimated and used to calculate the absolute allowed difference D by equation 10. For the MCH, and MCHC measurands that are calculated based on values of other measurands rather than being directly measured the inter-method CV is defined as the square root of the sum of the squares of the difference allowed for the parameters used in the calculation as in Equation 9. Results are show in Table 3 below.

| Measurand | Allowed Difference, D (%) | Allowed Difference D, Absolute | Slope | Intercept | Units | Equation used to calculate D |
|---|---|---|---|---|---|---|
| NEUper | 8.40 | 0.30 | 1.018 | 0 | % | 7 |
| LYMper | 14.20 | 0.30 | 0.942 | 0 | % | 7 |
| MONOper | 22.10 | 0.30 | 1.16 | 0 | % | 7 |
| EOSper | 52.70 | 0.53 | 0.81 | 0 | % | 7 |
| BASOper | 70.80 | 0.85 | 1.06 | 0 | % | 7 |
| HCT | 8.40 | 0.00 | 1 | 0 | % | 2 |
| HGB | 7.34 | 0.00 | 1 | 0 | g/dL | 7 |
| MCH | 10.57 | 0.00 | 1 | 0 | pg | 9 |
| MCHC | 11.40 | 0.00 | 1 | 0 | g/dL | 9 |
| MCV | 4.29 | 0.00 | 1 | 0 | fL | 7 |
| MPV | 21.90 | 0.00 | 0.89 | 2.02 | fL | 7 |
| PLT | 24.60 | 5.40 | 1 | 0 | 10^3/uL | 7 |
| RBC | 7.60 | 0.00 | 1 | 0 | 10^6/uL | 7 |
| RDW | 27.60 | 0.00 | 1.88 | -12.61 | % | 7 |
| WBC | 18.40 | 0.30 | 1 | 0 | 10^3/uL | 7 |

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

| theranos | **Clinical Study Report Summary** | Document Number:<br>CL-RPT-15052 |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 11/14/2015 |
| **Establishing allowable difference between Theranos lab-developed hematology tests and commercial hematology analyzers** | | |

**Table 3.** Slope, intercept, and D for each measurand reported in the Theranos CBC with Diff LDT (v.2). Advia 2120i. Calculations made using data from Appendix A.

## 7   REFERENCES

7.1   CLSI Guideline GP 29 Assessment of laboratory tests when proficiency testing is not available; approved guideline, second edition

7.2   Bruegel, M., Nagel, D., Funk, M. Fuhrmann, P., Zander, J. Teupser, D. Comparison of five automated hematology analyzers in a university hospital setting: Abbott Cell-Dyn Sapphire, Beckman Coulter DxH 800, Siemens Advia 2120i, Sysmex XE-5000, and Sysmex XN-2000. Clin. Chem. Lab. Med. 2015; 53(7).

7.3   Meintker, L., Ringwald, J., Rauh, M., Krause, S. Comparison of automated differential blood cell counts from Abbott Sapphire, Siemens Advia 120, Beckman Coulter DxH 800, and Sysmex XE-2100 in normal and pathologic samples. Am. J. Clin. Pathol. 2013; 139:641-650.

## 8   REVISION HISTORY

**REVISION HISTORY**

| Revision Level | Effective Date | Initiator | DCO Number |
|---|---|---|---|
| A | 11/14/2015 | A.Trent | DCO-00108 |
| | | | |
| | | | |

| Section Number | Description and Justification of Changes | |
|---|---|---|
| All | Initial Release | |
| | | |
| | | |

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.
CL SOP-19001 Rev. A, Released Date 10/23/2013

THPFM0003814264

# EXHIBIT 12

| theranos | **Test Plan** | Document Number: CL PLN-14220<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

# Verification Plan for DREW3, an Automated Hematology Analyzer

**Author(s):**

| Signature: *[signature]* | Date: 11/19/15 |
|---|---|
| Name: Poornima Kolhar, PhD. | Title: Senior Scientist, Product Development |

**Reviewer(s)**

| Signature: *[signature]* | Date: 11/12/15 |
|---|---|
| Name: Cindy Chung, Ph.D. | Title: Scientist, Cytometry |

| Signature: *[signature]* | Date: 11-15-15 |
|---|---|
| Name: Gurbir Sidhu, CLS | Title: Clinical Laboratory Scientist, CLIA |

**Approver(s):**

| Signature: *[signature]* | Date: 11/15/15 |
|---|---|
| Name: Sunil Dhawan, M.D. | Title: Laboratory Director |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

THPFM0005699178

| theran⬤s | **Test Plan** | Document Number: CL PLN-14220<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

Table of Contents

1.0      PURPOSE:....................................................................................................3
2.0      SCOPE:........................................................................................................3
3.0      BACKGROUND:...........................................................................................3
4.0      DEFINITIONS:.............................................................................................3
5.0      RESPONSIBILITY:.......................................................................................5
6.0      TESTING SYSTEMS:...................................................................................5
7.0      PROCEDURES:............................................................................................4
8.0      ACCEPTANCE CRITERIA, SAMPLE SIZE AND TEST CONDITIONS:............6
9.0      REFERENCES..............................................................................................7
10.0    APPENDICES...............................................................................................7

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential                              THPFM0005699179

| theranos | **Test Plan** | Document Number: CL PLN-14220<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

## 1.0  PURPOSE:

1.1   The purpose of this test plan is to define the experiments and selection criteria for verification of Complete Blood Count (CBC) within the CLIA infrastructure, using DREW3, an automated hematology analyzer.  This document outlines the types and order of experiments necessary to complete an assessment of substantial equivalence following the latest CLSI guidelines.

## 2.0  SCOPE:

2.1   This plan applies to running DREW3, an automated hematology analyzer FDA 510(k) cleared methodology per CLSI recommendation in Theranos clinical laboratory.

## 3.0  BACKGROUND:

3.1   Reason for the Study:

3.1.1   This plan outlines the standardized set of experiments necessary to verify CBC assay on DREW3.

3.1.2   The following experiments were done to verify DREW3 510K approved pass/fail criteria and test ranges:

3.1.2.1   Verification of the Limit of Blank (CLSI EP17-A2E)

3.1.2.2   Verification of Linear Range (CLSI EP06-AE).

3.1.2.3   Verification of Precision (vendor recommendation)

3.1.2.4   Establish comparability: Method Comparison with Capillary Plasma (CLSI EP05-A3)

3.1.2.5   Establishment of Reference Interval Limits for capillary samples (EP28-A3CS)

## 4.0  DEFINITIONS:

4.1   **Accuracy:** Accuracy is defined by CLSI as the closeness of agreement between a test result and an accepted reference value. Method accuracy is used in a different sense by the American Association of Pharmaceutical Scientists where it is expressed as percent relative error (%RE). Trueness, a related CLSI term, is the closeness of agreement between the average of a number of replicate measured quantity values and a reference quantity value.

4.2   **Analyte:** Component represented in the name of a measurable quantity. The closely related term measurand is defined as the particular quantity subject to measurement.

4.3   **Analytical sensitivity:** There are several alternative uses of this term. Most commonly, and for the purposes of this Validation Plan, it is used interchangeably with limit of detection. It is also used to describe the ability of an analytical method to assess small variations of the concentration of an analyte, such as the slope of the calibration curve (IUPAC).

| Theranos Internal Only | | Page 3 of 9 |
|---|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

| **theranos** | **Test Plan** | Document Number: **CL PLN-14220**<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

4.4 **Analytical specificity:** Ability of a test or procedure to correctly identify or quantify an entity, including in the presence of interfering substance(s) or phenomena.

4.5 **Calibration:** Set of operations that establish, under specified conditions, the relationship between values of quantities indicated by a measuring instrument or measuring system, or values represented by a material measure or a reference material, and the corresponding values realized by standards. Under CLIA, calibration refers to the process of testing and adjusting an instrument, kit, or test system, to provide a known relationship between the measurement response and the value of the substance being measured by the test procedure (42 CFR 493.1217).

4.6 **Calibrator:** A substance, material, or article intended to be used to establish the measurement relationships of a diagnostic medical device.

4.7 **CLIA:** Clinical Laboratory Improvement Amendments of 1988. Congressional legislation that defined and requires specific quality assurance practices in clinical laboratories.

4.8 **CLSI:** Clinical and Laboratory Standards Institute.

4.9 **Coefficient of Variation:** The ratio of the standard deviation to the average, often multiplied by 100 and expressed as a percentage, abbreviated as %CV.

4.10 **Colorimetry:** A technique used to determine the concentration of colored compound(s) in solution.

4.11 **Interfering substance:** A substance or quantity thereof that is not the measurand but that affects the result of the measurement.

4.12 **IUPAC:** International Union of Pure and Applied Chemistry

4.13 **Linearity:** Linearity is the ability of a quantitative analytical method to provide results that are directly proportional to the concentrations of an analyte in test samples, within a given measuring interval. It is an important parameter to confirm when evaluating an analytical method because it verifies correct interpolation of results between points.

4.14 **LMR:** Lower end of the measuring range is the lowest level at which defined conditions, including all stated characteristic of the method, are met.

4.15 **LoB:** Limit of Blank is the highest value in a series of results on a sample that contains no analyte.

4.16 **LoD:** Limit of Detection is the lowest amount of analyte in a sample that can be detected with stated probability, although perhaps not quantified as an exact value.

4.17 **Matrix:** All components of a material system, except the analyte. A specimen matrix is the biological milieu in which an analyte exists (e.g., plasma, serum, urine, or other body fluids).

4.18 **Measuring Interval (reportable range; analytical measurement range or AMR):** A measuring interval consists of all numeric values between the lower and upper numeric values for which a method can produce quantitative results suitable for clinical use. Where applicable, a linearity study is frequently used to establish or verify the measuring interval that can be reported for a measurement method. Alternatively, the lower limit of the measuring interval may be assigned as the limit of quantification (LLOQ).

4.19 **Precision:** Precision is the closeness of agreement between indications or measured quantity values obtained by replicate measurements on the same or similar objects under specified conditions. It is usually expressed numerically in terms of standard deviation (SD) or percent Coefficient of Variation (%CV).

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

THPFM0005699181

| theranos | **Test Plan** | Document Number: CL PLN-14220<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

4.20 **Reference interval:** The interval between and including two reference limits. It is common practice to define a reference limit so a stated fraction of the reference values is less than or equal, or greater than or equal, to the respective upper or lower limit.

4.21 **SOP:** Standard Operating Procedure.

4.22 **Testing System:** The entirety of the testing process, including instrument, sample, reagents, supplies, and procedures. Personnel are sometimes included in the definition.

## 5.0 RESPONSIBILITY:

5.1.1 It is the responsibility of the Laboratory Director to ensure that the verification experiments ran on DREW3 in Theranos clinical laboratory pass the testing criteria as claimed in the manufacturer's FDA 510K report.

5.1.2 It is the responsibility of all Testing Personnel in the CLIA laboratory to follow the steps indicated in this verification plan and associated SOPs.

