JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>　　　　　Defendants. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S PROOF OF ELECTRONIC FILING AND SERVICE OF SEALED DOCUMENT**<br><br>Judge:　Honorable Edward J. Davila<br>Ctrm:　4, 5th Floor |

I, Jennifer Cygnor, hereby certify as follows:

I am more than eighteen years old and am not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 701 Fifth Avenue, Ste. 5600, Seattle, WA 98104. On this 19th day of November 2021, I served the following document via email:

- Defendant Ramesh "Sunny" Balwani's Sealed Exhibits 3, 4, 41 and 42 filed with his Administrative Motion to Seal Certain Exhibits Supporting His Motions in Limine.

to the following counsel of record in the above-referenced matter:

Robert S. Leach
robert.leach@usdoj.gov
Jeffrey Benjamin Schenk
jeffrey.b.schenk@usdoj.gov
John Curtis Bostic
john.bostic@usdoj.gov
Kelly I Volkar
kelly.volkar@usdoj.gov
**UNITED STATES ATTORNEY'S OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**
150 Almaden Boulevard, Suite 900
San Jose, CA 95115
Tel.:  408-535-5061
Fax:  408-535-5066

I certify under penalty of perjury that the foregoing is true and correct. Executed on 19th day of November 2021, in Bremerton, Washington.

JENNIFER CYGNOR