| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007404 | iMessage | 11/21/2013 3:50:24 AM | Love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007407 | iMessage | 11/21/2013 4:11:05 AM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007405 | iMessage | 11/21/2013 4:11:08 AM | More love | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007410 | iMessage | 11/21/2013 4:16:00 AM | | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007406 | iMessage | 11/21/2013 4:16:09 AM | What is our gate code | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007412 | iMessage | 11/21/2013 4:19:51 AM | Will txt when get there | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007411 | iMessage | 11/21/2013 4:20:05 AM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007423 | iMessage | 11/21/2013 4:46:39 AM | Just walked in door. Going to open luggage and start bringing upstairs. Missing you. How is your mom ... | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007426 | iMessage | 11/21/2013 4:48:00 AM | Wish I could help you carry the stuff.<br><br>Mom is ok. Trying to get her home today. She won't get any better in hospital. She is having breathing issues. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007430 | iMessage | 11/21/2013 4:48:00 AM | All ur texts are coming thru ur iCloud account which is safer. Don't know how u did it. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007427 | iMessage | 11/21/2013 4:48:17 AM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007424 | iMessage | 11/21/2013 4:48:29 AM | Agree if hospital can't help | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007425 | iMessage | 11/21/2013 4:48:33 AM | Call me | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007431 | iMessage | 11/21/2013 4:50:02 AM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007428 | iMessage | 11/21/2013 4:50:08 AM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007429 | iMessage | 11/21/2013 4:50:14 AM | Call anytime | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007432 | iMessage | 11/21/2013 4:54:57 AM | About to send files to Surabh btw - assume you didn't have comments on that little text series ... | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007433 | iMessage | 11/21/2013 5:07:00 AM | Correct | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007436 | iMessage | 11/21/2013 5:35:58 AM | U should make urself comfortable with financial models alternatively, u can cover everything else and I can meet with him on Tuesday and answer any questions. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007437 | iMessage | 11/21/2013 5:37:20 AM | Are you coming home Tuesday? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007440 | iMessage | 11/21/2013 5:39:39 AM | I'll get myself comfortable. Let me know what file to use. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007438 | iMessage | 11/21/2013 5:43:12 AM | Planning to come home Monday if all goes well | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007439 | iMessage | 11/21/2013 5:51:52 AM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007441 | iMessage | 11/21/2013 5:54:08 AM | Is it nice to be home | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007445 | iMessage | 11/21/2013 5:54:08 AM | I developed terrible flu yesterday. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007447 | iMessage | 11/21/2013 6:18:33 AM | Oh no tiger | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007446 | iMessage | 11/21/2013 6:19:07 AM | Can stop sniffling and sneezing. | Sunny Balwani | Elizabeth Holmes | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRH_0000034

