JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 5:18-cr-00258-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTIONS IN LIMINE**<br><br>Hon. Edward J. Davila |

1.   The government and counsel for Mr. Balwani have met and conferred and stipulate to the following changes to the deadlines governing oppositions to and replies supporting the parties' respective motions in limine:

| Event | Current Deadline | Stipulated Revised Deadline |
|---|---|---|
| Responses to motions in limine due | December 3, 2021, at 12:00 p.m. | December 6, 2021, at 12:00 p.m. |
| Replies for motions in limine due | December 10, 2021, at 12:00 p.m. | December 13, 2021, at 12:00 p.m. |

2.   The parties also agree that the government will not file an opposition to Mr. Balwani's November 19, 2021 Administrative Motion to File an Oversized Brief Supporting His Motions in Limine (Dkt. 1154). The government may file an oversized opposition brief of equal length to Mr. Balwani's motions in limine and Mr. Balwani may file an oversized reply brief of no more than 35 pages.

**IT IS SO STIPULATED.**

DATED:  November 30, 2021              Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Jeffrey B. Coopersmith
JEFFREY B. COOPERSMITH
Attorney for Defendant
RAMESH "SUNNY" BALWANI

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED:  November 30, 2021 | Respectfully submitted, |
| 4 | | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 5 | | /s/ Robert S. Leach |
| 6 | | ROBERT S. LEACH |
| 7 | | JEFF SCHENK<br>JOHN C. BOSTIC<br>KELLY VOLKAR |
| 8 | | Assistant United States Attorneys |

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated: December ___, 2021

EDWARD J. DAVILA<br>UNITED STATES DISTRICT JUDGE