STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' RESPONSE TO DEFENDANT BALWANI'S MOTIONS *IN LIMINE* |
| v. | |
| RAMESH "SUNNY" BALWANI, | Date: January 6, 2022<br>Time: 9:00 a.m.<br>Court: Hon. Edward J. Davila |
| Defendant. | |

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of Trial Exhibit 5726.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Theranos, Inc.'s Responses and Objections to Plaintiffs' Second Set of Interrogatories, served on January 30, 2017 in *Partner Investments, L.P.*, et al. v. Theranos, Inc., Elizabeth Holmes, and Ramesh Balwani, et al., No. 12816-VCL (Del. Ct. Chancery).

4. Attached hereto as Exhibit 3 is a true and correct copy of Trial Exhibit 2730.

5. Attached hereto as Exhibit 4 is a true and correct copy of Trial Exhibit 4322.

6. Attached hereto as Exhibit 5 is a true and correct copy of an October 29, 2021, FDA memorandum of an interview of Sarah Bennett.

7. Attached hereto as Exhibit 6 is a true and correct copy of a December 11, 2020, FDA memorandum of an interview of Sarah Bennett.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on December 6, 2021.

DATED: December 6, 2021

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney