# theranos

RESULTS REPORT STATUS: **FINAL**

1365 N. Scottsdale Road
Scottsdale, AZ 85257
Lab: (855) 843-7200  Fax: (650) 852-9594

customersupport@theranos.com

B.B.

Male,
HOME:
MOBILE:
EMAIL:

**GUEST ORDER**

It is the responsibility of the person who was tested to arrange with the person's health care provider for consultation and interpretation of the test results.

VISIT: 08/27/15, 10:00 AM
Theranos Service Center, 7000 N 16th St, Phoenix, AZ 85020
FASTING: Not Required
ACC#: 239553
FINAL REPORT: 08/28/15, 11:23 PM

## Summary of Abnormal Results

| TEST NAME | RESULTS | FLAG | REF. RANGE | UNITS |
|---|---|---|---|---|
| MCHC | 30.74 | LOW | 31.00 - 37.00 | g/dL |
| % Lymphocytes | 13.9 | LOW | 14.6 - 43.7 | % |
| PLT | 909.6 | HIGH | 118.0 - 422.0 | x1e3/uL |
| Basophils | 0.18 | HIGH | 0.00 - 0.10 | x1e3/uL |

## CBC (Complete Blood Count) with Auto Differential

| TEST NAME | RESULTS | FLAG | REF. RANGE | UNITS | LOC |
|---|---|---|---|---|---|
| WBC | 9.86 | | 2.90 - 11.60 | x1e3/uL | NE |
| RBC | 5.38 | | 4.70 - 5.90 | x1e6/uL | NE |
| Hgb | 15.5 | | 14.0 - 17.1 | g/dL | NE |
| HCT | 49.6 | | 41.9 - 53.1 | % | NE |
| MCV | 92.3 | | 80.1 - 97.8 | fL | NE |
| MCH | 28.21 | | 24.40 - 32.60 | pg | NE |
| MCHC | 30.74 | LOW | 31.00 - 37.00 | g/dL | NE |
| RDW | 13.2 | | 10.8 - 14.1 | % | NE |
| PLT | 909.6 | HIGH | 118.0 - 422.0 | x1e3/uL | NE |
| MPV | 7.50 | | 6.50 - 13.50 | fL | NE |
| Neutrophils (ANC) | 7.17 | | 1.50 - 7.70 | x1e3/uL | NE |
| Lymphocytes | 1.37 | | 0.10 - 2.60 | x1e3/uL | NE |



RESULTS REPORT STATUS: **FINAL**

1365 N. Scottsdale Road
Scottsdale, AZ 85257
Lab: (855) 843-7200  Fax: (650) 852-9594

customersupport@theranos.com

## CBC (Complete Blood Count) with Auto Differential

| TEST NAME | RESULTS | FLAG | REF. RANGE | UNITS | LOC |
|---|---|---|---|---|---|
| Monocytes | 0.65 | | 0.10 - 0.90 | x1e3/uL | NE |
| Eosinophils | 0.48 | | 0.00 - 0.60 | x1e3/uL | NE |
| Basophils | 0.18 | HIGH | 0.00 - 0.10 | x1e3/uL | NE |
| % Neutrophils | 72.7 | | 39.9 - 74.7 | % | NE |
| % Lymphocytes | 13.9 | LOW | 14.6 - 43.7 | % | NE |
| % Monocytes | 6.6 | | 3.9 - 11.8 | % | NE |
| % Eosinophils | 4.9 | | 0.7 - 7.5 | % | NE |
| % Basophils | 1.8 | | 0.0 - 2.0 | % | NE |

**KEY**

NE   Test processed at Theranos Laboratories, 7373 Gateway Boulevard, Newark, CA 94560

**Final Report Sent:**   08/28/2015 11:23:59 PM