UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-00258 EJD |
| Plaintiff, | ) ) | |
| v. | ) ) | **VERDICT FORM** |
| RAMESH "SUNNY" BALWANI, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

We, the members of the Jury in the above-entitled case, unanimously find the defendant,

Ramesh "Sunny" Balwani:

1. _____ [GUILTY / NOT GUILTY] of the charge Conspiracy to Commit Wire Fraud against Theranos Investors in violation of 18 U.S.C. § 1349, as charged in Count One of the Indictment.

2. _____ [GUILTY / NOT GUILTY] of the charge Conspiracy to Commit Wire Fraud against Theranos Patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the Indictment.

3. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013 (relating to Alan Eisenman), as charged in Count Three of the Indictment.

4. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,349,900 on or about December 31, 2013 (relating to Black Diamond Ventures), as charged in Count Four of the Indictment.

1    5. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

2    18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December 31,

3    2013 (relating to Hall Group), as charged in Count Five of the Indictment.

4    6. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

5    18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6,

6    2014 (relating to PFM), as charged in Count Six of the Indictment.

7    7. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

8    18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31,

9    2014 (relating to Dynasty Financial II, LLC / RDV), as charged in Count Seven of the

10   Indictment.

11   8. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

12   18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31, 2014

13   (relating to Mosley Family Holdings LLC), as charged in Count Eight of the Indictment.

14   9. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

15   18 U.S.C. § 1343, in connection with Patient B.B.'s laboratory blood test results on or about

16   October 12, 2015, as charged in Count Nine of the Indictment.

17   10. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

18   18 U.S.C. § 1343, in connection with Patient E.T.'s laboratory blood test results on or about

19   May 11, 2015, as charged in Count Ten of the Indictment.

20   11. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

21   18 U.S.C. § 1343, in connection with Patient M.E.'s laboratory blood test results on or about

22   May 16, 2015, as charged in Count Eleven of the Indictment.

23   12. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of

24   18 U.S.C. § 1343, in connection with a wire transfer of $1,126,661 on or about August 3, 2015,

25   as charged in Count Twelve of the Indictment.

26

27   DATED: _____                           _____

                                              JURY FOREPERSON
28

VERDICT FORM
CASE NO. CR 18-258 EJD                    2