JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>    Defendant. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S PROPOSED JURY QUESTIONNAIRE**<br><br>Trial Date: February 15, 2022<br>Hon. Edward J. Davila |

**MR. BALWANI'S PROPOSED JURY QUESTIONNAIRE**

In accordance with the Court's December 8, 2021 directive, Mr. Balwani submits his proposed jury questionnaire, attached to this filing as Exhibit A. Mr. Balwani will submit a Word version of his proposed jury questionnaire concurrently with this filing. Attached as Exhibit B is a redline showing changes in Mr. Balwani's proposal from the final jury questionnaire used in Ms. Holmes' trial.

DATED: December 23, 2021                    Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By:   */s/ Jeffrey B. Coopersmith*
        Jeffrey B. Coopersmith

        Attorney for Defendant
        RAMESH "SUNNY" BALWANI