Name: _____     JUROR # _____

## **JUROR QUESTIONNAIRE**

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Ramesh "Sunny" Balwani*.  In this case, the defendant, Ramesh "Sunny" Balwani, is charged with wire fraud and conspiracy to commit wire fraud.  The indictment alleges that Mr. Balwani was the Chief Operating Officer ("COO") and President of Theranos, Inc., which was in the blood testing business.  The indictment alleges that the defendant and Elizabeth Holmes, Theranos' Chief Executive Officer ("CEO"), knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos.  The charges in the indictment are only allegations and not evidence.  The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent.  It will be the government's burden, through the trial, to try to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial.  This questionnaire is designed to obtain information about your background as it relates to your potential service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case.  As you read the questions, you are not to draw any inferences about the issues that must be decided in this case.  The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so.  Please answer each question as fully as you can.  Your complete honesty is essential.  Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank.  If you do not understand the question, please write that in the space for the answer.  If you feel the answer is too personal, please say so in the space provided.  You will have the opportunity to discuss your answer

privately.  If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire.  If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court.  The Court and the lawyers know that every person has beliefs and biases concerning many things.  You should answer with your true feelings, whatever they may be.  Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors.  It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it.  You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio.  Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind.  You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Please answer each question as completely and as accurately as you can.  The completed questionnaire will be shared with the judge, attorneys, and parties to the case, and otherwise only upon express order of the Court.  Thank you so much for your cooperation.

Upon completion, please sign your name on the last page where indicated.  You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

JUROR # _____

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

JUROR # _____

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury

    will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially

    from 9:00am to 3:00pm, during that time.  Jury service is one of the highest duties and

    privileges of a citizen of the United States.  Mere inconvenience or the usual financial

    hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to

    apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    _____ Yes          _____ No      If Yes, please explain the hardship: _____

    _____

    _____

    _____

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including

    difficulty hearing, seeing, reading, or concentrating?

    _____ Yes  _____ No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _____

    _____

    _____

3.  How many COVID-19 vaccine shots, if any, will you have received by February 15, 2022?

    Number of vaccine shots: _____      Manufacturer of vaccine(s): _____

    Date(s) of vaccine shot(s): _____

4.  Have you already contracted COVID-19? _____ Yes     _____ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result

    since recovering?          _____ Yes      _____ No

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    _____

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people, assuming appropriate COVID-19 protocols are in place?

_____

7. Is there any reason relating to the COVID-19 pandemic that would make your jury service an undue hardship for you or anyone in your household?

_____ Yes         _____ No      If Yes, please explain: _____

_____

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

____ Yes         _____ No      If Yes, please explain: _____

_____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

_____ Yes      _____ No      _____ Not Sure      _____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

_____ Yes   _____ No

**BACKGROUND**

11. NAME: _____ Dr.  Mr.  Mrs.  Ms.  Miss     AGE: _____

12. Residence:  County: _____ City/Town: _____ Neighborhood: _____
        *[Do not list your street address]*

How long have you lived at that location? _____

What is your place of birth? _____

Do you own or rent your home? (Circle) Rent _____      Own_____      Other _____

What other communities have you lived in during the last ten years? _____

_____

JUROR # _____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _____

14. What is your marital status? (Please Circle)

    Single     Married     Separated     Divorced     Widowed     Live with a partner

15. What is your current job status?

    ____ Working full-time         ____ Unemployed

    ____ Working part-time         ____ Homemaker

    ____ Retired                 ____ Disabled

    _____ Full-time student, please indicate areas of study _____

    _____ Other, please describe _____

16. Occupation:    [PLEASE NOTE:  If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

    a.  What is your occupation (or what was it, if not currently employed)?

        _____

    b.  By whom are (were) you employed? _____

    c.  How long have (did) you worked there? _____

    d.  Please describe the nature/duties of your job. _____

    e.  Do (Did) you supervise other people? What are/were your supervisory responsibilities?

