Name: _____     JUROR # _____

## <u>JUROR QUESTIONNAIRE</u>

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. ~~Elizabeth Holmes.~~Ramesh "Sunny" Balwani.*  In this case, the defendant, ~~Elizabeth Holmes~~Ramesh "Sunny" Balwani, is charged with wire fraud and conspiracy to commit wire fraud.  The indictment alleges that ~~Ms. Holmes~~Mr. Balwani was the Chief ~~Executive~~Operating Officer ("~~CEO")~~COO") and President of Theranos, Inc., which was in the blood testing business.  The indictment alleges that the defendant and ~~Ramesh "Sunny" Balwani~~Elizabeth Holmes, Theranos' Chief ~~Operating~~Executive Officer ("~~COO") and President,~~CEO"), knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos.  The charges in the indictment are only allegations and not evidence.  The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent.  It will be the ~~responsibility of the government~~government's burden, through the trial, to try to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire.  The questions on this form assist the Court and the attorneys in the jury selection process for this trial.  This questionnaire is designed to obtain information about your background as it relates to your potential service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case.  As you read the questions, you are not to draw any inferences about the issues that must be decided in this case.  The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so.  Please answer each question as fully as you can.  Your complete honesty is essential.  Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank.  If you do not understand

the question, please write that in the space for the answer.  If you feel the answer is too personal, please say so in the space provided.  You will have the opportunity to discuss your answer privately.  If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire.  If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court.  The Court and the lawyers know that every person has beliefs and biases concerning many things.  You should answer with your true feelings, whatever they may be.  Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors.  It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it.  You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio.  Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind.  You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

~~Your answers are confidential.  It is important that you understand that the Court is sensitive to your privacy.  They will be reviewed by the Judge and the lawyers in this case.  After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.~~Please answer each question as completely and as accurately as you can.  The completed

JUROR # _____

questionnaire will be shared with the judge, attorneys, and parties to the case, and otherwise only upon express order of the Court.  Thank you so much for your cooperation.


Upon completion, please sign your name on the last page where indicated.  You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.


Dated:  8/12/2021_____

_____
Hon. Edward J. Davila
United States District Judge

3

JUROR # _____

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury

    will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially

    from 9:00am to 3:00pm, during that time.  Jury service is one of the highest duties and

    privileges of a citizen of the United States.  Mere inconvenience or the usual financial

    hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to

    apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    _____ Yes          _____ No      If Yes, please explain the hardship: _____

    _____

    _____

    _____

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including

    difficulty hearing, seeing, reading, or concentrating?

    _____ Yes  _____ No

    If you feel you could serve with accommodations, please indicate the accommodations:

3.  ~~Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?~~

    ~~_____ Yes:  :      No~~

    _____

    _____

    _____

3.  How many COVID-19 vaccine shots, if any, will you have received by February 15, 2022?

    Number of vaccine shots: _____   Manufacturer of vaccine(s): _____

    Date(s) of vaccine shot(s): _____

4.  Have you already contracted COVID-19? _____ Yes      _____ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result

    since recovering?          _____ Yes        _____ No

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

JUROR # _____

_____

6.  If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30

    people, assuming appropriate COVID-19 protocols are in place?

    _____

7.  Is there any reason relating to the COVID-19 pandemic that would make your jury service an

    undue hardship for you or anyone in your household?

    _____ Yes          _____ No       If Yes, please explain: _____

    _____

    _____

    _____

8.  Is there anything else going on in your life or work that would prevent you from giving this

    case your full attention for the duration of trial?

