STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email:  robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | UNITED STATES' PROPOSED JUROR QUESTIONNAIRE |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

The government respectfully submits the attached Proposed Juror Questionnaire. The government recommends the Court use the same questions as used in *United States v. Holmes*, with no additional questions. For the Court's convenience, the government also attaches a redline of the Proposed Juror Questionnaire against the questionnaire used in the *Holmes* case.

DATED: December 28, 2021

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____
JEFFREY B. SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys