Name: _____     JUROR # _____

# **JUROR QUESTIONNAIRE**

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Ramesh "Sunny" Balwani*.  In this case, the defendant, Ramesh "Sunny" Balwani, is charged with wire fraud and conspiracy to commit wire fraud.  The indictment alleges that Mr. Balwani was the Chief Operating Officer ("COO") and President of Theranos, Inc., which was in the blood testing business.  The indictment alleges that the defendant and Elizabeth Holmes, Theranos' Chief Executive Officer ("CEO"), knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos.  The charges are only allegations and not evidence.  The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent.  It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire.  The questions on this form assist the Court and the attorneys in the jury selection process for this trial.  This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case.  As you read the questions, you are not to draw any inferences about the issues that must be decided in this case.  The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so.  Please answer each question as fully as you can.  Your complete honesty is essential.  Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank.  If you do not understand the question, please write that in the space for the answer.  If you feel the answer is too personal, please say so in the space provided.  You will have the opportunity to discuss your answer privately.  If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire.  If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court.  The Court and the lawyers know that every person has beliefs and biases concerning many things.  You should answer with your true feelings, whatever they may be.  Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors.  It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it.  You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio.  Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Upon completion, please sign your name on the last page where indicated.  You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

JUROR # _____

## PRELIMINARY MATTERS

1. The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.  Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

   _____ Yes         _____ No       If Yes, please explain the hardship:  _____

   _____

   _____

   _____

2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

   _____ Yes         _____ No

   If you feel you could serve with accommodations, please indicate the accommodations:

   _____

   _____

   _____

3. Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

   _____ Yes         _____ No

4. Have you already contracted COVID-19?  _____ Yes     _____ No

   If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?       _____ Yes       _____ No

5. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

   _____

JUROR # _____

6.  If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

   _____

7.  Is there any reason relating to the COVID-19 pandemic that would make jury service an undue

   hardship for you or anyone in your household?

   ____ Yes          ____ No       If Yes, please explain: _____

   _____

   _____

   _____

8.  Is there anything else going on in your life or work that would prevent you from giving this case

   your full attention for the duration of trial?

   ____ Yes          ____ No       If Yes, please explain: _____

   _____

   _____

9.  Will your employer continue to pay your salary if you are selected to serve on this jury?

   ____ Yes          ____ No       ____ Not Sure       ____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

   ____ Yes          ____ No

## BACKGROUND

11. NAME:_____   Dr.  Mr.  Mrs.  Ms.  Miss     Age:_____

12. Residence:  County:_____  City/Town:_____  Neighborhood:_____
       *[Do not list your street address]*
       How long have you lived at that location?_____

       Your place of birth: _____

       Do you own or rent your home? (Circle)          Rent____       Own____ Other_____

JUROR # _____

What other communities have you lived in during the last ten years?_____

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse?_____

14. What is your marital status?  (Please Circle)

      Single     Married     Separated     Divorced     Widowed     Live with a partner

15. What is your current job status?

      _____ Working full-time      _____ Unemployed

      _____ Working part-time      _____ Homemaker

      _____ Retired      _____ Disabled

      _____ Full-time student, please indicate areas of study_____

      _____ Other, please describe_____

16.  Occupation:      [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

      a.     What is your occupation (or what was it, if not currently employed)?

            _____

      b.     By whom are (were) you employed?_____

      c.     How long have (did) you worked there? _____

      d.     Please describe the nature/duties of your job._____

      e.     Do (Did) you supervise other people? What are/were your supervisory responsibilities?

            ____ Yes     ____ No     If so, how many? _____

            Responsibilities: _____

17. During your working life have you changed careers or occupations and, if so, please describe?

_____

_____

_____

6

JUROR # _____

18. Have you ever had a job which was considered management? **____** Yes **____** No _____

   If Yes, describe that position with specifics of your role and how many people you managed?

   _____

   _____

   _____

19. What is the highest level of education you completed? _____

20. Please describe your educational background:

   School Name              Major areas of study              Degrees received

   _____

   _____

   _____

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

   **____** Yes          **____** No      If Yes, please explain: _____

   _____

   _____

   _____

22. Please complete the following questions regarding your **present spouse**/**partner**.  If you are

   widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

   Current employment status:

   ____ Working full-time              _____ Unemployed

   ____ Working part-time              _____ Homemaker

   ____ Retired                        _____ Full-time student

   _____ Disabled

JUROR # _____

a.  What is his/her occupation (or what was it, if retired or unemployed or disabled)?

_____

b.  By whom is (was) s/he employed? _____

How long has (did) s/he worked there? _____

c.  Please describe the nature of his/her job, was it management or supervisorial?_____

_____

d.  What other types of jobs has s/he had in the past?_____

_____

_____

23. What is the highest level of education s/he completed? _____

Please describe her/his educational background, including vocational school(s) and/or college(s)

attended:

School Name                    Major areas of study                    Degrees received

_____

_____

_____

24. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what was

their employment?)

Mother: _____      Father: _____

Stepmother: _____      Stepfather: _____

25. If you have children, please state:

Sex      Age      Education                              Occupation or Year in school

_____

_____

_____

_____

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

   Relationship      Sex      Age          Education          Occupation

   _____

   _____

   _____

   _____

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | |
| Investing; Private Equity; Startups; Venture Capital | | | | |
| Health Insurance | | | | |
| Healthcare; Health Services | | | | |
| Blood Testing | | | | |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

_____

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

____Yes          ____No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

_____

_____

_____

Continue on the next page.

