STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00258 EJD |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESETTING PRETRIAL CONFERENCE STATEMENT |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

JOINT STIPULATION RE PTC STATEMENT
CR-18-00258-EJD

1

**STIPULATION**

1. On December 1, 2021, the Court set the pretrial conference in this case for January 6, 2022. ECF No. 1173. Two days later, at the request of the parties, the Court moved the deadline for the parties to file a joint pretrial conference statement from December 10 to noon on December 31, 2021. ECF No. 1177.

2. On December 13, 2021, the Court entered an order continuing the trial start date to February 15, 2022, ECF Nos. 1197, 1198, and the Court subsequently reset the pretrial conference for January 14, 2022. ECF No. 1199.

3. Based on the new pretrial conference date, the parties jointly stipulate and request that the Court reset the deadline for the parties' joint pretrial conference statement to be due by noon on January 7, 2022, one week before the current pretrial conference.

**IT IS SO STIPULATED.**

DATED: December 28, 2021         Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    United States Attorney

                                                    ___/s/_____
                                                    JEFF SCHENK
                                                    JOHN C. BOSTIC
                                                    ROBERT S. LEACH
                                                    KELLY I. VOLKAR
                                                    Assistant United States Attorneys

DATED: December 28, 2021         Respectfully submitted,

                                                    ORRICK HERRINGTON & SUTCLIFFE LLP

                                                   ___/s/_____
                                                    JEFFREY B. COOPERSMITH
                                                    AMY WALSH
                                                    STEPHEN A. CAZARES
                                                    Attorneys for Defendant
                                                    RAMESH "SUNNY" BALWANI

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the joint pretrial conference statement will be due by noon on January 7, 2022.

IT IS SO ORDERED.

DATED: December __, 2021

                                              HON. EDWARD J. DAVILA
                                              UNITED STATES DISTRICT JUDGE