STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 18-CR-00258 EJD |
|---|---|
| Plaintiff, | ) JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESETTING PRETRIAL CONFERENCE STATEMENT |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

JOINT STIPULATION RE PTC STATEMENT
CR-18-00258-EJD

1

**STIPULATION**

1. On December 1, 2021, the Court set the pretrial conference in this case for January 6, 2022. ECF No. 1173. Two days later, at the request of the parties, the Court moved the deadline for the parties to file a joint pretrial conference statement from December 10 to noon on December 31, 2021. ECF No. 1177.

2. On December 13, 2021, the Court entered an order continuing the trial start date to February 15, 2022, ECF Nos. 1197, 1198, and the Court subsequently reset the pretrial conference for January 14, 2022. ECF No. 1199.

3. Based on the new pretrial conference date, the parties jointly stipulate and request that the Court reset the deadline for the parties' joint pretrial conference statement to be due by noon on January 7, 2022, one week before the current pretrial conference.

**IT IS SO STIPULATED.**

DATED: December 28, 2021                    Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                            ___/s/_____
                                            JEFF SCHENK
                                            JOHN C. BOSTIC
                                            ROBERT S. LEACH
                                            KELLY I. VOLKAR
                                            Assistant United States Attorneys

DATED: December 28, 2021                    Respectfully submitted,

                                            ORRICK HERRINGTON & SUTCLIFFE LLP

                                            ___/s/_____
                                            JEFFREY B. COOPERSMITH
                                            AMY WALSH
                                            STEPHEN A. CAZARES
                                            Attorneys for Defendant
                                            RAMESH "SUNNY" BALWANI

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the joint pretrial conference statement will be due by noon on January 7, 2022.

IT IS SO ORDERED.

DATED: December 29, 2021

                                            HON. EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE