UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 7, 2022   **Time:** 11:04 AM – 11:35 AM   **Judge:** Edward J. Davila
(31 minutes)

**Case No.:** 5:18-cr-00285-EJD-2   **Case Name:** UNITED STATES v. Ramesh Balwani (P)(C:N)

**Attorneys for Plaintiff:** John Bostic, Jeffrey Schenk, Robert Leach, Kelly Volkar
**Attorney for Defendant:** Jeffrey Coopersmith, Stephen Cazares, Amy Walsh

**Deputy Clerk:** Kassandra Dibble           **Court Reporter:** Irene Rodriguez
**Interpreter:** N/A                          **Probation Officer:** N/A

## PROCEEDINGS – STATUS CONFERENCE
Via Zoom Webinar Remotely Due to COVID-19

Status Conference held via Zoom Webinar remotely. Defendant was present and out of custody.

For the reasons stated on the record, the Court proposed a new trial schedule. The Court will provide the parties with a document listing the proposed new dates. The parties shall meet and confer regarding the proposed new trial schedule and discuss a continuance of exclusion of time.

The January 12, 2022 Status Conference remains as set.

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.