| | |
|---|---|
| 1 | JEFFREY B. COOPERSMITH (SBN 252819) |
| 2 | AMY WALSH (ADMITTED PRO HAC VICE)<br>STEPHEN A. CAZARES (SBN 201864) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 4 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 5 | Telephone:   +1-415-773-5700<br>Facsimile:    +1-415-773-5759 |
| 6 | Email: jcoopersmith@orrick.com; awalsh@orrick.com; |
| 7 | scazares@orrick.com |
| 8 | Attorneys for Defendant<br>RAMESH "SUNNY" BALWANI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>               Defendant. | Case No. 18-CR-00258-EJD<br><br>**NOTICE OF APPEARANCE<br>OF COUNSEL BY<br>JAMES ANGLIN FLYNN** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that James Anglin Flynn of the law firm Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as additional counsel of record on behalf of defendant Ramesh "Sunny" Balwani in the above-captioned matter. Mr. Flynn is admitted to practice in the State of California and before this Court. Mr. Flynn requests that all notices given and all papers filed or served in the above-captioned matter be served upon counsel at the address below:

> James Anglin Flynn (SBN 337608)
> jflynn@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 1152 15th Street NW
> Washington, DC 20005
> Telephone:     +1-202-339-8638

Dated: January 14, 2022

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James Anglin Flynn*
JAMES ANGLIN FLYNN

Attorney for Ramesh "Sunny" Balwani