JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>            Defendant. | Case No. CR-18-00258-EJD<br><br>**JOINT STATEMENT IN ADVANCE OF PRETRIAL CONFERENCE**<br><br>**Hon. Edward J. Davila** |

**JOINT STATEMENT IN ADVANCE OF PRETRIAL CONFERENCE**

This matter is set on February 4, 2022 for a pretrial conference and hearing on motions *in limine*. On January 7, 2022, the parties filed their respective pretrial conference statements. Dkt. Nos. 1240, 1241. At the February 4, 2022 hearing, the parties will be prepared to address the matters discussed in the pretrial statements and Criminal Local Rule 17.1-1(b).

The parties respectfully recommend the motions *in limine* be addressed in the following order, subject to the Court's preferences:

| | | |
|---|---|---|
| 1 | **Dkt. 1156**<br>Mot. 1156 at 1<br>Resp. 1181 at 1<br>Reply 1193 at 1 | **Balwani's MIL 1** to exclude evidence of accuracy and reliability of tests run on unmodified commercial devices |
| 2 | **Dkt. 1155**<br>Mot. 1155 at 7<br>Resp. 1179 at 6<br>Reply 1195 at 4 | **Government's MIL 7** to admit Exhibit 4621 (CMS Letter and the accompanying January 26, 2016 Form CMS-2567, Statement of Deficiencies)<br><br>**The government asserts that its MIL 7 should be argued separately from Mr. Balwani's MIL 1. Mr. Balwani asserts that these two motions present related issues and should be argued together.** |
| 3 | **Dkt. 1156**<br>Mot. 1156 at 20<br>Resp. 1181 at 14<br>Reply 1193 at 16 | **Balwani's MIL 3** to exclude evidence of Theranos' voiding test results |
| 4 | **Dkt. 1156**<br>Mot. 1156 at 12<br>Resp. 1181 at 8<br>Reply 1193 at 11 | **Balwani's MIL 2** to exclude expert testimony of Dr. Das |
| 5 | **Dkt. 1156**<br>Mot. 1156 at 36<br>Resp. 1181 at 20<br>Reply 1193 at 21 | **Balwani's MIL 5** to exclude expert testimony offered by lay witnesses |

| | | |
|---|---|---|
| 6 | **Dkt. 1156**<br>Mot. 1156 at 40<br>Resp. 1181 at 23<br>Reply 1193 at 23<br><br>**Dkt. 1155**<br>Mot. 1155 at 12<br>Resp. 1179 at 8<br>Reply 1195 at 6 | **Balwani's MIL 6** to exclude irrelevant and inflammatory text messages and **Government's MIL 8** to admit text messages between Holmes and Balwani |
| 7 | **Dkt. 1156**<br>Mot. 1156 at 30<br>Resp. 1181 at 18<br>Reply 1193 at 19 | **Balwani's MIL 4** to exclude coconspirator statements |
| 8 | **Dkt. 1155**<br>Mot. 1155 at 6<br>Resp. 1179 at 4<br>Reply 1195 at 4 | **Government's MIL 6** to preclude defendant from offering actions taken by Theranos after defendant left the company<br><br>**The government asserts that its MIL 6 should be argued separately from Mr. Balwani's MIL 4. Mr. Balwani asserts that these two motions present related issues and should be argued together.** |
| 9 | **Dkt. 1155**<br>Mot. 1155 at 16<br>Resp. 1179 at 9<br>Reply 1195 at 9 | **Government's MIL 9** to admit Theranos emails as business records |
| 10 | **Dkt. 1155**<br>Mot. 1155 at 19<br>Resp. 1179 at 12<br>Reply 1195 at 10 | **Government's MIL 12** to exclude Mr. Balwani's mother's blood test |
| 11 | **Dkt. 1155**<br>Mot. 1155 at 14<br>Resp. 1179 at 9<br>Reply 1195 at 8 | **Government's MIL 10** to admit statements by Theranos and Theranos employees and agents |
| 12 | **Dkt. 1155**<br>Mot. 1155 at 22<br>Resp. 1179 at 13<br>Reply 1195 at 12 | **Government's MIL 14** to order Defendant to produce reverse *Jencks* |
| 13 | **Dkt. 1155**<br>Mot. 1155 at 5<br>Resp. 1179 at 3<br>Reply 1195 at 3 | **Government's MIL 4** to preclude a defense argument that the government's charging decisions were influenced by coordination with journalists or competitors |
| 14 | **Dkt. 1155**<br>Mot. 1155 at 1<br>Resp. 1179 at 1<br>Reply 1195 at 1 | **Government's MIL 1** to preclude defendant from offering an improper defense of blaming his victims |

