UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 8, 2022   **Time:** 10:06-11:51 AM   **Judge:** Edward J. Davila

**Total Time:** 1 Hr, 45 Min.

**Case No.:** 18-cr-00258-EJD-2   **Case Name:** UNITED STATES v. Ramesh "Sunny" Balwani (P)(NC)

**Attorney for Plaintiff:** John Bostic, Jeffrey Schenk, Kelly Volkar, Robert Leach
**Attorney for Defendant:** Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Molly McCafferty, Shawn Estrada

**Deputy Clerk:** Cheré Robinson   **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A   **Probation Officer:** N/A

## PROCEEDINGS – MOTION HEARING

Defendant is present and out of custody. Hearing held. The Court heard further arguments on portions of Defendant's Motion *in Limine* No. 8 and took the matter under submission. The Court scheduled a further Status Conference for February 9, 2022, at 1:30 p.m.

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**EXCLUDABLE DELAY: Previously Ordered**
Category – Effective preparation of Counsel
Ends: 3/9/2022

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: