UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 9, 2022  **Time:** 1:30-2:26 PM  **Judge:** Edward J. Davila
 **Total Time:** 51 Min.

**Case No.:** 18-cr-00258-EJD-2  **Case Name:** UNITED STATES v. *Rashesh Sunny Balwani* (P)(NC)

**Attorney for Plaintiff:** Robert Leach, John Bostic, Jeffrey Schenk
**Attorney for Defendant:** Amy Walsh, Jeffrey Coopersmith, Stephen Cazares, Aaron Brecher

**Deputy Clerk:** Cheré Robinson  **Court Reporter:** Irene Rodriguez
**Interpreter:** N/A  **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE

Defendant present and out of custody.  Hearing Held.

Counsel shall confer and provide to Court at the March 1, 2022, Pretrial Conference an estimated length of trial time, a final list of witnesses and the intended protocol for witness notification.  The Court will finalize the jury questionnaire and preliminary instructions.

**Pretrial Conference set for March 1, 2022, at 9:00 A.M.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**EXCLUDABLE DELAY:  Previously ordered.**
Category – Effective Preparation of Counsel
Ends:  3/9/2022

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: