JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>　　　　　Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S LIMITED WAIVER OF RIGHT TO BE PRESENT AT BENCH CONFERENCES**<br><br>**Hon. Edward J. Davila** |

1  The undersigned Defendant Ramesh "Sunny" Balwani hereby makes a limited waiver of
2  the right to be present at any bench conferences that may occur during the course of trial.
3  Mr. Balwani further agrees that he will rely on his attorneys who participate in the conferences to
4  fully inform him of the nature of the conference and consult with him as needed and that his
5  interests will be deemed represented by the presence of his attorneys, the same as if Mr. Balwani
6  himself were personally present. This waiver does not extend to any other of Mr. Balwani's
7  rights, including his constitutional right to be present for other phases of the trial proceedings.
8  See *Rushen v. Spain*, 464 U.S. 114, 117 (1983) ("Our cases recognize that the right to personal
9  presence at all critical stages of the trial and the right to counsel are fundamental rights of each
10 criminal defendant.")

DATED: February 18, 2022

_____
RAMESH "SUNNY' BALWANI

DATED: February 24, 2022

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Jeffrey B. Coopersmith*
      Jeffrey B. Coopersmith

Attorney for Defendant
RAMESH "SUNNY" BALWANI