JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>　　　　　　Defendant. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH BALWANI'S MOTION TO EXCLUDE EVIDENCE AND ARGUMENT THAT PHARMACEUTICAL REPORTS WERE IMPROPERLY ALTERED**<br><br>Judge:　Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On February 28, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to exclude evidence and argument that pharmaceutical reports were improperly altered, whether through the admission of exhibits or testimony or during the government's opening statement or closing arguments.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion. IT IS HEREBY ORDERED that the government shall not introduce any evidence, argue, or reference the improper altering of pharmaceutical reports, including the unauthorized addition of pharmaceutical logos or alteration of report findings.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT BALWANI's MOTION TO EXCLUDE ALTERING OF PHARMACEUTICAL REPORTS
CASE NO. 18-CR-00258-EJD