# Exhibits 1 – 8

# TO THE DECLARATION OF AMY WALSH RE: DEFENDANT RAMESH BALWANI'S MOTION TO EXCLUDE EVIDENCE AND ARGUMENT THAT PHARMACEUTICAL REPORTS WERE ALTERED

# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 4 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | SEPTEMBER 8, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 492 - 646 |
| _____ | ) | |


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                         CERTIFICATE NUMBER 8074
                         LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED WITH COMPUTER

OPENING STATEMENT BY MR. LEACH

10:11AM 1    CONTRACT WITH THE U.S. ARMY BURN CENTER IN TEXAS FOR A RESEARCH

10:12AM 2    STUDY IN THE UNITED STATES THAT WAS SUFFERING FROM LOW PATIENT

10:12AM 3    ENROLLMENT.

10:12AM 4        AFTER THAT, THE DEFENDANT WAS ALSO TRYING TO USE HER

10:12AM 5    CONTACTS, INCLUDING CONTACTS ON HER BOARD, TO GET DIFFERENT

10:12AM 6    BRANCHES OF THE MILITARY TO USE THE MINIATURE BLOOD ANALYZER.

10:12AM 7        BUT THE DEFENDANT'S EFFORTS NEVER WENT ANYWHERE AS YOU

10:12AM 8    WILL HEAR FROM A THERANOS INSIDER AND FROM OTHERS.

10:12AM 9        THE DEFENDANT, HOWEVER, LED INVESTORS TO BELIEVE THAT THE

10:12AM 10   MINIATURE BLOOD ANALYZER HAD BEEN DEPLOYED IN REMOTE AREAS OF

10:12AM 11   THE WORLD; THAT IT WAS USED ON MILITARY HELICOPTERS, OR

10:12AM 12   MEDIVACS, AND THAT IT WAS ACTUALLY SAVING THE LIVES OF SOLDIERS

10:12AM 13   IN THE FIELD.

10:12AM 14       THE THIRD CATEGORY OF MISREPRESENTATION THAT YOU WILL HEAR

10:13AM 15   ABOUT IS THAT THE DEFENDANT MISLED INVESTORS INTO BELIEVING

10:13AM 16   THAT PHARMACEUTICAL COMPANIES ENDORSED AND APPROVED THE

10:13AM 17   MINIATURE BLOOD ANALYZER.  AND LET ME GIVE YOU ONE EXAMPLE OF

10:13AM 18   HOW THE DEFENDANT DID THAT.

10:13AM 19       AS I MENTIONED EARLY ON, THERANOS DID DO SOME WORK WITH

10:13AM 20   PHARMACEUTICAL COMPANIES.  ONE OF THEM WAS PFIZER.  SOME OF YOU

10:13AM 21   MAY HAVE HEARD OF PFIZER, AND WE'RE ALL GRATEFUL TO PFIZER FOR

10:13AM 22   THE ABILITY TO BE HERE TODAY.

10:13AM 23       PRIOR TO 2009, PFIZER HAD A $900,000 CONTRACT WITH

10:13AM 24   THERANOS.

10:13AM 25       IN OCTOBER OF 2008, THE DEFENDANT EMAILED A FINAL REPORT

10:13AM 1    TO PFIZER ON ITS WORK.  THE REPORT, AS YOU SEE HERE, HAD THE

10:13AM 2    OLD THERANOS LOGO ON IT, AND IT SET FORTH A NUMBER OF

10:14AM 3    CONCLUSIONS THAT THERANOS HAD REACHED FROM ITS WORK.

10:14AM 4        HOLMES CLAIMED THE ANALYZER PERFORMED WITH SUPERIOR

10:14AM 5    PERFORMANCE, SHE CLAIMED IT DEMONSTRATED GOOD CORRELATIONS, AND

10:14AM 6    SHE CLAIMED THAT IT HAD ROBUST FUNCTIONALITY.

10:14AM 7        PFIZER, YOU WILL LEARN, READ THIS REPORT AND WAS NOT

10:14AM 8    IMPRESSED.  PFIZER CONCLUDED IT WAS UNCONVINCING AND THAT

10:14AM 9    THERANOS'S DEFENSE WAS NON-INFORMATIVE AND EVASIVE.

10:14AM 10       PFIZER TOLD THE DEFENDANT SHORTLY AFTER RECEIVING THE

10:14AM 11   REPORT THAT IT HAD NO USE FOR THERANOS'S TECHNOLOGY.  AND AFTER

10:14AM 12   DOING SO, PFIZER NEVER DID BUSINESS WITH THERANOS AGAIN.

10:14AM 13       BUT THE DEFENDANT GAVE AN ENTIRELY DIFFERENT AND FALSE

10:15AM 14   STORY TO HER INVESTORS.

10:15AM 15       IN MULTIPLE PRESENTATIONS, THE DEFENDANT TOLD INVESTORS

10:15AM 16   THAT THERANOS SYSTEMS HAVE BEEN COMPREHENSIVELY VALIDATED BY

10:15AM 17   10 OF THE 15 LARGEST PHARMACEUTICAL COMPANIES.

10:15AM 18       AND TO PROVE THIS, SHE PROVIDED TO INVESTORS EXEMPLARY

10:15AM 19   REPORTS FROM PHARMACEUTICAL PARTNERS.  ONE OF THE SO-CALLED

10:15AM 20   EXEMPLARY REPORTS THAT SHE GAVE TO INVESTORS IS THE ONE THAT

10:15AM 21   I'M SHOWING YOU NOW.

10:15AM 22       THIS IS PURPORTEDLY FROM PFIZER.  IT HAS THE PFIZER LOGO.

10:15AM 23       AND THE DEFENDANT HELD THIS OUT AS DEMONSTRATING THAT

10:15AM 24   PFIZER CONCLUDED THAT THE ANALYZER HAD SUPERIOR PERFORMANCE,

10:16AM 25   GOOD CORRELATIONS, AND ROBUST FUNCTIONALITY.

OPENING STATEMENT BY MR. LEACH

10:16AM  1       BUT AS YOU WILL HEAR, PFIZER DID NOT WRITE THIS.  PFIZER

10:16AM  2   DID NOT PUT ITS LOGO ON THIS.  PFIZER DID NOT GIVE ITS

10:16AM  3   PERMISSION TO PUT ITS LOGO ON THIS.  PFIZER DID NOT MAKE THE

10:16AM  4   CONCLUSIONS IN THIS REPORT.  IN FACT, IT CAME TO THE OPPOSITE

10:16AM  5   CONCLUSIONS.

10:16AM  6       YET, THE DEFENDANT GAVE THIS TO INVESTORS TO GIVE THE

10:16AM  7   FALSE IMPRESSION THAT PFIZER ENDORSED THERANOS'S MINIATURE

10:16AM  8   BLOOD ANALYZER.

10:16AM  9       LET ME NOW TELL YOU ABOUT THE FOURTH CATEGORY OF

10:16AM  10  MISREPRESENTATION THAT YOU WILL HEAR ABOUT.

10:16AM  11      THE DEFENDANT MISLED POTENTIAL INVESTORS WITH FALSE AND

10:16AM  12  MISLEADING INFORMATION ABOUT THERANOS'S FINANCIAL POSITION AND

10:16AM  13  PROJECTIONS.

10:16AM  14      YOU WILL HEAR FROM THERANOS'S TOP FINANCE OFFICER, WHO

10:17AM  15  WILL TELL YOU THAT THERANOS HAD APPROXIMATELY $500,000 IN

10:17AM  16  REVENUE IN 2011, ZERO IN 2012, ZERO IN 2013, AND ABOUT $150,000

10:17AM  17  IN 2014.

10:17AM  18      THE DEFENDANT, HOWEVER, WAS TELLING HER INVESTORS THAT

10:17AM  19  THERANOS COULD PERFORM ALL OF THE BLOOD TESTS AT A FRACTION OF

10:17AM  20  THE COST, AND SHE WAS TELLING THEM AS LATE AS OCTOBER OF 2014

10:17AM  21  THAT THERANOS WOULD HAVE $140 MILLION IN REVENUE, AND

10:17AM  22  $40 MILLION FROM PHARMACEUTICAL COMPANIES BY THE END OF 2014.

10:17AM  23      BUT THERANOS HAD LOST ANY SIGNIFICANT PHARMACEUTICAL

10:17AM  24  BUSINESS, AND IT WAS NOWHERE ACHIEVING THE REVENUE PROJECTIONS

10:17AM  25  THAT THE DEFENDANT WAS PEDDLING.

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, CRR
17       CERTIFICATE NUMBER 8076

18       _____

19       LEE-ANNE SHORTRIDGE, CSR, CRR
         CERTIFICATE NUMBER 9595
20

21       DATED:  SEPTEMBER 8, 2021

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 17 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | OCTOBER 12, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 3001 - 3278 |
| _____ | ) | **PAGES 3203 - 3278 SEALED** |


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074
                       LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

02:43PM  1    Q.   AND WHAT DO YOU RECALL ABOUT THAT?

02:43PM  2    A.   AGAIN, THAT THESE MIGHT BE SOME LOW HANGING FRUIT, SO TO

02:43PM  3    SPEAK, IN ORDER TO BE ABLE TO GET IN THE MARKET AND START TO

02:43PM  4    UNDERSTAND THINGS LIKE CONSUMER ACCEPTANCE OF LAB IN A DRUG

02:43PM  5    STORE AND OTHER LEARNINGS.

02:43PM  6    Q.   OKAY.  WOULD YOU NOW TURN TO EXHIBIT 291 IN YOUR BINDER.

02:43PM  7         THE FIRST PAGE HAS A COUPLE OF EMAILS ON IT, AND THEN

02:43PM  8    THERE ARE SOME ATTACHMENTS.  WOULD YOU JUST SPEND A MINUTE AND

02:43PM  9    FLIP THROUGH THAT AND I'M GOING TO ASK YOU IF YOU RECOGNIZE THE

02:44PM  10   ATTACHMENTS.

02:44PM  11   A.   OKAY.

02:44PM  12   Q.   DO YOU RECOGNIZE THE ATTACHMENTS?

02:44PM  13   A.   I DO.

02:44PM  14   Q.   AND WHAT ARE THE ATTACHMENTS?

02:44PM  15   A.   THESE ARE EXCERPTS FROM THE THREE PHARMA COMPANIES,

02:44PM  16   DOCUMENTS THAT WERE SHARED WITH US MORE OR LESS VALIDATING THE

02:44PM  17   WORK THAT THEY HAD DONE WITH THEM.

02:44PM  18   Q.   SO EARLIER WHEN YOU TALKED ABOUT SEEING SOME VALIDATION

02:44PM  19   REPORTS FROM PHARMACEUTICAL COMPANIES, ARE THESE THOSE REPORTS?

02:44PM  20   A.   YES.

02:44PM  21   Q.   AND THEN THE EMAIL ON THE TOP OF THE FIRST PAGE FROM

02:44PM  22   MS. HOLMES TO TWO EMPLOYEES, INCLUDING DR. ROSAN ON THIS EMAIL,

02:44PM  23   YOU'RE NOT ON THIS EMAIL; IS THAT RIGHT?

02:44PM  24   A.   I'M NOT.

02:44PM  25   Q.   BUT YOU STILL SAW THESE ATTACHMENTS AT SOME POINT?

02:45PM  1    A.   YEAH.  I RECALL DR. ROSAN SHARING THOSE WITH ME.

02:45PM  2              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS THE

02:45PM  3    FIRST EMAIL ON THE FIRST PAGE, THE ONE FROM MS. HOLMES AND THE

02:45PM  4    ATTACHMENTS.

02:45PM  5              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

02:45PM  6              THE COURT:  THOSE ARE ADMITTED, AND THEY MAY BE

02:45PM  7    PUBLISHED.

02:45PM  8         (GOVERNMENT'S EXHIBIT 291 WAS RECEIVED IN EVIDENCE.)

02:45PM  9    BY MR. SCHENK:

02:45PM  10   Q.   LET'S START FIRST WITH AN EMAIL FROM MS. HOLMES ON

02:45PM  11   APRIL 2010.

02:45PM  12        DO YOU SEE THAT EMAIL?

02:45PM  13   A.   YES.

02:45PM  14   Q.   AND IT READS "DR. JAY, ALEX.

02:45PM  15        "AS PER OUR DISCUSSION, PLEASE FIND THREE INDEPENDENT DUE

02:45PM  16   DILIGENCE REPORTS ON THERANOS SYSTEMS ATTACHED TO THIS EMAIL.

02:45PM  17   THESE REPORTS ARE FROM GLAXOSMITHKLINE, PFIZER, AND

02:45PM  18   SCHERING-PLOUGH AFTER THEIR OWN TECHNICAL VALIDATION AND

02:46PM  19   EXPERIENCE WITH THERANOS SYSTEMS IN THE FIELD.  PLEASE NOTE

02:46PM  20   THAT THESE DOCUMENTS ARE STRICTLY CONFIDENTIAL UNDER OUR CDA."

02:46PM  21        IN THE EMAIL, SHE WRITES "INDEPENDENT DUE DILIGENCE

02:46PM  22   REPORTS."  IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF WHAT

02:46PM  23   THESE REPORTS WERE?

02:46PM  24   A.   YES.

02:46PM  25   Q.   AND SHE ALSO WRITES THAT GLAXO, PFIZER, AND

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076

17

18

19        LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595

20

21        DATED:  OCTOBER 12, 2021

22

23

24

25

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                       SAN JOSE DIVISION

5
     UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
6                                     )
                      PLAINTIFF,      )  SAN JOSE, CALIFORNIA
7                                     )
              VS.                     )  VOLUME 23
8                                     )
     ELIZABETH A. HOLMES,             )  OCTOBER 22, 2021
9                                     )
                      DEFENDANT.      )  PAGES 4318 - 4576
10   _____ )

11
                   TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21
     OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

10:09AM 1    A.   I WAS.

10:09AM 2    Q.   YOU SHOULD HAVE A BINDER UP THERE AT THE WITNESS STAND, A

10:09AM 3    WHITE BINDER, AND I'D LIKE TO DRAW YOUR ATTENTION, PLEASE, TO

10:09AM 4    WHAT HAS BEEN MARKED AS TRIAL EXHIBIT 143.

10:09AM 5         YOUR HONOR, I MOVE EXHIBIT 143 INTO EVIDENCE.  I

10:09AM 6    UNDERSTAND THERE'S A STIPULATION.

10:09AM 7              MR. CLINE:  NO OBJECTION.

10:09AM 8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:09AM 9         (GOVERNMENT'S EXHIBIT 143 WAS RECEIVED IN EVIDENCE.)

10:09AM 10   BY MR. LEACH:

10:09AM 11   Q.   DO YOU HAVE THAT IN FRONT OF YOU, SIR?

10:09AM 12   A.   I DO.

10:09AM 13   Q.   OKAY.  AND IF I COULD ASK MS. HOLLIMAN TO PLEASE ZOOM IN

10:09AM 14   ON THE TOP HALF OF THIS EMAIL.

10:10AM 15        MR. WEBER, DOES THIS APPEAR TO BE AN EMAIL FROM

10:10AM 16   ELIZABETH HOLMES TO TWO INDIVIDUALS NAMED AIDEN POWER AND

10:10AM 17   CRAIG LIPSET?

10:10AM 18   A.   IT DOES APPEAR TO BE SO.

10:10AM 19   Q.   WHO IS AIDEN POWER?

10:10AM 20   A.   AIDEN POWER IS THE VICE PRESIDENT IN CHARGE OF MOLECULAR

10:10AM 21   MEDICINE, WHICH IS A WORLDWIDE UNIT OF PFIZER.

10:10AM 22   Q.   OKAY.  WERE YOU PART OF THE MOLECULAR MEDICINE GROUP?

10:10AM 23   A.   I WAS.

10:10AM 24   Q.   OKAY.  AND THERE'S ANOTHER NAME, CRAIG LIPSET.  WHO IS

10:10AM 25   CRAIG LIPSET?

10:10AM  1    A.   CRAIG LIPSET WAS THE DIRECTOR OF CLINICAL INNOVATION AND

10:10AM  2    MOLECULAR MEDICINE.

10:10AM  3    Q.   WAS HE SOMEBODY THAT YOU WORKED WITH?

10:10AM  4    A.   YES, I WORKED WITH HIM.

10:10AM  5    Q.   OKAY.  HOW DID YOU GET THE ASSIGNMENT TO REVIEW THERANOS'S

10:10AM  6    TECHNOLOGY IN THIS LATE 2008 TIME PERIOD?

10:10AM  7    A.   AS I REMEMBER IT, THERE WAS AN EMAIL FROM CRAIG LIPSET TO

10:11AM  8    ME ASKING ME TO LOOK AT THE DIAGNOSTIC CAPABILITY OF THERANOS.

10:11AM  9    Q.   OKAY.  I WANT TO FOCUS ON -- AND THE DATE OF THIS IS

10:11AM 10    OCTOBER 11TH, 2008.

10:11AM 11         DO YOU SEE THAT?

10:11AM 12    A.   I DO.

10:11AM 13    Q.   AND IS THIS CONSISTENT WITH THE TIME PERIOD WHEN YOU WERE

10:11AM 14    ASKED TO REVIEW THERANOS'S TECHNOLOGY?

10:11AM 15    A.   YES, I WAS ASKED AFTER THIS DATE.

10:11AM 16    Q.   OKAY.  I KNOW YOU'RE NOT ON THIS EMAIL, BUT I'D LIKE TO

10:11AM 17    DRAW YOUR ATTENTION TO THE THIRD PARAGRAPH.

10:11AM 18         DO YOU SEE WHERE MS. HOLMES WROTE, "I AM VERY PLEASED TO

10:11AM 19    PRESENT YOU WITH THE FINAL DATA - SEE THE ATTACHED STUDY

10:11AM 20    REPORT."

10:11AM 21         DO YOU SEE THAT?  WE'RE IN THE THIRD PARAGRAPH, AND IT'S

10:11AM 22    HIGHLIGHTED ON THE SCREEN AS WELL.

10:11AM 23    A.   YES, I SEE THIS NOW.  "I AM VERY PLEASED," YES, I SEE THIS

10:11AM 24    THIRD PARAGRAPH.

10:11AM 25    Q.   OKAY.  AND SHE'S DRAWING ATTENTION TO AN ATTACHED STUDY

10:12AM  1    REPORT.

10:12AM  2         CAN I PLEASE ASK YOU TO LOOK AT PAGE 3 OF THIS DOCUMENT.

10:12AM  3    A.   YES.

10:12AM  4    Q.   DOES THIS APPEAR TO BE THE ATTACHED STUDY REPORT THAT

10:12AM  5    MS. HOLMES REFERRED TO IN THE EMAIL?

10:12AM  6    A.   IT WOULD SEEM TO BE SO.

10:12AM  7    Q.   OKAY.  AND DO YOU SEE THE LOGO AT THE TOP WITH THERANOS

10:12AM  8    REDEFINING HEALTH CARE?

10:12AM  9    A.   YES.

10:12AM  10   Q.   AND DO YOU SEE THE LABEL CONFIDENTIAL IN THE RIGHT CORNER

10:12AM  11   ON THE TOP PAGE?

10:12AM  12   A.   I DO.

10:12AM  13   Q.   OKAY.  THE TITLE OF THIS IS THERANOS ANGIOGENESIS STUDY

10:13AM  14   REPORT.

10:13AM  15        DO YOU SEE THAT?

10:13AM  16   A.   I DO.

10:13AM  17   Q.   IN THIS LATE 2008 TIME PERIOD, WERE YOU MADE AWARE OF WORK

10:13AM  18   BY PFIZER AND THERANOS RELATING TO AN ANGIOGENESIS PROGRAM?

10:13AM  19   A.   YES.

10:13AM  20   Q.   OKAY.  DO YOU SEE WHERE IT SAYS "PREPARED FOR

10:13AM  21   DR. AIDAN POWER, PFIZER, INC.?

10:13AM  22   A.   I DO.

10:13AM  23   Q.   AND DO YOU SEE THAT THERE'S, BENEATH THAT, A DOCUMENT

10:13AM  24   OUTLINE?

10:13AM  25   A.   I DO.

10:13AM   1    Q.   OKAY.  AND I'D LIKE TO FOCUS ON THE BULLET WITH

10:13AM   2    CONCLUSIONS.  DO YOU SEE THAT?  IT'S THE LAST BULLET UNDERNEATH

10:13AM   3    DOCUMENT OUTLINE.

10:13AM   4         AND MS. HOLLIMAN IS ZOOMING OUT ON THE SCREEN AND

10:13AM   5    HIGHLIGHTING THAT FOR US.

10:13AM   6         DO YOU SEE THAT?

10:13AM   7    A.   I SEE THAT.

10:13AM   8    Q.   OKAY.  COULD YOU NOW PLEASE TURN TO PAGE 26.

10:14AM   9    A.   OKAY, I SEE THIS.

10:14AM  10    Q.   OKAY.  DO YOU SEE THE THERANOS LOGO AT THE TOP WHERE IT

10:14AM  11    SAYS THERANOS REDEFINING HEALTH CARE?

10:14AM  12    A.   I DO.

10:14AM  13    Q.   AND DO YOU SEE THE HEADING CONFIDENTIAL TO THE RIGHT?

10:14AM  14    A.   I DO.

10:14AM  15    Q.   AND DO YOU SEE THAT THERE ARE A NUMBER OF CONCLUSIONS

10:14AM  16    LISTED?

10:14AM  17         AND IF WE COULD ZOOM OUT, MS. HOLLIMAN, SO WE CAN SEE

10:14AM  18    THERE ARE A NUMBER OF CONCLUSIONS LISTED HERE.

10:14AM  19         DO YOU SEE THAT?

10:14AM  20    A.   YES, I DO.

10:14AM  21    Q.   LET ME DRAW YOUR ATTENTION TO NUMBER 1.

10:14AM  22         DO YOU SEE WHERE IT SAYS, "THE THERANOS SYSTEM PERFORMED

10:14AM  23    WITH SUPERIOR PERFORMANCE TO REFERENCE ASSAYS WHILE RUNNING IN

10:14AM  24    A COMPLEX AMBULATORY ENVIRONMENT."

10:15AM  25         DO YOU SEE THAT?

| | | |
|---|---|---|
| 11:00AM | 1 | THESE REPORTS ARE FROM GLAXOSMITHKLINE, PFIZER, AND |
| 11:00AM | 2 | SCHERING-PLOUGH, AFTER THEIR OWN TECHNICAL VALIDATION AND |
| 11:00AM | 3 | EXPERIENCE WITH THERANOS SYSTEMS IN THE FIELD." |
| 11:00AM | 4 | DO YOU SEE THAT LANGUAGE? |
| 11:00AM | 5 | A.   I DO SEE THAT. |
| 11:00AM | 6 | Q.   LET ME DRAW YOUR ATTENTION TO PAGE 8 OF THIS DOCUMENT. |
| 11:01AM | 7 | IF WE CAN ZOOM IN ON THE TOP HALF ALL OF THE WAY DOWN TO |
| 11:01AM | 8 | THE CONCLUSIONS, MS. HOLLIMAN. |
| 11:01AM | 9 | DO YOU SEE THE PFIZER LOGO UP IN THE LEFT-HAND CORNER; |
| 11:01AM | 10 | MR. WEBER? |
| 11:01AM | 11 | A.   I DO. |
| 11:01AM | 12 | Q.   DO YOU SEE THE THERANOS REDEFINING HEALTH CARE ON THE |
| 11:01AM | 13 | RIGHT? |
| 11:01AM | 14 | A.   I DO. |
| 11:01AM | 15 | Q.   AND DO YOU SEE WHERE IT SAYS THERANOS ANGIOGENESIS STUDY |
| 11:01AM | 16 | REPORT? |
| 11:01AM | 17 | A.   I DO. |
| 11:01AM | 18 | Q.   AND THEN THERE'S THE WORD PFIZER, INC. BENEATH THAT? |
| 11:01AM | 19 | A.   I DO. |
| 11:01AM | 20 | Q.   AND I'D LIKE TO NOW COMPARE THIS TO PAGE 3 OF EXHIBIT 143. |
| 11:01AM | 21 | IF WE'RE ABLE TO SPLIT THE SCREEN, MS. HOLLIMAN? |
| 11:02AM | 22 | ARE YOU ABLE TO SEE THAT ON THE SCREEN, MR. WEBER? |
| 11:02AM | 23 | A.   YES, I DO SEE THE TWO PAGES. |
| 11:02AM | 24 | Q.   OKAY.   PRIOR TO YOUR MEETINGS WITH THE GOVERNMENT, HAD YOU |
| 11:02AM | 25 | EVER SEEN A VERSION OF THE THERANOS ANGIOGENESIS STUDY REPORT |

11:02AM   1       WITH THE PFIZER LOGO ON IT?

11:02AM   2       A.   NO, I HAVE NOT SEEN THAT BEFORE EXCEPT FOR IN THE

11:02AM   3       INTERACTION WITH THE FEDERAL GOVERNMENT.

11:02AM   4            I HAVE NOT SEEN THIS BEFORE EXCEPT WITH THE INTERACTION

11:02AM   5       WITH THE FEDERAL GOVERNMENT.

11:02AM   6       Q.   OKAY.  DID YOU APPROVE USE OF THE PFIZER LOGO ON THE

11:02AM   7       DOCUMENT PROVIDED TO WALGREENS?

11:02AM   8       A.   I DID NOT.

11:02AM   9       Q.   TO YOUR KNOWLEDGE, DID ANYONE FROM PFIZER APPROVE USE OF

11:03AM  10       THE PFIZER LOGO ON THE DOCUMENT PROVIDED TO WALGREENS IN

11:03AM  11       EXHIBIT 29 -- EXHIBIT 291?

11:03AM  12       A.   I'M NOT AWARE OF ANY PFIZER APPROVAL FOR THE USE OF THE

11:03AM  13       PFIZER TRADEMARKED LOGO ON THIS DOCUMENT.

11:03AM  14       Q.   OKAY.  DOES IT DISAPPOINT YOU TO SEE THE PFIZER LOGO

11:03AM  15       APPLIED TO THIS?

11:03AM  16            MR. CLINE:  EXCUSE ME, YOUR HONOR.  OBJECTION TO

11:03AM  17       WHAT HE'S TALKING ABOUT.

11:03AM  18            THE COURT:  SUSTAINED.  SUSTAINED.

11:03AM  19       BY MR. LEACH:

11:03AM  20       Q.   DID YOU APPROVE USING THE PFIZER LOGO ON ANY VERSION OF

11:03AM  21       THE THERANOS ANGIOGENESIS STUDY REPORT?

11:03AM  22       A.   I DID NOT.

11:03AM  23       Q.   TO YOUR KNOWLEDGE, DID ANYBODY FROM PFIZER?

11:03AM  24       A.   NOT THAT I'M AWARE OF.

11:03AM  25       Q.   WOULD YOU HAVE APPROVED USING THE PFIZER LOGO ON THE

11:03AM  1    THERANOS ANGIOGENESIS STUDY REPORT?

11:03AM  2    A.   I WOULD NOT BE ABLE TO APPROVE THE USE OF A PFIZER LOGO ON

11:03AM  3    AN EXTERNAL DOCUMENT OF ANOTHER COMPANY.  THAT IS THE PURVIEW

11:04AM  4    OF PFIZER LEGAL AND TRADEMARK.

11:04AM  5    Q.   WOULD IT BE FAIR TO SAY, IN 2010 OR AFTER, THAT PFIZER

11:04AM  6    ENDORSED THERANOS'S TECHNOLOGY?

11:04AM  7    A.   NO.

11:04AM  8    Q.   WOULD IT BE FAIR TO SAY, IN 2010 OR AFTER, THAT PFIZER

11:04AM  9    COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY?

11:04AM  10   A.   NO.

11:04AM  11   Q.   CAN WE PLEASE GO TO PAGE 33 OF EXHIBIT 271, OR 291,

11:04AM  12   MS. HOLLIMAN.

11:04AM  13        AND IF WE CAN ZOOM IN ALL OF THE WAY DOWN TO CONCLUSION

11:04AM  14   NUMBER 10.

11:04AM  15        MR. WEBER, I'M DISPLAYING PAGE 33 OF EXHIBIT 291.

11:05AM  16        AND DO YOU HAVE THAT IN FRONT OF YOU?

11:05AM  17   A.   I DO.

11:05AM  18   Q.   OKAY.  AND DO YOU SEE THE PFIZER LOGO UP AT THE TOP OF THE

11:05AM  19   PAGE?

11:05AM  20   A.   I DO.

11:05AM  21   Q.   AND DO YOU SEE THE THERANOS LOGO TO THE RIGHT?

11:05AM  22   A.   I DO.

11:05AM  23   Q.   AND DO YOU SEE A NUMBER OF CONCLUSIONS THAT ARE LISTED IN

11:05AM  24   THIS DOCUMENT?

11:05AM  25   A.   I DO.

11:05AM  1    Q.   OKAY.  DID YOU APPROVE USE OF THE PFIZER LOGO ON THIS PAGE

11:05AM  2    OF THE DOCUMENT PROVIDED TO WALGREENS?

11:05AM  3    A.   NO, I DID NOT.

11:05AM  4    Q.   TO YOUR KNOWLEDGE, DID ANYONE FROM PFIZER DO THAT?

11:05AM  5    A.   NOT THAT I'M AWARE OF.

11:05AM  6    Q.   OKAY.  THIS SAYS -- THE FIRST CONCLUSION, "THE THERANOS

11:05AM  7    SYSTEM PERFORMED WITH SUPERIOR PERFORMANCE TO REFERENCE ASSAYS

11:05AM  8    WHILE RUNNING IN A COMPLEX AMBULATORY ENVIRONMENT."

11:05AM  9         DO YOU SEE THAT?

11:05AM  10   A.   I DO.

11:05AM  11   Q.   AND DO YOU AGREE WITH THAT?

11:05AM  12   A.   NO, I DO NOT.

11:05AM  13   Q.   TO YOUR KNOWLEDGE, DID ANYONE FROM PFIZER AGREE WITH THAT?

11:06AM  14   A.   NOT THAT I'M AWARE OF THAT.

11:06AM  15         MR. CLINE:  EXCUSE ME, YOUR HONOR.  I APOLOGIZE FOR

11:06AM  16   INTERRUPTING, MR. WEBER.

11:06AM  17        I THINK -- ASSUMING WE'RE GOING TO GO THROUGH THE WHOLE

11:06AM  18   LIST HERE, THIS IS 702 TERRITORY AND I OBJECT ON THAT BASIS.

11:06AM  19         THE COURT:  IS THE QUESTION GOING TO BE SIMILAR TO

11:06AM  20   THE ONE THAT YOU JUST ASKED, WHETHER OR NOT HE APPROVED IT OR

11:06AM  21   WHETHER --

11:06AM  22         MR. LEACH:  OR WHETHER OR NOT IT WAS HIS CONCLUSION,

11:06AM  23   HIS THOUGHTS AT THE TIME.

11:06AM  24         THE COURT:  RIGHT.  RIGHT.

11:06AM  25        NO, HE CAN TESTIFY ABOUT THAT.

11:06AM 1          THE OBJECTION IS OVERRULED ON 702 GROUNDS.

11:06AM 2    BY MR. LEACH:

11:06AM 3    Q.   DID YOU AGREE WITH THAT AT THE TIME, MR. WEBER, CONCLUSION

11:06AM 4    NUMBER 1?

11:06AM 5    A.   NO, I DID NOT AGREE WITH THIS CONCLUSION.

11:06AM 6    Q.   OKAY.  TO YOUR KNOWLEDGE, DID ANYONE FROM PFIZER -- DID

11:06AM 7    ANYONE FROM PFIZER TELL YOU THAT THEY AGREED WITH THAT

11:06AM 8    CONCLUSION?

11:06AM 9    A.   NO ONE FROM PFIZER TOLD ME THAT THEY AGREED WITH THIS

11:06AM 10   CONCLUSION AS I REMEMBER IT.

11:07AM 11   Q.   OKAY.  DID YOU EVER TELL ANYONE FROM THERANOS THAT THIS

11:07AM 12   WAS PFIZER'S CONCLUSION AFTER REVIEWING THERANOS'S TECHNOLOGY?

11:07AM 13   A.   NO, I DID NOT.

11:07AM 14   Q.   LET ME DRAW YOUR ATTENTION TO NUMBER 5.

11:07AM 15        DO YOU SEE WHERE IT SAYS, "INTER-SYSTEM ACCURACY IS

11:07AM 16   EXCELLENT AND WAS DEMONSTRATED ON A PLATFORM WITH SUPERIOR

11:07AM 17   PERFORMANCE SPECIFICATIONS TO REFERENCE METHODS."

11:07AM 18        DO YOU SEE THAT?

11:07AM 19   A.   I DO.

11:07AM 20   Q.   AND WAS THAT YOUR CONCLUSION?

11:07AM 21   A.   NO, IT WAS NOT.

11:07AM 22   Q.   TO YOUR KNOWLEDGE, WAS THAT THE CONCLUSION OF ANYBODY AT

11:07AM 23   PFIZER?

11:07AM 24   A.   NOT THAT I'M AWARE OF.  I'M NOT AWARE OF ANYONE AT PFIZER

11:07AM 25   THAT AGREED WITH THIS CONCLUSION, OR WOULD.

11:07AM    1    Q.   DID YOU EVER TELL SOMEBODY AT THERANOS THAT THIS WAS

11:07AM    2    PFIZER'S CONCLUSION?

11:07AM    3    A.   NO, I DID NOT.

11:07AM    4    Q.   ARE ANY OF THE CONCLUSIONS LISTED ON PAGE 29 CONCLUSIONS

11:07AM    5    THAT YOU HAD REACHED AFTER YOUR REVIEW OF THERANOS'S

11:07AM    6    TECHNOLOGY?

11:07AM    7    A.   NO, THEY ARE NOT.

11:08AM    8    Q.   TO YOUR KNOWLEDGE, AFTER 2010 DID PFIZER DO ANY WORK,

11:08AM    9    REVENUE GENERATING WORK WITH THERANOS?

11:08AM   10    A.   I'M NOT AWARE OF ANY REVENUE GENERATING WORK BY THERANOS

11:08AM   11    WITH PFIZER AT THAT TIME.

11:08AM   12    Q.   TO YOUR KNOWLEDGE, AFTER THIS ANGIOGENESIS PROGRAM, DID

11:08AM   13    THERANOS -- OR PFIZER PAY ANY MONEY TO THERANOS?

11:08AM   14    A.   I'M NOT AWARE OF ANY MONIES BEING PAID TO THERANOS OTHER

11:08AM   15    THAN FOR THAT ANGIOGENESIS STUDY.

