JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT INTO THE COURTROOM**<br><br>Trial Date: March 9, 2022<br>Time: 9:00 a.m.<br>CTRM: 4, 5th Floor<br><br>Hon. Edward J. Davila |

Defendant Ramesh "Sunny" Balwani respectfully requests permission for an order allowing electronic and other equipment to be brought into the courtroom of the Honorable Judge Edward J. Davila for the trial in the above-entitled action, set to commence on Wednesday, March 9, 2022. Specifically, Defendant requests permission to bring into the courtroom a small folding work-table, a 23.6"D x 62"W work-table, two laptops, a monitor, and all of the necessary cables and power cords to allow operation of the aforementioned.  We also request permission to bring in a mini-refrigerator and a table top printer for the attorney breakroom, along with water and coffee to be

1  stored in the breakroom.  Defendant will both set up and take down all equipment before the trial
2  commences and after its conclusion, and will ensure no damage or disruption to the courtroom or
3  breakroom.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

DATED:   March 2, 2022                 By:  /s/ *Jeffrey B. Coopersmith*
                                            Jeffrey B. Coopersmith

                                            Attorneys for Ramesh "Sunny" Balwani

- oOo -

**ORDER**

UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant's request is granted.  Defendant may bring electronic equipment, including laptops and monitors, along with the attendant accessories for this equipment into the courtroom, along with a mini-refrigerator, printers, and waters for the attorney breakroom, with set up to occur on March 4, 2022, and breakdown to occur at the conclusion of trial.

**IT IS SO ORDERED**

DATED: March 2, 2022

Honorable Edward J. Davila
United States District Court Judge

- 2 -

ADMINISTRATIVE MOTION AND [PROPOSED] ORDER
ALLOWING ELECTRONIC EQUIPMENT INTO THE
COURTROOM
CASE NO. CR-18-00258-EJD-SVK