1 STEPHANIE M. HINDS (CABN 154284)
  United States Attorney

2

3 THOMAS A. COLTHURST (CABN 99493)
  Chief, Criminal Division

4 JEFFREY B. SCHENK (CABN 234355)
  JOHN C. BOSTIC (CABN 264367)
5 ROBERT S. LEACH (CABN 196191)
  KELLY I. VOLKAR (CABN 301377)
6 Assistant United States Attorneys

7      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5061
       Fax: (408) 535-5066
9      Kelly.Volkar@usdoj.gov

10 Attorneys for United States of America

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,           )   Case No. 18-CR-00258 EJD
                                       )
15        Plaintiff,                   )   DECLARATION OF KELLY I. VOLKAR IN
                                       )   SUPPORT OF UNITED STATES' OPPOSITION
16    v.                               )   TO DEFENDANT'S MOTION TO EXCLUDE
                                       )   EVIDENCE AND ARGUMENT THAT
17 RAMESH "SUNNY" BALWANI,             )   PHARMACEUTICAL REPORTS WERE
                                       )   IMPROPERLY ALTERED
18        Defendant.                   )
                                       )   Date: March 11, 2022
19                                     )   Time: 9:00 a.m.
                                           Court: Hon. Edward J. Davila

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of an April 16, 2010, email from Elizabeth Holmes to two representatives of Safeway, copying Sunny Balwani, with attachments, produced in discovery starting with Bates label THER-1717983.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Schering-Plough-related report, titled "Assay Development Report / Theranos Systems Multiplexed Human IL-6, Human TNF-α, Human CRP (hs)", produced in discovery starting with Bates label THER-6174514.  The document as collected and produced in discovery contains metadata fields, including a "Date_Created" field showing "02/12/2010", a "DocTitle" field showing "Multiplexed Panel Validation Report – External", and a "FilePath" field showing "C:\RT-12960\sbalwani\RE_times to talk\Multiplexed Panel Validation Report_FDA-ICH.pdf".

4. Attached hereto as Exhibit 3 is a true and correct copy of an October 25, 2014, email from Elizabeth Holmes to Jeffrey Blickman, copying Sunny Balwani, with a subject "Re: Reports for Fremont", produced in discovery starting with Bates label THPFM0000842601.

5. Attached hereto as Exhibit 4 is a true and correct copy of an October 27, 2014, email chain between Sunny Balwani and representatives of BDT, produced in discovery starting with Bates label THPFM0001146205.

6. Attached hereto as Exhibit 5 is a true and correct copy of a November 4, 2014, email from Elizabeth Holmes to Sunny Balwani, produced in discovery with Bates label THPFM0002167984, and an attachment, a copy of a Schering-Plough-related report, produced in discovery starting with Bates label THPFM0002167987.

7. Attached hereto as Exhibit 6 is a true and correct copy of Trial Exhibit 4859, produced in discovery with Bates label RDV012671.

8. Attached hereto as Exhibit 7 is a true and correct copy of a November 8, 2014, email from Elizabeth Holmes to Sunny Balwani, with a subject "RE: deffered rev", produced in discovery with Bates label THPFM0000842239.

9. Attached hereto as Exhibit 8 is a true and correct copy of Trial Exhibit 5661, a December 13, 2014, email from Sunny Balwani to Elizabeth Holmes and Danise Yam, with a subject "RE: deferred revenue balance", produced in discovery with Bates label THPFM0000675002.

10. Attached hereto as Exhibit 9 is a true and correct copy of an October 27, 2015, email from Elizabeth Holmes to Ryan Toohey, copying Sunny Balwani among other individuals, produced in discovery with Bates label THPFM0001137378.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at San Jose, California, on March 7, 2022.

DATED: March 7, 2022

/s/ Kelly I. Volkar
KELLY I. VOLKAR
Assistant United States Attorney