| | |
|---|---|
| **To:** | Ken Shachmut[]; Brad Wolfsen[] |
| **Cc:** | Sunny Balwani[sbalwani@theranos.com] |
| **From:** | Elizabeth Holmes |
| **Sent:** | Fri 4/16/2010 11:59:13 PM |
| **Importance:** | Normal |
| **Subject:** | RE: Discussion Agenda for Tomorrow |
| **Received:** | Fri 4/16/2010 11:59:14 PM |

<u>Theranos Evaluation Summary_GSK.PDF</u>
<u>Pfizer_Theranos System Validation_Final Report.pdf</u>
<u>Theranos Multiplexed Panel Validation Report_Schering Plough.pdf</u>

Great. We're looking forward to it.

I am pleased to let you know that we received permission from GlaxoSmithKline, Schering Plough (now Merck), and Pfizer to share the attached technical evaluation and validation reports. Please note these documents are confidential.

Let me know if you have any questions on the attached.

Best regards,
Elizabeth.

---

**From:** Ken Shachmut [mailto:ken.shachmut@safewayhealth.com]
**Sent:** Friday, April 16, 2010 10:29 AM
**To:** Elizabeth Holmes; Brad Wolfsen
**Cc:** Sunny Balwani
**Subject:** RE: Discussion Agenda for Tomorrow

Elizabeth –

Thanks very much.  We will be back to you shortly with our proposed timeline, as promised.

Ken

**Ken Shachmut**
Senior Vice President - Safeway Inc.
Executive Vice President - Safeway Health LLC
5918 Stoneridge Mall Road
Pleasanton, CA  94588

Work: 925-467-3426
Cell:  925-324-6883
Email: ken.shachmut@safewayhealth.com

---

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Thursday, April 15, 2010 6:56 PM
**To:** Ken Shachmut; Brad Wolfsen
**Cc:** Sunny Balwani
**Subject:** RE: Discussion Agenda for Tomorrow

Ken, Brad,

Please find an overview of our modeling and decision support case studies attached as promised in our meeting yesterday.

We chose one from pharma as well as a couple of the epidemiological and surveillance systems we've deployed.

Elizabeth.

---

**From:** Ken Shachmut [mailto:ken.shachmut@safewayhealth.com]
**Sent:** Thursday, April 15, 2010 8:42 AM
**To:** Elizabeth Holmes; Brad Wolfsen
**Cc:** Sunny Balwani
**Subject:** RE: Discussion Agenda for Tomorrow
**Importance:** High

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717983

Elizabeth –

Thanks very much.  Our meeting yesterday was very productive.  Brad and I look for ward to working with you and Sunny in partnership.

Brad and I both have tried to send you some information this morning – but have been stymied by the Safeway IT firewall – presumably because there is some word somewhere in the document that the IT gods deem offensive and therefore un-transmittable.  (I have been down this road before!)

We are working to achieve release and will get the information to you asap.

Best,

**Ken Shachmut**
Senior Vice President - Safeway Inc.
Executive Vice President - Safeway Health LLC
5918 Stoneridge Mall Road
Pleasanton, CA   94588

Work: 925-467-3426
Cell:   925-324-6883
Email: ken.shachmut@safewayhealth.com

---

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Wednesday, April 14, 2010 11:53 PM
**To:** Brad Wolfsen
**Cc:** Ken Shachmut; Sunny Balwani
**Subject:** RE: Discussion Agenda for Tomorrow

Ken, Brad,

It was great to have you here today.

As discussed, I have attached two of the documents we reviewed in our meeting.

I have reached out to several clients to get permission to send you written validation reports on the performance of our technology and will follow up on that as soon as we hear back.

With my best regards,
Elizabeth.

---

**From:** Brad Wolfsen [mailto:Brad.Wolfsen@safeway.com]
**Sent:** Tuesday, April 13, 2010 10:47 PM
**To:** Elizabeth Holmes
**Cc:** Ken Shachmut
**Subject:** Discussion Agenda for Tomorrow

Elizabeth,

Ken and I are looking forward to speaking to you again tomorrow. We wanted to provide a brief overview of the items we'd like to discuss with you in the meeting.  I apologize for getting this to you so late this evening, but previously scheduled air travel limited my connectivity.

The topics we'd like to cover are the following:

1. Scope of tests and diagnostic procedures that can be covered by the device
   a. What is the range of blood tests that have been done on the device
   b. What should be possible with the device
   c. What are the main future "enhancements" or vision for the range of opportunity the device could provide and what is the likely timing of these enhancements

2. Device Accuracy / Fidelity
   a. How does this compare to the competition?

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717984

  b. What marketing claims could we make to customers and physicians about the relative and absolute accuracy of the device?

  c. Does the relative accuracy vary by test type?

3. Status of the FDA approval process

4. Review of your current business providing testing services to pharmaceutical companies supporting their product development efforts

  a. Key advantages vs. the competition

  b. Would you be willing to provide customer references?

5. Vision for capturing the current lab test market

  a. How much of the lab test market do you think is accessible via retail channels vs. linked to hospital procedures?

  b. What are the major obstacles to developing this market and how do you think they are best overcome?

  c. Is physician behavior change a necessary component of success?  If so, how is that best achieved?

  d. What do you think is the most compelling consumer value proposition for this technology

6. Other business opportunities with this technology outside the two opportunities previously discussed

  a. I believe that you may have mentioned some nutrition counseling opportunities

  b. Others?

7. Can you describe the operational requirements for using the device in a retail environment?

  a. Equipment space requirements?

  b. Connectivity requirements

  c. Training needed?

  d. Logistics, supply chain and storage process for cassettes (and results?)

  e. Quality control processes

8. Industry reimbursement practices

  a. Medicare/Medicaid

  b. 3rd Party

This may seem like a long list.  If we can't cover it all in the time available tomorrow, I think that's fine.

Thank you again for carving out time to meet with us tomorrow.  If you wouldn't mind we'd also like a brief tour of your facilities and I'd like a brief review of what's in the "black box" since I missed the first meeting.  I promise to be a quick study for a "business guy", since in my prior life (at Booz & Co) I led consulting engagements for Celera, Genencor and Monsanto.  So, I'm familiar with many of the basic processes and applications of biotechnology and bioinformatics.  However, I do have a rather dated view of the technology since I exited the industry ~2002.

Best Regards,
Brad

_____

Brad Wolfsen
Vice President - Strategy and Health Initiatives
Safeway Inc.
Vice President - Operations
Safeway Health
925.467.2164

```
"Email Firewall" made the following annotations.
```

------------------------------------------------------------------------

Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717985

use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

============================================================

"Email Firewall" made the following annotations.
------------------------------------------------------------------------- Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

============================================================

"Email Firewall" made the following annotations.
------------------------------------------------------------------------- Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

============================================================

"Email Firewall" made the following annotations.
------------------------------------------------------------------------- Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

============================================================

"Email Firewall" made the following annotations.
------------------------------------------------------------------------- Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

============================================================

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

   

## Excerpts from GSK Metabolic Study Report

Nelson Rhodes, Director GSK Metabolic Biomarker Laboratory
Surekha Gangakhedkar, Theranos Assay Systems Lead

**Background information:**
The Theranos system was evaluated at GSK to profile active GLP-1 and C-peptide values and these data were compare to "gold standard" ELISAs using frozen human plasma from study XXXXXXX. The key project objectives (found in the attached statement of work) were:

- To assess the performance of the Theranos System in measuring a multiplex for GLP-1 and c-peptide values (the "Cartridge Analytes") as compares to the current gold standard ELISAs (which are not multiplexed).
  - Specifically, the study will assess Theranos' capabilities to detect points that the reference assays failed to accurately detect by running samples with C-peptide values in a standard range (ng/mL) and GLP-1 values between 0-3.2 pM
- To assess the functionality, specificity, reproducibility, accuracy, and precision of the Theranos System.
- Assess the Theranos data reporting and transfer functions

Thirty plasma samples (assayed in duplicate) were chosen based on historical GSK data for total GLP-1 levels from subjects given a mixed meal and two finger prick blood draws were performed. Five Theranos machines were used with active GLP-1 and C-peptide cartridges that required 20μL of plasma. MesoScale Discovery's (MSD) active and total GLP-1, Linco (Millipore) active GLP-1, and Linco (Millipore) C-peptide ELISAs were run as comparator assays.

**GSK Metabolic Biomarker Lab comments:**

- Data show good correlation
  - $r^2 = 0.90$ for GLP-1 (MSD vs. Theranos)
  - $r^2 = 0.96$ for C-peptide (Linco vs. Theranos)
- Inter-instrument precision (RLU average %CV = 11)
- Machines worked well
- Touch-screen interface was easy to use
- Cartridges were pretty straight forward (easy to handle and load)
- Assays took approximately 1 hour and 15 minutes per cartridge

**Overall conclusions:**
- The Theranos system eliminates the need for a lab and provided quality data
- The Metabolic Biomarker Lab has a favorable impression of the technology/system and recommends GSK clinical groups to work with Theranos

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717987

THERANOS CONFIDENTIAL

**Data:**

# Study design

- Human subjects
- Food "challenge"
- Measure GLP-1 and C-Peptide multiplex over 5 time points
    - LincoAssay
    - MSD Assay
    - Theranos Assay

Theranos Confidential

# C-Peptide Assay
## Averaged results



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

# Calibration to GSK matrix



Theranos Confidential

# Lack of correlation of predicate methods



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

# Assay correlation



Theranos Confidential

# Subject 232



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

# Subject 236



Theranos Confidential

# Subject 249



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS CONFIDENTIAL

# Subject 264



Theranos Confidential

# Summary Statistics GLP-1 Comparison

- TheranosLOD = 0.17 pM
- Dynamic range measured: 0-3.2 pM
- Mean = 0.9 pM (Th), 1.0 (MSD)

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717992



CONFIDENTIAL



Theranos Angiogenesis Study Report

Pfizer, Inc.

**Document Outline:**

- Introduction to Theranos
- Background on Theranos Studies
- Economic Impact of Theranos Systems to Pharma
- Angiogenesis Program Overview
  - Study design
- Theranos System Overview
  - Specifications
  - Theranos System Performance
- Theranos Field Study
  - Field Performance Overview
  - Trial Data
  - Evaluation of time course results from individual    patients
  - Review of generated data, in aggregate by patient    ID, sex, cancer type, treatment, etc.
  - Integrated patient information, including date and    time of monitoring, medication received, self evaluation of overall health status of each patient and other clinical data in a comprehensive format
  - Assessment of the technical performance of the The   ranos System
    - Data transmission % success and mode of transmissi   on used
    - General performance information as logged via the     Customer Care line
    - Assessment of patient compliance with protocol
  - Summary of patient and clinical staff assessment o   f the Theranos System and the Client Solutions team via end-of-study surveys
- Conclusions
  - General
  - Technical
  - Economic

**Introduction to Theranos:**

Accurately, rapidly, and effectively profiling the efficacy dynamics of a therapy in clinical studies is an unmet need that has long challenged the conventional blood testing infrastructure.

