Message

| | |
|---|---|
| **From**: | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent**: | 10/25/2014 7:05:50 PM |
| **To**: | Jeffrey Blickman [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeffrey Blickman] |
| **CC**: | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=First administrative group/cn=recipients/cn=sbalwani] |
| **Subject**: | Re: Reports for Fremont |

Great. If you have further edits to the contracts doc send over today. We'll likely send that out tonight.

On Oct 24, 2014, at 11:49 PM, Jeffrey Blickman <jblickman@theranos.com> wrote:

Elizabeth – here are the reports (secured) for Fremont, inclusive of the CLIA deck that Dan recently sent. These files can be opened with the below credentials, tested and confirmed:

UN:  Fremont
PW:  FremontConfidential@1014

Contents include:
1.      <!--[if !supportLists]--><!--[endif]-->GSK Biomarker report (secured)
2.      <!--[if !supportLists]--><!--[endif]-->Schering Plough report (secured)
3.      <!--[if !supportLists]--><!--[endif]-->JHU report (secured)
4.      <!--[if !supportLists]--><!--[endif]-->Theranos CLIA Licensure Summary (secured)
5.      <!--[if !supportLists]--><!--[endif]-->Theranos Sepsis Publication (unsecured)

Thanks,
Jeff

**Jeffrey P. Blickman**
Senior Product Manager
Theranos, Inc.

Office:  650.470.0321
Mobile:  650.701.4785
jblickman@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

<Fremont_CONFIDENTIAL.zip>