Message

| | |
|---|---|
| **From**: | Hovde, Genevieve [GHovde@bdtcap.com] |
| **Sent**: | 10/27/2014 11:39:17 PM |
| **To**: | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=First administrative group/cn=recipients/cn=sbalwani]; Verigan, Rob [RVerigan@bdtcap.com] |
| **CC**: | Dills, John [JDills@bdtcap.com] |
| **Subject**: | RE: Theranos contract overview document |

All 6 files received.

**From:** Sunny Balwani [mailto:sbalwani@theranos.com]
**Sent:** Monday, October 27, 2014 6:31 PM
**To:** Hovde, Genevieve; Verigan, Rob
**Cc:** Dills, John
**Subject:** RE: Theranos contract overview document

attaching 6 files.

thanks.

**From:** Hovde, Genevieve [mailto:GHovde@bdtcap.com]
**Sent:** Monday, October 27, 2014 4:27 PM
**To:** Sunny Balwani; Verigan, Rob
**Cc:** Dills, John
**Subject:** RE: Theranos contract overview document

Sunny,

Confirming receipt of your email; however, the attachments were not included. Could you please try to send one more time, if possible?

We look forward to reviewing this additional information.

Best,

Gen

**From:** Sunny Balwani [mailto:sbalwani@theranos.com]
**Sent:** Monday, October 27, 2014 6:24 PM
**To:** Verigan, Rob

Confidential

THPFM0001146205

**Cc:** Dills, John; Hovde, Genevieve
**Subject:** RE: Theranos contract overview document

retrying. the original email bounced back by your email server.

**From:** Sunny Balwani
**Sent:** Monday, October 27, 2014 4:14 PM
**To:** Verigan, Rob
**Cc:** Dills, John; 'Hovde, Genevieve'
**Subject:** Theranos contract overview document

Rob.

In follow up to the requests outstanding, we've attached an overview of our contracts to this email.

In line with our previous conversation, we have not disclosed our audited financials to any external investors before. If there is other information we can provide let us know and we will see if there's something we can do.

We've attached some representative studies and recent audit results, in line with Byron's conversation with Elizabeth, to this email. The deck you already have has a much larger set of this data in it.

There aren't any management reports for Walgreens -- our data is real-time.

We sent the most recent industry analysis we've seen someone try to do on Theranos (without our cooperation). It may be an interesting data source on the market question. The easiest reference for total available market is the total number of prescriptions written for diagnostic testing today. Note this market sizing of course does not include preventative or direct to consumer testing (or really even some of the testing that is otherwise done through imaging).

To access the attachment:

UN:  BDT
PW:  BDTConfidential@1014

Contents include:
1. Theranos Key Contract Summary (secured)
2. GSK Biomarker report (secured)

3. Schering Plough report (secured)
4. JHU report (secured)
5. Theranos CLIA Licensure Summary (secured)
6. Theranos Sepsis Publication (unsecured)

best Regards,

Sunny.

Sunny Balwani

President & COO

Theranos Inc.

650-320-2777

1601 S. California Ave.

Palo Alto, CA 94304

sbalwani@theranos.com

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT -- This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
======================================

This e-mail may contain confidential or privileged information and any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not an intended recipient of this e-mail, please notify the sender that you have received it in error and delete it and any attachments and do not duplicate or redistribute it. Unintended recipients are prohibited from taking action on the basis of information in this e-mail. Securities products and services are offered by BDT & Company, LLC, a broker-dealer registered with the SEC. BDT & Company, LLC and its affiliates reserve the right, to the extent and under circumstances permitted by applicable law, to retain, monitor and intercept e-mail messages to and from its systems. IRS Circular 230 Disclosure: BDT & Company, LLC and its affiliates do not provide tax advice. Accordingly any discussion of Federal tax issues in this e-mail (including any attachments) was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.