Theranos Confidential

## Projected Statement of Income

| Period Ending | | 12/31/2014 | | 12/31/2015 |
|---|---|---:|---|---:|
| **Revenue (US COMMERCIAL ONLY)** | | | | |
| Lab Services from US Retail Pharmacies | $ | 42,000,000 | $ | 470,000,000 |
| Lab Services Revenue from Physicians Offices | $ | 11,000,000 | $ | 161,000,000 |
| Lab Services Revenue from Hospitals | $ | 47,000,000 | $ | 290,000,000 |
| OnSite Services Revenue from Hospitals | $ | - | $ | 11,000,000 |
| Pharmaceuticals Services | $ | 40,000,000 | $ | 62,000,000 |
| DOD | | TBD | | TBD |
| **Total Revenue** | **$** | **140,000,000** | **$** | **990,000,000** |
| Cost of Revenue: | | | | |
| Retail Pharmacy | $ | (16,000,000) | $ | (188,000,000) |
| Physicians Office (courier) | $ | (4,000,000) | $ | (64,000,000) |
| Hospital (courier) | $ | (14,000,000) | $ | (87,000,000) |
| Hospital (onsite) | $ | - | $ | (3,000,000) |
| Pharmaceutical Services | $ | (5,000,000) | $ | (12,000,000) |
| DOD | | TBD | | TBD |
| **Total Cost of Revenue** | **$** | **(39,000,000)** | **$** | **(354,000,000)** |
| **Gross Profit** | **$** | **101,000,000** | **$** | **636,000,000** |
| **Operating Expenses** | | | | |
| Research & Development (including software apps & support) | $ | (57,000,000) | $ | (127,000,000) |
| CLIA Lab Operations Fixed overhead (validation, software, facilities,...) | $ | (10,000,000) | $ | (76,000,000) |
| Data Center | $ | (3,000,000) | $ | (25,000,000) |
| Sales, Marketing & Branding | $ | (11,000,000) | $ | (76,000,000) |
| G&A | $ | (21,000,000) | $ | (95,000,000) |
| **Total Operating Expenses** | **$** | **(102,000,000)** | **$** | **(399,000,000)** |
| **EBITDA** | **$** | **(1,000,000)** | **$** | **237,000,000** |
| **Depreciation & Taxes** | | | | |
| Depreciation of Capital Assets | $ | (2,000,000) | $ | (7,000,000) |
| Taxes | $ | - | | TBD |
| **Net Income** | **$** | **(3,000,000)** | **$** | **230,000,000** |

Handwritten annotations:
- "900 stores / location" (near top)
- "Order flow / magnitude?" "Order down from / this last yr / more tests?" (near top)
- "47%" "160,000" "10,000" "60,000" (next to 2015 revenue lines)
- "208K/location"
- "42%" near Gross Profit 2015
- "12.8%" near R&D 2015
- "23%" / "40.3%" near EBITDA/Net Income 2015

Theranos Confidential

Trial Exh. 4859 Page 0001

RDV012671