**To:** Sunny Balwani[sbalwani@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Sat 11/8/2014 8:59:24 PM
**Importance:** Normal
**Subject:** RE: deffered rev
**Received:** Sat 11/8/2014 8:59:21 PM

yes

---

**From:** Sunny Balwani
**Sent:** Thursday, November 06, 2014 6:53 PM
**To:** Elizabeth Holmes
**Subject:** FW: deffered rev

we can chat about this over the weekend or tomorrow.

---

**From:** Danise Yam
**Sent:** Thursday, November 06, 2014 6:52 PM
**To:** Sunny Balwani
**Subject:** RE: deffered rev

| | | |
|---|---|---|
| Burn Association | 288,000.00 | |
| BC WYM | 5,000,000.00 | |
| CBC | 5,000,000.00 | |
| Celgene | 3,558,016.89 | |
| SFW | 55,000,000.00 | (include $25M AR) |
| WAG | 25,000,000.00 | |
| Grand Total | 93,846,016.89 | |

---

**From:** Sunny Balwani
**Sent:** Thursday, November 06, 2014 4:53 PM
**To:** Danise Yam
**Subject:** deffered rev

how do you calculate the $93m under deffered rev on our BS you sent me this week. thanks

Confidential                                                                                                          THPFM0000842239