Message

| | |
|---|---|
| **From**: | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBALWANI] |
| **Sent**: | 12/13/2014 1:50:09 AM |
| **To**: | Elizabeth Holmes [eholmes@theranos.com]; Danise Yam [dyam@theranos.com] |
| **Subject**: | RE: deferred revenue balance |

W 100

S 55

Wy 5

CBC 5

Celgene 3


**From:** Elizabeth Holmes
**Sent:** Friday, December 12, 2014 5:49 PM
**To:** Danise Yam; Sunny Balwani
**Subject:** RE: deferred revenue balance

Can you send the breakdown of the 168M

**From:** Danise Yam
**Sent:** Friday, December 12, 2014 5:46 PM
**To:** Sunny Balwani; Elizabeth Holmes
**Subject:** RE: deferred revenue balance

Hi Sunny,

Please kindly provide more details for Celgene. According to the contract, we recognize revenue upon shipment of analytes/cartridges, unless it was amended subsequently.

Thanks,
Danise

**From:** Sunny Balwani
**Sent:** Friday, December 12, 2014 5:38 PM
**To:** Danise Yam; Elizabeth Holmes
**Subject:** RE: deferred revenue balance

Confidential
THPFM0000675002

Celgene should be recognized in 2013 for sure. keep 165 as deferred for 2013 but in 2014, we will recognize atleast 100 of it...

**From:** Danise Yam
**Sent:** Friday, December 12, 2014 3:17 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** deferred revenue balance

After adding back $50M, the deferred revenue is $168M, including the additional $25M from Safeway that we could bill. The actual deferred revenue is $143M, including $3M from Celgene.

We should also determine if any of the Celgene contract can be recognized. The book does not reflect any because it was determined that revenue would be recognized based on analytes shipped (not a choice but based on accounting literature).

Thanks!

Danise Yam
Corporate Controller
Theranos, Inc

T: 650 470 6204
F: 650 838 9165

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304 650-838-9292     www.theranos.com