UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 8, 2022  **Time:** 9:10am-11:59am;  **Judge:** Edward J. Davila
**Total Time:** (2 hrs, 49 min)

**Case No.:** 18-cr-00258-EJD-2   **Case Name:** UNITED STATES v. Ramesh "Sunny" Balwani (P) (NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar

**Attorney for Defendant:** Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Shawn Estrada

**Deputy Clerk:** Cheré Robinson   **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A   **Probation Officer:** N/A

**PROCEEDINGS – STATUS CONFERENCE RE REVIEW OF JURY QUESTIONNAIRES**

Defendant is present and out of custody. Hearing held.

The Court conducted a further status conference regarding review of the list of prospective jurors that should be excused for hardship or cause. The Court ordered the excusal of the prospective jurors identified on the record and upon further stipulation of counsel.

**JURY SELECTION TO BEGIN March 9, 2022, at 9:00 a.m.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either (1) relevant to the defendant's guilt or punishment or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**EXCLUDABLE DELAY: Previously Ordered**
Category – Effective preparation of Counsel
Ends: March 9, 2022

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Chere Robinson**
**Courtroom Deputy**
**Original: Efiled**