UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

### TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
### CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   March 9, 2022
Time in Court:   8:58 A.M. – 9:14 A.M.; 9:47 A.M. – 10:51 A.M.;
11:08 A.M. – 12:13 P.M.; 12:47 A.M. – 1:35 P.M.;
1:38 P.M. – 2:00 P.M.; 2:02 P.M. – 2:03 P.M.; 2:08 P.M. – 3:25 P.M.;
3:38 P.M. – 4:55 P.M.; 4:58 P.M. – 5:00 P.M.
**(TOTAL time:  6 hrs, 14  min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent – Chris McCollow
Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                  Shawn Estrada
Also present: Jury Consultant – David Parrot
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:  Jury Selection (Day 1)**

Jury Selection held.  Further Jury Selection to be held March 10, 2022, to begin at 10:00 a.m. Counsel's presence for 9:00 a.m.

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **N/A**
Defendants:  **N/A**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name: *United States v. Ramesh Sunny Balwani*
Case No: 5:18- CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: March 9, 2022 | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:58 am | Court in session outside presence of Prospective Jury – Defendant is present |
| | | | Court addresses housekeeping matters of the parties |
| | | 9:13 am | Court requests prospective jurors come to courtroom for jury selection |
| | | 9:13 am | Court takes recess for jurors to come to courtroom |
| | | 9:47 am | Court in session, prospective jurors are seated and sworn |
| | | 9:48 am | Jury selection begins |
| | | 10:50 am | Prospective jurors released for break |
| | | 10:51 am | Court takes recess for 17 min |
| | | 11:08 am | Jurors seated. Court in session; jury selection resumes |
| | | 12:11 pm | Prospective jurors released for lunch break; |
| | | | Court in session with counsel outside of presence of prospective jurors |
| | | 12:13 | Court takes lunch recess |
| | | 12:47 | Court in session with counsel outside of presence of prospective jurors. |
| | | | Defense moves to dismiss entire panel of prospective jurors; argument heard. Court denies Defendant's oral motion. |
| | | 1:14 pm | Court states on record excusal of jurors for hardship and/or cause |

| TRIAL DATE: March 9, 2022 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:35 | Court takes recess. | |
| | | 1:38 pm | Court conducts voir dire with prospective juror #47 | |
| | | 1:59 pm | Court in session with counsel outside of presence of prospective jurors; Court states on record the excusal of prospective juror #47 | |
| | | 2:00 pm | Court takes recess | |
| | | 2:02 pm | Court addresses counsel | |
| | | 2:03 pm | Court takes recess | |
| | | 2:08 pm | Prospected jurors return to courtroom and jury selection continues | |
| | | 2:10 pm | Government begins voir dire of jury panel | |
| | | 2:24 pm | Defense conducts voir dire of jury panel | |
| | | 4:10 pm | Court conducts side bar to address additional voir dire to selected prospective jurors | |
| | | 4:11 pm | Court in session; counsel, defendant and prospective jurors present | |
| | | 4:13 pm | Prospective panel leaves courtroom; prospective jurors 1, 72, 69, and 77 remain for further questioning | |
| | | 4:16 pm | Court conducts further voir dire of prospective juror #1 | |
| | | 4:18 pm | Court conducts further voir dire of prospective juror #69 | |
| | | 4:23 pm | Court conducts further voir dire of prospective juror #72 | |
| | | 4:35 pm | Court conducts further voir dire of prospective juror #77 | |
| | | 4:47 pm | prospective jurors released to await further instructions; Court in session with counsel out of presence of prospective jurors; Court states on record those prospective jurors excused for cause | |
| | | 4:55 pm | Court takes recess | |
| | | 4:58 pm | Court in session with counsel outside presence of jury to conduct housekeeping matters | |

| TRIAL DATE: March 9, 2022 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 5:00 pm | Court adjourned for the day.  Further Jury Selection with Group 2 scheduled for Thursday, March 10, 2022, at 10:00am with prospective jurors seated; counsel's presence for 9:00 a.m. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |