**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

# TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
# CASE NUMBER:  5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   March 10, 2022

Time in Court:          9:18-9:30 AM; 10:22 AM – 12:12 PM; 12:33-2:30 PM; 2:45-2:55 PM
3:01-3:04 PM; 3:05-4:10 PM
          **(TOTAL time:  5 hrs, 7  min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent – Chris McCollow

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                  Shawn Estrada; Amanda McDowell
Also present: Jury Consultant – David Parrot
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:  Jury Selection (Day 2)**

Further Jury Selection held March 10, 2022.

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **N/A**
Defendants:  **N/A**

Cheré Robinson
Courtroom Deputy
Original: <strong>E-Filed</strong>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

## TRIAL LOG

| TRIAL DATE: March 10, 2022 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:18 am | Court in session outside presence of Prospective Jury – Defendant is present | |
| | | | Court requests prospective juror 153 to Courtroom | |
| | | 9:20 am | Prospective juror 153 present; Court conducts voir dire of prospective juror 153 | |
| | | 9:28 am | Prospective juror 153 leaves courtroom. | |
| | | 9:29 am | Court excuses prospective juror 153 for hardship; | |
| | | | Court requests prospective jurors come to courtroom for jury selection | |
| | | 9:30 am | Court takes recess for jurors to come to courtroom | |
| | | 10:22 am | Court in session, prospective jurors are seated and sworn | |
| | | | Jury selection begins; Court conducts voir dire | |
| | | 10:25 am | Government introductions to prospective jurors | |
| | | 10:27 am | Defense introductions to prospective jurors | |
| | | | Court continues voir dire | |
| | | 10:31 | Counsel stipulates not to read entire witness list into the record | |
| | | 11:58 | Prospective jurors released for break; prospective jurors 111 and 152 remain | |
| | | 11:59 | Court conducts individual voir dire of prospective juror 152 | |

| TRIAL DATE: March 10, 2022 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:02 pm | Prospective juror 152 excused for hardship; Court conducts individual voir dire of prospective juror 111 | |
| | | 12:07 pm | Defense conducts voir dire of prospective juror 111 | |
| | | 12:08 pm | Prospective juror 111 excused for cause; prospective juror 12 enters courtroom and court conducts individual voir dire | |
| | | 12:11 pm | Court excuses prospective juror 12 for hardship | |
| | | 12:12 pm | Court takes recess for 21 min | |
| | | 12:33 pm | Court in session with counsel outside presence of prospective jurors. Court and parties discuss hardships and cause excusals. Court states on record excusals for hardship and/or cause | |
| | | 12:46 pm | Prospective jurors arrive and seated. Court continues voir dire | |
| | | 1:21 pm | Government conducts voir dire | |
| | | 1:28 pm | Defense conducts voir dire | |
| | | 2:24 pm | Prospective jurors leave courtroom | |
| | | 2:25 pm | Court in session with counsel outside of presence of prospective jurors | |
| | | 2:30 pm | Court recesses for 15 min | |
| | | 2:45 pm | Court in session with counsel outside presence of prospective jurors | |
| | | 2:55 pm | Court requests return of prospective jurors 108, 125, 131, 134, 165, 162 and 179, and remainder of panel 2 release to await further instructions | |
| | | | Pause in proceedings | |
| | | 3:01 pm | prospective jurors 108, 125, 131, 165, 162 and 179 enter courtroom; proceedings continue | |
| | | 3:04 pm | Pause in proceedings | |
| | | 3:05pm | Prospective juror 134 arrives and is seated | |

3

| TRIAL DATE:<br>March 10, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 3:08 pm | Defense questions prospective jurors |
| | | 3:12 pm | Government questions prospective jurors |
| | | 3:13 pm | Court releases prospective jurors 108, 125, 131, 134, 165 and 179 to await further instructions.  Prospective jurors 161 and 162 remain |
| | | 3:14 pm | Sidebar conference with counsel |
| | | 3:28 pm | Prospective juror 162 enters side bar for further questioning |
| | | 3:32 pm | Prospective juror 162 released to await further instructions |
| | | 3:33 pm | Prospective juror 161 joins sidebar for further questioning. |
| | | 3:42 pm | Prospective juror 161 released to await further instructions; side-bar discussion ends |
| | | 3:44 pm | Court in session with counsel outside presence of jury to conduct further discussion of potential excusals for hardship and/or cause |
| | | 3:46 pm | Court excuses prospective juror 112 |
| | | 4:08 pm | Court requests prospective jurors 10, 34, 48, 80, 82 and 83 return for further questioning |
| | | 4:10 pm | Court adjourned for the day.  Further questioning of prospective jurors 10, 34, 48, 80, 82 and 83 set for 10:00am on March 10, 2022 |
| | | | |
| | | | |
| | | | |