# Steve Zansberg

| | |
|---|---|
| **From:** | Steve Zansberg |
| **Sent:** | Friday, February 4, 2022 1:12 PM |
| **To:** | Adriana Kratzmann |
| **Cc:** | John Cline; Walsh, Amy; Brecher, Aaron; Downey, Kevin; Wade, Lance; Schenk, Jeffrey (USACAN); Bostic, John (USACAN); Leach, Robert (USACAN); Coopersmith, Jeffrey; Saharia, Amy; ktrefz_wc.com; Volkar, Kelly (USACAN) |
| **Subject:** | United States v. Holmes/Balwanit, No. 18-cr--00258-EJD |

Dear Ms. Kratzmann:

Good afternoon. As you know, I represent Dow Jones & Company, publisher of The Wall Street Journal. I write today to inquire about the letter I submitted on Dow Jones' behalf on January 4, 2022, in which I respectfully asked the Court to unseal a number of court filings and transcripts in the *U.S. v. Holmes* case. To date, no action has been taken on that request. If the Court would prefer that Dow Jones submit a formal Motion to Unseal, please advise and we will get one on file A.S.A.P.

Also, on January 31, 2022, seven filings (Docs. 1308 -1314) were entered on the docket designated merely as "SEALED DOCUMENT." This appears to violate the Court's Order of August 28, 2021 (Doc. 965) at 7:23 - 8:2. We are not aware of any subsequent Order that authorizes the use of such non-descript titles in the public docket. The same applies to Docs. 1050, 1050-1 through 1050-13, 1051, 1052, 1122, 1123, 1159, 1182, 1207, 1215, 1227 and 1228. Accordingly, Dow Jones hereby respectfully requests that all of those filings be properly identified, in accordance with Doc. 965, and that the Court remind the parties that, going forward, they are prohibited from filing documents with non-descript titles. Doing so will obviate the need for my clients to submit this type of request and/or further motions to unseal the docket.

Thank you. Have a wonderful weekend

Best,
Steve

LAW OFFICE OF
STEVEN D. ZANSBERG, LLC
100 Fillmore Street, Suite 500
Denver, CO 80206
303.385.8698
www.zansberglaw.com

---

**From:** Steve Zansberg
**Sent:** Tuesday, January 4, 2022 9:12 AM
**To:** Adriana Kratzmann <Adriana_Kratzmann@cand.uscourts.gov>
**Cc:** John Cline <cline@johndclinelaw.com>; Walsh, Amy <awalsh@orrick.com>; Brecher, Aaron <abrecher@orrick.com>; Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Coopersmith, Jeffrey <jcoopersmith@orrick.com>; Saharia, Amy <ASaharia@wc.com>; ktrefz_wc.com <ktrefz@wc.com>; Volkar, Kelly (USACAN) <Kelly.Volkar@usdoj.gov>
**Subject:** United States v. Holmes, No. 18-cr--00258-EJD

Dear Ms. Kratzmann:

1

Good morning.   Please confirm that you have received this email message and can successfully access the attached letter to Judge Davila's attention. Thank you.

Best,
Steve

LAW OFFICE OF
STEVEN D. ZANSBERG, LLC

100 Fillmore Street, Suite 500
            Denver, CO  80206
              303.385.8698
       www.zansberglaw.com