1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Email:  Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,           )  Case No. 18-CR-00258 EJD
                                       )
15       Plaintiff,                    )  STIPULATION REGARDING CERTAIN
                                       )  EXHIBITS
16    v.                               )
                                       )
17 RAMESH BALWANI,                     )
                                       )
18       Defendant.                    )
                                       )
19 _____       )

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING CERTAIN EXHIBITS
CASE NO. 18-CR-258 EJD

1    The United States and Ramesh Balwani, through undersigned counsel, hereby stipulate and agree

2  as follows:

3    1.    Exhibit 5387 is an Excel spreadsheet of text, SMS, or Skype messages involving Ramesh

4  Balwani and Elizabeth Holmes.  Exhibit 5387 and all individual messages therein on the dates and times

5  shown are authentic for the purposes of Federal Rules of Evidence 901(i.e., they accurately depict the

6  date and time of individual messages and the sender and recipient(s) of individual messages) and are

7  admissible over any objections as to authenticity or best evidence.  The parties reserve all other

8  objections to Exhibit 5387 and individual messages contained in Exhibit 5387.

9    2.    Emails to or from email addresses with the domain @theranos.com that were sent or

10  received by Theranos personnel and bear the bates prefixes HOLMES, THER-, THERDOJ-, THPFM-,

11  THER-AZ-, TS-, and TS2-, and produced in discovery in this matter prior to February 18, 2022, are true

12  and correct copies of emails stored, collected, and/or produced by Theranos.  Such documents are

13  authentic for the purposes of Federal Rules of Evidence 901 and 902 and are admissible over any

14  objections as to authenticity or best evidence.   The parties reserve all other objections to individual

15  emails.

16    3.    The following video exhibits are authentic for the purposes of Federal Rules of Evidence

17  901 and 902 and are admissible over any objections as to authenticity or best evidence. The parties

18  reserve all other objections to these exhibits.

19       (a)    Exhibit 1221 is a true and correct copy of a video interview of Elizabeth Holmes

20             on or about November 6, 2013, by Caitlin Roper of *Wired*.

21       (b)    Exhibit 1253 is a true and correct copy of a video interview of Elizabeth Holmes

22             on or about October 30, 2013, by Eric Topol of Medscape.

23       (c)    Exhibit 1616 is a true and correct copy of a video of proceedings before the

24             Arizona Senate Health and Human Services Committee, including statements by

25             Ramesh Balwani, on or about March 12, 2014.

26       (d)    Exhibit 3727 is a true and correct copy of a TEDMED talk by Elizabeth Holmes

27             on or about September 20, 2014.

28

STIPULATION REGARDING CERTAIN EXHIBITS
CASE NO. 18-CR-258 EJD                                    1

1       (e)    Exhibit 2274 is a true and correct copy of a video interview of Elizabeth Holmes

2               on or about December 2, 2014, by Pattie Sellers of *Fortune*.

3       (f)    Exhibit 2283 is a true and correct copy of a video interview of Ken Auletta on or

4               about December 12, 2014, by CNBC.

5       (g)    Exhibit 2431 is a true and correct copy of a video interview of Elizabeth Holmes

6               and Toby Cosgrove on or about March 9, 2015, by Maria Bartiromo of Fox

7               Business.

8       (h)    Exhibit 2476 is a true and correct copy of a news report aired on CBS on or about

9               April 16, 2015, including statements by Elizabeth Holmes.

10      (i)    Exhibit 2851 is a true and correct copy of a video interview of Elizabeth Holmes

11              on or about October 15, 2015, by Jim Cramer of CNBC.

12      (j)    Exhibit 2889 is a true and correct copy of a video interview of Elizabeth Holmes

13              on or about October 21, 2015, by Jonathan Krim of *The Wall Street Journal*.

14      (k)    Exhibit 3716 is a true and correct copy of a video interview of Elizabeth Holmes

15              on or about October 26, 2015, by Toby Cosgrove.

16      (*l*)    Exhibit 2949 is a true and correct copy of a video interview of Elizabeth Holmes

17              on or about November 2, 2015, by Alan Murray of *Fortune*.

18      (m)    Exhibit 3152 is a true and correct copy of a news report aired on NBC on or about

19              April 18, 2016, including statements by Elizabeth Holmes.

20  DATED:  March 11, 2022              Respectfully submitted,

21                                STEPHANIE M. HINDS
                                  United States Attorney

22

23                                  /s/ Robert S. Leach

24                              ROBERT S. LEACH
                                JEFF SCHENK

25                              JOHN C. BOSTIC
                                KELLY I. VOLKAR

26                              Assistant United States Attorneys

27

28

1

2   DATED:  March 11, 2022                              ORRICK, HERRINGTON &
                                                        SUTCLIFFE LLP
3
                                                             /s/ Amy Walsh
4                                                       _____
                                                        JEFFREY B. COOPERSMITH
5                                                       AMY WALSH
                                                        STEPHEN A. CAZARES
6                                                       Counsel for Defendant
                                                        Ramesh "Sunny" Balwani
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28