UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 18-CR-00258 EJD |
| Plaintiff, | ) TRIAL STIPULATION NO. 1 |
| v. | ) |
| RAMESH BALWANI, | ) |
| Defendant. | ) |

TRIAL STIPULATION NO. 1
CASE NO. 18-CR-258 EJD

The United States and Ramesh Balwani, through undersigned counsel, hereby stipulate and agree as follows:

1. In 2013 and 2014, Theranos maintained a bank account at Comerica Bank. During this time period, Theranos received money via the wire transfers listed below from the bank accounts listed below to Theranos's Comerica account. These funds were transmitted by wires in interstate commerce, within the meaning of 18 U.S.C. § 1343, via the Fedwire Funds Service operated by the Federal Reserve Bank of New York. Each wire is an interstate wire communication.

| Date | Amount of Wire Transfer | From | To |
|---|---|---|---|
| 12/30/2013 | $99,990 | Alan Eisenman's Charles Schwab / Wells Fargo Bank account | Theranos's Comerica Bank account |
| 12/31/2013 | $5,349,900 | Black Diamond Ventures' Pacific Western Bank account | Theranos's Comerica Bank account |
| 12/31/2013 | $4,875,000 | Hall Phoenix / Inwood Ltd's Texas Capital Bank account | Theranos's Comerica Bank account |
| 2/6/2014 | $38,336,632 | PFM Healthcare Master Fund, L.P.'s Citibank account | Theranos's Comerica Bank account |
| 10/31/2014 | $99,999,984 | Lakeshore Capital Management, LP's Northern Chicago Bank account | Theranos's Comerica Bank account |
| 10/31/2014 | $5,999,997 | Mosley Family Holdings LLC's JP Morgan Chase account | Theranos's Comerica Bank account |
| 8/3/15 | $1,126,661 | Theranos's Wells Fargo Bank account | Horizon Media's J.P. Morgan Chase Bank account |

DATED: March 11, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Robert S. Leach
_____
ROBERT S. LEACH
JOHN C. BOSTIC
JEFF SCHENK
Assistant United States Attorneys

DATED: March 11, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Amy Walsh
_____
JEFFREY B. COOPERSMITH
AMY WALSH
STEPHEN A. CAZARES
Counsel for Defendant
Ramesh "Sunny" Balwani

TRIAL STIPULATION NO. 1
CASE NO. 18-CR-258 EJD                    2