# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
## CASE NUMBER: 5:18-CR-00258-2 EJD

### Minute Order and Trial Log

Date:   March 11, 2022
Time in Court:        9:18-9:22 AM; 9:24-11:45 AM; 1:06-3:22 PM

**(TOTAL time:** 4 hrs, 41 min.**)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Agent – Chris McCollow

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Shawn Estrada, Sachi Schuricht, Aaron Brecher,
                                 Amanda McDowell
Also present: Jury Consultant – David Parrot
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Motion Hearing:  1 hr, 5 min** (9:18-9:22 AM; 9:24-10:25 AM):

Hearing held on ECF No. 1327 - Defendant's Motion to Exclude.  Argument from counsel heard.  Court takes matter under submission.

**Jury Selection (Day 2): 3 hrs, 36 min** (10:25-11:45 AM; 1:06-3:22 PM)

Further Jury Selection held March 11, 2022.  Further Jury Selection scheduled for 10:00 AM on March 14, 2022.

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **N/A**
Defendants:  **N/A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: March 11, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 10:25 am | Court in session, outside of presence of prospective jurors |
| | | 10:43 am | Six prospective jurors have returned and are seated for questioning |
| | | 10:44 am | Court addresses prospective jurors |
| | | 10:46 am | Defense questions prospective jurors |
| | | 10:51 am | Court release prospective juror 48 to await further instructions |
| | | 10:54 am | Side-Bar conferences to question individually prospective jurors |
| | | 11:38 am | Prospective jurors released to await further instructions |
| | | 11:45 am | Court recesses for 83 min |
| | | 1:06 pm | Court in session outside of prospective jurors |
| | | 1:11 pm | Court and counsel discuss excusing certain prospective jurors for hardship |
| | | 1:58 pm | Court and counsel discuss peremptory challenge process |
| | | 2:28 pm | Counsel conducts peremptory challenges for seated jurors |
| | | 2:54 pm | Counsel confirms selection of jury |
| | | 3:00 pm | Clerk reads selection of 12 seated jurors into record |
| | | 3:02 pm | Counsel conducts peremptory challenge for alternate jurors |
| | | 3:19 pm | Counsel confirms selection of alternate jurors, and Clerk reads selection of alternate jurors.  Court sets swearing in and preliminary instructions for Monday, March 14, 2022, at 10:00 AM |
| | | 3:22 pm | Court adjourns. |