JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH BALWANI'S MOTION FOR DISMISSAL**<br><br>Judge: Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On March 15, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to dismiss the Third Superseding Indictment or, in the alternative, to provide other remedies for the government's discovery violation.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion. IT IS HEREBY ORDERED that the Third Superseding Indictment is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE