1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:   (415) 773-5700
5  Facsimile:   (415) 773-5759

6  Email: jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>  Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF AMY WALSH RE: DEFENDANT RAMESH BALWANI'S MOTION FOR DISMISSAL OR FOR OTHER REMEDIES**<br><br>Judge:  Honorable Edward J. Davila |

## DECLARATION OF AMY WALSH

I, Amy Walsh, declare as follows:

1. I am counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted *pro hac vice* in the above-captioned matter, and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP.

2. Attached as **Exhibit 1** is a copy of an April 2, 2021 letter from Jeffrey Coopersmith to counsel for the government.

3. Attached as **Exhibit 2** is a copy of a March 8, 2022 email from Assistant United States Attorney Casey Boome to Stephen Cazares and Jennifer Cygnor.

4. Attached as **Exhibit 3** is a copy of transcript excerpts from the February 8, 2022 hearing on Mr. Balwani's Motions in Limine and Motion to Suppress.

5. Attached as **Exhibit 4** is a copy of a March 30, 2021 letter from Lance Wade to counsel for the government, copying Jeffrey Coopersmith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 15, 2022 at San Jose, California.

*s/ Amy Walsh*
AMY WALSH

1

Walsh Decl. ISO Motion
for Dismissal or Other Remedies
Case No. 18-CR-00258-EJD