JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 5:18-cr-00258-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR DISMISSAL OR OTHER REMEDIES [DKT. 1357]**<br><br>Hon. Edward J. Davila |

1	 1.	The government and counsel for Mr. Balwani have met and conferred and stipulate to the following changes to the hearing date and deadlines for an opposition and reply relating to Mr. Balwani's motion for dismissal or other remedies (Dkt. 1357).

2.	The parties agree to re-note the motion from March 22, 2022 to March 29, 2022 at 8:30 a.m. or as soon thereafter as convenient for the Court.

3.	The government's opposition shall be due no later than March 22, 2022.

4.	Mr. Balwani's reply shall be due no later than March 25, 2022.

**IT IS SO STIPULATED.**

DATED: March 18, 2022				Respectfully submitted,

						ORRICK, HERRINGTON & SUTCLIFFE LLP


						/s/ Jeffrey B. Coopersmith
						JEFFREY B. COOPERSMITH
						Attorney for Defendant
						RAMESH "SUNNY" BALWANI


DATED: March 18, 2022				Respectfully submitted,

						STEPHANIE M. HINDS
						United States Attorney

						/s/ Robert S. Leach
						ROBERT S. LEACH
						JEFF SCHENK
						JOHN C. BOSTIC
						KELLY VOLKAR
						Assistant United States Attorneys

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated: March ___, 2022

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE