1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759

6  Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7
   Attorneys for Defendant
8  RAMESH "SUNNY" BALWANI

9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14

   UNITED STATES OF AMERICA,              Case No. 5:18-cr-00258-EJD
15
                  Plaintiff,              **STIPULATION AND [PROPOSED]**
16                                        **ORDER RE: BRIEFING SCHEDULE**
          v.                              **FOR DEFENDANT'S MOTION FOR**
17                                        **DISMISSAL OR OTHER REMEDIES**
   RAMESH "SUNNY" BALWANI,                **[DKT. 1357]**
18
                  Defendant.             Hon. Edward J. Davila
19

20

21

22

23

24

25

26

27

28

1    1.    The government and counsel for Mr. Balwani have met and conferred and stipulate

2  to the following changes to the hearing date and deadlines for an opposition and reply relating to

3  Mr. Balwani's motion for dismissal or other remedies (Dkt. 1357).

4    2.    The parties agree to re-note the motion from March 22, 2022 to March 29, 2022 at

5  8:30 a.m. or as soon thereafter as convenient for the Court.

6    3.    The government's opposition shall be due no later than March 22, 2022.

7    4.    Mr. Balwani's reply shall be due no later than March 25, 2022.

8

9    **IT IS SO STIPULATED.**

10

11  DATED:  March 18, 2022                          Respectfully submitted,

12                                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

13

14                                                  /s/ Jeffrey B. Coopersmith

15                                                  JEFFREY B. COOPERSMITH
                                                    Attorney for Defendant
16                                                  RAMESH "SUNNY" BALWANI

17

18  DATED:  March 18, 2022                          Respectfully submitted,

19                                                  STEPHANIE M. HINDS
                                                    United States Attorney
20

21                                                  /s/ Robert S. Leach

22                                                  ROBERT S. LEACH
                                                    JEFF SCHENK
23                                                  JOHN C. BOSTIC
                                                    KELLY VOLKAR
24                                                  Assistant United States Attorneys

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RE: BRIEFING SCHEDULE
CASE NO. 5:18-CR-00258-EJD

1

2
## ~~[PROPOSED]~~ ORDER

3
Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

4

Dated:  March 18, 2022

5
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER
RE: BRIEFING SCHEDULE
CASE NO. 5:18-CR-00258-EJD