# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
## CASE NUMBER: 5:18-CR-00258-2 EJD

### Minute Order and Trial Log

Date:   March 14, 2022
Time in Court:        10:09 AM -12:19 PM; 12:21-12:32 PM

**(TOTAL Time:  2 hrs, 21 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:   Agents – Chris McCollow, Mario Scussel, George Scavdis
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Shawn Estrada, Aaron Brecher, Molly McCafferty,
                                 Sachi Schuricht
Also present: Jury Consultant – David Perrott
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Selection (Day 4):**

Further Jury Selection held March 14, 2022.  Further Jury Selection scheduled for 10:00 AM on March 15, 2022.

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **N/A**
Defendants:  **N/A**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: March 14, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 10:09 am | Court in session, outside of presence of prospective jurors |
| | | 10:18 am | Prospective juror 101 has returns for questioning |
| | | | Court addresses prospective juror 101 |
| | | 10:20 am | Prospective juror 101 exits courtroom |
| | | 10:26 am | Prospective juror 26 has returns for questioning |
| | | | Prospective juror 26 exits courtroom |
| | | 10:26 am | Court in session, outside of presence of prospective jurors |
| | | 10:29 am | Prospective juror 131 has returns for questioning |
| | | | Court addresses prospective juror 131 |
| | | 10:31 am | Prospective juror 131 exits courtroom |
| | | 10:34 am | Prospective juror 133 has returns for questioning |
| | | | Court addresses prospective juror 133 |
| | | 10:36 am | Prospective juror 133 exits courtroom |
| | | 10:38 am | Prospective juror 134 has returns for questioning |
| | | 10:39 am | Court addresses prospective juror 134 |
| | | 10:43 am | Prospective juror 134 exits courtroom |
| | | 10:47 am | Court in session, outside of presence of prospective jurors |
| | | 12:12 pm | Court excuses prospective jurors 26, 101 and 134 for hardship |

| TRIAL DATE: March 14, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:19 pm | Court recesses for 2 minutes | |
| | | 12:21 pm | Court in session, outside of presence of prospective jurors | |
| | | 12:24 pm | Court discusses prospective juror 182 | |
| | | 12:28 pm | Court excuses prospective juror 182 for hardship | |
| | | | Court requests Jury Commission to summon Third Panel of prospective jurors to report 3/15/2022 | |
| | | 12:32 pm | Court adjourned | |

3