# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
## CASE NUMBER: 5:18-CR-00258-2 EJD

### Minute Order and Trial Log

Date:   March 15, 2022
Time in Court:  8:41-9:04 AM; 9:28-11:19 AM; 11:40 AM – 1:06 PM; 1:20-3:27 PM;
                3:47-5:14 PM

**(TOTAL time: 8 hrs, 5 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach; Kelly Volkar
Also present:   Agents – Chris McCollow, Mario Scussel, George Scavdis
                Paralegals – Maddi Wachs, Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                  Shawn Estrada, Sachi Schuricht, Amanda McDowell
Also present: Jury Consultant – David Perrott
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Selection (Day 5):**

Further Jury Selection held March 15, 2022.  Trial set for March 16, 2022.

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **N/A**
Defendants:  **N/A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: March 15, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:41 am | Court in session, outside of presence of prospective jurors | |
| | | 8:42 am | Court strikes jurors 188, 190, 192, 194, 223 and 240 for hardship | |
| | | 8:49 am | Discussion of juror 131 | |
| | | 9:04 am | Court recesses for 24 min | |
| | | 9:28 am | Prospective Jury Panel arrives; panel sworn | |
| | | 9:29 am | Court addresses panel | |
| | | 9:31 am | Counsel introductions | |
| | | 9:33 am | Court continues address to panel | |
| | | 9:45 am | Court voir dire of panel and individual jurors | |
| | | 11:15 am | Prospective Panel out | |
| | | 11:16 am | Court and counsel in session out of presence of prospective panel | |
| | | 11:19 am | Recess for 21 minutes for counsel to confer | |
| | | 11:40 am | Court and counsel in session out of presence of prospective jurors and discuss hardship excusals | |
| | | 11:42 am | Court excuses juror 202 for hardship | |
| | | 11:57 am | Juror 236 enters courtroom and is questioned by Court | |
| | | 12:07 pm | Juror 236 leaves courtroom; court and counsel in session out of presence of panel.  Court excuses juror 236 for cause | |
| | | 12:14 pm | Court excuses juror 236 for cause and excuses 222 for hardship | |
| | | 12:15 pm | Prospective panel enters courtroom and is seated | |

2

| **TRIAL DATE: March 15, 2022** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:16 pm | Government begins voir dire of panel | |
| | | 12:27 pm | Defense begins voir dire of panel | |
| | | 1:02 pm | Panel takes break and exits courtroom; Court and counsel in session out of presence of prospective jurors | |
| | | 1:06 pm | Court recesses for 14 min | |
| | | 1:20 pm | Panel returns and is seated. | |
| | | 1:21 pm | Side-bar conferences begin | |
| | | 1:22pm | Court and counsel begin individual private questioning of jurors | |
| | | | Juror 191 enters side-bar | |
| | | 1:42 pm | Juror 191 exists side-bar | |
| | | 1:42 pm | Juror 195 enters side-bar | |
| | | 1:48 pm | Juror 195 exists side-bar | |
| | | 1:49 pm | Juror 196 enters side-bar | |
| | | 1:56 pm | Juror 196 exists side-bar | |
| | | 1:57 pm | Juror 198 enters side-bar | |
| | | 2:02 pm | Juror 198 exists side-bar | |
| | | 2:03 pm | Juror 205 enters side-bar | |
| | | 2:05 pm | Juror 205 exists side-bar | |
| | | | Juror 207 enters side-bar | |
| | | 2:19 pm | Juror 207 exists side-bar; juror 210 enters side-bar | |
| | | 2:32 pm | Juror 210 exists side-bar | |
| | | 2:59 pm | Juror 209 enters side-bar | |
| | | 3:05 pm | Juror 209 exists side-bar | |
| | | | Court excuses 209 for cause | |

| **TRIAL DATE: March 15, 2022** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:22 pm | End side-bar discussion | |
| | | 3:24 pm | Court in session with prospective panel | |
| | | | Jury escorted to jury room | |
| | | 3:27 pm | Court recesses for 20 min | |
| | | 3:47 pm | Court in session out of presence of prospective jury panels | |
| | | 3:51 pm | Court excuses juror 131 for hardship | |
| | | 4:07 pm | Jury selection begins | |
| | | 4:20 pm | Counsel selects 12 seated jurors | |
| | | | Clerk reads selected jurors into record | |
| | | 4:21 pm | Selection process for six alternate jurors begin | |
| | | 4:37 pm | Counsel selects six alternate jurors | |
| | | | Clerk reads selected alternate jurors into record | |
| | | 4:40 pm | Court recesses for 8 min | |
| | | 4:48 pm | Prospective jury panels in and are seated | |
| | | 4:56 pm | Court in session in presence of prospective panels | |
| | | 4:57 pm | Selected jurors sworn | |
| | | | Alternate jurors sworn | |
| | | 5:01 pm | Court excuses remaining panel | |
| | | | Court requests juror 131 remain for comments | |
| | | 5:06 pm | Juror 131 departs | |
| | | | Court addresses seated jurors and alternates | |
| | | 5:08 pm | Court admonishes Jury | |
| | | 5:11 pm | Jury exists courtroom for discussion with Clerk | |

4

| TRIAL DATE: March 15, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 5:14 pm | Court adjourned | |