UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 16, 2022  **Time:** 9:16-9:22 am  **Judge:** Edward J. Davila
**Total Time:** 6 min
**Case No.:** 18-cr-00258-EJD-2  **Case Name:** *UNITED STATES v. Ramesh Sunny Balwani* (P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
  **Also Present:**  Paralegals:  Maddi Wachs, Sara Slattery
        Agents:  Christopher McCollow, Mario Scussel, George Scavdis
**Attorney for Defendant:** Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Molly McCafferty, Shawn Estrada, Aaron Brecher, Amanda McDowell
  **Also Present:**  Paralegal:  Jennifer Cygnor
        Jury Consultant:  David Perrott

**Deputy Clerk:** Cheré Robinson        **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A        **Probation Officer:** N/A

**PROCEEDINGS – JURY TRIAL**
**(Procedural Matters Only)**

Defendant is present and out of custody.

Jurors seated.  Court discusses procedural matters only.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled