JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-00258-EJD |
| Plaintiff, | **DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT MARCH 21, 2022 STATUS CONFERENCE** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | Hon. Edward J. Davila |

1    The undersigned defendant hereby waives the right to be present in court at the Status

2  Conference, scheduled for March 21, 2022 at 2:00 PM.  The undersigned defendant further agrees

3  that his interests will be deemed represented at the March 21 hearing by the presence of his

4  attorneys, the same as if the defendant himself was personally present in court.

5

6  DATED: March 21, 2022

7

8

9  _____

10                                     RAMESH "SUNNY" BALWANI

11

12  DATED: March 21, 2022

13

14                                     _____ */s/ Jeffrey Coopersmith*_____

15                                     JEFFREY B. COOPERSMITH

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT
MARCH 21, 2022 STATUS CONFERENCE
18-CR-00258-EJD

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 21, 2022 a copy of this filing was delivered via ECF on all counsel of record.

                                    *s/ Jeffrey Coopersmith*
                                    JEFFREY B. COOPERSMITH
                                    Attorney for Ramesh "Sunny" Balwani