1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:     +1-415-773-5759

6
   Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
7  scazares@orrick.com

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10
11                        UNITED STATES DISTRICT COURT
12                      NORTHERN DISTRICT OF CALIFORNIA
13                               SAN JOSE DIVISION
14

| 15 | UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
|---|---|---|
| 16 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBIT 2931** |
| 17 | v. | |
| 18 | RAMESH "SUNNY" BALWANI, | |
| 19 | Defendant. | Judge:   Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On March 21, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to exclude Trial Exhibit 2931.

The Court, having reviewed the motion, the governing law, and the argument of the parties, finds good cause and hereby **GRANTS** Mr. Balwani's motion.

IT IS HEREBY ORDERED that the government shall not introduce Trial Exhibit 2931 at trial.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE