1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:     (415) 773-5700
5  Facsimile:     (415) 773-5759

6  Email: jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,             Case No. 18-CR-00258-EJD

15            Plaintiff,                  **DECLARATION OF JEFFREY B. COOPERSMITH RE: DEFENDANT RAMESH BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBIT 2931**
16       v.

17  RAMESH "SUNNY" BALWANI,

18            Defendant.                  Judge:  Honorable Edward J. Davila

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JEFFREY B. COOPERSMITH**

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted to practice in the State of California, a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Mr. Balwani. I submit this declaration in support of Mr. Balwani's motion to exclude Trial Exhibit 2931 ("TX2931").

2. Attached as **Exhibit 1** is a true and correct copy of TX2931, a series of emails between Erika Cheung and Gary Yamamoto between September 19, 2015 and October 29, 2015, redacted to protect personal identifying information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 21, 2022 at San Jose, California.

*/s/ Jeffrey B. Coopersmith*
JEFFREY B. COOPERSMITH