# EXHIBIT 1
# To Declaration Of Jeffrey Coopersmith



---------- Forwarded message ----------
From: **Yamamoto, Gary K. (CMS/CQISCO)** <Gary.Yamamoto@cms.hhs.gov>
Date: Thu, Oct 29, 2015 at 12:55 AM
Subject: RE: CMS Complaint: Theranos Inc.
To: Erika Cheung <████████████████>

Erika,

Thank you for the clarifications.

Gary

**From:** Erika Cheung [mailto:████████████████]
**Sent:** Wednesday, October 28, 2015 8:36 AM
**To:** Yamamoto, Gary K. (CMS/CQISCO)
**Subject:** Re: CMS Complaint: Theranos Inc.

Hi Gary,

I was initially hesitate of using direct names, but for the sake of clarity I wanted to expand upon my last email.

1

Cheung-009

Trial Exh. 2931 Page 001

PFM-DEPO-00005085

I just wanted to make clear that the proprietary device that I'm talking about in my letter is the Edison 3.0. It was used to do all the immunoassays that I listed in my initial report for finger stick blood draws. I am 100% certain they were running patient samples on these devices from November 2013 to November of 2014.

I also wanted to note that Theranos also used their own proprietary techniques with predicate method machines. They used the Siemen's Advia and would use a Tecan Evoware liquid handler machine to dilute the samples, and then run the patient sample in T-cups versus J-cups. T-cups were manufactured by Theranos and essentially were J-cups that were half the size in length. The controls would often fail using this method (especially for $CO_2$, Calcium, Sodium, Potassium). We were instructed as clinical lab associates to keep running the controls until they passed so we could get patient results out as quickly as possible. This technique was used to run all chemistry tests such as Chem 14 panel, metabolic panel, and lipid panels. Again, this method can be confirmed to be used as of November 2013-November 2014.

Finally, Theranos used a commercially available Flow Cytometer the LSR BD Fortessa to process hematology samples such as complete blood counts. They would again use the Tecan evoware liquid handler to dispense, aspirate, dilute and centrifuge these samples. They would only use the approved Ruby machine with venous blood draws, not finger-stick blood draws. All finger-sticks were run on the LSR BD Fortessa machine. This again was active from at least November 2013 to November 2014.

Theranos recently started to change there technology. The new technology is called the 4.0s which again is used for finger-stick collections. In theory, this machine is meant to run all clinical tests in chemistry, hematology, immunology and microbiology.

I just wanted to make clear that the Edison technology has been used on patient samples up until about January 2015. This was done despite numerous experiments, quality assurance studies and proficiency testing proving that they produced results that had questionable precision and accuracy. They have many different technologies, but this is the layout of what these different technologies used to process patient samples that were resulted out.

Thank you,

Erika

---

Erika Marie Cheung
University of California, Berkeley 2013

B.A. Molecular and Cell Biology

B.A. Linguistics

2

Cheung-010

On Mon, Sep 21, 2015 at 6:18 AM, Yamamoto, Gary K. (CMS/CQISCO) <Gary.Yamamoto@cms.hhs.gov> wrote:

> Erika,
>
> Thank you. We'll look into this and get back to you. We'll do our best to try to keep this anonymous.
>
> Gary
>
> **From:** Erika Cheung [mailto:██████████]
> **Sent:** Saturday, September 19, 2015 6:13 PM
> **To:** Yamamoto, Gary K. (CMS/CQISCO)
> **Subject:** CMS Complaint: Theranos Inc.
>
> Dear Gary,
>
> I've been nervous to send or even write this letter. Theranos takes confidentially and secrecy to an extreme level that has always made me scared to say anything. I really hope you do all you can to protect my identity from Theranos. I know that the specific details in this account will probably give me away, but I'm keeping my finger-crossed that I get lucky and somehow go undetected. I'm ashamed in myself for not filing this complaint sooner. If you have any questions for me, please feel free to call or contact me at any point. The formal complaint is below.
>
> Sincerely,
>
> Erika Cheung
>
> ██████████
>
> ----
>
> At Theranos, I worked in the clinical lab as an entry-level lab associate. I worked specifically with Theranos' proprietary device and LDTs that were used to process Thyroid Stimulating Hormone (TSH), Free Thyroxine (fT4), Vitamin D (Vit D), Total Prostate Specific Antigen (tPSA), Total Thyroxine (TT4), Total Triiodotyronine (TT3), Hepatitis C (HCV), human chorionic gonadotropin (HCG), and Total Testosterone

3

Cheung-011

PFM-DEPO-00005087

(TST). These tests were run on Theranos' proprietary device and in-house LDTs when a finger-stick blood sample was collected from a patient NOT a venous sample.

