UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 21, 2022     **Time:** 2:04-2:10; 2:15-2:21 PM     **Judge:** Edward J. Davila

**Total Time:** 12 min

**Case No.:** 18-cr-00258-EJD-2     **Case Name:** *United States v. Ramesh Sunny Balwani* (NP)(NC)

**Attorney for Plaintiff:** Jeffery Schenk, John Bostic
**Also Present:** Maddi Wachs, Paralegal

**Attorney for Defendant:** Jeffery Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Molly McCafferty, Shawn Estrada

**Deputy Clerk:** Chere Robinson     **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – Status Conference

Defendant's presence waived. Defendant not in custody. Status conference held.

Court excuses Juror No. 1. Juror 1 replaced by Alternate Juror 1.

**CASE CONTINUED TO:** March 22, 2022, at 9:00 a.m. for Jury Trial.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Chere Robinson
Courtroom Deputy
Original: Efiled
CC: