UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   March 22, 2022
Time in Court:        8:49-9:05 AM; 9:20-9:50 AM; 10:08-11:04 AM; 11:22 AM-1:00 PM;
                      1:37-2:31 PM

**(TOTAL Time: 4 hrs, 12 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:    Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Paralegal – Maddi Wachs

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Shawn Estrada, Aaron Brecher, Molly McCafferty,
                                 Sachi Schuricht
Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Motion Hearing – 14 min** (8:49-09:05 AM)

Hearing held on ECF No. 1367 - Defendant's Motion to Exclude. Argument from counsel heard. Court grants in-part, denies in-part.

**Jury Trial (Day 7):  3 hrs, 58 min** (9:20-9:50 AM; 10:08-11:04 AM; 11:22 AM-1:00 PM;
                      1:37-2:31 PM)

Jury Trial held March 22, 2022.  Trial Continued to March 23, 2022, at 9:00 AM

*See* attached Trial Log.

**The following exhibits are marked for identification:**
Plaintiffs: **5388; 3741 (pp. 1-7), 5389**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **5388; 3741A; 5389**
Defendants:  **N/A**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: March 22, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:49 am | Court in session, outside of presence of prospective jurors |
| | | | Argument from Counsel on ECF No. 1367; Court grants-in-part Defendants' Motion to Suppress |
| | | 9:05 am | Court recesses for 15 min |
| | | 9:19 am | Jury enters Courtroom |
| | | 9:20 am | Court in session; Jury present |
| | | 9:23 am | Court gives Preliminary Instructions to Jury |
| | | 9:45 am | Court concludes Preliminary Instructions |
| | | 9:50 am | Court recesses for 18 min |
| | | 10:08 am | Court in session; Jury present |
| | | 10:09 am | Opening Statement by Government |
| | | 11:03 am | Government concludes Opening Statement |
| | | 11:04 am | Court recesses for 13 min |
| | | 11:22 am | Opening Statement by Defense |
| | | 12:57 pm | Defense concludes Opening Statement |
| | | | Jury departs courtroom |
| | | 12:58 pm | Court in session, outside of presence of prospective jurors |
| | | 1:00 pm | Court recesses for 37 min |
| | | 1:37 pm | Court in session; Jury present |

| TRIAL DATE: March 22, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:38 pm | Government calls Erika Cheung as witness | |
| | | 1:39 pm | Witness sworn | |
| | | 1:56 pm | Government offers Exhibit 5388; no objection | |
| | | | Exhibit 5388 admitted into evidence | |
| | | 2:09 pm | Government offers Exhibit 3741, pp. 1-7; no objection | |
| | | 2:10 pm | Exhibit 3741A (pp. 1-7 only) admitted into evidence | |
| | | 2:14 pm | Government offers Exhibit 5389; no objection | |
| | | | Exhibit 5389 admitted into evidence | |
| | | 2:27 pm | Witness testimony to be cont'd. | |
| | | | Court admonishes Jury; Jury departs courtroom | |
| | | 2:29 pm | Court in session out of presence of Jury | |
| | | 2:31 pm | Trial continued to March 23, 2022, at 9:00 AM | |
| | | | Court adjourns | |

3