UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
## CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order

Date:   March 29, 2022
Time in Court:   10:07 – 11:34 AM

**(TOTAL Time:  1 hrs, 27 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Christopher McCollow; Casey Boome, Mario Scussel, George Scavdis
              Paralegals – Maddi Wachs, Sara Slattery

Defendant Attorney(s) present:   Amy Walsh, Jeffrey Coopersmith, Stephen Cazares,
              Shawn Estrada, Aaron Brecher, Molly McCafferty,
              Amanda McDowell

Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Motion Hearing re ECF No. 1357 - Defendant's Motion for Dismissal or For Other Remedies**

Hearing held.  Each Counsel provides preamble statement of position.  Court seals courtroom.

10:17 AM –   Court in session out of public presence and out of presence of Jury.

              Attorney arguments heard.  Court takes matter under submission

11:32 AM –   Court unseals courtroom

11:34 AM –   Court adjourned

**FURTHER JURY TRIAL SCHEDULED for March 30, 2022, at 9:00 AM**