# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
## CASE NUMBER: 5:18-CR-00258-2 EJD

### Minute Order and Trial Log

Date:   March 30, 2022
Time in Court:        9:00-10:17 AM; 10:33 AM – 12:15 PM; 12:52-3:05 PM

**(TOTAL Time:  5 hrs, 17 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Agent – Christopher McCollow
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Shawn Estrada, Aaron Brecher, Molly McCafferty

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:**

**Jury Trial (Day 11):**

Jury Trial held March 30, 2022.  Testimony held and evidence entered. Further Jury Trial set for April 1, 2022, at 9:00 AM

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:     1106, 1522, 1528, 1562, 1570, 1580, 1595, 5767, 5769, 5771
Defendants:  1288, 7603BB, 9939, 20225, 20046, 3526, 1430, 20451

**The following exhibits are admitted into evidence:**
Plaintiffs:       **1106, 5769, 5767, 1522, 1528, 1595, 5771, 1570, 1580, 1562**
Defendants:     **1288, 1430, 1525, 7603BB, 9939 (conditionally admitted), 20046, 20225, 20451**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: March 30, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:00 am | Jury enters Courtroom | |
| | | 9:02 am | Court in session; Jury present | |
| | | | Court addresses Jury | |
| | | 9:03 am | Witness #1 - Erika Cheung seated | |
| | | | Defense continues cross-examination | |
| | Ex. 1288 | 9:49 am | ADMITTED into Evidence – 2013-11-30 Email String re *Both QC Controls for Vitamin D didn't pass* | |
| Obj. | Ex. 7603BB | 9:59 am | ADMITTED into Evidence with irrelevant sections redacted – Regulation: CENTERS FOR MEDICARE & MEDICAID SERVICES, HHS, Section 493.931 *Routine Chemistry* | |
| Obj. | Ex. 9939 | 10:09 am | CONDITIONALLY ADMITTED into Evidence on the basis that future witness will authenticate – Theranos Standard Operating Procedure - CLIA Laboratory dated 11/26/2013 | |
| | | 10:17 am | Court breaks for 16 min | |
| | | 10:30 am | Jury enters Courtroom | |
| | | 10:33 am | Court in session; Jury present | |
| | | | Witness #1 Erika Cheung present; testimony continues | |
| | Ex. 20225 | 10:48 am | ADMITTED into Evidence – Feb-Mar 2014 Email String re *New QC measure for Edisons* | |
| | Ex. 20046 | 10:55 am | ADMITTED into Evidence – Mar 2014 Email String re *Week 2 Vitamin D results* | |
| Obj | Ex. 3526 | 11:02 am | Defense OFFERS Exhibit | |
| | | | Foundation to be laid | |

2

| **TRIAL DATE: March 30, 2022** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| Obj | Ex. 3526 | 11:04 am | Defense re-OFFERS for Conditional Admission | |
| | | 11:05 am | Court sustains objection | |
| | | | Defense withdraws and reserves. | |
| | Ex. 1525 | 11:13 am | ADMITTED into Evidence – Feb 2014 Email String re *QC for TSK Failed After Re-run* | |
| | | 11:22 am | Government Re-Direct | |
| | | 11:56 | Defense Re-Cross | |
| | Ex. 20451 | 12:09 | ADMITTED into Evidence (Cover page and p. 14 only) – 2013 COLLEGE OF AMERICAN PATHOLOGISTS, *2013 Proficiency Testing Manual*, ¶ Outlier Detection Technique | |
| | | 12:14 pm | Government Re-Direct | |
| | | 12:15 pm | Witness excused | |
| | | | Jury departs | |
| | | 12:16 pm | Court breaks for 37 min | |
| | | 12:53 | Jury enters courtroom | |
| | | 12:54 pm | Court in session – Jury present | |
| | | | Government calls Witness #2 – Dr. Mark William Pandori | |
| | | 12:55 pm | Witness sworn | |
| Ex. 1106 | Obj | 1:08 pm | ADMITTED with limitation (Exhibit not offered for truth of matter; admitted only to indicate state of mind of witness at the time he sought employment with Theranos and to show what information was publicly available) – Joseph Rago, THE WALL STREET JOURNAL, *Elizabeth Holmes: The Breakthrough of Instant Diagnosis*, Sep. 8, 2013 | |
| Ex. 5769 | | 1:34 pm | ADMITTED into Evidence – Apr. 2014 Email String re *fT4 and TSH study results* | |
| Ex. 5767 | | 1:43 pm | ADMITTED into Evidence – Jan. 2014 Pandori/Balwani Email String re *Today* | |
| Ex. 1522 | | 1:48 pm | ADMITTED into Evidence – 02/10/2014 Email String re *QC for TSH Failed After Re-run* | |

3

| TRIAL DATE: March 30, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| Ex. 1528 | | 1:52 pm | ADMITTED into Evidence – Feb. 2014 Email String re *Both TSH QCs Failed* | |
| Ex. 1595 | | 1:58 pm | ADMITTED into Evidence – 02/27/2014 Email String re *Redundancy* | |
| Ex. 5771 | | 2:08 pm | ADMITTED into Evidence – 04/16/2014 Email String re *Testosterone QCs Fail* | |
| Ex. 1570 | | 2:26 pm | ADMITTED into Evidence – Feb. 2014 Email String re *proficiency testing for LDTs* | |
| Ex. 1580 | | 2:35 pm | ADMITTED into Evidence – Feb. 2014 Email String re *proficiency testing for LDTs* | |
| Ex. 1562 | | 2:43 pm | ADMITTED into Evidence – Feb. 2014 Email String re *Morning HDL Study Tecan Dilution Results* | |
| | | 2:55 pm | Court admonishes Jury; Witness #2 released for day | |
| | | | Jury departs Courtroom; Witness #2 leaves Courtroom | |
| | | 2:56 pm | Court in session re housekeeping matters out of presence of Jury | |
| | | 3:05 pm | Court adjourns | |
| | | | Further Jury Trial Continued to April 1 at 9:00 AM | |
| | | | Housekeeping matters to be heard April 1 at 8:30 AM | |