1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759

6  Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10

11                     UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN JOSE DIVISION
13

14

15 UNITED STATES OF AMERICA,            Case No. 18-CR-00258-EJD

16          Plaintiff,                  **[PROPOSED] ORDER GRANTING
                                        DEFENDANT RAMESH BALWANI'S
17     v.                               MOTION TO STRIKE IMPROPER
                                        EXPERT TESTIMONY AND OTHER
   RAMESH "SUNNY" BALWANI,              PROHIBITED TESTIMONY**
18
            Defendant.
19                                      Judge:    Honorable Edward J. Davila

20

21

22

23

24

25

26

27

28

1                               **[PROPOSED] ORDER**

2         On March 31, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to strike

3 improper expert testimony and other prohibited testimony.

4         The Court, having reviewed the motion, finds good cause and hereby **GRANTS**

5 Mr. Balwani's motion.

6

7         **IT IS SO ORDERED.**

8

9   Dated: _____

10                                     HONORABLE EDWARD J. DAVILA
                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO STRIKE IMPROPER EXPERT
TESTIMONY & OTHER PROHIBITED TESTIMONY
CASE NO. 18-CR-00258-EJD