# Exhibits 1 – 2

# TO THE DECLARATION OF JEFFREY B. COOPERSMITH RE: DEFENDANT RAMESH BALWANI'S MOTION TO STRIKE IMPROPER EXPERT TESTIMONY AND OTHER PROHIBITED TESTIMONY

# Exhibit 1

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,          )
6                                        )  CR-18-00258-EJD
                      PLAINTIFF,         )
7                                        )  SAN JOSE, CALIFORNIA
                   VS.                   )
8                                        )  MARCH 22, 2022
      RAMESH "SUNNY" BALWANI,            )
9                                        )  VOLUME 8
                      DEFENDANT.         )
10    _____       )  PAGES 985 - 1154

11

12                   TRANSCRIPT OF TRIAL PROCEEDINGS
                  BEFORE THE HONORABLE EDWARD J. DAVILA
13                    UNITED STATES DISTRICT JUDGE

14    A P P E A R A N C E S:

15    FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
                              BY:   JOHN C. BOSTIC
16                                  JEFFREY B. SCHENK
                              150 ALMADEN BOULEVARD, SUITE 900
17                            SAN JOSE, CALIFORNIA 95113

18                            BY:   ROBERT S. LEACH
                                    KELLY VOLKAR
19                            1301 CLAY STREET, SUITE 340S
                              OAKLAND, CALIFORNIA 94612
20
            (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
      OFFICIAL COURT REPORTER:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23

24          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
25

02:05PM  1    TEST, WHICH IS ONLY -- IS ONE SPECIFIC TYPE OF CHEMISTRY.  IT

02:05PM  2    DIDN'T HAVE THE CAPABILITIES TO RUN GENERAL CHEMISTRY,

02:06PM  3    MICROBIOLOGY, CYTOMETRY TESTS.

02:06PM  4        SO THE REASON WHY THERANOS ONLY RAN THAT SMALL SUBSET IS

02:06PM  5    BECAUSE THAT'S ALL THEY HAD THE CAPACITY TO RUN WAS BASICALLY

02:06PM  6    ELISA TYPE TESTS.

02:06PM  7            MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO OBJECT

02:06PM  8    AGAIN UNDER 702.  THIS WITNESS DOESN'T HAVE THAT KNOWLEDGE TO

02:06PM  9    OPINE ABOUT WHAT THE DEVICE WAS CAPABLE OF OR WHAT ITS CAPACITY

02:06PM  10   WAS.

02:06PM  11           MR. BOSTIC:  YOUR HONOR, SHE OPERATED THESE DEVICES

02:06PM  12   ON A DAILY BASIS.  I THINK --

02:06PM  13           THE COURT:  THE OBJECTION 702 IS OVERRULED.

02:06PM  14           MR. COOPERSMITH:  YOUR HONOR, SHE CAN CERTAINLY SAY

02:06PM  15   WHAT SHE DID BUT TO GO FURTHER AND OPINE AS TO WHAT THE DEVICE

02:06PM  16   WAS CAPABLE OF AND WHAT ITS CAPACITY WAS I THINK IS BEYOND THIS

02:06PM  17   WITNESS'S EXPERTISE.

02:06PM  18           THE COURT:  WELL, THE ANSWER, AS I UNDERSTAND IT --

02:06PM  19   AND, MR. BOSTIC, YOU COULD LAY A FOUNDATION IF YOU WOULD LIKE

02:06PM  20   TO -- IS BASED ON HER TRAINING AND EXPERIENCE AT THE COMPANY.

02:06PM  21       PERHAPS IF YOU WANT TO ASK HER IF THAT'S WHAT SHE WAS

02:06PM  22   INSTRUCTED OR TRAINED.

02:06PM  23   BY MR. BOSTIC:

02:06PM  24   Q.   MS. CHEUNG, FROM YOUR TRAINING AND EXPERIENCE AT THE

02:07PM  25   COMPANY, DID YOU HAVE AN UNDERSTANDING AS TO WHAT THE EDISON 3

02:07PM  1   SERIES COULD DO AND WHAT IT COULD NOT DO?

02:07PM  2   A.   YES.

02:07PM  3   Q.   AND BASED ON YOUR TRAINING AND EXPERIENCE AT THE COMPANY,

02:07PM  4   WHERE WAS THAT LINE?  WHAT COULD THE EDISON 3 SERIES DO AND

02:07PM  5   WHAT COULD IT NOT DO?

02:07PM  6            MR. COOPERSMITH:  YOUR HONOR, SAME OBJECTION.  702.

02:07PM  7            THE COURT:  OVERRULED.

02:07PM  8            THE WITNESS:  CAN YOU REPEAT THE QUESTION?

02:07PM  9            MR. BOSTIC:  SURE.

02:07PM 10   Q.   WHAT COULD THE EDISON 3 SERIES DO AND WHAT COULD IT NOT DO

02:07PM 11   BASED ON YOUR TRAINING AND EXPERIENCE?

02:07PM 12            MR. COOPERSMITH:  SAME OBJECTION, YOUR HONOR.

02:07PM 13            THE COURT:  OVERRULED.

02:07PM 14            THE WITNESS:  THE EDISON 3.0 SERIES COULD DO ELISA'S

02:07PM 15   AND THAT WAS THE ONLY CAPACITY IT COULD DO WAS THAT TYPE OF

02:07PM 16   CHEMISTRY AND METHODOLOGY, AND THAT WAS WHAT MY UNDERSTANDING

02:07PM 17   OF THE TECHNOLOGY BASED ON WORKING FOR THE COMPANY.

02:08PM 18   BY MR. BOSTIC:

02:08PM 19   Q.   COULD I ASK YOU TO TURN TO EXHIBIT 3741 IN THE BINDER IN

02:08PM 20   FRONT OF YOU.

02:08PM 21        DO YOU SEE EXHIBIT 3741?

02:08PM 22   A.   YES.

02:08PM 23   Q.   AND WHAT IS THAT DOCUMENT IF YOU RECOGNIZE IT?

02:08PM 24   A.   THIS IS THE TESTING MENU AT THERANOS.

02:08PM 25   Q.   HAD YOU PREVIOUSLY HAD THE OPPORTUNITY TO REVIEW THE FIRST

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10  CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074
17

18       DATED:  MARCH 22, 2022

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-18-00258-EJD |
| PLAINTIFF, | ) | |
| | ) | SAN JOSE, CALIFORNIA |
| VS. | ) | |
| | ) | MARCH 23, 2022 |
| RAMESH "SUNNY" BALWANI, | ) | |
| | ) | VOLUME 9 |
| DEFENDANT. | ) | |
| _____ | ) | PAGES 1155 - 1381 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

10:05AM  1    A.  BECAUSE OUR SYSTEM WASN'T WORKING.  WE WEREN'T ABLE TO GET

10:05AM  2    THE QUALITY CONTROLS TO PASS, THIS IS, AGAIN, SOMETHING THAT WE

10:06AM  3    KNOW THE CONCENTRATION OF, SO THEY SHOULD BE PASSING.

10:06AM  4        AND BASED ON THE PROMISES THAT WE MADE TO OUR PATIENTS,

10:06AM  5    AND THE COMMITMENTS THAT WE HAD IN TERMS OF DELIVERING RESULTS

10:06AM  6    IN A CERTAIN AMOUNT OF TIME, AND IF IT WASN'T GETTING OUT, WE

10:06AM  7    WEREN'T ABLE TO GET THE PATIENT RESULT OUT IN THE TIMEFRAME

10:06AM  8    THAT WE PROMISED TO THEM.

10:06AM  9    Q.  DID THE QC FAILURES HAVE ANY IMPACT ON THE ACCURACY OR

10:06AM  10   RELIABILITY OF THE PATIENT TESTS THAT WERE GOING TO BE

10:06AM  11   PERFORMED ON THIS DAY?

10:06AM  12            MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  RULE 702.

10:06AM  13            THE COURT:  CAN YOU LAY A FOUNDATION.

10:06AM  14            MR. BOSTIC:  SURE.  LET ME REPHRASE.

10:06AM  15   Q.  MS. CHEUNG, YOU MENTIONED THAT THESE PROBLEMS CREATED

10:06AM  16   ISSUES WITH THERANOS PERFORMING TESTS QUICKLY ENOUGH; IS THAT

10:07AM  17   RIGHT?

10:07AM  18   A.  THAT IS CORRECT.

10:07AM  19   Q.  AT THERANOS DID YOU UNDERSTAND WHETHER QC FAILURES ALSO

10:07AM  20   RELATED NOT JUST TO THE SPEED WITH WHICH TESTS COULD BE

10:07AM  21   CONDUCTED, BUT ALSO TO THE ACCURACY OF THE RESULTS?

10:07AM  22   A.  YES.

10:07AM  23   Q.  AND WHAT IS THE RELATIONSHIP, AS YOU UNDERSTOOD IT AT THE

10:07AM  24   TIME, BETWEEN QUALITY CONTROL TESTING AND TEST ACCURACY?

10:07AM  25            MR. COOPERSMITH:  YOUR HONOR, IT'S RULE 702.  EVEN

10:07AM  1     IF SHE HAS AN UNDERSTANDING, SHE CAN'T TESTIFY AS AN EXPERT

10:07AM  2     WITNESS.  SO RULE 702.

10:07AM  3             THE COURT:  I'M SORRY.  DID WE TALK ABOUT THIS AT

10:07AM  4     PRETRIAL?  WE PROBABLY DIDN'T ABOUT SPEAKING OBJECTIONS, AND I

10:07AM  5     APOLOGIZE WE DIDN'T COVER THAT.

