**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   April 1, 2022
Time in Court:        8:33-9:13 AM; 9:15-10:32 AM; 11:39 AM - 1:41 PM; 2:05-3:16 PM
            **(TOTAL Time: 4 hrs, 10 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Agent – Christopher McCollow
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:    Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                  Aaron Brecher, Molly McCafferty, Sachi Schuricht

Also present: Paralegal – Jennifer Cygnor
Also present: Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Motion Hearing and Jury Trial (Day 12):**

**Motion Hearing** 40 min. [8:33-9:13 AM]

Hearing on 2022-03-31 [1384] Balwani Motion to Strike Improper Expert and Other Prohibited Testimony.  Argument of Counsel heard.  Court will not strike prior testimony as such testimony does not arise to 702 testimony.

**Jury Trial:** 3 hrs, 30 min. [9:15-10:32 AM; 11:39 AM - 1:41 PM; 2:05-3:16 PM]

Jury Trial held April 1, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 5, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:     1620, 5770, 1599
Defendants:  20478, 20418, 20258, 20282, 3526, 1513, 5545, 7440, 20279, 20281, 20254

**The following exhibits are admitted into evidence:**
Plaintiffs:     1620, 5770
Defendants:   20478, 20258, 20282, 1513, 5545, 7440, 20281, 20254

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: April 1, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 9:15 am | Jury enters Courtroom |
| | | 9:21 am | Court in session; Jury present |
| | | 9:22 am | Court addresses Jury re previous admonishment |
| | | 9:23 am | Witness #2 takes stand – Dr. Mark William Pandori testimony Continues |
| Ex. 1620 | Obj. | 9:30 am | ADMITTED into Evidence – Mar. 2014 Email String re Update: Week ending 3/16 |
| Ex. 5770 | | 9:35 am | ADMITTED into Evidence – 4/8/2014 Email String re Quick Question on disclosing information on PT testing |
| Ex. 1599 | Obj. | 9:38 am | OFFERED. |
| | | 9:39 am | Further foundation to be laid |
| Ex. 1599 | Obj. | 9:41 am | OFFERED. |
| | | | Sustained as to the document itself.  No Admission. |
| | | 10:02 | Cross-examination by defense |
| | Ex. 20478 | 10:07 am | ADMITTED into Evidence – Oct. 2013 Email String re Welcome to Theranos |
| | | 10:32 am | Court breaks for 67 minutes |
| | | 11:39 am | Court in session out of presence of Jury |
| | | | Witness #2 – Dr. Mark Pandori departs courtroom |
| | | | Court and counsel conduct housekeeping matters related to |
| | | 11:48 | Jury returns |

2

| TRIAL DATE: April 1, 2022 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Witness #2 – Dr. Pandori takes the stand; testimony continues | |
| | | 11:56 am | Ex. 9939 – Previously conditionally admitted into Evidence on the basis that future witness will authenticate – Theranos Standard Operating Procedure -CLIA Laboratory dated 11/26/2013 | |
| Obj. | Ex. 20418 | 12:10 pm | OFFERED. CLSI Guidelines | |
| | | 12:11 pm | Reserved to address later | |
| | Ex. 20258 | 12:57 | ADMITTED into Evidence – 2/25/2014 Email Chain re Parallel testing of VitD, TSH, PSA and FT4 | |
| | Ex. 20282 | 1:03 pm | ADMITTED into Evidence - Feb. 2014 Email String re FYI (accreditation by CAP – auditors could be from competitor companies) | |
| Obj. | Ex. 3526 | 1:08 pm | OFFERED. | |
| | | | Further foundation to be laid | |
| Obj. | Ex. 3526 | 1:11 pm | Re-OFFERED. | |
| | | | Sustained. | |
| | Ex. 1513 | 1:13 pm | ADMITTED into Evidence – Jan-Feb 2014 Email String re ADVIA 1 | |
| Obj. | Ex. 5545 | 1:19 pm | OFFERED. | |
| | | | Further foundation laid | |
| | Ex. 5545 | 1:21 pm | ADMITTED into Evidence – 2014-05-08 Edlin Email re Updated PT/Audit Renewals since 3/18 (redacted and no attachments) | |
| | | 1:41 pm | Court breaks for 26 minutes | |
| | | 2:05 pm | Jury present; Witness #2 Dr. Pandori present and on stand | |
| | | | Court in session. | |
| | Ex. 7440 | 2:08 pm | ADMITTED into Evidence - April 2014 Email Stroing re slides pt, aap (and attachment: aa ppt th mwp v1.pptx: Proficiency Testing & Quality Assessment of Theranos Methods) | |
| Obj. | Ex. 20279 | 2:22 pm | OFFERED. Email to Rosendorf - Transition Report 5/30/2014 and attachment Memo M W Pandori re topics in clinical laboratory | |
| | | | Sustained. | |

3

| | | | |
|---|---|---|---|
| **TRIAL DATE: April 1, 2022** | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| Obj. | Ex. 20281 | 2:27 pm | ADMITTED into Evidence – 5/30/2014 Pandori/Rosendorf Email String re transition report. |
| Obj. | Ex. 20279 | | Re-Offered. |
| | | | Sustained - authentication |
| Obj | Ex. 20279 | 2:31 pm | Re-Offered |
| | | | Sustained. |
| Obj. | Ex. 20254 | 2:37 pm | ADMITTED into Evidence – 2014-01-29 Balwani/Pandori Email String re processes around samples and results |
| | | 2:40 pm | Side-Bar Discussion |
| | | 2:44 pm | Side-Bar ends |
| | | 2:46 pm | Court admonishes Jury |
| | | | Jury exits Courtroom |
| | | | Witness exits Courtroom |
| | | 2:47 pm | Court in session out of presence of Jurors and witnesses |
| | | 3:16 pm | Court adjourns |
| | | | Jury Trial Continued to April 5, 2022, at 9:00 AM |
| | | | |
| | | | |