UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER: **5:18-CR-00258-2 EJD**

## Minute Order and Trial Log

Date:  April 5, 2022
Time in Court:          9:00-11:00 AM; 11:34 AM – 1:12 PM; 1:46-4:06 PM
          **(TOTAL Time: 5 hrs, 48 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Agent – Christopher McCollow
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                Aaron Brecher, Molly McCafferty, Sachi Schuricht

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial:**

Jury Trial held April 5, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 6, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:    5797, 5172, 578, 792, 1901, 5206, 3233, 7753, 5780, 5781, 5783, 5784, 5785, 5788,
         5789, 5791, 5790, 5794, 5085, 3283, 13711, 5141, 3533, 3527, 5190, 5209, 2623,
         4859, 5454, 5795, 5796
Defendants: 20505, 20511, 20508, 20510, 20512, 20128, 20130, 20129, 20135, 20514, 20516,
         20517, 372, 20206, 20209, 20210, 20211, 20212, 20213, 20214, 4176

**The following exhibits are admitted into evidence:**
**Plaintiffs:    5797, 5172, 578, 792, 1901, 5206, 3233, 7753, 5780, 5781, 5783, 5784, 5785, 5788,
         5789, 5791, 5790, 5794, 5085, 3283, 13711, 5141, 3533, 3527, 5190, 5209, 2623,
         4859, 5454, 5795, 5796**

**Defendants: 20505, 20511, 20508, 20510, 20512, 20128, 20130, 20129, 20135, 20514, 20516,
         20517, 372, 20206, 20209, 20210, 20211, 20212, 20213, 20214, 4176**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

## TRIAL LOG

| TRIAL DATE: April 5, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:00 am | Court in session outside of presence of Jurors to discuss housekeeping matters with counsel | |
| | | 9:11 am | Jury Enters Courtroom | |
| | | 9:13 am | Court in session; Jury present | |
| | | | Court addresses Jury re previous admonishment | |
| | | 9:16 am | Witness #3 sworn – So Han Spivey | |
| | | 9:17 am | Witness #3, So Han Spivey, takes the stand | |
| Ex. 5797 | Obj. | 9:32 am | OFFERED. | |
| | | | ADMITTED into Evidence (pursuant to 8036) – *Consolidated Financial Statements, Theranos, Inc. Years Ended December 31, 2008 and 2007*, ERNST & YOUNG, June 26, 2009 | |
| Ex. 5172 | | 10:00 am | ADMITTED into Evidence – Financial Spreadsheet re Theranos, Inc. Cash Balance, 1/3/2011 – 6/26/2016 | |
| Ex. 578 | | 10:16 am | ADMITTED into Evidence – 2012-04-05 Email String re 2010 Updated Post-close entries schedule – and Attachment:  2010 updated post-close entries schedule | |
| Ex. 792 | | 10:22 am | ADMITTED into Evidence – 2013-02-12 Yam/Holmes/Balwani Email String re Stanford (as Landlord to Theranos) – and Attachments: Financial Statement Analysis Template – Theranos 2012.xlsx and FS 2012.xlsx | |
| Ex. 1901 | | 10:29 am | ADMITTED into Evidence – August 2014 Email String re Theranos – 2013 Tax Return PBC – and Attachment: TB123113.xlsx | |
| Ex. 5206 | | 10:36 AM | ADMITTED in Evidence (pursuant to 8036) – Mar – Apr 2015 Email String re Theranos: 409A valuation analysis – March 25, 2015 valuation date – and Attachment: ARANCA, *An Aranca Report – Theranos, Inc., FMV of common stock as of March 25, 2015*, Apr. 6, 2015 | |

