**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

**TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI***
**CASE NUMBER: 5:18-CR-00258-2 EJD**

### Minute Order and Trial Log

Date:   April 6, 2022
Time in Court:        8:50-11:30 AM; 12:10 PM-1:59 PM;  2:32-4:02 PM
                      **(TOTAL Time:  5 hrs, 59 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Agent – Christopher McCollow
                      Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                      Aaron Brecher, Amanda McDowell, Shawn Estrada,
                      Sachi Schuricht, Molly McCafferty, Amanda McDowell,
                      Serena Nichols

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:**

**Jury Trial:**

Jury Trial held April 5, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 12, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:     188, 200, 201, 192, 223, 259, 262, 291, 277, 959, 961, 860, 871, 966, 957, 1014,
               1157, 3070, 3965, 3981,
Defendants:  20279, 20498, 20277, 20496, 20501, 20255, 20461, 20444, 20460, 20456, 20265,
               20458, 20490, 20521, 10574

**The following exhibits are admitted into evidence:**
**Plaintiffs:     188, 200, 201, 192, 223, 259, 262, 291, 277, 959, 961, 860, 871, 966, 957, 1014,
               1157, 3070, 3965, 3981**
**Defendants:  20279, 20498, 20277, 20496, 20501, 20255, 20461, 20444, 20460, 20456, 20265,
               20458, 20490, 20521, 10574**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### HONORABLE EDWARD J. DAVILA

**Case Name:** *United States v. Ramesh Sunny Balwani*
**Case No:  5:18- CR-00258-2 EJD**

### TRIAL LOG

| TRIAL DATE: April 6, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:50 am | Court in session outside of presence of Jurors to discuss housekeeping matters with counsel |
| | | 9:23 am | Court in session; Jury present |
| | | | Court addresses Jury re previous admonishment |
| | | 9:24 am | Witness #2, Mark Pandori, takes the stand |
| | | | Cross-examination of Dr. Pandori continues |
| | Ex. 20279 | 9:29 am | ADMITTED into Evidence – 5/30/2014 Email to Adam Rosendorff re transition report (and Attachment, transition MWP 05_2014.docx) |
| | Ex. 20498 | 9:39 am | ADMITTED into Evidence – 5/30/2014 Pandori Email to Ramamurthy and Balwani re Transition Report, and Attachment – MWP_05_2014.docx |
| | Ex. 20277 | 9:48 am | ADMITTED into Evidence – 5/21/2014 Pandori/Rosendorff Email String re draft email to CLIA Laboratory Members |
| | Ex. 20496 | 9:52 am | ADMITTED into Evidence – 5/27/2014 Ramamurthy Email to Pandori re Transition |
| Obj | Ex. 20501 | 9:57 am | ADMITTED into Evidence (Fed. R. Evid. 8036) – 5/30/2014 Pandori/Balwani Email String re HCV small volume thoughts |
| | Ex. 20255 | 10:03 am | ADMITTED into Evidence – 01/30/2014 Email String re VIP samples |
| Obj | Ex. 20461 | 10:10 am | 12/11/2013 Patel Email to Pandori re TNAA LDT validation reports, and Attachment(s) – draft validation reports |
| | Ex. 20444 | 10:14 am | ADMITTED into Evidence – 12/13/2013 Pandori Email to Patel and Rosendorff re naat validation |
| | Ex. 20460 | 10:18 am | ADMITTED into Evidence – Dec 2013 Pandori/Patel Email String re b. parapertussi valid. Sugg. |
| | Ex. 20456 | 10:21 am | ADMITTED into Evidence – 1/11/2014 Pandori Email to Balwani re Edisons et al. |

| | | | |
|---|---|---|---|
| **TRIAL DATE: April 6, 2022** | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | Ex. 20265 | 10:24 am | ADMITTED into Evidence – 3/17-18/2014 Balwani/Pandori/Young Email String re PA |
| | Ex. 20458 | 10:31 am | Feb. 2014 Young/Comp.Bio/Joshi/Pandori/ Rosendorff Email String re Wired Article |
| | Ex. 20490 | 10:35 am | ADMITTED into Evidence – May 2014 Pandori/Hadziahmetovic/ Pangarkar/ Rosendorff/Doshi/Souppe/Riener/Alamdar Email String re Edisons |
| | Ex. 20521 | 10:43 am | ADMITTED into Evidence – May 2014 Email String re 33050 and 23321 |
| | | 10:48 am | Government Re-Direct of Dr. Pandori |
| | | 11:30 am | Court breaks for 40 minutes |
| | | 12:10 pm | Defense Re-Cross of Dr. Pandori |
| | | 12:17 pm | Witness #2, Dr. Mark Pandori, excused |
| | | 12:18 pm | Witness #4, Dr. Constance Cullen sworn and takes the stand. |
| | | 12:19 pm | Government's Direct of Dr. Constance Cullen |
| Ex. 188 | | 12:24 pm | ADMITTED into Evidence – Feb/Mar 2009 Email String re Follow up to our call |
| Ex. 200 | | 12:31 pm | ADMITTED into Evidence – Theranos/Schering Corporation Services Agreement, 4/29/2009 |
| Ex. 201 | | 12:34 pm | ADMITTED into Evidence – Apr 2009 Email String re Need an invoice for Schering-Plough, and Attachment: 4/29/2009 Theranos Invoice SP09001 to Schering-Plough Research Institute and Protocol |
| Ex. 192 | | 12:37 pm | ADMITTED into Evidence – 3/30/2009 Meeting Reminder: Subject – Schering-Plough folks here – Draft agenda attached, and Attachment: Draft Meeting Agenda |
| Ex. 223 | | 12:41 pm | ADMITTED into Evidence – 6/16/2009 Frenzel/Cullen Email String re Assay Development |
| Ex. 259 | | 12:44 pm | ADMITTED into Evidence – Dec 2009/Jan 2010 Email String re Validation Report, and Attachment: Theranos Multiplexed Assay Panel Validation Report – Human IL-6, Human TNF-α, Human CRP (hs) |
| Ex. 262 | | 12:48 pm | ADMITTED into Evidence – Dec 2009/Jan 2010 Email String re Validation Report |

