STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00258 EJD |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

[PROPOSED] ORDER
CR-18-00258-EJD

1

1  This Cause having come before the Court upon the government's Administrative Motion for
2  Leave to File Document Under Seal.  After due consideration:
3  IT IS HEREBY ORDERED that United States' Administrative Motion is GRANTED.
4  IT IS HEREBY ORDERED that Exhibit 4 attached to the Declaration of Kelly I. Volkar in
5  support of the United States' Response to Defendant Balwani's Motions *In Limine*, filed on December 6,
6  2021 at ECF No. 1183-4 shall be maintained partially under seal until further order of the Court.
7  The redactions are appropriate to protect patient names and associated sensitive medical information.
8  IT IS SO ORDERED.

10  DATED:  April 5, 2022

12  Hon. Edward J. Davila
United States District Judge