JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL CERTAIN EXHIBITS SUPPORTING HIS MOTIONS IN LIMINE**<br><br>Judge:     Honorable Edward J. Davila |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

On November 19, 2021, Defendant Ramesh "Sunny" Balwani submitted an administrative

motion to seal certain portions of exhibits to his motions in limine.

The Court, having reviewed the motion to seal, finds good cause and hereby **GRANTS** Mr.

Balwani's motion.  Two exhibits are memoranda of interviews of patients E.T. and B.B., which are

sealed to preserve the medical privacy of the patients. Two exhibits are correspondence from the

government to defense counsel, which are redacted to protect the privacy and other rights of

unindicted co-conspirators in the charged conspiracies.

**IT IS SO ORDERED.**

Dated:   April 7, 2022

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT
BALWANI'S ADMIN MOTION TO SEAL CERTAIN
EXHIBITS TO MILS, CASE NO. 18-CR-00258-EJD