UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>RAMESH "SUNNY" BALWANI,<br>Defendant. | Case No.  5:18-cr-00258-EJD-2<br><br>**ORDER OF REDACTION** |

The Court intends to file its Order Denying Motion for Dismissal or Other Remedies provisionally under seal. The Court has granted the Government's and Defendant Ramesh "Sunny" Balwani's motions to seal their opposition and reply papers in connection with Balwani's motion because they discuss in extensive detail an ongoing criminal investigation. Dkt. Nos. 1376, 1377. For the same reasons, the Court finds it appropriate to partially seal its order denying the motion and the transcript of the March 29, 2022 hearing on the motion because those documents contain the same information. *See, e.g.*, *Press-Enter. Co. v. Superior Court of Cal. for Riverside Cnty.*, 478 U.S. 1, 8–9 (1986) ("[I]t takes little imagination to recognize that there are some kinds of government operations that would be totally frustrated if conducted openly. A classic example is that 'the proper functioning of our grand jury system depends upon the secrecy of grand jury proceedings.'" (quoting *Douglas Oil Co. v. Petrol Stops Nw.*, 441 U.S. 211, 218 (1979)); *United States v. Index Newspapers LLC*, 766 F.3d 1072, 1093 (9th Cir. 2014); *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987).

The parties are ordered to meet and confer and submit proposed redactions to the Court's

order and the transcript of the March 29, 2022 proceedings by **April 15, 2022**. The Court will then post a redacted version of its order on the public docket.

**IT IS SO ORDERED.**

Dated: April 8, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00258-EJD-2
ORDER OF REDACTION

2