UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No.   5:18-cr-00258-EJD-2<br><br>**ORDER DIRECTING CLERK TO UNSEAL ECF 1389, 1390 AND 1391** |

The Clerk of Court is direct to unseal ECF 1389, 1390 and 1391.

**IT IS SO ORDERED.**

Dated: April 8, 2022

EDWARD J. DAVILA
United States District Judge