JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMESH "SUNNY" BALWANI, <br><br> Defendant. | Case No. 18-CR-00258-EJD <br><br> **[PROPOSED] ORDER GRANTING RAMESH "SUNNY" BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBITS 504, 551, 983, 1496, AND 1776 AND RELATED TESTIMONY** <br><br> Judge:   Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On April 8, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to exclude Trial Exhibits 504, 551, 983, 1496, and 1776, as well as certain related testimony.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE