JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>　　　　　　Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF AMY WALSH RE: DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBITS 504, 551, 983, 1496, And 1776 AND RELATED TESTIMONY**<br><br>Date:  April 12, 2022<br>Time:  8:30 a.m.<br>CTRM:  4, 5th Floor<br><br>Judge:  Honorable Edward J. Davila |

## DECLARATION OF AMY WALSH

I, Amy Walsh, declare as follows:

1. I am counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted *pro hac vice* in the above-captioned matter, and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP.

2. Attached as **Exhibit 1** is a copy of an email chain, including a January 19, 2012 email from Daniel Edlin to Stephen D. Cook (Elizabeth Holmes copied) attaching a background report on USASOC & Theranos, Inc., designated as Trial Exhibit 504.

3. Attached as **Exhibit 2** is a copy of an email chain, including a March 8, 2012 email from Daniel Edlin to Kevin K. Chung (Elizabeth Holmes copied) attaching a report titled "Confidential Briefing US Department of Defense," designated as Trial Exhibit 551.

4. Attached as **Exhibit 3** is a copy of an undated PowerPoint presentation titled "Theranos Confidential Overview," designated as Trial Exhibit 4869.

5. Attached as **Exhibit 4** is an August 20, 2013 email from Daniel Edlin to Christian Holmes and Jeffrey Blickman, designated as Trial Exhibit 983.

6. Attached as **Exhibit 5** is a copy a January 31, 2014 email from Daniel Edlin to Christian Holmes and Elizabeth Holmes, designated as Trial Exhibit 1496.

7. Attached as **Exhibit 6** is a copy of a June 12, 2014 article in *Fortune* by Roger Parloff entitled "This CEO's Out for Blood," designated as Trial Exhibit 1776.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 8, 2022 at San Jose, California.

*s/ Amy Walsh*
AMY WALSH