JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-cr-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT APRIL 11, 2022 STATUS CONFERENCE**<br><br>Hon. Edward J. Davila |

1  The undersigned defendant hereby waives the right to be present in court at the Status
2  Conference, scheduled for April 11, 2022 at 2:45 PM.  The undersigned defendant further agrees
3  that his interests will be deemed represented at the April 11 hearing by the presence of his
4  attorneys, the same as if the defendant himself was personally present in court.

DATED: April 11, 2022

_____
RAMESH "SUNNY" BALWANI

DATED: April 11, 2022

_____/s/ Jeffrey Coopersmith_____
JEFFREY B. COOPERSMITH

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022 a copy of this filing was delivered via ECF on all counsel of record.

        *s/ Jeffrey Coopersmith*
JEFFREY B. COOPERSMITH
Attorney for Ramesh "Sunny" Balwani