UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 11, 2022     **Time:** 2:50-3:03 PM     **Judge:** Edward J. Davila

**Total Time:** 13 minutes

**Case No.:** 18-cr-00258-2 EJD     **Case Name:** *United States v. Ramesh "Sunny" Balwani* (NP) (NC)

**Attorney for Plaintiff:** Jeffrey Schenk

**Attorney for Defendant:** Jeffrey Coopersmith, Stephen Cazares

**Deputy Clerk:** Chere Robinson     **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – Status re Trial

Defendant's presence waived.  Defendant not in custody.  Hearing held.

Court conducts housekeeping and scheduling matters outside of presence of jurors. April 12, 2022, trial date is cancelled, and Jury Trial continued to April 13, 2022.

**CASE CONTINUED TO: April 13, 2022, at 8:30 AM for Jury Trial.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Chere Robinson
Courtroom Deputy
Original: Efiled
CC: