UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 12, 2022    **Time:** 10:19-10:30 AM    **Judge:** Edward J. Davila
**Total Time:** 11 minutes

**Case No.:** 18-cr-00258-2 EJD    **Case Name:** *United States v. Ramesh "Sunny" Balwani* (P)(NC)

**Attorney for Plaintiff:**   Jeffrey Schenk, Kelley Volkar, John Bostic, Robert Leach

**Attorney for Defendant:**   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Sachi Schuricht, Amari Hammonds

**Deputy Clerk:** Cheré Robinson    **Court Reporter:** Irene Rodriguez

**PROCEEDINGS**
**(Jury Trial Status Conference – Procedural Matters Only)**

Defendant present and not in custody, and consents to proceeding remotely.

Hearing held out of presence of Jury and witnesses. Court discusses procedural matters and trial schedule with Counsel.

**CASE CONTINUED TO: April 13, 2022, at 8:30 A.M. for Motion Hearing and Jury Trial.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: