JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>　　　　　Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH RE: DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO ALLOW CROSS-EXAMINATION RELATING TO DR. ADAM ROSENDORFF'S POST-THERANOS EMPLOYMENT**<br><br>Judge:  Honorable Edward J. Davila |
|---|---|

# DECLARATION OF JEFFREY B. COOPERSMITH

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted to practice in the State of California, a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Mr. Balwani. I submit this declaration in support of Mr. Balwani's motion to allow cross-examination relating to Dr. Adam Rosendorff's post-Theranos employment.

2. Attached as **Exhibit 1** is a true and correct copy of a January 22, 2015 At-Will Employment, Confidential Information, Invention Assignment and Arbitration Agreement between Invitae Corporation and Dr. Adam Rosendorff, marked as Trial Exhibit ("TX") 20447.

3. Attached as **Exhibit 2** is a true and correct copy of an August 28, 2017 separation agreement between Invitae Corporation and Dr. Adam Rosendorff, marked as TX 20346, redacted to protect personal information.

4. Attached as **Exhibit 3** is a true and correct copy of Invitae Corporation's November 9, 2021 Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 10-Q) for the quarterly period ended September 30, 2021.

5. Attached as **Exhibit 4** is a true and correct copy of a March 31, 2022 email from government counsel (Robert Leach) to defense counsel (Molly McCafferty) titled "U.S. v. Balwani – Letter from J. Coopersmith."

6. Attached as **Exhibit 5** is a true and correct copy of a March 18, 2021 press release by the United States Attorney's Office for the Northern District of California titled "uBiome Co-Founders Charged With Federal Securities, Health Care Fraud Conspiracies," marked as TX 20420.

7. Attached as **Exhibit 6** is a true and correct copy of a February 19, 2021 notice from the California Department of Public Health to Dr. Adam Rosendorff and Timothy Bow, marked as TX 20347.

1

Coopersmith Decl. ISO Motion to
Allow Cross-Examination
Case No. 18-CR-00258-EJD

1        8.       Attached as **Exhibit 7** is a true and correct copy of an April 23, 2021 notice from the California Department of Public Health to Dr. Adam Rosendorff and Timothy Bow, marked as TX 20348.

       9.       Attached as **Exhibit 8** is a true and correct copy of a May 6, 2021 notice from the Centers for Medicare & Medicaid Services to Dr. Adam Rosendorff, marked as TX 20349, redacted to protect personal information.

      10.      Attached as **Exhibit 9** is a true and correct copy of an email chain, including a May 26, 2021 email from Dr. Adam Rosendorff to Madhuri Hegde and LeeAnn Dennewitz titled "Resigning from PerkinElmer," marked as TX 20446 (redactions original to the document as received in discovery, and to protect personal information).

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 12, 2022, at San Jose, California.

                                                */s/ Jeffrey B. Coopersmith*
                                                JEFFREY B. COOPERSMITH