UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258 EJD<br><br>TRIAL STIPULATION NO. 2 RE: ONLINE PUBLICATION DATE OF *WIRED MAGAZINE* ARTICLE |

The United States and Ramesh Balwani, through undersigned counsel, hereby stipulate and agree as follows:

The *Wired Magazine* article, included as a link in Trial Exhibit 20458 and discussed during Dr. Pandori's testimony, was published by *Wired Magazine* online on February 18, 2014.

DATED: April 13, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

JOHN C. BOSTIC
ROBERT S. LEACH
JEFF SCHENK
Assistant United States Attorneys

DATED: April 13, 2022

ORRICK, HERRINGTON &
SUTCLIFFE LLP

JEFFREY B. COOPERSMITH
AMY WALSH
STEPHEN A. CAZARES
Counsel for Defendant
Ramesh "Sunny" Balwani