**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   April 13, 2022
Time in Court:        8:36-9:25 AM; 9:32-11:16 AM; 11:50 AM – 2:06 PM; 2:39-4:13 PM
                      **(TOTAL Time:  6 hrs, 21 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Aaron Brecher, Shawn Estrada, Amanda McDowell,
                                 Sachi Schuricht

Also present: Paralegal – Jennifer Cygnor
Also present: Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Motion Hearing and Jury Trial (Day 17):**

**Motion Hearing and Housekeeping Matters:**  49 min. [8:36- 9:25 AM]

Hearing on 2022-04-08 [1396] Motion to Exclude Trial Exhibits 504, 551, 983, 1496, and 1776 and Related Testimony.  Argument of Counsel heard.

**Jury Trial:** 5 hr 32 min [9:32-11:16 AM; 11:50 AM – 2:06 PM; 2:39-4:13 PM]

Jury Trial held April 13, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 15, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:      5805, 5804, 1090, 5801, 1940, 4869, 1752, 1776, 504, 588, 5413, 5387I
Defendants:   7239, 7747, 20186, 7243, 20538, 20537, 20486, 7244, 20550, 966A, 20536, 20173,
              20175, 20547, 20548, 10467, 10469, 20166, 10468, 10558, 20167, 10554

**The following exhibits are admitted into evidence:**
Plaintiffs:      5805, 5804, 1090, 5801, 1940, 4869, 1752, 504, 588, 5413, 5387I
Defendants:    7239, 7747, 20186, 7243, 20538, 20537, 20486, 7244, 20550966A, 20536, 20173,
              20175, 20547, 20548, 10467, 10469, 10468, 10558, 20167, 10554

1

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

## TRIAL LOG

| TRIAL DATE: April 13, 2022 | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:36 AM | Court in session outside of presence of Jury and witness |
| | | | Hearing held on [1396] Defendant's Motion to Exclude Trial Exhibits 504, 551, 983, 1496, and 1776 and Related Testimony |
| | | | Court and Counsel address other scheduling and housekeeping matters |
| | | | Court breaks for 7 minutes |
| | | 9:30 AM | Jury enters Courtroom |
| | | 9:32 AM | Court in session in presence of Jury |
| | | | Court addresses Jurors re previous admonishment, seating arrangements and adjustments to trial schedule |
| | | 9:34 AM | Witness #5 Daniel Edlin takes the Stand |
| | | | Government continues direct examination of Daniel Edlin |
| 5805 | | 9:42 AM | ADMITTED Into Evidence – Archived Theranos Website Pages – Feb 8, 2014 |
| 5804 | Obj | 9:59 AM | ADMITTED Into Evidence - 2013/09/09/ C. Holmes Email to Walgreens re new mechanical for patient brochure, and attachment |
| 1090 | Obj | 10:04 AM | ADMITTED Into Evidence – 2013-09-06 Email Chain re Readback |
| 5801 | | 10:10 AM | ADMITTED Into Evidence – 2014-02-18 Blickman Email to Holmes et al. re WIRED article, and Attachment – 2014-02-18 WIRED Article |
| 1940 | | 10:15 AM | ADMITTED Into Evidence – 2014-09-16 Edlin Email to Holmes and Blickman re Contents of Confidential Investment Materials Binders |
| 4869 | | 10:19 AM | ADMITTED Into Evidence – Presentation: Confidential Investment Materials for Rupert Murdoch |

| **TRIAL DATE: April 13, 2022** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 1752 | | 10:27 AM | ADMITTED Into Evidence – May 21 - June 1, 2014, Edlin/Holmes/Blickman Email String re re Roger Parloff - aggregated action items, and attachment – Theranos Multiplexed Planel Validation Report Schering Plough.pdf | |
| 1776 | Obj | 10:32 AM | Offered into evidence | |
| | | | Objection Sustained | |
| 504 | | 10:36 AM | ADMITTED Into Evidence – Dec 2011-Jan 2012 Maj. Cook/Holmes/Edlin Email String re Lab Set, and attachment – Background and Overview document re Theranos | |
| 588 | | 10:48 AM | ADMITTED Into Evidence - 4/23-24/2012 Edgar/Holmes Email Chain re Theranos Update to Gen. Mattis | |
| 1027 | | 10:51 AM | ADMITTED Into Evidence – Jul/Aug 2013 Email String re THERANOS Limited Objective Experiment (LOE) | |
| 5413 | Obj | 11:05 AM | Offered into evidence | |
| | | | Further foundation to be laid | |
| 5413 | Obj | 11:06 AM | Offered into evidence | |
| | | 11:07 AM | ADMITTED Into Evidence (not for truth of matter) – July 2014 Email Chain re Patient requesting physician call regarding lab results | |
| | | 11:16 AM | Court breaks for 34 minutes | |
| | | 11:50 AM | Court in session out of presence of Jury and witness | |
| | | 11:54 AM | Jury returns to Courtroom | |
| | | 11:55 AM | Government continues direct examination of Witness #5 Daniel Edlin | |
| 5387I | | 11:57 AM | ADMITTED Into Evidence – Misc. Balwani/Holmes text messages | |
| | | 12:16 PM | Government completes direct examination of Daniel Edlin | |
| | | 12:18 PM | Defense begins cross-examination of Daniel Edlin | |
| 7239 | Obj | 12:33 PM | Offered into Evidence | |
| | | | Further foundation laid | |

| TRIAL DATE: April 13, 2022 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  |  | ADMITTED Into Evidence – 2012-06-21 Pangarkar Email to Holmes re Cytometry assay development reports | |
| 7747 |  | 12:55 PM | ADMITTED Into Evidence – Picture of Theranos 4s device | |
| 20186 |  | 12:58 PM | ADMITTED Into Evidence – Diagram of Thernaos Sample Processing Unit (miniLab) – Image of Thernaos 4s device | |
| 7243 |  | 1:05 PM | ADMITTED Into Evidence – 7/31 – 8/1/2012 Holmes/Young/Edlin Email Chain re Minilab | |
| 20538 (p. 30) |  | 1:11 PM | ADMITTED Into Evidence (Pg. 30 only) – Depiction of device home screen – belmondo THERANOS CT$_3$ DIARY / VERSION # 2a/ MAY 22, 2013 | |
| 20537 |  | 1:16 PM | ADMITTED Into Evidence - Video instruction of use of Theranos testing device | |
| 20486 |  | 1:28 PM | ADMITTED Into Evidence – Apr 1-3, 2013 Balwani/Eldin/Young Email String to Eldin re DoD app | |
| 7244 | Obj | 1:34 PM | ADMITTED Into Evidence – 2012-08-01 Email String re Mens' health cartridge demo on 7.16 in Chicago | |
|  |  | 2:06 PM | Court breaks for 33 minutes | |
|  |  | 2:39 PM | Jury enters Courtroom | |
|  |  |  | Court in session | |
|  |  | 2:41 PM | Defense continues cross-examination of Daniel Eldin | |
| 20550 |  | 2:45 PM | ADMITTED Into Evidence – Jul 2013 Email String re Summary of Historical Edison numbers so we have a fixed point of reference on numbers going forward. | |
| 966A |  | 2:53 PM | ADMITTED Into Evidence – 2013-08-14 Young Email to C. Holmes, Edlin, E. Holmes, Balwani, Blickman re demo results 8_13_2013, and attachment – Lab Report – 8/13/2013 Theranos Test Report Technology demonstration | |
| 20536 |  | 2:57 PM | ADMITTED Into Evidence – Nov 13-14, 2013 Email Chain re WAG Specimens Tonight | |
| 20173 |  | 3:01 PM | ADMITTED Into Evidence – 2014-01-07 Balwant Email re demo Friday | |
| 20175 |  | 3:04 PM | ADMITTED Into Evidence – Jan 2014 Fosque/Young/Edlin Email Chain re Demo Report for Review, and attachment – Theranos Lab Report Technology Demonstration – Khanna, Vivek | |

| TRIAL DATE: April 13, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 20547 | | 3:08 PM | ADMITTED Into Evidence – 11/09/2012 Latto Email to Balwani et al re Theranos MAR/COMM – contact report – indicating attachments: Theranos White Board Notes.pdf, Theranos Brand Archetypes.pdf, Theranos nov7 audience insight v1.pdf, Theranos nov7 consumerworld.pdf, Theranos Contact Report Nov7.pdf | |
| 20548 | | 3:10 PM | ADMITTED Into Evidence – Nov 2012 Email String re Deliverables and timing, and attachment – table re list of deliverables (slide decks and brochures), completion dates and notes | |
| 10467 | | 3:19 PM | ADMITTED Into Evidence – Aug/Sep 2013 Email String re 3 info graphic questions for our website | |
| 10469 | | 3:23 PM | ADMITTED Into Evidence – 8/30/2013 Edlin Email to Holmes re Analyte Decay Graph for .COM – Feedback needed tonight; attachment – Analyte decay.ppt | |
| 10468 | | 3:25 PM | ADMITTED Into Evidence – Aug 2013 Email Chain re Analyte Decay Graph for .COM – Feedback needed tonight | |
| 20166 | Obj | 3:29 PM | Offered into evidence. | |
| | | | Reserved for later | |
| | | 3:31 PM | Demonstrative presented to Court and Counsel – Theranos Website | |
| | | 3:34 PM | Row 1 of Demonstrative displayed (not admitted as evidence) | |
| 10558 | | 3:46 PM | ADMITTED Into Evidence – Sep 2013 Email String re Brochure feedback | |
| 20167 | | 3:51 PM | ADMITTED Into Evidence – Sep 2013 Email string re Media Inquiry from G2 Intelligence | |
| 10554 | | 3:54 PM | ADMITTED Into Evidence – Aug 2013 Email String re Theranos Stats/Sources for Joe Rago Interview | |
| | | 3:58 PM | Court admonishes Jury | |
| | | 3:59 PM | Jury and Witness exit Courtroom | |
| | | | Juror #8 remains | |
| | | 4:01 PM | Court seals Courtroom | |
| | | | Court in session with Counsel and Juror #8 | |
| | | 4:04 PM | Juror #8 departs Courtroom | |

| TRIAL DATE: April 13, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Court in session out of presence of Jury and witnesses | |
| | | 4:13 PM | Court adjourns | |
| | | | Jury Trial Continued to April 15, 2022 | |