UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   April 15, 2022
Time in Court:          9:03-10:43 AM; 11:10 AM – 12:00 PM
**(TOTAL Time: 2 hrs, 30 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                  Aaron Brecher, Amanda McDowell, Shawn Estrada,
                                  Sachi Schuricht


Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial:**

Jury Trial held April 15, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 19, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:
Defendants:  10462, 7694, 13993, 13993A, 13986, 10446, 10457, 20160, 20472, 20161, 20162,
             10472, 4018, 20546, 20542, 20544, 20545, 13988, 20183

**The following exhibits are admitted into evidence:**
Plaintiffs:
**Defendants: 10462, 7694, 13993, 13993A, 13986, 10446, 10457, 20160, 20472, 20161, 20162,
             10472, 4018, 20546, 20544, 20545, 13988, 20183**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18- CR-00258-2 EJD

## TRIAL LOG

| TRIAL DATE: April 15, 2022 | | | REPORTER(S): Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:03 am | Jury enters Courtroom | |
| | | 9:08 am | Court in session; Jury present | |
| | | | Court addresses Jury re previous admonishment and trial schedule | |
| | | 9:10 am | Witness #5, Daniel Edlin, takes the stand | |
| | | | Cross-examination of Daniel Edlin continues | |
| | 10462 | 9:23 am | ADMITTED into Evidence – Nov 2012 Coats Email Chain re ABA Rescue re 4th PI Meeting – new schedule date time location | |
| | 7694 | 9:28 am | ADMITTED into Evidence – Chung et al., *High-volume hemofiltration in adult burn patients with septic shock and acute kidney injury: a multicenter randomized controlled trial*, CRITICAL CARE 2017/21:289 | |
| | 13993 and 13993A | 9:37 am | ADMITTED into Evidence – May/June 2012 Email Chain re Theranos Demo Results – with Attachment A (13993A) | |
| | 13986 | 9:42am | ADMITTED into Evidence – 2012-06-21 Young Email to Edlin and Holmes re AFRICOM training | |
| | 10446 | 9:45 am | ADMITTED into Evidence – July 2012 Givens/Edlin/Holmes Email String re SOCAFRICA update | |
| | 10457 | 9:52 am | ADMITTED into Evidence – Nov/Dec 2012 Murphy/Edlin/Holmes Email String re Approved IRB Protocol for Theranos LOE, and attachment - Protocol application for existing data and specimens | |
| | 20160 | 9:56 AM | ADMITTED into Evidence – Feb. 2013 Edlin/Romero/Nelson/Balwani Email String re Theranos – Setting up network connection | |
| | 20472 | 9:59 | ADMITTED into Evidence –Feb 2013 Email String re netowkring [sic] utility and connectivity in Aghanistan [sic] | |
| | 20161 and 20162 | 10:02 am | ADMITTED into Evidence – Additional emails with R. Balwani re IT issues re Afghanistan | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| TRIAL DATE: April 15, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | 10472 | 10:03 am | ADMITTED into Evidence – Feb 2013 Email Chain re ship date update | |
| Obj | 4018 | 10:14 am | ADMITTED into Evidence – 2013-10-28 Pfizer Meeting Invite re Theranos Site Visit | |
|  | 20546 | 10:17 am | ADMITTED into Evidence – Nov. 2013 Email String re Pfizer/Theranos Discussions | |
| Obj | 20542 | 10:23 am | Offered into Evidence | |
|  |  |  | Sustained. | |
|  | 20544 | 10:23 am | ADMITTED into Evidence – Mar 2012 Email String re GSK MLSA proposal, indicating attachment – Theranos_MLSAdraft1-2012-03-12_YYV.docx | |
|  | 20545 | 10:26 am | ADMITTED into Evidence – Apr 2012 GSK Meeting invite re MLSA and NDA | |
|  | 13988 | 10:30 am | ADMITTED into Evidence – 2015-07-02 Holmes Email to Employees re received FDA clearance on system and first lab developed test filed – HSV-1 | |
| Obj | 20183 | 10:33 am | Offered into Evidence | |
|  |  |  | Beyond Scope | |
|  |  |  | Further foundation to be laid re Defendant's state of mind | |
|  |  | 10:35 am | ADMITTED into Evidence (Not to Truth of Matter – only for state of mind of Defendant as to knowledge) – 2015-07-02 Email String re company meeting slides, and attachment - 2015-07-02 Presentation re Theranos HSV-1 510k Approval Company Meeting | |
|  |  |  | Jury departs courtroom | |
|  |  |  | Court brakes for 27 minutes | |
|  |  | 11:10 am | Court in session in presence of Jury | |
|  |  |  | Government begins re-direct of Daniel Edlin | |
|  |  | 11:52 am | Government completes re-direct of Daniel Edlin | |
|  |  | 11:53 am | Defense conducts re-cross of Daniel Edlin | |
|  |  | 11:59 am | Defense concludes re-cross of Daniel Edlin | |
|  |  |  | Witness Daniel Edlin excused | |

3

| TRIAL DATE: April 15, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:00 pm | Court admonishes Jury | |
| | | | Court adjourns | |
| | | | Jury Trial continued to April 19, 2022, at 9:00 a.m. | |