STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 18-CR-00258 EJD |
|---|---|
| Plaintiff, | ) DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO ALLOW CROSS EXAMINATION REGARDING DR. ADAM ROSENDORFF'S POST-THERANOS EMPLOYMENT |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | ) Date: April 19, 2022<br>) Time: 8:30 a.m.<br>) Court: Hon. Edward J. Davila |

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of a November 10, 2021, letter from the California Department of Public Health addressed to Dr. Adam Rosendorff, produced in discovery starting with Bates label US1-001534.

3. Attached hereto as Exhibit 2 is a true and correct copy of a February 22, 2022, letter from the Centers for Medicare and Medicaid Services addressed to Dr. Adam Rosendorff, produced in discovery starting with Bates label US1-001537.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on April 18, 2022.

DATED: April 18, 2022

                                              */s/ Kelly I. Volkar*
                                              KELLY I. VOLKAR
                                              Assistant United States Attorney