```
 1 | JEFFREY B. COOPERSMITH (SBN 252819)
 2 | AMY WALSH (Admitted Pro Hac Vice)
   | STEPHEN A. CAZARES (SBN 201864)
 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | The Orrick Building
 4 | 405 Howard Street
   | San Francisco, CA 94105-2669
 5 | Telephone:    +1-415-773-5700
   | Facsimile:    +1-415-773-5759
 6 |
   | Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
 7 | scazares@orrick.com
 8 |
   | Attorneys for Defendant
 9 | RAMESH "SUNNY" BALWANI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION FOR CURATIVE INSTRUCTION ON THERANOS DEVICES SENT TO WALGREENS** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | Judge:   Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On April 18, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion for a curative instruction on Theranos devices sent to Walgreens.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion. The Court will read the following instruction to the jury at the start of evidence on April 19, 2022:

- Members of the Jury: There were questions from the government to Mr. Edlin on Friday about whether a Theranos device sent to Walgreens included cartridges and was able to run blood tests.
- I am instructing you that, for purposes of your ultimate decision, beginning in 2010, before the retail launch with Walgreens in the fall of 2013, Theranos sent proprietary devices to Walgreens. Theranos also sent Walgreens cartridges and reagents, which Walgreens was able to use with the devices to run blood tests.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE