```
1   JEFFREY B. COOPERSMITH (SBN 252819)
    AMY WALSH (Admitted Pro Hac Vice)
2   STEPHEN A. CAZARES (SBN 201864)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   The Orrick Building
    405 Howard Street
4   San Francisco, CA 94105-2669
    Telephone:    +1-415-773-5700
5   Facsimile:    +1-415-773-5759

6   Email: jcoopersmith@orrick.com; awalsh@orrick.com;
    scazares@orrick.com
7

8   Attorneys for Defendant
    RAMESH "SUNNY" BALWANI
9
```

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| Plaintiff, | **[REVISED PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION FOR CURATIVE INSTRUCTION ON THERANOS DEVICES SENT TO WALGREENS** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | Judge:    Honorable Edward J. Davila |

**[REVISED PROPOSED] ORDER**

On April 18, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion for a curative instruction on Theranos devices sent to Walgreens.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS IN PART** Mr. Balwani's motion. The Court will read the following instruction to the jury at the start of evidence on April 19, 2022:

- Members of the Jury: There were questions from the government to Mr. Edlin on Friday about whether a Theranos device sent to Walgreens included cartridges and reagents.
- I am instructing you that, for purposes of your ultimate decision, beginning in 2010, before the retail launch with Walgreens, Theranos sent proprietary devices, and cartridges and reagents, to Walgreens.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE