## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

**TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI***
**CASE NUMBER**:  **5:18-CR-00258-2 EJD**

## Minute Order and Trial Log

Date:   April 20, 2022
Time in Court:        8:36-10:15 AM; 10:22-11:59 AM; 12:40-2:16 PM; 2:44-4:20 PM
                        **(TOTAL Time:  6 hrs, 28 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                  Aaron Brecher, Shawn Estrada, Sachi Schuricht,
                                  Molly McCafferty

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:  Motion Hearing and Jury Trial (Day 20)**

**Motion Hearing and Housekeeping Matters:**  1 hr, 14 min (8:36-9:50 AM)

Hearing on [1401] Defendant's Motion to Allow Cross-Examination Relating to Dr. Adam Rosendorff's Post-Theranos Employment.  Argument of Counsel heard.  Housekeeping matters addressed.

**Jury Trial:**  5hrs, 14 min (9:50-10:15 AM; 10:22-11:59 AM; 12:40-2:16 PM; 2:44-4:20 PM)

Jury Trial held April 20, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 22, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:     3231, 1049, 1491, 1432, 1772, 2188, 1724, 2099, 4836, 4145, 4147, 4840, 4222,
                1555, 4116, 4189, 1214, 4124, 4014, 1717, 4292, 4182, 4181, 4520, 4047, 4323,
                4314, 4330, 2228
Defendants: 20304, 20305, 7386, 7603DD

**The following exhibits are admitted into evidence:**
Plaintiffs:     **3231, 1049, 1491, 1432, 1772, 2188, 1724, 2099, 4836, 4145, 4147, 4840, 4222,
                1555, 4116, 1214, 4124, 4014, 1717, 4292, 4182, 4181, 4520, 4047, 4323, 4314,
                4330, 2228**
Defendants:  **20304, 20305, 7386**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### HONORABLE EDWARD J. DAVILA

**Case Name:  *United States v. Ramesh Sunny Balwani***
**Case No:  5:18- CR-00258-2 EJD**

### TRIAL LOG

| TRIAL DATE: April 20, 2022 | | | REPORTER:  Irene Rodriguez | CLERK:  Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 8:36 am | Court in session with Counsel, outside of presence of Jury and witnesses | |
|  |  |  | Court conducts motion hearing and housekeeping matters | |
|  |  | 9:50 am | Court requests Juror #8 and Counsel attendance at sidebar. | |
|  |  | 9:52 am | Court in session with Counsel and Juror #8 | |
|  |  |  | Session SEALED | |
|  |  | 10:00 | Juror #8 departs sidebar | |
|  |  |  | Court in SEALED side-bar session with Counsel out of presence of Jurors and witnesses | |
|  |  | 10:15 am | Court breaks for 7 minutes | |
|  |  | 10:18 am | Juror #8 excused | |
|  |  | 10:21 am | Jury enters Courtroom | |
|  |  | 10:22 am | Court in session in presence of Counsel and Jury | |
|  |  |  | Court queries Jury re previous admonishment | |
|  |  | 10:24 am | Government calls Dr. Adam Rosendorff | |
|  |  | 10:25 am | Witness #7 – Dr. Adam Rosendorff sworn and takes the stand | |
|  |  |  | Government begins direct examination of Dr. Adam Rosendorff | |
| 3231 | Obj | 11:00 am | Offered into Evidence | |
|  |  |  | Further foundation to be laid | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| TRIAL DATE: April 20, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 11:01 am | ADMITTED into Evidence:  2013-08-31 Email String re GC Assay | |
| 1049 | | 11:08 am | ADMITTED into Evidence:  2013-08-29 Rosendorff/Holmes/Balwani Email String re Concerns about the launch | |
| 1491 | Obj | 11:20 am | Offered into Evidence. | |
| | | | 8036 foundation to be laid | |
| | | 11:21 am | ADMITTED into Evidence:  Jan 2014, Email String re End of Shift Log 1/28 2pm | |
| 1432 | | 11:27 am | ADMITTED into Evidence:  Jan 2014, Rosendorff/Cheung/Sivaraman Email Chain re QC for EDISONS | |
| | | 11:37 am | Ex. 1633 – previously admitted | |
| 1772 | Obj | 11:43 am | ADMITTED into Evidence:  June 2014, Email String re update and re Edison backlogs | |
| 2188 | | 11:52 am | ADMITTED into Evidence:  Nov 2014, Rosendorff/Holmes/Balwani Email String re Theranos tests | |
| | | 11:59 am | Court breaks for 41 minutes | |
| | | 12:40 pm | Court in session in presence of Jury and Witness #7 | |
| | | | Government continues direct examination of Dr. Adam Rosendorff | |
| 1724 | Obj | 12:55 pm | ADMITTED into Evidence:  2014-05-13 Rosendorff Email to Pangarkar re PT testing for Edisons | |
| 2099 | | 12:58 pm | ADMITTED into Evidence:  2014/10/16 Rosendorff Email to Arington re Changes in primary methods and CMS reporting | |
| 4836 | | 1:10 pm | ADMITTED into Evidence:  Oct 2013, Email String re hCG precision | |
| 4145 | | 1:16 pm | ADMITTED into Evidence:  May 2014, Balwani/Young/Holmes Email String re OORL results | |
| 4147 | | 1:20 pm | ADMITTED into Evidence:  2014-05-30 Rosendorff Email to CLS re hCG testing | |
| 4840 | | 1:27 pm | ADMITTED into Evidence:  June 2014, Email String re Patient results | |
| 4222 | | 1:33 pm | 2014-09-29 Email String re Customer Issue - GM | |
| 1555 | | 1:37 pm | ADMITTED into Evidence:  Feb 2014, Rosendorff/Balwani/Young/ Holmes Email String re HDL values | |

3

| **TRIAL DATE: April 20, 2022** | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 4116 | | 1:41 pm | ADMITTED into Evidence:  2014-03-31 Rosendorff/Balwani/Young Email String re CO2 (Bicarbonate) issue | |
| 4189 | | 1:45 pm | ADMITTED into Evidence:  Aug 2014, Email String re Voided CO2 Results | |
| 1214 | | 1:51 pm | ADMITTED into Evidence:  Nov 2014, Email String re Advia in normandy | |
| 4124 | | 1:54 pm | ADMITTED into Evidence:  Apr 2014, Email String re Dr. Kwatra/Dr. Stamps | |
| 4014 | | 2:01 pm | ADMITTED into Evidence:  Oct 2013, Young/Balwani/Holmes Email String re CLIA updates | |
| 1717 | | 2:03 pm | May 2014, Email String re ISE Output – 5/9/2014 3:30:17 PM | |
| 4292 | | 2:05 pm | ADMITTED into Evidence:  Oct 2014 Email String re Critical ISEs | |
| 4182 | | 2:10 pm | ADMITTED into Evidence:  Aug 2014 Email String re bot experience | |
| 4181 | | 2:15 pm | ADMITTED into Evidence:  Aug 2014 Email String re bot experience, cont'd. | |
| | | 2:16 pm | Court breaks for 28 minutes | |
| | | 2:44 pm | Court in session in presence of Jury and witness (Dr. Adam Rosendorff) | |
| 4520 | | 2:45 pm | ADMITTED into Evidence:  2015-09-14 Balwani/Fosque Email String, and attachments – Appendix B – MDF Comments. docx; Final log of Complaints and IRQs as of 9_11_15_MDF Updates.xlsx | |
| 4047 | | 2:55 pm | ADMITTED into Evidence:  Nov 26-27, 2014, Holmes Emails to Young et al. re path for walking the auditors | |
| 4323 | | 2:59pm | ADMITTED into Evidence:  Nov 2014 Rosendorff/C. Holmes Email String re Escalated Call – 111240 | |
| 4314 | | 3:05 pm | ADMITTED into Evidence:  Nov 2014 Email String re Escalated Call – 111240 (cont'd) | |
| 4330 | | 3:09 pm | ADMITTED into Evidence:  Nov 2014 Rosendorff/Holmes Email String re Ebola | |
| 2228 | | 3:15 pm | ADMITTED into Evidence:  2014-11-21 Email String re Redraw request 11-21-14 | |
| | | 3:17 pm | Ex. 5387H – previously admitted | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| TRIAL DATE: April 20, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 3:21 pm | Government completes direct examination of Dr. Adam Rosendorff | |
|  |  | 3:24 pm | Defense begin cross-examination of Dr. Adam Rosendorff | |
| Obj | 20304 | 3:30 pm | Offered into Evidence | |
|  |  | 3:31 pm | Further foundation to be laid | |
|  |  | 3:31 pm | ADMITTED INTO EVIDENCE:  Nov 2013 Email String re Interview- Langly Lee- Clia QA/QC Manager or Laboratory General Supervisor | |
|  | 20305 | 3:38 pm | ADMITTED into Evidence:  Clinical Laboratory Improvement Amendments (CLIA Application for Certification), dated 11/25/2013, Director's Attestation attachment | |
|  | 7386 | 3:51 | ADMITTED into Evidence:  Centers for Medical and Medicaid Services Clinical Laboratory Improvement Amendments – Certificate of Compliance, dated 01/09/2014 | |
| Obj | 7603DD | 3:53 pm | Offered into Evidence | |
|  |  | 3:54 pm | Further foundation to be laid | |
|  |  |  | Reserved for later | |
|  |  | 3:58 pm | Court admonishes Jurors | |
|  |  |  | Jurors depart Courtroom | |
|  |  |  | Dr. Adam Rosendorff released for day | |
|  |  | 3:59 pm | Court in Session out of presence of Jury and witness | |
|  |  | 4:20 pm | Court adjourns | |
|  |  |  | Jury Trial Continued to April 22, 2022, at 9:00 AM | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**