UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: 5:18-CR-00258-2 EJD

# Minute Order and Trial Log

Date:   April 22, 2022
Time in Court:   (8:35-11:52 AM: 12:34-1:18 PM; 1:29-2:49 PM)
**(TOTAL Time:  5 hrs, 21 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Special Agent - Chris McCollow
         Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
         Aaron Brecher, Shawn Estrada, Sachi Schuricht,
         Molly McCafferty

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:  Motion Hearing and Jury Trial (Day 21)**

**Motion Hearing and Housekeeping Matters:**  55 min. (8:35-9:30 AM)

Hearing on [1381] Defendant's Bench Memo re Dr. Rosendorff.  Argument of Counsel heard. Housekeeping matters addressed.

**Jury Trial:** 4 hrs, 26 min. (9:30-11:52 AM: 12:34-1:18 PM; 1:29-2:49 PM)

Jury Trial held April 22, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 26, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:
Defendants: 9921, 1031, 9379, 1305, 9004, 9007, 9013, 9016, 9020, 9026, 9031, 9042, 9046, 9048, 9052, 9057, 9082, 9086, 9098, 9099, 9102, 9105, 9111, 9113, 9123, 9126, 9129, 9137, 9158, 9162, 9166, 9167, 9196, 9201, 9240, 9243, 9245, 9252, 9260, 9264, 9268, 9276, 9279, 9284, 9315, 9319, 9323, 9326, 9341, 9352, 9368, 9372, 9375, 9378, 9381, 9382, 9384, 9387, 9393, 9409, 9412, 7462, 7314, 7324, 13880, 20351, 12464, 20424, 20423, 20303, 20570, 13809, 13905, 20418, 9940, 12846, 20302, 4037, 20317, 20316, 13893, 20342, 20341, 20335, 20336, 7490, 20371, 20564

**The following exhibits are admitted into evidence:**
Plaintiffs:
Defendants: **9921, 1031, 9379, 1305, 9004, 9007, 9013, 9016, 9020, 9026, 9031, 9042, 9046, 9048, 9052, 9057, 9082, 9086, 9098, 9099, 9102, 9105, 9111, 9113, 9123, 9126, 9129, 9137, 9158, 9162, 9166, 9167, 9196, 9201, 9240, 9243, 9245, 9252, 9260, 9264, 9268, 9276, 9279, 9284, 9315, 9319, 9323, 9326, 9341, 9352, 9368, 9372, 9375, 9378, 9381, 9382, 9384, 9387, 9393, 9409, 9412, 7462, 7314, 7324, 13880, 20351, 12464, 20424, 20423, 20303, 20570, 13809, 13905, 9940, 12846, 20302, 4037, 20317, 20316, 13893, 20342, 20341, 20335, 20336, 7490, 20371, 20564**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: April 22, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:35 am | Court in session with Counsel, outside of presence of Jury and witnesses | |
| | | | Court conducts hearing on Defense's Bench Memo [1386] and additional housekeeping matters | |
| | | 9:34 am | Jury present; Witness #7 Dr. Adam Rosendorf present | |
| | | 9:36 am | Court in session presence of Jury and witness | |
| | | | Court queries Jurors re previous admonishment | |
| | | | Court reads parties' stipulation re Wired article | |
| | | 9:39 am | Defense continues cross-examination of Dr. Adam Rosendorff | |
| Obj | 9921 | 9:54 am | Offered into Evidenced. | |
| | | | Further foundation to be laid | |
| | | 9:57 am | ADMITTED into Evidence: Standard Operating Procedure – CLIA Laboratory (Document Number CL PLN-14062, Revision: A) 2011/11/04 Master Validation Plan for Elisa Assays on Theranos Devices | |
| | 1031 | 10:07 am | ADMITTED into Evidence: 2013-08-24 Gangakhedkar Email to Young, Rosendorff, Holmes re Assay documents for review, and attachments: TSH Master Validation Plan for ELISA Assays on Theranos devices-08-23-13.docx; Theranos in house TPSA scfv t5D5tA5_Assay_Development_Report.doc; Theranos_TSH_Assay_Development_Report_4-4-11.doc | |
| | 9379 | 10:15 am | ADMITTED into Evidence: Report: Total Prostate-Specific Antigen | |

| **TRIAL DATE:** April 22, 2022 | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | 1305 | 10:19 am | ADMITTED into Evidence: Dec 2013 Email String re TNAA update & validation plans |
| | | 10:27 AM | The parties stip to admission of Assay CLIA validation reports for both EDISON device and modified predicate machines: Exs: 9004, 9007, 9013, 9016, 9020, 9026, 9031, 9042, 9046, 9048, 9052, 9057, 9082, 9086, 9098, 9099, 9102, 9105, 9111, 9113, 9123, 9126, 9129, 9137, 9158, 9162, 9166, 9167, 9196, 9201, 9240, 9243, 9245, 9252, 9260, 9264, 9268, 9276, 9279, 9284, 9315, 9319, 9323, 9326, 9341, 9352, 9368, 9372, 9375, 9378, 9381, 9382, 9384, 9387, 9393, 9409, 9412 |
| | | 10:30 am | ADMITTED into Evidence – stipulated exhibits above. |
| | | | Ex. 9412, previously admitted: 25OHVitD Total ELISA Assay Validation Report on Edison 3.x Theranos System |
| | | | Ex. 9196, previously admitted: hCG ELISA Assay Validation Report on Edison 3.5 Theranos System, 03/19/2014 |
| | | | Ex. 9409, previously admitted: VITAMIN B12 ELISA Assay Validation Report on Edison 3.5 Theranos System, 08/05/2014 |
| | | | Ex. 9158, previously admitted: Estradiol ELISA Assay Validation Report on Edison 3.5 Theranos System, 8/29/2014 |
| | | 10:44 am | Ex. 9098, previously admitted: LDT Validation Report for modified Siemens Assay of Chloride in Lithium Heparin Plasma, 09/26/2013 |
| | 7462 | 10:51 am | ADMITTED into Evidence: Jul 2014 Email String re Physician questioning results |
| Obj | 7314 | 11:05 am | ADMITTED into Evidence (email only): 2013-08-13 Young Email to Holmes and Balwani re test launch list, referencing attachment - Launch Summary 8_18_2013.xlsx |
| | | 11:14 am | Ex. 1049, previously admitted. |
| | | 11:18 am | Ex. 9352, previously admitted: 2013-09-26 LDT Validation Report - Validation Report for Modified Siemens Assay of Sodium in Lithium Heparin Plasma (Approved Mar 2014) |
| | 7324 | 11:26 am | ADMITTED into Evidence: 2013-09-07 Sivaraman/Rosendorff/Young Email String re Progress on ELISAs: TSH/TPSA/Vit D |

| TRIAL DATE: April 22, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | 13880 | 11:31 am | ADMITTED into Evidence: 2013-09-11 Theranos HR Email to All Theranos Employees re Free Employee, Friends, and Family Screenings | |
| | 20351 | 11:34 am | ADMITTED into Evidence: Theranos Flyer: Free Health Screening | |
| | 12464 | 11:37 am | ADMITTED into Evidence: Nov 2013 Balwani/Rosendorff Email String re 300 U ave | |
| | 20424 | 11:42 am | ADMITTED into Evidence: 2013-11-20 Sivaraman Email to Rosendorff re Revised TSH and Vit D report, and attachments – 13115-updated-25OHVitD total_Validation Report_MB_Rev1.docx, and 131118-UPDATED-TSH-Validation Report_MB_RevA1.docx | |
| | 20423 | 11:44 am | ADMITTED into Evidence: 2013-11-21 Rosendorff email to Sivaraman re Resided TSH and Vit D reports | |
| | 20046 | 11:45 am | Ex. 20046, previously admitted. | |
| | 20303 | 11:48 am | ADMITTED into Evidence: 2013-11-11 Balwani/Rosendorff Email String re PHX | |
| | | 11:52 am | Court breaks for 43 minutes | |
| | | 12:34 pm | Jury and Witness #7 Dr. Adam Rosendorff return to courtroom | |
| | | 12:35 pm | Court in session in presence of Jury and witness | |
| | | | Defense continued cross-examination of Dr. Adam Rosendorff | |
| | | 12:48 pm | Ex. 1430, previously admitted | |
| | | 1:00 pm | Ex. 1525, previously admitted | |
| | 20570 | 1:05pm | ADMITTED into Evidence: 7/10/2014 Gee Meeting Invite to Rosendorff et al. re Review and discuss Q1/Q2 Quality | |
| | 13809 | 1:06 pm | ADMITTED into Evidence: 7/10/2014 Langly Gee Presentation re Quality Systems presentation Q1/Q2 2014 Review | |
| | | 1:18 pm | Court breaks for 11 minutes | |
| | | 1:27 pm | Jury returns to Courtroom | |
| | | | Dr. Rosendorff returns to stand. | |

| TRIAL DATE: April 22, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 1:29 pm | Court in session in presence of Jurors and witness | |
| | 13905 | 1:30 pm | ADMITTED into Evidence:  2013-07-27 Chang Email to Rosendorff re Proficiency Testing Details, and attachment – 2012-11-27 Theranos Standard Operating Procedure – CLIA Laboratory – Doc QOP-0006, Proficiency Testing and Alternative Assessment Procedure | |
| Obj | 20418 | 1:42 pm | Offered into Evidence. | |
| | | 1:43 pm | Objection sustained. | |
| | 9940 | 1:45 pm | ADMITTED into Evidence:  Standard Operating Procedure CLIA Laboratory, Doc Number CL SOP-00021 Revision: A Proficiency Testing for Theranos Lab-Developed Tests | |
| | | 1:50 pm | Ex. 7440, previously admitted | |
| | 12846 | 1:53 pm | ADMITTED into Evidence (patient info redacted):  Oct 2014 Rosendorff/Khan/C. Holmes Email String re Physician Inquiry [patient info redacted] | |
| | 20302 | 1:58 pm | ADMITTED into Evidence:  2013-11-03 Theranos Standard Operating Procedure CLIA Laboratory, Document Number CL SOP-09121p, Revision: A, Potassium (K) Standard Operating Procedure for Modified Siemens Assay in Lithium Heparin Plasma | |
| | | | Ex. 9315, previously admitted.  Theranos LDT Validation Report CL RPT-14039 Rev. 1 | |
| | 4037 | 2:03 pm | ADMITTED into Evidence:  Nov 2013 Email String re Demo Patients today @ 3:30pm | |
| | 20317 | 2:08 pm | ADMITTED into Evidence:  April 2014 Email String re CTN 18546 | |
| | 20316 | 2:12 pm | ADMITTED into Evidence:  2014-04-07 Email String re GC results | |
| | 13893 | 2:16 pm | ADMITTED into Evidence:  May 2014 Email String re ISE studies | |
| | 20342 | 2:20 pm | ADMITTED into Evidence:  June 2014 Email String re Patient results since 5/24 for potassium | |
| | 20341 | 2:25 pm | ADMITTED into Evidence:  July 2014 Young/Balwani/Holmes/Rosendorff Email String re potassium status | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| **TRIAL DATE: April 22, 2022** | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | 20335 | 2:28 pm | ADMITTED into Evidence: 2014-01-07 Rockymore Email to Rosendorff et al. re Meeting Minutes - critical reporting and CTN releasing | |
| | 20336 | 2:31 pm | ADMITTED into Evidence: Rosendorff email to CLIA.Lab re CL COP-05040_CTN integrity and Critical Values Alters .docx, and attachment | |
| Obj | 7490 | 2:34 pm | ADMITTED into Evidence (as redacted): Oct 2014 Email String re Critical ISEs | |
| | | | Ex. 9196, previously admitted | |
| | 20371 | 2:39 pm | ADMITTED into Evidence: May 2014 Email string re CLIA Meeting | |
| | | 2:41 pm | Ex. 4145, previously submitted. | |
| Obj | 20564 | 2:45 pm | ADMITTED into Evidence: June 2014 Email String re HCG for 30164 | |
| | | 2:46 pm | Defense completes cross-examination of Dr. Adam Rosendorff | |
| | | 2:47 pm | Court admonishes Jury | |
| | | | Dr. Adam Rosendorff released until 4/26/2022 | |
| | | | Jury released until 4/26/2022 | |
| | | 2:49 pm | Court adjourns | |
| | | | Jury Trial Continued to April 26, 2022, at 9:00 AM | |