JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cr-00258-EJD |
| Plaintiff, | **JOINT STIPULATION REGARDING TRIAL EVIDENCE** |
| v. | |
| RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

1     The Parties stipulate and agree to the admission of the following exhibits into evidence: 9004,
2 9007, 9013, 9016, 9020, 9026, 9031, 9042, 9046, 9048, 9052, 9057, 9082, 9086, 9098, 9099, 9102,
3 9105, 9111, 9113, 9123, 9126, 9129, 9137, 9158, 9162, 9166, 9167, 9196, 9201, 9240, 9243, 9245,
4 9252, 9260, 9264, 9268, 9276, 9279, 9284, 9315, 9319, 9323, 9326, 9341, 9352, 9368, 9372, 9375,
5 9378, 9381, 9382, 9384, 9387, 9393, 9409, 9412.

DATED: April 22, 2022

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Jeffrey B. Coopersmith*

JEFFREY B. COOPERSMITH
Attorney for Defendant
RAMESH "SUNNY" BALWANI

DATED: April 22, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
~~Acting~~ United States Attorney

*/s/ Jeff Schenk*

JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys