JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBIT 3217** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | Judge:    Honorable Edward J. Davila |

1

**[PROPOSED] ORDER**

2        On April 25, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to exclude

3   Trial Exhibit 3217.

4        The Court, having reviewed the motion, finds good cause and hereby **GRANTS**

5   Mr. Balwani's motion.

6        IT IS HEREBY ORDERED that the government shall not introduce TX 3217 at trial.

7        **IT IS SO ORDERED.**

8

Dated: _____

9

10                                          _____
                                            HONORABLE EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28