JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF AMY WALSH RE: DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBIT 3217**<br><br>**Date:  April 26, 2022**<br>**Time:  2:00 p.m.**<br>**CTRM:  4, 5th Floor**<br><br>Judge:  Honorable Edward J. Davila |

**DECLARATION OF AMY WALSH**

I, Amy Walsh, declare as follows:

1. I am counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted *pro hac vice* in the above-captioned matter, and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP.

2. Attached as **Exhibit 1** is a copy of a July 9, 2016 email from Heather King to Sunil Dhawan, designated as Trial Exhibit 3217.

3. Attached as **Exhibit 2** is a copy of a July 7, 2016 letter from the Centers for Medicare & Medicaid Services to Sunil Dhawan, Elizabeth Holmes, Ramesh Balwani, and Theranos, Inc., Bates-stamped US-REPORTS-0008427 through US-REPORTS-0008459.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 25, 2022 at San Jose, California.

*s/ Amy Walsh*
AMY WALSH