**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   April 26, 2022
Time in Court:         (9:15-9:36 AM; 9:40 AM -12:04 PM; 12:24-3:08 PM)
                       **(TOTAL Time:  5 hrs, 29 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:    Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Special Agent - Chris McCollow
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Aaron Brecher, Shawn Estrada, Sachi Schuricht,
                                 Molly McCafferty

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:  Motion Hearing and Jury Trial (Day 22)**

**Motion Hearing and Housekeeping Matters:**  21 min. (9:15-9:36 AM)

Hearing on matters related to witness testimony and exhibit(s).  Argument of Counsel heard. Housekeeping matters addressed.

**Jury Trial:**  5 hrs, 8 min. (9:40-12:04 PM; 12:24-3:08 PM)

Jury Trial held April 26, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 27, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:    5418, 13875, 13876, 5421, 5422, 4316, 1295, 1944, 5809, 5432, 2015, 2073, 4858,
               1853, 2107, 2139, 2146, 2166, 5808
Defendants: 13888, 20565, 20306

**The following exhibits are admitted into evidence:**
Plaintiffs:   **5418, 13875, 13876, 5421, 5422, 4316, 1295, 1944, 5809, 5432, 2015, 2073, 4858,
              1853, 2107, 2139, 2146, 2166, 5808**
Defendants: **13888, 20565, 20306**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: April 26, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:15 am | Court in session with Counsel, outside of presence of Jury and witnesses |
| | | | Court conducts hearing on matters related to witness testimony and exhibit(s), and to housekeeping matters |
| | | 9:40 am | Jury present; Witness #7 Dr. Adam Rosendorff present |
| | | 9:41 am | Court in session presence of Jury and witness |
| | | | Court queries Jurors re previous admonishment |
| | | 9:43 am | Court states that previously admitted Ex. 9939 now in evidence without limitation |
| | | 9:44 am | Defense continues cross-examination of Dr. Adam Rosendorff |
| | 13888 | 9:51 am | ADMITTED into Evidence: June 2014 Rosendorff/Balwani Email String re Edison Backlogs |
| | | 9:54 am | Ex. 20279, previously admitted |
| | | 9:55 am | Defense completes cross-examination of Dr. Adam Rosendorff |
| | | 9:56 am | Government begins re-direct of Dr. Coopersmith |
| | | 10:07 | Ex. 4147, previously admitted |
| 5418 | | 10:08 am | ADMITTED into Evidence:  May/June 2014 Email String re hCG Testing |
| 13875 | | 10:10 am | ADMITTED into Evidence:  June 2014 Email String re hCG update |
| 13876 | | 10:13 | ADMITTED into Evidence:  June 2014 Email String re Status update on hCG |

| TRIAL DATE: April 26, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| 5421 | | 10:16 am | ADMITTED into Evidence: 2014-06-25 Gee Email to Balwani and Rosendorff re Instrument bring up |
| 5422 | | 10:17 am | ADMITTED into Evidence: 2014-06-28 Gee Email to Balwani and Rosendorff re Instrument bring up |
| | | 10:18 am | Ex. 13809, previously admitted |
| 4316 | Obj | 10:21 am | Offered into Evidence |
| | | 10:22 am | Further foundation to be laid |
| | | 10:23 am | ADMITTED into Evidence: Dec 2013 Young/Rosendorff Email String re Normandy lab |
| 1295 | | 10:27 am | ADMITTED into Evidence: 2013-12-03 Balwani Email re Normandy lab |
| | | 10:35 am | Ex. 7314, previously admitted |
| | | 10:40 am | Ex. 9921, previously admitted |
| | | 10:48 am | Government completes re-direct of Dr. Adam Rosendorff |
| | | 10:49 am | Defense begins re-cross of Dr. Adam Rosendorff |
| | | | Ex. 5418, previously admitted |
| | | | Ex. 20564, previously admitted. |
| | 20565 | 10:56 am | ADMITTED into Evidence: June 2014 Email String re Patient #89751 |
| | 20306 | 11:09 am | ADMITTED into Evidence: 2013-12-01 Rosendorff/Paz/Balwani Email String re CLIA inspectors |
| | | 11:12 am | Defense completes re-cross of Dr. Adam Rosendorff |
| | | | Government begins further re-direct of Dr. Adam Rosendorff |
| | | 11:15 am | Government completes further re-direct of Dr. Adam Rosendorff |
| | | | Defense begins further re-cross of Dr. Adam Rosendorff |
| | | 11:17 am | Defense completes further re-cross of Dr. Adam Rosendorff |
| | | | Witness excused. |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| **TRIAL DATE:** April 26, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Jury departs Courtroom; witness departs Courtroom | |
| | | 11:18 am | Court in session with counsel out of presence of jurors and witness(es) to address matters related to upcoming potential testimony | |
| | | 12:04 pm | Court breaks for 20 minutes | |
| | | 12:24 pm | Jury present | |
| | | 12:26 pm | Court in session in presence of Jury | |
| | | | Government calls Witness #8, Lisa Peterson | |
| | | 12:27 pm | Witness Lisa Peterson sworn and takes the stand | |
| 1944 | | 12:37 pm | ADMITTED into Evidence (email only): 2014-09-18 Tubergen Email to DeVos re Adobe Reader user sent you a file | |
| 5809 | Obj | 12:39 pm | Offered into Evidence | |
| | | | Further foundation to be laid | |
| | | 12:40 pm | ADMITTED into Evidence: 2014-09-19 Tubergen Email to Holmes re Confidential Disclosure Agreement, and attachment – 2014-08-19 RDV Corp/Theranos Confidential Disclosure Agreement | |
| 5432 | | 12:44 pm | ADMITTED into Evidence: Sept 2014 Holmes/Tubergen Email String re Confidential Disclosure Agreement | |
| 2015 | Obj | 12:48 pm | ADMITTED into Evidence: 2014-10-03 L. Peterson Notes from Theranos Conference Call | |
| 2073 | Obj | 12:56 pm | Offered into Evidence | |
| | | | Objection overruled | |
| | | | ADMITTED into Evidence: 2014-10-12 Peterson Email to Tubergen re Theranos memo, and attachment – 2014-10-03 Peterson/Lunt Interoffice Memorandum re Theranos | |
| 4858 | Obj | 1:18 pm | Offered into Evidence | |
| | | | Objection overruled | |
| | | | ADMITTED into Evidence: PowerPoint Presentation – Theranos Confidential Overview | |

| **TRIAL DATE:** April 26, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 1853 | | 1:43 pm | ADMITTED into Evidence:  Theranos Financial Document – Projected Statement of Income | |
| 2107 | | 1:52 pm | ADMITTED into Evidence:  Oct 2014 Tubergen/Holmes/Balwani/DeVos Email String re Thank you, and attachments – Investor Master Signature Page Series C-2.pdf; New Investor.zip; Theranos bank wire instruction.pdf | |
| 2139 | | 1:58 pm | ADMITTED into Evidence:  2014-10-28 Peterson/Balwani Email String re RDV investment | |
| 2146 | | 2:04 pm | ADMITTED into Evidence:  Oct 2014 Balwani/Peterson/Tubergen Email String re Theranos – status on number of things… | |
| 2166 | | 2:09 pm | ADMITTED into Evidence:  RDV Approval Document – New Equity Investment re Theranos, Inc. | |
| 5808 | | 2:15 pm | ADMITTED into Evidence: Copy of wire transfer from RDV Investment to Theranos, Inc. | |
| | | | Ex. 1944 – previously admitted, now offered in its entirety | |
| 1944 | Obj | 2:20 pm | ADMITTED into Evidence – in Entirety (Note: Attached Article not offered for the truth): 2014-09-18 Tubergen Email to DeVos re Adobe reader user sent you a file, and attachment – Roger Parloff, *New Blood – Elizabeth Holmes Founded Her Revolutionary Blood Diagnostics Company, Theranos, When She was 19.  It's Now Worth More than $9 Billion, and Poised to Change Health Care,* FORTUNE.COM, June 12, 2014 | |
| | | 2:22 pm | Government completes direct examination of Lisa Peterson | |
| | | 2:23 pm | Defense begins cross examination of Lisa Peterson | |
| | | 2:37 pm | Ex. 1944, previously submitted | |
| | | 3:02 pm | Court admonishes Jurors | |
| | | | Jury departs Courtroom | |
| | | | Lisa Peterson released until 9am, April 27, 2022 | |
| | | 3:04 pm | Court in session with counsel outside of presence of Jury and witness(es) | |
| | | 3:08 pm | Court adjourns | |
| | | | Jury Trial continued to April 27, 2022, at 9:00 AM | |