# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER:** 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   April 27, 2022
Time in Court:   (9:05-11:08 AM; 11:38 AM – 2:12 PM; 2:38-3:37 PM)
**(TOTAL Time:  5 hrs, 36 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:   Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Special Agent - Chris McCollow
    Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Shawn Estrada, Amanda McDowell, Sachi Schuricht

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:  Motion Hearing and Jury Trial (Day 23)**

Jury Trial held April 2u7, 2022.  Testimony held and evidence entered.
Further Jury Trial set for April 29, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:    2537, 2248, 10527, 2760, 2772, 2791, 4528, 2548, 2972
Defendants: 20433, 2033, 2192, 2120, 10588, 2170, 2098, 13987, 20064, 20067, 10525, 20575, 10526, 10577, 9941, 20467, 9369. 9962, 2219

**The following exhibits are admitted into evidence:**
Plaintiffs:    **2537, 2248, 10527, 2760, 2772, 2791, 4528, 2548, 2972**
Defendants: **20433, 2033, 2192, 2120, 10588, 2170, 2098, 13987, 20064, 20067, 10525, 20575, 10526, 10577, 9941, 20467, 9369, 9962, 2219**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: April 27, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 9:04 am | Jury present; Witness #8 Lisa Peterson present |
| | | 9:05 am | Court in session presence of Jury and witness |
| | | | Court queries Jurors re previous admonishment |
| | | 9:06 am | Defense continues cross examination of Lisa Peterson |
| | | 9:07 am | Ex. 20510, previously admitted |
| | | 9:08 am | Ex. 20512, previously admitted |
| | | 9:10 am | Ex. 3741A, previously admitted |
| | | 9:11 am | Ex. 5805, previously admitted |
| | | 9:13 am | Ex. 1113, previously admitted |
| | | 9:23 am | Ex. 28448, Transcript pp. 68 and 69 published |
| | 20433 | 9:27 am | ADMITTED into Evidence:  2013-12-20 Walgreen Co. SEC Form 8K |
| | | 9:34 am | Ex. 2015, previously admitted. |
| | 2033 | 9:43 am | ADMITTED into Evidence:  2014-10-06 Kungu/Peterson Email String re Theranos GP? |
| | | 9:46 am | Ex. 2073, previously admitted |
| | 2192 | 9:54 am | ADMITTED into Evidence:  2014-11-06 Brieden Email re Theranos eFront Template, and attachment – Theranos Write-up for IC Approval (2).docx |
| | | 10:00 am | Ex. 4858, previously admitted |
| | | | Ex. 20532, previously admitted |

| **TRIAL DATE:** April 27, 2022 | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | 2120 | 10:24 am | ADMITTED into Evidence: 2014-10-23 DeVos/Tubergen/Peterson Email String re Walgreens |
| | 10588 | 10:29 am | ADMITTED into Evidence: Theranos, Inc. Series C-2 Preferred Stock Purchase Agreement |
| | 2170 | 10:36 am | ADMITTED into Evidence: 2014-10-31 Tubergen Email to Balwani re Executed Document, and attachment – Master Signature Page |
| | | 10:37 am | Ex. 2166, previously admitted |
| | 2098 | 10:39 am | ADMITTED into Evidence: Oct 2014 Peterson/Tubergen/Holmes/Balwani Email String re Thank you |
| | 13987 | 10:45 am | ADMITTED into Evidence: 2014-11-05 Mason/Peterson Email String re Signed write-ups |
| | | 10:51 am | Defense completes cross examination of Lisa Peterson |
| | | 10:52 am | Government begins re-direct of Lisa Peterson |
| | | | Ex. 4858, previously admitted |
| | | 10:56 am | Ex. 5805, previously admitted |
| | | 10:58 am | Ex. 1944, previously admitted |
| | | 11:00 am | Ex. 1853, previously admitted |
| | | 11:03 am | Ex. 2166, previously admitted |
| | | 11:04 am | Government completes re-direct of Lisa Peterson |
| | | 11:05 am | Defense conducts re-cross of Lisa Peterson |
| | | 11:07 am | Defense completes re-cross of Lisa Peterson |
| | | | Witness Lisa Peterson excused |
| | | | Jury exits Courtroom |
| | | 11:08 am | Court takes break for 30 min |
| | | 11:38 am | Court in session with Counsel outside presence of Jury and witnesses |
| | | 11:40 am | Counsel argument re ECF No. 1413 – Defense Motion to Exclude Trial Ex. 3217 |

| **TRIAL DATE: April 27, 2022** | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 12:05 pm | Jury returns to Courtroom | |
|  |  | 12:08 pm | Court in session with Counsel in presence of Jury | |
|  |  | 12:09 pm | Government calls Witness #9 Dr. Sunil Dhawan | |
|  |  |  | Witness Dr. Sunil Dhawan sworn | |
|  |  |  | Government begins direct of Dr. Sunil Dhawan | |
| 2537 |  | 12:13 pm | ADMITTED into Evidence: Nov 2014-May 2015 Balwani/Dhawan Email String re Lab Director | |
| 2248 |  | 12:16 pm | ADMITTED into Evidence: 2014-11-25 Marmer Email to Dhawan re Theranos – Dr. Dhawan Consulting Agreement | |
|  |  | 12:26 pm | Ex. 4520, previously admitted | |
| 10527 |  | 12:34 pm | ADMITTED into Evidence: Aug 2015 Gee/Dhawan Email String re Hello | |
| 2760 |  | 12:37 pm | ADMITTED into Evidence: Sep 2015 Balwani/Dhawan Email String re update | |
| 2772 |  | 12:40 pm | ADMITTED into Evidence: Sep 2015 Balwani/Dhawan Email String re thanks for the time | |
|  |  | 12:45 pm | Assay Validation Reports, previously admitted | |
| 2791 |  | 12:48 pm | ADMITTED into Evidence: 2015-09-21 Ramamurthy Email to Dhawan re Welcome to Theranos, Dr. Dhawan!, and attachments – Theranos At Will Employment Confidential Information and Invention Assignment Agreement (PALIB2_2768193_3 d.pdf; 2015 Benefits Booklet.pdf; Dhawan Sunil – Offer Letter.pdf; Dhawan Sunil – Letter from CEO.pdf) | |
| 4528 |  | 12:51 pm | ADMITTED into Evidence: 2015-09-22 Theranos PowerPoint Presentation: CLIA Laboratory Overview | |
|  |  |  | Ex. 5387H, previously admitted | |
| 2548 |  | 1:08 pm | ADMITTED into Evidence: Oct 2015 Crow/Dhawan/Balwani re reporter seeking interview | |
| 2972 | Obj | 1:11 pm | Offered into Evidence | |
|  |  |  | Objection overruled. | |

| TRIAL DATE: April 27, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | ADMITTED into Evidence: 2015-11-09 Young Email to Dhawan re Lab QC review | |
| | | | Ex. 3217 - 2016-07-09 King Email to Dhawan re CMS Notice of Imposition of sanctions, and attachment – 2016-07-07 CMS Letter to Theranos re Imposition of Sanctions | |
| | | 1:16 pm | Government completes direct examination of Dr. Sunil Dhawan | |
| | | 1:17 pm | Defense begins cross-examination of Dr. Sunil Dhawan | |
| Obj | 20064 | 1:32 pm | ADMITTED into Evidence: Saksena/Dhawan/Balwani Email String re Letter of Support for Suraj Saksena- Theranos | |
| | 20067 | 1:35 pm | ADMITTED into Evidence: 2015-10-06 Dhawan Letter to California Department of Health re Clinical Chemist License Application of Dr. Suraj Saksena (Unique Identification No. 1009092) | |
| Obj | 10525 | 1:45 | Offered into Evidence. | |
| | | | Foundation to be laid | |
| | | 1:46 pm | ADMITTED into Evidence: 2014-11-21 SIEMENS MVP Summary ADVIA 2400 (S/N CA 1275000 100010 / Serum Barbiturate (sBRB), approved by Dr. Sawyer | |
| Obj | 20575 | 1:48 pm | Offered into Evidence | |
| | | | Foundation to be laid | |
| | | 1:50 pm | ADMITTED into Evidence: 2014-12-02 Theranos Standard Operating Procedure CLIA Laboratory, Doc No CL SOP-06029 Revision B, Use and Maintenance of the Idaho Technology (BioFire) FilmArray® System for the Identification of Microorganisms by Multiplex PCR | |
| Obj | 10526 | 1:53 pm | ADMITTED into Evidence: 2015-03-18 Theranos Standard Operating Procedure CLIA Laboratory, Document Number: CL SOP-17008 Revision: A, Roche LightCycler® Simplified Protocol | |
| | | 2:03 pm | Ex. 4528, previously admitted | |
| | 10577 | 2:08 pm | ADMITTED into Evidence: Theranos Job Description: Laboratory Supervisor/Technical Supervisor | |
| | | 2:12 pm | Jury departs Courtroom | |
| | | | Court takes break for 32 minutes | |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | | **TRIAL DATE:** April 27, 2022    **REPORTER:** Irene Rodriguez    **CLERK:** Cheré Robinson |
| | | 2:38 pm | Jury and Dr. Sunil Dhawan return to Courtroom |
| | | 2:39 pm | Court in session in presence of Jury and Dr. Sunil Dhawan |
| | | | Defense continues cross-examination of Dr. Sunil Dhawan |
| | | 2:45 pm | Ex. 9387, previously admitted |
| | 9941 | 2:46 pm | ADMITTED into Evidence: 2014-01-01 Theranos Standard Operating Procedure CLIA Laboratory, Document Number CL SOP-00020 Revision: B, Proficiency testing for Theranos Lab-developed Tests (Immunoassays) |
| | 20467 | 2:51 pm | ADMITTED into Evidence: 2015-11-14 Theranos Test Plan, Product Development, Document Number CL PLN-14220, Revision A Verification Plan for DREW3, an Automated Hematology Analyzer |
| | 9369 | 2:54 pm | ADMITTED into Evidence: 2015-11-16 Theranos TSH ELISA Assay Report, Validation Document, Document No CL RPT-14250, Revision: 2, TSH-Elisa Assay Validation Report on Edison 3.5 Theranos System |
| | 9962 | 2:56 pm | Theranos Quality System Manual, CLIA Laboratory, Document Number QSM 00001, Quality Systems Manual |
| | | 3:07 pm | Defense completes cross-examination of Dr. Sunil Dhawan |
| | | 3:08 pm | Government begins re-direct examination of Dr. Sunil Dhawan |
| | | 3:11 pm | Ex. 20064, previously admitted. |
| | | 3:12 pm | Ex. 20067, previously admitted |
| | | 3:18 pm | Ex. 4528, previously admitted |
| | | 3:19 pm | Government completes re-direct examination of Dr. Sunil Dhawan |
| | | | Defense begins re-cross-examination of Dr. Sunil Dhawan |
| | | 3:21 pm | Exs. 20064 and 20067, previously admitted |
| | | 3:25 pm | Defense completes re-cross-examination of Dr. Sunil Dhawan |
| | 2219 | | ADMITTED into Evidence: Nov 2014 Balwani/Dhawan Email String re Lab Director |
| | | | Government begins further re-direct-examination of Dr. Sunil Dhawan |

| TRIAL DATE: April 27, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:27 pm | Government completes further re-direct-examination of Dr. Sunil Dhawan | |
| | | | Witness Dr. Sunil Dhawan excused. | |
| | | 3:28 pm | Court admonishes Jury | |
| | | | Jury departs Courtroom | |
| | | 3:29 pm | Court in session with Counsel out of presence of Jury and witnesses | |
| | | 3:37 pm | Court adjourns | |
| | | | Jury Trial Continued to April 29, 2022, at 9:00 AM | |