1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759

6  Email: jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10
11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                          SAN JOSE DIVISION
14

15 | UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD
16 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBITS 3790 AND 4871 AND RELATED TESTIMONY**
17 | v. |
18 | RAMESH "SUNNY" BALWANI, |
19 | Defendant. | Judge:   Honorable Edward J. Davila

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

On April 27, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to exclude Trial Exhibits 3790 and 4871 and related testimony.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion.

IT IS HEREBY ORDERED that the government shall not introduce Trial Exhibit 3790, Trial Exhibit 4871, or related testimony.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE