JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF STEPHEN A. CAZARES RE: DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO EXCLUDE TRIAL EXHIBITS 3790 AND 4871 AND RELATED TESTIMONY**<br><br>**Date:  April 29, 2022**<br>**Time:  8:30 a.m.**<br>**CTRM:  4, 5th Floor**<br><br>Judge:  Honorable Edward J. Davila |

**DECLARATION OF STEPHEN A. CAZARES**

I, Stephen A. Cazares, declare as follows:

1. I am counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted to practice in the State of California, and of counsel at the law firm of Orrick, Herrington & Sutcliffe LLP.

2. Attached as **Exhibit 1** is a copy of an October 27, 2006 email from Bryan Tolbert to Craig Hall, with an attachment titled "THERANOS," designated as Trial Exhibit 3790.

3. Attached as **Exhibit 2** is a copy of a March 27, 2019 FBI Form 302 Summary of Interview with Bryan Tolbert, designated Trial Exhibit 28354.

4. Attached as **Exhibit 3** is a copy of a September 7, 2006 investor packet, designated as Trial Exhibit 4871.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 27, 2022 at San Jose, California.

*s/ Stephen A. Cazares*
STEPHEN A. CAZARES