**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:**  *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**:  5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   April 29, 2022
Time in Court:         (8:33-9:19 AM; 9:26 AM - 12:11 PM; 12:46-2:15 PM; 2:29-3:01 PM)
                       **(TOTAL Time:  5 hrs, 32 min.)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Kelly Volkar
Also present:  Special Agent - Chris McCollow
              Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:    Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron
                                  Brecher, Shawn Estrada, Amanda McDowell, Sachi Schuricht,
                                  Molly McCafferty

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**  Motion Hearing and Jury Trial (Day 23)

Motion Hearing: 1 hr, 4 min (8:33-9:19 AM; 12:46-1:04 PM)

Hearing on [1416] Motion to Exclude, and on oral motion re audio evidence related to witness testimony held.  Argument of counsel heard.

Jury Trial:  4 hrs, 28 min. (9:26-12:11 PM; 1:04-2:15 PM; 2:29-3:01 PM)

Jury Trial held April 29, 2022.  Testimony held and evidence entered.
Further Jury Trial set for May 3, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:    1102, 5814, 5825, 4059, 4060, 5824, 5823, 5822, 5821, 5820, 1776, 5819, 3940,
               949, 4030, 1346, 5811, 3530, 3086
Defendants: 20593, 20596

**The following exhibits are admitted into evidence:**
Plaintiffs:   1102, 5814, 5825, 4059, 4060, 5824, 5823, 5822, 5821, 5820, 1776, 5819, 3940,
              949, 4030, 1346, 5811, 3530, 3086
Defendants: **20593**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: April 29, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:33 am | Court in session without Counsel outside of presence of Jury and witnesses |
| | | | Hearing on [1416] Motion to Exclude, and on evidence related to upcoming witness testimony held |
| | | 9:16 am | Housekeeping and scheduling matters discussed |
| | | 9:26 am | Jury present |
| | | 9:27 am | Court in session presence of Jury |
| | | | Court queries Jurors re previous admonishment |
| | | 9:28 am | Government calls Patrick Mendenhall to testify |
| | | 9:29 am | Witness Patrick Mendenhall sworn |
| | | 9:29 am | Government begins direct examination of Witness #10, Patrick Mendenhall |
| 1102 | | 9:38 am | ADMITTED into Evidence:  2013-09-07 Theranos Email to Shareholders re Theranos |
| | | 9:41 am | Ex. 1106, previously admitted |
| | | 9:46 am | Ex. 5805, previously admitted |
| 5814 | | 9:50 am | ADMITTED into Evidence:  2013-12-16 Theranos Email to Mendenhall re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 |
| 5825 | | 9:53 am | ADMITTED into Evidence:  2013-12-19 Balwani/Mendenhall Email String re Theranos |
| 4059 | Obj | 9:59 am | Offered into Evidence |

| TRIAL DATE: April 29, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  |  | Further foundation to be laid | |
|  |  | 10:00 am | ADMITTED into Evidence: 2013-12-22 Email String re Theranos | |
| 4060 |  | 10:18 am | ADMITTED into Evidence (with redaction): 2015-08-27 Eisenman Email forwarding 2013-12-22 Email String re Theranos | |
| 5824 |  | 10:20 am | ADMITTED into Evidence: Dec 27, 2013-Jan 10, 2014 Balwani/Mendenhall Email String re Mendenhall Family Partnership | |
| 5823 |  | 10:22 am | ADMITTED into Evidence: Dec 27, 2013-Jan 13, 2014 Balwani Mendenhall Email String re Mendenhall Family Partnership | |
| 5822 |  | 10:24 am | ADMITTED into Evidence: Dec 27, 2013-Jan 28, 2014 Balwani/Mendenhall Email String re Mendenhall Family Partnership | |
| 5821 |  | 10:27 am | ADMITTED into Evidence: 2014-05-13 Mendenhall/Balwani/Holmes Email String re Theranos Update | |
| 5820 |  | 10:29 am | ADMITTED into Evidence: 2014-05-13 Mendenhall/Balwani/Yam Email String re Theranos Update | |
| 1776 |  | 10:30 am | Displayed: Roger Parloff, *New Blood – Elizabeth Holmes Founded Her Revolutionary Blood Diagnostics Company, Theranos, When She was 19. It's Now Worth More than $9 Billion, and Poised to Change Health Care,* FORTUNE.COM, June 12, 2014 | |
| 5819 | Obj | 10:33 am | Offered into evidence | |
|  |  | 10:34 am | ADMITTED into Evidence (not offered for truth of matter asserted): 2014-12-03 Mendenhall/Balwani/Holmes Email String re Shareholder Questions | |
|  |  | 10:40 am | Government completes direct examination of Patrick Mendenhall | |
|  |  | 10:41 am | Defense begins cross-examination of Patrick Mendenhall | |
|  |  | 10:50 am | Ex. 5814, previously admitted | |
|  |  | 10:58 am | Ex. 1113, previously admitted | |
|  |  | 11:05 am | Ex. 1106, previously admitted | |
|  |  | 11:12 am | Ex. 5805, previously admitted | |
|  | 20593 | 11:24 am | ADMITTED into Evidence: 2014-02-24 Mendenhall Email re Mendenhall TF Partnership | |

| TRIAL DATE: April 29, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 11:27 am | Ex. 4059, previously admitted | |
| Obj | 20596 | 11:41 am | Offered into evidence | |
| | | 11:44 am | Defense completes cross-examination of Patrick Mendenhall | |
| | | 11:45 am | Government begins re-direct of Patrick Mendenhall | |
| | | 11:47 am | Ex. 4059, previously admitted | |
| | | 12:00 pm | Government completes re-direct examination of Patrick Mendenhall | |
| | | | Defense begins re-cross-examination of Patrick Mendenhall | |
| | | 12:09 pm | Defense completes re-cross-examination of Patrick Mendenhall | |
| | | | Government conducts further re-direct examination of Patrick Mendenhall | |
| | | 12:10 pm | Government completes further re-direct examination of Patrick Mendenhall | |
| | | | Defense conducts further re-cross-examination of Patrick Mendenhall | |
| | | | Ex. 4059, previously admitted | |
| | | 12:11 pm | Defense completes further re-cross-examination of Patrick Mendenhall | |
| | | | Witness excused | |
| | | | Court takes break for 40 minutes | |
| | | 12:46 pm | Court in session with Counsel out of presence of Jury and witnesses | |
| | | | Further discussion re evidence related to upcoming witness testimony held | |
| | | 1:04 pm | Jury enters Courtroom | |
| | | | Court in session in presence of Jury | |
| | | | Government calls Witness #11 John Bryan Tolbert | |
| | | 1:05 pm | John Bryan Tolbert sworn and takes stand | |
| | | | Government begins direct examination of John Tolbert | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| **TRIAL DATE:** April 29, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 3940 | | 1:22 pm | ADMITTED into Evidence: 2013-07-29 Lucas Email to Tolbert re Theranos New Board Members | |
| 949 | | 1:26 pm | ADMITTED into Evidence:  Jul/Aug 2013 Email String re Theranos, and re Black Diamond Ventures XII, LLC │ Theranos Shareholder Letter | |
| 4030 | | 1:31 pm | ADMITTED into Evidence:  2013-11-08 Ibarra Email to Quintana re BDV Annual Meeting Confidential Presentation Deck │ Offering, and attachment – BDV Annual Deck (11-01-13 – Final).pdf | |
| 1346 | | 1:44 pm | ADMITTED into Evidence:  Quintana Email re ::IMPORTANT:: BDV XII, LLC │ Theranos Investor Update Call by CEO, Elizabeth Holmes │ 12/20/13 | |
| 5811 | | 2:03 pm | ADMITTED into Evidence (Limited – only top 3 emails, and not offered for truth of matter asserted, but only of notice to Mr. Balwani): Dec 2013 Email String re Theranos Stockholder Black Diamond Ventures' Participation in Series C-1 Stock Financing | |
| 3530 | | 2:05 pm | ADMITTED into Evidence (pp. 1-24, 32 only): Theranos, Inc. Amended and Rested Series C-1 Preferred Stock Purchase Agreement - Initial Closing Date: July 1, 2010 | |
| 3086 | | 2:13 pm | ADMITTED into Evidence:  2016-01-29 Theranos/Tolbert Email String re For our shareholders | |
| | | 2:15 pm | Government completes direct examination of John Bryan Tolbert | |
| | | | Court breaks for 14 minutes | |
| | | 2:29 pm | Court in session in presence of Jury and Witness #11 John Bryan Tolbert | |
| | | | Defense begins cross-examination of John Bryan Tolbert | |
| | | 2:44 pm | Ex. 1113, previously admitted. | |
| | | 2:52 pm | Defense completes cross-examination of John Bryan Tolbert | |
| | | | Government conducts re-direct examination of John Bryan Tolbert | |
| | | 2:54 pm | Government completes re-direct examination of John Bryan Tolbert | |
| | | | Defense conducts re-cross-examination of John Bryan Tolbert | |
| | | 2:55 pm | Defense completes re-cross-examination of John Bryan Tolbert | |

| TRIAL DATE: April 29, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | Witness #11 John Bryan Tolbert excused | |
| | | 2:36 pm | Witness #11 John Bryan Tolbert departs | |
| | | | Court admonishes and releases Jury | |
| | | 2:57 pm | Jury departs Courtroom | |
| | | | Court in session with Counsel out of presence of Jury and witnesses | |
| | | 3:01 pm | Court adjourned | |
| | | | Jury Trial Continued to May 3, 2022, at 9:00 AM | |