# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

## TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
## CASE NUMBER:  5:18-CR-00258-2 EJD

## <u>Minute Order and Trial Log</u>

Date:   May 3, 2022
Time in Court:        (8:41-9:42 AM; 9:50-11:57 AM; 12:35-2:23 PM; 2:50-4:04 PM)
              **TOTAL Time:  6 hrs, 10 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:  Special Agent - Chris McCollow
              Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron
              Brecher, Shawn Estrada, Sachi Schuricht, Serena Nichols

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:  Motion Hearing and Jury Trial (Day 25)**

Motion Hearing:   1 hr, 1 min. (8:41-9:42 AM)

Hearing held on [1419] Motion to Exclude Evidence of Altering Pfizer Report.  Argument of
counsel heard.  Court will allow evidence to be presented.

Jury Trial:  5 hrs, 9 min (9:50-11:57 AM; 12:35-2:23 PM; 2:50-4:04 PM)

Jury Trial held May 3, 2022.  Testimony held and evidence entered.
Further Jury Trial set for May 4, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:     143, 159, 162, 167, 174, 15041, 5831, 5830, 5450, 5451, 5453, 4533, 4621
Defendants:  10561, 7350

**The following exhibits are admitted into evidence:**
Plaintiffs:     **143, 159, 162, 167, 174, 15041, 5831, 5830, 5450, 5451, 5453, 4533, 4621**
Defendants:  **10561, 7350**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## HONORABLE EDWARD J. DAVILA

**Case Name:  *United States v. Ramesh Sunny Balwani***
**Case No:  5:18-CR-00258-2 EJD**

## TRIAL LOG

| TRIAL DATE: May 3, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:41 am | Court in session without Counsel outside of presence of Jury and witnesses | |
| | | | Hearing on [1419] Motion to Exclude Evidence of Altering Pfizer Report | |
| | | 9:42 am | Motion hearing concludes. | |
| | | | Court breaks for 8 minutes | |
| | | 9:49 am | Jury present | |
| | | 9:50 am | Court in session presence of Jury | |
| | | | Court queries Jurors re previous admonishment | |
| | | 9:51 am | Government calls Shane Weber to testify | |
| | | 9:52 am | Witness Shane Weber sworn and takes the stand | |
| | | 9:53 am | Government begins direct examination of Shane Weber | |
| 143 | Obj | 10:01 am | Offered into Evidence | |
| | | 10:02 am | ADMITTED into Evidence (not offered for the truth of the matter asserted – only to show exchange of information between Theranos and Pfizer):  2008-10-11 Holmes Email to Power and Lipset re Follow up to our meeting, and attachment – Theranos Angiogenesis Study Report | |
| 159 | Obj | 10:11 am | Offered into evidence | |
| | | | ADMITTED into Evidence:  Nov 2008 Holmes, Lipset, Weber, Frenzel Email String re Follow up to our meeting | |
| 162 | Obj | 10:22 am | ADMITTED into Evidence:  Nov 2008 Email String re Final Report, and attachment – Theranos Angiogenesis Study Report and NDA | |

| TRIAL DATE: May 3, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION | |
|---|---|---|---|---|
| 167 | Obj | 10:27 am | Offered into Evidence | |
| | | 10:28 am | ADMITTED into Evidence:  2008-12-31 Summary report prepared by Shane Weber entitled *Diagnostics review of Theranos' Thechnology and Final Recommendations* | |
| 174 | Obj | 10:39 am | ADMITTED into Evidence:  2009-01-30 Weber Email to Power re Theranos wrap up | |
| | | 10:42 am | Ex. 4858, previously admitted | |
| | | 10:48 am | Government completes direct examination of Shane Weber | |
| | | 10:49 am | Defense begins cross-examination of Shane Weber | |
| | 10561 | 11:09 am | ADMITTED into Evidence:  Feb 2009 Frenzel/Weber/Holmes Email String re Fertility assays | |
| | | 11:17 am | Ex. 4018, previously admitted | |
| | | 11:20 am | Ex. 20546, previously admitted | |
| | | 11:29 am | Defense completes cross-examination of Shane Weber | |
| | | 11:30 am | Government begins | |
| 15041 | | 11:31 am | ADMITTED into Evidence:  Aug 2009 Lester/Lipset/Holmes Email String re momentum – IL-6 | |
| | | 11:33 am | Ex. 7753, previously admitted | |
| | | 11:34 am | Government completes re-direct of Shane Weber | |
| | | | Witness #12 Shane Webber excused | |
| | | 11:35 am | Government calls Witness #13 Sarah Bennett | |
| | | 11:36 am | Sarah Bennett sworn and takes the stand | |
| | | 11:37 am | Government begins direct examination of Sarah Bennett | |
| | | 11:57 am | Court breaks for 38 minutes | |
| | | 12:35 pm | Court in session in presence of Jury and Witness Sarah Bennett | |
| | | | Government continues direct examination of Sarah Bennett | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| TRIAL DATE: May 3, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 5831 | Obj | 12:44 pm | Statement of Deficiencies Form | |
| | | 12:45 pm | Objection overruled | |
| | | | ADMITTED into Evidence (not admitted for truth of the matter, but only to notice to Defendant):  2015-06-13 Balwani/Gee/Arington Email String re audit reports, and attachments – 2013-12-10 HHS Letter to Theranos re Standard-Level Deficiencies; HHS Form CMS-2567 Statement of Deficiencies | |
| 5830 | Obj | 12:55 pm | ADMITTED into Evidence:  2015-09-22 Balwani Email to King, Hoague, Dearborn, and attachment – Theranos PowerPoint 2015-09-22 CLIA Laboratory Overview | |
| 5450 | | 1:04 pm | ADMITTED into Evidence:  HHS Form CMS-116 Clinical Laboratory Improvement Amendments (CLIA) - Application for Certification | |
| 5451 | | 1:09 pm | ADMITTED into Evidence:  Theranos list of assays performed and name of instrument/device on which those tests were performed | |
| 5453 | | 1:12 pm | ADMITTED into Evidence:  2015-06-12 Theranos Clinical Lab Tests provided to HHS-CMS during inspection | |
| 4533 | | 1:18 pm | ADMITTED into Evidence:  2015-09-23 Theranos Letter to HHS-CMS re list of LDTs that Theranos tested on Theranos device (TSPUs) and time periods of when run | |
| 4621 | Obj | 1:33 pm | ADMITTED into Evidence:  2016-01-25 HHS-CMS Letter to Theranos re Condition Level Deficiencies – Immediate Jeopardy, and attachment – HHS Form CMS-2567 Statement of Deficiencies and Plan of Correction | |
| | | 2:13 pm | Ex. 5387H, previously admitted | |
| | | 2:21 pm | Government completes direct examination of Sarah Bennett | |
| | | 2:22 pm | Jury departs Courtroom | |
| | | 2:23 pm | Court breaks for 27 minutes | |
| | | 2:50 pm | Court in session in presence of Jury and witness | |
| | | 2:51 pm | Defense begins cross-examination of Sarah Bennett | |
| Obj | 7350 | 2:55 pm | ADMITTED into Evidence:  Oct 2013 Email Chain re Background Information and discussion regarding Theranos, and attachments – Theranos Background (3).doc; PowerPoint (Theranos Workflow) [note: attachments admitted only as to background] | |

| TRIAL DATE: May 3, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 3:39 pm | Ex. 7386, previously admitted | |
|  |  | 3:41 pm | Ex. 5450, previously admitted | |
|  |  | 3:44 pm | Ex. 5453, previously admitted | |
|  |  | 3:49 pm | Ex. 5830, previously admitted | |
|  |  | 3:54 pm | Court admonishes Jury | |
|  |  |  | Jury Departs courtroom | |
|  |  |  | Sarah Bennett released for day | |
|  |  | 3:55 pm | Court in session with Counsel outside of presence of Jury and witnesses to discuss scheduling matters | |
|  |  | 4:04 pm | Court adjourns | |
|  |  |  | Jury Trial Continued to May 4, 2022, at 9:00 AM | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**