**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date: May 4, 2022
Time in Court: (9:05-10:07 AM; 10:19 AM - 12:24 PM; 12:49-3:03 PM; 3:20-4:01 PM)
  **TOTAL Time: 6 hrs, 2 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:  Special Agent - Chris McCollow
        Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:  Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron
         Brecher, Shawn Estrada, Sachi Schuricht, Serena Nichols

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS: Jury Trial (Day 26)**

Jury Trial held May 4, 2022. Testimony held and evidence entered.
Further Jury Trial set for May 10, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:   273
Defendants:  20631, 28033, 20229, 20231, 20235, 20566, 20567, 20568, 20542, 2280, 20237,
       2339, 20238, 2394, 20242, 4229, 20244, 20618, 20247, 20233, 2859, 28407A,
       20553, 20442, 20633, 20619

**The following exhibits are admitted into evidence:**
Plaintiffs:   **273**
Defendants:  **20631, 28033, 20229, 20231, 20235, 20566, 20567, 20568, 20542, 2280, 20237,
       2339, 20238, 2394, 20242, 4229, 20244, 20247, 20233, 2859, 28407A, 20553,
       20442, 20633, 20619**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: May 4, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 9:05 am | Jury present |
| | | 9:07 am | Court in session presence of Jury |
| | | 9:08 am | Court queries Jurors re previous admonishment |
| | | 9:09 am | Exs. 1776 and 1944 |
| | | 9:11 am | Witness #6 Nimesh Jhaveri returns to stand |
| | | | Defense continues cross-examination of Nimesh Jhaveri |
| | | | Ex. 1891, previously admitted |
| | | 9:13 am | Ex. 4858, previously admitted |
| | 20631 | 9:15 am | ADMITTED into Evidence: Depiction of Walgreens Palo Alto entrance to Theranos Wellness Room |
| | | 9:16 am | Ex. 1891, previously admitted |
| | 28033 | 9:20 am | Displayed:  Excerpt from 2019-04-26 Video Deposition of Nimesh Jhaveri |
| | | 9:21 am | Ex. 1884, previously admitted |
| | 20229 | 9:37 am | ADMITTED into Evidence: Aug 2014 Balwani/Jhaveri/Kozlowski/Fluegel Email String re today's data |
| | 20231 | 9:40 am | ADMITTED into Evidence:  Aug 2014 Balwani/Jhaveri/Kozlowski/Fluegel/Wasson Email String re today's data |
| | 20235 | 9:43 am | ADMITTED into Evidence:  Aug 2014 Jhaveri/Miquelon Email String re Hello |
| | | 9:46 am | Ex. 2214, previously admitted |

| TRIAL DATE: May 4, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 9:54 am | Ex. 2275, previously admitted | |
| Obj | 20566 | 9:59 am | Offered into Evidence | |
|  |  | 10:01 am | ADMITTED into Evidence: Aug-Oct 2014 Email Chain re Intro to Theranos and Elizabeth Holmes | |
|  |  |  | Jan 2015 Email Chain re | |
|  |  | 10:07 am | Court breaks for 12 minutes | |
|  |  | 10:19 am | Court in session in presence of Jury and witnesses | |
|  | 20567 | 10:23 am | ADMITTED into Evidence: Dec 2014-Jan 2015 Green/Jhaveri/Golub Email Chain re GNE clinical Trials Follow up | |
|  | 20568 | 10:27 am | ADMITTED into Evidence: 2015-01-30 Kozlowski Email to Blickman re Meeting with Abbott | |
| Obj | 20542 | 10:31 am | Offered into Evidence as 8036 business record | |
|  |  | 10:32 am | Further foundation to be laid | |
| Obj |  | 10:33 am | Offered into Evidence | |
|  |  | 10:34 am | Further foundation to be laid | |
| Obj |  | 10:38 am | ADMITTED into Evidence: Jan-Feb 2015 Email String re Walgreens / Pfizer Whiteboard Session | |
|  |  | 10:43 am | Ex. 2275, previously admitted | |
|  | 2280 | 10:47 am | ADMITTED into Evidence: 2014-12-09 Thies Outlook Meeting Invite re Copy: 8:00am PT-Walgreens/Theranos Meeting | |
|  | 20237 | 10:49 am | ADMITTED into Evidence: 2014-12-15 Fluegel Email to Balwani, cc: Holmes re Follow-up | |
|  | 2339 | 10:53 am | ADMITTED into Evidence: 2015-01-14 Haworth Email to Menchel et al re 1/14/15 Walgreens/Theranos Partnership Meeting Slide Deck & Supporting Materials, and attachments – PowerPoint, Agenda and Supporting Materials | |
|  | 20238 | 11:02 am | ADMITTED into Evidence: 2015-01-21 Haworth Email re 1/14/15 Walgreens/Theranos Partnership Meeting Minutes & Action Items, and attachment – Partnership Meeting Minutes | |

| **TRIAL DATE: May 4, 2022** | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | 2394 | 11:11 am | ADMITTED into Evidence: 2015-02-17 Haworth Email to Hayley et al re 2/17/15 Walgreens/Theranos Partnership Meeting Slide Deck, and attachment – theranos partnership meeting 2.17.15.ppt | |
| | 20242 | 11:11 am | ADMITTED into Evidence: Mar 2015 Email Chain re To-do's from Theranos contract discussion | |
| | 2449 | 11:17 am | ADMITTED into Evidence: 2015-03-30 Spitzer Email to Jhaveri re Theranos- time sensitive | |
| | 20244 | 11:24 am | ADMITTED into Evidence: Apr 2015 Email Chain re Theranos High Patient Volume | |
| Obj | 20618 | 11:31 am | Offered into Evidence | |
| | | | Further foundation to be laid | |
| Obj | | 11:34 am | Offered into Evidence | |
| | | 11:35 am | Objection sustained | |
| | 20247 | 11:38 am | ADMITTED into Evidence: Jun 2015 Email Chain re PHX Expansion List to Proceed | |
| | 20233 | 11:41 am | ADMITTED into Evidence: Jun 2015 Jhaveri/Balwani Email Chain re Recap of Meeting | |
| | 2859 | 11:46 am | ADMITTED into Evidence: 2015-10-15 Diagnostic Testing Team Memo to Jhaveri re Health Services Development - Executive Summary – Theranos Partnership | |
| | | 11:52 am | Ex. 966, previously admitted | |
| | | 12:01 pm | Defense completes cross-examination of Nimesh Jhaveri | |
| | | 12:02 pm | Jury departs Courtroom | |
| | | 12:03 pm | Court in session with Counsel out of presence of Jury and witnesses | |
| | | | Discussion re offered Ex. 20618 | |
| | | 12:24 pm | Court breaks for 25 minutes | |
| | | 12:49 pm | Court in session in presence of Jury and Witness Nimesh Jhaveri | |
| | | 12:51 pm | Government begins re-direct examination of Nimesh Jhaveri | |
| | | 12:57 pm | Ex. 20532, previously admitted | |

| TRIAL DATE: May 4, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 1:00 pm | Ex. 1708, previously admitted | |
| | | 1:02 pm | Ex. 1711, previously admitted | |
| | | 1:05 pm | Ex. 1884, previously admitted | |
| 28033 | Obj | 1:14 pm | Permission to read into evidence Excerpt of 2019-04-26 Deposition Transcript of Nimesh Jhaveri | |
| | | 1:16 pm | Permission Granted | |
| | | | Counsel reads excerpt of 2019-04-26 Deposition Transcript of Nimesh Jhaveri, p. ___, ll. __ - __ | |
| 273 | Obj | 1:22 pm | ADMITTED into evidence: 2010-2012 Holmes/Rosan/Balwani Email String re Theranos Systems at Walgreens, and attachments –Theranos Systems at Walgreens – Overview.pdf; Theranos Systems at Walgreens – Partnership.pdf | |
| | | 1:25 pm | Ex. 2214, previously admitted | |
| | | 1:27 pm | Ex. 2275, previously admitted | |
| | | 1:29 pm | Ex. 20244, previously admitted | |
| | | 1:30 pm | Ex. 5387H, previously admitted | |
| | | 1:31 pm | Ex. 1896, previously admitted | |
| | | 1:35 pm | Ex. 957, previously admitted | |
| | | | Government completes re-direct examination of Nimesh Jhaveri | |
| | | 1:36 pm | Defense begins re-cross-examination of Nimesh Jhaveri | |
| Obj | 28407A | 1:40 pm | Offered into evidence | |
| | | 1:42 pm | Displayed: Excerpts of Deposition Transcript - 3670:7 – 3671:23 | |
| | | 1:50 pm | Ex. 20532, previously admitted | |
| | 20553 | 1:54 pm | ADMITTED into Evidence: 2010-09-09 Rosan Email to Holmes (and 9/10 Forward to Balwani/Young) Email String Email re Hopkins, and attachment - Summary of Hopkins/Walgreens/Theranos Meeting April 27, 2010 | |
| Obj | 20442 | 1:57 pm | Offered into Evidence. | |

| TRIAL DATE: May 4, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 1:58 pm | ADMITTED into Evidence: Apr 2011 Haworth/Rosan/Young Email Chain re Asthma Test – Patty Haworth | |
| | | 2:01 pm | Defense concludes re-cross-examination of Nimesh Jhaveri | |
| | | | Nimesh Jhaveri is excused and exits Courtroom | |
| | | 2:03 pm | Witness #13 Sarah Bennett enters Courtroom and takes the stand | |
| | | | Defense continues cross-examination of Sarah Bennett | |
| | | 2:07 pm | Ex. 4533, previously admitted | |
| Obj | 28009 | 2:24 pm | Offered into Evidence | |
| | | 2:25 pm | Further foundation to be laid | |
| | | 2:46 pm | Ex. 4621, previously admitted | |
| | | 3:03 pm | Court breaks for 17 minutes | |
| | | 3:20 pm | Court in session in presence of Jury and Witness #13 Sarah Bennett | |
| | 20633 | 3:30 pm | ADMITTED into Evidence: Standard Operating Procedure, CLIA Laboratory, No. CL SOP-00020, Revision B, *Proficiency testing for Theranos Lab-Developed Tests (Immunoassays)*, Effective Date: 01/01/2014 | |
| | 20619 | 3:35 pm | ADMITTED into Evidence: 2016-10-31 Bennett Email to Yamamoto re Evidence #7, and attachments – D5793 F9, D6115_CL SOP-00020_PT for Theranos LDTs_AAP.pdf; D5793 F9_AAP Data.pdf; D5793 F10_VitD Patient Results.pdf; D5801_Eval of INR Results.pdf; D5801_PT_QC_Citrol3_March 2015.pdf; D5801_PT-INR Patient Results.pdf; D50805, D5821, D6098_PT-INR Final Reports.pdf | |
| | | 3:46 pm | Ex. 4621, previously admitted | |
| | | 4:00 pm | Court admonishes Jury | |
| | | | Jury released for the day | |
| | | 4:01 pm | Court adjourns | |
| | | | Jury Trial continued to May 10, 2022, at 9:00 AM | |