**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: **5:18-CR-00258-2 EJD**

# Minute Order and Trial Log

Date:   May 10, 2022
Time in Court:   (9:08-9:10 AM; 9:14-10:40 AM; 11:13 AM – 12:02 PM; 12:14-2:17 PM; 2:47-4:05 PM)
**TOTAL Time: 5 hrs, 38 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:  Special Agent - Chris McCollow
                      Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Shawn Estrada, Sachi Schuricht

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:  Jury Trial (Day 27)**

Jury Trial held May 10, 2022.  Testimony held and evidence entered.
Further Jury Trial set for May 11, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:   5834, 4943, 4163, 4173, 3387, 3392, 3844, 4202, 4197, 4221, 4284, 4286, 4303, 2172, 2065
Defendants: 4600, 20620, 14118, 14119

**The following exhibits are admitted into evidence:**
Plaintiffs:   **4163, 4173, 3387, 3392, 3844, 4202, 4197, 4221, 4284, 4286, 4303, 2172, 2065**
Defendants: **4600, 20620, 14118, 14119**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

**TRIAL LOG**

| TRIAL DATE: May 10, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:08 am | Court in session with Counsel out of presence of Jury and witnesses |
| | | 9:10 am | Court breaks for 4 min |
| | | 9:14 am | Jury present |
| | | 9:15 am | Court in session in presence of Jury |
| | | | Court queries Jurors re previous admonishment |
| | | | Witness #13 Sarah Bennett enters Courtroom and takes the stand |
| | | 9:16 am | Defense continues cross-examination of Sarah Bennett |
| | | 9:20 am | Ex. 4621, previously admitted |
| | 4600 | 9:36 am | ADMITTED into Evidence:  2015-12-08 Bennett/Hamilton Email String re Nice Job! |
| | | 9:40 am | Ex. 4621, previously admitted |
| Obj | 20620 | 9:50 am | Offered into Evidence. |
| | | 9:51 am | Foundation to be laid |
| Obj | | | Further foundation to be laid |
| | | 9:52 am | Offered into Evidence |
| | | | Further foundation to be laid |
| | | 9:53 am | Offered into Evidence |
| | 20620 | 9:55 am | ADMITTED into Evidence (not for the truth of the matter asserted but to notice to CMS for preparation of survey report): 2015-06-15 Theranos Alternative Assessment Program |

| TRIAL DATE: May 10, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson | |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 10:06 am | Ex. 4621, previously admitted | |
| | | 10:10 am | Defense completes cross-examination of Sarah Bennett | |
| | | 10:11 am | Government begins re-direct examination of Sarah Bennett | |
| | | 10:13 am | Ex. 4533, previously admitted | |
| | | 10:19 am | Ex. 4621, previously admitted | |
| 5834 | Obj | 10:27 am | Offered into Evidence | |
| | | 10:28 am | Further foundation to be laid | |
| 4943 | Obj | 10:34 am | Offered into Evidence | |
| | | | Further foundation to be laid | |
| | Obj | 10:35 am | Offered into Evidence – pp. 1 and 9 only | |
| | | 10:36 am | Gov't to timestamp p. 9 | |
| | Obj | 10:38 am | Offered into Evidence – pp. 1 and 9 only | |
| | | 10:39 am | Jury departs Courtroom | |
| | | 10:40 am | Court takes break for 33 minutes | |
| | | 11:13 am | Court in session with Counsel out of presence of Jury and witnesses | |
| | | | Discussion of Ex. 4943 and re Order on Motions in Limine | |
| | | 11:30 am | Court and Counsel address Ex. 2065 related to upcoming witness testimony | |
| | | 12:02 pm | Court breaks for 12 minutes | |
| | | 12:14 pm | Jury and Witness Sarah Bennett returns to Courtroom | |
| | | 12:15 pm | Court in session in presence of Jury and witness Sarah Bennett | |
| | | 12:20 pm | Ex. 4621, previously admitted | |
| | | 12:22 pm | Government completes re-direct examination of Sarah Bennett | |

| TRIAL DATE: May 10, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | Defense conducts re-cross-examination of Sarah Bennett | |
| | | 12:25 pm | Defense completes re-cross-examination of Sarah Bennett | |
| | | | Witness #13, Sarah Bennett excused | |
| | | | Government calls Daniel L. Mosley | |
| | | 12:27 pm | Witness #14, Daniel L. Mosley enters Courtroom | |
| | | | Daniel Mosley sworn and takes the stand | |
| | | 12:28 pm | Government begins direct examination of Daniel Mosley | |
| 4163 | | 12:32 pm | ADMITTED into Evidence: 2014-07-22 Mosely Email to Holmes re Private Placement Memorandum | |
| 4173 | Obj | 12:37 pm | Offered into Evidence | |
| | | | Further foundation to be laid | |
| | | 12:38 pm | ADMITTED into Evidence: 2014-08-18 Holmes Letter to Mosley re invitation to participate in equity transaction | |
| 3387 | Obj | 12:48 pm | ADMITTED into Evidence: Documents re Theranos, Realtime Cure, Inc., etc. provided to Daniel Mosley by Elizabeth Holmes | |
| 3392 | Obj | 12:48 pm | ADMITTED into Evidence: Theranos PowerPoint Presentation, *Infectious Disease work and Select Clinical Correlations* (part of materials provided to Daniel Mosley by Elizabeth Holmes) | |
| | | 1:14 pm | Ex. 5387H, p. 17 Displayed – previously admitted | |
| | | 1:24 pm | Ex. 3392, previously admitted | |
| 3844 | | 1:26 pm | ADMITTED into Evidence: 2010-04-27 Johns Hopkins Medicine Summary of Hopkins/Walgreens/Theranos Meeting | |
| 4202 | | 1:27 pm | ADMITTED into Evidence: Sep 2014 Mosley/Holmes Email String | |
| 4197 | | 1:31 pm | ADMITTED into Evidence: 2014-09-02 Moley Letter to Kissinger re outline of analysis on Theranos, and attachment – Theranos Analysis | |
| 4221 | | 1:44 pm | ADMITTED into Evidence: Sep 2014 Mosley/Holmes Email String | |
| 4284 | | 1:53 pm | ADMITTED into Evidence: Oct 2014 Mosley/Holmes Email String re Meeting last Friday | |

| TRIAL DATE: May 10, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| 4286 | | 1:58 pm | ADMITTED into Evidence: 2014-10-24 Balwani Email to Mosley/Holmes re investment docs, and attachments – 2014-02-07 Theranos, Inc. Amended and Restated Investors' Rights Agreement; 2014-02-07 Theranos, Inc. Amended and Restated Voting Agreement; Theranos, Inc. Certificate of Designation of Series C-2 Preferred Stock; |
| 4303 | | 2:02 pm | ADMITTED into Evidence: 2014-10-30 Mosley Email to Holmes/Balwani re Master Signature Page, and attachments – Master Signature Page (Mosley Family Holdings LLC); Master Signature Page (Dracopoulos) |
| 2172 | | 2:05 pm | ADMITTED into Evidence: 2014-10-31 Theranos/Holmes Memo to Mosley re confirmation re Series C-2 Preferred Stock |
| 2065 | Obj | 2:07 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted, but as to notice to the individuals in the emails): Oct 2014 C. Holmes/Balwani/Holmes Email String re BDT visitors to wag Saturday |
| | | 2:13 pm | Ex. 3387, previously admitted |
| | | 2:16 pm | Government completes direct examination of Daniel Mosley |
| | | 2:17 pm | Court breaks for 30 minutes |
| | | 2:47 pm | Jury and witness Daniel Mosley present |
| | | 2:49 pm | Court in session in presence of Jury and witness Daniel Mosley |
| | | | Defense begins cross-examination of Daniel L. Mosley |
| | | 2:58 pm | Ex. 4173, previously admitted |
| | 14118 | 3:24 pm | ADMITTED into Evidence: Aug 2014 Holmes/Mosley/Edlin Email String re Blank CDA |
| | | 3:28 pm | Ex. 3387, previously admitted |
| | 14119 | 3:50 pm | Sep 2014 Mosley/Holmes Email String |
| | | 3:53 pm | Ex. 4197, previously admitted |
| | | 3:58 pm | Court admonishes Jury |
| | | | Jury exists Courtroom |
| | | | Daniel L. Mosley released for the day |

| PLF | DEFT | TIME | DESCRIPTION | | |
|---|---|---|---|---|---|
| **TRIAL DATE:** May 10, 2022 | | | **REPORTER:** Irene Rodriguez | | **CLERK:** Cheré Robinson |
| | | 3:59 pm | Court in session outside of presence of Jury and witnesses | | |
| | | 4:05 pm | Court adjourns | | |
| | | | Jury Trial continued to May 11, 2022, at 9:00 AM | | |