**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: **5:18-CR-00258-2 EJD**

### Minute Order and Trial Log

### *CORRECTED*

Date:   May 11, 2022
Time in Court:      (8:36-9:33 AM; 9:48-11:44 AM; 12:44-2:30 PM; 3:03-4:19 PM)
**TOTAL Time: 5 hrs, 55 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:   Special Agent - Chris McCollow
                       Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron
                                     Brecher, Shawn Estrada, Sachi Schuricht, Amari Hammonds

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:**

**Motion Hearing:** 57 min (8:36-9:33 AM)

Hearing held on [1425] Defendant's Motion to Compel.  Argument of Counsel heard.

**Jury Trial (Day 28):**  4 hrs, 58 min (9:48-11:44 AM; 12:44-2:30 PM; 3:03-4:19 PM)

Jury Trial held May 11, 2022.  Testimony held and evidence entered.
Further Jury Trial set for May 13, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:    663, 1334, 1371, 2057, 2468
Defendants:  14124, 14135, 14103, 12285, 14224, 14225, 14226, 12185, 12252, 713, 1362,
           12999, 13150, 13191

**The following exhibits are admitted into evidence:**
Plaintiffs:    **663, 1334, 1371, 2057, 2468**
Defendants:  **14124, 14135, 14103, 12285, 14224, 14225, 14226, 12185, 12252, 713, 1362,
           12999, 13550, 13991**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

## TRIAL LOG

| TRIAL DATE: May 11, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 8:36 am | Court in session with Counsel out of presence of Jury and witnesses | |
| | | | Hearing held on [1425] Defendant's Motion to Compel | |
| | | 9:33 am | Court breaks for 15 minutes | |
| | | 9:48 am | Jury present | |
| | | 9:49 am | Court in session in presence of Jury | |
| | | | Court queries Jury re previous admonishment | |
| | | 9:50 am | Witness #14 Daniel L. Mosely returns to stand | |
| | | | Defense continues cross-examination of Daniel Mosley | |
| | | | Ex. 4197, previously admitted | |
| | 14124 | 9:58 am | ADMITTED into Evidence: 2014-10-06 Mosley/Holmes Email String | |
| | | 10:04 am | Ex. 4284, previously admitted | |
| | | 10:08 am | Ex. 2065, previously admitted | |
| | 14135 | 10:11 am | ADMITTED into Evidence: Oct 2014 Mosley/Boies/Holmes Email string re Theranos | |
| | | 10:14 am | Displayed Excerpt of 2019-04-10 Deposition Transcript of Daniel L. Mosley | |
| | | 10:16 am | Defense completes cross-examination of Daniel L. Mosley | |
| | | | Government begins re-direct examination of Daniel L. Mosley | |
| | | 10:17 am | Ex. 3387, previously admitted | |

| **TRIAL DATE:** May 11, 2022 | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 10:20 am | Government completes re-direct examination of Daniel. L. Mosley |
| | | | Witness Daniel L. Mosley |
| | | 10:21 am | Government calls Alan Eisenman |
| | | 10:22 am | Witness #15 Alan Eisenman sworn and takes the stand |
| | | 10:23 am | Government begins direct examination of Alan Eisenman |
| 663 | Obj | 10:45 am | ADMITTED into Evidence: May 2010-Aug 2012 Eisenman/Holmes/Minnig Email String re June Quarterly update |
| | | 11:03 am | Ex. 1106, previously admitted |
| 1334 | | 11:08 am | ADMITTED into Evidence: Dec 2013 Holmes/Eisenman Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, and attachments – Theranos – Amended and Restated Certificate of Incorporation (Dual Class.pdf; Theranos – Amended and Restated Investor Rights Agreement (Dec 2013).pdf; Theranos – Amended and Restated Series C-1 Preferred Stock Purchase Agreement.pdf; Theranos – Amended and Restated Voting Agreement Series C-1 (December 20, 2013).pdf |
| | | 11:13 am | Ex. 4060, previously admitted |
| 1371 | | 11:21 am | ADMITTED into Evidence: Dec 2013 Theranos/Eisenman/Balwani Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, pp. 1-8 only |
| | | 11:25 am | Ex. 1334, previously admitted |
| 2057 | | 11:32 am | ADMITTED into Evidence: Oct 2014 Eisenman/Holmes/Balwani Email String re Negative report on Theranos from UBS |
| 2468 | | 11:38 am | ADMITTED into Evidence (with personal info redacted): Apr 2015 Eisenman/Balwani/Holmes Email String re Theranos, and re PLEASE RESPOND!!! |
| | | 11:44 am | Court breaks for 60 minutes |
| | | 12:44 pm | Jury and witness Alan Eisenman enters Courtroom |
| | | 12:46 pm | Court in session in presence of Jury and witness Alan Eisenman |

| TRIAL DATE: May 11, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | Defense conducts cross-examination of Alan Eisenman | |
| | 14103 | 1:07 pm | ADMITTED into Evidence: May 2010 Eisenman/Holmes Email String re Updates on Theranos | |
| Obj | 12285 | 1:13 pm | Offered into Evidence | |
| | | 1:15 pm | Foundation to be laid re state of mind | |
| Obj | | 1:16 pm | Offered into evidence | |
| | | 1:17 pm | Further foundation to be laid re state of mind | |
| | 12285 | 1:20 pm | ADMITTED into Evidence (with second paragraph in E. Holmes email redacted): Jun 2010 Eisenman/Holmes Email String re June call | |
| | 14224 | 1:23 pm | ADMITTED into Evidence: 2010-07-01 Eisenman Email to Holmes re no decision on sale of stock | |
| | 14225 | 1:25 pm | ADMITTED into Evidence: Jul 2010 Eisenman/Balkenhol/Holmes re Catching Up | |
| | 14226 | 1:31 pm | ADMITTED into Evidence: Sep 2010 Eisenman/Holmes Email string re Larry Ellison | |
| | 12185 | 1:33 pm | ADMITTED into Evidence: Feb 2011 Eisenman/Holmes/Balwani Email String re request for updates on Theranos | |
| | 12252 | 1:35 pm | ADMITTED into Evidence: May 2012 Eisenman/Minnig Email String re Theranos updates | |
| | 713 | 1:37 pm | ADMITTED into Evidence: Nov 2012 Eisenman/Minnig/Holmes Email String re Business Update | |
| | 1362 | 1:44 pm | ADMITTED into Evidence: Dec 2013 Eisenman/Balwani Email String Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 | |
| | | 1:45 pm | Ex. 1371, pp. 1-8, previously admitted | |
| Obj | 12999 | 2:06 | Offered into Evidence | |
| | | 2:07 | ADMITTED into Evidence: Jan 2015 Eisenman/Balwani/Holmes Email String re Google Alert – Theranos | |
| | | 2:10 pm | 3530 | |

| TRIAL DATE: May 11, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 2:13 pm | 14103 | |
| | | 2:14 pm | 2468 | |
| | 13150 | 2:18 pm | ADMITTED into Evidence: Aug 2015 Bois/Eisenhan Email String re Theranos follow up from our conversation today | |
| Obj | 13191 | 2:22 pm | Offered into Evidence | |
| | | 2:24 pm | ADMITTED into Evidence (not for the truth of matter asserted, but to witness's state of mind): Sep 2015 Eisenman/Thombridge/Zawrotny Email String re Theranos | |
| | | 2:29 pm | Defense completes cross-examination | |
| | | 2:30 pm | Court breaks for 33 minutes | |
| | | 3:03 pm | Jury and witness Alan Eisenman present | |
| | | 3:07 pm | Court in session in presence of Jury and witness Alan Eisenman | |
| | | | Government begins re-direct examination of Alan Eisenman | |
| | | 3:12 pm | Ex. 3387, previously admitted | |
| | | 3:21 pm | Government completes re-direct of Alan Eisenman | |
| | | 3:22 pm | Defense begins re-cross-examination of Alan Eisenman | |
| | | 3:27 pm | Ex. 12999, previously admitted | |
| | | 3:37 pm | Ex. 14224, previously admitted | |
| | | 3:38 pm | Defense completes re-cross-examination of Alan Eisenman | |
| | | 3:39 pm | Government begins further re-direct of Alan Eisenman | |
| | | 3:41 pm | Government completes further re-direct of Alan Eisenman | |
| | | | Witness #15 Alan Eisenman excused | |
| | | | Government calls Witness #16 Lynette Sawyer to testify | |
| | | 3:43 pm | Witness#16 Lynette Sawyer sworn and takes the stand | |

| **TRIAL DATE:** May 11, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 3:44 pm | Government begins direct examination of Lynette Sawyer | |
| | | 3:56 pm | Ex. 4533, previously admitted | |
| | | 3:58 pm | Ex. 20575, previously admitted | |
| | | 3:58 pm | Ex. 10525, previously admitted | |
| | | 3:59 pm | Ex. 10526, previously admitted | |
| | | 4:00 pm | Government completes direct examination of Lynette Sawyer | |
| | | 4:02 pm | Defense begins cross-examination of Lynette Sawyer | |
| | | 4:13 pm | Court admonishes Jury | |
| | | | Jury departs Courtroom | |
| | | | Lynette Sawyer released for day | |
| | | 4:14 pm | Court in session with counsel out of presence of Jury and witnesses | |
| | | 4:19 pm | Court adjourns | |
| | | | Jury Trial continued to May 13, 2022, at 9:00 AM | |