# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
### Honorable Edward J. Davila
Courtroom 4 - 5th Floor

### TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
### CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   May 13, 2022
Time in Court:        (9:07-10:38 AM; 11:10 AM – 12:59 PM: 1:34-4:11 PM)
         **TOTAL Time: 5 hrs, 57 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:    Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:   Special Agent - Chris McCollow
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Amanda McDowell, Shawn Estrada, Sachi Schuricht, Serena Nichols

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Motion Hearing:** 34 min (2:00-2:34 PM)

Court holds hearing on [1434] Defendant's Motion to Limit Testimony of Patient B.G. Argument of Counsel heard

**Jury Trial (Day 29):** 5 hrs, 23 min **(**9:07-10:38 AM; 11:10 AM – 12:59 PM: 1:34-2:00; 2:34-4:11 PM)

Jury Trial held May 13, 2022.  Testimony held and evidence entered.
Further Jury Trial set for May 17, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:    5095, 5132, 5143, 5144, 5444, 5447, 7366, 5837, 5836, 1770, 12022, 1805, 5410, 2044, 3305, 5411, 5184, 2083, 5412
Defendants: 20033, 20651, 20698, 3530, 12604, 4242, 20071, 20073, 20074

**The following exhibits are admitted into evidence:**
Plaintiffs:    **5095, 5132, 5143, 5144, 5444, 5447, 7366, 5837, 5836, 1770**
Defendants: **20033, 20651, 20698, 3530, 12604, 4242, 20071, 20073, 20074**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: May 13, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:06 am | Jury present |
| | | 9:07 am | Court in session in presence of Jury |
| | | | Court queries Jury re previous admonishment |
| | | 9:08 am | Witness #16 Lynette Sawyer returns and takes stand |
| | | 9:09 am | Defense begins cross-examination of Lynette Sawyer |
| | | 9:10 am | Ex. 1113, previously admitted |
| | | 9:12 am | Ex. 5805, previously admitted |
| | | 9:15 am | 20575, previously admitted |
| | | 9:16 am | 10526, previously admitted |
| | 20033 | 9:18 am | ADMITTED into Evidence:  2015-05-05 Theranos Standard Operating Procedure, CLIA Laboratory, Hemoglobin A1C (HBA1C) Automated Pretreatment Method (A1C) IN Whole Blood on the ADVIA 1800 and 2400 Chemistry Systems, Document Number CL-SOP-09100 |
| | 20651 | 9:19 am | ADMITTED into Evidence:  2015-05-05 Theranos Standard Operating Procedure, CLIA Laboratory, Theranos LIS Application User Guide, Document Number CL-SOP-05049 |
| | | 9:26 am | Defense completes cross-examination of Lynette Sawyer |
| | | | Government begins re-direct examination of Lynette Sawyer |
| | | 9:28 am | Government completes re-direct examination of Lynette Sawyer |
| | | 9:29 am | Defense begins re-cross-examination of Lynette Sawyer |

| TRIAL DATE: May 13, 2022 | | REPORTER: Irene Rodriguez | | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:30 am | Defense complete re-cross-examination of Lynette Sawyer | |
| | | | Witness#16 Lynette Sawyer excused | |
| | | 9:31 am | Government calls Christopher Lucas to testify | |
| | | 9:32 am | Witness #17 Christopher Lucas sworn and takes the stand | |
| | | | Government begins direct examination of Christopher Lucas | |
| 5095 | | 9:49 am | ADMITTED into Evidence: 2013-07-30 Theranos Email to Shareholders re Theranos (consumer launch) | |
| | | 9:51 am | Ex. 1102, previously admitted | |
| | | 9:52 am | Ex. 1106, previously admitted | |
| 5132 | Obj | 9:57 am | Offered into Evidence | |
| | | 9:59 am | ADMITTED into Evidence (not offered for the truth of the matter, but only as to conversation between witness and Ms. Holmes and notice): Oct-Nov 2013 Hagen/Lucas/Holmes Email String re Meeting with Elizabeth | |
| 5143 | | 10:03 am | ADMITTED into Evidence: Dec 2013 Theranos/Lucas Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, and attachment – Theranos, Inc. Amended and Restated Certificate of Incorporation; Theranos, Inc. Amended and Restated Investors' Right Agreement; Theranos, Inc. Amended and Restated Series C-1 Preferred Stock Purchase Agreement | |
| 5144 | | 10:07 am | ADMITTED into Evidence: Dec 2013 Theranos/Lucas/Quintana/Holmes Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13, and attachments – Signature Pages | |
| 5444 | | 10:11 am | ADMITTED into Evidence: Dec 2013 Lucas/Holmes Email String re BDV Investment | |
| 5447 | | 10:16 am | ADMITTED into Evidence: Dec 2013 Theranos/Lucas/Quintana/Yam Email String re Theranos Stockholder/Black Diamond Ventures' Participation in Series C-1 Stock Financing, and attachment – Master Signature Page | |

| TRIAL DATE: May 13, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| 7366 | | 10:18 am | ADMITTED into Evidence (pp. 2-69 only): 2013-12-29 Quintana Email to BD Investors re *IMPORTANT UPDATE_PLEASE REIVE*BDV XII-B, LLC / Theranos Series C-1 Stock, and attachments – BDV Cover Letter re Acknowledgement (12-29-13).pdf; BDV XII-B Exhibit A to Letter re_ Theranos (A12-29-13).pdf; Black Diamond Ventures XII-B LLC – Operating Agreement.pdf; Black Diamond Ventures XII-B LLC -Subscription Agreement.pdf |
| 5837 | | 10:28 am | ADMITTED into Evidence: Dec 2013 Theranos/Quintana/Balwani/Holmes Email String re Theranos Stockholder Consents for your Signature by this Wednesday 12/18/2013 |
| 5836 | | 10:30 am | ADMITTED into Evidence: Dec 2013 Holmes/Lucas/Quintana/Theranos/Balwani Email String re Theranos Stockholder / Black Diamond Ventures' Participation in Series C-1 Stock Financing |
| 1770 | | 10:37 am | ADMITTED into Evidence: 2014-06-12 Theranos Email to Shareholders re Theranos (sharing Fortune magazine cover story) |
| | | 10:38 am | Government completes direct examination of Christopher Lucas |
| | | | Court breaks for 32 minutes |
| | | 10:10 am | Jury and witness Christopher Lucas return to Courtroom |
| | | | Court in session in presence of Jury and witness |
| | | | Defense begins cross-examination of Christopher Lucas |
| | | 11:46 am | Ex. 20432, previously admitted |
| | | 11:57 am | Ex. 20553, previously admitted |
| | 20698 | 12:00 pm | ADMITTED into Evidence: 2006-02-03 Theranos, Inc. Investors' Rights Agreement |
| | | 12:03 pm | Ex. 1387, previously admitted |
| | | 12:20 pm | Ex. 1770, previously admitted |
| | | 12:27 pm | Ex. 7366, previously admitted |
| | 3530 | 12:45 pm | ADMITTED into Evidence (p. 25): Master Signature Page (C. Lucas) to previously admitted Ex. 3530 |

| TRIAL DATE: May 13, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | 12604 | 12:56 pm | ADMITTED into Evidence: Apr 2014 Quintna/Lucas/Lynch Email String re BDV XII, LLC Theranos Appoints William H. Frist, M.D., to its Board of Directors | |
| | | 12:58 pm | Defense completes cross-examination of Christopher Lucas | |
| | | 12:59 pm | Court breaks for 35 minutes | |
| | | 1:34 pm | Jury and witness Christopher Lucas present | |
| | | 1:36 pm | Court in session in presence of Jury and witness Christopher Lucas | |
| | | | Government begins re-direct examination of Christopher Lucas | |
| 12022 | | 1:42 pm | Offered into Evidence - pp. 1-5 and 26 only (email, ppt cover page and p. 26 slide | |
| | | 1:45 pm | ADMITTED into Evidence (pp. 1-5 and 26 only):  2005-12-22 Holmes Email to Lucas re Great to meet you!!!, and attachment: 12-22-2005 Theranos Redefining Healthcare.ppt | |
| | | 1:55 pm | Government completes re-direct examination of Christopher Lucas | |
| | | | Defense begins re-cross-examination of Christopher Lucas | |
| | | 1:57 pm | Ex. 12022, p. 26 (p. 22 of presentation), previously admitted | |
| | | 1:59 pm | Defense completes re-cross-examination of Christopher Lucas | |
| | | | Witness #17 Christopher Lucas excused | |
| | | 2:00 pm | Jury departs Courtroom | |
| | | | Court in session with Counsel out of presence of Jury and witnesses | |
| | | 2:01 pm | Court holds hearing on [1434] Defendant's Motion to Limit Testimony of Patient B.G. | |
| | | | Argument of Counsel heard | |
| | | 2:34 pm | Jury returns to Courtroom | |
| | | | Government calls Audra Zachman | |
| | | 2:35 pm | Witness #18 Audra Zachman sworn and takes the stand | |

| TRIAL DATE: May 13, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  |  | Government begins | |
| 1805 |  | 2:40 pm | ADMITTED into Evidence:  Jun 2014 Zachman/Schapler Email String re theranos | |
| 5410 |  | 2:50 pm | ADMITTED into Evidence: Quest Diagnostics Lab Report re 09/30/2014 Blood draw | |
| 2044 |  | 2:51 pm | ADMITTED into Evidence:  Theranos Lab Report re 10/2/2014 Blood Draw | |
| 3305 |  | 2:53 pm | ADMITTED into Evidence:  Quest Dianostics Lab Result Report re 10/6/2014 Blood Draw | |
| 5411 |  | 2:54 pm | ADMITTED into Evidence:  Quest diagnostics Lab Result re 10/8/2014 Blood Draw | |
|  |  | 2:59 pm | Audra Zachman qualified as expert witness re HCG testing under Fed. R. Evid. 702 | |
|  |  | 3:01 pm | Displayed – Demonstrative – Brittany Gould HCG Results | |
| 5184 | Obj | 3:09 pm | ADMITTED into Evidence:  Oct 2014 Theranos Email String re Partials list tonight | |
| 2083 |  | 3:12 pm | ADMITTED into Evidence:  2014-10-14 Neville Email to Zachman re Checking Back | |
| 5412 |  | 3:13 pm | ADMITTED into Evidence:  2014-10-22 C. Holmes Email to Zachman re Theranos – following up | |
|  |  | 3:17 pm | Government completes direct examination of Audra Zachman | |
|  |  | 3:18 pm | Defense begins cross-examination of Audra Zachman | |
|  |  | 3:20 pm | Ex. 5184, previously admitted | |
|  |  | 3:22 pm | Ex. 2083, previously admitted | |
|  |  |  | Ex. 5412, previously admitted | |
|  |  | 3:24 pm | Ex. 2044 previously admitted | |
|  |  |  | Displayed Demonstrative – calendar of BG Blood Draws | |

| TRIAL DATE: May 13, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | 4242 | 3:27 pm | ADMITTED into Evidence: Theranos Lab Test Result for 10/4/2014 Blood Draw | |
| | 20071 | 3:31 pm | ADMITTED into Evidence: 2015-10-04 Riley Email re Theranos Electronic Orders and Results | |
| Obj | 20073 | 3:34 pm | Offered into Evidence | |
| | | | Further foundation to be set | |
| Obj | 20073 | 3:36 pm | Offered into Evidence | |
| | | | Further foundation to be set | |
| Obj | | 3:39 pm | Offered into Evidence | |
| | | | Objection Sustained as to pages without dates | |
| | 20074 | 3:45 pm | ADMITTED into Evidence: Jan 2021 Zachman/Scavdis Email String re Theranos | |
| | | 3:47 pm | Defense completes cross-examination of Audra Zachman | |
| | | 3:48 pm | Government begins re-direct of Audra Zachman | |
| | | 3:51 pm | Ex. 4533, previously admitted | |
| | | | Ex. 4520, previously admitted | |
| | | 3:54 pm | Government completes re-direct of Audra Zachman | |
| | | | Defense begins re-cross-examination of Audra Zachman | |
| | | | Defense completes re-cross examination of Audra Zachman | |
| | | 3:57 pm | Government calls Brittany Gould to the stand | |
| | | 3:58 pm | Witness #19 Brittany Gould sworn and takes the stand | |
| | | | Government begins direct examination of Brittany Gould | |
| | | 4:02 pm | Ex. 5410, previously admitted | |
| | | 4:03 pm | Ex. 2044, previously admitted | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| **TRIAL DATE: May 13, 2022** | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 4:06 pm | Ex. 3305, previously admitted | |
| | | 4:07 pm | Ex. 5411, previously admitted | |
| | | 4:08 | Government completes direct examination of Brittany Gould | |
| | | | Defense has no cross-examination of Brittany Gould | |
| | | | Witness #18 Brittany Gould excused and departs Courtroom | |
| | | 4:09 pm | Court admonishes Jury | |
| | | 4:10 pm | Jury departs Courtroom | |
| | | 4:11 pm | Court adjourns | |
| | | | Jury Trial continued to May 17, 2022, at 9:00 AM | |