JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT MAY 19, 2022 HEARING RE: MOTION OF DOW JONES & COMPANY TO UNSEAL JUDICIAL RECORDS**<br><br>Hon. Edward J. Davila |

The undersigned defendant hereby waives the right to be present in court at the hearing regarding the Motion of Dow Jones & Company to Unseal Judicial Records, scheduled for May 19, 2022 at 3:00 PM. The undersigned defendant further agrees that his interests will be deemed represented at the May 19, 2022 hearing by the presence of his attorney, the same as if the defendant himself was personally present in court.

DATED: May 16, 2022

RAMESH "SUNNY" BALWANI

DATED: May 16, 2022

*/s/ Jeffrey Coopersmith*

JEFFREY B. COOPERSMITH

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, a copy of this filing was delivered via ECF on all counsel of record.

                                        */s/ Jeffrey Coopersmith*

                                        JEFFREY B. COOPERSMITH
                                        Attorney for Ramesh "Sunny" Balwani