1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759

6  Email: jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION
13

14

15  UNITED STATES OF AMERICA,              Case No. 18-CR-00258-EJD

16              Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                           DEFENDANT'S MOTION TO ADMIT
17       v.                                TRIAL EXHIBIT 20683**

18  RAMESH "SUNNY" BALWANI,
                                           Judge:    Honorable Edward J. Davila
19              Defendant.

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

On May 16, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to admit page 9 of Trial Exhibit 20683.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE