JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
|---|---|
| Plaintiff, | **DECLARATION OF JEFFREY B. COOPERSMITH RE: DEFENDANT'S MOTION TO ADMIT TRIAL EXHIBIT 20683** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | Judge:  Honorable Edward J. Davila |

**DECLARATION OF JEFFREY B. COOPERSMITH**

I, Jeffrey B. Coopersmith, declare as follows:

1.  I am lead counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted to practice in the State of California, a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Mr. Balwani. I submit this declaration in support of Mr. Balwani's motion to admit Trial Exhibit 20683.

2.  Attached as **Exhibit 1** is a copy of Trial Exhibit 20683, Bernard M. Branson et al., *Laboratory Testing for the Diagnosis of HIV Infection*, Centers for Disease Control and Prevention (June 27, 2014), https://stacks.cdc.gov/view/cdc/23447.

3.  Attached as **Exhibit 2** is a copy of Trial Exhibit 5483, the May 2015 Theranos results report for patient E.T., partially redacted to protect patient privacy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 16, 2022, at San Jose, California.

                                                        */s/ Jeffrey B. Coopersmith*
                                                        JEFFREY B. COOPERSMITH