**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: **5:18-CR-00258-2 EJD**

## Minute Order

Date:   May 17, 2022
Time in Court:            (9:26-10:08 AM)
            **TOTAL Time: 42 min.**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:   Special Agent - Chris McCollow
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron
                Brecher, Shawn Estrada, Sachi Schuricht, Molly McCafferty,
                James Flynn

Also present:  Paralegal – Jennifer Cygnor
Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Procedural and Housekeeping Matters:** 5 min (9:26-9:29 AM; 10:06-10:08 AM)

Court in session in presence of Jurors, except Juror 12 (absent).  Trial continued to May 18, 2022, when all jurors available.  Court queries jurors re previous admonishment.  Court admonishes jurors.  Jurors depart Courtroom and are released for the day.

Court discusses scheduling and witness testimony line-up following motion hearing.

**Motion Hearing:** 37 min (9:29-10:06 AM)

Court holds hearing on [1439] Defendant's Motion re Trial Exhibits 20683 and 5483.  Argument of Counsel heard.

**Jury Trial Continued to May 18, 2022, at 9:00 AM.**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**