## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

### TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
### CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   May 18, 2022
Time in Court:     (9:04-11:19 AM; 11:56 AM – 1:12 PM; 1:23-4:13 PM)
    **TOTAL Time: 6 hrs, 21 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:   Special Agent - Chris McCollow
                Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Shawn Estrada, Sachi Schuricht, Molly McCafferty, James Flynn
Also present:   Reese Oñate
                Paralegal – Jennifer Cygnor

Also present:   Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 31)**

Jury Trial held May 18, 2022.  Testimony held and evidence entered.
Further Jury Trial set for May 20, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:     4938, 4415, 5839, 5840, 2730, 2729, 5843, 5838, 5483, 5484, 1360, 1404, 1422, 4077, 1443, 1454, 1477, 5441, 1482, 1505, 1506, 5858
Defendants: 20683, 14259

**The following exhibits are admitted into evidence:**
Plaintiffs:    **4938, 4415, 5839, 5840, 2739, 2729, 5843, 5838, 5483, 5484, 1360, 1404, 1422, 4077, 1443, 1454, 1477, 5441, 1482, 1505, 1506, 5858**
Defendants: **20683, 14259**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

## TRIAL LOG

| TRIAL DATE: May 13, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 9:04 am | Jury present |
| | | 9:06 am | Court in session in presence of Jury |
| | | | Court queries Jury re previous admonishment |
| | | | Government calls Witness #21 Dr. Mark Burnes |
| | | 9:07 am | Dr. Mark Burnes sworn and takes the stand. |
| | | 9:08 am | Government begins Direct examination of Dr. Mark Burnes |
| | | 9:14 am | Government offers Dr. Mark Burnes as an expert witness |
| | | 9:15 am | Court permits Dr. Mark Burnes to testify as expert |
| 4938 | Obj | 9:18 am | Offered into Evidence |
| | | 9:20 am | ADMITTED into Evidence:  Theranos Test Results of Dr. Mehrl Ellsworth |
| 4415 | | 9:32 am | ADMITTED into Evidence:  May/Jun 2015 Email String re Rerun and Call Back Request |
| | | 9:52 am | Government completes direct examination of Dr. Mark Burnes |
| | | 9:53 am | Defense begins cross-examination of Dr. Mark Burnes |
| | | 9:56 am | Ex. 4938, previously admitted |
| | | 10:00 am | Ex. 4415, previously admitted |
| | | 10:12 am | Defense completes cross-examination of Dr. Mark Burnes |
| | | 10:13 am | Government begins re-direct examination of Dr. Mark Burnes |

| TRIAL DATE: May 13, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 10:14 am | Government completes re-direct examination of Dr. Mark Burnes |
| | | | Witness #21 Dr. Mark Burnes excused and departs Courtroom |
| | | 10:15 am | Government calls Witness #22 Dr. Mehrl Ellsworth |
| | | 10:16 am | Dr. Mehrl Ellsworth sworn and takes the stand |
| | | 10:17 am | Government begins direct examination of Dr. Mehrl Ellsworth |
| | | 10:20 am | Ex. 4938, previously admitted |
| | | 10:27 am | Government completes direct examination of Dr. Mehrl Ellsworth |
| | | | Witness #22 Dr. Mehrl Ellsworth excused and departs Courtroom |
| | | 10:28 am | Government calls Witness #23 Brent Bingham |
| | | 10:29 am | Brent Bingham sworn and takes the stand |
| | | | Government begins direct examination of Brent Bingham |
| | | 10:38 am | Ex. 5801, previously admitted |
| 5839 | | 10:41 am | ADMITTED into Evidence: 2015-08-12 Theranos Email to Bingham re Your Visit Code |
| 5840 | | 10:44 am | ADMITTED into Evidence: 2015-08-21 Theranos Email to Bingham re Theranos Patient Visit Summary Details |
| 2730 | | 10:47 am | ADMITTED into Evidence: 2015-08-28 Theranos Final Lab Results Report re Brent Bingham |
| 2729 | | 10:50 am | ADMITTED into Evidence: 2015-08-28 Access Medical Laboratories Final Lab Results Report re Brent Bingham |
| 5843 | | 10:58 am | ADMITTED into Evidence: 2015-12-11 Theranos Email to Bingham re Theranos Patient Visit Summary Details |
| 5838 | | 11:00 am | ADMITTED into Evidence: 2015-12-15 Theranos Email to Bingham re Theranos Contact Confirmation |
| | | 11:03 am | Government completes direct examination of Brent Bingham |
| | | | Defense begins cross-examination of Brent Bingham |

| TRIAL DATE: May 13, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 11:17 am | Defense completes cross-examination of Brent Bingham | |
| | | 11:18 am | Witness #23 Brent Bingham excused and departs Courtroom | |
| | | | Jury Departs Courtroom | |
| | | 11:19 am | Court breaks for 37 minutes | |
| | | 11:56 am | Jury present | |
| | | | Court in session in presence of Jury | |
| | | 11:57 am | Government calls Witness #24 Erin Tompkins | |
| | | 11:58 am | Erin Thompkins sworn and takes the stand | |
| | | | Government begins direct examination of Erin Tompkins | |
| 5483 | | 12:05 pm | ADMITTED into Evidence: 2015-05-11 Theranos Final Lab Results Report re Erin Tompkins | |
| 5484 | | 12:13 pm | ADMITTED into Evidence: 2021-08-10 Contra Costa Health Services Human Immunodeficiency Virus (HIV) Antigen/Antibody Test Results (Confidential Test) re Erin Tompkins | |
| | | 12:15 pm | Government completes direct examination of Erin Tompkins | |
| | | 12:16 pm | Defense begins cross-examination of Erin Tompkins | |
| | | 12:17 pm | Ex. 5483, previously admitted | |
| | 20683 | 12:22 pm | ADMITTED into Evidence (pp. 1, 9): CENTERS FOR DISEASE CONTROL AND PREVENTION NATIONAL – Center for HIV/AIDS, *Laboratory Testing for the Diagnosis of HIV Infection - Updated Recommendations*, pp. 1, 9 | |
| Obj | 14259 | 12:30 pm | Offered into Evidence | |
| | | 12:32 pm | Foundation to be laid | |
| | | 12:34 pm | Redactions should be made | |
| | | 12:35 pm | ADMITTED into Evidence (offered for notice) with redaction: May 2015 Email String re Acc 182266; HIV results | |

| TRIAL DATE: May 13, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 12:40 pm | Ex. 5484, previously admitted |
| | | 12:42 pm | Defense complete cross-examination of Erin Tompkins |
| | | | Government begins re-direct examination of Erin Tompkins |
| | | 12:43 pm | Government completes re-direct examination of Erin Tompkins |
| | | | Witness #24 Erin Tompkins excused and departs Courtroom |
| | | | Jury departs Courtroom |
| | | 12:44 pm | Court in session with Counsel out of presence of Jury and witnesses |
| | | | Argument of Counsel heard regarding Exs. 5860, 5858 and 5859 related to testimony of Brian Grossman |
| | | | Counsel to further confer re Ex. 5859 |
| | | | Argument of Counsel heard regarding Ex. 2894 – Notes taken by Brian Grossman while watching E. Holmes interview |
| | | 1:10 pm | Further discussion related to scheduling matters |
| | | 1:12 pm | Court breaks for 11 minutes |
| | | 1:23 pm | Court in session in presence of jurors |
| | | | Government calls Witness #25 Brian Grossman |
| | | 1:24 pm | Brian Grossman sworn and takes the stand |
| | | | Government begins direct examination of Brian Grossman |
| 1360 | | 1:53 pm | ADMITTED into Evidence:  Dec 22-23, 2013, James/Holmes Email String re investment in Theranos |
| 1404 | | 1:57 pm | ADMITTED into Evidence:  Jan 6-7, 2014, Grossman/Holmes/Balwani Email String re Due Diligence Questions |
| 1422 | | 2:31 pm | ADMITTED into Evidence:  Jan 10-14, 2014, Grossman/Balwani Email String |
| 4077 | | 2:38 pm | ADMITTED into Evidence:  Jan 10-17, 2014, Grossman/Balwani Email String, and attachment – Theranos ppt |

| TRIAL DATE: May 13, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 1443 | | 3:05 pm | ADMITTED into Evidence:  Jan 10-20, 2014, Grossman/Balwani Email String | |
| 1454 | | 3:15 pm | ADMITTED into Evidence:  Jan 10-24, 2014, Grossman/Balwani Email String | |
| 1477 | | 3:20 pm | ADMITTED into Evidence:  Jan 26-27, 2014, Grossman/Balwani Email String re Questions for Call on Financial Model and re Open Items for PFM Investment | |
| 5441 | | 3:27 pm | ADMITTED into Evidence:  2014-01-29 Grossman Email to Clammer, and attachment Theranos_v12.xlsx | |
| 1482 | | 3:32 pm | ADMITTED into Evidence:  Jan 26-28, 2014, Grossman/Balwani Email String re Open Items for PFM Investment | |
| 1505 | | 3:34 pm | ADMITTED into Evidence:  2014-02-03 Theranos, Inc. Series C-2 Preferred Stock Purchase Agreement | |
| 1506 | | 3:36 pm | ADMITTED into Evidence:  2014-02-04 Partner Investments, LP, PFM Healthcare Master Fund, LP and PFM Healthcare Principals Fund, LP Master Signature Page re Theranos Agreements | |
| | | 3:44 pm | Ex. 5387H, previously admitted | |
| 5858 | | 3:49 pm | ADMITTED into Evidence as redacted (p. 7 only): Question and Answer of Ramesh Balwani re ownership stake in Theranos | |
| | | 3:50 pm | Government completes direct examination of Brian Grossman | |
| | | 3:51 pm | Defense begins cross-examination of Brian Grossman | |
| | | 4:06 pm | Court admonishes Jury | |
| | | | Jury departs Courtroom | |
| | | 4:07 pm | Witness #25 Brian Grossman released for day and departs Courtroom | |
| | | | Court in session with counsel out of presence of Jury and witnesses | |
| | | 4:13 pm | Court adjourns | |
| | | | Jury Trial continued to May 20, 2022, at 9:00 AM | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**