JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>　　　　Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH RE: MR. BALWANI'S OPPOSITION TO MOTION TO EXCLUDE LIS-RELATED TESTIMONY AND EVIDENCE BY RICHARD L. SONNIER, III**<br><br>Judge:  Honorable Edward J. Davila |

# DECLARATION OF JEFFREY B. COOPERSMITH

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani, an attorney admitted to practice in the State of California, a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Mr. Balwani. I submit this declaration in support of Mr. Balwani's opposition to the government's motion to exclude LIS-related testimony and evidence by Richard L. Sonnier, III.

2. Attached as **Exhibit 1** is a copy of a May 16, 2022 Memorandum of Interview of Dr. Donald Tschirhart.

3. Attached as **Exhibit 2** is a copy of an August 17–24, 2018 email exchange between James Topinka, David Taylor, and Vinaswathan "Shekar" Chandrasekaran.

4. Attached as **Exhibit 3** is a copy of excerpts from the April 24, 2019 deposition transcripts of Shekar Chandrasekaran.

5. Attached as **Exhibit 4** is a copy of an August 28–29, 2018 email thread among Mr. Chandrasekaran and several Theranos personnel, including Eric Caddenhead.

6. Attached as **Exhibit 5** is a copy of an August 29–30, 2018 email exchange among Mr. Chandrasekaran and several Theranos personnel, including Mr. Caddenhead.

7. Attached as **Exhibit 6** is a copy of a May 23–June 4, 2018 email exchange among Theranos's outside counsel.

8. Attached as **Exhibit 7** is a copy of Mr. Balwani's preliminary exhibit list served on the government on November 12, 2021.

9. Attached as **Exhibit 8** is a copy of a November 12, 2021 letter I sent to counsel for the government along with a document production.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 19, 2022, at San Jose, California.

*/s/ Jeffrey B. Coopersmith*
JEFFREY B. COOPERSMITH