# Exhibits 1 – 8

**TO THE DECLARATION OF
JEFFREY B. COOPERSMITH RE:
DEFENDANT RAMESH BALWANI'S
OPPOSITION TO THE GOVERNMENT'S
MOTION TO EXCLUDE DEFENDANT'S
LIS-RELATED TESTIMONY AND
EVIDENCE BY RICHARD L. SONNIER III**

# Exhibit 1



# UNITED STATES POSTAL INSPECTION SERVICE
## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 2204323-MF |
| PERSON INTERVIEWED | : | Dr. Donald Tschirhart |
| PLACE OF INTERVIEW | : | Telephonic |
| DATE OF INTERVIEW | : | May 14, 2022 |
| TIME OF INTERVIEW | : | 1:37 P.M. to 2:00 P.M. |
| INTERVIEWED BY | : | Postal Inspector Christopher McCollow |

On May 14, 2022, Dr. Donald Tschirhart (TSCHIRHART) was interviewed telephonically regarding his former employment at Theranos. The following is a summary of the statements made during the interview.

TSCHIRHART was previously contacted by the defense teams for both Elizabeth Holmes (HOLMES) and Sunny Balwani (BALWANI), though he has not been retained by either party. TSCHIRHART has not been deposed in any matter related to Theranos.

TSCHIRHART and Dr. Kingshuk Das (DAS) were hired by Theranos to help the company keep its clinical laboratory license after issues were identified during a CLIA [Clinical Laboratory Improvement Amendments] inspection.

TSCHIRHART said Theranos' clinical work consisted of standard assays run on standard analyzers. Test data was uploaded into an off-the-shelf laboratory information system (LIS) purchased from Meditech. He saw Theranos had previously used modified third-party devices, but their use had been abandoned by the time he started. Theranos had a custom LIS for their Edison devices, which he described as a managed quality system. He thought the system was "genius," but it had no meaningful impact on his work.

Examination of Theranos' LDTs [laboratory developed tests] was a small portion of TSCHIRHART work at the company.

TSCHIRHART said one would have to assess a patient to determine if there had been any harm. Theranos sent thousands of letters to patients that may have been potentially harmed, but TSCHIRHART said he did not find any patients that had been harmed. Quality control data was needed to assess harm, too. Without that information, no conclusions could be made about whether a particular test result was accurate.

US1-001827

Theranos' proprietary LIS system was a passthrough system which supported the Edison devices.  It had quality control data and other records.  Theranos also had a web-based data reporting system TSCHIRHART used to get lab data.

TSCHIRHART was asked about a comment in an email where he described Theranos' LIS as held together with "spit and chewing gum."  He said that comment was not about the LIS, but rather Theranos' quality systems.  He compared clinical laboratory quality systems to the Uniform Building Code and said Theranos should have had a comprehensive set of policies and procedures in place that were generally accepted as good lab practice by the industry.  Every test result should be covered by over one hundred documented quality monitors.  Theranos knew nothing of how clinical labs were supposed to be built.  He said this did not mean Theranos did poor work, but rather it was not done in the normal way.  He did not know how the previous lab director, Dr. Sunil Dhawan, accepted these poor practices.

Quality systems were an issue for the entirety of Theranos, and he suggested to HOLMES improvements.  HOLMES hired Fabrizio Bonanni to improve the company's quality systems.


*Christopher McCollow*
_____
*(Signature)*
Christopher McCollow
U.S. Postal Inspector

_____
May 16, 2022
Date

# Exhibit 2

| | |
|---|---|
| **From:** | Shekar Chandrasekaran |
| **Sent:** | Friday, August 24, 2018 5:28 PM |
| **To:** | 'David Taylor' |
| **Cc:** | Topinka, Jim |
| **Subject:** | RE: Confidential Common Interest Communication - LIS Code |

David:

I have shipped the engagement letter to Jim as promised. Just an FYI..

Best,

\shekar..

**V. Chandrasekaran (Shekar)**
**IncRev Corporation**
**Email:** ███████████████
**Phone:** ███████████████
**Cell:** +███████████
**Web:** http://www.increvcorp.com

---

**From:** David Taylor <dtaylor@theranos.com>
**Sent:** Friday, August 24, 2018 8:58 AM
**To:** Shekar Chandrasekaran <███████████████>
**Cc:** Topinka, Jim <jet@dwt.com>
**Subject:** FW: Confidential Common Interest Communication - LIS Code

Shekar, just checking back in on the status of your engagement agreement here.

Thanks,
David

---

**From:** Topinka, Jim [mailto:jet@dwt.com]
**Sent:** Friday, August 17, 2018 4:46 PM
**To:** David Taylor <dtaylor@theranos.com>
**Subject:** Confidential Common Interest Communication - LIS Code

This confirms our telephone conversation this afternoon in which I indicated that Sunny will pay the costs of Shekar's time for obtaining and releasing the LIS code to us and that the code will only be used for litigation purposes. We also anticipate using Shekar to host the code and the database on a secured basis and to run reports as needed by us for the litigation. Please confirm that you will proceed with releasing the code based on these representations and ask Shekar to email me a copy of his standard engagement letter, including his rate structure. Thank you.

**James E. Topinka | Davis Wright Tremaine LLP**
Partner
505 Montgomery Street, Suite 800 | San Francisco, CA 94111
Tel: (415) 276-6566 | Cell: (415) 793-4748 | Fax: (415) 276-6599
Email: jet@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

FBI-GJ-RECEIPTS-001816

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

FBI-GJ-RECEIPTS-001817

# Exhibit 3

In re Arizona Theranos, Inc. Litigation

Videotaped Deposition of

SHEKAR CHANDRASEKARAN

April 24, 2019

***CONFIDENTIAL***

UNDER THE PROTECTIVE ORDER



www.aptusCR.com / 866.999.8310

TRANSCRIPTS-003787

Confidential - Under the Protective Order

Shekar Chandrasekaran                                    In re Arizona Theranos, Inc. Litigation

**Page 1**

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3
 4   In re:                    )No. 2:16-cv-2138-HRH
                               )Consolidated with
 5   ARIZONA THERANOS, INC.,   )2:16-cv-2373-HRH
     Litigation                )2:16-cv-2660-HRH
 6                             )2:16-cv-2775-HRH
                               )-and-
 7                             )2:16-cv-3599-HRH
     _____  )
 8
 9
10        CONFIDENTIAL UNDER THE PROTECTIVE ORDER
11   VIDEOTAPED DEPOSITION OF SHEKAR CHANDRASEKARAN
12              San Francisco, California
13                  April 24, 2019
14
15
16
17   REPORTED BY:
18   JOHNNA PIPER
19   CSR 11268
20   Job No. 10054960
21
22
23
24
25
```

**Page 2**

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3
 4   In re:                    )No. 2:16-cv-2138-HRH
                               )Consolidated with
 5   ARIZONA THERANOS, INC.,   )2:16-cv-2373-HRH
     Litigation                )2:16-cv-2660-HRH
 6                             )2:16-cv-2775-HRH
                               )-and-
 7                             )2:16-cv-3599-HRH
     _____  )
 8
 9        Videotaped deposition of SHEKAR
10   CHANDRASEKARAN, Volume I, taken on behalf of
11   Plaintiffs, at Lieff, Cabraser, Heimann & Bernstein,
12   275 Battery Street, 29th Floor, San Francisco,
13   California, beginning at 9:05 a.m. and ending at
14   1:06 p.m. on Wednesday, April 24, 2019, before
15   JOHNNA PIPER, Certified Shorthand Reporter No.
16   11268.
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   For the Plaintiffs:
 4         Lieff, Cabraser, Heimann & Bernstein
 5         275 Battery Street, 29th Floor
 6         San Francisco, California 94111
 7         (415) 956-1000
 8         mgardner@lchb.com
 9         rheller@lchb.com
10         By:  Melissa A. Gardner, Esq.
11              Roger Heller, Esq.
12
13   For Ramesh Sunny Balwani:
14         Davis, Wright, Tremaine LLP
15         920 Fifth Avenue, Suite 3300
16         Seattle, Washington 98104-1610
17         (206) 622-3150
18         amandamcdowell@dwt.com
19         By:  Amanda Mariam McDowell, Esq.
20
21
22
23
24
25
```

**Page 4**

```
 1   For the Walgreens Defendants (telephonically):
 2         Sidley Austin LLP
 3         One South Dearborn
 4         Chicago, Illinois 60603
 5         (312) 853-6892
 6         laustin@sidley.com
 7         BY:  Elizabeth Y. Austin, Esq.
 8
 9
10   Also Present:  Ralna Ramse, videographer.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 1..4

TRANSCRIPTS-003788

Page 5

```
 1                I N D E X
 2
 3   WITNESS:  SHEKAR CHANDRASEKARAN
 4
 5   EXAMINATION BY:                          PAGE
 6   MS. GARDNER                                 7
 7   MS. AUSTIN                                140
 8   MS. MCDOWELL                              150
 9
10                   EXHIBITS
11   NUMBER     DESCRIPTION                   PAGES
12   Exhibit 1   Subpoena to Testify At a Deposition   8
               in a Civil Action
13
14   Exhibit 2   Screenshots of contents of folders   45
               visible when you open contents of
15             the hard drive
16
    Exhibit 3   Printout of the URL with Microsoft   113
17             standard instructions for restoring
               the database
18
19
20
21
22
23
24
25
```

Page 6

1 San Francisco, California; Wednesday, April 24,
2 2019; 9:05 a.m.
3
4           PROCEEDINGS
5
6       THE VIDEOGRAPHER:  We're now on the record.
7 Today's date is April 24th, 2019, and the time is
8 9:05 a.m.
9       This is the video deposition of Shekar --
10 Chandrasekaran, being taken in the matter of Arizona
11 Theranos, Incorporated, Litigation, pending in the
12 U.S. District Court, District of Arizona, Case
13 Number 2:16-cv-2138-HRH.  We are at 275 Battery
14 Street, 29th Floor, in San Francisco, California.
15       My name is Ralna Ramse, of Aptus Court
16 Reporting, located at One Embarcadero, Suite 1060,
17 in San Francisco, California.
18       Will counsel please identify yourselves and
19 state whom you represent.
20       MS. GARDNER:  Melissa Gardner from Lieff,
21 Cabraser, Heimann & Bernstein for the plaintiffs.
22       MS. MCDOWELL:  Good morning.
23       Amanda McDowell with Davis, Wright,
24 Tremaine, representing Sunny Balwani.
25       MS. AUSTIN:  And Elizabeth Austin of Sidley

Page 7

1 Austin for the Walgreens defendants.
2       THE VIDEOGRAPHER:  Okay.  The court
3 reporter today is Johnna Piper, and she may now
4 swear in the witness.
5
6           SHEKAR CHANDRASEKARAN,
7 having been first duly sworn, testifies as follows:
8
9           EXAMINATION
10 BY MS. GARDNER:
11   Q.  Okay.  Good morning.
12   A.  Good morning.
13   Q.  Hi.
14       So I represent the consumers who used
15 Theranos testing services in a putative class action
16 lawsuit against Theranos, Walgreens, Sunny Balwani,
17 and Elizabeth Holmes, pending in Arizona.
18       Could you please state and spell your name
19 for the record?
20   A.  Sure.  The first name is Viswanathan,
21 V-I-S-W-A-N-A-T-H-A-N.  Last name is Chandrasekaran,
22 C-H-A-N-D-R-A-S-E-K-A-R-A-N.  I'm also called as
23 Shekar Chandrasekaran.
24   Q.  Thank you.
25       MS. GARDNER:  I will mark the first exhibit

Page 8

1 here, which is a subpoena, as Chandrasekaran
2 Exhibit 1.
3       (Deposition Exhibit 1 was marked
4       for identification.)
5 BY MS. GARDNER:
6   Q.  Do you recognize this document?
7   A.  Yes, ma'am.
8   Q.  All right.  Could you tell me what this is?
9   A.  This is the subpoena that was given to me
10 by Santa Clara County Sheriff Office for me to
11 appear for the deposition here in -- in your office.
12   Q.  Have you been deposed before today?
13   A.  No.
14   Q.  All right.  Then I will tell you some
15 ground rules.  I will ask questions and you will
16 provide answers.  The court reporter here will write
17 down every word that we say, and so it's important
18 that you speak up so she can hear you, and also that
19 we don't speak at the same time.  So when I ask a
20 question, if you could wait until I finish the
21 question, that would be good, and I will wait until
22 you finish your answer.  Do you understand that?
23   A.  Uh-huh.
24   Q.  Great.  Occasionally counsel for
25 Mr. Balwani here and for Walgreens on the phone will

Page 5..8

TRANSCRIPTS-003789

Confidential - Under the Protective Order

Shekar Chandrasekaran                                    In re Arizona Theranos, Inc. Litigation

Page 17

1    A.  No.  I already knew that I had no
2  documents, so -- so there's nothing to discuss about
3  it.
4    Q.  Okay.  Did you search for any of the
5  documents requested?
6    A.  So the answer is I -- Theranos actually had
7  a mandatory agreement with IncRev -- that's my
8  company -- that we are not allowed to copy, print,
9  forward any information outside of Theranos without
10  an explicit permission from Elizabeth and/or Sunny,
11  so therefore we never actually took anything out of
12  Theranos office, including to the point where we
13  actually had all the meeting notes written in two
14  notebooks that I had -- I had my personal notebooks.
15  I left them when I left Theranos, so I don't have
16  any such written documentation here, so -- or e-mail
17  communications, for that matter.
18    Q.  Have you received e-mail correspondence
19  from anybody with an -- with a theranos.com e-mail
20  address since May of 2018?
21    A.  May of 2018.  Yes, I do.
22    Q.  What e-mail address -- at what e-mail
23  address did you receive that correspondence?
24    A.  Shekarc --
25      (Reporter requests clarification.)

Page 18

1      THE WITNESS:  Shekarc, S-H-E-K-A-R-C, @ --
2      (Reporter requests clarification.)
3      THE WITNESS:  Increvcorp,
4  I-N-C-R-E-V-C-O-R-P, dot-com.
5      COURT REPORTER:  Thank you.
6  BY MS. GARDNER:
7    Q.  Did any of that correspondence relate to
8  the LIS database?
9    A.  It was -- David Taylor actually asked me if
10  I would -- you know, if I would reach out to a law
11  firm for somebody to -- somebody to, you know, see
12  the database --
13      (Reporter requests clarification.)
14      THE WITNESS:  David Taylor, who was then
15  the CEO -- I don't know when the date was, actually.
16  It's -- might have been May, but since you said May
17  of 2018, so I'm just saying sometime in June, July,
18  August, or whatever this time frame.  So he send me
19  a mail saying that -- he asked me if I would reach
20  out to a law firm.  I forgot the law firm's name.
21  It is not the law firm represented by Amanda but
22  somebody else.  That I would actually help in
23  engaging in a consulting agreement on doing -- you
24  know, rebuilding the entire application and the
25  database and so on, so I said I will, and I reached

Page 19

1  out to them, and the initial conversation was, yeah,
2  we'll actually start this process.
3      They actually asked me to send a work
4  order, but then they just completely went dead.  So
5  after that I asked them, you know, for like two,
6  three follow-up e-mails, and I -- I got zero
7  response back, so . . .
8      It is nothing to do especially with the LIS
9  database, but it is essentially, you know, would I
10  actually engage in a consulting agreement, for which
11  -- and I said, yeah, I will do that provided they me
12  pay me money, and I actually asked for retainership
13  and -- suddenly just went completely dead.
14  BY MS. GARDNER:
15    Q.  Approximately when did communications from
16  this law firm stop?
17    A.  You know -- so -- I -- I am -- I'm going to
18  jog my memory on this may not be hundred percent
19  right in terms of the dates, but let's just say that
20  I think, if my memory is right, they actually sent
21  it around -- yeah, towards the third or fourth week
22  of July David Taylor sent me the e-mail, and then I
23  reached out to them probably on the same day or the
24  next day, and then I got the first set of mail
25  responses like in a -- in a day or two, asking me to

Page 20

1  put together a consulting agreement.  I sent it to
2  them.  They said they will review it.  And then --
3  so that actually all happened within a week's time.
4  And after that, just completely -- it just like went
5  to a dead thing.  So it's all probably done within
6  -- within -- within a a -- what, two or -- two weeks
7  or so.  That's it.  So . . .
8    Q.  Okay.  Do you recall -- well, do you still
9  have those e-mails?
10    A.  I should actually have it.  I should
11  actually have it.
12    Q.  And I believe you testified the e-mails
13  involved rebuilding a database?
14    A.  It -- not just rebuilding the database.  It
15  is rebuilding the entire system.
16    Q.  All right.  And the entire system would
17  include the LIS database?
18    A.  LIS database, everything, yeah, so all the
19  applications and everything else.
20    Q.  Okay.  And you are able to do that?
21    A.  Given sufficient amount of time, yeah, the
22  answer is yes.
23    Q.  Okay.
24    A.  It's not a trivial job.  I mean, it's not,
25  you know -- but it's -- it's many weeks' worth of

TRANSCRIPTS-003792

Shekar Chandrasekaran                                In re Arizona Theranos, Inc. Litigation

Page 149

1 before, so -- does that mean you don't know, you
2 know, for instance, what procedures were followed to
3 ensure that the metadata was correct for each assay?
4     MS. MCDOWELL:  Objection.  Form.
5 Objection.  Asked and answered.
6     THE WITNESS:  Yes.  I don't know that -- I
7 don't know what processes are followed.  As I said,
8 I was in a locked-up room, so -- we were not allowed
9 to talk to anyone else.
10 BY MS. AUSTIN:
11    Q.  Okay.  Just to -- just to ask my question
12 more clearly.  So do you know what procedures were
13 followed to ensure that the metadata was correct for
14 each assay?
15    A.  No idea.
16    MS. MCDOWELL:  Again, same objection.
17 Asked and answered.  I think we've been over this.
18    MS. AUSTIN:  Okay.  Okay.  I think that's
19 all I have.
20    MS. MCDOWELL:  I've got a few follow-ups.
21 I don't know if you want to go through the whole
22 rigmarole of changing seats.
23    MS. GARDNER:  I think we're fine.
24    MS. MCDOWELL:  Okay.  If you're good with
25 that, I am too.

Page 150

1          EXAMINATION
2 BY MS. MCDOWELL:
3    Q.  Okay.  I've just got a few follow-ups for
4 you as well.  Thank you for your time.
5     I've heard your testimony today, and is it
6 fair to say that your work at Theranos did not
7 include validating Theranos's assays?
8    A.  That is correct.
9    Q.  And you did not play a role in developing
10 Theranos's assays?
11    A.  Absolutely none.
12    Q.  And you mentioned today certain changes
13 that were made to assay metadata.  Do you recall
14 that?
15    A.  Yes.
16    Q.  Is it true that the scientists on the
17 computational biosciences team were responsible for
18 determining what changes were made?
19    A.  Correct.
20    Q.  And you did not play a role in determining
21 what changes to assay metadata were necessary; is
22 that correct?
23    A.  Absolutely correct.
24    Q.  And you relied on the scientists to give
25 you that information?

Page 151

1    A.  That is correct.
2    Q.  And you are not qualified to medically
3 evaluate any clinical results that are on Theranos's
4 LIS database?
5    A.  One hundred percent right.
6    Q.  You are not qualified --
7    A.  I am not qualified, yes.
8    Q.  Okay.
9    MS. MCDOWELL:  Thank you.  No further
10 questions.
11    THE VIDEOGRAPHER:  Are we done?
12    Okay.  This concludes the deposition of
13 Shekar Chandrasekaran.  The time is 1:06 p.m., and
14 we're going off the record.
15    COURT REPORTER:  Liz, do you want a copy of
16 the transcript?
17    MS. AUSTIN:  Yes, please.
18    MS. MCDOWELL:  And we'll take the
19 electronic copy as well.  Thanks.
20    MS. AUSTIN:  Just electronic for us as
21 well.
22          (TIME NOTED 1:06 p.m.)
23
24
25

Page 152

1          CERTIFICATE OF REPORTER
2     I, JOHNNA PIPER, a Certified Shorthand
3 Reporter, hereby certify that the witness in the
4 foregoing deposition was by me duly sworn to tell
5 the truth, the whole truth, and nothing but the
6 truth in the within-entitled cause;
7     That said deposition was taken in shorthand
8 by me, a disinterested person, at the time and place
9 therein stated, and that the testimony of the said
10 witness was thereafter reduced to typewriting, by
11 computer, under my direction and supervision;
12     That before completion of the deposition,
13 review of the transcript [  ] was [ X ] was not
14 requested.  If requested, any changes made by the
15 deponent (and provided to the reporter) during the
16 period allowed are appendeds hereto.
17     I further certify that I am not of counsel
18 or attorney for either or any of the parties to the
19 said deposition, nor in any way interested in the
20 event of this cause, and that I am not related to
21 any of the parties thereto.
22 DATED:  May 12, 2019
23
24
25          _____
           JOHNNA PIPER, CSR NO. 11268

TRANSCRIPTS-003825

# Exhibit 4

## RE: Call re LIS (priv/conf) - time sensitive

**From:**     Shekar Chandrasekaran <​███████████████​>
**To:**       Eric Caddenhead <ecaddenhead@theranos.com>
**Cc:**       Michael Chung <​███████████████​>, eric@caddenhead.org
**Date:**     Wed, 29 Aug 2018 14:06:25 +0000

Eric:

The Server binaries are in the directory: E:\Deployment. Need the copy of that entire directory.

Best,

\shekar..

V. Chandrasekaran (Shekar)
IncRev Corporation
Email: ███████████████
Phone: ██████████
Cell: +████████████
Web: http://www.increvcorp.com


-----Original Message-----
From: Eric Caddenhead <ECaddenhead@theranos.com>
Sent: Wednesday, August 29, 2018 1:02 AM
To: Shekar Chandrasekaran <​███████████████​>
Cc: Michael Chung <​███████████████​>; 'eric@caddenhead.org' <eric@caddenhead.org>
Subject: Re: Call re LIS (priv/conf) - time sensitive

Shekar,

I fixed Prod VPN  (it took several hours to troubleshoot) and now have remote access, what server(s) have the binaries you need?


From: Shekar Chandrasekaran <​███████████████​>
Sent: Tuesday, August 28, 2018 1:59 PM
To: David Taylor; ADR Katie Moran WORK:350 South Grand Avenue; Michael Chung; Eric Caddenhead
Subject: RE: Call re LIS (priv/conf) - time sensitive

I am okay with this.   Let me know when.

Best,

\shekar..

V. Chandrasekaran (Shekar)
IncRev Corporation
Email: ███████████████
Phone: ██████████
Cell: +████████
Web: http://www.increvcorp.com

                                                          TheranosABC00037631

-----Original Message-----
From: David Taylor <dtaylor@theranos.com>
Sent: Tuesday, August 28, 2018 12:16 PM
To: ADR Katie Moran WORK:350 South Grand Avenue <katie.moran@wilmerhale.com>; Shekar
Chandrasekaran <█████████████████>; Michael Chung <█████████████████>; Eric
Caddenhead <ECaddenhead@theranos.com>
Subject: Call re LIS (priv/conf) - time sensitive

Can this group convene for a call as soon as possible, ideally this afternoon, to hash out what we still
need from LIS and what we need to do to get it, given that the system will be put into storage this
Friday and may thereafter be very difficult to resuscitate?  Michael Chung of Neetek (our IT
consultant) and I are both available after 2 pm today. Thanks.

Sent from my iPhone
====================================
This electronic transmission, and any files transmitted with it, may contain information that is
privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended
recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments,
in whole or in part, is prohibited. If you have received this email in error, please notify the sender by
return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated
as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an
acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no
party is entitled to rely thereon. Please note that any views or opinions contained in this email are
solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before
opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc.
accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com
====================================
This electronic transmission, and any files transmitted with it, may contain information that is
privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended
recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments,
in whole or in part, is prohibited. If you have received this email in error, please notify the sender by
return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated
as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an
acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no
party is entitled to rely thereon. Please note that any views or opinions contained in this email are
solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before
opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc.
accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

# Exhibit 5

**From:** Eric Caddenhead <ECaddenhead@theranos.com>
**Sent:** Thursday, August 30, 2018 7:01 AM
**To:** Michael Chung; John McChesney; shekarc@███████████; David Taylor; 'eric███████████'
**Subject:** Re: LIS

Yes, I copied the directory. All clear to shutdown.

From: Michael Chung <███████████>
Sent: Wednesday, August 29, 2018 11:46:55 PM
To: John McChesney; shekarc@███████████; David Taylor; Eric Caddenhead; '███████████'
Subject: RE: LIS

Hi John,

Eric and I discussed earlier this afternoon and at that moment he mentioned that he was able to connect to the necessary server, but couldn't login due to authentication server unavailable.  Eric, were you able to get past that authentication error?

+Eric

-Michael

-----Original Message-----
From: John McChesney <jmcchesney@theranos.com>
Sent: Wednesday, August 29, 2018 11:35 PM
To: shekarc@███████████; Michael Chung <███████████>; David Taylor <dtaylor@theranos.com>
Subject: LIS

Michael and Shekar,

where do we stand with LIS? I must start taking equipment out of the server room tomorrow or we will not have time to remove it before losing control of the building. I will start in the morning by removing items that are not installed but will not be able to wait long before shutting down installed hardware.

John

Sent from my iPhone

==================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient

CHUNG-EMAILS-000574

should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560

650-838-9292 www.theranos.com

==================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560

650-838-9292 www.theranos.com

CHUNG-EMAILS-000575

# Exhibit 6

| | |
|---|---|
| **From:** | Benedetto, Matthew |
| **Sent:** | Monday, June 4, 2018 4:40 PM EDT |
| **To:** | Davies, Christopher; Romeo, Mike; Mugmon, Michael; Moran, Katie |
| **CC:** | Gautam, Zubin; Maali, Sahar; Smith, Robert Kingsley; Lewis, Jessica |
| **Subject:** | RE: Theranos -- Summary of 5/23/18 Call with the DOJ |

Redacted

**From:** Davies, Christopher
**Sent:** Thursday, May 24, 2018 5:43 AM
**To:** Romeo, Mike ; Mugmon, Michael ; Benedetto, Matthew ; Moran, Katie
**Cc:** Gautam, Zubin ; Maali, Sahar
**Subject:** RE: Theranos -- Summary of 5/23/18 Call with the DOJ

Redacted

**From:** Romeo, Mike
**Sent:** Wednesday, May 23, 2018 11:35 PM
**To:** David Taylor (dtaylor@theranos.com) <dtaylor@theranos.com>; Davies, Christopher <Christopher.Davies@wilmerhale.com>; Mugmon, Michael <Michael.Mugmon@wilmerhale.com>; Benedetto, Matthew <Matthew.Benedetto@wilmerhale.com>; Moran, Katie <Katie.Moran@wilmerhale.com>
**Cc:** Gautam, Zubin <Zubin.Gautam@wilmerhale.com>; Maali, Sahar <Sahar.Maali@wilmerhale.com>
**Subject:** Theranos -- Summary of 5/23/18 Call with the DOJ

**Privileged and Confidential**
**Attorney-Client Communication**

Hello All,

This afternoon, Michael, Matt, Katie, and I talked with Jeff Schenk and John Bostic to follow up on some open items from our call last Thursday (the 17th). Broadly, we covered the following three topics:  Redacted

Redacted  3) production of additional items requested in the DOJ's April 20th subpoena (lab data  Redacted

Redacted

**FOIA CONFIDENTIAL TREATMENT**
**REQUESTED BY WILMERHALE**



Redacted

5.  We promised to explore options for producing additional data showing how the tests for all Theranos customers were conducted (*i.e.*, data allowing the DOJ to understand which device was used to process a given customer's test or tests).

Redacted

III.  <u>Our Production of Additional Items Requested in the DOJ's April 20th Subpoena (Lab Data,</u> Redacted
Redacted

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE



e. <u>Lab data:</u> We discussed Jeff and John's request for lab data that would show "how a given assay had been run;" in other words, what device was used to process the test a given patient received. We told Jeff and John that unfortunately, it was not feasible to simply provide a copy of the LIS database, because they would not have the experience with the system to understand how to compile the data they wanted. After a good deal of back and forth, Jeff and John asked whether it would be possible to provide them with two data compilations: (1) a table that correlates the accession number of a test ordered (this number is stored in LIS) with the name of the customer who ordered the test, and (2) a second spreadsheet which would list every test Theranos had run, together with the result and the analyzer used to run the test. Jeff and John could then match up the second table with the first table to determine how a given customer's tests were performed. We indicated that given the Company's resource constraints, we could not guarantee this could be done, but we would explore what was feasible and circle back to them on this point.

f. Finally, Jeff and John indicated they would provide us with an updated subpoena requesting patients' test results as stored in LIS which does not include the prior subpoena's carve out for HIV test results, so that we can produce the full compilation of LIS test reports we have gathered.

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE



Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE**

**Exhibit 7**

Defendant Ramesh "Sunny" Balwani's Preliminary Case-in-Chief Exhibit List
United States v. Balwani, Case No. 15-cr-258

November 12, 2021

| Exhibit Number | Exhibit Date | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| 20001 | 1/29/2013 | Sample Theranos Confidential Information and Invention Assignment Agreement | TS-1157052 | TS-1157060 |
| 20002 | 3/12/2013 | Dell Master Lease Agreement | THPFM0000650372 | THPFM0000650374 |
| 20003 | 11/27/2013 | Theranos Datacenter Network diagram | THPFM0000228604 | THPFM0000228605 |
| 20004 | 6/9/2015 | Theranos LIS Application June 9th, 2015 Release presentation | THPFM0001705425 | THPFM0001705425 |
| 20005 | 6/10/2015 | Email string between Ian McDowell to Sunny Balwani re: Visio's of CoLo (Visio files attached) | BALWANI000001 | BALWANI000003 |
| 20006 | 10/20/2015 | LIS App User Guide presentation | THPFM0003358957 | THPFM0003358957 |
| 20007 | 10/20/2015 | Customer Service App User Guide presentation | THPFM0003358959 | THPFM0003358959 |
| 20008 | 5/23/2018 | Email from Mike Romeo to David Taylor, Christopher Davies, Michael Mugmon, Matthew Benedetto and Katie Moran re: Theranos - Summary of 5/23/18 Call with the DOJ | WH000002070 | WH000002073 |
| 20009 | 6/22/2018 | Email string between Eric Caddenhead and Xan White re: RE: Summary of our conversation [privileged/confidential] | TheranosABC00039050 | TheranosABC00039051 |
| 20010 | 7/30/2018 | Email string between John McChesney, Eric Caddenhead, Xan White, and David Taylor re: Re: LIS data base discussion - response to request | TheranosABC00039916 | TheranosABC00039918 |
| 20011 | 8/24/2018 | Email from David Taylor to George Schuster, Benjamin Loveland, Isley, Gostin, Michael Mugmon, Katie Moran, Mike Romeo, and Xan White re: Email | WH000003587 | WH000003587 |
| 20012 | 9/14/2018 | Email string between Roger Heller and Stephen O'Neill re: FW: In re Theranos: Request for Confirmation re Preservation of Evidence | WH000000970 | WH000000970 |
| 20013 | 10/12/2018 | Email between Jarod Wada, Michael Chung, David Taylor and Phillipe Poux re: Theranos ABC - Cisco capital lease equipment | DTTPROD-00000159 | DTTPROD-00000159 |
| 20014 | 11/7/2018 | Email string between Mike Wei and Jarod Wada re: Re: Theranos LIS database | TheranosABC00001770 | TheranosABC00001772 |

# Exhibit 8



November 12, 2021

<u>Via Email</u>

John C. Bostic, Esq.
Robert S. Leach, Esq.
Jeffrey B. Schenk, Esq.
Kelly I. Volkar, Esq.
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

**Orrick, Herrington & Sutcliffe LLP**
701 Fifth Avenue
Suite 5600
Seattle, WA 98104-7097

+1 206 839 4300
**orrick.com**

**Jeffrey B Coopersmith**

**E** jcoopersmith@orrick.com
**D** +1 206 839 4339
**F** +1 206 839 4301

       Re:    <u>United States v. Ramesh "Sunny" Balwani</u>
               <u>No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

      Enclosed please find Mr. Balwani's preliminary list of potential case-in-chief exhibits as of November 12, 2021.  This list represents Mr. Balwani's good-faith effort to identify the documents he may present during his case-in-chief at trial.  In addition to documents included on the enclosed list, Mr. Balwani may offer any document included on either the government's or Ms. Holmes's exhibit lists, or any document that has been introduced during Ms. Holmes's trial, should he choose to offer a case-in-chief.

      This exhibit list remains a work in progress.  To the extent Mr. Balwani may offer any defense at trial, any defense case turns on the scope and nature of the government's case-in-chief.  Accordingly, Mr. Balwani is continuing to identify additional documents he may use as case-in-chief exhibits, and will not be able to determine the exact documents he may use until the government has completed the presentation of its case-in-chief.

      Impeachment documents, documents to be used solely on cross examination, and summary and demonstrative exhibits are not included on this list.  The inclusion of a document on the enclosed list does not mean that Mr. Balwani will offer it at trial.  Nor does the inclusion of a document on the enclosed list indicate that the document is admissible if offered by the government at trial.  Mr. Balwani expressly maintains all objections to any document identified on his case-in-chief exhibit list.



November 12, 2021
Page 2

        We are also sending via email a production of documents Bates-labeled BALWANI000001-BALWANI000003.  Mr. Balwani may use these documents as part of his case-in-chief at trial should any defense be necessary.

        Mr. Balwani reserves his right to revise and supplement this exhibit list further prior to and during the trial, if necessary.  To the extent Mr. Balwani subsequently identifies or obtains documents that he may use as part of his case-in-chief at trial, he will supplement his production accordingly pursuant to Rule 16(c).

Sincerely,

Jeffrey B. Coopersmith