UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   May 20, 2022
Time in Court:   (9:38-11:48 AM; 12:22-2:08 PM; 2:26-4:27 PM)
**TOTAL Time: 5 hrs, 37 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:  Special Agent - Chris McCollow
                         Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Shawn Estrada, Sachi Schuricht, Molly McCafferty, James Flynn, Amari Hammonds
Also present:  Reese Oñate
                         Paralegal – Jennifer Cygnor

Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 32)**

Jury Trial held May 20, 2022.  Testimony held and evidence entered.
Further Jury Trial set for May 27, 2022, at 9:00 AM.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:
Defendants:  7353, 7358, 4052, 7376, 7378, 4063, 7388, 7387, 7390, 7391, 14002, 7400, 7399, 20662, 7403, 4088, 4089, 14054, 14001, 14057, 14029, 14055, 13720A, 4093, 14072, 7411

**The following exhibits are admitted into evidence:**
Plaintiffs:
Defendants:  **7353, 7358, 4052, 7376, 7378, 4063, 7388, 7387, 7390, 7391, 14002, 7400, 7399, 20662, 7403, 4088, 4089, 14054, 14001, 14057, 14029, 14055, 13720A, 4093, 14072, 7411**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

## TRIAL LOG

| TRIAL DATE: May 20, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 9:36 am | Jury present |
| | | 9:38 am | Court in session in presence of Jury |
| | | 9:39 am | Court queries Jury re previous admonishment |
| | | 9:40 am | Court announces potential Covid exposure and queries re wellness |
| | | 9:41 am | Court excuses Juror #2 and advances Alt. Juror #3 |
| | | 9:44 am | Witness #25 Brian Grossman returns to Courtroom and takes the stand |
| | | 9:45 am | Defense resumes cross-examination of Brian Grossman |
| | 7353 | 9:48 am | ADMITTED into Evidence:  2013-11-02 Laffort/James;Grossman Email Chain re Theranos |
| | 7358 | 9:52 am | ADMITTED into Evidence:  2013-11-18 Grossman/Khanna Email Chain re Is this something we should work up on the private side |
| | 4052 | 10:02 am | ADMITTED into Evidence:  2013/12/09 Grossman/Khanna Email Chain re Theranos |
| | 7376 | 10:13 am | ADMITTED into Evidence:  2013-12-20 Khanna Email to Grossman re Theranos - comments on WAG call |
| | 7378 | 10:17 am | ADMITTED into Evidence:  2013-12-24 Kahha/Rabodzey/Grossman Email Chain re Theranos |
| | 4063 | 10:21 am | ADMITTED into Evidence:  Dec 24-25, 2013, Khanna/Grossman/Rabodzey Email Chain re Theranos |
| Obj | 7388 | 10:31 am | ADMITTED into Evidence (not for the truth of matter - for showing Witness information previously received):  2014-01-09 Gill Email to Grossman re *Walgreen Company: Takeaways from Sharehold Meeting/Analyst Q&A* |

| TRIAL DATE: May 20, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | 7387 | 10:34 am | ADMITTED into Evidence (not for the truth of matter - for showing Witness information previously received): Grossman/Khanna Email re WAG and Theranos | |
| | 7390 | 10:35 am | ADMITTED into Evidence: Jan 9-10, 2014, Grossman/Rabodzey Email Chain re meeting at Theranos | |
| | 7391 | 10:38 am | ADMITTED into Evidence: Jan 2014 Rabodzey/Grossman/Khanna Email Chain re Theranos | |
| | 14002 | 11:05 am | ADMITTED into Evidence: 2014-01-15 Rabodzey Email to Khanna and Grossman re MDX and fda | |
| | 7400 | 11:10 am | ADMITTED into Evidence: 2014-01-23 Smith Email to Khanna re AR/VK: Dr. Anand Akerkar, PhD [Laboratory Developed Tests] | |
| | 7399 | 11:15 am | ADMITTED into Evidence: 2014-01-21 Robadzey Email to Grossman and Khanna re Theranos | |
| | 20662 | 11:19 am | ADMITTED into Evidence: 2014-01-24 Rabodzey email to Khanna and Grossman re Theranos | |
| Obj | 7403 | 11:24 am | ADMITTED into Evidence: (top of p. 1 only): 2014-01-24 Rabodzey Email to Grossman and Khanna re Theranos | |
| | 4088 | 11:32 am | ADMITTED into Evidence: 2014-01-28 Grossman/Clammer Email String re Theranos | |
| | 4089 | 11:34 am | ADMITTED into Evidence: 2014-01-28 Rabodzey Enclosure Email to Graossman and Khanna re Theranos Technical and Regulatory Assessment | |
| | | 12:22 pm | Court in session in presence of Jury and Witness #25 Brian Grossman | |
| | | | Defense continues cross-examination of Brian Grossman | |
| | 14054 | 12:24 pm | ADMITTED into Evidence: Rabodzey Email to Grossman re Theranos diligence calls – Last call with an expert takeaways | |
| | | 11:41 am | Jury and Witness #25 Brian Grossman departs Courtroom | |
| | | 11:42 am | Court in session with Counsel out of presence of Jury and witnesses | |
| | | 11:48 am | Court breaks for 34 minutes | |
| | | 12:22 pm | Court in session in presence of Jury and Witness #25 Brian Grossman | |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| \multicolumn{3}{c|}{**TRIAL DATE:** May 20, 2022} | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
|  |  |  | Defense continues cross-examination of Brian Grossman |
|  | 14001 | 12:29 pm | ADMITTED into Evidence: 2014-01-26 Rabodzey Email to Grossman and Khanna re Theranos Test |
|  | 14057 | 12:33 pm | ADMITTED into Evidence: 2014-01-28 Grossman//Balwani/Rabodzey/Khann/Balasuryan Email String Open Items for PFM Investment |
|  | 14029 | 12:37 pm | ADMITTED into Evidence: 2014-01-29 Blickman/Grossman/Rabodzey Email String re Theranos Follow-up |
|  | 14055 | 12:39 pm | ADMITTED into Evidence: 2014-01-29 Grossman/Rabodzey Email String re Theranos Follow-up |
|  |  | 12:44 pm | Ex. 1422, previously admitted |
|  | 13720A | 12:45 pm | ADMITTED into Evidence: Theranos Spreadsheet |
|  |  | 12:54 pm | Ex. 1477, previously admitted |
|  | 4093 | 12:58 pm | PFM Spreadsheet |
|  | 14072 | 1:20 pm | ADMITTED into Evidence: 2014-01-26 James/Grossman Email Chain re theranos internal presentation |
|  | 7411 | 1:25 pm | ADMITTED into Evidence: 2014-01-30 Rabodzey Email to Summe re Final version of the Theranos presentation attached, and attachment: Theranos_v7.pdf |
|  |  | 1:33 pm | Defense completes cross-examination of Brian Grossman |
|  |  | 1:34 pm | Government begins re-direct examination of Brian Grossman |
|  |  | 1:45 pm | Ex. 4089, previously admitted |
|  |  | 1:49 pm | Ex. 7391, previously admitted |
|  |  | 1:58 pm | Government completes re-direct examination of Brian Grossman |
|  |  |  | Witness #25 Brian Grossman excused |
|  |  | 1:59 pm | Housekeeping matters address in presence of Jury re evidence |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | | Ex. 4859, previously admitted conditionally, now ADMITTED IN TOTAL |
| | | 2:00 pm | Parties hand up Trial Stipulation No. 1 |
| | | 2:01 pm | Court reads Trial Stipulation No. 1 into record |
| | | 2:06 pm | Court completes reading of Trial Stipulation No. 1 into record |
| | | 2:07 pm | Jury departs Courtroom |
| | | 2:08 pm | Court breaks for 18 minutes |
| | | 2:26 pm | Court in session without Counsel out of presence of Jury |
| | | | Defense moves to strike portions of testimony of Witness #14 Sarah Bennett as hearsay |
| | | 2:32 pm | Government opposes motion to strike Ms. Bennett's testimony |
| | | 2:37 pm | Defense moves for Judgment of Acquittal under Rule 29 |
| | | 2:38 pm | The Court recognizes Defense's timely made motion |
| | | | The Court reserves decision on Defendant's motion for a later time |
| | | 2:41 pm | Court in session in presence of Jury |
| | | | Defense calls Witness #26 Tracy Wooten |
| | | 2:42 pm | Witness #26 Tracy Wooten sworn and takes the stand |
| | | | Defense begins direct examination of Tracy Wooten |
| | | 3:02 pm | Side Bar discussion begins |
| | | 3:25pm | Side Bar discussion ends |
| | | 3:26pm | Court in session in presence of Jury and witness Tracy Wooten |
| | | 3:29 pm | Defense completes direct examination of Tracy Wooten |
| | | | Government begins cross-examination of Tracy Wooten |
| | | 3:33 pm | Ex. 1049, previously admitted |

| **TRIAL DATE:** May 20, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:39 pm | Ex. 4147, previously admitted | |
| | | 3:40 pm | Ex. 5421, previously admitted | |
| | | 3:48 pm | Ex. 4533, previously admitted | |
| | | 3:49 pm | Ex. 1548, previously admitted | |
| | | 3:51 pm | Ex. 4938, previously admitted | |
| | | 3:53 pm | Ex. 4182, previously admitted | |
| | | 4:00 pm | Ex. 4189, previously admitted | |
| | | 4:02 pm | Ex. 1555, previously admitted | |
| | | 4:04 pm | Ex. 2228, previously admitted | |
| | | 4:05 pm | Ex. 5387H, previously admitted | |
| | | 4:08 pm | Government completes cross examination of Tracy Wooten | |
| | | | Defense begins re-direct examination of Tracy Wooten | |
| | | 4:10 pm | Ex. 13876, previously admitted | |
| | | 4:17 pm | Defense completes re-direct examination of Tracy Wooten | |
| | | | Government begins re-cross-examination of Tracy Wooten | |
| | | 4:19 pm | Government completes re-cross-examination of Tracy Wooten | |
| | | | Defense begins further re-direct examination of Tracy Wooten | |
| | | 4:21 pm | Defense completes further re-direct examination of Tracy Wooten | |
| | | | Witness #26 Tracy Wooten excused and departs Courtroom | |
| | | 4:22 pm | Court admonishes Jury | |
| | | | Jury departs Courtroom | |
| | | 4:23 pm | Court in session with Counsel out of presence of Jury and witnesses | |
| | | | Motion Hearing reset for May 23, 2022, at 8:30 am | |

| **TRIAL DATE:** May 20, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 4:27 pm | Court adjourns | |
| | | | Jury trial continued to May 27, 2022, at 9:00 AM | |