| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JEFFREY B. SCHENK (CABN 234355) |
| 5 | JOHN C. BOSTIC (CABN 264367)<br>ROBERT S. LEACH (CABN 196191)<br>KELLY I. VOLKAR (CABN 301377) |
| 6 | Assistant United States Attorneys |
| 7 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 8 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 9 | Kelly.Volkar@usdoj.gov |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-00258 EJD |
| Plaintiff, | ) ) | DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' REPLY IN |
| v. | ) ) | SUPPORT OF MOTION TO EXCLUDE DEFENDANT'S LIS-RELATED EXPERT |
| RAMESH "SUNNY" BALWANI, | ) ) | RICHARD L. SONNIER, III |
| Defendant. | ) ) ) | Date: May 23, 2022<br>Time: 8:30 a.m.<br>Court: Hon. Edward J. Davila |

VOLKAR DECL. ISO U.S.' REPLY RE: MOT. TO EXCLUDE SONNIER,
CASE NO. 18-CR-258 EJD                                                1

1  I, Kelly I. Volkar, declare:

2  1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

3  2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Ramesh "Sunny" Balwani's Amended Case-in-Chief Exhibit List, provided via email by his counsel on May 18, 2022.

4  3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on May 22, 2022.

DATED: May 22, 2022

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney