Defendant Ramesh "Sunny" Balwani's Amended Case-in-Chief Exhibit List
United States v. Balwani, Case No. 15-cr-258

May 18, 2022

| Exhibit Number | Exhibit Date | Date Admitted | Sponsoring | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|
| 20001 | 1/29/2013 | | | Sample Theranos Confidential Information and Invention Assignment Agreement | TS-1157052 | TS-1157060 |
| 20002 | 3/12/2013 | | | Dell Master Lease Agreement | THPFM0000650372 | THPFM0000650374 |
| 20003 | 11/27/2013 | | | Theranos Datacenter Network diagram | THPFM0000228604 | THPFM0000228605 |
| 20004 | 6/9/2015 | | | Theranos LIS Application June 9th, 2015 Release presentation | THPFM0001705425 | THPFM0001705425 |
| 20005 | 6/10/2015 | | | Email string between Ian McDowell to Sunny Balwani re: Visio's of CoLo (Visio files attached) | BALWANI000001 | BALWANI000003 |
| 20006 | 10/20/2015 | | | LIS App User Guide presentation | THPFM0003358957 | THPFM0003358957 |
| 20007 | 10/20/2015 | | | Customer Service App User Guide presentation | THPFM0003358959 | THPFM0003358959 |
| 20008 | 5/23/2018 | | | Email from Mike Romeo to David Taylor, Christopher Davies, Michael Mugmon, Matthew Benedetto and Katie Moran re: Theranos - Summary of 5/23/18 Call with the DOJ | WH000002070 | WH000002073 |
| 20009 | 6/22/2018 | | | Email string between Eric Caddenhead and Xan White re: RE: Summary of our conversation [privileged/confidential] | TheranosABC00039050 | TheranosABC00039051 |
| 20010 | 7/30/2018 | | | Email string between John McChesney, Eric Caddenhead, Xan White, and David Taylor re: Re: LIS data base discussion - response to request | TheranosABC00039916 | TheranosABC00039918 |
| 20011 | 8/24/2018 | | | Email from David Taylor to George Schuster, Benjamin Loveland, Isley, Gostin, Michael Mugmon, Katie Moran, Mike Romeo, and Xan White re: Email | WH000003587 | WH000003587 |
| 20012 | 9/14/2018 | | | Email string between Roger Heller and Stephen O'Neill re: FW: In re Theranos: Request for Confirmation re Preservation of Evidence | WH000000970 | WH000000970 |
| 20013 | 10/12/2018 | | | Email between Jarod Wada, Michael Chung, David Taylor and Phillipe Poux re: Theranos ABC - Cisco capital lease equipment | DTTPROD-00000159 | DTTPROD-00000159 |
| 20014 | 11/7/2018 | | | Email string between Mike Wei and Jarod Wada re: Re: Theranos LIS database | TheranosABC00001770 | TheranosABC00001772 |
| 20699 | undated | | | Richard L. Sonnier III Curriculum Vitae | | |
| 20700 | 10/29/2020 | | | Letter from Robert Leach to Lance Wade re: Brady information | | |
| 20701 | 8/6/2018 | | | Email string between John McChesney, Michael Chung, and Xan White re: LIS Copies - need Eric or Antti | CHUNG-EMAILS-000246 | CHUNG-EMAILS-000247 |
| 20702 | 8/8/2018 | | | Email string between Xan White and Katie Moran re: LIS data base discussion - response to request | WH000002324 | WH000002328 |
| 20703 | 8/11/2018 | | | Email string between Craig Josephson, Xan White, Michael Chung, John McChesney, Eric Caddenhead and David Taylor re: Theranos - LIS Database Copy Update 2 | TheranosABC00037454 | TheranosABC00037458 |
| 20704 | 8/30/2018 | | | Email string between Eric Caddenhead, Michael Chung, Shekar Chandrasekaran, John McChesney and David Taylor re: LIS | CHUNG-EMAILS-000574 | CHUNG-EMAILS-000575 |

Defendant Ramesh "Sunny" Balwani's Amended Case-in-Chief Exhibit List
United States v. Balwani, Case No. 15-cr-258

May 18, 2022

| Exhibit Number | Exhibit Date | Date Admitted | Sponsoring | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|
| 20705 | 8/30/2018 | | | Email string between Sekhar Variam, David Taylor, Eric Caddenhead and Shekar Chandrasekaran re: LIS data base discussion - response to request | TheranosABC00038585 | TheranosABC00038586 |
| 20706 | 9/2/2018 | | | Email string between David Taylor, Michael Chung, Eric Caddenhead, Shekar Chandrasekaran, and Sekhar Variam re: LIS data base discussion - response to request | TheranosABC00037345 | TheranosABC00037346 |
| 20707 | 9/2/2018 | | | Encrypt_SQL_Databases_Staging.docx (decrypted) | TheranosABC00037962 | TheranosABC00037969 |
| 20708 | 9/2/2018 | | | Email string between Shekar Chandrasekaran, David Taylor, Michael Chung and Eric Caddenhead re: Info for Shekar | TheranosABC00038253 | TheranosABC00038254 |
| 20709 | 7/30/2019 | | | Email from Mike Romeo to John Bostic and Jeffrey Schenk re: Theranos GJ subpoena response | WH000000669 | WH000000672 |
| 20710 | 12/12/2016 | | | Theranos's Response to PFM's Interrogatory No. 54 | | |
| 20711 | 12/9/2020 | | | Shekar Chandrasekaran FBI interview audio file | FBI-AUDIO-000001 | FBI-AUDIO-000001 |
| 20712 | 12/9/2020 | | | Shekar Chandrasekaran Memorandum of Interview | US-REPORTS-0024254 | US-REPORTS-0024260 |
| 20713 | 4/23/2020 | | | Antti Korhonen Memorandum of Interview | US-REPORTS-0016258 | US-REPORTS-0016260 |
| 20714 | 7/27/2020 | | | Antti Korhonen FBI interview audio file | FBI-AUDIO-000002 | FBI-AUDIO-000002 |
| 20715 | 7/27/2020 | | | Antti Korhonen Memorandum of Interview | US-REPORTS-0017921 | US-REPORTS-0017923 |
| 20716 | 4/23/2020 | | | Michael Chung Memorandum of Interview | US-REPORTS-0016262 | US-REPORTS-0016265 |
| 20717 | 10/6/2020 | | | Michael Chung FBI interview audio file | FBI-AUDIO-000003 | FBI-AUDIO-000003 |
| 20718 | 10/6/2020 | | | Michael Chung Memorandum of Interview | US-REPORTS-0019324 | US-REPORTS-0019329 |
| 20719 | 11/25/2020 | | | Michael Chung Attorney Proffer | PROFFER-000032 | PROFFER-000034 |
| 20720 | 12/7/2020 | | | Michael Chung Memorandum of Interview | US-REPORTS-0025153 | US-REPORTS-0025158 |
| 20721 | 4/16/2020 | | | Eric Caddenhead Memorandum of Interview | US-REPORTS-0016251 | US-REPORTS-0016254 |
| 20722 | 10/7/2020 | | | Eric Caddenhead FBI interview audio file | FBI-AUDIO-000004 | FBI-AUDIO-000004 |
| 20723 | 10/7/2020 | | | Eric Caddenhead Memorandum of Interview | US-REPORTS-0019711 | US-REPORTS-0019716 |
| 20724 | 10/14/2020 | | | Eric Caddenhead Memorandum of Interview | US-REPORTS-0019703 | US-REPORTS-0019704 |
| 20725 | 10/15/2020 | | | Eric Caddenhead Memorandum of Interview | US-REPORTS-0019683 | US-REPORTS-0019683 |
| 20726 | 11/2/2020 | | | John McChesney Memorandum of Interview | US-REPORTS-0020386 | US-REPORTS-0020390 |
| 20727 | 11/12/2020 | | | Mike Wei Memorandum of Interview | US-REPORTS-0020367 | US-REPORTS-0020371 |
| 20728 | 10/16/2020 | | | Alexander (Xan) White Memorandum of Interview | US-REPORTS-0020410 | US-REPORTS-0020417 |

| Exhibit Number | Exhibit Date | Date Admitted | Sponsoring | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|
| 20729 | 10/27/2020 | | | Alexander (Xan) White Attorney Proffer | US-REPORTS-0019170 | US-REPORTS-0019171 |
| 20730 | 11/2/2020 | | | Alexander (Xan) White Attorney Proffer | US-REPORTS-0019706 | US-REPORTS-0019707 |
| 20731 | 11/2/2020 | | | Alexander (Xan) White Attorney Proffer email | US-REPORTS-0019708 | US-REPORTS-0019710 |
| 20732 | 12/17/2020 | | | Jarod Wada Memorandum of Interview | US-REPORTS-0025177 | US-REPORTS-0025181 |
| 20733 | 10/14/2020 | | | Wilmer Hale Attorney Proffer | US-REPORTS-0020373 | US-REPORTS-0020377 |
| 20734 | 2/18/2021 | | | David Taylor Attorney Proffer | US-REPORTS-0025513 | US-REPORTS-0025524 |
| 20735 | 4/24/2019 | | | Deposition transcript of Shekar Chandrasekaran, In re Arizona Theranos, Inc. Litigation | TRANSCRIPTS-003787 | TRANSCRIPTS-003852 |
| 20736 | 4/23/2019 | | | Deposition transcript of Sekhar Variam, In re Arizona Theranos, Inc. Litigation | TRANSCRIPTS-004447 | TRANSCRIPTS-004489 |
| 20737 | 11/20/2020 | | | Holmes's Motion to Exclude Evidence of Anecdotal Test Results | | |
| 20738 | 1/11/2021 | | | USA's Corrected Opposition to Motion to Exclude Evidence of Anecdotal Test Results | | |
| 20739 | 2/23/2021 | | | Holmes's Reply ISO of Motion to Exclude Evidence of Anecdotal Test Results | | |
| 20740 | 6/2/2021 | | | Motion to Suppress Evidence of Customer Complaints and Testing Results as Well as Finding in CMS Report | | |
| 20741 | 6/2/2021 | | | Wade Declaration ISO of Motion to Suppress | | |
| 20742 | 6/21/2021 | | | Opposition to Motion to Suppress | | |
| 20743 | 6/21/2021 | | | Bostic Declaration ISO Opposition to Motion to Suppress | | |
| 20744 | 6/28/2021 | | | Reply ISO Motion to Suppress | | |
| 20745 | 6/28/2021 | | | Wade Declaration ISO of Reply ISO Motion to Suppress | | |
| 20746 | 8/4/2021 | | | Order Denying Motion to Suppress | | |
| 20747 | 9/28/2020 | | | Leach Decl. Ex. 72, Dkt. No. 681-36 (Sept. 28, 2020 expert witness report of Bruce W. Pixley) | | |
| 20748 | 7/23/2020 | | | Saharia Decl., Ex. 101, Dkt. No. 735-2 (Letter from R. Leach to K. Trefz responding to July 7, 2020 letter regarding Rule 16 productions) | | |
| 20749 | undated | | | 1CSNZX1.xlsx | BALWANI000087 | BALWANI000087 |
| 20750 | undated | | | 9BSNZX1.xlsx | BALWANI000088 | BALWANI000088 |
| 20751 | undated | | | BBSNZX1.xlsx | BALWANI000089 | BALWANI000089 |
| 20752 | undated | | | CBSNZX1.xlsx | BALWANI000090 | BALWANI000090 |
| 20753 | undated | | | DBSNZX1.xlsx | BALWANI000091 | BALWANI000091 |
| 20754 | undated | | | FBSNZX1.xlsx | BALWANI000092 | BALWANI000092 |
| 20755 | undated | | | GBSNZX1.xlsx | BALWANI000093 | BALWANI000093 |
| 20756 | undated | | | GN8MDV1.xlsx | BALWANI000094 | BALWANI000094 |
| 20757 | undated | | | JBSNZX1.xlsx | BALWANI000095 | BALWANI000095 |

Defendant Ramesh "Sunny" Balwani's Amended Case-in-Chief Exhibit List
United States v. Balwani, Case No. 15-cr-258

May 18, 2022

| Exhibit Number | Exhibit Date | Date Admitted | Sponsoring | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|
| 20758 | undated | | | Best Practices for Seizing Electronic Evidence v. 4.2, United States Secret Service | BALWANI000096 | BALWANI000122 |
| 20759 | Jul-16 | | | Dell M Series Blade IO Guide July 2016 | BALWANI000123 | BALWANI000224 |
| 20760 | 9/17/2015 | | | Dell PS6210 Series Spec Sheet | BALWANI000225 | BALWANI000226 |
| 20761 | undated | | | Searching and Seizing Computers and Obtaining Electronic Evidence in Criminal Investigations, EOUSA | BALWANI000227 | BALWANI000525 |
| 20762 | Apr-14 | | | Best Practices for Securing a Dell EqualLogic SAN | BALWANI000526 | BALWANI000559 |
| 20763 | Sep-20 | | | Hewlett Packard Enterprise Hardware Guide | BALWANI000560 | BALWANI000702 |
| 20764 | Nov-14 | | | Seize First, Search Later: The Hunt for Digital Evidence, Touro Law Review | BALWANI000703 | BALWANI000730 |
| 20765 | undated | | | SanDisk Lighting 6Gb SAS Enterprise Solid State Drives (SSDs) | BALWANI000731 | BALWANI000732 |
| 20766 | 2019 | | | Dell PowerEdge M1000e Enclosure Owner's Manual | BALWANI000733 | BALWANI000820 |
| 20767 | undated | | | Recovering Windows Secrets and EFS Certificates Offline, Elie Burzstein and Jean Michel Picod | BALWANI000821 | BALWANI000829 |
| 20768 | 2/3/2010 | | | Decrypting DPAPI data, Jean-Michel Picod, Elie Bursztein | BALWANI000830 | BALWANI000948 |
| 20769 | Oct-14 | | | Reference Architecture utilizing the PowerEdge M1000e Blade Enclosure SQL and Exchange Server, Dell Engineering | BALWANI000949 | BALWANI000995 |
| 20770 | undated | | | Savvio 10K.5 Datasheet | BALWANI000996 | BALWANI000997 |
| 20771 | Oct-12 | | | Dell PowerEdge M1000e Blade Enclosure and EqualLogic PS Series 10 GbE SAN Design Best Practices | BALWANI000998 | BALWANI001039 |
| 20772 | Feb-17 | | | Dell PS Series Architecture: Self Encrypting Drive Management with PS Series Storage Arrays, A Dell EMC Technical White Paper | BALWANI001040 | BALWANI001058 |
| 20774 | 1/30/2017 | | | Total Consumer Visits by Month/Year: All Visits from October 2013 through October 2016 | FTISUBP_0054486 | FTISUBP_0054488 |
| 20775 | 1/2/2016 | | | Time Required to Provide Blood Test Results: All Visits from September 2013 through July 2016 | FTISUBP_0055011 | FTISUBP_0055015 |
| 20776 | 8/24/2016 | | | Email from Mike Wei to Jennifer Allen, Chris Kahnke, etc. re: FW: Help removing DRM from PPT (privileged & confidential) (with LIS User Guide attachment) | FTISUBP_0001610 | FTISUBP_0001710 |
| 20778 | 4/14/2017 | | | Email from M. Benedetto to Mike Wei, Chris Kahnke, etc. re: RE: LIS data question | FTISUBP_0004161 | FTISUBP_0004163 |
| 20781 | 2/28/2017 | | | Email from Jeanne Gellman to Chris Kahke, Mike Wei, etc. re: Re: Total number of tests run - Privileged & Confidential | FTISUBP_0055076 | FTISUBP_0055087 |
| 20782 | 4/10/2017 | | | Comparison to Prior Analysis.xlsx | FTISUBP_0057845 | FTISUBP_0057845 |
| 20785 | 12/1/2016 | | | Tests Performed on Edison Devices: All Patient Visits from September 2013 through July 2016 | FTISUBP_0083610 | FTISUBP_0083610 |
| 20786 | 9/21/2016 | | | Tests by Month: All Visits from September 2013 through July 2016 | FTISUBP_0083851 | FTISUBP_0083851 |
| 20797 | 11/19/2022 | | | Declaration of Richard L. Sonnier III | | |
| 20810 | 1/11/2017 | | | Email from Max Fosque to Chris Kahnke, Mike Wei, etc. re: RE: DRAFT PFM Responses (Privileged & Confidential) (with attachment) | FTISUBP_0000384 | FTISUBP_0000386 |

Defendant Ramesh "Sunny" Balwani's Amended Case-in-Chief Exhibit List
United States v. Balwani, Case No. 15-cr-258

May 18, 2022

| Exhibit Number | Exhibit Date | Date Admitted | Sponsoring | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|
| 20811 | 8/25/2016 | | | Email from Jennifer Allen to Chris Kahnke, Mike Wei, etc. re: My Pateint Visit Examples and Max's Logic Rules - Privileged and Confidential | FTISUBP_0001604 | FTISUBP_0001605 |
| 27083 | 12/13/2017 | | | IEEE Valuation | BALWANI-USAO-000229 | BALWANI-USAO-000231 |
| 27084 | 7/20/2017 | | | Email from E. Levy to dtaylor@theranos.com , Subject: NDA and List attaching Fortress Standard NDA | FIG00000001 | |
| 27085 | undated | | | Blank Confidentiality Agreement | FIG00000002 | FIG00000004 |
| 27086 | 7/28/2017 | | | Email from D. Taylor to E. Levy, Subject: Preliminary Diligence Information attaching Confidential Theranos documents | FIG00000020 | FIG00000021 |
| 27087 | Jun-17 | | | Theranos Strategic Plan | FIG00000022 | FIG00000075 |
| 27088 | | | | Theranos June 2017 YTD Financial Statements | FIG00000076 | FIG00000078 |
| 27089 | 7/27/2017 | | | Theranos Cap Summary by Round | FIG00000079 | |
| 27090 | Jul-17 | | | Theranos Patents | FIG00000080 | FIG00000154 |
| 27091 | 10/26/2017 | | | Email from S. Bremer to P. Diaz, Cc: E. Levy, J. Bryk RE: Theranos - Due Diligence Items of Focus; attaching Project Titan CIM | FIG00001007 | |
| 27092 | 10/1/2017 | | | Confidential Information Memorandum | FIG00001008 | FIG00001060 |
| 27093 | 10/29/2017 | | | Email from E. Levy to P. Diaz Subject: Response attaching 10.7.2017 Capitalization (sorted by as-converted ownership) | FIG00001144 | FIG00001145 |
| 27094 | undated | | | Capitalization Spreadsheet – native file and placeholder page | FIG00001146 | |
| 27095 | 10/30/2017 | | | Email from H. Sheth to P. Diaz et al., Subject: Theranos – Technology Slides attaching 10.30.2017 Technology Overview | FIG00001147 | |
| 27096 | 10/30/2017 | | | Theranos Technology Overview | FIG00001148 | FIG00001172 |
| 27097 | 10/30/2017 | | | Email from H. Sheth to P. Diaz et al., Subject: Theranos – Management Bios Detailed Shareholder List attaching Management Bios and Capitalization | FIG00001173 | |
| 27098 | 10/30/2017 | | | Capitalization Spreadsheet – native file and placeholder page | FIG00001174 | |
| 27099 | undated | | | Theranos Management Bios | FIG00001175 | |
| 27100 | 10/31/2017 | | | Email from H. Sheth to P. Diaz et al., RE: Theranos Management Bios and Detailed Shareholder List attaching Summary of WAG Relationship | FIG00001464 | FIG00001466 |
| 27101 | undated | | | Timeline of the Theranos_Walgreens Relationship | FIG00001467 | FIG00001468 |
| 27102 | 11/22/2017 | | | Email from B. Arington to P. Diaz Cc: E. Levy et al., RE: Zika Document Request attaching Zika TNAA Integration Summary | FIG00001763 | FIG00001768 |
| 27103 | 11/21/2017 | | | Theranos Presentation | FIG00001769 | FIG00001773 |
| 27104 | 7/9/2018 | | | Email from Y. Shtein to E. Levy, Subject: Selected IP Memos, attaching Fortress Tech and IP Group – One -pager Final; Selected Case Studies | FIG00003226 | |
| 27105 | | | | Fortress Tech Presentation | FIG00003227 | FIG00003228 |
| 27106 | | | | Case Studies | FIG00003229 | FIG00003233 |

| Exhibit Number | Exhibit Date | Date Admitted | Sponsoring | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|
| 27107 | 9/5/2018 | | | Email from E. Zur to T. Richards, Cc: E. Levy Re: Nanotainer sample collection technology & IP | FIG00006805 | |
| 27108 | 9/9/2018 | | | Email from G. Runte to E. Zur, E. Levy Subject: Theranos assets | FIG00007663 | |
| 27109 | 11/19/2018 | | | Email from M. Moreland to M. Langer Cc: E. Levy, H. Survine, Subject: Theranso IP Co --- confidential, subject to NDA, attaching Pear Therapeutics 10.24.18; Overview of Theranos IP portfolio 11.12.18; Theranos Patent List Nov 1 2018 | FIG00007689 | |
| 27110 | 11/1/2018 | | | Theranos Patent Portfolio Overview | FIG00007694 | FIG00007704 |
| 27111 | 11/1/2018 | | | Theranos Patent List | FIG00007705 | FIG00007751 |
| 27112 | 11/19/2018 | | | Email from M. Langer to M. Moreland, Cc: E. Levy et al., Re: Theranos IP Co – confidential, subject to NDA | FIG00007765 | |
| 27113 | 12/31/2018 | | | Email from M. Langer to M. Moreland, Cc: C. Jacome et al., Subject: Pear Therapeutics and Fortress Capital | FIG00007769 | |
| 27114 | 2/10/2019 | | | Email from M. Langer to E. Levy, Cc: M. Moreland et al., Re: Follow up | FIG00007864 | FIG00007865 |
| 27115 | 2/26/2019 | | | Email from C. LiPuma to D. Ludvigson, Cc: E. Levy, RE: Nanomix NDA | FIG00007872 | FIG00007874 |
| 27116 | 3/12/2019 | | | Email from C. LiPuma to C. Guiffre, M. Moreland et al., Subject: Fortess IP Team Follow-up attaching IP Group Overview | FIG00008154 | FIG00008155 |
| 27117 | 10/1/2018 | | | Fortress Intellectual Property Finance Group Overview | FIG00008156 | FIG00008167 |
| 27118 | 11/1/2018 | | | Theranos Patent Portfolio Overview | FIG00008169 | FIG00008179 |
| 27119 | 11/1/2018 | | | Theranos Patent List | FIG00008180 | FIG00008226 |
| 27120 | 11/2/2018 | | | Email from M. Moreland to T. Richards, E. Levy, S. Blitz RE: Call Fortress/Seventh Sense Biosystems | FIG00008404 | FIG00008408 |
| 27121 | 12/11/2018 | | | Email from E. Levy to M. Moreland Subject: Call Fortress/Seventh Sense Biosystems | FIG00008421 | FIG00008425 |
| 27122 | 3/5/2019 | | | Email from M. Langer to E. Levy, Cc: C. Jacome et al., Subject: Thursday's Meeting | FIG00008451 | |
| 27123 | 2/27/2018 | | | Email from D. Taylor to E. Levy, P. Diaz, Cc: E. Holmes, Subject: Board Call Agenda and Materials, attaching 1.22.2018 BOD Minutes – Draft, 2018.1.22 Compensation Committee Minutes – Draft, Exec Comp and RSUs Resolution (Feb 27 Draft) | FIG00002315 | FIG00002316 |
| 27124 | 1/22/2018 | | | Minutes of a Regular Meeting of the Board of Directors of Theranos | FIG00002317 | FIG00002320 |
| 27125 | 12/6/2017 | | | Certificate of Amendment to the Certificate of Incorporation of Theranos, Inc. | MOS00000526 | |
| 27126 | 12/6/2017 | | | Draft Credit Agreement | MOS00000527 | MOS00000645 |
| 27127 | 12/6/2017 | | | Form of Patent Transfer Agreement - Draft | MOS00000646 | MOS00000656 |
| 27128 | 12/6/2017 | | | Theranos, Inc. Stock Purchase Warrant | MOS00000657 | MOS00000674 |
| 27129 | 12/10/2017 | | | Operating Agreement - Draft | MOS00001957 | MOS00001998 |
| 27130 | 12/10/2017 | | | Term Loan Promissory Note - Draft | MOS00002005 | MOS00002029 |

Defendant Ramesh "Sunny" Balwani's Amended Case-in-Chief Exhibit List
United States v. Balwani, Case No. 15-cr-258

May 18, 2022

| Exhibit Number | Exhibit Date | Date Admitted | Sponsoring | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|---|---|
| 27131 | 12/10/2017 | | | Form of Patent Transfer Agreement - Draft | MOS00002030 | MOS00002040 |
| 27132 | 12/10/2017 | | | Patent License Agreement - Draft | MOS00002041 | MOS00002050 |
| 27133 | 11/3/2017 | | | Financing Letter from Fortress to Theranos | MOS00002051 | MOS00002060 |
| 27134 | 11/7/2017 | | | Appears to be a duplicate of TX 27133 | CIH00003296 | CIH00003305 |
| 27136 | 6/15/2018 | | | Email from Carrie Sin to Erez Levy and James Palmer re: RE: IP Presentation (with attachment) | TRANSCRIPTS-002294 | TRANSCRIPTS-002359 |
| 27137 | 12/2/2017 | | | Investment Memorandum re: Theranos, Inc. $100.0 million Delayed Draw Senior Secured Term Loan | TRANSCRIPTS-002360 | TRANSCRIPTS-002408 |
| 27138 | 10/1/2017 | | | Theranos Confidential Information Memorandum | TRANSCRIPTS-002409 | TRANSCRIPTS-002461 |
| 27139 | 12/5/2017 | | | Letter from Robert Khuzami and David Nemecek re: Loan to Theranos, Inc. | TRANSCRIPTS-002462 | TRANSCRIPTS-002464 |
| 27140 | 12/11/2017 | | | Letter from David Taylor to Fortress Credit Corp. and Kirkland & Ellis | TRANSCRIPTS-002465 | TRANSCRIPTS-002467 |
| 27141 | 12/11/2017 | | | Credit Agreement by and among Theranos IP Company, LLC, Theranos, Inc. and Fortress Credit Corp. | TRANSCRIPTS-002468 | TRANSCRIPTS-002575 |
| 27142 | 12/8/2017 | | | Borrowing Request | TRANSCRIPTS-002576 | TRANSCRIPTS-002578 |
| 27143 | 8/14/2018 | | | Duff & Phelps Review of Valuation Methodologies Applied and Conclusions of Fair Value Reached by : Fortress Credit Advisors LLC for: Certain Investments of its Funds as of June 30, 2018 | TRANSCRIPTS-002579 | TRANSCRIPTS-002594 |
| 27144 | 11/12/2018 | | | Email from Michelle Moreland to Adam Cole, Erez Levy, and Hazel Survine re: Confidential: Theranos IP Portfolio Materials (with attachment) | TRANSCRIPTS-002595 | TRANSCRIPTS-002653 |
| 27145 | 9/24/2021 | | | Deposition of Erez Levy with Exhibits 190 - 198, SEC v. Balwani | TRANSCRIPTS-001962 | TRANSCRIPTS-002057 |