JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>            Defendant. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ADMIT TRIAL EXHIBIT 20073A**<br><br>Judge:   Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On May 22, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to admit Trial Exhibit 20073A.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion.

**IT IS SO ORDERED.**

Dated: _____

                                                                          _____
                                                                          HONORABLE EDWARD J. DAVILA
                                                                          UNITED STATES DISTRICT JUDGE