UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 23, 2022     **Time:** 8:36-10:22 AM     **Judge:** Edward J. Davila

**Total Time:** 1 hr, 46 min

**Case No.:** 5:18-cr-00258-EJD-2     **Case Name:** *United States v. Ramesh Sunny Balwani* (P)(NC)

**Attorney for Plaintiff:** Kelly Volkar, Jeffrey Schenk, John Bostic, Robert Leach

**Attorney for Defendant:** Aaron Brecher, Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Shawn Estrada, Sachi Schuricht

**Deputy Clerk:** Cheré Robinson     **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – MOTION HEARING

Defendant present and not in custody.

Hearing on the Government's Motion to Exclude Defendant's Lis-Related Testimony and Evidence by Richard L. Sonnier, III [ECF No. 1440] held. Argument of Counsel heard.

The Court takes the matter under submission.

**CASE CONTINUED TO May 27, 2022, at 9:00 AM for Jury Trial.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Chere Robinson
Courtroom Deputy
Original: Efiled
CC: