JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT MAY 24, 2022 CONFERENCE CALL**<br><br>Hon. Edward J. Davila |
|---|---|

The undersigned defendant hereby waives the right to be present at the conference call scheduled for May 24, 2022 at 5:15 PM. The undersigned defendant further agrees that his interests will be deemed represented at the May 24, 2022 conference call by the presence of his attorneys, the same as if the defendant himself was personally present.

DATED: May 24, 2022

_____
RAMESH "SUNNY" BALWANI

DATED: May 24, 2022

_____*/s/ Jeffrey Coopersmith*_____
JEFFREY B. COOPERSMITH

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, a copy of this filing was delivered via ECF on all counsel of record.

                                                */s/ Jeffrey Coopersmith*

                                                JEFFREY B. COOPERSMITH
                                                Attorney for Ramesh "Sunny" Balwani