UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>ELIZABETH A. HOLMES,<br>　　　　　Defendant. | Case No.  5:18-cr-00258-EJD-1<br><br>**INTERIM ORDER RE DOW JONES'S MOTION TO UNSEAL**<br><br>Re: Dkt. No. 1353 |

Before the Court is third-party intervenor Dow Jones & Company, Inc.'s motion to unseal documents, including certain documents related to Defendant Elizabeth Holmes's Federal Rule of Criminal Procedure 12.2 defense.  Dkt. No. 1353.  The Court heard oral argument on May 19, 2022.  Dkt. No. 1451.  Defendant Ramesh "Sunny" Balwani requested an opportunity to review the sealed Rule 12.2 documents and to provide proposed redactions.  The Court grants that request and will provide the sealed documents to Balwani's counsel for review on an attorneys' eyes only-basis.  Balwani may thereafter provide proposed redactions.

**IT IS SO ORDERED.**

Dated: May 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge