JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted *Pro Hac Vice*)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO ADMIT VARIOUS TRIAL EXHIBITS** |
| v. | |
| RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendant. | |

## **[PROPOSED] ORDER**

On June 1, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion to admit various trial exhibits.

After considering the filings, the governing law, and the argument of the parties, the Court hereby **GRANTS** Mr. Balwani's motion.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE