JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**RAMESH "SUNNY" BALWANI'S NOTICE OF NON-OPPOSITION TO THE GOVERNMENT'S MOTION TO EXCLUDE TESTIMONY FROM SCOTT WEINGUST**<br><br>**Hon. Edward J. Davila** |

**NOTICE OF NON-OPPOSITION**

PLEASE TAKE NOTICE that Mr. Balwani no longer intends to offer testimony from Scott Weingust. The government's motion to exclude testimony from Scott Weingust (Dkt. 1458) is therefore moot, and Mr. Balwani does not plan to file an opposition.

DATED: June 1, 2022           Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By:  */s/ Jeffrey B. Coopersmith*
     Jeffrey B. Coopersmith

     Attorney for Defendant
     RAMESH "SUNNY" BALWANI