1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,              )  Case No. 18-CR-00258 EJD
                                          )
12 |         Plaintiff,                    )  TRIAL STIPULATION NO. 3 RE: TX 20073A
                                          )
13 |    v.                                 )
                                          )
14 | RAMESH "SUNNY" BALWANI,               )
                                          )
15 |         Defendant.                    )
                                          )
16 |_____)

17
18
19
20
21
22
23
24
25
26
27
28

TRIAL STIPULATION NO. 3
CASE NO. 18-CR-258 EJD

1        The United States and Ramesh Balwani, through undersigned counsel, hereby stipulate and agree

2  to the admission of Trial Exhibit 20073A into evidence.  Trial Exhibit 20073A is a native excel

3  spreadsheet produced by Southwest Contemporary Women's Clinic ("SWCWC") and reflects all

4  SWCWC patients who received Theranos blood testing results after August 2015.

5

6  DATED:  June 1, 2022                                        Respectfully submitted,

7                                                             STEPHANIE M. HINDS
                                                              United States Attorney
8

9                                                              _/s/ John C. Bostic_____
                                                              JOHN C. BOSTIC
10                                                            ROBERT S. LEACH
                                                              JEFF SCHENK
11                                                            Assistant United States Attorneys

12

13  DATED:  June 1, 2022                                       ORRICK, HERRINGTON &
                                                              SUTCLIFFE LLP
14

15                                                             _/s/ Jeffrey B. Coopersmith_____
                                                              JEFFREY B. COOPERSMITH
16                                                            AMY WALSH
                                                              STEPHEN A. CAZARES
17                                                            Counsel for Defendant
                                                              Ramesh "Sunny" Balwani
18

19

20

21

22

23

24

25

26

27

28

TRIAL STIPULATION NO. 3
CASE NO. 18-CR-258 EJD                    1