JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cr-00258-EJD |
| Plaintiff, | **TRIAL STIPULATION NO. 4 REGARDING TRIAL EVIDENCE** |
| v. | |
| RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendant. | |

The parties stipulate that the documents bearing Bates numbers NUNN_THERANOS_0002301— NUNN_THERANOS_0002304 and NUNN_THERANOS_0000855— NUNN_THERANOS_0000950 are true and correct copies of documents provided to Sam Nunn by Theranos and produced by him in response to a subpoena. The parties stipulate that the documents are admissible for this purpose.

DATED: June 2, 2022						Respectfully Submitted,

								ORRICK, HERRINGTON & SUTCLIFFE LLP


								 /s/ *Jeffrey B. Coopersmith*
								JEFFREY B. COOPERSMITH
								Attorney for Defendant
								RAMESH "SUNNY" BALWANI


DATED: June 2, 2022						Respectfully Submitted,

								STEPHANIE M. HINDS
								United States Attorney


								/s/ *Robert S. Leach*
								ROBERT S. LEACH
								JOHN C. BOSTIC
								JEFFREY B. SCHENK
								KELLY I. VOLKAR
								Assistant United States Attorneys