UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** June 6, 2022 | **Time:** 9:29-11:15 AM | **Judge:** Edward J. Davila |
| | **Total Time:** 1 hr, 46 min | |
| **Case No.:** 5:18-cr-00258-EJD-2 | **Case Name:** *United States v. Ramesh Sunny Balwani* (P)(NC) | |

**Attorney for Plaintiff:** Kelly Volkar, Jeffrey Schenk, John Bostic, Robert Leach

**Attorney for Defendant:** Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Shawn Estrada, Sachi Schuricht; Molly McCafferty

**Deputy Clerk:** Cheré Robinson       **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – TRIAL STATUS AND MOTION HEARING

Defendant present and not in custody.

9:29-9:33 AM; 10:44-11:15 AM
Court addresses scheduling matters.

9:33-10:44 AM
Hearing on the Defense's Motion to Admit Various Trial Exhibits, ECF No. 1470, held. Argument of Counsel heard.

The Court takes the matter under submission.

**CASE CONTINUED TO June 9, 2022, at 9:00 AM for Jury Trial.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Chere Robinson
Courtroom Deputy
Original: Efiled
CC: