UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Ramesh "Sunny" Balwani:

1. _____ [NOT GUILTY / GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos investors in violation of 18 U.S.C. § 1349, as charged in Count One of the indictment.

2. _____ [NOT GUILTY / GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos paying patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the indictment.

3. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the indictment.

4. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,349,900 on or about December 31, 2013, as charged in Count Four of the indictment.

5. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December 31, 2013, as charged in Count Five of the indictment.

6. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6, 2014, as charged in Count Six of the indictment.

7. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31, 2014, as charged in Count Seven of the indictment.

8. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31, 2014, as charged in Count Eight of the indictment.

9. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transmission involving a telephone call about Patient B.B.'s laboratory blood test results on or about October 12, 2015, as charged in Count Nine of the indictment.

1          10. _____ [NOT GUILTY / GUILTY] of the charge

2    of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection

3    with a wire transmission of Patient E.T.'s laboratory blood test results on or about May 11, 2015,

4    as charged in Count Ten of the indictment.

5

6          11. _____ [NOT GUILTY / GUILTY] of the charge

7    of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection

8    with a wire transmission of Patient M.E.'s laboratory blood test results on or about May 16,

9    2015, as charged in Count Eleven of the indictment.

10         12. _____ [NOT GUILTY / GUILTY] of the charge

11   of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection

12   with a wire transfer of $1,126,661.00 on or about August 3, 2015, as charged in Count Twelve of

13   the indictment.

14

15   Dated: June 7, 2022

16

17                                               _____

18                                                   Jury Foreperson

19

20

21

22

23

24

25

26

27

28