UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 8, 2022          **Time:** 10:10 AM - 12:34 PM          **Judge:** Edward J. Davila

**Total Time:** 2 hr, 24 min

**Case No.:** 5:18-cr-00258-EJD-2     **Case Name:** *United States v. Ramesh Sunny Balwani* (P)(NC)

**Attorney for Plaintiff:** Kelly Volkar, Jeffrey Schenk, John Bostic, Robert Leach
    Also Present:  Special Agent - Chris McCollow
            Paralegals – Maddi Wachs; Sara Slattery

**Attorney for Defendant:**  Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher,
            Sachi Schuricht; Molly McCafferty

    Also Present: Defendant, Ramesh Balwani (NC)

**Deputy Clerk:** Cheré Robinson                    **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – CHARGING CONFERENCE

Defendant present and not in custody.  Hearing held.

Court conducts charging conference with Counsel.  Discussion of final jury instructions and verdict form discussed.

**CASE CONTINUED TO June 9, 2022, at 9:00 AM for Jury Trial.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

**Chere Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**