**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: **5:18-CR-00258-2 EJD**

## Minute Order and Trial Log

Date:   June 9, 2022
Time in Court:        (9:02-9:48 AM; 10:04-10:16 AM; 10:35 AM – 12:13 PM;
12:40 – 2:08 PM; 3:14 – 4:25 PM)
**TOTAL Time: 5 hr, 15 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:      Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:  Special Agent - Chris McCollow
Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:  Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron
Brecher, Shawn Estrada, Sachi Schuricht, Molly McCafferty,
Amanda McDowell
Also present:  Reese Oñate
Paralegal – Jennifer Cygnor

Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:  Motion Hearing and Jury Trial (Day 36)**

**Motion Hearing:** 46 min (9:02-9:48 AM)

Hearing re [1475] Order Granting in Part and Denying in Part [1470] Motion To Admit
Various Trial Exhibits and on [1479] Motion to Admit Trial Exhibit 20832 held.

**Jury Trial:**  4 hr, 29 min (10:04-10:16 AM; 10:35 AM – 12:13 PM; 12:40 – 2:08 PM;
3:14 – 4:25 PM)

Jury Trial held June 9, 2022.  Testimony held and evidence entered.

*See* attached Trial Log.

**The following exhibits were identified and offered:**
Plaintiffs:    5897, 5915, 5916, 5917, 5943, 5930, 5931
Defendants:  7286, 15004, 15029, 15058, 20073A, 20145, 20788, 20817, 20826, 20827, 20830,
20832

**The following exhibits are admitted into evidence:**
Plaintiffs:    **5897, 5915, 5916, 5917, 5943**
Defendants: **7286, 15004, 15029, 15058, 20073A, 20145, 20788, 20817, 20826, 20827, 20830,
20832**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**HONORABLE EDWARD J. DAVILA**

**Case Name:   *United States v. Ramesh Sunny Balwani***
**Case No:  5:18-CR-00258-2 EJD**

**TRIAL LOG**

| TRIAL DATE: June 9, 2022 | | | REPORTER:  Irene Rodriguez | CLERK:  Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 9:02 am | Court in session with Counsel out of presence of Jury and witnesses | |
|  |  |  | Hearing re [1475] Order Granting in Part and Denying in Part [1470] Motion To Admit Various Trial Exhibits | |
|  |  | 9:32 am | Hearing on [1479] Motion to Admit Trial Exhibit 20832 | |
|  |  | 9:47 am | Court will allow 20832 to be admitted, not for the truth of the matter but only for notice. | |
|  |  |  | Court defers ruling re [1475] Order on admission of various trial exhibits | |
|  |  | 9:48 am | Court breaks for 10 min | |
|  |  | 9:58 am | Jury present | |
|  |  | 10:04 am | Court in session in presence of Jury | |
|  |  | 10:05 am | Court excuses Juror #5 and | |
|  |  | 10:05 am | Court queries Jury re previous admonishment | |
|  |  | 10:06 am | Defense calls Witness #27 Richard Sonnier | |
|  |  | 10:07 am | Richard Sonnier sworn and takes stand | |
|  |  | 10:08 am | Defense begins direct examination of Richard Sonnier | |
|  |  | 10:16 am | Court breaks for 19 min | |
|  |  | 10:35 am | Court in session in presence of Jury | |
|  |  |  | Defense continues direct examination of Richard Sonnier | |
|  |  | 10:37 am | Defense offers Richard Sonnier as an expert witness in data recovery and data encryption | |

2

| TRIAL DATE: June 9, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 10:38 am | Court permits Richard Sonnier to testify as expert witness in data recovery and data encryption | |
| Obj | 20005 | 10:43 am | Defense requests display of pp. 2-3 for demonstrative purposes only | |
|  |  |  | Foundation to be laid | |
| Obj | 20005 | 10:44 am | Defense requests display of pp. 2-3 for demonstrative purposes only | |
|  |  |  | Further foundation to be laid | |
| Obj | 20005 | 10:46 am | Defense requests display of pp. 2-3 for demonstrative purposes only. | |
|  |  | 10:47 am | Court permits display of demonstrative with the understanding that the demonstrative does not represent the specific architecture, but rather a representation of similar architecture, and only to assist witness.  Not admitted as evidence. | |
| Obj | 20832 | 11:14 am | Offered into Evidence pp. 2-4 | |
|  |  |  | ADMITTED into Evidence (p.2 – not offered for the truth of the matter asserted but only for notice to the Government):  2018-10-04 Sutton Email to Schenk re Theranos 1 TB drive; (pp. 3-4 admitted only for contextual purposes) | |
|  |  | 11:20 am | Defense completes direct examination of Richard Sonnier | |
|  |  |  | Government begins cross-examination of Richard Sonnier | |
| 5915 | Obj | 11:27 am | Offered into Evidence | |
|  |  | 11:29 am | ADMITTED into Evidence (not for the truth of the matter asserted, but for context): 2018-02-13 DOJ Cover Letter to Theranos, Inc. Custodian of Records re Grand Jury Subpoena (Investigation # 2016R00024), and attachment – 2018-02-13 Subpoena to Testify Before a Grand Jury to Custodian of Records, Theranos, Inc. | |
| 5916 |  | 11:33 am | ADMITTED into Evidence (not for the truth of the matter asserted but for context): 2018-04-20 Subpoena to Testify Before a Grand Jury to Theranos, Inc. | |
|  |  | 12:13 pm | Court breaks for 27 min | |
|  |  | 12:40 pm | Court in session in presence of Jury and Witness #27 Richard Sonnier | |
|  |  |  | Government continues cross-examination of Richard Sonnier | |

Cheré Robinson
Courtroom Deputy
Original: E-Filed

| TRIAL DATE: June 9, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| 5897 | Obj | 12:42 pm | Offered into Evidence | |
| | | 12:43 pm | ADMITTED into Evidence: 2018-08-28 Theranos/Wilmer Hale Email String re Call re LIS (priv/conf) – time sensitive | |
| 5943 | | 12:47 pm | ADMITTED into Evidence: Oct 2018 DOJ Email String re Theranos 1 TB drive | |
| 5917 | Obj | 12:51 pm | Offered into Evidence | |
| | | 12:54 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted but for notice to the Government): Mar 2019 Bostic/O'Neill Email String re Theranos | |
| 5930 | Obj | 1:05 pm | Offered into Evidence | |
| | | 1:08 pm | Objection sustained | |
| 5931 | Obj | 1:10 pm | Offered into Evidence | |
| | | | Foundation to be laid | |
| | | 1:18 pm | Government completes cross-examination of Richard Sonnier | |
| | | 1:19 pm | Defense begins re-direct examination of Richard Sonnier | |
| | | 1:33 pm | Ex. 5943, previously admitted | |
| | | 1:34 pm | Ex. 20832, previously admitted | |
| | | 1:37 pm | Defense completes re-direct examination of Richard Sonnier | |
| | | | Witness #27 Richard Sonnier excused | |
| | | 1:40 pm | Defense moves to admit certain exhibits | |
| | 15004 | 1:42 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted but only for notice to Mr. Balwani of the subject):  Oct 2010 Gibbons/Holmes Email String re GSK | |
| | 15058 | 1:45 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted but only for notice to Mr. Balwani of the subject):   2009-12-15 Holmes Email to Breuer re Follow up to our meeting, and attachment slides | |

4

| TRIAL DATE: June 9, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | 20817 | 1:47 pm | ADMITTED into Evidence, pp. 1-4: US FDA webpage - 510(k) Premarket Notification accessed 2022-05-18, and 2015-07-07 FDA Letter to Theranos re K143236 – Correction Letter to 7/2/2015 substantially equivalent letter | |
| | 20826 | 1:49 pm | ADMITTED into Evidence, pp. 1-3 (p. 1 - not admitted for the truth of the matter asserted but only for notice):  Jul 2015 Theranos/FDA Email String re CW150009 CLIA Waiver Granted Notification, and 2015-07-15 US DHHS Letter to Theranos re CS15009 – Waiver Granted Notification, with attachment | |
| | 15029 | 1:53 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted but only for disclosure to FDA):  2013-10-23 Holmes email to Hojvat and Hobson re Tests run in Theranos CLIA laboratory from Samples collected in Theranos Wellness Centers | |
| | 7286 | 1:54 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted but only for notice to Mr. Balwani of the subject):  Apr 2013 Young/Balwani/Holmes Email Chain re assays for FDA filing | |
| | 20827 | 1:55 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted but only for notice to Mr. Balwani of the subject):  May-July 2015 Email String re Suraj Saksena: Clinical Lab Director application | |
| | 20830 | 1:57 pm | ADMITTED into Evidence (not admitted for the truth of the matter asserted but only for notice to Mr. Balwani of the subject): Excerpts from 2013-10-08 Provisional Patent Application entitled *Devices, Methods and Systems for Reducing Sample Volume* | |
| | | 2:00 pm | Court reads stipulations on record at ECF Nos. 1472 and 1473 | |
| | 20073A | 2:02 pm | ADMITTED into Evidence pursuant to Stipulation (ECFSWCWC spreadsheets reflecting patients who received Theranos blood testing results after Aug 2015) | |
| | 20788 | 2:03 pm | ADMITTED into Evidence pursuant to Stipulation (2014-07-15 Tempe to Nunn re Theranos Financials, and attached Theranos income/expense statement) | |
| | 20145 | 2:04 pm | ADMITTED into Evidence pursuant to Stipulation (Projected Statement of Income, and attached Aranca presentation) | |
| | | 2:05 pm | Defense rests | |
| | | 2:06 pm | Court admonishes Jurors | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| TRIAL DATE: June 9, 2022 | | | REPORTER:  Irene Rodriguez | CLERK:  Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Jury departs Courtroom | |
| | | 2:08 pm | Court breaks for 1 hour, 6 minutes | |
| | | 3:14 pm | Court in session with Counsel out of presence of Jury and witnesses | |
| | | | Counsel Argument re final jury instructions | |
| | | 4:18 pm | Court will decline to give adverse inference instruction | |
| | | 4:21 pm | Defense renews Rule 29 Motion | |
| | | 4:25 pm | Court adjourns | |
| | | | Continued to June 10, 2022, at 10:00 AM for continued Charging Conference | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**