JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>          Defendant. | Case No. 18-cr-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S WAIVER OF PRESENCE AT JUNE 10, 2022 CHARGING CONFERENCE**<br><br>Hon. Edward J. Davila |

The undersigned defendant hereby waives the right to be present in court at the Charging Conference scheduled for June 10, 2022 at 10:00 AM. The undersigned defendant further agrees that his interests will be deemed represented at the June 10th hearing by the presence of his attorneys, the same as if the defendant himself was personally present in court.

DATED: June 10, 2022

RAMESH "SUNNY" BALWANI

DATED: June 10, 2022

*/s/ Jeffrey Coopersmith*

JEFFREY B. COOPERSMITH

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022 a copy of this filing was delivered via ECF on all counsel of record.

    *s/ Jeffrey Coopersmith*
JEFFREY B. COOPERSMITH
Attorney for Ramesh "Sunny" Balwani