UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 10, 2022          **Time:** 10:08-10:56 AM          **Judge:** Edward J. Davila

**Total Time:** 48 min

**Case No.**: 5:18-cr-00258-EJD-2   **Case Name:** *United States v. Ramesh Sunny Balwani* (P)(NC)

**Attorney for Plaintiff:** Kelly Volkar, Jeffrey Schenk, John Bostic, Robert Leach
        Also Present:  Special Agent - Chris McCollow
                      Paralegals – Maddi Wachs; Sara Slattery

**Attorney for Defendant:** Jeffrey Coopersmith, Amy Walsh, Sachi Schuricht

**Deputy Clerk:** Cheré Robinson          **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – FURTHER CHARGING CONFERENCE

Defendant not present and not in custody; appearance waived. Hearing held.

Court conducts further charging conference with Counsel.  Discussion of final jury instructions.

**CASE CONTINUED TO June 14, 2022, at 9:00 AM for Jury Trial.**

**Chere Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**