JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**RAMESH "SUNNY" BALWANI'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER AT DKT. 1483**<br><br>Hon. Edward J. Davila |

Mr. Balwani seeks leave under Criminal Local Rule 2-1 and Civil Local Rule 7-9(a) to file a motion for reconsideration of the Court's June 10, 2022 Order at Dkt. 1483. The basis for the proposed motion is described in Mr. Balwani's proposed motion for reconsideration, filed as Exhibit 1 to this motion.

DATED: June 11, 2022                    Respectfully submitted,

                                        ORRICK HERRINGTON & SUTCLIFFE LLP


                                        By:   /s/ Jeffrey B. Coopersmith
                                              Jeffrey B. Coopersmith

                                              Attorney for Defendant
                                              RAMESH "SUNNY" BALWANI