JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted *Pro Hac Vice*)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING HEARING DATE**<br><br>Hon. Edward J. Davila |

**[PROPOSED] ORDER**

On June 11, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion for leave to file a motion for reconsideration of this Court's Order at Dkt. 1483.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion. The Proposed Motion for Reconsideration filed as Exhibit 1 to Mr. Balwani's motion for leave shall be deemed filed and a hearing set for June 13, 2022, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE