STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER ORDER DENYING MOTION TO STRIKE PORTIONS OF SARAH BENNETT'S TESTIMONY |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | Date: June 13, 2022<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Davila |

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of a cover email produced in discovery with Bates label THPFM0002435587.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced in discovery starting with Bates label THPFM0001954626.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document produced in discovery starting with Bates label THPFM0000275729.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced in discovery starting with Bates label TS-1049216.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document produced in discovery starting with Bates label THPFM0005218989.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced in discovery starting with Bates label THPFM0003612503.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document produced in discovery starting with Bates label THPFM0004664960.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document produced in discovery starting with Bates label THPFM0005487131.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document, produced in discovery with Bates label THPFM0003858486, and its attachment, produced in discovery with Bates label THPFM0003858487.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document produced in discovery starting with Bates label TS-1048773.

//
//
//
//

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on June 12, 2022.

DATED: June 12, 2022

                                                */s/ Kelly I. Volkar*
                                                KELLY I. VOLKAR
                                                Assistant United States Attorney