| | |
|---|---|
| **To:** | Daniel Young[dyoung@theranos.com]; Dan Florey[dflorey@theranos.com]; Suraj Saksena[ssaksena@theranos.com]; Nishit Doshi[ndoshi@theranos.com]; Tina Lin[tlin@theranos.com]; Nicholas Menchel[nmenchel@theranos.com]; Hui Wang[hwang@theranos.com]; Gurbir Sidhu[gsidhu@theranos.com]; Hoda Alamdar[halamdar@theranos.com]; Francisco Nepacena[fnepacena@theranos.com]; Godfred Masinde[gmasinde@theranos.com] |
| **Cc:** | Sunny Balwani[sbalwani@theranos.com]; 'David Zifkin'[dzifkin@BSFLLP.com] |
| **From:** | Sani Hadziahmetovic |
| **Sent:** | Thur 1/28/2016 6:40:58 PM |
| **Importance:** | Normal |
| **Subject:** | RE: CMS Audit Responses |
| **Received:** | Thur 1/28/2016 6:41:01 PM |

CMSSurveyDeficiencies2015_v05.xlsx
2016-1-22 CMS Tasks Status (Priv-Conf - Atty Work Product - A-C Comm)_v06.docx

Hi all,

To summarize the outcome of the mtg. this morning. We are identifying all the timeframes where CMS cited an issue specific to an analyte. In parallel, we are looking through all of the issues cited for the instrument verifications. That will be the starting point for all of our patient impact assessments at which point we will pull in some of you for the data that's needed for the analysis.

Attached is the latest tracker against each of the deficiencies. We added the corrective actions for hematology and analytic systems against each deficiency last night and the ORs are mapped. We will be going through the list again to map back to our original word tracker (the document you all are working from now) and to assign owners to each OR/CAPA today. The lawyers are helping with the effort to transfer all of our existing ORs to the new format and to update the language where appropriate.

In the meantime, please continue to work off of the word document provided yesterday (Located here: J:\CLIA Responce 2016\Word Tracker - Theranos List of Expected Deficiencies\2016-1-22 CMS Tasks Status (Priv-Conf - Atty Work Product - A-C Comm)_v06.docx) to ensure that all the necessary documentation to address the issues highlighted in the word document are organized, complete, and accurate. Please send a status update against your assigned section today.

If anyone has any questions or is unclear on what they should be working on at the moment, please let me know and we can make sure to give you the proper direction and support.

Thanks,

Sani

-----Original Appointment-----
**From:** Sunny Balwani
**Sent:** Tuesday, January 26, 2016 4:27 PM
**To:** Sunny Balwani; Sani Hadziahmetovic; Daniel Young; Dan Florey; Suraj Saksena; Nishit Doshi; Tina Lin; Nicholas Menchel; Hui Wang; Gurbir Sidhu; Hoda Alamdar; Francisco Nepacena; Godfred Masinde
**Subject:** CMS Audit Responses
**When:** Thursday, January 28, 2016 9:00 AM-6:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Newark Upstairs Conference Room

Confidential                                                                                                                                                          THPFM0002435587