**Message**

| | |
|---|---|
| **From:** | Nishit Doshi [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NISHIT DOSHI] |
| **Sent:** | 2/18/2016 2:15:40 AM |
| **To:** | Dan Florey [dflorey@theranos.com]; Tina Lin [tlin@theranos.com]; Daniel Young [dyoung@theranos.com]; Suraj Saksena [ssaksena@theranos.com] |
| **Subject:** | RE: Final patient impact writeups |

Sorry for the confusion.

The HGB HCT issue is for 2120.

The patient distribution issue is for Drew.

Thanks,

Nishit

**From:** Dan Florey
**Sent:** Wednesday, February 17, 2016 6:13 PM
**To:** Nishit Doshi <ndoshi@theranos.com>; Tina Lin <tlin@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups

Are we talking the Drew reports or 2120?

**From:** Nishit Doshi
**Sent:** Wednesday, February 17, 2016 6:12 PM
**To:** Tina Lin <tlin@theranos.com>; Dan Florey <dflorey@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups

Tina, the patient distribution section should be consistent with the table I sent below, probably best to run it by someone.

Also, there are some notes for trends in QC that may not be consistent with patient distribution. Someone needs to make a call on that as well.

| | | Drew 1 | | | Drew 2 | | |
|---|---|---|---|---|---|---|---|
| HGB | March | June | | July | August | | |
| HCT | March | April (19.83%) | | April (19.37%) | | | |

Confidential                                                                                                                    THPFM0001954626

| MCV | | | | June | July | August | Sept |
|---|---|---|---|---|---|---|---|
| RBC | March | April | June | | | | |

Thanks,

Nishit


**From:** Tina Lin
**Sent:** Wednesday, February 17, 2016 5:43 PM
**To:** Dan Florey <dflorey@theranos.com>; Nishit Doshi <ndoshi@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups


Redlined versions attached.


Nishit – I updated the PT section. Not sure if this has an impact on accessions we actually pulled though... can you confirm?


Thanks,

Tina


**From:** Dan Florey
**Sent:** Wednesday, February 17, 2016 5:31 PM
**To:** Nishit Doshi <ndoshi@theranos.com>; Tina Lin <tlin@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups


Update – just spoke to David.


Nishit/Tina, please provide redlined versions of our final submission – we'll get those to David. David will share with Michele, who is also performing a review similar to what we are doing right now. Michele plans on starting that review this weekend, so the more information we provide her beforehand, the better.


Thanks,

Dan


**From:** Nishit Doshi
**Sent:** Wednesday, February 17, 2016 4:50 PM

**To:** Dan Florey <dflorey@theranos.com>; Tina Lin <tlin@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups

In that case there is an error in the HGB report submitted to CMS and must be corrected.

Thanks,

Nishit

**From:** Dan Florey
**Sent:** Wednesday, February 17, 2016 4:35 PM
**To:** Nishit Doshi <ndoshi@theranos.com>; Tina Lin <tlin@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups

Everything that we submitted is definitely in that folder.

Attached is the email with the initial 2120 HGB template I got from the AZ team, and then the email from Tina providing accession numbers.

**From:** Nishit Doshi
**Sent:** Wednesday, February 17, 2016 4:29 PM
**To:** Tina Lin <tlin@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Cc:** Dan Florey <dflorey@theranos.com>
**Subject:** RE: Final patient impact writeups

+ Dan,
Can you please confirm that the final HGB report is at

file:///\\theranos.local\folders\Projects\CLIA%20Responce%202016\writeups\Final\2120\Patient%20Impact%20-%202120%20-%20HGB%20final.docx

It doesn't seem right, please see my note below.

Nishit

**From:** Tina Lin
**Sent:** Wednesday, February 17, 2016 4:10 PM
**To:** Nishit Doshi <ndoshi@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena

<ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups

Hey, I just realized that when we pulled up the HGB patient distribution that was only for one of the Drews... here are the months I pulled based on Poornima's post it note:

- WBC low results October 2014 Drew 2
- HGB low results March and June 2015 both Drews, July and August 2015 Drew 2
- RBC low results March, April, June 2015 Drew 1
- HCT low results March and April 2015 Drew 1
- MCV high results June and September 2015 Drew 2

Thanks,

Tina

**From:** Nishit Doshi
**Sent:** Wednesday, February 17, 2016 3:33 PM
**To:** Tina Lin <tlin@theranos.com>; Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>
**Subject:** RE: Final patient impact writeups

I am looking at HGB on 2120 and I am not sure if I am looking at the right report.

file:///\\theranos.local\folders\Projects\CLIA%20Responce%202016\writeups\Final\2120\Patient%20Impact%20-%202120%20-%20HGB%20final.docx

This reports suggests PT for HGB failed and a negative trend for QC which I don't believe was the case since we never investigated HGB. I think this was the case for HCT not HGB,.

Tina, can you please let me know what criteria was used for pulling patient accessions?

Thanks,

Nishit

**From:** Dan Florey
**Sent:** Tuesday, February 16, 2016 9:48 AM
**To:** Sunny Balwani <sbalwani@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Nishit Doshi <ndoshi@theranos.com>; Tina Lin <tlin@theranos.com>; Maximillion Fosque <mfosque@theranos.com>; Sani Hadziahmetovic <shadziahmetovic@theranos.com>
**Subject:** Final patient impact writeups

For reference, here is the folder where all patient impact assessments are located:

J:\CLIA Responce 2016\writeups\Final

Thanks,

**Dan Florey**
Senior Manager, Sales Training
Theranos, Inc.
Mobile: 480.823.1497
dflorey@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1701 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com