**To:** Maximillion Fosque[mfosque@theranos.com]
**From:** Sunny Balwani
**Sent:** Sun 2/28/2016 7:13:59 PM
**Importance:** Normal
**Subject:** FW: Patient Impact
**Received:** Sun 2/28/2016 7:13:58 PM

need to meet on this. I am really irritated that these critical bugs are not escalating to me so I can put more resources and focus on this. any redraw because of software AA/Bridge/LIS is an unacceptable situation and needs to be addressed and fixed.

---

**From:** Tracy Masson
**Sent:** Sunday, February 28, 2016 10:40 AM
**To:** Sunny Balwani <sbalwani@theranos.com>
**Subject:** FW: Patient Impact

List of redraws from LIS, Bridges, AA issues this week.

I talked to Max this week and he is always on top of these things. Most weeks are not this bad. I just feel that in our environment with trying to achieve CAP and with having the microscope on us from a regulatory perspective, we need to figure out a way to retool our deployment expectations where the lab is concerned and probably also where the PSC and SM apps are concerned. I would, of course, defer to you on this. I just know this week as a whole has been brutal.

---

**From:** Tajuan Hamilton
**Sent:** Wednesday, February 24, 2016 5:19 PM
**To:** Sonia Cendejas <scendejas@theranos.com>
**Cc:** Tracy Masson <tmasson@theranos.com>
**Subject:** RE: Patient Impact

Here are the redraws. There was one that could have greatly impacted a patient because it was a critical that we could not confirm. This is what I have so far. There might have been a few more that I could not find in my email.

372338 – missed HIV sendout to CCL – Feb 9

367459 – missed ANA sendout to CCL – Feb 4

375472 – missed HIV sendout to CCL – Feb 12

376755 – missed HIV sendout to CCL – Feb 13

378035 – missed ANA sendout to CCL – Feb 15

364683 – ana missed send out

364836 – urine culture missed ARUP sendout. Could have greatly impacted patient if UTI was present.

366220 – missed send out to CCL

367321 – missed send out to CCL

368043 – wrong test order at ARUP, specimen past stability – Feb.5

368861 – wrong test ordered at CCL, specimen past stability – Feb.5

369458 – missed send out to CCL – Feb.6

370583 – missed send out to CCL – Feb. 8

370728 – missed send out to CCL – Feb. 8

370977 – missed send out to CCL – Feb. 8

371154 – missed send out to CCL – Feb . 9

371435 – missed send out to CCL – Feb. 9

371904 – missed send out to CCL – Feb. 9

372310 – missed send out to CCL – Feb. 9

372336 – missed send out to CCL – Feb. 9

380932 – improperly mapped. Sample sat at room temp. specimen past stability

375533 – patient had a critical, but critical result never flagged in LIS so tech could not rerun to confirm. Very High impact.

1000571351 – bridge not uploading CBCs

1000570382 - bridge not uploading CBCs

1000571331 - bridge not uploading CBCs


Thanks,

Tajuan

---

**From:** Sonia Cendejas
**Sent:** Wednesday, February 24, 2016 3:21 PM
**To:** Tajuan Hamilton <thamilton@theranos.com>
**Cc:** Tracy Masson <tmasson@theranos.com>
**Subject:** Patient Impact

Good Afternoon Tajuan,

Can you get a list together of all the redraws and impacts from the recent Accessioning, Bridge & LIS Issues?  The sooner the better.  Thanks!

--Sonia

Sonia Cendejas, Director of Arizona Operations

480-258-8206