Message

| | |
|---|---|
| **From**: | Heather King [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HEATHER KING57D] |
| **Sent**: | 3/2/2016 7:05:02 PM |
| **To**: | Sunny Balwani [sbalwani@theranos.com]; Elizabeth Holmes [eholmes@theranos.com] |
| **Subject**: | RE: corrected reports (privileged and confidential) |

Okay will look.  The numbers below total 10,451, so we would need to round to 10K, not 9K (unless I'm reading it incorrectly).

**From:** Sunny Balwani
**Sent:** Wednesday, March 02, 2016 10:59 AM
**To:** Heather King <hking@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** RE: corrected reports

we should also put this in the context of other labs. you should have someone do a quick search in literature or consultants may know what % of lab results are corrected after the final results are sent out. I am pretty sure the industry average will be about 1% or so. so even in that context our 0.5% is very low including the extra ordinarily conservative steps we are taking because of the attention on us.

**From:** Heather King
**Sent:** Wednesday, March 02, 2016 10:53 AM
**To:** Sunny Balwani <sbalwani@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** FW: corrected reports

See below. I don't have insights into this number. I was told yesterday, by Daniel and King, that while they didn't know the number(s), they expected them to drop about 1000 from last time.

**From:** Tina Lin
**Sent:** Wednesday, March 02, 2016 10:50 AM
**To:** Heather King <hking@theranos.com>
**Subject:** FW: corrected reports

**From:** Tina Lin
**Sent:** Wednesday, March 2, 2016 10:22 AM
**To:** Daniel Young <dyoung@theranos.com>
**Cc:** Kingshuk Das <kdas@theranos.com>; 'David Zifkin' <dzifkin@BSFLLP.com>
**Subject:** RE: corrected reports

| | Count | Total | % |
|---|---|---|---|
| Void result due to QC / patient distribution review | 9416 | 1623246 | 0.58% |
| Correct result due to AMR issues | 1036 | 1623246 | 0.06% |

FOIA Confidential Treatment Requested by Theranos

TS-1049216

The total count is a rough estimate – counts before June 2014 were estimated. Let me know if you need breakdown by instrument.

Still need to follow up with Michele regarding some of the 1800s, so the counts may change again today.

---

**From:** Daniel Young
**Sent:** Tuesday, March 1, 2016 12:17 PM
**To:** Tina Lin <tlin@theranos.com>
**Cc:** Kingshuk Das <kdas@theranos.com>; 'David Zifkin' <dzifkin@BSFLLP.com>
**Subject:** RE: corrected reports

Great, thanks.  See comments below:


====================================
CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
====================================


---

**From:** Tina Lin
**Sent:** Tuesday, March 01, 2016 11:51 AM
**To:** Daniel Young <dyoung@theranos.com>
**Cc:** Kingshuk Das <kdas@theranos.com>; 'David Zifkin' <dzifkin@BSFLLP.com>
**Subject:** RE: corrected reports

Once we complete our final patient impact summaries hopefully today, this table below will be easy to generate. A few notes:
-        I can distinguish between QC and patient distribution/ref range, but verification/validation reports issues are tied to one of those.
If there are no reports tied solely to validation reports, then we just say 0%.
-        We did not do patient impact summaries for all instruments / assays, so the Theranos Technology numbers will be huge compared to the FDA cleared tests.
Let's at least look at the %'s in this way, and then we can decide to combine them later.
-        I don't have any "Training/Personnel" related items.
You don't have the info, or there are no corrected reports due to this?  If the later, we just say 0%.

I'll be there in Newark later this afternoon as well as tomorrow.

Thanks,
Tina

---

**From:** Daniel Young
**Sent:** Tuesday, March 1, 2016 11:48 AM
**To:** Tina Lin <tlin@theranos.com>
**Cc:** Kingshuk Das <kdas@theranos.com>; 'David Zifkin' <dzifkin@BSFLLP.com>
**Subject:** corrected reports

Hi Tina,

WAG is going to be on-site tomorrow in NKW to walk through some of our corrective actions. We wanted to prepare an overview of the corrected/voided reports.

I was thinking of presenting as summary in a table like this:

|  | FDA Cleared tests | Theranos Technology |
|---|---|---|
| QC related | % of total reports |  |
| Patient distributions/ref range |  |  |
| Verification/Validation Reports |  |  |
| AMR |  |  |
| Training / Personnel |  |  |

Where in each cell we report the % of total reports that were "corrected" or "voided". Are you able to generate this summary this afternoon for all patient impact assessments that are complete? Other suggestions?

Also, I think it would be helpful if you are in NWK tomorrow with King and I should we have any questions for you during the meeting.

Thanks as always!

Best regards,

Daniel Young, PhD
Vice President, Theranos Systems
Laboratory Director, Theranos Arizona CLIA Laboratory
Theranos, Inc
1701 Page Mill Rd.
Palo Alto, CA 94304
650-470-6119 (office)
650-804-8185 (mobile)



===================================
CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
===================================