**To:** Heather King[hking@theranos.com]; Kingshuk Das[kdas@theranos.com]; Elizabeth Holmes[eholmes@theranos.com]
**Cc:** 'David Zifkin'[dzifkin@BSFLLP.com]; Mike Brille[MBrille@BSFLLP.com]
**From:** Sunny Balwani
**Sent:** Fri 3/18/2016 10:18:58 PM
**Importance:** Normal
**Subject:** RE: Theranos Inc - CMS March 18, 2016
**Received:** Fri 3/18/2016 10:18:56 PM

===================   ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL COMMUNICATION   ===================

[redacted]

**From:** Heather King
**Sent:** Friday, March 18, 2016 1:45 PM
**To:** Kingshuk Das <kdas@theranos.com>; Sunny Balwani <sbalwani@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Cc:** 'David Zifkin' <dzifkin@BSFLLP.com>; Mike Brille <MBrille@BSFLLP.com>
**Subject:** FW: Theranos Inc - CMS March 18, 2016
**Importance:** High

[redacted]

**From:** Yamamoto, Gary K. (CMS/CQISCO) [mailto:Gary.Yamamoto@cms.hhs.gov]
**Sent:** Friday, March 18, 2016 1:43 PM
**To:** Heather King <hking@theranos.com>
**Cc:** Fuller, Karen M. (CMS/CQISCO) <Karen.Fuller@cms.hhs.gov>; Dyer, Karen (CMS/CCSQ) <Karen.Dyer@cms.hhs.gov>; Bennett, Sarah F. (CMS/CCSQ) <Sarah.Bennett1@cms.hhs.gov>
**Subject:** Theranos Inc - CMS March 18, 2016

Heather,

Attached is a copy of the CMS letter we are sending to Theranos, Inc today via Fed Ex. It is our understanding that the laboratory will received the letter via Fed Ex on Monday.

Gary

Confidential                                                                                                                                       THPFM0005218989