| Message | |
|---|---|
| From: | David Zifkin [dzifkin@BSFLLP.com] |
| Sent: | 3/25/2016 3:50:38 PM |
| To: | Elizabeth Holmes [eholmes@theranos.com]; Heather King [hking@theranos.com] |
| CC: | Sunny Balwani [sbalwani@theranos.com]; Edward Takashima [etakashima@BSFLLP.com]; Kaitlyn Murphy [kmurphy@BSFLLP.com]; Kingshuk Das [kdas@theranos.com]; Donald Tschirhart [dtschirhart@theranos.com] |
| Subject: | RE: Priv and Conf - Atty Work Prod - A/C Comm |

Current working draft attached

**From:** David Zifkin
**Sent:** Thursday, March 24, 2016 10:07 PM
**To:** Elizabeth Holmes (eholmes@theranos.com); Heather King (hking@theranos.com)
**Cc:** Sunny Balwani (sbalwani@theranos.com); Edward Takashima; Kaitlyn Murphy
**Subject:** Priv and Conf - Atty Work Prod - A/C Comm

Attached please find the current working draft of the response.

David Zifkin

Boies, Schiller & Flexner LLP

401 Wilshire Blvd., Suite 850

Santa Monica, CA 90401

310.752.2411 (direct)

310.408.5462 (cell)

310.752.2400 (main)

310.752.2490 (fax)

dzifkin@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]