Message

**From:** Sunny Balwani [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBALWANI]
**Sent:** 3/31/2016 6:53:21 PM
**To:** Kingshuk Das [kdas@theranos.com]; Maximillion Fosque [mfosque@theranos.com]; Tina Lin [tlin@theranos.com]; David Zifkin [dzifkin@BSFLLP.com]
**CC:** Heather King [hking@theranos.com]; Elizabeth Holmes [eholmes@theranos.com]
**Subject:** RE: Corrected/Voided Results Read Receipts

thanks. we will work on making sure this happens today. our current plan should work and they we are organizing the files is very simple and should be able to find any file they look for. will confirm towards the end of day and share with you the file structure to make sure everyone agrees by opening these files themselves that our current plan is sound.

thanks.

**From:** Kingshuk Das
**Sent:** Thursday, March 31, 2016 11:48 AM
**To:** Maximillion Fosque <mfosque@theranos.com>; Tina Lin <tlin@theranos.com>; David Zifkin <dzifkin@BSFLLP.com>
**Cc:** Heather King <hking@theranos.com>; Sunny Balwani <sbalwani@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** Fw: Corrected/Voided Results Read Receipts

FYI, instructions below for sending corrected/voided reports and receipts to SF and Baltimore, per Ms. Bennett

Sounds as if original plan is OK--just need to make copy to send to Baltimore, and they will let us know if there is any issue. I recommend sending with a cover letter to explain contents, and we'll need separate emails to Gary and Sarah for notification (and code for encrypted device(s)).

Let me know if this sounds OK.

Thanks,
k

**From:** Bennett, Sarah F. (CMS/CCSQ) <Sarah.Bennett1@cms.hhs.gov>
**Sent:** Thursday, March 31, 2016 10:12 AM
**To:** Kingshuk Das
**Cc:** Yamamoto, Gary K. (CMS/CQISCO)
**Subject:** Corrected/Voided Results Read Receipts

Dr. Das:

Thanks for discussing the transmission of the read receipts for the corrected and voided reports with me today. I think that the best course of action is to send them to CMS via an encrypted flash drive using the process you discussed with both Gary and me. Both Gary (San Francisco) and I (Baltimore) should receive an identical copy of the information. However, there is no guarantee that our systems will allow us to access the information on the encrypted drive. If we are unable to access the information, we will let you know so that an alternate plan for submission can be agreed upon.

*Sarah F. Bennett, MT(ASCP)*
CMS/CCSQ/SCG
Division of Laboratory Services

7500 Security Blvd.
Baltimore, MD 21244
Mail Stop C2-21-16

sarah.bennett1@cms.hhs.gov
(W) 410-786-3354   (F) 410-786-9643

Please visit the CLIA website at www.cms.hhs.gov/clia/

CONFIDENTIAL COMMUNICATION
This transmission contains confidential and/or proprietary information and that is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the person responsible for receiving and/or delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by return e-mail and delete the original message. Thank you.

FOIA Confidential Treatment Requested by Theranos
TS-1048774