JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>   Defendant. | Case No. 5:18-cr-00258-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TRIAL CONTINUANCE**<br><br>Hon. Edward J. Davila |

1  The parties hereby stipulate and agree that the jury trial in this matter should be continued
2  to Tuesday, June 21, 2022, at 9:00 a.m.

4  **IT IS SO STIPULATED.**

6  DATED: June 13, 2022　　　　　　　　　　Respectfully submitted,

7  　　　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP

9  　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey B. Coopersmith*
10 　　　　　　　　　　　　　　　　　　　　JEFFREY B. COOPERSMITH
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
11 　　　　　　　　　　　　　　　　　　　　RAMESH "SUNNY" BALWANI

13 DATED: June 13, 2022　　　　　　　　　　Respectfully submitted,
14
　　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
15 　　　　　　　　　　　　　　　　　　　　United States Attorney

16 　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Schenk*
　　　　　　　　　　　　　　　　　　　　　ROBERT S. LEACH
17 　　　　　　　　　　　　　　　　　　　　JEFF SCHENK
　　　　　　　　　　　　　　　　　　　　　JOHN C. BOSTIC
18 　　　　　　　　　　　　　　　　　　　　KELLY VOLKAR
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated: June ___, 2022

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE