1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759

6  Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7
   Attorneys for Defendant
8  RAMESH "SUNNY" BALWANI

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          Case No. 5:18-cr-00258-EJD

15              Plaintiff,             **STIPULATION AND** [PROPOSED]
                                       **ORDER RE: TRIAL CONTINUANCE**
16       v.
                                       Hon. Edward J. Davila
17  RAMESH "SUNNY" BALWANI,

18              Defendant.

19

20

21

22

23

24

25

26

27

28

1    The parties hereby stipulate and agree that the jury trial in this matter should be continued

2    to Tuesday, June 21, 2022, at 9:00 a.m.

3

4    **IT IS SO STIPULATED.**

5

6    DATED:  June 13, 2022                    Respectfully submitted,

7                                             ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9                                             */s/ Jeffrey B. Coopersmith*

10                                            JEFFREY B. COOPERSMITH
                                             Attorney for Defendant
11                                            RAMESH "SUNNY" BALWANI

12

13   DATED:  June 13, 2022                    Respectfully submitted,

14                                            STEPHANIE M. HINDS
15                                            United States Attorney

16                                            */s/ Jeffrey Schenk*

17                                            ROBERT S. LEACH
                                             JEFF SCHENK
18                                            JOHN C. BOSTIC
                                             KELLY VOLKAR
19                                            Assistant United States Attorneys

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RE: TRIAL CONTINUANCE
CASE NO. 5:18-CR-00258-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated:  June  13, 2022

EDWARD J. DÁVILA
UNITED STATES DISTRICT JUDGE