UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: **5:18-CR-00258-2 EJD**

# Minute Order and Trial Log

Date:   June 21, 2022
Time in Court:         (9:12-11:20 AM; 12:10-2:04 PM; 2:29-4:12 PM)
        **TOTAL Time: 5 hr, 43 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:    Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:   Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                Aaron Brecher, Shawn Estrada, Sachi Schuricht,
                Molly McCafferty

Also present:   Reese Oñate
                Paralegal – Jennifer Cygnor

Also present:   Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 38)**

Jury Trial held June 21, 2022.

*See* attached Trial Log.

**FURTHER JURY TRIAL SET FOR JUNE 22, 2022, AT 9:00 AM.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HONORABLE EDWARD J. DAVILA**

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: June 21, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 9:08 am | Jury present |
| | | 9:12 am | Court in session in presence of Jury |
| | | 9:13 am | Court queries Jury re previous admonishment |
| | | 9:15 am | Government begins closing argument |
| | | 11:20 am | Court breaks for 50 minutes |
| | | 12:10 am | Court in session in presence of Jurors |
| | | | Government continues closing argument |
| | | 2:03 pm | Government completes closing argument |
| | | 2:04 pm | Court breaks for 25 minutes |
| | | 2:29 pm | Jury present |
| | | | Court in session in presence of Jury |
| | | 2:30 pm | Defense begins closing arguments |
| | | 4:12 pm | Court admonishes Jury |
| | | | Court adjourns |
| | | | Jury trial continued to June 22, 2022, at 9:00 AM |