UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER: 5:18-CR-00258-2 EJD

# Minute Order and Trial Log

Date: June 22, 2022
Time in Court: (9:13-11:07 AM; 12:00-1:54 PM; 2:25-4:30 PM)
**TOTAL Time: 5 hr, 53 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present: Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present: Jeffrey Coopersmith, Amy Walsh, Stephen Cazares, Aaron Brecher, Amanda McDowell, Shawn Estrada, Sachi Schuricht, Molly McCafferty

Also present: Reese Oñate
Paralegal – Jennifer Cygnor

Also present: Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 39)**

Jury Trial held June 22, 2022.

*See* attached Trial Log.

**FURTHER JURY TRIAL SET FOR JUNE 23, 2022, AT 12:00 PM.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: June 22, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:12 am | Jury present |
| | | 9:13 am | Court in session in presence of Jury |
| | | | Court queries Jury re previous admonishment |
| | | | Defense continues closing argument |
| | | 11:07 am | Court breaks for 53 minutes |
| | | 12:00 pm | Court in session in presence of Jurors |
| | | | Defense continues closing argument |
| | | 1:54 pm | Court breaks for 31 minutes |
| | | 2:25 pm | Court in session in presence of Jury |
| | | 2:27 pm | Defense continues closing argument |
| | | 4:29 pm | Court admonishes Jury |
| | | 4:30 pm | Court adjourns |
| | | | Jury trial continued to June 23, 2022, at 12:00 PM |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**