**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**: 5:18-CR-00258-2 EJD

## Minute Order and Trial Log

Date:   June 23, 2022
Time in Court:          (12:04-12:14 PM; 12:19-2:16 PM; 2:40-4:19 PM)
                **TOTAL Time: 3 hr, 46 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present:   Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                  Aaron Brecher, Amanda McDowell, Shawn Estrada,
                                  Sachi Schuricht, Molly McCafferty

Also present:   Reese Oñate, Serena Nichols
                Paralegal – Jennifer Cygnor

Also present:   Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 40)**

Jury Trial held June 23, 2022.

*See* attached Trial Log.

**FURTHER JURY TRIAL SET FOR JUNE 24, 2022, AT 9:00 AM**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

# TRIAL LOG

| TRIAL DATE: June 23, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:04 pm | Court in session with Counsel out of presence of Jury | |
| | | | Scheduling matters discussed | |
| | | 12:14 pm | Court breaks for 5 min | |
| | | 12:19 pm | Court in session in presence of Jury | |
| | | | Court queries Jury re previous admonishment | |
| | | | Defense continues closing argument | |
| | | 2:16 pm | Court breaks for 24 min | |
| | | 2:40 pm | Defense continues closing argument | |
| | | 4:17 pm | Defense completes closing argument | |
| | | 4:18 pm | Court admonishes Jury | |
| | | 4:19 pm | Court adjourns | |
| | | | Jury trial continued to June 24, 2022, at 9:00 AM | |