UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER: **5:18-CR-00258-2 EJD**

## Minute Order and Trial Log

Date: June 24, 2022
Time in Court: (9:04-11:23 AM; 12:00-12:57 PM; 1:17-2:31 PM; 3:51-4:30 PM)
**TOTAL Time: 4 hr, 9 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Jeffrey Schenk, Robert Leach, John Bostic, Kelly Volkar
Also present: Paralegals – Maddi Wachs; Sara Slattery

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
Aaron Brecher, Amanda McDowell, Shawn Estrada,
Sachi Schuricht, Molly McCafferty

Also present:   Reese Oñate, Serena Nichols
Paralegal – Jennifer Cygnor

Also present:   Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 41)**

Jury Trial held June 24, 2022.

*See* attached Trial Log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HONORABLE EDWARD J. DAVILA**

Case Name:  *United States v. Ramesh Sunny Balwani*
Case No:  5:18-CR-00258-2 EJD

**TRIAL LOG**

| TRIAL DATE: June 24, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 9:04 am | Court in session with Counsel out of presence of Jury |
| | | | Scheduling matters discussed |
| | | 9:22 am | Jury present |
| | | 9:23 am | Court in session in presence of Jury |
| | | | Court queries Jury re previous admonishment |
| | | | Government begins rebuttal argument |
| | | 11:23 am | Court breaks for 37 min |
| | | 12:00 pm | Court in session in presence of Counsel and Jury |
| | | 12:01 pm | Government continues rebuttal argument |
| | | 12:56 pm | Government completes rebuttal argument |
| | | 12:57 pm | Court breaks for 20 min |
| | | 1:17 pm | Court gives Final Jury Instructions |
| | | 2:09 pm | Court Security Officer/Marshal sworn |
| | | | Jury out for deliberations |
| | | | Court in session with Alternate Jurors 5 and 6 |
| | | 2:13 pm | Court admonishes Alt. Jurors 5 and 6 |
| | | 2:23 pm | Court in session with Counsel out of presence of Jurors |
| | | 2:31 pm | Court breaks for 1 hr, 20 min |

| **TRIAL DATE: June 24, 2022** | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:51 pm | Court in session with Counsel out of presence of Jurors | |
| | | 4:03 pm | Court in session with Counsel, Jurors 1-12 and Alternate Juror 5 | |
| | | 4:05 pm | Court excuses Juror 10 | |
| | | 4:09 pm | Court advances Alt. Juror 5 to the panel | |
| | | | Court reads instruction 6.30 Resumption of Deliberations After alternate Juror Is Added | |
| | | 4:11 pm | Jurors depart | |
| | | 4:27 pm | Court in session with Counsel re scheduling matters | |
| | | 4:30 pm | Court adjourns | |