## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
### Honorable Edward J. Davila
Courtroom 4 - 5th Floor

### TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
### CASE NUMBER:  5:18-CR-00258-2 EJD

# Minute Order

Date:   June 29, 2022
Time in Court:  (9:21 – 9:35 AM)
           **TOTAL Time: 14 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Summer Fisher

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic
Also present:   Paralegal – Maddi Wachs

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Aaron Brecher, Sachi Schuricht

Also present:   Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 43)**

Further Jury Trial held.  Jury begins deliberations.  Further Jury Trial (deliberations continue) scheduled for Tuesday, July 5, 2022, at 9:00 a.m.

9:21am   Court in session with Counsel out of presence of Jury.

           The Court receives Jury Note No. 3.  The Court reads the note on the record.

           Court and Counsel confer and agree upon a response.

2:35am   Response signed, dated, and submitted to Jury. Court

adjourns

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**