UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE: *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER: 5:18-CR-00258-2 EJD

## Minute Order

Date:   July 5, 2022
Time in Court:  (3:30 – 3:32 PM)
       **TOTAL Time: 2 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:   Paralegal – Maddi Wachs

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Aaron Brecher, Shawn Estrada

Also present:   Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 44)**

Further Jury Trial held.  Jury deliberations continue.  Further Jury Trial (deliberations continue) scheduled for Wednesday, July 6, 2022, at 9:00 a.m.

3:30pm   Court in session with Counsel out of presence of Jury.

   The Court receives Jury Note No. 4.  The Court states the note is an updated Jury Deliberation Schedule.

3:32pm   Court adjourns

1

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**