UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  *UNITED STATES v. RAMESH SUNNY BALWANI*
CASE NUMBER:  5:18-CR-00258-2 EJD

## Minute Order

Date:   July 6, 2022
Time in Court:  (1:17-1:20 PM; 1:32-1:47 PM)
    **TOTAL Time: 18 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:    Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Paralegal – Maddi Wachs

Defendant Attorney(s) present:   Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                                 Aaron Brecher, Shawn Estrada

Also present:  Ramesh Sunny Balwani (out-of-custody)

**PROCEEDINGS:**

**Jury Trial (Day 45)**

Further Jury Trial held.  Jury deliberations continue.  Further Jury Trial (deliberations continue) scheduled for Thursday, July 7, 2022, at 9:00 a.m.

1:17pm   Court in session with Counsel out of presence of Jury.

    The Court receives Jury Note No. 5.  The Court reads the Jury Note.

1:20pm Court breaks for 12 min

1:32pm Court in session with Counsel out of presence of Jury.

    Discussion of proposed response.  Response to Jury drafted and signed by Court.

1:47pm   Court adjourns