UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 18-CR-00258 EJD |
| Plaintiff, | ) |
| v. | ) **VERDICT FORM** |
| RAMESH "SUNNY" BALWANI, | ) |
| Defendant. | ) |

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Ramesh "Sunny" Balwani:

1. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos investors in violation of 18 U.S.C. § 1349, as charged in Count One of the indictment.

2. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos paying patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the indictment.

3. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the indictment.

4. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire

transfer of $5,349,900 on or about December 31, 2013, as charged in Count Four of the indictment.

5. __Guilty__ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December 31, 2013, as charged in Count Five of the indictment.

6. __Guilty__ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6, 2014, as charged in Count Six of the indictment.

7. __Guilty__ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31, 2014, as charged in Count Seven of the indictment.

8. __Guilty__ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31, 2014, as charged in Count Eight of the indictment.

9. __Guilty__ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a telephone call from Patient B.B. to Theranos regarding B.B.'s laboratory blood test results on or about October 12, 2015, as charged in Count Nine of the indictment.

10. __Guilty__ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transmission of Patient E.T.'s laboratory blood test results on or about May 11, 2015, as charged in Count Ten of the indictment.

11. __Guilty__ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a

wire transmission of Patient M.E.'s laboratory blood test results on or about May 16, 2015, as charged in Count Eleven of the indictment.

12. _____Guilty_____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $1,126,661 on or about August 3, 2015, as charged in Count Twelve of the indictment.

DATED: 7/7/2022

*REDACTED*
JURY FOREPERSON

VERDICT FORM
CASE NO. CR 18-258 EJD                                      3