**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

**TITLE:**  *UNITED STATES v. RAMESH SUNNY BALWANI*
**CASE NUMBER**:  **5:18-CR-00258-2 EJD**

## Minute Order

Date:   July 7, 2022
Time in Court:  (11:47-12:02 PM; 12:24-12:36 PM)
       **TOTAL Time: 27 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:     Jeffrey Schenk, John Bostic, Robert Leach
Also present:  Paralegal – Maddi Wachs

Defendant Attorney(s) present:  Jeffrey Coopersmith, Amy Walsh, Stephen Cazares,
                     Aaron Brecher, Shawn Estrada

Also present:  Ramesh Sunny Balwani (out-of-custody)

---

**PROCEEDINGS:**

**Jury Trial (Day 46)**

11:47 am  Further Jury Trial held.  Jury deliberations resumed.  Jury Verdict rendered.

11:57 am  Jury Verdict:  Guilty on Counts 1-12 of the Third Superseding Indictment.

12:24 pm Court in Session with Counsel out of presence of Jury.

12:27 pm   The Court refers the matter to the Probation Department for preparation of a Pre-Sentencing Report and sets Sentencing for November 15, 2022, at 10:00 AM.  Court will increase bond to $750,000, and bond package due by July 14, 2022.

Defendant to remain on current pretrial conditions.

Counsel to meet and confer and present the Court with a proposed briefing schedule on Rule 29 Motion.

12:36 pm  Court adjourns.  Jury trial completed.

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**