STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00258 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE AND APPEARANCE BOND |
| v. | |
| RAMESH BALWANI, | |
| Defendant. | |

## **STIPULATION**

Following the jury's verdicts on July 7, 2022, the government sought and the Court ordered modifications to the June 15, 2018 Order Setting Conditions of Release and Appearance Bond for the defendant. *See* ECF No. 8. Specifically, the Court increased the amount of the bond to $750,000 and required that it be secured. The Court ordered further that the defendant must not travel outside the Northern District of California without the approval of Pretrial Services and notice to the government. The parties respectfully request that the Court issue the accompanying Proposed [Order] to memorialize these modifications.

**IT IS SO STIPULATED.**

DATED: July 14, 2022                        Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                            /s/ Robert S. Leach
                                            _____
                                            JEFF SCHENK
                                            JOHN C. BOSTIC
                                            ROBERT S. LEACH
                                            KELLY I. VOLKAR
                                            Assistant United States Attorneys

DATED: July 14, 2022                        Respectfully submitted,

                                            ORRICK HERRINGTON & SUTCLIFFE LLP

                                            /s/ Jeffrey B. Coopersmith
                                            _____
                                            JEFFREY B. COOPERSMITH
                                            AMY WALSH
                                            STEPHEN A. CAZARES
                                            Attorneys for Defendant
                                            RAMESH BALWANI

**[PROPOSED] ORDER**

Good cause appearing, the Court's June 15, 2018 Order Setting Conditions of Release and Appearance Bond [ECF No. 8] is modified as follows: The amount of bond is set at $750,000 and shall be secured by cash or real property. Further, the defendant must not travel outside the Northern District of California without the approval of Pretrial Services and notice to the government.

All other conditions of the June 15, 2018 Order Setting Conditions of Release and Appearance Bond [ECF No. 8] shall remain in effect.

IT IS SO ORDERED.

DATED: July 14, 2022

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE