1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                       SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,          )
6                                        )  CR-18-00258-EJD
                     PLAINTIFF,          )
7                                        )  SAN JOSE, CALIFORNIA
               VS.                       )
8                                        )  MARCH 9, 2022
      RAMESH SUNNY BALWANI,              )
9                                        )  VOLUME 1
                     DEFENDANT.          )
10    _____    )  PAGES 1 - 257

11

12                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE EDWARD J. DAVILA
13                 UNITED STATES DISTRICT JUDGE

      A P P E A R A N C E S:
14

      FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                           BY:  JOHN C. BOSTIC
                                  JEFFREY B. SCHENK
16                           150 ALMADEN BOULEVARD, SUITE 900
                             SAN JOSE, CALIFORNIA 95113
17
                             BY:  ROBERT S. LEACH
18                                KELLY VOLKAR
                             1301 CLAY STREET, SUITE 340S
19                           OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21    OFFICIAL COURT REPORTER:
                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                           CERTIFICATE NUMBER 8074

23

24         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
25

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                               BY:  SHAWN ESTRADA
 4                                  SACHI SCHURICHT
                               THE ORRICK BUILDING
 5                             405 HOWARD STREET
                               SAN FRANCISCO, CALIFORNIA 94105
 6
                               BY:  JEFFREY COOPERSMITH
 7                                  AMANDA MCDOWELL
                               701 FIFTH AVENUE, SUITE 5600
 8                             SEATTLE, WASHINGTON 98104

 9                             BY:  STEPHEN CAZARES
                               77 SOUTH FIGUEROA STREET, SUITE 3200
10                             LOS ANGELES, CALIFORNIA 90017

11                             BY:  AMY WALSH
                               51 W 52ND STREET
12                             NEW YORK, NEW YORK 10019

13

14     ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                               BY:  MADDI WACHS, PARALEGAL
15                                  SARA SLATTERY, PARALEGAL

16                             UNITED STATES POSTAL INSPECTION SERVICE
                               BY:  CHRISTOPHER MCCOLLOW
17
                               FEDERAL BUREAU OF INVESTIGATION
18                             BY:  MARIO C. SCUSSEL

19                             UNITED STATES FOOD & DRUG
                               ADMINISTRATION
20                             BY:  GEORGE SCAVDIS

21                             JURY CONSULTANT
                               BY:  DAVID PERROTT
22

23

24

25
```

```
 1     SAN JOSE, CALIFORNIA                    MARCH 9, 2022

 2                    P R O C E E D I N G S

 3         (COURT CONVENED AT 8:58 A.M.)

 4             THE COURT:  LET'S GO ON THE RECORD IN 18-258,

 5     UNITED STATES VERSUS RAMESH SUNNY BALWANI.

 6         LET ME GET THE APPEARANCE OF THE PARTIES, PLEASE, FOR THE

 7     RECORD.

 8             MR. SCHENK:  GOOD MORNING, YOUR HONOR.

 9         JEFF SCHENK ON BEHALF OF THE UNITED STATES.

10         WITH ME AT COUNSEL TABLE ARE ROBERT LEACH, JOHN BOSTIC,

11     AND SPECIAL AGENT CHRISTOPHER MCCOLLOW FROM THE UNITED STATES

12     POSTAL INSPECTION SERVICE.

13             THE COURT:  THANK YOU.  GOOD MORNING.

14             MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.

15         JEFF COOPERSMITH FOR MR. BALWANI WHO IS PRESENT TODAY.

16         I ALSO HAVE MY COLLEAGUES AMY WALSH; STEVE CAZARES;

17     DAVID PERROTT; WHO WILL BE HELPING US WITH JURY SELECTION; AND

18     SHAWN ESTRADA WHO IS SITTING IN THE BACK THERE.

19             THE COURT:  THANK YOU.  WE ARE OUTSIDE THE PRESENCE

20     OF OUR PROSPECTIVE JURY PANEL.  THEY ARE STILL DOWNSTAIRS, AND

21     WE'LL BRING THEM UP IN A MOMENT.

22         I UNDERSTAND THERE ARE SOME HOUSEKEEPING ISSUES YOU WANTED

23     TO DISCUSS?

24             MR. COOPERSMITH:  YES, YOUR HONOR.

25             THE FIRST I WANTED TO MENTION YESTERDAY IS THAT WE HAD
```

08:59AM 1    BEEN TALKING ABOUT POTENTIAL STRIKES FOR CAUSE BASED ON THE

08:59AM 2    QUESTIONNAIRES, AND THERE WERE A NUMBER OF JURORS THAT WE DID

08:59AM 3    HAVE THE SAME ISSUES WITH, BUT WE -- I DIDN'T BRING THEM UP

08:59AM 4    YESTERDAY JUST IN THE INTEREST OF TIME.

08:59AM 5        SO I JUST WANTED TO READ THE NUMBERS INTO THE RECORD TO

08:59AM 6    MAKE IT CLEAR THAT WE ALSO BELIEVE THAT THESE JURORS I'M ABOUT

08:59AM 7    TO LIST BY NUMBER ARE ALSO JURORS WHO SHOULD BE STRICKEN BASED

08:59AM 8    ON THEIR QUESTIONNAIRE RESPONSES ALONE.

08:59AM 9            THE COURT:  ARE THESE IN ADDITION TO THE JURORS THAT

09:00AM 10   WE TALKED ABOUT YESTERDAY?

09:00AM 11           MR. COOPERSMITH:  YES, YOUR HONOR, IN ADDITION.

09:00AM 12   I WON'T REPEAT THE NUMBERS THAT WE ALREADY DISCUSSED AND

09:00AM 13   THE COURT RULED ONE WAY OR THE OTHER.

09:00AM 14           THE COURT:  ALL RIGHT.  YOU JUST WANT TO PUT ON THE

09:00AM 15   RECORD AFTER YOUR CONTINUED REVIEW OF THE QUESTIONNAIRES YOU

09:00AM 16   BELIEVE CAUSE EXISTS TO STRIKE THESE POTENTIAL JURORS,

09:00AM 17   PROSPECTIVE JURORS THAT YOU'RE GOING TO SING OUT BY NUMBERS?

09:00AM 18           MR. COOPERSMITH:  YES, YOUR HONOR.  AND ALL OF THE

09:00AM 19   STRIKES WOULD BE FOR CAUSE OR FOR BIAS.

09:00AM 20           THE COURT:  OKAY.

09:00AM 21       MR. SCHENK, DO YOU WISH TO BE HEARD ON THIS?

09:00AM 22           MR. SCHENK:  NO OBJECTION.

09:00AM 23           MR. COOPERSMITH:  OKAY.  SO HERE ARE THE NUMBERS,

09:00AM 24   YOUR HONOR, AND AGAIN, THE FOLLOWING NUMBERS OF THESE JURORS WE

09:00AM 25   BELIEVE SHOULD BE REMOVED FOR CAUSE BASED ON THEIR

09:00AM 1    QUESTIONNAIRE ANSWERS, AND THE NUMBERS ARE:

09:00AM 2        JUROR 1; 34 --

09:00AM 3            THE COURT:  I'M SORRY, IS IT 1 AND 34 OR 134?

09:00AM 4            MR. COOPERSMITH:  I'M SORRY.  I'LL START AGAIN.

09:00AM 5            THE COURT:  YES.  FAIR ENOUGH.

09:00AM 6            MR. COOPERSMITH:  JUROR NUMBER 1; JUROR NUMBER 34;

09:01AM 7    NUMBER 47; NUMBER 49; NUMBER 50; NUMBER 111; NUMBER 119; NUMBER

09:01AM 8    135; NUMBER 143; NUMBER 171; NUMBER 174; NUMBER 181; NUMBER

09:01AM 9    184; AND NUMBER 190.

09:01AM 10       THANK YOU, YOUR HONOR.

09:01AM 11           THE COURT:  DO YOU WANT TO DOUBLE CHECK TO MAKE SURE

09:01AM 12   YOU HAVE NOT MISSED ANYTHING?  IS THAT YOUR LIST?

09:01AM 13           MR. COOPERSMITH:  THAT'S THE LIST OF ADDITIONAL

09:01AM 14   JURORS THAT WE THINK SHOULD BE REMOVED FOR CAUSE.  THANK YOU.

09:01AM 15           THE COURT:  ALL RIGHT.  THANK YOU.

09:01AM 16       MR. SCHENK, ANY COMMENT?

09:01AM 17           MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OPPOSES

09:01AM 18   REMOVAL OF THESE JURORS FOR CAUSE.  I BELIEVE THAT THESE MATCH

09:01AM 19   NUMBERS ON AN EXCEL SPREADSHEET THAT THE DEFENSE PROVIDED TO

09:01AM 20   THE GOVERNMENT TWO MORNINGS AGO.

09:01AM 21       WE UNDERSTOOD THAT THE FOR CAUSE CHALLENGES THAT THE

09:02AM 22   DEFENSE PRESENTED IN COURT YESTERDAY WERE THE ONES THAT THE

09:02AM 23   DEFENSE BELIEVED HAD A MORE SIGNIFICANT BASIS FOR CAUSE.

09:02AM 24       SO I THINK, IF ANYTHING, THERE'S LESS OF A BASIS TO

09:02AM 25   BELIEVE THAT THESE INDIVIDUALS SHOULD BE STRUCK FOR CAUSE, BUT

09:02AM 1     TO BE CLEAR, THE DEFENSE HASN'T LOST THE OPPORTUNITY TO

09:02AM 2     CHALLENGE THE SEATING OF ANY OF THESE JURORS.

09:02AM 3          WE WILL NOW HEAR FROM THESE JURORS OVER THE NEXT TWO DAYS,

09:02AM 4     AND WE CAN FAIRLY EVALUATE WHETHER THEY'RE APPROPRIATE JURORS

09:02AM 5     TO BE SEATED.

09:02AM 6          I DON'T THINK WE NEED TO TAKE THEM UP INDIVIDUALLY THIS

09:02AM 7     MORNING.

09:02AM 8               THE COURT:  WAS THAT YOUR INTENT TO BRING THEM UP

09:02AM 9     AND TALK ABOUT EACH OF THEM THIS MORNING AS OPPOSED TO

09:02AM 10    QUESTIONING THESE PROSPECTIVE JURORS AND THEN SEEING WHETHER OR

09:02AM 11    NOT YOU STILL FEEL A CAUSE STRIKE IS APPROPRIATE?

09:02AM 12              MR. COOPERSMITH:  EXACTLY RIGHT, YOUR HONOR.

09:02AM 13         THE RATIONALE WAS BASED ON YOUR HONOR'S COMMENTS YESTERDAY

09:02AM 14    WHEN WE WERE GOING THROUGH OTHER JURORS, I DIDN'T FEEL LIKE

09:02AM 15    THERE WOULD BE A REMOVAL FOR CAUSE BASED ON YOUR HONOR'S

09:03AM 16    COMMENTS.

09:03AM 17         SO EVEN THOUGH I THINK THERE IS AN ISSUE FOR CAUSE, I

09:03AM 18    WANTED TO MAKE THE RECORD BUT WE WILL HAVE TO GO THROUGH THE

09:03AM 19    VOIR DIRE PROCESS, AND WE MAY OR MAY NOT HAVE ADDITIONAL

09:03AM 20    COMMENTS ABOUT THESE JURORS.

09:03AM 21              THE COURT:  ALL RIGHT.  THANK YOU FOR IDENTIFYING

09:03AM 22    THESE.

09:03AM 23         ANY OTHER HOUSEKEEPING ISSUE?

09:03AM 24              MR. COOPERSMITH:  ANOTHER THING FROM MY PERSPECTIVE,

09:03AM 25    YOUR HONOR.

09:03AM  1      SO I JUST WANTED TO MAKE SURE THAT I'M FULLY ON THE SAME

09:03AM  2   PAGE AS THE PROTOCOL THAT WE MIGHT ENGAGE WITH THE COURT'S

09:03AM  3   PERMISSION IF THERE'S A NEED TO HAVE AN INDIVIDUALIZED VOIR

09:03AM  4   DIRE.

09:03AM  5      SO OBVIOUSLY I HAVE TO BE VERY CAREFUL IN ASKING QUESTIONS

09:03AM  6   OF JURORS TO MAKE SURE THAT THEY DON'T, YOU KNOW, POLLUTE OR

09:03AM  7   TAINT THE WHOLE POOL.  AND I KNOW THAT WE'RE ALL COGNIZANT OF

09:03AM  8   THAT.

09:03AM  9      IF THERE'S A NEED TO DO INDIVIDUAL VOIR DIRE, I JUST

09:03AM  10  WANTED TO ASK WHAT YOUR HONOR'S PREFERENCE WAS, TO HAVE THAT

09:03AM  11  DONE RIGHT AT THE TIME?  TO DO ALL OF THAT LATER, IF NECESSARY?

09:03AM  12  AT SOME OTHER POINT?  I JUST WANTED TO ASK ABOUT WHAT

09:03AM  13  YOUR HONOR THOUGHT THE RIGHT PROCEDURE WOULD BE.

09:04AM  14          THE COURT:  YOU KNOW, I THINK IT'S RATHER FLUID.

09:04AM  15  THE -- I SUPPOSE THE ANSWER IS THAT IT DEPENDS.  AND LET'S SEE

09:04AM  16  WHERE AND WHAT THAT TOPIC IS.

09:04AM  17      I CAN TELL YOU THAT DID COME UP IN THE OTHER CASE, AND

09:04AM  18  THERE WERE OCCASIONS WHERE YOU MAY HAVE SAW OR OBSERVED THAT

09:04AM  19  WHERE I INDICATED TO A PARTY -- EXCUSE ME, A PROSPECTIVE JUROR,

09:04AM  20  WE WOULD TALK ABOUT THAT ISSUE A LITTLE BIT LATER, BUT I DIDN'T

09:04AM  21  WANT TO DISRUPT THINGS.  WE KEPT THAT JUROR AND THEN HAD A

09:04AM  22  PRIVATE SESSION WITH THAT PERSON, DEPENDING ON HOW CLOSE IT WAS

09:04AM  23  TO A BREAK, FOR EXAMPLE.  I RECALL THAT WE DID THAT FOR A

09:04AM  24  COUPLE OF PEOPLE.

09:04AM  25      SO IT REALLY DEPENDS ON THE TIMING, THE NATURE OF THE

09:04AM  1    QUESTIONING.  IT COULD BE THAT WE WOULD STOP AND GO IN THE BACK

09:04AM  2    AND TALK TO SOMEONE, BUT THAT HAS AN EFFECT ON THE PANEL AS

09:04AM  3    WELL, DOESN'T IT, JUST TAKING SOMEONE OUT?  THAT COULD SEND A

09:05AM  4    MESSAGE TO THE PANEL AS WELL.  SO I'M COGNIZANT OF THAT, WE ALL

09:05AM  5    ARE, DOING THIS MORNING WHAT WE NEED TO DO BUT ALSO BEARING IN

09:05AM  6    MIND THAT WE DO NOT WANT TO NEGATIVELY IMPACT THE BALANCE OF

09:05AM  7    THE PANEL IN ANY WAY.

09:05AM  8        SO I DO THINK IT'S FLUID IS THE BEST WAY I CAN DESCRIBE IT

09:05AM  9    FOR YOU.  I'M SORRY, I DON'T HAVE AN EXACT PROTOCOL OTHER THAN

09:05AM  10   TO TELL YOU THAT SHOULD THE CONVERSATION START LEANING TOWARD

09:05AM  11   SOMETHING THAT YOU FEEL IS INAPPROPRIATE OR FEEL FREE TO STAND

09:05AM  12   UP, AND BOTH SIDES, FEEL FREE TO STAND UP AND SUGGEST,

09:05AM  13   "YOUR HONOR, PERHAPS CAN WE DISCUSS THIS AT A DIFFERENT TIME,"

09:05AM  14   OR SOMETHING LIKE THAT.  GIVE ME A SIGN.  I'LL LOOK AT IT, AND

09:05AM  15   I'LL BE ABLE TO TELL FROM YOUR SIGNS WHETHER OR NOT THIS IS A

09:05AM  16   TOPIC THAT I MIGHT WANT TO STOP THE DISCUSSION ON.

09:05AM  17        MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  I THINK

09:05AM  18   THAT WOULD WORK IN A LOT OF CASES.

09:06AM  19        THERE ARE SOME JURORS, THOUGH, THAT MY INTENT, BASED ON

09:06AM  20   THEIR QUESTIONNAIRE ANSWERS, WOULD BE TO QUESTION THEM ABOUT

09:06AM  21   SOME OF THEIR ANSWERS AND TRY TO DRAW OUT, YOU KNOW, EXACTLY

09:06AM  22   WHAT THEIR VIEWS AND OPINIONS MIGHT BE BASED ON THEIR EXPOSURE

09:06AM  23   TO MEDIA, FOR EXAMPLE, AND OTHER THINGS LIKE THAT.

09:06AM  24        IT WOULD BE DIFFICULT TO EVEN START ASKING THE QUESTIONS

09:06AM  25   TO DRAW OUT WHAT THEY KNOW AND WHAT THEY HEARD AND WHAT THEY

09:06AM   1      BELIEVED BASED ON THAT WITHOUT, YOU KNOW, RISKING -- SORRY --

09:06AM   2      WITHOUT RISKING HAVING THAT OUT THERE FOR THE WHOLE POOL TO

09:06AM   3      HEAR, AND THAT'S THE DIFFICULTY, I THINK, IN THIS CASE.

09:06AM   4           I MEAN, IT'S NOT ALWAYS TRUE IN EVERY CASE.  THIS CASE HAS

09:06AM   5      SOME UNUSUAL FEATURES, AND THAT'S REALLY THE QUESTION THAT I'M

09:06AM   6      DRAWING AT.

09:06AM   7               THE COURT:  SURE.  I UNDERSTAND.

09:06AM   8           WELL, YOU'LL LET ME KNOW IF YOU FEEL THAT YOU CAN'T DO

09:06AM   9      WHAT YOU NEED TO DO.

09:06AM  10               MR. COOPERSMITH:  OKAY.  THAT'S FAIR ENOUGH,

09:06AM  11      YOUR HONOR.

09:06AM  12           ONE THING, TO GIVE THE COURT A HEADS UP, I KNOW IT MIGHT

09:06AM  13      DEPEND ON A LOT OF THINGS, BUT I DID CREATE A LIST OF THE

09:06AM  14      JURORS THAT WE THINK THAT MIGHT BE NEEDED FOR.

09:07AM  15           OBVIOUSLY, WE CAN'T TELL FOR SURE UNTIL WE SEE WHAT THEY

09:07AM  16      SAY, BUT IF WITH THE COURT'S PERMISSION I CAN HAND IT UP AND

09:07AM  17      GIVE THE GOVERNMENT A COPY AND SO THE COURT HAS A HEADS UP AS

09:07AM  18      TO WHAT WE THINK MIGHT HAPPEN.

09:07AM  19               THE COURT:  SURE.  THAT'S FINE.

09:07AM  20               MR. COOPERSMITH:  (HANDING.)

09:07AM  21           YOUR HONOR, THANK YOU FOR YOUR COMMENT ABOUT NOT JUST

09:07AM  22      BRINGING SOMEONE OUT, PULLING SOMEBODY OUT OF THE POOL AND

09:07AM  23      MAKING A BIG DEAL.

09:07AM  24           I'M SURE IN YOUR HONOR'S EXPERIENCE WITH THIS OBVIOUSLY,

09:07AM  25      INTENDS TO HAVE A SITUATION WHERE MAYBE THE JUROR COMES BACK

09:07AM   1     RIGHT BEFORE A BREAK AND IT'S NOT LIKE THE PERSON IS IN TROUBLE

09:07AM   2     OR SOMETHING LIKE THAT.

09:07AM   3             THE COURT:  RIGHT.  THAT'S WHAT I WAS SUGGESTING.

09:07AM   4     WE DON'T WANT TO SINGLE SOMEBODY OUT BECAUSE THAT IN EFFECT

09:07AM   5     WILL SEND A MESSAGE TO THE OTHER PROSPECTIVE JURORS THAT THEY

09:07AM   6     BETTER NOT SAY SOMETHING, RIGHT?

09:07AM   7             MR. COOPERSMITH:  EXACTLY.

09:07AM   8             THE COURT:  AND SO WE DON'T WANT TO DO THAT.

09:07AM   9         THERE WAS AN OCCASION IN A RECENT TRIAL WHERE I DID TELL

09:08AM  10     THAT PERSON, WE'RE TAKING A BREAK BUT WOULD YOU STAY, PLEASE.

09:08AM  11         AND I TOLD THE JUROR, LOOK, YOU'RE NOT IN TROUBLE.  THIS

09:08AM  12     IS NOT IN TROUBLE, BUT I JUST NEED TO ASK YOU A COUPLE OF

09:08AM  13     QUESTIONS, AND THE TIMING OF THE BREAK AFFORDS ALL OF US TO

09:08AM  14     TALK PRIVATELY ABOUT IT.

09:08AM  15         SO IT REALLY DEPENDS ON THE MAKEUP, I GUESS.  BUT, YOU

09:08AM  16     KNOW, WE'RE ALL EXPERIENCED, AND I THINK WE CAN HANDLE THAT.

09:08AM  17             MR. COOPERSMITH:  YES, YOUR HONOR.

09:08AM  18             THE COURT:  OKAY.  ANYTHING ELSE, MR. COOPERSMITH?

09:08AM  19             MR. COOPERSMITH:  NO, YOUR HONOR.

09:08AM  20             MR. SCHENK:  NO, YOUR HONOR.

09:08AM  21             THE COURT:  I DID WANT TO TALK ABOUT ONE OTHER

09:08AM  22     MATTER THAT WE TOUCHED ON YESTERDAY AND PERHAPS AT SOME OTHER

09:08AM  23     TIMES, AND THAT IS THE FACT THAT MS. HOLMES IS NOT IN THIS

09:08AM  24     TRIAL AND HOW, AND WE'VE TALKED YESTERDAY SHOULD THAT COME UP

09:08AM  25     IN FRONT OF THE JURY, HOW SHOULD THAT BE RAISED.

09:08AM 1      AND I -- IN THE PRELIMINARY INSTRUCTIONS, ONCE WE SEAT A

09:08AM 2 JURY, I DO INTEND TO READ 2.15, WHICH IS OUR MODEL INSTRUCTION,

09:09AM 3 WITH MODIFICATION, OF COURSE, INCLUDING MS. HOLMES'S NAME,

09:09AM 4 INSERTING MS. HOLMES'S NAME.

09:09AM 5      I DID THIS IN THE HOLMES TRIAL, AND I INSERTED

09:09AM 6 MR. BALWANI'S NAME, AND MY INTENT IN THE PRELIMINARY

09:09AM 7 INSTRUCTIONS IS TO INSERT MR. BALWANI'S -- OR EXCUSE ME,

09:09AM 8 MS. HOLMES'S NAME IN THAT.

09:09AM 9      SHOULD THAT -- SHOULD THE ISSUE COME UP THIS MORNING OR

09:09AM 10 TOMORROW MORNING REGARDING, "WELL, I'VE HEARD ABOUT THE OTHER

09:09AM 11 CASE," OR SOMETHING LIKE THAT, MY THOUGHT WAS PERHAPS TODAY, OR

09:09AM 12 IF THAT COMES UP I COULD READ THE 2.15 TO THE JURORS TO GIVE

09:09AM 13 THEM INFORMATION ABOUT THAT, AND I JUST WANTED TO ALLOW YOU AN

09:09AM 14 OPPORTUNITY TO EXPRESS YOUR THOUGHTS ON THAT.

09:09AM 15      MR. SCHENK:  THE GOVERNMENT WOULD SUPPORT THAT.  I

09:09AM 16 THINK IT'S APPROPRIATE TO READ 2.15 EARLY IF THE ISSUE ARISES.

09:09AM 17      MR. COOPERSMITH:  AND, YOUR HONOR, IF YOU WOULD JUST

09:09AM 18 GIVE ME THE GIST OF 2.15 BECAUSE I DON'T HAVE THOSE NUMBERS OFF

09:09AM 19 THE TOP OF MY HEAD AS YOU DO, APPARENTLY.

09:10AM 20      THE COURT:  WELL, OF COURSE I DIDN'T BRING IT OUT

09:10AM 21 WITH ME, DID I?

09:10AM 22      BUT IN ESSENCE WHAT IT SAYS IS THAT THE CODEFENDANT, OR I

09:10AM 23 DON'T THINK IT SAID CODEFENDANT, BUT THE OTHER INDIVIDUAL,

09:10AM 24 MS. HOLMES, IS NOT ON TRIAL BEFORE YOU AND YOU ARE NOT -- THE

09:10AM 25 REASON WHY SHE'S NOT HERE IS NOT SOMETHING THAT YOU SHOULD

09:10AM   1    CONSIDER AT ALL, THAT TYPE OF LANGUAGE.

09:10AM   2        YOU ARE TO DECIDE THIS CASE SOLELY ON THE EVIDENCE, IF

09:10AM   3    ANY, THAT PRESENTS AS TO MR. BALWANI, AND YOU ARE NOT TO

09:10AM   4    CONSIDER THE FACT THAT SHE IS NOT HERE AT ALL.

09:10AM   5        LET'S SEE IF I -- OH, I DON'T THINK --

09:10AM   6            MR. COOPERSMITH:  YOUR HONOR, I DO REMEMBER THE

09:10AM   7    INSTRUCTION, AND WE SUPPORT THAT AS WELL.

09:10AM   8            THE COURT:  RIGHT.

09:10AM   9            MR. COOPERSMITH:  THAT MAKES SENSE.

09:10AM   10           THE COURT:  I'LL READ THAT SHOULD IT BECOME

09:10AM   11   NECESSARY, OR, AGAIN, IF COUNSEL FEEL LIKE -- YOU FEEL THAT THE

09:10AM   12   APPROPRIATE TIME HAS COME TO INSTRUCT, JUST LET ME KNOW

09:10AM   13   SOMEHOW, AND I'LL BE HAPPY TO DO IT.

09:11AM   14       BUT I INTEND TO DO THAT.  SHOULD THAT BECOME AN ISSUE

09:11AM   15   DURING VOIR DIRE, I'LL INSTRUCT ON 2.15.

09:11AM   16       I WILL INSTRUCT IN MY PRELIMINARY INSTRUCTIONS ONCE THE

09:11AM   17   JURY IS SEATED WITH THAT AS WELL.

09:11AM   18           MR. COOPERSMITH:  YOUR HONOR, I THINK WE CAN PREDICT

09:11AM   19   THAT THAT WILL HAPPEN, SO THANK YOU.

09:11AM   20           THE COURT:  GREAT.  WE WILL SOON GET CONFIRMATION

09:11AM   21   THAT -- I THINK YOU HAVE THE LIST, YOU'VE BEEN PROVIDED THE

09:11AM   22   MOST UPDATED LIST.

09:11AM   23       WE'LL RECEIVE CONFIRMATION AS TO WHETHER THIS LIST IS

09:11AM   24   ACCURATE.

09:11AM   25       I THINK YOU'VE BEEN PROVIDED THE CHARTS SO YOU CAN START

09:11AM 1    FILLING IN THE NAMES I SUPPOSE.  ONCE WE GET CONFIRMATION,

09:11AM 2    WE'LL SEAT THEM.

09:11AM 3        JUROR NUMBER 1 WILL BE SEATED IN SEAT A AS YOU SEE IT

09:11AM 4    MARKED THERE.

09:11AM 5        THE NEXT WILL BE, ACCORDING TO MY CHART, AND THAT PERSON

09:12AM 6    WILL BE B AND SO FORTH, IF THAT MAKES SENSE.

09:12AM 7             MR. SCHENK:  YES.

09:12AM 8             MR. COOPERSMITH:  YES, YOUR HONOR.

09:12AM 9             THE COURT:  OKAY.  ALL RIGHT.  ANYTHING ELSE?

09:12AM 10            MR. COOPERSMITH:  NOT FROM THE DEFENSE.

09:12AM 11            MR. SCHENK:  NO.

09:12AM 12            THE COURT:  OKAY.  WE'LL SEE YOU IN A MINUTE.

09:12AM 13       OH, I'M SORRY.  I APOLOGIZE.

09:12AM 14       DO WE NEED TO -- I KNOW THERE WERE SOME OTHER JURORS THAT

09:12AM 15   WERE ADDED, PROSPECTIVE JURORS THAT WERE ADDED TO THE LIST, TO

09:12AM 16   YOUR STIPULATION YESTERDAY, AND I DID NOT -- I RECEIVED THAT

09:12AM 17   LATER IN THE EVENING.  I DON'T KNOW IF I -- IF WE NEED TO PUT

09:12AM 18   THAT ON THE RECORD.  RIGHT, RIGHT.  AND I CAN READ THOSE

09:12AM 19   NUMBERS.

09:12AM 20            MR. SCHENK:  YES.  THANK YOU, YOUR HONOR.

09:12AM 21            THE COURT:  7, 13, 29, 75, 81, 106, 130, 139, 171,

09:13AM 22   213, 218, 229, AND 232.

09:13AM 23       THOSE JURORS WERE ALSO EXCUSED PURSUANT TO YOUR

09:13AM 24   STIPULATION YESTERDAY.  THEY WERE ADDITIONAL ADD-ONS, IF YOU

09:13AM 25   WILL, TO YOUR STIPULATION.

| | | |
|---|---|---|
| 09:13AM | 1 | DO YOU AGREE WITH THAT, MR. COOPERSMITH? |
| 09:13AM | 2 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 09:13AM | 3 | IF I COULD JUST CHECK WITH MY TEAM ON THE NUMBERS? |
| 09:13AM | 4 | THE COURT:  SURE. |
| 09:13AM | 5 | (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.) |
| 09:13AM | 6 | MR. COOPERSMITH:  YES, YOUR HONOR, THAT'S |
| 09:13AM | 7 | ACCEPTABLE.  THANK YOU. |
| 09:13AM | 8 | MR. SCHENK:  YES, YOUR HONOR. |
| 09:13AM | 9 | THE COURT:  ALL RIGHT.  WE'LL SEE YOU IN A FEW |
| 09:13AM | 10 | MINUTES.  THANK YOU. |
| 09:14AM | 11 | (RECESS FROM 9:14 A.M. UNTIL 9:47 A.M.) |
| 09:33AM | 12 | (PROSPECTIVE JURY PANEL IN AT 9:47 A.M.) |
| 09:47AM | 13 | THE COURT:  THANK YOU FOR YOUR COURTESY. |
| 09:47AM | 14 | COUNSEL, YOU COULD REMAIN SEATED. |
| 09:47AM | 15 | I'M GOING TO ASK OUR COURTROOM DEPUTY TO GIVE YOU THE |
| 09:47AM | 16 | OATH. |
| 09:47AM | 17 | (PROSPECTIVE JURORS WERE GIVEN THE OATH.) |
| 09:47AM | 18 | PROSPECTIVE JURORS:  YES. |
| 09:47AM | 19 | THE COURT:  THANK YOU VERY MUCH, LADIES AND |
| 09:47AM | 20 | GENTLEMEN.  PLEASE BE SEATED. |
| 09:48AM | 21 | GOOD MORNING ALL OF YOU.  THANK YOU FOR YOUR PATIENCE. |
| 09:48AM | 22 | LADIES AND GENTLEMEN, YOU'VE BEEN SUMMONED BY THIS COURT |
| 09:48AM | 23 | FOR JURY SERVICE IN A CRIMINAL CASE ENTITLED UNITED STATES |
| 09:48AM | 24 | VERSUS RAMESH "SUNNY" BALWANI. |
| 09:48AM | 25 | IN THIS CASE RAMESH "SUNNY" BALWANI IS CHARGED WITH WIRE |

09:48AM  1    FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD.

09:48AM  2         THE INDICTMENT ALLEGES THAT MR. BALWANI WAS THE PRESIDENT

09:48AM  3    AND CHIEF OPERATING OFFICER OF THERANOS, INCORPORATED, WHICH

09:48AM  4    WAS IN THE BLOOD TESTING BUSINESS.

09:48AM  5         THE INDICTMENT ALLEGES THAT THE DEFENDANT AND

09:48AM  6    ELIZABETH HOLMES, THERANOS'S CHIEF EXECUTIVE OFFICER, CEO,

09:48AM  7    KNOWINGLY AND INTENTIONALLY DEVISED A SCHEME OR PLAN TO DEFRAUD

09:49AM  8    INVESTORS IN THERANOS AND PAYING CUSTOMERS OF THERANOS.

09:49AM  9         THE CHARGES ARE ONLY ALLEGATIONS AND NOT EVIDENCE.  THE

09:49AM 10    DEFENDANT HAS ENTERED A PLEA OF NOT GUILTY TO ALL OF THE

09:49AM 11    CHARGES IN THIS CASE AND IS PRESUMED TO BE INNOCENT.  IT WILL

09:49AM 12    BE THE GOVERNMENT'S BURDEN THROUGHOUT THE TRIAL TO PROVE THESE

09:49AM 13    CHARGES BEYOND A REASONABLE DOUBT.

09:49AM 14         NOW, THE INDICTMENT ALLEGES, LADIES AND GENTLEMEN, IN

09:49AM 15    COUNTS ONE AND TWO, THAT MR. BALWANI VIOLATED 18 U.S.C. SECTION

09:49AM 16    1349, CONSPIRACY TO COMMIT WIRE FRAUD.

09:49AM 17         THE INDICTMENT ALLEGES IN COUNTS THREE, FOUR, FIVE, SIX,

09:49AM 18    SEVEN, EIGHT, NINE, TEN, ELEVEN, AND TWELVE WITH WIRE FRAUD IN

09:49AM 19    VIOLATION OF 18 UNITED STATES CODE SECTION 1343.

09:50AM 20         THE INDICTMENT IS NOT EVIDENCE OF ANY KIND.  IT IS THE

09:50AM 21    CHARGING DOCUMENT THAT IS FILED IN THIS CASE.  TO THESE CHARGES

09:50AM 22    MR. BALWANI HAS PLEADED NOT GUILTY, AND THIS IS AN ABSOLUTE

09:50AM 23    DENIAL OF THE CHARGES.  IT WILL BE THE PURPOSE OF THIS TRIAL

09:50AM 24    FOR YOU TO DETERMINE IF THE GOVERNMENT HAS MET THEIR BURDEN IN

09:50AM 25    PRESENTING THEIR CASE TO YOU.

09:50AM   1          NOW, JURY SERVICE IS VERY IMPORTANT.  I'D LIKE TO AGAIN

09:50AM   2     WELCOME YOU AND THANK YOU FOR YOUR SERVICE.

09:50AM   3          BEFORE WE BEGIN, I AM GOING TO DESCRIBE FOR YOU HOW THE

09:50AM   4     TRIAL WILL BE CONDUCTED, AND TO EXPLAIN WHAT YOU AND THE

09:50AM   5     LAWYERS AND I WILL BE DOING.

09:50AM   6          NOW, WHEN I REFER TO THE "GOVERNMENT" I MEAN,

09:50AM   7     MR. ROBERT LEACH, MS. KELLY VOLKAR, MR. JOHN BOSTIC, AND

09:50AM   8     MR. JEFF SCHENK, WHO ARE THE ASSISTANT UNITED STATES ATTORNEYS

09:51AM   9     PROSECUTING THIS CASE.

09:51AM  10          MR. LEACH, WOULD YOU INTRODUCE YOUR TEAM, PLEASE.

09:51AM  11               MR. LEACH:  THANK YOU, YOUR HONOR.

09:51AM  12          GOOD MORNING, LADIES AND GENTLEMEN.

09:51AM  13          MY NAME IS ROBERT LEACH.  I'M AN ASSISTANT UNITED STATES

09:51AM  14     ATTORNEY.

09:51AM  15          TO MY LEFT IS JOHN BOSTIC, ANOTHER UNITED STATES ATTORNEY.

09:51AM  16          TO MR. BOSTIC'S LEFT IS JEFF SCHENK, ANOTHER UNITED STATES

09:51AM  17     ATTORNEY.

09:51AM  18          TO MY RIGHT IS CHRISTOPHER MCCOLLOW, WHO IS A POSTAL

09:51AM  19     INSPECTOR WITH THE U.S. POSTAL INSPECTION SERVICE.

09:51AM  20          AND SEATED ON THIS SIDE OF THE WELL IS MADDI WACHS AND

09:51AM  21     SARA SLATTERY FROM OUR OFFICE.

09:51AM  22          GOOD MORNING AND THANK YOU VERY MUCH FOR BEING HERE.

09:51AM  23               THE COURT:  YOU HAVE ANOTHER MEMBER OF YOUR TEAM WHO

09:51AM  24     IS IN THE AUDIENCE?

09:51AM  25               MR. LEACH:  I DO.  THANK YOU, YOUR HONOR.

09:51AM 1      KELLY VOLKAR, WHO YOUR HONOR MENTIONED, IS SEATED IN THE

09:51AM 2   BACK.

09:51AM 3      AND TO HER LEFT ARE TWO ADDITIONAL AGENTS, MARIO SCUSSEL

09:51AM 4   WITH THE FBI, AND GEORGE SCAVDIS WITH THE FOOD AND DRUG

09:51AM 5   ADMINISTRATION.

09:51AM 6      THANK YOU AGAIN.

09:51AM 7         THE COURT:  THANK YOU, MR. LEACH.

09:51AM 8      WHEN I REFER, LADIES AND GENTLEMEN, TO "DEFENSE COUNSEL,"

09:52AM 9   I MEAN MR. JEFF COOPERSMITH, MS. AMY WALSH, AND

09:52AM 10   MR. STEPHEN CAZARES, WHO ARE THE ATTORNEYS REPRESENTING

09:52AM 11   MR. BALWANI.

09:52AM 12      AND, MR. COOPERSMITH, WOULD YOU PLEASE INTRODUCE YOUR

09:52AM 13   TEAM.

09:52AM 14         MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:52AM 15      I'M JEFF COOPERSMITH.  I REPRESENT RAMESH "SUNNY" BALWANI,

09:52AM 16   AND HE'S SEATED TWO SEATS AWAY FROM ME.

09:52AM 17      WITH ME ARE MY COLLEAGUES, AMY WALSH, STEPHEN CAZARES,

09:52AM 18   SHAWN ESTRADA.

09:52AM 19      AND YOU CAN SEE IN THE FIRST ROW ARE AMANDA MCDOWELL AND

09:52AM 20   SACHI SCHURICHT, AND MR. DAVID PERROTT, WHO IS HELPING US WITH

09:52AM 21   JURY SELECTION TODAY.

09:52AM 22      THANK YOU.

09:52AM 23         THE COURT:  THANK YOU.

09:52AM 24      THIS CASE IS EXPECTED TO TAKE APPROXIMATELY 13 WEEKS OF

09:52AM 25   EVIDENCE IN COURT.  IT COULD BE LONGER.  IT MIGHT BE SHORTER,

09:52AM   1    BUT THAT'S THE APPROXIMATE LENGTH OF THE CASE.

09:52AM   2         THIS MORNING WE WILL BEGIN SELECTING JURORS WHO WILL SIT

09:53AM   3    TO HEAR THIS CASE.

09:53AM   4         THIS PROCESS INVOLVES INTERVIEWING SEPARATE PANELS OF

09:53AM   5    POTENTIAL JURORS OVER THE COURSE OF THE DAY.

09:53AM   6         AFTER OUR SESSION THIS MORNING, YOU WILL BE PERMITTED TO

09:53AM   7    LEAVE THE COURTHOUSE, AND YOU WILL BE NOTIFIED BY THE COURT

09:53AM   8    WHETHER AND WHEN YOU SHOULD RETURN TO THE COURTHOUSE.

09:53AM   9         WE WILL THEN RETURN TO COMPLETE THE PROCESS, AND WE WILL

09:53AM  10    THEN BEGIN THE TRIAL.

09:53AM  11         NOW, I BELIEVE YOU HAVE ON YOUR SEATS -- THERE SHOULD BE A

09:53AM  12    SCHEDULE THAT SUGGESTS AT LEAST A -- YES, YOU HAVE IT THERE.

09:53AM  13    THANK YOU.

09:53AM  14         THIS SUGGESTS THE DAYS AND THE PRELIMINARY SCHEDULE THAT

09:53AM  15    THIS TRIAL SHOULD ENCOMPASS.

09:53AM  16         AS YOU SEE, JURY DELIBERATIONS SHOULD BEGIN PERHAPS THE

09:53AM  17    END OF MAY, THE FIRST OR SECOND WEEK OF JUNE, ACCORDING TO THIS

09:53AM  18    SCHEDULE.  THIS MAY CHANGE, AND I WILL, OF COURSE, KEEP YOU

09:53AM  19    INFORMED AS TO OUR SCHEDULE.

09:54AM  20         NOW, AS YOU SAW IN THE QUESTIONNAIRE THAT YOU FILLED OUT,

09:54AM  21    OUR PROPOSED DAYS IN COURT AND ON OUR SCHEDULE WOULD BE

09:54AM  22    TUESDAYS, WEDNESDAYS, AND FRIDAYS POTENTIALLY FROM 9:00 A.M. TO

09:54AM  23    3:00 P.M.  AND IT MAY BE THAT WE WILL CHANGE THE SCHEDULE AND

09:54AM  24    ADD SOME DAYS AND TIMES.  I WILL DISCUSS THIS WITH YOU IN

09:54AM  25    ADVANCE OF ANY CHANGE.

09:54AM 1      I ALSO ANTICIPATE THAT WE'LL TAKE BREAKS, TWO BREAKS

09:54AM 2   PERHAPS OF 30 TO 45 MINUTES THROUGHOUT THE DAY.  AND WE MAY

09:54AM 3   TAKE SHORTER BREAKS IF APPROPRIATE.

09:54AM 4      BECAUSE OF THE LENGTH OF OUR TRIAL, THIS SCHEDULE HOPES TO

09:54AM 5   ACCOMPLISH THE TAKING OF EVIDENCE IN THE TRIAL AND AVOID STRESS

09:54AM 6   AND FATIGUE THAT MIGHT ARISE FROM AN ALL-DAY EVERY DAY SCHEDULE

09:54AM 7   THAT IS THE NORM FOR SHORTER TRIALS.

09:54AM 8      NOW, I ALSO REALIZE THAT THERE MAY BE OCCASIONS WHERE

09:55AM 9   SOMEONE NEEDS TO TAKE AN UNSCHEDULED BREAK FOR SOME REASON.  IF

09:55AM 10  YOU ARE SEATED AS A JUROR OR PARTY IN THE CASE AND YOU NEED TO

09:55AM 11  TAKE A BREAK FOR ANY REASON, YOU SHOULD PLEASE LET ME KNOW, AND

09:55AM 12  I'LL ACCOMMODATE THAT REQUEST.

09:55AM 13     THE FIRST STEP IN THE TRIAL FOLLOWING THE SELECTION OF THE

09:55AM 14  JURY IS THE GOVERNMENT'S OPENING STATEMENT.  THE DEFENSE MAY

09:55AM 15  CHOOSE TO GIVE AN OPENING STATEMENT FOLLOWING THE GOVERNMENT OR

09:55AM 16  AT THE BEGINNING OF THE DEFENSE CASE.

09:55AM 17     THE PURPOSE OF AN OPENING STATEMENT IS TO GIVE YOU, THE

09:55AM 18  JURORS, AN OVERVIEW OF WHAT THE ATTORNEYS EXPECT THE EVIDENCE

09:55AM 19  WILL SHOW.

09:55AM 20     NEXT, THE GOVERNMENT WILL OFFER THEIR EVIDENCE.  EVIDENCE

09:55AM 21  USUALLY INCLUDES WITNESS'S TESTIMONY AND EXHIBITS.

09:55AM 22     AFTER THE GOVERNMENT PRESENTS THEIR EVIDENCE, THE DEFENSE

09:55AM 23  MAY ALSO PRESENT EVIDENCE, BUT IS NOT REQUIRED TO DO SO.

09:55AM 24  BECAUSE MR. BALWANI IS PRESUMED INNOCENT, HE DOES NOT HAVE TO

09:56AM 25  PROVE THAT HE IS NOT GUILTY.

09:56AM   1         NOW, YOU ALSO HAVE ON THE BACK OF YOUR LIST A WITNESS

09:56AM   2    LIST, AND THERE ARE MANY WITNESSES ON THAT.

09:56AM   3         LET ME ASK COUNSEL, DO YOU STIPULATE TO THE COURT CALLING

09:56AM   4    THE JURY'S ATTENTION TO THE WITNESS LIST WITHOUT THE NEED TO

09:56AM   5    READ IT IN ITS ENTIRETY?  IT IS FILED ON THE DOCKET WITH THE

09:56AM   6    QUESTIONNAIRE.

09:56AM   7              MR. SCHENK:  YES, SO STIPULATED.

09:56AM   8              MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:56AM   9              THE COURT:  THANK YOU.  BUT I WILL CALL YOUR

09:56AM  10    ATTENTION TO THAT LIST, PLEASE, AND IF YOU WOULD PLEASE LOOK AT

09:56AM  11    THAT LIST AGAIN NOW.

09:56AM  12         I'LL GIVE YOU A COUPLE OF MINUTES TO REVIEW THAT LIST

09:56AM  13    BECAUSE AT SOME POINT I'M GOING TO ASK YOU WHETHER OR NOT YOU

09:56AM  14    HAVE KNOWLEDGE OR KNOW OF ANYONE ON THAT LIST.  SO PLEASE REFER

09:56AM  15    TO IT AGAIN FOR JUST A MOMENT.

09:57AM  16         (PAUSE IN PROCEEDINGS.)

09:57AM  17              THE COURT:  THANK YOU, LADIES AND GENTLEMEN.

09:57AM  18         I SHOULD NOTE THAT THE PARTIES ARE NOT REQUIRED AND MIGHT

09:57AM  19    NOT WISH TO CALL ALL OF THESE WITNESSES, AND THEY MAY LATER

09:57AM  20    FIND IT NECESSARY TO CALL OTHER WITNESSES.

09:57AM  21         IT MAY OCCUR THAT THE PARTIES STIPULATE TO A WITNESS'S

09:57AM  22    TESTIMONY OR AN EXHIBIT.  THIS MEANS THAT THE PARTIES HAVE

09:57AM  23    AGREED THAT THE STATEMENT, TESTIMONY, OR EXHIBIT MAY BE

09:58AM  24    INTRODUCED INTO EVIDENCE.

09:58AM  25         AFTER YOU HAVE HEARD ALL OF THE EVIDENCE AND AFTER THE

09:58AM 1    ATTORNEYS HAVE GIVEN THEIR FINAL ARGUMENTS, I WILL THEN

09:58AM 2    INSTRUCT YOU ON THE LAW THAT APPLIES TO THE CASE.

09:58AM 3         AFTER YOU HAVE HEARD THE ARGUMENTS AND INSTRUCTIONS, YOU

09:58AM 4    WILL THEN RETIRE TO THE JURY ROOM TO DELIBERATE THE MERITS OF

09:58AM 5    THE CASE AND TO RETURN WITH YOUR FINDINGS.

09:58AM 6         NOW, LADIES AND GENTLEMEN, JURY SERVICE IS AN OBLIGATION.

09:58AM 7    IT MAY BE INCONVENIENT TO YOU, BUT I WOULD HOPE THAT YOU ALSO

09:58AM 8    VIEW JURY SERVICE AS A PRIVILEGE TO SERVE YOUR COMMUNITY AND TO

09:58AM 9    PARTICIPATE IN YOUR SYSTEM OF JUSTICE.

09:58AM 10        NOW, WE ALL KNOW AND WE'RE SENSITIVE TO THE FACT THAT NONE

09:58AM 11   OF YOU ARE HERE BECAUSE YOU HAVE NOTHING ELSE TO DO WITH YOUR

09:58AM 12   TIME OR THAT YOU PERHAPS VOLUNTEERED FOR JURY DUTY OUT OF THE

09:58AM 13   GOODNESS OF YOUR HEART.

09:58AM 14        I RECOGNIZE THAT JURY SERVICE IS AN IMPOSITION ON EACH OF

09:59AM 15   YOU.  THIS SERVICE TAKES YOU FROM THOSE WHO NEED AND RELY ON

09:59AM 16   YOU AT YOUR HOMES AND YOUR WORK PLACES.

09:59AM 17        FOR MANY OF US WORKING IN THE JUSTICE SYSTEM, TRYING TO

09:59AM 18   IMPROVE THE QUALITY OF JUSTICE WHILE MAINTAINING FAIRNESS

09:59AM 19   ACROSS THE BOARD IS A CHALLENGE.

09:59AM 20        IT IS A CHALLENGE TO DELIVER ON THE PROMISE OF A JURY OF

09:59AM 21   ONE'S PEERS, A TRUE CROSS-SECTION OF OUR COMMUNITY TO EVERYONE

09:59AM 22   WHO ENTERS OUR COURTS.  IT IS A PROMISE THAT WE ENDEAVOR TO

09:59AM 23   FULFILL AS WE RECOGNIZE WE OURSELVES WOULD RELY ON THAT PROMISE

09:59AM 24   IF WE WERE EVER TO COME TO THE JUSTICE SYSTEM AS A PARTY.

09:59AM 25        OUR CONSTITUTION GUARANTEES THE RIGHT TO A JURY TRIAL, AND

09:59AM 1      THAT IS THE BASIS FOR ALL OF OUR OBLIGATIONS, YOURS AS WELL AS

09:59AM 2      MINE TO SERVE AS JURORS.

09:59AM 3          AND I SHOULD TELL YOU I GET SUMMONED TO SERVE AS A JUROR

10:00AM 4      IN A CASE, AND I WAS -- I THINK IT WAS PERHAPS THE YEAR BEFORE

10:00AM 5      LAST WAS THE LAST TIME I WAS SUMMONED.

10:00AM 6          I'VE BEEN SUMMONED SEVERAL TIMES FOR JURY SERVICE, AND,

10:00AM 7      REGRETTABLY, FOR SOME REASON I JUST WAS NEVER SELECTED.  I JUST

10:00AM 8      DON'T UNDERSTAND THAT.  I HAVEN'T HAD THE OPPORTUNITY TO SERVE,

10:00AM 9      BUT I DO GET SUMMONED, AND I DO SHOW UP JUST AS YOU HAVE DONE.

10:00AM 10         IT IS PERHAPS MORE SIGNIFICANT NOW TO PARTICIPATE IN YOUR

10:00AM 11     SERVICE, SO OUR COMMUNITY, OUR COUNTRY AND THE WORLD COULD

10:00AM 12     OBSERVE THAT EVEN DURING THE CHALLENGE OF A PANDEMIC AND WORLD

10:00AM 13     CONFLICT, OUR COURTS ARE OPEN AND YOUR SYSTEM OF JUSTICE

10:00AM 14     ENDURES.

10:00AM 15         NOW, I'D LIKE TO TAKE A MOMENT TO TALK TO YOU ABOUT -- I

10:00AM 16     MENTIONED THE PANDEMIC.  I DO WANT TO TALK TO YOU A LITTLE BIT

10:00AM 17     ABOUT THE COVID SITUATION AND COVID PROTOCOLS THAT WE HAVE

10:01AM 18     ENGAGED IN OUR COURT.

10:01AM 19         WE WILL AT ALL TIMES TRY TO STRIFE TO INSURE YOUR

10:01AM 20     PROTECTION, SAFETY AND GOOD HEALTH.

10:01AM 21         WE WILL ENGAGE DISTANCING AND WEARING FACE MASKS AS YOU

10:01AM 22     ARE ALL WEARING RIGHT NOW.

10:01AM 23         IF YOU ARE VACCINATED, OUR MEDICAL INFORMATION INFORMS

10:01AM 24     THAT FACT SIGNIFICANTLY ENHANCES YOUR SAFETY.

10:01AM 25         PARTIES IN COURT WILL WEAR MASKS.  WITNESSES, DEPENDING ON

10:01AM 1    THEIR HEALTH AND VACCINATION STATUS, MAY BE ABLE TO REMOVE

10:01AM 2    THEIR MASK OR WEAR A CLEAR FACE SHIELD WHILE TESTIFYING.

10:01AM 3         COUNSEL WILL BE PERMITTED TO REMOVE THEIR FACE MASKS WHEN

10:01AM 4    THEY'RE AT THE LECTERN EXAMINING.

10:01AM 5         LET ME TELL YOU, LADIES AND GENTLEMEN, I DO HAVE

10:01AM 6    PERMISSION FROM COUNSEL TO INFORM YOU THAT ALL OF THEIR TEAMS

10:01AM 7    HAVE BEEN FULLY VACCINATED, AND I CAN TELL YOU THAT ALL OF MY

10:02AM 8    TEAM, THAT IS, ALL OF MY COURT STAFF HERE HAVE ALSO BEEN FULLY,

10:02AM 9    AND WE ARE FULLY VACCINATED.

10:02AM 10   WE WILL HAVE AIR PURIFIERS AT THE WITNESS STAND.  THERE'S

10:02AM 11   ONE THERE NOW.  AND WE'LL BE ABLE TO PROVIDE ONE AT EACH

10:02AM 12   COUNSEL TABLE.  WE MAY BE ABLE TO PROVIDE ADDITIONAL AIR

10:02AM 13   PURIFIERS, PORTABLE DEVICES, NEAR THE JURY BOX SHOULD THAT BE

10:02AM 14   NECESSARY OR REQUESTED.

10:02AM 15        NOW, I'D LIKE TO TELL YOU A LITTLE BIT ABOUT OUR BUILDING.

10:02AM 16        OUR HVAC SYSTEM IS APPROXIMATELY FOUR, MAYBE FIVE YEARS

10:02AM 17   NEW.  WE HAVE UPGRADED OUR SYSTEM TO MERV 14 FILTRATION.  THE

10:02AM 18   CURRENT GUIDANCE IS TO INSTALL MERV 13.  OUR SYSTEM IS ALSO

10:02AM 19   EFFECTIVE IN PROVIDING PROTECTION AGAINST OTHER POLLUTANTS THAT

10:02AM 20   MIGHT BE IN THE AREA.

10:03AM 21        NOW, I'VE CHECKED WITH OUR GENERAL SERVICES

10:03AM 22   ADMINISTRATION.  THEY ARE IN CHARGE OF OUR BUILDINGS, AND THEY

10:03AM 23   INFORMED ME THAT THE AIR CIRCULATES IN THIS COURTROOM AT WHAT

10:03AM 24   IS CALLED A RATE OF ACH 6.3.  IT'S CALLED AN AIR CHANGE PER

10:03AM 25   HOUR.  WHAT THIS MEANS IS THAT THE AIR IN THIS COURTROOM IS

10:03AM  1    COMPLETELY CIRCULATED APPROXIMATELY EVERY TEN MINUTES.  THIS IS

10:03AM  2    A VERY GOOD SYSTEM THAT WE HAVE HERE.

10:03AM  3        WE RUN THIS SYSTEM TWO HOURS PRE AND POST OCCUPANCY.  THAT

10:03AM  4    MEANS IT'S RUNNING ABOUT 7:00 A.M., 6:00 A.M. IN THE MORNING

10:03AM  5    BEFORE YOU GET HERE, AND WE DO THAT TO PROVIDE FOR EXTRA

10:03AM  6    VENTILATION AND CLEANING.

10:03AM  7        THE GENERAL ADMINISTRATION SERVICES WHO IS RESPONSIBLE FOR

10:03AM  8    OUR BUILDING HAS ADOPTED THE CLEANING GUIDELINES FROM THE CDC

10:04AM  9    AND CENTERS FOR DISEASE CONTROL AND PREVENTION, AND THIS

10:04AM 10    INCLUDES ROUTINE CLEANING AND DISINFECTION IN HIGH-TOUCH

10:04AM 11    SURFACES IN COMMON AND HIGH TRAFFIC AREAS.

10:04AM 12        WE HAVE FACE MASKS AND SANITIZERS TO PROVIDE YOU AS

10:04AM 13    NEEDED.

10:04AM 14        I ALSO WANT TO ADVISE YOU AND COUNSEL OF ANOTHER JUST

10:04AM 15    RECENT, RECENT ACQUISITION AND THAT IS, WE HAVE, THE COURT HAS

10:04AM 16    BEEN ABLE TO SECURE A LIMITED NUMBER OF COVID TESTS, AND WE

10:04AM 17    WILL HAVE THOSE AVAILABLE FOR YOU, LADIES AND GENTLEMEN, SHOULD

10:04AM 18    THE NEED ARISE OR SHOULD YOU FEEL THAT THERE SHOULD BE BECAUSE

10:04AM 19    OF CIRCUMSTANCES, YOU WOULD LIKE TO HAVE A TEST.  WE HAVE THOSE

10:04AM 20    AVAILABLE FOR YOU.  SO WE WILL MAKE THOSE AVAILABLE ON AN

10:04AM 21    AS-NEEDED BASIS.

10:04AM 22        NOW, OUR SCHEDULE SEEKS TO KEEP THE TIME IN COURT SPACE

10:04AM 23    SUCH TO AVOID SITTING FOR EXTENDED PERIODS OF TIME.  WE'LL TRY

10:05AM 24    TO SPACE THE BREAKS WITH AS MUCH FREQUENCY AS POSSIBLE WHILE

10:05AM 25    INSURING THE EFFICIENT AND ORDERLY TRIAL PROCESS TO OCCUR.

10:05AM  1   THE JURY ROOM FOR YOUR DELIBERATIONS AND FOR COLLECTION

10:05AM  2 PRIOR TO TRIAL WILL BE THE COURTROOM NEXT DOOR JUST ON THE

10:05AM  3 OTHER SIDE OF THIS WALL HERE.

10:05AM  4   WE HAVE A -- WHEN I SAY COURTROOM, I MEAN A COURTROOM LIKE

10:05AM  5 THIS.  NOT QUITE AS LARGE AS THIS, BUT YOU WILL HAVE, AS THE

10:05AM  6 JURY, THE ENTIRETY OF THAT COURTROOM TO USE FOR YOUR

10:05AM  7 DELIBERATIONS AND MEETINGS AS SUCH THAT YOU WILL BE ABLE TO

10:05AM  8 SPACE OUT AS YOU WISH IN THAT, IN THAT COURTROOM.

10:05AM  9   THIS WILL ALLOW YOU TO PROVIDE SAFE DISTANCING DURING YOUR

10:05AM  10 MEETING AND DELIBERATIONS.

10:05AM  11   DURING THE COURSE OF THE TRIAL, I SHOULD ALSO TELL YOU

10:05AM  12 THAT WE WILL BE ABLE TO PROVIDE LIGHT BREAKFAST ITEMS AT LEAST

10:06AM  13 ONE A WEEK, IF NOT MORE, AND I THINK WE HAVE A GOOD VENDOR FOR

10:06AM  14 THAT.  I UNDERSTAND FRESH FRUIT, PARFAITS, YOGURT, AND OTHER

10:06AM  15 ITEMS WILL BE AVAILABLE FOR YOU PRETRIAL BEFORE WE START IN THE

10:06AM  16 MORNING.

10:06AM  17   IF YOU HAVE ANY QUESTION OR ISSUE REGARDING YOUR SAFETY OR

10:06AM  18 COURT CONDITIONS DURING YOUR TIME HERE, I WOULD ASK YOU TO

10:06AM  19 CONTACT MY COURTROOM DEPUTY, MS. ROBINSON, OR ANY STAFF MEMBER.

10:06AM  20   NOW, LET ME, LET ME ASK A QUESTION ABOUT HARDSHIPS, AND

10:06AM  21 THIS IS A QUESTION REGARDING ANY MEMBER OF THE PANEL, BOTH HERE

10:06AM  22 IN THIS BOX AND ALSO IN THE AUDIENCE AREA, WHO HAS ANY SPECIAL

10:06AM  23 DISABILITY OR PROBLEM THAT WOULD MAKE SERVING AS A MEMBER OF

10:06AM  24 THIS JURY DIFFICULT OR IMPOSSIBLE.

10:06AM  25   LET ME SAY, FIRST OF ALL, THIS INCLUDES WHETHER OR NOT AN

10:06AM  1      INDIVIDUAL MIGHT NEED AN ASSISTED LISTENING DEVICE.  SO LET ME

10:06AM  2      START WITH THAT.

10:06AM  3          IS THERE ANYONE HERE IN THIS PANEL THAT WOULD BENEFIT FROM

10:07AM  4      AN ASSISTED LISTENING DEVICE?  WE HAVE HEADPHONES THAT WE CAN

10:07AM  5      PROVIDE SOMEONE IF THAT IS NEEDED.  ANYONE WHO WOULD BENEFIT

10:07AM  6      FROM RECEIVING THAT HEADSET?

10:07AM  7          I SEE A HAND.

10:07AM  8          LET'S -- MADAM CLERK, IF YOU COULD GET A HEADSET DELIVERED

10:07AM  9      TO THIS GENTLEMAN.

10:08AM  10          (PAUSE IN PROCEEDINGS.)

10:08AM  11          THE COURT:  IS THAT WORKING, SIR?  CAN YOU HEAR?  IS

10:08AM  12      THAT BETTER?

10:08AM  13          OKAY.  I SEE A THUMBS UP.

10:08AM  14          IS THAT WORKING, SIR.

10:08AM  15          PROSPECTIVE JUROR:  YES.

10:08AM  16          THE COURT:  OKAY.  GREAT.  THANK YOU.

10:08AM  17          LET ME TAKE A MOMENT AND SAY I UNDERSTAND THAT THESE

10:08AM  18      DEVICES ARE QUITE SENSITIVE.  AND LET ME ASK YOU -- I THINK

10:08AM  19      I'VE HEARD THAT THESE DEVICES ARE SOMETIMES AFFECTED BY

10:08AM  20      BLUETOOTH OR TELEPHONES.

10:08AM  21          SO THIS IS PROBABLY A GOOD TIME FOR ME TO ASK YOU IF YOU

10:08AM  22      HAVE A TELEPHONE, IF YOU COULD PLEASE TURN IT OFF OR SHUT IT

10:09AM  23      DOWN.  IF YOU HAVE SOME TROUBLE DOING THAT, LET ME KNOW AND

10:09AM  24      I'LL SUMMON A UNITED STATES MARSHAL TO ASSIST YOU IN SHUTTING

10:09AM  25      YOUR PHONE DOWN FOR YOU.  LET ME ASK YOU TO DO THAT NOW.

10:09AM  1      THERE MAY BE OTHER INDIVIDUALS WHO HAVE OTHER HEALTH

10:09AM  2  ISSUES SUCH AS BACK ISSUES, SEATING ISSUES, THOSE TYPES OF

10:09AM  3  THINGS, THAT MIGHT BENEFIT FROM CUSHIONS OR OTHER PILLOWS OR

10:09AM  4  DEVICES.  WE HAVE SOME OF THEM AVAILABLE.  THERE MIGHT BE SOME

10:09AM  5  CUSHIONS OUT IN THE AUDIENCE NOW, BUT IF THERE IS ANYONE WHO

10:09AM  6  HAS ANY SPECIAL DISABILITY THAT YOU WOULD LIKE TO CALL TO MY

10:09AM  7  ATTENTION NOW, PLEASE RAISE YOUR HAND SO I CAN SEE YOU.

10:09AM  8      ALL RIGHT.  LET ME START IN THE BOX HERE, AND LET'S SEE,

10:09AM  9  JUROR -- LET ME TELL YOU, LADIES AND GENTLEMEN, WHEN I CALL YOU

10:09AM  10  OUT, I'M GOING TO CALL YOU OUT AND ADDRESS YOU BY YOUR JUROR

10:09AM  11  NUMBERS, AND I MEAN NO DISRESPECT IN THAT REGARD.  I'M JUST

10:10AM  12  GOING TO REFER, FOR PURPOSES OF THIS MORNING'S DISCUSSION I'M

10:10AM  13  GOING TO REFER TO YOU BY JUROR NUMBERS.

10:10AM  14      I DO HAVE YOUR NAMES, BUT I'LL CALL YOU OUT BY YOUR

10:10AM  15  NUMBERS.

10:10AM  16      IS THIS JUROR 14?

10:10AM  17          PROSPECTIVE JUROR:  YES.

10:10AM  18          THE COURT:  YES, YES.  I THINK WE'LL HAVE A

10:10AM  19  MICROPHONE FOR YOU.  JUST GIVE ME A MOMENT.

10:10AM  20      THERE IT IS.

10:10AM  21      YES, JUROR NUMBER 14.

10:10AM  22          PROSPECTIVE JUROR:  YES.  SO RECENTLY MY PINKY

10:10AM  23  FINGER WAS BROKEN, AND IT'S STILL IN VERY BAD CONDITION.  I

10:10AM  24  NEED TO EXERCISE IT THREE OR FOUR TIMES OR EVEN FIVE TIMES A

10:10AM  25  DAY, AND I NEED PT FROM TIME TO TIME.

```
10:10AM   1              SO I THINK IT WILL INTERFERE WITH THIS SITUATION.

10:11AM   2              THE COURT:  I SEE.  WHAT TYPE OF EXERCISE DO YOU

10:11AM   3   NEED TO DO?

10:11AM   4              PROSPECTIVE JUROR:  A FEW OF THEM.  I DON'T HAVE ALL

10:11AM   5   OF THEM YET, BUT I HAVE NEED TO JUST EXERCISE MY HAND LIKE

10:11AM   6   THIS, LIKE THIS, LIKE THIS (INDICATING).

10:11AM   7              THE COURT:  YES.

10:11AM   8              PROSPECTIVE JUROR:  AND IT'S PAINFUL.  AND I REALLY

10:11AM   9   HAVE TO PAY ATTENTION TO THIS.  SO IT'S VERY SWOLLEN.

10:11AM  10              THE COURT:  I SEE.

10:11AM  11              PROSPECTIVE JUROR:  AND I HAVE EXCUSE FROM MY DOCTOR

10:11AM  12   ON TOP OF THIS ACTUALLY.  I RECENTLY GOT IT BECAUSE I INFORMED

10:11AM  13   HIM THAT I GOT JURY DUTY SO --

10:11AM  14              THE COURT:  I SEE.  SO YOU HAVE A LETTER OR

10:11AM  15   SOMETHING?

10:11AM  16              PROSPECTIVE JUROR:  YES, I HAVE IT.

10:11AM  17              THE COURT:  OKAY.  THANK YOU.

10:11AM  18          ALL RIGHT.  WELL, THANK YOU FOR LETTING ME KNOW THAT.

10:11AM  19          HOW OFTEN DO YOU DO THE PT?

10:11AM  20              PROSPECTIVE JUROR:  I HAVE IT NEXT WEEK GOING TO THE

10:11AM  21   HOSPITAL, NEXT WEEK, BUT I HAVE TO EXERCISE DURING THE DAY

10:11AM  22   THREE TO FIVE TIMES A DAY.

10:11AM  23              THE COURT:  THREE TO FIVE TIMES A DAY.  OKAY.  THANK

10:12AM  24   YOU.

10:12AM  25              PROSPECTIVE JUROR:  THANK YOU.
```

10:12AM  1          THE COURT:  THANK YOU FOR LETTING ME KNOW THAT.

10:12AM  2      I THINK THERE WAS ANOTHER JUROR.  LET'S SEE, IS THAT

10:12AM  3   JUROR 72?

10:12AM  4      JUROR 50, YES.

10:12AM  5          PROSPECTIVE JUROR:  I HAVE CHRONIC BACK PAIN AND IT

10:12AM  6   FLARES UP, AND IT'S REALLY BAD RIGHT NOW.  I HAVE A DOCTOR'S

10:12AM  7   NOTE.

10:12AM  8          THE COURT:  AND LET ME ASK YOU DOES A PILLOW OR

10:12AM  9   OTHER SUPPORTIVE COMFORTS ASSIST YOU IN THAT REGARD?

10:12AM 10          PROSPECTIVE JUROR:  ONLY WHEN IT'S NOT FLARED UP.

10:12AM 11      THE LAST FEW WEEKS IT'S BEEN REALLY BAD.  IT'S HARD TO

10:12AM 12   SIT.

10:12AM 13          THE COURT:  YES.  IF YOU WERE -- LET ME ASK YOU

10:13AM 14   THIS, IF -- WE'VE HAD THIS BEFORE WITH JURORS.  THIS IS NOT

10:13AM 15   UNCOMMON TO HAVE BACK PAIN, AND WE HAVE ON OCCASION SEATED

10:13AM 16   JURORS WHO HAVE A BACK ISSUE, AND WE'VE BEEN ABLE TO POSITION

10:13AM 17   THEM IN A SEAT SUCH THAT THEY COULD STAND IF NEEDED DURING THE

10:13AM 18   PROCEEDINGS AND STRETCH AND AFFORD OPPORTUNITIES TO EVEN HAVE A

10:13AM 19   BREAK TO STRETCH THEIR BACK.

10:13AM 20      WOULD THAT BE SOMETHING THAT YOU THINK WOULD BE OF

10:13AM 21   ASSISTANCE TO YOU?

10:13AM 22          PROSPECTIVE JUROR:  IT NORMALLY WOULD IF THE

10:13AM 23   FLARE-UP WASN'T SO BAD RIGHT NOW, BUT THE PAIN IS CONSTANT.

10:13AM 24   EVEN WITH PAINKILLERS IT'S INCREDIBLY DISTRACTING.

10:13AM 25          THE COURT:  YES.  AND HOW LONG HAS THIS BEEN -- ARE

10:13AM  1    YOU BEING TREATED FOR THIS NOW?

10:13AM  2              PROSPECTIVE JUROR:  YEAH, I NEED TO GET X-RAYS, MRI,

10:13AM  3    PT.

10:13AM  4              THE COURT:  AND YOU SAID THAT YOU HAVE A DOCTOR'S

10:13AM  5    NOTE?

10:13AM  6              PROSPECTIVE JUROR:  I DO.

10:13AM  7              THE COURT:  AND DID YOU SHOW THAT TO THE CLERK

10:13AM  8    DOWNSTAIRS?

10:13AM  9              PROSPECTIVE JUROR:  I SHOWED IT TO HER WHEN I CAME

10:14AM  10   THE LAST TIME.

10:14AM  11              THE COURT:  ALL RIGHT.  OKAY.  THANK YOU.

10:14AM  12          THERE WAS ANOTHER HAND, I BELIEVE.  YES.

10:14AM  13          IS THAT JUROR 61?

10:14AM  14              PROSPECTIVE JUROR:  60.

10:14AM  15              THE COURT:  60.  YES.

10:14AM  16              PROSPECTIVE JUROR:  I HAD SHOULDER SURGERY SOME TIME

10:14AM  17   AGO, AND CURRENTLY I'M POST OPERATIONAL RECOVERY, AND RECOVERY

10:14AM  18   GOES VERY SLOW.  SO I HAVE A NOTE FROM THE DOCTOR.

10:14AM  19              THE COURT:  I'M SORRY, WAS THIS A SHOULDER SURGERY

10:14AM  20   DID YOU SAY?  SOME OTHER SURGERY?

10:14AM  21              PROSPECTIVE JUROR:  THIS IS SOMETHING PRIVATE.

10:14AM  22              THE COURT:  YES.  ALL RIGHT.  GIVE ME JUST A MOMENT,

10:14AM  23   SIR.

10:15AM  24          (PAUSE IN PROCEEDINGS.)

10:15AM  25              THE COURT:  ALL RIGHT.  THANK YOU, SIR.

10:15AM 1          ANYONE ELSE?

10:15AM 2          I SEE NO HANDS.  THANK YOU.

10:15AM 3          WE NOW COME TO THAT PORTION OF THE TRIAL WHERE I WILL ASK

10:16AM 4   YOU SOME QUESTIONS REGARDING YOUR QUALIFICATIONS TO SIT AS

10:16AM 5   JURORS IN THIS CASE.

10:16AM 6          COUNSEL WILL HAVE THE OPPORTUNITY TO ASK YOU SOME

10:16AM 7   QUESTIONS AS WELL.

10:16AM 8          THIS PROCESS IS VERY IMPORTANT BECAUSE THE PARTIES AND THE

10:16AM 9   COURT WANT FAIR AND IMPARTIAL JURORS, JURORS WHO ARE FREE OF

10:16AM 10  ANY PRECONCEIVED IDEA, BELIEF, ATTITUDE, OR BIAS OR PREJUDICE

10:16AM 11  ABOUT THE OFFENSES CHARGED OR THE ACCUSED, AND JURORS WHO WILL

10:16AM 12  DECIDE THIS CASE ONLY AFTER HEARING ALL OF THE EVIDENCE, THE

10:16AM 13  ARGUMENTS OF COUNSEL, THE LAW AS GIVEN TO YOU BY THE COURT AND

10:16AM 14  THEN ONLY AFTER DELIBERATING WITH YOUR FELLOW JURORS.

10:16AM 15         BY THE OATH THAT YOU HAVE JUST TAKEN, YOU ARE OBLIGATED TO

10:16AM 16  ANSWER ALL OF THESE QUESTIONS TRUTHFULLY AND COMPLETELY.  YOU

10:16AM 17  WILL HELP THE PROCESS BY VOLUNTEERING INFORMATION ABOUT YOUR

10:17AM 18  EXPERIENCES, FEELINGS, OR BIASES, IF ANY, EVEN THOUGH YOU

10:17AM 19  BELIEVE THAT YOU CAN PUT ASIDE THOSE EXPERIENCES, FEELINGS, OR

10:17AM 20  BIASES AND SERVE AS A FAIR AND IMPARTIAL JUROR.

10:17AM 21         IF YOU ARE SENSITIVE ABOUT ANSWERING ANY QUESTION, PLEASE

10:17AM 22  TELL ME, AND WE CAN DISCUSS THAT MATTER PRIVATELY WITH COUNSEL.

10:17AM 23         THIS PROCESS SEEKS TO IDENTIFY ANY ISSUE INCLUDING THOSE

10:17AM 24  THAT MIGHT BE CONTROVERSIAL THAT RAISE AN ISSUE OF BIAS OR

10:17AM 25  INABILITY TO BE FAIR AND IMPARTIAL.

10:17AM 1       NOW, IF ANY JUROR FEELS LIKE AN ISSUE HAS ARISEN AND THEY

10:17AM 2   WOULD LIKE TO OR THINK IT MIGHT BE BETTER TO SPEAK IN PRIVATE

10:17AM 3   WITH THE COURT AND COUNSEL, PLEASE LET ME KNOW AND WE CAN DO

10:17AM 4   THAT.

10:17AM 5       WE WILL SET UP AN ARRANGEMENT WHERE WE CAN TALK PRIVATELY

10:17AM 6   IN A ROOM WITH OUR COURT REPORTER AND COUNSEL, AND WE WILL HAVE

10:17AM 7   THE OPPORTUNITY TO DISCUSS ANY ISSUE THAT YOU FEEL APPROPRIATE

10:18AM 8   TO DISCUSS IN PRIVATE.

10:18AM 9       PLEASE LET ME KNOW IF YOU WISH TO DO SO, AND DON'T BE SHY

10:18AM 10  ABOUT ASKING THAT IF YOU FEEL IT IS APPROPRIATE.

10:18AM 11      NOW, LADIES AND GENTLEMEN, IT IS APPROPRIATE -- EXCUSE ME.

10:18AM 12  IT'S IMPORTANT THAT YOU EXPRESS THESE ISSUES WITH THE PARTIES.

10:18AM 13      AS I SAID, WE CAN MEET PRIVATELY, BUT WE WANT THE JUROR

10:18AM 14  TO BE FRANK AND OPEN AND WE WANT YOU TO SPEAK, BUT WE ALSO WANT

10:18AM 15  TO BE -- TAKE CARE TO NOT ALLOW ANYTHING SAID TO NEGATIVELY

10:18AM 16  AFFECT OR INFLUENCE ANY OTHER JUROR.

10:18AM 17      NOW, THIS IS IMPORTANT.  WHILE WE WANT TO HEAR YOUR CANDID

10:18AM 18  THOUGHTS ON TOPICS, IT IS IMPORTANT THAT EXPRESSIONS, WHILE

10:18AM 19  HEARTFELT, DO NOT TAINT OR NEGATIVELY IMPACT THE OPINIONS OR

10:18AM 20  FAIRNESS OF THE OTHER MEMBERS OF THE PANEL.

10:18AM 21      IN SELECTING A JURY, EACH SIDE IS PERMITTED A CERTAIN

10:18AM 22  NUMBER OF PEREMPTORY CHALLENGES TO PROSPECTIVE JURORS.

10:19AM 23      THE ATTORNEY MAY EXCUSE A JUROR BECAUSE IN THEIR OPINION

10:19AM 24  THEY FEEL THAT THIS ISN'T THE RIGHT CASE FOR THE JUROR.

10:19AM 25      CHALLENGES FOR CAUSE ARE CHALLENGES WHERE A PARTY OR THE

```
10:19AM  1    COURT FEELS THAT A PROSPECTIVE JUROR CANNOT SIT ON A CASE

10:19AM  2    BECAUSE OF A BIAS, INTEREST, OR OTHER INABILITY TO BE FAIR AND

10:19AM  3    IMPARTIAL.

10:19AM  4         I WILL DECIDE IF A JUROR SHOULD BE EXCUSED FOR CAUSE.

10:19AM  5         NOW, THE QUESTIONS OF THE COURT AND COUNSEL AND THE

10:19AM  6    ANSWERS OF PROSPECTIVE JURORS ASSIST THE ATTORNEYS IN THEIR

10:19AM  7    DECISIONS.

10:19AM  8         FOLLOWING MY QUESTIONS AND THE QUESTIONS OF COUNSEL, THE

10:19AM  9    LAWYERS WILL HAVE AN OPPORTUNITY TO MAKE DECISIONS AS TO ANY

10:19AM  10   CHALLENGES THEY MIGHT HAVE.  WE WILL TAKE THESE UP AFTER WE

10:19AM  11   HAVE MET WITH ALL OF THE PANELS SUMMONED FOR THIS CASE.

10:19AM  12        AS I SAID, YOU WILL BE NOTIFIED BY THE COURT WHETHER AND

10:19AM  13   WHEN YOU ARE TO RETURN TO THE COURT.

10:19AM  14        WE WILL ALSO SELECT SIX ALTERNATE JURORS WHO WILL SIT

10:20AM  15   DURING THE TRIAL.  SHOULD A MEMBER OF THE 12 SEATED JURORS BE

10:20AM  16   UNABLE TO CONTINUE TO SIT AS A JUROR, THE ALTERNATE JURORS WILL

10:20AM  17   REPLACE THAT SITTING JUROR AND WILL JOIN THE OTHER JURORS IN

10:20AM  18   THE DELIBERATION AT THE CONCLUSION OF THE CASE.

10:20AM  19        IF THERE IS NO NEED FOR SUBSTITUTION OF A SITTING JUROR,

10:20AM  20   THE ALTERNATE JURORS WILL NOT JOIN THE DELIBERATIONS OF THE

10:20AM  21   SITTING JURORS AT THE CONCLUSION OF THE CASE BUT WILL BE

10:20AM  22   PERMITTED TO LEAVE THE COURT SUBJECT TO BEING RECALLED TO

10:20AM  23   REPLACE A DELIBERATING JUROR SHOULD THAT NEED ARISE.

10:20AM  24        NOW, LADIES AND GENTLEMEN, YOU HAVE COMPLETED

10:20AM  25   QUESTIONNAIRES LAST WEEK, I BELIEVE, AND THESE HAVE BEEN VERY
```

10:20AM 1 HELPFUL TO ALL OF US IN PREPARATION OF THIS PROCESS.

10:20AM 2  SOME OF MY QUESTIONS MAY BE REPETITIVE OR LIKE THE

10:20AM 3 QUESTIONNAIRE, AND I WILL HAVE ADDITIONAL QUESTIONS TO ASK EACH

10:20AM 4 OF YOU, SO I WANT TO THANK YOU IN ADVANCE FOR YOUR PATIENCE IN

10:21AM 5 THIS PROCESS.

10:21AM 6  PLEASE DO LISTEN CAREFULLY TO ALL OF THE QUESTIONS ASKED

10:21AM 7 AS WELL AS THE ANSWERS OF PROSPECTIVE JURORS.  DOING THIS MAY

10:21AM 8 ASSIST YOU IN THINKING ABOUT WHAT YOUR RESPONSE MIGHT BE TO THE

10:21AM 9 QUESTION.

10:21AM 10  LET ME BEGIN BY ASKING ALL OF YOU HERE, DO ANY OF YOU KNOW

10:21AM 11 ANY OF THE UNITED STATES ATTORNEYS OR ANY DEFENSE COUNSEL, OR

10:21AM 12 ANY MEMBERS OF THEIR TEAMS?  DO YOU KNOW ANY OF THESE LAWYERS

10:21AM 13 OR THEIR TEAMS?  IF YOU DO, PLEASE RAISE YOUR HAND SO I CAN SEE

10:21AM 14 YOU.

10:21AM 15  I SEE NO HANDS.

10:21AM 16  HAVE ANY OF YOU HAD BUSINESS DEALINGS WITH THE ATTORNEYS

10:21AM 17 OR BEEN REPRESENTED BY THEM OR MEMBERS OF THEIR FIRMS?

10:21AM 18  AGAIN, I SEE NO HANDS.

10:21AM 19  DO ANY OF YOU KNOW THE DEFENDANT, MR. BALWANI?  ANY OF YOU

10:21AM 20 KNOW HIM OR FEEL YOU KNOW HIM?

10:21AM 21  I SEE NO HANDS.

10:21AM 22  DO ANY OF YOU KNOW ANY OF THE WITNESSES THAT WERE ON THE

10:22AM 23 LIST THAT YOU READ PREVIOUSLY?  ANYONE KNOW OR HAVE FAMILIARITY

10:22AM 24 WITH ANY OF THOSE INDIVIDUALS?

10:22AM 25  I SEE NO HANDS.

| | | |
|---|---|---|
| 10:22AM | 1 | AS I TOLD YOU, THIS CASE RELATES TO MR. BALWANI AND |
| 10:22AM | 2 | ALLEGATIONS OF VIOLATIONS OF WIRE FRAUD AND CONSPIRACY TO |
| 10:22AM | 3 | COMMIT WIRE FRAUD AS I READ TO YOU IN THE INDICTMENT. |
| 10:22AM | 4 | HAS ANYONE READ OR HEARD ANY NEWS COVERAGE OF THIS CASE? |
| 10:22AM | 5 | JUST RAISE YOUR HANDS IF YOU HAVE. |
| 10:22AM | 6 | OKAY.  LET ME START IN THE BOX HERE.  LET'S SEE.  WE NEED |
| 10:22AM | 7 | OUR MICROPHONE AGAIN. |
| 10:22AM | 8 | IF YOU COULD RAISE YOUR HAND, WE'LL START IN THE BACK ROW. |
| 10:22AM | 9 | YES. |
| 10:22AM | 10 | IS THAT JUROR NUMBER 10? |
| 10:22AM | 11 | PROSPECTIVE JUROR:  YES. |
| 10:22AM | 12 | THE COURT:  WHAT IS IT THAT YOU WOULD LIKE ME TO |
| 10:22AM | 13 | KNOW ABOUT THAT QUESTION? |
| 10:23AM | 14 | PROSPECTIVE JUROR:  I JUST HEARD IN THE NEWS OR ON |
| 10:23AM | 15 | YOUTUBE SOMETHING -- SO I THINK MR. BALWANI AND FRAUD. |
| 10:23AM | 16 | THE COURT:  YOU HEARD SOMETHING ABOUT THE CASE ON |
| 10:23AM | 17 | YOUTUBE DID YOU SAY? |
| 10:23AM | 18 | PROSPECTIVE JUROR:  YEAH, YOUTUBE OR NEWS, YEAH. |
| 10:23AM | 19 | THE COURT:  DID YOU, JUROR NUMBER 10, DID YOU WATCH |
| 10:23AM | 20 | A YOUTUBE VIDEO ABOUT THIS CASE? |
| 10:23AM | 21 | PROSPECTIVE JUROR:  A FEW MONTHS AGO I THINK. |
| 10:23AM | 22 | THE COURT:  YES. |
| 10:23AM | 23 | PROSPECTIVE JUROR:  YEAH. |
| 10:23AM | 24 | THE COURT:  AND TELL ME, HOW LONG WAS THE VIDEO THAT |
| 10:23AM | 25 | YOU SAW? |

10:23AM   1              PROSPECTIVE JUROR:  JUST A FEW MINUTES.  I DID NOT

10:23AM   2     WATCH FROM THE BEGINNING TO THE END.

10:23AM   3              THE COURT:  I SEE.

10:23AM   4              PROSPECTIVE JUROR:  JUST MY FRIEND WATCH IT, AND I

10:23AM   5     JUST TAKE A LOOK.

10:23AM   6              THE COURT:  I SEE.

10:23AM   7              PROSPECTIVE JUROR:  YEAH.

10:23AM   8              THE COURT:  ALL RIGHT.  SO CAN YOU ESTIMATE THE

10:23AM   9     AMOUNT OF TIME THAT YOU WATCHED THAT VIDEO IN MINUTES OR

10:23AM   10    SECONDS?

10:24AM   11             PROSPECTIVE JUROR:  PROBABLY TWO OR THREE MINUTES.

10:24AM   12             THE COURT:  TWO OR THREE MINUTES.  OKAY.  THANK YOU.

10:24AM   13       AND IS THERE ANYTHING ABOUT WHAT YOU SAW OR HEARD IN THAT

10:24AM   14    VIDEO, THAT YOUTUBE VIDEO, THAT YOU THINK WILL AFFECT YOUR

10:24AM   15    ABILITY TO BE FAIR AND IMPARTIAL AS A JUROR IN THIS CASE?

10:24AM   16             PROSPECTIVE JUROR:  BECAUSE I THINK IT IS IMPOSSIBLE

10:24AM   17    TO DO ONLY ONE BLOOD AND THEN YOU WILL KNOW YOUR HEALTH

10:24AM   18    CONDITION.

10:24AM   19             THE COURT:  SO LET ME ASK YOU -- THAT'S YOUR OPINION

10:24AM   20    ABOUT -- IT SOUNDS LIKE YOU HEARD SOMETHING ABOUT THE CASE FROM

10:24AM   21    THE YOUTUBE VIDEO?

10:24AM   22             PROSPECTIVE JUROR:  I THINK SO, YEAH.

10:24AM   23             THE COURT:  AND THERE MAY HAVE BEEN THINGS THAT WERE

10:24AM   24    SAID IN THAT VIDEO?

10:24AM   25             PROSPECTIVE JUROR:  YEAH.

```
10:24AM   1              THE COURT:  AND IS THAT WHAT YOU JUST TOLD ME THAT
10:24AM   2    YOU HEARD, OR IS THAT WHAT YOU BELIEVE?
10:24AM   3              PROSPECTIVE JUROR:  I BELIEVE.
10:24AM   4              THE COURT:  YOU PERSONALLY BELIEVE THAT?
10:24AM   5              PROSPECTIVE JUROR:  YEAH.
10:24AM   6              THE COURT:  I SEE.  OKAY.
10:25AM   7         SO -- AND IS THAT BASED ON WHAT YOU SAW IN THAT VIDEO OR
10:25AM   8    SOME OTHER INFORMATION?
10:25AM   9              PROSPECTIVE JUROR:  ME AND MY HUSBAND, WE DISCUSSED,
10:25AM  10    WE DISCUSSED A LITTLE BIT.
10:25AM  11              THE COURT:  I SEE.
10:25AM  12              PROSPECTIVE JUROR:  AND THEN WE BOTH THOUGHT THIS IS
10:25AM  13    IMPOSSIBLE.
10:25AM  14              THE COURT:  YOU BOTH DECIDED?
10:25AM  15              PROSPECTIVE JUROR:  YEAH.
10:25AM  16              THE COURT:  ARE YOU SCIENTISTS?
10:25AM  17              PROSPECTIVE JUROR:  NO, I'M NOT.
10:25AM  18              THE COURT:  I SEE.  OKAY.
10:25AM  19              PROSPECTIVE JUROR:  YEAH.
10:25AM  20              THE COURT:  ALL RIGHT.  I SEE.
10:25AM  21         IS THERE ANY -- HAVE YOU SEEN ANYTHING ELSE THAT YOU
10:25AM  22    THINK -- ANYTHING ELSE ABOUT THIS CASE?
10:25AM  23              PROSPECTIVE JUROR:  NO.
10:25AM  24              THE COURT:  JUST THAT VIDEO?
10:25AM  25              PROSPECTIVE JUROR:  YEAH.
```

10:25AM 1          THE COURT:  SO, JUROR NUMBER 10, IF YOU'RE SEATED AS

10:25AM 2   A JUROR IN THIS CASE, WILL YOU BE ABLE TO PUT WHAT YOU SAW AND

10:25AM 3   WHAT YOU BELIEVE OUT OF YOUR MIND AND MAKE A DECISION ONLY ON

10:25AM 4   WHAT YOU HEAR IN THIS COURTROOM?  WILL YOU BE ABLE TO DO THAT?

10:25AM 5          PROSPECTIVE JUROR:  HONESTLY, I DON'T KNOW.

10:26AM 6          THE COURT:  OKAY.

10:26AM 7          PROSPECTIVE JUROR:  YEAH.

10:26AM 8          THE COURT:  OKAY.

10:26AM 9          PROSPECTIVE JUROR:  YEAH, I DON'T.

10:26AM 10          THE COURT:  OKAY.  NOW, YOU UNDERSTAND THE TRIAL, AS

10:26AM 11   I EXPLAINED IT BEFORE, WHAT YOU WILL HEAR AS A JUROR IN THIS

10:26AM 12   CASE IS EVIDENCE, A WITNESS -- WITNESSES WILL SIT RIGHT THERE

10:26AM 13   (INDICATING).  THEY WILL SIT RIGHT THERE, AND THESE LAWYERS

10:26AM 14   WILL ASK WITNESSES QUESTIONS.  THE LAWYERS MAY INTRODUCE

10:26AM 15   EXHIBITS, DOCUMENTS.  THEY MAY SHOW THEM TO YOU ON THESE

10:26AM 16   SCREENS IN FRONT OF YOU.

10:26AM 17          AT THE END OF THE CASE THEY WILL HAVE AN OPPORTUNITY TO

10:26AM 18   ARGUE TO THE JURY, THAT IS, TO TELL THE JURY WHAT THEY BELIEVE

10:26AM 19   THE EVIDENCE SHOWS.

10:26AM 20          AT THE END OF THE CASE I WILL TELL THE JURY THE LAW THAT

10:26AM 21   THE JURY MUST USE WHEN THEY DELIBERATE, DECIDE THE CASE.

10:26AM 22          DO YOU UNDERSTAND THAT CONCEPT?

10:26AM 23          DO YOU UNDERSTAND HOW IT WORKS?

10:26AM 24          PROSPECTIVE JUROR:  YES.  YES.

10:27AM 25          THE COURT:  SO WHAT THAT MEANS, JUROR NUMBER 10, IS

10:27AM   1    YOUR DECISION, AND YOUR FELLOW JUROR'S DECISION, MUST BE MADE

10:27AM   2    ONLY, ONLY ON THE EVIDENCE THAT YOU HEAR IN THIS COURTROOM IN

10:27AM   3    THIS TRIAL.  THAT'S IT.

10:27AM   4         THE JURY CANNOT CONSIDER ANY EVIDENCE OUTSIDE, ANYTHING

10:27AM   5    THAT HAPPENED OUTSIDE, ANY ARTICLES, NEWSPAPERS, RADIO, THAT

10:27AM   6    CANNOT BE CONSIDERED IN YOUR DECISION.

10:27AM   7         ONLY THE EVIDENCE THAT IS IN THE UNIVERSE OF THIS

10:27AM   8    COURTROOM THAT IS ADMITTED, THAT'S ALL.

10:27AM   9         SO IN YOUR CASE, JUROR NUMBER 10, YOU WOULD NOT BE

10:27AM  10    PERMITTED TO CONSIDER THE YOUTUBE VIDEO THAT YOU SAW FOR TWO OR

10:27AM  11    THREE MINUTES.  YOU WOULDN'T BE ABLE TO CONSIDER THAT.

10:27AM  12         NOR WOULD YOU BE ABLE TO CONSIDER YOUR HUSBAND'S

10:27AM  13    CONVERSATIONS WITH YOU, HIS COMMENTS TO YOU ABOUT HIS BELIEFS.

10:28AM  14    YOU CAN'T CONSIDER THAT IN THIS CASE IF YOU'RE SEATED AS A

10:28AM  15    JUROR.  THAT'S NOT PERMITTED.

10:28AM  16         AND I THINK YOU UNDERSTAND WHY.  THAT'S NOT FAIR TO THINK

10:28AM  17    ABOUT SOMETHING THAT HAPPENED OUTSIDE, SOMEBODY WHO MAY NOT

10:28AM  18    HAVE EVEN BEEN IN THE COURTROOM WHO DOES NOT KNOW WHAT THE

10:28AM  19    EVIDENCE IS.  IT'S NOT FAIR TO BOTH SIDES TO HAVE THAT HAPPEN.

10:28AM  20         DO YOU UNDERSTAND?  I'M NOT PICKING YOU ON YOU.  THIS IS A

10:28AM  21    WONDERFUL OPPORTUNITY TO DESCRIBE FOR YOUR COLLEAGUES HERE HOW

10:28AM  22    THIS PROCESS WORKS AND THE IMPORTANCE OF ONLY CONSIDERING THE

10:28AM  23    EVIDENCE IN THIS COURTROOM.

10:28AM  24         DO YOU UNDERSTAND THAT?

10:28AM  25              PROSPECTIVE JUROR:  YES.

10:28AM 1          THE COURT:  DO YOU THINK THAT YOU'LL BE ABLE TO DO

10:28AM 2    THAT?

10:28AM 3          PROSPECTIVE JUROR:  I'LL TRY, YEAH.

10:28AM 4          THE COURT:  OKAY.  AND I APPRECIATE THAT AND THESE

10:28AM 5    LAWYERS APPRECIATE THAT YOU'LL TRY.  YOU KNOW, WE ALL HAVE

10:28AM 6    EXPECTATIONS THAT WE CAN TRY.  AND I SOMETIMES WONDER, HOW DO I

10:29AM 7    TALK TO SOMEONE WHEN THEY SAY THEY'LL TRY TO DO IT?

10:29AM 8          AND I TRY TO COMPARE IT THINKING LIKE, WELL, I THINK I'LL

10:29AM 9    GO OUTSIDE AND RUN A MILE IN FOUR MINUTES, AND I CAN TRY TO DO

10:29AM 10   THAT, BUT I'M VERY CONFIDENT THAT I WILL NOT BE ABLE TO RUN A

10:29AM 11   MILE IN FOUR MINUTES.  I'M VERY CONFIDENT I CAN'T.  BUT I'LL

10:29AM 12   TRY.  BUT I HAVE GREAT CONFIDENCE THAT I WON'T BE ABLE TO RUN A

10:29AM 13   MILE IN FOUR MINUTES.

10:29AM 14         DO YOU UNDERSTAND THAT CONCEPT?

10:29AM 15         PROSPECTIVE JUROR:  UH-HUH, YES.

10:29AM 16         THE COURT:  RIGHT.  SO I DON'T KNOW IF THAT HELPS

10:29AM 17   YOU ANSWER MY QUESTION OR THOUGHTS ABOUT YOUR ABILITY TO PUT

10:29AM 18   ASIDE EVERYTHING.

10:29AM 19         PROSPECTIVE JUROR:  UH-HUH.

10:29AM 20         THE COURT:  WHAT DO YOU THINK?

10:29AM 21         YOU SHOULD KNOW I'M SMILING RIGHT NOW.  I'M NOT PICKING ON

10:29AM 22   YOU.

10:29AM 23         PROSPECTIVE JUROR:  YES, YES.

10:29AM 24         THE COURT:  YOU'RE THE FIRST PERSON TO ANSWER A

10:29AM 25   QUESTION, SO --

```
10:29AM   1               PROSPECTIVE JUROR:  YES.

10:29AM   2               THE COURT:  YES.  SO SORRY ABOUT THAT.

10:29AM   3          BUT WHAT DO YOU THINK?  WHAT DO YOU THINK ABOUT THAT

10:29AM   4    CONCEPT?

10:30AM   5          YOU SAID YOU'LL TRY.  YOU SAID YOU'LL TRY.

10:30AM   6          DO THESE LAWYERS -- DO I HAVE TO WORRY ABOUT, WELL, JUROR

10:30AM   7    NUMBER 10 SAW THIS VIDEO, IT CAUSED HER TO THINK, SHE TOLD US

10:30AM   8    THIS MORNING THAT SHE DOES NOT BELIEVE SOMETHING IS POSSIBLE

10:30AM   9    THAT MAY BE IN EVIDENCE IN THIS CASE, I DON'T KNOW.

10:30AM  10          BUT DO YOU THINK THAT YOU COULD PUT ALL OF THAT ASIDE AND

10:30AM  11    JUST DECIDE THE CASE ONLY ON WHAT YOU HEAR HERE IN THE

10:30AM  12    COURTROOM?

10:30AM  13               PROSPECTIVE JUROR:  OKAY.  YES.  OKAY.

10:30AM  14               THE COURT:  I'M NOT TRYING TO TALK YOU INTO

10:30AM  15    SOMETHING.

10:30AM  16               PROSPECTIVE JUROR:  YEAH.

10:30AM  17               THE COURT:  YOU KNOW, WE WANT TO KNOW.  WE WANT TO

10:30AM  18    KNOW -- NOW THAT YOU KNOW AND UNDERSTAND THAT CONCEPT.

10:30AM  19               PROSPECTIVE JUROR:  YEAH, I UNDERSTAND, YES.

10:30AM  20               THE COURT:  ALL RIGHT.  IS THERE ANYTHING ELSE YOU

10:30AM  21    WANT ME TO KNOW ABOUT THAT?

10:30AM  22               PROSPECTIVE JUROR:  NO.

10:30AM  23               THE COURT:  THANK YOU FOR LETTING ME SPEND SOME TIME

10:30AM  24    WITH YOU TO EXPLAIN THIS PROCESS.

10:30AM  25               PROSPECTIVE JUROR:  OKAY.
```

10:30AM 1           THE COURT:  I HOPE THIS WILL BE HELPFUL FOR YOUR

10:30AM 2  FELLOW JURORS.

10:30AM 3           PROSPECTIVE JUROR:  OKAY.

10:30AM 4           THE COURT:  THANK YOU FOR THAT, JUROR NUMBER 10.

10:31AM 5           PROSPECTIVE JUROR:  OKAY.  THANK YOU.

10:31AM 6           THE COURT:  YOU'RE WELCOME.

10:31AM 7        WAS THERE SOMEONE ELSE?  YES.  WHY DON'T WE HAND IT OVER,

10:31AM 8  JUROR NUMBER 10, TO -- WHY DON'T YOU HAND IT TO YOUR LEFT.

10:31AM 9        OH, LET'S GO TO -- DOWN TO THE END OF THE ROW.  YES.

10:31AM 10 THANK YOU.

10:31AM 11       IS THAT JUROR 34?

10:31AM 12          PROSPECTIVE JUROR:  CORRECT.

10:31AM 13          THE COURT:  YES.  YES, SIR.

10:31AM 14          PROSPECTIVE JUROR:  YES, I THINK TO ANSWER THE

10:31AM 15 QUESTION IF WE HAVE SEEN IT ON THE NEWS AND WHATNOT.

10:31AM 16          THE COURT:  YES.

10:31AM 17          PROSPECTIVE JUROR:  YES, FOR SURE.  I CONSUME NEWS

10:31AM 18 PRETTY FREQUENTLY SO I JUST WANTED TO RAISE MY HAND FOR THAT.

10:31AM 19          THE COURT:  SURE.  AND BASED ON WHAT -- YOUR

10:31AM 20 KNOWLEDGE OF THE NEWS AND WHAT YOU'VE READ AND THOSE THINGS, DO

10:31AM 21 YOU THINK THAT WILL AFFECT YOUR ABILITY TO BE FAIR AND

10:31AM 22 IMPARTIAL AS A JUROR IN THIS CASE.

10:31AM 23          PROSPECTIVE JUROR:  I MEAN, BASED ON YOUR PREVIOUS

10:31AM 24 DESCRIPTION, I THINK, YOU KNOW, I FALL INTO THE "I WILL TRY,"

10:31AM 25 BUT I THINK IN MY MIND I COULD PROBABLY ELIMINATE SOME OF IT.

10:32AM 1      YOU KNOW, I'M -- I DO CONSUME NEWS QUITE A BIT, SO I

10:32AM 2   DON'T KNOW WHAT OF THAT HAS AN EFFECT ON ME IN REALITY.  I

10:32AM 3   COULDN'T TELL YOU.

10:32AM 4      BUT I DEFINITELY WOULD PROMISE TO DO, YOU KNOW, WHAT I

10:32AM 5   SHOULD.

10:32AM 6          THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THAT.

10:32AM 7      YOU KNOW, IT IS KIND OF A -- AND I THINK I UNDERSTAND,

10:32AM 8   JUROR NUMBER 34, THE -- YOUR POSITION MIGHT BE HOW DO YOU --

10:32AM 9   HOW CAN I FORGET?  HOW CAN I PUT OUT OF MY MIND SOMETHING THAT

10:32AM 10  I'VE READ AND MAYBE FOLLOWED?

10:32AM 11     IT SOUNDS LIKE YOU'RE A REGULAR CONSUMER OF NEWS.

10:32AM 12         PROSPECTIVE JUROR:  YEP.

10:32AM 13         THE COURT:  AND IT MAY BE THAT THIS CASE WAS IN THE

10:32AM 14  NEWS RECENTLY, AND YOU'VE SEEN IT, YOU'VE READ ARTICLES ABOUT

10:32AM 15  IT.

10:32AM 16     AND YOU MIGHT BE SAYING, NOW THIS JUDGE IS ASKING ME TO

10:32AM 17  FORGET EVERYTHING I READ.  HOW DO I DO THAT?  HOW DO I FORGET?

10:33AM 18  YOU KNOW, THE MULTIPLICATION TABLES, WHAT IS 2 TIMES 2?  HOW DO

10:33AM 19  I PUT THAT OUT OF MY MIND, RIGHT?

10:33AM 20     AND THAT'S WHAT WE ASK YOU TO DO AS JURORS, THOUGH.  I

10:33AM 21  UNDERSTAND WE'RE HUMAN, AND THESE LAWYERS WANT TO KNOW IS IT

10:33AM 22  POSSIBLE FOR EACH JUROR, PROSPECTIVE JUROR TO DO THAT?

10:33AM 23     WHAT CHALLENGES WOULD THEY HAVE AND CAN THEY PROMISE BOTH

10:33AM 24  SIDES AND THE COURT THAT THEY WOULD DO THAT?

10:33AM 25     AND IT'S, IT'S -- YOU KNOW, JUROR NUMBER 34, I RECOGNIZE

10:33AM 1    THAT IT WOULD BE A CHALLENGE IF YOU HAVE SOME PRIOR KNOWLEDGE.

10:33AM 2         THE FEAR IS THAT YOU MIGHT HEAR SOMETHING IN THIS

10:33AM 3    COURTROOM AND YOU'LL SAY, WELL, THAT'S NOT, THAT'S NOT WHAT I

10:33AM 4    READ IN A BLOG, OR THAT'S NOT WHAT I -- THAT'S CONTRARY TO WHAT

10:33AM 5    I READ IN THE NEWSPAPER.

10:33AM 6         AND IT MIGHT BE THAT THE BLOG WAS COMPLETELY WRONG.  THE

10:33AM 7    BLOG HAS JUST THIS PERSON'S OPINION WHO IS BLOGGING THAT REALLY

10:33AM 8    IS NOT BASED ON ANYTHING.

10:34AM 9         THE NEWSPAPER MIGHT BE WRONG BECAUSE THEY'RE JUST

10:34AM 10   REPORTING SOMETHING THAT THEIR OPINION OF WHAT HAPPENED OR

10:34AM 11   SOMETHING LIKE THAT.

10:34AM 12        BUT WHAT IS CRITICALLY IMPORTANT FOR A JUROR IS TO MAKE

10:34AM 13   THE DECISION ONLY ON THE EVIDENCE IN THIS COURTROOM.  IT'S

10:34AM 14   CRITICAL TO BOTH SIDES FOR A FAIR TRIAL.  I THINK YOU

10:34AM 15   UNDERSTAND THAT.

10:34AM 16            PROSPECTIVE JUROR:  YEAH, TOTALLY UNDERSTOOD.  YOU

10:34AM 17   KNOW, THERE'S THINGS ALWAYS TWIRLING IN YOUR HEAD, AND HOW DO

10:34AM 18   YOU BLOCK THAT OUT?

10:34AM 19            THE COURT:  RIGHT.  YEAH.

10:34AM 20        SO THAT'S THE CHALLENGE FOR JURORS WHERE THEY HAVE SOME

10:34AM 21   PRIOR INFORMATION.  AND THE PURPOSE OF OUR CONVERSATION THIS

10:34AM 22   MORNING IS -- THESE LAWYERS WILL PROBABLY ASK YOU QUESTIONS ON

10:34AM 23   THIS AS WELL -- IS WHAT -- YOU KNOW, FIRST OF ALL, CAN YOU GIVE

10:34AM 24   ASSURANCE TO ALL OF US THAT YOU CAN BE A FAIR AND IMPARTIAL

10:34AM 25   JUROR IN THIS CASE?

10:34AM 1        AND THERE'S NO RIGHT ANSWER TO THAT.  YOU CAN, YOU CAN'T.

10:35AM 2   YOU WILL GIVE EVERY EFFORT BECAUSE YOU UNDERSTAND NOW THE

10:35AM 3   PARAMETERS AND IMPORTANCE OF THAT CONCEPT, AND YOU'LL ADHERE TO

10:35AM 4   THAT.

10:35AM 5        WHAT DO YOU THINK, JUROR NUMBER 34, WHAT IS YOUR PROCESS

10:35AM 6   FOR THAT?

10:35AM 7            PROSPECTIVE JUROR:  I MEAN, I WOULD SAY YES.  I'M

10:35AM 8   GREAT AT FOLLOWING GUIDELINES AND DIRECTIONS.

10:35AM 9        AND LIKE I SAID, THE ONLY PART IS THAT THERE IS SOME

10:35AM 10  EMBEDDED KNOWLEDGE, WHETHER IT'S TRUE OR NOT, AND I WILL PUT IT

10:35AM 11  OUT.

10:35AM 12           THE COURT:  YOU CAN PARSE THAT OUT, KEEP THAT

10:35AM 13  SEPARATE IF YOU'RE SEATED AS A JUROR IN THE CASE.

10:35AM 14           PROSPECTIVE JUROR:  YEAH, I BELIEVE THAT IF WE'RE

10:35AM 15  JUST LOOKING AT EVIDENCE HERE POTENTIALLY, YEAH.  IT'S REALLY

10:35AM 16  HARD FOR ME TO PREDICT THE FUTURE.  I HAVE NOT SAT ON A JURY

10:35AM 17  BEFORE, AND SO I DON'T KNOW WHAT -- I CAN SAY YES, BUT, YOU

10:35AM 18  KNOW --

10:36AM 19           THE COURT:  OKAY.  WITH GREAT CONFIDENCE?

10:36AM 20           PROSPECTIVE JUROR:  WITH SOME CONFIDENCE.

10:36AM 21           THE COURT:  AND AGAIN, THAT'S WHAT THE JURY SERVICE

10:36AM 22  IS.  THE DECISION IS ONLY ON THE EVIDENCE HERE.

10:36AM 23       AND THAT EVIDENCE MAY BE SOMEWHAT DIFFERENT THAN WHAT YOU

10:36AM 24  AND OTHERS HAVE HEARD, READ, OR TALKED ABOUT IN THE NEWS WORLD,

10:36AM 25  IN THE PRIVATE ARENA.

10:36AM   1          BUT IT HAS TO BE CONFINED HERE.  AND THE REASON I'M

10:36AM   2     SPENDING TIME ON THIS IS THAT ALL OF US WANT TO BE ASSURED THAT

10:36AM   3     A JUROR WHO SITS HERE WILL DO THAT.  THAT'S PART OF THE JOB.

10:36AM   4     THAT'S PART OF THE OATH.

10:36AM   5          THE OTHER PART OF THIS IS TO FOLLOW THE INSTRUCTIONS OF

10:36AM   6     THE COURT.  I'LL GIVE YOU THE LAW THAT APPLIES TO THE COURT.

10:36AM   7          ONE OF THE INSTRUCTIONS THAT I'LL GIVE YOU IS THAT YOU'RE

10:36AM   8     NOT, IF YOU'RE SEATED AS A JUROR IN THE CASE, YOU'RE NOT

10:36AM   9     PERMITTED TO READ, DO ANY INVESTIGATION, LEARN ABOUT THIS CASE

10:36AM  10     IN ANY OTHER WAY FOR THE SAME REASONS.

10:37AM  11               PROSPECTIVE JUROR:  OKAY.

10:37AM  12               THE COURT:  RIGHT.  YOU CAN DO THAT I TAKE IT?

10:37AM  13               PROSPECTIVE JUROR:  YES.

10:37AM  14               THE COURT:  OKAY.  ANYTHING ELSE YOU WOULD LIKE US

10:37AM  15     TO KNOW ABOUT THE QUESTION ABOUT HAVING HEARD OR KNOWN

10:37AM  16     SOMETHING ABOUT THE CASE?

10:37AM  17               PROSPECTIVE JUROR:  NO.  I THINK THAT'S IT.

10:37AM  18               THE COURT:  CAN YOU BE A FAIR AND IMPARTIAL JUROR IN

10:37AM  19     THIS CASE TO BOTH SIDES?

10:37AM  20               PROSPECTIVE JUROR:  I BELIEVE I CAN.

10:37AM  21               THE COURT:  OKAY.  THANK YOU.

10:37AM  22          THE FRONT ROW HERE I THINK WAS ANOTHER INDIVIDUAL.

10:37AM  23          YES, 28.  THANK YOU, SIR.

10:37AM  24          JUROR NUMBER 28, YES.

10:37AM  25               PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.

10:37AM 1          WELL, MY CASE IS DIFFERENT.  I DON'T KNOW ANYBODY HERE,

10:37AM 2    ESPECIALLY WITH MR. BALWANI, BUT I KIND OF KNOW THE COMPANIES

10:37AM 3    CREATED BY ELIZABETH HOLMES.  IT'S BEEN LIKE -- WELL, I READ

10:37AM 4    THE NEWS NOT ABOUT HER CASE BUT ABOUT HER COMPANIES, AND IT'S

10:38AM 5    BEEN MANY YEARS, AND IT'S BEEN DISCUSSED IN THE FAMILY, TOO,

10:38AM 6    YEARS BEFORE I WAS CALLED HERE TO BE LIKE THE JURY.

10:38AM 7          THE FACT IS, LIKE, I'VE BEEN PROBABLY CARE FOR MY ELDER

10:38AM 8    PARENTS.

10:38AM 9          THE COURT:  YES.

10:38AM 10          PROSPECTIVE JUROR:  AND ALSO MY TERMINALLY ILL

10:38AM 11   SISTER.  AND THE LAST ONE HAD BREAST CANCER, AND SHE JUST

10:38AM 12   PASSED AWAY A FEW MONTHS AGO.

10:38AM 13          AND THE POINT IS THAT LIKE EVERY TIME I HELP TAKE MY

10:38AM 14   PARENTS AND SISTER TO THE HOSPITAL FOR THE BLOOD TESTS AND

10:39AM 15   EVERYTHING, AND MY FATHER, YOU KNOW, HE COULDN'T WALK SO

10:39AM 16   USUALLY I PUSH HIM WITH THE WHEELCHAIR, AND, YOU KNOW, HE LOOK

10:39AM 17   WELL AND IT'S VERY HARD FOR LIKE THE TECHES TO DRAW BLOOD FROM

10:39AM 18   HIM AT THE CLINICS AND ALSO AT THE HOSPITAL, ESPECIALLY WITH MY

10:39AM 19   SISTER WHO IS VERY -- IT'S HARD TO DRAW BLOOD FROM HER.  SO

10:39AM 20   USUALLY WHEN SHE HAS, LIKE, THEY HAVE TO POKE A LOT OF TIMES ON

10:39AM 21   HER ARM TO GET BLOOD.

10:39AM 22          THE COURT:  YES.

10:39AM 23          PROSPECTIVE JUROR:  BUT COULDN'T.  AND SHE'S, SHE'S

10:39AM 24   SO SCARED ABOUT THAT.

10:39AM 25          AND THEN --

| | | |
|---|---|---|
| 10:39AM | 1 | THE COURT:  SO LET ME ASK YOU, JUROR NUMBER 28 -- |
| 10:40AM | 2 | PROSPECTIVE JUROR:  OKAY. |
| 10:40AM | 3 | THE COURT:  -- IT SOUNDS LIKE YOU HAVE SOME PERSONAL |
| 10:40AM | 4 | EXPERIENCE -- |
| 10:40AM | 5 | PROSPECTIVE JUROR:  RIGHT, RIGHT. |
| 10:40AM | 6 | THE COURT:  -- WITH THE BLOOD DRAW? |
| 10:40AM | 7 | PROSPECTIVE JUROR:  RIGHT. |
| 10:40AM | 8 | THE COURT:  BUT HAVE YOU SEEN ANYTHING ABOUT THIS |
| 10:40AM | 9 | CASE?  YOU TOLD US THAT YOU READ AND YOU DISCUSSED THIS. |
| 10:40AM | 10 | PROSPECTIVE JUROR:  RIGHT. |
| 10:40AM | 11 | THE COURT:  RIGHT. |
| 10:40AM | 12 | PROSPECTIVE JUROR:  ON THE NEWSPAPER. |
| 10:40AM | 13 | THE POINT IS THAT WHAT HAPPENED TO MY SISTER IS THAT THEY |
| 10:40AM | 14 | PUT A PORT ON HER -- |
| 10:40AM | 15 | THE COURT:  BUT, SIR, THIS QUESTION IS RELATED TO |
| 10:40AM | 16 | WHETHER OR NOT YOU HAVE HEARD OR SEEN OR KNOW ANYTHING ABOUT |
| 10:40AM | 17 | THIS CASE?  NEWS COVERAGE ABOUT THE CASE? |
| 10:40AM | 18 | PROSPECTIVE JUROR:  RIGHT.  THROUGHOUT THE YEARS, I |
| 10:40AM | 19 | WISH THAT -- YOU KNOW, IF I'M NOT MISTAKEN, LIKE I THINK |
| 10:40AM | 20 | ELIZABETH HOLMES WAS WITH A BACHELOR FROM STANFORD, AND I WOULD |
| 10:41AM | 21 | HOPE THAT STANFORD AND HAS THE BREAKTHROUGH LIKE, YOU KNOW, |
| 10:41AM | 22 | LIKE GET A FEW DROPS OF BLOOD. |
| 10:41AM | 23 | THE COURT:  THIS IS WHAT YOU HEARD?  THIS IS WHAT |
| 10:41AM | 24 | YOU READ IN THE NEWS? |
| 10:41AM | 25 | PROSPECTIVE JUROR:  READ IN THE NEWS. |

10:41AM 1        THE COURT:  OKAY.  I SEE.

10:41AM 2        PROSPECTIVE JUROR:  SO I DON'T BELIEVE THAT THE

10:41AM 3    COMPANY, THERANOS, HAS THE BREAKTHROUGH BECAUSE I FOLLOW THIS

10:41AM 4    AND I KNOW THAT IS A FRAUD COMPANY.

10:41AM 5        THE COURT:  OKAY.  SO LET ME ASK YOU, SIR, JUROR

10:41AM 6    NUMBER 28, IS THERE ANYTHING ABOUT WHAT YOU'VE HEARD, YOU'VE

10:41AM 7    READ THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR TO BOTH

10:41AM 8    SIDES IN THIS CASE?

10:41AM 9        PROSPECTIVE JUROR:  I DON'T KNOW ANYTHING ABOUT

10:41AM 10   MR. BALWANI, THE COO OF THE COMPANY, BUT AS FAR AS THE COMPANY

10:42AM 11   BY ITSELF AND FRIENDS AND FAMILY, THAT THIS IS THE FRAUD

10:42AM 12   COMPANY.  SO IT'S LIKE IMPOSSIBLE.

10:42AM 13     RIGHT NOW -- MAYBE IN THE FUTURE BUT NOW IT'S -- YOU

10:42AM 14   CANNOT --

10:42AM 15       THE COURT:  YOU DON'T -- OKAY.  YOU FORMED AN

10:42AM 16   OPINION?

10:42AM 17       PROSPECTIVE JUROR:  RIGHT.  SO I'VE BEEN SAYING THIS

10:42AM 18   IS A FRAUD COMPANY BECAUSE IT DIRECTLY RELATE TO MY PERSONAL

10:42AM 19   EXPERIENCE WITH MY --

10:42AM 20       THE COURT:  YES, I THINK I UNDERSTAND.

10:42AM 21       PROSPECTIVE JUROR:  -- FAMILY AND MY PASSED AWAY

10:42AM 22   SISTER.  SO I KNOW --

10:42AM 23       THE COURT:  JUROR NUMBER 28, I THINK I UNDERSTAND

10:42AM 24   WHAT YOU'RE SAYING.  YOU HAVE SOME PERSONAL CONNECTION.

10:42AM 25       HANG ON.  WE CAN ONLY TALK ONE AT A TIME, SO I APOLOGIZE

```
10:42AM   1    FOR INTERRUPTING YOU, SIR.

10:42AM   2         I THINK I UNDERSTAND THAT YOU'VE TOLD ME THAT THERE'S A

10:42AM   3    PERSONAL CONNECTION WITH BLOOD TESTING PROCESS.

10:42AM   4         SIR, SIR, SIR, YOU HAVE A SEAT, SIR.

10:43AM   5              PROSPECTIVE JUROR:  COULD I USE THE RESTROOM?

10:43AM   6              THE COURT:  YES.  GO AHEAD AND HAVE A SEAT FOR JUST

10:43AM   7    A MOMENT, SIR.

10:43AM   8         THANK YOU VERY MUCH.  I THINK YOU'VE ANSWERED MY QUESTION.

10:43AM   9         LET'S SEE.  WAS THERE ANOTHER HAND IN THE BOX?

10:43AM  10              PROSPECTIVE JUROR:  YES.

10:43AM  11              THE COURT:  LET'S DO -- LET ME TALK TO THIS

10:43AM  12    GENTLEMAN, AND THEN WE'LL TAKE A BRIEF BREAK FOR ABOUT FIVE

10:43AM  13    MINUTES.

10:43AM  14              PROSPECTIVE JUROR:  THANKS.

10:43AM  15              THE COURT:  YOU'RE JUROR 10?

10:43AM  16              PROSPECTIVE JUROR:  JUROR 1.

10:43AM  17              THE COURT:  I'M SORRY, JUROR 1.  YES.

10:43AM  18              PROSPECTIVE JUROR:  SO I'VE ONLY HEARD OF THIS CASE

10:43AM  19    AS A RESULT OF READING ABOUT THE END OF THE OTHER THERANOS CASE

10:43AM  20    INVOLVING ELIZABETH HOLMES.

10:43AM  21              THE COURT:  YES.

10:43AM  22              PROSPECTIVE JUROR:  I KNOW THAT --

10:43AM  23              THE COURT:  YOU KNOW ABOUT THAT CASE?

10:43AM  24              PROSPECTIVE JUROR:  YES, I KNOW ABOUT THAT CASE, AND

10:43AM  25    IT WAS ANNOUNCED AT THE END OF THE ARTICLE THAT MR. BALWANI'S
```

10:43AM 1     JURY TRIAL WAS GOING TO START AFTERWARDS.

10:43AM 2             THE COURT:  RIGHT.

10:43AM 3             PROSPECTIVE JUROR:  I'VE ALSO BEEN FOLLOWING IN THE

10:44AM 4     THERANOS -- I HAVEN'T WATCHED ANY OF THE DOCUMENTARIES, BUT I

10:44AM 5     HAVE BEEN FOLLOWING THE SAGA SINCE -- I FOLLOWED THE CASE, AND

10:44AM 6     I FOLLOWED THE ALLEGATIONS.

10:44AM 7             THE COURT:  OKAY.  AND YOU'VE HEARD ME TALK ABOUT --

10:44AM 8             PROSPECTIVE JUROR:  YES.

10:44AM 9             THE COURT:  AND WHAT ARE YOUR THOUGHTS ABOUT WHETHER

10:44AM 10    YOU CAN PUT WHATEVER YOU'VE READ, WHATEVER YOU'VE CONSUMED

10:44AM 11    ASIDE AND ONLY DECIDE THIS CASE ON THE EVIDENCE THAT YOU HEAR

10:44AM 12    IN THIS COURTROOM?  CAN YOU DO THAT?

10:44AM 13            PROSPECTIVE JUROR:  I'M UNSURE BECAUSE OF MY

10:44AM 14    PREVIOUS EXPERIENCE BECAUSE I'M A MILITARY OFFICER AS WELL, AND

10:44AM 15    I HAVE EXPECTATIONS OF PEOPLE IN POWER, PARTICULARLY

10:44AM 16    OPERATIONAL OFFICERS AND PRESIDENTS AND GENERALS AND COLONELS

10:44AM 17    AND WHOEVER THE PEOPLE ARE IN POWER, AND I HOLD THEM TO A

10:44AM 18    HIGHER EXPECTATION THAN I DO MY ENLISTED FOLKS.

10:44AM 19      SO THAT BIAS -- I'M FEELING THAT THAT BIAS WILL PROBABLY

10:44AM 20    FEED INTO MY ASSESSMENT OF MR. BALWANI SINCE HE WAS COO AND

10:45AM 21    PRESIDENT.

10:45AM 22            THE COURT:  ALL RIGHT.  AND YOU THINK THAT THAT --

10:45AM 23    BECAUSE YOU HOLD PEOPLE IN POSITIONS OF POWER TO A HIGHER

10:45AM 24    STANDARD, YOU THINK THAT COULD AFFECT YOUR ABILITY TO JUDGE HIM

10:45AM 25    FAIRLY?

10:45AM 1              PROSPECTIVE JUROR:  CORRECT.

10:45AM 2              THE COURT:  YOU HAVE NOT HEARD ANY EVIDENCE IN THE

10:45AM 3       CASE.

10:45AM 4              PROSPECTIVE JUROR:  NOT IN THIS CASE I HAVE NOT,

10:45AM 5       CORRECT.  I HAVE HEARD RECOUNTS OF THE PREVIOUS CASE.

10:45AM 6              THE COURT:  BUT YOU HAVE NOT HEARD ANY EVIDENCE --

10:45AM 7              PROSPECTIVE JUROR:  CORRECT, NO.

10:45AM 8              THE COURT:  LET ME FINISH MY QUESTION.

10:45AM 9          YOU HAVE NOT HEARD ANY EVIDENCE IN THE CASE, HAVE YOU?

10:45AM 10             PROSPECTIVE JUROR:  NO.

10:45AM 11             THE COURT:  DID YOU ATTEND THE TRIAL?

10:45AM 12             PROSPECTIVE JUROR:  NO.

10:45AM 13             THE COURT:  AND WHAT YOU HEARD AND SAW WAS THIRD

10:45AM 14      PARTY, SECOND PARTY ACCOUNTS OF WHAT THOSE REPORTING PARTIES

10:45AM 15      BELIEVED HAPPENED IN THE CASE?

10:45AM 16         IS THAT A FAIR ASSESSMENT?

10:45AM 17             PROSPECTIVE JUROR:  CORRECT.

10:45AM 18             THE COURT:  AND SO THAT -- I SAY THIS TO YOU, SIR,

10:45AM 19      BECAUSE AS A JUROR, AGAIN, YOUR DECISION IS ONLY ON WHAT

10:45AM 20      HAPPENED IN THIS COURTROOM WITH THE EVIDENCE, RIGHT?

10:46AM 21             PROSPECTIVE JUROR:  YES, SIR.

10:46AM 22             THE COURT:  YOU KNOW CHAIN OF COMMAND?

10:46AM 23             PROSPECTIVE JUROR:  YES.

10:46AM 24             THE COURT:  AND I WILL INSTRUCT YOU AS TO THE LAW

10:46AM 25      THAT YOU WILL FOLLOW.

10:46AM 1        CAN YOU FOLLOW THE INSTRUCTIONS?

10:46AM 2            PROSPECTIVE JUROR:  I CAN FOLLOW INSTRUCTIONS, YES.

10:46AM 3            THE COURT:  RIGHT.  RIGHT.

10:46AM 4        YOU WERE TRAINED TO DO THAT?

10:46AM 5            PROSPECTIVE JUROR:  YES.

10:46AM 6            THE COURT:  RIGHT.  AND THE INSTRUCTION THAT I --

10:46AM 7   ONE OF THE INSTRUCTIONS THAT I WOULD INSTRUCT IF YOU'RE SEATED

10:46AM 8   AS A JUROR IS TO TELL YOU THAT YOU MAY NOT CONSIDER ANYTHING

10:46AM 9   OUTSIDE.  YOU CAN'T DO THAT.

10:46AM 10       COULD YOU FOLLOW THAT INSTRUCTION?

10:46AM 11       I'M NOT YOUR COMMANDING OFFICER, I'M JUST A JUDGE.

10:46AM 12           PROSPECTIVE JUROR:  WELL, I CAN FOLLOW THE FACTS,

10:46AM 13  BUT WHETHER MY BIASES COLOR THOSE FACTS IS MY BIG QUESTION, AND

10:46AM 14  I'M NOT SURE I CAN DO THAT.

10:46AM 15           THE COURT:  OKAY.  OKAY.  FAIR ENOUGH.

10:46AM 16       THIS IS NOT A CHAIN OF COMMAND IN THE MILITARY FIELD WHERE

10:46AM 17  YOUR BIASES HAVE NOTHING TO DO WITH YOUR COMMANDING OFFICER'S

10:47AM 18  ORDER.

10:47AM 19           PROSPECTIVE JUROR:  I HAVE A WAY OF COLORING THINGS

10:47AM 20  REGARDLESS.

10:47AM 21           THE COURT:  WHAT RANK ARE YOU?

10:47AM 22           PROSPECTIVE JUROR:  I'M A LIEUTENANT COLONEL.

10:47AM 23           THE COURT:  ALL RIGHT.  SO WHAT DO YOU THINK, CAN

10:47AM 24  YOU PUT ALL OF THOSE BIASES ASIDE?  CAN YOU PUT WHAT YOU HAVE

10:47AM 25  HEARD ABOUT, READ ABOUT, AND DECIDE THIS CASE ONLY ON THE

10:47AM  1    EVIDENCE THAT YOU HEAR IN THIS COURTROOM?

10:47AM  2              PROSPECTIVE JUROR:  I CAN DEFINITELY PUT ASIDE THE

10:47AM  3    PREVIOUS EVIDENCE OR PREVIOUS RECOUNT OF EVIDENCE, BUT LIKE I

10:47AM  4    MENTIONED, THE BIASES PART I'M UNSURE OF WHETHER I CAN PUT

10:47AM  5    THOSE ASIDE BECAUSE THEY'VE BEEN INGRAINED INTO ME AND POUNDED

10:47AM  6    INTO ME AT THIS POINT.

10:47AM  7              THE COURT:  OKAY.  POUNDED INTO YOU BY WHAT YOU'VE

10:47AM  8    READ?

10:47AM  9              PROSPECTIVE JUROR:  SO I CAN PUT ASIDE WHAT I'VE

10:47AM  10   READ, BUT MY BIASES, I'M NOT SURE -- I CAN PUT ASIDE MY BIASES.

10:47AM  11             THE COURT:  I SEE.  YOU HAVE SOME PERSONAL BIASES.

10:48AM  12        OKAY.  ALL RIGHT.  THANK YOU.  THANK YOU VERY MUCH.

10:48AM  13        LET'S TAKE A BREAK NOW.  WE'LL TAKE ABOUT A SEVEN MINUTE

10:48AM  14   BREAK.  PLEASE REMEMBER WHERE YOU'RE SEATED AND RETURN TO YOUR

10:48AM  15   SEATS, PLEASE, AND WE'LL TAKE A BRIEF BREAK.

10:50AM  16        (PROSPECTIVE JURY PANEL OUT AT 10:50 A.M.)

10:50AM  17             THE COURT:  THE RECORD SHOULD REFLECT THAT OUR

10:50AM  18   PROSPECTIVE PANEL HAS LEFT THE COURTROOM.  ALL COUNSEL ARE

10:50AM  19   PRESENT, AND THE DEFENDANT IS PRESENT.

10:50AM  20        COUNSEL, ANYTHING YOU WANT TO PUT ON THE RECORD BEFORE WE

10:50AM  21   TAKE OUR BREAK?

10:50AM  22             MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

10:50AM  23             THE COURT:  ANYTHING?

10:50AM  24             MR. COOPERSMITH:  THE ONLY THING, YOUR HONOR, IS

10:50AM  25   THAT I DO HAVE A CONCERN WITH SOME OF THE COMMENTS, AND NO

10:50AM 1   FAULT OF THE COURT'S, BUT BECAUSE PEOPLE DO HAVE STRONG

10:50AM 2   FEELINGS, SOME PEOPLE -- AND I KNOW YOUR HONOR IS DOING, YOU

10:50AM 3   KNOW, AS WELL AS YOU POSSIBLY CAN TO TRY TO STOP IT BEFORE IT

10:50AM 4   INFECTS THE ROOM, BUT THERE ARE COMMENTS THAT ARE BEING MADE

10:50AM 5   THAT I THINK ARE HIGHLY PREJUDICIAL TO MR. BALWANI ABOUT

10:50AM 6   PEOPLE'S BELIEFS ABOUT THE BLOOD TESTING TECHNOLOGY AND THAT

10:50AM 7   IT'S A FRAUD, AND THAT HAS ALREADY COME OUT.

10:50AM 8        I THINK IT'S GOING TO BE DIFFICULT TO CONTINUE TO POLICE

10:50AM 9   THAT, ALTHOUGH I KNOW YOUR HONOR IS WELL AWARE AND COGNIZANT OF

10:50AM 10  THAT.

10:50AM 11           THE COURT:  OKAY.  THANK YOU.

10:50AM 12       ANYTHING ELSE?

10:51AM 13       OKAY.  LET'S TAKE A BRIEF BREAK.

10:51AM 14       (RECESS FROM 10:51 A.M. UNTIL 11:08 A.M.)

11:08AM 15       (PROSPECTIVE JURY PANEL IN AT 11:08 A.M.)

11:08AM 16           THE COURT:  DO WE HAVE EVERYONE?

11:09AM 17           THE CLERK:  I BELIEVE SO, YOUR HONOR.

11:09AM 18       WE ARE BACK ON THE RECORD.  EVERYONE PREVIOUSLY PRESENT IS

11:09AM 19  PRESENT ONCE AGAIN.

11:09AM 20       OUR PROSPECTIVE PANEL IS PRESENT.

11:09AM 21       LET'S CONTINUE.  THE QUESTION TO THE PROSPECTIVE PANEL WAS

11:09AM 22  HAD ANYONE READ OR HEARD OF ANY NEWS COVERAGE IN THIS CASE?

11:09AM 23       WE'VE TALKED WITH JURORS HERE.  IF THOSE WHO I HAVE NOT

11:09AM 24  TALKED WITH YET, IF YOU COULD RAISE YOUR HANDS AGAIN, PLEASE.

11:09AM 25       OKAY.  WE'LL GET A MICROPHONE DOWN TO YOU.

11:09AM  1        IF YOU COULD IDENTIFY YOUR JUROR NUMBER, THAT WOULD BE

11:09AM  2    HELPFUL.

11:09AM  3            PROSPECTIVE JUROR:  50.

11:09AM  4            THE COURT:  5-0.  YES.  THANK YOU.

11:09AM  5        AND YOU HAVE READ OR HEARD NEWS COVERAGE OF THIS CASE?

11:09AM  6            PROSPECTIVE JUROR:  OF THIS CASE AND THE PREVIOUS

11:09AM  7    ONE AS WELL.

11:09AM  8            THE COURT:  ALL RIGHT.  AND YOU'VE READ THIS ON THE

11:09AM  9    NEWS, NEWSPAPERS, THOSE TYPES OF THINGS?

11:09AM 10            PROSPECTIVE JUROR:  I FOLLOW THE NEWS ABOUT IT.

11:09AM 11            THE COURT:  OKAY.  WITHOUT TELLING ME EXACTLY WHAT

11:10AM 12    IT IS YOU'VE HEARD AND WHAT IT IS THAT YOU'VE READ, LET ME JUST

11:10AM 13    ASK YOU, WILL YOU BE ABLE TO PUT ASIDE ANYTHING THAT YOU'VE

11:10AM 14    HEARD, READ, OR LISTENED TO IF YOU'RE SEATED AS A JUROR IN THIS

11:10AM 15    CASE AND DECIDE THIS CASE ONLY ON THE EVIDENCE THAT YOU HEAR IN

11:10AM 16    THIS COURTROOM?

11:10AM 17        WILL YOU BE ABLE TO DO THAT, JUROR NUMBER 50.

11:10AM 18            PROSPECTIVE JUROR:  I WOULD HOPE SO.

11:10AM 19            THE COURT:  OKAY.  DO YOU THINK YOU WOULD HAVE ANY

11:10AM 20    DIFFICULTY IN ACCOMPLISHING THAT?

11:10AM 21            PROSPECTIVE JUROR:  I'M NOT SURE.  I HAVE -- I KNEW

11:10AM 22    ABOUT THE COMPANY SEVERAL YEARS AGO AS WELL, SO I HAVE SOME

11:10AM 23    UNDERSTANDING OF THE SCIENCE.  I DON'T KNOW IF IT WILL AFFECT

11:10AM 24    ME IN ANY WAY.

11:10AM 25            THE COURT:  RIGHT.

11:10AM  1          PROSPECTIVE JUROR:  I EVEN CONSIDERED APPLYING TO

11:10AM  2     THE COMPANY A FEW YEARS AGO, SO I'VE BEEN ON THE WEBSITE.

11:10AM  3          THE COURT:  ALL RIGHT.  AND WHAT YOU HEARD ME -- I

11:10AM  4     SPENT SEVERAL MINUTES TALKING ABOUT A JUROR'S RESPONSIBILITY

11:10AM  5     AND THE EVIDENCE BEING, IN THIS CASE ONLY, THE JUROR'S DECIDING

11:11AM  6     THIS CASE ONLY ON WHAT THEY'VE HEARD.

11:11AM  7          AND I SEE THERE'S A NUMBER OF HANDS.  WE'RE GOING TO TALK

11:11AM  8     TO YOUR COLLEAGUES IN JUST A MOMENT ABOUT THEIR KNOWLEDGE OF

11:11AM  9     THIS CASE AND OTHER CASES BASED ON MEDIA, WHATEVER IT IS.

11:11AM  10         BUT THE QUESTION FOR ALL OF YOU, THOSE WHO HAVE HAD THIS

11:11AM  11    EXPERIENCE IS, CAN YOU PUT THAT ASIDE, WHATEVER IT IS THAT

11:11AM  12    YOU'VE HEARD, AND WHATEVER IT IS THAT YOU'VE READ OR SEEN, WILL

11:11AM  13    YOU BE ABLE TO PUT THAT ASIDE AS A JUROR IN THIS CASE AND CAN

11:11AM  14    YOU PROMISE ME AND THESE LAWYERS THAT YOU WILL MAKE A DECISION

11:11AM  15    IN THIS CASE IF YOU'RE SEATED AS A JUROR ONLY ON WHAT YOU HEAR

11:11AM  16    AND SEE IN THIS COURTROOM AND NOT -- EXCLUDING EVERYTHING ELSE

11:11AM  17    THAT YOU MAY HAVE BEEN EXPOSED TO OUTSIDE OF THIS COURTROOM?

11:11AM  18         THAT'S REALLY THE QUESTION.

11:12AM  19         ANYTHING ELSE YOU WOULD LIKE ME TO KNOW IN RESPONSE TO

11:12AM  20    THAT QUESTION, JUROR NUMBER 50.

11:12AM  21         PROSPECTIVE JUROR:  YOUR SECOND QUESTION ABOUT

11:12AM  22    WHETHER I COULD BE IMPARTIAL.

11:12AM  23         THE COURT:  IF YOU COULD USE THE MICROPHONE.

11:12AM  24         PROSPECTIVE JUROR:  SORRY.  YOUR SECOND QUESTION

11:12AM  25    ABOUT THE IMPARTIALITY.

11:12AM 1            THE COURT:  YES.

11:12AM 2            PROSPECTIVE JUROR:  YES, I WOULD HOPE THAT WOULD BE

11:12AM 3     THE CASE.

11:12AM 4            THE COURT:  OKAY.

11:12AM 5            PROSPECTIVE JUROR:  IF YOUR QUESTION IS DO I HAVE

11:12AM 6     ANY KNOWLEDGE OR HAVE I SPOKEN TO PEOPLE ABOUT THE CASE, AGAIN,

11:12AM 7     I KNOW PEOPLE IN THE BIOMEDICAL DEVICE INDUSTRY AND STUFF LIKE

11:12AM 8     THAT.  SO WE HAVE SPOKEN A BIT, BUT THAT'S ASIDE FROM ME

11:12AM 9     SAYING THAT --

11:12AM 10           THE COURT:  RIGHT.  AND AGAIN, THE QUESTION WAS

11:12AM 11    ABOUT NEWS COVERAGE AND HEARD OF ANY NEWS COVERAGE IN THE CASE.

11:12AM 12    BUT PERHAPS I SHOULD EXPAND THOSE TO SAY THERE MAY BE A

11:12AM 13    CONVERSATIONS THAT INDIVIDUALS HAVE WITH FAMILY, FRIENDS,

11:12AM 14    COLLEAGUES.

11:12AM 15           PROSPECTIVE JUROR:  UH-HUH.

11:12AM 16           THE COURT:  AND THOSE MIGHT INFLUENCE.  I DON'T MEAN

11:12AM 17    TO EXCLUDE THOSE, BUT THOSE MIGHT INFLUENCE.

11:12AM 18        AND TO THE SAME QUESTION, AND LET ME ADD THOSE TO THE SAME

11:12AM 19    QUESTION.  CAN YOU PUT ASIDE ALL OF WHAT YOUR KNOWLEDGE IS

11:13AM 20    ABOUT NEWS COVERAGE AS WELL AS CONVERSATIONS WITH OTHERS AND

11:13AM 21    PERSONAL RESEARCH THAT YOU MAY HAVE DONE?  IS THAT SOMETHING

11:13AM 22    THAT YOU COULD DO IN THIS CASE AS A SEATED JUROR?

11:13AM 23           PROSPECTIVE JUROR:  I THINK SO.

11:13AM 24           THE COURT:  OKAY.  AND I UNDERSTAND THAT'S A

11:13AM 25    CHALLENGE, BECAUSE LIKE I SAID, I THINK I MENTIONED TO JUROR

11:13AM  1    NUMBER 34, YOU KNOW, I'M ASKING YOU TO FORGET ABOUT THE

11:13AM  2    MULTIPLICATION TABLE AND HOW DO YOU DO THAT?  HOW DO YOU PUT

11:13AM  3    THAT OUT OF YOUR MIND?

11:13AM  4         BUT LET ME TELL YOU, WE'VE HAD JURY TRIALS EVERY MONTH AND

11:13AM  5    GOOD MEMBERS OF OUR COMMUNITY LIKE YOURSELF ARE ABLE TO DO

11:13AM  6    THAT.  IT'S A CHALLENGE, BUT THEY'RE ABLE TO ACCOMPLISH THAT.

11:13AM  7         ONCE WE, WE DESCRIBE WHAT IT IS ONE HAS TO DO THE TASK

11:13AM  8    THAT IS INVOLVED, MANY MEMBERS OF THE COMMUNITY NEVER HAD JURY

11:13AM  9    SERVICE BEFORE DON'T UNDERSTAND THAT CONCEPT, BUT WHEN THEY

11:13AM 10    COME IN, THEY'RE ABLE TO APPLY, TO FOLLOW THE ORDERS OF THE

11:14AM 11    COURT, FOLLOW THE LAW, AND THEY'RE ABLE TO DO THAT, AND THAT'S

11:14AM 12    WHY I ASKED THIS QUESTION.  THAT'S WHY THIS QUESTION IS ASKED.

11:14AM 13         IT ALSO MEANS, AS YOU HEARD ME, JUROR NUMBER 50, THAT YOU

11:14AM 14    WOULD BE ORDERED TO REFRAIN FROM READING ANYTHING OR KNOWING

11:14AM 15    ANYTHING, LEARNING ANYTHING, DOING ANY ADDITIONAL RESEARCH, OR

11:14AM 16    WHEN YOUR FRIENDS SAY -- THEY MIGHT SAY, OH, YOU'RE A JUROR IN

11:14AM 17    THAT CASE?  TELL ME ABOUT IT.  WHAT IS GOING ON?  WHAT DID THEY

11:14AM 18    SAY?

11:14AM 19         AND YOU NEED TO TELL THEM, YOU KNOW, IF YOU COME DOWN TO

11:14AM 20    THIS NICE JUDGE'S COURTROOM, YOU CAN LISTEN TO IT YOURSELF

11:14AM 21    BECAUSE I CAN'T TALK ABOUT IT.

11:14AM 22         OKAY.  THANK YOU FOR LETTING ME USE YOU AS A TALKING

11:14AM 23    POINT.  I APPRECIATE IT.

11:14AM 24         WHO ELSE HAD A HAND UP?

11:14AM 25         YES, SIR.  WHAT NUMBER ARE YOU?

11:14AM 1              PROSPECTIVE JUROR:  I'M JUROR NUMBER 49.

11:14AM 2              THE COURT:  49.  YES.  THANK YOU.

11:14AM 3       THE QUESTION WAS WHETHER OR NOT YOU'VE HEARD OR READ OR

11:14AM 4   HEARD OF ANY NEWS COVERAGE IN THE CASE?

11:14AM 5              PROSPECTIVE JUROR:  YES, I'VE HEARD ABOUT THIS CASE.

11:15AM 6              THE COURT:  OKAY.

11:15AM 7              PROSPECTIVE JUROR:  THE SPECIFIC -- OH, AND ABOUT

11:15AM 8   THE ELIZABETH HOLMES CASE PRIOR TO THIS.

11:15AM 9              THE COURT:  I'M NOT GOING TO ASK YOU TO DESCRIBE

11:15AM 10  WHAT YOU'VE HEARD OR WHAT YOU KNOW, BUT WHAT MY QUESTION IS --

11:15AM 11  WELL, LET ME ASK IT IN THIS WAY, WERE YOU A FOLLOWER OF THE

11:15AM 12  NEWS?  DID YOU FOLLOW THE CASE IN ANY WAY?  CAN I DESCRIBE IT

11:15AM 13  THAT WAY?

11:15AM 14             PROSPECTIVE JUROR:  YES, I DID.

11:15AM 15             THE COURT:  OKAY.

11:15AM 16             PROSPECTIVE JUROR:  BECAUSE OF A LONG HISTORY THAT

11:15AM 17  MY FAMILY HAS HAD WITH CHRONIC ILLNESSES.

11:15AM 18             THE COURT:  I SEE.

11:15AM 19             PROSPECTIVE JUROR:  SO I'M VERY AWARE OF JUST THE

11:15AM 20  MEDICAL PRACTICES IN GENERAL.

11:15AM 21             THE COURT:  OKAY.  SO TELL ME ABOUT -- YOU HEARD MY

11:15AM 22  QUESTIONS TO YOUR SEAT MATE THERE, JUROR NUMBER 50.

11:15AM 23       WHAT WOULD BE YOUR RESPONSE TO THE QUESTION, THE QUESTION

11:15AM 24  BEING CAN YOU PUT ASIDE ANYTHING YOU'VE HEARD, READ, OR SEEN

11:15AM 25  AND DECIDE THIS CASE AS A JUROR ONLY ON THE EVIDENCE THAT YOU

11:15AM  1    HEAR IN THIS COURTROOM?  WILL YOU BE ABLE TO DO THAT?

11:15AM  2              PROSPECTIVE JUROR:  TO BE BRUTALLY HONEST, I DON'T

11:15AM  3    BELIEVE SO.

11:15AM  4              THE COURT:  OKAY.

11:16AM  5              PROSPECTIVE JUROR:  I HAVE HAD JUST WITH PERSONALLY

11:16AM  6    AND A LOT OF MY FAMILY MEMBERS, LIKE I'VE SAID BEFORE, I'VE HAD

11:16AM  7    LIKE A LONG HISTORY OF CHRONIC ILLNESS PERSONALLY.

11:16AM  8              THE COURT:  AND YOU THINK THAT -- PARDON ME FOR

11:16AM  9    INTERRUPTING YOU.

11:16AM 10              PROSPECTIVE JUROR:  YES.

11:16AM 11              THE COURT:  YOU THINK BECAUSE OF YOUR PERSONAL

11:16AM 12    CIRCUMSTANCES THAT IN SOME WAY -- I DON'T WANT TO PUT WORDS IN

11:16AM 13    YOUR MOUTH, BUT YOU THINK THAT YOUR EXPERIENCES WILL, WILL --

11:16AM 14    THE BALANCE OF YOUR EXPERIENCES WILL CAUSE YOU TO NOT BE ABLE

11:16AM 15    TO BE -- TO PUT EVERYTHING ASIDE THAT YOU'VE HEARD?

11:16AM 16              PROSPECTIVE JUROR:  YEAH, I BELIEVE SO.

11:16AM 17         I MEAN, I WAS DIAGNOSED WITH TYPE 1 DIABETES AT 12 YEARS

11:16AM 18    OLD SO I'M NOT --

11:16AM 19              THE COURT:  OH, I'M NOT GOING TO ASK YOU TO GET INTO

11:16AM 20    YOUR PERSONAL SITUATION.  I APPRECIATE YOUR OFFER TO DO SO, BUT

11:16AM 21    THAT'S NOT NECESSARY.

11:16AM 22              PROSPECTIVE JUROR:  YEAH.

11:16AM 23              THE COURT:  WHAT YOU'RE SAYING IS THAT -- WHAT I

11:16AM 24    HEAR YOU SAYING IS, JUDGE, I'VE GOT SOME PERSONAL EXPERIENCES

11:16AM 25    THAT MIGHT BE A CHALLENGE FOR ME TO DO THAT.  THIS MIGHT NOT BE

11:16AM  1    THE RIGHT CASE FOR ME.

11:16AM  2              PROSPECTIVE JUROR:  YEAH.

11:16AM  3              THE COURT:  YOU SHOULD SEND ME DOWN THE HALL WHERE

11:17AM  4    THERE'S A NINE MONTH CASE THAT IS GOING TO START, AND I'LL

11:17AM  5    PROBABLY BE A BETTER JUROR IN THAT CASE.

11:17AM  6              PROSPECTIVE JUROR:  YEAH, PROBABLY.

11:17AM  7         (LAUGHTER.)

11:17AM  8              THE COURT:  IS THAT WHAT I HEAR YOU SAYING, SIR?

11:17AM  9              PROSPECTIVE JUROR:  YEAH.  BUT ASIDE FROM THAT --

11:17AM  10             THE COURT:  OKAY.

11:17AM  11             PROSPECTIVE JUROR:  -- I'VE JUST HAVE HAD MULTIPLE

11:17AM  12   APPOINTMENTS WITH MEDICAL PROFESSIONALS THAT HAVE FOOLED ME

11:17AM  13   MULTIPLE TIMES, SO I THINK THOSE BIASES SPECIFICALLY WITH THIS

11:17AM  14   CASE HAS SOLIDIFIED THOSE BIASES.

11:17AM  15             THE COURT:  ALL RIGHT.  THANK YOU, SIR.

11:17AM  16        WHO ELSE HAD THEIR HAND UP?

11:17AM  17             PROSPECTIVE JUROR:  I'M JUROR 48.

11:17AM  18             THE COURT:  YES, SIR.

11:17AM  19             PROSPECTIVE JUROR:  I JUST HEARD ABOUT IT IN THE

11:17AM  20   LOCAL NEWS HEADLINES.

11:17AM  21             THE COURT:  ALL RIGHT.  ANYTHING ABOUT WHAT YOU'VE

11:17AM  22   SEEN IN THOSE LOCAL NEWS HEADLINES THAT YOU THINK WILL IMPAIR,

11:17AM  23   WILL AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES

11:17AM  24   IN THIS CASE?

11:17AM  25             PROSPECTIVE JUROR:  NO.

| | | |
|---|---|---|
| 11:17AM | 1 | THE COURT:  NOT AT ALL. |
| 11:17AM | 2 | PROSPECTIVE JUROR:  NOT AT ALL. |
| 11:17AM | 3 | THE COURT:  OKAY.  THANKS VERY MUCH FOR SHARING |
| 11:17AM | 4 | THAT. |
| 11:17AM | 5 | AND -- |
| 11:17AM | 6 | PROSPECTIVE JUROR:  47. |
| 11:17AM | 7 | THE COURT:  -- 47.  THANK YOU. |
| 11:17AM | 8 | PROSPECTIVE JUROR:  AND I FOLLOWED THE NEWS AS |
| 11:17AM | 9 | EVERYBODY ELSE HAS, AND THE ONLY SIGNIFICANT THING THAT I WON'T |
| 11:18AM | 10 | BE ABLE TO FORGET IS -- |
| 11:18AM | 11 | THE COURT:  WELL, LET ME ASK YOU -- I'M NOT GOING TO |
| 11:18AM | 12 | ASK YOU TO CALL OUT SPECIFICS HERE. |
| 11:18AM | 13 | PROSPECTIVE JUROR:  I THINK IT'S IMPORTANT. |
| 11:18AM | 14 | THE COURT:  OKAY.  WELL, I APPRECIATE -- I RESPECT |
| 11:18AM | 15 | YOUR OPINION, BUT LET ME ASK IT IN A DIFFERENT WAY. |
| 11:18AM | 16 | IS THIS SOMETHING ABOUT THE OTHER CASES OR OTHER THINGS? |
| 11:18AM | 17 | PROSPECTIVE JUROR:  YES. |
| 11:18AM | 18 | THE COURT:  OR OTHER THINGS THAT YOU'VE HEARD? |
| 11:18AM | 19 | PROSPECTIVE JUROR:  RIGHT. |
| 11:18AM | 20 | THE COURT:  WHICH AFFECTS YOUR ABILITY? |
| 11:18AM | 21 | PROSPECTIVE JUROR:  YES.  WHICH I KNOW IT'S NOT |
| 11:18AM | 22 | TESTIMONY IN THIS CASE, AND I WILL DISREGARD IT, BUT I WON'T |
| 11:18AM | 23 | FORGET IT. |
| 11:18AM | 24 | THE COURT:  OKAY.  WHAT IS THE DISTINCTION BETWEEN |
| 11:18AM | 25 | THOSE TWO? |

11:18AM  1        WHAT I'M SAYING IS THAT IF YOU'RE SEATED AS A JUROR IN

11:18AM  2    THIS CASE, WILL YOU BE ABLE TO PUT THAT ASIDE, PUT THAT ON A

11:18AM  3    SHELF AND NOT LET IT AFFECT YOUR JUDGMENT, YOUR OPINION, AND

11:18AM  4    YOUR DECISION IN ANY THAT?

11:18AM  5              PROSPECTIVE JUROR:  YES.

11:18AM  6              THE COURT:  OKAY.  ANY QUALMS ABOUT THAT?

11:19AM  7              PROSPECTIVE JUROR:  NO.

11:19AM  8              THE COURT:  YOU'LL BE ABLE TO DO THAT?

11:19AM  9              PROSPECTIVE JUROR:  UH-HUH.

11:19AM 10              THE COURT:  IS THAT YES?

11:19AM 11              PROSPECTIVE JUROR:  YES.

11:19AM 12              THE COURT:  OKAY.  ALL RIGHT.

11:19AM 13              PROSPECTIVE JUROR:  THIS IS JUROR NUMBER 45.

11:19AM 14              THE COURT:  GIVE ME JUST A SECOND, JUROR NUMBER 45,

11:19AM 15    I'M WRITING A NOTE DOWN.

11:19AM 16     (PAUSE IN PROCEEDINGS.)

11:19AM 17              THE COURT:  THANK YOU.  YES.

11:19AM 18              PROSPECTIVE JUROR:  SO I HAVE NOT HEARD OF THIS

11:19AM 19    CASE, BUT I'VE HEARD OF THE PREVIOUS CASE WITH

11:19AM 20    ELIZABETH HOLMES, AND I HAVE LISTENED TO A FAIR AMOUNT OF NEWS

11:19AM 21    AND COMMENTARY ABOUT IT A FEW YEARS AGO.

11:19AM 22              THE COURT:  OKAY.

11:19AM 23              PROSPECTIVE JUROR:  SO THAT WAS THE BREADTH OF MY

11:19AM 24    EXPERIENCE WITH THIS CASE.

11:19AM 25              THE COURT:  THANK YOU.

11:19AM  1      IS THERE ANYTHING ABOUT -- WELL, LET ME ASK IT THIS WAY,

11:20AM  2  CAN YOU PUT ASIDE ANYTHING THAT YOU'VE HEARD, LISTENED TO, OR

11:20AM  3  FOLLOWED IF YOU'RE SEATED AS A JUROR IN THIS CASE?  AND WILL

11:20AM  4  YOU BE ABLE TO DECIDE AS A JUROR THIS CASE ONLY ON THE EVIDENCE

11:20AM  5  IN THIS CASE AND PUTTING ASIDE EVERYTHING THAT YOU'VE OTHERWISE

11:20AM  6  BEEN EXPOSED TO?  CAN YOU DO THAT?

11:20AM  7      PROSPECTIVE JUROR:  SO TO BE PERFECTLY HONEST, I AM

11:20AM  8  VERY SKEPTICAL OF SILICON VALLEY ENTREPRENEURSHIP AND STARTUP

11:20AM  9  CULTURES.  AND I GENERALLY FIND IT, TO BE PERFECTLY HONEST,

11:20AM 10  FUNNY WHEN THEY FAIL, BUT I'M CALLED TO THIS COURT TO BE A

11:20AM 11  VESSEL OF JUSTICE, AND IN THIS CASE I'M CALLED UPON TO LOOK

11:20AM 12  UPON THE EVIDENCE AND NOT MY PERSONAL FEELINGS.

11:20AM 13      SO I THINK I CAN ACT AS AN IMPARTIAL JUROR OR JUDGE -- OR

11:20AM 14  NOT JUDGE, THAT'S YOUR JOB -- JUROR ON THIS CASE BECAUSE IN MY

11:20AM 15  PROFESSIONAL CAREER I'M ALSO CALLED ON TO COMPARTMENTALIZE MY

11:21AM 16  OPINIONS, AND I'D LIKE TO THINK I'M VERY GOOD AT IT.

11:21AM 17      THE COURT:  LET ME CORRECT YOU, YOU ARE A JUDGE IN

11:21AM 18  THIS CASE.  IF YOU ARE SELECTED, YOU ARE A JUDGE.

11:21AM 19      PROSPECTIVE JUROR:  MAY I HAVE YOUR PAY SCALE?

11:21AM 20      THE COURT:  I'M A PUBLIC EMPLOYEE, YOU MAY NOT WANT

11:21AM 21  IT.

11:21AM 22      (LAUGHTER.)

11:21AM 23      THE COURT:  BUT LET ME TELL YOU, SIR, YOU WILL BE

11:21AM 24  THE JUDGE.  YOU WILL BE THE JUDGE OF THE FACTS.  YOU WILL BE

11:21AM 25  1 OF 12 JUDGES WHO DECIDE.  THAT IS WHAT JURORS GET TO DO.

11:21AM  1          YOU GET TO DECIDE WHAT FACTS, WHAT HAPPENED.  THAT'S THE

11:21AM  2    JOB OF A JUROR.  ONE OF THE JOBS OF A JUROR IS TO DECIDE THE

11:21AM  3    FACTS.  SO YOU DO GET TO JUDGE THE FACTS.

11:21AM  4          I DON'T TELL YOU, I DON'T TELL WHAT THE FACTS ARE.  YOU,

11:21AM  5    THE JURY, DECIDES WHAT THE FACTS ARE.

11:21AM  6          I TELL YOU WHAT THE LAW IS.  AND AS A JUROR YOU MUST APPLY

11:21AM  7    THE LAW AS I GIVE IT TO YOU TO THE FACTS AS YOU AND YOUR

11:21AM  8    COLLEAGUES FIND THEM AND YOU REACH THAT DECISION BY A

11:22AM  9    COLLABORATIVE DISCUSSION OF THE EVIDENCE AND THE LAW AT THE

11:22AM  10   CONCLUSION OF THE CASE.

11:22AM  11         THAT'S HOW IT WORKS.  THAT'S HOW THAT WORKS.

11:22AM  12         SO YOU COME TO FEDERAL COURT, YOU CAN TELL YOUR FRIENDS,

11:22AM  13   YOU KNOW WHAT, I GET TO BE A JUDGE THERE, A JUDGE OF THE FACTS.

11:22AM  14   THAT'S REALLY WHAT IT IS.

11:22AM  15         AND I APPRECIATE YOUR COMMENTS AND OBSERVATIONS.  WHAT

11:22AM  16   YOU'VE TOLD ME, AND WHAT I HEARD I SHOULD SAY, IS THAT YOU

11:22AM  17   MIGHT HAVE SOME PREEXISTING OPINIONS NOT NECESSARILY RELATED TO

11:22AM  18   THIS SPECIFIC CASE, BUT TO AN INDUSTRY, INDUSTRY WIDE AND SOME

11:22AM  19   COMMENTS AND BELIEFS AND THOUGHTS ABOUT THAT, BUT, BUT AS A

11:22AM  20   TRAINED PROFESSIONAL, YOU, YOU WILL BE ABLE TO -- YOU HAVE THE

11:22AM  21   FORTITUDE AND ABILITY TO PUT THAT ASIDE AND DECIDE THIS CASE

11:22AM  22   ONLY ON THE EVIDENCE THAT YOU HEAR IN THIS COURTROOM AND DECIDE

11:22AM  23   IT ON THE FACTS AS YOU FIND THEM APPLYING THE LAW AS I GIVE IT

11:22AM  24   TO YOU.

11:22AM  25         THAT'S SOMETHING THAT YOU COULD DO, SIR?

| | | |
|---|---|---|
| 11:23AM | 1 | PROSPECTIVE JUROR:  INDEED, SIR. |
| 11:23AM | 2 | THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK |
| 11:23AM | 3 | YOU. |
| 11:23AM | 4 | WHOSE NEXT?  MAYBE BEHIND YOU.  IF YOU COULD PASS IT BACK |
| 11:23AM | 5 | TO SOMEONE. |
| 11:23AM | 6 | PROSPECTIVE JUROR:  HI.  80. |
| 11:23AM | 7 | THE COURT:  80.  THANK YOU, SIR. |
| 11:23AM | 8 | PROSPECTIVE JUROR:  I HEARD THE NEWS, BUT I DON'T |
| 11:23AM | 9 | PAY MUCH ATTENTION, BUT I DO KNOW THE VERDICT BECAUSE I WORKED |
| 11:23AM | 10 | FOR A STARTUP COMPANY BEFORE. |
| 11:23AM | 11 | THE COURT:  YES. |
| 11:23AM | 12 | PROSPECTIVE JUROR:  I WAS A STARTUP INVESTOR, AND I |
| 11:23AM | 13 | DO STOCK TRADING. |
| 11:23AM | 14 | THE COURT:  YOU DO SOME STOCK TRADING AS AN |
| 11:23AM | 15 | INVESTOR? |
| 11:23AM | 16 | PROSPECTIVE JUROR:  BUT NOT THIS COMPANY, RIGHT. |
| 11:23AM | 17 | THE COURT:  RIGHT. |
| 11:23AM | 18 | PROSPECTIVE JUROR:  I THINK THIS IS A VERY IMPORTANT |
| 11:23AM | 19 | CASE.  SO I WILL BE VERY FAIR, AND I WILL BASE MY VERDICT ON |
| 11:23AM | 20 | THE EVIDENCE AND THE LAW. |
| 11:24AM | 21 | THE COURT:  ALL RIGHT.  THANK YOU, SIR.  I |
| 11:24AM | 22 | APPRECIATE THAT.  THANK YOU. |
| 11:24AM | 23 | WERE THERE OTHER HANDS IN THE BACK?  YES.  IF WE COULD |
| 11:24AM | 24 | PASS THAT.  THANK YOU. |
| 11:24AM | 25 | PROSPECTIVE JUROR:  69. |

11:24AM  1              THE COURT:  YES.  THANK YOU.

11:24AM  2              PROSPECTIVE JUROR:  SO I STARTED WATCHING THE

11:24AM  3  DOCUMENTARY "OUT FOR BLOOD" A FEW TIMES AND ACTUALLY VERY

11:24AM  4  INTERESTED.

11:24AM  5              THE COURT:  AND HOW LONG AGO WAS IT THAT YOU WATCHED

11:24AM  6  THAT.

11:24AM  7              PROSPECTIVE JUROR:  SO SEVERAL TIMES.  AS RECENTLY

11:24AM  8  LIKE -- AS, LIKE, FIVE MONTHS AGO OR SO.

11:24AM  9              THE COURT:  OKAY.

11:24AM 10              PROSPECTIVE JUROR:  AND THEN I'VE BEEN ALSO

11:24AM 11  FOLLOWING THE CASE.  THE DOCUMENTARY WAS A VERY DETAILED

11:24AM 12  ACCOUNT.

11:24AM 13              THE COURT:  OKAY.  SO LET ME ASK YOU, SIR, BASED ON

11:24AM 14  WHAT YOU'VE SEEN AND WHAT YOU'VE FOLLOWED, THE CASE, IS THERE

11:24AM 15  ANYTHING ABOUT THAT THAT YOU THINK WILL AFFECT YOUR ABILITY TO

11:25AM 16  BE FAIR TO BOTH SIDES IN THIS CASE?

11:25AM 17              PROSPECTIVE JUROR:  YEAH.  I'M CONCERNED I MIGHT BE

11:25AM 18  INFLUENCED.

11:25AM 19              THE COURT:  OKAY.  CAN YOU, CAN YOU -- MY QUESTION

11:25AM 20  WAS, CAN YOU PUT THAT ASIDE, CAN YOU PUT THAT ASIDE AND DECIDE

11:25AM 21  THIS CASE ONLY ON THE EVIDENCE THAT YOU HEAR IN THIS COURTROOM?

11:25AM 22  WILL YOU BE ABLE TO DO THAT?

11:25AM 23              PROSPECTIVE JUROR:  I'LL DO MY BEST.  THIS IS THE

11:25AM 24  FIRST TIME THAT I'VE BEEN ON THE JURY, AND I DON'T KNOW HOW I

11:25AM 25  COULD BE ABLE TO DO THAT.

11:25AM 1          THE COURT:  I SEE.  YES.  YES.

11:25AM 2          WELL, IT'S YOUR FIRST EXPERIENCE AS A JUROR, AND I

11:25AM 3   UNDERSTAND YOU PROBABLY HAVE MANY QUESTIONS, AND I'M TRYING TO

11:25AM 4   ANSWER THOSE AS BEST I CAN.

11:25AM 5          BUT THE MOST IMPORTANT THING FOR A JURY'S DUTY IS, AS I'VE

11:25AM 6   SAID THROUGHOUT THE MORNING, IS TO DECIDE THIS CASE ONLY, ONLY

11:25AM 7   ON THE EVIDENCE HERE IN THE COURTROOM AND NOT ON ANYTHING ELSE

11:25AM 8   THAT YOU BRING TO THE COURTROOM BASED ON WHAT YOU HEARD, WHAT

11:26AM 9   YOU SAW, WHAT YOU MAY HAVE DONE RESEARCH ON, ANY OF THAT.

11:26AM 10         THAT'S VERY IMPORTANT TO BOTH SIDES HERE, TO BE FAIR TO

11:26AM 11  BOTH SIDES BECAUSE JURORS ARE GOING TO DECIDE THE FACTS BASED

11:26AM 12  ON WHAT THEY HEAR IN THIS COURTROOM, AND IT MAY NOT BE ANYTHING

11:26AM 13  THAT YOU'VE READ OR SEEN.  IT MIGHT BE VERY DIFFERENT FROM

11:26AM 14  THAT.

11:26AM 15         YOU SEE, IT WOULD BE UNFAIR TO MAKE A DECISION ON

11:26AM 16  SOMETHING THAT THESE LAWYERS OR I HAVE NOT HAD A CHANCE TO LOOK

11:26AM 17  AT OR COMMENT ON.  DO YOU SEE?

11:26AM 18         DO YOU UNDERSTAND THAT CONCEPT?

11:26AM 19             PROSPECTIVE JUROR:  I DO.

11:26AM 20             THE COURT:  GREAT.

11:26AM 21         SO WHAT DO YOU THINK, SIR?  DO YOU THINK THAT YOU COULD

11:26AM 22  PUT ASIDE EVERYTHING ELSE THAT YOU HAVE KNOWN, BEEN EXPOSED TO,

11:26AM 23  AND DECIDE THIS CASE ONLY ON THE EVIDENCE HERE?  CAN YOU DO

11:26AM 24  THAT?

11:26AM 25             PROSPECTIVE JUROR:  I'M GOING TO TRY TO DO THAT,

11:26AM  1    YES.

11:26AM  2              THE COURT:  OKAY.  LET ME -- I'M SORRY, YOU HEARD

11:27AM  3    ME, I APOLOGIZE FOR THIS.  YOU HEARD ME SAY I COULD RUN A FOUR

11:27AM  4    MINUTE MILE, AND I KNOW I WOULD FAIL MISERABLY IF I TRIED THAT.

11:27AM  5         WHAT DO YOU THINK ABOUT YOUR EFFORTS TO TRY TO PUT THAT

11:27AM  6    ASIDE?  DO YOU THINK YOU WOULD BE ABLE TO DO IT OR DO YOU THINK

11:27AM  7    THAT'S AN IMPOSSIBILITY?

11:27AM  8              PROSPECTIVE JUROR:  I THINK I WILL BE ABLE TO DO IT.

11:27AM  9              THE COURT:  OKAY.  ANY DOUBT ABOUT THAT?

11:27AM  10             PROSPECTIVE JUROR:  YES.

11:27AM  11             THE COURT:  YOU HAVE SOME DOUBT ABOUT IT OR NO DOUBT

11:27AM  12   ABOUT IT?

11:27AM  13             PROSPECTIVE JUROR:  SOME DOUBT ABOUT IT, BUT I THINK

11:27AM  14   I WILL BE ABLE TO.

11:27AM  15             THE COURT:  UH-HUH.  ALL RIGHT.  THANK YOU.

11:27AM  16        ANYONE ELSE?  YES.

11:27AM  17             PROSPECTIVE JUROR:  JUROR 72 HERE.

11:27AM  18        MY EXPOSURE TO THIS CASE IS PRIMARILY SOCIAL MEDIA, AND

11:27AM  19   I'VE HEARD FAMILY AND FRIENDS TALK ABOUT SOME OF THE

11:27AM  20   DOCUMENTARY AND BEING DROPPED AND RECOMMENDATIONS TO SEE IT,

11:27AM  21   AND I HAVE NOT.

11:27AM  22        MY ONLY QUESTION FOR YOU, YOUR HONOR, IS OPINIONS, HOW IT

11:27AM  23   IMPACTS BEING AN IMPARTIAL JUROR.  I HAVE A STRONG MEDICAL

11:28AM  24   PROFESSION AND MYSELF AND FAMILY MEMBERS HAVING GONE THROUGH,

11:28AM  25   YOU KNOW, VARIOUS ILLNESSES AND THINGS, I DO FEEL A SENSE OF

11:28AM  1    BETRAYAL IF THINGS ARE MISUSED.

11:28AM  2         SO MY QUESTION IS THAT -- I DO BRING THAT OPINION.

11:28AM  3              THE COURT:  YES.  THANK YOU.

11:28AM  4              PROSPECTIVE JUROR:  AND SO IF I DO BELIEVE IN AN

11:28AM  5    OPINION, ADVOCACY ON THAT SIDE, IT MIGHT POTENTIALLY HAVE ME

11:28AM  6    SIDING WITH ONE VERSUS THE OTHER AND TALKING ABOUT FAIRNESS.

11:28AM  7    SO THAT BIAS IS ALREADY PRESENT.

11:28AM  8              THE COURT:  OKAY.  THANK YOU.  I APPRECIATE IT.

11:28AM  9    THANK YOU FOR YOUR CANDOR.

11:28AM 10         OF COURSE YOU KNOW WHAT MY FOLLOW-UP QUESTION WILL BE.

11:28AM 11         WILL YOU BE ABLE TO PUT ASIDE ANY BIAS OR PRECONCEIVED

11:28AM 12    IDEAS THAT YOU MAY HAVE AND TO SIT AS A FAIR AND IMPARTIAL

11:28AM 13    JUROR IN THIS CASE?  CAN YOU DO THAT?

11:28AM 14              PROSPECTIVE JUROR:  IF THAT IS BEING ASKED OF ME,

11:28AM 15    YES.  I WILL DEFINITELY DO MY BEST.  BUT I DID WANT TO MENTION

11:28AM 16    THAT I DO BRING STRONG OPINIONS.

11:28AM 17              THE COURT:  YES.  THANK YOU.  I APPRECIATE THAT.

11:29AM 18         AND WE DON'T ASK -- WE KNOW IN HUMAN -- WE'RE ALL HUMANS

11:29AM 19    AND WE ALL HAVE BIASES.  I'M GOING TO TALK ABOUT THOSE IN JUST

11:29AM 20    A MINUTE, OR TRY TO.

11:29AM 21         BUT, AGAIN, THE QUESTION IS WHETHER OR NOT A PROSPECTIVE

11:29AM 22    JUROR WILL BE ABLE TO, RECOGNIZING THERE'S SOME DIFFICULTY AND

11:29AM 23    IT MIGHT BE A CHALLENGE, BUT I'M ASKING THE JURORS TO TELL US

11:29AM 24    WHETHER THEY CAN PUT ASIDE ANY PRECONCEIVED BELIEF, IDEA, OR

11:29AM 25    BIAS, PUT THAT ASIDE AND PUT IT ON THE SHELF AND CLOSE THE DOOR

11:29AM 1    OF THAT CLOSET AND DECIDE THIS CASE ON ONLY WHAT YOU HEAR IN

11:29AM 2    THIS CASE?

11:29AM 3         IS THAT SOMETHING THAT YOU CAN DO?  IS THAT A TASK THAT

11:29AM 4    YOU'RE UP TO?

11:29AM 5              PROSPECTIVE JUROR:  YES.

11:29AM 6              THE COURT:  ALL RIGHT.  THANK YOU.

11:30AM 7         ANYONE ELSE?  YES.

11:30AM 8              PROSPECTIVE JUROR:  HI.  JUROR 77.

11:30AM 9              THE COURT:  YES.  THANK YOU.

11:30AM 10             PROSPECTIVE JUROR:  I, TOO, LIKE EVERYBODY ELSE OR

11:30AM 11   THE OTHER PEOPLE WHO HAVE SPOKEN, HAVE HEARD OF THIS CASE AND

11:30AM 12   THE PREVIOUS CASES IN THE NEWS.

11:30AM 13             THE COURT:  OKAY.  THANK YOU.

11:30AM 14        AND THEN MY FOLLOW-UP QUESTION, OF COURSE, IS THERE

11:30AM 15   ANYTHING ABOUT WHAT YOU'VE HEARD, READ, OR LEARNED ABOUT THAT

11:30AM 16   YOU THINK WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO

11:30AM 17   BOTH SIDES AS A JUROR IN THIS CASE?

11:30AM 18             PROSPECTIVE JUROR:  I DO HAVE SOME IDEAS OF WHAT I

11:30AM 19   THINK HAPPENED, BUT IN LISTENING TO BOTH SIDES PRESENT THE

11:30AM 20   EVIDENCE, I THINK I COULD LISTEN AND THEN BASE MY JUDGMENT UPON

11:30AM 21   WHAT THEY PRESENT.

11:30AM 22             THE COURT:  GIVE ME JUST A MOMENT.  WHAT'S THIS?

11:31AM 23        (DISCUSSION OFF THE RECORD.)

11:31AM 24             THE COURT:  I'M SORRY.

11:31AM 25             PROSPECTIVE JUROR:  DO YOU WANT ME TO REPEAT MYSELF?

11:31AM 1          THE COURT:  WOULD YOU?

11:31AM 2          PROSPECTIVE JUROR:  I DO BELIEVE I HAVE OPINIONS ON

11:31AM 3    WHAT HAPPENED, BUT I DO BELIEVE I COULD LISTEN TO BOTH SIDES

11:31AM 4    AND BASE MY FINDINGS ON WHAT IS PRESENTED.

11:31AM 5          THE COURT:  OKAY.  THAT'S THE QUESTION.  YOU HEARD

11:31AM 6    ME TALK ABOUT A CLOSET AND CLOSING THE DOOR AND THOSE TYPES OF

11:31AM 7    THINGS, JUST METAPHORICALLY.

11:31AM 8       IS THAT SOMETHING THAT YOU THINK YOU COULD DO, YOU COULD

11:31AM 9    PUT THAT ASIDE AND BE ABLE TO DECIDE THIS CASE JUST ON WHAT YOU

11:31AM 10   HEAR IN THE COURTROOM?

11:31AM 11         PROSPECTIVE JUROR:  I BELIEVE I CAN.

11:31AM 12         THE COURT:  OKAY.  IT'S GOING TO BE A CHALLENGE, I

11:31AM 13   RESPECT THAT.  I UNDERSTAND THAT.

11:31AM 14      BUT, YOU KNOW, THE THING IS THAT IF YOU'RE SEATED AS A

11:31AM 15   JUROR, YOU MIGHT BE HEARING SOME EVIDENCE AND THEN IT MAY BE

11:31AM 16   THAT YOU'LL SAY, GEE, WAIT A MINUTE, I SAW SOMETHING, I READ

11:31AM 17   SOMETHING, AND IT WAS DIFFERENT THAN THAT, AND HOW COME THAT

11:31AM 18   IS?

11:31AM 19      DO YOU SEE THE DILEMMA THAT A JUROR MIGHT BE PUT IN

11:32AM 20   BECAUSE OF THAT?

11:32AM 21         PROSPECTIVE JUROR:  YEAH.

11:32AM 22         THE COURT:  AND THAT'S THE, THAT'S THE BASIS, THE

11:32AM 23   FOUNDATION OF MY QUESTION IS YOU HAVE TO PUT THE OTHER THING

11:32AM 24   ASIDE.  I HEARD IN THE OTHER CASE THEY SAID IT WAS A, BUT IN

11:32AM 25   THIS CASE IT'S B.

11:32AM   1        THAT QUESTION CAN'T BE -- CAN'T INFLUENCE YOU IN ANY WAY.

11:32AM   2   THE ONLY THING THAT YOU HAVE TO DECIDE HERE IS THE B THAT WAS

11:32AM   3   SAID IN THIS COURTROOM AND NOT JUXTAPOSE TO ANYTHING ELSE.

11:32AM   4        IS THAT CLEAR?

11:32AM   5            PROSPECTIVE JUROR:  YEAH, IT IS CLEAR, AND I THINK I

11:32AM   6   CAN DO THAT.

11:32AM   7            THE COURT:  OKAY.  OKAY.  THANK YOU.

11:32AM   8        WERE THERE ANY OTHER HANDS TO THIS QUESTION?

11:32AM   9        I DON'T SEE ANY.  THANK YOU.  WELL, LET ME MOVE ON.

11:33AM  10        NOW, THIS WILL BE A LENGTHY TRIAL, AND THERE MAY BE

11:33AM  11   CONTINUED NEWS COVERAGE REGARDING THIS CASE.  AND AS I SAID,

11:33AM  12   JURORS WILL BE INSTRUCTED TO NOT READ, LISTEN TO MEDIA COVERAGE

11:33AM  13   ABOUT THE CASE, AND THIS IS IMPORTANT AS A JUROR'S DECISION ON

11:33AM  14   THE CASE MUST BE FORMED ONLY BY THE EVIDENCE ADMITTED AND

11:33AM  15   RECEIVED IN THE COURTROOM AND NOT ON ANY INFORMATION RECEIVED

11:33AM  16   OUTSIDE OF THE COURTHOUSE.

11:33AM  17        ANY JUROR WHO IS EXPOSED TO ANY OUTSIDE INFORMATION MUST

11:33AM  18   REPORT THIS EXPOSURE TO THE COURT.  THAT MEANS TO ME VIA MY

11:33AM  19   STAFF.

11:33AM  20        AND THIS MAY BE DIFFICULT, AND I RECOGNIZE IT MIGHT BE

11:33AM  21   CHALLENGING.  I THINK I ASKED YOU, BUT LET ME ASK ALL OF YOU,

11:33AM  22   ARE ALL OF YOU WILLING TO ABIDE BY THIS AND THE COURT'S

11:33AM  23   INSTRUCTION?  IS THERE ANYONE WHO WOULD NOT, NOT BE ABLE TO

11:33AM  24   FOLLOW THAT?

11:33AM  25        I SEE NO HANDS.

```
11:34AM   1          HAVE ANY OF YOU SERVED AS A JUROR IN A CIVIL OR A CRIMINAL

11:34AM   2   CASE OR AS A MEMBER OF A GRAND JURY IN EITHER FEDERAL OR STATE

11:34AM   3   COURT?  ANYONE?

11:34AM   4          ALL RIGHT.  LET'S GET THIS DOWN.

11:34AM   5          THIS IS JUROR 31.

11:34AM   6              PROSPECTIVE JUROR:  I'M 35.

11:34AM   7              THE COURT:  OH, I THOUGHT THEY GAVE IT TO 35.

11:34AM   8              PROSPECTIVE JUROR:  NO, I'M 35.

11:34AM   9              THE COURT:  YES, MA'AM.  TELL ME ABOUT THAT.

11:34AM  10              PROSPECTIVE JUROR:  IT WAS A ROBBERY, AND IT WAS IN

11:34AM  11   SALINAS, MONTEREY COUNTY.

11:34AM  12              THE COURT:  OKAY.  HOW LONG AGO WAS THAT?

11:34AM  13              PROSPECTIVE JUROR:  I DON'T REMEMBER, BUT PROBABLY

11:34AM  14   MORE LIKE SIX OR SEVEN YEARS.

11:34AM  15              THE COURT:  OKAY.  AND WERE YOU THE FOREPERSON OF

11:34AM  16   THE JURY?

11:34AM  17              PROSPECTIVE JUROR:  NO.

11:34AM  18              THE COURT:  AND WITHOUT TELLING ME WHAT THE VERDICT

11:34AM  19   WAS, WAS THE JURY ABLE TO REACH A VERDICT?

11:34AM  20              PROSPECTIVE JUROR:  NO.

11:34AM  21              THE COURT:  IS THERE ANYTHING ABOUT THAT EXPERIENCE,

11:34AM  22   THAT JURY SERVICE THAT YOU THINK WOULD INFECT -- OR AFFECT,

11:35AM  23   PARDON ME, YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

11:35AM  24              PROSPECTIVE JUROR:  NO.

11:35AM  25              THE COURT:  ALL RIGHT.  THANK YOU.  NOW, IF YOU
```

11:35AM   1     COULD PASS IT OVER.

11:35AM   2          YOU'RE JUROR 31.

11:35AM   3               PROSPECTIVE JUROR:  YES, YOUR HONOR.

11:35AM   4               THE COURT:  ALL RIGHT.

11:35AM   5               PROSPECTIVE JUROR:  I WAS IN SANTA CRUZ COUNTY, AND

11:35AM   6     I SERVED IN A DUI CASE WHERE A FATHER HAD HIS YOUNGER DAUGHTER

11:35AM   7     INSIDE OF THE VEHICLE AND WAS PULLED OVER AND WAS ABOVE THE

11:35AM   8     LEGAL LIMIT.

11:35AM   9               THE COURT:  OKAY.  AND HOW LONG AGO WAS THAT?

11:35AM   10              PROSPECTIVE JUROR:  FOUR MONTHS.

11:35AM   11              THE COURT:  FOUR MONTHS AGO.

11:35AM   12              PROSPECTIVE JUROR:  YEAH.

11:35AM   13              THE COURT:  WERE YOU THE FOREPERSON OF THE JURY?

11:35AM   14              PROSPECTIVE JUROR:  NO.  I WAS ONE OF THE PEOPLE WHO

11:35AM   15     SAT OUT.

11:35AM   16              THE COURT:  I'M SORRY?

11:35AM   17              PROSPECTIVE JUROR:  WHAT DID YOU SAY?

11:35AM   18              THE COURT:  WERE YOU ON THE JURY?

11:35AM   19              PROSPECTIVE JUROR:  NO.

11:35AM   20              THE COURT:  OH.  YOU WERE EXCUSED?

11:35AM   21              PROSPECTIVE JUROR:  NO.  I WAS ONE OF THE SIX

11:35AM   22     PEOPLE, ONE OF THE SIX PEOPLE THAT SAT OUT JUST IN CASE.

11:35AM   23              THE COURT:  YOU WERE AN ALTERNATE JUROR?

11:35AM   24              PROSPECTIVE JUROR:  YES.  SORRY, ALTERNATE.

11:35AM   25              THE COURT:  AND YOU DIDN'T DO FINAL DELIBERATIONS?

11:36AM 1          PROSPECTIVE JUROR:  NO, I DID NOT STAY FOR THAT.

11:36AM 2          THE COURT:  I SEE.

11:36AM 3       IS THERE ANYTHING ABOUT THAT EXPERIENCE THAT YOU THINK

11:36AM 4    WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH

11:36AM 5    SIDES IN THIS CASE?

11:36AM 6          PROSPECTIVE JUROR:  YEAH.  IT WAS JUST THAT ONE.

11:36AM 7          THE COURT:  I'M SORRY.

11:36AM 8          PROSPECTIVE JUROR:  YES, I WOULD.

11:36AM 9          THE COURT:  AND WHAT IS IT, OTHER THAN YOUR DESIRE

11:36AM 10   NOT TO SIT AS A JUROR IN THIS CASE, I HEAR THAT'S WHAT YOU'RE

11:36AM 11   SAYING, BUT IS THERE ANYTHING ABOUT THAT EXPERIENCE --

11:36AM 12         PROSPECTIVE JUROR:  YEAH, NO.

11:36AM 13         THE COURT:  -- THAT YOU THINK WOULD AFFECT YOUR

11:36AM 14   ABILITY TO BE FAIR HERE?

11:36AM 15         PROSPECTIVE JUROR:  NO, SIR.

11:36AM 16         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:36AM 17      ANY OTHER PRIOR JURY SERVICE?  LET'S PASS THE MICROPHONE

11:36AM 18   OUT TO THE AUDIENCE, PLEASE.

11:36AM 19         PROSPECTIVE JUROR:  47.

11:36AM 20         THE COURT:  THANK YOU.  PRIOR JURY SERVICE, SIR?

11:36AM 21   YES.

11:36AM 22         PROSPECTIVE JUROR:  I WAS ON A JURY PROBABLY

11:36AM 23   20 YEARS AGO.  IT WAS A DRUNK DRIVING CASE WITH THREE OTHER

11:36AM 24   ACCUSATIONS.  I WAS CHAIRMAN OF THE JURY.

11:37AM 25         THE COURT:  OH, YOU FOUND A VERDICT?

11:37AM  1                    PROSPECTIVE JUROR:  VERDICTS IN ALL OF THIS.

11:37AM  2                    THE COURT:  OKAY.  AND WHERE WAS THAT, SIR?

11:37AM  3                    PROSPECTIVE JUROR:  WHERE?

11:37AM  4                    THE COURT:  YES.

11:37AM  5                    PROSPECTIVE JUROR:  IN PALO ALTO.

11:37AM  6                    THE COURT:  IS THERE ANYTHING ABOUT THAT EXPERIENCE,

11:37AM  7       SIR --

11:37AM  8                    PROSPECTIVE JUROR:  NO.

11:37AM  9                    THE COURT:  -- THAT YOU THINK WOULD AFFECT YOUR

11:37AM 10       ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

11:37AM 11                    PROSPECTIVE JUROR:  NO.

11:37AM 12                    THE COURT:  OKAY.  THANK YOU.

11:37AM 13           OTHER JURY SERVICE?

11:37AM 14           I SEE A HAND IN THE BACK.  YES.

11:37AM 15                    PROSPECTIVE JUROR:  77.

11:37AM 16                    THE COURT:  YES.

11:37AM 17                    PROSPECTIVE JUROR:  I SAT ON A JURY ABOUT 20 YEARS

11:37AM 18       AGO IN SAN FRANCISCO.  IT WAS AN OBSTRUCTION OF JUSTICE CASE.

11:37AM 19                    THE COURT:  OKAY.  AND WERE YOU THE FOREPERSON?

11:37AM 20                    PROSPECTIVE JUROR:  NO.

11:37AM 21                    THE COURT:  AND WAS THE JURY ABLE TO REACH A VERDICT

11:37AM 22       IN THAT CASE?

11:37AM 23                    PROSPECTIVE JUROR:  YES.

11:37AM 24                    THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THAT

11:37AM 25       SERVICE THAT YOU THINK WILL IMPAIR YOUR ABILITY TO BE FAIR AND

11:37AM  1      IMPARTIAL TO BOTH SIDES IN THIS CASE?

11:37AM  2              PROSPECTIVE JUROR:  NO.

11:38AM  3              THE COURT:  OKAY.  THANK YOU.

11:38AM  4          ANY OTHER JURY SERVICE?

11:38AM  5          I SEE NO HANDS.

11:38AM  6          IS THERE ANYONE HERE WHO FOR ANY REASON MIGHT HAVE

11:38AM  7      DIFFICULTY TREATING THIS CASE AS FAIRLY AND OBJECTIVELY AS YOU

11:38AM  8      WOULD A CASE NOT INVOLVING ACCUSATIONS OF WIRE FRAUD AND

11:38AM  9      CONSPIRACY TO COMMIT WIRE FRAUD?

11:38AM 10          THIS QUESTION JUST CALLS UPON, IS THERE ANYTHING ABOUT THE

11:38AM 11      NATURE OF THE CHARGES THEMSELVES, JUST THESE CHARGES OF WIRE

11:38AM 12      FRAUD, THAT YOU THINK WOULD CAUSE YOU DIFFICULTY SITTING AS A

11:38AM 13      JUROR IN THE CASE?

11:38AM 14          I SEE NO HANDS.

11:38AM 15          HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ACCUSED OF WIRE

11:38AM 16      FRAUD OR ALLEGATIONS REGARDING FRAUDULENT CONDUCT?  ANYONE HAVE

11:38AM 17      THOSE CIRCUMSTANCES OR KNOW ANYONE WHO HAS HAD THOSE

11:38AM 18      CIRCUMSTANCES?

11:38AM 19          I SEE NO HANDS.

11:38AM 20          HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN EMPLOYED BY A

11:39AM 21      LAW ENFORCEMENT AGENCY INCLUDING A DISTRICT ATTORNEY'S OFFICE,

11:39AM 22      UNITED STATES ATTORNEY'S OFFICE, FBI, I.R.S., OR IN THE

11:39AM 23      CRIMINAL JUSTICE SYSTEM, A DEFENSE LAWYER, PROBATION OFFICER,

11:39AM 24      OR INVESTIGATOR?  ANYONE HAVE THOSE EXPERIENCES OR KNOW ANYONE?

11:39AM 25              YES, I SEE A HAND.

```
11:39AM   1            TAKE THE MICROPHONE.

11:39AM   2                  PROSPECTIVE JUROR:  I'M JUROR NUMBER 50.

11:39AM   3                  THE COURT:  YES.

11:39AM   4                  PROSPECTIVE JUROR:  MY FIRST COUSIN IS A POLICE

11:39AM   5       DETECTIVE.

11:39AM   6                  THE COURT:  IS THAT LOCAL?

11:39AM   7                  PROSPECTIVE JUROR:  YEAH, BAY AREA.

11:39AM   8                  THE COURT:  OKAY.  THANK YOU.

11:39AM   9            AND DO YOU TALK TO HER -- HIM.

11:39AM   10                 PROSPECTIVE JUROR:  HIM.

11:39AM   11                 THE COURT:  DO YOU TALK TO HIM ABOUT HIS WORK?

11:39AM   12                 PROSPECTIVE JUROR:  ABOUT -- OCCASIONALLY WHEN WE

11:40AM   13      MEET.  NOT OFTEN.

11:40AM   14                 THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THOSE

11:40AM   15      CONVERSATIONS THAT YOU THINK WOULD AFFECT YOUR ABILITY TO BE

11:40AM   16      FAIR AND IMPARTIAL TO BOTH SIDES HERE?

11:40AM   17                 PROSPECTIVE JUROR:  NO.

11:40AM   18                 THE COURT:  OKAY.  ANYONE ELSE?

11:40AM   19            YES.  WE'LL GET THE MICROPHONE BACK TO YOU, SIR.

11:40AM   20                 PROSPECTIVE JUROR:  MY BROTHER WORKS FOR THE FBI.

11:40AM   21                 THE COURT:  ALL RIGHT.  THANK YOU.

11:40AM   22            AND YOU'RE JUROR NUMBER?

11:40AM   23                 PROSPECTIVE JUROR:  80.

11:40AM   24                 THE COURT:  80, YES.

11:40AM   25            AND YOUR BROTHER IS CURRENTLY WORKING WITH THE FBI?
```

11:40AM 1                    PROSPECTIVE JUROR:  YES.

11:40AM 2                    THE COURT:  DO YOU KNOW IN WHAT CAPACITY?

11:40AM 3                    PROSPECTIVE JUROR:  FULL TIME.

11:40AM 4                    THE COURT:  FULL TIME.  ALL RIGHT.

11:40AM 5             AND IS YOUR BROTHER AN AGENT WITH THE FBI?

11:40AM 6                    PROSPECTIVE JUROR:  YES.

11:40AM 7                    THE COURT:  AND IS IT LOCAL OR A DIFFERENT

11:40AM 8      JURISDICTION?

11:40AM 9                    PROSPECTIVE JUROR:  SAN FRANCISCO.

11:40AM 10                   THE COURT:  SAN FRANCISCO, OKAY.

11:41AM 11            AND DO YOU TALK TO HIM ABOUT HIS WORK?

11:41AM 12                   PROSPECTIVE JUROR:  NO, NOT MUCH.

11:41AM 13                   THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THE FACT

11:41AM 14     THAT YOUR BROTHER IS AN FBI AGENT YOU THINK WOULD AFFECT YOUR

11:41AM 15     ABILITY TO BE FAIR TO BOTH SIDES IN THIS CASE?

11:41AM 16                   PROSPECTIVE JUROR:  NO.

11:41AM 17                   THE COURT:  ALL RIGHT.  THANK YOU.

11:41AM 18            ANYONE ELSE?

11:41AM 19            I SEE NO HANDS.

11:41AM 20            WOULD ANY OF YOU GIVE GREATER OR LESSER CREDENCE TO A

11:41AM 21     WITNESS WHO IS A LAW ENFORCEMENT OFFICER, AGENT, OR GOVERNMENT

11:41AM 22     REPRESENTATIVE SIMPLY BECAUSE THAT WITNESS IS A LAW ENFORCEMENT

11:41AM 23     OFFICER, AGENT, OR GOVERNMENT REPRESENTATIVE?

11:41AM 24            WHAT THIS QUESTION CALLS FOR, LADIES AND GENTLEMEN, IS I'D

11:41AM 25     LIKE TO KNOW WHETHER OR NOT IF A LAW ENFORCEMENT OFFICER, AGENT

11:41AM 1     TESTIFIES IN THE CASE, I'M CURIOUS WHETHER JUST BECAUSE OF THE

11:41AM 2     FACT OF THAT EMPLOYMENT YOU WOULD GIVE THAT WITNESS'S TESTIMONY

11:42AM 3     GREATER WEIGHT OR LESSER WEIGHT JUST BECAUSE OF THE EMPLOYMENT?

11:42AM 4         ANYBODY FEELS THAT THEY WOULD DO THAT?

11:42AM 5         I SEE NO HANDS.

11:42AM 6         DO ANY OF YOU HAVE ANY OPINIONS ABOUT THE UNITED STATES

11:42AM 7     GOVERNMENT OR THE STATE OF CALIFORNIA OR ANY FEDERAL OR STATE

11:42AM 8     LAW ENFORCEMENT AGENCY THAT MIGHT AFFECT YOUR ABILITY TO BE

11:42AM 9     FAIR AND IMPARTIAL IN THIS CASE?

11:42AM 10        ANYONE HAVE ANY FEELINGS ABOUT THAT?

11:42AM 11        I SEE NO HANDS.

11:42AM 12        IS ANYONE OF THE OPINION THAT THE CRIMINAL JUSTICE SYSTEM

11:42AM 13    IS FUNDAMENTALLY UNFAIR IN SOME WAY SUCH THAT YOUR ABILITY TO

11:42AM 14    BE FAIR AND IMPARTIAL TO BOTH SIDES MIGHT BE IMPAIRED?

11:42AM 15        ANYONE HAVE ANY FEELINGS ABOUT THE CRIMINAL JUSTICE SYSTEM

11:42AM 16    AND ITS THE FAIRNESS IN THE SYSTEM?

11:42AM 17        YES.  WE'LL GET A MICROPHONE DOWN TO YOU, SIR.

11:43AM 18            PROSPECTIVE JUROR:  I BELIEVE IF THE JUROR PICKING

11:43AM 19    WAS A LITTLE BIT BETTER I WOULDN'T BE PICKED THREE TIMES IN ONE

11:43AM 20    YEAR.  I WOULD BE A LITTLE BIT MORE HAPPIER TO BE HERE, BUT NOW

11:43AM 21    I FEEL LIKE MORE ANNOYED AND A MENACE TO MY LIFESTYLE AT THIS

11:43AM 22    POINT.

11:43AM 23            THE COURT:  FIRST OF ALL, TELL ME YOUR JUROR NUMBER

11:43AM 24    AGAIN.

11:43AM 25            PROSPECTIVE JUROR:  31.

11:43AM 1          THE COURT:  YES.

11:43AM 2          AND IT SOUNDS LIKE -- ARE YOU -- YOU USED THE WORD

11:43AM 3     "ANNOYED"?

11:43AM 4          PROSPECTIVE JUROR:  YES.

11:43AM 5          THE COURT:  AND YOU'RE ANNOYED BECAUSE YOU'VE BEEN

11:43AM 6     SELECTED TO SIT AS A JUROR IN THREE CASES?

11:43AM 7          PROSPECTIVE JUROR:  YES.  THIS IS THE THIRD TIME

11:43AM 8     I'VE BEEN PICKED THIS YEAR TO COME TO SERVE, AND THIS IS THE

11:43AM 9     SECOND TIME WITH SANTA CRUZ, TWO TIMES WITH THEM, AND NOW THIS

11:43AM 10    IS THE FIRST TIME WITH YOU GUYS.

11:43AM 11         THE COURT:  I SEE.  OKAY.

11:43AM 12         WELL, DOES THAT SUGGEST TO YOU, SIR, THAT FOR SOME REASON

11:44AM 13    YOU'RE VIEWED AS SOMEBODY OF SOUND, GOOD JUDGMENT THAT WOULD

11:44AM 14    SIT AS A GOOD QUALIFIED JUROR, DOESN'T THAT SUGGEST TO YOU THAT

11:44AM 15    THE JURY COMMISSIONERS FOR SOME REASON SEES YOU AS SOMEBODY WHO

11:44AM 16    IS EXTREMELY BRIGHT AND INTELLIGENT --

11:44AM 17         PROSPECTIVE JUROR:  I RATHER NOT.

11:44AM 18         THE COURT:  -- AND CAN HAVE AN OBJECTIVE MIND AND

11:44AM 19    SIT AS A FAIR JUROR?  ISN'T THAT WHAT THAT SAYS?

11:44AM 20         PROSPECTIVE JUROR:  I DON'T WANT TO BE.

11:44AM 21         THE COURT:  I SEE.

11:44AM 22         AND IS THAT BECAUSE YOU THINK IT'S A WASTE OF YOUR

11:44AM 23    PRECIOUS TIME, SIR?

11:44AM 24         PROSPECTIVE JUROR:  WELL, RIGHT NOW IT'S A THIRD

11:44AM 25    TIME, AND I JUST STARTED MY NEW JOB, AND I NEED TO BE AT WORK.

11:44AM 1          I AM TRYING TO FIND A NEW HOUSE, AND I NEED THE PAY

11:44AM 2   STUBS, AND I CAN'T GET THE PAY STUBS IF I'M HERE.

11:44AM 3          THE COURT:  I SEE.  THANK YOU VERY MUCH.  THANK YOU

11:44AM 4   FOR SHARING THOSE DETAILS WITH ME, SIR.  I APPRECIATE IT.

11:44AM 5          PROSPECTIVE JUROR:  THANK YOU, SIR.

11:44AM 6          THE COURT:  ALL RIGHT.  ANYONE ELSE?

11:44AM 7      I SEE NO HANDS.

11:44AM 8      IF YOU ARE SELECTED TO SIT ON THIS CASE, WILL YOU BE ABLE

11:44AM 9   TO RENDER A VERDICT SOLELY ON THE EVIDENCE PRESENTED AT THE

11:44AM 10  TRIAL AND IN THE CONTEXT OF THE LAW AS I WILL GIVE IT TO YOU IN

11:45AM 11  MY INSTRUCTIONS DISREGARDING ANY OTHER IDEAS, NOTIONS, OR

11:45AM 12  BELIEFS ABOUT THE LAW THAT YOU MAY HAVE ENCOUNTERED IN REACHING

11:45AM 13  YOUR VERDICT?

11:45AM 14     THIS QUESTION IS REALLY DESIGNED, LADIES AND GENTLEMEN, TO

11:45AM 15  ASK YOU, WILL YOU FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER

11:45AM 16  YOU AGREE WITH IT OR NOT?  IS THERE ANYONE WHO CANNOT DO THAT?

11:45AM 17     I SEE NO HANDS.

11:45AM 18     A DEFENDANT IN A CRIMINAL CASE IS PRESUMED TO BE INNOCENT.

11:45AM 19  THIS PRESUMPTION REQUIRES THE GOVERNMENT TO PROVE EACH ELEMENT

11:45AM 20  OF A CRIME BEYOND A REASONABLE DOUBT.

11:45AM 21     PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU

11:45AM 22  FIRMLY CONVINCED THAT THE DEFENDANT IS GUILTY.  IT IS NOT

11:45AM 23  REQUIRED THAT THE GOVERNMENT PROVE GUILT BEYOND ALL POSSIBLE

11:45AM 24  DOUBT.

11:45AM 25     A REASONABLE DOUBT IS A DOUBT BASED UPON REASON AND COMMON

11:45AM 1     SENSE AND IS NOT BASED PURELY ON SPECULATION.

11:45AM 2         IT MAY ARISE FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF

11:45AM 3     ALL OF THE EVIDENCE OR FROM LACK OF EVIDENCE.

11:46AM 4         IF AFTER AN IMPARTIAL AND CAREFUL CONSIDERATION OF ALL OF

11:46AM 5     THE EVIDENCE YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT

11:46AM 6     THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE

11:46AM 7     DEFENDANT NOT GUILTY.

11:46AM 8         ON THE OTHER HAND, IF AFTER A CAREFUL AND IMPARTIAL

11:46AM 9     CONSIDERATION OF ALL OF THE EVIDENCE, YOU ARE CONVINCED BEYOND

11:46AM 10    A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY, IT IS YOUR

11:46AM 11    DUTY TO FIND THE DEFENDANT GUILTY.

11:46AM 12        NOW, CAN ALL OF YOU APPLY THE LAW AS GIVEN BY THE COURT,

11:46AM 13    INCLUDING THE PRESUMPTION OF INNOCENCE, AND THE GOVERNMENT'S

11:46AM 14    BURDEN OF PROOF BEYOND A REASONABLE DOUBT?

11:46AM 15        IS THERE ANYBODY WHO CANNOT DO THAT?

11:46AM 16        I SEE NO HANDS.

11:46AM 17        IS THERE ANYONE WHO BELIEVES THAT BECAUSE MR. BALWANI IS

11:46AM 18    PRESENT IN COURT ACCUSED OF THESE CHARGES, HE MUST BE GUILTY?

11:46AM 19    ANYONE FEEL THAT?

11:46AM 20        I SEE NO HANDS.

11:46AM 21        IS THERE ANYONE WHO CANNOT PRESUME MR. BALWANI INNOCENT OF

11:47AM 22    THESE CHARGES RIGHT NOW?  ANYONE?

11:47AM 23        I SEE NO HANDS.

11:47AM 24        DO YOU UNDERSTAND THAT AFTER HEARING ALL OF THE EVIDENCE

11:47AM 25    YOU DETERMINE THAT THE GOVERNMENT HAS NOT MET THEIR BURDEN OF

11:47AM  1      PROVING THE CASE BEYOND A REASONABLE DOUBT, IT WOULD BE THEN

11:47AM  2      YOUR DUTY TO FIND THE DEFENDANT NOT GUILTY?

11:47AM  3          YOU ALL UNDERSTAND THAT?  ANYONE WHO DOES NOT?

11:47AM  4          I SEE NO HANDS.

11:47AM  5          IF THAT WERE TO BE THE CASE, COULD ALL OF YOU STILL DO

11:47AM  6      THAT AND STILL FACE YOUR FAMILY AND FRIENDS WITHOUT FEAR OF

11:47AM  7      CRITICISM THAT MIGHT MAKE IT DIFFICULT FOR YOU?  ANYONE FEEL

11:47AM  8      THAT IF THEY -- AT THE END OF THIS CASE IF THEY WERE TO FIND

11:47AM  9      THE GOVERNMENT HAS NOT MET THEIR BURDEN, THAT YOU WOULD BE

11:47AM  10     FEARFUL OF FINDING THAT BECAUSE OF CRITICISM?

11:47AM  11         I SEE NO HANDS.

11:47AM  12         NOW, YOU HAVE SEEN A VIDEO EARLIER THAT DISCUSSED THE

11:47AM  13     TOPIC OF UNCONSCIOUS BIAS, AND WE SHOW THAT VIDEO AS AN AID TO

11:48AM  14     PROSPECTIVE JURORS AS THEY CONSIDER YOUR JURY SERVICE AND THE

11:48AM  15     TASK AHEAD OF THEM.  IT'S MEANT AS AN EDUCATIONAL TOOL TO

11:48AM  16     INFORM REGARDING EDUCATIONAL STUDIES ON ISSUES OF BIAS AND

11:48AM  17     UNCONSCIOUS BIAS.  I HOPE YOU FOUND THE VIDEO TO BE INSTRUCTIVE

11:48AM  18     AND HELPFUL.

11:48AM  19         IN OUR NATION AND STATE WE HAVE CITIZENS, RESIDENTS, AND

11:48AM  20     NONCITIZENS FROM MANY DIFFERENT RACES, ETHNIC AND CULTURAL

11:48AM  21     BACKGROUNDS.

11:48AM  22         IN THE JURISDICTION OF THIS COURT WE ENJOY A RICH

11:48AM  23     DIVERSITY OF INDIVIDUALS AND CULTURES.  UNDER THE LAW, ALL

11:48AM  24     PEOPLE WHO APPEAR IN COURT, REGARDLESS OF RACE, RELIGION,

11:48AM  25     ETHNIC HERITAGE, GENDER, AGE, OR SEXUAL ORIENTATION ARE

11:48AM 1      ENTITLED TO DUE PROCESS OF LAW, AND WE GUARANTEE EACH PERSON

11:48AM 2      THE RIGHT TO A FAIR AND IMPARTIAL TRIAL.

11:48AM 3           WE ARE TO JUDGE EACH INDIVIDUAL AS WE WANT TO BE JUDGED,

11:49AM 4      FAIRLY AND IMPARTIALLY.

11:49AM 5           NOW, IT MAY APPEAR THAT ONE OR MORE OF THE PARTIES,

11:49AM 6      ATTORNEYS, OR WITNESSES COME FROM A NATIONAL, RACIAL, OR

11:49AM 7      RELIGIOUS GROUP OR MAY HAVE A LIFESTYLE DIFFERENT FROM YOUR

11:49AM 8      OWN.

11:49AM 9           WOULD THIS IN ANY WAY AFFECT YOUR JUDGMENT OR THE WEIGHT

11:49AM 10     AND CREDIBILITY YOU WOULD GIVE TO THE EVIDENCE IN THIS CASE?

11:49AM 11          ANYONE FEEL THAT THAT WOULD BE AN ISSUE FOR THEM?

11:49AM 12          I SEE NO HANDS.

11:49AM 13          TO REACH A VERDICT, THE JURY MUST BE UNANIMOUS.  DO ALL OF

11:49AM 14     YOU ACCEPT THE REQUIREMENT THAT THE JURY'S VERDICT BE

11:49AM 15     UNANIMOUS?

11:49AM 16          ANYONE WHO PARTS COMPANY WITH THAT CONCEPT?

11:49AM 17          I SEE NO HANDS.

11:49AM 18          DOES ANYONE FEEL THAT BECAUSE OF A PHILOSOPHICAL, A MORAL,

11:49AM 19     OR RELIGIOUS REASONS THAT THEY CANNOT SIT AS A JUROR IN A

11:49AM 20     CRIMINAL CASE OR THAT WOULD CAUSE DISCOMFORT OR AN INABILITY TO

11:49AM 21     REACH A VERDICT IN A CRIMINAL CASE?

11:49AM 22          ANYONE FEEL THAT BECAUSE OF RELIGIOUS OR MORAL BELIEFS

11:50AM 23     THAT THIS WOULD BE A CHALLENGE OR THEY WOULD BE UNABLE TO

11:50AM 24     ACCOMPLISH THIS TASK?

11:50AM 25          I SEE NO HANDS.

11:50AM 1        AS A JUROR, YOU ARE ASKED TO DETERMINE THE FACTS OF THE

11:50AM 2   CASE AND WHETHER THE DEFENDANT DID IN FACT COMMIT THE ACTS THAT

11:50AM 3   CONSTITUTE THE OFFENSES CHARGED.

11:50AM 4        IS THERE ANYONE WHO DOES NOT UNDERSTAND THAT CONCEPT,

11:50AM 5   THOSE DUTIES AS A JUROR?

11:50AM 6        I SEE NO HANDS.

11:50AM 7        AS A JUROR, YOU'RE NOT TO CONSIDER OR SPECULATE ON THE

11:50AM 8   QUESTION OF PUNISHMENT.  THAT QUESTION IS SOLELY IN THE

11:50AM 9   PROVINCE OF THE COURT.

11:50AM 10       IS THERE ANYONE WHO DOES NOT UNDERSTAND THAT CONCEPT?

11:50AM 11       I SEE NO HANDS.

11:50AM 12       WILL YOU PERFORM YOUR DUTY TO FOLLOW THE LAW AND DECIDE

11:50AM 13   THE CASE WITHOUT ANY REGARD TO THE POSSIBLE CONSEQUENCES?  IS

11:50AM 14   THERE ANYONE WHO CANNOT DO THAT?

11:51AM 15       AGAIN, I SEE NO HANDS.

11:51AM 16       IN OUR COURTS AN ACCUSED HAS THE RIGHT TO REMAIN SILENT

11:51AM 17   AND NOT TESTIFY.  A DEFENDANT MAY CHOOSE TO RELY ON THE STATE

11:51AM 18   OF THE EVIDENCE AT THE CONCLUSION OF THE GOVERNMENT'S CASE AND

11:51AM 19   PRESENT NO AFFIRMATIVE DEFENSE.

11:51AM 20       DO ALL OF YOU ACCEPT THE DEFENDANT'S RIGHT UNDER THE

11:51AM 21   CONSTITUTION TO REMAIN SILENT AND THUS CHOOSE NOT TO TESTIFY IN

11:51AM 22   THIS CASE?

11:51AM 23       ANYONE WHO PARTS COMPANY WITH THAT CONCEPT?

11:51AM 24       I SEE NO HANDS.

11:51AM 25       IF MR. BALWANI RELIES ON HIS RIGHT NOT TO TESTIFY, WILL

11:51AM 1    ANYONE HOLD THAT AGAINST HIM?  IS THERE ANYONE WHO WOULD HOLD

11:51AM 2    THAT AGAINST HIM?

11:51AM 3        I SEE NO HANDS.

11:51AM 4        WOULD ANY OF YOU FEEL THAT HE WAS HIDING SOMETHING IF HE

11:51AM 5    DID NOT TESTIFY?

11:51AM 6        I SEE NO HANDS.

11:51AM 7        ARE ANY OF YOU, ANY MEMBER OF YOUR FAMILY, OR ANY OF YOUR

11:51AM 8    CLOSE FRIENDS ATTORNEYS, LAW STUDENTS OR PARALEGALS OR LAW

11:52AM 9    PROFESSORS?  ANYONE IN THE LEGAL PROFESSION?

11:52AM 10       OKAY.  I SEE SOME HANDS.  WE'LL GET MICROPHONES DOWN TO

11:52AM 11   YOU.

11:52AM 12            PROSPECTIVE JUROR:  JUROR 48.

11:52AM 13            THE COURT:  YES, SIR.

11:52AM 14            PROSPECTIVE JUROR:  I HAVE A FIRST COUSIN WHO IS AN

11:52AM 15   ATTORNEY.

11:52AM 16            THE COURT:  OKAY.  AND DO YOU KNOW WHAT --

11:52AM 17   WHEREABOUTS THAT IS?

11:52AM 18            PROSPECTIVE JUROR:  IT'S IN SANTA CLARA COUNTY.

11:52AM 19            THE COURT:  OKAY.  AND DO YOU KNOW WHAT TYPE OF LAW

11:52AM 20   YOUR COUSIN PRACTICES.

11:52AM 21            PROSPECTIVE JUROR:  SHE DOES WILLS AND ESTATES.

11:52AM 22            THE COURT:  OKAY.  DO YOU TALK WITH HER ABOUT HER

11:52AM 23   WORK ON OCCASION?

11:52AM 24            PROSPECTIVE JUROR:  ON OCCASION.

11:52AM 25            THE COURT:  IS THERE ANYTHING ABOUT THOSE

11:52AM 1    CONVERSATIONS OR THE FACT THAT SHE'S A LAWYER THAT YOU THINK

11:52AM 2    WOULD AFFECT YOUR ABILITY TO BE FAIR TO BOTH SIDES IN THIS

11:52AM 3    CASE?

11:52AM 4              PROSPECTIVE JUROR:  NO.

11:52AM 5              THE COURT:  OKAY.  THANK YOU.

11:52AM 6         SOMEONE ELSE IN THE FRONT ROW THERE?

11:52AM 7              PROSPECTIVE JUROR:  JUROR 45.

11:52AM 8              THE COURT:  YES.

11:53AM 9              PROSPECTIVE JUROR:  I HAVE A FRIEND WHO IS A

11:53AM 10   CORPORATE LAWYER, I BELIEVE.

11:53AM 11             THE COURT:  AND IS THAT IN THE AREA?

11:53AM 12             PROSPECTIVE JUROR:  YES, I BELIEVE IN SANTA CLARA

11:53AM 13   COUNTY.

11:53AM 14             THE COURT:  OKAY.  AND DO YOU TALK TO THIS FRIEND

11:53AM 15   ABOUT HIS OR HER WORK?

11:53AM 16             PROSPECTIVE JUROR:  I VERY SELDOM TALK TO HER ABOUT

11:53AM 17   THE DETAILS OF HER WORK.  MOSTLY SHE JUST COMPLAINS TO ME ABOUT

11:53AM 18   THE OFFICE.

11:53AM 19             THE COURT:  I SEE.  AND THE AMOUNT OF WORK.

11:53AM 20             PROSPECTIVE JUROR:  INDEED.

11:53AM 21             THE COURT:  YES.  IS THERE ANYTHING ABOUT THAT THAT

11:53AM 22   YOU THINK WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO

11:53AM 23   BOTH SIDES HERE?

11:53AM 24             PROSPECTIVE JUROR:  I DO NOT BELIEVE SO, SIR.

11:53AM 25             THE COURT:  OKAY.  THANK YOU.

11:53AM 1        ANYONE ELSE?

11:53AM 2        I SEE NO HANDS.

11:53AM 3        HAVE YOU OR ANY OF YOUR FAMILY OR CLOSE FRIENDS EVER

11:53AM 4   WORKED FOR A COURT, A PROSECUTION OR A CRIMINAL DEFENSE LAW

11:53AM 5   OFFICE, INCLUDING GOVERNMENT AND PRIVATE PRACTICE FIRMS?

11:53AM 6   ANYONE HAVE THOSE EXPERIENCES?

11:53AM 7        I SEE NO HANDS.

11:53AM 8        HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED WITH OR

11:54AM 9   APPEARED AS A DEFENDANT, VICTIM OR WITNESS IN ANY INVESTIGATION

11:54AM 10  BY A GOVERNMENT AGENCY, WHICH WOULD INCLUDE POLICE DEPARTMENTS,

11:54AM 11  SHERIFF'S OFFICES, FEDERAL AGENCIES SUCH AS DEA, FBI, I.R.S.,

11:54AM 12  S.E.C., ATF?  AND I'M HAPPY TO SPEAK PRIVATELY WITH ANYONE IF

11:54AM 13  YOU WISH.

11:54AM 14       YES, JUROR NUMBER 80.

11:54AM 15            PROSPECTIVE JUROR:  I HAVE ANOTHER BROTHER WHO

11:54AM 16  WORKED FOR CBP BEFORE, CUSTOMS BORDER PROTECTION.

11:54AM 17            THE COURT:  YES.  IS HE STILL WORKING THERE?

11:54AM 18            PROSPECTIVE JUROR:  HE'S RETIRED.

11:54AM 19            THE COURT:  I SEE.  AND HOW LONG AGO WAS THAT, SIR?

11:54AM 20            PROSPECTIVE JUROR:  ABOUT TWO YEARS AGO.

11:54AM 21            THE COURT:  OH, GREAT.

11:54AM 22       AND HE'S ENJOYING RETIREMENT NOW?

11:54AM 23            PROSPECTIVE JUROR:  RIGHT.

11:54AM 24            THE COURT:  OKAY.  THANK YOU.

11:54AM 25       ANYONE ELSE?

11:55AM  1          I SEE NO HANDS.

11:55AM  2          HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED IN ANY

11:55AM  3  LITIGATION OR CLAIMS AGAINST THE UNITED STATES GOVERNMENT, THE

11:55AM  4  STATE OF CALIFORNIA, OR ANY OTHER STATE OR MUNICIPAL

11:55AM  5  ORGANIZATION?

11:55AM  6          ANYONE HAVE THOSE EXPERIENCES?

11:55AM  7          I SEE NO HANDS.

11:55AM  8          HAVING HEARD THE QUESTIONS PUT TO YOU BY THE COURT, DOES

11:55AM  9  ANY OTHER REASON SUGGEST ITSELF TO YOU AS TO WHY YOU COULD NOT

11:55AM 10  SIT ON THIS JURY AND RENDER A FAIR VERDICT BASED ON THE

11:55AM 11  EVIDENCE PRESENTED TO YOU AND IN THE CONTEXT OF THE COURT'S

11:55AM 12  INSTRUCTIONS ON THE LAW?  ANYONE WHO COULD NOT DO THAT?

11:55AM 13          YES.  WE'LL GET THE MICROPHONE TO YOU.  THIS IS -- IS IT

11:55AM 14  14?  JUROR 14.

11:55AM 15          PROSPECTIVE JUROR:  YES, 14.

11:56AM 16          YES.  MY CONCERN IS ENGLISH IS NOT MY FIRST LANGUAGE, AND

11:56AM 17  IT'S NOT PERFECT.  THIS CASE IS SO SERIOUS, I HAVE CONCERNS

11:56AM 18  THAT, YOU KNOW, LAW TERMINOLOGY OR FINANCE TERMINOLOGY, I'M NOT

11:56AM 19  SUFFICIENT WITH THIS.

11:56AM 20          THE COURT:  OKAY.

11:56AM 21          PROSPECTIVE JUROR:  SO I'M REALLY NERVOUS ABOUT

11:56AM 22  THIS, BECAUSE I THINK THIS MIGHT AFFECT REALLY MY COMPREHENSION

11:56AM 23  AND THE VERDICT.

11:56AM 24          THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU FOR

11:56AM 25  THAT.

11:56AM  1          WHAT IS YOUR FIRST LANGUAGE?

11:56AM  2                 PROSPECTIVE JUROR:  POLISH.

11:56AM  3                 THE COURT:  OKAY.  THANK YOU.

11:56AM  4          AND HOW LONG HAVE YOU BEEN IN THIS COUNTRY?

11:56AM  5                 PROSPECTIVE JUROR:  THIRTY YEARS.  SO IT'S A LOT,

11:56AM  6     30.

11:56AM  7                 THE COURT:  YES.

11:56AM  8                 PROSPECTIVE JUROR:  IT'S A LONG TIME TO LEARN

11:56AM  9     PERFECT ENGLISH.  BUT I HAVE THREE KIDS AND SPENDING A LOT OF

11:57AM 10     TIME RAISING THEM, AND I SPEAK POLISH AT HOME.

11:57AM 11          AND THEN I BECAME A NANNY AND ALSO WAS TAKING CARE OF

11:57AM 12     SMALL KIDS WHO COULDN'T REALLY TEACH ME PROPER ENGLISH.

11:57AM 13          SO I'M BEING HONEST HERE.

11:57AM 14                 THE COURT:  NO, NO.  THANK YOU FOR THAT.

11:57AM 15          IT ALLOWS ME TO TALK ABOUT SOMETHING, AND THIS IS A VERY

11:57AM 16     NATURAL QUESTION THAT GETS ASKED NOT JUST BY INDIVIDUALS WHOSE

11:57AM 17     ENGLISH IS A SECOND LANGUAGE, BUT MANY INDIVIDUALS WHO DO NOT

11:57AM 18     HAVE PROFESSIONAL, THEY DON'T HAVE A LAW DEGREE, AND THEY'RE

11:57AM 19     FEARFUL THAT THE LAWYERS AND THE COURT MAY ENGAGE, MAY TALK

11:57AM 20     ABOUT THINGS THAT -- AND USE TERMS THAT ARE DIFFICULT AND HARD

11:57AM 21     TO UNDERSTAND.

11:57AM 22          MAY I ASSURE YOU THAT THESE EXPERIENCED LAWYERS, THEY KNOW

11:57AM 23     THIS ISSUE.  THEY KNOW THAT, AND THEY WANT TO MAKE, AND MY

11:57AM 24     SENSE IS THAT THEY WILL MAKE THE EVIDENCE IN THIS CASE

11:58AM 25     ACCESSIBLE TO ALL OF US, THAT IS, MAKE IT UNDERSTANDABLE.

11:58AM   1          THEY'RE NOT GOING TO USE WORDS THAT ARE THIS LONG, ABOUT

11:58AM   2     THREE FEET LONG, WHEN THEY CAN USE A WORD THAT IS ABOUT

11:58AM   3     SIX INCHES LONG.  I THINK THEY KNOW THAT.  I TRY TO FOLLOW

11:58AM   4     THAT, TOO.

11:58AM   5          SO I APPRECIATE YOUR CONCERN.

11:58AM   6          I HOPE I CAN, BY ME TALKING TO YOU ABOUT THIS, THAT GIVES

11:58AM   7     YOU SOME RELIEF AND YOUR COLLEAGUES SOME RELIEF THAT THIS IS

11:58AM   8     NOT AN OPPORTUNITY FOR THE LAWYERS TO USE THE LARGEST WORDS,

11:58AM   9     THE LONGEST WORDS THAT THEY CAN.

11:58AM   10          IT'S AN OPPORTUNITY FOR THEM TO MAKE WHATEVER INFORMATION

11:58AM   11     THAT THEY WANT YOU TO KNOW ACCESSIBLE SUCH THAT IT'S

11:58AM   12     UNDERSTANDABLE IN A FAIRLY EASY MANNER.

11:58AM   13               PROSPECTIVE JUROR:  THANK YOU.

11:58AM   14               THE COURT:  IF I WERE TO ASK THEM THAT, I THINK THEY

11:58AM   15     WOULD TELL ME, YES, THAT'S WHAT WE'RE GOING TO DO.

11:58AM   16          ALL RIGHT.  THANK YOU.

11:58AM   17          CAN YOU THINK OF ANY OTHER REASON WHY YOU'RE NOT -- WHY

11:58AM   18     YOU MIGHT NOT BE ABLE TO TRY THIS CASE FAIRLY AND IMPARTIALLY

11:59AM   19     TO BOTH THE GOVERNMENT AND THE DEFENSE OR WHY YOU SHOULD NOT BE

11:59AM   20     ON THE JURY?

11:59AM   21               THE CLERK:  I THINK THERE WERE A COUPLE MORE HANDS

11:59AM   22     FOR THE LAST QUESTION, YOUR HONOR.

11:59AM   23               THE COURT:  ALL RIGHT.  LET'S SEE THAT.

11:59AM   24               PROSPECTIVE JUROR:  JUROR 42.

11:59AM   25               THE COURT:  42.  THANK YOU.

11:59AM 1          PROSPECTIVE JUROR:  SO I STOPPED WORKING IN, LIKE,

11:59AM 2   2011.  I TOOK A BREAK FOR -- UNTIL NOW FOR FAMILY REASONS, AND

11:59AM 3   FOR THE PAST MONTH I HAVE BEEN LIKE APPLYING FOR JOBS, AND I

11:59AM 4   HAVE BEEN INTERVIEWING.  NOW I HAVE SOME OFFERS.

11:59AM 5          BUT LOOKING AT THE SCHEDULE TODAY, LIKE, THIS IS MY FIRST

11:59AM 6   TIME ON A JURY, AND SO IT LOOKS LIKE IT'S A VERY TIGHT

11:59AM 7   SCHEDULE, AND I THINK IT'S GOING TO BE AN EXTREMELY DIFFICULT

11:59AM 8   SITUATION FOR ME TO EXPLAIN, LIKE, IF I JUST JOIN, AND THEN I

12:00PM 9   SAY THAT I HAVE THIS OBLIGATION.  SO THAT'S WORRYING.

12:00PM 10          THE COURT:  OKAY.  THANK YOU.  THANK YOU FOR SHARING

12:00PM 11   THAT.

12:00PM 12          WAS THERE ANOTHER HAND?

12:00PM 13          YES.  COULD WE PASS THAT.

12:00PM 14          PROSPECTIVE JUROR:  SO AT MY WORKPLACE I'M ONE OF --

12:00PM 15          THE COURT:  YES.  JUROR NUMBER?

12:00PM 16          PROSPECTIVE JUROR:  OH, 49.

12:00PM 17          THE COURT:  YES.

12:00PM 18          PROSPECTIVE JUROR:  AT MY WORK I'M ONE OF TWO NATIVE

12:00PM 19   SPANISH SPEAKERS, AND WE DO A LOT OF COMMUNITY OUTREACH FOR ART

12:00PM 20   STUDENTS AND JUST, YOU KNOW, CREATIVE ACTIVITIES.

12:00PM 21          SO -- AND MY OTHER COLLEAGUE, SHE'S A WORKING MOTHER AS

12:00PM 22   WELL, SO IT WOULD BE KIND OF HARD TO FIND OTHER FLUENT SPANISH

12:00PM 23   SPEAKERS AT MY WORKPLACE.  THAT'S JUST THE MAIN THING I'M

12:00PM 24   WORRIED ABOUT.

12:00PM 25          THE COURT:  OKAY.  THANK YOU.

12:00PM  1        AND THERE WAS SOMEONE BEHIND YOU?  YES.

12:00PM  2            PROSPECTIVE JUROR:  GOOD MORNING.  JUROR 61.

12:00PM  3            THE COURT:  YES.

12:00PM  4            PROSPECTIVE JUROR:  I RESIDE IN SALINAS, WHICH WAS

12:00PM  5   VERY DIFFICULT TO GET HERE THIS MORNING.  I HAVE TO LEAVE MY

12:01PM  6   13-YEAR-OLD DAUGHTER WITH MY ELDERLY PARENTS.  I AM THE ONLY

12:01PM  7   ONE PROVIDING FOR THEM, SO IT'S GOING TO BE A REAL HARDSHIP TO

12:01PM  8   BE HERE AND BE CONCENTRATING.

12:01PM  9        SHE'S CURRENTLY IN MIDDLE SCHOOL, AND THEY DON'T HAVE AN

12:01PM  10  AFTER SCHOOL HOMEWORK CENTER EVERY DAY, SO IT'S REALLY

12:01PM  11  DIFFICULT FOR ME TO BE THERE FOR HER ON TIME.

12:01PM  12       I'M JUST WORRIED ABOUT HER SCHEDULE AND BEING SO FAR AWAY.

12:01PM  13  MY PARENTS DO NOT DRIVE.

12:01PM  14            THE COURT:  DO YOU HAVE OTHER INDIVIDUALS, FAMILY

12:01PM  15  MEMBERS OR FRIENDS THAT CAN ASSIST?

12:01PM  16            PROSPECTIVE JUROR:  NO, WE DON'T.

12:01PM  17            THE COURT:  OKAY.

12:01PM  18            PROSPECTIVE JUROR:  WE ARE ACTUALLY IN A TRANSFER --

12:01PM  19  SHE'S ON A TRANSFER TO THE SCHOOL THAT SHE ATTENDS, SO I DON'T

12:01PM  20  HAVE CLOSE RELATIVES OR FRIENDS THAT CAN HELP ME WITH THAT.

12:01PM  21            THE COURT:  OKAY.

12:01PM  22            PROSPECTIVE JUROR:  SO IT WOULD BE A HARDSHIP FOR

12:01PM  23  ME.

12:01PM  24            THE COURT:  OKAY.  THANK YOU.

12:01PM  25            PROSPECTIVE JUROR:  THANK YOU.

12:01PM 1                    THE COURT:  YOU'RE WELCOME.

12:02PM 2                    PROSPECTIVE JUROR:  HI.  JUROR 101.

12:02PM 3                    THE COURT:  101, YES.

12:02PM 4                    PROSPECTIVE JUROR:  MY REASON IS THAT I CAN'T STAY

12:02PM 5       HERE BECAUSE I DON'T THINK I WOULD BE GOOD ON THIS CASE BECAUSE

12:02PM 6       I'M THE MOM OF THREE KIDS, YOUNG THREE KIDS, AND I NEED TO TAKE

12:02PM 7       CARE OF THEM; AND THE OWNER OF A RESTAURANT, AND I NEED TO BE

12:02PM 8       ABLE TO BE THERE TO DO MY DUTY, AND I DON'T THINK I CAN STAY

12:02PM 9       HERE BECAUSE MY DUTY IS NOT FINISHED, AND I CANNOT TAKE THE

12:02PM 10      DUTY RIGHT NOW.

12:02PM 11          IF A DIFFERENT TIME, I WILL DO IT, BUT NOT THIS TIME.

12:02PM 12      IT'S REALLY HARD FOR ME TO STAY IN HERE FOR 13 WEEKS.  YEAH.

12:02PM 13                   THE COURT:  OKAY.  THANK YOU.

12:02PM 14          ANYONE ELSE?

12:02PM 15                   PROSPECTIVE JUROR:  JUROR NUMBER 79.

12:02PM 16                   THE COURT:  YES.

12:02PM 17                   PROSPECTIVE JUROR:  I'M A MEDICAL SOCIAL WORKER AT A

12:02PM 18      DIALYSIS CLINIC, AND I OVERSEE APPROXIMATELY 130 PATIENTS.

12:02PM 19          OUR CLINIC IS CURRENTLY MOVING TO A DIFFERENT LOCATION, SO

12:03PM 20      I WOULD HAVE TO ASSIST MY TEAM AS WELL AS MY PATIENTS IN

12:03PM 21      GETTING THEM OVER TO THE NEW CLINIC.

12:03PM 22          I'M NOT SURE HOW FOCUSSED I WOULD BE ON THE CASE AND WORK

12:03PM 23      AT THE SAME TIME.

12:03PM 24                   THE COURT:  WHEN IS THE MOVE SCHEDULED?

12:03PM 25                   PROSPECTIVE JUROR:  SO WE ARE IN A STATE AUDIT.  WE

12:03PM   1        SHOULD BE KNOWING TODAY.

12:03PM   2            AND IF IT HAPPENS -- IF WE GET CERTIFIED, THEN WE SHOULD

12:03PM   3        BE MOVING WITHIN TWO WEEKS.

12:03PM   4                THE COURT:  I SEE.

12:03PM   5            AND ARE THERE OTHER MEDICAL SOCIAL WORKERS AT THE CLINIC?

12:03PM   6                PROSPECTIVE JUROR:  NO.  I'M THE ONLY SOCIAL WORKER.

12:03PM   7                THE COURT:  I SEE.

12:03PM   8            AND ARE THERE OTHER INDIVIDUALS THAT COULD ASSIST IN THE

12:03PM   9        TRANSITION?

12:03PM  10                PROSPECTIVE JUROR:  WE'RE VERY LOW IN SOCIAL WORKERS

12:03PM  11        IN THE REGION.

12:03PM  12                THE COURT:  SO IS THIS A -- IT SOUNDS LIKE IS THIS A

12:03PM  13        FUNCTION WHERE YOUR INABILITY TO SERVICE YOUR CLIENTS WOULD BE

12:03PM  14        AFFECTED BY YOUR SERVICE?

12:03PM  15                PROSPECTIVE JUROR:  YES.

12:03PM  16                THE COURT:  OR IS IT THE MOVE ITSELF?

12:04PM  17                PROSPECTIVE JUROR:  NO.  BECAUSE THE -- I ALSO

12:04PM  18        ASSIST IN TRANSPORTATION, ASSIST IN APPLYING FOR

12:04PM  19        TRANSPORTATION, AND I PROVIDE CRISES INVENTION, AND RIGHT NOW

12:04PM  20        WORKING ON A SPECIFIC CASE THAT REQUIRES APS FOLLOWUP.  SO

12:04PM  21        YEAH.

12:04PM  22                THE COURT:  THANK YOU VERY MUCH.  THANK YOU.

12:04PM  23            ANYONE ELSE?

12:04PM  24            YES, WE'LL GET THE MICROPHONE UP.

12:04PM  25            IS THIS JUROR 35?

12:04PM  1          PROSPECTIVE JUROR:  YES.  I WOULD JUST LIKE TO -- I

12:04PM  2     HAD A SUMMONS LAST YEAR FOR JURY DUTY, AND IT SAID I WAS

12:04PM  3     EXCUSED FOR TWO YEARS, SO I'M TRYING TO USE THAT AS AN EXCUSE.

12:05PM  4          BUT THE OTHER THING IS THAT I HAVE A NONREFUNDABLE PAIR OF

12:05PM  5     TICKETS FOR MY HUSBAND AND I TO SEE MY CHILDREN FOR MAY 28TH

12:05PM  6     AND THEY'RE NONREFUNDABLE.

12:05PM  7               THE COURT:  AND WHEN WOULD YOU BE RETURNING?

12:05PM  8               PROSPECTIVE JUROR:  JUNE 9TH.

12:05PM  9               THE COURT:  AND THE JURY SERVICE, WAS THAT FROM THIS

12:05PM 10     COURT?

12:05PM 11               PROSPECTIVE JUROR:  SALINAS.

12:05PM 12               THE COURT:  STATE COURT, THE SUPERIOR COURT?

12:05PM 13               PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

12:05PM 14               THE COURT:  OKAY.  THANK YOU.

12:05PM 15          ANYONE ELSE?

12:05PM 16          OH, YES.

12:05PM 17               PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.

12:05PM 18          MY JUROR NUMBER IS 28.

12:05PM 19               THE COURT:  38.  YES, SIR.

12:05PM 20               PROSPECTIVE JUROR:  28.

12:05PM 21               THE COURT:  28.

12:05PM 22               PROSPECTIVE JUROR:  YES.  LIKE I SAID, I HAVE

12:05PM 23     FOLLOWED THIS FOR MANY YEARS.

12:05PM 24               THE COURT:  I'M SORRY, COULD YOU SAY THAT AGAIN.  I

12:06PM 25     BEG YOUR PARDON.

12:06PM 1      PROSPECTIVE JUROR:  LIKE I SAID, I KNOW THIS COMPANY

12:06PM 2  FOR A LONG TIME, AND IT'S LIKE A FRAUD COMPANY.

12:06PM 3      THE COURT:  SIR, I THINK I HAVE ALL OF THAT

12:06PM 4  INFORMATION.  YOU'VE TOLD ME THAT BEFORE.

12:06PM 5      PROSPECTIVE JUROR:  YES.

12:06PM 6      THE COURT:  YES.  OKAY.

12:06PM 7      PROSPECTIVE JUROR:  SO IT WOULDN'T BE FAIR FOR ME TO

12:06PM 8  SIT HERE AND --

12:06PM 9      THE COURT:  SIR, IS THERE -- LET ME STOP YOU, SIR.

12:06PM 10     IS THERE ANYTHING ELSE OTHER THAN WHAT YOU'VE ALREADY TOLD

12:06PM 11  ME ABOUT?  THIS QUESTION IS FOR ANY OTHER REASON THAT YOU

12:06PM 12  HAVEN'T SAID BEFORE?  ANYTHING ELSE?

12:06PM 13      PROSPECTIVE JUROR:  WELL, I PROBABLY CARE FOR MY

12:06PM 14  90-YEAR-OLD FATHER, AND I JUST WANT TO MAKE SURE IN CASE, YOU

12:06PM 15  KNOW, HE HAS LIKE HEART DISEASE, SO IN CASE OF SOMETHING WRONG

12:06PM 16  SO ALLOW ME TO, YOU KNOW, TAKE A QUICK GO HOME AND COME BACK.

12:06PM 17      THE COURT:  I SEE.  YOU WANT TO BE ABLE TO CARE FOR

12:06PM 18  YOUR FATHER IF THE NEED ARISES?

12:06PM 19      PROSPECTIVE JUROR:  YEAH, IN CASE SOMETHING HAPPENS.

12:06PM 20      THE COURT:  THANK YOU.  I APPRECIATE THAT.  THANK

12:06PM 21  YOU.  OKAY.

12:06PM 22     OH, YES.

12:06PM 23      PROSPECTIVE JUROR:  HI.  I'M JUROR NUMBER 10.

12:07PM 24      THE COURT:  YES.

12:07PM 25      PROSPECTIVE JUROR:  I HAVE THE SAME PROBLEM WITH

12:07PM  1    ENGLISH IS MY SECOND LANGUAGE.

12:07PM  2              THE COURT:  UH-HUH.

12:07PM  3              PROSPECTIVE JUROR:  SO IF SOMETIMES I COULDN'T

12:07PM  4    UNDERSTAND SOME TERMINOLOGY OR SOMETHING, COULD I BRING -- DO

12:07PM  5    THEY PROVIDE AN INTERPRETER OR CAN I BRING A DICTIONARY?

12:07PM  6              THE COURT:  OKAY.  WELL, LET ME ASK YOU, WHAT IS

12:07PM  7    YOUR FIRST LANGUAGE?

12:07PM  8              PROSPECTIVE JUROR:  MANDARIN.

12:07PM  9              THE COURT:  MANDARIN?

12:07PM  10             PROSPECTIVE JUROR:  YEAH.

12:07PM  11             THE COURT:  AND HOW LONG HAVE YOU BEEN IN THIS

12:07PM  12   COUNTRY?

12:07PM  13             PROSPECTIVE JUROR:  WELL, I HAVE BEEN HERE MORE THAN

12:07PM  14   20 YEARS.

12:07PM  15             THE COURT:  YES.

12:07PM  16             PROSPECTIVE JUROR:  BUT SINCE I HAVE HAD MY KIDS, I

12:07PM  17   WANTED TO LEARN MANDARIN, SO I SPEAK MANDARIN AT HOME ALL OF

12:07PM  18   THE TIME.

12:07PM  19             THE COURT:  AND TELL ME, REMIND ME OF YOUR

12:07PM  20   EDUCATIONAL BACKGROUND AGAIN.

12:07PM  21             PROSPECTIVE JUROR:  SORRY.  I GRADUATED FROM

12:07PM  22   SAN FRANCISCO STATE UNIVERSITY.

12:07PM  23             THE COURT:  YES.

12:07PM  24             PROSPECTIVE JUROR:  AND I'M WORKING IN THE

12:07PM  25   ACCOUNTING DEPARTMENT FOR SEVERAL YEARS.

12:07PM  1                THE COURT:  AND YOU HAVE A BACHELOR OF SCIENCE?

12:07PM  2                PROSPECTIVE JUROR:  YES, B.S.

12:07PM  3                THE COURT:  OKAY.

12:07PM  4                PROSPECTIVE JUROR:  YES.

12:07PM  5                THE COURT:  BUT WHEN DID YOU RECEIVE YOUR BACHELOR

12:07PM  6       OF SCIENCE DEGREE?

12:08PM  7                PROSPECTIVE JUROR:  THIRTY YEARS AGO.

12:08PM  8                THE COURT:  THIRTY YEARS AGO?

12:08PM  9                PROSPECTIVE JUROR:  YES, 3-0.

12:08PM 10                THE COURT:  THANK YOU.

12:08PM 11                PROSPECTIVE JUROR:  YEAH.

12:08PM 12                THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

12:08PM 13       YOU FOR LETTING ME KNOW.

12:08PM 14                PROSPECTIVE JUROR:  OKAY.

12:08PM 15                THE COURT:  ANYONE ELSE?

12:08PM 16           I SEE NO HANDS.

12:08PM 17           LADIES AND GENTLEMEN, WE'RE GOING TO TAKE OUR BREAK NOW.

12:08PM 18       WE'RE GOING TO COME BACK -- OH, YES.

12:08PM 19                PROSPECTIVE JUROR:  WAS THIS -- I'M SORRY.

12:08PM 20           THIS IS JUROR NUMBER 45.

12:08PM 21                THE COURT:  YES.

12:08PM 22                PROSPECTIVE JUROR:  WAS THIS THE SECTION TALKING

12:08PM 23       ABOUT ANY EXPERIENCES THAT WE HAVE THAT WOULD COLOR OUR ABILITY

12:08PM 24       TO BE JURORS OR OTHER COMMITMENTS THAT MIGHT INTERFERE WITH

12:08PM 25       JURY DUTY?

12:08PM 1          THE COURT:  THIS WAS A BROAD QUESTION ASKING IF

12:08PM 2    THERE'S ANY OTHER REASON THAT A JUROR FEELS THAT THEY COULD NOT

12:08PM 3    SIT AS A JUROR IN THIS CASE.

12:08PM 4          PROSPECTIVE JUROR:  OKAY.  I HAVE ONE THAT I DON'T

12:09PM 5    KNOW QUALIFIES OR NOT.  I SUPPOSE IT'S A HELL OF A WAY TO GET

12:09PM 6    OUT OF JURY DUTY, BUT I'VE VOLUNTEERED TO FIGHT WITH THE

12:09PM 7    UKRAINIAN FOREIGN REGION.  SO IF I HEAR BACK FROM THE EMBASSY,

12:09PM 8    I WOULD WANT TO PICK UP AND GO TO THE UKRAINE.

12:09PM 9        I DON'T KNOW IF THAT QUALIFIES ME OR DISQUALIFIES ME AS A

12:09PM 10   JUROR.

12:09PM 11         THE COURT:  OKAY.  WHEN -- DO YOU HAVE ANY KNOWLEDGE

12:09PM 12   AS TO WHEN YOU MIGHT BE NOTIFIED ABOUT THAT?

12:09PM 13         PROSPECTIVE JUROR:  I DO NOT KNOW.  I HAVE INFORMED

12:09PM 14   THE CONSULATE, AND I HAVE ATTEMPTED TO CONTACT THE EMBASSY, BUT

12:09PM 15   I HAVE NOT HEARD BACK FROM THEM.

12:09PM 16       SO I DON'T KNOW WHETHER OR NOT THEY'RE GOING TO BE

12:09PM 17   RETURNING MY CALLS SO TO SPEAK.

12:09PM 18         THE COURT:  I SEE.  AND THIS IS THE UKRAINIAN

12:09PM 19   EMBASSY?

12:09PM 20         PROSPECTIVE JUROR:  YES.

12:09PM 21         THE COURT:  THANK YOU FOR SHARING THAT.  I

12:09PM 22   APPRECIATE THAT.  THANK YOU.

12:09PM 23       ALL RIGHT.  YES.

12:09PM 24         PROSPECTIVE JUROR:  NUMBER 60.

12:09PM 25         THE COURT:  60.

12:09PM 1          PROSPECTIVE JUROR:  YES.  ENGLISH IS ALSO A SECOND

12:10PM 2   LANGUAGE FOR ME, SO TO BE HONEST, ACTUALLY I DON'T UNDERSTAND

12:10PM 3   SOME TERMS.

12:10PM 4          THE COURT:  ALL RIGHT.  THANK YOU, SIR.  I

12:10PM 5   APPRECIATE THAT.  THANK YOU.

12:10PM 6       ANY -- YES.

12:10PM 7       IS THIS JUROR NUMBER 1?

12:10PM 8          PROSPECTIVE JUROR:  YES.  CORRECT.

12:10PM 9       YES, JUROR NUMBER 1.

12:10PM 10      IN GENERAL, I HAVE JUST STARTED A NEW JOB, AND I DON'T

12:10PM 11  HAVE THE JURY LEAVE TO, LIKE, TAKE OFF FROM THAT DURING THIS

12:10PM 12  PERIOD OF TIME.

12:10PM 13      I ALSO HAVE MILITARY DUTIES THAT WILL TAKE ME AWAY FOR AT

12:10PM 14  LEAST UNTIL APRIL 1ST IN ADDITION.

12:10PM 15         THE COURT:  ARE YOU SIGNED UP TO GO TO THE UKRAINE,

12:10PM 16  SIR?  ARE YOU VOLUNTEERING TO GO TO THE UKRAINE?

12:11PM 17         PROSPECTIVE JUROR:  I HAVE NOT VOLUNTEERED TO GO TO

12:11PM 18  THE UKRAINE.

12:11PM 19         THE COURT:  YOU'RE IN THE RESERVES.

12:11PM 20         PROSPECTIVE JUROR:  YES, I AM IN THE RESERVES, AND I

12:11PM 21  HAVE A MANDATORY DUTY PERIOD ON APRIL 1ST.

12:11PM 22         THE COURT:  ANYONE ELSE?

12:11PM 23      I SEE NO HANDS.

12:11PM 24      WE'RE GOING TO TAKE A BREAK NOW, LADIES AND GENTLEMEN.

12:11PM 25  WE'RE GOING TO TAKE A LUNCH BREAK.

12:11PM  1          I THINK WE WILL HAVE TO COME BACK AT 1:00 O'CLOCK, I

12:11PM  2     BELIEVE, 1:00 O'CLOCK WILL BE SUFFICIENT.

12:11PM  3          AT THAT TIME I'M GOING TO ASK THE LAWYERS IF THEY HAVE

12:11PM  4     QUESTIONS FOR YOU.

12:11PM  5          SO IF YOU COULD COLLECT YOURSELVES, PLEASE, DOWN IN THE

12:11PM  6     JURY ASSEMBLY ROOM AGAIN A LITTLE BEFORE 1:00 O'CLOCK SUCH THAT

12:11PM  7     WE COULD HAVE YOU COME UP AGAIN.

12:11PM  8          THANK YOU.  I APPRECIATE YOUR PATIENCE.

12:11PM  9          COUNSEL, IF YOU COULD REMAIN.  THANK YOU.

12:11PM  10         (PROSPECTIVE JURY PANEL OUT AT 12:11 P.M.)

12:12PM  11             THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

12:12PM  12    SEATED.

12:12PM  13         THE RECORD SHOULD REFLECT THAT THE PROSPECTIVE PANEL HAS

12:12PM  14    LEFT, AND ALL COUNSEL AND THE DEFENDANT REMAIN.

12:12PM  15         WE'RE RUNNING A LITTLE BEHIND SCHEDULE.  I THINK OUR NEXT

12:12PM  16    PANEL, THE SECOND TRANCHE, WAS SCHEDULED TO COME UP AT

12:13PM  17    1:00 O'CLOCK.  SO WE'LL HAVE TO NEGOTIATE THAT WITH OUR JURY

12:13PM  18    COMMISSIONER.

12:13PM  19         WHAT I THOUGHT WE WOULD DO IS TAKE A 15 MINUTE BREAK AND

12:13PM  20    COME BACK AND TALK AND LOOK AT YOUR NOTES AND MY NOTES AND TALK

12:13PM  21    ABOUT WHAT WE SHOULD DO WITH THIS PANEL BEFORE THEY COME UP, IF

12:13PM  22    ANYTHING?  WOULD THAT WORK FOR YOU?

12:13PM  23             MR. SCHENK:  YES, YOUR HONOR.

12:13PM  24             MR. COOPERSMITH:  YES, YOUR HONOR.

12:13PM  25             THE COURT:  SO LET'S TAKE ABOUT A 20 MINUTE BREAK

12:13PM  1      AND THEN WE'LL COME BACK.  OKAY.  THANK YOU.

12:13PM  2           (LUNCH RECESS TAKEN AT 12:13 P.M.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AFTERNOON SESSION**

12:13PM 1

12:40PM 2          (PROSPECTIVE JURY OUT AT 12:47 P.M.)

12:47PM 3              THE COURT:  WE'RE OUTSIDE OF THE PRESENCE OF THE

12:47PM 4   PROSPECTIVE PANEL.

12:47PM 5          ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN,

12:47PM 6   INCLUDING MR. BALWANI.

12:47PM 7          AGAIN, THE JURORS ARE NOT PRESENT.

12:47PM 8          COUNSEL, I JUST THOUGHT WE WOULD -- WE'RE RUNNING A LITTLE

12:47PM 9   BEHIND OUR SCHEDULE.  OUR SECOND PANEL IS SCHEDULED TO COME IN

12:47PM 10  AT 1:00 O'CLOCK TODAY.

12:47PM 11         WHAT I WAS THINKING OF DOING, AND I WANTED TO GET YOUR

12:47PM 12  THOUGHTS, HAVING THE 1:00 O'CLOCK PANEL I'LL CALL THEM, ALLOW

12:47PM 13  THEM TO LEAVE TODAY AND COME BACK TOMORROW MORNING, AND THEN

12:47PM 14  PUSH OUR MORNING PANEL TOMORROW UNTIL THE AFTERNOON.

12:47PM 15         LET ME TELL YOU THE BASIS OF THAT IS THAT WE WILL START

12:47PM 16  AGAIN AT 1:00 O'CLOCK.  YOU'LL HAVE AN OPPORTUNITY TO VOIR

12:47PM 17  DIRE.  MY SENSE IS THAT THAT IS GOING TO TAKE ABOUT AN HOUR, I

12:48PM 18  THINK, MAYBE MORE.

12:48PM 19         THEN WE MAY HAVE SOME CONVERSATIONS, SPIRITED OR NOT,

12:48PM 20  REGARDING CAUSE, AND WE'LL MAKE SOME DECISIONS.

12:48PM 21         I'M JUST TRYING TO CAPTURE A TIME ESTIMATE FOR THAT.  THAT

12:48PM 22  SEEMS TO BE MAYBE 3:00 O'CLOCK THAT WE WOULD FINISH WITH THAT.

12:48PM 23         AND I'M JUST CURIOUS YOUR THOUGHTS ABOUT HAVING THE OTHER

12:48PM 24  JURORS SIT IN OUR LUXURIOUS ASSEMBLY ROOM FOR TWO HOURS AND

12:48PM 25  THEN COMING UP FOR ABOUT AN HOUR OF VOIR DIRE.

12:48PM  1    MAYBE I SHOULD HAVE PHRASED THAT A LITTLE MORE

12:48PM  2  OBJECTIVELY.

12:48PM  3    BUT WHAT ARE YOUR THOUGHTS ABOUT THAT?  ANY THOUGHTS?

12:48PM  4    MR. SCHENK:  YOUR HONOR, COULD I JUST HAVE ONE

12:48PM  5  MOMENT?

12:48PM  6    THE COURT:  YES.  SURE.  WHY DON'T YOU TALK TO YOUR

12:48PM  7  TEAMS ABOUT THIS.

12:48PM  8    (DISCUSSION AMONGST COUNSEL OFF THE RECORD.)

12:49PM  9    MR. SCHENK:  YOUR HONOR, THE APPROACH THE COURT HAS

12:49PM  10  OUTLINED IS PERFECTLY FINE WITH THE GOVERNMENT.

12:49PM  11    THE ONLY SUGGESTION I HAVE, AND SORT OF WONDER ALOUD, IS

12:49PM  12  IF THE OTHER PANEL IS ALREADY HERE, WE HAVE THE ABILITY TO FILL

12:49PM  13  SEATS.

12:49PM  14    I KNOW MOST OF THE TIME THE COURT DOES NOT DO THAT, BUT IF

12:49PM  15  THERE ARE JURORS THAT WE REACH AGREEMENT ON OR THE COURT MAKES

12:49PM  16  A RULING ON THAT WE'RE GOING TO EXCUSE, EVEN IF WE KEEP SOME

12:50PM  17  NUMBER OF THE JURORS THAT ARE HERE FOR THE 1:00 O'CLOCK PANEL,

12:50PM  18  WE COULD ADD THEM TO THIS VENIRE INTO THE EMPTY SEATS AND THEN

12:50PM  19  QUESTION THEM.

12:50PM  20    THE COURT:  WE CAN DO THAT, BUT THEY WOULD NOT

12:50PM  21  THEN -- THAT WOULD CAUSE ME TO REPEAT MY VOIR DIRE, WOULDN'T

12:50PM  22  IT?

12:50PM  23    AND THE OTHER JURORS WOULD BE BORED TO TEARS.  THAT'S JUST

12:50PM  24  A THOUGHT I HAD, RIGHT?

12:50PM  25    MR. COOPERSMITH:  YOUR HONOR, A AGREE WITH THAT

12:50PM 1    STATEMENT FOR SURE.

12:50PM 2         I THINK ULTIMATELY WHAT I'M GOING TO TELL YOU IS THAT I

12:50PM 3    THINK IT MAKES SENSE TO LET THE SECOND PANEL WHO IS WAITING IN

12:50PM 4    THE JURY ROOM TO GO HOME.

12:50PM 5         BUT I DO WANT TO GIVE YOU A FEW THOUGHTS ABOUT WHY I THINK

12:50PM 6    THAT IS AND WHY I THINK THERE ARE SOME VERY GRAVE CONCERNS THAT

12:50PM 7    I HAVE ABOUT WHAT IS GOING ON.

12:50PM 8         THE COURT:  WELL, WE'RE NOT -- LET'S STAY AWAY FROM

12:50PM 9    YOUR GRAVE FOR JUST A MOMENT AND TALK ABOUT WHAT WE'RE GOING TO

12:50PM 10   DO WITH THIS PANEL, THE 1:00 O'CLOCK PANEL.

12:51PM 11        MR. COOPERSMITH:  THAT'S THE QUESTION, YOUR HONOR.

12:51PM 12   I THINK IT MAKES SENSE TO RELEASE THEM.

12:51PM 13        THE COURT:  RIGHT.  SO I LOOKED AT THE -- AS PART OF

12:51PM 14   THIS I LOOKED TO SEE THEIR RESIDENCY BECAUSE ASKING SOMEONE TO

12:51PM 15   COME FROM SALINAS TO SOLEDAD AND HAVE THEM COME BACK ANOTHER

12:51PM 16   TIME I THINK WOULD BE ASKING A LOT.

12:51PM 17        JUST A ROUGH HIGH LEVEL VIEW SUGGESTED THAT I THINK WE HAD

12:51PM 18   A COUPLE OF PEOPLE MAYBE FROM SANTA CRUZ, MAYBE APTOS.

12:51PM 19        I DON'T THINK I SAW ANYONE FROM SALINAS OR SOLEDAD OR THE

12:51PM 20   ONE FROM HOLLISTER.

12:51PM 21        SO MY CONCERN ABOUT HAVING PEOPLE TRAVEL FROM THOSE

12:51PM 22   SOUTHERN REGIONS IS NOT AS GREAT.

12:51PM 23        SO I THINK THAT'S WHAT WE'LL DO IS WE'LL ASK OUR

12:51PM 24   COMMISSIONER DOWNSTAIRS TO INFORM THE 1:00 O'CLOCK PANEL THAT

12:51PM 25   THEY SHOULD RETURN TOMORROW, AND THEY SHOULD BE READY FOR 9:00

12:52PM  1      O'CLOCK.

12:52PM  2          WOULD THAT WORK?

12:52PM  3              MR. COOPERSMITH:  YOUR HONOR --

12:52PM  4              THE COURT:  PARDON ME JUST A SECOND.

12:52PM  5          (DISCUSSION OFF THE RECORD.)

12:53PM  6              THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU.  I'M

12:53PM  7      SORRY.

12:53PM  8              MR. COOPERSMITH:  NO PROBLEM, YOUR HONOR.  THANK

12:53PM  9      YOU.

12:53PM  10         WHAT I WAS ABOUT TO TELL YOU IS THAT I HAVE A MOTION THAT

12:53PM  11     I'D LIKE TO MAKE RIGHT NOW, AND IT DOES AFFECT THE SCHEDULING

12:53PM  12     IF GRANTED.

12:53PM  13         OBVIOUSLY I DON'T KNOW WHAT WILL HAPPEN, BUT I'D LIKE TO

12:53PM  14     GO AHEAD AND TELL YOU WHAT THAT IS.

12:53PM  15         AND THE PROBLEM THAT WE HAVE HERE IS THAT WE HAVE SO MUCH

12:53PM  16     MEDIA EXPOSURE THAT PERMEATES THE JURY PANEL, AND I THINK WHAT

12:53PM  17     YOU HEARD IN RESPONSE TO YOUR QUESTION WAS REALLY JUST THE TIP

12:53PM  18     OF THE ICEBERG WHEN YOU LOOK AT THE QUESTIONNAIRES AS WELL.

12:53PM  19         AND WHAT HAS HAPPENED IS THAT IF YOU TRY TO REALLY GET TO

12:53PM  20     THE BOTTOM OF WHAT THEIR VIEWS ARE AND WHAT THEY READ AND WHY

12:53PM  21     THEY THINK WHAT THEY THINK, YOU'RE GETTING INTO THINGS THAT

12:53PM  22     TAINT THE POOL.

12:54PM  23         BUT IF YOU DON'T DO THAT, THEN YOU ONLY GET, YOU KNOW,

12:54PM  24     VERY SUPERFICIAL ANSWERS ABOUT, YOU KNOW, YES, I WOULD TRY TO

12:54PM  25     BE FAIR.

12:54PM 1         SO I THINK IN THIS CASE, OF ALL CASES, CALLS FOR A MUCH

12:54PM 2    MORE IN-DEPTH DISCUSSION WITH JURORS WHICH CAN'T BE DONE, IN

12:54PM 3    OUR VIEW, IN AN OPEN SESSION WITH THE OTHER JURORS ON THE MEDIA

12:54PM 4    QUESTIONS.

12:54PM 5         AND THE MOTION, YOUR HONOR, IS THAT I THINK WHAT HAS

12:54PM 6    ALREADY HAPPENED WITH QUITE A FEW JURORS HAS ALREADY TAINTED

12:54PM 7    THE POOL, AND MY MOTION IS TO DISMISS THE ENTIRE PANEL AND

12:54PM 8    START AGAIN WITH THE SECOND PANEL.

12:54PM 9              THE COURT:  DO YOU WISH TO BE HEARD, MR. SCHENK?

12:54PM 10              MR. SCHENK:  I DO.

12:54PM 11              MR. COOPERSMITH:  I CAN TELL YOU WHY, YOUR HONOR.

12:54PM 12              THE COURT:  WELL, I THINK YOU DID.  DO YOU HAVE MORE

12:54PM 13    TO SAY?

12:54PM 14              MR. COOPERSMITH:  WELL, I WANT TO TELL YOU WHAT I

12:54PM 15    THINK THE TAINT WAS.

12:54PM 16              THE COURT:  I'M SORRY.  I THOUGHT YOU WERE FINISHED.

12:54PM 17              MR. COOPERSMITH:  AND, YOUR HONOR, I DO THIS OUT OF

12:54PM 18    TOTAL RESPECT FOR THE COURT --

12:54PM 19              THE COURT:  NO, NO.

12:54PM 20              MR. COOPERSMITH:  AND I HAVE A CLIENT WHOSE RIGHTS

12:54PM 21    I'M TRYING TO PROTECT.

12:54PM 22              THE COURT:  AND YOU'RE DOING IT.  RIGHT.  I THOUGHT

12:54PM 23    YOU FINISHED.

12:54PM 24         GO AHEAD.

12:55PM 25              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  JUROR

12:55PM 1    NUMBER 10 SAID IT WAS IMPOSSIBLE, THE TECHNOLOGY WAS

12:55PM 2    IMPOSSIBLE, DIDN'T BELIEVE THERANOS HAD THE TECHNOLOGY.  SHE

12:55PM 3    SAID THE COMPANY WAS A FRAUD.  SHE SAID THAT THREE TIMES.  SHE

12:55PM 4    SAID IT AFFECTED HER FAMILY'S, HIS FAMILY'S ABILITY TO BE

12:55PM 5    HEALTHY.

12:55PM 6        HE THEN REPEATED HIS BELIEF IT WAS FRAUD IN RESPONSE TO A

12:55PM 7    DIFFERENT QUESTION THAT YOUR HONOR ASKED THAT DIDN'T EVEN CALL

12:55PM 8    FOR THAT.

12:55PM 9        NUMBER 72 SAID THAT SHE FEELS A SENSE OF BETRAYAL, AND SHE

12:55PM 10   FEELS STRONGLY ABOUT THIS BECAUSE SHE HAS RESPECT FOR THE

12:55PM 11   MEDICAL COMMUNITY.

12:55PM 12       THERE ARE MULTIPLE OTHER JURORS WHO SAID THAT THEY HAVE

12:55PM 13   ALREADY DECIDED AND THEY HAVE STRONG VIEWS.

12:55PM 14       ONE JUROR, NUMBER 1, A MILITARY OFFICER, EVEN WITH HIS

12:55PM 15   TRAINING AND DISCIPLINE COULDN'T PUT ASIDE HIS BIAS.

12:55PM 16       NUMBER 49 SAID "TO BE BRUTALLY HONEST" -- I'M SORRY.

12:55PM 17   JUROR NUMBER 49 SAID "TO BE BRUTALLY HONEST," HE CAN'T PUT HIS

12:56PM 18   VIEWS ASIDE AND PART OF THAT WAS BECAUSE OF A LONG HISTORY OF

12:56PM 19   CHRONIC ILLNESS IN HIS FAMILY.

12:56PM 20       JUROR NUMBER 45 SAID HE LISTENED TO THE MEDIA AND WAS VERY

12:56PM 21   SKEPTICAL.

12:56PM 22       YOUR HONOR, I THINK THESE THINGS ARE PROBLEMATIC, AND I

12:56PM 23   THINK IT TAINTS THE POOL, AND I THINK THE ONLY WAY TO DO THIS,

12:56PM 24   AND GIVEN THE NATURE OF THE CASE AND THE FACT THAT WE'RE GOING

12:56PM 25   SECOND AND WE HAVE ALL OF THIS MEDIA COVERAGE, I THINK WE HAVE

12:56PM 1   TO DO ON THE MEDIA QUESTION INDIVIDUALIZED QUESTIONING OF EVERY

12:56PM 2   JUROR WHO HAS BEEN EXPOSED TO THE MEDIA.  AND MY MOTION IS TO

12:56PM 3   EXCLUDE THIS ENTIRE PANEL AND START AGAIN WITH THE SECOND ONE.

12:56PM 4           THE COURT:  OKAY.  THANK YOU.

12:56PM 5       MR. SCHENK?

12:56PM 6           MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OBVIOUSLY

12:56PM 7   OPPOSES THAT MOTION, AND WE DO FOR SEVERAL REASONS.

12:56PM 8       FIRST, THERE HAVE BEEN MANY HIGH PROFILE CASES THAT DEAL

12:56PM 9   WITH THE SAME LEVEL OF MEDIA ATTENTION IF NOT MORE.

12:56PM 10      JUST LAST FRIDAY THE SUPREME COURT RULED IN THE TSARNAEV,

12:56PM 11  T-S-A-R-N-A-E-V, CASE, FOLLOWING THE BOSTON MARATHON BOMBING

12:57PM 12  THAT IN A UNANIMOUS DECISION, THAT THERE WERE NO PROBLEMS IN

12:57PM 13  THE JURY SELECTION PROCESS WHERE THEY DEALT WITH SIGNIFICANT

12:57PM 14  MEDIA BIAS.

12:57PM 15      THERE ARE CASES THAT OCCURRED JUST LAST YEAR IN 2021.  THE

12:57PM 16  ARBERY CASE WAS A CIVIL RIGHTS CASE FOLLOWING A STATE COURT

12:57PM 17  PROSECUTION OF A MURDER.  SO MANY OF THE JURORS KNEW ABOUT THE

12:57PM 18  MURDER CONVICTION BUT THEN TRIED FEDERAL CIVIL RIGHTS CASES.  I

12:57PM 19  COULD LIST ADDITIONAL EXAMPLES JUST FROM 2021.

12:57PM 20      WHAT MR. COOPERSMITH IS SAYING IS WHEN A JUROR IN THIS

12:57PM 21  COURTROOM REVEALS THEIR OPINION, THEIR KNOWLEDGE OF THE FACTS

12:57PM 22  OF THERANOS, WHAT THEY'VE READ OR HEARD, THAT THAT STATEMENT SO

12:57PM 23  INFECTS THE JURY THAT ALL OF THE REST OF THE JURORS MUST BE

12:57PM 24  EXCUSED.

12:57PM 25      MR. COOPERSMITH DOES NOT APPLY THAT LOGIC TO HIS OWN FOR

12:57PM  1    CAUSE CHALLENGES THAT HE PRESENTED TO THIS COURT.

12:57PM  2         THIS COURT WILL RECALL JUST YESTERDAY WHEN WE WERE BEFORE

12:58PM  3    YOU AND WE TALKED ABOUT JUROR NUMBER 163.  163 WAS THE JUROR

12:58PM  4    WHO WORKED WITH YOUR HONOR'S WIFE, AND MR. COOPERSMITH TOLD THE

12:58PM  5    COURT HE WAS NOT MOVING FOR CAUSE FOR THAT JUROR.

12:58PM  6         ON THAT JUROR'S QUESTIONNAIRE SHE REVEALED THAT SHE KNEW

12:58PM  7    ABOUT THERANOS FROM THE NEWS, SHE HAD OTHER KNOWLEDGE ABOUT THE

12:58PM  8    CONVICTION, SHE KNEW THAT MS. HOLMES WAS CONVICTED.

12:58PM  9         SO IT -- BUT MR. COOPERSMITH DID NOT MOVE FOR CAUSE ON

12:58PM  10   THIS JUROR.

12:58PM  11        SO IT CANNOT BE THE CASE THAT KNOWLEDGE OF PREJUDICIAL

12:58PM  12   INFORMATION, EVEN OF ONE INDIVIDUAL JUROR, IS SUFFICIENT TO

12:58PM  13   EXCLUDE THAT JUROR.

12:58PM  14        AND MR. COOPERSMITH HIMSELF KNOWS THIS TO BE TRUE BECAUSE,

12:58PM  15   AGAIN, IT ISN'T WHAT THE JUROR KNOWS.  IT'S WHETHER THAT JUROR

12:58PM  16   HAS FORMED AN OPINION AND WHETHER THE BIASES FROM THAT

12:58PM  17   KNOWLEDGE WILL SO INFECT THE JUROR'S DECISION THAT HE OR SHE

12:58PM  18   CAN'T BE FAIR.

12:58PM  19        THAT'S THE QUESTION THAT WE GET AT.

12:58PM  20        SO WHEN A JUROR IN THIS COURTROOM SAYS IN THE MEDIA I

12:59PM  21   HEARD THE FOLLOWING OR MY OPINION IS THE FOLLOWING, WHICH,

12:59PM  22   FRANKLY, THE COURT HAS DONE A TERRIFIC JOB OF TRYING TO EXCLUDE

12:59PM  23   THAT FROM OCCURRING, BUT TO THE EXTENT THAT SOME JURORS HAVE

12:59PM  24   EXPRESSED KNOWLEDGE OF THE PRIOR TRIAL OR THEIR OPINION OF

12:59PM  25   THERANOS, EVEN MR. COOPERSMITH DOESN'T THINK THAT THAT'S A

12:59PM  1    SUFFICIENT BASIS TO MOVE FOR CAUSE ON INDIVIDUAL JURORS.

12:59PM  2         SO IT CERTAINLY ISN'T A BASIS TO EXCLUDE THE ENTIRE VENIRE

12:59PM  3    PANEL WHEN WE HAVE NOT HAD THE OPPORTUNITY TO ASK THEM

12:59PM  4    QUESTIONS ABOUT WHETHER THEIR OPINIONS WILL CREATE PREJUDICE OR

12:59PM  5    BIAS, WHETHER THEIR OPINIONS WILL CAUSE THEM TO RENDER AN

12:59PM  6    UNFAIR OR A PARTIAL VERDICT IN THIS CASE.

12:59PM  7         IT CERTAINLY IS NOT THE CASE THAT INDIVIDUAL JURORS, THE

12:59PM  8    ONES CITED BY MR. COOPERSMITH, INCLUDING 10 AND 49, SAID THINGS

12:59PM  9    THAT WERE SO PREJUDICIAL THAT NOW THAT KNOWLEDGE BY OTHER

12:59PM  10   JURORS HAS AFFECTED THEIR ABILITY TO ANSWER THE QUESTIONS ABOUT

12:59PM  11   WHETHER THEY CAN BE FAIR OR IMPARTIAL, BECAUSE, AGAIN, IT ISN'T

12:59PM  12   THE KNOWLEDGE THAT THE JUROR HAS.  IT'S WHETHER THAT KNOWLEDGE

01:00PM  13   HAS CAUSED THEM TO FORM AN OPINION ON THE CASE SO THAT THEY

01:00PM  14   CAN'T SIT AND JUDGE THE FACTS FAIRLY, AND THERE CERTAINLY IS

01:00PM  15   NOT A SUFFICIENT RECORD TO SUGGEST THAT ALL OF THE JURORS IN

01:00PM  16   THE COURTROOM MUST BE EXCUSED BECAUSE OF THAT.

01:00PM  17         MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:00PM  18        I THINK MR. SCHENK IS MIXING A FEW DIFFERENT CONCEPTS.

01:00PM  19   WHETHER WE MOVED FOR CAUSE BASED ON THE QUESTIONNAIRE OR NOT OR

01:00PM  20   WHETHER WE THOUGHT IT WOULD TAKE SOME MORE VOIR DIRE, THAT'S A

01:00PM  21   DIFFERENT QUESTION THAN WHETHER THINGS THAT JURORS SAID DURING

01:00PM  22   THE VOIR DIRE PROCESS THIS MORNING ARE SO INFECTING THE JURY

01:00PM  23   POOL THAT THE PANEL SHOULD BE DISMISSED.

01:00PM  24        THAT'S OUR MOTION RIGHT NOW.  IT'S NOT ABOUT INDIVIDUAL

01:00PM  25   JURORS BEING STRUCK FOR CAUSE, WHICH REMAINS TO BE ARGUED.

01:00PM 1    SO THERE ARE ALL OF THE JURORS ALREADY SAID THE THINGS

01:00PM 2    THAT THEY SAID.

01:00PM 3    IN ADDITION, YOUR HONOR, THE FACT THAT MULTIPLE JURORS

01:00PM 4    LIKE SAID THE SAME THING AND THERE'S A SENSE, YOU KNOW, AMONG

01:00PM 5    THE JURY PANEL THAT, OH, YEAH, MULTIPLE JURORS WHO ARE

01:01PM 6    COMPATRIOTS OF THEIRS FOR THE DAY AT LEAST ALL SEEM TO BE IN

01:01PM 7    AGREEMENT THAT THIS COMPANY IS A FRAUD, AND ITS TECHNOLOGY

01:01PM 8    DIDN'T WORK, AND IT'S A BETRAYAL, ALL OF THAT I THINK IS SO

01:01PM 9    INFECTIOUS THAT THE WHOLE PANEL SHOULD BE DISMISSED.

01:01PM 10    GOING FORWARD, YOUR HONOR, IF THE MOTION IS GRANTED, THEN

01:01PM 11    WE'RE STARTING AGAIN.

01:01PM 12    IF THE MOTION IS DENIED, THEN WITH THIS PANEL, WHEN WE GET

01:01PM 13    TO INDIVIDUAL QUESTIONING, I HAVE NO WAY TO DRAW OUT WHAT THESE

01:01PM 14    JURORS REALLY THINK, THE ONES WHO HAVE BEEN EXPOSED TO THE

01:01PM 15    MEDIA, WITHOUT GETTING INTO INDIVIDUALIZED VOIR DIRE BECAUSE

01:01PM 16    DOING IT OUT IN THE OPEN --

01:01PM 17        THE COURT:  THAT WOULD BE A SOLUTION.

01:01PM 18        MR. COOPERSMITH:  IT COULD BE IF THE MOTION IS

01:01PM 19    DENIED, I AGREE, YOUR HONOR.

01:01PM 20    IF THE MOTION IS GRANTED, OBVIOUSLY WE'RE UNDER A

01:01PM 21    DIFFERENT SITUATION.

01:01PM 22    FOR THE NEXT PANEL GOING FORWARD THROUGH THE COURSE OF

01:01PM 23    TODAY OR TOMORROW, WHENEVER THAT MAY OCCUR, I THINK THAT THIS

01:01PM 24    OPEN SESSION -- I UNDERSTAND THE COURT TRIED TO BE SENSITIVE --

01:01PM 25    I'M NOT CRITICIZING YOUR HONOR.

01:02PM 1          THE COURT:  I UNDERSTAND.  NONE TAKEN.  NONE TAKEN.

01:02PM 2          MR. COOPERSMITH:  RIGHT.

01:02PM 3       IT'S JUST THAT THE NATURE OF THIS THING IS WHEN YOU START

01:02PM 4    PROBING, YOU KNOW, TO ASK QUESTIONS THAT REALLY GET AT THE

01:02PM 5    BOTTOM OF THINGS, YOU HAVE THIS RISK, AND I THINK THAT IS WHAT

01:02PM 6    HAS ALREADY OCCURRED.

01:02PM 7       SO THAT'S THE MOTION, YOUR HONOR.

01:02PM 8          THE COURT:  ANYTHING FURTHER?

01:02PM 9          MR. SCHENK:  NO, YOUR HONOR.

01:02PM 10         THE COURT:  ALL RIGHT.  THANK YOU.

01:02PM 11      WELL, I UNDERSTAND YOUR CONCERN AND YOUR DESIRE TO BE

01:02PM 12   PROPHYLACTIC AS BEST YOU CAN ON THE OTHER JURORS.

01:02PM 13      I DO PART COMPANY WITH YOU THINKING THAT THERE IS SOME

01:02PM 14   MONOLITHIC IDEA FROM EVERYBODY WHO HAS BEEN HEARD ABOUT THEIR

01:02PM 15   OPINIONS AS TO THE FRAUD AND THE THIS AND THE THAT.  DIFFERENT

01:02PM 16   JURORS HAVE USED THOSE TERMS, AND THE QUESTION, YOU RECALL THE

01:02PM 17   QUESTION OF THE COURT WAS "HAVE YOU HEARD, HAVE YOU HEARD OF

01:02PM 18   THINGS?"

01:02PM 19      AND THE JURORS SAID -- LET'S MAKE SURE THERE'S NO JURORS

01:02PM 20   IN HERE.

01:02PM 21      GIVE ME JUST A MOMENT.

01:03PM 22      (PAUSE IN PROCEEDINGS.)

01:03PM 23         THE COURT:  THANK YOU.  I THINK A PROSPECTIVE JUROR

01:03PM 24   ENTERED THE ROOM AND WE ESTABLISHED -- AND SHE'S NOW BEEN

01:03PM 25   ESCORTED OUTSIDE OF THE COURTROOM, AND THE COURT IS FREE FROM

01:03PM  1    ANY JUROR, PANEL MEMBER.

01:03PM  2         WHAT I WAS SAYING IS I DON'T THINK -- IT DOESN'T SEEM TO

01:03PM  3    ME THAT THERE'S BEEN A MONOLITHIC EXPRESSION OF EACH OF THESE

01:03PM  4    JURORS THAT THEY'RE IN SOME KIND OF CONCURRENCE AS TO ONE FRAUD

01:03PM  5    SCHEME OR SOMETHING LIKE THAT.

01:03PM  6         THEY ALL INDIVIDUALLY EXPRESSED IN DIFFERENT WAYS, "I

01:03PM  7    HEARD THIS, I HEARD THAT," AND I ASKED THEM, AND WE HAVE

01:03PM  8    VARYING RESPONSES TO THE QUESTION AS TO WHAT YOU'VE HEARD, WHAT

01:03PM  9    YOU'VE LEARNED, WHAT YOU'VE WATCHED OR LISTENED TO OR DISCUSSED

01:03PM 10    WITH FAMILY MEMBERS, HAS THAT AFFECTED YOUR ABILITY -- YOU

01:03PM 11    RECALL THAT I ASKED THAT QUESTION.  AND WE RECEIVED ANSWERS,

01:04PM 12    DIFFERENT ANSWERS FROM DIFFERENT JURORS.

01:04PM 13         SO I DON'T THINK THERE'S A COLLECTIVE KNOWLEDGE, A

01:04PM 14    COLLECTIVE VOICE THAT THEY SPEAK FROM.

01:04PM 15         NOW, YOUR MOTION SUGGESTS THAT BECAUSE OF THOSE ANSWERS,

01:04PM 16    OTHER JUROR MEMBERS MAY HAVE BEEN INFECTED OR HAVE BEEN

01:04PM 17    INFECTED SUCH THAT THEY CAN'T BE FAIR BECAUSE THEY'VE HEARD

01:04PM 18    ABOUT THOSE THINGS.

01:04PM 19         BUT THEY HEARD ME IN MY PRELIMINARY COMMENTS, THEY HEARD

01:04PM 20    ME READ THE INDICTMENT, THE CHARGES.  I TALKED ABOUT FRAUD.  I

01:04PM 21    THINK I USED THE WORD "FRAUD" PERHAPS FOUR TIMES.  I TALKED

01:04PM 22    ABOUT ELIZABETH HOLMES PERHAPS AT LEAST ONCE OR TWICE, MAYBE

01:04PM 23    THREE TIMES.

01:04PM 24         SO THAT KNOWLEDGE WAS ACQUIRED BY THEM JUST FROM THE

01:04PM 25    CHARGING DOCUMENTS AND THE NEED FOR ME TO DISCUSS THE FACTS OF

01:04PM  1    THE CASE.

01:04PM  2         SO THEY KNOW THAT.

01:04PM  3         THEIR PERSONAL VIEWS, WE'VE HEARD THAT FROM VARIOUS

01:04PM  4    INDIVIDUALS.  AND I THOUGHT WHAT WE MIGHT ACCOMPLISH BEFORE WE

01:04PM  5    BRING UP THE JURY IS TO SEE WHETHER OR NOT THERE'S ANY CAUSE

01:05PM  6    CHALLENGES THAT WE SHOULD JUST DEAL WITH NOW AND EXCUSE CERTAIN

01:05PM  7    MEMBERS, AND THIS SHOULD INFORM YOU THAT I DO HAVE SOME

01:05PM  8    THOUGHTS ABOUT THAT, AND WE MIGHT BE ABLE TO PARE DOWN SOME

01:05PM  9    THINGS SO THAT WE CAN AVOID QUESTIONING OF THESE CERTAIN

01:05PM  10   JURORS.

01:05PM  11        BUT I DON'T THINK THAT -- IT DOESN'T APPEAR TO ME THAT THE

01:05PM  12   ENTIRETY OF THE PANEL IS INFECTED.

01:05PM  13        YOU RECALL THE LAST QUESTION THAT I ASKED IS, "IS THERE

01:05PM  14   ANYTHING BASED ON WHAT I'VE ASKED, ANYTHING THAT YOU'VE HEARD

01:05PM  15   SO FAR THAT YOU THINK WILL CAUSE YOU TO BE, AN INABILITY TO BE

01:05PM  16   A FAIR AND IMPARTIAL JUROR?" AND PLEASE ANSWER.

01:05PM  17        REMEMBER, WE GOT THREE RESPONSES.  WE HEARD FROM WORK.

01:05PM  18   PEOPLE SAID, WELL, MY LAST CHANCE TO SAY WHY I DON'T WANT TO BE

01:05PM  19   A JUROR.  WORK RELATED, CONFLICTS, DRIVING.  WE HEARD ABOUT

01:05PM  20   SOMEONE FROM SALINAS WHO HAS CHILDCARE ISSUES, WORK RELATED

01:05PM  21   ISSUES, FINANCIAL ISSUES.

01:05PM  22        WHAT WE DIDN'T HEAR IS, WELL, MY MIND IS MADE UP.  WHAT

01:06PM  23   I'VE HEARD, I'VE HEARD JUROR NUMBER 37, OR WHATEVER, SAY THAT

01:06PM  24   AND, YEAH, I THINK THAT'S TRUE, AND SO I CAN'T, I CAN'T BE --

01:06PM  25   WE DIDN'T HEAR THAT.  THAT'S THE QUESTION THAT CALLS FOR THAT.

01:06PM   1    MAYBE I'LL RENEW THAT QUESTION WHEN THEY COME UP AGAIN AND

01:06PM   2    PERHAPS YOU'RE SUGGESTING THAT I SHOULD ASK THAT QUESTION IN

01:06PM   3    PERHAPS A MORE DIRECTIVE WAY:  IS THERE ANYTHING ABOUT THE

01:06PM   4    PERSONAL COMMENTS THAT YOU'VE HEARD FROM YOUR COMMENTS THAT

01:06PM   5    CAUSES YOU TO BELIEVE THAT YOU CANNOT BE FAIR AND IMPARTIAL OR

01:06PM   6    THAT CHANGES YOUR VIEWS ABOUT THAT?

01:06PM   7    MAYBE THAT'S THE QUESTION TO ASK, AND THEN YOU CAN FOLLOW

01:06PM   8    UP.

01:06PM   9    AND THERE MAY BE SOME THAT WE'LL NEED SOME, SOME PRIVATE

01:06PM  10    CONVERSATION.

01:06PM  11    MR. COOPERSMITH:  YES, YOUR HONOR, I UNDERSTAND.

01:06PM  12    SO CERTAINLY THERE ARE CERTAIN JURORS WHO HAVE --

01:06PM  13    (PAUSE IN PROCEEDINGS.)

01:06PM  14    THE COURT:  GIVE ME JUST A SECOND.  THANKS.

01:07PM  15    MR. COOPERSMITH:  SURE, YOUR HONOR.

01:08PM  16    (PAUSE IN PROCEEDINGS.)

01:08PM  17    THE COURT:  ALL RIGHT.  THANK YOU.  I'M SORRY FOR

01:08PM  18    THE BREAK.

01:08PM  19    MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:08PM  20    WHAT I WAS ABOUT TO SAY IS WE THINK THERE ARE CERTAIN

01:08PM  21    JURORS THAT SHOULD BE STRUCK FOR CAUSE.  OBVIOUSLY THAT'S A

01:08PM  22    SUBSET OF THE WHOLE PANEL THAT WE'VE MOVED TO EXCLUDE, BUT,

01:08PM  23    YES, WHENEVER YOUR HONOR WOULD LIKE TO TAKE IT UP, WE COULD

01:08PM  24    ASSERT THOSE.

01:08PM  25    THE OTHER THING THAT I WOULD JUST LIKE TO SAY ABOUT THE

01:08PM 1    COURT'S COMMENTS IS THAT, YOU KNOW, IF THE REMEDY FOR THIS TYPE

01:08PM 2    OF THING WAS SIMPLY THE FACT THAT THE JUDGE HAS GIVEN THE

01:08PM 3    CORRECT INSTRUCTIONS ABOUT EITHER THE OTHER CASE OR KEEP AN

01:09PM 4    OPEN MIND OR NOT LETTING OTHER EVIDENCE AFFECT THEM, THEN THERE

01:09PM 5    WOULD BE NO CASE WHERE ANYTHING COULD EVER MATTER IN TERMS OF

01:09PM 6    TAINT BECAUSE WE COULD ALWAYS JUST PRESUME THEY'RE FOLLOWING

01:09PM 7    THOSE INSTRUCTIONS.

01:09PM 8         I THINK THIS IS A DIFFERENT SITUATION.

01:09PM 9         SO, AGAIN, I'M NOT GOING TO KEEP REPEATING MYSELF.  THAT'S

01:09PM 10   THE MOTION.

01:09PM 11        BUT, YOUR HONOR, IF THAT'S NOT GRANTED, THEN WE DO HAVE

01:09PM 12   CERTAIN JURORS THAT SHOULD BE STRUCK FOR CAUSE.  FRANKLY, THERE

01:09PM 13   ARE ALSO SOME PEOPLE WHO ARE CLAIMING HARDSHIPS OF VARIOUS

01:09PM 14   SORTS.

01:09PM 15        AND THEN GOING FORWARD BOTH WITH THE INDIVIDUAL -- WITH

01:09PM 16   THE ATTORNEY'S VOIR DIRE THAT WILL TAKE PLACE THIS AFTERNOON IF

01:09PM 17   THE MOTION WE'VE MADE IS DENIED, AND THEN GOING FORWARD

01:09PM 18   TOMORROW, WE THINK INDIVIDUALIZED VOIR DIRE IS REALLY THE ONLY

01:09PM 19   ANSWER TO THIS MEDIA EXPOSURE QUESTION TO AVOID THAT RISK OF

01:09PM 20   TAINTING THE JURY POOL, WHICH, AGAIN, WE ALREADY THINK HAPPENED

01:09PM 21   IN THIS CASE.

01:09PM 22             THE COURT:  OKAY.  MR. SCHENK.

01:09PM 23             MR. SCHENK:  YOUR HONOR, MAYBE I SHOULD CLARIFY

01:09PM 24   BECAUSE MR. COOPERSMITH SEEMED TO THINK THAT I WAS CONFLATING

01:09PM 25   ISSUES.

01:09PM  1      MY POINT WAS THAT WHEN AN INDIVIDUAL JUROR EXPRESSES

01:10PM  2   KNOWLEDGE OF FACTS OF THE ELIZABETH HOLMES CONVICTION, FOR

01:10PM  3   INSTANCE, OR THE FACT THAT AN INDIVIDUAL JUROR BELIEVES THAT

01:10PM  4   THERANOS WAS A FRAUD, AND MR. COOPERSMITH DOESN'T MOVE FOR

01:10PM  5   CAUSE ON THAT PERSON, HOW CAN IT BE THE CASE THAT IF SOMEONE IN

01:10PM  6   OUR COURTROOM SAYS I'VE HEARD OR I'VE READ THE FOLLOWING, THAT

01:10PM  7   THAT INFECTS EVERYBODY IN THE COURTROOM TO SUCH AN EXTENT THAT

01:10PM  8   THE WHOLE PANEL HAS TO GO, AGAIN, WHEN AN INDIVIDUAL EXPRESSES

01:10PM  9   THAT VIEW IS NOT STRUCK FOR CAUSE OR MR. COOPERSMITH DOESN'T

01:10PM  10  MOVE FOR CAUSE ON THAT JUROR?

01:10PM  11     SO TO CLARIFY THAT POINT -- BUT I'M HAPPY TO MOVE TO THE

01:10PM  12  FOR CAUSE OR THE HARDSHIP CHALLENGES OF THIS PANEL.

01:10PM  13          MR. COOPERSMITH:  ONE COMMENT ABOUT THAT,

01:10PM  14  YOUR HONOR.

01:10PM  15     MR. SCHENK APPARENTLY WAS ABLE TO COMB THE 200-PLUS JURY

01:10PM  16  QUESTIONNAIRES AND FIND ONE EXAMPLE WHERE I DIDN'T MOVE FOR

01:10PM  17  CAUSE AND IT'S A BIT OF A GOTCHA I GUESS, BUT THAT IS NOT WHAT

01:10PM  18  IS GOING ON HERE.

01:11PM  19     WE CERTAINLY ATTEMPTED TO MOVE FOR CAUSE ON THE BASIS OF

01:11PM  20  THE QUESTIONNAIRES, EVERY JUROR THAT GAVE AN ANSWER THAT WE

01:11PM  21  THOUGHT WAS PROBLEMATIC, INCLUDING JURORS WHO KNEW ABOUT THE

01:11PM  22  CONVICTIONS.

01:11PM  23          MR. SCHENK:  YOUR HONOR, I'M SORRY.  MAY I JUST HAVE

01:11PM  24  ONE MOMENT?

01:11PM  25          THE COURT:  SURE.

01:11PM 1      MR. SCHENK:  THERE IS A LIST OF JURORS THAT THIS

01:11PM 2 APPLIES TO.  I DIDN'T COMB AND FIND ONE JUROR.

01:11PM 3      222 --

01:11PM 4      THE CLERK:  EXCUSE ME.  STEP OUTSIDE, SIR.

01:11PM 5      MR. SCHENK:  JUROR 202, JUROR 165, JUROR 163.

01:12PM 6 I BELIEVE THAT'S IT, YOUR HONOR.  IT'S NOT JUST ONE.

01:12PM 7      THE COURT:  ALL RIGHT.  THANK YOU FOR THAT.  THE

01:12PM 8 RECORD WILL SO REFLECT.

01:13PM 9      THE FIRST JUROR I'D LIKE TO TALK WITH YOU ABOUT IS

01:13PM 10 JUROR 60.  HE EXPRESSED IN THE QUESTIONNAIRE, AND THERE WAS

01:13PM 11 SOME MEDICAL ISSUES REGARDING JUROR NUMBER 60, AND WE DID HEAR

01:13PM 12 ABOUT SOME LANGUAGE ISSUES FROM JUROR 60.

01:13PM 13      AND WE WERE ABLE TO -- THIS IS ONE OF THE BENEFITS OF

01:13PM 14 HAVING THE JURORS COME IN AND HAVING AN OPPORTUNITY TO LISTEN

01:13PM 15 TO.

01:13PM 16      IT APPEARS THAT THERE'S A LANGUAGE ISSUE TO THE COURT, AND

01:13PM 17 I THOUGHT THAT I WOULD STRIKE HIM AS A HARDSHIP.

01:13PM 18      ANY OBJECTION TO THAT?

01:14PM 19      MR. SCHENK:  NO OBJECTION.

01:14PM 20      MR. COOPERSMITH:  YOUR HONOR, THE JUROR DIDN'T ASK

01:14PM 21 FOR A HARDSHIP DISCHARGE.

01:14PM 22      I DO NOTE THIS WAS THE SAME JUROR WHO ASKED FOR A BREAK,

01:14PM 23 AND I THINK IF YOU LOOK AT THE QUESTIONNAIRE, THE MEDICAL

01:14PM 24 ISSUES MAKE SENSE.  SO ON THAT BASIS WE DO NOT OBJECT.

01:14PM 25      THE COURT:  ALL RIGHT.  THANK YOU.

01:14PM  1          SO JUROR 60 WILL BE EXCUSED FOR HARDSHIP.

01:14PM  2          WHAT I'M GOING TO DO IS IF WE HAVE ANY STRIKES OR I'LL ASK

01:14PM  3     THAT THE JURY COMMISSIONER BE NOTIFIED AND NOTIFY THAT JUROR

01:14PM  4     NOT TO COME UPSTAIRS AGAIN.

01:15PM  5          (PAUSE IN PROCEEDINGS.)

01:15PM  6          THE COURT:  JUROR NUMBER 49.  I BELIEVE THIS WAS A

01:15PM  7     JUROR WHO TALKED TO US, BUT HE REVEALED SOMETHING ABOUT HIS

01:15PM  8     MEDICAL CONDITION, AND THEN OTHER FAMILY MEMBERS.

01:15PM  9          I BELIEVE THIS WAS THE JUROR THAT ALSO INFORMED US OF

01:15PM 10     EMPLOYMENT ISSUES.  I THINK HE WAS THE SPANISH LANGUAGE

01:15PM 11     EMPLOYEE AT -- IT SOUNDED LIKE A NONPROFIT.

01:15PM 12          BUT HE EXPRESSED SOME BIAS, AND I THINK I ASKED HIM, I

01:15PM 13     BELIEVE I ASKED HIM, CAN YOU SET THAT ASIDE?  AND I BELIEVE HIS

01:15PM 14     ANSWER WAS I CANNOT DO SO.

01:16PM 15          SO I'M INCLINED TO STRIKE JUROR NUMBER 49 FOR CAUSE.

01:16PM 16          ANY OBJECTION?

01:16PM 17              MR. SCHENK:  NO OBJECTION.

01:16PM 18              MR. COOPERSMITH:  NO OBJECTION.

01:16PM 19          THE COURT:  ALL RIGHT.  THANK YOU.

01:16PM 20          IN REGARDS TO SPEAKING PRIVATELY, I THOUGHT WE WOULD DO

01:16PM 21     THAT WITH JUROR NUMBER 47.  AND JUROR NUMBER 47 SAID "I HAVE AN

01:16PM 22     IDEA OF SOMETHING THAT I WON'T FORGET."

01:16PM 23          AND YOU RECALL I ASKED CAN YOU HAVE THAT IN YOUR MEMORY

01:16PM 24     AND PARSE IT OUT SUCH THAT YOU CAN DECIDE THE CASE WITHOUT

01:16PM 25     BENEFIT OF THAT.

01:16PM 1          HE SAID HE COULD, BUT NOTWITHSTANDING I THINK IT WOULD BE

01:16PM 2     PRUDENT TO MAKE SOME PRIVATE INQUIRY OF JUROR NUMBER 47.

01:17PM 3          (PAUSE IN PROCEEDINGS.)

01:17PM 4          THE COURT:  JUROR NUMBER 61 EXPRESSED CHALLENGES

01:18PM 5     WITH TRAVEL.

01:18PM 6          THIS JUROR, I BELIEVE, IS IN THE SALINAS AREA AND HAD A

01:18PM 7     MIDDLE SCHOOL CHILD AND EXPRESSED SOME PROBLEMS WITH THAT

01:18PM 8     TRANSPORTATION AND CHILDCARE.

01:18PM 9          ANY COMMENT ABOUT THIS JUROR?

01:18PM 10         MR. SCHENK:  NO OBJECTION TO EXCUSING THIS JUROR FOR

01:18PM 11    HARDSHIP.

01:18PM 12         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:18PM 13         THE COURT:  ALL RIGHT.  THANK YOU.

01:18PM 14    JUROR 61 WILL BE EXCUSED FOR HARDSHIP.

01:18PM 15    LET ME ASK YOU YOUR THOUGHTS ABOUT JUROR 35 WHO TOLD US

01:18PM 16    THEY'RE SCHEDULED TO TRAVEL MAY 28TH TO JUNE 9TH.

01:19PM 17         (DISCUSSION OFF THE RECORD.)

01:19PM 18         MR. SCHENK:  YOUR HONOR, I THINK THE CALENDAR WE

01:19PM 19    RECEIVED HAD SOME DATES AROUND MEMORIAL DAY THAT THE COURT

01:19PM 20    WOULD NOT BE IN SESSION.

01:19PM 21    I DON'T KNOW HOW MUCH OVERLAP THERE IS BETWEEN OUR DARK

01:19PM 22    DAYS AND THIS JUROR'S TRAVEL.

01:19PM 23         THE COURT:  IT LOOKS LIKE SHE TOLD US SHE WOULD BE

01:19PM 24    OUT THE 28TH, I BELIEVE, THAT SATURDAY, AND THEN WOULD NOT

01:19PM 25    RETURN UNTIL THE 9TH.  SO THAT WOULD BE THE SECOND WEEK OF

01:19PM   1    JUNE.  IT LOOKS LIKE THAT'S A THURSDAY.

01:19PM   2         SO WE WOULD MISS MAYBE TWO DAYS OF TRIAL.  THE SCHEDULE

01:20PM   3    SHOWS NOT IN SESSION ON THE 9TH, BUT ON THE 10TH.  SO WE WOULD

01:20PM   4    MISS THE 7TH AND 8TH.  THAT'S WHAT THE CALENDAR SHOWS

01:20PM   5    DISCUSSION.

01:20PM   6         (DISCUSSION OFF THE RECORD.)

01:20PM   7              MR. SCHENK:  NO OBJECTION FROM THE GOVERNMENT FOR

01:20PM   8    EXCUSING HER.

01:20PM   9              MR. COOPERSMITH:  NO OBJECTION.

01:20PM   10             THE COURT:  ALL RIGHT.  35 WILL BE EXCUSED FOR

01:20PM   11   HARDSHIP.

01:21PM   12        (PAUSE IN PROCEEDINGS.)

01:21PM   13             THE COURT:  I BELIEVE THOSE ARE THE INDIVIDUALS THAT

01:21PM   14   ROSE TO MY ATTENTION.

01:21PM   15             MR. COOPERSMITH:  YOUR HONOR, WHILE WE'RE ON THE

01:21PM   16   SUBJECT OF HARDSHIPS, I JUST -- WE WOULD JUST BRING TO THE

01:22PM   17   COURT'S ATTENTION JUROR 31.

01:22PM   18        JUROR 31 WAS A YOUNGER GENTLEMAN WHO SAID THAT HE HAD -- I

01:22PM   19   THINK HE SAID IT WAS HIS THIRD TIME.

01:22PM   20        AND, OF COURSE, WE ALL UNDERSTAND THAT SOUNDED LIKE STATE

01:22PM   21   COURT AND THIS IS FEDERAL COURT, THAT DISTINCTION MAY BE LOST

01:22PM   22   ON HIM AT THE MOMENT.

01:22PM   23        BUT HE DID SAY HE WAS A STUDENT.  I THINK HE ACTUALLY SAID

01:22PM   24   HE WAS STARTING A NEW JOB, AND HE SAID HE WAS ANNOYED.

01:22PM   25             THE COURT:  HE DID SAY HE WAS ANNOYED.

01:22PM  1          MR. COOPERSMITH:  HE DID.

01:22PM  2          THE COURT:  I'M SURE THERE WERE OTHERS IN THE

01:22PM  3   COURTROOM THAT WERE ALSO ANNOYED.

01:22PM  4          MR. COOPERSMITH:  I HAVE NO DOUBT.

01:22PM  5          THE COURT:  SO PERHAPS WE SHOULD -- I DON'T THINK

01:22PM  6   THERE'S REASON TO EXCUSE HIM.  I HEARD SOMEBODY TALK RECENTLY

01:22PM  7   ABOUT A GOOD SOCIAL STUDIES AND CIVICS SESSION, SO THAT COMES

01:22PM  8   TO MIND.  I'M NOT GOING TO EXCUSE HIM.

01:22PM  9          MR. COOPERSMITH:  I GUESS HIS ISSUE WAS HOW MANY

01:22PM 10   TIMES LIGHTNING COULD STRIKE HIM BUT -- RIGHT.

01:22PM 11          THE COURT:  THANK YOU.  THANK YOU FOR DRAWING THAT

01:22PM 12   TO MY ATTENTION.

01:22PM 13          MR. COOPERSMITH:  ALL RIGHT.  AND I THINK THERE'S

01:22PM 14   ANOTHER ONE, YOUR HONOR.  DID WE TALK ABOUT 14?  THIS WAS THE

01:23PM 15   JUROR WHO WAS SEATED IN THE BACK WHO ALSO SAID SHE HAD SOME

01:23PM 16   ISSUES WITH LANGUAGE.  I THINK SHE SAID HER NATIVE LANGUAGE WAS

01:23PM 17   POLISH.

01:23PM 18          THE COURT:  SHE HAD BEEN HERE FOR 30 YEARS, I

01:23PM 19   BELIEVE.

01:23PM 20          MR. COOPERSMITH:  SHE DID SAY THAT, YOUR HONOR.

01:23PM 21          THE COURT:  RIGHT.

01:23PM 22       MR. SCHENK, DO YOU WISH TO BE HEARD?

01:23PM 23          MR. SCHENK:  I CERTAINLY DIDN'T OBSERVE THROUGH HER

01:23PM 24   ABILITY TO ANSWER YOUR QUESTIONS OR IN HER QUESTIONNAIRE

01:23PM 25   LANGUAGE ISSUES.

01:23PM  1          SHE SAID SHE HAD A DOCTOR NOTE ABOUT A FINGER ISSUE, BUT I

01:23PM  2     DIDN'T NOTICE IT TO BE AN ISSUE THAT WOULD REQUIRE HER TO BE

01:23PM  3     EXCUSED FOR HARDSHIP.

01:23PM  4          SO THE GOVERNMENT DOES NOT HAVE A MOTION FOR JUROR NUMBER

01:23PM  5     14.

01:23PM  6              MR. COOPERSMITH:  AND THERE MAY HAVE BEEN ONE MORE,

01:23PM  7     YOUR HONOR.  I THINK IT WAS JUROR 42 IF I'M NOT MISTAKEN.

01:24PM  8              THE COURT:  I'M NOT SURE WE TALKED WITH 42.

01:24PM  9          YES, I THINK SHE WAS WORKING.

01:24PM 10              MR. COOPERSMITH:  EXACTLY.  SHE SAID SHE STOPPED

01:24PM 11     WORKING OUTSIDE OF THE HOME IN 2011, AND SHE HAD BEEN

01:24PM 12     INTERVIEWING FOR A NEW JOB AND SHE HAD OFFERS, AND SHE SAID IT

01:24PM 13     WOULD BE DIFFICULT FOR HER TO ACCEPT ONE OF THOSE OFFERS IF

01:24PM 14     THERE WAS GOING TO BE A DELAY, AT LEAST THAT'S WHAT I TOOK AWAY

01:24PM 15     FROM IT.

01:24PM 16              THE COURT:  RIGHT.

01:24PM 17              MR. SCHENK:  WE DON'T HAVE A MOTION FOR HARDSHIP FOR

01:24PM 18     THIS JUROR, YOUR HONOR.

01:24PM 19              THE COURT:  IN THE QUESTIONNAIRE IN QUESTION 8 IT

01:24PM 20     SAYS, "I'M LOOKING FOR A JOB BUT I CAN RESCHEDULE INTERVIEWS AS

01:25PM 21     NECESSARY."

01:25PM 22          MAYBE WHAT SHE'S TOLD US THIS MORNING IS IN THE INTERIM

01:25PM 23     SHE'S BEEN HIRED OR OFFERED A JOB SINCE?

01:25PM 24              MR. COOPERSMITH:  YES, YOUR HONOR.  I'M NOT SURE.

01:25PM 25          BUT SHE CLEARLY SAID SHE HAD OFFERS IS HOW I WROTE IT

01:25PM 1  DOWN, SO THAT WAS THE ISSUE.

01:25PM 2          THE COURT:  SO SHE FILLED OUT HER QUESTIONNAIRE ON

01:25PM 3  MARCH 3RD.  MAYBE WE CAN INQUIRE A LITTLE BIT MORE ABOUT THAT.

01:25PM 4          MR. COOPERSMITH:  YES, YOUR HONOR.  I WASN'T TRYING

01:25PM 5  TO INTERRUPT ANYONE.

01:25PM 6      28, PUTTING ASIDE --

01:25PM 7          THE CLERK:  HE'S NOT A JUROR.

01:25PM 8          MR. COOPERSMITH:  I'LL START AGAIN.

01:25PM 9      YOUR HONOR, WITH RESPECT TO NUMBER 28, PUTTING ASIDE THE

01:26PM 10  MYRIAD CAUSE ISSUES, HE ALSO SAID THAT HE HAD TO CARE FOR HIS

01:26PM 11  90-YEAR-OLD FATHER.

01:26PM 12          THE COURT:  RIGHT.

01:26PM 13          MR. COOPERSMITH:  SO THAT WOULD BE THE HARDSHIP

01:26PM 14  ISSUE.

01:26PM 15          THE COURT:  I MISSED 28, AND I DO THINK THAT -- I

01:26PM 16  JUST DON'T THINK REHABILITATION OF THIS JUROR WOULD BE

01:26PM 17  FRUITFUL, AND I WAS GOING TO STRIKE HIM FOR CAUSE.

01:26PM 18          MR. SCHENK:  NO OBJECTION.

01:26PM 19          MR. COOPERSMITH:  NO OBJECTION.

01:26PM 20          THE COURT:  THANK YOU FOR REMINDING ME OF THAT

01:26PM 21  JUROR.

01:26PM 22      WELL, THAT EXHAUSTS THE OBVIOUS, IF YOU WILL, JURORS THAT

01:26PM 23  I WANTED TO BRING TO YOUR ATTENTION THAT I THOUGHT SHOULD BE

01:26PM 24  STRICKEN FOR CAUSE OR HARDSHIP AT THIS POINT.

01:27PM 25          AS TO YOUR MOTION TO STRIKE THE ENTIRETY OF THE PANEL, I'M

01:27PM  1    GOING TO RESPECTFULLY DECLINE YOUR INVITATION TO DO SO,

01:27PM  2    MR. COOPERSMITH.

01:27PM  3        I UNDERSTAND THE CONCERN YOU HAVE THAT THE PANEL MIGHT BE

01:27PM  4    INFECTED BY ANSWERS FROM SOME OF THE JURORS.

01:27PM  5        I DID TRY TO CONTROL THAT AS BEST I COULD.  SOME JURORS --

01:27PM  6    JUROR 28 CAUSED ME TO INTERRUPT HIM TO STOP HIM.

01:27PM  7        BUT I DO NOT THINK -- IT DOESN'T APPEAR TO ME THAT JUST

01:27PM  8    BASED ON THE RESPONSES TO THE QUESTIONS OF WHAT HAVE YOU HEARD?

01:27PM  9    WE HAD ONE JUROR TALK ABOUT WHAT HER PERSONAL BELIEF IS, AND

01:27PM  10   THEN SHE SAID, WELL, ONCE SHE UNDERSTOOD THE CONCEPT, I BELIEVE

01:27PM  11   SHE RESPONDED FAVORABLY TO JURY SERVICE, ONCE SHE UNDERSTOOD

01:27PM  12   THAT.

01:27PM  13       AND OTHER JURORS FOLLOWED SUIT.  THEY SHARED WITH US WHAT

01:28PM  14   THEY KNEW, WHAT THEY'D HEARD, EVEN THEIR OPINIONS, BUT THEN IN

01:28PM  15   ANSWER TO MY QUESTIONS THEY SAID THEY COULD BE FAIR.

01:28PM  16       I'M SURE YOU MIGHT HAVE SOME FOLLOW-UP QUESTIONS ON THAT.

01:28PM  17   AND THIS MIGHT BE THE TIME WHERE IF, IN FACT, YOU FEEL IT'S

01:28PM  18   APPROPRIATE TO HAVE A PRIVATE COLLOQUY, WE CAN EXPLORE THAT.

01:28PM  19           MR. COOPERSMITH:  YES, YOUR HONOR.  I UNDERSTAND.

01:28PM  20       PUTTING ASIDE THE MOTION, WHICH I UNDERSTAND THE COURT HAS

01:28PM  21   DENIED, WE DO THINK EVERY JUROR WHO HAS INDICATED ON THE

01:28PM  22   QUESTIONNAIRE THAT THEY HAVE HAD MEDIA EXPOSURE NEEDS TO BE

01:28PM  23   QUESTIONED INDIVIDUALLY.

01:28PM  24       WE ALSO HAVE A NUMBER OF JURORS JUST BASED ON THE COMMENTS

01:28PM  25   ALREADY THAT HAVE BEEN MADE BY THEM DURING THE COURT'S VOIR

01:28PM 1      DIRE THAT SHOULD BE STRUCK FOR CAUSE IN ADDITION.

01:28PM 2          WE CAN GO THROUGH THIS NOW OR WE CAN GO THROUGH THIS

01:28PM 3      LATER, WHATEVER THE COURT WISHES, BUT WE DO HAVE THAT.

01:28PM 4          THE COURT:  OKAY.  NO.  I THINK I SHOULD LET YOU

01:28PM 5      HAVE YOUR VOIR DIRE BEFORE WE DO A FINAL CAUSE IN TOTO, BECAUSE

01:28PM 6      YOU MIGHT HAVE SOME SIMILAR OBSERVATIONS, AND YOU MIGHT WANT AN

01:29PM 7      OPPORTUNITY TO EXPLORE DURING YOUR VOIR DIRE, AND I WANT TO

01:29PM 8      GIVE YOU THAT OPPORTUNITY.

01:29PM 9          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:29PM 10         WITH RESPECT TO HOW TO PROCEED, I CAN JUST SAY CANDIDLY

01:29PM 11     THAT WHEN I DO QUESTION CERTAIN JURORS, I DO WANT TO DRAW THEM

01:29PM 12     OUT IF THEY'VE BEEN EXPOSED TO THE MEDIA TO HAVE THEM EXPLAIN

01:29PM 13     WHAT THEY UNDERSTOOD, WHAT THEY TOOK AWAY FROM IT, WHY THEY

01:29PM 14     HAVE THE BELIEF IF THEY HAVE A BELIEF.

01:29PM 15         I THINK IT'S GOING TO BE VERY DIFFICULT TO DO THAT.

01:29PM 16         THE COURT:  SIR, ARE YOU A PROSPECTIVE JUROR IN THE

01:29PM 17     CASE?

01:29PM 18         AUDIENCE:  NO.

01:29PM 19         THE COURT:  THANK YOU.

01:29PM 20         MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:29PM 21         IT'S GOING TO BE, I WOULD SAY, IMPOSSIBLE TO DO THAT IN A

01:29PM 22     WAY THAT I THINK IS NECESSARY WITHOUT --

01:29PM 23         THE COURT:  RISK TAINTING THE JURY PANEL.

01:29PM 24         MR. COOPERSMITH:  RIGHT.  YOU COULD, YOU KNOW,

01:29PM 25     CAREFULLY ASK QUESTIONS AND YOU COULD EVEN SAY, YOU KNOW,

01:29PM   1    PREFACE YOUR QUESTION "PLEASE DON'T TELL ME WHAT YOU REALLY

01:29PM   2    THINK," BUT THAT DEFEATS THE WHOLE PURPOSE OF THE QUESTIONING.

01:30PM   3         THE COURT:  SURE.  WELL, YOU'RE SKILLED LAWYERS.

01:30PM   4    LET ME GIVE YOU THE OPPORTUNITY TO ADVANCE THAT, TO QUESTION

01:30PM   5    WITH DELICACY AND SEE IF YOU CAN GET WHAT YOU NEED THROUGH THAT

01:30PM   6    PROCESS, AND LET'S SEE HOW SUCCESSFUL THAT IS.

01:30PM   7         AND THEN IF YOU FEEL -- IF EITHER OF YOU FEEL YOU NEED TO

01:30PM   8    HAVE SOME ADDITIONAL DISCOURSE WITH A JUROR IN A PRIVATE

01:30PM   9    SETTING, WE CAN -- MAYBE WE'LL TAKE IT UP.

01:30PM   10        MR. COOPERSMITH:  YES, YOUR HONOR, IT SOUNDS LIKE

01:30PM   11   JUROR 47 WAS THE ONE THAT FOR THE MOMENT.

01:30PM   12        THE COURT:  I THINK SO.  WHAT MY INTENT IS, IS TO

01:30PM   13   CALL HIM UP NOW BEFORE THE OTHERS, AND WE CAN HAVE A

01:30PM   14   CONVERSATION WITH HIM.

01:30PM   15        WOULD THAT WORK FOR YOU, MR. COOPERSMITH?

01:30PM   16        MR. COOPERSMITH:  YES, YOUR HONOR.

01:30PM   17        THE COURT:  LET'S DO THAT.

01:30PM   18        ANYTHING ELSE, THOUGH, BEFORE WE DO THAT?  ANYTHING ELSE

01:30PM   19   ABOUT THE BALANCE?

01:30PM   20        MR. SCHENK:  NO, YOUR HONOR.

01:30PM   21        MR. COOPERSMITH:  NO, YOUR HONOR.

01:30PM   22        THE COURT:  THANK YOU.  AND I THINK WHAT WE'VE ALL

01:30PM   23   REALIZED IS THAT THIS JURY SELECTION IS VERY DIFFERENT THAN ANY

01:30PM   24   OTHER CASE.  THERE'S BEEN A VERY HEAVILY PUBLICIZED CODEFENDANT

01:31PM   25   CASE THAT PRECEDED THIS ONE THAT CREATED GREAT PUBLICITY AND

01:31PM  1    IT -- WHAT WE'RE LEARNING IS MANY MEMBERS OF THE COMMUNITY HAVE

01:31PM  2    SEEN, HEARD, LISTENED TO, OR TALKED AND DISCUSSED THAT OTHER

01:31PM  3    CASE.

01:31PM  4        WHAT WE'RE TRYING TO DISCERN IS WHAT IS THE LEVEL OF THAT

01:31PM  5    KNOWLEDGE AND HOW AND IF THAT KNOWLEDGE WILL IMPAIR THEIR

01:31PM  6    ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN THIS CASE.

01:31PM  7        AND IT'S GOING TO TAKE SOME TIME.  I THINK WE SET OPENINGS

01:31PM  8    FOR NEXT TUESDAY, I BELIEVE.  I HOPE THAT'S NOT AMBITIOUS.

01:31PM  9        BUT WE HAVE SOME TIME.

01:31PM 10            MR. COOPERSMITH:  YOUR HONOR, I REALLY APPRECIATE

01:31PM 11    THAT.

01:31PM 12        I THINK THAT GETTING THIS RIGHT IS OBVIOUSLY IMPORTANT TO

01:31PM 13    EVERYBODY.  WE WOULD LIKE TO GET THE TRIAL MOVING AS WELL, BUT

01:31PM 14    THIS IS AN IMPORTANT PROCESS.

01:31PM 15            THE COURT:  NO.  IT'S A CRITICAL PHASE I THINK IS

01:31PM 16    WHAT THEY CALL IT.

01:32PM 17            MR. COOPERSMITH:  YES, YOUR HONOR.

01:32PM 18            THE COURT:  OKAY.  LET'S BRING UP 47, THEN, AND

01:32PM 19    WE'LL --

01:32PM 20        (PAUSE IN PROCEEDINGS.)

01:32PM 21            THE COURT:  WE RECEIVED A REPORT FROM OUR JURY

01:32PM 22    COMMISSIONER THAT THE JURY IS DOWNSTAIRS AND ONE OF OUR JURORS

01:32PM 23    EXPERIENCED -- WE DON'T HAVE A DOCTOR ON STAFF -- BUT IT LOOKS

01:32PM 24    LIKE A PANIC ATTACK, ANXIETY, SEVERE ANXIETY, AND IT SEEMS TO

01:33PM 25    ME JUST BASED ON THE REPORTS THAT I HAVE HEARD THAT MAYBE IT'S

01:33PM  1     APPROPRIATE TO EXCUSE THIS JUROR AS WELL.  IT'S JUROR 73.

01:33PM  2          MR. SCHENK:  NO OBJECTION.  IT LOOKS LIKE IN THE

01:33PM  3     QUESTIONNAIRE THERE'S A REFERENCE TO CERTAIN MEDICATION THAT

01:33PM  4     THE JUROR TOOK.  IT SEEMS APPROPRIATE.  THANK YOU.

01:33PM  5          MR. COOPERSMITH:  YOUR HONOR, FIRST OF ALL, I'M

01:33PM  6     SORRY TO HEAR ABOUT THAT, ABOUT THAT JUROR, AND WE HAVE NO

01:33PM  7     OBJECTION.

01:33PM  8          THE COURT:  THANK YOU.  WE'LL EXCUSE JUROR NUMBER

01:33PM  9     73, PLEASE.

01:34PM 10       LET'S TAKE A FIVE MINUTE BREAK WHILE THIS JUROR COMES UP,

01:35PM 11     AND THEN WE'LL PROCEED.

01:35PM 12          (RECESS FROM 1:35 P.M. UNTIL 1:38 P.M.)

01:38PM 13          THE COURT:  PLEASE BE SEATED.  THANK YOU.  THANKS.

01:38PM 14     IT'S NOT NECESSARY.

01:38PM 15          (PROSPECTIVE JUROR NUMBER 47 IN COURT.)

01:42PM 16          THE COURT:  LET'S GO BACK ON THE RECORD.  ALL

01:42PM 17     COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.

01:42PM 18       ALSO JUROR NUMBER 47 IS PRESENT.

01:42PM 19       SIR, GOOD AFTERNOON.  WE BROUGHT YOU BACK UP AHEAD OF YOUR

01:42PM 20     COLLEAGUES DOWNSTAIRS.

01:42PM 21       I DID WANT TO ASK YOU SOME QUESTIONS OUTSIDE OF THE

01:42PM 22     PRESENCE OF YOUR OTHER COLLEAGUES, BUT IN FRONT OF THESE

01:42PM 23     LAWYERS AND THEIR TEAMS ABOUT I RECALL THIS MORNING YOU TALKED

01:42PM 24     IN RESPONSE TO A QUESTION I HAD YOU SAID YOU HAD AN IDEA OF

01:42PM 25     SOMETHING THAT YOU WON'T FORGET, AND THEN YOU AND I DISCUSSED,

01:42PM 1    WOULD YOU BE ABLE TO PUT THAT ASIDE AND DECIDE THIS CASE JUST

01:42PM 2    ON THE EVIDENCE HERE?

01:42PM 3        BUT I DID WANT TO GIVE YOU AN OPPORTUNITY TO SHARE WITH US

01:43PM 4    THAT EXPERIENCE AND TO EXPLAIN FURTHER ABOUT WHY IT'S MEMORABLE

01:43PM 5    AND HOW YOU'LL BE ABLE TO PARSE THAT OUT FROM YOUR JURY

01:43PM 6    SERVICE.

01:43PM 7                PROSPECTIVE JUROR:  WELL, WHAT I WAS GOING TO SAY IS

01:43PM 8    THAT IN THE HOLMES TRIAL THEY TRIED TO BLAME HIM TO GET HER

01:43PM 9    OFF, THAT'S THE ONLY POINT.

01:43PM 10               THE COURT:  OKAY.  THAT'S THE INFORMATION THAT

01:43PM 11   YOU --

01:43PM 12               PROSPECTIVE JUROR:  THAT'S THE INFORMATION THAT IS

01:43PM 13   IN MY MIND.

01:43PM 14               THE COURT:  I SEE.  OKAY.

01:43PM 15       AND THE SOURCE OF THAT INFORMATION IS NEWS MEDIA?

01:43PM 16               PROSPECTIVE JUROR:  YEAH, NEWS MEDIA.

01:43PM 17               THE COURT:  OKAY.  I SEE.  SO THAT'S WHAT YOU

01:43PM 18   LEARNED FROM THE MEDIA.

01:43PM 19       AND YOU RESPONSIBLY ANSWERED MY QUESTION.

01:43PM 20       THAT WAS THE QUESTION, WASN'T IT, WHAT HAVE YOU HEARD IN

01:43PM 21   THE NEWS OR HAVE YOU HEARD ANYTHING ABOUT THE NEWS, ABOUT THIS

01:43PM 22   CASE, THAT'S WHAT YOU HEARD IN RESPONSE TO THAT QUESTION.

01:43PM 23               PROSPECTIVE JUROR:  RIGHT.

01:43PM 24               THE COURT:  AND LET ME ASK YOU THE FOLLOW-UP

01:44PM 25   QUESTION AGAIN.  IS THERE ANYTHING ABOUT THAT -- WHAT YOU'VE

01:44PM  1    HEARD AND WHAT YOU'VE DESCRIBED FOR US YOU'VE HEARD THAT YOU

01:44PM  2    THINK WILL IMPAIR, AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL

01:44PM  3    TO BOTH SIDES IN THIS CASE?

01:44PM  4              PROSPECTIVE JUROR:  TO BE CANDID, IT DEPENDS ON THE

01:44PM  5    TESTIMONY, I GUESS, AND WHO'S GIVING IT, WHETHER I CAN TAKE IT

01:44PM  6    AT FACE VALUE OR NOT.

01:44PM  7              THE COURT:  OKAY.  WELL, LET ME TELL YOU, ONE THING

01:44PM  8    THAT -- I'LL GIVE YOU AN INSIGHT INTO JURY SERVICE.  YOU HEARD

01:44PM  9    ME TALK ABOUT INSTRUCTIONS, AND I WILL INSTRUCT YOU ON THE LAW.

01:44PM  10             PROSPECTIVE JUROR:  YES.

01:44PM  11             THE COURT:  AND YOU HEARD ME TALK ABOUT YOU AS A

01:44PM  12   JUROR BEING A JUDGE OF THE FACTS.

01:44PM  13             PROSPECTIVE JUROR:  YES.

01:44PM  14             THE COURT:  AND ONE OF THE PRINCIPLES OF LAW THAT I

01:45PM  15   WILL INSTRUCT YOU ON IS YOUR DUTY AND YOUR ABILITY TO JUDGE AND

01:45PM  16   WEIGH THE CREDIBILITY OF WITNESSES WHO TESTIFY.  THAT'S PART OF

01:45PM  17   YOUR JOB.  AND THERE ARE MANY THINGS THAT YOU CAN CONSIDER.

01:45PM  18   THERE'S AN INSTRUCTION THAT GIVES YOU SOME ADVICE AS TO

01:45PM  19   INSTRUCTIONS AS TO WHAT YOU MAY CONSIDER, WHETHER A PARTY HAS

01:45PM  20   AN INTEREST IN THE CASE, WHETHER THEIR DEMEANOR WHILE THEY

01:45PM  21   TESTIFY, WHETHER THEY'VE TESTIFIED IN A DIFFERENT MANNER OR

01:45PM  22   SAID SOMETHING DIFFERENTLY AT A DIFFERENT TIME, THOSE TYPES OF

01:45PM  23   THINGS.

01:45PM  24        SO THOSE ARE THE KIND OF THINGS THAT YOU CAN CONSIDER WHEN

01:45PM  25   YOU HEAR EVIDENCE.

01:45PM  1      WHAT I'M INTERESTED TO KNOW IS WHETHER OR NOT YOU CAN PUT

01:45PM  2   ASIDE WHAT YOU HEARD IN THE MEDIA AND DECIDE THIS CASE SOLELY

01:45PM  3   ON THE EVIDENCE HERE AS YOU WEIGH THE EVIDENCE?

01:45PM  4      I'M NOT GOING TO TELL YOU HOW TO DECIDE, BUT I JUST NEED

01:46PM  5   TO ENSURE THAT YOU'LL DECIDE THIS CASE, IF YOU'RE A JUROR, JUST

01:46PM  6   ON WHAT YOU HEAR, SEE IN THIS COURTROOM AND NOT ON ANYTHING

01:46PM  7   ELSE THAT YOU BRING TO IT FROM OTHER SOURCES.

01:46PM  8      PROSPECTIVE JUROR:  UM, I'VE BEEN INVOLVED IN

01:46PM  9   COURTROOMS BEFORE, AND IN RESPONSE TO YOUR QUESTION, I WOULD

01:46PM 10   HEAR SOMETHING FROM A WITNESS WHICH MEANT SOMETHING TO ME BUT

01:46PM 11   MIGHT NOT MEAN THE SAME THING TO SOMEONE ELSE.

01:46PM 12      AND THAT'S OBVIOUSLY THE BIASES THAT WE ALL HAVE.  SO I

01:46PM 13   DON'T KNOW IF THE QUESTION IS TRYING TO RUN THE FOUR MINUTE

01:46PM 14   MILE OR WHAT.

01:46PM 15      THE COURT:  WELL, YOU LOOK LIKE YOU HAVE A BETTER

01:47PM 16   CHANCE OF RUNNING A FOUR MINUTE MILE THAN I DO, SIR.  LET ME

01:47PM 17   JUST START THERE.

01:47PM 18      PROSPECTIVE JUROR:  I'M 81 YEARS OLD, SIR, I DON'T

01:47PM 19   THINK SO.

01:47PM 20      THE COURT:  WELL, YOU'RE IN GOOD SHAPE.

01:47PM 21      BUT LET ME -- I JUST WANT TO TRY TO CAPTURE, WE ALL BRING

01:47PM 22   OUR BIASES, WE BRING INFORMATION FROM OUTSIDE WITH US, WE JUST

01:47PM 23   DO.  THAT'S THE NATURE OF BEING IN OUR COMMUNITIES AND HAVING

01:47PM 24   ACCESS TO SO, SO MUCH INFORMATION NOW.

01:47PM 25      IT BECOMES CRITICAL IN A CASE WHEN THERE HAS BEEN

01:47PM 1      PUBLICITY ABOUT A CERTAIN CASE AND INDIVIDUALS INVOLVED IN IT,

01:47PM 2      AND THEN CALLING MEMBERS OF THE COMMUNITY LIKE YOURSELF IN AND

01:47PM 3      ASKING THEM PERHAPS A HERCULEAN TASK TO PUT ASIDE EVERYTHING

01:47PM 4      THAT YOU'VE HEARD AND NOT USE THAT AS YOU DECIDE WHAT HAPPENED

01:47PM 5      IN THIS CASE.

01:48PM 6              PROSPECTIVE JUROR:  WELL, WHAT I'M TRYING TO SAY IS

01:48PM 7      THAT I WILL PUT ASIDE, BUT I CAN'T GUARANTEE I WON'T HEAR

01:48PM 8      SOMETHING DIFFERENT, INTERPRET WHAT I HEAR DIFFERENTLY THAN

01:48PM 9      SOMEBODY ELSE BECAUSE OF MY EXPERIENCES.

01:48PM 10             THE COURT:  OKAY.  SO THAT --

01:48PM 11             PROSPECTIVE JUROR:  I DON'T THINK ANYBODY ELSE CAN,

01:48PM 12     EITHER, I GUARANTEE THAT.

01:48PM 13             THE COURT:  WELL, THAT RAISES AN INTERESTING POINT.

01:48PM 14     PART OF THE JURY DELIBERATIONS IS JUST THAT, IT'S A

01:48PM 15     DELIBERATIVE PROCESS, WHICH MEANS THAT -- AND I WILL INSTRUCT

01:48PM 16     THE JURORS THAT EVERY JUROR MUST SHARE THEIR THOUGHTS, AND THE

01:48PM 17     THOUGHTS MIGHT BE DIFFERENT, THE SAME, SIMILAR, AND THAT'S HOW

01:48PM 18     THAT DECISION HOPEFULLY IS REACHED BY THE JUROR, BY SHARING

01:48PM 19     THEIR THOUGHTS, I HEARD THIS, I HEARD THAT, I BELIEVE THIS, I

01:48PM 20     BELIEVE THAT, SHARING THOSE THOUGHTS AND SEEING IF A DECISION

01:48PM 21     CAN BE REACHED UNANIMOUSLY AS TO A QUESTION THAT IS PUT BEFORE

01:48PM 22     THE JURY.

01:48PM 23             SO THAT'S PART OF IT IS SHARING YOUR THOUGHTS.

01:48PM 24             THE ISSUE THAT WE HAVE HERE IS WHETHER OR NOT THAT

01:49PM 25     DELIBERATIVE PROCESS, WHETHER OR NOT YOU'LL BE ABLE TO JUST

01:49PM 1    SHARE YOUR THOUGHTS, OPINIONS ABOUT THE EVIDENCE THAT YOU HEARD

01:49PM 2    HERE AND NOT, NOT SAY, WELL, THAT PERSON SAID IN THE NEWSPAPER

01:49PM 3    THIS AND NOW THEY'RE SAYING THIS.

01:49PM 4            PROSPECTIVE JUROR:  NO, I WOULDN'T RELY ON THAT.

01:49PM 5            THE COURT:  RIGHT.  THAT'S THE CONCERN THAT I HAVE

01:49PM 6    AND I THINK THESE LAWYERS HAVE AS WELL.

01:49PM 7        IS THAT SOMETHING THAT YOU CAN REFRAIN FROM DOING?

01:49PM 8            PROSPECTIVE JUROR:  YEAH.  NO.  I WILL BASE IT ON --

01:49PM 9            THE COURT:  OKAY.

01:49PM 10           PROSPECTIVE JUROR:  -- WHAT HAPPENS IN THE COURT.

01:49PM 11           THE COURT:  OKAY.  I'M GOING TO LET THESE LAWYERS

01:49PM 12   ASK YOU SOME QUESTIONS NOW JUST ABOUT THIS TOPIC, IF THEY HAVE

01:49PM 13   ANY, AND I'LL ASK MR. SCHENK TO GO FIRST IF HE HAS ANY

01:49PM 14   QUESTIONS.

01:49PM 15           MR. SCHENK:  NOTHING FURTHER.  THANK YOU.

01:49PM 16           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  I HAVE

01:49PM 17   JUST A FEW QUESTIONS.

01:49PM 18           THE COURT:  SURE.

01:49PM 19           MR. COOPERSMITH:  IF I TURN MY BACK TO YOUR HONOR,

01:49PM 20   IT'S NOT OUT OF ANY DISRESPECT.

01:49PM 21           THE COURT:  IT WOULDN'T BE THE FIRST TIME THAT

01:49PM 22   PEOPLE TURN THEIR BACK ON ME, MR. COOPERSMITH.  NOT A PROBLEM.

01:50PM 23           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:50PM 24       SIR, I'M JEFF COOPERSMITH.  I REPRESENT MR. BALWANI.

01:50PM 25   THANK YOU FOR YOUR TIME TODAY AND SERVING AS A JUROR AT LEAST

01:50PM 1    TODAY AND MAYBE GOING FORWARD.

01:50PM 2        I WANTED TO JUST ASK YOU A FEW QUESTIONS.  AND I HAVE YOUR

01:50PM 3    QUESTIONNAIRE IN MY HAND THAT YOU FILLED OUT LAST WEEK.

01:50PM 4        PROSPECTIVE JUROR:  YEP.

01:50PM 5        MR. COOPERSMITH:  THE FIRST QUESTION IS THAT YOU PUT

01:50PM 6    DOWN SOME OF THE MEDIA THAT YOU FOLLOWED, AND I'M TRYING TO

01:50PM 7    READ THE HANDWRITING.

01:50PM 8        PROSPECTIVE JUROR:  I'M SORRY ABOUT THAT.

01:50PM 9        MR. COOPERSMITH:  THAT'S OKAY.  MINE IS WORSE.

01:50PM 10       THE COURT:  MR. COOPERSMITH, I'M GOING TO INVITE

01:50PM 11   JUROR NUMBER 47 TO TAKE A SEAT THERE.  IF SOMEONE WANTS TO PUT

01:50PM 12   THAT SEAT -- RIGHT HERE IN FRONT HERE IF THAT'S MORE

01:50PM 13   CONVENIENT.

01:50PM 14       MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:50PM 15       THE COURT:  YOU BET.

01:50PM 16       MR. COOPERSMITH:  THE "SAN JOSE MERCURY NEWS," IS

01:50PM 17   THAT ONE OF THE SOURCES?

01:50PM 18       PROSPECTIVE JUROR:  YES.

01:50PM 19       MR. COOPERSMITH:  AND THEN VARIOUS OTHER NEWS

01:50PM 20   PROGRAMS THAT YOU TUNE INTO FROM TIME TO TIME?

01:50PM 21       PROSPECTIVE JUROR:  YES, I WATCH THE NEWS EVERY DAY.

01:50PM 22       MR. COOPERSMITH:  AND I THINK YOU SAID YOU GOT SOME

01:50PM 23   NEWS FROM APPLE AND "THE NEW YORK TIMES" AS WELL?

01:50PM 24       PROSPECTIVE JUROR:  RIGHT, BOTTOM LINE.

01:50PM 25       MR. COOPERSMITH:  AND DID YOU FOLLOW ALL OF THE

01:51PM 1    SOURCES FOR NEWS ABOUT THE THERANOS CASE?

01:51PM 2            PROSPECTIVE JUROR:  I DON'T KNOW IF IT'S ALL OF

01:51PM 3    THEM.

01:51PM 4            MR. COOPERSMITH:  BUT SOME OF THEM?

01:51PM 5            PROSPECTIVE JUROR:  SOME OF THEM, YES.

01:51PM 6            MR. COOPERSMITH:  OKAY.  AND DOES THE SOURCE OF YOUR

01:51PM 7    KNOWLEDGE OF THE CASE COME FROM THOSE OR FROM OTHER THINGS LIKE

01:51PM 8    TALKING TO FAMILY OR FRIENDS OR ANYTHING LIKE THAT?

01:51PM 9            PROSPECTIVE JUROR:  NO, JUST FROM NEWS SOURCES.

01:51PM 10           MR. COOPERSMITH:  OKAY.  YOU WROTE IN YOUR

01:51PM 11   QUESTIONNAIRE THAT YOU WERE AWARE OF SOMETHING ABOUT THE CASE,

01:51PM 12   AND I JUST WANT TO FIND THAT QUESTION.

01:51PM 13       YES.  IN QUESTION 40 THE QUESTION WAS "DO YOU KNOW OR HAVE

01:51PM 14   YOU HEARD ANYTHING ABOUT THE DEFENDANT, RAMESH "SUNNY" BALWANI?

01:51PM 15   AND YOUR ANSWER WAS, "YES, HOLMES BLAMED HIM"?

01:51PM 16           PROSPECTIVE JUROR:  THAT'S EXACTLY WHAT I WAS

01:51PM 17   REFERRING TO BEFORE.

01:51PM 18           MR. COOPERSMITH:  RIGHT.

01:51PM 19           PROSPECTIVE JUROR:  THE NEWS REPORTS WERE THAT HER

01:52PM 20   DEFENSE WAS THAT HE WAS THE ONE RUNNING THE SHOW, BUT SHE WAS

01:52PM 21   INNOCENT BECAUSE SHE WAS INFLUENCED BY HIM.

01:52PM 22           MR. COOPERSMITH:  THANK YOU.

01:52PM 23           PROSPECTIVE JUROR:  THAT'S WHAT THE NEWS REPORT WAS.

01:52PM 24           MR. COOPERSMITH:  YES.  I'VE HEARD THAT AS WELL.

01:52PM 25       WAS THERE ANY MORE DETAIL ABOUT THAT?  DO YOU KNOW EXACTLY

01:52PM   1    WHAT SHE SAID, YOU KNOW, IN TERMS OF HOW IT WAS MR. BALWANI'S

01:52PM   2    FAULT ACCORDING TO MS. HOLMES?

01:52PM   3              PROSPECTIVE JUROR:  NOT THAT I RECALL.

01:52PM   4              MR. COOPERSMITH:  DID YOU HEAR ANYTHING MORE ABOUT

01:52PM   5    THE NATURE OF THEIR RELATIONSHIP OR ANYTHING LIKE THAT?

01:52PM   6              PROSPECTIVE JUROR:  YEAH.  THEY HAD AN AFFAIR.

01:52PM   7              MR. COOPERSMITH:  ANYTHING MORE ABOUT THAT WHETHER

01:52PM   8    THERE WAS ANYTHING MORE ABOUT THE RELATIONSHIP, ANYTHING COMES

01:52PM   9    TO MIND ABOUT THE NEWS REPORTS?

01:52PM  10              PROSPECTIVE JUROR:  NO.

01:52PM  11              MR. COOPERSMITH:  DID YOU FORM, FROM WATCHING THE

01:52PM  12    NEWS MEDIA OR LISTENING TO THE NEWS MEDIA, READING OR WATCHING,

01:52PM  13    DID YOU FORM ANY OPINION ABOUT MR. BALWANI'S GUILT OR INNOCENCE

01:52PM  14    OR ANYTHING OF THAT NATURE?

01:53PM  15              PROSPECTIVE JUROR:  UM, I GUESS I HAVE TO SAY YES.

01:53PM  16              MR. COOPERSMITH:  AND WHAT WAS YOUR VIEW YOU FORMED

01:53PM  17    BASED ON --

01:53PM  18              PROSPECTIVE JUROR:  WELL, THERE WAS SOME DEGREE

01:53PM  19    BECAUSE OF HIS POSITION.

01:53PM  20              MR. COOPERSMITH:  CAN YOU EXPLAIN THAT A LITTLE

01:53PM  21    MORE.  WHAT IS THE GUILT THAT COMES FROM HIS POSITION?

01:53PM  22              PROSPECTIVE JUROR:  WELL, OKAY.  IN THE HOLMES TRIAL

01:53PM  23    SHE WAS FOUND GUILTY OF CERTAIN ISSUES, AND THE COMPANY WAS

01:53PM  24    GUILTY OF THOSE ISSUES.

01:53PM  25         AND SINCE HE IS ASSOCIATED WITH THE COMPANY AND IN A

01:53PM 1    POSITION OF POWER IN THE COMPANY, THAT WOULD -- WELL, WE SAY

01:53PM 2    ONE STRIKE.  NOT OUT, BUT ONE STRIKE.

01:53PM 3         DO YOU UNDERSTAND?  OKAY.

01:53PM 4              MR. COOPERSMITH:  YES, SIR.

01:53PM 5         JUST A RELATED QUESTION.  IN PARAGRAPH -- QUESTION 59 OF

01:54PM 6    THE QUESTIONNAIRE THERE WAS A QUESTION ABOUT WHETHER IT SAYS IN

01:54PM 7    OUR JUSTICE SYSTEM EVERY DEFENDANT IS PRESUMED INNOCENT.

01:54PM 8         AND THE QUESTION WAS DO YOU SIMPLY -- DO YOU BELIEVE THAT

01:54PM 9    SIMPLY BECAUSE A PERSON HAS BEEN CHARGED WITH A CRIME, THAT

01:54PM 10   PERSON, AND IT HAS A BOX TO CHECK, AND YOU CHECKED "PROBABLY IS

01:54PM 11   GUILTY."

01:54PM 12        DO YOU RECALL THAT, SIR?

01:54PM 13             PROSPECTIVE JUROR:  YES, I THINK I DO.

01:54PM 14             MR. COOPERSMITH:  AND WHAT YOU JUST SAID ABOUT

01:54PM 15   LEARNING THE RESULT OF THE HOLMES CASE, IS THAT WHY YOU CHECKED

01:54PM 16   THAT BOX?

01:54PM 17             PROSPECTIVE JUROR:  WELL, THE REASON I CHECKED THAT

01:54PM 18   OFF IS BECAUSE THAT'S WHAT I BELIEVE, THAT NOT -- AND IT'S NOT

01:54PM 19   ABSOLUTELY.  IT'S PROBABLY.  AND THAT MEANS THAT THE

01:54PM 20   AUTHORITIES DON'T JUST RANDOMLY PICK PEOPLE TO BRING TO COURT.

01:54PM 21   THEY BRING PEOPLE THAT THEY THINK ARE GUILTY OF THE CRIME OR IF

01:55PM 22   THEY DON'T SPEND ALL OF THIS MONEY.  SO IT DOESN'T MEAN THAT

01:55PM 23   THEY'RE GUILTY, BUT IT PUTS IN MY MIND THAT IT'S PROBABLY THE

01:55PM 24   CASE.

01:55PM 25             MR. COOPERSMITH:  AND IN THE CASE OF MR. BALWANI, DO

01:55PM 1    YOU BELIEVE THAT IT'S PROBABLY THE CASE BECAUSE OF WHAT YOU

01:55PM 2    HEARD ABOUT THE OTHER CASE INVOLVING MS. HOLMES?

01:55PM 3             PROSPECTIVE JUROR:  YES.

01:55PM 4             MR. COOPERSMITH:  AND I KNOW, AS JUDGE DAVILA TOLD

01:55PM 5    YOU, IT'S IMPORTANT TO FOLLOW THE COURT'S INSTRUCTIONS AND ALL

01:55PM 6    OF THAT --

01:55PM 7             PROSPECTIVE JUROR:  AND PUT ALL OF THAT ASIDE, I

01:55PM 8    UNDERSTAND.

01:55PM 9             MR. COOPERSMITH:  AND THAT IS THE INSTRUCTION THAT

01:55PM 10   YOU GET AND JURORS ARE CERTAINLY SUPPOSED TO FOLLOW, BUT IN

01:55PM 11   YOUR CASE, SIR, DO YOU THINK THAT WE, AS A DEFENSE REPRESENTING

01:55PM 12   MR. BALWANI, WOULD BE STARTING A LITTLE BIT BEHIND THE START

01:55PM 13   LINE WITH YOU GIVEN THE KNOWLEDGE THAT YOU HAVE ABOUT THAT

01:55PM 14   CASE?

01:55PM 15            PROSPECTIVE JUROR:  UM, YES.  I'M UNDER OATH, I'VE

01:55PM 16   GOT TO SAY YES.

01:55PM 17            MR. COOPERSMITH:  THANK YOU.  I APPRECIATE THAT.

01:55PM 18     AND IS THERE ANY WAY THAT YOU COULD REALLY PUT ALL OF THAT

01:55PM 19   OUT OF YOUR MIND, SIR?

01:55PM 20            PROSPECTIVE JUROR:  AS I SAID, IT'S NOT OVER UNTIL

01:55PM 21   IT'S OVER.  SO STARTING FROM BEHIND, AND IT DOESN'T MEAN THAT

01:56PM 22   YOU'RE GOING TO LOSE THE RACE, YOU KNOW?

01:56PM 23            MR. COOPERSMITH:  RIGHT.  SO DO YOU FEEL THAT IN

01:56PM 24   THAT REGARD, SIR, WE WOULD HAVE TO PRESENT SOME PRETTY STRONG

01:56PM 25   EVIDENCE FOR YOU TO END UP BELIEVING THAT MR. BALWANI --

01:56PM   1          PROSPECTIVE JUROR:  I WOULD THINK YOU WOULD, YES.

01:56PM   2          MR. COOPERSMITH:  OKAY.

01:56PM   3      ONE LAST QUESTION, SIR.  I THINK YOU SAID YOU HAD A

01:56PM   4  VACATION COMING UP IN JUNE.  I JUST WANTED TO ASK YOU --

01:56PM   5          PROSPECTIVE JUROR:  I HAVE A VACATION IN APRIL,

01:56PM   6  JUNE, AND AUGUST THAT I'VE SPENT MONEY ON ALREADY.

01:56PM   7          MR. COOPERSMITH:  OKAY.

01:56PM   8          PROSPECTIVE JUROR:  I'M NOT GOING TO BE HAPPY HERE.

01:56PM   9      (LAUGHTER.)

01:56PM  10          MR. COOPERSMITH:  WELL, I'M NOT SURE IF ANY OF US

01:56PM  11  ARE NECESSARILY, SIR.

01:56PM  12      BUT DO YOU THINK THAT THIS IS GOING TO BE A PROBLEM FOR

01:56PM  13  YOU FINANCIALLY OR OTHERWISE IF YOU HAVE TO MISS THESE

01:56PM  14  VACATIONS?

01:56PM  15          PROSPECTIVE JUROR:  IT WILL BE A FAMILY PROBLEM, I

01:56PM  16  GUARANTEE.

01:56PM  17          MR. COOPERSMITH:  YES.

01:56PM  18          PROSPECTIVE JUROR:  I GUESS WE CAN GET MOST OF OUR

01:56PM  19  MONEY BACK ANYWAY.

01:56PM  20          MR. COOPERSMITH:  OKAY.  AND I THINK YOU SAID THAT

01:57PM  21  YOU DIDN'T HAVE A VACATION IN TWO YEARS.

01:57PM  22          PROSPECTIVE JUROR:  WELL, WITH THE FAMILY, YES.

01:57PM  23          MR. COOPERSMITH:  WITH THE FAMILY.

01:57PM  24          PROSPECTIVE JUROR:  UH-HUH.

01:57PM  25          MR. COOPERSMITH:  OKAY.  ANYTHING ELSE THAT YOU

01:57PM 1    THINK WOULD BE IMPORTANT THAT WE SHOULD KNOW WHILE YOU'RE HERE

01:57PM 2    ANSWERING QUESTIONS?

01:57PM 3          PROSPECTIVE JUROR:  WELL, LET ME JUST REVIEW WHERE

01:57PM 4    WE ARE SO FAR.

01:57PM 5       HAVING THE JURORS COME IN AT 8:00 O'CLOCK IN THE MORNING

01:57PM 6    AND HAVE THEM SIT FOR TWO HOURS, AND THEN SIT AND SIT AND SIT.

01:57PM 7    AND I KNOW THAT THINGS GO SLOWLY, BUT IT'S VERY FRUSTRATING AND

01:57PM 8    DOESN'T PUT US IN A GOOD FRAME OF MIND, AND WE'RE LOOKING AT

01:57PM 9    13 WEEKS OF IT.

01:57PM 10          MR. COOPERSMITH:  YES, I UNDERSTAND, SIR.  I'M VERY

01:57PM 11   SORRY ABOUT THAT.

01:57PM 12          PROSPECTIVE JUROR:  IT'S NOT YOU.

01:57PM 13          MR. COOPERSMITH:  OKAY.  THANK YOU FOR YOUR TIME,

01:57PM 14   SIR.

01:58PM 15          PROSPECTIVE JUROR:  OKAY.

01:58PM 16          THE COURT:  MR. SCHENK, ANY QUESTIONS?

01:58PM 17          MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

01:58PM 18          THE COURT:  SIR, I JUST HAVE A -- I KNOW YOU TOLD

01:58PM 19   MR. COOPERSMITH THAT HIS TEAM STARTS BEHIND BASED ON WHAT

01:58PM 20   YOU'VE HEARD AND ALL OF THAT.  I APPRECIATE YOUR CANDOR ON

01:58PM 21   THAT.

01:58PM 22       COULD YOU FOLLOW THE INSTRUCTIONS OF THE COURT IF THE

01:58PM 23   COURT INSTRUCTED YOU THAT MR. BALWANI IS PRESUMED INNOCENT?

01:58PM 24          PROSPECTIVE JUROR:  YES.

01:58PM 25          THE COURT:  DO YOU FEEL THAT HE'S GUILTY AS HE SITS

01:58PM 1    IN FRONT OF YOU TODAY?

01:58PM 2                    PROSPECTIVE JUROR:  YES.

01:58PM 3                    THE COURT:  YOU DO.

01:58PM 4                    PROSPECTIVE JUROR:  YES.  ON SOMETHING.  I DON'T

01:58PM 5    KNOW THE DETAILS OF THE CHARGES OR ANYTHING.

01:58PM 6                    THE COURT:  OKAY.

01:58PM 7                    PROSPECTIVE JUROR:  BUT YES.

01:58PM 8                    THE COURT:  AND YOU'RE AWARE THAT THIS COUNTRY, OUR

01:58PM 9    COUNTRY, AN INDIVIDUAL IS PRESUMED TO BE INNOCENT?

01:58PM 10                   PROSPECTIVE JUROR:  YES.

01:58PM 11                   THE COURT:  RIGHT.  AND NOTWITHSTANDING THAT YOU'RE

01:59PM 12   IN A COURT OF LAW, AND THE CASE HAS NOT EVEN STARTED YET,

01:59PM 13   YOU'RE NOT A JUROR YET, BUT CAN YOU LOOK AT MR. BALWANI AND

01:59PM 14   PRESUME HIM TO BE INNOCENT?

01:59PM 15                   PROSPECTIVE JUROR:  I'M SORRY.

01:59PM 16                   THE COURT:  OR IS THAT TOO HARD FOR YOU TO DO?

01:59PM 17                   PROSPECTIVE JUROR:  NO.  I WOULD HOPE THAT HE IS

01:59PM 18   NOT.

01:59PM 19                   THE COURT:  OKAY.

01:59PM 20                   PROSPECTIVE JUROR:  BUT I HAVE TO TELL YOU THE

01:59PM 21   TRUTH.

01:59PM 22                   THE COURT:  AND WE ALL ARE GRATEFUL FOR THAT.  THANK

01:59PM 23   YOU SO MUCH.  THANK YOU.

01:59PM 24                   PROSPECTIVE JUROR:  OKAY.

01:59PM 25                   THE COURT:  ANYTHING FURTHER, MR. SCHENK?

01:59PM 1          MR. SCHENK:  NO.  THANK YOU.

01:59PM 2          THE COURT:  ANYTHING FURTHER, MR. COOPERSMITH?

01:59PM 3          MR. COOPERSMITH:  NO.  THANK YOU.

01:59PM 4          THE COURT:  THANK YOU, SIR.  YOU CAN JUST LEAVE THE

01:59PM 5  MICROPHONE ON THE CHAIR THERE, AND WE'LL COLLECT IT.  THANK

01:59PM 6  YOU.

01:59PM 7      AND YOU CAN STEP OUTSIDE IF YOU WOULD, PLEASE, SIR, AND

01:59PM 8  WE'LL CALL YOU BACK IN.

01:59PM 9          PROSPECTIVE JUROR:  OH, SO JUST WAIT HERE?

01:59PM 10         THE COURT:  YES.  THANK YOU.

01:59PM 11     (PROSPECTIVE JUROR 47 WAS OUT AT 1:59 P.M.)

01:59PM 12         THE COURT:  THE RECORD SHOULD REFLECT THAT THE JUROR

02:00PM 13 HAS LEFT THE COURTROOM, AND ALL PARTIES PREVIOUSLY PRESENT ARE

02:00PM 14 PRESENT.

02:00PM 15     MR. SCHENK?

02:00PM 16         MR. SCHENK:  WE EXCUSE HIM FOR CAUSE.

02:00PM 17         MR. COOPERSMITH:  THANK YOU.

02:00PM 18         THE COURT:  AND WE'LL EXCUSE HIM FOR CAUSE.  THANK

02:00PM 19 YOU.

02:00PM 20     AND CAN WE BRING UP THE BALANCE OF THE PANEL NOW,

02:00PM 21 MR. COOPERSMITH?

02:00PM 22         MR. COOPERSMITH:  YES, YOUR HONOR.

02:00PM 23     THE ONLY THING THAT I'LL SAY IS THAT I THINK THAT WAS VERY

02:00PM 24 PRODUCTIVE, AND I APPRECIATE YOUR HONOR BRINGING NUMBER 47 UP.

02:00PM 25     I THINK THAT PROCESS DOES PROMOTE SIMILAR CANDOR FROM THE

02:00PM 1    JURORS, AND I'LL JUST COMMENT ON THAT.

02:00PM 2             THE COURT:  I THINK THAT WAS ALL OF OUR

02:00PM 3    OBSERVATIONS, AND WE'LL SEE HOW THAT DEVELOPS.  THANK YOU.

02:00PM 4         ANYTHING FURTHER FROM YOUR TEAM?

02:00PM 5             MR. SCHENK:  NO.  THANK YOU.

02:00PM 6             THE COURT:  ALL RIGHT.  WE'LL BRING THE PANEL UP NOW

02:00PM 7    AND INSTRUCT THE COMMISSIONER TO EXCUSE THE INDIVIDUALS THAT WE

02:00PM 8    HAVE TAKEN ACTION ON.

02:00PM 9         (RECESS FROM 2:00 P.M. UNTIL 2:02 P.M.)

02:02PM 10            THE COURT:  SO WHEN THE PANEL COMES UP, I'LL ASK IF

02:02PM 11   THE PANEL HAS YOUR VOIR DIRE, AND THEN YOU'LL GO FIRST,

02:02PM 12   MR. SCHENK, AND THEN YOU, MR. COOPERSMITH.

02:02PM 13            MR. SCHENK:  THANK YOU, YOUR HONOR.

02:02PM 14            THE COURT:  I MIGHT ASK THEM ONE OTHER QUESTION

02:02PM 15   BEFORE I TURN THEM OVER TO YOU.

02:02PM 16        THE QUESTION -- I MIGHT ASK THEM THE QUESTION, BASED ON

02:02PM 17   ANYTHING THAT THEY'VE HEARD, ANY ANSWER THAT THEY'VE HEARD FROM

02:02PM 18   ANY FELLOW JURORS, WHETHER OR NOT THAT ANSWER FROM ANOTHER

02:02PM 19   JUROR CAUSES THEM ANY CONCERN AS TO WHETHER THEY CAN BE FAIR

02:02PM 20   AND IMPARTIAL?

02:02PM 21        I THINK I'LL ASK THAT QUESTION AND THEN TURN IT OVER TO

02:03PM 22   YOU FOR VOIR DIRE.

02:03PM 23            MR. SCHENK:  ONE OTHER THING, YOUR HONOR.

02:03PM 24        I DON'T KNOW IF THE COURT INFORMED THE JURORS THAT THEY

02:03PM 25   SHOULD NOT DISCUSS THE CASE WHEN THEY'RE OUT ON BREAKS.

02:03PM   1          THE COURT:  I DIDN'T.  THANK YOU.

02:03PM   2          MR. COOPERSMITH:  YOUR HONOR, ONE OTHER THING THAT

02:03PM   3   OCCURS TO ME IN THAT REGARD, AND I MAY HAVE MISSED IT, BUT DID

02:03PM   4   THE COURT INSTRUCT THE JURORS THAT FROM HENCEFORTH THEY

02:03PM   5   SHOULDN'T BE GOOGLING OR RESEARCHING OR READING ANYTHING

02:03PM   6   OUTSIDE?

02:03PM   7          THE COURT:  I DON'T THINK I DID THAT YET, NO.

02:03PM   8   THAT'S USUALLY SOMETHING THAT IS IN THE PRELIMINARY

02:03PM   9   INSTRUCTIONS, BUT IT MIGHT BE SOMETHING THAT I'LL NEED TO

02:03PM  10   INCORPORATE OWING TO THE LENGTH OF OUR PROCESS HERE.

02:03PM  11          MR. COOPERSMITH:  THANK YOU.

02:08PM  12      (RECESS TAKEN AT 2:03 P.M. UNTIL 2:08 P.M.)

02:08PM  13      (PROSPECTIVE JURY PANEL IN AT 2:08 P.M.)

02:08PM  14          THE COURT:  PLEASE BE SEATED.  WE'RE PRESENT AND ALL

02:08PM  15   PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.  MR. BALWANI IS

02:08PM  16   PRESENT.

02:08PM  17      LADIES AND GENTLEMEN, THANK YOU FOR YOUR PATIENCE.  THIS

02:08PM  18   IS TAKING A LITTLE BIT LONGER THAN WE HAD THOUGHT, BUT I

02:08PM  19   APPRECIATE YOUR PATIENCE IN THIS REGARD.

02:08PM  20      I DO -- BEFORE I TURN IT OVER TO COUNSEL, I DO HAVE

02:08PM  21   ANOTHER QUESTION THAT I'D LIKE TO POSE TO YOU, AND THAT IS THE

02:08PM  22   FOLLOWING:  I'M CURIOUS AS TO WHETHER OR NOT ANYTHING YOU'VE

02:08PM  23   HEARD FROM THE ANSWERS OF YOUR COLLEAGUES, YOUR FELLOW JURORS

02:08PM  24   IN RESPONSE TO QUESTIONS POSED BY ME, IS THERE ANYTHING FROM

02:08PM  25   THOSE ANSWERS THAT YOU'VE HEARD THAT YOU THINK WOULD CAUSE AN

02:08PM  1      INABILITY FOR YOU TO BE FAIR AND IMPARTIAL AS A JUROR IN THIS

02:09PM  2      CASE?

02:09PM  3            THIS IS, AGAIN, IN RELATION TO THE ANSWERS THAT YOU'VE

02:09PM  4      HEARD FROM OTHER INDIVIDUALS.

02:09PM  5            LET ME BE CLEAR, THE ANSWERS THAT I'M CURIOUS ABOUT ARE

02:09PM  6      ALSO ANSWERS THAT SOME OF YOUR COLLEAGUES HAVE REPORTED IN

02:09PM  7      REGARDS TO INFORMATION THAT OTHER JURORS HAVE HEARD, READ,

02:09PM  8      LISTENED TO OR DISCUSSED WITH OTHER INDIVIDUALS.  YOU'VE HEARD

02:09PM  9      THAT QUESTION ASKED AND VARIOUS PEOPLE HAVE ANSWERED WHAT

02:09PM  10     THEY'VE READ, WHAT THEY'VE HEARD, WHAT THEY'VE DISCUSSED.

02:09PM  11           THIS QUESTION HAVING HEARD THAT FROM OTHER INDIVIDUALS,

02:09PM  12     THAT IS, NOT INFORMATION THAT YOU HAVE PERSONALLY READ, HEARD

02:09PM  13     ABOUT, OR DISCUSSED, BUT HAVING OTHERS AND THE CONTENT OF WHAT

02:09PM  14     THEY HAVE HEARD, I'D LIKE TO KNOW WHETHER OR NOT JUST HEARING

02:09PM  15     THAT INFORMATION NOW TODAY CAUSES YOU TO BELIEVE THAT YOU COULD

02:09PM  16     NOT BE FAIR AND IMPARTIAL AS A JUROR IN THIS CASE?

02:09PM  17           IS THERE ANYONE WHO FEELS THAT WAY?  IF SO, PLEASE RAISE

02:10PM  18     YOUR HAND SO WE CAN TALK ABOUT IT.

02:10PM  19           I SEE NO HANDS.  ALL RIGHT.  THANK YOU.

02:10PM  20           MR. SCHENK, DO YOU HAVE QUESTIONS?

02:10PM  21               MR. SCHENK:  I DO.  THANK YOU, YOUR HONOR.

02:10PM  22           YOUR HONOR, MAY I?

02:10PM  23               THE COURT:  YES.  THANK YOU.

02:10PM  24               MR. SCHENK:  THANK YOU.

02:10PM  25           GOOD AFTERNOON.  MY NAME IS JEFF SCHENK.  YOU HEARD THAT I

02:10PM   1    REPRESENT THE UNITED STATES IN THIS MATTER.

02:10PM   2        I HAVE JUST A COUPLE OF QUESTIONS FOR YOU THIS MORNING.

02:10PM   3    I'M GOING TO DIRECT MY QUESTIONS TO THE ENTIRE PANEL, AND

02:10PM   4    PLEASE, IF YOU HAVE SOMETHING RESPONSIVE, RAISE YOUR HAND AND

02:10PM   5    WE CAN HAVE FURTHER DIALOGUE.

02:10PM   6        FIRST, CAN EVERYBODY HEAR ME OKAY?

02:10PM   7            PROSPECTIVE JURORS:  YES.

02:10PM   8            AUDIENCE:  I CAN'T.

02:10PM   9            THE COURT:  GO AHEAD, MR. SCHENK.

02:10PM  10    THIS WAS A RESPONSE FROM A NONJUROR, I BELIEVE.  SO WE'LL

02:10PM  11    GIVE YOU THE MICROPHONE AND THAT WILL PROBABLY --

02:11PM  12            MR. SCHENK:  THANK YOU.

02:11PM  13            THE COURT:  OKAY.

02:11PM  14            MR. SCHENK:  SO I'M FIRST WONDERING IF THERE'S A

02:11PM  15    JUROR WHO HAS A CONCERN OF SITTING IN JUDGMENT OF SOMEONE?

02:11PM  16        PART OF THE PROCESS OF SERVING ON A JURY IS HEARING

02:11PM  17    EVIDENCE THROUGHOUT THE COURSE OF THE TRIAL AND THEN MAKING A

02:11PM  18    DETERMINATION ABOUT WHETHER YOU THINK THE GOVERNMENT PROVED ITS

02:11PM  19    CASE.

02:11PM  20        DID THE GOVERNMENT PROVE EACH ELEMENT BEYOND A REASONABLE

02:11PM  21    DOUBT?  AND IN THE MIND OF SOME JURORS, THAT'S THE EQUIVALENT

02:11PM  22    OF SITTING IN JUDGMENT OF SOMEONE ELSE, ANOTHER HUMAN.

02:11PM  23        AND I KNOW THAT FOR SOME PEOPLE THAT CAN BE CHALLENGE.

02:11PM  24    THAT'S SOMETHING THAT THEY DO NOT, THEY DO NOT DO.

02:11PM  25        I'M WONDERING IF THERE'S ANY JUROR WHO HAS A CONCERN ABOUT

02:11PM 1    THAT OR THINKS THAT AS THE TRIAL GOES ON, THAT PART OF THIS IS

02:11PM 2    GOING TO BOTHER THEM, THAT THEY'RE GOING TO HAVE SOME CONFLICTS

02:11PM 3    WITH IT?

02:11PM 4         SO ARE THERE ANY JURORS WHO HAVE A CONCERN WITH THAT?

02:11PM 5         I SEE NO HANDS.  THANK YOU.

02:11PM 6         JUDGE DAVILA ASKED YOU A QUESTION EARLIER ABOUT PERSONAL

02:11PM 7    VIEWS REGARDING LAW ENFORCEMENT, AND IF A LAW ENFORCEMENT

02:12PM 8    WITNESS TESTIFIED, WHETHER YOUR VIEWS ABOUT LAW ENFORCEMENT

02:12PM 9    COLOR THE WAY YOU SEE THEIR TESTIMONY.

02:12PM 10        I'M GOING TO ASK A SIMILAR QUESTION BUT ABOUT DOCTORS.

02:12PM 11   IT'S POSSIBLE THAT YOU WILL HEAR DOCTORS TESTIFY THROUGHOUT THE

02:12PM 12   COURSE OF THE TRIAL, AND PEOPLE HAVE EXPERIENCES, GOOD AND BAD,

02:12PM 13   WITH DOCTORS, JUST LIKE WITH ANY PROFESSION.

02:12PM 14        I'M WONDERING IF ANYBODY HAS VIEWS, PERSONAL VIEWS ABOUT

02:12PM 15   DOCTORS THAT IF THE GOVERNMENT PUTS ON DOCTOR WITNESSES, THAT

02:12PM 16   THEY MAY HAVE A CONCERN FAIRLY EVALUATING THAT TESTIMONY?

02:12PM 17        YES, I SEE ONE HAND.  DO YOU MIND STARTING WITH YOUR JUROR

02:12PM 18   NUMBER?

02:12PM 19             THE COURT:  WE'LL NEED TO SHARE THE MICROPHONE.

02:12PM 20             PROSPECTIVE JUROR:  JUROR 72.  I DO HOLD DOCTORS IN

02:12PM 21   HIGH REGARD.  I HAVE A LOT OF RESPECT FOR THE PROFESSION, SO I

02:12PM 22   DO BELIEVE THAT IF I HEARD EVIDENCE FROM THEM, I WOULD TEND TO

02:12PM 23   BELIEVE IT.

02:12PM 24             MR. SCHENK:  LET ME TRY TO FOLLOW UP ON THAT BUT

02:13PM 25   WITHOUT TAKING THE MIKE BACK FROM YOU.

02:13PM  1      SO IF A DOCTOR TESTIFIES AND SORT OF AS A GENERAL RULE YOU

02:13PM  2    HOLD THEM IN HIGH REGARD, DOES THAT MEAN THAT YOU WON'T THINK

02:13PM  3    CRITICALLY OR EVALUATE THEIR TESTIMONY THE SAME WAY YOU WOULD

02:13PM  4    EVALUATE THE TESTIMONY OF ANY WITNESS?

02:13PM  5            PROSPECTIVE JUROR:  IT'S HARD FOR ME TO --

02:13PM  6            MR. SCHENK:  HELP ME TO UNDERSTAND THAT.  WHY, WHY

02:13PM  7    IS IT HARD?

02:13PM  8            PROSPECTIVE JUROR:  JUST BECAUSE OF THE BELIEF THAT

02:13PM  9    I HAVE IN THE MEDICAL SYSTEM.

02:13PM 10            MR. SCHENK:  IF AS PART OF THE FINAL INSTRUCTIONS IN

02:13PM 11    THE CASE JUDGE DAVILA TELLS YOU THERE ARE CERTAIN THINGS THAT

02:13PM 12    YOU ARE TO CONSIDER AND TO HELP YOU EVALUATE THE CREDIBILITY OF

02:13PM 13    WITNESSES, THE WAY THE WITNESS TESTIFIES OR THE OTHER FACTS

02:13PM 14    THAT CORROBORATE SOMETHING THAT THE WITNESS HAS SAID, ARE YOU

02:13PM 15    GOING TO BE ABLE TO FOLLOW THAT INSTRUCTION OR IS THAT GOING TO

02:13PM 16    BE DIFFICULT FOR YOU?

02:13PM 17            PROSPECTIVE JUROR:  I AM, I'M GOING TO TRY MY BEST,

02:14PM 18    BUT IT'S GOING TO BE HARD.

02:14PM 19            MR. SCHENK:  OKAY.  THANK YOU.  MAY I GET THE

02:14PM 20    MICROPHONE FROM YOU NOW?

02:14PM 21        ANY OTHER JURORS WITH A HAND TO THAT QUESTION,

02:14PM 22    DOCTOR-WITNESS TESTIMONY?

02:14PM 23        I SEE NO HANDS -- YES.

02:14PM 24            PROSPECTIVE JUROR:  I WOULD FIND MYSELF TO BELIEVE A

02:14PM 25    DOCTOR'S WORD MORE THAN ANOTHER PERSON I WOULD SAY.  SO IF YOU

02:14PM   1    THROW A DOCTOR ON THE STAND TO ASK QUESTIONS OR A DOCTOR WERE

02:14PM   2    TO ASK ME QUESTIONS OR TELL ME SOMETHING, NINE TIMES OUT OF TEN

02:14PM   3    I WOULD BELIEVE HIM MORE THAN THE NORMAL PERSON.  THAT IS JUST

02:14PM   4    MY BELIEF.  BECAUSE OF MY MEDICAL HISTORY, I TALK TO A LOT OF

02:14PM   5    DOCTORS HERE AND THERE, AND SO I HAVE A LOT OF BELIEF IN THEM,

02:14PM   6    AND I BELIEVE WHAT THEY HAVE TO SAY TO ME A MAJORITY OF THE

02:14PM   7    TIME.

02:14PM   8         MR. SCHENK:  AND IF THE JUDGE GIVES YOU AN

02:14PM   9    INSTRUCTION THAT INFORMS YOU HOW TO EVALUATE THE CREDIBILITY OF

02:14PM  10    WITNESSES, WILL YOU BE ABLE TO FOLLOW THAT INSTRUCTION OR ARE

02:15PM  11    YOU CONCERNED THAT YOUR PRIOR EXPERIENCE IS GOING TO AFFECT

02:15PM  12    YOUR ABILITY TO FOLLOW THAT INSTRUCTION?

02:15PM  13         PROSPECTIVE JUROR:  JUST BECAUSE OF THE WAY I HAVE

02:15PM  14    TALKED TO DOCTORS AND IF THE JUDGE TOLD ME TO TALK TO THE

02:15PM  15    DOCTOR AND THE DOCTOR WAS SAYING SOMETHING ELSE, I THINK I

02:15PM  16    WOULD BELIEVE THE DOCTOR MORE.

02:15PM  17         MR. SCHENK:  OKAY.  WERE THERE ANY OTHER HANDS TO

02:15PM  18    THE DOCTOR QUESTION?

02:15PM  19         OKAY.  YOU'VE HEARD THAT THERE WAS SOME -- THERE WAS A

02:15PM  20    PRIOR TRIAL AND THERE WAS MEDIA COVERAGE OF THE PRIOR TRIAL.

02:15PM  21    IT'S POSSIBLE THERE WILL BE MEDIA COVERAGE OF THIS TRIAL.

02:15PM  22         AND IN THE QUESTIONNAIRE THAT YOU FILLED OUT, IT TOLD YOU

02:15PM  23    NOT TO DO OUTSIDE RESEARCH, DON'T GOOGLE EVENTS THAT OCCURRED

02:15PM  24    IN THE CASE OR FACTS, DON'T WATCH THINGS OR READ MEDIA.

02:15PM  25         THAT CAN BE DIFFICULT FOR SOME PEOPLE, BUT IT'S VERY

02:15PM  1    IMPORTANT.

02:15PM  2        I'M WONDERING IF THERE'S ANYBODY WHO HAS A CONCERN ABOUT

02:16PM  3    THEIR ABILITY TO FOLLOW THAT INSTRUCTION, IF THE JUDGE TELLS

02:16PM  4    YOU YOU'RE NOT TO DO ANY OUTSIDE OF RESEARCH, YOU CAN'T GO

02:16PM  5    ONLINE AND LOOK THINGS UP, YOU CAN'T TALK TO FRIENDS AND FAMILY

02:16PM  6    ABOUT THE CASE, YOU CAN'T EVEN TALK TO YOUR FELLOW JURORS ABOUT

02:16PM  7    THE CASE UNTIL IT'S TIME TO DELIBERATE, IS THAT GOING TO BE

02:16PM  8    DIFFICULT FOR ANYBODY?

02:16PM  9        IS THERE SORT OF A -- SUCH AN INTEREST, A STRONG INTEREST

02:16PM  10   IN THE LOCAL NEWS OR IN NEWSPAPERS THAT IT WILL BE DIFFICULT

02:16PM  11   FOR YOU NOT TO READ BEYOND A HEADLINE OF AN ARTICLE?

02:16PM  12       ANY HANDS TO THAT QUESTION?

02:16PM  13          PROSPECTIVE JUROR:  WELL, I HAVE NO PROBLEM NOT

02:16PM  14   TALKING TO PEOPLE, FRIENDS AND MY FAMILY.

02:16PM  15       I HAVE PROBLEM WITH T.V. BECAUSE THERE ARE THREE OF US IN

02:16PM  16   OUR HOUSEHOLD AND THE T.V. IS ALWAYS ON.

02:16PM  17       SO WHAT AM I GOING TO DO AT THE TIME, LOCK MYSELF IN MY

02:16PM  18   BEDROOM?

02:16PM  19          MR. SCHENK:  ARE YOU JUROR NUMBER 14?

02:16PM  20          PROSPECTIVE JUROR:  14, YEAH.

02:17PM  21          MR. SCHENK:  SO IF THE JUDGE TELLS YOU THAT YOU

02:17PM  22   CANNOT WATCH OR LISTEN TO ANY T.V. REPORTS ABOUT THIS CASE, IS

02:17PM  23   IT GOING TO BE HARD FOR YOU JUST WHEN THE NEWS IS TALKING ABOUT

02:17PM  24   THIS CASE, WILL IT BE HARD FOR YOU TO LEAVE THE ROOM AT THAT

02:17PM  25   POINT.

02:17PM  1          PROSPECTIVE JUROR:  WELL, MAYBE YES, MAYBE IT IS

02:17PM  2     GOING TO BE EASY.

02:17PM  3          MR. SCHENK:  MAYBE IT WILL BE EASY.

02:17PM  4          PROSPECTIVE JUROR:  MAYBE IT WILL BE FOR JUST A FEW

02:17PM  5     MINUTES, BUT I'M COOKING, AND I'M IN FRONT OF T.V.

02:17PM  6       AND SO IF IT'S LONGER, THAT MIGHT BE A PROBLEM.  BUT ONLY

02:17PM  7     THIS T.V.  I CANNOT LIVE WITHOUT COMPUTER OR WITHOUT TALKING.

02:17PM  8          MR. SCHENK:  I'M SORRY, YOU CAN LIVE WITHOUT THE

02:17PM  9     COMPUTER OR YOU CANNOT?

02:17PM 10          PROSPECTIVE JUROR:  YES, I CAN.  I DON'T HAVE TO

02:17PM 11     GOOGLE ABOUT THIS CASE.  I CAN DO THAT.  T.V. IS THE WORSE

02:17PM 12     THING IN MY HOUSEHOLD.

02:17PM 13          MR. SCHENK:  SO FAR WHEN THE T.V. IS ON, AND THERE'S

02:17PM 14     A REPORT OR A STORY INVOLVING THIS CASE, YOU THINK YOU WILL BE

02:17PM 15     ABLE TO LEAVE THE ROOM JUST DURING THE PERIOD OF TIME THAT

02:18PM 16     THEY'RE DISCUSSING THIS CASE?

02:18PM 17          PROSPECTIVE JUROR:  I GUESS I HAVE TO RUN, YEAH.

02:18PM 18          MR. SCHENK:  AND IF THE JUDGE TELLS YOU THAT'S

02:18PM 19     SOMETHING YOU HAVE TO DO, YOU HAVE TO FOLLOW THAT?

02:18PM 20          PROSPECTIVE JUROR:  YES.

02:18PM 21          MR. SCHENK:  THANK YOU.  DO YOU MIND STARTING WITH

02:18PM 22     YOUR JUROR NUMBER.

02:18PM 23          PROSPECTIVE JUROR:  JUROR 34.

02:18PM 24       IT'S KIND OF WHAT SHE SAID, AND I GUESS IT'S ALL OVER THE

02:18PM 25     PLACE.  AND I SAID I'M VERY ACTIVE WITH NEWS FEEDS AND

02:18PM  1      ESPECIALLY IF IT STARTS TO GET COVERED, I FIND IT WILL BE HARD

02:18PM  2      BECAUSE I CAN TELL LIKE EVEN ON YOUTUBE RIGHT NOW AND IN MY

02:18PM  3      KIDS PROFILE AND MY PROFILE THERE'S A BIG BANNER ABOUT --

02:18PM  4             MR. SCHENK:  PLEASE DON'T SAY IT.

02:18PM  5             PROSPECTIVE JUROR:  YEAH, EXACTLY.  IT'S KIND OF

02:18PM  6      LIKE IN MY FACE MOST OF THE TIME, SO I CAN DEFINITELY TRY TO

02:18PM  7      AVOID.

02:18PM  8         BUT IF THINGS GET MORE MEDIA ATTENTION HERE, I THINK IT

02:18PM  9      WILL BE REALLY HARD FOR ME TO KIND OF PARSE THAT PART OF MY

02:19PM  10     LIFE OUT.

02:19PM  11            MR. SCHENK:  I NOTICE THERE'S THE ABILITY TO TURN

02:19PM  12     OFF NOTIFICATIONS ON YOUR PHON WHEN YOU SEE A HEADLINE POP UP,

02:19PM  13     YOU CAN CHOOSE TO READ IT OR TURN AWAY.  SO THERE'S SOME SORT

02:19PM  14     OF PLACE ALONG THE WAY WHERE YOU CAN MAKE A DECISION ABOUT HOW

02:19PM  15     MUCH OR WHETHER YOU WILL CONSUME.

02:19PM  16        BUT DO YOU THINK THAT THAT DECISION IS GOING TO BE

02:19PM  17     DIFFICULT FOR YOU OR IF THE COURT INSTRUCTS YOU, YOU REALLY

02:19PM  18     CANNOT READ ANYTHING OR TALK ABOUT THE CASE, YOU WILL BE ABLE

02:19PM  19     TO FOLLOW THAT?

02:19PM  20            PROSPECTIVE JUROR:  I THINK IT WON'T BE DIFFICULT.

02:19PM  21     I THINK IT WILL -- I'LL HAVE TO CHANGE MY LIFESTYLE OBVIOUSLY,

02:19PM  22     BUT, YEAH, I COULD FOLLOW THE DIRECTIONS.

02:19PM  23        BUT DEFINITELY JUST KNOWING THAT IT MIGHT BE AROUND AND

02:19PM  24     UNAVOIDABLE SOMETIMES.

02:19PM  25            MR. SCHENK:  JUROR NUMBER 14, IT LOOKS LIKE YOUR

02:19PM  1      HAND IS UP.

02:19PM  2                 PROSPECTIVE JUROR:  NO.  I NEED TO ELEVATE MY

02:19PM  3      FINGER.

02:19PM  4                 MR. SCHENK:  OH.  SORRY.

02:19PM  5          ANY OTHER HANDS?

02:20PM  6          AND THEN THE LAST QUESTION I HAVE FOR YOU IS DURING THE

02:20PM  7      COURSE OF THE TRIAL I ANTICIPATE THAT THE EVIDENCE WILL INCLUDE

02:20PM  8      DOCUMENTS, EMAILS, OTHER KINDS OF DOCUMENTS.

02:20PM  9          YOU WON'T RECEIVE A PAPER COPY.  IN FACT, THE DOCUMENTS

02:20PM  10     ARE GOING TO BE DISPLAYED ON THE SCREEN SO YOU SEE THESE FIVE

02:20PM  11     SCREENS IN FRONT OF THE JURY BOX AND THERE'S SCREENS ON THE

02:20PM  12     WALL, ONE TO YOUR LEFT, AND THEN ALL OF THE WAY ON THE OTHER

02:20PM  13     SIDE OF THE COURTROOM TO YOUR RIGHT, AND THEN THE SEATED

02:20PM  14     JURORS, THE JURORS WHO END UP HEARING THE CASE WILL BE SEATED

02:20PM  15     IN THE ROWS, THE TWO ROWS IN THE BOX, AND THEN YOU NOTICE THERE

02:20PM  16     ARE TWO CHAIRS ON THIS SIDE AND TWO CHAIRS ON THE RIGHT-HAND

02:20PM  17     SIDE OF THE JURY BOX, AND THEN THIS VERY FIRST ROW OF THE

02:20PM  18     GALLERY.

02:20PM  19          SO THE JURORS SEATED WITHIN THE WELL OF THE COURTROOM

02:20PM  20     GENERALLY USE THESE FIVE SCREENS, AND THE JURORS THAT SIT IN

02:20PM  21     THE FIRST ROW OFTEN LOOK UP AT THE SCREEN ON THE WALL.

02:21PM  22          WHAT I'M WONDERING IS, IS THERE A JUROR WHO THINKS THAT

02:21PM  23     JUST VISUALLY SEEING EMAILS AND DOCUMENTS AND SPREADSHEETS IS

02:21PM  24     GOING TO BE DIFFICULT FOR YOU WHERE THESE SCREENS ARE LOCATED,

02:21PM  25     FROM WHERE THE SCREENS ARE LOCATED?

02:21PM   1        ANY CONCERNS WITH THAT?

02:21PM   2              THE COURT:  IS THIS JUROR 10?

02:21PM   3              PROSPECTIVE JUROR:  YEAH.  JUST BECAUSE I SAID

02:21PM   4    BEFORE, ENGLISH IS MY SECOND LANGUAGE.  SO WHEN I SEE ALL OF

02:21PM   5    THE DOCUMENTS, SOMETIMES I CAN'T UNDERSTAND ALL, SO I HAVE TO

02:21PM   6    DO A LOT TO BRING MY DICTIONARY OR SOMETHING SO I HAVE -- I

02:21PM   7    CANNOT READ VERY QUICKLY SO I HAVE TO THINK OVER.

02:21PM   8        SOMETIMES IF THE WORDS, I'LL ASK, BUT IF THEY GET

02:21PM   9    TOGETHER, I JUST REALLY COULDN'T UNDERSTAND WHAT THEY'RE

02:21PM  10    TALKING ABOUT.  SO THAT'S MY CONCERN.

02:21PM  11              MR. SCHENK:  OKAY.  YOU CAN SEE IT OKAY.

02:21PM  12              PROSPECTIVE JUROR:  YEAH, I CAN SEE IT OKAY, BUT I

02:22PM  13    DON'T UNDERSTAND THE MEANINGS SOMETIMES.

02:22PM  14              MR. SCHENK:  YOUR QUESTION IS WHETHER YOU'LL BE ABLE

02:22PM  15    TO UNDERSTAND THE CONTENT?

02:22PM  16              PROSPECTIVE JUROR:  YEAH.

02:22PM  17              MR. SCHENK:  SO I THINK YOU HEARD EARLIER THIS

02:22PM  18    MORNING JUDGE DAVILA DESCRIBED TO YOU REALLY THE OBLIGATION OF

02:22PM  19    THE LAWYERS TO MAKE THE MATERIAL UNDERSTANDABLE.  WE DON'T HAVE

02:22PM  20    EXPERT JURORS IN THIS COUNTRY, SO WE BRING JURORS IN WHO HAVE

02:22PM  21    NO PRIOR EXPERIENCE IN ANY OF THE TOPICS THAT THE TRIAL IS

02:22PM  22    ABOUT, AND IT REALLY IS THE JOB OF THE LAWYERS TO MAKE THE

02:22PM  23    MATERIAL UNDERSTANDABLE TO JURORS FROM ALL KINDS OF

02:22PM  24    BACKGROUNDS.  IF IT'S A LANGUAGE BACKGROUND OR AN EDUCATION

02:22PM  25    BACKGROUND, IT'S THE OBLIGATION OF THE LAWYERS TO MAKE THE

02:22PM  1    MATERIAL UNDERSTANDABLE FOR EVERYBODY.

02:22PM  2         HEARING THAT, DOES THAT GIVE YOU A LITTLE MORE COMFORT

02:22PM  3    THAT YOU'LL BE ABLE TO UNDERSTAND THE MATERIAL?

02:22PM  4              PROSPECTIVE JUROR:  I HOPE SO, YEAH.  I HOPE SO.

02:22PM  5              MR. SCHENK:  HOW ABOUT THE CONVERSATIONS THAT WE'VE

02:22PM  6    HAD SO FAR TODAY IN THE MORNING SESSION AND IN THE DIALOGUE

02:22PM  7    THIS AFTERNOON?

02:23PM  8              PROSPECTIVE JUROR:  80 PERCENT, THAT'S FINE.

02:23PM  9              MR. SCHENK:  YOU FEEL LIKE YOU'VE UNDERSTOOD THE

02:23PM 10    QUESTIONS FROM JUDGE DAVILA THIS MORNING OR THE QUESTIONS FROM

02:23PM 11    ME THIS AFTERNOON, HAVE YOU UNDERSTOOD ALL OF THAT OKAY?

02:23PM 12              PROSPECTIVE JUROR:  YEAH.

02:23PM 13              MR. SCHENK:  OKAY.  THANK YOU.

02:23PM 14         ANY OTHER HANDS TO THE SCREEN QUESTION SEEING THE

02:23PM 15    EVIDENCE?

02:23PM 16         GREAT.

02:23PM 17    THANK YOU VERY MUCH.  NO FURTHER QUESTIONS.

02:23PM 18              THE COURT:  ALL RIGHT.  THANK YOU.

02:23PM 19         IN REGARDS TO PROSPECTIVE JUROR 10'S COMMENTS REGARDING

02:23PM 20    DOCUMENTS, IT'S BEEN MY EXPERIENCE, LADIES AND GENTLEMEN, THAT

02:23PM 21    WHEN DOCUMENTS ARE DISPLAYED ON THE SCREENS OR INTRODUCED IN

02:23PM 22    EVIDENCE, THE LAWYERS TYPICALLY WILL TALK ABOUT THE DOCUMENTS

02:23PM 23    OR THE WITNESSES WILL TESTIFY AS TO WHAT THE DOCUMENT SAYS

02:23PM 24    AND -- OR REPRESENTS.  IT COULD BE AN EMAIL OR A SPREADSHEET OR

02:23PM 25    SOMETHING LIKE THAT.

02:23PM 1      AND YOU MAY HEAR, YOU MAY HEAR -- I DON'T KNOW WHAT THE

02:24PM 2   EVIDENCE WILL BE IN THIS CASE, BUT IF THERE ARE DOCUMENTS, IT'S

02:24PM 3   NOT UNUSUAL IN TRIAL WHERE THE WITNESS WILL GIVE SOME

02:24PM 4   QUALIFICATION ABOUT, AND FOUNDATION ABOUT WHAT THE DOCUMENT IS.

02:24PM 5   AND WHEN IT'S DISPLAYED IT BECOMES, AS MR. SCHENK SAID, MORE

02:24PM 6   UNDERSTANDABLE BASED ON THAT.

02:24PM 7      I DON'T THINK I'VE BEEN IN A CASE WHERE A DOCUMENT IS JUST

02:24PM 8   PUT UP AND THERE'S BEEN NO EXPLANATION OF WHAT IT IS AND THE

02:24PM 9   JURY HAS TO FIGURE THAT OUT ON THEIR OWN.  THAT'S NOT TYPICALLY

02:24PM 10  HOW THAT WORKS.

02:24PM 11     SO I JUST TELL YOU THAT FOR ALL OF YOUR INFORMATION.

02:24PM 12     MR. SCHENK, ANY COMMENT ON THAT?

02:24PM 13          MR. SCHENK:  NO.  THANK YOU VERY MUCH.

02:24PM 14          THE COURT:  MR. COOPERSMITH.

02:24PM 15          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:24PM 16     GOOD AFTERNOON EVERYONE.  MY NAME IS JEFF COOPERSMITH.  I

02:24PM 17  REPRESENT MR. BALWANI, AS I SAID BEFORE.

02:24PM 18     THANK YOU FOR YOUR TIME AND ATTENTION TODAY.

02:25PM 19     BEFORE I GET STARTED AND START ASKING QUESTIONS OF THE

02:25PM 20  PANEL, I JUST WANT TO MAKE SURE THAT EVERYONE UNDERSTANDS

02:25PM 21  THERE'S NO WRONG ANSWERS HERE.  SO THE GOAL HERE FOR ALL OF US

02:25PM 22  IN THE COURTROOM IS TO MAKE SURE THAT WE GET CANDID ANSWERS AND

02:25PM 23  THINGS THAT YOU FEEL AND THINK AND KNOW, AND THERE'S NO NEED TO

02:25PM 24  THINK ABOUT WHETHER THE ANSWER IS RIGHT OR WRONG BECAUSE

02:25PM 25  THERE'S NO SUCH THING IN THIS SETTING.

02:25PM 1        SO THANK YOU VERY MUCH.

02:25PM 2        THE FIRST QUESTION I HAVE, AND IT KIND OF FOLLOWS UP WITH

02:25PM 3    WHERE WE LEFT OFF WITH MR. SCHENK AND JUDGE DAVILA, IS THAT WE

02:25PM 4    ARE GOING TO DO OUR BEST DURING THE COURSE OF THIS TRIAL, AND I

02:25PM 5    THINK ALL OF US AS LAWYERS, TO MAKE THIS AS UNDERSTANDABLE AS

02:25PM 6    POSSIBLE.  IT IS A CASE THAT INVOLVES SOME TECHNICAL EVIDENCE.

02:25PM 7        AS YOU'VE HEARD, IT'S SCHEDULED TO GO ON FOR SOME MONTHS,

02:25PM 8    SO THERE WILL BE SOME DENSE MATERIAL TO REVIEW, AND WE WILL TRY

02:25PM 9    TO MAKE THINGS ACCESSIBLE.

02:25PM 10       JUDGE DAVILA IS ABSOLUTELY CORRECT THAT EVEN WHEN THERE'S

02:25PM 11   A DOCUMENT, THE LAWYERS WILL DO THEIR BEST TO TRY TO EXPLAIN

02:26PM 12   WHAT IT SAYS AND WHAT IT MEANS AND BRING THAT OUT THROUGH

02:26PM 13   WITNESSES.

02:26PM 14       BUT MY QUESTION FOR NOW IS EVEN WITH ALL OF THAT SAID, IS

02:26PM 15   THERE ANYONE WHO STILL FEELS LIKE IT WOULD BE VERY DIFFICULT TO

02:26PM 16   UNDERSTAND DOCUMENTS THAT ARE AT TIMES TECHNICAL, TALKING ABOUT

02:26PM 17   BLOOD TESTING AND THINGS OF THAT NATURE?

02:26PM 18            PROSPECTIVE JUROR:  YES, ABSOLUTELY.

02:26PM 19            MR. COOPERSMITH:  OKAY.  I THINK THERE'S A

02:26PM 20   MICROPHONE SOMEWHERE.  I COULD -- YES.

02:26PM 21        JUROR NUMBER 14.

02:26PM 22            PROSPECTIVE JUROR:  YES.  FOR ME, ABSOLUTELY, BASED

02:26PM 23   ON MY LANGUAGE AND LIKE I MENTIONED AND WORDS OR WHATEVER AND

02:26PM 24   FINANCES, AND I'M NOT FEELING COMFORTABLE, DEFINITELY I'M NOT

02:26PM 25   FEELING COMFORTABLE.

02:26PM  1          MR. COOPERSMITH:  OKAY.  AND I UNDERSTAND FROM YOUR

02:26PM  2     ANSWERS BEFORE THAT YOU'VE BEEN IN THIS COUNTRY FOR ABOUT

02:26PM  3     30 YEARS?

02:27PM  4          PROSPECTIVE JUROR:  YES.  BUT I DON'T USE EVERY DAY

02:27PM  5     THIS ELEVATED LANGUAGE LIKE, YOU KNOW, TECHNICAL STUFF.  I

02:27PM  6     DON'T USE IT EVERY DAY, SO I'M NOT FAMILIAR WITH SOME

02:27PM  7     VOCABULARY.

02:27PM  8          MR. COOPERSMITH:  OKAY.  THANK YOU.

02:27PM  9          PROSPECTIVE JUROR:  I'M JUST AFRAID I'LL BE ASKING

02:27PM 10     EVERYBODY WHAT DID HE SAY?  WHAT DOES IT MEAN?  IT'S

02:27PM 11     FRUSTRATING FOR ME.

02:27PM 12          MR. COOPERSMITH:  HAS THAT SORT OF THING HAPPENED IN

02:27PM 13     OTHER PARTS OF YOUR LIFE WHERE YOU'VE HAD TROUBLE?

02:27PM 14          PROSPECTIVE JUROR:  YES, YES.  SOMETIMES I ASK MY

02:27PM 15     HUSBAND WHAT DID HE SAY IN THE MOVIE, FOR EXAMPLE, BECAUSE

02:27PM 16     THERE'S VOCABULARY I DON'T UNDERSTAND, I'M GOING TO BE HONEST

02:27PM 17     ABOUT IT.

02:27PM 18          MR. COOPERSMITH:  SO, FOR EXAMPLE, WHEN YOU'RE

02:27PM 19     WATCHING A MOVIE --

02:27PM 20          PROSPECTIVE JUROR:  I DON'T UNDERSTAND SOME PARTS OF

02:27PM 21     THE MOVIE, ESPECIALLY POLITICAL MOVIES, FOR EXAMPLE, WHEN THEY

02:27PM 22     TALK ABOUT FINANCES.  I HAVE DIFFICULTIES WITH THIS.

02:27PM 23          MR. COOPERSMITH:  DO YOU HAVE ANY EXAMPLES OF A

02:27PM 24     MOVIE THAT YOU HAD TROUBLE FOLLOWING?

02:27PM 25          PROSPECTIVE JUROR:  NOT REALLY.

02:27PM   1                    MR. COOPERSMITH:  OKAY.

02:27PM   2                    PROSPECTIVE JUROR:  BECAUSE IT'S NOT A POLITICAL

02:28PM   3    SITUATION OR FINANCES.  IT JUST RANDOMLY HAPPENS.

02:28PM   4                    MR. COOPERSMITH:  OKAY.  THANK YOU.

02:28PM   5         I GUESS YOU COULD HAND IT TO JUROR NUMBER 31.  THANK YOU,

02:28PM   6    SIR.

02:28PM   7                    PROSPECTIVE JUROR:  MY CONCERN ALSO IS THAT I'M NOT

02:28PM   8    REALLY UP TO -- I DON'T HAVE A WORD THAT IS RIGHT, AND I'M ALSO

02:28PM   9    NOT THAT SMART.  I DON'T KNOW A LOT OF BIG WORDS, AND I NEED A

02:28PM  10    LOT OF DESCRIPTION, TOO.  I NEED TO ALWAYS BE ASKING PEOPLE

02:28PM  11    WHAT DOES THAT MEAN.

02:28PM  12         I'M LEARNING TO BE A CONTRACTOR, AND I'M CONSTANTLY ASKING

02:28PM  13    MY BOSS ALL OF THE TIME, "WHAT IS THAT WORD?"  WHAT DOES THIS

02:28PM  14    BIG WORD MEAN WHEN WE'RE LOOKING AT LIKE BUILDING PLANS.

02:28PM  15         SO WHENEVER I SEE BIG WORDS, I ALWAYS GET NERVOUS AND SHUT

02:28PM  16    DOWN SOMETIMES, TOO.

02:28PM  17                    MR. COOPERSMITH:  OKAY.  AND HAS THAT HAPPENED IN

02:28PM  18    OTHER PARTS OF YOUR LIFE WHERE YOU HAVE HAD THAT EXPERIENCE?

02:28PM  19                    PROSPECTIVE JUROR:  YES, SIR.

02:28PM  20                    MR. COOPERSMITH:  CAN YOU GIVE US AN EXAMPLE.

02:28PM  21                    PROSPECTIVE JUROR:  A LOT IN SCHOOL, DEFINITELY IN

02:28PM  22    SCHOOL.  AND I HAD A LOT OF ISSUES IN SCHOOL.  AND GOING OUT

02:28PM  23    AND FIGURING WHAT I WANT TO DO WITH JOBS, AND THERE'S A LOT OF

02:28PM  24    DIFFERENT JOBS THAT I'VE TRIED HAVE BEEN OUT OF MY LEAGUE, I

02:28PM  25    GUESS YOU COULD SAY, OF KNOWLEDGE.  AND SO NOW THAT I'M

02:29PM 1    GETTING -- IF I GET INTO SOMETHING LIKE THIS, I FEEL WHEN

02:29PM 2    THEY'RE TALKING, I'M NOT GOING TO UNDERSTAND, AND I'M NOT GOING

02:29PM 3    TO ASK THE PERSON NEXT TO ME WHAT DID THEY MEAN, AND I'M NOT

02:29PM 4    GOING TO RAISE MY HAND AND ASK WHAT DID THEY MEAN BECAUSE I

02:29PM 5    WON'T ASK ANYBODY THAT ON LIKE A ONE-ON-ONE BASIS BECAUSE I

02:29PM 6    DON'T LIKE TALKING TO PEOPLE LIKE THAT.

02:29PM 7            MR. COOPERSMITH:  OKAY.  THANK YOU, SIR.

02:29PM 8        WERE THERE OTHER HANDS?

02:29PM 9        OKAY.  I SEE NO OTHER HANDS.

02:30PM 10        (PAUSE IN PROCEEDINGS.)

02:30PM 11            MR. COOPERSMITH:  OKAY.  JUROR NUMBER 34 -- AND I'M

02:30PM 12    SORRY TO ADDRESS YOU BY YOUR NUMBER, BUT THAT'S THE PROTOCOL

02:30PM 13    TODAY.  I'M SORRY FOR THAT.  I KNOW YOU HAVE A NAME.

02:30PM 14        SO MY QUESTION TO YOU, SIR, IS THAT IT LOOKS LIKE YOU'VE

02:30PM 15    HAD SOME EXPOSURE TO MEDIA ABOUT THE THERANOS CASE; IS THAT

02:30PM 16    CORRECT?

02:30PM 17            PROSPECTIVE JUROR:  THAT'S CORRECT.

02:30PM 18            MR. COOPERSMITH:  AND SORT OF WHAT?  HAVE YOU SORT

02:30PM 19    OF FOLLOWED THE CASE OR LOOSELY FOLLOWED THE CASE?  HOW WOULD

02:30PM 20    YOU DESCRIBE THAT.

02:30PM 21            PROSPECTIVE JUROR:  I WOULD SAY LOOSELY.  YOU KNOW,

02:30PM 22    WHATEVER DOCUMENTARY, LIKE "20/20" THAT CAME OUT A WHILE AGO, I

02:30PM 23    PROBABLY FOLLOWED THAT.  I DIDN'T WATCH THE MOVIE THAT I ALMOST

02:30PM 24    MENTIONED EARLIER, BUT GENERALLY I FOLLOWED THE CASE JUST

02:30PM 25    BECAUSE THE TOPIC IS SOMEWHAT NEAR AND DEAR TO ME AND -- I HAVE

02:31PM 1    A MEDICAL CONDITION THAT I TAKE BLOOD TESTS ALL OF THE TIME.

02:31PM 2              THE COURT:  MR. COOPERSMITH, GIVE HIM THE

02:31PM 3    MICROPHONE.

02:31PM 4              MR. COOPERSMITH:  I'M HOGGING THE MICROPHONE, YES,

02:31PM 5    YOUR HONOR.

02:31PM 6              PROSPECTIVE JUROR:  SHOULD I START OVER?

02:31PM 7              MR. COOPERSMITH:  YES, SIR.

02:31PM 8              PROSPECTIVE JUROR:  I COULD SAY THAT I LOOSELY

02:31PM 9    FOLLOWED.  I MEAN, I SAW SOME OF THE DOCUMENTARIES THAT CAME

02:31PM 10   OUT LONG AGO, YOU KNOW, ABOUT THE THERANOS CASE, AND I WAS

02:31PM 11   SAYING THAT, LIKE, PART OF IT WAS JUST BECAUSE I'M -- I'VE GOT

02:31PM 12   A MEDICAL CONDITION WHERE I DO DO BLOOD TESTS AND SO IT WAS

02:31PM 13   KIND OF INTERESTING TO ME JUST AS A SUBJECT MATTER, AND THAT'S

02:31PM 14   WHERE I KIND OF FOLLOWED.

02:31PM 15       I WASN'T LIKE COMPLETELY INVESTED IN ANY OF THE CASE

02:31PM 16   SPECIFICS OR ANYTHING LIKE THAT.

02:31PM 17             MR. COOPERSMITH:  OKAY.  THANK YOU, SIR.

02:31PM 18       AND BY THE WAY, IT'S NOT THE FIRST TIME IN MY CAREER WHERE

02:31PM 19   I'VE BEEN ACCUSED OF HOGGING THE MICROPHONE.

02:31PM 20       (LAUGHTER.)

02:31PM 21             MR. COOPERSMITH:  BUT WOULD YOU SAY THAT BASED ON

02:32PM 22   WHAT YOU'VE SEEN IN MEDIA REPORTS THAT YOU FORMED A PARTICULAR

02:32PM 23   VIEW ABOUT THE CASE?

02:32PM 24       AND WITHOUT TELLING ME WHAT THAT IS.

02:32PM 25             PROSPECTIVE JUROR:  YEAH.  I WOULD SAY IN TERMS OF

02:32PM 1    FORMING AN OPINION ABOUT THE CASE ITSELF, PROBABLY NOT.

02:32PM 2        I WOULD SAY -- MAYBE ONE OF THE OTHER JURORS MENTIONED IT,

02:32PM 3    JUST KIND OF LIKE SILICON VALLEY STARTUPS AND THE PROMISES THAT

02:32PM 4    WERE MADE AND PROMISES BROKEN, THINGS LIKE THAT.  LIKE JUST

02:32PM 5    KIND OF HEARING WHAT IS IN THE MEDIA ABOUT IT REENFORCED THAT

02:32PM 6    WHOLE US VERSUS THEM, YOU KNOW, LIKE CORPORATE VERSUS US NORMAL

02:32PM 7    PEOPLE SORT OF THING IN MYSELF, BUT I WOULDN'T SAY ANY OF THOSE

02:32PM 8    MEDIA OR DOCUMENTARIES SWAYED ME IN ONE WAY OR THE OTHER.

02:32PM 9        MR. COOPERSMITH:  OKAY.  THANK YOU.

02:32PM 10       HAVE YOU HAD CONVERSATIONS WITH FAMILY AND FRIENDS ABOUT

02:32PM 11   THERANOS AS A TOPIC?

02:32PM 12       PROSPECTIVE JUROR:  NOT SO MUCH.  I MEAN, MY WIFE

02:32PM 13   AND I TALK ABOUT, YOU KNOW, ABOUT THE FACT THAT THE BLOOD TESTS

02:33PM 14   THAT I TAKE COULD HAVE BEEN A REALLY AWESOME THING AND STUFF

02:33PM 15   LIKE THAT, BUT I DON'T THINK WE DISCUSSED IT SUPER DEEPLY.

02:33PM 16       MR. COOPERSMITH:  OKAY.  IN YOUR QUESTIONNAIRE THAT

02:33PM 17   WE READ, AND THANK YOU FOR FILLING IT OUT, ON QUESTION 39, YOU

02:33PM 18   TALKED ABOUT THAT YOU WERE UNSURE ABOUT YOUR ABILITY TO BE

02:33PM 19   IMPARTIAL.

02:33PM 20       DO YOU RECALL THAT, SIR?

02:33PM 21       PROSPECTIVE JUROR:  I THINK I DO.  I THINK I DO.  IF

02:33PM 22   YOU COULD REMIND ME OF THE EXACT QUESTION.  I THINK IT HAD TO

02:33PM 23   DO WITH LIKE WHETHER I COULD -- I FORGET.  IF YOU COULD -- I DO

02:33PM 24   REMEMBER THE ANSWER, I JUST DON'T REMEMBER THE EXACT QUESTION.

02:33PM 25       MR. COOPERSMITH:  YES, SIR.

02:33PM   1          THE QUESTION IN GENERAL HAD TO DO WITH WHETHER -- I CAN

02:34PM   2     TELL YOU EXACTLY.  HOLD ON.

02:34PM   3          QUESTION 39.

02:34PM   4              PROSPECTIVE JUROR:  YEAH.  AND I ASK BECAUSE I KNOW

02:34PM   5     I WROTE KIND OF A DESCRIPTOR AFTER I CHECKED OFF "I DON'T

02:34PM   6     KNOW."

02:34PM   7              MR. COOPERSMITH:  YES.  OF COURSE.

02:34PM   8              PROSPECTIVE JUROR:  YEAH.

02:34PM   9              MR. COOPERSMITH:  "QUESTION 39.  WILL ANYTHING THAT

02:34PM  10     YOU DESCRIBED ABOVE AFFECT YOUR ABILITY TO BE FAIR AND

02:34PM  11     IMPARTIAL TO THE GOVERNMENT AND MR. BALWANI IN THIS CASE?"

02:34PM  12          AND YOU CHECKED "YES."

02:34PM  13          AND MY QUESTION TO YOU IS --

02:34PM  14              THE COURT:  I'M SORRY, 39?

02:34PM  15              MR. COOPERSMITH:  YES, QUESTION 39.

02:34PM  16              THE COURT:  AND WHAT DID HE CHECK?  --

02:34PM  17              MR. COOPERSMITH:  I BELIEVE HE CHECKED HE WAS

02:34PM  18     UNSURE.

02:34PM  19              PROSPECTIVE JUROR:  YEAH, IT WAS DEFINITELY UNSURE.

02:34PM  20     I DON'T KNOW.  I DON'T RECALL THE EXACT ANSWER, BUT I'M PRETTY

02:34PM  21     SURE IT WAS EITHER UNSURE OR I DON'T KNOW.

02:35PM  22              MR. COOPERSMITH:  OKAY.  COULD YOU GIVE US A LITTLE

02:35PM  23     MORE DETAIL AS TO WHY YOU WERE UNSURE ABOUT YOUR ABILITY TO BE

02:35PM  24     IMPARTIAL IF THAT'S TRUE?

02:35PM  25              PROSPECTIVE JUROR:  I THINK AT THE TIME I WAS

02:35PM  1    ANSWERING THE QUESTIONNAIRE IT WAS ABOUT HOW WE WERE BOMBARDED

02:35PM  2    NOT JUST BY MEDIA BUT ABOUT HOW CORPORATIONS KIND OF TAKE

02:35PM  3    ADVANTAGE OF PEOPLE AND THINGS LIKE THAT.

02:35PM  4         AND I THINK THAT IN ANSWERING THAT QUESTION AS HONESTLY AS

02:35PM  5    I COULD, I FELT LIKE THERE WAS A PART OF ME THAT IS AFFECTED BY

02:35PM  6    JUST THE GENERAL, YOU KNOW, INFORMATION THAT IS OUT THERE ABOUT

02:35PM  7    HOW CORPORATE STRUCTURES AND THINGS LIKE THAT WORK AND NOT

02:35PM  8    ALWAYS TO THE ADVANTAGE OF US, LIKE, NORMAL PEOPLE.

02:35PM  9         SO I GUESS THAT'S WHY I ANSWERED THE WAY THAT I DID.

02:35PM  10            MR. COOPERSMITH:  AND DO YOU PUT THERANOS IN THAT

02:35PM  11   CATEGORY OF CORPORATIONS THAT YOU HAVE CERTAIN VIEWS ABOUT?

02:35PM  12            PROSPECTIVE JUROR:  I MEAN, NOT SPECIFICALLY, BUT I

02:35PM  13   THINK -- AGAIN, GOING BACK TO LIKE THE WHOLE BLOOD TESTING SORT

02:36PM  14   OF GENRE KNOWING THAT IT COULD HAVE BEEN VERY HELPFUL TO ME AND

02:36PM  15   FINDING OUT LIKE THE THINGS THAT CAME OUT IN THE MEDIA, I FELT

02:36PM  16   NOT BETRAYED BECAUSE I DIDN'T HAVE ANY SKIN IN THE GAME IN IT,

02:36PM  17   BUT I FELT LIKE THERE GOES ANOTHER CORPORATION NOT MAKING GOOD

02:36PM  18   ON THEIR WORD SORT OF THING.

02:36PM  19        I MEAN, THAT'S JUST THE OPINION SORT OF FEELING.

02:36PM  20            MR. COOPERSMITH:  AND DO YOU THINK THAT -- I

02:36PM  21   UNDERSTAND JUDGE DAVILA HAS TOLD YOU, CORRECTLY, OF COURSE,

02:36PM  22   THAT YOU HAVE TO PUT ALL OF THAT OUT OF YOUR MIND AND FOLLOW

02:36PM  23   OVER THE EVIDENCE IN THE CASE.

02:36PM  24        DO YOU UNDERSTAND THAT?

02:36PM  25            PROSPECTIVE JUROR:  YEAH, ABSOLUTELY.

02:36PM 1        MR. COOPERSMITH:  AND DO YOU THINK THAT THAT WOULD

02:36PM 2  BE DIFFICULT GIVEN WHAT YOU HAVE ALREADY READ AND THOUGHT

02:36PM 3  ABOUT, YOU KNOW, WITH REGARD TO THERANOS AND CORPORATIONS IN

02:36PM 4  SILICON VALLEY AND ELSEWHERE.

02:36PM 5        PROSPECTIVE JUROR:  I MEAN, I THINK LIKE GIVEN

02:36PM 6  INSTRUCTIONS AND KNOWING THAT I HAVE A SPECIFIC PURPOSE, I

02:36PM 7  DON'T SEE A PROBLEM WITH LIKE TRYING TO MAKE THAT DECISION.

02:37PM 8     AND THEN WE TALKED ABOUT IT EARLIER, THERE'S ALWAYS THAT

02:37PM 9  UNDERTONE OR OVERTONE OF THINGS THAT YOU KNOW OR FEEL, BUT I

02:37PM 10  THINK PRESENTED WITH THE EVIDENCE AND IF IT WAS REAL AND

02:37PM 11  FACTUAL, THAT, YEAH, I COULD SEE MYSELF MAKING FAIR ASSESSMENTS

02:37PM 12  REGARDLESS OF MY GENERAL THOUGHTS.

02:37PM 13        MR. COOPERSMITH:  THANK YOU.  AND DO YOU FEEL THAT

02:37PM 14  WE AS THE DEFENSE WOULD HAVE TO PRODUCE EVIDENCE TO CONVINCE

02:37PM 15  YOU OF THINGS THAT YOU OTHERWISE BELIEVE FROM YOUR PRIOR

02:37PM 16  KNOWLEDGE OF THE CASE?

02:37PM 17        PROSPECTIVE JUROR:  I GUESS I WOULD SAY PROBABLY

02:37PM 18  JUST BECAUSE -- PROBABLY A LOT OF PEOPLE HERE, MOST OF THEIR

02:37PM 19  EXPOSURE TO THE COURTROOM IS IN DRAMA SHOWS AND LIKE IT'S LIKE

02:37PM 20  THIS EXPECTATION THAT THERE'S LIKE A TWO-WAY SORT OF

02:37PM 21  CONVERSATION BETWEEN THE ACCUSER AND THE DEFENDANT.

02:38PM 22     SO IN THAT WAY I WOULD JUST KIND OF NATURALLY EXPECT THAT

02:38PM 23  THE DEFENSE WOULD TRY TO PROVIDE SOME OF THAT EVIDENCE, BUT,

02:38PM 24  AGAIN, THIS IS ALL BASED ON COURTROOM T.V.

02:38PM 25        MR. COOPERSMITH:  RIGHT.  THANK YOU.

02:38PM 1        AND IF WE DID NOT PRODUCE ANY EVIDENCE AT ALL AND NEVER

02:38PM 2   PUT ON A CASE, WOULD THAT MAKE YOU BELIEVE THAT IT'S MORE

02:38PM 3   LIKELY THAT MR. BALWANI IS GUILTY, JUST THAT FACTOR ALONE?

02:38PM 4        PROSPECTIVE JUROR:  I WOULD NOT SAY THAT NO EVIDENCE

02:38PM 5   WOULD EQUAL LIKE GUILT.  IT WOULD HAVE TO DEPEND ON WHETHER THE

02:38PM 6   GOVERNMENT PROVIDED THE ADEQUATE EVIDENCE TO HELP ME WITH MY

02:38PM 7   DECISION; RIGHT?

02:38PM 8        MR. COOPERSMITH:  OKAY.  THANK YOU.

02:39PM 9        JUROR NUMBER 45.

02:39PM 10       SO THE FIRST QUESTION I WANTED TO ASK YOU, SIR, YOU

02:39PM 11  MENTIONED BEFORE THAT YOU WROTE TO OR CONTACTED THE UKRANIAN

02:39PM 12  EMBASSY AND YOU OFFERED TO GO TO FIGHT ON BEHALF OF THE

02:39PM 13  UKRANIANS.

02:39PM 14       PROSPECTIVE JUROR:  YES, SIR.  IT WOULD BE VERY

02:39PM 15  STRANGE IF I FOUGHT ON THE SIDE OF RUSSIANS.

02:39PM 16       MR. COOPERSMITH:  YES, SIR.

02:39PM 17       AND IS THAT SOMETHING THAT YOU THINK IS GOING TO HAPPEN OR

02:39PM 18  IT'S SOMETHING THAT YOU HOPE TO DO, OR DO YOU HAVE ANY REASON

02:39PM 19  TO THINK THAT YOU WOULD BE ACCEPTED FOR THAT PROGRAM OR

02:40PM 20  WHATEVER IT TAKES TO GO THERE?

02:40PM 21       PROSPECTIVE JUROR:  SO THE UKRAINIAN GOVERNMENT PUT

02:40PM 22  OUT THE CALL FOR FOREIGN VOLUNTEERS, AND I FOLLOWED ALL OF THE

02:40PM 23  INSTRUCTIONS PROVIDED BY UKRANIAN JOURNALISTS AND THE

02:40PM 24  GOVERNMENT ITSELF.

02:40PM 25       THAT BEING SAID, I'VE CALLED THE CONSULATE AND THE

02:40PM  1    EMBASSY, AND I HAVE NOT HEARD ANYTHING BACK FROM THEM.  THAT

02:40PM  2    WAS ABOUT A WEEK AGO.  SO I DON'T KNOW IF I'M GOING TO BE

02:40PM  3    CALLED OR NOT.

02:40PM  4            MR. COOPERSMITH:  AND DO YOU KNOW OF OTHER PEOPLE

02:40PM  5    YOU'RE AWARE OF WHO HAVE BEEN CALLED AFTER GOING THROUGH A

02:40PM  6    SIMILAR PROCESS THAT YOU HAVE?

02:40PM  7            PROSPECTIVE JUROR:  I'VE READ ABOUT THEM, YES.

02:40PM  8            MR. COOPERSMITH:  OKAY.  AND IF THAT HAPPENED, WHEN

02:40PM  9    WOULD YOU HAVE TO LEAVE?

02:40PM  10           PROSPECTIVE JUROR:  I HAVE NO IDEA.

02:40PM  11           MR. COOPERSMITH:  OKAY.  THANK YOU.

02:40PM  12       I ALSO WANTED TO ASK YOU ABOUT YOUR EXPOSURE TO THE

02:40PM  13   THERANOS CASE IN THE MEDIA, AND I THINK YOU SAID IN YOUR

02:40PM  14   QUESTIONNAIRE YOU LOOKED AT SOME INTERNET MEDIA AND ALSO SOME

02:40PM  15   COMMENTARY; IS THAT RIGHT?

02:40PM  16           PROSPECTIVE JUROR:  YES.

02:40PM  17           MR. COOPERSMITH:  DO YOU REMEMBER WHAT MEDIA IT WAS

02:40PM  18   AND WHAT COMMENTARY IT WAS?

02:41PM  19           PROSPECTIVE JUROR:  YES.  IT WAS MOSTLY SPURRED BY A

02:41PM  20   COMEDY PODCAST THAT I LISTENED TO, AND THEN I DID A LITTLE BIT

02:41PM  21   OF LOOKING THROUGH THE HEADLINES MYSELF AND JUST GETTING MORE

02:41PM  22   FAMILIAR WITH THE CASE.

02:41PM  23           MR. COOPERSMITH:  HOW MUCH HAVE YOU DONE?  A LOT?  A

02:41PM  24   LITTLE?  HOW WOULD YOU CHARACTERIZE THAT?

02:41PM  25           PROSPECTIVE JUROR:  THIS WAS A FEW YEARS AGO, SO MY

02:41PM  1    MEMORY IS A LITTLE BIT HAZY, BUT I REMEMBER HEARING ABOUT IT,

02:41PM  2    LOOKING INTO IT A BIT, BUT NOT DEDICATING MORE THAN, SAY, HALF

02:41PM  3    AN HOUR TO AN HOUR TO IT.

02:41PM  4         SO I DIDN'T GET SUPER DEEP INTO IT.

02:41PM  5              MR. COOPERSMITH:  AND BASED ON WHAT YOU DID REVIEW,

02:41PM  6    DID YOU FORM AN OPINION ABOUT THIS CASE, AND WITHOUT TELLING US

02:41PM  7    WHAT IT IS, DID YOU FORM AN OPINION?

02:41PM  8              PROSPECTIVE JUROR:  ABOUT THE ELIZABETH HOLMES CASE?

02:41PM  9              MR. COOPERSMITH:  YES.

02:41PM 10              PROSPECTIVE JUROR:  I DID FORM AN OPINION, BUT I

02:41PM 11    DON'T BELIEVE IT'S ONE THAT IS TERRIBLY RELEVANT TO THIS CASE

02:42PM 12    BECAUSE, AS I MENTIONED EARLIER, I BELIEVE MY ROLE AS A JUROR

02:42PM 13    IS TO LOOK AT THE EVIDENCE SOBERLY, AND AS THE JUDGE HAS

02:42PM 14    POINTED OUT, IT'S MY RESPONSIBILITY TO HAVE MY HAND HOVERING

02:42PM 15    OVER THE INNOCENT BUTTON UNTIL THE PROSECUTION CONVINCES ME TO

02:42PM 16    MOVE MY HAND OVER TO THE GUILTY BUTTON, AND THEN DROP IT DOWN.

02:42PM 17              MR. COOPERSMITH:  THANK YOU.

02:42PM 18         ONE OTHER THING JUST TO FINISH THIS OUT, SIR.  YOU TALKED

02:42PM 19    ABOUT, I THINK WHEN JUDGE DAVILA WAS ASKING YOU QUESTIONS -- I

02:42PM 20    JUST WANT TO GET THIS EXACTLY RIGHT.  YES.

02:43PM 21         YOU SAID YOU WERE SKEPTICAL OF SILICON VALLEY STARTUP

02:43PM 22    CULTURE; IS THAT RIGHT?

02:43PM 23              PROSPECTIVE JUROR:  YES.

02:43PM 24              MR. COOPERSMITH:  AND DO YOU HAVE SOME EXPERIENCE

02:43PM 25    THAT MAKES YOU SKEPTICAL IN THAT WAY?

02:43PM 1          PROSPECTIVE JUROR:  I HAVE A VERY LIMITED AMOUNT OF

02:43PM 2    PERSONAL EXPERIENCE WITH SILICON VALLEY STARTUPS.  I DID WORK

02:43PM 3    FOR A NASCENT GAME DEVELOPMENT COMPANY A LITTLE BIT, AND MY

02:43PM 4    EXPERIENCE WAS THERE WAS NOT GREAT, BUT THAT'S JUST THE NATURE

02:43PM 5    OF HAVING AN ENTRY LEVEL JOB, OFTEN YOUR BOSSES ARE NOT GREAT

02:43PM 6    TO YOU.

02:43PM 7          I'D SAY THAT MOST OF MY SKEPTICISM IS BORNE OUT FROM JUST

02:43PM 8    WHAT I'VE READ AND SEEN IN THE NEWS OR JUST TAKING A PEEK AT

02:43PM 9    INFORMATION FOR MYSELF BASED ON LIKE JOURNALISTS THAT I THINK

02:44PM 10   ARE PRETTY LEGITIMATE.

02:44PM 11          MR. COOPERSMITH:  THANK YOU.  AND I THINK I HEARD

02:44PM 12   YOU SAY IT CORRECTLY WHEN JUDGE DAVILA ASKED YOU THE QUESTION

02:44PM 13   YOU THOUGHT IT MIGHT BE FUNNY WHEN A SILICON VALLEY COMPANY

02:44PM 14   FAILED.

02:44PM 15          DO YOU REMEMBER SAYING THAT?

02:44PM 16          PROSPECTIVE JUROR:  OH, YES, ABSOLUTELY.  I MEAN ONE

02:44PM 17   OF THE CORNERSTONES OF COMEDY IS WATCHING A POWERFUL PERSON

02:44PM 18   TRIP AND FALL ON A BANANA PEEL.  SO I WOULD BE DISHONEST IF I

02:44PM 19   SAID THAT I DON'T FIND IT KIND OF HUMOROUS WHEN PEOPLE WHO KIND

02:44PM 20   OF USUALLY SEEN AS PILLARS OF ECONOMIC OR POLITICAL POWER GET

02:44PM 21   CAUGHT WITH THEIR TROUSERS DOWN EVERY ONCE IN A WHILE.

02:44PM 22          MR. COOPERSMITH:  AND I UNDERSTAND THE COMEDY POINT,

02:44PM 23   SO THANK YOU.

02:44PM 24          I JUST WONDER, THOUGH, IF THAT VIEW WOULD COLOR YOUR VIEW

02:44PM 25   OF THIS CASE?

02:44PM   1        IN OTHER WORDS, WOULD IT BE SOMEHOW, YOU KNOW, PLEASING TO

02:45PM   2   YOU TO SEE LIKE A GUILTY VERDICT IN THIS CASE BECAUSE THAT

02:45PM   3   MIGHT BE AN EXAMPLE OF SOMEONE SLIPPING ON A BANANA PEEL, FOR

02:45PM   4   LACK OF A BETTER WORD?

02:45PM   5            PROSPECTIVE JUROR:  I COULD SEE WHERE THAT CONCERN

02:45PM   6   WOULD COME FROM, HOWEVER, I DON'T BELIEVE THAT THAT WOULD BE

02:45PM   7   PARTICULARLY TICKLING TO ME IN THIS CASE BECAUSE THE

02:45PM   8   DEFENDANT -- WELL, I DON'T KNOW WHAT THE OUTCOME OF A VERDICT

02:45PM   9   WOULD BE, BUT I KNOW THAT DRESSING DOWN THE DEFENDANT, SO TO

02:45PM  10   SPEAK, WITH A GUILTY VERDICT JUST FOR THE SAKE OF A CHEAP LAUGH

02:45PM  11   WOULD NOT BE APPROPRIATE, BECAUSE AS I SAID BEFORE, MY ROLE AS

02:45PM  12   A JUROR IS TO ASSESS THE EVIDENCE AND PRODUCE A VERDICT THAT I

02:45PM  13   THINK IS CORRECT.

02:45PM  14            MR. COOPERSMITH:  THANK YOU, SIR.  IF YOU COULD HAND

02:45PM  15   THE MICROPHONE OVER --

02:45PM  16            THE COURT:  EXCUSE ME.  MAY I ASK A QUESTION BEFORE

02:45PM  17   JUROR 45 LEAVES?

02:45PM  18       I WAS CURIOUS ABOUT A RESPONSE TO QUESTION 29.  I'M

02:45PM  19   CURIOUS, SIR, COULD YOU TELL US WHAT A TABLETOP RPG IS?

02:46PM  20            PROSPECTIVE JUROR:  SO HAVE YOU HEARD OF DUNGEONS

02:46PM  21   AND DRAGONS?

02:46PM  22            THE COURT:  OH, I SEE, IT'S A REFERENCE TO THAT.

02:46PM  23            PROSPECTIVE JUROR:  YES, IT IS.

02:46PM  24            THE COURT:  OKAY.  THAT ANSWERS MY QUESTION.  I'M

02:46PM  25   SORRY, MR. COOPERSMITH.

02:46PM 1          MR. COOPERSMITH:  NO PROBLEM AT ALL, YOUR HONOR.

02:46PM 2      COULD YOU HAND THE MICROPHONE OVER TO JUROR 50 WHO IS

02:46PM 3  SEATED AGAINST THE WALL, I BELIEVE.

02:46PM 4      THE FIRST THING I WANTED TO ASK YOU, AND I'M SORRY, I

02:46PM 5  CALLED YOU JUROR 50.  YOU TALKED THIS MORNING EARLIER ABOUT

02:46PM 6  HAVING BACK PAIN, AND I'M SORRY YOU'RE GOING THROUGH THAT.  AND

02:46PM 7  I THOUGHT THERE MIGHT BE A CHANCE WHERE THE PROBLEM ROSE TO THE

02:46PM 8  LEVEL WHERE YOU WERE UNCOMFORTABLE.  I JUST WANT TO MAKE SURE

02:46PM 9  YOU WERE AS COMFORTABLE AS POSSIBLE.

02:46PM 10     IF YOU ARE SEATED AS A JUROR IN THIS CASE, HOW CONCERNED

02:46PM 11 ARE YOU THAT YOU WOULD HAVE AN ISSUE WITH YOUR BACK OR

02:46PM 12 SOMETHING ELSE THAT, YOU KNOW, WOULD CAUSE YOU TO HAVE TO MISS

02:47PM 13 TIME OR HAVE SOME OTHER DISCOMFORT?

02:47PM 14         PROSPECTIVE JUROR:  AT THIS POINT VERY BECAUSE THE

02:47PM 15 PAIN IS VERY BAD RIGHT NOW SO --

02:47PM 16         MR. COOPERSMITH:  EVEN AS YOU SIT HERE RIGHT NOW?

02:47PM 17         PROSPECTIVE JUROR:  YES.

02:47PM 18         MR. COOPERSMITH:  I'M REALLY SORRY TO HEAR THAT.

02:47PM 19         PROSPECTIVE JUROR:  YES.

02:47PM 20         MR. COOPERSMITH:  AND I DON'T WANT TO PRY INTO YOUR

02:47PM 21 PERSONAL MEDICAL SITUATION, BUT TO THE EXTENT THAT YOU CAN TELL

02:47PM 22 ME, DO YOUR DOCTORS HAVE ANY GOOD NEWS FOR YOU THAT MAYBE THIS

02:47PM 23 PAIN WILL SUBSIDE OR BE MANAGEABLE OVER THE COURSE OF THE NEXT

02:47PM 24 FEW MONTHS AT LEAST?

02:47PM 25         PROSPECTIVE JUROR:  BECAUSE IT'S NOT BASED ON A

02:47PM 1    PHYSICAL INJURY, THEY DON'T REALLY KNOW.  IT'S PROBABLY

02:47PM 2    AGGRAVATED BY SITTING A LOT, AND MY JOB REQUIRES ME TO SIT A

02:47PM 3    LOT.  SO SOMETIMES IF I'M NOT CAREFUL, THAT ENDS UP HAPPENING

02:47PM 4    WHERE I COULD SIT FOR HOURS AND THAT IS VERY AGGRAVATING.

02:47PM 5         MR. COOPERSMITH:  I SEE.

02:47PM 6         AS YOU'RE SITTING HERE, YOU KNOW, AND I'M SORRY,

02:47PM 7    EXPERIENCING PAIN APPARENTLY, DO YOU FIND IT HARD TO FOCUS ON

02:48PM 8    WHAT IS GOING ON AROUND YOU OR IS THAT NOT A PROBLEM FOR YOU?

02:48PM 9         PROSPECTIVE JUROR:  NO, IT'S BECOMING WORSE AND

02:48PM 10   WORSE AS MY MEDICATION IS WEARING OFF.

02:48PM 11        MR. COOPERSMITH:  OKAY.  AND HOW ABOUT TODAY?

02:48PM 12   OBVIOUSLY THERE'S BEEN QUESTIONS AND THERE'S BEEN PROCEEDINGS,

02:48PM 13   AND YOU'VE BEEN HERE, HAS IT BEEN DIFFICULT FOR YOU TO FOLLOW

02:48PM 14   OR FOCUS BECAUSE OF THE PAIN THAT YOU'RE EXPERIENCING?

02:48PM 15        PROSPECTIVE JUROR:  I WOULD SAY SO A LITTLE BIT.

02:48PM 16        MR. COOPERSMITH:  OKAY.  AGAIN, I'M VERY SORRY TO

02:48PM 17   HEAR THAT.  I DO HOPE IT GETS BETTER.

02:48PM 18        WITH -- TURNING TO A DIFFERENT SUBJECT, LOOKING AT YOUR

02:48PM 19   QUESTIONNAIRE, IT LOOKS LIKE YOU HAVE SOME STRONG OPINIONS OF

02:48PM 20   THE THERANOS CASE.

02:48PM 21        IS THAT A FAIR WAY TO PUT IT?

02:48PM 22        PROSPECTIVE JUROR:  I MEAN, BASED ON WHAT I'VE READ

02:48PM 23   AND WHAT I'VE HEARD.

02:48PM 24        THE COURT:  MR. COOPERSMITH, COULD I -- I'M SORRY.

02:48PM 25   COULD I INTERRUPT YOUR COLLOQUY FOR JUST A MOMENT, PLEASE?

02:48PM 1                    MR. COOPERSMITH:  ABSOLUTELY.

02:48PM 2                    THE COURT:  THANK YOU.  I WANT TO GO BACK TO THE

02:48PM 3        QUESTION ABOUT PAIN.

02:48PM 4                    MR. COOPERSMITH:  YES, YOUR HONOR.

02:48PM 5                    THE COURT:  THANK YOU.

02:48PM 6              AND JUROR NUMBER 50, YOU MENTIONED MEDICATION.  AND PARDON

02:49PM 7        ME FOR INTERRUPTING YOUR CONVERSATION.

02:49PM 8              YOU TAKE MEDICATION THEN DAILY, DO YOU?

02:49PM 9                    PROSPECTIVE JUROR:  YES.

02:49PM 10                   THE COURT:  AND THIS IS FOR PAIN?

02:49PM 11                   PROSPECTIVE JUROR:  YES, INFLAMMATION.

02:49PM 12                   THE COURT:  I SEE.  IT'S AN INFLAMMATION REDUCING

02:49PM 13       TYPE OF MEDICATION?

02:49PM 14                   PROSPECTIVE JUROR:  YES.

02:49PM 15                   THE COURT:  AND I'M HAPPY TO SPEAK WITH YOU

02:49PM 16       PRIVATELY IF YOU WOULD LIKE, IF YOU PREFER.  I'M NOT GOING TO

02:49PM 17       TRY TO INQUIRE ABOUT ANY PERSONAL INFORMATION, BUT IF YOU COULD

02:49PM 18       TELL US, WHEN YOU TAKE THE MEDICATION, DOES IT CAUSE YOU TO BE

02:49PM 19       LESS ATTENTIVE, SHALL WE SAY?  DOES IT IN ANY WAY LESSEN YOUR

02:49PM 20       ABILITY TO UNDERSTAND INDIVIDUALS WHEN THEY SPEAK?  DOES IT

02:49PM 21       AFFECT ANY OF THOSE COGNITIVE TYPE OF ISSUES.

02:49PM 22                   PROSPECTIVE JUROR:  THE PAIN MEDICATION DOES NOT,

02:49PM 23       NO.

02:49PM 24                   THE COURT:  I SEE.  DOES IT, DOES IT CAUSE YOU IN

02:49PM 25       ANY WAY TO NOT UNDERSTAND INDIVIDUALS WHEN THEY SPEAK,

02:49PM 1   COMMUNICATION, WRITING, THOSE TYPES OF THINGS?

02:49PM 2                   PROSPECTIVE JUROR:  NO.

02:50PM 3            THE COURT:  OKAY.  BUT THE MEDICATION DOES ASSIST

02:50PM 4   YOU IN RELIEVING THE PAIN THAT YOU HAVE?

02:50PM 5                   PROSPECTIVE JUROR:  SOMEWHAT.

02:50PM 6            THE COURT:  NOT --

02:50PM 7                   PROSPECTIVE JUROR:  NO, NOT WHEN IT'S BAD.

02:50PM 8            THE COURT:  I SEE.  AND WHEN IT'S BAD, THAT'S

02:50PM 9   SOMETHING THAT IT SOUNDS LIKE IT'S NOT PREDICTABLE?

02:50PM 10                  PROSPECTIVE JUROR:  THAT'S CORRECT.

02:50PM 11           THE COURT:  IT FLARES UP I THINK YOU TOLD ME THIS

02:50PM 12  MORNING?

02:50PM 13                  PROSPECTIVE JUROR:  WELL, IT'S BEEN A COUPLE OF

02:50PM 14  WEEKS.  FLARE UP NOT DAY-TO-DAY BUT MORE LIKE A PERIOD OF TIME

02:50PM 15  WHERE IT COULD TAKE A WHILE TO GET BETTER AGAIN.

02:50PM 16           THE COURT:  I SEE.  AND YOU'RE IN ONE OF THOSE

02:50PM 17  PERIODS NOW, ARE YOU?

02:50PM 18                  PROSPECTIVE JUROR:  CORRECT.

02:50PM 19           THE COURT:  SO WHEN YOU HAVE -- WHEN YOU'RE IN THIS

02:50PM 20  PERIOD OF PAIN, MY SENSE IS THAT PAIN MANAGEMENT IS A CHALLENGE

02:50PM 21  FOR EVERYONE AND WHO HAS AN INJURY, I RESPECT THAT.

02:51PM 22      MY SENSE IS WHEN PAIN IS UPON US, WE ALL DEAL WITH IT IN

02:51PM 23  DIFFERENT WAYS.  BUT I'M CURIOUS, MA'AM, JUROR NUMBER 50, THAT

02:51PM 24  SITTING AS A JUROR IN THIS CASE FOR THE DURATION OF THE TIME

02:51PM 25  THAT IS ALLOTTED HERE, AND BASED ON YOUR MEDICAL HISTORY AND

02:51PM 1    MANAGEMENT OF THIS -- YOUR BACK ISSUE, IS THIS SOMETHING THAT

02:51PM 2    YOU, WITH SOME DEGREE OF CERTAINTY, CAN PREDICT IT'S GOING TO

02:51PM 3    REOCCUR DURING YOUR TIME AS A JUROR IF YOU'RE SEATED AS A

02:51PM 4    JUROR?  DO YOU THINK THAT?

02:51PM 5              PROSPECTIVE JUROR:  I MEAN, I THINK SO BECAUSE THE

02:51PM 6    REASON I THINK IT'S BEEN AGGRAVATED MORE BECAUSE I'VE BEEN

02:51PM 7    SITTING MORE, AND I'VE JUST STARTED A NEW JOB, AND IT'S

02:51PM 8    STRESSFUL SO I HAVE NOT BEEN TAKING MUCH CARE OF IT AND IT'S

02:51PM 9    DETERIORATED.

02:51PM 10             THE COURT:  I SEE.  YOU'RE SITTING IN THE HARD

02:51PM 11   SEATS, THE WOOD SEATS, AS OPPOSED TO THESE LOVELY LUXURIOUS

02:51PM 12   LEATHER SEATS WHERE YOUR COLLEAGUES ARE.

02:51PM 13        DO YOU THINK THAT MAKES A DIFFERENCE AS TO THE PAIN

02:51PM 14   MANAGEMENT?  HAVE YOU NOTICED THAT?

02:52PM 15             PROSPECTIVE JUROR:  LUCKILY I AM WORKING FROM HOME

02:52PM 16   AND I SWITCH POSITION EVERY TEN MINUTES SO I WILL LIE DOWN,

02:52PM 17   STAND UP, I WILL LIEN.  IT'S BEEN PARTICULARLY ROUGH.

02:52PM 18             THE COURT:  AND I SEE.  THAT'S WHAT HAPPENS WHEN YOU

02:52PM 19   HAVE THE AGGRAVATED PAIN?

02:52PM 20             PROSPECTIVE JUROR:  WHEN IT'S REALLY BAD.

02:52PM 21             THE COURT:  I SEE.  OKAY.  THANK YOU.

02:52PM 22        MR. COOPERSMITH, YOU CAN MOVE ON TO OTHER TOPICS OR OTHER

02:52PM 23   JURORS IF YOU WISH.

02:52PM 24             MR. COOPERSMITH:  JUROR NUMBER 52 IS OVER THERE.  IF

02:52PM 25   YOU COULD PASS THE MICROPHONE.

02:53PM 1          PROSPECTIVE JUROR:  GOOD AFTERNOON.

02:53PM 2          MR. COOPERSMITH:  GOOD AFTERNOON, SIR.  THANK YOU.

02:53PM 3     SO THE FIRST QUESTION I WANT TO ASK YOU, AND IF THERE'S

02:53PM 4  ANY REASON THAT YOU DON'T WANT TO DISCUSS THIS IN PUBLIC, THEN

02:53PM 5  YOU SHOULD SAY SO, OKAY?

02:53PM 6          PROSPECTIVE JUROR:  SURE.

02:53PM 7          MR. COOPERSMITH:  THERE WAS A QUESTION ON THE

02:53PM 8  QUESTIONNAIRE, AND I THINK THE JUDGE ASKED YOU, AND IT'S ABOUT

02:53PM 9  ANY PRIOR EXPERIENCE WITH THE CRIMINAL JUSTICE SYSTEM.

02:53PM 10    DO YOU RECALL THAT TYPE OF QUESTION?

02:53PM 11         PROSPECTIVE JUROR:  YES, I DO.

02:53PM 12         THE COURT:  OKAY.

02:53PM 13         MR. COOPERSMITH:  IS THERE ANYTHING THAT YOU WOULD

02:53PM 14 LIKE TO DISCUSS IN PRIVATE OR ANYTHING OF THAT NATURE THAT YOU

02:53PM 15 WOULDN'T BE COMFORTABLE TALKING ABOUT HERE IN PUBLIC?

02:53PM 16         PROSPECTIVE JUROR:  NO.  I CAN TALK ABOUT IT IN

02:53PM 17 PUBLIC.

02:53PM 18         MR. COOPERSMITH:  PLEASE GO AHEAD AND TELL ME ABOUT

02:53PM 19 YOUR EXPERIENCE.

02:53PM 20         PROSPECTIVE JUROR:  I MEAN, I HAVE BEEN ON THE

02:53PM 21 DEFENDANT'S SIDE OF THE LAW, AND SO I GUESS MY OPINION OF BEING

02:53PM 22 A DEFENDANT IS GENERALLY IF YOU'RE ACCUSED OR BEING INDICTED

02:53PM 23 FOR SOMETHING, IT'S GENERALLY YOU'RE GUILTY OF IT.

02:54PM 24    WHETHER OR NOT IT CAN BE PROVEN OR NOT IS A DIFFERENT

02:54PM 25 STORY.

02:54PM   1      SO BEING ON THE -- I HAVE BEEN ON THAT SIDE OF THE LAW

02:54PM   2   BEFORE WHEN I WAS YOUNGER AND IN MY YOUTH.  SO JUST GENERALLY,

02:54PM   3   IF YOU'RE BEING ACCUSED OF SOMETHING, IT'S GENERALLY BECAUSE

02:54PM   4   YOU'RE -- YOU DID SOMETHING WRONG, AGAIN, WHETHER YOU CAN PROVE

02:54PM   5   IT OR NOT.

02:54PM   6           MR. COOPERSMITH:  AND THAT COMES FROM YOUR PERSONAL

02:54PM   7   EXPERIENCE?  PROSPECTIVE JUROR:  CORRECT.

02:54PM   8           MR. COOPERSMITH:  AND IN YOUR CASE -- AND IT SOUNDS

02:54PM   9   LIKE IT WAS SOME TIME AGO?  PROSPECTIVE JUROR:  IT WAS.

02:54PM  10           MR. COOPERSMITH:  I'M SORRY PROSPECTIVE JUROR:  IT

02:54PM  11   WAS SOME TIME AGO.

02:54PM  12           MR. COOPERSMITH:  DID YOU GO TO TRIAL IN YOUR CASE

02:54PM  13   OR DID YOU ENTER A GUILTY PLEA, OR HOW DID IT WORK OUT?

02:54PM  14   PROSPECTIVE JUROR:  I DID GO TO TRIAL, AND I DID ENTER A PLEA.

02:54PM  15           MR. COOPERSMITH:  SO YOU DID ENTER A GUILTY PLEA?

02:54PM  16   PROSPECTIVE JUROR:  YES, OR NONE -- I'M SORRY, IT'S BEEN A LONG

02:54PM  17   TIME.

02:54PM  18           MR. COOPERSMITH:  JUST TO BE CLEAR, WAS THERE A JURY

02:54PM  19   THAT REACHED A VERDICT IN YOUR CASE?  PROSPECTIVE JUROR:  NO,

02:55PM  20   THERE WAS NO JURY, JUST A JUDGE.

02:55PM  21           MR. COOPERSMITH:  JUST A JUDGE.

02:55PM  22       AND WAS THERE A TRIAL WITH WITNESSES OR YOU COMING TO

02:55PM  23   COURT TO ACKNOWLEDGE WHAT YOU DID AND SO FORTH?  PROSPECTIVE

02:55PM  24   JUROR:  JUST COMING TO COURT AND ACKNOWLEDGE.

02:55PM  25           MR. COOPERSMITH:  OKAY.

02:55PM 1    SO FROM YOUR OWN PERSONAL EXPERIENCE YOU THINK PEOPLE

02:55PM 2    CHARGED WITH THE CRIME ARE MORE LIKELY GUILTY, OR HOW WOULD YOU

02:55PM 3    PUT THAT IN YOUR OWN WORDS?  PROSPECTIVE JUROR:  IT'S MORE

02:55PM 4    LIKELY THAT THEY ARE GUILTY OF THAT CRIME ONLY BECAUSE LIKE,

02:55PM 5    AGAIN, WHETHER OR NOT IT CAN BE PROVEN IS A DIFFERENT STORY AND

02:55PM 6    WHETHER THEY WERE -- IF THEY WERE PROVEN TO BE INNOCENT, BUT I

02:55PM 7    STILL THINK THAT IF SOMEONE HAS BEEN ARRESTED, ACCUSED,

02:55PM 8    INDICTED, THERE'S SOME GUILT IN THAT.

02:55PM 9         MR. COOPERSMITH:  AND WOULD YOU BE ABLE TO FOLLOW

02:55PM 10   THE JUDGE'S INSTRUCTIONS THAT THE DEFENDANT IS PRESUMED

02:55PM 11   INNOCENT UNTIL PROVEN GUILTY BEYOND A REASONABLE DOUBT, AND

02:55PM 12   THAT THE JURY DECIDES THAT AT THE CLOSE OF ALL OF THE EVIDENCE

02:56PM 13   IN THE CASE AND ALL OF THE ARGUMENTS OF THE ATTORNEYS?

02:56PM 14   PROSPECTIVE JUROR:  YES, I CAN FOLLOW THE INSTRUCTIONS, BUT,

02:56PM 15   AGAIN, THERE ARE CERTAIN THINGS THAT ARE PRESENTED OR NOT

02:56PM 16   PRESENTED THAT MAY BE PROCEDURAL OR I DON'T KNOW HOW TO

02:56PM 17   DESCRIBE IT.  CERTAIN EVENTS ARE EXCLUDED.

02:56PM 18        IT WOULD BE HARD FOR THE DEFENSE TO MAYBE PROVE THE

02:56PM 19   INNOCENCE I GUESS.

02:56PM 20        MR. COOPERSMITH:  AND YOU THINK IT WOULD BE THE

02:56PM 21   DEFENSE'S OBLIGATION TO TRY TO PROVE THE INNOCENCE OF IN THIS

02:56PM 22   CASE MR. BALWANI?  PROSPECTIVE JUROR:  I THINK SO.

02:56PM 23        MR. COOPERSMITH:  OKAY.

02:56PM 24        THE COURT:  SIR, LET ME ASK SOME FOLLOW-UP

02:56PM 25   QUESTIONS.

02:56PM  1          MR. COOPERSMITH, WERE YOU MOVING TO ANOTHER JUROR?

02:56PM  2              MR. COOPERSMITH:  YES.

02:56PM  3              THE COURT:  SIR, FIRST OF ALL, YOUR EXPERIENCE IN

02:56PM  4      THE CRIMINAL JUSTICE SYSTEM, WAS THAT AS A JUVENILE?

02:57PM  5      PROSPECTIVE JUROR:  AND A YOUNG ADULT.

02:57PM  6              THE COURT:  AND AN ADULT?  PROSPECTIVE JUROR:  YES.

02:57PM  7              THE COURT:  OKAY.  THANK YOU.

02:57PM  8          YOU TOLD MR. COOPERSMITH, I BELIEVE YOU SAID IT WOULD BE

02:57PM  9      HARD FOR THE DEFENSE TO PROVE INNOCENCE, AND THEN

02:57PM  10     MR. COOPERSMITH TALKED TO YOU ABOUT THIS CONCEPT OF PRESUMPTION

02:57PM  11     OF INNOCENCE.

02:57PM  12         AND I JUST WANT TO MAKE SURE.  DO YOU UNDERSTAND THE

02:57PM  13     CONCEPT OF PRESUMPTION OF INNOCENCE?  PROSPECTIVE JUROR:  YES,

02:57PM  14     PRESUMED INNOCENT UNTIL PROVEN GUILTY.

02:57PM  15             THE COURT:  RIGHT.  THAT'S THE WAY THE TRIAL WORKS.

02:57PM  16         DO YOU HAVE ANY TROUBLE LOOKING AT MR. BALWANI AS HE SITS

02:57PM  17     HERE TODAY AND PRESUMING HIM INNOCENT OF THESE CHARGES?

02:57PM  18     PROSPECTIVE JUROR:  I DON'T KNOW HIM.  AND SO I DON'T HAVE ANY

02:57PM  19     FEELINGS ONE WAY OR THE OTHER.

02:57PM  20             THE COURT:  WELL, YOU HAVEN'T HEARD ANY EVIDENCE IN

02:57PM  21     THIS CASE OF COURSE?  PROSPECTIVE JUROR:  RIGHT.

02:57PM  22             THE COURT:  SO DO YOU HAVE ANY DIFFICULTY KNOWING

02:57PM  23     THAT HE'S IN THE CRIMINAL JUSTICE SYSTEM AND IN THAT SYSTEM AN

02:58PM  24     INDIVIDUAL IS PRESUMED TO BE INNOCENT, NOT GUILTY?

02:58PM  25         THERE ARE SOME COUNTRIES IN THIS WORLD, ON THE PLANET THAT

02:58PM 1    DO HAVE A CRIMINAL JUSTICE SYSTEM THAT PRESUMES THE DEFENDANT

02:58PM 2    TO BE GUILTY AND THE DEFENDANT HAS TO PROVE THEIR INNOCENCE.  I

02:58PM 3    THINK ONE OF THESE COUNTRIES IS INVOLVED IN A SKIRMISH IN

02:58PM 4    ANOTHER PART OF THE WORLD RIGHT NOW, AND THAT'S THEIR CRIMINAL

02:58PM 5    JUSTICE SYSTEM.  IT'S NOT OURS.

02:58PM 6         DO YOU UNDERSTAND THAT?  PROSPECTIVE JUROR:  I UNDERSTAND

02:58PM 7    THAT.

02:58PM 8              THE COURT:  SO RECOGNIZING THAT, I'M JUST TRYING TO

02:58PM 9    REINFORCE THIS CONCEPT, SIR, AND TRYING TO UNDERSTAND WHETHER

02:58PM 10   OR NOT YOU COULD FOLLOW THAT PRESUMPTION OF INNOCENCE OR NOT.

02:58PM 11   MAYBE YOU CAN'T, AND THAT'S FINE, TOO.

02:58PM 12        WE JUST WANT TO KNOW YOUR POSITION ON THAT PROSPECTIVE

02:58PM 13   JUROR:  YES, I COULD FOLLOW THE INSTRUCTIONS AND LISTEN TO ALL

02:58PM 14   OF THE EVIDENCE, AGAIN, BUT THAT DOESN'T MEAN FOR ME -- AGAIN,

02:59PM 15   GENERALLY IF SOMEONE HAS BEEN INDICTED, THERE WAS ENOUGH

02:59PM 16   EVIDENCE THAT BROUGHT THEM HERE.  THIS IS WHY WE'RE HERE.

02:59PM 17        SO --

02:59PM 18              THE COURT:  OKAY.  THOSE ARE A COUPLE OF DIFFERENT

02:59PM 19   CONCEPTS, WHAT BROUGHT SOMEBODY HERE, AND THEN GUILTY IS A

02:59PM 20   DIFFERENT CONCEPT.  PROSPECTIVE JUROR:  CORRECT.

02:59PM 21              THE COURT:  DO YOU UNDERSTAND THAT?  PROSPECTIVE

02:59PM 22   JUROR:  YES.

02:59PM 23              THE COURT:  SO MR. COOPERSMITH WAS ASKING, AND I'M

02:59PM 24   ASKING WE'RE NOW IN THE TRIAL SETTING AND AT A TRIAL AN

02:59PM 25   INDIVIDUAL ACCUSED IN OUR COUNTRY IS PRESUMED, PRESUMED TO BE

02:59PM 1    INNOCENT, PRESUMED TO BE NOT GUILTY.

02:59PM 2         AND CAN YOU ADHERE TO THAT PRESUMPTION?  CAN YOU HOLD THE

02:59PM 3    GOVERNMENT TO THAT PRESUMPTION?  PROSPECTIVE JUROR:  YES.

02:59PM 4              THE COURT:  OKAY.  ARE YOU GOING TO REQUIRE

03:00PM 5    MR. COOPERSMITH AND HIS TEAM TO PROVE MR. BALWANI INNOCENT TO

03:00PM 6    YOU?  PROSPECTIVE JUROR:  NO.

03:00PM 7              THE COURT:  DO YOU UNDERSTAND THOSE TWO CONCEPTS?

03:00PM 8    PROSPECTIVE JUROR:  YES.

03:00PM 9              THE COURT:  I'M VERY SERIOUS, AND I DON'T WANT YOU

03:00PM 10   TO ANSWER QUESTIONS JUST BECAUSE YOU THINK THAT'S WHAT HE WANTS

03:00PM 11   TO HEAR.  I WANT TO KNOW YOUR TRUE FEELINGS HERE, AND SOMETIMES

03:00PM 12   THIS IS AN EDUCATIONAL PROCESS, IT IS.

03:00PM 13        YOU'VE NEVER HAD JURY SERVICE BEFORE I DON'T THINK?

03:00PM 14   PROSPECTIVE JUROR:  NO, I HAVEN'T.

03:00PM 15             THE COURT:  RIGHT.  SO THAT'S WHAT THIS IS ABOUT,

03:00PM 16   AND PARDON ME.  I JUST WANT TO CLARIFY THAT, THAT IN OUR SYSTEM

03:00PM 17   AN INDIVIDUAL WHO IS ACCUSED IS PRESUMED TO BE INNOCENT UNTIL,

03:00PM 18   UNTIL AND ONLY UNTIL THE CONTRARY IS PROVED BY THE GOVERNMENT

03:00PM 19   BEYOND A REASONABLE DOUBT.

03:00PM 20        DO YOU UNDERSTAND THAT?  PROSPECTIVE JUROR:  YES, I

03:00PM 21   UNDERSTAND THE CONCEPT.

03:00PM 22             THE COURT:  RIGHT.  SO IF I WERE MR. COOPERSMITH, I

03:00PM 23   WOULD BE CONCERNED BY YOUR PRIOR COMMENTS THAT, GEE, THIS JURY

03:01PM 24   MIGHT MAKE ME PROVE INNOCENCE WHEN I -- THAT'S NOT MY BURDEN.

03:01PM 25        DO YOU UNDERSTAND THAT?

03:01PM 1          PROSPECTIVE JUROR:  I DON'T THINK I'M ASKING HIM TO

03:01PM 2   PROVE INNOCENCE.  IT'S MORE IN MY VIEW THINKING THAT THERE IS

03:01PM 3   SOME TRUTH IN ALLEGATIONS AND INDICTMENTS.

03:01PM 4          THE COURT:  OKAY.  ALL RIGHT.  FAIR ENOUGH.

03:01PM 5      BUT CAN YOU FOLLOW MY INSTRUCTION TO YOU THROUGHOUT THE

03:01PM 6   TRIAL TO PRESUME MR. BALWANI INNOCENT?  CAN YOU DO THAT?

03:01PM 7          PROSPECTIVE JUROR:  YES.

03:01PM 8          THE COURT:  UNTIL, UNTIL YOU BELIEVE WITH YOUR

03:01PM 9   FELLOW JURORS THAT THE CONTRARY HAS BEEN PROVEN BEYOND A

03:01PM 10  REASONABLE DOUBT?  CAN YOU DO THAT?

03:01PM 11         PROSPECTIVE JUROR:  YES.

03:01PM 12         THE COURT:  NOW, I UNDERSTAND THAT YOU HAVE PERSONAL

03:01PM 13  VIEWS ABOUT THAT, AND THIS GOES TO THE QUESTION THAT I CALL IT

03:01PM 14  THE CLOSET QUESTION.

03:01PM 15     CAN YOU PUT THOSE PERSONAL VIEWS ASIDE, LOCK THEM UP IN

03:02PM 16  THE CLOSET AND AS YOU SIT HERE IN THIS CASE AND LEAVE THE

03:02PM 17  GOVERNMENT TO THEIR BURDEN?

03:02PM 18         PROSPECTIVE JUROR:  YES.

03:02PM 19         THE COURT:  CAN YOU DO THAT?  WOULD THAT BE

03:02PM 20  DIFFICULT?

03:02PM 21         PROSPECTIVE JUROR:  I DON'T THINK SO.

03:02PM 22         THE COURT:  OKAY.  YOU'RE UP TO THAT CHALLENGE?

03:02PM 23         PROSPECTIVE JUROR:  YES.

03:02PM 24         THE COURT:  YOU CAN ASSURE ME, AND MR. COOPERSMITH,

03:02PM 25  MR. SCHENK THAT YOU WILL DO THAT?

03:02PM  1                    PROSPECTIVE JUROR:  YES.

03:02PM  2                    THE COURT:  THAT'S OKAY.  YOU ARE NOT GOING TO GET

03:02PM  3      IN TROUBLE, LET ME SAY THAT?

03:02PM  4                    PROSPECTIVE JUROR:  YES.

03:02PM  5                    THE COURT:  OKAY.  ANY TROUBLE DOING THAT, DO YOU

03:02PM  6      THINK?  DO YOU HAVE ANY DIFFICULTY DOING THAT?

03:02PM  7                    PROSPECTIVE JUROR:  NO.

03:02PM  8                    THE COURT:  OKAY.  MR. COOPERSMITH.

03:02PM  9                    MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:02PM 10           ONE MORE FOLLOW-UP QUESTION, SIR.  DO YOU UNDERSTAND THE

03:02PM 11      OTHER SIDE OF THE CASE FOR ME, THE PROSECUTION AND MR. SCHENK

03:02PM 12      AND HIS TEAM, THEY WORK FOR THE UNITED STATES GOVERNMENT?

03:02PM 13           DO YOU UNDERSTAND THAT?

03:02PM 14                    PROSPECTIVE JUROR:  YES.

03:02PM 15                    MR. COOPERSMITH:  AND THAT THEY'RE -- THE

03:02PM 16      PROSECUTORS HAVE THAT BURDEN OF PROOF THAT JUDGE DAVILA JUST

03:02PM 17      DESCRIBED TO YOU.

03:02PM 18           DO YOU UNDERSTAND THAT?

03:02PM 19                    PROSPECTIVE JUROR:  YES, SIR.

03:02PM 20                    MR. COOPERSMITH:  AND DO YOU BELIEVE THAT OUR

03:03PM 21      GOVERNMENT HERE IN THIS COUNTRY COULD EVER GET ANYTHING WRONG?

03:03PM 22                    PROSPECTIVE JUROR:  I'M SORRY.

03:03PM 23                    MR. COOPERSMITH:  DO YOU BELIEVE OUR GOVERNMENT

03:03PM 24      COULD EVER GET SOMETHING WRONG?

03:03PM 25                    PROSPECTIVE JUROR:  OF COURSE.

03:03PM 1          MR. COOPERSMITH:  THANK YOU, SIR.

03:03PM 2      NEXT QUESTION I HAVE IS FOR JUROR 69.  IF YOU COULD PASS

03:03PM 3  THE MIKE.

03:03PM 4      THANK YOU, SIR.

03:03PM 5      JUROR NUMBER 69, YOU WATCHED A PARTICULAR T.V. SHOW ABOUT

03:03PM 6  THERANOS.

03:03PM 7      DO YOU RECALL THAT?

03:03PM 8          PROSPECTIVE JUROR:  IT WAS A DOCUMENTARY, "THE

03:03PM 9  INVENTOR:  OUT FOR BLOOD."

03:03PM 10         MR. COOPERSMITH:  WAS IT CALLED "OUT FOR BLOOD"?

03:03PM 11         PROSPECTIVE JUROR:  YES.

03:03PM 12         MR. COOPERSMITH:  AND SO HOW LONG AGO DID YOU WATCH

03:03PM 13 THAT?

03:03PM 14         PROSPECTIVE JUROR:  SO I WATCHED IT THREE TIMES WITH

03:03PM 15 MY FAMILY ABOUT FIVE MONTHS AGO.

03:03PM 16         MR. COOPERSMITH:  SO YOU WATCHED THE SAME SHOW

03:03PM 17 CALLED "OUT FOR BLOOD" THREE DIFFERENT TIMES?

03:04PM 18         PROSPECTIVE JUROR:  YEAH.  WE GOT VERY INTERESTED

03:04PM 19 WITH MY KIDS AND MY WIFE.

03:04PM 20         MR. COOPERSMITH:  AND WAS THAT ABOUT FIVE MONTHS

03:04PM 21 AGO?

03:04PM 22         PROSPECTIVE JUROR:  NO.  WE JUST CONTINUED IT INTO

03:04PM 23 THE OTHER DEFENDANT'S TRIAL AS WELL.  SO WE JUST GOT VERY

03:04PM 24 INTERESTED IN THE CASE AND THE COMPANY, YES.

03:04PM 25         MR. COOPERSMITH:  I SEE.  SO AFTER WATCHING THE T.V.

03:04PM   1    SHOW "OUT FOR BLOOD" OR THE DOCUMENTARY, YOU THEN CONTINUED TO

03:04PM   2    FOLLOW THE CASE AFTER THAT; IS THAT RIGHT?

03:04PM   3              PROSPECTIVE JUROR:  CORRECT.

03:04PM   4              MR. COOPERSMITH:  AND HOW MUCH DETAIL DID YOU

03:04PM   5    FOLLOW?  ON A DAILY BASIS?  A WEEKLY BASIS OR LESS?

03:04PM   6              PROSPECTIVE JUROR:  PRETTY MUCH SOMETHING NEW.

03:04PM   7    EITHER MY KIDS PICK IT UP OR MY WIFE WILL TALK ABOUT IT.

03:04PM   8              MR. COOPERSMITH:  AND WHAT WERE YOUR SOURCES OF

03:04PM   9    INFORMATION TO FOLLOW UP A CASE THAT WAY?

03:04PM  10              PROSPECTIVE JUROR:  I THINK MY WIFE WATCHED "20/20."

03:04PM  11    MY KIDS WATCHED NEWS CLIPS, AND SO WE TALKED ABOUT IT QUITE A

03:05PM  12    BIT.

03:05PM  13              MR. COOPERSMITH:  YOU HAD DISCUSSIONS BETWEEN YOU

03:05PM  14    AND YOUR FAMILY MEMBERS ABOUT THE CASE?

03:05PM  15              PROSPECTIVE JUROR:  YES, CONTINUOUSLY.

03:05PM  16              MR. COOPERSMITH:  AND DID YOU HAVE -- DON'T TELL ME

03:05PM  17    WHAT THEY ARE RIGHT NOW, BUT DID YOU FORM SOME OPINION ABOUT

03:05PM  18    WHAT HAPPENED IN THE CASE OR ABOUT THERANOS OR ABOUT MS. HOLMES

03:05PM  19    OR ABOUT MR. BALWANI OR ANYTHING LIKE THAT?

03:05PM  20              PROSPECTIVE JUROR:  YEAH, WE DID FORM STRONG

03:05PM  21    OPINIONS.

03:05PM  22              MR. COOPERSMITH:  DO YOU CONTINUE TO HOLD STRONG

03:05PM  23    OPINIONS?

03:05PM  24              PROSPECTIVE JUROR:  I DO.

03:05PM  25              MR. COOPERSMITH:  DO YOU THINK THAT IF EVEN THOUGH,

03:05PM 1    AS JUDGE DAVILA TOLD YOU AND ALL OF THE OTHER MEMBERS OF THE

03:05PM 2    PANEL HERE THAT YOU'RE SUPPOSED TO PUT ALL OF THAT OUT OF YOUR

03:05PM 3    MIND, AND IF YOU'RE A JUROR IN THIS CASE YOU'RE SUPPOSED TO

03:05PM 4    LISTEN ONLY TO THE EVIDENCE, DO YOU THINK THAT GIVEN THE

03:05PM 5    EXPOSURE YOU HAVE AND HOW MUCH YOU FOLLOW THE CASE, THAT WOULD

03:05PM 6    BE DIFFICULT FOR YOU?

03:05PM 7            PROSPECTIVE JUROR:  AS I SAID EARLIER, I'M GOING TO

03:05PM 8    DO, YOU KNOW, TO DO THAT, BUT I DON'T KNOW HOW MUCH THAT IS

03:05PM 9    GOING TO AFFECT ME, YOU KNOW, ALTER MY OPINION.

03:05PM 10           MR. COOPERSMITH:  OKAY.  SO CAN YOU BE SURE ONE WAY

03:06PM 11   OR THE OTHER WHETHER YOU WOULD BE ABLE TO FOLLOW THE COURT'S

03:06PM 12   INSTRUCTIONS TO IGNORE EVERYTHING ELSE OTHER THAN WHAT EVIDENCE

03:06PM 13   IS PRESENTED IN THIS TRIAL?

03:06PM 14           PROSPECTIVE JUROR:  YES, I COULD FOLLOW

03:06PM 15   INSTRUCTIONS, YES.

03:06PM 16           MR. COOPERSMITH:  OKAY.

03:06PM 17       DO YOU HAVE ANY DOUBT ABOUT THAT?

03:06PM 18           PROSPECTIVE JUROR:  NO.  I CAN FOLLOW INSTRUCTIONS.

03:06PM 19   I DON'T HAVE A DOUBT.

03:06PM 20           MR. COOPERSMITH:  AND HOW WOULD YOU GO ABOUT THAT

03:06PM 21   EXACTLY?  HOW WOULD YOU GO ABOUT PUTTING EVERYTHING YOU KNOW

03:06PM 22   ABOUT THIS CASE ALREADY FROM THE T.V. SHOWS AND OTHER MEDIA

03:06PM 23   YOU'VE WATCHED, HOW WOULD YOU GO ABOUT PUTTING THAT OUT OF YOUR

03:06PM 24   MIND?  HOW DO YOU ACTUALLY ACCOMPLISH THAT?

03:06PM 25           PROSPECTIVE JUROR:  I DON'T KNOW.  LIKE I SAID, THIS

03:06PM  1   IS MY FIRST TIME BEING IN THIS, YOU KNOW, SITUATION, BUT I'M

03:06PM  2   GOING TO FOLLOW THE INSTRUCTION TO PUT IT ASIDE.

03:06PM  3            MR. COOPERSMITH:  HAVE YOU EVER HAD ANY EXPERIENCE,

03:06PM  4   APART FROM JURY SERVICE, IN YOUR LIFE WHERE YOU HAD TO IGNORE

03:06PM  5   SOME BODY OF KNOWLEDGE THAT YOU HAD IN ORDER TO ACCOMPLISH SOME

03:06PM  6   TASK THAT YOU HAD?

03:06PM  7            PROSPECTIVE JUROR:  NOT IN THIS SIMILAR WAY, NO.

03:07PM  8            THE COURT:  MAY I, MR. COOPERSMITH?

03:07PM  9            MR. COOPERSMITH:  OF COURSE, YOUR HONOR.

03:07PM  10           THE COURT:  SIR, I REALIZE YOU HAVE CHILDREN AT HOME

03:07PM  11  AND THEY ARE AT, HOW SHALL I SAY, AGES THAT WE KNOW THEY'RE

03:07PM  12  VERY CURIOUS.  THAT'S AN AGE WHERE PEOPLE ARE CURIOUS, YOUNG

03:07PM  13  PEOPLE ARE CURIOUS.  THEY ASK LOT OF QUESTIONS.

03:07PM  14      IF YOU'RE SEATED AS A JUROR IN THIS CASE, BASED ON YOUR

03:07PM  15  HISTORY, YOUR FAMILY HISTORY, THEIR INTEREST IN THE CASE AND

03:07PM  16  PRIOR DISCUSSIONS, IT MAY BE THAT YOUR WONDERFUL CHILDREN ARE

03:07PM  17  GOING TO COME UP TO YOU AND SAY, DADDY, WHAT HAPPENED TODAY?

03:07PM  18  WHAT IS GOING ON?  WHAT DO YOU THINK?  REMEMBER WE TALKED ABOUT

03:07PM  19  THIS TWO WEEKS AGO?  DID THEY SAY THIS?  DID THEY SAY THAT?  WE

03:07PM  20  SAW IT ON T.V. AND THIS AND THAT.

03:07PM  21      HOW ARE YOU GOING TO HANDLE THOSE SITUATIONS, SIR?

03:07PM  22           PROSPECTIVE JUROR:  WELL, I MEAN, THEY HAVE NO IDEA

03:07PM  23  WHAT CASE I'M LOOKING AT SO THEY'RE NOT GOING TO -- YOU KNOW,

03:07PM  24  IF THEY ASK ME A QUESTION, IT'S JUST IN THE PRIOR CAUTION

03:08PM  25  NOTHING TO DO WITH THE TRIAL GOING ON.

03:08PM 1          THE COURT:  RIGHT.  AND I SHOULD HAVE TOLD YOU THAT

03:08PM 2    I WILL INSTRUCT YOU AS A JUROR IN THE CASE AND WHEN YOU LEAVE

03:08PM 3    TODAY, ALL OF YOU, I'M GOING TO ADMONISH YOU ALSO NOT TO DO ANY

03:08PM 4    RESEARCH, NOT TO TALK TO ANYONE ABOUT ANYTHING ABOUT THIS CASE

03:08PM 5    OR ANYTHING TO DO WITH IT, NOT TO READ AND LISTEN TO OR TRY TO

03:08PM 6    GAIN ADDITIONAL KNOWLEDGE ABOUT THIS CASE.

03:08PM 7          YOU MAY NOT DO THAT UNTIL YOU'RE RELEASED FROM THE COURT.

03:08PM 8          SO IF YOU ARE SEATED AS A JUROR, YOU WILL HAVE THAT

03:08PM 9    INSTRUCTION, THAT ADMONITION, AND IT WOULD CAUSE YOU, SIR, TO

03:08PM 10   HAVE TO TELL YOUR CHILDREN, I CAN'T TALK TO YOU ABOUT THAT, THE

03:08PM 11   JUDGE TOLD ME NO AND I'M NOT GOING TO TALK TO YOU ABOUT IT.

03:08PM 12         AND YOUR CHILDREN MAY SAY LET US TALK TO YOU ABOUT IT, LET

03:08PM 13   US TELL YOU OUR OPINIONS.

03:08PM 14         WHAT ARE YOU GOING TO DO IN THAT SITUATION, SIR?  I'M

03:08PM 15   SORRY TO PUT YOU IN THE HYPOTHETICAL, SIR.

03:08PM 16             PROSPECTIVE JUROR:  THAT'S OKAY.

03:08PM 17         I'M NOT GOING TO TELL THEM THAT I'M GOING TO TRIAL FOR

03:09PM 18   THIS CASE.  THEY'RE GOING TO CONTINUE TO TALK TO ME ABOUT THE

03:09PM 19   CASES AS BEFORE AND IF THEY HEAR INFORMATION THEY MAY SAY DID

03:09PM 20   YOU HEAR SOMETHING AND THAT I MAY NOT HAVE CONTROL OVER, BUT

03:09PM 21   I'M GOING TO CONTROL WHAT I TELL THEM.

03:09PM 22             THE COURT:  SO WHAT I'M SUGGESTING, I DON'T KNOW IF

03:09PM 23   YOU'LL BE A JUROR IN THIS CASE OR NOT, BUT WHAT JURORS

03:09PM 24   SOMETIMES DO IF THEY'RE SELECTED AND THEY TELL ME I'M GOING TO

03:09PM 25   FOLLOW THE LAW AS YOU TELL ME, AND ONE OF THE INSTRUCTIONS IS

03:09PM  1    YOU MAY NOT READ, LISTEN, TO OR DISCUSS, AND MANY JURORS TELL

03:09PM  2    ME AFTERWARDS THEY GO HOME AND TELL THEIR FAMILY, I'M ON THIS

03:09PM  3    JURY AND I CANNOT DISCUSS THE CASE.  YOU MAY NOT TALK TO ME

03:09PM  4    ABOUT THE CASE.  DON'T PUT THE NEWS ON.

03:09PM  5         IF IT COMES ON, I'M GOING TO LEAVE THE ROOM AND PUSH THE

03:09PM  6    SILENT BUTTON UNTIL I LEAVE AND THEN COME BACK ON THE

03:09PM  7    TELEVISION.  THEY DO WHATEVER THEY NEED TO DO TO FOLLOW THE

03:09PM  8    INSTRUCTION.

03:09PM  9         IS THAT SOMETHING THAT YOU COULD DO WITH YOUR FAMILY, SIR?

03:09PM 10         PROSPECTIVE JUROR:  I CAN DO THAT, BUT THE QUESTION

03:10PM 11    IS CAN I TELL THEM THAT I'M A JUROR IN THIS CASE, AND THAT'S

03:10PM 12    WHAT IT MEANS.

03:10PM 13         THE COURT:  YES.  THERE'S A SPECIAL INSTRUCTION THAT

03:10PM 14    I WILL GIVE YOU THAT SAYS THAT YOU MAY INFORM YOUR FAMILY AND

03:10PM 15    OTHERS AND YOUR WORKPLACE THAT YOU ARE A JUROR IN THIS CASE,

03:10PM 16    BUT YOU MAY NOT DISCUSS ANYTHING ABOUT THIS CASE.

03:10PM 17         YOU'RE NOT PERMITTED TO DO THAT.

03:10PM 18         IS THAT HELPFUL?

03:10PM 19         PROSPECTIVE JUROR:  YES, ABSOLUTELY.

03:10PM 20         THE COURT:  I'M SORRY, MR. COOPERSMITH.

03:10PM 21         MR. COOPERSMITH:  NO, NO.

03:10PM 22         AND, JUROR NUMBER 69, I JUST WANT TO MAKE SURE, FOLLOWING

03:10PM 23    UP ON JUDGE DAVILA'S QUESTIONS, HOW REALISTIC THAT IS?  SO IF

03:10PM 24    YOU SERVE AS A JUROR AND YOU SPEND PART OF THE DAY LISTENING TO

03:10PM 25    THE TRIAL AND LISTENING TO EVIDENCE, AND YOU GO HOME AND ONE OF

03:10PM  1    YOUR CHILDREN OR SPOUSE ASKS YOU A QUESTION ABOUT THE CASE OR

03:10PM  2    TELLS YOU SOMETHING THAT THEY HEARD ON THE NEWS MEDIA, HOW

03:10PM  3    REALISTIC IS IT, AS WELL INTENTIONED AS YOU MIGHT BE, THAT YOU

03:10PM  4    COULD AVOID DISCUSSING THESE THINGS WITH YOUR OWN FAMILY?

03:11PM  5             PROSPECTIVE JUROR:  WELL, I THINK I CAN TELL THEM I

03:11PM  6    CANNOT DISCUSS.

03:11PM  7             MR. COOPERSMITH:  THANK YOU.

03:11PM  8        I HAVE QUESTIONS FOR JUROR NUMBER 67.  THANK YOU.  IF YOU

03:11PM  9    COULD PASS IT BACK.

03:11PM 10        SO I THINK YOU MADE SOME COMMENTS ABOUT THIS BEFORE, AND

03:11PM 11    IT WAS ABOUT SOME KNOWLEDGE THAT YOU GAINED FROM THIS CASE

03:11PM 12    ABOUT READING THE MEDIA; IS THAT RIGHT?

03:11PM 13             PROSPECTIVE JUROR:  UH-HUH, YES.

03:11PM 14             MR. COOPERSMITH:  AND I THINK IN YOUR QUESTIONNAIRE

03:11PM 15    YOU WROTE THAT YOU LIEN TOWARDS GUILTY.  IS THAT -- DO YOU

03:11PM 16    REMEMBER THAT?

03:11PM 17             PROSPECTIVE JUROR:  I DO.

03:11PM 18             MR. COOPERSMITH:  AND IS THAT THE CASE AS YOU SIT

03:11PM 19    HERE TODAY?

03:11PM 20             PROSPECTIVE JUROR:  NOT NECESSARILY.  I MEAN, I

03:11PM 21    UNDERSTAND THE LOGICAL PROCESS OF THE INSTRUCTIONS THAT WE HAVE

03:11PM 22    TO FOLLOW.

03:11PM 23        I WOULD SAY THAT THAT ANSWER CAME FROM MORE OF A MORAL AND

03:11PM 24    ETHICAL OBLIGATION THAT PEOPLE HOLD AND PERHAPS MY MORALS AND

03:12PM 25    ETHICS IN BUSINESS ARE DIFFERENT, SO I WOULD SAY THAT GIVEN

03:12PM 1    WHAT HE'S CHARGED WITH, I HAVE NOT HEARD THE EVIDENCE

03:12PM 2    PRESENTED, BUT I CAN FOLLOW THE INSTRUCTIONS AND THE LOGIC THAT

03:12PM 3    HE'S CHARGED WITH.  PERHAPS I DIDN'T FEEL THAT HE ACTED MORALLY

03:12PM 4    AND ETHICAL IN OTHER AREAS, BUT THAT'S NOT WHAT HE'S BEING

03:12PM 5    CHARGED WITH.

03:12PM 6           MR. COOPERSMITH:  SO DO YOU FEEL LIKE WE WOULD HAVE

03:12PM 7    TO COME FORWARD WITH EVIDENCE TO PROVE TO YOUR SATISFACTION

03:12PM 8    THAT MR. BALWANI NOT ONLY DIDN'T COMMIT A CRIME, BUT HE ALSO

03:12PM 9    DIDN'T ACT IMMORALLY AND UNETHICALLY, WOULD WE HAVE TO PROVE

03:12PM 10   THAT TO YOU?

03:12PM 11          PROSPECTIVE JUROR:  WITH -- NO, I JUST NEED THE

03:12PM 12   FACTS OF WHAT HE'S CHARGED WITH OR THE EVIDENCE OF WHAT HE'S

03:13PM 13   CHARGED WITH.  THAT OPINION COULD BE HELD, LIKE, ALL RIGHT,

03:13PM 14   WELL, THIS IS THE EVIDENCE PRESENTED, AND THESE ARE THE FACTS

03:13PM 15   IN THE CASE.

03:13PM 16      I CAN FOLLOW THE LOGIC OF THE LAW TO SAY, OKAY, HE'S

03:13PM 17   GUILTY OR NOT GUILTY, BUT I MAY ON THE SIDE SAY, WELL, I DON'T

03:13PM 18   THINK HE WAS ALL THAT ETHICAL OR ACTED MORALLY, AND IT DOESN'T

03:13PM 19   NECESSARILY MEAN THAT HE'S GUILTY.

03:13PM 20          MR. COOPERSMITH:  THANK YOU.

03:13PM 21      LET ME ASK YOU THIS QUESTION, IF YOU HAD A CLOSE FAMILY

03:13PM 22   MEMBER OR FRIEND WHO WAS IN MR. BALWANI'S SEAT FACING A

03:13PM 23   CRIMINAL TRIAL, WOULD YOU WANT A JUROR WITH YOUR PARTICULAR

03:13PM 24   VIEWS SITTING AS A JUROR IN THAT CASE?

03:13PM 25          PROSPECTIVE JUROR:  PROBABLY NOT.

```
03:13PM    1                    MR. COOPERSMITH:  PROBABLY NOT?

03:13PM    2                    PROSPECTIVE JUROR:  NO.

03:13PM    3                    MR. COOPERSMITH:  AND WHY IS THAT?

03:13PM    4                    PROSPECTIVE JUROR:  BECAUSE IT'S NOT NECESSARILY

03:13PM    5      FAIR.

03:13PM    6                    MR. COOPERSMITH:  AND THAT'S BECAUSE WHY, WHY ISN'T

03:13PM    7      IT FAIR?

03:13PM    8                    PROSPECTIVE JUROR:  BECAUSE IT'S NOT BEING FAIR AND

03:13PM    9      IMPARTIAL.  IT'S NOT HAVING AN OPEN MIND.  IT'S HAVING A

03:13PM   10      PRE-SET JUDGMENT.

03:14PM   11                    MR. COOPERSMITH:  AND YOU THINK YOU HAVE THAT?

03:14PM   12                    PROSPECTIVE JUROR:  A LITTLE BIT, YES.

03:14PM   13                    MR. COOPERSMITH:  OKAY.  THANK YOU.

03:14PM   14                    THE COURT:  JUROR 77, I HOPE YOU'LL FORGIVE ME, BUT

03:14PM   15      THERE'S SOME INCONSISTENCY IN THOSE ANSWERS AS I'VE HEARD THEM.

03:14PM   16          DID YOU SAY THAT -- FIRST OF ALL, YOU TOLD MR. COOPERSMITH

03:14PM   17      THAT HE DOES NOT HAVE TO PROVE MORALITY TO YOU OR MORALITY OR

03:14PM   18      ETHICS TO YOU.

03:14PM   19          I THINK YOU SAID THAT YOU WOULD LISTEN TO THE FACTS AND

03:14PM   20      YOU WOULD MAKE YOUR DECISION BASED JUST ON THE FACTS.

03:14PM   21          YOU SAID YOU DO -- YOU CAN SEPARATE AND PARSE OUT YOUR

03:14PM   22      FEELINGS ABOUT ETHICS AND MORALITY, AND BECAUSE EVEN IF YOU

03:14PM   23      BELIEVE THEY FALL IN A NEGATIVE COLUMN, THAT DOES NOT MEAN THAT

03:14PM   24      MR. BALWANI IS GUILTY.

03:14PM   25          I THINK I HEARD YOU SAY THAT?
```

03:14PM  1           PROSPECTIVE JUROR:  YEAH.

03:14PM  2           THE COURT:  AND THEN YOU SAID YOU COULD FOLLOW THE

03:14PM  3    LOGIC AND THE INSTRUCTIONS OF THE COURT.

03:15PM  4        AND THEN MR. COOPERSMITH ASKED YOU THIS HYPOTHETICAL ABOUT

03:15PM  5    WHETHER OR NOT YOU HAD A FAMILY MEMBER AND WHETHER OR NOT YOU'D

03:15PM  6    BE COMFORTABLE AS A JUROR FOR A FAMILY MEMBER.  AND I PRESUME

03:15PM  7    THAT HYPOTHETICAL MEANT FOR THE SAME CHARGES AND IN THE SAME

03:15PM  8    CIRCUMSTANCES.

03:15PM  9        IS THAT HOW YOU UNDERSTOOD HIS HYPOTHETICAL?

03:15PM  10           PROSPECTIVE JUROR:  YES.

03:15PM  11           THE COURT:  OKAY.  AND YOU SAID NO BECAUSE YOU HAD

03:15PM  12    COULD NOT BE FAIR?

03:15PM  13           PROSPECTIVE JUROR:  I SAID IT WOULDN'T BE FAIR.

03:15PM  14           THE COURT:  OH, WOULDN'T BE FAIR BECAUSE WHY?

03:15PM  15           PROSPECTIVE JUROR:  BECAUSE THEN IT WOULD BE THAT I

03:15PM  16    HAD A SOMEWHAT PREDETERMINED IDEA OF GUILT.

03:15PM  17           THE COURT:  AND THAT'S BECAUSE IT'S A FAMILY MEMBER?

03:15PM  18           PROSPECTIVE JUROR:  YES.

03:15PM  19           THE COURT:  RIGHT.  YOU'D HAVE SOME BIAS BECAUSE

03:15PM  20    IT'S A FAMILY MEMBER THAT YOU'RE JUDGING AS OPPOSED TO SOMEONE

03:15PM  21    YOU DON'T KNOW?

03:15PM  22        IS THAT WHAT YOU WERE TRYING TO CONVEY?

03:15PM  23           PROSPECTIVE JUROR:  YEAH, I GUESS SO, YES.

03:15PM  24           THE COURT:  I SEE.  BECAUSE IT'S A FAMILY MEMBER,

03:15PM  25    YOU MIGHT SAY, WELL, THIS FAMILY -- I HAVE AN INTEREST IN THIS

03:16PM 1    BECAUSE IT'S MY COUSIN, MY AUNT, MY RELATIVE OR SOMETHING, AND

03:16PM 2    IT WOULDN'T BE FAIR FOR YOU TO JUDGE YOUR COUSIN, AUNT, OR

03:16PM 3    UNCLES.

03:16PM 4        IS THAT WHAT YOU MEANT OR NOT?  I'M JUST TRYING TO

03:16PM 5    UNDERSTAND WHAT YOU SAID.

03:16PM 6            PROSPECTIVE JUROR:  I GUESS BECAUSE I WOULD KNOW

03:16PM 7    MORE ABOUT THEM, THEIR CHARACTER, PER SE KNOWING PERHAPS HOW

03:16PM 8    THEY BEHAVED OR SORT OF WHAT THEIR BELIEFS ARE, I WOULD HAVE

03:16PM 9    MORE OF A BACKGROUND AS TO HOW MORAL OR ETHIC OR WHAT THEIR

03:16PM 10   BELIEFS ARE.

03:16PM 11           THE COURT:  THE FAMILY MEMBER?

03:16PM 12           PROSPECTIVE JUROR:  YES.

03:16PM 13           THE COURT:  AS OPPOSED TO A STRANGER, SOMEONE YOU

03:16PM 14   DID NOT KNOW?

03:16PM 15           PROSPECTIVE JUROR:  CORRECT.

03:16PM 16           THE COURT:  SO IS IT FAIR TO SAY THAT YOU COULD BE

03:16PM 17   FAIR IN JUDGING SOMEONE YOU DON'T KNOW, A STRANGER?  COULD YOU

03:16PM 18   DO THAT?  COULD YOU SIT AS A FAIR JUROR FOR A STRANGER OTHER

03:16PM 19   THAN A FAMILY MEMBER?

03:17PM 20           PROSPECTIVE JUROR:  I'M SORRY, COULD YOU REPEAT

03:17PM 21   THAT?

03:17PM 22           THE COURT:  SURE.  WHAT I HEARD YOU SAY IS THAT YOU

03:17PM 23   WOULD HAVE SOME DIFFICULTY BEING FAIR TO A FAMILY MEMBER WHO

03:17PM 24   WAS, IF YOU WERE SITTING IN JUDGMENT, BUT I'M TRYING TO DISCERN

03:17PM 25   IF IT IS NOT A FAMILY MEMBER, IF IT'S SOMEONE YOU DON'T KNOW,

03:17PM  1    CAN YOU BE FAIR AND IMPARTIAL TO THAT PERSON?

03:17PM  2              PROSPECTIVE JUROR:  I BELIEVE I CAN WITH THE

03:17PM  3    INSTRUCTIONS THAT YOU GIVE AND JUST BASED ON WHAT HE'S BEING

03:17PM  4    CHARGED WITH.

03:17PM  5              THE COURT:  OKAY.  CAN YOU BE FAIR TO MR. BALWANI DO

03:17PM  6    YOU THINK?

03:17PM  7              PROSPECTIVE JUROR:  I BELIEVE I CAN.

03:17PM  8              THE COURT:  OKAY.  DO YOU HAVE A DOUBT ABOUT THAT?

03:17PM  9              PROSPECTIVE JUROR:  DO I HAVE DOUBT?

03:17PM 10              THE COURT:  YES.

03:17PM 11              PROSPECTIVE JUROR:  NO.

03:17PM 12              THE COURT:  CAN YOU PRESUME HIM TO BE INNOCENT AS HE

03:17PM 13    SITS HERE TODAY?

03:17PM 14              PROSPECTIVE JUROR:  I CAN DO THAT.

03:17PM 15              THE COURT:  OKAY.  AND CAN YOU SEPARATE YOUR

03:17PM 16    PERSONAL BELIEFS ABOUT MORALITY AND ETHICS AS HE'S NOT CHARGED

03:17PM 17    IN THE INDICTMENT THAT I'VE READ TO YOU, THOSE ARE NOT PART OF

03:18PM 18    THE CHARGES, THE GOVERNMENT IS NOT GOING TO PROVE ANYTHING

03:18PM 19    ABOUT THAT.

03:18PM 20        DO YOU UNDERSTAND THAT?

03:18PM 21              PROSPECTIVE JUROR:  YES.

03:18PM 22              THE COURT:  CAN YOU STILL BE A FAIR AND IMPARTIAL

03:18PM 23    JUROR?

03:18PM 24              PROSPECTIVE JUROR:  I BELIEVE SO.

03:18PM 25              THE COURT:  OKAY.  THANK YOU.  THANK YOU FOR THE

03:18PM 1      CLARIFICATION.

03:18PM 2           MR. COOPERSMITH, YOU CAN FOLLOW UP IF YOU WOULD LIKE.

03:18PM 3           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:18PM 4      YES, I WANT TO MAKE SURE I TOTALLY UNDERSTAND BECAUSE IT'S

03:18PM 5   AN INTERESTING SUBJECT.

03:18PM 6      JUST TO MAKE SURE I GET WHAT I THOUGHT YOU SAID AND MAYBE

03:18PM 7   NOW YOU CAN CLARIFY.

03:18PM 8      SO IF YOU KNEW THE THINGS THAT YOU KNOW ABOUT THIS CASE,

03:18PM 9   MR. BALWANI, AND THERANOS, AND MS. HOLMES, BUT IT WAS SOMEONE

03:18PM 10  CLOSE TO YOU WHO WAS IN MR. BALWANI'S SHOES, IN OTHER WORDS,

03:18PM 11  SOMEONE YOU KNEW, WOULD YOU THINK OF YOURSELF AS A FAIR JUROR

03:18PM 12  IN THAT CASE NOT BECAUSE YOU KNEW THE PERSON BUT JUST BECAUSE

03:18PM 13  OF THE THINGS THAT YOU LEARNED FROM THE MEDIA, IN OTHER WORDS,

03:18PM 14  WITH THE KNOWLEDGE THAT YOU HAVE NOW?

03:18PM 15      AND MAYBE AN EASIER WAY TO ASK THAT, TO MAKE IT AS SIMPLE

03:19PM 16  AS POSSIBLE, GIVEN ALL OF THE KNOWLEDGE THAT YOU HAVE NOW, DO

03:19PM 17  YOU THINK YOU BRING TO THIS CASE LIKE CERTAIN PRECONCEIVED

03:19PM 18  NOTIONS OF MR. BALWANI AND THERANOS THAT WOULD BE DIFFICULT TO

03:19PM 19  PUT OUT OF YOUR MIND SUCH THAT YOU WOULD HAVE SOME DOUBT ABOUT

03:19PM 20  WHETHER YOU COULD BE A FAIR JUROR IN THIS CASE?

03:19PM 21          PROSPECTIVE JUROR:  I THINK I COULD BE A FAIR JUROR.

03:19PM 22      I'M NOT GOING TO SAY THAT I DON'T HAVE AN OPINION ABOUT

03:19PM 23  WHAT I'VE HEARD AND WHAT I'VE READ, ET CETERA.

03:19PM 24      BUT I THINK THAT I COULD BE A FAIR JUROR.

03:19PM 25          MR. COOPERSMITH:  AND WHAT DO YOU THINK IT WOULD

03:19PM 1    TAKE TO OVERCOME THAT OPINION?

03:19PM 2               PROSPECTIVE JUROR:  LISTENING TO BOTH SIDES OF THE

03:19PM 3    CASE.

03:19PM 4               MR. COOPERSMITH:  SO YOU WOULD HAVE TO LISTEN TO

03:19PM 5    WHAT THE DEFENSE HAD TO SAY AS WELL; RIGHT?

03:19PM 6               PROSPECTIVE JUROR:  YES.

03:19PM 7               MR. COOPERSMITH:  AND WHAT IF THE DEFENSE HAD

03:19PM 8    NOTHING TO SAY?

03:19PM 9               PROSPECTIVE JUROR:  THEN I WOULD HAVE TO BASE MY

03:19PM 10   JUDGMENT ON WHAT THE PROSECUTION HAD TO SAY.

03:19PM 11              MR. COOPERSMITH:  OKAY.  AND WOULD THAT CAUSE YOU TO

03:19PM 12   AND MORE LIKELY REACH A GUILTY VERDICT ON THE FACT THAT THE

03:19PM 13   DEFENSE DIDN'T PRESENT EVIDENCE?

03:19PM 14              PROSPECTIVE JUROR:  NO.

03:19PM 15              MR. COOPERSMITH:  OKAY.  THANK YOU.

03:20PM 16         THANK YOU.  JUST A QUESTION FOR THE WHOLE PANEL.  JUST BY

03:20PM 17   A SHOW OF HANDS, HOW MANY PEOPLE ARE AWARE OF WHETHER OR NOT

03:20PM 18   MR. BALWANI AND MS. HOLMES HAD A RELATIONSHIP OF SOME SORT.

03:20PM 19         AND IF YOU COULD CALL OUT YOUR NUMBERS STARTING FROM

03:20PM 20   NUMBER 34 IS IT?

03:20PM 21              PROSPECTIVE JUROR:  YOU'RE ASKING ME IF WE HAVE THIS

03:20PM 22   AWARENESS OF THE POTENTIAL RELATIONSHIP?

03:20PM 23              MR. COOPERSMITH:  YES.

03:20PM 24              PROSPECTIVE JUROR:  34, 10, 1, 48, 63, 80, 82, 77.

03:20PM 25              MR. COOPERSMITH:  DID WE GET EVERYBODY?  ANYONE

03:20PM  1    ELSE?

03:20PM  2                PROSPECTIVE JUROR:  69.

03:20PM  3                MR. COOPERSMITH:  69.  THANK YOU, SIR.

03:20PM  4        OKAY.  ANOTHER QUESTION FOR THE PANEL.  IF YOU HAVE

03:21PM  5    KNOWLEDGE OR ANY AWARENESS OF THE PRIOR OUTCOME OF THE PRIOR

03:21PM  6    CASE INVOLVING MS. HOLMES?

03:21PM  7        JUROR NUMBER 1.

03:21PM  8                PROSPECTIVE JUROR:  72.

03:21PM  9                PROSPECTIVE JUROR:  69.

03:21PM 10                MR. COOPERSMITH:  69.

03:21PM 11        ANYONE ELSE?

03:21PM 12                PROSPECTIVE JUROR:  77.

03:21PM 13                MR. COOPERSMITH:  77.  OKAY.  THANK YOU.

03:21PM 14        JUST A FEW QUESTIONS FOR JUROR NUMBER 80.  IF YOU COULD

03:21PM 15    HAND THE MICROPHONE OVER, THAT WOULD BE GREAT.  THANK YOU.

03:21PM 16        I THINK YOU MENTIONED BEFORE, SIR, THAT YOU HAVE TWO

03:21PM 17    BROTHERS WHO ARE LAW ENFORCEMENT AGENTS; IS THAT RIGHT?

03:21PM 18                PROSPECTIVE JUROR:  YES.

03:21PM 19                MR. COOPERSMITH:  AND I THINK YOU SAID ONE WAS WITH

03:21PM 20    THE FBI AND ONE WAS WITH CUSTOMS BORDER PROTECTION SERVICE.

03:21PM 21                PROSPECTIVE JUROR:  YES, HOMELAND SECURITY.

03:21PM 22                MR. COOPERSMITH:  AND HAVE YOU EVER WORKED FOR A

03:21PM 23    FEDERAL AGENCY YOURSELF?

03:21PM 24                PROSPECTIVE JUROR:  NO.

03:22PM 25                MR. COOPERSMITH:  OKAY.  HAVE YOU EVER TALKED TO

03:22PM 1    YOUR BROTHERS ABOUT THIS CASE?

03:22PM 2              PROSPECTIVE JUROR:  NO.

03:22PM 3              MR. COOPERSMITH:  IT LOOKS LIKE AM I RIGHT THAT

03:22PM 4    YOU'VE WATCHED SOME MEDIA REPORTS ABOUT THE CASE?

03:22PM 5              PROSPECTIVE JUROR:  YEAH, ABC, CBS,

03:22PM 6    "WALL STREET JOURNAL."

03:22PM 7              MR. COOPERSMITH:  AND I THINK YOU WROTE THAT YOU

03:22PM 8    DON'T KNOW IF THAT WILL AFFECT YOUR ABILITY TO BE FAIR; IS THAT

03:22PM 9    RIGHT?

03:22PM 10             PROSPECTIVE JUROR:  RIGHT.

03:22PM 11             MR. COOPERSMITH:  AND WHAT DID YOU MEAN BY THAT?

03:22PM 12             PROSPECTIVE JUROR:  BECAUSE I NEED TO SEE THE

03:22PM 13   EVIDENCE, I NEED TO SEE BOTH SIDES, I NEED TO KNOW THE LAW.  SO

03:22PM 14   IT DEPENDS ON THE EVIDENCE AND THE LAW.  I CANNOT DO IT FROM

03:22PM 15   THE MEDIA.

03:22PM 16             MR. COOPERSMITH:  WOULD YOU SAY THAT THE MEDIA

03:22PM 17   REPORTS THAT YOU WATCHED WERE POSITIVE TOWARDS THERANOS OR

03:22PM 18   NEGATIVE TOWARDS THERANOS OR NEUTRAL?

03:22PM 19             PROSPECTIVE JUROR:  NEGATIVE.

03:22PM 20             MR. COOPERSMITH:  NEGATIVE.  OKAY.  THANK YOU.

03:23PM 21         YOUR HONOR, MAY I HAVE A MOMENT TO CONFER WITH MY TEAM?

03:23PM 22             THE COURT:  YES.  IF YOU WANT TO TAKE A STANDING

03:23PM 23   BREAK, GO RIGHT AHEAD.

03:23PM 24         WHY DON'T WE TAKE A BREAK, A TEN MINUTE BREAK.

03:23PM 25             MR. COOPERSMITH:  THAT WOULD BE GREAT.

```
03:23PM    1              THE COURT:  LET'S TAKE A TEN MINUTE BREAK, LADIES

03:23PM    2     AND GENTLEMEN.  WHEN YOU RETURN, PLEASE SIT IN YOUR SAME SEATS,

03:25PM    3     PLEASE.  THANK YOU.

03:25PM    4          (RECESS FROM 3:25 P.M. UNTIL 3:38 P.M.)

03:38PM    5          (PROSPECTIVE JURY PANEL OUT AT 3:38 P.M.)

03:38PM    6              THE COURT:  LET'S GO ON THE RECORD.  WE'RE OUTSIDE

03:38PM    7     OF THE PRESENCE OF THE JURY.

03:38PM    8          ALL COUNSEL ARE PRESENT, AND MR. BALWANI IS PRESENT.

03:38PM    9          I JUST WANT TO GET YOUR IDEAS AND THOUGHTS ABOUT TIMING.

03:38PM   10          I'M SORRY, MR. LEACH IS -- LET ME SAY I'VE IDENTIFIED FOUR

03:38PM   11     PEOPLE THAT MIGHT -- THESE ARE THE FOUR JURORS WHO ARE AWARE OF

03:38PM   12     THE OUTCOME OF THE OTHER TRIAL, AND IT SEEMS TO ME -- DO YOU

03:39PM   13     WANT TO HAVE PRIVATE CONVERSATIONS WITH THOSE FOLKS?

03:39PM   14              MR. COOPERSMITH:  YES, YOUR HONOR.  WERE THOSE THE

03:39PM   15     SHOW OF HANDS THAT WE JUST HAD WITH THE QUESTIONS?

03:39PM   16              THE COURT:  YES.

03:39PM   17              MR. COOPERSMITH:  WE AGREE WITH THAT.  THERE WERE A

03:39PM   18     SHOW OF HANDS.  I THINK THERE WERE MORE PEOPLE WHO WERE AWARE

03:39PM   19     OF THE RELATIONSHIP, AND MY CONCERN WAS THAT I WANTED TO PROBE

03:39PM   20     WHAT THEY KNEW ABOUT THAT, BUT I DIDN'T THINK I COULD DO THAT

03:39PM   21     BEYOND WHAT I DID IN A PUBLIC SESSION.

03:39PM   22              THE COURT:  AND THEY EXPRESSED THAT IN THEIR

03:39PM   23     QUESTIONNAIRE.  THAT'S NOT SUFFICIENT FOR YOU, YOU NEED MORE?

03:39PM   24              MR. COOPERSMITH:  WELL, FAIR POINT, YOUR HONOR.

03:39PM   25          THERE ARE TIMES WHEN THEY SAID THEY WERE AWARE OF
```

03:39PM 1    ALLEGATIONS OF ABUSE IN THE QUESTIONNAIRE.

03:39PM 2        THERE ARE OTHER TIMES WHEN THEY JUST SAY I'M AWARE OF

03:39PM 3    INFLUENCE OR PRESSURE OR SOMETHING LIKE THAT.

03:39PM 4            THE COURT:  I THINK THERE'S ONE THAT THEY USE THE

03:39PM 5    WORD ABUSE, MAYBE TWO, BUT NOT ALL OF THEM.

03:39PM 6            MR. COOPERSMITH:  RIGHT.  IT DEPENDS.

03:39PM 7        AND THEN THERE'S THE OTHER QUESTION OF EVEN IF THEY'RE

03:39PM 8    AWARE OF ALLEGATIONS, HOW SURE ARE WE THAT THEY JUST KNOW IT'S

03:39PM 9    ALLEGATIONS AND ALLEGATIONS MAY BE TRUE OR NOT TRUE VERSUS LIKE

03:40PM 10   THEY FORM AN OPINION ABOUT THAT PARTICULAR SUBJECT?  THAT WOULD

03:40PM 11   BE THE --

03:40PM 12           THE COURT:  AS I UNDERSTAND IT, THAT'S NOT GOING TO

03:40PM 13   BE AN ISSUE IN THIS TRIAL.  IS THAT RIGHT, THE RELATIONSHIP?

03:40PM 14           MR. SCHENK:  THAT IS CORRECT, FROM THE GOVERNMENT'S

03:40PM 15   PERSPECTIVE.

03:40PM 16           THE COURT:  OKAY.

03:40PM 17           MR. COOPERSMITH:  BUT WE'RE NOT PLANNING TO BRING UP

03:40PM 18   THE QUESTION OF MS. HOLMES'S ALLEGATIONS ABOUT MR. BALWANI'S --

03:40PM 19   THE RELATIONSHIP ISSUE.

03:40PM 20           THE COURT:  RIGHT.

03:40PM 21           MR. SCHENK:  YOUR HONOR, TO BE CLEAR, THE ABUSE IS

03:40PM 22   NOT GOING TO BE AN ISSUE IN THE TRIAL.

03:40PM 23           THE COURT:  RIGHT.

03:40PM 24           MR. SCHENK:  THE RELATIONSHIP OBVIOUSLY IS.

03:40PM 25           MR. COOPERSMITH:  I UNDERSTOOD MR. SCHENK.

03:40PM  1                    THE COURT:  I DID, TOO.  I DIDN'T ASK THAT ARTFULLY.

03:40PM  2               I TOLD THEM THE NAME AND IN THE INDICTMENT IT'S MENTIONED.

03:40PM  3               LET ME BRING THEM IN.  OH, LET ME TELL YOU,

03:40PM  4    MR. COOPERSMITH, I SUGGESTED THAT YOU DIDN'T HAVE TO GO FURTHER

03:40PM  5    WITH QUESTIONS ON JUROR -- RIGHT.

03:41PM  6                    MR. COOPERSMITH:  WAS IT 50, YOUR HONOR?  JUROR 50?

03:41PM  7                    THE COURT:  YES, YES, BECAUSE OF HER MEDICAL

03:41PM  8    CONDITION AS EXPRESSED.  I THINK I'M GOING TO EXCUSE HER

03:41PM  9    BECAUSE OF A MEDICAL HARDSHIP.

03:41PM  10                   MR. COOPERSMITH:  YOUR HONOR, I GOT THE SIGNAL, AND

03:41PM  11   I STOPPED THE QUESTIONING.

03:41PM  12                   THE COURT:  RIGHT.

03:41PM  13                   MR. COOPERSMITH:  SO, YES, WE WOULD AGREE WITH THAT.

03:41PM  14                   THE COURT:  RIGHT.  AND I DON'T KNOW IF YOU WANT TO

03:41PM  15   LET HER KNOW THAT NOW, MS. ROBINSON, AS SHE COMES IN AND THEN

03:41PM  16   SHE DOESN'T HAVE TO SIT THROUGH THE REST.  THAT'S GREAT.

03:41PM  17           OKAY.  ANYTHING FURTHER BEFORE WE BRING THEM IN?

03:41PM  18                   MR. SCHENK:  NO, YOUR HONOR.

03:41PM  19                   THE COURT:  OKAY.  MR. COOPERSMITH, ANYTHING

03:41PM  20   FURTHER?

03:41PM  21                   MR. COOPERSMITH:  NOT BEFORE WE BRING THE JURY UP.

03:41PM  22                   THE COURT:  OKAY.  THANK YOU.

03:41PM  23           (PROSPECTIVE JURY PANEL IN AT 3:41 P.M.)

03:43PM  24                   THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE

03:43PM  25   RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

03:43PM   1       THE JURY PANEL IS PRESENT.

03:43PM   2             THANK YOU FOR YOUR PATIENCE, LADIES AND GENTLEMEN.

03:43PM   3             MR. COOPERSMITH, YOU HAD ADDITIONAL QUESTIONS?

03:43PM   4             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:43PM   5             THANK YOU EVERYONE.  MY FIRST QUESTION HERE IS HAS ANYONE

03:44PM   6   LISTENED TO A PODCAST BY A GENTLEMAN NAMED TYLER SHULTZ?  DOES

03:44PM   7   IT RING ANY BELLS WITH ANYONE?

03:44PM   8       I SEE NO HANDS.

03:44PM   9             THE COURT:  DO WE HAVE THE MICROPHONE?

03:44PM  10             THE CLERK:  IT'S RIGHT IN HIS HAND.

03:44PM  11             THE COURT:  OH, YOU'VE GOT IT.  I'M SORRY.

03:44PM  12             MR. COOPERSMITH:  THE NEXT QUESTION, HAS ANYONE

03:44PM  13   WATCHED, ATTENDED, OR HAD ANY INVOLVEMENT OR CONTACT WHATSOEVER

03:44PM  14   WITH A "TED TALK," BY A WOMAN NAMED ERIKA CHEUNG?

03:44PM  15       DOES THAT RING ANY BELLS WITH ANYONE?

03:44PM  16       OKAY.  I SEE NO HANDS.

03:44PM  17       JUROR NUMBER 6, IF I COULD HAND YOU THE MICROPHONE.  THANK

03:44PM  18   YOU.

03:44PM  19       (HANDING.)

03:44PM  20       I BELIEVE IN YOUR QUESTIONNAIRE YOU DESCRIBED THAT SERVING

03:45PM  21   ON THIS JURY MIGHT CREATE A HARDSHIP WITH YOU AND IT HAD TO DO

03:45PM  22   WITH SOME CARE GIVING YOU WERE PROVIDING.

03:45PM  23       COULD YOU TELL ME IF THAT'S CORRECT AND MAYBE TELL US A

03:45PM  24   LITTLE BIT MORE ABOUT THAT?

03:45PM  25             PROSPECTIVE JUROR:  OH, SO I HAVE TO WORK EARLY SO I

210

03:45PM 1    CAN HELP MY SINGLE DAUGHTER TO WORK AFTER I COME HOME BECAUSE I

03:45PM 2    HAVE 97-YEAR-OLD MOTHER-IN-LAW IN MY HOUSE AND 3-YEAR-OLD TO

03:45PM 3    TAKE CARE OF.

03:45PM 4              MR. COOPERSMITH:  AND HOW OLD IS YOUR DAUGHTER?

03:45PM 5              PROSPECTIVE JUROR:  TWENTY-FIVE.

03:45PM 6              MR. COOPERSMITH:  OKAY.  AND WHAT ASSISTANCE DOES

03:45PM 7    SHE NEED FROM YOU IN THAT REGARD?

03:45PM 8              PROSPECTIVE JUROR:  BABYSITTING.

03:45PM 9              MR. COOPERSMITH:  OKAY.  AND SO SHE HAS CHILDREN OF

03:45PM 10   HER OWN?

03:45PM 11             PROSPECTIVE JUROR:  SHE HAS ONE.

03:45PM 12             MR. COOPERSMITH:  SHE HAS ONE CHILD?

03:45PM 13             PROSPECTIVE JUROR:

03:45PM 14             MR. COOPERSMITH:  OKAY.  AND DOES SHE NEED THE

03:45PM 15   BABYSITTING SO SHE CAN GO TO WORK?

03:45PM 16             PROSPECTIVE JUROR:  YES.

03:45PM 17             MR. COOPERSMITH:  IS THERE ANOTHER PERSON WHO COULD

03:45PM 18   PROVIDE THAT BABYSITTING IF YOU WERE NOT AVAILABLE?

03:45PM 19             PROSPECTIVE JUROR:  NOT RIGHT NOW.

03:46PM 20             MR. COOPERSMITH:  I'M SORRY?

03:46PM 21             PROSPECTIVE JUROR:  NOT RIGHT NOW.

03:46PM 22             MR. COOPERSMITH:  OKAY.  AND IS THE HOURS OF THE

03:46PM 23   BABYSITTING, COULD THAT BE ADJUSTED SOMEHOW SO YOU WOULD STILL

03:46PM 24   BE ABLE TO ATTEND THIS TRIAL IF YOU WERE SEATED AS A JUROR?

03:46PM 25             PROSPECTIVE JUROR:  I HAVE TO GO LIKE 4:30 AT WORK

03:46PM 1    SO I CAN COME HOME EARLY SO SHE CAN LEAVE AFTER.

03:46PM 2            MR. COOPERSMITH:  OKAY.  AND THE QUESTION I'M

03:46PM 3    ASKING, AND JUDGE DAVILA MAY HAVE FOLLOW-UP QUESTIONS, BUT IS

03:46PM 4    THERE ANY ADJUSTMENT THAT YOU CAN THINK OF THAT YOU CAN MAKE TO

03:46PM 5    MAKE SURE THAT YOUR FAMILY IS PROVIDED FOR AND THE BABYSITTING

03:46PM 6    OCCURS AND YOU COULD ALSO BE A JUROR IN THIS CASE?

03:46PM 7            PROSPECTIVE JUROR:  I DON'T KNOW.

03:46PM 8            MR. COOPERSMITH:  OKAY.  THANK YOU.

03:46PM 9        JUROR NUMBER 42.

03:47PM 10       AND MY QUESTION TO YOU IS VERY SIMILAR, AND I CAN BE WRONG

03:47PM 11   AND YOU CAN TELL ME THAT, BUT IS THERE AN ISSUE THAT YOU HAVE

03:47PM 12   WITH BEING SEATED AS A JUROR IN THIS CASE?

03:47PM 13       WOULD IT CREATE A HARDSHIP WITH YOU OR SOME DIFFICULTY

03:47PM 14   WITH YOUR FAMILY OR ANYTHING ELSE LIKE THAT?

03:47PM 15           PROSPECTIVE JUROR:  SO I'VE BEEN APPLYING FOR THE

03:47PM 16   LAST MONTH FOR A JOB, AND SINCE I WAS AWAY FROM WORK FOR THE

03:47PM 17   LAST TEN YEARS IT WAS NOT LIKE REALLY EASY TO FIND SOME.  AND

03:47PM 18   NOW, LIKE I HAVE SOME OFFERS, SO I REALLY WANT TO JOIN THOSE,

03:47PM 19   AND IT WOULD BE REALLY UNFAIR THAT I DON'T LET THEM KNOW OF

03:47PM 20   THIS SCHEDULE, LIKE I WON'T BE ABLE TO GO THERE LIKE THREE DAYS

03:47PM 21   A WEEK.  SO THAT WOULD BE LIKE VERY CONCERNING TO ME.

03:48PM 22           MR. COOPERSMITH:  OKAY.  AND YOU HAVE MORE THAN ONE

03:48PM 23   JOB OFFER RIGHT NOW?

03:48PM 24           PROSPECTIVE JUROR:  AT PRESENT I HAVE ONE ALREADY

03:48PM 25   AND TODAY, MORNING, I RECEIVED IN THE MAIL THAT THEY'RE PUTTING

03:48PM  1        ONE FOR ME.

03:48PM  2                    MR. COOPERSMITH:  FIRST OF ALL, CONGRATULATIONS.

03:48PM  3                    PROSPECTIVE JUROR:  THANK YOU.

03:48PM  4                    MR. COOPERSMITH:  AND IS THIS A JOB THAT YOU WOULD

03:48PM  5        WANT TO TAKE?

03:48PM  6                    PROSPECTIVE JUROR:  YEAH.  THE SECOND ONE, LIKE

03:48PM  7        TODAY IS SOMETHING THAT I'M WILLING TO TAKE.

03:48PM  8                    MR. COOPERSMITH:  AND ARE YOU ABLE TO TELL US WHAT

03:48PM  9        THE JOB IS OR IF YOU CAN TELL US ABOUT THAT PUBLICLY?

03:48PM 10                    PROSPECTIVE JUROR:  YES.  IT'S AT GENAPSYS, AND IT'S

03:48PM 11        A BIOTECH COMPANY.  IT'S ON GENOME SEQUENCING.

03:48PM 12                    MR. COOPERSMITH:  OKAY.  DO YOU HAVE ANY IDEA OF

03:48PM 13        WHEN THEY WANT YOU TO START OR COULD YOU DELAY THE START FOR

03:48PM 14        SOME TIME IF YOU WERE SERVING AS A JUROR IN THIS CASE FOR A FEW

03:48PM 15        MONTHS?

03:48PM 16                    PROSPECTIVE JUROR:  I THINK THEY NEED NOW.  LIKE, I

03:48PM 17        CAN TALK TO THEM, BUT THEY PUT THE START DATE THE 28TH.  THEY

03:49PM 18        SAID TODAY THEY'LL PUT THE START DATE ON THE 28TH, BUT THEY

03:49PM 19        HAVE NOT SENT THE OFFER YET.  THEY SAID THEY'RE PUTTING IT

03:49PM 20        TOGETHER.

03:49PM 21                    MR. COOPERSMITH:  OKAY.  AND WHEN DID YOU GET THE

03:49PM 22        NEWS THAT YOU WOULD GET THIS OFFER?

03:49PM 23                    PROSPECTIVE JUROR:  I INTERVIEWED WITH THEM

03:49PM 24        YESTERDAY AND LAST FRIDAY.

03:49PM 25                    MR. COOPERSMITH:  OKAY.  SO IT JUST HAPPENED?

03:49PM 1          PROSPECTIVE JUROR:  YES.

03:49PM 2          MR. COOPERSMITH:  AND EVEN AS YOU FILLED OUT THE

03:49PM 3   QUESTIONNAIRE IN COURT?

03:49PM 4          PROSPECTIVE JUROR:  YES.

03:49PM 5          MR. COOPERSMITH:  OKAY.  ALL RIGHT.  THANK YOU.

03:49PM 6          PROSPECTIVE JUROR:  AND THE OTHER OFFER I GOT

03:49PM 7   EARLIER.

03:49PM 8          MR. COOPERSMITH:  I'M SORRY?

03:49PM 9          PROSPECTIVE JUROR:  THE OTHER OFFER THAT I ALREADY

03:49PM 10  GOT WAS BEFORE THE QUESTIONNAIRE.

03:49PM 11         MR. COOPERSMITH:  OKAY.  THANK YOU.

03:49PM 12         THE COURT:  SO, JUROR NUMBER 42, DID YOU SAY THE

03:49PM 13  28TH, IS THAT MARCH 28TH?

03:49PM 14         PROSPECTIVE JUROR:  YES.

03:49PM 15         THE COURT:  I SEE.  THAT'S THE EXPECTED START DATE?

03:49PM 16         PROSPECTIVE JUROR:  YES.

03:49PM 17         THE COURT:  YES.  AND IF YOU -- HAVE YOU ACCEPTED

03:49PM 18  THE OFFER OR TOLD THEM YOU HAVE AN INTEREST OR --

03:49PM 19         PROSPECTIVE JUROR:  YEAH, I SHOWED TREMENDOUS

03:50PM 20  INTEREST, BUT THEY HAVEN'T EVEN GIVEN ME THE OFFER YET, SO THEY

03:50PM 21  TOLD ME IN THE MORNING THEY'RE PUTTING IT TOGETHER.

03:50PM 22         THE COURT:  I SEE.

03:50PM 23         PROSPECTIVE JUROR:  BUT THEY NEED TO MAKE SURE

03:50PM 24  EVERYTHING IS GOOD.

03:50PM 25         THE COURT:  I SEE.  ALL RIGHT.  AND YOU HAVE CONCERN

03:50PM  1    THAT -- I THINK I HEAR YOU SAYING THAT IF YOU ACCEPT THE OFFER

03:50PM  2    AND THEY SAY GREAT, JOIN, WELCOME TO THE TEAM, AND THEN YOU

03:50PM  3    SAY, OH, BUT THERE'S ONE THING?

03:50PM  4              PROSPECTIVE JUROR:  YEAH.

03:50PM  5              THE COURT:  YOU WON'T BE ABLE TO WORK FULL TIME YET,

03:50PM  6    MAYBE YOU'LL BE ABLE TO GO IN TWO DAYS A WEEK.

03:50PM  7              PROSPECTIVE JUROR:  AND THEY WOULD BE LIKE TRAINING,

03:50PM  8    AND I WOULDN'T BE ABLE TO LEARN THE THING PROPERLY IF I'M NOT

03:50PM  9    THERE.

03:50PM  10             THE COURT:  YES, I SEE.

03:50PM  11             PROSPECTIVE JUROR:  IN THE BEGINNING.

03:50PM  12             THE COURT:  AND YOU ANTICIPATE RECEIVING THIS OFFER

03:50PM  13   IN THE NEXT FEW DAYS I TAKE IT?

03:50PM  14             PROSPECTIVE JUROR:  YEAH, YEAH.

03:50PM  15             THE COURT:  OKAY.

03:50PM  16             PROSPECTIVE JUROR:  AND I ALREADY HAVE THE OTHER ONE

03:50PM  17   STARTED AND THAT'S 21 START DATE.

03:50PM  18             THE COURT:  AND YOUR PREFERENCE IS FOR THE 28TH?

03:50PM  19             PROSPECTIVE JUROR:  YES.

03:51PM  20             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

03:51PM  21   YOU.

03:51PM  22             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:51PM  23        COULD YOU HAND THIS BACK TO JUROR 79.

03:51PM  24        JUROR 79, I THINK YOU SAID BEFORE THAT YOU'RE A SOCIAL

03:51PM  25   WORKER; IS THAT RIGHT?

03:51PM 1                    PROSPECTIVE JUROR:  YES.

03:51PM 2                    MR. COOPERSMITH:  AND IT'S FOR A CLINIC?

03:51PM 3                    PROSPECTIVE JUROR:  YES, A DIALYSIS CLINIC.

03:51PM 4                    MR. COOPERSMITH:  A DIALYSIS CLINIC?

03:51PM 5                    PROSPECTIVE JUROR:  UH-HUH.

03:51PM 6                    MR. COOPERSMITH:  AND WHAT ARE YOUR DUTIES AS A

03:51PM 7      SOCIAL WORKER AT A DIALYSIS CLINIC?

03:51PM 8                    PROSPECTIVE JUROR:  YES.  I DO CASE MANAGEMENT,

03:51PM 9      CRISIS INTERVENTION, AND I ALSO PSYCHO SOCIAL ASSESSMENTS AND

03:51PM 10     ASSESS WHAT THE PATIENTS NEED, IF THEY NEED ANY SUPPORT AT HOME

03:51PM 11     OR IF THERE IS SOMETHING GOING ON IN THE CLINIC THAT IS

03:51PM 12     AFFECTING THEM, COLLABORATE WITH THE TEAM AND THEIR DOCTOR.

03:51PM 13                   MR. COOPERSMITH:  OKAY.  I THINK YOU SAID YOU WERE

03:51PM 14     ONE OF THE PEOPLE WHO WAS FLUENT IN SPANISH; IS THAT RIGHT?

03:52PM 15                   PROSPECTIVE JUROR:  NO.

03:52PM 16                   MR. COOPERSMITH:  YOU DIDN'T SAY THAT?

03:52PM 17                   PROSPECTIVE JUROR:  NO.

03:52PM 18                   MR. COOPERSMITH:  IT MUST HAVE BEEN SOMEONE ELSE.  I

03:52PM 19     APOLOGIZE.

03:52PM 20         IN THIS JOB, IS IT A PRIVATE EMPLOYER OR IS IT A PUBLIC

03:52PM 21     EMPLOYER?

03:52PM 22                   PROSPECTIVE JUROR:  IT'S A PUBLIC EMPLOYER.

03:52PM 23                   MR. COOPERSMITH:  PUBLIC EMPLOYER.

03:52PM 24                   PROSPECTIVE JUROR:  I THINK SO.

03:52PM 25                   MR. COOPERSMITH:  DO YOU KNOW -- WHO IS IT?  IS IT

03:52PM 1    THE PUBLIC EMPLOYER?

03:52PM 2              PROSPECTIVE JUROR:  SO I WORK FOR DA VITA.

03:52PM 3              MR. COOPERSMITH:  OH, SO IS DA VITA A PRIVATE

03:52PM 4    COMPANY?

03:52PM 5              PROSPECTIVE JUROR:  IT'S A, YEAH, NONPROFIT.

03:52PM 6              MR. COOPERSMITH:  A DIALYSIS COMPANY.

03:52PM 7              PROSPECTIVE JUROR:  YEAH.

03:52PM 8              MR. COOPERSMITH:  SO ABOUT THAT.

03:52PM 9         DO YOU KNOW IF DA VITA COULD FIND A REPLACEMENT, RIGHT,

03:52PM 10   BECAUSE THEY HAVE OTHER LOCATIONS AROUND THE AREA, COULD WE

03:52PM 11   FIND ANOTHER SOCIAL WORKER AT LEAST TEMPORARILY TO TAKE YOUR

03:52PM 12   PLACE, DO YOU KNOW?

03:52PM 13             PROSPECTIVE JUROR:  YEAH.  AS I MENTIONED EARLIER,

03:52PM 14   OUR SOCIAL WORKER IN THE REGIONS, OUR STAFF IS REALLY LOW, AND

03:52PM 15   ALL OF THE SOCIAL WORKERS ARE ALREADY COVERING OTHER CLINICS,

03:52PM 16   AND WE ARE THE BIGGEST CLINIC IN THE REGION.

03:52PM 17             MR. COOPERSMITH:  OKAY.  HAVE YOU ALREADY TALKED

03:52PM 18   ABOUT THIS WITH YOUR EMPLOYERS?

03:52PM 19             PROSPECTIVE JUROR:  I DID, I DID.

03:53PM 20             MR. COOPERSMITH:  AND WHAT WAS THE RESPONSE?

03:53PM 21             PROSPECTIVE JUROR:  I MEAN, IT'S DEFINITELY GOING TO

03:53PM 22   BE HARD TO GET ALL OF OUR PATIENTS BECAUSE WE DO HAVE A CENSUS

03:53PM 23   OF ABOUT 130, AND IT'S GOING TO BE A DIFFICULT PROCESS TO GET

03:53PM 24   US TO MOVE.

03:53PM 25        SO I FOUND OUT THURSDAY AFTER COMING HERE THAT WE WERE

03:53PM 1    GOING TO BE AUDITED BY THE STATE AND WE SHOULD BE LOOKING TO

03:53PM 2    MOVE WITHIN THE NEXT TWO WEEKS.

03:53PM 3            MR. COOPERSMITH:  OKAY.  WHAT, IF ANY, IMPACT WOULD

03:53PM 4    THERE BE ON THE PATIENTS IF YOU WERE NOT AVAILABLE FOR

03:53PM 5    APPROXIMATELY 13 WEEKS?

03:53PM 6            PROSPECTIVE JUROR:  IT COULD BE A LOT.  I MEAN,

03:53PM 7    THERE'S A LOT OF ISSUES THAT DO COME UP.

03:53PM 8        AS I MENTIONED EARLIER AS WELL, I AM WORKING ON A CASE

03:54PM 9    INVOLVING APS AND THE SAFETY OF A PATIENT, AND SO OTHER ISSUES

03:54PM 10   LIKE THIS COULD ARISE MAKING SURE THAT THEY DO GET THEIR

03:54PM 11   DIALYSIS.

03:54PM 12       IT IS AN IN CENTER, SO THEY NEED TO COME TO TREATMENT

03:54PM 13   THREE TIMES A WEEK, AND JUST FACILITATING AND MAKING SURE THAT

03:54PM 14   PROPER ARRANGEMENTS ARE MADE AS WE CONTINUE TO MOVE INTO THE

03:54PM 15   NEW CLINIC.

03:54PM 16           MR. COOPERSMITH:  OKAY.  ANYTHING ELSE YOU WANT TO

03:54PM 17   ADD TO THAT BEFORE WE MOVE ON?

03:54PM 18           PROSPECTIVE JUROR:  UM, I DON'T KNOW IF IT MAKES A

03:54PM 19   DIFFERENCE, BUT I AM AN IN CENTER HEMO, SO I WORK WITH PATIENTS

03:54PM 20   INVOLVING BLOOD.

03:54PM 21           MR. COOPERSMITH:  OKAY.  THANK YOU.

03:54PM 22           THE COURT:  PARDON ME, MR. COOPERSMITH.

03:54PM 23           MR. COOPERSMITH:  PLEASE, YOUR HONOR.

03:54PM 24           THE COURT:  YOU TOLD US THAT YOU SPOKE WITH YOUR

03:54PM 25   EMPLOYER ABOUT POTENTIAL JURY SERVICE IN THIS CASE?

03:54PM 1                      PROSPECTIVE JUROR:  YES.

03:54PM 2                      THE COURT:  AND SO THEY'RE AWARE OF IF YOU'RE

03:54PM 3        SELECTED AS A JUROR, THEY'RE AWARE OF THE IMPACT THAT THIS

03:55PM 4        MIGHT HAVE ON THE COMPANY?

03:55PM 5                      PROSPECTIVE JUROR:  YES.

03:55PM 6                      THE COURT:  RIGHT.

03:55PM 7                      PROSPECTIVE JUROR:  I'M SORRY, DID YOU ASK A

03:55PM 8        QUESTION?

03:55PM 9                      THE COURT:  NO, I'M TRYING TO FORMULATE THE

03:55PM 10       QUESTION.  THANK YOU.

03:55PM 11           SO YOUR EMPLOYER, DID THEY JUST TELL YOU WELL, JUST GO AND

03:55PM 12       SEE WHAT HAPPENS, SOMETHING LIKE THAT?  WAS THAT THEIR

03:55PM 13       RESPONSE?

03:55PM 14                      PROSPECTIVE JUROR:  I MEAN, I DON'T KNOW WHAT ELSE

03:55PM 15       THEY COULD SAY.

03:55PM 16                      THE COURT:  WELL, FAIR ENOUGH.  RIGHT.  THANK YOU.

03:55PM 17       THANK YOU FOR HELPING US.  THANK YOU.

03:55PM 18                      MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:55PM 19           ONE OTHER THING, YOU MENTIONED WHEN I ASKED IF YOU HAD

03:55PM 20       ANYTHING ELSE, YOU TALKED ABOUT IN YOUR JOB YOU WORK WITH BLOOD

03:55PM 21       I THINK YOU SAID.

03:55PM 22                      PROSPECTIVE JUROR:  UH-HUH.  SO OUR PATIENTS GET --

03:55PM 23       SO I WORK FOR AN IN CENTER HEMO DIALYSIS CLINIC WHICH, PATIENTS

03:55PM 24       IN ORDER TO GET THEIR DIALYSIS, THEIR BLOOD IS FILTERED THROUGH

03:56PM 25       THE MACHINE.  SO I JUST WANTED TO LET YOU GUYS KNOW WHAT I DO.

03:56PM 1          MR. COOPERSMITH:  I APPRECIATE THAT.

03:56PM 2      IS THERE ANYTHING ABOUT THAT THAT YOU THINK WOULD AFFECT

03:56PM 3  YOUR ABILITY TO SERVE AS A JUROR AND BE FAIR IN THIS CASE?

03:56PM 4          PROSPECTIVE JUROR:  NO.

03:56PM 5          MR. COOPERSMITH:  OKAY.  COULD WE HAND THE

03:56PM 6  MICROPHONE TO JUROR 101.

03:56PM 7          THE COURT:  OKAY.  I WANT TO ACKNOWLEDGE, YOU HAVE A

03:56PM 8  BACHELOR'S DEGREE AND YOU HAVE A MASTER'S DEGREE ALSO; IS THAT

03:56PM 9  RIGHT?

03:56PM 10          PROSPECTIVE JUROR:  YES.

03:56PM 11          THE COURT:  OKAY.  I SEE.  THANK YOU.

03:56PM 12          MR. COOPERSMITH:  OKAY.  DID I HEAR YOU CORRECTLY

03:56PM 13  BEFORE, JUROR 101, THAT YOU OWN SOME RESTAURANT; IS THAT RIGHT?

03:56PM 14          PROSPECTIVE JUROR:  YES, I OWN FIVE RESTAURANT.

03:56PM 15          MR. COOPERSMITH:  OKAY.  AND IN OWNING FIVE

03:56PM 16  RESTAURANT, DO YOU HAVE OTHER PEOPLE WHO WORK FOR YOU WHO COULD

03:56PM 17  TAKE OVER YOUR RESPONSIBILITIES WHILE YOU -- IF YOU WERE

03:56PM 18  SERVING AS A JUROR?

03:56PM 19          PROSPECTIVE JUROR:  I'M SORRY.  I'M DRIVING TWO

03:56PM 20  HOURS HERE, AND I NEED TO DRIVE BACK TWO HOURS.  I'M NOT FROM

03:56PM 21  HERE, FIRST.

03:57PM 22      I HAVE THREE CHILDREN, ONE 11, ONE 9, AND ONE 4.  IT'S

03:57PM 23  REALLY LIKE HARD TO DO MORNING DROPOFF AND THE PICKUP.  ONLY I

03:57PM 24  AND MY HUSBAND DO IT.

03:57PM 25      AND RIGHT NOW IT'S HARD TO FIND SUPPLIES, AND THAT'S WHY I

03:57PM   1    NEED TO GO TO THE MARKET EVERY DAY AND THE STORE NEEDS THE

03:57PM   2    STUFF, AND THAT'S WHY IT'S HARD TO STAY HERE LATE THREE TIMES A

03:57PM   3    WEEK FOR 13 WEEKS.

03:57PM   4              MR. COOPERSMITH:  AND IF YOU WERE SERVING AS A

03:57PM   5    JUROR, IS THERE SOMEONE ELSE WHO COULD TAKE OVER YOUR

03:57PM   6    RESPONSIBILITIES TO GO TO THE MARKET AND THE OTHER THINGS THAT

03:57PM   7    YOU HAVE TO DO TO RUN YOUR RESTAURANT?

03:57PM   8              PROSPECTIVE JUROR:  YEAH, THEY CAN HELP ME THE FIRST

03:57PM   9    WEEK, THE SECOND WEEK, BUT I DON'T THINK IT WILL TAKE THAT

03:57PM   10   LONG.

03:57PM   11             MR. COOPERSMITH:  OKAY.  OKAY.  THANK YOU.

03:57PM   12             PROSPECTIVE JUROR:  YEAH.

03:57PM   13             MR. COOPERSMITH:  ONE OTHER THING, JUROR 101, IS

03:58PM   14   THERE ANYONE ELSE WHO COULD TAKE CARE OF YOUR CHILDREN TO DO

03:58PM   15   WHAT THEY NEED WHILE YOU WERE SERVING AS A JUROR?  IS THAT AN

03:58PM   16   ISSUE FOR YOU OR NOT?

03:58PM   17             PROSPECTIVE JUROR:  NO.  MY KIDS IS OKAY BECAUSE WE

03:58PM   18   HAVE SOMEONE TO HELP WITH THE KIDS, YEAH, WE HAD TWO PERSON AND

03:58PM   19   THEY PICK UP AND THEY DO ALL OF THEIR JOB.

03:58PM   20             MR. COOPERSMITH:  OKAY.  SO IT'S REALLY THE

03:58PM   21   RESTAURANT RESPONSIBILITY?

03:58PM   22             PROSPECTIVE JUROR:  YEAH, ONLY THE BUSINESS.

03:58PM   23             MR. COOPERSMITH:  OKAY.  I UNDERSTAND.  THANK YOU.

03:58PM   24             THE COURT:  AND, MA'AM, YOUR HUSBAND IS A CO-OWNER

03:58PM   25   OF THE RESTAURANT?

03:58PM 1          PROSPECTIVE JUROR:  NO.  HE'S JUST A MANAGER OF THE

03:58PM 2     STORE.

03:58PM 3          THE COURT:  OH.

03:58PM 4          PROSPECTIVE JUROR:  YEAH.

03:58PM 5          THE COURT:  HE WORKS FOR YOU?

03:58PM 6          PROSPECTIVE JUROR:  YES.

03:58PM 7          THE COURT:  OH.  GOOD.  OKAY.

03:58PM 8       ARE YOU A GOOD BOSS?

03:58PM 9          PROSPECTIVE JUROR:  OF COURSE.

03:58PM 10         THE COURT:  OKAY.  WELL, HE'S NOT HERE.  I CAN'T ASK

03:58PM 11    HIM THAT QUESTION, BUT I'LL TAKE YOUR WORD FOR IT.  THANK YOU.

03:58PM 12         PROSPECTIVE JUROR:  YEAH, I THINK IF YOU ASK HIM.

03:59PM 13         MR. COOPERSMITH:  I WANT TO ASK ONE OTHER THING.  IS

03:59PM 14    THERE ANYBODY WHO HAS ANY OTHER REASON WHY YOU DON'T THINK THAT

03:59PM 15    YOU COULD SERVE AS A JUROR IN THIS CASE OR YOU COULDN'T BE FAIR

03:59PM 16    OR ANYTHING OF THAT NATURE THAT WE HAVEN'T DISCUSSED?  AND I'M

03:59PM 17    SORRY IF I HAVEN'T CALLED ON EACH ONE OF YOU INDIVIDUALLY.

03:59PM 18    IT'S JUST THAT WE HAVE THE TIME THAT WE HAVE.

03:59PM 19       BUT IS THERE ANYTHING ELSE THAT YOU WOULD LIKE TO RAISE

03:59PM 20    YOUR HAND ABOUT, AND IF IT'S SOMETHING THAT YOU WOULD LIKE TO

03:59PM 21    DISCUSS IN PRIVATE, YOU CAN SAY THAT, TOO.

03:59PM 22       I JUST WANTED TO KNOW IF THERE WAS ANYTHING ELSE?

03:59PM 23       JUROR NUMBER 10.

03:59PM 24         PROSPECTIVE JUROR:  WHEN I READ THE SCHEDULE I JUST

03:59PM 25    REALIZED THAT THE TRIAL IS GOING TO BE ENDING THE END OF JUNE

03:59PM  1    PROBABLY.

03:59PM  2           MR. COOPERSMITH:  IT'S PROJECTED TO BE ABOUT

03:59PM  3    13 WEEKS, SO THAT SOUNDS ABOUT RIGHT, YES.

03:59PM  4           PROSPECTIVE JUROR:  OH, OKAY.

04:00PM  5       BECAUSE I DON'T KNOW IF I SELECTED TO BE A JUROR, CAN I BE

04:00PM  6    EXCUSED BY A WEEK?

04:00PM  7       THE REASON I ASK IS MY SON IS GOING TO GRADUATE FROM UCI

04:00PM  8    IN THE SUMMER THE WEEK OF JUNE 12TH, SO I THINK I NEED TO

04:00PM  9    ATTEND HIS GRADUATION CEREMONY.

04:00PM  10          MR. COOPERSMITH:  AND WHERE IS THE GRADUATION?

04:00PM  11          PROSPECTIVE JUROR:  UCI, IRVINE.

04:00PM  12          MR. COOPERSMITH:  SO YOU NEED TO GO DOWN THAT WEEK?

04:00PM  13          PROSPECTIVE JUROR:  I ONLY KNOW IT'S JUNE 12TH TO

04:00PM  14   JUNE 18TH.

04:00PM  15          MR. COOPERSMITH:  AND I DON'T KNOW WHETHER WE'LL

04:00PM  16   STILL BE IN TRIAL THEN OR NOT, BUT IF WE WERE, WOULD YOU HAVE

04:00PM  17   TO GO FOR THE WHOLE WEEK OR IS IT A MATTER OF -- IT'S A SHORT

04:00PM  18   FLIGHT RELATIVELY SPEAKING.

04:00PM  19          PROSPECTIVE JUROR:  WE PROBABLY GOING TO DRIVE THERE

04:00PM  20   TWO OR THREE DAYS.  IS IT OKAY IF I SKIP?

04:01PM  21          MR. COOPERSMITH:  I THINK THAT WILL BE UP TO

04:01PM  22   JUDGE DAVILA.

04:01PM  23          THE COURT:  WHAT WE'LL DO IS WE'LL LOOK AND SEE.

04:01PM  24   THEY'RE THE ANTEATERS, AREN'T THEY?  I BELIEVE THEY'RE THE

04:01PM  25   ANTEATERS.  WE'LL CHECK.  AND MAY I ASK YOU TO CHECK AND SEE

04:01PM 1    WHAT THAT DATE IS, THE ACTUAL GRADUATION DATE IS?

04:01PM 2              PROSPECTIVE JUROR:  YEAH, BECAUSE I DON'T WANT TO

04:01PM 3    MISS THAT.

04:01PM 4              THE COURT:  NO.  I THINK MR. COOPERSMITH WOULD

04:01PM 5    AGREE, ATTENDING A GRADUATION OF A SON OR DAUGHTER IS ONE OF

04:01PM 6    THE MOST PROUD MOMENTS THAT YOU CAN HAVE.

04:01PM 7              MR. COOPERSMITH:  I DO, YOUR HONOR.  YES.

04:01PM 8              THE COURT:  HE'S GOING TO ONE, TOO, LATER -- IS IT

04:01PM 9    IN MAY, MR. COOPERSMITH?

04:01PM 10             MR. COOPERSMITH:  IT IS, YOUR HONOR.

04:01PM 11             THE COURT:  RIGHT.  SO IT'S IMPORTANT.

04:01PM 12        SO IF YOU COULD FIND THAT DATE FOR US, AND WE'LL LOOK,

04:01PM 13   TOO, THAT WOULD BE HELPFUL.

04:01PM 14             PROSPECTIVE JUROR:  OKAY.

04:01PM 15             THE COURT:  OKAY.

04:01PM 16             PROSPECTIVE JUROR:  I'M NOT SURE YET, AND I KNOW

04:01PM 17   IT'S THAT WEEK.

04:01PM 18             THE COURT:  RIGHT.  RIGHT.  WELL, IT'S HARD TO FIND

04:01PM 19   AN ANTEATER TO WALK DOWN THE AISLE THERE WITH THE STUDENT, I

04:01PM 20   KNOW.

04:01PM 21        ALL RIGHT.  WE'LL CHECK ON THAT.

04:01PM 22             PROSPECTIVE JUROR:  ALL RIGHT.

04:01PM 23             MR. COOPERSMITH:  THANK YOU.

04:02PM 24        YOUR HONOR, I HAVE NOTHING FURTHER FOR THE ENTIRE PANEL AT

04:02PM 25   THIS TIME.

04:02PM 1          THE COURT:  ALL RIGHT.  THANK YOU.

04:02PM 2      LET ME SEE COUNSEL AT SIDE-BAR, AND WE'LL DO THAT IN THE

04:02PM 3  JURY ROOM.  FOLKS, WE'RE JUST ABOUT DONE.

04:02PM 4      TAKE A STANDING BREAK FOR A FEW MOMENTS AND DON'T LEAVE

04:02PM 5  YOUR SEAT AREA, BUT I NEED TO HAVE A FIVE MINUTE CONVERSATION

04:02PM 6  WITH THESE LAWYERS ABOUT SCHEDULING MATTERS, AND THEN WE'LL

04:02PM 7  COME OUT, AND I THINK WE'LL BE DONE FOR THE DAY.

04:10PM 8      AND PLEASE DON'T DISCUSS ANYTHING I SAID EARLIER, LADIES

04:10PM 9  AND GENTLEMEN, ABOUT THE CASE.

04:10PM 10     (SIDE-BAR CONFERENCE ON THE RECORD.)

04:10PM 11         THE COURT:  WE'RE AT SIDE-BAR OUTSIDE OF THE

04:10PM 12 PRESENCE OF THE JURY.  MR. SCHENK IS PRESENT AND

04:10PM 13 MR. COOPERSMITH IS PRESENT.

04:10PM 14     COUNSEL, I'M THINKING THAT WE WOULD ENGAGE A CONVERSATION

04:10PM 15 WITH THOSE JURORS, PROSPECTIVE JURORS WHO WERE AWARE OF THE

04:10PM 16 OUTCOME OF MS. HOLMES'S CASE, JURORS SPECIFICALLY NUMBER 1, 72,

04:10PM 17 69, AND 77.

04:10PM 18     MY THOUGHT IS THAT WE WOULD START -- WE WOULD EXCUSE OR

04:10PM 19 ALLOW THE OTHER JURORS TO GO HOME FOR THE EVENING SUBJECT TO

04:10PM 20 RECALL, AND THEN KEEP THESE FOUR JURORS AND HAVE A CONVERSATION

04:10PM 21 WITH THEM BEGINNING COLLECTIVELY AND SEE WHERE THAT QUESTIONING

04:10PM 22 AND ANSWER TAKES US.  IF WE NEED TO SEPARATE INDIVIDUALLY, WE

04:10PM 23 CAN LOOK AT IT AT THAT POINT AND SEE WHERE IT GOES.

04:10PM 24     THAT'S WHAT I WOULD LIKE TO ADVANCE, BUT I'M HAPPY TO HEAR

04:10PM 25 YOUR COMMENTS.

04:10PM  1          MR. COOPERSMITH:  YES, YOUR HONOR.

04:10PM  2      OUR PREFERENCE FOR MR. BALWANI WOULD BE TO HAVE EACH JUROR

04:10PM  3  QUESTIONED INDIVIDUALLY ONE AT A TIME, AND WE WOULD TRY TO BE

04:10PM  4  AS EFFICIENT AS POSSIBLE.

04:10PM  5      BUT OBVIOUSLY WE THINK THE FOUR TOGETHER, AT LEAST

04:10PM  6  STARTING OUT THAT WAY, IS BETTER THAN DOING THE WHOLE GROUP

04:10PM  7  SESSION.  SO THAT'S OUR POSITION.

04:10PM  8          THE COURT:  OKAY.  MR. SCHENK.

04:10PM  9          MR. SCHENK:  YOUR HONOR, I THINK QUESTIONING THE

04:10PM 10  FOUR OF THEM COLLECTIVELY AT LEAST AT THE BEGINNING IS

04:10PM 11  APPROPRIATE, AND IF WE LEARN SOMETHING THROUGH THAT PROCESS

04:10PM 12  THAT ENCOURAGES INDIVIDUAL VOIR DIRE, WE CAN CROSS THAT BRIDGE

04:10PM 13  WHEN WE COME TO IT.

04:10PM 14          THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

04:10PM 15      SO WHAT I'LL DO IS KEEP THE FOUR JURORS THAT I MENTIONED.

04:10PM 16  WE'LL TALK TO THEM ABOUT THEIR KNOWLEDGE OF THE OUTCOME OF THE

04:10PM 17  HOLMES CASE, WE'LL ALLOW THE OTHERS TO GO HOME, AND THEN WE'LL

04:10PM 18  SEE WHERE THAT TAKES US, AND THEN WE'LL HAVE CONVERSATION ABOUT

04:10PM 19  OTHER STEPS WITH THIS PANEL.

04:10PM 20          MR. COOPERSMITH:  THE ONLY OTHER THING I WAS JUST

04:10PM 21  THINKING ABOUT, AND I DON'T KNOW THE ANSWER TO THIS OFF THE TOP

04:10PM 22  OF MY HEAD, BUT IS ANY OF THOSE -- DO ANY OF THOSE FOUR OVERLAP

04:10PM 23  WITH THE GROUP WHO KNEW SOMETHING ABOUT THE RELATIONSHIP?

04:10PM 24          THE COURT:  YES, 77 AND 69 IN THAT GROUP?  69.

04:10PM 25          MR. COOPERSMITH:  SO HOW WOULD YOUR HONOR LIKE TO

04:10PM   1    HANDLE THAT?

04:10PM   2           THE COURT:  WELL, MAYBE WE CAN KEEP THOSE TWO -- AND

04:10PM   3    NUMBER 1.

04:10PM   4           MR. COOPERSMITH:  THREE OF THE FOUR?

04:10PM   5           THE COURT:  RIGHT.  SO MAYBE WE CAN HAVE THAT

04:10PM   6    CONVERSATION AND EXCUSE JUROR NUMBER 72 WHEN WE'RE DONE WITH

04:10PM   7    THE OUTCOME, AND THEN START WITH THE COLLOQUY ABOUT THE

04:10PM   8    RELATIONSHIP IF WE HAVE TIME.

04:10PM   9           MR. COOPERSMITH:  RIGHT.

04:10PM   10           THE COURT:  LET'S SEE WHERE WE GO.

04:10PM   11           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:10PM   12           THE COURT:  OKAY.  THANK YOU.

04:10PM   13       (END OF DISCUSSION AT SIDE-BAR.)

04:10PM   14           THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

04:11PM   15    THE RECORD.  ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.

04:11PM   16    THE JURY PANEL IS PRESENT.

04:11PM   17       THANK YOU, LADIES AND GENTLEMEN.  WE'VE REACHED THE END OF

04:11PM   18    THE DAY.  WHAT WE'RE GOING TO DO IS I'M GOING TO ALLOW YOU TO

04:11PM   19    LEAVE, AND YOU WILL BE NOTIFIED, AS I SAID EARLIER, BY OUR

04:11PM   20    COURT COMMISSIONER AS TO WHETHER OR WHETHER YOU SHOULD RETURN

04:11PM   21    TO COURT.

04:11PM   22       WHILE YOU'RE AWAY FROM COURT I WANTED TO ADMONISH YOU

04:11PM   23    YOU'RE NOT TO DO ANY INDEPENDENT RESEARCH, YOU'RE NOT TO LEARN,

04:11PM   24    LISTEN, READ, OR DO ANYTHING TO GAIN ADDITIONAL KNOWLEDGE ABOUT

04:11PM   25    THIS CASE OR ANYTHING TO DO WITH IT, THAT INCLUDES THE

04:11PM   1    DEFENDANT, THE LAWYERS AND ANYTHING ABOUT THIS CASE.  PLEASE

04:11PM   2    DON'T DO THAT.

04:11PM   3        PLEASE DON'T DISCUSS THE CASE AMONGST YOURSELVES OR WITH

04:11PM   4    ANY FAMILY MEMBERS, PLEASE.  TRY TO AVOID THAT.

04:11PM   5        I WILL ALLOW YOU TO LEAVE.  I'M GOING TO ASK FOUR OF YOU

04:12PM   6    TO STAY, HOWEVER.  JUROR NUMBER 1, NUMBER 72, NUMBER 69, AND

04:12PM   7    NUMBER 77, IF YOU COULD STAY.  I JUST HAVE SOME ADDITIONAL

04:12PM   8    QUESTIONS FOR THOSE JURORS, PLEASE.

04:12PM   9        SO IF YOU COULD REMAIN IN YOUR SEATS, I'D BE GRATEFUL.

04:12PM   10       THE BALANCE OF YOU, PLEASE, THANK YOU FOR SPENDING YOUR

04:12PM   11   DAY HERE IN COURT, AND AS I SAID, THE COMMISSIONER WILL NOTIFY

04:12PM   12   YOU AS TO NEXT STEPS INVOLVING THIS CASE.

04:12PM   13       SO THANK YOU VERY MUCH.  WE'LL GIVE YOU A COUPLE MINUTES

04:12PM   14   TO LEAVE.  WE'LL GIVE THOSE JURORS A COUPLE MOMENTS.

04:13PM   15       (PROSPECTIVE JURY PANEL OUT AT 4:13 P.M.)

04:13PM   16       (PROSPECTIVE JUROR NUMBERS 1, 72, 69, AND 77.)

04:13PM   17         THE COURT:  THE RECORD SHOULD REFLECT THAT THE

04:13PM   18   JURORS WHO REMAIN ARE JURORS 1, 72, 69, AND 77.

04:13PM   19       LET ME INDICATE, LADIES AND GENTLEMEN, THANK YOU FOR

04:13PM   20   STAYING.  I DON'T THINK THIS WILL TAKE TOO LONG, BUT I'VE

04:14PM   21   TALKED WITH THE LAWYERS AND IN RESPONSE TO MR. COOPERSMITH'S

04:14PM   22   QUESTION REGARDING ANY INDIVIDUALS WHO HAD KNOWLEDGE, KNOWLEDGE

04:14PM   23   OF THE OUTCOME OF THE ELIZABETH HOLMES CASE, I BELIEVE EACH ONE

04:14PM   24   OF YOU RAISED YOUR HAND TO INDICATE THAT YOU DID HAVE KNOWLEDGE

04:14PM   25   ABOUT THAT.

04:14PM 1      WHAT WE'D LIKE TO DO NOW IS ASK YOU SOME QUESTIONS ABOUT

04:14PM 2   THAT KNOWLEDGE.  AND, OF COURSE, AS YOU'VE LEARNED THROUGHOUT

04:14PM 3   THE DAY, REALLY THE FOCUS OF THIS IS TO KNOW WHAT IT IS, THE

04:14PM 4   SOURCE OF THAT KNOWLEDGE, AND ALSO TO LET US KNOW THAT

04:14PM 5   KNOWLEDGE, WHAT YOU KNOW ABOUT THE OUTCOME OF THE

04:14PM 6   ELIZABETH HOLMES CASE, WHETHER OR NOT THAT WILL AFFECT YOUR

04:14PM 7   ABILITY TO BE FAIR AND IMPARTIAL IN THIS TRIAL AS MR. BALWANI

04:14PM 8   SITS AS THE ACCUSED.

04:15PM 9      AND I'M CURIOUS TO KNOW, I WANT TO KNOW WHETHER OR NOT

04:15PM 10  WHAT YOU KNEW ABOUT THE HOLMES CASE WILL AFFECT, IMPAIR, OR IN

04:15PM 11  ANY WAY AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH

04:15PM 12  SIDES IN THIS CASE.  THAT'S MY QUESTION.

04:15PM 13      LET'S START WITH JUROR NUMBER 1.

04:15PM 14      IT MIGHT BE THE BATTERIES.

04:15PM 15          THE CLERK:  DOES IT WORK RIGHT NOW?

04:16PM 16          PROSPECTIVE JUROR:  TEST, TEST.

04:16PM 17          THE COURT:  JUROR NUMBER 1?

04:16PM 18          PROSPECTIVE JUROR:  OH, ABOUT THE OTHER TRIAL?

04:16PM 19          THE COURT:  YES.

04:16PM 20          PROSPECTIVE JUROR:  SO I FOLLOWED THE

04:16PM 21  ELIZABETH HOLMES TRIAL PRIMARILY THROUGH AN UPDATE -- THE

04:16PM 22  WEBSITE IS CALLED ARS TECHNICA, A-R-S T-E-C-H-N-I-C-A.  YEAH, I

04:16PM 23  KNOW IT'S A PRETTY NERDY NEWS WEBSITE.

04:16PM 24      ANYWAY, THAT'S WHERE I HAVE BEEN FOLLOWING THE CASE AND

04:16PM 25  THE SAGA PREVIOUS TO IT BECAUSE THEY DO SCIENCE BASED NEWS AND

04:16PM   1    THEY ALSO FOLLOW VALLEY ANTICS FOR LACK OF A BETTER TERM.

04:16PM   2         I ALSO LEARNED THE OUTCOME OF THE TRIAL THROUGH THERE.  I

04:16PM   3    KNOW THE OUTCOME OF THAT TRIAL, SHE WAS CONVICTED ON -- I DON'T

04:16PM   4    KNOW ON HOW MANY COUNTS, BUT I KNOW SHE WAS CONVICTED ON A

04:16PM   5    MAJORITY OF THE COUNTS.

04:16PM   6              THE COURT:  OKAY.  AND THEN GO AHEAD.  I'M SORRY.

04:17PM   7              PROSPECTIVE JUROR:  AND THIS IS HOW IT AFFECTS MY --

04:17PM   8              THE COURT:  YES.

04:17PM   9              PROSPECTIVE JUROR:  AND THIS IS WHERE MY BIAS

04:17PM  10    TOWARDS IN THIS PARTICULAR CASE I DON'T THINK -- I HAVE

04:17PM  11    QUESTIONS ABOUT MY ABILITY TO SEPARATE OUT THE BIAS FROM THOSE

04:17PM  12    FACTS BECAUSE AS A CEO AND COO, ESPECIALLY IN A STARTUP,

04:17PM  13    THERE'S VERY LITTLE SPACE BETWEEN THOSE TWO PEOPLE IN THE

04:17PM  14    STARTUP.

04:17PM  15         AT MY PREVIOUS JOB I DID WORK AT A STARTUP, AND THEY JUST

04:17PM  16    SO HAPPENED TO BE A MARRIED COUPLE, AND VERY LITTLE SPACE

04:17PM  17    BETWEEN THE TWO, SO I KNOW HOW CLOSELY THEY HAVE TO WORK

04:17PM  18    TOGETHER AND HOW VERY FEW SECRETS THERE ARE BETWEEN THE TWO.

04:17PM  19         WITH THAT PREVIOUS KNOWLEDGE AND THEIR RELATIONSHIP OR

04:17PM  20    PREEXISTING RELATIONSHIP AND THE NATURE OF THE BUSINESS, I HAVE

04:18PM  21    DOUBTS AS TO WHETHER I CAN SEPARATE OUT THOSE -- THAT FACT FROM

04:18PM  22    THE EVIDENCE IN THIS TRIAL.

04:18PM  23              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

04:18PM  24         LET'S HAND THE MICROPHONE DOWN, PLEASE, IF YOU WOULD.

04:18PM  25              THE CLERK:  I DON'T THINK HE CAN REACH.

04:18PM  1                THE COURT:  THAT'S A LONG REACH.

04:18PM  2          IF YOU COULD SING OUT YOUR JUROR NUMBER AGAIN.

04:18PM  3                PROSPECTIVE JUROR:  69.

04:18PM  4                THE COURT:  YES, SIR.  YOU HEARD MY QUESTION?

04:18PM  5                PROSPECTIVE JUROR:  NOT ENTIRELY.  SORRY, SIR.

04:18PM  6                THE COURT:  OH, YOU'RE ONE OF THE INDIVIDUALS WHO

04:18PM  7      RAISED YOUR HAND WHEN MR. COOPERSMITH ASKED IF ANYONE HAD

04:18PM  8      KNOWLEDGE OF THE ELIZABETH HOLMES CASE OR SPECIFICALLY THE

04:18PM  9      OUTCOME OF THAT CASE.

04:18PM 10          MY QUESTION IS BASED -- THE SOURCE OF YOUR KNOWLEDGE OF

04:19PM 11      THAT.

04:19PM 12          YOU TOLD US EARLIER WHEN YOU TALKED ABOUT YOUR FAMILY

04:19PM 13      WATCHING AND DOING THOSE THINGS, BUT I ALSO WANT TO KNOW

04:19PM 14      WHETHER OR NOT THAT KNOWLEDGE, WHAT YOU KNOW ABOUT THE CASE, AT

04:19PM 15      LEAST THE ELIZABETH HOLMES CASE, WHETHER OR NOT THAT WILL

04:19PM 16      AFFECT YOUR ABILITY TO BE A FAIR AND IMPARTIAL JUROR IN THIS

04:19PM 17      CASE THIS SEPARATE CASE AS TO MR. BALWANI?

04:19PM 18          THAT'S A SEPARATE QUESTION.

04:19PM 19                PROSPECTIVE JUROR:  JUST LIKE THE PREVIOUS QUESTION,

04:19PM 20      I CAN FOLLOW THE INSTRUCTIONS TO SEPARATE THE TWO, BUT, YOU

04:19PM 21      KNOW, I CAN'T HELP BUT BE KIND OF AFFECTED BY THE OUTCOME OF

04:19PM 22      THE OTHER CASE, DEFINITELY.

04:19PM 23                THE COURT:  OKAY.  AND HOW DO YOU MEAN BE AFFECTED

04:19PM 24      BY IT?  HOW WOULD THAT --

04:19PM 25                PROSPECTIVE JUROR:  WELL, IT'S A CLOSELY ASSOCIATED

04:19PM  1    CASE AND CONVICTION IN THAT CASE CAN HAVE -- YOU HAVE A

04:19PM  2    PREJUDGMENT OF THINGS.  BUT LIKE YOU SAID, I'LL DO MY BEST TO

04:20PM  3    FOLLOW YOUR INSTRUCTION TO SEPARATE THE TWO.

04:20PM  4         THE COURT:  WELL, THEY ARE -- THANK YOU.  THANK YOU.

04:20PM  5    AND THEY ARE TWO SEPARATE CASES.  THE CASES WERE SEPARATE.

04:20PM  6         HER CASE WAS TRIED, AND THE QUESTION AND CONCERN THAT WE

04:20PM  7    ALL HAVE IS BASED ON YOUR KNOWLEDGE OF WHAT HAPPENED THERE,

04:20PM  8    WHETHER OR NOT THAT'S GOING TO CAUSE YOU TO PERHAPS SAY, WELL,

04:20PM  9    THERE WERE VERDICTS IN THAT CASE SO I SHOULD APPLY THOSE SAME

04:20PM  10   VERDICTS TO THIS CASE, AND THAT'S HOW YOU COME TO THE CASE WITH

04:20PM  11   THAT, THAT IDEA.

04:20PM  12        IS THAT SOMETHING THAT YOU WOULD DO OR DO YOU THINK YOU

04:20PM  13   WOULD DO AS A JUROR?

04:20PM  14        PROSPECTIVE JUROR:  YEAH, I'LL -- LIKE I SAID, I

04:20PM  15   WILL FOLLOW THE INSTRUCTION, BUT THOSE THINGS ARE VERY

04:20PM  16   UNCONSCIOUSLY BE INFLUENCED, YOU KNOW, BY -- I CAN SAY THAT

04:21PM  17   HAPPEN, BUT I WILL DO MY BEST TO SEPARATE THE TWO.

04:21PM  18        THE COURT:  IF THE EVIDENCE IN THE CASE, AT THE END

04:21PM  19   OF THE CASE IF YOU WERE A JUROR, AND AFTER HEARING ALL OF THE

04:21PM  20   EVIDENCE AND WHEN YOU DISCUSS THE CASE WITH YOUR FELLOW JURORS,

04:21PM  21   AND YOU CAME TO THE OPINION THAT YOU DIDN'T THINK THE

04:21PM  22   GOVERNMENT PROVED THEIR CASE IN THIS CASE, YOU THOUGHT THERE

04:21PM  23   WERE GAPS IN THE EVIDENCE OR THEY DIDN'T PROVE THEIR CASE,

04:21PM  24   WOULD YOU BE INCLINED TO THINK, WELL, THEY DIDN'T PROVE THEIR

04:21PM  25   CASE HERE BUT THEY SURE GOT THAT GUILTY VERDICT IN ANOTHER

04:21PM 1    CASE, SO HE MUST BE GUILTY HERE, EVEN THOUGH I DON'T REALLY

04:21PM 2    THINK THEY PROVED IT?

04:21PM 3         DO YOU SEE THE DANGER IN THAT?

04:21PM 4              PROSPECTIVE JUROR:  I DO SEE THAT, BUT WHAT I'M

04:21PM 5    SAYING IS, LIKE I SAID, I FOLLOW DETAILED DOCUMENTARY ABOUT THE

04:21PM 6    CASE, I SAW THE LINK OF THE CASES, SO I CAN'T HELP EXPECTING

04:21PM 7    THAT IT WOULD AFFECT HOW I RECEIVED THE EVIDENCE EVEN PRESENTED

04:22PM 8    TO ME.  THAT'S WHAT I'M TRYING TO SAY.

04:22PM 9              THE COURT:  OKAY.

04:22PM 10             PROSPECTIVE JUROR:  THOSE ARE UNCONSCIOUSLY, YOU

04:22PM 11   KNOW.

04:22PM 12             THE COURT:  YOU CAN'T, I THINK IT'S BEEN PHRASED,

04:22PM 13   YOU CAN'T UNLEARN SOMETHING.

04:22PM 14             PROSPECTIVE JUROR:  ABSOLUTELY, THAT'S WHAT I'M

04:22PM 15   TRYING TO SAY.

04:22PM 16             THE COURT:  RIGHT.  BUT CAN YOU PUT THAT KNOWLEDGE

04:22PM 17   ASIDE AS YOU TAKE ON A NEW TASK, THAT'S A NEW TASK OF REVIEWING

04:22PM 18   INDEPENDENTLY AND OBJECTIVELY NEW EVIDENCE?  CAN YOU DO THAT?

04:22PM 19             PROSPECTIVE JUROR:  YEAH, THAT'S WHAT I'M GOING TO

04:22PM 20   DO.

04:22PM 21        WHAT I CAN'T PROMISE IS, YOU KNOW, KNOWING ALL OF THAT IS

04:22PM 22   GOING TO AFFECT HOW I RECEIVE THE EVIDENCE, YOU KNOW, THAT'S

04:22PM 23   THE THING AND THE THING I WANTED TO POINT OUT.

04:22PM 24             THE COURT:  OKAY.  DO YOU THINK IT WILL AFFECT YOUR

04:22PM 25   ABILITY TO JUDGE THE EVIDENCE AS YOU HEAR IT IN THIS CASE?  IS

04:22PM 1    THAT WHAT YOU'RE SAYING, SIR?  I'M SORRY, I MAY HAVE

04:22PM 2    MISUNDERSTOOD.

04:23PM 3           PROSPECTIVE JUROR:  IT MIGHT.  IF YOU COMPARE IT TO

04:23PM 4    SOMEBODY WHO HAS NO KNOWLEDGE ABOUT THE CASE AND ME, THE

04:23PM 5    EVIDENCE MIGHT BE RECEIVED DIFFERENTLY.  THAT'S WHAT I'M TRYING

04:23PM 6    TO POINT OUT.

04:23PM 7           THE COURT:  I SEE.  OKAY.  THANK YOU.

04:23PM 8         AND IF YOU CAN HAND THAT.

04:23PM 9           PROSPECTIVE JUROR:  72.

04:23PM 10          THE COURT:  YES.

04:23PM 11          PROSPECTIVE JUROR:  SO, YOUR HONOR, I JUST WANTED TO

04:23PM 12   BE TRANSPARENT, I HAVEN'T -- IT'S NOT A DETAILED, AND I HAVEN'T

04:23PM 13   BEEN FOLLOWING THE CASE LIKE IN DEPTH, BUT I'M AWARE OF THE

04:23PM 14   STARTUP BECAUSE OF MY INTEREST IN THE MEDICAL FIELD JUST

04:23PM 15   RELATED TO TECHNOLOGY AND THE RESPECT I HAVE FOR DOCTORS I'VE

04:23PM 16   ALWAYS BEEN GENERALLY FOLLOWING.  SO I HEARD THIS WAS A STARTUP

04:23PM 17   THAT STARTED THIS TECHNOLOGY AND THEN THIS OUTCOME HAPPENED, SO

04:23PM 18   THAT'S THE ONLY EXTENT OF MY KNOWLEDGE.

04:23PM 19        AS I MENTIONED BEFORE, BECAUSE OF MY DEEP RESPECT FOR THE,

04:24PM 20   YOU KNOW, THE MEDICAL PROFESSION, I DO COME WITH A PRETTY

04:24PM 21   STRONG OPINION -- I DO FEEL A SENSE OF BETRAYAL IF SOMEONE WAS

04:24PM 22   A CONSUMER AND COULD BE A CONSUMER AND SOMETHING LIKE THIS, I

04:24PM 23   DO COME WITH THE OPINION ON THAT ASPECT.  SO THAT IS SOMETHING

04:24PM 24   THAT -- I'M NOT SURE IF I WOULD BE AS MUCH AS I WOULD FOLLOW

04:24PM 25   YOUR INSTRUCTION AND ADVICE, I DO COME WITH THAT STRONG OPINION

04:24PM 1    AND ADVOCACY TOWARDS ONE SIDE.

04:24PM 2            THE COURT:  I SEE.

04:24PM 3            PROSPECTIVE JUROR:  AND HAVING -- FEELING THAT SENSE

04:24PM 4    OF BETRAYAL AND THE TRUST I HAVE IN THE OVERALL SYSTEM IS

04:24PM 5    MAKING ME A LITTLE BIT CONFLICTED AS MUCH AS I WANT TO KEEP

04:24PM 6    THOSE TWO THINGS SEPARATE.

04:24PM 7            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

04:24PM 8            PROSPECTIVE JUROR:  THAT'S MY STANCE ON THIS.

04:24PM 9            THE COURT:  THANK YOU.  THANK YOU.

04:24PM 10       AND NOW WE'LL GO BACK TO I THINK IS IT 77?

04:24PM 11           PROSPECTIVE JUROR:  YES.  SO I REITERATE WHAT JUROR

04:25PM 12   NUMBER 1 SAID JUST THAT I KNOW ABOUT THE OUTCOME OF

04:25PM 13   ELIZABETH HOLMES'S TRIAL, AND I'VE WORKED FOR STARTUPS AND I

04:25PM 14   KNOW HOW CLOSELY CONNECTED EVERYBODY IS, CEO, CFO, COO,

04:25PM 15   ET CETERA, ET CETERA.  SO THAT'S WHY MY BIAS WAS TOWARDS YOU

04:25PM 16   KNEW MORE OR WAS INVOLVED MORE IN THE TOTAL OPERATIONS OF THE

04:25PM 17   ENTIRE COMPANIES, SO THAT WAS MY BIAS LEANING TOWARDS, YES, HE

04:25PM 18   IS GUILTY.

04:25PM 19       I HAVE NOT HEARD THE EVIDENCE, THOUGH.  SO THAT IS

04:25PM 20   SOMETHING THAT I AM WILLING TO LOOK AT OPEN MINDEDLY.

04:25PM 21       IF THE PROSECUTION CANNOT PRESENT A CASE WHERE I FEEL IT'S

04:25PM 22   100 PERCENT FOLLOWING YOUR GUIDELINES THAT HE'S GUILTY, THEN I

04:25PM 23   WOULD MAKE -- MY VOTE WOULD BE FOR NOT GUILTY.

04:26PM 24       SO I THINK I CAN BE IMPARTIAL TO LISTEN TO THE EVIDENCE

04:26PM 25   AND SEE IF, YOU KNOW, WHAT IS PRESENTED AND, YOU KNOW, MAKE MY

04:26PM 1    ASSESSMENT FROM THERE.

04:26PM 2           THE COURT:  OKAY.  THANK YOU.

04:26PM 3      I'M GOING TO ASK THESE LAWYERS IF THEY HAVE QUESTIONS FOR

04:26PM 4    YOU NOW.

04:26PM 5      MR. SCHENK.

04:26PM 6           MR. SCHENK:  NO.  THANK YOU.  NOTHING FURTHER.

04:26PM 7           THE COURT:  MR. COOPERSMITH.

04:26PM 8           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:26PM 9      DO YOU MIND IF I STAND HERE, YOUR HONOR?

04:26PM 10          THE COURT:  NO, NOT AT ALL.

04:26PM 11          THE CLERK:  MR. COOPERSMITH, COULD YOU PULL YOUR

04:26PM 12    MIKE TOWARD YOU?

04:26PM 13          MR. COOPERSMITH:  I COULD.  THANK YOU.

04:26PM 14      SO THANK YOU FOR STAYING LATE.  I'M NOT SURE YOU HAD A

04:26PM 15    CHOICE, BUT THANK YOU ANYWAY.

04:26PM 16      AND LET ME START WITH JUROR NUMBER 1.

04:26PM 17      SO, SIR, CAN YOU TELL ME MORE ABOUT THIS WEBSITE YOU

04:26PM 18    MENTIONED, ARS TECHNICA?  I HAVE NOT HAD A CHANCE TO CHECK IT

04:27PM 19    OUT IN THE TIME WE HAVE HAD HERE, BUT CAN YOU TELL ME MORE

04:27PM 20    ABOUT WHAT IT IS LIKE?  THANK YOU.

04:27PM 21          PROSPECTIVE JUROR:  YES.  SO ARS TECHNICA IS A

04:27PM 22    SCIENCE NEWS WEBSITE THAT COVERS TECHNOLOGY.  THERE'S SOME

04:27PM 23    PRETTY GOOD SCIENCE REPORTING AS WELL.  THEY, LIKE, DO

04:27PM 24    SUMMARIES ON MEDICAL JOURNALS AND NEW TECHNOLOGY, WHITE PAPERS.

04:27PM 25      THEY ALSO REPORT ON TECHNOLOGY LEGISLATION, SO THINGS THAT

04:27PM   1    ARE HAPPENING IN WASHINGTON OR CALIFORNIA AND ALSO THINGS LIKE

04:27PM   2    THE ELIZABETH HOLMES TRIAL BECAUSE IT WAS SUCH A HIGH PROFILE

04:27PM   3    CASE INVOLVING A SILICON VALLEY STARTUP THAT RECEIVED MUCH

04:27PM   4    FANFARE AND "WIRED" MAGAZINE SO MANY YEARS AGO, AND JUST IT WAS

04:28PM   5    A GOOD STORY TO READ, AND IT'S ALSO VERY DIGESTIBLE FOR ME TO

04:28PM   6    FOLLOW ALONG.

04:28PM   7            MR. COOPERSMITH:  OKAY.  DID THEY COVER THE HOLMES

04:28PM   8    TRIAL PRETTY EXTENSIVELY AT THAT WEBSITE?

04:28PM   9            PROSPECTIVE JUROR:  I THINK SO.  I REMEMBER READING

04:28PM  10    IT AT LEAST ONCE OR TWICE A WEEK THEY WOULD POST UPDATES TO

04:28PM  11    INCLUDE SUMMARIES OF TESTIMONY IN THE -- DURING THE DAYS.

04:28PM  12            MR. COOPERSMITH:  SO WAS IT ONCE OR TWICE A WEEK

04:28PM  13    DURING THE COURSE OF THE WHOLE HOLMES TRIAL THAT THEY REPORTED

04:28PM  14    IT?

04:28PM  15            PROSPECTIVE JUROR:  I BELIEVE SO, YES.

04:28PM  16            MR. COOPERSMITH:  AND HOW ABOUT BEFORE THE HOLMES

04:28PM  17    TRIAL?

04:28PM  18            PROSPECTIVE JUROR:  I DID READ OTHER NEWS ARTICLES

04:28PM  19    REGARDING THE THERANOS INVESTIGATION, SUMMARIES OF -- WELL, I

04:28PM  20    DIDN'T WATCH DOCUMENTARIES OR T.V. SHOWS.  I WOULD, LIKE, READ

04:28PM  21    THE REVIEWS ON THOSE SHOWS AND HOW THEY TRACK WITH OTHER

04:28PM  22    TESTIMONIES AND EVIDENCE.

04:28PM  23            MR. COOPERSMITH:  OKAY.  AND THE AVERAGE STORY ABOUT

04:28PM  24    THE HOLMES TRIAL DURING THE COURSE OF IT, THAT WAS ON

04:29PM  25    ARS TECHNICA, ABOUT HOW LONG WOULD THAT STORY BE?  WOULD IT BE

04:29PM  1    A SHORT BLURB OR A LONGER PIECE?

04:29PM  2              PROSPECTIVE JUROR:  IT WAS REASONABLY LONG.  I WOULD

04:29PM  3    SAY -- I DIDN'T DO A WORD COUNT, BUT IT WOULD TAKE ME ABOUT 10

04:29PM  4    TO 15 MINUTES TO READ.

04:29PM  5              MR. COOPERSMITH:  OKAY.  SO THERE WAS SOME DETAIL IN

04:29PM  6    THE ARTICLES THAT YOU RECALL?

04:29PM  7              PROSPECTIVE JUROR:  CORRECT.

04:29PM  8              MR. COOPERSMITH:  DID YOU KIND OF FEEL AS YOU WERE

04:29PM  9    FOLLOWING THAT, YOU KNOW, A COUPLE TIMES A WEEK OR SOMETHING,

04:29PM  10   IT WAS ALMOST LIKE YOU WERE THERE?  IS THAT HOW YOU WERE

04:29PM  11   FEELING?

04:29PM  12             PROSPECTIVE JUROR:  UM, I WOULDN'T SAY I FELT LIKE I

04:29PM  13   WAS THERE BECAUSE I KNOW -- EVEN THOUGH I NEVER SAT THROUGH A

04:29PM  14   TRIAL, I KNOW HOW LONG IT TAKES.  SO 15 MINUTES WITH ME SITTING

04:29PM  15   IN A CHAIR IS NOTHING COMPARED TO BEING THERE, BUT I THINK I

04:29PM  16   GOT A GOOD IDEA OF THE -- I DID FEEL LIKE I HAD A GOOD SUMMARY

04:29PM  17   OF THE EVIDENCE PRESENTED.

04:29PM  18             MR. COOPERSMITH:  SO IN THE ARTICLES DID THEY

04:29PM  19   ACTUALLY GO INTO SPECIFIC EVIDENCE THAT WAS PRESENTED DURING

04:29PM  20   THE TRIAL AND THAT SORT OF THING?

04:29PM  21             PROSPECTIVE JUROR:  YES.

04:29PM  22             MR. COOPERSMITH:  AND THAT WAS INTERESTING TO YOU?

04:30PM  23             PROSPECTIVE JUROR:  YES.

04:30PM  24             MR. COOPERSMITH:  OKAY.  DO YOU AGREE WITH THE

04:30PM  25   VERDICT IN THE HOLMES CASE?

04:30PM  1                    PROSPECTIVE JUROR:  YES.

04:30PM  2                    MR. COOPERSMITH:  OKAY.  NOTHING FURTHER FOR

04:30PM  3     JUROR 1.

04:30PM  4          IF WE CAN PASS THE MICROPHONE.

04:30PM  5                    PROSPECTIVE JUROR:  SORRY.

04:30PM  6                    MR. COOPERSMITH:  THANK YOU.  I APPRECIATE IT.

04:30PM  7          WE'LL GO TO 69.  THANK YOU, SIR.

04:30PM  8          OKAY.  WE WERE TALKING BEFORE ABOUT THIS JUROR 69, AND YOU

04:30PM  9     WERE TELLING ME THAT YOU AND YOUR FAMILY WERE GETTING PRETTY

04:30PM 10     DEEPLY INVOLVED IN READING AND WATCHING THINGS ABOUT THE

04:30PM 11     THERANOS CASE; IS THAT RIGHT?

04:30PM 12                    PROSPECTIVE JUROR:  CORRECT.

04:30PM 13                    MR. COOPERSMITH:  AND IF YOU COULD REMIND ME, WHAT

04:30PM 14     WAS THE PRIMARY SOURCE?  I THINK YOU SAID IT WAS A DOCUMENTARY

04:30PM 15     THAT YOU WATCHED?

04:30PM 16                    PROSPECTIVE JUROR:  YES.  IT WAS AN HBO DOCUMENTARY

04:30PM 17     CALLED "OUT FOR BLOOD."

04:31PM 18                    MR. COOPERSMITH:  OKAY.

04:31PM 19                    PROSPECTIVE JUROR:  SO WE WATCHED IT A FEW TIMES AND

04:31PM 20     THAT'S WHAT I SAID.

04:31PM 21                    MR. COOPERSMITH:  OKAY.  WAS IT THE "OUT FOR BLOOD"

04:31PM 22     DOCUMENTARY THAT ACTUALLY REPORTED THE INFORMATION ABOUT HOLMES

04:31PM 23     VERDICT?

04:31PM 24                    PROSPECTIVE JUROR:  NO, BECAUSE IT CAME PRIOR.  2019

04:31PM 25     I THINK IS WHEN IT CAME FIRST.

04:31PM   1          MR. COOPERSMITH:  RIGHT.

04:31PM   2          PROSPECTIVE JUROR:  BUT LIKE I SAID, A VERY DETAILED

04:31PM   3    ACCOUNT OF THE COMPANY STARTED TO COLLAPSE, AND SO THAT KIND OF

04:31PM   4    PEAKED OUR INTEREST AND FOLLOWED THE POSTPONEMENT OF THE TRIAL

04:31PM   5    A FEW TIMES OF ELIZABETH HOLMES.

04:31PM   6        AND WHEN IT STARTED, YOU KNOW, WE DIDN'T FOLLOW EVERYTHING

04:31PM   7    BUT WE KEPT UP, YOU KNOW, UP TO THE CONVICTION.

04:31PM   8          MR. COOPERSMITH:  AND WHAT WAS YOUR SOURCE OF NEWS

04:31PM   9    OR OTHER INFORMATION ABOUT THE ACTUAL OUTCOME?

04:31PM  10          PROSPECTIVE JUROR:  T.V. CHANNELS AND ONLINE NEWS

04:31PM  11    JUST COMMENTING ON.

04:31PM  12          MR. COOPERSMITH:  AND WHEN YOU HEARD ABOUT THAT

04:31PM  13    OUTCOME, DID YOU THEN SORT OF SEEK OUT OTHER INFORMATION TO

04:32PM  14    LEARN MORE ABOUT IT OR ANYTHING LIKE THAT?

04:32PM  15          PROSPECTIVE JUROR:  WE JUST -- WHATEVER CAME OUT, WE

04:32PM  16    DISCUSSED IT AND TALKED ABOUT IT, BUT THAT'S ABOUT IT.

04:32PM  17          MR. COOPERSMITH:  OKAY.  AND HAVING FOLLOWED THE

04:32PM  18    CASE AND WATCHING "OUT FOR BLOOD," DO YOU AGREE WITH THE

04:32PM  19    VERDICT AS YOU KNOW IT?

04:32PM  20          PROSPECTIVE JUROR:  I DO.

04:32PM  21          MR. COOPERSMITH:  OKAY.  JUROR 72, IF YOU COULD PASS

04:32PM  22    IT RIGHT OVER.  THANK YOU.

04:32PM  23        I THINK YOU SAID THAT YOU FOLLOWED THE CASE AS WELL, THE

04:32PM  24    HOLMES CASE; IS THAT RIGHT?

04:32PM  25          PROSPECTIVE JUROR:  NOT IN DETAIL.  NOT IN DEPTH

04:32PM 1    COMPARED TO MY OTHER COLLEAGUES HERE, JUST THE START AND THE

04:32PM 2    END.

04:32PM 3            MR. COOPERSMITH:  OKAY.  AND WHAT WAS YOUR PRIMARY

04:32PM 4    SOURCE OF INFORMATION ABOUT THE CASE?

04:32PM 5            PROSPECTIVE JUROR:  IT WAS JUST, I THINK, YOU KNOW,

04:32PM 6    NEWS, SOCIAL MEDIA, AND ONLINE, JUST THE NEWS.

04:32PM 7        AND ALSO JUST GENERAL INTEREST IN MEDICAL TECHNOLOGY AND

04:33PM 8    TRYING TO SEE WHAT STARTUPS ARE DOING WHAT KIND OF DEVICE

04:33PM 9    TECHNOLOGY.

04:33PM 10           MR. COOPERSMITH:  OKAY.  AND WHEN YOU DID LOOK AT

04:33PM 11   INFORMATION ABOUT THE THERANOS CASE, WAS IT SOMETHING THAT YOU

04:33PM 12   WERE SEEKING OUT OR DID IT COME ACROSS YOUR SCREEN?

04:33PM 13           PROSPECTIVE JUROR:  IT CAME ACROSS MY SCREEN, AND I

04:33PM 14   READ IT MORE TO SEE WHAT IS THIS THING AND TO UNDERSTAND WHAT

04:33PM 15   THE TECHNOLOGY IS ABOUT.

04:33PM 16           MR. COOPERSMITH:  AND BECAUSE OF YOUR FIELD, IT

04:33PM 17   HAD -- HAD HELD SOME INTEREST FOR YOU; IS THAT FAIR?

04:33PM 18           PROSPECTIVE JUROR:  NOT BECAUSE OF THE FIELD, BUT

04:33PM 19   JUST IN GENERAL, YOU KNOW, I -- MY INTEREST AND MY, YOU KNOW,

04:33PM 20   THE MEDICAL CONDITIONS, MYSELF, MY FAMILY MEMBERS, AND JUST MY

04:33PM 21   GENERAL INTEREST IN THE MEDICAL FIELD, THE TECHNOLOGY FIELD AND

04:33PM 22   MEDICINE IN GENERAL, THIS WAS A TOPIC FOR ME AND INTEREST ALL

04:33PM 23   OF MY LIFE.

04:33PM 24           MR. COOPERSMITH:  OKAY.  SO BASED ON THAT

04:33PM 25   INFORMATION THAT YOU REVIEWED, DID YOU HAVE AN OPINION OR DO

04:33PM  1       YOU STILL HOLD AN OPINION ABOUT THERANOS AND MS. HOLMES'S AND

04:33PM  2    MR. BALWANI?

04:33PM  3              PROSPECTIVE JUROR:  I DON'T KNOW.  I DON'T THINK SO.

04:33PM  4              MR. COOPERSMITH:  YOU DON'T HAVE AN OPINION?

04:34PM  5              PROSPECTIVE JUROR:  WELL, I DID -- I WAS A LITTLE

04:34PM  6    DISAPPOINTED TO HEAR THAT THINGS DID NOT, YOU KNOW -- THE WAY

04:34PM  7    THINGS -- ALL OF THESE, UM, UM ISSUES THAT HAPPENED WITH THE

04:34PM  8    COMPANY AND IT WAS JUST DISAPPOINTING THAT, YOU KNOW, SOMETHING

04:34PM  9    IS THERE FOR THE ADVANCEMENT OF MEDICAL TECHNOLOGY AND MEDICINE

04:34PM  10   AND ALL OF THAT STUFF AND WE'RE NOT GETTING WHAT WE COULD BE

04:34PM  11   GETTING, AND SO THAT WAS DISAPPOINTING FOR ME.

04:34PM  12             MR. COOPERSMITH:  I SEE.  YOU WERE DISAPPOINTED THAT

04:34PM  13   THE COMPANY DIDN'T SUCCEED?

04:34PM  14             PROSPECTIVE JUROR:  YEAH, YEAH.  JUST THE WHOLE

04:34PM  15   CONCEPT OF TRYING TO DO SOMETHING, AND WE HAVE COVID VACCINES

04:34PM  16   AND THINGS ARE HAPPENING AND IF I FIND OUT TOMORROW THAT IT'S

04:34PM  17   NOT WHAT IT'S SUPPOSED TO BE, IT FEELS LIKE A BETRAYAL.  THAT'S

04:34PM  18   IT.

04:34PM  19             MR. COOPERSMITH:  OKAY.  AND WHEN YOU SAY

04:34PM  20   "BETRAYAL," CAN YOU TELL ME WHY YOU FEEL THAT?  WHAT IS THE

04:34PM  21   BETRAYAL EXACTLY?

04:34PM  22             PROSPECTIVE JUROR:  BECAUSE I TRUST DOCTORS,

04:34PM  23   MEDICINE, AND DOCTORS, AND ANYTHING RELATED TO MEDICAL

04:34PM  24   TECHNOLOGY WITH MY LIFE, AND SO IF THERE IS SOMETHING THAT IS

04:35PM  25   HAPPENING FOR THE BETTERMENT OF OUR HEALTH AND OUR LIFE AND

04:35PM 1   EVERYTHING, AND THOSE VERY PEOPLE ARE DEFRAUDING THE SYSTEM OR

04:35PM 2   CREATING ISSUES, THAT'S CONCERNING FOR ME.  IT'S AN OPINION --

04:35PM 3   I WILL HAVE AN OPINION ABOUT IT.  I WILL NOT TRUST THEM.

04:35PM 4           MR. COOPERSMITH:  AND IS THAT WHAT YOU THINK

04:35PM 5   HAPPENED?

04:35PM 6           PROSPECTIVE JUROR:  YEAH.

04:35PM 7           MR. COOPERSMITH:  OKAY.  AND HAVING LEARNED THAT

04:35PM 8   THERE WAS AN OUTCOME IN THE HOLMES CASE, DO YOU AGREE WITH THE

04:35PM 9   OUTCOME?

04:35PM 10          PROSPECTIVE JUROR:  IT WAS CONSISTENT, LIKE

04:35PM 11  SOMETHING HAPPENED AND IT WAS PROVEN IN THE COURT OF LAW.  SO

04:35PM 12  THAT JUST MAKES ME EVEN MORE SKEPTICAL.

04:35PM 13          MR. COOPERSMITH:  OKAY.  THANK YOU.

04:35PM 14      LAST BUT NOT LEAST, JUROR NUMBER 77.

04:35PM 15      THANK YOU FOR TAKING THE MICROPHONE AGAIN.

04:35PM 16      TELL ME, WHAT WAS AGAIN YOUR PRIMARY SOURCE OF

04:35PM 17  INFORMATION, ESPECIALLY HOW YOU LEARNED ABOUT THE OUTCOME IN

04:35PM 18  THE HOLMES CASE?

04:36PM 19          PROSPECTIVE JUROR:  NEWS SOURCES.  IT WOULD HAVE

04:36PM 20  BEEN ONLINE, CNN, "NEW YORK TIMES," "THE WALL STREET JOURNAL,"

04:36PM 21  IT WAS BLASTED ALL OVER THE NEWS CHANNELS AND ABC.

04:36PM 22          MR. COOPERSMITH:  AND DID YOU GLANCE IN THE

04:36PM 23  HEADLINES IN THE WRITTEN MEDIA OR DID YOU ACTUALLY READ THE

04:36PM 24  ARTICLES?

04:36PM 25          PROSPECTIVE JUROR:  FOR THIS PART MOSTLY GLANCED AT

04:36PM 1    THE HEADLINES AND KIND OF SAW THAT THE VERDICT HAD COME IN AND

04:36PM 2    THAT IT WAS GUILTY.

04:36PM 3              MR. COOPERSMITH:  OKAY.

04:36PM 4              PROSPECTIVE JUROR:  I COULDN'T GIVE YOU ON ALL

04:36PM 5    COUNTS.

04:36PM 6              MR. COOPERSMITH:  OKAY.  AND DID YOU FOLLOW THE

04:36PM 7    TRIAL AS IT WAS GOING ON LAST YEAR?

04:36PM 8              PROSPECTIVE JUROR:  I DID NOT.

04:36PM 9              MR. COOPERSMITH:  YOU DIDN'T?

04:36PM 10       YOU DIDN'T GET ANY UPDATES AT ALL WHILE THE TRIAL WAS

04:36PM 11   GOING ON?

04:36PM 12             PROSPECTIVE JUROR:  I THINK A FEW BLURBS HERE AND

04:36PM 13   THERE, BUT IT WASN'T ANYTHING THAT I WAS FOCUSSED ON.

04:36PM 14             MR. COOPERSMITH:  OKAY.  WHEN YOU HEARD ABOUT THE

04:36PM 15   VERDICT, DID YOU TALK ABOUT IT WITH OTHER PEOPLE?

04:36PM 16             PROSPECTIVE JUROR:  MY HUSBAND AND I MAY HAVE

04:36PM 17   MENTIONED IT IN PASSING, BUT NOTHING --

04:36PM 18             MR. COOPERSMITH:  OKAY.

04:36PM 19             PROSPECTIVE JUROR:  -- EXTENSIVE.

04:36PM 20             MR. COOPERSMITH:  DO YOU RECALL WHETHER YOU

04:37PM 21   EXPRESSED AN OPINION ABOUT HOW YOU FELT ABOUT IT OR ANYTHING

04:37PM 22   LIKE THAT?

04:37PM 23             PROSPECTIVE JUROR:  I THINK WE BOTH SAID THAT SHE

04:37PM 24   WAS FOUND GUILTY, AND WE SAID WE AGREED WITH THE VERDICT.

04:37PM 25             MR. COOPERSMITH:  OKAY.  THANK YOU.

04:37PM 1          I HAVE NOTHING FURTHER ON THIS TOPIC.

04:37PM 2             THE COURT:  I'M CURIOUS, HOW CAN EACH OF YOU SAY YOU

04:37PM 3   AGREE WITH THE VERDICT?  IS THAT BASED ON JUST WHAT YOU'VE

04:37PM 4   READ?

04:37PM 5          YOU WEREN'T JURORS IN THE CASE, I KNOW THAT.  BUT WHEN YOU

04:37PM 6   SAY YOU AGREE WITH THE VERDICT, IS THAT BASED ON JUST PERSONAL

04:37PM 7   OPINIONS OR YOU AGREE WITH WHAT YOU READ, OR WHAT IS THE BASIS

04:37PM 8   OF THAT?  JUROR NUMBER 77, YOU HAVE THE MIKE.

04:37PM 9             PROSPECTIVE JUROR:  IT'S BASED ON THE NATURE OF THE

04:37PM 10  MEDICAL DEVICE STARTUP, AND WHEN I FIRST LEARNED ABOUT

04:37PM 11  ELIZABETH HOLMES I SAW THIS GREAT STORY ABOUT HER AND WHAT SHE

04:37PM 12  WAS TRYING TO DO, ET CETERA, ET CETERA, AND THEN I HAD READ

04:37PM 13  STORIES THAT IT WAS STARTING TO UNRAVEL AND SO IT PEAKED MY

04:37PM 14  INTEREST.

04:37PM 15      IT WAS VERY DISAPPOINTING BECAUSE I THOUGHT AT THE TIME

04:37PM 16  THE TECHNOLOGY WAS REALLY GREAT.

04:38PM 17      SO I DIDN'T DELVE INTO IT.  I WASN'T LOOKING FOR

04:38PM 18  INFORMATION 24/7, BUT I WOULD HEAR BLURBS, AND THEN I WOULD

04:38PM 19  HEAR THAT SHE WAS GOING TO TRIAL.

04:38PM 20        AND THAT I WATCHED A LITTLE BIT OF THE RECAP OF THE TRIAL

04:38PM 21  I THINK ON CNN, OR SOMETHING, AND I GUESS I'M BASING MY OPINION

04:38PM 22  ON MY EXPERIENCE IN A MEDICAL DEVICE STARTUP AND STARTUPS IN

04:38PM 23  GENERAL AND KIND OF THE RELATIONSHIPS AND SOME OF THE EVIDENCE

04:38PM 24  THAT I'VE HEARD, AND THEN THE GUILTY VERDICT, AND IT JUST FELL

04:38PM 25  IN LINE WITH KIND OF WHAT I KNOW ABOUT HOW STARTUPS RUN,

04:38PM  1    ET CETERA, ET CETERA, AND I JUST AGREED WITH THE OUTCOME.

04:38PM  2         THE COURT:  OKAY.  AND WHY WOULD YOU SAY YOU

04:38PM  3    DISAGREE WITH THE VERDICT OR WHY WOULD YOU -- CAN YOU TELL ME

04:38PM  4    THAT?  WHAT WOULD BE YOUR OPINION ABOUT DISAGREEING WITH A

04:38PM  5    VERDICT?  WHAT WOULD IT CAUSE YOU TO, JUST BASED ON WHAT YOU

04:38PM  6    KNOW, WHAT WOULD YOU THINK WOULD CAUSE YOU TO DISAGREE WITH A

04:39PM  7    VERDICT IN THAT CASE?

04:39PM  8         DO YOU UNDERSTAND MY QUESTION?

04:39PM  9         PROSPECTIVE JUROR:  I GUESS.  I DON'T KNOW.  I GUESS

04:39PM  10   FROM THE EVIDENCE I HAD HEARD AND I HAD READ I JUST AGREED WITH

04:39PM  11   THE OUTCOME.

04:39PM  12        THE COURT:  OKAY.  SO THE SOURCE OF THE UNIVERSE OF

04:39PM  13   YOUR INFORMATION WAS WHAT YOU TOLD US, AND BASED ON THAT YOU

04:39PM  14   AGREE WITH THE OUTCOME?

04:39PM  15        PROSPECTIVE JUROR:  YES.

04:39PM  16        THE COURT:  AND INCLUDING THERE WERE SOME NOT GUILTY

04:39PM  17   VERDICTS, DID YOU AGREE WITH THOSE?

04:39PM  18        PROSPECTIVE JUROR:  THAT I DID NOT REALLY PAY

04:39PM  19   ATTENTION TO.

04:39PM  20        THE COURT:  OKAY.  I SEE.  THANK YOU.

04:39PM  21        COULD YOU -- I'M JUST CURIOUS ABOUT ANSWERS TO THAT

04:39PM  22   QUESTION.

04:39PM  23        JUROR 7 -- EXCUSE ME, 69 IS IT?  YES.

04:39PM  24        PROSPECTIVE JUROR:  YES, SIR.

04:39PM  25        WHAT WAS THE QUESTION?

04:39PM 1          THE COURT:  WELL, I'M CURIOUS, YOU WERE NOT JURORS

04:39PM 2    IN THE CASE, AND YOU SAID -- YOU TOLD US YOU AGREED WITH THE

04:40PM 3    VERDICTS.

04:40PM 4          AND IS THAT BASED JUST ON THE INFORMATION, THE WATCHING

04:40PM 5    AND THE LISTENING TO NEWS?  IS THAT WHAT THAT WAS BASED ON?

04:40PM 6          PROSPECTIVE JUROR:  CORRECT.

04:40PM 7          THE COURT:  I SEE.

04:40PM 8          PROSPECTIVE JUROR:  I MEAN, I LEARNED A GREAT DEAL

04:40PM 9    THAT SHE WAS OVERSEEING, YOU KNOW, I MEAN, A BIG DECEIT

04:40PM 10   BASICALLY GOING ON.  SHE WAS OVERSEEING DECEITFUL LAB RESULTS

04:40PM 11   AND TESTS BEING DONE ON A DIFFERENT MACHINE AND BEING REPORTED

04:40PM 12   ON BEING DONE ON A NEW MACHINE AND ALL OF THAT AND ENDANGERING

04:40PM 13   PEOPLE'S LIVES.

04:40PM 14         THE COURT:  YES, THESE ARE THINGS THAT YOU READ

04:40PM 15   ABOUT IN THE MEDIA?

04:40PM 16         PROSPECTIVE JUROR:  YES, ABSOLUTELY.

04:40PM 17         THE COURT:  I SEE.

04:40PM 18         PROSPECTIVE JUROR:  I WASN'T PART OF THE JURY, BUT

04:40PM 19   THAT INDICATES, YOU KNOW, GUILT.

04:40PM 20         THE COURT:  I SEE.

04:40PM 21         PROSPECTIVE JUROR:  WHETHER IT'S THE SAME INDICTMENT

04:40PM 22   OR NOT, I'M NOT SURE ABOUT THAT.

04:40PM 23         THE COURT:  YEAH.  OKAY.  NO.

04:40PM 24         PROSPECTIVE JUROR:  THAT'S WHY I AGREE WITH THE --

04:40PM 25         THE COURT:  BASED ON WHAT YOU SAW, YOU READ, AND YOU

04:41PM 1    HEARD.

04:41PM 2        IS THERE ANY WAY THAT BASED ON WHAT YOU SAW, HEARD, OR

04:41PM 3    READ, THAT YOU THINK SHE WAS NOT GUILTY OR YOU COULD SAY SHE'S

04:41PM 4    NOT GUILTY?

04:41PM 5            PROSPECTIVE JUROR:  WELL, WHAT WAS PRESENTED, YOU

04:41PM 6    KNOW, START TO FINISH WAS OVERWHELMING EVIDENCE.  YOU KNOW, THE

04:41PM 7    STORIES MADE SENSE FROM THE START.

04:41PM 8            THE COURT:  I SEE.

04:41PM 9            PROSPECTIVE JUROR:  AND IT'S VERY HARD TO.

04:41PM 10           THE COURT:  I SEE.

04:41PM 11       SAME QUESTION FOR 72.

04:41PM 12           PROSPECTIVE JUROR:  I THINK FOR ME IT'S NOT ONE

04:41PM 13   INDIVIDUAL BUT THE ENTIRE SYSTEM, THE ENTIRE ECOSYSTEM OF THE

04:41PM 14   SITUATION OF THIS CASE.

04:41PM 15       PROBABLY A LITTLE BIT MORE EMOTION DRIVEN THAN LOGIC, I

04:41PM 16   MUST CONFESS BECAUSE I HAD CERTAIN EXPECTATIONS FROM THE

04:41PM 17   UPHOLDERS OF OUR SOCIETY, WHETHER IT BE LAW OR MEDICINE OR

04:41PM 18   ANYTHING ELSE.

04:41PM 19       SO FOR ME THE FACT THAT THIS EVEN HAPPENED AND PEOPLE'S

04:41PM 20   TRUST WAS BROKEN AND MORE IMPORTANTLY TAMPERING WITH LIKE TEST

04:42PM 21   RESULTS AND IS SOMETHING UNACCEPTABLE, ESPECIALLY --

04:42PM 22           THE COURT:  AND YOUR KNOWLEDGE OF THIS IS FROM WHAT

04:42PM 23   YOU'VE READ?

04:42PM 24           PROSPECTIVE JUROR:  YEAH.  AGAIN, TO BE COMPLETELY

04:42PM 25   HONEST, I DIDN'T -- I WAS EXCITED ABOUT A DEVICE STARTUP,

04:42PM 1     THAT'S EXCITING, RIGHT?

04:42PM 2          ALL OF THE TIME WE LIVE IN SILICON VALLEY, AND WE'RE LUCKY

04:42PM 3     TO HAVE SUCH TECHNOLOGIES COME UP HERE, BUT THEN THE EMOTIONAL

04:42PM 4     ASPECT OF MY TRUST IN, YOU KNOW THE -- TO TAKE SOMETHING THAT

04:42PM 5     PEOPLE TRUST IMPLICITLY, MEDICAL STUFF, IT'S THE PRINCIPLE OF

04:42PM 6     IT FOR ME.

04:42PM 7          SO IT'S HARD FOR ME TO -- EVEN IF I WERE GIVEN ALL OF THE

04:42PM 8     EVIDENCE, THERE HAS TO BE SOMETHING, HOW CAN SOMETHING LIKE

04:42PM 9     THIS JUST COME UP.

04:42PM 10              THE COURT:  ALL RIGHT.  THANK YOU.

04:42PM 11              PROSPECTIVE JUROR:  YEAH.

04:42PM 12              THE COURT:  JUROR NUMBER 1, WHAT IS YOUR SOURCE?  I

04:42PM 13    THINK YOU CAN PERHAPS JUST SPEAK AND WE'LL -- WHILE IT GETS TO

04:42PM 14    YOU.

04:42PM 15              PROSPECTIVE JUROR:  SO LIKE --

04:43PM 16              THE COURT:  WHAT IS YOUR SOURCE OF INFORMATION?  AND

04:43PM 17    IS YOUR OPINION THAT YOU AGREE WITH THE VERDICT JUST BASED ON

04:43PM 18    WHAT YOU READ THAT YOU'VE TOLD US?  IS THAT --

04:43PM 19              PROSPECTIVE JUROR:  YEAH.  SO AS I KIND OF ALLUDED

04:43PM 20    TO YOU EARLIER, THE ARS TECHNICA PIECES AND SOME OTHER

04:43PM 21    SMATTERING OF NEWS SOURCES WOULD PRESENT PIECES OF EVIDENCE, I

04:43PM 22    THINK WALGREENS ISSUED SUIT, THERE'S FALSIFIED DOCUMENTS THAT

04:43PM 23    WERE INTRODUCED.  KIND OF FACTUAL THINGS THAT WERE INTRODUCED,

04:43PM 24    THAT WERE INTRODUCED TO ME THROUGH THESE NEWS ARTICLES, AND I

04:43PM 25    ASSESSED MY JUDGMENT, AND KNOWING HOW STARTUPS WORK AND KIND OF

04:43PM 1    THIS -- HOW THEY'RE FUNDED IS VERY BOTTLENECKED.  IT'S NOT A

04:43PM 2    BIG -- IT'S NOT LIKE GOING TO A BANK AND PEOPLE SIGN OFF.

04:43PM 3              THE COURT:  SURE.

04:43PM 4              PROSPECTIVE JUROR:  IT'S PEOPLE MAKING HANDSHAKE

04:44PM 5    DEALS AND WIRING MONEY TO EACH OTHER.

04:44PM 6         SO UNDERSTANDING HOW THAT SYSTEM WORKS ALONG WITH AND

04:44PM 7    JUDGING THE EVIDENCE AS PRESENTED THROUGH THESE ARTICLES, I

04:44PM 8    AGREED WITH THE VERDICT.

04:44PM 9         IF IT CAME TO THE POINT THAT THERANOS WAS THIS HUGE

04:44PM 10   CORPORATION AND SEVERAL SUBDIVISIONS AND ONE SUBDIVISION WAS

04:44PM 11   RESPONSIBLE FOR THIS -- FOR THE FRAUD AND THAT, YOU KNOW,

04:44PM 12   MR. BALWANI AND MS. THERANOS -- MS. HOLMES WERE ABOVE THAT

04:44PM 13   LEVEL, AND WHERE THEY CAN HAVE PLAUSIBLE DENIABILITY OF WHAT

04:44PM 14   THEIR DIVISION WAS DOING, MAYBE I COULD SAY I WOULDN'T AGREE

04:44PM 15   WITH THE VERDICT.

04:44PM 16        BUT BECAUSE THERANOS IS STRUCTURED AS A STARTUP WITH A

04:44PM 17   SINGLE, NO SUBDIVISIONS TO SPEAK OF, JUST ONE OR TWO PEOPLE AT

04:44PM 18   THE TOP WITH A BOARD OF DIRECTORS WHO ARE BEING FED

04:44PM 19   INFORMATION, IT'S HARD FOR ME TO SAY MR. BALWANI AND MS. HOLMES

04:45PM 20   DIDN'T KNOW WHAT THE HELL WAS GOING ON.

04:45PM 21             THE COURT:  OKAY.  THANK YOU.

04:45PM 22        LET ME ASK THIS QUESTION -- WE'VE TALKED THE BETTER PART

04:45PM 23   OF THE DAY AND IT'S QUARTER TO 5:00, AND I'M GOING TO LET YOU

04:45PM 24   GO NOW, AND I REALLY APPRECIATE YOUR PATIENCE, AND ON BEHALF OF

04:45PM 25   THESE LAWYERS I EXTEND THEIR GRATITUDE AS WELL.  IT'S BEEN A

```
04:45PM   1        LONG DAY.

04:45PM   2             YOU GOT HERE THIS MORNING AT 8:00 O'CLOCK THIS MORNING I'M

04:45PM   3        TOLD, AND I APPRECIATE YOUR FIDELITY TO THE SUMMONS AND COMING

04:45PM   4        TO COURT AND YOUR DESIRE TO SERVE AND YOUR SYSTEM OF JUSTICE.

04:45PM   5        I'M GRATEFUL FOR THAT, AND I KNOW THESE LAWYERS ARE AS WELL.

04:45PM   6             BUT LET ME JUST ASK YOU, BASED ON EVERYTHING WE TALKED

04:45PM   7        ABOUT TODAY, AND MORE CRITICALLY THE RECENT CONVERSATION WITH

04:45PM   8        THE FOUR OF YOU, AND I'M GOING TO ASK A SHOW OF HANDS, BASED ON

04:45PM   9        WHAT YOU'VE SAID, I'D LIKE TO KNOW THOSE OF YOU WHO FEEL THAT

04:45PM  10        YOU CANNOT BE FAIR TO MR. BALWANI IN THIS CASE.

04:45PM  11             SHOW ME YOUR HANDS.

04:45PM  12             THE RECORD WILL REFLECT THAT EACH OF THESE JURORS HAVE

04:46PM  13        RAISED THEIR HAND IN RESPONSE TO THAT QUESTION.

04:46PM  14             AND IS THAT, YOUR ANSWERS, ARE THOSE BASED ON WHAT WE

04:46PM  15        TALKED ABOUT JUST A MOMENT AGO IN THIS CONVERSATION, OR IS IT

04:46PM  16        THE TOTALITY OF THE CONVERSATIONS THAT WE TALKED ABOUT TODAY?

04:46PM  17        BOTH OF THOSE.

04:46PM  18                  PROSPECTIVE JUROR:  I WOULD SAY IT'S A TOTALITY OF

04:46PM  19        THE CONVERSATION.

04:46PM  20                  PROSPECTIVE JUROR:  SAME.

04:46PM  21                  PROSPECTIVE JUROR:  SAME.

04:46PM  22                  PROSPECTIVE JUROR:  SAME.

04:46PM  23                  THE COURT:  SAME 77?

04:46PM  24                  PROSPECTIVE JUROR:  SAME.

04:46PM  25                  THE COURT:  69?
```

04:46PM 1          PROSPECTIVE JUROR:  SAME.

04:46PM 2          THE COURT:  OKAY.  THANK YOU.

04:46PM 3      MR. SCHENK, ANY OTHER QUESTIONS FOR THESE JURORS?

04:46PM 4          MR. SCHENK:  NO, YOUR HONOR.

04:46PM 5          THE COURT:  ANY OTHER QUESTIONS FOR THESE JURORS,

04:46PM 6  MR. COOPERSMITH?

04:46PM 7          MR. COOPERSMITH:  NO, YOUR HONOR.

04:46PM 8          THE COURT:  YOU CAN GO NOW.  THANK YOU VERY MUCH.  I

04:46PM 9  APPRECIATE YOUR PATIENTS.

04:47PM 10     (PROSPECTIVE JURORS OUT AT 4:47 P.M.)

04:47PM 11         THE COURT:  PLEASE BE SEATED.  THE RECORD SHOULD

04:47PM 12 REFLECT ALL FOUR JURORS, 1, 69, 72, 77 HAVE ALL LEFT AND COURT

04:47PM 13 AND COUNSEL ARE PRESENT.

04:47PM 14     WHAT SHOULD WE DO NEXT?

04:47PM 15         MR. COOPERSMITH:  YOUR HONOR, WITH THOSE FOUR JURORS

04:47PM 16 THAT WE JUST SPOKE TO, WE BELIEVE THEY SHOULD BE DISMISSED FOR

04:47PM 17 CAUSE.  THAT WOULD ALSO OBVIATE THE NEED OF TALKING ABOUT THREE

04:47PM 18 OF THE --

04:47PM 19         THE COURT:  WHY DON'T YOU COME TO THE LECTERN.

04:47PM 20         MR. COOPERSMITH:  THE PROBLEM IS I MOVED THE

04:47PM 21 MICROPHONE.  YES, YOUR HONOR.

04:47PM 22     WHAT I WAS SAYING, YOUR HONOR, IS BASED ON THE

04:47PM 23 CONVERSATION THAT WE JUST HAD WITH JURORS 1, 72, 69, AND 77, I

04:47PM 24 BELIEVE THAT THEY SHOULD BE EXCUSED FOR CAUSE.  THAT WOULD ALSO

04:47PM 25 OBVIATE THE NEED TO HAVE FURTHER DISCUSSIONS WITH THREE OF

04:47PM  1    THOSE FOUR, WHICH WERE 1, 69, AND 77, ABOUT THE RELATIONSHIP

04:48PM  2    ISSUE, THE ABUSE ISSUE.

04:48PM  3        BUT OUR MOTION FOR THOSE FOUR IS TO DISMISS -- EXCUSE ALL

04:48PM  4    OF THEM FOR CAUSE.

04:48PM  5            THE COURT:  OKAY.  THANK YOU.

04:48PM  6        MR. SCHENK.

04:48PM  7            MR. SCHENK:  NO OBJECTION.

04:48PM  8            THE COURT:  THANK YOU.  THOSE JURORS WILL BE EXCUSED

04:48PM  9    FOR CAUSE.  THANK YOU.

04:48PM 10        AND THANKS FOR ALLOWING US TO CALL THEM.  THEIR ANSWERS

04:48PM 11    WERE SUCH THAT I GRANT THE MOTION.  THANK YOU.

04:48PM 12            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:48PM 13            THE COURT:  TOMORROW WE HAVE THE BALANCE.  LET'S

04:48PM 14    SEE, I THINK WE HAVE PANEL 2 COMING IN.

04:48PM 15            THE CLERK:  CORRECT.

04:48PM 16            THE COURT:  AT 9:30.

04:48PM 17            THE CLERK:  AT 9:30.

04:48PM 18            THE COURT:  CORRECT.  WHAT ARE YOUR THOUGHTS ABOUT

04:48PM 19    THE OTHERS FROM THIS PANEL, THE FIRST PANEL THAT I THINK

04:48PM 20    REGARDING THE RELATIONSHIP QUESTION.

04:48PM 21            MR. COOPERSMITH:  RIGHT, YOUR HONOR.

04:48PM 22        THAT WOULD LEAVE -- I HAVE THE NUMBERS IN FRONT OF ME IF

04:48PM 23    THAT WOULD HELP THE COURT TO READ THEM OUT, BUT THOSE JURORS WE

04:48PM 24    WOULD ALSO THINK THAT A SIMILAR EXERCISE THAT WE JUST WENT

04:49PM 25    THROUGH WOULD BE BENEFICIAL.

04:49PM 1          OBVIOUSLY THERE'S A SCHEDULING ISSUE WITH THAT I'M AWARE

04:49PM 2    OF.

04:49PM 3          BUT WE WOULD LIKE TO DO THAT.  WHENEVER THE COURT WOULD

04:49PM 4    LIKE TO.  I THINK IT HAS TO BE DONE PRIOR TO THE TIME THAT THE

04:49PM 5    PARTIES HAVE TO EXERCISE PREEMPTORIES.

04:49PM 6          THE COURT:  SURE, SURE.

04:49PM 7       MR. SCHENK, ANY THOUGHTS?

04:49PM 8          MR. SCHENK:  YOUR HONOR, I THINK THE GOVERNMENT

04:49PM 9    WOULD BENEFIT FROM HEARING THE VOIR DIRE THAT OCCURS TOMORROW.

04:49PM 10         OUR CURRENT POSITION IS THAT INDIVIDUAL VOIR DIRE ON THE

04:49PM 11   RELATIONSHIP QUESTION IS NOT NECESSARY.  WE ASKED THAT QUESTION

04:49PM 12   IN THE QUESTIONNAIRE RECEIVED THE JURY'S ANSWER ON IT, THE

04:49PM 13   TOPIC OF THE RELATIONSHIP, THAT IS, CEO, COO RELATIONSHIP WILL

04:49PM 14   COME UP.  THE ABUSE WON'T COME UP DURING THE TRIAL.

04:49PM 15         I DON'T THINK INDIVIDUAL VOIR DIRE IS NECESSARY, BUT IT

04:49PM 16   DOESN'T SEEM THAT WE ACTUALLY NEED TO CONFRONT THAT QUESTION

04:49PM 17   NOW.

04:49PM 18         I THINK WE WILL BENEFIT FROM HAVING FURTHER DISCUSSIONS

04:49PM 19   WITH ANOTHER PANEL TOMORROW, AND WE'LL DETERMINE WHETHER AND TO

04:49PM 20   WHAT EXTENT INDIVIDUAL VOIR DIRE BECOMES NECESSARY.

04:50PM 21         THE COURT:  THANK YOU.

04:50PM 22         MY THOUGHT WAS TO NOT DISRUPT THE SECOND PANEL COMING IN,

04:50PM 23   AND WHILE WE MAKE THEM WAIT TO DO THE EXAMINATION OF FOUR OR

04:50PM 24   FIVE OTHER PEOPLE, BUT RESERVE THAT.  AND I WANT TO RESPECT

04:50PM 25   TRAVEL OF THOSE INDIVIDUALS COMING BACK FOR A LIMITED PERIOD OF

04:50PM  1    TIME.  THEY WERE HERE ALL DAY.  THEY ARRIVED AT 8:00 O'CLOCK

04:50PM  2    THIS MORNING, AND IT WAS A LONG TIME FOR THEM.  IT WAS A SHORT

04:50PM  3    LUNCH BREAK AND A SIGN OF THINGS TO COME.  IT WAS A LONG DAY

04:50PM  4    FOR THEM.  I CAN RESPECT THAT.

04:50PM  5        I THINK WE CAN GO FORWARD WITH THE SECOND PANEL AND

04:50PM  6    TODAY'S EXPERIENCE INFORMS US, I THINK, AND HOPEFULLY ALL OF

04:50PM  7    US, AS TO WHAT THE PROCESS WILL BE.

04:50PM  8        TOMORROW IS A NEW DAY AS SOMEONE ONCE SAID, AND I DON'T

04:50PM  9    KNOW WHAT THIS PANEL WILL BRING.  WE'LL SEE.  YOU HAD BENEFIT

04:50PM 10    OF THEIR QUESTIONNAIRES.

04:50PM 11        SO AT THIS TIME I'M GOING TO RESERVE CALLING THOSE OTHERS

04:50PM 12    BACK FOR INDEPENDENT VOIR DIRE NOW, EXAMINATION FOR NOW, AND

04:51PM 13    LET'S WAIT AND SEE WHAT TOMORROW BRINGS AND WE'LL HAVE A BETTER

04:51PM 14    IDEA ON THAT.

04:51PM 15        MY SENSE IS THAT THE THIRD PANEL, THEY WERE SCHEDULED TO

04:51PM 16    COME IN TOMORROW AFTERNOON I THINK?

04:51PM 17            THE CLERK:  YES.

04:51PM 18            THE COURT:  WE PROBABLY, BASED ON OUR EXPERIENCE

04:51PM 19    TODAY, WE PROBABLY NEED TO MOVE THEM.  AND I'M, I'M CURIOUS

04:51PM 20    ABOUT -- I THINK WE HAVE SOME TIME AVAILABLE FRIDAY MORNING.

04:51PM 21    WE WERE DOING SOMETHING ELSE ON THIS CASE, BUT THAT'S GOING TO

04:51PM 22    HAVE TO GET PUSHED BACK, I THINK.

04:52PM 23        (DISCUSSION OFF THE RECORD.)

04:52PM 24            THE COURT:  SO I WAS THINKING ABOUT MOVING THE THIRD

04:52PM 25    TRANCHE UNTIL FRIDAY MORNING.  WE HAVE THE MOTION SET THEN, BUT

04:52PM  1      JUDGE FREEMAN IS DOING A JURY SELECTION.  SHE DOES HER JURY

04:52PM  2      SELECTION ON FRIDAYS ALSO, I BELIEVE.

04:52PM  3          MR. SCHENK, DO YOU HAVE INSIDE INFORMATION?

04:52PM  4              MR. SCHENK:  YOUR HONOR, IF THE TRIAL THAT

04:52PM  5      JUDGE FREEMAN HAD FOR FRIDAY IS THE ONE I HAVE IN MIND, IT PLED

04:52PM  6      YESTERDAY.

04:52PM  7              THE COURT:  OH.

04:52PM  8              MR. SCHENK:  I DON'T KNOW WHETHER SHE DOUBLE SET

04:52PM  9      TRIAL.  JUDGE FREEMAN I KNOW HAS A VERY IMPACTED TRIAL

04:52PM 10      SCHEDULE, AS ALL OF THE JUDGES DO, AND SHE MAY HAVE A DIFFERENT

04:52PM 11      CASE.

04:52PM 12          (PAUSE IN PROCEEDINGS.)

04:52PM 13              THE COURT:  THERE WE ARE THEN.  SHE HAS AN ANOTHER

04:53PM 14      CASE THAT IS SCHEDULED SO THAT'S GOING TO PRECLUDE OUR

04:53PM 15      OPPORTUNITY TO BRING THE PANEL IN FRIDAY.

04:53PM 16              MR. SCHENK:  MAYBE WE COULD, IF NECESSARY, DO

04:53PM 17      INDIVIDUAL VOIR DIRE ON FRIDAY INSTEAD OF THE ENTIRE THIRD

04:53PM 18      PANEL.  WE WOULD REDUCE THE CROWDING IN THE COURTHOUSE IF THERE

04:53PM 19      WERE A FEW JURORS.

04:53PM 20              THE COURT:  THAT'S A GOOD POINT AND THAT COULD BE

04:53PM 21      FROM TODAY AND TOMORROW IF NECESSARY.

04:53PM 22              MR. COOPERSMITH:  THAT SOUNDS SENSIBLE, YOUR HONOR.

04:53PM 23      OF COURSE THERE'S ANOTHER SOLUTION TO THE ISSUE OF INDIVIDUAL

04:53PM 24      VOIR DIRES.  OUR ORIGINAL MOTION THE LAST COUPLE OF DAYS FROM

04:53PM 25      TODAY WAS TO SIMPLY EXCUSE JURORS WHO WERE AWARE OF THE ABUSE

04:53PM   1       ISSUE.

04:53PM   2              THAT WOULD AT LEAST SOLVE THE PEOPLE WHO PUT THAT ON THE

04:53PM   3       QUESTIONNAIRE.

04:53PM   4              THERE ARE SOME OTHERS THOUGH WHO SAY THEY WERE AWARE OF A

04:53PM   5       RELATIONSHIP, AND WE MIGHT HAVE TO FLESH OUT WHAT THAT MEANS.

04:53PM   6              BUT WE MIGHT BE ABLE TO GET -- I DON'T KNOW WHETHER THE

04:53PM   7       GOVERNMENT WILL AGREE OR NOT, BUT THEY ARE AWARE.  WE DON'T

04:53PM   8       THINK THAT WOULD BE APPROPRIATE.  SO IT'S ANOTHER WAY TO CUT

04:55PM   9       DOWN ON THE NUMBERS.

04:55PM  10              THE COURT:  GIVE ME JUST A SECOND.  LET'S TAKE A

04:55PM  11       BRIEF RECESS.

04:55PM  12              (RECESS FROM 4:55 P.M. UNTIL 4:58 P.M.)

04:58PM  13              THE COURT:  LET'S GO BACK ON THE RECORD OUTSIDE OF

04:58PM  14       THE PRESENCE OF THE PROSPECTIVE PANEL.

04:59PM  15              ALL COUNSEL ARE PRESENT, AND MR. BALWANI IS PRESENT.

04:59PM  16              IT SOUNDS LIKE OUR JURY COMMISSIONER HAS INFORMED THE

04:59PM  17       THIRD PANEL TO REPORT MONDAY --

04:59PM  18              THE CLERK:  NO, YOUR HONOR, TO CALL MONDAY FOR

04:59PM  19       TUESDAY.

04:59PM  20              THE COURT:  TO CALL MONDAY FOR TUESDAY.

04:59PM  21              OF COURSE, WE CAN CALL THEM WITH NEW INSTRUCTIONS AS WELL

04:59PM  22       AND TOTALLY CONFUSE THEM, BUT -- SO WE HAVE A PANEL COMING IN

04:59PM  23       TOMORROW AT 9:30.

04:59PM  24              LET'S SEE HOW FAR WE GET WITH THEM AND SEE WHAT WE DO ON

04:59PM  25       FRIDAY, AND THAT WILL DICTATE, AND WE'LL HAVE MORE INFORMATION.

04:59PM  1          MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

04:59PM  2          THE COURT:  AND YOU CAN MEET AND CONFER ON

04:59PM  3     EVERYTHING YOU NEED TO DO.

04:59PM  4          MR. COOPERSMITH:  ALWAYS HAPPY TO, YOUR HONOR.

04:59PM  5          THE COURT:  OKAY.  THANK YOU.

04:59PM  6          MR. COOPERSMITH:  THANK YOU.  HAVE A GOOD EVENING.

04:59PM  7          MR. SCHENK:  YOU TOO.

05:00PM  8          (COURT ADJOURNED AT 5:00 P.M.)

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                    <u>CERTIFICATE OF REPORTER</u>

4

5

6

7         I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, RMR, CRR
          CERTIFICATE NUMBER 8074
17

18        DATED:  MARCH 9, 2022

19

20

21

22

23

24

25