```
 1
 2                      UNITED STATES DISTRICT COURT
 3                    NORTHERN DISTRICT OF CALIFORNIA
 4                           SAN JOSE DIVISION
 5
      UNITED STATES OF AMERICA,       )
 6                                    )   CR-18-00258-EJD
                        PLAINTIFF,    )
 7                                    )   SAN JOSE, CALIFORNIA
                 VS.                  )
 8                                    )   MARCH 10, 2022
      RAMESH SUNNY BALWANI,           )
 9                                    )   VOLUME 2
                        DEFENDANT.    )
10    _____)   PAGES 258 - 497
11
                         TRANSCRIPT OF PROCEEDINGS
12            BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
      A P P E A R A N C E S:
14
      FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                           BY:  JOHN C. BOSTIC
                                  JEFFREY B. SCHENK
16                           150 ALMADEN BOULEVARD, SUITE 900
                             SAN JOSE, CALIFORNIA 95113
17
                             BY:  ROBERT S. LEACH
18                                KELLY VOLKAR
                             1301 CLAY STREET, SUITE 340S
19                           OAKLAND, CALIFORNIA 94612
20         (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21    OFFICIAL COURT REPORTERS:
                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                           CERTIFICATE NUMBER 8074
                             LEE-ANNE SHORTRIDGE, CSR, CRR
23                           CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1          A P P E A R A N C E S:  (CONT'D)

 2

 3     FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                               BY:  SHAWN ESTRADA
 4                                  SACHI SCHURICHT
                               THE ORRICK BUILDING
 5                             405 HOWARD STREET
                               SAN FRANCISCO, CALIFORNIA 94105
 6
                               BY:  JEFFREY COOPERSMITH
 7                                  AMANDA MCDOWELL
                               701 FIFTH AVENUE, SUITE 5600
 8                             SEATTLE, WASHINGTON 98104

 9                             BY:  STEPHEN CAZARES
                               77 SOUTH FIGUEROA STREET, SUITE 3200
10                             LOS ANGELES, CALIFORNIA 90017

11                             BY:  AMY WALSH
                               51 W 52ND STREET
12                             NEW YORK, NEW YORK 10019

13

14     ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                               BY:  MADDI WACHS, PARALEGAL
15                                  SARA SLATTERY, PARALEGAL

16                             UNITED STATES POSTAL INSPECTION SERVICE
                               BY:  CHRISTOPHER MCCOLLOW
17
                               FEDERAL BUREAU OF INVESTIGATION
18                             BY:  MARIO C. SCUSSEL

19                             UNITED STATES FOOD & DRUG
                               ADMINISTRATION
20                             BY:  GEORGE SCAVDIS

21                             JURY CONSULTANT
                               BY:  DAVID PERROTT
22

23

24

25
```

260

```
 1    SAN JOSE, CALIFORNIA                    MARCH 10, 2022

 2                    P R O C E E D I N G S

 3         (COURT CONVENED AT 9:18 A.M.)

 4         (PROSPECTIVE JURY PANEL OUT AT 9:18 A.M.)

 5              THE COURT:  LET'S GO ON THE RECORD IN THE BALWANI

 6    MATTER.  ALL COUNSEL ARE PRESENT, AND MR. BALWANI IS PRESENT.

 7         WE'RE OUTSIDE OF THE PRESENCE OF OUR PROSPECTIVE JURORS.

 8    WE ARE GOING TO CONTINUE WITH THE VOIR DIRE PROCESS WITH OUR

 9    SECOND PANEL THIS MORNING.

10         BEFORE WE DO THAT, THOUGH, IT WAS BROUGHT TO MY ATTENTION

11    FROM OUR JURY COMMISSIONER THAT ONE JUROR EXPRESSED MEDICAL

12    ISSUES IN REGARDS TO HIS PERSONAL COMFORT LEVEL.

13         APPARENTLY THIS JUROR EXPRESSED TO THE JURY COMMISSIONER

14    THE NEED TO STAND DURING PROCEEDINGS, AND I'M JUST INFORMED

15    THAT THIS WOULD REQUIRE HIM TO STAND FOR A PERIOD OF TIME EVERY

16    30 MINUTES, I BELIEVE, WAS THE REQUEST.

17         SO I HAVE CALLED UP -- BEFORE WE BRING THE PANEL IN, I'M

18    GOING TO CALL THIS JUROR UP, AND WE CAN HAVE SOME QUESTIONING.

19    IT'S JUROR NUMBER 153.

20         (PAUSE IN PROCEEDINGS.)

21         (PROSPECTIVE JUROR 153 PRESENT.)

22              THE COURT:  ALL RIGHT.  THANK YOU.

23         WE ARE ALL PRESENT.  WE'RE OUTSIDE OF THE PRESENCE OF THE

24    JURY PANEL, BUT WE HAVE INVITED JUROR NUMBER 153.

25         GOOD MORNING, SIR.  I'M GOING TO IDENTIFY YOU -- I MEAN NO
```

09:21AM 1      DISRESPECT, BUT I'M GOING TO IDENTIFY YOU BY YOUR JUROR NUMBER,

09:21AM 2      PLEASE, FOR YOUR CONVENIENCE.  I HOPE YOU WON'T TAKE OFFENSE

09:21AM 3      WITH THAT.

09:21AM 4           I'VE ASKED YOU TO COME UP, SIR, BECAUSE I HAVE YOUR JURY

09:21AM 5      QUESTIONNAIRE HERE.  QUESTION 2, YOU'VE TOLD US SOMETHING ABOUT

09:21AM 6      A MEDICAL CONDITION.

09:21AM 7           I UNDERSTAND THAT YOU ALSO MADE SOME COMMENTS OR SHARED

09:21AM 8      SOME INFORMATION WITH OUR JURY COMMISSIONER DOWNSTAIRS, AND I

09:21AM 9      RECEIVED THAT INFORMATION, SOMETHING ABOUT YOUR NEED TO STAND.

09:21AM 10          I TOLD THESE LAWYERS THAT I WOULD ASK YOU TO COME UP OUT

09:21AM 11     OF THE PRESENCE OF OTHERS SO YOU COULD SHARE WITH US ANY

09:21AM 12     INFORMATION THAT YOU FEEL COMFORTABLE DOING SO.

09:21AM 13               PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.

09:21AM 14          I SUFFER FROM RESTLESS LEG SYNDROME, WHICH I INHERITED

09:22AM 15     FROM MY FATHER, AND MY DAUGHTER -- I SUFFER FROM RESTLESS LEG

09:22AM 16     SYNDROME.  IT'S A SEIZURE DISORDER RELATED TO PARKINSON'S

09:22AM 17     DISEASE.  AND I TAKE A MEDICATION CALLED PRAMIPEXOLE, AND

09:22AM 18     CURRENTLY I'M TAKING IT THREE TIMES A DAY:  MORNING, MIDDAY,

09:22AM 19     AND EVENING.  AND IT'S PRETTY SUCCESSFUL.

09:22AM 20          BUT WHAT I HAVE FOUND DURING THE DAY IS THAT AS I GET

09:22AM 21     TIRED, I START TO GET -- THE LEG SEIZURES BEGIN.

09:22AM 22          THE WAY I'VE DEALT WITH IT IN THE PAST -- I HAVE A CAREER

09:22AM 23     AS A PROFESSOR, AND BASICALLY IF I CAN MOVE AROUND, IF I CAN

09:22AM 24     WALK AROUND, I CAN KEEP IT AT BAY, BASICALLY.

09:22AM 25          SO AS A PROFESSOR, I WAS ABLE TO WALK UP AND DOWN IN THE

09:22AM  1    AUDITORIUM.  AND IN MEETINGS I WOULDN'T SIT DOWN, I WOULD STAND

09:22AM  2    BEHIND THE CHAIR.

09:22AM  3         AND THEN IF I FELT A LEG SEIZURE COMING ON, MY OPTIONS ARE

09:23AM  4    REALLY TO STOMP MY FEET ON THE GROUND, OR JUST TO BE ABLE TO

09:23AM  5    MOVE AROUND.

09:23AM  6         AND I WOULD WALK BASICALLY AROUND THE TABLE AND DO THE

09:23AM  7    SAME THING WHEN I MET WITH STUDENTS AND SO ON.

09:23AM  8         AND I FOUND WITH THE FLEXIBILITY OF THE -- OF BEING A

09:23AM  9    PROFESSOR, I COULD HANDLE IT.  AND, IN FACT, IN MANY WAYS IT

09:23AM 10    WAS USEFUL BECAUSE IT KEPT ME AWAKE.

09:23AM 11         BUT MY CONCERN IN EXPRESSING IT HERE WAS THAT I NEVER

09:23AM 12    ACTUALLY SERVED ON A JURY BEFORE, ALTHOUGH I'VE BEEN CALLED.

09:23AM 13    AND I WAS CONCERNED THAT IF I WAS SEATED FOR LONGER THAN AN

09:23AM 14    HOUR, I WOULD START TO HAVE LEG SEIZURES.

09:23AM 15         IN FACT, IT HAPPENED THE OTHER DAY WHEN I WAS HERE IN THE

09:23AM 16    JURY ASSEMBLY ROOM AND I STAYED SEATED.  I DIDN'T KNOW TO WHAT

09:23AM 17    EXTENT THAT WOULD DISRUPT YOUR PROCEEDINGS AND WHETHER I WOULD

09:23AM 18    EVEN BE ABLE TO STAND UP.

09:23AM 19         IF I'M PINNED IN THE SEAT, IT'S JUST UNCONTROLLABLE, I'LL

09:24AM 20    HAVE TO START BANGING MY LEG ON THE GROUND.

09:24AM 21              THE COURT:  SURE.

09:24AM 22              PROSPECTIVE JUROR:  AND THAT WAS MY PRINCIPAL

09:24AM 23    CONCERN.  IS THAT SUFFICIENT?

09:24AM 24              THE COURT:  NO, NO, THANK YOU FOR YOUR CANDOR AND

09:24AM 25    FOR SHARING THAT WITH US.  I APPRECIATE THAT.

09:24AM 1       I ALSO GLEANED FROM YOUR QUESTIONNAIRE THAT YOU HAVE

09:24AM 2  SOME -- YOU'RE CARING FOR YOUR WIFE.

09:24AM 3            PROSPECTIVE JUROR:  YES.

09:24AM 4            THE COURT:  AND SHE HAS A, IT LOOKS LIKE, A SERIOUS

09:24AM 5  MEDICAL CONDITION THAT REQUIRES SOME ATTENTION AS WELL.

09:24AM 6            PROSPECTIVE JUROR:  YES.  ACTUALLY --

09:24AM 7            THE COURT:  AND YOU DON'T HAVE TO TELL US WHAT THAT

09:24AM 8  IS.  I DON'T NEED TO KNOW THAT.

09:24AM 9       WE KNOW THAT.  IT IS IN YOUR QUESTIONNAIRE.  BUT WHATEVER

09:24AM 10 YOU'RE COMFORTABLE SAYING.

09:24AM 11           PROSPECTIVE JUROR:  MY CONCERN IS COMING HERE FROM

09:24AM 12 SANTA CRUZ, I'M BRINGING OUR ONLY CAR WITH ME, AND SO SHE'S

09:24AM 13 PINNED BACK IN SANTA CRUZ.

09:24AM 14      SHE'S DOING WELL.  SHE HAS THREE MONTHLY MEETINGS WITH AN

09:24AM 15 ONCOLOGIST AND A SKIN DOCTOR AND HAS BLOOD TESTS, AND THOSE

09:25AM 16 KINDS OF THINGS.

09:25AM 17           THE COURT:  SURE.

09:25AM 18           PROSPECTIVE JUROR:  BUT SHE HAS TO GET TO THOSE

09:25AM 19 APPOINTMENTS.  SHE'S ABOUT 80 PERCENT DEAF IN BOTH EARS, EVEN

09:25AM 20 WITH HEARING AIDS, AND I SO GO WITH HER IN ORDER TO LISTEN.

09:25AM 21      BUT THE MAIN CONCERN WITH HER ONCOLOGIST IS THAT HE

09:25AM 22 DOESN'T WANT HER MIXING WITH THE GENERAL PUBLIC BECAUSE HE

09:25AM 23 DOESN'T WANT HER TO GET COVID-19.

09:25AM 24      SHE'S DOING WELL IN TERMS OF HER BATTLING HER DISEASE,

09:25AM 25 MELANOMA, BUT -- SO THAT WAS ANOTHER CONCERN FOR ME, THAT I WAS

09:25AM  1       BRINGING THE ONLY FORM OF PUBLIC TRANSPORT WITH ME HERE.

09:25AM  2                  THE COURT:  SURE.

09:25AM  3                  PROSPECTIVE JUROR:  SHE WAS PINNED THERE.

09:25AM  4          NONE OF THESE THINGS ARE OVERWHELMING.

09:25AM  5                  THE COURT:  WELL, THEY'RE, THEY'RE OF GREAT

09:25AM  6       CONSIDERATION TO YOU AND YOUR FAMILY, SO I APPRECIATE YOU

09:25AM  7       SHARING THESE WITH US AT THIS TIME.

09:25AM  8          MAY I ASK YOU ONE ADDITIONAL QUESTION?  WHAT DID YOU

09:26AM  9       TEACH?

09:26AM 10                  PROSPECTIVE JUROR:  I TAUGHT APPLIED STATISTICS --

09:26AM 11                  THE COURT:  YES.

09:26AM 12                  PROSPECTIVE JUROR:  -- TO STUDENTS IN THE SOCIAL

09:26AM 13       SCIENCES, BIOSTATISTICS, EDUCATION, PSYCHOLOGY, SOCIOLOGY.  I

09:26AM 14       DREW STUDENTS FROM ALL ACROSS HARVARD AND M.I.T. TO MY CLASSES.

09:26AM 15                  THE COURT:  DID YOU TEACH AT OXFORD?  I THINK YOU

09:26AM 16       MATRICULATED FROM OXFORD.

09:26AM 17                  PROSPECTIVE JUROR:  YES.  I HAVE A DEGREE IN QUANTUM

09:26AM 18       MECHANICS FROM OXFORD, BUT MY PH.D. IS FROM STANFORD IN

09:26AM 19       STATISTICS.

09:26AM 20                  THE COURT:  I SEE.  I SEE.  WELL, THANK YOU FOR

09:26AM 21       THAT.

09:26AM 22          IT SOUNDS -- YOU'VE LEARNED FROM THE QUESTIONNAIRE THAT

09:26AM 23       THIS TRIAL IS ABOUT 13 WEEKS --

09:26AM 24                  PROSPECTIVE JUROR:  YES.

09:26AM 25                  THE COURT:  -- IN DURATION.  WE PROBABLY WOULD GO AT

```
09:26AM   1    LEAST THREE DAYS A WEEK TO START.  IT MAY EXTEND.  AND OUR

09:26AM   2    STARTING TIME IS TYPICALLY 9:00 A.M., I HOPE TO END AT

09:26AM   3    3:00 P.M., WITH A COUPLE OF BREAKS IN BETWEEN.

09:26AM   4         AND THANK YOU FOR YOUR INFORMATION ABOUT YOUR CONDITION.

09:27AM   5    IT SOUNDS LIKE, NOTWITHSTANDING THE COMFORT THAT THESE CHAIRS

09:27AM   6    BRING, IT MIGHT NONETHELESS REQUIRE YOU TO -- IT SOUNDS

09:27AM   7    REALISTIC THAT SOMETHING IS GOING TO HAPPEN THAT WOULD CAUSE

09:27AM   8    YOU TO HAVE TO TAKE CARE AND TAKE SOME MEASURES TO RESOLVE.

09:27AM   9              PROSPECTIVE JUROR:  YES.  I BROUGHT MY MEDICATION

09:27AM   10   WITH ME.  I WOULD HAVE TO TAKE SOME MEDICATION AROUND ABOUT

09:27AM   11   NOON OR 1:00.

09:27AM   12             THE COURT:  I SEE.  OKAY.

09:27AM   13             PROSPECTIVE JUROR:  BUT I -- I DON'T KNOW TO WHAT --

09:27AM   14   I WOULD HAVE TO STAND UP AND MOVE AROUND.

09:27AM   15             THE COURT:  RIGHT.  RIGHT.

09:27AM   16        YOU KNOW, I'M GOING TO ASK THESE LAWYERS IF THEY HAVE ANY

09:27AM   17   QUESTIONS FOR YOU.

09:27AM   18             PROSPECTIVE JUROR:  I'M SORRY.

09:27AM   19             THE COURT:  NO, NOT AT ALL.  PLEASE.

09:27AM   20        MR. SCHENK?

09:27AM   21             MR. SCHENK:  NOTHING FURTHER, YOUR HONOR.

09:27AM   22             MR. COOPERSMITH:  NOTHING FURTHER.

09:27AM   23             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH,

09:27AM   24   JUROR 153.  I APPRECIATE YOU COMING UP AND SHARING THIS

09:27AM   25   INFORMATION WITH US.
```

09:27AM  1        I'LL ASK YOU TO -- OUR COURTROOM DEPUTY WILL RETRIEVE THE

09:27AM  2    MIKE FROM YOU, AND THEN IF YOU COULD JUST GO DOWNSTAIRS AND

09:27AM  3    CHECK IN WITH THE JURY COMMISSIONER.  THANK YOU SO MUCH.  IT'S

09:28AM  4    A PLEASURE MEETING YOU.

09:28AM  5              PROSPECTIVE JUROR:  OH, NO, THE JURY COMMISSIONER,

09:28AM  6    IS THAT THE LADY CLARISSA?

09:28AM  7              THE COURT:  YES, YES.  THANK YOU.

09:28AM  8              PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.  I

09:28AM  9    APPRECIATE IT.

09:28AM  10             THE COURT:  YOU'RE WELCOME.

09:28AM  11        (PROSPECTIVE JUROR 153 NOT PRESENT.)

09:28AM  12             THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT

09:28AM  13   THAT JUROR 153 HAS LEFT THE COURTROOM.

09:28AM  14        MR. SCHENK.

09:28AM  15             MR. SCHENK:  YOUR HONOR, IT DOES APPEAR THAT THIS

09:28AM  16   JUROR HAS A HARDSHIP, AND WHILE I DON'T THINK ALL JURIES OR

09:28AM  17   JURY SERVICE WOULD BE A CHALLENGE FOR AN UNDUE HARDSHIP FOR

09:28AM  18   THIS GENTLEMAN, IT CERTAINLY APPEARS THAT A TRIAL OF THIS

09:28AM  19   LENGTH WOULD BE PARTICULARLY DIFFICULT FOR THIS JUROR.  SO THIS

09:28AM  20   MIGHT NOT BE THE RIGHT TRIAL FOR THIS JUROR, AND FOR THAT

09:28AM  21   REASON THE GOVERNMENT WOULD BE FINE WITH EXCUSING 153 FOR

09:28AM  22   HARDSHIP.

09:28AM  23             MR. COOPERSMITH:  WE AGREE, YOUR HONOR.

09:29AM  24             THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU VERY

09:29AM  25   MUCH.

09:29AM 1      I WILL EXCUSE JUROR 153.  HE INDICATED HIS HEALTH

09:29AM 2  CONDITION, WHICH I THINK WOULD NOT ONLY CAUSE DISRUPTION FOR

09:29AM 3  THE TRIAL PERHAPS, BUT MORE IMPORTANTLY, WOULD BE SIGNIFICANT

09:29AM 4  DISCOMFORT AND EVEN EMBARRASSMENT FOR HIM, AND I DON'T THINK

09:29AM 5  THAT'S RIGHT.

09:29AM 6      I THINK YOU'RE RIGHT, THIS IS NOT THE RIGHT TRIAL.  I

09:29AM 7  THINK HE WOULD BE A TERRIFIC JUROR IN ANOTHER CASE, BUT PERHAPS

09:29AM 8  NOT THIS ONE.

09:29AM 9      SO I'LL EXCUSE HIM.

09:29AM 10          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:29AM 11          THE COURT:  WE'LL BRING THE BALANCE OF OUR PANEL.

09:29AM 12      COULD YOU LET THE COMMISSIONER KNOW THAT HE CAN GO?

09:29AM 13          THE CLERK:  I DID.

09:29AM 14          THE COURT:  THANK YOU.  WE'LL BRING THE BALANCE OF

09:29AM 15  OUR PANEL UP, AND THEN WE'LL BEGIN VOIR DIRE ON THOSE.

09:29AM 16      I KNOW WE'VE HAD SOME OTHERS THAT WE'VE PASSED TO SEE IF

09:29AM 17  WE'RE GOING TO ASK ADDITIONAL QUESTIONS AND THE TIMING OF THAT.

09:29AM 18      WHAT I THOUGHT WE WOULD DO IS JUST GO FORWARD WITH VOIR

09:29AM 19  DIRE THIS MORNING, SEE HOW FAR WE GET, AND THEN MAYBE THAT WILL

09:30AM 20  INFORM US AS TO SCHEDULING.

09:30AM 21      WOULD THAT BE ALL RIGHT WITH YOU?

09:30AM 22          MR. COOPERSMITH:  YES, YOUR HONOR.

09:30AM 23          MR. SCHENK:  YES.  THANK YOU.

09:30AM 24          THE COURT:  OKAY.  GREAT.

09:30AM 25      (DISCUSSION OFF THE RECORD.)

| | |
|---|---|
| 09:30AM | 1 |

THE COURT:  I'M INFORMED THE PANEL HAS NOT CHECKED IN, SO THAT WILL BE ABOUT 15 MINUTES.

THE CLERK:  FIFTEEN MINUTES.

THE COURT:  FAIR ENOUGH.  GREAT.

(RECESS FROM 9:30 A.M. UNTIL 10:22 A.M.)

(PROSPECTIVE JURY PANEL IN AT 10:22 A.M.)

THE COURT:  PROSPECTIVE JURORS, IF YOU WOULD REMAIN STANDING AND RAISE YOUR RIGHT HANDS, OUR COURTROOM DEPUTY IS GOING TO ADMINISTER AN OATH.

(PROSPECTIVE JURORS WERE GIVEN THE OATH.)

PROSPECTIVE JURORS:  YES.

THE COURT:  THANK YOU.  PLEASE BE SEATED, LADIES AND GENTLEMEN.

THANK YOU FOR YOUR PATIENCE THIS MORNING.  GOOD MORNING TO ALL OF YOU.

LADIES AND GENTLEMEN, YOU HAVE BEEN SUMMONED BY THIS COURT IN A CRIMINAL CASE ENTITLED UNITED STATES VERSUS RAMESH "SUNNY" BALWANI.

IN THIS CASE THE DEFENDANT, RAMESH "SUNNY" BALWANI, IS CHARGED WITH WIRE FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD.

THE INDICTMENT ALLEGES THAT MR. BALWANI WAS THE PRESIDENT AND CHIEF OPERATING OFFICER OF THERANOS INCORPORATED, WHICH WAS IN THE BLOOD TESTING BUSINESS.

THE INDICTMENT ALLEGES THAT THE DEFENDANT AND ELIZABETH HOLMES, THERANOS'S CHIEF EXECUTIVE OFFICER, KNOWINGLY

10:23AM  1    AND INTENTIONALLY DEVISED A SCHEME OR PLAN TO DEFRAUD INVESTORS

10:23AM  2    IN THERANOS AND PAYING CUSTOMERS OF THERANOS.

10:23AM  3         THE CHARGES ARE ONLY ALLEGATIONS AND NOT EVIDENCE.

10:23AM  4         THE DEFENDANT HAS ENTERED A PLEA OF NOT GUILTY TO THE

10:23AM  5    CHARGES AND IS PRESUMED TO BE INNOCENT.

10:23AM  6         IT WILL BE THE GOVERNMENT'S BURDEN THROUGHOUT THE TRIAL TO

10:24AM  7    PROVE THOSE CHARGES BEYOND A REASONABLE DOUBT.

10:24AM  8         THE INDICTMENT ALLEGES AS FOLLOWS:  IN COUNTS ONE AND TWO,

10:24AM  9    THAT MR. BALWANI VIOLATED 18 UNITED STATES CODE SECTION 1349,

10:24AM  10   CONSPIRACY TO COMMIT WIRE FRAUD.

10:24AM  11        THE INDICTMENT ALLEGES IN COUNTS THREE, FOUR, FIVE, SIX,

10:24AM  12   SEVEN, EIGHT, NINE, TEN, ELEVEN, AND TWELVE WITH WIRE FRAUD IN

10:24AM  13   VIOLATION OF 18 UNITED STATES CODE SECTION 1343.

10:24AM  14        THE INDICTMENT IS NOT EVIDENCE OF ANY KIND.  IT IS THE

10:24AM  15   CHARGING DOCUMENT THAT IS FILED IN THIS CASE.

10:24AM  16        TO THESE CHARGES MR. BALWANI HAS PLEADED NOT GUILTY, AND

10:24AM  17   THIS IS AN ABSOLUTE DENIAL OF THE CHARGES.

10:25AM  18        IT WILL BE THE PURPOSE OF THIS TRIAL FOR YOU TO DETERMINE

10:25AM  19   IF THE GOVERNMENT HAS MET THEIR BURDEN IN PRESENTING THEIR CASE

10:25AM  20   TO YOU.

10:25AM  21        NOW, JURY SERVICE IS IMPORTANT.  I AGAIN WANT TO WELCOME

10:25AM  22   YOU AND THANK YOU FOR YOUR SERVICE, INCLUDING THANKING YOU FOR

10:25AM  23   COMING IN LAST WEEK AND FILLING OUT THE QUESTIONNAIRES THAT YOU

10:25AM  24   DID.  WE'LL TALK MORE ABOUT THAT IN A MOMENT.

10:25AM  25        BUT BEFORE WE BEGIN, I'M GOING TO DESCRIBE FOR YOU HOW THE

10:25AM  1    TRIAL WILL BE CONDUCTED AND TO EXPLAIN TO YOU WHAT YOU, THE

10:25AM  2    LAWYERS, AND I WILL BE DOING.

10:25AM  3        NOW, WHEN I REFER TO THE GOVERNMENT, I MEAN

10:25AM  4    MR. ROBERT LEACH, MS. KELLY VOLKAR, MR. JOHN BOSTIC, AND

10:25AM  5    MR. JEFF SCHENK, WHO ARE THE ASSISTANT UNITED STATES ATTORNEYS

10:25AM  6    PROSECUTING THIS CASE.

10:25AM  7        MR. LEACH, WOULD YOU INTRODUCE YOUR TEAM, PLEASE.

10:25AM  8            MR. LEACH:  YES, YOUR HONOR.  THANK YOU.

10:25AM  9        GOOD MORNING, LADIES AND GENTLEMEN.

10:25AM  10       MY NAME IS ROBERT LEACH.  I'M AN ASSISTANT UNITED STATES

10:25AM  11   ATTORNEY WITH THE DEPARTMENT OF JUSTICE.

10:25AM  12       TO MY LEFT ARE THE -- OR STRAIGHT IN FRONT OF ME ARE THE

10:26AM  13   TWO OTHER PROSECUTORS AT THE TABLE:  JOHN BOSTIC, AND NEXT TO

10:26AM  14   HIM IS JEFF SCHENK.

10:26AM  15       TO MY RIGHT IS CHRISTOPHER MCCOLLOW, WHO IS A POSTAL

10:26AM  16   INSPECTOR WITH THE UNITED STATES POSTAL INSPECTION SERVICE, ONE

10:26AM  17   OF THE AGENCIES INVOLVED IN THIS CASE.

10:26AM  18       OUT HERE JUST INSIDE OF THE WELL IS MADDI WACHS.  SHE'S A

10:26AM  19   PARALEGAL WITH MY OFFICE.

10:26AM  20       AND THEN IN THE SECOND ROW BACK HERE YOU'LL SEE

10:26AM  21   MS. VOLKAR, WHO IS ALSO A PROSECUTOR WITH MY OFFICE, AND TO HER

10:26AM  22   RIGHT ARE MARIO SCUSSEL AND GEORGE SCAVDIS.

10:26AM  23       MARIO SCUSSEL IS A SPECIAL AGENT WITH THE FEDERAL BUREAU

10:26AM  24   OF INVESTIGATION, AND AGENT SCAVDIS IS A SPECIAL AGENT WITH THE

10:26AM  25   FOOD AND DRUG ADMINISTRATION.

10:26AM   1        THANK YOU VERY MUCH FOR BEING HERE TODAY.

10:26AM   2             THE COURT:  THANK YOU.

10:26AM   3        WHEN I REFER TO DEFENSE COUNSEL, I MEAN

10:26AM   4   MR. JEFF COOPERSMITH, MS. AMY WALSH, AND MR. STEPHEN CAZARES,

10:26AM   5   WHO ARE THE ATTORNEYS REPRESENTING MR. BALWANI.

10:27AM   6        MR. COOPERSMITH, WOULD YOU PLEASE INTRODUCE YOUR TEAM?

10:27AM   7             MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

10:27AM   8        I'M JEFF COOPERSMITH.  I REPRESENT

10:27AM   9   MR. RAMESH "SUNNY" BALWANI, AND HE'S SEATED RIGHT HERE.

10:27AM   10        I'M HERE WITH MY COLLEAGUES AMY WALSH, STEPHEN CAZARES,

10:27AM   11   SHAWN ESTRADA, AND AMANDA MCDOWELL.

10:27AM   12        THANK YOU.

10:27AM   13             THE COURT:  THANK YOU.  THIS CASE IS EXPECTED TO

10:27AM   14   TAKE APPROXIMATELY 13 WEEKS OF EVIDENCE IN COURT.  IT MAY BE A

10:27AM   15   LITTLE LONGER, IT MAY BE A LITTLE SHORTER, BUT THAT'S THE

10:27AM   16   APPROXIMATE LENGTH OF THE TIME THIS TRIAL SHOULD TAKE.

10:27AM   17        THIS MORNING WE WILL BE SELECTING JURORS WHO WILL SIT TO

10:27AM   18   HEAR THIS CASE.

10:27AM   19        THIS PROCESS INVOLVES INTERVIEWING SEPARATE PANELS OF

10:27AM   20   POTENTIAL JURORS OVER THE COURSE OF THE DAY.

10:27AM   21        AFTER OUR SESSION TODAY, YOU WILL BE PERMITTED TO LEAVE

10:27AM   22   THE COURTHOUSE, AND YOU WILL THEN BE NOTIFIED BY THE COURT

10:27AM   23   WHETHER AND WHEN YOU SHOULD RETURN TO THE COURTHOUSE.

10:28AM   24        WE'LL THEN COMPLETE THIS PROCESS, AND WE'LL THEN BEGIN THE

10:28AM   25   TRIAL.

|  |  |
|---|---|
| 10:28AM | 1 |

                    NOW, YOU HAVE -- I BELIEVE ON YOUR SEATS YOU SHOULD HAVE A

10:28AM   2   TRIAL SCHEDULE.  AGAIN, THIS IS THE ANTICIPATED TRIAL SCHEDULE.

10:28AM   3        LOOKING AT THIS SCHEDULE, YOU CAN SEE THAT WE PREDICT THAT

10:28AM   4   DELIBERATIONS SHOULD BEGIN AROUND THE END OF MAY OR THE SECOND

10:28AM   5   WEEK OF JUNE, PERHAPS.

10:28AM   6        THIS MAY CHANGE, AND OF COURSE I'LL KEEP YOU INFORMED AS

10:28AM   7   TO ANY CHANGES IN OUR SCHEDULE.

10:28AM   8        AND AS YOU SAW IN THE PROPOSED QUESTIONNAIRE, OUR PROPOSED

10:28AM   9   DAYS IN COURT WILL BE ON TUESDAYS, WEDNESDAYS, AND FRIDAYS,

10:28AM   10   INITIALLY FROM 9:00 A.M. TO 3:00 P.M., AND IT MAY BE WE'LL

10:28AM   11   MODIFY THE SCHEDULE AND ADD DAYS, AND I'LL LET YOU KNOW IN

10:28AM   12   ADVANCE IF THERE'S A CHANGE IN OUR SCHEDULE.

10:29AM   13        WE ANTICIPATE BREAKING TWO TIMES A DAY WITH 30 TO

10:29AM   14   45 MINUTES AS OPPOSED TO A LENGTHY LUNCH BREAK IN THE MIDDLE OF

10:29AM   15   THE DAY.

10:29AM   16        AND BECAUSE OF THE LENGTH OF THE TRIAL, I HOPE THIS

10:29AM   17   SCHEDULE ACCOMPLISHES THE TAKING OF EVIDENCE IN THE TRIAL, AND

10:29AM   18   ALSO WILL AVOID STRESS AND FATIGUE THAT MIGHT ARISE FROM

10:29AM   19   ALL-DAY EVERY DAY SCHEDULE THAT SHORTER TRIALS TYPICALLY HAVE.

10:29AM   20        NOW, I ALSO REALIZE THAT THERE ARE OCCASIONS WHEN SOMEONE

10:29AM   21   MAY NEED TO TAKE AN UNSCHEDULED BREAK FOR ANY REASON.  IF YOU

10:29AM   22   OR ANYONE IN THE WELL HERE NEEDS TO TAKE A BREAK, PLEASE LET ME

10:29AM   23   KNOW AND I'LL BE HAPPY TO TAKE A BREAK FOR ANY PURPOSE.

10:29AM   24        NOW, LADIES AND GENTLEMEN, THE FIRST STEP IN THE TRIAL

10:29AM   25   FOLLOWING THE SELECTION OF THE JURY IS THE GOVERNMENT'S OPENING

10:29AM 1    STATEMENT.

10:29AM 2        THE DEFENDANT MAY CHOOSE TO GIVE AN OPENING STATEMENT

10:29AM 3    FOLLOWING THE GOVERNMENT OR AT THE BEGINNING OF THE DEFENSE

10:29AM 4    CASE.

10:30AM 5        THE PURPOSE OF AN OPENING STATEMENT IS TO GIVE YOU AN

10:30AM 6    OVERVIEW OF WHAT THE ATTORNEYS BELIEVE THAT THE EVIDENCE IN THE

10:30AM 7    CASE WILL SHOW.

10:30AM 8        NEXT, THE GOVERNMENT WILL OFFER EVIDENCE.  EVIDENCE

10:30AM 9    USUALLY INCLUDES WITNESSES' TESTIMONY AND EXHIBITS.

10:30AM 10       AFTER THE GOVERNMENT PRESENTS THEIR EVIDENCE, THE DEFENSE

10:30AM 11   MAY ALSO PRESENT EVIDENCE, BUT HE IS NOT REQUIRED TO DO SO.

10:30AM 12       BECAUSE MR. BALWANI IS PRESUMED INNOCENT, HE DOES NOT HAVE

10:30AM 13   TO PROVE THAT HE IS NOT GUILTY.

10:30AM 14       NOW, YOU HAVE ON THE BACK OF YOUR SCHEDULES ALSO A LIST OF

10:30AM 15   WITNESSES WHO MAY TESTIFY IN THIS CASE.

10:30AM 16       I'M GOING TO ASK YOU TO LOOK AT THAT LIST AND ASK COUNSEL,

10:30AM 17   COUNSEL, WOULD YOU AGREE AND STIPULATE THAT THE COURT NEED NOT

10:30AM 18   READ THE ENTIRETY OF THIS WITNESS LIST INTO THE RECORD NOW?  IT

10:30AM 19   IS PART OF THE RECORD IN THE QUESTIONNAIRES.

10:31AM 20           MR. SCHENK:  YES, YOUR HONOR, SO STIPULATED.

10:31AM 21           MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

10:31AM 22           THE COURT:  THANK YOU.

10:31AM 23       LADIES AND GENTLEMEN, I'M GOING TO GIVE YOU JUST A MOMENT

10:31AM 24   TO REVIEW THAT WITNESS LIST.  I KNOW IT'S SEVERAL COLUMNS.

10:31AM 25   PLEASE REVIEW THAT NOW.  I'M GOING TO ASK YOU QUESTIONS ABOUT

10:31AM 1    THAT LIST IN A MOMENT, PARTICULARLY WHETHER OR NOT YOU KNOW OR

10:31AM 2    YOU'RE FAMILIAR WITH ANYONE ON THAT WITNESS LIST.

10:32AM 3         (PAUSE IN PROCEEDINGS.)

10:32AM 4              PROSPECTIVE JUROR:  I DON'T HAVE THE LIST.

10:32AM 5              THE COURT:  OH, A JUROR DOES NOT HAVE THE LIST.  I

10:32AM 6    APOLOGIZE.  THAT'S JUROR 124.

10:32AM 7              PROSPECTIVE JUROR:  YES.

10:32AM 8              THE COURT:  RIGHT HERE, 124.

10:32AM 9         (PAUSE IN PROCEEDINGS.)

10:32AM 10             THE COURT:  NOW, LADIES AND GENTLEMEN, YOU SHOULD

10:32AM 11   NOTE THAT THE PARTIES ARE NOT REQUIRED AND MIGHT NOT WISH TO

10:32AM 12   CALL ALL OF THESE WITNESSES, AND THEY MAY LATER FIND IT

10:32AM 13   NECESSARY TO CALL OTHER WITNESSES.

10:32AM 14        IT MAY OCCUR THAT THE PARTIES STIPULATE TO A WITNESS'S

10:32AM 15   TESTIMONY OR AN EXHIBIT.  THIS MEANS THAT THE PARTIES AGREE

10:33AM 16   THAT THE STATEMENT OR EXHIBIT MAY BE INTRODUCED INTO EVIDENCE.

10:33AM 17        AFTER YOU HAVE HEARD ALL OF THE EVIDENCE AND AFTER THE

10:33AM 18   ATTORNEYS HAVE GIVEN THEIR FINAL ARGUMENTS, I WILL THEN

10:33AM 19   INSTRUCT YOU ON THE LAW THAT APPLIES TO THIS CASE.

10:33AM 20        AFTER YOU'VE HEARD THE ARGUMENTS AND INSTRUCTIONS, YOU

10:33AM 21   WILL THEN RETIRE TO THE JURY ROOM TO DELIBERATE THE MERITS OF

10:33AM 22   THE CASE AND THEN TO RETURN WITH YOUR FINDINGS.

10:33AM 23        NOW, LADIES AND GENTLEMEN, JURY SERVICE IS AN OBLIGATION.

10:33AM 24   I REALIZE IT MAY BE INCONVENIENT, BUT I WOULD HOPE YOU ALSO

10:33AM 25   VIEW JURY SERVICE AS A PRIVILEGE TO SERVE YOUR COMMUNITY AND TO

```
10:33AM   1      PARTICIPATE IN YOUR SYSTEM OF JUSTICE.

10:33AM   2           WE ALL KNOW AND WE'RE SENSITIVE TO THE FACT THAT NONE OF

10:33AM   3      YOU ARE HERE BECAUSE YOU HAVE NOTHING ELSE TO DO WITH YOUR

10:33AM   4      TIME, OR THAT YOU PERHAPS VOLUNTEERED FOR JURY SERVICE OUT OF

10:34AM   5      THE GOODNESS OF YOUR HEARTS.

10:34AM   6           WE RECOGNIZE THAT JURY SERVICE IS AN IMPOSITION ON EACH OF

10:34AM   7      YOU.  THIS SERVICE TAKES YOU FROM THOSE WHO NEED AND RELY ON

10:34AM   8      YOU AT YOUR HOMES AND AT YOUR WORKPLACES.

10:34AM   9           FOR MANY OF US WORKING IN THE JUSTICE SYSTEM, TRYING TO

10:34AM  10      IMPROVE ON THE QUALITY OF JUSTICE WHILE MAINTAINING FAIRNESS

10:34AM  11      ACROSS THE BOARD IS A CHALLENGE.  IT IS A CHALLENGE TO DELIVER

10:34AM  12      ON THE PROMISE OF A JURY OF ONE'S PEERS, A TRUE CROSS-SECTION

10:34AM  13      OF OUR COMMUNITY.  WE HAVE THIS PROMISE AND WE MAKE THIS

10:34AM  14      PROMISE TO EVERYONE WHO ENTERS OUR COURTS.  IT'S A PROMISE THAT

10:34AM  15      WE ENDEAVOR TO FULFILL AS WE RECOGNIZE WE OURSELVES WOULD RELY

10:34AM  16      ON THAT PROMISE IF WE WERE EVER TO COME INTO THE JUSTICE SYSTEM

10:34AM  17      AS A PARTY.

10:34AM  18           OUR CONSTITUTION GUARANTEES THE RIGHT TO A JURY TRIAL, AND

10:34AM  19      THAT IS THE BASIS FOR ALL OF OUR OBLIGATIONS, YOURS, AS WELL AS

10:35AM  20      MINE, TO SERVE AS JURORS.

10:35AM  21           AND I SHOULD LET YOU KNOW, JUDGES ARE ALSO SUMMONED TO

10:35AM  22      JURY SERVICE.  I'VE BEEN SUMMONED SEVERAL TIMES IN MY

10:35AM  23      COMMUNITY.  I MUST CONFESS, FOR REASONS THAT I CANNOT TELL YOU,

10:35AM  24      I'VE NEVER BEEN SELECTED TO SERVE AS A JUROR REGRETTABLY, BUT I

10:35AM  25      LOOK FORWARD TO THAT TIME HAPPENING.
```

10:35AM 1          NOW, LADIES AND GENTLEMEN, IT IS PERHAPS MORE SIGNIFICANT

10:35AM 2     NOW TO PARTICIPATE IN YOUR SERVICE SO OUR COMMUNITY, COUNTRY,

10:35AM 3     AND EVEN THE WORLD CAN OBSERVE THAT EVEN DURING THE CHALLENGE

10:35AM 4     OF A PANDEMIC AND A WORLD CONFLICT, OUR COURTS ARE OPEN AND OUR

10:35AM 5     SYSTEM OF JUSTICE ENDURES.

10:35AM 6          NOW, I WANT TO TAKE A MOMENT TO SHARE WITH YOU SOME

10:35AM 7     INFORMATION REGARDING COVID PROTOCOLS.

10:35AM 8          AT ALL TIMES WE WILL STRIVE TO ENSURE YOUR PROTECTION,

10:36AM 9     SAFETY, AND YOUR GOOD HEALTH.

10:36AM 10         AS YOU CAN SEE, WE WILL ENGAGE DISTANCING AND FACE MASKS

10:36AM 11    IN OUR COURT.

10:36AM 12         IF YOU ARE VACCINATED, OUR MEDICAL INFORMATION INFORMS

10:36AM 13    THAT THAT FACT, THE FACT OF YOUR VACCINATION, SIGNIFICANTLY

10:36AM 14    ENHANCES YOUR SAFETY.

10:36AM 15         PARTIES IN COURT WILL WEAR MASKS.  WITNESSES, DEPENDING ON

10:36AM 16    THEIR HEALTH AND VACCINATION STATUS, MAY BE PERMITTED TO REMOVE

10:36AM 17    THEIR MASKS OR WEAR A PROTECTIVE PLASTIC CLEAR FACE SHIELD

10:36AM 18    WHILE TESTIFYING.

10:36AM 19         COUNSEL MAY REMOVE THEIR MASK AT THE LECTERNS WHEN THEY'RE

10:36AM 20    EXAMINING WITNESSES.

10:36AM 21         NOW, I SHOULD TELL YOU, COUNSEL HAVE PERMITTED ME TO

10:36AM 22    INFORM AND LET YOU KNOW THAT ALL OF THEIR TEAMS ON BOTH SIDES

10:36AM 23    ARE FULLY VACCINATED, AND BY THAT I MEAN THEY ALSO HAVE BOOSTER

10:36AM 24    SHOT.

10:36AM 25         AND I SHOULD LET YOU KNOW ALL OF MY TEAM, OUR COURT STAFF

10:37AM   1    HERE, HAVE ALSO -- WE'RE ALL FULLY VACCINATED AND HAVE HAD OUR

10:37AM   2    BOOSTER SHOT.

10:37AM   3         WE WILL HAVE AIR PURIFIERS AT THE WITNESS STAND.  THERE'S

10:37AM   4    ONE UNDER THE WITNESS STAND HERE THAT IS OPERATIONAL, AND WE'LL

10:37AM   5    HAVE WITNESS -- EXCUSE ME -- THE AIR PURIFIERS AT COUNSEL TABLE

10:37AM   6    AS WELL.

10:37AM   7         WE MAY BE ABLE TO PROVIDE A PURIFIER NEAR THE JURY BOX IF

10:37AM   8    THERE'S A REQUEST FOR THAT, AND WE CAN DO THAT IF IT'S

10:37AM   9    NECESSARY.

10:37AM  10         YOU SEE THE PLASTIC SHIELDS THAT WE HAVE PLACED, AND I

10:37AM  11    ANTICIPATE WE'LL KEEP THOSE IN PLACE FOR THE DURATION OF THE

10:37AM  12    TRIAL.

10:37AM  13         IF AT ANY TIME A JUROR HAS DIFFICULTY EITHER HEARING OR

10:37AM  14    SEEING OR OBSERVING THROUGH THESE PLASTIC SHIELDS, THAT JUROR

10:37AM  15    SHOULD RAISE THEIR HAND AND LET ME KNOW SO WE CAN ATTEND TO

10:37AM  16    THAT ISSUE.

10:37AM  17         I'D LIKE TO TELL YOU A LITTLE BIT ABOUT OUR BUILDING.

10:37AM  18    THIS COURTHOUSE IS OLD.  I THINK IT WAS BUILT IN THE '70S,

10:38AM  19    SOMETHING LIKE THAT.  ASIDE FROM THE, I THINK IT'S CALLED

10:38AM  20    BRUTALIST ARCHITECTURE, THAT WAS EN VOGUE THEN.  IT'S PROBABLY

10:38AM  21    NOT AS ATTRACTIVE AS OTHER COURTHOUSES THAT YOU'VE HAD THE

10:38AM  22    PRIVILEGE OF ATTENDING OR BEING IN.

10:38AM  23         I SHOULD TELL YOU, ABOUT 25 YEARS AGO WE WERE SCHEDULED TO

10:38AM  24    BUILD A NEW COURTHOUSE IN SAN JOSE.  CONGRESS GAVE US

10:38AM  25    $10 MILLION FOR SITE ACQUISITION, THAT IS, TO BUY PROPERTY THAT

10:38AM 1      WE CAN BUILD THE COURTHOUSE ON, AND SO WE, THE COURT, RECEIVED

10:38AM 2      THAT $10 MILLION AND THEN BEGAN THE SEARCH FOR PROPERTY WHERE

10:38AM 3      WE COULD BUILD A NEW COURTHOUSE.

10:38AM 4           WELL, CONGRESS THEN CHANGED THEIR MIND AND THEY SAID,

10:38AM 5      WELL, SAN JOSE, WE'RE NOT GOING TO GIVE YOU A NEW COURTHOUSE

10:38AM 6      JUST YET, BUT YOU CAN KEEP THE $10 MILLION.  SO THAT WAS GREAT.

10:38AM 7           SO WE THOUGHT THEN, GREAT, WE CAN UPDATE OUR COURTHOUSE,

10:39AM 8      AND THE GENERAL SERVICE ADMINISTRATION SAID, YEAH, OF COURSE

10:39AM 9      YOU CAN USE THAT MONEY TO UPDATE AND IMPROVE THE APPEARANCE OF

10:39AM 10     THE COURTHOUSE.

10:39AM 11          AND I WANT TO TELL YOU, ABOUT 7.9 MILLION OF THAT

10:39AM 12     $10 MILLION WAS SPENT ON OUR HVAC SYSTEM.  WE CAN'T SEE IT.

10:39AM 13     IT'S ON TOP OF THE ROOF HERE.

10:39AM 14          SO WE DIDN'T BENEFIT FROM ESTHETIC PLEASING REMEDIATIONS

10:39AM 15     OF THE COURTHOUSE, BUT WE DID BENEFIT FROM A NEW HVAC SYSTEM.

10:39AM 16     AND IT WAS TIMELY, WASN'T IT?

10:39AM 17          I SHOULD TELL YOU, THIS HVAC SYSTEM IS ABOUT FOUR OR FIVE

10:39AM 18     YEARS NEW.  WE'VE UPGRADED OUR SYSTEM TO MERV 14 FILTRATION.

10:39AM 19     THE CURRENT GUIDANCE IS A MERV 13.

10:39AM 20          OUR SYSTEM IS ALSO EFFECTIVE AGAINST OTHER POLLUTANTS THAT

10:40AM 21     MAY BE IN THE AREA.  AND YOU REMEMBER THE FIRES THAT WE HAD IN

10:40AM 22     THE SUMMER.  INDIVIDUALS IN OUR COURTROOM WERE PROTECTED FROM

10:40AM 23     ALL OF THAT SMOKE THAT WAS IN OUR COMMUNITIES AT THAT TIME, SO

10:40AM 24     IT'S A WONDERFUL SYSTEM.

10:40AM 25          I AM INFORMED THAT THE AIR CIRCULATION IN THIS COURTROOM

10:40AM  1    CIRCULATES AT WHAT IS CALLED ACH 6.3, WHICH IS AIR CHANGES PER

10:40AM  2    HOUR, AND WHAT THIS MEANS IS THAT THE AIR IN THIS COURTROOM IS

10:40AM  3    COMPLETELY CIRCULATED EVERY TEN MINUTES.  SO IT'S A GOOD

10:40AM  4    SYSTEM.  $7 MILLION WAS WELL SPENT.

10:40AM  5         WE HAD SOME OTHER MONIES THAT WE SPENT TO IMPROVE THE LOOK

10:40AM  6    OF OUR COURTHOUSE.  I HOPE YOU ENJOYED THE LOBBY WHEN YOU CAME

10:40AM  7    IN AND SAW THAT.

10:40AM  8         WE'RE DOING THESE OTHER THINGS.  THESE MURALS THAT YOU SEE

10:40AM  9    IN OUR COURTHOUSE ARE COMING UP, TOO.  SO WE'RE TRYING TO DO

10:40AM 10    THE BEST THAT WE CAN.

10:40AM 11         NOW, OUR SYSTEM RUNS ABOUT TWO HOURS BEFORE COURT AND

10:40AM 12    AFTER COURT, AFTER WE CLOSE OUR BUILDING AND BEFORE WE OPEN,

10:41AM 13    AND WE DO THIS FOR ADDED VENTILATION.

10:41AM 14         THE GENERAL SERVICE ADMINISTRATION HAS ALSO ADOPTED

10:41AM 15    CLEANING GUIDELINES FROM THE CENTER FOR DISEASE CONTROL, THE

10:41AM 16    CDC, AND THESE STANDARDS INCLUDE ROUTINE CLEANING AND

10:41AM 17    DISINFECTION OF HIGH TOUCH SURFACES AND COMMON AND HIGH TRAFFIC

10:41AM 18    AREAS.

10:41AM 19         WE HAVE FACE MASKS AND SANITIZER TO PROVIDE YOU AS NEEDED.

10:41AM 20         AND I SHOULD TELL YOU WE ALSO HAVE AVAILABLE TO US -- THIS

10:41AM 21    IS NEW, THIS IS JUST RECENT -- WE HAVE AVAILABLE TO ANY JUROR

10:41AM 22    COVID TESTS.  WE HAVE THE KITS AVAILABLE SHOULD A JUROR DURING

10:41AM 23    THEIR SERVICE OR AT ANY TIME FEEL THAT THEY WOULD LIKE TO OR

10:41AM 24    FEEL THE NEED TO BE TESTED FOR THEIR PROTECTION, AS WELL AS THE

10:41AM 25    PROBATION OF OTHERS IN THE COURTROOM, WE CAN AND WE HAVE THOSE

10:42AM  1    TESTS AVAILABLE FOR YOU.

10:42AM  2         I SHOULD TELL YOU THAT THEY WERE BROUGHT TO OUR COURT

10:42AM  3    TODAY.  THEY WERE BROUGHT TO OUR COURT TODAY.  WE HAVE THEM AND

10:42AM  4    THEY'RE AVAILABLE FOR YOU SHOULD THAT EVER BECOME A NEED DURING

10:42AM  5    THE COURT OF THE TRIAL.

10:42AM  6         THE JURY ROOM THAT YOU WILL USE WILL BE AN ENTIRE

10:42AM  7    COURTROOM AND IT WILL BE JUST ON THE OTHER SIDE OF THIS WALL.

10:42AM  8    WE HAVE CLEARED A COURTROOM IN ITS ENTIRETY FOR THE JURY TO USE

10:42AM  9    FOR THEIR DELIBERATIONS AND MEETINGS AND BREAKS.  YOU WILL BE

10:42AM  10   ABLE TO SPACE YOURSELVES OUT IN THAT COURTROOM AS YOU NEED.  SO

10:42AM  11   YOU'LL HAVE THE ENTIRETY OF A COURTROOM.

10:42AM  12        IT'S NOT QUITE AS LARGE AS THIS, BUT IT IS LARGE.  IT'S A

10:42AM  13   LARGER ROOM OTHER THAN OUR SMALLER DELIBERATION ROOM.

10:42AM  14        WE ALSO ANTICIPATE, AND I SHOULD TELL YOU THIS, THAT OUR

10:42AM  15   COURT BUDGET WILL PERMIT, AND WE DO PROVIDE, A LIGHT BREAKFAST

10:43AM  16   FOR OUR JURORS DURING THE WEEK.  WE HAVE A GOOD VENDOR.  I'M

10:43AM  17   INFORMED THE BAGELS ARE TERRIFIC AND THE SALAD IS TERRIFIC AND

10:43AM  18   THE PARFAIT IS TERRIFIC.  I TELL YOU THIS JUST TO OFFER YOU

10:43AM  19   SOME OTHER INCENTIVE FOR YOUR SERVICE IN THIS TRIAL.

10:43AM  20        NOW, IF YOU HAVE ANY QUESTION OR ISSUE REGARDING YOUR

10:43AM  21   SAFETY OR COURT CONDITIONS DURING YOUR TIME HERE, YOU SHOULD

10:43AM  22   CONTACT MY COURTROOM DEPUTY, MS. ROBINSON, OR ANY OF OUR STAFF.

10:43AM  23        NOW, LET ME ASK ANOTHER QUESTION.  IS THERE ANY MEMBER OF

10:43AM  24   THE PANEL WHO HAS ANY SPECIAL DISABILITY OR PROBLEM THAT WOULD

10:43AM  25   MAKE SERVING AS A MEMBER OF THIS JURY DIFFICULT OR IMPOSSIBLE?

10:43AM   1          NOW, LET ME SAY, WE HAVE ASSISTED LISTENING DEVICES

10:43AM   2     AVAILABLE.  IF SOMEONE NEEDS OR WOULD LIKE A DEVICE TO ASSIST

10:43AM   3     YOU, THIS IS THE ASSISTED LISTENING DEVICE, WOULD YOU PLEASE

10:44AM   4     RAISE YOUR HAND NOW AND WE'LL GET ONE OUT TO YOU.

10:44AM   5          I SEE NO HANDS.  THANK YOU.

10:44AM   6          THERE MAY BE OTHER INDIVIDUALS THAT HAVE OTHER HEALTH

10:44AM   7     ISSUES, BACK ISSUES, SEATING ISSUES, THAT WOULD BENEFIT FROM

10:44AM   8     ASSISTED CUSHIONS, PILLOWS, OR OTHER RELIEF.  WE MAY BE ABLE TO

10:44AM   9     PROVIDE THOSE FOR YOU, TOO.

10:44AM  10          IS THERE ANYONE WHO WANTS TO IDENTIFY SUCH A CONDITION TO

10:44AM  11     ME NOW, A BACK ISSUE, ANY TYPE OF ISSUE THAT MIGHT CREATE A

10:44AM  12     PROBLEM?

10:44AM  13          I SEE A HAND IN THE BACK.

10:44AM  14          WE'LL TAKE A MICROPHONE BACK TO YOU, MA'AM.

10:44AM  15          IF YOU COULD IDENTIFY YOUR JUROR NUMBER.

10:44AM  16          LET ME SAY, LADIES AND GENTLEMEN, I'M GOING TO IDENTIFY

10:44AM  17     YOU BY YOUR JUROR NUMBER.  IF YOU'RE CALLED ON, WHAT I WOULD

10:45AM  18     ASK YOU TO DO IS TO SAY YOUR NUMBER BEFORE YOU SPEAK SO OUR

10:45AM  19     COURT REPORTER CAN ACCURATELY REPORT THAT.

10:45AM  20          I MEAN NO DISRESPECT TO YOU, BUT IT'S JUST A CONVENIENCE

10:45AM  21     THAT WE DO FOR THIS PURPOSE.

10:45AM  22          YES, MA'AM, MAY I KNOW YOUR JUROR NUMBER?

10:45AM  23               PROSPECTIVE JUROR:  176.

10:45AM  24               THE COURT:  YES.  AND WHAT WOULD YOU LIKE ME TO

10:45AM  25     KNOW?

10:45AM 1          PROSPECTIVE JUROR:  SO I HAVE AN ISSUE WITH MY LEG

10:45AM 2   AND BACK THAT I'VE HAD FOR FOUR MONTHS AND I'M UNDER THE CARE

10:45AM 3   OF MY DOCTOR.  I'M NOT ABLE TO SIT.

10:45AM 4       I WORK AS A SCHOOL SECRETARY.  I DO STAND FOR TEN HOURS,

10:45AM 5   AND I'M NOT ABLE TO SIT AT ALL, AND IF I AM, I'M ALWAYS MOVING

10:45AM 6   AROUND.

10:45AM 7       I DON'T WANT TO ACT LIKE AN ADH CHILD OR SOMEONE WHO KEEPS

10:45AM 8   FIDGETING, BUT I DO HAVE TO BE MOVING AROUND.  IT'S LIKE MY LEG

10:45AM 9   FALLS ASLEEP.

10:45AM 10      AND IT'S BEEN GOING ON FOR THREE MONTHS, AND I'M UNDER THE

10:45AM 11  CARE OF A DOCTOR.

10:45AM 12      SO IF I WAS ABLE TO SIT, I WOULD HAVE TO -- IF YOU DON'T

10:45AM 13  MIND THAT AND IT'S NOT A DISRUPTION, I WOULD LIKE YOU TO KNOW

10:46AM 14  THAT.  BUT I NEED TO MOVE AND BE STANDING AROUND.

10:46AM 15          THE COURT:  THANK YOU FOR THAT.

10:46AM 16      SO AT WORK YOU USE A STANDING DESK, I THINK THEY'RE

10:46AM 17  CALLED?

10:46AM 18          PROSPECTIVE JUROR:  I HAVE A STANDING DESK, AND

10:46AM 19  BECAUSE I WORK AT THE SCHOOL, I'M ALWAYS ON THE MOVE.  I'M

10:46AM 20  ALWAYS MOVING.

10:46AM 21      AND WHEN I GET HOME I ACTUALLY HAVE TO SIT WITH MY LEG UP.

10:46AM 22          THE COURT:  RIGHT.  SO TELL US, WHAT GRADES OF --

10:46AM 23          PROSPECTIVE JUROR:  I'M ACTUALLY A SECRETARY AT AN

10:46AM 24  ELEMENTARY SCHOOL FROM KINDER THROUGH 6, AND SO I'VE BEEN

10:46AM 25  WORKING THERE FOR 20 YEARS.

10:46AM 1          THE COURT:  I SEE.  AND THE CHILDREN REQUIRE

10:46AM 2     EDUCATORS TO MOVE ABOUT A BIT, I TAKE IT.

10:46AM 3          PROSPECTIVE JUROR:  YES.  I'M IN THE OFFICE, SO I

10:46AM 4     ACTUALLY SEE THEM COMING IN AND OUT.

10:46AM 5          THE COURT:  ALL RIGHT.  THANK YOU.

10:46AM 6        SO THE DURATION OF THIS TRIAL IS 13 WEEKS APPROXIMATELY,

10:46AM 7     AND REGRETTABLY, WE DON'T HAVE STANDING DESKS YET FOR OUR -- IN

10:46AM 8     OUR JURY BOX.  BUT MAYBE THAT'S A WISH LIST ITEM WE COULD LOOK

10:46AM 9     AT.

10:46AM 10       LET ME ASK THESE LAWYERS IF THEY HAVE ANY QUESTIONS FOR

10:46AM 11    YOU.

10:46AM 12      MR. SCHENK?

10:46AM 13          MR. SCHENK:  NOTHING FURTHER, YOUR HONOR.  THANK

10:47AM 14    YOU.

10:47AM 15          MR. COOPERSMITH:  NO, YOUR HONOR.

10:47AM 16          THE COURT:  THANK YOU VERY MUCH FOR LETTING US KNOW

10:47AM 17    THAT.

10:47AM 18          PROSPECTIVE JUROR:  THANK YOU SO MUCH.

10:47AM 19          THE COURT:  YOU'RE WELCOME.

10:47AM 20      WAS THERE ANOTHER HAND?

10:47AM 21      YES, I SEE A HAND THERE.

10:47AM 22          PROSPECTIVE JUROR:  I'M OKAY TODAY, BUT --

10:47AM 23          THE COURT:  PARDON ME.  ARE YOU JUROR 119?

10:47AM 24          PROSPECTIVE JUROR:  119, YES.

10:47AM 25          THE COURT:  YES.

10:47AM 1          PROSPECTIVE JUROR:  I'M OKAY TODAY, BUT I JUST

10:47AM 2    WANTED TO POINT OUT THAT I'LL BE 31 WEEKS PREGNANT BY THE END

10:47AM 3    OF THIS JURY.  SO I CAN SIT TODAY, BUT I CAN'T SAY THAT FOR THE

10:47AM 4    DURATION OF THE ENTIRE TRIAL.

10:47AM 5          THE COURT:  I SEE.  AND YOU KNOW OUR SCHEDULE IS

10:47AM 6    APPROXIMATELY THREE DAYS A WEEK.  IT MIGHT CHANGE.

10:47AM 7       DOES THAT CAUSE YOU SOME --

10:47AM 8          PROSPECTIVE JUROR:  I WOULD HAVE TO SCHEDULE MY

10:47AM 9    DOCTOR'S APPOINTMENTS I GUESS AROUND THE SCHEDULE OF THE TRIAL.

10:47AM 10          THE COURT:  OKAY.  OKAY.

10:47AM 11       IS THERE ANYTHING ABOUT THE NATURE OF THE TRIAL AND YOUR

10:48AM 12    SERVICE AS A JUROR THAT YOU HAVE A CONCERN ABOUT?

10:48AM 13          PROSPECTIVE JUROR:  I GUESS I WOULD HOPE THAT I

10:48AM 14    WOULDN'T CAUSE STRESS ON MYSELF WHICH WOULD AFFECT ANYTHING IN

10:48AM 15    MY PREGNANCY, BUT --

10:48AM 16          THE COURT:  RIGHT.  HAVE YOU TALKED TO YOUR

10:48AM 17    PHYSICIAN AND EXPLAINED TO HER WHAT JURY SERVICE MIGHT BE?

10:48AM 18          PROSPECTIVE JUROR:  I'VE EMAILED HER.  I EMAILED HER

10:48AM 19    YESTERDAY WHEN I WAS ASKED TO COME BACK TODAY.

10:48AM 20          THE COURT:  OH.  AND YOU HAVE NOT HEARD BACK FROM --

10:48AM 21          PROSPECTIVE JUROR:  NO, I HAVE NOT.

10:48AM 22          THE COURT:  OKAY.  THANK YOU.  THANK YOU FOR LETTING

10:48AM 23    US KNOW.

10:48AM 24       YES?

10:48AM 25          PROSPECTIVE JUROR:  135.

10:48AM 1          THE COURT:  135, YES.  THANK YOU.

10:48AM 2          PROSPECTIVE JUROR:  I'VE BEEN RECENTLY DIAGNOSED

10:48AM 3   WITH AN OVERACTIVE THYROID GLAND AND THE CHEMICALS ARE

10:48AM 4   ATTACKING MY JOINTS, MY KNEES, MY SHOULDER, MY HANDS.

10:49AM 5          I'M SCHEDULED FOR A BIOPSY IN THE UPCOMING WEEK TO SEE IF

10:49AM 6   IT'S MALIGNANT OR BENIGN, SO I SEE SURGERY IN MY FUTURE.

10:49AM 7          THE COURT:  OKAY.  THANK YOU.  THANK YOU VERY MUCH.

10:49AM 8      ALL RIGHT.  THANK YOU.

10:49AM 9      ANYONE ELSE IN RESPONSE TO THAT QUESTION?

10:49AM 10      YES, IN THE BACK I SEE A HAND.

10:49AM 11          PROSPECTIVE JUROR:  I'M NUMBER 181.

10:49AM 12      I ALSO HAVE A LOWER BACK PROBLEM.  MY LEGS START TO GO

10:49AM 13   NUMB IF I STAND FOR ABOUT 20 MINUTES OR MORE.  I'M USUALLY OKAY

10:50AM 14   SITTING DOWN, BUT SOMETIMES MY LEGS GO NUMB AND I JUST NEED TO

10:50AM 15   MOVE POSITIONS.

10:50AM 16      BUT OTHER THAN THAT, IT'S OKAY.

10:50AM 17          THE COURT:  OKAY.  DO CUSHIONS OR PILLOWS SOMETIMES

10:50AM 18   ASSIST?

10:50AM 19          PROSPECTIVE JUROR:  SOMETIMES STANDING UP, SOMETIMES

10:50AM 20   LAYING DOWN.  IT'S JUST DIFFERENT.

10:50AM 21          THE COURT:  I SEE.

10:50AM 22          PROSPECTIVE JUROR:  I WORK FROM HOME, SO I CAN DO

10:50AM 23   WHATEVER I NEED TO DO.

10:50AM 24          THE COURT:  RIGHT.

10:50AM 25          PROSPECTIVE JUROR:  YEAH, BUT SITTING DOWN FOR

10:50AM 1    EXTENDED PERIODS MIGHT BECOME AN ISSUE.

10:50AM 2         THE COURT:  OKAY.  THANK YOU FOR THAT.

10:50AM 3    LET ME TELL YOU -- AND RIGHT NOW YOU'RE SEATED IN THE HARD

10:50AM 4    PEWS, HARD WOOD PEWS.  THEY'RE NOT AS COMFORTABLE AS THESE

10:50AM 5    LUXURIOUS SEATS OVER HERE WHERE YOUR COLLEAGUES ARE SITTING.

10:50AM 6    SO THAT MIGHT MAKE A DIFFERENCE.

10:50AM 7    I SHOULD TELL YOU THAT WE HAVE HAD JURORS THAT HAVE A

10:50AM 8    SIMILAR ISSUE THAT NEED TO STAND OR STRETCH, AND WHAT WE HAVE

10:50AM 9    BEEN ABLE TO DO IN THE PAST IS TO HAVE THAT JUROR SEATED AT THE

10:50AM 10   END, OR SEATED IN A WAY SUCH THAT THEY CAN STAND AND STRETCH.

10:50AM 11   AND WE LET THE PARTIES KNOW OF THIS IN ADVANCE, AND THE

10:50AM 12   INDIVIDUAL IS ABLE TO STAND AND STRETCH, OR WE CAN TAKE BREAKS,

10:51AM 13   TOO, AS NEEDED.

10:51AM 14   BUT THAT SEEMED TO WORK IN PAST TRIALS THAT I'VE HAD.  I

10:51AM 15   JUST WANT TO LET YOU KNOW THAT.

10:51AM 16        PROSPECTIVE JUROR:  YEAH, THAT SEEMS LIKE IT WOULD

10:51AM 17   BE OKAY.  YES.

10:51AM 18        THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH, SIR.

10:51AM 19   THANK YOU.

10:51AM 20   ALL RIGHT.  I SEE NO OTHER HANDS.  THANK YOU.

10:51AM 21   LADIES AND GENTLEMEN, WE NOW COME TO THAT PORTION OF THE

10:51AM 22   TRIAL WHERE I WILL ASK YOU SOME QUESTIONS REGARDING YOUR

10:51AM 23   QUALIFICATIONS TO SERVE AS JURORS IN THIS CASE.

10:51AM 24   THE LAWYERS WILL ALSO HAVE THE OPPORTUNITY TO ASK YOU SOME

10:51AM 25   QUESTIONS.

```
10:51AM   1          THIS PROCESS IS VERY IMPORTANT BECAUSE THE PARTIES AND THE
10:51AM   2     COURT WANT FAIR AND IMPARTIAL JURORS WHO ARE FREE OF ANY
10:51AM   3     PRECONCEIVED IDEA, BELIEF, ATTITUDE, BIAS OR PREJUDICE ABOUT
10:51AM   4     THE OFFENSES CHARGED, OR THE ACCUSED, AND JURORS WHO WILL
10:51AM   5     DECIDE THIS CASE ONLY AFTER HAVING HEARD ALL OF THE EVIDENCE,
10:52AM   6     THE ARGUMENTS OF COUNSEL, THE LAW AS GIVEN TO YOU BY THE COURT,
10:52AM   7     AND THEN ONLY AFTER HAVING DELIBERATED WITH YOUR FELLOW JURORS.
10:52AM   8          BY THE OATH THAT YOU HAVE TAKEN, YOU ARE OBLIGATED TO
10:52AM   9     ANSWER ALL OF THESE QUESTIONS TRUTHFULLY AND COMPLETELY.
10:52AM  10          YOU WILL HELP THIS PROCESS BY VOLUNTEERING INFORMATION
10:52AM  11     ABOUT YOUR EXPERIENCES, FEELINGS, OR BIASES, IF ANY, EVEN
10:52AM  12     THOUGH YOU BELIEVE YOU CAN PUT THESE FEELINGS, EXPERIENCES,
10:52AM  13     BIASES ASIDE AND SIT AS A FAIR AND IMPARTIAL JUROR IN THIS
10:52AM  14     CASE.
10:52AM  15          NOW, LET ME SAY, IF YOU ARE SENSITIVE ABOUT ANSWERING ANY
10:52AM  16     QUESTION, YOU SHOULD PLEASE LET ME KNOW AND WE CAN DISCUSS THE
10:52AM  17     MATTER PRIVATELY WITH COUNSEL.
10:52AM  18          THIS PROCESS SEEKS TO IDENTIFY ANY ISSUE, INCLUDING THOSE
10:52AM  19     THAT MIGHT BE CONTROVERSIAL, THAT RAISE AN ISSUE OF BIAS OR
10:52AM  20     INABILITY TO BE FAIR OR IMPARTIAL.
10:53AM  21          NOW, IF ANY JUROR DURING THIS PROCESS FEELS THAT DURING
10:53AM  22     THE COURSE OF THE DISCUSSION AN ISSUE ARISES THAT YOU WOULD
10:53AM  23     LIKE TO OR YOU THINK IT MIGHT BE BETTER TO SPEAK IN PRIVATE
10:53AM  24     WITH THE COURT AND COUNSEL, PLEASE LET ME KNOW, AND DON'T BE
10:53AM  25     SHY ABOUT LETTING ME KNOW THAT.
```

10:53AM   1       WE'VE ARRANGED PROTOCOLS TO ACCOMPLISH THAT.

10:53AM   2       SO PLEASE LET ME KNOW IF AT ANY TIME DURING OUR

10:53AM   3  CONVERSATION OR YOUR CONVERSATION WITH THE LAWYERS, IF YOU

10:53AM   4  WOULD LIKE TO SPEAK PRIVATELY ABOUT SOMETHING, WE CAN DO THAT,

10:53AM   5  PLEASE.

10:53AM   6       IT IS IMPORTANT THAT YOU EXPRESS ISSUES WITH THE PARTIES.

10:53AM   7  AS I SAID, WE CAN MEET PRIVATELY.

10:53AM   8       WE DO WANT TO ALLOW JURORS TO BE FRANK AND OPEN, BUT WE

10:53AM   9  ALSO WANT TO, AND I WANT TO, BE CAREFUL TO NOT ALLOW ANYTHING

10:53AM  10  THAT IS SAID TO NEGATIVELY INFLUENCE OR OTHERWISE AFFECT ANY

10:53AM  11  OTHER JUROR.

10:54AM  12       THIS IS IMPORTANT BECAUSE WE WANT TO HEAR YOUR CANDID

10:54AM  13  THOUGHTS ON TOPICS, AND IT'S IMPORTANT THAT THOSE EXPRESSIONS,

10:54AM  14  WHILE HEARTFELT AND SINCERE, DO NOT TAINT OR OTHERWISE

10:54AM  15  NEGATIVELY IMPACT THE OPINIONS OR FAIRNESS OF OTHER PROSPECTIVE

10:54AM  16  JURORS.

10:54AM  17       SO IF YOU FEEL YOU'RE GOING TO SAY SOMETHING THAT, WELL,

10:54AM  18  THIS COULD AFFECT SOMEBODY ELSE, I'LL ASK YOU TO THINK ABOUT

10:54AM  19  THAT.  IF YOU WANT TO TALK PRIVATELY ABOUT THAT, WE CAN DO

10:54AM  20  THAT.

10:54AM  21       IT MAY BE DURING THE COURSE OF OUR CONVERSATION I MAY ASK

10:54AM  22  YOU -- I MAY INTERRUPT YOU AND SAY, YOU KNOW, THIS IS SOMETHING

10:54AM  23  THAT I WOULD LIKE TO TALK WITH YOU ABOUT A LITTLE LATER, AND I

10:54AM  24  MEAN NO DISRESPECT, BUT I JUST WANT TO MAINTAIN THAT PROTOCOL

10:54AM  25  FOR THE BENEFIT OF EVERYONE HERE AND YOUR COLLEAGUES.

10:54AM 1        NOW, IN SELECTING A JURY, EACH SIDE IS PERMITTED A CERTAIN

10:54AM 2   NUMBER OF WHAT ARE CALLED PEREMPTORY CHALLENGES TO PROSPECTIVE

10:54AM 3   JURORS.  AN ATTORNEY MAY EXCUSE A POTENTIAL JUROR JUST BECAUSE

10:54AM 4   IN THEIR OPINION THEY FEEL THAT THIS ISN'T THE RIGHT TRIAL FOR

10:55AM 5   THAT JUROR.

10:55AM 6        CHALLENGES FOR CAUSE ARE CHALLENGES WHERE A PARTY OR THE

10:55AM 7   COURT FEELS THAT A PROSPECTIVE JUROR CANNOT SIT ON A CASE

10:55AM 8   BECAUSE OF A BIAS, INTEREST, OR OTHER INABILITY TO BE FAIR AND

10:55AM 9   IMPARTIAL.  I WILL DETERMINE IF JURORS SHOULD BE EXCUSED FOR

10:55AM 10  CAUSE.

10:55AM 11       THE QUESTIONS OF THE COURT AND COUNSEL AND THE ANSWERS OF

10:55AM 12  PROSPECTIVE JURORS ASSIST THE ATTORNEYS IN THEIR DECISIONS.

10:55AM 13       NOW, FOLLOWING MY QUESTIONS AND THOSE OF THE ATTORNEYS,

10:55AM 14  THE LAWYERS WILL HAVE AN OPPORTUNITY TO MAKE DECISIONS AS TO

10:55AM 15  ANY CHALLENGES THEY MAY HAVE.  WE WILL TAKE THIS UP AFTER YOU

10:55AM 16  AND I HAVE MET AND YOU WILL BE NOTIFIED BY THE COURT WHETHER

10:55AM 17  AND WHEN YOU ARE TO RETURN TO COURT.

10:55AM 18       WE WILL ALSO SELECT SIX ALTERNATE JURORS WHO WILL SIT

10:56AM 19  DURING THE TRIAL.  AND SHOULD A MEMBER OF THE SEATED 12 JURORS

10:56AM 20  BE UNABLE TO SIT AS A JUROR, THE ALTERNATE JUROR WILL REPLACE

10:56AM 21  THAT SITTING JUROR AND WILL JOIN THE OTHER JURORS IN

10:56AM 22  DELIBERATION AT THE CONCLUSION OF THE CASE.

10:56AM 23       IF THERE IS NO NEED FOR SUBSTITUTION OF A SITTING JUROR,

10:56AM 24  THE ALTERNATE JURORS WILL NOT JOIN THE DELIBERATIONS OF THE

10:56AM 25  SITTING JURORS AT THE CONCLUSION OF THE CASE, BUT YOU WILL BE

```
10:56AM   1    PERMITTED TO LEAVE THE COURT SUBJECT TO BEING RECALLED TO

10:56AM   2    REPLACE A DELIBERATING SHOULD THAT NEED ARISE.

10:56AM   3        NOW, YOU HAVE COMPLETED THE QUESTIONNAIRES LAST WEEK, AND

10:56AM   4    THESE HAVE BEEN VERY HELPFUL TO COUNSEL AND MYSELF IN

10:56AM   5    PREPARATION FOR THIS PROCESS.

10:56AM   6        SOME OF THE QUESTIONS THAT I HAVE MAY BE REPETITIVE, AND

10:56AM   7    SOME OF THEM ARE REPETITIVE OF QUESTIONS, THEY'RE VERY SIMILAR

10:56AM   8    TO QUESTIONS THAT YOU ANSWERED IN THE QUESTIONNAIRE, AND I WILL

10:56AM   9    HAVE SOME ADDITIONAL FOLLOW-UP QUESTIONS TO ASK YOU AS WELL.

10:57AM  10        I'M GOING TO ASK YOU ALL TO PAY ATTENTION, PLEASE LISTEN

10:57AM  11    CAREFULLY TO MY QUESTIONS ASKED, AS WELL AS THE ANSWERS OF THE

10:57AM  12    OTHER PROSPECTIVE JURORS.  DOING SO MAY ASSIST YOU IN THINKING

10:57AM  13    ABOUT WHAT YOUR RESPONSE MIGHT BE TO THE QUESTIONS.

10:57AM  14        NOW, LET ME ASK YOU, AND THIS IS FOR ALL OF YOU, DO ANY OF

10:57AM  15    YOU KNOW THE ASSISTANT UNITED STATES ATTORNEYS PROSECUTING THIS

10:57AM  16    CASE OR ANY DEFENSE COUNSEL OR ANY MEMBERS OF THEIR TEAMS?

10:57AM  17        ANYONE KNOW THESE LAWYERS OR ANY OF THEIR TEAMS?

10:57AM  18        I SEE NO HANDS.

10:57AM  19        HAVE ANY OF YOU HAD ANY BUSINESS DEALINGS WITH THE

10:57AM  20    ATTORNEYS OR BEEN REPRESENTED BY THEM OR MEMBERS OF THEIR

10:57AM  21    FIRMS?

10:57AM  22        YES, I SEE A HAND HERE.  WE'LL GET A MICROPHONE TO YOU,

10:57AM  23    SIR.

10:57AM  24             PROSPECTIVE JUROR:  JUROR 113.

10:58AM  25             THE COURT:  YES.
```

10:58AM  1                    PROSPECTIVE JUROR:  I'VE BEEN AN EXPERT WITNESS

10:58AM  2      RETAINED.  I WORKED AT DELOITTE & TOUCHE FOR A NUMBER OF YEARS

10:58AM  3      AS A PARTNER IN THEIR FRAUD AND FORENSIC PRACTICE, AND I'VE

10:58AM  4      PROVIDED LITIGATION SUPPORT AND INVESTIGATION SUPPORT TO THE

10:58AM  5      DEFENDANT'S FIRM.

10:58AM  6                    THE COURT:  DO YOU KNOW, DO YOU KNOW ANY OF THE

10:58AM  7      LAWYERS THERE?

10:58AM  8                    PROSPECTIVE JUROR:  I DO NOT.  I LEFT DELOITTE BACK

10:58AM  9      IN 2014, SO I HAVEN'T BEEN RETAINED BY THEM.  RETENTION BY THAT

10:58AM  10     FIRM WOULD HAVE BEEN PRIOR TO 2014.

10:58AM  11                   THE COURT:  OKAY.  AND WHAT IS THE NAME OF THE FIRM?

10:58AM  12                   PROSPECTIVE JUROR:  ORRICK.

10:58AM  13                   THE COURT:  OKAY.

10:58AM  14           AND DID YOU KNOW, DID YOU KNOW THAT THESE LAWYERS -- HOW

10:58AM  15     DID YOU KNOW THAT THEY WERE FROM THAT LAW FIRM?

10:58AM  16                   PROSPECTIVE JUROR:  I THINK IT WAS DISCLOSED IN WHAT

10:58AM  17     I LEARNED HERE.

10:58AM  18                   THE COURT:  ALL RIGHT.  IN THE QUESTIONNAIRE.

10:58AM  19           TELL US AGAIN, HOW LONG AGO WAS YOUR PREVIOUS EMPLOYMENT

10:58AM  20     WITH THAT FIRM?

10:58AM  21                   PROSPECTIVE JUROR:  I WAS AT DELOITTE FROM 1993 TO

10:59AM  22     2014, AND WE WORKED REGULARLY WITH ORRICK DURING THAT PERIOD OF

10:59AM  23     TIME, AND I WAS A PARTNER IN 2007 UNTIL I LEFT THE FIRM IN

10:59AM  24     2014.

10:59AM  25                   THE COURT:  I SEE.  DID YOU DO WORK ON CIVIL CASES

| | | |
|---|---|---|
| 10:59AM | 1 | AS WELL AS CRIMINAL CASES? |
| 10:59AM | 2 | PROSPECTIVE JUROR:  PRIMARILY CIVIL.  AS A FORENSIC |
| 10:59AM | 3 | ACCOUNTANT, WE WOULD DO LARGE SCALE FRAUD INVESTIGATIONS AND |
| 10:59AM | 4 | DAMAGES CASES. |
| 10:59AM | 5 | THE COURT:  OKAY.  AND WERE THOSE IN LITIGATION OR |
| 10:59AM | 6 | WERE THOSE INVESTIGATIONS OR INTERNAL INVESTIGATIONS OR BOTH? |
| 10:59AM | 7 | PROSPECTIVE JUROR:  BOTH. |
| 10:59AM | 8 | THE COURT:  AND YOU HAVE TESTIFIED IN COURT BEFORE? |
| 10:59AM | 9 | PROSPECTIVE JUROR:  I HAVE TESTIFIED, BUT NOT WITH |
| 10:59AM | 10 | ORRICK'S COUNSEL. |
| 10:59AM | 11 | THE COURT:  I SEE.  OKAY. |
| 10:59AM | 12 | HAVE YOU BEEN CROSS-EXAMINED BY THE ORRICK LAW FIRM? |
| 10:59AM | 13 | PROSPECTIVE JUROR:  NO. |
| 10:59AM | 14 | THE COURT:  REMIND ME AGAIN, WHEN WAS THE LAST TIME |
| 10:59AM | 15 | THAT YOU TESTIFIED AS AN EXPERT? |
| 10:59AM | 16 | PROSPECTIVE JUROR:  PROBABLY AROUND 20 -- 2012. |
| 11:00AM | 17 | THE COURT:  OKAY.  AND WAS THAT FOR THE ORRICK FIRM? |
| 11:00AM | 18 | PROSPECTIVE JUROR:  IT WAS NOT. |
| 11:00AM | 19 | THE COURT:  AND YOU HAVE CONFIDENCE THAT YOU DO NOT |
| 11:00AM | 20 | KNOW ANY OF THESE LAWYERS? |
| 11:00AM | 21 | PROSPECTIVE JUROR:  I DO NOT KNOW ANY OF THOSE |
| 11:00AM | 22 | LAWYERS. |
| 11:00AM | 23 | THE COURT:  OKAY.  AND DO YOU STILL HAVE CONTACT |
| 11:00AM | 24 | WITH INDIVIDUALS AT THE ORRICK LAW FIRM? |
| 11:00AM | 25 | PROSPECTIVE JUROR:  I HAVEN'T BEEN RETAINED BY |

11:00AM  1    ANYBODY AT ORRICK FOR PROBABLY THE LAST SEVEN OR EIGHT YEARS.

11:00AM  2         THE COURT:  ALL RIGHT.

11:00AM  3      AND DO YOU HAVE CONTACTS OR FRIENDSHIPS WITH ANYBODY AT

11:00AM  4    THE FIRM?

11:00AM  5         PROSPECTIVE JUROR:  I DO HAVE ONE OR TWO ATTORNEYS

11:00AM  6    THAT I KNOW THROUGH BUSINESS, BUT I WOULDN'T CALL THEM PERSONAL

11:00AM  7    FRIENDS.

11:00AM  8         THE COURT:  OKAY.  AND WHAT, WHAT OFFICE ARE THEY

11:00AM  9    LOCATED IN?  WHAT CITY?

11:00AM  10        PROSPECTIVE JUROR:  IN SAN FRANCISCO.

11:00AM  11        THE COURT:  I SEE.  OKAY.  THANK YOU.

11:00AM  12      IS THERE ANYTHING ABOUT YOUR FORMER EMPLOYMENT WITH

11:00AM  13   ORRICK, BEING HIRED BY ORRICK, THAT YOU THINK WOULD IMPAIR YOUR

11:00AM  14   ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

11:00AM  15        PROSPECTIVE JUROR:  NOPE.

11:00AM  16        THE COURT:  OKAY.  YOU'VE HEARD JUDGES TALK ABOUT

11:00AM  17   THIS BEFORE WHEN YOU'VE TESTIFIED I PRESUME?

11:01AM  18        PROSPECTIVE JUROR:  THAT'S CORRECT.

11:01AM  19        THE COURT:  AND SO DO YOU THINK YOU HAVE FAMILIARITY

11:01AM  20   WITH THE TRIAL PROCESS AND THE NEED TO HAVE JURORS WHO ARE FREE

11:01AM  21   FROM ANY PRECONCEIVED BIAS?

11:01AM  22        PROSPECTIVE JUROR:  OF COURSE, YEAH.

11:01AM  23        THE COURT:  AND DO YOU THINK YOU COULD SIT AS A FAIR

11:01AM  24   AND IMPARTIAL JUROR HERE IN THIS CASE?

11:01AM  25        PROSPECTIVE JUROR:  YES.

11:01AM  1              THE COURT:  IF THE EVIDENCE SO -- IF YOU FOUND THE

11:01AM  2     EVIDENCE SUGGESTED THAT YOU SHOULD FIND FOR THE GOVERNMENT,

11:01AM  3     COULD YOU DO THAT?

11:01AM  4              PROSPECTIVE JUROR:  YES.

11:01AM  5              THE COURT:  IF YOU FOUND THAT THE EVIDENCE SUGGESTED

11:01AM  6     THAT YOU SHOULD FIND FOR THE DEFENSE, COULD YOU DO THAT?

11:01AM  7              PROSPECTIVE JUROR:  YES.

11:01AM  8              THE COURT:  AND COULD YOU DO BOTH OF THOSE THINGS

11:01AM  9     WITH AN OPEN AND FAIR MIND?

11:01AM  10             PROSPECTIVE JUROR:  YES.

11:01AM  11             THE COURT:  OKAY.  THANK YOU.

11:01AM  12         ANYONE ELSE IN RESPONSE TO THIS QUESTION?  THIS IS A

11:01AM  13     QUESTION REGARDING THE KNOWLEDGE OF THE PARTIES?

11:01AM  14         I SEE NO HANDS.

11:01AM  15         DO ANY OF YOU KNOW THE DEFENDANT MR. BALWANI?  ANY OF YOU

11:02AM  16     KNOW MR. BALWANI?

11:02AM  17         I SEE NO HANDS.

11:02AM  18         DO ANY OF YOU KNOW ANY OF THE WITNESSES THAT WERE ON THE

11:02AM  19     LIST?  I RECOGNIZE THAT'S A VERY EXTENSIVE LIST.  ANYONE KNOW

11:02AM  20     ANY OF THOSE WITNESSES?

11:02AM  21         I SEE A HAND IN THE FRONT.

11:02AM  22             PROSPECTIVE JUROR:  I'M JUROR 126.

11:02AM  23         THE TWO NAMES THAT I RECOGNIZE, I'M NOT SURE IF THEY'RE

11:02AM  24     THE EXACT PERSON, BUT I RECOGNIZE THE NAME.

11:02AM  25         BUT I RECOGNIZE THE NAME TERRY HUFF.  THAT'S MY BEST

| | | |
|---|---|---|
| 11:02AM | 1 | FRIEND'S DAD AND I GREW UP AROUND HIM AND I PERSONALLY KNOW |
| 11:02AM | 2 | HIM, BUT HE'S AN OB/GYN IN ARIZONA AND I HAVE NO IDEA IF THAT'S |
| 11:02AM | 3 | THE SAME PERSON. |
| 11:02AM | 4 | AND ALSO CHRISTOPHER LUCAS.  HE USED TO BE A PREVIOUS |
| 11:02AM | 5 | TEAMMATE OF MINE, AND HE'S ORIGINALLY FROM CANADA AND I DON'T |
| 11:02AM | 6 | KNOW WHAT PROVINCE.  AND I THINK HE'S A LAWYER NOW. |
| 11:03AM | 7 | BUT AGAIN, I'M NOT SURE IF THAT'S THE SAME PERSON. |
| 11:03AM | 8 | THE COURT:  OKAY.  MR. LUCAS WAS A TEAMMATE OF |
| 11:03AM | 9 | YOURS? |
| 11:03AM | 10 | PROSPECTIVE JUROR:  YES, COLLEGE TEAMMATE. |
| 11:03AM | 11 | THE COURT:  IN A SPORT? |
| 11:03AM | 12 | PROSPECTIVE JUROR:  YES, SORRY. |
| 11:03AM | 13 | THE COURT:  AND WHAT SPORT WAS THAT? |
| 11:03AM | 14 | PROSPECTIVE JUROR:  SWIMMING. |
| 11:03AM | 15 | THE COURT:  OKAY.  THANK YOU.  AND YOU SWAM IN |
| 11:03AM | 16 | COLLEGE? |
| 11:03AM | 17 | PROSPECTIVE JUROR:  YES. |
| 11:03AM | 18 | THE COURT:  AND YOU SWAM WITH A CHRISTOPHER LUCAS? |
| 11:03AM | 19 | PROSPECTIVE JUROR:  YEAH, YEAH.  HE WAS A CLOSE |
| 11:03AM | 20 | TEAMMATE, NOT JUST AN ACQUAINTANCE, UH-HUH. |
| 11:03AM | 21 | THE COURT:  AND WHEN WAS THE LAST TIME THAT YOU SAW |
| 11:03AM | 22 | OR HAD CONNECTION WITH MR. LUCAS? |
| 11:03AM | 23 | PROSPECTIVE JUROR:  IT WOULD BE 2007, 2008. |
| 11:03AM | 24 | THE COURT:  AND WAS THAT AT A SOCIAL EVENT? |
| 11:03AM | 25 | PROSPECTIVE JUROR:  YEAH. |

11:03AM  1          THE COURT:  OKAY.  WAS HE A TEAMMATE -- DID THEY --

11:03AM  2   YOU KNOW, I EXPRESS MY IGNORANCE HERE.

11:03AM  3          PROSPECTIVE JUROR:  NO, THAT'S OKAY.

11:03AM  4          THE COURT:  WELL, THANK YOU.

11:03AM  5          PROSPECTIVE JUROR:  WE WERE NOT SEPARATE TEAMS.  WE

11:03AM  6   TRAINED TOGETHER AND TRAVELLED TOGETHER AND HUNG OUT TOGETHER.

11:04AM  7          THE COURT:  OKAY.  I UNDERSTAND.

11:04AM  8       AND I WAS JUST TRYING TO KNOW, IN SWIMMING, DID THEY HAVE

11:04AM  9   A MIXED GENDER RELAY TEAM?

11:04AM  10          PROSPECTIVE JUROR:  NO.

11:04AM  11          THE COURT:  I HAVE NEVER SEEN THAT.  I WAS JUST

11:04AM  12   CURIOUS WHETHER THAT HAPPENED.

11:04AM  13       ALL RIGHT.  AND TERRY HUFF, YOU KNOW AN OB/GYN IN ARIZONA

11:04AM  14   BY THAT NAME?

11:04AM  15          PROSPECTIVE JUROR:  YES.

11:04AM  16          THE COURT:  AND TELL US ABOUT THAT KNOWLEDGE.

11:04AM  17          PROSPECTIVE JUROR:  OH, MY BEST FRIEND THAT I HAVE

11:04AM  18   KNOWN SINCE I WAS FIVE, AND TO THIS DAY I'M STILL IN TOUCH WITH

11:04AM  19   HER AND HER FAMILY, INCLUDING TERRY.  HE WAS LIKE A SECOND DAD

11:04AM  20   TO ME, YEAH.

11:04AM  21          THE COURT:  I SEE.

11:04AM  22          PROSPECTIVE JUROR:  I SAW HIM REGULARLY.  IT WASN'T

11:04AM  23   JUST LIKE, OH, IT'S JUST SOMEONE WHO I SAW ONCE AND I KNOW OF

11:04AM  24   HIM.  LIKE, I KNOW THEIR FAMILY VERY WELL.

11:04AM  25          THE COURT:  I SEE.  I SEE.

| | | |
|---|---|---|
| 11:04AM | 1 | SO TELL US, IF THESE WITNESSES WERE TO TESTIFY IN THIS |
| 11:04AM | 2 | CASE -- |
| 11:04AM | 3 | PROSPECTIVE JUROR:  UH-HUH. |
| 11:04AM | 4 | THE COURT:  -- AND IT TURNS OUT THEY'RE THE SAME |
| 11:04AM | 5 | PEOPLE THAT YOU'RE TELLING US ABOUT -- |
| 11:05AM | 6 | PROSPECTIVE JUROR:  YES. |
| 11:05AM | 7 | THE COURT:  -- HOW WOULD THAT AFFECT YOUR ABILITY TO |
| 11:05AM | 8 | JUDGE AND WEIGH THEIR TESTIMONY FAIRLY AND IMPARTIALLY TO BOTH |
| 11:05AM | 9 | SIDES? |
| 11:05AM | 10 | PROSPECTIVE JUROR:  THAT'S A GOOD QUESTION.  I'M |
| 11:05AM | 11 | UNSURE HOW I WOULD REACT. |
| 11:05AM | 12 | THE COURT:  RIGHT. |
| 11:05AM | 13 | PROSPECTIVE JUROR:  BECAUSE IT'S NOT -- I THINK IT |
| 11:05AM | 14 | WOULD BE DIFFERENT IF IT WAS SOMEONE I KNEW OF, YOU KNOW, |
| 11:05AM | 15 | SOMEONE THAT YOU JUST DON'T HAVE A PERSONAL CONNECTION WITH. |
| 11:05AM | 16 | BUT I KNOW THESE TWO PEOPLE DIRECTLY AND FOR AN EXTENDED |
| 11:05AM | 17 | AMOUNT OF TIME. |
| 11:05AM | 18 | THE COURT:  RIGHT. |
| 11:05AM | 19 | PROSPECTIVE JUROR:  SO I WOULDN'T TO INTENTIONALLY |
| 11:05AM | 20 | TRY TO BE BIASSED.  BUT, YOU KNOW, HOW COULD YOU CONTROL THAT? |
| 11:05AM | 21 | THE COURT:  WELL, THANK YOU FOR THAT. |
| 11:05AM | 22 | ONE OF THE JOBS OF A JUROR IS, YOUR JOB IS TO WEIGH |
| 11:05AM | 23 | CREDIBILITY. |
| 11:05AM | 24 | PROSPECTIVE JUROR:  RIGHT. |
| 11:05AM | 25 | THE COURT:  WITNESSES WILL SIT HERE.  THEY'LL OFFER |

11:05AM 1    THEIR TESTIMONY.  THE LAWYERS WILL ASK THEM QUESTIONS, AND IT'S

11:05AM 2    THE JURY'S JOB TO DECIDE WHETHER TO BELIEVE OR NOT TO BELIEVE A

11:05AM 3    WITNESS.

11:05AM 4         A JUROR CAN BELIEVE EVERYTHING A WITNESS SAYS, NONE OF IT,

11:05AM 5    OR PART OF IT, AND USE THAT IN THE CALCULUS OF DECIDING THE

11:06AM 6    FACTS OF THE CASE.

11:06AM 7         ONE THING I SHOULD TELL YOU, AND MAYBE YOU KNOW THIS,

11:06AM 8    JURORS ARE ACTUALLY JUDGES, AND YOU GET TO JUDGE THE FACTS OF

11:06AM 9    THE CASE.  THAT'S ENTIRELY YOUR PROVINCE AS A JUROR.  YOU GET

11:06AM 10   TO DECIDE WHAT HAPPENED.  YOU GET TO DECIDE WHAT PEOPLE SAID.

11:06AM 11   YOU GET TO PUT YOUR THOUGHTS ABOUT CREDIBILITY OF THAT

11:06AM 12   TESTIMONY.  THAT'S YOUR JOB.

11:06AM 13        YOU WILL APPLY THE LAW THAT I GIVE TO YOU TO THE FACTS AS

11:06AM 14   YOU FIND THEM AS JURORS.

11:06AM 15        AND AGAIN, PART OF THAT PROCESS IS WEIGHING THE

11:06AM 16   CREDIBILITY OF WITNESSES.

11:06AM 17        SO TELL US AGAIN ABOUT YOUR THOUGHTS IF THESE TWO PEOPLE

11:06AM 18   ARE WHO YOU THINK THEY ARE --

11:06AM 19             PROSPECTIVE JUROR:  RIGHT.

11:06AM 20             THE COURT:  -- AND THEY TESTIFY ABOUT SOMETHING --

11:06AM 21             PROSPECTIVE JUROR:  RIGHT.

11:06AM 22             THE COURT:  -- HOW WOULD YOU, HOW WOULD YOU SIT AS A

11:06AM 23   JUROR IN WEIGHING THE CREDIBILITY OF THEIR TESTIMONY?

11:06AM 24             PROSPECTIVE JUROR:  RIGHT.  SO IN THIS PLATFORM,

11:06AM 25   THAT'S THE -- THAT IS THE PERSPECTIVE YOU'RE SUPPOSED TO

```
11:07AM   1     FUNCTION OFF OF, RIGHT, IS WHAT PEOPLE ARE TELLING YOU?

11:07AM   2          BUT THE HUMAN PART OF YOU IS SUCH THAT YOU KNOW THAT

11:07AM   3     PERSON, SO EVEN IF I, IF I SAID, I'M ONLY GOING TO LISTEN TO

11:07AM   4     WHAT THE PERSON TELLS ME, THAT'S ABSOLUTELY IMPOSSIBLE TO NOT

11:07AM   5     BE SLIGHTLY COLORED BY WHO YOU THINK THAT --

11:07AM   6               THE COURT:  SURE.

11:07AM   7               PROSPECTIVE JUROR:  -- PERSON IS.

11:07AM   8          BUT, YOU KNOW, I COULD SAY THAT I COULD TRY MY BEST,

11:07AM   9     RIGHT, TO BE UNBIASED, BUT THAT'S JUST -- THAT'S MY HONEST

11:07AM  10     OPINION.

11:07AM  11               THE COURT:  NO.  THANK YOU.  THIS IS WHY WE ASK

11:07AM  12     THESE QUESTIONS, AND I APPRECIATE YOUR CANDOR.  THE LAWYERS DO

11:07AM  13     AS WELL.  THANK YOU FOR TELLING US ABOUT THAT.

11:07AM  14          ANYTHING ELSE YOU WOULD LIKE ME TO KNOW ABOUT THIS?

11:07AM  15               PROSPECTIVE JUROR:  NO.  HUH-UH.

11:07AM  16               THE COURT:  OKAY.  THANK YOU.

11:07AM  17          ANYONE ELSE?  THE QUESTION IS KNOWLEDGE OF ANY OF THE

11:07AM  18     WITNESSES.

11:08AM  19          I SEE NO HANDS.

11:08AM  20          NOW, AS I MENTIONED TO YOU, THIS CASE RELATES TO

11:08AM  21     MR. BALWANI AND ALLEGATIONS OF WIRE FRAUD AND CONSPIRACY TO

11:08AM  22     COMMIT WIRE FRAUD AS INDICATED IN THE INDICTMENT.

11:08AM  23          I WANT TO NEXT ASK A QUESTION AS TO WHETHER OR NOT ANYONE

11:08AM  24     HAS READ OR HEARD ANY NEWS COVERAGE ABOUT THIS CASE.

11:08AM  25               ANYBODY HAVE ANY KNOWLEDGE ABOUT THAT?
```

11:08AM  1          OKAY.  WE'LL PASS THE MICROPHONE AROUND.

11:08AM  2          WHAT I'M GOING TO ASK YOU -- AND THE QUESTION IS, HAVE YOU

11:08AM  3     HEARD OR KNOW OF ANY NEWS COVERAGE OF THE CASE?  THE PEOPLE WHO

11:08AM  4     RAISED THEIR HAND, I'M GOING TO PRESUME THAT ANSWER IS YES

11:08AM  5     BECAUSE OTHERWISE YOU WOULD NOT RAISE YOUR HAND.

11:08AM  6          WHEN I ASK YOU THIS, WHAT I WOULD LIKE TO KNOW IS, FIRST

11:08AM  7     OF ALL, THE SOURCE OF THE INFORMATION.

11:08AM  8          I'M NOT GOING TO ASK YOU WHAT YOU'VE HEARD, BUT IF YOU

11:09AM  9     COULD TELL ME, PLEASE, THE SOURCE OF THE INFORMATION.

11:09AM  10         SO WHOSE HAND IS UP?  OKAY.

11:09AM  11              PROSPECTIVE JUROR:  HI.  JUROR NUMBER 117.

11:09AM  12              THE COURT:  YES, SIR.

11:09AM  13              PROSPECTIVE JUROR:  I HAVE HEARD COVERAGE NOT SO

11:09AM  14    MUCH SPECIFICALLY ABOUT THIS DEFENDANT IN THIS CASE, BUT MORE

11:09AM  15    GENERALLY ABOUT THE COMPANY.

11:09AM  16              THE COURT:  OKAY.  AND WHAT IS THE SOURCE OF THE

11:09AM  17    INFORMATION?

11:09AM  18              PROSPECTIVE JUROR:  NPR, NATIONAL PUBLIC RADIO.

11:09AM  19              THE COURT:  OKAY.  AND CAN YOU TELL ME THE FREQUENCY

11:09AM  20    OF YOUR -- THE BASIS OF YOUR KNOWLEDGE?

11:09AM  21              PROSPECTIVE JUROR:  DRIVING TO AND FROM WORK,

11:09AM  22    LISTENING TO THE RADIO, HEARING PRIMARILY HEADLINES STATING

11:09AM  23    FACTS AND INFORMATION ABOUT THESE ISSUES.  NOT SO MUCH DETAILED

11:09AM  24    ANALYSIS OR DEEP DIVES OR COMMENTARY, MORE JUST GENERAL

11:10AM  25    HEADLINES.

11:10AM  1          THE COURT:  OKAY.  CAN I ASK YOU, DID YOU FOLLOW ANY

11:10AM  2     OF THE CASE?  AND BY THAT I MEAN DID YOU PURSUE ADDITIONAL

11:10AM  3     INFORMATION OFF THE INTERNET, NEWSPAPERS, RADIO, OR WAS THIS A

11:10AM  4     NEWS ITEM THAT CAME UP WITH SOME FREQUENCY IN YOUR COMMUTE?

11:10AM  5          PROSPECTIVE JUROR:  I DID PURSUE SOME ADDITIONAL

11:10AM  6     INFORMATION, HAD CONVERSATIONS WITH COWORKERS, FAMILY MEMBERS,

11:10AM  7     FRIENDS REGARDING THE ISSUE.

11:10AM  8          THE COURT:  I SEE.  OKAY.

11:10AM  9       AND WHAT WAS THE FREQUENCY OF THOSE CONVERSATIONS?

11:10AM 10          PROSPECTIVE JUROR:  WEEKLY.

11:10AM 11          THE COURT:  OKAY.  AND DID -- ANY OTHER SOURCE OF

11:10AM 12     INFORMATION ABOUT -- OR ANYTHING ELSE YOU DID TO --

11:10AM 13          PROSPECTIVE JUROR:  THERE IS -- THERE HAVE BEEN SOME

11:10AM 14     TELEVISION SHOWS THAT HAVE COME OUT RECENTLY.

11:11AM 15          THE COURT:  AND DID YOU -- HAVE YOU SEEN THOSE?

11:11AM 16          PROSPECTIVE JUROR:  I HAVEN'T WATCHED THEM FULLY,

11:11AM 17     BUT I'VE WATCHED PREVIEWS.

11:11AM 18          THE COURT:  OKAY.  TELL ME JUST WHAT SHOWS WERE THAT

11:11AM 19     YOU SAW.

11:11AM 20          PROSPECTIVE JUROR:  THERE WAS ONE ON HULU THAT JUST

11:11AM 21     RECENTLY CAME OUT, AND I THINK IT WAS CALLED "THE DROPOUT."

11:11AM 22          THE COURT:  AND YOU SAW A PREVIEW?

11:11AM 23          PROSPECTIVE JUROR:  YEAH, I SAW IT ON HULU AND IT

11:11AM 24     KIND OF GIVES YOU AN IDEA OF WHAT IT IS ABOUT.

11:11AM 25       AND THAT WAS PRIOR TO THE QUESTIONNAIRE LAST WEEK, AND I

11:11AM 1    DECIDED IF I WAS GOING TO BE A PARTICIPANT THAT I SHOULD

11:11AM 2    PROBABLY NOT PURSUE INFORMATION ABOUT THAT COMPANY AND THE

11:11AM 3    CHARGES.

11:11AM 4            THE COURT:  I SEE.

11:11AM 5        SO YOU SAW THE PREVIEW BEFORE YOU FILLED OUT THE

11:11AM 6    QUESTIONNAIRE?

11:11AM 7            PROSPECTIVE JUROR:  THAT'S CORRECT.

11:11AM 8            THE COURT:  AND THEN YOU STOPPED, YOU DIDN'T GO

11:11AM 9    FURTHER?

11:11AM 10           PROSPECTIVE JUROR:  THAT'S CORRECT.

11:11AM 11           THE COURT:  OKAY.  GOOD.  GREAT.  THANK YOU FOR

11:11AM 12   THAT.

11:12AM 13       LET ME ASK YOU, IS THERE ANYTHING ABOUT YOUR EXPOSURE,

11:12AM 14   I'LL JUST CALL IT THAT, THAT YOU THINK WILL IMPAIR YOUR ABILITY

11:12AM 15   TO BE FAIR AND IMPARTIAL TO BOTH SIDES?  AND THAT'S A YES OR NO

11:12AM 16   QUESTION.

11:12AM 17           PROSPECTIVE JUROR:  I DON'T BELIEVE THAT ANY OF THE

11:12AM 18   EXPOSURE OR MY KNOWLEDGE WOULD IMPAIR ME TO BE IMPARTIAL OR

11:12AM 19   BIASSED.

11:12AM 20           THE COURT:  CAN YOU FAIR TO BOTH SIDES?

11:12AM 21           PROSPECTIVE JUROR:  YES, I CAN.

11:12AM 22           THE COURT:  AND TO THE DEFENSE?

11:12AM 23           PROSPECTIVE JUROR:  YES.

11:12AM 24           THE COURT:  AND TO THE PROSECUTION?

11:12AM 25           PROSPECTIVE JUROR:  AND TO THE PROSECUTION.

11:12AM  1          THE COURT:  ALL RIGHT.  THANK YOU.

11:12AM  2          PROSPECTIVE JUROR:  THANK YOU.

11:12AM  3          THE COURT:  YES, RIGHT NEXT TO YOU.

11:12AM  4          PROSPECTIVE JUROR:  I'M JUROR 116.

11:12AM  5          THE COURT:  YES.

11:12AM  6          PROSPECTIVE JUROR:  SO THE EXTENT OF MY KNOWLEDGE

11:12AM  7   COMES PRIMARILY FROM NEWS HEADLINES.  SO MY SOURCE OF NEWS ARE

11:12AM  8   THINGS LIKE NPR, "WALL STREET JOURNAL," GOOGLE NEWS, APPLE

11:12AM  9   NEWS.

11:12AM 10       SO I AM AWARE OF THE COMPANY, BUT I'M NOT AWARE OF ANY

11:13AM 11   DETAILS.  THIS HAS NOT BEEN A CASE THAT I FOLLOWED IN ANY

11:13AM 12   DETAIL WHATSOEVER.

11:13AM 13          THE COURT:  ALL RIGHT.  THANK YOU.

11:13AM 14       JUST LIKE JUROR 117, ON YOUR COMMUTE YOU'VE LISTENED TO

11:13AM 15   NPR AND HEADLINES AND THAT'S WHAT YOU'VE HEARD?

11:13AM 16          PROSPECTIVE JUROR:  I DON'T REALLY LISTEN TO AUDIO

11:13AM 17   NEWS, AND IT'S LOOKING AT HEADLINES.  AND OF COURSE I'M AWARE

11:13AM 18   OF THE COMPANY.

11:13AM 19       BUT I DO NOT FOLLOW THE NEWS ARTICLES AND IT HAS NOT BEEN

11:13AM 20   SOMETHING OF INTEREST.

11:13AM 21          THE COURT:  OKAY.  THANK YOU.

11:13AM 22       SAME QUESTION THAT I PUT TO JUROR NUMBER 117.  BASED ON

11:13AM 23   THE UNIVERSE OF YOUR KNOWLEDGE ABOUT THE CASE, IS THERE

11:13AM 24   ANYTHING ABOUT THAT THAT YOU BELIEVE WOULD IMPAIR YOUR ABILITY

11:13AM 25   TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

| 11:13AM | 1 | PROSPECTIVE JUROR:  NO. |

11:13AM  1         PROSPECTIVE JUROR:  NO.

11:13AM  2         THE COURT:  CAN YOU BE FAIR TO MR. BALWANI?

11:13AM  3         PROSPECTIVE JUROR:  YES, I CAN BE FAIR TO

11:13AM  4   MR. BALWANI, AS WELL AS TO THE PROSECUTION OR PROSECUTORS.

11:14AM  5         THE COURT:  OKAY.  GREAT.  THANK YOU.

11:14AM  6      ANYTHING ELSE YOU WANT ME TO KNOW ABOUT THAT?

11:14AM  7         PROSPECTIVE JUROR:  NO, SIR.  THANK YOU.

11:14AM  8         THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

11:14AM  9      I THINK JUROR 111?

11:14AM  10        PROSPECTIVE JUROR:  YES.

11:14AM  11        THE COURT:  YES, SIR.

11:14AM  12        PROSPECTIVE JUROR:  SAME HERE.  I JUST KNOW JUST

11:14AM  13  ABOUT THE COMPANY AND I HEARD IT ON THE NEWS.

11:14AM  14        THE COURT:  AND IF YOU COULD KEEP THE MICROPHONE --

11:14AM  15  YEAH, SPEAK INTO THE MICROPHONE.

11:14AM  16        PROSPECTIVE JUROR:  OKAY.

11:14AM  17        THE COURT:  SO YOU'VE HEARD ABOUT THIS THROUGH NEWS?

11:14AM  18        PROSPECTIVE JUROR:  YES, THE NEWS --

11:14AM  19        THE COURT:  I SEE.

11:14AM  20        PROSPECTIVE JUROR:  -- AND WHAT CAUGHT MY INTEREST

11:14AM  21  FOR THAT IS ELIZABETH HOLMES WAS A DROPOUT FROM STANFORD, AND

11:14AM  22  SO THAT CAUGHT MY INTEREST.

11:14AM  23        THE COURT:  OKAY.  WELL, DID YOU, DID YOU FOLLOW THE

11:14AM  24  CASE?  DID YOU --

11:14AM  25        PROSPECTIVE JUROR:  NOT TOTALLY.  NOT REALLY.

| | | |
|---|---|---|
| 11:14AM | 1 | BUT I KNOW MY WIFE IS A CLINICAL PHARMACIST, SO WE TALKED |
| 11:15AM | 2 | ABOUT IT, YOU KNOW, JUST IN PASSING. |
| 11:15AM | 3 | THE COURT:  I SEE. |
| 11:15AM | 4 | PROSPECTIVE JUROR:  BUT NOT -- WE DIDN'T REALLY |
| 11:15AM | 5 | FOLLOW IT.  THAT WAS -- |
| 11:15AM | 6 | THE COURT:  I SEE. |
| 11:15AM | 7 | PROSPECTIVE JUROR:  AND ALL OF THAT BEFORE, YOU KNOW |
| 11:15AM | 8 | I DID THAT BEFORE. |
| 11:15AM | 9 | THE COURT:  I'M SORRY.  IF YOU COULD KEEP THE |
| 11:15AM | 10 | MICROPHONE. |
| 11:15AM | 11 | PROSPECTIVE JUROR:  I'M SORRY. |
| 11:15AM | 12 | THE COURT:  YES. |
| 11:15AM | 13 | PROSPECTIVE JUROR:  SO SORT OF DISTANCE, THIS WAS |
| 11:15AM | 14 | "20/20."  THAT'S WHEN I SAW SOMETHING. |
| 11:15AM | 15 | THE COURT:  DID YOU SEE ANY MOVIES OR READ ANY BOOKS |
| 11:15AM | 16 | OR ANYTHING LIKE THAT ABOUT THE CASE? |
| 11:15AM | 17 | PROSPECTIVE JUROR:  MOSTLY WHAT I SAW ON T.V. |
| 11:15AM | 18 | THE COURT:  I SEE. |
| 11:15AM | 19 | AND IS THAT NEWS? |
| 11:15AM | 20 | PROSPECTIVE JUROR:  ON THE NEWS. |
| 11:15AM | 21 | THE COURT:  OKAY. |
| 11:15AM | 22 | PROSPECTIVE JUROR:  ON THE NEWS. |
| 11:15AM | 23 | AND I THINK MY WIFE SHOWED ME SOMETHING ON YOUTUBE ALSO |
| 11:15AM | 24 | BEFORE. |
| 11:15AM | 25 | THE COURT:  DO YOU REMEMBER ANYTHING ABOUT THAT, THE |

11:15AM  1    YOUTUBE?

11:15AM  2              PROSPECTIVE JUROR:  IT WAS JUST PART OF THE NEWS.

11:16AM  3              THE COURT:  I SEE.  OKAY.

11:16AM  4              PROSPECTIVE JUROR:  THAT WAS SHOWN SOME TIME AGO.

11:16AM  5              THE COURT:  OKAY.  WHEN WAS THE LAST TIME, THE MOST

11:16AM  6    RECENT TIME, PARDON ME, THE MOST RECENT TIME THAT YOU'VE READ

11:16AM  7    SOMETHING ABOUT THE CASE?

11:16AM  8              PROSPECTIVE JUROR:  THAT WAS I THINK -- NOW, WHEN

11:16AM  9    I -- WHEN I FILLED OUT THE FORM --

11:16AM  10             THE COURT:  YES.

11:16AM  11             PROSPECTIVE JUROR:  -- YOU KNOW, I LOOKED AT MY --

11:16AM  12    WHEN I WENT HOME, I LOOKED AT MY CELL PHONE JUST TO SEE THE

11:16AM  13    ENDING AND WHAT HAPPENED AFTER THAT.

11:16AM  14             THE COURT:  AND WHAT DID YOU LOOK FOR?  WHAT DID YOU

11:16AM  15    DO ON YOUR CELL PHONE?

11:16AM  16             PROSPECTIVE JUROR:  I LOOKED UP AGAIN ON

11:16AM  17    ELIZABETH HOLMES.

11:16AM  18             THE COURT:  OH, I SEE.  YOU DID -- YOU PUT IN HER

11:16AM  19    NAME AND FOUND SOME INFORMATION?

11:16AM  20             PROSPECTIVE JUROR:  YES, YES.

11:16AM  21             THE COURT:  AND THEN YOU GAINED INFORMATION FROM

11:16AM  22    THAT?  THAT GAVE YOU SOME INFORMATION?

11:16AM  23             PROSPECTIVE JUROR:  YES, BECAUSE I DIDN'T REALLY

11:16AM  24    KNOW HOW IT ENDED.

11:17AM  25             THE COURT:  I SEE.  AND YOU DID THAT AFTER YOU

11:17AM  1      FILLED OUT THE QUESTIONNAIRE?

11:17AM  2              PROSPECTIVE JUROR:  RIGHT.

11:17AM  3              THE COURT:  AND THAT'S THE MOST RECENT EXPOSURE --

11:17AM  4              PROSPECTIVE JUROR:  YES.

11:17AM  5              THE COURT:  -- YOU'VE HAD?

11:17AM  6              PROSPECTIVE JUROR:  YES.

11:17AM  7              THE COURT:  AND LET ME ASK YOU, JUROR NUMBER 111,

11:17AM  8      THE SAME THING I ASKED YOUR COLLEAGUES 116 AND 117.  IS THERE

11:17AM  9      ANYTHING ABOUT THAT INFORMATION, THOSE DISCUSSIONS, YOUR

11:17AM  10     UNIVERSE OF KNOWLEDGE OF THE CASE, IS THERE ANYTHING ABOUT THAT

11:17AM  11     THAT YOU BELIEVE WILL IMPAIR AND AFFECT YOUR ABILITY TO BE FAIR

11:17AM  12     AND IMPARTIAL TO BOTH SIDES?

11:17AM  13             PROSPECTIVE JUROR:  SOMETHING THAT HAPPENED TO ME

11:17AM  14     PERSONALLY IN MY PERSONAL LIFE --

11:17AM  15             THE COURT:  YES.

11:17AM  16             PROSPECTIVE JUROR:  -- I'VE THOUGHT ABOUT IT AND I'M

11:17AM  17     A LITTLE UNSURE.  I PROBABLY MAY WANT TO TALK TO YOU IN PRIVATE

11:17AM  18     ABOUT THAT.

11:17AM  19             THE COURT:  SURE, OKAY.

11:17AM  20             PROSPECTIVE JUROR:  BECAUSE I DON'T WANT TO

11:17AM  21     INFLUENCE --

11:17AM  22             THE COURT:  WELL, THANK YOU.  I APPRECIATE YOUR

11:17AM  23     CONSIDERATION.

11:17AM  24             PROSPECTIVE JUROR:  RIGHT.

11:17AM  25             THE COURT:  SO THERE'S SOMETHING -- YOU HAVE SOME

11:17AM  1    PERSONAL THOUGHTS THAT YOU WOULD LIKE TO SHARE WITH US IN

11:17AM  2    PRIVATE?

11:17AM  3              PROSPECTIVE JUROR:  YES.

11:17AM  4              THE COURT:  GREAT.  OKAY.  THANK YOU FOR THAT.

11:18AM  5         THANK YOU VERY MUCH, SIR.  WE'LL SEE WHAT WE CAN DO ABOUT

11:18AM  6    THAT.

11:18AM  7              PROSPECTIVE JUROR:  OKAY.

11:18AM  8              THE COURT:  OTHERS?  YES.  IS THIS -- ARE YOU --

11:18AM  9              PROSPECTIVE JUROR:  I'M JUROR 115.

11:18AM  10             THE COURT:  115.  THANK YOU, SIR.

11:18AM  11             PROSPECTIVE JUROR:  AND VERY MUCH LIKE JUROR 117 AND

11:18AM  12   116, MY ACQUAINTANCE WITH THE DEFENDANT'S COMPANY IS -- WAS

11:18AM  13   THROUGH MORNING NEWS COVERAGE ON MY LOCAL NPR STATIONS.  BUT I

11:18AM  14   DIDN'T FOLLOW THE CASE, YOU KNOW, IN ANY DETAIL.

11:18AM  15        I RECOGNIZED THE DEFENDANT'S NAME IN THE CONTEXT OF THAT

11:18AM  16   COVERAGE, BUT THAT'S THE EXTENT OF MY ACQUAINTANCE.

11:18AM  17             THE COURT:  OKAY.  THANK YOU.

11:18AM  18        I'VE BEEN CALLING THIS A UNIVERSE OF KNOWLEDGE, AND MAYBE

11:18AM  19   THAT OVERSTATES IT.  THAT SOUNDS VERY GRAND, DOESN'T IT?  BUT I

11:18AM  20   HOPE THAT CAPTURES THE SENTIMENT HERE.

11:18AM  21        IS THERE ANYTHING ABOUT YOUR UNIVERSE OF KNOWLEDGE OF THE

11:19AM  22   CASE THAT YOU THINK WILL IMPAIR YOUR ABILITY TO BE FAIR AND

11:19AM  23   IMPARTIAL, EXCUSE ME, TO BOTH SIDES?

11:19AM  24             PROSPECTIVE JUROR:  NO.

11:19AM  25             THE COURT:  CAN YOU GIVE MR. BALWANI A FAIR TRIAL?

```
11:19AM   1                    PROSPECTIVE JUROR:  YES.

11:19AM   2                    THE COURT:  CAN YOU GIVE THE GOVERNMENT A FAIR

11:19AM   3      TRIAL?

11:19AM   4                    PROSPECTIVE JUROR:  YES.

11:19AM   5                    THE COURT:  WILL YOU BE FAIR TO BOTH OF THEM?

11:19AM   6                    PROSPECTIVE JUROR:  YES.

11:19AM   7                    THE COURT:  WOULD YOU BE ABLE TO SIT AND KEEP AN

11:19AM   8      OPEN MIND THROUGHOUT THE CASE, NOT MAKE ANY DECISIONS ABOUT THE

11:19AM   9      CASE UNTIL, UNTIL YOU HAVE BEEN INSTRUCTED BY THE COURT AND

11:19AM  10      UNTIL YOU GO TO THE DELIBERATION ROOM TO THEN BEGIN DISCUSSIONS

11:19AM  11      WITH YOUR FELLOW JURORS?  COULD YOU DO THAT AS A JUROR?

11:19AM  12                    PROSPECTIVE JUROR:  YES.

11:19AM  13                    THE COURT:  OKAY.  THANK YOU.  THANK YOU VERY MUCH.

11:19AM  14                 THERE WERE OTHER HANDS.  GOOD MORNING.

11:19AM  15                    PROSPECTIVE JUROR:  GOOD MORNING.  MY NUMBER IS 108.

11:19AM  16                    THE COURT:  YES.

11:19AM  17                    PROSPECTIVE JUROR:  AND MY EXPOSURE TO THE CASE WAS

11:19AM  18      I DON'T RECALL EXACTLY, BUT IT WAS EITHER CNN.COM, YAHOO NEWS,

11:20AM  19      OR NPR.

11:20AM  20                    THE COURT:  OKAY.  AND WAS IT NEWS -- YOU FOLLOW

11:20AM  21      THOSE NEWS CHANNELS, AND YOU RECEIVED INFORMATION ABOUT

11:20AM  22      COVERAGE OF THE EVENT THROUGH THAT?

11:20AM  23                    PROSPECTIVE JUROR:  CORRECT.  I ONLY READ -- EITHER

11:20AM  24      READ OR LISTENED TO IT ONE TIME, AND ONCE I WAS FILLING OUT THE

11:20AM  25      QUESTIONNAIRE, IT KIND OF RANG A BELL THROUGHOUT THE -- I THINK
```

```
11:20AM   1    I FEEL LIKE THE LAST FEW QUESTIONS, THAT'S WHEN IT REALLY HIT

11:20AM   2    ME, OH, I HAVE READ SOMETHING ABOUT THIS BEFORE.

11:20AM   3              THE COURT:  OH, I SEE.

11:20AM   4         THE QUESTIONNAIRE ITSELF JOGGED YOUR MEMORY ABOUT IT?

11:20AM   5              PROSPECTIVE JUROR:  YES.

11:20AM   6              THE COURT:  BUT FOR THAT, YOU DIDN'T REALLY HAVE A

11:20AM   7    RECALL ABOUT IT?  IS THAT FAIR TO SAY?

11:20AM   8              PROSPECTIVE JUROR:  YES, CORRECT.

11:20AM   9              THE COURT:  I SEE.  SO AM I CORRECT TO ASSUME THAT

11:20AM  10    YOU -- FILLING OUT THE QUESTIONNAIRE WAS THE MOST RECENT TIME

11:20AM  11    THAT YOU HAD THOUGHTS ABOUT THE CASE?

11:21AM  12              PROSPECTIVE JUROR:  CORRECT.

11:21AM  13              THE COURT:  I SEE.  AND WHEN WERE YOU LISTENING TO

11:21AM  14    OR READING NPR, CNN?

11:21AM  15              PROSPECTIVE JUROR:  I DO IT ON A DAILY BASIS, BUT I

11:21AM  16    DO NOT RECALL.  MAYBE IT'S BEEN A MONTH OR SO.

11:21AM  17              THE COURT:  OKAY.  OKAY.  THANK YOU.

11:21AM  18         WELL, LET ME ASK YOU THEN:  YOUR UNIVERSE OF EXPOSURE TO

11:21AM  19    THE CASE, IS THERE ANYTHING ABOUT THAT THAT YOU BELIEVE WILL

11:21AM  20    IMPAIR OR AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH

11:21AM  21    SIDES?

11:21AM  22              PROSPECTIVE JUROR:  NO.

11:21AM  23              THE COURT:  DO YOU HAVE ANY DOUBT ABOUT THAT?

11:21AM  24              PROSPECTIVE JUROR:  NO.

11:21AM  25              THE COURT:  OKAY.  YOU CAN BE FAIR TO MR. BALWANI?
```

| | | |
|---|---|---|
| 11:21AM | 1 | PROSPECTIVE JUROR:  YES. |
| 11:21AM | 2 | THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT? |
| 11:21AM | 3 | PROSPECTIVE JUROR:  YES. |
| 11:21AM | 4 | THE COURT:  OKAY.  ANYTHING ELSE YOU WANT US TO KNOW |
| 11:21AM | 5 | ABOUT THIS? |
| 11:21AM | 6 | PROSPECTIVE JUROR:  NO, YOUR HONOR. |
| 11:21AM | 7 | THE COURT:  OKAY.  THANK YOU.  I THINK THE TAKE AWAY |
| 11:21AM | 8 | SO FAR IS THAT NPR IS DOING A GOOD JOB OF GETTING THEIR |
| 11:21AM | 9 | COVERAGE FOR THEIR STATION. |
| 11:21AM | 10 | (LAUGHTER.) |
| 11:21AM | 11 | THE COURT:  LET'S PASS THIS TO THE NEXT INDIVIDUAL. |
| 11:22AM | 12 | IS THAT JUROR 12? |
| 11:22AM | 13 | PROSPECTIVE JUROR:  YES, I'M JUROR 12. |
| 11:22AM | 14 | THE COURT:  YES. |
| 11:22AM | 15 | PROSPECTIVE JUROR:  YES.  LIKE THE PRIOR JURORS, I |
| 11:22AM | 16 | ALSO -- MY MEMORY WAS ALSO JOGGED BY FILLING OUT THE |
| 11:22AM | 17 | QUESTIONNAIRE. |
| 11:22AM | 18 | I HAVE HEARD OF THIS CASE AND ELIZABETH HOLMES FROM PRIOR |
| 11:22AM | 19 | NEWS RADIO, NPR, AND ALSO THROUGH THE INTERNET.  I BELIEVE IT |
| 11:22AM | 20 | WAS BING.  I JUST CLICKED ON THE HEADLINES, AND MY -- I HAVE A |
| 11:22AM | 21 | VAGUE RECOLLECTION REGARDING ISSUES WITH CLAIMING BLOOD TESTS. |
| 11:22AM | 22 | THE COURT:  YES, AND THAT'S WHAT YOU SAW ON THE |
| 11:22AM | 23 | NEWS? |
| 11:22AM | 24 | PROSPECTIVE JUROR:  YES. |
| 11:22AM | 25 | THE COURT:  I SEE.  AND HOW LONG AGO WAS THAT? |

11:22AM  1              PROSPECTIVE JUROR:  I BELIEVE IT WAS A COUPLE OF

11:22AM  2   MONTHS AGO.

11:22AM  3              THE COURT:  I SEE.  IS THAT THE MOST RECENT EXPOSURE

11:22AM  4   THAT YOU'VE HAD TO THE CASE?

11:22AM  5              PROSPECTIVE JUROR:  OH, YES, YES, THAT I REMEMBER.

11:22AM  6              THE COURT:  OKAY.  OKAY.

11:22AM  7         AND YOU TOLD ME THAT WHEN YOU WERE FILLING OUT THE

11:23AM  8   QUESTIONNAIRE, JUST LIKE JUROR NUMBER 108, YOUR MEMORY WAS

11:23AM  9   JOGGED?

11:23AM  10             PROSPECTIVE JUROR:  YES.

11:23AM  11             THE COURT:  RIGHT.  IS IT FAIR TO SAY THAT PRIOR TO

11:23AM  12  THAT, THIS HADN'T BEEN IN YOUR -- REALLY AT THE TOP OF YOUR

11:23AM  13  MIND, SHALL I SAY?

11:23AM  14             PROSPECTIVE JUROR:  OH, NO, NO.

11:23AM  15             THE COURT:  OKAY.  AND IS THERE ANYTHING ABOUT YOUR

11:23AM  16  UNIVERSE OF KNOWLEDGE OF THE CASE THAT YOU THINK WILL IMPAIR OR

11:23AM  17  AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES?

11:23AM  18             PROSPECTIVE JUROR:  OH, NO, NO.

11:23AM  19         OH, AND I ALSO WANTED TO MENTION THAT I RECOGNIZED ONE OF

11:23AM  20  THE POTENTIAL WITNESS NAMES.

11:23AM  21             THE COURT:  YES.

11:23AM  22             PROSPECTIVE JUROR:  ERIC TOPOL.  IF IT'S THE SAME

11:23AM  23  PERSON, I BELIEVE HE'S THE EDITOR-IN-CHIEF FOR CLEVELAND

11:23AM  24  CLINIC, AND I DO RECALL IT IS THE SAME PERSON READING SOME

11:23AM  25  EDITORIALS THAT HE WROTE ABOUT A PARTICULAR COVID-19 DRUG AND

```
11:24AM   1    HIS DISAPPROVAL OF THIS RAPID, LIKE, ADOPTION BY THE MEDICAL
11:24AM   2    COMMUNITY.
11:24AM   3              THE COURT:  I SEE.  REGARDING THE COVID SITUATION?
11:24AM   4              PROSPECTIVE JUROR:  YES, YES, IF THIS IS THE SAME
11:24AM   5    PERSON.
11:24AM   6              THE COURT:  OKAY.  THAT'S THE ARTICLE THAT YOU READ
11:24AM   7    BY THIS ERIC TOPOL?
11:24AM   8              PROSPECTIVE JUROR:  YES.
11:24AM   9              THE COURT:  I SEE.  HAVE YOU READ ANYTHING BY
11:24AM  10    ERIC TOPOL OR HEARD ANYTHING BY ERIC TOPPLE ATTRIBUTED TO THIS
11:24AM  11    CASE?
11:24AM  12              PROSPECTIVE JUROR:  NO.
11:24AM  13              THE COURT:  ALL RIGHT.  THANK YOU.
11:24AM  14         AND I WANT TO MAKE SURE THAT I GOT YOUR ANSWER.  YOU MAY
11:24AM  15    HAVE, AND I APOLOGIZE IF I MISSED IT.
11:24AM  16         CAN YOU BE FAIR TO MR. BALWANI IN THIS CASE IF YOU'RE
11:24AM  17    SEATED AS A JUROR?
11:24AM  18              PROSPECTIVE JUROR:  YES.
11:24AM  19              THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT IN
11:24AM  20    THIS CASE IF YOU'RE SEATED AS A JUROR?
11:24AM  21              PROSPECTIVE JUROR:  YES.
11:24AM  22              THE COURT:  OKAY.  NO DOUBT ABOUT THAT?
11:24AM  23              PROSPECTIVE JUROR:  YES.
11:24AM  24              THE COURT:  YOU HAVE A DOUBT OR YOU HAVE NO DOUBT?
11:25AM  25              PROSPECTIVE JUROR:  SORRY.  NO DOUBT.
```

314

| | | |
|---|---|---|
| 11:25AM | 1 | THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU VERY |
| 11:25AM | 2 | MUCH. |
| 11:25AM | 3 | WERE THERE ANY OTHER HANDS IN THE BOX HERE? |
| 11:25AM | 4 | LET'S PASS IT DOWN IF YOU WOULD, PLEASE. |
| 11:25AM | 5 | PROSPECTIVE JUROR:  I PUT IT IN MY QUESTIONNAIRE, |
| 11:25AM | 6 | BUT ALSO SIMILARLY -- |
| 11:25AM | 7 | THE COURT:  I'M SORRY.  YOU'RE JUROR NUMBER? |
| 11:25AM | 8 | PROSPECTIVE JUROR:  119. |
| 11:25AM | 9 | THE COURT:  THANK YOU.  THANK YOU.  YES, I'M SORRY. |
| 11:25AM | 10 | PROSPECTIVE JUROR:  -- THAT THE QUESTIONNAIRE HAD |
| 11:25AM | 11 | JOGGED MY MEMORY, BUT I'M NOT SURE WHAT TELEVISION SHOW IT WAS, |
| 11:25AM | 12 | BUT I KNOW THAT I'VE SEEN, LIKE, A PARTIAL SHOW.  I FEEL LIKE |
| 11:25AM | 13 | IT WAS OVER A YEAR AGO, THOUGH.  I COULD BE WRONG. |
| 11:25AM | 14 | THE COURT:  AND YOU DON'T REMEMBER THE TITLE OF THE |
| 11:25AM | 15 | SHOW? |
| 11:25AM | 16 | PROSPECTIVE JUROR:  I DON'T.  I REMEMBER THE -- WHAT |
| 11:25AM | 17 | THE, LIKE, INTRO SCREEN LOOKED LIKE, BUT, NO.  IT WAS |
| 11:25AM | 18 | ELIZABETH HOLMES IN A BLACK TURTLENECK. |
| 11:25AM | 19 | THE COURT:  OKAY.  DO YOU RECALL WHETHER YOU WATCHED |
| 11:25AM | 20 | THE ENTIRETY OF THAT SHOW?  PART OF IT? |
| 11:25AM | 21 | PROSPECTIVE JUROR:  I DID NOT. |
| 11:25AM | 22 | THE COURT:  I'M SORRY? |
| 11:25AM | 23 | PROSPECTIVE JUROR:  I DID NOT. |
| 11:25AM | 24 | THE COURT:  I SEE.  AND DO YOU HAVE MEMORY OF WHAT |
| 11:25AM | 25 | YOU SAW?  I'M NOT ASKING YOU TO TELL ME, BUT DO YOU HAVE MEMORY |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:26AM  | 1  | OF WHAT YOU SAW?                                              |
| 11:26AM  | 2  | PROSPECTIVE JUROR:  NOT REALLY, HONESTLY.                    |
| 11:26AM  | 3  | THE COURT:  OKAY.  ANY OTHER EXPOSURE TO ANYTHING            |
| 11:26AM  | 4  | ABOUT THE CASE?                                              |
| 11:26AM  | 5  | PROSPECTIVE JUROR:  NO.                                      |
| 11:26AM  | 6  | THE COURT:  LET ME ASK YOU MY QUESTION ABOUT YOUR           |
| 11:26AM  | 7  | UNIVERSE OF KNOWLEDGE OF THE CASE.                           |
| 11:26AM  | 8  | IS THERE ANYTHING ABOUT THAT EXPOSURE THAT YOU BELIEVE       |
| 11:26AM  | 9  | WILL IMPAIR OR AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO |
| 11:26AM  | 10 | BOTH SIDES HERE?                                             |
| 11:26AM  | 11 | PROSPECTIVE JUROR:  NO.                                      |
| 11:26AM  | 12 | THE COURT:  CAN YOU BE FAIR TO MR. BALWANI?                 |
| 11:26AM  | 13 | PROSPECTIVE JUROR:  YES.                                     |
| 11:26AM  | 14 | THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?             |
| 11:26AM  | 15 | PROSPECTIVE JUROR:  YES.                                     |
| 11:26AM  | 16 | THE COURT:  ANY DOUBT ABOUT THAT?                          |
| 11:26AM  | 17 | PROSPECTIVE JUROR:  NO.                                      |
| 11:26AM  | 18 | THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU.        |
| 11:26AM  | 19 | I THINK IN FRONT OF YOU.                                     |
| 11:26AM  | 20 | PROSPECTIVE JUROR:  JUROR 124.                              |
| 11:26AM  | 21 | THE COURT:  YES.  THANK YOU.  GOOD MORNING.               |
| 11:26AM  | 22 | PROSPECTIVE JUROR:  GOOD MORNING.                          |
| 11:26AM  | 23 | SO I HAVE BEEN FOLLOWING UP WITH THE PREVIOUS TRIAL ON A    |
| 11:26AM  | 24 | DAILY BASIS.                                                 |
| 11:26AM  | 25 | THE COURT:  YES.                                            |

11:26AM 1          PROSPECTIVE JUROR:  AND I ALSO WATCHED THE

11:26AM 2   "60 MINUTES" SPECIAL REPORT CONCERNING THERANOS.

11:26AM 3          THE COURT:  OKAY.

11:26AM 4          PROSPECTIVE JUROR:  SO I LEARNED A LOT ABOUT IT, AND

11:26AM 5   I HEARD THE TESTIMONY OF THE -- SOME OF THE PERSONS INVOLVED IN

11:27AM 6   THIS CASE --

11:27AM 7          THE COURT:  I SEE.

11:27AM 8          PROSPECTIVE JUROR:  -- THROUGH "60 MINUTES."

11:27AM 9          THE COURT:  I SEE.

11:27AM 10         PROSPECTIVE JUROR:  AND I WAS VERY --

11:27AM 11         THE COURT:  I'M SORRY, LET ME ASK -- PARDON ME FOR

11:27AM 12  INTERRUPTING YOU.

11:27AM 13      SO YOU SAW "60 MINUTES."

11:27AM 14      IT SOUNDS LIKE YOU FOLLOWED THE CASE, YOU HAD INTEREST IN

11:27AM 15  FOLLOWING THE CASE?

11:27AM 16         PROSPECTIVE JUROR:  YES.

11:27AM 17         THE COURT:  I SEE.  AND YOU FOLLOWED IT THROUGH

11:27AM 18  NEWSPAPERS AND MEDIA?

11:27AM 19         PROSPECTIVE JUROR:  MAINLY FROM THE T.V. NEWS.

11:27AM 20         THE COURT:  T.V. NEWS.  OKAY.

11:27AM 21      AND DID YOU DO INDEPENDENT RESEARCH ON YOUR OWN ABOUT THE

11:27AM 22  CASE?  DID YOU SEARCH THE INTERNET OR OTHER SOURCES?

11:27AM 23         PROSPECTIVE JUROR:  ACTUALLY, I ONLY LOOKED AT THE

11:27AM 24  HISTORY OF THIS COMPANY --

11:27AM 25         THE COURT:  I SEE.

11:27AM  1                   PROSPECTIVE JUROR:  -- THROUGH THE INTERNET.

11:27AM  2           BECAUSE I WAS WONDERING ABOUT THE MACHINE.

11:27AM  3                   THE COURT:  YES.

11:27AM  4                   PROSPECTIVE JUROR:  THE BLOOD TEST MACHINE.  SO I

11:27AM  5      WAS LOOKING FOR WHAT IS GOING ON WITH THAT MACHINE.

11:27AM  6                   THE COURT:  OKAY.

11:27AM  7                   PROSPECTIVE JUROR:  SO IT DID NOT WORK.

11:27AM  8                   THE COURT:  OKAY.  SO LET ME ASK YOU, YOU HAVE

11:27AM  9      EXPOSURE, YOU WERE INTERESTED IN THIS.  AND LET ME ASK YOU JUST

11:28AM 10      ON YOUR UNIVERSE OF KNOWLEDGE, JUST BASED ON WHAT YOU KNOW AND

11:28AM 11      WHAT YOU'RE EXPOSED TO, DO YOU BELIEVE YOU COULD BE A FAIR AND

11:28AM 12      IMPARTIAL JUROR TO MR. BALWANI?

11:28AM 13                   PROSPECTIVE JUROR:  IT DEPENDS ON THE EVIDENCE.

11:28AM 14                   THE COURT:  OKAY.

11:28AM 15                   PROSPECTIVE JUROR:  YES.

11:28AM 16                   THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

11:28AM 17                   PROSPECTIVE JUROR:  YES.

11:28AM 18                   THE COURT:  OKAY.  AND AS TO MR. BALWANI, CAN YOU BE

11:28AM 19      FAIR TO HIM?

11:28AM 20                   PROSPECTIVE JUROR:  I WILL BE FAIR, BUT I DON'T KNOW

11:28AM 21      IF THERE'S A PRECONCEPTION WITHIN ME.

11:28AM 22                   THE COURT:  YES.

11:28AM 23                   PROSPECTIVE JUROR:  BECAUSE I USED TO WORK IN THE

11:28AM 24      HEALTH CARE.

11:28AM 25                   THE COURT:  I SEE.

318

11:28AM  1           PROSPECTIVE JUROR:  SO IT'S VERY IMPORTANT FOR ME

11:28AM  2      FOR --

11:28AM  3           THE COURT:  YEAH, LET ME -- I'M SORRY, I KEEP

11:28AM  4      INTERRUPTING YOU, AND I DO BEG YOUR PARDON.

11:28AM  5           PROSPECTIVE JUROR:  SURE.

11:28AM  6           THE COURT:  WHAT I WANT TO KNOW, AND WE WANT TO

11:28AM  7      KNOW, ARE YOUR CANDID BELIEFS AND YOUR BELIEFS.

11:28AM  8         WHAT I DON'T WANT TO DO IS TO HAVE YOU SAY SOMETHING THAT

11:28AM  9      MIGHT INFECT, OR MIGHT AFFECT SOME OTHER JUROR JUST BECAUSE OF

11:29AM  10     A PERSONAL BELIEF.

11:29AM  11          PROSPECTIVE JUROR:  YES.

11:29AM  12          THE COURT:  IF YOU WANT TO EXPRESS SOMETHING LIKE

11:29AM  13     THAT, I'M HAPPY TO RECEIVE THAT IN PRIVATE.

11:29AM  14          PROSPECTIVE JUROR:  UH-HUH.

11:29AM  15          THE COURT:  BUT MY GENERAL QUESTION IS, BASED ON

11:29AM  16     YOUR BACKGROUND AND KNOWLEDGE AND EXPOSURE -- AND THIS QUESTION

11:29AM  17     IS REALLY ABOUT EXPOSURE TO MEDIA AND OTHER INFORMATION -- JUST

11:29AM  18     ON THAT, DO YOU THINK YOU COULD BE FAIR TO MR. BALWANI, OR DO

11:29AM  19     YOU THINK THAT'S GOING TO BE AN ISSUE?

11:29AM  20          PROSPECTIVE JUROR:  THAT'S GOING TO BE AN ISSUE.

11:29AM  21          THE COURT:  OKAY.  I SEE.

11:29AM  22         I ASK THAT -- AND THANK YOU FOR YOUR CANDOR, JUROR NUMBER

11:29AM  23     124 -- BECAUSE WHEN I ASKED IF YOU COULD BE FAIR TO THE

11:29AM  24     GOVERNMENT, YOU SAID YES WITH NO HESITATION.  AND THEN WHEN I

11:29AM  25     ASKED YOU ABOUT MR. BALWANI, THERE WAS A LITTLE HESITATION

11:29AM   1   THERE, WASN'T THERE?  AND YOU RECOGNIZE I'M NOT BEING CRITICAL,

11:29AM   2   AND I AM NOT AT ALL.  I'M NOT BEING CRITICAL AT ALL.

11:29AM   3              PROSPECTIVE JUROR:  YES.

11:29AM   4              THE COURT:  THIS PROCESS IS DESIGNED TO ALLOW US TO

11:29AM   5   HAVE THIS DISCUSSION, AND IT'S VERY IMPORTANT THAT WE DO HAVE

11:30AM   6   THIS DISCUSSION.

11:30AM   7              PROSPECTIVE JUROR:  THAT'S RIGHT, UH-HUH.

11:30AM   8              THE COURT:  AND BECAUSE AS I'VE TOLD YOU BEFORE WHAT

11:30AM   9   I WANT AND WHAT THESE LAWYERS WANT ARE FAIR JURORS, AND WHEN I

11:30AM  10   SAY FAIR JURORS, I MEAN FOR THIS CASE.

11:30AM  11       I DON'T MEAN TO SUGGEST THAT IF SOMEONE HAS AN OPINION,

11:30AM  12   THEY'RE NOT A FAIR PERSON.

11:30AM  13              PROSPECTIVE JUROR:  UH-HUH.

11:30AM  14              THE COURT:  WHAT I'M SUGGESTING IS THAT THIS MAY NOT

11:30AM  15   BE THE RIGHT CASE FOR A PERSON.

11:30AM  16              PROSPECTIVE JUROR:  UH-HUH.

11:30AM  17              THE COURT:  AND MAYBE I SHOULD SEND THEM DOWN THE

11:30AM  18   HALL WITH A 12-MONTH TRIAL IS ABOUT TO START.  MAYBE THAT'S A

11:30AM  19   BETTER CASE.

11:30AM  20       (LAUGHTER.)

11:30AM  21              THE COURT:  I'M JUST KIDDING.  I'M NOT GOING TO DO

11:30AM  22   THAT.  I'M NOT GOING TO DO THAT.

11:30AM  23       BUT I JUST SAY THAT TO LET YOU KNOW THAT THAT'S WHAT WE'RE

11:30AM  24   SEARCHING FOR HERE.

11:30AM  25              PROSPECTIVE JUROR:  UH-HUH.

11:30AM 1        THE COURT:  AND I APPRECIATE YOUR CANDOR.  THANK YOU

11:30AM 2    SO MUCH FOR BEING THE --

11:30AM 3        PROSPECTIVE JUROR:  I JUST WANT TO BE HONEST.

11:30AM 4        THE COURT:  THAT'S RIGHT, AND I'M SO GRATEFUL FOR

11:30AM 5    IT, AS ARE THESE LAWYERS.  SO THANK YOU.  THANK YOU.

11:30AM 6      ANYTHING ELSE YOU WANT ME TO KNOW?

11:30AM 7        PROSPECTIVE JUROR:  NO.

11:30AM 8        THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU.

11:31AM 9      LET'S SEE.  IF YOU COULD HAND THE MICROPHONE TO YOUR SIDE.

11:31AM 10       PROSPECTIVE JUROR:  IT'S JUROR 131, AND IT'S MY --

11:31AM 11   JUST LIKE SIMILAR TO WHAT EVERYBODY ELSE SAID, NPR AND GOOGLE

11:31AM 12   NEWS.  AND I THINK I SAW THE "60 MINUTES," AND WHEN I WAS

11:31AM 13   FILLING OUT THE FORM I WAS VERY -- I SAID NO, I DON'T REMEMBER

11:31AM 14   ANYTHING.

11:31AM 15     BUT WHEN I CAME HOME, I WAS THINKING ABOUT IT AND I THINK

11:31AM 16   WE EVEN HAD A CONVERSATION WITH FRIENDS.

11:31AM 17       THE COURT:  WITH FRIENDS?

11:31AM 18       PROSPECTIVE JUROR:  YES, BECAUSE IT WAS -- AND,

11:31AM 19   AGAIN, I DON'T KNOW MUCH DETAIL.  I WASN'T FOLLOWING THIS CASE,

11:31AM 20   BUT IT WAS IN THE HEADLINES FOR AWHILE.

11:31AM 21       THE COURT:  OKAY.  SO YOU DIDN'T FOLLOW THE CASE --

11:31AM 22       PROSPECTIVE JUROR:  NO.

11:31AM 23       THE COURT:  -- REGULARLY.

11:31AM 24     BUT YOU'RE ANOTHER FAITHFUL NPR LISTENER?

11:31AM 25       PROSPECTIVE JUROR:  YES.

```
11:31AM  1              THE COURT:  AND YOU WERE EXPOSED TO IT THROUGH NPR
11:32AM  2     AND OTHER MEDIA?
11:32AM  3              PROSPECTIVE JUROR:  CORRECT.
11:32AM  4              THE COURT:  OKAY.  AND IT SOUNDS LIKE THE
11:32AM  5     QUESTIONNAIRE JOGGED YOUR MEMORY ABOUT THE CASE?
11:32AM  6              PROSPECTIVE JUROR:  YES.
11:32AM  7              THE COURT:  AND CAUSED YOU TO THINK ABOUT IT A
11:32AM  8     LITTLE MORE?
11:32AM  9              PROSPECTIVE JUROR:  THERE IS -- RIGHT, THE LAST FEW
11:32AM 10     YEARS WAS HECTIC WITH THE COVID-19, AND SO SOME OF THIS NEWS WE
11:32AM 11     WOULD SEE THEM AND JUST PASS THEM BECAUSE THEY'RE NOT IMPORTANT
11:32AM 12     FOR YOUR LIFE, RIGHT?
11:32AM 13              THE COURT:  RIGHT.  OKAY.  I SEE.
11:32AM 14          IS THAT -- YES.
11:32AM 15              PROSPECTIVE JUROR:  I THINK I CAN BE IMPARTIAL.
11:32AM 16              THE COURT:  YOU ANTICIPATED MY QUESTION.
11:32AM 17          (LAUGHTER.)
11:32AM 18              THE COURT:  CAN YOU BE FAIR TO MR. BALWANI?
11:32AM 19              PROSPECTIVE JUROR:  YES.
11:32AM 20              THE COURT:  OKAY.  ANY DOUBT ABOUT THAT?
11:32AM 21              PROSPECTIVE JUROR:  NO.  I THINK IT'S JUST BASED ON
11:32AM 22     THE EVIDENCE AND WHAT WE LISTEN TO HERE.
11:32AM 23              THE COURT:  AND CAN YOU BE FAIR TO THE GOVERNMENT?
11:32AM 24              PROSPECTIVE JUROR:  YES.
11:32AM 25              THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU.
```

```
11:32AM   1            AND I THINK THERE'S -- YES, GOOD MORNING.

11:32AM   2                 PROSPECTIVE JUROR:  I'M JUROR 133.

11:32AM   3                 THE COURT:  YES.

11:32AM   4                 PROSPECTIVE JUROR:  I DO NOT FOLLOW THE NEWS

11:33AM   5   RELIGIOUSLY LIKE ALL OF THESE OTHER PEOPLE DO, BUT I HAVE A

11:33AM   6   VAGUE MEMORY OF, LIKE, COMING ACROSS SOMETHING ABOUT

11:33AM   7   ELIZABETH HOLMES, LIKE PROBABLY WHEN I WAS SCROLLING FACEBOOK

11:33AM   8   OR SOMETHING.  IT WAS LIKE ONE OF THOSE LIKE YOU MIGHT BE

11:33AM   9   INTERESTED KIND OF THINGS.

11:33AM  10                 THE COURT:  OKAY.

11:33AM  11                 PROSPECTIVE JUROR:  YEAH.

11:33AM  12                 THE COURT:  AND HOW LONG AGO -- DO YOU HAVE

11:33AM  13   RECOLLECTION OF WHEN THAT WAS, TIMING WAS?

11:33AM  14                 PROSPECTIVE JUROR:  IT WAS A COUPLE MONTHS AGO.

11:33AM  15                 THE COURT:  OKAY.  OKAY.

11:33AM  16       SO YOU, YOU DID NOT FOLLOW THE CASE?

11:33AM  17                 PROSPECTIVE JUROR:  NO.

11:33AM  18                 THE COURT:  AND DO YOU HAVE ANY OTHER KNOWLEDGE

11:33AM  19   ABOUT THE CASE OTHER THAN THIS EXPOSURE THAT YOU'VE MENTIONED?

11:33AM  20                 PROSPECTIVE JUROR:  POTENTIALLY SOMETHING ELSE, BUT

11:33AM  21   I CAN -- I'LL TALK TO YOU IN PRIVATE ABOUT IT.

11:33AM  22                 THE COURT:  OH, YOU WANT TO TALK PRIVATE ABOUT THAT?

11:33AM  23   SURE.

11:33AM  24                 PROSPECTIVE JUROR:  BECAUSE IT MIGHT ALSO NOT BE THE

11:33AM  25   SAME THING, BUT JUST THE NAME ELIZABETH HOLMES KIND OF RANG A
```

11:33AM   1          BELL.

11:33AM   2                  THE COURT:  THE NAME ELIZABETH HOLMES?

11:33AM   3                  PROSPECTIVE JUROR:  YEAH.

11:33AM   4                  THE COURT:  OKAY.

11:33AM   5                  PROSPECTIVE JUROR:  IT ALSO COULD HAVE BEEN A NAME

11:33AM   6     THAT IS, LIKE, SIMILAR.  BUT I'M NOT VERY GOOD WITH NAMES.

11:33AM   7                  THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:34AM   8          WE'LL SEE WHAT WE CAN DO ABOUT THAT.

11:34AM   9                  PROSPECTIVE JUROR:  HI.  JUROR 125.

11:34AM  10                  THE COURT:  YES, GOOD MORNING.

11:34AM  11                  PROSPECTIVE JUROR:  I HEARD IT THROUGH THE NEWS, NOT

11:34AM  12     NPR, BUT JUST THE LOCAL RADIO NEWS AT 7:40 A.M., AND IT'S IN

11:34AM  13     BETWEEN DROPPING THE KIDS OFF AT SCHOOL AND PICKING THEM AND

11:34AM  14     DROPPING THEM OFF AT THEIR AFTER SCHOOL ACTIVITIES.

11:34AM  15                  THE COURT:  YES.

11:34AM  16                  PROSPECTIVE JUROR:  AND I SAW AN INFOMERCIAL, A

11:34AM  17     COMMERCIAL -- I CAN'T REMEMBER -- BUT ON "THE DROPOUT," THE

11:34AM  18     MOVIE.

11:34AM  19                  THE COURT:  OKAY.

11:34AM  20                  PROSPECTIVE JUROR:  I DID NOT PURSUE ANY OF THOSE

11:34AM  21     THINGS.

11:34AM  22                  THE COURT:  YOU DIDN'T WATCH IT?

11:34AM  23                  PROSPECTIVE JUROR:  NO, NO.

11:34AM  24                  THE COURT:  AND YOU DIDN'T DO ANY ADDITIONAL

11:34AM  25     READING?

| | | |
|---|---|---|
| 11:34AM | 1 | PROSPECTIVE JUROR:  NO.  RIGHT. |
| 11:34AM | 2 | THE COURT:  AND YOU HEARD THE OCCASIONAL NEWS REPORT |
| 11:34AM | 3 | ABOUT THE CASE? |
| 11:34AM | 4 | PROSPECTIVE JUROR:  JUST THE RADIO.  THE KIDS KEEP |
| 11:34AM | 5 | ME PRETTY BUSY. |
| 11:34AM | 6 | THE COURT:  YES.  OKAY. |
| 11:34AM | 7 | AND WHAT IS THE MOST -- CAN YOU TELL US THE MOST RECENT |
| 11:34AM | 8 | INFORMATION, NOT WHAT THE INFORMATION WAS, BUT YOUR MOST RECENT |
| 11:35AM | 9 | EXPOSURE TO INFORMATION ABOUT THE CASE? |
| 11:35AM | 10 | PROSPECTIVE JUROR:  IT WAS JUST TWO WEEKS AGO WHEN |
| 11:35AM | 11 | THEY ANNOUNCED THAT THERE WAS GOING TO BE A LAWSUIT AGAINST |
| 11:35AM | 12 | MR. BALWANI. |
| 11:35AM | 13 | THE COURT:  OKAY.  YOU HEARD THAT SOMEWHERE? |
| 11:35AM | 14 | PROSPECTIVE JUROR:  THE RADIO. |
| 11:35AM | 15 | THE COURT:  I SEE.  OKAY. |
| 11:35AM | 16 | WAS IT ABOUT THIS TRIAL, THAT THE TRIAL WAS GOING TO |
| 11:35AM | 17 | HAPPEN? |
| 11:35AM | 18 | PROSPECTIVE JUROR:  YES. |
| 11:35AM | 19 | THE COURT:  NOT ABOUT A LAWSUIT, BUT ABOUT THIS |
| 11:35AM | 20 | TRIAL? |
| 11:35AM | 21 | PROSPECTIVE JUROR:  CORRECT. |
| 11:35AM | 22 | THE COURT:  I SUPPOSE THIS IS A LAWSUIT.  OKAY. |
| 11:35AM | 23 | AND LET ME ASK YOU THE SAME QUESTION.  IS THERE ANYTHING |
| 11:35AM | 24 | ABOUT YOUR UNIVERSE OF KNOWLEDGE THAT YOU'VE BEEN EXPOSED TO |
| 11:35AM | 25 | THAT YOU THINK WILL IMPAIR OR AFFECT YOUR ABILITY TO BE FAIR |

| | | |
|---|---|---|
| 11:35AM | 1 | AND IMPARTIAL TO BOTH SIDES? |
| 11:35AM | 2 | PROSPECTIVE JUROR:  NO. |
| 11:35AM | 3 | THE COURT:  CAN YOU BE FAIR TO MR. BALWANI? |
| 11:35AM | 4 | PROSPECTIVE JUROR:  YES. |
| 11:35AM | 5 | THE COURT:  AND CAN YOU BE FAIR TO THE GOVERNMENT? |
| 11:35AM | 6 | PROSPECTIVE JUROR:  YES. |
| 11:35AM | 7 | THE COURT:  OKAY.  ANY DOUBT ABOUT THAT? |
| 11:35AM | 8 | PROSPECTIVE JUROR:  NO. |
| 11:35AM | 9 | THE COURT:  OKAY.  THANK YOU VERY MUCH. |
| 11:35AM | 10 | AND I KNOW THERE WERE SOME HANDS BEHIND YOU AS WELL. |
| 11:36AM | 11 | PROSPECTIVE JUROR:  JUROR 143. |
| 11:36AM | 12 | THE COURT:  YES. |
| 11:36AM | 13 | PROSPECTIVE JUROR:  IF WE'RE TALKING SPECIFICALLY |
| 11:36AM | 14 | ABOUT NEWS, THEN NOTHING. |
| 11:36AM | 15 | BUT I DID WATCH THE HBO DOCUMENTARY ABOUT TWO YEARS AGO. |
| 11:36AM | 16 | THE COURT:  OKAY. |
| 11:36AM | 17 | PROSPECTIVE JUROR:  I WOULDN'T CALL IT NEWS. |
| 11:36AM | 18 | ANYBODY CAN MAKE A DOCUMENTARY. |
| 11:36AM | 19 | THE COURT:  OKAY.  IS THAT THE MOST RECENT EXPOSURE |
| 11:36AM | 20 | THAT YOU HAVE HAD? |
| 11:36AM | 21 | PROSPECTIVE JUROR:  YES.  I HAVE HEARD NOTHING |
| 11:36AM | 22 | SINCE. |
| 11:36AM | 23 | THE COURT:  AND DO YOU REMEMBER ANYTHING IN |
| 11:36AM | 24 | PARTICULAR SPECIFIC ABOUT THAT?  I'M NOT ASKING YOU WHAT IT IS, |
| 11:36AM | 25 | BUT JUST IF YOU HAVE ANYTHING THAT STICKS IN YOUR MIND ABOUT |

```
11:36AM    1      SOMETHING?
11:36AM    2              PROSPECTIVE JUROR:  OH, I REMEMBER THE WHOLE
11:36AM    3      STORYLINE, YES.
11:36AM    4              THE COURT:  ALL RIGHT.  OKAY.  AND THAT WAS THE LAST
11:36AM    5      TIME -- I THINK YOU TOLD ME THAT WAS THE LAST EXPOSURE THAT YOU
11:36AM    6      HAD?
11:36AM    7              PROSPECTIVE JUROR:  CORRECT.
11:36AM    8              THE COURT:  OKAY.  WELL, BASED ON THAT, YOUR
11:36AM    9      WATCHING THAT HBO, WHATEVER THAT WAS, AND ANY OTHER EXPOSURE
11:36AM   10      THAT YOU'VE HAD TO THE CASE, CAN YOU ANSWER MY QUESTION ABOUT
11:36AM   11      WHETHER YOU THINK ANY OF THAT WILL AFFECT OR IMPAIR YOUR
11:37AM   12      ABILITY TO BE A FAIR AND IMPARTIAL JUROR TO BOTH SIDES?
11:37AM   13              PROSPECTIVE JUROR:  NO, NOT AT ALL.
11:37AM   14              THE COURT:  OKAY.  YOU COULD BE FAIR TO MR. BALWANI?
11:37AM   15              PROSPECTIVE JUROR:  I COULD BE VERY FAIR TO
11:37AM   16      MR. BALWANI.
11:37AM   17              THE COURT:  AND THE GOVERNMENT?
11:37AM   18              PROSPECTIVE JUROR:  UH-HUH.
11:37AM   19              THE COURT:  OKAY.  AND WHAT ABOUT -- YOU WATCHED
11:37AM   20      THIS SHOW, AND I DON'T KNOW HOW LONG IT WAS, AND YOU TOLD US
11:37AM   21      YOU REMEMBER ABOUT IT.
11:37AM   22          HOW IS IT THAT YOU CAN PUT ASIDE ALL OF THAT AND LISTEN TO
11:37AM   23      THE EVIDENCE IN THIS CASE FRESH AND CLEAN WITHOUT HAVING THAT
11:37AM   24      INTERFERE WITH YOUR THOUGHT PROCESS?
11:37AM   25          IS THAT SOMETHING THAT YOU THINK YOU CAN DO?
```

11:37AM 1          PROSPECTIVE JUROR:  OH, DEFINITELY.  I MEAN, A

11:37AM 2    DOCUMENTARY IS MADE BY A FILMMAKER AND THAT'S ONE SIDE OF THE

11:37AM 3    STORY.

11:37AM 4          THE COURT:  OKAY.  OKAY.

11:37AM 5       AND I THINK YOUR ANSWER SUGGESTS THAT IN A JURY TRIAL

11:37AM 6    THERE'S ACTUALLY -- THERE COULD BE TWO SIDES TO A STORY.  THE

11:37AM 7    GOVERNMENT HAS TO PRESENT THEIR EVIDENCE.  YOU'VE HEARD ME TALK

11:37AM 8    ABOUT THE PRESUMPTION OF INNOCENCE.

11:37AM 9          PROSPECTIVE JUROR:  CORRECT.

11:37AM 10          THE COURT:  AND DO YOU HAVE ANY PROBLEM PRESUMING

11:37AM 11    MR. BALWANI INNOCENT AS HE SITS HERE RIGHT NOW?

11:38AM 12          PROSPECTIVE JUROR:  NO, NOT AT ALL.

11:38AM 13          THE COURT:  OKAY.  GREAT.

11:38AM 14       ANYTHING ELSE YOU WANT US TO KNOW?

11:38AM 15          PROSPECTIVE JUROR:  THAT'S ALL.  THANK YOU.

11:38AM 16          THE COURT:  OKAY.  THANK YOU.

11:38AM 17       ANY -- NEXT PERSON, PLEASE.

11:38AM 18          PROSPECTIVE JUROR:  161.

11:38AM 19          THE COURT:  YES.

11:38AM 20          PROSPECTIVE JUROR:  AND I WATCHED ON EVENING NEWS,

11:38AM 21    NBC 5:00 O'CLOCK NEWS, 5:30.

11:38AM 22          THE COURT:  OH, WELL, THAT'S VERY SPECIFIC.  THANK

11:38AM 23    YOU, YES.  AND YOU SAW COVERAGE OF THE CASE?

11:38AM 24          PROSPECTIVE JUROR:  YEAH.

11:38AM 25          THE COURT:  OKAY.  WAS THAT EVERY DAY, OR JUST

```
11:38AM   1    OCCASIONALLY?

11:38AM   2              PROSPECTIVE JUROR:  MAYBE ONE OR TWO TIMES.

11:38AM   3              THE COURT:  ANYTHING ELSE?  ANY OTHER EXPOSURE?

11:38AM   4              PROSPECTIVE JUROR:  NO.  JUST, LIKE, SOMETHING OF

11:38AM   5    INTEREST POPPED UP AND I WAS WATCHING SOME VIDEO, BUT I DIDN'T

11:38AM   6    CLICK.  I JUST SAW THE HEADING, BUT I DID SEE THAT.

11:38AM   7              THE COURT:  I SEE.  OKAY.

11:38AM   8         AND WHEN WAS THE MOST RECENT NBC NEWS THAT YOU SAW ABOUT

11:39AM   9    THIS?  WHEN DO YOU THINK THAT WAS?

11:39AM  10              PROSPECTIVE JUROR:  A COUPLE OF MONTHS BACK -- YEAH,

11:39AM  11    A COUPLE --

11:39AM  12              THE COURT:  A COUPLE OF YEARS?

11:39AM  13              PROSPECTIVE JUROR:  A COUPLE OF MONTHS.

11:39AM  14              THE COURT:  A COUPLE OF MONTHS.  I'M SORRY.

11:39AM  15         WELL, LET ME ASK YOU THE SAME QUESTION, JUROR 161.  IS

11:39AM  16    THERE ANYTHING ABOUT YOUR KNOWLEDGE, YOUR EXPOSURE OF

11:39AM  17    INFORMATION THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR

11:39AM  18    AND IMPARTIAL TO BOTH SIDES HERE?

11:39AM  19              PROSPECTIVE JUROR:  I'D LIKE TO SAY NO.

11:39AM  20              THE COURT:  OKAY.

11:39AM  21              PROSPECTIVE JUROR:  YEAH.

11:39AM  22              THE COURT:  CAN YOU BE FAIR TO MR. BALWANI?

11:39AM  23              PROSPECTIVE JUROR:  I'LL TRY.  I HAVEN'T BEEN IN

11:39AM  24    THIS SITUATION, SO I DON'T KNOW WHAT TO -- HOW TO SAY.

11:39AM  25              THE COURT:  YES.
```

| | |
|---|---|
| 11:39AM | 1 |

PROSPECTIVE JUROR:  BUT THERE'S NO PERFECT YES OR

PERFECT NO, SO I CAN SAY I'LL TRY.

THE COURT:  OKAY.  THIS IS YOUR FIRST TIME BEING

CALLED AS A JUROR; IS THAT RIGHT?

PROSPECTIVE JUROR:  YES.

THE COURT:  I SEE.  AND YOU HEARD ME TALK ABOUT WHAT

THIS PROCESS, THIS CONVERSATION IS ABOUT IS TO TRY TO SECURE

FAIR JURORS IN THIS CASE?

PROSPECTIVE JUROR:  YES.

THE COURT:  AND THAT'S WHY I ASKED THAT QUESTION.

PROSPECTIVE JUROR:  YES.  I DO WANT TO SAY EITHER

YES OR EITHER NO, BUT I'M NOT SURE.

THE COURT:  OKAY.  AND IS THAT BECAUSE OF WHAT

YOU'VE SEEN AND YOU KNOW ABOUT THIS CASE, OR SOME OTHER REASON?

PROSPECTIVE JUROR:  MAYBE NOT BEING IN A SITUATION

WHERE I HAVE TO, WHERE I AM RIGHT NOW.

THE COURT:  I SEE.  ARE YOU NERVOUS RIGHT NOW?

PROSPECTIVE JUROR:  I'M SORRY?

THE COURT:  ARE YOU NERVOUS RIGHT NOW?  ARE YOU A

LITTLE --

PROSPECTIVE JUROR:  KIND OF.

THE COURT:  YES.  IT'S DIFFICULT TO TALK IN A ROOM

FULL OF PEOPLE AND STRANGERS, I UNDERSTAND THAT.  I'M GRATEFUL

FOR OUR CONVERSATION THIS MORNING.  THANK YOU FOR THAT.

OKAY.  ANYTHING ELSE YOU WOULD LIKE US TO KNOW?

330

```
11:41AM   1              PROSPECTIVE JUROR:  NO.

11:41AM   2              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

11:41AM   3              PROSPECTIVE JUROR:  HELLO, YOUR HONOR.  I'M

11:41AM   4     JUROR 167.

11:41AM   5              THE COURT:  YES.  THANK YOU.

11:41AM   6              PROSPECTIVE JUROR:  SO THE SOURCES WOULD PROBABLY BE

11:41AM   7     ON TWO OCCASIONS.  SO I BRIEFLY SCANNED "FORTUNE 500" ABOUT

11:41AM   8     ELIZABETH HOLMES; AND THEN AFTER THAT, IT WOULD BE WHEN ALL OF

11:41AM   9     THE NEWS CAME OUT ABOUT THERANOS AND --

11:41AM  10              THE COURT:  OKAY.  WHEN WOULD THAT HAVE BEEN?  TIME

11:41AM  11     STAMP THAT FOR ME.

11:41AM  12              PROSPECTIVE JUROR:  I WOULD SAY ABOUT A YEAR AGO.

11:41AM  13              THE COURT:  OKAY.  ALL RIGHT.

11:41AM  14         AND YOU'RE SCANNING "FORTUNE 500," WAS THAT THE SAME

11:41AM  15     TIMEFRAME?

11:41AM  16              PROSPECTIVE JUROR:  THAT WOULD HAVE BEEN A LITTLE

11:41AM  17     BIT PRIOR TO THAT.

11:41AM  18              THE COURT:  OKAY.  OKAY.

11:41AM  19              PROSPECTIVE JUROR:  PROBABLY LIKE THREE OR FOUR

11:41AM  20     MONTHS PRIOR TO THAT.

11:41AM  21              THE COURT:  OKAY.  IS THAT THE UNIVERSE OF KNOWLEDGE

11:42AM  22     OF YOUR EXPOSURE TO THE CASE?

11:42AM  23              PROSPECTIVE JUROR:  OTHER THAN THAT, THE NEWS

11:42AM  24     THROUGH, LIKE, YOUTUBE, MSNBC, CNN, THOSE SOURCES.

11:42AM  25              THE COURT:  OKAY.  DID YOU FOLLOW THE CASE?
```

```
11:42AM   1          PROSPECTIVE JUROR:  NO, I DID NOT GET ANY UPDATE

11:42AM   2     AFTER THE TYPICAL HEADLINES --

11:42AM   3          THE COURT:  OKAY.

11:42AM   4          PROSPECTIVE JUROR:  -- AND BREAKING NEWS.

11:42AM   5          THE COURT:  SURE.  ALL RIGHT.

11:42AM   6       SO LET ME ASK YOU THE QUESTION.  BASED ON YOUR UNIVERSE OF

11:42AM   7     KNOWLEDGE OF THE CASE, IS THERE ANYTHING ABOUT THAT THAT YOU

11:42AM   8     THINK WILL AFFECT OR IMPAIR YOUR ABILITY TO BE FAIR AND

11:42AM   9     IMPARTIAL TO BOTH SIDES?

11:42AM  10          PROSPECTIVE JUROR:  NO, YOUR HONOR.

11:42AM  11          THE COURT:  CAN YOU BE FAIR TO MR. BALWANI?

11:42AM  12          PROSPECTIVE JUROR:  YES.

11:42AM  13          THE COURT:  DO YOU HAVE ANY PROBLEM PRESUMING HIM TO

11:42AM  14     BE INNOCENT AS HE SITS HERE TODAY?

11:42AM  15          PROSPECTIVE JUROR:  NO.

11:42AM  16          THE COURT:  ANY QUARREL WITH THAT?

11:42AM  17          PROSPECTIVE JUROR:  NO.

11:42AM  18          THE COURT:  OKAY.  CAN YOU BE FAIR TO THE

11:42AM  19     GOVERNMENT?

11:42AM  20          PROSPECTIVE JUROR:  YES.

11:42AM  21          THE COURT:  OKAY.  THANK YOU.

11:42AM  22          PROSPECTIVE JUROR:   JUROR 165.

11:42AM  23          THE COURT:  YES.

11:42AM  24          PROSPECTIVE JUROR:  LIKE MOST OF THE OTHER JURORS

11:42AM  25     HAVE STATED, NPR, CNN, THOSE SORTS OF SOURCES.
```

| | |
|---|---|
| 11:43AM | 1 |

I ALSO SAW THE HEADLINE FROM WHEN ELIZABETH HOLMES --

11:43AM  2          THE COURT:  IN THE TRIAL OF THE OTHER CASE?

11:43AM  3          PROSPECTIVE JUROR:  -- WHEN SHE WAS --

11:43AM  4          THE COURT:  IN HER CASE?

11:43AM  5          PROSPECTIVE JUROR:  YEAH, IN HER CASE.

11:43AM  6          THE COURT:  AND WHAT IS THE MOST RECENT EXPOSURE

11:43AM  7  TIME STAMP-WISE?

11:43AM  8          PROSPECTIVE JUROR:  A FEW MONTHS AGO.

11:43AM  9          THE COURT:  OKAY.

11:43AM 10          PROSPECTIVE JUROR:  AND THEN ALSO WHEN THE HULU SHOW

11:43AM 11  WAS COMING OUT, TRAILERS FOR THAT.

11:43AM 12          THE COURT:  OKAY.

11:43AM 13          PROSPECTIVE JUROR:  AND THAT KIND OF --

11:43AM 14          THE COURT:  DID YOU SEE THE -- DID YOU WATCH THE

11:43AM 15  HULU?

11:43AM 16          PROSPECTIVE JUROR:  I HAVE NOT.  I STARTED WATCHING,

11:43AM 17  BUT I KIND OF JUST GOT BORED AND STOPPED, SO I ONLY WATCHED THE

11:43AM 18  FIRST EPISODE.

11:43AM 19          THE COURT:  ALL RIGHT.

11:43AM 20          PROSPECTIVE JUROR:  AND ALSO THINGS LIKE REDDIT, THE

11:43AM 21  CONVICTION FOR --

11:43AM 22          THE COURT:  EXCUSE ME.  REDDIT, WHEN WAS THAT?

11:43AM 23          PROSPECTIVE JUROR:  THAT WAS --

11:43AM 24          THE COURT:  I'M NOT ASKING YOU WHAT YOU SAW.

11:43AM 25          PROSPECTIVE JUROR:  YEAH, YEAH.

11:43AM   1            THE COURT:  I JUST WANT TO KNOW THE TIME STAMP.

11:43AM   2            PROSPECTIVE JUROR:  ABOUT A YEAR AGO --

11:43AM   3            THE COURT:  OKAY.

11:43AM   4            PROSPECTIVE JUROR:  -- WHEN THE OTHER CASE WAS

11:43AM   5    HAPPENING.

11:43AM   6            THE COURT:  OKAY.  I SEE.  I SEE.

11:44AM   7        ANYTHING ELSE?

11:44AM   8            PROSPECTIVE JUROR:  THAT'S ABOUT -- THAT ABOUT

11:44AM   9    COVERS IT.

11:44AM  10            THE COURT:  OKAY.  AND LET ME ASK YOU THE QUESTION.

11:44AM  11    IS THERE ANYTHING ABOUT YOUR UNIVERSE OF KNOWLEDGE THAT YOU

11:44AM  12    THINK WILL IMPAIR YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH

11:44AM  13    SIDES HERE?

11:44AM  14            PROSPECTIVE JUROR:  NO.

11:44AM  15            THE COURT:  OKAY.  YOU'RE CERTAIN OF THAT?

11:44AM  16            PROSPECTIVE JUROR:  YES.

11:44AM  17            THE COURT:  OKAY.  ANY DOUBT IN YOUR MIND ABOUT

11:44AM  18    THAT?

11:44AM  19            PROSPECTIVE JUROR:  NO.

11:44AM  20            THE COURT:  CAN YOU BE A FAIR JUROR TO MR. BALWANI?

11:44AM  21            PROSPECTIVE JUROR:  YES.

11:44AM  22            THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

11:44AM  23            PROSPECTIVE JUROR:  NO.

11:44AM  24            THE COURT:  AND THIS IS, AGAIN, BASED ON ALL THAT

11:44AM  25    YOU'VE SEEN, HEARD, READ ABOUT IN THE PAST?

11:44AM  1          PROSPECTIVE JUROR:  I JUST THINK ABOUT IF I WERE IN

11:44AM  2  HIS POSITION, I WOULD WANT TO MAKE SURE ALL OF THE FACTS COME

11:44AM  3  OUT AND LISTEN TO THEM, NOT JUST WHAT I HEAR SOMEONE TYPE WHO

11:44AM  4  THEY MIGHT HAVE A BIAS OR INTEREST.

11:44AM  5          SO THOSE HEADLINES ARE HEADLINES, THEY MIGHT GIVE YOU A

11:44AM  6  LITTLE GLIMPSE, BUT THEY'RE DEFINITELY NOT THE WHOLE STORY.

11:44AM  7          THE COURT:  SO ARE YOU THAT PERSON THAT COULD BE

11:44AM  8  FAIR AND PUT ALL OF THAT INFORMATION ASIDE?

11:44AM  9          PROSPECTIVE JUROR:  I THINK SO.

11:45AM 10          THE COURT:  CAN YOU BE FAIR TO MR. BALWANI AS YOU

11:45AM 11  LOOK AT HIM TODAY?

11:45AM 12          PROSPECTIVE JUROR:  YES.

11:45AM 13          THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

11:45AM 14          PROSPECTIVE JUROR:  NO.

11:45AM 15          THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

11:45AM 16          PROSPECTIVE JUROR:  YES.

11:45AM 17          THE COURT:  AND ANY DOUBT ABOUT THAT?

11:45AM 18          PROSPECTIVE JUROR:  NO.

11:45AM 19          THE COURT:  AND WILL YOU -- AND I EXPECT YOU'RE

11:45AM 20  BEING HONEST WITH US THIS MORNING.  WILL YOU HAVE DIFFICULTY

11:45AM 21  PUTTING ASIDE ANYTHING YOU'VE LISTENED TO READ OR TALKED ABOUT

11:45AM 22  THIS CASE OR THE OTHER CASE, WILL YOU HAVE ANY DIFFICULTY

11:45AM 23  PUTTING THAT ASIDE AS YOU SIT AS A JUROR IN THIS CASE AND HEAR

11:45AM 24  THE EVIDENCE IN THIS CASE?

11:45AM 25          PROSPECTIVE JUROR:  I DON'T THINK SO.

11:45AM  1          THE COURT:  CAN YOU DECIDE THIS CASE ON THE EVIDENCE

11:45AM  2   YOU HEAR IN THIS COURTROOM AND NOT ANYTHING OUTSIDE OF THIS

11:45AM  3   COURTROOM?  CAN YOU DO THAT?

11:45AM  4          PROSPECTIVE JUROR:  YES.

11:45AM  5          THE COURT:  THAT'S WHAT I'M GOING TO ASK EVERY JUROR

11:45AM  6   WHO SITS IN THIS CASE, YOU SEE.  I THINK YOU RECOGNIZE HOW

11:45AM  7   UNFAIR IT WOULD BE TO THE PARTIES, TO BOTH SIDES, IF A JUROR

11:45AM  8   WERE SEATED IN THIS CASE AND THEY MADE A DECISION ON SOMETHING

11:46AM  9   THAT THAT THEY HEARD OUTSIDE, SOMETHING THEIR UNCLE CHARLIE

11:46AM  10  TOLD THEM, SOMETHING THAT THEY READ, SOMETHING THAT SOMEONE

11:46AM  11  ELSE TOLD THEM THAT WAS OUTSIDE OF THIS COURTROOM WHERE THE

11:46AM  12  LAWYERS DIDN'T HAVE A CHANCE TO TEST, TEST THE EVIDENCE, WHERE

11:46AM  13  I DIDN'T HAVE A CHANCE TO RULE ON ITS ADMISSIBILITY OR NOT.

11:46AM  14      YOU SEE, THERE'S AN INHERENT UNFAIRNESS IN THAT, AND THAT

11:46AM  15  IS WHAT IS SO IMPORTANT AND PRECIOUS ABOUT OUR TRIAL SYSTEM.

11:46AM  16      THE TRIAL PROCESS TESTS THE EVIDENCE, THESE LAWYERS HAVE

11:46AM  17  THE OPPORTUNITY TO ASK QUESTIONS, AND I, AS THE JUDGE, HAVE THE

11:46AM  18  OPPORTUNITY TO RULE ON WHETHER OR NOT SOMETHING IS ADMISSIBLE,

11:46AM  19  SOMETHING SHOULD COME IN, SOMETHING SHOULD NOT COME IN, HOW

11:46AM  20  MUCH, HOW LITTLE.

11:46AM  21      THOSE ARE THE TYPES OF THINGS THAT THE TRIAL PROCESS USES

11:46AM  22  TO BENEFIT THE JURY FOR THEIR DELIBERATIONS.

11:46AM  23      I CAN'T BE OUTSIDE AND MAKE -- RULE ON AN OBJECTION IN A

11:46AM  24  PARKING LOT OR IN A RESTAURANT.  THESE LAWYERS CAN'T BE THERE

11:47AM  25  TO CHALLENGE WHATEVER IS SAID OR HEARD.

11:47AM 1        THAT'S WHY, IN THE SANCTITY OF THIS COURTROOM, THE

11:47AM 2    EVIDENCE THAT IS DEVELOPED HERE IS THE UNIVERSE OF KNOWLEDGE --

11:47AM 3    I'VE USED THAT PHRASE -- THE UNIVERSE OF KNOWLEDGE THAT THE

11:47AM 4    JURY WILL USE TO MAKE THEIR DECISION, NOT ANYTHING OUTSIDE.

11:47AM 5        DO YOU UNDERSTAND THAT CONCEPT?

11:47AM 6            PROSPECTIVE JUROR:  YES.

11:47AM 7            THE COURT:  AND DO YOU HAVE ANY QUARREL WITH THAT

11:47AM 8    CONCEPT?

11:47AM 9            PROSPECTIVE JUROR:  NO.

11:47AM 10           THE COURT:  OKAY.  THANK YOU.

11:47AM 11       THANK YOU, JUROR NUMBER 165.  THANK YOU FOR LETTING ME USE

11:47AM 12   YOU AS A TOOL TO MAKE THAT EXPLANATION FOR YOUR COLLEAGUES.

11:47AM 13       WHO IS NEXT?  WHO HAS THE MICROPHONE?

11:47AM 14           PROSPECTIVE JUROR:  I'M 180.

11:47AM 15           THE COURT:  WHERE ARE YOU?  MY GOODNESS.

11:47AM 16           PROSPECTIVE JUROR:  I CAN STAND UP.

11:47AM 17           THE COURT:  OH, NO, I SEE YOU.  PARDON ME.

11:47AM 18           PROSPECTIVE JUROR:  I WOULD SAY THAT I FOLLOWED THE

11:47AM 19   PREVIOUS CASE.

11:47AM 20           THE COURT:  OKAY.

11:47AM 21           PROSPECTIVE JUROR:  I HAVEN'T SOUGHT OUT

11:47AM 22   INFORMATION, BUT I'VE TEXTED FAMILY, FRIENDS, COWORKERS,

11:48AM 23   ARTICLES.

11:48AM 24           THE COURT:  OH, YOU'VE SHARED ARTICLES?

11:48AM 25           PROSPECTIVE JUROR:  YES.

11:48AM 1            THE COURT:  YOU'VE SHARED OR SENT ARTICLES TO

11:48AM 2      OTHERS?

11:48AM 3            PROSPECTIVE JUROR:  OR RECEIVED THEM.  I DON'T

11:48AM 4      REMEMBER.

11:48AM 5            THE COURT:  I SEE.

11:48AM 6            PROSPECTIVE JUROR:  I'VE WATCHED THE HBO DOCUMENTARY

11:48AM 7      MAYBE A YEAR AGO --

11:48AM 8            THE COURT:  OKAY.

11:48AM 9            PROSPECTIVE JUROR:  -- WHENEVER THAT CAME OUT.  I'VE

11:48AM 10     WATCHED CNBC.

11:48AM 11           THE COURT:  OKAY.

11:48AM 12           PROSPECTIVE JUROR:  I THINK THERE WAS A SHORT

11:48AM 13     DOCUMENT AROUND THERE.

11:48AM 14        AND I'VE WATCHED THE HULU TRAILER.

11:48AM 15           THE COURT:  OKAY.

11:48AM 16           PROSPECTIVE JUROR:  SINCE I FILLED OUT THE

11:48AM 17     QUESTIONNAIRE AND SINCE I WAS SUMMONED, I HAVE NOT LOOKED AT

11:48AM 18     ANYTHING ON PURPOSE, BUT --

11:48AM 19           THE COURT:  OKAY.  WELL, THANK YOU.  THANK YOU FOR

11:48AM 20     THAT.

11:48AM 21        SO THE FIRST THING YOU SAID WAS THAT I FOLLOWED THE CASE.

11:48AM 22     IS THAT --

11:48AM 23           PROSPECTIVE JUROR:  YEAH.  SO WHEN THE VERDICT CAME

11:48AM 24     OUT --

11:48AM 25           THE COURT:  I'M NOT GOING TO ASK YOU WHAT YOU

| 11:48AM | 1 | FOLLOWED. |
| 11:48AM | 2 | PROSPECTIVE JUROR:  YEAH, UH-HUH. |
| 11:48AM | 3 | THE COURT:  AND SO YOU FOLLOWED THE CASE? |
| 11:48AM | 4 | PROSPECTIVE JUROR:  YES. |
| 11:48AM | 5 | THE COURT:  SO YOU HAD INTEREST IN THE CASE? |
| 11:48AM | 6 | PROSPECTIVE JUROR:  UH-HUH, YOU COULD SAY THAT, YEP. |
| 11:48AM | 7 | THE COURT:  RIGHT.  OKAY. |
| 11:48AM | 8 | SO LET ME ASK YOU THAT QUESTION THEN.  BASED ON YOUR |
| 11:49AM | 9 | UNIVERSE OF KNOWLEDGE, DO YOU THINK THAT YOU COULD BE A FAIR |
| 11:49AM | 10 | AND IMPARTIAL JUROR TO BOTH SIDES HERE? |
| 11:49AM | 11 | PROSPECTIVE JUROR:  I DON'T THINK SO. |
| 11:49AM | 12 | THE COURT:  RIGHT.  OKAY. |
| 11:49AM | 13 | PROSPECTIVE JUROR:  I'VE SERVED ON A JURY BEFORE. |
| 11:49AM | 14 | THE COURT:  UH-HUH. |
| 11:49AM | 15 | PROSPECTIVE JUROR:  AND KNOWING HOW I FELT GOING |
| 11:49AM | 16 | INTO THAT CASE -- |
| 11:49AM | 17 | THE COURT:  UH-HUH. |
| 11:49AM | 18 | PROSPECTIVE JUROR:  -- COMPLETELY UNBIASSED AND NO |
| 11:49AM | 19 | EXPOSURE -- |
| 11:49AM | 20 | THE COURT:  SURE. |
| 11:49AM | 21 | PROSPECTIVE JUROR:  -- I DON'T FEEL THAT WAY GOING |
| 11:49AM | 22 | INTO THIS. |
| 11:49AM | 23 | THE COURT:  I SEE.  YOU HEARD ME TALK TO OTHERS AND |
| 11:49AM | 24 | YOU HEARD ME SAY THIS SEARCH IS A SEARCH FOR FAIR AND IMPARTIAL |
| 11:49AM | 25 | JURORS, AND PART OF THAT IS -- IT'S NOT A PERSONAL DECISION |

11:49AM  1      LIKE THIS IS A BAD PERSON, THIS IS A GOOD PERSON.  IT'S NOT

11:49AM  2      THAT.

11:49AM  3          REALLY THE SEARCH IS, IS THIS THE RIGHT CASE FOR THIS

11:49AM  4      PARTICULAR JUROR?  THAT'S REALLY WHAT WE'RE LOOKING AT.

11:49AM  5          WHAT I HEAR YOU SAYING, JUROR NUMBER 180, IS THAT BASED ON

11:49AM  6      YOUR UNIVERSE OF KNOWLEDGE, THIS MIGHT NOT BE THE RIGHT CASE

11:49AM  7      FOR YOU.

11:49AM  8              PROSPECTIVE JUROR:  YES.

11:49AM  9              THE COURT:  IS THAT A FAIR ASSESSMENT?

11:49AM 10              PROSPECTIVE JUROR:  YES.

11:49AM 11              THE COURT:  THANK YOU.  I APPRECIATE YOUR CANDOR.

11:50AM 12      THANK YOU.

11:50AM 13              PROSPECTIVE JUROR:  THANK YOU.

11:50AM 14              THE COURT:  YOU'RE WELCOME.

11:50AM 15          HELLO.  THANK YOU.  GOOD MORNING.  I THINK IT'S WORKING.

11:50AM 16      I THINK WE HEARD YOU.

11:50AM 17              PROSPECTIVE JUROR:  OH, YOU HEARD IT?

11:50AM 18              THE COURT:  YES.

11:50AM 19              PROSPECTIVE JUROR:  174.  I HAVE BEEN A BIT REMOVED

11:50AM 20      FROM THE NEWS FOR A WHILE SO I HAVEN'T HEARD ANYTHING IN THAT,

11:50AM 21      BUT I HAVE OVERHEARD FAMILY MEMBERS THAT I HAVE HEARD TALKING

11:50AM 22      ABOUT IT AND THEY ARE --

11:50AM 23              THE COURT:  THEY HAVE OPINIONS?

11:50AM 24              PROSPECTIVE JUROR:  THEY HAVE OPINIONS AND

11:50AM 25      THEY'RE --

11:50AM 1          THE COURT:  I DON'T NEED TO KNOW WHAT THEIR OPINIONS

11:50AM 2    ARE.

11:50AM 3          PROSPECTIVE JUROR:  JUST THE RELATION THAT THEY HAVE

11:50AM 4    TO THE SIMILAR INDUSTRY IS KIND OF SOMETHING THAT SWAYS ME AND

11:50AM 5    THEIR EXPERTISE IN THAT.

11:50AM 6          THE COURT:  I SEE.

11:50AM 7      AND YOU'VE TALKED WITH YOUR FAMILY MEMBERS AND THEY HAVE

11:50AM 8    KNOWLEDGE ABOUT THE CASE AND THEY'VE SHARED THEIR THOUGHTS WITH

11:50AM 9    YOU?

11:50AM 10          PROSPECTIVE JUROR:  YES.

11:50AM 11          THE COURT:  OKAY.  AND HAVE THOSE CONVERSATIONS, DO

11:51AM 12   YOU THINK, AFFECTED YOUR ABILITY TO BE FAIR AND IMPARTIAL TO

11:51AM 13   BOTH SIDES HERE?

11:51AM 14          PROSPECTIVE JUROR:  SOMEWHAT, YEAH.

11:51AM 15          THE COURT:  OKAY.  YOU HEARD ME TALK TO OTHER JURORS

11:51AM 16   ABOUT WHETHER OR NOT THEY'D BE ABLE TO PUT THAT ASIDE AND BE A

11:51AM 17   FAIR AND IMPARTIAL JUROR.

11:51AM 18      IS THAT SOMETHING THAT YOU THINK YOU CAN DO?

11:51AM 19          PROSPECTIVE JUROR:  I'M NOT CONFIDENT THAT I COULD.

11:51AM 20          THE COURT:  OKAY.  YOU'RE NOT CONFIDENT THAT YOU

11:51AM 21   COULD?

11:51AM 22          PROSPECTIVE JUROR:  YEAH.

11:51AM 23          THE COURT:  OKAY.  AND I APPRECIATE YOUR CANDOR.

11:51AM 24   THANK YOU.

11:51AM 25      AND THAT'S BASED ON THE NATURE, THE QUALITY OF THE

```
11:51AM   1    CONVERSATIONS THAT YOU'VE HAD WITH FAMILY MEMBERS ABOUT THE

11:51AM   2    INDUSTRY I THINK YOU SAID IN THIS CASE?

11:51AM   3              PROSPECTIVE JUROR:  YES.

11:51AM   4              THE COURT:  OKAY.  ANYTHING ELSE YOU WOULD LIKE ME

11:51AM   5    TO KNOW?

11:51AM   6              PROSPECTIVE JUROR:  NO.

11:51AM   7              THE COURT:  OKAY.  THANK YOU.

11:51AM   8         AND THEN WE'LL GET TO THE DALLAS COWBOYS.

11:51AM   9              PROSPECTIVE JUROR:  CAN YOU HEAR ME?

11:51AM  10              THE COURT:  YES.

11:51AM  11              PROSPECTIVE JUROR:  JUROR 162.

11:51AM  12              THE COURT:  YES.

11:51AM  13              PROSPECTIVE JUROR:  I READ "THE MERCURY NEWS" EVERY

11:51AM  14    DAY, AND I DON'T LISTEN TO NPR AND I HAVE NOT WATCHED ANY OF

11:52AM  15    THE DOCUMENTARIES OR THE FICTIONALIZED EVENTS ON HULU OR

11:52AM  16    WHATNOT.

11:52AM  17         AND I DON'T WANT TO STEAL YOUR THUNDER, YOUR HONOR, BUT I

11:52AM  18    FEEL LIKE I COULD BE A FAIR AND IMPARTIAL JUROR.

11:52AM  19              THE COURT:  YOU WATCH -- YOU READ "THE MERCURY

11:52AM  20    NEWS"?

11:52AM  21              PROSPECTIVE JUROR:  EVERY DAY.

11:52AM  22              THE COURT:  OKAY.  IS THAT ONLINE OR DO YOU GET HARD

11:52AM  23    COPY OR BOTH?

11:52AM  24              PROSPECTIVE JUROR:  IT DEPENDS WHERE I'M AT.  IF I'M

11:52AM  25    HOME, I'LL READ THE HARD COPY.  BUT WHEN I'M AT MY MOTHER'S,
```

11:52AM 1      I'LL READ IT ON MY PHONE.

11:52AM 2              THE COURT:  I DON'T THINK THEY DELIVER -- I USED TO

11:52AM 3      BE A DELIVERY --

11:52AM 4              PROSPECTIVE JUROR:  NOT IN OREGON THEY DON'T.

11:52AM 5              THE COURT:  I USED TO BE A PAPER BOY FOR "THE

11:52AM 6      MERCURY NEWS" 100 YEARS AGO AND WE USED TO DELIVER IT TO

11:52AM 7      DOORSTEPS AND STOOPS, AND I DOUBT -- I DON'T THINK I WOULD HAVE

11:52AM 8      A PAPER ROUTE THAT WOULD CAUSE ME TO RIDE MY SCHWINN TO OREGON.

11:52AM 9      I DON'T THINK I'VE DELIVERED THERE.

11:52AM 10         BUT NOW IT'S ONLINE, ISN'T IT?

11:52AM 11             PROSPECTIVE JUROR:  YEAH.

11:52AM 12             THE COURT:  SO THERE YOU GO.

11:53AM 13         SO DID YOU WATCH ANY OF THE PROGRAMS, ANYTHING THAT YOU

11:53AM 14     HEARD YOUR COLLEAGUES MENTION?

11:53AM 15             PROSPECTIVE JUROR:  NO, SIR.

11:53AM 16             THE COURT:  JUST WHAT YOU MENTIONED, THE PAPER?

11:53AM 17             PROSPECTIVE JUROR:  CORRECT.

11:53AM 18             THE COURT:  THANKS FOR STEALING MY THUNDER, SUCH

11:53AM 19     THAT IT IS.

11:53AM 20         CAN YOU BE FAIR TO MR. BALWANI?

11:53AM 21             PROSPECTIVE JUROR:  YES, SIR.

11:53AM 22             THE COURT:  DO YOU HAVE ANY PROBLEM PRESUMING HIM TO

11:53AM 23     BE INNOCENT AS HE SITS IN THIS COURTROOM RIGHT NOW?

11:53AM 24             PROSPECTIVE JUROR:  NO.

11:53AM 25             THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

11:53AM  1                   PROSPECTIVE JUROR:  YES.

11:53AM  2                   THE COURT:  ANY DOUBT ABOUT THAT?

11:53AM  3                   PROSPECTIVE JUROR:  NO.

11:53AM  4                   THE COURT:  WILL YOU -- IF YOU'RE SELECTED AS A

11:53AM  5        JUROR IN THIS CASE, WILL YOU LISTEN ATTENTIVELY, OBJECTIVELY TO

11:53AM  6        THE EVIDENCE IN THIS CASE, NOT MAKE ANY DECISION ON THE CASE

11:53AM  7        UNTIL YOU HAVE BEEN ASSIGNED TO THE JURY ROOM TO BEGIN YOUR

11:53AM  8        DELIBERATIONS?  CAN YOU DO THAT?

11:53AM  9                   PROSPECTIVE JUROR:  I BELIEVE I CAN.

11:53AM 10                   THE COURT:  ANY DOUBT ABOUT THAT?

11:53AM 11                   PROSPECTIVE JUROR:  NO.

11:53AM 12                   THE COURT:  ANY OTHER ANSWERS TO THIS QUESTION?

11:53AM 13           I SEE NO HANDS.

11:53AM 14           WHY DON'T WE TAKE A -- LET'S TAKE A TEN MINUTE BREAK HERE

11:54AM 15        AND WE'LL COME BACK IN ABOUT TEN MINUTES.

11:54AM 16           GIVE ME JUST A SECOND.

11:54AM 17           SO THERE WAS ANOTHER HAND.  I'M SORRY, I DIDN'T SEE IT.

11:54AM 18           I THINK WE'VE EXHAUSTED --

11:54AM 19           I DON'T THINK THAT'S ON.

11:54AM 20                   PROSPECTIVE JUROR:  JUROR 133.

11:54AM 21           I THINK I MENTIONED I WANTED TO TALK TO YOU AFTERWARDS.

11:54AM 22                   THE COURT:  YES.

11:54AM 23                   PROSPECTIVE JUROR:  BUT AFTER I LISTENED TO WHAT THE

11:54AM 24        OTHER JURORS SAID, I'M PRETTY SURE WHAT I READ WAS ON THE

11:54AM 25        ELIZABETH HOLMES CASE.

```
11:54AM   1                      THE COURT:  YES.

11:54AM   2                      PROSPECTIVE JUROR:  SO I WANTED TO GIVE YOU

11:54AM   3    INFORMATION TO GET YOU TO TELL ME IF THAT WAS THAT CASE I READ

11:54AM   4    ABOUT, BUT I'M PRETTY SURE IT WAS.

11:54AM   5                      THE COURT:  OKAY.  SO YOU READ SOMETHING ABOUT

11:54AM   6    ELIZABETH HOLMES?

11:54AM   7                      PROSPECTIVE JUROR:  YES.

11:54AM   8                      THE COURT:  OKAY.  WELL, LET ME ASK YOU THE SAME

11:54AM   9    QUESTION, NOT WHAT YOU READ, BUT JUST BASED ON WHAT YOU READ,

11:54AM  10    IF YOU HAVE ANY RECOLLECTION ABOUT IT, NOW THAT YOU REMEMBER

11:55AM  11    THAT, WAS THERE ANYTHING ABOUT THAT --

11:55AM  12                      PROSPECTIVE JUROR:  I THINK THERE WAS INFORMATION

11:55AM  13    ABOUT --

11:55AM  14                      THE COURT:  YOU DON'T HAVE TO TELL ME WHAT IT WAS.

11:55AM  15                      PROSPECTIVE JUROR:  VERY VAGUELY.

11:55AM  16                      THE COURT:  RIGHT.  MY QUESTION IS, NOW THAT YOU'VE

11:55AM  17    REMEMBERED WHAT YOU'VE READ, IS THERE ANYTHING ABOUT THAT THAT

11:55AM  18    YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR TO BOTH SIDES

11:55AM  19    HERE?

11:55AM  20                      PROSPECTIVE JUROR:  I DON'T THINK SO.

11:55AM  21                      THE COURT:  OKAY.  WELL, YOU DON'T THINK IT WILL?

11:55AM  22                      PROSPECTIVE JUROR:  I DON'T THINK SO.  I DO NOT

11:55AM  23    THINK SO.

11:55AM  24                      THE COURT:  OKAY.  CAN YOU BE FAIR TO MR. BALWANI?

11:55AM  25                      PROSPECTIVE JUROR:  YES.
```

11:55AM 1             THE COURT:  DO YOU HAVE ANY PROBLEM PRESUMING HIM TO

11:55AM 2 BE INNOCENT AS HE SITS IN THE COURTROOM TODAY?

11:55AM 3             PROSPECTIVE JUROR:  NO.

11:55AM 4             THE COURT:  ANY PROBLEM WITH THAT AT ALL?

11:55AM 5             PROSPECTIVE JUROR:  NO.

11:55AM 6             THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

11:55AM 7             PROSPECTIVE JUROR:  YES.

11:55AM 8             THE COURT:  OKAY.  THANK YOU.

11:55AM 9       LET'S -- ALL RIGHT.  LET'S TAKE ABOUT A 20 MINUTE BREAK,

11:56AM 10 LADIES AND GENTLEMEN.

11:56AM 11       HOWEVER, I'M GOING TO -- I DO WANT TO -- I KNOW WE HAD

11:56AM 12 SOME JURORS WHO WANTED TO TALK.  I THINK 111 WANTED TO MENTION

11:56AM 13 SOMETHING.  MAYBE 111 CAN REMAIN.

11:56AM 14       I THINK JUROR 174.  DID JUROR 174 EXPRESS AN INTEREST TO

11:56AM 15 SPEAK PRIVATELY?

11:56AM 16             PROSPECTIVE JUROR:  NO.

11:56AM 17             THE COURT:  NO.  OKAY.  SORRY.  I'M NOT READING MY

11:57AM 18 NOTES CORRECTLY.  THANK YOU.

11:57AM 19       ALL RIGHT.  LET'S DO THAT.

11:57AM 20       JUROR NUMBER 111, WOULD YOU REMAIN, PLEASE?

11:57AM 21             PROSPECTIVE JUROR:  COULD I USE THE RESTROOM FOR A

11:57AM 22 MINUTE?

11:57AM 23             THE COURT:  LET'S DO THAT.  SORRY.  I SEE A COUPLE

11:57AM 24 OF HANDS.

11:57AM 25       LET'S GET A MIKE TO THEM.

11:57AM  1              THE CLERK:  SURE.  IT'S RIGHT THERE.

11:57AM  2              THE COURT:  OKAY.  GREAT.

11:57AM  3              PROSPECTIVE JUROR:  EXCUSE ME, YOUR HONOR.

11:57AM  4              THE COURT:  WHAT NUMBER ARE YOU, SIR?

11:57AM  5              PROSPECTIVE JUROR:  I HAVE NUMBER 152.

11:57AM  6              THE COURT:  YES.

11:57AM  7              PROSPECTIVE JUROR:  AND BEFORE YOU TAKE A BREAK, I

11:57AM  8     WANT TO ASK YOU SOMETHING.

11:57AM  9              THE COURT:  YES, SIR.

11:57AM  10         SIR, JUST A SECOND.  JUST A MOMENT.

11:57AM  11         I'D LIKE YOU TO STAY, PLEASE.  OKAY?  AND THEN I'M GOING

11:57AM  12     TO TALK TO YOU PRIVATELY.

11:57AM  13              PROSPECTIVE JUROR:  BUT I DON'T HAVE A LOT OF TIME.

11:57AM  14              THE COURT:  I UNDERSTAND, AND THE SOONER WE BREAK,

11:57AM  15     THE SOONER I CAN TALK WITH YOU.  OKAY?

11:57AM  16              PROSPECTIVE JUROR:  OKAY.

11:57AM  17              THE COURT:  SO WE'LL TAKE A 20 MINUTE BREAK, FOLKS.

11:57AM  18         IF 111 AND 152 WOULD PLEASE STAY.  THANK YOU.

11:58AM  19         (PROSPECTIVE JURY OUT AT 11:58 A.M.)

11:58AM  20         (PROSPECTIVE JURORS 111 AND 152 PRESENT.)

11:58AM  21              THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT

11:59AM  22     THAT OUR PROSPECTIVE PANEL HAS LEFT THE COURTROOM.  JUROR 152

11:59AM  23     REMAINS.

11:59AM  24         THANK YOU, SIR.  THANK YOU FOR COMING BACK.

11:59AM  25         IS THE MICROPHONE BACK THERE?

11:59AM 1          OH, SHE TOOK IT WITH HER.

11:59AM 2          THANK YOU, MADDI.

11:59AM 3          ALL RIGHT, SIR.  JUROR 152 IS PRESENT.  AND WHAT IS IT YOU

11:59AM 4   WOULD LIKE -- YOU CAN COME FORWARD, SIR, IF YOU WOULD LIKE.

11:59AM 5               PROSPECTIVE JUROR:  I HAVE A QUESTION, BECAUSE I

11:59AM 6   HAVE A CHILD, AND EVERY DAY I HAVE TO PICK HER UP AND TAKE HER

11:59AM 7   HOME EVERY DAY, PLUS I HAVE TO SEND HER TO -- WHAT DO YOU CALL

11:59AM 8   IT? -- TUTORING SCHOOL.

11:59AM 9          BUT RIGHT NOW YOU CALL ME TO THE JURY.

12:00PM 10              THE COURT:  YES.

12:00PM 11              PROSPECTIVE JUROR:  SO IF I DON'T SERVE, THEN I HAVE

12:00PM 12  TO GO TO JAIL, RIGHT?  IF I DON'T PICK UP MY KIDS, I'M STILL

12:00PM 13  GOING TO JAIL.

12:00PM 14         SO RIGHT NOW I'M ASKING YOUR HONOR TO HELP ME OUT.

12:00PM 15              THE COURT:  WELL, SIR --

12:00PM 16              PROSPECTIVE JUROR:  GIVE ME AN EXCUSE SO I CAN TAKE

12:00PM 17  CARE OF MY FAMILY.

12:00PM 18              THE COURT:  YES.  SIR, FIRST OF ALL, NO ONE IS GOING

12:00PM 19  TO JAIL.  YOU'RE NOT GOING TO JAIL.

12:00PM 20         YOU PICK UP YOUR CHILD AT 3:00 O'CLOCK?

12:00PM 21              PROSPECTIVE JUROR:  RIGHT NOW, BECAUSE IT'S THE

12:00PM 22  PARENT'S MEETINGS, RIGHT NOW THE SCHOOL IS COMING OUT AT

12:00PM 23  1:00 O'CLOCK.  BUT NORMALLY SHE COMES OUT BY 2:00 O'CLOCK.

12:00PM 24              THE COURT:  I SEE.  SO 1:00 O'CLOCK YOU HAVE TO PICK

12:00PM 25  YOUR CHILD UP?

12:00PM  1     PROSPECTIVE JUROR:  YES.

12:00PM  2     THE COURT:  AND IS THAT IN SAN JOSE?

12:00PM  3     PROSPECTIVE JUROR:  YES, AT SAN JOSE.  SHE'S

12:00PM  4 STARTING AT QUINCY PARK ELEMENTARY SCHOOL.

12:00PM  5     THE COURT:  QUINCY PARK.  GREAT.

12:00PM  6     PROSPECTIVE JUROR:  I WROTE IN THE PAPER LAST WEEK

12:00PM  7 AND LAST FRIDAY, BUT YOU STILL PICKED ME OUT AND THE SAME

12:01PM  8 THING.

12:01PM  9   SO I DON'T KNOW WHAT I'M GOING TO DO RIGHT NOW.  I HAVE NO

12:01PM 10 MIND TO CONCENTRATE ON THE JURY.

12:01PM 11     THE COURT:  WELL, LET ME TELL YOU, I, I -- YOU KNOW,

12:01PM 12 I APOLOGIZE FOR DISRUPTING YOU AND CAUSING YOU SOME CONCERN

12:01PM 13 THIS MORNING.

12:01PM 14   I WANT TO SAY THAT IT'S A PLEASURE MEETING YOU, AND THESE

12:01PM 15 LAWYERS WERE PLEASED TO MEET YOU AND HEAR FROM YOU TODAY, SIR.

12:01PM 16   I'M GOING TO EXCUSE YOU.

12:01PM 17     PROSPECTIVE JUROR:  OKAY.  I APPRECIATE YOUR HELP,

12:01PM 18 SIR.

12:01PM 19     THE COURT:  WELL, THANK YOU FOR COMING TO COURT.  I

12:01PM 20 APPRECIATE YOU COMING TO COURT AND ANSWERING YOUR SUMMONS.

12:01PM 21 THAT'S THE IMPORTANT THING TO DO.

12:01PM 22   YOU KNOW, I'M TOLD WE SENT ONE OF THESE SUMMONS OUT TO A

12:01PM 23 LAWYER AND SHE DID NOT SHOW UP IN COURT.  SHE DIDN'T ANSWER HER

12:01PM 24 SUMMONS.  SO I SEE WHAT WE'RE -- WE'LL HAVE TO SEE WHAT WE'RE

12:01PM 25 GOING TO DO ABOUT THAT.

12:01PM 1          BUT YOU ARE EXCUSED, SIR.  BEST WISHES FOR YOU AND YOUR

12:01PM 2     CHILD.

12:01PM 3               PROSPECTIVE JUROR:  THANK YOU VERY MUCH, SIR.

12:02PM 4               THE COURT:  YOU'RE WELCOME.  YOU'RE WELCOME.

12:02PM 5               PROSPECTIVE JUROR:  I WISH IN THE FUTURE IF I HAVE A

12:02PM 6     CHANCE, I WILL SERVE FOR YOU AGAIN.

12:02PM 7               THE COURT:  I APPRECIATE THAT.

12:02PM 8               PROSPECTIVE JUROR:  THANK YOU VERY MUCH, SIR.

12:02PM 9        HAVE A GOOD DAY, EVERYBODY.

12:02PM 10              THE COURT:  THANK YOU.

12:02PM 11       SO 152 IS EXCUSED FOR HARDSHIP.

12:02PM 12       AND JUROR 111 IS WITH US.  WE'RE OUTSIDE OF THE PRESENCE

12:02PM 13    OF PANEL MEMBERS.

12:02PM 14       SIR, WE'RE IN PRIVATE.  WHAT IS IT YOU WOULD LIKE US TO

12:02PM 15    KNOW?

12:02PM 16              PROSPECTIVE JUROR:  SO, YOUR HONOR, WHEN YOU ASKED

12:02PM 17    ABOUT WHETHER OR NOT I'LL BE ABLE TO BE FAIR --

12:02PM 18              THE COURT:  YES.

12:02PM 19              PROSPECTIVE JUROR:  -- AND THAT REMINDED ME OF A

12:02PM 20    PERSONAL ENCOUNTER I'VE HAD.

12:02PM 21       SOMEWHERE IN NOVEMBER OF -- WAS IT 2020?  I WENT TO A

12:03PM 22    NIGHT BRISK WALK AND I HAD A FEELING I NEVER HAD BEFORE IN MY

12:03PM 23    CHEST, SO I TEXTED MY DOCTOR.  IT LASTED FOR ABOUT FIVE MINUTES

12:03PM 24    AND IT WENT AWAY AND I HADN'T HAD THAT BEFORE, SO I TEXTED MY

12:03PM 25    DOCTOR WHO I HAVE A VERY GOOD RELATIONSHIP WITH.

12:03PM   1          AND HE SAID, WHY DON'T YOU COME IN AND WE'LL DO SOME

12:03PM   2    TESTS?

12:03PM   3          AND I SAID OKAY.

12:03PM   4          SO ACTUALLY I WAS ON MY WAY TO WORK AND SO I TURNED AROUND

12:03PM   5    AND I WENT BACK TO -- SORRY.  I WENT BACK TO SEE HER.

12:03PM   6          SO THEY DID SOME TESTS AND EKG AND EVERYTHING AND IT ALL

12:03PM   7    CAME BACK NORMAL.

12:03PM   8          SHE SAID, LET'S DO A BLOOD TEST.

12:03PM   9          THEY DID A BLOOD TEST AND THEY FOUND A PROTEIN CALLED

12:03PM  10    TROPONIN, T-R-O-P-O-N-I-N, IN MY BLOOD.  OKAY.

12:04PM  11          SO AT THAT TIME, BEFORE THE RESULTS CAME IN, I DID THE

12:04PM  12    TEST AND I WENT HOME, AND SO I WAS JUST ABOUT TO GET SOMETHING

12:04PM  13    TO EAT, YOU KNOW, SHE CALLED AND SAID, OKAY, WHAT ARE YOU DOING

12:04PM  14    NOW?

12:04PM  15          AND I SAID, I'M ABOUT TO EAT.

12:04PM  16          SHE SAID, NO, DON'T EAT.  GO TO THE ER RIGHT NOW.

12:04PM  17          SO I SAID, OKAY.

12:04PM  18          DON'T DRIVE YOURSELF.

12:04PM  19          SO I ENDED UP AT THE ER AND THEY SAID THEY HAD TO DO SOME

12:04PM  20    MORE TESTS.

12:04PM  21          SO TO MAKE A LONG STORY SHORT, I ENDED UP ON THE TABLE FOR

12:04PM  22    OPEN HEART SURGERY.

12:04PM  23          SO, YOU KNOW, WHEN -- AFTER I FILLED OUT THE FORM, THIS

12:04PM  24    FORM, THE QUESTIONNAIRE, AND THAT REMINDED ME OF THE -- THIS

12:04PM  25    COMPANY, I COULDN'T HELP BUT THINK THAT, GOSH, YOU KNOW, WHAT

IF THAT BLOOD TEST WAS DONE THAT THE RESULTS CAME OUT LIKE THAT

AND IT WASN'T RIGHT, OR THEY COULDN'T FIND THAT?

AND I FIND THAT TROPONIN IN MY BLOOD GAVE ME A SECOND

CHANCE.

SO THAT'S WHY WHEN YOU ASKED ME, I HESITATED A LITTLE BIT.

SO THAT'S WHAT I HAD WANTED TO LET YOU KNOW.

THE COURT:  I SEE.  THANK YOU.  THANK YOU, AND

I'M -- WE'RE ALL HAPPY TO SEE YOU AND WE'RE GRATEFUL THAT

YOU'RE HERE.

PROSPECTIVE JUROR:  YES.

THE COURT:  LET ME ASK YOU, SIR, YOU MENTIONED,

BASED ON PERSONAL EXPERIENCE AND YOUR KNOWLEDGE, YOU HAVE SOME

OTHER KNOWLEDGE ABOUT THE CASE, I'LL CALL IT THAT.  AM I TO

HEAR FROM YOU, SIR, THAT YOU HAVE SOME -- BECAUSE OF YOUR

PERSONAL CIRCUMSTANCES AND THE FACTS, AT LEAST AS YOU KNOW THEM

BASED ON WHAT YOU'VE READ, ARE YOU TELLING ME YOU THINK IT

WOULD BE DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL TO THE

DEFENSE IN THIS CASE?

PROSPECTIVE JUROR:  THAT'S WHAT I'M NOT SURE ABOUT.

I'M NOT SURE ABOUT THAT.

THE COURT:  UH-HUH.

PROSPECTIVE JUROR:  BECAUSE MY THINKING RIGHT NOW,

YOU KNOW, LOOKING AT WHAT, YOU KNOW, HAPPENED WITH THE COMPANY,

THE MACHINE -- THE INNOVATION WAS GREAT.  IT WAS GREAT.

BUT THE MACHINE IS NOT WORKING PROPERLY AND COULDN'T EVEN

12:06PM  1    ADMIT THAT, HEY, WE HAVE A PROBLEM HERE AND WE'RE RELYING ON

12:06PM  2    THIRD PARTY TO DO THE TEST.

12:06PM  3        SO THAT -- YOU KNOW, I CAN'T HELP BUT THINK THAT WHAT IF

12:06PM  4    MY, IN MY CASE, MY BLOOD SAMPLE HAD BEEN THAT WAY?  SO --

12:07PM  5             THE COURT:  OKAY.  THANK YOU.

12:07PM  6        ANY QUESTIONS, MR. SCHENK?

12:07PM  7             MR. SCHENK:  NO, YOUR HONOR.

12:07PM  8             THE COURT:  ANY QUESTIONS, MR. COOPERSMITH?

12:07PM  9             MR. COOPERSMITH:  JUST SOME, YOUR HONOR.

12:07PM 10             THE COURT:  YOU DON'T NEED TO, MR. COOPERSMITH.

12:07PM 11             MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

12:07PM 12             THE COURT:  OKAY.  THANK YOU.

12:07PM 13        ALL RIGHT.  THANK YOU VERY MUCH.  THANK YOU, SIR.  THANK

12:07PM 14    YOU FOR SHARING THAT.

12:07PM 15        IF YOU COULD JUST LEAVE YOUR -- THE SHEET THERE ON THE

12:07PM 16    SEAT.

12:07PM 17             PROSPECTIVE JUROR:  OKAY.

12:07PM 18             THE COURT:  JUST LEAVE THAT, AND WE'LL COLLECT THE

12:07PM 19    MICROPHONE.

12:07PM 20        AND IF YOU WOULD GO DOWNSTAIRS TO THE --

12:07PM 21             THE CLERK:  HE CAN WAIT IN THE HALLWAY.

12:07PM 22             THE COURT:  WELL, YOU KNOW WHAT?  I'M GOING TO

12:07PM 23    EXCUSE YOU, SIR.  YOU'RE EXCUSED.  SO YOU CAN LEAVE.  YOU DON'T

12:07PM 24    HAVE TO GO DOWNSTAIRS TO REPORT.

12:07PM 25        JUST LEAVE THAT ON THE CHAIR THERE IF YOU WOULD.

353

12:07PM  1            PROSPECTIVE JUROR:  OKAY.

12:07PM  2            THE COURT:  AND YOU CAN GO, YES.

12:07PM  3            PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.

12:07PM  4            THE COURT:  I'M GOING TO EXCUSE YOU.

12:07PM  5        NO, THANK YOU, SIR.  THANK YOU FOR COMING.

12:07PM  6            PROSPECTIVE JUROR:  I WISH IT WAS DIFFERENT

12:07PM  7    CIRCUMSTANCES, BUT IT'S A LITTLE DIFFICULT FOR ME BECAUSE OF MY

12:07PM  8    PERSONAL --

12:07PM  9            THE COURT:  OF COURSE.  IT'S A PLEASURE MEETING YOU,

12:08PM 10    SIR.

12:08PM 11            PROSPECTIVE JUROR:  THANK YOU.

12:08PM 12        (PROSPECTIVE JUROR 111 OUT.)

12:08PM 13            THE COURT:  ALL RIGHT.  PLEASE BE SEATED.

12:08PM 14        AND JUROR NUMBER 111 WAS EXCUSED BY THE COURT FOR CAUSE.

12:08PM 15        I HAVE A NOTE THAT SUGGESTS THAT JUROR NUMBER 12 WANTS TO

12:08PM 16    TALK PRIVATELY REGARDING A HARDSHIP, AND THIS JUROR IS IN THE

12:08PM 17    HALLWAY.

12:08PM 18        SO I'LL ASK THIS JUROR TO COME IN NOW, AND THEN WE'LL TAKE

12:08PM 19    OUR BREAK.

12:08PM 20        (PROSPECTIVE JUROR 12 IN.)

12:09PM 21            THE COURT:  YES.  GOOD MORNING.  THIS IS JUROR 12?

12:09PM 22            PROSPECTIVE JUROR:  YES.  GOOD MORNING.

12:09PM 23            THE COURT:  YES.

12:09PM 24            PROSPECTIVE JUROR:  I APOLOGIZE BECAUSE I GOT HOME

12:09PM 25    AROUND 3:00 A.M., SO I'M VERY SLEEPY AND TRYING TO KEEP MY EYES

12:09PM 1    OPEN.

12:09PM 2              THE COURT:  OH.

12:09PM 3              PROSPECTIVE JUROR:  BUT I WANTED TO GET AN

12:09PM 4    OPPORTUNITY TO -- FOR MY HARDSHIP, BECAUSE I WORK AS THE

12:09PM 5    EVENING SHIFT AS A HOSPITALIST, AND AT MY HOSPITAL, WE'RE

12:09PM 6    GETTING THROUGH THE TAIL END OF THE FIFTH COVID SURGE, AND MY

12:09PM 7    FELLOW COWORKERS AND I ARE VERY EXHAUSTED BECAUSE WE HAVE TO

12:09PM 8    WORK MANY EXTRA SHIFTS, AND DUE TO THE PRESENT HIGH HOSPITAL

12:10PM 9    CENSUS, AND AS WELL AS MANY COWORKERS HAVING TO TAKE LEAVE DUE

12:10PM 10   TO GETTING ILL FROM COVID.

12:10PM 11        SO MY ADDITIONAL ABSENCE FROM THIS EXTENDED TRIAL WOULD

12:10PM 12   CAUSE UNDUE HARDSHIP ON MY COWORKERS BECAUSE THEN THEY WOULD

12:10PM 13   HAVE TO COVER MY SHIFTS FOR THE NEXT THREE MONTHS.

12:10PM 14        AND IN ADDITION, IT WOULD ALSO BE A HARDSHIP FOR MYSELF

12:10PM 15   BECAUSE IF I WERE TO, YOU KNOW, OFFER TO STILL WORK MY

12:10PM 16   SCHEDULED SHIFT SINCE I WORK THE EVENING SHIFT, GETTING OFF AT

12:10PM 17   2:00 OR 3:00 A.M. AND COMING TO COURT, LIKE, EARLY MORNING, I

12:10PM 18   ONLY GET TWO TO THREE HOURS SLEEP, WHICH I WOULDN'T BE ABLE TO

12:10PM 19   FUNCTION WELL AT WORK OR AS A JUROR.

12:10PM 20             THE COURT:  YES.

12:10PM 21             PROSPECTIVE JUROR:  SECOND OF ALL, I'M ALSO STUDYING

12:10PM 22   FOR MY TWO PROFESSIONAL EXAMS, AND IF I WERE TO ACT AS A JUROR,

12:10PM 23   AS WELL AS KEEP WORKING TO SUPPORT MY COWORKERS, I WOULDN'T

12:11PM 24   HAVE ANY EXTRA TIME TO STUDY FOR MY EXAMS WHICH I WILL DO THIS

12:11PM 25   YEAR.

12:11PM 1          THE COURT:  I SEE.  ARE THOSE PROFESSIONAL

12:11PM 2     CREDENTIALS?

12:11PM 3          PROSPECTIVE JUROR:  OH, YES, THAT I'M REQUIRED TO

12:11PM 4     CONTINUE PRACTICING IN MY PROFESSION.

12:11PM 5          THE COURT:  YES.  I SEE.  OKAY.

12:11PM 6        ALL RIGHT.  THANK YOU FOR SHARING THAT.

12:11PM 7        MR. SCHENK, ANY QUESTIONS?

12:11PM 8          MR. SCHENK:  NO, YOUR HONOR.

12:11PM 9          THE COURT:  MR. COOPERSMITH?

12:11PM 10          MR. COOPERSMITH:  NO, YOUR HONOR.

12:11PM 11          THE COURT:  JUROR NUMBER 12, I'M GOING TO EXCUSE

12:11PM 12     YOU, AND THANK YOU FOR YOUR GOOD WORK IN THE COMMUNITY AND

12:11PM 13     HEALTH CARE COMMUNITY.

12:11PM 14        AND I KNOW THERE HAVE BEEN SEVERE CHALLENGES THE LAST TWO

12:11PM 15     YEARS, AND YOU AND YOUR COLLEAGUES' EFFORTS HAVE HELPED AND

12:11PM 16     SAVED MANY LIVES, I KNOW THAT FOR A FACT.  SO WE'RE ALL

12:11PM 17     GRATEFUL FOR YOU AND YOUR COLLEAGUES' EFFORTS IN THAT REGARD.

12:11PM 18     SO THANK YOU VERY MUCH.

12:11PM 19          PROSPECTIVE JUROR:  THANK YOU.

12:11PM 20          THE COURT:  SO YOU'RE EXCUSED.  THANK YOU.

12:12PM 21        SHALL WE TAKE A BRIEF BREAK?  OKAY.  LET'S DO THAT.  THANK

12:12PM 22     YOU.

12:12PM 23          MR. COOPERSMITH:  YOUR HONOR, HOW LONG DO YOU WANT

12:12PM 24     TO TAKE A BREAK?

12:12PM 25          THE COURT:  I THINK I SAID 20 MINUTES TO THE JURY.

| | | |
|---|---|---|
| 12:12PM | 1 | WE PROBABLY HAVE ABOUT 10 LEFT, 10 OR 15 MINUTES LEFT, SO -- |
| 12:12PM | 2 | MR. COOPERSMITH:  THANK YOU. |
| 12:12PM | 3 | (RECESS FROM 12:12 P.M. UNTIL 12:33 P.M.) |
| 12:33PM | 4 | THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL |
| 12:33PM | 5 | ARE PRESENT, MR. BALWANI IS PRESENT. |
| 12:33PM | 6 | WE'RE OUTSIDE OF THE PRESENCE OF OUR PROSPECTIVE JURORS. |
| 12:33PM | 7 | COUNSEL, I WANTED TO TALK ABOUT A COUPLE OF OTHER JURORS |
| 12:33PM | 8 | BEFORE WE BRING THE PANEL IN. |
| 12:33PM | 9 | 176 IS THE JUROR WHO WAS STANDING IN THE BACK OF THE |
| 12:33PM | 10 | COURTROOM IF YOU'LL RECALL, AND SHE WAS THE ONE WHO EXPRESSED |
| 12:33PM | 11 | THE NEED TO STAND. |
| 12:33PM | 12 | MY THOUGHT WAS TO EXCUSE HER FOR HARDSHIP, BUT I'M HAPPY |
| 12:33PM | 13 | TO HEAR FROM YOU. |
| 12:34PM | 14 | MR. SCHENK. |
| 12:34PM | 15 | MR. SCHENK:  YES, THANK YOU, YOUR HONOR. |
| 12:34PM | 16 | NO OBJECTION FROM THE GOVERNMENT. |
| 12:34PM | 17 | MR. COOPERSMITH:  NO OBJECTION FROM THE DEFENSE, |
| 12:34PM | 18 | YOUR HONOR. |
| 12:34PM | 19 | THE COURT:  ALL RIGHT.  THANK YOU.  176 WILL BE |
| 12:34PM | 20 | EXCUSED FOR HARDSHIP. |
| 12:34PM | 21 | LET ME ASK YOU ABOUT 135.  THIS WAS THE GENTLEMAN WHO |
| 12:34PM | 22 | EXPRESSED A CONCERN ABOUT A THYROID CONDITION, AND I THINK HE |
| 12:34PM | 23 | HAS MRI'S OR OTHER TESTING. |
| 12:34PM | 24 | WHAT ARE YOUR THOUGHTS ABOUT THIS PERSON?  I THOUGHT TO |
| 12:34PM | 25 | EXCUSE HIM BECAUSE OF HARDSHIP. |

| | | |
|---|---|---|
| 12:34PM | 1 | MR. SCHENK:  YES, YOUR HONOR, WE AGREE. |
| 12:34PM | 2 | MR. COOPERSMITH:  WE AGREE AS WELL, YOUR HONOR. |
| 12:34PM | 3 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:34PM | 4 | 135 WILL BE EXCUSED. |
| 12:34PM | 5 | MAY I DRAW YOUR ATTENTION TO 180. |
| 12:34PM | 6 | I DO SO, AS YOU RECALL, IN THE COLLOQUY ABOUT THIS JUROR'S |
| 12:35PM | 7 | KNOWLEDGE OF THE CASE, HE TOLD US HE WATCHED HBO, CNBC, AND IN |
| 12:35PM | 8 | RESPONSE TO MY QUESTION ABOUT WHETHER HE COULD BE FAIR, HE |
| 12:35PM | 9 | SAID, "I DO NOT THINK SO." |
| 12:35PM | 10 | MR. SCHENK:  YES, YOUR HONOR.  I BELIEVE SHE -- |
| 12:35PM | 11 | THE COURT:  SHE. |
| 12:35PM | 12 | MR. SCHENK:  -- TOLD US THOSE THINGS, AND WE WOULD |
| 12:35PM | 13 | NOT OBJECT TO EXCUSING HER FOR CAUSE. |
| 12:35PM | 14 | MR. COOPERSMITH:  WE AGREE, YOUR HONOR. |
| 12:35PM | 15 | THE COURT:  ALL RIGHT.  THANK YOU.  THAT'S THE |
| 12:35PM | 16 | PROBLEM WITH USING NUMBERS. |
| 12:35PM | 17 | SHE'S EXCUSED FOR CAUSE.  THANK YOU. |
| 12:35PM | 18 | LET ME ALSO DRAW YOUR ATTENTION TO 1 -- LET ME DRAW YOUR |
| 12:36PM | 19 | ATTENTION TO 174. |
| 12:36PM | 20 | I THINK, IF I'M NOT MISTAKEN, WAS THIS THE JUROR WHO HAD |
| 12:36PM | 21 | CONVERSATIONS WITH FAMILY MEMBERS? |
| 12:36PM | 22 | AND I ASKED ABOUT FAIRNESS, AND SHE DID NOT THINK THAT SHE |
| 12:36PM | 23 | COULD BE FAIR. |
| 12:36PM | 24 | MR. SCHENK:  YES, YOUR HONOR, THAT IS CORRECT. |
| 12:36PM | 25 | SHE SAID SHE WAS NOT CONFIDENT THAT SHE COULD BE FAIR |

12:36PM 1    GIVEN THE OPINIONS THAT HAD BEEN EXPRESSED TO HER BY FAMILY

12:36PM 2    MEMBERS.

12:36PM 3             THE COURT:  RIGHT.  I'M INCLINED TO -- OVER YOUR

12:36PM 4    OBJECTIONS, MR. COOPERSMITH, I'M GOING TO STRIKE JUROR 174.

12:36PM 5             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:36PM 6             THE COURT:  NO OBJECTION, RIGHT?

12:36PM 7             MR. COOPERSMITH:  NO OBJECTION.

12:36PM 8             THE COURT:  RIGHT.  THAT'S ALL I WANTED TO DO,

12:36PM 9    BEFORE WE BROUGHT THE PANEL IN, FROM THE BENCH.

12:37PM 10            MR. COOPERSMITH:  YOUR HONOR, THERE WAS ONE OR MAYBE

12:37PM 11   TWO OTHERS THAT MIGHT BE IN THAT SAME CATEGORY IF I COULD

12:37PM 12   SUGGEST TO THE COURT.

12:37PM 13        THERE WAS NUMBER 124.  124 HESITATED BEFORE SHE SAID SHE

12:37PM 14   COULD BE FAIR.

12:37PM 15        AND THEN MY NOTES REFLECT THAT SHE SAID BEING FAIR TO

12:37PM 16   MR. BALWANI, QUOTE, "IS GOING TO BE AN ISSUE."

12:37PM 17        THAT'S WHAT SHE SAID.

12:37PM 18            MR. SCHENK:  YOUR HONOR, THE COURT ASKED IF SHE

12:37PM 19   COULD BE FAIR, AND MY NOTES -- OR MY RECOLLECTION IS THAT SHE

12:37PM 20   SAID IT DEPENDS ON THE EVIDENCE, WHICH IS ACTUALLY PRECISELY

12:37PM 21   THE ANSWER THAT WE WOULD WANT JURORS TO GIVE WHEN THEY ARE

12:38PM 22   DESCRIBING WHETHER THEY HAVE ANY PRECONCEPTION OR AN IDEA ABOUT

12:38PM 23   WHAT THE VERDICT SHOULD BE.

12:38PM 24        SHE ALSO SAID THAT SHE WILL BE FAIR.

12:38PM 25        SHE EXPRESSED SOME PRECONCEPTIONS BASED ON WORK IN HEALTH

| | |
|---|---|
| 12:38PM | 1 |

CARE, SOME OF THE, I GUESS, INDUSTRY WORK THAT SHE HAD DONE.  I
THINK SHE HAS A PH.D. IN PHARMACOLOGY AND HAS SOME BACKGROUND
IN THIS AREA.

BUT MY RECOLLECTION ALSO FROM HER QUESTIONNAIRE IS THAT IN
RESPONSE TO QUESTION 39 SHE CHECKED "NOT SURE" BUT AGAIN WROTE,
"IT DEPENDS ON THE CHARGES AND THE EVIDENCE."

SO IT SEEMS THAT SHE'S COMING TO THIS COURTROOM WITH AN
OPEN MIND AND SHE UNDERSTANDS WHAT HER BIASES ARE -- EVERYBODY
COMES TO COURT WITH BIASES -- AND THEN SHE'S SAYING, I WANT TO
SEE THE EVIDENCE AND THE CHARGES AND THEN I'LL MAKE UP MY MIND.

SO WE WOULD OPPOSE EXCUSING HER ON CAUSE GROUNDS.

MR. COOPERSMITH:  YOUR HONOR, ON THIS
QUESTIONNAIRE -- WE'RE TALKING ABOUT 124 -- SHE SAID THAT,
QUOTE, "BECAUSE OF MY TRAINING AND KNOWLEDGE OBTAINED FROM MY
PREVIOUS WORK EXPERIENCE, IT WAS VERY CLEAR TO ME ABOUT THE
INTENTION OF FRAUD."

THEN IN QUESTIONS 41 AND 42, SHE SAID SHE WATCHED THE NEWS
AND LEGAL ANALYSIS DAILY DURING THE ELIZABETH HOLMES TRIAL.

SHE SAYS SHE HAS KNOWLEDGE ABOUT BLOOD TESTS FROM HER
WORK.

AND THEN IN RESPONSE TO THE COURT'S QUESTIONS, AS I SAID,
SHE SAID BEING FAIR TO MR. BALWANI IS, QUOTE, "GOING TO BE AN
ISSUE."

I THINK THOSE SEVERAL DIFFERENT ANSWERS IN DIFFERENT SPOTS
SHOULD LEAD THE COURT TO EXCUSE HER.

```
12:39PM   1              THE COURT:  ALL RIGHT.  THANK YOU.

12:39PM   2         I DID NOTE HER RESPONSES, AND SHE DID FOLLOW THE CASE.

12:39PM   3    SHE DID SAY SHE COULD BE FAIR.  THERE WAS A PAUSE, I THINK, AS

12:40PM   4    YOU INDICATE.

12:40PM   5         THE COURT ALSO OBSERVED HER DEMEANOR WHEN RESPONDING TO

12:40PM   6    THE QUESTIONS.  THERE WERE NODS OF THE HEADS AND THOSE TYPES OF

12:40PM   7    THINGS.

12:40PM   8         I BELIEVE SHE DID RECEIVE THE COURT'S CUE ABOUT NOT

12:40PM   9    MENTIONING SPECIFICS.  I DIDN'T WANT TO HEAR ANYTHING SPECIFIC

12:40PM  10    FROM JURORS.

12:40PM  11              AND MAY I SAY, I THINK THE JURORS' RESPONSES THIS MORNING

12:40PM  12    WERE VERY DISCIPLINED IN THAT REGARD, AND I THINK WE RECEIVED A

12:40PM  13    LOT OF INFORMATION FROM THEM, WITHOUT THE NEED TO HAVE THEM

12:40PM  14    EXPRESS EXPLICITLY WHAT WAS SEEN OR HEARD OR READ.

12:40PM  15         THEY -- WHAT REALLY WAS AT ISSUE WAS WHAT EFFECT ANY OF

12:40PM  16    THAT HAD ON THEM, AND WE RECEIVED THEIR RESPONSES TO THAT.

12:40PM  17         AS TO 124, I WAS WATCHING HER AND HER RESPONSE TO MY

12:40PM  18    QUESTION.

12:40PM  19         I DO HAVE SOME DOUBT JUST BASED ON THE RESPONSES, AND I AM

12:40PM  20    GOING TO EXCUSE 124 FOR CAUSE.

12:41PM  21              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:41PM  22         ANOTHER ONE TO BRING UP, 126, SHE DID NOT EXPRESS ANY

12:41PM  23    PARTICULAR ISSUE WITH BEING FAIR OR NOT, BUT SHE DID SAY THAT

12:41PM  24    SHE RECOGNIZED ONE OF THE WITNESSES.

12:41PM  25         THE WITNESS WAS DR. TERRY HUFF FROM ARIZONA.
```

12:41PM  1          OBVIOUSLY I DON'T KNOW PRECISELY WHETHER IT IS THE SAME

12:41PM  2     PERSON.  THE DESCRIPTION DID SOUND LIKE IT COULD WELL BE THE

12:41PM  3     SAME PERSON, AN OB/GYN PHYSICIAN FROM ARIZONA.

12:41PM  4          MAYBE MR. SCHENK CAN SHED MORE LIGHT ON THAT.

12:41PM  5          BUT I JUST WONDER ABOUT THE FAIRNESS OF A JUROR WHO HAS --

12:41PM  6     I THINK SHE SAID SHE HAD A RELATIONSHIP AND IT WAS HER BEST

12:41PM  7     FRIEND'S PARENT AND --

12:41PM  8               THE COURT:  RIGHT.

12:41PM  9               MR. SCHENK:  YOUR HONOR, SHE MENTIONED KNOWLEDGE OF

12:41PM  10    TWO INDIVIDUALS ON THE LIST OF WITNESSES.

12:41PM  11         FROM HER DESCRIPTION, IT DOES NOT APPEAR TO BE THE SAME

12:42PM  12    CHRIS LUCAS.  I CAN PRETTY SAFELY RULE THAT OUT FROM HER

12:42PM  13    DESCRIPTION.

12:42PM  14               THE COURT:  OKAY.

12:42PM  15               MR. SCHENK:  I THINK IT PROBABLY IS THE SAME

12:42PM  16    TERRY HUFF.  THE GOVERNMENT WOULD COMMIT TO NOT CALLING

12:42PM  17    DR. HUFF IN THIS TRIAL.

12:42PM  18               THE COURT:  OKAY.

12:42PM  19               MR. COOPERSMITH:  I THINK THAT SOLVES THAT,

12:42PM  20    YOUR HONOR.

12:42PM  21               THE COURT:  ALL RIGHT.  THANK YOU.

12:42PM  22               MR. COOPERSMITH:  AND THEN I'M LOOKING AT JUROR 161.

12:42PM  23    AND THIS JUROR MIGHT BE ONE, YOUR HONOR, THAT IT MIGHT BE

12:42PM  24    HELPFUL TO QUESTION HER INDIVIDUALLY, AND THAT'S BECAUSE IN THE

12:42PM  25    ANSWERS THAT THE JUROR GAVE, SHE SAID -- I THINK IT'S A SHE.

12:42PM 1     YES.

12:42PM 2         SHE SAID AT FIRST THAT SHE COULD BE FAIR.  SHE HESITATED

12:42PM 3     BEFORE ANSWERING THE QUESTION.  BUT THEN WHEN THE COURT ASKED

12:43PM 4     ADDITIONAL QUESTIONS, SHE SAID SHE'S NOT SURE SHE COULD BE

12:43PM 5     FAIR.

12:43PM 6         AND THEN IN THE QUESTIONNAIRE, I WOULD JUST NOTE THAT IN

12:43PM 7     RESPONSE TO QUESTIONS 56 AND 57 ON THE CULTURAL BIAS QUESTION,

12:43PM 8     SHE WROTE, "I'M NOT SURE.  DON'T KNOW HOW TO ANSWER THE

12:43PM 9     QUESTION."

12:43PM 10        AND THEN ON THE RELATIONSHIP ISSUE, SHE SAID SHE'S NOT

12:43PM 11    SURE WHAT SHE THINKS ABOUT THE RELATIONSHIP.

12:43PM 12        SO I DON'T KNOW THAT THE RECORD IS FULLY DEVELOPED ON THAT

12:43PM 13    JUROR YET, BUT THERE DOES SEEM TO BE SOME QUESTION AND IT MIGHT

12:43PM 14    BE WISE TO QUESTION HER INDIVIDUALLY WHEN THERE'S AN

12:43PM 15    OPPORTUNITY FOR THAT.

12:43PM 16            THE COURT:  WELL, WE'LL ALLOW MORE -- I'M NOT GOING

12:43PM 17    TO STRIKE FOR CAUSE NOW.  WE'LL ALLOW FOR SOME ADDITIONAL

12:43PM 18    QUESTIONING AND THEN SEE WHERE THAT TAKES US AS TO THIS JUROR.

12:43PM 19            MR. COOPERSMITH:  AND THEN --

12:43PM 20            THE COURT:  OKAY.

12:43PM 21            MR. COOPERSMITH:  AND THEN, YOUR HONOR, THERE'S

12:43PM 22    JUROR 165.

12:43PM 23        THE JUROR DID SAY HE COULD BE FAIR AT SOME POINT.

12:44PM 24        AND ACTUALLY THERE WERE MAYBE TWO OR THREE JURORS IN THIS

12:44PM 25    CATEGORY.

12:44PM 1    THE COURT DID A GOOD JOB, I THINK, OF NOT LETTING HIM

12:44PM 2    ANSWER WHEN HE WAS ABOUT TO SAY THAT HE KNEW ABOUT THE

12:44PM 3    CONVICTION IN THE PRIOR CASE, BUT AS WITH THE JURORS YESTERDAY,

12:44PM 4    THAT CATEGORY OF JURORS -- AND I THINK THERE ARE TWO OR THREE

12:44PM 5    OF THEM, INCLUDING 165 -- IT WOULD BE HELPFUL TO QUESTION THEM

12:44PM 6    INDIVIDUALLY, YOUR HONOR.

12:44PM 7         THE COURT:  OKAY.  WELL, LET'S BEAR THAT IN MIND.

12:44PM 8         AND LET'S BRING OUR JURY BACK, AND WE CAN -- I'M NOT DONE

12:44PM 9    WITH MY QUESTIONS, AND IT SEEMS THAT WHEN I GET TO PAGE 11 OF

12:44PM 10   MY 19, WE HAVE A LITTLE BIT OF A ROADBLOCK.  SO WE'VE GOT SOME

12:44PM 11   WORK TO DO HERE STILL.

12:44PM 12        SO LET'S GO FORWARD.  WE'LL SEE WHAT WE NEED TO DO WITH

12:44PM 13   THESE OTHER JURORS.

12:44PM 14        MR. SCHENK:  THANK YOU.

12:44PM 15        MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:44PM 16        THE COURT:  THANK YOU.

12:44PM 17   (PROSPECTIVE JURY PANEL IN AT 12:44 P.M.)

12:46PM 18        THE COURT:  PLEASE BE SEATED.  THANK YOU.  THANK YOU

12:46PM 19   FOR YOUR COURTESY.

12:46PM 20        WE ARE BACK ON THE RECORD.  OUR PROSPECTIVE JURY PANEL

12:46PM 21   MEMBERS ARE BACK.  ALL COUNSEL ARE BACK, AND MR. BALWANI.

12:46PM 22        THANK YOU, LADIES AND GENTLEMEN.  I'D LIKE TO CONTINUE

12:46PM 23   WITH MY QUESTIONS, PLEASE.

12:46PM 24        NOW, AS I WAS SAYING, THIS WILL BE A LENGTHY TRIAL, LADIES

12:46PM 25   AND GENTLEMEN, AND THERE MAY BE, THERE MAY BE CONTINUED NEWS

12:47PM  1    COVERAGE, I JUST DON'T KNOW, OF THE MEDIA IN THIS CASE.

12:47PM  2         I WOULD JUST LIKE YOU TO KNOW THAT THE JURORS WILL BE

12:47PM  3    INSTRUCTED NOT TO READ, LISTEN TO MEDIA COVERAGE OR DO ANY

12:47PM  4    RESEARCH OR DO ANY INDEPENDENT RESEARCH ABOUT ANYTHING IN THIS

12:47PM  5    CASE.

12:47PM  6         THIS IS IMPORTANT, AS I MENTIONED EARLIER, AS A JUROR'S

12:47PM  7    DECISION ON A CASE MUST BE FORMED ONLY BY THE EVIDENCE ADMITTED

12:47PM  8    AND RECEIVED IN THE COURTROOM AND NOT ON ANY INFORMATION

12:47PM  9    RECEIVED OUTSIDE THE COURTHOUSE.

12:47PM 10         A JUROR WHO IS EXPOSED TO ANY OUTSIDE INFORMATION MUST

12:47PM 11    REPORT THAT EXPOSURE TO THE COURT, AND THAT MEANS TO ME VIA MY

12:47PM 12    STAFF.

12:47PM 13         IS THERE ANYONE WHO WOULD HAVE ANY DIFFICULTY FOLLOWING

12:47PM 14    THAT ADMONITION?

12:47PM 15         I SEE NO HANDS.

12:48PM 16         IS THERE ANYTHING ABOUT JUST THE NATURE OF THE CHARGES,

12:48PM 17    WIRE FRAUD AND CONSPIRACY, THAT YOU THINK WOULD CAUSE ANY OF

12:48PM 18    YOU DIFFICULTY TO SIT AS A JUROR IN THIS CASE?  THIS IS JUST

12:48PM 19    THE NATURE OF THE CHARGES THEMSELVES.

12:48PM 20         I SEE NO HANDS.

12:48PM 21         HAVE ANY OF YOU SERVED AS A JUROR IN A CRIMINAL OR A CIVIL

12:48PM 22    CASE, OR AS A MEMBER OF A GRAND JURY PREVIOUSLY?  ANY JURY

12:48PM 23    EXPERIENCE IN THE PAST FROM ANYONE?

12:48PM 24         YES, I SEE A HAND.  WE'LL GET THE MICROPHONE TO YOU.

12:48PM 25              PROSPECTIVE JUROR:  I'M JUROR 160.

12:48PM 1          THE COURT:  YES.  THANK YOU.

12:48PM 2          PROSPECTIVE JUROR:  AND I SERVED IN A CASE ABOUT

12:48PM 3    15 YEARS AGO, I THINK.

12:48PM 4          THE COURT:  OKAY.  AND WAS IT A CRIMINAL CASE OR A

12:48PM 5    CIVIL CASE?

12:48PM 6          PROSPECTIVE JUROR:  A CRIMINAL CASE.

12:48PM 7          THE COURT:  AND WAS THAT IN STATE COURT?

12:48PM 8          PROSPECTIVE JUROR:  IT WAS IN THIS COURT.

12:49PM 9          THE COURT:  IN FEDERAL COURT?

12:49PM 10         PROSPECTIVE JUROR:  FEDERAL COURT.

12:49PM 11         THE COURT:  OKAY.  ALL RIGHT.

12:49PM 12       AND WITHOUT TELLING ME -- CAN YOU TELL ME WHAT THE NATURE

12:49PM 13   OF THE CHARGES WERE, IF YOU REMEMBER?

12:49PM 14         PROSPECTIVE JUROR:  I WOULD NOT BE ABLE TO LIST YOU

12:49PM 15   THE CHARGES.

12:49PM 16         THE COURT:  OKAY.  OKAY.

12:49PM 17         PROSPECTIVE JUROR:  THERE WERE ABOUT 13 CHARGES.

12:49PM 18         THE COURT:  OKAY.  CAN YOU TELL ME, WITHOUT TELLING

12:49PM 19   ME WHAT THE VERDICT WAS, BUT CAN YOU TELL ME, WAS THE JURY ABLE

12:49PM 20   TO REACH A VERDICT OR VERDICTS IN THAT CASE?

12:49PM 21         PROSPECTIVE JUROR:  WE WERE NOT ABLE TO REACH A

12:49PM 22   VERDICT.

12:49PM 23         THE COURT:  OKAY.  ALL RIGHT.

12:49PM 24       AND THAT WAS 15 YEARS AGO?  SOMETHING LIKE THAT?

12:49PM 25         PROSPECTIVE JUROR:  YES.

12:49PM   1                    THE COURT:  ALL RIGHT.  THANK YOU.

12:49PM   2                    PROSPECTIVE JUROR:  IT'S BEEN A WHILE, YES.

12:49PM   3                    THE COURT:  RIGHT.  IS THERE ANYTHING ABOUT THAT

12:49PM   4       EXPERIENCE THAT YOU THINK WOULD AFFECT YOUR ABILITY TO BE FAIR

12:49PM   5       TO BOTH SIDES IN THIS CASE?

12:49PM   6                    PROSPECTIVE JUROR:  NO.

12:49PM   7                    THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

12:49PM   8                    PROSPECTIVE JUROR:  YOU'RE WELCOME.

12:50PM   9                    THE COURT:  ANY OTHER PRIOR JURY SERVICE FROM

12:50PM  10       ANYONE?

12:50PM  11            I SEE NO HANDS.

12:50PM  12            HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ACCUSED OF WIRE

12:50PM  13       FRAUD OR ALLEGATIONS REGARDING FRAUDULENT CONDUCT?  ANYONE HAVE

12:50PM  14       THAT EXPERIENCE?

12:50PM  15            AGAIN, WE CAN TALK PRIVATELY IF YOU WISH.

12:50PM  16            YES.

12:50PM  17                    PROSPECTIVE JUROR:  WHILE THE CASE DID NOT INVOLVE

12:50PM  18       WIRE FRAUD, ABOUT 20 YEARS AGO I WAS THE SUBORDINATE TO A

12:50PM  19       PUBLIC OFFICIAL WHO WAS CHARGED AND PLED NO CONTEST TO CHARGES

12:50PM  20       THAT INCLUDED FRAUD IN HUMBOLDT SUPERIOR COURT.

12:50PM  21                    THE COURT:  AND YOU'RE JUROR?

12:50PM  22                    PROSPECTIVE JUROR:  115.

12:50PM  23                    THE COURT:  ALL RIGHT.  THANK YOU.

12:51PM  24            AND THE CONDUCT OF, I'LL JUST SAY YOUR SUPERIOR IN THAT

12:51PM  25       CASE, THAT IN NO WAY RELATED TO YOU, YOUR CONDUCT?  IT WAS

12:51PM 1    THAT --

12:51PM 2              PROSPECTIVE JUROR:  THAT IS CORRECT.

12:51PM 3              THE COURT:  DID YOU -- WERE YOU CAUSED TO TESTIFY AT

12:51PM 4    A HEARING OF ANY KIND?

12:51PM 5              PROSPECTIVE JUROR:  NO.  I ASSISTED THE

12:51PM 6    INVESTIGATING AGENCY IN DEVELOPING THEIR CASE.

12:51PM 7              THE COURT:  ALL RIGHT.  YOU WERE INTERVIEWED BY THE

12:51PM 8    AUTHORITIES IN THE CASE?

12:51PM 9              PROSPECTIVE JUROR:  YEAH.

12:51PM 10             THE COURT:  ASSISTED THEM IN THEIR INVESTIGATION?

12:51PM 11             PROSPECTIVE JUROR:  YES, I DID.

12:51PM 12             THE COURT:  OKAY.  THANK YOU.

12:51PM 13        AND REPORTS WERE MADE BASED ON YOUR INTERVIEW I PRESUME?

12:51PM 14             PROSPECTIVE JUROR:  I BELIEVE SO.

12:51PM 15             THE COURT:  THANK YOU.  IS THERE ANYTHING ABOUT THAT

12:51PM 16   EXPERIENCE THAT YOU THINK IMPAIRS YOUR ABILITY TO BE FAIR AND

12:51PM 17   IMPARTIAL TO BOTH SIDES HERE?

12:51PM 18             PROSPECTIVE JUROR:  NO.

12:51PM 19             THE COURT:  OKAY.  THE FACT THAT YOU DID ASSIST IN A

12:51PM 20   PROSECUTION, ALBEIT 20 YEARS AGO, DOES THAT CAUSE THE DEFENSE

12:51PM 21   WORRY THAT YOU MIGHT BE ALIGNED WITH PROSECUTIONS?

12:51PM 22             PROSPECTIVE JUROR:  I DON'T BELIEVE IT SHOULD.

12:51PM 23             THE COURT:  OKAY.  AND THAT'S BECAUSE IT DOESN'T?

12:51PM 24             PROSPECTIVE JUROR:  NO, IT DOES NOT.

12:51PM 25             THE COURT:  OKAY.  ALL RIGHT.

```
12:51PM   1              PROSPECTIVE JUROR:  THESE CASES ARE VERY DISSIMILAR.

12:52PM   2              THE COURT:  OKAY.  AND YOU CAN BE FAIR TO THE

12:52PM   3      GOVERNMENT?

12:52PM   4              PROSPECTIVE JUROR:  YES.

12:52PM   5              THE COURT:  YOU CAN FAIR TO THE DEFENSE?

12:52PM   6              PROSPECTIVE JUROR:  YES, I CAN.

12:52PM   7              THE COURT:  ANY PROBLEM PRESUMING MR. BALWANI TO BE

12:52PM   8      INNOCENT --

12:52PM   9              PROSPECTIVE JUROR:  NOT AT ALL.

12:52PM  10              THE COURT:  -- AS HE SITS HERE TODAY?

12:52PM  11              PROSPECTIVE JUROR:  NO.

12:52PM  12              THE COURT:  ANYTHING ELSE YOU WOULD LIKE ME TO KNOW

12:52PM  13      ABOUT THAT?

12:52PM  14              PROSPECTIVE JUROR:  NO, YOUR HONOR.

12:52PM  15              THE COURT:  ALL RIGHT.  THANK YOU FOR SHARING THAT.

12:52PM  16         ANY OTHER RESPONSE TO THIS QUESTION?

12:52PM  17         I SEE NO HANDS.

12:52PM  18         HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN EMPLOYED BY A

12:52PM  19      LAW ENFORCEMENT AGENCY, INCLUDING A DISTRICT ATTORNEY'S OFFICE

12:52PM  20      OR UNITED STATES ATTORNEY'S OFFICE, FBI, I.R.S., OR ANYONE IN

12:52PM  21      THE CRIMINAL JUSTICE SYSTEM, INCLUDING LAWYERS OR

12:52PM  22      INVESTIGATORS?  ANYONE?

12:52PM  23         I SEE A HAND IN THE BACK.

12:53PM  24              PROSPECTIVE JUROR:  YEAH, I'M 181.

12:53PM  25              THE COURT:  YES.
```

12:53PM  1              PROSPECTIVE JUROR:  I HAVE A FRIEND WHO WORKS FOR

12:53PM  2     MEDICARE FRAUD.  I DON'T KNOW WHAT THE DEPARTMENT IS, HEALTH

12:53PM  3     AND HUMAN SERVICES, I THINK.  HE INVESTIGATES MEDICARE FRAUD

12:53PM  4     AND BUSTS CRIMINALS I GUESS.

12:53PM  5              THE COURT:  OKAY.  DO YOU TALK TO YOUR FRIEND ABOUT

12:53PM  6     HIS WORK?

12:53PM  7              PROSPECTIVE JUROR:  OFTEN.

12:53PM  8              THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THOSE

12:53PM  9     CONVERSATIONS THAT YOU THINK WOULD IMPAIR OR AFFECT YOUR

12:53PM 10     ABILITY TO BE FAIR TO BOTH SIDES HERE?

12:53PM 11              PROSPECTIVE JUROR:  I DON'T THINK SO.  HE HAS VERY

12:53PM 12     LITTLE TOLERANCE FOR NONSENSE AND IT'S VERY CLEAR.  BUT I THINK

12:53PM 13     I CAN BE IMPARTIAL, NO PROBLEM.

12:53PM 14              THE COURT:  OKAY.  WOULD YOU BE -- IF YOU'RE SEATED

12:53PM 15     AS A JUROR IN THIS CASE, WOULD YOU BE ABLE TO -- IF HE WERE TO

12:53PM 16     DISCOVER THAT, IF HE WERE TO DISCOVER THAT YOU'RE A JUROR IN

12:53PM 17     THIS CASE, WOULD YOU BE ABLE TO REFRAIN FROM TALKING WITH HIM

12:53PM 18     ABOUT YOUR JURY SERVICE AND ABOUT THIS CASE?

12:53PM 19              PROSPECTIVE JUROR:  CERTAINLY.  CERTAINLY.

12:53PM 20              THE COURT:  AND YOU WOULD BE ABLE TO TELL HIM THAT

12:54PM 21     YOU CAN'T DISCUSS THE FACTS OR CIRCUMSTANCES OF THIS CASE?

12:54PM 22              PROSPECTIVE JUROR:  I WOULD TELL HIM THAT.  HE WOULD

12:54PM 23     ACCEPT THAT BECAUSE HE'S VERY BY THE BOOK.

12:54PM 24              THE COURT:  OKAY.  IF YOU WERE SEATED AS A JUROR AND

12:54PM 25     THE EVIDENCE WERE TO SHOW YOU IN YOUR MIND THAT YOU SHOULD VOTE

12:54PM  1    FOR NOT GUILTY IN THIS CASE, WOULD YOU BE ABLE TO DO THAT AND

12:54PM  2    STILL FACE YOUR FRIEND?

12:54PM  3              PROSPECTIVE JUROR:  CERTAINLY.

12:54PM  4              THE COURT:  DO YOU HAVE ANY DIFFICULTY ABOUT HAVING

12:54PM  5    THANKSGIVING DINNER WITH HIM KNOWING THAT YOU VOTED NOT GUILTY?

12:54PM  6              PROSPECTIVE JUROR:  NO PROBLEM AT ALL.

12:54PM  7              THE COURT:  OKAY.  YOU DON'T THINK THAT WOULD BE AN

12:54PM  8    ISSUE?

12:54PM  9              PROSPECTIVE JUROR:  NO, NO.

12:54PM  10             THE COURT:  OKAY.  I'M GOING TO ASK YOU AGAIN, CAN

12:54PM  11   YOU BE FAIR TO MR. BALWANI IN THIS CASE?

12:54PM  12             PROSPECTIVE JUROR:  SURE.

12:54PM  13             THE COURT:  IS THERE ANY DOUBT IN YOUR MIND ABOUT

12:54PM  14   THAT?

12:54PM  15             PROSPECTIVE JUROR:  YOU KNOW, I'VE HEARD GENERAL

12:54PM  16   THINGS IN THE NEWS ABOUT THERANOS AND STUFF, SO I HAVE A

12:54PM  17   GENERAL OPINION.

12:54PM  18      BUT I'VE NEVER DONE ANY RESEARCH ON MY OWN TO FORM MY OWN

12:54PM  19   OPINION, SO I THINK I CAN HEAR THE EVIDENCE.

12:54PM  20             THE COURT:  OKAY.  CAN YOU PUT EVERYTHING THAT YOU

12:54PM  21   HEARD OUTSIDE OF THE COURTROOM AND NOT THINK ABOUT IT AND LET

12:55PM  22   IT AFFECT YOUR DECISION AND THOUGHT PROCESS IN THIS CASE AS A

12:55PM  23   JUROR?

12:55PM  24             PROSPECTIVE JUROR:  YEAH, I CAN DO THAT.

12:55PM  25             THE COURT:  OKAY.  ARE YOU GOING TO HAVE ANY

| | | |
|---|---|---|
| 12:55PM | 1 | DIFFICULTY TO DO THAT? |
| 12:55PM | 2 | PROSPECTIVE JUROR:  NO, I DON'T THINK SO.  I HAVE TO |
| 12:55PM | 3 | REMIND MYSELF TO BE IMPARTIAL, BUT I DON'T THINK IT WOULD BE |
| 12:55PM | 4 | TOO DIFFICULT TO DO. |
| 12:55PM | 5 | THE COURT:  OKAY.  THANK YOU. |
| 12:55PM | 6 | THERE WAS ANOTHER HAND, I THINK, IN THE FRONT. |
| 12:55PM | 7 | PROSPECTIVE JUROR:  JUROR 133. |
| 12:55PM | 8 | THE COURT:  YES. |
| 12:55PM | 9 | PROSPECTIVE JUROR:  I HAVE A FRIEND WHO DOESN'T -- |
| 12:55PM | 10 | HE'S IN LAW SCHOOL RIGHT NOW, BUT ONCE HE GRADUATES IN MAY |
| 12:55PM | 11 | HE'LL BE WORKING FOR THE FEDERAL GOVERNMENT AS A LAWYER. |
| 12:55PM | 12 | THE COURT:  DO YOU KNOW WHAT BRANCH OF THE FEDERAL |
| 12:55PM | 13 | GOVERNMENT? |
| 12:55PM | 14 | PROSPECTIVE JUROR:  I DON'T KNOW.  I THINK IT'S THE |
| 12:55PM | 15 | ELEVENTH CIRCUIT. |
| 12:55PM | 16 | THE COURT:  I'M SORRY, THE ELEVENTH CIRCUIT? |
| 12:55PM | 17 | PROSPECTIVE JUROR:  YEAH, THE ELEVENTH CIRCUIT, |
| 12:55PM | 18 | YEAH, I THINK. |
| 12:55PM | 19 | THE COURT:  IT'S A HE? |
| 12:55PM | 20 | PROSPECTIVE JUROR:  HE, YES. |
| 12:55PM | 21 | THE COURT:  IS HE GOING TO CLERK FOR A JUDGE?  IS |
| 12:55PM | 22 | THAT WHAT YOU THINK? |
| 12:56PM | 23 | PROSPECTIVE JUROR:  I'M UNSURE.  HE'S MAINLY TALKING |
| 12:56PM | 24 | ABOUT WHAT HE'S DOING RIGHT NOW, BUT I KNOW HE'S GOING TO |
| 12:56PM | 25 | FEDERAL. |

12:56PM 1          THIS IS NEW INFORMATION THAT I GATHERED AFTER FILLING OUT

12:56PM 2    MY QUESTIONNAIRE.

12:56PM 3               THE COURT:  I SEE.  I SEE.

12:56PM 4               PROSPECTIVE JUROR:  YEAH.

12:56PM 5               THE COURT:  AND IS THAT PERSON IN THEIR FINAL YEAR

12:56PM 6    OF LAW SCHOOL?

12:56PM 7               PROSPECTIVE JUROR:  YES.

12:56PM 8               THE COURT:  THIRD YEAR?

12:56PM 9               PROSPECTIVE JUROR:  YEAH, HE GRADUATES IN MAY.

12:56PM 10              THE COURT:  OKAY.  AND THEN HE'S GOING TO -- AFTER

12:56PM 11   HE SITS FOR THE BAR, THEN HE'S GOING TO WORK, AS FAR AS YOU

12:56PM 12   KNOW, FOR A CIRCUIT COURT JUDGE?

12:56PM 13              PROSPECTIVE JUROR:  YES.

12:56PM 14              THE COURT:  I SEE.  OKAY.  HAVE YOU TALKED TO YOUR

12:56PM 15   FRIEND ANYTHING ABOUT THE LAW?

12:56PM 16              PROSPECTIVE JUROR:  YEAH.

12:56PM 17              THE COURT:  AND APART FROM HIS LOVE FOR THE LAW, HAS

12:56PM 18   HE SAID ANYTHING ELSE TO YOU ABOUT IT?

12:56PM 19              PROSPECTIVE JUROR:  NOTHING IN, LIKE, PARTICULAR.

12:56PM 20              THE COURT:  OKAY.  ALL RIGHT.

12:56PM 21       IS THERE ANYTHING ABOUT YOUR KNOWLEDGE OF HIM AND THE FACT

12:56PM 22   THAT HE'S GOING TO BE A LAWYER THAT YOU THINK WILL AFFECT YOUR

12:56PM 23   ABILITY TO BE FAIR TO BOTH SIDES HERE?

12:56PM 24              PROSPECTIVE JUROR:  NO.

12:56PM 25              THE COURT:  OKAY.  IF YOU'RE SEATED AS A JUROR IN

12:56PM   1    THIS CASE, WOULD YOU BE ABLE TO REFRAIN, TO KEEP FROM

12:56PM   2    DISCUSSING YOUR SERVICE WITH HIM?

12:57PM   3                PROSPECTIVE JUROR:  YES.

12:57PM   4                THE COURT:  OKAY.  ANY DOUBT ABOUT THAT?

12:57PM   5                PROSPECTIVE JUROR:  NO.

12:57PM   6                THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

12:57PM   7         ANYONE ELSE?

12:57PM   8         I SEE NO HANDS.

12:57PM   9         WOULD ANY OF YOU GIVE GREATER OR LESSER CREDENCE TO A

12:57PM  10    WITNESS WHO IS A LAW ENFORCEMENT OFFICER, AGENT, OR GOVERNMENT

12:57PM  11    REPRESENTATIVE SIMPLY BECAUSE THAT WITNESS IS A LAW ENFORCEMENT

12:57PM  12    OFFICER, AGENT, OR GOVERNMENT REPRESENTATIVE?

12:57PM  13         THIS QUESTION IS DESIGNED TO ASK, WOULD YOU GIVE GREATER

12:57PM  14    OR LESSER WEIGHT TO LAW ENFORCEMENT OR SOMEONE CONNECTED WITH

12:57PM  15    LAW ENFORCEMENT JUST BECAUSE OF THEIR JOB, NOT EVEN THINKING

12:57PM  16    ABOUT WHAT THEIR TESTIMONY IS, BUT JUST BECAUSE OF THE NATURE

12:57PM  17    OF THEIR JOB, WOULD ANY OF YOU TEND TO GIVE GREATER OR LESSER

12:57PM  18    WEIGHT TO THAT TESTIMONY JUST BECAUSE OF THE EMPLOYMENT?

12:57PM  19         I SEE A HAND IN THE BACK.  YES.  181.

12:58PM  20                PROSPECTIVE JUROR:  I ANSWERED THIS YES ON THE

12:58PM  21    QUESTIONNAIRE.

12:58PM  22         I THINK LAW ENFORCEMENT OFFICERS ARE TRAINED TO DO THIS

12:58PM  23    EVERY DAY.  THEY FACE IT MORE OFTEN THAN WE DO.  I THINK THEIR

12:58PM  24    CREDIBILITY IS A LOT HIGHER BECAUSE OF THAT.  THEY HAVE MORE

12:58PM  25    EXPERIENCE.  THEY HAVE MORE TRAINING ON HOW TO DEAL WITH IT.  I

```
12:58PM   1        THINK THEY HAVE A LOT MORE CREDIBILITY, YEAH.

12:58PM   2               THE COURT:  OKAY.  ALL RIGHT.

12:58PM   3         DO YOU THINK THAT, DO YOU THINK THAT, LAW ENFORCEMENT

12:58PM   4    BEING HUMAN, DO YOU THINK THAT THEY EVER MAKE A MISTAKE?

12:58PM   5               PROSPECTIVE JUROR:  OH, I THINK THEY MAKE MISTAKES

12:58PM   6    OFTEN, YES.

12:58PM   7               THE COURT:  OKAY.  AND WOULD YOU CONSIDER THAT WHEN

12:58PM   8    YOU CONSIDER THE TESTIMONY OF ANY WITNESS, NOT JUST LAW

12:58PM   9    ENFORCEMENT, BUT ANY WITNESS?

12:58PM  10               PROSPECTIVE JUROR:  I THINK YOU WOULD HAVE TO, YEAH.

12:58PM  11               THE COURT:  RIGHT.  AND I APPRECIATE YOUR ANSWER,

12:58PM  12    BECAUSE I ANTICIPATE THAT THERE WILL BE WITNESSES CALLED BY THE

12:58PM  13    GOVERNMENT WHO ARE RELATED TO LAW ENFORCEMENT OR LAW

12:59PM  14    ENFORCEMENT AGENTS OR AGENCIES.

12:59PM  15         AS I SAID EARLIER, WHAT THE PARTIES WANT ARE JURORS WHO

12:59PM  16    CAN WEIGH THE CREDIBILITY OF WITNESSES BASED ON THE NATURE, THE

12:59PM  17    QUALITY, AND THE CHARACTER OF THEIR TESTIMONY, INCLUDING THE

12:59PM  18    DEMEANOR OF THE WITNESS WHILE THEY TESTIFY.  THAT'S ANOTHER

12:59PM  19    FACTOR THAT JURORS CAN USE TO CONSIDER THE QUALITY OF THE

12:59PM  20    TESTIMONY.

12:59PM  21         IS THAT SOMETHING THAT YOU THINK YOU CAN DO?  CAN YOU

12:59PM  22    LISTEN -- YOU JUST TOLD ME, WELL, I THINK I WOULD GIVE MORE

12:59PM  23    CREDIBILITY BECAUSE OF THE NATURE OF THEIR WORK.

12:59PM  24         I APPRECIATE THAT.

12:59PM  25         BUT THAT'S WHAT THE JOB OF A JUROR FOR THIS CASE REQUIRES.
```

375

12:59PM  1    IS THAT SOMETHING THAT YOU THINK YOU CAN DO?

12:59PM  2              PROSPECTIVE JUROR:  I THINK SO.

12:59PM  3        I THINK A POLICE OFFICER WOULD START OFF WITH HIGHER

12:59PM  4    CREDIBILITY NORMALLY, BUT BASED ON HIS OR HER TESTIMONY, THEY

12:59PM  5    COULD DEFINITELY LOWER IT.

12:59PM  6        SO IT DEPENDS ON HOW THEY BEHAVE.  IT DEPENDS ON THE

12:59PM  7    NATURE OF THEIR TESTIMONY.  LIKE, IT'S UP TO THEM, YEAH.

12:59PM  8              THE COURT:  OKAY.  AND THANK YOU FOR THAT.

12:59PM  9        WHAT I HEAR YOU SAYING IS A WITNESS, LAW ENFORCEMENT

01:00PM  10   STARTS OFF HIGH AND THEN, AS OPPOSED TO A LAY WITNESS, A

01:00PM  11   PRIVATE CITIZEN WITNESS, YOU THINK THEY START OFF HIGHER, AND

01:00PM  12   THEN YOU'LL LISTEN TO SEE IF THEIR TESTIMONY GETS DOWN TO THE

01:00PM  13   LEVEL OF A NON-LAW ENFORCEMENT PERSON?

01:00PM  14              PROSPECTIVE JUROR:  CORRECT.

01:00PM  15              THE COURT:  OKAY.  IF I TOLD YOU THAT THE PREFERENCE

01:00PM  16   IS FOR ALL WITNESSES TO STAY THE SAME, START OFF THE SAME,

01:00PM  17   WITHOUT REGARD TO JUST BECAUSE OF THEIR JOB, BUT ALL WITNESSES

01:00PM  18   SHOULD BE GIVEN THE SAME WEIGHT, BUT THE JURY THEN DECIDES HOW

01:00PM  19   MUCH CREDIBILITY TO GIVE TO WEIGH TO -- BASED ON THEIR

01:00PM  20   TESTIMONY, NOT NECESSARILY THEIR JOB, ALTHOUGH THAT'S A FACTOR

01:00PM  21   THAT CAN BE CONSIDERED, BUT NOT THE ONLY FACTOR, DOES THAT --

01:00PM  22   DO YOU UNDERSTAND THAT CONCEPT?

01:00PM  23              PROSPECTIVE JUROR:  I DO UNDERSTAND THAT, AND I WILL

01:00PM  24   FOLLOW THE RULES, YEAH.

01:00PM  25              THE COURT:  OKAY.  WELL, THAT'S A GOOD -- THANK YOU

01:00PM   1         FOR THAT.

01:01PM   2             IF I INSTRUCT YOU THAT THAT'S THE LAW, IF I GIVE YOU

01:01PM   3     INSTRUCTIONS ON HOW TO WEIGH CREDIBILITY, YOU'LL BE ABLE TO

01:01PM   4     FOLLOW THOSE INSTRUCTIONS?

01:01PM   5             PROSPECTIVE JUROR:  I WILL, YES.

01:01PM   6             THE COURT:  AND THIS IS NOT A -- LET ME SAY, I'M NOT

01:01PM   7     PICKING ON YOU NUMBER 181, BUT IT'S A COMMON -- THIS IS VERY

01:01PM   8     COMMON, HAVING INDIVIDUALS OR JURORS WHO KNOW LAW ENFORCEMENT

01:01PM   9     OR OTHER PROFESSIONS, DOCTORS OR OTHER PROFESSIONS, THEY

01:01PM   10    FREQUENTLY SAY, WELL, GEE, I KNOW THE WORK THEY DO, I KNOW

01:01PM   11    THEIR BACKGROUND AND EXPERIENCE, SO, YEAH, I THINK I WOULD GIVE

01:01PM   12    THEM MORE WEIGHT.

01:01PM   13            BUT SOMETIMES THAT'S NOT FAIR TO BOTH SIDES JUST BECAUSE

01:01PM   14    OF THEIR JOBS.  THE IMPORTANCE AND THE QUALITY AND THE NATURE

01:01PM   15    AND CHARACTER OF THE TESTIMONY IS SOMETHING THAT SHOULD BE

01:01PM   16    ANALYZED BY THE JURY.

01:01PM   17            AS YOU SAID, I THINK YOU ALL RECOGNIZED WE'RE HUMANS

01:01PM   18    SUBJECT TO FOIBLE AND MISTAKES AND ERROR, AND JUDGES MAKE

01:02PM   19    MISTAKES AND THEY HAVE APPELLATE COURTS THAT GRADE OUR PAPERS

01:02PM   20    AND THEY CAN TELL US ABOUT OUR MISTAKES.

01:02PM   21            SO IT'S IMPORTANT TO RECOGNIZE THAT.

01:02PM   22            ANY QUESTIONS OR ANYTHING ELSE YOU WOULD LIKE ME TO KNOW

01:02PM   23    ABOUT THAT, SIR?

01:02PM   24            PROSPECTIVE JUROR:  NO MORE.  THANKS.

01:02PM   25            THE COURT:  OKAY.  THANK YOU.

01:02PM   1          ANYONE ELSE IN REGARDS TO THIS QUESTION?

01:02PM   2          I SEE NO HANDS.

01:02PM   3          DO ANY OF YOU HAVE ANY OPINIONS ABOUT THE UNITED STATES

01:02PM   4   GOVERNMENT OR THE STATE OF CALIFORNIA OR ANY FEDERAL OR STATE

01:02PM   5   LAW ENFORCEMENT AGENCY THAT MAY AFFECT YOUR ABILITY TO BE FAIR

01:02PM   6   AND IMPARTIAL IN THIS CASE?  ANYONE FEEL THAT MIGHT BE AN

01:02PM   7   ISSUE?

01:02PM   8          I SEE NO HANDS.

01:02PM   9          IS ANYONE OF THE OPINION THAT THE CRIMINAL JUSTICE SYSTEM

01:02PM  10   IS FUNDAMENTALLY UNFAIR IN SOME WAY SUCH THAT YOUR ABILITY TO

01:02PM  11   BE FAIR AND IMPARTIAL TO BOTH SIDES MIGHT BE COMPROMISED?

01:02PM  12          ANYONE FEEL THAT JUST THE NATURE OF THE CRIMINAL JUSTICE

01:03PM  13   SYSTEM HAS ISSUES THAT WOULD AFFECT YOUR ABILITY TO BE A JUROR

01:03PM  14   IN THIS CASE?

01:03PM  15          I SEE NO HANDS.

01:03PM  16          A DEFENDANT IN A CRIMINAL CASE IS PRESUMED TO BE INNOCENT.

01:03PM  17   THIS PRESUMPTION REQUIRES THE GOVERNMENT TO PROVE EACH ELEMENT

01:03PM  18   OF A CRIME BEYOND A REASONABLE DOUBT.

01:03PM  19          PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU

01:03PM  20   FIRMLY CONVINCED THAT THE DEFENDANT IS GUILTY.

01:03PM  21          IT IS NOT REQUIRED THAT THE GOVERNMENT PROVE GUILT BEYOND

01:03PM  22   ALL POSSIBLE DOUBT.  A REASONABLE DOUBT IS A DOUBT BASED UPON

01:03PM  23   REASON AND COMMON SENSE AND IS NOT BASED PURELY ON SPECULATION.

01:03PM  24   IT MAY ARISE FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL

01:03PM  25   OF THE EVIDENCE, OR FROM A LACK OF EVIDENCE.

01:03PM  1          IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF

01:03PM  2    THE EVIDENCE YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT

01:03PM  3    THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE

01:04PM  4    DEFENDANT NOT GUILTY.

01:04PM  5          ON THE OTHER HAND, IF AFTER A CAREFUL AND IMPARTIAL

01:04PM  6    CONSIDERATION OF ALL OF THE EVIDENCE, YOU ARE CONVINCED BEYOND

01:04PM  7    A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY, IT IS YOUR

01:04PM  8    DUTY TO FIND THE DEFENDANT GUILTY.

01:04PM  9          CAN YOU ALL APPLY THE LAW AS GIVEN BY THE COURT, INCLUDING

01:04PM 10    THE PRESUMPTION OF INNOCENCE, AND THE GOVERNMENT'S BURDEN OF

01:04PM 11    PROOF BEYOND A REASONABLE DOUBT?  IS THERE ANYONE WHO CANNOT DO

01:04PM 12    THAT?

01:04PM 13          I SEE NO HANDS.

01:04PM 14          IS THERE ANYONE WHO BELIEVES THAT JUST BECAUSE MR. BALWANI

01:04PM 15    IS PRESENT IN THIS COURT, HE MUST BE GUILTY?  ANYONE FEEL THAT?

01:04PM 16          I SEE NO HANDS.

01:04PM 17          IS THERE ANYONE WHO CANNOT PRESUME MR. BALWANI INNOCENT OF

01:04PM 18    THE CHARGES AS HE SITS HERE RIGHT NOW?  ANYONE WHO HAS

01:04PM 19    DIFFICULTY OR PARTS COMPANY WITH THAT CONCEPT?

01:05PM 20          I SEE NO HANDS.

01:05PM 21          NOW, YOU HAVE SEEN A VIDEO THAT DISCUSSES THE TOPIC OF

01:05PM 22    UNCONSCIOUS BIAS.  WE SHOW THAT VIDEO AS AN AID TO PROSPECTIVE

01:05PM 23    JURORS AS THEY CONSIDER THEIR JURY SERVICE AND THE TASK BEFORE

01:05PM 24    THEM.

01:05PM 25          IT IS MEANT AS AN EDUCATIONAL TOOL TO INFORM REGARDING

01:05PM  1    RESEARCH AND STUDIES ON THE ISSUES OF BIAS AND UNCONSCIOUS

01:05PM  2    BIAS, AND I HOPE THAT YOU FOUND THAT VIDEO HELPFUL AND

01:05PM  3    INFORMATIVE.

01:05PM  4         IN OUR NATION AND STATE WE HAVE CITIZENS, RESIDENTS AND

01:05PM  5    NONCITIZENS, FROM MANY DIFFERENT RACES, ETHNIC AND CULTURAL

01:05PM  6    BACKGROUNDS.

01:05PM  7         IN THE JURISDICTION OF THIS COURT, WE ENJOY A RICH

01:05PM  8    DIVERSITY OF INDIVIDUALS AND CULTURES.

01:05PM  9         UNDER THE LAW, ALL PEOPLE WHO APPEAR IN COURT, REGARDLESS

01:05PM  10   OF RACE, RELIGION, ETHNIC HERITAGE, GENDER, AGE, OR SEXUAL

01:05PM  11   ORIENTATION ARE ENTITLED TO DUE PROCESS OF THE LAW, AND WE

01:06PM  12   GUARANTEE EACH PERSON THE RIGHT TO A FAIR AND IMPARTIAL TRIAL.

01:06PM  13        WE ARE TO JUDGE EACH INDIVIDUAL AS WE WOULD WANT TO BE

01:06PM  14   JUDGED, FAIRLY AND IMPARTIALLY.

01:06PM  15        NOW, IT MAY APPEAR THAT ONE OR MORE OF THE PARTIES,

01:06PM  16   ATTORNEYS, OR WITNESSES COME FROM A NATIONAL, RACIAL, OR

01:06PM  17   RELIGIOUS GROUP OR MAY HAVE A DIFFERENT LIFESTYLE FROM YOUR

01:06PM  18   OWN.

01:06PM  19        WOULD THIS IN ANY WAY AFFECT ANY OF YOUR JUDGMENTS OR THE

01:06PM  20   WEIGHT AND CREDIBILITY YOU WOULD GIVE TO THE EVIDENCE IN THIS

01:06PM  21   CASE?  ANYONE WHO FEELS THAT THAT MIGHT BE AN ISSUE FOR THEM?

01:06PM  22        I SEE NO HANDS.

01:06PM  23        TO REACH A VERDICT, THE JURY MUST BE UNANIMOUS.

01:06PM  24        DO ALL OF YOU ACCEPT THE REQUIREMENT THAT THE JURY'S

01:06PM  25   VERDICT BE UNANIMOUS?  ANYONE WHO PARTS COMPANY WITH THAT

01:06PM   1    CONCEPT OR DISAGREES WITH THAT?

01:06PM   2         I SEE NO HANDS.

01:06PM   3         DOES ANYONE FEEL THAT BECAUSE OF A PHILOSOPHICAL, MORAL,

01:07PM   4    OR RELIGIOUS OR OTHER REASON, THEY CANNOT SIT AS A JUROR IN A

01:07PM   5    CRIMINAL CASE, OR THAT WOULD CAUSE DISCOMFORT OR AN INABILITY

01:07PM   6    TO REACH A VERDICT IN A CRIMINAL CASE?  ANYONE FEEL THAT THAT

01:07PM   7    MIGHT BE AN ISSUE FOR THEM?

01:07PM   8         I SEE NO HANDS.

01:07PM   9         AS A JURY, YOU'RE NOT TO CONSIDER OR SPECULATE ON THE

01:07PM  10    ISSUE OF PUNISHMENT.  THAT QUESTION IS SOLELY IN THE PROVINCE

01:07PM  11    OF THE COURT.

01:07PM  12         IS THERE ANYONE WHO PARTS COMPANY WITH THAT?  ANYONE WHO

01:07PM  13    FEELS THAT THAT IS NOT APPROPRIATE?

01:07PM  14         IS THERE ANYONE WHO DOES NOT UNDERSTAND THAT CONCEPT?

01:07PM  15         I SEE NO HANDS.

01:07PM  16         IN OUR COURTS, AN ACCUSED HAS THE RIGHT TO REMAIN SILENT

01:07PM  17    AND TO NOT TESTIFY.  A DEFENDANT MAY CHOOSE TO RELY ON THE

01:07PM  18    STATE OF THE EVIDENCE AT THE CONCLUSION OF THE GOVERNMENT'S

01:07PM  19    CASE AND PRESENT NO AFFIRMATIVE EVIDENCE.

01:07PM  20         DO ALL OF YOU ACCEPT A DEFENDANT'S RIGHT UNDER THE

01:08PM  21    CONSTITUTION TO REMAIN SILENT AND, THUS, CHOOSE NOT TO TESTIFY

01:08PM  22    IN THIS CASE?  IS THERE ANYONE WHO PARTS COMPANY WITH THAT?

01:08PM  23         I SEE NO HANDS.

01:08PM  24         IF MR. BALWANI RELIES ON HIS RIGHT NOT TO TESTIFY, WILL

01:08PM  25    ANYONE HOLD THAT AGAINST HIM?

```
01:08PM   1            I SEE NO HANDS.

01:08PM   2            WOULD ANYONE FEEL LIKE HE WOULD BE HIDING SOMETHING FROM

01:08PM   3   YOU AS A JUROR IF HE DID NOT TESTIFY?

01:08PM   4            I SEE NO HANDS.

01:08PM   5            ARE ANY OF YOU OR ANY MEMBERS OF YOUR FAMILY OR CLOSE

01:08PM   6   FRIENDS ATTORNEYS, LAW STUDENTS, OR PARALEGALS?

01:08PM   7            AND I KNOW JUROR NUMBER 133, WE KNOW ABOUT YOUR FRIEND.

01:08PM   8            ANYONE ELSE WHO HAS FRIENDS IN THE LEGAL BUSINESS?

01:08PM   9            I SEE NO HANDS.

01:08PM  10            HAVE YOU OR -- OH, I'M SORRY.  I DO SEE A HAND.  I BEG

01:08PM  11   YOUR PARDON.

01:08PM  12                PROSPECTIVE JUROR:  I'M JUROR 125.

01:08PM  13                THE COURT:  YES.

01:09PM  14                PROSPECTIVE JUROR:  MY FRIEND IS GENERAL COUNSEL FOR

01:09PM  15   VTA.

01:09PM  16                THE COURT:  YOU HAVE -- YOUR FRIEND IS THE GENERAL

01:09PM  17   COUNSEL FOR THE --

01:09PM  18                PROSPECTIVE JUROR:  VTA.

01:09PM  19                THE COURT:  VTA, THE VALLEY TRANSIT ASSOCIATION?

01:09PM  20                PROSPECTIVE JUROR:  YES.

01:09PM  21                THE COURT:  AND HOW LONG HAVE THEY HAD THAT

01:09PM  22   POSITION?

01:09PM  23                PROSPECTIVE JUROR:  FOR SURE I THINK IT'S THREE

01:09PM  24   YEARS.

01:09PM  25                THE COURT:  I THINK ROB FAVELA USED TO BE THE HEAD
```

01:09PM  1      OF THAT.  DO YOU KNOW ROB FAVELA?

01:09PM  2              PROSPECTIVE JUROR:  SOMEONE WAS RETIRING AND THEN

01:09PM  3      SHE WAS ACTING, AND I THINK SHE BECAME PERMANENT.

01:09PM  4              THE COURT:  I SEE.  OKAY.  AND DO YOU DISCUSS HER

01:09PM  5      WORK WITH HER?

01:09PM  6              PROSPECTIVE JUROR:  WHEN WE MEET SOMETIMES, WHATEVER

01:10PM  7      IS IN THE NEWS.

01:10PM  8              THE COURT:  I SEE.  ABOUT THE VTA?

01:10PM  9              PROSPECTIVE JUROR:  RIGHT.

01:10PM 10              THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THAT

01:10PM 11      RELATIONSHIP, FRIENDSHIP, AND YOUR DISCUSSION WITH HER OF HER

01:10PM 12      WORK THAT YOU THINK WOULD AFFECT YOUR ABILITY TO BE FAIR TO

01:10PM 13      BOTH SIDES HERE?

01:10PM 14              PROSPECTIVE JUROR:  NO.

01:10PM 15              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  THANK YOU

01:10PM 16      FOR THAT.

01:10PM 17          ANYONE ELSE?  BEHIND YOU, PLEASE.

01:10PM 18              PROSPECTIVE JUROR:  143.

01:10PM 19          MY SISTER-IN-LAW IS, OR WAS, A PROSECUTOR IN MURRAY CITY,

01:10PM 20      UTAH.  BUT SHE NO LONGER DOES THAT AND NOW WORKS AT THE

01:10PM 21      DEPARTMENT OF HEALTH.

01:10PM 22              THE COURT:  OKAY.  DID YOU TALK WITH HER ABOUT HER

01:10PM 23      WORK AS A PROSECUTOR?

01:10PM 24              PROSPECTIVE JUROR:  NO, WE NEVER TALKED ABOUT THAT.

01:10PM 25              THE COURT:  OKAY.  DID SHE PROSECUTE CRIMINAL CASES,

```
01:10PM   1      DO YOU KNOW?

01:10PM   2                   PROSPECTIVE JUROR:  YES.

01:10PM   3                   THE COURT:  IT WAS CRIMINAL CASES?

01:10PM   4                   PROSPECTIVE JUROR:  YES.

01:10PM   5                   THE COURT:  OKAY.

01:10PM   6                   PROSPECTIVE JUROR:  YES, SHE PROSECUTED FOR THE

01:10PM   7      CITY.

01:10PM   8                   THE COURT:  I SEE.  THANK YOU.

01:10PM   9           ANYTHING ABOUT THAT RELATIONSHIP THAT YOU THINK WILL

01:10PM  10      IMPAIR YOUR ABILITY TO BE FAIR TO BOTH SIDES HERE?

01:10PM  11                   PROSPECTIVE JUROR:  NOT AT ALL.

01:10PM  12                   THE COURT:  OKAY.  THANK YOU.

01:10PM  13                   PROSPECTIVE JUROR:  YOU'RE WELCOME.

01:11PM  14                   THE COURT:  ANYONE ELSE?

01:11PM  15           HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED WITH OR

01:11PM  16      APPEARED AS A DEFENDANT, VICTIM, OR WITNESS IN ANY

01:11PM  17      INVESTIGATION BY A GOVERNMENT AGENCY, WHICH WOULD INCLUDE

01:11PM  18      POLICE DEPARTMENT, SHERIFF'S OFFICES, FEDERAL AGENCIES?

01:11PM  19           AND WE CAN SPEAK PRIVATELY ABOUT THIS IF YOU WISH.

01:11PM  20           ANYONE HAVE THOSE EXPERIENCES?

01:11PM  21           YES.  THIS IS 117, I THINK.  YES.

01:11PM  22                   PROSPECTIVE JUROR:  YEAH, 117.

01:11PM  23                   THE COURT:  YES.

01:11PM  24                   PROSPECTIVE JUROR:  MY YOUNGER SISTER WAS CHARGED

01:11PM  25      SEVERAL YEARS AGO IN COLORADO WITH A DUI AND VEHICULAR ASSAULT,
```

01:11PM 1    AND SHE PLED GUILTY AND SERVED ABOUT 90 DAYS IN JAIL.

01:12PM 2              THE COURT:  OKAY.  HOW LONG AGO WAS THAT, SIR?  I'M

01:12PM 3    SORRY.

01:12PM 4              PROSPECTIVE JUROR:  ABOUT FIVE YEARS AGO.

01:12PM 5              THE COURT:  OKAY.  WERE YOU INVOLVED IN THE CASE AT

01:12PM 6    ALL?  DID YOU GO TO COURT AND TESTIFY?

01:12PM 7              PROSPECTIVE JUROR:  NO.

01:12PM 8              THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THAT,

01:12PM 9    YOUR SISTER'S SITUATION, THAT YOU THINK AFFECTS YOUR ABILITY TO

01:12PM 10   BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

01:12PM 11             PROSPECTIVE JUROR:  NO.

01:12PM 12             THE COURT:  DO YOU FEEL THAT YOUR SISTER WAS

01:12PM 13   HANDLED -- HER CASE WAS HANDLED FAIRLY BY THE CRIMINAL JUSTICE

01:12PM 14   SYSTEM?

01:12PM 15             PROSPECTIVE JUROR:  YES.

01:12PM 16             THE COURT:  OKAY.  DO YOU HAVE ANY GRUDGE ABOUT

01:12PM 17   PROSECUTORS BECAUSE OF THAT SITUATION?

01:12PM 18             PROSPECTIVE JUROR:  I HAVE SOME PERSONAL FEELINGS

01:12PM 19   ABOUT HOW NOT NECESSARILY THE PROSECUTION, BUT THE CIVIL SIDE

01:12PM 20   OF IT WAS HANDLED.

01:12PM 21             THE COURT:  I SEE.  THERE WAS A CIVIL ACTION

01:12PM 22   INVOLVED AS WELL?

01:12PM 23             PROSPECTIVE JUROR:  YES.

01:12PM 24             THE COURT:  I SEE.  AND THAT WAS OUTSIDE

01:12PM 25   OBVIOUSLY -- WELL, MAYBE NOT SO OBVIOUS -- BUT THAT WAS OUTSIDE

```
01:13PM   1        OF THE CRIMINAL PROSECUTION?

01:13PM   2               PROSPECTIVE JUROR:  CORRECT.  THAT WAS SECONDARY.

01:13PM   3               THE COURT:  OKAY.  THANK YOU.

01:13PM   4          AND SO THE ISSUES THAT YOU HAVE RELATE TO THAT CIVIL

01:13PM   5        PROCESS, NOT THE CRIMINAL PROSECUTION?

01:13PM   6               PROSPECTIVE JUROR:  YES.

01:13PM   7               THE COURT:  THIS -- IF YOU'RE SEATED AS A JUROR IN

01:13PM   8        THIS CASE, YOU'RE NOT GOING TO HAVE THE MINDSET, WELL, NOW I

01:13PM   9        CAN GET EVEN WITH THE PROSECUTORS?

01:13PM  10               PROSPECTIVE JUROR:  UH-HUH, NOT AT ALL.

01:13PM  11               THE COURT:  OKAY.  CAN YOU BE FAIR TO BOTH SIDES

01:13PM  12        HERE, THE DEFENSE --

01:13PM  13               PROSPECTIVE JUROR:  YES.

01:13PM  14               THE COURT:  -- AND THE PROSECUTION?

01:13PM  15               PROSPECTIVE JUROR:  YES.

01:13PM  16               THE COURT:  THANK YOU.  ANYTHING ELSE YOU WANT US TO

01:13PM  17        KNOW ABOUT THAT?

01:13PM  18               PROSPECTIVE JUROR:  NO.  THANK YOU.

01:13PM  19               THE COURT:  YOU'RE WELCOME.

01:13PM  20          ANYONE ELSE?

01:13PM  21          YES?

01:13PM  22               PROSPECTIVE JUROR:  JUROR 115.

01:13PM  23          I JUST WANT TO REFERENCE MY EARLIER RESPONSE.  THAT CASE

01:13PM  24        NEVER WENT TO TRIAL AS THE DEFENDANT PLED NO CONTEST, BUT AS I

01:13PM  25        MENTIONED EARLIER, I WAS INTERVIEWED BY THE INVESTIGATORS.
```

01:13PM  1          THE COURT:  RIGHT.  I WOULD BE VERY SURPRISED IF

01:14PM  2     YOUR ANSWER TO MY PREVIOUS QUESTION HAD CHANGED FROM NOW.

01:14PM  3          IS YOUR ANSWER THE SAME, IN OTHER WORDS, THAT WOULD --

01:14PM  4          PROSPECTIVE JUROR:  IT WOULD HAVE NO BEARING ON THIS

01:14PM  5     CASE.

01:14PM  6          THE COURT:  ALL RIGHT.  GREAT.  THANK YOU SO MUCH.

01:14PM  7     THANKS, SIR.

01:14PM  8          ANYONE ELSE?  OH, IN THE BACK.  YES.

01:14PM  9          YOU'RE RUNNING AROUND, AREN'T YOU?

01:14PM  10         THE CLERK:  YES.  IT'S GOOD EXERCISE.

01:14PM  11         THE COURT:  GETTING THOSE STEPS IN.

01:14PM  12         YES, SIR?

01:14PM  13         PROSPECTIVE JUROR:  I WAS ACCUSED OF UNFAIR LABOR

01:14PM  14    FOR MY COMPANY, AND THEY ACCUSED THE OTHER, LIKE THE OTHER

01:14PM  15    COMPANY WHICH IS NOT IN OPERATION, AND THEY GRANTED THE, THEY

01:14PM  16    GRANTED THE VERDICT TO THEM.

01:14PM  17         THE COURT:  OKAY.

01:14PM  18         PROSPECTIVE JUROR:  SO -- BUT IT'S NOT THE COMPANY,

01:14PM  19    BUT THEY LET US PAY FOR THE AMOUNT THAT WE WERE ACCUSED.

01:15PM  20         THE COURT:  I SEE.  SO YOU WERE -- FIRST OF ALL, MAY

01:15PM  21    I KNOW YOUR JUROR NUMBER?

01:15PM  22         PROSPECTIVE JUROR:  179.

01:15PM  23         THE COURT:  179.

01:15PM  24         PROSPECTIVE JUROR:  179.  YEAH.

01:15PM  25         THE COURT:  179.  ALL RIGHT.  THANK YOU, SIR.

01:15PM  1              AND HOW LONG AGO WAS THIS SITUATION?

01:15PM  2                   PROSPECTIVE JUROR:  THAT WAS, LIKE, ALMOST TEN YEARS

01:15PM  3      AGO.

01:15PM  4                   THE COURT:  TEN YEARS.

01:15PM  5              DID YOU GO TO A COURT OR AN ADMINISTRATIVE HEARING OF ANY

01:15PM  6      KIND?

01:15PM  7                   PROSPECTIVE JUROR:  NO.  WE WENT ALSO -- WE WENT

01:15PM  8      ALSO TO APPEAL IN SUPERIOR COURT.

01:15PM  9                   THE COURT:  YES.

01:15PM 10                   PROSPECTIVE JUROR:  AND ALSO TO THE APPELLATE COURT

01:15PM 11      OF CALIFORNIA, BUT WE WERE DENIED.

01:15PM 12                   THE COURT:  I SEE.  YOU WENT TO THE SUPREME COURT?

01:15PM 13                   PROSPECTIVE JUROR:  WE APPLIED.

01:15PM 14                   THE COURT:  TO THE APPELLATE COURT?

01:15PM 15                   PROSPECTIVE JUROR:  BECAUSE IT'S NOT THE RIGHT

01:15PM 16      COMPANY.

01:15PM 17                   THE COURT:  I SEE.

01:15PM 18                   PROSPECTIVE JUROR:  YEAH.

01:15PM 19                   THE COURT:  WELL, DO YOU HAVE -- IS THERE ANYTHING

01:15PM 20      ABOUT THAT EXPERIENCE, SIR, THAT YOU THINK WILL AFFECT YOUR

01:15PM 21      ABILITY TO BE FAIR TO BOTH SIDES IN THIS CASE?

01:15PM 22                   PROSPECTIVE JUROR:  NO.

01:16PM 23                   THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH,

01:16PM 24      SIR.  THANK YOU.

01:16PM 25                   PROSPECTIVE JUROR:  THANK YOU.

01:16PM   1          THE COURT:  ANY OTHER RESPONSES TO THIS QUESTION?

01:16PM   2       I SEE NO HANDS.

01:16PM   3          HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED IN ANY

01:16PM   4    LITIGATION OR CLAIMS AGAINST THE UNITED STATES GOVERNMENT OR

01:16PM   5    THE STATE OF CALIFORNIA OR ANY OTHER MUNICIPALITY?  ANYONE HAVE

01:16PM   6    LITIGATION WITH THOSE?

01:16PM   7          YES.  OH, BEFORE WE COME DOWN HERE, LET'S --

01:16PM   8             PROSPECTIVE JUROR:  JUROR 165.

01:16PM   9       MY FAMILY, ALONG WITH OTHER FAMILIES IN THE NEIGHBORHOOD

01:16PM  10    WHERE WE LIVE, ARE CURRENTLY IN LITIGATION WITH THE LOCAL WATER

01:16PM  11    DISTRICT.

01:16PM  12             THE COURT:  OKAY.  OKAY.  IS THAT THE SAN JOSE WATER

01:17PM  13    DISTRICT OR A DIFFERENT --

01:17PM  14             PROSPECTIVE JUROR:  I THINK IT'S SARATOGA.

01:17PM  15             THE COURT:  OKAY.  THANK YOU.

01:17PM  16       AND ARE YOU ACTIVELY INVOLVED IN THE LITIGATION?

01:17PM  17             PROSPECTIVE JUROR:  I KEEP UP, BUT I'M NOT IN

01:17PM  18    CONTACT WITH THE LAWYERS.  THAT'S THROUGH OTHER PEOPLE.

01:17PM  19             THE COURT:  I SEE.  OKAY.  IS THERE ANYTHING ABOUT

01:17PM  20    THAT LITIGATION THAT WILL IMPAIR YOUR ABILITY TO BE FAIR TO

01:17PM  21    BOTH SIDES IN THIS CASE?

01:17PM  22             PROSPECTIVE JUROR:  NO.

01:17PM  23             THE COURT:  OKAY.  THANK YOU.

01:17PM  24       OKAY.  THIS IS JUROR 113, I BELIEVE.

01:17PM  25             PROSPECTIVE JUROR:  YES.  SO IN THE NORMAL COURSE OF

01:17PM  1    MY JOB DUTIES I GET INVOLVED IN INVESTIGATIONS IN FRAUD

01:17PM  2    MATTERS.  I'VE BEEN INVOLVED IN A NUMBER OF S.E.C.

01:17PM  3    INVESTIGATIONS WORKING ON BEHALF OF OUR CLIENTS ON BEHALF OF

01:17PM  4    OUTSIDE RETAINED COUNSEL.  IT'S JUST THE NORMAL COURSE OF MY

01:17PM  5    DAY-TO-DAY JOB.

01:17PM  6            THE COURT:  OKAY.  THANK YOU.

01:17PM  7        IS THERE ANYTHING ABOUT YOUR WORK THAT YOU THINK MIGHT

01:17PM  8    IMPAIR YOUR ABILITY TO BE FAIR?  I KNOW I ASKED YOU THIS THIS

01:17PM  9    MORNING, I THINK.

01:17PM 10        BUT YOU'VE DONE INVESTIGATIONS, YOU KNOW ABOUT S.E.C.

01:18PM 11    REGULATIONS, YOU KNOW ABOUT REPORTINGS AND THESE TYPES OF

01:18PM 12    THINGS.

01:18PM 13        IS THERE -- DO YOU HAVE A SENSE THAT -- I DON'T KNOW WHAT

01:18PM 14    THE EVIDENCE MAY BE IN THIS CASE.  THERE MAY BE SOME EVIDENCE

01:18PM 15    ABOUT REPORTING OF SOME SORT OR REGULATIONS OF SOME SORT.  I

01:18PM 16    JUST DON'T KNOW.

01:18PM 17        BUT WOULD YOU BE ABLE TO PUT ASIDE YOUR PROFESSIONAL

01:18PM 18    EXPERIENCE AND KNOWLEDGE AND DECIDE THIS CASE JUST ON WHAT YOU

01:18PM 19    HEARD HERE?  IS THAT SOMETHING THAT YOU COULD DO?

01:18PM 20            PROSPECTIVE JUROR:  I MEAN, IN THE NORMAL COURSE OF

01:18PM 21    DOING THE WORK THAT I DO, WE LET THE FACTS SPEAK FOR THEMSELVES

01:18PM 22    AND WE DON'T RELY TO CONCLUSIONS WITHOUT LOOKING AT THE FACTS.

01:18PM 23        SO EVEN THOUGH I DO FRAUD INVESTIGATIONS EVERY DAY, YOU

01:18PM 24    KNOW, WE DON'T GO IN WITH A PRECONCEIVED NOTION.

01:18PM 25            THE COURT:  OKAY.  WELL, WHAT ABOUT IN THIS CASE?

01:18PM   1    DO YOU COME IN WITH A PRECONCEIVED NOTION HERE?

01:18PM   2              PROSPECTIVE JUROR:  NO.

01:18PM   3              THE COURT:  OKAY.  IF YOU'RE SEATED AS A JUROR IN

01:19PM   4    THIS CASE AND YOU HEAR A WORD AND IT MIGHT TRIGGER YOU TO SAY,

01:19PM   5    THAT'S SOMETHING INTERESTING, I HAVEN'T SEEN THAT BEFORE, OR I

01:19PM   6    HAVE SEEN THAT BEFORE AND IT'S GOOD OR BAD, OR WHATEVER YOUR

01:19PM   7    EXPERIENCE IS, CAN YOU PUT THAT ASIDE AND NOT VIEW THE EVIDENCE

01:19PM   8    THROUGH THAT LENS?

01:19PM   9              PROSPECTIVE JUROR:  I MEAN, I WOULDN'T PUT MY

01:19PM  10    EXPERIENCE ASIDE RELATIVE TO JUST UNDERSTANDING THE FACTS AND

01:19PM  11    CIRCUMSTANCES.

01:19PM  12         AND THEN IF I'VE SEEN BEHAVIOR THAT I'VE SEEN SIMILARLY,

01:19PM  13    THEN THAT WOULD BE HARD TO PUT ASIDE.

01:19PM  14              THE COURT:  RIGHT.  AND I THINK THAT'S THE CONCERN

01:19PM  15    THAT THE LAWYERS HAVE, AND I HAVE, TOO, IS THAT IF YOU HEAR

01:19PM  16    SOMETHING AND YOU SEE SOMETHING AND YOU MIGHT, BASED ON A CASE

01:19PM  17    OR A SITUATION THAT YOU'VE WORKED ON IN THE PAST, YOU MAY SAY,

01:19PM  18    OH, WELL, I'VE SEEN THIS BEFORE AND THIS IS HOW IT WORKED OUT,

01:19PM  19    EVEN THOUGH THAT EVIDENCE HAS NOT BEEN INTRODUCED IN THIS CASE.

01:19PM  20         YOU'VE HEARD ME TALK ABOUT THIS ALL DAY.  WOULD YOU BE

01:19PM  21    ABLE TO PARSE THAT OUT AND JUST MAKE YOUR DECISION BASED ON

01:19PM  22    WHAT YOU HEAR IN THIS COURTROOM AND NOT, NOT ON SPECIFICALLY

01:20PM  23    OTHER CASES THAT YOU MAY HAVE BEEN INVOLVED WITH?

01:20PM  24              PROSPECTIVE JUROR:  I MEAN, MY EXPERIENCES ARE WHAT

01:20PM  25    THEY ARE.  BUT I JUST TAKE THE FACTS AS THEY'RE PRESENTED AND

```
01:20PM   1    MAKE THE DECISION BASED ON THE EVIDENCE PRESENTED.

01:20PM   2              THE COURT:  OKAY.  IN THIS CASE YOU'LL DO THAT?

01:20PM   3              PROSPECTIVE JUROR:  CORRECT.

01:20PM   4              THE COURT:  ANY DOUBT ABOUT YOUR ABILITY TO PARSE

01:20PM   5    THOSE OUT?

01:20PM   6              PROSPECTIVE JUROR:  NO.

01:20PM   7              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

01:20PM   8         AS TO ALL OF YOU, IF YOU ARE SELECTED TO SIT ON THIS CASE,

01:20PM   9    WILL YOU BE ABLE TO RENDER A VERDICT SOLELY ON THE EVIDENCE

01:20PM  10    PRESENTED AT THE TRIAL AND IN THE CONTEXT OF THE LAW AS I GIVE

01:20PM  11    IT TO YOU IN MY INSTRUCTIONS, DISREGARDING ANY OTHER IDEAS,

01:20PM  12    NOTIONS, OR BELIEFS ABOUT THE LAW THAT YOU MAY HAVE ENCOUNTERED

01:21PM  13    IN REACHING YOUR VERDICT?

01:21PM  14         IS THERE ANYONE WHO CANNOT DO THIS?

01:21PM  15         I SEE NO HANDS.

01:21PM  16         CAN ANY OF YOU THINK OF ANY OTHER REASON WHY YOU MIGHT NOT

01:21PM  17    BE ABLE TO TRY THIS CASE FAIRLY AND IMPARTIALLY TO BOTH THE

01:21PM  18    GOVERNMENT AND THE DEFENSE, OR WHY YOU SHOULD NOT BE ON THIS

01:21PM  19    JURY?

01:21PM  20         I SEE NO HANDS.

01:21PM  21         MR. SCHENK, DO YOU HAVE QUESTIONS?

01:21PM  22              MR. SCHENK:  YES.  THANK YOU.

01:21PM  23         YOUR HONOR, MAY I?

01:21PM  24              THE COURT:  YES, PLEASE.  THANK YOU.

01:21PM  25              MR. SCHENK:  GOOD AFTERNOON.
```

01:21PM 1      YOU HEARD THIS MORNING THAT MY NAME IS JEFF SCHENK.  I'M

01:21PM 2  ONE OF THE PROSECUTORS ON THE CASE.

01:21PM 3      CAN EVERYBODY HEAR ME OKAY?

01:21PM 4      GREAT.  THANK YOU.

01:21PM 5      I HAVE A COUPLE OF QUESTIONS THAT I'D LIKE TO ASK JUST OF

01:21PM 6  THE ENTIRE PANEL, AND IF YOU HAVE A RESPONSE TO IT, PLEASE

01:22PM 7  RAISE YOUR HAND AND WE'LL HAVE FURTHER DIALOGUE.

01:22PM 8      THE FIRST QUESTION THAT I HAVE IS, SOME PEOPLE VIEW JURY

01:22PM 9  SERVICE AS AN OPPORTUNITY TO SIT IN JUDGMENT OF ANOTHER HUMAN

01:22PM 10  BEING, AND MANY PEOPLE HAVE PERSONAL BELIEFS THAT DISCOURAGE

01:22PM 11  THAT, OR MAYBE IT WOULD PREVENT THEM FROM DOING THAT.

01:22PM 12      AND I'M WONDERING IF ANYBODY HAS A CONCERN IN THAT

01:22PM 13  RESPECT?  DOES ANYBODY THINK THAT WHAT JURY SERVICE ASKS OF

01:22PM 14  YOU, TO SIT IN JUDGE OF SOMEONE ELSE'S ACTIONS, IS SOMETHING

01:22PM 15  THAT THEY'RE NOT PERSONALLY COMFORTABLE WITH?

01:22PM 16      DOES ANYONE HAVE A CONCERN OR WANT TO SAY ANYTHING ABOUT

01:22PM 17  THAT TOPIC?

01:22PM 18      GREAT.

01:22PM 19      THE NEXT TOPIC I WANTED TO TALK WITH YOU IS JUDGE DAVILA

01:22PM 20  ASKED YOU SOME QUESTIONS ABOUT YOUR VIEW ON LAW ENFORCEMENT

01:22PM 21  WITNESSES, THAT THERE MAY BE LAW ENFORCEMENT WITNESSES WHO

01:22PM 22  TESTIFY IN THIS TRIAL.  PEOPLE HAVE VIEWS ON INDIVIDUALS WHO

01:22PM 23  MAKE A CAREER OF LAW ENFORCEMENT, AND WOULD YOU GIVE IT MORE OR

01:22PM 24  LESS CREDIBILITY.

01:22PM 25      I WANT TO ASK A SIMILAR QUESTION, BUT ABOUT DOCTORS.

01:23PM  1    THERE MAY BE DOCTORS WHO TESTIFY IN THIS TRIAL, AND I WONDER IF

01:23PM  2    PEOPLE HAVE HAD IN PARTICULAR NEGATIVE EXPERIENCES WITH DOCTORS

01:23PM  3    OR PEOPLE IN THE MEDICAL PROFESSION SO THAT IF A DOCTOR WAS

01:23PM  4    TESTIFYING ON THE WITNESS STAND, YOU MIGHT HAVE SOME TROUBLE

01:23PM  5    BELIEVING WHAT THE DOCTOR SAYS OR BELIEVING THAT THEY'RE A

01:23PM  6    CREDIBLE WITNESS.

01:23PM  7         ANYBODY HAVE PERSONAL EXPERIENCES WITH DOCTORS?  I'M NOT

01:23PM  8    AS MUCH INTERESTED AS TO WHAT THOSE EXPERIENCES WERE, BUT JUST

01:23PM  9    WHETHER YOU'VE HAD THOSE EXPERIENCES AND IF IT WOULD GIVE YOU

01:23PM 10    SOME CONCERN ABOUT FAIRLY EVALUATING THE TESTIMONY OF A DOCTOR.

01:23PM 11         ANYTHING?

01:23PM 12         I SEE NO HANDS.  THANK YOU.

01:23PM 13         NEXT IS I'M WONDERING ABOUT ADDICTION TO SOCIAL MEDIA OR

01:23PM 14    NEWS.  JUDGE DAVILA HAS TOLD YOU THAT THERE'S A CHANCE THERE

01:23PM 15    WILL BE SOME MEDIA COVERAGE OF THIS TRIAL, THAT THERE MIGHT BE

01:23PM 16    NEWS STORIES OR ARTICLES WRITTEN, SEGMENTS ON TELEVISION ABOUT

01:24PM 17    IT.

01:24PM 18         PART OF WHAT YOU'RE GOING TO BE ASKED TO DO IS TO AVOID

01:24PM 19    ALL OF THE MEDIA, TO NOT CONSUME ANY MEDIA, TO NOT TALK TO

01:24PM 20    PEOPLE ABOUT THE TRIAL.

01:24PM 21         AND I KNOW THESE DAYS THAT CAN BE DIFFICULT.  YOUR PHONE

01:24PM 22    TELLS YOU STORIES THAT YOU'RE NOT ASKING IT ABOUT, AND YOU WALK

01:24PM 23    INTO ROOMS AND T.V.'S ARE ON AND THINGS LIKE THAT.

01:24PM 24         I'M WONDERING IF ANYBODY HAS A CONCERN ABOUT YOUR ABILITY

01:24PM 25    TO ENTER THIS MEDIA BLACKOUT, AT LEAST FOR THIS CASE OR

01:24PM  1    ANYTHING RELATED TO THIS.

01:24PM  2        I SEE ONE HAND.  IF I COULD PASS YOU THE MIKE AND IF YOU

01:24PM  3    WOULDN'T MIND STARTING WITH YOUR JUROR NUMBER.

01:24PM  4        PROSPECTIVE JUROR:  JUROR 165.

01:24PM  5        I SPEND A CONSIDERABLE AMOUNT OF MY DAY ON THE COMPUTER.

01:24PM  6    I WORK REMOTELY, AND WHEN I'M NOT ON THE COMPUTER, THERE'S

01:24PM  7    ALWAYS A T.V. ON, CNN, THINGS LIKE THAT, AS WELL AS JUST I

01:24PM  8    SPEND A LOT OF MY FREE TIME WHEN I'M JUST BY MYSELF ON REDDIT,

01:25PM  9    TWITTER, THINGS OF THAT NATURE.

01:25PM 10        AND MOST OF MY FREE TIME, IF I -- DUE TO THE PANDEMIC I

01:25PM 11    CAN'T SPEND TOO MUCH TIME WITH MY FRIENDS, EVEN THOUGH IT'S

01:25PM 12    STARTING TO FREE UP A BIT MORE, AND I FILL A LOT OF MY TIME

01:25PM 13    WITH SOCIAL MEDIA, THINGS OF THAT NATURE.

01:25PM 14        SO I'M CONCERNED ON THAT FRONT ABOUT WHAT I WOULD FILL MY

01:25PM 15    TIME WITH, ESPECIALLY BECAUSE I DO GET ADS FOR HULU AND THINGS

01:25PM 16    OF THAT NATURE WHERE I COULD SEE POTENTIAL THINGS THAT MIGHT

01:25PM 17    INVOLVE THE CASE.

01:25PM 18        MR. SCHENK:  THANK YOU FOR SHARING THAT.

01:25PM 19        DO YOU THINK THAT YOU WOULD BE ABLE TO, FOR INSTANCE, IF

01:25PM 20    THE T.V. IS ON DURING THE DAY, PUT ON A DIFFERENT CHANNEL, ONE

01:25PM 21    THAT IS NOT NEWS?

01:25PM 22        OR YOU'VE DESCRIBED SOME WEBSITES THAT YOU VISIT THAT

01:25PM 23    MIGHT BE LIKELY TO HAVE STORIES ABOUT THIS CASE.  DO YOU THINK

01:25PM 24    THAT YOU COULD VISIT DIFFERENT WEBSITES, OR IS THAT REALLY JUST

01:25PM 25    NOT SOMETHING THAT YOU WOULD BE ABLE TO COMPLY WITH?

01:25PM  1          PROSPECTIVE JUROR:  I THINK I COULD, BUT I WOULD

01:26PM  2   HAVE NO IDEA WHAT THOSE WOULD BE BECAUSE THERE'S JUST A HANDFUL

01:26PM  3   OF WEBSITES THAT I ROUTINELY VISIT, SO I WOULDN'T KNOW WHAT I

01:26PM  4   WOULD SUBSTITUTE THEM WITH IF THAT WAS THE THING.

01:26PM  5          MR. SCHENK:  OKAY.  THANK YOU VERY MUCH.

01:26PM  6       ANYBODY ELSE WITH A -- YES.

01:26PM  7          PROSPECTIVE JUROR:  JUROR 133.

01:26PM  8       SO ONE OF MY REALLY GOOD FRIENDS IS, LIKE, REALLY BIG ON

01:26PM  9   THE BIOTECH SPACE.  HE DOES LIKE A BUNCH OF RESEARCH IN THAT

01:26PM 10   SPACE, AND I EXPECT -- I HAVEN'T HEARD HIM TALK ABOUT IT YET,

01:26PM 11   BUT I SUSPECT THAT THIS MAY BE A TRIAL THAT HE WOULD BE

01:26PM 12   INTERESTED IN.

01:26PM 13       AND, LIKE, I FEEL LIKE THERE'S NO WAY I COULD SAY, HEY,

01:26PM 14   DON'T SEND ME INFORMATION ON THIS WITHOUT ME GIVING AWAY

01:26PM 15   DETAILS ABOUT THE TRIAL, THAT KIND OF STUFF, BECAUSE I KNOW

01:26PM 16   WE'RE NOT SUPPOSED TO TALK ABOUT IT.

01:26PM 17       SO I FEEL LIKE HE MAY SHARE INFORMATION WITHOUT KNOWING

01:26PM 18   THAT I'M NOT SUPPOSED TO SEE THAT INFORMATION.  SO I THINK THAT

01:26PM 19   MIGHT BE A LITTLE HARD TO AVOID.

01:26PM 20          MR. SCHENK:  WHEN YOU SAY THAT HE WOULD SHARE

01:27PM 21   INFORMATION WITH YOU, IS IT DIRECTLY TO YOU?

01:27PM 22          PROSPECTIVE JUROR:  THROUGH LIKE A GROUP TEXT

01:27PM 23   MESSAGE, THAT KIND OF THING.

01:27PM 24          MR. SCHENK:  SO IF THE JUDGE GAVE YOU PERMISSION TO

01:27PM 25   SAY THE NAME OF THE CASE, BUT NOTHING ABOUT THE CASE, SO THAT

01:27PM 1      YOU TOLD YOUR FRIEND, YOU CANNOT TELL ME ANYTHING ABOUT THIS --

01:27PM 2              PROSPECTIVE JUROR:  YEAH, I THINK THAT WOULD BE

01:27PM 3      OKAY.

01:27PM 4              MR. SCHENK:  THAT WOULD WORK?

01:27PM 5              PROSPECTIVE JUROR:  YEAH.

01:27PM 6              MR. SCHENK:  THANK YOU.

01:27PM 7          ARE THERE ANY OTHER HANDS TO THAT QUESTION?

01:27PM 8          CAN I GRAB THE MIKE?

01:27PM 9          LAST I WANT TO TALK TO PEOPLE ABOUT WHAT IT WILL BE LIKE

01:27PM 10     DURING YOUR SERVICE IN THE COURTROOM AND PHYSICALLY WHERE YOU

01:27PM 11     WOULD SIT.

01:27PM 12         DURING THE TRIAL, JURORS WOULD SIT WHERE THE PROSPECTIVE

01:27PM 13     JURORS ARE SEATED RIGHT NOW WITHIN THE BOX, THEY WOULD SIT

01:27PM 14     WITHIN THE TWO CHAIRS ON EACH SIDE OF THE JURY BOX, AND THEN ON

01:27PM 15     THE FIRST ROW OF THE GALLERY WHERE THE SIX OF YOU ARE SEATED

01:28PM 16     NOW.

01:28PM 17         DURING THE COURSE OF THE TRIAL, MANY OF THE DOCUMENTS THAT

01:28PM 18     ARE INTRODUCED IN EVIDENCE ARE NOT HANDED PHYSICALLY IN PAPER

01:28PM 19     TO JURORS, BUT RATHER DISPLAYED ON THE SCREENS.  THERE ARE FIVE

01:28PM 20     SMALL SCREENS AT THE FRONT OF THE JURY BOX, AND THERE'S A

01:28PM 21     SCREEN ON THE WALL TO YOUR LEFT, AND THERE'S ANOTHER SCREEN ON

01:28PM 22     THE OTHER SIDE OF THE COURTROOM.

01:28PM 23         THE TRIAL MAY INCLUDE MANY DOCUMENTS, MANY INSTANCES WHEN

01:28PM 24     YOU'RE ASKED TO LOOK AT THE SCREEN.  WITNESSES WILL BE TALKING

01:28PM 25     ABOUT THE EXHIBITS OR THE DOCUMENTS, BUT TO FOLLOW ALONG, YOU

01:28PM   1       JUST NEED TO SEE THE SCREENS AND BE ABLE TO OBSERVE THEM.

01:28PM   2           I'M WONDERING IF ANYONE THINKS THEY MAY HAVE TROUBLE WITH

01:28PM   3       THAT, SORT OF THE DISTANCES, WHERE THEY WOULD BE ASKED TO SIT

01:28PM   4       AND WHETHER THEY COULD SEE AND READ THE SCREENS WITHOUT ANY

01:28PM   5       PROBLEMS?

01:28PM   6           ANYBODY HAVE ANY CONCERNS WITH THAT?

01:28PM   7           NO.  I SEE NO HANDS.  THANK YOU.

01:28PM   8           NO FURTHER QUESTIONS.  THANK YOU.

01:28PM   9               THE COURT:  THANK YOU.

01:28PM  10       MR. COOPERSMITH.

01:28PM  11               MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:29PM  12           GOOD AFTERNOON, EVERYONE.  MY NAME IS JEFF COOPERSMITH,

01:29PM  13       AND I REPRESENT SUNNY BALWANI.  HE'S SEATED AT COUNSEL TABLE.

01:29PM  14           I KNOW YOU DIDN'T HAVE A LOT OF CHOICE, BUT THANK YOU FOR

01:29PM  15       YOUR TIME IN ANY EVENT.

01:29PM  16           I JUST WANT TO GO THROUGH SOME QUESTIONS, SOME FOR THE

01:29PM  17       WHOLE GROUP, AND SOME FOR PARTICULAR JURORS.

01:29PM  18           WE ONLY HAVE SO MUCH TIME, SO IF I DON'T CALL ON YOU, I

01:29PM  19       DON'T MEAN ANY OFFENSE.  IT'S JUST THE NATURE OF THE

01:29PM  20       PROCEEDING.

01:29PM  21           AND I WILL, AS JUDGE DAVILA TOLD YOU, BE CALLING YOU BY

01:29PM  22       YOUR JUROR NUMBER.  I KNOW YOU ALL HAVE NAMES, AND I DON'T MEAN

01:29PM  23       ANY DISRESPECT, BUT THAT'S THE PROTOCOL HERE.

01:29PM  24           I WANT TO EMPHASIZE THIS PROCESS, AS JUDGE DAVILA TOLD

01:30PM  25       YOU, IS IMPORTANT TO MAKE SURE THERE'S A FAIR TRIAL.

01:30PM   1       AND THERE'S NO WRONG ANSWERS HERE.  NO ONE IS JUDGING ANY

01:30PM   2   ANSWER, I'M CERTAINLY NOT, AND I KNOW NO ONE ELSE IN THE ROOM

01:30PM   3   IS.  IT'S REALLY WHAT YOU THINK AND FEEL.

01:30PM   4       IF THERE'S SOMETHING THAT IS IMPORTANT IN AN ANSWER TO A

01:30PM   5   QUESTION THAT I ASK AND YOU THINK THAT'S SOMETHING THAT YOU

01:30PM   6   NEED TO TALK ABOUT IN PRIVATE, OF COURSE PLEASE SAY THAT AND,

01:30PM   7   WITH THE JUDGE'S PERMISSION, WE MIGHT BE ABLE TO DO THAT.

01:30PM   8       OKAY.  THE FIRST QUESTION I HAVE IS THIS CASE, SOME OF YOU

01:30PM   9   MAY KNOW ALREADY, INVOLVES SOME PRETTY TECHNICAL, DENSE

01:30PM  10   EVIDENCE.  THERE'S SOME VERY SCIENTIFIC RELATED ISSUES

01:30PM  11   INVOLVING BLOOD TESTING AND THINGS LIKE THAT.

01:30PM  12       AS LAWYERS, I THINK ON BOTH SIDES, I THINK WE'RE GOING TO

01:30PM  13   DO OUR BEST TO TRY TO MAKE THAT UNDERSTANDABLE AND ACCESSIBLE

01:30PM  14   TO EVERYONE AND HAVE WITNESSES EXPLAIN TECHNICAL DOCUMENTS AND

01:30PM  15   CONCEPTS, EVEN IF YOU'RE NOT ORDINARILY FAMILIAR WITH THOSE

01:31PM  16   THINGS.

01:31PM  17       MY QUESTION FOR THE WHOLE GROUP HERE IS -- AND IF YOU

01:31PM  18   COULD RAISE YOUR HAND -- DOES ANYONE, KNOWING THAT, THAT THERE

01:31PM  19   MIGHT BE SOME VERY TECHNICAL INFORMATION, HAVE ANY QUESTION

01:31PM  20   ABOUT WHETHER YOU COULD FOLLOW THAT, YOU KNOW, FOR ANY REASON,

01:31PM  21   WHETHER IT'S A LANGUAGE ISSUE OR ANY OTHER REASON?  IF THAT'S

01:31PM  22   GOING TO BE AN ISSUE, JUST RAISE YOUR HAND.

01:31PM  23       AND AGAIN, IF IT'S SOMETHING YOU WANT TO TALK ABOUT IN

01:31PM  24   PRIVATE, YOU KNOW, WE MIGHT BE ABLE TO DO THAT, TOO.

01:31PM  25       JUROR 165.

01:31PM 1              PROSPECTIVE JUROR:  YEAH, I WAS JUST --

01:31PM 2              THE COURT:  LET'S GET THE MICROPHONE SO WE CAN ALL

01:31PM 3     HEAR YOU.

01:31PM 4              PROSPECTIVE JUROR:  THIS IS NOT SO MUCH A CONCERN

01:31PM 5     NECESSARILY ABOUT THE TECHNICALITY, BUT IF WE DON'T UNDERSTAND

01:31PM 6     IT ON THE FIRST GO AROUND, WILL WE BE ABLE TO ASK THE JUDGE OR

01:31PM 7     THE WITNESS TO BE ABLE TO RESTATE IT MAYBE IN MORE SIMPLIFIED

01:31PM 8     TERMS, OR ARE THINGS LIKE THAT NOT APPLICABLE IN THIS

01:31PM 9     SITUATION?  BECAUSE I FEEL LIKE IF I DON'T FULLY UNDERSTAND,

01:32PM 10    MAYBE I MIGHT MISINTERPRET SOMETHING.

01:32PM 11         SO I'M WONDERING IF THAT'S OF CONCERN AT ALL.

01:32PM 12             MR. COOPERSMITH:  YES.  THANK YOU FOR YOUR QUESTION.

01:32PM 13         I WOULD DEFER TO JUDGE DAVILA ON THAT ISSUE OF THE JUROR

01:32PM 14    ASKING QUESTIONS.

01:32PM 15             THE COURT:  SURE, SURE.

01:32PM 16         THANK YOU, MR. COOPERSMITH.

01:32PM 17         ONE -- I DO INSTRUCT THE JURY IN MY PRELIMINARY

01:32PM 18    INSTRUCTIONS, ONCE YOU'RE ALL SEATED, WHOEVER IS SEATED, I DO

01:32PM 19    GIVE A PRELIMINARY INSTRUCTIONS THAT PREFACE THE INTRODUCTION

01:32PM 20    OF EVIDENCE.

01:32PM 21         ONE OF THOSE INSTRUCTIONS IS TO TELL YOU I DO NOT PERMIT

01:32PM 22    QUESTIONS FROM THE JURY.

01:32PM 23         NOW, THE LAWYERS KNOW THIS, AND AS MR. COOPERSMITH

01:32PM 24    SUGGESTS, THERE MAY BE SOME EVIDENCE THAT IS SCIENTIFIC IN

01:32PM 25    NATURE.  IT HAS TERMS THAT WILL TEST OUR COURT REPORTER AND

01:32PM 1    SPELLING AND THINGS LIKE THAT.

01:32PM 2        BUT I WILL TELL YOU THIS:  THE LAWYERS KNOW THIS, THEY'RE

01:32PM 3    EXPERIENCED LAWYERS, AND THEY KNOW, TO BEST GET THE INFORMATION

01:33PM 4    IN FRONT OF YOU, THEY WILL MAKE IT UNDERSTANDABLE.

01:33PM 5        THEY KNOW THEIR CASES.  IF THERE'S A TERM THAT THEY THINK

01:33PM 6    IS GOING TO CAUSE DIFFICULTY, THEY'LL GO OVER IT TWO OR THREE

01:33PM 7    TIMES TO MAKE SURE.

01:33PM 8        AND IT MIGHT BE, IF YOU'RE SEATED AS A JUROR, YOU MIGHT BE

01:33PM 9    THINKING IN YOUR HEAD, WHY IS HE ASKING THAT FOUR TIMES?

01:33PM 10       WELL, THE REASON IS TO MAKE SURE THAT THERE'S CLARITY

01:33PM 11   ABOUT THIS PARTICULAR TOPIC, AND THAT'S WHAT THEY DO.

01:33PM 12       I WILL TELL YOU THIS:  I CAN -- I THINK I CAN GUARANTEE

01:33PM 13   YOU, THERE'S NOT GOING TO BE ANY TRIGONOMETRY, GEOMETRY

01:33PM 14   QUESTIONS.  YOU WON'T BE ASKED TO SOLVE CALCULUS OR ANYTHING

01:33PM 15   LIKE THAT HERE.

01:33PM 16       AM I RIGHT ABOUT THAT, COUNSEL?

01:33PM 17           MR. COOPERSMITH:  YES, YOUR HONOR.

01:33PM 18           THE COURT:  RIGHT.  THERE'S NOT GOING TO BE ANY MATH

01:33PM 19   QUIZ OR ANYTHING LIKE THAT ON THIS.

01:33PM 20       BUT THE INFORMATION MIGHT BE TECHNICAL IN SOME SENSE.

01:33PM 21   THESE LAWYERS ARE TRAINED TO MAKE IT ACCESSIBLE TO THE JURORS.

01:34PM 22       THEY'RE NOT HERE TO CONFUSE, CONFOUND, OR OBFUSCATE IN ANY

01:34PM 23   WAY.  THEY'RE HERE TO GET INFORMATION TO YOU.  THAT'S WHAT THEY

01:34PM 24   DO, AND MY SENSE IS THAT THEY'LL DO IT QUITE WELL.

01:34PM 25       I HOPE THAT ASSISTS YOU.

01:34PM  1              PROSPECTIVE JUROR:  THANK YOU.

01:34PM  2              PROSPECTIVE JUROR:  131.

01:34PM  3          THANK YOU FOR THIS.  I WAS EXPECTING THERE WOULD BE

01:34PM  4  TECHNICAL QUESTIONS, AND I WAS ACTUALLY CONCERNED ABOUT IT, SO

01:34PM  5  I WAS WONDERING IF THE PRESENTATION WOULD BE KIND OF DOWN, DOWN

01:34PM  6  FOR US TO UNDERSTAND, SO THIS WAS GREAT TO HEAR.

01:34PM  7          ANOTHER QUESTION I HAD WAS IF THERE WAS A TECHNICAL

01:34PM  8  QUESTION, DO WE GET KIND OF SUPPORTING MATERIALS THAT WE CAN DO

01:34PM  9  A LITTLE RESEARCH ABOUT THAT?  OR CAN WE DO IT ON OUR OWN JUST

01:34PM  10  TO UNDERSTAND THE FACTS BETTER?

01:34PM  11              THE COURT:  WELL, THANK YOU.  MR. COOPERSMITH IS

01:34PM  12  GOING TO ALLOW ME TO ANSWER THAT QUESTION AS WELL.

01:35PM  13              MR. COOPERSMITH:  I WILL, YOUR HONOR, OF COURSE.

01:35PM  14              THE COURT:  THANK YOU.

01:35PM  15          AND THIS IS WONDERFUL THAT YOU'RE ASKING THESE QUESTIONS

01:35PM  16  BECAUSE THEY'RE VERY IMPORTANT QUESTIONS.  AND, AGAIN, I HAVE A

01:35PM  17  PRELIMINARY INSTRUCTION THAT SPEAKS TO THIS AS WELL.

01:35PM  18          AND THE ANSWER TO YOUR ENTHUSIASM AND YOUR CURIOSITY TO DO

01:35PM  19  RESEARCH, I REGRET I HAVE TO TELL YOU, IS, NO, YOU CAN'T.

01:35PM  20  YOU'RE NOT ABLE TO DO THAT.  YOU'RE NOT ABLE TO DO ANY

01:35PM  21  ADDITIONAL RESEARCH.  YOU'RE NOT ABLE TO BRING A DICTIONARY

01:35PM  22  WITH YOU TO LOOK UP TERMS.  THAT'S SOMETHING THAT YOU CANNOT

01:35PM  23  DO.

01:35PM  24          THAT'S BECAUSE, AS I KEEP SAYING, TO MAKE YOUR DECISION,

01:35PM  25  YOU MUST ONLY, ONLY USE THE INFORMATION THAT YOU RECEIVE IN

01:35PM  1    THIS COURTROOM FROM THIS WITNESS STAND AND FROM THE EXHIBITS

01:35PM  2    THAT ARE RECEIVED AND FROM THE ARGUMENTS AND COMMENTS OF

01:35PM  3    COUNSEL.  YOU CAN'T DO THAT, THAT RESEARCH.

01:35PM  4         NOW, LET ME -- IN THE SPIRIT OF FULL DISCLOSURE, I WILL

01:35PM  5    TELL YOU THIS, THAT WHEN A JURY IS DELIBERATING, THE JURY HAS

01:36PM  6    THE OPPORTUNITY THEN, THEN AFTER CONSULTING AMONGST YOURSELVES

01:36PM  7    AS JURORS, IF YOU HAVE A QUESTION ABOUT SOMETHING, WHILE THE

01:36PM  8    JURY IS DELIBERATING, THEY MAY SEND A QUESTION OUT AND THE

01:36PM  9    COURT WILL MEET WITH COUNSEL AND TALK ABOUT THE QUESTION AND

01:36PM  10   TRY TO ANSWER IT AS BEST WE CAN.

01:36PM  11        BUT THAT'S THE ONLY TIME WHERE QUESTIONS WOULD BE, WOULD

01:36PM  12   BE ANSWERED OR I WOULD -- THERE'S A SPECIFIC INSTRUCTION THAT

01:36PM  13   TELLS YOU THAT YOU MAY NOT, YOU MAY NOT DO ANY INDEPENDENT

01:36PM  14   INVESTIGATION, READING, VISIT ANY SITES THAT ARE DISCUSSED,

01:36PM  15   THAT IS, LOCATIONS THAT ARE DISCUSSED IN THE TRIAL.  YOU'RE

01:36PM  16   GOING TO HAVE TO AVOID THOSE LOCATIONS.  YOU'RE NOT GOING TO BE

01:36PM  17   ABLE TO DO ANY RESEARCH.

01:36PM  18        BUT I APPRECIATE YOUR CURIOSITY AND YOUR ENTHUSIASM FOR

01:36PM  19   DOING SO.

01:36PM  20        BUT THESE LAWYERS ARE GOING TO GIVE YOU ALL OF THE

01:37PM  21   INFORMATION THAT YOU NEED TO MAKE AN EDUCATED AND A FULSOME

01:37PM  22   DECISION ABOUT THE EVIDENCE IN THIS CASE.  I KNOW THAT THEY

01:37PM  23   WILL DO THAT.

01:37PM  24        SO, MR. COOPERSMITH, THANK YOU.

01:37PM  25             MR. COOPERSMITH:  YES, THANK YOU, YOUR HONOR.

01:37PM 1       JUROR NUMBER 131, IS THAT YOUR NUMBER?

01:37PM 2           PROSPECTIVE JUROR:  YES.

01:37PM 3           MR. COOPERSMITH:  YOU CAN KEEP THE MIKE.

01:37PM 4       IS THERE ANYTHING ABOUT YOUR PERSONAL EXPERIENCE OR

01:37PM 5   ANYTHING ELSE ABOUT YOU THAT MAKES YOU QUESTION IN ANY WAY YOUR

01:37PM 6   ABILITY TO UNDERSTAND DETAILED EVIDENCE?

01:37PM 7       AGAIN, AS THE JUDGE SAID, AND I THINK I SAID, WE'RE GOING

01:37PM 8   TO TRY TO MAKE IT EASY AND ACCESSIBLE.  WE'RE NOT GOING TO TRY

01:37PM 9   TO DUMB IT DOWN, I WOULDN'T SAY THAT, BUT I WANTED TO KNOW IF

01:37PM 10  THERE WAS ANYTHING PARTICULAR YOU HAD.

01:37PM 11          PROSPECTIVE JUROR:  NO.  MY SISTER-IN-LAW IS A

01:37PM 12  DOCTOR AND I UNDERSTAND THE FACTS, BUT IT'S NOT MY EXPERTISE,

01:37PM 13  RIGHT.

01:37PM 14      SO THE MEDICAL FIELD IS NOT MY EXPERTISE, SO I WAS JUST

01:37PM 15  CONCERNED ABOUT HOW TO, SINCE I DON'T HAVE THE EXPERTISE, HOW I

01:38PM 16  COULD UNDERSTAND THE FACTS BASED ON MY KNOWLEDGE.  THAT'S ALL.

01:38PM 17          MR. COOPERSMITH:  OKAY.  THANK YOU.  I UNDERSTAND.

01:38PM 18      AND JURORS IN ALL KINDS OF CASES DON'T HAVE ANY PARTICULAR

01:38PM 19  EXPERTISE COMING TO THE CASE, AND THAT'S NOT REQUIRED.  THERE'S

01:38PM 20  NO TEST, NOTHING LIKE THAT.

01:38PM 21      BUT THANK YOU FOR THE QUESTION.

01:38PM 22      OKAY.  WITH JUROR NUMBER 131 WE MENTIONED DOCTORS.

01:38PM 23      I WANT TO ASK YOU THE QUESTION THAT IS OPPOSITE WHAT

01:38PM 24  MR. SCHENK ASKED YOU, AND I THINK HE ASKED YOU IF THERE WERE

01:38PM 25  ANY REASON THAT A DOCTOR MIGHT TESTIFY IN THIS CASE, AND THAT

01:38PM  1    MIGHT HAPPEN IN THIS CASE, WHETHER YOU HAD ANY REASON NOT TO

01:38PM  2    BELIEVE THE DOCTOR OR NOT TO GIVE AS MUCH WEIGHT OR CREDIT TO

01:38PM  3    THE TESTIMONY.

01:38PM  4         THE QUESTION I WOULD LIKE TO ASK THE GROUP IS, DOES

01:38PM  5    ANYONE, WHEN IT COMES TO DOCTORS, THINK THEY WOULD GIVE MORE

01:38PM  6    WEIGHT TO THE DOCTOR'S TESTIMONY THAN OTHER WITNESSES WHO MIGHT

01:38PM  7    TESTIFY?

01:38PM  8         AND IF YOU COULD RAISE YOUR HAND, I'LL HAND YOU THE

01:38PM  9    MICROPHONE.

01:38PM  10        YES, SIR.  JUROR NUMBER 181?

01:39PM  11             PROSPECTIVE JUROR:  CORRECT, YEAH, JUROR NUMBER 181.

01:39PM  12        SAME WITH THE LAW ENFORCEMENT OFFICERS.  DOCTORS ARE

01:39PM  13    TRAINED AND THEY KNOW WHAT THEY'RE TALKING ABOUT, AND I THINK

01:39PM  14    THEY CAN UNDERSTAND BETTER THAN A LAYPERSON COULD.

01:39PM  15        SO IF THEY WERE TO TESTIFY ABOUT A MEDICAL ISSUE OR A

01:39PM  16    SCIENTIFIC OR A DOCTOR ISSUE, THEY WOULD HAVE MORE CREDIBILITY

01:39PM  17    THAN A NORMAL PERSON FOR ME.

01:39PM  18             MR. COOPERSMITH:  OKAY.  AND JUROR NUMBER 181, DO

01:39PM  19    YOU THINK IT'S POSSIBLE THAT A DOCTOR COULD GET SOMETHING

01:39PM  20    WRONG?

01:39PM  21             PROSPECTIVE JUROR:  OH, YEAH, I DO.  I DO.

01:39PM  22             MR. COOPERSMITH:  DO YOU THINK IT'S POSSIBLE THAT A

01:39PM  23    DOCTOR COULD HAVE SOME OTHER AGENDA BESIDES COMING IN AND

01:39PM  24    TELLING, YOU KNOW, WHAT IS REALLY THE TRUTH?

01:39PM  25             PROSPECTIVE JUROR:  YES, I BELIEVE THAT.

01:39PM  1            MR. COOPERSMITH:  JUST LIKE ANY OTHER HUMAN BEING?

01:39PM  2            PROSPECTIVE JUROR:  YES.

01:39PM  3            MR. COOPERSMITH:  ANYTHING MORE YOU WANT TO ADD

01:39PM  4    ABOUT THAT?

01:39PM  5            PROSPECTIVE JUROR:  NO.

01:39PM  6            MR. COOPERSMITH:  THANK YOU, SIR.

01:39PM  7        ANY OTHER QUESTIONS ABOUT DOCTORS?

01:40PM  8        OKAY.  I SEE NO HANDS.

01:40PM  9        OKAY.  I WANT TO ASK A QUESTION ABOUT SOME PARTICULAR

01:40PM 10    WITNESSES THAT YOU MAY REMEMBER FROM THE LIST OF WITNESSES THAT

01:40PM 11    THE JUDGE HAD YOU REVIEW AT THE BEGINNING OF TODAY.

01:40PM 12        THERE'S TWO PARTICULAR WITNESSES I WANT TO ASK YOU ABOUT.

01:40PM 13    ONE OF THE WITNESSES IS A WOMAN NAMED ERIKA CHEUNG WHO YOU

01:40PM 14    MIGHT, IF YOU ARE SEATED AS A JUROR, MIGHT SEE TESTIFY.

01:40PM 15        AND MY QUESTION IS, HAS ANYONE SEEN A "TED TALK," OR ANY

01:40PM 16    OTHER PRESENTATION THAT A PERSON NAMED ERIKA CHEUNG MADE ON THE

01:40PM 17    SUBJECT OF THERANOS AND HER EXPERIENCES THERE?

01:40PM 18        NUMBER 165.

01:41PM 19            PROSPECTIVE JUROR:  JUROR 165.

01:41PM 20        I DO RECALL WATCHING THE "TED TALK," THAT INVOLVED

01:41PM 21    THERANOS, SO I'M ASSUMING THAT IT WAS ERIKA CHEUNG, BUT I DO

01:41PM 22    NOT HAVE GREAT RECOLLECTION OF THE DETAILS THAT THEY REALLY

01:41PM 23    WENT INTO.  IT WAS A WHILE BACK, AND MY -- IT'S NOT AT THE

01:41PM 24    FOREFRONT OF MY MEMORY, BUT I DO RECALL HAVING IN THE BACK OF

01:41PM 25    MY MIND HEARD A "TED TALK," ABOUT THERANOS.  SO I'M ASSUMING

01:41PM 1      THAT IT'S THE ONE THAT YOU MENTIONED.

01:41PM 2              MR. COOPERSMITH:  AND ABOUT HOW LONG AGO WAS THAT

01:41PM 3      THAT YOU SAW THAT?

01:41PM 4              PROSPECTIVE JUROR:  A WHILE BACK.  SEVERAL MONTHS

01:41PM 5      PROBABLY.

01:41PM 6              MR. COOPERSMITH:  DID YOU WATCH THE WHOLE --

01:41PM 7              PROSPECTIVE JUROR:  NO.

01:41PM 8              MR. COOPERSMITH:  -- THING?

01:41PM 9              PROSPECTIVE JUROR:  NO, I DIDN'T WATCH THE WHOLE

01:41PM 10     THING.

01:41PM 11             MR. COOPERSMITH:  OKAY.  BASED ON THAT, WITHOUT

01:41PM 12     TELLING ME WHAT THEY ARE, DID YOU FORM ANY PARTICULAR VIEW OR

01:41PM 13     OPINION ABOUT MS. CHEUNG OR ANYTHING LIKE THAT?

01:41PM 14             PROSPECTIVE JUROR:  I CAN'T RECALL WITH GREAT

01:42PM 15     DETAIL, SO NO.

01:42PM 16             MR. COOPERSMITH:  OKAY.  THANK YOU.

01:42PM 17         OKAY.  ANY OTHER HANDS ON THE SUBJECT OF ERIKA CHEUNG?

01:42PM 18         OKAY.  SEEING NO HANDS.

01:42PM 19         THE NEXT QUESTION IS THERE'S ANOTHER WITNESS WHO COULD

01:42PM 20     TESTIFY IN THIS CASE, A GENTLEMAN NAMED TYLER SHULTZ.

01:42PM 21         DOES ANYONE HAVE ANY KNOWLEDGE OF MR. SHULTZ, AND MORE

01:42PM 22     SPECIFICALLY, HAS ANYONE SEEN OR HEARD ANYTHING THAT MR. SHULTZ

01:42PM 23     PUBLISHED, SUCH AS A PODCAST OR ANYTHING LIKE THAT?

01:42PM 24         OKAY.  JUROR NUMBER 113.

01:42PM 25             PROSPECTIVE JUROR:  MY ONLY RECOLLECTION OF

01:42PM  1    TYLER SHULTZ WAS FROM A "NEW YORK TIMES" ARTICLE WHERE IT

01:42PM  2    TALKED ABOUT HIM AND HIS RELATIONSHIP TO THERANOS AND HIS

01:42PM  3    RELATIONSHIP TO A BOARD MEMBER AT THERANOS.

01:42PM  4            MR. COOPERSMITH:  OKAY.  ANYTHING ELSE ABOUT

01:42PM  5    MR. SHULTZ?

01:42PM  6            PROSPECTIVE JUROR:  NOTHING SPECIFIC.

01:43PM  7            MR. COOPERSMITH:  WOULD READING THE ARTICLE ABOUT

01:43PM  8    MR. SHULTZ HAVE AN IMPACT ON YOUR VIEWS IN THIS CASE?

01:43PM  9            PROSPECTIVE JUROR:  NO.

01:43PM 10            MR. COOPERSMITH:  IS THAT JUROR 181?

01:43PM 11            PROSPECTIVE JUROR:  YEAH.  I READ AN ARTICLE ABOUT

01:43PM 12    TYLER SHULTZ, I THINK THAT'S GEORGE SHULTZ'S GRANDSON OR

01:43PM 13    SOMETHING LIKE THAT, AND HE'S ONE OF THE WHISTLEBLOWERS, I

01:43PM 14    GUESS.

01:43PM 15        I GUESS THE GIST OF THE ARTICLE WAS THAT --

01:43PM 16            THE COURT:  SIR, YOU DON'T HAVE TO TELL US WHAT THE

01:43PM 17    ARTICLE WAS.  THIS IS JUST ASKING WHETHER YOU'VE BEEN EXPOSED

01:43PM 18    TO IT.  MR. COOPERSMITH IS GOING TO --

01:43PM 19            PROSPECTIVE JUROR:  YES, I HAVE BEEN EXPOSED TO IT.

01:43PM 20            MR. COOPERSMITH:  SIR, YOU MENTIONED THE TERM

01:43PM 21    "WHISTLEBLOWER."

01:43PM 22        DO YOU THINK PEOPLE WHO DESCRIBE THEMSELVES AS

01:43PM 23    WHISTLEBLOWERS ARE ALWAYS CORRECT ABOUT WHAT THEY'RE CLAIMING?

01:43PM 24            PROSPECTIVE JUROR:  I DON'T THINK THEY'RE ALWAYS

01:43PM 25    CORRECT, NO.

01:43PM  1          MR. COOPERSMITH:  SO SOMETIMES EVEN IF SOMEONE

01:43PM  2     FASHIONED THEMSELVES AS A WHISTLEBLOWER, THEY MIGHT GET

01:43PM  3     SOMETHING WRONG; IS THAT FAIR?

01:43PM  4          PROSPECTIVE JUROR:  IT'S POSSIBLE, YES.

01:43PM  5          MR. COOPERSMITH:  ANYTHING ELSE ABOUT THAT?

01:43PM  6          PROSPECTIVE JUROR:  NO.

01:44PM  7          MR. COOPERSMITH:  OKAY.  THANK YOU, SIR.

01:44PM  8       ANY OTHER HANDS WITH REGARD TO MR. SHULTZ, TYLER SHULTZ?

01:44PM  9       I SEE NO HANDS.

01:44PM 10          THE COURT:  JUROR NUMBER 181, I'M SORRY, YOU SAID

01:44PM 11     YOU READ THIS.  I DON'T THINK YOU WERE ASKED WHETHER OR NOT

01:44PM 12     WHAT YOU READ WILL AFFECT YOUR ABILITY TO BE FAIR TO BOTH SIDES

01:44PM 13     IN THIS CASE.

01:44PM 14          PROSPECTIVE JUROR:  I THINK IT'S --

01:44PM 15          THE COURT:  WHY DON'T YOU GET THE MICROPHONE?

01:44PM 16       MR. COOPERSMITH, THANK YOU.

01:44PM 17          MR. COOPERSMITH:  I'LL HAND THIS BACK.

01:44PM 18          PROSPECTIVE JUROR:  I DON'T THINK IT WILL AFFECT ME.

01:44PM 19     IT'S ALL GOING TO COME DOWN TO THE EVIDENCE, AND THAT'S WHAT IT

01:44PM 20     IS ABOUT, YEAH.

01:44PM 21          THE COURT:  OKAY.  THANK YOU.

01:44PM 22       THANK YOU, MR. COOPERSMITH.

01:45PM 23          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:45PM 24       NEXT QUESTION FOR THE GROUP IS, WITHOUT TELLING ME WHAT

01:45PM 25     EXACTLY YOU KNOW ABOUT IT, IS ANYONE AWARE OF A ROMANTIC

01:45PM 1    RELATIONSHIP BETWEEN MR. BALWANI AND MS. HOLMES,

01:45PM 2    ELIZABETH HOLMES?

01:45PM 3        WHAT I'M GOING TO HAVE YOU DO IS IF YOU COULD JUST CALL

01:45PM 4    OUT YOUR NUMBER ONE BY ONE AND WE'LL TAKE THAT DOWN.

01:45PM 5        SO IF YOU COULD RAISE YOUR HAND AGAIN.  LET'S GO FROM

01:45PM 6    JUROR 134.

01:45PM 7            PROSPECTIVE JUROR:  134.

01:45PM 8            THE COURT:  WHY DON'T YOU HAND THE MICROPHONE -- LET

01:45PM 9    THEM PASS THE MICROPHONE.

01:45PM 10           MR. COOPERSMITH:  THAT'S A GREAT IDEA, YOUR HONOR.

01:45PM 11           THE COURT:  THANK YOU.

01:45PM 12           PROSPECTIVE JUROR:  134.

01:45PM 13           MR. COOPERSMITH:  IF YOU COULD HAND THE MIKE OVER

01:45PM 14   AND WE'LL JUST GET EVERY PERSON WHO RAISES THEIR HAND.

01:45PM 15           PROSPECTIVE JUROR:  131.

01:45PM 16           PROSPECTIVE JUROR:  125.

01:45PM 17           PROSPECTIVE JUROR:  143.

01:46PM 18           PROSPECTIVE JUROR:  161.

01:46PM 19           PROSPECTIVE JUROR:  165.

01:46PM 20           PROSPECTIVE JUROR:  162.

01:46PM 21           PROSPECTIVE JUROR:  179.

01:46PM 22           PROSPECTIVE JUROR:  181.

01:46PM 23           PROSPECTIVE JUROR:  108.

01:46PM 24           MR. COOPERSMITH:  OKAY.  ANYBODY ELSE WHO RAISED

01:46PM 25   THEIR HAND TO MY QUESTION ABOUT THE RELATIONSHIP BETWEEN

01:46PM   1    MR. BALWANI AND MS. HOLMES?

01:47PM   2         I SEE NO OTHER HANDS.

01:47PM   3         OKAY.  UNFORTUNATELY WE'RE GOING TO HAVE TO KEEP ON

01:47PM   4    PASSING THE MIKE AROUND, SO THANK YOU FOR YOUR PATIENCE WITH

01:47PM   5    THAT.

01:47PM   6         I JUST WANTED TO GO THROUGH THAT LIST AND JUST ASK A

01:47PM   7    COUPLE OTHER QUESTIONS ABOUT IT.

01:47PM   8         SO LET'S START WITH JUROR 108.  MY QUESTION IS -- IT'S

01:47PM   9    GOING TO BE THE SAME QUESTION OR QUESTIONS FOR EVERYONE.

01:47PM  10         DID YOU LEARN ABOUT THE RELATIONSHIP FROM SOMETHING IN THE

01:47PM  11    NEWS MEDIA?

01:47PM  12              PROSPECTIVE JUROR:  CORRECT.

01:47PM  13              MR. COOPERSMITH:  AND HOW RECENTLY WAS THAT THAT YOU

01:47PM  14    LEARNED THAT OR READ THAT?

01:47PM  15              PROSPECTIVE JUROR:  ABOUT MAYBE A MONTH OR TWO AGO.

01:47PM  16              MR. COOPERSMITH:  OKAY.  THANK YOU.

01:47PM  17         THE NEXT ONE IS JUROR 125.

01:48PM  18              PROSPECTIVE JUROR:  THE RADIO.

01:48PM  19              MR. COOPERSMITH:  I'M SORRY?

01:48PM  20              PROSPECTIVE JUROR:  THE RADIO.

01:48PM  21              THE COURT:  I THINK THE MICROPHONE IS OFF.

01:48PM  22              PROSPECTIVE JUROR:  THE RADIO.

01:48PM  23              MR. COOPERSMITH:  OKAY.  THANK YOU.

01:48PM  24         AND ABOUT HOW LONG AGO WAS THAT?

01:48PM  25              PROSPECTIVE JUROR:  PROBABLY LAST MONTH.

01:48PM 1            MR. COOPERSMITH:  LAST MONTH?  OKAY.  THANK YOU.

01:48PM 2       JUROR NUMBER 131.

01:48PM 3            PROSPECTIVE JUROR:  IT WAS ON INTERNET NEWS, AND IT

01:48PM 4  WAS PROBABLY A COUPLE MONTHS AGO.

01:48PM 5            MR. COOPERSMITH:  ABOUT TWO MONTHS AGO?

01:48PM 6            PROSPECTIVE JUROR:  YEAH.  MAYBE EVEN BEFORE THAT

01:48PM 7  BUT, YEAH, I DON'T RECALL.

01:48PM 8            MR. COOPERSMITH:  WOULD IT HAVE BEEN LONGER THAN,

01:48PM 9  SAY, SIX MONTHS AGO?

01:48PM 10           PROSPECTIVE JUROR:  NO.  PROBABLY JUST -- YEAH, I

01:48PM 11  DON'T REMEMBER.  I THINK IT WAS LONGER THAN THAT.

01:48PM 12           MR. COOPERSMITH:  LONGER THAN SIX MONTHS?

01:48PM 13           PROSPECTIVE JUROR:  YES.

01:48PM 14           MR. COOPERSMITH:  OKAY.

01:48PM 15           PROSPECTIVE JUROR:  I THINK IT WAS, LIKE, A FEW

01:48PM 16  YEARS AGO WHEN IT JUST CAME UP.

01:49PM 17           MR. COOPERSMITH:  OKAY.  THANK YOU.

01:49PM 18      ANYTHING MORE RECENT THAN THAT, NUMBER 131?

01:49PM 19           PROSPECTIVE JUROR:  NO.

01:49PM 20           MR. COOPERSMITH:  OKAY.  THANK YOU.

01:49PM 21       JUROR 134?

01:49PM 22           PROSPECTIVE JUROR:  YEAH, I HEARD ABOUT IT ON SOCIAL

01:49PM 23  MEDIA.

01:49PM 24           MR. COOPERSMITH:  OKAY.

01:49PM 25           PROSPECTIVE JUROR:  IT WAS A COUPLE MONTHS AGO.

| | | |
|---|---|---|
| 01:49PM | 1 | MR. COOPERSMITH:  OKAY.  ABOUT TWO MONTHS AGO? |
| 01:49PM | 2 | PROSPECTIVE JUROR:  SOMETHING LIKE THAT. |
| 01:49PM | 3 | MR. COOPERSMITH:  APPROXIMATELY. |
| 01:49PM | 4 | PROSPECTIVE JUROR:  YES. |
| 01:49PM | 5 | MR. COOPERSMITH:  OKAY.  JUROR NUMBER 143. |
| 01:49PM | 6 | PROSPECTIVE JUROR:  IT WAS PART OF THAT HBO |
| 01:49PM | 7 | DOCUMENTARY THAT I MENTIONED WATCHING ABOUT TWO YEARS AGO. |
| 01:49PM | 8 | MR. COOPERSMITH:  OKAY.  SO WHEN YOU HEARD ABOUT |
| 01:49PM | 9 | THIS WAS TWO YEARS AGO? |
| 01:49PM | 10 | PROSPECTIVE JUROR:  YEAH. |
| 01:49PM | 11 | MR. COOPERSMITH:  AND NOTHING MORE RECENT THAN THAT? |
| 01:49PM | 12 | PROSPECTIVE JUROR:  NO. |
| 01:49PM | 13 | MR. COOPERSMITH:  AND IT WAS FROM THAT DOCUMENTARY |
| 01:49PM | 14 | THAT YOU WATCHED? |
| 01:49PM | 15 | PROSPECTIVE JUROR:  CORRECT. |
| 01:49PM | 16 | MR. COOPERSMITH:  THANK YOU, SIR. |
| 01:49PM | 17 | NEXT IS JUROR 161. |
| 01:49PM | 18 | PROSPECTIVE JUROR:  THAT'S OKAY.  ON THE NEWS |
| 01:49PM | 19 | CHANNEL AND A COUPLE OF MONTHS BACK, YEAH, JUST A COUPLE OF |
| 01:50PM | 20 | MONTHS BACK.  NOT MORE THAN SIX MONTHS. |
| 01:50PM | 21 | MR. COOPERSMITH:  OKAY.  NOT MORE THAN SIX MONTHS |
| 01:50PM | 22 | AGO, AND YOU THINK IT MIGHT HAVE BEEN CLOSER TO TWO MONTHS? |
| 01:50PM | 23 | PROSPECTIVE JUROR:  IT COULD BE. |
| 01:50PM | 24 | MR. COOPERSMITH:  OKAY.  AND JUST FROM NEWS RADIO |
| 01:50PM | 25 | OR -- |

01:50PM   1                    PROSPECTIVE JUROR:  NBC.

01:50PM   2                    MR. COOPERSMITH:  I'M SORRY.  NBC?

01:50PM   3                    PROSPECTIVE JUROR:  YEAH, NBC EVENING NEWS.

01:50PM   4                    MR. COOPERSMITH:  OKAY.  THANK YOU.

01:50PM   5              JUROR 165.

01:50PM   6                    PROSPECTIVE JUROR:  ABOUT TWO TO THREE MONTHS AGO.

01:50PM   7                    MR. COOPERSMITH:  OKAY.  AND FROM WHAT SOURCE?

01:50PM   8                    PROSPECTIVE JUROR:  "NEW YORK TIMES."

01:50PM   9                    MR. COOPERSMITH:  OKAY.  THANK YOU.

01:50PM   10             I THINK I SKIPPED 162.

01:50PM   11                   PROSPECTIVE JUROR:  I READ IT IN "THE MERCURY NEWS."

01:50PM   12                   MR. COOPERSMITH:  ABOUT HOW LONG AGO, SIR?

01:50PM   13                   PROSPECTIVE JUROR:  I DON'T HAVE AN EXACTLY

01:50PM   14    RECOLLECTION.  LESS THAN A YEAR.

01:50PM   15                   MR. COOPERSMITH:  LESS THAN A YEAR?

01:50PM   16                   PROSPECTIVE JUROR:  YEAH, I BELIEVE SO.

01:50PM   17                   MR. COOPERSMITH:  OKAY.  DO YOU THINK IT WAS WELL

01:50PM   18    WITHIN A YEAR, OR CLOSER TO ALL OF THE WAY UP TO A YEAR?

01:50PM   19                   PROSPECTIVE JUROR:  LESS THAN HALF A YEAR.

01:50PM   20                   MR. COOPERSMITH:  LESS THAN HALF A YEAR?

01:50PM   21                   PROSPECTIVE JUROR:  YES.

01:50PM   22                   MR. COOPERSMITH:  THANK YOU, SIR.

01:50PM   23                   PROSPECTIVE JUROR:  SURE.

01:51PM   24                   MR. COOPERSMITH:  AND THEN JUROR 179.

01:51PM   25                   PROSPECTIVE JUROR:  ON THE NEWS TWO MONTHS AGO.

01:51PM   1              MR. COOPERSMITH:  OKAY.  AND WHAT PARTICULAR NEWS,

01:51PM   2      IF YOU CAN REMEMBER?

01:51PM   3              PROSPECTIVE JUROR:  I CAN'T REMEMBER.

01:51PM   4              MR. COOPERSMITH:  YOU CAN'T REMEMBER.

01:51PM   5              PROSPECTIVE JUROR:  I THINK ABC.  I THINK.

01:51PM   6              MR. COOPERSMITH:  ABC?  OKAY.  THANK YOU, SIR.

01:51PM   7          JUROR 181.

01:51PM   8              PROSPECTIVE JUROR:  YEAH, I'VE SEEN IT MORE THAN A

01:51PM   9      YEAR AGO, BUT VARIOUS SOURCES.  BRIT NEWS, BROADCAST NEWS,

01:51PM  10      THOSE KIND OF THINGS.

01:51PM  11              MR. COOPERSMITH:  OKAY.  HOW LONG AGO WAS THAT?

01:51PM  12              PROSPECTIVE JUROR:  MORE THAN A YEAR.

01:51PM  13              MR. COOPERSMITH:  MORE THAN A YEAR.  NOTHING MORE

01:51PM  14      RECENT THAN THAT?

01:51PM  15              PROSPECTIVE JUROR:  NO.

01:51PM  16              MR. COOPERSMITH:  THANK YOU, SIR.

01:51PM  17          ANYONE ELSE I DIDN'T GET TO WHO RAISED THEIR HAND IN

01:51PM  18      RESPONSE TO THE QUESTION ABOUT THE RELATIONSHIP?

01:51PM  19          OKAY.  I SEE NO OTHER HANDS.  THANK YOU.

01:51PM  20          THERE WAS A QUESTION THAT JUDGE DAVILA ASKED NEAR THE

01:51PM  21      BEGINNING OF THE SESSION TODAY.  THAT WAS WHETHER ANYONE KNEW

01:52PM  22      ANY OF THE LAWYERS IN THE CASE OR THE TEAMS THAT WERE

01:52PM  23      REPRESENTING THE GOVERNMENT AND MR. BALWANI.

01:52PM  24          AND I JUST WANT TO MAKE SURE THERE'S NO OTHER JUROR WHO

01:52PM  25      WANTED TO RESPOND TO THAT, BECAUSE I THINK ONE OF OUR TEAM

01:52PM  1    MEMBERS SAW AN ADDITIONAL HAND, BUT WASN'T SURE IF THE PERSON

01:52PM  2    WAS RAISING A HAND, AND SO I JUST WANTED TO GIVE AN OPPORTUNITY

01:52PM  3    TO EVERYONE IF THEY HAD ANY KNOWLEDGE OF THE LAWYERS IN THE

01:52PM  4    CASE.

01:52PM  5         OKAY.  THANK YOU.

01:52PM  6         I'M GOING TO TURN TO ASKING SPECIFIC QUESTIONS OF CERTAIN

01:52PM  7    PEOPLE IN THE ROOM.  AGAIN, IF I DON'T GET TO YOU, I DON'T MEAN

01:52PM  8    ANY OFFENSE, BUT I'M TRYING TO RESPOND TO VARIOUS ANSWERS THAT

01:52PM  9    WERE GIVEN AND THINGS THAT WERE IN THE QUESTIONNAIRES.

01:53PM 10         MY FIRST QUESTION IS FOR JUROR NUMBER 108.  YOU DON'T NEED

01:53PM 11    TO SAY THIS OUT HERE IN FRONT OF THE GROUP, BUT I NOTICE IN

01:53PM 12    YOUR QUESTIONNAIRE THERE WAS SOMETHING THAT MIGHT BE A PRIVATE

01:53PM 13    MATTER THAT YOU WANTED TO DISCUSS, AND I JUST WONDERED IF THERE

01:53PM 14    WAS ANYTHING THAT YOU THOUGHT WOULD BE IMPORTANT FOR US TO KNOW

01:53PM 15    THAT YOU WOULD NEED TO DISCUSS IN PRIVATE AND NOT HERE IN THE

01:53PM 16    PUBLIC SESSION.

01:53PM 17         PROSPECTIVE JUROR:  NOT NECESSARILY.

01:53PM 18         MR. COOPERSMITH:  OKAY.  AND I GUESS WHATEVER THE

01:53PM 19    MATTER IS WE WON'T TALK ABOUT IT.

01:53PM 20         IS THERE ANY IMPACT THAT IT WOULD HAVE ON YOUR VIEWS OF

01:53PM 21    THIS CASE AND YOUR ABILITY TO SIT AS A JUROR OR ANYTHING LIKE

01:53PM 22    THAT?

01:53PM 23         PROSPECTIVE JUROR:  NO.

01:53PM 24         MR. COOPERSMITH:  OKAY.  THANK YOU.

01:54PM 25         (PAUSE IN PROCEEDINGS.)

416

01:54PM  1          MR. COOPERSMITH:  OKAY.  JUROR NUMBER 119, THANK

01:54PM  2     YOU.  MY FIRST QUESTION FOR YOU IS THAT I JUST NOTICED IN YOUR

01:54PM  3     QUESTIONNAIRE THAT YOU SAID, IN RESPONSE TO ONE OF THE

01:54PM  4     QUESTIONS, THAT YOU WOULD NEED TO SEE SOME EVIDENCE TO

01:54PM  5     DETERMINE IF SOMEONE SHOULD BE INNOCENT OR GUILTY.

01:54PM  6          AM I GETTING THAT RIGHT?

01:54PM  7          PROSPECTIVE JUROR:  YES.

01:55PM  8          MR. COOPERSMITH:  OKAY.  AND DO YOU THINK THAT IF

01:55PM  9     YOU WERE A JUROR IN THIS CASE THAT MR. BALWANI WOULD HAVE TO

01:55PM  10    COME FORWARD WITH EVIDENCE FOR YOU TO ACCEPT THAT HE'S NOT

01:55PM  11    GUILTY IN THIS CASE?

01:55PM  12         PROSPECTIVE JUROR:  I THINK I WOULD NEED TO SEE

01:55PM  13    EVIDENCE FROM BOTH SIDES.

01:55PM  14         MR. COOPERSMITH:  OKAY.  AND WHAT IF THE DEFENSE

01:55PM  15    DECIDED NOT TO PRESENT ANY EVIDENCE?  WOULD THAT -- AND THE

01:55PM  16    GOVERNMENT PRESENTED SOME EVIDENCE.  WOULD THAT BE ENOUGH FOR

01:55PM  17    YOU TO CONVICT, OR WOULD YOU STILL HAVE TO WEIGH WHETHER THE

01:55PM  18    GOVERNMENT SATISFIED THEIR BURDEN TO PROVE MR. BALWANI'S GUILT

01:55PM  19    BEYOND A REASONABLE DOUBT?

01:55PM  20         PROSPECTIVE JUROR:  I'M NOT SURE.

01:55PM  21         MR. COOPERSMITH:  AND COULD YOU EXPLAIN WHY YOU ARE

01:55PM  22    NOT SURE?

01:55PM  23         PROSPECTIVE JUROR:  I WOULD THINK I WOULD NEED TO

01:55PM  24    SEE EVIDENCE FROM BOTH SIDES TO KNOW WHETHER ANYONE IS GUILTY

01:55PM  25    OR NOT GUILTY.

01:55PM  1           MR. COOPERSMITH:  OKAY.  SO IF THE GOVERNMENT

01:55PM  2   PRESENTED EVIDENCE, FOR EXAMPLE, AND THE DEFENSE PRESENTED NO

01:55PM  3   EVIDENCE, THAT ALONE MIGHT LEAD YOU TO VOTE FOR GUILTY JUST

01:55PM  4   BECAUSE OF THAT ALONE; IS THAT CORRECT?

01:55PM  5           PROSPECTIVE JUROR:  PERHAPS.

01:55PM  6           MR. COOPERSMITH:  I'M SORRY?

01:55PM  7           PROSPECTIVE JUROR:  PERHAPS.

01:56PM  8           MR. COOPERSMITH:  PERHAPS.

01:56PM  9      WHAT WOULD IT DEPEND ON?

01:56PM 10           PROSPECTIVE JUROR:  I GUESS IT WOULD DEPEND ON THE

01:56PM 11   EVIDENCE THAT IS BEING PRESENTED.

01:56PM 12           MR. COOPERSMITH:  OKAY.  SO IS THERE A SITUATION

01:56PM 13   WHERE YOU MIGHT, EVEN IF THE DEFENSE DIDN'T PRESENT ANY

01:56PM 14   EVIDENCE, YOU MIGHT DECIDE THE GOVERNMENT DIDN'T PRESENT ENOUGH

01:56PM 15   EVIDENCE TO JUSTIFY A GUILTY VERDICT?

01:56PM 16           PROSPECTIVE JUROR:  I'M NOT SURE.

01:56PM 17           MR. COOPERSMITH:  OKAY.  AND IF THE JUDGE INSTRUCTED

01:56PM 18   YOU THAT THAT IS, IN FACT, WHAT YOU WOULD BE REQUIRED TO DO AS

01:56PM 19   A SEATED JUROR, DO YOU THINK YOU COULD FOLLOW THAT INSTRUCTION?

01:56PM 20           PROSPECTIVE JUROR:  YES.

01:56PM 21           MR. COOPERSMITH:  IF THE INSTRUCTION WAS THE WAY

01:56PM 22   THAT I JUST DESCRIBED IT?

01:56PM 23           PROSPECTIVE JUROR:  CORRECT.

01:56PM 24           THE COURT:  OKAY.  MAY I FOLLOW UP, MR. COOPERSMITH?

01:56PM 25           MR. COOPERSMITH:  YOU MAY.

418

01:56PM 1          THE COURT:  THANK YOU.

01:56PM 2          JUROR 119, I -- WHAT I TAKE FROM YOUR ANSWER IS THAT YOU

01:56PM 3   WOULD -- THE QUESTION WAS, "WHAT IF THE DEFENSE PUTS NO

01:56PM 4   EVIDENCE ON, AND WHAT WOULD YOU DO IN THAT SITUATION?"

01:56PM 5          AND WHAT I GATHER FROM YOUR ANSWER, WERE YOU SAYING THAT

01:56PM 6   YOU WILL THEN WEIGH THE EVIDENCE THAT THE GOVERNMENT PUT ON AND

01:57PM 7   DECIDE JUST BASED ON THAT WHETHER OR NOT THEY'D MADE THEIR

01:57PM 8   CASE?

01:57PM 9          PROSPECTIVE JUROR:  CORRECT.

01:57PM 10         THE COURT:  AND I'M CONCERNED WHETHER YOU WERE

01:57PM 11  SAYING IF THE DEFENSE DIDN'T PUT ANYTHING ON, THAT WOULD MAKE

01:57PM 12  YOU VOTE GUILTY BECAUSE THEY DIDN'T PUT ANY EVIDENCE ON AND THE

01:57PM 13  GOVERNMENT DID.

01:57PM 14         PROSPECTIVE JUROR:  I MEAN, NOT NECESSARILY.

01:57PM 15         THE COURT:  YOU WOULD STILL WEIGH IN THAT SITUATION,

01:57PM 16  WHERE, FOR EXAMPLE, IF THE DEFENSE DECIDED NOT TO PUT ANYTHING

01:57PM 17  ON BECAUSE THEY MAY FEEL THAT WE DON'T FEEL THAT THE GOVERNMENT

01:57PM 18  PROVED THEIR CASE AND IT'S THEIR BURDEN, AND MAYBE THAT'S WHY A

01:57PM 19  DEFENSE WOULD NOT PUT EVIDENCE ON.

01:57PM 20         AND I WOULD INSTRUCT YOU, AS MR. COOPERSMITH SAID, I WOULD

01:57PM 21  INSTRUCT YOU, YOU CAN'T CONVICT UNLESS YOU BELIEVE THE EVIDENCE

01:57PM 22  BEFORE YOU, AND IN THIS CASE IN THIS HYPOTHETICAL JUST THE

01:57PM 23  EVIDENCE THAT THE GOVERNMENT PUT ON, UNLESS YOU BELIEVED THAT

01:57PM 24  THAT CONVINCED YOU BEYOND A REASONABLE DOUBT, YOU COULDN'T

01:58PM 25  CONVICT.

01:58PM  1                DO YOU UNDERSTAND THAT CONCEPT?

01:58PM  2                PROSPECTIVE JUROR:  YES.

01:58PM  3                THE COURT:  OKAY.  I DON'T THINK YOU'VE HAD JURY

01:58PM  4     SERVICE BEFORE, AND THIS IS SOMETIMES -- THIS IS A CONCEPT THAT

01:58PM  5     WE SOMETIMES SPEND TIME DISCUSSING WITH JURORS BECAUSE OF THIS.

01:58PM  6          IT'S THE GOVERNMENT'S BURDEN.  IF THEY DON'T MEET THEIR

01:58PM  7     BURDEN, YOU'LL FOLLOW THE LAW AS I GIVE IT TO YOU?  AND I'LL

01:58PM  8     TELL YOU WHAT THAT LAW IS.  YOU HEARD ME DESCRIBE IT.  ACTUALLY

01:58PM  9     I READ YOU AN INSTRUCTION TODAY.  I READ YOU THE PRESUMPTION OF

01:58PM 10     INNOCENCE INSTRUCTION.  THAT'S THE INSTRUCTION THAT THE JURORS

01:58PM 11     WILL GET IN THE FINAL INSTRUCTIONS THAT DESCRIBES THE BURDENS.

01:58PM 12          DO YOU HAVE ANY QUARREL WITH THAT PRESUMPTION AND THOSE

01:58PM 13     REQUIREMENTS?

01:58PM 14                PROSPECTIVE JUROR:  NO.

01:58PM 15                THE COURT:  OKAY.  DO YOU UNDERSTAND THAT CONCEPT

01:58PM 16     THEN?

01:58PM 17                PROSPECTIVE JUROR:  YES.

01:58PM 18                THE COURT:  OKAY.  THANK YOU.

01:58PM 19          THANK YOU, MR. COOPERSMITH.

01:58PM 20                MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:58PM 21          SO AGAIN, JUROR NUMBER 119, JUST TO GET TO A DIFFERENT

01:58PM 22     SUBJECT, DID YOU WATCH ALL OR PART OF THE MOVIE ABOUT THERANOS

01:58PM 23     OR ANYTHING RELATED TO THIS CASE?

01:58PM 24                PROSPECTIVE JUROR:  YEAH.  LIKE I SAID FROM THE

01:58PM 25     BEGINNING, I RECALL WATCHING IT -- A PORTION OF A MOVIE I WOULD

01:59PM  1    LIKE TO SAY OVER A YEAR AGO.

01:59PM  2           MR. COOPERSMITH:  OKAY.  AND DO YOU REMEMBER THE

01:59PM  3    NAME OF IT BY ANY CHANCE?

01:59PM  4           PROSPECTIVE JUROR:  I DO NOT.

01:59PM  5           MR. COOPERSMITH:  AND BASED UPON YOUR WATCHING THE

01:59PM  6    MOVIE, AND IT SOUNDS LIKE IT WAS A YEAR AGO, DID YOU FORM ANY

01:59PM  7    OPINION ABOUT THE CASE OR THE GUILT OR THE INNOCENCE OF

01:59PM  8    MR. BALWANI?

01:59PM  9           PROSPECTIVE JUROR:  NO.

01:59PM 10           MR. COOPERSMITH:  HOW ABOUT OF MS. HOLMES?

01:59PM 11           PROSPECTIVE JUROR:  NO.

01:59PM 12           MR. COOPERSMITH:  HAVE YOU EVER EXPRESSED A VIEW TO

01:59PM 13    A FRIEND OR FAMILY MEMBER OR SOMEONE CLOSE TO YOU ABOUT WHAT

01:59PM 14    YOU THOUGHT ABOUT THIS CASE?

01:59PM 15           PROSPECTIVE JUROR:  NO.

01:59PM 16           MR. COOPERSMITH:  EVER SENT A TEXT OR ANYTHING LIKE

01:59PM 17    THAT?

01:59PM 18           PROSPECTIVE JUROR:  NO.

01:59PM 19           MR. COOPERSMITH:  OKAY.  OKAY.  THANK YOU.

01:59PM 20         JUROR NUMBER 124.  IS THERE A JUROR NUMBER 124?

01:59PM 21           THE CLERK:  NO.  WE EXCUSED THEM.

01:59PM 22           MR. COOPERSMITH:  OH, THERE IS NO -- THANK YOU.

02:00PM 23         (PAUSE IN PROCEEDINGS.)

02:00PM 24           MR. COOPERSMITH:  OKAY.  THIS NEXT IS FOR JUROR 125.

02:00PM 25         I JUST NOTICED ON YOUR QUESTIONNAIRE THAT YOU SAID THAT

02:00PM  1      YOU HAD POTENTIALLY AN ISSUE WITH DISRUPTION OF PATIENT CARE AT

02:00PM  2      YOUR JOB; IS THAT RIGHT?

02:01PM  3                  PROSPECTIVE JUROR:  THAT'S NOT --

02:01PM  4                  MR. COOPERSMITH:  NO?

02:01PM  5                  PROSPECTIVE JUROR:  OH, THAT'S 1 --

02:01PM  6                  MR. COOPERSMITH:  126.

02:01PM  7                  PROSPECTIVE JUROR:  THAT SOUNDS FAMILIAR.

02:01PM  8                  MR. COOPERSMITH:  OKAY.  IS THAT RIGHT?  AND DID YOU

02:01PM  9      HAVE A CONCERN ABOUT THAT?

02:01PM  10                 PROSPECTIVE JUROR:  I THINK THE QUESTION WAS

02:01PM  11     ASKING -- I DON'T REMEMBER THE WORDING EXACTLY, BUT IT WAS JUST

02:01PM  12     ABOUT MY -- IF I KNEW SOMEONE CLOSE TO ME WHO HAD AN EXPERIENCE

02:01PM  13     IN HEALTH CARE.  I THINK THAT'S THE QUESTION.

02:01PM  14                 MR. COOPERSMITH:  NO.

02:01PM  15                 PROSPECTIVE JUROR:  MAYBE IT WAS A DIFFERENT ONE.

02:01PM  16                 MR. COOPERSMITH:  WELL, YEAH.  THAT WASN'T CLEAR.

02:01PM  17        MY FIRST QUESTION IS JUST, DID YOU HAVE A CONCERN THAT --

02:01PM  18                 PROSPECTIVE JUROR:  OH, YES.

02:01PM  19                 MR. COOPERSMITH:  RIGHT.  THE QUESTION WAS, DO YOU

02:01PM  20     HAVE ANY CONCERN IF YOU SERVED AS A JUROR THAT IT WOULD AFFECT

02:01PM  21     PATIENT CARE AT YOUR JOB?

02:01PM  22                 PROSPECTIVE JUROR:  GOT IT.  YES.  I'M A HEALTH CARE

02:01PM  23     PROVIDER, AND HAVING TO BE HERE THREE TIMES A WEEK WHEN I WORK

02:02PM  24     FIVE DAYS A WEEK TO HAVE CONTINUITY OF CARE FOR MY PATIENTS IS

02:02PM  25     QUITE DIFFICULT.

02:02PM  1        I JUST DON'T HAVE ANY OTHER TIME IN MY SCHEDULE TO ALLOW

02:02PM  2   FOR THE VOLUME OF PATIENTS THAT I SEE.

02:02PM  3        SO -- AND ALSO AT THE BEGINNING, YOUR HONOR, YOU HAD SAID

02:02PM  4   THAT POTENTIALLY THERE MIGHT BE DAYS THAT WE ADD OR WE CHANGE,

02:02PM  5   AND DEPENDING ON HOW MUCH NOTICE I GET, THAT IS -- IT HAS

02:02PM  6   ALREADY INTERRUPTED RESCHEDULING PATIENTS, AND ALSO HOW I COME

02:02PM  7   ACROSS TO MY PATIENTS, AND THAT'S MY PRIMARY RESPONSIBILITY,

02:02PM  8   RIGHT?

02:02PM  9        SO, YES.

02:02PM 10             MR. COOPERSMITH:  AM I RIGHT THAT YOU'RE A DOCTOR OF

02:02PM 11   CHIROPRACTRY?

02:02PM 12             PROSPECTIVE JUROR:  CORRECT.

02:02PM 13             MR. COOPERSMITH:  AND IS THERE SOMEONE ELSE WHO

02:02PM 14   COULD FILL IN?

02:02PM 15             PROSPECTIVE JUROR:  I WORK WITH TWO OTHER PROVIDERS.

02:02PM 16   HOWEVER, THEY HAVE THEIR OWN SCHEDULES AS WELL THAT ARE BUSY.

02:03PM 17        SO AT TIMES, YES.  BUT ALSO WE HAVE A WAIT LIST OF ABOUT

02:03PM 18   TWO WEEKS AT TIMES.

02:03PM 19        SO --

02:03PM 20             MR. COOPERSMITH:  I GUESS THAT'S A GOOD THING FOR

02:03PM 21   YOU, RIGHT?

02:03PM 22             PROSPECTIVE JUROR:  YEAH, YEAH.

02:03PM 23        SO IF SOMEONE NEEDED TO COME IN ACUTELY, THAT WOULD BE

02:03PM 24   VERY DIFFICULT.

02:03PM 25             MR. COOPERSMITH:  OKAY.  SO IF YOU WERE SERVING AS A

02:03PM   1    JUROR, HOW WOULD YOU HANDLE THAT SITUATION?  WHAT WOULD YOU DO

02:03PM   2    TO COVER THOSE PATIENTS WHO NEEDED CARE?

02:03PM   3              PROSPECTIVE JUROR:  RIGHT.  SO IF I'M NOT IN OFFICE,

02:03PM   4    EITHER IF I HAVE ANY TIME IN MY SCHEDULE, THEY GET PUSHED INTO

02:03PM   5    THOSE SLOTS; OR IF THERE ARE ANY AVAILABILITIES -- AGAIN, IT'S

02:03PM   6    NOT OFTEN -- BUT AVAILABILITIES ON MY COWORKER'S SCHEDULES,

02:03PM   7    THEY GO THERE.

02:03PM   8        BUT OTHERWISE THEY HAVE TO GET PUSHED OUT SEVERAL WEEKS.

02:03PM   9    AND, YOU KNOW, THAT'S DIFFICULT WITH PEOPLE RECOVERING FROM

02:03PM  10    SPORTS INJURY AND MANAGING PAIN, SO...

02:03PM  11              MR. COOPERSMITH:  OKAY.  SO I UNDERSTAND.

02:03PM  12        IS THERE ANYTHING ELSE ABOUT YOUR KNOWLEDGE OF THIS CASE

02:04PM  13    OR BACKGROUND THAT YOU THINK WOULD CAUSE A PROBLEM FOR YOU

02:04PM  14    BEING A JUROR IN THIS CASE AND BEING FAIR TO MR. BALWANI?

02:04PM  15              PROSPECTIVE JUROR:  YEAH.  SO MY KNOWLEDGE ABOUT

02:04PM  16    ANYTHING RELATED TO THE CASE IS FAIRLY LOW.

02:04PM  17        I DO GET THE SENSE THAT IT HAS SOMETHING TO DO WITH HEALTH

02:04PM  18    CARE, AND AS A PROVIDER, HAVING A MORAL AND ETHICAL OBLIGATION

02:04PM  19    IS OF THE UTMOST PRIORITY.  AND SO IT'S HARD NOT TO BE A LITTLE

02:04PM  20    BIT MORE SUBJECTIVE RATHER THAN OBJECTIVE IF IT HAS TO DO WITH

02:04PM  21    A MORAL AND AN ETHICAL OBLIGATION.

02:04PM  22        SO POTENTIALLY, YES, THAT COULD.

02:04PM  23              MR. COOPERSMITH:  DO YOU THINK, AS THE CASE

02:04PM  24    PROCEEDED, IF YOU HAD ANY CONCERNS ABOUT THAT, I DON'T KNOW

02:04PM  25    WHETHER YOU WOULD OR WOULDN'T, BUT WOULD THAT -- DO YOU THINK

02:04PM   1    YOU COULD PUT THAT ASIDE AND JUST LOOK AT THE EVIDENCE

02:04PM   2    OBJECTIVELY, OR DO YOU THINK YOUR BACKGROUND AS A HEALTH CARE

02:04PM   3    PROVIDER WOULD ALWAYS COLOR YOUR JUDGMENT AS YOU PROCEEDED TO

02:05PM   4    LOOK AT THE FACTS?

02:05PM   5              PROSPECTIVE JUROR:  I DEFINITELY THINK THAT HAVING

02:05PM   6    EXPERIENCE AS A PROVIDER WOULD COLOR MY JUDGMENT.

02:05PM   7         AGAIN, EARLIER I HAD BEEN TALKING ABOUT ANOTHER QUESTION

02:05PM   8    AND, YOU KNOW, I WOULD LIKE TO SAY THAT I WOULD BE COMPLETELY

02:05PM   9    IMPARTIAL AND LOOK AT THE EVIDENCE THAT IT IS, IT IS MY LANE,

02:05PM  10    IT'S WHAT I DO, AND I THINK IT'S IMPORTANT TO UPHOLD THAT MORAL

02:05PM  11    AND ETHICAL CODE, AND I HAVE A PROBLEM WHEN PEOPLE DON'T DO

02:05PM  12    THAT.

02:05PM  13         SO, YEAH, I HAVE A BIAS THERE, YES.

02:05PM  14              MR. COOPERSMITH:  NO.  THANK YOU FOR BEING HONEST.

02:05PM  15         AND DO YOU HAVE SOME CONCEPT COMING INTO THIS CASE THAT

02:05PM  16    YOU THINK THERE WAS ANYTHING DEFICIENT ABOUT WHAT THERANOS WAS

02:05PM  17    PROVIDING IN THE SERVICES IT WAS PROVIDING?

02:05PM  18              PROSPECTIVE JUROR:  NO.  LIKE I SAID, I DON'T KNOW

02:05PM  19    MUCH ABOUT THE CASE.  ALL I KNOW IS THAT THERE IS SOME KIND OF

02:06PM  20    HEALTH CARE CORRELATION THERE, BUT I DON'T KNOW SPECIFICS, SO I

02:06PM  21    DON'T HAVE A PRECONCEIVED NOTION RELATED TO THAT.

02:06PM  22         SO LIKE YOU WERE SAYING, IF SOMETHING WERE TO COME UP

02:06PM  23    THAT'S RELATED TO THE QUESTION YOU WERE ASKING, I DON'T KNOW

02:06PM  24    WHAT THAT WOULD BE INITIALLY.

02:06PM  25              MR. COOPERSMITH:  SO YOUR CONCERNS ARE NOT RELATED

02:06PM 1    NECESSARILY TO THE FACTS OF THIS CASE?

02:06PM 2           PROSPECTIVE JUROR:  NO.

02:06PM 3           MR. COOPERSMITH:  BUT IF IT HAS TO DO WITH HEALTH

02:06PM 4    CARE, YOU'RE PARTICULARLY SENSITIVE TO THAT?

02:06PM 5           PROSPECTIVE JUROR:  YES.

02:06PM 6           MR. COOPERSMITH:  OKAY.  THANK YOU.

02:06PM 7           PROSPECTIVE JUROR:  YEP.

02:06PM 8           MR. COOPERSMITH:  NEXT QUESTION I HAVE IS FOR

02:06PM 9    JUROR 143.

02:06PM 10      MY FIRST QUESTION IS ABOUT YOUR JOB.  I THINK YOU WROTE IN

02:06PM 11   YOUR QUESTIONNAIRE THAT YOU WERE GOING THROUGH A PARTICULARLY

02:06PM 12   BUSY TIME AT WORK.

02:06PM 13      WAS THAT RIGHT?

02:06PM 14          PROSPECTIVE JUROR:  YES.

02:06PM 15          MR. COOPERSMITH:  AND WHAT IS YOUR WORK, IF YOU CAN

02:06PM 16   SAY?

02:06PM 17          PROSPECTIVE JUROR:  I LEAD THE EXECUTIVE

02:07PM 18   COMMUNICATIONS AT A STARTUP.

02:07PM 19          MR. COOPERSMITH:  OKAY.  WHAT TYPE OF FIELD IS THE

02:07PM 20   STARTUP IN?

02:07PM 21          PROSPECTIVE JUROR:  HOME CARE AND HOME MAINTENANCE.

02:07PM 22          MR. COOPERSMITH:  OKAY.  SO IF YOU WERE SERVING AS A

02:07PM 23   JUROR, WOULD YOU HAVE SOME COVERAGE FOR WHAT YOU USUALLY NEED

02:07PM 24   TO DO ON YOUR JOB?

02:07PM 25          PROSPECTIVE JUROR:  YEAH, DEFINITELY.  I MEAN, WORK

02:07PM 1      IS ALWAYS BUSY, BUT, YES, I HAVE A TEAM UNDER ME.

02:07PM 2              MR. COOPERSMITH:  SO THE TEAM WOULD FILL IN AND

02:07PM 3      COVER WHAT YOU NEEDED TO DO?

02:07PM 4              PROSPECTIVE JUROR:  CORRECT.

02:07PM 5              MR. COOPERSMITH:  OKAY.  AND WOULD YOU GET PAID

02:07PM 6      WHILE YOU WERE SERVING AS A JUROR?

02:07PM 7              PROSPECTIVE JUROR:  YES.

02:07PM 8              MR. COOPERSMITH:  THANK YOU.

02:07PM 9          I THINK YOU SAID YOU WATCHED THE DOCUMENTARY A COUPLE

02:07PM 10     YEARS AGO?

02:07PM 11             PROSPECTIVE JUROR:  CORRECT.

02:07PM 12             MR. COOPERSMITH:  AND HAVE YOU EVER, YOU KNOW,

02:07PM 13     DISCUSSED YOUR VIEWS ABOUT THE CASE FROM THE FACTS YOU LEARNED

02:07PM 14     IN THE DOCUMENTARY OR THE INFORMATION THAT YOU LEARNED IN THE

02:07PM 15     DOCUMENTARY?  HAVE YOU EVER DISCUSSED THAT WITH FRIENDS OR

02:07PM 16     FAMILY OR ANYONE ELSE CLOSE TO YOU?

02:07PM 17             PROSPECTIVE JUROR:  NOT THAT I REMEMBER.  I REMEMBER

02:07PM 18     MY WIFE AND I WATCHED IT TOGETHER, SO WE HAD A CONVERSATION

02:08PM 19     IMMEDIATELY AFTERWARDS, BUT NOTHING MORE THAN THAT.

02:08PM 20             MR. COOPERSMITH:  DID YOU FORM ANY OPINION ABOUT

02:08PM 21     WHAT HAPPENED AT THERANOS BASED ON YOUR WATCHING THE

02:08PM 22     DOCUMENTARY?

02:08PM 23             PROSPECTIVE JUROR:  I DON'T REMEMBER.  I DON'T THINK

02:08PM 24     SO.

02:08PM 25             MR. COOPERSMITH:  I THINK YOU SAID THAT YOU

02:08PM 1    UNDERSTOOD THAT A DOCUMENTARY IS JUST ONE FILMMAKER'S

02:08PM 2    PERSPECTIVE.

02:08PM 3              PROSPECTIVE JUROR:  CORRECT.

02:08PM 4              MR. COOPERSMITH:  SO IS IT FAIR TO SAY IF YOU SERVE

02:08PM 5    AS A JUROR, YOU COULD DISREGARD THAT PARTICULAR FILMMAKER'S

02:08PM 6    PERSPECTIVE AND LOOK AT THE EVIDENCE IN THIS CASE?

02:08PM 7              PROSPECTIVE JUROR:  YES.  I MEAN, ANYTHING THAT I

02:08PM 8    KNOW OUTSIDE OF THIS COURTROOM DOESN'T COME INTO THE COURTROOM.

02:08PM 9              MR. COOPERSMITH:  AND DO YOU ALSO HAVE AN

02:08PM 10   UNDERSTANDING THAT FILMMAKERS WHO MAKE DOCUMENTARIES LIKE THE

02:08PM 11   ONE YOU WATCHED MIGHT NOT HAVE ACCESS TO ALL OF THE FACTS THAT

02:08PM 12   A JUROR WOULD HAVE IN THE COURSE OF WATCHING THE EVIDENCE IN

02:08PM 13   THE CASE?

02:08PM 14             PROSPECTIVE JUROR:  YES, DEFINITELY.  THAT'S WHY I

02:09PM 15   COMMENTED IT WAS ONE PERSON'S OPINION.  THEY'RE TRYING TO TELL

02:09PM 16   A STORY.

02:09PM 17             MR. COOPERSMITH:  AND SOMETIMES THE STORY MIGHT BE

02:09PM 18   FOR ENTERTAINMENT.

02:09PM 19             PROSPECTIVE JUROR:  EXACTLY, ESPECIALLY WHEN IT'S ON

02:09PM 20   HBO.

02:09PM 21             MR. COOPERSMITH:  I MEAN, WE CAN TRY TO BE

02:09PM 22   ENTERTAINING AS WELL.

02:09PM 23        OKAY.  NUMBER 161, IF YOU COULD PASS THE MIKE OVER.

02:09PM 24        I JUST WANT TO ASK YOU, 161, THERE WAS A PARTICULAR

02:09PM 25   QUESTION ON THE QUESTIONNAIRE, AND I'M NOT -- I DON'T WANT TO

428

02:09PM   1    SAY IT, BUT YOU ANSWERED THAT YOU WEREN'T SURE HOW TO ANSWER

02:09PM   2    THE QUESTION.

02:09PM   3        DO YOU REMEMBER WHAT I'M TALKING ABOUT?

02:09PM   4            PROSPECTIVE JUROR:  (NODS HEAD SIDE TO SIDE.)

02:09PM   5            MR. COOPERSMITH:  YOUR HONOR, CAN I HAND THIS JUROR

02:10PM   6    HER QUESTIONNAIRE?

02:10PM   7            THE COURT:  TO SHOW HER THIS ONE QUESTION?

02:10PM   8            MR. COOPERSMITH:  JUST TO SHOW HER THE ONE QUESTION.

02:10PM   9            THE COURT:  ANY OBJECTION TO THAT, MR. SCHENK?

02:10PM   10           MR. SCHENK:  NO, YOUR HONOR.

02:10PM   11           THE COURT:  IS THIS QUESTION 56?

02:10PM   12           MR. COOPERSMITH:  YES, YOUR HONOR.

02:10PM   13       (HANDING.)

02:10PM   14           PROSPECTIVE JUROR:  AND I'M LOOKING FOR?

02:10PM   15           THE COURT:  QUESTION 56.  AND JUST READ THAT TO

02:10PM   16   YOURSELF, PLEASE, IF YOU WOULD.

02:10PM   17           PROSPECTIVE JUROR:  OKAY.

02:10PM   18           THE COURT:  THE QUESTION AND YOUR ANSWER TO IT.

02:10PM   19       AND THEN IF YOU WOULD LET MR. COOPERSMITH KNOW WHEN YOU

02:10PM   20   FINISH DOING THAT, HE'LL HAVE A QUESTION FOR YOU.

02:10PM   21           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:11PM   22       (PAUSE IN PROCEEDINGS.)

02:11PM   23           PROSPECTIVE JUROR:  I'VE READ THE QUESTION, YES.

02:11PM   24           MR. COOPERSMITH:  THANK YOU.  THANK YOU.

02:11PM   25       I JUST WANTED TO ASK YOU, WITH REGARD TO THAT QUESTION, IS

```
02:11PM   1      THERE ANYTHING THAT YOU THINK WOULD BE USEFUL FOR US TO KNOW IN
02:11PM   2      A PRIVATE CONVERSATION WITH THE JUDGE, IF JUDGE DAVILA
02:11PM   3      PERMITTED THAT?
02:11PM   4             PROSPECTIVE JUROR:  I'M NOT SURE.  I DON'T KNOW THAT
02:11PM   5      I CAN TALK.
02:11PM   6             MR. COOPERSMITH:  I'M SORRY?
02:11PM   7             PROSPECTIVE JUROR:  I SAID I'M NOT SURE I COULD
02:11PM   8      TALK, BUT --
02:11PM   9             MR. COOPERSMITH:  OKAY.  I DON'T WANT TO DISCUSS IT
02:11PM  10      PUBLICLY, BUT I JUST WANTED TO -- IF YOU HAVE ANY PARTICULAR
02:12PM  11      VIEWS ON THE SUBJECT THAT IS INCLUDED IN THAT QUESTION, YOU
02:12PM  12      KNOW, IT WOULD BE IMPORTANT FOR US TO KNOW THAT, AND I WONDER
02:12PM  13      IF IT WOULD BE HELPFUL FOR YOU TO TALK ABOUT THAT PRIVATELY
02:12PM  14      RATHER THAN IN A PUBLIC SESSION.
02:12PM  15             PROSPECTIVE JUROR:  NO, I REALLY DON'T KNOW HOW TO
02:12PM  16      ANSWER.
02:12PM  17             MR. COOPERSMITH:  OKAY.  DID YOU UNDERSTAND THE
02:12PM  18      QUESTION?
02:12PM  19          (PAUSE IN PROCEEDINGS.)
02:12PM  20             PROSPECTIVE JUROR:  I'D LIKE TO THINK SO.
02:12PM  21             MR. COOPERSMITH:  THANK YOU.
02:12PM  22          LET ME ASK YOU MORE GENERALLY, ARE THERE ANY VIEWS THAT
02:12PM  23      YOU HAVE ABOUT THIS CASE OR THINGS THAT YOU KNOW OR THINGS FROM
02:12PM  24      YOUR BACKGROUND ABOUT MR. BALWANI OR ABOUT ANYTHING ELSE IN
02:12PM  25      THIS CASE THAT YOU THINK WOULD AFFECT YOUR ABILITY TO BE A FAIR
```

430

02:12PM  1    AND IMPARTIAL JUROR?

02:12PM  2            PROSPECTIVE JUROR:  NO.

02:12PM  3            MR. COOPERSMITH:  OKAY.  THANK YOU.  THANKS.

02:13PM  4        (PAUSE IN PROCEEDINGS.)

02:13PM  5            MR. COOPERSMITH:  OKAY.  THE NEXT QUESTION I HAVE IS

02:13PM  6    FOR JUROR 165.

02:14PM  7        IN AN EARLIER ANSWER YOU GAVE, YOU TALKED ABOUT PARTICULAR

02:14PM  8    WEBSITES THAT YOU LOOKED AT TO FOLLOW SOME NEWS ABOUT THE

02:14PM  9    THERANOS CASE.

02:14PM  10       DO YOU REMEMBER THAT?

02:14PM  11           PROSPECTIVE JUROR:  YES.

02:14PM  12           MR. COOPERSMITH:  AND I JUST WONDERED WHICH WEBSITES

02:14PM  13   THEY WERE.

02:14PM  14           PROSPECTIVE JUROR:  REDDIT, TWITTER,

02:14PM  15   "NEW YORK TIMES," CNN MOSTLY, NOT THE WEBSITE, BUT THE ACTUAL,

02:14PM  16   LIKE, TELEVISION SHOW.

02:14PM  17           MR. COOPERSMITH:  OKAY.  THANK YOU.

02:14PM  18       AND I THINK, AS YOU HEARD JUDGE DAVILA SAY BEFORE, YOU

02:14PM  19   KNOW, HE WILL INSTRUCT THE JURY THAT YOU CAN'T DO OUTSIDE

02:14PM  20   RESEARCH, YOU CAN'T LOOK AROUND THE INTERNET FOR INFORMATION

02:14PM  21   ABOUT THE CASE, NOTHING LIKE THAT.

02:14PM  22       AND I KNOW THIS IS, LIKE, PART OF A LOT OF OUR LIVES, THIS

02:14PM  23   IS PART OF YOUR LIFE AND HOW YOU KEEP UP WITH THINGS.

02:14PM  24       HOW DIFFICULT IS THAT GOING TO BE?  DO YOU THINK THAT YOU

02:14PM  25   COULD STOP DOING THAT AT LEAST AS IT CONCERNS THIS CASE WHILE

431

02:15PM   1    YOU WERE SITTING AS A JUROR IF YOU WERE SITTING AS A JUROR?

02:15PM   2         PROSPECTIVE JUROR:  I THINK FOR THE MOST PART IT

02:15PM   3    WOULD BE DIFFICULT IN THE SENSE THAT I SPEND -- WHENEVER I'M ON

02:15PM   4    THE INTERNET THAT IS NOT WORK RELATED, IT'S WITH THOSE SITES

02:15PM   5    AND I -- THAT'S PROBABLY WELL OVER AN HOUR A DAY SORT OF TIME.

02:15PM   6    SO I -- THAT WOULD -- I WOULD NEED TO FIND OUT WHAT TO DO WITH

02:15PM   7    THAT TIME.

02:15PM   8         BUT, YEAH, I FEEL LIKE THAT -- IT PROBABLY WOULD TAKE A

02:15PM   9    WHILE TO ADJUST, BUT IT'S DEFINITELY POSSIBLE FOR ME TO CUT

02:15PM  10    THOSE OUT FOR THE DURATION OF THE CASE.

02:15PM  11         MR. COOPERSMITH:  AND LET'S SAY THAT YOU WERE DOING

02:15PM  12    YOUR NORMAL ROUTINE AND YOU WERE LOOKING ON THE INTERNET AND

02:15PM  13    YOU CAME ACROSS "THE NEW YORK TIMES" OR ANY OTHER PUBLICATION

02:15PM  14    ON THE INTERNET, AND YOU SAW, LIKE, THE WORD "THERANOS," OR

02:15PM  15    "BALWANI."

02:15PM  16         WHAT WOULD YOU DO IN THAT CASE?

02:15PM  17         PROSPECTIVE JUROR:  SO FOR THINGS, LIKE, WHEN I GET

02:15PM  18    ADS FOR HULU, WHICH I WAS REGARDED TO NOT LOOK AT ANYMORE WHEN

02:16PM  19    IT'S FOR SOME OF THE NEW SHOWS, I ALWAYS TRY AND SCROLL PAST IT

02:16PM  20    AS QUICKLY AS POSSIBLE BECAUSE I'M TRYING TO NOT LET THAT

02:16PM  21    AFFECT MY JUDGMENT IN ANY WAY.

02:16PM  22         BUT I STILL REMEMBER THE MAIN CATCH LINE THAT THEY USE ON

02:16PM  23    THE ADVERTISING ABOUT THE VIDEO CLIP OR WHATEVER WHEN I'M

02:16PM  24    SCROLLING THROUGH TWITTER OR ANYTHING LIKE THAT.

02:16PM  25         MR. COOPERSMITH:  SO DO YOU THINK IT WOULD BE HARD

02:16PM  1    TO SHIELD YOURSELF COMPLETELY FROM INFORMATION ABOUT THIS CASE

02:16PM  2    EVEN IF THE JUDGE INSTRUCTED YOU NOT TO PAY ATTENTION TO

02:16PM  3    ANYTHING OUTSIDE OF THE WALLS OF THIS COURTROOM?

02:16PM  4         PROSPECTIVE JUROR:  I THINK IT WOULD BE DOABLE FOR

02:16PM  5    ME.  IT MIGHT TAKE ME A WHILE TO ADJUST, BUT I KNOW I CAN DO IT

02:16PM  6    IF INSTRUCTED.

02:17PM  7         (PAUSE IN PROCEEDINGS.)

02:17PM  8         MR. COOPERSMITH:  YOUR HONOR, IF I COULD HAVE A FEW

02:17PM  9    MINUTES TO LOOK AT MY NOTES?

02:17PM 10         THE COURT:  YOU NEED A MOMENT TO REVIEW?

02:17PM 11         MR. COOPERSMITH:  YES.

02:17PM 12         THE COURT:  SURE.  GO RIGHT AHEAD.

02:17PM 13     FOLKS, IF YOU WANT TO TAKE A STANDING BREAK, FEEL FREE TO

02:17PM 14    STAND UP AND STRETCH FOR A MOMENT IF YOU WOULD LIKE.

02:18PM 15         (STRETCHING.)

02:18PM 16         THE COURT:  DOES ANY MEMBER WISH TO TAKE A BREAK, A

02:18PM 17    FIVE MINUTE BREAK TO LEAVE THE COURTROOM FOR ANY PURPOSE?  IF

02:18PM 18    NOT, WE'LL STAY HERE.

02:18PM 19         OKAY.  THANK YOU.  I DON'T SEE ANY HANDS.

02:20PM 20         (PAUSE IN PROCEEDINGS.)

02:20PM 21         THE COURT:  ALL RIGHT.  THANK YOU.

02:20PM 22     MR. COOPERSMITH, ARE YOU READY TO PROCEED?

02:20PM 23         MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU FOR

02:20PM 24    THE COURT'S INDULGENCE.

02:20PM 25         THE COURT:  SURE.

02:20PM  1          MR. COOPERSMITH:  SO I JUST WANT TO ASK YOU ONE

02:20PM  2   QUESTION.  YOU TALKED ABOUT YOUR CAREER AS A FORENSIC

02:20PM  3   ACCOUNTANT, RIGHT?

02:20PM  4       AND YOU INVESTIGATED FRAUD CASES, OR HELPED INVESTIGATE

02:20PM  5   FRAUD CASES AS PART OF YOUR JOB; IS THAT RIGHT?

02:20PM  6          PROSPECTIVE JUROR:  THAT'S CORRECT.

02:20PM  7          MR. COOPERSMITH:  AND YOU COME INTO THOSE CASES

02:20PM  8   WITHOUT ANY PARTICULAR BIAS ONE WAY OR THE OTHER, YOU JUST

02:20PM  9   FOLLOW THE EVIDENCE WHERE IT LEADS; IS THAT FAIR?

02:20PM 10          PROSPECTIVE JUROR:  YEAH.  WE'RE NORMALLY ENGAGED BY

02:21PM 11   COUNSEL, AND WE DON'T MAKE ANY DETERMINATION OF INNOCENCE OR

02:21PM 12   GUILT.  WE JUST GATHER THE UNDERLYING FACTS.

02:21PM 13          MR. COOPERSMITH:  OKAY.  HAVE YOU EVER IN YOUR

02:21PM 14   CAREER BEEN ON A CASE WHERE YOU WERE LOOKING AT THE FACTS AND

02:21PM 15   INVESTIGATING IT AND YOU FOUND, AS A RESULT OF THAT, THAT THERE

02:21PM 16   WASN'T ANY FRAUD, AT LEAST THAT'S THE WAY THAT IT CAME OUT?

02:21PM 17          PROSPECTIVE JUROR:  YES.

02:21PM 18          MR. COOPERSMITH:  HAS THAT HAPPENED QUITE A FEW

02:21PM 19   TIMES IN YOUR CAREER?

02:21PM 20          PROSPECTIVE JUROR:  IT DOES HAPPEN REGULARLY.  IT

02:21PM 21   GOES BACK AND FORTH.  SOME FRAUD ALLEGATIONS ARE ACCURATE, AND

02:21PM 22   SOME FRAUD ALLEGATIONS ARE NOT INACCURATE.

02:21PM 23          MR. COOPERSMITH:  ARE YOU CERTIFIED AS A CPA?

02:21PM 24          PROSPECTIVE JUROR:  I'M A CPA, A CA, AND A CHARTER

02:21PM 25   BUSINESS VALUATOR FOR ECONOMIC DAMAGES.

```
02:21PM   1              MR. COOPERSMITH:  OKAY.  AND IN THE WORK YOU DO, YOU
02:21PM   2    WORK FOR A PRIVATE EMPLOYER; RIGHT?
02:21PM   3              PROSPECTIVE JUROR:  I DO.
02:22PM   4              MR. COOPERSMITH:  YOU DON'T WORK FOR THE GOVERNMENT?
02:22PM   5              PROSPECTIVE JUROR:  NO.
02:22PM   6              MR. COOPERSMITH:  BUT DO YOU THINK THAT YOUR WORK IS
02:22PM   7    SIMILAR TO THE WORK OF WHAT FEDERAL AGENTS DO AS FAR AS YOU
02:22PM   8    KNOW?
02:22PM   9              PROSPECTIVE JUROR:  I'M SORRY, WHAT TYPE OF FEDERAL
02:22PM  10    AGENT?
02:22PM  11              THE COURT:  WELL, I THINK THAT REQUIRES SOME
02:22PM  12    FOUNDATION, MR. COOPERSMITH.
02:22PM  13              MR. COOPERSMITH:  WELL, DO YOU KNOW --
02:22PM  14        THANK YOU, YOUR HONOR.
02:22PM  15        DO YOU KNOW WHAT FBI AGENTS WHO INVESTIGATE FRAUD CASES
02:22PM  16    DO?
02:22PM  17              PROSPECTIVE JUROR:  GENERALLY, YES.
02:22PM  18              MR. COOPERSMITH:  AND IN THE COURSE OF YOUR CAREER,
02:22PM  19    HAVE YOU EVER INTERACTED WITH ANYONE LIKE THAT?
02:22PM  20              PROSPECTIVE JUROR:  I MEAN, I HAVE WORKED WITH A LOT
02:22PM  21    OF FORMER FBI, CIA, U.S. ATTORNEYS, ALL TYPES.
02:22PM  22              MR. COOPERSMITH:  OKAY.  AND IS THE WORK THAT YOU DO
02:22PM  23    ON THE PRIVATE SIDE, IS IT SIMILAR IN TERMS OF FACT FINDING AND
02:22PM  24    LOOKING AT EVIDENCE?
02:22PM  25              PROSPECTIVE JUROR:  IT IS.
```

```
02:22PM   1              MR. COOPERSMITH:  OKAY.  THANK YOU.

02:22PM   2         I DON'T HAVE ANYTHING FURTHER, YOUR HONOR.

02:22PM   3              THE COURT:  OKAY.  THANK YOU.

02:22PM   4         ANY FURTHER QUESTIONS FROM THE GOVERNMENT?

02:23PM   5              MR. SCHENK:  NO, YOUR HONOR.

02:23PM   6              THE COURT:  ALL RIGHT.  THANK YOU.

02:23PM   7         LADIES AND GENTLEMEN, WHAT I'D LIKE TO DO IS TO TAKE ABOUT

02:23PM   8    A 15 MINUTE BREAK HERE.  WE'RE GOING TO BREAK.  I WANT TO TALK

02:23PM   9    TO THE LAWYERS ABOUT NEXT STEPS.

02:23PM  10         IF YOU COULD GO DOWN TO THE JURY ASSEMBLY ROOM, PLEASE.

02:23PM  11    IF YOU COULD COLLECT YOURSELVES THERE, AND YOU'LL BE NOTIFIED

02:23PM  12    BY THE JURY COMMISSIONER AS TO WHAT NEXT STEPS WE'LL TAKE.

02:23PM  13         IT MAY BE THAT YOU'LL BE ALLOWED TO GO HOME, EXCUSED FOR

02:23PM  14    THE DAY -- NOT FROM YOUR SERVICE, BUT FOR THE DAY -- AND THEN

02:23PM  15    BE NOTIFIED ABOUT WHETHER OR NOT AND WHEN YOU NEED TO RETURN

02:23PM  16    FOR ANY FURTHER PURPOSE.

02:23PM  17         BUT I DO WANT TO TALK WITH THE LAWYERS FOR JUST A MOMENT

02:23PM  18    ABOUT NEXT STEPS, AND I DON'T WANT TO INCONVENIENCE YOU IN

02:23PM  19    SITTING HERE AND WAITING FOR THAT.

02:23PM  20         SO LET'S SEND YOU DOWN TO THE JURY ASSEMBLY ROOM, AND

02:23PM  21    YOU'LL BE CONTACTED ABOUT WHAT IS NEXT GOING TO OCCUR.  THANK

02:24PM  22    YOU.

02:24PM  23         IF YOU COULD LEAVE THE DOCUMENTS HERE, THAT WOULD BE

02:24PM  24    HELPFUL.

02:24PM  25         YES, YOUR MAPS, RIGHT, OR CALENDARS.
```

02:24PM    1              (PROSPECTIVE JURY PANEL OUT AT 2:24 P.M.)

02:25PM    2              THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

02:25PM    3     YOU.

02:25PM    4         WE'RE ON THE RECORD, AND THE RECORD SHOULD REFLECT OUR

02:25PM    5     PROSPECTIVE PANEL HAS LEFT THE COURTROOM.  ALL COUNSEL AND THE

02:25PM    6     DEFENDANT ARE PRESENT.

02:25PM    7         COUNSEL, WHAT SHOULD WE DO NEXT?

02:25PM    8              MR. COOPERSMITH:  I ALWAYS LIKE WHEN JUDGES ASK ME

02:25PM    9     THAT, YOUR HONOR.  THANK YOU.

02:25PM   10         YOU KNOW, WE HAVE A NUMBER OF ISSUES TO DISCUSS ABOUT

02:25PM   11     TODAY'S PANEL, AND I THINK WE HAVE SOME ISSUES LEFT OVER FROM

02:25PM   12     YESTERDAY'S PANEL, BOTH HARDSHIP ISSUES AND CAUSE ISSUES.

02:25PM   13         WE CAN DISCUSS THOSE ALL TOGETHER.  WHATEVER THE COURT'S

02:25PM   14     PREFERENCE IS.  BUT THAT'S THE REMAINING BUSINESS FOR THESE TWO

02:25PM   15     PANELS THAT I SEE AT LEAST.

02:25PM   16              THE COURT:  OKAY.  WELL, WE HAVE ONE PANEL STILL

02:25PM   17     HERE, TODAY'S PANEL HERE, AND I WANT TO INQUIRE WHETHER OR NOT

02:25PM   18     WE SHOULD RELEASE THEM FOR THE DAY OR WHETHER WE SHOULD KEEP

02:25PM   19     SOME OF THEM.

02:25PM   20         SO LET ME HEAR YOUR THOUGHTS ON THAT.

02:25PM   21              MR. SCHENK:  THANK YOU, YOUR HONOR.

02:25PM   22         I THINK THE QUESTION BEFORE US IS WHETHER WE HAVE

02:25PM   23     SUFFICIENT INFORMATION TO MAKE ANY DECISIONS REGARDING THE

02:26PM   24     PANEL THAT IS HERE, AND THE GOVERNMENT'S ANSWER IS YES.

02:26PM   25         I DON'T THINK THERE'S ANY JUROR PRESENT IN THE COURTHOUSE

02:26PM 1    TODAY THAT WE NEED TO CALL BACK INTO THE COURTROOM TO ASK

02:26PM 2    FURTHER QUESTIONS, SO OUR VIEW IS THAT WE COULD RELEASE THIS

02:26PM 3    PANEL.  THE GOVERNMENT DOES NOT INTEND TO MAKE FOR CAUSE.

02:26PM 4         I'D BE HAPPY TO LOOK THROUGH THE NOTES AND SEE IF THERE

02:26PM 5    ARE SOME HARDSHIP ONES THAT MAY HAVE BEEN OVERLOOKED OR FURTHER

02:26PM 6    DEVELOPED IN THE LAST FEW HOURS.

02:26PM 7         BUT IF MR. COOPERSMITH HAS FOR CAUSE OR HARDSHIP, I DON'T

02:26PM 8    KNOW THAT THE JURY NEEDS TO BE PRESENT IN THE COURTHOUSE FOR

02:26PM 9    THEM.

02:26PM 10             THE COURT:  RIGHT.

02:26PM 11             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:26PM 12        I CERTAINLY AGREE WE WOULDN'T HAVE TO KEEP THE JURY IF

02:26PM 13   WE'RE JUST TALKING ABOUT CAUSE AND THEY CAN BE NOTIFIED.

02:26PM 14        THE ISSUE, THOUGH, FOR THIS PANEL THAT IS STILL HERE IS

02:26PM 15   THAT THERE ARE JURORS, MAYBE TWO, MAYBE THREE, WHO KNEW ABOUT

02:26PM 16   THE PRIOR CONVICTION OF MS. HOLMES.

02:26PM 17        THERE ARE ALSO A FEW JURORS WHO KNEW ABOUT, BASED ON THEIR

02:26PM 18   QUESTIONNAIRES, THE ISSUE OF THE ALLEGATIONS AGAINST

02:27PM 19   MR. BALWANI RELATING TO ABUSE.

02:27PM 20        AND IT'S VERY HARD, AND AS WE ALREADY DISCUSSED, TO FULLY

02:27PM 21   DEVELOP THOSE THINGS DURING VOIR DIRE IN A PUBLIC SETTING.

02:27PM 22        SO WE WOULD LIKE TO QUESTION THOSE JURORS INDIVIDUALLY.

02:27PM 23        AND, YOU KNOW, OUR POSITION IS, AS WE DISCUSSED YESTERDAY,

02:27PM 24   FOR EACH JUROR THAT SHOULD BE QUESTIONED INDIVIDUALLY, I

02:27PM 25   UNDERSTAND FROM WHAT THE COURT DID YESTERDAY, THAT IT MIGHT --

438

| | | |
|---|---|---|
| 02:27PM | 1 | THE COURT'S RULING MIGHT BE TO DO IT AS A GROUP, |
| 02:27PM | 2 | NOTWITHSTANDING OUR DESIRE. |
| 02:27PM | 3 | SO THAT, YOU KNOW, WOULD BE BETTER THAN NOT DOING IT AT |
| 02:27PM | 4 | ALL, YOUR HONOR. |
| 02:27PM | 5 | THE COURT:  SO THANK YOU. |
| 02:27PM | 6 | ARE YOU -- YOU ASKED A QUESTION ABOUT KNOWLEDGE OF A |
| 02:27PM | 7 | ROMANTIC RELATIONSHIP.  I DON'T THINK YOU USED THE WORD "ABUSE" |
| 02:27PM | 8 | IN YOUR QUESTION. |
| 02:27PM | 9 | MR. COOPERSMITH:  NO, I DID NOT, YOUR HONOR. |
| 02:27PM | 10 | THE COURT:  AND THERE WERE FIVE PEOPLE THAT ANSWERED |
| 02:27PM | 11 | AFFIRMATIVELY TO THAT QUESTION. |
| 02:27PM | 12 | ARE YOU ASKING THAT WE BRING THOSE FIVE IN AND MAKE |
| 02:27PM | 13 | FURTHER INQUIRY ABOUT THAT? |
| 02:27PM | 14 | MR. COOPERSMITH:  YES, YOUR HONOR, BECAUSE -- NOT |
| 02:27PM | 15 | FOR ALL OF THEM, I COULD LOOK AT THE QUESTIONNAIRES, BUT FOR |
| 02:28PM | 16 | SOME OF THEM THEY SEEMED TO BE AWARE OF EXACTLY WHAT THE |
| 02:28PM | 17 | QUESTION WAS. |
| 02:28PM | 18 | AND THE ISSUE THAT WE'RE CONCERNED ABOUT FOR VOIR DIRE |
| 02:28PM | 19 | PURPOSES ISN'T THAT THEY KNOW ABOUT THE RELATIONSHIP.  THAT'S |
| 02:28PM | 20 | GOING TO BE, I THINK, EVIDENT DURING THE COURSE OF THE EVIDENCE |
| 02:28PM | 21 | IN THE CASE. |
| 02:28PM | 22 | IT'S ABOUT THIS PARTICULAR ALLEGATION THAT MS. HOLMES MADE |
| 02:28PM | 23 | AGAINST MR. BALWANI.  THAT'S THE ISSUE THAT WE THINK HAS TO BE |
| 02:28PM | 24 | FURTHER EXPLORED WITH MORE INDIVIDUALIZED VOIR DIRE. |
| 02:28PM | 25 | THE COURT:  WELL, SO WE HAVE THESE FIVE HERE THAT I |

02:28PM  1    IDENTIFIED THAT RESPONDED AFFIRMATIVELY TO YOUR QUESTION OF

02:28PM  2    KNOWLEDGE OF, AS YOU PUT IT, ROMANTIC RELATIONSHIP.

02:28PM  3        SHOULD WE BRING THESE FIVE IN THEN IN YOUR OPINION?

02:28PM  4    YOU'RE GOING TO GET SOME HELP HERE FROM SOMEONE IT LOOKS LIKE.

02:28PM  5            MR. COOPERSMITH:  IT'S ALWAYS NICE WHEN I GET HELP,

02:28PM  6    YOUR HONOR.

02:28PM  7        AGAIN, WE THINK EACH PERSON SHOULD BE BROUGHT IN

02:28PM  8    INDIVIDUALLY, BUT WE UNDERSTAND THE COURT WANTED TO DO IT AS A

02:28PM  9    GROUP, AT LEAST YESTERDAY WITH THE CONVICTIONS.

02:28PM  10       BUT WE DO THINK THAT WE HAVE TO DO THAT IN SOME FASHION,

02:28PM  11   BECAUSE WHAT I ASKED THE JURORS DURING MY QUESTIONING WAS

02:28PM  12   WHETHER THEY KNEW OF THE RELATIONSHIP AND THOSE PEOPLE SAID

02:29PM  13   YES.

02:29PM  14       AND I ALSO ASKED THEM WHAT SOURCE THEY HAD AND WHEN?

02:29PM  15       AND WHEN YOU LOOK AT THE NEWS MEDIA THAT'S BEEN COVERING

02:29PM  16   THE CASE, EVERY TIME THEY HAVE MENTIONED THE RELATIONSHIP IN

02:29PM  17   ANY MEDIA THAT I HAVE EVER SEEN IN THIS CASE FROM ANY

02:29PM  18   PUBLICATION, THAT WAS ALWAYS THE -- WHAT THEY TALKED ABOUT.

02:29PM  19           THE COURT:  NO, NO, I'M NOT -- YOU DON'T HAVE TO

02:29PM  20   DEFEND WHETHER OR NOT WE SHOULD BRING THEM UP.

02:29PM  21           MR. COOPERSMITH:  OKAY.  THANKS.

02:29PM  22           THE COURT:  THAT'S THE FIVE THAT I IDENTIFIED, 161,

02:29PM  23   165, 162, 179, AND 181.  THOSE ARE THE FIVE THAT YOU ASKED THE

02:29PM  24   QUESTION OF THAT RESPONDED AFFIRMATIVELY ACCORDING TO MY NOTES.

02:29PM  25           MR. COOPERSMITH:  YOUR HONOR, MY COLLEAGUE

02:29PM 1      MS. WALSH'S NOTES SHOW A FEW MORE.

02:29PM 2          WE HAD 108, 125, 131, 134, 143, 161, 165, 162, 179, AND

02:29PM 3      181.

02:29PM 4              THE COURT:  TO THAT QUESTION?

02:29PM 5              MR. COOPERSMITH:  TO THE RELATIONSHIP QUESTION, YES.

02:30PM 6              THE COURT:  I SEE.  OKAY.

02:30PM 7              MR. COOPERSMITH:  AND THEN THERE WERE, AS I SAID, A

02:30PM 8      FEW OTHERS WHO KNEW ABOUT THE PRIOR CONVICTION, SO THEY MAY

02:30PM 9      HAVE SOME OVERLAP ON THAT.  THERE WERE AT LEAST TWO OR THREE.

02:30PM 10     WE CAN COME UP WITH THAT LIST.

02:30PM 11             THE COURT:  WELL, LET'S TAKE TEN MINUTES AND LET YOU

02:30PM 12     GET A LIST TOGETHER, BECAUSE WHAT WE MAY DO -- LET'S LOOK AT

02:30PM 13     THAT.  I DON'T WANT TO KEEP OUR JURORS DOWN THERE ANY LONGER

02:30PM 14     THAN WE HAVE TO.

02:30PM 15         AND IF WE'RE GOING TO BRING SOME FOLKS UP, I'D LIKE TO DO

02:30PM 16     THAT IN A WAY THAT ALLOWS THE PARTIES TO GAIN INFORMATION THAT

02:30PM 17     THEY NEED, BUT ALSO TO DO IT IN AN EFFICIENT MANNER TO

02:30PM 18     ACCOMPLISH THAT.

02:30PM 19         SO LET'S TAKE --

02:30PM 20             MR. COOPERSMITH:  YES.

02:30PM 21             THE COURT:  SO LET'S GIVE YOU ABOUT TEN MINUTES TO

02:30PM 22     DO THAT.

02:30PM 23             MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

02:30PM 24             THE COURT:  WE'LL BE IN RECESS.

02:30PM 25         (RECESS FROM 2:30 P.M. UNTIL 2:45 P.M.)

02:45PM 1          THE COURT:  WE'RE BACK ON THE RECORD OUTSIDE OF THE

02:45PM 2     PRESENCE OF OUR PROSPECTIVE PANEL.

02:45PM 3          ALL COUNSEL, MR. BALWANI IS PRESENT.

02:46PM 4          MR. COOPERSMITH.

02:46PM 5          MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:46PM 6          AND THANK YOU FOR GIVING US A LITTLE TIME.  WE REALLY

02:46PM 7     APPRECIATE IT.

02:46PM 8          SO, FIRST OF ALL, GOING BACK TO THE RELATIONSHIP ISSUE, IN

02:46PM 9     THE TIME WE HAD THERE, WE CULLED DOWN OUR LIST A LITTLE BIT.

02:46PM 10    WE SAW THAT WE HAD SOME PEOPLE WHO WATCHED OR LISTENED TO

02:46PM 11    SOMETHING LONG ENOUGH AGO THAT WE WOULDN'T BE CONCERNED WITH

02:46PM 12    THE ISSUE THAT WE'RE CONCERNED ABOUT.

02:46PM 13         SO WE CUT PEOPLE OFF FROM THAT LIST.

02:46PM 14         THE COURT:  RIGHT.

02:46PM 15         MR. COOPERSMITH:  SO I COULD READ IT AGAIN AND TELL

02:46PM 16    YOU WHO WE TOOK OFF.  MAYBE I'LL READ IT AGAIN.

02:46PM 17         THE PEOPLE THAT WE THINK SHOULD BE QUESTIONED

02:46PM 18    INDIVIDUALLY, 108, 125, 131, 134, 161, 165, 162, AND 179.  AND

02:46PM 19    THAT'S A REVISED LIST FROM THE ONE I GAVE BEFORE THE BREAK.

02:46PM 20         AND, YOUR HONOR, SINCE WE THINK IT'S VERY LIKELY THAT THEY

02:46PM 21    KNOW ABOUT THE ALLEGATIONS OF ABUSE, WE DON'T KNOW THAT FOR

02:47PM 22    SURE, SO WE THINK THERE'S SOME RISK IN QUESTIONING THEM ALL

02:47PM 23    TOGETHER BECAUSE IF WE'RE GOING TO HAVE A CANDID DISCUSSION

02:47PM 24    ABOUT WHAT THEY KNOW ABOUT THAT ISSUE, IT MIGHT TAINT OTHERS IF

02:47PM 25    SOME PEOPLE KNOW MORE THAN OTHERS ABOUT EXACTLY WHAT WAS GOING

02:47PM 1    ON, OR WHAT THE ALLEGATIONS WERE RATHER.

02:47PM 2         SO THAT WAS -- I MEAN, I KNOW IT WAS MORE TIME-CONSUMING,

02:47PM 3    BUT THAT WAS THE ISSUE WE HAD.

02:47PM 4         TURNING TO THE OTHER QUESTION, THERE'S ONLY TWO JURORS

02:47PM 5    THAT WE THINK WOULD HAVE TO BE INDIVIDUALLY QUESTIONED ABOUT

02:47PM 6    THE KNOWLEDGE OF THE PRIOR CONVICTION, AND THAT'S JUROR 165 AND

02:47PM 7    JUROR 180.

02:47PM 8         SO THERE'S AN OVERLAP, OBVIOUSLY WITH 165.

02:47PM 9         180 IS SOMEONE WHO APPARENTLY DIDN'T RAISE HIS HAND ABOUT

02:47PM 10   THE RELATIONSHIP, BUT DOES KNOW ABOUT THE PRIOR CONVICTION.

02:47PM 11             MR. SCHENK:  180 HAS BEEN EXCUSED.

02:47PM 12             MR. COOPERSMITH:  OH, IS THAT RIGHT?

02:47PM 13             THE COURT:  YES.

02:47PM 14             THE CLERK:  YES.

02:47PM 15             MR. COOPERSMITH:  WELL, THAT SOLVES 180.  GREAT.

02:47PM 16   THANK YOU.

02:47PM 17        SO THAT JUST MEANS WE HAVE 165 WHO WOULD BE THE ONE JUROR

02:48PM 18   WHO WOULD HAVE TO TALK ABOUT BOTH ISSUES.

02:48PM 19             MR. SCHENK:  YOUR HONOR, LET ME START WITH THE

02:48PM 20   CONVICTION ISSUE.

02:48PM 21        165 EXPRESSED KNOWLEDGE OF THE CONVICTION VERY EARLY ON

02:48PM 22   THIS MORNING AND WAS ASKED MULTIPLE TIMES AFTER THE EXPRESSION

02:48PM 23   OF THAT KNOWLEDGE WHETHER THAT JUROR COULD BE FAIR.

02:48PM 24        THERE IS NO NEED TO DO INDIVIDUAL VOIR DIRE ON THE

02:48PM 25   CONVICTION QUESTION.  THAT HAS BEEN THOROUGHLY DISCUSSED AFTER

443

02:48PM 1    THE JUROR EXPRESSED KNOWLEDGE OF THAT FACT.

02:48PM 2       SO I DON'T THINK THAT THERE'S A NEED TO RETREAD THAT

02:48PM 3    GROUND.

02:48PM 4          THE COURT:  MAY I ASK, IS THIS THE JUROR WHO, WHEN

02:48PM 5    ASKED ABOUT KNOWLEDGE SAID, OH, YES, I READ ALL OF THIS AND

02:48PM 6    HEARD ABOUT IT, AND INCLUDING THE CONVICTION AND THEN HE

02:48PM 7    STOPPED?  AND THAT WAS IT?

02:48PM 8          MR. COOPERSMITH:  RIGHT.  IT WAS THE SAME JUROR WHO

02:48PM 9    TALKED ABOUT HOW HE'S READING INTERNET SITES AND DOING IT ALL

02:48PM 10   OF THE TIME AND IT MIGHT BE DIFFICULT FOR HIM TO DO THAT.

02:48PM 11         THE COURT:  I THOUGHT HE SAID HE COULD.

02:48PM 12         MR. COOPERSMITH:  HE DID ULTIMATELY SAY HE COULD,

02:48PM 13   BUT HE JUST SAID IT WOULD BE DIFFICULT.

02:49PM 14         THE COURT:  HE DID SAY THAT.  HE SAID I WOULD FOLLOW

02:49PM 15   THE COURT'S INSTRUCTION AND I WOULD DO IT.  HE SEEMS TO BE

02:49PM 16   WEDDED TO REDDIT, TWITTER, "NEW YORK TIMES," CNN.

02:49PM 17      HARD.  IT'S DOABLE, I CAN DO IT.

02:49PM 18         MR. COOPERSMITH:  RIGHT.  AND I UNDERSTAND

02:49PM 19   MR. SCHENK'S POINT.  THE ONLY REASON THAT I THINK IT'S STILL

02:49PM 20   NECESSARY IS BECAUSE WE COULDN'T REALLY STILL EXPLORE WHETHER

02:49PM 21   THAT PARTICULAR THING, THE KNOWLEDGE OF THE CONVICTION, WOULD

02:49PM 22   CLOUD HIS JUDGMENT IN A WAY THAT WOULD MAKE IT HARD FOR HIM TO

02:49PM 23   SIT.

02:49PM 24         AND I WOULD ALSO SAY BECAUSE IT'S ONLY ONE PERSON THAT WE

02:49PM 25   THINK HAS TO BE QUESTIONED ON THE RELATIONSHIP ISSUE ANYWAY, I

02:49PM  1    DON'T THINK IT WOULD TAKE AN INORDINATE AMOUNT OF TIME TO ASK

02:49PM  2    HIM QUESTIONS IF HE WAS HERE ANYWAY.

02:49PM  3              THE COURT:  WHAT -- WHY CAN'T WE ACCOMPLISH WITH

02:49PM  4    THESE TEN INDIVIDUALS A CONVERSATION, AT LEAST INITIALLY

02:49PM  5    EXPLORE THEIR KNOWLEDGE OF THE ROMANTIC RELATIONSHIP

02:49PM  6    COLLECTIVELY?

02:50PM  7              MR. COOPERSMITH:  I THINK WE CAN GO A CERTAIN WAY

02:50PM  8    DOWN THAT ROAD.

02:50PM  9              THE COURT:  FOR EXAMPLE -- PARDON ME.  BUT IF YOU

02:50PM 10    WERE TO ASK, YOU TOLD US ABOUT YOUR KNOWLEDGE OF THE

02:50PM 11    RELATIONSHIP, AND THEN MAYBE STAGE THE QUESTIONING?  WOULD THAT

02:50PM 12    HELP IF YOU STAGED THE QUESTIONING?  DOES ANYBODY KNOW ABOUT

02:50PM 13    ANY OTHER ALLEGATIONS?  AND START PARING IT DOWN TO SEE.

02:50PM 14      IF THEY ALL RAISE THEIR HAND, THEN WE CAN HAVE A

02:50PM 15    COLLECTIVE CONVERSATION.  IT'S NOT GOING TO INTERFERE AND

02:50PM 16    INFECT ANYONE.

02:50PM 17              MR. COOPERSMITH:  YOUR HONOR, I DEFINITELY

02:50PM 18    UNDERSTAND THE EFFICIENCY POINT, AND OBVIOUSLY THAT'S BETTER

02:50PM 19    THAN NOT DOING IT AT ALL.

02:50PM 20      OUR PREFERENCE IS TO DO IT ONE-BY-ONE, BUT IF THAT'S WHAT

02:50PM 21    THE COURT SETTLES ON, THEN OF COURSE WE'LL CONDUCT IT THAT WAY.

02:50PM 22              THE COURT:  MR. SCHENK, DO YOU HAVE ANY THOUGHTS?

02:50PM 23              MR. SCHENK:  YOUR HONOR, IN THE QUESTIONNAIRE WE

02:50PM 24    ASKED JURORS, ALL OF THEM, IF THEY KNEW ABOUT A RELATIONSHIP.

02:50PM 25      NOW MR. COOPERSMITH HAS REFINED THAT QUESTION BY ASKING

02:50PM  1    THE PANEL IF THEY KNEW ABOUT A ROMANTIC RELATIONSHIP.

02:51PM  2         IT SEEMS TO ME THAT THE QUESTION THAT MATTERS NOW IS YOUR

02:51PM  3    KNOWLEDGE OF THE ROMANTIC RELATIONSHIP WAS OBTAINED THROUGH THE

02:51PM  4    MEDIA.  YOU'VE TOLD ME WHERE YOU'VE LEARNED IT AND WHEN YOU

02:51PM  5    LEARNED IT.  IS THERE ANYTHING ABOUT THAT KNOWLEDGE THAT WOULD

02:51PM  6    AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL?

02:51PM  7         WE DON'T NEED TO PROBE TO THE DETAILS OF WHAT IT IS THAT

02:51PM  8    THEY KNOW.

02:51PM  9         SO I'M NOT SURE -- IF WE GO THAT ROUTE, I THINK THEY CAN

02:51PM  10   ALL BE QUESTIONED COLLECTIVELY.

02:51PM  11        I THINK THE KEY QUESTION IS, CAN THEY BE FAIR AND

02:51PM  12   IMPARTIAL IN LIGHT OF THE KNOWLEDGE THEY BRING TO THE

02:51PM  13   COURTROOM, THE SAME QUESTION THAT WE HAVE ASKED THEM MULTIPLE

02:51PM  14   TIMES ON VARIOUS TOPICS.

02:51PM  15        IF, THOUGH, WE ARE GOING TO INJECT THE SORT OF MULTIPLE

02:51PM  16   LEVELS, I SUPPOSE I DO HAVE A CONCERN THAT AT SOME POINT ONE

02:51PM  17   JUROR IS GOING TO SAY, YES, WHAT I KNOW ABOUT THE ROMANTIC

02:51PM  18   RELATIONSHIP IS X, AND THEN THEY'LL SAY THE WORD "ABUSE" OR

02:52PM  19   SOMETHING LIKE THAT, AND I SUPPOSE COLLECTIVELY IS THE WAY TO

02:52PM  20   GO BECAUSE THE ONLY QUESTION THAT MATTERS IS, CAN YOU BE FAIR

02:52PM  21   AND IMPARTIAL?

02:52PM  22        BUT IF WE'RE GOING TO GO FURTHER AND IF WE ARE GOING TO

02:52PM  23   INJECT INTO THEIR LIST OF QUESTIONS OR THEIR KNOWLEDGE THE

02:52PM  24   ALLEGATIONS OF ABUSE, THEN I THINK THAT SHOULD BE INDIVIDUAL.

02:52PM  25             THE COURT:  I'M JUST TRYING TO SEE HOW WE CAN PARSE

02:52PM 1      THAT OUT.

02:52PM 2          LET ME JUST SAY THIS:  IT'S TEN MINUTES TO 3:00.  DO YOU

02:52PM 3      INTEND TO EXAMINE THEM ON THIS ISSUE, EACH OF THEM FOR

02:52PM 4      30 MINUTES, 40 MINUTES?

02:52PM 5              MR. COOPERSMITH:  NO, NOTHING LIKE THAT.

02:52PM 6              THE COURT:  I'M NOT PUTTING TIME LIMITS, I JUST WANT

02:52PM 7      TO --

02:52PM 8              MR. COOPERSMITH:  NO.  WHAT I'M REALLY INTERESTED IN

02:52PM 9      KNOWING IS CERTAINLY WHETHER THEY CAN BE FAIR.

02:52PM 10         BUT BEYOND THAT, SIMPLY WHETHER THERE'S ANYTHING ABOUT

02:52PM 11     THEIR BACKGROUND OR THEIR EXPERIENCE OR WHAT THEY KNOW ABOUT

02:52PM 12     THIS CASE THAT WOULD MAKE THEM LOOK AT MR. BALWANI DURING THE

02:52PM 13     ENTIRE COURSE OF THE TRIAL AS AN ACCUSED ABUSER RATHER THAN A

02:53PM 14     MAN WHO IS INNOCENT UNTIL PROVEN GUILTY, AND I WANT TO GET TO

02:53PM 15     THE BOTTOM OF THAT QUESTION BECAUSE SOME PEOPLE JUSTIFIABLY

02:53PM 16     HAVE PARTICULAR EXPERIENCES OR REASONS TO BE REALLY CONCERNED

02:53PM 17     ABOUT THAT.

02:53PM 18             THE COURT:  SO THAT'S THE QUESTION YOU WOULD ASK

02:53PM 19     THEM IF THEY WERE BROUGHT IN INDIVIDUALLY?  YOU'VE HEARD ABOUT

02:53PM 20     THE ROMANTIC RELATIONSHIP.  IS THERE ANYTHING ABOUT THAT

02:53PM 21     RELATIONSHIP -- I'M NOT TELLING YOU WHAT TO SAY -- BUT IS THERE

02:53PM 22     ANYTHING ABOUT THAT RELATIONSHIP, THAT YOU'VE HEARD THERE WAS

02:53PM 23     ABUSE INVOLVED?  YES OR NO?

02:53PM 24         AND THEN WITH THAT KNOWLEDGE THEN, WITH THAT KNOWLEDGE

02:53PM 25     THEN, WOULD YOU LOOK AT MY CLIENT AS AN ABUSER, AS OPPOSED

02:53PM  1    TO -- AS YOU JUST SAID BEFORE?  IS THAT IT, LIKE, FOUR

02:53PM  2    QUESTIONS LIKE THAT?

02:53PM  3              MR. COOPERSMITH:  IT'S BASICALLY THAT, YOUR HONOR.

02:53PM  4         AND I MIGHT ASK THEM ONE MORE THING, DO THEY BELIEVE THE

02:53PM  5    ALLEGATIONS FOR SOME REASON, EVEN THOUGH THEY MAY NOT KNOW AS

02:53PM  6    MUCH ABOUT IT AS THEY WOULD NEED TO TO MAKE THAT CONCLUSION?

02:54PM  7         SOME PEOPLE, YOU KNOW, WOULD AUTOMATICALLY ACCEPT THAT

02:54PM  8    DEPENDING ON THEIR BACKGROUND AND PARTICULAR PERSPECTIVE.

02:54PM  9         SO, YEAH, IT'S PROBABLY FOUR OR FIVE QUESTIONS,

02:54PM  10   YOUR HONOR.

02:54PM  11        IT'S NOT NOTHING.

02:54PM  12        I DON'T WANT TO CAUSE MORE TIME THAN NECESSARY, BUT THAT'S

02:54PM  13   WHAT WE'RE GETTING AT.

02:54PM  14             THE COURT:  WE ALL WANT TO MAKE SURE TO GET A FAIR

02:54PM  15   JURY HERE AND GET A FAIR TRIAL.

02:54PM  16        WHAT ELSE WITH THIS LEVEL OF INQUIRY?  ANYTHING ELSE WITH

02:54PM  17   THIS PANEL?

02:54PM  18             MR. COOPERSMITH:  ONLY THAT ONE JUROR THAT OVERLAPS

02:54PM  19   ABOUT THE CONVICTION, NUMBER 165.

02:54PM  20             THE COURT:  YES.

02:54PM  21             MR. COOPERSMITH:  AND THEN WE HAVE SOME ADDITIONAL

02:54PM  22   CONCERNS ABOUT CAUSE, STRIKES, BASED ON WHAT PEOPLE SAID, NOT

02:54PM  23   TOO MANY, BUT SOME, AND THEN THERE ARE SOME HARDSHIP ISSUES

02:54PM  24   THAT WE CAN DISCUSS.

02:54PM  25        BUT AGAIN, AS MR. SCHENK SAID, WE DON'T HAVE TO DO THAT

02:54PM  1    TODAY.  THEY CAN BE EXCUSED AND WE TAKE THAT UP TOMORROW OR

02:54PM  2    WHENEVER THE COURT WOULD PREFER.

02:54PM  3         SAME WITH THE FIRST PANEL, FRANKLY.  WE CAN TALK ABOUT

02:54PM  4    THAT AS WELL WHEN THE COURT WISHES TO DO THAT.

02:54PM  5              THE COURT:  OKAY.  WELL, LET'S -- ANYTHING FURTHER?

02:55PM  6              MR. SCHENK:  NO, YOUR HONOR.

02:55PM  7              THE COURT:  ALL RIGHT.  THANK YOU.

02:55PM  8         LET US SEND OUR -- IT'S PROBABLY EASIER TO SAY LET'S KEEP

02:55PM  9    FOR TODAY 108, 125, 131, 134, 161, 165, 162, AND 179.

02:55PM 10         EVERYONE ELSE CAN BE RELEASED FOR THE DAY, AND THEY'LL BE

02:55PM 11    NOTIFIED AS TO IF AND/OR WHEN THEY SHOULD BE RECALLED.

02:55PM 12         AND THEN THOSE INDIVIDUALS WE WILL -- LET'S SEE.  LET ME

02:55PM 13    GO OFF THE RECORD TO CHECK AND SEE WHERE WE CAN PARK THEM.

02:55PM 14         (PAUSE IN PROCEEDINGS.)

03:01PM 15         (PROSPECTIVE JURORS 108, 125, 131, 134, 165, 162, AND 179

03:01PM 16    IN AT 3:01 P.M.)

03:01PM 17              THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

03:01PM 18    ARE PRESENT AND MR. BALWANI IS PRESENT.

03:01PM 19         I JUST WANT TO CONFIRM THAT WE HAVE -- WE'VE CALLED AND

03:01PM 20    SUMMONED BACK SOME PROSPECTIVE JURORS TO ANSWER ADDITIONAL

03:01PM 21    QUESTIONS.

03:01PM 22         MR. COOPERSMITH, I JUST WANT TO GO OVER THE LIST THAT

03:01PM 23    YOU'VE PROVIDED ME TO MAKE SURE THAT WE HAVE EVERYONE WE'VE

03:01PM 24    TALKED ABOUT, MR. SCHENK.

03:01PM 25         JUROR 108 IS HERE.  THANK YOU.

```
03:02PM   1              125.

03:02PM   2              131.

03:02PM   3              134.  WAS THAT A NUMBER THAT YOU ASKED FOR -- THAT WAS

03:02PM   4       ASKED FOR, PARDON ME?

03:02PM   5                   MR. COOPERSMITH:  YES, YOUR HONOR.

03:02PM   6                   THE COURT:  134 IS NOT HERE.

03:02PM   7              WE'LL CHECK ON THAT.  161.  YES.  THANK YOU.

03:02PM   8              165.  YES.  THANK YOU.

03:02PM   9              162.

03:02PM  10              179.  YES.  THANK YOU.

03:02PM  11              GIVE US JUST A MOMENT.  WE MAY HAVE LOST A JUROR IN THE

03:02PM  12       HALLWAY.

03:02PM  13                   PROSPECTIVE JUROR:  I DON'T THINK SHE CALLED A

03:02PM  14       NUMBER.

03:02PM  15                   THE COURT:  HANG ON A SECOND.  WE'LL GET THE

03:03PM  16       MICROPHONE TO FOLKS.

03:03PM  17              YOU'RE JUROR NUMBER?

03:03PM  18                   PROSPECTIVE JUROR:  165.

03:03PM  19                   THE COURT:  YES.

03:03PM  20                   PROSPECTIVE JUROR:  I THINK FOR JUROR 134, BEFORE

03:03PM  21       WHEN DEFENSE COUNSEL WAS ASKING US QUESTIONS THEY ASKED FOR 134

03:03PM  22       AND HE WAS NOT HERE DURING THE -- AFTER THE BREAK.

03:03PM  23              SO AT LEAST --

03:03PM  24                   THE CLERK:  HE'S ON HIS WAY.

03:03PM  25                   PROSPECTIVE JUROR:  OH, OKAY.
```

03:03PM 1          THE COURT:  YES, I THINK WE FOUND HIM.  HE'S BEEN

03:03PM 2    FOUND.

03:03PM 3          THANK YOU FOR THE HELP, THOUGH.  I APPRECIATE IT.

03:03PM 4          YOU LOOK AWFULLY LONELY THERE, 108.  WHY DON'T YOU --

03:03PM 5    WOULD YOU LIKE TO JOIN YOUR COLLEAGUES THERE?  SURE.  WHY DON'T

03:03PM 6    YOU STEP DOWN AND CHOOSE A SEAT THERE.

03:03PM 7          OR YOU COULD SPREAD OUT IF YOU WOULD LIKE.  WHATEVER.

03:04PM 8          (PAUSE IN PROCEEDINGS.)

03:05PM 9          THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK

03:05PM 10   YOU.

03:05PM 11         ALL RIGHT.  WE'RE ON THE RECORD AND JUROR NUMBER 134 HAS

03:05PM 12   JOINED US, ALONG WITH ALL OF THE OTHER JURORS I'VE CALLED OUT.

03:05PM 13         LADIES AND GENTLEMEN, THANK YOU FOR COMING BACK AND THANK

03:05PM 14   YOU FOR YOUR PATIENCE.

03:05PM 15         I BROUGHT YOU BACK BECAUSE WE WANTED TO ASK YOU FOLLOWUP

03:05PM 16   ON ONE OF THE QUESTIONS THAT WAS POSED TO YOU.

03:05PM 17         WE'RE GOING TO BEGIN DOING THIS COLLECTIVELY, TO ASK YOU

03:05PM 18   QUESTIONS COLLECTIVELY.

03:05PM 19         IT MAY BE THAT WE CAN SPEAK PRIVATELY IF YOU WISH TO SPEAK

03:06PM 20   PRIVATELY OR IF THE TOPIC MOVES INTO A DIRECTION THAT COUNSEL

03:06PM 21   OR I FEEL WOULD BE MORE APPROPRIATE TO SPEAK PRIVATELY.

03:06PM 22         IF WE DO THAT, WE'LL GO INTO THIS LITTLE ROOM HERE, INTO

03:06PM 23   OUR JURY DELIBERATION ROOM.  OUR COURT REPORTER WILL COME WITH

03:06PM 24   US AND WE CAN TALK ONE ON ONE.

03:06PM 25         THIS IS NOT GOING TO TAKE AN INORDINATE AMOUNT OF TIME.

03:06PM   1        BUT LET ME TELL YOU, THE QUESTIONS THAT ARE GOING TO BE

03:06PM   2   POSED TO YOU REVOLVE AROUND YOUR ANSWER TO THE QUESTION ABOUT

03:06PM   3   KNOWLEDGE OF A ROMANTIC RELATIONSHIP BETWEEN MR. BALWANI AND

03:06PM   4   MS. HOLMES.

03:06PM   5        AND EACH OF YOU, IN RESPONSE TO MR. COOPERSMITH'S INQUIRY,

03:06PM   6   RAISED YOUR HAND THAT YOU HAD KNOWLEDGE ABOUT THAT.

03:06PM   7        YOU ALSO IDENTIFIED FOR US THE SOURCE OF THAT INFORMATION,

03:06PM   8   AND WE ALL HAVE THAT DOWN.  WE'RE NOT GOING TO ASK YOU TO

03:06PM   9   REPEAT THE SOURCE OF INFORMATION.

03:06PM  10        BUT MY SENSE IS THAT THE PARTIES ARE CURIOUS ABOUT THAT

03:06PM  11   KNOWLEDGE OF -- YOUR KNOWLEDGE OF THAT ROMANTIC RELATIONSHIP

03:07PM  12   AND PERHAPS SOME OTHER ISSUE THAT MIGHT BE ATTACHED TO IT.

03:07PM  13        MR. SCHENK, DO YOU WANT TO WAIVE ANY OPENING QUESTIONS AND

03:07PM  14   ALLOW MR. COOPERSMITH TO BEGIN?

03:07PM  15             MR. SCHENK:  YES, YOUR HONOR.

03:07PM  16             THE COURT:  THANK YOU.

03:07PM  17        MR. COOPERSMITH.

03:07PM  18             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:07PM  19        AND AS JUDGE DAVILA SAID, THANK YOU FOR COMING BACK.  WE

03:07PM  20   APPRECIATE YOUR TIME AND WE KNOW IT'S VALUABLE.

03:07PM  21        JUDGE DAVILA TOLD YOU WHY YOU'RE BACK HERE AND IT RELATES

03:07PM  22   TO THE ROMANTIC RELATIONSHIP QUESTION.

03:07PM  23        IF YOU WERE SEATED AS A JUROR, DURING THE COURSE OF THE

03:07PM  24   TRIAL IT'S LIKELY THAT YOU WILL HEAR INFORMATION ABOUT THE

03:07PM  25   RELATIONSHIP BETWEEN MR. BALWANI AND MS. HOLMES --

03:07PM   1          THE COURT:  MR. COOPERSMITH, I'M SORRY.

03:07PM   2   MR. COOPERSMITH, I'M SORRY.  I HATE TO INTERRUPT YOU, BUT YOUR

03:07PM   3   BACK IS TO THE MOST IMPORTANT PERSON IN THE COURTROOM.

03:07PM   4          MR. COOPERSMITH:  IT IS TRUE, YES.

03:07PM   5          THE COURT:  RIGHT.  SO SHE NEEDS TO HEAR YOU.  SO IF

03:07PM   6   I COULD JUST POSITION YOU A DIFFERENT WAY, MAYBE PULL THAT

03:08PM   7   MICROPHONE OVER AND THAT MIGHT BE OF ASSISTANCE TO HER.

03:08PM   8       THANK YOU.  I APPRECIATE THAT.  SORRY TO INTERRUPT.

03:08PM   9          MR. COOPERSMITH:  MY APOLOGIES, YOUR HONOR, AND ALSO

03:08PM  10   TO THE COURT REPORTER.

03:08PM  11       AS I WAS SAYING, DURING THE COURSE OF THIS TRIAL, YOU

03:08PM  12   MIGHT HEAR EVIDENCE ABOUT THE RELATIONSHIP ABOUT MR. BALWANI

03:08PM  13   AND MS. HOLMES.

03:08PM  14       AND THE FIRST QUESTION I HAVE FOR YOU, JUST BY A SHOW OF

03:08PM  15   HANDS, OF COURSE, GIVEN WHAT YOU'VE ALREADY TOLD ME ABOUT WHERE

03:08PM  16   YOU LEARNED THAT OR WHEN, OR APPROXIMATELY WHEN, ARE YOU AWARE

03:08PM  17   OF ANY OTHER ISSUE IN THAT RELATIONSHIP, THAT ANY SORT OF

03:08PM  18   DIFFICULTY OR ALLEGATIONS OR ANYTHING OF THAT NATURE THAT YOU

03:08PM  19   HEARD IN ADDITION TO THE FACT THAT THERE WAS A ROMANTIC

03:08PM  20   RELATIONSHIP?

03:08PM  21       AND IF YOU HAVE ANYTHING IN YOUR HEAD ABOUT THAT, IF YOU

03:08PM  22   COULD RAISE YOUR HAND, I WOULD APPRECIATE IT.

03:08PM  23       OKAY.  AND WITHOUT TELLING ME WHAT YOU KNOW --

03:08PM  24          THE COURT:  THIS IS JUROR NUMBER 162.

03:08PM  25          MR. COOPERSMITH:  162.  THANK YOU.

03:08PM 1        AND WITHOUT TELLING ME EXACTLY WHAT YOU KNOW, ARE YOU

03:09PM 2   AWARE OF SOME DIFFICULTY OR ALLEGATIONS OR ANYTHING RELATED TO

03:09PM 3   THE RELATIONSHIP ALONG THOSE LINES?

03:09PM 4        PROSPECTIVE JUROR:  HELLO.

03:09PM 5        I MEAN, MAYBE I SHOULDN'T HAVE RAISED MY HAND.  I DID HEAR

03:09PM 6   SOMETHING ABOUT THE RELATIONSHIP THAT I READ IN "THE MERCURY,"

03:09PM 7   THAT IT WASN'T -- I MEAN, AM I FREE TO SAY?

03:09PM 8        THE COURT:  WELL, LET ME JUST -- YES.  LET ME JUST

03:09PM 9   ASK YOU, YOU HEARD SOMETHING ABOUT -- YOU TOLD US YOU KNOW

03:09PM 10  ABOUT A ROMANTIC RELATIONSHIP, AND IT SEEMS LIKE YOU HAVE, AT

03:09PM 11  LEAST YOU'VE READ ABOUT SOMETHING THAT TALKS ABOUT THAT

03:09PM 12  RELATIONSHIP IN GREATER DETAIL?

03:09PM 13       PROSPECTIVE JUROR:  CORRECT.

03:09PM 14       THE COURT:  OKAY.  LET'S STOP YOU THERE.

03:09PM 15  MR. COOPERSMITH.

03:09PM 16       MR. COOPERSMITH:  OKAY.  ANYONE ELSE --

03:09PM 17  THANK YOU, YOUR HONOR.

03:09PM 18       ANYONE ELSE HAVE ANY KNOWLEDGE OF SOME -- ANY PARTICULAR

03:09PM 19  ISSUES THAT AT LEAST WERE ALLEGED OR DISCUSSED ABOUT THE

03:09PM 20  RELATIONSHIP BETWEEN MR. BALWANI, MY CLIENT, AND MS. HOLMES?

03:09PM 21  NUMBER 161.

03:10PM 22       AND WITHOUT TELLING US YET EXACTLY WHAT YOU KNOW.

03:10PM 23       PROSPECTIVE JUROR:  YEAH.  LIKE I SAID, THE NEWS WAS

03:10PM 24  GOING ON ON THE SIDE, AND I WAS WORKING ON SOMETHING, AND I

03:10PM 25  JUST HEARD ABOUT A RELATIONSHIP.

03:10PM 1          BUT LIKE THE JUDGE SAID, MORE TO IT THAN A ROMANTIC

03:10PM 2    RELATIONSHIP.

03:10PM 3          MR. COOPERSMITH:  OKAY.  AND IT'S -- I'LL TRY TO

03:10PM 4    PHRASE IT THIS WAY:  ROMANTIC RELATIONSHIPS, AS WE ALL KNOW,

03:10PM 5    CAN BE COMPLICATED AT TIMES.  THAT'S JUST HOW LIFE GOES.

03:10PM 6       DOES ANYONE HAVE ANY KNOWLEDGE OF ANY PARTICULAR

03:10PM 7    COMPLEXITY, OR ALLEGED COMPLEXITY, IN THIS RELATIONSHIP BETWEEN

03:10PM 8    MR. BALWANI AND MS. HOLMES?

03:10PM 9          PROSPECTIVE JUROR:  I DON'T -- I JUST KNEW ABOUT

03:10PM 10   THERE WAS A RELATIONSHIP AND I JUST KNOW THE AGE.  SO I CAN

03:10PM 11   ASSUME THERE WAS MAYBE SOMETHING.  BUT, NO, I DON'T HAVE ANY

03:10PM 12   DETAILS.

03:10PM 13         THE COURT:  AND YOUR NUMBER WAS?

03:11PM 14         PROSPECTIVE JUROR:  131.

03:11PM 15         MR. COOPERSMITH:  131.

03:11PM 16      ANYBODY ELSE HAVE ANY OTHER INFORMATION THAT YOU WANT TO

03:11PM 17   SHARE?  AND IF IT'S SOMETHING MORE DETAILED, WE CAN DO THAT IN

03:11PM 18   A PRIVATE SESSION OBVIOUSLY.

03:11PM 19      OKAY.

03:11PM 20         THE COURT:  I SEE NO HANDS.

03:11PM 21         MR. COOPERSMITH:  RIGHT.

03:11PM 22         THE COURT:  ANY OTHER QUESTIONS FOR THE COLLECTIVE,

03:11PM 23   MR. COOPERSMITH?

03:11PM 24         MR. COOPERSMITH:  I DON'T HAVE ANY OTHER QUESTIONS

03:11PM 25   OTHER THAN MAYBE FOR TWO JURORS.

| | | |
|---|---|---|
| 03:11PM | 1 | THE COURT:  ALL RIGHT. |
| 03:11PM | 2 | MR. SCHENK. |
| 03:11PM | 3 | MR. SCHENK:  NO.  THANK YOU, YOUR HONOR. |
| 03:11PM | 4 | THE COURT:  LET ME ASK, MR. COOPERSMITH, MR. SCHENK, |
| 03:11PM | 5 | SHOULD WE MAKE INQUIRY OF TWO JURORS AND ALLOW THE OTHERS TO |
| 03:11PM | 6 | GO, OR WOULD YOU LIKE THE BALANCE TO STAY?  IS THERE ANY OTHER |
| 03:11PM | 7 | REASON TO KEEP THE BALANCE? |
| 03:11PM | 8 | MR. COOPERSMITH:  THERE'S NO REASON TO KEEP ANYONE |
| 03:11PM | 9 | OTHER THAN THE TWO, YES, YOUR HONOR. |
| 03:11PM | 10 | THE COURT:  162 AND 161; IS THAT RIGHT? |
| 03:11PM | 11 | MR. SCHENK:  YOUR HONOR, MAY I JUST ASK ONE |
| 03:11PM | 12 | QUESTION? |
| 03:11PM | 13 | THE COURT:  YES, PLEASE. |
| 03:12PM | 14 | MR. SCHENK:  THE QUESTION FOR ALL OF YOU, YOU ALL |
| 03:12PM | 15 | EXPRESSED SOME KNOWLEDGE OF A ROMANTIC RELATIONSHIP BETWEEN |
| 03:12PM | 16 | MR. BALWANI AND MS. HOLMES. |
| 03:12PM | 17 | AND AGAIN, WITHOUT REVEALING WHAT YOU KNOW ABOUT THE |
| 03:12PM | 18 | RELATIONSHIP OR ANY OF THE DETAILS, IS THERE ANYTHING ABOUT |
| 03:12PM | 19 | WHAT YOU KNOW THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND |
| 03:12PM | 20 | IMPARTIAL IN THIS TRIAL? |
| 03:12PM | 21 | IF THERE I8S ANYBODY WHO HAS A CONCERN THAT IT WOULD |
| 03:12PM | 22 | AFFECT THEIR ABILITY TO BE FAIR AND IMPARTIAL, WOULD YOU PLEASE |
| 03:12PM | 23 | RAISE YOUR HAND? |
| 03:12PM | 24 | YOUR HONOR, I SEE NO HANDS. |
| 03:12PM | 25 | THE COURT:  OKAY.  THANK YOU. |

```
03:12PM   1                    MR. SCHENK:  THANK YOU.

03:12PM   2                    THE COURT:  ALL RIGHT.  MAY I ASK ALL BUT 162 AND

03:12PM   3       161 TO LEAVE NOW?

03:12PM   4                    MR. SCHENK:  YES.

03:12PM   5                    THE COURT:  OKAY.  MR. COOPERSMITH?

03:12PM   6                    MR. COOPERSMITH:  YES, YOUR HONOR.

03:12PM   7                    THE COURT:  SO 162 AND 161, IF YOU WOULD STAY FOR A

03:12PM   8       MOMENT.

03:12PM   9            THE REST OF YOU, YOU WILL BE NOTIFIED BY THE COURT AS TO

03:12PM  10       WHEN YOU SHOULD RETURN.  THANK YOU VERY MUCH.  THANK YOU FOR

03:13PM  11       YOUR PATIENCE.

03:13PM  12            THANK YOU.  PLEASE BE SEATED.

03:13PM  13            (PROSPECTIVE JURORS 108, 125, 131, 134, 165, AND 179 OUT

03:13PM  14       AT 3:13 P.M.)

03:13PM  15                    THE COURT:  IS IT YOUR DESIRE, MR. COOPERSMITH, TO

03:13PM  16       HAVE A BRIEF CONVERSATION WITH THESE JURORS?

03:13PM  17                    MR. COOPERSMITH:  YES, YOUR HONOR.

03:13PM  18                    THE COURT:  SO LET'S TAKE A BREAK.  WE'LL MEET IN

03:13PM  19       PRIVATE WITH JUROR 162 FIRST.

03:13PM  20            AND JUROR 161, IF YOU COULD BE PATIENT AND WAIT HERE, THIS

03:13PM  21       WON'T BE VERY LONG, AND THEN WE'LL TALK WITH YOU.

03:13PM  22            AND WE'LL NOW RETIRE TO A PRIVATE SPACE TO TALK.

03:14PM  23                    MR. COOPERSMITH:  YOUR HONOR, IS IT OKAY IF

03:14PM  24       MS. WALSH ACCOMPANIES US?

03:14PM  25                    THE COURT:  SURE.
```

```
03:14PM   1              (SIDE-BAR CONFERENCE ON THE RECORD.)

03:28PM   2              (PROSPECTIVE JUROR 162 IN.)

03:28PM   3                   PROSPECTIVE JUROR:  WHERE WOULD YOU GUYS LIKE ME?

03:28PM   4                   MR. COOPERSMITH:  I THINK WE'LL LEAVE THAT TO THE

03:28PM   5      JUDGE.

03:28PM   6                   THE COURT:  HERE WE ARE.  YOU CAN HAVE A SEAT IF YOU

03:28PM   7      WOULD LIKE.  SURE.  GO RIGHT AHEAD.

03:28PM   8         OKAY.  WE'RE ON THE RECORD OUTSIDE OF THE PRESENCE OF THE

03:28PM   9      COURTROOM.  WE'RE IN THE JURY DELIBERATION ROOM.  COUNSEL ARE

03:28PM  10      PRESENT, MR. SCHENK IS PRESENT, MR. LEACH IS PRESENT, AND

03:28PM  11      MS. WALSH AND MR. COOPERSMITH.

03:28PM  12              JUROR NUMBER 162 IS PRESENT.

03:28PM  13              I BELIEVE THAT, MR. COOPERSMITH, YOU WANTED TO ASK A

03:28PM  14      QUESTION?

03:28PM  15                   MR. COOPERSMITH:  YES.  IS EVERYBODY COMFORTABLE

03:28PM  16      WITH ME REMOVING MY MASK?

03:28PM  17                   THE COURT:  SURE.  GO RIGHT AHEAD.

03:28PM  18                   MR. COOPERSMITH:  THANK YOU.

03:28PM  19         SIR, I APPRECIATE YOU COMING BACK HERE, AND AS THE JUDGE

03:28PM  20      TOLD YOU, IT'S NOT BECAUSE YOU'RE IN ANY TROUBLE.  WE'RE JUST

03:28PM  21      TRYING TO GET AS FAIR A JURY AS POSSIBLY WE CAN AND THAT HASN'T

03:28PM  22      TO DO WITH WHETHER YOU'RE FAIR, THAT HAS TO DO WITH THE CASE.

03:28PM  23      SO THANKS FOR THAT AND PUTTING UP WITH US.

03:28PM  24         SO THE PARTICULAR ISSUE I WANT TO TALK TO YOU ABOUT IS IN

03:28PM  25      YOUR QUESTIONNAIRE, AND I'M JUST LOOKING AT IT --
```

03:28PM 1          PROSPECTIVE JUROR:  I WAS WONDERING WHY YOU GUYS

03:28PM 2     DIDN'T SAY ANYTHING OUT THERE, BECAUSE I KNOW WHAT I WROTE AND

03:28PM 3     I THOUGHT, THEY DIDN'T CALL MY NAME.

03:28PM 4          MR. COOPERSMITH:  RIGHT.  SO YOU ANTICIPATED IT?

03:28PM 5          PROSPECTIVE JUROR:  RIGHT.

03:28PM 6          MR. COOPERSMITH:  ON QUESTION 42, THE QUESTION WAS,

03:28PM 7     HAVE YOU HEARD ANYTHING ABOUT A RELATIONSHIP BETWEEN MS. HOLMES

03:28PM 8     AND MR. BALWANI?

03:28PM 9        AND YOU WROTE, "I READ THAT HE'S ACCUSED OF BEING VERY

03:28PM 10    CONTROLLING OVER MS. HOLMES, THE RELATIONSHIP WAS ALSO SEXUAL

03:28PM 11    IN NATURE."

03:28PM 12       RIGHT?

03:28PM 13         PROSPECTIVE JUROR:  YES, AND I COMMEND YOU FOR BEING

03:28PM 14    ABLE TO READ MY CHICKEN SCRATCH.

03:28PM 15         MR. COOPERSMITH:  IT'S NOT BAD AT ALL.

03:28PM 16       SO I GUESS WHEN YOU SAY THAT "HE'S ACCUSED OF BEING VERY

03:28PM 17    CONTROLLING," CAN YOU GIVE US AN IDEA WHAT THAT MEANS?

03:28PM 18         PROSPECTIVE JUROR:  SO I READ IN THE PAPER SOMETHING

03:28PM 19    TO THE FACT THAT HE CONTROLLED HER DIET AND WHAT SHE WORE, AND

03:28PM 20    MAYBE CONTROLLED HER SOCIAL INTERACTIONS WITH HER PEERS OR

03:28PM 21    OTHER PEOPLE, MAYBE TRYING TO, LIKE, SOCIALLY ISOLATE HER

03:28PM 22    PERHAPS.

03:28PM 23         MR. COOPERSMITH:  OKAY.  ARE YOU AWARE OF ANY OTHER

03:28PM 24    ALLEGATIONS THAT SHE MAY HAVE MADE ABOUT OTHER THINGS HE MAY

03:28PM 25    HAVE DONE TO HER, OR NOT?  ANYTHING ELSE COME TO MIND?

```
03:28PM   1              PROSPECTIVE JUROR:  NO, NOT CRYSTAL CLEAR, NO.

03:28PM   2              MR. COOPERSMITH:  AND JUST ABOUT HIM BEING

03:28PM   3    CONTROLLING?

03:28PM   4              PROSPECTIVE JUROR:  YEAH.  I GUESS THE STORY I READ

03:28PM   5    WAS MORE -- PAINTED HIM IN MORE OF A POOR LIGHT THAN HER.

03:28PM   6              MR. COOPERSMITH:  RIGHT.

03:28PM   7         IS THERE ANYTHING ABOUT HAVING READ THAT MATERIAL OR

03:28PM   8    ANYTHING IN YOUR BACKGROUND OR ANYTHING ELSE THAT MAKES YOU

03:28PM   9    BELIEVE THOSE ALLEGATIONS, OR IS IT JUST YOU DON'T KNOW ONE WAY

03:28PM  10    OR THE OTHER?

03:28PM  11              PROSPECTIVE JUROR:  YEAH, I DON'T KNOW.  SOMETIMES I

03:28PM  12    READ IT IN THE PAPER AND SOMETIMES YOU CAN TAKE THAT WITH A

03:28PM  13    GRAIN OF SALT.

03:28PM  14              MR. COOPERSMITH:  FOR SURE.

03:28PM  15         AND WHEN YOU ARE SEATED AS A JUROR FOR SEVERAL MONTHS, I

03:28PM  16    HATE TO SAY, YOU MAY BE LOOKING AT MR. BALWANI EVERY DAY THAT

03:28PM  17    YOU ARE HERE IN COURT, WOULD YOU BE LOOKING AT HIM ANY

03:28PM  18    DIFFERENTLY BECAUSE YOU WERE AWARE OF THIS ALLEGATION

03:28PM  19    MS. HOLMES MADE?

03:28PM  20              PROSPECTIVE JUROR:  I DON'T THINK I WOULD.

03:28PM  21              MR. COOPERSMITH:  IT WOULDN'T AFFECT YOU ONE WAY OR

03:28PM  22    THE OTHER?

03:28PM  23              PROSPECTIVE JUROR:  I DON'T THINK IT WOULD.

03:28PM  24              THE COURT:  DO YOU HAVE ANY OTHER QUESTIONS?

03:28PM  25              MR. COOPERSMITH:  I DON'T HAVE ANY OTHER QUESTIONS.
```

```
03:28PM   1                    MR. SCHENK:  NOTHING.  THANK YOU VERY MUCH.

03:28PM   2                    THE COURT:  CAN WE ALLOW HIM TO LEAVE THEN FOR THE

03:28PM   3       DAY?

03:28PM   4                    MR. COOPERSMITH:  YES, YOUR HONOR.

03:28PM   5                    THE COURT:  GREAT.

03:28PM   6                    PROSPECTIVE JUROR:  OKAY.  GREAT.

03:28PM   7                    MR. COOPERSMITH:  THANK YOU, SIR.

03:28PM   8                    PROSPECTIVE JUROR:  ALL RIGHT.  THANKS.

03:28PM   9                    THE COURT:  AND THEN WE'LL BRING IN THE OTHER --

03:28PM  10       WE'LL ASK HIM TO GO GET THE OTHER.

03:28PM  11                    MR. COOPERSMITH:  THANK YOU.

03:28PM  12             (PAUSE IN PROCEEDINGS.)

03:28PM  13             (PROSPECTIVE JUROR 161 IN.)

03:28PM  14                    THE COURT:  PLEASE HAVE A SEAT.  THANK YOU.

03:28PM  15          AND WE ARE ON THE RECORD IN A PRIVATE SESSION WITH

03:28PM  16       MR. SCHENK, MR. LEACH, MS. WALSH, AND MR. COOPERSMITH WITH

03:28PM  17       JUROR NUMBER 161.

03:28PM  18          THANK YOU FOR JOINING US HERE.  AS YOU SAW WITH THE

03:28PM  19       PREVIOUS JUROR, THIS IS NOT GOING TO TAKE LONG.

03:28PM  20          LET ME INVITE MR. COOPERSMITH TO GO FIRST.

03:28PM  21                    MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:28PM  22          ARE YOU COMFORTABLE IF I TAKE OFF MY MASK?

03:28PM  23                    PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

03:28PM  24                    MR. COOPERSMITH:  THANK YOU.  SO WHAT I WANT TO TELL

03:28PM  25       YOU IS THANK YOU FOR BEING HERE AND PUTTING UP WITH US, AND I
```

03:28PM  1      KNOW THIS IS NOT IN YOUR ORDINARY EXPERIENCE NECESSARILY.

03:28PM  2          YOU'RE NOT HERE BECAUSE YOU'RE IN ANY TROUBLE.  THAT'S NOT

03:28PM  3      WHAT IS GOING ON HERE.

03:28PM  4          WE'RE JUST TRYING TO UNDERSTAND WHAT PEOPLE THINK AND

03:28PM  5      BELIEVE, AND THERE'S NO WRONG ANSWERS.  AS I SAID BEFORE, IT'S

03:28PM  6      JUST A MATTER OF TRYING TO GET THE FAIREST JURY WE CAN GET.

03:28PM  7          AND WHAT I WAS INTERESTED IN, AND I WON'T ASK YOU THINGS

03:28PM  8      THAT I ALREADY ASKED YOU OUT THERE IN THE COURTROOM, BUT THIS

03:28PM  9      IS QUESTION 42 IN YOUR QUESTIONNAIRE, AND I'M JUST LOOKING AT

03:28PM 10      YOUR QUESTIONNAIRE, AND THE QUESTION WAS:  HAVE YOU HEARD

03:28PM 11      ANYTHING ABOUT A RELATIONSHIP BETWEEN MS. HOLMES AND

03:28PM 12      MR. BALWANI?

03:28PM 13          AND YOU WROTE THAT YOU HEARD ON THE NEWS THAT THEY WERE IN

03:28PM 14      A RELATIONSHIP AND HAVE NOT THOUGHT OF MY OPINION AND NOT SURE

03:28PM 15      ABOUT WHAT I THINK.

03:28PM 16              PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

03:28PM 17              MR. COOPERSMITH:  AND I GUESS THE FIRST QUESTION I

03:28PM 18      HAVE FOR YOU, CAN YOU GIVE US A LITTLE MORE DETAIL ABOUT WHAT

03:28PM 19      EXACTLY YOU HEARD ABOUT THE RELATIONSHIP ON THE NEWS?

03:28PM 20              PROSPECTIVE JUROR:  YEAH, I THINK IT WAS A ONE

03:28PM 21      LINER, THE NEWS I WAS READING SAYING THAT THEY WERE IN A

03:28PM 22      RELATIONSHIP AND -- MY MEMORY IS BAD, BUT STILL I THINK I HEARD

03:28PM 23      THAT IT WAS AN ABUSIVE RELATIONSHIP OR -- "ABUSIVE" WAS USED.

03:28PM 24      I DON'T KNOW THE EXACT WORDS EXACTLY --

03:28PM 25              MR. COOPERSMITH:  OKAY.

03:28PM 1          PROSPECTIVE JUROR:  -- OR LINE.  BUT THAT'S WHAT I

03:28PM 2    HEARD.  I THINK I HEARD.

03:28PM 3          MR. COOPERSMITH:  AND DO YOU KNOW ANYTHING ABOUT HOW

03:28PM 4    THAT -- WHAT THE ABUSIVE RELATIONSHIP WAS EXACTLY?

03:28PM 5          PROSPECTIVE JUROR:  NO, NO.

03:28PM 6          MR. COOPERSMITH:  WHO RAISED IT OR WHO WAS ACCUSING

03:28PM 7    WHO OR ANYTHING LIKE THAT?

03:28PM 8          PROSPECTIVE JUROR:  IT WAS THE NEWS PERSON WAS

03:28PM 9    TALKING, AND I WAS COOKING AND SHE WAS TALKING.  BUT I DON'T

03:28PM 10   KNOW WHY IT STUCK IN MY HEAD, BUT, YEAH, I THINK THAT'S WHAT I

03:28PM 11   HEARD.

03:28PM 12         MR. COOPERSMITH:  OKAY.  THANK YOU.

03:28PM 13      AND WHEN YOU HEARD THAT, IT SOUNDS LIKE IT WAS RELATIVELY

03:28PM 14   BRIEF, DID YOU ASSUME ANYTHING ABOUT MR. BALWANI BASED ON WHAT

03:28PM 15   YOU HEARD ON THE NEWS?

03:28PM 16         PROSPECTIVE JUROR:  NO.  LIKE I SAID, IT WAS JUST --

03:28PM 17   IT WAS IN PASSING.  I WAS DOING SOMETHING AND SHE JUST READ THE

03:28PM 18   THING, AND YEAH, I DIDN'T THINK ABOUT IT.

03:28PM 19         MR. COOPERSMITH:  OKAY.  AND IF THE ALLEGATIONS OF

03:28PM 20   ABUSE OR ANYTHING COME UP, DO YOU HAVE ANY REASON, ANYTHING

03:28PM 21   ABOUT YOU OR YOUR BACKGROUND THAT WOULD MAKE YOU MORE INCLINED

03:28PM 22   TO BELIEVE THOSE THINGS?

03:28PM 23         PROSPECTIVE JUROR:  I'M NOT SURE.

03:28PM 24         MR. COOPERSMITH:  AND IF I COULD ASK, WHAT IS THE

03:28PM 25   HESITATION?

03:28PM  1          PROSPECTIVE JUROR:  I HONESTLY DON'T KNOW.  IT COULD

03:28PM  2   BE TRUE, IT COULD BE FALSE.  BUT I'LL TAKE A PAUSE AT THE WORD

03:28PM  3   "ABUSE" AND, YOU KNOW, IT WON'T BE LIKE, OH, A PERSON COULD BE

03:28PM  4   INNOCENT.  IT WILL STAY IN MY MIND JUST FOR THAT.

03:28PM  5          MR. COOPERSMITH:  OKAY.  AND WHEN YOU SAY IT WOULD

03:28PM  6   STAY IN YOUR MIND, IF YOU WERE AWARE OF SOMEONE -- ONE PERSON

03:28PM  7   ACCUSING ANOTHER PERSON OF ABUSE, WOULD YOU BE MORE LIKELY TO

03:28PM  8   THINK THAT THAT HAPPENED?

03:28PM  9          PROSPECTIVE JUROR:  YEAH, I WOULD LOOK AT IT AS A

03:28PM 10   POSSIBILITY.

03:28PM 11          MR. COOPERSMITH:  OKAY.  AND WOULD YOU BE MORE

03:28PM 12   LIKELY TO THINK THAT THAT HAPPENED IF IT WAS A WOMAN ACCUSING A

03:28PM 13   MAN OF THAT, OR DOES IT NOT MATTER TO YOU HOW THAT WOULD GO?

03:28PM 14          PROSPECTIVE JUROR:  I WOULD LIKE TO SAY THAT I

03:28PM 15   WOULDN'T JUST PUT A MAN OR A WOMAN, BUT I WOULD BE STUCK AT THE

03:28PM 16   WORD "ABUSE."

03:28PM 17          MR. COOPERSMITH:  OKAY.  AND, YOU KNOW, I ASKED YOU

03:28PM 18   IN COURT BEFORE ABOUT A RESPONSE TO ANOTHER QUESTION, AND I'M

03:28PM 19   JUST WONDERING -- AND PARDON ME -- BECAUSE IS THERE ANYTHING

03:28PM 20   ABOUT, LIKE, YOUR EXPERIENCE OR HERITAGE OR BACKGROUND THAT

03:28PM 21   MAKES YOU BELIEVE ANYTHING IN PARTICULAR OF MR. BALWANI WHEN IT

03:28PM 22   COMES TO THE ISSUE OF ABUSE?

03:28PM 23          PROSPECTIVE JUROR:  I DON'T THINK SO.

03:28PM 24          MR. COOPERSMITH:  OKAY.  ANYTHING ELSE THAT YOU

03:28PM 25   THINK WE SHOULD KNOW?  AND AGAIN, NO WRONG ANSWERS, JUST WITH

```
03:28PM  1      THE GOAL OF BEING AS FAIR AS POSSIBLE, BECAUSE OBVIOUSLY WHAT

03:28PM  2      WE'RE LOOKING FOR IS PEOPLE WHO COME INTO THIS WITH A BLANK

03:28PM  3      SLATE.

03:28PM  4              PROSPECTIVE JUROR:  I UNDERSTAND.

03:28PM  5              MR. COOPERSMITH:  AND IT DOESN'T MEAN THAT YOU'RE A

03:28PM  6      GOOD OR BAD PERSON.

03:28PM  7              PROSPECTIVE JUROR:  I UNDERSTAND.

03:28PM  8              MR. COOPERSMITH:  IT JUST MEANS YOU MIGHT OR MIGHT

03:28PM  9      NOT BE THE RIGHT JUROR FOR THE CASE.

03:28PM 10              PROSPECTIVE JUROR:  I UNDERSTAND.

03:28PM 11              MR. COOPERSMITH:  AND ANYTHING ELSE YOU THINK WE

03:28PM 12      SHOULD KNOW ABOUT THIS?

03:28PM 13              PROSPECTIVE JUROR:  NO.

03:28PM 14              MR. COOPERSMITH:  THANK YOU.

03:28PM 15              PROSPECTIVE JUROR:  I WAS HONEST.

03:28PM 16              MR. COOPERSMITH:  I APPRECIATE THAT.

03:28PM 17              MR. SCHENK:  NO, THANK YOU.

03:28PM 18              THE COURT:  I'D LIKE TO FOLLOW UP ON YOUR QUESTION

03:28PM 19      AND ANSWER TO 56, AND I KNOW I PUT THAT IN FRONT OF YOU.  MY

03:28PM 20      SENSE IS THAT YOU WANTED A LITTLE MORE TIME TO PERHAPS DISCUSS

03:28PM 21      YOUR RESPONSE.

03:28PM 22          AND THIS IS A QUESTION -- MAY I TELL YOU, THE REASON THAT

03:28PM 23      THIS QUESTION IS HERE IS BECAUSE THERE WAS SOME CONCERN -- AS I

03:28PM 24      MENTIONED THIS MORNING, PEOPLE COME IN OUR COURTS, AND THEY

03:28PM 25      COME FROM ALL DIFFERENT BACKGROUNDS.
```

03:28PM 1          PROSPECTIVE JUROR:  UH-HUH.

03:28PM 2          THE COURT:  AND THE CONCERN IS WHETHER OR NOT,

03:28PM 3   BECAUSE MR. BALWANI MIGHT BE FROM A DIFFERENT CULTURE, A

03:28PM 4   DIFFERENT RACE, A DIFFERENT BACKGROUND, HAVE DIFFERENT

03:28PM 5   EXPERIENCES FROM OTHER PEOPLE, THIS QUESTION IS DESIGNED TO PUT

03:28PM 6   THAT OUT IN THE FRONT.

03:28PM 7          AND MR. BALWANI AND OTHERS, THERE MAY BE OTHER WITNESSES,

03:28PM 8   BUT CERTAINLY WE KNOW MR. BALWANI IS FROM SOUTH ASIAN

03:28PM 9   BACKGROUND AND CULTURE.

03:28PM 10          AND THIS QUESTION WAS PREPARED TO HOPEFULLY ALLOW SOMEONE

03:28PM 11   TO SHARE THEIR EXPERIENCES, THEIR THOUGHTS, THEIR BELIEFS,

03:28PM 12   WHETHER OR NOT THAT FACT ALONE WOULD CAUSE THEM SOME DIFFICULTY

03:28PM 13   AS THEY WERE TO -- AS THEY SIT AS A JUROR ON THE CASE

03:28PM 14   RECOGNIZING THAT MR. BALWANI -- RECOGNIZING HIS BACKGROUND.

03:28PM 15          PROSPECTIVE JUROR:  YEAH.  IF THIS, IF THIS PART

03:28PM 16   WOULDN'T HAVE BEEN THERE, I MIGHT -- I DON'T KNOW.  JUST INDIA

03:28PM 17   AND PAKISTAN JUST GAVE ME A PAUSE AND I'M LIKE, OKAY, HOW

03:28PM 18   SHOULD I ANSWER?  LIKE, WHAT IS IT THAT -- SO THAT'S WHY I SAY

03:28PM 19   I'M NOT SURE.

03:28PM 20          THE COURT:  YES.

03:28PM 21          PROSPECTIVE JUROR:  SINCE IT WAS PUT SO

03:28PM 22   SPECIFICALLY.

03:28PM 23          THE COURT:  AND PARDON ME FOR INTERRUPTING YOU, BUT

03:28PM 24   YOU'VE SAID SOMETHING THAT I THINK IS COMMON KNOWLEDGE.  INDIAN

03:28PM 25   AND PAKISTAN ARE COUNTRIES THAT DO NOT GET ALONG.  THEY SHARE A

03:28PM 1    BORDER AND THERE'S TENSION BETWEEN THOSE COUNTRIES.

03:28PM 2              PROSPECTIVE JUROR:  UH-HUH.

03:28PM 3              THE COURT:  SOMETIMES THERE'S TENSION BETWEEN

03:28PM 4    RESIDENTS OF THOSE COUNTRIES, BOTH THERE AND IN DIFFERENT

03:28PM 5    COUNTRIES, LIKE WE ENJOY A DIVERSITY OF CULTURES HERE.  IN THIS

03:28PM 6    VALLEY, YOU'RE PROBABLY AWARE, WE HAVE MANY, MANY WONDERFUL

03:28PM 7    PEOPLE FROM SOUTH ASIA HERE.

03:28PM 8         AND THIS QUESTION WAS DESIGNED, I THINK, TO INQUIRE ABOUT

03:28PM 9    THAT.  YOU'VE TOLD US AND I SAID WE KNOW ABOUT THE HISTORY OF

03:28PM 10   INDIAN AND PAKISTAN.

03:28PM 11        AND I BELIEVE THIS QUESTION WAS DESIGNED TO SEE, IS THERE

03:28PM 12   ANYONE WHO MIGHT HAVE SOME FEELINGS ABOUT THAT TENSION THAT IF

03:28PM 13   SOMEONE IS FROM PAKISTAN, SOMEONE IS FROM INDIA, THEY MIGHT

03:28PM 14   JUDGE MR. BALWANI IN A DIFFERENT WAY JUST BECAUSE OF HIS

03:28PM 15   NATIONALITY?

03:28PM 16             PROSPECTIVE JUROR:  OH, I DON'T KNOW HIS

03:28PM 17   NATIONALITY.

03:28PM 18             THE COURT:  OKAY.

03:28PM 19             PROSPECTIVE JUROR:  BUT, YEAH, HONESTLY, I DIDN'T

03:28PM 20   KNOW HOW TO ANSWER THAT AND THAT'S WHY I SAID I'M NOT SURE HOW

03:28PM 21   TO ANSWER.

03:28PM 22        BUT TO GO BACK TO YOURS, I DON'T KNOW WHAT HIS COUNTRY OF

03:28PM 23   ORIGIN IS.

03:28PM 24             THE COURT:  IF YOU WERE TO LEARN OF HIS COUNTRY OF

03:28PM 25   ORIGIN, DO YOU THINK THAT WOULD CAUSE YOU SOME DIFFICULTY --

03:28PM   1                    PROSPECTIVE JUROR:  NO.

03:28PM   2                    THE COURT:  -- IN JUDGING THE FACTS OF THIS CASE OR

03:28PM   3      JUDGING HIM?

03:28PM   4                    PROSPECTIVE JUROR:  NO.

03:28PM   5                    THE COURT:  IF YOU WERE TO LEARN OF HIS BACKGROUND,

03:28PM   6      DO YOU THINK THAT THAT WOULD, IF IT WAS A CERTAIN COUNTRY,

03:28PM   7      WOULD THAT JUST IN AND OF ITSELF CAUSE YOU NOT TO LIKE HIM OR

03:28PM   8      NOT JUDGE HIM FAIRLY?

03:28PM   9                    PROSPECTIVE JUROR:  NO.  I DON'T THINK SO.

03:28PM  10                    THE COURT:  OKAY.  THANK YOU.

03:28PM  11                 AND THIS IS DIFFICULT TO TALK ABOUT, ABOUT RELATIONSHIPS

03:28PM  12      AND THE WAY PEOPLE LOOK AT THINGS.  I RECOGNIZE THAT.

03:28PM  13                    PROSPECTIVE JUROR:  IT'S FINE.  I DIDN'T LOOK AT

03:28PM  14      INDIA AGAINST PAKISTAN, IT'S JUST SOUTHEAST ASIA, AND I TOOK A

03:28PM  15      PAUSE.  BUT NOTHING AGAINST ANYONE.

03:28PM  16                    THE COURT:  OKAY.

03:28PM  17                    MR. COOPERSMITH:  AND COULD I ASK, WHEN YOU SAY YOU

03:28PM  18      TOOK A PAUSE WHEN YOU SAW SOUTHEAST ASIAN AND PAKISTAN, WHY DID

03:28PM  19      YOU TAKE A PAUSE?

03:28PM  20                    PROSPECTIVE JUROR:  I JUST THOUGHT, WHY SO SPECIFIC?

03:28PM  21      AND I DIDN'T UNDERSTAND THAT.  YOU COULD HAVE SAID SPAIN, OR I

03:28PM  22      DON'T KNOW, BUT WHY SO SPECIFIC?

03:28PM  23                    MR. COOPERSMITH:  OKAY.

03:28PM  24                    THE COURT:  MR. SCHENK?

03:28PM  25                    MR. SCHENK:  NOTHING FURTHER.

03:28PM  1          THE COURT:  MR. COOPERSMITH?

03:28PM  2          MR. COOPERSMITH:  NO, YOUR HONOR.

03:28PM  3          THE COURT:  ANYTHING ELSE?

03:28PM  4          PROSPECTIVE JUROR:  I JUST WANT TO GET OUT.

03:28PM  5          THE COURT:  NOW IS THE TIME.  THANK YOU SO MUCH.

03:28PM  6      (LAUGHTER.)

03:28PM  7          THE COURT:  YOU'LL BE NOTIFIED WHETHER OR NOT YOU

03:28PM  8  NEED TO COME BACK.

03:28PM  9          PROSPECTIVE JUROR:  THANK YOU.

03:28PM 10          THE COURT:  ANYTHING ANYONE WANTS TO PUT ON THE

03:28PM 11  RECORD ABOUT THIS?

03:28PM 12          MR. SCHENK:  NO, YOUR HONOR.

03:28PM 13          THE COURT:  OKAY.  THANK YOU.

03:28PM 14      (END OF DISCUSSION AT SIDE-BAR.)

03:28PM 15      (NO PROSPECTIVE JURORS PRESENT.)

03:29PM 16          THE COURT:  WE'RE BACK ON THE RECORD.  ALL OF OUR

03:29PM 17  PANEL MEMBERS HAVE LEFT.  ALL COUNSEL ARE PRESENT.  MR. BALWANI

03:29PM 18  IS PRESENT.

03:29PM 19         COUNSEL, ANYTHING ELSE YOU WOULD LIKE TO TAKE UP TODAY?

03:29PM 20          MR. COOPERSMITH:  I DON'T THINK SO.

03:29PM 21      THE ONLY THING I HAVE REMAINING FROM TODAY AND YESTERDAY

03:29PM 22  IS JUST SOME ADDITIONAL DISCUSSION ABOUT SOME FOR CAUSE STRIKES

03:29PM 23  AND POSSIBLY HARDSHIP ISSUES.

03:29PM 24      BUT WE DON'T HAVE TO DO THAT THIS AFTERNOON.  OBVIOUSLY IT

03:29PM 25  CAN BE WHENEVER THE COURT PREFERS.

03:29PM    1              THE COURT:  OKAY.  WE'RE SCHEDULED TO MEET TOMORROW

03:29PM    2    MORNING, I BELIEVE, TO TALK ABOUT A MOTION, I THINK?

03:29PM    3              MR. SCHENK:  YOUR HONOR, I THINK THERE ARE 49 JURORS

03:29PM    4    REMAINING.

03:29PM    5         I DON'T THINK THERE ARE PENDING FOR CAUSE OR HARDSHIP

03:29PM    6    CHALLENGES, SO I THINK THE COURT, TO THE EXTENT THAT THERE

03:30PM    7    AREN'T ANY, CAN AND SHOULD DENY THEM, AND WE HAVE ENOUGH.  WE

03:30PM    8    NEED 40 --

03:30PM    9              THE COURT:  RIGHT.

03:30PM   10              MR. SCHENK:  -- IN ORDER TO SELECT A JURY.

03:30PM   11         SO WE COULD PASS THE SHEET TOMORROW MORNING.  AND WE DON'T

03:30PM   12    NEED THE THIRD PANEL, THE THIRD PANEL THAT I THINK MONDAY WOULD

03:30PM   13    BE TOLD TO COME IN ON TUESDAY IS MY RECOLLECTION.

03:30PM   14         SO I THINK WE HAVE SUFFICIENT JURORS IN ORDER TO GET OUR

03:30PM   15    SEATED JURY.

03:30PM   16              THE COURT:  SHOULD WE -- THANK YOU.

03:30PM   17         MR. COOPERSMITH, LET ME TELL YOU -- WHILE YOU'RE LOOKING

03:30PM   18    THERE, I WANT TO TELL YOU A NOTE WAS PASSED TO ME THAT SUGGESTS

03:30PM   19    THAT JUROR NUMBER 112 IS MOVING OUT OF STATE IN APRIL WAS THE

03:30PM   20    MESSAGE.  I THINK THIS WAS PASSED FROM THE -- TO OUR JURY

03:30PM   21    COMMISSIONER.

03:30PM   22              MR. COOPERSMITH:  112, YOUR HONOR?

03:30PM   23              THE COURT:  CORRECT.

03:30PM   24              MR. SCHENK:  YOUR HONOR, I BELIEVE WE HAVE DISCUSSED

03:30PM   25    THIS MONDAY OR TUESDAY OF THIS WEEK.  THIS WAS THE JUROR ON THE

03:30PM 1    QUESTIONNAIRE THAT WROTE THAT THE JUROR EXPECTED TO MOVE OUT OF

03:30PM 2    THE BAY AREA AFTER THE JOB, AND MAYBE THE INFORMATION

03:31PM 3    CRYSTALLIZED.

03:31PM 4            THE COURT:  THAT WAS MY SENSE.  IN LIGHT OF THIS, MY

03:31PM 5    SENSE WAS TO STRIKE THE JUROR FOR HARDSHIP.

03:31PM 6            MR. COOPERSMITH:  AND WE DON'T HAVE ANY OBJECTION.

03:31PM 7            THE COURT:  OKAY.  THANK YOU.

03:31PM 8            MR. COOPERSMITH:  MR. SCHENK MAY BE RIGHT THAT WE'LL

03:31PM 9    HAVE ENOUGH JURORS TO GET TO THE PASSING OF THE SHEET FOR

03:31PM 10   PEREMPTORY CHALLENGES, BUT WE DO HAVE TO KNOW WHO IS IN THAT

03:31PM 11   POOL, AND SO WE DO HAVE TO TAKE UP -- WE DON'T HAVE A LOT.

03:31PM 12       I THINK WE HAVE FIVE JURORS THAT -- APPROXIMATELY, I

03:31PM 13   THINK -- BASED ON THE NOTES NOW THAT I HAVE TO STRIKE FOR --

03:31PM 14   MOVE TO STRIKE FOR CAUSE, AND THEN WE HAVE THREE ADDITIONAL

03:31PM 15   HARDSHIP ISSUES TO DISCUSS, AND I GUESS IF EVERY SINGLE ONE OF

03:31PM 16   THOSE LEFT, WE STILL MIGHT HAVE ENOUGH, SO OBVIOUSLY THAT WOULD

03:31PM 17   BE FINE.

03:31PM 18           THE COURT:  WOULD YOU LIKE TO DISCUSS THOSE NOW?  DO

03:31PM 19   YOU WANT TO TAKE THOSE UP TOMORROW MORNING?  WHAT ARE YOUR

03:32PM 20   THOUGHTS?

03:32PM 21           MR. SCHENK:  WE'D DEFER TO THE COURT.  WE'RE

03:32PM 22   PREPARED TO DO IT NOW, BUT IF THE COURT WOULD PREFER TO DO IT

03:32PM 23   TOMORROW MORNING WITH THE MOTION, THAT WOULD BE FINE.

03:32PM 24           THE COURT:  SURE.

03:32PM 25           MR. COOPERSMITH:  SO JUST TO BE CLEAR, WE CAN DO IT

03:32PM  1    NOW IF THE COURT WANTS TO DO THAT, OR WE CAN DO IT TOMORROW

03:32PM  2    MORNING.

03:32PM  3              THE COURT:  SURE.

03:32PM  4              MR. COOPERSMITH:  BUT WE HAVE CERTAIN FOR CAUSE

03:32PM  5    STRIKES FROM TODAY, OR AT LEAST ARGUMENTS ABOUT THAT, AND THEN

03:32PM  6    WE HAVE A SOMEWHAT LONGER LIST FROM YESTERDAY.

03:32PM  7              THE COURT:  RIGHT.

03:32PM  8              MR. COOPERSMITH:  SO THAT'S THE ISSUE.

03:32PM  9              THE COURT:  AND THAT WAS SOMETHING THAT I PROBABLY

03:32PM  10   UNARTFULLY RAISED THIS MORNING.

03:32PM  11        WHAT DO WE DO IF WE'RE ABLE TO ACCOMPLISH A UNIVERSE OF

03:32PM  12   JURORS TODAY, JUST WITH TODAY'S POOL, WHAT WOULD WE DO WITH

03:32PM  13   THOSE FROM YESTERDAY?  WOULD WE -- I THINK THERE WAS A HOLDOVER

03:32PM  14   GROUP OF THOSE, IF I'M NOT MISTAKEN, THAT WERE CHALLENGED FOR

03:32PM  15   CAUSE OR HARDSHIP.

03:33PM  16              MR. COOPERSMITH:  RIGHT.  THERE WERE SOME HARDSHIP

03:33PM  17   ISSUES AND FOR CAUSE, AND THEN THE OTHER QUESTION ABOUT THE

03:33PM  18   PANEL FROM DAY ONE WAS THAT WE DIDN'T DO WHAT WE DID TODAY

03:33PM  19   WHERE THERE WERE PEOPLE WHO KNEW ABOUT THE ABUSIVE RELATIONSHIP

03:33PM  20   ALLEGATIONS THAT WE DIDN'T HAVE A CHANCE TO --

03:33PM  21              THE COURT:  OH, NO, THAT'S WHAT I'M TALKING ABOUT.

03:33PM  22   THERE'S THAT GROUP.  I CAN'T REMEMBER THE NUMBER OF THOSE.

03:33PM  23              MR. COOPERSMITH:  RIGHT.

03:33PM  24              THE COURT:  SO THE QUESTION IS, ARE YOU COMFORTABLE,

03:33PM  25   ASSUMING WE GO THROUGH THE CHALLENGE PROCESS TODAY, ARE YOU

03:33PM   1    COMFORTABLE USING WHAT WE HAVE TODAY, OR DO YOU WANT TO INCLUDE

03:33PM   2    THOSE FROM YESTERDAY AS WELL?  WE'LL HAVE TO LOOK AT THAT.

03:33PM   3              MR. SCHENK:  YEAH.  I DON'T THINK WE HAVE ENOUGH.  I

03:33PM   4    THINK WE ONLY HAVE 28 -- I'M SORRY --

03:33PM   5              THE COURT:  TODAY?

03:33PM   6              MR. SCHENK:  -- 27 REMAINING TODAY.  WITH STRIKING

03:33PM   7    112 JUST NOW, I THINK THERE'S 27 LEFT TODAY.  WE NEED 40.

03:33PM   8              THE COURT:  RIGHT.

03:33PM   9              MR. SCHENK:  SO WE NEED BOTH PANELS.

03:33PM   10             MR. COOPERSMITH:  RIGHT, YOUR HONOR.  AND THERE

03:33PM   11   ARE -- I'M NOT COMFORTABLE ON BEHALF OF MR. BALWANI TO --

03:34PM   12   UNLESS THE COURT WERE TO STRIKE ALL OF THE PEOPLE WHO KNEW

03:34PM   13   ABOUT THE ABUSIVE RELATIONSHIP ISSUE BASED ON THEIR

03:34PM   14   QUESTIONNAIRES, YOU KNOW, I WOULDN'T BE COMFORTABLE GOING

03:34PM   15   FORWARD WITHOUT HAVING A CHANCE, LIKE WE JUST DID WITH TWO

03:34PM   16   PEOPLE, TO QUESTION THEM ABOUT THAT.

03:34PM   17             THE COURT:  WELL, OKAY.  SO LET ME ASK, CAN WE -- DO

03:34PM   18   YOU HAVE HARDSHIPS CAUSE FOR THIS PANEL, TODAY'S PANEL THAT YOU

03:34PM   19   WOULD LIKE TO DISCUSS?  CAN WE DO THAT NOW?

03:34PM   20             MR. COOPERSMITH:  YES, YOUR HONOR.

03:34PM   21             THE COURT:  ALL RIGHT.  WELL, LET'S DO THAT NOW AND

03:34PM   22   SEE WHERE THAT TAKES US.

03:34PM   23             MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

03:34PM   24        SO LET ME TAKE UP HARDSHIPS FIRST.

03:34PM   25             THE COURT:  OKAY.

03:34PM  1            MR. COOPERSMITH:  THERE WERE THREE JURORS.  THE

03:34PM  2    FIRST WAS 126, AND THE HARDSHIP ISSUE SHE EXPRESSED WAS THAT

03:34PM  3    SHE WAS A CHIROPRACTOR AND THERE WAS SOME CONTINUITY OF CARE

03:34PM  4    ISSUES AND SHE WAS CONCERNED ABOUT HER PATIENTS AND HOW THAT

03:34PM  5    WOULD WORK OUT.

03:35PM  6        THAT'S ONE OF THEM.

03:35PM  7        THE OTHER ONE WAS JUROR 181.  THAT JUROR TALKED ABOUT

03:35PM  8    HAVING LOWER BACK PAIN AND HIS LEGS GO NUMB AND IT MIGHT BE

03:35PM  9    DIFFICULT TO SIT AS A JUROR BECAUSE OF THAT.  THAT'S 181.

03:35PM 10        YEAH, 181.

03:35PM 11        AND THEN IN ADDITION THERE WAS JUROR 119.  THE ONLY ISSUE

03:35PM 12    SHE RAISED WAS THAT SHE WAS PREGNANT.  SHE SAID THAT AT THE END

03:35PM 13    OF THE ESTIMATED TRIAL TIME, SHE WOULD BE 31 WEEKS PREGNANT,

03:35PM 14    WHICH WOULDN'T CAUSE ANY ISSUES UNLESS HER BABY WAS PREMATURE,

03:35PM 15    AND WE CERTAINLY HOPE THAT'S NOT THE CASE.

03:35PM 16        BUT OBVIOUSLY IT'S ONLY AN ESTIMATE.  WE DON'T KNOW HOW

03:36PM 17    LONG THE TRIAL WILL GO AND WE DON'T KNOW WHEN WE WILL BE IN THE

03:36PM 18    DEFENSE CASE.  SO THAT WAS THE ISSUE WITH 119.

03:36PM 19        THOSE WERE THE THREE HARDSHIP ISSUES FROM THIS PANEL

03:36PM 20    TODAY.

03:36PM 21            THE COURT:  OKAY.  SURE.

03:36PM 22        MR. SCHENK.

03:36PM 23            MR. SCHENK:  SURE.  WHY DON'T I TAKE THEM IN

03:36PM 24    NUMERICAL ORDER, SO LET'S START WITH 119.

03:36PM 25        I DID NOT GET THE IMPRESSION SHE WAS ASKING TO BE

03:36PM 1    RELIEVED.  SHE TOLD US, MY RECOLLECTION IS, THAT SHE SENT AN

03:36PM 2    EMAIL OR A NOTE TO HER DOCTOR AND HAD NOT HEARD BACK FROM HER

03:36PM 3    DOCTOR.

03:36PM 4         THE ACCOMMODATION SHE ASKED FOR WAS BREAKS FOR BATHROOM

03:36PM 5    TRIPS, AND WE CERTAINLY CAN ACCOMMODATE THAT.

03:36PM 6         I DON'T THINK THAT IT'S NECESSARY TO EXCUSE HER FOR

03:36PM 7    HARDSHIP AT THIS TIME, ALTHOUGH I SUPPOSE WE HAVE TO

03:36PM 8    ACKNOWLEDGE THAT THERE'S A CHANCE THAT WE WOULD NEED TO REPLACE

03:36PM 9    HER WITH AN ALTERNATE LATE IN THE TRIAL IF THE BABY CAME EARLY.

03:36PM 10        BUT I DON'T THINK WE NEED TO EXCUSE HER FOR HARDSHIP AT

03:36PM 11   THIS POINT.

03:36PM 12        THE SECOND JUROR THAT MR. COOPERSMITH REFERENCED WAS 126.

03:37PM 13   SHE DID EXPRESS SOME CONCERNS REGARDING COVERAGE FOR HER

03:37PM 14   PATIENTS, THOUGH THERE WERE TWO ADDITIONAL PROVIDERS WHO COULD

03:37PM 15   SHARE SOME OF THE LOAD.

03:37PM 16        SHE ALSO NOTED THAT ON TWO OF THE WORK DAYS WE WOULD NOT

03:37PM 17   BE IN SESSION AND SHE COULD SEE PATIENTS ON THOSE OCCASIONS,

03:37PM 18   AND WHILE THERE IS A TWO WEEK WAITING LIST, IT DOES SEEM THAT

03:37PM 19   IT'S STILL POSSIBLE FOR HER TO SEE PATIENTS.

03:37PM 20        SO I DON'T THINK IT'S NECESSARY TO EXCUSE 126.

03:37PM 21        AND THEN 181 DID NOT ASK TO BE EXCUSED.  MY NOTES FOR 181

03:37PM 22   ACTUALLY INDICATE HIM SAYING THAT HE WAS NOT REALLY ASKING TO

03:37PM 23   BE EXCUSED.  HE WOULD BE FINE AS LONG AS HE HAD THE ABILITY TO

03:37PM 24   MOVE AROUND AS NEEDED, AND I THINK THE COURT HAS NOTED THE

03:37PM 25   ABILITY TO ACCOMMODATE THAT.

03:37PM  1    SO MY NOTES EXPLICITLY SAY HE DID NOT ASK TO BE EXCUSED

03:38PM  2    FOR THAT HARDSHIP.

03:38PM  3         THE COURT:  THAT'S MY RECOLLECTION ABOUT 181, JUST

03:38PM  4    TO GO IN REVERSE ORDER.  I THINK I ASKED HIM ABOUT WHETHER OR

03:38PM  5    NOT WE COULD -- HIS CONDITION COULD BE MITIGATED BY PILLOWS AND

03:38PM  6    THAT TYPE OF THING, AND I RECALL HIM ANSWERING IN THE

03:38PM  7    AFFIRMATIVE.

03:38PM  8         AND I RECALL I EXPLAINED TO HIM HOW WE ALLOWED JURORS IN

03:38PM  9    THE PAST TO STAND OUTSIDE AND STRETCH AND TAKE BREAKS, AND I

03:38PM  10   THINK HE SAID THAT WOULD BE GREAT, OR WORDS TO THAT EFFECT.

03:38PM  11        SO I'M GOING TO DECLINE TO STRIKE THE -- I'M SPEAKING OF

03:38PM  12   181 -- 181 FOR THE BACK PAIN ISSUE BASED ON MY COLLOQUY WITH

03:38PM  13   HIM AND HIS ANSWERS TO MY QUESTIONS, AS WELL AS YOURS.

03:38PM  14        126 WITH PATIENTS, IT SEEMED TO ME THAT THE CONVERSATION

03:39PM  15   THAT SHE HAD WAS ONE OF INCONVENIENCE TO HER PATIENTS AND HER

03:39PM  16   COLLEAGUES.

03:39PM  17        SHE DID SAY THAT HER COLLEAGUES COULD SHARE THE LOAD, AND

03:39PM  18   SHE DID TALK ABOUT OUR SCHEDULING THAT WOULD NOT KEEP HER FROM

03:39PM  19   THE ENTIRETY OF HER PATIENTS.

03:39PM  20        SHE DID TALK ABOUT IT WOULD BE DIFFICULT, AND OBVIOUSLY

03:39PM  21   HER PREFERENCE WOULD BE TO BE ABLE TO CONTINUE HER FULL CASE

03:39PM  22   LOAD.  SHE SEEMS TO BE VERY GOOD AT WHAT SHE DOES.  SHE SAYS

03:39PM  23   THERE'S A WAITING LIST FOR HER.

03:39PM  24        THAT INFORMS THAT, BECAUSE OF HER HIGH DEMAND, PEOPLE WILL

03:39PM  25   PROBABLY BE WILLING TO WAIT TO RECEIVE THE SERVICES THAT SHE

| | |
|---|---|
| 03:39PM | 1 |

PROVIDES.

SO I'M NOT GOING TO STRIKE HER FOR HARDSHIP.

AND THEN 119, WHEN SHE TALKED ABOUT HER PREGNANCY, SHE SAID, I JUST WANT TO LET YOU KNOW.  AND, YOU KNOW, IT WAS INFORMATIVE FOR US FOR OUR PURPOSES OF PLANNING, AND I DID ASK HER ABOUT CONTACTING HER DOCTOR AND SHE SAID SHE EMAILED HER DOCTOR BUT HAD NOT HEARD BACK FROM HER DOCTOR YET.

SO I DON'T THINK THERE'S ENOUGH INFORMATION IN FRONT OF THE COURT NOW TO STRIKE HER FOR HARDSHIP AT THIS POINT, SO I'LL DENY THAT REQUEST.

THANK YOU.

MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

THEN TURNING TO THE CAUSE ISSUE FOR TODAY'S PANEL.

THE FIRST ONE I WANT TO DISCUSS IS JUROR NUMBER 161, WHO WE JUST HAD AN OPPORTUNITY TO QUESTION IN THE JURY DELIBERATION ROOM.

AND THE ISSUE IS SHE OBVIOUSLY KNOWS THINGS ABOUT THE CASE, AND SHE HAS SEEN SOME NEWS MEDIA, AND WHEN THE COURT WAS QUESTIONING HER DURING THE COURT'S VOIR DIRE, THERE WAS A HESITATION WHEN THE COURT ASKED HER IF SHE COULD BE FAIR. THERE WAS A HESITATION, AND SHE FINALLY DID SAY, YES, BUT THEN LATER SHE SAID SHE'S NOT SURE SHE COULD BE FAIR.

AND THEN IN THE INTERACTION THAT WE HAD WITH HER IN THE DELIBERATION ROOM, THERE SEEMED TO BE SOMETHING WEIGHING ON HER MIND THAT SHE WASN'T WILLING OR ABLE TO SAY.  I'M NOT SURE WHY.

03:41PM 1      BUT JUST BASED ON THE ANSWERS THAT SHE'S NOT SURE THAT SHE

03:41PM 2      COULD BE FAIR AND SOME OF THE OTHER ANSWERS IN THE

03:41PM 3      QUESTIONNAIRE THAT WE DISCUSSED, I THINK THAT THIS JUROR WOULD

03:41PM 4      BE A GOOD CANDIDATE TO EXCUSE FOR CAUSE.

03:41PM 5           MR. SCHENK:  YOUR HONOR, WE OPPOSE THAT.

03:41PM 6      FIRST, WHEN YOUR HONOR WAS SPEAKING WITH HER AND ASKING

03:41PM 7      QUESTIONS ABOUT WHETHER THE JUROR COULD BE FAIR, SHE SAID, YES,

03:41PM 8      I WANT TO SAY I'LL TRY, BUT I'VE NOT BEEN IN THE SITUATION

03:41PM 9      BEFORE.

03:41PM 10     YOUR HONOR DRILLED DOWN A LITTLE FURTHER AND DREW A

03:41PM 11     DISTINCTION, AND THE JUROR AGREED, HER CONCERNS ABOUT WHETHER

03:42PM 12     SHE COULD BE FAIR, WHETHER SHE COULD TELL THE COURT SHE COULD

03:42PM 13     BE FAIR HAD NOTHING TO DO WITH THE FACTS OF THE CASE OR THE

03:42PM 14     INABILITY TO FOLLOW THE COURT'S INSTRUCTIONS OR A QUARREL WITH

03:42PM 15     THE PRESUMPTION OF INNOCENCE.

03:42PM 16     SHE HAS NOT SERVED ON A JURY BEFORE AND SHE FELT SOME

03:42PM 17     HESITANCY TO COMMITTING 100 PERCENT TO SOMETHING THAT SHE HAD

03:42PM 18     NEVER DONE BEFORE.

03:42PM 19     THAT'S A VERY DIFFERENT THING THAN TO SAY SHE SHOULD BE

03:42PM 20     EXCUSED FOR CAUSE BECAUSE SHE HAD SOME BIAS OR SOME THING ABOUT

03:42PM 21     HER THAT WILL PREVENT HER FROM BEING FAIR IN THIS CASE.

03:42PM 22     I ALSO OBSERVED, AS MR. COOPERSMITH NOTED, THAT ON

03:42PM 23     OCCASIONS SHE PAUSED OR HESITATED BEFORE ANSWERING, BUT I DID

03:42PM 24     NOT THINK IT WAS BECAUSE SHE HAD SOMETHING TO HIDE.  SHE SEEMED

03:42PM 25     THOUGHTFUL AND CAREFUL.

03:42PM   1        WHEN THE COURT JUST A MOMENT AGO ASKED FURTHER QUESTIONS

03:42PM   2   REGARDING HER KNOWLEDGE OF THE RELATIONSHIP BETWEEN MR. BALWANI

03:42PM   3   AND MS. HOLMES, SHE WAS FORTHCOMING.  SHE DESCRIBED WHAT IT IS

03:43PM   4   THAT SHE KNEW.

03:43PM   5        SHE TOLD THE COURT THAT HER INFORMATION WOULD NOT PREVENT

03:43PM   6   HER FROM BEING FAIR OR BEING AN IMPARTIAL JUROR IN THIS CASE.

03:43PM   7        WHEN THE COURT FOLLOWED UP ON, I THINK IT WAS QUESTION 56,

03:43PM   8   THAT'S THE QUESTION WHERE WE NOTED SOME HESITANCY IN THE

03:43PM   9   MORNING SESSION, SHE GAVE US AN ANSWER TO WHAT HER HESITANCY

03:43PM   10  WAS BASED ON.  SHE FOUND THE QUESTION SURPRISING.

03:43PM   11       THE QUESTION ITSELF CALLED OUT INDIVIDUALS FROM A

03:43PM   12  PARTICULAR REGION, FROM SOUTH ASIA, FROM INDIA, FROM PAKISTAN,

03:43PM   13  AND SHE SAID, WHY NOT SPAIN?  WHY DIDN'T THIS QUESTION FOCUS ON

03:43PM   14  OTHER COUNTRIES AND WHY DID IT FOCUS ON THIS REGION?

03:43PM   15       AGAIN, IT DIDN'T APPEAR THAT SHE WAS ATTEMPTING TO HIDE

03:43PM   16  ANYTHING.  SHE WAS THOUGHTFUL IN HER ANSWER, AND SHE SAID THE

03:43PM   17  QUESTION GAVE ME PAUSE BOTH FIGURATIVELY, AND PROBABLY

03:43PM   18  LITERALLY GAVE HER PAUSE, AND THEN SHE ANSWERED.

03:43PM   19       SHE DIDN'T KNOW WHAT TO WRITE ON THE QUESTION, BUT WHEN WE

03:43PM   20  FOLLOWED UP WITH HER, WE GOT WHAT I THOUGHT WAS A THOUGHTFUL

03:43PM   21  ANSWER.

03:43PM   22       NONE OF THE ANSWERS THAT SHE GAVE SUGGESTS THAT SHE HAS

03:44PM   23  SOME BIAS OR SOME INABILITY TO BE FAIR.  IN FACT, THAT'S

03:44PM   24  CONTRARY TO WHAT WE'VE HEARD FROM HER.

03:44PM   25            THE COURT:  ANYTHING FURTHER?

03:44PM 1          MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.  I

03:44PM 2     THINK YOU'VE OBSERVED THE SAME THINGS WE OBSERVED.

03:44PM 3          THE COURT:  RIGHT, I DID.

03:44PM 4       I CAN UNDERSTAND WHERE THERE MIGHT BE SOME QUESTIONING

03:44PM 5     BASED ON A PAUSING, AND I NOTICE THAT HER PLACE OF BIRTH IS NOT

03:44PM 6     IN THIS COUNTRY, SHE WAS BORN IN ANOTHER COUNTRY, AND IT WAS

03:44PM 7     ONE OF THE COUNTRIES REFERENCED IN QUESTION 56, WHICH CAUSED US

03:44PM 8     TO MAKE SOME INQUIRY ABOUT THAT HISTORICAL RELATIONSHIP AND

03:44PM 9     TENSION BETWEEN THOSE TWO.

03:44PM 10      SHE WAS NERVOUS.  MY OBSERVATION IS SHE WAS NERVOUS ABOUT

03:44PM 11    BEING HERE.  NOT ABOUT SERVICE, BUT JUST THAT SHE HAD NEVER

03:44PM 12    BEEN IN THIS CIRCUMSTANCE BEFORE.

03:44PM 13      I THINK THAT IS SOMETHING THAT HAS TO BE GIVEN

03:44PM 14    CONSIDERATION AS TO AN OBSERVATION OF HER QUESTIONS.

03:45PM 15      WHEN WE SPOKE WITH HER PRIVATELY A MOMENT AGO, SHE SEEMED

03:45PM 16    TO HAVE GREATER COMFORT, AT LEAST IN EXPRESSING HER CONFUSION

03:45PM 17    ABOUT QUESTION56 AND HER SUGGESTED EDITS ABOUT HOW THAT MIGHT

03:45PM 18    BE BETTER PHRASED.

03:45PM 19      I SUPPOSE ONE COULD INTUIT THAT THE PAUSING MEANS THAT

03:45PM 20    THERE'S SOME RETICENCE IN HER ABILITY TO BE FAIR, BUT IN THE

03:45PM 21    TOTALITY OF HER QUESTIONING AND HER DEMEANOR, I DON'T CAPTURE

03:45PM 22    THAT FROM HER.

03:45PM 23      SO I'M GOING TO FIND -- I'M GOING TO DECLINE YOUR

03:45PM 24    INVITATION TO STRIKE HER FOR CAUSE FOR THOSE REASONS.

03:45PM 25          MR. COOPERSMITH:  YES, YOUR HONOR.

480

```
03:45PM   1          MOVING ON.  JUROR NUMBER 119 -- WHICH I UNDERSTAND THERE
03:45PM   2     WAS A HARDSHIP ISSUE, BUT THAT'S BEEN DENIED -- THERE WAS AN
03:46PM   3     ISSUE WHERE I WAS HAVING A DISCUSSION WITH HER ABOUT WHETHER
03:46PM   4     THE DEFENSE WOULD HAVE TO PRODUCE EVIDENCE TO ESTABLISH
03:46PM   5     INNOCENCE, AND SHE SEEMED TO BE VERY UNSURE ABOUT THAT AND TOOK
03:46PM   6     QUITE A WHILE.
03:46PM   7          AND I UNDERSTAND THE COURT DID FINALLY ASK HER, AND I
03:46PM   8     THINK I EVEN ASKED HER, COULD SHE FOLLOW THE INSTRUCTION?  AND
03:46PM   9     SHE SAID YES.
03:46PM   10         BUT THERE WAS A LOT OF UNCERTAINTY IN SORT OF COMING TO
03:46PM   11    THAT, AND WE THINK THAT THAT WOULD BE ENOUGH TO STRIKE HER
03:46PM   12    BECAUSE WE JUST DON'T -- WE THINK SOMEONE HAS TO BE ABSOLUTELY
03:46PM   13    SURE THAT THEY CAN FOLLOW THE INSTRUCTION AND PRESUME INNOCENCE
03:46PM   14    EVEN IF THE DEFENSE DOESN'T PRESENT ANY EVIDENCE AT ALL.
03:46PM   15         SO THAT WAS THE ISSUE.
03:46PM   16             THE COURT:  I RECALL THAT COLLOQUY BACK AND FORTH,
03:46PM   17    AND THAT EDUCATION, IF YOU WILL.
03:46PM   18             MR. COOPERSMITH:  YES, YOUR HONOR.
03:46PM   19             THE COURT:  MR. SCHENK.
03:46PM   20             MR. SCHENK:  YOUR HONOR, WE OPPOSE REMOVING JUROR
03:46PM   21    119 FOR CAUSE.  HER HESITANCY I DON'T THINK WAS BASED ON AN
03:46PM   22    INABILITY TO FOLLOW COURT INSTRUCTION.  IT WAS RATHER AN
03:46PM   23    UNDERSTANDING OF THE PRESUMPTION OF INNOCENCE.
03:47PM   24         SHE WAS ASKED QUESTIONS, AND I DON'T THINK THAT SHE HAS
03:47PM   25    EXPERIENCE IN THIS AREA, AND I DON'T THINK THAT SHE APPRECIATED
```

03:47PM 1    THAT IN RESPONSE TO THE QUESTIONS THAT SHE WAS BEING ASKED, THE

03:47PM 2    PRESUMPTION OF INNOCENCE APPLIED OR WAS RELEVANT.

03:47PM 3         SHE DID NOT EXPRESS HESITANCY OR CONCERNS ABOUT FOLLOWING

03:47PM 4    COURT INSTRUCTIONS.

03:47PM 5         WHEN TOLD THERE WAS A PRESUMPTION OF INNOCENCE, THAT THE

03:47PM 6    DEFENSE WOULD NOT HAVE TO PRESENT EVIDENCE, SHE WAS SOMEONE WHO

03:47PM 7    UNDERSTOOD THE COURT OR MR. COOPERSMITH'S STATEMENT TO HER

03:47PM 8    ABOUT THOSE CONCEPTS.  SHE SEEMS ABLE TO APPLY THOSE.

03:47PM 9         HER HESITANCY SEEMED IN FACT TO BE AN UNDERSTANDING OF THE

03:47PM 10   APPLICATION OF THE PRESUMPTION OF INNOCENCE TO THE PARTICULAR

03:47PM 11   QUESTIONS THAT SHE WAS BEING ASKED.

03:47PM 12        THAT'S A VERY DIFFERENT THING THAN SOMEONE WHO CAN'T

03:47PM 13   FOLLOW COURT INSTRUCTIONS AND SHOULD BE STRUCK FOR CAUSE.

03:47PM 14             THE COURT:  YOU KNOW -- THANK YOU.

03:47PM 15        WHAT I GLEANED FROM THAT CONVERSATION, THAT COLLOQUY, WAS

03:47PM 16   THE INITIAL QUESTION ABOUT WHAT IF THE DEFENSE DOESN'T PUT

03:47PM 17   ANYTHING ON, THEN WHAT WOULD YOU DO?

03:48PM 18        I LOOKED AT HER AND, TO ME, SHE HAD THIS QUIZZICAL LOOK.

03:48PM 19   HUH?  HUH?  WHAT IS THAT QUESTION?

03:48PM 20        AND THEN YOU FOLLOWED UP, MR. COOPERSMITH, AS TO -- I

03:48PM 21   THINK MR. SCHENK, OR CERTAINLY THE COURT DID.

03:48PM 22        AND I TEND TO AGREE WITH MR. SCHENK.  I'M NOT SURE SHE

03:48PM 23   UNDERSTOOD THE GAMUT OF THE -- THE TOTALITY OF THE

03:48PM 24   HYPOTHETICAL.  BECAUSE SHE DID SAY, DIDN'T SHE, WELL, I GUESS I

03:48PM 25   WOULD HAVE TO LOOK AT THE EVIDENCE OF THE GOVERNMENT THEN, OR

03:48PM  1    WHAT IS IN FRONT OF ME THEN, WHICH SEEMED TO BE AN ENTRANCE

03:48PM  2    INTO BALANCING JUST WHAT IS IN FRONT OF ME.

03:48PM  3        AND THEN LATER ON I THINK -- I DON'T WANT TO SAY THERE WAS

03:48PM  4    A GESTALT MOMENT, BUT, YOU KNOW, IT SEEMED SHE UNDERSTOOD IT

03:48PM  5    AND THEN SHE GOT TO THE, YES, OKAY, I'LL FOLLOW THE

03:48PM  6    INSTRUCTIONS.

03:48PM  7        AND I ASKED QUESTIONS ABOUT PRESUMPTION OF INNOCENCE TO

03:48PM  8    SEE IF THAT WOULD FILL THE GAP OF HER QUESTIONING ABOUT THAT

03:49PM  9    CONCEPT.

03:49PM  10        I DON'T THINK SHE HAD -- OR THAT SHE LACKS THE CAPACITY TO

03:49PM  11    UNDERSTAND THE PRESUMPTION OF INNOCENCE.

03:49PM  12        QUITE THE CONTRARY.  I BELIEVE THE QUESTIONING, THE FINAL

03:49PM  13    QUESTIONING TO HER ALLOWED HER TO UNDERSTAND THAT.  SHE DID SAY

03:49PM  14    SHE WOULD FOLLOW THE INSTRUCTIONS.

03:49PM  15        I SPENT A LOT OF TIME NOT JUST WITH HER, BUT PERHAPS USING

03:49PM  16    HER AND OTHERS AS AN EDUCATIONAL TOOL TALKING ABOUT THE

03:49PM  17    IMPORTANCE OF THE PRESUMPTION OF INNOCENCE.

03:49PM  18        THIS MORNING I ASKED SEVERAL JURORS, I THINK, I POINTED

03:49PM  19    DIRECTLY TO YOUR CLIENT AND I ASKED, CAN YOU PRESUME HIM TO BE

03:49PM  20    INNOCENT?  ANY PROBLEM WITH THAT?

03:49PM  21        AND I DON'T RECALL IF I ASKED HER THAT SPECIFICALLY.  I

03:49PM  22    MAY HAVE.

03:49PM  23        BUT I'M GOING TO DECLINE YOUR INVITATION TO STRIKE HER FOR

03:49PM  24    CAUSE.  I DON'T THINK IT'S APPROPRIATE FOR JUROR 119.

03:49PM  25            MR. COOPERSMITH:  YES, YOUR HONOR.

03:49PM   1          MOVING ON TO JUROR 126, WHO I UNDERSTAND THE COURT DENIED

03:50PM   2   ON THE HARDSHIP SIDE.

03:50PM   3          ON THE CAUSE SIDE, THE CONCERN WE HAD IS THAT SHE'S A

03:50PM   4   CHIROPRACTOR, SHE'S A HEALTH CARE PROVIDER, SHE SEEMS DEDICATED

03:50PM   5   TO HER PATIENTS, AND SHE SAID THAT IT WOULD BE VERY HARD FOR

03:50PM   6   HER TO PUT ASIDE HER CONCERN THAT PATIENTS WOULD BE HARMED OR

03:50PM   7   SOMETHING LIKE THAT.

03:50PM   8          AND IT WASN'T, YOU KNOW, SPECIFIC TO THIS CASE

03:50PM   9   NECESSARILY, BUT THE CONCERN THAT WE HAVE IS THAT WE ANTICIPATE

03:50PM  10   THAT THE GOVERNMENT IS GOING TO PRESENT A CASE WHERE THEY'RE

03:50PM  11   GOING TO CLAIM THAT THE BLOOD TESTS THAT WERE BEING CONDUCTED

03:50PM  12   BY THERANOS WERE NOT CORRECT OR NOT WHAT THEY SHOULD HAVE BEEN.

03:50PM  13          I THINK THAT'S OBVIOUS.

03:50PM  14          AND WE THINK BEFORE WE EVEN GET TO REFUTING THAT, WHICH OF

03:50PM  15   COURSE WE WILL DO, SHE WILL BE BEHIND BECAUSE SHE'S COMING AT

03:50PM  16   THIS FROM A PERSPECTIVE THAT SHE WAS VERY CANDID ABOUT THAT SHE

03:50PM  17   HAD, AND THIS WILL AFFECT HER IN A WAY, YOU KNOW, THAT IT MAY

03:50PM  18   NOT AFFECT OTHER JURORS.

03:50PM  19          AND FOR THAT REASON I THINK THIS WOULD NOT BE A GOOD JUROR

03:51PM  20   TO SIT ON THIS CASE.

03:51PM  21              THE COURT:  THANK YOU.

03:51PM  22          DID SHE TALK -- AND MAYBE I HAVE THESE CONFUSED.

03:51PM  23          DID SHE TALK TO US ABOUT ETHICS AND MORALITY?

03:51PM  24              MR. COOPERSMITH:  SHE DID.

03:51PM  25              THE COURT:  RIGHT.  I RECALL THAT.  I WANTED TO SAY

03:51PM  1    THOSE ARE NOT IN THE INDICTMENT SPECIFICALLY, BUT I THINK I

03:51PM  2    CAPTURED HER SENTIMENT.

03:51PM  3         MR. SCHENK.

03:51PM  4             MR. SCHENK:  YES, YOUR HONOR.

03:51PM  5         THE GOVERNMENT OPPOSES REMOVING 126 FOR CAUSE.

03:51PM  6         SHE KNOWS VERY LITTLE ABOUT THIS CASE.  SHE SAID, MY

03:51PM  7    KNOWLEDGE OF THE CASE IS LOW, BUT IF THE CASE IS ABOUT HEALTH

03:51PM  8    CARE, THEN THAT'S WHAT MY BACKGROUND IS IN, AND I THINK THAT

03:51PM  9    THAT FIELD BRINGS WITH IT CERTAIN OBLIGATIONS, CERTAIN MORAL OR

03:51PM 10    ETHICAL OBLIGATIONS.

03:51PM 11         AND IT REALLY SEEMS UNFAIR OF THE POSITION THAT

03:51PM 12    MR. COOPERSMITH WOULD PUT JURORS IN, AND THAT IS, IF THE

03:51PM 13    GOVERNMENT PRESENTS A CASE THAT SUGGESTS THAT FRAUD HAPPENED,

03:51PM 14    IT'S UNFAIR FOR HER TO BE A JUROR, OR JURORS LIKE HER, BECAUSE

03:51PM 15    SHE MIGHT BE TROUBLED BY FRAUD.

03:52PM 16         OF COURSE.  THERE'S NOTHING UNIQUE ABOUT HER.

03:52PM 17         IF WE CONVINCE HER, IF THE GOVERNMENT PUTS ON A CASE AND

03:52PM 18    CONVINCES A JUROR THAT FRAUD OCCURRED, IT'S NOT OBJECTIONABLE

03:52PM 19    THAT A JUROR WOULD BE TROUBLED BY THAT OCCURRING.

03:52PM 20         THE QUESTION IS, DOES SHE KNOW SOMETHING ABOUT THE CASE

03:52PM 21    THAT WOULD PREVENT HER FROM BEING A FAIR JUROR IN THE CASE?

03:52PM 22    DOES SHE HAVE AN OPINION OR SOME PREEXISTING KNOWLEDGE THAT SHE

03:52PM 23    CAN'T PUT ASIDE?

03:52PM 24         AND NONE OF THAT IS PRESENT HERE.  SHE CAN COME TO THE

03:52PM 25    COURT WITH AN OPEN MIND.  SHE CAN HEAR THE EVIDENCE AND

03:52PM 1    EVALUATE THE EVIDENCE.  AND SHE HAS NOT SUGGESTED ANYTHING TO

03:52PM 2    US TO SUGGEST THAT SHE CAN'T DO THAT, THAT SHE CAN'T HEAR AND

03:52PM 3    EVALUATE THE EVIDENCE FAIRLY AND IMPARTIALLY.

03:52PM 4         IN FACT, SHE SAID THAT TO US SEVERAL TIMES.

03:52PM 5              THE COURT:  I THINK SHE SAID IN HER QUESTIONNAIRE

03:52PM 6    SHE DID NOT KNOW WHO ELIZABETH HOLMES WAS.  I THINK THAT WAS

03:52PM 7    ONE OF THE ANSWERS.  IT'S NOT ON POINT TO THIS.

03:52PM 8              MR. COOPERSMITH:  RIGHT.  AND OUR ISSUE IS THAT SHE

03:52PM 9    HAS SOME PARTICULAR CASE KNOWLEDGE.

03:52PM 10             THE COURT:  RIGHT.

03:52PM 11             MR. COOPERSMITH:  AND WHERE I TAKE ISSUE WITH

03:53PM 12   MR. SCHENK IN TERMS OF HIS REMARKS JUST NOW IS THAT THERE ARE

03:53PM 13   SEVERAL ELEMENTS OF THE OFFENSES AT HAND, RIGHT?  AND ONE OF

03:53PM 14   THEM IS THE ELEMENT OF FALSITY.

03:53PM 15        SO IS IT THE CASE THAT THE BLOOD TESTING TECHNOLOGY THAT

03:53PM 16   IS AT ISSUE DIDN'T WORK?  OR DID IT WORK?  I MEAN, THAT'S ONE

03:53PM 17   ISSUE.

03:53PM 18        ANOTHER ISSUE IS, DID MR. BALWANI KNOW THAT?  DID HE

03:53PM 19   INTEND TO DECEIVE?

03:53PM 20        AND THE CONCERN WITH THIS JUROR IS THAT ONCE -- IF SHE

03:53PM 21   WERE CONVINCED, AND I DON'T KNOW IF SHE WILL BE, BUT IF SHE

03:53PM 22   WERE CONVINCED THAT THERE WAS SOME PROBLEM WITH THE BLOOD

03:53PM 23   TESTING, IN FACT, THEN THIS WOULD SO COLOR HER VIEW OF THE

03:53PM 24   WORLD THAT SHE WOULD JUST WANT TO CONVICT AT THAT POINT BECAUSE

03:53PM 25   SHE THINKS, ACCORDING TO HER OWN WORDS, THAT THIS IS, YOU KNOW,

03:53PM 1    AN ETHICAL, MORAL ISSUE WHEN YOU GET INTO THE HEALTH CARE

03:53PM 2    FIELD.

03:53PM 3         SO THAT'S OUR CONCERN WITH 126.

03:53PM 4              THE COURT:  YEAH.  REGRETTABLY, WE DIDN'T FOLLOW UP

03:53PM 5    WITH THAT, DID WE, ABOUT HER ETHICS AND MORALITY?

03:54PM 6         SHE TOLD US, AS A HEALTH CARE PROVIDER, SHE HAS GREAT

03:54PM 7    PRIDE IN THE PROFESSION AND OTHER PROFESSIONALS.

03:54PM 8         I THINK SHE DID EXPRESS SOME CONCERN ABOUT ETHICS,

03:54PM 9    MORALITY.  NONE OF US FOLLOWED UP, I THINK, WITH QUESTIONS

03:54PM 10   ABOUT THAT OR DISTINGUISHING MORALITY FROM ELEMENTS OF

03:54PM 11   OFFENSES, WHICH IS SOMETHING THAT'S IMPORTANT IN THE CASE.

03:54PM 12        I HAD THOUGHT TO, AND MAYBE I SHOULD HAVE ASKED HER ABOUT

03:54PM 13   WHETHER OR NOT THE GOVERNMENT IS GOING TO ARGUE IN THEIR CASE

03:54PM 14   THAT THIS WAS IMMORAL OR UNETHICAL CONDUCT OR SOMETHING.  I

03:54PM 15   DON'T THINK THERE WAS THAT ARGUMENT IN THE PREVIOUS CASE.

03:54PM 16        SO IT'S -- YOU KNOW, LET ME DEFER ON HER.  I WANT TO READ

03:54PM 17   THE TRANSCRIPT.  I WANT TO READ WHAT SHE ACTUALLY SAID TO THE

03:54PM 18   QUESTIONS.

03:54PM 19              MR. COOPERSMITH:  YES, YOUR HONOR.

03:54PM 20              THE COURT:  SO WE'LL PASS HER FOR TOMORROW.

03:55PM 21              MR. COOPERSMITH:  OKAY.  THANK YOU.

03:55PM 22        AND THEN TWO MORE ON THE CAUSE FOR TODAY'S PANEL.  ONE IS

03:55PM 23   JUROR NUMBER 181.

03:55PM 24        JUROR NUMBER 181, THERE WERE TWO ISSUES.  THIS WAS THE

03:55PM 25   JUROR WHO SAID HE HAD A GOOD FRIEND WHO WAS A LAW ENFORCEMENT

1    OFFICER, AND HE DID SAY HE COULD AVOID DISCUSSING IT AND ALL OF

2    THAT.

3        BUT HE ALSO SAID THAT HE HAD A VIEW THAT LAW

4    ENFORCEMENT -- AND THEN HE SAID IT WAS STARTING AT SORT OF A

5    HIGHER PLANE OF CREDIBILITY, AND THEN IT WOULD TAKE THEM MORE

6    TO PUT THEM DOWN TO THE LEVEL OF A NORMAL WITNESS.

7        AND THEN HE SAID THE SAME THING ABOUT DOCTORS, THAT HE HAD

8    A SIMILAR VIEW OF DOCTORS, THAT HE WOULD CREDIT THEIR

9    TESTIMONY.

10       AND SO I THINK THERE LIKELY WILL BE DOCTORS TO TESTIFY IN

11   THIS CASE, INCLUDING DR. ROSENDORFF.

12       SO THOSE WERE THE REASONS THAT I THOUGHT HE WOULD NOT BE A

13   SUITABLE JUROR FOR THIS CASE.

14           THE COURT:  OKAY.

15           MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OPPOSES

16   EXCUSING 181 FOR CAUSE.  THE JUROR HAS SAID THAT HE COULD

17   FOLLOW THE COURT'S INSTRUCTIONS.

18       THERE WERE NO LAW ENFORCEMENT OFFICERS THAT TESTIFIED IN

19   THE TRIAL AGAINST MS. HOLMES.  THERE CERTAINLY WERE DOCTORS.

20       IT SEEMS NATURAL THAT A JUROR WOULD THINK, BASED ON

21   SOMEONE'S TRAINING AND EXPERIENCE, EITHER LAW ENFORCEMENT OR A

22   DOCTOR, THAT I SHOULD TRUST WHAT THEY SAY MORE ON THOSE TOPICS

23   THAN OTHERS.

24       HE DIDN'T HAVE THE BENEFIT OF THE MODEL INSTRUCTION ON

25   CREDIBILITY OF WITNESSES.

03:56PM 1       THE COURT FOLLOWED UP IN A COLLOQUY, IF I INSTRUCT YOU

03:56PM 2  WITNESSES SHOULD START ON AN EVEN PLAYING FIELD, THAT ONE

03:56PM 3  SHOULD NOT BE HIGHER THAN THE OTHER?

03:56PM 4       HE THEN AFFIRMED AN ABILITY TO UNDERSTAND THAT INSTRUCTION

03:56PM 5  AND FOLLOW THAT.

03:56PM 6       SO I THINK WHAT WE SAW THERE WAS SORT OF A NATURAL

03:56PM 7  STATEMENT FROM AN INDIVIDUAL TO RESPECT TRAINING AND

03:56PM 8  EXPERIENCE, EITHER IN LAW ENFORCEMENT OR IN MEDICINE.  HIS

03:57PM 9  INCLINATION WAS TO APPLY THAT IN A COURTROOM, BUT HE DIDN'T

03:57PM 10  HAVE THE BENEFIT OF THE MODEL INSTRUCTION ON CREDIBILITY OF

03:57PM 11  WITNESSES.

03:57PM 12       AND, IN FACT, ON SOME OCCASIONS THE DOCTORS, MAYBE IN ALL

03:57PM 13  OF THE OCCASIONS, THE DOCTORS TESTIFIED IN THE HOLMES TRIAL AS

03:57PM 14  EXPERTS, SO THE COURT GIVES A SPECIFIC INSTRUCTION ON HOW

03:57PM 15  WITNESSES, BECAUSE OF THEIR TRAINING AND EXPERIENCE, ARE

03:57PM 16  ALLOWED TO TESTIFY ABOUT OPINIONS ON SUBJECTS WHEN THAT

03:57PM 17  WOULDN'T BE APPROPRIATE FOR OTHERS.

03:57PM 18       SO I THINK WE HAVE SUFFICIENT MODEL INSTRUCTIONS TO CURE

03:57PM 19  ANY CONCERNS THAT WOULD BE REMAINING WITH THIS JUROR, THOUGH I

03:57PM 20  SUBMIT TO YOU THERE SHOULDN'T BE ANY REMAINING CONCERNS BECAUSE

03:57PM 21  OF THE WITNESS'S STATEMENTS ABOUT -- I'M SORRY, WITH THE JUROR

03:57PM 22  'S STATEMENTS ABOUT HIS ABILITY TO FOLLOW INSTRUCTIONS.

03:57PM 23       MR. COOPERSMITH:  YOUR HONOR, TWO OTHER THINGS IN

03:57PM 24  RESPONSE TO MR. SCHENK.

03:57PM 25       SO, FIRST OF ALL, THERE WERE DOCTORS WHO TESTIFIED IN THE

03:57PM  1    HOLMES CASE WHO WOULD NOT QUALIFY AS EXPERTS, SPECIFICALLY THE

03:57PM  2    ONES I REMEMBER WERE DR. ROSENDORFF AND DR. DAS.  SO THAT'S ONE

03:58PM  3    THING.

03:58PM  4         BUT THE OTHER ISSUE IS THAT, YOU KNOW, MR. LEACH TOOK THE

03:58PM  5    TIME THIS MORNING TO INTRODUCE FEDERAL AGENTS SITTING AT THE

03:58PM  6    TABLE AND SITTING IN THE AUDIENCE AS PART OF THE PROSECUTION

03:58PM  7    TEAM, AND I AM VERY CONCERNED ABOUT A JUROR WHO HAS THAT KIND

03:58PM  8    OF A RELATIONSHIP WITH LAW ENFORCEMENT AND REALLY HAS THAT

03:58PM  9    VIEW.

03:58PM  10        IT'S FINE TO HAVE THAT VIEW.  THE PROBLEM IN THIS CASE IS

03:58PM  11   THAT I THINK IT COLORS, YOU KNOW, HIS JUDGMENTS AS A JUROR.

03:58PM  12             THE COURT:  THANK YOU.

03:58PM  13        YOU KNOW, WHAT WAS TELLING TO ME -- AND I THINK I POSED

03:58PM  14   THE QUESTION AND I THINK, MR. COOPERSMITH, YOU DID, TOO -- DO

03:58PM  15   YOU THINK LAW ENFORCEMENT MAKES MISTAKES AND DO YOU THINK

03:58PM  16   DOCTORS MAKE MISTAKES?

03:58PM  17        AND HE SAID, OH, YEAH.  HE WASN'T SHY ABOUT ANSWERING THAT

03:58PM  18   QUESTION, WHICH SUGGESTS THAT HE'S ABLE TO RECOGNIZE A MISTAKE

03:58PM  19   FROM EVERYONE, AND PARTICULARLY THOSE TWO PROFESSIONS.

03:58PM  20        IF HE HAD SAID NO, I THINK THEY'RE, WHATEVER THEY SAY, YOU

03:59PM  21   KNOW, IS SACROSANCT, BUT HE DIDN'T SAY THAT.  HE SAID, NO,

03:59PM  22   THEY'RE LIKE EVERYONE ELSE, THEY MAKE MISTAKES, WHICH HELPED ME

03:59PM  23   TO UNDERSTAND A BIT MORE ABOUT HIS FRIENDSHIP WITH HIS FRIEND,

03:59PM  24   AND WITH THE DOCTORS.

03:59PM  25        ONE THING WE DIDN'T TALK ABOUT, AND I DON'T MEAN TO GET

03:59PM  1    OFF ON A DIFFERENT TOPIC, BUT DID HE HAVE A HEALTH ISSUE

03:59PM  2    REGARDING A TUMOR OR SOMETHING ELSE?  I THOUGHT THERE WAS

03:59PM  3    SOMETHING ABOUT THAT.  MAYBE I HAVE A DIFFERENT NOTE ON THAT.

03:59PM  4              MR. SCHENK:  YOUR HONOR, HE DID.  IN HIS

03:59PM  5    QUESTIONNAIRE HE TALKED ABOUT SYMPTOMS SINCE THE REMOVAL, BUT

03:59PM  6    IN COURT TODAY HE ACTUALLY TALKED ABOUT A DIFFERENT HARDSHIP,

03:59PM  7    THAT WAS SITTING AND STANDING FOR EXTENDED PERIODS OF TIME.

03:59PM  8              THE COURT:  RIGHT.

03:59PM  9              MR. COOPERSMITH:  HE TALKED ABOUT HAVING

03:59PM  10   CONCENTRATION, VISION, AND SPEECH ISSUES FROM A BRAIN TUMOR

04:00PM  11   REMOVAL IN 2020.

04:00PM  12        BUT MR. SCHENK IS RIGHT, HE TALKED ABOUT A DIFFERENT

04:00PM  13   HARDSHIP THIS AFTERNOON.

04:00PM  14              THE COURT:  TODAY.  AND THE ONE EARLIER THAT COULD

04:00PM  15   BE ACCOMMODATED.

04:00PM  16        ALL RIGHT.  THANK YOU.

04:00PM  17        WELL, THANK YOU.  I'M NOT INCLINED TO EXCUSE HIM FOR

04:00PM  18   CAUSE.  I FOUND HIM, CANDIDLY, VERY -- I WAS GOING TO USE THE

04:00PM  19   WORD ENTERTAINING, AND THAT'S NOT THE RIGHT ANSWER -- BUT I

04:00PM  20   THOUGHT HE WAS VERY CANDID AND OPEN ABOUT HIS STATEMENTS IN

04:00PM  21   RESPONSE TO QUESTIONS, PARTICULARLY ABOUT THE ONES THAT YOU

04:00PM  22   RAISED ABOUT THE POLICE AND DOCTORS, AND WHAT INFORMS THE COURT

04:00PM  23   IS HIS RECOGNITION THAT THEY MAKE MISTAKES.  THEY'RE HUMAN LIKE

04:00PM  24   EVERYBODY ELSE.

04:00PM  25        SO I'M GOING TO DECLINE YOUR INVITATION TO STRIKE 181 FOR

1    CAUSE.

2              MR. COOPERSMITH:  OKAY, YOUR HONOR.  THANK YOU.

3         AND THEN THE LAST ONE, JUST REALLY BRIEFLY.  I STILL HAVE

4    A CONCERN ABOUT 165 JUST BECAUSE WE ASKED HIM A LOT OF

5    QUESTIONS ABOUT HIS HABITS AND LOOKING AT THE INTERNET AND NEWS

6    MEDIA, AND HE SEEMED TO BE HAVING A LOT OF DIFFICULTY

7    ACKNOWLEDGING THAT HE WOULDN'T BE ABLE TO DO THAT.

8         AND IN FAIRNESS, I MEAN, NO ONE, AS I UNDERSTAND IT, IS

9    GOING TO TELL HIM YOU CAN'T READ ANYTHING, YOU CAN'T WATCH

10   ANYTHING, YOU HAVE TO SPEND YOUR TIME STARING AT THE WALL OR

11   SOMETHING.

12        BUT HE SEEMED TO HAVE DIFFICULTY UNDERSTANDING THAT.  YOU

13   KNOW, THE COURT IS GOING TO TELL HIM YOU CAN'T LOOK AT ANYTHING

14   ABOUT THIS CASE.  AND HE -- YOU KNOW, HE WAS ACKNOWLEDGING

15   THAT, YEAH, HE GETS THAT, BUT THERE WAS SOME HESITATION THERE I

16   THINK.

17             THE COURT:  DID HE -- IS THIS THE JUROR THAT SAYS HE

18   TOLD US HE SPENDS ABOUT AN HOUR AND WHAT AM I GOING TO DO WITH

19   THAT HOUR?

20             MR. COOPERSMITH:  BASICALLY, YES.

21             THE COURT:  HOW DO I FILL THAT HOUR?  AND I WAS

22   WAITING FOR ALL OF US TO OFFER SOME SUGGESTIONS.

23        (LAUGHTER.)

24             THE COURT:  WELL, THANK YOU.

25             MR. SCHENK, ANYTHING FURTHER ON HIM?

04:01PM  1          MR. SCHENK:  YOUR HONOR, I'LL BE BRIEF AS WELL.

04:02PM  2          THE GOVERNMENT OPPOSES EXCUSING 165.  IN RESPONSE TO

04:02PM  3    QUESTIONS ABOUT ACCESSING MEDIA REGARDING THE CASE, HE SAID IT

04:02PM  4    WOULD BE DOABLE, I CAN DO IT.

04:02PM  5          THERE IS ALSO ONE OTHER THING THAT IS USEFUL AND THAT IS

04:02PM  6    THAT I BELIEVE HE TALKED ABOUT A DOCUMENTARY OR MAYBE IT WAS A

04:02PM  7    "TED TALK," BUT HE DID NOT WATCH THE WHOLE THING.

04:02PM  8          THE COURT:  RIGHT.

04:02PM  9          MR. SCHENK:  SO THE DRAW MIGHT NOT BE THERE.

04:02PM 10          HE MIGHT SPEND A LOT OF TIME RESEARCHING, BEING UP TO DATE

04:02PM 11    ON NEWS, BUT THE PARTICULAR CONCERN THAT HE WOULD BE ATTRACTED

04:02PM 12    TO NEWS ON THIS CASE SEEMS TO BE LESSENED BY THE FACT THAT HE

04:02PM 13    ENGAGED WITH SOME MEDIA ON IT BUT DIDN'T FIND IT ENGAGING

04:02PM 14    ENOUGH TO FINISH, AND THAT COMBINED WITH HIS STATEMENT THAT IT

04:02PM 15    WOULD BE DOABLE AND I CAN DO IT.

04:02PM 16          I THINK IT'S APPROPRIATE TO KEEP 165 AS PART OF THE VENIRE

04:02PM 17    PANEL.

04:02PM 18          THE COURT:  THANK YOU.  IT SEEMED LIKE WHAT WAS MOST

04:03PM 19    TROUBLING TO HIM IS NATURE ABHORS A VACUUM AND HOW IS HE GOING

04:03PM 20    TO FILL THAT ONE HOUR IF HE'S NOT ABLE TO FILL IT WITH VIDEO?

04:03PM 21          AND BAKING, GARDENING, CYCLING, ALL OF THOSE THINGS CAME

04:03PM 22    TO MIND.  BUT THAT'S NOT IN THE NINTH CIRCUIT MODEL

04:03PM 23    INSTRUCTIONS, SO I'M NOT GOING TO INSTRUCT HIM ON THAT.

04:03PM 24          ALL RIGHT.  THANK YOU.  I'M NOT GOING TO EXCUSE HIM FOR

04:03PM 25    CAUSE, BUT THANK YOU VERY MUCH FOR THE CONVERSATION.  I

04:03PM 1      APPRECIATE IT.

04:03PM 2            ANY OTHERS?

04:03PM 3                  MR. COOPERSMITH:  NOT FOR TODAY'S PANEL.  WE JUST

04:03PM 4      HAVE A MATTER OF BOTH HARDSHIP AND CAUSE ISSUES FOR YESTERDAY'S

04:03PM 5      PANEL.

04:03PM 6                  THE COURT:  OKAY.  ARE WE GOING TO TAKE THOSE UP

04:03PM 7      TOMORROW THEN?  IS THAT WHAT WE'RE GOING TO DO?

04:03PM 8                  MR. COOPERSMITH:  THAT WOULD BE FINE, YOUR HONOR.

04:03PM 9                  MR. SCHENK:  MAY I JUST HAVE ONE MOMENT?

04:03PM 10                 THE COURT:  SURE.  YES.

04:03PM 11           (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

04:04PM 12                 MR. SCHENK:  THANK YOU VERY MUCH, YOUR HONOR.

04:04PM 13                 THE COURT:  SHOULD WE SEE EACH OTHER TOMORROW

04:04PM 14     MORNING?  IS THAT AT 9:00 O'CLOCK?

04:04PM 15                 MR. SCHENK:  IT IS.  IF I COULD MAKE ONE SUGGESTION,

04:04PM 16     I DON'T KNOW IF IT'S DOABLE, BUT I KNOW THAT MR. COOPERSMITH IS

04:04PM 17     ASKING FOR INDIVIDUAL VOIR DIRE OF SOME MEMBERS OF YESTERDAY'S

04:04PM 18     PANEL, AND I DON'T RECALL WHETHER JUDGE FREEMAN IS STILL IN

04:04PM 19     TRIAL TOMORROW OR NOT OR WHETHER THERE WILL BE A JURY HERE OR

04:04PM 20     NOT FOR THAT TRIAL.

04:04PM 21           THE GOVERNMENT DOESN'T THINK THAT INDIVIDUAL VOIR DIRE IS

04:04PM 22     NECESSARY, BUT IF WE DO IT, IS IT TOO LATE IN THE DAY TO INVITE

04:04PM 23     JUST THOSE SPECIFIC JURORS TO COURT TOMORROW SO THAT AS WE

04:04PM 24     DISCUSS THE INDIVIDUAL CHALLENGES, HARDSHIP CAUSE FROM

04:05PM 25     WEDNESDAY 'S PANEL, IF THE COURT DECIDES IT WANTS TO

04:05PM  1      INDIVIDUALLY VOIR DIRE ANY INDIVIDUAL JURORS, THEY WOULD BE

04:05PM  2      HERE FOR THAT?  IT MIGHT BE TOO LATE IN THE DAY TO ACCOMPLISH

04:05PM  3      THIS, BUT I THOUGHT I WOULD OFFER IT.

04:05PM  4              THE COURT:  IT'S NOT YET 5:00.

04:05PM  5          DO WE HAVE THE UNIVERSE OF THAT LIST?  DO YOU HAVE THAT

04:05PM  6      NUMBER?

04:05PM  7              MR. COOPERSMITH:  YES, YOUR HONOR.

04:05PM  8              THE COURT:  DO YOU HAVE COPIES FOR US OR --

04:05PM  9              MR. COOPERSMITH:  WE CAN DO THAT, YOUR HONOR.  YEAH.

04:05PM 10      IT'S FIVE NAMES.

04:05PM 11              THE COURT:  OKAY.

04:05PM 12              MR. COOPERSMITH:  FIVE NUMBERS.  SO THESE ARE THE

04:05PM 13      PEOPLE WHO RAISED THEIR HAND WHO WERE AWARE OF THE

04:05PM 14      RELATIONSHIP:  THAT'S JUROR NUMBER 10, JUROR NUMBER 34, JUROR

04:05PM 15      NUMBER 48, JUROR NUMBER 80, JUROR NUMBER 82.

04:05PM 16          AND THEN ONE ANOMALY, AND I THINK I MENTIONED THIS THE

04:05PM 17      OTHER DAY OR YESTERDAY, YOUR HONOR, BUT WHEN WE CHECKED THE

04:06PM 18      TRANSCRIPT, ONE OF THE JURORS WHO RAISED THEIR HAND SAID 63,

04:06PM 19      AND ALL OF OUR TEAM WROTE IN THEIR NOTES 63, AND THE COURT

04:06PM 20      REPORTER ALSO CAPTURED 63.

04:06PM 21          WE DON'T THINK THIS IS JUROR 63 BECAUSE I DON'T THINK

04:06PM 22      JUROR 63 WAS THERE.  WE THINK IT MAY HAVE BEEN JUROR 83 BASED

04:06PM 23      ON THE REREADING THE QUESTIONNAIRE.

04:06PM 24          SO I CAN'T SAY THAT WITH 100 PERCENT CERTAINTY, BUT THAT'S

04:06PM 25      WHAT WE THOUGHT MIGHT BE THE CASE.  SO 83 MIGHT NEED TO BE

04:06PM   1    ADDED TO THAT LIST.  SO THAT WOULD BE THE SIX.

04:06PM   2        I HATE TO BRING THE PERSON BACK WHEN MAYBE THAT'S NOT

04:06PM   3    CORRECT, BUT THAT'S THE BEST WE COULD DO GIVEN THAT THERE WAS A

04:06PM   4    MISHEARING OF THE NUMBER BY EVERYONE.

04:06PM   5            THE COURT:  DO YOU WANT SOME TIME TO GET AN

04:06PM   6    INVESTIGATOR ON THIS TO TRACK THIS DOWN?

04:06PM   7            MR. COOPERSMITH:  NO, I DON'T THINK I WILL DO THAT.

04:06PM   8    THERE MIGHT BE SOME OTHER ISSUES.

04:06PM   9            THE COURT:  OKAY.  SO YOUR SUGGESTION IS THAT WE ADD

04:06PM  10    83 AND PERHAPS THE FIRST QUESTION IS TO ASK 83 SHOULD YOU BE

04:06PM  11    HERE?

04:06PM  12            MR. COOPERSMITH:  THE ANSWER TO THAT WILL PROBABLY

04:06PM  13    BE NO, YOUR HONOR.

04:07PM  14        BUT I GUESS THE QUESTIONNAIRE, AND WE CAN PULL IT.

04:07PM  15        (PAUSE IN PROCEEDINGS.)

04:07PM  16            MR. COOPERSMITH:  YEAH.  SO IN QUESTION -- I THINK

04:07PM  17    IT'S QUESTION 38.  IT'S A LITTLE CRYPTIC, BUT THE QUESTION WAS:

04:07PM  18    HAVE YOU READ, WATCHED, LISTENED TO, OR BEEN TOLD OF ANY STORY

04:07PM  19    OR DESCRIPTION IN THE MEDIA?  AND THEN IT GOES ON.  TALKED

04:07PM  20    ABOUT THIS CASE OR ABOUT SUNNY BALWANI, ELIZABETH HOLMES, OR

04:07PM  21    THERANOS IN GENERAL?

04:07PM  22        AND THE ANSWER WAS YES.  AND IT'S NEWSPAPER AND DON'T

04:07PM  23    REMEMBER SPECIFICALLY WHEN.

04:07PM  24        THAT'S VERY CRYPTIC.  YOU KNOW, IT DOESN'T REALLY DEAL

04:08PM  25    WITH THE RELATIONSHIP ISSUE, BUT BECAUSE OF THE PERHAPS

04:08PM 1      SIMILARITY BETWEEN 83 AND 63, WE THINK THAT'S A POSSIBILITY.

04:08PM 2      BUT THAT'S WHAT I KNOW ABOUT THAT, RIGHT.

04:08PM 3           THE COURT:  OKAY.

04:08PM 4           MR. SCHENK:  I NOTICED THE 63 IN MY NOTES AS WELL,

04:08PM 5      AND THAT THERE WASN'T A JUROR NUMBER 63 PRESENT IN COURT

04:08PM 6      YESTERDAY.

04:08PM 7           TO QUESTION 42, WHICH ASKS IF YOU HAVE KNOWLEDGE OF THE

04:08PM 8      RELATIONSHIP, 83 SAID NO.  MAYBE 83 GOT IT WRONG AND MAYBE 83

04:08PM 9      ALSO GOT HIS JUROR NUMBER WRONG.

04:08PM 10          I WOULD NOT OPPOSE BRINGING IN 83 TOMORROW.

04:08PM 11          THE COURT:  I'VE JUST BEEN INFORMED IF WE'RE GOING

04:08PM 12     TO DO THIS, I NEED TO NOTICE THE COMMISSIONER NOW TO DO THIS.

04:08PM 13          SO LET'S BRING BACK TOMORROW 10, 34, 48, 80, 82, AND 83.

04:08PM 14     THE QUESTION IS THE TIME.  10:00 O'CLOCK?

04:08PM 15          MR. COOPERSMITH:  YES, YOUR HONOR.

04:08PM 16          AND I GUESS THE QUESTION IS IS THE COURT PLANNING TO HAVE

04:09PM 17     THE ARGUMENT ON THAT MOTION BEFORE THAT OR AFTER THAT?

04:09PM 18          THE COURT:  WELL, THAT'S WHY I SAID 10:00.  IF WE

04:09PM 19     HAVE THE MOTION SCHEDULED FOR 9:00 THEN WE CAN MOVE INTO THEM

04:09PM 20     AT 10:00.

04:09PM 21          I THINK THEY WOULD PROBABLY BE MORE PLEASED TO COME IN

04:09PM 22     LATER IN THE MORNING THAN EARLY.  I'M JUST ASSUMING THAT.

04:09PM 23          (DISCUSSION OFF THE RECORD.)

04:09PM 24          THE COURT:  WHY DON'T I SAY 10:00 O'CLOCK.  CAN WE

04:09PM 25     ASK THEM TO COME AT 10:00 O'CLOCK TO THE JURY ASSEMBLY ROOM.

04:09PM    1      AND THAT ALSO PUTS A LITTLE PRESSURE ON US TO BE EFFICIENT.

04:10PM    2              MR. COOPERSMITH:  YOUR HONOR, THAT'S FINE.  I JUST

04:10PM    3      WANT TO MAKE SURE THAT THERE'S ENOUGH TIME FOR THE ARGUMENT,

04:10PM    4      BECAUSE THAT'S AN IMPORTANT ISSUE.

04:10PM    5              THE COURT:  SURE.  THERE WILL BE.  I DON'T MEAN TO

04:10PM    6      SUGGEST I'M GOING TO LIMIT YOU AND YOUR ARGUMENT.

04:10PM    7              MR. COOPERSMITH:  OKAY.  THANK YOU.

04:10PM    8              THE COURT:  I'VE SEEN THE PLEADINGS, AND I THINK I

04:10PM    9      UNDERSTAND THE ISSUE SUFFICIENTLY THAT YOU'LL BE ABLE TO BRING

04:10PM   10      THEM TO MY ATTENTION EFFICIENTLY.

04:10PM   11         OKAY.

04:10PM   12              MR. SCHENK:  THANK YOU.

04:10PM   13              THE COURT:  GREAT.  SEE YOU IN THE MORNING.  THANK

04:10PM   14      YOU.

04:10PM   15              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:10PM   16              THE CLERK:  COURT IS ADJOURNED.

04:10PM   17         (COURT ADJOURNED AT 4:10 P.M.)

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        _____
          IRENE RODRIGUEZ, CSR, CRR
17        CERTIFICATE NUMBER 8076

18

19        _____
          LEE-ANNE SHORTRIDGE, CSR, CRR
20        CERTIFICATE NUMBER 9595

21        DATED:  MARCH 10, 2022

22

23

24

25