1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,          )
6                                       )  CR-18-00258-EJD
                     PLAINTIFF,         )
7                                       )  SAN JOSE, CALIFORNIA
                VS.                     )
8                                       )  MARCH 14, 2022
     RAMESH "SUNNY" BALWANI,            )
9                                       )  VOLUME 4
                     DEFENDANT.         )
10   _____   )  PAGES 635 - 691

11

12                 TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13                 UNITED STATES DISTRICT JUDGE

     A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                               KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612

20         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21   OFFICIAL COURT REPORTERS:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                         CERTIFICATE NUMBER 8074
                           LEE-ANNE SHORTRIDGE, CSR, CRR
23                         CERTIFICATE NUMBER 9595

24
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25               TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)
 2

 3     FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                               BY:  SHAWN ESTRADA
 4                                  SACHI SCHURICHT
                               THE ORRICK BUILDING
 5                             405 HOWARD STREET
                               SAN FRANCISCO, CALIFORNIA 941057
 6
                               BY:  JEFFREY COOPERSMITH
 7                                  AMANDA MCDOWELL
                               701 FIFTH AVENUE, SUITE 5600
 8                             SEATTLE, WASHINGTON 98104

 9                             BY:  STEPHEN CAZARES
                               77 SOUTH FIGUEROA STREET, SUITE 3200
10                             LOS ANGELES, CALIFORNIA 90017

11                             BY:  AMY WALSH
                               51 W 52ND STREET
12                             NEW YORK, NEW YORK 10019

13
       ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
14                             BY:  MADDI WACHS, PARALEGAL
                                    SARA SLATTERY, PARALEGAL
15
                               UNITED STATES POSTAL INSPECTION SERVICE
16                             BY:  CHRISTOPHER MCCOLLOW

17                             FEDERAL BUREAU OF INVESTIGATION
                               BY:  MARIO C. SCUSSEL
18
                               UNITED STATES FOOD & DRUG
19                             ADMINISTRATION
                               BY:  GEORGE SCAVDIS
20
                               JURY CONSULTANT
21                             BY:  DAVID PERROTT

22

23

24

25
```

637

```
 1    SAN JOSE, CALIFORNIA                    MARCH 14, 2022
 2                      P R O C E E D I N G S
 3         (COURT CONVENED AT 10:09 A.M.)
 4         (PROSPECTIVE JURY PANEL OUT AT 10:09 A.M.)
 5              THE COURT:  LET'S GO ON THE RECORD IN
 6    18-258-UNITED STATES VERSUS BALWANI.
 7         LET ME GET THE APPEARANCE OF THE PARTIES, PLEASE.
 8         WHO APPEARS FOR THE GOVERNMENT?
 9              MR. SCHENK:  GOOD MORNING, YOUR HONOR.
10         JEFF SCHENK FOR THE UNITED STATES.
11         I'M JOINED BY JOHN BOSTIC AND ROBERT LEACH.
12              THE COURT:  GOOD MORNING.
13              MR. COOPERSMITH:  I'M JEFF COOPERSMITH AND I
14    REPRESENT MR. BALWANI.
15         I'M JOINED BY MY COLLEAGUES, AMY WALSH, STEVE CAZARES,
16    AARON BRECHER, AND SHAWN ESTRADA.
17              THE COURT:  GOOD MORNING.
18              MR. COOPERSMITH:  I AM SORRY, AND MOLLY MCCAFFERTY
19    AND SACHI SCHURICHT.
20              THE COURT:  GOOD MORNING.  THANK YOU.  WE'RE OUTSIDE
21    OF THE PRESENCE OF OUR PROSPECTIVE PANEL MEMBERS.
22         AS YOU RECALL, I WAS GOING TO SWEAR IN THE SELECTED
23    JURORS, AND THEN TO PRE-INSTRUCT, EXCUSE THEM FOR THE DAY, AND
24    THEN WE'LL BEGIN OPENINGS TOMORROW.
25         I'M INFORMED THAT WE'RE AWAITING THE ARRIVAL OF ONE JUROR
```

638

10:11AM  1    FROM SANTA CLARA, I BELIEVE.  JUROR 142 IS APPARENTLY EN ROUTE,

10:11AM  2    NOT YET HERE.

10:11AM  3        MY COURTROOM DEPUTY INFORMS THAT SHE HAS -- WAS SPOKEN TO

10:11AM  4    BY TWO JURORS WHO HAVE EXPRESSED HARDSHIP EXCUSES THIS MORNING.

10:11AM  5        JUROR 101 SPEAKS TO EMPLOYMENT ISSUES.  SHE HAS A

10:11AM  6    RESTAURANT AND I BELIEVE SHE TOLD -- MY COURTROOM DEPUTY

10:12AM  7    INDICATED THAT SHE TOLD HER THE HUSBAND RUNS A DIFFERENT STORE

10:12AM  8    OTHER THAN THE RESTAURANT.

10:12AM  9        I HAVEN'T HEARD FROM -- 26 I THINK IS THE OTHER JUROR?

10:12AM  10            THE CLERK:  YES.

10:12AM  11            THE COURT:  AND THE MOST RECENT NOTE I RECEIVED

10:12AM  12   INDICATED THAT TWO MORE WISH TO BE HEARD ABOUT TRAVEL PLANS

10:12AM  13   THAT THEY HAVE.

10:12AM  14            MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.

10:12AM  15       THE ADDITIONAL HARDSHIP CASES BEING EXPRESSED ARE JURORS

10:13AM  16   101 AND 26; IS THAT CORRECT?

10:13AM  17            THE COURT:  THAT'S CORRECT.

10:13AM  18            MR. COOPERSMITH:  OKAY.  THANK YOU.

10:13AM  19            THE COURT:  THAT'S WHAT I'M INFORMED.

10:13AM  20       LET ME -- I THINK -- DO WE HAVE TWO REMAINING FROM OUR

10:13AM  21   POOL, IF YOU WILL?

10:13AM  22            MR. SCHENK:  YES, YOUR HONOR.

10:13AM  23            THE COURT:  TWO POTENTIAL JURORS REMAINING IN OUR

10:13AM  24   POOL?

10:13AM  25            MR. COOPERSMITH:  YES, YOUR HONOR.

10:13AM 1          AND I DON'T KNOW WHAT YET THE HARDSHIP OUTCOME WILL BE,

10:13AM 2     BUT WE OBJECT TO FILLING THE ALTERNATE BOX FROM THE TWO

10:13AM 3     REMAINING JURORS FROM THE POOL.

10:13AM 4               THE COURT:  I HAVEN'T GOT THERE, MR. COOPERSMITH.

10:13AM 5               MR. COOPERSMITH:  WELL, WE HAVE AN OBJECTION IF WE

10:13AM 6     GET THERE, AND I'LL EXPLAIN THAT.

10:13AM 7               THE COURT:  YOU SHOULD WAIT YOUR TURN, THAT'S RIGHT.

10:13AM 8               MR. COOPERSMITH:  I WILL DO THAT.

10:13AM 9               THE COURT:  SO WHAT WE'LL DO IS WE'LL LOOK AND SEE

10:13AM 10    WHAT THE NEXT STEPS WOULD BE, AND IF THAT MEANS -- PLEASE

10:13AM 11    RECALL THAT I HAVE NOT RELEASED OUR PANEL, THE THIRD TRANCHE,

10:13AM 12    AND SO WHAT MAY HAVE TO HAPPEN, DEPENDING ON WHAT WE DO, IS

10:13AM 13    WE'LL HAVE TO CALL UP ADDITIONAL MEMBERS FROM THAT THIRD PANEL

10:14AM 14    AND ENGAGE VOIR DIRE AS TO THEM.

10:14AM 15        SO -- BUT LET'S SEE WHAT HAPPENS THIS MORNING.  I COULD,

10:14AM 16    AND PERHAPS SHOULD, BRING IN EACH OF THESE JURORS INDIVIDUALLY

10:14AM 17    AND WE CAN HEAR WHAT THEIR SITUATION IS, THAT IS, 101 AND 26.

10:14AM 18               MR. COOPERSMITH:  YES, YOUR HONOR.

10:14AM 19               THE COURT:  WHY DON'T WE START WITH THAT?

10:14AM 20               MR. SCHENK:  THANK YOU.

10:14AM 21               THE COURT:  AND THEN IF THERE ARE OTHER JURORS WHO

10:14AM 22    HAVE IDENTIFIED TRAVEL PLANS, I BELIEVE THEY'VE -- AS I

10:14AM 23    REVIEWED THEIR QUESTIONNAIRES, I COULD SEE THAT THERE WERE SOME

10:14AM 24    TRAVEL THAT THEY EXPRESSED IN THEIR QUESTIONNAIRES.

10:14AM 25        131 AND 133 ARE TRAVELLERS.

640

| | |
|---|---|
| 10:15AM | 1 |
| 10:15AM | 2 |
| 10:15AM | 3 |
| 10:15AM | 4 |
| 10:18AM | 5 |

10:15AM 1          OKAY.  SO LET'S -- WHY DON'T WE ASK JUROR 101 TO COME UP

10:15AM 2     AND THEN WE'LL PROCEED.

10:15AM 3               MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:15AM 4          (PAUSE IN PROCEEDINGS.)

10:18AM 5          (PROSPECTIVE JUROR NUMBER 101 IS PRESENT.)

10:18AM 6               THE COURT:  ALL RIGHT.  THANK YOU.  GOOD MORNING.

10:18AM 7     WE HAVE JUROR NUMBER 101 WITH US THIS MORNING.

10:18AM 8               PROSPECTIVE JUROR:  YES.

10:18AM 9               THE COURT:  I UNDERSTAND THAT YOU HAD MENTIONED THAT

10:18AM 10    YOU HAD MADE SOME COMMENTS TO OUR COURTROOM DEPUTY,

10:18AM 11    MS. ROBINSON, ABOUT YOUR SERVICE TODAY.

10:18AM 12      IS THERE SOMETHING THAT YOU'D LIKE US TO KNOW?

10:18AM 13               PROSPECTIVE JUROR:  YES.

10:18AM 14      I'M IN A REALLY HOT SEASON RIGHT NOW.  I'M DRIVING TWO

10:18AM 15    HOURS TO COME UP AND I NEED TO DRIVE BACK FOR TWO HOURS.  IT'S

10:18AM 16    A REALLY LONG DRIVE FOR ME.

10:18AM 17       AND EVERY TIME I COME, I DON'T KNOW WHY, BUT EVERY TIME I

10:19AM 18    LEAVE MY TOWN, MY STORE ALWAYS HAS A PROBLEM.  MY EMPLOYEE,

10:19AM 19    THEY CALL IN, SOMEONE IS LATE AND NOT SHOWING UP, AND IT IS A

10:19AM 20    LOT OF STRESS FOR ME.  I CAN'T FOCUS JUST STAYING HERE.

10:19AM 21               THE COURT:  I SEE.  YOU GIVE IN CARMEL, I BELIEVE?

10:19AM 22               PROSPECTIVE JUROR:  YES.

10:19AM 23               THE COURT:  AND YOU MADE IT HERE ALL RIGHT THIS

10:19AM 24    MORNING?

10:19AM 25               PROSPECTIVE JUROR:  YES.

| | | |
|---|---|---|
| 10:19AM | 1 | THE COURT:  YES. |
| 10:19AM | 2 | PROSPECTIVE JUROR:  I TRY.  I LEFT AT 6:30. |
| 10:19AM | 3 | THE COURT:  OKAY.  THANK YOU FOR THAT. |
| 10:19AM | 4 | ANYTHING ELSE YOU WOULD LIKE ME TO KNOW? |
| 10:19AM | 5 | PROSPECTIVE JUROR:  NO.  I DON'T WANT TO -- |
| 10:19AM | 6 | THE COURT:  OKAY. |
| 10:19AM | 7 | PROSPECTIVE JUROR:  -- TO SAY A LOT OF REASON, BUT, |
| 10:19AM | 8 | YEAH, THAT'S REALLY THE MAIN THING.  I'M NOT HERE, YOU KNOW? |
| 10:19AM | 9 | MY MIND IS NOT HERE, AND THAT'S WHY I CAN'T HELP ANYTHING WITH |
| 10:19AM | 10 | THE CASE. |
| 10:19AM | 11 | THE COURT:  ALL RIGHT. |
| 10:19AM | 12 | PROSPECTIVE JUROR:  TO BE HONEST, YEAH. |
| 10:19AM | 13 | THE COURT:  THANK YOU.  I'M GOING TO ASK THE LAWYERS |
| 10:20AM | 14 | IF THEY HAVE ANY QUESTIONS FOR YOU. |
| 10:20AM | 15 | PROSPECTIVE JUROR:  YES. |
| 10:20AM | 16 | THE COURT:  MR. SCHENK? |
| 10:20AM | 17 | MR. SCHENK:  NOTHING FURTHER, YOUR HONOR. |
| 10:20AM | 18 | MR. COOPERSMITH:  NOTHING. |
| 10:20AM | 19 | THE COURT:  ALL RIGHT.  THANK YOU.  YOU CAN LEAVE |
| 10:20AM | 20 | THE MICROPHONE THERE.  JUST PUT IT DOWN ON THAT TABLE IN FRONT |
| 10:20AM | 21 | OF YOU THERE IS FINE.  IF YOU WOULD GO BACK DOWNSTAIRS, PLEASE, |
| 10:20AM | 22 | AND JUST WAIT UNTIL YOU'RE NOTIFIED. |
| 10:20AM | 23 | PROSPECTIVE JUROR:  YES.  THANK YOU. |
| 10:20AM | 24 | THE COURT:  THANK YOU. |
| 10:20AM | 25 | AND LET'S BRING UP 26. |

| | | |
|---|---|---|
| 10:26AM | 1 | (PROSPECTIVE JUROR 101 IS NOT PRESENT.) |
| 10:23AM | 2 | (PAUSE IN PROCEEDINGS.) |
| 10:23AM | 3 | (PROSPECTIVE JUROR NUMBER 26 IS PRESENT.) |
| 10:23AM | 4 | THE CLERK:  JUROR NUMBER 26 IS HERE. |
| 10:23AM | 5 | THE COURT:  ALL RIGHT.  THANK YOU.  GOOD MORNING. |
| 10:23AM | 6 | JUROR NUMBER 26, GOOD MORNING. |
| 10:23AM | 7 | PROSPECTIVE JUROR:  YES, GOOD MORNING. |
| 10:23AM | 8 | THE COURT:  I'M GOING TO ASK YOU TO SPEAK INTO THE |
| 10:23AM | 9 | MICROPHONE IF YOU CAN.  I THINK IT'S ON.  BUT HOLD IT UP TO |
| 10:23AM | 10 | YOUR MOUTH WHEN YOU SPEAK. |
| 10:23AM | 11 | PROSPECTIVE JUROR:  OKAY. |
| 10:23AM | 12 | THE COURT:  YES.  MY COURTROOM DEPUTY INFORMED US |
| 10:23AM | 13 | THAT YOU WANTED TO SPEAK TO THE COURT ABOUT YOUR SERVICE? |
| 10:23AM | 14 | PROSPECTIVE JUROR:  YES. |
| 10:23AM | 15 | THE COURT:  YES, WHAT IS IT THAT YOU WOULD LIKE ME |
| 10:23AM | 16 | TO KNOW? |
| 10:24AM | 17 | PROSPECTIVE JUROR:  YEAH, BECAUSE I HAVE A FULL-TIME |
| 10:24AM | 18 | JOB RIGHT NOW, AND I DON'T WANT TO DAMAGE MY JOB.  I DO HAVE A |
| 10:24AM | 19 | PARENT, MY MOM, DURING THE APRIL TIMEFRAME. |
| 10:24AM | 20 | SO, YEAH, IF I CAN, YOU KNOW, EXCUSE MYSELF. |
| 10:24AM | 21 | THE COURT:  SO YOU DON'T WANT TO INTERRUPT YOUR JOB? |
| 10:24AM | 22 | PROSPECTIVE JUROR:  YEAH. |
| 10:24AM | 23 | THE COURT:  OKAY.  AND I'M SORRY, WHAT DID YOU SAY |
| 10:24AM | 24 | WITH YOUR -- SOMETHING WITH YOUR MOTHER? |
| 10:24AM | 25 | PROSPECTIVE JUROR:  OH, YES.  I DO HAVE A PLAN TO |

10:24AM 1    VISIT MY MOM BECAUSE MY MOM IS 91 YEARS OLD, YEAH, AND SHE'S

10:24AM 2    EXPECTING TO SEE ME.

10:24AM 3            THE COURT:  WELL, WE WILL BE IN SESSION, AS I TOLD

10:25AM 4    YOU, THREE DAYS A WEEK TO BE AT WORK.  WE'LL PLAN TO END AT

10:25AM 5    ABOUT 3:00 P.M., SO YOU WOULD ALSO HAVE AN OPPORTUNITY TO DO

10:25AM 6    WORK.

10:25AM 7        HAVE YOU BEEN WORKING REMOTELY DURING THE LAST PERIOD OF

10:25AM 8    TIME?

10:25AM 9            PROSPECTIVE JUROR:  YOU MEAN DURING COVID-19?

10:25AM 10           THE COURT:  YES.

10:25AM 11           PROSPECTIVE JUROR:  YES, WE DO.

10:25AM 12       HOWEVER, MY JOB IS ONLY TAKING CARE OF MYSELF, AND EVEN

10:25AM 13   DURING COVID-19 I HAVE TO DO THE DAY AND NIGHT.  THAT'S WHY

10:25AM 14   LAST WEEK I WASN'T EXPECTING TO TAKE SO LONG, SO I HAVE TO WORK

10:25AM 15   UNTIL 2:00 A.M. IN THE MORNING.

10:25AM 16       LIKE OVER THE WEEKEND I GOT A NOTICE AND I COULDN'T SLEEP

10:25AM 17   WELL BECAUSE I DON'T KNOW HOW TO TELL MY CUSTOMER, TELL MY

10:25AM 18   BOSS, YOU KNOW, I NEED TO ATTEND THIS COURTROOM.  YEAH.

10:25AM 19           THE COURT:  I SEE.

10:25AM 20           PROSPECTIVE JUROR:  I WASN'T EXPECTING IT WOULD TAKE

10:25AM 21   THAT LONG, YEAH.

10:25AM 22       I KNOW IT'S MY OBLIGATION, YOU KNOW, IS THAT ONCE A WEEK

10:25AM 23   OR ONLY SOMETIME, YOU KNOW, IN A WHILE, I DON'T MIND.

10:26AM 24       MAYBE YOU CAN EXTEND MY DUTY UNTIL A COUPLE OF YEARS LATER

10:26AM 25   AFTER I RETIRE.

| | | |
|---|---|---|
| 10:26AM | 1 | THE COURT:  OKAY.  I SEE.  ALL RIGHT.  THANK YOU. |
| 10:26AM | 2 | ANY QUESTIONS, MR. SCHENK? |
| 10:26AM | 3 | MR. SCHENK:  NO.  THANK YOU, YOUR HONOR. |
| 10:26AM | 4 | THE COURT:  MR. COOPERSMITH? |
| 10:26AM | 5 | MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU. |
| 10:26AM | 6 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:26AM | 7 | IF YOU WOULD GO BACK DOWNSTAIRS, PLEASE.  IF YOU COULD |
| 10:26AM | 8 | LEAVE THE MICROPHONE THERE RIGHT ON THAT TABLE IN FRONT OF YOU, |
| 10:26AM | 9 | THAT'S FINE.  THANK YOU. |
| 10:26AM | 10 | JUROR:  THANK YOU SO MUCH. |
| 10:26AM | 11 | (PROSPECTIVE JUROR 26 IS NOT PRESENT.) |
| 10:26AM | 12 | THE COURT:  LET'S ASK JUROR 131 TO COME UP, PLEASE, |
| 10:26AM | 13 | AND THEN WE'LL HAVE 133. |
| 10:27AM | 14 | (PAUSE IN PROCEEDINGS.) |
| 10:27AM | 15 | THE COURT:  LET ME JUST SAY I'VE REVIEWED THE |
| 10:27AM | 16 | QUESTIONNAIRES OF 131 AND 133, AND THEY ARE NOT THE |
| 10:27AM | 17 | QUESTIONNAIRES THAT I WAS REFERENCING EARLIER WHEN I SAID I SAW |
| 10:27AM | 18 | TRAVEL INFORMATION. |
| 10:27AM | 19 | THERE'S NO INFORMATION ON EITHER OF THESE QUESTIONNAIRES |
| 10:27AM | 20 | REGARDING TRAVEL.  BUT PERHAPS COUNSEL, IF YOU HAVE REVIEWED |
| 10:28AM | 21 | THEM, YOU CAN -- IF YOU SEE SOMETHING, I'M HAPPY TO HEAR FROM |
| 10:28AM | 22 | YOU. |
| 10:28AM | 23 | (PAUSE IN PROCEEDINGS.) |
| 10:28AM | 24 | MR. SCHENK:  YOUR HONOR, IF THE COURT LOOKS AT THE |
| 10:28AM | 25 | 26TH PAGE, ONE OF THE ADDITIONAL PAGES FOR JUROR 133, THERE'S |

10:28AM 1    SOME HANDWRITTEN NOTES ABOUT TRAVEL.

10:28AM 2            THE COURT:  THANK YOU.  OH, YES.

10:28AM 3        (PAUSE IN PROCEEDINGS.)

10:29AM 4            THE CLERK:  JUROR 131 IS APPROACHING.

10:29AM 5        (PROSPECTIVE JUROR NUMBER 131 IS PRESENT.)

10:29AM 6            PROSPECTIVE JUROR:  GOOD MORNING.

10:29AM 7            THE COURT:  ALL RIGHT.  GOOD MORNING.

10:29AM 8        THIS IS JUROR 131.  GOOD MORNING.

10:29AM 9            PROSPECTIVE JUROR:  GOOD MORNING.

10:29AM 10           THE COURT:  AND OUR COURTROOM DEPUTY INFORMS ME THAT

10:29AM 11   YOU WANTED TO LET US KNOW ABOUT SOME TRAVEL?

10:29AM 12           PROSPECTIVE JUROR:  YEAH, I SIGNED UP FOR A

10:29AM 13   CONFERENCE IN APRIL, APRIL 11TH THROUGH 14TH IN PORTLAND.

10:29AM 14           THE COURT:  I'M SORRY, WHERE IS IT?

10:29AM 15           PROSPECTIVE JUROR:  IT'S AN INTERNATIONAL CONFERENCE

10:29AM 16   ABOUT TIMBER STRUCTURES.  I'M AN ARCHITECT AND I'M WORKING ON

10:30AM 17   TIMBER BUILDINGS.

10:30AM 18           THE COURT:  SO THIS IS AN ARCHITECTURAL CONFERENCE?

10:30AM 19           PROSPECTIVE JUROR:  YES.

10:30AM 20           THE COURT:  AND I'M SORRY, WHERE IS IT?

10:30AM 21           PROSPECTIVE JUROR:  IT'S IN PORTLAND.

10:30AM 22           THE COURT:  AND IT'S ON APRIL 11TH.

10:30AM 23           PROSPECTIVE JUROR:  11 THROUGH 14.

10:30AM 24           THE COURT:  I SEE.

10:30AM 25       AND YOU'LL BE BACK ON THE 14TH OR THE 15TH?

10:30AM  1      PROSPECTIVE JUROR:  15TH.  I'M GONE THROUGH THE 11TH

10:30AM  2  AND 14TH.

10:30AM  3      THE COURT:  OKAY.  AND ARE YOU ON A PANEL?  ARE YOU

10:30AM  4  PRESENTING?

10:30AM  5      PROSPECTIVE JUROR:  NO, NO.

10:30AM  6  SO I WAS ASKING IF I NEED TO RESCHEDULE THAT AND WHAT ARE

10:30AM  7  MY OPTIONS.

10:30AM  8      THE COURT:  I SEE.  OKAY.

10:30AM  9  IS THAT SOMETHING THAT YOU COULD DO?  I REALIZE YOU WOULD

10:30AM  10  BE DISAPPOINTED NOT GOING TO THE CONFERENCE, BUT IS THAT

10:30AM  11  SOMETHING THAT YOU COULD RESCHEDULE?

10:30AM  12      PROSPECTIVE JUROR:  YES, I THINK I CAN RESCHEDULE.

10:30AM  13  I'LL HAVE TO FIND SOMEONE IN MY FIRM TO TAKE MY PLACE.

10:31AM  14      THE COURT:  I SEE.  OKAY.

10:31AM  15  THANK YOU.  I'M GOING TO ASK THESE LAWYERS IF THEY HAVE

10:31AM  16  QUESTIONS.

10:31AM  17      PROSPECTIVE JUROR:  AND I ALSO HAVE TICKETS TO GO TO

10:31AM  18  EUROPE TO VISIT MY PARENTS.

10:31AM  19      THE COURT:  YES.

10:31AM  20      PROSPECTIVE JUROR:  END OF JUNE, JUNE 25TH, OR 24TH.

10:31AM  21      THE COURT:  JUNE 24TH.  OKAY.

10:31AM  22      PROSPECTIVE JUROR:  AND THAT'S FOR FOUR WEEKS.

10:31AM  23      THE COURT:  FOUR WEEKS.  OKAY.

10:31AM  24      PROSPECTIVE JUROR:  OKAY.  THANKS.

10:31AM  25      THE COURT:  LET ME ASK THE LAWYERS IF THEY HAVE

10:31AM 1    QUESTIONS BEFORE YOU LEAVE.

10:31AM 2        MR. SCHENK, ANYTHING FURTHER?

10:31AM 3            MR. SCHENK:  NOTHING FURTHER.

10:31AM 4            MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

10:31AM 5            THE COURT:  OKAY.  YOU COULD JUST LEAVE THE

10:31AM 6    MICROPHONE ON THE TABLE THERE.

10:31AM 7            PROSPECTIVE JUROR:  ALL RIGHT.

10:31AM 8            THE COURT:  AND 133.

10:26AM 9        (PROSPECTIVE JUROR 131 IS NOT PRESENT.)

10:32AM 10       (PAUSE IN PROCEEDINGS.)

10:32AM 11           THE COURT:  I'VE JUST BEEN HANDED ANOTHER NOTE, AND

10:32AM 12   IT'S JUROR 134 SAYS HE HAS A HARDSHIP, WORK.  SO WE'LL SPEAK

10:33AM 13   WITH THIS JUROR AS WELL.

10:34AM 14       (PAUSE IN PROCEEDINGS.)

10:34AM 15           THE CLERK:  JUROR 133 HAS ARRIVED.

10:34AM 16       (PROSPECTIVE JUROR NUMBER 133 IS PRESENT.)

10:34AM 17           THE COURT:  THANK YOU.  GOOD MORNING.  YOU'RE JUROR

10:34AM 18   133?

10:34AM 19           PROSPECTIVE JUROR:  YES.

10:34AM 20           THE COURT:  I UNDERSTAND YOU WANTED TO GIVE US

10:34AM 21   INFORMATION ABOUT, IS IT TRAVEL PLANS THAT YOU HAVE?

10:34AM 22           PROSPECTIVE JUROR:  YES.  SO IT'S, LIKE, THE 24TH --

10:34AM 23   IT'S THE THURSDAY BEFORE THE WEEKEND OF THE 26TH AND 27TH, AND

10:34AM 24   THEN THE TUESDAY.

10:34AM 25           THE COURT:  EXCUSE ME.  CAN YOU TELL US WHAT MONTH

10:35AM 1    YOU'RE SPEAKING OF?

10:35AM 2            PROSPECTIVE JUROR:  THIS ONE, MARCH.

10:35AM 3            THE COURT:  MARCH, OKAY.

10:35AM 4            PROSPECTIVE JUROR:  YEAH.

10:35AM 5            THE COURT:  THE 24TH?

10:35AM 6            PROSPECTIVE JUROR:  THROUGH THE TUESDAY AFTER THAT

10:35AM 7    WEEKEND.

10:35AM 8            THE CLERK:  IT'S THE 29TH, YOUR HONOR.

10:35AM 9            THE COURT:  THE 29TH, YES.

10:35AM 10        AND TELL US ABOUT THAT TRAVEL.

10:35AM 11           PROSPECTIVE JUROR:  ONE OF MY REALLY GOOD FRIENDS IS

10:35AM 12   GETTING MARRIED.  I'M IN HER BRIDAL PARTY AND HER WEDDING IS ON

10:35AM 13   THE 27TH, BUT THERE'S THINGS THAT I NEED TO BE THERE FOR, LIKE

10:35AM 14   THE REHEARSAL DINNER AND EVERYTHING ON THE 26TH.

10:35AM 15           THE COURT:  AND THE WEDDING IS ON THE --

10:35AM 16           PROSPECTIVE JUROR:  -- 27TH.

10:35AM 17           THE COURT:  I SEE.

10:35AM 18        AND THEN THE 28TH AND 29TH WERE?

10:35AM 19           PROSPECTIVE JUROR:  SO I'M FLYING INTO ATLANTA AND

10:35AM 20   WE HAVE TO DRIVE TO ASHEVILLE, SO WE'RE USING FRIDAY TO DRIVE,

10:35AM 21   AND THEN MONDAY TO DRIVE, AND THEN WE'RE FLYING OUT THE DAYS ON

10:35AM 22   EITHER END OF THAT.

10:35AM 23           THE COURT:  YOU'RE FLYING OUT ON THE 29TH?

10:35AM 24           PROSPECTIVE JUROR:  I'M FLYING OUT ON THE

10:36AM 25   THURSDAY -- FLYING OUT OF CALIFORNIA ON THE THURSDAY AND FLYING

| | | |
|---|---|---|
| 10:36AM | 1 | BACK ON THE TUESDAY. |
| 10:36AM | 2 | THE COURT:  I SEE.  SO YOU'LL BE BACK ON THE 30TH? |
| 10:36AM | 3 | PROSPECTIVE JUROR:  YES. |
| 10:36AM | 4 | THE COURT:  OKAY.  AND WAS THERE ANOTHER TRIP? |
| 10:36AM | 5 | PROSPECTIVE JUROR:  NO, THAT'S IT. |
| 10:36AM | 6 | THE COURT:  THAT'S IT.  OKAY. |
| 10:36AM | 7 | ANYTHING ELSE YOU WANT US TO KNOW? |
| 10:36AM | 8 | PROSPECTIVE JUROR:  NO. |
| 10:36AM | 9 | THE COURT:  OKAY.  THANK YOU. |
| 10:36AM | 10 | ANY QUESTIONS, MR. SCHENK? |
| 10:36AM | 11 | MR. SCHENK:  NO.  THANK YOU. |
| 10:36AM | 12 | THE COURT:  MR. COOPERSMITH? |
| 10:36AM | 13 | MR. COOPERSMITH:  NO, YOUR HONOR. |
| 10:36AM | 14 | THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  YOU |
| 10:36AM | 15 | CAN GO BACK DOWNSTAIRS, PLEASE.  AND JUST LEAVE THE MICROPHONE |
| 10:36AM | 16 | ON THAT TABLE IN FRONT OF YOU THERE.  THAT WOULD BE GREAT. |
| 10:36AM | 17 | THANK YOU. |
| 10:36AM | 18 | (PROSPECTIVE JUROR NUMBER 133 IS NOT PRESENT.) |
| 10:36AM | 19 | THE COURT:  AND THEN 134. |
| 10:36AM | 20 | THE CLERK:  142 PHONED IN.  SHE'S ON HER WAY. |
| 10:36AM | 21 | THE COURT:  OKAY.  GREAT. |
| 10:37AM | 22 | 134 I BELIEVE IS ALTERNATE NUMBER 1. |
| 10:37AM | 23 | (PAUSE IN PROCEEDINGS.) |
| 10:38AM | 24 | (PROSPECTIVE JUROR NUMBER 134 IS PRESENT.) |
| 10:39AM | 25 | THE COURT:  ALL RIGHT.  I BELIEVE JUROR NUMBER 134 |

10:39AM  1    IS WITH US.

10:39AM  2        IF YOU COULD COME FORWARD, SIR, WE'LL HAND YOU A

10:39AM  3    MICROPHONE.

10:39AM  4        GOOD MORNING.

10:39AM  5            PROSPECTIVE JUROR:  GOOD MORNING, SIR.

10:39AM  6            THE COURT:  AND I UNDERSTAND THAT YOU WANTED TO BE

10:39AM  7    HEARD ABOUT SOMETHING?

10:39AM  8            PROSPECTIVE JUROR:  I JUST WANT TO SAY, YOU KNOW --

10:39AM  9            THE COURT:  CAN YOU KEEP THE MICROPHONE UP?

10:39AM 10            PROSPECTIVE JUROR:  YEAH.  I JUST WANT TO SAY I DID

10:39AM 11    FILL OUT THE QUESTIONNAIRE, BUT MOST OF THEM I DIDN'T EVEN

10:39AM 12    UNDERSTAND.  I DIDN'T HAVE A CHANCE TO SEE IF I CAN BE EXCUSED

10:39AM 13    BECAUSE I NEVER GET ANY QUESTION ABOUT THAT.

10:39AM 14        AND THE PROBLEM IS THAT TO ENJOY THIS, I HAVE A FAMILY,

10:39AM 15    DROP OFF THE KIDS, PICK THEM UP FROM SCHOOL, AND I'M WORKING IN

10:40AM 16    THE BUILDING AND I'M THE MAINTENANCE BUILDING WHO REALLY TAKES

10:40AM 17    CARE OF STUFF LIKE YOU MENTIONED THE OTHER DAY, THE A.C., AND

10:40AM 18    IT'S NOT WORKING.  SO WHO IS GOING TO BE TAKING CARE OF THAT?

10:40AM 19    I'M SHORT WITH STAFF.

10:40AM 20            THE COURT:  AND HOW MANY STAFF DO YOU HAVE, SIR?

10:40AM 21            PROSPECTIVE JUROR:  I THINK I HAVE -- I HAVE THREE

10:40AM 22    GUYS.

10:40AM 23            THE COURT:  THREE GUYS.  AND THEY WORK UNDER YOU?

10:40AM 24            PROSPECTIVE JUROR:  YEAH, THEY WORK, LIKE, MORNING

10:40AM 25    AND AFTERNOON SHIFT.

| | | |
|---|---|---|
| 10:40AM | 1 | THE COURT:  RIGHT.  I SEE. |
| 10:40AM | 2 | AND ARE YOU HIRING ADDITIONAL STAFF? |
| 10:40AM | 3 | PROSPECTIVE JUROR:  TRYING TO, BUT WITH THE |
| 10:40AM | 4 | SITUATION RIGHT NOW, NOBODY WANTS TO WORK. |
| 10:40AM | 5 | THE COURT:  UH-HUH, I SEE. |
| 10:40AM | 6 | OKAY.  AND YOU PICK UP YOUR CHILDREN, YOU TAKE THEM, I |
| 10:40AM | 7 | THINK? |
| 10:40AM | 8 | PROSPECTIVE JUROR:  CORRECT, CORRECT. |
| 10:40AM | 9 | THE COURT:  AND WHO ELSE HELPS YOU WITH THAT? |
| 10:40AM | 10 | PROSPECTIVE JUROR:  MY WIFE, BUT SHE'S WORKING, TOO. |
| 10:40AM | 11 | WE TRIED TO SCHEDULE, LIKE, EITHER I'M DROPPING OFF AND |
| 10:40AM | 12 | SHE PICKS THEM UP, AND I DROP THEM OFF AND SHE PICKS THEM UP. |
| 10:41AM | 13 | SO -- |
| 10:41AM | 14 | THE COURT:  AND WHAT ARE THE HOURS OF YOUR |
| 10:41AM | 15 | CHILDCARE? |
| 10:41AM | 16 | PROSPECTIVE JUROR:  I DON'T HAVE CHILDCARE.  THEY'RE |
| 10:41AM | 17 | IN SCHOOL. |
| 10:41AM | 18 | THE COURT:  YES, WHAT ARE THE HOURS OF THAT? |
| 10:41AM | 19 | PROSPECTIVE JUROR:  THE DAUGHTER IS AT 2:00 O'CLOCK, |
| 10:41AM | 20 | AND THE SON IS AT 2:30. |
| 10:41AM | 21 | THE COURT:  OKAY.  AND YOUR WIFE COLLECTS THEM, SHE |
| 10:41AM | 22 | PICKS THEM UP? |
| 10:41AM | 23 | PROSPECTIVE JUROR:  LIKE I SAID, NOT EVERY DAY.  HER |
| 10:41AM | 24 | SCHEDULE IS DIFFERENT.  LIKE, I'M THE ONLY GUY WHO CAN STEP OUT |
| 10:41AM | 25 | FROM MY WORK AND PICK THEM UP AND BRING THEM HOME AND UNTIL SHE |

| | | |
|---|---|---|
| 10:41AM | 1 | COMES BACK TO STAY WITH THEM. |
| 10:41AM | 2 | THE COURT:  AND WHAT TIME DOES SHE GET OFF WORK? |
| 10:41AM | 3 | PROSPECTIVE JUROR:  SHE WORKS UNTIL, LIKE, IN THE |
| 10:41AM | 4 | MORNING AND WORKS AFTERNOON, TOO, SHIFTS.  SO WE TRY TO MAKE IT |
| 10:41AM | 5 | BE TO FIT PERFECTLY. |
| 10:41AM | 6 | THE COURT:  SURE.  IT SOUNDS LIKE HER SCHEDULE CAN |
| 10:41AM | 7 | BE ADJUSTED? |
| 10:41AM | 8 | PROSPECTIVE JUROR:  BUT HER SCHEDULE, THAT'S FOR HER |
| 10:41AM | 9 | BOSS.  SHE HAS TO TALK TO HIM. |
| 10:41AM | 10 | THE COURT:  RIGHT. |
| 10:41AM | 11 | PROSPECTIVE JUROR:  YEAH. |
| 10:41AM | 12 | THE COURT:  IS THERE SOME FLEXIBILITY THERE? |
| 10:41AM | 13 | PROSPECTIVE JUROR:  I'M NOT SURE. |
| 10:42AM | 14 | THE COURT:  WHAT DOES SHE DO? |
| 10:42AM | 15 | PROSPECTIVE JUROR:  SHE WORKS AT KAISER. |
| 10:42AM | 16 | THE COURT:  AT THE HOSPITAL? |
| 10:42AM | 17 | PROSPECTIVE JUROR:  YEAH. |
| 10:42AM | 18 | THE COURT:  IN WHAT CAPACITY? |
| 10:42AM | 19 | PROSPECTIVE JUROR:  SHE -- WHAT DO YOU MEAN? |
| 10:42AM | 20 | THE COURT:  WHAT DOES SHE DO THERE? |
| 10:42AM | 21 | PROSPECTIVE JUROR:  SHE'S A MEDICAL ASSISTANT. |
| 10:42AM | 22 | THE COURT:  I SEE.  OKAY. |
| 10:42AM | 23 | AND YOUR CHILDREN ARE IN ELEMENTARY SCHOOL? |
| 10:42AM | 24 | PROSPECTIVE JUROR:  YES. |
| 10:42AM | 25 | THE COURT:  AND THEY HAVE AFTER CARE AT THE SCHOOL? |

```
10:42AM   1              PROSPECTIVE JUROR:  THEY DO, BUT --

10:42AM   2              THE COURT:  IF WE, IF WE FINISH AT 3:00 P.M., THAT

10:42AM   3    WOULD ALLOW YOU AN OPPORTUNITY TO COLLECT THEM?

10:42AM   4              PROSPECTIVE JUROR:  BUT THE DAYCARE, SOMEBODY HAS TO

10:42AM   5    PAY FOR IT.  IT'S NOT FREE.

10:42AM   6              THE COURT:  I SEE.  IT'S A PUBLIC SCHOOL?

10:42AM   7              PROSPECTIVE JUROR:  YES.

10:42AM   8              THE COURT:  AND THEY MAKE YOU PAY FOR THAT AS WELL?

10:42AM   9              PROSPECTIVE JUROR:  OH, YEAH, AFTER 3:00 TO 6:00, IF

10:42AM  10    YOU WANT TO KEEP YOUR KIDS THERE, IT COSTS YOU MONEY.

10:42AM  11              THE COURT:  I SEE.

10:42AM  12              PROSPECTIVE JUROR:  YEAH.

10:42AM  13              THE COURT:  OKAY.  ANYTHING ELSE YOU WANT ME TO

10:42AM  14    KNOW?

10:42AM  15              PROSPECTIVE JUROR:  NO.  I JUST WANT TO, YOU KNOW,

10:43AM  16    SEE -- YEAH.

10:43AM  17              THE COURT:  OKAY.

10:43AM  18          ANY QUESTIONS, MR. SCHENK?

10:43AM  19              MR. SCHENK:  NO.  THANK YOU.

10:43AM  20              THE COURT:  MR. COOPERSMITH?

10:43AM  21              MR. COOPERSMITH:  NO, YOUR HONOR.

10:43AM  22              THE COURT:  THANK YOU, SIR.  YOU CAN LEAVE THE

10:43AM  23    MICROPHONE THERE.

10:43AM  24          THANK YOU FOR LETTING US KNOW THIS.

10:43AM  25              PROSPECTIVE JUROR:  NO PROBLEM.
```

```
10:43AM   1              (PROSPECTIVE JUROR NUMBER 134 IS NOT PRESENT.)

10:43AM   2              THE COURT:  THE RECORD SHOULD REFLECT THAT JUROR

10:43AM   3    NUMBER 134 HAS LEFT THE COURTROOM.  THERE ARE NO ADDITIONAL

10:43AM   4    REQUESTS AS OF NOW.

10:43AM   5         I AM INFORMED THAT JUROR NUMBER 142 IS ON THEIR WAY.

10:43AM   6         ANY COMMENT FROM COUNSEL REGARDING THESE FOUR INDIVIDUALS?

10:43AM   7              MR. SCHENK:  YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

10:43AM   8              THE COURT:  YES.  OF COURSE.

10:43AM   9         (DISCUSSION OFF THE RECORD.)

10:47AM  10              THE COURT:  COUNSEL.

10:47AM  11              MR. SCHENK:  THANK YOU VERY MUCH FOR THE TIME,

10:47AM  12    YOUR HONOR.

10:47AM  13         LET ME START WITH THE TWO THAT I DO NOT THINK THAT WE DO

10:47AM  14    NOT NEED TO EXCUSE.  THE FIRST IS JUROR 131, THE ARCHITECT WITH

10:47AM  15    A CONFERENCE IN PORTLAND.  SHE SEEMED TO INDICATE THAT HER

10:47AM  16    ATTENDANCE WAS NOT MANDATORY, THERE WOULD BE OTHERS AT HER

10:47AM  17    PLACE OF EMPLOYMENT THAT COULD TAKE HER PLACE.

10:47AM  18         SO I DON'T THINK THAT WE NEED TO EXCUSE 131 FROM SERVICE.

10:47AM  19              THE COURT:  MR. COOPERSMITH.

10:47AM  20              MR. COOPERSMITH:  THAT STRIKES ME AS CORRECT,

10:47AM  21    YOUR HONOR.

10:47AM  22              THE COURT:  OKAY.

10:47AM  23              MR. SCHENK:  133, THE JUROR WITH A WEDDING, I THINK

10:48AM  24    IN I THINK SHE SAID ASHEVILLE, I ALSO DON'T THINK THAT WE NEED

10:48AM  25    TO EXCUSE JUROR 133 FROM SERVICE.
```

10:48AM 1      IF SHE ATTENDED AS SHE CURRENTLY PLANS, ATTENDS THE

10:48AM 2  WEDDING AS SHE CURRENTLY PLANS, I THINK THAT WOULD CAUSE US THE

10:48AM 3  NEED TO GO DARK ON TWO TRIAL DAYS, FRIDAY AND TUESDAY.

10:48AM 4      IT SEEMS TO ME THAT HER TRIP COULD BE SHORTENED A LITTLE

10:48AM 5  BIT AND MAYBE WE CAN CAPTURE ONE OF THOSE DAYS.  I THINK THE

10:48AM 6  WEDDING WAS SET ON A SUNDAY.

10:48AM 7      SHE COULD TRAVEL MAYBE ON MONDAY SO THAT SHE WOULD BE BACK

10:48AM 8  IN TIME FOR TRIAL ON TUESDAY, EVEN IF WE STAYED DARK OR WENT

10:48AM 9  DARK ON THE 25TH.  I THINK SHE WAS PLANNING TO LEAVE ON

10:48AM 10 THURSDAY, THE 24TH.

10:48AM 11     IT WOULD SEEM TO ME THAT WE WOULD CAPTURE AT LEAST ONE OF

10:49AM 12 THOSE TWO TRIAL DAYS, BUT THE WORST CASE SCENARIO IS THAT WE

10:49AM 13 LOSE TWO TRIAL DAYS.

10:49AM 14     THAT'S CERTAINLY NOT THE GOVERNMENT'S PREFERENCE IN THIS

10:49AM 15 FIRST MONTH, BUT I DON'T THINK WE NEED TO EXCUSE 133 EITHER,

10:49AM 16 AND WE CAN WORK WITH THE SCHEDULE ONE WAY OR ANOTHER.

10:49AM 17          THE COURT:  OKAY.  THANK YOU.

10:49AM 18          MR. COOPERSMITH:  I AGREE, YOUR HONOR.

10:49AM 19          THE COURT:  OKAY.

10:49AM 20          MR. SCHENK:  SO THAT THEN LEAVES US THE REMAINING

10:49AM 21 THREE, 101, 26, AND 134.

10:49AM 22     TO BE FRANK, I'M INCLINED TO BE A LITTLE BIT MORE LIBERAL

10:49AM 23 WITH EXCUSING IF WE HAVE TO BRING IN ANOTHER PANEL.  THERE ARE

10:49AM 24 SOME OF THE REQUESTS, OR EXCUSES, THAT THE JURORS PROVIDED THAT

10:49AM 25 I THINK WE IN SOME INSTANCES MIGHT OPPOSE.

10:49AM 1     BUT IF WHAT WE'RE LEFT WITH IS THE NEED TO BRING IN

10:49AM 2  ANOTHER PANEL, I'M NOT SURE THAT SPLITTING HAIRS REALLY BECOMES

10:49AM 3  NECESSARY.

10:49AM 4     I CAN GO THROUGH THEM QUICKLY.  101, SHE SAID THAT HER

10:50AM 5  MIND ISN'T HERE.  THAT PHRASE OBVIOUSLY TROUBLES ME, AND I'M

10:50AM 6  SURE EVERYBODY ELSE.  SHE WOKE UP AT 6:30 IN THE MORNING, AND

10:50AM 7  WE'RE STARTING AT 10:00 TODAY.  MOST DAYS WE WOULD START AT

10:50AM 8  9:00.  I WOULD HOPE THAT THAT WOULDN'T MEAN THAT SHE WOULD HAVE

10:50AM 9  TO WAKE UP AN HOUR EARLIER ON THOSE DAYS.

10:50AM 10     IT'S CLEAR THAT SHE EVEN MADE STATEMENTS ABOUT HER WORK

10:50AM 11  OBLIGATIONS DURING THE VOIR DIRE PROCESS LAST WEEK, AND IT

10:50AM 12  SEEMS THAT HER MIND IS ELSEWHERE.

10:50AM 13     THIS DOES SEEM, SORT OF FROM WHAT SHE WAS SAYING, HER

10:50AM 14  DEMEANOR, AND IT IS WEIGHING ON HER TO COME UP TO SAN JOSE FROM

10:50AM 15  CARMEL, EVEN THREE DAYS A WEEK.

10:50AM 16     I CAN PAUSE ON THAT OR GO THROUGH THE REMAINING QUICKLY.

10:50AM 17     THE COURT:  SURE.  WHY DON'T YOU GO THROUGH YOUR

10:50AM 18  THOUGHTS AND WE'LL ASK MR. COOPERSMITH HIS THOUGHTS.

10:50AM 19     MR. SCHENK:  NUMBER 26 DESCRIBES THE WORK HARDSHIPS.

10:50AM 20  IN FACT, JUST PARTICIPATING IN THE SELECTION PROCESS LAST WEEK

10:51AM 21  SEEMS TO HAVE MADE HER STAY UP UNTIL 2:00 IN THE MORNING TO

10:51AM 22  MAKE UP FOR MISSED WORK TIME, AND IF HER WORK DEMANDS ARE SUCH

10:51AM 23  THAT SHE HAS THAT KIND OF TRADEOFF THROUGHOUT OUR TRIAL, SHE'S

10:51AM 24  GOING TO FALL FURTHER AND FURTHER BEHIND, SHE'S GOING TO STAY

10:51AM 25  UP LATER AND LATER, AND I ASSUME THAT AT SOME POINT IT IS GOING

10:51AM 1    TO CATCH UP WITH HER FATIGUE AS SHE SITS THROUGH OUR TRIAL.

10:51AM 2        SO I SORT OF HAVE A CONCERN ABOUT THE TRADE-OFF THAT SHE

10:51AM 3    HERSELF WILL BE MAKING, DAYTIME AND NIGHTTIME, PROBABLY WORKING

10:51AM 4    AT BOTH ENDS, OR BURNING THE CANDLE ON BOTH ENDS.

10:51AM 5        AND THEN FINALLY, 134.  I REMAINED A LITTLE CONFUSED ABOUT

10:51AM 6    WHAT HIS CHILD PICKUP OPTIONS ARE.  IT SEEMS THAT HIS WIFE'S

10:51AM 7    SCHEDULE IS LESS PREDICTABLE AND, THEREFORE, THEY AT LEAST RELY

10:51AM 8    ON HIM SOMETIMES TO PICK UP THE KIDS.

10:51AM 9        AND OUR TRIAL DAY ON THE THREE DAYS A WEEK THAT WE PLAN TO

10:52AM 10   MEET IS AFTER HIS CHILDREN GET OUT OF SCHOOL.

10:52AM 11       SO IF THERE'S A DAY WHEN HIS WIFE IS UNAVAILABLE, WE WOULD

10:52AM 12   HAVE TO END EARLY IN ORDER FOR HIM TO MEET HIS CHILDCARE

10:52AM 13   OBLIGATIONS.

10:52AM 14       AND WHAT WE DON'T KNOW IS HOW OFTEN WOULD THAT HAPPEN?

10:52AM 15   WOULD IT HAPPEN ONCE A WEEK OR SEVERAL TIMES A WEEK, OR ONCE

10:52AM 16   EVERY FEW WEEKS?

10:52AM 17       AND BECAUSE THERE'S A LITTLE BIT OF UNCERTAINTY THERE, I'M

10:52AM 18   NOT SURE THAT HE NEEDS TO BE EXCUSED, THOUGH I DO THINK IF

10:52AM 19   WE -- IF OUR SOLUTION TO EXCUSING THE FIRST TWO, IF THE COURT

10:52AM 20   WERE TO AGREE WITH THE GOVERNMENT ON 101 AND 26, IT SEEMS WE

10:52AM 21   MIGHT BE AVOIDING A CONFLICT OR A PROBLEM BY ALSO EXCUSING 134.

10:52AM 22       SO I SUPPOSE THAT THE GOVERNMENT'S RECOMMENDATION WOULD BE

10:52AM 23   THAT WE EXCUSE THOSE THREE JURORS SINCE IT SEEMS THAT THE

10:52AM 24   SOLUTION WE HAVE TO THAT IS BURDENSOME, BUT NO MORE BURDENSOME

10:53AM 25   FOR EACH ADDITIONAL JUROR THAT WE EXCUSE.  BY EXCUSING ONE

10:53AM  1    JUROR IT MAY BE BURDENSOME, AND AS A RESULT I THINK IT WOULD

10:53AM  2    MAKE SENSE TO EXCUSE THOSE THREE.

10:53AM  3         BUT I ALSO -- I'M NOT CERTAIN ABOUT THE RECOMMENDATION I'M

10:53AM  4    MAKING, SO I WOULD INVITE FEEDBACK FROM MR. COOPERSMITH OR THE

10:53AM  5    COURT.

10:53AM  6              THE COURT:  THANK YOU.

10:53AM  7              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:53AM  8         BEFORE I GET TO THOSE THREE, I JUST WANT TO NOTE ONE OTHER

10:53AM  9    THING ABOUT 131 THAT WE DIDN'T MENTION WAS THAT SHE ALSO SAID

10:53AM 10    THAT SHE WAS GOING TO EUROPE, I THINK SHE SAID THE DAY WAS

10:53AM 11    JUNE 24TH, AND THIS IS THE ARCHITECT WHO HAD THE CONFERENCE.

10:53AM 12         AND I DON'T KNOW THAT THE TRIAL WILL STILL BE GOING ON ON

10:53AM 13    JUNE 24TH, BUT THEN YOU THINK ABOUT DELIBERATIONS AND OBVIOUSLY

10:53AM 14    WE DON'T KNOW EXACTLY.

10:53AM 15         SO I THINK IT'S FINE.  I MEAN, SHE WOULD JUST HAVE TO BE

10:53AM 16    TOLD THAT SHE WOULDN'T BE ABLE TO GO TO EUROPE IF SHE WAS STILL

10:53AM 17    DELIBERATING.

10:53AM 18         I DON'T THINK I WOULD WANT A SITUATION WHERE A SEATED

10:53AM 19    JUROR IN THE 12 ALL OF A SUDDEN HAS TO LEAVE, YOU KNOW, BEFORE

10:53AM 20    DELIBERATIONS WHEN WE ALREADY KNOW THAT, RIGHT?

10:53AM 21         OKAY.  SO THAT IS ONE ADDITIONAL THING ABOUT 131.

10:54AM 22         TURNING TO THESE OTHER THREE, YOU KNOW, THEY ALL OBVIOUSLY

10:54AM 23    HAVE BUSY LIVES AND HAVE ISSUES.  I DEFER TO THE COURT.  I

10:54AM 24    THINK MR. SCHENK ARTICULATED WHAT THEIR REASONS WERE VERY WELL.

10:54AM 25         WE CERTAINLY DON'T WANT JURORS WHO ARE HERE AND ARE

10:54AM 1    UNHAPPY AND CAN'T CONCENTRATE, YOU KNOW, AS MR. SCHENK

10:54AM 2    EXPLAINED.

10:54AM 3        I THINK IF YOU DISMISSED ALL THREE, YOUR HONOR, I DON'T

10:54AM 4    KNOW THAT THERE WOULD BE ANY OTHER SOLUTION OTHER THAN CALLING

10:54AM 5    THE THIRD PANEL, UNLESS WE WENT WITH LESS ALTERNATES.  I

10:54AM 6    SUPPOSE WE COULD DO THAT.

10:54AM 7        BUT, YOU KNOW, I GUESS WHAT I'LL SAY IS IT IS WHAT IT IS,

10:54AM 8    AND, YOU KNOW, WHAT WE DON'T WANT TO HAVE TO DO IS -- WELL, I

10:54AM 9    THINK I'LL JUST WAIT FOR FURTHER COMMENTS UNTIL THE COURT

10:54AM 10   DECIDES WHAT TO DO WITH THESE HARDSHIPS.

10:54AM 11       THE COURT:  MR. SCHENK, ANY COMMENT/OBSERVATION

10:54AM 12   ABOUT FEWER ALTERNATES?

10:54AM 13       MR. SCHENK:  YOUR HONOR, I THINK THAT THAT IS A

10:55AM 14   RISKY SOLUTION TO THIS PROBLEM.  I THINK WHAT WE LEARNED FROM

10:55AM 15   THE HOLMES TRIAL IS THAT A TRIAL OF THIS LENGTH IS BURDENSOME

10:55AM 16   ON INDIVIDUALS, THAT ISSUES COME UP DURING THE COURSE OF THE

10:55AM 17   TRIAL, AND IT'S EASIER NOW TO GET THE NUMBER OF SEATED JURORS

10:55AM 18   CORRECTLY, ALL WHO, AT LEAST THIS STAGE, THINK THAT THEY CAN

10:55AM 19   PARTICIPATE IN A TRIAL OF A 13-WEEK ESTIMATE.

10:55AM 20       AND THEN WE STILL WILL SEE ISSUES THAT COME UP.

10:55AM 21       BUT I DON'T THINK THE SOLUTION IS TO SORT OF SPEND CAPITAL

10:55AM 22   NOW THROUGH THE USE OF SEATING ALTERNATES, AND THEN RUNNING THE

10:55AM 23   RISK OF IT SEVERAL MONTHS IN, BECAUSE AT THAT POINT OBVIOUSLY

10:55AM 24   THE SOLUTION IS TO RESTART THE WHOLE TRIAL.  AT LEAST WE HAVE

10:55AM 25   NOT STARTED YET.

10:55AM 1       ONE QUICK COMMENT ON THE TRAVEL TO EUROPE FOR 131.  IT IS

10:55AM 2  THE END OF HER -- HER TRAVEL IS AT THE END OF JUNE.  I THINK

10:56AM 3  THAT THAT'S THE SORT OF OUTSIDE FAR ESTIMATE OF WHEN NOT ONLY

10:56AM 4  THE TRIAL WILL END, BUT DELIBERATIONS WOULD HAVE BEGUN, AND IF

10:56AM 5  WE USE THE LENGTHY, LIKE MAYBE THE APPROPRIATE LENGTH OF

10:56AM 6  DELIBERATIONS FROM THE HOLMES TRIAL AS AN ESTIMATE FOR THIS

10:56AM 7  TRIAL, I THINK WE STILL SHOULD HAVE SOME TIME.

10:56AM 8       OBVIOUSLY THE GOVERNMENT DOESN'T KNOW IF THE DEFENSE PLANS

10:56AM 9  TO PUT ON A CASE OR, IF THEY DO, THE LENGTH OF IT.

10:56AM 10      SO IN SOME RESPECTS THE DEFENSE IS IN A GOOD POSITION TO

10:56AM 11  ESTIMATE THE BACK END OF THE TRIAL, AT LEAST THAT PORTION OF

10:56AM 12  THINGS.

10:56AM 13      BUT I DON'T THINK IT'S A REASON TO EXCUSE 131 AT THIS

10:56AM 14  POINT.

10:56AM 15        THE COURT:  ANYTHING FURTHER, MR. COOPERSMITH?

10:56AM 16        MR. COOPERSMITH:  NO, YOUR HONOR, OTHER THAN,

10:56AM 17  DEPENDING ON WHAT THE COURT DOES, THERE'S SOME ISSUES WITH THE

10:56AM 18  PEREMPTORY STRIKES AND HOW THEY'RE EXERCISED AND WHAT THE

10:56AM 19  CONSTITUTION OF THE BOX IS.

10:56AM 20      BUT, AGAIN, I WANT TO WAIT TO SEE HOW THIS COMES OUT

10:56AM 21  BEFORE WE ADDRESS THAT.

10:56AM 22        THE COURT:  THANK YOU.

10:56AM 23      SO THE OTHER THING THAT WE CAN THINK ABOUT, WE TOLD THEM

10:57AM 24  THREE DAYS A WEEK, AND I THINK I ALSO TOLD THEM THAT SCHEDULE

10:57AM 25  MAY CHANGE TIMING-WISE.  IT MAY BE, AS WE GET IN THE HOLMES

10:57AM 1    CASE, WE CAPTURE ADDITIONAL DAYS THROUGH THE WEEK, AND

10:57AM 2    THAT'S -- ONCE THE TRIAL PROCESS STARTS, AT LEAST THE

10:57AM 3    EXPERIENCE IN THE PREVIOUS CASE WAS THAT JURORS BECOME -- GAIN

10:57AM 4    SOME COMFORT WITH THE SCHEDULE.  THEY SET THEIR SCHEDULES,

10:57AM 5    WORK, HOME, AND THEY'RE ABLE TO -- IT WAS A TERRIFIC JURY.

10:57AM 6    THEY WERE ABLE TO BE FLEXIBLE, AND WHEN WE NEEDED EXTRA DAYS,

10:57AM 7    WE GAVE THEM NOTICE, AND THAT WORKED.  THAT WAS ACCOMPLISHED.

10:57AM 8    THEY WERE ABLE TO COME IN AN EXTRA DAY.

10:57AM 9        MY SENSE IS THAT THIS JURY WOULD NOT BE, WHATEVER THE JURY

10:57AM 10   IS, I THINK THAT'S JUST GENERAL HUMAN NATURE OF ONCE THE TRIAL

10:57AM 11   GETS STARTED, IT DEVELOPS ITS OWN ENERGY, AND IT COULD BE THE

10:57AM 12   MOTIVATION IS THAT THE JURORS WANT TO GET THE CASE DONE, SO

10:58AM 13   THEY'LL INVEST ADDITIONAL TIME TO DO THAT.

10:58AM 14       SO MY SENSE IS THAT THAT IS SOMETHING THAT WE CAN DO ALSO

10:58AM 15   WITH THE JURY.

10:58AM 16       MR. SCHENK, ANY OTHER OBSERVATIONS?

10:58AM 17           MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.

10:58AM 18           MR. COOPERSMITH:  NO, YOUR HONOR.

10:58AM 19           THE COURT:  ANYTHING ELSE?

10:58AM 20       I'M INFORMED THAT TO BRING IN -- THE SOONEST WE CAN BRING

10:58AM 21   IN OUR THIRD PANEL IS TOMORROW MORNING, REGRETTABLY.  WE CAN'T

10:58AM 22   GET THEM IN TODAY.

10:58AM 23       SO IT SEEMS THAT WE SHOULD BRING THEM IN, TOO.

10:58AM 24       IF WE STRIKE THESE THREE, THEN WE WOULD -- I THINK WE HAVE

10:58AM 25   TWO ALTERNATES LEFT, OR TWO PEOPLE LEFT ON THIS PANEL, AND THEY

10:58AM  1   WOULD NATURALLY FILL -- AND THAT'S WHAT THEY WOULD DO NOW IF WE

10:58AM  2   BRING ANOTHER PANEL IN, THE PEOPLE REMAINING ON THIS PANEL

10:58AM  3   WOULD -- AT LEAST THAT'S MY PRESUMPTIVE START, IS THAT THEY

10:58AM  4   WOULD THEN BE AVAILABLE STILL TO -- IN THE POOL TO FILL IN IN A

10:59AM  5   NATURAL WAY.

10:59AM  6             MR. COOPERSMITH:  RIGHT, YOUR HONOR.

10:59AM  7        THE PROBLEM IS THAT -- YES, I THINK THAT IS CORRECT.

10:59AM  8        THE PROBLEM IS THAT IF THESE HARDSHIPS HAD BEEN DEALT

10:59AM  9   WITH, YOU KNOW, IN WHATEVER WAY, AND THESE PEOPLE HAD NOT BEEN

10:59AM 10   PRESENT OR IN THE POOL, WE WOULD HAVE HAD A DIFFERENT MIX OF

10:59AM 11   JURORS IN OUR PEREMPTORY STRIKE PHASE.

10:59AM 12        SO I THINK WE WOULD HAVE TO REDO THE PEREMPTORY STRIKE SO

10:59AM 13   THAT WE HAVE THE SAME OPPORTUNITY THAT WE WOULD HAVE HAD IN THE

10:59AM 14   FIRST PLACE.

10:59AM 15        THAT WAS THE POINT, I THINK, RIGHT?

10:59AM 16             THE COURT:  SO WHAT WE WOULD LOOK AT IS IF THESE

10:59AM 17   THREE ARE STRICKEN, THEN WHAT IS THE -- HOW MANY ADDITIONAL

10:59AM 18   PREEMPTS DOES EACH SIDE GET?  I GUESS THAT IS THE QUESTION.  I

10:59AM 19   THINK THAT'S WHAT YOU WERE REFERENCING.

10:59AM 20             MR. COOPERSMITH:  WELL, YOUR HONOR, IN THE

10:59AM 21   PEREMPTORY STRIKE PROCESS, WE USED ALL OF OUR PEREMPTORY

10:59AM 22   STRIKES, RIGHT?

10:59AM 23             THE COURT:  NO, I WASN'T AWARE OF THAT.

10:59AM 24             MR. COOPERSMITH:  I THINK THAT IS THE CASE, RIGHT?

10:59AM 25             THE COURT:  OKAY.

663

10:59AM 1      MR. COOPERSMITH:  BUT WE USED THOSE PEREMPTORY

11:00AM 2 STRIKES WITH A CERTAIN GROUP OF JURORS IN THE 12 AND A CERTAIN

11:00AM 3 GROUP OF JURORS IN THE 6.

11:00AM 4      AND IF YOU TAKE OUT JURORS 26 AND 101, RIGHT, THEN WE

11:00AM 5 WOULD HAVE HAD, ESPECIALLY AT THE END OF THE PEREMPTORY STRIKE

11:00AM 6 PROCESS, FOR THE LAST FEW STRIKES, WE WOULD HAVE HAD DIFFERENT

11:00AM 7 JURORS IN THE STRIKE, THE POSSIBLE STRIKE POOL.

11:00AM 8      AND THEN THE SAME WITH THE ALTERNATES, BECAUSE ADDITIONAL

11:00AM 9 JURORS, THE TWO THAT WERE REMAINING FROM PANELS ONE AND TWO

11:00AM 10 WOULD HAVE MOVED UP INTO THE SIX AND WE WOULD HAVE HAD THE

11:00AM 11 OPPORTUNITY TO CONSIDER THEM FOR STRIKES.

11:00AM 12      SO I THINK WE WOULD HAVE TO REDO THE PEREMPTORY STRIKE

11:00AM 13 PROCESS, EVEN THOUGH WE, AS IT STANDS NOW, AS I SAID, WE DON'T

11:00AM 14 HAVE ANY MORE.

11:00AM 15      BUT OTHERWISE WE'VE LOST THE OPPORTUNITY TO CONSIDER THE

11:00AM 16 JURORS.

11:00AM 17      THE COURT:  WHAT DO YOU SUGGEST?

11:00AM 18      MR. COOPERSMITH:  WELL, I THINK IF YOU -- WELL, I

11:00AM 19 MEAN, WE WOULD LIKE TO GET THE TRIAL MOVING, SO IT'S

11:00AM 20 REGRETTABLE THAT THIS HAS OCCURRED, AND I KNOW EVERYONE FEELS

11:00AM 21 THAT WAY, AND THEN WE HAVE TO BRING IN PANEL THREE.

11:00AM 22      BUT SINCE THAT APPEARS TO BE THE CASE, IF THE COURT

11:00AM 23 EXCUSES THREE JURORS, THEN I THINK WHAT HAS TO HAPPEN IS WE

11:01AM 24 HAVE TO GO THROUGH THE PROCESS WITH THE NEW PANEL.  I DON'T

11:01AM 25 KNOW WHETHER ALL OF THE PANEL HAS TO BE BROUGHT IN OR SOME OF

11:01AM   1    THE THIRD PANEL.  BUT ONCE WE DO THAT, I THINK WE HAVE TO GO

11:01AM   2    THROUGH THAT PROCESS AND THEN START THE PEREMPTORY STRIKE

11:01AM   3    PROCESS ANEW.

11:01AM   4              THE COURT:  WHAT DOES THAT MEAN?

11:01AM   5              MR. COOPERSMITH:  MEANING EACH SIDE HAS -- THE SIX

11:01AM   6    FOR THE GOVERNMENT AND THE TEN FOR THE DEFENSE AND THE THREE

11:01AM   7    FOR EACH OF THE ALTERNATES.

11:01AM   8              THE COURT:  AND HOW DOES THAT COMPORT WITH THE

11:01AM   9    NUMBERS?  YOU SAID WE DON'T HAVE TO BRING IN THE WHOLE PANEL

11:01AM   10   AND WE PICK OUT NUMBERS?

11:01AM   11       SO LET ME DO THIS.  I APPRECIATE THAT.  WE'LL HAVE TO

11:01AM   12   SOLVE THIS, OR CREATE SOME SOLUTIONS FOR THIS.

11:01AM   13             MR. COOPERSMITH:  RIGHT.

11:01AM   14             THE COURT:  AND WHAT I'M GOING TO DO IS TO STEP DOWN

11:01AM   15   AND ALLOW YOU TO MEET AND CONFER WITH YOUR TEAMS, AND THEN MEET

11:01AM   16   AND CONFER WITH EACH OTHER AND SEE IF YOU CAN EITHER

11:01AM   17   COLLABORATIVELY COME BACK WITH A JOINT STIPULATED SUGGESTION

11:01AM   18   THAT YOU BOTH AGREE WITH, OR OTHER OPTIONS, BECAUSE I DO THINK

11:02AM   19   THAT WE'LL NEED TO BRING IN THE PANEL, AN EXTRA PANEL.

11:02AM   20       TO YOUR POINT, MR. COOPERSMITH, DO WE BRING THE ENTIRETY

11:02AM   21   OF THAT PANEL IN?

11:02AM   22       MS. ROBINSON WILL TELL US THE NUMBER OF JURORS, WHAT THAT

11:02AM   23   IS.  IT'S PROBABLY IN THE 40'S I WOULD THINK, SOMETHING LIKE

11:02AM   24   THAT.

11:02AM   25       DO WE BRING ALL OF THEM IN?  HOW MANY DO WE BRING IN?

| | |
|---|---|
| 11:02AM | 1 | AND THEN YOU'LL TELL ME YOUR THOUGHTS ABOUT HOW MANY |
| 11:02AM | 2 | PREEMPTS EACH SIDE SHOULD HAVE.  WHAT DO WE DO WITH THE |
| 11:02AM | 3 | ALTERNATES?  AS I SAID, THE ALTERNATES THAT WE HAVE NOW, |
| 11:02AM | 4 | THERE'S TWO LEFT REMAINING IN OUR PANEL. |
| 11:02AM | 5 | IF WE STRIKE THESE THREE INDIVIDUALS, THEY MOVE IN BY |
| 11:02AM | 6 | DEFAULT, I SUPPOSE, BY THE CENTIPEDE METHOD, AND THEN OUR NEXT |
| 11:02AM | 7 | PANEL IS CALLED IN TO FILL WHATEVER SEATS WOULD BE REMAINING. |
| 11:02AM | 8 | I THINK THAT WOULD BE THE NATURAL PROTOCOL. |
| 11:02AM | 9 | AND DO WE ENGAGE AGAIN WITH TEN AND SIX AND THEN THREE AND |
| 11:03AM | 10 | THREE? |
| 11:03AM | 11 | SO THAT'S WHAT I WOULD LIKE YOU TO THINK ABOUT.  I'M NOT |
| 11:03AM | 12 | GOING TO TASK YOU WITH DOING THAT STANDING AT THE LECTERNS. |
| 11:03AM | 13 | I'D LIKE YOU TO TALK WITH YOUR TEAMS ABOUT THAT. |
| 11:03AM | 14 | MR. COOPERSMITH:  THANK YOU, YOUR HONOR. |
| 11:03AM | 15 | THE COURT:  AND THEN LET'S CHAT AGAIN BEFORE THE |
| 11:03AM | 16 | NOON HOUR. |
| 11:03AM | 17 | MR. COOPERSMITH:  OKAY.  GREAT.  THANK YOU. |
| 11:03AM | 18 | MR. SCHENK:  THANK YOU. |
| 11:03AM | 19 | THE COURT:  OKAY.  BUT FOR NOW, PARDON ME, FOR NOW, |
| 11:03AM | 20 | I'M NOT GOING TO LEAVE OUR PANEL DOWNSTAIRS WAITING. |
| 11:03AM | 21 | I'M GOING TO ALLOW OUR PANEL THAT IS HERE TODAY, MY |
| 11:03AM | 22 | THOUGHT WAS TO ALLOW THEM TO LEAVE, SUBJECT TO FURTHER |
| 11:03AM | 23 | NOTIFICATION.  THAT WOULD BE MY THOUGHT. |
| 11:03AM | 24 | I DON'T WANT TO HAVE THE COMMISSIONER EXPRESS EXCUSALS IN |
| 11:03AM | 25 | FRONT OF ALL OF THE OTHER PANEL MEMBERS, AND I DON'T MEAN TO |

11:03AM 1    SUGGEST DISTRUST OR ANYTHING, BUT HUMAN NATURE IS THAT ONCE A

11:03AM 2    DOMINO FALLS, GRAVITY TAKES OVER.  SO WE SHOULD AVOID THAT IF

11:04AM 3    WE CAN.

11:04AM 4         OUR COMMISSIONER CAN NOTIFY PEOPLE INDIVIDUALLY.

11:04AM 5              MR. COOPERSMITH:  YES, YOUR HONOR.

11:04AM 6              THE COURT:  SO WE'RE JUST GOING TO LET THE PANEL GO

11:04AM 7    HOME SUBJECT TO RECALL, AND THEN WE'LL CHAT AGAIN IN 30 MINUTES

11:04AM 8    OR SOMETHING LIKE THAT.

11:04AM 9              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:04AM 10             MR. SCHENK:  THANK YOU, YOUR HONOR.

11:04AM 11        (RECESS FROM 11:04 A.M. UNTIL 11:52 A.M.)

11:52AM 12             THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

11:52AM 13   PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:52AM 14        WE'RE OUTSIDE OF THE PRESENCE OF ANY PROSPECTIVE PANEL

11:52AM 15   MEMBERS.

11:52AM 16        COUNSEL, YOU'VE HAD AN OPPORTUNITY TO MEET AND CONFER AND

11:52AM 17   DISCUSS WITH YOUR TEAMS AND COLLECTIVELY ABOUT THE STATUS OF

11:52AM 18   OUR SITUATION?

11:52AM 19             MR. SCHENK:  YES, WE HAVE.

11:52AM 20             THE COURT:  I'M EAGER TO HEAR YOUR THOUGHTS.

11:52AM 21             MR. SCHENK:  THANK YOU VERY MUCH, YOUR HONOR.

11:52AM 22        SO WE MET AND CONFERRED WITH AN ASSUMPTION, AND THAT

11:53AM 23   ASSUMPTION WAS THAT THE COURT WOULD AGREE AND STRIKE THREE

11:53AM 24   JURORS THAT WE HEARD FROM THIS MORNING:  THAT IS 101, 26, AND

11:53AM 25   134.

| | |
|---|---|
| 11:53AM | 1 |
| 11:53AM | 2 |
| 11:53AM | 3 |
| 11:53AM | 4 |
| 11:53AM | 5 |
| 11:53AM | 6 |
| 11:53AM | 7 |
| 11:53AM | 8 |
| 11:53AM | 9 |
| 11:54AM | 10 |
| 11:54AM | 11 |
| 11:54AM | 12 |
| 11:54AM | 13 |
| 11:54AM | 14 |
| 11:54AM | 15 |
| 11:54AM | 16 |
| 11:54AM | 17 |
| 11:54AM | 18 |
| 11:54AM | 19 |
| 11:54AM | 20 |
| 11:54AM | 21 |
| 11:54AM | 22 |
| 11:54AM | 23 |
| 11:54AM | 24 |
| 11:54AM | 25 |

AND THAT FOLLOWING STRIKES, THE COURT FOLLOWS WHAT IS CALLED THE CENTIPEDE METHOD, SO, FOR INSTANCE, THIS MORNING JUROR NUMBER 1 WAS JUROR NUMBER 26.  JUROR NUMBER 26 HAS ASKED TO BE EXCUSED FOR HARDSHIP.  IF THE COURT GRANTS THAT REQUEST, JUROR 67, OR JUROR NUMBER 2, WOULD MOVE UP AND BECOME 1, AND THAT WORKS ITS WAY ALL OF THE WAY DOWN TO THE ALTERNATE POOL.

THE FIRST ALTERNATE, IT ALSO HAPPENS, WAS ONE OF THE JURORS THAT ASKS TO BE REMOVED.  THAT WAS JUROR 134.  SO OUR FIRST AVAILABLE ALTERNATE IS ACTUALLY JUROR NUMBER 2.

SO WE HAVE A COUPLE OF POTENTIAL SOLUTIONS TO THIS SITUATION.  ONE IS, AS THE COURT NOTED, WOULD BE TO JUST MOVE UP THREE ALTERNATES INTO THE -- ACTUALLY, I THINK IT'S MOVING UP TWO ALTERNATES.  IT WOULD BE -- JURORS 26 AND 101 ARE SEATED JURORS WHO HAVE ASKED TO BE EXCUSED.

SO THEN WE WOULD TAKE TWO ALTERNATES FROM OUR CURRENT POOL AND MOVE THEM INTO THE BOX, THOSE TWO PLUS THE ONE ALTERNATE WHO HAS ASKED TO GO UNFORTUNATELY LEAVES US WITH ONLY THREE ALTERNATES, AND WE THINK THAT'S AN INSUFFICIENT NUMBER TO BEGIN THE TRIAL.

SO THEN THE QUESTION IS, WHAT DO WE DO WITH THAT?

AND I THINK THERE'S A DIFFERENCE OF OPINION ON WHAT TO DO NOW.  THE GOVERNMENT'S VIEW IS THAT WHAT WE ARE DOING IS SEARCHING FOR THREE ALTERNATES.  WE LOST THREE JURORS THIS MORNING, WE FOLLOW THE CENTIPEDE METHOD TO FILL SEATS, THAT MEANS IT IS THE BACK END OF THE ALTERNATE POOL, ALTERNATES 4,

11:55AM 1    5, AND 6 THAT WE NOW NEED TO GO THROUGH SOME PROCESS TO FIND.

11:55AM 2         WE, I THINK, COULD USE THE TWO REMAINING JURORS FROM

11:55AM 3    PANEL 2, THAT'S 179 AND 181, PLUS AS I UNDERSTAND IT ABOUT 26

11:55AM 4    JURORS FROM PANEL 3, SEE WHAT WE LEARN THROUGH A VOIR DIRE

11:55AM 5    PROCESS, AND SELECT THREE ADDITIONAL ALTERNATE JURORS.

11:55AM 6         ON FRIDAY WHEN WE SELECTED ALTERNATES, WE WERE LOOKING FOR

11:55AM 7    SIX ALTERNATES.  WHEN WE WERE LOOKING FOR SIX ALTERNATES, EACH

11:55AM 8    SIDE HAD THREE STRIKES.

11:55AM 9         WE'RE LOOKING FOR HALF THAT NUMBER, WE'RE LOOKING FOR

11:55AM 10   THREE ALTERNATES, SO IT WOULD SEEM APPROPRIATE TO GIVE EACH

11:55AM 11   SIDE TWO STRIKES OR -- I DON'T THINK THAT THE GOVERNMENT HAS

11:55AM 12   THE PERFECT ANSWER ON THE NUMBER OF ALTERNATES.  WE'RE HAPPY TO

11:55AM 13   HAVE DISCUSSIONS ABOUT THAT.

11:55AM 14        BUT WHAT WE ARE DOING IS LOOKING FOR THREE ALTERNATES, AND

11:55AM 15   THAT'S VERY SIMILAR TO WHAT WE DID IN THE AFTERNOON ON FRIDAY.

11:56AM 16   WE WOULD PASS OUT A PROPORTIONATE NUMBER OF STRIKES.

11:56AM 17        I THINK WHAT IS IMPORTANT HERE IS TO NOT LOSE THE BENEFIT

11:56AM 18   OF THE PROCESS WE WENT THROUGH LAST WEEK.  WE WENT THROUGH A

11:56AM 19   PROCESS OVER THE COURSE OF SEVERAL DAYS WHERE WE QUALIFIED WHAT

11:56AM 20   ENDED UP BEING 40 PEOPLE.  WE DETERMINED THAT THERE WERE 40

11:56AM 21   PEOPLE WE COULD THEN USE PEREMPTORY STRIKES ON THROUGH THAT

11:56AM 22   PROCESS.  WE WERE ABLE TO SEAT A NUMBER OF JURORS, AND I THINK

11:56AM 23   NOW WHAT WE'RE DOING IS LOOKING FOR THREE ALTERNATES AND WE

11:56AM 24   HAVE A PROCESS TO USE TO GO ABOUT FINDING ALTERNATES.  WE USED

11:56AM 25   IT ON FRIDAY.  WE'RE LOOKING FOR HALF THE NUMBER OF ALTERNATES

Case 5:18-cr-00258-EJD   Document 1517   Filed 07/19/22   Page 35 of 58
669

11:56AM  1    RIGHT NOW THAN WE WERE, AND OUR VIEW IS THAT WE SHOULD FOLLOW A

11:56AM  2    SIMILAR PROCEDURE TO WHAT WE DID LAST WEEK FOLLOWING THE

11:56AM  3    QUESTIONING OF A THIRD PANEL.

11:56AM  4         I KNOW THE DEFENSE HAS A DIFFERENT SUGGESTION, SO I'LL

11:56AM  5    ALLOW MR. COOPERSMITH.

11:56AM  6              THE COURT:  OKAY.  THANK YOU.

11:56AM  7              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:56AM  8         I THINK MR. SCHENK'S MATH IS RIGHT AS FAR AS IT GOES FOR

11:56AM  9    THAT PARTICULAR WAY OF HANDLING IT, BUT WE DO HAVE A DIFFERENT

11:57AM 10    SUGGESTION FOR THE COURT.

11:57AM 11         BUT I JUST WANT TO COME BACK TO JUROR NUMBER 131 FOR ONE

11:57AM 12    MINUTE, WHICH I KNOW -- THIS IS THE ARCHITECT WHO SAID THAT SHE

11:57AM 13    HAS A TRIP -- THE CONFERENCE IN PORTLAND ISN'T A PROBLEM IT

11:57AM 14    DOESN'T SOUND LIKE, BUT THEN SHE HAS THIS OTHER TRIP ON

11:57AM 15    JUNE 24TH.

11:57AM 16         SO STICKING WITH HER FOR A MINUTE, OUR CALCULATION IS THAT

11:57AM 17    IF WE STARTED TRIAL TOMORROW, WHICH NOW SEEMS OPENING AND

11:57AM 18    OPENING STATEMENT, WHICH IS IN DOUBT NOW THAT WE HAVE TO BRING

11:57AM 19    IN PANEL 3, EVEN THEN, THE 13 WEEKS PROJECTED WOULD, AS OUR

11:57AM 20    MATH GOES, TAKE US THROUGH JUNE 14TH.

11:57AM 21         AND I KNOW THE COURT MIGHT HAVE ADDITIONAL TRIAL DAYS AND

11:57AM 22    THAT COULD SPEED IT UP.  BUT IF WE WENT WITH THE CURRENT

11:57AM 23    SCHEDULE, IT WOULD BE JUNE 14TH, RIGHT?

11:57AM 24         I CAN'T SAY WHETHER THERE'S GOING TO BE A DEFENSE CASE OR

11:57AM 25    NOT, BUT OBVIOUSLY THERE MIGHT BE, AND IF THAT OCCURRED, THAT

UNITED STATES COURT REPORTERS

11:57AM 1      COULD TAKE SOME TIME.

11:57AM 2           I DON'T KNOW YET WHETHER MR. BALWANI WILL TESTIFY OR NOT,

11:58AM 3      BUT IF HE DID, THAT WOULD TAKE SOME TIME.

11:58AM 4           AND THEN AT THAT POINT WE WOULD BE IN DELIBERATIONS OR

11:58AM 5      CLOSE TO THAT TIME, OR EVEN BEYOND THE 24TH PERHAPS, RIGHT?

11:58AM 6           AND THE PROBLEM THAT WE HAVE IS THAT IF A JUROR IS SEATED,

11:58AM 7      AND IN THIS CASE IT WOULD BE 131, THIS ARCHITECT, AND WHAT WE

11:58AM 8      DON'T WANT IS A JUROR WHO IS ABOUT TO START DELIBERATIONS AND

11:58AM 9      SHE'S CONCERNED ABOUT HER TRIP AND, YOU KNOW, THERE'S AN

11:58AM 10     INCENTIVE TO MOVE THINGS ALONG QUICKLY, AND MAYBE HER FELLOW

11:58AM 11     JURORS KNOW SHE HAS A TRIP PLANNED.

11:58AM 12          I THINK THAT'S A BAD SITUATION, I THINK, FOR THE

11:58AM 13     ADMINISTRATION OF JUSTICE.

11:58AM 14          SO THAT'S MY CONCERN ABOUT 131.

11:58AM 15          SO I THINK THE SOLUTION TO THAT REALLY IS JUST TO SIMPLY

11:58AM 16     TELL HER THAT, YOU KNOW, CERTAINLY PEOPLE TAKES TRIPS AND

11:58AM 17     EVERYONE RESPECTS THAT, BUT YOU'LL HAVE TO BE PREPARED NOT TO

11:58AM 18     DO THAT, AND IF THAT'S A PROBLEM FOR YOU, YOU SHOULD SAY THAT

11:58AM 19     NOW.

11:58AM 20          I MEAN, I THINK THAT WOULD BE THE SOLUTION.

11:58AM 21          LET ME MOVE ON TO THE PEREMPTORY ISSUE.

11:59AM 22          SO LET'S ASSUME THAT 131 STAYS ON THE JURY, THEN

11:59AM 23     MR. SCHENK'S MATH IS RIGHT.

11:59AM 24          OKAY.  SO WE NEED TWO ADDITIONAL JURORS TO FILL THE GROUP

11:59AM 25     OF 12, AND WE NEED ANOTHER THREE JURORS TO FILL THE ALTERNATE,

11:59AM  1    WE'LL CALL IT THE ALTERNATE BOX, THE SIX, RIGHT?

11:59AM  2         OUR ISSUE WITH MR. SCHENK'S PROPOSAL IS THAT IF JURORS 26

11:59AM  3    AND 101 HAD BEEN STRUCK FOR HARDSHIP, AND 134 AS AN ALTERNATE,

11:59AM  4    AND I DON'T KNOW THAT 134 EVER RAISED A HARDSHIP, THAT'S

11:59AM  5    ALTERNATE NUMBER 1 AT THE MOMENT.

11:59AM  6         THE OTHER TWO THERE WERE HARDSHIP ISSUES DISCUSSED.  IF

11:59AM  7    THOSE JURORS HAD BEEN DISMISSED FOR HARDSHIP, MEANING 26, 131

11:59AM  8    AND 134, WE WOULD HAVE HAD A DIFFERENT MIX OF JURORS AT THE

11:59AM  9    POINT WHEN THE PARTIES EXERCISED PEREMPTORY STRIKES.

11:59AM  10        AND PEREMPTORY STRIKES ARE, YOU KNOW, YOU USE YOUR BEST

11:59AM  11   GUESS ABOUT WHO THE APPROPRIATE JURORS ARE TO STRIKE AND YOU'RE

12:00PM  12   REALLY COMPARING THE JURORS WHO ARE IN THE POOL THAT YOU HAVE

12:00PM  13   AN OPPORTUNITY TO STRIKE, AND WHEN THAT CHANGES, THE PEREMPTORY

12:00PM  14   STRIKES BECOMES NOT WHAT IT IS DESIGNED FOR AND IN OUR VIEW NOT

12:00PM  15   FAIR.

12:00PM  16        SO HOW DO WE DEAL WITH THAT?

12:00PM  17        OUR PROPOSAL IS AS FOLLOWS:  WE HAVE TO CHOOSE EIGHT

12:00PM  18   PEOPLE, TWO FROM THE JURY BOX AND THREE FROM THE ALTERNATE

12:00PM  19   POOL.  SO THAT MEANS -- I THINK IT'S EIGHT PEOPLE BECAUSE WE

12:00PM  20   HAVE TO PICK -- IF 134 GOES, WE NEED TWO JURORS TO FILL THE

12:00PM  21   SPOTS IN THE JURY POOL OF THE 12, WE HAVE TO PICK THREE TO FILL

12:00PM  22   IN THE ALTERNATE POOL ASSUMING THESE THREE JURORS ARE

12:00PM  23   DISMISSED.

12:00PM  24        SO WE THINK WHAT SHOULD HAPPEN IS WE STICK TO THE

12:00PM  25   CENTIPEDE METHOD WHERE THE NUMBERS SEQUENTIALLY FILL THE

12:01PM 1     RESPECTIVE BOXES.

12:01PM 2         BUT JUST LIKE WHEN YOU HAVE A TOTAL OF 18 PEOPLE YOU HAVE

12:01PM 3     TO PICK, THE DEFENSE GETS 13 STRIKES, INCLUDING THE ALTERNATE

12:01PM 4     STRIKES, AND THE GOVERNMENT GETS NINE, PROPORTIONALLY WE THINK

12:01PM 5     THE NUMBERS WORK OUT TO THE DEFENSE GETS SIX STRIKES TO CHOOSE

12:01PM 6     THE EIGHT AND THE GOVERNMENT GETS FOUR, AND THEN WE WOULD JUST

12:01PM 7     CHOOSE EIGHT PEOPLE FROM THE NEW GROUP, WHICH WOULD INCLUDE

12:01PM 8     JURORS 179 AND 181, AND THEN THOSE TWO, 179 AND 181, AND THEN

12:01PM 9     OF COURSE THE NEW JURORS HAVE TO GO THROUGH THE VETTING PROCESS

12:01PM 10     AND THE HARDSHIP AND CAUSE ISSUES, IF ANY.

12:01PM 11         AND ONCE THAT IS DONE AND WE KNOW WHO OUR GROUP OF JURORS

12:01PM 12     ARE, THEN WE SIMPLY CHOOSE EIGHT JURORS BASED ON SIX PEREMPTORY

12:01PM 13     STRIKES FOR THE DEFENSE AND FOUR FOR THE GOVERNMENT.

12:01PM 14         THE LOWEST NUMBERS WOULD GO INTO THE GROUP OF 12, AND THEN

12:02PM 15     THE REST OF THE JURORS WOULD SEQUENTIALLY FILL THE ALTERNATE

12:02PM 16     BOX.

12:02PM 17         THE COURT:  MR. SCHENK.

12:02PM 18         MR. SCHENK:  YOUR HONOR, I'M NOT SURE I UNDERSTAND

12:02PM 19     WHAT PROBLEM MR. COOPERSMITH IS CREATING A SOLUTION TO.

12:02PM 20         HE IS SAYING THAT THERE ARE EIGHT JURORS THAT WE NEED.  I

12:02PM 21     THINK WHAT HE IS SUGGESTING, ALTHOUGH I'M NOT POSITIVE THIS IS

12:02PM 22     WHAT HE SAID, IS WE'VE LOST TWO JURORS IN THE SEATED 12 IF THE

12:02PM 23     COURT EXCUSES JUROR 26 AND 101.

12:02PM 24         WE ALSO HAVE SIX ALTERNATES.  I THINK THAT'S HOW HE GETS

12:02PM 25     TO THE NUMBER EIGHT.  BUT MAYBE I SHOULD PAUSE RIGHT THERE AND

| | |
|---|---|
| 12:02PM | 1 |

ASK IF I'M RIGHT, BECAUSE EVERYTHING ELSE I'M GOING TO SAY

FOLLOWS FROM THAT AND I'LL WASTE TIME IF I'M WRONG.

MR. COOPERSMITH:  THAT'S EXACTLY RIGHT.

JUST REAL QUICKLY, THE PROBLEM I'M TRYING TO SOLVE IS TO

PUT THE PARTIES IN A SIMILAR POSITION HAD JURORS 26 AND 101 AND

134 BEEN EXCUSED IN THE FIRST PLACE, AND THEN WE WOULD HAVE HAD

A DIFFERENT MIX OF JURORS TO EXERCISE PREEMPTORIES ON.

I'M JUST TRYING TO PUT US, IF NOT IN THE SAME POSITION, IN

A SIMILAR POSITION WITHOUT HAVING TO DO REDO THE ENTIRE

PROCESS.

THE COURT:  RIGHT.  I DON'T THINK ANYONE WANTS TO

REDO THE ENTIRE PROCESS.  THAT SEEMS -- AND I APPRECIATE,

MR. COOPERSMITH, YOUR RECOGNITION OF A LACK OF A NECESSITY TO

DO THAT, BUT RATHER TO SOLVE THIS IN A DIFFERENT WAY.

MR. COOPERSMITH:  RIGHT.

THE COURT:  WE'VE GOT A VACUUM NOW OF EIGHT, AND HOW

DO WE PROPERLY FILL THAT VACUUM WITH WHAT WE HAVE?

MR. COOPERSMITH:  YES.

THE COURT:  WE'RE GOING TO NEED OUR THIRD PANEL TO

DO THAT.  THAT NUMBER RIGHT NOW IS APPROXIMATELY 26 OR

SOMETHING LIKE THAT.

THE CLERK:  TWENTY-EIGHT.

THE COURT:  TWENTY-EIGHT TO FILL THOSE ADDITIONAL

SEATS.

IF WE USE THE CENTIPEDE METHOD, WE FILL THE VACUUM NOW

12:03PM  1   WITH THE ALTERNATES, THEY MOVE IN, AND THEN IT'S THE CHALLENGE

12:04PM  2   PROCESS FOR STRIKING FOR THOSE FROM THE 12, AND THEN THE

12:04PM  3   ALTERNATES.

12:04PM  4        I THINK THIS IS WHAT YOU'RE ADVOCATING NOW IN A LIMITED

12:04PM  5   WAY, MR. COOPERSMITH.

12:04PM  6            MR. COOPERSMITH:  YES, YOUR HONOR.

12:04PM  7            THE COURT:  RIGHT.  AND THERE SEEMS TO BE SOME

12:04PM  8   EFFICIENCIES CAPTURED TO THAT, AND I'M TRYING TO SEE, OTHER

12:04PM  9   THAN THAT THERE'S NOTHING EFFICIENT ABOUT WHERE WE ARE RIGHT

12:04PM  10  NOW, I RECOGNIZE THAT.

12:04PM  11       BUT, MR. SCHENK, I'M DRAWN TOWARDS THAT SOLUTION.

12:04PM  12           MR. SCHENK:  CAN I ASK WHAT WOULD HAPPEN UNDER THAT

12:04PM  13  PROCESS WITH ALTERNATE NUMBER 2?  THAT'S JUROR 142.  THE FIRST

12:04PM  14  ALTERNATE WE'RE ASSUMING THE COURT WILL EXCUSE, SO OUR FIRST

12:04PM  15  AVAILABLE ALTERNATE IS PRESENTLY JUROR 142.

12:04PM  16       IS THAT THE FIRST JUROR TO GO INTO THE BOX TO FILL, FOR

12:05PM  17  INSTANCE, JUROR 26, WHO IS THE FIRST SEATED JUROR THAT WE WILL

12:05PM  18  LOSE THIS MORNING?  OR DOES 142 GO BACK INTO THIS MIX THAT

12:05PM  19  WE'RE EXERCISING PREEMPTORIES ON?

12:05PM  20           THE COURT:  GOOD QUESTION.  DO WE MOVE -- AND I

12:05PM  21  GUESS -- CAN I PHRASE IT THIS WAY:  DO WE KEEP THE 12 WITH THE

12:05PM  22  VACUUM AND PUT OUR ALTERNATES INTO THE MIX WITH THE THIRD

12:05PM  23  TRANCHE AND THEY THEN BECOME ELIGIBLE FOR THE 12 AND THE 6?

12:05PM  24  DID I SAY THAT CORRECTLY?

12:05PM  25           MR. COOPERSMITH:  SO, YOUR HONOR, FIRST OF ALL,

12:05PM 1    WE'RE -- I THINK WE'RE ALWAYS GOING TO BE MOVING JURORS INTO

12:05PM 2    EITHER THE 12 BOX OR THE 6 BOX IN SEQUENTIAL NUMBERS; RIGHT?

12:05PM 3            THE COURT:  RIGHT.

12:05PM 4            MR. COOPERSMITH:  I THINK THAT'S WHAT THE RULES

12:05PM 5    REQUIRE PROBABLY, RIGHT?

12:05PM 6        SO THAT'S TRUE.

12:06PM 7        IN TERMS OF JURORS 142 -- I GUESS IT'S JURORS 134 AND 142,

12:06PM 8    THOSE ARE CURRENTLY ALTERNATES 2 AND 3, RIGHT?

12:06PM 9            MR. SCHENK:  NO.  JUROR 134 IS ALTERNATE 1.

12:06PM 10           MR. COOPERSMITH:  I'M SORRY.  RIGHT.  OKAY.

12:06PM 11       SO THE JURORS THAT WE'LL BE PUTTING IN THE JURY BOX IN

12:06PM 12   SEQUENTIAL ORDER WOULD BE 142 AND 164?

12:06PM 13           MR. SCHENK:  CORRECT.

12:06PM 14           MR. COOPERSMITH:  OKAY.  SO THOSE TWO JURORS,

12:06PM 15   BECAUSE WE DIDN'T HAVE A CHANCE TO CONSIDER THEM AS SEATED

12:06PM 16   JURORS IN THE PEREMPTORY PROCESS, WE WOULD HAVE THE OPPORTUNITY

12:06PM 17   TO EXERCISE PREEMPTORIES ON THOSE TWO, AS WELL AS THE

12:06PM 18   ALTERNATES WHO THEN FILL THE ALTERNATE BOX, RIGHT?

12:06PM 19       SO THAT'S WHY I WAS PROPOSING, RATHER THAN TRYING TO BREAK

12:06PM 20   IT DOWN INTO A CERTAIN NUMBER OF PEREMPTORY STRIKES FOR THE 12

12:06PM 21   AND A CERTAIN NUMBER -- WE WOULD JUST SAY WE NEED EIGHT PEOPLE,

12:06PM 22   I'M PROPOSING SIX STRIKES FOR THE DEFENSE AND FOUR FOR THE

12:06PM 23   GOVERNMENT.

12:06PM 24       AND THEN AS SOON AS THAT PROCESS IS OVER, IN SEQUENTIAL

12:07PM 25   NUMBER ORDER, THE CURRENT ALTERNATES WOULD MOVE INTO THE BOX,

12:07PM 1    WHO ARE STILL AVAILABLE TO MOVE INTO THE BOX, AND THEN JURORS

12:07PM 2    FROM THE THIRD PANEL, THE TWO LEFT OVER FROM THE SECOND PANEL

12:07PM 3    AND THEN THE JURORS FROM THE THIRD PANEL WOULD THEN

12:07PM 4    SEQUENTIALLY MOVE INTO EITHER THE 12 OR THE 6, YOU KNOW, AS

12:07PM 5    APPROPRIATE.

12:07PM 6            THE COURT:  SO WE HAVE 28, I'M SORRY, 28 IN THE

12:07PM 7    THIRD PANEL; IS THAT RIGHT, MS. ROBINSON?

12:07PM 8            THE CLERK:  YES.

12:07PM 9            THE COURT:  SO ARE YOU SAYING THAT WE'LL JUST TAKE

12:07PM 10   THE OTHERS, OUR ALTERNATES, AND WE'LL FILL THE BOX, AND

12:07PM 11   WHATEVER IS LEFT, THEY GO BACK AND JOIN THE 28?

12:07PM 12           MR. COOPERSMITH:  I'M NOT SURE I FOLLOW THE COURT'S

12:07PM 13   QUESTION.

12:07PM 14           THE COURT:  RIGHT.  I'M JUST TRYING TO FIGURE OUT

12:07PM 15   HOW BEST TO FIT THESE NUMBERS IN THE GROUPS AND WHERE THEY GO.

12:07PM 16           MR. COOPERSMITH:  RIGHT.  NO, OF COURSE.

12:07PM 17           THE COURT:  LET ME SAY, FIRST OF ALL, LET'S KEEP,

12:07PM 18   KEEP OUR 12, THE 12 THAT WE HAVE, THE ONES THAT WE HAVE

12:08PM 19   SELECTED, AND NOW WE HAVE TO FILL THESE TWO SLOTS FOR THE 12,

12:08PM 20   AND WHAT IS OUR UNIVERSE OF SELECTION FOR THOSE?

12:08PM 21           MR. COOPERSMITH:  YEAH.

12:08PM 22           MR. SCHENK:  CORRECT.

12:08PM 23       SO I THINK WHAT THE DEFENSE'S POSITION IS THAT WE ONLY

12:08PM 24   HAVE TEN LEFT OF THE 12, AND SEPARATE OUT THE ALTERNATES, PUT

12:08PM 25   THEM BACK INTO THE POOL.

| | | |
|---|---|---|
| 12:08PM | 1 | THE COURT:  RIGHT. |
| 12:08PM | 2 | MR. SCHENK:  SO WE'VE GOT FIVE ALTERNATES AND 28 |
| 12:08PM | 3 | POTENTIAL JURORS FROM PANEL 3, AND JURORS 179 AND 181 THAT ARE |
| 12:08PM | 4 | SORT OF THE LEFTOVERS I SUPPOSE FROM PANEL 2. |
| 12:08PM | 5 | AND THEN WE TAKE THE FIVE ALTERNATES, THE TWO LEFT OVER, |
| 12:08PM | 6 | AND PANEL 3, AND AMONG THAT GROUP WE NEED EIGHT JURORS, AND, |
| 12:09PM | 7 | YES, IF NOBODY STRIKES JUROR 142, WHO IS TODAY ALTERNATE |
| 12:09PM | 8 | NUMBER 2, THAT JUROR MOVES INTO THE SEATED 12. |
| 12:09PM | 9 | IF SOMEONE STRIKES THAT PERSON, THEN WHATEVER IS THE NEXT |
| 12:09PM | 10 | LOWEST NUMBER, THAT PERSON MOVES IN, AND THEN DISTRIBUTE |
| 12:09PM | 11 | PREEMPTORIES PROPORTIONATELY TO THIS UNIVERSE OF FIVE, TWO, AND |
| 12:09PM | 12 | 28. |
| 12:09PM | 13 | IS THAT RIGHT? |
| 12:09PM | 14 | MR. COOPERSMITH:  I THINK THAT IS EXACTLY WHAT I'M |
| 12:09PM | 15 | SUGGESTING. |
| 12:09PM | 16 | ANOTHER WAY TO THINK OF IT IS THAT WE HAVE TEN JURORS IN |
| 12:09PM | 17 | THE BOX OF 12 THAT ARE LOCKED IN, RIGHT?  NO ONE IS DOING |
| 12:09PM | 18 | ANYTHING WITH THEM. |
| 12:09PM | 19 | AND THEN WE'RE JUST TRYING TO SELECT THESE ADDITIONAL |
| 12:09PM | 20 | EIGHT, AND THEN THE PARTIES CAN EXERCISE PREEMPTORIES ON THOSE, |
| 12:09PM | 21 | BUT THEY WOULD FILL THE BOX. |
| 12:09PM | 22 | SO ALL OF THOSE ARE AVAILABLE FOR STRIKES IN THIS PROCESS, |
| 12:09PM | 23 | WE'RE SUGGESTING SIX AND FOUR TO FILL THE EIGHT SEATS.  ONCE |
| 12:09PM | 24 | THAT IS COMPLETED, THE LOWEST SEQUENTIAL NUMBERS WILL MOVE INTO |
| 12:09PM | 25 | THE 12, AND THEN OF COURSE OTHER JURORS WOULD MOVE INTO THE |

12:10PM   1    SIX.

12:10PM   2             THE COURT:  SO I THINK WE'RE ALL ON THE SAME PAGE AT

12:10PM   3    LEAST AS THAT FORMULA.

12:10PM   4        LET ME JUST ASK THIS:  SO YOU'RE SUGGESTING THAT THE

12:10PM   5    STRIKES THEN WOULD BE LIMITED TO WHAT WE NEED TO FILL AS

12:10PM   6    OPPOSED TO THOSE WHO ARE ALREADY SEATED?  YOU SAID "LOCKED IN."

12:10PM   7             MR. COOPERSMITH:  THE TEN.

12:10PM   8             THE COURT:  THE TEN.  YOU'RE NOT GOING TO STRIKE --

12:10PM   9    YOU'RE BOTH GOING TO AGREE YOU WON'T EXERCISE STRIKES ON ANY OF

12:10PM  10    THE SEATED TEN, BUT RATHER WE'RE LOOKING AT THE EIGHT I'LL CALL

12:10PM  11    IT.

12:10PM  12        IS THAT RIGHT?

12:10PM  13             MR. COOPERSMITH:  YES, YOUR HONOR.  I MEAN, IT MAY

12:10PM  14    NOT BE A PERFECT SOLUTION, BUT THAT TO ME SEEMS SUFFICIENT TO

12:10PM  15    NOT HAVE TO START THE WHOLE PROCESS OVER AGAIN.  THAT'S WHAT

12:10PM  16    WE'RE TRYING TO DO.

12:10PM  17             THE COURT:  RIGHT.  I APPRECIATE THAT.

12:10PM  18        MR. SCHENK.

12:10PM  19             MR. SCHENK:  YES, THE GOVERNMENT'S VIEW STILL IS

12:10PM  20    WHAT YOU'RE DOING BY FOLLOWING THAT APPROACH IS GIVING BOTH

12:10PM  21    SIDES AN OPPORTUNITY TO EXERCISE PREEMPTORIES AGAIN ON A

12:10PM  22    PORTION OF THAT.  WE'VE ALREADY HAD AN OPPORTUNITY TO EXERCISE

12:10PM  23    PREEMPTORIES ON FIVE OF THE JURORS WHO ENTERED THIS NEW POOL.

12:11PM  24             THE COURT:  RIGHT.

12:11PM  25             MR. SCHENK:  I DON'T THINK THAT IS NECESSARY.  I

12:11PM 1    THINK WE'VE HAD THE OPPORTUNITY, WE ALREADY HAVE FIVE

12:11PM 2    ALTERNATES.

12:11PM 3         WHAT WE'RE NOW LOOKING FOR IS THREE JURORS TO REPLACE THE

12:11PM 4    THREE.

12:11PM 5         BUT I UNDERSTAND WHAT THE DEFENSE IS ASKING FOR, AND AS I

12:11PM 6    UNDERSTAND IT, THE DEFENSE IS NOT OBJECTING IF THE COURT

12:11PM 7    FOLLOWS A PROCESS OUTLINED BY THE DEFENSE, AND I THINK THERE

12:11PM 8    ARE ADVANTAGES TO THAT.

12:11PM 9         THE COURT:  RIGHT.

12:11PM 10        I'M GOING TO REFRAIN FROM USING THE WORD "MULLIGAN," BUT

12:11PM 11   IT SEEMS LIKE WHAT YOU'RE ASKING TO DO IS TO BE ABLE TO REVISIT

12:11PM 12   AT LEAST AS TO THIS EIGHT, BUT NOT THE TEN.

12:11PM 13        MR. COOPERSMITH:  RIGHT.  THE REAL SIMPLE REASON IS

12:11PM 14   THAT WE WOULD HAVE A DIFFERENT MIX OF JURORS TO APPLY THE

12:11PM 15   PREEMPTORIES TO AND WE'RE TRYING TO PUT -- THE GOVERNMENT AS

12:11PM 16   WELL, THEY GET THEIR OPPORTUNITY AS WELL.

12:11PM 17        THE COURT:  I APPRECIATE THAT.

12:11PM 18        WELL, I DO THINK, JUST OUT OF AN ABUNDANCE OF CAUTION, TO

12:12PM 19   MAKE SURE THAT WE CAPTURE AN OPPORTUNITY FOR BOTH SIDES HERE TO

12:12PM 20   EFFECTIVELY EXERCISE DECISIONS BASED ON THIS UNIQUE SITUATION

12:12PM 21   THAT WE FIND OURSELVES IN, I THINK I'LL ADOPT THIS PROCEDURE.

12:12PM 22        FIRST OF ALL, LET ME SAY THE CONDITION PRECEDENT TO THAT

12:12PM 23   IS ME STRIKING 101, 26, AND 134 FOR HARDSHIPS, AND I'M INCLINED

12:12PM 24   TO DO THAT, AND I'LL ASK THAT THE JURY COMMISSIONER REACH OUT

12:12PM 25   TO THEM INDIVIDUALLY AND TELL THEM THAT THEY'VE BEEN EXCUSED,

12:12PM  1      101, 26, AND 134.

12:12PM  2          I AM NOT EXCUSING 131, NOR AM I EXCUSING 133.  I DO

12:12PM  3      BELIEVE THAT THOSE SCHEDULES -- THEIR SCHEDULES MIGHT BE ABLE

12:12PM  4      TO BE ADJUSTED, AND CERTAINLY THE COURT CAN DO SOME SCHEDULING

12:13PM  5      ADJUSTMENT ON OUR END, TOO, TO HOPEFULLY AVOID ANY CONFLICT.

12:13PM  6          SO I'LL ADOPT YOUR PROCEDURE, MR. COOPERSMITH.

12:13PM  7          WHAT WE'LL DO IS WE'LL BRING IN THE THIRD TRANCHE

12:13PM  8      TOMORROW.  WE WILL ENGAGE VOIR DIRE WITH THEM.  I MIGHT -- MY

12:13PM  9      HOPE IS THAT IT WILL BE AS EFFICIENT AS OUR SECOND DAY OF VOIR

12:13PM 10      DIRE.

12:13PM 11          AND WHEN THAT FINISHES, THAT PROCESS IS FINISHED, WE'LL

12:13PM 12      ALLOW THEM TO GO HOME, AND THEN WE'LL ENGAGE YOUR SELECTION

12:13PM 13      PROCESS AS WE DID FRIDAY AFTERNOON, AND HOPEFULLY WE CAN GET A

12:13PM 14      JURY SELECTED.

12:13PM 15          AND THEN THE IDEA IS THAT WEDNESDAY WE WOULD PRE-INSTRUCT,

12:13PM 16      I WOULD PRE-INSTRUCT, OPENING STATEMENTS, AND THEN IF TIME

12:13PM 17      PERMITS, WE CAN BEGIN WITH EVIDENCE.

12:13PM 18              MR. COOPERSMITH:  ON WEDNESDAY?

12:14PM 19              THE COURT:  RIGHT.

12:14PM 20              MR. COOPERSMITH:  YES, YOUR HONOR.

12:14PM 21              THE COURT:  DOES THAT WORK?

12:14PM 22              MR. SCHENK:  YES.

12:14PM 23              MR. COOPERSMITH:  YES.

12:14PM 24              THE COURT:  OKAY.

12:14PM 25              MR. SCHENK:  YOUR HONOR, MAY I HAVE JUST A MOMENT?

681

12:14PM 1          THE COURT:  OF COURSE.

12:14PM 2          (DISCUSSION OFF THE RECORD.)

12:14PM 3          MR. SCHENK:  YOUR HONOR, A PROCEDURE QUESTION FOR

12:14PM 4   PREEMPTORIES TOMORROW.

12:14PM 5          WE'RE LOOKING FOR EIGHT TOTAL JURORS FROM THE SORT OF

12:15PM 6   THREE ORIGINAL BUCKETS:  OUR FIVE ALTERNATES, TWO JURORS THAT

12:15PM 7   REMAINED FROM PANEL 2, AND THEN 28 JURORS FROM THE NEW GROUP.

12:15PM 8          THE COURT ALLOWS PARTIES TO EXERCISE PREEMPTORIES IN

12:15PM 9   DIFFERENT GROUPS.  YOU EXERCISE PREEMPTORIES FOR THE SEATED 12,

12:15PM 10  BUT FOR NOW IT'S ACTUALLY JUST TWO THAT WE'RE LOOKING FOR, AND

12:15PM 11  THEN THE COURT ALLOWS THE PARTIES TO EXERCISE PREEMPTORIES FOR

12:15PM 12  ALTERNATES.

12:15PM 13         SO I WONDER IF THE COURT HAS A THOUGHT OR SOME GUIDANCE

12:15PM 14  FOR US ON THE APPLICATION PROCESS TO THAT FOR THE EXERCISE

12:15PM 15  TOMORROW; IN OTHER WORDS, DO WE GET A CERTAIN NUMBER OF STRIKES

12:15PM 16  THAT ESSENTIALLY WE SHOULD BE DRAWING A LINE UNDER, WE CAN

12:15PM 17  EXERCISE STRIKES IN THIS GROUP BECAUSE WE'RE LOOKING FOR TWO

12:16PM 18  SEATED JURORS, AND THEN WE CAN EXERCISE PREEMPTORIES AFTER

12:16PM 19  WE'VE SELECTED THOSE TWO, AFTER WE'VE EXHAUSTED OR PASSED, AND

12:16PM 20  THEN WE CAN EXERCISE SEPARATELY PREEMPTORIES WHEN WE SEEK TO

12:16PM 21  FIND SIX ALTERNATES.

12:16PM 22         THE COURT:  SURE.  THE ALTERNATIVE WOULD BE YOU

12:16PM 23  EXERCISE ALL OF YOUR STRIKES ON PERHAPS THE 12, THE SEATS FOR

12:16PM 24  THE 12, THE TWO, AND THEN YOU'RE LEFT WITH NONE FOR THE

12:16PM 25  ALTERNATES.

12:16PM  1        MR. COOPERSMITH, DO YOU HAVE A THOUGHT?

12:16PM  2                MR. COOPERSMITH:  YES, YOUR HONOR.  TO TRY TO MAKE

12:16PM  3    IT SIMPLE, MY PROPOSAL WAS SIX STRIKES FOR THE DEFENSE AND FOUR

12:16PM  4    FOR THE GOVERNMENT.

12:16PM  5        WHAT WE WERE THINKING IS SINCE WE HAVE TO PICK EIGHT

12:16PM  6    PEOPLE, WE WOULD SIMPLY EXERCISE THOSE STRIKES ALL IN ONE GROUP

12:16PM  7    REGARDLESS OF WHETHER THEY'RE THE TWO THAT HAVE TO FILL THE 12

12:16PM  8    OR THE 6 WHO HAVE TO FILL THE ALTERNATE BOX.

12:16PM  9        AND THEN, OF COURSE, AS I SAID, JURORS WOULD MOVE NEITHER

12:16PM 10    INTO THE GROUP OF 12 OR THE 6 IN SEQUENTIAL ORDER AS USUAL,

12:17PM 11    THAT SEEMS A SIMILAR PROCESS.

12:17PM 12        I THINK WHAT MR. SCHENK IS PROPOSING IS THAT YOU SOMEHOW

12:17PM 13    BREAK DOWN THE NUMBER OF STRIKES BETWEEN THE 12 VERSUS THE --

12:17PM 14    BUT THAT WOULD MEAN THAT YOU'RE ONLY EXERCISING STRIKES ON THE

12:17PM 15    TWO JURORS WE MOVE IN, AND I THINK TO PUT EVERYONE IN A SIMILAR

12:17PM 16    POSITION, I THOUGHT DOING IT AS A GROUP OF EIGHT, RIGHT, MAKES

12:17PM 17    MORE SENSE.  BUT THAT'S -- THAT WAS OUR PROPOSAL, RIGHT?

12:17PM 18                THE COURT:  SURE.  BUT IN THE REGULAR PROCESS, TEN

12:17PM 19    AND SIX ARE RELATED TO THE 12.

12:17PM 20                MR. COOPERSMITH:  RIGHT.

12:17PM 21                THE COURT:  AND THEN HOWEVER MANY ALTERNATES ARE

12:17PM 22    PARSED OUT.

12:17PM 23        SO THERE IS SOME SEPARATION TO THAT, AND AS I MENTIONED TO

12:17PM 24    MR. SCHENK, IF WE DO IT -- IF WE DON'T SEPARATE THOSE, THEN A

12:17PM 25    PARTY MIGHT EXERCISE ALL OF THEIR PREEMPTS ON THE TWO AND HAVE

12:17PM  1    NONE LEFT OVER FOR THE ALTERNATE POSITIONS, WHICH IS SOMETHING

12:18PM  2    THAT THE REGULAR RULES PROCESS SEEKS TO AVOID, IF THAT MAKES

12:18PM  3    SENSE.

12:18PM  4        I'D LIKE TO, I'D LIKE TO GIVE YOU A CERTAIN NUMBER IN THE

12:18PM  5    SAME PROPORTION IF THAT'S POSSIBLE FOR THE 12, AND THEN GIVE

12:18PM  6    YOU THE SAME NUMBER FOR THE SIX REMAINING, THREE AND THREE,

12:18PM  7    BECAUSE THAT'S WHAT EACH OF YOU HAD BEFORE.

12:18PM  8        SO IF WE START BACKWARD, EACH OF YOU WILL HAVE THREE AND

12:18PM  9    THREE FOR THE ALTERNATES, THEN LET'S FIND A SOLUTION FOR HOW

12:18PM  10   MANY DO YOU HAVE PROPORTIONALLY FOR THE 12?

12:18PM  11        MR. COOPERSMITH:  WELL, I SUPPOSE IF YOU GO THAT

12:18PM  12   WAY, YOUR HONOR, YOU'VE GOT -- IF YOU WENT WITH THE SIX AND

12:18PM  13   FOUR STRIKES, AND THEN YOU HAVE THREE AND THREE FOR THE

12:18PM  14   ALTERNATES, THAT WOULD LEAVE TWO AND THREE FOR THE BOX; RIGHT?

12:18PM  15   THAT WOULD BE AT LEAST --

12:18PM  16        THE COURT:  SURE.  RIGHT.

12:18PM  17        ANY THOUGHTS ABOUT --

12:19PM  18        MR. SCHENK:  MAY I HAVE ONE MOMENT?

12:19PM  19        THE COURT:  YES.  WHY DON'T YOU MEET WITH YOUR

12:19PM  20   STATISTICIANS AND WE CAN --

12:19PM  21        (RECESS FROM 12:19 P.M. UNTIL 12:21 P.M.)

12:21PM  22        MR. COOPERSMITH:  ONE CORRECTION.  MY STATISTICIANS

12:21PM  23   TELL ME MY MATH WAS A LITTLE OFF, WHICH MAYBE ISN'T SURPRISING,

12:21PM  24   AND IF MY PROPOSAL WERE ADOPTED AND YOU HAVE TO BREAK DOWN THE

12:21PM  25   STRIKES FROM THE 12 AND THE STRIKES FROM THE 6, THEN IF EACH

684

12:21PM 1    SIDE GOT THREE AND THREE, WHICH IS THE NORMAL COURSE FOR

12:21PM 2    ALTERNATES, RIGHT --

12:21PM 3              THE COURT:  RIGHT.

12:21PM 4              MR. COOPERSMITH:  -- THEN THAT WOULD LEAVE THREE

12:21PM 5    STRIKES FOR THE DEFENSE FOR THE MAIN JURY POOL AND ONE FOR THE

12:21PM 6    GOVERNMENT, BECAUSE IF IT'S FOUR -- IF THE GOVERNMENT HAD FOUR

12:21PM 7    TOTAL AND THEY HAD THREE STRIKES FOR THE ALTERNATE POOL, THEN

12:21PM 8    IT WOULD LEAVE THE GOVERNMENT WITH ONE.

12:21PM 9        SO THEN THAT PROPOSAL WOULD BE, FOR THE JURY OF 12, WE'RE

12:21PM 10   ONLY TRYING TO FILL TWO SEATS, IT WOULD BE THREE STRIKES FOR

12:21PM 11   THE DEFENSE AND ONE FOR THE GOVERNMENT.

12:21PM 12       AND THEN FOR THE ALTERNATE POOL, IT WOULD PROCEED WITH THE

12:21PM 13   THREE AND THREE, WHICH IS HOW IT WORKS NORMALLY.

12:22PM 14             THE COURT:  SO ARE YOU ADDING THE ALTERNATE STRIKES

12:22PM 15   INTO YOUR MATH?  I'M TRYING TO KEEP THEM SEPARATE IF I CAN.

12:22PM 16             MR. COOPERSMITH:  OKAY.  KEEPING THEM SEPARATE,

12:22PM 17   RIGHT?

12:22PM 18             THE COURT:  RIGHT.

12:22PM 19             MR. COOPERSMITH:  BECAUSE MY ORIGINAL PROPOSAL WAS

12:22PM 20   NOT KEEPING THEM SEPARATE AND I PROPOSED SIX STRIKES AND FOUR

12:22PM 21   STRIKES; RIGHT?

12:22PM 22       NOW IF WE SEPARATE, RIGHT, THAT WOULD MEAN IF WE GO WITH

12:22PM 23   THREE STRIKES EACH FOR EACH PARTY FOR THE ALTERNATE POOL, THEN

12:22PM 24   THAT MEANS WE USED THREE STRIKES IN THAT PROCESS; AND THEN WE

12:22PM 25   GO BACK TO THE GROUP OF 12, THAT WOULD LEAVE US WITH THREE

| | | |
|---|---|---|
| 12:22PM | 1 | STRIKES BECAUSE SIX MINUS THREE IS THREE. |
| 12:22PM | 2 | THEN THE GOVERNMENT WOULD HAVE -- IF THEY HAVE FOUR |
| 12:22PM | 3 | STRIKES AS A TOTAL OR HAD THREE STRIKES FOR THE ALTERNATE POOL, |
| 12:22PM | 4 | THAT WOULD LEAVE THEM WITH -- FOUR MINUS THREE EQUALS ONE.  SO |
| 12:22PM | 5 | THREE AND ONE FOR THE JURORS WHO ARE SEATED JURORS, AND THEN |
| 12:22PM | 6 | THREE AND THREE FOR THE ALTERNATES.  THAT'S HOW THAT MATH WOULD |
| 12:22PM | 7 | WORK. |
| 12:22PM | 8 | MR. SCHENK:  I'M GOING TO START OVER. |
| 12:22PM | 9 | (LAUGHTER.) |
| 12:23PM | 10 | MR. SCHENK:  SEPARATING THEM, STRIKES FOR ALTERNATES |
| 12:23PM | 11 | AND STRIKES FOR IN THE BOX, IS STATUTORY, SO THE COURT SHOULD |
| 12:23PM | 12 | FOLLOW ITS INCLINATION AND SEPARATE OUT OUR STRIKES. |
| 12:23PM | 13 | IT IS FINE WITH THE GOVERNMENT TO ONCE AGAIN USE THREE |
| 12:23PM | 14 | STRIKES FOR EACH SIDE BECAUSE WE'RE LOOKING TO SEAT THE EXACT |
| 12:23PM | 15 | SAME NUMBER.  WE'RE LOOKING TO SEAT SIX. |
| 12:23PM | 16 | SO, AGAIN, IT NOT ONLY MAKES SENSE TO SEPARATE, BUT TO USE |
| 12:23PM | 17 | THE SAME NUMBER OF STRIKES THAT WE USED ON FRIDAY WHEN WE |
| 12:23PM | 18 | SELECTED. |
| 12:23PM | 19 | THE PROBLEM WITH THEN SUBTRACTING THE THREE STRIKES FROM |
| 12:23PM | 20 | THE NUMBERS THAT MR. COOPERSMITH ORIGINALLY PROPOSED IS BECAUSE |
| 12:23PM | 21 | NOW THE PROPORTIONS HAVE CHANGED AND YOU SHOULDN'T SUBTRACT |
| 12:23PM | 22 | THREE FROM THE FOUR TOTAL FOR THE GOVERNMENT AND THREE FROM THE |
| 12:23PM | 23 | SIX TOTAL OR EIGHT TOTAL, WHATEVER THE NUMBER WAS, FOR THE |
| 12:23PM | 24 | DEFENSE. |
| 12:23PM | 25 | RIGHT NOW WE'RE LOOKING TO SEAT TWO JURORS IN THE BOX. |

| | |
|---|---|
| 12:23PM | 1 |
| 12:24PM | 2 |
| 12:24PM | 3 |
| 12:24PM | 4 |
| 12:24PM | 5 |

1    AND IF YOU MAINTAIN THE SAME PROPORTIONS TO DETERMINE HOW MANY

2    STRIKES EACH SIDE GETS, IT BREAKS DOWN TO SOMETHING LIKE ONE OR

3    TWO STRIKES FOR THE DEFENSE -- I'M SORRY, FOR THE GOVERNMENT,

4    AND TWO OR THREE STRIKES FOR THE DEFENSE.  YOU END UP WITH

5    DECIMAL POINTS.

6        SO I DON'T HAVE AN OBJECTION TO ROUNDING UP OR GIVING THE

7    DEFENSE THE ADDITIONAL STRIKE, BUT THE GOVERNMENT SHOULDN'T BE

8    LEFT WITH JUST ONE IN THE BOX AND EACH SIDE SHOULD HAVE THREE

9    FOR THE ALTERNATES.

10        THE COURT:  I'M THINKING OF THREE AND THREE FOR

11    ALTERNATES AND THREE AND TWO FOR THE 12.

12        MR. COOPERSMITH:  YOUR HONOR, I THINK WE CAN LIVE

13    WITH THAT.

14        MR. SCHENK:  WE AGREE.

15        THE COURT:  OKAY.  LET'S DO THAT.

16        MR. COOPERSMITH:  OKAY.

17        THE COURT:  AND LET'S LOCK THAT MATH IN.

18        OKAY.  LET ME DRAW YOUR ATTENTION TO 182, WHO I THINK IS

19    THE FIRST JUROR IN THE THIRD PANEL.

20        AND I NOTE THIS JUROR TRAVELS FROM SANTA CRUZ.  I LOOK AT

21    HER AGE AND I ALSO LOOK AT HER.  SHE USES A -- TELLS US SHE

22    USES A MAGNIFYING GLASS FOR READING.

23        I BELIEVE SHE INFORMS US OF A HEALTH CONDITION.  I'M GOING

24    TO ASK COUNSEL TO PAY ATTENTION TO HER HANDWRITING, WHICH MAY

25    BE INFORMATIVE OF SOMETHING.

12:25PM  1      MY THOUGHT WAS TO ASK YOU WHETHER OR NOT WE SHOULD THINK

12:25PM  2   ABOUT EXCUSING HER FOR HARDSHIP.

12:26PM  3          (DISCUSSION OFF THE RECORD.)

12:26PM  4          THE COURT:  THE ADDITIONAL INFORMATION I HAVE,

12:26PM  5   COUNSEL, WAS INFORMATION NOT CONTAINED IN THE QUESTIONNAIRE,

12:26PM  6   BUT THAT JUROR 182 SHARED WITH THE JURY COMMISSIONER.

12:26PM  7      SHE APPARENTLY HAS PERIPHERAL NEUROPATHY, I THINK WAS THE

12:26PM  8   TERM USED, AND SHE TRAVELS SOME DISTANCE.  I THINK THE

12:26PM  9   COMMISSIONER WAS INFORMED OR OBSERVED IT TOOK ABOUT TWO HOURS

12:27PM 10   FOR HER TO COMPLETE THE QUESTIONNAIRE, PERHAPS BECAUSE OF THIS

12:27PM 11   CONDITION.

12:27PM 12      IF THIS TRIAL IS LIKE THE PREVIOUS, THERE WILL BE

12:27PM 13   EXHIBITS, THERE WILL BE THINGS THAT YOU WOULD PROBABLY WANT

12:27PM 14   THIS JUROR TO OBSERVE AND CONSUME BY THAT.

12:27PM 15      SO I JUST RAISE THAT NOW OUT OF AN ABUNDANCE OF CAUTION.

12:27PM 16          MR. SCHENK:  YOUR HONOR, THE GOVERNMENT HAS NO

12:27PM 17   OBJECTION TO EXCUSING 182 FOR HARDSHIP.  I REACHED SOME OF THE

12:27PM 18   SAME CONCLUSIONS THE COURT DID IN OBSERVING THE JUROR'S

12:27PM 19   COMMENTS AND HANDWRITING IN THE QUESTIONNAIRE, AND GIVEN THE

12:27PM 20   DISTANCE THE JUROR TRAVELS AND THE LENGTH OF THE TRIAL, AND THE

12:27PM 21   NUMBER OF EXHIBITS THE GOVERNMENT AT LEAST INTRODUCED IN THE

12:27PM 22   LAST TRIAL, I THINK IT'S APPROPRIATE TO EXCUSE FOR HARDSHIP.

12:28PM 23          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:28PM 24          THE COURT:  OKAY.  THANK YOU.

12:28PM 25      SO I WILL EXCUSE 182, JUROR 182 FOR HARDSHIP, AND THE

12:28PM 1    COMMISSIONER CAN SO INFORM THAT THIS JUROR NEED NOT TRAVEL

12:28PM 2    TOMORROW.

12:28PM 3        MR. COOPERSMITH:  RIGHT.

12:28PM 4        YOUR HONOR, THERE ARE SOME ADDITIONAL JURORS IN THIS GROUP

12:28PM 5    THAT WE THINK PRESENT SOME PROBLEMS.  FOR EXAMPLE, JUROR 190,

12:28PM 6    SHE CITED POSSIBLE HARDSHIP ISSUES IN HER QUESTIONNAIRE.  SHE

12:28PM 7    SAID SHE HAS DIFFICULTY HEARING, DIFFICULTIES IN HEARING, AND

12:28PM 8    HER HUSBAND NEEDS HELP.  SHE APPEARS TO HAVE SOME LANGUAGE

12:28PM 9    ISSUES.

12:28PM 10        THERE WAS ALSO SOME CONCERN THAT WE HAD ABOUT HER

12:28PM 11   RESPONSES ABOUT WHAT SHE THINKS ABOUT ELIZABETH HOLMES IN

12:28PM 12   QUESTION 67 AND 68 ABOUT WANTING THE DEFENSE TO PUT FORTH PROOF

12:28PM 13   OF INNOCENCE.

12:28PM 14        AND I THINK IT WOULD HARDSHIP AND CAUSE FOR 190.  AND I'LL

12:29PM 15   STOP THERE FOR THE MOMENT.

12:29PM 16        THE COURT:  ARE WE GOING TO DO THIS?  DO YOU WANT TO

12:29PM 17   GO THROUGH HARDSHIPS?  IS THIS SOMETHING YOU WANT TO DO?

12:29PM 18        MR. COOPERSMITH:  WELL, I WOULD, BUT WE CAN DO IT

12:29PM 19   TOMORROW MORNING.  I WAS WONDERING IF THE COURT GRANTED ANY OF

12:29PM 20   THESE, THEY WOULDN'T HAVE TO --

12:29PM 21        THE COURT:  DO YOU HAVE AN ADDITIONAL LIST LIKE YOU

12:29PM 22   PREPARED YESTERDAY OR FRIDAY?

12:29PM 23        MR. COOPERSMITH:  UNFORTUNATELY, I DON'T HAVE ONE I

12:29PM 24   CAN HAND UP, BUT I DO HAVE IT IN FRONT OF ME THAT I CAN ORALLY

12:29PM 25   PRESENT.

12:29PM  1          THE COURT:  WELL, I WONDER IF -- I KNOW WE'RE ALL

12:29PM  2    BUSY, BUT DO YOU WANT TO SHARE YOUR INFORMATION -- DO YOU WANT

12:29PM  3    TO MEET AND CONFER ABOUT THIS TO SEE IF WE CAN GET AGREEMENT ON

12:29PM  4    SOME LIKE WE DID BEFORE?

12:29PM  5          WHAT IS THE MOST EFFICIENT WAY TO PROCEED FROM YOUR

12:29PM  6    PERSPECTIVE?

12:29PM  7          MR. SCHENK:  LET ME MAKE A SUGGESTION.

12:29PM  8          I THINK IN LARGE PART THE CAUSE, UNLESS THEY'RE OBVIOUS,

12:29PM  9    AND WE'VE DEALT WITH SOME CAUSE ALREADY IN THIS GROUP, I THINK

12:30PM 10    THOSE WE CAN HANDLE DURING THE VOIR DIRE TOMORROW.

12:30PM 11          HARDSHIP I APPRECIATE MAKES SENSE TO DO AHEAD OF TIME IF

12:30PM 12    THERE'S NO REASON TO BRING THE JUROR TO COURT IF, AS THE COURT

12:30PM 13    POINTED OUT FOR THE JUROR THAT WE JUST DISCUSSED, EVEN THE

12:30PM 14    TRAVEL TO COURT ITSELF COULD PRESENT HARDSHIP.

12:30PM 15          SO WHY DON'T THE PARTIES MEET AND CONFER, AND IF WE HAVE

12:30PM 16    STIPULATIONS, JURORS WHO WE THINK SHOULD BE EXCUSED, WE CAN

12:30PM 17    PROVIDE THEM TO THE COURT STAFF, AND IF THE COURT REVIEWS AND

12:30PM 18    AGREES, THAT INDIVIDUAL COULD BE EXCUSED.

12:30PM 19          BUT I DON'T THINK IT'S THE GOVERNMENT'S VIEW THAT WE NEED

12:30PM 20    TO HAVE A HEARING TO GO THROUGH THESE INDIVIDUALS BECAUSE,

12:30PM 21    AGAIN, MY RECOLLECTION IS THAT FOR SOME OF THEM YOU'VE SPOKEN

12:30PM 22    ABOUT THEM.

12:30PM 23          THE COURT:  OKAY.  I'M LOOKING AT A LIST THAT I

12:30PM 24    HAVE.  JUROR NUMBER 191 TALKS ABOUT, I THINK THIS IS SOMEBODY

12:30PM 25    INVOLVED IN THE CRIMINAL JUSTICE SYSTEM, AND TALKS ABOUT

12:31PM 1    SUPERVISING INDIVIDUALS AND PERHAPS THIS IS A HARDSHIP.  BUT

12:31PM 2    LET ME JUST SAY I WOULD NOT FIND THAT A HARDSHIP.  SO IF THAT'S

12:31PM 3    ONE ON YOUR LIST, I WOULD JUST GIVE YOU A HEADS UP.

12:31PM 4             MR. COOPERSMITH:  IT'S OFF THE LIST NOW, YOUR HONOR.

12:31PM 5        (LAUGHTER.)

12:31PM 6             THE COURT:  SO IF THAT'S ANY HELP.

12:31PM 7        THAT'S GREAT.  IF YOU WANT TO MEET AND CONFER, AND IF YOU

12:31PM 8    CAN REACH AGREEMENT AND FIND SOME, THEN THAT WOULD BE HELPFUL

12:31PM 9    TO ME FOR OUR DISCUSSION TOMORROW.

12:31PM 10       AND THEY'RE COMING IN AT 9:00 O'CLOCK, THAT IS, I WANT

12:31PM 11   THEM IN THE COURTROOM AT 9:00 O'CLOCK, WHICH MEANS THEY'LL

12:31PM 12   ARRIVE EARLIER.

12:31PM 13       AND WE CAN MEET BEFORE WE BRING THEM UP TO DISCUSS SOME

12:31PM 14   THINGS.  8:30 I SUPPOSE IS A GOOD TIME TO MEET, AND WE'LL SEE

12:31PM 15   WHAT WE CAN GET DONE.

12:31PM 16            MR. COOPERSMITH:  YES, YOUR HONOR.

12:31PM 17            THE COURT:  DOES THAT MAKE SENSE?

12:31PM 18            MR. SCHENK:  YES.  THANK YOU.

12:31PM 19            THE COURT:  OKAY.  AND IF YOU HAVE AGREEMENT OR

12:31PM 20   WHATEVER YOU HAVE, I'D BE HAPPY TO RECEIVE IT.  THAT WOULD HELP

12:31PM 21   ME.

12:31PM 22            MR. COOPERSMITH:  OKAY.  YES, WE WILL DO THAT,

12:32PM 23   YOUR HONOR.

12:32PM 24            THE COURT:  OKAY.  GREAT.  THANK YOU.

12:32PM 25            MR. COOPERSMITH:  THANKS.

12:32PM  1                    MR. SCHENK:  THANK YOU, YOUR HONOR.

12:32PM  2                    THE CLERK:  COURT IS ADJOURNED.

12:32PM  3              (COURT ADJOURNED AT 12:32 P.M.)

         4

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, CRR
17       CERTIFICATE NUMBER 8076

18       _____

19       LEE-ANNE SHORTRIDGE, CSR, CRR
         CERTIFICATE NUMBER 9595
20

21       DATED:  MARCH 14, 2022

22

23

24

25