## 6.0 TESTING SYSTEMS:

6.1 The testing system defined for this validation plan is the DREW3, an automated hematology analyzer

## 7.0 PROCEDURES:

7.1 Limit of Blank, Detection and Quantitation

7.1.1 Limit of Blank (LoB) will be verified with DI water with a minimum of 10 replicates. DI water will be run on DREW3 and data was analyzed according the CLSI documentation

7.1.2 Selection Criteria: LoB values should be below the linearity reported in the 510K.

7.2 Verification of Linear Range

7.2.1 Establishment of the Linear Range is performed using contrived samples for RBC, HGB, PLT and WBC. A minimum of 5 levels performed in 3 replicates spanning the analytical range of the assay is necessary to establish the linear range. Data will then be retrieved and inputted into Statis Pro for analysis.

7.2.2 Selection Criteria: Linearity will be established, according CLSI EP06-AE, with an allowable non-linearity of <10%.

7.3 Verification of Precision

7.3.1 Verification of precision is performed as per vendor's recommendation to run 3 blood samples 10 times. The data will then be retrieved and compared to the vendors 510 k submission.

7.3.2 Selection Criteria: Precision is verified according to the comparison of estimated repeatability to manufacturer's claims as outlined in CLSI EP15-A2.

Within-laboratory precision for each analyte is to be used in the calculation of allowable bias for trueness and comparability testing. This data is to be used to populate for this calculation where SD is the standard deviation of the precision data set at the lowest concentration and MEAN is the average measured value of the precision data set at the lowest concentration.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

| **theranos** | **Test Plan** | Document Number: **CL PLN-14220**<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

7.4    Establishment of Comparability: Method Comparison with Capillary Plasma

    7.4.1    Establishment of comparability serves to draw the comparison between capillary sample processing on DREW3 when compared to a venous sampling from the same donor as a predicate. This study is also a matrix study, comparing venous and capillary plasma. Guidance is taken from CLSI H26-A2. A minimum of 40 unique samples spanning the physiological range are to be tested on DREW3 system. From each unique donor, up to 2 Theranos Sample Collecting Devices of the EDTA anticoagulant type will be collected simultaneously with 1 EDTA BD vacutainer for CBC. All blood collection is to be carried according to manufacturer intended use or current operating protocol. Samples are to be processed according CL-SOP-15051. In addition to the unique patient samples, contrived samples are to be generated to span the medical decision limit ranges. The number of contrived samples is not to exceed 15% of the total patient samples in this study. Contrived samples are generated by manipulated venous whole blood. Donor matched plasma is either added or removed to whole blood aliquots to achieve the specified concentration targets. For platelet (PLT) and white blood cell (WBC), platelet rich plasma or isolated WBCs are spiked into a known concentration of analyte in a venous plasma to achieve the specified concentration targets. Contrived samples are then aliquoted into a Theranos sample containing unit and the appropriate containers for the comparative measurement system. The Theranos sample should be processed according to CL-SOP-15086 and the appropriate protocol followed for the comparative measurement procedure.

    7.4.2    Selection Criteria: Verification of trueness is defined as the mean bias and 95% confidence interval of the mean bias within the total allowable bias calculated using Table 1.

7.5    Establishment of Analyte Stability

    7.5.1    Establishment of analyte stability is to be performed if the testing protocol deviates from the manufacturer's intended stability. A minimum of 20 unique donors is to be used to establish extended analyte stability. Two (2) Theranos sample collecting devices are to be drawn from each donor. Samples were processed at 1-4 hours (T0) and 32-36 hours (T36) post collection according to CL-SOP-15086, and assay results will be compared between the initial processing time (T0) and after sample storage at 2-8°C for 36 hours (T36).

    7.5.2    Selection Criteria: Mean bias and its 95% confidence interval at T36 must be within the allowable bias specified for each analyte.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

THPFM0005699183

| theranos | **Test Plan** | Document Number: **CL PLN-14220**<br>Revision: A |
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

7.6     Establishment of Reference Interval with Capillary samples

7.6.1     Establishment of the reference interval is to be performed using a minimum of 100 unique, donors from an apparently healthy reference population. The reference population is to be composed of male and female donors from three unique Theranos Collection Sites: Palo Alto, Newark, and Scottsdale. Two (2) Theranos sample collecting devices are to be drawn from the patients in the reference population. These capillary blood specimens are to be transported to the Theranos clinical laboratory for processing within 24 hours of collection. All samples are to be processed according to CL-SOP-15086 within 36 hours of specimen collection. Data is to be retrieved from Theranos LAS and input into Statis Pro for determine of the reference interval and 95% confidence intervals on the reference limits. Symmetrical robust statistical methods should be applied to this data unless the data set exceeds N = 120 in which case non-robust parametric statistical may be accurately applied.

7.6.2     Selection Criteria: The reference interval limits and the corresponding 95% confidence interval of those limits must be comparable to the corresponding venous reference interval determined within the same device. Deviations from these limits may indicate a difference in the clinical performance of capillary blood, and the reference range should be verified or established accordingly.

## 8.0     ACCEPTANCE CRITERIA, SAMPLE SIZE AND TEST CONDITIONS:

8.1     Acceptance Criteria and Justifications:

Acceptance criteria, allowable bias, for Method Comparison studies is detailed in Table 1.

**Table 1: Acceptance Criteria for venous and capillary measurements**

| Assay | Sample | TAE (%) | TAE (abs) | Imprecision CV (%) 510k | Allowable Bias (%) |
|---|---|---|---|---|---|
| WBC | Venous | 15 | | 2.0 | TAE (%) – (2 x CV) |
| RBC | Venous | 6 | | 1.0 | TAE (%) – (2 x CV) |
| HGB | Venous | 7 | | 0.6 | TAE (%) – (2 x CV) |
| HCT | Venous | 6 | | 1.0 | TAE (%) – (2 x CV) |
| MCV | Venous | 25 | | 0.4 | TAE (%) – (2 x CV) |
| RDW | Venous | 5 | | 3.3 | TAE (%) – (2 x CV) |
| PLT | Venous | 15 | | 3.6 | TAE (%) – (2 x CV) |
| MPV | Venous | 9 | | 1.2 | TAE (%) – (2 x CV) |
| WBC | Capillary | 15 | | 2.0 | TAE (%) – (2 x CV) |
| RBC | Capillary | 6 | | 1.0 | TAE (%) – (2 x CV) |
| HGB | Capillary | 7 | | 0.6 | TAE (%) – (2 x CV) |
| HCT | Capillary | 6 | | 1.0 | TAE (%) – (2 x CV) |
| MCV | Capillary | 25 | | 0.4 | TAE (%) – (2 x CV) |
| RDW | Capillary | 5 | | 3.3 | TAE (%) – (2 x CV) |
| PLT | Capillary | 15 | | 3.6 | TAE (%) – (2 x CV) |

| Theranos Internal Only | Page 7 of 9 |
| --- | --- |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

THPFM0005699184

| theran⬭s | **Test Plan** | Document Number: **CL PLN-14220**<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |

| **Verification Plan for DREW3, an Automated Hematology Analyzer** |
|---|

| MPV | Capillary | 9 | | 1.2 | TAE (%) – (2 x CV) |
|---|---|---|---|---|---|

## 9.0   REFERENCES

9.1   CLSI EP06-AE, Evaluation of the Linearity of Quantitative Measurement Procedures; A Statistical Approach; Approved Guideline, 2003, Clinical and Laboratory Standards Institute, Wayne, PA.

9.2   CLSI EP05-A3, Evaluation of Precision of Quantitative Measurement Procedures; Approved Guideline- Third Edition, 2014, Clinical and Laboratory Standards Institute, Wayne, PA.

9.3   CLSI EP28-A3CS, Defining, Establishing, and Verifying Reference Intervals in the Clinical Laboratory; Approved Guideline—Third Edition, 2010, Clinical and Laboratory Standards Institute, Wayne, PA.

9.4   CLSI EP17-A2E, Evaluation of Detection Capability for Clinical Laboratory Measurement Procedures; Approved Guideline, 2012, Clinical and Laboratory Standards Institute, Wayne, PA.

9.5   CLSI EP09-A3, Measurement Procedure Comparison and Bias Estimation Using Patient Samples; Approved Guideline, 2013, Clinical and Laboratory Standards Institute, Wayne, PA.

9.6   H26-A2, Validation, Verification, and Quality Assurance of Automated Hematology Analyzers; Approved Standard—Second Edition, 2010, Clinical and Laboratory Standards Institute, Wayne, PA.

9.7   StatisPro (version 1.13.00), Clinical and Laboratory and Standards Institute, Wayne, PA. 07/14/2011.

## 10.0   APPENDICES

10.1   N/A

| **Revision History** | | | |
|---|---|---|---|
| **Revision Level** | **Effective Date** | **Initiator** | **DCO Number** |
| A | 11/14/2015 | P.Kolhar | DCO-00108 |
| **Section Number** | **Description and Justification of Changes** | | |
| All | Initial Release | | |
| | | | |

| Theranos Internal Only | Page 8 of 9 |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

THPFM0005699185

| theranos | **Test Plan** | Document Number: CL PLN-14220<br>Revision: A |
|---|---|---|
| | Product Development | Effective Date: 11/14/15 |
| | **Verification Plan for DREW3, an Automated Hematology Analyzer** | |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

TMP-00003 Rev. C, Released 03/26/15

Confidential

THPFM0005699186

| theran⊙s | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 1 of 12 |

# Verification of Drew 3 for Complete Blood Count

### *Author(s):*

| Signature: *Poornima* | Date: 09|03|2015 |
|---|---|
| Name: Poornima Kolhar, PhD. | Title: Scientist, Cytometry |

**Reviewer(s)**

| Signature: | Date: 09|09|2015 |
|---|---|
| Name: Chinmay Pangarkar, Ph.D. | Title: Associate Director, Cytometry |

| Signature: | Date: 9/3/2015 |
|---|---|
| Name: Cindy Chung, Ph.D. | Title: Scientist, Cytometry |

**Approver(s):**

| Signature: | Date: 9/19/15 |
|---|---|
| Name: Adam Rosendorff, M.D. | Title: Laboratory Director |

Sunil S. Dhawan M.D.

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 2 of 12 |

## Verification of Drew 3 for Complete Blood Count

1. **Overview**
2. **Principle**
3. **Method Characterization**
   a. Precision
   b. Establishing the Analytical Measurement Interval or Linearity
   c. Limit of Blank and Carryover
4. **Method Comparison**
   a. Accuracy or Comparability with Predicate
5. **Sample Stability**

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
| --- | --- | --- | --- |
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 3 of 12 |

# 1.  Overview

The clinical value of the Complete Blood Count has been demonstrated as a fundamental diagnostic and monitoring tool for a broad spectrum of pathologies in numerous studies. In the clinical laboratory, manual counts using hemocytometer and a light microscope have been largely replaced by automated flow based devices that use impedance or optical methods for cell detection (Greer, 2008). One such device is the Drew-3 an automated hematology analyzer. In this document we verify the use of Drew-3 to run samples and verify their linearity, LOB, LOD and LOQ data.

The CBC with Leukocyte Differential and Reticulocytes assay is broken up into the analysis of Red Blood Cells (RBCs), Platelets (PLTs), White Blood Cells (WBCs), and assays that measure the cellular properties of these cells. The assays that measure RBCs are the RBC count assay, the Hemoglobin Assay (HGB), and the Hematocrit assay (HCT). The properties of RBCs that are assayed consists of the Mean Corpuscular Volume (MCV) of RBCs, the Mean Corpuscular Hemoglobin (MCH), the Mean Corpuscular Hemoglobin Concentration (MCHC), and the Red Blood Cell Distribution Width (RDW). The assays that measure Platelets are the Platelet Count assay (PLT) and the Mean Platelet Volume assay (MPV). The assays that measure White Blood Cells are the WBC count. The Leukocyte Differential which reports the percentage of the White Blood Cells that are comprised of Neutrophils (NEUT), Lymphocytes (LYMPH), Monocytes (MONO), Eosinophils (EOS), and Basophils (BASO) will be determined by the previously established Normandy.

The clinical value of red blood cell (RBC; erythrocyte) counts and platelet counts have been demonstrated as a fundamental diagnostic and monitoring tool for a broad spectrum of pathologies in numerous studies. In the clinical laboratory, manual counts using hemocytometer and a light microscope have been largely replaced by automated flow based devices that use impedance, fluorescence, and optical methods for cell detection.

The clinical value of leukocyte count and differential has been demonstrated in numerous studies. Current state of the art is dominated by class of devices called Automated Hematology Analyzers which classify leukocytes based on their physical properties such as size, granularity, absorbance etc. which have been historically validated for normal samples. This combined with a coulter-principle based counting mechanism allows for rapid processing of samples.

In addition to the counting of RBCs, the properties of the erythrocyte fraction of blood are important for diagnostics as well. The blood hemoglobin (HGB) concentration is a well-established absorbance-based assay with demonstrated clinical value, as are the Hematocrit (HCT)

The properties of the erythrocytes themselves are also important diagnostic tools. Mean corpuscular volume (MCV) is the average volume of individual red blood cells (RBCs), and the red cell distribution width (RDW) is the coefficient of variance of that volume. These values are used along with hematocrit and hemoglobin levels to determine the presence, type and magnitude of anemia. MCV and RDW are commonly included on the complete blood count (CBC) panel of lab tests.

Also part of the CBC is the mean platelet volume (MPV). Platelets are formed in the bone marrow by budding off of megakaryocytes. MPV is used in combination with the overall platelet count as indicators of blood and bone marrow conditions.

The Drew-3 analyzer is a device that uses a combination of impedance, and optical methodologies to quantify all of the assays listed above from Whole Blood (WB) samples except the WBC diff which will be outlined in the previous Theranos LDT

Confidential                                                              THPFM0005699189

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 4 of 12 |

## 2. Principle

In this method, RBC, HGB, HCT, RET, MCV, MCH, MCHC, RDW, PLT, MPV and WBC are measured using impedance and optical measurements of the cells. Whole blood (from either Venous or Finger Stick sources) is run directly on the device. The data is validated against the blood run on Cell-Dyn Ruby system.

## 3. Method Characterization

**a. Precision:**

CLSI standard EP05-A2 defines precision as the closeness of agreement between independent test/measurement results obtained under stipulated conditions. The term stipulated conditions encompasses a wide variety of contexts encountered in the process of clinical analysis. For the purpose of this validation study, precision was measured and characterized in the context of within run precision. The main objective behind characterization of precision under the above condition is to demonstrate that this method is robust to the different sources of variation inherent in the analytical method.

Thirty-one replicates of the same sample were analyzed on the Drew-3 in pre-dilute mode for three different donors. The coefficient of variation across these replicates characterizes the within run precision for this method (Table 1)

| Drew-1 | Donor 1 | | Donor 2 | | Donor 3 | | Donor 4 | |
|---|---|---|---|---|---|---|---|---|
| No of replicates | 12 | | 12 | | 12 | | 12 | |
| Assay | Value | CV(%) | Value | CV(%) | Value | CV(%) | Value | CV(%) |
| WBC (10³/ul) | 7.14 | 0.94 | 4.97 | 1.98 | 4.65 | 1.72 | 7.36 | 1.69 |
| RBC (10⁶/ul) | 4.94 | 0.62 | 4.68 | 0.70 | 4.87 | 0.82 | 4.62 | 0.98 |
| HGB (d/dL) | 15.78 | 0.48 | 13.99 | 0.48 | 14.93 | 0.44 | 14.48 | 0.58 |
| HCT(%) | 46.69 | 0.66 | 42.08 | 0.78 | 43.93 | 0.78 | 42.53 | 1.13 |
| MCV(fL) | 94.44 | 0.39 | 90 | 0.58 | 90.19 | 0.48 | 92.04 | 0.50 |
| MCH(pg) | 31.92 | 0.44 | 29.93 | 0.64 | 30.68 | 0.78 | 31.35 | 0.97 |
| MCHC(g/dL) | 33.78 | 0.59 | 33.26 | 0.81 | 33.99 | 0.82 | 34.07 | 1.26 |
| RDW(%) | 10.94 | 2.93 | 10.88 | 2.74 | 10.33 | 2.96 | 11.1 | 2.66 |
| PLT(10³/ul) | 178.67 | 5.15 | 213.58 | 2.04 | 282.92 | 3.36 | 281.08 | 2.64 |
| MPV(fL) | 8.77 | 1.56 | 8.53 | 2.02 | 8.16 | 1.43 | 7.75 | 2.37 |

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 5 of 12 |

| Drew-2 | Donor 1 | | Donor 2 | | Donor 3 | | Donor 4 | |
|---|---|---|---|---|---|---|---|---|
| No of replicates | 12 | | 12 | | 12 | | 12 | |
| Assay | Value | CV(%) | Value | CV(%) | Value | CV(%) | Value | CV(%) |
| WBC ($10^3$/ul) | 7.17 | 1.26 | 5.17 | 1.51 | 4.80 | 2.35 | 7.39 | 1.68 |
| RBC ($10^6$/ul) | 4.95 | 0.55 | 4.73 | 0.82 | 4.95 | 0.79 | 4.71 | 0.34 |
| HGB (d/dL) | 15.63 | 0.30 | 13.88 | 0.33 | 14.88 | 0.39 | 14.44 | 0.69 |
| HCT(%) | 45.68 | 0.29 | 41.67 | 0.83 | 43.78 | 0.89 | 42.43 | 0.50 |
| MCV(fL) | 92.29 | 0.34 | 88.01 | 0.47 | 88.41 | 0.48 | 90.03 | 0.44 |
| MCH(pg) | 31.58 | 0.51 | 29.32 | 0.83 | 30.04 | 0.86 | 30.63 | 0.55 |
| MCHC(g/dL) | 34.22 | 0.43 | 33.31 | 0.85 | 34.00 | 1.08 | 34.03 | 0.75 |
| RDW(%) | 12.73 | 2.63 | 13.18 | 2.76 | 12.40 | 3.15 | 13.53 | 2.38 |
| PLT($10^3$/ul) | 190.55 | 2.55 | 234.25 | 2.77 | 305.58 | 2.44 | 294.67 | 2.88 |
| MPV(fL) | 9.70 | 2.48 | 9.32 | 2.28 | 8.94 | 1.39 | 8.48 | 1.60 |

Table 1: Precision for 12 replicates for 4 donors run on 2 separate days in pre-dilute mode for all reportable assays.

### b. Establishing the Analytical Measurement Interval or Linearity

CLSI guidance document H26AE defines the analytical measurement interval or analytical measurement range as the range of analytical values that a method can directly measure on the specimen without any dilution, concentration, or other pretreatment not part of the usual assay process. The aim of this part of the validation program was to establish an analytical measurement range significantly wider than the typical clinically reportable interval. In effect, this implies that the said method will provide sensible results, without dilution further than the established protocol, or any other pretreatment such as concentration for any sample which the laboratory wishes to analyze. To this end, fresh whole blood samples were diluted to yield a range of concentrations for the RBC, HGB, HCT, PLT, and WBC that is significantly wider than any expected physiological range. The MCV, RDW, and MPV assays do not rely on concentration measurements beyond the minimal concentration required to obtain the result, and thus linearity for those assays is not necessary and not included in this section of the report. Graphical representation and regression statistics for each assay dataset are shown in the following figure (Figure 1). The goodness of fit establishes the "linearity" or the analytical measurement interval for this assay over the specified ranges in Table 3, and the statistical parameters for these data are shown in Table 4. Confirmation of the linearity range of Drew 3 as filed in the 510k.

PROPRIETARY AND CONFIDENTIAL

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 6 of 12 |

| Assay | Range |
|---|---|
| RBC(10^6/uL) | 0.36-7.13 |
| HGB(g/dL) | 0.1 – 20.5 |
| HCT(%) | 0.5-60.5 |
| PLT(10^3/uL) | 11- 750 |
| WBC(10^3/uL) | 0.74-88.2 |

*Table 3: Linearity ranges for the RBC, HGB, HCT, PLT, and WBC*



Figure 1 Concordance between Drew3 and Ruby Whole Blood measurements showing linearity over the analytical range.

PROPRIETARY AND CONFIDENTIAL

THPFM0005699192

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 7 of 12 |

c.  **Limit of blank (LoB)**

Whole blood samples with high RBC, PLT, and WBC concentrations were run alternately with blank samples to quantify the limit of blank with carryover (Table 5).

| Assay | Limit of blank, With carryover | Limit of blank, with carryover, as % of concentration of prior sample (%) |
|---|---|---|
| RBC | 0.00 ± 0.00 (10^6/uL) | 0.00 ± 0.00 % |
| HGB | 0.00 ± 0.00 (g/dL) | 0.00 ± 0.00 % |
| RET | 0.00 ± 0.00 (10^6/uL) | 0.00 ± 0.00 % |
| PLT | 0.00 ± 0.00 (10^3/uL) | 0.00 ± 0.00 % |
| WBC | 0.00 ± 0.000(10^3/uL) | 0.1 ± 0.1 % |

Table 5: Limit of blank with carryover.

# 4. Method Comparison

a.  **Accuracy or Comparability with Predicate**

In this section, data showing the comparability or accuracy of the Theranos assay on Drew with assay on Ruby. Following figures and table show the comparison between the Theranos assay and reference on Ruby.

Table 6 :Method comparison

| | Assay | Mean Recovery | Mean CV |
|---|---|---|---|
| 1 | WBC | 1.00 | 3.311221 |
| 2 | RBC | 1.00 | 1.19404 |
| 3 | HGB | 1.00 | 0.842274 |
| 4 | HCT | 1.00 | 1.175537 |
| 5 | PLT | 1.00 | 6.661374 |
| 6 | MCV | 1.00 | 0.954951 |
| 7 | RDW | 1.00 | 4.191514 |
| 8 | MCH | 1.00 | 0.981301 |
| 9 | MCHC | 1.00 | 1.110792 |
| 10 | MPV | 0.98 | 10.39399 |

PROPRIETARY AND CONFIDENTIAL

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 8 of 12 |



Figure 2a: Method comparison between Drew and Ruby

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 9 of 12 |





Figure 2b : Method comparison between Drew and Ruby

## 5. Sample Stability

Sample stability was accessed at time 4h and 36h on Drew. pCTNs were stored at 4C before they were run on Drew. Following are the results from the stability studies which showed that the analytes can be measured even at 36 h and are within the allowed TAE

PROPRIETARY AND CONFIDENTIAL

| | | Verification of Drew 3 for Complete Blood Count | | Rev: |
|---|---|---|---|---|
| **theranos** | Commercial System Verification Report | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | | Page 10 of 12 |

| | Assay | MeanRecovery | CV |
|---|---|---|---|
| 1 | WBC | 1.012457 | 8.531075 |
| 2 | RBC | 0.995051 | 4.303214 |
| 3 | HGB | 0.994414 | 3.448158 |
| 4 | HCT | 0.993858 | 4.405814 |
| 5 | PLT | 0.963501 | 8.058931 |
| 6 | MCV | 0.998451 | 0.646994 |
| 7 | RDW | 1.003001 | 3.938081 |
| 8 | MCH | 1.006509 | 1.734351 |
| 9 | MCHC | 1.007849 | 2.206195 |
| 10 | MPV | 1.012133 | 3.705816 |
| 11 | MON | 0.950615 | 25.92279 |
| 12 | LYM | 1.0657 | 8.660984 |

Table 6 : Table shows recovery at 36 h for pCTNs

PROPRIETARY AND CONFIDENTIAL

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 11 of 12 |



Figure 3a : Sample stability at 36h

PROPRIETARY AND CONFIDENTIAL

| theranos | Commercial System Verification Report | Verification of Drew 3 for Complete Blood Count | Rev: |
|---|---|---|---|
| | | | **A** |
| Description | | Verification of Drew 3 for Complete Blood Count | |
| Originator: Poornima Kolhar | | Date: 08/30/2014 | Page 12 of 12 |



Figure 3b : Sample stability at 36h

PROPRIETARY AND CONFIDENTIAL

THPFM0005699198

| theran⊗s | Drew3 Summary | CBC Assay | Rev: |
|---|---|---|---|
| | | **CL RPT-14028** | **1** |
| Description | | Validation Report for Drew3 for CBC Assay | |
| Originator: Cindy Chung | | Date: 11/12/2015 | |

## Note to File

TO:         Quality Department, Theranos

FROM:       Laboratory Director

SUBJECT:    Validation of CBC Assay

DATE:       November 5, 2015

### Summary:  Verification of CBC Assay

Theranos has verified the use of Drew Scientific Drew-3 hematology analyzer for Complete Blood Count (CBC) Assay. The Verification Report was prepared by Poornima Kolhar on August 30, 2014.

**Specimen Type**:  Whole blood
**Container:** Theranos Sample Capillary Device and BD vacutainer
**Anticoagulant:** K2EDTA

**Precision** The closeness of agreement between indications or measured quantity values obtained by replicate measurements on the same or similar objects under specified conditions.  Precision was tested using whole blood from 4 donors, with 12 replicates of each.  MCH and MCHC are calculated values; therefore, precision analysis is redundant and not relevant.

| Measurand | Drew 510K %CV | Calculated SD,r | Verification Value (VV) | Donor 1 n = 12 | | Donor 2 n = 12 | | Donor 3 n = 12 | | Donor 4 n = 12 | | Pass/Fail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Value | SD | Value | SD | Value | SD | Value | SD | |
| | | **Verification Limit within run (SD,r or VV)** | | | | | | | | | | |
| WBC (10³/ul) | 2 | **0.16** | - | 7.14 | **0.07** | 4.97 | **0.10** | 4.65 | **0.08** | 7.36 | **0.12** | Pass |
| RBC (10⁶/ul) | 1 | **0.05** | - | 4.94 | **0.03** | 4.68 | **0.03** | 4.87 | **0.04** | 4.62 | **0.05** | Pass |
| HGB (d/dL) | 0.6 | **0.09** | - | 15.78 | **0.08** | 13.99 | **0.07** | 14.93 | **0.07** | 14.48 | **0.08** | Pass |

| theranos | Drew3 Summary | CBC Assay | | Rev: |
|---|---|---|---|---|
| | | **CL RPT-14028** | | **1** |
| Description | | Validation Report for Drew3 for CBC Assay | | |
| Originator: Cindy Chung | | Date: 11/12/2015 | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCT (%) | 1 | 0.43 | 0.65 | 46.69 | 0.31 | 42.08 | 0.33 | 43.93 | 0.34 | 42.53 | 0.48 | Pass |
| MCV (fL) | 0.4 | 0.33 | 0.54 | 94.44 | 0.37 | 90.00 | 0.52 | 90.19 | 0.43 | 92.04 | 0.46 | Pass |
| RDW (%) | 3.3 | 0.44 | - | 10.94 | 0.32 | 10.88 | 0.30 | 10.33 | 0.31 | 11.10 | 0.30 | Pass |
| PLT (10³/ul) | 3.6 | 11.06 | - | 178.67 | 9.20 | 213.58 | 4.36 | 282.92 | 9.51 | 281.08 | 7.42 | Pass |
| MPV (fL) | 1.2 (2.9) | 0.09 (0.21) | 0.14 (0.32) | 8.77 | 0.14 | 8.53 | 0.17 | 8.16 | 0.12 | 7.75 | 0.18 | Pass* |

\* MPV value and %CV from an independent precision test of 10 replicates also reported in the Drew3 manual and their corresponding SD and verification value are shown in parenthesis. Using these values, MPV passes precision verification.

Precision is within acceptable limits.
**PASS**

**Accuracy** Defined by CLSI as the closeness of agreement between a test result and an accepted reference value. The accuracy was determined by comparing the recoveries of 59 unique donors between Drew3 (510K approved) to Cell-Dyn Ruby (510K approved). The mean bias and its 95% confidence interval must be within the allowable % bias, which is defined as: Allowable % bias = total allowable error (TAE) limits stipulated by CLIA − 2 x $CV_{precision}$.

| Measurand | Mean recovery | Mean Bias | 95% CI Min | 95% CI max | TAE (%) | Allowable bias (%) | Within Acceptable Limits? |
|---|---|---|---|---|---|---|---|
| WBC | 103.60 | 3.6% | 2.4% | 4.9% | 15 | ±13 | Yes |
| RBC | 99.41 | -0.6% | -1.0% | -0.2% | 6 | ±5 | Yes |
| HGB | 98.94 | -1.1% | -1.4% | -0.7% | 7 | ±6.4 | Yes |
| HCT | 102.23 | 2.2% | 1.8% | 2.7% | 6 | ±5 | Yes |
| PLT | 93.09 | -6.9% | -7.9% | -5.9% | 25 | ±21.4 | Yes |
| MCV | 102.84 | 2.8% | 2.6% | 3.1% | 5 | ±4.6 | Yes |
| RDW | 91.73 | -8.3% | -9.5% | -7.1% | 15 | ±11.7 | Yes |
| MCH | 99.53 | -0.5% | -0.7% | -0.2% | 9 | ±8 | Yes |
| MCHC | 96.79 | -3.2% | -3.5% | -2.9% | 10 | ±9 | Yes |
| MPV | 129.05 | 29.1% | 27.1% | 31.0% | 15 | ±13.8 | No |

Confidential                                                                 THPFM0005699200

| theranos | Drew3 Summary | CBC Assay | Rev: |
| | | **CL RPT-14028** | **1** |
| Description | | Validation Report for Drew3 for CBC Assay | |
| Originator: Cindy Chung | | Date: 11/12/2015 | |

The mean bias and its 95% confidence interval (CI) is within the allowable % bias for all analytes, with the exception of MPV. Difference in MPV is due to a method difference and a reference range must be verified for MPV (see reference range summary).
**PASS after MPV reference range verification.**

**Limit of Blank** The highest value in a series of results on a sample that contains no analyte. Distilled water was run in 12 replicates to quantify limit of blank on Drew3. MCV, RDW, and MPV are cellular characteristics and HCT, MCH, and MCHC are calculated values; therefore a limit of blank is not relevant for these measurands.

| Measurand | Limit of blank, With carryover | Acceptable Limit | Within acceptable Limit? |
|---|---|---|---|
| RBC ($10^6$/uL) | 0 | < 0.25 | Pass |
| HGB (g/dL) | 0 | < 0.6 | Pass |
| PLT ($10^3$/uL) | 2 | < 7 | Pass |
| WBC ($10^3$/uL) | 0.1 | < 0.6 | Pass |

Sensitivity is within acceptable limit.
**PASS**

**Linearity** Ability of a quantitative analytical method to provide results that are directly proportional to the concentrations of an analyte in test samples, within a given measuring interval. MCV, RDW, and MPV are cellular characteristics and HCT, MCH, and MCHC are calculated values; therefore, linearity is not relevant for these measurands. Linearity is established, according to CLSI EP06-A, with an allowable non-linearity of <10%.

| Measurand | $R^2$ | # of Levels | 510k Range | Verified range | 510K Range Verified (Pass/Fail) |
|---|---|---|---|---|---|
| RBC($10^6$/uL) | 0.9988 | 8 | 0.25-7.98 | 0.07- 7.37 | Pass |
| HGB(g/dL) | 0.9986 | 8 | 0.6 – 23.12 | 0.1- 20.6 | Pass |
| PLT($10^3$/uL) | 0.9977 | 10 | 7- 2806 | 28-2296 | > 18 Pass* |
| WBC($10^3$/uL) | 0.9968 | 10 | 0.6-117.6 | 0.1- 88.2 | Pass |

* Greater than 10% non-linearity detected at PLT level = 18 by Statis Pro. All PLT levels above 18 pass linearity.

Confidential                                                          THPFM0005699201

| theranos | Drew3 Summary | CBC Assay | Rev: |
|---|---|---|---|
| | | **CL RPT-14028** | **1** |
| Description | | Validation Report for Drew3 for CBC Assay | |
| Originator: Cindy Chung | | Date: 11/12/2015 | |

Linearity is within acceptable limits for the verified ranges in the table.
**PASS**


**Reference Interval Verification** Interval between and including two reference limits.

| Measurand | Proposed Reference Interval | % Outside range | Pass/Fail |
|---|---|---|---|
| WBC | $2.9 - 11.6\ 10^3/uL$ | 0% | Pass |
| RBC | $4.7 - 5.9\ 10^6/uL$ | 0% | Pass |
| HGB | 11.7-17.1 g/dL | 0% | Pass |
| HCT | 34- 53.1 % | 8% | Pass |
| PLT | 118- 422 $10^3$/uL | 3.4% | Pass |
| MCV | 77- 97.8 fL | 8% | Pass |
| RDW | 10.8-14.1 % | 40.6% | Fail |
| MCH | 24.4- 32.6 pg | 3.4% | Pass |
| MCHC | 28.9- 33.6 g/dL | 0% | Pass |
| MPV | 6.5- 13.5 fL | 0% | Pass |

Reference interval is within acceptable limit for all measurands except for RDW. A new reference interval or a bias correction has to be established for RDW.


I have reviewed all validation documents and supportive data and have found that the performance of the method is considered acceptable.




Laboratory Director
November 5, 2015

Confidential                                                          THPFM0005699202

# EXHIBIT 13

| theranos | **Standard Operating Procedure** | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

# BD LSRFortessa

**Author(s):**

| Signature: | Date: |
|---|---|
| Name: Marilyn Nourse, Ph.D. | Title: Senior Scientist |

**Reviewer(s):**

| Signature: | Date: |
|---|---|
| Name: Daniel Young, Ph.D. | Title: Vice President |

**Approver(s):**

| Signature: | Date: |
|---|---|
| Name: Adam Rosendorff, M.D. | Title: Laboratory Director |

The Laboratory Director or designee will review this procedure at least annually, including revisions.

| Reviewed by: | Date: | Comments: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

THERANOS CONFIDENTIAL

| theranos | Standard Operating Procedure | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| **SOP BD LSRFortessa** | | |

## BD LSRFortessa

## Table of Contents

[ TOC \o "1-1" \u ]



THERANOS CONFIDENTIAL

| theranos | **Standard Operating Procedure** | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

## 1. Purpose

1.1. The BD LSRFortessa is a commercially available flow cytometer capable of analyzing the fluorescence and scatter properties of suspensions of particles (including cells and beads).

1.2. This document describes the operation of the BD LSRFortessa for analyzing samples that have been prepared by Tecan 1 and Tecan 2 for complete blood count measurements (RBC Count, PLT Count, WBC Count, and WBC differential).

## 2. Scope

2.1. This procedure applies to all authorized CLIA Laboratory personnel using the BD LSRFortessa flow cytometer.

## 3. Definitions and Abbreviations

3.1. CS&T: cytometer setup and tracking

3.2. HTS: high throughput sampler

3.3. FFSS: FACS Flow Supply System

## 4. Responsibilities

4.1. It is the responsibility of the supervisors to ensure that all the personnel using the CELL-DYN Ruby analyzer are aware of all safety precautions.

4.2. It is the responsibility of all personnel to follow Universal/ Standard Precautions, this SOP and related SOPs reference below.

## 5. Materials and Equipment

5.1. BD LSRFortessa Flow Cytometer with High Throughput Sampler (HTS) and FACS Flow Supply System (FFSS) installed.  BD LSRFortessa serial number = H64717700053

5.2. Cytometer Setup and Tracking (CS&T) Beads for which a valid baseline has been established on the BD LSRFortessa.

5.3. FACS Sheath with Surfactant, 20L cubitainer

5.4. FACS Sheath

5.5. FACS Clean

5.6. Coulter LH Series Cleanser

5.7. 0.5% Contrad in deionized water

5.8. Deionized water

5.9. Bleach

## 6. Quality control

6.1. Computer login:

    6.1.1.  User ID: Administrator

    6.1.2.  Password: theranos

6.2. BD FACS Diva software login:

THERANOS CONFIDENTIAL

THER-0338640

| theran⊙s | **Standard Operating Procedure** | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

6.2.1.  User ID: Administrator

6.2.2.  Password: (blank)

6.3. Daily Setup:

    6.3.1.  Take CS&T beads out of fridge (located below the bench to the right of the LSRFortessa)

    6.3.2.  Turn BD LSRFortessa ("Fortessa") on (green button on the side facing the computer)

        6.3.2.1.  Note: if you need to turn off the Fortessa, always wait at least 2 minutes before turning it back on

    6.3.3.  Waste container:

        6.3.3.1.  Note: do not screw the cap on until it is tight – make sure that it has some wiggle room so that it is effectively vented to atmospheric pressure.

        6.3.3.2.  When the waste container is nearly full, remove the cap and place it upright (so the sensor does not get triggered).

        6.3.3.3.  Pour out the waste into the sink (the waste already contains 10% bleach, and the samples we run are already fixed, so the biohazard has been neutralized twice).  Run cold water for at least 1 minute to clear out the pipes from the bleach.

        6.3.3.4.  Pour 1L of bleach into the bottom of the container (there is a line on the container) and replace it under the cytometer.

    6.3.4.  Purge 2 sheath lines to rid them of any air bubbles.

    6.3.5.  Check the FACS Sheath with surfactant cubitainer on the FFSS.  If it is low (there will be a light indicating it has decreased to 1.5L) then replace the cubitainer with a new one.

        6.3.5.1.  To change out the sheath, carefully remove the probes and place them in the cup on the side of the cart.  Remove the sheath cube and set it aside.  Place a new sheath cube on the cart and carefully insert the probes.

        6.3.5.2.  Pour the remaining sheath fluid from the old cube into a 2L bottle for future use.

    6.3.6.  Check the level of sheath in the plenum (reservoir) and make sure it is just to the bottom of the probes in the grey cap.

    6.3.7.  Turn computer on if it is not already on.

    6.3.8.  Open FACS Diva 7 software.

        6.3.8.1.  User ID: Administrator

        6.3.8.2.  Password: leave blank

    6.3.9.  Put cytometer in Run mode (button on front panel).

    6.3.10. Go to HTS → Prime

        6.3.10.1.  Look for bubbles in the two syringes

    6.3.11. Prime the HTS at least TWICE – more if there are bubbles in the syringes.

    6.3.12. Put the cytometer in Standby mode (button is on the machine itself).

6.4. Run the following procedure at the beginning of each day on which samples are to be analyzed.

6.5. In the FACSDiva software, go to Cytometer → CST

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0338641

| theranos | **Standard Operating Procedure** | Document Number: **CL SOP-15021** <br> Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

6.5.1. This opens the CST software within Diva.

6.5.2. Make sure Cytometer Configuration says "Theranos-2 HTS - CST SORP..."

6.5.3. Select "Check performance" from the drop-down menu

6.5.4. Make sure "Load tube manually" button is not checked

6.5.5. Make sure 96 well U bottom plate is selected

6.5.6. If you need to use a different type of 96-well plate (such as flat-bottom or V-bottom) you MUST change the type of plate that is specified. The probe enters the well at a distance that is calibrated to the plate type so you may damage it if the wrong type is selected.

6.5.7. Put 1 drop of well-mixed BD FACSDiva CS&T Research Beads and 150 uL of FACS Flow sheath fluid into well A1 of a clean 96-well U-bottom plate. Mix by pipetting.

    6.5.7.1. The CS&T Bead lot must already have a baseline associated with it. Valid bead lots will be available from the pull-down "Setup Control" menu.

6.5.8. Select the appropriate bead lot under "Setup Beads" in the "Setup Control" menu.

6.5.9. Put the plate on the HTS loader with the loaded well nearest the "A1" marking.

6.5.10. Put the cytometer in Run mode (button on the front of the cytometer)

6.5.11. Click "Run" ( ) in the CS&T application

6.5.12. You should see events appear on all three dotplots that are displayed. These populations will move around as the software controls the PMT voltages and other settings.

6.5.13. When CST is finished, place cytometer in Standby mode.

6.5.14. Click View report

6.5.15. Verify that the QC passed

6.5.16. If it didn't pass, make a fresh dilution of CS&T beads and try again.

6.6. If CS&T still does not pass:

    6.6.1. Symptom: If you see dots on the Violet and Red plots, but not on the Blue plot, then the CST will not pass.

        6.6.1.1. Sometimes the CST fails because of a laser not being on or the wrong power. The error message that shows up in this case will probably say something about not being able to find the beads or that the event count is too low.

        6.6.1.2. If this is the case, turn off the Fortessa, WAIT TWO MINUTES, then turn it back on.

        6.6.1.3. If it still doesn't pass, run a 4x4 clean cycle with 5% Contrad in wells G9-G12 (see below). Repeat CST.

6.7. If you are still unable to solve the problem, check with a member of the cytometry team or call BD support (http://www.bdbiosciences.com/services/techsupport/). BD will ask for the serial number of the instrument, which is listed at the top of this document.

## 7. Procedure

7.1. Computer login:

    7.1.1. User ID: Administrator

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0338642



| Standard Operating Procedure | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|
| CLIA Laboratory | Effective Date: 09/09/2013 |

**SOP BD LSRFortessa**

    7.1.2.  Password: theranos
7.2. BD FACS Diva software login:
    7.2.1.  User ID: Administrator
    7.2.2.  Password: (blank)
7.3. Analyzing a CBC plate:
    7.3.1.  First analyze the RBCPlt wells:
        7.3.1.1.    In the Browser window, click on the Clinical folder
        7.3.1.2.    Make a new experiment from a template:
        7.3.1.3.    Use the Experiment > New Experiment command to create a new experiment based on a saved template.  Select the appropriate template and then click OK.
            7.3.1.3.1.    Template for RBC/PLT samples is called RBCPlt_Clinical
        7.3.1.4.    Re-name your experiment by right-clicking on the experiment name and selecting re-name.  You can also do this by selecting the experiment and changing the name in the Inspector window 🖉
            7.3.1.4.1.    Use the following naming format:
            7.3.1.4.2.    YYYYMMDD_assay type_plate # (from barcode scanner)
               7.3.1.4.2.1.    i.e. 20130909_RBCPlt_Clinical_plateRD0001
            7.3.1.4.3.    After typing the above information, keep the cursor in the box and use the barcode scanner to scan the plate barcode.  It will automatically fill in the plate number.
            7.3.1.4.4.    Please note that the word "Clinical" (from the template) needs to be included in the experiment name.
        7.3.1.5.    Double click the 96-well U-bottom plate icon (🔲 96 Well - U bottom )under the experiment to open the plate window.
            7.3.1.5.1.    Note: please make sure the type of plate containing your samples is the same as the plate type specified.
        7.3.1.6.    If there are fewer than 24 samples on the plate, select the wells in the plate window that do not have sample and delete them according to the plate map (paper should accompany the plate).
        7.3.1.7.    Verify that "Standard Throughput" is selected in the upper-right corner of the Plate window
        7.3.1.8.    Verify the loader settings (change values if necessary):
            7.3.1.8.1.    Each well needs to have 50 uL of overage.  For example, if you have 150 uL loaded in the well, the max sample volume should be 100 uL to leave 50 uL in the plate.  The mixing volume should be ~ half the volume that is in each well.
            7.3.1.8.2.    Click on various wells in the plate window to verify RBC/PLT template loader settings:
               7.3.1.8.2.1.    Sample flow rate    1.0 uL/sec
               7.3.1.8.2.2.    Sample volume        100
               7.3.1.8.2.3.    Mixing volume         75

THERANOS CONFIDENTIAL

| theranos | **Standard Operating Procedure** | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

          7.3.1.8.2.4.      Mixing speed        250
          7.3.1.8.2.5.      Number of mixes    5
          7.3.1.8.2.6.      Wash volume          800

7.3.1.9.    Go to Experiment → Experiment Layout
    7.3.1.9.1.    Click on the Acquisition tab
    7.3.1.9.2.    Verify the number of events to record:
        7.3.1.9.2.1.    For RBC/PLT samples, the number of events should be 1200 for all sample wells (this will be the number of platelets that is collected)

7.3.1.10.   Verify the cytometer parameters (in the Cytometer window):
    7.3.1.10.1.    For RBC/PLT assay:
        7.3.1.10.1.1.    FSC-A
        7.3.1.10.1.2.    SSC-A
        7.3.1.10.1.3.    FITC-A
        7.3.1.10.1.4.    PE-A
        7.3.1.10.1.5.    APC-A

7.3.1.11.   Verify the threshold (in the cytometer window)
7.3.1.12.   For RBC/PLT assay:
    7.3.1.12.1.    FSC threshold should be 200

7.3.1.13.   Verify the loader settings by selecting a few wells in the Acquisition Dashboard window and make sure the settings are as described in section 7.3.1.8.2 above.

7.3.1.14.   Remove the plate cover, if applicable.

7.3.1.15.   In the Acquisition Dashboard window, make sure that the "stopping gate" is set to P1

7.3.1.16.   Load your plate onto the HTS tray (make sure Well A1 is in the space marked A1 on the plate loader).  Press the Run button on the cytometer.

7.3.1.17.   Acquiring Data
    7.3.1.17.1.    Select the first well of your wells to be acquired and click "Run Plate".
    7.3.1.17.2.    The cytometer will proceed to draw up the specified amount of sample and run it until the specified number of events has been acquired.  The remaining sample will be discarded and the system will be flushed with the specified amount of sheath fluid.  It will then move on to the next sample until it has completed the plate.

7.3.1.18.   During acquisition, verify that the staining patterns look roughly correct:

7.3.1.19.   RBCPlt:

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0338644



| Standard Operating Procedure | Document Number: **CL SOP-15021** Revision: A |
|---|---|
| CLIA Laboratory | Effective Date: 09/09/2013 |

**SOP BD LSRFortessa**



7.3.1.20.

7.3.1.21.   If anything looks wrong, click "Pause" on the Acquisition Dashboard.  The run will pause after the current well has completed.  Then click "Stop Plate" and perform any remedial action deemed necessary, such as priming the flow cell, priming the HTS, or running a clean cycle (see troubleshooting section of this document for specific instructions).   Then resume running the plate.

    7.3.1.21.1.   Run the next well by selecting the well and clicking "Run Well(s)" in the Acquisition Dashboard.  If the problem is resolved, then select the next well and click "Run Plate".

    7.3.1.21.2.   If the problem is not resolved, call someone from the cytometry team and run a short clean

7.3.1.22.   When acquisition is finished, place the LSRFortessa in Standby mode.  It will not do this itself.

7.3.1.23.   After the samples have been acquired, do a quick check to make sure the data looks roughly correct (see figures above)

7.3.1.24.   Before running the WBC samples, Prime the HTS.

7.3.2.   Analyzing WBC wells:

    7.3.2.1.   In the Browser window, click on the Clinical folder

    7.3.2.2.   Make a new experiment from a template:

    7.3.2.3.   Use the Experiment > New Experiment command to create a new experiment based on a saved template.   Select the appropriate template and then click OK.

    7.3.2.4.   Template for WBC samples is called WBC_Clinical

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0338645

| theranos | **Standard Operating Procedure** | Document Number: **CL SOP-15021** Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

7.3.2.5. Re-name your experiment by right-clicking on the experiment name and selecting re-name. You can also do this by selecting the experiment and changing the name in the Inspector window.

    7.3.2.5.1. Use the following naming format:

        7.3.2.5.1.1. YYYYMMDD_assay type_plate # (from barcode scanner)

        7.3.2.5.1.2. i.e. 20130909_WBC_Clinical_plateRD0001

        7.3.2.5.1.3. After typing the above information, keep the cursor in the box and use the barcode scanner to scan the plate barcode. It will automatically fill in the plate number.

        7.3.2.5.1.4. Please note that the word "Clinical" (from the template) needs to be included in the experiment name.

7.3.2.6. Double click the 96-well U-bottom plate icon ( 96 Well - U bottom ) under the experiment to open the plate window.

    7.3.2.6.1. Note: please make sure the type of plate containing your samples is the same as the plate type specified.

7.3.2.7. If there are fewer than 24 samples on the plate, select the wells in the plate window that do not have sample and delete them according to the plate map (paper should accompany the plate).

7.3.2.8. Verify that "Standard Throughput" is selected in the upper-right corner of the Plate window

7.3.2.9. Verify the loader settings (change values if necessary) – in the Plate Window:

    7.3.2.9.1. Each well needs to have 50 uL of overage. For example, if you have 150 uL loaded in the well, the max sample volume should be 100 uL to leave 50 uL in the plate. The mixing volume should be ☐ half the volume that is in each well.

    7.3.2.9.2. Click on various wells in the plate map to verify WBC template loader settings:

        7.3.2.9.2.1. Sample flow rate      1.0 uL/sec

        7.3.2.9.2.2. Sample volume      135 uL

        7.3.2.9.2.3. Mixing volume      100 uL

        7.3.2.9.2.4. Mixing speed      180

        7.3.2.9.2.5. Number of mixes    5

        7.3.2.9.2.6. Wash volume       800

7.3.2.10. Go to Experiment → Experiment Layout

    7.3.2.10.1. Click on the Acquisition tab

    7.3.2.10.2. Verify the number of events to record:

        7.3.2.10.2.1. For WBC samples, the number of events should be 15,000 for all sample wells.

    7.3.2.10.3. To change multiple rows at the same time, click the first one, then hold the shift key and select the last one. Then change the value either using the list on the right panel or the pull-down menu at the top of the window.

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0338646

| theran⊕s | Standard Operating Procedure | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

7.3.2.11.   Verify the cytometer parameters (in the Cytometer window):
    7.3.2.11.1.   For WBC assay:
        7.3.2.11.1.1.   FSC-A
        7.3.2.11.1.2.   SSC-A
        7.3.2.11.1.3.   FITC-A
        7.3.2.11.1.4.   PE-A
        7.3.2.11.1.5.   PE-Cy5-A
        7.3.2.11.1.6.   APC-A
        7.3.2.11.1.7.   DRAQ5-A
        7.3.2.11.1.8.   Pacific Blue-A
7.3.2.12.   Verify the threshold (in the Cytometer window):
    7.3.2.12.1.   For WBC assay:
        7.3.2.12.1.1.   FSC threshold should be 7,000
7.3.2.13.   Verify the loader settings by selecting a few wells in the Acquisition Dashboard window and make sure the settings are as described in section 7.3.2.9.2 above.
7.3.2.14.   In the Acquisition Dashboard, make sure that the "stopping gate" is set to P1
7.3.2.15.   Press the Run button on the cytometer.
7.3.2.16.   Acquiring Data
7.3.2.17.   Select the first well of your wells to be acquired and click "Run Plate".
7.3.2.18.   The cytometer will proceed to draw up the specified amount of sample and run it until the specified number of events has been acquired.  The remaining sample will be discarded and the system will be flushed with the specified amount of sheath fluid.  It will then move on to the next sample until it has completed the plate.
7.3.2.19.   During acquisition, verify that the staining patterns look roughly correct:
7.3.2.20.   WBC:

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos<br>Fed. R. Crim. P. 6(e) material

THER-0338647



| Standard Operating Procedure | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|
| CLIA Laboratory | Effective Date: 09/09/2013 |
| **SOP BD LSRFortessa** | |



7.3.2.21.

7.3.2.22.   If anything looks wrong, click "Pause" on the Acquisition Dashboard.  The run
will pause after the current well has completed.  Then click "Stop Plate" and
perform any remedial action deemed necessary, such as priming the flow cell,
priming the HTS, or running a clean cycle (see troubleshooting section of this
document for specific instructions).  Then resume running the plate.

7.3.2.22.1.   Run the next well by selecting the well and clicking "Run Well(s)" in
the Acquisition Dashboard.  If the problem is resolved, then select the next
well and click "Run Plate".

7.3.2.22.2.   If the problem is not resolved, call someone from the cytometry team
and run a short clean

7.3.2.23.   When acquisition is finished, place the LSRFortessa in Standby mode.  It will
not do this itself.

7.3.2.24.   After the samples have been acquired, do a quick check to make sure the data
looks roughly correct (see figures above)

7.3.3.   Cleaning [do this after every WBC run, any experiment with "dirty" samples, and at
the end of every day]:

7.3.3.1.   Prepare the following wells in a 96-well U-bottom plate (you can use your
experiment plate if these wells are available):

7.3.3.1.1.   E9-E12: 250 uL FACS Clean (stabilized 10% Bleach; you can also use
freshly prepared 10% bleach)

THERANOS CONFIDENTIAL

THER-0338648

| theranos | Standard Operating Procedure | Document Number: **CL SOP-15021** Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| | **SOP BD LSRFortessa** | |

7.3.3.1.2.   F9-F12: 250 uL Coulter LH Series Cleaner (blue liquid; contains proteolytic enzymes)

7.3.3.1.3.   G9-G12: 250 uL 0.5% Contrad (detergent) [use 5% Contrad if you are trying to clear out a clog]

7.3.3.1.4.   H9-H12: 250 uL deionized/Milli-Q $H_2O$

7.3.3.2.   Put the plate on the HTS with well A1 in the corner marked "A1"

7.3.3.3.   In the Browser, go to the folder called "CLEANING" and make a new blank experiment.

7.3.3.4.   Go to HTS → Clean

7.3.3.5.   Select "Clean4x4" from the list of templates.

7.3.3.6.   Put the cytometer in Run mode and say "yes" or "OK" to all the dialog boxes that pop up.  Clean cycle will begin.

7.3.3.7.   Clean cycle will take about 20 minutes.  Make sure to come back as soon as the clean is done because it will stay in Run mode, which drains the sheath fluid unnecessarily.

7.3.4.   When the clean cycle is done, put the cytometer in Standby mode.  If it is the end of the day, turn the Fortessa off (green button on the right side).

# 8. Troubleshooting

8.1. If the cell scattergrams look incorrect during acquisition, pause the acquisition as described in section 7 above and take the following steps:

8.1.1.   Check the fluidics

8.1.1.1.   Make sure the sheath container (box) is not low (1.5L light blinking) or out (alarm)

8.1.1.2.   If it is low, change to a new box of sheath and write "partial" on the old box. Prime the HTS a few times and check the lines for air to make sure everything is ok.

8.1.1.3.   Check the plenum (pressurized sheath reservoir next to the HTS) and make sure that the level of sheath is correct.  It should be just above the bottom of the metal probe on the grey cap.

8.1.1.3.1.   If it is low, unscrew the metal cap to release the pressure.

8.1.1.3.2.   At this point, the pump should activate and pump some sheath from the box up to the probes.

8.1.1.3.3.   During a gap between pumps, use a twisted kimwipe to dry out the probe that is encased in a black cylinder.

8.1.1.3.4.   Screw the cap back on and make sure that the pump continues to fill (in run mode).

8.1.1.4.   Prime flow cell (button on the front of cytometer) and then prime HTS.

# 9. References

9.1. These can all be found at J:\Experiment Log\E0900 - E0999\E0959\Fortessa_User_Guides

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0338649

| theranos | **Standard Operating Procedure** | Document Number: **CL SOP-15021**<br>Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 09/09/2013 |
| **SOP BD LSRFortessa** | | |

9.1.1. BD HTS User's Guide.pdf
9.1.2. CS&T Application Guide.pdf
9.1.3. 23-11093-00_LSRFortessa_ug.pdf
9.1.4. BD FACSDiva Software Reference Manual.pdf

| **REVISION HISTORY** | | | |
|---|---|---|---|
| **Revision Level** | **Effective Date** | **Initiator** | **ECO Number** |
| A | 12/2/2013 | Adam Rosendorff | |
| | | | |
| **Section Number** | **Description and Justification of Changes** | | |
| | | | |
| | | | |
| | | | |

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0338650

# EXHIBIT 14

| theranos | **Standard Operating Procedure** | Document Number: CL SOP-15018<br>Revision: B |
|---|---|---|
| | CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

*Author(s):*

| Signature: | Date: |
|---|---|
| Name: Kim Tran | Title: CLA |

*Reviewer(s):*

| Signature: | Date: |
|---|---|
| Name: Nishit Doshi, Ph.D. | Title: Manager, Product Development |

| Signature: | Date: |
|---|---|
| Name: Gurbir Sidhu | Title: General Supervisor |

*Approver(s):*

| Signature: | Date: |
|---|---|
| Name: | Title: Laboratory Director |

The Laboratory Director or designee will review this procedure at least annually, including revisions.

| Reviewed by: | Date: | Comments: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential

THPFM0002189782

| theranos | **Standard Operating Procedure** | Document Number: CL SOP-15018<br>Revision: B |
|---|---|---|
| | CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

CBC WORKFLOW



Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.
This document supersedes all earlier or previous documents unless approved in writing.

| theranos | **Standard Operating Procedure** | Document Number: CL SOP-15018<br>Revision: B |
|---|---|---|
| | CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

I.  **Purpose**
    Tecan 1, Tecan 2, Drew, Fortessa or Canto will be used to perform complete blood count (CBC) with differential on Theranos blood samples (Capillary Tube and Nanotainer).

II.  **Scope**
    This SOP outlines the workflow and operations on Tecan 1, Tecan 2, Drew3, Fortessa and Canto in terms of processing CTN Theranos blood samples.

III.  **Definition and Abbreviations**
    a.  LiHa: Liquid Handling – this represents one of the arms on the Tecan machine.
    b.  The **SCU** (Sample Collection Unit) consists of the nanotainers, its holder, and the samples that are housed within them.
    c.  CBC: Complete blood count
    d.  WBC: White blood cell
    e.  CS&T: Cytometer setup and tracking
    f.  HTS: High throughput sampler
    g.  Tecan 1: Liquid handling machine "Stokes"
    h.  Tecan 1: Liquid handling machine "Archimedes"
    i.  PBS: phosphate buffer saline
    j.  FACS: fluorescence-activated cell sorting
    k.  DI: deionized
    l.  CTN: Capillary Tube and Nanotainer
    m.  VV: Volume Verification

IV.  **Responsibilities**
    a.  **Licensed CLIA Personnel** are responsible for utilizing all machines in this SOP in day-to-day lab operations and for maintaining data integrity in the system.
    b.  The **Theranos Laboratory Director** is responsible for maintaining data that can only be accessed by lab admin users such as reference ranges, CPT to LOINC code mapping, and user accounts.
    c.  The **Theranos IT Support** team is responsible for maintaining system infrastructure and ensuring the automation application is secure and accessible at all times.

V.  **Equipment and Reagents**
    a.  Tecan 1 "Stokes"
        1.  1xPBS
        2.  2% Contrad
        3.  10% Bleach
        4.  Low volume VV dye

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189784

| theranos | **Standard Operating Procedure** | Document Number: CL SOP-15018<br>Revision: B |
|---|---|---|
| | CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

           5. 96-well flat bottom plates
    b. Tecan 2 "Archimedes"
           1. Archimedes dailyVVC dye
           2. 125 uL Tecan tips
           3. 96-well flat bottom plates
    c. Drew3 machines (Drew3 #2 and Drew3 #3)
           1. Daily QC controls (Low, Normal, High)
           2. Drew3 Reagent Packs
    d. Bioshake
    e. Fortessa
           1. FACS sheath with surfactant
           2. 10% bleach
           3. FACS clean
           4. Coulter Clenz
           5. 0.5% contrad
           6. DI water
           7. FACS rinse
    f. Canto
           1. FACS sheath with surfactant
           2. 10% bleach
           3. FACS clean
           4. Coulter Clenz
           5. 0.5% contrad
           6. DI water
           7. BD shutdown solution

VI. Instrument Daily QC and Maintenance Procedures

  a. Tecan 1 "Stokes" Daily VV and Shutdown Procedure
      1. Turn on Tecan 1, the computer and scanner.
      2. Perform the daily pre-QC tasks
          a. Complete all checklist duties
          b. Open Evoware
          c. Click "Edit existing script"
          d. Click any of the script files and select "OK".
          e. Click "Initialization"
      3. Open up Tecan 1 app and log in with your LIS username and password.
      4. Perform hourly flush by clicking "Execute Script"
      5. Daily VV
          a. In the upper right-hand corner click "QC"
          b. Then "Daily Tecan QC -> Daily Tecan QC CBC"

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential



| Standard Operating Procedure | Document Number: CL SOP-15018<br>Revision: B |
|---|---|
| CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

    c. Follow the prompts on the screen (remember to use two aliquots of low volume dye, mix well and spin down in microcentrifuge)

    d. Once the daily VV is complete, take the 96-well plate to the M5 plate reader and use the "Tecan Daily QC_M5 template.pda"

        i. Open SoftMax Pro

        ii. Select File -> Open.

        iii. Navigate to N:\TecanQC and select "Tecan Daily QC_M5 template.pda". Click open.

        iv. Load QC plate with A1 corner in the top left corner and click "Read".

    e. Export the template into a new folder in the TecanQC folder on the N drive. Name the folder in this format "YYYYMMDD". Name the exported file as "StokesQC".

    f. Run Rscript "TecanDailyQC_V1" on M5 computer desktop. "All Nozzles Passed" will display across from Stokes if VV passed.

  6. If daily QC does not pass, perform an hourly flush, make sure the nozzles are tight and check the syringes for any bubbles.

  7. Repeat the daily VV and name the new VV file as "StokesQC1". Please refer to ***CL SOP 15019*** for further information and troubleshooting.

  8. At the end of the day, follow the shutdown procedure on the daily checklist.

 b. Tecan 2 "Archimedes" Daily VV and Shutdown Procedure

  1. Turn on Tecan 2 and the computer.

  2. Open Evoware

    a. Login: admin, password: tecanadmin1

    b. Click 'edit existing script'

    c. Under history select "QC_TRACKtips_forprod" and select "OK".

    d. Click 'initialize' and wait for machine to finish

    e. Replace 125 uL tecan tips with a new box if necessary

        i. If you replace a box before prompted by the software you must update the script for the starting tip location.

        ii. On the desktop there is a shortcut folder called "scripts_shortcut".

        iii. Inside the folder, open "DiTi_middle_2.txt". The first number is the starting column and the second number is the starting row. If you are putting in a new box then it should be "1,1". Remember to save the file.

  3. Run daily VV

    a. Make sure the heat block is on and at 37°C

    b. Make sure the top trough is at least half-way full with DI water

    c. Add the Archimedes daily VV dye to middle trough

        i. Daily VV dye is only good for one-time use. Discard after opening.

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189786



| Standard Operating Procedure | Document Number: CL SOP-15018<br>Revision: B |
|---|---|
| CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**



    Water

    Archimedes VV Dye

    Empty

    d.  a 96-well flat bottom plate where it is labeled 'CBC plate'
    e.  Click 'run' and select "OK".
    f.  Once the daily QC is complete, take the 96-well plate to the M5 plate reader and use the "Tecan Daily QC_M5 template.pda"
        i.  Open SoftMax Pro
        ii.  Select File -> Open.
        iii.  Navigate to N:\TecanQC and select "Tecan Daily QC_M5 template.pda". Click open.
        iv.  Load QC plate with A1 corner in the top left corner and click "Read".
    g.  Export the template into a new folder in the TecanQC folder on the N drive. Name the folder in this format "YYYYMMDD". Name the exported file as "Archimedes".
    h.  Run R-script "TecanDailyQC_V1"on M5 computer desktop. "All Nozzles Passed for MMDDYYYY" will display across from Archimedes if VV passed.
  4.  If daily VV does not pass open a new VV dye, repeat the above process and name the new QC file as "ArchimedesQC1". Please refer to *CL SOP 15019* for further information and troubleshooting.
  5.  At the end of the day follow the shutdown procedure on the daily checklist.

  c.  Drew Daily QC and Shutdown Procedure
    1.  Remove the daily QC reagents from the 4°C fridge and allow to come to room temperature (about 15 minutes)

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.



| Standard Operating Procedure | Document Number: CL SOP-15018<br>Revision: B |
|---|---|
| CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

    a. Drew controls are good for 1 week after opening.  Label each tube with the open and expiration date and initials.

    b. Each lot of Drew QC controls is only good for three months.  Once a new lot is received, it is necessary to enter in the new upper and lower limits. Please contact your supervisor before doing so and refer to CL QOP 00013 for general lab QC instruction and/or QC datasheet and Drew handbook for detailed instructions.

2. Turn on instrument and press "OK" to go the next screen

3. Check the reagents and replace with a new pack if necessary.

    a. Open a new pack and transfer probes to appropriate bottles.

    b. Go to "Maintenance" from the main menu and then select "Reagent Pack"

    c. Enter in the lot number, expiration date and code from the side of the reagent pack. You may use the hand scanner to scan in the code.

    d. Press "Change reagent pack" and click "Yes" when prompted about saving modifications.

    e. Prime three times and press "Exit" to return to the main menu

    f. If you replace a reagent pack in the middle of the day, always re-run the daily QC for the 3 controls.

4. Press the 'START UP" icon on the screen to start fluidics and complete the background.

    a. If the background fails, repeat the start-up cycle.



5. Press "Run Sample" when background is complete.

6. Click "Q.C" and select the appropriate QC lot and level (low, normal, or high).

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.
This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189788



| | **Standard Operating Procedure** | Document Number: CL SOP-15018<br>Revision: B |
|---|---|---|
| | **CLIA Laboratory** | Effective Date: 08/17/2015 |
| **CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto** | | |

7.  Make sure to mix the QC controls by inverting at least 10 times.
8.  Uncap the controls and completely submerge the probe in the tube.  Click the button directly behind the probe.
9.  When the QC is done for that tube and there are no flags, press "Accept QC", then select "OK" and proceed with the next QC level tube. Repeat 6 – 8 until all 3 levels have passed.
    a.  If QC fails, please refer to CL QOP 00013 for general lab guidelines and CL SOP-06041 for detailed instructions.
10. Shutdown Procedure
    a.  Change the reagent pack if necessary
    b.  Run 50% bleach after all samples are run.
    c.  Exit to the main menu and select "Maintenance" and then "Cleaning"
    d.  Once the cleaning procedure is complete, exit to the main menu and select "Shut Down"
    e.  Empty the waste if necessary
    f.  Wipe down instrument
11. For Drew3 maintenance and troubleshooting see "Drew3 Maintenance and Troubleshooting guide"

  d.  Fortessa/Canto Daily QC and Shutdown Procedure
1.  Refer to *CL SOP-15021 SOP BD LSRForetssa*
2.  Refer to *CL SOP-15049 SOP BD FACS Canto II*

VII.  Processing Patient Samples
  a.  Receive and Sorting
1.  Spinning
    a.  After samples are received by the Accessioning Team, spin all EDTA (purple) CTNS at 1200 rcf for 5 minutes
2.  Sorting
    a.  Place CTNs on the white tray, open the sorting app (IntellisortProd.app) and follow the on screen instructions.
    b.  Login with your LIS username and password
3.  Reviewing Images
    a.  When a SCU plate is full, review the images for hemolysis, clots and leaks.
        i.  If a sample is hemolyzed and it is aliquoted from a vacutainer ask for a new aliquot to confirm.
        ii. If a sample is clotted on both sides, reject the sample, check for other tests and alert the appropriate teams.

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.
This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189789



| Standard Operating Procedure | Document Number: CL SOP-15018<br>Revision: B |
|---|---|
| CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

        iii.    If the sample is a shortfill (less than 60 uL of whole blood), but greater than 40 uL, run the sample, leave a note in LIS and request a slide review.

        iv.    If the sample cannot be ran on the left side but right side is okay to run, move samples to be ran on the right side on to a separate plate.

    b.   You MUST contact a CLS and or Supervisor about all the problem CTNs and leave notes in LIS for their records.

    4.  Add CTNs  to trays app
        a.   If you need to add or remove CTNs from a specific SCU tray, use the "Add to tray" app.
        b.   Login with your LIS username and password.

  b.  Aliquoting Samples and Running WBC Plates (CBC Differential)

    1.  Aliquoting blood on Stokes
        a.   Spin down a WBC plate at 500 rcf for 2 min.
        b.   Prepare the WBC lyse/FIX buffer
             i.    Get an aliquot of FIX and a new tube of WBC lyse from the 4°C fridge
             ii.    Spin down the FIX aliquot for 1 min at 1800 rpm
             iii.    Add 808 uL of FIX into the WBC lyse buffer and mix
             iv.    Fill out the label on the tube for the addition of FIX, date made (DOM) and date of expiration (DOE).  The WBC lyse/FIX is good for 2 days after it is mixed.
             v.    Scan in the 1D barcode from the WBC lyse and the 2D barcode into the CBC reagent spreadsheet (N drive -> Cyto -> Reagents -> Clinical)
        c.   Open the "Tecan1 app" on the desktop.  Login with your LIS credentials.
        d.   If it has been more than 1 hour before Stokes was last used, perform an hourly flush.
        e.   Click "Next" on the screen and follow the prompts. Make sure to select the prompt to aliquot from either the left side or right side.
        f.   Make sure the bioshake on Stokes is working, it should shake 4 times for 15 seconds each.
        g.   Print out the SCU plate map through the "Whiteboard App" by using your credentials
             i.    Click on the "pending tests" tab and search for the SCU tray number
             ii.    Verify that the plate map matches the map on Stokes
        h.   Once Stokes is done aliquoting, carefully remove the WBC plate from Stokes, cover it with an adhesive seal and transfer it to Archimedes.
        i.   Remove the SCU tray, recap all of the CTNs and take them to Drew.

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189790



| Standard Operating Procedure | Document Number: CL SOP-15018<br>Revision: B |
|---|---|
| CLIA Laboratory | Effective Date: 08/17/2015 |
| **CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto** | |

2. Lyse and fix of samples on Archimedes
   a. Insert a 25 mL tecan trough into the middle 100 mL trough and pour in 20mL of the WBC lyse/FIX.



Water

WBC Lyse/FIX

Empty

   b. Open up the following script "Drew_WBC"
   c. Make sure the door is down, click "Run" in Evoware and follow the prompts on the screen.
      i. The first prompt will ask how many loops you want to run. One loop equals one column on the WBC plate. Twenty-four samples is three loops, 16 samples is two loops, and 8 sample is one loop.
   d. After the script is completed, take the WBC plate to either Fortessa or Canto.

3. Running WBC plates on Fortessa or Canto

   a. Fortessa
      i. During the last heat block incubation on Archimedes perform 1 HTS prime on Fortessa
         a. Press the Run button on the front of the cytometer, go to the "HTS" menu and click "Prime"
         b. Refer to *CL SOP-15021 SOP BD LSRForetssa* section 7.3 for detailed instruction on running patient samples and "Clean" plate.
   b. Canto
      i. During the last heat block incubation on Archimedes purge the bubble filters, degas the flow cell and prime the HTS
         a. Go to the Cytometer menu -> Cleaning Modes -> Bubble Filter Purge and Degas Flow Cell
         b. HTS menu -> Prime
         c. Refer to *CL SOP-15049 SOP BD FACS Canto II* section 8 for detailed instruction on running patient samples and section 9 for "System and HTS Clean".

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189791

| theranos | **Standard Operating Procedure** | Document Number: CL SOP-15018<br>Revision: B |
|---|---|---|
| | CLIA Laboratory | Effective Date: 08/17/2015 |

| **CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto** |
|---|

   c. Running CTNs on Drew and Making Slides
      1. Running samples on Drew
         a. Open "DrewBridge" app on Drew computer desktop and login with your LIS username and password.
         b. Insert a CTN into bioshake and click "BioShake Automated Shake.bat" on the Drew computer desktop. Allow CTN to shake for 1 min.
            i. The bioshake will shake four times at 1800 rpm and 15 second intervals
            ii. Click the following scripts to lock (Lock BioShake.bat) or unlock (Unlock BioShake_Copy.bat) the bioshake. All scripts are located on the desktop.
         c. From main page on Drew analyzer, select "Run Samples".
         d. Immediately after bioshaking is done, use barcode scanner and scan in QR code on bottom of CTN. Remove the CTN cap from the left side, hold the CTN so the probe is completely submerged in the blood and press the toggle button behind the probe.
            i. The probe will remove 10 uL of blood.
            ii. The light on the device will turn from green to red indicating that the device is busy.
         e. Results will show up after 1 minute, review to see if a re-run is required.
         f. When all samples are ran, click "Pause" in DrewBridge app and then click "Upload". Press "OK" when prompted.
      2. Drew re-run criteria:

| | Rerun on Drew if any of the below is true: |
|---|---|
| WBC | < **1.5** x10^3/ul or > **15.0** x10^3/ul |
| Plt | < **100.0** x10^3/ul or > **600.0** x10^3/ul |
| RBC | < **2.0** x10^6/ul or > 7.0 x10^3/ul |
| HGB | < 7 g/dl and > **19** g/dl |
| HCT | < **28%** and > **50%** |
| MCV | < 65 and > **100** |
| | RBC, HGB, and MCHC are simultaneously flagged |

         a. Make sure to notify a CLS and or supervisor in regards to any re-run information (CTN number and reason for re-run)

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.
This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189792



| Standard Operating Procedure | Document Number: CL SOP-15018<br>Revision: B |
|---|---|
| CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

      b.  When all samples are ran, click "Pause" in DrewBridge app. Select the rerun result to upload by clicking the downwards arrow next to the sample and then click "Upload". Press "OK" when prompted.

  3.  Making Blood Smears:

      a.  Place CTN in bioshake and shake at 1800 rpm for 15sec to 1 minute (depends on how long slides were sitting without agitation).

      b.  Pipet 4 uL of blood one third of the way up from the frosted end of the slide.

      c.  With the thumb and forefinger of your dominant hand, hold the end of a second slide against the surface of the first slide at an angle of 30-45 degrees, and draw it back to contact the drop of blood. Allow the blood to spread and form the angle between the two slides. See figure below:



      d.  Push the spreader slide at a moderate speed forward until all the blood has been spread into a moderately thin film.

      e.  The thickness of the film can be adjusted by changing the angle of the spreader slide or the speed of spreading.

      f.  The film should have a smooth, even appearance and be free from ridges, waves, or holes.

      g.  Allow the slides to air dry.

      h.  Refer to CL SOP XXXXX for detailed descriptions on Blood Smear requirements.

  d.  Cytobridging Data and Requesting Slide Reviews

  1.  Requesting Slide Reviews

      a.  After the WBC plate is gated, you may need to request slide reviews. They will provide a list of slide reviews and reasons for requesting.

      b.  Log into LIS and check the slide request from to verify if a differential was ordered. If the test is only CBC with no diff then a slide request is not needed.

      c.  Go to the patient's LIS record and select "More action Required" -> Slide Review (CLS).

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential



| Standard Operating Procedure | Document Number: CL SOP-15018<br>Revision: B |
|---|---|
| CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

 

    d.  Select "Slide Review (CLS)"

    e.  Select a reason for the slide review in the "Reason for Review" drop down menu.

        i.  If you cannot find the criteria to match just put "other miscellaneous unusual populations"

    f.  Select CBC with Auto Differential WBC

    g.  Write the reason for the slide review in the "Description" box and do not select an assignee.  Click confirm.

    h.  Notify a CLS and or/supervisor about the slide review.  Fill out the slide request form and leave the slide in the pick area.

2.  Cytobridging Data

    a.  The cytobridge app is located on the computer (WS1170PA) near the printer in the CBC area.

    b.  Log into the app with your LIS username and password.

    c.  Enter the SCU plate number, make sure all of the plate information matches and click "next".

    d.  It may take a few minutes for the data to show up on the next screen.  Scroll through the results and make sure there are no "NA" values.  If there are "NA" values check in LIS to see if a CBC with differential was ordered.  If a differential was not ordered, this patient will have NA values.  Sometimes, we will get NA for only one values, such as basophils or eosinophils.  Generally, this means that patient had zero for that cell type.  It is important to always check with the gater to verify this and enter a note into LIS.

    e.  Click the "Submit" button at the bottom of the page **ONCE**.  Clicking it more than one time will result in duplicate results in LIS.

    f.  After the upload is complete make a note on the CBC plate map that it was Cytobridged.

 

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.
This document supersedes all earlier or previous documents unless approved in writing.

THPFM0002189794

| | **Standard Operating Procedure** | Document Number: CL SOP-15018<br>Revision: B |
|---|---|---|
| **theranos** | CLIA Laboratory | Effective Date: 08/17/2015 |

**CBC: Tecan 1, Tecan 2, Drew, Fortessa, and Canto**

VIII.   Revision History

| REVISION HISTORY | | | |
|---|---|---|---|
| Revision Level | Effective Date | Initiator | DCO Number |
| A | 06/05/2015 | Rachel Ochoa | CL DCO-00089 |
| B | 08/17/2015 | K. Tran | CL DCO-00095 |
| | | | |
| Section Number | Description and Justification of Changes | | |
| All | Initial Release | | |
| All | Revise to current practice | | |
| | | | |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential

THPFM0002189795