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007479 | iMessage | 11/21/2013 10:05:46 PM | K all set up here now with the files. Sleep long time. Xxxxxxxxx | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007481 | iMessage | 11/22/2013 4:28:48 AM | Confirmed Monday on Singapore airlines. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007483 | iMessage | 11/22/2013 4:30:23 AM | Reaching home at 8 pm. Same flt as u took. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007484 | iMessage | 11/22/2013 4:45:50 AM | 10 nights | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007486 | iMessage | 11/22/2013 4:48:09 AM | I know. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007491 | iMessage | 11/22/2013 5:15:44 AM | I wd be ok with projections but not financials | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007490 | iMessage | 11/22/2013 5:16:03 AM | What are your thoughts on sending financials to DFJ even though we've never sent them as an existing investor / on sending other content to them @ this stage | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007488 | iMessage | 11/22/2013 5:17:38 AM | Projects include bs and 2013 numbers. I guess it is ok. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007492 | iMessage | 11/22/2013 5:18:04 AM | Saw you took the 10m tps out of sequoia 2013 projects | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007493 | iMessage | 11/22/2013 5:18:26 AM | (And therefore will be out of the DFJ projects) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007496 | iMessage | 11/22/2013 5:20:00 AM | Yeah | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007495 | iMessage | 11/22/2013 5:22:45 AM | I guess if 25 is an issue 35 would be too ... | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007494 | iMessage | 11/22/2013 5:24:16 AM | Or look another way, if 25 is not good enuff than 35 won't be either. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007497 | iMessage | 11/22/2013 5:38:04 AM | Exactly! | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007510 | iMessage | 11/22/2013 6:45:20 AM | In the kitchen pantry on left | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007509 | iMessage | 11/22/2013 6:46:42 AM | Let me know where fishie food is. Had almost know food | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007511 | iMessage | 11/22/2013 6:47:26 AM | :) big fishie came to eat xxx | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007512 | iMessage | 11/22/2013 6:47:28 AM | We can go. Sounds good | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007513 | iMessage | 11/22/2013 6:47:28 AM | R u out there? I tht u r in bed | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007514 | iMessage | 11/22/2013 6:47:54 AM | Btw Christian found great place @ shutters on the beach in la for nye - let me know what your desire is | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007517 | iMessage | 11/22/2013 6:48:26 AM | Went when I came home. Sensed they were hungry | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007518 | iMessage | 11/22/2013 6:48:35 AM | I think so too. I'll tell him were in | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007525 | iMessage | 11/22/2013 6:49:46 AM | :) xo | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007547 | iMessage | 11/22/2013 7:10:39 AM | Xoxox | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007550 | iMessage | 11/22/2013 7:10:55 AM | Love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007551 | iMessage | 11/22/2013 7:12:09 AM | More love | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_007554 | iMessage | 11/22/2013 3:55:23 PM | Going to go crash early today. Tired live for my baby | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_007558 | iMessage | 11/22/2013 5:05:23 PM | Xxx | Elizabeth Holmes | Sunny Balwani | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRH_0000036

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_049232 | iMessage | 4/21/2016 2:45:29 PM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049235 | iMessage | 4/21/2016 2:45:35 PM | Awesome | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049236 | iMessage | 4/21/2016 8:22:24 PM | Brooke came by and shared that you have shared with her of my transitioning out? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_064778 | MMS | 4/21/2016 9:51:42 PM |  | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/ff/15/F895D07E-961D-4EA9-8768- |
| Holmes_iPhone_iMessage-MMS-SMS_049237 | iMessage | 4/21/2016 11:10:09 PM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049238 | iMessage | 4/22/2016 3:42:32 AM | Hi | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049239 | iMessage | 4/22/2016 4:49:09 AM | Missing you. Hope all is well | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049241 | iMessage | 4/22/2016 6:04:40 AM | Hope you are safe. Worrying about you. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049240 | iMessage | 4/22/2016 3:11:45 PM | It was full moon last night. And this morning it is pouring rain. Love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049242 | iMessage | 4/22/2016 3:12:23 PM | Gods omen | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049243 | iMessage | 4/22/2016 3:12:27 PM | Prepping xxx | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049244 | iMessage | 4/22/2016 3:12:36 PM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049245 | iMessage | 4/22/2016 9:13:34 PM | How did it go? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049246 | iMessage | 4/22/2016 9:59:39 PM | Love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049247 | iMessage | 4/22/2016 10:02:28 PM | Infinite | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049249 | iMessage | 4/22/2016 10:02:40 PM | Missing you | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049250 | iMessage | 4/22/2016 10:02:40 PM | Alright. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049248 | iMessage | 4/22/2016 10:02:44 PM | How're u doing | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049251 | iMessage | 4/22/2016 10:03:29 PM | Ditto. Paradise is next. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049252 | iMessage | 4/22/2016 10:56:28 PM | Made the flight. Land 10:20 | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049253 | iMessage | 4/22/2016 11:08:19 PM | Wonderful | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049254 | iMessage | 4/22/2016 11:08:26 PM | 😊😊😊 | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049255 | iMessage | 4/23/2016 1:50:56 AM | Should I order any food for you? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049256 | iMessage | 4/23/2016 1:53:36 AM | No need. Have u eaten naan yet | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049257 | iMessage | 4/23/2016 1:55:12 AM | No | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049258 | iMessage | 4/23/2016 1:57:59 AM | Btw most of marketing and comms team wasn't here all day. Brooke came for may be hour. Carissa and Jodi no shoe and they didn't file pto as always. The entire that side of building was empty because 5 PMs were missing also probably on PTO | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049259 | iMessage | 4/23/2016 2:00:41 AM | Lauren also came around 11 and gone by 4. | Sunny Balwani | Elizabeth Holmes | | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_049310 | iMessage | 4/26/2016 2:52:00 AM | Ate a lot during day | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049314 | iMessage | 4/26/2016 2:52:23 AM | So nice to have the anticipation of coming home | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049317 | iMessage | 4/26/2016 6:20:48 PM | My heart is missing it's heartbeat. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049318 | iMessage | 4/26/2016 6:44:49 PM | Ditto | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049321 | iMessage | 4/26/2016 6:44:51 PM | We will do this | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049319 | iMessage | 4/26/2016 7:29:04 PM | Love for my love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049320 | iMessage | 4/26/2016 7:30:41 PM | 😊 | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049322 | iMessage | 4/26/2016 7:31:34 PM | More love | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049323 | iMessage | 4/26/2016 9:53:41 PM | Going for massage. Shd be done by 445 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049326 | iMessage | 4/26/2016 9:57:25 PM | Awesome | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049325 | iMessage | 4/26/2016 11:52:58 PM | Missing my heartbeat | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049324 | iMessage | 4/27/2016 12:06:52 AM | Ditto times a million | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049328 | iMessage | 4/27/2016 3:46:08 AM | Nice | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049327 | iMessage | 4/27/2016 3:47:36 AM | On my way! 😊😊😊😊 | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049330 | iMessage | 4/27/2016 2:34:40 PM | Tried calling you couple of times. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049332 | iMessage | 4/27/2016 3:25:52 PM | Yeah ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049329 | iMessage | 4/27/2016 3:26:13 PM | All ok in meeting | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049331 | iMessage | 4/27/2016 3:26:15 PM | ? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049334 | iMessage | 4/27/2016 3:36:32 PM | Love and prayers and all my energy for you in every breath. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049336 | iMessage | 4/27/2016 4:40:32 PM | Mine too. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049339 | iMessage | 4/27/2016 4:40:32 PM | My love and devotion to you will lift your heart | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049333 | iMessage | 4/27/2016 4:41:06 PM | I love you | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049335 | iMessage | 4/27/2016 4:41:11 PM | Heart in pain | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049338 | iMessage | 4/27/2016 5:00:55 PM | Going into shower. 5 mi Utes | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049337 | iMessage | 4/27/2016 5:06:07 PM | Will call in but | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049340 | iMessage | 4/27/2016 5:06:08 PM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049341 | iMessage | 4/27/2016 5:06:22 PM | Bit | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049342 | iMessage | 4/27/2016 10:36:48 PM | Infinite love for you in every breath. Let's focus only on business. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049344 | iMessage | 4/27/2016 10:36:48 PM | Zika, publications, ctn submission studies, submissions and clearance. | Sunny Balwani | Elizabeth Holmes | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Trial Exh. 5387 Page 000413
Page 413 of 449

PRH_0000413

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_049343 | iMessage | 4/27/2016 11:08:47 PM | Science can not be denied or refuted. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049345 | iMessage | 4/28/2016 10:02:40 PM | Love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049346 | iMessage | 4/28/2016 10:05:28 PM | More love. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049347 | iMessage | 4/28/2016 10:09:04 PM | Missing u in every breath and in every cell. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049348 | iMessage | 4/28/2016 10:10:54 PM | Ditto | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049349 | iMessage | 4/28/2016 10:11:01 PM | You live in my eyes. I see you everywhere. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049352 | iMessage | 4/28/2016 10:11:12 PM | Pray we get time of joy and happiness and carefreeness like birds soon. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049350 | iMessage | 4/28/2016 10:11:15 PM | 😊 | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049353 | iMessage | 4/29/2016 12:17:04 AM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049351 | iMessage | 4/29/2016 12:17:49 AM | Will call back | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049354 | iMessage | 4/29/2016 1:26:41 AM | Call when have 5 minutes | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049357 | iMessage | 4/29/2016 7:52:32 PM | Off to gym should be done by 2 | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049355 | iMessage | 4/29/2016 8:07:05 PM | Awesome | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049356 | iMessage | 4/29/2016 9:26:24 PM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/9a/10/18185644-9FC8-43A5-9B89- |
| Holmes_iPhone_iMessage-MMS-SMS_049358 | iMessage | 4/29/2016 9:26:24 PM | World is so beautiful because of you. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049361 | iMessage | 4/29/2016 9:26:24 PM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/86/06/50EDC02A-A1CA-4BDB-9BD7- |
| Holmes_iPhone_iMessage-MMS-SMS_049359 | iMessage | 4/29/2016 9:43:27 PM | I love you | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049360 | iMessage | 4/29/2016 9:43:28 PM | For me you are manifestation of love itself. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049362 | iMessage | 4/29/2016 9:44:37 PM | 😊 | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049363 | iMessage | 4/29/2016 9:48:23 PM | "In all the world, there is no heart for me like yours. In all the world, there is no love for you like mine." Maya Angelou | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049364 | iMessage | 4/29/2016 9:49:30 PM | I agree. There is no love for me like yours. Which is why it's hard to breath without your breath near me. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049365 | iMessage | 4/29/2016 9:51:14 PM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049366 | iMessage | 4/29/2016 9:51:22 PM | Ditto | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049367 | iMessage | 4/29/2016 10:51:44 PM | Loving you. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049368 | iMessage | 4/29/2016 10:53:47 PM | Loving you infinite | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049369 | iMessage | 4/29/2016 10:53:52 PM | I could have done so much more. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049370 | iMessage | 4/29/2016 10:53:52 PM | There is so much more I can give to you and this world. | Sunny Balwani | Elizabeth Holmes | | |

Trial Exh. 5387 Page 000414
Page 414 of 449

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRH_0000414

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_049668 | iMessage | 5/11/2016 3:48:44 AM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049671 | iMessage | 5/11/2016 5:42:24 PM | Whenever u r free call me for 2 minutes. Nothing urgent. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049669 | iMessage | 5/11/2016 5:53:52 PM | K | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049670 | iMessage | 5/12/2016 3:13:48 AM |  | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/31/01/AAB0C4DB-2928-4A44-83EB- |
| Holmes_iPhone_iMessage-MMS-SMS_049672 | iMessage | 5/12/2016 3:19:00 AM |  | Elizabeth Holmes | Sunny Balwani | | ~/Library/SMS/Attachments/cb/11/35824212-6701-40FD-A84A- |
| Holmes_iPhone_iMessage-MMS-SMS_049673 | iMessage | 5/12/2016 3:19:03 AM | Been thinking about you nonstop | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049674 | iMessage | 5/12/2016 3:19:33 AM | Me too. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049676 | iMessage | 5/13/2016 1:30:32 AM |  | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/6f/15/9DFD09DE-E50B-496F-9EA4- |
| Holmes_iPhone_iMessage-MMS-SMS_049675 | iMessage | 5/13/2016 1:33:21 AM |  | Elizabeth Holmes | Sunny Balwani | | ~/Library/SMS/Attachments/a9/09/21F87893-B667-4BC9-9674- |
| Holmes_iPhone_iMessage-MMS-SMS_049677 | iMessage | 5/13/2016 1:33:52 AM | I was literally looking at these words when u texted me. Exact same moment | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049678 | iMessage | 5/13/2016 1:38:28 AM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049679 | iMessage | 5/13/2016 8:51:57 PM | Would you send my love to your mom | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049680 | iMessage | 5/13/2016 8:52:16 PM | I will | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049681 | iMessage | 5/13/2016 9:28:32 PM | I love you and miss you | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049682 | iMessage | 5/13/2016 10:31:18 PM | Ditto | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049683 | iMessage | 5/13/2016 11:08:35 PM |  | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/de/14/E8F3905A-525C-463E-B911- |
| Holmes_iPhone_iMessage-MMS-SMS_049684 | iMessage | 5/13/2016 11:08:48 PM |  | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/45/05/060EF350-BF2A-4569-B54D- |
| Holmes_iPhone_iMessage-MMS-SMS_049685 | iMessage | 5/13/2016 11:09:34 PM |  | Elizabeth Holmes | Sunny Balwani | | ~/Library/SMS/Attachments/44/04/B4E51827-B043-4ACB-91E9- |
| Holmes_iPhone_iMessage-MMS-SMS_049686 | iMessage | 5/13/2016 11:10:05 PM | Nice | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049687 | iMessage | 5/14/2016 7:14:08 PM | Back home. Love. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049688 | iMessage | 5/14/2016 7:16:35 PM | Infinite love | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049689 | iMessage | 5/14/2016 8:28:48 PM | Booking my fight for next Saturday morning to India. Ok? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049690 | iMessage | 5/14/2016 8:54:37 PM | Yes :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049691 | iMessage | 5/14/2016 8:54:51 PM | No Friday night for you? | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049692 | iMessage | 5/14/2016 8:55:20 PM | No Friday night. Just clicked confirm for Saturday am after ur text and permission | Sunny Balwani | Elizabeth Holmes | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Trial Exh. 5387 Page 000426
Page 426 of 449

PRH_0000426

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_049693 | iMessage | 5/14/2016 8:57:40 PM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049694 | iMessage | 5/14/2016 8:58:18 PM | Got the best seat and airline. First class suite on etihaad. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049695 | iMessage | 5/14/2016 9:14:59 PM | Awesome. That is perfect. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049696 | iMessage | 5/14/2016 10:36:48 PM | Heading out for coffee my love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049697 | iMessage | 5/14/2016 10:57:38 PM | :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049698 | iMessage | 5/14/2016 10:57:40 PM | Nice | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049699 | iMessage | 5/14/2016 10:59:16 PM | Back home. Sending my infinite love | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049700 | iMessage | 5/14/2016 10:59:32 PM | Ditto | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049701 | iMessage | 5/14/2016 10:59:48 PM | | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/74/04/ED9BBA25-9B6C-4166-A9BA- |
| Holmes_iPhone_iMessage-MMS-SMS_049702 | iMessage | 5/14/2016 10:59:59 PM | Beautiful | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049703 | iMessage | 5/14/2016 11:00:16 PM | | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/db/11/0C855E96-5FCC-47EA-8486- |
| Holmes_iPhone_iMessage-MMS-SMS_049704 | iMessage | 5/15/2016 12:12:48 AM | Diana put two books on my desk that came in thru Amazon. Can u bring them ? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049705 | iMessage | 5/15/2016 12:28:49 AM | Of course | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049706 | iMessage | 5/15/2016 12:33:20 AM | Ordering from Naomi. Anything for u? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049707 | iMessage | 5/15/2016 12:33:44 AM | All set :) good you're ordering. A bit hungry | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049708 | iMessage | 5/15/2016 7:03:15 PM | If you get coffee on the way back let me know ... :) | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049709 | iMessage | 5/15/2016 7:03:28 PM | Ok | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049710 | iMessage | 5/15/2016 7:03:28 PM | What do u need | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049711 | iMessage | 5/15/2016 7:04:11 PM | Will decide if u go after apptmnt ... | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049712 | iMessage | 5/15/2016 7:56:48 PM | On my way!  Do u want coffee | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049713 | iMessage | 5/15/2016 11:38:40 PM | | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/cb/11/286314CD-7A96-4810-A360- |
| Holmes_iPhone_iMessage-MMS-SMS_049714 | iMessage | 5/15/2016 11:38:40 PM | | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/0b/11/B6FE005A-E0C6-4862-A5D4- |
| Holmes_iPhone_iMessage-MMS-SMS_049715 | iMessage | 5/16/2016 11:45:04 PM | I am going to take off. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049716 | iMessage | 5/17/2016 12:19:12 AM | You have my love in every breath | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049717 | iMessage | 5/17/2016 12:20:49 AM | And in every cell and every heartbeat | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049718 | iMessage | 5/17/2016 3:21:28 AM | | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/84/04/A74EA52A-A412-4813-B2C3- |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Trial Exh. 5387 Page 000427
Page 427 of 449

PRH_0000427

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_049719 | iMessage | 5/17/2016 4:33:04 AM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/e9/09/53FFDD3D-2A76-4DDE-B33C- |
| Holmes_iPhone_iMessage-MMS-SMS_049720 | iMessage | 5/17/2016 4:35:12 AM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/f3/03/9417C488-D69F-4121-87E0- |
| Holmes_iPhone_iMessage-MMS-SMS_049721 | iMessage | 5/17/2016 6:10:08 PM | I am here but not sure where you are | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049722 | iMessage | 5/17/2016 6:10:08 PM | Never mind. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049723 | iMessage | 5/18/2016 3:37:15 AM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/d8/08/DB62D9DE-F264-4D75-B7D2- |
| Holmes_iPhone_iMessage-MMS-SMS_049724 | iMessage | 5/18/2016 3:37:19 AM | Missing u | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049725 | iMessage | 5/18/2016 3:37:36 AM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/ca/10/49CD13FB-DF27-4453-9D40- |
| Holmes_iPhone_iMessage-MMS-SMS_049726 | iMessage | 5/18/2016 3:43:21 AM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/96/06/E3DF5A9F-2C43-4AC3-99D3- |
| Holmes_iPhone_iMessage-MMS-SMS_049727 | iMessage | 5/18/2016 2:56:15 PM | 😊 | Elizabeth Holmes | Sunny Balwani | | ~/Library/SMS/Attachments/bb/11/8004B4DA-B90E-4B4D-9F18- |
| Holmes_iPhone_iMessage-MMS-SMS_049728 | iMessage | 5/19/2016 2:03:12 AM | Am I participating in the next meeting? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049729 | iMessage | 5/19/2016 4:13:17 AM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/63/03/E2C51CC9-AE92-4C75-9D09- |
| Holmes_iPhone_iMessage-MMS-SMS_049730 | iMessage | 5/19/2016 4:24:17 AM | I love you | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049731 | iMessage | 5/19/2016 4:24:21 AM | I love this | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049732 | iMessage | 5/19/2016 8:33:37 PM | I love you | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049733 | iMessage | 5/19/2016 9:21:53 PM | U r my every breath. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049734 | iMessage | 5/19/2016 9:56:16 PM | Headed out. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049735 | iMessage | 5/19/2016 10:13:31 PM | I adore you. I love you so much. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049736 | iMessage | 5/19/2016 10:15:28 PM | U have my heart and soul for every lifetime. Unconditionally the | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049737 | iMessage | 5/19/2016 11:22:42 PM | Literal timeless love | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049738 | iMessage | 5/19/2016 11:53:36 PM | There is not a breath I take when I am not manifesting the best and brightest and Lords Glory for you. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049739 | iMessage | 5/20/2016 12:50:55 AM | You are my true north because you are Gods bright shining light. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049740 | iMessage | 5/20/2016 4:07:22 AM | 😊 | Sunny Balwani | Elizabeth Holmes | | ~/Library/SMS/Attachments/31/01/01223065-1BD8-4D69-97DB- |
| Holmes_iPhone_iMessage-MMS-SMS_049741 | iMessage | 5/20/2016 6:08:49 AM | Ditto | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_049742 | iMessage | 5/21/2016 5:00:48 AM | There yet? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_049743 | iMessage | 5/21/2016 5:03:02 AM | Yes :) in admirals club | Elizabeth Holmes | Sunny Balwani | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Trial Exh. 5387 Page 000428
Page 428 of 449

PRH_0000428

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_050116 | iMessage | 5/31/2016 12:59:44 AM | Nothing urgent. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050117 | iMessage | 5/31/2016 12:59:44 AM | Was thinking if it is useful for you to get some 1:1 time with tony robins. He doesn't do this but we can ask. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050114 | iMessage | 5/31/2016 12:59:55 AM | About to get masage | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_050118 | iMessage | 5/31/2016 1:01:29 AM | We can talk later or tomorrow | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050119 | iMessage | 6/1/2016 12:16:00 PM | Your presence on earth is proof of God's presence. Stay strong and focus on building business and turning the negative around thru science and publications and submissions. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050121 | iMessage | 6/1/2016 1:58:12 PM | :) I completely agree with that plan. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_050120 | iMessage | 6/1/2016 1:58:56 PM | :-) r u traveling today and tomorrow? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050123 | iMessage | 6/1/2016 1:59:03 PM | Yes | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_050122 | iMessage | 6/1/2016 1:59:19 PM | Going to DC | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_050124 | iMessage | 6/1/2016 1:59:58 PM | Ok. My family sends love and prayers and u have prayers of thousands and thousands of people u have sever. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050125 | iMessage | 6/1/2016 2:00:05 PM | Served | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050127 | iMessage | 6/1/2016 2:02:05 PM | Ditto | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_050128 | iMessage | 6/2/2016 2:01:08 AM | Do u have a minute to talk? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050126 | iMessage | 6/2/2016 3:30:52 AM | U still up? | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050129 | iMessage | 6/2/2016 1:00:23 PM | . | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050131 | iMessage | 6/2/2016 8:50:08 PM | .. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050132 | iMessage | 6/3/2016 1:54:55 AM | I know things are tough but don't give up on your dreams. Keep focused and keep fighting. Plan, focus, stay organized and stay in control. One person who has a plan and executes can defeat an army. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050133 | iMessage | 6/3/2016 2:01:36 AM | I know what you are thinking and going thru. Control your thoughts and don't let fear control you. Breathe and in every hour be conscious of your breath and breath out fear. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050130 | iMessage | 6/3/2016 2:02:25 AM | I love this. | Elizabeth Holmes | Sunny Balwani | | |
| Holmes_iPhone_iMessage-MMS-SMS_050134 | iMessage | 6/3/2016 2:03:44 AM | That God asks us to be responsible for. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050137 | iMessage | 6/3/2016 2:03:44 AM | Whatever you decide and whatever happens is in gods hands. But your focus, attention, thoughts and breath is in your control. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050135 | iMessage | 6/4/2016 7:25:52 AM | Did u figure out your schedule for the weekend. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050136 | iMessage | 6/4/2016 7:25:52 AM | . | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050138 | iMessage | 6/5/2016 12:15:41 AM | I can drop you off after ur dinner. | Sunny Balwani | Elizabeth Holmes | | |
| Holmes_iPhone_iMessage-MMS-SMS_050139 | iMessage | 6/5/2016 3:24:59 AM | :) have car here ... | Elizabeth Holmes | Sunny Balwani | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Trial Exh. 5387 Page 000444
Page 444 of 449

PRH_0000444