        ____ Yes     ____ No    If so, how many? _____

        Responsibilities: _____

17. During your working life have you changed careers or occupations and, if so, please describe?

    _____

    _____

    _____

18. Have you ever had a job which was considered management? ____ Yes    ____ No

    If Yes, describe that position with specifics of your role and how many people you managed?

    _____

    _____

JUROR # _____

_____

19. What is the highest level of education you completed? _____

20. Please describe your educational background:

School Name          Major areas of study        Degrees received

_____

_____

_____

21. Have you taken any courses or had training in law, legal procedure, or administration of

justice?

_____ Yes     _____ No    If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your present spouse/partner (if you have

one).  If you are not currently in a relationship, please answer regarding your most recent

spouse/partner.  If you have never had a spouse/partner, then write "N/A"

Current employment status:

_____ Working full-time        _____ Unemployed

_____ Working part-time        _____ Homemaker

_____ Retired                _____ Full-time student

_____ Disabled

   a.  What is his/her occupation (or what was it, if retired or unemployed or disabled)?

_____

   b.  By whom is (was) s/he employed? _____
How long has (did) s/he worked there? _____

   c.  Please describe the nature of his/her job, was it management or supervisorial? _____

_____

JUROR # _____

    d.   What other types of jobs has s/he had in the past? _____

_____

_____

23. What is the highest level of education s/he completed? _____

Please describe her/his educational background, including vocational school(s) and/or

college(s) attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|

_____

_____

_____

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what

was their employment?)

Mother: _____   Father: _____

Stepmother: _____   Stepfather: _____

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|

_____

_____

_____

26. If other adults live in your home in addition to those you already described above, please

state:

| Relationship | Sex | Age | Education | Occupation |
|---|---|---|---|---|

_____

_____

_____

JUROR # _____

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to me | No |
|---|---|---|---|---|
| Finance | | | | |
| Investing; Private Equity; Startups; Venture Capital | | | | |
| Health Insurance | | | | |
| Healthcare; Health Services | | | | |
| Blood Testing | | | | |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | |
| Quality/Control or Compliance | | | | |
| IT/Data Recovery | | | | |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

_____ Yes   _____ No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

JUROR # _____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities, including TV and radio shows and any community organizations participated in?

YOU: _____

_____

_____

_____

YOUR SPOUSE/PARTNER (IF APPLICABLE): _____

_____

_____

_____

Continue on the next page.

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following

experiences? Please check any box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | |
| Considered filing a complaint about an employer or reporting them for suspected wrongdoing | | | | |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

JUROR # _____

31. a. Have you or anyone close to you ever been employed by, had training in, or been affiliated with any law enforcement or other state or federal government agency (including police, sheriff, corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission (SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS), Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes _____ No      If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

   b.  Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office? This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes          _____ No      If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including burglary, robbery, assault, domestic violence or abuse, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

_____ Yes          _____ No      If Yes, please explain, including the nature of the crime, the victim, and whether it was reported to law enforcement; if you prefer to explain to the judge and attorneys in private in court, please write "prefer to explain privately": _____

_____

_____

JUROR # _____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous

activity?

_____ Yes          _____ No       If Yes, please explain, including the nature of the crime, the

victim, and whether it was reported to law enforcement; if you prefer to explain to the judge

and attorneys in private in court, please write "prefer to explain privately": _____

_____

_____

_____

34.  Do you feel strongly that too many wealthy individuals get away with crimes these days?

_____ Yes_____ No___ If yes, please explain. _____

_____

_____

_____

_____

**MEDIA**

35. What are your main sources of news/current events? Please list those that fall into the

categories below.  If you need more space for any category or other answer, please use

additional lines below.

Newspapers:          _____

                     _____

Social Media:        _____

                     _____

Television:          _____

                     _____

Radio:               _____

                     _____

JUROR # _____

Internet: _____

_____

Conversations: _____

_____

Other: _____

_____

_____

_____

36. Have you commented on, "liked," posted or, tweeted anything on social media about or

relating to Ramesh "Sunny" Balwani, Elizabeth Holmes, or Theranos?

_____ Yes        _____ No      If Yes, please describe in detail: _____

_____

_____

_____

37. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs,

podcasts, social media, or in any other way? If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | Dorothy Atkins |
| Erin Woo | Erin Griffith | Heather Sommerville | Sara Randazzo |
| Ethan Baron | Rachel Lerman | | |

38. Have you read, watched, listened to, or been told of any of the following? Please circle:

| | |
|---|---|
| Bad Blood by John Carreyrou | HBO's The Inventor |
| ABC News' The Dropout Podcast | ABC News' The Dropout Documentary |
| ABC News 20/20 on Theranos | Thicker Than Water by Tyler Shultz |
| "60 Minutes on Theranos" | Bad Blood: The Final Chapter |

14

JUROR # _____

Law Junkie Show                                The Silicon Insider

A TED Talk about Theranos by Erica Cheung

If Yes, please explain: _____

_____

_____

39. Have you read, watched, listened to, or been told of any story or description in the media or elsewhere, including but not limited to any book, newspaper, magazine article, television program, documentary, website, blog, tweet, meme or other commentary on the internet or social media that touched on or talked about this case or about Sunny Balwani, Elizabeth Holmes, or Theranos in general?

_____ Yes        _____ No      If Yes, please explain in detail, including where and when you saw any such item: _____

_____

_____

40. Will anything you described above affect your ability to be fair and impartial to the government and Mr. Balwani in this case?

_____ Yes        _____ No      _____ I'm not sure   Please explain: _____

_____

_____

_____

**FAMILIARITY WITH THE CASE**

41. Do you know or have you heard about the defendant, Mr. Ramesh "Sunny" Balwani?

_____ Yes        _____ No      If Yes, please explain how you know Mr. Balwani, or what you have heard about him, and the source of anything you know or have heard about him:

_____

_____

_____

JUROR # _____

42. Do you have familiarity with or have you heard about Theranos, Elizabeth Holmes, or this case?

_____ Yes          _____ No       If Yes, please explain what you know/have heard and the source:

_____

_____

43. Have you heard anything about a relationship between Ms. Holmes and Mr. Balwani?

_____ Yes _____ No            If Yes, please explain what you know or have heard, and the source, and if you have any opinion about the relationship:

_____

_____

_____

44. Have you or anyone close to you ever used Theranos' blood testing services?

_____ Yes          _____ No       If Yes, please describe when and where and your/their satisfaction with the service:

_____

_____

_____

45. Have you or someone close to you ever had a bad experience with a blood test or any other diagnostic test?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

JUROR # _____

46. Have you or anyone close to you ever been employed by, or applied to work at, Theranos?

_____ Yes        _____ No

If Yes, what were the positions and approximate dates of employment? _____

_____

_____

_____

47. Have you or anyone close to you owned securities or interests or invested in Theranos or

invested or loaned money to a start-up company or venture?

_____ Yes        _____ No        If Yes, please explain in detail: _____

_____

_____

_____

48. Have you or anyone close to you had any prior experience with Mr. Balwani, Ms. Holmes, or

Theranos?

_____ Yes        _____ No        If Yes, please explain: _____

_____

_____

_____

49. Do you, or to your knowledge do your friends or family members, have strong opinions or

feelings about Mr. Balwani, Ms. Holmes, or Theranos that would influence your ability to be

a fair and impartial juror in this case?

_____ Yes        _____ No        If Yes, please describe in detail, as applicable: _____

_____

_____

_____

JUROR # _____

50. A list is attached to the end of this questionnaire.  Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

51. Have you previously served as a trial juror or as a grand juror? _____ Yes        _____ No

   If Yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

   a.  Have you ever served as a jury foreperson? _____ Yes _____ No

   b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial? _____ Yes                    _____ No

      If Yes, please explain: _____

   _____

19

JUROR # _____

52. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

54. Have you or anyone close to you ever been arrested? If you wish to speak privately with the court and attorneys please indicate.

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

55. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

_____ Yes          _____ No          If Yes, please explain including whom if anyone you blame for such loss:

_____

_____

_____

JUROR # _____

56. Have you ever reported someone for wrongdoing to your employer or a government agency?

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

57. Have you or anyone close to you even been accused of fraud or of fraudulently concealing

information?

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

58. Is there anything about your experiences, opinions, or beliefs about race, color, immigration

status, national origin, ethnicity, gender, or sexual orientation which would strongly influence

your ability to judge the facts of a criminal case or the person accused (including any opinions

about people of South Asian origin including India and Pakistan)?

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

59. Is there anything about your personal beliefs, whether religious, moral, ethical, or

philosophical, that would prevent you from fulfilling your duty as a juror in a criminal case?

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

JUROR # _____

60. If you are selected as a juror in this case, the court will instruct you on the applicable law and your duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

_____ Yes          _____ No       Please explain: _____

_____

_____

_____

61. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury, unanimously and based solely on the evidence presented in court, decides that guilt has been proven beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a crime, that person:

Is Guilty                            ☐

Is Not Guilty                        ☐

Probably Is Guilty                   ☐

Don't Know                           ☐

Please explain: _____

_____

_____

62. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable doubt.  The defendant is presumed innocent; and therefore, has no burden to present any evidence.  Do you believe that a defendant has an obligation to prove his/her innocence or produce any evidence in order to be found not guilty?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

JUROR # _____

63. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

_____ Yes          _____ No      If Yes, please explain: _____

_____

_____

_____

64. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

_____ Yes          _____ No      If Yes, please explain: _____

_____

_____

_____

65. During the trial, you may hear testimony from law enforcement officers.  The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer.  Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight                              ☐

Same weight                             ☐

More weight                             ☐

Please explain: _____

_____

_____

JUROR # _____

66. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____ Yes _____ No If Yes, please explain: _____

_____

_____

_____

67. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

_____ Yes _____ No If Yes, please explain: _____

_____

_____

_____

68. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

_____ Yes _____ No If Yes, please explain: _____

_____

24

JUROR # _____

_____

_____

69. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

70. Is there any matter you wish to discuss privately with the Judge?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

71. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____

_____

_____

_____

72. Did you have any problems reading or understanding this questionnaire?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed the questions or my answers with others.  I have not received assistance in completing this questionnaire.

Signature:  _____

Print Name:  _____

Date:  _____

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR # _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Amani S. Floyd
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Molly McCafferty
Amanda M. McDowell
Shawn Estrada
Sachi Schuricht
Orrick Herrington & Sutcliffe

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Brooke Buchanan | William Clarke |
| Sheri Ackert | Steven Burd | Tim Cooper |
| Robert Amenta | Tammy Burd | Dustin Cook |
| Peter Anderson | Mark Burnes | Toby Cosgrove |
| Samartha Anekal | Howard Burris | John Couvaras |
| Brad Arington | Sarah Cabayan Chow | Michael Craig |
| Gerald Asin | John Carreyrou | Constance Cullen |
| Carolyn Balkenhol | Eric Caddenhead | Andrea Cuppoletti |
| Riley Bechtel | Xiao-Yan Cai | Kingshuk Das |
| Stacey Beck | Mark Campbell | Chris Davies |
| Matthew Benedetto | Tim Carroll | Sue Desmond- |
| Sarah Bennett | Yung Chan | Hellmann |
| Brent Bingham | Shekar Chandrasekaran | Rick DeVos |
| Jeffrey Blickman | Sergio Chavez | Sunil Dhawan |
| David Boies | Nianhang Chen | Elizabeth Dickinson |
| Fabrizio Bonnani | Erika Cheung | Susan DiGiaimo |
| Jessica Bramstedt | Kevin Chung | Michael Dixon |
| Carrie Broadmerkel | Michael Chung | Jennifer Dooren |

JUROR # _____

| | | |
|---|---|---|
| Bruce Doll | George Hamilton | Sam Nunn |
| Matt Downs | Adelaida Hernandez | Justin Offen |
| Dan Doyle | Peyton Hobson | Noam Ohana |
| Martin Drake | Sally Hojvat | Patrick O'Neill |
| Stanley Druckenmiller | Mary Hole | Steve O'Neill |
| Diana Dupuy | Chris Holmes | Sean O'Malley |
| Karen Dyer | Christian Holmes | Xavier Oustalniol |
| Scott Earthy | Elizabeth Holmes | Curtis Page |
| Erin Edgar | Cassie Hughes | Mark Pandori |
| Daniel Edlin | Stefan Hritsu | Chinmay Pangarkar |
| Joel Ehrenkranz | Terry Huff | Roger Parloff |
| Alan Eisenman | Kevin Hunter | James Patterson |
| Kerry Denise | Jared Hutchings | Greg Penner |
| Elenatinoba-Johnson | Christopher James | William Perry |
| Merhl Ellsworth | Nimesh Jhaveri | Melissa Pessin |
| JoEllen Embry | Craig Josephson | Lisa Peterson |
| Raymond Embry | Swapna Joshi | Ian Pilcher |
| Susan Evans | Penny Keller | Bruce Pixley |
| Kendra Fadil | Yousuf Khamisani | Meredith Potter |
| Richard Fernandez | Vivek Khanna | Philippe Poux |
| Stan Fiorito | Thomas Kickler | Ana Quintana |
| Kenneth Fisher | Heather King | Mona Badani |
| William Foege | Antti Korhonen | Ramamurthy |
| Max Fosque | Richard Kovacevich | Natalie Ravitz |
| Gary Frenzel | Phillipe Laffont | Jan Reed |
| William Frist | Mark Laret | Larree Renda |
| Peter Fritsch | Eileen Lepera | Channing Robertson |
| Surekha | Erez Levy | Aleksandr Rabodzkey |
| Gangadkhedkar | Tina Lin | Brian Rodriguez |
| Zubin Gautam | Steve Linnerson | Dave Rogers |
| Langley Gee | Craig Lipset | Michael Romeo |
| Arnold Gelb | Christopher Lucas | Kimberly Romanski |
| Rochelle Gibbons | Clarissa Lui | Jay Rosan |
| Richard Gift | Ashley Marie Mackey | Callie Raquel Rosendin |
| Melissa Givens | Stephen Master | Adam Rosendorff |
| Maureen Glunz | James Mattis | Gary Roughead |
| Xinwei (Sam) Gong | John McChesney | David Rusnak |
| Ellie Goldberg | Christopher McCollow | Suraj Saksena |
| Robert Gordon | Pat Mendenhall | David Satchell |
| Brittany Gould | Seth Michelson | Lynette Sawyer |
| Cass Grandone | Wade Duvall Miquelon | George Scavdis |
| William Griffith | Katie Moran | Mario Scussel |
| Brian Grossman | Daniel Mosley | Robert Shapiro |
| Alberto Gutierrez | Michael Mugmon | Tim Sheehy |
| Nicholas Haase | Rupert Murdoch | David Shoemaker |
| Kevin Hagen | Matthew Nathan | Tyler Shultz |
| Craig Hall | Eileen Norkin | Jeff Shuren |
| Margaret Hamburg | Anthony Nugent | Gurbir Sidhu |

JUROR # _____

| | | |
|---|---|---|
| Seema Singh | David Taylor | Alexander (Xan) White |
| Kyle Sims | Bryan Tolbert | Kate Wolff |
| Sharada Sivaraman | Erin Tompkins | Mike Yagi |
| Dee Anna Smith | Jim Topinka | So Han Spivey (fka |
| Richard Sonnier | Eric Topol | Danise Yam) |
| Victoria Sung | Aline Tryon | Gary Yamamoto |
| Adrienne Stewart | Jerry Tubergen | Judith Yost |
| Serena Stewart | Sekhar Variam | Daniel Young |
| Kimberly Summe | Jarod Wada | Audra Zachman |
| Nicole Sundene | Shane Weber | David Nathan Zalatan |
| Todd Surdey | Mike Wei | Lisa Zuckerman |
| Edward Szmuc | Scott Weingust | |
| Alex Taylor | Orville Weyrich | |