    ___ Yes          _____ No       If Yes, please explain: _____

    _____

    _____

    _____

9.  Will your employer continue to pay your salary if you are selected to serve on this jury?

    _____ Yes        _____ No        _____ Not Sure       _____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

    _____ Yes  _____ No

### BACKGROUND

11. NAME:  _____  Dr.  Mr.  Mrs.  Ms.  Miss      AgeAGE:

    _____

12. Residence:  County:  _____  City/Town:  _____  Neighborhood:  _____
                                                                *[Do not list your street address]*

    How long have you lived at that location? _____

    YourWhat is your place of birth:? _____

    Do you own or rent your home? (Circle) Rent _____       Own_____      Other _____

5

JUROR # _____

What other communities have you lived in during the last ten years? _____

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _____

14. What is your marital status? (Please Circle)

　　Single　　　Married　　　Separated　　　Divorced　　　Widowed　　　Live with a partner

15. What is your current job status?

　　____ Working full-time　　　　　____ Unemployed

　　____ Working part-time　　　　　____ Homemaker

　　____ Retired　　　　　　　　　____ Disabled

　　_____ Full-time student, please indicate areas of study _____

　　_____ Other, please describe _____

16. Occupation:　　　[PLEASE NOTE:  If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

　　a.　What is your occupation (or what was it, if not currently employed)?

　　　　_____

　　b.　By whom are (were) you employed? _____

　　c.　How long have (did) you worked there? _____

　　d.　Please describe the nature/duties of your job. _____

　　e.　Do (Did) you supervise other people? What are/were your supervisory responsibilities?

　　　　____ Yes　　　____ No　　　If so, how many? _____

　　　　Responsibilities: _____

17. During your working life have you changed careers or occupations and, if so, please describe?

_____

_____

_____

18. Have you ever had a job which was considered management?　____ Yes　　　____ No

　　If Yes, describe that position with specifics of your role and how many people you managed?

JUROR # _____

_____

_____

_____

19. What is the highest level of education you completed? _____

20. Please describe your educational background:

School Name                   Major areas of study          Degrees received

_____

_____

_____

21. Have you taken any courses or had training in law, legal procedure, or administration of

justice?

____ Yes          ____ No      If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your present spouse/partner. (if you have
one).  If you are widowed, divorced, or separated not currently in a relationship, please answer
regarding your former most recent spouse/partner.  If you have never had a spouse/partner,
then write "N/A"

Current employment status:

____ Working full-time                    ____ Unemployed

____ Working part-time                    ____ Homemaker

____ Retired                              ____ Full-time student

____ Disabled

a.   What is his/her occupation (or what was it, if retired or unemployed or disabled)?

_____

b.   By whom is (was) s/he employed? _____
How long has (did) s/he worked there? _____

7

JUROR # _____

    c.   Please describe the nature of his/her job, was it management or supervisorial? _____

           _____

    d.   What other types of jobs has s/he had in the past? _____

           _____

           _____

23. What is the highest level of education s/he completed? _____

    Please describe her/his educational background, including vocational school(s) and/or

    college(s) attended:

    <u>School Name</u>                <u>Major areas of study</u>       <u>Degrees received</u>

    _____

    _____

    _____

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what

    was their employment?)

    Mother: _____ Father: _____

    Stepmother: _____ Stepfather: _____

25. If you have children, please state:

    <u>Sex</u>      <u>Age</u>   <u>Education</u>           <u>Occupation or Year in school</u>

    _____

    _____

    _____

26. If other adults live in your home in addition to those you already described above, please

    state:

    <u>Relationship</u>      <u>Sex</u>   <u>Age</u>      <u>Education</u>        <u>Occupation</u>

    _____

    _____

    _____

JUROR # _____

27. Have you or anyone close to you received any training, experience, or specialized knowledge
or worked in any of the following? Please check the box that applies and provide an
explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to me | No |
|---|---|---|---|---|
| Finance | | | | |
| Investing; Private Equity; Startups; Venture Capital | | | | |
| Health Insurance | | | | |
| Healthcare; Health Services | | | | |
| Blood Testing | | | | |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | |
| Quality/Control or Compliance | | | | |
| IT/Data Recovery | | | | |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

28. Have you or anyone close to you ever served in the military (including Reserves, National
Guard or ROTC)?

_____ Yes   _____ No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether
you, your family member, or person close to you served in a military police unit, court
martial, and/or were in combat: _____

_____

9

JUROR # _____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?, including TV and radio shows and any community organizations participated in?

YOU: _____

_____

_____

_____

YOUR SPOUSE/PARTNER (IF APPLICABLE): _____

_____

_____

_____

_____

Continue on the next page.

10

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences? Please check ~~the~~any box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | |
| Considered filing a complaint about an employer or reporting them for suspected wrongdoing | | | | |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

11

JUROR # _____

31. a. Have you or anyone close to you ever been employed by, had training in, or ~~have~~ been

affiliated with any law enforcement or other state or federal government agency (including

police, sheriff, corrections, parole or probation, FBI, Immigration, IRS, Securities and

Exchange Commission (SEC), Food and Drug Administration (FDA), Department of Health

and Human Services (HHS), Centers for Medicare & Medicaid Services (CMS), U.S. Postal

Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement

Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes  _____ No        If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b.  Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal

defense office? This includes a judge, District Attorney's office, United States Attorney's

office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes         _____ No        If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including

~~domestic violence,~~ burglary, robbery, assault, domestic violence or abuse, identity theft, fraud

etc. – whether it was reported to law enforcement authorities or not?

_____ Yes         _____ No        If Yes, please explain~~:~~, including the nature of the crime, the

victim, and whether it was reported to law enforcement; if you prefer to explain to the judge

and attorneys in private in court, please write "prefer to explain privately": _____

_____

_____

JUROR # _____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous

activity?

____ Yes         ____ No       If Yes, please explain: , including the nature of the crime,

the victim, and whether it was reported to law enforcement; if you prefer to explain to the

judge and attorneys in private in court, please write "prefer to explain privately":

_____

_____

_____

34.  Do you feel strongly that too many wealthy individuals get away with crimes these days?

____ Yes ____ No ___ If yes, please explain. _____

_____

_____

_____

_____

**MEDIA**

34.35.  What are your main sources of news/current events? Please list those that fall into the

categories below.  If you need more space for any category or other answer, please use

additional lines below.

Newspapers:          _____

_____

Social Media:        _____

_____

Television:          _____

_____

Radio:               _____

_____

JUROR # _____

Internet: _____

_____

Conversations: _____

_____

Other: _____

_____

_____

_____

35.36.  Have you commented on, "liked," posted or, tweeted anything on social media about or

relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, Elizabeth Holmes, or Theranos?

_____ Yes          _____ No      If Yes, please explaindescribe in detail: _____

_____

_____

_____

36.37.  Do you read, listen to, follow, or subscribe to any of the following individuals on blogs,

podcasts, social media, or in any other way? If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | Dorothy Atkins |
| Erin Woo | Erin Griffith | Heather Sommerville | Sara Randazzo |
| Ethan Baron | Rachel Lerman | | |

37.38.  Have you read, watched, listened to, or been told of any of the following? Please circle:

| | |
|---|---|
| Bad Blood by John Carreyrou | HBO's The Inventor |
| ABC News' The Dropout Podcast | ABC News' The Dropout Documentary |
| ABC News 20/20 on Theranos | Thicker Than Water by Tyler Shultz |
| "60 Minutes on Theranos" _____ | Bad Blood: The Final Chapter |

14

JUROR # _____

Law Junkie Show                              The Silicon Insider

A TED Talk: about Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38.39.  Have you read, watched, listened to, or been told of any story or description in the media or elsewhere, including but not limited to any book, storynewspaper, magazine article, television program or, documentary, website, blog, tweet, meme or other commentary on the internet or social media that touched on or talked about this case or about Sunny Balwani, Elizabeth Holmes, or Theranos in general?

____ Yes          ____ No       If Yes, please explain, include in detail, including where and when you saw any such item. Please explain: : _____

_____

_____

_____

39.40.  Will anything you described above affect your ability to be fair and impartial to both sidesthe government and Mr. Balwani in this case?

____ Yes          ____ No___ ____ I'm not sure      Please explain: _____

_____

_____

_____

**FAMILIARITY WITH THE CASE**

40.41.  Do you know or have you heard about the defendant, Ms. Elizabeth HolmesMr. Ramesh "Sunny" Balwani?

JUROR # _____

____ Yes        ____ No        If Yes, please explain how you know ~~Ms. Holmes~~Mr. Balwani, or what you have heard about ~~her~~him, and the source of anything you know or have heard about ~~her~~him:

_____

_____

_____

~~41.~~42.  Do you have familiarity with or have you heard about Theranos, ~~Mr. Ramesh "Sunny" Balwani~~Elizabeth Holmes, or this case?

____ Yes        ____ No        If Yes, please explain what you know/have heard and the source:

_____

_____


43. Have you heard anything about a relationship between Ms. Holmes and Mr. Balwani?

____ Yes        ____ No        If Yes, please explain what you know or have heard, and the source, and if you have any opinion about the relationship:

_____

_____

_____


44. Have you or anyone close to you ever used Theranos' blood testing services?

____ Yes        ____ No        If Yes, please describe when and where and your/their satisfaction with the service:

_____

_____

_____


45. Have you or someone close to you ever had a bad experience with a blood test or any other diagnostic test?

JUROR # _____

_____ Yes          _____ No      If Yes, please explain: _____

_____

_____

_____

JUROR # _____

42.46.  Have you or anyone close to you ever been employed by, or applied to work at, Theranos?

_____ Yes          _____ No

If Yes, what were the positions and approximate dates of employment? _____

_____

_____

_____

43.47.  Have you or anyone close to you owned securities or interests or invested in Theranos or used its blood testing services?invested or loaned money to a start-up company or venture?

_____ Yes          _____ No       If Yes, please explain in detail: _____

_____

_____

_____

44.48.  Have you or anyone close to you had any prior experience with TheranosMr. Balwani,

Ms. Holmes, or Mr. BalwaniTheranos?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

45.49.  Do you, or to your knowledge do your friends or family members, have strong opinions or

feelings about eitherMr. Balwani, Ms. Holmes, or Mr. Balwani,Theranos that would influence

your ability to be a fair and impartial juror in this case?

_____ Yes          _____ No       If Yes, please explaindescribe in detail, as applicable: _____

_____

_____

_____

JUROR # _____

46.50.  A list is attached to the end of this questionnaire.  Please circle the name of any of the

listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

~~47.~~51.  Have you previously served as a trial juror or as a grand juror? _____ Yes   _____ No

If Yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |

a.  Have you ever served as a jury foreperson? _____ Yes _____ No

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial? _____ Yes                              _____ No

If Yes, please explain: _____

_____

JUROR # _____

48.52.  Have you or anyone close to you ever had occasion to contact the United States

Attorney's Office or the District Attorney's Office, including the Family Support, Consumer

Fraud or Victim/Witness Divisions?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

49.53.  Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant,

victim, or witness?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

50.54.  Have you or anyone close to you ever been arrested? If you wish to speak privately with

the court and attorneys please indicate.

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

51.55.  Have you or anyone close to you ever suffered a substantial monetary loss because of a

financial investment, including stocks, real estate, or business?

_____ Yes          _____ No       If Yes, please explain including whom if anyone you blame

for such loss:

_____

_____

_____

JUROR # _____

52.56.  Have you ever reported someone for wrongdoing to your employer or a government

agency?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

53.57.  Have you or anyone close to you even been accused of fraud or of fraudulently concealing

information?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

54.58.  Is there anything about your experiences, opinions, or beliefs about race, color,

immigration status, national origin, ethnicity, gender, or sexual orientation which would

strongly influence your ability to judge the facts of a criminal case or the person accused

(including any opinions about people of South Asian origin including India and Pakistan)?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

55.59.  Is there anything about your personal beliefs, whether religious, moral, ethical, or

philosophical, that would prevent you from servingfulfilling your duty as a juror in a criminal

case?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

JUROR # _____

56.60.  If you are selected as a juror in this case, the court will instruct you on the applicable law and your duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

_____ Yes          _____ No          If Yes, pleasePlease explain: _____

_____

_____

_____

57.61.  In our justice system, every defendant is presumed innocent and must be acquitted unless the jury, unanimously and based solely on the evidence presented in court, decides that guilt has been proven beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a crime, that person:

Is Guilty                             ☐

Is Not Guilty                      ☐

Probably Is Guilty             ☐

Don't Know                        ☐

Please explain: _____

_____

_____

58.62.  In a criminal prosecution the government has the burden of proving guilt beyond a reasonable doubt.  The defendant is presumed innocent; and therefore, has no burden to present any evidence.  Do you believe that a defendant has an obligation to prove his/her innocence or produce any evidence in order to be found not guilty?

_____ Yes          _____ No          If Yes, please explain: _____

_____

_____

_____

JUROR # _____

59.63.  Under the law, a defendant need not testify in his or her own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

60.64.  Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

61.65.  During the trial, you may hear testimony from law enforcement officers.  The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer.  Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight                    ☐

Same weight                  ☐

More weight                   ☐

Please explain:  _____

_____

_____

JUROR # _____

62.66.  If you are selected to sit as a juror on this case, are you aware of any reason why you

could not render a verdict based solely on the evidence presented at trial?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

63.67.  As a juror it is important that you do not obtain information about this case outside of the

courtroom.  The Court will instruct you that:  Because you will receive all the evidence and

legal instruction you properly may consider to return a verdict:  do not read, watch, or listen to

any news or media accounts or commentary about the case or anything to do with it, do not do

any research, such as consulting dictionaries, searching the Internet or using other reference

materials; and do not make any investigation or in any other way try to learn about the case on

your own.  Do not visit or view any place discussed in this case, and do not use the Internet or

any other resource to search for or view any place discussed during the trial.  Also, do not do

any research about this case, the law, or the people involved—including the parties, the

witnesses or the lawyers—until you have been excused as jurors.  If you happen to read or

hear anything touching on this case in the media, turn away and report it to me as soon as

possible.  Will you be able to follow this instruction?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

_____

_____

64.68.  Judge Davila will preside over this trial.  His courtroom deputy is Ms. Adriana

Kratzmann.  His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any

members of his staff?

_____ Yes          _____ No        If Yes, please explain:  _____

_____

JUROR # _____

_____

_____

65.69.  Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

66.70.  Is there any matter you wish to discuss privately with the Judge?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

67.71.  Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____

_____

_____

_____

68.72.  Did you have any problems reading or understanding this questionnaire?

_____ Yes          _____ No       If Yes, please explain: _____

_____

_____

_____

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed the questions or my answers with others.  I have not received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Date: _____

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR # _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR # _____

# **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Amani S. Floyd
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine
Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP
Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Molly McCafferty
Amanda M. McDowell
Shawn Estrada
Sachi Schuricht
Orrick Herrington & Sutcliffe

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Brad Arington | Matthew Benedetto |
| Sheri Ackert | Gerald Asin | Sarah Bennett |
| Robert Amenta | Carolyn Balkenhol | Renee Binder |
| Peter Anderson | Riley Bechtel | Brent Bingham |
| Samartha Anekal | Stacey Beck | Jeffrey Blickman |

JUROR # _____

| | | |
|---|---|---|
| David Boies | Scott Earthy | Chris Holmes |
| Fabrizio Bonnani | Erin Edgar | Christian Holmes |
| Jessica Bramstedt | Daniel Edlin | Elizabeth Holmes |
| Carrie Broadmarkel | Joel Ehrenkranz | ~~Noel Holmes~~ |
| Brooke Buchanan | Alan Eisenman | Cassie Hughes |
| Steven Burd | Kerry Denise | Stefan Hritsu |
| Tammy Burd | Elenatinoba-Johnson | Terry Huff |
| Mark Burnes | Merhl Ellsworth | Kevin Hunter |
| Howard Burris | JoEllen Embry | Jared Hutchings |
| Sarah Cabayan Chow | Raymond Embry | Christopher James |
| John Carreyrou | Susan Evans | Nimesh Jhaveri |
| Eric Caddenhead | Kendra Fadil | Craig Josephson |
| Xiao-Yan Cai | Richard Fernandez | Swapna Joshi |
| Mark Campbell | Stan Fiorito | Penny Keller |
| Tim Carroll | Kenneth Fisher | Yousuf Khamisani |
| Yung Chan | William Foege | Vivek Khanna |
| Shekar Chandrasekaran | ~~Season Flores~~ | Thomas Kickler |
| Sergio Chavez | Max Fosque | Heather King |
| Nianhang Chen | Gary Frenzel | ~~Henry Kissinger~~ |
| Erika Cheung | William Frist | Antti Korhonen |
| Kevin Chung | Peter Fritsch | Richard Kovacevich |
| Michael Chung | Surekha | Phillipe Laffont |
| William Clarke | Gangadkhedkar | Mark Laret |
| Tim Cooper | ~~Phyllis Gardner~~ | Eileen Lepera |
| Dustin Cook | Zubin Gautam | Erez Levy |
| Toby Cosgrove | Langley Gee | ~~Courtney Lias~~ |
| John Couvaras | Arnold Gelb | Tina Lin |
| Michael Craig | Rochelle Gibbons | Steve Linnerson |
| Constance Cullen | Richard Gift | Craig Lipset |
| Andrea Cuppoletti | Melissa Givens | Christopher Lucas |
| Kingshuk Das | Maureen Glunz | Clarissa Lui |
| Chris Davies | Xinwei (Sam) Gong | Ashley Marie Mackey |
| Sue Desmond- | Ellie Goldberg | Stephen Master |
| Hellmann | Robert Gordon | James Mattis |
| Rick DeVos | Brittany Gould | John McChesney |
| Sunil Dhawan | Cass Grandone | Christopher McCollow |
| Elizabeth Dickinson | William Griffith | ~~Mindy Mechanic~~ |
| Susan DiGiaimo | Brian Grossman | Pat Mendenhall |
| Michael Dixon | Alberto Gutierrez | Seth Michelson |
| Jennifer Dooren | Nicholas Haase | Wade Duvall Miquelon |
| Bruce Doll | Kevin Hagen | Katie Moran |
| Matt Downs | Craig Hall | Daniel Mosley |
| Dan Doyle | Margaret Hamburg | Michael Mugmon |
| Martin Drake | George Hamilton | Rupert Murdoch |
| Stanley Druckenmiller | Adelaida Hernandez | Matthew Nathan |
| Diana Dupuy | Peyton Hobson | Eileen Norkin |
| ~~Lisa Durkin~~ | Sally Hojvat | Anthony Nugent |
| Karen Dyer | Mary Hole | Sam Nunn |

JUROR # _____

| | | |
|---|---|---|
| Justin Offen | Michael Romeo | Edward Szmuc |
| Noam Ohana | Kimberly Romanski | Alex Taylor |
| Patrick O'Neill | Jay Rosan | David Taylor |
| Steve O'Neill | Callie Raquel Rosendin | Bryan Tolbert |
| Sean O'Malley | Adam Rosendorff | Erin Tompkins |
| Xavier Oustalniol | Gary Roughead | Jim Topinka |
| Curtis Page | David Rusnak | Eric Topol |
| Mark Pandori | Suraj Saksena | Aline Tryon |
| Chinmay Pangarkar | David Satchell | Jerry Tubergen |
| Roger Parloff | Lynette Sawyer | Sekhar Variam |
| James Patterson | George Scavdis | Jarod Wada |
| Greg Penner | Mario Scussel | Shane Weber |
| William Perry | Robert Shapiro | Mike Wei |
| Melissa Pessin | Tim Sheehy | Scott Weingust |
| Lisa Peterson | David Shoemaker | Orville Weyrich |
| Ian Pilcher | Tyler Shultz | Alexander (Xan) White |
| Bruce Pixley | Jeff Shuren | Paige Williams |
| Meredith Potter | Gurbir Sidhu | Kate Wolff |
| Philippe Poux | Seema Singh | Mike Yagi |
| Ana Quintana | Kyle Sims | Denise So Han Spivey |
| Mona Badani | Sharada Sivaraman | (fka Danise Yam) |
| Ramamurthy | Dee Anna Smith | Gary Yamamoto |
| Natalie Ravitz | Richard Sonnier | Judith Yost |
| Jan Reed | Victoria Sung | Daniel Young |
| Larree Renda | Adrienne Stewart | Audra Zachman |
| Channing Robertson | Serena Stewart | David Nathan Zalatan |
| Aleksandr Rabodzkey | Kimberly Summe | Lisa Zuckerman |
| Brian Rodriguez | Nicole Sundene | |
| Dave Rogers | Todd Surdey | |