10

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

31.     a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes _____ No    If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes _____ No    If Yes, please explain: _____

_____

_____

_____

32.   Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

_____ Yes _____ No    If Yes, please explain:_____

_____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

_____ Yes _____ No    If Yes, please explain: _____

_____

_____

_____

JUROR # _____

**MEDIA**

34. What are your main sources of news/current events? Please list those that fall into the categories

below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____

_____

Social Media: _____

_____

Television: _____

_____

Radio: _____

_____

Internet: _____

_____

Conversations: _____

_____

Other: _____

_____

_____

_____

_____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to

Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes   ____ No      If Yes, please explain: _____

_____

_____

_____

13

JUROR # _____

36.  Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37.  Have you read, watched, listened to, or been told of any of the following?  Please circle:

| | |
|---|---|
| Bad Blood by John Carreyrou | HBO's The Inventor |
| ABC News' The Dropout Podcast | ABC News' The Dropout Documentary |
| ABC News 20/20 on Theranos | Thicker Than Water by Tyler Shultz |
| "60 Minutes on Theranos" | |

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case?  _____ Yes  _____ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case?  _____ Yes  _____ No   Please explain: _____

_____

_____

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Mr. Ramesh "Sunny" Balwani?

_____ Yes          _____ No        If Yes, please explain how you know Mr. Balwani, or what you

have heard about him, and the source of anything you know or have heard about him:

_____

_____

_____

41.  Do you have familiarity with or have you heard about Theranos, Ms. Elizabeth Holmes, or this

case?

_____ Yes          _____ No        If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____Yes          _____No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?

_____Yes      _____No     If Yes, please explain: _____

_____

_____

_____

15

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

____Yes      ____No      If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

____Yes      ____No      If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror?_____ Yes        _____No

If Yes, please complete for each case on which you served:

|  | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |

a.   Have you ever served as a jury foreperson?  _____Yes   _____No

b.   Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial?  _____Yes  _____No     If Yes, please explain:

_____

_____

17

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

_____Yes      _____No      If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

_____Yes      _____No      If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

_____Yes      _____No      If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

_____Yes      _____No      If Yes, please explain: _____

_____

JUROR # _____

_____

_____

_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

    ____Yes    ____No    If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing

    information?

    ____Yes    ____No    If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status,

    national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability

    to judge the facts of a criminal case or the person accused?

    ____Yes    ____No    If Yes, please explain: _____

_____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical,

    that would prevent you from serving as a juror in a criminal case?

    ____Yes    ____No    If Yes, please explain: _____

_____

_____

JUROR # _____

_____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

   duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

   ____Yes        ____No       Please explain: _____

   _____

   _____

   _____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

   unanimously and based solely on the evidence presented in court, decides that guilt has been proven

   beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

   crime, that person:

   Is Guilty                             ☐

   Is Not Guilty                         ☐

   Probably Is Guilty                    ☐

   Don't Know                            ☐

   Please explain: _____

   _____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

   doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

   Do you believe that a defendant has an obligation to prove his/her innocence or produce any

   evidence in order to be found not guilty?

   ____Yes        ____No       If Yes, please explain: _____

   _____

   _____

   _____

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

____Yes      ____No      If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

_____ Yes          _____ No      Please explain:

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight              ☐

Same weight              ☐

More weight              ☐

Please explain: _____

_____

_____

21

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

____Yes      ____No      If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

____Yes      ____No      Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial.  His courtroom deputy is Ms. Adriana Kratzmann.  His court reporter is Ms. Irene Rodriguez.  Do you know Judge Davila or any members of his staff?

____Yes      ____No      If Yes, please explain: _____

_____

_____

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

____Yes      ____No      If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

____ Yes          ____ No        If Yes, please explain:_____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

____Yes   ____No        If Yes, please explain:

_____

_____

_____

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed the questions or my answers with others.  I have not received assistance in completing this questionnaire.

Signature:_____

Print Name:_____

Date: _____

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

25

JUROR # _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR # _____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Thomas A. Colthurst
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Jeffrey B. Coopersmith
Amy Walsh
Stephen A. Cazares
Aaron P. Brecher
Molly McCafferty
Amanda M. McDowell
Shawn Estrada
Sachi Schuricht
Orrick Herrington & Sutcliffe

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Brent Bingham | Jeffrey Blickman | |
| David Boies | Fabrizio Bonnani | Jessica Bramsted |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Maritn Drake | Stanley Druckenmiller | Diana Dupuy |
| Karen Dyer | Scott Earthy | |
| Erin Edgar | Daniel Edlin | |
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Joel Ehrenkranz |
| JoEllen Embry | Raymond Embry | Merhl Ellsworth |
| Kendra Fadil | Richard Fernandez | Susan Evans |
| | | Stan Fiorito |

27

JUROR # _____

| | | |
|---|---|---|
| Kenneth Fisher | William Foege | |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Cassie Hughes | Stefan Hritsu | |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamiani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Antti Korhonen | Richard Kovacevich | |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Tina Lin | |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Pat Mendenhall | Seth Michelson | |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Xavier Oustalniol | Mark Pandori | Chinmay Pangarkar |
| Roger Parloff | | |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Phillippe Poux |
| Ian Pilcher | | |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Richard Sonnier |
| Victoria Sung | | |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Scott Weingart | Aline Tryon | Jerry Tubergen |
| Sekhar Variam | | |
| Jarod Wada | Shane Weber | Mike Wei |

JUROR # _____

| | | |
|---|---|---|
| Orville Weyrich | Alexander (Xan) White | Paige Williams |
| Kate Wolff | Mike Yagi | |
| Denise Yam (aka So Han Spivey | | |
| Gary Yamamoto | Judith Yost | Daniel Young |
| Audra Zachman | David Nathan Zalatan | Lisa Zuckerman |