| 15 | **Dkt. 1155**<br>Mot. 1155 at 18<br>Resp. 1179 at 11<br>Reply 1195 at 10 | **Government's MIL 11** to exclude self-serving hearsay statements by Defendant in interviews/SEC testimony |
|---|---|---|
| 16 | **Dkt. 1155**<br>Mot. 1155 at 20<br>Resp. 1179 at 13<br>Reply 1195 at 11 | **Government's MIL 13** to admit testimony from non-paying patients |
| 17 | **Dkt. 1155**<br>Mot. 1155 at 5<br>Resp. 1179 at 3<br>Reply 1195 at 3 | **Government's MIL 5** to preclude defendant from presenting an improper good faith defense |
| 18 | **Dkt. 1155**<br>Mot. 1155 at 4<br>Resp. 1179 at 2<br>Reply 1195 at 2 | **Government's MIL 3** to preclude an improper advice of counsel defense |
| 19 | **Dkt. 1155**<br>Mot. 1155 at 3<br>Resp. 1179 at 2<br>Reply 1195 at 2 | **Government's MIL 2** to preclude defense from referencing punishment in front of the jury |
| 20 | **Dkt. 1156**<br>Mot. 1156 at 50<br>Resp. 1181 at 26<br>Reply 1193 at 25 | **Balwani MIL 8** adopting certain motions previously filed by Elizabeth Holmes – Motion to exclude evidence of wealth, spending, and lifestyle |
| 21 | **Dkt. 1156**<br>Mot. 1156 at 53<br>Resp. 1181 at 27<br>Reply 1193 at 26 | **Balwani MIL 8** adopting certain motions previously filed by Elizabeth Holmes – Motion to exclude customer impact evidence |
| 22 | **Dkt. 1156**<br>Mot. 1156 at 55<br>Resp. 1181 at 29<br>Reply 1193 at 29 | **Balwani's MIL 8** adopting certain motions previously filed by Elizabeth Holmes – Evidence of fault for loss of Theranos' LIS |
| 23 | **Dkt. 1156**<br>Mot. 1156 at 62<br>Resp. 1181 at 30 | **Balwani's MIL 8** adopting certain motions previously filed by Elizabeth Holmes – adopting Ms. Holmes' motion to suppress |
| 24 | **Dkt. 1156**<br>Mot. 1156 at 58<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude bad acts of Theranos agents and employees |

The parties do not request oral argument on the following motions:

| | | | |
|---|---|---|---|
| 1 | **Dkt. 1156**<br>Mot. 1156 at 45<br>Resp. 1181 at 24<br>Reply 1193 at 25 | **Balwani MIL 7** to exclude evidence of Mr. Balwani's license plate | Government does not oppose |
| 2 | **Dkt. 1155**<br>Mot. 1155 at 23<br>Resp. 1179 at 15<br>Reply 1195 at 12 | **Government's MIL 15** to exclude Mr. Balwani's three experts | Government submits its motion is moot |
| 3 | **Dkt. 1156**<br>Mot. 1156 at 51<br>Resp. 1181 at 26<br>Reply 1193 at 26 | **Balwani MIL 8** adopting certain motions previously filed by Elizabeth Holmes – Motion to exclude evidence of certain settlements | The parties submit on the papers |
| 4 | **Dkt. 1156**<br>Mot. 1156 at 52<br>Resp. 1181 at 27<br>Reply 1193 at 26 | **Balwani MIL 8** adopting certain motions previously filed by Elizabeth Holmes – Motion to exclude certain news articles | The parties submit on the papers |
| 5 | **Dkt. 1156**<br>Mot. 1156 at 53<br>Resp. 1181 at 28<br>Reply 1193 at 27 | **Balwani MIL 8** adopting certain motions previously filed by Elizabeth Holmes – Motion to exclude evidence of alleged blaming and vilifying of competing companies and journalists | The parties submit on the papers |
| 6 | **Dkt. 1156**<br>Mot. 1156 at 54<br>Resp. 1181 at 28<br>Reply 1193 at 28 | **Balwani MIL 8** adopting certain motions previously filed by Elizabeth Holmes – Motion to exclude evidence of tests not identified on the Bill of Particulars | The parties submit on the papers |
| 7 | **Dkt. 1156**<br>Mot. 1156 at 56<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude anecdotal evidence | The parties submit on the papers |
| 8 | **Dkt. 1156**<br>Mot. 1156 at 56<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude FDA inspection evidence | The parties submit on the papers |
| 9 | **Dkt. 1156**<br>Mot. 1156 at 57<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude evidence of alleged violations of industry standards and regulations | The parties submit on the papers |

| | | | |
|---|---|---|---|
| 10 | **Dkt. 1156**<br>Mot. 1156 at 58<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude Theranos' customer service spreadsheets | The parties submit on the papers |
| 11 | **Dkt. 1156**<br>Mot. 1156 at 59<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude evidence of civil or regulatory settlements | The parties submit on the papers |
| 12 | **Dkt. 1156**<br>Mot. 1156 at 60<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude interactions with regulatory agencies | The parties submit on the papers |
| 13 | **Dkt. 1156**<br>Mot. 1156 at 60<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude evidence of trade secrets practices | The parties submit on the papers |
| 14 | **Dkt. 1156**<br>Mot. 1156 at 61<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude evidence on third-party testing platforms | The parties submit on the papers |
| 15 | **Dkt. 1156**<br>Mot. 1156 at 61<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude Rule 404(b) evidence for lack of expert support | The parties submit on the papers |
| 16 | **Dkt. 1156**<br>Mot. 1156 at 61<br>Resp. 1181 at 25 | **Balwani MIL 8** to reconsider rulings from the Holmes trial – Motion to exclude expert testimony of Dr. Stephen Master | The parties submit on the papers |

DATED: February 2, 2022

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By:  /s/ *Jeffrey B. Coopersmith*

Jeffrey B. Coopersmith

Attorney for Defendant
RAMESH "SUNNY" BALWANI

DATED: February 2, 2022                Respectfully submitted,

                                                   STEPHANIE M. HINDS  
                                                   United States Attorney

                                                 By:  /s/ *Robert S. Leach*  
                                                        Robert S. Leach  
                                                        Assistant United States Attorney