11:08AM   16    Q.   THE ANGIOGENESIS STUDY THAT YOU WERE REVIEWING IN LATE

11:08AM   17    2008 AND THE EARLY PART OF 2009?

11:08AM   18    A.   YES.

11:08AM   19    Q.   TO YOUR KNOWLEDGE, DID PFIZER AND THERANOS HAVE ANY

11:08AM   20    MEANINGFUL BUSINESS DEALINGS AFTER 2008?

11:08AM   21    A.   TO MY AWARENESS AND -- THERE WAS NO FURTHER INTERACTION IN

11:09AM   22    ANY MEANINGFUL WAY BETWEEN THERANOS AND PFIZER.

11:09AM   23    Q.   DO YOU AGREE WITH THE STATEMENT THAT PFIZER VALIDATED

11:09AM   24    THERANOS'S TECHNOLOGY?

11:09AM   25    A.   NO, I DO NOT.

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076
17

18         _____

19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595
20

21         DATED:  OCTOBER 22, 2021

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 24 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | OCTOBER 26, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 4577 – 4869 |
| _____ | ) | **PAGES 4674 TO 4677 SEALED** |


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

          (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074
                       LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595

          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER

4681

11:46AM  1    THAT THIS POWERPOINT REFERRED YOU TO?

11:46AM  2    A.   YES.

11:46AM  3    Q.   AND DID YOU MAKE AN EFFORT TO REVIEW WHATEVER PUBLIC

11:46AM  4    INFORMATION YOU COULD FIND ABOUT THERANOS?

11:46AM  5    A.   YES.

11:46AM  6    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO PAGE 103 OF THIS

11:47AM  7    DOCUMENT.

11:47AM  8         IS THIS A PORTION OF THE MATERIALS IN THE BINDER THAT YOU

11:47AM  9    REVIEWED, MS. PETERSON?

11:47AM  10   A.   YES.

11:47AM  11   Q.   OKAY.  AND DO YOU SEE WHERE IT SAYS, "EXEMPLARY REPORTS

11:47AM  12   FROM PHARMACEUTICAL PARTNERS"?

11:47AM  13   A.   YES.

11:47AM  14   Q.   PLEASE LOOK AT THE NEXT PAGE, PAGE 140, OR 104.

11:47AM  15        AND IF WE CAN ZOOM IN, MS. HOLLIMAN, ON EVERYTHING DOWN TO

11:47AM  16   THE WORD "CONCLUSIONS" AND THE THREE BULLETS.  THERE YOU GO.

11:47AM  17        THANK YOU.

11:47AM  18        DOES THIS APPEAR TO BE SOMETHING CALLED "THERANOS

11:47AM  19   ANGIOGENESIS STUDY REPORT"?

11:47AM  20   A.   YES.

11:47AM  21   Q.   AND DO YOU SEE THE PFIZER LOGO UP IN THE LEFT-HAND CORNER?

11:47AM  22   A.   YES.

11:47AM  23   Q.   AND DO YOU SEE THE THERANOS LOGO IN THE RIGHT-HAND CORNER?

11:48AM  24   A.   YES.

11:48AM  25   Q.   OKAY.  DID YOU BELIEVE THIS REPORT WAS PREPARED BY PFIZER?

1

2

3              CERTIFICATE OF REPORTERS

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     IRENE RODRIGUEZ, CSR, CRR
     CERTIFICATE NUMBER 8076
17

18

19   _____
     LEE-ANNE SHORTRIDGE, CSR, CRR
     CERTIFICATE NUMBER 9595
20

21        DATED:  OCTOBER 26, 2021

22

23

24

25

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
6                                      )
                     PLAINTIFF,        )  SAN JOSE, CALIFORNIA
7                                      )
             VS.                       )  VOLUME 36
8                                      )
      ELIZABETH A. HOLMES,             )  NOVEMBER 2, 2021
9                                      )
                     DEFENDANT.        )  PAGES 4903 - 5186
10     _____ )

11

                   TRANSCRIPT OF TRIAL PROCEEDINGS
12            BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
13
      A P P E A R A N C E S:
14

      FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

      OFFICIAL COURT REPORTERS:
22                               IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                 CERTIFICATE NUMBER 8074
23                               LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
24
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

12:22PM   1     A.   BECAUSE SCHERING-PLOUGH HAD PAID $279,000 FOR THIS WORK.

12:22PM   2     WE HAD EXPECTED TO RECEIVE IT AT THAT MAY DUE DILIGENCE

12:22PM   3     MEETING, AND WE DID NOT.

12:22PM   4     Q.   ABOVE THIS EMAIL, MR. FRENZEL FORWARDS IT TO MS. HOLMES.

12:22PM   5          DO YOU SEE THAT, FORWARDS YOUR EMAIL TO MS. HOLMES?

12:22PM   6     A.   YES.

12:22PM   7     Q.   IF YOU'LL NOW TURN TO TAB 259.

12:22PM   8          YOUR HONOR, THE GOVERNMENT OFFERS 259 PURSUANT TO

12:22PM   9     STIPULATION.

12:22PM   10              MR. CLINE:  NO OBJECTION.

12:22PM   11              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:22PM   12         (GOVERNMENT'S EXHIBIT 259 WAS RECEIVED IN EVIDENCE.)

12:22PM   13    BY MR. SCHENK:

12:22PM   14    Q.   THE FIRST DOCUMENT IN 259 AT THE BOTTOM APPEARS TO BE AN

12:22PM   15    EMAIL FROM MR. FRENZEL TO YOU.

12:23PM   16         DO YOU SEE THAT?

12:23PM   17    A.   YES.

12:23PM   18    Q.   AND LET ME NOTE THAT THIS IS NOW IN DECEMBER.  THE EMAIL

12:23PM   19    THAT WE WERE JUST TALKING ABOUT WAS IN JUNE; IS THAT RIGHT?

12:23PM   20    A.   THAT'S RIGHT.

12:23PM   21    Q.   SO ABOUT SIX MONTHS LATER, MR. FRENZEL WRITES, "HI

12:23PM   22    CONNIE."

12:23PM   23         THE SUBJECT WAS VALIDATION REPORT?

12:23PM   24    A.   UH-HUH.

12:23PM   25    Q.   WAS THAT A YES?

12:23PM   1    A.   YES.

12:23PM   2    Q.   "HI CONNIE, I WAS ASKED TO SEND THIS REPORT ON TO YOU, AND

12:23PM   3    IF YOU CAN FORWARD TO THE PROPER PEOPLE.  AFTER YOU AND YOUR

12:23PM   4    GROUP HAVE AN OPPORTUNITY TO GO THROUGH IT, LET US KNOW IF YOU

12:23PM   5    WOULD LIKE TO ARRANGE A PHONE CONFERENCE TO DISCUSS THE

12:23PM   6    RESULTS."

12:23PM   7         DO YOU SEE THAT?

12:23PM   8    A.   I DO.

12:23PM   9    Q.   AND THEN ABOVE THIS EMAIL, MR. FRENZEL FORWARDS IT ALMOST

12:23PM  10    TWO MONTHS LATER, THE END OF JANUARY 2010, TO SOMEONE NAMED

12:23PM  11    DENNIS YAM.

12:23PM  12         DO YOU SEE THAT?

12:23PM  13    A.   YES.

12:23PM  14    Q.   LET'S GO NOW TO THE ATTACHMENT.  LET'S START ON PAGE 3.

12:23PM  15         WHAT IS THIS DOCUMENT?  WHAT ARE WE LOOKING AT?

12:23PM  16    A.   SO THIS WAS THE VALIDATION REPORT THAT THERANOS HAD

12:23PM  17    PROVIDED.

12:23PM  18    Q.   OKAY.  THE REPORT THAT YOU MENTIONED EXPECTING TO SEE IN

12:24PM  19    MAY AND WRITING ABOUT IN JUNE?

12:24PM  20    A.   CORRECT.

12:24PM  21    Q.   OKAY.  AND ON THIS PAGE, IF WE COULD ZOOM OUT, IN THE

12:24PM  22    UPPER LEFT CORNER, DO YOU SEE THERANOS'S LOGO?

12:24PM  23    A.   I DO.

12:24PM  24    Q.   IN THE UPPER RIGHT CORNER, DO YOU SEE A SCHERING-PLOUGH

12:24PM  25    LOGO?

12:24PM   1     A.   I DO NOT.

12:24PM   2     Q.   IF WE COULD NOW TURN TO PAGE 5.  THERE IS DATA ON PAGE 5.

12:24PM   3          DO YOU SEE THAT?

12:24PM   4     A.   YES.

12:24PM   5     Q.   AND IS THIS SCHERING-PLOUGH DATA?

12:24PM   6     A.   NO.

12:24PM   7     Q.   WHO GENERATED THIS DATA?

12:24PM   8     A.   THERANOS.

12:24PM   9     Q.   ON PAGE 19, IF YOU'LL TURN TO PAGE 19, THERE'S A SECTION

12:24PM  10     ENTITLED CONCLUSIONS.

12:24PM  11          DO YOU SEE THAT?

12:24PM  12     A.   I DO.

12:24PM  13     Q.   AND WHOSE CONCLUSIONS ARE THESE?

12:24PM  14     A.   THOSE WOULD HAVE BEEN THERANOS'S CONCLUSIONS SINCE THEY

12:24PM  15     WROTE THE REPORT.

12:24PM  16     Q.   DID -- LET ME FOCUS YOUR ATTENTION ON THE VERY FIRST

12:24PM  17     SENTENCE OF THE CONCLUSIONS.  IT READS, "THE THERANOS'S IL-6,

12:25PM  18     TNF-A, AND CRP ASSAY MULTIPLEX HAS BEEN SHOWN TO GIVE ACCURATE

12:25PM  19     AND PRECISE RESULTS FOR THREE INDEPENDENTLY CALIBRATED

12:25PM  20     CARTRIDGE LOTS AND ALL THE MANY INSTRUMENTS USED."

12:25PM  21          IS THAT A CONCLUSION THAT YOU REACHED?

12:25PM  22     A.   NO.

12:25PM  23     Q.   TO YOUR KNOWLEDGE, IS THAT A CONCLUSION THAT ANYBODY AT

12:25PM  24     SCHERING-PLOUGH REACHED?

12:25PM  25     A.   NO.

12:25PM 1    Q.   WHEN YOU RECEIVED THIS DOCUMENT, YOU SAW THAT THE FIRST

12:25PM 2    PAGE OF THIS EXHIBIT WAS MR. FRENZEL SENDING THIS TO YOU IN

12:25PM 3    DECEMBER, DID YOU WRITE HIM BACK AND SAY, I AGREE WITH THESE

12:25PM 4    CONCLUSIONS?

12:25PM 5    A.   NO.

12:25PM 6    Q.   WAS THERE EVER AN OCCASION WHEN YOU SAID THESE CONCLUSIONS

12:25PM 7    ARE ACCURATE?

12:25PM 8    A.   NO.

12:25PM 9    Q.   TO YOUR KNOWLEDGE, WAS THERE EVER AN OCCASION WHEN ANYBODY

12:25PM 10   AT SCHERING-PLOUGH SAID THIS DOCUMENT OR THESE CONCLUSIONS ARE

12:25PM 11   ACCURATE?

12:25PM 12   A.   NO.

12:25PM 13   Q.   WOULD YOU NOW TURN TO PAGE 262?  I'M SORRY, EXHIBIT 262.

12:26PM 14       YOUR HONOR, THE GOVERNMENT OFFERS 262 TO PURSUANT TO

12:26PM 15   STIPULATION.

12:26PM 16           MR. CLINE:  NO OBJECTION.

12:26PM 17           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:26PM 18       (GOVERNMENT'S EXHIBIT 262 WAS RECEIVED IN EVIDENCE.)

12:26PM 19   BY MR. SCHENK:

12:26PM 20   Q.   YOU'LL SEE THIS IS A CONTINUATION OF A PRIOR EMAIL CHAIN.

12:26PM 21   IF YOU START ON THE PAGE 2, THERE IS THAT EMAIL FROM

12:26PM 22   MR. FRENZEL TO YOU IN DECEMBER WITH A VALIDATION REPORT.

12:26PM 23       DO YOU SEE THAT?

12:26PM 24   A.   YES.

12:26PM 25   Q.   AND NOW IF WE COME BACK TO THE FIRST PAGE OF THIS EXHIBIT

CULLEN DIRECT BY MR. SCHENK

12:29PM 1   WOULD YOU CALL THAT SCHERING-PLOUGH'S OWN TECHNICAL VALIDATION?

12:29PM 2   A.   NO.

12:29PM 3   Q.   WE ALSO HAVE TALKED ABOUT SOME BETA TESTING.  WOULD YOU

12:29PM 4   DESCRIBE FOR THE JURY WHAT THAT WAS?

12:29PM 5   A.   YES.  BETA TESTING WAS WE HAD TWO INSTRUMENTS IN THE

12:29PM 6   LABORATORY AND WE HAD A VOLUNTEER FROM THE LAB PROVIDE A BLOOD

12:29PM 7   SAMPLE AND WE MEASURED C REACTIVE PROTEIN.

12:29PM 8       TO MY RECOLLECTION IT WAS A SINGLE DETERMINATION.

12:29PM 9   Q.   WHAT DOES THAT MEAN, A SINGLE DETERMINATION?

12:29PM 10  A.   IT MEANS WE TESTED ONE SAMPLE ONCE.

12:29PM 11  Q.   THE PHRASE IN THIS EMAIL THAT I HIGHLIGHTED FOR YOU,

12:29PM 12  SCHERING-PLOUGH'S OWN TECHNICAL VALIDATION, YOU SAID THAT WOULD

12:29PM 13  NOT BE ACCURATE FOR THE REPORT, THE VALIDATION REPORT?

12:29PM 14  A.   THAT IS CORRECT.

12:29PM 15  Q.   WOULD THAT BE ACCURATE FOR THE BETA TESTING?

12:30PM 16  A.   NO, IT WOULD NOT.

12:30PM 17  Q.   WHY?

12:30PM 18  A.   TOO FEW SAMPLES, NO PROTOCOL WITH PREDEFINED ACCEPTANCE

12:30PM 19  CRITERIA.

12:30PM 20  Q.   IF YOU'LL TURN TO IN EXHIBIT 291, PAGE 34 OF THE EXHIBIT.

12:30PM 21      DO YOU SEE A COPY OF THE THERANOS MULTIPLEXED VALIDATION

12:30PM 22  AND A REFERENCE AGAIN TO IL-6, TNF-ALPHA, AND CRP?

12:30PM 23  A.   I DO.

12:30PM 24  Q.   AND AGAIN, IS THIS THE VALIDATION REPORT THAT YOU HAVE

12:30PM 25  TESTIFIED ABOUT PREVIOUSLY FROM TODAY?

12:30PM   1    A.   YES.

12:30PM   2    Q.   AND IN THE UPPER LEFT-HAND CORNER, WHAT DO YOU SEE?

12:30PM   3    A.   I SEE THE SCHERING-PLOUGH LOGO.

12:30PM   4    Q.   OKAY.

12:30PM   5         IF I COULD, MS. HOLLIMAN, IF IT'S POSSIBLE IF WE COULD

12:30PM   6    BRING UP 259, PAGE 3, AND EXHIBIT 291, PAGE 34 AT THE SAME

12:31PM   7    TIME.

12:31PM   8         THE DOCUMENT ON THE LEFT, DR. CULLEN, IS 259, PAGE 3.

12:31PM   9         IS THAT THE VERSION THAT WAS EMAILED TO YOU BY

12:31PM   10   MR. FRENZEL?

12:31PM   11   A.   YES.

12:31PM   12   Q.   AND WHAT I'M SHOWING ON THE RIGHT, IS THAT A VERSION THAT

12:31PM   13   WAS SENT AT LEAST IN THE EMAIL TO WALGREENS?

12:31PM   14   A.   I DON'T KNOW WHAT DOCUMENT WOULD HAVE BEEN SENT TO

12:31PM   15   WALGREENS.

12:31PM   16   Q.   IN EXHIBIT 291 THAT I'VE SHOWED YOU, THOUGH, IS THAT --

12:31PM   17   A.   YES, YES.

12:31PM   18   Q.   -- IT IS THAT SAME DOCUMENT; IS THAT RIGHT?

12:31PM   19   A.   YES.

12:31PM   20   Q.   AND MS. HOLLIMAN, IF WE COULD ALSO BRING UP 259, PAGE 19,

12:31PM   21   AND 291, PAGE 51.

12:31PM   22        DR. CULLEN, A MOMENT AGO I READ FOR YOU THE CONCLUSION

12:31PM   23   SECTION IN THE VALIDATION REPORT THAT WAS SENT TO

12:32PM   24   SCHERING-PLOUGH.

12:32PM   25        DO YOU RECALL THAT?

12:32PM  1    A.   YES.

12:32PM  2    Q.   AND THAT'S APPEARING NOW AT THE TOP OF THE SCREEN, THAT

12:32PM  3    THE THERANOS MULTIPLEXED ASSAYS WERE SHOWN TO GIVE ACCURATE AND

12:32PM  4    PRECISE RESULTS FOR THREE INDEPENDENTLY CALIBRATED CARTRIDGE

12:32PM  5    LOTS.

12:32PM  6         DO YOU SEE THAT?

12:32PM  7    A.   YES.

12:32PM  8    Q.   AND I THINK YOU TOLD US THAT WAS NOT A SCHERING-PLOUGH

12:32PM  9    CONCLUSION; IS THAT RIGHT?

12:32PM 10    A.   THAT IS CORRECT.

12:32PM 11    Q.   AND IN EXHIBIT 291, THE VERSION THAT WAS ATTACHED TO THE

12:32PM 12    WALGREENS EMAIL, THE FIRST SENTENCE OF THE CONCLUSIONS NOW

12:32PM 13    READS, "THE THERANOS IL-6, TNF-ALPHA, CRP ASSAYS MULTIPLEX HAS

12:32PM 14    BEEN SHOWN TO GIVE MORE ACCURATE AND PRECISE RESULTS FOR THREE

12:32PM 15    INDEPENDENTLY CALIBRATED CARTRIDGE LOTS AND ALL OF THE MANY

12:32PM 16    INSTRUMENTS USED THAN CURRENT 'GOLD STANDARD' REFERENCE

12:32PM 17    METHODS."

12:32PM 18         DID I READ THAT RIGHT?

12:32PM 19    A.   YES.

12:32PM 20    Q.   IT MAY GO WITHOUT SAYING, BUT YOU DID NOT APPROVE THE

12:32PM 21    VERSION ON TOP, THE ONE THAT WAS SENT TO YOU; IS THAT CORRECT?

12:33PM 22    A.   THAT'S CORRECT.

12:33PM 23    Q.   AND THE ENHANCED CONCLUSION, IS THAT SOMETHING THAT YOU

12:33PM 24    WOULD AGREE WITH?

12:33PM 25    A.   NO.

12:33PM  1    Q.   IS THAT SOMETHING THAT, TO YOUR KNOWLEDGE, ANYBODY FROM

12:33PM  2    SCHERING-PLOUGH AGREED WITH?

12:33PM  3    A.   NO.

12:33PM  4              MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

12:33PM  5              THE COURT:  YES.

12:33PM  6         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

12:33PM  7              MR. SCHENK:  THANK YOU.  NO FURTHER QUESTIONS.

12:33PM  8              THE COURT:  MR. CLINE, DO YOU HAVE

12:33PM  9    CROSS-EXAMINATION?

12:33PM  10             MR. CLINE:  I DO.

12:33PM  11                        **CROSS-EXAMINATION**

12:33PM  12   BY MR. CLINE:

12:33PM  13   Q.   DR. CULLEN, GOOD AFTERNOON.

12:34PM  14   A.   GOOD AFTERNOON.

12:34PM  15   Q.   MY NAME IS JOHN CLINE AND I'M ONE OF THE LAWYERS FOR

12:34PM  16   MS. HOLMES.

12:34PM  17        LET ME START BY TAKING CARE A LITTLE BIT OF ADMINISTRATIVE

12:34PM  18   STUFF HERE.

12:34PM  19             YOUR HONOR, MAY I APPROACH THE WITNESS?

12:34PM  20             THE COURT:  YES.

12:34PM  21   BY MR. CLINE:

12:34PM  22   Q.   DR. CULLEN, I'M GOING TO HAND YOU ANOTHER BINDER --

12:34PM  23   A.   OKAY.

12:34PM  24   Q.   -- WHICH HAS SOME OTHER EXHIBITS IN IT THAT I WILL BE

12:34PM  25   REFERRING YOU TO AS WE GO ALONG (HANDING.)

1

2

3                           CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10  CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074
17

18       DATED:  NOVEMBER 2, 2021

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 38 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | NOVEMBER 23, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 7444 - 7681 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

09:44AM 1    Q.   NOW, DURING THE COURSE OF THIS MEETING IN 2010 -- WHAT

09:44AM 2    MONTH WAS THIS MEETING, IF YOU RECALL?

09:45AM 3    A.   JUST LOOKING BACK AT THE EMAIL, I THINK IT WAS IN MARCH.

09:45AM 4    END OF MARCH.

09:45AM 5    Q.   NOW, DID WALGREENS EXPRESS AFTER THAT MEETING THAT THEY

09:45AM 6    MIGHT BE INTERESTED IN EXPLORING A RELATIONSHIP WITH THERANOS?

09:45AM 7    A.   YES.

09:45AM 8    Q.   DID THEY ALSO EXPRESS TO THERANOS THAT THEY WOULD LIKE TO

09:45AM 9    DO SOME DUE DILIGENCE TO EVALUATE WHETHER THERANOS WAS A

09:45AM 10   PARTNER WITH WHOM WALGREENS THOUGHT IT COULD WORK?

09:45AM 11   A.   THEY DID.

09:45AM 12   Q.   OKAY.  NOW, I WANT TO FOCUS ON TWO REPORTS FROM

09:45AM 13   PHARMACEUTICAL COMPANIES THAT YOU SENT TO WALGREENS IN 2010.

09:45AM 14       DO YOU RECALL THAT THERE'S BEEN TESTIMONY ABOUT THOSE

09:45AM 15   REPORTS?

09:45AM 16   A.   I DO.

09:45AM 17   Q.   ONE OF THOSE REPORTS WAS FROM SCHERING-PLOUGH; CORRECT?

09:46AM 18   A.   YES.

09:46AM 19   Q.   AND THE OTHER REPORT WAS FROM PFIZER; CORRECT?

09:46AM 20   A.   YES.

09:46AM 21   Q.   WHY DID YOU CHOOSE TO SEND THE SCHERING-PLOUGH REPORT TO

09:46AM 22   WALGREENS AS PART OF ITS DUE DILIGENCE?

09:46AM 23   A.   BECAUSE WE HAD WORKED WITH SCHERING-PLOUGH TO ESTABLISH

09:46AM 24   VERY RIGOROUS STANDARDS AGAINST WHICH TO VALIDATE OUR TESTS,

09:46AM 25   AND WE HAD RUN THOUSANDS OF CARTRIDGES SHOWING NOT ONLY THAT WE

09:46AM 1    COULD MULTIPLEX THE TESTS ON A SINGLE CARTRIDGE, BUT ALSO THAT

09:46AM 2    WE COULD MEASURE MARKERS AT REALLY LOW LEVELS THAT ARE REALLY

09:46AM 3    HARD TO DO, AND I WANTED TO SHARE THAT DATA.

09:46AM 4    Q.   WHEN YOU SAY "MULTIPLEX," WHAT DO YOU MEAN?

09:46AM 5    A.   SORRY.  THE ABILITY TO RUN THE SAME TESTS ON A SINGLE

09:46AM 6    CARTRIDGE, OR MULTIPLE TESTS ON A SINGLE CARTRIDGE AT THE SAME

09:46AM 7    TIME.

09:46AM 8    Q.   OKAY.  AND WHY DID YOU CHOOSE TO SHARE THE PFIZER REPORT

09:46AM 9    WITH WALGREENS AS PART OF ITS DUE DILIGENCE PROCESS?

09:46AM 10   A.   BECAUSE, AGAIN, WE HAD WORKED WITH PFIZER FOR YEARS TO

09:47AM 11   DEVELOP A STUDY THAT WOULD MEASURE THESE VERY COMPLICATED

09:47AM 12   CANCER MARKERS IN PEOPLE'S HOMES, THE DEVICES WORKED, AND I

09:47AM 13   THOUGHT THE DATA WAS REALLY GOOD, AND I WANTED TO SHARE IT WITH

09:47AM 14   THEM.

09:47AM 15   Q.   DO YOU RECALL THAT THERE HAS BEEN TESTIMONY TO THE EFFECT

09:47AM 16   THAT THE LOGOS OF THOSE PHARMACEUTICAL COMPANIES WERE ADDED TO

09:47AM 17   THE TOP OF THOSE DOCUMENTS?

09:47AM 18   A.   I DO.

09:47AM 19   Q.   AND WHO ADDED THE LOGOS OF THOSE COMPANIES TO THE TOP OF

09:47AM 20   THOSE DOCUMENTS?

09:47AM 21   A.   I DID.

09:47AM 22   Q.   WHEN DID YOU DO THAT?

09:47AM 23   A.   JUST BEFORE SENDING THEM TO WALGREENS.

09:47AM 24   Q.   WHY DID YOU DO THAT?

09:47AM 25   A.   BECAUSE THIS WORK WAS DONE IN PARTNERSHIP WITH THOSE

09:47AM 1     COMPANIES, AND I WAS TRYING TO CONVEY THAT.

09:47AM 2     Q.   YOU'VE HEARD TESTIMONY FROM WITNESSES IN THIS CASE THAT

09:47AM 3     THEY THOUGHT THAT THE REPORTS THAT YOU SENT HAD BEEN PREPARED

09:47AM 4     BY THOSE PHARMACEUTICAL COMPANIES.

09:47AM 5         DO YOU RECALL THAT?

09:47AM 6     A.   I DO.

09:47AM 7     Q.   DID YOU INTEND TO GIVE THAT IMPRESSION WHEN YOU

09:47AM 8     TRANSMITTED THOSE REPORTS TO WALGREENS?

09:48AM 9     A.   NO.  BUT I'VE HEARD THAT TESTIMONY IN THIS CASE, AND I

09:48AM 10    WISH I HAD DONE IT DIFFERENTLY.

09:48AM 11    Q.   DID YOU -- AS OF 2010, SCHERING-PLOUGH NO LONGER EXISTED

09:48AM 12    AS AN INDEPENDENT PHARMACEUTICAL COMPANY; IS THAT RIGHT?

09:48AM 13    A.   CORRECT.

09:48AM 14    Q.   BUT PFIZER DID; RIGHT?

09:48AM 15    A.   YES.

09:48AM 16    Q.   DID YOU TRY TO CONCEAL FROM PFIZER THAT YOU HAD ADDED

09:48AM 17    PFIZER'S LOGO TO THE TOP OF THE REPORT THAT YOU SENT TO

09:48AM 18    WALGREENS IN 2010?

09:48AM 19    A.   NOT AT ALL.

09:48AM 20    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15048.

09:48AM 21        YOUR HONOR, I'M NOT SURE IF THIS IS IN YOUR NOTEBOOK?

09:48AM 22            THE COURT:  I DON'T BELIEVE IT IS.

09:48AM 23            MR. DOWNEY:  BUT MR. LEACH HAS A COPY.

09:48AM 24            THE COURT:  THANK YOU.

09:48AM 25            THE WITNESS:  I DON'T KNOW IF I HAVE IT.

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16          _____
            IRENE RODRIGUEZ, CSR, CRR
            CERTIFICATE NUMBER 8076
17

18          _____

19          LEE-ANNE SHORTRIDGE, CSR, CRR
            CERTIFICATE NUMBER 9595
20

21          DATED:  NOVEMBER 23, 2021

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 40 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | NOVEMBER 30, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 7922 - 8213 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

03:16PM   1      Q.   259?

03:16PM   2      A.   I THINK SO.  I DON'T HAVE THEM IN FRONT OF ME, BUT I

03:16PM   3      ASSUME SO.

03:16PM   4      Q.   OKAY.  AND, MS. HOLLIMAN, IF WE COULD PLEASE ZOOM OUT.

03:16PM   5           THERE ARE SOME DIFFERENCES IN THE CONCLUSIONS PARAGRAPH OF

03:16PM   6      THIS -- OF THESE TWO DOCUMENTS.

03:16PM   7           DO YOU SEE HOW ON 291 IT SAYS, "THE THERANOS IL-6, TNF-A,

03:17PM   8      CRP ASSAY MULTIPLEX HAS BEEN SHOWN TO GIVE MORE ACCURATE AND

03:17PM   9      PRECISE RESULTS FOR THREE INDEPENDENTLY CALIBRATED CARTRIDGE

03:17PM   10     LOTS AND ALL OF THE MANY INSTRUMENTS USED THAN CURRENT 'GOLD

03:17PM   11     STANDARD' REFERENCE METHODS."

03:17PM   12          DO YOU SEE THAT LANGUAGE?

03:17PM   13     A.   I DO.

03:17PM   14     Q.   AND I PROBABLY DIDN'T READ THAT AS WELL AS I SHOULD HAVE.

03:17PM   15          BUT DO YOU SEE THAT LANGUAGE?

03:17PM   16     A.   I DO.

03:17PM   17     Q.   AND DO YOU SEE HOW THOSE WORDS, "GOLD STANDARD REFERENCE

03:17PM   18     METHODS," ARE NOT ON THE CONCLUSIONS IN THE REPORT THAT GOES TO

03:17PM   19     SCHERING-PLOUGH?

03:17PM   20     A.   YES.

03:17PM   21     Q.   DID YOU ADD THOSE WORDS?

03:17PM   22     A.   I THINK SO.

03:17PM   23     Q.   OKAY.  AND YOU DIDN'T TESTIFY TO THAT IN YOUR DIRECT

03:17PM   24     EXAMINATION; IS THAT CORRECT?

03:17PM   25     A.   I DON'T THINK SO.

03:17PM   1    Q.   IS MAKING THE CHANGE TO THE CONCLUSIONS PARAGRAPH ALSO

03:18PM   2    SOMETHING THAT YOU WISH YOU HAD DONE DIFFERENTLY?

03:18PM   3    A.   I THINK THIS WAS ACCURATELY REFLECTING THE DATA IN THE

03:18PM   4    DOCUMENT.

03:18PM   5         BUT, YES, I THINK THAT THE WAY THAT THESE REPORTS WERE

03:18PM   6    COMMUNICATED, I ABSOLUTELY WISH IT HAD BEEN BOLDED THAT THEY

03:18PM   7    WERE WRITTEN BY US.

03:18PM   8    Q.   LET'S TALK ABOUT GSK.

03:18PM   9         DO YOU RECALL TESTIFYING ABOUT GSK?

03:18PM  10    A.   I DO.

03:18PM  11    Q.   OKAY.  AND IF WE COULD LOOK AT EXHIBIT 291, PAGE 2.

03:18PM  12         IS THIS ANOTHER ONE OF THE ATTACHMENTS THAT WENT TO

03:18PM  13    WALGREENS?

03:18PM  14    A.   YES.

03:18PM  15    Q.   AND DO YOU SEE THE GLAXOSMITHKLINE LOGO IN THE TOP LEFT

03:19PM  16    PORTION OF THIS DOCUMENT?

03:19PM  17    A.   I DO.

03:19PM  18    Q.   AND DO YOU SEE THE HEADING "EXCERPTS FROM GSK METABOLIC

03:19PM  19    STUDY REPORT"?

03:19PM  20    A.   I DO.

03:19PM  21    Q.   NOW, GSK, UNLIKE SCHERING-PLOUGH AND PFIZER, GSK HAD

03:19PM  22    PROVIDED TO THERANOS AN EMAIL TITLED "THERANOS EVALUATION."

03:19PM  23         YOU RECALL SEEING THAT?

03:19PM  24    A.   I DO.

03:19PM  25    Q.   AND THAT WAS FROM SOMEONE NAMED NELSON RHODES?

03:21PM    1    A.   I DO, YES.

03:21PM    2    Q.   AND THIS IS THE EMAIL THAT WE HAVE BEEN TALKING ABOUT FROM

03:21PM    3    NELSON RHODES AT GSK?

03:21PM    4    A.   YES.

03:21PM    5    Q.   AND IF WE COULD PLEASE GO TO PAGE 2.

03:21PM    6         AND IF WE CAN SPLIT THE SCREEN, MS. HOLLIMAN, WITH

03:21PM    7    EXHIBIT 291, PAGE 2.

03:21PM    8         DO YOU SEE ON THE LEFT SCREEN THE SECOND PAGE OF

03:21PM    9    EXHIBIT 112, MS. HOLMES?

03:21PM   10    A.   I'M SORRY, WHICH ONE?

03:22PM   11    Q.   ON THE LEFT SIDE OF THE SCREEN --

03:22PM   12    A.   YES.

03:22PM   13    Q.   -- DO YOU SEE THE SECOND PAGE OF EXHIBIT 112?

03:22PM   14    A.   I DO.

03:22PM   15    Q.   OKAY.  AND TO THE RIGHT IS THE SECOND PAGE OF EXHIBIT 291

03:22PM   16    AT PAGE 2?

03:22PM   17    A.   YES.

03:22PM   18    Q.   AND 291 IS THE DOCUMENT THAT GOES TO WALGREENS?

03:22PM   19    A.   YES.

03:22PM   20    Q.   OKAY.  THERE'S A LOGO FOR GSK AT THE TOP LEFT OF 291.

03:22PM   21         DID YOU ADD THAT LOGO?

03:22PM   22    A.   I ASSUME SO.

03:22PM   23    Q.   AND DID YOU PROVIDE THE -- AND YOU PROVIDED THE DOCUMENT

03:22PM   24    IN 291 TO WALGREENS?

03:22PM   25    A.   I DID.

03:22PM   1    Q.   DID YOU RECEIVE ANY PERMISSION FROM GSK TO ADD THE LOGO?

03:22PM   2    A.   I DON'T KNOW.

03:22PM   3    Q.   AND YOU HAVE NO MEMORY OF RECEIVING ANY ORAL PERMISSION

03:22PM   4    FROM GSK TO ADD THE LOGO?

03:22PM   5    A.   I DON'T.

03:22PM   6    Q.   AND YOU HAVE NO MEMORY OF ANY WRITTEN COMMUNICATION FROM

03:23PM   7    GSK AUTHORIZING YOU TO ADD THE LOGO?

03:23PM   8    A.   I DON'T.

03:23PM   9    Q.   AND YOU DON'T HAVE A MEMORY OF TELLING ANYBODY FROM GSK

03:23PM  10    THAT YOU HAD ALTERED THE DOCUMENT IN EXHIBIT 112?

03:23PM  11    A.   I'M NOT SURE.  THERE WAS A GSK EXECUTIVE THAT CAME IN TO

03:23PM  12    WORK WITH US WHO WAS IN ACTUAL COMMUNICATION WITH THEM.

03:23PM  13    Q.   BUT YOU DON'T HAVE A MEMORY OF HIM TELLING YOU TO AFFIX

03:23PM  14    THE LOGO TO THIS AND DO WHAT YOU WILL TO IT?

03:23PM  15    A.   NO.

03:23PM  16    Q.   DID YOU TELL ANYBODY FROM GSK THAT YOU MIGHT BE PROVIDING

03:23PM  17    EXCERPTS OF A METABOLIC STUDY REPORT TO INVESTORS?

03:23PM  18    A.   WE MIGHT HAVE.

03:23PM  19    Q.   BUT YOU DON'T HAVE A MEMORY OF IT?

03:23PM  20    A.   I'M NOT SURE.

03:23PM  21    Q.   IF YOU COMPARE EXHIBIT 112 AT PAGE 2 ON THE LEFT TO 291-2

03:24PM  22    ON THE RIGHT, YOU'LL SEE THAT THE DATES ON MAY 27TH TO 28TH,

03:24PM  23    2008 ARE NOT PRESENT ON THE DOCUMENT WITH THE GSK LOGO.

03:24PM  24         DO YOU SEE THAT?

03:24PM  25    A.   I DO.

03:24PM  1    Q.   DID YOU DELETE THOSE WORDS?

03:24PM  2    A.   I DON'T KNOW.

03:24PM  3    Q.   IS THE REASON THAT THOSE WORDS ARE DELETED IS BECAUSE IT

03:24PM  4    MIGHT SUGGEST THE LIMITS OF GSK'S EVALUATION?

03:24PM  5    A.   I DON'T THINK SO.

03:24PM  6    Q.   YOU DON'T RECALL TESTIFYING ABOUT ADDING THE GSK LOGO

03:24PM  7    DURING YOUR DIRECT EXAMINATION, DO YOU?

03:24PM  8    A.   I DON'T THINK SO.

03:24PM  9    Q.   AND THERANOS DID MORE THAN SIMPLY DELETE DATES HERE.

03:24PM 10         WHY DON'T -- CAN I DRAW YOUR ATTENTION, PLEASE, TO THE

03:25PM 11    BULLETS?

03:25PM 12    A.   YES.

03:25PM 13    Q.   IF WE COULD ZOOM OUT, MS. HOLLIMAN, AND GO TO PAGE 3 OF

03:25PM 14    112.

03:25PM 15         DO YOU SEE IN 112 THERE'S A BULLET UNDER "GSK METABOLIC

03:25PM 16    BIOMARKER LAB COMMENTS" THAT SAYS, "FINGER PRICK/BLOOD DRAW

03:25PM 17    PROCEDURE WAS DIFFICULT (NEEDED LARGER LANCET AND BETTER

03:25PM 18    SYRINGE SYSTEM)."

03:25PM 19         DO YOU SEE THAT LANGUAGE?

03:25PM 20    A.   I DO.

03:25PM 21    Q.   AND THAT COMMENT IS DELETED FROM THE DOCUMENT THAT GOES TO

03:25PM 22    WALGREENS; ISN'T THAT RIGHT?

03:25PM 23    A.   I DON'T KNOW.  I HAVEN'T LOOKED AT IT, BUT -- BUT I TAKE

03:25PM 24    YOUR WORD FOR IT.

03:25PM 25    Q.   DID YOU MAKE THAT DELETION?

03:26PM 1     A.   I DON'T KNOW.

03:26PM 2     Q.   OKAY.  IF WE COULD ZOOM OUT, MS. HOLLIMAN, SO WE MIGHT --

03:26PM 3          DO YOU SEE HOW ON THE 291 UNDER "GSK METABOLIC BIOMARKER

03:26PM 4     LAB COMMENTS," THERE ARE THREE -- SIX BULLETS OR --

03:26PM 5     A.   I DO.

03:26PM 6     Q.   AND THE LAST ONE ENDS WITH "ASSAYS TOOK APPROXIMATELY ONE

03:26PM 7     HOUR."

03:26PM 8     A.   YES.

03:26PM 9     Q.   AND THE COMMENT ABOUT THE FINGER PRICK BEING DIFFICULT IS

03:26PM 10    NOT THERE; AM I RIGHT ABOUT THAT?

03:26PM 11    A.   YOU ARE.

03:26PM 12    Q.   AND YOU DON'T KNOW WHO AT THERANOS MADE THE CHANGE TO

03:26PM 13    THESE DOCUMENTS?

03:26PM 14    A.   I DON'T.

03:26PM 15    Q.   AND DID YOU EVER TELL ANYONE AT THERANOS THAT WE CAN'T

03:26PM 16    HAVE THE SLIGHTEST NEGATIVE COMMENT IN WHAT IS GOING OUT TO OUR

03:26PM 17    PARTNERS?

03:26PM 18    A.   I DON'T THINK SO.

03:26PM 19    Q.   AM I RIGHT THAT THE MEMO THAT DR. RHODES SENT YOU WAS

03:26PM 20    NEVER INTENDED FOR USE OUTSIDE OF GSK?

03:27PM 21    A.   I DON'T KNOW.

03:27PM 22    Q.   DIDN'T YOU UNDERSTAND THAT IT WAS A MEANS BY WHICH OTHER

03:27PM 23    UNITS WITHIN GSK MIGHT HAVE SOME INFORMATION ABOUT THERANOS?

03:27PM 24    A.   I THINK THAT'S WHAT THE EVALUATION WAS FOR.

03:27PM 25    Q.   OKAY.  LET'S LOOK AT THE EMAIL.

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, CRR
         CERTIFICATE NUMBER 8076
17

18       _____

19       LEE-ANNE SHORTRIDGE, CSR, CRR
         CERTIFICATE NUMBER 9595
20

21       DATED:  NOVEMBER 30, 2021

22

23

24

25

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,       )  CR-18-00258-EJD
6                                    )
                      PLAINTIFF,     )  SAN JOSE, CALIFORNIA
7                                    )
              VS.                    )  VOLUME 46
8                                    )
     ELIZABETH A. HOLMES,            )  DECEMBER 16, 2021
9                                    )
                      DEFENDANT.     )  PAGES 8899 - 9110
10   _____ )

11

                    TRANSCRIPT OF TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14

     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

CLOSING ARGUMENT BY MR. SCHENK

11:15AM  1        THE USE OF THE PFIZER LOGO, LET'S TALK ABOUT THAT FOR A

11:15AM  2   MOMENT.

11:15AM  3        THE DOCUMENT ON THE LEFT IS THE DOCUMENT THAT WAS SENT TO

11:15AM  4   PFIZER.  THE DOCUMENT ON THE RIGHT IS THE DOCUMENT THAT WAS

11:15AM  5   SENT TO WALGREENS.

11:15AM  6        THE DOCUMENT ON THE LEFT IS THE DOCUMENT THAT WAS SENT TO

11:15AM  7   SCHERING-PLOUGH.  THE DOCUMENT ON THE RIGHT IS THE DOCUMENT

11:15AM  8   THAT WAS SENT TO WALGREENS.

11:15AM  9        THE CONCLUSIONS IN THE SCHERING-PLOUGH DOCUMENT WERE

11:15AM  10  ENHANCED.  THE VERSION THAT WAS SENT TO SCHERING-PLOUGH IS THE

11:16AM  11  ONE ON TOP.

11:16AM  12       THE VERSION THAT WAS SENT TO WALGREENS HAD ADDITIONAL

11:16AM  13  LANGUAGE IN IT, THAT THE THERANOS TESTS WERE MORE ACCURATE THAN

11:16AM  14  THE CURRENT GOLD STANDARD REFERENCE.  SO IT WASN'T JUST ADDING

11:16AM  15  THE LOGO, IT WAS ACTUALLY ALSO DOCTORING OR ENHANCING THE

11:16AM  16  CONCLUSIONS IN THE REPORT.

11:16AM  17       AND NOW LOOK AT WHAT MS. HOLMES SAID TO WALGREENS ABOUT

11:16AM  18  THESE REPORTS.  MS. HOLMES TOLD YOU ON THE STAND THAT SHE

11:16AM  19  APPLIED THE LOGOS TO THOSE DOCUMENTS, I THINK FROM THAT TO

11:16AM  20  SUGGEST I NEVER WOULD HAVE INTENDED -- THOUGHT I WAS DEFRAUDING

11:16AM  21  ANYBODY IF I HAD GIVEN IT BACK TO THE PHARMA COMPANIES.

11:16AM  22       FIRST, IT CERTAINLY ISN'T ON THE PHARMA COMPANIES TO

11:16AM  23  DISCOVER THAT, TO REPORT IT BACK TO THERANOS, BUT IT ALSO

11:16AM  24  MISSES THE POINT.

11:16AM  25       LOOK AT WHAT USE MS. HOLMES IS MAKING OF THESE DOCUMENTS.

11:16AM   1    SHE WRITES IN AN EMAIL TO WALGREENS, "ATTACHED PER OUR

11:16AM   2    DISCUSSION PLEASE FIND THREE INDEPENDENT DUE DILIGENCE REPORTS

11:17AM   3    ON THERANOS SYSTEMS ATTACHED TO THIS EMAIL.  THESE REPORTS ARE

11:17AM   4    FROM GLAXOSMITHKLINE, PFIZER, AND SCHERING-PLOUGH AFTER THEIR

11:17AM   5    OWN TECHNICAL VALIDATION AND EXPERIENCE WITH THERANOS SYSTEMS

11:17AM   6    IN THE FIELD."

11:17AM   7        SHE WANTS WALGREENS, AND THEN THESE WERE ALSO SENT TO

11:17AM   8    PETERSON AND MOSLEY, TO CONCLUDE THAT THEY ARE INDEPENDENT DUE

11:17AM   9    DILIGENCE REPORTS, THAT THE PHARMA COMPANIES PREPARED THE

11:17AM  10    REPORTS AFTER THEIR OWN TECHNICAL VALIDATION.

11:17AM  11        DR. CULLEN TOLD YOU THAT FOR THE SCHERING-PLOUGH WORK, THE

11:17AM  12    DEVICE WAS AT THERANOS; THAT THAT'S WHERE THE TESTING WAS DONE.

11:17AM  13    SO NOT ONLY WERE THE CONCLUSIONS IN THE SCHERING-PLOUGH

11:17AM  14    DOCUMENTS THERANOS'S, THEY COULD NOT HAVE BEEN

11:17AM  15    SCHERING-PLOUGH'S, BECAUSE SCHERING-PLOUGH WASN'T THE ONE WHO

11:17AM  16    DID THE WORK.

11:17AM  17        PETERSON RECEIVED THE PFIZER DOCUMENT.  AND YOU KNOW

11:18AM  18    MOSLEY RECEIVED THE PFIZER DOCUMENT ALSO.

11:18AM  19        THE USE OF THE MILITARY.  THIS CHART -- I'M SORRY, USE OF

11:18AM  20    THE MEDIA.

11:18AM  21        THIS CHART SHOWS YOU SORT OF THE THREE RELEVANT FACTS

11:18AM  22    ABOUT EACH OF THE ARTICLES, "THE WALL STREET JOURNAL" AND THE

11:18AM  23    PARLOFF.

11:18AM  24        AT THE TOP YOU SEE THERANOS EMAILING THE RAGO ARTICLE TO

11:18AM  25    SHAREHOLDERS, AND THEN YOU SEE THE LOCATIONS AND EXHIBITS WHERE

1

2

3                           CERTIFICATE OF REPORTERS

4

5

6

7           WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8      UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9      CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10     HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12     A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13     ABOVE-ENTITLED MATTER.

14

15

16                         _____
                           IRENE RODRIGUEZ, CSR, CRR
17                         CERTIFICATE NUMBER 8076

18

19                         _____
                           LEE-ANNE SHORTRIDGE, CSR, CRR
20                         CERTIFICATE NUMBER 9595

21                         DATED:  DECEMBER 16, 2021

22

23

24

25

# Exhibit 2

**To:**      Alex.Jung@Walgreens.com[]
**Cc:**      Jay.Rosan@Walgreens.com[]; Sunny Balwani[sbalwani@theranos.com]
**From:**    Elizabeth Holmes
**Sent:**    Wed 4/14/2010 5:25:08 AM
**Importance:**   Normal
**Subject:**   RE: Follow Up from Walgreens
**Received:**          Wed 4/14/2010 5:28:46 AM
Theranos Evaluation Summary_GSK.pdf
Pfizer_Theranos System Validation_Final Report.pdf
Theranos Multiplexed Panel Validation Report_Schering Plough.pdf


Dr. Jay, Alex,

As per our discussion, please find three independent due diligence reports on Theranos Systems attached to this email. These reports are from GlaxoSmithKline, Pfizer, and Schering Plough after their own technical validation and experience with Theranos Systems in the field. Please note that these documents are strictly confidential under our CDA.

We met today on the request for names of persons who could come to Theranos to assess the technical performance of the systems; we will give you a call tomorrow to follow up on this.

We have a powerpoint summary of how Theranos Systems compare to other technologies in the market. Before sending, we tried to compare our presentation to the spreadsheet you referenced that lists different point of care technologies on Google, but we could not find the document you talked about. Please do send this to us so that we can add any relevant information from it to the presentation.

With my best regards,
Elizabeth.

FOIA Confidential Treatment Requested by Theranos                                                                                                      TS-0906360

THERANOS CONFIDENTIAL





## Excerpts from GSK Metabolic Study Report

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

**Background information:**
The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to "gold standard" ELISAs using frozen human plasma from study XXXXXXX. The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the "Cartridge Analytes") as compares to the current gold standard ELISAs (which are not multiplexed).
  - Specifically, the study will assess Theranos' capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed. Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20µL of plasma. MesoScale Discovery's (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

**GSK Metabolic Biomarker Lab comments:**

- Data show good correlation
  - $r^2 = 0.90$ for GLP-1 (MSD vs. Theranos)
  - $r^2 = 0.96$ for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

**Overall conclusions:**
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

FOIA Confidential Treatment Requested by Theranos   TS-0906361

THERANOS CONFIDENTIAL

**Data:**

# Study design

- Human subjects
- Food "challenge"
- Measure GLP-1 and C-Peptide multiplex over 5 time points
  - LincoAssay
  - MSD Assay
  - Theranos Assay

Theranos Confidential

# C-Peptide Assay
## Averaged results



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

TS-0906363

THERANOS CONFIDENTIAL

# Assay correlation



Theranos Confidential

# Subject 232





Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

THERANOS CONFIDENTIAL

# Subject 236



Theranos Confidential

# Subject 249



Theranos Confidential

Trial Exh. 0291 Page 0006

FOIA Confidential Treatment Requested by Theranos

TS-0906365

THERANOS CONFIDENTIAL

# Subject 264



Theranos Confidential

# Summary Statistics GLP-1 Comparison

- TheranosLOD = 0.17 pM
- Dynamic range measured: 0-3.2 pM
- Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

Trial Exh. 0291 Page 0007



CONFIDENTIAL



Theranos Angiogenesis Study Report

Pfizer, Inc.

**Document Outline:**

- Introduction to Theranos
- Background on Theranos Studies
- Economic Impact of Theranos Systems to Pharma
- Angiogenesis Program Overview
  - Study design
- Theranos System Overview
  - Specifications
  - Theranos System Performance
- Theranos Field Study
  - Field Performance Overview
  - Trial Data
  - Evaluation of time course results from individual    patients
  - Review of generated data, in aggregate by patient   ID, sex, cancer type, treatment, etc.
  - Integrated patient information, including date and    time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
  - Assessment of the technical performance of the The   ranos System
    - Data transmission % success and mode of transmissi    on used
    - General performance information as logged via the     Customer Care line
    - Assessment of patient compliance with protocol
  - Summary of patient and clinical staff assessment o   f the Theranos System and the Client Solutions team via end-of-study surveys
- Conclusions
  - General
  - Technical
  - Economic

**Introduction to Theranos:**

Accurately, rapidly, and effectively profiling the efficacy dynamics of a therapy in clinical studies is an unmet need that has long challenged the conventional blood testing infrastructure.

Theranos has demonstrated in clinical studies that more frequent longitudinal time-series measurements on fresh whole blood samples with a multiplexed platform that eliminates the noise (and inability to accurately characterize very broad dynamic ranges) of conventional tests is imperative to effectively characterizing physiological changes and the efficacy of any intervention.

Theranos' wirelessly integrated data analytical system allows for 'baseline' profiles of pathway dynamics to be created and updated automatically as data is generated in the field. If needed, analyte selection or frequency of sampling can be adjusted at any time during the study based on the data coming in.

In future studies within a given indication, the data analytical infrastructure can be used for predictive modeling wherein new patient data can be indexed against the stored baseline profiles for earlier reads on efficacy dynamics and dose-response.

---

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

1

FOIA Confidential Treatment Requested by Theranos                                    TS-0906367



CONFIDENTIAL



**Background on Theranos Studies:**

Every day gained in getting a new brand to market can be measured in millions of dollars.

Time is a major factor of cost of development of a new drug. For years the pharmaceutical industry has worked to drive every day possible out of the development process, and has reached a point where the physical limitations around the timelines for statistically significant data acquisition primarily determine the time to market.

Theranos Systems revolutionize those timeline constraints by enabling instant access to higher quality data and exponentially faster reads on efficacy and safety dynamics from the initiation of clinical trials. In doing so, Theranos is laying the foundation of a new growth model for pharma.

Theranos Systems radically impact revenues and growth on new and existing drugs in ways that were previously not possible:

♦ **Faster approvals and studies** - Immediate access to results enables immediate decision making and planning; early reads on efficacy dynamics and dose optimization for sub-populations through more comprehensive longitudinal PK/PD profiling
♦ **Reimbursement and differentiation** - Concrete reads on efficacy dynamics and visibility into mechanisms of action to optimize compounds dynamically
♦ **Rapid access to multiple markets pre and post-approval** - early reads on efficacy through trends in the change in rate of key markers allow for rapid label expansion
♦ **Amelioration of safety concerns** – more accurate reads on actual pathway dynamics enable rapid optimization where beneficial and delineation of patient sub-populations

**Economic Impact of Theranos Studies to Pharma:**

Based on Theranos' previous experience, predictive modeling and more comprehensive longitudinal profiling has resulted in the demonstration of meaningful dose-response and efficacy dynamics profiles in 6 month timeframes where the conventional infrastructure took two years and was still not able to generate hard correlations. An 18 month time-savings, not to mention the ability to gain insight into methods for optimization for label expansion, can conservatively be equated to hundreds of millions of dollars gained. With industry estimates at $1-3M a day for the value of each day gained in time to market, even 6 months saved ranges between $180M and $540M in return on investment.

Equally, once the infrastructure has been implemented, future studies are requiring about 25% fewer patients, reducing the patient costs, number of sites required, assay development, reagent screening, and infrastructure costs for shipping and processing samples through ambulatory point-of-care monitoring.

Overall savings on 6 month trials once the data analytical infrastructure has been established have averaged 50% of the cost of running an equivalent trial through the conventional infrastructure, further saving millions of dollars. As the data analytical engine evolves after the first 6 month study, costs are further reduced in each follow-on study, covering the cost of Theranos infrastructure and units many times over.

Ultimately though, the greatest economic return on investment lies in the ability to expand percentage market ownership through visibility into pathway dynamics that enables rapid characterization of responder populations in ways previously not possible. This capability enables

Trial Exh. 0291 Page 0009

FOIA Confidential Treatment Requested by Theranos                                                                 TS-0906368



CONFIDENTIAL



commercialization of 'targeted blockbusters' by redefining a company's historical success rate in realizing the target product profile of each drug once it hits the market.

**Angiogenesis Program Overview:**

The primary objective of the present program was to demonstrate the functionality of Theranos Systems in such a way that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization and development.

For this program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PlGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. Because the development of VEGFR2 in that multiplex was desirable as a tool for use in future studies, Theranos developed the assay and included it in the point-of-care multiplex.

In this program, Theranos validated not only functional equivalence, but superior performance specifications of the Theranos multiplex to each of the respective 'gold-standard' kits.

An Interim Report on Assay Development was submitted to Pfizer in Q2 '07 upon successful completion of assay development.

As planned for at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. In order to fast-track the program timeline, Theranos contracted an independent site - Tennessee Oncology Center.

Enrollment of Sutent patients at this site was very slow; from the time patient screening began (early 2007) and after discussions with respective members of the Pfizer team, the protocol was revised several times to increase the frequency of monitoring but reduce the total number of patients and shorten the monitoring cycles per patient. Likewise, enrollment criteria were broadened to include patients on other therapies with whom trends in the relevant markers could also be profiled.

In doing so, statistical significance in meeting the study goals could still be ensured. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms were included in two interim update reports sent to Pfizer.

*Goals of Study*:
1. Generate preliminary data on VEGF and PLGF trends in cancer patients while assessing the use of the Theranos System in the hands of clinicians and patients.
2. Obtain feedback and recommendations from clinical staff.
3. Assess the use of the Theranos System in the hands of ambulatory patients at home.
4. Assess the Ambulatory Bioinformatics Communications System[1] including the physician and patient web portals as well as the data reports generated.

*Study design*:
Patient screening began in January 2007, once the final site was selected, enrollment began. In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah

---

[1] The Ambulatory Bioinformatics Communication System (formerly known as ABCS) was rebranded as TheranOS, the Theranos Operating System.

Trial Exh. 0291 Page 00010

FOIA Confidential Treatment Requested by Theranos                                                                 TS-0906369



CONFIDENTIAL



Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism-of-action perspective. 32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Four of the patients retracted consent to the study, three of them due to family problems and one due to mental and physical instability. Thus, Theranos increased the targeted enrollment number to ensure that the goal of demonstrating performance across significantly significant patient numbers would be met. That goal has now been achieved. To realize the goal, some patients had extended (60 day) monitoring periods.

Since Theranos has the ability to continue monitoring patients under the existing IRB and given the power of some of the correlations which are becoming apparent, Theranos may continue monitoring those patients for an extended period of time.

Enrollment was unpredictable and slow. All installations and shipments completed for this study were done on-demand with less than 24 hours.  As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points w     ere collected during the month-long analysis period, 3-4 time points taken at the clinic and the     other 10-11 time points taken in-home.  Both finger-stick and venous samples were taken during e     ach clinic visit, while only finger-stick samples were run in-home.  The venous draw samples     were run on the Theranos System in the clinic at the time of the draw; these samples were     also processed so that the plasma and/or serum was analyzed using a reference method.

Venous samples were processed using reference metho     ds and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

**Theranos System Overview:**

The Theranos System is comprised of consumer-orient     ed readers, single-use cartridges containing assay chemistry and controls, and a data     collection system that communicates through cellular networks with the instrument to pr     ovide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take  the machine out of the box and 2) plug it into a power source. The touch-screen then walks each pati     ent through the process of poking his/her finger, depositing blood into the cartridge, and pl     acing the cartridge in the reader drawer. The instrument then processes the assays and sends the     data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

Trial Exh. 0291 Page 00011

FOIA Confidential Treatment Requested by Theranos                                                    TS-0906370



CONFIDENTIAL



Specifications:

❖ Designed for at home use. Can also be used in phys ician's offices, ICU, and laboratories.
❖ Multiplexed measurement of biomarkers.
❖ Customizable for different/new assays on demand.
❖ Average 6 measurements per cartridge
❖ Serial measurements to comprehensively profile pha rmacodynamic response through trends
❖ Runs fresh whole blood, plasma or serum samples
❖ Finger-stick – small sample size
❖ Mix and match selection of analytes on demand.
❖ Wide measurement range
  ○ pg/mLl – mg/mL (1 billion fold)
❖ High sensitivity
  ○ 0.2 pg/mL (2 parts per 10-billion)
❖ Analyte Recovery: ~100 %
❖ System CV post-calibration (inter-intra reader, ca rtridge, and assay): < 10 %
❖ On-board chemistry controls
❖ Factory calibration (no user calibration)
❖ Wireless communication of results to appropriate u ser through cellular network
❖ Proprietary algorithms to interpret time trend res ults

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:
❖ Small sample (finger-stick) + more frequent sampli ng of a small subset of analytes enables:
  ○ Identification of appropriate analytes (greatly he lped by more frequent sampling)
  ○ Earlier detection of efficacy and safety  and acu te problems so intervention (for example, dose modification or change in drug type) can be more effective
  ○ Convenience of monitoring through-out a time-cours e before an event
❖ Higher sample integrity; real-time sample analysis  on fresh whole blood on a standardized platform which can be deployed  at any location (world-wide) eliminates assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
  ○ Elimination of  erroneous results (caused by analy te instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)

Trial Exh. 0291 Page 00012

FOIA Confidential Treatment Requested by Theranos                                   TS-0906371



CONFIDENTIAL







For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multi plex by the system on a finger-stick sample of fresh whole blood. The analytes were Vascular E    ndothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as V      EGFR2) and Placental Growth Factor (PLGF).   Each assay was controlled using within-cartridge control measurements.

The system was calibrated at Theranos. Multiple car        tridge lots were produced each with successively more clinically relevant specification s once samples were received from patients in the trial, as samples were not available during ass      ay validation. Each lot was independently calibrated.

*Traceability of calibration* :  Calibration is traced to authentic analytes diss        olved at known concentrations in a plasma-like matrix.  Calibratio n materials are prepared as mixed solutions of the three analytes.  Assignment of calibrator conce    ntrations is then made to values found for measurements of calibrators using reference assays.

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL Pr | ecision CV, % |
|-------|----------------------|--------------------------|---------------|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

*Assay ranges achieved*:

The goals for each assay's dynamic range were achieved.  Due to the inability to receive samples for calibration at the beginning of the studies, th       e upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lo ts, but then extended[2] to 10,000 pg/mL.  For early cartridge lots the PLGF assay lower limit of sensit    ivity was 50 pg/mL.  Therefore, many early results for PLGF were out-of-range low ("OORL"). Lo     ts produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

---

[2] All three assays have a linear dose-responses extending far above the highest calibrator used.

FOIA Confidential Treatment Requested by Theranos                                    TS-0906372



CONFIDENTIAL



*Specificity*:
The specificity of the assays depends on the pairs   of antibodies chosen for each assay.  In the first instance, we rely on the antibody vendor information.  Selected pairs are known to have good specificity in ELISA assays.  Key issues for these    analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2.    We have shown that the Theranos assay system is not affected by the presence of VEGF and    VEGFR2 and PLGF in the same samples.  In many patients in this study, the drug Avastin is    used.  This drug is an antibody that binds to VEGF.  It is obvious that ELISA assays for VEGF (an    d perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin.  As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference    from Avastin.  In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

<u>Theranos System Performance</u>:

*Assay accuracy*:
Accuracy has been evaluated by analysis of clinical   samples.  Two sets of samples have been used: (1) A set of 12 serum samples from cancer pat  ients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this   study.  Because Avastin was used to treat many of the patients in the TNONC study and this an  tibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in t he Theranos system and in duplicate for the reference method with the following results:

VEGF:  y (Theranos) = 0.785 x (reference) + 95.2; R    ^2 =0.99.  Range 96 – 1985 pg/mL.  One sample was rejected from the analysis giving very h   igh results in the Theranos system and low results in the reference assay.  Based on the study    data, it seems likely this patient was being treated with the drug Avastin, which interferes with the reference assay.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

7

FOIA Confidential Treatment Requested by Theranos                                                     TS-0906373



CONFIDENTIAL



### Single cartridge clinical results



For VEGFR2, 39 TNONC samples were assayed in tripli     cate in the Theranos system and duplicate for the reference method.  The results we re:  y (Theranos) = 1.29 x (reference) + 1004; R =0.83.  Range 1015 – 9285 pg/mL.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

8

FOIA Confidential Treatment Requested by Theranos

TS-0906374



CONFIDENTIAL





For the initial PLGF samples analyzed by Theranos in the field and with the reference method the results fell mostly in the undetectable range of bo th methods. Once the Theranos calibration was re-optimized, values became detectable from 5-17 pg/mL in the out-of-range-low venous samples sent to Theranos.

A significant correlation was achieved during valid ation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were  analyzed on both the Theranos system and the reference R&D Systems kit. The following re sults were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96.  The average within sample CV for the Theranos results was 9%.  One sample (shown in pink) below gave discrepant results.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

9

Trial Exh. 0291 Page 00016

FOIA Confidential Treatment Requested by Theranos     TS-0906375



CONFIDENTIAL





When the results for patients were segregated by trimester and averaged, the concordance shown below was found.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292  fax: 650.838.9165  www.theranos.com

10

Trial Exh. 0291 Page 00017

FOIA Confidential Treatment Requested by Theranos

TS-0906376



CONFIDENTIAL





*Effect of Avastin on the reference VEGF assay*:
Comparison of reference and Theranos VEGF assay res      ults for venous samples were not correlated.  Many Theranos results were in the thou sands of pg/mL where reference assay gave a low value.  Since it was noted that many of the p     atients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recove    ry for the reference method.  VEGF (400 pg/mL) was added to each sample and the assay repeated.  Results are shown below:

|  | Avastin VEGF average, pg/mL | VEGF average, pg/mL |
| --- | --- | --- |
| Present | Ref | Theranos |
| N | 149 | 588 |
| Y | 136 | 8359 |

|  | VEGF spike recovery, % |
| --- | --- |
| N | 66.5 |
| Y | -1.3 |

It is evident that Avastin completely blocks the re  ference assay response.  Presumably, Avastin binds at a site on VEGF close to or identical with that recognized by one of the antibodies used in the reference method.  The reference assay thus res      ponds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

Trial Exh. 0291 Page 00018

FOIA Confidential Treatment Requested by Theranos                    TS-0906377



CONFIDENTIAL



*Assay precision*:

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference meth        ods was evaluated during calibration. Singlicate measurements from six instruments were u    sed next to commercially available 'gold-standards'. Theranos adjusted the target range afte    r obtaining clinical samples. Due to the superior performance characteristics of Theranos' a    ssay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 a    rchived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[3] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity*:

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[3] Commercial samples

---

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

12

FOIA Confidential Treatment Requested by Theranos                    TS-0906378



CONFIDENTIAL



| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PlGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD)*:
Data gathered during calibration.  The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[4] | < 20 |

**Theranos Field Study:**

The system has been deployed to patient's homes and      the TNONC study clinic and has downloaded protocols and uploaded data wirelessly.      Some patients used direct telephonic communications (POTs modems) if they were worried a bout cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.

Field Performance Overview:

In this report we document results from:

- 27 patients (41% female and 59% male)
- 13 cancer types
- 38 Instruments
  - o 27 instruments deployed to patients' homes

---

[4] Later stage cartridge lots

FOIA Confidential Treatment Requested by Theranos                                        TS-0906379



CONFIDENTIAL



- o 4 instruments deployed to the clinical site in Nas hville, TN
- o 4 updated instruments to replace the readers at th e clinical site such that the latest design revolution is deployed at the site
- o 3 were used to replace malfunctioning readers in t he field (2 at clinic - one with communication issue, one mechanical due to user error; 1 at patient's home with mechanical issues from shipping)
- • 445 cartridges (approximately 1300 assay results)
  - o This number includes cartridges run in-house or ar chived plasma as well as results gathered in-field

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments have been deployed across three states, including Kentucky, Pennsylvania and Tennessee. As mentioned, typical turnaround time for installation and patient at-home test was less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the average results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|         | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---------|------------------|--------------------|------------------|
| Maximum | 13,584           | 6,317              | 410              |
| Minimum | 47.5             | 368                | 37.3             |

**By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modifica tion.**

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL. Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data is included in the appended spreadsheet:

1. Clinic visit diagnostics (Patient characteristic s and Clinical assay results)
2. Clinic visit pivot table (clinical results prese nted as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Therano s system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)

FOIA Confidential Treatment Requested by Theranos                                            TS-0906380



CONFIDENTIAL



6. Individual end-of-study results (patient evaluat ion of system)
7. Compilation and summary of end-of-study survey r esults
8. Data transmission statistics

Evaluation of time course results from individual patients:

The study data demonstrates that in a larger, statistically controlled study, where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment would be generated.

To showcase the ability to profile predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The cross-correlation function (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

Trial Exh. 0291 Page 00022

FOIA Confidential Treatment Requested by Theranos          TS-0906381



CONFIDENTIAL





For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos                                    TS-0906382





CONFIDENTIAL





3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

17

FOIA Confidential Treatment Requested by Theranos

TS-0906383



CONFIDENTIAL



For most patients analyzed, the sample size and sample numbers did not provide sufficient statistical power to derive a statistically significant conclusion but some clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin Patient dropped | | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib Patient dropped | | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

As referenced, patients #2, #19, #22, #26 dropped out of the study for various reasons; therefore average values are not statistically significant for them.

FOIA Confidential Treatment Requested by Theranos                                                                    TS-0906384



CONFIDENTIAL



For the patients in whom PLGF is consistently detectable we selected plots as shown below.



3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

19

FOIA Confidential Treatment Requested by Theranos                    TS-0906385





CONFIDENTIAL



Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender (on average)* | Time of day when home monitoring was performed (on average)* | Quality of life (as measured by on-screen survey)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |

Trial Exh. 0291 Page 00027

FOIA Confidential Treatment Requested by Theranos                                                        TS-0906386



CONFIDENTIAL



| SCP007 | Colorectal Cancer | m | Evening | 7 |
|--------|-------------------|---|---------|---|
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |
| * Actual time for each test point and diurnal variations of quality of life can be found online | | | | |

Patient compliance with optional on-screen questionnaire was approximately 86% (this number was calculated before the end of the study, therefore final compliance figures may change).

Trial Exh. 0291 Page 00028

FOIA Confidential Treatment Requested by Theranos                                                              TS-0906387



CONFIDENTIAL



Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 | Caucasian | does not smoke now, positive history | None | 36 | 179 |
| SCP010 | Caucasian | never smoked | monthly or less | 45 | 165 |
| SCP018 | Caucasian | Smoke daily | None | 45 | 181 |
| SCP007 | Caucasian | never smoked | None | 46 | 213 |
| SCP008 | Caucasian | smoke occasionally | None | 46 | 180 |
| SCP002 | Caucasian | never smoked | monthly or less | 49 | 194 |
| SCP016 | Caucasian | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 | Caucasian | does not smoke now, positive history | None | 53 | 190 |
| SCP015 | Caucasian | does not smoke now, positive history | None | 53 | 174 |
| SCP028 | Caucasian | smoke occasionally | None | 57 | 262 |
| SCP001 | Caucasian | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 | Caucasian | never smoked | None | 63 | 221 |
| SCP011 | Caucasian | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 | Caucasian | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 | Caucasian | never smoked | Every day | 65 | 252 |
| SCP005 | Caucasian | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 | Caucasian | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 | Caucasian | never smoked | monthly or less | 68 | 163 |
| SCP017 | Caucasian | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 | Caucasian | never smoked | monthly or less | 71 | 230 |
| SCP020 | Caucasian | never smoked | None | 72 | 101 |
| SCP026 | Caucasian | never smoked | None | 73 | 132 |
| SCP031 | Caucasian | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 | Caucasian | does not smoke now, positive history | None | 77 | 184 |
| SCP014 | Caucasian | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 | Caucasian | never smoked | None | 83 | 182 |

FOIA Confidential Treatment Requested by Theranos                    TS-0906388



CONFIDENTIAL



Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the Pfizer-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.

Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys

FOIA Confidential Treatment Requested by Theranos                                                TS-0906389



CONFIDENTIAL



became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM Traditional | Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

Overall performance of the Theranos System based on Customer Care log:

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o Patient running low on supplies – the solution was to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o Patient not knowing how to turn machine on – the s olution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o Patient calling about scheduling an instrument pic kup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o Patient called about blood transfer question – the solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o Patient called about instrument not recognizing ca rtridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o Patient called about instrument not being ready du e to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. Another failure occurred due to the instrument being damaged in shipping.

FOIA Confidential Treatment Requested by Theranos                                                                TS-0906390



CONFIDENTIAL



Although it performed its functions properly for the majority of the patient's schedule it eventually malfunctioned and was also promptly (~24 hours) replaced. Yet another issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic was adequately supplied it was decided to replace that instrument with one that was known to work. The problem was later resolved off-line.

Patient Compliance with protocol:

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

Theranos System Assessment by Patients and Clinical Staff:

Patient end of study surveys were sent out to all participants. To date, 17 responses were collected from patients.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions with clinical staff at Tennessee Oncology, the system was:
1. well received and

FOIA Confidential Treatment Requested by Theranos                                                TS-0906391



CONFIDENTIAL



2. the client solutions team made a very positive impact on the clinical staff and patients through promptitude and professionalism.

<u>Conclusions:</u>

General:
1. The Theranos System performed with superior perf   ormance to reference assays while running in a complex ambulatory environment.
2. The existing Theranos support infrastructure ena   bles on-demand home installation and patient training in extremely rural areas.
3. Patients preferred ambulatory monitoring to clin   ic visits and liked using the Theranos System.
4. Non-computer literate patients had no issues usi   ng the Theranos System.

Technical:
5. Inter-system accuracy is excellent and was demon   strated on a platform with superior performance specifications to reference methods.
6. Calibrations were updated with access to samples    from the trial.
7. Good correlations were seen to various commercia   lly available gold-standards.
8. Avastin does not block the Theranos assay.
9. The Theranos System can measure VEGF both free a   nd bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:
10. This 15 month study demonstrated the robust fun ctionality of Theranos Systems. With this validation data, the technology can be applied to significantly cut costs and bring compounds to market faster:

11. More frequent sampling enabled better character ization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a. See efficacy dynamics trends and correlation to    end-points in patient time-course profiles on the Pfizer web-portal at www.theranos.com.
12. Response profiles were seen in this study over 30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a. One of Theranos' pharma partners is publishing a    report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
13. Through Theranos Systems, Pfizer will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on historical data, implementation of these systems will enable Pfizer to achieve ~50% cost savings over current study spending (previously demonstrated to be $15M of a $30M study budget). Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

Trial Exh. 0291 Page 00033

FOIA Confidential Treatment Requested by Theranos                                                           TS-0906392





**Schering Corporation**
**Schering Plough Research Institure**
**Assay Development Report**
**Theranos Systems Multiplexed Human IL-6, Human TNF-α, Human CRP (hs)**

Contents

1. Introduction
2. Storage and Use
3. Calibration
4. Range
5. Quantitation Limits and Accuracy
6. Precision
7. Specificity
8. Linearity
9. Matrix Effects
10. Stability

**1. Introduction**

The Theranos Assay System is a fully automated means for measuring concentrations of analytes (biomarkers, drugs) using immunoassay methodology. The system is comprised of instruments, single-use cartridges and a wireless communications link that conveys protocol information to the instruments from a Theranos Server and relays assay data to the Server for interpretation and distribution. Blood, plasma serum and control mate rials may be analyzed by the System. Calibration is performed at Theranos on a cartridge-lot-specific basis.

The System accepts a metered sample (15uL) from a p roprietary sampling device or a pipette, dilutes it automatically to levels appropriate to e ach assay then executes an automated ELISA assay protocol. The protocol is selected from a se t of released protocols available on the Theranos Server and identified by reading a bar cod e on each cartridge. The bar code is also linked to an assay lot-specific calibration algorithm. Assays are complete in about one hour.

Assays are typically grouped (multiplexed) in parti cular cartridges designed to monitor specific disease and therapeutic processes. For example, a cartridge designed to monitor acute and inflammatory processes measures IL-6, TNF- α and CRP. Customer is interested in use of the Theranos System and has sponsored a validation exer cise at Theranos focused on the inflammatory marker cartridge.

In this exercise, many instruments (60) and three l ots of cartridges were used for validation of system level performance: inter-intra device, cartridge, and assay performance.

**2. Storage and Use**

Trial Exh. 0291 Page 00034

FOIA Confidential Treatment Requested by Theranos                                    TS-0906393





Theranos cartridges should be stored in the original unopened packaging in an upright position at 4°C. Theranos instruments require no user maintenance or calibration. User prompts are provided on a screen which is part of the instrument.

## 3. Calibration

IL-6 and TNF-α assay calibration utilize recombinant analytes expressed in human-cell lines as calibration materials. These are reportedly more stable than recombinant analytes made in bacteria and more similar to the naturally occurring analytes. The CRP assay is calibrated with a human plasma-derived analyte. Theranos Systems assays recognize "natural", recombinant, and human-cell line expressed recombinant forms of IL-6 and TNF-α. Each lot of Theranos Cartridges is individually calibrated, the calibration equation is linked to the cartridge barcode and results are automatically computed on the Theranos data server. For this validation study, three cartridge lots were produced and calibrated.

### NIBSC WHO Verification of Calibration

Exemplary assay responses are shown in Appendix A. Calibrations for IL-6, TNF-α and CRP were verified by testing the recovery of the current National Institute for Biological Standards and Control (NIBSC) World Health Organization (WHO) Reference Standards. The current WHO standard for IL-6 is NIBSC code 89/548 (recombinant protein produced in CHO cells with post translational modifications), for TNF-α NIBSC code 88/786 (a natural human protein derived from human BALL-1 cells), and for CRP NIBSC code 85/506 from human plasma. Spike recovery of all three WHO standards were within acceptable limits across the assay ranges as shown in the figures and tables below. Note that for the TNF-α assay we found low recovery (about 30%) of the WHO standard in a reference kit (R&D Systems Quantikine HS catalogue # HSTA00D, data shown in Appendix B). Therefore comparisons of sensitivity and slopes of assay correlations of results of the Theranos System with those of R&D Systems kits will show different results due to their respective calibrations. For example, the R&D Systems Assay would report a TNF-α value of 4 pg/mL when the Theranos Assay reports 12 pg/mL. If desired by a customer the Theranos System can be configured (in calibration algorithms) to provide results matching those of R&D Systems assays (or those of other predicate assay). It is our intention however to continue to perform primary calibration of Theranos assays using International Standard materials whenever possible since predicate assays not so calibrated may be subject to lot-to-lot variation in calibration.

FOIA Confidential Treatment Requested by Theranos                                            TS-0906394









Trial Exh. 0291 Page 00036

FOIA Confidential Treatment Requested by Theranos

TS-0906395







**CRP Calibration Verification**
**WHO NIBSC 85/506 Standard Diluted in Assay Buffer**

$y = 0.9937x$
$R^2 = 0.9862$

**Theranos Systems Recovery of IL-6 (NIBSC code 89/548) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [IL-6] IU/mL | [IL-6] pg/ml | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 100 | 1000 | 981.1 | 11 | 980.1 | 98 |
| 25 | 250 | 227.1 | 16 | 226.2 | 90 |
| 5 | 50 | 45.2 | 10 | 44.2 | 88 |
| 3 | 25 | 21.5 | 8 | 20.5 | 82 |
| 1 | 10 | 10.5 | 9 | 9.5 | 95 |
| 0 | 0 | 1.0 | 47 | 0.0 | N/A |

**Theranos Systems Recovery of TNF-α (NIBSC code 88/786) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [TNFa] IU/mL | [TNFa] pg/mL | Recovered [TNF-α] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 46.5 | 1000 | 873.4 | 3 | 873.0 | 89 |
| 11.6 | 250 | 218.7 | 3 | 218.3 | 96 |
| 2.3 | 50 | 44.0 | 10 | 43.5 | 96 |
| 1.2 | 25 | 20.9 | 22 | 20.4 | 95 |
| 0.5 | 10 | 10.9 | 19 | 10.5 | 100 |
| 0 | 0 | 0.4 | 14 | 0.0 | N/A |

**Theranos Systems Recovery of CRP (NIBSC code 85/506) in Assay Buffer**
n=3 cartridges, 3 instruments per level

| [CRP] IU/mL | [CRP] ug/ml | Recovered [CRP] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 98 | 100 | 94.6 | 2 | 95 |
| 49 | 50 | 57.4 | 18 | 115 |
| 24.5 | 25 | 28.1 | 15 | 113 |
| 10 | 10 | 10.2 | 14 | 102 |

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00037

FOIA Confidential Treatment Requested by Theranos                              TS-0906396




| 4.9 | 5 | 5.7 | 20 | 114 |
| 0 | 0 | 0.0 | 30 | N/A |

## 4. Range

Reportable ranges  based on calibration to WHO standards  determined for these assays are:

| Assay | Low | High |
|-------|-----|------|
| IL-6 | 2 pg/mL | 1000 pg/mL |
| TNF-α | 4[1] pg/mL | 1000 pg/mL |
| CRP | 0.05 ug/mL | 100 ug/mL |

As shown below, all three tested lots support these ranges[2].

## 5. Quantitation Limits

Assay calibrations and determination of Lower Limit of Quantitation (LLOQ) and Upper Limit of Quantitation (ULOQ) were performed and analyzed by  proprietary software.  Assay responses were fitted by a four-parameter equation and  LLOQ and ULOQ determined according to FDA criteria.  Calibrators were run in triplicate on three days (consecutive or non-consecutive) on 36 instruments for a total of nine cartridges per level, at 12 levels.

**Summary of Calibration Analysis for three Cartridge Lots**

| Lot 2455142005 | IL-6 | TNF-α | CRP |
|----------------|------|-------|-----|
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot  2455146006** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| **Lot 2455156002** | **IL-6** | **TNF-α** | **CRP** |
| LLOQ | 2.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |

**Limits of detection (LOD)**

The range in the Limits of detection calculated as 2*Signal SD/Slope of dose response (☐signal/☐conc) are reported for the three lots of Theranos cartridges.  Comparison data are also given for R&D Systems assays Minimum Detectable Dose "MDD" (which is equivalent to LOD).  In addition to the calibration issue for the R&D Systems TNF-α assay discussed above

---

[1] Equivalent to 1 pg/mL in the R&D Systems assay calibrated using R&D Systems calibrators
[2] The lower limit of the reportable range of the TNF-α assay has been extended below the LLOQ so as not to restrict the reportable range too much.  The LLOQ is higher than anticipated due to unexpectedly high imprecision of the assay in the cartridge lots used for validation compared with other cartridge lots used in pre-clinical work. We are presently investigating the root cause of this imprecision.

FOIA Confidential Treatment Requested by Theranos                                                    TS-0906397





which gives a four-fold lower limit for R&D Systems, we believe the calculation of MDD performed by R&D Systems may be compromised (falsely low) by the inability of any known spectrometer to report optical density to the required precision needed to support the calculated values.

The CRP MDD reported by R&D Systems is highly misleading since it represents the concentration in the assay rather than in the sample (which "must be diluted" according to their package insert prior to assay). Note that the Theranos assay uses a sample which is diluted 5000-fold. If we compare the actual sensitivity *in the assay medium* the Theranos value would be about 0.006 ng/mL.

| Assay System IL-6 (pg/mL) | TNF- | $\alpha$(pg/mL) | CRP (ng/mL) |
|---|---|---|---|
| Theranos | $0.9 - 1.5$ | $3.7 - 5.2$ | 28 - 31 |
| R&D Systems | $0.02 - 0.11$ | $0.04 - 0.19$ | $0.005 - 0.22$ |
| R&D Systems[3] | | $0.16 - 0.76$ | |

## 6. Precision and Accuracy

Plasma with low endogenous analyte levels was spiked with three levels of the analytes were measured in 16 cartridges per level on 48 instruments. Recovery of the spiked analyte was good. Imprecision (% CV) ranged from 10 - 25 %. Note that the imprecision cited includes both instrument-instrument and cartridge-cartridge variance.

**Spiked Plasma Samples (n=16 cartridges, n=48 instruments)**

| Nominal [IL-6] pg/mL | Recovered [IL-6] pg/mL | StDev | | CV % % | Recovery |
|---|---|---|---|---|---|
| 800.3 | 806.9 | 79.8 | | 9.9 | 101 |
| 50.3 | 50.5 | 4.7 | | 9.2 | 100 |
| 5.3 | 5.1 | 0.8 | | 15.5 | 96 |
| **Nominal [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **StDev** | | **CV % %** | **Recovery** |
| 500.3 | 418.9 | 39.6 | | 9.5 | 84 |
| 50.3 | 42.7 | 5.1 | | 12.0 | 85 |
| 12.3 | 12.9 | 3.2 | | 24.6 | 105 |
| **Nominal [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **StDev** | | **CV % %** | **Recovery** |
| 50.1 | 50.4 | 10.0 | | 19.9 | 101 |
| 1.6 | 1.6 | 0.3 | | 16.8 | 97 |
| 0.1 | 0.1 | 0.0 | | 20.6 | 103 |

## 7. Specificity

Assays were tested for cross reactivity and interference by the factors listed below, at high, mid and low analyte levels. Potential cross-reactants were selected based on package inserts of recognized predicate methods and added at levels deemed to be higher than those likely to be

---

[3] Recalculated to reflect calibration to WHO standard material

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos

TS-0906398





found in clinical samples.  No significant cross reactivity or interference was observed for any of the assays by any of the tested factors at all analyte levels tested.

| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
| Control | 0 | 1000.3 | 1100.3 | 7.8 | 110 |
|  | 0 | 90.3 | 95.8 | 16.6 | 106 |
|  | 0 | 8.3 | 9.4 | 4.8 | 113 |
| IL-1α | 10 | 1000.3 | 939.2 | 2.9 | 94 |
|  | 10 | 90.3 | 97.0 | 15.7 | 107 |
|  | 10 | 8.3 | 9.0 | 6.9 | 108 |
| IL-2 | 10 | 1000.3 | 1047.7 | 1.7 | 105 |
|  | 10 | 90.3 | 86.7 | 9.4 | 96 |
|  | 10 | 8.3 | 8.7 | 22.3 | 105 |
| IL-3 | 10 | 1000.3 | 950.0 | 12.7 | 95 |
|  | 10 | 90.3 | 91.9 | 4.6 | 102 |
|  | 10 | 8.3 | 7.9 | 4.4 | 95 |
| IL-4 | 10 | 1000.3 | 908.0 | 10.9 | 91 |
|  | 10 | 90.3 | 79.9 | 16.7 | 88 |
|  | 10 | 8.3 | 8.1 | 18.1 | 97 |
| IL-6 sR | 50 | 1000.3 | 914.9 | 18.0 | 91 |
|  | 50 | 90.3 | 81.2 | 1.3 | 90 |
|  | 50 | 8.3 | 8.0 | 29.0 | 96 |
| IL-7 | 10 | 1000.3 | 895.0 | 10.0 | 89 |
|  | 10 | 90.3 | 78.1 | 9.1 | 87 |
|  | 10 | 8.3 | 8.2 | 9.4 | 99 |
| IL-8 | 10 | 1000.3 | 927.8 | 9.7 | 93 |
|  | 10 | 90.3 | 82.3 | 17.1 | 91 |
|  | 10 | 8.3 | 8.4 | 17.6 | 101 |
| IL-11 | 10 | 1000.3 | 897.5 | 12.5 | 90 |
|  | 10 | 90.3 | 90.3 | 6.1 | 100 |
|  | 10 | 8.3 | 7.9 | 2.2 | 95 |
| IL-12 | 10 | 1000.3 | 837.6 | 8.4 | 84 |
|  | 10 | 90.3 | 85.8 | 14.7 | 95 |
|  | 10 | 8.3 | 6.8 | 18.1 | 82 |
| CNTF | 10 | 1000.3 | 900.6 | 8.4 | 90 |
|  | 10 | 90.3 | 95.3 | 5.8 | 106 |
|  | 10 | 8.3 | 8.9 | 22.4 | 107 |
| G-CSF | 10 | 1000.3 | 925.0 | 18.7 | 92 |
|  | 10 | 90.3 | 90.2 | 12.8 | 100 |
|  | 10 | 8.3 | 9.7 | 6.9 | 117 |
| sgp130 | 1000 | 1000.3 | 895.5 | 17.0 | 90 |
|  | 1000 | 90.3 | 88.6 | 2.0 | 98 |

THERANOS CONFIDENTIAL                                                                                     Page 7

FOIA Confidential Treatment Requested by Theranos                                          TS-0906399





| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
| | 1000 | 8.3 | 9.4 | 3.2 | 114 |
| LIF R | 50 | 1000.3 | 895.2 | 2.8 | 89 |
| | 50 | 90.3 | 78.5 | 16.5 | 87 |
| | 50 | 8.3 | 8.9 | 19.8 | 107 |
| OSM | 10 | 1000.3 | 945.4 | 9.5 | 95 |
| | 10 | 90.3 | 77.1 | 10.0 | 85 |
| | 10 | 8.3 | 6.9 | 16.8 | 83 |
| TNF-β | 10 | 1000.3 | 919.6 | 8.6 | 92 |
| | 10 | 90.3 | 83.3 | 15.8 | 92 |
| | 10 | 8.3 | 9.4 | 7.8 | 113 |
| IL-1β | 10 | 1000.3 | 901.2 | 8.1 | 90 |
| | 10 | 90.3 | 85.7 | 17.6 | 95 |
| | 10 | 8.3 | 7.5 | 10.5 | 90 |
| sTNF RI | 10 | 1000.3 | 1025.2 | 9.2 | 102 |
| | 10 | 90.3 | 83.4 | 11.4 | 92 |
| | 10 | 8.3 | 9.4 | 16.5 | 114 |
| sTNF RII | 10 | 1000.3 | 963.3 | 13.8 | 96 |
| | 10 | 90.3 | 90.7 | 10.2 | 100 |
| | 10 | 8.3 | 9.3 | 21.0 | 112 |

| TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
| Control | 0 | 900.3 | 883.7 | 4.1 | 98 |
| | 0 | 90.3 | 85.4 | 4.1 | 95 |
| | 0 | 8.3 | 8.3 | 40.4 | 100 |
| IL-1α | 10 | 900.3 | 849.1 | 5.5 | 94 |
| | 10 | 90.3 | 89.6 | 12.7 | 99 |
| | 10 | 8.3 | 8.8 | 16.0 | 106 |
| IL-2 | 10 | 900.3 | 855.2 | 23.5 | 95 |
| | 10 | 90.3 | 90.8 | 7.9 | 101 |
| | 10 | 8.3 | 9.6 | 18.5 | 116 |
| IL-3 | 10 | 900.3 | 836.5 | 23.5 | 93 |
| | 10 | 90.3 | 74.3 | 5.4 | 82 |
| | 10 | 8.3 | 8.2 | 29.2 | 98 |
| IL-4 | 10 | 900.3 | 884.6 | 6.9 | 98 |
| | 10 | 90.3 | 89.5 | 8.5 | 99 |
| | 10 | 8.3 | 7.0 | 49.3 | 84 |
| IL-6 sR | 50 | 900.3 | 874.0 | 23.5 | 97 |
| | 50 | 90.3 | 77.8 | 13.8 | 86 |
| | 50 | 8.3 | 8.6 | 34.8 | 103 |
| IL-7 | 10 | 900.3 | 871.9 | 6.3 | 97 |
| | 10 | 90.3 | 82.8 | 37.1 | 92 |

Trial Exh. 0291 Page 00041

FOIA Confidential Treatment Requested by Theranos                                    TS-0906400

 

| TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
| | 10 | 8.3 | 7.6 | 22.9 | 91 |
| IL-8 | 10 | 900.3 | 774.4 | 1.8 | 86 |
| | 10 | 90.3 | 83.4 | 13.5 | 92 |
| | 10 | 8.3 | 7.9 | 12.6 | 95 |
| IL-11 | 10 | 900.3 | 901.8 | 1.5 | 100 |
| | 10 | 90.3 | 90.7 | 19.6 | 100 |
| | 10 | 8.3 | 9.3 | 36.8 | 112 |
| IL-12 | 10 | 900.3 | 770.9 | 7.3 | 86 |
| | 10 | 90.3 | 77.4 | 15.8 | 86 |
| | 10 | 8.3 | 7.9 | 56.7 | 96 |
| CNTF | 10 | 900.3 | 920.1 | 6.0 | 102 |
| | 10 | 90.3 | 82.5 | 9.7 | 91 |
| | 10 | 8.3 | 8.7 | 18.9 | 105 |
| G-CSF | 10 | 900.3 | 1052.6 | 3.7 | 117 |
| | 10 | 90.3 | 95.6 | 20.7 | 106 |
| | 10 | 8.3 | 9.1 | 9.6 | 110 |
| sgp130 | 1000 | 900.3 | 891.3 | 16.8 | 99 |
| | 1000 | 90.3 | 93.8 | 9.1 | 104 |
| | 1000 | 8.3 | 10.1 | 25.1 | 122 |
| LIF R | 50 | 900.3 | 781.5 | 20.7 | 87 |
| | 50 | 90.3 | 87.3 | 15.2 | 97 |
| | 50 | 8.3 | 9.1 | 12.1 | 110 |
| OSM | 10 | 900.3 | 862.1 | 10.6 | 96 |
| | 10 | 90.3 | 85.2 | 23.8 | 94 |
| | 10 | 8.3 | 7.4 | 54.1 | 89 |
| TNF-β | 10 | 900.3 | 804.0 | 24.7 | 89 |
| | 10 | 90.3 | 90.7 | 16.4 | 100 |
| | 10 | 8.3 | 7.7 | 32.3 | 92 |
| IL-1β | 10 | 900.3 | 900.0 | 17.3 | 100 |
| | 10 | 90.3 | 83.1 | 16.6 | 92 |
| | 10 | 8.3 | 8.3 | 33.1 | 101 |
| sTNF RI | 10 | 900.3 | 833.0 | 21.8 | 93 |
| | 10 | 90.3 | 86.4 | 19.5 | 96 |
| | 10 | 8.3 | 6.7 | 21.6 | 80 |
| sTNF RII | 10 | 900.3 | 801.3 | 8.9 | 89 |
| | 10 | 90.3 | 93.6 | 3.0 | 104 |
| | 10 | 8.3 | 8.2 | 14.2 | 99 |

| CRP Assay Specificity Test in Assay Buffer (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [CRP] ug/ml | Recovered [CRP] ug/ml | CV % | % Recovery |

Trial Exh. 0291 Page 00042

FOIA Confidential Treatment Requested by Theranos                                    TS-0906401





| Control | 0 | 50 | 53.0 | 16 | 106 |
|---|---|---|---|---|---|
| | 0 | 10 | 8.1 | 34 | 81 |
| | 0 | 0.75 | 0.7 | 13 | 91 |
| Pentraxin-2/SAP | 30 | 50 | 49.2 | 19 | 98 |
| | 30 | 10 | 8.9 | 9 | 89 |
| | 30 | 0.75 | 0.8 | 4 | 102 |
| Pentraxin-3/TSG-14 | 10 | 50 | 40.6 | 7 | 81 |
| | 10 | 10 | 8.2 | 14 | 82 |
| | 10 | 0.75 | 0.7 | 5 | 100 |

## 8. Linearity

A plasma sample with low endogenous analyte levels was spiked with known levels of IL-6, TNF-α, and CRP then diluted serially with the unspiked plasma.  All assays showed an appropriate linear dilution response across the dilution range (500 – 2000-fold).  Data are tabulated and graphed below.

**Dilution Linearity in Plasma, Multiplexed Assays**  (n=3 cartridges, 3 instruments per level)

| IL-6 | | | | |
|---|---|---|---|---|
| Spiked [IL-6] pg/mL | [Expected]  pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 950 | 950.5 | 958.1 | 7 | 101 |
| | 475.5 | 480.9 | 11 | 101 |
| | 238.0 | 256.1 | 18 | 108 |
| | 119.2 | 143.9 | 25 | 121 |
| | 59.8 | 62.3 | 3 | 104 |
| | 30.1 | 28.3 | 23 | 94 |
| | 15.3 | 13.3 | 34 | 87 |
| | 0.5 | 0.5 | 88 | 100 |

| TNF-α | | | | |
|---|---|---|---|---|
| Spiked [TNFa] pg/mL | [Expected]  pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 900 | 902.7 | 899.2 | 11 | 100 |
| | 452.7 | 461.5 | 9 | 102 |
| | 227.7 | 194.6 | 6 | 85 |
| | 115.2 | 105.0 | 11 | 91 |
| | 59.0 | 56.1 | 2 | 95 |
| | 30.9 | 30.6 | 4 | 99 |
| | 16.8 | 14.9 | 26 | 89 |
| | 2.7 | 2.7 | 14 | 100 |

| CRP | | | | |
|---|---|---|---|---|
| Spiked [CRP] ug/mL | [Expected]  ug/ml | [Recovered] ug/mL | CV % | % Recovery |
| 75 | 75.1 | 82.8 | 34 | 110 |
| | 37.6 | 35.0 | 0 | 93 |
| | 18.8 | 14.7 | 10 | 78 |
| | 9.5 | 9.1 | 12 | 96 |

FOIA Confidential Treatment Requested by Theranos





| | 4.8 | 4.1 | 8 | 85 |
| | 2.4 | 2.4 | 7 | 98 |
| | 1.3 | 1.3 | 15 | 102 |
| | 0.1 | 0.1 | 29 | 100 |





THERANOS CONFIDENTIAL

Page 11

Trial Exh. 0291 Page 00044

FOIA Confidential Treatment Requested by Theranos

TS-0906403







## 9. Matrix Effects

Plasma or serum containing various potentially interfering factors or substances were spiked with known levels of analyte and the resulting recovery of the spiked analyte calculated after correction for endogenous analyte.  None of the assays showed interference from icteric, hemolyzed, lipemic, or rheumatoid factor-positive samples as shown in the tables below

NORMAL SERUM   Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1019.1 | 14 | 1015.82 | 102 |
| 250 | 224.9 | 4 | 221.58 | 89 |
| 50 | 47.7 | 14 | 44.42 | 89 |
| 25 | 25.3 | 6 | 22.01 | 88 |
| 10 | 12.6 | 9 | 9.29 | 93 |
| 0 | 3.3 | 43 | 0.00 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1019.1 | 14 | 1014.7 | 101 |
| 250 | 224.9 | 4 | 220.5 | 88 |
| 50 | 47.7 | 14 | 43.3 | 87 |
| 25 | 25.3 | 6 | 20.9 | 84 |
| 10 | 12.6 | 9 | 8.2 | 82 |
| 0 | 4.4 | 60 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 107.4 | 11 | 107.3 | 107 |
| 50 | 49.3 | 13 | 49.3 | 99 |
| 25 | 25.0 | 23 | 24.9 | 100 |
| 10 | 9.6 | 41 | 9.5 | 95 |
| 5 | 5.9 | 17 | 5.8 | 116 |

Trial Exh. 0291 Page 00045

FOIA Confidential Treatment Requested by Theranos                                                   TS-0906404

 

| 0 | 0.1 | 12 | 0.0 | |
|---|-----|----|-----|--|

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00046

FOIA Confidential Treatment Requested by Theranos                     TS-0906405





**LIPEMIC SERUM  Sample: Vital Products SFB8315 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 872.5 | 15 | 868.8 | 87 |
| 250 | 214.1 | 4 | 210.4 | 84 |
| 50 | 47.8 | 15 | 44.1 | 88 |
| 25 | 24.5 | 6 | 20.8 | 83 |
| 10 | 14.4 | 19 | 10.7 | 107 |
| 0 | 3.7 | 12 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 965.0 | 17 | 962.8 | 96 |
| 250 | 230.8 | 15 | 228.6 | 91 |
| 50 | 56.6 | 40 | 54.4 | 109 |
| 25 | 25.4 | 13 | 23.2 | 93 |
| 10 | 14.8 | 14 | 12.6 | 126 |
| 0 | 2.2 | 32 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.4 | 36 | 119.1 | 119 |
| 50 | 54.2 | 40 | 53.9 | 108 |
| 25 | 24.4 | 25 | 24.1 | 96 |
| 10 | 10.4 | 9 | 10.1 | 101 |
| 5 | 5.8 | 15 | 5.6 | 111 |
| 0 | 0.2 | 12 | 0.0 | |

**HEMOLYZED PLASMA   Sample: Stanford W070509118560 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1010.9 | 10 | 1010.0 | 101 |
| 250 | 274.6 | 13 | 273.7 | 109 |
| 50 | 51.6 | 2 | 50.7 | 101 |
| 25 | 26.8 | 11 | 25.9 | 104 |
| 10 | 10.5 | 12 | 9.6 | 96 |
| 0 | 0.9 | 41 | 0.0 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 898.7 | 14 | 895.1 | 90 |
| 250 | 223.5 | 12 | 219.9 | 88 |
| 50 | 44.2 | 11 | 40.6 | 81 |
| 25 | 27.7 | 23 | 24.1 | 96 |
| 10 | 12.0 | 23 | 8.4 | 84 |
| 0 | 3.6 | 14 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 119.6 | 10 | 119.5 | 119 |
| 50 | 54.0 | 10 | 53.9 | 108 |
| 25 | 22.5 | 14 | 22.4 | 90 |
| 10 | 11.6 | 3 | 11.5 | 115 |
| 5 | 5.6 | 11 | 5.5 | 110 |
| 0 | 0.1 | 4 | 0.0 | |

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00047

FOIA Confidential Treatment Requested by Theranos

TS-0906406





THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos

TS-0906407





**ICTERIC SERUM  Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 986.0 | 9 | 983.4 | 98 |
| 250 | 282.4 | 12 | 279.7 | 112 |
| 50 | 55.8 | 10 | 53.2 | 106 |
| 25 | 28.1 | 7 | 25.4 | 102 |
| 10 | 11.8 | 16 | 9.2 | 92 |
| 0 | 2.6 | 53 | 0.0 | |

| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 969.8 | 5 | 967.4 | 97 |
| 250 | 219.6 | 22 | 217.2 | 87 |
| 50 | 45.0 | 11 | 42.6 | 85 |
| 25 | 24.5 | 5 | 22.1 | 88 |
| 10 | 10.6 | 22 | 8.2 | 82 |
| 0 | 2.4 | 17 | 0.0 | |

| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 100 | 109.5 | 8 | 108.4 | 108 |
| 50 | 41.7 | 80 | 40.6 | 81 |
| 25 | 29.6 | 14 | 28.4 | 114 |
| 10 | 10.1 | 11 | 9.0 | 90 |
| 5 | 6.4 | 19 | 5.3 | 106 |
| 0 | 1.1 | 3 | 0.0 | |

**RHEUMATOID FACTOR POSITIVE SERUM  Sample: Vital Products SFB7884**
**(n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1118.0 | 10 | 1097.9 | 110 |
| 250 | 286.9 | 9 | 266.7 | 107 |
| 50 | 77.7 | 13 | 57.6 | 115 |
| 25 | 46.3 | 12 | 26.2 | 105 |
| 10 | 30.4 | 6 | 10.2 | 102 |
| 0 | 20.1 | 6 | 0.0 | |

| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1116.4 | 11 | 1112.3 | 111 |
| 250 | 228.9 | 5 | 224.8 | 90 |
| 50 | 48.0 | 13 | 43.9 | 88 |
| 25 | 24.2 | 13 | 20.1 | 80 |
| 10 | 14.0 | 20 | 9.9 | 99 |
| 0 | 4.1 | 27 | 0.0 | |

| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 100 | 110.9 | 18 | 105.8 | 106 |
| 50 | 49.1 | 17 | 44.0 | 88 |
| 25 | 34.2 | 29 | 29.0 | 116 |
| 10 | 15.5 | 9 | 10.3 | 103 |
| 5 | 10.9 | 11 | 5.7 | 114 |

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00049

FOIA Confidential Treatment Requested by Theranos

TS-0906408




| 0 | 5.2 | 28 | 0.0 | |
|---|-----|----|----|--|

THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00050

FOIA Confidential Treatment Requested by Theranos

TS-0906409





**10. Stability**

The stability of component reagents for the present assays has been studied individually in lots made previous to the present study.  The capture surfaces were stable for over 12 months, and the detection conjugates for at least six months. Stability of the integrated cartridges used for this validation report stored at 4C is being monitored and an updated report will include this data. Cartridges are initially assigned an expiry date of three months post manufacture.

**Conclusions:**

The Theranos IL-6, TNF-α, CRP assay multiplex has been shown to give more accurate and precise results for three independently calibrated cartridge lots and all the many instruments used than current "gold standard" reference methods.   Assay calibration has been established using WHO or other standard materials.  Lower and upper levels of quantitation have been established. The assays are specific for their respective analytes when tested against potential cross reactants and are not interfered with by agents that may cause problems in immunoassays.  Dilution linearity is satisfactory for all the assays.  Assay cartridge stability studies are underway.

Trial Exh. 0291 Page 00051

FOIA Confidential Treatment Requested by Theranos                                      TS-0906410





## Appendix A





THERANOS CONFIDENTIAL

Trial Exh. 0291 Page 00052

FOIA Confidential Treatment Requested by Theranos

TS-0906411







Trial Exh. 0291 Page 00053

FOIA Confidential Treatment Requested by Theranos

TS-0906412

 

**Appendix B**

Comparison of Theranos Systems TNFa Calibration to Other Available Commercial Methods

Plasma samples were spiked with WHO TNF-a Standard (NIBSC code 88/786) and run in Theranos Systems and in R&D Quantikine High Sensitivity Human TNF-α ELISA (catalogue # HSTA00D). The results are shown below.

**THERANOS SYSTEMS Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 5.2 | 0.0 | | |
| 0.1 | 2.5 | 8.1 | 2.9 | 0.1 | 118 |
| 0.2 | 5 | 11.5 | 6.3 | 0.3 | 126 |
| 0.5 | 10 | 14.9 | 9.7 | 0.5 | 97 |
| 1.2 | 25 | 35.9 | 30.8 | 1.4 | 123 |
| 2.3 | 50 | 57.6 | 52.4 | 2.4 | 105 |
| 11.6 | 250 | 217.6 | 212.5 | 9.9 | 85 |
| 46.5 | 1000 | 1120.6 | 1115.4 | 51.9 | 112 |

**R&D QUANTIKINE HS ELISA Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 0.2 | 0.0 | | |
| 0.1 | 2.5 | 1.0 | 0.8 | 0.04 | 32 |
| 0.2 | 5 | 1.8 | 1.6 | 0.07 | 32 |
| 0.5 | 10 | 3.2 | 3.0 | 0.14 | 30 |
| 1.2 | 25 | 7.3 | 7.1 | 0.3 | 28 |
| 2.3 | 50 | 15.0 | 14.8 | 0.7 | 30 |
| 11.6 | 250 | 83.6 | 83.4 | 3.9 | 33 |
| 46.5 | 1000 | 308.0 | 307.7 | 14.3 | 31 |

FOIA Confidential Treatment Requested by Theranos                                                    TS-0906413







Trial Exh. 0291 Page 00055

FOIA Confidential Treatment Requested by Theranos                                        TS-0906414

# Exhibit 3

Message

| | |
|---|---|
| **From:** | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent:** | 10/11/2008 1:08:44 AM |
| **To:** | Power, Aidan C [aidan.c.power@pfizer.com]; Lipset, Craig [Craig.Lipset@pfizer.com] |
| **CC:** | Marc Thibonnier [mthibonnier@theranos.com] |
| **Subject:** | RE: Follow up to our meeting |

Dear Aidan and Craig:

It is with great pleasure that I write to inform you we have now achieved our study goals.

In the interest of finishing as quickly as possible, we varied the enrollment schedules of some of our existing and new patients, as you will see in the attached.

Throughout this process, we have been compiling the data for our final report. I am very pleased to present you with the final data -- see the attached study report. We also have compiled all the raw data and included it for your reference in the attached spreadsheet. The report has been written in such a way that it could be circulated to people unfamiliar with Theranos.

Our 15 month study has validated the efficacy of our technology. We now have the foundation to apply it to
1) fast-tracking the approvals and label expansions of key therapies through generation of predictive and higher integrity data, faster and
2) significantly cutting costs to Pfizer's current study budgets by eliminating the need for sample shipments, overhead and analytical costs in the process.

The ability to profile protein time-courses in this way is allowing for predictive correlations to be extracted from biomarker measurements. One of our pharma partners quantified the impact of Theranos Systems accelerating time-to-market at $1M a day after seeing correlations in a 6 month study that the conventional infrastructure took over 2 years to uncover. This work is on label expansion of an existing drug into a new indication; the ability to rapidly generate data on efficacy dynamics for market expansion has further implications for the revenue of the drug.

Since our meeting, we have cemented thoughts on the most powerful application of these systems for Pfizer. I wanted to wait until we received some highly anticipated return-on-investment data to share with you and we will now compile an overview of our systems and potential program(s) for you.

We have worked very hard on the angiogenesis program for a long time and are looking forward to translating our work into significant value creation for Pfizer.

Let us know if there is a convenient time next week for us to connect on this and next steps.

With my very best regards,
Elizabeth.


Elizabeth Holmes
President and CEO
Theranos, Inc.


==================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605305

Trial Exh. 0143 Page 0001

and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292      www.theranos.com

=======================================

**From:** Power, Aidan C [mailto:aidan.c.power@pfizer.com]
**Sent:** Friday, August 22, 2008 10:00 AM
**To:** Elizabeth Holmes; Lipset, Craig
**Cc:** Marc Thibonnier; Stefan Hristu
**Subject:** RE: Follow up to our meeting

Elizabeth – thank you for this.  And thank you for hosting us on Tuesday.  Aidan

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605306



CONFIDENTIAL

<u>Theranos Angiogenesis Study Report</u>

Prepared for Dr. Aidan Power
Pfizer, Inc.

**Document Outline:**

- ∞ Introduction to Theranos
- ∞ Background on Theranos Studies
- ∞ Economic Impact of Theranos Systems to Pharma
- ∞ Angiogenesis Program Overview
    - o Study design
- ∞ Theranos System Overview
    - o Specifications
    - o Theranos System Performance
- ∞ Theranos Field Study
    - o Field Performance Overview
    - o Trial Data
    - o Evaluation of time course results from individual patients
    - o Review of generated data, in aggregate by patient ID, sex, cancer type, treatment, etc.
    - o Integrated patient information, including date and time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
    - o Assessment of the technical performance of the Theranos System
        - ▪ Data transmission % success and mode of transmission used
        - ▪ General performance information as logged via the Customer Care line
        - ▪ Assessment of patient compliance with protocol
    - o Summary of patient and clinical staff assessment of the Theranos System and the Client Solutions team via end-of-study surveys
- ∞ Conclusions
    - o General
    - o Technical
    - o Economic

**Introduction to Theranos:**

Accurately, rapidly, and effectively profiling the efficacy dynamics of a therapy in clinical studies is an unmet need that has long challenged the conventional blood testing infrastructure.

Theranos has demonstrated in clinical studies that more frequent longitudinal time-series measurements on fresh whole blood samples with a multiplexed platform that eliminates the noise (and inability to accurately characterize very broad dynamic ranges) of conventional tests is imperative to effectively characterizing physiological changes and the efficacy of any intervention.

Theranos' wirelessly integrated data analytical system allows for 'baseline' profiles of pathway dynamics to be created and updated automatically as data is generated in the field. If needed, analyte selection or frequency of sampling can be adjusted at any time during the study based on the data coming in.

In future studies within a given indication, the data analytical infrastructure can be used for predictive modeling wherein new patient data can be indexed against the stored baseline profiles for earlier reads on efficacy dynamics and dose-response.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605307

Trial Exh. 0143 Page 0003



CONFIDENTIAL

**Background on Theranos Studies:**

Every day gained in getting a new brand to market can be measured in millions of dollars.

Time is a major factor of cost of development of a new drug. For years the pharmaceutical industry has worked to drive every day possible out of the development process, and has reached a point where the physical limitations around the timelines for statistically significant data acquisition primarily determine the time to market.

Theranos Systems revolutionize those timeline constraints by enabling instant access to higher quality data and exponentially faster reads on efficacy and safety dynamics from the initiation of clinical trials. In doing so, Theranos is laying the foundation of a new growth model for pharma.

Theranos Systems radically impact revenues and growth on new and existing drugs in ways that were previously not possible:

- ◆ Faster approvals and studies - Immediate access to results enables immediate decision making and planning; early reads on efficacy dynamics and dose optimization for sub-populations through more comprehensive longitudinal PK/PD profiling
- ◆ Reimbursement and differentiation - Concrete reads on efficacy dynamics and visibility into mechanisms of action to optimize compounds dynamically
- ◆ Rapid access to multiple markets pre and post-approval - early reads on efficacy through trends in the change in rate of key markers allow for rapid label expansion
- ◆ Amelioration of safety concerns – more accurate reads on actual pathway dynamics enable rapid optimization where beneficial and delineation of patient sub-populations

**Economic Impact of Theranos Studies to Pharma:**

Based on Theranos' previous experience, predictive modeling and more comprehensive longitudinal profiling has resulted in the demonstration of meaningful dose-response and efficacy dynamics profiles in 6 month timeframes where the conventional infrastructure took two years and was still not able to generate hard correlations. An 18 month time-savings, not to mention the ability to gain insight into methods for optimization for label expansion, can conservatively be equated to hundreds of millions of dollars gained. With industry estimates at $1-3M a day for the value of each day gained in time to market, even 6 months saved ranges between $180M and $540M in return on investment.

Equally, once the infrastructure has been implemented, future studies are requiring about 25% fewer patients, reducing the patient costs, number of sites required, assay development, reagent screening, and infrastructure costs for shipping and processing samples through ambulatory point-of-care monitoring.

Overall savings on 6 month trials once the data analytical infrastructure has been established have averaged 50% of the cost of running an equivalent trial through the conventional infrastructure, further saving millions of dollars. As the data analytical engine evolves after the first 6 month study, costs are further reduced in each follow-on study, covering the cost of Theranos infrastructure and units many times over.

Ultimately though, the greatest economic return on investment lies in the ability to expand percentage market ownership through visibility into pathway dynamics that enables rapid characterization of responder populations in ways previously not possible. This capability enables commercialization of 'targeted blockbusters' by redefining a company's historical success rate in realizing the target product profile of each drug once it hits the market.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605308

Trial Exh. 0143 Page 0004



CONFIDENTIAL

**Angiogenesis Program Overview:**

The primary objective of the present program was to demonstrate the functionality of Theranos Systems in such a way that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization and development.

For this program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PlGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. Because the development of VEGFR2 in that multiplex was desirable as a tool for use in future studies, Theranos developed the assay and included it in the point-of-care multiplex.

In this program, Theranos validated not only functional equivalence, but superior performance specifications of the Theranos multiplex to each of the respective 'gold-standard' kits.

An Interim Report on Assay Development was submitted to Pfizer in Q2 '07 upon successful completion of assay development.

As planned for at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. In order to fast-track the program timeline, Theranos contracted an independent site - Tennessee Oncology Center.

Enrollment of Sutent patients at this site was very slow; from the time patient screening began (early 2007) and after discussions with respective members of the Pfizer team, the protocol was revised several times to increase the frequency of monitoring but reduce the total number of patients and shorten the monitoring cycles per patient. Likewise, enrollment criteria were broadened to include patients on other therapies with whom trends in the relevant markers could also be profiled.

In doing so, statistical significance in meeting the study goals could still be ensured. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms were included in two interim update reports sent to Pfizer.

*Goals of Study*:
1. Generate preliminary data on VEGF and PLGF trends in cancer patients while assessing the use of the Theranos System in the hands of clinicians and patients.
2. Obtain feedback and recommendations from clinical staff.
3. Assess the use of the Theranos System in the hands of ambulatory patients at home.
4. Assess the Ambulatory Bioinformatics Communications System[1] including the physician and patient web portals as well as the data reports generated.

*Study design*:
Patient screening began in January 2007, once the final site was selected, enrollment began. In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid

---

[1] The Ambulatory Bioinformatics Communication System (formerly known as ABCS) was rebranded as TheranOS, the Theranos Operating System.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605309

Trial Exh. 0143 Page 0005



CONFIDENTIAL

tumor cancers from a mechanism-of-action perspective. 32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Four of the patients retracted consent to the study, three of them due to family problems and one due to mental and physical instability. Thus, Theranos increased the targeted enrollment number to ensure that the goal of demonstrating performance across significantly significant patient numbers would be met. That goal has now been achieved. To realize the goal, some patients had extended (60 day) monitoring periods.

Since Theranos has the ability to continue monitoring patients under the existing IRB and given the power of some of the correlations which are becoming apparent, Theranos may continue monitoring those patients for an extended period of time.

Enrollment was unpredictable and slow. All installations and shipments completed for this study were done on-demand with less than 24 hours. As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points were collected during the month-long analysis period, 3-4 time points taken at the clinic and the other 10-11 time points taken in-home. Both finger-stick and venous samples were taken during each clinic visit, while only finger-stick samples were run in-home. The venous draw samples were run on the Theranos System in the clinic at the time of the draw; these samples were also processed so that the plasma and/or serum was analyzed using a reference method.

Venous samples were processed using reference methods and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

**Theranos System Overview:**

The Theranos System is comprised of consumer-oriented readers, single-use cartridges containing assay chemistry and controls, and a data collection system that communicates through cellular networks with the instrument to provide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take the machine out of the box and 2) plug it into a power source. The touch-screen then walks each patient through the process of poking his/her finger, depositing blood into the cartridge, and placing the cartridge in the reader drawer. The instrument then processes the assays and sends the data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

Specifications:

- ❖ Designed for at home use. Can also be used in physician's offices, ICU, and laboratories.
- ❖ Multiplexed measurement of biomarkers.
- ❖ Customizable for different/new assays on demand.
- ❖ Average 6 measurements per cartridge
- ❖ Serial measurements to comprehensively profile pharmacodynamic response through trends
- ❖ Runs fresh whole blood, plasma or serum samples

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605310

Trial Exh. 0143 Page 0006



CONFIDENTIAL

- ❖ Finger-stick – small sample size
- ❖ Mix and match selection of analytes on demand.
- ❖ Wide measurement range
  - ○ pg/mLl – mg/mL (1 billion fold)
- ❖ High sensitivity
  - ○ 0.2 pg/mL (2 parts per 10-billion)
- ❖ Analyte Recovery: ~100 %
- ❖ System CV post-calibration (inter-intra reader, cartridge, and assay): < 10 %
- ❖ On-board chemistry controls
- ❖ Factory calibration (no user calibration)
- ❖ Wireless communication of results to appropriate user through cellular network
- ❖ Proprietary algorithms to interpret time trend results

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:
- ❖ Small sample (finger-stick) + more frequent sampling of a small subset of analytes enables:
  - ○ Identification of appropriate analytes (greatly helped by more frequent sampling)
  - ○ Earlier detection of efficacy and safety  and  acute problems so intervention (for example, dose modification or change in drug type) can be more effective
  - ○ Convenience of monitoring through-out a time-course before an event
- ❖ Higher sample integrity; real-time sample analysis on fresh whole blood on a standardized platform which can be deployed  at any location (world-wide) eliminates assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
  - ○ Elimination of  erroneous results (caused by analyte instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)




For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multiplex by the system on a finger-stick sample of fresh whole blood.  The analytes were Vascular Endothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as VEGFR2) and Placental Growth Factor (PLGF).   Each assay was controlled using within-cartridge control measurements.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605311

Trial Exh. 0143 Page 0007



CONFIDENTIAL

The system was calibrated at Theranos. Multiple cartridge lots were produced each with successively more clinically relevant specifications once samples were received from patients in the trial, as samples were not available during assay validation. Each lot was independently calibrated.

*Traceability of calibration*:   Calibration is traced to authentic analytes dissolved at known concentrations in a plasma-like matrix.  Calibration materials are prepared as mixed solutions of the three analytes.  Assignment of calibrator concentrations is then made to values found for measurements of calibrators using reference assays.

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

*Assay ranges achieved*:
The goals for each assay's dynamic range were achieved.  Due to the inability to receive samples for calibration at the beginning of the studies, the upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lots, but then extended[2] to 10,000 pg/mL.  For early cartridge lots the PLGF assay lower limit of sensitivity was 50 pg/mL.  Therefore, many early results for PLGF were out-of-range low ("OORL"). Lots produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

*Specificity*:
The specificity of the assays depends on the pairs of antibodies chosen for each assay.  In the first instance, we rely on the antibody vendor information.  Selected pairs are known to have good specificity in ELISA assays.  Key issues for these analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2.  We have shown that the Theranos assay system is not affected by the presence of VEGF and VEGFR2 and PLGF in the same samples. In many patients in this study, the drug Avastin is used.  This drug is an antibody that binds to VEGF.  It is obvious that ELISA assays for VEGF (and perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin.  As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference from Avastin.  In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

<u>Theranos System Performance</u>:

*Assay accuracy*:
Accuracy has been evaluated by analysis of clinical samples.  Two sets of samples have been used: (1) A set of 12 serum samples from cancer patients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this study.  Because Avastin was used to treat many of the patients in the TNONC study and this antibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in the Theranos system and in duplicate for the reference method with the following results:

VEGF:  y (Theranos) = 0.785 x (reference) + 95.2;  R^2 =0.99.  Range 96 – 1985 pg/mL.  One sample was rejected from the analysis giving very high results in the Theranos system and low

---

[2] All three assays have a linear dose-responses extending far above the highest calibrator used.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605312

Trial Exh. 0143 Page 0008



CONFIDENTIAL

results in the reference assay.  Based on the study data, it seems likely this patient was being treated with the drug Avastin, which interferes with the reference assay.

**Single cartridge clinical results**



For VEGFR2, 39 TNONC samples were assayed in triplicate in the Theranos system and duplicate for the reference method.  The results were:  y (Theranos) = 1.29 x (reference) + 1004; R =0.83.  Range 1015 – 9285 pg/mL.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605313

Trial Exh. 0143 Page 0009



CONFIDENTIAL



For the initial PLGF samples analyzed by Theranos in the field and with the reference method the results fell mostly in the undetectable range of both methods. Once the Theranos calibration was re-optimized, values became detectable from 5-17 pg/mL in the out-of-range-low venous samples sent to Theranos.

A significant correlation was achieved during validation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were analyzed on both the Theranos system and the reference R&D Systems kit. The following results were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96. The average within sample CV for the Theranos results was 9%. One sample (shown in pink) below gave discrepant results.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605314

Trial Exh. 0143 Page 0010



CONFIDENTIAL



When the results for patients were segregated by trimester and averaged, the concordance shown below was found.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605315

Trial Exh. 0143 Page 0011



CONFIDENTIAL



*Effect of Avastin on the reference VEGF assay:*
Comparison of reference and Theranos VEGF assay results for venous samples were not correlated. Many Theranos results were in the thousands of pg/mL where reference assay gave a low value. Since it was noted that many of the patients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recovery for the reference method. VEGF (400 pg/mL) was added to each sample and the assay repeated. Results are shown below:

| Avastin Present | VEGF average, pg/mL Ref | VEGF average, pg/mL Theranos |
|---|---|---|
| N | 149 | 588 |
| Y | 136 | 8359 |

| | VEGF spike recovery, % | |
|---|---|---|
| N | 66.5 | |
| Y | -1.3 | |

It is evident that Avastin completely blocks the reference assay response. Presumably, Avastin binds at a site on VEGF close to or identical with that recognized by one of the antibodies used in the reference method. The reference assay thus responds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

10

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605316



CONFIDENTIAL

*Assay precision*:

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference methods was evaluated during calibration. Singlicate measurements from six instruments were used next to commercially available 'gold-standards'. Theranos adjusted the target range after obtaining clinical samples. Due to the superior performance characteristics of Theranos' assay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 archived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[3] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity*:

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[3] Commercial samples

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

11

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605317



CONFIDENTIAL

| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PLGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD)*:
Data gathered during calibration.  The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[4] | < 20 |

**Theranos Field Study:**

The system has been deployed to patient's homes and the TNONC study clinic and has downloaded protocols and uploaded data wirelessly. Some patients used direct telephonic communications (POTs modems) if they were worried about cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.

Field Performance Overview:

In this report we document results from:

- ∞ 27 patients (41% female and 59% male)
- ∞ 13 cancer types
- ∞ 38 Instruments
  - o 27 instruments deployed to patients' homes
  - o 4 instruments deployed to the clinical site in Nashville, TN
  - o 4 updated instruments to replace the readers at the clinical site such that the latest design revolution is deployed at the site

---

[4] Later stage cartridge lots

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605318



CONFIDENTIAL

- o 3 were used to replace malfunctioning readers in the field (2 at clinic - one with communication issue, one mechanical due to user error; 1 at patient's home with mechanical issues from shipping)
- ∞ 445 cartridges (approximately 1300 assay results)
  - o This number includes cartridges run in-house on archived plasma as well as results gathered in-field

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments have been deployed across three states, including Kentucky, Pennsylvania and Tennessee.  As mentioned, typical turnaround time for installation and patient at-home test was less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the <u>average</u> results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|         | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---------|------------------|--------------------|------------------|
| Maximum | 13,584           | 6,317              | 410              |
| Minimum | 47.5             | 368                | 37.3             |

**By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modification.**

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL.  Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data is included in the appended spreadsheet:

1. Clinic visit diagnostics (Patient characteristics and Clinical assay results)
2. Clinic visit pivot table (clinical results presented as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Theranos system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)
6. Individual end-of-study results (patient evaluation of system)
7. Compilation and summary of end-of-study survey results
8. Data transmission statistics

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605319

Trial Exh. 0143 Page 0015



CONFIDENTIAL

Evaluation of time course results from individual patients:

The study data demonstrates that in a larger, statistically controlled study, where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment would be generated.

To showcase the ability to profile predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The cross-correlation function (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

14

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605320



CONFIDENTIAL



For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                          THER-2605321

Trial Exh. 0143 Page 0017



CONFIDENTIAL

### tnonc12.vegf & tnonc12.vegfr2



For most patients analyzed, the sample size and sample numbers did not provide sufficient statistical power to derive a statistically significant conclusion but some clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605322

Trial Exh. 0143 Page 0018



CONFIDENTIAL

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin | Patient dropped | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib | Patient dropped | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

As referenced, patients #2, #19, #22, #26 dropped out of the study for various reasons; therefore average values are not statistically significant for them.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605323

Trial Exh. 0143 Page 0019



CONFIDENTIAL

For the patients in whom PLGF is consistently detectable we selected plots as shown below.





3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

18

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605324

Trial Exh. 0143 Page 0020



CONFIDENTIAL

Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender | Time of day when home monitoring was performed (on average)* | Quality of life (as measured by on-screen survey) (on average)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |
| SCP007 | Colorectal Cancer | m | Evening | 7 |
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |
| * Actual time for each test point and diurnal variations of quality of life can be found online | | | | |

Patient compliance with optional on-screen questionnaire was approximately 86% (this number was calculated before the end of the study, therefore final compliance figures may change).

3200 Hillview Palo Alto, CA 94304
phone: 650.838.9292   fax: 650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605325

Trial Exh. 0143 Page 0021



CONFIDENTIAL

Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 | Caucasian | does not smoke now, positive history | None | 36 | 179 |
| SCP010 | Caucasian | never smoked | monthly or less | 45 | 165 |
| SCP018 | Caucasian | Smoke daily | None | 45 | 181 |
| SCP007 | Caucasian | never smoked | None | 46 | 213 |
| SCP008 | Caucasian | smoke occasionally | None | 46 | 180 |
| SCP002 | Caucasian | never smoked | monthly or less | 49 | 194 |
| SCP016 | Caucasian | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 | Caucasian | does not smoke now, positive history | None | 53 | 190 |
| SCP015 | Caucasian | does not smoke now, positive history | None | 53 | 174 |
| SCP028 | Caucasian | smoke occasionally | None | 57 | 262 |
| SCP001 | Caucasian | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 | Caucasian | never smoked | None | 63 | 221 |
| SCP011 | Caucasian | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 | Caucasian | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 | Caucasian | never smoked | Every day | 65 | 252 |
| SCP005 | Caucasian | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 | Caucasian | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 | Caucasian | never smoked | monthly or less | 68 | 163 |
| SCP017 | Caucasian | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 | Caucasian | never smoked | monthly or less | 71 | 230 |
| SCP020 | Caucasian | never smoked | None | 72 | 101 |
| SCP026 | Caucasian | never smoked | None | 73 | 132 |
| SCP031 | Caucasian | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 | Caucasian | does not smoke now, positive history | None | 77 | 184 |
| SCP014 | Caucasian | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 | Caucasian | never smoked | None | 83 | 182 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605326

Trial Exh. 0143 Page 0022



CONFIDENTIAL

Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the Pfizer-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.


Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605327

Trial Exh. 0143 Page 0023



CONFIDENTIAL

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM | Traditional Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

<u>Overall performance of the Theranos System based on Customer Care log:</u>

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o   Patient running low on supplies – the solution was to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o   Patient not knowing how to turn machine on – the solution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o   Patient calling about scheduling an instrument pickup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o   Patient called about blood transfer question – the solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o   Patient called about instrument not recognizing cartridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o   Patient called about instrument not being ready due to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. Another failure occurred due to the instrument being damaged in shipping. Although it performed its functions properly for the majority of the patient's schedule it eventually malfunctioned and was also promptly (~24 hours) replaced. Yet another issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605328

Trial Exh. 0143 Page 0024



CONFIDENTIAL

was adequately supplied it was decided to replace that instrument with one that was known to work.  The problem was later resolved off-line.

<u>Patient Compliance with protocol:</u>

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

<u>Theranos System Assessment by Patients and Clinical Staff:</u>

Patient end of study surveys were sent out to all participants. To date, 17 responses were collected from patients.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions with clinical staff at Tennessee Oncology, the system was:
1. well received and
2. the client solutions team made a very positive impact on the clinical staff and patients through promptitude and professionalism.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605329

Trial Exh. 0143 Page 0025



CONFIDENTIAL

Conclusions:

General:
1.  The Theranos System performed with superior performance to reference assays while running in a complex ambulatory environment.
2.  The existing Theranos support infrastructure enables on-demand home installation and patient training in extremely rural areas.
3.  Patients preferred ambulatory monitoring to clinic visits and liked using the Theranos System.
4.  Non-computer literate patients had no issues using the Theranos System.

Technical:
5.  Inter-system accuracy is excellent and was demonstrated on a platform with superior performance specifications to reference methods.
6.  Calibrations were updated with access to samples from the trial.
7.  Good correlations were seen to various commercially available gold-standards.
8.  Avastin does not block the Theranos assay.
9.  The Theranos System can measure VEGF both free and bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:
10. This 15 month study demonstrated the robust functionality of Theranos Systems. With this validation data, the technology can be applied to significantly cut costs and bring compounds to market faster:

11. More frequent sampling enabled better characterization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a.  See efficacy dynamics trends and correlation to end-points in patient time-course profiles on the Pfizer web-portal at www.theranos.com.
12. Response profiles were seen in this study over 30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a.  One of Theranos' pharma partners is publishing a report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
13. Through Theranos Systems, Pfizer will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on historical data, implementation of these systems will enable Pfizer to achieve ~50% cost savings over current study spending (previously demonstrated to be $15M of a $30M study budget). Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605330

Trial Exh. 0143 Page 0026

File Produced in Native Format

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2605331

# Exhibit 4

Message

| | |
|---|---|
| **From**: | Gary Frenzel [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GFRENZEL] |
| **Sent**: | 1/26/2010 11:42:33 PM |
| **To**: | Danise Yam [dyam@theranos.com] |
| **Subject**: | FW: Validation Report |

Gary Frenzel
VP Assay Systems
Theranos
3200 Hillview Ave,
Palo Alto, Ca 94304

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292    www.theranos.com

**From:** Gary Frenzel
**Sent:** Thursday, December 03, 2009 2:29 PM
**To:** 'constance.cullen@spcorp.com'
**Subject:** Validation Report
Hi Connie, I was asked to send this report on to you, and if you can forward to the proper people. After you and your group have an opportunity to go through it, let us know if you would like to arrange a phone conference to discuss the results.   Thanks Gary

Gary Frenzel
VP Assay Systems
Theranos
3200 Hillview Ave,
Palo Alto, Ca 94304

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292    www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636641



# Theranos Multiplexed Assay Panel Validation Report

## Human IL-6, Human TNF-α, Human CRP (hs)

**Contents**

1. Introduction
2. Storage and Use
3. Calibration
4. Range
5. Quantitation Limits and Accuracy
6. Precision
7. Specificity
8. Linearity
9. Matrix Effects
10. Stability

## 1. Introduction

The Theranos Assay System is a fully automated means for measuring concentrations of analytes (biomarkers, drugs) using immunoassay methodology. The system is comprised of instruments, single-use cartridges and a wireless communications link that conveys protocol information to the instruments from a Theranos Server and relays assay data to the Server for interpretation and distribution. Blood, plasma serum and control materials may be analyzed by the System. Calibration is performed at Theranos on a cartridge-lot-specific basis.

The System accepts a metered sample (25uL), from a proprietary sampling device or a pipette, dilutes it automatically to levels appropriate to each assay then executes an automated ELISA assay protocol. The protocol is selected from a set of released protocols available on the Theranos Server and identified by reading a bar code on each cartridge. The bar code is also linked to an assay lot-specific calibration algorithm. Assays are complete in about one hour.

Assays are typically grouped (multiplexed) in particular cartridges designed to monitor specific disease and therapeutic processes. For example, a cartridge designed to monitor acute and inflammatory processes measures IL-6, TNF-α and CRP. Schering-Plough is interested in use of the Theranos System and has sponsored a validation exercise at Theranos focused on the inflammatory marker cartridge.

In this exercise, many instruments (60) and three lots of cartridges were used.

| Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## 2. Storage and Use

Theranos cartridges should be stored in the original unopened packaging in an upright position at 4°C. Theranos instruments require no user maintenance or calibration. User prompts are provided on a screen which is part of the instrument.

## 3. Calibration

IL-6 and TNF-α assay calibration utilize recombinant analytes expressed in human-cell lines as calibration materials. These are reportedly more stable than recombinant analytes made in bacteria and more similar to the naturally occurring analytes. The CRP assay is calibrated with a human plasma-derived analyte. Theranos Systems assays recognize "natural", recombinant, and human-cell line expressed recombinant forms of IL-6 and TNF-α. Each lot of Theranos Cartridges is individually calibrated, the calibration equation is linked to the cartridge barcode and results are automatically computed on the Theranos data server. For this validation study, three cartridge lots were produced and calibrated.

### NIBSC WHO Verification of Calibration

Exemplary assay responses are shown in Appendix A. Calibrations for IL-6, TNF-α and CRP were verified by testing the recovery of the current National Institute for Biological Standards and Control (NIBSC) World Health Organization (WHO) Reference Standards. The current WHO standard for IL-6 is NIBSC code 89/548 (recombinant protein produced in CHO cells with post translational modifications), for TNF-α NIBSC code 88/786 (a natural human protein derived from human BALL-1 cells), and for CRP NIBSC code 85/506 from human plasma. Spike recovery of all three WHO standards were within acceptable limits across the assay ranges as shown in the figures and tables below. Note that for the TNF-α assay we found low recovery (about 30%) of the WHO standard in a reference kit (R&D Systems Quantikine HS catalogue # HSTA00D, data shown in Appendix B). Therefore comparisons of sensitivity and slopes of assay correlations of results of the Theranos System with those of R&D Systems kits will show different results due to their respective calibrations. For example, the R&D Systems Assay would report a TNF-α value of 4 pg/mL when the Theranos Assay reports 12 pg/mL. If desired by a customer the Theranos System can be configured (in calibration algorithms) to provide results matching those of R&D Systems assays (or those of other predicate assay). It is our intention however to continue to perform primary calibration of Theranos assays using International Standard materials whenever possible since predicate assays not so calibrated may be subject to lot-to-lot variation in calibration.

Theranos Confidential: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636643









**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

Trial Exh. 0259 Page 0005

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636644



**Theranos Systems Recovery of IL-6 (NIBSC code 89/548) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [IL-6] IU/mL | [IL-6] pg/ml | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 100 | 1000 | 981.1 | 11 | 980.1 | 98 |
| 25 | 250 | 227.1 | 16 | 226.2 | 90 |
| 5 | 50 | 45.2 | 10 | 44.2 | 88 |
| 3 | 25 | 21.5 | 8 | 20.5 | 82 |
| 1 | 10 | 10.5 | 9 | 9.5 | 95 |
| 0 | 0 | 1.0 | 47 | 0.0 | N/A |

**Theranos Systems Recovery of TNF-α (NIBSC code 88/786) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [TNFa] IU/mL | [TNFa] pg/mL | Recovered [TNF-α] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 46.5 | 1000 | 873.4 | 3 | 873.0 | 89 |
| 11.6 | 250 | 218.7 | 3 | 218.3 | 96 |
| 2.3 | 50 | 44.0 | 10 | 43.5 | 96 |
| 1.2 | 25 | 20.9 | 22 | 20.4 | 95 |
| 0.5 | 10 | 10.9 | 19 | 10.5 | 100 |
| 0 | 0 | 0.4 | 14 | 0.0 | N/A |

**Theranos Systems Recovery of CRP (NIBSC code 85/506) in Assay Buffer**
n=3 cartridges, 3 instruments per level

| [CRP] IU/mL | [CRP] ug/ml | Recovered [CRP] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 98 | 100 | 94.6 | 2 | 95 |
| 49 | 50 | 57.4 | 18 | 115 |
| 24.5 | 25 | 28.1 | 15 | 113 |
| 10 | 10 | 10.2 | 14 | 102 |
| 4.9 | 5 | 5.7 | 20 | 114 |
| 0 | 0 | 0.0 | 30 | N/A |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636645



## 4. Range

Reportable ranges  based on calibration to WHO standards  determined for these assays are:

| Assay | Low | High |
|-------|-----|------|
| IL-6 | 2 pg/mL | 1000 pg/mL |
| TNF-α | 4[1] pg/mL | 1000 pg/mL |
| CRP | 0.05 ug/mL | 100 ug/mL |

As shown below, all three tested lots support these ranges[2].

---

[1] Equivalent to 1 pg/mL in the R&D Systems assay calibrated using R&D Systems calibrators

[2] The lower limit of the reportable range of the TNF-α assay has been extended  below the LLOQ so as not to restrict the reportable range too much.  The LLOQ is higher than anticipated due to unexpectedly high imprecision of the assay in the cartridge lots used for validation compared with other cartridge lots used in pre-clinical work. We are presently investigating the root cause of this imprecision.

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636646



## 5. Quantitation Limits

Assay calibrations and determination of Lower Limit of Quantitation (LLOQ) and Upper Limit of Quantitation (ULOQ) were performed and analyzed by proprietary software. Assay responses were fitted by a four-parameter equation and LLOQ and ULOQ determined according to FDA criteria. Calibrators were run in triplicate on three days (consecutive or non-consecutive) on 36 instruments for a total of nine cartridges per level, at 12 levels.

### Summary of Calibration Analysis for three Cartridge Lots

| Lot 2455142005 | IL-6 | TNF-α | CRP |
|---|---|---|---|
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| Lot 2455146006 | IL-6 | TNF-α | CRP |
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| Lot 2455156002 | IL-6 | TNF-α | CRP |
| LLOQ | 2.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |

## Limits of detection (LOD)

The range in the Limits of detection calculated as 2*Signal SD/Slope of dose response (Δsignal/Δconc) are reported for the three lots of Theranos cartridges. Comparison data are also given for R&D Systems assays Minimum Detectable Dose "MDD" (which is equivalent to LOD). In addition to the calibration issue for the R&D Systems TNF-α assay discussed above which gives a four-fold lower limit for R&D Systems, we believe the calculation of MDD performed by R&D Systems may be compromised (falsely low) by the inability of any known spectrometer to report optical density to the required precision needed to support the calculated values.

The CRP MDD reported by R&D Systems is highly misleading since it represents the concentration in the assay rather than in the sample (which "must be diluted" according to their package insert prior to assay). Note that the Theranos assay uses a sample which is diluted 5000-fold. If we compare the actual sensitivity *in the assay medium* the Theranos value would be about 0.006 ng/mL.

| Assay System | IL-6 (pg/mL) | TNF-α (pg/mL) | CRP (ng/mL) |
|---|---|---|---|
| Theranos | 0.9 – 1.5 | 3.7 – 5.2 | 28 - 31 |
| R&D Systems | 0.02 – 0.11 | 0.04 – 0.19 | 0.005 – 0.22 |
| R&D Systems[3] | | 0.16 – 0.76 | |

---

[3] Recalculated to reflect calibration to WHO standard material

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636647



## 6. Precision and Accuracy

Plasma with low endogenous analyte levels was spiked with thee  levels of the analytes were measured in 16 cartridges per level on 48 instruments.  Recovery of the spiked analyte was good. Imprecision (% CV) ranged from 10 - 25 %.  Note that the imprecision cited includes both instrument-instrument and cartridge-cartridge variance.

**Spiked Plasma Samples (n=16 cartridges, n=48 instruments)**

| Nominal [IL-6] pg/mL | Recovered [IL-6] pg/mL | StDev | CV % | % Recovery |
|---|---|---|---|---|
| 800.3 | 806.9 | 79.8 | 9.9 | 101 |
| 50.3 | 50.5 | 4.7 | 9.2 | 100 |
| 5.3 | 5.1 | 0.8 | 15.5 | 96 |
| Nominal [TNFa] pg/mL | Recovered [TNFa] pg/mL | StDev | CV % | % Recovery |
| 500.3 | 418.9 | 39.6 | 9.5 | 84 |
| 50.3 | 42.7 | 5.1 | 12.0 | 85 |
| 12.3 | 12.9 | 3.2 | 24.6 | 105 |
| Nominal [CRP] ug/mL | Recovered [CRP] ug/mL | StDev | CV % | % Recovery |
| 50.1 | 50.4 | 10.0 | 19.9 | 101 |
| 1.6 | 1.6 | 0.3 | 16.8 | 97 |
| 0.1 | 0.1 | 0.0 | 20.6 | 103 |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636648



## 7. Specificity

Assays were tested for cross reactivity and interference by the factors listed below, at high, mid and low analyte levels. Potential cross-reactants were selected based on package inserts of recognized predicate methods and added at levels deemed to be higher than those likely to be found in clinical samples. No significant cross reactivity or interference was observed for any of the assays by any of the tested factors at all analyte levels tested.

| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
| Control | 0 | 1000.3 | 1100.3 | 7.8 | 110 |
| | 0 | 90.3 | 95.8 | 16.6 | 106 |
| | 0 | 8.3 | 9.4 | 4.8 | 113 |
| IL-1α | 10 | 1000.3 | 939.2 | 2.9 | 94 |
| | 10 | 90.3 | 97.0 | 15.7 | 107 |
| | 10 | 8.3 | 9.0 | 6.9 | 108 |
| IL-2 | 10 | 1000.3 | 1047.7 | 1.7 | 105 |
| | 10 | 90.3 | 86.7 | 9.4 | 96 |
| | 10 | 8.3 | 8.7 | 22.3 | 105 |
| IL-3 | 10 | 1000.3 | 950.0 | 12.7 | 95 |
| | 10 | 90.3 | 91.9 | 4.6 | 102 |
| | 10 | 8.3 | 7.9 | 4.4 | 95 |
| IL-4 | 10 | 1000.3 | 908.0 | 10.9 | 91 |
| | 10 | 90.3 | 79.9 | 16.7 | 88 |
| | 10 | 8.3 | 8.1 | 18.1 | 97 |
| IL-6 sR | 50 | 1000.3 | 914.9 | 18.0 | 91 |
| | 50 | 90.3 | 81.2 | 1.3 | 90 |
| | 50 | 8.3 | 8.0 | 29.0 | 96 |
| IL-7 | 10 | 1000.3 | 895.0 | 10.0 | 89 |
| | 10 | 90.3 | 78.1 | 9.1 | 87 |
| | 10 | 8.3 | 8.2 | 9.4 | 99 |
| IL-8 | 10 | 1000.3 | 927.8 | 9.7 | 93 |
| | 10 | 90.3 | 82.3 | 17.1 | 91 |
| | 10 | 8.3 | 8.4 | 17.6 | 101 |
| IL-11 | 10 | 1000.3 | 897.5 | 12.5 | 90 |
| | 10 | 90.3 | 90.3 | 6.1 | 100 |
| | 10 | 8.3 | 7.9 | 2.2 | 95 |
| IL-12 | 10 | 1000.3 | 837.6 | 8.4 | 84 |
| | 10 | 90.3 | 85.8 | 14.7 | 95 |
| | 10 | 8.3 | 6.8 | 18.1 | 82 |
| CNTF | 10 | 1000.3 | 900.6 | 8.4 | 90 |
| | 10 | 90.3 | 95.3 | 5.8 | 106 |
| | 10 | 8.3 | 8.9 | 22.4 | 107 |
| G-CSF | 10 | 1000.3 | 925.0 | 18.7 | 92 |
| | 10 | 90.3 | 90.2 | 12.8 | 100 |
| | 10 | 8.3 | 9.7 | 6.9 | 117 |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636649



**IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| sgp130 | 1000 | 1000.3 | 895.5 | 17.0 | 90 |
| | 1000 | 90.3 | 88.6 | 2.0 | 98 |
| | 1000 | 8.3 | 9.4 | 3.2 | 114 |
| LIF R | 50 | 1000.3 | 895.2 | 2.8 | 89 |
| | 50 | 90.3 | 78.5 | 16.5 | 87 |
| | 50 | 8.3 | 8.9 | 19.8 | 107 |
| OSM | 10 | 1000.3 | 945.4 | 9.5 | 95 |
| | 10 | 90.3 | 77.1 | 10.0 | 85 |
| | 10 | 8.3 | 6.9 | 16.8 | 83 |
| TNF-β | 10 | 1000.3 | 919.6 | 8.6 | 92 |
| | 10 | 90.3 | 83.3 | 15.8 | 92 |
| | 10 | 8.3 | 9.4 | 7.8 | 113 |
| IL-1β | 10 | 1000.3 | 901.2 | 8.1 | 90 |
| | 10 | 90.3 | 85.7 | 17.6 | 95 |
| | 10 | 8.3 | 7.5 | 10.5 | 90 |
| sTNF RI | 10 | 1000.3 | 1025.2 | 9.2 | 102 |
| | 10 | 90.3 | 83.4 | 11.4 | 92 |
| | 10 | 8.3 | 9.4 | 16.5 | 114 |
| sTNF RII | 10 | 1000.3 | 963.3 | 13.8 | 96 |
| | 10 | 90.3 | 90.7 | 10.2 | 100 |
| | 10 | 8.3 | 9.3 | 21.0 | 112 |

**TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| Control | 0 | 900.3 | 883.7 | 4.1 | 98 |
| | 0 | 90.3 | 85.4 | 4.1 | 95 |
| | 0 | 8.3 | 8.3 | 40.4 | 100 |
| IL-1α | 10 | 900.3 | 849.1 | 5.5 | 94 |
| | 10 | 90.3 | 89.6 | 12.7 | 99 |
| | 10 | 8.3 | 8.8 | 16.0 | 106 |
| IL-2 | 10 | 900.3 | 855.2 | 23.5 | 95 |
| | 10 | 90.3 | 90.8 | 7.9 | 101 |
| | 10 | 8.3 | 9.6 | 18.5 | 116 |
| IL-3 | 10 | 900.3 | 836.5 | 23.5 | 93 |
| | 10 | 90.3 | 74.3 | 5.4 | 82 |
| | 10 | 8.3 | 8.2 | 29.2 | 98 |
| IL-4 | 10 | 900.3 | 884.6 | 6.9 | 98 |
| | 10 | 90.3 | 89.5 | 8.5 | 99 |
| | 10 | 8.3 | 7.0 | 49.3 | 84 |
| IL-6 sR | 50 | 900.3 | 874.0 | 23.5 | 97 |
| | 50 | 90.3 | 77.8 | 13.8 | 86 |
| | 50 | 8.3 | 8.6 | 34.8 | 103 |
| IL-7 | 10 | 900.3 | 871.9 | 6.3 | 97 |
| | 10 | 90.3 | 82.8 | 37.1 | 92 |
| | 10 | 8.3 | 7.6 | 22.9 | 91 |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636650



**TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| IL-8 | 10 | 900.3 | 774.4 | 1.8 | 86 |
| | 10 | 90.3 | 83.4 | 13.5 | 92 |
| | 10 | 8.3 | 7.9 | 12.6 | 95 |
| IL-11 | 10 | 900.3 | 901.8 | 1.5 | 100 |
| | 10 | 90.3 | 90.7 | 19.6 | 100 |
| | 10 | 8.3 | 9.3 | 36.8 | 112 |
| IL-12 | 10 | 900.3 | 770.9 | 7.3 | 86 |
| | 10 | 90.3 | 77.4 | 15.8 | 86 |
| | 10 | 8.3 | 7.9 | 56.7 | 96 |
| CNTF | 10 | 900.3 | 920.1 | 6.0 | 102 |
| | 10 | 90.3 | 82.5 | 9.7 | 91 |
| | 10 | 8.3 | 8.7 | 18.9 | 105 |
| G-CSF | 10 | 900.3 | 1052.6 | 3.7 | 117 |
| | 10 | 90.3 | 95.6 | 20.7 | 106 |
| | 10 | 8.3 | 9.1 | 9.6 | 110 |
| sgp130 | 1000 | 900.3 | 891.3 | 16.8 | 99 |
| | 1000 | 90.3 | 93.8 | 9.1 | 104 |
| | 1000 | 8.3 | 10.1 | 25.1 | 122 |
| LIF R | 50 | 900.3 | 781.5 | 20.7 | 87 |
| | 50 | 90.3 | 87.3 | 15.2 | 97 |
| | 50 | 8.3 | 9.1 | 12.1 | 110 |
| OSM | 10 | 900.3 | 862.1 | 10.6 | 96 |
| | 10 | 90.3 | 85.2 | 23.8 | 94 |
| | 10 | 8.3 | 7.4 | 54.1 | 89 |
| TNF-β | 10 | 900.3 | 804.0 | 24.7 | 89 |
| | 10 | 90.3 | 90.7 | 16.4 | 100 |
| | 10 | 8.3 | 7.7 | 32.3 | 92 |
| IL-1β | 10 | 900.3 | 900.0 | 17.3 | 100 |
| | 10 | 90.3 | 83.1 | 16.6 | 92 |
| | 10 | 8.3 | 8.3 | 33.1 | 101 |
| sTNF RI | 10 | 900.3 | 833.0 | 21.8 | 93 |
| | 10 | 90.3 | 86.4 | 19.5 | 96 |
| | 10 | 8.3 | 6.7 | 21.6 | 80 |
| sTNF RII | 10 | 900.3 | 801.3 | 8.9 | 89 |
| | 10 | 90.3 | 93.6 | 3.0 | 104 |
| | 10 | 8.3 | 8.2 | 14.2 | 99 |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636651



| CRP Assay Specificity Test in Assay Buffer (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [CRP] ug/ml | Recovered [CRP] ug/ml | CV % | % Recovery |
| Control | 0 | 50 | 53.0 | 16 | 106 |
| | 0 | 10 | 8.1 | 34 | 81 |
| | 0 | 0.75 | 0.7 | 13 | 91 |
| Pentraxin-2/SAP | 30 | 50 | 49.2 | 19 | 98 |
| | 30 | 10 | 8.9 | 9 | 89 |
| | 30 | 0.75 | 0.8 | 4 | 102 |
| Pentraxin-3/TSG-14 | 10 | 50 | 40.6 | 7 | 81 |
| | 10 | 10 | 8.2 | 14 | 82 |
| | 10 | 0.75 | 0.7 | 5 | 100 |

## 8. Linearity

A plasma sample with low endogenous analyte levels was spiked with known levels of IL-6, TNF-α, and CRP then diluted serially with the unspiked plasma.  All assays showed an appropriate linear dilution response across the dilution range (500 – 2000-fold).  Data are tabulated and graphed below.

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636652



**Dilution Linearity in Plasma, Multiplexed Assays  (n=3 cartridges, 3 instruments per level)**

**IL-6**

| Spiked [IL-6] pg/mL | [Expected]  pg/ml | [Recovered] pg/mL | CV % | % Recovery |
|---|---|---|---|---|
| 950 | 950.5 | 958.1 | 7 | 101 |
| | 475.5 | 480.9 | 11 | 101 |
| | 238.0 | 256.1 | 18 | 108 |
| | 119.2 | 143.9 | 25 | 121 |
| | 59.8 | 62.3 | 3 | 104 |
| | 30.1 | 28.3 | 23 | 94 |
| | 15.3 | 13.3 | 34 | 87 |
| | 0.5 | 0.5 | 88 | 100 |

**TNF-α**

| Spiked [TNFa] pg/mL | [Expected]  pg/ml | [Recovered] pg/mL | CV % | % Recovery |
|---|---|---|---|---|
| 900 | 902.7 | 899.2 | 11 | 100 |
| | 452.7 | 461.5 | 9 | 102 |
| | 227.7 | 194.6 | 6 | 85 |
| | 115.2 | 105.0 | 11 | 91 |
| | 59.0 | 56.1 | 2 | 95 |
| | 30.9 | 30.6 | 4 | 99 |
| | 16.8 | 14.9 | 26 | 89 |
| | 2.7 | 2.7 | 14 | 100 |

**CRP**

| Spiked [CRP] ug/mL | [Expected]  ug/ml | [Recovered] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 75 | 75.1 | 82.8 | 34 | 110 |
| | 37.6 | 35.0 | 0 | 93 |
| | 18.8 | 14.7 | 10 | 78 |
| | 9.5 | 9.1 | 12 | 96 |
| | 4.8 | 4.1 | 8 | 85 |
| | 2.4 | 2.4 | 7 | 98 |
| | 1.3 | 1.3 | 15 | 102 |
| | 0.1 | 0.1 | 29 | 100 |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636653







**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

Trial Exh. 0259 Page 00015

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636654



## 9. Matrix Effects

Plasma or serum containing various potentially interfering factors or substances were spiked with known levels of analyte and the resulting recovery of the spiked analyte calculated after correction for endogenous analyte.  None of the assays showed interference from icteric, hemolyzed, lipemic, or rheumatoid factor-positive samples as shown in the tables below

NORMAL SERUM   Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1019.1 | 14 | 1015.82 | 102 |
| 250 | 224.9 | 4 | 221.58 | 89 |
| 50 | 47.7 | 14 | 44.42 | 89 |
| 25 | 25.3 | 6 | 22.01 | 88 |
| 10 | 12.6 | 9 | 9.29 | 93 |
| 0 | 3.3 | 43 | 0.00 | |
| **Spiked [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 1000 | 1019.1 | 14 | 1014.7 | 101 |
| 250 | 224.9 | 4 | 220.5 | 88 |
| 50 | 47.7 | 14 | 43.3 | 87 |
| 25 | 25.3 | 6 | 20.9 | 84 |
| 10 | 12.6 | 9 | 8.2 | 82 |
| 0 | 4.4 | 60 | 0.0 | |
| **Spiked [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **CV %** | **Minus Endogenous** | **% Recovery** |
| 100 | 107.4 | 11 | 107.3 | 107 |
| 50 | 49.3 | 13 | 49.3 | 99 |
| 25 | 25.0 | 23 | 24.9 | 100 |
| 10 | 9.6 | 41 | 9.5 | 95 |
| 5 | 5.9 | 17 | 5.8 | 116 |
| 0 | 0.1 | 12 | 0.0 | |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636655



**LIPEMIC SERUM  Sample: Vital Products SFB8315 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 872.5 | 15 | 868.8 | 87 |
| 250 | 214.1 | 4 | 210.4 | 84 |
| 50 | 47.8 | 15 | 44.1 | 88 |
| 25 | 24.5 | 6 | 20.8 | 83 |
| 10 | 14.4 | 19 | 10.7 | 107 |
| 0 | 3.7 | 12 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 965.0 | 17 | 962.8 | 96 |
| 250 | 230.8 | 15 | 228.6 | 91 |
| 50 | 56.6 | 40 | 54.4 | 109 |
| 25 | 25.4 | 13 | 23.2 | 93 |
| 10 | 14.8 | 14 | 12.6 | 126 |
| 0 | 2.2 | 32 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 119.4 | 36 | 119.1 | 119 |
| 50 | 54.2 | 40 | 53.9 | 108 |
| 25 | 24.4 | 25 | 24.1 | 96 |
| 10 | 10.4 | 9 | 10.1 | 101 |
| 5 | 5.8 | 15 | 5.6 | 111 |
| 0 | 0.2 | 12 | 0.0 | |

**HEMOLYZED PLASMA  Sample: Stanford W070509118560 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1010.9 | 10 | 1010.0 | 101 |
| 250 | 274.6 | 13 | 273.7 | 109 |
| 50 | 51.6 | 2 | 50.7 | 101 |
| 25 | 26.8 | 11 | 25.9 | 104 |
| 10 | 10.5 | 12 | 9.6 | 96 |
| 0 | 0.9 | 41 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 898.7 | 14 | 895.1 | 90 |
| 250 | 223.5 | 12 | 219.9 | 88 |
| 50 | 44.2 | 11 | 40.6 | 81 |
| 25 | 27.7 | 23 | 24.1 | 96 |
| 10 | 12.0 | 23 | 8.4 | 84 |
| 0 | 3.6 | 14 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 119.6 | 10 | 119.5 | 119 |
| 50 | 54.0 | 10 | 53.9 | 108 |
| 25 | 22.5 | 14 | 22.4 | 90 |
| 10 | 11.6 | 3 | 11.5 | 115 |
| 5 | 5.6 | 11 | 5.5 | 110 |
| 0 | 0.1 | 4 | 0.0 | |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636656



ICTERIC SERUM  Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 986.0 | 9 | 983.4 | 98 |
| 250 | 282.4 | 12 | 279.7 | 112 |
| 50 | 55.8 | 10 | 53.2 | 106 |
| 25 | 28.1 | 7 | 25.4 | 102 |
| 10 | 11.8 | 16 | 9.2 | 92 |
| 0 | 2.6 | 53 | | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 969.8 | 5 | 967.4 | 97 |
| 250 | 219.6 | 22 | 217.2 | 87 |
| 50 | 45.0 | 11 | 42.6 | 85 |
| 25 | 24.5 | 5 | 22.1 | 88 |
| 10 | 10.6 | 22 | 8.2 | 82 |
| 0 | 2.4 | 17 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 109.5 | 8 | 108.4 | 108 |
| 50 | 41.7 | 80 | 40.6 | 81 |
| 25 | 29.6 | 14 | 28.4 | 114 |
| 10 | 10.1 | 11 | 9.0 | 90 |
| 5 | 6.4 | 19 | 5.3 | 106 |
| 0 | 1.1 | 3 | 0.0 | |

RHEUMATOID FACTOR POSITIVE SERUM  Sample: Vital Products SFB7884
(n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1118.0 | 10 | 1097.9 | 110 |
| 250 | 286.9 | 9 | 266.7 | 107 |
| 50 | 77.7 | 13 | 57.6 | 115 |
| 25 | 46.3 | 12 | 26.2 | 105 |
| 10 | 30.4 | 6 | 10.2 | 102 |
| 0 | 20.1 | 6 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1116.4 | 11 | 1112.3 | 111 |
| 250 | 228.9 | 5 | 224.8 | 90 |
| 50 | 48.0 | 13 | 43.9 | 88 |
| 25 | 24.2 | 13 | 20.1 | 80 |
| 10 | 14.0 | 20 | 9.9 | 99 |
| 0 | 4.1 | 27 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 110.9 | 18 | 105.8 | 106 |
| 50 | 49.1 | 17 | 44.0 | 88 |
| 25 | 34.2 | 29 | 29.0 | 116 |
| 10 | 15.5 | 9 | 10.3 | 103 |
| 5 | 10.9 | 11 | 5.7 | 114 |
| 0 | 5.2 | 28 | 0.0 | |

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636657



## 10. Stability

The stability of component reagents for the present assays has been studied individually in lots made previous to the present study.  The capture surfaces were stable for over 12 months, and the detection conjugates for at least six months.  Stability of the integrated cartridges used for this validation report stored at 4C is being monitored and an updated report will include this data.  Cartridges are initially assigned an expiry date of three months post manufacture.

## Conclusions:

The Theranos IL-6, TNF-α, CRP assay multiplex has been shown to give accurate and precise results for three independently calibrated cartridge lots and all the many instruments used.  Assay calibration has been established using WHO or other standard materials.  Lower and upper levels of quantitation have been established.  The assays are specific for their respective analytes when tested against potential cross reactants and are not interfered with by agents that may cause problems in immunoassays.  Dilution linearity is satisfactory for all the assays.  Assay cartridge stability studies are underway.

**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636658



Appendix A







**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636659



**Appendix B**

Comparison of Theranos Systems TNFa Calibration to Other Available Commercial Methods

Plasma samples were spiked with WHO TNF-a Standard (NIBSC code 88/786) and run in Theranos Systems and in R&D Quantikine High Sensitivity Human TNF-α ELISA (catalogue # HSTA00D). The results are shown below.

**THERANOS SYSTEMS Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 5.2 | 0.0 | | |
| 0.1 | 2.5 | 8.1 | 2.9 | 0.1 | 118 |
| 0.2 | 5 | 11.5 | 6.3 | 0.3 | 126 |
| 0.5 | 10 | 14.9 | 9.7 | 0.5 | 97 |
| 1.2 | 25 | 35.9 | 30.8 | 1.4 | 123 |
| 2.3 | 50 | 57.6 | 52.4 | 2.4 | 105 |
| 11.6 | 250 | 217.6 | 212.5 | 9.9 | 85 |
| 46.5 | 1000 | 1120.6 | 1115.4 | 51.9 | 112 |

**R&D QUANTIKINE HS ELISA Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 0.2 | 0.0 | | |
| 0.1 | 2.5 | 1.0 | 0.8 | 0.04 | 32 |
| 0.2 | 5 | 1.8 | 1.6 | 0.07 | 32 |
| 0.5 | 10 | 3.2 | 3.0 | 0.14 | 30 |
| 1.2 | 25 | 7.3 | 7.1 | 0.3 | 28 |
| 2.3 | 50 | 15.0 | 14.8 | 0.7 | 30 |
| 11.6 | 250 | 83.6 | 83.4 | 3.9 | 33 |
| 46.5 | 1000 | 308.0 | 307.7 | 14.3 | 31 |



**Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited.

Page [ PAGE ] of [ NUMPAGES ]

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2636660



| **Theranos Confidential**: Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. | Page [ PAGE ] of [ NUMPAGES ] |
| --- | --- |

Trial Exh. 0259 Page 00022

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

# Exhibit 5



## Theranos Systems

### Introduction

Theranos is transforming patient management, individual wellness, and the economics of health care delivery.

In doing so, Theranos has showcased a new economic model for pharmaceutical companies, exponentially increasing sales and rate of growth while cutting development expenses.

As the Theranos infrastructure begins to transform the way payors and physicians approach blood testing and reimbursement, the adoption of Theranos Systems in pharmaceutical companies is powering a radical new growth model for the pharmaceutical and biotech industry.

### Return on Investment for Pharmaceutical Clients

Theranos' technology has been robustly validated over the last four years. Existing clients include AstraZeneca, BMS, Celgene, GSK, J&J Centocor, Mayo Clinic, Merck, Pfizer, and others. Theranos' direct-to-consumer home monitoring systems are currently being launched. In pharmaceutical clinical studies/programs, Theranos Systems have:

**Accelerated trial timelines** by an average of 18 months.
- Demonstrating meaningful dose-response and efficacy dynamics profiles in ~6 months where conventional infrastructure took two years and was still not able to generate equally predictive correlations.
- Existing customers value a six-month gain in time-to-market at $180 million to $540 million[1].

**Reduced clinical operations costs** by 50%.
- In addition to saving time, point-of-care ambulatory monitoring reduces the number of sites, as well as shipping, sample processing and clinical operations costs.
- Higher integrity field data and predictive models reduce the number of patients required in each clinical study by 25%.

**Enabled realization of target product profiles** that customers had not been able to achieve using the conventional testing and analytical infrastructure.
- Improved visibility into pathway dynamics
- Early reads on efficacy and safety dynamics
    - Established comprehensive longitudinal PK/PD profiles.
    - Characterized trends in the rate of change of key markers. (Conventional infrastructure obscures trends Theranos Systems elucidate.)
- Optimized development in ways previously not possible because of the biology complexities.
    - Enabled adaptive studies and development.
    - Salvaged assets that were about to be written off.
    - Rapidly enabled label expansion into key new patient populations and multiple indications.
    - Powered mechanistically driven cross-comparison studies for compound differentiation and reimbursement.

**Enabled approval, reimbursement, and maximized use of key assets** through drug-systems combinations now going onto the market together to optimize the benefit/risk profile of a drug on an *individual* patient basis. The individualized selection, treatment, monitoring and wellness counseling of subjects made possible through Theranos Systems is the foundation of a radical new growth model for pharmaceutical companies following the drug-device approach recommended by the Critical Path Initiative. The ability to comprehensively monitor blood-proteins and behavior in an at-home system enables pharmaceutical companies to overcome the clinical and economic limitations of what's currently known as 'personalized' – population-based medicine.

---

[1]Most recent estimates by an existing Theranos client value each day gained at 1-3 million dollars per day.

FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1529

Case 5:18-cr-00258-EJD   Document 1327-3   Filed 02/28/22   Page 163 of 265



## The Theranos System

Theranos Systems are Theranos' proprietary, patented technology. The systems are becoming the center of healthcare in the home, making healthcare a home necessity in the same way that personalized computers made computing a home necessity.

For point-of-care technology to develop into a true individualized medical system (IMS) and make it a staple of patient care at the individualized level, significant breakthroughs were needed over the current state-of-the-art tools in the following domains:

- Greater sensitivity, specificity, precision and accuracy of simultaneous assays
- Home protein analysis for time profiling
- Home drug analysis for exposure-response characterization
- Integration of data coming from various sources into electronic health records (EHR)
- Data modeling using Bayesian and other approaches
- Systematic, prompt feedback to the health care provider (HCP) and the patient
- Enabling early, adaptive and rapid decision making about healthcare utilization

The Theranos System was developed to address the aforementioned issues. Theranos Systems allow HCPs to monitor drugs, their metabolites, and relevant biomarkers from fresh whole blood samples in real-time at any testing frequency in a clinic, hospital setting or any point of care, including the home.

Theranos Systems process finger-stick blood samples at the point of care, wirelessly transmit data to relevant health care providers/clinicians, and can provide individualized and integrated content back to consumers to assist them in modifying behavior and establishing/achieving health and wellness goals. The user interface on the device is a graphical touch-screen, which links with an individual's mobile phone in real-time, providing each user with 'smart,' customized information.



Theranos' proprietary blood-analysis technology has made it possible to measure multiplexed combinations of drugs, proteins and other analytes in the home, and in doing so, characterize trends in disease progression



and regression that were previously not seen. The ability to capture more comprehensive longitudinal time-series measurements is fundamental to better characterizing a patient's response to therapy.

When deployed, the information system allows for the integration and exploitation of information in a way previously not feasible. The home healthcare systems combined with the models in the information system enable accelerated clinical studies and realization of the target profiles of key assets.

In order to increase the value and coverage of marketed assets, compound-specific information characterized in clinical studies is being leveraged in the consumer environment. The information system allows for customized content to be deployed to device touch-screens and the associated mobile applications to enhance the value of a therapy.

The social networks which are rising around the mobile and home systems are proving to be powerful viral marketing channels.

There's a mobile phone image in the lower right, but not in the crops list. 

CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani          Balwani-1530



**Theranos Systems are comprised of three integrated technologies and services.**

**1. Data infrastructure (for use across an entire pharmaceutical pipeline)**
An information integration and exploitation infrastructure which permits:
- Data acquisition and storage of point-of-care results in real time.
- The integration of blood parameters and patient diary data with all other physiologically relevant information into the EHR.
- A central mathematical software program to:
  - Graphically visualize, help to interpret, and analyze all data in one place
  - Link any new information into a disease management system that then maps the information onto a probability space of clinical outcomes.
- The graphical display of clinically relevant and actionable information back to the HCP and/or the patient.

A customer-specific data integration and self-learning prediction and simulation engine to:
- Centralize all information in one repository.
- Automatically import data that exist in different formats (historical data, clinical studies, literature, patient records, etc.).
- Power models of patient response and disease pathophysiologies on integrated data sets.
- Constantly evolve and become increasingly predictive as learning algorithms process data from the field and literature without requiring human intervention.

**2. Predictive and dynamic, multivariate, multi-dimensional models (customized for program-specific objectives) that map disease progression and regression**
Algorithms
- Built-in pattern recognition tools characterize 'responder classes' and clinical outcomes.
- Probability analysis tools systematically account for uncertainty.
- Integrate physiological models with statistical analysis tools based on Theranos' proprietary time-series analysis.

Models
- Account for all relevant pathophysiologies and compounds' mechanisms of action
- Can identify relevant circulating parameters for patient monitoring and classification
- Are increasingly predictive to power future studies and decision making
- Simulate scenarios that answer 'what-if' questions and allow users to run queries themselves
  - Patient profiles
  - Trial protocols

**3. Home Healthcare Systems (integrated point-of-care home and mobile monitoring systems that work for any combination of assays, including drug and protein analysis)**
Devices – remote, portable patient care systems
- On-site, real-time, automatic processing of cartridges for blood analysis
- User interface designed for non-computer-literate subjects, allowing the patient to initiate the assays and to graphically enter a variety of relevant environmental information, such as comprehensive patient diary, behavioral, and psychological information, through touch-screens embedded in the device
- Two-way communication system from the instruments to HCP/clinicians, mobile phones, and back to patients with relevant content, messages, and health information
- Blood and environmental data is automatically (wirelessly) transmitted into models in real time.
  - Fully exploit all data (every IIT or pivotal trial increases the predictive value of the models).
  - Characterize dose-response, efficacy and safety dynamics faster and more accurately.

FOIA Confidential Treatment Requested by R. Balwani                          Balwani-1531



Cartridges – disposable cartridges pre-loaded with chemistries to simultaneously measure multiplexes of proteins and other analytes from ~20µL whole blood finger-stick

- Cartridges can be customized to measure any combination of drugs and biomarkers together to map indicators/trends through comprehensive longitudinal PK/PD profiles of subject status.
- Rapid characterization of rate-of-change in key markers and trends (through more frequent monitoring than possible using central labs) yields predictive insight into clinical outcomes far earlier than more traditional radiologic and clinical end-points, resulting in earlier go/no-go decisions across multiple indications.
- Assay precision and trend generation capabilities reduce required patient numbers.
- Standardized analytical platform can be used across all sites.
  - Reduce variability of data between sites.
  - Improve quality of data by avoiding issues with analyte decay rates and sample processing.
- Drug-specific cartridges complement wellness/disease-specific cartridges that are being launched by Theranos direct to consumers and physicians.

Mobile Applications – transmission of individualized content to 'smart,' automated 'counselors' on device touch-screens and users' mobile phones to assist with behavior modification and increase compliance with therapy

- Theranos' proprietary algorithms enable the correlation of blood data to efficacy dynamics profiles, behavior, lifestyle, diet, and side-effects.
- Truly individualized content is selected to help people change their lifestyles in a sustained way, through the integrated use of the back-end algorithms, models, and data in the data infrastructure.
- Content is based on data for patient 'classes,' which recognize physiological and psychological pre-dispositions as well as local socio-environmental influences.
- Applications link users through social networks, where success stories compound through the combination of each tailored home health system with a given therapy.

**Theranos' Client Services include:**
Customization
- Devices
- Cartridges
- Informatics Systems
- Web portals
- Mobile applications for specific assets

Study Planning
- Biomarker selection

Support
- 24x7 live international call center
- New Information System features for in-person training of all site and where applicable, at-home device installations and training for patients
- Maintenance of information systems and all web and mobile applications

Regulatory Filings
- Compound-specific cartridges

Distribution of the systems to consumers, physician's offices, and pharmacies
- Sale and distribution of devices and cartridges
- Reimbursement for devices and cartridges

Marketing through the creation of Theranos' product-specific mobile, device and web-based wellness social networks

FOIA Confidential Treatment Requested by R. Balwani                              Balwani-1532

# Exhibit 6

# FW: STRICTLY CONFIDENTIAL - Pharmaceutical documents

**From:**      Elizabeth Holmes <eholmes@theranos.com>

**To:**         Sunny Balwani

**Date:**      Wed, 12 Aug 2009 10:15:31 -0700

**Attachments:**  TPS Introduction 28Jul09FinalApproved.ppt (692.22 kB); TPS Executive Briefing 5Aug09FinalApproved.doc (428.54 kB); TPS Case Studies 28Jul09FinalApproved.ppt (3.79 MB); Theranos Systems Pharmaceutical Introduction 4May09FinalApproved.doc (864.26 kB); Theranos Impact on Cost Savings, Revenue and Growth for ELISA PK 4Jun09FinalApproved.doc (146.43 kB); Theranos Impact on Cost Savings, Revenue and Growth for MassSpec PK 4Jun09FinalApproved.doc (147.97 kB); Theranos Comparison to alternative modeling tools24NovFinalApproved.doc (92.16 kB); Assay Development, Validation, and Selected Clinical Results 24Jul09FinalApproved.ppt (5.8 MB); Assay Validation - GIP 12DecFinalApproved.doc (96.77 kB); Assay Validation - GLP-1 12DecFinalApproved.doc (96.77 kB); Assay Validation - Human IL-6 12DecFinalApproved.doc (111.62 kB); Assay Validation - Human TNF-a 12DecFinalApproved.doc (97.28 kB); Theranos Assay Library (CDA required) 28Jul09FinalApproved.doc (86.02 kB); Theranos Assay Library (no CDA required) 28Jul09FinalApproved.doc (72.19 kB); Joint Study Development and Management 8Apr09FinalApproved.doc (99.33 kB)

Please let me know if you have any difficulty opening any of these files.

Thanks,
Carolyn

      

# Exhibit 7

Message

| | |
|---|---|
| **From:** | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent:** | 12/15/2009 7:32:42 PM |
| **To:** | thomas.breuer@gskbio.com |
| **CC:** | Sunny Balwani [sbalwani@theranos.com] |
| **Subject:** | Follow up to our meeting |

Dear Thomas,

It was great to meet you.

In follow up to our conversations, I have attached three documents to this email.

The first is a consolidated summary of the GSK infrastructure we've designed in follow up to our interactions with people on the corporate side in information systems and strategy. We took ten slides on the applications in Biologicals and added them to the end of that summary – slides 28-38. The first slide highlights the ability to use the existing surveillance infrastructure to rapidly test the efficacy of existing vaccines against drifted strains of influenza virus using Theranos' strain-specific real-time antibody tests and the formulas we've established for the relationship between dose, antibody levels, and clinical outcomes.

The second is a copy of the validation report from the GSK staff who tested Theranos technologies in RTP. As you can see in that attachment, GSK's lab Director concluded that "Theranos Systems eliminate the need for a lab." The report shows the ability to get better sensitivity and real-time data using Theranos.

The third is a copy of a case study on Theranos' analytics also reviewed by GSK staff in detail during their due diligence process. This review focused on the ability to improve probability of success of realizing a target product profile with Theranos analytics. The case study details another company's use of Theranos analytics in registrational studies where the system increased POS from 15-80% and saved 18-24 months in clinical development timelines.

The Theranos Solution is a fully integrated and automated system for data capture, analysis, and care delivery. The data capture capability in combination with the predictive analytics capability has been the key to our success in accelerating development timelines.

We are very much looking forward to following up with your clinicians in Philadelphia. Is there a convenient time this week we could meet or arrange a video-conference? Please let us know how best to follow up.

Kind regards,
Elizabeth.

Elizabeth Holmes
President and CEO
Theranos, Inc.

Tel: 650.470.6111
Fax: 650.838.9804

==========================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292    www.theranos.com

==========================================

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460774



# GTS

# GSK's Strategic Enterprise Infrastructure

This presentation and its contents are Theranos proprietary and confidential.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Contents

- **Background**

- GTS ROI

- GTS Deliverables

- GTS in Biologicals

Theranos Confidential

2

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460776



# Introduction to Theranos, Inc.

**Theranos is a Silicon Valley-based healthcare company founded in 2003.**

- Theranos provides fully customized solutions that impact a diverse range of stakeholders in health care by providing actionable information far earlier than historically possible

- Our current and past clients include 9 of the top 15 major pharmaceutical companies, midsized bio-pharmas, prominent research institutions and U.S. and foreign government health organizations

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460777



# About Theranos

Founder and CEO Elizabeth Holmes left Stanford University to start Theranos around her patents for next-generation healthcare systems. She has built the company from inception to rapid commercial growth today.

Vice Chairman Sunny Balwani joined Theranos after leaving Microsoft to successfully build and sell his own company for over $400M

Other Management Team Members:
- Dr. Channing Robertson, Dr. Seth Michelson, Jodi Sutton, Dr. David Lester, Dr. Marc Thibonnier

Theranos' investors and board members include, amongst others:
- Donald L. Lucas, the first venture capitalist in Silicon Valley, and a legend behind many of today's Fortune 500 companies
- Larry Ellison, Founder and CEO of Oracle Corporation
- Bob Shapiro, former CEO and Chairman of Monsanto and Pharmacia Corporations (now Pfizer); former director of NYSE, Citibank, and other major corporations
- Draper Fisher Jurvetson; ATA Ventures (spin-out of Institutional Venture Partners)

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Theranos & GSK

- GSK completed a <u>comprehensive</u> validation of Theranos Systems in 2008
    - Validation was independently conducted run by GSK staff at RTP
    - Validation concluded "Theranos Systems eliminate the need for a lab"

- Over the past four years, leads from all three business units across all therapeutic areas have evaluated and expressed interest in the Theranos infrastructure

- Theranos and GSK have a fully executed MSA

- Integrated architecture of Theranos infrastructure requires adoption at top corporate levels

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460779



# Theranos Infrastructure Technologies

## Theranos Field Systems



Devices    Cartridges    Mobile Applications – Ex. the Health Assistant

## TheranOS – Theranos Operating System



Data Infrastructure    Models and Algorithms    Decision Support Applications – Ex. Virtual Studies

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460780



# GTS

* GTS is a fully integrated, enterprise wide health data capture (including blood testing), analysis and care delivery solution

* Accelerates clinical development timelines, improves probability of success (POS) of realizing each target product profile, and increases physician and patient adoption (increases sales)

* Comprised of Theranos Field Systems and the TheranOS

  – Integration of technologies and more frequent sampling identifies predictive signatures that have not been possible to characterize using the conventional analytical infrastructure (movie v. snapshot) to better and more rapidly characterize efficacy and safety

  – Infrastructure is self-learning and is refined with every new data point collected across any business unit

  – Provides predictive decision support tools for clinicians

  – Provides actionable, "smart" content back to patients to facilitate behavior modification

  – Data Collection, Analysis & Surveillance Infrastructure in emerging countries becomes care delivery infrastructure

Theranos Confidential                                                                                      7

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460781



# Contents

- Background

- **GTS ROI**

- GTS Deliverables

- GTS in Biologicals

Theranos Confidential                                    8

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460782



# Economic Impact for GSK

- Accelerate Clinical Development/Trial Timelines

- Improve Probability of Success of Realizing Target Product Profiles

- Increase Physician and Patient Adoption – Increase sales

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                                           THER-6460783



# Economic Impact for GSK

* Accelerate Clinical Development/Trial Timelines

  - Elimination of Logistical constraints (shipping samples, analyzing data, bringing patients into clinics, recruiting patients without knowing their response profiles, etc.) and

  - Faster, more integrated studies (adaptive trials and decision making)

  cumulatively reduce development timelines by (~3) years to facilitate earlier filings.

* Theranos' large pharmaceutical clients have valued the fully loaded cost of each day gained in time to market at $1M/day

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460784



# Economic Impact for GSK

- Improve Probability of Success of Realizing Target Product Profiles

  - 5x improvements in probability of success for each asset

  - Salvage assets and improve labels (more first line therapies)

  - Realizing the improvement in attrition rate across the entire portfolio versus just one compound continually reduces the fully loaded cost of R&D

- 5x improvement in probability of success correlates with greater than 10% ROI on the total investment into a compound, averaging greater than $200M/asset

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460785



# Economic Impact for GSK

* Increase Physician and Patient Adoption

   – Evidence based guidelines for starting/stopping/re-starting therapies to increase physician comfort with prescribing

   – Rapid publications for expanded use – new indications and amelioration of safety concerns

   – Improved care delivery through individualized feedback tools and better access to medicines through Theranos' decentralized testing infrastructures (in pharmacies, through health ministries, etc.)

* Increase sales by several multiples over current adoption/projections

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460786



# Return on Investment

- The value of GTS lies in the fact that it is a fully integrated solution for data capture, integration, analysis, (and therapeutic delivery) across business units.

- The integrated solution provides compounding ROI over any particular business unit or drug-specific component.

- The key to significant ROI on GTS is programmatic deployment, which yields short term cost savings against the initial customization investment in addition to longer term ROI measured in terms of time saved and improved POS of realizing the target product profile for each asset.

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460787



# Immediate ROI: Executing on Healthcare Diversification Strategy

GTS is the vehicle for execution of GSK's strategic priorities and realization of the associated impact to earnings and growth

- Accelerated timelines … simplifying GSK's operating model
- Improved POS … delivering more products of value
- Increased adoption … growing a diversified global business

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460788


*theranos*
*redefining healthcare*

# Contents

- Background

- GTS ROI

- **GTS Deliverables**

- GTS in Biologicals

Theranos Confidential                                                                           15

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460789



Theranos is the only company with full integration between sample analysis and analytical capabilities

# GTS integrates patient sample analysis with sophisticated analytical capabilities to increase R&D ROI.

| Capability | Clinical Trial Simulator | Physiological Modeler #1 | Physiological Modeler #2 | Central Lab | CRO | theranos |
|---|---|---|---|---|---|---|
| Patient recruitment | | | | | ✓ | ✓ |
| Investigator/site mgmt | | | | | ✓ | ✓ |
| Sample handling | | | | ✓ | ✓ | ✓ |
| Sample analysis | | | | ✓ | ✓ | ✓ |
| Data management | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Basic analytical package <br> • PK/PD modeling <br> • Clinical trial simulation | ✓ | ✓ | ✓ | | | ✓ |
| Physiological model | | ✓ | ✓ | | | ✓ |
| Dynamic learning models and real-time data acquisition | | | | | | ✓ |
| Clinical study report | | | | | ✓ | ✓ |

Theranos Confidential
16

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460790



# Theranos Field Systems





Devices                          Cartridges                          Mobile Applications –
                                                                     Ex. the Health Assistant

* Measure whole blood analytes from a finger stick in real-time at any desired point of care (home, clinic, or mobile units)
* Simultaneously collect behavioral and lifestyle information through intuitive graphical touch screen interface
* Data from each device automatically and securely transmitted to TheranOS in real-time through cellular network
* Actionable information sent back to devices and applications (i.e., the Health Assistant, Virtual Studies Application)
* Point-of-care analysis of fresh whole blood eliminates conventional testing infrastructure issues, such as:
  - Analyte decay rates
  - Volumes of blood and frequency of blood draws
    - Decreases sample volume by 98%
    - Sampling schemes no longer restricted
  - Cost and logistics of sample shipments

Theranos Confidential                                                                     17

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460791



# TheranOS


Data infrastructure


Models and Algorithms


Applications – Virtual Study

- Data Infrastructure
  - Automatically imports data from any desired source.
  - Translates it into one standardized format.
  - Self-learning data engine
- Models
  - Dynamically models the integrated data sets in real-time
  - Fully integrated and inter-connected physiological, statistical, and epidemiological system
  - Characterize each compound's mechanism-of-action.
  - Characterize all pathophysiologies associated with realizing each compound's target product profile
- Customized Applications
  - Clinical trials simulation
  - Adaptive trials management, in compliance with existing regulatory guidelines
  - Accessed through secure online web portal

Theranos Confidential                                                                18

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                                THER-6460792



# TheranOS: Proprietary Data Integration, Translation

- Proprietary import tool on web portal allows for automatic importation and standardization of data from all clinical databases.

- All data is automatically integrated with Theranos Field Systems data, centralized, and passed through predictive models.



**TheranOS Data Infrastructure**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460793



# GTS Architecture Drives Deployment Plan

- A cornerstone of GTS' architecture is the inflammation engine.

- The central role of inflammation in the disease process and tissue damage/repair, allows one to apply the GTS infrastructure across various therapeutic areas and business units.

- Deployment of a customized inflammation platform provides the ability to rapidly integrate data from different pathophysiological states for predicting and establishing novel therapeutic indications.
  - GTS engine learns from every new data point and models become increasingly predictive -compounding predictive power

- Drug-specific models and cartridges are built on GTS' pathway architecture to conform to existing business unit structure.
  - TheranOS allows for data integration & exploitation across a broad range of existing data capture tools.

Theranos Confidential

20

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460794



# Rapid Customization of GTS: Therapeutic Area Infrastructures

Metabolic Pathways Infrastructure

Biopharmaceuticals Infrastructure

Neurosciences Infrastructure

Self-learning Predictive Analytics Engine

Oncology Infrastructure

Respiratory Infrastructure

Infectious Diseases Infrastructure

ImmunoInflammation Infrastructure

Theranos Confidential                                                                                                    21

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460795



# Decision support applications:

TheranOS Software for each Therapeutic Area:

- Probability Mapping Application
- Health Assistant
- GTS Assistant
- Adaptive Studies
- Ontologies
- Predictive Signatures
- Biomarker Identification Application (BIA)
- Virtual Study Application
- Others

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Data Collection Library & Care Delivery Tools:

For each therapeutic area:

- Cartridge tests – libraries of ~250 tests per disease area

- Device touch-screen software applications and embedded sensors – blood pressure, weight, others

- Mobile phone applications

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460797



# Rolling infrastructure set-up



Data Infrastructure

Inflammation Engine

7 Therapeutic Area Infrastructures

Customization and activation of base GSK data infrastructure and learning engines followed by rolling set up of 7 therapeutic area infrastructures

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460798



# Rolling infrastructure set-up

| Data Infrastructure |
|---|

| Inflammation Engine |
|---|

| 7 Therapeutic Area Infrastructures |
|---|

  **Biologicals**

  **Prescriptions**

  **Consumer**

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Rolling infrastructure set-up



 <u>Biologicals:</u> Influenza (vaccine) → Oncology
→ Others

 <u>Prescriptions:</u> Unprecedented Early
Development Compounds, REMS, LpPLA-2
→ Early Development, Phase III, Phase IV &
Post marketing studies

 <u>Consumer:</u> Weight loss (alli) → Smoking
Cessation → Others

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460800



# Deployment of GTS

- Customization, Installation, and License of enterprise infrastructure

- Deployment of consumables for studies

- License expansion – Deployment of additional drug-specific models/consumables

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460801



# Contents

- Background

- GTS ROI

- GTS Deliverables

- **GTS in Biologicals**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460802



# Rapid Validating Efficacy of Existing Vaccines Against Drifted Strains of Influenza Virus

- Theranos characterized relationship between dose, clinical efficacy, and antibody titers to influenza strains on its validated point-of-care systems.

- Assays identify functional, strain-specific antibodies from a finger-stick of fresh whole blood.

- Once deployed in a clinical study, patients could be immediately challenged with the actual virus and followed for 2+ weeks to assess whether the existing vaccine is efficacious.

- If not, the same infrastructure could be used to rapidly assess optimal dose and efficacy of a new vaccine.

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460803



# Influenza Surveillance Infrastructure

Real-time development and deployment of antibody, cytokine, and efficacy/safety marker measurements from finger-stick of blood /nasal swab run on point-of-care device

- Characterize velocity of antibody decay

- Accelerate development of new vaccines to mutations

- Quantitatively characterize efficacy and safety profiles to ameliorate concerns and differentiate GSK vaccines

- Guide optimal administration of vaccines

- Provide real-time measurement of efficacy and immunity

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460804



# Influenza Surveillance Infrastructure

Modeling and simulation of efficacy and safety dynamics and
projected spread and mutation of the virus

- In-silico comparative effectiveness studies to optimally power
  head-head studies with antibody/efficacy cartridges

- Virtual studies to rapidly optimize dose and minimize safety
  issues

- Rapidly power (adaptive) studies

- Detect any mutation of the H1N1 virus as it emerges.

- Project spread of disease and mutations

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460805



**Results:**
- **Antigens:** Positive
- **Antibodies IgG/IgM:** High
- **Cytokines: Low**
- **H1N1:**        500 pg/ml
- **Anti H1:**      750 ng/ml
- **Anti N1:**      300 ng/ml
- **IL-6: 200 pg/mL, IL-1b: 100 pg/mL, TNF-a: 300 pg/mL**

**Recommended Actions:**
- **Anti-viral administration and quarantine**
- **Sample 50 surrounding possible cases**

OK

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460806



# Recommended Actions Depend on Levels of
# Antigen, Antibody, Cytokine and Other Markers

Combination of high Ag, high cytokine, and low Ab suggests *hospitalizations*

Combination of low Ag, low cytokine, and high Ab suggests *prophylactic anti-viral administration and quarantine*

Colors classify patient "groups" for triaging optimal intervention

Cytokines

Antibodies

Antigen

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460807



# THS Modeling Platform Capabilities

1. Predicts spread of an infectious pathogen in a heterogeneous human population.

2. Reflects the impact of regional demographics and patient risk factors.

3. Enables evaluation of healthcare mitigation policies, for example:
   - Surveillance/testing strategies
   - Hospitalization, home isolation, and quarantine policies
   - Prophylactic vaccination and anti-viral treatment policies
   - School and workplace closures; other social distancing measures
     Enables cost assessment and evaluation of quality adjusted life years (QALY) saved by comparing alternative mitigation approaches.

4. Is fully integrated with real-time data acquisition, enabling model updates based on the latest data acquired from multiple sources

5. Includes automated, frequent model updates.

   - Leads to more accurate projections for spread.

   - Allows health agencies to rapidly adapt to changing conditions.

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460808



# THS Model Accurately Reproduces Spread of La Gloria Outbreak

- All models are validated by reproducing historical data



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460809



# Model Reproduces Bangkok Publicly Reported H1N1 Data Including Deaths and Age-Dependence

Total cases ~20,000; reported cases significantly less.

**# of confirmed cases**

○ MOPH data
— simulation

**# of deaths**

**# of confirmed cases 20-59 yrs old**

Days

**# of confirmed cases 5-14yrs old**

Days

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460810


*theranos*
*redefining healthcare*

# Selected Oncology Applications

- Rapid expansion of use through predictive visibility (models) and early reads (cartridges) on effiacacy and safety in new indications
  - MAGE-3 expansion

- Virtual and rapid head-head studies for comparative differentiation
  - Cervarix differentiation – characterization of velocity of antibody decay and need for re-boost

- Combination tests for low cost, real-time identification of antigen levels/presence of genetic signature from finger-stick of fresh whole blood run on point-of-care device in pharmacies, physician's offices, and other remote locations
  - MAGE-3 "responder" identification

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460811



# Deployment of GTS

- Decision support applications provide compounding predictive power
  - Inflammation/immunology/humeral response models form foundation of data analytics engine
  - Data analytics engine facilitates data integration and connectivity between disease-specific infrastructures:
    - Viral & Allergy Vaccines
    - Bacterial Vaccines
    - Emerging Diseases & HIV
    - Cancer Vaccines

- Data collection, analytics and surveillance infrastructure faciillitates Care Delivery in emerging countries through placement of devices in remote locations

Theranos Confidential                                                                 38

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460812

THERANOS CONFIDENTIAL

        

## Excerpts from GSK Metabolic Study Report

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

**Background information:**
The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to "gold standard" ELISAs using frozen human plasma from study XXXXXXX.  The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the "Cartridge Analytes") as compares to the current gold standard ELISAs (which are not multiplexed).
    - Specifically, the study will assess Theranos' capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed.  Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20μL of plasma. MesoScale Discovery's (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

**GSK Metabolic Biomarker Lab comments:**

- Data show good correlation
    - $r^2 = 0.90$ for GLP-1 (MSD vs. Theranos)
    - $r^2 = 0.96$ for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

**Overall conclusions:**
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

THERANOS CONFIDENTIAL

**Data:**

# Study design

- Human subjects
- Food "challenge"
- Measure GLP-1 and C-Peptide multiplex over 5 time points
  - Linco Assay
  - MSD Assay
  - Theranos Assay

Theranos Confidential

# C-Peptide Assay
## Averaged results



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460814

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

# Assay correlation



Theranos Confidential

# Subject 232





Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

# Subject 236



Theranos Confidential

# Subject 249



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

# Subject 264



Theranos Confidential

# Summary Statistics GLP-1 Comparison

- Theranos LOD = 0.17 pM
- Dynamic range measured: 0-3.2 pM
- Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460818



# TPS Case Study: Client ROI

This presentation and its contents are Theranos proprietary and confidential.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Virtual Study Application

TheranOS Virtual Study Application enables more efficient clinical study design, conduct, and analysis through in-silico:

1. Comparison of alternative clinical study designs
2. Exploration of drug effects on multiple physiologic outputs
3. Examination of patient response variance in order to power the clinical study
4. Optimization of dose regimens
5. Examination of the magnitude and variance of side effects

Theranos Confidential                                                                              2

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460820



# Virtual Study Application

TheranOS Virtual Study Application enables more efficient clinical study design, conduct, and analysis through in-silico:

6. Identification and selection of sub-populations having different physiologic responses
7. Identification of predictive patterns for early reads on efficacy and safety
8. Refinement of enrollment criteria.
9. Probability analysis of likely clinical outcomes for a given design.
10. Head-head studies for comparative effectiveness
11. …

Simulations can be run before a study is designed and dynamically throughout each study.

Theranos Confidential                                                                              3

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460821



*theranos*

*redefining healthcare*

CASE STUDY M

# TheranOS Comprehensive Physiological Models

Using the interconnected physiological modeling engine, simulated optimal therapy regimens for maximum efficacy and minimal adverse events for asset that acts on multiple pathways.

- 95% target inhibition reproduced key behaviors reported in the clinical study of compound

- The model predicts the efficacy profiles of the drug, even without accounting for its *mechanism of action* (MOA models built for other drugs)

- Model identified a predictive signature of BMD that is measurable ~6 months prior to physical changes in BMD

- www.theranos.com



*Solid red lines are simulation results*

Denosumab data: McClung et al 2006

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460822



# Example of TPS in Compound Development for Anemia and Bone-related Disease

1. Customized TheranOS for automated data integration, analysis and real-time self-learning
   – Compounding predictive power from all Client-generated data

2. Developed and validated physiologic-based mechanistic modeling and simulation system
   – Captured effects of target inhibition by Compound treatment
   – Included target patient phenotypes based on literature and healthy patient responses to Compound
   – Optimized design, evaluation, execution of (adaptive) clinical trials for Compound
   – Led to novel biomarkers for efficacy and/or safety, enhancing patient treatment with Compound

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460823



# Example (cont'd)

3. Virtual Study Application used to optimize Phase IIa trial design for target patient population
   - Recommended designs enhance power of trial
     - Increased probability of success
     - Provided support for regulatory reviews
   - Integrated data sets and models used by Client to run in-house simulations
   - Easy-to-use interface for in-house ownership/use of highly complex, proprietary modeling system

4. TheranOS applications integrated with Theranos Field Systems yielding compounding predictive power
   - Automated data integration, analysis, self learning and model refinement for trial design, analysis, and patient monitoring
   - Extended to include additional indications for Compound and for other compounds and their indications/target profiles

Theranos Confidential                                                                    6

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460824



CASE STUDY B

# Schematic Overview of Physiological Model



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460825



CASE STUDY B

# Summary Illustration of Quantitative Model
# Representing the Dynamics of Bone Metabolism



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460826



# Pop-PK Mixed-Effects Modeling for Compound SC Administration

- First-order one-compartment model was used to fit the Compound SC PK data.
- Model data accurately predicts clinical PK profiles

| | |
|---|---|
| ○ | Clinical data |
| ······ | Model individual fit |
| —— | Model population fit |

Subject #1    Subject #2    Subject #3    Subject #4    Subject #5

Time (hr)    Time (hr)    Time (hr)    Time (hr)    Time (hr)

Subject #6    Subject #7    Subject #8    Subject #9    Subject #10

Time (hr)    Time (hr)    Time (hr)    Time (hr)    Time (hr)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460827



## Simulated Peak Responses Predicted High, Mid, and Low Dose Response for All Physiologies

CASE STUDY B

Legend:
- ● Simulation (mean±SD)
- ● Clinical data (mean±SD)

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460828



CASE STUDY B

# Virtual Study Application Increased Study POS

Simulations increased probability of study success by allowing users to optimize protocol and dosing titration schemes in-house prior to study initiation.

Simulation of probability of 'successful outcome' indicated high probability of study failure …



… due to underlying variability of responses



TPS optimized study design, dosing regimen, and titration parameters, increasing the probability of success 5x



Theranos Confidential

11

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460829



# Virtual Study Application used to improve POS

New titration design resulted in lower variance, leading to fewer excursions above maximum desired response and significantly decreasing frequency of safety issues.





FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460830



CASE STUDY B

# Further Dose Titration Optimization

Further optimization of dose titration yielded even better efficacy and safety across three initial dose scenarios.



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460831



# Safety and Efficacy Profile

Based on this safety and efficacy profile, the final design was recommended, as it:

- Significantly enhances both safety and efficacy under all conditions for heterogeneous patient populations
- Improves long-term Hgb maintenance by reducing "on-off" dosing and wide Hgb swings
- Reduces variance of Hgb response and treatment dose
- Is robust to initial dose given to the cohort

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460832



CASE STUDY B

# Proposed Semi-Parallel Trial Design is Estimated to Increase the Probability of Success from ~15% to ~80%

Recommendation: semi-parallel design has good chance of success for n=24 and n=16 in initial cohort and parallel cohorts, respectively



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460833



## Model Illuminates Secondary Safety Concerns

Model indicates that Compound treatment may lead to secondary safety concerns in target patients undergoing treatment, if not taken into account.





FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460834



# Secondary Safety Concerns

Model indicated that Compound treatment may lead to secondary safety concerns in target patients undergoing treatment

1. Severe hypocalcemia after intravenous administration of bisphosphonates has been observed in patients with poor mineral regulation.

2. Target patients present a particular risk due to limited endogenous mineral regulation.

3. Phase I studies with Compound in healthy patients show limited Ca effects due to normal mineral regulation in these patients.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460835



# Enhanced TheranOS Patient Cohort

After safety review, shows excellent agreement with Client data on variability in pre- and post- BP of patients.





Population mean: 150.6 mmHg
Population SD:     18.0 mmHg

143.2 mmHg
13.3 mmHg
} [Rohrscheib et al, CJASN , 2008]

Population mean: 149.3 mmHg

141.0 mmHg
} Data from Client, Oct 27 2009

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460836



# Summary of Dose Titration Optimization for Hgb Maintenance and BP-Related Safety Profile

Dose titration designs

| | Endpoints | B3 | B3a | B4 | B5 |
|---|---|---|---|---|---|
| All Patients | Safety profile (% population with high BP events) | 8 | 17 | 8 | 10 |
| | Hgb response at 1 month after last dose, (% responder patients within target Hgb range, 10-12 g/dL) | 62 | 91 | 78 | 86 |
| Excluding patients with baseline BP>160 mmHg | Safety profile in absence of high baseline BP patients >160 mmHg, (% population with high BP events) | 0.8 | 6 | 0.8 | 1.6 |
| | Hgb response at 1 month after last dose, (% responder patients within target Hgb range, 10-12 g/dL) | 67 | 91 | 82 | 90 |
| Implementation logistics | Information required for calculating each dose | • ΔHb since last dose<br>• ΔHb since 1st dose<br>• Current Hb | Additional Info<br>• Baseline BP | Additional Info<br>• Current BP<br>• Max ΔBP since last dose<br>• Max sys BP since start of trial |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460837



# Summary of Trial Design Results and Insights Based on Modeling and Simulation

Using TheranOS model, optimized dose titration and Phase II clinical designs for target patients to meet clinical objectives, improve success probability, and accelerate development timelines

- Dose titration design predicted to improve efficacy across cohort of heterogeneous patients with improved safety profile (limits large/rapid Hgb excursion)
- Evaluated and proposed initial starting Compound dose for target patients to enhance response magnitude and rate with suitable safety profile
- Proposed semi-parallel trial design and modified success criteria predicted to increase statistical power from 15% to 80%

Selected insights based on model development included:

- Rapid hypertensive response may be due to three contributing factors: direct pharmacological effect, rise in viscosity (RBC), delayed rise in EPO (vasoconstriction).
- Identification of candidate biomarker (CTX/BAP ratio) for the prediction of BMD % change
- Delayed transient increase in EPO may be indicative of abnormal RBC/Hgb function.
- Compound treatment predicted to lead to secondary safety marker in target patients.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# ROI: Accelerating Timelines and Improving POS

|  | Milestones | Theranos impact |
|---|---|---|
| | Critical path studies | ✓ |
| Design and planning | Protocol synopsis to approval | ✓ |
| Startup and initiation | Protocol approval to FPFV | ✓ |
| Conduct and closeout | FPFV to LPLV | ✓ |
| | LPLV to DBL | ✓ |
| Analysis, reporting, and publication | DBL to tables / graphs | ✓ |
| | Tables / graphs to fCSR | ✓ |

Program cycle time — Individual study cycle time

**Theranos impact:**
- Data Quality significantly improved through integrated data linkage and earlier & better visibility into exposure-response and patient-patient visibility
- Advanced modeling and simulation capabilities reduced need to run certain trials (e.g., add'l PK/PD studies)
- Optimized trial design and dose selection reduces possibility of re-running trials
- Use in remote locations (e.g., off-shore) significantly impacts site performance
- Real-time, Adaptive Decision Support improves POS
- 15uL blood sample enables far more frequent sampling than historically possible, yielding higher integrity data, faster
- Reduces need for central lab sample shipping / analysis
- Reduces need for clinic visits
- Decentralized and automated nature of sample collection reduces number of sites / investigators Standardized real-time linkage
- Eliminates CRO and in-clinic overhead (and costs)
- Real-time data linkage reduces overhead associated with data handling / storage
- Reduced number of queries
- TPS real-time linkage impacts DBL to analysis by reducing need to consolidate various datasets

Note FPFV: First patient first visit; LPLV: Last patient last visit; DBL: Database lock
SOURCE: CMR; interviews; McKinsey analysis

Theranos Confidential

21

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460839



# Client ROI from POS Analyses & Recommendations

- Overview
  - Client with PoC study design question
  - Compound being used in anemia

- The Theranos Solution utilization
  - Theranos builds systems model to simulate PoC studies
  - Theranos recommends new PoC study design

- The Theranos Solution impact
  - Theranos increased probability of success from ~15% to ~80%
  - Theranos study design eNPV impact of ~$202 million

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460840



# The Theranos Solution – Overview

**Build predictive model and use it to design proof-of-concept study.**

| Overview | |
|---|---|

- Theranos asked to build a predictive model for a drug with highly complex interacting physiologies and tightly limiting safety concern
- Theranos used the model to help design a proof-of-concept study that improved odds of success

**Client design**

- Client had originally designed a proof of concept study that included
  - Staggered dosing regimen



  - Titration regimen that had high degree of variability in patient responses (bouncing between too strong or too weak a response)

- Client had indicated that if the compound failed in the PoC study, there were 3 likely outcomes
  - Terminating compound development
  - Re-doing PoC study
  - Taking forward multiple doses forward for Phase 2b

Theranos Confidential                                                                 23

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460841



# The Theranos Solution – Utilization

**Built complex model and proposed optimized study design within 6 months.**

**Timeline of events**
- Feb, Theranos receives request
- Mar, Theranos receives data to begin modeling
- Jun, Complex systems model built from scratch, with initial physiologically meaningful results
- July, Systems model and simulations completed with solution delivered to Client

**Theranos Solution**
- The Theranos Solution improved odds of success in a number of ways, including:
  - Building a complex systems model
  - Proposing a new proof of concept study design based on extensive simulation of underlying physiology including
  - Proposing a semi-parallel dosing regimen



  - Proposing a new titration regimen that reduced the likelihood of excursions above the maximum desired response and reduced the number of low-responders

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460842

 *theranos*
*redefining healthcare*

CASE STUDY B

# The Theranos Solution – Impact on Success

## Optimized study design increased probability of success from ~15% to ~80%.

**Theranos Impact**

- Probability of success through study design
  - New study design optimized dosing and titration regimens to patient responses, resulting in improved odds of success from ~15% to ~80% by causing:
    - Fewer excursions above highest dose range
    - Faster average onset of action
- Guidance to regulatory agency
  - Theranos accompanied client at meetings with regulatory agency to present new study design and rationale (and then designs for all following studies)
- Client reaction
  - Client believes The Theranos Solution study design significantly reduced likelihood of (re-)running additional studies; Estimates an impact of 18+ months saved in clinical development timeline

- ***Theranos improved Quality*** *by improving probability of success through optimized study design with eNPV impact of $202 million (see next slide)*
- ***Theranos also improved Speed/Cost*** *by reducing the need to re-do PoC study (typical PoC 18-24 months, $10-$20 million)*

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460843



# Improving probability of survival in PoC from 15% to 80% resulted in eNPV of ~$202 million for late market drug entrant

**Risk adjusted margin contribution**

Tail revenue margin contribution

@15% POS NPV = -$90 M at P2a

6  8  14  16  18  20  22  25  20  18  16  14  13  13  12  11  11  10  10  9    73

R&D investment, risk adjusted

LOE

(223)

@80% POS NPV = +$112 M at P2a

30  43  75  89  98  109  120  133  107  96  86  77  73  69  65  61  58  55  52  49    399

(454)

- Discounting cash flows to beginning of P2 results in expected **NPV difference of ~$202 million** by increasing probability of success

- Return on R&D investment for successful launched compound with the profile indicated would have **increased from -3.6% to +13% (an increase in return of ~10 percentage points)**

| Assumptions | |
|---|---|
| PYS:  $500 millions | P2 survival increase from: 15% to 80% |
| WACC:  8% | P3 survival: 57% |
| Contribution margin:  0%, 50%, 70%, 60% | Reg survival:  84% |
| R&D capitalization rate: 9.5% | P2 cycle time: 3.1 yrs |
| Revenue profile:  Biologic | P3 cycle time:  2.8 yrs |
| | Reg cycle time:  1 yr |

SOURCE: PharmaProjects; DiMasi et al. 2002 Journal of Health Economics

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460844



# The Theranos Solution – Impact on ROI

Assumptions:

- Late-to-market drug
- Potential safety issues
- Competing against established drugs
- Minimal peak year sales and success probabilities

Initial Probability of Success of 15%

- At Phase 2, value of the drug is -$90 million
- Economically unfeasible at proposed success rate
- Development is likely to be stopped
- Considering development investment to date, IRR = 3.6%

Theranos Improvement to Probability of Success of 80%

- At Phase 2, value of the drug became +$112 million
- Theranos added ~$202 million value
- Theranos effectively increases ROI to 13%.

Theranos Confidential                                                                                      27

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460845



# Eliminating the need to repeat a single study accelerated development (estimated 18-24 months)

**TPS impact**

* Return on R&D investment for successful launched compound **increased ~10 percentage points**

  – Further reduction of fully loaded cost of R&D and increase of revenues from time savings

* By realizing the improvement in attrition rate across the entire portfolio versus just one compound, biopharmaceutical companies are realizing a further reduction in the fully loaded cost of R&D, because in an aggregate portfolio fewer wasted trials yield lower spend for the overall portfolio irrespective of development timelines.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460846



# Increasing Return on R&D Investment

External research shows that pulling several operational levers can increase return on R&D investment.



SOURCE: E. David, et al. "Pharmaceutical R&D:  The Road to positive R&D returns", *Nature Reviews Drug Discovery*

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# Theranos can help achieve these improvements.



| Reduce cost per molecule | Reduce time to launch | Increase probability of success | Improve revenue per molecule |
|---|---|---|---|
| • Decrease number of studies<br>• Decrease operating cost per patient | • Decrease analytical time with real-time data linkage<br>• Reduce sample shipping from point of care (e.g., across international borders) | • Optimize decision-making around study design<br>• Improve dose selection due to dynamic sampling | • Enable enhanced risk management<br>• Increase prescriber comfort for medications requiring patient monitoring |
| Reduce overall cost per molecule by 15% | Reduce time-to-launch by 18 months | Increase phase III POS 10% by "taking" attrition in phase II | Shift 4% of molecules from fourth quartile to first quartile |

SOURCE: E. David, et al. "Pharmaceutical R&D:  The Road to positive R&D returns", *Nature Reviews Drug Discovery*

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-6460848

# Exhibit 8

**To:**    Bruce Shepard[Bruce.Shepard@wal-mart.com]
**Cc:**    Sunny Balwani[sbalwani@theranos.com]
**From:**    Elizabeth Holmes
**Sent:**    Fri 3/19/2010 7:45:58 PM
**Importance:**    Normal
**Subject:**    RE: times to talk
**Received:**    Fri 3/19/2010 7:46:00 PM
Multiplexed Panel Validation Report_FDA-ICH.pdf

Bruce,

Great to talk with you. Please find the FDA/ICH validation report we discussed attached to this email. We'll follow up with you on the store location recommendations and biohazard guidance under separate cover.

All my best,

Elizabeth.

---

**From:** Bruce Shepard [mailto:Bruce.Shepard@wal-mart.com]
**Sent:** Wednesday, March 17, 2010 12:50 PM
**To:** Elizabeth Holmes
**Subject:** RE: times to talk

Just sent the meeting planner.  Thanks Elizabeth!

Thanks,
Bruce Shepard
479.204.6857
bruce.shepard@wal-mart.com

Nothing in this e-mail constitutes an offer to lease space, nor does this e-mail constitute an acceptance by Wal-Mart Stores, Inc. or any of its affiliates of any offer to lease.   Nothing in this e-mail should be construed as a guaranty, promise, or binding commitment of Walmart. This is not a lease or agreement; it is merely for

Confidential    THPFM0002105918

discussion purposes only. There shall be no binding agreement by said parties until Walmart receives executed lease documents from tenant and Walmart fully executes such documents.

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Wednesday, March 17, 2010 2:47 PM
**To:** Bruce Shepard
**Cc:** Sunny Balwani; Carolyn Balkenhol
**Subject:** RE: times to talk

Bruce.

Let's do it Friday. We can call your office at 10 AM CST?

Elizabeth.

---

**From:** Bruce Shepard [mailto:Bruce.Shepard@wal-mart.com]
**Sent:** Wednesday, March 17, 2010 11:25 AM
**To:** Elizabeth Holmes
**Subject:** times to talk

Elizabeth – I am so sorry about the schedule today and thanks for understanding!  Looking at the calendar, I could either of the following times, whichever is best for you.  I will be traveling Sunday and Monday and in meetings all day Tuesday.  Look forward to catching up.  Thanks.

Friday between 10a1pm

Wednesday 2-4pm

Confidential

THPFM0002105919

Thanks,
Bruce

**Bruce Shepard**, FACHE, Director, Health Business Development
Phone 479.204.6857 Fax 888.715.8940
bruce.shepard@wal-mart.com

Walmart Stores, Inc.
702 Southwest 8th Street
Bentonville, AR 72716-0235
**Save money. Live better.**

Nothing in this e-mail constitutes an offer to lease space, nor does this e-mail constitute an acceptance by Wal-Mart Stores, Inc. or any of its affiliates of any offer to lease. Nothing in this e-mail should be construed as a guaranty, promise, or binding commitment of Walmart. This is not a lease or agreement; it is merely for discussion purposes only.   There shall be no binding agreement by said parties until Walmart receives executed lease documents from tenant and Walmart fully executes such documents.

****************************************************************** **This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.** ****************************************************************** **Wal-Mart Confidential** ******************************************************************

****************************************************************** **This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.** ****************************************************************** **Wal-Mart Confidential** ******************************************************************



**Assay Development Report**
**Theranos Systems Multiplexed Human IL-6, Human TNF-α, Human CRP (hs)**

Contents

1. Introduction
2. Storage and Use
3. Calibration
4. Range
5. Quantitation Limits and Accuracy
6. Precision
7. Specificity
8. Linearity
9. Matrix Effects
10. Stability

## 1. Introduction

The Theranos Assay System is a fully automated means for measuring concentrations of analytes (biomarkers, drugs) using immunoassay methodology. The system is comprised of instruments, single-use cartridges and a wireless communications link that conveys protocol information to the instruments from a Theranos Server and relays assay data to the Server for interpretation and distribution. Blood, plasma serum and control materials may be analyzed by the System. Calibration is performed at Theranos on a cartridge-lot-specific basis.

The System accepts a metered sample (25uL) from a proprietary sampling device or a pipette, dilutes it automatically to levels appropriate to each assay then executes an automated ELISA assay protocol. The protocol is selected from a set of released protocols available on the Theranos Server and identified by reading a bar code on each cartridge. The bar code is also linked to an assay lot-specific calibration algorithm. Assays are complete in about one hour.

Assays are typically grouped (multiplexed) in particular cartridges designed to monitor specific disease and therapeutic processes. For example, a cartridge designed to monitor acute and inflammatory processes measures IL-6, TNF-α and CRP. Customer is interested in use of the Theranos System and has sponsored a validation exercise at Theranos focused on the inflammatory marker cartridge.

In this exercise, many instruments (60) and three lots of cartridges were used.

## 2. Storage and Use

Theranos cartridges should be stored in the original unopened packaging in an upright position at 4°C. Theranos instruments require no user maintenance or calibration. User prompts are provided on a screen which is part of the instrument.

Confidential                                                                 THPFM0002105921



## 3. Calibration

IL-6 and TNF-α assay calibration utilize recombinant analytes expressed in human-cell lines as calibration materials. These are reportedly more stable than recombinant analytes made in bacteria and more similar to the naturally occurring analytes. The CRP assay is calibrated with a human plasma-derived analyte. Theranos Systems assays recognize "natural", recombinant, and human-cell line expressed recombinant forms of IL-6 and TNF-α. Each lot of Theranos Cartridges is individually calibrated, the calibration equation is linked to the cartridge barcode and results are automatically computed on the Theranos data server. For this validation study, three cartridge lots were produced and calibrated.

### NIBSC WHO Verification of Calibration

Exemplary assay responses are shown in Appendix A. Calibrations for IL-6, TNF-α and CRP were verified by testing the recovery of the current National Institute for Biological Standards and Control (NIBSC) World Health Organization (WHO) Reference Standards. The current WHO standard for IL-6 is NIBSC code 89/548 (recombinant protein produced in CHO cells with post translational modifications), for TNF-α NIBSC code 88/786 (a natural human protein derived from human BALL-1 cells), and for CRP NIBSC code 85/506 from human plasma. Spike recovery of all three WHO standards were within acceptable limits across the assay ranges as shown in the figures and tables below. Note that for the TNF- α assay we found low recovery (about 30%) of the WHO standard in a reference kit (R&D Systems Quantikine HS catalogue # HSTA00D, data shown in Appendix B). Therefore comparisons of sensitivity and slopes of assay correlations of results of the Theranos System with those of R&D Systems kits will show different results due to their respective calibrations. For example, the R&D Systems Assay would report a TNF-α value of 4 pg/mL when the Theranos Assay reports 12 pg/mL. If desired by a customer the Theranos System can be configured (in calibration algorithms) to provide results matching those of R&D Systems assays (or those of other predicate assay). It is our intention however to continue to perform primary calibration of Theranos assays using International Standard materials whenever possible since predicate assays not so calibrated may be subject to lot-to-lot variation in calibration.

Confidential                                                                                  THPFM0002105922







Confidential

THPFM0002105923





**Theranos Systems Recovery of IL-6 (NIBSC code 89/548) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [IL-6] IU/mL | [IL-6] pg/ml | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 100 | 1000 | 981.1 | 11 | 980.1 | 98 |
| 25 | 250 | 227.1 | 16 | 226.2 | 90 |
| 5 | 50 | 45.2 | 10 | 44.2 | 88 |
| 3 | 25 | 21.5 | 8 | 20.5 | 82 |
| 1 | 10 | 10.5 | 9 | 9.5 | 95 |
| 0 | 0 | 1.0 | 47 | 0.0 | N/A |

**Theranos Systems Recovery of TNF-α (NIBSC code 88/786) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [TNFa] IU/mL | [TNFa] pg/mL | Recovered [TNF-α] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 46.5 | 1000 | 873.4 | 3 | 873.0 | 89 |
| 11.6 | 250 | 218.7 | 3 | 218.3 | 96 |
| 2.3 | 50 | 44.0 | 10 | 43.5 | 96 |
| 1.2 | 25 | 20.9 | 22 | 20.4 | 95 |
| 0.5 | 10 | 10.9 | 19 | 10.5 | 100 |
| 0 | 0 | 0.4 | 14 | 0.0 | N/A |

**Theranos Systems Recovery of CRP (NIBSC code 85/506) in Assay Buffer**
n=3 cartridges, 3 instruments per level

| [CRP] IU/mL | [CRP] ug/ml | Recovered [CRP] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 98 | 100 | 94.6 | 2 | 95 |
| 49 | 50 | 57.4 | 18 | 115 |
| 24.5 | 25 | 28.1 | 15 | 113 |
| 10 | 10 | 10.2 | 14 | 102 |
| 4.9 | 5 | 5.7 | 20 | 114 |

Confidential                                                                                            THPFM0002105924



| 0 | 0 | 0.0 | 30 | N/A |
|---|---|-----|-----|-----|

## 4. Range

Reportable ranges  based on calibration to WHO standards  determined for these assays are:

| Assay | Low | High |
|-------|-----|------|
| IL-6 | 2 pg/mL | 1000 pg/mL |
| TNF-α | 4[1] pg/mL | 1000 pg/mL |
| CRP | 0.05 ug/mL | 100 ug/mL |

As shown below, all three tested lots support these ranges[2].

## 5. Quantitation Limits

Assay calibrations and determination of Lower Limit of Quantitation (LLOQ) and Upper Limit of Quantitation (ULOQ) were performed and analyzed by  proprietary software.  Assay responses were fitted by a four-parameter equation and  LLOQ and ULOQ determined according to FDA criteria.  Calibrators were run in triplicate on three days (consecutive or non-consecutive) on 36 instruments for a total of nine cartridges per level, at 12 levels.

## Summary of Calibration Analysis for three Cartridge Lots

| Lot 2455142005 | IL-6 | TNF-α | CRP |
|----------------|------|-------|-----|
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| Lot  2455146006 | IL-6 | TNF-α | CRP |
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| Lot 2455156002 | IL-6 | TNF-α | CRP |
| LLOQ | 2.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |

## Limits of detection (LOD)

The range in the Limits of detection calculated as 2*Signal SD/Slope of dose response (☐signal/☐conc) are reported for the three lots of Theranos cartridges.  Comparison data are also given for R&D Systems assays Minimum Detectable Dose "MDD" (which is equivalent to LOD).  In addition to the calibration issue for the R&D Systems TNF-α assay discussed above which gives a four-fold lower limit for R&D Systems, we believe the calculation of MDD performed by R&D Systems may be compromised (falsely low) by the inability of any known

---

[1] Equivalent to 1 pg/mL in the R&D Systems assay calibrated using R&D Systems calibrators
[2] The lower limit of the reportable range of the TNF-α assay has been extended below the LLOQ so as not to restrict the reportable range too much.  The LLOQ is higher than anticipated due to unexpectedly high imprecision of the assay in the cartridge lots used for validation compared with other cartridge lots used in pre-clinical work. We are presently investigating the root cause of this imprecision.

Confidential                                                                THPFM0002105925



spectrometer to report optical density to the required precision needed to support the calculated values.

The CRP MDD reported by R&D Systems is highly misleading since it represents the concentration in the assay rather than in the sample (which "must be diluted" according to their package insert prior to assay). Note that the Theranos assay uses a sample which is diluted 5000-fold. If we compare the actual sensitivity *in the assay medium* the Theranos value would be about 0.006 ng/mL.

| Assay System | IL-6 (pg/mL) | TNF-α(pg/mL) | CRP (ng/mL) |
|---|---|---|---|
| Theranos | 0.9 – 1.5 | 3.7 – 5.2 | 28 - 31 |
| R&D Systems | 0.02 – 0.11 | 0.04 – 0.19 | 0.005 – 0.22 |
| R&D Systems[3] | | 0.16 – 0.76 | |

## 6. Precision and Accuracy

Plasma with low endogenous analyte levels was spiked with three levels of the analytes were measured in 16 cartridges per level on 48 instruments. Recovery of the spiked analyte was good. Imprecision (% CV) ranged from 10 - 25 %. Note that the imprecision cited includes both instrument-instrument and cartridge-cartridge variance.

**Spiked Plasma Samples (n=16 cartridges, n=48 instruments)**

| Nominal [IL-6] pg/mL | Recovered [IL-6] pg/mL | StDev | CV % | % Recovery |
|---|---|---|---|---|
| 800.3 | 806.9 | 79.8 | 9.9 | 101 |
| 50.3 | 50.5 | 4.7 | 9.2 | 100 |
| 5.3 | 5.1 | 0.8 | 15.5 | 96 |
| **Nominal [TNFa] pg/mL** | **Recovered [TNFa] pg/mL** | **StDev** | **CV %** | **% Recovery** |
| 500.3 | 418.9 | 39.6 | 9.5 | 84 |
| 50.3 | 42.7 | 5.1 | 12.0 | 85 |
| 12.3 | 12.9 | 3.2 | 24.6 | 105 |
| **Nominal [CRP] ug/mL** | **Recovered [CRP] ug/mL** | **StDev** | **CV %** | **% Recovery** |
| 50.1 | 50.4 | 10.0 | 19.9 | 101 |
| 1.6 | 1.6 | 0.3 | 16.8 | 97 |
| 0.1 | 0.1 | 0.0 | 20.6 | 103 |

## 7. Specificity

Assays were tested for cross reactivity and interference by the factors listed below, at high, mid and low analyte levels. Potential cross-reactants were selected based on package inserts of recognized predicate methods and added at levels deemed to be higher than those likely to be found in clinical samples. No significant cross reactivity or interference was observed for any of the assays by any of the tested factors at all analyte levels tested.

---

[3] Recalculated to reflect calibration to WHO standard material

Confidential                                                    THPFM0002105926



| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
| Control | 0 | 1000.3 | 1100.3 | 7.8 | 110 |
| | 0 | 90.3 | 95.8 | 16.6 | 106 |
| | 0 | 8.3 | 9.4 | 4.8 | 113 |
| IL-1α | 10 | 1000.3 | 939.2 | 2.9 | 94 |
| | 10 | 90.3 | 97.0 | 15.7 | 107 |
| | 10 | 8.3 | 9.0 | 6.9 | 108 |
| IL-2 | 10 | 1000.3 | 1047.7 | 1.7 | 105 |
| | 10 | 90.3 | 86.7 | 9.4 | 96 |
| | 10 | 8.3 | 8.7 | 22.3 | 105 |
| IL-3 | 10 | 1000.3 | 950.0 | 12.7 | 95 |
| | 10 | 90.3 | 91.9 | 4.6 | 102 |
| | 10 | 8.3 | 7.9 | 4.4 | 95 |
| IL-4 | 10 | 1000.3 | 908.0 | 10.9 | 91 |
| | 10 | 90.3 | 79.9 | 16.7 | 88 |
| | 10 | 8.3 | 8.1 | 18.1 | 97 |
| IL-6 sR | 50 | 1000.3 | 914.9 | 18.0 | 91 |
| | 50 | 90.3 | 81.2 | 1.3 | 90 |
| | 50 | 8.3 | 8.0 | 29.0 | 96 |
| IL-7 | 10 | 1000.3 | 895.0 | 10.0 | 89 |
| | 10 | 90.3 | 78.1 | 9.1 | 87 |
| | 10 | 8.3 | 8.2 | 9.4 | 99 |
| IL-8 | 10 | 1000.3 | 927.8 | 9.7 | 93 |
| | 10 | 90.3 | 82.3 | 17.1 | 91 |
| | 10 | 8.3 | 8.4 | 17.6 | 101 |
| IL-11 | 10 | 1000.3 | 897.5 | 12.5 | 90 |
| | 10 | 90.3 | 90.3 | 6.1 | 100 |
| | 10 | 8.3 | 7.9 | 2.2 | 95 |
| IL-12 | 10 | 1000.3 | 837.6 | 8.4 | 84 |
| | 10 | 90.3 | 85.8 | 14.7 | 95 |
| | 10 | 8.3 | 6.8 | 18.1 | 82 |
| CNTF | 10 | 1000.3 | 900.6 | 8.4 | 90 |
| | 10 | 90.3 | 95.3 | 5.8 | 106 |
| | 10 | 8.3 | 8.9 | 22.4 | 107 |
| G-CSF | 10 | 1000.3 | 925.0 | 18.7 | 92 |
| | 10 | 90.3 | 90.2 | 12.8 | 100 |
| | 10 | 8.3 | 9.7 | 6.9 | 117 |
| sgp130 | 1000 | 1000.3 | 895.5 | 17.0 | 90 |
| | 1000 | 90.3 | 88.6 | 2.0 | 98 |
| | 1000 | 8.3 | 9.4 | 3.2 | 114 |
| LIF R | 50 | 1000.3 | 895.2 | 2.8 | 89 |
| | 50 | 90.3 | 78.5 | 16.5 | 87 |
| | 50 | 8.3 | 8.9 | 19.8 | 107 |
| OSM | 10 | 1000.3 | 945.4 | 9.5 | 95 |
| | 10 | 90.3 | 77.1 | 10.0 | 85 |

Confidential                                                                 THPFM0002105927



**IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
|  | 10 | 8.3 | 6.9 | 16.8 | 83 |
| TNF-β | 10 | 1000.3 | 919.6 | 8.6 | 92 |
|  | 10 | 90.3 | 83.3 | 15.8 | 92 |
|  | 10 | 8.3 | 9.4 | 7.8 | 113 |
| IL-1β | 10 | 1000.3 | 901.2 | 8.1 | 90 |
|  | 10 | 90.3 | 85.7 | 17.6 | 95 |
|  | 10 | 8.3 | 7.5 | 10.5 | 90 |
| sTNF RI | 10 | 1000.3 | 1025.2 | 9.2 | 102 |
|  | 10 | 90.3 | 83.4 | 11.4 | 92 |
|  | 10 | 8.3 | 9.4 | 16.5 | 114 |
| sTNF RII | 10 | 1000.3 | 963.3 | 13.8 | 96 |
|  | 10 | 90.3 | 90.7 | 10.2 | 100 |
|  | 10 | 8.3 | 9.3 | 21.0 | 112 |

**TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| Control | 0 | 900.3 | 883.7 | 4.1 | 98 |
|  | 0 | 90.3 | 85.4 | 4.1 | 95 |
|  | 0 | 8.3 | 8.3 | 40.4 | 100 |
| IL-1α | 10 | 900.3 | 849.1 | 5.5 | 94 |
|  | 10 | 90.3 | 89.6 | 12.7 | 99 |
|  | 10 | 8.3 | 8.8 | 16.0 | 106 |
| IL-2 | 10 | 900.3 | 855.2 | 23.5 | 95 |
|  | 10 | 90.3 | 90.8 | 7.9 | 101 |
|  | 10 | 8.3 | 9.6 | 18.5 | 116 |
| IL-3 | 10 | 900.3 | 836.5 | 23.5 | 93 |
|  | 10 | 90.3 | 74.3 | 5.4 | 82 |
|  | 10 | 8.3 | 8.2 | 29.2 | 98 |
| IL-4 | 10 | 900.3 | 884.6 | 6.9 | 98 |
|  | 10 | 90.3 | 89.5 | 8.5 | 99 |
|  | 10 | 8.3 | 7.0 | 49.3 | 84 |
| IL-6 sR | 50 | 900.3 | 874.0 | 23.5 | 97 |
|  | 50 | 90.3 | 77.8 | 13.8 | 86 |
|  | 50 | 8.3 | 8.6 | 34.8 | 103 |
| IL-7 | 10 | 900.3 | 871.9 | 6.3 | 97 |
|  | 10 | 90.3 | 82.8 | 37.1 | 92 |
|  | 10 | 8.3 | 7.6 | 22.9 | 91 |
| IL-8 | 10 | 900.3 | 774.4 | 1.8 | 86 |
|  | 10 | 90.3 | 83.4 | 13.5 | 92 |
|  | 10 | 8.3 | 7.9 | 12.6 | 95 |
| IL-11 | 10 | 900.3 | 901.8 | 1.5 | 100 |
|  | 10 | 90.3 | 90.7 | 19.6 | 100 |
|  | 10 | 8.3 | 9.3 | 36.8 | 112 |
| IL-12 | 10 | 900.3 | 770.9 | 7.3 | 86 |

Confidential



**TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| | 10 | 90.3 | 77.4 | 15.8 | 86 |
| | 10 | 8.3 | 7.9 | 56.7 | 96 |
| CNTF | 10 | 900.3 | 920.1 | 6.0 | 102 |
| | 10 | 90.3 | 82.5 | 9.7 | 91 |
| | 10 | 8.3 | 8.7 | 18.9 | 105 |
| G-CSF | 10 | 900.3 | 1052.6 | 3.7 | 117 |
| | 10 | 90.3 | 95.6 | 20.7 | 106 |
| | 10 | 8.3 | 9.1 | 9.6 | 110 |
| sgp130 | 1000 | 900.3 | 891.3 | 16.8 | 99 |
| | 1000 | 90.3 | 93.8 | 9.1 | 104 |
| | 1000 | 8.3 | 10.1 | 25.1 | 122 |
| LIF R | 50 | 900.3 | 781.5 | 20.7 | 87 |
| | 50 | 90.3 | 87.3 | 15.2 | 97 |
| | 50 | 8.3 | 9.1 | 12.1 | 110 |
| OSM | 10 | 900.3 | 862.1 | 10.6 | 96 |
| | 10 | 90.3 | 85.2 | 23.8 | 94 |
| | 10 | 8.3 | 7.4 | 54.1 | 89 |
| TNF-β | 10 | 900.3 | 804.0 | 24.7 | 89 |
| | 10 | 90.3 | 90.7 | 16.4 | 100 |
| | 10 | 8.3 | 7.7 | 32.3 | 92 |
| IL-1β | 10 | 900.3 | 900.0 | 17.3 | 100 |
| | 10 | 90.3 | 83.1 | 16.6 | 92 |
| | 10 | 8.3 | 8.3 | 33.1 | 101 |
| sTNF RI | 10 | 900.3 | 833.0 | 21.8 | 93 |
| | 10 | 90.3 | 86.4 | 19.5 | 96 |
| | 10 | 8.3 | 6.7 | 21.6 | 80 |
| sTNF RII | 10 | 900.3 | 801.3 | 8.9 | 89 |
| | 10 | 90.3 | 93.6 | 3.0 | 104 |
| | 10 | 8.3 | 8.2 | 14.2 | 99 |

**CRP Assay Specificity Test in Assay Buffer (n=3 cartridges, 3 instruments per level)**

| Substance | [Test Substance] ng/mL | Target [CRP] ug/ml | Recovered [CRP] ug/ml | CV % | % Recovery |
|---|---|---|---|---|---|
| Control | 0 | 50 | 53.0 | 16 | 106 |
| | 0 | 10 | 8.1 | 34 | 81 |
| | 0 | 0.75 | 0.7 | 13 | 91 |
| Pentraxin-2/SAP | 30 | 50 | 49.2 | 19 | 98 |
| | 30 | 10 | 8.9 | 9 | 89 |
| | 30 | 0.75 | 0.8 | 4 | 102 |
| Pentraxin-3/TSG-14 | 10 | 50 | 40.6 | 7 | 81 |
| | 10 | 10 | 8.2 | 14 | 82 |
| | 10 | 0.75 | 0.7 | 5 | 100 |

Confidential                                                                                                THPFM0002105929



## 8. Linearity

A plasma sample with low endogenous analyte levels was spiked with known levels of IL-6, TNF-α, and CRP then diluted serially with the unspiked plasma. All assays showed an appropriate linear dilution response across the dilution range (500 – 2000-fold). Data are tabulated and graphed below.

**Dilution Linearity in Plasma, Multiplexed Assays  (n=3 cartridges, 3 instruments per level)**

| IL-6 | | | | |
|---|---|---|---|---|
| Spiked [IL-6] pg/mL | [Expected]  pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 950 | 950.5 | 958.1 | 7 | 101 |
| | 475.5 | 480.9 | 11 | 101 |
| | 238.0 | 256.1 | 18 | 108 |
| | 119.2 | 143.9 | 25 | 121 |
| | 59.8 | 62.3 | 3 | 104 |
| | 30.1 | 28.3 | 23 | 94 |
| | 15.3 | 13.3 | 34 | 87 |
| | 0.5 | 0.5 | 88 | 100 |

| TNF-α | | | | |
|---|---|---|---|---|
| Spiked [TNFa] pg/mL | [Expected]  pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 900 | 902.7 | 899.2 | 11 | 100 |
| | 452.7 | 461.5 | 9 | 102 |
| | 227.7 | 194.6 | 6 | 85 |
| | 115.2 | 105.0 | 11 | 91 |
| | 59.0 | 56.1 | 2 | 95 |
| | 30.9 | 30.6 | 4 | 99 |
| | 16.8 | 14.9 | 26 | 89 |
| | 2.7 | 2.7 | 14 | 100 |

| CRP | | | | |
|---|---|---|---|---|
| Spiked [CRP] ug/mL | [Expected]  ug/ml | [Recovered] ug/mL | CV % | % Recovery |
| 75 | 75.1 | 82.8 | 34 | 110 |
| | 37.6 | 35.0 | 0 | 93 |
| | 18.8 | 14.7 | 10 | 78 |
| | 9.5 | 9.1 | 12 | 96 |
| | 4.8 | 4.1 | 8 | 85 |
| | 2.4 | 2.4 | 7 | 98 |
| | 1.3 | 1.3 | 15 | 102 |
| | 0.1 | 0.1 | 29 | 100 |

Confidential                                                                                   THPFM0002105930







Confidential

THPFM0002105931





## 9. Matrix Effects

Plasma or serum containing various potentially interfering factors or substances were spiked with known levels of analyte and the resulting recovery of the spiked analyte calculated after correction for endogenous analyte. None of the assays showed interference from icteric, hemolyzed, lipemic, or rheumatoid factor-positive samples as shown in the tables below

NORMAL SERUM   Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1019.1 | 14 | 1015.82 | 102 |
| 250 | 224.9 | 4 | 221.58 | 89 |
| 50 | 47.7 | 14 | 44.42 | 89 |
| 25 | 25.3 | 6 | 22.01 | 88 |
| 10 | 12.6 | 9 | 9.29 | 93 |
| 0 | 3.3 | 43 | 0.00 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1019.1 | 14 | 1014.7 | 101 |
| 250 | 224.9 | 4 | 220.5 | 88 |
| 50 | 47.7 | 14 | 43.3 | 87 |
| 25 | 25.3 | 6 | 20.9 | 84 |
| 10 | 12.6 | 9 | 8.2 | 82 |
| 0 | 4.4 | 60 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 107.4 | 11 | 107.3 | 107 |
| 50 | 49.3 | 13 | 49.3 | 99 |
| 25 | 25.0 | 23 | 24.9 | 100 |
| 10 | 9.6 | 41 | 9.5 | 95 |
| 5 | 5.9 | 17 | 5.8 | 116 |
| 0 | 0.1 | 12 | 0.0 | |

Confidential                                                   THPFM0002105932



LIPEMIC SERUM Sample: Vital Products SFB8315 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 872.5 | 15 | 868.8 | 87 |
| 250 | 214.1 | 4 | 210.4 | 84 |
| 50 | 47.8 | 15 | 44.1 | 88 |
| 25 | 24.5 | 6 | 20.8 | 83 |
| 10 | 14.4 | 19 | 10.7 | 107 |
| 0 | 3.7 | 12 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 965.0 | 17 | 962.8 | 96 |
| 250 | 230.8 | 15 | 228.6 | 91 |
| 50 | 56.6 | 40 | 54.4 | 109 |
| 25 | 25.4 | 13 | 23.2 | 93 |
| 10 | 14.8 | 14 | 12.6 | 126 |
| 0 | 2.2 | 32 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 119.4 | 36 | 119.1 | 119 |
| 50 | 54.2 | 40 | 53.9 | 108 |
| 25 | 24.4 | 25 | 24.1 | 96 |
| 10 | 10.4 | 9 | 10.1 | 101 |
| 5 | 5.8 | 15 | 5.6 | 111 |
| 0 | 0.2 | 12 | 0.0 | |

HEMOLYZED PLASMA   Sample: Stanford W070509118560 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1010.9 | 10 | 1010.0 | 101 |
| 250 | 274.6 | 13 | 273.7 | 109 |
| 50 | 51.6 | 2 | 50.7 | 101 |
| 25 | 26.8 | 11 | 25.9 | 104 |
| 10 | 10.5 | 12 | 9.6 | 96 |
| 0 | 0.9 | 41 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 898.7 | 14 | 895.1 | 90 |
| 250 | 223.5 | 12 | 219.9 | 88 |
| 50 | 44.2 | 11 | 40.6 | 81 |
| 25 | 27.7 | 23 | 24.1 | 96 |
| 10 | 12.0 | 23 | 8.4 | 84 |
| 0 | 3.6 | 14 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 119.6 | 10 | 119.5 | 119 |
| 50 | 54.0 | 10 | 53.9 | 108 |
| 25 | 22.5 | 14 | 22.4 | 90 |
| 10 | 11.6 | 3 | 11.5 | 115 |
| 5 | 5.6 | 11 | 5.5 | 110 |
| 0 | 0.1 | 4 | 0.0 | |

Confidential                                                                                   THPFM0002105933



**ICTERIC SERUM  Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 986.0 | 9 | 983.4 | 98 |
| 250 | 282.4 | 12 | 279.7 | 112 |
| 50 | 55.8 | 10 | 53.2 | 106 |
| 25 | 28.1 | 7 | 25.4 | 102 |
| 10 | 11.8 | 16 | 9.2 | 92 |
| 0 | 2.6 | 53 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 969.8 | 5 | 967.4 | 97 |
| 250 | 219.6 | 22 | 217.2 | 87 |
| 50 | 45.0 | 11 | 42.6 | 85 |
| 25 | 24.5 | 5 | 22.1 | 88 |
| 10 | 10.6 | 22 | 8.2 | 82 |
| 0 | 2.4 | 17 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 109.5 | 8 | 108.4 | 108 |
| 50 | 41.7 | 80 | 40.6 | 81 |
| 25 | 29.6 | 14 | 28.4 | 114 |
| 10 | 10.1 | 11 | 9.0 | 90 |
| 5 | 6.4 | 19 | 5.3 | 106 |
| 0 | 1.1 | 3 | 0.0 | |

**RHEUMATOID FACTOR POSITIVE SERUM  Sample: Vital Products SFB7884
(n=3 cartridges, 3 instruments per level)**

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1118.0 | 10 | 1097.9 | 110 |
| 250 | 286.9 | 9 | 266.7 | 107 |
| 50 | 77.7 | 13 | 57.6 | 115 |
| 25 | 46.3 | 12 | 26.2 | 105 |
| 10 | 30.4 | 6 | 10.2 | 102 |
| 0 | 20.1 | 6 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1116.4 | 11 | 1112.3 | 111 |
| 250 | 228.9 | 5 | 224.8 | 90 |
| 50 | 48.0 | 13 | 43.9 | 88 |
| 25 | 24.2 | 13 | 20.1 | 80 |
| 10 | 14.0 | 20 | 9.9 | 99 |
| 0 | 4.1 | 27 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 110.9 | 18 | 105.8 | 106 |
| 50 | 49.1 | 17 | 44.0 | 88 |
| 25 | 34.2 | 29 | 29.0 | 116 |
| 10 | 15.5 | 9 | 10.3 | 103 |
| 5 | 10.9 | 11 | 5.7 | 114 |
| 0 | 5.2 | 28 | 0.0 | |

Confidential                                                                                          THPFM0002105934



**10. Stability**

The stability of component reagents for the present assays has been studied individually in lots made previous to the present study. The capture surfaces were stable for over 12 months, and the detection conjugates for at least six months. Stability of the integrated cartridges used for this validation report stored at 4C is being monitored and an updated report will include this data. Cartridges are initially assigned an expiry date of three months post manufacture.

**Conclusions:**

The Theranos IL-6, TNF-$\alpha$, CRP assay multiplex has been shown to give accurate and precise results for three independently calibrated cartridge lots and all the many instruments used. Assay calibration has been established using WHO or other standard materials. Lower and upper levels of quantitation have been established. The assays are specific for their respective analytes when tested against potential cross reactants and are not interfered with by agents that may cause problems in immunoassays. Dilution linearity is satisfactory for all the assays. Assay cartridge stability studies are underway.

Confidential                                                                 THPFM0002105935



## Appendix A





Confidential

THPFM0002105936





Confidential



**Appendix B**

<u>Comparison of Theranos Systems TNFa Calibration to Other Available Commercial Methods</u>

Plasma samples were spiked with WHO TNF-a Standard (NIBSC code 88/786) and run in
Theranos Systems and in R&D Quantikine High Sensitivity Human TNF-α ELISA (catalogue #
HSTA00D). The results are shown below.

**THERANOS SYSTEMS Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL. = 0.0465 IU/mL. | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 5.2 | 0.0 | | |
| 0.1 | 2.5 | 8.1 | 2.9 | 0.1 | 118 |
| 0.2 | 5 | 11.5 | 6.3 | 0.3 | 126 |
| 0.5 | 10 | 14.9 | 9.7 | 0.5 | 97 |
| 1.2 | 25 | 35.9 | 30.8 | 1.4 | 123 |
| 2.3 | 50 | 57.6 | 52.4 | 2.4 | 105 |
| 11.6 | 250 | 217.6 | 212.5 | 9.9 | 85 |
| 46.5 | 1000 | 1120.6 | 1115.4 | 51.9 | 112 |

**R&D QUANTIKINE HS ELISA Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL. = 0.0465 IU/mL. | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 0.2 | 0.0 | | |
| 0.1 | 2.5 | 1.0 | 0.8 | 0.04 | 32 |
| 0.2 | 5 | 1.8 | 1.6 | 0.07 | 32 |
| 0.5 | 10 | 3.2 | 3.0 | 0.14 | 30 |
| 1.2 | 25 | 7.3 | 7.1 | 0.3 | 28 |
| 2.3 | 50 | 15.0 | 14.8 | 0.7 | 30 |
| 11.6 | 250 | 83.6 | 83.4 | 3.9 | 33 |
| 46.5 | 1000 | 308.0 | 307.7 | 14.3 | 31 |



Confidential                                                                     THPFM0002105938