Theranos has demonstrated in clinical studies that more frequent longitudinal time-series measurements on fresh whole blood samples with a multiplexed platform that eliminates the noise (and inability to accurately characterize very broad dynamic ranges) of conventional tests is imperative to effectively characterizing physiological changes and the efficacy of any intervention.

Theranos' wirelessly integrated data analytical system allows for 'baseline' profiles of pathway dynamics to be created and updated automatically as data is generated in the field. If needed, analyte selection or frequency of sampling can be adjusted at any time during the study based on the data coming in.

In future studies within a given indication, the data analytical infrastructure can be used for predictive modeling wherein new patient data can be indexed against the stored baseline profiles for earlier reads on efficacy dynamics and dose-response.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717993



CONFIDENTIAL



**Background on Theranos Studies:**

Every day gained in getting a new brand to market can be measured in millions of dollars.

Time is a major factor of cost of development of a new drug. For years the pharmaceutical industry has worked to drive every day possible out of the development process, and has reached a point where the physical limitations around the timelines for statistically significant data acquisition primarily determine the time to market.

Theranos Systems revolutionize those timeline constraints by enabling instant access to higher quality data and exponentially faster reads on efficacy and safety dynamics from the initiation of clinical trials. In doing so, Theranos is laying the foundation of a new growth model for pharma.

Theranos Systems radically impact revenues and growth on new and existing drugs in ways that were previously not possible:

♦ Faster approvals and studies - Immediate access to results enables immediate decision making and planning; early reads on efficacy dynamics and dose optimization for sub-populations through more comprehensive longitudinal PK/PD profiling
♦ Reimbursement and differentiation - Concrete reads on efficacy dynamics and visibility into mechanisms of action to optimize compounds dynamically
♦ Rapid access to multiple markets pre and post-approval - early reads on efficacy through trends in the change in rate of key markers allow for rapid label expansion
♦ Amelioration of safety concerns – more accurate reads on actual pathway dynamics enable rapid optimization where beneficial and delineation of patient sub-populations

**Economic Impact of Theranos Studies to Pharma:**

Based on Theranos' previous experience, predictive modeling and more comprehensive longitudinal profiling has resulted in the demonstration of meaningful dose-response and efficacy dynamics profiles in 6 month timeframes where the conventional infrastructure took two years and was still not able to generate hard correlations. An 18 month time-savings, not to mention the ability to gain insight into methods for optimization for label expansion, can conservatively be equated to hundreds of millions of dollars gained. With industry estimates at $1-3M a day for the value of each day gained in time to market, even 6 months saved ranges between $180M and $540M in return on investment.

Equally, once the infrastructure has been implemented, future studies are requiring about 25% fewer patients, reducing the patient costs, number of sites required, assay development, reagent screening, and infrastructure costs for shipping and processing samples through ambulatory point-of-care monitoring.

Overall savings on 6 month trials once the data analytical infrastructure has been established have averaged 50% of the cost of running an equivalent trial through the conventional infrastructure, further saving millions of dollars. As the data analytical engine evolves after the first 6 month study, costs are further reduced in each follow-on study, covering the cost of Theranos infrastructure and units many times over.

Ultimately though, the greatest economic return on investment lies in the ability to expand percentage market ownership through visibility into pathway dynamics that enables rapid characterization of responder populations in ways previously not possible. This capability enables

---

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717994



CONFIDENTIAL



commercialization of 'targeted blockbusters' by redefining a company's historical success rate in realizing the target product profile of each drug once it hits the market.

**Angiogenesis Program Overview:**

The primary objective of the present program was to demonstrate the functionality of Theranos Systems in such a way that future studies could fully leverage the power of comprehensive longitudinal time-series profiling for rapid compound optimization and development.

For this program, Theranos was asked to develop multiplexed point-of-care assays for VEGF and PlGF for use in monitoring patient pharmacodynamic response to anti-angiogenesis therapies. Because the development of VEGFR2 in that multiplex was desirable as a tool for use in future studies, Theranos developed the assay and included it in the point-of-care multiplex.

In this program, Theranos validated not only functi    onal equivalence, but superior performance specifications of the Theranos multiplex to each of the respective 'gold-standard' kits.

An Interim Report on Assay Development was submitted to Pfizer in Q2 '07 upon successful completion of assay development.

As planned for at the interim update meeting with Pfizer, the first patient began participating in the study in July of 2007. In order to fast-track the program timeline, Theranos contracted an independent site - Tennessee Oncology Center.

Enrollment of Sutent patients at this site was very slow; from the time patient screening began (early 2007) and after discussions with respective members of the Pfizer team, the protocol was revised several times to increase the frequency of monitoring but reduce the total number of patients and shorten the monitoring cycles per patient. Likewise, enrollment criteria were broadened to include patients on other therapies with whom trends in the relevant markers could also be profiled.

In doing so, statistical significance in meeting the study goals could still be ensured. Multiple IRB submissions were filed. Final IRB and Informed Consent Forms were included in two interim update reports sent to Pfizer.

*Goals of Study*:
1. Generate preliminary data on VEGF and PLGF trend   s in cancer patients while assessing the use of the Theranos System in the hands of clinicians and patients.
2. Obtain feedback and recommendations from clinica   l staff.
3. Assess the use of the Theranos System in the han   ds of ambulatory patients at home.
4. Assess the Ambulatory Bioinformatics Communicati   ons System[1] including the physician and patient web portals as well as the data reports generated.

*Study design*:
Patient screening began in January 2007, once the final site was selected, enrollment began. In July of 2007, the first patient was enrolled in the trial. This trial consisted of very ill late-stage (4th line) cancer patients with various tumor types receiving a variety of therapies at the Sarah

---

[1] The Ambulatory Bioinformatics Communication System (formerly known as ABCS) was rebranded as TheranOS, the Theranos Operating System.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

3

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717995



CONFIDENTIAL



Cannon Research Center at Tennessee Oncology (TNONC) in Nashville, Tennessee. The patients in the study typically resided in very remote locations across the eastern US. Almost all patients were not computer literate, and most were from low income families, unable to afford private telephone service.

The Theranos angiogenesis monitoring system was evaluated for clinical efficacy and as a means of more accurately and effectively monitoring cancer therapy and the progression of solid tumor cancers from a mechanism-of-action perspective.  32 patients were enrolled. Various cycles of therapies were monitored as well as physical changes in tumor size.

Four of the patients retracted consent to the study, three of them due to family problems and one due to mental and physical instability.  Thus, Theranos increased the targeted enrollment number to ensure that the goal of demonstrating performance across significantly significant patient numbers would be met. That goal has now been achieved. To realize the goal, some patients had extended (60 day) monitoring periods.

Since Theranos has the ability to continue monitoring patients under the existing IRB and given the power of some of the correlations which are becoming apparent, Theranos may continue monitoring those patients for an extended period of time.

Enrollment was unpredictable and slow. All installations and shipments completed for this study were done on-demand with less than 24 hours.  As part of the installation procedure, Theranos' client solutions team has performed at-home installations and pick-ups for many weak patients.

For each patient, a total of up to 14 time points w    ere collected during the month-long analysis period, 3-4 time points taken at the clinic and the    other 10-11 time points taken in-home.  Both finger-stick and venous samples were taken during e    ach clinic visit, while only finger-stick samples were run in-home.  The venous draw samples    were run on the Theranos System in the clinic at the time of the draw; these samples were    also processed so that the plasma and/or serum was analyzed using a reference method.

Venous samples were processed using reference metho    ds and provide an archive of 41 anti-coagulated plasma and serum samples which were frozen and have subsequently been analyzed at Theranos.

**Theranos System Overview:**

The Theranos System is comprised of consumer-orient        ed readers, single-use cartridges containing assay chemistry and controls, and a data        collection system that communicates through cellular networks with the instrument to pr    ovide assay protocols and to compute and display results.

The steps required of a new patient are to 1) take  the machine out of the box and 2) plug it into a power source. The touch-screen then walks each pati    ent through the process of poking his/her finger, depositing blood into the cartridge, and pl    acing the cartridge in the reader drawer. The instrument then processes the assays and sends the    data through the cellular network in real-time to a secure web-portal.

Theranos Systems allow for quantitative, multiplexed longitudinal time-series measurements to map correlations between the rate of change of blood-borne markers over time to surrogate and clinical end-points.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717996



CONFIDENTIAL



Specifications:

❖ Designed for at home use. Can also be used in phys  ician's offices, ICU, and laboratories.
❖ Multiplexed measurement of biomarkers.
❖ Customizable for different/new assays on demand.
❖ Average 6 measurements per cartridge
❖ Serial measurements to comprehensively profile pha  rmacodynamic response through trends
❖ Runs fresh whole blood, plasma or serum samples
❖ Finger-stick – small sample size
❖ Mix and match selection of analytes on demand.
❖ Wide measurement range
  o pg/mLl – mg/mL (1 billion fold)
❖ High sensitivity
  o 0.2 pg/mL (2 parts per 10-billion)
❖ Analyte Recovery: ~100 %
❖ System CV post-calibration (inter-intra reader, ca  rtridge, and assay): < 10 %
❖ On-board chemistry controls
❖ Factory calibration (no user calibration)
❖ Wireless communication of results to appropriate u  ser through cellular network
❖ Proprietary algorithms to interpret time trend res  ults

The existence of a technology infrastructure for home, real-time blood monitoring allows collection of information which cannot be obtained using conventional blood testing scenarios:
❖ Small sample (finger-stick) + more frequent sampli  ng of a small subset of analytes enables:
  o Identification of appropriate analytes (greatly he   lped by more frequent sampling)
  o Earlier detection of efficacy and safety  and  acu   te problems so intervention (for example, dose modification or change in drug type) can be more effective
  o Convenience of monitoring through-out a time-cours   e before an event
❖ Higher sample integrity; real-time sample analysis   on fresh whole blood on a standardized platform which can be deployed  at any location (world-wide) eliminates assay inaccuracy associated with commercially available tests performed on samples which are "old" by the time they are analyzed.
  o Elimination of  erroneous results (caused by analy   te instability ) and inherent errors in data and patient correlations (caused by processing data at various contract locations)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717997



CONFIDENTIAL







For this study, an instrument was deployed in the home of each patient; four others were installed at the Cancer Center.

Three assays were performed simultaneously in multiplex by the system on a finger-stick sample of fresh whole blood. The analytes were Vascular Endothelial Growth Factor (VEGF), soluble VEGF receptor R2 (sVEGFR2, usually referred to as VEGFR2) and Placental Growth Factor (PLGF). Each assay was controlled using within-cartridge control measurements.

The system was calibrated at Theranos. Multiple cartridge lots were produced each with successively more clinically relevant specifications once samples were received from patients in the trial, as samples were not available during assay validation. Each lot was independently calibrated.

*Traceability of calibration*: Calibration is traced to authentic analytes dissolved at known concentrations in a plasma-like matrix. Calibration materials are prepared as mixed solutions of the three analytes. Assignment of calibrator concentrations is then made to values found for measurements of calibrators using reference assays.

*System Performance Goals*:

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|-------|---------------------|----------------------|-----------------|
| VEGF | 20 | 10,000 | 10 |
| VEGFR2 | 150 | 15,000 | 10 |
| PLGF | 5 | 1,000 | 10 |

*Assay ranges achieved*:
The goals for each assay's dynamic range were achieved. Due to the inability to receive samples for calibration at the beginning of the studies, the upper limit of calibration for VEGF was restricted to 3,000 pg/mL in the first cartridge lots, but then extended[2] to 10,000 pg/mL. For early cartridge lots the PLGF assay lower limit of sensitivity was 50 pg/mL. Therefore, many early results for PLGF were out-of-range low ("OORL"). Lots produced after receiving samples for calibration have reportable ranges below 20 pg/mL.

---

[2] All three assays have a linear dose-responses extending far above the highest calibrator used.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717998



CONFIDENTIAL



*Specificity*:
The specificity of the assays depends on the pairs    of antibodies chosen for each assay.  In the first instance, we rely on the antibody vendor information.  Selected pairs are known to have good specificity in ELISA assays.  Key issues for these    analytes are (1) the structural relationship of VEGF and (2) the fact that VEGF binds to sVEGFR2.    We have shown that the Theranos assay system is not affected by the presence of VEGF and    VEGFR2 and PLGF in the same samples. In many patients in this study, the drug Avastin is    used.  This drug is an antibody that binds to VEGF.  It is obvious that ELISA assays for VEGF (an    d perhaps VEGFR2) using antibody pairs are likely to be interfered with by Avastin.  As documented below, Theranos assays for VEGF and VEGFR2 appear to function with minimal interference    from Avastin.  In contrast, the selected reference assay for VEGF is strongly interfered by Avastin.

<u>Theranos System Performance</u>:

*Assay accuracy*:
Accuracy has been evaluated by analysis of clinical    samples.  Two sets of samples have been used: (1) A set of 12 serum samples from cancer pat    ients (obtained from a commercial vendor), (2) 41 archived serum and plasma samples from this    study.  Because Avastin was used to treat many of the patients in the TNONC study and this an    tibody strongly interferes with the reference method, we used the commercially available samples for VEGF assay evaluation.

Twelve serum samples were assayed (singlicate) in t he Theranos system and in duplicate for the reference method with the following results:

VEGF:  y (Theranos) = 0.785 x (reference) + 95.2; R    ^2 =0.99.  Range 96 – 1985 pg/mL.  One sample was rejected from the analysis giving very h    igh results in the Theranos system and low results in the reference assay.  Based on the study    data, it seems likely this patient was being treated with the drug Avastin, which interferes with the reference assay.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1717999



CONFIDENTIAL



**Single cartridge clinical results**



For VEGFR2, 39 TNONC samples were assayed in tripli     cate in the Theranos system and duplicate for the reference method.  The results we re:  y (Theranos) = 1.29 x (reference) + 1004; R =0.83.  Range 1015 – 9285 pg/mL.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718000




CONFIDENTIAL



For the initial PLGF samples analyzed by Theranos in the field and with the reference method the results fell mostly in the undetectable range of bo th methods. Once the Theranos calibration was re-optimized, values became detectable from 5-17 pg/mL in the out-of-range-low venous samples sent to Theranos.

A significant correlation was achieved during valid ation on normal serum samples from twenty pregnant women assayed in quadruplicate. They were   analyzed on both the Theranos system and the reference R&D Systems kit. The following re  sults were obtained: y (Theranos) = 1.26*x (R&D Systems); R = 0.96.  The average within sample CV for the Theranos results was 9%.  One sample (shown in pink) below gave discrepant results.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718001

 

CONFIDENTIAL



When the results for patients were segregated by tr       imester and averaged, the concordance shown below was found.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718002





CONFIDENTIAL



*Effect of Avastin on the reference VEGF assay*:
Comparison of reference and Theranos VEGF assay res      ults for venous samples were not correlated.  Many Theranos results were in the thou sands of pg/mL where reference assay gave a low value.  Since it was noted that many of the p    atients had been treated with Avastin which binds to VEGF, Theranos did a study of spike recove    ry for the reference method.  VEGF (400 pg/mL) was added to each sample and the assay repeated.  Results are shown below:

| Avastin | VEGF average, pg/mL | VEGF average, pg/mL |
|---------|---------------------|---------------------|
| Present | Ref | Theranos |
| N | 149 | 588 |
| Y | 136 | 8359 |

| | VEGF spike recovery, % |
|---|------------------------|
| N | 66.5 |
| Y | -1.3 |

It is evident that Avastin completely blocks the re  ference assay response.  Presumably, Avastin binds at a site on VEGF close to or identical with that recognized by one of the antibodies used in the reference method.  The reference assay thus res      ponds only to free VEGF whereas the Theranos assay is not blocked and measures both Avastin-bound and free VEGF.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718003



CONFIDENTIAL



*Assay precision*:

Inter-Instrument Precision:
Venous samples from patients were run across four instruments.

| Assay | Reportable low pg/mL | Reportable high pg/mL | Precision CV, % |
|---|---|---|---|
| VEGF | 20 | 10,000 | 8.0 |
| VEGFR2 | 150 | 15,000 | 7.3 |
| PLGF | 5 | 1,000 | 9.2 |

Precision in comparison to available reference meth        ods was evaluated during calibration. Singlicate measurements from six instruments were u sed next to commercially available 'gold-standards'. Theranos adjusted the target range afte r obtaining clinical samples. Due to the superior performance characteristics of Theranos a ssay next to commercial standards, obvious variances are seen where the reference methods report OORL.

Single lot calibration data:

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF (lot 3) | 30 – 10,000 | 12.0 |
| VEGF (lot 1) | 30 – 3,000 | 10.0 |
| VEGFR2 (lot 3) | 1,000 – 10,000 | 4.8 |
| VEGFR2 (lot 1) | 50 – 800 | 17.6 |
| PLGF (lot 3) | 5 – 780 | 26.9 |
| PLGF (lot 1) | 50 – 800 | 9.1 |

Precision was also measured by analysis of the 41 a    rchived clinical samples in assays and for VEGF 12 commercial samples.

| Analyte | Range (pg/mL) | Average CV, % |
|---|---|---|
| VEGF | 30 – 10,000 | 16.7 |
| VEGF[3] | 96 – 1985 | 5.7 |
| VEGFR2 | 1,000 – 10,000 | 20.4 |
| PLGF | 5 – 780 | 28.7 |

*Dilution linearity*:

Data gathered during lot calibration.

| VEGF, pg/mL | Recovery, % |
|---|---|
| 10000 | (100) |
| 2970 | 102 |
| 990 | 95 |
| 297 | 105 |
| 100 | 109 |
| 30 | 105 |
| 10 | 101 |

---

[3] Commercial samples

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

12

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718004





CONFIDENTIAL

| VEGFR2, pg/mL | Recovery, % |
|---|---|
| 10560 | (100) |
| 7920 | 92.9 |
| 5280 | 100.9 |
| 3960 | 104.8 |
| 2640 | 97.7 |
| 1320 | 100.8 |

| PLGF, pg/mL | Recovery, % |
|---|---|
| 780 | 100.0 |
| 312 | 87.6 |
| 156 | 102.8 |
| 47 | 106.3 |
| 16 | 92.4 |
| 5 | 99.4 |

For all assays, recovery was close to 100 % in the reportable range.

*Limit of detection (LOD)*:
Data gathered during calibration.  The LOD is defined at a 95 % confidence level.

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF[4] | < 20 |

**Theranos Field Study:**

The system has been deployed to patient's homes and        the TNONC study clinic and has downloaded protocols and uploaded data wirelessly.       Some patients used direct telephonic communications (POTs modems) if they were worried a bout cell reception. Data for every patient has been profiled on a secure, Pfizer-specific server.

Field Performance Overview:

In this report we document results from:

- 27 patients (41% female and 59% male)
- 13 cancer types
- 38 Instruments
    - o 27 instruments deployed to patients' homes

---

[4] Later stage cartridge lots

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718005



CONFIDENTIAL



- o 4 instruments deployed to the clinical site in Nas hville, TN
- o 4 updated instruments to replace the readers at th e clinical site such that the latest design revolution is deployed at the site
- o 3 were used to replace malfunctioning readers in t he field (2 at clinic - one with communication issue, one mechanical due to user error; 1 at patient's home with mechanical issues from shipping)
- • 445 cartridges (approximately 1300 assay results)
  - o This number includes cartridges run in-house on ar chived plasma as well as results gathered in-field

Data acquisition has proven feasible in the home setting. There were instruments in the field operating in extreme temperature conditions (from very hot, no A/C to A/C turned to the maximum) as well as in very diverse locations (from RV's to log cabins in the middle of forests), in remote, difficult to reach areas where poor cellular reception is prevalent.

The instruments have been deployed across three states, including Kentucky, Pennsylvania and Tennessee.  As mentioned, typical turnaround time for installation and patient at-home test was less than 24 hours without notice.

In monitoring this multiplex of analytes at far greater frequency than ever before, considerable patient-response variation can be seen across different sub-patient populations, therapies, and cancer types.

When we look at the average results from each patient and the variation seen for each patient, it is evident that the patients vary drastically:

|  | VEGF Avg., pg/mL | VEGFR2 Avg., pg/mL | PLGF Avg., pg/mL |
|---|---|---|---|
| Maximum | 13,584 | 6,317 | 410 |
| Minimum | 47.5 | 368 | 37.3 |

**By evaluating sample statistics such as these, one can identify patients who are anomalous and who may benefit from therapy modifica tion.**

For example, of the 13 patients with colon cancer we see one subject with an average VEGF of 13,600 pg/mL and another with an average of 255 pg/mL whereas most of the patients had VEGF values quite closely clustered at 1000 - 5000 pg/mL.  Similarly, we see some subjects who show very little variation in analyte values and others with wide variations presumably related to response (high or low) to therapy.

Trial Data:

The following raw trial data is included in the appended spreadsheet:

1. Clinic visit diagnostics (Patient characteristic s and Clinical assay results)
2. Clinic visit pivot table (clinical results prese nted as a customizable pivot table)
3. Patient aggregate data (Compliance data, Result    averages and CVs by patient and averages by cancer type)
4. All field analyte data results (from the Therano s system presented by patient in a filtered table format [sort-able])
5. Treatment data (drugs used and dosage)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718006




CONFIDENTIAL

6. Individual end-of-study results (patient evaluat ion of system)
7. Compilation and summary of end-of-study survey r  esults
8. Data transmission statistics

Evaluation of time course results from individual patients:

The study data demonstrates that in a larger, statistically controlled study, where the endpoint is directly proportional with patient outcome, e.g., a RECIST Score, a correlation between analyte dynamics and patient response to treatment would be generated.

To showcase the ability to profile predictive correlations between treatment and response profiles, we selected data from two patients -- 14 and 12. Due to patient 14's clinic schedule (first figure below), we were able to collect data following multiple infusion dates, allowing limited statistical analysis to be performed that correlates analyte levels with treatment administration. The cross-correlation function (second figure below) looking at VEGF and VEGFR2 blood levels for patient 14 shows a positive correlation at a cadence of 3 data points. This coincides with the patient's weekly clinic visits during which the patient receives the Avastin infusions.



The change in rate of the parameters can be correlated to progress, seen again below in a correlation plot:

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718007



CONFIDENTIAL





For patient 12 (first figure below), we observe an inverse correlation between VEGF and VEGFR2 blood levels. This suggests that the blood analytes behave differently with different drug treatments, pointing at distinct pathways of drug activity (second figure below).

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718008




CONFIDENTIAL





FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718009



CONFIDENTIAL



For most patients analyzed, the sample size and sample numbers did not provide sufficient statistical power to derive a statistically significant conclusion but some clinical endpoint measurements were accessible to correlate analyte vectors and their rates of change with time to the patient's progression and response to treatment.

Patient average VEGF and VEGFR2 data by cancer type:

| Patient ID | Cancer type | Main Treatment | Average VEGF (pg/ml) | Average VEGFR2 (pg/ml) |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | Sutent | 47.5 | 2592 |
| SCP006 | Breast Cancer | Avastin | 2082 | 2662 |
| SCP010 | Breast Cancer | Avastin | 2055 | 3040 |
| SCP008 | Breast Cancer | Sorafenib | 98 | 1863 |
| SCP021 | Colorectal Cancer | Avastin | 4677 | 3646 |
| SCP027 | Colorectal Cancer | Sorafenib | 1093 | 4863 |
| SCP029 | Colorectal Cancer | Sorafenib | 3612 | 5658 |
| SCP003 | Colorectal Cancer | Sutent | 72 | 2798 |
| SCP007 | Colorectal Cancer | Avastin | 3860 | 2350 |
| SCP009 | Colorectal Cancer | Avastin | 1840 | 368 |
| SCP022 | Colorectal Cancer | Avastin Patient dropped | | N/A |
| SCP014 | Colorectal Cancer | Avastin | 1826 | 1634 |
| SCP019 | Colorectal Cancer | N/A | Patient dropped | N/A |
| SCP016 | Colorectal Cancer | Avastin | 3006 | 2143 |
| SCP031 | Colorectal Cancer | Avastin | 13584 | 5463 |
| SCP024 | Colorectal Cancer | Sorafenib | 255 | 1540 |
| SCP028 | Colorectal Cancer | Sorafenib | 1274 | 6317 |
| SCP023 | Esophageal Cancer | Avastin | 3145 | 2260 |
| SCP030 | Gastrointestinal Stromal Tumor | Sutent | 889 | 2424 |
| SCP012 | Liver Cancer | Sorafenib | 96 | 1253 |
| SCP017 | Lung Cancer | Avastin | 3947 | 2111 |
| SCP025 | Melanoma | Avastin | 5399 | 3294 |
| SCP002 | Neuroendocrine carcinoma | N/A | Patient dropped | N/A |
| SCP026 | Ovarian Cancer | Sorafenib Patient dropped | | N/A |
| SCP020 | Renal Cell Carcinoma | Sutent | 368 | 883 |
| SCP004 | Renal Cell Carcinoma | Avastin | 2316 | 1057 |
| SCP011 | Renal Cell Carcinoma | Avastin | 3159 | 1911 |
| SCP013 | Renal Cell Carcinoma | Avastin | 3908 | 770 |
| SCP015 | Renal Cell Carcinoma | Avastin | 3031 | 1068 |
| SCP018 | Tongue Cancer | Avastin | 1457 | 3074 |
| SCP005 | Unknown Primary | Avastin | 3099 | 2980 |

As referenced, patients #2, #19, #22, #26 dropped out of the study for various reasons; therefore average values are not statistically significant for them.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718010

 

CONFIDENTIAL

For the patients in whom PLGF is consistently detectable we selected plots as shown below.



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718011



CONFIDENTIAL





Patient monitoring times and quality of life by gender:

| Patient ID | Cancer type | Gender (on | Time of day when home monitoring was performed average)* (on ave | Quality of life (as measured by on-screen survey) rage)* |
|---|---|---|---|---|
| SCP001 | Adenocarcinoma | f | Morning | N/A (Survey was not yet deployed) |
| SCP006 | Breast Cancer | f | Afternoon | 7 |
| SCP010 | Breast Cancer | f | Evening | 8 |
| SCP008 | Breast Cancer | f | Late Evening | 7 |
| SCP021 | Colorectal Cancer | f | Noon-afternoon | 8 |
| SCP027 | Colorectal Cancer | f | Afternoon | 10 |
| SCP029 | Colorectal Cancer | f | Afternoon-Evening | not yet available |
| SCP003 | Colorectal Cancer | f | Morning | N/A (Survey was not yet deployed) |
| SCP017 | Lung Cancer | f | Evening | 9 |
| SCP026 | Ovarian Cancer | f | N/A | N/A |
| SCP020 | Renal Cell Carcinoma | f | Afternoon | 6 |
| SCP005 | Unknown Primary | f | Afternoon | 9 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718012





CONFIDENTIAL

| SCP007 | Colorectal Cancer | m | Evening | 7 |
|--------|-------------------|---|---------|---|
| SCP009 | Colorectal Cancer | m | Late Evening | 7 |
| SCP022 | Colorectal Cancer | m | N/A | 8 |
| SCP014 | Colorectal Cancer | m | Morning | 7 |
| SCP019 | Colorectal Cancer | m | N/A | N/A |
| SCP016 | Colorectal Cancer | m | Evening | 8 |
| SCP031 | Colorectal Cancer | m | Afternoon | not yet available |
| SCP024 | Colorectal Cancer | m | Afternoon | 9 |
| SCP028 | Colorectal Cancer | m | Evening | not yet available |
| SCP023 | Esophageal Cancer | m | Morning | 8 |
| SCP030 | Gastrointestinal Stromal Tumor | m | Morning | not yet available |
| SCP012 | Liver Cancer | m | Afternoon | 10 |
| SCP025 | Melanoma | m | Morning | 9 |
| SCP002 | Neuroendocrine carcinoma | m | N/A | N/A |
| SCP004 | Renal Cell Carcinoma | m | Noon-afternoon | 10 |
| SCP011 | Renal Cell Carcinoma | m | Morning | 9 |
| SCP013 | Renal Cell Carcinoma | m | Evening | 10 |
| SCP015 | Renal Cell Carcinoma | m | Evening | 7 |
| SCP018 | Tongue Cancer | m | Afternoon | 5 |
| * Actual time for each test point and diurnal variations of quality of life can be found online | | | | |

Patient compliance with optional on-screen questionnaire was approximately 86% (this number was calculated before the end of the study, therefore final compliance figures may change).

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718013



CONFIDENTIAL



Patient clinical visit data by age:

| Patient ID | Race | Smoking Status | Alcohol Consumption | Age | Weight (pounds) |
|---|---|---|---|---|---|
| SCP029 | Caucasian | does not smoke now, positive history | None | 36 | 179 |
| SCP010 | Caucasian | never smoked | monthly or less | 45 | 165 |
| SCP018 | Caucasian | Smoke daily | None | 45 | 181 |
| SCP007 | Caucasian | never smoked | None | 46 | 213 |
| SCP008 | Caucasian | smoke occasionally | None | 46 | 180 |
| SCP002 | Caucasian | never smoked | monthly or less | 49 | 194 |
| SCP016 | Caucasian | smoke occasionally | monthly or less | 49 | 167 |
| SCP012 | Caucasian | does not smoke now, positive history | None | 53 | 190 |
| SCP015 | Caucasian | does not smoke now, positive history | None | 53 | 174 |
| SCP028 | Caucasian | smoke occasionally | None | 57 | 262 |
| SCP001 | Caucasian | does not smoke now, positive history | None | 61 | 172 |
| SCP027 | African American | never smoked | None | 62 | 167 |
| SCP009 | Caucasian | never smoked | None | 63 | 221 |
| SCP011 | Caucasian | does not smoke now, positive history | monthly or less | 63 | 305 |
| SCP024 | Caucasian | infrequent attempts (never developed a habit) | Every day | 64 | 200 |
| SCP023 | Caucasian | never smoked | Every day | 65 | 252 |
| SCP005 | Caucasian | does not smoke now, positive history | monthly or less | 66 | 160 |
| SCP021 | Caucasian | smoke occasionally | monthly or less | 66 | 198 |
| SCP006 | Caucasian | never smoked | monthly or less | 68 | 163 |
| SCP017 | Caucasian | does not smoke now, positive history | Every day | 69 | 112 |
| SCP013 | Caucasian | never smoked | monthly or less | 71 | 230 |
| SCP020 | Caucasian | never smoked | None | 72 | 101 |
| SCP026 | Caucasian | never smoked | None | 73 | 132 |
| SCP031 | Caucasian | does not smoke now, positive history | None | 73 | 134.5 |
| SCP025 | Caucasian | does not smoke now, positive history | None | 77 | 184 |
| SCP014 | Caucasian | does not smoke now, positive history | monthly or less | 78 | 217.5 |
| SCP022 | African American | never smoked | None | 82 | 178 |
| SCP030 | Caucasian | never smoked | None | 83 | 182 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718014



CONFIDENTIAL



Sample of patient clinical blood work by patient ID:

| Patient ID | Avg. % Lymphocytes | Avg. Heart Rate | Avg. Total Bilirubin | Avg. Systolic BP | Avg. RBC |
|---|---|---|---|---|---|
| SCP001 | 33.4 | 67.7 | 0.7 | 129.3 | 3.2 |
| SCP002 | 34.1 | 55.0 | 0.3 | 161.0 | 4.3 |
| SCP004 | 27.8 | 64.7 | 0.5 | 144.7 | 3.2 |
| SCP005 | 36.4 | 75.0 | 0.2 | 127.5 | 3.9 |
| SCP006 | 29.5 | 100.7 | 0.3 | 112.7 | 4.3 |
| SCP007 | 24.0 | 73.0 | 0.3 | 131.3 | 4.4 |
| SCP008 | 23.7 | 84.0 | 0.4 | 124.0 | 5.1 |
| SCP009 | 25.0 | 71.5 | 0.7 | 133.0 | 4.5 |
| SCP010 | 45.3 | 74.3 | 0.9 | 137.8 | 4.5 |
| SCP011 | 28.6 | 82.0 | 0.6 | 135.0 | 4.8 |
| SCP012 | 28.3 | 75.5 | 0.7 | 122.0 | 4.0 |
| SCP013 | 31.1 | 72.0 | 0.7 | 137.0 | 4.2 |
| SCP014 | 40.2 | 81.5 | 0.4 | 125.3 | 4.0 |
| SCP015 | 35.4 | 78.3 | 0.3 | 147.0 | 5.0 |
| SCP016 | 18.0 | 75.3 | 0.3 | 131.3 | 4.9 |
| SCP017 | 20.7 | 89.3 | 0.4 | 114.0 | 4.2 |
| SCP018 | 23.4 | 70.0 | 0.3 | 133.0 | 4.8 |
| SCP020 | 17.9 | 60.7 | 0.4 | 146.0 | 3.7 |
| SCP021 | 36.5 | 91.0 | 0.4 | 130.0 | 4.8 |
| SCP022 | 23.5 | 93.5 | 0.7 | 123.0 | 4.0 |
| SCP023 | 26.3 | 107.7 | 0.7 | 119.7 | 4.7 |
| SCP024 | 18.8 | 83.0 | 0.7 | 139.0 | 3.7 |
| SCP025 | 33.5 | 94.0 | 0.3 | 143.0 | 5.2 |
| SCP026 | 34.6 | 110.0 | 0.4 | 125.0 | 3.7 |
| SCP027 | 9.5 | 70.0 | 0.7 | 119.0 | 3.7 |
| SCP028 | 21.2 | 98.0 | 0.8 | 125.7 | 5.2 |
| SCP029 | 32.6 | 90.5 | 0.6 | 122.8 | 5.1 |
| SCP030 | 42.3 | 72.0 | 0.4 | 137.0 | 3.7 |
| SCP031 | 16.7 | 70.0 | 0.4 | 145.0 | 4.3 |

All individual patient data was profiled as it was generated on the Pfizer-specific secure portal at www.theranos.com; raw data can also be found in the attached excel spreadsheet.

Server and Data Transmission

Approximately 361 cartridge results and 203 optional home surveys from the field were successfully transmitted to the Theranos servers. There were less than 5% transmission errors that required the readers to either retry sending the data or wait until they had a better connection to send the data. All data gathered in the field was transmitted to the Theranos servers. For the first two patients, on-screen surveys were not available. The number of surveys received is smaller than the number of cartridge runs due to the above as well as patients filling only one survey for each of their clinic visits (even though they ran two cartridges per visit). Once surveys

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718015



CONFIDENTIAL



became available, each cartridge run also asked the user to complete an optional quality of life survey and compliance was very good.

| Data distribution by transmission pathway to date | | |
|---|---|---|
| Direct Internet Connection | Wireless-GSM Traditional | Phone line |
| 5.6 % | 90.7% | 3.7 % |

The only problem encountered with using GSM wireless phone technology was poor signal. The main reasons for poor cellular reception were: dense foliage, metal roofs and poor signal quality due to remote location. In one location (Stewart, TN), there was no cellular coverage at all; therefore the reader used the standard telephone line in order to connect to our servers and report data as it was gathered. All of this patient's logs were received by Theranos servers. In future studies, multiple network providers would be contracted for these areas.

Overall performance of the Theranos System based on Customer Care log:

The customer care line was available to patients 24 hours a day 7 days a week over the course of the entire study (July 07 to October 08). All calls were addressed professionally and all issues were resolved quickly, taking care to minimize the impact on patients and clinical staff.

The types of calls for which patients used the Customer Care line:

- o Patient running low on supplies – the solution was   to simply ship more of the needed supplies with overnight delivery to make sure patient had enough for the upcoming home tests.
- o Patient not knowing how to turn machine on – the s   olution was to advise the patient over the phone on the procedures outlined in the setup sheet they received and to make sure they have the instrument up and running.
- o Patient calling about scheduling an instrument pic   kup – solution was to schedule one of our representatives to pick up the machine or alternatively to have FedEx pick up the reader if patient was able to place it in the shipping container themselves.
- o Patient called about blood transfer question – the   solution was to advise the patient to leave the blood transfer device on a flat surface. If this solution was not sufficient, a new batch was shipped to make sure no capillary manufacturer defects were at fault.
- o Patient called about instrument not recognizing ca   rtridge – the solution was to ask patient to re-try and call back if problem persisted. The suspicion was that due to poor cellular signal the reader was unable to communicate, and by re-trying it would perform appropriately. There were no subsequent calls from patient.
- o Patient called about instrument not being ready du   e to temperature – the solution was to ask patient to move reader away from A/C units and possible air currents. Patients had moved readers from initial installation location (one moved it to his RV, another into a really hot room) and the temperature extremes affected the readers' ability to maintain desired temperature. The Theranos readers are engineered to control temperature to eliminate variability associated with conventional assays.

The majority of systems deployed in the field performed their duties throughout the entire length of the patient monitoring schedule. One instrument had mechanical issues due to being misused; this happened during new personnel training at TNONC. The instrument was promptly replaced with a new instrument. Another failure occurred due to the instrument being damaged in shipping.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

24

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718016

 

CONFIDENTIAL

Although it performed its functions properly for the majority of the patient's schedule it eventually malfunctioned and was also promptly (~24 hours) replaced. Yet another issue was related to the cellular carrier not identifying the instrument. To expedite the process and assure that the clinic was adequately supplied it was decided to replace that instrument with one that was known to work. The problem was later resolved off-line.

Patient Compliance with protocol:

It is hard to estimate the patient compliance with the exact protocol due to the factors out of Theranos' control. In many instances patients re-scheduled their clinic visits and the new appointments were not communicated to us. At the onset of each patient's home monitoring they were provided with a tentative schedule which in many cases changed due to patient's need to travel or inability to keep scheduled appointments. With this in mind, we estimate that patient compliance with protocol was still very good, at approximately 96 % (measured as 80-120% of expected testing completed and received). Given the missing information, a much more accurate derivation would be possible.

Theranos System Assessment by Patients and Clinical Staff:

Patient end of study surveys were sent out to all participants. To date, 17 responses were collected from patients.

Summary of patients' assessment of the Theranos system:

- 88% of patients surveyed found the Theranos System easy to use; no patients found it "very hard" to use.
- 76% of patients found the written instructions to be very informative, with clear directions; 12% did not read instructions
- 91% of patients scored the training given by their Theranos representative either a 9 or 10 (10 being very good training)
- 76% of patients found the Theranos System takes little time to use (scores between 1 and 4 were tallied, with 1 = very little time and 10 = a lot of time)
- 100% of patients found the optional touch screen survey on the Theranos System easy to use, giving scores of either 8, 9 or 10 (10 = easy to use, 1 = hard to use).
- On a scale of 10 to 1 (10 = least painful, 1 = most painful), only one patient gave the blood drawing experience a score of less than 6. 59% felt almost no pain, scoring either a 9 or 10.
- 100% of the patients that responded to the survey gave Theranos Customer Support an excellent or very good rating
- For the majority of patients, the Theranos System worked very well. The major ways of solving the questions patients had were figuring it out on their own or calling the Theranos Customer Care line.
- In the follow-up survey, 100% of patients that responded said they received excellent or very good technical support over the duration of the study.
- Most patients said they prefer monitoring from home (scored 8 through 10) using the Theranos System; 25% were indecisive (scored 4 to 6) when asked whether they prefer going to the clinic or using the Theranos System; only two patients would rather monitor at the clinic.

From the interactions with clinical staff at Tennessee Oncology, the system was:
1. well received and

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718017



CONFIDENTIAL



2. the client solutions team made a very positive impact on the clinical staff and patients through promptitude and professionalism.

<u>Conclusions:</u>

General:
1. The Theranos System performed with superior perf ormance to reference assays while running in a complex ambulatory environment.
2. The existing Theranos support infrastructure ena bles on-demand home installation and patient training in extremely rural areas.
3. Patients preferred ambulatory monitoring to clin ic visits and liked using the Theranos System.
4. Non-computer literate patients had no issues usi ng the Theranos System.

Technical:
5. Inter-system accuracy is excellent and was demon strated on a platform with superior performance specifications to reference methods.
6. Calibrations were updated with access to samples from the trial.
7. Good correlations were seen to various commercia lly available gold-standards.
8. Avastin does not block the Theranos assay.
9. The Theranos System can measure VEGF both free a nd bound to VEGFR2 and Avastin to better quantify dose-response.

Economic:
10. This 15 month study demonstrated the robust fun ctionality of Theranos Systems. With this validation data, the technology can be applied to significantly cut costs and bring compounds to market faster:

11. More frequent sampling enabled better character ization of longitudinal time-series profiles of angiogenesis protein panels. More accurate insight of the change in rate of those panels over time enables significantly faster and earlier reads on efficacy dynamics.
    a. See efficacy dynamics trends and correlation to end-points in patient time-course profiles on the Pfizer web-portal at <u>www.theranos.com</u>.
12. Response profiles were seen in this study over 30 day intervals. Historically, these types of correlations have taken up to a couple years to demonstrate, or in some cases, were previously not demonstrable. This time gained facilitates rapid data generation for additions to a compendia and rapid label expansion of existing drugs. Equally, this approach can be used to fast-track approvals of key compounds and at the same time better optimize those compounds with better visibility to achieve the target product profiles.
    a. One of Theranos' pharma partners is publishing a report which estimates the increased time to market is valued at $1M per day – making every month quite substantial.
13. Through Theranos Systems, Pfizer will be able to reduce the number of sites, eliminate shipping costs for samples, processing costs, and analytical costs. Based on historical data, implementation of these systems will enable Pfizer to achieve ~50% cost savings over current study spending (previously demonstrated to be $15M of a $30M study budget). Equally, through better insight into pathway dynamics, Theranos is demonstrating the ability to reduce the number of patients required to show statistical significance in future studies by 30-50%.

3200 Hillview Palo Alto, CA  94304
phone:  650.838.9292   fax:  650.838.9165   www.theranos.com

26

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718018





**Schering Corporation**
**Schering Plough Research Institure**
**Assay Development Report**
**Theranos Systems Multiplexed Human IL-6, Human TNF-α, Human CRP (hs)**

Contents
1. Introduction
2. Storage and Use
3. Calibration
4. Range
5. Quantitation Limits and Accuracy
6. Precision
7. Specificity
8. Linearity
9. Matrix Effects
10. Stability

**1. Introduction**

The Theranos Assay System is a fully automated means for measuring concentrations of analytes (biomarkers, drugs) using immunoassay methodology.  The system is comprised of instruments, single-use cartridges and a wireless communications  link that conveys protocol information to the instruments from a Theranos Server and relays assay data to the Server for interpretation and distribution.  Blood, plasma serum and control mate      rials may be analyzed by the System.  Calibration is performed at Theranos on a cartridge-lot-specific basis.

The System accepts a metered sample (15uL) from a p   roprietary sampling device or a pipette, dilutes it automatically to levels appropriate to e  ach assay then executes an automated ELISA assay protocol.  The protocol is selected from a se        t of released protocols available on the Theranos Server and identified by reading a bar cod   e on each cartridge.  The bar code is also linked to an assay lot-specific calibration algorithm.  Assays are complete in about one hour.

Assays are typically grouped (multiplexed) in parti cular cartridges designed to monitor specific disease and therapeutic processes.  For example, a       cartridge designed to monitor acute and inflammatory processes measures IL-6, TNF- α and CRP.  Customer is interested in use of the Theranos System and has sponsored a validation exer        cise at Theranos focused on the inflammatory marker cartridge.

In this exercise, many instruments (60) and three l  ots of cartridges were used for validation of system level performance: inter-intra device, cartridge, and assay performance.

**2. Storage and Use**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                          THER-1718019





Theranos cartridges should be stored in the original unopened packaging in an upright position at 4°C. Theranos instruments require no user maintenance or calibration. User prompts are provided on a screen which is part of the instrument.

## 3. Calibration

IL-6 and TNF-α assay calibration utilize recombinant analytes expressed in human-cell lines as calibration materials. These are reportedly more stable than recombinant analytes made in bacteria and more similar to the naturally occurring analytes. The CRP assay is calibrated with a human plasma-derived analyte. Theranos Systems assays recognize "natural", recombinant, and human-cell line expressed recombinant forms of IL-6 and TNF-α. Each lot of Theranos Cartridges is individually calibrated, the calibration equation is linked to the cartridge barcode and results are automatically computed on the Theranos data server. For this validation study, three cartridge lots were produced and calibrated.

### NIBSC WHO Verification of Calibration

Exemplary assay responses are shown in Appendix A. Calibrations for IL-6, TNF-α and CRP were verified by testing the recovery of the current National Institute for Biological Standards and Control (NIBSC) World Health Organization (WHO) Reference Standards. The current WHO standard for IL-6 is NIBSC code 89/548 (recombinant protein produced in CHO cells with post translational modifications), for TNF-α NIBSC code 88/786 (a natural human protein derived from human BALL-1 cells), and for CRP NIBSC code 85/506 from human plasma. Spike recovery of all three WHO standards were within acceptable limits across the assay ranges as shown in the figures and tables below. Note that for the TNF-α assay we found low recovery (about 30%) of the WHO standard in a reference kit (R&D Systems Quantikine HS catalogue # HSTA00D, data shown in Appendix B). Therefore comparisons of sensitivity and slopes of assay correlations of results of the Theranos System with those of R&D Systems kits will show different results due to their respective calibrations. For example, the R&D Systems Assay would report a TNF-α value of 4 pg/mL when the Theranos Assay reports 12 pg/mL. If desired by a customer the Theranos System can be configured (in calibration algorithms) to provide results matching those of R&D Systems assays (or those of other predicate assay). It is our intention however to continue to perform primary calibration of Theranos assays using International Standard materials whenever possible since predicate assays not so calibrated may be subject to lot-to-lot variation in calibration.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718020







**IL-6 Calibration Verification**
**WHO NIBSC 89/548 Standard Spiked in Plasma**

$y = 0.9754x$
$R^2 = 0.9995$



**TNFa Calibration Verification**
**WHO NIBSC 88/786 Standard Spiked in Plasma**

$y = 0.8729x$
$R^2 = 1$

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material







**CRP Calibration Verification**
**WHO NIBSC 85/506 Standard Diluted in Assay Buffer**

$y = 0.9937x$
$R^2 = 0.9862$

**Theranos Systems Recovery of IL-6 (NIBSC code 89/548) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [IL-6] IU/mL | [IL-6] pg/ml | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 100 | 1000 | 981.1 | 11 | 980.1 | 98 |
| 25 | 250 | 227.1 | 16 | 226.2 | 90 |
| 5 | 50 | 45.2 | 10 | 44.2 | 88 |
| 3 | 25 | 21.5 | 8 | 20.5 | 82 |
| 1 | 10 | 10.5 | 9 | 9.5 | 95 |
| 0 | 0 | 1.0 | 47 | 0.0 | N/A |

**Theranos Systems Recovery of TNF-α (NIBSC code 88/786) Spiked in Plasma**
n=3 cartridges, 3 instruments per level

| [TNFa] IU/mL | [TNFa] pg/mL | Recovered [TNF-α] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|---|
| 46.5 | 1000 | 873.4 | 3 | 873.0 | 89 |
| 11.6 | 250 | 218.7 | 3 | 218.3 | 96 |
| 2.3 | 50 | 44.0 | 10 | 43.5 | 96 |
| 1.2 | 25 | 20.9 | 22 | 20.4 | 95 |
| 0.5 | 10 | 10.9 | 19 | 10.5 | 100 |
| 0 | 0 | 0.4 | 14 | 0.0 | N/A |

**Theranos Systems Recovery of CRP (NIBSC code 85/506) in Assay Buffer**
n=3 cartridges, 3 instruments per level

| [CRP] IU/mL | [CRP] ug/ml | Recovered [CRP] ug/mL | CV % | % Recovery |
|---|---|---|---|---|
| 98 | 100 | 94.6 | 2 | 95 |
| 49 | 50 | 57.4 | 18 | 115 |
| 24.5 | 25 | 28.1 | 15 | 113 |
| 10 | 10 | 10.2 | 14 | 102 |

THERANOS CONFIDENTIAL

Page 4

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material





| 4.9 | 5 | 5.7 | 20 | 114 |
| 0 | 0 | 0.0 | 30 | N/A |

## 4. Range

Reportable ranges based on calibration to WHO standards determined for these assays are:

| Assay | Low | High |
|---|---|---|
| IL-6 | 2 pg/mL | 1000 pg/mL |
| TNF-α | 4[1] pg/mL | 1000 pg/mL |
| CRP | 0.05 ug/mL | 100 ug/mL |

As shown below, all three tested lots support these ranges[2].

## 5. Quantitation Limits

Assay calibrations and determination of Lower Limit of Quantitation (LLOQ) and Upper Limit of Quantitation (ULOQ) were performed and analyzed by proprietary software. Assay responses were fitted by a four-parameter equation and LLOQ and ULOQ determined according to FDA criteria. Calibrators were run in triplicate on three days (consecutive or non-consecutive) on 36 instruments for a total of nine cartridges per level, at 12 levels.

**Summary of Calibration Analysis for three Cartridge Lots**

| Lot 2455142005 | IL-6 | TNF-α | CRP |
|---|---|---|---|
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| Lot 2455146006 | IL-6 | TNF-α | CRP |
| LLOQ | 1.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |
| Lot 2455156002 | IL-6 | TNF-α | CRP |
| LLOQ | 2.3 pg/mL | 6.3 pg/mL | 0.05 ug/mL |
| ULOQ | 1000 pg/mL | 1000 pg/mL | 150 ug/mL |

## Limits of detection (LOD)

The range in the Limits of detection calculated as 2*Signal SD/Slope of dose response (□signal/□conc) are reported for the three lots of Theranos cartridges. Comparison data are also given for R&D Systems assays Minimum Detectable Dose "MDD" (which is equivalent to LOD). In addition to the calibration issue for the R&D Systems TNF-α assay discussed above

---

[1] Equivalent to 1 pg/mL in the R&D Systems assay calibrated using R&D Systems calibrators
[2] The lower limit of the reportable range of the TNF-α assay has been extended below the LLOQ so as not to restrict the reportable range too much. The LLOQ is higher than anticipated due to unexpectedly high imprecision of the assay in the cartridge lots used for validation compared with other cartridge lots used in pre-clinical work. We are presently investigating the root cause of this imprecision.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718023




which gives a four-fold lower limit for R&D Systems, we believe the calculation of MDD performed by R&D Systems may be compromised (falsely low) by the inability of any known spectrometer to report optical density to the required precision needed to support the calculated values.

The CRP MDD reported by R&D Systems is highly misleading since it represents the concentration in the assay rather than in the sample (which "must be diluted" according to their package insert prior to assay). Note that the Theranos assay uses a sample which is diluted 5000-fold. If we compare the actual sensitivity *in the assay medium* the Theranos value would be about 0.006 ng/mL.

| Assay System | IL-6 (pg/mL) | TNF-α(pg/mL) | CRP (ng/mL) |
|---|---|---|---|
| Theranos | $0.9 - 1.5$ | $3.7 - 5.2$ | 28 - 31 |
| R&D Systems | $0.02 - 0.11$ | $0.04 - 0.19$ | $0.005 - 0.22$ |
| R&D Systems[3] | | $0.16 - 0.76$ | |

## 6. Precision and Accuracy

Plasma with low endogenous analyte levels was spiked with three levels of the analytes were measured in 16 cartridges per level on 48 instruments. Recovery of the spiked analyte was good. Imprecision (% CV) ranged from 10 - 25 %. Note that the imprecision cited includes both instrument-instrument and cartridge-cartridge variance.

Spiked Plasma Samples (n=16 cartridges, n=48 instruments)

| Nominal [IL-6] pg/mL | Recovered [IL-6] pg/mL | StDev | CV % % | Recovery |
|---|---|---|---|---|
| 800.3 | 806.9 | 79.8 | 9.9 | 101 |
| 50.3 | 50.5 | 4.7 | 9.2 | 100 |
| 5.3 | 5.1 | 0.8 | 15.5 | 96 |
| Nominal [TNFa] pg/mL | Recovered [TNFa] pg/mL | StDev | CV % % | Recovery |
| 500.3 | 418.9 | 39.6 | 9.5 | 84 |
| 50.3 | 42.7 | 5.1 | 12.0 | 85 |
| 12.3 | 12.9 | 3.2 | 24.6 | 105 |
| Nominal [CRP] ug/mL | Recovered [CRP] ug/mL | StDev | CV % % | Recovery |
| 50.1 | 50.4 | 10.0 | 19.9 | 101 |
| 1.6 | 1.6 | 0.3 | 16.8 | 97 |
| 0.1 | 0.1 | 0.0 | 20.6 | 103 |

## 7. Specificity

Assays were tested for cross reactivity and interference by the factors listed below, at high, mid and low analyte levels. Potential cross-reactants were selected based on package inserts of recognized predicate methods and added at levels deemed to be higher than those likely to be

---

[3] Recalculated to reflect calibration to WHO standard material

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718024

 

found in clinical samples.  No significant cross reactivity or interference was observed for any of the assays by any of the tested factors at all analyte levels tested.

| | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
|---|---|---|---|---|---|
| **IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level)** | | | | | |
| Substance | | | | | |
| Control | 0 | 1000.3 | 1100.3 | 7.8 | 110 |
| | 0 | 90.3 | 95.8 | 16.6 | 106 |
| | 0 | 8.3 | 9.4 | 4.8 | 113 |
| IL-1α | 10 | 1000.3 | 939.2 | 2.9 | 94 |
| | 10 | 90.3 | 97.0 | 15.7 | 107 |
| | 10 | 8.3 | 9.0 | 6.9 | 108 |
| IL-2 | 10 | 1000.3 | 1047.7 | 1.7 | 105 |
| | 10 | 90.3 | 86.7 | 9.4 | 96 |
| | 10 | 8.3 | 8.7 | 22.3 | 105 |
| IL-3 | 10 | 1000.3 | 950.0 | 12.7 | 95 |
| | 10 | 90.3 | 91.9 | 4.6 | 102 |
| | 10 | 8.3 | 7.9 | 4.4 | 95 |
| IL-4 | 10 | 1000.3 | 908.0 | 10.9 | 91 |
| | 10 | 90.3 | 79.9 | 16.7 | 88 |
| | 10 | 8.3 | 8.1 | 18.1 | 97 |
| IL-6 sR | 50 | 1000.3 | 914.9 | 18.0 | 91 |
| | 50 | 90.3 | 81.2 | 1.3 | 90 |
| | 50 | 8.3 | 8.0 | 29.0 | 96 |
| IL-7 | 10 | 1000.3 | 895.0 | 10.0 | 89 |
| | 10 | 90.3 | 78.1 | 9.1 | 87 |
| | 10 | 8.3 | 8.2 | 9.4 | 99 |
| IL-8 | 10 | 1000.3 | 927.8 | 9.7 | 93 |
| | 10 | 90.3 | 82.3 | 17.1 | 91 |
| | 10 | 8.3 | 8.4 | 17.6 | 101 |
| IL-11 | 10 | 1000.3 | 897.5 | 12.5 | 90 |
| | 10 | 90.3 | 90.3 | 6.1 | 100 |
| | 10 | 8.3 | 7.9 | 2.2 | 95 |
| IL-12 | 10 | 1000.3 | 837.6 | 8.4 | 84 |
| | 10 | 90.3 | 85.8 | 14.7 | 95 |
| | 10 | 8.3 | 6.8 | 18.1 | 82 |
| CNTF | 10 | 1000.3 | 900.6 | 8.4 | 90 |
| | 10 | 90.3 | 95.3 | 5.8 | 106 |
| | 10 | 8.3 | 8.9 | 22.4 | 107 |
| G-CSF | 10 | 1000.3 | 925.0 | 18.7 | 92 |
| | 10 | 90.3 | 90.2 | 12.8 | 100 |
| | 10 | 8.3 | 9.7 | 6.9 | 117 |
| sgp130 | 1000 | 1000.3 | 895.5 | 17.0 | 90 |
| | 1000 | 90.3 | 88.6 | 2.0 | 98 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                    THER-1718025





| IL-6 Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | % Recovery |
| | 1000 | 8.3 | 9.4 | 3.2 | 114 |
| LIF R | 50 | 1000.3 | 895.2 | 2.8 | 89 |
| | 50 | 90.3 | 78.5 | 16.5 | 87 |
| | 50 | 8.3 | 8.9 | 19.8 | 107 |
| OSM | 10 | 1000.3 | 945.4 | 9.5 | 95 |
| | 10 | 90.3 | 77.1 | 10.0 | 85 |
| | 10 | 8.3 | 6.9 | 16.8 | 83 |
| TNF-β | 10 | 1000.3 | 919.6 | 8.6 | 92 |
| | 10 | 90.3 | 83.3 | 15.8 | 92 |
| | 10 | 8.3 | 9.4 | 7.8 | 113 |
| IL-1β | 10 | 1000.3 | 901.2 | 8.1 | 90 |
| | 10 | 90.3 | 85.7 | 17.6 | 95 |
| | 10 | 8.3 | 7.5 | 10.5 | 90 |
| sTNF RI | 10 | 1000.3 | 1025.2 | 9.2 | 102 |
| | 10 | 90.3 | 83.4 | 11.4 | 92 |
| | 10 | 8.3 | 9.4 | 16.5 | 114 |
| sTNF RII | 10 | 1000.3 | 963.3 | 13.8 | 96 |
| | 10 | 90.3 | 90.7 | 10.2 | 100 |
| | 10 | 8.3 | 9.3 | 21.0 | 112 |

| TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
| Control | 0 | 900.3 | 883.7 | 4.1 | 98 |
| | 0 | 90.3 | 85.4 | 4.1 | 95 |
| | 0 | 8.3 | 8.3 | 40.4 | 100 |
| IL-1α | 10 | 900.3 | 849.1 | 5.5 | 94 |
| | 10 | 90.3 | 89.6 | 12.7 | 99 |
| | 10 | 8.3 | 8.8 | 16.0 | 106 |
| IL-2 | 10 | 900.3 | 855.2 | 23.5 | 95 |
| | 10 | 90.3 | 90.8 | 7.9 | 101 |
| | 10 | 8.3 | 9.6 | 18.5 | 116 |
| IL-3 | 10 | 900.3 | 836.5 | 23.5 | 93 |
| | 10 | 90.3 | 74.3 | 5.4 | 82 |
| | 10 | 8.3 | 8.2 | 29.2 | 98 |
| IL-4 | 10 | 900.3 | 884.6 | 6.9 | 98 |
| | 10 | 90.3 | 89.5 | 8.5 | 99 |
| | 10 | 8.3 | 7.0 | 49.3 | 84 |
| IL-6 sR | 50 | 900.3 | 874.0 | 23.5 | 97 |
| | 50 | 90.3 | 77.8 | 13.8 | 86 |
| | 50 | 8.3 | 8.6 | 34.8 | 103 |
| IL-7 | 10 | 900.3 | 871.9 | 6.3 | 97 |
| | 10 | 90.3 | 82.8 | 37.1 | 92 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718026





| TNF-α Assay Specificity Test in Spiked Plasma (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | % Recovery |
| | 10 | 8.3 | 7.6 | 22.9 | 91 |
| IL-8 | 10 | 900.3 | 774.4 | 1.8 | 86 |
| | 10 | 90.3 | 83.4 | 13.5 | 92 |
| | 10 | 8.3 | 7.9 | 12.6 | 95 |
| IL-11 | 10 | 900.3 | 901.8 | 1.5 | 100 |
| | 10 | 90.3 | 90.7 | 19.6 | 100 |
| | 10 | 8.3 | 9.3 | 36.8 | 112 |
| IL-12 | 10 | 900.3 | 770.9 | 7.3 | 86 |
| | 10 | 90.3 | 77.4 | 15.8 | 86 |
| | 10 | 8.3 | 7.9 | 56.7 | 96 |
| CNTF | 10 | 900.3 | 920.1 | 6.0 | 102 |
| | 10 | 90.3 | 82.5 | 9.7 | 91 |
| | 10 | 8.3 | 8.7 | 18.9 | 105 |
| G-CSF | 10 | 900.3 | 1052.6 | 3.7 | 117 |
| | 10 | 90.3 | 95.6 | 20.7 | 106 |
| | 10 | 8.3 | 9.1 | 9.6 | 110 |
| sgp130 | 1000 | 900.3 | 891.3 | 16.8 | 99 |
| | 1000 | 90.3 | 93.8 | 9.1 | 104 |
| | 1000 | 8.3 | 10.1 | 25.1 | 122 |
| LIF R | 50 | 900.3 | 781.5 | 20.7 | 87 |
| | 50 | 90.3 | 87.3 | 15.2 | 97 |
| | 50 | 8.3 | 9.1 | 12.1 | 110 |
| OSM | 10 | 900.3 | 862.1 | 10.6 | 96 |
| | 10 | 90.3 | 85.2 | 23.8 | 94 |
| | 10 | 8.3 | 7.4 | 54.1 | 89 |
| TNF-β | 10 | 900.3 | 804.0 | 24.7 | 89 |
| | 10 | 90.3 | 90.7 | 16.4 | 100 |
| | 10 | 8.3 | 7.7 | 32.3 | 92 |
| IL-1β | 10 | 900.3 | 900.0 | 17.3 | 100 |
| | 10 | 90.3 | 83.1 | 16.6 | 92 |
| | 10 | 8.3 | 8.3 | 33.1 | 101 |
| sTNF RI | 10 | 900.3 | 833.0 | 21.8 | 93 |
| | 10 | 90.3 | 86.4 | 19.5 | 96 |
| | 10 | 8.3 | 6.7 | 21.6 | 80 |
| sTNF RII | 10 | 900.3 | 801.3 | 8.9 | 89 |
| | 10 | 90.3 | 93.6 | 3.0 | 104 |
| | 10 | 8.3 | 8.2 | 14.2 | 99 |

| CRP Assay Specificity Test in Assay Buffer (n=3 cartridges, 3 instruments per level) | | | | | |
|---|---|---|---|---|---|
| Substance | [Test Substance] ng/mL | Target [CRP] ug/ml | Recovered [CRP] ug/ml | CV % | % Recovery |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                                    THER-1718027

 

| | | | | | |
|---|---|---|---|---|---|
| Control | 0 | 50 | 53.0 | 16 | 106 |
| | 0 | 10 | 8.1 | 34 | 81 |
| | 0 | 0.75 | 0.7 | 13 | 91 |
| Pentraxin-2/SAP | 30 | 50 | 49.2 | 19 | 98 |
| | 30 | 10 | 8.9 | 9 | 89 |
| | 30 | 0.75 | 0.8 | 4 | 102 |
| Pentraxin-3/TSG-14 | 10 | 50 | 40.6 | 7 | 81 |
| | 10 | 10 | 8.2 | 14 | 82 |
| | 10 | 0.75 | 0.7 | 5 | 100 |

## 8. Linearity

A plasma sample with low endogenous analyte levels was spiked with known levels of IL-6, TNF-α, and CRP then diluted serially with the unspiked plasma.  All assays showed an appropriate linear dilution response across the dilution range (500 – 2000-fold).  Data are tabulated and graphed below.

**Dilution Linearity in Plasma, Multiplexed Assays  (n=3 cartridges, 3 instruments per level)**

| IL-6 | | | | |
|---|---|---|---|---|
| Spiked [IL-6] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 950 | 950.5 | 958.1 | 7 | 101 |
| | 475.5 | 480.9 | 11 | 101 |
| | 238.0 | 256.1 | 18 | 108 |
| | 119.2 | 143.9 | 25 | 121 |
| | 59.8 | 62.3 | 3 | 104 |
| | 30.1 | 28.3 | 23 | 94 |
| | 15.3 | 13.3 | 34 | 87 |
| | 0.5 | 0.5 | 88 | 100 |

| TNF-α | | | | |
|---|---|---|---|---|
| Spiked [TNFa] pg/mL | [Expected] pg/ml | [Recovered] pg/mL | CV % | % Recovery |
| 900 | 902.7 | 899.2 | 11 | 100 |
| | 452.7 | 461.5 | 9 | 102 |
| | 227.7 | 194.6 | 6 | 85 |
| | 115.2 | 105.0 | 11 | 91 |
| | 59.0 | 56.1 | 2 | 95 |
| | 30.9 | 30.6 | 4 | 99 |
| | 16.8 | 14.9 | 26 | 89 |
| | 2.7 | 2.7 | 14 | 100 |

| CRP | | | | |
|---|---|---|---|---|
| Spiked [CRP] ug/mL | [Expected] ug/ml | [Recovered] ug/mL | CV % | % Recovery |
| 75 | 75.1 | 82.8 | 34 | 110 |
| | 37.6 | 35.0 | 0 | 93 |
| | 18.8 | 14.7 | 10 | 78 |
| | 9.5 | 9.1 | 12 | 96 |

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-1718028





| | 4.8 | 4.1 | 8 | 85 |
|---|---|---|---|---|
| | 2.4 | 2.4 | 7 | 98 |
| | 1.3 | 1.3 | 15 | 102 |
| | 0.1 | 0.1 | 29 | 100 |





FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718029







## 9. Matrix Effects

Plasma or serum containing various potentially interfering factors or substances were spiked with known levels of analyte and the resulting recovery of the spiked analyte calculated after correction for endogenous analyte.  None of the assays showed interference from icteric, hemolyzed, lipemic, or rheumatoid factor-positive samples as shown in the tables below

NORMAL SERUM   Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1019.1 | 14 | 1015.82 | 102 |
| 250 | 224.9 | 4 | 221.58 | 89 |
| 50 | 47.7 | 14 | 44.42 | 89 |
| 25 | 25.3 | 6 | 22.01 | 88 |
| 10 | 12.6 | 9 | 9.29 | 93 |
| 0 | 3.3 | 43 | 0.00 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1019.1 | 14 | 1014.7 | 101 |
| 250 | 224.9 | 4 | 220.5 | 88 |
| 50 | 47.7 | 14 | 43.3 | 87 |
| 25 | 25.3 | 6 | 20.9 | 84 |
| 10 | 12.6 | 9 | 8.2 | 82 |
| 0 | 4.4 | 60 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 107.4 | 11 | 107.3 | 107 |
| 50 | 49.3 | 13 | 49.3 | 99 |
| 25 | 25.0 | 23 | 24.9 | 100 |
| 10 | 9.6 | 41 | 9.5 | 95 |
| 5 | 5.9 | 17 | 5.8 | 116 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718030

 

| 0 | 0.1 | 12 | 0.0 | |
|---|---|---|---|---|

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718031





LIPEMIC SERUM  Sample: Vital Products SFB8315 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 872.5 | 15 | 868.8 | 87 |
| 250 | 214.1 | 4 | 210.4 | 84 |
| 50 | 47.8 | 15 | 44.1 | 88 |
| 25 | 24.5 | 6 | 20.8 | 83 |
| 10 | 14.4 | 19 | 10.7 | 107 |
| 0 | 3.7 | 12 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 965.0 | 17 | 962.8 | 96 |
| 250 | 230.8 | 15 | 228.6 | 91 |
| 50 | 56.6 | 40 | 54.4 | 109 |
| 25 | 25.4 | 13 | 23.2 | 93 |
| 10 | 14.8 | 14 | 12.6 | 126 |
| 0 | 2.2 | 32 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 119.4 | 36 | 119.1 | 119 |
| 50 | 54.2 | 40 | 53.9 | 108 |
| 25 | 24.4 | 25 | 24.1 | 96 |
| 10 | 10.4 | 9 | 10.1 | 101 |
| 5 | 5.8 | 15 | 5.6 | 111 |
| 0 | 0.2 | 12 | 0.0 | |

HEMOLYZED PLASMA   Sample: Stanford W070509118560 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1010.9 | 10 | 1010.0 | 101 |
| 250 | 274.6 | 13 | 273.7 | 109 |
| 50 | 51.6 | 2 | 50.7 | 101 |
| 25 | 26.8 | 11 | 25.9 | 104 |
| 10 | 10.5 | 12 | 9.6 | 96 |
| 0 | 0.9 | 41 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 898.7 | 14 | 895.1 | 90 |
| 250 | 223.5 | 12 | 219.9 | 88 |
| 50 | 44.2 | 11 | 40.6 | 81 |
| 25 | 27.7 | 23 | 24.1 | 96 |
| 10 | 12.0 | 23 | 8.4 | 84 |
| 0 | 3.6 | 14 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 119.6 | 10 | 119.5 | 119 |
| 50 | 54.0 | 10 | 53.9 | 108 |
| 25 | 22.5 | 14 | 22.4 | 90 |
| 10 | 11.6 | 3 | 11.5 | 115 |
| 5 | 5.6 | 11 | 5.5 | 110 |
| 0 | 0.1 | 4 | 0.0 | |

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718032





THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718033





ICTERIC SERUM  Sample: PromedDx 10739123 (n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 986.0 | 9 | 983.4 | 98 |
| 250 | 282.4 | 12 | 279.7 | 112 |
| 50 | 55.8 | 10 | 53.2 | 106 |
| 25 | 28.1 | 7 | 25.4 | 102 |
| 10 | 11.8 | 16 | 9.2 | 92 |
| 0 | 2.6 | 53 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 969.8 | 5 | 967.4 | 97 |
| 250 | 219.6 | 22 | 217.2 | 87 |
| 50 | 45.0 | 11 | 42.6 | 85 |
| 25 | 24.5 | 5 | 22.1 | 88 |
| 10 | 10.6 | 22 | 8.2 | 82 |
| 0 | 2.4 | 17 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 109.5 | 8 | 108.4 | 108 |
| 50 | 41.7 | 80 | 40.6 | 81 |
| 25 | 29.6 | 14 | 28.4 | 114 |
| 10 | 10.1 | 11 | 9.0 | 90 |
| 5 | 6.4 | 19 | 5.3 | 106 |
| 0 | 1.1 | 3 | 0.0 | |

RHEUMATOID FACTOR POSITIVE SERUM  Sample: Vital Products SFB7884
(n=3 cartridges, 3 instruments per level)

| Spiked [IL-6] pg/mL | Recovered [IL-6] pg/mL | CV % | Minus Endogenous | % Recovery |
|---|---|---|---|---|
| 1000 | 1118.0 | 10 | 1097.9 | 110 |
| 250 | 286.9 | 9 | 266.7 | 107 |
| 50 | 77.7 | 13 | 57.6 | 115 |
| 25 | 46.3 | 12 | 26.2 | 105 |
| 10 | 30.4 | 6 | 10.2 | 102 |
| 0 | 20.1 | 6 | 0.0 | |
| Spiked [TNFa] pg/mL | Recovered [TNFa] pg/mL | CV % | Minus Endogenous | % Recovery |
| 1000 | 1116.4 | 11 | 1112.3 | 111 |
| 250 | 228.9 | 5 | 224.8 | 90 |
| 50 | 48.0 | 13 | 43.9 | 88 |
| 25 | 24.2 | 13 | 20.1 | 80 |
| 10 | 14.0 | 20 | 9.9 | 99 |
| 0 | 4.1 | 27 | 0.0 | |
| Spiked [CRP] ug/mL | Recovered [CRP] ug/mL | CV % | Minus Endogenous | % Recovery |
| 100 | 110.9 | 18 | 105.8 | 106 |
| 50 | 49.1 | 17 | 44.0 | 88 |
| 25 | 34.2 | 29 | 29.0 | 116 |
| 10 | 15.5 | 9 | 10.3 | 103 |
| 5 | 10.9 | 11 | 5.7 | 114 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718034

 

| 0 | 5.2 | 28 | 0.0 | |
|---|---|---|---|---|

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718035

 

**10. Stability**

The stability of component reagents for the present assays has been studied individually in lots made previous to the present study.  The capture surfaces were stable for over 12 months, and the detection conjugates for at least six months.  Stability of the integrated cartridges used for this validation report stored at 4C is being monitored and an updated report will include this data.  Cartridges are initially assigned an expiry date of three months post manufacture.

**Conclusions:**

The Theranos IL-6, TNF-α, CRP assay multiplex has been shown to give more accurate and precise results for three independently calibrated cartridge lots and all the many instruments used than current "gold standard" reference methods.   Assay calibration has been established using WHO or other standard materials.  Lower and upper levels of quantitation have been established.  The assays are specific for their respective analytes when tested against potential cross reactants and are not interfered with by agents that may cause problems in immunoassays.  Dilution linearity is satisfactory for all the assays.  Assay cartridge stability studies are underway.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718036

 

## Appendix A





FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718037







FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                                                THER-1718038




**Appendix B**

<u>Comparison of Theranos Systems TNFa Calibration to Other Available Commercial Methods</u>

Plasma samples were spiked with WHO TNF-a Standard (NIBSC code 88/786) and run in Theranos Systems and in R&D Quantikine High Sensitivity Human TNF-α ELISA (catalogue # HSTA00D). The results are shown below.

**THERANOS SYSTEMS Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 5.2 | 0.0 | | |
| 0.1 | 2.5 | 8.1 | 2.9 | 0.1 | 118 |
| 0.2 | 5 | 11.5 | 6.3 | 0.3 | 126 |
| 0.5 | 10 | 14.9 | 9.7 | 0.5 | 97 |
| 1.2 | 25 | 35.9 | 30.8 | 1.4 | 123 |
| 2.3 | 50 | 57.6 | 52.4 | 2.4 | 105 |
| 11.6 | 250 | 217.6 | 212.5 | 9.9 | 85 |
| 46.5 | 1000 | 1120.6 | 1115.4 | 51.9 | 112 |

**R&D QUANTIKINE HS ELISA Recovery of TNFa WHO Standard Spiked in Plasma**

| Nominal Spike | | 1pg/mL = 0.0465 IU/mL | | | |
|---|---|---|---|---|---|
| [TNFa] IU/ml | [TNFa] pg/ml | Calc. pg/mL | Minus Endogenous | Calc. IU/mL | % Recovery |
| 0 | 0 | 0.2 | 0.0 | | |
| 0.1 | 2.5 | 1.0 | 0.8 | 0.04 | 32 |
| 0.2 | 5 | 1.8 | 1.6 | 0.07 | 32 |
| 0.5 | 10 | 3.2 | 3.0 | 0.14 | 30 |
| 1.2 | 25 | 7.3 | 7.1 | 0.3 | 28 |
| 2.3 | 50 | 15.0 | 14.8 | 0.7 | 30 |
| 11.6 | 250 | 83.6 | 83.4 | 3.9 | 33 |
| 46.5 | 1000 | 308.0 | 307.7 | 14.3 | 31 |

FOIA Confidential Treatment Requested by Theranos                                                    THER-1718039
Fed. R. Crim. P. 6(e) material







FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-1718040