From my understanding, Theranos' proprietary device and LDT methods used for these listed immunoassays has been discontinued as of now, but the immunoassay device and LDT methods were actively used on patients from November 2013 to about November 2014. These methods were used both in there 1601 South California Palo Alto,CA building and their building in 7333 Gateway Blvd Newark, CA.

I want to start by addressing a specific incident that occurred between November 27-29, 2013. Theranos received a patient order from their Palo Alto Walgreens for Vitamin D. I had just been trained on how to process patient samples using Theranos' device and LDTs assays by the R&D team, but didn't have any formal documented training at that time for processing and resulting out patient results. When I ran the quality controls materials, they failed by our internal SOP standards. The assay values did not fall within two standard deviations of the predetermined value of the quality control material. I repeated running the quality control assay twice, but each time it failed then breaking the Westgard 2(2s) rule. This was in direct violation of our internal quality control standards determined by Theranos' Quality Control SOP.

I contacted upper-level management and they contacted a bunch of people to get someone to fix the problem. Instead of recalibrating the machine and taking corrective action for the quality control failure, an R&D associate, Uyen Do, came in and removed two data points from quality control data deeming them as "outliers." Uyen Do was not a CLS, but still manipulated the data and approved quality control procedures and ran the patient sample and sent out results to that patient regardless. Upper level management (COO and Vice President) weren't really interested in how the problem got resolved, they simply wanted a quick result for the patient regardless on whether that result was accurate or not.

The following week the quality controls were run for vitamin d and it failed again; it was discovered that the reagents for the vitamin d assay were expired. The patient was not notified of any internal lab processing errors.

This is just one very specific example of what would happen on a regular basis at Theranos specifically in my department that handled the assays listed above. In my department, these high complexity LDTs and Theranos' proprietary device used to run them had major stability, precision and accuracy problems. Upper management was constantly notified of these issues, but employees were pressured and required to result out patient results regardless. A lot of the staff that was resulting out this information was undertrained and unqualified to be making decisions about patients' lab results.


A lot of these issues would occur on a regular basis:

Staff was not formerly trained to run Theranos LDT tests and frequently did not possess documentation or formalized training for each individual assay procedure. Romina Riener, Aurelie Souppe and Jamie Liu began running patient tests in November 2013, but did not have formal documented training until roughly March 2014 for the immunoassays tPSA, TSH, Vit D, TT3, TT4, TST and fT4.

There was no formal non-conformance reporting system. When we would have processing errors for patient results, quality control errors and machine malfunctions; there was no formal error reporting system. So many continuous errors went on, and management was unaware of the frequency and prevalence of these errors because they we're resistive to implementing an error documentation system.

4

Cheung-012

Entry-level clinical lab associates were required to run high complexity tests and quality control procedures without any CLS supervision for Theranos' immunoassay tests. Theranos would not allow newly hired CLSs to go down into the lab that possessed all of Theranos' devices and where LDTs testing occurred until they could be trusted. Many CLSs had no idea how the patient results or quality control information was generated.

Patient tests were often run with expired reagents. There was little reagent monitoring, documentation and control for Therano's LDT immunoassays used on patient samples.Theranos used a proprietary method to pre-packaging all the the reagents into a singular unit in-house. The stability of these pre-packaged units were never formerly determined and we constantly had stability issues with the reagents well before the internally generated expiration date.

Validation for the LDTs were often done in short-time periods and lots of data was deemed as "outliers" and would be thrown out if it caused the assay to fail precision, stability, accuracy, venous vs. finger-stick, and other validation experiments. Results were often cherry-picked to make the assay pass validation requirements and then quickly enter into the clinical lab for patient processing.

Quality control checks frequently failed with no corrective action. Staff was instructed to keep running quality controls materials consecutively until they passed. If you look specifically at the quality control records for Vit D, TSH, tPSA and fT4 from Nov 2013 - February 2014 this becomes clear with the number of re-runs.

Lab associates were given incomplete and out-of-date SOPs to perform Theranos' LDT tests on patients. This version of the SOP from Nov 2013-May 2016 for the immunoassay listed above make this clear. The procedures were constantly changing and all these changes were communicated through word of mouth in most cases.

Occasionally, duplicates of the same patient sample would be run, and we would obtain radically different results for the same patient sample. A patient would swing between TSH results with a low TSH value suggesting hypothyridism. The same sample was tested in the same day using Theranos' methods, and the value would be high suggesting hyperthyroidism. We would keep running results until we managed some consistency (two out of three runs) and then result out the last result. This occurred for TSH, Vit D, fT4 and tPSA quite often.

This leads me into one major concerning event that went on at Theranos.

During the CLIA certification walk-through for the 1601 S California building, the auditors never came down to the laboratory that contained all the Theranos LDT testing equipment and laboratory. They only saw the lab that possessed all the FDA predicate method laboratory devices that were used to process venous samples NOT finger-stick samples. All finger-stick assays were run in this separate lab.

Back in early 2014 (January -March 2014) we received proficiency testing samples from New York and another organization. We were told to run TSH, tPSA, fT4 and Vitamin D using the predicate methods (Siemens Immulite and Diasorin) and using the Theranos device and LDTs. Even though we were processing patient samples using the Theranos LDTs, they resulted out the predicate method values.

When we compared the results of the Theranos LDTs to the predicate method, there were major problems in accuracy. Vitamin D would sometimes be 3 standard deviations off from the expected value. It is likely that if we had sent the values obtained from the Theranos LDTs we would have failed proficiency testing for TSH, fT4 and vitamin D and also potentially tPSA. When the COO figured out that we had run proficiency testing using the Theranos LDT methods, he was infuriated and couldn't believe the staff would pull such a maneuver.

He said that there was no way for Theranos to do proficiency testing because there was no comparable standard to the types of tests we were running and that we were exempt from proficiency testing.

This launched an internal investigation and internal proficiency testing was conducted. The results for TSH, fT4, tPSA and Vitamin D were often inconsistent and had low accuracy. They continued to do this internal proficiency testing with the other listed immunoassays and found similar problems with accuracy and precision. This was known by upper level management and they took the LDT methods off the patient testing menu for awhile (a few weeks). They no longer did finger-stick blood draws only venous samples for the immunoassays. Theranos reported that it was a coding issues in the software, and then started processing patient samples again with their LDT methods. However, continued internal proficiency testing showed that the assays still had major issues after this corrective action, but Theranos continued to process patient samples using this method.

I don't know all the regulatory ins and outs of blood diagnostics, and perhaps what Theranos is doing is fine. I know that they went to extreme measures to hide what was going on internally in their company from there own employees and even more so from outside agencies. From running quality control materials, validation studies, internal research projects and patient results, the data generated from there proprietary machine and LDT assays for the listed immunoassays did not produce consistent or reliable results. The data always showed inaccuracy problems and precision never stayed consistent over short periods of time (less than 1 month). Despite all kinds of evidence that we given to management, they still insisted on processing patient samples and resulting out those patient samples. My team and I spent the most time out of anyone in the company working directly with Theranos' proprietary machine and LDTs. I had directly gone into the COOs office to address these issues, and was completely disregarded and the conversation turned into him merely attacking my qualifications and ignoring all the evidence I was trying to provide him.

I left the company because I couldn't manage to go to work everyday sick to my stomach. Knowing that I could potentially devastate someones life by giving them a false and deceiving result, I had to quit. Mistakes always happen in a clinical lab, but what went on in Theranos was complete negligence and honestly felt criminal in many ways. Upper level management constantly made excuses for their misgivings, and used fear and aggressiveness to pressure their employees to continually crank out assays and patient results. Theranos' device, LDT assays and lab protocols are too underdeveloped to start running patient samples; but they continue to still process patient sample using their finger-stick technology.

Again, if you have any questions for me don't hesitate to ask. I'm sorry if I got this too you you too late and thank you for taking the time to read this.

---

Erika Marie Cheung
University of California, Berkeley 2013

B.A. Molecular and Cell Biology

B.A. Linguistics

7

Cheung-015

Trial Exh. 2931 Page 007

PFM-DEPO-00005091