10:07AM  6         BUT IF YOU WANT TO, MR. BOSTIC, IF YOUR QUESTIONS ABOUT

10:07AM  7     WHAT THIS WITNESS KNOWS AND OTHER WITNESSES KNOW THE BASIS OF

10:07AM  8     THE KNOWLEDGE, IF SHE WAS TRAINED OR AS TO CERTAIN THINGS OR

10:08AM  9     WHETHER OR NOT THIS MOVES INTO 702 TERRITORY, IT'S SOMETHING

10:08AM 10     THAT WE TALKED ABOUT YESTERDAY IN REGARDS TO THE WITNESS'S

10:08AM 11     BREADTH OF KNOWLEDGE AND THE BASIS FOR IT.

10:08AM 12             MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.

10:08AM 13     Q.   LET ME ASK A PREFATORY QUESTION.

10:08AM 14         MS. CHEUNG, WHEN YOU WERE AT THERANOS, DID YOU RECEIVE

10:08AM 15     TRAINING AS TO THE PURPOSE FOR QUALITY CONTROL TESTING?

10:08AM 16     A.   YES.

10:08AM 17     Q.   AND WHAT WERE YOU TOLD AT THERANOS ABOUT WHY QUALITY

10:08AM 18     CONTROL TESTING WAS NEEDED?

10:08AM 19     A.   SO --

10:08AM 20             MR. COOPERSMITH:  OBJECTION.  HEARSAY, YOUR HONOR.

10:08AM 21             THE COURT:  OVERRULED.

10:08AM 22             THE WITNESS:  SO FOR THE QUALITY CONTROL TRAINING

10:08AM 23     THAT WE RECEIVED, ESSENTIALLY IT WAS, AGAIN, A WAY IN WHICH WE

10:08AM 24     COULD MEASURE THE PERFORMANCE -- THE QUALITY CONTROL SYSTEM WAS

10:08AM 25     ESSENTIALLY TO GIVE US AN INDICATION OF HOW WELL OUR SYSTEM WAS

11:08AM  1      PATIENT TESTING COULD PROCEED?

11:08AM  2      A.    SO QC TESTING IS REALLY TO CHECK THE PERFORMANCE OF YOUR

11:09AM  3      SYSTEM.

11:09AM  4           SO IF YOU HAVE A HIGH PERCENTAGE OF FAILURES WITHIN THE

11:09AM  5      SYSTEM, YOU CAN KIND OF FORECAST OUT THAT THAT PERCENTAGE OF

11:09AM  6      FAILURES COULD LIKELY OCCUR FOR PATIENT TESTING.

11:09AM  7           SO IF WE HAVE A SAMPLE SIZE OF 300, AND WE'RE GETTING

11:09AM  8      ONE-FORTH OF THAT FAILURES, LET'S SAY IT'S 400, IT MEANS THAT

11:09AM  9      100 ARE ESSENTIALLY IN THE TERRITORY OF NOT BEING ACCURATE.

11:09AM 10           SO THE REASON THAT IT'S CONCERNING IS THE FACT THAT IT IS

11:09AM 11      HAPPENING ACROSS TESTS AND ACROSS MACHINES DESPITE US

11:09AM 12      CONSISTENTLY CHANGING ALL OF THESE DIFFERENT VARIABLES THAT WE

11:09AM 13      CAN ANTICIPATE THAT IT'S PROBABLY --

11:09AM 14                MR. COOPERSMITH:   YOUR HONOR, IF I COULD JUST

11:09AM 15      INTERRUPT.

11:09AM 16           SHE'S NOW GIVING THE VERY ANSWER THAT WAS OBJECTIONABLE --

11:09AM 17      SHE'S GIVING THE SAME ANSWER THAT WAS OBJECTIONABLE, AND IT WAS

11:09AM 18      NOT REALLY RESPONSIVE TO THE QUESTION, SO I WOULD MOVE TO

11:10AM 19      STRIKE THE ANSWER THAT SHE JUST GAVE AND RENEW THAT OBJECTION.

11:10AM 20                THE COURT:   THE ANSWER SHE GAVE I THINK WAS

11:10AM 21      APPROPRIATE.   YOU OBJECTED TO A POINT.

11:10AM 22           DID YOU WANT TO ASK ADDITIONAL QUESTIONS AT THIS POINT?

11:10AM 23      BY MR. BOSTIC:

11:10AM 24      Q.    MS. CHEUNG, IF I COULD JUST INTERPOSE A QUICK QUESTION.

11:10AM 25           THE ANSWER THAT YOU'RE GIVING, IS THAT BASED ON THE

11:10AM 1      TRAINING THAT YOU GOT AT THERANOS?

11:10AM 2      A.   YES.

11:10AM 3             MR. BOSTIC:  I WOULD JUST ASK THAT THE WITNESS BE

11:10AM 4      ALLOWED TO COMPLETE HER ANSWER.

11:10AM 5             THE WITNESS:  OKAY.

11:10AM 6             THE COURT:  AND YOU MAY.  THE OBJECTION IS OVERRULED

11:10AM 7      AS TO THAT.

11:10AM 8             THE WITNESS:  OKAY.  SO THAT'S, THAT'S WHY IT WAS

11:10AM 9      CONCERNING.  IT WAS CONCERNING BECAUSE IF YOU JUST EXTRAPOLATE

11:10AM 10     OUT ESSENTIALLY THE PERCENTAGE OF FAILURES THAT ARE HAPPENING

11:10AM 11     ACROSS THE SYSTEM, EVEN IF WE CHANGE THE DEVICE, THERE'S

11:10AM 12     SOMETHING STILL GOING ON THAT IS CAUSING ONE OUT OF FOUR

11:10AM 13     FAILURES OF EVERY SINGLE TEST THAT WE DO ON THIS EDISON SYSTEM,

11:10AM 14     RIGHT?

11:10AM 15         EVEN IF YOU CHANGE THE DEVICE, IT SEEMS LIKELY THAT MAYBE

11:10AM 16     THERE'S SOME ISSUE WITH THE CHEMISTRY, MAYBE -- WHATEVER THE

11:10AM 17     ISSUE MIGHT BE, IT'S STILL THE FACT THAT I KNOW WHEN I RUN FOUR

11:11AM 18     TESTS, THAT ONE OF THEM IS LIKELY NOT TO WORK BASED ON THE

11:11AM 19     CUMULATIVE DATA THAT WE'RE RUNNING FOR THE QC ANALYSIS AND

11:11AM 20     BASICALLY GETTING AN UNDERSTANDING OF HOW MANY FAILURES WE'RE

11:11AM 21     HAVING FOR QC, AND THIS IS JUST ONE MONTH.

11:11AM 22     BY MR. BOSTIC:

11:11AM 23     Q.   UNDERSTOOD.  THANK YOU.

11:11AM 24         YOUR HONOR, THIS MIGHT BE A GOOD TIME FOR A BREAK?

11:11AM 25             THE COURT:  LET'S DO THAT, LADIES AND GENTLEMEN.

03:19PM

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, RMR, CRR
            CERTIFICATE NUMBER 8074
17

18

19          DATED:  MARCH 23, 2022

20

21

22

23

24

25

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )
6                                    )  CR-18-00258-EJD
                   PLAINTIFF,        )
7                                    )  SAN JOSE, CALIFORNIA
             VS.                     )
8                                    )  MARCH 30, 2022
    RAMESH "SUNNY" BALWANI,          )
9                                    )  VOLUME 11
                   DEFENDANT.        )
10   _____   )  PAGES 1444 - 1682

11

12               TRANSCRIPT OF TRIAL PROCEEDINGS
               BEFORE THE HONORABLE EDWARD J. DAVILA
13                UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                               KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
             (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
     OFFICIAL COURT REPORTER:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23

24       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
25

CHEUNG CROSS BY MR. COOPERSMITH (RES.)

10:13AM  1    STANDARD DEVIATION, AND PERCENT CV, OR COEFFICIENT OF

10:13AM  2    VARIATION, FOR EACH ANALYTE ON EACH METHOD.

10:13AM  3        DO YOU SEE THAT?

10:13AM  4    A.   YES.

10:13AM  5    Q.   AND THEN 4.6 SAYS THE PROCEDURE IS TO CALCULATE THE

10:14AM  6    AVERAGE BIAS OF THE THERANOS LDT TEST AS FOLLOWED AVERAGE BIAS

10:14AM  7    EQUALS MEAN THERANOS MINUS MEAN IMMULITE/MEAN IMMULITE; RIGHT?

10:14AM  8    A.   YES.

10:14AM  9    Q.   THAT'S LIKE AN EQUATION; RIGHT?

10:14AM  10   A.   YES.

10:14AM  11   Q.   AND YOU WERE NOT INVOLVED IN DEVISING THOSE EQUATIONS?

10:14AM  12   A.   NO.

10:14AM  13   Q.   AND THERE WERE OTHER PEOPLE WHO HAD THAT EXPERTISE AT

10:14AM  14   THERANOS WHO WERE DOING THAT?

10:14AM  15   A.   CORRECT.

10:14AM  16   Q.   AND THEN IF YOU GO TO THE ACCEPTANCE CRITERIA, SECTION 5,

10:14AM  17   THIS SETS OUT WHAT WOULD BE DEEMED TO BE PASSING AND WHAT WOULD

10:14AM  18   NOT BE DEEMED TO BE PASSING; RIGHT?

10:14AM  19   A.   CORRECT.

10:14AM  20   Q.   SO, FOR EXAMPLE, 5.2 SAYS, "IF AN ANALYTE FAILS MORE THAN

10:14AM  21   20 PERCENT (1 OUT OF 5) OF THE PATIENT CLINICAL SAMPLES, THEN

10:14AM  22   THE PROFICIENCY TESTING WILL BE DEEMED TO HAVE FAILED THE

10:14AM  23   PROFICIENCY EVENT."

10:14AM  24       DO YOU SEE THAT?

10:14AM  25   A.   YES.

11:09AM 1   A.   NOT ALL OF THE TIME, NO.

11:09AM 2   Q.   OKAY.  SO, FOR EXAMPLE, IF YOU LOOK AT SECTION 2.8, IT

11:09AM 3   TALKS ABOUT SOMETHING CALLED THE WESTGARD RULES?

11:09AM 4   A.   YES.

11:09AM 5   Q.   AND DO YOU UNDERSTAND THAT THAT'S A PARTICULAR SET OF

11:09AM 6   RULES INVENTED BY SOMEONE NAMED WESTGARD THAT GOVERN HOW LABS

11:09AM 7   ARE SUPPOSED TO LOOK AT CONTINUOUS QC?

11:09AM 8   A.   YES.

11:09AM 9   Q.   AND ARE YOU AN EXPERT IN WESTGARD RULES?

11:10AM 10  A.   NO.

11:10AM 11  Q.   AND WAS IT YOUR JOB TO IMPLEMENT WESTGARD RULES?

11:10AM 12  A.   SOMETIMES.

11:10AM 13  Q.   SOMETIMES.  SO YOU HAD SOME IDEA OF WHAT IT WAS?

11:10AM 14  A.   YES.

11:10AM 15  Q.   AND IT'S PART OF THE QC PROCESS TO LOOK AT THE DATA IN THE

11:10AM 16  TRENDS; CORRECT?

11:10AM 17  A.   YES.

11:10AM 18  Q.   AND IF THERE WAS SOME PROBLEM WITH THE WAY THE DATA

11:10AM 19  TRENDS, THAT WOULD ALSO BE A REASON WHY A DEVICE WOULD BE

11:10AM 20  DEEMED TO FAIL QC?

11:10AM 21  A.   YES.

11:10AM 22  Q.   AND IF YOU GO TO THE NEXT PAGE, DO YOU SEE THAT THERE'S AN

11:10AM 23  EDISON QC SECTION, AND THERE'S AN EDISON DAILY QC; RIGHT?

11:10AM 24  A.   CORRECT.

11:10AM 25  Q.   AND IF YOU GO TO SECTION 3.2.1 IN PARTICULAR, IT SAYS,

01:16PM  1    Q.   DID YOU LEARN MORE ABOUT THE COMPANY'S TESTING OPERATIONS

01:16PM  2    AND TECHNOLOGY AFTER YOU JOINED THE COMPANY?

01:16PM  3    A.   YES.

01:16PM  4    Q.   WHEN YOU FIRST JOINED, WHAT DEVICES WAS THERANOS USING TO

01:16PM  5    CONDUCT ITS PATIENT TESTS?

01:16PM  6    A.   THERE WERE MANY.  THEY WERE USING FDA CLEARED EQUIPMENT

01:16PM  7    THAT ANY LAB MIGHT USE, LIKE AN IMMULITE OR A SIEMENS PIECE OF

01:16PM  8    EQUIPMENT FOR CHEMICAL ANALYSIS.  SO THESE WERE THE FDA CLEARED

01:17PM  9    EQUIPMENT THAT ANY LABORATORY, ANY PARTICULAR CLINICAL

01:17PM 10    LABORATORY MIGHT PURCHASE AND USE.

01:17PM 11         THEY WERE THEN USING A VERSION OF A SIEMENS ANALYZER THAT

01:17PM 12    HAD BEEN MODIFIED TO RUN DILUTED SAMPLES.

01:17PM 13         AND THEN THEY WERE USING SOMETHING CALLED EDISONS, WHICH

01:17PM 14    WERE MACHINES THAT RAN A DIFFERENT CLASS OF BLOOD TEST WHICH WE

01:17PM 15    REFER TO AS IMMUNOASSAY, AND THOSE WERE BUILT -- THEY WERE

01:17PM 16    CREATED BY THERANOS.

01:17PM 17    Q.   AND SO OF THOSE CATEGORY OF DEVICES THAT YOU JUST LISTED,

01:17PM 18    WHICH OF THOSE WERE ACTUALLY DESIGNED AND MANUFACTURED BY

01:17PM 19    THERANOS ITSELF?

01:17PM 20    A.   THE EDISONS, TO MY KNOWLEDGE, WERE DESIGNED AND BUILT BY

01:17PM 21    THERANOS.

01:17PM 22         THE MACHINES -- THEN THERE WAS A VERSION OF THE FDA

01:17PM 23    CLEARED MACHINE, AND THAT SOME PEOPLE AT THE COMPANY CALLED IT

01:17PM 24    HACKED, H-A-C-K-E-D, THAT WAS THEIR LANGUAGE, TO RUN -- TO

01:18PM 25    HANDLE THE LOWER VOLUMES.

01:21PM  1    SIMULTANEOUSLY.

01:21PM  2        AND THEN THE FAILURE RATE OF THE CONTROLS ON THE EDISONS

01:22PM  3    WAS NOTABLY HIGHER THAN WHAT I WOULD SEE ON THE ASSAY EQUIPMENT

01:22PM  4    WITH WHICH I HAD FAMILIARITY, EITHER LITERATURE OR DIRECT USE

01:22PM  5    OR SUPERVISORIAL ROLE OVER.

01:22PM  6    Q.   LET ME ASK, AS YOU CAME TO UNDERSTAND THESE THINGS ABOUT

01:22PM  7    THE EDISON DEVICE, WAS THAT CONSISTENT OR INCONSISTENT WITH

01:22PM  8    WHAT YOU HAD READ IN PUBLICLY AVAILABLE INFORMATION AT

01:22PM  9    THERANOS?

01:22PM  10   A.   AT THAT TIME IT WAS INCONSISTENT.

01:22PM  11   Q.   LET ME TALK A LITTLE BIT MORE ABOUT YOUR ROLE AT THERANOS

01:22PM  12   SPECIFICALLY.  I'M SORRY IF YOU SAID ALREADY, BUT WHAT WAS YOUR

01:22PM  13   TITLE THERE?

01:22PM  14   A.   LABORATORY DIRECTOR.

01:22PM  15   Q.   AND WHAT DID THAT MEAN FOR YOU AT THERANOS?  WHAT WAS

01:22PM  16   INCLUDED IN YOUR RESPONSIBILITY?

01:22PM  17   A.   FOR ME IT INCLUDED OVERSIGHT OF WHAT WAS CALLED CLIA

01:22PM  18   LABORATORY, AND IT WAS LARGELY AN OPERATIONAL AND LOGISTICS

01:22PM  19   ROLE TO MAKE SURE THAT THINGS WERE BEING TESTED IN A RAPID

01:23PM  20   MANNER, IN A PROPER MANNER, AND THAT I WAS MANAGING THE

01:23PM  21   LABORATORY SCIENTISTS TO MAKE SURE THAT THEY WERE GETTING THEIR

01:23PM  22   JOBS DONE, AND I WAS TO CONSULT WITH ADAM ROSENDORFF WHO WAS

01:23PM  23   ALSO A LABORATORY DIRECTOR.

01:23PM  24   Q.   AND YOU MENTIONED DR. ROSENDORFF.  CAN YOU TELL US MORE

01:23PM  25   ABOUT HOW YOU FIT INTO THE -- EXCUSE ME -- THE ORGANIZATIONAL

01:32PM 1    THAT SAMPLE OVER AND OVER AGAIN IN THE MACHINE OR THE LAB TEST?

01:32PM 2        A COEFFICIENT OF VARIATION OF 10 IN THAT CASE WOULD BE

01:32PM 3    THAT YOU WOULD GENERALLY SEE VALUES BETWEEN 90 AND 110 IF THE

01:32PM 4    EXPECTED VALUE IS 100.

01:32PM 5        DOES THAT HELP?

01:32PM 6    Q.   YES.   THANK YOU.

01:32PM 7    A.   MORE TECHNICALLY, IT'S THE STANDARD DEVIATION DIVIDED BY

01:32PM 8    THE MEAN.

01:32PM 9    Q.   AND AS A LABORATORY DIRECTOR, ARE YOU HOPING TO SEE A

01:32PM 10   LARGE COEFFICIENT OF VARIATION OR A SMALL COEFFICIENT OF

01:32PM 11   VARIATION?

01:32PM 12   A.   YOU WANT TESTS TO HAVE SMALL COEFFICIENT OF VARIATIONS.

01:32PM 13   Q.   AND CAN YOU EXPLAIN WHY THAT IS?

01:32PM 14   A.   WELL, IT'S PLAYS TO THE ACCURACY AND PRECISION OF A TEST.

01:32PM 15   IF A TEST DRIFTS QUITE A BIT AND THE NUMBER IS IMPORTANT FOR

01:32PM 16   MAKING A MEDICAL ACTION BASED ON THE TEST RESULT, YOU NEED THAT

01:32PM 17   NUMBER, YOU NEED TO BE CONFIDENT IN THAT NUMBER.

01:32PM 18       IF THE COEFFICIENT OF VARIATION IS LOW, THEN THAT MEANS

01:33PM 19   THAT YOU CAN FEEL CONFIDENT THAT THE VALUE THAT YOU GET IN THE

01:33PM 20   LAB TEST RESULT IS GOING TO BE VERY CLOSE TO THE TRUE VALUE.

01:33PM 21   Q.   DURING YOUR TIME AT THERANOS, DID YOU HAVE OCCASION TO

01:33PM 22   BECOME FAMILIAR WITH HOW THE THERANOS DEVICE -- OF COURSE --

01:33PM 23   HOW THE THERANOS DEVICE PERFORMED IN CONNECTION WITH

01:33PM 24   COEFFICIENT OF VARIATION?

01:33PM 25   A.   YOU SAID THERANOS EQUIPMENT?

02:03PM  1          DO YOU SEE THAT?

02:03PM  2     A.   I SEE IT.

02:03PM  3     Q.   IS THIS THE INFORMATION THAT YOU STARTED TO REFERENCE

02:03PM  4     EARLIER ABOUT THE OVERALL FAILURE RATE?

02:04PM  5     A.   IT IS IN FACT.

02:04PM  6     Q.   LET'S FLIP TO THE NEXT PAGE AND ACTUALLY LOOK AT THOSE

02:04PM  7     NUMBERS.

02:04PM  8     A.   I'M THERE.

02:04PM  9     Q.   OKAY.  GIVE US ONE SECOND TO GET IT ON THE SCREEN.

02:04PM  10         DO YOU REMEMBER GETTING THIS INFORMATION IN MARCH 2014?

02:04PM  11    A.   THE EMAIL REFRESHES MY MEMORY IN THAT REGARD.

02:04PM  12    Q.   OKAY.  AS LAB DIRECTOR AT THAT TIME, WHAT WAS YOUR

02:04PM  13    REACTION TO SEEING THESE QC FAILURE NUMBERS?

02:04PM  14    A.   I WAS DISAPPOINTED, UPSET, CONCERNED BECAUSE THESE ARE

02:04PM  15    HIGH VALUES FOR A FREQUENCY OF QUALITY CONTROL FAILURE, AND

02:04PM  16    IT'S EMBLEMATIC OF TWO POSSIBLE PROBLEMS FROM A DIAGNOSTIC LAB

02:04PM  17    PERSPECTIVE, SEVERAL, BUT MOST IMPORTANTLY ACCURACY OF THE TEST

02:04PM  18    BEING AN ISSUE, THE RELIABILITY OF THE TEST, BUT ALSO

02:05PM  19    TURNAROUND TIME.

02:05PM  20         SO EVEN IF THE TEST IS SOMEHOW INACCURATE, HAVING TO

02:05PM  21    CONSTANTLY RERUN QC WOULD MAKE YOU HAVE TO RERUN TESTS.

02:05PM  22         AND THAT TURNAROUND TIME SOUNDS LIKE, WELL, IT'S NOT A BIG

02:05PM  23    DEAL, IT'S JUST GOING TO TAKE LONGER TO RERUN A LAB TEST.

02:05PM  24         BUT IF YOU HAVE TO RERUN A LAB TEST, SOMETIMES YOU HAVE TO

02:05PM  25    GO BACK AND DO A REDRAW.  SO IF YOU -- YOU'D HAVE TO GET

02:05PM 1    REDRAWN, AND SO THAT HAS IMPACTS FOR THE PATIENT AS WELL.

02:05PM 2    Q.   SO YOU'RE DESCRIBING TWO SEPARATE PROBLEMS REALLY:  ONE

02:05PM 3    ABOUT EFFICIENCY AND SLOWING THINGS DOWN, AND ANOTHER ABOUT

02:05PM 4    ACCURACY PROBLEMS FOR PATIENT TESTS; IS THAT RIGHT?

02:05PM 5    A.   CORRECT.

02:05PM 6    Q.   YOU SAID THAT YOU WERE, I THINK, DISAPPOINTED BY THESE

02:05PM 7    NUMBERS.

02:05PM 8        CAN YOU HELP US UNDERSTAND WHY THAT WAS?  WHAT NUMBERS

02:05PM 9    WERE YOU USED TO OR WHAT NUMBERS WERE YOU HOPING TO SEE IN THIS

02:05PM 10   KIND OF QC TESTING?

02:06PM 11   A.   I'M MORE USED TO A RATE OF CONTROL FAILURE BEING -- AND

02:06PM 12   THEY VARY FROM TEST TO TEST, BUT REALLY BEING MORE THAN IN THE

02:06PM 13   1 PERCENT OR LESS RANGE.

02:06PM 14   Q.   WHEREAS HERE WE SEE THAT SOME ASSAYS WERE FAILING AT A

02:06PM 15   RATE OF 23 PERCENT, OR 30 PERCENT, OR 45 PERCENT, OR EVEN ABOVE

02:06PM 16   50 PERCENT; IS THAT RIGHT?

02:06PM 17   A.   CORRECT.

02:06PM 18   Q.   DOES A QC FAILURE RATE OF 50 PERCENT, OR EVEN 26 PERCENT,

02:06PM 19   CAUSE YOU CONCERNS AS A LAB DIRECTOR ABOUT THE ACCURACY OF

02:06PM 20   PATIENT RESULTS?

02:06PM 21   A.   WELL, IN THE EXAMPLE WHERE THERE'S A -- WHERE THE CONTROL

02:06PM 22   IS FAILING 51.3 PERCENT OF THE TIME, THAT MEANS THAT -- THAT'S

02:06PM 23   LIKE FLIPPING A COIN, SO IF YOU HAVE TAILS, THE MACHINE WORKS,

02:06PM 24   IF YOU HAVE HEADS, IT DOESN'T.

02:06PM 25   Q.   AND IS THAT A FAVORABLE PERCENTAGE FOR A MEDICAL LAB TEST

PANDORI DIRECT BY MR. BOSTIC                                    1643

02:09PM  1    A.   I REMEMBER THAT.

02:09PM  2    Q.   AND HERE WE SEE AN EXAMPLE OF A SITUATION WHERE IT SAYS

02:09PM  3    THAT "EACH READER HAD TWO CONSECUTIVE FAILURES."

02:09PM  4         WOULD IT MAKE IT HARDER TO SOLVE THAT PROBLEM USING

02:09PM  5    ADDITIONAL READERS?

02:09PM  6    A.   YES.

02:09PM  7    Q.   DURING YOUR TIME AT THERANOS, WAS THERE EVER A SATISFYING

02:09PM  8    SOLUTION TO THE PROBLEM OF POOR QC PERFORMANCE ON THE EDISONS?

02:09PM  9    A.   THERE WAS NEVER A SOLUTION TO POOR PERFORMANCE, NO.

02:09PM  10   Q.   AND WERE THOSE PROBLEMS ON YOUR MIND AND PART OF YOUR

02:10PM  11   THINKING WHEN YOU DECIDED TO LEAVE THE COMPANY?

02:10PM  12   A.   PARTLY -- IT WAS A PART OF MANY THINGS ON MY MIND, YEAH.

02:10PM  13   Q.   LET'S SHIFT GEARS AND TALK ABOUT PROFICIENCY TESTING.

02:10PM  14        WERE YOU ALSO INVOLVED IN PROFICIENCY TESTING AS LAB

02:10PM  15   DIRECTOR AT THERANOS?

02:10PM  16   A.   I WAS INVOLVED.

02:10PM  17   Q.   AND WHAT WAS YOUR INVOLVEMENT?  DESCRIBE THAT?

02:10PM  18   A.   WELL, I PAID AN INTEREST IN THE RESULTS OF THEM AND THE

02:10PM  19   PERFORMANCE, AND I SOUGHT TO ENSURE THAT IT WAS BEING DONE

02:10PM  20   PROPERLY FROM A REGULATORY PERSPECTIVE.

02:10PM  21   Q.   AND BASED ON WHAT YOU SAW AT THERANOS, DID YOU HAVE

02:10PM  22   CONCERNS ABOUT THE COMPANY'S PROFICIENCY TESTING PRACTICES?

02:10PM  23   A.   YES.

02:10PM  24   Q.   WHAT WERE THOSE CONCERNS?

02:10PM  25   A.   WHEN I ARRIVED THERE AND LEARNED INITIALLY THAT PT HAD --

PANDORI DIRECT BY MR. BOSTIC                                    1644

02:10PM   1    SHOULD WE EXPLAIN PROFICIENCY TESTING OR --

02:10PM   2    Q.    LET'S DO THAT.   IF YOU COULD GIVE US AN OVERVIEW OF WHAT

02:10PM   3    THAT IS AND HOW IT'S DONE?

02:10PM   4    A.    PROFICIENCY TESTING IS A REGULATORY REQUIREMENT THAT

02:11PM   5    EXISTS FOR LABORATORIES THAT PERFORM DIAGNOSTIC TESTING.

02:11PM   6         IT'S AN EXAM ESSENTIALLY THAT LAB TESTS HAVE TO TAKE TWO

02:11PM   7    OR THREE TIMES A YEAR.

02:11PM   8         SO WHAT HAPPENS IS THAT A THIRD PARTY, A NEUTRAL AGENCY

02:11PM   9    HAS SPECIMENS WHERE THEY KNOW THE ANSWERS TO THOSE SPECIMENS.

02:11PM  10         THEY SEND THEM TO LABS.

02:11PM  11         LABS PERFORM THEIR TESTS ON THOSE SPECIMENS, AND THEN SEND

02:11PM  12    THE RESULTS BACK TO THE AGENCY, AND THE AGENCY GRADES THAT

02:11PM  13    TEST.

02:11PM  14         YOU HAVE TO SCORE 80 PERCENT FOR THAT TEST TO BE

02:11PM  15    CONSIDERED ON LINE.   ANYTHING LESS THAN 100 HAS TO BE

02:11PM  16    INVESTIGATED.

02:11PM  17         THE MOST IMPORTANT THING ABOUT PROFICIENCY TESTING IS THAT

02:11PM  18    IT'S A NEUTRAL WAY TO ASCERTAIN THE QUALITY OF YOUR TEST, BUT

02:11PM  19    THAT IT HAS TO BE PERFORMED IN A MANNER THAT IS IDENTICAL TO

02:11PM  20    THE WAY THAT YOU'RE TREATING PATIENT SPECIMENS, OTHERWISE IN A

02:12PM  21    SENSE IT'S LIKE GETTING SOMEONE ELSE TO TAKE THE TEST FOR YOU.

02:12PM  22    Q.    SO WITH THAT UNDERSTANDING, WHAT WAS IT ABOUT THERANOS'S

02:12PM  23    PROFICIENCY TESTING PRACTICES THAT CAUSED CONCERNS FOR YOU?

02:12PM  24    A.    IT WAS BROUGHT TO MY ATTENTION WHEN I ARRIVED THERE THAT

02:12PM  25    PROFICIENCY TESTING HAD BEEN DONE ON PREDICATE THIRD PARTY --

02:12PM  1    AS YOU REFERRED TO THIRD PARTY EQUIPMENT.

02:12PM  2    Q.   AND WHY WAS THAT A PROBLEM?

02:12PM  3    A.   BECAUSE SOME SPECIMENS WERE BEING TESTED USING THE

02:12PM  4    THERANOS METHODS.

02:12PM  5    Q.   AND SO YOU'RE DESCRIBING A MISMATCH BETWEEN HOW PATIENT

02:12PM  6    TESTING WAS CONDUCTED AND HOW THE PROFICIENCY TESTING WAS DONE?

02:12PM  7    A.   CORRECT.

02:12PM  8    Q.   AND WHY DOES THAT MATTER?

02:12PM  9    A.   WELL, THE REGULATIONS ARE VERY CLEAR AT THE FEDERAL LEVEL

02:12PM  10   AND MOST STATE LEVELS THAT PROFICIENCY TESTING HAS TO BE DONE

02:12PM  11   IN A MANNER IDENTICAL TO THE WAY THAT PATIENT TESTS ARE

02:12PM  12   TREATED.

02:12PM  13       IF PATIENTS AT THERANOS, SPECIMENS ARE BEING TESTED ON TWO

02:13PM  14   DIFFERENT PIECES OF TECHNOLOGY, THEN YOU HAVE TO PERFORM

02:13PM  15   PROFICIENCY TESTING ON BOTH METHODS.

02:13PM  16       IF YOU'RE PERFORMING THEM ON ONE AND NOT THE OTHER, YOU'RE

02:13PM  17   NOT DETERMINING THE QUALITY OR PERFORMANCE IN AN OBJECTIVE

02:13PM  18   MANNER.  YOU'RE NOT DETERMINING THE QUALITY OF THE PERFORMANCE

02:13PM  19   OF THE TEST FOR WHICH PT IS NOT BEING DONE, AND PT IS SHORT FOR

02:13PM  20   PROFICIENCY TESTING.

02:13PM  21   Q.   I SEE.

02:13PM  22       WAS THERE A TIME IN EARLY 2014 WHEN SOME PROFICIENCY

02:13PM  23   TESTING SAMPLES WERE RUN ON THE EDISON?

02:13PM  24   A.   YES.

02:13PM  25   Q.   I'LL ASK YOU TO LOOK AT -- LET'S SEE.  DO WE HAVE TAB 1524

02:16PM  1    SPECIMENS;

02:16PM  2         AND, SECONDLY, I THOUGHT WE COULD SEE HOW WELL THE

02:16PM  3    PREDICATE METHODS -- AT LEAST I COULD GET FIRSTHAND DATA ON HOW

02:16PM  4    WELL THE PREDICATE METHODS MATCHED THE THERANOS METHODS.

02:16PM  5    Q.   OKAY.  AND WHY WAS THAT IMPORTANT TO SEE, THE MATCH OR

02:16PM  6    MISMATCH BETWEEN THERANOS METHODS AND THE PREDICATE METHODS YOU

02:16PM  7    CALLED THEM?

02:16PM  8    A.   WE CALLED THEM -- PREDICATE WAS A TERM THAT WE WOULD USE

02:16PM  9    AT LEAST IN THIS CONTEXT IT WOULD BE AN FDA CLEARED LAB TEST

02:17PM  10   THAT YOU COULD BUY FROM A COMPANY THAT HAS UNDERGONE CLINICAL

02:17PM  11   TRIALS AND IS ROUTINELY IN USE IN SEVERAL DIAGNOSTIC

02:17PM  12   LABORATORIES.

02:17PM  13   Q.   OKAY.  AND SO WHY WERE YOU INTERESTED IN SEEING THAT

02:17PM  14   CORRELATION?

02:17PM  15   A.   WELL, A PREDICATE METHOD IS -- WOULD HAVE BEEN AN

02:17PM  16   EXTRAORDINARILY VETTED METHODOLOGY OF LAB TESTING.

02:17PM  17        THAT IS TO SAY A PREDICATE METHOD WILL HAVE UNDERGONE

02:17PM  18   CLINICAL TRIAL, WHICH ACCORDING TO THE UNITED STATES

02:17PM  19   REGULATIONS IS A MASSIVE AMOUNT OF OBSERVATION AND ASSESSMENT.

02:17PM  20        SO ONE MIGHT FEEL VERY CONFIDENT THAT A PREDICATE METHOD

02:17PM  21   WILL GIVE AN ACCURATE RESULT ON A PATIENT, AND SO I WANTED TO

02:17PM  22   SEE FOR MYSELF WHAT WOULD HAPPEN IF WE COMPARED IT TO A

02:17PM  23   THERANOS METHOD.

02:17PM  24   Q.   OKAY.  LOOKING AT THE DATA THAT RESULTED FOR THE FOUR

02:17PM  25   ASSAYS THAT WERE TESTED -- I GUESS LET ME JUST ASK, DID YOUR

02:18PM  1    WISH COME TRUE?  DID YOU SEE DATA WHERE THERANOS MATCHED THE

02:18PM  2    PREDICATE TESTING CLOSELY?

02:18PM  3    A.    THERE'S QUITE A LOT OF DIFFERENCE IN THESE RESULTS.  YOU

02:18PM  4    WOULD NEED TO BE, YOU KNOW, AN EXPERT TO APPRECIATE THE

02:18PM  5    DIFFERENCES BECAUSE THOSE DIFFERENCES DON'T LOOK LARGE BUT

02:18PM  6    THERE'S LARGE DIFFERENCES THERE.

02:18PM  7         WITH REGARD TO VITAMIN D, THERE'S PARTICULARLY LARGE

02:18PM  8    DIFFERENCES FOR THAT.

02:18PM  9    Q.    AND --

02:18PM  10   A.    BUT FOR THESE OTHER TESTS, THERE ARE DIFFERENCES OF NOTE.

02:18PM  11   Q.    I APOLOGIZE FOR TALKING OVER YOU.

02:18PM  12        FOR VITAMIN D YOU'RE REFERRING TO THE TOP FEW ROWS OF THE

02:18PM  13   CHART?

02:18PM  14   A.    I'M REFERRING TO ROWS 2, 3, 4, AND COLUMNS A THROUGH G.

02:18PM  15   Q.    OKAY.  AND ARE YOU REFERENCING THE DIFFERENCES BETWEEN THE

02:18PM  16   THERANOS RESULTS AS COMPARED TO THE PREDICATE FDA APPROVED

02:19PM  17   RESULTS?

02:19PM  18   A.    I AM.

02:19PM  19   Q.    OKAY.  GENERALLY SPEAKING, WERE YOU HAPPY WITH THESE

02:19PM  20   RESULTS WHEN THEY CAME IN IN FEBRUARY OF 2014?

02:19PM  21   A.    NO, I WAS NOT HAPPY WITH THESE RESULTS.

02:19PM  22   Q.    DID THEY CAUSE YOU TO HAVE CONCERNS ABOUT THE ACCURACY OF

02:19PM  23   THERANOS'S TESTING?

02:19PM  24   A.    YEAH, I HAD -- THESE CAUSED ME TO HAVE CONCERNS ABOUT THE

02:19PM  25   ACCURACY.

02:19PM 1        YOU KNOW, FOR VITAMIN D, THIS IS A TEST THAT GENERALLY IS

02:19PM 2     A COEFFICIENT OF VARIATION FOR -- IF YOU LOOK AT PREDICATE

02:19PM 3     METHODS OUT THERE, IT WOULD BE A TEST THAT WOULD HAVE A

02:19PM 4     COEFFICIENT OF VARIATION OF PROBABLY 10 PERCENT, AND THIS IS

02:19PM 5     WAY BEYOND THAT.

02:19PM 6     Q.    LOOKING AT SOME OF THE TPSA RESULTS, DO YOU SEE THAT THERE

02:19PM 7     WERE TWO SAMPLES THAT WERE RUN TWICE?

02:19PM 8     A.    YEP.

02:19PM 9     Q.    AND THESE RERUNS ARE MARKED IN RED; IS THAT RIGHT?

02:19PM 10    A.    YES.

02:19PM 11    Q.    WHAT, IF ANYTHING, DO YOU DRAW FROM THE PERFORMANCE OF THE

02:20PM 12    PREDICATE METHOD VERSUS THE THERANOS METHOD IN THOSE CASES

02:20PM 13    WHERE THE SAMPLES ARE RUN TWICE?

02:20PM 14    A.    THIS IMPLIES POOR PRECISION, WHICH IS A LABORATORY,

02:20PM 15    QUALITY LABORATORY TERM WHICH APPLIES TO REPEATABILITY.

02:20PM 16        IF YOU THINK OF A DARTBOARD, ACCURACY WOULD BE HOW OFTEN I

02:20PM 17    HIT THE BULL'S EYE.

02:20PM 18        PRECISION WOULD BE HOW OFTEN CAN I -- HOW WELL DO I

02:20PM 19    CLUSTER MY DARTS.

02:20PM 20        SO AN ACCURATE AND PRECISE TEST WOULD BE ALL OF MY DARTS

02:20PM 21    IN THE BULL'S EYE.

02:20PM 22        A PRECISE TEST BUT AN INACCURATE TEST WOULD BE THAT ALL OF

02:20PM 23    MY DARTS ARE CLUSTERED ON THE DARTBOARD, BUT THEY'RE NOT ON THE

02:20PM 24    BULL'S EYE.

02:20PM 25        SO YOU CAN HAVE PRECISION WITHOUT ACCURACY.

PANDORI DIRECT BY MR. BOSTIC

02:20PM  1    WHAT I'M SEEING HERE IS THAT THE PREDICATE METHOD WAS

02:20PM  2    PRECISE.  IT GAVE THE EXACT SAME RESULT ON BOTH OCCASIONS

02:20PM  3    WHEREAS THE THERANOS METHOD GAVE DRASTICALLY, CONSIDERABLY

02:20PM  4    DIFFERENT RESULTS ON BOTH OCCASIONS.

02:21PM  5    Q.   AND DOES SOMETHING LIKE THAT CAUSE CONCERNS ABOUT THE

02:21PM  6    ACCURACY OF PATIENT TESTING?

02:21PM  7    A.   IN THIS CASE BOTH ACCURACY AND PRECISION ARE CALLED INTO

02:21PM  8    QUESTION.

02:21PM  9    Q.   WHEN THIS TESTING WAS CONDUCTED, WERE YOU FAMILIAR WITH A

02:21PM  10   TERM CALLED AAP, OR ALTERNATIVE ASSESSMENT PROFICIENCY?

02:21PM  11   A.   YES.

02:21PM  12   Q.   AND WERE YOU GENERALLY FAMILIAR WITH WHAT THE REGULATIONS

02:21PM  13   SAY ABOUT PROFICIENCY TESTING AND AAP?

02:21PM  14   A.   YES.

02:21PM  15   Q.   AND HOW ABOUT THE INTERNAL THERANOS SOP'S ON PROFICIENCY

02:21PM  16   TESTING, WERE YOU GENERALLY FAMILIAR WITH THOSE?

02:21PM  17   A.   NO.

02:21PM  18   Q.   OKAY.  AS LABORATORY DIRECTOR AT THERANOS, WAS THERE A

02:21PM  19   REASON WHY FAMILIARITY WITH INTERNAL SOP'S WASN'T NECESSARY TO

02:22PM  20   YOUR SOP OR WHY IT HADN'T COME UP?

02:22PM  21   A.   THE SOP FOR PERFORMING PROFICIENCY TESTING, YOUR QUESTION

02:22PM  22   IS WHY -- I'M JUST NOT SURE I UNDERSTAND.

02:22PM  23   Q.   SURE.

02:22PM  24       WAS THE CONTENT OF THAT SOP RELEVANT TO THE WORK THAT YOU

02:22PM  25   WERE DOING AT THE COMPANY?

02:30PM  1    FORMAL SCIENTIFIC EDUCATION?

02:30PM  2    A.   CAN YOU RESTATE.

02:30PM  3    Q.   SURE.

02:30PM  4        THE KIND OF WORK THAT HE'S OFFERING TO DO HERE OR

02:30PM  5    DEMANDING TO DO, REVIEWING THE RAW DATA TO MAKE SURE THE

02:30PM  6    CALIBRATIONS WERE APPLIED, IS THAT THE KIND OF WORK THAT WOULD

02:30PM  7    TYPICALLY BE DONE BY SOMEONE WITH SOME TRAINING IN THE

02:30PM  8    BIOSCIENCES?

02:30PM  9    A.   I WOULD THINK THAT IT WOULD BE DONE BY SOMEBODY WHO HAS

02:30PM  10   EXPERIENCE IN DIAGNOSTIC LAB TESTING, MAYBE ANY KIND OF --

02:30PM  11   MAYBE TO SOME DEGREE BIOSTATISTICS BUT EXPERIENCE IN LAB

02:30PM  12   TESTING IS HOW I WOULD HAVE THOUGHT THAT.

02:30PM  13       AND THEN I REMEMBER THINKING READING THIS, OH, MAYBE HE'LL

02:30PM  14   HAVE SOMEONE ELSE TAKE A LOOK AT IT.

02:31PM  15   Q.   OKAY.   LET'S MOVE UP THROUGH THIS CHAIN AND LOOK AT

02:31PM  16   ANOTHER REACTION BY MR. BALWANI ON PAGE 3.

02:31PM  17       AND ON PAGE 3, LET'S ZOOM IN ON THE MIDDLE OF THE PAGE.

02:31PM  18   MR. BALWANI SAYS, "OUR VALIDATION AGAINST IMMULITE HAS BEEN

02:31PM  19   EXCELLENT IN THE PAST.   IT IS THESE PT SAMPLES THAT ARE OFF."

02:31PM  20       DO YOU SEE THAT?

02:31PM  21   A.   I SEE THAT.

02:31PM  22   Q.   WHAT IS YOUR UNDERSTANDING OF WHAT HE'S SAYING IN THIS

02:31PM  23   EMAIL?

02:31PM  24   A.   WHAT SUNNY IS SAYING IN THIS EMAIL IS THAT A VALIDATION IS

02:31PM  25   A STUDY WHERE YOU'RE TAKING TWO METHODS AND COMPARING THEM TO

PANDORI DIRECT BY MR. BOSTIC

02:33PM  1        HE SAYS, "READING THROUGH THE REGULATIONS MORE FINELY --

02:33PM  2   IF WE DID ENROLL IN PT FOR THERANOS METHODS, WE WOULD NEED TO

02:33PM  3   DO AN ALTERNATE ASSESSMENT PROTOCOL (AAP) IN ANY EVENT."

02:33PM  4        DO YOU SEE THAT?

02:33PM  5   A.   YES.

02:33PM  6   Q.   AND IS THIS WHAT WE WERE DISCUSSING AAP VERSUS STANDARD

02:33PM  7   PROFICIENCY TESTING?

02:33PM  8   A.   YES.

02:33PM  9   Q.   DR. ROSENDORFF THEN ASKS AT THE BOTTOM OF HIS EMAIL, "MY

02:33PM  10  QUESTION IS WHAT PT DO WE REPORT TO COMMERCIAL PT PROVIDERS AND

02:33PM  11  HENCE TO CMS?"

02:33PM  12       DO YOU SEE THAT?

02:33PM  13  A.   YES, I SEE IT.

02:33PM  14  Q.   WAS THAT YOUR CONCERN, TOO, AT THE TIME, WHAT DATA WAS

02:33PM  15  BEING REPORTED TO REGULATORS?

02:33PM  16  A.   IT WAS MY PRIMARY.

02:34PM  17  Q.   LET'S LOOK AT YOUR EMAIL AT THE TOP OF PAGE 1.

02:34PM  18       YOU WRITE BACK TO DR. ROSENDORFF, INCLUDING MR. BALWANI

02:34PM  19  AND MS. HOLMES.

02:34PM  20       YOU SAY, "ADAM,

02:34PM  21       "SEEMS THAT THE THING TO DO WOULD BE TO REPORT THE

02:34PM  22  THERANOS METHODS, AS THEY ARE OUR PRIMARY METHODS.

02:34PM  23       "THIS WOULD KEEP US IN FULL COMPLIANCE OF THE REGS, AND

02:34PM  24  THE LACK OF A PEER GROUP WOULD TRIGGER AN UNGRADED SCORE WHICH

02:34PM  25  WOULD ALLOW US TO EVALUATE OUR PERFORMANCE."

PANDORI DIRECT BY MR. BOSTIC

02:34PM 1      WHY WERE YOU ADVOCATING TO REPORT THE THERANOS METHODS,

02:34PM 2  THE PRIMARY METHODS, TO THE REGULATORS?

02:34PM 3  A.   THEY WERE BEING USED TO RUN A LARGE NUMBER OF THERANOS

02:34PM 4  SPECIMENS.

02:34PM 5  Q.   OKAY.  LET'S LOOK AT TAB 1580, PLEASE, IN YOUR BINDER.

02:35PM 6      AND DO YOU SEE THAT 1580 IS A CONTINUATION OF THAT SAME

02:35PM 7  EMAIL CHAIN?

02:35PM 8  A.   I DON'T -- OH, SORRY.

02:35PM 9  Q.   IN YOUR BINDER.

02:35PM 10  A.   WHAT?

02:35PM 11  Q.   IT'S JUST THE NEXT TAB IN YOUR BINDER, 1580?

02:35PM 12  A.   I WAS LOOKING AT THE SCREEN.

02:35PM 13  Q.   NO PROBLEM?

02:35PM 14  A.   YEAH, I'M THERE.

02:35PM 15  Q.   OKAY.  DO YOU SEE THAT THIS IS A CONTINUATION OF THE SAME

02:35PM 16  EMAIL CHAIN THAT WE WERE JUST LOOKING AT?

02:35PM 17  A.   YES.

02:35PM 18  Q.   AND DO YOU SEE THAT IT CONTINUES TO INCLUDE MR. BALWANI

02:35PM 19  AND MS. HOLMES?

02:35PM 20  A.   YES.

02:35PM 21      MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1580.

02:35PM 22      MR. CAZARES:  NO OBJECTION.

02:35PM 23      THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:35PM 24      (GOVERNMENT'S EXHIBIT 1580 WAS RECEIVED IN EVIDENCE.)

02:35PM 25  BY MR. BOSTIC:

02:35PM  1    Q.   LET'S START AT THE BOTTOM HALF OF THE PAGE.

02:35PM  2         FIRST, DO YOU SEE, DR. PANDORI, THE EMAIL FROM

02:35PM  3    ADAM ROSENDORFF REGARDING AAP?

02:36PM  4    A.   YES.

02:36PM  5    Q.   OKAY.  AND THEN MS. HOLMES'S RESPONSE TO THAT; CORRECT?

02:36PM  6    A.   YES.

02:36PM  7    Q.   AND THEN SHE WRITES, "WE ENGAGED TOP COUNSEL ON THIS SOME

02:36PM  8    TIME AGO.  SUNNY WILL DEBRIEF YOU TOMORROW -- IT IS CRITICAL

02:36PM  9    THAT NO ONE IS GUESSING ON MATTERS LIKE THESE."

02:36PM  10        DO YOU SEE THAT?

02:36PM  11   A.   YES.

02:36PM  12   Q.   AND IN EXPRESSING THE VIEWS THAT YOU AND DR. ROSENDORFF

02:36PM  13   WERE EXPRESSING, WERE YOU GUESSING ABOUT THE REQUIREMENTS?

02:36PM  14   A.   NO.

02:36PM  15   Q.   WAS IT PART OF YOUR JOB TO UNDERSTAND HOW TO PROPERLY

02:36PM  16   CONDUCT PROFICIENCY TESTING AT A LAB LIKE THIS?

02:36PM  17   A.   IT'S PART OF MY JOB AS A LABORATORY DIRECTOR AND IT'S PART

02:36PM  18   OF DR. ROSENDORFF'S JOB AS A LABORATORY DIRECTOR, AND IT'S A

02:36PM  19   NATURAL AND NORMAL THING DONE IN ALL DIAGNOSTIC LABORATORIES.

02:36PM  20   Q.   LET'S GO UP TO MR. BALWANI'S RESPONSE AT THE TOP OF

02:36PM  21   PAGE 1.

02:37PM  22        AND LET'S DIVIDE THIS UP SO WE CAN ZOOM IN A LITTLE BIT

02:37PM  23   MORE ACTUALLY.  LET'S TAKE THE FIRST HALF FIRST.  THANK YOU.

02:37PM  24        YOU SEE THAT MR. BALWANI WRITES IN THAT TOP LINE, "I AM

02:37PM  25   EXTREMELY IRRITATED AND FRUSTRATED BY FOLKS WITH NO LEGAL

02:37PM 1    BACKGROUND TAKING LEGAL POSITIONS AND INTERPRETATIONS ON THESE

02:37PM 2    MATTERS AND JUNIOR CLIA AND NON-CLIA PERSONNEL CHALLENGING OUR

02:37PM 3    CLIA SOP'S."

02:37PM 4         DO YOU SEE THAT?

02:37PM 5    A.   YES.

02:37PM 6    Q.   IN YOUR VIEW AS LABORATORY DIRECTOR AT THIS TIME, WAS

02:37PM 7    COMPLIANCE WITH PROFICIENCY TESTING JUST A LEGAL REQUIREMENT?

02:37PM 8    A.   COMPLIANCE WITH PT TESTING SERVES A REGULATORY

02:37PM 9    REQUIREMENT, BUT IT REALLY IS -- YOU CAN LOOK AT IT THAT WAY,

02:37PM 10   BUT PERFORMING PT PROPERLY IS ESSENTIAL FOR AN OBJECTIVE MANNER

02:38PM 11   IN ASSESSING THE QUALITY AND ACCURACY OF YOUR LAB TESTS, AND

02:38PM 12   THAT SERVES A PATIENT SAFETY FUNCTION, WHICH IS IN MY MIND MORE

02:38PM 13   IMPORTANT THAN THE REGULATIONS, BUT PROBABLY WHY REGULATIONS

02:38PM 14   EXIST OF COURSE.

02:38PM 15   Q.   AND IS THAT ASPECT OF IT, THE PATIENT SAFETY ASPECT,

02:38PM 16   SOMETHING THAT YOU WERE CONCERNED WITH AS LABORATORY DIRECTOR?

02:38PM 17   A.   YES.

02:38PM 18   Q.   IN THE SECOND PARAGRAPH OF MR. BALWANI'S EMAIL HE SAYS,

02:38PM 19   "THESE PAST FEW DAYS, WE HAVE WASTED SO MUCH TIME TALKING TO

02:38PM 20   PEOPLE OUTSIDE OF CLIA WHO HAVE COME TO US TO SHARE THAT OUR PT

02:38PM 21   ON VITAMIN D ON EDISON HAS FAILED.  THESE PT SAMPLES SHOULD

02:38PM 22   HAVE NEVER RUN ON EDISONS TO BEGIN WITH."

02:38PM 23        DO YOU SEE THAT?

02:38PM 24   A.   YES.

02:38PM 25   Q.   YOU TESTIFIED EARLIER THAT IT HAD BEEN YOUR DECISION TO

02:38PM  1    RUN THESE SAMPLES ON THE EDISONS?

02:38PM  2    A.   YES.

02:38PM  3    Q.   DID YOU AGREE WITH MR. BALWANI THAT THAT WAS A MISTAKE?

02:38PM  4    A.   I DID NOT AGREE WITH MR. BALWANI THAT THAT WAS A MISTAKE.

02:38PM  5    Q.   AND WHY DID YOU DISAGREE?

02:39PM  6    A.   BECAUSE IT IS ESSENTIAL BY WAY OF REGULATIONS THAT PT'S

02:39PM  7    ARE TREATED THE SAME WAY THAT PATIENT SPECIMENS ARE TREATED,

02:39PM  8    OTHERWISE YOU'RE NOT TRULY DETERMINING THE QUALITY OF YOUR

02:39PM  9    PROCESS AND YOU'RE NOT HAVING AN OBJECTIVE AND PROPER

02:39PM  10   ASSESSMENT OF THE TEST.

02:39PM  11   Q.   LET'S ZOOM OUT AND GO IN ON THE BOTTOM TWO PARAGRAPHS OF

02:39PM  12   MR. BALWANI'S RESPONSE.

02:39PM  13        AND IN THAT BOTTOM PARAGRAPH YOU SEE THAT HE SAYS IN THE

02:39PM  14   MIDDLE, "NO PERSONAL OPINIONS.  RIGHT NOW, EVERY CLS OR TS OR

02:39PM  15   GS CONSIDERS THEMSELVES AS REGULATORY EXPERT," AND THEN HE

02:39PM  16   UNDER LINES, "AND THIS CULTURE MUST BE NIP IN THE BUD."

02:39PM  17        DO YOU SEE THAT?

02:39PM  18   A.   YEAH, I SEE THAT.

02:39PM  19   Q.   FIRST OF ALL, AS LABORATORY DIRECTOR AT THE TIME, DID YOU

02:39PM  20   FEEL QUALIFIED TO GIVE YOUR INPUT ON WHAT PROFICIENCY TESTING

02:40PM  21   SHOULD LOOK LIKE AT THE LAB?

02:40PM  22             MR. CAZARES:  OBJECTION.  IT CALLS FOR LEGAL

02:40PM  23   CONCLUSION TESTIMONY.

02:40PM  24             THE COURT:  ARE YOU ASKING HIM HIS KNOWLEDGE OF THE

02:40PM  25   SCOPE OF HIS EMPLOYMENT?

02:40PM 1      MR. BOSTIC:  EXACTLY, YOUR HONOR.  I'M HAPPY TO

02:40PM 2  REPHRASE THAT.

02:40PM 3      THE COURT:  WHY DON'T YOU.  THANK YOU.

02:40PM 4  BY MR. BOSTIC:

02:40PM 5  Q.   DR. PANDORI, BASED ON YOUR UNDERSTANDING OF YOUR JOB

02:40PM 6  RESPONSIBILITIES AND THE SCOPE OF YOUR EMPLOYMENT, WAS IT PART

02:40PM 7  OF YOUR RESPONSIBILITY TO GIVE YOUR OPINION AND INPUT ON HOW

02:40PM 8  PROFICIENCY TESTING WAS RUN AT THERANOS?

02:40PM 9      MR. CAZARES:  702.

02:40PM 10      THE COURT:  OVERRULED.

02:40PM 11      THE WITNESS:  I WASN'T NEVER -- I WASN'T ENTIRELY

02:40PM 12  CLEAR.  I DIDN'T HAVE A LIST OF JOB DESCRIPTIONS AND THAT, SO I

02:40PM 13  TOOK IT UPON MYSELF TO MAKE SURE THAT THE LAB WAS RUNNING

02:40PM 14  PROPERLY IN ANY WAY THAT I COULD.

02:40PM 15      AND BECAUSE I HAD A LOT OF EXPERIENCE IN DIRECTING

02:40PM 16  LABORATORY ACTIVITIES AND LOOKING AT PT'S AND I'M BOARD

02:40PM 17  CERTIFIED AS A HIGH COMPLEXITY LABORATORY DIRECTOR, I FELT THAT

02:41PM 18  I COULD CONTRIBUTE IN A MEANINGFUL WAY TO THIS CONVERSATION.

02:41PM 19  BY MR. BOSTIC:

02:41PM 20  Q.   YOU LEFT THERANOS IN MAY 2014; IS THAT RIGHT?

02:41PM 21  A.   CORRECT.

02:41PM 22  Q.   DURING YOUR TIME AT THE COMPANY, DID THERANOS EVER PERFORM

02:41PM 23  PROFICIENCY TESTING IN A WAY THAT SATISFIED YOU?

02:41PM 24  A.   I DON'T RECALL I LEFT SO SOON.

02:41PM 25  Q.   WAS THERANOS'S APPROACH TO PROFICIENCY TESTING PART OF THE

02:41PM 1    REASONS WHY YOU LEFT THE COMPANY?

02:41PM 2    A.   IT WAS PART.

02:41PM 3    Q.   THE PROBLEMS YOU SAW AT THERANOS, WERE THEY LIMITED TO THE

02:41PM 4    EDISON DEVICE OR DID YOU ALSO SEE PROBLEMS WITH THE THERANOS

02:41PM 5    MODIFIED THIRD PARTY DEVICES?

02:41PM 6    A.   THERE WERE PROBLEMS WITH THE HACKED EQUIPMENT AS WELL.

02:42PM 7    Q.   WHAT PROBLEMS DID YOU SEE WITH THOSE ITEMS?

02:42PM 8    A.   WELL, THEY WERE -- THEY HAD QUALITY CONTROL ISSUES AS I

02:42PM 9    RECALL, BUT THEY ALSO -- I HAD HEARD THAT THEY HAD GIVEN A

02:42PM 10   NUMBER OF RESULTS THAT LED ME TO BELIEVE THAT THEY WERE

02:42PM 11   GENERATING UNRELIABLE RESULTS.

02:42PM 12   Q.   IF I COULD ASK YOU TO TURN TO TAB 1562 IN YOUR BINDER,

02:42PM 13   PLEASE.

02:42PM 14        MR. CAZARES:  I'M SORRY, WHAT NUMBER, COUNSEL?

02:42PM 15        MR. BOSTIC:  1562.

02:42PM 16        THE WITNESS:  YES.

02:42PM 17   BY MR. BOSTIC:

02:42PM 18   Q.   AND AT 1562, DO YOU SEE AN EMAIL CHAIN BETWEEN YOU AND

02:42PM 19   DR. ROSENDORFF RELATING TO AN EVALUATION OF MODIFIED ANALYZERS

02:42PM 20   AT THERANOS?

02:42PM 21   A.   YES.

02:43PM 22        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1562.

02:43PM 23        MR. CAZARES:  ONE MOMENT, YOUR HONOR.

02:43PM 24        (PAUSE IN PROCEEDINGS.)

02:43PM 25        MR. CAZARES:  NO OBJECTION.

02:46PM  1     A.   I SEE THAT.

02:46PM  2     Q.   AND DR. ROSENDORFF RESPONDS, "FOR SURE THE INSTRUMENT BIAS

02:46PM  3     IS EXACERBATED WITH THE P-PROTOCOLS."

02:46PM  4          CAN YOU EXPLAIN FOR US WHAT THAT MEANS?

02:46PM  5     A.   YEAH.  HE'S SAYING THAT IN A SENSE THERE'S A CHANCE FOR A

02:46PM  6     MUCH HIGHER INACCURACY IF YOU'RE RUNNING THE DELETED P PROTOCOL

02:46PM  7     COMPARED TO THE PREDICATE MACHINE, I MEAN THE PREDICATE METHOD,

02:46PM  8     SORRY.

02:46PM  9          AND THAT WITH P PROTOCOLS THAT THERE'S SOMETHING ABOUT --

02:47PM  10    THERE'S A FUNCTION ASPECT TO THE INSTRUMENT THAT IF YOU TRY TO

02:47PM  11    RUN THESE DILUTED SPECIMENS ON IT, IT DOESN'T WORK AS WELL,

02:47PM  12    JUST TO BE SORT OF PLAIN ABOUT IT.

02:47PM  13    Q.   AND THE TERM "INSTRUMENT BIAS," CAN YOU GIVE US A QUICK

02:47PM  14    DEFINITION OF WHAT THAT IS REFERRING TO?

02:47PM  15    A.   SO THAT THE INSTRUMENT MIGHT INTRODUCE SOME CHANGE OR

02:47PM  16    VARIATION IN A COUNT OR A MEASUREMENT, AND THAT THAT VARIATION

02:47PM  17    OR THAT AMOUNT OF CHANGE TO THE RESULT, OR MEASUREMENT I SHOULD

02:47PM  18    SAY, IS SOMEHOW EXACERBATED OR MADE MORE SERIOUS WHEN YOU RUN

02:47PM  19    THE P SPECIMENS AND THE P PROTOCOL SPECIMENS.

02:47PM  20    Q.   IN OTHER WORDS, DID THE THERANOS MODIFIED VERSIONS OF

02:47PM  21    THESE DEVICES WORK WORSE THAN THE UNMODIFIED VERSIONS?

02:47PM  22    A.   CAN YOU RESTATE THAT?

02:47PM  23    Q.   SURE.  DID THE THERANOS MODIFIED ANALYZERS WORK WORSE THAN

02:48PM  24    THE UNMODIFIED VERSIONS?

02:48PM  25              MR. CAZARES:  OBJECTION.  LEADING.

1
2
3                    CERTIFICATE OF REPORTER
4
5
6
7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10   CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16        IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074
17
18
19        DATED:  MARCH 30, 2022
20
21
22
23
24
25

# Exhibit 2



**UNITED STATES POSTAL INSPECTION SERVICE**
**MEMORANDUM OF INTERVIEW**

CASE NUMBER : 2204323-MF

PERSON INTERVIEWED : Dr. Mark Pandori

PLACE OF INTERVIEW : United States Attorney's Office, San Jose, CA

DATE OF INTERVIEW : March 22, 2022

TIME OF INTERVIEW : 5:20 P.M.

INTERVIEWED BY : Assistant United States Attorney John Bostic

On March 22, 2022, Dr. Mark Pandori (PANDORI) was interviewed at the San Jose office of the United States Attorney in preparation for potential trial testimony. David Pandori, PANDORI's brother, was present as his counsel. The following is a summary of the statements made during the interview. This report may not document all statements made during the interview which have been memorialized in previous memoranda.

PANDORI testified in a deposition related to a Theranos civil matter. He has not testified in any other civil or criminal proceedings.

PANDORI was employed at Theranos from mid-December 2013 until May 2014 when he resigned. He left the company because he felt Theranos' technology was not fully developed nor did it function properly; misrepresentations were made by Theranos sales representatives and Theranos upper management, about the capabilities of Theranos' technology; laboratory personnel were not allowed to use their training and experience to properly troubleshoot lab matters; and lab personnel's professional opinions were disregarded by Sunny Balwani (BALWANI) and Elizabeth Holmes (HOLMES).

PANDORI said misrepresentations about Theranos' ability to run diagnostic testing from small samples were made to physicians and discussed in at least one distinct telephone call he attended with Theranos sales representatives and product managers. HOLMES also misrepresented the technology in multiple published news articles. These misrepresentations were not supported by reality. PANDORI said Theranos VIPs were mislead about how their blood samples were processed. While not present for VIP meetings, PANDORI inferred from his conversations with product managers about the timeliness of the results that these VIPs believed their samples would be run on devices different than how they were actually run. PANDORI had no direct contact with VIPs.

The Edison device ran only one assay at a time.

US1-001275



**UNITED STATES POSTAL INSPECTION SERVICE**
**MEMORANDUM OF INTERVIEW**

PANDORI said Max Fosque (FOSQUE) and Nick Menschell (MENSCHELL) referred to the modified third-party devices as "hacked."

PANDORI reviewed trial exhibit 1491 and said a QC failure prevented a certain assay discussed in the document from being run.  The Immulite was a third-party analyzer, but PANDORI could not remember what assays were run on it.  PANDORI never saw any blood testing devices outside of the testing area.

PANDORI reviewed trial exhibit 1522 and said HOLMES and BALWANI wanted samples from VIPs different than normal patient samples, namely that they are run first and done more quickly than other samples.  PANDORI remembered one specific instance where a result received extra scrutiny from Daniel Young's (YOUNG) group where the results were "massaged."

PANDORI reviewed trial exhibit 1528.  PANDORI stated in the document, "I guess my growing concern is why these fail so often."  QC for the Theranos devices failed very often, more than in his prior experience.  He discussed these issues with ROSENDORFF who never disagreed with PANDORI's assessment.  There was a possibility of a cartridge manufacturing issue, but there was no data to prove or disprove that hypothesis.  There were three components of blood testing that needed to be examined when issues arose: human, machine, and reagents.  PANDORI never saw a convincing solution to the observed problems.

PANDORI reviewed trial exhibit 1595 and said that because quality control failed so often, he developed a temporary plan to identify functional devices for use in the lab with the goal of improving the turnaround-time.  This was not a cure all plan and it was not ideal to run one specimen on two devices at a time.  PANDORI was concerned that Theranos might have run samples on a device that functioned for QC, but otherwise were not functional.

PANDORI reviewed trial exhibit 1633 and said a 26% failure rate of Edison assays was not acceptable.  Ideally, a lab would hope for an overall failure rate of less than one percent.  Failure rates of greater than 50% indicated a test was very unreliable for patient testing.  These failure rates in March 2014 were typical of PANDORI's time at the company.

PANDORI reviewed trial exhibit 5771 and said it was his idea to run proficiency testing samples on the Edison devices.  Regulation required proficiency testing samples be run on the methods used for patient testing.  This was not done at Theranos as the company ran proficiency testing using the unmodified methods not reflective of patient testing. Theranos mislead CMS and the proficiency testing organizations.  It was not PANDORI's decision to run proficiency testing in the way it was done at Theranos, and ROSENDORFF agreed with PANDORI's assessment. Certified labs can be shutdown for running proficiency testing incorrectly or dishonestly.

US1-001278