| **TRIAL DATE: April 5, 2022** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| Ex. 3233 | Obj | 10:49 am | ADMITTED into Evidence (pursuant to 8036) – Theranos, Inc. & Subsidiary Form 8879-C – Tax Year Ending 2015 [prepared by Moss Adams, LLP] | |
| Ex. 7753 | | 10:55 am | ADMITTED into Evidence – Nov. 2-3, 2016, Yam/Gellman Email String re Pharmaceutical payments for milestones – Privileged & Confidential, and Attachments: List of receipts from Pharma; contract summary; related contracts | |
| | | 11:00 am | Court breaks for 34 minutes | |
| | | 11:34 am | Court in session; Jury present; Witness #3 So Han Spivey present. | |
| | | 11:35 am | So Han Spivey takes stand; testimony continues | |
| Ex. 5780 | | 11:36 am | ADMITTED into Evidence – Comerica Bank Statement of Account - Commercial Checking Statement of Theranos Inc. for period Aug 1-31, 2013 | |
| Ex. 5781 | | 11:39 am | ADMITTED into Evidence – Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Sep. 1-31, 2013 | |
| Ex. 5783 | | 11:41 am | ADMITTED into Evidence - Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Dec. 1-31, 2013 | |
| Ex. 5784 | | 11:43 am | ADMITTED into Evidence - Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Jan 1-31, 2014 | |
| Ex. 5785 | | 11:46 am | ADMITTED into Evidence – Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Feb. 1-28, 2014 | |
| Ex. 5788 | | 11:48 am | ADMITTED into Evidence - Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Oct. 1-31, 2014 | |
| Ex. 5789 | | 11:49 am | ADMITTED into Evidence – Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Nov. 1-30, 2014 | |
| 5791 | | 11:51 am | ADMITTED into Evidence - Comerica Bank Statement of Account – Commercial Checking Statement of Theranos Inc. for period Dec. 1-31, 2014 | |
| 5790 | | 11:54 am | ADMITTED into Evidence - Wells Fargo Bank Statement – Account Summary WellsOne Account of Theranos Inc. for periods 11/7/2014 – 5/31/2016 | |

| TRIAL DATE: April 5, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| 5794 | | 11:57 am | ADMITTED into Evidence – Theranos Shareholder List |
| 5085 | | 12:04 pm | ADMITTED into Evidence – May 24-25, 2013, Holmes/Yam (Spivey) Email Chain re 409a – aranca valuation of company stock valuation |
| 3283 | | 12:08 pm | ADMITTED into Evidence – July 30-31, 2013, Yam (Spivey)/Balwani/Holmes Email String re per our conversation with Attachment: Theranos Projections 2013-2014 v2 (formated).xlsx |
| 13711 | | 12:13 pm | ADMITTED into Evidence - Aug. 2013 Holmes/Balwani/Yam (Spivey) Email Chain re 409a projection |
| 5141 | Obj | 12:16 pm | ADMITTED into Evidence - Dec. 7-8, 2014, Email String re 409A Valuation Report, with Attachment: 12/6/2013 aranca Report – *Theranos, Inc., FMV of common stock as of September 30, 20213* |
| 3533 | | 12:20 pm | ADMITTED into Evidence – 2014-02-16 Yam (Spivey) Email to Holmes re 409a prep |
| 3527 | | 12:23 pm | ADMITTED into Evidence – 12/21-23/2014 Holmes/Yam (Spivey) Email String re 409A |
| 5190 | Obj | 12:26 pm | ADMITTED into Evidence – 12/31/2014 Yam (Spivey) Email to Holmes re 409A report, and Attachment: 12/31/2014 ARANCA REPORT – *Theranos, Inc., FMV of common stock as of December 15, 2014* |
| 5209 | Obj | 12:32 pm | ADMITTED into Evidence – 4/13/2015 Yam (Spivey) Email to Holmes re 409A report as of 3/25/15, with Attachment: 4/6/2015 ARANCA REPORT – *Theranos, Inc. FMV of common stock as of March 25, 2015* |
| 2623 | | 12:35 pm | ADMITTED into Evidence – 06/25/2015 - 07/16/2015 Email Chain re sunil dhawan and re 409A |
| 4859 | | 12:40 pm | ADMITTED Conditionally into Evidence (subject to another witness laying foundation) – Theranos Confidential - *Projected Statement of Income* for periods ending 12/31/2014 and 12/31/2015 |
| 5454 | | 12:46 pm | ADMITTED into Evidence – 07/24-25/2015 Email String re Horizon Media, and Attachment: DJ copy points.docx |
| 5795 | | 12:51 pm | ADMITTED into Evidence – 06/25/2015 Yam (Spivey) Email to Balwani re Please approve this wire |
| 5796 | | 12:53 pm | ADMITTED into Evidence – Theranos Internal Document: Summary of Expenses by Category |
| | | 12:59 pm | Ex. 5387H – Previously Admitted: 2011-2016 Misc. Text Messages |
| | | 1:12 pm | Court breaks for 34 minutes |

4

| TRIAL DATE: April 5, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 1:46 pm | Court in Session; Jury present; Witness #3, So Han Spivey, present. | |
| | | 1:48 pm | Cross-examination of So Han Spivey begins. | |
| | Ex. 20505 | 1:57 pm | ADMITTED into Evidence – 08/13/2009 Balwani Letter to Theranos re loan customer agreement between Theranos and Fidelity – Balwani Guarantor for $10M | |
| | Ex. 20511 | 2:01 pm | ADMITTED into Evidence – 04/19/2010 Email String re Loan for Theranos – Balwani now Guarantor for $12M | |
| | Ex. 20508 | 2:04 pm | ADMITTED into Evidence – 08/28/2009 Holmes Conditional Offer of Employment Letter to Balwani as Vice Chairman | |
| Obj | Ex. 20510 | 2:11 pm | Defense Offers Ex. 20510 | |
| | | | Objection Sustained; further foundation to be laid | |
| Obj | Ex. 20510 | 2:12 pm | Defense Offers Ex. 20510 | |
| | | | Objection sustained; further foundation to be laid re personal knowledge | |
| | Ex. 20510 | 2:13pm | ADMITTED into Evidence – Theranos, Inc. Minutes of a Meeting of the Board of Directors – Friday, October 30, 2009 | |
| | Ex. 20512 | 2:16 pm | ADMITTED into Evidence – Theranos, Inc. Minutes of Meeting of the Board of Directors – Tuesday, August 10, 2010 | |
| | Ex. 20128 | 2:25 pm | ADMITTED into Evidence – Notice of Exercise - Common Stock Purchase Warrant | |
| | Ex. 20130 | 2:29 pm | ADMITTED into Evidence – 04/14/2010 Theranos, Inc. 2004 Stock Plan – Early Exercise | |
| | Ex. 20129 | 2:37 pm | ADMITTED into Evidence – 08/21/2011 Theranos Inc. 2004 Stock Plan – Early Exercise | |
| | Ex. 20135 | 2:39 pm | ADMITTED into Evidence – 12/16/2011 Theranos Inc. 2004 Stock Plan – Early Exercise | |
| | Ex. 20514 | 3:01 pm | ADMITTED into Evidence – Theranos, Inc. Minutes of a Meeting of the Board of Directors – Tuesday, January 20, 2015 | |
| | Ex. 20516 | 3:06 pm | ADMITTED into Evidence – Theranos, Inc. Minutes of a Meeting of the Board of Directors – January 14, 2013 | |
| | Ex. 20517 | 3:07 pm | ADMITTED into Evidence – Theranos, Inc. Minutes of a Meeting of the Board of Directors – April 15, 2015 | |
| | Ex. 372 | 3:10 pm | ADMITTED into Evidence – Theranos/Walgreens Master Purchase Agreement, July 20, 2010 | |

| TRIAL DATE: April 5, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | Ex. 20206 | 3:18 pm | ADMITTED into Evidence – Portion of Theranos Manufacturing Facility | |
| | Ex. 20209 | 3:21 pm | ADMITTED into Evidence – 02/7/2012 Lease agreement headquarter space from Stanford | |
| | Ex. 20210 | 3:22 pm | ADMITTED into Evidence – Lease Agreement for Newark bmr-pacific research center march 6, 2012 | |
| | Ex. 20211 | 3:23 pm | ADMITTED into Evidence – Lease Agreement between Theranos and SkySong Office 3 for lab space in Arizona, 5/30/2014 | |
| | Ex. 20212 | 3:25 pm | ADMITTED into Evidence – Jan/Feb 2015 Email String re business permit for new facility – East Pennsboro Township | |
| | Ex. 20213 | 3:27 pm | ADMITTED into Evidence – 01/20/2015 Commercial Lease between Theranos and 1250 Associates re new facility in Camphill, PA | |
| | Ex. 20214 | 3:29 pm | ADMITTED into Evidence – Jan 2016 Email String re misc. leases expiration dates | |
| | | 3:32 pm | ADMITTED into Evidence – Previously marked Ex. 578 (spreadsheet) | |
| | Ex. 4176 | 3:34 pm | ADMITTED into Evidence – Theranos, Inc. and Subsidiary Consolidated Statement of Operations – Years Ended December 31, 2013, 2012, 2011 and 2010 | |
| | | 3:46 pm | Redirect by Mr. Robert Leach | |
| | | 3:52 pm | Re-Cross by Mr. Coopersmith | |
| | | 3:53 pm | Witness excused. | |
| | | 3:54 pm | Court admonishes Jury | |
| | | 3:55 pm | Jury exits Courtroom | |
| | | | Court in session outside presence of Jury to address housekeeping matters with Counsel | |
| | | 4:06 pm | Court adjourned | |
| | | | Jury Trial Continued to April 6, 2022 | |

6