| TRIAL DATE: April 6, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| Ex. 291 | Obj | 12:53 pm | ADMITTED into Evidence (for limited purpose of knowledge of recipient and not for truth of matter – top email only and attachments) – 4/14/2010 Holmes Email to Jung re Follow Up from Walgreens, and Attachment: Excerpts from GSK Metabolic Study Report |
| Ex. 277 | Obj | 12:59 pm | ADMITTED into Evidence (for limited purpose of knowledge of recipient and not for truth of matter – top email only) – 3/19/2010 Holmes Email to Shepard (cc: Balwani) re times to talk, and Attachment: multiplex panel validation report FDA |
| | | 1:04 pm | Cross-examination by Defense |
| | Ex. 10574 | 1:18 pm | ADMITTED into Evidence – Mar 2010 Holmes/Cullen Email String re Follow-up |
| | | 1:21 pm | Government Re-Direct of Dr. Constance Cullen |
| | | 1:22 pm | Witness #4, Dr. Constance Cullen, excused |
| | | 1:22 pm | Government calls Daniel Edlin to the Stand |
| | | 1:23 pm | Witness #5, Daniel Edlin, sworn, and takes the Stand |
| | | 1:24 pm | Government begins direct examination of Daniel Edlin |
| | | 1:59 pm | Court breaks for 33 minutes |
| | | 2:32 pm | Jury present; Witness #5, Daniel Edlin, returns to the Stand. |
| | | | Court in session in presence of Jury and witness |
| | | | Government's direct examination of Daniel Edlin continues |
| Ex. 959 | | 2:36 pm | ADMITTED into Evidence – Aug 2013 Email String re Demo on 8/13 – 4s and minilab |
| Ex. 961 | | 2:51 pm | ADMITTED into Evidence – Aug 12-13, 2013, Edlin/Holmes/Balwani Email String re devices in the demo room for tomorrow's meeting |
| Ex. 860 | | 2:55 pm | ADMITTED into Evidence – May 31 – Jun 1, 2013 Email String re Sample running right now, and Attachment: Theranos Lab Report – Theranos Test report Technology Demonstration |
| Ex. 871 | | 3:09 pm | ADMITTED into Evidence – Jun 2013 Email String re demo next Tuesday (6/11) @ noon |
| Ex. 966 | | 3:14 pm | ADMITTED into Evidence (email only) – 2013-08-14 Young Email to C. Holmes, Edlin, E. Holmes, Balwani, Blickman re demo results 8_13_2013 |

| TRIAL DATE: April 6, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Ché Robinson |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| Ex. 957 | Obj | 3:19 pm | Offered |
| | | | Further foundation to be laid |
| Ex. 957 | | 3:20 pm | ADMITTED into Evidence (Fed. R. Evid. 8036) – 8/13/2013 Email String re demo workflow |
| Ex. 1014 | | 3:24 pm | ADMITTED into Evidence – Aug 2013 Email String re *important Demo this Thursday, /22** - PLEASE REPLY |
| Ex. 1157 | | 3:33 pm | ADMITTED into Evidence (Fed. R. Evid. 8036) – 9/23/2013 Email String re Demo tomorrow morning at ~10AM |
| Ex. 3070 | | 3:37 pm | ADMITTED into Evidence (Note: Admitted subject to redaction of patient name) – 12/27/2015 Email String re Messaging for VIP guest - |
| Ex. 3965 | Obj | 3:47 pm | ADMITTED into Evidence (not admitted to the truth of matter but notice as to website content and issues thereto) – 9/4/2013 Blickman Email to Holmes et al. re .COM PDF + Jim Fox's comments, and Attachment: Screenshots of Theranos website |
| Ex. 3981 | Obj | 3:53 pm | ADMITTED into Evidence (not admitted to the truth of matter but notice as to website content and issues thereto) – Sep 5-6, 2013 Email String re Theranos website comments |
| | | 3:59 pm | Court admonishes Jury |
| | | 4:00 pm | Jury departs Courtroom |
| | | | Witness #5, Daniel Edlin, released for day |
| | | 4:02 pm | Court adjourns |
| | | | Jury Trial Continued to April 12, 2022, at 9:00 AM |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TRIAL DATE: April 6, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |