1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

   UNITED STATES OF AMERICA,        )
6                                   )  CR-18-00258-EJD
                   PLAINTIFF,       )
7                                   )  SAN JOSE, CALIFORNIA
             VS.                    )
8                                   )  MARCH 15, 2022
   RAMESH "SUNNY" BALWANI,          )
9                                   )  VOLUME 5
                   DEFENDANT.       )
10  _____ )  PAGES 692 - 966

11

12                  TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13                UNITED STATES DISTRICT JUDGE

    A P P E A R A N C E S:
14

15  FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
         (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
    OFFICIAL COURT REPORTERS:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23                         LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                TRANSCRIPT PRODUCED WITH COMPUTER

```
1        A P P E A R A N C E S: (CONT'D)
2

3    FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                              BY:  SHAWN ESTRADA
4                                  SACHI SCHURICHT
                              THE ORRICK BUILDING
5                             405 HOWARD STREET
                              SAN FRANCISCO, CALIFORNIA 941057
6
                              BY:  JEFFREY COOPERSMITH
7                                  AMANDA MCDOWELL
                              701 FIFTH AVENUE, SUITE 5600
8                             SEATTLE, WASHINGTON 98104

9                             BY:  STEPHEN CAZARES
                              77 SOUTH FIGUEROA STREET, SUITE 3200
10                            LOS ANGELES, CALIFORNIA 90017

11                            BY:  AMY WALSH
                              51 W 52ND STREET
12                            NEW YORK, NEW YORK 10019

13
     ALSO PRESENT:            OFFICE OF THE U.S. ATTORNEY
14                            BY:  MADDI WACHS, PARALEGAL
                                   SARA SLATTERY, PARALEGAL
15
                              UNITED STATES POSTAL INSPECTION SERVICE
16                            BY:  CHRISTOPHER MCCOLLOW

17                            FEDERAL BUREAU OF INVESTIGATION
                              BY:  MARIO C. SCUSSEL
18
                              UNITED STATES FOOD & DRUG
19                            ADMINISTRATION
                              BY:  GEORGE SCAVDIS
20
                              JURY CONSULTANT
21                            BY:  DAVID PERROTT

22

23

24

25
```

```
  1    SAN JOSE, CALIFORNIA                    MARCH 15, 2022

  2                    P R O C E E D I N G S

  3         (COURT CONVENED AT 8:41 A.M.)

  4         (PROSPECTIVE JURY PANEL OUT AT 8:41 A.M.)

  5              THE COURT:  LET'S GO ON THE RECORD IN 18-258,

  6    UNITED STATES VERSUS BALWANI.

  7         FOR THE GOVERNMENT?

  8              MR. SCHENK:  GOOD MORNING, YOUR HONOR.

  9         JEFF SCHENK ON BEHALF OF THE UNITED STATES.

 10         I'M JOINED AT COUNSEL TABLE BY ROBERT LEACH, JOHN BOSTIC,

 11    AND POSTAL INSPECTOR CHRISTOPHER MCCOLLOW.

 12              THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.

 13         FOR THE DEFENSE?

 14              MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.  THANK

 15    YOU.

 16         JEFF COOPERSMITH FOR MR. BALWANI WHO IS PRESENT.

 17         I'M ALSO JOINED BY MY COLLEAGUES AMY WALSH, SHAWN ESTRADA,

 18    AMANDA MCDOWELL, AND DAVID PERROTT, WHO IS OUR JURY CONSULTANT.

 19              THE COURT:  GOOD MORNING EVERYONE.

 20         THIS IS THE DATE AND TIME WE HAVE SET TO CONTINUE OUR JURY

 21    SELECTION PROCESS.

 22         LET ME INDICATE THAT I DID RECEIVE YESTERDAY, AFTER I HAD

 23    ASKED THE PARTIES TO MEET AND CONFER REGARDING ANY POTENTIAL

 24    STRIKES FROM THE REMAINING PANEL, AND I'D LIKE TO READ THOSE

 25    NUMBERS IN.
```

The timestamps in the left margin read: 08:41AM (lines 3–9), 08:42AM (lines 10–25).

08:42AM   1          THEY ARE 188, 190, 192, 194, 223, AND 240.

08:42AM   2          ARE THESE THE NUMBERS THAT THE PARTIES SUBMITTED FOR

08:42AM   3   AGREED UPON STRIKES?

08:43AM   4              MR. SCHENK:  YES, YOUR HONOR, FOR HARDSHIP.

08:43AM   5              MR. COOPERSMITH:  YES, YOUR HONOR.

08:43AM   6              THE COURT:  ALL RIGHT.  THANK YOU.

08:43AM   7          I'VE REVIEWED THESE AND I WILL STRIKE THOSE JURORS FROM

08:43AM   8   OUR PANEL FOR HARDSHIP.  SOME WERE TRAVEL AND SOME WERE RELATED

08:43AM   9   TO CHILD CARE, FINANCIAL, AND I THINK THERE WAS ONE INDIVIDUAL

08:43AM  10   WHO HAD GREAT CONCERNS ABOUT FAMILY IN THE UKRAINE, AND WE

08:43AM  11   THOUGHT BEST TO EXCUSE THAT JUROR AS WELL AT THIS TIME.

08:43AM  12          SO THANK YOU FOR THAT.

08:43AM  13          WE HAVE -- I'M TOLD OUR PANEL IS COLLECTING, WILL BE

08:43AM  14   COLLECTING MOMENTARILY AND WE'LL CALL THEM UP TO BEGIN VOIR

08:43AM  15   DIRE.

08:43AM  16          I'M INFORMED THAT JUROR NUMBER 224 RANG THIS MORNING

08:43AM  17   WITH -- APPARENTLY HAD COVID SYMPTOMS.  SO THAT JUROR WAS --

08:44AM  18   WILL NOT BE COMING IN, 224.

08:44AM  19          JUROR 236 EXPRESSED AND INFORMED THE CLERK THAT THAT JUROR

08:44AM  20   HAS A ZOOM INTERVIEW, AN EMPLOYMENT INTERVIEW, I BELIEVE, AT

08:44AM  21   1:00 P.M.

08:44AM  22          THAT JUROR WAS TOLD TO STAY TUNED, AND WE'LL SEE WHAT WE

08:44AM  23   CAN DO.

08:44AM  24              MR. COOPERSMITH:  WHICH NUMBER WAS THAT, YOUR HONOR?

08:44AM  25              THE COURT:  236, 2-3-6.

| | | |
|---|---|---|
| 08:44AM | 1 | MR. COOPERSMITH:  THANK YOU, 236. |
| 08:44AM | 2 | THE COURT:  ALL RIGHT.  ANYTHING THAT THE PARTIES |
| 08:44AM | 3 | WOULD LIKE TO BRING UP BEFORE WE BRING OUR PANEL UP? |
| 08:44AM | 4 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 08:44AM | 5 | I HANDED UP A LIST THIS MORNING, OR GAVE IT TO |
| 08:44AM | 6 | MS. ROBINSON, AND GAVE THE GOVERNMENT AS COPY AS WELL. |
| 08:45AM | 7 | AND WHAT THE LIST DOES IS JUST LOOK AT THE QUESTIONNAIRES |
| 08:45AM | 8 | IN THIS PANEL 3 THAT IS COMING IN THIS MORNING, AND IDENTIFIES |
| 08:45AM | 9 | IN THE FIRST TWO PAGES ADDITIONAL HARDSHIP CASES THAT MIGHT BE |
| 08:45AM | 10 | AN ISSUE, AND THEN SOME ADDITIONAL CAUSE ISSUES. |
| 08:45AM | 11 | I WANT TO SAY, THOUGH, THAT SOME OF THESE THINGS, AS |
| 08:45AM | 12 | YOU'LL SEE FROM THE COLUMN ON THE RIGHT, THE COURT HAS ALREADY |
| 08:45AM | 13 | RULED ON, SO I DON'T WANT TO REARGUE THAT, NOR COULD I, I |
| 08:45AM | 14 | THINK. |
| 08:45AM | 15 | BUT WHAT I WANTED TO EMPHASIZE, JUST BECAUSE GIVEN THAT, |
| 08:45AM | 16 | YOU KNOW, WE THOUGHT WE HAD A JURY, AND THEN JURORS CAME IN AND |
| 08:45AM | 17 | ANNOUNCED HARDSHIPS, I THOUGHT IT WOULD BE GOOD TAKING A CLOSE |
| 08:45AM | 18 | LOOK AT THIS. |
| 08:45AM | 19 | IN TERMS OF THE CAUSE, THE ONLY TWO JURORS THAT WE DID NOT |
| 08:45AM | 20 | PREVIOUSLY ASSERT BASED ON THEIR QUESTIONNAIRE ALONE WAS 202 |
| 08:45AM | 21 | AND 222.  THOSE WERE -- WE DIDN'T DISCUSS THOSE TWO JURORS |
| 08:45AM | 22 | BEFORE, 202 AND 222. |
| 08:45AM | 23 | SO WE WOULD ASK THE COURT, BASED ON WHAT IS WRITTEN IN THE |
| 08:46AM | 24 | LIST THERE, TO CONSIDER EXCUSING THEM FOR CAUSE. |
| 08:46AM | 25 | ONE OTHER THING, YOUR HONOR, AT A MINIMUM, I THINK AS WE |

08:46AM 1    HAVE DONE BEFORE, I THINK WITH SOME SUCCESS, CERTAIN JURORS I

08:46AM 2    THINK ARE GOING TO NEED INDIVIDUAL VOIR DIRE.  I UNDERSTAND IT

08:46AM 3    MAY DEPEND ON WHAT THEY RESPOND TO QUESTIONS.  WE'LL SEE WHAT

08:46AM 4    THEY RESPOND TO.

08:46AM 5        BUT I JUST WANT TO POINT OUT IN PARTICULAR THE PEOPLE WHO

08:46AM 6    EITHER KNOW OF THE PRIOR CONVICTION OR KNOW OF THE ABUSE

08:46AM 7    ALLEGATIONS, THOSE ARE CERTAINLY CANDIDATES, BUT THERE MAY BE

08:46AM 8    SOME OTHERS.

08:46AM 9        AND I JUST WANT TO DRAW THE COURT'S ATTENTION TO JUROR 196

08:46AM 10   WHO, ON HER QUESTIONNAIRE, EXPRESSED BIAS OR A POTENTIAL BIAS

08:46AM 11   REGARDING PEOPLE FROM SOUTH ASIA.

08:46AM 12       SO I'M OBVIOUSLY RELUCTANT TO EMBARRASS THE JUROR IN FRONT

08:46AM 13   OF THE GROUP AND MAKE HER STATE VIEWS THAT MIGHT BE UNPOPULAR

08:46AM 14   TO SOME.  SO I THOUGHT THAT WOULD BE ANOTHER CANDIDATE IN

08:47AM 15   ADDITION TO THE OTHER REASONS FOR ADDITIONAL VOIR DIRE.

08:47AM 16           THE COURT:  OKAY.  THANK YOU.

08:47AM 17       MR. SCHENK.

08:47AM 18           MR. SCHENK:  JUST BRIEFLY, YOUR HONOR.

08:47AM 19       WITH REGARD TO THE HARDSHIP PAGES, THOSE WERE THE JURORS

08:47AM 20   THAT WE MET AND CONFERRED WITH OVER YESTERDAY AND THE DEFENSE

08:47AM 21   HAS REMOVED FROM THAT LIST THE SIX THAT WE SUBMITTED TO THE

08:47AM 22   COURT.

08:47AM 23       IT'S CERTAINLY POSSIBLE THAT THROUGH FURTHER DISCUSSION

08:47AM 24   TODAY ONE OF THESE CLAIMS WILL RIPEN INTO A MORE FULSOME

08:47AM 25   HARDSHIP, AND I THINK WE WILL ALL KEEP AN OPEN MIND TO THAT

08:47AM 1   DEVELOPMENT.

08:47AM 2       THE NEXT TWO PAGES, THE FOR CAUSE PAGES, I DON'T THINK

08:47AM 3   THAT THERE'S ANYTHING NEW HERE, AND BY THAT I MEAN EVEN THE

08:47AM 4   ONES THAT THE DEFENSE DID NOT PREVIOUSLY MOVE FOR CAUSE ON.  I

08:47AM 5   LISTED -- THE COURT WILL RECALL SEVERAL DAYS AGO I SAID THERE

08:47AM 6   WERE INSTANCES IN QUESTIONNAIRES WHERE THERE WERE SIMILAR

08:47AM 7   STATEMENTS AND THE DEFENSE MOVED FOR CAUSE ON SOME JURORS AND

08:48AM 8   DIDN'T MOVE FOR CAUSE ON OTHER JURORS.

08:48AM 9       FOR INSTANCE, I TOLD THE COURT WHEN I WAS LISTING NUMBERS

08:48AM 10  THAT 196, I THINK IT WAS 196, WAS ONE SUCH JUROR.

08:48AM 11      SO EVEN THE NEW JURORS ON THIS LIST AREN'T ACTUALLY NEW

08:48AM 12  FOR OUR DISCUSSIONS, AND AGAIN, I THINK WE'LL HEAR, THROUGH THE

08:48AM 13  VOIR DIRE PROCESS, WHETHER SOME STATEMENTS IN THE QUESTIONNAIRE

08:48AM 14  RIPEN INTO A PROPER FOR CAUSE CHALLENGE AND WE HAVE AN

08:48AM 15  OPPORTUNITY TO ENGAGE WITH THOSE FACTS ONCE THEY DEVELOP.

08:48AM 16          THE COURT:  OKAY.

08:48AM 17          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

08:48AM 18      THE ONLY OTHER THING I WOULD ADD BEFORE WE CAN MOVE ON IS

08:48AM 19  WITH REGARD TO HARDSHIP, I WONDERED IF THE COURT WOULD CONSIDER

08:48AM 20  TELLING JURORS AS A GROUP, MAYBE AT THE END OF THE PROCEEDINGS

08:48AM 21  TODAY, THAT, YOU KNOW, IF ANYONE HAS ANY OTHER HARDSHIP TO

08:48AM 22  EXPRESS TO THE COURT, NOW WOULD BE THE TIME.

08:48AM 23      YOU KNOW, JUST TO AVOID PEOPLE WHO, YOU KNOW, COME IN WHEN

08:49AM 24  THEY'RE ALREADY SELECTED, EVEN AS ALTERNATES, AND SAY, YOU

08:49AM 25  KNOW, ACTUALLY THEY DON'T WANT TO SERVE OR CAN'T SERVE.

08:49AM 1         SO I DON'T KNOW WHETHER THAT WOULD HELP, YOUR HONOR, BUT I

08:49AM 2    JUST THOUGHT I WOULD MAKE THAT SUGGESTION.

08:49AM 3         THE COURT:  WELL, AT THE CONCLUSION OF THE COURT'S

08:49AM 4    VOIR DIRE THE COURT DID ASK THIS QUESTION:  CAN YOU THINK OF

08:49AM 5    ANY OTHER REASON WHY YOU MIGHT NOT BE ABLE TO TRY THIS CASE

08:49AM 6    FAIRLY AND IMPARTIALLY TO BOTH THE GOVERNMENT AND THE DEFENSE

08:49AM 7    OR WHY YOU SHOULD NOT BE ON THIS JURY?

08:49AM 8         I ASKED THAT QUESTION.  REGRETTABLY, SOME JURORS CHOSE TO

08:49AM 9    ANSWER THAT THE NEXT DAY, SO --

08:49AM 10        MR. COOPERSMITH:  RIGHT, RIGHT.

08:49AM 11        YEAH, I THOUGHT IT WAS CLEAR AS WELL, YOUR HONOR.  BUT,

08:49AM 12   YOU KNOW, OBVIOUSLY ANYTHING WE CAN DO TO PREVENT A RE --

08:49AM 13   HAVING THAT HAPPEN AGAIN.

08:49AM 14        THE COURT:  ALL RIGHT.  I'M JUST PASSED A NOTE FROM

08:49AM 15   OUR COURTROOM DEPUTY REGARDING INFORMATION FROM DOWNSTAIRS.

08:50AM 16        206 HAS NOT YET ARRIVED, AND NUMBER 131 APPARENTLY IS

08:50AM 17   CLAIMING WORK HARDSHIP, EMPLOYMENT ONLY PAYS A LIMITED NUMBER

08:50AM 18   OF DAYS PER THE NOTE.

08:50AM 19        SO THAT'S SOMETHING THAT WE'LL BRING UP WITH THAT JUROR,

08:50AM 20   131?  IS THAT RIGHT?  I THOUGHT WE DEALT WITH 131.  THAT CAN'T

08:50AM 21   BE RIGHT.

08:50AM 22        THE CLERK:  YES.  LET ME ASK HER.

08:50AM 23        THE COURT:  131 IS NOT ON THIS PANEL.

08:50AM 24        MR. COOPERSMITH:  NO.

08:50AM 25        (PAUSE IN PROCEEDINGS.)

08:50AM 1          THE CLERK:  131, YOUR HONOR, IS A CHOSEN JUROR

08:50AM 2     ALREADY.

08:50AM 3          THE COURT:  OKAY.  WHERE IS THAT LIST?

08:50AM 4        APPARENTLY 131 IS ANSWERING MY QUESTION TWO DAYS LATER.

08:51AM 5          MR. SCHENK:  131 IS SEATED 11.

08:51AM 6        YOUR HONOR, 131 CAME TO COURT YESTERDAY, THE ARCHITECT

08:51AM 7     WITH A CONFERENCE IN PORTLAND.

08:51AM 8        NOW SHE'S CLAIMING A WORK HARDSHIP?  IS THAT --

08:51AM 9          THE COURT:  APPARENTLY THAT'S WHAT IT SAYS.

08:51AM 10       IS 131 -- SHE'S NOT HERE TODAY.

08:51AM 11         THE CLERK:  SHE'S NOT.  SHE SENT AN EMAIL.

08:52AM 12         THE COURT:  SHE ANSWERED NO TO QUESTION 1.

08:52AM 13         MR. SCHENK:  YOUR HONOR, MAY I MAKE A SUGGESTION?

08:52AM 14         THE COURT:  YES.

08:52AM 15         MR. SCHENK:  IT SOUNDS LIKE THERE'S AN EMAIL THAT

08:52AM 16    WAS SENT MAYBE TO THE CLERK'S OFFICE.  IF THE COURT WOULD

08:52AM 17    REVIEW IT AND THEN MAKE A DETERMINATION OF WHETHER TO SHARE

08:52AM 18    THAT EMAIL WITH THE PARTIES, WE MIGHT BE IN A BETTER POSITION

08:52AM 19    TO EVALUATE THE CLAIM.

08:52AM 20         THE COURT:  WELL, THAT'S A GOOD SUGGESTION.

08:52AM 21       CAN WE GET THAT EMAIL?  CAN WE HAVE THAT FORWARDED AND

08:52AM 22    PRINTED?

08:52AM 23         THE CLERK:  YES.

08:53AM 24       (PAUSE IN PROCEEDINGS.)

08:53AM 25         THE COURT:  SHE ANSWERED NO TO QUESTION 67.  SHE

08:53AM  1    ANSWERED NO, N-A, TO QUESTION 69.

08:55AM  2         (PAUSE IN PROCEEDINGS.)

08:55AM  3         THE COURT:  COUNSEL, I HAVE A COPY OF HER EMAIL.  IT

08:55AM  4    WAS SENT TO OUR COURTROOM DEPUTY.  IT LOOKS LIKE IT WAS TO THE

08:55AM  5    JURY AND THEN FORWARDED.  I'LL GIVE YOU A COPY.

08:55AM  6         THE CLERK:  SORRY FOR THE NOISE.

08:55AM  7         (PAUSE IN PROCEEDINGS.)

08:56AM  8         (HANDING.)

08:56AM  9         THE COURT:  I'M INTRIGUED BY THE BOTTOM PARAGRAPH,

08:56AM  10   WHICH IS A DIFFERENT TYPE OF FONT.  AND I WILL SAY A CURIOUS

08:56AM  11   INDIVIDUAL MIGHT OPINE THAT THIS JUROR, ONCE SELECTED, WENT TO

08:56AM  12   HER BOSS AND INFORMED THE BOSS OF THAT, A CONVERSATION

08:56AM  13   OCCURRED, AND THE BOTTOM PARAGRAPH IS WHAT PROBABLY IS THE

08:56AM  14   SOURCE OF THAT IS HER EMPLOYER.  THAT'S WHAT A CURIOUS PERSON

08:56AM  15   MIGHT OPINE, I THINK.

08:56AM  16     I USE THE WORD "CURIOUS" IN PLACE OF ANOTHER WORD.

08:57AM  17         MR. COOPERSMITH:  YES, YOUR HONOR.

08:57AM  18         THE COURT:  ANY THOUGHTS?

08:57AM  19         MR. SCHENK:  IN THE QUESTIONNAIRE ON -- IN RESPONSE

08:57AM  20   TO QUESTION NUMBER 9, WHICH IS THE QUESTION THAT ASKED WHETHER

08:57AM  21   HER EMPLOYER WOULD PAY HER SALARY, SHE DID CHECK "NOT SURE."

08:57AM  22     SO IT DOES SEEM AT LEAST SHE HAD A BASIS TO INQUIRE ABOUT

08:57AM  23   WHETHER HER EMPLOYER WOULD PAY.  IT'S UNFORTUNATE THAT SHE WAS

08:57AM  24   HERE YESTERDAY AND DIDN'T HAVE THAT INFORMATION, THOUGH THIS

08:57AM  25   EMAIL, IT LOOKS LIKE, WAS SENT PROBABLY SHORTLY AFTER SHE LEFT

08:57AM   1    THE COURTROOM.  I THINK WE WERE STILL IN COURT AT THAT TIME,

08:57AM   2    BUT MAYBE WE WERE WRAPPING UP.  I CAN'T REMEMBER EXACTLY.

08:57AM   3         ANYWAY, I THINK THAT, UNFORTUNATELY, IF SHE'S NOW

08:57AM   4    EXPRESSING A FINANCIAL HARDSHIP AND HER EMPLOYER -- IF WE TAKE

08:58AM   5    THE DIFFERENT FONT TO BE FROM HER EMPLOYER, SHE WILL NOT BE

08:58AM   6    PAID FOR SOME PORTION OF SERVICE.  IT REMAINS UNCLEAR.

08:58AM   7         THE QUESTIONNAIRE ALSO DOESN'T INFORM US THAT HER PH.D.

08:58AM   8    HUSBAND IS EMPLOYED FULL TIME, AND IT DOESN'T APPEAR THAT

08:58AM   9    DURING HER QUESTIONNAIRE SHE EXPRESSED FINANCIAL HARDSHIP AS A

08:58AM   10   BASIS, BUT AT THAT POINT SHE DID REMAIN AT LEAST UNCLEAR ON

08:58AM   11   WHETHER HER EMPLOYER WOULD CONTINUE TO PAY.

08:58AM   12        I THINK THE RECORD SORT OF, AS THE COURT CAN TELL, AND I'M

08:58AM   13   JUST TALKING AT THIS POINT, THE REPORT IS A LITTLE BIT UNCLEAR

08:58AM   14   ON WHETHER THERE IS, IN FACT, A FINANCIAL HARDSHIP CAUSED

08:58AM   15   THROUGH EXTENDED JURY SERVICE.

08:58AM   16        IT SEEMS THAT THERE WOULD BE HARDSHIP ON THE EMPLOYER, BUT

08:58AM   17   SHE TOLD US YESTERDAY THAT SHE DIDN'T NEED TO ATTEND THE

08:59AM   18   CONFERENCE BECAUSE THERE WOULD BE OTHER PEOPLE WHO WORKED AT

08:59AM   19   HER PLACE OF EMPLOYMENT THAT COULD ATTEND IN HER PLACE.

08:59AM   20        SO IT CERTAINLY SEEMS IT'S THE KIND OF SHOP THAT CAN COVER

08:59AM   21   FOR OTHERS.  WE JUST DON'T REALLY HAVE ADDITIONAL INFORMATION.

08:59AM   22             THE COURT:  MR. COOPERSMITH.

08:59AM   23             MR. COOPERSMITH:  YOUR HONOR, IT'S OBVIOUSLY

08:59AM   24   UNFORTUNATE THAT SHE DIDN'T COME FORWARD ABOUT THIS ISSUE

08:59AM   25   EARLIER.

08:59AM  1      I HAVE TO AGREE WITH MR. SCHENK.  IT DOESN'T SAY WHAT THE

08:59AM  2    LIMITED TIME IS THAT SHE WOULD BE PAID.  IT DOESN'T TALK ABOUT

08:59AM  3    ANYTHING MORE ABOUT FINANCIAL CIRCUMSTANCES.

08:59AM  4      I DON'T KNOW WHAT TO MAKE OF THE OTHER FONT.  I GUESS I'M

08:59AM  5    "CURIOUS" AS WELL, YOUR HONOR.

08:59AM  6      I'M VERY RELUCTANT TO, LIKE, DISTURB THE WORK THAT HAS

08:59AM  7    ALREADY BEEN DONE ON CHOOSING THE JURY.  I KNOW WE HAVE MORE TO

08:59AM  8    DO TODAY.

08:59AM  9      SO I DEFER TO THE COURT ON WHAT TO DO WITH THIS JUROR.

08:59AM  10      I MEAN, I'M OBVIOUSLY SYMPATHETIC TO PEOPLE WHO HAVE A

09:00AM  11    FINANCIAL HARDSHIP, BUT, YOU KNOW --

09:00AM  12          THE COURT:  THANK YOU.  THE QUESTIONNAIRE -- THE

09:00AM  13    REASON THAT WE PREPARED THAT QUESTIONNAIRE, AND YOU TASKED

09:00AM  14    YOURSELVES TO WORK ON THE QUESTIONNAIRE -- AND WHAT WAS IT,

09:00AM  15    20-SOME PAGES LONG?  SOMETHING LIKE THAT -- WAS TO CAPTURE THE

09:00AM  16    INFORMATION AND ALLOW OUR PANEL MEMBERS TO PROVIDE AS MUCH

09:00AM  17    INFORMATION ABOUT THEMSELVES, THEIR CIRCUMSTANCES WITH

09:00AM  18    KNOWLEDGE, FULL KNOWLEDGE OF THE LENGTH OF THIS TRIAL, WHICH

09:00AM  19    WAS EXPRESSED IN THE QUESTIONNAIRE.

09:00AM  20      SHE ANSWERED, THIS JUROR ANSWERED THE QUESTIONS AS I

09:00AM  21    INDICATED I READ OFF.  YOU ALL HAVE BENEFIT OF THAT.

09:00AM  22      SHE DID COME IN YESTERDAY TO TELL US ABOUT HER TRAVEL

09:00AM  23    SITUATION, AND SHE DID INDICATE THAT SHE COULD RESCHEDULE THAT,

09:00AM  24    THE TRIP TO PORTLAND, AND THAT WOULD NOT CREATE DIFFICULTY.

09:01AM  25      SHE MENTIONED A TRIP IN JUNE, I THINK, THE END OF JUNE

09:01AM  1   THAT SHE WANTED US TO KNOW ABOUT, AND WE HAD CONVERSATION ABOUT

09:01AM  2   THAT YESTERDAY AS WELL.

09:01AM  3       BUT SHE DIDN'T SAY ANYTHING ABOUT HER FINANCIAL SITUATION.

09:01AM  4       ONE WOULD HAVE THOUGHT THAT, HAVING FILLED OUT THE

09:01AM  5   QUESTIONNAIRE AND GONE THROUGH THE PROCESS, THAT THERE WOULD

09:01AM  6   HAVE BEEN A RECOGNITION THAT THE LENGTH OF THE TRIAL, AND I

09:01AM  7   WOULD THINK SOMEONE WHO IS A PROFESSIONAL WOULD HAVE CHECKED

09:01AM  8   WITH THEIR EMPLOYER ABOUT THE DUTIES THAT THIS TRIAL WAS GOING

09:01AM  9   TO COMMAND.

09:01AM  10      SHE INDICATES "NOT SURE IF THERE'S ANYTHING THAT CAN BE

09:01AM  11  DONE, BUT UNFORTUNATELY THIS WILL MEAN THAT I WILL NEED TO WORK

09:01AM  12  DOUBLE SHIFT IF SELECTED."  I'M NOT SURE WHAT THAT MEANS.

09:02AM  13      WE ALSO KNOW, AND SHE DOES, THAT WE'RE NOT IN SESSION FIVE

09:02AM  14  DAYS A WEEK, WE'RE IN SESSION THREE DAYS A WEEK.  AND MAYBE

09:02AM  15  THAT'S WHAT SHE'S REFERENCING "DOUBLE SHIFT," SHE'LL DOUBLE UP

09:02AM  16  ON THOSE DAYS WHEN WE'RE NOT IN SESSION.

09:02AM  17      I JUST -- I'M NOT INCLINED TO EXCUSE HER FOR HARDSHIP AT

09:02AM  18  THIS TIME, LET ME JUST SAY THAT.

09:02AM  19      AND LET ME HEAR WHATEVER YOU WANT TO PUT ON THE RECORD IN

09:02AM  20  THAT REGARD.

09:02AM  21          MR. COOPERSMITH:  I DON'T HAVE ANYTHING MORE,

09:02AM  22  YOUR HONOR.

09:02AM  23          MR. SCHENK:  NOTHING FURTHER.

09:02AM  24          THE COURT:  ALL RIGHT.  THANK YOU.

09:02AM  25      THIS IS 131.  SHE WILL REMAIN ON THE PANEL.

09:02AM 1        ALL RIGHT.  THANK YOU FOR THE SHEET, THE PANEL 3 HARDSHIP

09:02AM 2    AND CAUSE SHEET THAT WAS PREPARED.

09:03AM 3        I'M NOT GOING TO MAKE CAUSE DECISIONS NOW.  I THINK WE

09:03AM 4    NEED TO HEAR FROM JURORS ABOUT TOPICS, ALLOW COUNSEL TO PROBE

09:03AM 5    AND ASK QUESTIONS, AND SEE IF THOSE ISSUES EXPRESSED HAVE BEEN

09:03AM 6    EITHER RESOLVED OR ARE NOT AS SERIOUS AS INDICATED.

09:03AM 7        BUT WE DO NEED TO PROBE SOME OF THOSE, SO I'M NOT GOING TO

09:03AM 8    GRANT ANY CAUSE CHALLENGES NOW.  I APPRECIATE THE HEADS UP ON

09:03AM 9    IT, THOUGH.  WE'LL SEE.

09:03AM 10       I HOPE WE CAN BE, I'LL USE THE WORD, "DELICATE" TO TALK

09:03AM 11   ABOUT THOSE OTHER TOPICS.

09:03AM 12       I BELIEVE THERE ARE SOME WHO HAVE KNOWLEDGE OF THE PRIOR

09:03AM 13   CASE, I'LL CALL IT.  ONE PERSON SAYS THAT THEY HAVE KNOWLEDGE

09:03AM 14   OF A CONVICTION, BUT IT IS SOMEWHAT NONSPECIFIC.  SO WE'LL SEE

09:03AM 15   WHERE THAT COMES IN.

09:03AM 16       AND IF WE NEED TO DO AND IF IT'S APPROPRIATE TO HAVE

09:03AM 17   INDIVIDUAL QUESTIONING, WE'LL CERTAINLY ENGAGE THAT.

09:03AM 18            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:03AM 19            THE COURT:  THIS PANEL IS MUCH SMALLER, I THINK, SO

09:04AM 20   WE'LL CAPTURE SOME EFFICIENCIES WITH THAT I THINK HOPEFULLY.

09:04AM 21       OKAY.  ANYTHING FURTHER BEFORE WE BRING THEM UP?

09:04AM 22            MR. COOPERSMITH:  NO, YOUR HONOR.

09:04AM 23            THE COURT:  HAVE WE HEARD ANYTHING ELSE?

09:04AM 24            THE CLERK:  I ASKED HER TO CALL.  WE'RE STILL

09:04AM 25   WAITING ON JUROR 206.

```
09:04AM   1              THE COURT:  OH, 206.  OKAY.

09:04AM   2          WELL, IT IS RAINING OUTSIDE, AND IT IS SOMETHING THAT WE

09:04AM   3      HAVEN'T SEEN IN MONTHS, SO IT COULD BE A SHOCK TO EVERYONE AND

09:04AM   4      PERHAPS THAT'S CAUSED THE DELAY.

09:04AM   5          SO LET'S TAKE A RECESS, AND WE'LL COME BACK WHEN WE HEAR

09:04AM   6      MORE.

09:04AM   7              MR. SCHENK:  THANK YOU.

09:04AM   8              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:04AM   9          (RECESS FROM 9:04 A.M. UNTIL 9:28 A.M.)

09:28AM  10          (PROSPECTIVE JURY PANEL IN AT 9:28 A.M.)

09:28AM  11              THE COURT:  COUNSEL, YOU CAN REMAIN SEATED.

09:28AM  12          PROSPECTIVE JURORS, IF YOU WOULD STAND AND RAISE YOUR

09:28AM  13      RIGHT HAND, OUR COURTROOM DEPUTY HAS A QUESTION FOR YOU.

09:28AM  14          (PROSPECTIVE JURORS WERE GIVEN THE OATH.)

09:29AM  15              PROSPECTIVE JURORS:  YES.

09:29AM  16              THE COURT:  THANK YOU VERY MUCH, LADIES AND

09:29AM  17      GENTLEMEN.  PLEASE BE SEATED.

09:29AM  18          LADIES AND GENTLEMEN, THANK YOU FOR YOUR PATIENCE THIS

09:29AM  19      MORNING.  WELCOME.

09:29AM  20          I'D LIKE TO TELL YOU THAT YOU HAVE BEEN SUMMONED BY THIS

09:29AM  21      COURT FOR JURY SERVICE IN A CRIMINAL CASE ENTITLED

09:29AM  22      UNITED STATES VERSUS RAMESH "SUNNY" BALWANI.

09:29AM  23          IN THIS CASE THE DEFENDANT, RAMESH "SUNNY" BALWANI, IS

09:29AM  24      CHARGED WITH WIRE FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD.

09:29AM  25              THE INDICTMENT ALLEGES THAT MR. BALWANI WAS THE PRESIDENT
```

09:29AM 1      AND CHIEF OPERATING OFFICER OF THERANOS, INCORPORATED, WHICH

09:29AM 2      WAS IN THE BLOOD TESTING BUSINESS.

09:29AM 3          THE INDICTMENT ALLEGES THAT THE DEFENDANT AND

09:29AM 4      ELIZABETH HOLMES, THERANOS'S CHIEF EXECUTIVE OFFICER, KNOWINGLY

09:29AM 5      AND INTENTIONALLY DEVISED A SCHEME OR PLAN TO DEFRAUD INVESTORS

09:30AM 6      IN THERANOS AND PAYING CUSTOMERS OF THERANOS.

09:30AM 7          THE CHARGES ARE ONLY ALLEGATIONS AND NOT EVIDENCE.  THE

09:30AM 8      DEFENDANT HAS ENTERED A PLEA OF NOT GUILTY TO ALL OF THE

09:30AM 9      CHARGES IN THIS CASE AND IS PRESUMED TO BE INNOCENT.  IT WILL

09:30AM 10     BE THE GOVERNMENT'S BURDEN THROUGHOUT THE TRIAL TO PROVE THOSE

09:30AM 11     CHARGES BEYOND A REASONABLE DOUBT.

09:30AM 12         THE INDICTMENT ALLEGES IN COUNTS ONE AND TWO THAT

09:30AM 13     MR. BALWANI VIOLATED 18 UNITED STATES CODE SECTION 1349,

09:30AM 14     CONSPIRACY TO COMMIT WIRE FRAUD.

09:30AM 15         THE INDICTMENT ALLEGES IN COUNTS THREE, FOUR, FIVE, SIX,

09:30AM 16     SEVEN, EIGHT, NINE, TEN, ELEVEN, AND TWELVE WITH WIRE FRAUD IN

09:30AM 17     VIOLATION OF 18 UNITED STATES CODE SECTION 1343.

09:30AM 18         NOW, THE INDICTMENT IS NOT EVIDENCE.  IT IS THE CHARGING

09:31AM 19     DOCUMENT FILED IN THE CASE.  TO THESE CHARGES MR. BALWANI HAS

09:31AM 20     PLEADED NOT GUILTY; AND THIS IS AN ABSOLUTE DENIAL OF THE

09:31AM 21     CHARGES.

09:31AM 22         IT WILL BE THE PURPOSE OF THIS TRIAL FOR YOU TO DETERMINE

09:31AM 23     IF THE GOVERNMENT HAS MET THEIR BURDEN IN PRESENTING THEIR CASE

09:31AM 24     TO YOU.

09:31AM 25         NOW, JURY SERVICE IS IMPORTANT, AND I WOULD LIKE TO

09:31AM  1    WELCOME YOU AGAIN AND THANK YOU FOR YOUR SERVICE.

09:31AM  2        BUT BEFORE WE BEGIN, I'D LIKE TO DESCRIBE FOR YOU HOW THE

09:31AM  3    TRIAL WILL PROCEED AND EXPLAIN TO YOU WHAT THE LAWYERS, YOU,

09:31AM  4    AND I WILL BE DOING.

09:31AM  5        WHEN I REFER TO THE GOVERNMENT, I MEAN MR. ROBERT LEACH,

09:31AM  6    MR. JOHN BOSTIC, AND MR. JEFF SCHENK, AND MS. KELLY VOLKAR, WHO

09:31AM  7    ARE THE ASSISTANT UNITED STATES ATTORNEYS PROSECUTING THIS

09:31AM  8    CASE.

09:31AM  9        MR. LEACH, WOULD YOU PLEASE INTRODUCE YOUR TEAM.

09:31AM  10            MR. LEACH:  YES, YOUR HONOR.

09:31AM  11        MAY I TAKE MY MASK OFF?

09:31AM  12            THE COURT:  YES.

09:31AM  13            MR. LEACH:  GOOD MORNING, LADIES AND GENTLEMEN.

09:31AM  14        MY NAME IS ROBERT LEACH.  I'M AN ASSISTANT UNITED STATES

09:32AM  15    ATTORNEY WITH THE DEPARTMENT OF JUSTICE.

09:32AM  16        TO MY LEFT IS JOHN BOSTIC, WHO IS ANOTHER ASSISTANT UNITED

09:32AM  17    STATES ATTORNEY IN MY OFFICE.

09:32AM  18        TO HIS LEFT IS JEFF SCHENK, WHO IS ALSO A PROSECUTOR WITH

09:32AM  19    MY OFFICE.

09:32AM  20        TO MY RIGHT IS CHRISTOPHER MCCOLLOW, WHO IS A POSTAL

09:32AM  21    INSPECTOR WITH THE U.S. POSTAL INSPECTION SERVICE.

09:32AM  22        SEATED AT THE TABLE INSIDE OF THE WELL IS MADDI WACHS, WHO

09:32AM  23    IS A PARALEGAL FROM MY OFFICE.

09:32AM  24        AND THEN IN THE SECOND ROW ON THIS SIDE OF THE COURTROOM

09:32AM  25    WE HAVE KELLY VOLKAR, WHO IS ANOTHER PROSECUTOR WITH MY OFFICE.

09:32AM  1        TO HER RIGHT ARE MARIO SCUSSEL WITH THE FEDERAL BUREAU OF

09:32AM  2   INVESTIGATION, AND GEORGE SCAVDIS WITH THE U.S. FOOD AND DRUG

09:32AM  3   ADMINISTRATION.

09:32AM  4        THANK YOU VERY MUCH FOR BEING HERE TODAY.

09:32AM  5            THE COURT:  THANK YOU.

09:32AM  6        WHEN I REFER TO DEFENSE COUNSEL, I MEAN

09:32AM  7   MR. JEFF COOPERSMITH, MR. AMY WALSH, AND MR. STEPHEN CAZARES

09:32AM  8   WHO ARE THE ATTORNEYS REPRESENTING MR. BALWANI.

09:32AM  9        MR. COOPERSMITH, WILL YOU PLEASE INTRODUCE YOUR TEAM.

09:32AM  10            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:33AM  11        I'M JEFF COOPERSMITH.  I REPRESENT SUNNY BALWANI, WHO IS

09:33AM  12   SEATED RIGHT HERE.

09:33AM  13        WITH ME ARE MY COLLEAGUES AMY WALSH, SHAWN ESTRADA,

09:33AM  14   AMANDA MCDOWELL, AND WE HAVE SOMEONE HELPING US WITH JURY

09:33AM  15   SELECTION, DAVID PERROTT.

09:33AM  16        THANK YOU.

09:33AM  17            THE COURT:  THANK YOU.

09:33AM  18        THIS CASE IS EXPECTED TO TAKE APPROXIMATELY 13 WEEKS IN

09:33AM  19   EVIDENCE IN COURT.  IT COULD BE LONGER AND IT COULD BE SHORTER,

09:33AM  20   AND I WILL LET YOU KNOW THE SCHEDULE AS IT GOES FORWARD.

09:33AM  21        THIS MORNING WE WILL BEGIN SELECTING JURORS WHO WILL SIT

09:33AM  22   TO HEAR THIS CASE.  THIS PROCESS INVOLVES INTERVIEWING SEPARATE

09:33AM  23   PANELS OF POTENTIAL JURORS OVER THE COURSE OF THE DAY.  I

09:33AM  24   EXPECT AFTER YOUR SESSION TODAY YOU WILL BE NOTIFIED -- YOU

09:33AM  25   WILL BE PERMITTED TO LEAVE THE COURTHOUSE AS I UNDERSTAND IT,

09:33AM 1    THAT'S THE PLAN, AND THEN YOU WILL BE NOTIFIED LATER AS TO

09:33AM 2    WHETHER AND WHEN YOU SHOULD RETURN FOR JURY SERVICE.

09:33AM 3        NOW, YOU SHOULD HAVE IN YOUR SEATS A COPY OF OUR SCHEDULE,

09:34AM 4    AND AS YOU SEE, LOOKING AT THE SCHEDULE, DELIBERATIONS SHOULD

09:34AM 5    BEGIN, IT'S PROJECTED, BY THE END OF MAY OR EARLY JUNE

09:34AM 6    ACCORDING TO THE SCHEDULE.

09:34AM 7        AND AS I SAID, THIS MAY CHANGE, AND I, OF COURSE, WILL

09:34AM 8    KEEP YOU UPDATED ON ANY CHANGES.

09:34AM 9        AS YOU ALSO NOTICED IN THE QUESTIONNAIRE THAT YOU

09:34AM 10   COMPLETED LAST WEEK, OUR PROPOSED DAYS IN COURT WILL BE

09:34AM 11   TUESDAYS, WEDNESDAYS, AND FRIDAYS INITIALLY FROM 9:00 A.M. TO

09:34AM 12   3:00 P.M.

09:34AM 13       AGAIN, IT MAY BE THAT THIS SCHEDULE WILL CHANGE, AND I'LL

09:34AM 14   GIVE YOU PROPER NOTICE FOR ANY -- OF ANY CHANGES IN THAT

09:34AM 15   SCHEDULE.

09:34AM 16       I ANTICIPATE THAT FOR BREAKS DURING THE DAY WE WILL

09:34AM 17   PROBABLY TAKE TWO BREAKS OF 30 TO 45 MINUTES EACH THROUGH THE

09:34AM 18   DAY, AND THAT SHOULD SUFFICE.  THIS SCHEDULE HOPES TO

09:34AM 19   ACCOMPLISH TAKING ALL OF OUR EVIDENCE IN THE TRIAL AND TO AVOID

09:35AM 20   THE STRESS AND FATIGUE THAT MIGHT COME FROM AN EVERY DAY ALL

09:35AM 21   DAY SCHEDULE THAT WE NORMALLY SEE IN SHORTER TRIALS.

09:35AM 22       NOW, I ALSO REALIZE THAT THERE MIGHT BE OCCASIONS WHEN

09:35AM 23   SOMEONE NEEDS TO TAKE AN UNSCHEDULED BREAK FOR SOME REASON.  IF

09:35AM 24   ANYONE IN THE TRIAL NEEDS TO TAKE A BREAK FOR ANY REASON, YOU

09:35AM 25   SHOULD PLEASE RAISE YOUR HAND, LET ME KNOW, AND WE'LL, OF

```
09:35AM   1    COURSE, ACCOMMODATE ANY RECESSES AS NEEDED.

09:35AM   2         THE FIRST STEP IN THE TRIAL FOLLOWING THE SELECTION OF THE

09:35AM   3    JURY IS THE GOVERNMENT'S OPENING STATEMENT.  THE DEFENSE MAY

09:35AM   4    CHOOSE TO GIVE AN OPENING STATEMENT FOLLOWING THE GOVERNMENT OR

09:35AM   5    AT THE BEGINNING OF THE DEFENSE CASE.

09:35AM   6         THE PURPOSE OF AN OPENING STATEMENT IS TO GIVE YOU AN

09:35AM   7    OVERVIEW OF WHAT THE ATTORNEYS EXPECT THE EVIDENCE WILL SHOW.

09:35AM   8         NEXT, THE GOVERNMENT WILL OFFER EVIDENCE.  EVIDENCE

09:35AM   9    USUALLY INCLUDES WITNESSES, TESTIMONY, AND EXHIBITS.

09:36AM  10         AFTER THE GOVERNMENT PRESENTS THEIR EVIDENCE, THE DEFENSE

09:36AM  11    MAY ALSO PRESENT EVIDENCE, BUT THE DEFENSE IS NOT REQUIRED TO

09:36AM  12    DO SO.  BECAUSE MR. BALWANI IS PRESUMED INNOCENT, HE DOES NOT

09:36AM  13    HAVE TO PROVE THAT HE IS NOT GUILTY.

09:36AM  14         NOW, I'D ASK YOU TO REFER TO YOUR LIST ALSO.  THERE'S

09:36AM  15    WITNESSES WHO ARE ON THE BACK OF THAT PAGE, AND I'M GOING TO

09:36AM  16    ASK YOU TO PLEASE REVIEW THAT WITNESS LIST NOW TO SEE WHETHER

09:36AM  17    OR NOT -- I'M GOING TO ASK YOU IN A MOMENT WHETHER OR NOT ANY

09:36AM  18    OF YOU ARE FAMILIAR OR IF YOU KNOW ANY OF THE WITNESSES ON THIS

09:36AM  19    LIST.

09:36AM  20         COUNSEL, MAY I RECEIVE A STIPULATION THAT THE COURT NEED

09:36AM  21    NOT READ THE ENTIRETY OF THE WITNESS LIST AS IT IS IN THE

09:36AM  22    RECORD CONTAINED IN VARIOUS DOCUMENTS?

09:36AM  23              MR. SCHENK:  YES, YOUR HONOR.

09:36AM  24              MR. COOPERSMITH:  YES, YOUR HONOR.

09:36AM  25              THE COURT:  THANK YOU.
```

09:37AM  1            (PAUSE IN PROCEEDINGS.)

09:37AM  2              THE COURT:  NOW, LADIES AND GENTLEMEN, YOU SHOULD

09:37AM  3    NOTE THAT THE PARTIES ARE NOT REQUIRED AND MIGHT NOT WISH TO

09:37AM  4    CALL ALL OF THESE WITNESSES, AND THEY MAY LATER FIND IT

09:37AM  5    NECESSARY TO CALL OTHER WITNESSES.

09:37AM  6        IT MAY OCCUR THAT THE PARTIES STIPULATE TO A WITNESS'S

09:37AM  7    TESTIMONY OR AN EXHIBIT.  THIS MEANS THAT THE PARTIES HAVE

09:37AM  8    AGREED THAT THE STATEMENT, THE TESTIMONY, OR EXHIBIT MAY BE

09:37AM  9    INTRODUCED INTO EVIDENCE.

09:37AM 10        AFTER YOU HAVE HEARD ALL OF THE EVIDENCE AND AFTER THE

09:37AM 11    ATTORNEYS HAVE GIVEN THEIR FINAL ARGUMENTS, I WILL THEN

09:38AM 12    INSTRUCT YOU ON THE LAW THAT APPLIES TO THE CASE.

09:38AM 13        AFTER YOU HAVE HEARD THE ARGUMENT AND MY INSTRUCTIONS, YOU

09:38AM 14    WILL RETURN TO THE JURY ROOM TO DELIBERATE THE MERITS OF THE

09:38AM 15    CASE AND TO RETURN WITH YOUR FINDINGS.

09:38AM 16        NOW, JURY SERVICE IS AN OBLIGATION.  I RECOGNIZE IT MAY BE

09:38AM 17    INCONVENIENT TO YOU, BUT I WOULD ALSO HOPE YOU VIEW JURY

09:38AM 18    SERVICE AS A PRIVILEGE TO SERVE YOUR COMMUNITY AND TO

09:38AM 19    PARTICIPATE IN YOUR SYSTEM OF JUSTICE.

09:38AM 20        NOW, WE'RE ALL SENSITIVE TO THE FACT THAT NONE OF YOU ARE

09:38AM 21    HERE BECAUSE YOU HAVE NOTHING ELSE TO DO WITH YOUR TIME OR

09:38AM 22    BECAUSE YOU VOLUNTEERED FOR JURY DUTY OUT OF THE GOODNESS OF

09:38AM 23    YOUR HEARTS.  WE RECOGNIZE THAT JURY SERVICE TAKES YOU FROM THE

09:38AM 24    WORKPLACE, FROM YOUR HOMES WHERE OTHER INDIVIDUALS RELY ON YOU,

09:38AM 25    AND WE RECOGNIZE IT'S AN IMPOSITION AND INCONVENIENCE.

09:38AM 1        FOR MANY OF US WORKING IN THE JUSTICE SYSTEM, TRYING TO

09:39AM 2    IMPROVE ON THE QUALITY OF JUSTICE WHILE MAINTAINING FAIRNESS

09:39AM 3    ACROSS THE BOARD IS A CHALLENGE.  IT IS A CHALLENGE TO DELIVER

09:39AM 4    ON THE PROMISE OF A JURY OF ONE'S PEERS, A TRUE CROSS-SECTION

09:39AM 5    OF OUR COMMUNITY.

09:39AM 6        WE TRY TO, AND WE DO, WHEN WE HAVE TRIALS, PROVIDE THIS

09:39AM 7    PROMISE TO EVERYONE ENTERING OUR COURTS.  IT'S A PROMISE THAT

09:39AM 8    WE ENDEAVOR TO FULFILL AS WE RECOGNIZE THAT WE, TOO, WOULD RELY

09:39AM 9    ON THIS PROMISE SHOULD WE EVER COME INTO THE COURT AS A

09:39AM 10    PARTICIPANT.

09:39AM 11        OUR CONSTITUTION GUARANTEES THE RIGHT TO A JURY TRIAL, AND

09:39AM 12    THAT'S THE BASIS FOR ALL OF OUR OBLIGATIONS TO SERVE, YOURS AS

09:39AM 13    WELL AS MINE.

09:39AM 14        AND I SHOULD TELL YOU THAT I DO GET SUMMONED TO SERVE, AND

09:39AM 15    I HAVE RESPONDED TO THE SUMMONS JUST LIKE YOU HAVE, AND FOR

09:39AM 16    SOME REASON I HAVEN'T BEEN SELECTED.  I DON'T UNDERSTAND THAT.

09:39AM 17        BUT I SHOW UP JUST LIKE YOU DID.  SO I'M GRATEFUL TO HAVE

09:39AM 18    YOU HERE TO PARTICIPATE.

09:40AM 19        LET ME SAY THAT IT IS PERHAPS MORE SIGNIFICANT NOW TO

09:40AM 20    PARTICIPATE IN JURY SERVICE SUCH THAT OUR COMMUNITY, OUR

09:40AM 21    COUNTRY, PARDON ME, AND THE WORLD CAN OBSERVE THAT EVEN DURING

09:40AM 22    THE CHALLENGES OF THE PANDEMIC AND WORLD CONFLICT, OUR COURTS,

09:40AM 23    YOUR COURTS, ARE OPEN AND YOUR SYSTEM OF JUSTICE ENDURES.

09:40AM 24        NOW, I'D LIKE TO TAKE JUST A MOMENT TO SHARE WITH YOU

09:40AM 25    INFORMATION REGARDING OUR COVID PROTOCOLS.

09:40AM 1          WE WILL AT ALL TIMES STRIVE TO ENSURE YOUR PROTECTION,

09:40AM 2     SAFETY AND GOOD HEALTH.

09:40AM 3          AS YOU SEE, WE WILL ENGAGE IN DISTANCING AND FACE MASKS IN

09:40AM 4     THE COURT.

09:40AM 5          IF YOU ARE VACCINATED -- OF COURSE THE MEDICAL INFORMATION

09:40AM 6     WE KNOW INDICATES THAT THE FACT IF YOU ARE VACCINATED

09:40AM 7     SIGNIFICANTLY ENHANCES YOUR SAFETY.

09:40AM 8          PARTIES IN COURT WILL WEAR MASKS.

09:40AM 9          WITNESSES, DEPENDING ON THEIR HEALTH AND VACCINATION

09:41AM 10    STATUS, MAY BE ABLE TO REMOVE THEIR MASK OR WILL WEAR A CLEAR

09:41AM 11    FACE SHIELD WHILE THEY TESTIFY.

09:41AM 12         COUNSEL MAY REMOVE THEIR MASK AT THE LECTERNS WHEN THEY

09:41AM 13    ARE EXAMINING.

09:41AM 14         COUNSEL HAVE GIVEN ME PERMISSION TO INFORM YOU THAT ALL OF

09:41AM 15    THEIR TEAMS ARE FULLY VACCINATED.  EVERYONE ATTACHED TO THEIR

09:41AM 16    TEAMS ARE VACCINATED.

09:41AM 17         I SHOULD TELL YOU EVERYONE ON MY TEAM, OUR COURT REPORTER,

09:41AM 18    OUR COURTROOM DEPUTY, AND MY LAW CLERKS ARE ALL FULLY

09:41AM 19    VACCINATED AS WELL.

09:41AM 20         WE WILL HAVE AIR PURIFIERS.  THERE'S ONE AT THE WITNESS

09:41AM 21    STAND NOW.  WE WILL PROVIDE AIR -- PORTABLE AIR PURIFIERS FOR

09:41AM 22    COUNSEL TABLE, AND WE CAN PROVIDE PURIFIERS FOR THE JURY BOX IN

09:41AM 23    YOUR AREAS SHOULD YOU REQUEST THAT OR IT BE NEEDED.

09:41AM 24         I'D LIKE TO TELL YOU A LITTLE BIT ABOUT OUR BUILDING, AND

09:41AM 25    PARTICULARLY ABOUT OUR HVAC SYSTEM IN THE CONTEXT OF THIS

09:42AM  1    CONVERSATION.

09:42AM  2         WE -- ABOUT FOUR OR FIVE YEARS AGO OUR HVAC SYSTEM WAS

09:42AM  3    COMPLETELY REPLACED.  THERE'S NEW -- YOU CAN'T SEE IT.  IT'S A

09:42AM  4    NEW STRUCTURE ON TOP OF THIS BUILDING.  I THINK THE PRICE TAG,

09:42AM  5    YOUR TAX DOLLARS WERE ABOUT $7.5 MILLION TO REPLACE THE HVAC

09:42AM  6    SYSTEM IN THIS BUILDING.  IT'S NOT JUST THE CHILLER, IT'S ALL

09:42AM  7    OF THE DUCTING AND THE NEW ELECTRICAL SERVICE THAT THAT

09:42AM  8    REQUIRES AS WELL.

09:42AM  9         THE SYSTEM WAS UPGRADED TO A MERV 14 AIR FILTRATION

09:42AM  10   SYSTEM.  I UNDERSTAND THE CURRENT GUIDANCE IS TO INSTALL

09:42AM  11   MERV 13 OR BETTER.  SO WE EXCEED, EXCEED THAT STANDARD.

09:42AM  12        I'M ALSO INFORMED THAT THE AIR IN THIS COURTROOM

09:42AM  13   CIRCULATES AT THE RATE OF, IT'S CALLED AIR CHANGES PER HOUR,

09:43AM  14   IT'S 6.3.  WHAT THAT MEANS TO US IS THAT THE AIR IN THIS

09:43AM  15   COURTROOM IS COMPLETELY CIRCULATED EVERY TEN MINUTES.  SO THIS

09:43AM  16   IS A GOOD SYSTEM, AND IT DOES PROVIDE US GREAT PROTECTION.

09:43AM  17        I SHOULD TELL YOU THAT WE TURN THE SYSTEMS ON TWO HOURS

09:43AM  18   BOTH PREOCCUPANCY AND TWO HOURS, IT RUNS TWO HOURS AFTER

09:43AM  19   OCCUPANCY TO KEEP OUR AIR IN THIS BUILDING AS FREE AND CLEAR OF

09:43AM  20   ANY TYPE OF CONTAMINANTS AS POSSIBLE.

09:43AM  21        WE HAVE FACE MASKS AND SANITIZER THAT WE CAN PROVIDE FOR

09:43AM  22   YOU AS NEEDED.

09:43AM  23        AND I SHOULD TELL YOU, WE ALSO JUST RECENTLY PURCHASED

09:43AM  24   COVID TESTINGS, RAPID TESTS.  IF ANYONE SEATED AS A JUROR IN

09:43AM  25   THIS, IN THIS TRIAL WOULD LIKE OR FEELS IT NECESSARY TO HAVE A

09:43AM 1    TESTING DONE, WE'LL PROVIDE THAT TO YOU.  WE HAVE THAT

09:43AM 2    AVAILABLE TO PROVIDE YOU A RAPID TEST FOR YOUR CONVENIENCE.

09:44AM 3        I SHOULD TELL YOU THAT YOUR JURY DELIBERATION ROOM, WE'VE

09:44AM 4    MADE ARRANGEMENTS TO HAVE YOU DELIBERATE IN THE COURTROOM NEXT

09:44AM 5    DOOR TO ME.  IT'S JUST NEXT DOOR.  I THINK IT'S COURTROOM 3.

09:44AM 6    THAT MEANS YOU'LL HAVE THE ENTIRETY OF THE COURTROOM FOR YOUR

09:44AM 7    DELIBERATIONS AND YOUR MEETINGS.  YOU CAN SPACE YOURSELVES AS

09:44AM 8    YOU WISH.

09:44AM 9        THE JUDGE THAT SITS OVER THERE HAS ASKED ME NOT TO LET THE

09:44AM 10   JURORS SIT AT THE BENCH.  SO YOU WON'T BE PERMITTED TO SIT AT

09:44AM 11   THE BENCH, NOR IN THE AREA WHERE THE COURT REPORTERS OR THE

09:44AM 12   CLERK SITS.

09:44AM 13       BUT ALL OF THE OTHER AREA, WHICH MEANS THE COUNSEL TABLES,

09:44AM 14   THE JURY BOX, AND THE PEW SEATS OUTSIDE OF THE BOX WILL BE

09:44AM 15   AVAILABLE FOR YOU, THE JURY, TO USE SUCH THAT YOU CAN CAPTURE

09:44AM 16   DISTANCING.

09:44AM 17       I SHOULD TELL YOU THAT PART OF YOUR JURY SERVICE ALSO

09:44AM 18   INCLUDES WE PROVIDE A BREAKFAST FOR YOU, I'LL SAY A LIGHT

09:45AM 19   BREAKFAST.  I BELIEVE IT'S COFFEE, TEA, FRUITS, SOME YOGURTS, I

09:45AM 20   THINK THERE ARE SOME DANISH AND BAGELS SOMETIMES.  SO WE'LL

09:45AM 21   PROVIDE THAT YOU FOR YOUR NOURISHMENT AS WELL FOR THE MORNING.

09:45AM 22       IF YOU HAVE ANY QUESTION OR CONCERNS REGARDING YOUR SAFETY

09:45AM 23   AND COURT CONDITIONS, YOU SHOULD CONTACT MS. ROBINSON, MY

09:45AM 24   COURTROOM DEPUTY, AND SHE'LL BE ABLE TO ANSWER ANY QUESTIONS

09:45AM 25   THAT YOU MIGHT HAVE ABOUT THAT.

09:45AM  1        NOW, LET ME ASK, IS THERE ANY MEMBER OF THIS PANEL, OF

09:45AM  2   YOU, WHO HAS ANY SPECIAL DISABILITY OR PROBLEM THAT WOULD MAKE

09:45AM  3   SERVING AS A MEMBER OF THIS JURY DIFFICULT OR IMPOSSIBLE?

09:45AM  4        LET ME FIRST ASK IF THERE'S ANYBODY THAT NEEDS OR WOULD

09:45AM  5   BENEFIT FROM AN ASSISTED LISTENING DEVICE?  WE HAVE ASSISTED

09:45AM  6   LISTENING DEVICES, EARPHONES THAT WE USE HERE.

09:45AM  7        IS THERE ANYONE WHO FEELS THAT THEY WOULD BENEFIT FROM

09:45AM  8   UTILIZING ONE OF THOSE DEVICES?

09:45AM  9        I SEE NO HANDS.

09:46AM  10       NOW, THERE MAY BE INDIVIDUALS WHO HAVE OTHER ISSUES,

09:46AM  11  SEATING OR BACK ISSUES, AND WE HAVE SEEN THIS FROM TIME TO

09:46AM  12  TIME, THAT MIGHT BENEFIT FROM ASSISTED CUSHIONS, PILLOWS, THOSE

09:46AM  13  TYPES OF THINGS, STANDING IF SOMEONE NEEDS TO STAND, TAKE

09:46AM  14  BREAKS AND THINGS.  THAT'S SOMETHING THAT WE MAY BE ABLE TO

09:46AM  15  ACCOMMODATE.  WE'VE DONE THAT IN THE PAST WITH OTHER JURORS.

09:46AM  16       ANYONE WHO FEELS THAT THEY HAVE A PHYSICAL DISABILITY OR

09:46AM  17  AN ISSUE THAT THEY WOULD LIKE TO RAISE NOW?  JUST RAISE YOUR

09:46AM  18  HAND IF THAT'S THE CASE.

09:46AM  19       YES, I SEE A HAND HERE.

09:46AM  20       IS THAT JUROR 202?

09:46AM  21            PROSPECTIVE JUROR:  IT IS.

09:46AM  22            THE COURT:  THANK YOU.  WHAT WOULD YOU LIKE ME TO

09:46AM  23  KNOW.

09:46AM  24            PROSPECTIVE JUROR:  I HAVE TRAVEL PLANS, AIRLINE

09:46AM  25  TICKETS, HOTEL, ET CETERA, STARTING THE 31ST OF MARCH THROUGH

09:47AM 1     THE 8TH OF APRIL.

09:47AM 2             THE COURT:  I WAS ASKING ABOUT PHYSICAL HARDSHIPS.

09:47AM 3             PROSPECTIVE JUROR:  OH, SORRY.

09:47AM 4             THE COURT:  THAT'S OKAY.  NO, NO, LET'S TALK ABOUT

09:47AM 5     THAT.

09:47AM 6         WAS THAT IN YOUR QUESTIONNAIRE?  WAS THAT STATED IN YOUR

09:47AM 7     QUESTIONNAIRE?  I MAY HAVE MISSED IT.

09:47AM 8             PROSPECTIVE JUROR:  I DIDN'T SEE --

09:47AM 9             THE COURT:  THIS IS NOT A HARLEY DAVIDSON CONVENTION

09:47AM 10    THAT YOU'RE GOING TO?

09:47AM 11            PROSPECTIVE JUROR:  IT IS NOT.  I'VE RETIRED FROM

09:47AM 12    THAT.

09:47AM 13            THE COURT:  AND WHAT ARE THE DAYS, SIR, I'M SORRY?

09:47AM 14            PROSPECTIVE JUROR:  PLANE TICKET TRAVEL STARTS ON

09:47AM 15    THE 31ST OF MARCH, AND THEN I'M RETURNING ON THE 8TH OF APRIL.

09:47AM 16            THE COURT:  OKAY.  IS THAT A VACATION TYPE TRIP?

09:48AM 17            PROSPECTIVE JUROR:  IT IS.  I'VE GOT HOTELS, CARS,

09:48AM 18    OTHER TICKETS BOUGHT.

09:48AM 19            THE COURT:  AND NOW I'LL ASK HOW, HOW EASY IT WILL

09:48AM 20    BE FOR YOU TO RESCHEDULE THAT?

09:48AM 21            PROSPECTIVE JUROR:  NOT AT ALL.  THE TICKETS FOR THE

09:48AM 22    SHOWS I HAVE, OF COURSE, ARE NOT REFUNDABLE.  NOT THAT EASY I

09:48AM 23    DON'T THINK.

09:48AM 24            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU FOR THAT.

09:48AM 25         AND ARE YOU TRAVELLING OUT OF STATE?

09:48AM 1          PROSPECTIVE JUROR:  I AM.  I AM TRAVELLING TO

09:48AM 2     MANHATTAN AND THEN ON TO BOSTON.

09:48AM 3          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  THANK YOU

09:48AM 4     FOR THAT.

09:48AM 5        I SEE ANOTHER HAND RAISED.  IS THIS -- WHAT JUROR NUMBER

09:49AM 6     ARE YOU, PLEASE?

09:49AM 7          PROSPECTIVE JUROR:  222.

09:49AM 8          THE COURT:  YES.

09:49AM 9          PROSPECTIVE JUROR:  SO SINCE WE'RE ON THAT SUBJECT,

09:49AM 10    I HAVE A COUPLE OF ISSUES THAT WOULD MAKE IT EXTREMELY,

09:49AM 11    EXTREMELY DIFFICULT FOR ME TO PARTICIPATE FOR THIS LENGTH OF

09:49AM 12    TIME.

09:49AM 13       I'M THE ONLY ONE ABLE TO BRING MY DAUGHTER TO SCHOOL FOUR

09:49AM 14    OUT OF THE FIVE DAYS A WEEK.

09:49AM 15       ALSO, I'M THE ONLY ONE THAT CAN PICK HER UP ON THURSDAY

09:49AM 16    AFTERNOONS.

09:49AM 17       IN ADDITION, I AM THE ONLY VETERINARIAN AT THE COUNTY OF

09:49AM 18    SANTA CLARA ANIMAL SHELTER.  WE'RE JUST ENTERING KITTEN SEASON,

09:49AM 19    WHICH I DON'T KNOW IF YOU'RE FAMILIAR WITH THAT, BUT WE GET 1-

09:49AM 20    TO 2,000 ORPHAN KITTENS IN OVER THE NEXT SIX TO SEVEN MONTHS

09:49AM 21    THAT NEED EXTENSIVE MEDICAL CARE.

09:49AM 22       IN ADDITION, WE SEE EMERGENCY ANIMALS THAT OUR ANIMAL

09:49AM 23    CONTROL OFFICERS BRING IN ALMOST ON A DAILY BASIS THAT NEED

09:49AM 24    IMMEDIATE MEDICAL CARE, WHICH I'M THE ONLY ONE THAT IS ABLE TO

09:50AM 25    PROVIDE.

09:50AM  1       SO NOT BEING THERE --

09:50AM  2              THE COURT:  DOES SANTA CLARA ONLY HIRE ONE VET FOR

09:50AM  3       THE SHELTER?

09:50AM  4              PROSPECTIVE JUROR:  I WAS THE ONLY VET THERE FOR SIX

09:50AM  5       YEARS.  WE DID HIRE ANOTHER VET.  SHE LEFT AT THE BEGINNING OF

09:50AM  6       THIS YEAR.  WE PUT OUT A RECRUITMENT AND WE GOT ZERO

09:50AM  7       APPLICANTS.  THERE'S DEFINITELY A SHORTAGE OF VETERINARIANS.

09:50AM  8       SO NOT EVEN BEING ABLE TO FIND A RELIEF AT THIS POINT IS AN

09:50AM  9       OPTION.

09:50AM  10             THE COURT:  DOES THE COUNTY PARTNER WITH U.C. DAVIS,

09:50AM  11      THE VET SCHOOL THERE?

09:50AM  12             PROSPECTIVE JUROR:  NO.  WE PROVIDE OUR OWN MEDICAL

09:50AM  13      CARE IN-HOUSE.

09:50AM  14             THE COURT:  I'M SORRY, I INTERRUPTED YOU.  YOU WERE

09:50AM  15      ABOUT TO --

09:50AM  16             PROSPECTIVE JUROR:  WE JUST GOT INVOLVED WITH A

09:50AM  17      MAJOR SEIZURE WITH A WARRANT WHERE WE HAVE OVER 60 LIVESTOCK AT

09:50AM  18      OUR FACILITY RIGHT NOW.  A LOT OF THEM ARE ORPHANED BOTTLE BABY

09:50AM  19      GOATS THAT ARE ILL AND THEY'RE CURRENTLY UNDER MY TREATMENT.

09:50AM  20          SO EVEN ON THE TRIAL, I'M CONSTANTLY GOING TO BE THERE TWO

09:51AM  21      DAYS WEEK, BUT THINKING AND HAVING TO ANSWERER TEXTS ABOUT

09:51AM  22      MEDICAL QUESTIONS.

09:51AM  23          RIGHT NOW I JUST HAD TO TEXT SOMEONE TO PUT A CATHETER IN

09:51AM  24      A BABY GOAT THAT'S NOT DOING THAT WELL.

09:51AM  25             THE COURT:  SO THANK YOU.  IS THE FACILITY, ARE YOU

```
09:51AM   1        OFF OF 101?

09:51AM   2                    PROSPECTIVE JUROR:  WE JUST MOVED TO MONTEREY LAST

09:51AM   3        YEAR TO OUR NEW LARGE FACILITY.

09:51AM   4                    THE COURT:  MONTEREY ROAD?

09:51AM   5                    PROSPECTIVE JUROR:  YES, IN SUMMIT 17.

09:51AM   6                    THE COURT:  AND DIDN'T YOU USED TO HAVE A FACILITY

09:51AM   7        OFF OF 101?

09:51AM   8                    PROSPECTIVE JUROR:  YES, IT WAS AN OLD CONVERTED

09:51AM   9        40-YEAR OLD HOUSE THAT I DON'T KNOW HOW WE WORKED OUT OF.

09:51AM  10                    THE COURT:  AND THAT'S BEEN THERE FOR YEARS.

09:51AM  11                    PROSPECTIVE JUROR:  OVER 40 YEARS.

09:51AM  12                    THE COURT:  AND IS THE COUNTY STILL USING THAT IN

09:51AM  13        ANY CAPACITY?

09:51AM  14                    PROSPECTIVE JUROR:  IT'S NOT OUR DEPARTMENT.  SO,

09:51AM  15        SADLY, I THINK A LOT OF THE STUFF THAT WAS LEFT BEHIND IS JUST

09:51AM  16        GOING TO GET TOSSED.

09:51AM  17            BUT OUR NEW FACILITY IS BEAUTIFUL, BUT WE'RE ALSO TAKING

09:51AM  18        IN A LOT MORE ANIMALS NOW SO THE WORKLOAD IS EXTENSIVE.

09:51AM  19                    THE COURT:  HOW MANY STAFF DO YOU HAVE, DOES THE

09:51AM  20        COUNTY HAVE AT THE HOSPITAL?

09:51AM  21                    PROSPECTIVE JUROR:  THE MEDICAL DEPARTMENT IS JUST

09:51AM  22        ME AS THE VETERINARIAN, TWO REGISTERED VET TECHS, AND TWO VET

09:52AM  23        ASSISTS.

09:52AM  24            AND THEN THE KENNEL SIDE, THERE ARE FOUR OP AIDS, LIKE

09:52AM  25        OPERATION AIDS, THAT DO THE CLEANING AND ADOPTIONS.
```

09:52AM  1          THE COURT:  I SEE.

09:52AM  2          AND YOU STILL HAVE -- AS I UNDERSTAND IT, YOU STILL ACCEPT

09:52AM  3  VOLUNTEERS TO DO VOLUNTEER WORK DO YOU?

09:52AM  4          PROSPECTIVE JUROR:  WE CRAVE VOLUNTEERS.  WE'RE

09:52AM  5  CONSTANTLY NEEDING THEM WITH THE AMOUNT OF CLEANING.

09:52AM  6          THE COURT:  I'M TAKING THIS MOMENT TO --

09:52AM  7          PROSPECTIVE JUROR:  SO IF ANYONE WANTS TO VOLUNTEER,

09:52AM  8  KITTEN SEASON IS REWARDING, FOSTERING SAVES LIVES, BOTTLE

09:52AM  9  FEEDING BABIES --

09:52AM  10         THE COURT:  THE COURT IS NOT INVOLVED IN ANY

09:52AM  11 COMMERCIAL ADVERTISING, BUT, YOU KNOW, I THINK IT'S A GOOD

09:52AM  12 CAUSE AND I'M HAPPY YOU WERE ABLE TO INFORM THE COMMUNITY ABOUT

09:52AM  13 THAT.

09:52AM  14         PROSPECTIVE JUROR:  YES.  SO ANIMALS ARE NOT ALLOWED

09:52AM  15 TO LEGALLY BE ADOPTED UNTIL THEY ARE SPAYED OR NEUTERED.  SO

09:52AM  16 WHEN MY SURGERY LOAD FIVE DAYS A WEEK IS 20 TO 40 SURGERIES A

09:52AM  17 DAY, INCLUDING MEDICAL CHECKS, EMERGENCIES, A LOT OF VEHICULAR

09:53AM  18 TRAUMA.  SO ME NOT BEING THERE WOULD BE A COMPLETE DETRIMENT TO

09:53AM  19 THE LIVES OF THESE ANIMALS.

09:53AM  20         THE COURT:  ALL RIGHT.  THANK YOU.

09:53AM  21         CAN I ASK YOU THIS:  DO YOU KNOW WHO ADVOCATES FOR THE

09:53AM  22 SHELTER AT THE BOARD OF SUPERVISORS?

09:53AM  23         PROSPECTIVE JUROR:  MIKE WASSERMAN IS OUR BIGGEST

09:53AM  24 ADVOCATE.

09:53AM  25         THE COURT:  YES, I KNOW MIKE.

09:53AM  1          AND DOES HE DO A GOOD JOB FOR YOU, DO YOU THINK?

09:53AM  2          PROSPECTIVE JUROR:  HE'S THE ONE WHO PUSHED TO GET

09:53AM  3  THIS THING OPENED.

09:53AM  4          THE COURT:  OKAY.  GREAT.  THANK YOU FOR THE

09:53AM  5  CONVERSATION.  THANK YOU FOR LETTING ME KNOW THAT.

09:53AM  6          THE QUESTION WAS REGARDING ANY PHYSICAL DISABILITY OR

09:53AM  7  HARDSHIP OR ANYTHING LIKE THAT?  DOES ANYONE HAVE ANY OF THOSE?

09:53AM  8          OKAY.  I SEE NO HANDS.

09:53AM  9          WE NOW COME TO THAT PORTION OF THE TRIAL WHERE I WILL ASK

09:53AM  10 YOU SOME QUESTIONS REGARDING YOUR QUALIFICATIONS TO SIT AS

09:53AM  11 JURORS IN THIS CASE.  THE ATTORNEYS WILL ALSO HAVE AN

09:54AM  12 OPPORTUNITY TO ASK YOU SOME QUESTIONS AS WELL.

09:54AM  13         NOW, THIS PROCESS IS VERY IMPORTANT BECAUSE THE COURT AND

09:54AM  14 THE PARTIES WANT FAIR AND IMPARTIAL JURORS, JURORS WHO ARE FREE

09:54AM  15 OF ANY PRECONCEIVED IDEA, BELIEF, ATTITUDE, OR BIAS OR

09:54AM  16 PREJUDICE ABOUT THE OFFENSES CHARGED OR THE ACCUSED, AND JURORS

09:54AM  17 WHO WILL DECIDE THIS CASE ONLY AFTER HEARING ALL OF THE

09:54AM  18 EVIDENCE, THE ARGUMENTS OF COUNSEL, THE LAW AS GIVEN TO YOU BY

09:54AM  19 THE COURT, AND THEN ONLY AFTER HAVING DELIBERATED WITH YOUR

09:54AM  20 FELLOW JURORS.

09:54AM  21         BY THE OATH YOU HAVE JUST TAKEN, YOU ARE OBLIGATED TO

09:54AM  22 ANSWER ALL OF THESE QUESTIONS TRUTHFULLY AND COMPLETELY.  YOU

09:54AM  23 WILL HELP THE PROCESS BY VOLUNTEERING INFORMATION ABOUT YOUR

09:54AM  24 EXPERIENCES, FEELINGS, OR BIASES, IF ANY, EVEN THOUGH YOU

09:54AM  25 BELIEVE YOU CAN PUT ASIDE THOSE EXPERIENCES, FEELINGS, OR

09:54AM  1    BIASES AND SERVE AS A FAIR AND IMPARTIAL JUROR.

09:55AM  2         NOW, IF YOU ARE SENSITIVE ABOUT ANSWERING ANY QUESTION,

09:55AM  3    PLEASE LET ME KNOW AND WE CAN DISCUSS THAT MATTER PRIVATELY

09:55AM  4    WITH COUNSEL AND OUTSIDE OF THE PRESENCE OF OTHERS.

09:55AM  5         THIS PROCESS, THAT IS, THE QUESTIONING PROCESS, SEEKS TO

09:55AM  6    IDENTIFY ANY ISSUE, INCLUDING THOSE THAT MIGHT BE CONTROVERSIAL

09:55AM  7    THAT RAISE AN ISSUE OF BIAS OR AN INABILITY TO BE FAIR AND

09:55AM  8    IMPARTIAL.

09:55AM  9         AGAIN, IF ANY JUROR FEELS THAT AN ISSUE HAS ARISEN AND YOU

09:55AM 10    WOULD LIKE OR YOU THINK IT WOULD BE BETTER TO SPEAK IN PRIVATE,

09:55AM 11    PLEASE LET ME KNOW AND WE'LL DO THAT.

09:55AM 12         NOW, IT'S ALSO IMPORTANT, LADIES AND GENTLEMEN, THAT YOU

09:55AM 13    EXPRESS ISSUES WITH THE PARTIES, AND I WANT YOU TO BE AND I'M

09:55AM 14    GOING TO INVITE YOU TO BE FRANK AND OPEN.

09:55AM 15         BUT I ALSO WANT YOU TO THINK ABOUT IN YOUR COMMENTS, AND

09:55AM 16    IN MY QUESTIONS, WHAT WE DON'T WANT IS FOR SOMETHING SAID TO

09:55AM 17    NEGATIVELY INFLUENCE OR AFFECT ANY OTHER JUROR.

09:55AM 18         NOW, THIS IS IMPORTANT BECAUSE WE WANT TO HEAR YOUR CANDID

09:56AM 19    THOUGHTS ON TOPICS, AND IT IS IMPORTANT THAT EXPRESSIONS, WHILE

09:56AM 20    HEARTFELT, DO NOT TAINT OR NEGATIVELY IMPACT THE OPINIONS OR

09:56AM 21    FAIRNESS OF THE PANEL.

09:56AM 22         SO IT MAY BE THAT DURING YOUR QUESTIONING AND DURING MY

09:56AM 23    QUESTIONING, THE LAWYER'S QUESTIONING, ONE OF US MAY ASK YOU,

09:56AM 24    OKAY, STOP FOR JUST A SECOND, AND INTERRUPT YOU WHILE YOU'RE

09:56AM 25    TALKING BECAUSE I MIGHT FEEL LIKE YOU'RE GETTING ON A TOPIC

09:56AM  1    THAT MIGHT BE BETTER, IN MY OPINION, BETTER DISCUSSED IN

09:56AM  2    PRIVATE.

09:56AM  3        SO LET ME TELL YOU IN ADVANCE, I MAY BE DOING THAT, BUT

09:56AM  4    I'M TELLING YOU THIS AND I DON'T MEAN IN ANY WAY THAT YOU

09:56AM  5    SHOULD NOT GIVE -- RESPOND WITH FULSOME ANSWERS TO MY

09:56AM  6    QUESTIONS.  THAT'S WHAT WE WANT TO HAVE.

09:56AM  7        I WILL BE MINDFUL ABOUT WHETHER OR NOT, IN MY JUDGMENT AND

09:56AM  8    THE LAWYERS' JUDGMENT, IF SOME OF THOSE ANSWERS MIGHT BE

09:57AM  9    DISCUSSED BETTER IN PRIVATE.  SO PLEASE, I'M GIVING YOU

09:57AM  10   ADVANCED WARNING OF THAT.  I MAY STOP YOU AND INTERRUPT YOU FOR

09:57AM  11   THAT PURPOSE.

09:57AM  12       BUT I DON'T WANT TO CHILL YOUR SPEECH.  BY THAT I MEAN I

09:57AM  13   WANT YOU TO BE FRANK, OPEN, AND TELL ALL OF US AS BEST YOU CAN

09:57AM  14   THE ANSWERS TO THE QUESTIONS THAT ARE POSED.

09:57AM  15       NOW, IN SELECTING A JURY, EACH SIDE ARE PERMITTED A

09:57AM  16   CERTAIN NUMBER OF WHAT ARE CALLED PEREMPTORY CHALLENGES TO

09:57AM  17   PROSPECTIVE JURORS.  AN ATTORNEY MAY EXCUSE A JUROR BECAUSE

09:57AM  18   THEY FEEL THIS IS NOT THE RIGHT CASE FOR THEM.

09:57AM  19       CHALLENGES FOR CAUSE ARE CHALLENGES THAT THE COURT OR THE

09:57AM  20   PARTIES FEEL THAT A JUROR CANNOT SIT ON THIS CASE BECAUSE OF

09:57AM  21   BIAS, INTEREST OR OTHER INABILITY TO BE FAIR AND IMPARTIAL.

09:57AM  22   THE COURT WILL MAKE DECISIONS AS TO CHALLENGES FOR CAUSE.

09:57AM  23       NOW, FOLLOWING MY QUESTIONS AND THE QUESTIONS OF COUNSEL,

09:57AM  24   WE'LL -- I EXPECT THAT WE'LL BE ABLE TO ASK YOU TO LEAVE THE

09:58AM  25   COURTROOM AND PERHAPS LEAVE THE COURT FOR THE DAY, AND WE'LL

09:58AM 1    CALL YOU AND NOTIFY WHEN YOU SHOULD RETURN.

09:58AM 2         WE WILL ALSO SELECT SIX ALTERNATE JURORS WHO WILL SIT

09:58AM 3    DURING THE TRIAL.  SHOULD A MEMBER OF THE SEATED 12 JURORS BE

09:58AM 4    UNABLE TO CONTINUE TO SIT AS A JUROR, THE ALTERNATE JUROR WILL

09:58AM 5    REPLACE THAT SITTING JUROR AND WILL JOIN THE OTHER JURORS IN

09:58AM 6    DELIBERATION AT THE CONCLUSION OF THE CASE.

09:58AM 7         IF THERE IS NO NEED FOR SUBSTITUTION OF A SITTING JUROR,

09:58AM 8    THE ALTERNATE JURORS WILL NOT JOIN THE DELIBERATIONS OF THE

09:58AM 9    SITTING JURORS, BUT THEY WILL BE ALLOWED TO LEAVE THE

09:58AM 10   COURTHOUSE SUBJECT TO BEING RECALLED TO REPLACE A DELIBERATING

09:58AM 11   JUROR SHOULD THAT NEED ARISE.

09:58AM 12        NOW, I WANT TO THANK YOU FOR COMING IN LAST WEEK AND

09:58AM 13   FILLING OUT THE QUESTIONNAIRES.

09:58AM 14        YOU WILL FIND THAT MY QUESTIONS, AND MAYBE SOME OF

09:58AM 15   COUNSEL'S QUESTIONS, WILL BE REPETITIVE OR VERY SIMILAR TO THE

09:59AM 16   QUESTIONS THAT YOU HAVE ALREADY ANSWERED, BUT PLEASE DO LISTEN

09:59AM 17   CAREFULLY TO THE QUESTIONS AND THE ANSWERS OF YOUR PROSPECTIVE

09:59AM 18   JURY COLLEAGUES.

09:59AM 19        DOING SO MAY ASSIST YOU IN THINKING ABOUT WHAT YOUR ANSWER

09:59AM 20   MIGHT BE.

09:59AM 21        SO LET ME FIRST ASK, DO ANY OF YOU KNOW ANY OF THE UNITED

09:59AM 22   STATES ATTORNEYS OR ANY OF THE DEFENSE COUNSEL?  OR ANY MEMBERS

09:59AM 23   OF THEIR TEAMS?  ANYONE KNOW THESE LAWYERS OR THEIR TEAMS?  IF

09:59AM 24   SO, PLEASE RAISE YOUR HAND.

09:59AM 25        I SEE NO HANDS.

09:59AM   1        HAVE ANY OF YOU HAD ANY BUSINESS DEALINGS WITH THE

09:59AM   2    ATTORNEYS OR BEEN REPRESENTED BY THEM OR THEIR FIRMS?

09:59AM   3        I SEE NO HANDS.

09:59AM   4        DO ANY OF YOU KNOW THE DEFENDANT, MR. BALWANI?  ANY OF YOU

09:59AM   5    KNOW HIM?

09:59AM   6        I SEE NO HANDS.

09:59AM   7        DO ANY OF YOU KNOW ANY OF THE WITNESSES THAT WERE ON THE

09:59AM   8    LIST THAT I ASKED YOU TO READ EARLIER?  ANYONE HAVE FAMILIARITY

10:00AM   9    OR KNOW ANY OF THOSE WITNESSES?

10:00AM   10        I SEE NO HANDS.

10:00AM   11        HAS ANYONE READ OR HEARD ANY NEWS COVERAGE OF THIS CASE?

10:00AM   12        ALL RIGHT.  WE'LL GET MICROPHONES TO YOU NOW.

10:00AM   13        LET'S START IN THE JURY BOX.  IS THAT JUROR 205?

10:00AM   14            PROSPECTIVE JUROR:  THAT WOULD BE ME.

10:00AM   15            THE COURT:  YES.  GOOD MORNING.

10:00AM   16            PROSPECTIVE JUROR:  AT A CONFERENCE ONE TIME I SAW A

10:00AM   17    "TED TALK" ABOUT IT.

10:00AM   18            THE COURT:  YES.  I'M JUST GOING TO ASK YOU IF YOU

10:00AM   19    HAVE HEARD ABOUT IT.

10:00AM   20            PROSPECTIVE JUROR:  OH.

10:00AM   21            THE COURT:  AND THEN IF YOU COULD TELL US WHAT IT IS

10:00AM   22    THAT YOU SAW WITHOUT TELLING ME THE CONTENT, WHAT WAS SAID,

10:00AM   23    THOSE TYPES OF THINGS.

10:00AM   24            PROSPECTIVE JUROR:  OKAY.

10:00AM   25            THE COURT:  SO GO AHEAD, THANK YOU.

```
10:00AM   1              PROSPECTIVE JUROR:  SO THERE WAS A "TED TALK" ABOUT

10:00AM   2     IT.

10:00AM   3              THE COURT:  OKAY.

10:00AM   4              PROSPECTIVE JUROR:  AND THEN I JUST STARTED WATCHING

10:00AM   5     THE HULU SERIES, BUT I STOPPED WATCHING.

10:00AM   6              THE COURT:  OKAY.  THANK YOU.

10:00AM   7          HOW MANY -- YOU KNOW, THERE ARE EPISODES OF THIS?

10:01AM   8              PROSPECTIVE JUROR:  UH-HUH, I GOT ABOUT TWO AND A

10:01AM   9     HALF EPISODES IN.

10:01AM  10              THE COURT:  OKAY.  TWO AND A HALF EPISODES.

10:01AM  11          OKAY.  ANY OTHER EXPOSURE?

10:01AM  12              PROSPECTIVE JUROR:  NO.  JUST RECENT NEWS.

10:01AM  13              THE COURT:  OKAY.  TELL ME ABOUT THAT.  WHAT RECENT

10:01AM  14     NEWS?  WAS IT NEWSPAPERS?  RADIO?  T.V.?

10:01AM  15              PROSPECTIVE JUROR:  YEAH, RADIO AND INTERNET.

10:01AM  16              THE COURT:  OKAY.  AND CAN I ASK YOU, WOULD YOU

10:01AM  17     CLASSIFY YOURSELF OR CONSIDER YOURSELF -- DID YOU FOLLOW THE

10:01AM  18     CASE AT ALL?  WERE YOU A FOLLOWER?  IS THAT A FAIR TERM?

10:01AM  19              PROSPECTIVE JUROR:  I HAD A FEELING THAT MIGHT HAVE

10:01AM  20     BEEN WHAT THIS CASE WAS BECAUSE IT WAS SO BIG.  BUT, NO, I

10:01AM  21     DIDN'T -- I DON'T NECESSARILY FOLLOW.

10:01AM  22              THE COURT:  OKAY.  LET ME ASK YOU, JUROR 205 -- AND

10:01AM  23     LADIES AND GENTLEMEN, LET ME SAY, I APOLOGIZE, I'M GOING TO

10:01AM  24     REFER YOU TO BY YOUR JUROR NUMBERS AS OPPOSED TO YOUR NAMES.

10:01AM  25     AND I DO THAT OUT OF RESPECT FOR YOUR PRIVACY, AND THE LAWYERS
```

```
10:02AM   1    ARE GOING TO DO THE SAME.

10:02AM   2         NONE OF US MEAN ANY DISRESPECT TO YOU AT ALL.  IT IS THE

10:02AM   3    NORM ACTUALLY TO REFER TO THE JURORS BY THEIR NAMES, BUT IN

10:02AM   4    THIS CASE I THOUGHT IT BEST TO REFER TO EVERYONE -- WE HAVE

10:02AM   5    SUCH A LARGE POOL -- BY THEIR NUMBERS.

10:02AM   6         AND SO NEITHER I NOR COUNSEL MEAN ANY DISRESPECT WHEN WE

10:02AM   7    CALL YOU BY YOUR NUMBERS.  I KNOW THAT'S A LITTLE IMPERSONAL,

10:02AM   8    BUT I HOPE YOU APPRECIATE THAT.

10:02AM   9         JUROR NUMBER 205, LET ME ASK YOU, IS THERE ANYTHING ABOUT

10:02AM   10   WHAT YOU'VE SEEN, HEARD, READ OR WATCHED THAT YOU THINK MIGHT

10:02AM   11   IMPAIR YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN

10:02AM   12   THIS CASE?

10:02AM   13           PROSPECTIVE JUROR:  YES, UH-HUH.

10:02AM   14           THE COURT:  YOU THINK SO?

10:02AM   15           PROSPECTIVE JUROR:  UH-HUH.

10:02AM   16           THE COURT:  ALL RIGHT.  IT MAY BE THAT YOU AND I

10:02AM   17   WILL TALK ABOUT THAT PRIVATELY, IF THAT'S ALL RIGHT WITH YOU,

10:02AM   18   AND THE LAWYERS, OF COURSE.

10:02AM   19           PROSPECTIVE JUROR:  UH-HUH.

10:03AM   20           THE COURT:  OKAY.  THANK YOU.

10:03AM   21      WHO IS NEXT?  LET'S STAY IN THE BOX.  IS THAT JUROR 191?

10:03AM   22           PROSPECTIVE JUROR:  YES, YOUR HONOR.

10:03AM   23           THE COURT:  YES.

10:03AM   24           PROSPECTIVE JUROR:  THE SAME.  I WAS PRIVY TO A

10:03AM   25   COUPLE OF EPISODES ON THE HULU.
```

10:03AM 1          THE COURT:  I'M SORRY?

10:03AM 2          PROSPECTIVE JUROR:  I ALSO SAW A COUPLE OF EPISODES

10:03AM 3   ON THE SHOW OF HULU.

10:03AM 4          THE COURT:  YOU SAW A COUPLE EPISODES?

10:03AM 5          PROSPECTIVE JUROR:  UH-HUH.

10:03AM 6          THE COURT:  TWO?

10:03AM 7          PROSPECTIVE JUROR:  ABOUT THREE.

10:03AM 8          THE COURT:  THREE.  OKAY.

10:03AM 9       ANYTHING ELSE?

10:03AM 10         PROSPECTIVE JUROR:  JUST MY -- I DIDN'T LOOK INTO

10:03AM 11  IT.  I ACTUALLY JUST SAW THE EPISODES AND JUST I DON'T WANT TO

10:03AM 12  SAY BY ACCIDENT, BUT MY GIRLFRIEND WAS WATCHING THE SHOW

10:03AM 13  WITHOUT ME KNOWING WHAT IT WAS ABOUT, AND THEN SHE KIND OF JUST

10:03AM 14  LOOKED INTO IT AND TOLD ME ESSENTIALLY, IF IT'S APPROPRIATE,

10:03AM 15  THE OUTCOME OR WHERE THE COPART STANDS IN THE CASE.

10:03AM 16         THE COURT:  AND WHEN DID YOU WATCH THAT, SIR?

10:03AM 17         PROSPECTIVE JUROR:  THIS WEEKEND.

10:03AM 18         THE COURT:  THIS WEEKEND.  YOU FILLED OUT YOUR

10:04AM 19  QUESTIONNAIRE ON MARCH 4TH, I BELIEVE?

10:04AM 20         PROSPECTIVE JUROR:  YES.

10:04AM 21         THE COURT:  RIGHT.

10:04AM 22      DID YOU READ THE QUESTIONNAIRE WHEN YOU FILLED IT OUT?

10:04AM 23         PROSPECTIVE JUROR:  I DID.

10:04AM 24      BUT JUST TO CLARIFY, WHEN THE EPISODE WAS ON, I WAS NOT

10:04AM 25  AWARE.  I LIVE WITH MY GIRLFRIEND AND SHE WAS WATCHING IT.

10:04AM 1          THERE WERE NO NAMES MENTIONED ESSENTIALLY DURING THE FIRST

10:04AM 2     EPISODE OR SO.

10:04AM 3          AND THEN I DIDN'T TELL HER THAT I GOT JURY DUTY OR

10:04AM 4     SUMMONED FOR THIS CASE, SO HER JUST BEING HER, SHE JUST RAMBLED

10:04AM 5     A LITTLE BIT ON ABOUT WHAT HAPPENED OR WHAT SHE READ.

10:04AM 6          SO I WAS NOT INQUIRING.  SHE DOESN'T KNOW THAT I'M HERE

10:04AM 7     FOR THIS CASE.

10:04AM 8              THE COURT:  I SEE.

10:04AM 9          AND YOU DID THIS THREE TIMES, SIR?  YOU SAID YOU SAW THIS

10:05AM 10    THREE TIMES?

10:05AM 11             PROSPECTIVE JUROR:  IT WAS CONTINUOUS.  IT WAS LIKE

10:05AM 12    AN EPISODE.  I DIDN'T CATCH WHAT THAT WAS ABOUT.

10:05AM 13             THE COURT:  I SEE.

10:05AM 14             PROSPECTIVE JUROR:  SO I WOULD LEAVE AND COME BACK,

10:05AM 15    AND SO I WAS NOT PAYING ATTENTION THOROUGHLY TO THE EPISODES.

10:05AM 16             THE COURT:  WAS THIS BACKGROUND THEN?  WOULD YOU

10:05AM 17    CONSIDER IT BACKGROUND WHERE YOU WOULD DO SOMETHING ELSE, OR

10:05AM 18    WERE YOU WATCHING?

10:05AM 19             PROSPECTIVE JUROR:  WELL, WE WERE IN THE LIVING

10:05AM 20    ROOM, BUT I WASN'T ENTIRELY FOCUSSED, BUT I GOT THE GIST OF

10:05AM 21    WHAT WAS GOING ON.

10:05AM 22             THE COURT:  HOW LONG DID YOU -- WERE YOU EXPOSED TO

10:05AM 23    THIS?

10:05AM 24             PROSPECTIVE JUROR:  MAYBE AN HOUR.

10:05AM 25             THE COURT:  AN HOUR.  OKAY.

| | | |
|---|---|---|
| 10:05AM | 1 | PROSPECTIVE JUROR:  WELL, WE LIVE TOGETHER, |
| 10:05AM | 2 | YOUR HONOR. |
| 10:05AM | 3 | THE COURT:  YOU TOLD ME THREE TIMES. |
| 10:05AM | 4 | PROSPECTIVE JUROR:  NO, NO.  IT WAS THREE EPISODES |
| 10:05AM | 5 | DURING ONE SITTING. |
| 10:05AM | 6 | THE COURT:  OH, I SEE. |
| 10:05AM | 7 | PROSPECTIVE JUROR:  BUT I WOULD LEAVE AND COME BACK. |
| 10:05AM | 8 | I WASN'T TRYING TO ENGAGE.  I DIDN'T MENTION IT TO HER. |
| 10:05AM | 9 | THE COURT:  YES.  ALL RIGHT. |
| 10:05AM | 10 | ANYTHING ELSE? |
| 10:05AM | 11 | PROSPECTIVE JUROR:  NO. |
| 10:05AM | 12 | THE COURT:  THAT'S THE ONLY EXPOSURE THAT YOU'VE HAD |
| 10:05AM | 13 | TO THIS CASE, SIR? |
| 10:06AM | 14 | PROSPECTIVE JUROR:  CORRECT. |
| 10:06AM | 15 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:06AM | 16 | AND WHO ELSE? |
| 10:06AM | 17 | WHY DON'T YOU PASS THE MICROPHONE DOWN.  THANK YOU. |
| 10:06AM | 18 | AND YOU ARE NUMBER? |
| 10:06AM | 19 | PROSPECTIVE JUROR:  187. |
| 10:06AM | 20 | THE COURT:  THANK YOU.  YES. |
| 10:06AM | 21 | PROSPECTIVE JUROR:  I SAW A POSTER ON INSTAGRAM |
| 10:06AM | 22 | ABOUT THE HULU SHOW, AND THAT WAS BEFORE I FILLED OUT THE FORM. |
| 10:06AM | 23 | THE COURT:  YES. |
| 10:06AM | 24 | PROSPECTIVE JUROR:  AND ACTUALLY I DID PUT IT ON THE |
| 10:06AM | 25 | FORM. |

10:06AM 1          THE COURT:  YOU, YOU --

10:06AM 2          PROSPECTIVE JUROR:  I DID PUT IT ON THE FORM.

10:06AM 3          THE COURT:  YOU TOLD US WHAT YOU SAW?

10:06AM 4          PROSPECTIVE JUROR:  YES.

10:06AM 5          THE COURT:  YES.  ALL RIGHT.  THANK YOU.

10:06AM 6       ANY OTHER EXPOSURE?

10:06AM 7          PROSPECTIVE JUROR:  NO.

10:06AM 8          THE COURT:  IS THERE ANYTHING ABOUT THAT EXPOSURE

10:06AM 9    THAT YOU THINK WOULD IMPAIR YOU FROM BEING A FAIR AND IMPARTIAL

10:06AM 10   JUROR TO BOTH SIDES HERE?

10:06AM 11         PROSPECTIVE JUROR:  NO.

10:06AM 12         THE COURT:  OKAY.  THANK YOU.

10:06AM 13      JUROR NUMBER 191, ANYTHING ABOUT WHAT YOU SAW THAT YOU

10:06AM 14   THINK WILL AFFECT YOUR ABILITY TO BE FAIR TO BOTH SIDES?

10:07AM 15         PROSPECTIVE JUROR:  I DON'T MIND SPEAKING IN

10:07AM 16   PRIVATE, YOUR HONOR, IF THAT'S FINE?

10:07AM 17         THE COURT:  ALL RIGHT.  WE WILL DO THAT.

10:07AM 18      WHO ELSE?  YES.  IS THIS JUROR 185?  WHOOPS.  YEP.  THERE

10:07AM 19   WE ARE.  SORRY.

10:07AM 20      YES.

10:07AM 21         PROSPECTIVE JUROR:  I BELIEVE I SAW THE HBO

10:07AM 22   DOCUMENTARY WHEN THAT FIRST CAME OUT.  I CAN'T REMEMBER QUITE

10:07AM 23   HOW LONG AGO, BUT I DID COMPLETE THE DOCUMENTARY SERIES.

10:07AM 24         THE COURT:  OKAY.  AND ANY OTHER EXPOSURE THAT YOU

10:07AM 25   HAD TO THE CASE?

| | | |
|---|---|---|
| 10:07AM | 1 | PROSPECTIVE JUROR:  NO. |
| 10:07AM | 2 | THE COURT:  DO YOU RECALL ANY DETAILS ABOUT THE HBO |
| 10:07AM | 3 | DOCUMENTARY THAT YOU SAW? |
| 10:07AM | 4 | PROSPECTIVE JUROR:  THE VAGUE PREMISE OF IT. |
| 10:07AM | 5 | THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THAT |
| 10:07AM | 6 | EXPOSURE THAT YOU THINK WILL IMPAIR YOUR ABILITY TO BE FAIR AND |
| 10:08AM | 7 | IMPARTIAL TO BOTH SIDES IN THIS CASE? |
| 10:08AM | 8 | PROSPECTIVE JUROR:  I DO THINK, LIKE ANY SERIES, YOU |
| 10:08AM | 9 | TYPICALLY COME TO SOME CONCLUSION ABOUT YOUR BELIEFS, SO I |
| 10:08AM | 10 | THINK AS MORE DETAILS WOULD COME TO LIGHT WITH THE CASE, THAT |
| 10:08AM | 11 | MIGHT SPARK SOME MEMORIES FROM THE SERIES. |
| 10:08AM | 12 | THE COURT:  OKAY.  DO YOU THINK THAT YOU -- FAIR |
| 10:08AM | 13 | ENOUGH.  THAT HAPPENS WHEN YOU READ SOMETHING, AND I SUPPOSE |
| 10:08AM | 14 | IT'S IMPOSSIBLE, ISN'T IT, FOR SOMEONE TO ASK YOU, WELL, FORGET |
| 10:08AM | 15 | EVERYTHING THAT YOU'VE READ, HEARD, OR LISTENED TO.  THAT'S, |
| 10:08AM | 16 | THAT'S NOT ENTIRELY POSSIBLE. |
| 10:08AM | 17 | BUT WHAT WE ASK JURORS TO DO IS TO PUT ASIDE, OR ASK THEM |
| 10:08AM | 18 | IF THEY'RE ABLE TO PUT ASIDE ANY EXPOSURE THAT THEY MAY HAVE |
| 10:08AM | 19 | HAD IN ANY CASE. |
| 10:08AM | 20 | IS THAT SOMETHING THAT YOU THINK YOU COULD DO IN THIS |
| 10:08AM | 21 | CASE? |
| 10:08AM | 22 | PROSPECTIVE JUROR:  I THINK SO. |
| 10:08AM | 23 | THE COURT:  AND IF YOU'RE SEATED AS A JUROR, YOU |
| 10:08AM | 24 | COULD -- YOU TOLD ME YOU WATCHED THAT SOME TIME AGO, SO THERE |
| 10:09AM | 25 | MIGHT BE SOME RECOLLECTION, BUT IT DOESN'T SOUND LIKE IT'S AT |

10:09AM  1      THE FOREFRONT OF YOUR MEMORY.

10:09AM  2              PROSPECTIVE JUROR:  NO.  JUST VAGUE DETAILS AT THIS

10:09AM  3      POINT.

10:09AM  4              THE COURT:  OKAY.  AND FAIR POINT.

10:09AM  5          DURING THE TRIAL, YOU MIGHT HEAR SOMETHING THAT MIGHT JOG

10:09AM  6      A MEMORY OF, OH, I THINK I SAW THAT OR HEARD SOMETHING ABOUT

10:09AM  7      THAT ON THE T.V. SHOW.

10:09AM  8          AND OF COURSE T.V. SHOWS ARE ENTERTAINMENT, AREN'T THEY?

10:09AM  9      THEY'RE BASED FOR ENTERTAINMENT.

10:09AM 10          IS -- WOULD IT BE DIFFICULT FOR YOU TO PARSE OR PUT THAT

10:09AM 11      ASIDE AND DECIDE THIS CASE ONLY ON THE EVIDENCE IN THIS

10:09AM 12      COURTROOM?

10:09AM 13              PROSPECTIVE JUROR:  I THINK I COULD DO THAT.

10:09AM 14              THE COURT:  OKAY.  LET ME TALK ABOUT THAT, THE

10:09AM 15      IMPORTANCE OF THAT FOR JUST A MOMENT.  I'M NOT TALKING TO YOU

10:09AM 16      SPECIFICALLY, I'M TALKING TO THE COLLECTIVE HERE.

10:09AM 17          THAT'S WHAT THE TRIAL IS ABOUT.  A FAIR TRIAL IS A TRIAL

10:09AM 18      WHERE THE JURORS HEAR THE CASE, THEY HEAR THE EVIDENCE, THEY

10:09AM 19      LISTEN TO THE WITNESSES WHO TESTIFY, THEY LOOK AT EXHIBITS,

10:10AM 20      THEY EXAMINE THE EXHIBITS, AND THEY LISTEN TO THE ARGUMENTS OF

10:10AM 21      THE LAWYERS, AND THEN THEY GET THEIR INSTRUCTION FROM THE

10:10AM 22      COURT, THAT IS, THE LAW THAT THE JURORS APPLY TO THE FACTS AS

10:10AM 23      YOU FIND THEM.

10:10AM 24          FOR A FAIR TRIAL TO OCCUR, THAT PROCESS MUST BE BASED ONLY

10:10AM 25      ON THE EVIDENCE THAT IS RECEIVED IN THIS COURTROOM, NOT ON

10:10AM  1    ANYTHING OUTSIDE, BECAUSE THAT WOULD BE INHERENTLY UNFAIR.

10:10AM  2         AND I'M NOT POINTING OUT, YOU UNDERSTAND, I'M NOT

10:10AM  3    SUGGESTING YOU IN ANY WAY WOULD BE AN UNFAIR, JUROR 185.  I'M

10:10AM  4    JUST USING THIS AS AN EXAMPLE.

10:10AM  5         YOU SEE, BECAUSE IF A JUROR REMEMBERED SOMETHING THAT

10:10AM  6    THEY'VE READ, THAT THEY SAW, THAT THEY HEARD OR WATCHED

10:10AM  7    OUTSIDE, IT WOULD BE UNFAIR TO BOTH SIDES BECAUSE THESE

10:10AM  8    LAWYERS, NOR THE COURT, WOULD HAVE AN OPPORTUNITY TO ADDRESS

10:10AM  9    THAT PIECE OF EVIDENCE, AND THAT'S NOT FAIR.

10:11AM 10         THE TRIALS OCCUR IN OUR COURTS, THAT'S WHY WE'RE HERE, AND

10:11AM 11    THE JURY IS TASKED WITH MAKING THEIR DECISION ONLY ON THE

10:11AM 12    EVIDENCE THAT IS RECEIVED IN THIS COURTROOM.

10:11AM 13         YOU'VE ALL WATCHED TELEVISION.  I'M SURE THAT YOU'VE ALL

10:11AM 14    PROBABLY SEEN TELEVISION SHOWS THAT HAVE JURIES AND JURY TRIALS

10:11AM 15    AND YOU KNOW THE LAWYERS OBJECT.  THE COURT SOMETIMES SAYS

10:11AM 16    "SUSTAINED," SOMETIMES SAYS "OVERRULED," AND THAT MEANS

10:11AM 17    EVIDENCE CAN COME IN OR EVIDENCE CAN'T COME IN.

10:11AM 18         ALL OF THAT HAPPENS IN THE COURTROOM AND THE UNIVERSE OF

10:11AM 19    INFORMATION THAT IS DISTILLED FROM THE TRIAL PROCESS IS THE

10:11AM 20    ONLY EVIDENCE THAT THE JURY IS PERMITTED TO MAKE THEIR DECISION

10:11AM 21    ON.

10:11AM 22         AND THAT'S WHY I'M ASKING THIS QUESTION ABOUT WE'RE HUMAN,

10:11AM 23    WE HAVE -- THE MEDIA IS JUST SO EXTENSIVE NOW AND WE'RE ALL

10:11AM 24    EXPOSED TO SO MANY DIFFERENT BITS OF INFORMATION.  I'M TOLD

10:11AM 25    PEOPLE HAVE SOMETHING THAT ARE CALLED PUSH NOTIFICATIONS ON

10:12AM 1    YOUR PHONES, AND YOU CAN ASK, I WANT TO BE NOTIFIED ABOUT A

10:12AM 2    SALE AT NORDSTROM, I WANT TO BE NOTIFIED ABOUT WHEN I CAN GO TO

10:12AM 3    THE ANIMAL SHELTER WHEN I CAN PICK UP A PET, I WANT TO KNOW

10:12AM 4    ABOUT THESE THINGS, AND YOU CAN GET THIS PUSH THAT TELLS YOU

10:12AM 5    THESE THINGS.

10:12AM 6         SOMETIMES THERE ARE NEWS PUSHES, SO YOU GET THAT

10:12AM 7    INFORMATION BIT BY BIT.

10:12AM 8         BUT WHAT WE ASK YOU TO DO IS TO PUT ALL OF THAT ASIDE IF

10:12AM 9    YOU'RE A JUROR IN THIS CASE AND MAKE A DECISION ONLY ON THE

10:12AM 10   EVIDENCE IN THIS CASE, THAT IS, PUTTING ASIDE EVERYTHING AND

10:12AM 11   ANYTHING THAT YOU MAY HAVE BEEN EXPOSED TO.  THAT'S THE TASK

10:12AM 12   THAT I'M GOING TO ASK EACH OF YOU IF YOU'RE ABLE TO DO THAT.

10:12AM 13        AND JUROR NUMBER 185, THANK YOU FOR THE ENTRE, FOR LETTING

10:12AM 14   ME MAKE THAT EXPLANATION HERE.

10:12AM 15        AND I THINK YOU HAVE ANSWERED MY QUESTION.  YOU TOLD ME

10:12AM 16   THAT -- WELL, LET ME ASK IT AGAIN.

10:12AM 17        YOU'VE HEARD ME TALK ABOUT THE JOB OF A JUROR, DECIDING

10:12AM 18   THE CASE ONLY ON THE EVIDENCE THAT YOU HEAR HERE IN THIS

10:13AM 19   COURTROOM, NOT ON ANYTHING ELSE THAT YOU HAVE READ, SEEN, OR

10:13AM 20   HEARD TALKED ABOUT.

10:13AM 21        IS THAT SOMETHING THAT YOU CAN DO?

10:13AM 22             PROSPECTIVE JUROR:  YES.

10:13AM 23             THE COURT:  CAN YOU BE FAIR TO MR. BALWANI AND HIS

10:13AM 24   TEAM?

10:13AM 25             PROSPECTIVE JUROR:  YES.

10:13AM  1          THE COURT:  AND THE GOVERNMENT AND THEIR TEAM?

10:13AM  2          PROSPECTIVE JUROR:  YES.

10:13AM  3          THE COURT:  AND ANY DOUBT ABOUT THAT?

10:13AM  4          PROSPECTIVE JUROR:  NO.

10:13AM  5          THE COURT:  AND, AGAIN, THANK YOU FOR THE ENTRE AND

10:13AM  6    LETTING ME ASK THAT.

10:13AM  7       WERE THERE ANY OTHER HANDS IN RESPONSE TO THIS QUESTION?

10:13AM  8       YES, RIGHT IN FRONT OF YOU.

10:13AM  9       AND YOUR JUROR NUMBER IS?

10:13AM 10          PROSPECTIVE JUROR:  197.

10:13AM 11          THE COURT:  YES, SIR, THANK YOU.

10:13AM 12          PROSPECTIVE JUROR:  YES.  SO I REMEMBER WHEN THIS

10:13AM 13    COMPANY WAS KIND OF BIG --

10:13AM 14          THE COURT:  LET ME ASK YOU, I'M GOING TO ASK YOU IF

10:13AM 15    YOU WERE EXPOSED TO SOMETHING AND THE SOURCE OF THE EXPOSURE.

10:13AM 16          PROSPECTIVE JUROR:  UH-HUH.

10:13AM 17          THE COURT:  YES.

10:13AM 18          PROSPECTIVE JUROR:  SO THE SOURCE OF THE EXPOSURE

10:13AM 19    WAS PRIMARILY JUST NEWS ARTICLES.

10:13AM 20          THE COURT:  OKAY.

10:13AM 21          PROSPECTIVE JUROR:  I WAS, YEAH, BROWSING THE

10:13AM 22    INTERNET AND CAME ACROSS NUMEROUS ARTICLES AND SKIMMED THEM.

10:13AM 23       I'M NOT FAMILIAR WITH THE DETAILS AT THIS POINT.  I'VE

10:14AM 24    FORGOTTEN MOST OF THEM.

10:14AM 25          THE COURT:  OKAY.

10:14AM  1          PROSPECTIVE JUROR:  BUT, YEAH, I WAS EXPOSED TO A

10:14AM  2   NUMBER OF ARTICLES.

10:14AM  3          THE COURT:  HOW LONG AGO WOULD THAT HAVE BEEN?  CAN

10:14AM  4   YOU TIME STAMP THAT FOR US?

10:14AM  5          PROSPECTIVE JUROR:  I WOULD SAY IT WAS MORE THAN A

10:14AM  6   YEAR AGO.  I CAN'T SAY IT MUCH MORE ACCURATELY THAN THAT.

10:14AM  7          THE COURT:  OKAY.  AND IT SOUNDS LIKE YOU DID NOT

10:14AM  8   FOLLOW ANY OF THE CASE AGGRESSIVELY OR ANYTHING LIKE THAT?

10:14AM  9          PROSPECTIVE JUROR:  NO, I DID NOT.

10:14AM  10          THE COURT:  OKAY.  DO YOU HAVE ANY OTHER KNOWLEDGE

10:14AM  11   ABOUT THE CASE OTHER THAN WHAT YOU WERE EXPOSED TO ABOUT A YEAR

10:14AM  12   AGO?

10:14AM  13          PROSPECTIVE JUROR:  I DO NOT.

10:14AM  14          THE COURT:  OKAY.  YOU HAVE NO IDEA WHAT HAPPENED IN

10:14AM  15   THE CASE OR ANYTHING ABOUT THIS CASE?

10:14AM  16          PROSPECTIVE JUROR:  NO.

10:14AM  17          THE COURT:  OKAY.  ALL RIGHT.

10:14AM  18       ANYTHING ELSE YOU -- ANY OTHER EXPOSURE OR ANYTHING ELSE

10:14AM  19   YOU THINK I SHOULD KNOW ABOUT OR WE SHOULD KNOW ABOUT?

10:14AM  20          PROSPECTIVE JUROR:  NOPE.

10:14AM  21          THE COURT:  LET ME ASK YOU THE QUESTION I ASKED YOUR

10:14AM  22   COLLEAGUE BEHIND YOU.  IS THERE ANYTHING ABOUT THE EXPOSURE

10:15AM  23   THAT YOU'VE HAD THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE

10:15AM  24   FAIR AND IMPARTIAL TO BOTH SIDES HERE?

10:15AM  25          PROSPECTIVE JUROR:  NO.

10:15AM 1          THE COURT:  OKAY.  CAN YOU BE FAIR TO THE DEFENSE?

10:15AM 2          PROSPECTIVE JUROR:  YES.

10:15AM 3          THE COURT:  AND ANY DOUBT IN YOUR MIND ABOUT THAT?

10:15AM 4          PROSPECTIVE JUROR:  NO.

10:15AM 5          THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

10:15AM 6          PROSPECTIVE JUROR:  YEP.

10:15AM 7          THE COURT:  AND ANY DOUBT IN YOUR MIND ABOUT THAT?

10:15AM 8          PROSPECTIVE JUROR:  NO.

10:15AM 9          THE COURT:  OKAY.  THANK YOU VERY MUCH, SIR.

10:15AM 10      AND I THINK YOUR COLLEAGUE NEXT TO YOU, 196; IS THAT

10:15AM 11  RIGHT?

10:15AM 12          PROSPECTIVE JUROR:  YEAH, THAT'S RIGHT.

10:15AM 13          THE COURT:  THANK YOU.  GOOD MORNING.

10:15AM 14          PROSPECTIVE JUROR:  HI.  SO MY EXPOSURE IS VERY

10:15AM 15  SIMILAR TO MY NEIGHBOR TO MY LEFT, EXCEPT THAT IT WAS A BIT

10:15AM 16  MORE RECENT.  IT WAS FROM THE JANUARY EVENTS.

10:15AM 17      I WON'T SAY THAT I KNOW THE FULL DETAILS OF EVERYTHING,

10:15AM 18  BUT, YOU KNOW, I DID SKIM THE ARTICLES AND I KIND OF KNOW THE

10:15AM 19  BASIC PREMISE OF WHAT HAPPENED.

10:15AM 20          THE COURT:  SO DID YOU -- OKAY.  ARE THESE ARTICLES

10:15AM 21  NEWSPAPER ARTICLES?

10:15AM 22          PROSPECTIVE JUROR:  THAT'S RIGHT.

10:15AM 23          THE COURT:  OKAY.  AND CAN YOU TELL ME THE NEWSPAPER

10:16AM 24  IF YOU RECALL IT?

10:16AM 25          PROSPECTIVE JUROR:  WELL, ACTUALLY IT'S THE

10:16AM  1    INTERNET, RIGHT?

10:16AM  2              THE COURT:  OH.

10:16AM  3              PROSPECTIVE JUROR:  IT'S CNN AND --

10:16AM  4              THE COURT:  I SEE.

10:16AM  5              PROSPECTIVE JUROR:  YEAH.

10:16AM  6              THE COURT:  AND THE MOST RECENT EXPOSURE WAS WHEN?

10:16AM  7              PROSPECTIVE JUROR:  JANUARY OF THIS YEAR.

10:16AM  8              THE COURT:  OKAY.  IN JANUARY.  ALL RIGHT.

10:16AM  9         AND PRIOR TO JANUARY, WHICH IS LAST YEAR, ISN'T IT, DID

10:16AM 10    YOU FOLLOW THE CASE OR RECEIVE INFORMATION ABOUT THE CASE?

10:16AM 11              PROSPECTIVE JUROR:  NOT REALLY.  ONLY ABOUT THE

10:16AM 12    COMPANY AND SUCH WHEN IT WAS --

10:16AM 13              THE COURT:  OKAY.  OKAY.

10:16AM 14         JUST WHAT WAS IN THE NEWS ABOUT THE COMPANY?

10:16AM 15              PROSPECTIVE JUROR:  THAT'S RIGHT.

10:16AM 16              THE COURT:  IS THIS SOMETHING THAT YOU READ EVERY

10:16AM 17    DAY?  EVERY WEEK?  WAS IT SOMETHING THAT YOU FOLLOWED?

10:16AM 18              PROSPECTIVE JUROR:  WHEN THE COMPANY --

10:16AM 19              THE COURT:  WHEN THE CASE WAS FIRST -- AS FAR AS

10:16AM 20    WHEN YOU GOT INFORMATION ABOUT THE CASE, IS THIS SOMETHING THAT

10:16AM 21    YOU CONTINUED TO KEEP AN INTEREST IN SUCH THAT YOU FOLLOWED IT?

10:16AM 22              PROSPECTIVE JUROR:  NOT ACTIVELY.

10:16AM 23              THE COURT:  OKAY.

10:16AM 24              PROSPECTIVE JUROR:  BUT IF IT SHOWED UP IN MY NEWS

10:16AM 25    FEED, I WOULD GO OVER IT.

10:16AM 1          THE COURT:  AND READ THE ARTICLE OR WHATEVER?

10:16AM 2          PROSPECTIVE JUROR:  YEAH.

10:17AM 3          THE COURT:  THAT'S WHAT THEY'RE CALLED, NEWS FEEDS,

10:17AM 4    AREN'T THEY?  THAT'S WHAT IT IS.  THANK YOU.

10:17AM 5          PROSPECTIVE JUROR:  SOMETIMES IF YOU READ A PIECE OF

10:17AM 6    NEWS, IT SHOWS YOU MORE ARTICLES RELATED TO THAT.

10:17AM 7          THE COURT:  IT SAYS READ MORE HERE AND YOU PUSH THE

10:17AM 8    BUTTON AND THEN SOMETHING ELSE COMES UP.

10:17AM 9       DID YOU DO THAT ON OCCASION?

10:17AM 10         PROSPECTIVE JUROR:  SOMETIMES, YEAH.

10:17AM 11         THE COURT:  ALL RIGHT.

10:17AM 12         PROSPECTIVE JUROR:  IF THE ARTICLE LOOKED

10:17AM 13   INTERESTING ENOUGH.

10:17AM 14         THE COURT:  RIGHT.

10:17AM 15      HAVE YOU WATCHED ANY OF -- YOU HEARD SOME OF YOUR

10:17AM 16   COLLEAGUES TALK ABOUT A TELEVISION SHOW.  HAVE YOU WATCHED ANY

10:17AM 17   TELEVISION SHOWS ABOUT THIS?

10:17AM 18         PROSPECTIVE JUROR:  I HAVE SEEN THE ADVERTISEMENTS

10:17AM 19   FOR IT, BUT I HAVEN'T SEEN THE SHOWS THEMSELVES.

10:17AM 20         THE COURT:  OKAY.  ALL RIGHT.

10:17AM 21      LET ME ASK YOU THE QUESTION THAT I ASKED YOUR COLLEAGUES.

10:17AM 22   IS THERE ANYTHING ABOUT WHAT YOU'VE READ, LISTENED TO, OR BEEN

10:17AM 23   EXPOSED TO THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR

10:17AM 24   AND IMPARTIAL TO BOTH SIDES HERE?

10:17AM 25         PROSPECTIVE JUROR:  I WOULD LIKE TO SAY I HAVE A

10:17AM 1      FORM OF -- I HAVE FORMED AN OPINION IN MY HEAD.

10:18AM 2              THE COURT:  OKAY.  AND IS THIS SOMETHING THAT YOU

10:18AM 3      THINK WOULD BENEFIT FROM PRIVATE CONVERSATION?

10:18AM 4              PROSPECTIVE JUROR:  MAYBE, YEAH.  SURE.

10:18AM 5              THE COURT:  OKAY.  OKAY.

10:18AM 6          YOU HEARD ME TALK ABOUT DECIDING THIS CASE ONLY ON THE

10:18AM 7      EVIDENCE IN THIS COURTROOM.

10:18AM 8          DO YOU THINK THAT'S SOMETHING THAT YOU COULD DO

10:18AM 9      NOTWITHSTANDING EVERYTHING THAT YOU'VE SEEN?

10:18AM 10             PROSPECTIVE JUROR:  I COULD, YEAH.

10:18AM 11             THE COURT:  OKAY.

10:18AM 12             PROSPECTIVE JUROR:  BUT I'M NOT SURE HOW THAT MIGHT

10:18AM 13     SWAY.

10:18AM 14             THE COURT:  YOU THINK YOU MIGHT HAVE AN OPINION

10:18AM 15     BASED ON EVERYTHING -- ON YOUR EXPOSURE?

10:18AM 16             PROSPECTIVE JUROR:  YEAH.

10:18AM 17             THE COURT:  OKAY.  AND IF THE, IF THE INSTRUCTIONS

10:18AM 18     WERE TO -- MY INSTRUCTIONS, IF THE LAW WAS YOU MAY NOT CONSIDER

10:18AM 19     ANYTHING ELSE, YOU MAY ONLY CONSIDER THE EVIDENCE THAT YOU

10:18AM 20     HEARD, SAW, OR WERE EXPOSED TO IN THE COURTROOM, IS THAT

10:18AM 21     SOMETHING THAT YOU COULD DO?

10:19AM 22             PROSPECTIVE JUROR:  YEAH, I THINK SO.

10:19AM 23             THE COURT:  COULD YOU PUT ASIDE WHAT YOU TOLD ME YOU

10:19AM 24     JUST SAW, THE ARTICLES OF CNN, THE ARTICLES AND ALL OF THOSE

10:19AM 25     THINGS?

10:19AM  1          PROSPECTIVE JUROR:  I THINK SO, YEAH.

10:19AM  2          THE COURT:  OKAY.  HAVE YOU EVER HAD TO DO THAT

10:19AM  3     BEFORE, THIS EXERCISE BEFORE?

10:19AM  4          PROSPECTIVE JUROR:  NO, I HAVE NOT.

10:19AM  5          THE COURT:  NOT MANY PEOPLE HAVE.  IT'S AN

10:19AM  6     INTERESTING CONCEPT, ISN'T IT?  BUT IT'S AN IMPORTANT ONE, A

10:19AM  7     VITALLY CRITICAL ONE, AND THAT'S WHY I'M SPENDING THE TIME,

10:19AM  8     YOUR TIME THIS MORNING TALKING ABOUT THIS.

10:19AM  9          SO WHAT WE DO IS I ASK YOU TO -- I UNDERSTAND YOU'VE HAD

10:19AM 10     EXPOSURE, BUT YOU HAVE TO FORGET ALL ABOUT THAT AND PUT IT

10:19AM 11     ASIDE AND LISTEN TO THIS CASE ONLY ON THE EVIDENCE HERE.

10:19AM 12          AND YOU HEARD YOUR COLLEAGUES TALK ABOUT, WELL, I HAD SOME

10:19AM 13     EXPOSURE, AND I THINK I UNDERSTAND THE JOB OF A JUROR IS TO NOT

10:19AM 14     EVEN THINK ABOUT THAT.

10:19AM 15          IT MAY BE IN THE COURSE OF THE TRIAL YOU MIGHT HEAR

10:19AM 16     SOMETHING, IF YOU'RE SELECTED AS A JUROR, YOU MIGHT HEAR

10:19AM 17     SOMETHING THAT TRIGGERS "I THINK I SAW THAT OR READ SOMETHING

10:20AM 18     ABOUT THAT."

10:20AM 19          AND THE JUROR'S TASK IS TO PARSE THAT, SEPARATE THAT.

10:20AM 20     THAT'S NOT WHAT YOU MAKE A DECISION ON IS AN ARTICLE THAT

10:20AM 21     SOMEBODY WHO WROTE HUNDREDS OF MILES AWAY WHO MAY NOT HAVE BEEN

10:20AM 22     IN THE COURTROOM WHO IS SHARING THEIR OPINION.

10:20AM 23          BUT THE JUROR'S JOB IS TO DECIDE THE EVIDENCE.  YOU KNOW

10:20AM 24     WHAT A JUROR IS?  JURORS ARE ACTUALLY JUDGES.  YOU'RE A JUDGE.

10:20AM 25     YOU ARE THE JUDGES OF THE FACTS OF THE CASE.  YOU GET TO DECIDE

745

```
10:20AM   1    WHAT HAPPENED.  YOU, AS JURORS, GET TO MAKE DECISIONS ON
10:20AM   2    CREDIBILITY, DO I BELIEVE THIS WITNESS OR NOT?  DO I BELIEVE
10:20AM   3    SOME OF WHAT THIS WITNESS SAID, ALL OF WHAT THEY SAID, OR PART
10:20AM   4    OF IT?  YOU GET TO MAKE THOSE DECISIONS, SO YOU ARE THE JUDGES
10:20AM   5    OF THE FACTS OF THE CASE.
10:20AM   6         YOU APPLY THE LAW THAT I GIVE TO YOU TO THE FACTS THAT
10:20AM   7    YOU, THE JURORS, FIND THEM.  THAT'S A BIG DEAL.  AND THAT'S WHY
10:21AM   8    I'M SPENDING THIS TIME TRYING TO IMPRESS UPON YOU THE
10:21AM   9    IMPORTANCE OF MAKING A DECISION ONLY ON THE EVIDENCE IN THIS
10:21AM  10    COURTROOM AND NOT OUTSIDE.
10:21AM  11         THANK YOU FOR GIVING ME, AGAIN, THE OPPORTUNITY TO DO
10:21AM  12    THIS.
10:21AM  13              PROSPECTIVE JUROR:  SURE.
10:21AM  14              THE COURT:  ANY QUESTION ABOUT ANYTHING THAT I'VE
10:21AM  15    ASKED YOU OR ANY OTHER COMMENT THAT YOU WANT TO MAKE?
10:21AM  16              PROSPECTIVE JUROR:  IT'S JUST -- I MEAN, IT'S JUST
10:21AM  17    TAUGHT IN MY HEAD ABOUT HOW YOU -- I SAID I HAD FORMED AN
10:21AM  18    OPINION.
10:21AM  19              THE COURT:  YES.
10:21AM  20              PROSPECTIVE JUROR:  AND YOU SAID I HAVE TO TRY TO
10:21AM  21    LISTEN TO THE ARGUMENTS PRESENTED HERE TO BASE MY DECISION.
10:21AM  22         I'M JUST NOT SURE HOW -- IF I WOULD BE ABLE TO OR HOW I
10:21AM  23    WOULD BE ABLE TO DO THAT.
10:21AM  24              THE COURT:  SURE.
10:21AM  25              PROSPECTIVE JUROR:  I JUST HAVE THAT CONCERN IN MY
```

10:21AM   1     HEAD.

10:21AM   2              THE COURT:  NO.  THANK YOU FOR THAT.

10:21AM   3          IS THIS YOUR FIRST JURY SERVICE?

10:21AM   4              PROSPECTIVE JUROR:  YES, IT IS.

10:21AM   5              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:21AM   6              PROSPECTIVE JUROR:  SURE.

10:21AM   7              THE COURT:  WAS THERE ANOTHER HAND?  YES, YOUR

10:21AM   8     NEIGHBOR.

10:22AM   9          IS THAT 195?

10:22AM  10              PROSPECTIVE JUROR:  195.

10:22AM  11              THE COURT:  YES.  GOOD MORNING.

10:22AM  12              PROSPECTIVE JUROR:  SIMILAR TO MY NEIGHBORS.  I'VE

10:22AM  13     SEEN ARTICLES, HEADLINES ON THINGS LIKE REDDIT AND SEEN COMMON

10:22AM  14     THREADS PROBABLY THREE TO SIX MONTHS AGO, NOTHING RECENT, AND I

10:22AM  15     DON'T REALLY REMEMBER ANY OF THE DETAILS.

10:22AM  16              THE COURT:  OKAY.

10:22AM  17          DO YOU KNOW ANYTHING ABOUT OUTCOMES OF ANYTHING INVOLVED

10:22AM  18     IN THIS CASE?

10:22AM  19              PROSPECTIVE JUROR:  NO.

10:22AM  20              THE COURT:  OKAY.  IT SOUNDS LIKE YOU HAVE NOT

10:22AM  21     WATCHED ANY OF THESE TELEVISION PROGRAMS?

10:22AM  22              PROSPECTIVE JUROR:  NO.

10:22AM  23              THE COURT:  I SEE.

10:22AM  24          IS THERE ANYTHING ABOUT YOUR EXPOSURE THAT YOU THINK WOULD

10:22AM  25     AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES?

10:22AM 1          PROSPECTIVE JUROR:  JUST BASED OFF OF THE, I GUESS

10:22AM 2    WHAT I CAN KIND OF REMEMBER, LIKE NOTHING IN PARTICULAR, BUT

10:22AM 3    THE PERCEPTION OF WHAT OTHER PEOPLE'S OPINIONS OF WHAT I READ

10:23AM 4    AND WHAT PEOPLE WERE KIND OF SAYING ABOUT IT, SO --

10:23AM 5          THE COURT:  WOULD YOU -- WOULD THOSE -- WOULD YOU BE

10:23AM 6    ABLE TO DIVORCE THOSE OPINIONS OF OTHERS --

10:23AM 7          PROSPECTIVE JUROR:  YES.

10:23AM 8          THE COURT:  -- FROM YOUR OPINION AS A JUROR IN THIS

10:23AM 9    CASE?

10:23AM 10          PROSPECTIVE JUROR:  YES.

10:23AM 11          THE COURT:  DO YOU UNDERSTAND THAT TASK?

10:23AM 12          PROSPECTIVE JUROR:  UH-HUH.

10:23AM 13          THE COURT:  RIGHT.  SO THAT'S THE QUESTION IS, WOULD

10:23AM 14    YOU BE ABLE TO SEPARATE THOSE THINGS AND DECIDE THIS CASE ONLY

10:23AM 15    ON THE EVIDENCE THAT YOU HEAR, SEE, AND LEARN ABOUT IN THIS

10:23AM 16    TRIAL?

10:23AM 17          PROSPECTIVE JUROR:  YES.

10:23AM 18          THE COURT:  DO YOU THINK YOU WOULD HAVE DIFFICULTY

10:23AM 19    DOING THAT?

10:23AM 20          PROSPECTIVE JUROR:  I DON'T THINK SO.

10:23AM 21          THE COURT:  OKAY.  CAN YOU BE FAIR TO MR. BALWANI

10:23AM 22    AND HIS SIDE?

10:23AM 23          PROSPECTIVE JUROR:  YES.

10:23AM 24          THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

10:23AM 25          PROSPECTIVE JUROR:  YES.

10:23AM 1          THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

10:23AM 2          PROSPECTIVE JUROR:  NO.

10:23AM 3          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH.

10:23AM 4   THANK YOU.

10:23AM 5       YES.  IS THIS 206?

10:23AM 6          PROSPECTIVE JUROR:  207.

10:23AM 7          THE COURT:  207.  THANK YOU.

10:23AM 8          PROSPECTIVE JUROR:  GOOD MORNING.

10:23AM 9       I HAVE SOME EXPOSURE -- I'VE HAD SOME EXPOSURE TO THERANOS

10:23AM 10  AND FOUNDERS SINCE ACTUALLY THE BEGINNING OF THE COMPANY

10:23AM 11  BECAUSE IT WAS QUITE, YOU KNOW, PUBLICLY DISCUSSED AND I WORK

10:24AM 12  IN TECH AND IT WAS AN INTERESTING TOPIC.

10:24AM 13         THE COURT:  YOU READ ARTICLES?

10:24AM 14         PROSPECTIVE JUROR:  ARTICLES AND RADIO SHOWS AND

10:24AM 15  PROFILING OF ELIZABETH HOLMES AND SO ON.

10:24AM 16         THE COURT:  OKAY.  ALL RIGHT.

10:24AM 17         PROSPECTIVE JUROR:  AND BASICALLY AFTER THE

10:24AM 18  COMPANY'S DEMISE, I DIDN'T FOLLOW UP ON THE CASE.

10:24AM 19         THE COURT:  OKAY.

10:24AM 20         PROSPECTIVE JUROR:  AND THEN WHAT I'VE HEARD

10:24AM 21  PREVIOUSLY AND JUST ADVERTISEMENTS ON THE NEW SHOW EVERYWHERE

10:24AM 22  AND ON FACEBOOK, ET CETERA.

10:24AM 23      AND ALSO I'VE HEARD ABOUT THE TRIAL OF ELIZABETH HOLMES.

10:24AM 24         THE COURT:  DID YOU HEAR ABOUT THE OUTCOME OF THAT

10:24AM 25  TRIAL OR ANYTHING ABOUT THAT?

10:24AM 1          PROSPECTIVE JUROR:  I DIDN'T FOLLOW IT.  I JUST

10:24AM 2    HEARD THAT IT HAPPENED.  I DIDN'T FOLLOW IT ALL OF THE WAY.

10:24AM 3          THE COURT:  OKAY.  YOU DIDN'T FOLLOW IT?

10:24AM 4          PROSPECTIVE JUROR:  YEAH.

10:24AM 5          THE COURT:  AND HOW -- WHAT IS YOUR MOST RECENT

10:24AM 6    EXPOSURE TO THAT CASE, SIR?

10:24AM 7          PROSPECTIVE JUROR:  IT'S CONSTANT ADVERTISEMENT ON

10:24AM 8    FACEBOOK OF THE SHOW "THE DROPOUT" I BELIEVE.

10:24AM 9          THE COURT:  OKAY.  I SEE.  BUT YOU HAVE NOT WATCHED

10:24AM 10   THE SHOW?

10:25AM 11         PROSPECTIVE JUROR:  NO, I DIDN'T.

10:25AM 12         THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THAT

10:25AM 13   EXPOSURE THAT YOU'VE TOLD US ABOUT THAT YOU THINK WILL AFFECT

10:25AM 14   YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

10:25AM 15         PROSPECTIVE JUROR:  I DON'T THINK IT WILL AFFECT MY

10:25AM 16   POSITION.

10:25AM 17         THE COURT:  OKAY.  YOU HEARD ME TALK ABOUT THE

10:25AM 18   UNIVERSE OF EVIDENCE THAT IS REQUIRED, AND THAT'S THE ONLY

10:25AM 19   EVIDENCE THAT THE JURY CAN CONSIDER IN THEIR DECISION.

10:25AM 20      DO YOU THINK THAT YOU COULD DO THAT IF YOU'RE SEATED AS A

10:25AM 21   JUROR IN THIS CASE?

10:25AM 22         PROSPECTIVE JUROR:  YES, I THINK I CAN.

10:25AM 23         THE COURT:  OKAY.  ALL RIGHT.

10:25AM 24      CAN YOU BE FAIR TO MR. BALWANI AND HIS SIDE?

10:25AM 25         PROSPECTIVE JUROR:  YES.

| | | |
|---|---|---|
| 10:25AM | 1 | THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT AND |
| 10:25AM | 2 | THEIR SIDE? |
| 10:25AM | 3 | PROSPECTIVE JUROR:  YES, I CAN. |
| 10:25AM | 4 | THE COURT:  DO YOU HAVE ANY DOUBTS ABOUT THAT IN |
| 10:25AM | 5 | YOUR MIND, SIR? |
| 10:25AM | 6 | PROSPECTIVE JUROR:  NO. |
| 10:25AM | 7 | THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH. |
| 10:25AM | 8 | THANK YOU. |
| 10:25AM | 9 | PROSPECTIVE JUROR:  HI AGAIN. |
| 10:25AM | 10 | THE COURT:  YOU'RE. |
| 10:25AM | 11 | PROSPECTIVE JUROR:  222. |
| 10:26AM | 12 | THE COURT:  OKAY. |
| 10:26AM | 13 | PROSPECTIVE JUROR:  MY EXPOSURE IS I WATCH THE LOCAL |
| 10:26AM | 14 | NEWS EVERY MORNING WHEN I GET UP BEFORE MY DAUGHTER MAKES ME |
| 10:26AM | 15 | TURN IT TO SHE-RA, AND SO I DID SEE ALL OF THE LOCAL NEWS |
| 10:26AM | 16 | COVERAGE OF THE ELIZABETH HOLMES TRIAL. |
| 10:26AM | 17 | THE COURT:  OKAY.  ALL RIGHT.  AND WHAT IS THE MOST |
| 10:26AM | 18 | RECENT NEWS THAT YOU WATCH, NOT WHAT YOU WATCHED, BUT DATE AND |
| 10:26AM | 19 | TIME STAMP IT FOR ME. |
| 10:26AM | 20 | PROSPECTIVE JUROR:  THE MOST RECENT NEWS? |
| 10:26AM | 21 | THE COURT:  YES. |
| 10:26AM | 22 | PROSPECTIVE JUROR:  THIS MORNING. |
| 10:26AM | 23 | THE COURT:  THIS MORNING.  ALL RIGHT.  THANK YOU |
| 10:26AM | 24 | VERY MUCH, THANK YOU. |
| 10:26AM | 25 | WHO ELSE? |

10:26AM  1            PROSPECTIVE JUROR:  JUROR NUMBER 221, AND I BELIEVE

10:26AM  2    IT WAS SOMETIME DURING THE PANDEMIC OR MAYBE SOMETIME IN 2020,

10:26AM  3    WHAT I WATCHED WAS EITHER ON HBO OR "20/20."  I'M NOT SURE.

10:26AM  4            THE COURT:  OKAY.

10:26AM  5            PROSPECTIVE JUROR:  BUT IT WAS PRIMARILY BASED ON

10:26AM  6    ELIZABETH HOLMES, AND I DON'T REALLY REMEMBER ANYTHING OTHER

10:26AM  7    THAN THAT.

10:26AM  8            THE COURT:  OKAY.  AND IS THAT YOUR LAST EXPOSURE TO

10:26AM  9    ANYTHING ABOUT THIS CASE?

10:27AM 10            PROSPECTIVE JUROR:  THAT IS CORRECT.

10:27AM 11            THE COURT:  OKAY.  ANYTHING ABOUT THAT EXPOSURE THAT

10:27AM 12    YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO

10:27AM 13    BOTH SIDES HERE?

10:27AM 14            PROSPECTIVE JUROR:  I WOULD SAY NO.

10:27AM 15            THE COURT:  OKAY.  CAN YOU BE FAIR TO MR. BALWANI?

10:27AM 16            PROSPECTIVE JUROR:  YES.

10:27AM 17            THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

10:27AM 18            PROSPECTIVE JUROR:  YES.

10:27AM 19            THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

10:27AM 20            PROSPECTIVE JUROR:  NO.

10:27AM 21            THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU.

10:27AM 22         WHO WAS NEXT?  YES.

10:27AM 23            PROSPECTIVE JUROR:  JUROR 216.

10:27AM 24            THE COURT:  YES.

10:27AM 25            PROSPECTIVE JUROR:  I THINK MAYBE THROUGHOUT

10:27AM 1    THERANOS'S EXISTENCE OR ITS DEMISE, I KNOW I'VE HEARD A HANDFUL

10:27AM 2    OF NPR OR AMERICAN PUBLIC MEDIA MARKETPLACE STORIES ON THE

10:27AM 3    COMPANY OR ITS FOUNDER, ELIZABETH HOLMES.

10:27AM 4        I KNOW I HAVE MAYBE READ AN ARTICLE OR TWO ON CNN OVER THE

10:27AM 5    LAST WHO KNOWS HOW MANY MONTHS OR YEARS.

10:27AM 6        I KNOW I SAW A CNN HEADLINE ABOUT THIS CASE LAST NIGHT

10:27AM 7    THAT I SCROLLED PAST.

10:27AM 8        I DID FIND MYSELF IN A CATCH 22 THE DAY WE FILLED OUT OUR

10:28AM 9    JUROR SURVEYS WHERE I WENT HOME AND TOLD MY WIFE, WHO KNEW I

10:28AM 10   HAD JURY DUTY, THAT I FILLED OUT A SURVEY AND I WASN'T GOING TO

10:28AM 11   TALK ABOUT THE CASE.

10:28AM 12       WE THEN SAT DOWN TO WATCH T.V. AND THE "LAW AND ORDER"

10:28AM 13   EPISODE WAS A FANTASTICAL RETELLING OF A VERSION OF THERANOS,

10:28AM 14   ELIZABETH HOLMES, AND THE DEFENDANT FOR THIS CASE.

10:28AM 15       SO I DIDN'T WANT TO SAY:  LET'S NOT WATCH THIS FOR REASONS

10:28AM 16   I CAN'T TELL YOU ABOUT RIGHT NOW," KNOWING THAT IT WAS GOING TO

10:28AM 17   TAKE THE HEADLINE AND THEN MAKE IT SOMETHING VERY DIFFERENT AS

10:28AM 18   THE SHOW DOES.

10:28AM 19       I HAVE ALSO SEEN THE COMMERCIALS FOR THE HULU SHOW AND THE

10:28AM 20   BILLBOARDS FOR IT, AND I HAVE NOT WATCHED IT.

10:28AM 21           THE COURT:  OKAY.  DID YOU WATCH THE "LAW AND" --

10:28AM 22           PROSPECTIVE JUROR:  THE "LAW AND ORDER" EPISODE,

10:28AM 23   YES.

10:28AM 24           THE COURT:  YES.  AND THAT'S AN ENTERTAINMENT

10:28AM 25   TELEVISION BASED MADE FOR T.V.

```
10:28AM   1              PROSPECTIVE JUROR:  YES, TAKE THE HEADLINE AND MAKE

10:28AM   2    SOMETHING FANTASTICAL OUT OF IT.

10:28AM   3              THE COURT:  ALL RIGHT.  THANK YOU.

10:28AM   4        ANYTHING ELSE?

10:28AM   5              PROSPECTIVE JUROR:  NO, SIR.

10:29AM   6              THE COURT:  ANYTHING ABOUT THOSE EXPOSURES THAT YOU

10:29AM   7    THINK WILL IMPAIR YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH

10:29AM   8    SIDES?

10:29AM   9              PROSPECTIVE JUROR:  NO, SIR.

10:29AM  10              THE COURT:  CAN YOU BE FAIR TO MR. BALWANI?

10:29AM  11              PROSPECTIVE JUROR:  YES.

10:29AM  12              THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

10:29AM  13              PROSPECTIVE JUROR:  NO.

10:29AM  14              THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

10:29AM  15              PROSPECTIVE JUROR:  YES.

10:29AM  16              THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

10:29AM  17              PROSPECTIVE JUROR:  NO.

10:29AM  18              THE COURT:  WILL YOU, IF YOU'RE SEATED AS A JUROR,

10:29AM  19    WILL YOU, EXCUSE ME, DECIDE THIS CASE SOLELY ON THE UNIVERSE OF

10:29AM  20    THE INFORMATION THAT YOU RECEIVE IN THIS COURTROOM AND NOT ON

10:29AM  21    ANYTHING ELSE?

10:29AM  22              PROSPECTIVE JUROR:  YES.

10:29AM  23              THE COURT:  IS THAT SOMETHING THAT YOU CAN DO?

10:29AM  24              PROSPECTIVE JUROR:  YES.

10:29AM  25              THE COURT:  OKAY.  THANK YOU VERY MUCH.
```

10:29AM 1          IF YOU WOULD PASS IT TO -- YES, AND YOU ARE?

10:29AM 2              PROSPECTIVE JUROR:  210.

10:29AM 3              THE COURT:  210.  THANK YOU.  GOOD MORNING.

10:29AM 4              PROSPECTIVE JUROR:  SO I THINK WHEN I FILLED OUT THE

10:29AM 5     QUESTIONNAIRE I WAS THINKING OF THE DEFENDANT'S LAST NAME AND I

10:29AM 6     DIDN'T PAY TOO MUCH ATTENTION TO ELIZABETH HOLMES.

10:29AM 7          BUT THEN AFTER I FILLED OUT THE FORM, I REALIZED THAT,

10:29AM 8     BEING PART OF THE TECH INDUSTRY, MORE THAN THE THERANOS CASE

10:30AM 9     ABOUT EIGHT OR NINE YEARS AGO, I USED TO FOLLOW

10:30AM 10    ELIZABETH HOLMES.

10:30AM 11         SO I FEEL LIKE I WAS MORE OF A FAN OF HERS, HER BEING THE

10:30AM 12    WOMAN OR WHATEVER.

10:30AM 13             THE COURT:  AND WHAT DID YOU READ -- OR EXCUSE ME,

10:30AM 14    NOT WHAT YOU READ, BUT WHERE?  DID YOU READ THIS ON THE

10:30AM 15    INTERNET?  DID YOU FOLLOW T.V. SHOWS?

10:30AM 16             PROSPECTIVE JUROR:  NO, I DON'T WATCH T.V. SHOWS,

10:30AM 17    BUT IT'S COMING ON YAHOO.  AND WHEN YOU HAVE YOUR LAPTOP IN

10:30AM 18    FRONT OF YOU TEN HOURS A DAY, SOMETHING POPS UP.

10:30AM 19             THE COURT:  YES.

10:30AM 20             PROSPECTIVE JUROR:  AND SO I READ MORE THAN OTHER

10:30AM 21    CASES, OR NOT CASES, BUT ABOUT THE PERSON.

10:30AM 22             THE COURT:  OKAY.

10:30AM 23             PROSPECTIVE JUROR:  SO I DID KNOW ABOUT THE PREVIOUS

10:30AM 24    CASE VERDICT, AND SO --

10:30AM 25             THE COURT:  SO LET ME ASK YOU, WHAT IS THE MOST

10:30AM 1     RECENT EXPOSURE THAT YOU'VE HEARD ABOUT?

10:30AM 2               PROSPECTIVE JUROR:  THE RECENT NEWS I HEARD ABOUT --

10:30AM 3               THE COURT:  NO.  TIME STAMP THAT FOR ME.

10:31AM 4               PROSPECTIVE JUROR:  WHEN THE LAST VERDICT HAPPENED.

10:31AM 5               THE COURT:  OKAY.  SO YOU -- THE LAST TIME YOU HEARD

10:31AM 6     SOMETHING ABOUT THIS CASE WAS LAST YEAR?  THIS YEAR?

10:31AM 7               PROSPECTIVE JUROR:  PROBABLY LAST YEAR.

10:31AM 8               THE COURT:  LAST YEAR.  OKAY.  ALL RIGHT.

10:31AM 9          LET ME ASK YOU, IS THERE ANYTHING ABOUT YOUR EXPOSURE,

10:31AM 10    THAT EXPOSURE, THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE

10:31AM 11    FAIR TO BOTH SIDES?

10:31AM 12              PROSPECTIVE JUROR:  I THINK SO.

10:31AM 13              THE COURT:  OKAY.  IS THIS SOMETHING THAT YOU'D LIKE

10:31AM 14    TO TALK ABOUT PRIVATELY?

10:31AM 15              PROSPECTIVE JUROR:  YEAH.

10:31AM 16              THE COURT:  OKAY.  WE CAN DO THAT.  THANK YOU.

10:31AM 17         GOOD MORNING.

10:31AM 18              PROSPECTIVE JUROR:  GOOD MORNING.  MY NUMBER IS 209.

10:31AM 19              THE COURT:  209.  YES.

10:31AM 20              PROSPECTIVE JUROR:  ACTUALLY, I USED TO WORK FOR

10:31AM 21    MEDICAL DEVICE, AND THAT'S WHY I HEARD ABOUT THE NAME OF

10:31AM 22    THERANOS, LIKE, MANY YEARS AGO.  BUT LIKE, RECENTLY IS LAST

10:31AM 23    YEAR WHEN THE ELIZABETH HOLMES CASE OPENED, I FOLLOWED THE

10:32AM 24    CASE.

10:32AM 25              THE COURT:  YOU FOLLOWED THE CASE?

| | | |
|---|---|---|
| 10:32AM | 1 | PROSPECTIVE JUROR:  CORRECT. |
| 10:32AM | 2 | THE COURT:  AND TELL ME WHAT YOU DID TO FOLLOW THE |
| 10:32AM | 3 | CASE.  DID YOU READ NEWSPAPERS?  HEAR IT ON THE RADIO? |
| 10:32AM | 4 | PROSPECTIVE JUROR:  I DID A LOT OF GOOGLE SEARCH |
| 10:32AM | 5 | ABOUT ELIZABETH HOLMES, AND SAME THING LIKE MR. BALWANI.  SO, |
| 10:32AM | 6 | YEAH. |
| 10:32AM | 7 | THE COURT:  OKAY.  AND HOW MANY TIMES DID YOU DO |
| 10:32AM | 8 | THAT? |
| 10:32AM | 9 | PROSPECTIVE JUROR:  I DID ALMOST EVERY DAY. |
| 10:32AM | 10 | THE COURT:  I SEE.  UH-HUH. |
| 10:32AM | 11 | AND WHEN WAS THE LAST TIME YOU DID THAT? |
| 10:32AM | 12 | PROSPECTIVE JUROR:  LAST TIME -- |
| 10:32AM | 13 | THE COURT:  JUST TELL ME WHEN, LAST YEAR OR THIS |
| 10:32AM | 14 | YEAR. |
| 10:32AM | 15 | PROSPECTIVE JUROR:  THIS YEAR WHEN |
| 10:32AM | 16 | ELIZABETH HOLMES -- |
| 10:32AM | 17 | THE COURT:  OKAY.  ALL RIGHT.  THANK YOU. |
| 10:32AM | 18 | ANYTHING ABOUT THAT EXPERIENCE, YOUR INFORMATION THAT YOU |
| 10:32AM | 19 | RECEIVED THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR TO |
| 10:32AM | 20 | BOTH SIDES HERE? |
| 10:32AM | 21 | PROSPECTIVE JUROR:  TO BE HONEST, I READ ALL OF THE |
| 10:32AM | 22 | NEGATIVE INFORMATION ABOUT IT, SO IT MIGHT AFFECT ME. |
| 10:32AM | 23 | THE COURT:  OKAY.  OKAY.  ALL RIGHT.  THANK YOU. |
| 10:32AM | 24 | ALL RIGHT.  WHO IS NEXT?  BEHIND YOU. |
| 10:33AM | 25 | PROSPECTIVE JUROR:  JUROR 225. |

10:33AM 1        THE COURT:  YES.

10:33AM 2        PROSPECTIVE JUROR:  I WASN'T SURE BY SAYING NOTHING

10:33AM 3   IF THAT MADE ME LOOK WORSE, SO I JUST WANTED TO OWN UP TO WHAT

10:33AM 4   I WROTE AND THAT'S ABOUT IT.

10:33AM 5        PREDOMINANTLY ONLY READ HEADLINES ABOUT THE CASE, THE ONE

10:33AM 6   REGARDING THE FEMALE.

10:33AM 7        THE COURT:  OKAY.

10:33AM 8        PROSPECTIVE JUROR:  BUT I ONLY REMEMBER, LIKE,

10:33AM 9   READING HEADLINES AND KNOWING WHAT THE OUTCOME WAS OF THAT

10:33AM 10  TRIAL.

10:33AM 11       THE COURT:  OKAY.  AND HOW LONG -- SO THAT WAS SOME

10:33AM 12  TIME AGO, WAS IT?

10:33AM 13       PROSPECTIVE JUROR:  I WORKED 200 HOURS OF OVERTIME

10:33AM 14  LAST MONTH, SO I HONESTLY CAN'T TELL YOU.  WHENEVER THAT

10:33AM 15  HEADLINE CAME OUT, I REMEMBER SEEING IT.

10:33AM 16       BUT I DON'T THINK IT WOULD IMPAIR MY JUDGMENT OR MY

10:33AM 17  ABILITY TO BE IMPARTIAL.

10:33AM 18       THE COURT:  OKAY.  THANK YOU.

10:33AM 19       YOU HAVE NOT WATCHED THIS TELEVISION SHOW OR THE HULU SHOW

10:33AM 20  OR ANYTHING OF THAT?

10:33AM 21       PROSPECTIVE JUROR:  I WATCH A LOT OF NETFLIX, BUT

10:33AM 22  NOT ANY OF THAT.

10:33AM 23       THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

10:33AM 24       DO YOU HAVE ANY DOUBT IN YOUR MIND AS TO WHETHER YOU COULD

10:33AM 25  BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

10:34AM   1          PROSPECTIVE JUROR:  I HAVE NO DOUBTS.

10:34AM   2          THE COURT:  YOU COULD BE FAIR TO MR. BALWANI?

10:34AM   3          PROSPECTIVE JUROR:  YES.

10:34AM   4          THE COURT:  YOU COULD BE FAIR TO THE GOVERNMENT?

10:34AM   5          PROSPECTIVE JUROR:  YES.

10:34AM   6          THE COURT:  NO DOUBT IN YOUR MIND ABOUT THOSE?

10:34AM   7          PROSPECTIVE JUROR:  NO.

10:34AM   8          THE COURT:  OKAY.  THANK YOU.

10:34AM   9          PROSPECTIVE JUROR:  GOOD MORNING.

10:34AM   10         THE COURT:  YES.

10:34AM   11         PROSPECTIVE JUROR:  JUROR 237.

10:34AM   12     I DIDN'T PUT THIS ON MY QUESTIONNAIRE BECAUSE I DIDN'T

10:34AM   13  KNOW WHO IT WAS, BUT NOW LISTENING TO EVERYBODY HERE, I'M

10:34AM   14  THINKING ABOUT IT SINCE I WENT HOME FROM LAST WEEK.

10:34AM   15     IS ELIZABETH HOLMES THE BLONDE LADY THAT WAS ON THE NEWS

10:34AM   16  MAYBE SEVERAL YEARS AGO?

10:34AM   17         THE COURT:  WELL, LET ME -- SIR, YOU KNOW, I

10:34AM   18  APPRECIATE YOU WANTING TO ASK ME QUESTIONS.

10:34AM   19         PROSPECTIVE JUROR:  OH.

10:34AM   20         THE COURT:  BUT I, I -- THIS IS MY TURN TO ASK YOU

10:34AM   21  QUESTIONS.

10:34AM   22         PROSPECTIVE JUROR:  SORRY ABOUT THAT.

10:34AM   23         THE COURT:  NO, NO, NO APOLOGY IS NEEDED.

10:34AM   24     BUT THE QUESTION DOES INFORM MY QUESTION.

10:34AM   25     SO LET ME ASK YOU, HAVE YOU -- TELL ME TO THINK ABOUT THE

10:34AM   1    QUESTION.

10:34AM   2        HAVE YOU HEARD ANYTHING ABOUT ANYTHING ABOUT THIS CASE

10:34AM   3    THAT YOU RECALL?

10:35AM   4            PROSPECTIVE JUROR:  NO.  I JUST -- NEWS FEEDS, YOU

10:35AM   5    SEE THE FACE OF THE LADY.  BUT I NEVER -- IT REALLY NEVER

10:35AM   6    INTRIGUED ME, SO I DIDN'T PAY ATTENTION.

10:35AM   7            THE COURT:  OKAY.

10:35AM   8            PROSPECTIVE JUROR:  SO I WANT TO CLARIFY THAT I

10:35AM   9    HAVEN'T BEEN LIVING UNDER THE ROCK FOR THE LAST SEVERAL YEARS.

10:35AM  10            THE COURT:  WELL, SIR, I'M SURE YOU HAVE A LOT OF

10:35AM  11    OTHER THINGS ON YOUR PLATE AND OTHER THINGS THAT YOU'RE DOING

10:35AM  12    THAT AFFORD AND RESPECT YOUR TIME.

10:35AM  13        SO, NO, NO APOLOGY IS NECESSARY.  THANK YOU.

10:35AM  14        CAN YOU BE FAIR TO THE DEFENSE?

10:35AM  15            PROSPECTIVE JUROR:  YES.

10:35AM  16            THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

10:35AM  17            PROSPECTIVE JUROR:  YES.

10:35AM  18            THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

10:35AM  19            PROSPECTIVE JUROR:  NO.

10:35AM  20            THE COURT:  OKAY.  THANK YOU VERY MUCH.

10:35AM  21        ANYONE ELSE?  ANY OTHER RESPONSES?

10:35AM  22            PROSPECTIVE JUROR:  236.

10:35AM  23            THE COURT:  236, YES.

10:35AM  24            PROSPECTIVE JUROR:  SO THE ONLY THING I SAW WAS

10:35AM  25    LOCAL NEWS.

| | | |
|---|---|---|
| 10:35AM | 1 | THE COURT:  LOCAL NEWSPAPER?  RADIO? |
| 10:35AM | 2 | PROSPECTIVE JUROR:  T.V. NEWS. |
| 10:35AM | 3 | THE COURT:  T.V. NEWS.  OKAY. |
| 10:35AM | 4 | PROSPECTIVE JUROR:  AND SO THE ONLY THING I WANTED |
| 10:35AM | 5 | TO BRING UP IS THE LAST THING I HEARD FROM ELIZABETH HOLMES |
| 10:35AM | 6 | WAS -- |
| 10:35AM | 7 | THE COURT:  I DON'T WANT YOU TO TELL ME WHAT YOU |
| 10:36AM | 8 | HEARD ABOUT, BUT THIS IS FOR THE SOURCE OF THE INFORMATION. |
| 10:36AM | 9 | PROSPECTIVE JUROR:  OKAY. |
| 10:36AM | 10 | THE COURT:  AND THIS IS FROM LOCAL NEWS DID YOU SAY? |
| 10:36AM | 11 | PROSPECTIVE JUROR:  YES, LOCAL NEWS.  T.V. |
| 10:36AM | 12 | THE COURT:  I'M SORRY? |
| 10:36AM | 13 | PROSPECTIVE JUROR:  T.V. NEWS. |
| 10:36AM | 14 | THE COURT:  OKAY.  AND HOW LONG AGO WAS THAT? |
| 10:36AM | 15 | PROSPECTIVE JUROR:  IT MUST HAVE BEEN JANUARY, I |
| 10:36AM | 16 | GUESS. |
| 10:36AM | 17 | THE COURT:  OKAY.  AND THERE WAS A STORY, I GUESS, |
| 10:36AM | 18 | RUN ABOUT THE CASE? |
| 10:36AM | 19 | PROSPECTIVE JUROR:  A CLAIM.  A CLAIM. |
| 10:36AM | 20 | THE COURT:  A CLAIM. |
| 10:36AM | 21 | A CLAIM MADE ON THE NEWS YOU MEAN? |
| 10:36AM | 22 | PROSPECTIVE JUROR:  A CLAIM THAT ELIZABETH -- |
| 10:36AM | 23 | THE COURT:  DON'T.  I JUST WANT TO FIND OUT.  I'M |
| 10:36AM | 24 | TRYING TO PARSE WHAT IT IS. |
| 10:36AM | 25 | PROSPECTIVE JUROR:  YEAH, I MEAN, JUST JUDGMENT |

10:36AM 1  BASED ON THAT.

10:36AM 2          THE COURT:  I SEE.  OKAY.

10:36AM 3      WELL, LET ME ASK YOU, CAN YOU BE FAIR TO MR. BALWANI IN

10:36AM 4  THIS TRIAL IF YOU WERE SEATED AS A JUROR?

10:36AM 5          PROSPECTIVE JUROR:  YES.

10:36AM 6          THE COURT:  OKAY.  ANY DOUBT IN YOUR MIND ABOUT

10:36AM 7  THAT?

10:36AM 8          PROSPECTIVE JUROR:  SOMEWHAT.

10:36AM 9          THE COURT:  OKAY.  CAN YOU BE FAIR TO THE GOVERNMENT

10:36AM 10  HERE?

10:36AM 11          PROSPECTIVE JUROR:  SURE, YES.

10:36AM 12          THE COURT:  ANY DOUBT IN YOUR MIND ABOUT THAT?

10:36AM 13          PROSPECTIVE JUROR:  NO DOUBT.

10:37AM 14          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

10:37AM 15      ANY OTHER ANSWERS TO THIS?  I THINK I'VE TALKED TO

10:37AM 16  EVERYONE.  MAYBE ONE OR TWO PEOPLE.

10:37AM 17      OH, YES, I'M SORRY.  I INVITED YOU TO RAISE YOUR HAND.

10:37AM 18      JUROR NUMBER, IS THAT 184?

10:37AM 19          PROSPECTIVE JUROR:  CORRECT.

10:37AM 20      I JUST WANT TO, FOR COMPLETENESS, LET THE COURT KNOW THAT

10:37AM 21  I WAS GENERALLY EXPOSED TO MEDIA HEADLINES, BUT HAVE NOTHING

10:37AM 22  NEW TO REPORT THAT WASN'T IN THE RESPONSES TO MY JUROR

10:37AM 23  QUESTIONNAIRE.

10:37AM 24          THE COURT:  OKAY.  THANK YOU FOR THAT.

10:37AM 25      ANYTHING ABOUT THAT EXPOSURE THAT YOU BELIEVE WILL AFFECT

10:37AM 1    YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

10:37AM 2                PROSPECTIVE JUROR:  NO, YOUR HONOR.

10:37AM 3                THE COURT:  CAN YOU BE FAIR TO MR. BALWANI?

10:37AM 4                PROSPECTIVE JUROR:  YES, YOUR HONOR.

10:37AM 5                THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT?

10:37AM 6                PROSPECTIVE JUROR:  YES, YOUR HONOR.

10:37AM 7                THE COURT:  DO YOU HAVE ANY DOUBT IN YOUR MIND ABOUT

10:37AM 8    THOSE TWO QUESTIONS IN YOUR ANSWERS?

10:37AM 9                PROSPECTIVE JUROR:  NO.

10:37AM 10               THE COURT:  OKAY.  THANK YOU.  THANK YOU VERY MUCH.

10:38AM 11        NOW, IF YOU'RE SEATED AS A JUROR IN THIS CASE, YOU WILL BE

10:38AM 12   INSTRUCTED TO NOT READ, LISTEN TO MEDIA COVERAGE ABOUT THE

10:38AM 13   CASE.

10:38AM 14        AS I SAID EARLIER, THIS IS IMPORTANT BECAUSE THE JUROR'S

10:38AM 15   DECISION MUST BE FORMED ONLY ON THE EVIDENCE THAT IS RECEIVED

10:38AM 16   IN THIS COURTROOM AND NOT ON INFORMATION RECEIVED OUTSIDE OF

10:38AM 17   THE COURTHOUSE.

10:38AM 18        A JUROR WHO IS EXPOSED TO ANY OUTSIDE INFORMATION MUST

10:38AM 19   REPORT THAT EXPOSURE TO THE COURT, THAT MEANS TO ME OR MY

10:38AM 20   STAFF.  AND THIS MAY BE DIFFICULT AND CHALLENGING AS I WAS

10:38AM 21   TALKING ABOUT EARLIER.  I NOW KNOW THE TERM "NEWS FEEDS," THAT

10:38AM 22   PEOPLE HAVE THESE TYPES OF THINGS.

10:38AM 23        I'M ALSO INFORMED THAT THERE ARE WAYS TO DISABLE THESE,

10:38AM 24   AND THAT MIGHT BE SOMETHING THAT WE'LL TALK ABOUT AS WELL.

10:38AM 25        BUT LET ME ASK YOU, IF YOU'RE SEATED AS A JUROR IN THIS

10:38AM 1    CASE, WOULD YOU BE -- ARE YOU WILLING AND ABLE TO ABIDE BY THIS

10:38AM 2    ADMONITION, THAT IS, THAT YOU NOT DO ANY RESEARCH, COME ACROSS

10:38AM 3    ANY INFORMATION, DO ANY INDEPENDENT RESEARCH OR TRY TO GAIN ANY

10:39AM 4    INFORMATION OR DISCUSS THIS CASE WITH ANYONE?

10:39AM 5         ANYONE WHO CANNOT DO THAT?

10:39AM 6         I SEE NO HANDS.

10:39AM 7              PROSPECTIVE JUROR:  I JUST HAVE A QUESTION ABOUT

10:39AM 8    THAT.

10:39AM 9              THE COURT:  YES.  SURE.

10:39AM 10        JUROR NUMBER?

10:39AM 11             PROSPECTIVE JUROR:  185.

10:39AM 12             THE COURT:  YES.

10:39AM 13             PROSPECTIVE JUROR:  AND IT WAS MENTIONED WITH THE

10:39AM 14   "LAW AND ORDER" EPISODE.

10:39AM 15        MY SPOUSE WANTED TO WATCH THE HULU DOCUMENTARY, AND I JUST

10:39AM 16   CHANGED THE TOPIC ON TO SOMETHING ELSE.

10:39AM 17        BUT OVER 13 WEEKS, IF SOMEONE IS TO BRING THAT UP, WHAT IS

10:39AM 18   THE RECOMMENDATION IF WE'RE NOT SUPPOSED TO BE TELLING SOMEONE

10:39AM 19   WE'RE ON THE CASE?

10:39AM 20             THE COURT:  RIGHT.  WELL, YOU'LL HEAR, IF YOU'RE

10:39AM 21   SEATED AS A JUROR IN THE CASE, YOU'LL HEAR AN INSTRUCTION THAT

10:39AM 22   I INDICATE YOU MAY INFORM YOUR FAMILY AND YOUR EMPLOYER THAT

10:39AM 23   YOU'RE SEATED ON A CASE, BUT YOU MAY NOT DISCUSS THE CASE,

10:39AM 24   WHICH IS TO SAY YOU CAN SAY "I'M ON THIS CASE," BUT THAT'S ALL

10:39AM 25   YOU CAN SAY.

```
10:40AM   1            PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

10:40AM   2            THE COURT:  AND THAT SEEMS TO WORK.  THAT SEEMS TO

10:40AM   3    WORK.

10:40AM   4            PROSPECTIVE JUROR:  OKAY.

10:40AM   5            THE COURT:  AND IF YOU'RE SEATED AS A JUROR HERE --

10:40AM   6    I THINK MOST FAMILIES WORK THAT OUT I'M TOLD.  MY EXPERIENCE IS

10:40AM   7    THAT SPOUSES ARE ABLE TO RESPECT THAT TERRITORY.

10:40AM   8            PROSPECTIVE JUROR:  THAT MAKES SENSE.

10:40AM   9            THE COURT:  OR THEY BUY TWO TELEVISIONS.  THAT'S THE

10:40AM  10    OTHER SOLUTION THAT I'VE HEARD OF, SO --

10:40AM  11            PROSPECTIVE JUROR:  OKAY.

10:40AM  12            THE COURT:  SO A LOT OF THINGS ARE POSSIBLE.

10:40AM  13            PROSPECTIVE JUROR:  ALL RIGHT.

10:40AM  14            THE COURT:  THANK YOU.

10:40AM  15       NOW, LET ME ASK YOU ABOUT PRIOR JURY SERVICE.  HAS ANYONE

10:40AM  16    HERE SERVED ON PRIOR JURY SERVICE?

10:40AM  17       OKAY.  I SEE THAT.  CAN WE PASS THE MICROPHONE DOWN?

10:40AM  18    THANK YOU.

10:40AM  19            PROSPECTIVE JUROR:  JUROR 216.

10:40AM  20            THE COURT:  YES.

10:40AM  21            PROSPECTIVE JUROR:  I'VE SERVED ON TWO PRIOR JURIES

10:40AM  22    AT SANTA CLARA SUPERIOR COURT, AND THEY -- ONE REACHED A

10:41AM  23    VERDICT, ONE DID NOT.

10:41AM  24            THE COURT:  OKAY.

10:41AM  25            PROSPECTIVE JUROR:  THEY WERE BOTH CRIMINAL CASES.
```

10:41AM   1            THE COURT:  ALL RIGHT.  THANK YOU.

10:41AM   2        CAN YOU TELL US THE NATURE OF THE CHARGES IF YOU REMEMBER

10:41AM   3    THEM?

10:41AM   4            PROSPECTIVE JUROR:  ASSAULT IN BOTH CASES.

10:41AM   5            THE COURT:  OKAY.  WERE YOU THE FOREPERSON OF THOSE

10:41AM   6    JURORS?

10:41AM   7            PROSPECTIVE JUROR:  NEITHER.  NO FOR EITHER OF THE

10:41AM   8    TRIALS.

10:41AM   9            THE COURT:  OKAY.  THANK YOU.

10:41AM  10        THERE WAS ANOTHER HAND, I THINK.

10:41AM  11        YES?

10:41AM  12            PROSPECTIVE JUROR:  JUROR 237.

10:41AM  13            THE COURT:  YES.

10:41AM  14            PROSPECTIVE JUROR:  COUNTY OF SANTA CRUZ SUPERIOR

10:41AM  15    COURT.

10:41AM  16            THE COURT:  AND HOW LONG AGO WAS THAT, SIR?

10:41AM  17            PROSPECTIVE JUROR:  MAYBE ABOUT FIVE YEARS AGO.

10:41AM  18            THE COURT:  OKAY.  WAS IT A CIVIL CASE?  A CRIMINAL

10:41AM  19    CASE?

10:41AM  20            PROSPECTIVE JUROR:  CRIMINAL.

10:41AM  21            THE COURT:  OKAY.  AND WAS THE JURY ABLE TO REACH A

10:41AM  22    VERDICT?

10:41AM  23            PROSPECTIVE JUROR:  YES.

10:41AM  24            THE COURT:  AND WERE YOU THE FOREPERSON OF THE JURY?

10:41AM  25            PROSPECTIVE JUROR:  NO, I WAS NOT.

10:41AM  1          THE COURT:  AND CAN YOU TELL US THE NATURE OF THOSE

10:41AM  2     CHARGES?

10:41AM  3          PROSPECTIVE JUROR:  LIKE WHAT IT WAS?

10:41AM  4          THE COURT:  YES.

10:41AM  5          PROSPECTIVE JUROR:  MANSLAUGHTER.

10:41AM  6          THE COURT:  MANSLAUGHTER.  OKAY.  THANK YOU.

10:41AM  7     ANY OTHER PRIOR JURY SERVICE?

10:42AM  8     I SEE NO HANDS.

10:42AM  9     HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ACCUSED OF THESE

10:42AM  10    CHARGES, SIMILAR CHARGES, WIRE FRAUD OR ALLEGATIONS REGARDING

10:42AM  11    FRAUDULENT CONDUCT?

10:42AM  12    ANYONE KNOW ANYONE WHO HAS BEEN ACCUSED OF THESE TYPES OF

10:42AM  13    CHARGES?

10:42AM  14    I SEE NO HANDS.

10:42AM  15    HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN EMPLOYED BY A

10:42AM  16    LAW ENFORCEMENT AGENCY, INCLUDING A DISTRICT ATTORNEY'S OFFICE,

10:42AM  17    A UNITED STATES ATTORNEY'S OFFICE, FBI, I.R.S., OR ANY OF THE

10:42AM  18    CRIMINAL JUSTICE SYSTEM AS A DEFENSE LAWYER, PROBATION OFFICER,

10:42AM  19    OR LAWYER OR CRIMINAL INVESTIGATOR?

10:42AM  20    ANYONE HAVE THAT TYPE OF BACKGROUND?

10:42AM  21    LET'S PASS THE MICROPHONE OVER.  YES.

10:42AM  22          PROSPECTIVE JUROR:  I WORK NONSWORN CURRENTLY FOR

10:42AM  23    THE LOCAL POLICE.

10:42AM  24          THE COURT:  OKAY.  AND YOU'RE JUROR NUMBER?

10:43AM  25          PROSPECTIVE JUROR:  225.

10:43AM 1          THE COURT:  AND HOW LONG HAVE YOU BEEN EMPLOYED IN

10:43AM 2     THAT CAPACITY?

10:43AM 3          PROSPECTIVE JUROR:  SINCE 2015.

10:43AM 4          THE COURT:  AND CAN YOU TELL ME BRIEF THE NATURE OF

10:43AM 5     YOUR DUTIES?

10:43AM 6          PROSPECTIVE JUROR:  YEAH.  I WORK IN RECORDS, AND

10:43AM 7     THEN WE KIND OF HAVE A DUAL DISPATCH ROLE WHERE WE'LL ASSIST

10:43AM 8     OFFICERS WITH DIFFERENT REQUESTS VIA RADIO.

10:43AM 9          THE COURT:  I'M SORRY, WHAT AGENCY DO YOU WORK FOR?

10:43AM 10         PROSPECTIVE JUROR:  SANTA CLARA PD.

10:43AM 11         THE COURT:  SANTA CLARA PD?

10:43AM 12         PROSPECTIVE JUROR:  CORRECT.

10:43AM 13         THE COURT:  OKAY.  DO YOU WORK IN THEIR -- ARE THEIR

10:43AM 14    HEADQUARTERS ON EL CAMINO, IS IT?

10:43AM 15         PROSPECTIVE JUROR:  YES, 601 E.C.R.

10:43AM 16         THE COURT:  RIGHT.  THAT BUILDING -- WE USED TO HAVE

10:43AM 17    A COURTHOUSE THERE.  IS THAT COURT STILL FUNCTIONING?

10:43AM 18         PROSPECTIVE JUROR:  THE TRAFFIC COURT IS DOWN THE

10:43AM 19    STREET A COUPLE BLOCKS AWAY.

10:43AM 20         THE COURT:  RIGHT.  ON HOMESTEAD.

10:43AM 21         PROSPECTIVE JUROR:  YEAH.

10:43AM 22         THE COURT:  LET ME ASK YOU, IS THERE ANYTHING ABOUT

10:43AM 23    THE NATURE OF YOUR EMPLOYMENT, THE WORK THAT YOU DO, YOUR

10:43AM 24    EXPOSURE TO LAW ENFORCEMENT THAT YOU THINK WOULD AFFECT YOUR

10:44AM 25    ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

10:44AM 1                    PROSPECTIVE JUROR:  NO.

10:44AM 2                    THE COURT:  OKAY.

10:44AM 3                    PROSPECTIVE JUROR:  I HAVE SEEN THEM GET IT RIGHT

10:44AM 4       AND I HAVE SEEN THEM GET IT WRONG.

10:44AM 5                    THE COURT:  OKAY.  IF THE EVIDENCE -- IF YOU WERE

10:44AM 6       SEATED AS A JUROR IN THIS CASE AND THE EVIDENCE IN YOUR MIND

10:44AM 7       SUGGESTED, AND ACTUALLY YOUR OPINION WAS THAT YOU SHOULD VOTE

10:44AM 8       NOT GUILTY, WOULD YOU BE ABLE TO DO THAT AND STILL GO BACK TO

10:44AM 9       WORK AND FACE YOUR COLLEAGUES?

10:44AM 10                   PROSPECTIVE JUROR:  OH, YEAH, FOR SURE.

10:44AM 11                   THE COURT:  NO, NO DOUBT ABOUT THAT?

10:44AM 12                   PROSPECTIVE JUROR:  NONE.

10:44AM 13                   THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  THANK YOU

10:44AM 14      FOR THAT.

10:44AM 15          ANY OTHER HANDS?

10:44AM 16          THERE'S A HAND OVER HERE, 191.  IF WE COULD PASS THE

10:44AM 17      MICROPHONE OVER.

10:44AM 18          YES?

10:44AM 19                   PROSPECTIVE JUROR:  I MYSELF, I'M EMPLOYED AS A

10:44AM 20      DEPUTY PROBATION OFFICER.

10:44AM 21                   THE COURT:  AND IS THAT JUVENILE OR ADULT?

10:44AM 22                   PROSPECTIVE JUROR:  ADULT.

10:44AM 23                   THE COURT:  AND HOW LONG HAVE YOU BEEN EMPLOYED?

10:44AM 24                   PROSPECTIVE JUROR:  NINE AND A HALF YEARS.

10:45AM 25                   THE COURT:  IN THAT CAPACITY?  NINE AND A HALF

10:45AM 1      YEARS.

10:45AM 2           HAVE YOU TESTIFIED IN A JURY TRIAL BEFORE?

10:45AM 3                PROSPECTIVE JUROR:  I HAVE.

10:45AM 4                THE COURT:  OKAY.  SO YOU UNDERSTAND WHAT I'VE BEEN

10:45AM 5      TALKING ABOUT HERE?

10:45AM 6                PROSPECTIVE JUROR:  I DO, YOUR HONOR.

10:45AM 7                THE COURT:  OKAY.  IS THERE ANYTHING ABOUT YOUR JOB

10:45AM 8      THAT YOU THINK WOULD IMPAIR YOUR ABILITY TO BE FAIR TO BOTH

10:45AM 9      SIDES?

10:45AM 10               PROSPECTIVE JUROR:  I DON'T BELIEVE SO.  I'M USUALLY

10:45AM 11     ON THE PEOPLE'S SIDE FOR THE MOST PART.

10:45AM 12               THE COURT:  THE GOVERNMENT SIDE.

10:45AM 13          TELL ME THE SUPERVISEES THAT YOU SUPERVISE.  YOU HAVE A

10:45AM 14     CASELOAD?

10:45AM 15               PROSPECTIVE JUROR:  I DO.

10:45AM 16               THE COURT:  AND THEY'RE ADULTS?

10:45AM 17               PROSPECTIVE JUROR:  CORRECT.

10:45AM 18               THE COURT:  ARE THEY PROP 47?

10:45AM 19               PROSPECTIVE JUROR:  PRCS, POST-RELEASE COMMUNITY

10:45AM 20     SUPERVISION, PAROLE.

10:45AM 21               THE COURT:  OKAY.  AND DO THOSE INCLUDE PROP 47

10:45AM 22     RELEASEES?

10:45AM 23               PROSPECTIVE JUROR:  YES.

10:45AM 24               THE COURT:  AND THOSE ARE INDIVIDUALS WHO HAVE BEEN

10:45AM 25     RELEASED FOR -- EARLY, OR THEIR OFFENSES HAVE BEEN CONSIDERED

10:45AM 1   NONVIOLENT OR DRUG RELATED OR SOMETHING ELSE SUCH THAT THEY

10:46AM 2   COULD BE RELEASED EARLY FROM THEIR SENTENCE?  IS THAT WHAT THAT

10:46AM 3   IS?

10:46AM 4           PROSPECTIVE JUROR:  IN SOME CASES, YES.

10:46AM 5           THE COURT:  RIGHT.

10:46AM 6           PROSPECTIVE JUROR:  UH-HUH.

10:46AM 7           THE COURT:  AND YOU HAVE A CASELOAD OF INDIVIDUALS

10:46AM 8   TO SUPERVISE?

10:46AM 9           PROSPECTIVE JUROR:  CORRECT.

10:46AM 10          THE COURT:  AND YOU HAVE OTHER OFFICERS AS WELL.

10:46AM 11      HOW MANY OFFICERS ARE IN -- WHAT COUNTY IS IT?

10:46AM 12          PROSPECTIVE JUROR:  SANTA CRUZ COUNTY.

10:46AM 13          THE COURT:  HOW MANY OFFICERS DO YOU HAVE?

10:46AM 14          PROSPECTIVE JUROR:  WE HAVE ABOUT 50 OFFICERS.

10:46AM 15  HOWEVER, FOR PRCS, WE ONLY HAVE THREE.  WE HAVE ONE IN SOUTH

10:46AM 16  COUNTY, WHICH IS MYSELF; NORTH COUNTY, WHICH IS SANTA CRUZ; AND

10:46AM 17  MID COUNTY.

10:46AM 18          THE COURT:  RIGHT.  OKAY.

10:46AM 19          PROSPECTIVE JUROR:  AND THEN JUST TO ELABORATE A

10:46AM 20  LITTLE BIT MORE, MY GIRLFRIEND IS A DEPUTY SHERIFF.

10:46AM 21          THE COURT:  SHE'S A DEPUTY SHERIFF.  WITH

10:46AM 22  SANTA CRUZ?

10:46AM 23          PROSPECTIVE JUROR:  CORRECT.

10:46AM 24          THE COURT:  AND HOW LONG HAS SHE BEEN EMPLOYED

10:46AM 25  THERE?

10:46AM  1          PROSPECTIVE JUROR:  SHE DID MAYBE EIGHT YEARS IN

10:46AM  2     CORRECTIONS, AND ABOUT SEVEN OR EIGHT IN PATROL.

10:46AM  3          THE COURT:  I SEE.  DOES SHE HAVE A PATROL

10:46AM  4     ASSIGNMENT NOW?

10:46AM  5          PROSPECTIVE JUROR:  SHE'S A SERGEANT.

10:46AM  6          THE COURT:  OKAY.  SO SHE DOESN'T PATROL?

10:47AM  7          PROSPECTIVE JUROR:  SHE DOES.

10:47AM  8          THE COURT:  IS SHE A T.O.?

10:47AM  9          PROSPECTIVE JUROR:  AT THE MOMENT SHE -- SHE WAS A

10:47AM  10    PATROL SHIFT SUPERVISOR.  NOW SHE IS ASSIGNED TO A DISTRICT OR

10:47AM  11    REGION OF THE COUNTY, COMMUNITY LIAISON.

10:47AM  12         THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

10:47AM  13       IS THERE ANYTHING ABOUT THE NATURE OF YOUR EMPLOYMENT THAT

10:47AM  14    YOU THINK WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO

10:47AM  15    BOTH SIDES?

10:47AM  16         PROSPECTIVE JUROR:  NO.

10:47AM  17         THE COURT:  YOU CAN BE FAIR TO MR. BALWANI?

10:47AM  18         PROSPECTIVE JUROR:  YES.

10:47AM  19         THE COURT:  ANY DOUBT ABOUT THAT?

10:47AM  20         PROSPECTIVE JUROR:  YES.

10:47AM  21         THE COURT:  AND CAN YOU BE FAIR TO THE GOVERNMENT?

10:47AM  22         PROSPECTIVE JUROR:  I CAN.

10:47AM  23         THE COURT:  AND ANY DOUBT ABOUT THAT?

10:47AM  24         PROSPECTIVE JUROR:  NO.

10:47AM  25         THE COURT:  THANK YOU.

10:47AM 1    LET ME ASK THIS QUESTION:  WOULD ANY OF YOU GIVE GREATER

10:47AM 2    OR LESSER CREDENCE TO A WITNESS WHO WAS A LAW ENFORCEMENT

10:47AM 3    WITNESS, AGENT, OR GOVERNMENT REPRESENTATIVE SIMPLY BECAUSE

10:47AM 4    THAT WITNESS IS EMPLOYED AS A LAW ENFORCEMENT OFFICER OR AGENT

10:48AM 5    OR REPRESENTATIVE?

10:48AM 6        THAT QUESTION IS DESIGNED TO ASK, JUST BECAUSE OF THE

10:48AM 7    NATURE OF THAT PERSON'S EMPLOYMENT, WOULD YOU GIVE THAT

10:48AM 8    TESTIMONY MORE WEIGHT OR LESSER WEIGHT OR THE SAME WEIGHT?

10:48AM 9        JUROR 191, WHY DON'T YOU ANSWER THAT QUESTION?

10:48AM 10            PROSPECTIVE JUROR:  I'LL LISTEN TO THE EVIDENCE OR

10:48AM 11   INFORMATION THAT IS PRESENTED.

10:48AM 12            THE COURT:  DID YOU HEAR MY QUESTION?

10:48AM 13            PROSPECTIVE JUROR:  YES.  I WOULD GIVE MORE WEIGHT

10:48AM 14   TO EITHER OR?

10:48AM 15            THE COURT:  YES.

10:48AM 16            PROSPECTIVE JUROR:  I WOULD NOT.

10:48AM 17            THE COURT:  YOU WOULD NOT.  OKAY.  GREAT.

10:48AM 18        ANYONE WHO WOULD GIVE GREATER OR LESSER WEIGHT TO A LAW

10:48AM 19   ENFORCEMENT, GOVERNMENT AGENT, OR EMPLOYEE JUST BECAUSE OF THE

10:48AM 20   NATURE OF THAT EMPLOYMENT?

10:48AM 21        I SEE NO HANDS.

10:48AM 22        DO ANY OF YOU HAVE ANY OPINIONS ABOUT THE UNITED STATES

10:48AM 23   GOVERNMENT OR THE STATE OF CALIFORNIA OR ANY FEDERAL OR STATE

10:48AM 24   ENFORCEMENT AGENCY THAT MAY AFFECT YOUR ABILITY TO BE FAIR AND

10:48AM 25   IMPARTIAL TO BOTH SIDES?  ANYONE HAVE ANY OPINION ABOUT ANY OF

10:49AM  1      THOSE AGENCIES?

10:49AM  2              I SEE NO HANDS.

10:49AM  3              IS ANYONE OF THE OPINION THAT THE CRIMINAL JUSTICE SYSTEM

10:49AM  4      IS FUNDAMENTALLY UNFAIR IN SOME WAYS SUCH THAT YOUR ABILITY TO

10:49AM  5      BE FAIR AND IMPARTIAL TO BOTH SIDES MIGHT BE IMPAIRED?

10:49AM  6              THAT IS, DOES ANYBODY BELIEVE THAT THE CRIMINAL JUSTICE

10:49AM  7      SYSTEM IS PERHAPS IMPAIRED IN SOME WAY, OR YOU PART COMPANY

10:49AM  8      WITH THE CRIMINAL JUSTICE SYSTEM IN SOME WAY THAT MIGHT AFFECT

10:49AM  9      YOUR JURY SERVICE?

10:49AM 10              I SEE A HAND.  IF WE CAN PASS THE MICROPHONE, JUROR 191.

10:49AM 11      THANK YOU.

10:49AM 12              AND THIS IS 196, I BELIEVE?

10:49AM 13                  PROSPECTIVE JUROR:  210.

10:49AM 14                  THE COURT:  210.

10:49AM 15                  PROSPECTIVE JUROR:  I THINK THE CRIMINAL JUSTICE

10:49AM 16      SYSTEM IN SOME CASES, I THINK IT'S PARTIAL IN TERMS OF THE

10:49AM 17      PROTESTS THAT YOU HAVE SEEN LAST YEAR.

10:49AM 18                  THE COURT:  YOU THINK IT'S PARTIAL?  I'M SORRY?

10:50AM 19                  PROSPECTIVE JUROR:  IN SOME WAYS IT'S PARTIAL, IN MY

10:50AM 20      OPINION.

10:50AM 21                  THE COURT:  I SEE.  OKAY.

10:50AM 22                  PROSPECTIVE JUROR:  I THINK THAT NEEDS TO BE

10:50AM 23      IMPROVED.  BUT THAT'S ALL.

10:50AM 24                  THE COURT:  OKAY.  THANK YOU.

10:50AM 25              ANYONE ELSE?

10:50AM 1          I SEE NO HANDS.

10:50AM 2          IF YOU ARE SELECTED TO SIT ON THIS CASE, WILL YOU BE ABLE

10:50AM 3     TO RENDER A VERDICT SOLELY ON THE EVIDENCE PRESENTED AT THE

10:50AM 4     TRIAL AND IN THE CONTEXT OF THE INSTRUCTIONS THAT I GIVE TO

10:50AM 5     YOU, DISREGARDING ANY OTHER IDEAS, NOTIONS, BELIEFS ABOUT THE

10:50AM 6     LAW THAT YOU MAY HAVE ENCOUNTERED IN REACHING YOUR VERDICT?

10:50AM 7          THIS IS REALLY SAYING, WELL, IS THERE ANYONE WHO FEELS

10:50AM 8     THAT THEY CANNOT FOLLOW THE LAW THAT I GIVE TO YOU IN MY

10:50AM 9     INSTRUCTIONS?

10:50AM 10         ANYONE FEELS THAT THEY WOULD NOT BE ABLE TO DO THAT?

10:51AM 11         I ASK THESE QUESTIONS BECAUSE -- ONE OF THE REASONS I ASK

10:51AM 12    THIS IS THERE ARE SOME INDIVIDUALS WHO, EITHER BECAUSE OF

10:51AM 13    PERSONAL, RELIGIOUS, OR MORAL BELIEFS FEEL THAT THEY CANNOT

10:51AM 14    SERVE AS A JUROR BECAUSE THEIR TEACHINGS, BELIEFS SUGGEST THAT

10:51AM 15    THEY ARE PASSING JUDGMENT ON A PERSON THEMSELVES IN SOME WAY.

10:51AM 16    THAT'S WHY I ASK THIS QUESTION.

10:51AM 17         ANYONE HERE HAVE BELIEFS THAT MIGHT CAUSE THEM TO FEEL

10:51AM 18    THAT WAY?

10:51AM 19         I SEE NO HANDS.

10:51AM 20         A DEFENDANT IN A CRIMINAL CASE IS PRESUMED TO BE INNOCENT,

10:51AM 21    AND THIS REQUIRES THE GOVERNMENT TO PROVE EACH ELEMENT BEYOND A

10:51AM 22    REASONABLE DOUBT.

10:51AM 23         PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU

10:51AM 24    FIRMLY CONVINCED THAT THE DEFENDANT IS GUILTY.

10:51AM 25         IT IS NOT REQUIRED THAT THE GOVERNMENT PROVE GUILT BEYOND

10:51AM  1    ALL POSSIBLE DOUBT.  A REASONABLE DOUBT IS A DOUBT BASED UPON

10:51AM  2    REASON AND COMMON SENSE AND IS NOT BASED PURELY ON SPECULATION.

10:52AM  3         IT MAY ARISE FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF

10:52AM  4    ALL OF THE EVIDENCE, OR FROM LACK OF EVIDENCE.

10:52AM  5         IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF

10:52AM  6    THE EVIDENCE YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT

10:52AM  7    THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE

10:52AM  8    DEFENDANT NOT GUILTY.

10:52AM  9         ON THE OTHER HAND, IF AFTER A CAREFUL AND IMPARTIAL

10:52AM 10    CONSIDERATION OF ALL OF THE EVIDENCE YOU ARE CONVINCED BEYOND A

10:52AM 11    REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY

10:52AM 12    TO FIND THE DEFENDANT GUILTY.

10:52AM 13         NOW, CAN YOU ALL APPLY THE LAW AS GIVEN BY THE COURT,

10:52AM 14    INCLUDING THE PRESUMPTION OF INNOCENCE AND THE GOVERNMENT'S

10:52AM 15    BURDEN BEYOND A REASONABLE DOUBT?

10:52AM 16         IS THERE ANYBODY WHO CANNOT DO THIS?

10:52AM 17         I SEE NO HANDS.

10:52AM 18         IS THERE ANYONE WHO BELIEVES THAT BECAUSE MR. BALWANI IS

10:52AM 19    PRESENT HERE IN COURT ACCUSED OF THESE CHARGES THAT HE MUST BE

10:52AM 20    GUILTY?

10:53AM 21         ANYONE WHO FEELS THAT?

10:53AM 22         I SEE NO HANDS.

10:53AM 23         IS THERE ANYONE HERE WHO CANNOT PRESUME THAT MR. BALWANI

10:53AM 24    IS INNOCENT OF THE CHARGES RIGHT NOW?  ANYONE WHO CANNOT DO

10:53AM 25    THAT?

10:53AM 1      I SEE NO HANDS.

10:53AM 2      NOW, YOU'VE SEEN A VIDEO THAT DISCUSSED THE TOPIC OF

10:53AM 3  UNCONSCIOUS BIAS, AND WE SHOW THAT VIDEO AS AN AID TO

10:53AM 4  PROSPECTIVE JURORS AS THEY CONSIDER JURY SERVICE AND THE TASK

10:53AM 5  AHEAD OF THEM.

10:53AM 6      IT IS MEANT AS AN EDUCATIONAL TOOL TO INFORM REGARDING

10:53AM 7  RESEARCH AND STUDIES ON THE ISSUE OF BIAS AND UNCONSCIOUS BIAS.

10:53AM 8      I HOPE YOU FOUND THE VIDEO INFORMATIVE AND HELPFUL.

10:53AM 9      IN OUR NATION AND STATE, WE HAVE CITIZENS, RESIDENTS, AND

10:53AM 10 NONCITIZENS FROM MANY DIFFERENT RACES, ETHNIC, AND CULTURAL

10:53AM 11 BACKGROUNDS.  IN THE JURISDICTION OF THIS COURT, WE ENJOY A

10:53AM 12 RICH DIVERSITY OF INDIVIDUALS AND CULTURES.

10:54AM 13     UNDER THE LAW, ALL PEOPLE WHO APPEAR IN COURT, REGARDLESS

10:54AM 14 OF RACE, RELIGION, ETHNIC HERITAGE, GENDER, AGE, OR SEXUAL

10:54AM 15 ORIENTATION, ARE ENTITLED TO DUE PROCESS OF LAW AND WE

10:54AM 16 GUARANTEE EACH PERSON THE RIGHT TO A FAIR AND IMPARTIAL TRIAL.

10:54AM 17     WE ARE TO JUDGE EACH INDIVIDUAL AS WE WOULD WANT TO BE

10:54AM 18 JUDGED, FAIRLY AND IMPARTIALLY.

10:54AM 19     NOW, IT MAY APPEAR THAT ONE OR MORE OF THE PARTIES,

10:54AM 20 ATTORNEYS, OR WITNESSES, COME FROM A NATIONAL, RACIAL, OR

10:54AM 21 RELIGIOUS GROUP OR MAY HAVE A LIFESTYLE THAT IS DIFFERENT FROM

10:54AM 22 YOUR OWN.

10:54AM 23     WOULD THIS IN ANY WAY AFFECT YOUR JUDGMENT OR THE WEIGHT

10:54AM 24 AND CREDIBILITY YOU WOULD GIVE TO THE EVIDENCE IN THIS CASE?

10:54AM 25     ANYONE WHO FEELS THAT THAT WOULD HAVE AN EFFECT ON THE

10:54AM 1   WEIGHT OF CREDIBILITY THAT THEY WOULD GIVE TO TESTIMONY IN THIS

10:54AM 2   CASE OR EVIDENCE?

10:54AM 3        I SEE NO HANDS.

10:54AM 4        TO REACH A VERDICT THE JURY MUST BE UNANIMOUS.  DO ALL OF

10:55AM 5   YOU ACCEPT THE REQUIREMENT THAT THE JURY'S VERDICT BE

10:55AM 6   UNANIMOUS?  ANYONE WHO DOES NOT?  ANYONE WHO PARTS COMPANY WITH

10:55AM 7   THAT CONCEPT?

10:55AM 8        I SEE NO HANDS.

10:55AM 9        AS A JUROR, YOU ARE NOT TO CONSIDER OR SPECULATE ON THE

10:55AM 10  QUESTION OF PUNISHMENT.  THAT QUESTION IS SOLELY IN THE

10:55AM 11  PROVINCE OF THE COURT.

10:55AM 12       IS THERE ANYONE WHO PARTS COMPANY WITH THAT CONCEPT?

10:55AM 13       I SEE NO HANDS.

10:55AM 14       IN OUR COURTS, AN ACCUSED HAS THE RIGHT TO REMAIN SILENT

10:55AM 15  AND NOT TESTIFY.  A DEFENDANT MAY CHOOSE TO RELY ON THE STATE

10:55AM 16  OF THE EVIDENCE AT THE CONCLUSION OF THE GOVERNMENT'S CASE AND

10:55AM 17  PRESENT NO AFFIRMATIVE EVIDENCE.

10:55AM 18       NOW, DO ALL OF YOU ACCEPT THE DEFENDANT'S RIGHT UNDER THE

10:55AM 19  CONSTITUTION TO REMAIN SILENT AND THUS CHOOSE NOT TO TESTIFY IN

10:55AM 20  THE CASE?  IS THERE ANYONE WHO PARTS COMPANY WITH THAT CONCEPT?

10:55AM 21       I SEE NO HANDS.

10:55AM 22       IF MR. BALWANI RELIES ON HIS RIGHT NOT TO TESTIFY, WILL

10:56AM 23  ANYONE HOLD THAT AGAINST HIM?

10:56AM 24       I SEE NO HANDS.

10:56AM 25       WOULD ANYONE FEEL THAT HE'S HIDING SOMETHING IF HE DOES

10:56AM  1    NOT TESTIFY?

10:56AM  2        I SEE NO HANDS.

10:56AM  3        ARE ANY OF YOU OR ANY MEMBER OF YOUR FAMILY, OR ANY OF

10:56AM  4    YOUR CLOSE FRIENDS, ATTORNEYS, LAW STUDENTS, OR PARALEGALS?

10:56AM  5        ALL RIGHT.  LET'S FIND THE MICROPHONE AND WE'LL PASS IT

10:56AM  6    OVER.  THANK YOU.

10:56AM  7            PROSPECTIVE JUROR:  MY GRANDFATHER IS A DEFENSE

10:56AM  8    ATTORNEY.

10:56AM  9            THE COURT:  AND THIS IS JUROR?

10:56AM  10           PROSPECTIVE JUROR:  195.

10:56AM  11           THE COURT:  THANK YOU.  A DEFENSE ATTORNEY.  DO YOU

10:56AM  12   KNOW WHAT TYPE OF WORK YOUR GRANDFATHER DOES, OR DID?

10:56AM  13           PROSPECTIVE JUROR:  I DON'T, BUT IT'S IN LOUISIANA.

10:56AM  14           THE COURT:  OH, OKAY.

10:56AM  15       AND WHEN YOU SAY "DEFENSE ATTORNEY," IS IT CRIMINAL

10:56AM  16   DEFENSE OR CIVIL DEFENSE?

10:56AM  17           PROSPECTIVE JUROR:  I THINK IT'S BOTH.

10:56AM  18           THE COURT:  OKAY.  AND DO YOU TALK TO YOUR

10:57AM  19   GRANDFATHER ABOUT HIS WORK?

10:57AM  20           PROSPECTIVE JUROR:  NOT REALLY.  I JUST KNOW THAT HE

10:57AM  21   IS STILL WORKING.

10:57AM  22           THE COURT:  OKAY.  OKAY.  WELL, GOOD FOR HIM.

10:57AM  23   THAT'S GREAT.

10:57AM  24       AND HAS HE TALKED TO YOU ABOUT CASES OCCASIONALLY, OR NOT

10:57AM  25   REALLY?

10:57AM 1          PROSPECTIVE JUROR:  NO SPECIFICS.

10:57AM 2          THE COURT:  THANK YOU.

10:57AM 3      I THINK THERE WAS ANOTHER HAND.  YES?

10:57AM 4          PROSPECTIVE JUROR:  I'M AN ATTORNEY, YOUR HONOR.

10:57AM 5          THE COURT:  AND THAT IS JUROR NUMBER?

10:57AM 6          PROSPECTIVE JUROR:  184.

10:57AM 7          THE COURT:  184.  AND YOU PRACTICE -- WHAT AREA OF

10:57AM 8  LAW DO YOU PRACTICE?

10:57AM 9          PROSPECTIVE JUROR:  I'M A TAX ATTORNEY.

10:57AM 10         THE COURT:  OKAY.  AND HAVE YOU EVER, HAVE YOU EVER

10:57AM 11 DONE A CRIMINAL CASE, EITHER ON PROSECUTION OR DEFENSE?

10:57AM 12         PROSPECTIVE JUROR:  NO.

10:57AM 13         THE COURT:  OKAY.  HAVE YOU BEEN INVOLVED IN THE

10:57AM 14 CRIMINAL JUSTICE SYSTEM AS A PROFESSIONAL ADVISING SOMEONE IN A

10:57AM 15 LEGAL PROCEEDING REGARDING, IN YOUR CASE I GUESS IT WOULD BE

10:57AM 16 TAXES OR THOSE TYPES OF THINGS?

10:57AM 17         PROSPECTIVE JUROR:  I'VE ADVISED ON POSSIBLE

10:57AM 18 CRIMINAL MATTERS.

10:58AM 19         THE COURT:  OKAY.  HAVE YOU EVER, HAVE YOU EVER MET

10:58AM 20 WITH ATTORNEYS FROM THE GOVERNMENT REGARDING -- IN THE COURSE

10:58AM 21 AND SCOPE OF YOUR WORK?  OF COURSE I'M NOT GOING TO ASK YOU TO

10:58AM 22 IDENTIFY CASES SPECIFICALLY, BUT HAVE YOU EVER HAD TO DO THAT,

10:58AM 23 ENTER INTO NEGOTIATIONS WITH GOVERNMENT ATTORNEYS?

10:58AM 24         PROSPECTIVE JUROR:  I HAVE NOT HAD TO DO THAT.

10:58AM 25         THE COURT:  OKAY.  ALL RIGHT.

10:58AM  1          ANYTHING ABOUT YOUR PRACTICE AND THE FACT THAT YOU'RE AN

10:58AM  2     ATTORNEY THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR AND

10:58AM  3     IMPARTIAL TO BOTH SIDES HERE?

10:58AM  4               PROSPECTIVE JUROR:  NO, YOUR HONOR.

10:58AM  5               THE COURT:  OKAY.  THANK YOU.

10:58AM  6          ANY OTHER RESPONSES TO THIS?

10:58AM  7          YES, OVER HERE, 205.

10:58AM  8               PROSPECTIVE JUROR:  I HAVE A CLIENT THAT IS AN

10:58AM  9     ATTORNEY.  SO I HAVE MY OWN BUSINESS DOING BOOKS AND TAXES.

10:58AM 10               THE COURT:  OKAY.

10:58AM 11               PROSPECTIVE JUROR:  SHE'S A SPECIAL NEEDS ATTORNEY.

10:59AM 12               THE COURT:  AND YOU, YOU MANAGE THE FINANCES FOR --

10:59AM 13     HER FINANCES?

10:59AM 14               PROSPECTIVE JUROR:  YES.

10:59AM 15               THE COURT:  AND SPECIAL NEEDS ATTORNEY?

10:59AM 16               PROSPECTIVE JUROR:  UH-HUH.

10:59AM 17               THE COURT:  YOU KNOW, I HAVE TO --

10:59AM 18               PROSPECTIVE JUROR:  YOU MIGHT KNOW HER.

10:59AM 19               THE COURT:  NO, NO, I'M CURIOUS.  THAT AREA OF

10:59AM 20     PRACTICE, IS THAT IN -- DO YOU KNOW ANYTHING ABOUT HER

10:59AM 21     PRACTICE?

10:59AM 22               PROSPECTIVE JUROR:  YES.

10:59AM 23               THE COURT:  OKAY.  AND SPECIAL NEEDS, SHE

10:59AM 24     REPRESENTS --

10:59AM 25               PROSPECTIVE JUROR:  YES.  SHE DOES, LIKE, LIMITED

10:59AM 1    CONSERVATORSHIPS AND SPECIAL NEEDS TRUSTS, AND RECENTLY GOT

10:59AM 2    INTO PROBATE.

10:59AM 3           THE COURT:  I UNDERSTAND.  AND SHE PRACTICES HERE IN

10:59AM 4    SANTA CLARA COUNTY?

10:59AM 5           PROSPECTIVE JUROR:  UH-HUH.

10:59AM 6           THE COURT:  AND DO YOU TALK WITH HER ABOUT HER WORK?

10:59AM 7           PROSPECTIVE JUROR:  NOT NECESSARILY, NO.  I JUST DO

10:59AM 8    THE BOOKS AND STUFF.

10:59AM 9           THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THAT

10:59AM 10   RELATIONSHIP THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR

10:59AM 11   AND IMPARTIAL TO BOTH SIDES HERE?

10:59AM 12          PROSPECTIVE JUROR:  NO.

10:59AM 13          THE COURT:  OKAY.  THANK YOU.

10:59AM 14          PROSPECTIVE JUROR:  AND MY FATHER-IN-LAW WAS AN

10:59AM 15   ATTORNEY, BUT HE PASSED THOUGH.  I DON'T KNOW IF THAT'S

10:59AM 16   RELEVANT.

10:59AM 17          THE COURT:  DID HE PRACTICE HERE IN THE AREA?

10:59AM 18          PROSPECTIVE JUROR:  YES.

10:59AM 19          THE COURT:  AND IN WHAT AREA DID HE PRACTICE?

11:00AM 20         PROSPECTIVE JUROR:  IN SANTA CLARA.

11:00AM 21         THE COURT:  AND DO YOU KNOW WHAT AREA HE PRACTICED?

11:00AM 22         PROSPECTIVE JUROR:  CRIMINAL.

11:00AM 23         THE COURT:  CRIMINAL.  AND WHO WAS THAT?

11:00AM 24         PROSPECTIVE JUROR:  EDWARD "RIP" LACROIX.

11:00AM 25         THE COURT:  OKAY.  THANK YOU VERY MUCH.

11:00AM  1           PROSPECTIVE JUROR:  SURE.

11:00AM  2           THE COURT:  AND ANY OTHER ANSWERS TO THIS QUESTION?

11:00AM  3      I SEE NO HANDS.

11:00AM  4      LADIES AND GENTLEMEN, FOR TIMING PURPOSES, I'M JUST ABOUT

11:00AM  5  FINISHED WITH MY QUESTIONS.  I PROBABLY HAVE ABOUT TEN MORE

11:00AM  6  MINUTES OF QUESTIONS.  WE'RE THEN GOING TO TAKE A BREAK AND

11:00AM  7  I'LL TALK TO THE LAWYERS ABOUT OUR NEXT STEPS TO SEE WHETHER OR

11:00AM  8  NOT THE LAWYERS WILL BE ABLE TO BEGIN THEIR QUESTIONS FOR YOU

11:00AM  9  AND WHETHER WE CAN GO FORWARD.  BUT ABOUT ANOTHER TEN MINUTES

11:00AM  10  AND WE'LL HAVE A BREAK, SO BEAR WITH ME.  THANK YOU.

11:00AM  11      HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED WITH OR

11:00AM  12  APPEARED AS A DEFENDANT, VICTIM, OR WITNESS IN ANY

11:00AM  13  INVESTIGATION BY A GOVERNMENT AGENCY?

11:01AM  14      AND THIS INCLUDES POLICE DEPARTMENTS, SHERIFF'S OFFICES,

11:01AM  15  FEDERAL AGENCIES.

11:01AM  16      AND OF COURSE WE CAN SPEAK PRIVATELY ON THIS IF YOU WOULD

11:01AM  17  LIKE.

11:01AM  18      SO ANYONE BEEN INVOLVED AS A DEFENDANT, VICTIM, WITNESS IN

11:01AM  19  AN INVESTIGATION?

11:01AM  20      I SEE A COUPLE OF HANDS.  IF WE COULD PASS THE MICROPHONE.

11:01AM  21  191, I THINK YOU TOLD US ABOUT YOUR SERVICE TESTIFYING IN

11:01AM  22  COURT.

11:01AM  23           PROSPECTIVE JUROR:  YES, AND I ALSO HAVE FAMILY

11:01AM  24  MEMBERS, BUT I CAN DISCLOSE THAT IN PRIVATE.

11:01AM  25           THE COURT:  OKAY.  ALL RIGHT.  WE'LL DO THAT.

11:01AM 1        IF YOU CAN PASS THAT DOWN.

11:01AM 2              PROSPECTIVE JUROR:  I ALSO WOULD LIKE TO DISCUSS IT

11:01AM 3        IN PRIVATE, 207.

11:01AM 4              THE COURT:  207, YES.

11:01AM 5              PROSPECTIVE JUROR:  I HAVE TESTIFIED AS A WITNESS IN

11:02AM 6        TWO 597 ANIMAL CRUELTY CASE THROUGH THE SANTA CLARA COUNTY

11:02AM 7        COURT.

11:02AM 8              THE COURT:  AND YOU'RE 22?

11:02AM 9              PROSPECTIVE JUROR:  222.

11:02AM 10             THE COURT:  OKAY.  DID THOSE CASES GET PROSECUTED BY

11:02AM 11       JEFF ROSEN, THE D.A.?  I MEAN BY THE OFFICE I SHOULD SAY.

11:02AM 12             PROSPECTIVE JUROR:  YES.  SADLY, A LOT OF THEM DON'T

11:02AM 13       MAKE IT TO COURT.  SO THE ONES THAT DO, YES.

11:02AM 14             THE COURT:  OKAY.  AND YOU'VE TESTIFIED IN COURT ON

11:02AM 15       THOSE CASES?

11:02AM 16             PROSPECTIVE JUROR:  I HAVE, YES.

11:02AM 17             THE COURT:  OKAY.  THANK YOU.

11:02AM 18             PROSPECTIVE JUROR:  JUROR 225.

11:02AM 19             THE COURT:  YES.

11:02AM 20             PROSPECTIVE JUROR:  I HAVEN'T TESTIFIED, BUT I'VE

11:02AM 21       GONE TO COURT AND WITNESSED THE ON GOINGS FOR ONE OF MY CLASSES

11:02AM 22       WHEN I WAS IN COLLEGE.

11:02AM 23          BUT BECAUSE OF MY JOB, EVENTUALLY THIS YEAR WE'RE GOING TO

11:02AM 24       BE GOING TO COURT TO GET THE EXPERIENCE OF TESTIFYING WITH

11:02AM 25       REGARDS TO SEX OFFENDER REGISTRATION AND PEOPLE WHO WANT TO GET

11:02AM 1    OUT OF TIERING AND NO LONGER HAVE TO REGISTER.  THAT IS KIND OF

11:03AM 2    UP AND COMING.

11:03AM 3            THE COURT:  ALL RIGHT.  THANK YOU.

11:03AM 4        ANYONE ELSE?

11:03AM 5        I SEE NO HANDS.

11:03AM 6        HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED IN ANY

11:03AM 7    LITIGATION OR CLAIMS AGAINST THE UNITED STATES GOVERNMENT, THE

11:03AM 8    STATE OF CALIFORNIA, OR ANY OTHER STATE OR MUNICIPALITY,

11:03AM 9    GOVERNMENTAL ENTITY?

11:03AM 10       I SEE NO HANDS.

11:03AM 11       HAVING HEARD MY QUESTIONS, DOES ANY OTHER REASON SUGGEST

11:03AM 12   ITSELF TO YOU AS TO WHY YOU COULD NOT SIT ON THIS JURY AND

11:03AM 13   RENDER A FAIR VERDICT BASED ON THE EVIDENCE PRESENTED TO YOU

11:03AM 14   AND IN THE CONTEXT OF THE COURT'S INSTRUCTIONS AS TO THE LAW?

11:03AM 15       ANYONE WHO FEELS THAT THEY CANNOT DO THIS?

11:03AM 16       I SEE NO HANDS.

11:04AM 17       CAN ANY OF YOU THINK OF ANY OTHER REASON WHY YOU MIGHT NOT

11:04AM 18   BE ABLE TO TRY THIS CASE FAIRLY AND IMPARTIALLY TO BOTH THE

11:04AM 19   GOVERNMENT AND THE DEFENSE, OR WHY YOU SHOULD BE ON THIS JURY?

11:04AM 20   THIS IS THE TIME TO LET ME KNOW.  ANY OTHER REASON?

11:04AM 21       OKAY.  I SEE NO HANDS.

11:04AM 22       WHERE IS THE MICROPHONE?

11:04AM 23           PROSPECTIVE JUROR:  JUDGE, 209.

11:04AM 24           THE COURT:  YES.

11:04AM 25           PROSPECTIVE JUROR:  I HAVE TWO DAUGHTERS, ONE IS 13

11:04AM 1    AND ONE IS 10.  EVERY DAY I HAVE TO DROP THEM OFF AT SCHOOL AT

11:04AM 2    8:00 O'CLOCK IN THE MORNING AND I HAVE TO PICK THEM UP AT,

11:04AM 3    LIKE, 2:30 IN THE EVENING.

11:04AM 4              THE COURT:  OKAY.  AND DO YOU HAVE FAMILY AND

11:05AM 5    FRIENDS THAT CAN ASSIST YOU IN THIS?

11:05AM 6              PROSPECTIVE JUROR:  ACTUALLY I HAVE A WIFE.

11:05AM 7         BUT THE THING ABOUT MY WIFE WORK IN GILROY AND I WORK IN

11:05AM 8    SAN JOSE AND I DROP MY KIDS IN SAN JOSE.

11:05AM 9         AND ANOTHER THING, TOMORROW MY WIFE TRAVEL UNTIL NEXT

11:05AM 10   WEEK.

11:05AM 11             THE COURT:  SHE'S TRAVELLING FOR A WEEK?

11:05AM 12             PROSPECTIVE JUROR:  YEAH.

11:05AM 13             THE COURT:  SO SHE OTHERWISE WOULD BE ABLE TO HELP

11:05AM 14   YOU IN THIS?  IS THAT RIGHT?

11:05AM 15             PROSPECTIVE JUROR:  YES.

11:05AM 16             THE COURT:  I SEE.  OKAY.  THANK YOU.

11:05AM 17        YES?

11:05AM 18             PROSPECTIVE JUROR:  SO SIMILAR TO HIM --

11:05AM 19             THE COURT:  WHAT IS YOUR NUMBER, SIR?

11:05AM 20             PROSPECTIVE JUROR:  210.

11:05AM 21             THE COURT:  210, YES, SIR.

11:05AM 22             PROSPECTIVE JUROR:  SO I HAVE TWO SEVEN AND-A-HALF

11:05AM 23   YEAR OLD TWINS, AND BOTH ME AND MY WIFE WORK.  SO BASICALLY

11:05AM 24   THAT IS ONE ISSUE.

11:05AM 25             ALSO ON THE WEEK OF APRIL 5TH, I DO HAVE A WORK TRIP TO

11:05AM 1    VEGAS WHERE MY TEAM IS PRESENTING, SO I NEED -- IT WAS

11:05AM 2    POSTPONED FOR ALMOST TWO YEARS BECAUSE OF COVID.

11:06AM 3                THE COURT:  YES.

11:06AM 4                PROSPECTIVE JUROR:  AND IT BASICALLY WAS FINALIZED

11:06AM 5    TO HAPPEN NOW.

11:06AM 6                THE COURT:  AND THIS IS A WORK TRIP?

11:06AM 7                PROSPECTIVE JUROR:  YES.

11:06AM 8                THE COURT:  AND WOULD YOUR WORK BE ABLE TO REPLACE

11:06AM 9    YOU?

11:06AM 10               PROSPECTIVE JUROR:  I MEAN, YES.  I MEAN, IT'S

11:06AM 11   POSSIBLE.

11:06AM 12               THE COURT:  YES.

11:06AM 13         AND YOU AND -- YOUR WIFE WORKS, AND YOU HAVE SOME

11:06AM 14   ARRANGEMENT TO COLLECT YOUR CHILDREN NOW?

11:06AM 15               PROSPECTIVE JUROR:  BASICALLY MY WIFE GOES AND PICKS

11:06AM 16   THEM UP.

11:06AM 17               THE COURT:  YES.

11:06AM 18               PROSPECTIVE JUROR:  BUT IN THE MORNINGS I DROP THEM

11:06AM 19   OFF.

11:06AM 20               THE COURT:  I SEE.  AND WHAT TIME IS THAT?

11:06AM 21               PROSPECTIVE JUROR:  SCHOOL STARTS AT 7:45.

11:06AM 22               THE COURT:  I SEE.  AND THEY'RE DROPPED OFF IN

11:06AM 23   SAN JOSE?

11:06AM 24               PROSPECTIVE JUROR:  NO.  MORGAN HILL.

11:06AM 25               THE COURT:  MORGAN HILL.  I SEE.  OKAY.  THANK YOU.

11:06AM 1          PROSPECTIVE JUROR:   JUROR NUMBER 221.

11:06AM 2      I HAVE A THREE AND A FIVE-YEAR OLD.

11:06AM 3      MY THREE-YEAR OLD IS ONLY IN HALF DAY PRESCHOOL, SO HE

11:06AM 4  NEEDS TO BE PICKED UP AT 12:30.

11:07AM 5      MY HUSBAND WORKS FULL TIME, AND HE'S GOING BACK TO THE

11:07AM 6  OFFICE STARTING ON APRIL 4TH FOR A TECH COMPANY.

11:07AM 7      SO, I MEAN, I HAVE IN-LAWS AND PARENTS THAT COULD PROBABLY

11:07AM 8  DO IT, BUT I AM THE PRIMARY.  I STAY AT HOME WITH HIM.

11:07AM 9          THE COURT:  SURE.

11:07AM 10         PROSPECTIVE JUROR:  AND WE ALSO HAVE A TRIP TO

11:07AM 11 DISNEYLAND BOOKED AT THE END OF MARCH.

11:07AM 12         THE COURT:  AND WHAT ARE THOSE DATES?

11:07AM 13         PROSPECTIVE JUROR:  MARCH 29TH TO APRIL 1ST THAT WE

11:07AM 14 RESCHEDULED A FEW TIMES, AND BECAUSE OF THE PANDEMIC, MY

11:07AM 15 FLIGHTS EXPIRE IN MAY.

11:07AM 16     SO I'VE LOOKED AT THE CALENDAR AND I COULD POTENTIALLY

11:07AM 17 RESCHEDULE.  ON THE CALENDAR THERE APPEAR TO BE SOME DATES ON

11:07AM 18 SOME FRIDAYS THAT WE WEREN'T MEETING; IS THAT CORRECT?

11:07AM 19         THE COURT:  THAT IS CORRECT, AND THERE WERE SOME

11:07AM 20 OTHER DATES THAT WILL CHANGE AS WELL.  SO THERE ARE -- AND I

11:07AM 21 THINK LATER IN MAY, PERHAPS IT IS, I CAN'T RECALL RIGHT NOW,

11:07AM 22 BUT THERE ARE SOME DAYS IN SUCCESSION THAT WE DO HAVE SOME

11:08AM 23 BREAKS IN THE TRIAL.

11:08AM 24     SO -- THANK YOU FOR LETTING US KNOW THIS.

11:08AM 25     SO IT SOUNDS LIKE YOU MAY BE ABLE TO GET COVERAGE FROM

11:08AM  1          PARENTS AT LEAST TO COLLECT THE CHILD.

11:08AM  2              AS I SAID, I HOPE TO END AT 3:00 P.M., BUT IN THE SPIRIT

11:08AM  3      OF FULL DISCLOSURE, I EXPECT THERE WILL BE DAYS WHERE WE MIGHT

11:08AM  4      EVEN GO UNTIL 4:00.  SOMETIMES A WITNESS MIGHT TRAVEL A

11:08AM  5      DISTANCE AND WE WANT TO FINISH THAT WITNESS AND IT MIGHT TAKE

11:08AM  6      AN EXTRA HOUR, SOMETHING LIKE THAT.

11:08AM  7              PROSPECTIVE JUROR:  UH-HUH.

11:08AM  8              THE COURT:  BUT MY PLAN IS TO FINISH AT 3:00 O'CLOCK

11:08AM  9      SO THAT FOLKS CAN GET BACK TO TAKE CARE OF OTHER THINGS.

11:08AM 10          IS YOUR CHILD IN PRESCHOOL EVERY DAY?

11:08AM 11              PROSPECTIVE JUROR:  YES.

11:08AM 12              THE COURT:  FIVE DAYS A WEEK?

11:08AM 13              PROSPECTIVE JUROR:  YES.

11:08AM 14              THE COURT:  OKAY.  THANK YOU.

11:08AM 15              PROSPECTIVE JUROR:  THANK YOU.

11:08AM 16              PROSPECTIVE JUROR:  HI.  222 AGAIN.

11:08AM 17              THE COURT:  YES.

11:08AM 18              PROSPECTIVE JUROR:  I WANT TO REITERATE THAT I HAVE

11:08AM 19      A KINDERGARTNER AND MY HUSBAND WORKS FULL TIME AND HE WORKS IN

11:09AM 20      HAYWARD AND HAS TO BE THERE AT 6:00 A.M., SO I'M THE PRIMARY

11:09AM 21      CARE PERSON IN THE MORNING TO DROP HER OFF AT SCHOOL MONDAY

11:09AM 22      THROUGH THURSDAY.  HE IS OFF ON FRIDAY.

11:09AM 23          AND I ALSO HAVE TO PICK HER UP ON THURSDAY AFTERNOONS

11:09AM 24      WHERE I WORK FROM HOME FOR A FEW HOURS.

11:09AM 25          AND I AM ESSENTIAL AND IRREPLACEABLE AS THE ONLY

11:09AM 1     VETERINARIAN TO THOUSANDS OF ANIMALS THAT I WOULD HATE TO SEE

11:09AM 2     DETRIMENTAL AND UNNECESSARY SUFFERING.

11:09AM 3          THE COURT:  THANK YOU.  ANYONE ELSE?

11:09AM 4          PROSPECTIVE JUROR:  195.

11:09AM 5          THE COURT:  YES.

11:09AM 6          PROSPECTIVE JUROR:  I'M A MANUFACTURING ENGINEER IN

11:09AM 7     THE SEMICONDUCTOR INDUSTRY, AND I AM THE SOLE PERSON

11:09AM 8     RESPONSIBLE FOR A PROJECT THAT IS DIRECTLY RELATED TO PROBABLY

11:09AM 9     85 PERCENT OF OUR MANUFACTURING.

11:09AM 10        AND I DEAL WITH MAINTAINING AND UPDATING THE SOFTWARE AND

11:10AM 11    THE HARDWARE, AND THERE REALLY ISN'T ANYBODY ELSE WHO HAS ANY

11:10AM 12    OF THE KNOWLEDGE ON HOW TO UPDATE OR TO FIX IT.  THOSE ARE

11:10AM 13    THINGS THAT WE DO DAILY.

11:10AM 14        AND ANOTHER THING THAT I'VE LEARNED RECENTLY IS THE

11:10AM 15    MANAGER WHO IS THE ONLY ONE WHO HAS ANY KNOWLEDGE AT ALL OF ANY

11:10AM 16    IT IS GOING TO BE IN MALAYSIA FOR TWO TO FOUR WEEKS LEAVING

11:10AM 17    THIS WEEK.

11:10AM 18         THE COURT:  OKAY.  YOU SAW OUR SCHEDULE, THAT WE'RE

11:10AM 19    NOT GOING TO BE IN COURT FIVE DAYS A WEEK, ONLY THREE DAYS A

11:10AM 20    WEEK.  BUT I APPRECIATE THAT.

11:10AM 21         PROSPECTIVE JUROR:  YES.  AND ONE MORE THING.  THERE

11:10AM 22    ARE STILL SOME FINANCIAL IMPLICATIONS THAT I AM STILL WORKING

11:10AM 23    OUT WITH MY JOB THAT I WOULD PREFER TO DISCUSS IN PRIVATE.

11:10AM 24         THE COURT:  SURE.  ALL RIGHT.  THANK YOU.

11:11AM 25         PROSPECTIVE JUROR:  185.

11:11AM 1            THE COURT:  YES.

11:11AM 2            PROSPECTIVE JUROR:  I'M A PHYSICAL THERAPIST

11:11AM 3   SPECIALIZING IN PUBLIC HEALTH PHYSICAL THERAPY AND I'M ONE OF

11:11AM 4   ONLY A FEW PRACTITIONERS IN THE AREA ABLE TO TREAT THAT

11:11AM 5   POPULATION.  I TREAT ABOUT 50 PATIENTS A WEEK.

11:11AM 6       WE HAVE A COUPLE OF OTHER THERAPISTS, BUT THEIR SCHEDULES

11:11AM 7   ARE ALSO FULL AND WOULD NOT BE ABLE TO TAKE ON MY CASELOAD.

11:11AM 8       AND WE DO HAVE A WAITLIST AS IT IS TO GET IN, SO WE ARE

11:11AM 9   PRETTY BUSY.

11:11AM 10           THE COURT:  GREAT.  THANK YOU.

11:11AM 11           PROSPECTIVE JUROR:  HI.  196.

11:11AM 12           THE COURT:  YES.

11:11AM 13           PROSPECTIVE JUROR:  I HAVE A FEW REASONS IN RANDOM

11:11AM 14  ORDER.

11:11AM 15      SO I WORK AS A SUBSTITUTE TEACHER, AND GIVEN THE

11:11AM 16  SUBSTITUTE TEACHER SHORTAGES, I KNOW THAT IT'S GOING TO BE

11:11AM 17  TOUGH FOR THEM TO FIND A REPLACEMENT FOR THE DAYS THAT I HAVE

11:11AM 18  SIGNED UP FOR.

11:11AM 19      MY KIDS, THEY ARE 13 AND 16, AND THEY HAVE TRACK MEETS AND

11:12AM 20  STUFF AFTER SCHOOL, AND SO THE SCHEDULE VARIES.  SO SOME DAYS

11:12AM 21  THEY GET OFF AT 1:00 O'CLOCK AND THEY HAVE TO BE PICKED UP AND

11:12AM 22  THEY HAVE TO BE DROPPED OFF AT THE MEETS AT 2:30 AND SO ON.  SO

11:12AM 23  THE SCHEDULE VARIES.

11:12AM 24      MY HUSBAND WORKS FULL TIME.  HE'S GOING TO GO BACK TO WORK

11:12AM 25  IN APRIL, AND HE TRAVELS FOR WORK QUITE FREQUENTLY, SO MANY

11:12AM 1    TIMES I'M THE PERSON WHO IS KIND OF TAKING CARE OF THE STUFF AT

11:12AM 2    HOME.

11:12AM 3         AND I HAVE A TWO-YEAR OLD DOG WHO HAS SEPARATION ANXIETY

11:12AM 4    AND WHO HAS NEVER BEEN ALONE, AND SO APRIL IS GOING TO BE OUR

11:12AM 5    TIME TO FIGURE OUT HOW TO SORT THAT OUT.

11:12AM 6              THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

11:12AM 7         AND DO YOU HAVE ARRANGEMENTS FOR FRIENDS OR RELATIVES TO

11:13AM 8    TRANSFER YOUR CHILDREN, DRIVE THEM SHOULD THE NEED ARISE?

11:13AM 9              PROSPECTIVE JUROR:  I DON'T HAVE ANY RELATIVES IN

11:13AM 10   THE AREA.

11:13AM 11        FRIENDS?  I'VE NEVER -- I MEAN, I'VE NEVER REALLY

11:13AM 12   REQUESTED IT BECAUSE IT'S KIND OF OUT OF THE WAY FOR THEM, AND,

11:13AM 13   YEAH.

11:13AM 14             THE COURT:  DOES YOUR 16-YEAR OLD HAVE A DRIVER'S

11:13AM 15   LICENSE?

11:13AM 16             PROSPECTIVE JUROR:  HE HAS A PERMIT.  HE HASN'T

11:13AM 17   STARTED PRACTICING YET.

11:13AM 18             THE COURT:  OH, I SEE.  OKAY.  THANK YOU.

11:13AM 19        ANYONE ELSE?  191.

11:13AM 20             PROSPECTIVE JUROR:  YOUR HONOR, I JUST WANT TO MAKE

11:13AM 21   NOTE OF AN EMPLOYMENT HARDSHIP IF ANYTHING ON MY END.  THAT IS

11:13AM 22   WHAT WE'RE DISCUSSING; CORRECT?

11:13AM 23             THE COURT:  YES.

11:13AM 24             PROSPECTIVE JUROR:  SO JUST TO REITERATE, I'M THE

11:13AM 25   ONLY PRCS OFFICER IN OUR SOUTH COUNTY REGION.  WE HAVE THREE.

```
11:14AM   1        IT IS A SPECIALIZED ASSIGNMENT.

11:14AM   2             I DO HAVE UPCOMING COURT DATES UP UNTIL JUNE CALENDAR, AND

11:14AM   3        UPCOMING TRAININGS.

11:14AM   4                  THE COURT:  OKAY.

11:14AM   5                  PROSPECTIVE JUROR:  AND I CAN DISCUSS FURTHER SHOULD

11:14AM   6        THE COURT ASK IN MORE PRIVATE.

11:14AM   7                  THE COURT:  OKAY.  ARE THE SANTA CRUZ COUNTY

11:14AM   8        SUPERIOR COURT JUDGES UNDERSTANDING WHEN STAFF ARE IN JURY

11:14AM   9        SERVICE?

11:14AM  10                  PROSPECTIVE JUROR:  I BELIEVE SO, YES.

11:14AM  11                  THE COURT:  I THINK THEY ARE.

11:14AM  12                  PROSPECTIVE JUROR:  YES.

11:14AM  13                  THE COURT:  THAT'S MY UNDERSTANDING.

11:14AM  14                  PROSPECTIVE JUROR:  YES.

11:14AM  15                  THE COURT:  OKAY.  ANYONE ELSE?

11:14AM  16           I SEE NO HANDS.

11:14AM  17           LET'S TAKE A RECESS NOW, LADIES AND GENTLEMEN.

11:14AM  18           THANK YOU FOR YOUR PATIENCE.  THIS EXHAUSTS THE COURT'S

11:14AM  19        QUESTIONS.  WE'LL HAVE -- I'LL OPEN THE FLOOR TO COUNSEL'S

11:14AM  20        QUESTIONS IN JUST A MOMENT.

11:14AM  21           SO LET ME ASK YOU TO COLLECT YOURSELVES DOWN IN THE JURY

11:14AM  22        ASSEMBLY ROOM, IF YOU WOULD.

11:14AM  23           I THINK WE'LL PROBABLY BE ABOUT A 30 MINUTE BREAK, PLEASE,

11:14AM  24        ABOUT 30 MINUTES.  IT COULD BE LONGER.

11:14AM  25                  AND THE JURY COMMISSIONER DOWN THERE WILL LET YOU KNOW OF
```

11:14AM    1    ANY CHANGES ABOUT THAT.  I JUST WANT TO TALK TO THE LAWYERS

11:15AM    2    ABOUT OUR SCHEDULE, AND THEY'LL LET YOU KNOW DOWNSTAIRS.

11:15AM    3        SO IT WILL BE AT LEAST 30 MINUTES.  I THINK THERE ARE SOME

11:15AM    4    STARBUCKS AND OTHER PLACES AROUND WHERE YOU CAN GET

11:15AM    5    REFRESHMENTS IF YOU WOULD LIKE.

11:15AM    6        SO PLEASE LEAVE THE SCHEDULES ON THE CHAIRS, IF YOU WOULD,

11:15AM    7    PLEASE.

11:15AM    8        (PROSPECTIVE JURY PANEL OUT AT 11:15 A.M.)

11:16AM    9            THE COURT:  THANK YOU.  PLEASE BE SEATED.

11:16AM   10        THE RECORD WILL REFLECT THAT OUR PROSPECTIVE PANEL HAS

11:16AM   11    LEFT AND ALL PARTIES AND THE DEFENDANT IS PRESENT.

11:16AM   12        COUNSEL, WE'LL PROBABLY TAKE A TEN MINUTE BREAK HERE, TOO,

11:16AM   13    TO COLLECT OUR THOUGHTS.

11:16AM   14        BUT ANYTHING ANYONE WANTS TO SAY BEFORE WE BREAK?

11:16AM   15            MR. SCHENK:  MAY I JUST HAVE ONE MOMENT?

11:16AM   16            THE COURT:  YES, OF COURSE.

11:16AM   17        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:16AM   18            MR. SCHENK:  YOUR HONOR, NOTHING WE NEED TO DISCUSS

11:16AM   19    NOW, EXCEPT 205 RAISED HER HAND TO -- THAT'S THE JUROR WHO WAS

11:16AM   20    SITTING ALL OF THE WAY ON THE END -- TO THE COURT'S QUESTIONS

11:17AM   21    ABOUT HARDSHIPS, AND I THINK WE MISSED THE RAISED HAND.

11:17AM   22            THE COURT:  I THINK I DID MISS HER.  SHE WAS SITTING

11:17AM   23    ON THE OTHER SIDE OF THE WITNESS STAND HERE.

11:17AM   24        MR. COOPERSMITH, ANYTHING?

11:17AM   25            MR. COOPERSMITH:  YOUR HONOR, THERE'S I THINK MAYBE

11:17AM  1    TWO JURORS I HAVE SOME COMMENTS ABOUT BEFORE WE GO FURTHER, BUT

11:17AM  2    I CAN DO IT AFTER THE BREAK.

11:17AM  3              THE COURT:  WELL, LET ME ASK YOU ABOUT 222, THE

11:17AM  4    VETERINARIAN.  IS THAT ONE OF YOURS?  NO?

11:17AM  5              MR. COOPERSMITH:  THAT'S NOT A CAUSE ISSUE AT THE

11:17AM  6    MOMENT, BUT THERE'S A HARDSHIP ISSUE I UNDERSTAND.

11:17AM  7              THE COURT:  THAT'S WHAT I'M ASKING.

11:17AM  8              MR. COOPERSMITH:  YES, YES.

11:17AM  9              MR. SCHENK:  NO OBJECTION TO EXCUSING HER FOR

11:17AM 10    HARDSHIP.

11:17AM 11              MR. COOPERSMITH:  SAME, YOUR HONOR.

11:17AM 12              THE COURT:  ALL RIGHT.  SO WE'LL EXCUSE 222, BUT

11:17AM 13    LET'S WAIT TO EXCUSE HER.  BUT THE COURT INTENDS TO EXCUSE 222.

11:17AM 14       OKAY.  ANY OTHER HARDSHIPS THAT LEAP OUT AT THE PARTIES

11:17AM 15    THAT YOU CARE TO DISCUSS?

11:17AM 16       (PAUSE IN PROCEEDINGS.)

11:18AM 17              MR. SCHENK:  YOUR HONOR, I'D LIKE TO SPEND SOME TIME

11:18AM 18    OVER THE BREAK LOOKING AT MY NOTES.

11:18AM 19              THE COURT:  SURE.

11:18AM 20              MR. SCHENK:  196 TOLD US ABOUT SOME SHUTTLING KIDS

11:18AM 21    AROUND WITHOUT FAMILY IN THE AREA HARDSHIPS THAT I JUST WANT TO

11:18AM 22    LOOK AT MY NOTES A LITTLE BIT MORE --

11:18AM 23              THE COURT:  SURE.

11:18AM 24              MR. SCHENK:  -- AND SEE IF I HAVE A VIEW ON THAT.

11:18AM 25              THE COURT:  LET'S DO THAT.  WHY DON'T WE TAKE

795

11:18AM  1    TEN MINUTES OR SO TO LOOK AT THIS, AND THEN WOULD YOU ALSO

11:18AM  2    THINK ABOUT OUR PROTOCOL FOR OUR PRIVATE CONVERSATIONS?  I

11:18AM  3    THINK I HAVE IDENTIFIED MAYBE FIVE, SIX PEOPLE AND MADE AN

11:18AM  4    EXPRESSION TO SPEAK PRIVATELY.

11:18AM  5            MR. SCHENK:  RIGHT, YOUR HONOR.  AND THERE MAY BE

11:18AM  6    OTHER PEOPLE BASED ON THE QUESTIONING, BUT THERE WERE I THINK

11:18AM  7    ABOUT FIVE ALREADY.

11:18AM  8            THE COURT:  RIGHT.  RIGHT.

11:18AM  9        OKAY.  LET'S HAVE YOU LOOK AT YOUR NOTES, AND IF YOU WANT

11:18AM  10   TO TALK AMONGST YOURSELVES, MEET AND CONFER, AND THEN WE'LL

11:18AM  11   TALK ABOUT 10 OR 15 MINUTES.

11:18AM  12           MR. COOPERSMITH:  OKAY.

11:18AM  13           MR. SCHENK:  THANK YOU.

11:19AM  14           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:19AM  15       (RECESS FROM 11:19 A.M. UNTIL 11:40 A.M.)

11:40AM  16           THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

11:40AM  17   ARE PRESENT.  THE DEFENDANT IS PRESENT.

11:40AM  18       WE'RE OUTSIDE OF THE PRESENCE OF OUR PROSPECTIVE PANEL.

11:40AM  19       COUNSEL.

11:40AM  20           MR. SCHENK:  THANK YOU FOR THAT TIME, YOUR HONOR.

11:40AM  21       SO THE FIRST JUROR TO DISCUSS FOR HARDSHIP BASED ON THIS

11:40AM  22   MORNING I BELIEVE IS 202.  JUROR 202 TOLD US ABOUT TRAVEL TO

11:40AM  23   THE EAST COAST, NEW YORK AND BOSTON.  HE HAS PURCHASED TICKETS,

11:40AM  24   AND WE ARE SCHEDULED FOR THREE TRIAL DAYS DURING THE PERIOD OF

11:40AM  25   TIME WHEN HE WOULD BE AWAY, AND I THINK GOING DARK FOR THOSE

11:40AM  1    THREE DAYS -- IT'S AT THE END OF MARCH, BEGINNING OF APRIL --

11:40AM  2    IS REALLY NOT THE BEST OPTION AT THIS POINT.

11:40AM  3         SO I THINK IT WOULD BE APPROPRIATE TO EXCUSE 202 FOR

11:40AM  4    HARDSHIP.

11:41AM  5              MR. COOPERSMITH:  YOUR HONOR, I DON'T THINK THAT

11:41AM  6    THAT NECESSARILY RISES TO THE LEVEL OF HARDSHIP GIVEN WHAT WE

11:41AM  7    HAVE DONE WITH OTHER JURORS.

11:41AM  8         HE DID SAY THAT IT WOULD BE DIFFICULT, I THINK HE

11:41AM  9    MENTIONED SOME TICKETS HE HAD, I'M SURE IT WILL BE DEEPLY

11:41AM  10   DISAPPOINTING.

11:41AM  11        BUT I DON'T KNOW THAT HAVING A WEEK'S TRAVEL, THERE MIGHT

11:41AM  12   BE SOME WAY TO ACCOMMODATE AT LEAST PART OF THAT.

11:41AM  13        BUT I DON'T SEE THAT, GIVEN WHAT I HAVE ALREADY HEARD, I

11:41AM  14   DON'T NECESSARILY SEE THAT.

11:41AM  15             THE COURT:  WELL, HE TOLD US THAT HE'S TRAVELLING TO

11:41AM  16   MANHATTAN.  HE SAID HE BOUGHT TICKETS FOR SHOWS.  I DIDN'T ASK

11:41AM  17   HIM.  I'M ASSUMING THAT'S BROADWAY SHOWS.

11:41AM  18             MR. COOPERSMITH:  IT COULD BE.

11:41AM  19             THE COURT:  I DIDN'T ASK.  ISN'T THAT WHERE THEY

11:41AM  20   KEEP BROADWAY?

11:41AM  21        AND HE HAD PLANE TICKETS.  SO IT SOUNDS LIKE HE WAS PRETTY

11:41AM  22   FIRM IN THAT.

11:42AM  23        I WAS THINKING ABOUT WHAT'S THE ALTERNATIVE, WE GO DARK.

11:42AM  24   I WOULD JUST HATE TO START CHIPPING AWAY AT DAYS.  I THINK THE

11:42AM  25   JUROR YESTERDAY WHO HAD WEDDINGS, I THINK WE -- AT LEAST FOR

11:42AM 1    NOW SHE'S STILL ON THE JURY, AND I THINK THAT MIGHT REQUIRE US

11:42AM 2    TO BE DARK ONE DAY, MAYBE, IF I RECALL CORRECTLY.

11:42AM 3        WELL, I THINK HE WOULD MAKE A GOOD JUROR JUST BASED ON HIS

11:42AM 4    QUESTIONNAIRE, BUT I DO THINK HE WAS PRETTY EMPHATIC ABOUT HIS

11:42AM 5    TRIAL -- OR EXCUSE ME, TRAVEL PLANS.  HE PULLED HIS PHONE AND

11:42AM 6    HAD HIS DATES ON THERE.

11:42AM 7        I'M GOING TO EXCUSE 202 FOR HARDSHIP, FOR TRAVEL HARDSHIP.

11:42AM 8        MR. SCHENK:  YOUR HONOR, NEXT THERE ARE TWO JURORS

11:42AM 9    THAT MIGHT BE WORTH A LITTLE BIT OF ADDITIONAL FOLLOWUP TO

11:43AM 10   BETTER DETERMINE WHETHER THERE IS A HARDSHIP, AND THAT IS BOTH

11:43AM 11   JURORS EXPRESSED CHILD PICKUP OR DROP-OFF ISSUES AND THAT'S 196

11:43AM 12   AND 209.

11:43AM 13       196 DESCRIBED TO US THE CHALLENGES OF PICKING UP HER TWO

11:43AM 14   CHILDREN AND TAKING THEM TO MEETS.

11:43AM 15       AND I THINK WHAT MIGHT BE HELPFUL TO KNOW IS IF HER

11:43AM 16   CHILDREN ARE ON SCHOOL TEAMS AND WHETHER THE SCHOOL PROVIDES

11:43AM 17   SOME TRANSPORTATION.  THE COURT INQUIRED ABOUT WHETHER THERE

11:43AM 18   WERE FAMILY OR FRIENDS IN THE AREA, AND IT MIGHT BE HELPFUL TO

11:43AM 19   KNOW WHETHER THERE REALLY IS NO OTHER ALTERNATIVE.

11:43AM 20       SHE TOLD US THAT HER HUSBAND TRAVELS FOR WORK, AND IF

11:43AM 21   THERE IS REALLY NO OTHER ALTERNATIVE, THEN I THINK WE

11:43AM 22   UNDERSTAND THE HARDSHIP.  IF THERE MIGHT BE A DIFFERENT AVENUE

11:43AM 23   FROM GETTING THE KIDS FROM ONE PLACE TO ANOTHER, WE MIGHT NOT

11:44AM 24   HAVE TO EXCUSE 196.

11:44AM 25       209 TOLD US ABOUT HIS PICKUP AND DROP-OFF RESPONSIBILITIES

11:44AM 1    FOR HIS CHILDREN.  I BELIEVE THE FAMILY LIVES IN GILROY AND THE

11:44AM 2    KIDS ATTEND SCHOOL IN SAN JOSE.  HE WORKS IN SAN JOSE.

11:44AM 3         SO I DON'T BELIEVE THAT THE MORNING DROP-OFF IS A PROBLEM.

11:44AM 4    THE KIDS' SCHOOL STARTS AT 8:00, AND SO HE SHOULD, IT SEEMS, BE

11:44AM 5    ABLE TO DROP THE KIDS AT SCHOOL IN SAN JOSE AND BE HERE IN

11:44AM 6    COURT.  IT'S REALLY THE PICKUP, THE 2:30 PICKUP.

11:44AM 7         AND HE TOLD US ON THE QUESTIONNAIRE THAT HIS WIFE WAS

11:44AM 8    GOING TO BE TRAVELLING FROM MARCH 15TH TO MARCH 20TH.  SO

11:44AM 9    THAT'S TOMORROW.

11:44AM 10        THERE WOULD BE TWO COURT DAYS THIS WEEK, TOMORROW AND

11:44AM 11   PRESUMABLY FRIDAY, WHERE HIS WIFE WOULDN'T BE AVAILABLE TO DO

11:44AM 12   THE PICKUP, AND WOULD THAT REQUIRE HIM TO LEAVE COURT JUST A

11:44AM 13   LITTLE BIT BEFORE 2:30?  AND IS THAT THE EXTENT OF THE HARDSHIP

11:45AM 14   AND HIS WIFE COULD ASSIST WITH PICKUPS ON FUTURE DAYS WHEN

11:45AM 15   SHE'S IN TOWN?

11:45AM 16        I DON'T KNOW THAT WE KNOW ENOUGH.  MY ASSUMPTION IS THAT

11:45AM 17   THAT WOULD BE THE PROBLEM AND WE MIGHT HAVE TO BREAK EARLY

11:45AM 18   WEDNESDAY AND FRIDAY THIS WEEK.

11:45AM 19        BUT IT MIGHT BE USEFUL TO CLARIFY THAT WITH 209.

11:45AM 20             THE COURT:  MR. COOPERSMITH.

11:45AM 21             MR. COOPERSMITH:  YOUR HONOR, MR. SCHENK DESCRIBED

11:45AM 22   WHAT OCCURRED, AND THE COURT HEARD THAT AS WELL.

11:45AM 23        I THINK THAT -- AND I GUESS WE NEED TO BE A LITTLE ULTRA

11:45AM 24   SENSITIVE THAT WE DON'T WANT A RECURRENCE OF PEOPLE WHO GET ON

11:45AM 25   THE JURY AND, LIKE, MAKE ANOTHER PLEA LATER.

11:45AM  1        I THINK IT'S OBVIOUSLY FINE TO FOLLOW UP, BUT THEY DID

11:45AM  2   STATE REASONS THAT ARE HARDSHIPS, AND THE COURT COULD EXCUSE

11:45AM  3   THEM TO ACCOMMODATE THAT SO THERE'S NO FURTHER ISSUES.

11:45AM  4        THE COURT:  WELL, WE'RE GOING TO TALK WITH THIS

11:46AM  5   WITNESS PRIVATELY ALSO.  I BELIEVE THIS IS SOMEONE WHO I

11:46AM  6   IDENTIFIED TO TALK WITH BECAUSE OF KNOWLEDGE OF THE CASE.

11:46AM  7        MR. COOPERSMITH:  YES, YOUR HONOR.

11:46AM  8        THE COURT:  SO PERHAPS WE CAN RAISE THIS IN THAT

11:46AM  9   TIME.

11:46AM  10       MR. SCHENK:  AND THEN ONE FINAL SUGGESTION FOR THE

11:46AM  11   COURT.  236 I HEARD SAY "A CLAIM MADE BY," AND I THINK THE

11:46AM  12   COURT WAS DILIGENTLY TRYING TO PREVENT ONE JUROR FROM SAYING

11:46AM  13   SOMETHING TO INFECT OTHERS.

11:46AM  14       IF 236 THEREFORE FALLS INTO A CATEGORY OF JURORS THAT WE

11:46AM  15   WANT TO TALK TO PRIVATELY, 236 IS ALSO THE JUROR WHO TOLD US

11:46AM  16   ABOUT AN INTERVIEW AT 1:00 O'CLOCK TODAY.

11:46AM  17       SO I ONLY RAISE THAT NOW FOR TIMING PURPOSES, WHETHER WE

11:46AM  18   TAKE HIM OUT OF ORDER.

11:46AM  19       THE COURT:  THANK YOU.  THANK YOU.

11:46AM  20       AND I DO SEE 236, AT LEAST ON MY LIST, OF KNOWLEDGE OF THE

11:47AM  21   CASE THAT WE SPEAK WITH PRIVATELY.

11:47AM  22       MR. COOPERSMITH.

11:47AM  23       MR. COOPERSMITH:  YOUR HONOR, THERE ARE A NUMBER OF

11:47AM  24   JURORS WHO WANTED TO SPEAK PRIVATELY.  I THINK THERE ARE OTHERS

11:47AM  25   THAT WILL REQUEST AFTER WE DO THE PANEL DISCUSSION.

11:47AM 1          I DO AGREE WITH MR. SCHENK, IT DOES MAKE SENSE, BECAUSE OF

11:47AM 2    SOME OF THE ANSWERS THAT 236 GAVE AND GIVEN HIS INTERVIEW AT

11:47AM 3    1:00, I THINK IT MAKES SENSE TO TAKE HIM OUT OF ORDER, AND

11:47AM 4    OBVIOUSLY IF IT ENDS UP THAT HE'S DISMISSED FOR CAUSE, THEN

11:47AM 5    HE'LL BE ON HIS WAY TO HIS INTERVIEW, AND WHICHEVER WAY THAT

11:47AM 6    SEEMS HELPFUL TO HIM.

11:47AM 7          THE COURT:  DO YOU WANT TO BRING HIM UP NOW PRIOR TO

11:47AM 8    YOUR QUESTIONING OF HIM AND SPEAK WITH HIM PRIVATELY ABOUT

11:47AM 9    THIS?

11:47AM 10         MR. COOPERSMITH:  I THINK THAT MAKES SENSE.  DURING

11:47AM 11   THE COURSE OF THAT, WHILE HE'S HERE, I WOULD WANT TO ASK HIM

11:47AM 12   ABOUT -- YOUR HONOR, WHILE HE'S HERE, I THINK I WOULD WANT TO

11:48AM 13   ASK HIM ABOUT SOME OF HIS ANSWERS, AND MAYBE MR. SCHENK AND THE

11:48AM 14   COURT AS WELL, THAT HE GAVE IN RESPONSE TO THE COURT'S

11:48AM 15   QUESTIONS.

11:48AM 16         THE COURT:  OKAY.  IT'S ABOUT A QUARTER TO NOON NOW.

11:48AM 17   OKAY.  ANYTHING ELSE?

11:48AM 18         MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

11:48AM 19         THE COURT:  FOR NOW?

11:48AM 20   OKAY.  SO WE CAN BRING 236 UP NOW AND QUESTION HIM, WHICH

11:48AM 21   WOULD PERMIT HIM TO DO HIS INTERVIEW IF HE REMAINS, OR

11:48AM 22   WHATEVER.

11:48AM 23   AND THEN SHOULD WE CALL THE BALANCE OF THE PANEL UP?

11:48AM 24   IF YOU'RE GOING TO QUESTION THE PANEL, HE HAS TO BE HERE

11:48AM 25   DURING THE QUESTIONING OF ALL OF THE OTHER PANELS AS WELL.  I

11:49AM 1    CAN'T SEPARATE PROSPECTIVE JURORS.

11:49AM 2        SO WE CAN BRING HIM UP NOW AND ASK HIM ABOUT WHATEVER IT

11:49AM 3    IS, A CAUSE TYPE OF SITUATION, SEE IF THAT MERITS HIM LEAVING.

11:49AM 4        IF IT DOESN'T, WE'RE KIND OF IN A TIME PICKLE.

11:49AM 5            MR. COOPERSMITH:  YOU KNOW, JUST TO MAKE A

11:49AM 6    SUGGESTION FOR THE COURT'S CONSIDERATION, THERE ARE A NUMBER OF

11:49AM 7    PEOPLE WHO ALREADY HAVE SAID THAT THEY WANT TO SPEAK PRIVATELY

11:49AM 8    ABOUT ONE THING OR THE OTHER.

11:49AM 9        OUR REQUEST WOULD BE TO SPEAK PRIVATELY WITH ANYBODY WHO

11:49AM 10   KNEW ABOUT THE CONVICTION OR THE ALLEGATIONS AGAINST

11:49AM 11   MR. BALWANI THAT MS. HOLMES MADE, AND THEN WE HAVE THIS JUROR,

11:49AM 12   I THINK IT'S 236 WHO HAS THAT APPOINTMENT.

11:49AM 13       I'M WONDERING, IT'S A LITTLE UNORTHODOX, BUT ANY QUESTIONS

11:49AM 14   THAT I WOULD ASK JURORS IN INDIVIDUAL VOIR DIRE I WOULD COVER

11:49AM 15   WHAT I NEEDED TO COVER BETTER THAN IN THE GROUP SETTING.

11:49AM 16       SO I'M WONDERING IF WE CAN BRING THE JURORS UP

11:49AM 17   INDIVIDUALLY AND THEN RESUME WITH THE GROUP QUESTIONING LATER?

11:49AM 18       THE ONLY PROBLEM WITH THAT, YOUR HONOR, JUST TO BE TOTALLY

11:50AM 19   CANDID, IS THAT YOU COULD END UP WITH MORE JURORS THAT YOU HAVE

11:50AM 20   TO QUESTION AFTERWARDS, SO IT'S A LITTLE UNORTHODOX.

11:50AM 21           THE COURT:  RIGHT.  I THINK -- I'D LIKE TO KEEP THE

11:50AM 22   JURORS TOGETHER AS BEST WE CAN FOR THE QUESTIONING.

11:50AM 23           MR. COOPERSMITH:  OKAY.

11:50AM 24           THE COURT:  BECAUSE AS I SAID, THE ANSWERS OF OTHER

11:50AM 25   JURORS THAT WE HAVE SEEN THIS MORNING CAN AFFECT RESPONSES FROM

11:50AM 1    OTHER JURORS WHO ARE LISTENING, AND THAT'S ONE OF THE PURPOSES

11:50AM 2    OF VOIR DIRE.

11:50AM 3         SO IF WE BRING THESE INDIVIDUALS UP, THERE'S ABOUT TEN OF

11:50AM 4    THEM, I THINK, DO YOU WANT TO DO THAT NOW PRIOR TO YOUR VOIR

11:50AM 5    DIRE OF THE PANEL?

11:50AM 6              MR. SCHENK:  DO ALL TEN PRIVATELY?

11:50AM 7              THE COURT:  RIGHT.  AND THEN BRING THEM BACK?

11:50AM 8         I THINK THIS IS KIND OF WHAT MR. COOPERSMITH IS

11:50AM 9    SUGGESTING.  THIS IS REGARDING THE TWO QUESTIONS THAT RESPONDED

11:50AM 10   THESE ANSWERS ABOUT PRIVATE CONVERSATIONS OR KNOWLEDGE OF THE

11:51AM 11   CASE AND REASONS THAT THEY COULD NOT SERVE:  191 IS A CROSSOVER

11:51AM 12   I THINK FOR BOTH OF THOSE CATEGORIES; AND 195 WANTED TO SPEAK

11:51AM 13   WITH US ABOUT A FINANCIAL SITUATION.

11:51AM 14             MR. SCHENK:  YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

11:51AM 15             THE COURT:  SURE.

11:51AM 16        (DISCUSSION OFF THE RECORD.)

11:51AM 17             MR. SCHENK:  YOUR HONOR, I THINK WHAT WE'RE --

11:52AM 18   REALLY THE ONLY OPTIONS ARE TO DO 236 INDIVIDUALLY, SEE IF A

11:52AM 19   CAUSE ARISES THAT CAUSES HIM TO BE EXCUSED, OTHERWISE HE GETS

11:52AM 20   FOLDED BACK IN WITH THE REST.

11:52AM 21        I DON'T HAVE AN OPINION OR PREFERENCE ON WHETHER WE DO THE

11:52AM 22   REMAINING EIGHT OR NINE INDIVIDUALS BEFORE WE GO BACK TO A

11:52AM 23   GROUP AFTER 236, OR WHETHER WE PUT 236 BACK IN WITH THE LARGE

11:52AM 24   GROUP, WE DO THE ATTORNEY CONDUCTED VOIR DIRE PORTION, AND THEN

11:52AM 25   THROUGH THAT WE DETERMINE WHICH ARE THE ONES THAT NEED

803

11:52AM  1    INDIVIDUAL VOIR DIRE.  I DON'T HAVE A SUGGESTION.

11:52AM  2            MR. COOPERSMITH:  YOUR HONOR, NOW THAT I'M THINKING

11:52AM  3    ABOUT IT AND AFTER CONFERRING WITH MR. SCHENK, I DON'T WANT TO

11:52AM  4    HAVE PEOPLE, YOU KNOW, DOWNSTAIRS JUST WAITING, RIGHT?  I THINK

11:52AM  5    THAT'S NOT CONSIDERATE.

11:52AM  6        WHAT WE COULD DO IS TAKE NUMBER 236 OUT OF ORDER BECAUSE

11:53AM  7    OF HIS CIRCUMSTANCES, AND THEN GO AHEAD WITH THE GROUP VOIR

11:53AM  8    DIRE AS NORMAL, AND THEN ANY SPECIFIC JURORS THAT WANTED TO

11:53AM  9    TALK BASED ON THAT WE WOULD THEN DO THE INDIVIDUAL.

11:53AM 10        AT THAT POINT, THOUGH, THE JURORS WHO WERE NOT GOING TO BE

11:53AM 11    ON INDIVIDUAL VOIR DIRE COULD BE RELIEVED WITH THE COURT'S

11:53AM 12    PERMISSION TO BE CONTACTED AT SOME OTHER POINT.

11:53AM 13            SO I DON'T KNOW IF THAT WORKS.

11:53AM 14            THE COURT:  YES.  I'VE ALSO MADE INQUIRY ABOUT

11:53AM 15    BRINGING THE OTHER PANEL BACK TODAY IN THE HOPES THAT WE CAN

11:53AM 16    ACCOMPLISH WHAT WE NEED TO DO TODAY WITH SWEARING THE JURY.

11:53AM 17    THAT'S WHAT I WOULD LIKE TO DO.

11:53AM 18        MY FEAR IS BY DELAYING, IT CREATES AN OPPORTUNITY TO --

11:53AM 19    FOR THE COURT TO RECEIVE EMAILS --

11:53AM 20            MR. COOPERSMITH:  SURE.

11:53AM 21            THE COURT:  -- REGARDING ISSUES.

11:53AM 22        I'VE ASKED ABOUT THAT AND IT SOUNDS LIKE WE MAY BE ABLE TO

11:53AM 23    BRING BACK THE OTHER PANEL, AND THEY MIGHT BE BACK HERE AS

11:53AM 24    EARLY AS 1:00 P.M.

11:54AM 25        SO I -- AS TO YOUR POINT ABOUT HAVING PEOPLE WAIT AROUND,

11:54AM 1      WE DON'T WANT THAT.

11:54AM 2              MR. COOPERSMITH:  RIGHT.

11:54AM 3              THE COURT:  SO I'D LIKE TO GET OUR PROCESS GOING AS

11:54AM 4      EFFICIENTLY AS WE CAN, RESPECTING THE RIGHTS OF BOTH PARTIES TO

11:54AM 5      DO THAT OF COURSE.

11:54AM 6          SO LET'S BRING 236 UP AND SEE IF HE'S THERE.

11:54AM 7          I'M JUST GOING TO GET MY CHART OFF MY DESK.

11:54AM 8          (PAUSE IN PROCEEDINGS.)

11:55AM 9              THE COURT:  I'M GOING TO ASK OUR COURTROOM DEPUTY TO

11:55AM 10     GIVE YOU A COPY OF AN EMAIL FROM PROSPECTIVE JUROR 131.

11:57AM 11         (PAUSE IN PROCEEDINGS.)

11:57AM 12         (PROSPECTIVE JUROR NUMBER 236 IS PRESENT.)

11:58AM 13             THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

11:58AM 14     SEATED.  THANK YOU.

11:59AM 15         WE'RE ON THE RECORD.  THE RECORD SHOULD REFLECT THAT

11:59AM 16     JUROR 236 HAS RETURNED TO THE COURTROOM.

11:59AM 17         ALL COUNSEL AND THE DEFENDANT IS PRESENT.

11:59AM 18         WE'RE OUTSIDE OF THE PRESENCE OF THE OTHER PANEL MEMBERS.

11:59AM 19         JUROR 236, THANK YOU FOR COMING UP.  I WANTED TO ASK YOU

11:59AM 20     SOME QUESTIONS OUTSIDE OF THE PRESENCE OF YOUR COLLEAGUE JURORS

11:59AM 21     AS WE'VE SAID.

11:59AM 22         FIRST OF ALL, I UNDERSTAND, SIR, YOU HAVE A -- DO YOU HAVE

11:59AM 23     A ZOOM CALL TODAY AT 1:00 O'CLOCK?

11:59AM 24             PROSPECTIVE JUROR:  I RESCHEDULED IT.

11:59AM 25             THE COURT:  OH, YOU DID?  OH, OKAY.  WELL, THANK YOU

11:59AM  1     FOR THAT.

11:59AM  2          THAT'S ONE OF THE REASONS WE CALLED YOU UP.  WE WANTED TO

11:59AM  3     GIVE YOU AMPLE TIME TO TAKE CARE OF THAT.  THANK YOU.

11:59AM  4          WAS THAT RESCHEDULED FOR LATER THIS WEEK?

11:59AM  5               PROSPECTIVE JUROR:  FOR TOMORROW.

11:59AM  6               THE COURT:  FOR WHAT TIME TOMORROW?

11:59AM  7               PROSPECTIVE JUROR:  SAME TIME, AT 2:00 O'CLOCK

11:59AM  8     TOMORROW.

11:59AM  9               THE COURT:  2:00 O'CLOCK TOMORROW.  OKAY.  THANK

11:59AM  10    YOU.

11:59AM  11         SO I WANTED TO CALL YOU UP IN RESPONSE TO YOUR QUESTION,

11:59AM  12    YOUR ANSWER, EXCUSE ME, TO THE QUESTION ABOUT KNOWLEDGE OF THE

12:00PM  13    OTHER CASE, AND I THINK YOU TOLD ME, YOU TOLD US THAT YOU WATCH

12:00PM  14    LOCAL NEWS T.V. --

12:00PM  15               PROSPECTIVE JUROR:  YES.

12:00PM  16               THE COURT:  -- ABOUT THE OTHER CASE.

12:00PM  17               PROSPECTIVE JUROR:  THAT'S RIGHT.

12:00PM  18               THE COURT:  AND WHY DON'T YOU TELL ME A LITTLE BIT

12:00PM  19    ABOUT WHAT IT IS THAT YOU SAW, WHAT PROGRAMS.

12:00PM  20               PROSPECTIVE JUROR:  SO IT WAS I THINK KRON

12:00PM  21    BASICALLY.  EVER SINCE THIS CASE STARTED, WE'VE BEEN STAYING IN

12:00PM  22    TOUCH OR WATCHING THE NEWS.  WE WATCH THE NEWS EVERY MORNING.

12:00PM  23         ANYWAY, THE LAST THING I HEARD WAS ELIZABETH HOLMES WHEN

12:00PM  24    SHE SAID THE THING THAT KIND OF MADE ME, I GUESS, CAST DOUBT OR

12:00PM  25    PASS JUDGMENT, BUT WHAT SHE SAID WAS THAT THE DEFENDANT WAS

806

| | | |
|--|--|--|
| 12:00PM | 1 | ABUSIVE.  THAT WAS IT. |
| 12:00PM | 2 | THE COURT:  OH, OKAY.  YOU HEARD THAT ON THE NEWS? |
| 12:01PM | 3 | PROSPECTIVE JUROR:  THAT SHE SAID. |
| 12:01PM | 4 | THE COURT:  YOU HEARD ON THE NEWS, THE NEWS REPORTED |
| 12:01PM | 5 | THAT SHE SAID THAT? |
| 12:01PM | 6 | PROSPECTIVE JUROR:  THAT'S RIGHT. |
| 12:01PM | 7 | THE COURT:  OKAY.  AND HOW LONG AGO WAS IT THAT YOU |
| 12:01PM | 8 | HEARD THIS? |
| 12:01PM | 9 | PROSPECTIVE JUROR:  I THINK RIGHT BEFORE THE VERDICT |
| 12:01PM | 10 | OR RIGHT AFTER THE VERDICT WAS READ. |
| 12:01PM | 11 | THE COURT:  OKAY.  ARE YOU AWARE OF A VERDICT THAT |
| 12:01PM | 12 | WAS -- |
| 12:01PM | 13 | PROSPECTIVE JUROR:  I THINK SO.  LIKE I SAY, I WAS |
| 12:01PM | 14 | WATCHING THE NEWS AND IT COMES ON AND FROM THE NEWS MOMENTUM, I |
| 12:01PM | 15 | FELT LIKE SHE WAS GOING TO BE GUILTY. |
| 12:01PM | 16 | SO LAST TIME I REMEMBER SEEING HER COMING OUT OF THE |
| 12:01PM | 17 | COURTHOUSE, AND THAT'S WHEN THEY REPORTED THAT SHE SAID THAT HE |
| 12:01PM | 18 | WAS ABUSIVE TOWARD HER. |
| 12:01PM | 19 | THE COURT:  OKAY.  THAT'S WHAT THE NEWS REPORTED |
| 12:01PM | 20 | THAT SHE SAID? |
| 12:01PM | 21 | PROSPECTIVE JUROR:  THAT'S RIGHT. |
| 12:01PM | 22 | THE COURT:  OKAY.  AND ARE YOU AWARE OF THE VERDICT |
| 12:01PM | 23 | IN HER CASE?  ARE YOU AWARE OF WHAT HAPPENED IN HER CASE? |
| 12:01PM | 24 | PROSPECTIVE JUROR:  I THOUGHT SHE WAS FOUND GUILTY. |
| 12:01PM | 25 | THE COURT:  OKAY.  AND THAT AWARENESS COMES FROM THE |

```
12:01PM    1    MEDIA AS WELL?

12:01PM    2              PROSPECTIVE JUROR:  THAT'S RIGHT.

12:02PM    3              THE COURT:  IS THAT SOMETHING THAT YOU RECALL SEEING

12:02PM    4    ON A NEWS OR READING?

12:02PM    5              PROSPECTIVE JUROR:  I COULD HAVE SWORE I SAW IT ON

12:02PM    6    THE NEWS, YEAH.

12:02PM    7              THE COURT:  OKAY.  SO THANK YOU.

12:02PM    8          ANYTHING ELSE ABOUT YOUR EXPOSURE TO THE CASE?

12:02PM    9              PROSPECTIVE JUROR:  THAT'S IT.

12:02PM   10              THE COURT:  OKAY.  WELL, LET ME ASK YOU THE QUESTION

12:02PM   11    YOU HEARD ME ASK THIS MORNING OF OTHERS:  BASED ON WHAT YOU

12:02PM   12    KNOW AND THAT INFORMATION THAT YOU SHARED WITH US, DO YOU

12:02PM   13    BELIEVE THAT YOU CAN BE A FAIR AND IMPARTIAL JUROR TO BOTH

12:02PM   14    SIDES?

12:02PM   15              PROSPECTIVE JUROR:  YES.

12:02PM   16        SO WHEN THIS THING CAME UP, THIS CASE CAME UP, WE HAD

12:02PM   17    DISCUSSIONS ABOUT IT WITH FRIENDS, AND SO WE HAD OUR OWN

12:02PM   18    OPINIONS ON THIS CASE.  SO MY OPINION WAS NOT FAVORABLE TO THE

12:02PM   19    DEFENDANT.

12:02PM   20              THE COURT:  OKAY.  AND YOU USED THE PAST TENSE

12:03PM   21    "WAS," DESCRIBING WHAT YOUR OPINION WAS WHEN YOU HAD

12:03PM   22    CONVERSATIONS.

12:03PM   23              PROSPECTIVE JUROR:  YES.

12:03PM   24              THE COURT:  ALL RIGHT.  SO YOU HEARD ME TALK ABOUT

12:03PM   25    THE TRIAL PROCESS, THAT YOU'RE TO MAKE DECISIONS JUST HERE.
```

12:03PM 1          PROSPECTIVE JUROR:  YES.

12:03PM 2          THE COURT:  IS THAT SOMETHING THAT YOU THINK YOU CAN

12:03PM 3     DO?  CAN YOU PUT ASIDE YOUR OPINIONS, INCLUDING THE OPINIONS

12:03PM 4     THAT YOU SHARED WITH YOUR FRIENDS, AND PUT ASIDE ANYTHING THAT

12:03PM 5     YOU'VE READ, HEARD, OR LISTENED TO ABOUT THIS CASE AND BE A

12:03PM 6     FAIR AND IMPARTIAL JUROR AND DECIDE THE CASE ONLY ON THE

12:03PM 7     EVIDENCE THAT YOU HEAR IN THIS COURTROOM?

12:03PM 8          PROSPECTIVE JUROR:  I DO BELIEVE THAT.  I THINK THAT

12:03PM 9     EVERYONE IS INNOCENT UNTIL PROVEN GUILTY.

12:03PM 10          THE COURT:  RIGHT.  AND IS THAT SOMETHING THAT -- TO

12:03PM 11     MY QUESTION, IS THAT SOMETHING THAT YOU CAN DO?  CAN YOU DO

12:03PM 12     THAT?  CAN YOU PUT ASIDE EVERYTHING ELSE THAT YOU'VE HEARD?

12:03PM 13          PROSPECTIVE JUROR:  SURE.  I THINK SO.

12:03PM 14          THE COURT:  OKAY.  ANY DOUBT IN YOUR MIND ABOUT

12:03PM 15     THAT?

12:03PM 16          PROSPECTIVE JUROR:  NO.

12:03PM 17          THE COURT:  AND TELL ME, HOW DO YOU THINK YOU -- HOW

12:03PM 18     WOULD YOU DO THAT?

12:04PM 19          PROSPECTIVE JUROR:  IT'S IMPORTANT, BUT I FEEL LIKE

12:04PM 20     THE DEFENSE HAS TO PROVE -- LIKE I SAID, I FEEL LIKE HE HAS TO

12:04PM 21     PROVE THERE WAS NO INVOLVEMENT OR THERE WAS NO CONNECTION TO

12:04PM 22     WIRE FRAUD OR WHATEVER.  SO THAT'S THE WAY I FEEL.

12:04PM 23          THE COURT:  I'M SORRY, YOU THINK THAT THE DEFENDANT

12:04PM 24     HAS TO PROVE THAT?

12:04PM 25          PROSPECTIVE JUROR:  YES.

12:04PM  1                 THE COURT:  HAS TO PROVE HIS INNOCENCE TO YOU?

12:04PM  2                 PROSPECTIVE JUROR:  YES.

12:04PM  3                 THE COURT:  OKAY.  YOU HEARD ME TALK ABOUT THE

12:04PM  4     PRESUMPTION OF INNOCENCE?

12:04PM  5                 PROSPECTIVE JUROR:  I HAVE.  I'M SORRY.

12:04PM  6                 THE COURT:  YOU KNOW WHAT?  LET ME INTERRUPT YOU AND

12:04PM  7     SAY, DON'T INTERRUPT ME.

12:04PM  8         I WANT YOU TO UNDERSTAND THE FULL QUESTION SO WE ALL CAN

12:04PM  9     CAPTURE YOUR FULL ANSWER.  ALL RIGHT, SIR?

12:04PM  10                PROSPECTIVE JUROR:  OKAY.

12:04PM  11                THE COURT:  SO YOU HEARD ME TALK ABOUT THE

12:04PM  12    PRESUMPTION OF INNOCENCE.

12:04PM  13                PROSPECTIVE JUROR:  YES.

12:04PM  14                THE COURT:  YOU HEARD THAT THIS MORNING?

12:04PM  15                PROSPECTIVE JUROR:  YES, I HAVE.

12:04PM  16                THE COURT:  OKAY.  AND WHAT YOU'RE TELLING ME IS A

12:04PM  17    LITTLE CONTRARY TO THAT; IS THAT RIGHT?

12:04PM  18                PROSPECTIVE JUROR:  YES.  LIKE I SAID, I HAVE TO

12:04PM  19    HEAR THE EVIDENCE, YOU'RE ABSOLUTELY CORRECT.

12:05PM  20                THE COURT:  AND I'M NOT ASKING YOU TO -- THIS IS NOT

12:05PM  21    A TEST, AND THERE'S NO -- YOU DON'T GET AN A, OR A B, OR A C.

12:05PM  22         I'M JUST TRYING TO PROBE YOUR UNDERSTANDING OF THAT

12:05PM  23    CONCEPT FOR THE PURPOSE OF SEEING WHETHER YOU WOULD BE AN

12:05PM  24    APPROPRIATE JUROR IN THIS CASE.

12:05PM  25                PROSPECTIVE JUROR:  YES.

810

12:05PM  1          THE COURT:  AND THE PRIMARY CONCEPT THAT WE'RE

12:05PM  2     TALKING ABOUT IS THE PRESUMPTION OF INNOCENCE, WHICH MEANS THAT

12:05PM  3     THE GOVERNMENT HAS TO PROVE GUILT.

12:05PM  4          THE DEFENDANT DOES NOT HAVE TO PROVE INNOCENCE.

12:05PM  5          DO YOU UNDERSTAND THAT CONCEPT?

12:05PM  6          PROSPECTIVE JUROR:  I DO UNDERSTAND THAT CONCEPT.

12:05PM  7          THE COURT:  OKAY.  BUT NOTWITHSTANDING THAT, AM I

12:05PM  8     RIGHT IN HEARING YOU SAY THAT, WELL, GEE, JUDGE, BASED ON WHAT

12:05PM  9     I KNOW ABOUT THE CASE AND WHAT I'VE READ AND WHAT I'VE TALKED

12:05PM  10    TO WITH MY FRIENDS, NOTWITHSTANDING THAT, I STILL THINK THAT

12:05PM  11    I'M GOING TO REQUIRE MR. BALWANI TO PROVE HIS INNOCENCE TO ME.

12:05PM  12         IS THAT, IS THAT HOW YOU FEEL?  I'M NOT BEING CRITICAL OF

12:05PM  13    YOU, I'M JUST --

12:05PM  14         PROSPECTIVE JUROR:  AND THAT'S EXACTLY WHAT I'M

12:05PM  15    SAYING.

12:05PM  16         THE COURT:  NO.  NO.  THANK YOU.  I'M NOT WAGGING MY

12:06PM  17    FINGER AT ALL.  NOT AT ALL.

12:06PM  18         REALLY, THIS IS A PROCESS TO FIND OUT HOW YOU REALLY FEEL

12:06PM  19    AND WHAT YOUR MINDSET IS.  THESE LAWYERS WANT TO KNOW THAT, YOU

12:06PM  20    KNOW, AND I WANT TO KNOW THAT TO SEE IF THIS IS THE RIGHT CASE

12:06PM  21    FOR YOU.

12:06PM  22         PROSPECTIVE JUROR:  NO, ABSOLUTELY.

12:06PM  23         THE COURT:  RIGHT.  I APPRECIATE YOUR CANDOR.

12:06PM  24         AND IT'S SOMETIMES DIFFICULT -- YOU PROBABLY NEVER TALKED

12:06PM  25    TO A JUDGE BEFORE I THINK; IS THAT FAIR?

12:06PM 1          PROSPECTIVE JUROR:  I'VE TALKED TO JUDGES.

12:06PM 2          THE COURT:  OH, ALL RIGHT.  BECAUSE SOMETIMES PEOPLE

12:06PM 3   ARE AFRAID TO TALK WITH JUDGES, THEY DON'T WANT TO SAY THE

12:06PM 4   WRONG THING, OH, MY GOSH.  THAT'S NOT THE CASE HERE.  WE WANT

12:06PM 5   YOU TO BE OPEN AND FRANK.

12:06PM 6          PROSPECTIVE JUROR:  I'M TRYING TO BE.

12:06PM 7          THE COURT:  AND YOU ARE.  I APPRECIATE THAT.

12:06PM 8       MR. SCHENK, DO YOU HAVE ANY QUESTIONS FOR JUROR 236?

12:06PM 9          MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

12:06PM 10         THE COURT:  ANY QUESTIONS, MR. COOPERSMITH?  NO?

12:06PM 11         MR. COOPERSMITH:  IS IT NECESSARY FOR ME TO ASK

12:06PM 12   QUESTIONS, YOUR HONOR?

12:06PM 13         THE COURT:  I CAN'T SEE ANY QUESTIONS YOU WOULD WANT

12:06PM 14   TO ASK, BUT I DON'T WANT TO GET IN THE WAY OF THE DEFENSE.  I'M

12:06PM 15   NOT GOING TO TELL THE DEFENSE WHAT TO DO OF COURSE.

12:07PM 16         MR. COOPERSMITH:  YOUR HONOR, I THINK THE COURT'S

12:07PM 17   QUESTIONS SUFFICIENTLY FLESHED OUT THE JUROR'S --

12:07PM 18         THE COURT:  THANK YOU VERY MUCH, SIR.  THANK YOU.

12:07PM 19   YOU CAN JUST LEAVE THE MICROPHONE THERE AND YOU CAN GO BACK

12:07PM 20   DOWNSTAIRS NOW.  THANK YOU.

12:07PM 21         PROSPECTIVE JUROR:  ALL RIGHT.

12:07PM 22      (PROSPECTIVE JUROR 236 IS NOT PRESENT.)

12:07PM 23         THE COURT:  ALL RIGHT.  THANK YOU.  THE RECORD

12:07PM 24   SHOULD REFLECT THAT 236 HAS LEFT THE COURTROOM.  ALL COUNSEL

12:07PM 25   AND MR. BALWANI REMAIN.

12:07PM  1          MR. SCHENK, ANY COMMENT?

12:07PM  2               MR. SCHENK:  YOUR HONOR, NO OBJECTION TO EXCUSING

12:07PM  3     236 FOR CAUSE.

12:07PM  4               MR. COOPERSMITH:  AGREED, YOUR HONOR.

12:07PM  5               THE COURT:  ALL RIGHT.  THANK YOU.

12:07PM  6          I WILL EXCUSE 236 FOR CAUSE, BUT WE WON'T LET HIM KNOW

12:07PM  7     THAT YET, BUT HE WILL BE EXCUSED FROM THE PANEL FOR CAUSE BASED

12:07PM  8     ON HIS RESPONSES TO THE QUESTION.

12:07PM  9          SHOULD WE BRING UP OUR JURY THEN NOW AND ALLOW YOU TO

12:08PM  10    BEGIN YOUR VOIR DIRE, AND THEN WE CAN MOVE INTO PRIVATE

12:08PM  11    CONVERSATIONS AS NECESSARY?  SHOULD WE DO THAT?

12:08PM  12               MR. SCHENK:  YES, YOUR HONOR.

12:08PM  13               MR. COOPERSMITH:  THAT SOUNDS GOOD, YOUR HONOR.

12:08PM  14               THE COURT:  OKAY.

12:09PM  15          (PAUSE IN PROCEEDINGS.)

12:09PM  16               MR. SCHENK:  YOUR HONOR, MAY I INQUIRE IF THE JURY

12:09PM  17    FROM YESTERDAY HAS ALREADY BEEN CALLED IN?  THE COURT MENTIONED

12:09PM  18    THAT THEY MIGHT BE ABLE TO ARRIVE BY 1:00.

12:09PM  19          HAS THAT OCCURRED?

12:09PM  20               THE COURT:  I JUST ASKED OUR COURTROOM DEPUTY.  I

12:10PM  21    DON'T THINK I'VE HEARD BACK IF THEY'RE HERE.

12:10PM  22               MR. SCHENK:  IF MY MATH IS CORRECT, WE'RE ON THE

12:10PM  23    EDGE OF WHETHER WE WILL GET A JURY WITH WHAT WE HAVE LEFT

12:10PM  24    TODAY.  I THINK WE CAN LOSE THREE MORE.

12:10PM  25          SO I MIGHT HAVE ASKED TOO LATE, BUT WE MAY NOT NEED TO

813

| | | |
|---|---|---|
| 12:10PM | 1 | CALL IN THE JURY FROM YESTERDAY. |
| 12:10PM | 2 | THE COURT:  OKAY.  WELL, LET'S SEE WHAT HAPPENS. |
| 12:10PM | 3 | MR. SCHENK:  THANK YOU. |
| 12:10PM | 4 | THE COURT:  THANK YOU. |
| 12:10PM | 5 | (PAUSE IN PROCEEDINGS.) |
| 12:11PM | 6 | THE COURT:  COUNSEL, I'M INFORMED THAT SOME OF THE |
| 12:11PM | 7 | JURORS FROM YESTERDAY HAVE ARRIVED. |
| 12:11PM | 8 | AND I BELIEVE I'M ACCURATE THAT YESTERDAY'S JURY PANEL |
| 12:12PM | 9 | WILL COMPOSE AT LEAST TEN OF THE SEATS.  SO IF THOSE TEN ARE |
| 12:12PM | 10 | HERE, WE COULD AT LEAST SWEAR IN OUR 12 IF WE NEED TO AND GET |
| 12:12PM | 11 | THAT ACCOMPLISHED, AND THEN CONTINUE WORK ON THE ALTERNATES IF |
| 12:12PM | 12 | WE NEED TO. |
| 12:14PM | 13 | (PAUSE IN PROCEEDINGS.) |
| 12:14PM | 14 | (PROSPECTIVE JURY PANEL IN AT 12:14 P.M.) |
| 12:15PM | 15 | THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE |
| 12:15PM | 16 | SEATED. |
| 12:15PM | 17 | WE'RE BACK ON THE RECORD IN THE BALWANI MATTER.  OUR |
| 12:15PM | 18 | PROSPECTIVE PANEL MEMBERS ARE PRESENT.  ALL COUNSEL ARE |
| 12:15PM | 19 | PRESENT, AND THE DEFENDANT IS PRESENT. |
| 12:15PM | 20 | LET ME TURN TO THE GOVERNMENT AND ASK IF THE GOVERNMENT |
| 12:15PM | 21 | HAS QUESTIONS. |
| 12:15PM | 22 | MR. SCHENK:  YES.  THANK YOU, YOUR HONOR. |
| 12:15PM | 23 | THE COURT:  MR. SCHENK. |
| 12:15PM | 24 | MR. SCHENK:  MAY I, YOUR HONOR? |
| 12:16PM | 25 | THE COURT:  YES, PLEASE. |

12:16PM  1          MR. SCHENK:  YOU HEARD THIS MORNING MY NAME IS

12:16PM  2     JEFF SCHENK, AND I REPRESENT THE UNITED STATES IN THIS MATTER.

12:16PM  3          I HAVE A COUPLE OF QUESTIONS FOR THE PANEL AS A WHOLE, AND

12:16PM  4     THEN A FEW QUESTIONS FOR JUST A COUPLE OF INDIVIDUALS.

12:16PM  5          THE FIRST QUESTION FOR THE PANEL AS A WHOLE IS A FOLLOWUP

12:16PM  6     TO A QUESTION THAT JUDGE DAVILA ASKED YOU THIS MORNING, AND IT

12:16PM  7     WAS PART OF THE PROCESS OF BEING JURORS IN A TRIAL CAN FEEL

12:16PM  8     LIKE YOU'RE BEING ASKED TO SIT IN JUDGMENT OF ANOTHER PERSON,

12:16PM  9     THE ACTIONS TAKEN OR COMMITTED BY SOMEONE, AND FOR SOME PEOPLE

12:16PM 10     THAT IS SOMETHING THAT THEY'RE COMFORTABLE DOING, AND FOR

12:16PM 11     OTHERS THERE IS AN IMPEDIMENT OR AN OBSTACLE TO IT.

12:16PM 12          I'M JUST WONDERING WHETHER ANYBODY HAS MORE TO SAY ON THAT

12:16PM 13     TOPIC.  DOES ANYONE THINK THAT THE PROCESS OF SITTING IN

12:16PM 14     JUDGMENT OF ANOTHER PERSON IS GOING TO BE PROBLEMATIC FOR THEM?

12:16PM 15          ANYONE?

12:16PM 16          OKAY.  THIS MORNING JUDGE DAVILA ASKED YOU IF YOU HAD A

12:17PM 17     VIEW ON LAW ENFORCEMENT WITNESSES, IF YOU WOULD GIVE THEM MORE

12:17PM 18     OR LESS WEIGHT WHEN THEY TESTIFY.

12:17PM 19          I WANT TO ASK YOU A SIMILAR QUESTION ABOUT DOCTORS.  IT'S

12:17PM 20     POSSIBLE THAT YOU'LL HEAR FROM DOCTORS, MEDICAL DOCTORS DURING

12:17PM 21     THE COURSE OF THE TRIAL, AND MANY PEOPLE HAVE HAD PRIOR

12:17PM 22     EXPERIENCES WITH MEDICAL DOCTORS OR PEOPLE IN THE MEDICAL

12:17PM 23     PROFESSION, AND I'M WONDERING IF ANYBODY, BASED ON THOSE PRIOR

12:17PM 24     EXPERIENCES, WOULD HAVE ANY TROUBLE LISTENING TO THE TESTIMONY

12:17PM 25     OF A PHYSICIAN, OF A MEDICAL DOCTOR, AND EVALUATING THAT

12:17PM   1    TESTIMONY FAIRLY?

12:17PM   2         DO YOU HAVE PRIOR EXPERIENCES WITH DOCTORS?  YOU DON'T

12:17PM   3    HAVE TO TELL US ABOUT THOSE SPECIFIC EXPERIENCES.  I'M JUST

12:17PM   4    WONDERING WHETHER ANYBODY HAS CONCERNS ABOUT THEIR ABILITY TO

12:17PM   5    HEAR TESTIMONY FROM DOCTORS?

12:17PM   6         AS PART OF THE TRIAL, THE SEATED JURY IS GOING TO TAKE UP

12:17PM   7    THE SEATS IN THE BOX HERE, AND THEN THE TWO SEATS ON EACH OF

12:17PM   8    THE ENDS, AND THEN THE FIRST ROW IN THE GALLERY.

12:18PM   9         AND DURING THE COURSE OF THE TRIAL, THERE'S GOING TO BE A

12:18PM   10   LOT OF EXHIBITS, DOCUMENTS.  BUT INSTEAD OF HANDING YOU PAPER,

12:18PM   11   THEY WILL APPEAR ON SCREENS.  THEY WILL BE ON THE FIVE SMALLER

12:18PM   12   SCREENS HERE IN THE FRONT, AND THEN ON THE T.V. SCREEN THAT IS

12:18PM   13   UP ON THE WALL IN FRONT OF SOME OF YOU AND ON THE OTHER SIDE OF

12:18PM   14   THE COURTROOM.

12:18PM   15        DOES ANYONE HAVE A CONCERN ABOUT THEIR ABILITY TO SEE THE

12:18PM   16   SCREEN FROM THOSE -- THE SEATS THAT I'VE POINTED TO?  IF,

12:18PM   17   THROUGHOUT THE COURSE OF THE TRIAL, YOU'RE SHOWN EMAILS AND

12:18PM   18   PORTIONS WILL BE ZOOMED IN, BUT DOES ANYBODY HAVE A CONCERN

12:18PM   19   ABOUT THAT?

12:18PM   20        I SEE NO HANDS.

12:18PM   21        OKAY.  YOU'VE HEARD DURING THIS MORNING'S SESSION THAT

12:18PM   22   THIS TRIAL MAY GET OR HAS RECEIVED SOME MEDIA COVERAGE, AND

12:18PM   23   PART OF YOUR OBLIGATION IS TO MAKE YOUR DECISION BASED ON WHAT

12:18PM   24   YOU HEAR DURING THE TRIAL HERE IN THE COURTROOM AND NOT ON

12:18PM   25   ANYTHING REPORTED IN THE NEWS.

12:18PM  1    AND FOR SOME PEOPLE, THAT PROCESS OF SORT OF DISENGAGING

12:19PM  2    FROM THE NEWS IS GOING TO BE A CHALLENGE FROM TURNING OFF

12:19PM  3    STORIES.  I WANT TO GIVE OTHERS AN OPPORTUNITY TO RAISE THEIR

12:19PM  4    HAND IF YOU HAVE A CONCERN ABOUT THAT, IF NEWS OR T.V. PROGRAMS

12:19PM  5    ARE A PART OF YOUR LIFE AND YOU HAVE A CONCERN.

12:19PM  6         I SEE ONE HAND.

12:19PM  7              PROSPECTIVE JUROR:  I'M JUROR 207.

12:19PM  8         I HAVE A QUESTION ABOUT ADVERTISEMENTS, BECAUSE SOMETIMES

12:19PM  9    IT'S INEVITABLE AND I'M NOT SEARCHING FOR IT, BUT IF I JUST

12:19PM  10   SKIP IT, IT'S NOT VIOLATING THE INSTRUCTION ABOUT RESEARCH; IS

12:19PM  11   THAT CORRECT?

12:19PM  12             MR. SCHENK:  A QUESTION ABOUT ADVERTISEMENT?  MAYBE

12:19PM  13   I'LL LET THE COURT --

12:19PM  14             THE COURT:  THANK YOU.

12:19PM  15        THERE ARE TIMES WHEN WE ARE EXPOSED UNINTENTIONALLY TO

12:19PM  16   NEWS AND ITEMS.  THAT HAPPENS WHEN WE GO TO MARKET, WHEN WE DO

12:19PM  17   COMMERCE, WE COME ACROSS NEWSPAPERS, WE HAVE OUR RADIO STATIONS

12:19PM  18   ON AND ADVERTISEMENTS COME ON.

12:19PM  19        THE INSTRUCTION IS, AND YOU WILL BE INSTRUCTED, THAT

12:20PM  20   YOU'RE NOT TO AFFIRMATIVELY DO ANY OF THOSE THINGS, SEEK OUT

12:20PM  21   AND DO ANY AFFIRMATIVE RESEARCH ON YOUR OWN.  DO NOT DRIVE BY

12:20PM  22   LOCATIONS THAT YOU HEAR ABOUT, THOSE TYPES OF THINGS.

12:20PM  23        INADVERTENT EXPOSURE IS SOMETHING THAT I'M GOING TO ASK

12:20PM  24   YOU, IF YOU'RE SEATED AS A JUROR HERE, TO TRY TO DO YOUR BEST

12:20PM  25   TO AVOID.

817

```
12:20PM   1        AND YOU HEARD ME TALK ABOUT ELIMINATING THE NEWS FEEDS I

12:20PM   2    THINK THEY'RE CALLED, NEWS FEEDS, AND APPS AND PUSHES AND THOSE

12:20PM   3    TYPES OF THINGS FROM SUBSCRIPTIONS THAT YOU MAY HAVE.  I WOULD

12:20PM   4    ASK YOU TO STOP RECEIVING "THE NEW YORK TIMES," NPR, THOSE

12:20PM   5    TYPES OF THINGS THAT POP UP ON YOUR PHONES OR YOUR DEVICES.

12:20PM   6        BUT IF YOU'RE EXPOSED TO SOMETHING THAT IS INADVERTENT,

12:20PM   7    WHAT I WILL DO -- AND I WILL TELL YOU THIS IF YOU'RE SEATED AS

12:20PM   8    A JUROR -- EVERY EVENING BEFORE YOU LEAVE, BEFORE WE END, I'M

12:20PM   9    GOING TO INSTRUCT YOU AGAIN, I'M GOING TO ADVISE YOU OF THE

12:20PM  10    ADMONISHMENT.

12:20PM  11        EVERY MORNING BEFORE WE START, I'M GOING TO ASK YOU IF YOU

12:21PM  12    HAVE BEEN EXPOSED TO ANYTHING, AND THAT WOULD BE THE TIME THAT

12:21PM  13    YOU WOULD INFORM THE COURT AND COUNSEL ABOUT ANY EXPOSURES, AND

12:21PM  14    WE'LL TALK ABOUT THAT.

12:21PM  15        IF YOU SEE SOMETHING THAT FLASHES ON THE SCREEN, WE'VE

12:21PM  16    HEARD ABOUT THAT HERE, I SAW AN ADVERTISEMENT FOR A HULU SHOW.

12:21PM  17    THAT DOESN'T VIOLATE THE SPIRIT OF THE ORDER.

12:21PM  18        BUT I THINK IF YOU'RE WATCHING PROGRAMS -- AND WE KNOW

12:21PM  19    WHAT TO EXPECT -- THERE IS SOME, THERE IS SOME EFFORT THAT IS

12:21PM  20    GOING TO BE REQUIRED.  YOU WILL HAVE TO -- IN THE SPIRIT OF

12:21PM  21    FULL DISCLOSURE, YOU'RE GOING TO HAVE TO CHANGE YOUR HABITS IN

12:21PM  22    SOME MANNER.

12:21PM  23        BUT INADVERTENT, INADVERTENT EXPOSURE, I DON'T THINK WE

12:21PM  24    CAN POLICE THAT, UNLESS I PUT YOU IN THE HOTEL ACROSS THE

12:21PM  25    STREET AND REMOVE THE TELEVISIONS FROM YOUR ROOMS.  AND I
```

1    PROMISE YOU I'M NOT GOING TO DO THAT.

2         I HOPE THAT ANSWERS YOUR QUESTION.

3              PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.

4              MR. SCHENK:  THANK YOU.

5         ANY HANDS TO THAT QUESTION, THAT QUESTION ABOUT MEDIA

6    EXPOSURE?

7              PROSPECTIVE JUROR:  WELL, YEAH.  AS I MENTIONED --

8              MR. SCHENK:  DO YOU MIND STARTING WITH YOUR JUROR

9    NUMBER?

10             PROSPECTIVE JUROR:  205.

11        SO AS I MENTIONED, I DID SEE A FEW THINGS RELATING TO IT,

12   AND IT COULD SKEW MY VIEW OF THE TRIAL.

13             MR. SCHENK:  SO WE CAN TALK ABOUT --

14             PROSPECTIVE JUROR:  PRECONCEIVED NOTIONS.

15             MR. SCHENK:  I'M SORRY?

16             PROSPECTIVE JUROR:  PRECONCEIVED NOTIONS.

17             MR. SCHENK:  WE CAN TALK ABOUT THE THINGS THAT YOU

18   HAVE ALREADY SEEN.  BUT HOW ABOUT GOING FORWARD?  DO YOU THINK

19   THAT YOU WILL BE ABLE TO AVOID NEWS ON THE CASE GOING FORWARD

20   BY DISABLING NOTIFICATIONS ON YOUR PHONE OR CHANGING THE

21   CHANNEL OR THE TELEVISION?

22             PROSPECTIVE JUROR:  I MEAN, YEAH, I CAN TRY.

23   OBVIOUSLY AT WORK I'M GOING TO SEE THINGS OF CLIENTS AND I'M

24   GOING TO SEE THINGS.  SO, YEAH, I DO THE BEST I CAN.

25             MR. SCHENK:  GREAT.  THANK YOU.

12:23PM  1         ANY OTHER HANDS?

12:23PM  2         THANK YOU.

12:23PM  3         I HAVE A COUPLE OF INDIVIDUAL QUESTIONS.  I'D LIKE TO

12:23PM  4    START FIRST WITH JUROR 184.

12:23PM  5              PROSPECTIVE JUROR:  I'M 196.

12:23PM  6              MR. SCHENK:  BEHIND YOU IS 184.

12:23PM  7              PROSPECTIVE JUROR:  OH, I'M SORRY.

12:23PM  8              MR. SCHENK:  ON YOUR QUESTIONNAIRE, FOR ONE OF THE

12:23PM  9    QUESTIONS IT ASKS IF YOU HAVE READ, HEARD ABOUT, WATCHED OR

12:23PM  10   BEEN TOLD ABOUT, YOU CIRCLED A FEW PRIOR BOOKS, T.V. SHOWS,

12:23PM  11   THINGS.

12:23PM  12        AND ONE OF THEM IS A BOOK CALLED "BAD BLOOD."  AND THE

12:23PM  13   QUESTION ASKS EITHER IF YOU HAVE HEARD ABOUT IT OR IF YOU'VE

12:23PM  14   READ IT.  AND I'M JUST WONDERING FOR CLARIFICATION.

12:23PM  15              PROSPECTIVE JUROR:  I HAVE NOT READ THE BOOK.

12:23PM  16              MR. SCHENK:  YOU HAVE NOT READ THE BOOK?

12:23PM  17              PROSPECTIVE JUROR:  I HAVE NOT.  I JUST SAW THE

12:23PM  18   AUTHOR ON TELEVISION.

12:23PM  19              MR. SCHENK:  OKAY.  THANK YOU.

12:23PM  20        ANY OTHER JURORS HERE -- I DON'T THINK ANYBODY ELSE, BUT

12:23PM  21   LET ME GIVE YOU AN OPPORTUNITY, ANYBODY ELSE READ THE BOOK

12:24PM  22   CALLED "BAD BLOOD"?

12:24PM  23        THANK YOU.

12:24PM  24        210.  IN YOUR CONVERSATION WITH JUDGE DAVILA THIS MORNING,

12:24PM  25   YOU EXPRESSED SOME VIEWS ON THE CRIMINAL JUSTICE SYSTEM,

12:24PM 1    ESPECIALLY IN LIGHT OF PROTESTS WITHIN THE LAST YEAR.  I JUST

12:24PM 2    WANTED TO FOLLOW UP VERY BRIEFLY ON THAT.

12:24PM 3        IF YOU FIND THAT THIS CASE DEALS WITH DIFFERENT ISSUES

12:24PM 4    THAN WHAT YOU MAY HAVE BEEN REFERRING TO, DO YOU THINK THAT --

12:24PM 5                PROSPECTIVE JUROR:  THIS CASE IS DIFFERENT THAN

12:24PM 6    THAT.

12:24PM 7                MR. SCHENK:  YOU SAID THIS CASE IS DIFFERENT THAN

12:24PM 8    THAT?

12:24PM 9                PROSPECTIVE JUROR:  YEAH.

12:24PM 10               MR. SCHENK:  I'M JUST WONDERING IF THE GOVERNMENT

12:24PM 11   WOULD BE AT ANY DISADVANTAGE IN THE CASE, OR BECAUSE IT'S

12:24PM 12   DIFFERENT, YOU DON'T THINK THE GOVERNMENT WOULD.

12:24PM 13               PROSPECTIVE JUROR:  I SAID IN THIS CASE I DON'T

12:24PM 14   THINK THE GOVERNMENT WILL RECEIVE ANY DISADVANTAGE.

12:25PM 15               MR. SCHENK:  THANK YOU.

12:25PM 16       I JUST WANT TO FOLLOW UP ON -- WE WERE TALKING ABOUT SOME

12:25PM 17   CHILDCARE PICKUP ISSUES THAT A COUPLE OF JURORS RAISED.

12:25PM 18       I WANT TO FOLLOW UP ON TWO OF THEM.  THE FIRST IS WITH

12:25PM 19   196.

12:25PM 20               PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

12:25PM 21               MR. SCHENK:  YOU DESCRIBED TO US THAT YOUR KIDS ARE

12:25PM 22   ON ATHLETIC TEAMS AND THEY SORT OF NEED TO BE SHUFFLED FROM

12:25PM 23   SCHOOL TO THE EVENTS AND THAT COULD BE A CHALLENGE.

12:25PM 24       I'M WONDERING IF THERE ARE ANY OTHER PEOPLE THAT CAN DO

12:25PM 25   IT, OR IF REALLY THE FACT IS THAT THERE ISN'T, LIKE IF THEY'RE

12:25PM 1    ON A SCHOOL TEAM, DOES THE SCHOOL PROVIDE TRANSPORTATION?

12:25PM 2              PROSPECTIVE JUROR:  THE SCHOOL DOESN'T PROVIDE --

12:25PM 3    THE SCHOOL DOESN'T PROVIDE TRANSPORTATION.  BUT I COULD SEE IF

12:25PM 4    THERE'S AVAILABLE OTHER CARPOOL SERVICES FROM OTHER PARENTS AND

12:25PM 5    REQUEST TO SEE IF ANY OTHER PARENTS CAN HELP OUT.

12:25PM 6              MR. SCHENK:  OKAY.  SO THERE MIGHT BE AN OPPORTUNITY

12:26PM 7    FOR SOME OTHER PARENTS TO ASSIST WITH THAT?

12:26PM 8              PROSPECTIVE JUROR:  POSSIBLY, YEAH.

12:26PM 9              MR. SCHENK:  OKAY.  THANK YOU.

12:26PM 10        AND THEN I THINK 209 -- YES.  YOU DESCRIBED TO US

12:26PM 11   CHILDCARE DROP-OFF IN THE MORNING THAT YOU DO HERE IN SAN JOSE,

12:26PM 12   AND THEN ALSO PICKUP AT 2:30?

12:26PM 13             PROSPECTIVE JUROR:  RIGHT.

12:26PM 14             MR. SCHENK:  AND I THINK YOU TOLD US THAT YOUR WIFE

12:26PM 15   WORKS IN GILROY?

12:26PM 16             PROSPECTIVE JUROR:  CORRECT.

12:26PM 17             MR. SCHENK:  BUT SHE WILL BE OUT OF TOWN FOR A

12:26PM 18   COUPLE OF DAYS.

12:26PM 19             PROSPECTIVE JUROR:  YES, STARTING TOMORROW SHE WILL

12:26PM 20   BE OUT OF TOWN.

12:26PM 21             MR. SCHENK:  STARTING TOMORROW SHE WILL BE OUT OF

12:26PM 22   TOWN.

12:26PM 23             PROSPECTIVE JUROR:  YES.

12:26PM 24             MR. SCHENK:  SO FOR THE REST OF THIS WEEK, WE WILL

12:26PM 25   HAVE COURT TOMORROW AND FRIDAY.

| | | |
|---|---|---|
| 12:26PM | 1 | DO YOU HAVE ANY OTHER OPPORTUNITIES FOR INDIVIDUALS TO |
| 12:26PM | 2 | PICK UP YOUR CHILDREN THOSE DAYS OTHER THAN YOUR WIFE WHEN |
| 12:26PM | 3 | SHE'S OUT OF TOWN? |
| 12:26PM | 4 | I WILL HAND YOU THE MICROPHONE. |
| 12:26PM | 5 | PROSPECTIVE JUROR:  NO.  ACTUALLY IT'S JUST ME AND |
| 12:26PM | 6 | MY WIFE.  I DON'T HAVE ANY RELATIVES OVER HERE. |
| 12:27PM | 7 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 12:27PM | 8 | NO FURTHER QUESTIONS. |
| 12:27PM | 9 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:27PM | 10 | MR. COOPERSMITH. |
| 12:27PM | 11 | MR. COOPERSMITH:  THANK YOU, YOUR HONOR. |
| 12:27PM | 12 | GOOD AFTERNOON EVERYONE.  LIKE I SAID, I'M |
| 12:27PM | 13 | JEFF COOPERSMITH, AND I REPRESENT SUNNY BALWANI, WHO IS SEATED |
| 12:27PM | 14 | OVER THERE AT COUNSEL TABLE. |
| 12:27PM | 15 | I KNOW THAT YOU DIDN'T HAVE A CHOICE, BUT THANK YOU ANYWAY |
| 12:27PM | 16 | FOR BEING HERE AND FOR YOUR TIME.  I REALLY APPRECIATE IT, AND |
| 12:27PM | 17 | SO DOES MR. BALWANI. |
| 12:27PM | 18 | BEFORE I GET STARTED ON SOME QUESTIONS FOR THE GROUP, AND |
| 12:27PM | 19 | THEN SOME INDIVIDUAL QUESTIONS, I JUST WANT TO SAY THERE ARE NO |
| 12:27PM | 20 | WRONG ANSWERS HERE.  THE WHOLE POINT OF THIS IS NOT TO JUDGE |
| 12:27PM | 21 | ANYONE AS A PERSON OR WHETHER YOU'RE A FAIR PERSON OR NOT A |
| 12:27PM | 22 | FAIR PERSON.  THAT'S NOT THE POINT. |
| 12:27PM | 23 | THE POINT IS JUST TO DETERMINE HOW WE CAN GET THE MOST |
| 12:28PM | 24 | FAIR JURY TO BOTH SIDES IN THIS CASE, THE GOVERNMENT AND |
| 12:28PM | 25 | MR. BALWANI. |

823

12:28PM  1      AND SO THAT'S THE NATURE OF THE QUESTIONS.

12:28PM  2      AND I KNOW A NUMBER OF YOU ALREADY SAID THAT YOU WOULD

12:28PM  3  FEEL MORE COMFORTABLE HAVING A PRIVATE CONVERSATION, AND THAT'S

12:28PM  4  FINE.

12:28PM  5      IF ANYONE ELSE FEELS THAT WAY WHEN I'M ASKING QUESTIONS,

12:28PM  6  PLEASE SPEAK UP.  I'M NOT TRYING TO EMBARRASS YOU OR GET OUT

12:28PM  7  PERSONAL INFORMATION.

12:28PM  8      IF IT'S SOMETHING THAT IS PRIVATE, YOU KNOW, WE CAN DEAL

12:28PM  9  WITH THAT SEPARATELY, AND WE'RE NOT TRYING TO CREATE ANY KIND

12:28PM  10  OF EMBARRASSMENT FOR ANYONE IF THAT'S AN ISSUE.

12:28PM  11      OKAY.  SO THANK YOU.

12:28PM  12      THE FIRST QUESTION I HAVE IS THIS CASE INVOLVES, AS

12:28PM  13  JUDGE DAVILA TOLD YOU, AT THE CENTER OF IT IS BLOOD TESTING

12:28PM  14  TECHNOLOGY AND BLOOD TESTING SERVICES.

12:28PM  15      AND EVEN THOUGH I THINK ALL OF THE LAWYERS HERE ON BOTH

12:28PM  16  SIDES WILL TRY THE BEST WE CAN TO MAKE THE INFORMATION

12:28PM  17  DIGESTIBLE AND UNDERSTANDABLE TO THE JURORS, I THINK THAT'S THE

12:29PM  18  JOB OF LAWYERS, BUT NONETHELESS THERE MIGHT BE SOME TECHNICAL

12:29PM  19  EVIDENCE, SOME DIFFICULT SCIENTIFIC LANGUAGE, SOME DENSE

12:29PM  20  CONCEPTS.

12:29PM  21      AND MY FIRST QUESTION IS JUST, DOES ANYONE BELIEVE FOR ANY

12:29PM  22  REASON, ANY REASON THAT THAT WOULD BE A DIFFICULT THING TO

12:29PM  23  FOLLOW OVER THE COURSE OF SEVERAL MONTHS?

12:29PM  24      AND IF YOU COULD JUST RAISE YOUR HAND, I'LL HAND YOU A

12:29PM  25  MICROPHONE.

12:29PM 1           AND AGAIN, IF ANYONE WANTS TO SPEAK IN PRIVATE, THAT'S

12:29PM 2     FINE, TOO.

12:29PM 3           OKAY.  I SEE NO HANDS.  THANK YOU.

12:29PM 4           SECOND, I WANT TO ASK YOU ABOUT A PARTICULAR THING.  I

12:29PM 5     KNOW A NUMBER OF YOU HAVE SAID THAT YOU HAVE SEEN SOME REPORTS

12:29PM 6     IN THE MEDIA OR HEARD THINGS, AND I WANT TO ASK YOU ABOUT TWO

12:29PM 7     PARTICULAR THINGS JUST BY A SHOW OF HANDS.

12:29PM 8           THERE'S A PARTICULAR "TED TALK," AND YOU MAY HAVE SEEN

12:29PM 9     WHEN YOU LOOKED AT THE QUESTIONNAIRE, THERE ARE PEOPLE WHO

12:29PM 10    MIGHT BE WITNESSES LISTED IN THE CASE.  ONE OF THOSE PEOPLE IS

12:29PM 11    A WOMAN NAMED ERIKA CHEUNG, AND IF YOU COULD RAISE YOUR HAND IF

12:29PM 12    YOU HAVE SEEN A "TED TALK" BY MS. CHEUNG, I WOULD APPRECIATE

12:30PM 13    IT.

12:30PM 14          SO THAT'S JUROR 205.

12:30PM 15          ANY OTHER HANDS?

12:30PM 16          JUROR 209.  THANK YOU.

12:30PM 17          ALL RIGHT.  ANY OTHER HANDS?

12:30PM 18          THE SECOND ONE IS THIS RELATES TO A PODCAST BY

12:30PM 19    TYLER SHULTZ.  DOES ANYONE LISTEN TO MR. SHULTZ'S PODCAST?

12:30PM 20          209.  THANK YOU.

12:30PM 21          ANYONE ELSE?  THANK YOU.

12:30PM 22          ALL RIGHT.  I KNOW SOME OF YOU HAVE ALREADY MENTIONED

12:30PM 23    THIS, BUT MY NEXT QUESTION IS, PLEASE RAISE YOUR HAND IF YOU

12:30PM 24    ARE AWARE OF THE OUTCOME OF THE CASE OF ELIZABETH HOLMES.

12:30PM 25    PLEASE DON'T TELL US WHAT YOU KNOW ABOUT THAT, BUT RIGHT NOW

12:30PM   1    IT'S JUST A QUESTION OF IF YOU KNOW ABOUT THE OUTCOME.

12:31PM   2        SO LET'S GO DOWN THE LIST.  JUROR 205, JUROR 202, 191,

12:31PM   3    184, 196, 209, 210, AND THAT'S JUROR 225.

12:31PM   4        ANYBODY ELSE?  HAVE I MISSED ANYBODY?

12:31PM   5        OKAY.  THANK YOU.

12:31PM   6        OKAY.  THE NEXT QUESTION, IT'S GOING TO BE THE CASE

12:31PM   7    THROUGHOUT THE TRIAL THAT YOU'LL HEAR THAT MR. BALWANI WAS THE

12:31PM   8    CHIEF OPERATING OFFICER AND PRESIDENT OF THERANOS, AND THAT

12:31PM   9    MS. HOLMES WAS THE CHIEF EXECUTIVE OFFICER OF THERANOS.

12:31PM  10        AND YOU'LL ALSO HEAR, I BELIEVE, DURING THE COURSE OF THE

12:31PM  11    TRIAL THAT MR. BALWANI AND MS. HOLMES HAD A ROMANTIC

12:31PM  12    RELATIONSHIP AT TIMES IN ADDITION.

12:31PM  13        PLEASE RAISE YOUR HAND IF YOU WERE AWARE OF THAT BEFORE I

12:32PM  14    JUST TOLD YOU THAT, FROM THE MEDIA OR WHEREVER IT WAS.

12:32PM  15        OKAY.  SO JUROR NUMBER 205, 202, 191, IS THAT 185?

12:32PM  16            PROSPECTIVE JUROR:  UH-HUH.

12:32PM  17            MR. COOPERSMITH:  196, 184, 207, 209, 210.  YOU'RE

12:32PM  18    JUROR NUMBER --

12:32PM  19            PROSPECTIVE JUROR:  216.

12:32PM  20            MR. COOPERSMITH:  -- 216.  THANK YOU.

12:32PM  21            PROSPECTIVE JUROR:  221.

12:32PM  22            MR. COOPERSMITH:  ANYONE ELSE?

12:32PM  23        OKAY.  THANK YOU.

12:32PM  24        FOR THE JURORS WHO RAISED THEIR HANDS FOR THE QUESTION

12:32PM  25    THAT I JUST ASKED, PLEASE LET ME KNOW JUST BY, FOR NOW, A SHOW

12:32PM  1    OF HANDS WHETHER BASED ON HEARING ABOUT THE ROMANTIC

12:32PM  2    RELATIONSHIP OR KNOWING ABOUT THAT, YOU DEVELOPED ANY

12:32PM  3    PARTICULAR VIEWS ABOUT THE CIRCUMSTANCES OF THE THERANOS CASE

12:32PM  4    AND MR. BALWANI IN PARTICULAR?

12:32PM  5         THANK YOU.

12:32PM  6         196, 210.

12:33PM  7         ANYONE ELSE?  OKAY.  THANK YOU.

12:33PM  8         NOW, I JUST WANT TO CONFIRM SOMETHING.  DURING THE

12:33PM  9    QUESTIONING THAT JUDGE DAVILA CONDUCTED EARLIER, A NUMBER OF

12:33PM 10    YOU RESPONDED THAT YOU WOULD FEEL COMFORTABLE HAVING A PRIVATE

12:33PM 11    CONVERSATION WITH THE LAWYERS AND THE JUDGE, WHICH IS FINE.

12:33PM 12         I JUST WANTED TO CONFIRM THE NUMBERS THAT I HAD AND SEE IF

12:33PM 13    THERE'S ANYONE ELSE.

12:33PM 14         SO MY UNDERSTANDING IS JUROR 191, YOU REQUESTED THAT; IS

12:33PM 15    THAT CORRECT?

12:33PM 16              PROSPECTIVE JUROR:  CORRECT.  I DON'T RECALL THE

12:33PM 17    QUESTION THOUGH OR --

12:33PM 18              MR. COOPERSMITH:  BUT THERE WAS SOME PARTICULAR

12:33PM 19    ISSUE THAT YOU WANTED TO HAVE A PRIVATE CONVERSATION ABOUT?

12:33PM 20              PROSPECTIVE JUROR:  RIGHT.

12:33PM 21              MR. COOPERSMITH:  OKAY.  THANK YOU.

12:33PM 22         WHO ELSE RAISED THEIR HAND?  I'M SORRY.

12:33PM 23         JUROR 195, YES.

12:33PM 24         I'LL HAND YOU THE MICROPHONE.

12:34PM 25              PROSPECTIVE JUROR:  YES, I BROUGHT UP THE HARDSHIP,

12:34PM 1   BUT NOTHING ABOUT THE QUESTIONS THAT WERE ASKED.

12:34PM 2          MR. COOPERSMITH:  OKAY.  THANK YOU.

12:34PM 3      IF YOU COULD PASS THE MIKE TO YOUR COLLEAGUE, JUROR NUMBER

12:34PM 4   207.

12:34PM 5          PROSPECTIVE JUROR:  IS THE QUESTION RIGHT NOW IS THE

12:34PM 6   PRIVATE DISCUSSION ON THE QUESTION THAT YOU ALREADY ASKED OR

12:34PM 7   JUST IN GENERAL?

12:34PM 8          MR. COOPERSMITH:  JUST IN GENERAL.

12:34PM 9          PROSPECTIVE JUROR:  I WANTED TO DISCUSS SOMETHING.

12:34PM 10  207.

12:34PM 11         MR. COOPERSMITH:  OKAY.  THANK YOU.

12:34PM 12     OKAY.  ANYONE ELSE?

12:34PM 13     JUROR NUMBER 196.  THANK YOU.

12:34PM 14         PROSPECTIVE JUROR:  YEAH, I THINK I HAD BRIEFLY

12:34PM 15  MENTIONED I WOULDN'T MIND IF I HAVE A CONVERSATION ABOUT THE

12:34PM 16  VIEWS THAT I HAVE ALREADY BASED ON MY EXPOSURE AND MY CONCERN

12:34PM 17  ABOUT HOW THAT MIGHT INFLUENCE THE PROCEEDINGS.

12:34PM 18         MR. COOPERSMITH:  OKAY.  I UNDERSTAND.  THANK YOU.

12:35PM 19     JUROR 210.

12:35PM 20         PROSPECTIVE JUROR:  I DON'T MIND HAVING A

12:35PM 21  CONVERSATION ABOUT THE ABUSE.

12:35PM 22         MR. COOPERSMITH:  OKAY.  THANK YOU, SIR.

12:35PM 23     ANYONE ELSE?  AND THERE'S OBVIOUSLY NOTHING WRONG WITH

12:35PM 24  THAT.  SOMETIMES THAT'S NECESSARY.

12:35PM 25     ANYONE ELSE NEED TO HAVE A PRIVATE CONVERSATION?

12:35PM  1          YES, SIR.  ARE YOU JUROR NUMBER 198?

12:35PM  2               PROSPECTIVE JUROR:  YEAH.

12:35PM  3          SO IT'S NOT ABOUT ANY QUESTIONS WE DISCUSSED, IT'S MORE OF

12:35PM  4     A PERSONAL CONCERN ABOUT SOMETHING ABOUT MY WORK THAT I WANT TO

12:35PM  5     ASK IN PRIVATE.

12:35PM  6               MR. COOPERSMITH:  OKAY.  THANK YOU.

12:35PM  7          OKAY.  ANYONE ELSE?  I THINK WE GOT EVERYONE, BUT IF

12:36PM  8     THERE'S ANYONE I MISSED, PLEASE LET ME KNOW.

12:36PM  9          OKAY.  I SEE NO OTHER HANDS.

12:36PM  10         THANK YOU.

12:36PM  11         I THINK THE LAST QUESTION FOR THE GROUP, I KNOW THAT

12:36PM  12    JUDGE DAVILA ASKED YOU AND SOME PEOPLE HAVE ALREADY EXPRESSED

12:36PM  13    AN ISSUE WHERE YOU WOULD HAVE TROUBLE SERVING ON A JURY BECAUSE

12:36PM  14    OF A HARDSHIP, WHETHER THAT'S BECAUSE OF YOUR WORK

12:36PM  15    RESPONSIBILITIES OR YOUR FAMILY RESPONSIBILITIES OR OTHER

12:36PM  16    THINGS.

12:36PM  17         AND IF YOU HAVE ALREADY SAID THAT, YOU DON'T NEED TO

12:36PM  18    REPEAT YOURSELF.

12:36PM  19         BUT I WAS JUST WONDERING IF THERE WAS ANYONE ELSE IN THE

12:36PM  20    GROUP WHO HAS NOT YET MENTIONED SOMETHING THAT WOULD BE AN

12:36PM  21    ISSUE FOR SERVING ON THE JURY.

12:36PM  22         OKAY.  THANK YOU.

12:36PM  23         I SEE NO HANDS.

12:36PM  24         OKAY.  NOW I HAVE A FEW QUESTIONS FOR JUST INDIVIDUAL

12:36PM  25    JURORS, AND I'D LIKE TO START WITH JUROR NUMBER 184.

12:37PM 1      JUROR NUMBER 184, AGAIN, AS JUDGE DAVILA SAID, I KNOW YOU

12:37PM 2  HAVE A NAME AND I'M JUST USING THE PROTOCOL WITH JUROR NUMBERS,

12:37PM 3  SO MY APOLOGIES FOR THAT.

12:37PM 4      SIR, I THINK YOU SAID YOU'RE AN ATTORNEY?

12:37PM 5          PROSPECTIVE JUROR:  CORRECT.

12:37PM 6          MR. COOPERSMITH:  AND READING YOUR QUESTIONNAIRE, IT

12:37PM 7  LOOKED LIKE YOU HAD SOME KNOWLEDGE OF SOME MEDIA REPORTS ABOUT

12:37PM 8  THIS CASE.

12:37PM 9          PROSPECTIVE JUROR:  YES.

12:37PM 10         MR. COOPERSMITH:  OKAY.  AND YOU ANSWERED, IN

12:37PM 11 RESPONSE TO MR. SCHENK'S QUESTION THAT YOU HAD NOT READ THE

12:37PM 12 BOOK "BAD BLOOD."  IS THAT CORRECT?

12:37PM 13         PROSPECTIVE JUROR:  CORRECT.

12:37PM 14         MR. COOPERSMITH:  AND I THINK YOU SAID YOU SAW THE

12:37PM 15 AUTHOR OF THE BOOK ON T.V.; IS THAT CORRECT?

12:37PM 16         PROSPECTIVE JUROR:  CORRECT.

12:37PM 17         MR. COOPERSMITH:  AND CAN YOU TELL US, WHAT WAS THE

12:37PM 18 CONTEXT THAT YOU SAW THE AUTHOR ON T.V.?  WHAT T.V. SHOW WAS

12:37PM 19 IT, IF YOU CAN REMEMBER?

12:37PM 20         PROSPECTIVE JUROR:  MY RECOLLECTION IS THAT HE WAS

12:37PM 21 IN ONE OF THE DOCUMENTARIES THAT I CIRCLED, AND JUST THE FACT

12:38PM 22 THAT HE WAS THE AUTHOR OF THE BOOK, AND I BELIEVE HE WROTE A

12:38PM 23 STORY IN THE NEWSPAPER THAT FIRST BROUGHT ATTENTION TO THE

12:38PM 24 COMPANY.

12:38PM 25         MR. COOPERSMITH:  OKAY.  WAS THAT A DOCUMENTARY

12:38PM 1      CALLED "THE INVENTOR"?

12:38PM 2              PROSPECTIVE JUROR:  I DON'T RECALL THE NAME, BUT I

12:38PM 3      REMEMBER WATCHING AN HBO DOCUMENTARY.

12:38PM 4              MR. COOPERSMITH:  OKAY.  SO YOU REMEMBER IT WAS ON

12:38PM 5      HBO?

12:38PM 6              PROSPECTIVE JUROR:  I BELIEVE SO.

12:38PM 7              MR. COOPERSMITH:  OKAY.  AND DID YOU ALSO SEE A

12:38PM 8      REPORT ABOUT IT ON "60 MINUTES"?

12:38PM 9              PROSPECTIVE JUROR:  I BELIEVE I WATCHED A REPORT ON

12:38PM 10     "60 MINUTES," YES.

12:38PM 11             MR. COOPERSMITH:  OKAY.  SO BASED ON WATCHING THOSE

12:38PM 12     SHOWS, DID YOU FORM ANY VIEWS ABOUT WHETHER THERANOS DID THE

12:38PM 13     RIGHT THING OR THE WRONG THING, OR MR. BALWANI IN PARTICULAR OR

12:38PM 14     MS. HOLMES DID THE RIGHT THING OR THE WRONG THING?

12:38PM 15             PROSPECTIVE JUROR:  I DON'T THINK I CAN SAY THAT

12:39PM 16     THERE WAS A MATTER OF RIGHT OR WRONG.

12:39PM 17          LIKE, I DON'T THINK I FORMED AN OPINION ABOUT WHETHER THEY

12:39PM 18     WERE RIGHT OR WRONG.

12:39PM 19             MR. COOPERSMITH:  OKAY.  AND AGAIN, I KNOW YOU'RE AN

12:39PM 20     ATTORNEY SO YOU MIGHT HAVE SOME EXPERIENCE WITH THIS TYPE OF

12:39PM 21     THING, BUT I'M WONDERING, DO YOU THINK THAT OR DO YOU

12:39PM 22     UNDERSTAND THAT THE MEDIA, ALTHOUGH SOMETIMES THEY'RE TRYING TO

12:39PM 23     REPORT WHAT ACTUALLY OCCURRED, EVENTS THAT GO ON IN PUBLIC,

12:39PM 24     SOMETIMES THERE'S ALSO AN ENTERTAINMENT ASPECT OF WHAT THE

12:39PM 25     MEDIA OR DOCUMENTARIES ON HBO MIGHT DO.

12:39PM  1          IS THAT FAIR?

12:39PM  2              PROSPECTIVE JUROR:  YES, OF COURSE.

12:39PM  3              MR. COOPERSMITH:  AND SO WHEN YOU WATCH SOMETHING ON

12:39PM  4   HBO, IN THIS CASE IT HAPPENED TO BE ABOUT THERANOS, DO YOU TAKE

12:39PM  5   THAT, YOU KNOW, WITH A GRAIN OF SALT SO TO SPEAK BECAUSE OF THE

12:39PM  6   NEED FOR THE MEDIA TO SOMEHOW PROVIDE ENTERTAINMENT?

12:39PM  7              PROSPECTIVE JUROR:  I UNDERSTAND THE NATURE OF THE

12:39PM  8   MEDIA, AND THAT WOULD BE ONE PURPOSE OF THAT PROGRAM, YES.

12:40PM  9              MR. COOPERSMITH:  AND DO YOU HAVE A VIEW ONE WAY OR

12:40PM 10   ANOTHER WHETHER, WHEN THE MEDIA REPORTS ON A COMPANY LIKE

12:40PM 11   THERANOS, THAT THEY HAVE ACCESS TO ALL OF THE FACTS ON BOTH

12:40PM 12   SIDES IN THAT SORT OF SITUATION?

12:40PM 13              PROSPECTIVE JUROR:  NOT NECESSARILY.

12:40PM 14              MR. COOPERSMITH:  AND IN TERMS OF THE MEDIA REPORT

12:40PM 15   AND WHAT THEY MIGHT HAVE ACCESS TO VERSUS A COURT OF LAW WHERE

12:40PM 16   WITNESSES COME IN AND TESTIFY AND THERE'S RULES OF EVIDENCE,

12:40PM 17   WHICH WOULD YOU SAY IS A SUPERIOR WAY TO FIGURE OUT WHAT

12:40PM 18   HAPPENED OR DIDN'T HAPPEN?

12:40PM 19              PROSPECTIVE JUROR:  THE COURT.

12:40PM 20              MR. COOPERSMITH:  OKAY.  OKAY.  IF YOU COULD HAND

12:40PM 21   THAT MICROPHONE TO JUROR NUMBER 185, THAT WOULD BE GREAT.

12:40PM 22   THANK YOU.

12:40PM 23          SO I JUST WANTED TO EXPLORE THIS A LITTLE MORE, THE SAME

12:40PM 24   SORT OF TOPIC, JUROR NUMBER 185.  AND I THINK YOU ALSO SAW AN

12:40PM 25   HBO DOCUMENTARY; IS THAT RIGHT?

12:40PM   1            PROSPECTIVE JUROR:  I BELIEVE IT WAS AN HBO

12:40PM   2    DOCUMENTARY.

12:40PM   3            MR. COOPERSMITH:  OKAY.  AND I THINK YOU SAID YOU

12:40PM   4    WATCHED THE ENTIRE THING?

12:40PM   5            PROSPECTIVE JUROR:  YES.

12:40PM   6            MR. COOPERSMITH:  AND IF I HEARD YOU RIGHT, YOU SAID

12:41PM   7    YOU UNDERSTOOD THE PREMISE OF IT AND THAT IT MIGHT IMPACT YOUR

12:41PM   8    VIEWS; IS THAT FAIR?

12:41PM   9            PROSPECTIVE JUROR:  YES.  I THINK I FORMED SOME SORT

12:41PM  10    OF OPINION OF THE SITUATION BY THE END OF THE DOCUMENTARY.

12:41PM  11            MR. COOPERSMITH:  AND DO YOU STILL HOLD THAT OPINION

12:41PM  12    TODAY?

12:41PM  13            PROSPECTIVE JUROR:  TO BE HONEST, I DON'T REMEMBER A

12:41PM  14    LOT OF THE DETAILS AT THIS POINT.  BUT I DON'T THINK MY OPINION

12:41PM  15    HAS BEEN SWAYED ANY OTHER WAYS SINCE THEN.

12:41PM  16            MR. COOPERSMITH:  OKAY.  AND IS YOUR OPINION ABOUT

12:41PM  17    THERANOS, WE'LL JUST USE THAT COMPANY, IS THAT GENERALLY

12:41PM  18    POSITIVE OR NEGATIVE?

12:41PM  19            PROSPECTIVE JUROR:  NEGATIVE.

12:41PM  20            MR. COOPERSMITH:  NEGATIVE.  OKAY.

12:41PM  21        AND I KNOW THAT JUDGE DAVILA ASKED YOU A SERIES OF

12:41PM  22    QUESTIONS, AND IT'S IMPORTANT, THOSE QUESTIONS, ABOUT PUTTING

12:41PM  23    EVERYTHING ASIDE AND ONLY GOING BY THE EVIDENCE, AND WE JUST

12:41PM  24    HEARD JUROR 184 TALK ABOUT THAT.

12:41PM  25        DO YOU BELIEVE THAT, GIVEN THE OPINION THAT YOU FORMED,

12:41PM   1    THAT -- AND WHAT WE JUST TALKED ABOUT, DO YOU THINK WE AS THE

12:41PM   2    DEFENSE MIGHT BE STARTING A LITTLE BEHIND THE START LINE

12:42PM   3    BECAUSE OF THE VIEWS THAT YOU HAVE?

12:42PM   4         PROSPECTIVE JUROR:  I THINK THAT I WOULD TRY TO PUT

12:42PM   5    ALL OF THE PAST VIEWS AND KNOWLEDGE BEHIND ME.  IT'S MOSTLY

12:42PM   6    FUZZY AT THIS POINT, AND I THINK I WOULD TRY TO JUST TAKE WHAT

12:42PM   7    WAS IN THE COURT AS THE FINAL SAY.

12:42PM   8         MR. COOPERSMITH:  AND I GUESS IF -- JUST TO BE

12:42PM   9    CLEAR, I'M HOLDING MY HANDS OUT SORT OF LIKE EVEN SCALES,

12:42PM  10    RIGHT?  ARE WE SORT OF A LITTLE FURTHER DOWN OR FURTHER UP, OR

12:42PM  11    HOWEVER YOU WANT TO PUT IT?

12:42PM  12         PROSPECTIVE JUROR:  I THINK IT'S FAIR TO APPROACH

12:42PM  13    FROM AN EVEN PLAYING FIELD IF THAT'S NOT MAYBE THE BIASES THAT

12:42PM  14    YOU COME INTO IT WITH, I WOULD TRY TO MAKE THINGS AS EVEN AS

12:42PM  15    POSSIBLE COMING INTO IT.

12:42PM  16         MR. COOPERSMITH:  AND HOW SUCCESSFUL DO YOU

12:42PM  17    ANTICIPATE YOU WOULD BE AT DOING THAT?

12:42PM  18         PROSPECTIVE JUROR:  I THINK I'M PRETTY GOOD AT

12:42PM  19    LOOKING AT INFORMATION AND TRYING TO WEIGH THAT FAIRLY.

12:42PM  20         MR. COOPERSMITH:  OKAY.  AND DO YOU HAVE EXPERIENCE

12:42PM  21    DOING THAT IN OTHER PARTS OF YOUR LIFE?

12:42PM  22         PROSPECTIVE JUROR:  NO.

12:42PM  23         MR. COOPERSMITH:  SO IT'S SORT OF AN UNUSUAL THING;

12:42PM  24    RIGHT?

12:42PM  25         PROSPECTIVE JUROR:  YES.

12:43PM  1          MR. COOPERSMITH:  OKAY.  AND IF YOU HAVE ANY

12:43PM  2     DOUBT -- AND THE REASON I'M ASKING IS NOT TO PICK ON YOU OR

12:43PM  3     ANYTHING, BUT JUST TO SORT OF UNDERSTAND WHERE YOU'RE COMING

12:43PM  4     FROM.

12:43PM  5          BECAUSE OBVIOUSLY FOR US, AND FOR THE COURT AND FOR THE

12:43PM  6     GOVERNMENT, IT'S IMPORTANT THAT IT STARTS OUT ON A CLEAN SLATE,

12:43PM  7     AND IT SOUNDS LIKE YOU UNDERSTAND THE IMPORTANCE OF THAT.

12:43PM  8          PROSPECTIVE JUROR:  YES.

12:43PM  9          MR. COOPERSMITH:  OKAY.  THANK YOU.

12:43PM  10         IF YOU COULD HAND THE MICROPHONE OVER TO --

12:43PM  11         THE COURT:  EXCUSE ME, MR. COOPERSMITH.

12:43PM  12         JUROR 184, DO YOU HAVE ANY DOUBT THAT YOU'LL BE ABLE TO

12:43PM  13    SEPARATE WHAT -- I THINK YOU SAID IT WAS A LONG TIME AGO AND

12:43PM  14    YOU DON'T REMEMBER DETAILS, BUT TO THE EXTENT OF THOSE DETAILS

12:43PM  15    THAT YOU DO RECALL OR MIGHT RECALL, CAN YOU PUT THOSE ASIDE AND

12:43PM  16    DECIDE THIS CASE JUST ON THE UNIVERSE OF EVIDENCE THAT YOU HEAR

12:43PM  17    IN THIS COURTROOM?

12:43PM  18         PROSPECTIVE JUROR:  I BELIEVE SO.

12:43PM  19         THE COURT:  CAN YOU ASSURE MR. COOPERSMITH THAT

12:43PM  20    YOU'LL DO THAT?

12:43PM  21         PROSPECTIVE JUROR:  YES.

12:43PM  22         THE COURT:  AND THE GOVERNMENT?

12:43PM  23         PROSPECTIVE JUROR:  YES.

12:43PM  24         THE COURT:  AND, FINALLY, THE COURT?

12:43PM  25         PROSPECTIVE JUROR:  YES.

| | | |
|---|---|---|
| 12:43PM | 1 | THE COURT:  YOU CAN DO THAT.  OKAY.  THANK YOU. |
| 12:43PM | 2 | PROSPECTIVE JUROR:  UH-HUH. |
| 12:43PM | 3 | THE COURT:  I APPRECIATE IT. |
| 12:43PM | 4 | THANK YOU, MR. COOPERSMITH. |
| 12:43PM | 5 | MR. SCHENK:  YOUR HONOR, I'M SORRY TO INTERRUPT. |
| 12:44PM | 6 | JUST FOR CLARIFICATION, I THINK THE COURT SAID 184. |
| 12:44PM | 7 | PROSPECTIVE JUROR:  YES. |
| 12:44PM | 8 | THE COURT:  185.  EXCUSE ME. |
| 12:44PM | 9 | MR. SCHENK:  YES. |
| 12:44PM | 10 | THE COURT:  THANK YOU. |
| 12:44PM | 11 | MR. COOPERSMITH:  THANK YOU, YOUR HONOR. |
| 12:44PM | 12 | IF YOU COULD HAND TO YOUR COLLEAGUE TO YOUR LEFT, JUROR |
| 12:44PM | 13 | NUMBER 187. |
| 12:44PM | 14 | JUROR NUMBER 187, I'M NOT SURE I SAW YOUR HAND BEFORE, BUT |
| 12:44PM | 15 | HAVE YOU WATCHED ANY MEDIA OR HEARD ANY REPORTS ABOUT THERANOS |
| 12:44PM | 16 | OR ABOUT MR. BALWANI OR ELIZABETH HOLMES? |
| 12:44PM | 17 | PROSPECTIVE JUROR:  I DID.  I SAW ON INSTAGRAM A |
| 12:44PM | 18 | POST ABOUT THE SHOW ON HULU, AND THAT WAS JUST, LIKE, A FEW |
| 12:44PM | 19 | DAYS BEFORE I CAME IN TO FILL OUT THE QUESTIONNAIRE. |
| 12:44PM | 20 | MR. COOPERSMITH:  OKAY.  THANK YOU. |
| 12:44PM | 21 | AND JUST -- I THINK YOU MAY HAVE ANSWERED THIS, BUT I WANT |
| 12:44PM | 22 | TO MAKE SURE THAT I UNDERSTAND.  OTHER THAN THE POST THAT WAS |
| 12:44PM | 23 | ADVERTISING THIS HULU SHOW, ANYTHING ELSE THAT YOU'VE EVER |
| 12:45PM | 24 | HEARD OR READ ABOUT THIS CASE OR WATCHED? |
| 12:45PM | 25 | PROSPECTIVE JUROR:  I SAW ON INSTAGRAM, THAT'S MY |

12:45PM  1    BIG SOURCE OF INFORMATION, ON INSTAGRAM A COUPLE MONTHS AGO, I

12:45PM  2    BELIEVE, JUST THE HEADLINES ABOUT THE TRIAL THAT STARTED BACK

12:45PM  3    IN NOVEMBER, I BELIEVE, BUT THAT WAS ALL I READ.

12:45PM  4         MR. COOPERSMITH:  OKAY.  THANK YOU.

12:45PM  5         AND DID THE INSTAGRAM POST THAT YOU SAW TELL YOU ANYTHING

12:45PM  6    ABOUT WHAT THE OUTCOME OF MS. HOLMES'S CASE WAS?

12:45PM  7         PROSPECTIVE JUROR:  NO, IT DID NOT.

12:45PM  8         MR. COOPERSMITH:  GOING TO YOUR QUESTIONNAIRE, JUROR

12:45PM  9    NUMBER 187, YOU SAID THAT -- YOU CHECKED A BOX, I THINK, THAT

12:45PM  10   YOU THOUGHT SOMEONE CHARGED WITH THE CRIME IS PROBABLY GUILTY,

12:45PM  11   AND THAT I THINK YOU SAID THAT THEY'RE FUNDAMENTAL, SO THE

12:45PM  12   PERSON HAS TO PROVE EVIDENCE TO PROVE HIS OR HER INNOCENCE.

12:46PM  13        AND I JUST WANT TO ASK YOU ABOUT THAT.

12:46PM  14        DO YOU BELIEVE THAT IT WOULD BE MR. BALWANI'S JOB, OR HIS

12:46PM  15   LAWYER'S, AS THE DEFENDANT IN THIS CASE TO PUT IN EVIDENCE TO

12:46PM  16   PROVE THAT HE IS INNOCENT?  DO YOU BELIEVE THAT?

12:46PM  17        PROSPECTIVE JUROR:  I DON'T KNOW AT THIS POINT.  I

12:46PM  18   DON'T RECALL WHAT WAS MY ANSWER LAST WEEK, BUT I KNOW THAT I

12:46PM  19   THINK THE EVIDENCE WILL SPEAK FOR ITSELF.

12:46PM  20        MR. COOPERSMITH:  OKAY.  AND IN A SITUATION WHERE

12:46PM  21   AFTER MONTHS OF TRIAL, LET'S JUST SAY -- WE DON'T KNOW WHICH

12:46PM  22   WAY THIS WILL GO, BUT LET'S SAY THAT MR. BALWANI DECIDED NOT TO

12:46PM  23   PRESENT ANY EVIDENCE AND ALL YOU HAVE IS THE GOVERNMENT'S

12:46PM  24   EVIDENCE.  DO YOU THINK THAT YOU COULD STILL REACH A VERDICT OF

12:46PM  25   NOT GUILTY IF YOU FELT THAT THE GOVERNMENT'S EVIDENCE DID NOT

12:46PM 1    RISE TO THE LEVEL OF BEYOND A REASONABLE DOUBT?

12:46PM 2            PROSPECTIVE JUROR:  I THINK SO.

12:46PM 3            MR. COOPERSMITH:  OKAY.

12:46PM 4            PROSPECTIVE JUROR:  YES.

12:46PM 5            MR. COOPERSMITH:  SO YOU WOULDN'T -- JUST TO BE

12:46PM 6    CLEAR, WOULD YOU EVER EXPECT THE DEFENSE TO PROVE THE INNOCENCE

12:46PM 7    OF MR. BALWANI?

12:46PM 8            PROSPECTIVE JUROR:  NO, BECAUSE AS IT IS, HE'S

12:47PM 9    INNOCENT, RIGHT?  NOTHING HAS BEEN PROVEN OTHERWISE.

12:47PM 10           MR. COOPERSMITH:  AND YOU UNDERSTAND AS HE SITS HERE

12:47PM 11   TODAY, HE'D PRESUMED INNOCENT AND HE'S PRESUMED INNOCENT UNTIL

12:47PM 12   PROVEN OTHERWISE?

12:47PM 13       DO YOU UNDERSTAND THAT?

12:47PM 14           PROSPECTIVE JUROR:  YES, I DO.

12:47PM 15           MR. COOPERSMITH:  OKAY.  IF YOU COULD HAND THE

12:47PM 16   MICROPHONE TO JUROR 198.  WRONG WAY.  OKAY.  THANK YOU.

12:47PM 17       AND I KNOW THAT YOU SAID THAT THERE WAS A PRIVATE MATTER

12:47PM 18   THAT YOU WANTED TO DISCUSS, SO PUTTING THAT ASIDE.

12:47PM 19       IN YOUR RESPONSES TO THE QUESTIONNAIRE -- AND THANKS FOR

12:47PM 20   FILLING THAT OUT, I KNOW IT IS A BIT INTRUSIVE, BUT IT'S

12:47PM 21   HELPFUL.

12:47PM 22       AND ONE OF THE THINGS THAT YOU SAID WAS THAT YOU THOUGHT

12:47PM 23   THAT A DEFENDANT TESTIFYING AT TRIAL WOULD BE THE FIRST STEP IN

12:48PM 24   ASKING FOR FORGIVENESS.

12:48PM 25       DO YOU REMEMBER SAYING THAT?

12:48PM 1          PROSPECTIVE JUROR:  YES, I DO.

12:48PM 2          MR. COOPERSMITH:  AND WITHOUT TELLING US YOUR

12:48PM 3   PARTICULAR VIEWS ABOUT MR. BALWANI, IF YOU HAVE ANY, CAN YOU

12:48PM 4   TELL US WHAT YOU MEANT BY THAT?

12:48PM 5          PROSPECTIVE JUROR:  SO, LIKE, WHEN A CHILD DOES

12:48PM 6   SOMETHING WRONG, THE FIRST STEP FOR THEM FOR THEIR PARENTS TO

12:48PM 7   FORGIVE THEM IS BY THEM SAYING OUT LOUD WHAT THEY DO WRONG,

12:48PM 8   RIGHT.  SO THAT'S KIND OF LIKE WHAT I HEAR.

12:48PM 9          MR. COOPERSMITH:  SO IF A CHILD GETS CAUGHT WITH

12:48PM 10  THEIR HAND IN THE COOKIE JAR, YOU MIGHT -- THE FIRST THING THE

12:48PM 11  CHILD WANT TO DO IS TO CONFESS TO THEIR PARENTS THAT THEY HAD

12:48PM 12  THEIR HAND IN THE COOKIE JAR?

12:48PM 13         PROSPECTIVE JUROR:  YES.

12:48PM 14         MR. COOPERSMITH:  WHAT IF THE CHILD NEVER PUT HIS

12:48PM 15  HAND IN THE COOKIE JAR?

12:48PM 16         PROSPECTIVE JUROR:  WELL, WHAT DO YOU MEAN BY THAT?

12:48PM 17         MR. COOPERSMITH:  WELL, WHAT IF THE DEFENDANT DIDN'T

12:48PM 18  DO ANY WRONG?

12:48PM 19         PROSPECTIVE JUROR:  THEN THERE'S NOTHING TO TALK

12:48PM 20  ABOUT.

12:48PM 21         MR. COOPERSMITH:  THEN THERE WOULD BE NO REASON TO

12:48PM 22  ASK FOR FORGIVENESS; IS THAT RIGHT?

12:48PM 23         PROSPECTIVE JUROR:  YES.

12:48PM 24         MR. COOPERSMITH:  IS YOUR POINT THAT IF A DEFENDANT

12:48PM 25  DID SOMETHING WRONG, THEN HE OR SHE SHOULD TESTIFY IN ORDER TO

12:49PM 1    ASK FOR FORGIVENESS?  IS THAT THE POINT YOU'RE MAKING?

12:49PM 2            PROSPECTIVE JUROR:  YES.  AND IF THEY'RE INNOCENT,

12:49PM 3    THEN THERE'S NOTHING TO TESTIFY ABOUT.

12:49PM 4            MR. COOPERSMITH:  AND HOW DO YOU DETERMINE WHETHER

12:49PM 5    THE DEFENDANT HAS TO EXPLAIN HIMSELF OR NOT?  HOW DO YOU

12:49PM 6    DETERMINE WHETHER A DEFENDANT IS INNOCENT OR NOT?

12:49PM 7            PROSPECTIVE JUROR:  I GUESS THERE'S NO WAY TO

12:49PM 8    DETERMINE THAT.  THE DEFENDANT HAS TO THINK THROUGH IT HIMSELF

12:49PM 9    IF HE WANTED TO OR NOT.

12:49PM 10           MR. COOPERSMITH:  I'M SORRY, I COULDN'T HEAR YOUR

12:49PM 11   ANSWER.

12:49PM 12           THE COURT:  COULD YOU SPEAK INTO THE MICROPHONE?

12:49PM 13           PROSPECTIVE JUROR:  I DON'T THINK THERE'S ANY WAY

12:49PM 14   TO, LIKE, DETERMINE THAT UNLESS, LIKE, HE FELT HE DID SOMETHING

12:49PM 15   WRONG ACTUALLY THEN.

12:49PM 16           MR. COOPERSMITH:  SO MY QUESTION TO YOU IS, DO YOU

12:49PM 17   UNDERSTAND THAT THERE WOULD BE NO WAY TO DETERMINE WHETHER

12:49PM 18   MR. BALWANI IS INNOCENT OR GUILTY UNTIL AFTER ALL OF THE

12:49PM 19   EVIDENCE IN THE CASE IS PRESENTED AND ALL OF THE ARGUMENTS OF

12:50PM 20   COUNSEL OCCUR AND THE JURY IS IN THE DELIBERATION ROOM

12:50PM 21   DISCUSSING AND DEBATING THE EVIDENCE.

12:50PM 22       DO YOU UNDERSTAND THAT?

12:50PM 23           PROSPECTIVE JUROR:  YES.

12:50PM 24           MR. COOPERSMITH:  SO DO YOU STILL FEEL, EVEN AFTER I

12:50PM 25   TOLD YOU THAT, THAT MR. BALWANI WOULD HAVE ANY OBLIGATION TO

12:50PM 1    TAKE THE WITNESS STAND IN HIS OWN DEFENSE TO EXPLAIN HIMSELF

12:50PM 2    ABOUT ANYTHING?

12:50PM 3              PROSPECTIVE JUROR:  NO.

12:50PM 4              MR. COOPERSMITH:  OKAY.  BECAUSE THE GOVERNMENT

12:50PM 5    COULD JUST HAVE THIS COMPLETELY WRONG.  THAT'S POSSIBLE; RIGHT?

12:50PM 6              PROSPECTIVE JUROR:  YES.

12:50PM 7              MR. COOPERSMITH:  OKAY.

12:50PM 8              THE COURT:  HAVE YOU HAD PRIOR JURY SERVICE, SIR?

12:50PM 9              PROSPECTIVE JUROR:  NO.

12:50PM 10             THE COURT:  NO.  THIS IS YOUR FIRST JURY?

12:50PM 11             PROSPECTIVE JUROR:  YEAH, THIS IS MY FIRST ONE.

12:50PM 12             THE COURT:  AND IS THIS THE FIRST TIME THAT YOU HAVE

12:50PM 13   ACTUALLY HAD SOME DISCUSSION OR BEEN APPRISED OF THESE

12:50PM 14   CONCEPTS, THE PRESUMPTION OF INNOCENCE?  IS THIS THE FIRST TIME

12:50PM 15   THAT YOU'VE HEARD OF THIS?

12:50PM 16             PROSPECTIVE JUROR:  I THINK SO.

12:50PM 17             THE COURT:  OKAY.  AND I ASK THAT NOT TO SINGLE YOU

12:50PM 18   OUT, BUT THIS IS SOMETHING THAT WE HAVE SEEN THIS MORNING AND

12:51PM 19   WE SEE IT IN COURTS FREQUENTLY WHEN MEMBERS OF THE PUBLIC HAVE

12:51PM 20   NOT HAD PRIOR EXPOSURE TO THE CRIMINAL JUSTICE SYSTEM AND THE

12:51PM 21   CONCEPT OF PRESUMPTION OF INNOCENCE.

12:51PM 22       AND, MR. COOPERSMITH, I THINK, TOOK YOU THROUGH THAT,

12:51PM 23   THROUGH HIS COOKIE ANALOGY, AND TRIED TO EXPLAIN THAT TO YOU.

12:51PM 24       DO YOU UNDERSTAND THAT CONCEPT?  DO YOU THINK THAT YOU

12:51PM 25   UNDERSTAND THAT?

12:51PM   1              PROSPECTIVE JUROR:  YES.

12:51PM   2              THE COURT:  OKAY.  DO YOU HAVE ANY TROUBLE LOOKING

12:51PM   3      AT MR. BALWANI AND PRESUMING HIM INNOCENT RIGHT NOW?

12:51PM   4              PROSPECTIVE JUROR:  NO.

12:51PM   5              THE COURT:  NO.  THAT'S THE LAW.  YOU UNDERSTAND

12:51PM   6      THAT?

12:51PM   7              PROSPECTIVE JUROR:  YES.

12:51PM   8              THE COURT:  AND CAN YOU CONTINUE TO PRESUME HIM

12:51PM   9      INNOCENT THROUGH THIS TRIAL UNTIL AND UNLESS THE GOVERNMENT

12:51PM  10      PROVES HIM GUILTY BY PROOF BEYOND A REASONABLE DOUBT?  CAN YOU

12:51PM  11      DO THAT?

12:51PM  12              PROSPECTIVE JUROR:  I THINK SO.

12:51PM  13              THE COURT:  OKAY.  AND IF YOU WERE SELECTED AS A

12:51PM  14      JUROR IN THIS CASE, WOULD YOU DO THAT?

12:51PM  15              PROSPECTIVE JUROR:  I WOULD.

12:51PM  16              THE COURT:  OKAY.  ALL RIGHT.

12:51PM  17          ANY DOUBT IN YOUR MIND ABOUT THAT?

12:51PM  18              PROSPECTIVE JUROR:  NO.

12:51PM  19              THE COURT:  OKAY.  THANK YOU VERY MUCH.

12:51PM  20          THANK YOU, MR. COOPERSMITH.

12:52PM  21              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:52PM  22          OKAY.  THIS NEXT QUESTION WAS FOR JUROR 205.

12:52PM  23              PROSPECTIVE JUROR:  I KNEW THAT WAS COMING.

12:52PM  24              MR. COOPERSMITH:  SO AGAIN, THANK YOU FOR YOUR

12:52PM  25      HONESTY AND FOR COMING HERE.  I APPRECIATE IT.

12:52PM  1              AND IT SOUNDS LIKE YOU HAVE HAD A FAIR AMOUNT OF EXPOSURE

12:52PM  2      TO THE CASE ALREADY.

12:52PM  3          IS THAT A FAIR STATEMENT?

12:52PM  4              PROSPECTIVE JUROR:  UH-HUH.

12:52PM  5              MR. COOPERSMITH:  OKAY.  AND I THINK YOU SAID YOU

12:52PM  6      SAW A "TED TALK."

12:52PM  7              PROSPECTIVE JUROR:  YEAH.

12:52PM  8              MR. COOPERSMITH:  AND I THINK YOU SAID YOU WATCHED

12:52PM  9      TWO AND A HALF EPISODES OF THE HULU SERIES?

12:52PM 10              PROSPECTIVE JUROR:  YEAH, ABOUT THAT.

12:52PM 11              MR. COOPERSMITH:  AND YOU ALSO HEARD NEWS FROM THE

12:52PM 12      RADIO AND INTERNET AND THINGS LIKE THAT?

12:52PM 13              PROSPECTIVE JUROR:  YES.  I REMEMBER PARTICULARLY

12:52PM 14      ONE ABOUT COMPARING ELIZABETH TO STEVE JOBS.  THAT'S HOW I

12:53PM 15      FIRST, YOU KNOW, LINKED IT TOGETHER AND, OH, THAT'S HER.

12:53PM 16              MR. COOPERSMITH:  AND THAT SEEMED INTERESTING TO

12:53PM 17      YOU?

12:53PM 18              PROSPECTIVE JUROR:  YES.

12:53PM 19              MR. COOPERSMITH:  OKAY.  OKAY.

12:53PM 20          AND IN ONE OF YOUR ANSWERS TO JUDGE DAVILA BEFORE, AND I

12:53PM 21      MIGHT NOT BE GETTING YOUR EXACT WORDS RIGHT, BUT IT SEEMED LIKE

12:53PM 22      YOU WERE SAYING THAT YOU MIGHT HAVE TROUBLE BEING IMPARTIAL IN

12:53PM 23      THIS CASE.

12:53PM 24              PROSPECTIVE JUROR:  YEAH.

12:53PM 25              MR. COOPERSMITH:  OKAY.  AGAIN, THERE'S NO WRONG

12:53PM 1    ANSWERS HERE, AND IT'S GOOD TO DISCUSS THAT HONESTLY BECAUSE

12:53PM 2    SOME JUROR MIGHT BE A GOOD JUROR FOR A DIFFERENT CASE, BUT NOT

12:53PM 3    THIS CASE.  AND THAT'S WHAT WE'RE TRYING TO FLESH OUT, NOTHING

12:53PM 4    ABOUT YOU PERSONALLY.

12:53PM 5         AND YOU HEARD JUDGE DAVILA AND ME AND MR. SCHENK TALK

12:53PM 6    ABOUT THE CONCEPTS THAT ARE AT WORK IN A CRIMINAL TRIAL, THE

12:53PM 7    PRESUMPTION OF INNOCENCE AND THE NEED TO BE IMPARTIAL AND THE

12:53PM 8    NEED TO JUDGE BASED ON ALL OF THE EVIDENCE IN THE COURTROOM AND

12:53PM 9    ALL OF THE OTHER THINGS.  YOU'VE HEARD ALL OF THAT; RIGHT?

12:53PM 10             PROSPECTIVE JUROR:  UH-HUH.

12:53PM 11             MR. COOPERSMITH:  AND PUTTING THAT ALL ASIDE, YOU'RE

12:53PM 12   ALSO A HUMAN BEING; RIGHT?

12:53PM 13        AND EVEN AFTER EVERYTHING YOU HAVE HEARD HERE, DO YOU

12:54PM 14   STILL HAVE SOME DOUBT AS TO WHETHER YOU COULD BE FAIR AND

12:54PM 15   IMPARTIAL IN THIS CASE?

12:54PM 16             PROSPECTIVE JUROR:  YES.

12:54PM 17             MR. COOPERSMITH:  OKAY.  THANK YOU.

12:54PM 18        OKAY.  JUROR NUMBER 209.

12:54PM 19        JUROR NUMBER 209, I KNOW THAT YOU'VE TOLD US A FEW THINGS

12:54PM 20   ALREADY, AND I DON'T WANT TO MAKE YOU REPEAT YOURSELF.

12:54PM 21        BUT ONE THING I WANT TO ASK YOU ABOUT IS THAT IT SOUNDS

12:54PM 22   LIKE YOU TOOK A PARTICULAR INTEREST IN THE THERANOS STORY.

12:54PM 23        IS THAT FAIR?

12:54PM 24             PROSPECTIVE JUROR:  YES, THAT'S TRUE.

12:54PM 25             MR. COOPERSMITH:  OKAY.  AND THAT YOU DID SOME, YOU

12:54PM  1    KNOW, MAYBE EVEN A LOT OF GOOGLING TO UNDERSTAND MORE ABOUT THE

12:55PM  2    CASE?

12:55PM  3              PROSPECTIVE JUROR:  YES, CORRECT.

12:55PM  4              MR. COOPERSMITH:  AND THAT IT SOUNDED LIKE FOR SOME

12:55PM  5    PERIOD OF TIME YOU DID THIS ON A DAILY BASIS, EVERY DAY?

12:55PM  6              PROSPECTIVE JUROR:  TECHNICALLY LIKE, YEAH, IT'S

12:55PM  7    ALMOST LIKE EVERY TIME I SEE THE CASE ON ELIZABETH HOLMES AND

12:55PM  8    THE TRIAL DAILY ON YAHOO OR SOMETHING, I READ ALMOST ALL OF

12:55PM  9    THAT, TOO.

12:55PM 10              MR. COOPERSMITH:  OKAY.  SO YOU FOUND IT INTERESTING

12:55PM 11    IT SOUNDS LIKE?

12:55PM 12              PROSPECTIVE JUROR:  CORRECT.

12:55PM 13          AND NOT JUST ME.  LIKE, MY DAUGHTER ON FRIDAY, LAST

12:55PM 14    FRIDAY, THEY ALSO TALK ABOUT THAT IN THE SCHOOL.

12:55PM 15              MR. COOPERSMITH:  OKAY.  DID YOU HAVE DISCUSSIONS

12:55PM 16    WITH YOUR FAMILY, INCLUDING YOUR DAUGHTER?

12:55PM 17              PROSPECTIVE JUROR:  NO.

12:55PM 18              MR. COOPERSMITH:  I'M SORRY?

12:55PM 19              PROSPECTIVE JUROR:  NO.

12:55PM 20              MR. COOPERSMITH:  BUT YOUR DAUGHTER TALKED ABOUT IT

12:55PM 21    IN THE SCHOOL?

12:55PM 22              PROSPECTIVE JUROR:  YES, IN THE SCHOOL.

12:55PM 23              MR. COOPERSMITH:  OKAY.  THANK YOU.

12:55PM 24          AND I THINK IN RESPONSE TO ONE OF JUDGE DAVILA'S QUESTIONS

12:55PM 25    BEFORE, YOU SAID THAT -- I THINK YOU USED THE PHRASE "TO BE

845

| | | |
|---|---|---|
| 12:55PM | 1 | HONEST," IT MIGHT AFFECT YOUR VIEWS AND YOUR ABILITY TO BE |
| 12:55PM | 2 | FAIR.  IS THAT WHAT YOU SAID? |
| 12:55PM | 3 | PROSPECTIVE JUROR:  YES, THAT'S WHAT I THINK. |
| 12:55PM | 4 | MR. COOPERSMITH:  OKAY.  AND I WANT TO ASK YOU THE |
| 12:56PM | 5 | SAME QUESTION THAT I JUST ASKED JUROR 205.  GIVEN EVERYTHING |
| 12:56PM | 6 | THAT YOU HAVE HEARD ABOUT THE WAY A CRIMINAL TRIAL WORKS AND |
| 12:56PM | 7 | THE NEED TO BE OPEN-MINDED AND COME IN WITH A BLANK SLATE, BUT |
| 12:56PM | 8 | ALSO AGAIN ALSO UNDERSTANDING THAT YOU'RE A HUMAN BEING, DO YOU |
| 12:56PM | 9 | THINK YOU COULD BE FAIR AND IMPARTIAL IN THIS CASE? |
| 12:56PM | 10 | PROSPECTIVE JUROR:  YES, I DO.  I WILL TRY MY BEST. |
| 12:56PM | 11 | MR. COOPERSMITH:  I'M SORRY? |
| 12:56PM | 12 | PROSPECTIVE JUROR:  I WILL TRY MY BEST. |
| 12:56PM | 13 | MR. COOPERSMITH:  DO YOU HAVE ANY DOUBT ABOUT THAT? |
| 12:56PM | 14 | PROSPECTIVE JUROR:  I'M NOT SURE.  BUT, YEAH I THINK |
| 12:56PM | 15 | YEAH, I WILL, I WILL. |
| 12:56PM | 16 | MR. COOPERSMITH:  OKAY.  AND JUST SO I UNDERSTAND, |
| 12:56PM | 17 | DO YOU HAVE ANY DOUBT ABOUT YOUR ABILITY TO PUT ASIDE |
| 12:56PM | 18 | EVERYTHING THAT YOU HAVE ALREADY LEARNED FROM FOLLOWING THIS |
| 12:56PM | 19 | CASE ON ALMOST A DAILY BASIS? |
| 12:56PM | 20 | PROSPECTIVE JUROR:  YES. |
| 12:56PM | 21 | MR. COOPERSMITH:  HOW WOULD YOU GO ABOUT DOING THAT? |
| 12:56PM | 22 | PROSPECTIVE JUROR:  BECAUSE I KNOW THE CASE ALREADY |
| 12:56PM | 23 | HAPPENED AND MANY THINGS ARE RELATED, AND SO I WOULD BY MYSELF |
| 12:56PM | 24 | SO -- |
| 12:56PM | 25 | MR. COOPERSMITH:  OKAY.  AND I WANT TO MAKE SURE |

12:56PM 1    THAT WE -- YOU DON'T HAVE ANY HESITATION AT ALL.  AND THE WAY I

12:57PM 2    WANT TO ASK THIS IS THAT, SO, I KNOW THAT IN A GROUP SETTING

12:57PM 3    LIKE THIS WHERE JUDGE DAVILA IS TELLING YOU WHAT THE RULES ARE

12:57PM 4    AND WHAT THE LAW IS AND HE'S ABSOLUTELY CORRECT, AND SO IT'S

12:57PM 5    SOMETIMES DIFFICULT TO RAISE YOUR HAND AND SAY, WELL, MAYBE I

12:57PM 6    HAVE SOME DOUBT ABOUT BEING FAIR.

12:57PM 7         BUT THIS WOULD BE THE TIME TO DO IT BECAUSE IT'S A VERY

12:57PM 8    IMPORTANT MATTER TO THE GOVERNMENT AND IT'S A VERY IMPORTANT

12:57PM 9    MATTER TO MR. BALWANI, AND WE JUST WANT TO MAKE SURE THAT YOU

12:57PM 10   DON'T HAVE ANY QUESTION IN YOUR MIND.

12:57PM 11        SO DO YOU THINK THAT YOU WOULD TAKE SOME OF THE THINGS

12:57PM 12   THAT YOU ALREADY FORMED VIEWS ON OR OPINIONS INTO THIS CASE AND

12:57PM 13   YOU HAVE SOME DOUBT?  THIS WOULD BE A GOOD TIME TO TALK ABOUT

12:57PM 14   THAT ISSUE.

12:57PM 15        PROSPECTIVE JUROR:  SO ACTUALLY AFTER THIS QUESTION

12:57PM 16   I CAN SAY, LIKE, OH, YEAH, I WILL TAKE EVERYTHING OUT AND CLEAR

12:57PM 17   MY MIND FROM EVERYTHING.

12:57PM 18        MR. COOPERSMITH:  AND DO YOU KNOW OF THE OUTCOME OF

12:57PM 19   THE OTHER CASE, SIR?  DO YOU KNOW WHAT HAPPENED TO MS. HOLMES?

12:58PM 20        PROSPECTIVE JUROR:  YEAH.

12:58PM 21        MR. COOPERSMITH:  OKAY.  AND DO YOU KNOW ABOUT ANY

12:58PM 22   OTHER ALLEGATIONS SHE MAY HAVE MADE ABOUT MR. BALWANI, WITHOUT

12:58PM 23   TELLING US WHAT THEY ARE?

12:58PM 24        PROSPECTIVE JUROR:  THEY SAID MAYBE THEY HAD SEX.

12:58PM 25        MR. COOPERSMITH:  OKAY.  THANK YOU, SIR.  THANK YOU.

12:58PM 1          THE COURT:  DID YOU SAY, SIR, THAT YOU WOULD TAKE

12:58PM 2    EVERYTHING OUT AND CLEAR YOUR MIND?

12:58PM 3          PROSPECTIVE JUROR:  YES, ABOUT THE -- I TRIED TO

12:58PM 4    KEEP MR. BALWANI --

12:58PM 5          THE COURT:  YOU WOULD KEEP MR. BALWANI'S CASE?

12:58PM 6          PROSPECTIVE JUROR:  IN NOTION RIGHT NOW.

12:58PM 7          THE COURT:  IN?

12:58PM 8          PROSPECTIVE JUROR:  I WILL FOLLOW THE LAW, THE

12:58PM 9    POLICY.

12:58PM 10          THE COURT:  OKAY.  AND YOU CAN DECIDE MR. BALWANI'S

12:58PM 11    CASE SEPARATE FROM ANYTHING ELSE THAT YOU HAVE HEARD?

12:58PM 12          PROSPECTIVE JUROR:  YES, I WILL.

12:58PM 13          THE COURT:  OKAY.  THANK YOU.

12:58PM 14          MR. COOPERSMITH:  ONE OTHER QUESTION, JUROR 209.

12:59PM 15    EARLIER TODAY YOU SAID THAT YOU THOUGHT, TO BE HONEST, IT

12:59PM 16    MIGHT -- ALL OF THE THINGS THAT YOU KNOW ABOUT THIS CASE

12:59PM 17    ALREADY, OR YOU THINK YOU KNOW ABOUT THIS CASE FROM THE MEDIA,

12:59PM 18    YOU SAID YOU THOUGHT THAT MIGHT AFFECT YOUR JUDGMENT.

12:59PM 19        AND I WONDERED, BETWEEN THAT ANSWER EARLIER TODAY THIS

12:59PM 20    MORNING AND NOW, WHAT CHANGED IN YOUR MIND, IF ANYTHING?

12:59PM 21          PROSPECTIVE JUROR:  I CANNOT MENTION RIGHT NOW,

12:59PM 22    RIGHT?  MAYBE TOMORROW I CHANGE AGAIN.  SO I AM HUMAN.

12:59PM 23          MR. COOPERSMITH:  OKAY.  SO YOU MIGHT END UP

12:59PM 24    CHANGING YOUR MIND TOMORROW?  THAT COULD HAPPEN?

12:59PM 25          PROSPECTIVE JUROR:  YEAH, IT COULD HAPPEN.

12:59PM  1              MR. COOPERSMITH:  OKAY.  THANK YOU.

01:00PM  2          JUROR NUMBER 225, I THINK DIRECTLY BEHIND YOU.

01:00PM  3          THANK YOU.  SO JUROR NUMBER 225, IT SOUNDS LIKE YOU WORK

01:00PM  4      FOR THE POLICE DEPARTMENT; IS THAT RIGHT?

01:00PM  5              PROSPECTIVE JUROR:  CORRECT.

01:00PM  6              MR. COOPERSMITH:  SANTA CLARA POLICE; IS THAT

01:00PM  7      CORRECT?

01:00PM  8              PROSPECTIVE JUROR:  CORRECT.

01:00PM  9              MR. COOPERSMITH:  AND YOU'RE NOT A SWORN OFFICER,

01:00PM  10     BUT YOU WORK IN THE RECORDS DEPARTMENT?

01:00PM  11             PROSPECTIVE JUROR:  CORRECT.

01:00PM  12             MR. COOPERSMITH:  OKAY.  AND YOU HAVE A LOT OF

01:00PM  13     COLLEAGUES WHO ARE POLICE OFFICERS IT SOUNDS LIKE?

01:00PM  14             PROSPECTIVE JUROR:  YES.

01:00PM  15             MR. COOPERSMITH:  AND THE JOB OF YOUR COLLEAGUES WHO

01:00PM  16     ARE POLICE OFFICERS IS TO INVESTIGATE CRIME, ARREST PEOPLE WHEN

01:00PM  17     THAT IS WARRANTED, AND DO THE THINGS THAT POLICE OFFICERS DO;

01:00PM  18     IS THAT FAIR?

01:00PM  19             PROSPECTIVE JUROR:  YES.

01:00PM  20             MR. COOPERSMITH:  AND YOU SAID BEFORE, IF I HEARD

01:00PM  21     YOU RIGHT, THAT SOMETIMES EVEN THOSE PEOPLE WHO ARE YOUR

01:00PM  22     COLLEAGUES MIGHT GET THINGS WRONG; IS THAT WHAT YOUR ANSWER

01:00PM  23     WAS?

01:00PM  24             PROSPECTIVE JUROR:  YES, I DID.

01:00PM  25             MR. COOPERSMITH:  AND HAVE YOU SEEN THAT HAPPEN?

849

01:00PM  1          PROSPECTIVE JUROR:  YES, I HAVE.

01:00PM  2          MR. COOPERSMITH:  OKAY.  SO IS IT FAIR TO SAY THAT

01:00PM  3   IN YOUR VIEW, EVEN HAVING WORKED WITH THE POLICE DEPARTMENT,

01:00PM  4   THAT EVEN IF POLICE OR PROSECUTION CLAIM THAT SOMEONE COMMITTED

01:01PM  5   A CRIME, THAT MIGHT NOT ACTUALLY BE TRUE; RIGHT?

01:01PM  6          PROSPECTIVE JUROR:  YES.

01:01PM  7          MR. COOPERSMITH:  OKAY.  THANK YOU.

01:01PM  8      YOUR HONOR, THOSE ARE ALL OF THE QUESTIONS I HAVE.  I KNOW

01:01PM  9   WE HAVE SOME PEOPLE WHO WOULD LIKE TO TALK PRIVATELY.

01:01PM  10          THE COURT:  ALL RIGHT.  THANK YOU.

01:01PM  11      LADIES AND GENTLEMEN, WHAT WE'RE GOING TO DO IS TAKE A

01:01PM  12   STANDING BREAK, WHICH IS TO SAY THAT YOU CAN STAND UP AND TAKE

01:01PM  13   A BREAK.

01:01PM  14      WOULD ANYONE BENEFIT FROM A LONGER BREAK, A FIVE OR TEN

01:01PM  15   MINUTE BREAK RIGHT NOW?  I'M GOING TO TALK TO THE LAWYERS

01:01PM  16   PRIVATELY.

01:01PM  17          PROSPECTIVE JUROR:  CAN I USE THE RESTROOM?

01:01PM  18          THE COURT:  YES.  LET'S TAKE TEN MINUTES AND THEN

01:01PM  19   I'LL TALK TO THE LAWYERS ABOUT OUR NEXT STEPS.

01:01PM  20      SO WE'LL TAKE TEN MINUTES.  PLEASE DO NOT DISCUSS ANYTHING

01:01PM  21   THAT WE'VE TALKED ABOUT HERE AMONGST YOURSELVES OR WITH ANYONE

01:01PM  22   ELSE.  WE'LL SEE YOU -- YOU CAN COLLECT YOURSELVES IN THE

01:02PM  23   HALLWAY, PLEASE, IN ABOUT TEN MINUTES.

01:02PM  24      (PROSPECTIVE JURY PANEL OUT AT 1:02 P.M.)

01:02PM  25          THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

01:02PM 1      YOU.

01:02PM 2          THE RECORD SHOULD REFLECT THAT OUR PROSPECTIVE PANEL HAVE

01:02PM 3      LEFT THE COURTROOM.  ALL COUNSEL AND THE DEFENDANT ARE PRESENT.

01:02PM 4          COUNSEL, SHOULD WE ENGAGE PRIVATE CONVERSATIONS WITH THOSE

01:02PM 5      THAT WE HAVE IDENTIFIED?

01:02PM 6          I'M INFORMED THAT -- I BELIEVE OUR FIRST PANEL IS

01:02PM 7      DOWNSTAIRS.  WE WERE WAITING ARRIVAL OF I THINK THREE PEOPLE,

01:02PM 8      AND WE'LL CHECK TO SEE IF THEY HAVE ARRIVED.  I'M TOLD THAT ONE

01:03PM 9      MEMBER OF THE JURY OF OUR PROSPECTIVE PANEL HAS BROUGHT YET

01:03PM 10     ANOTHER LETTER WITH THEM.  SO WE'LL SEE THAT.

01:03PM 11         AND HOW WOULD YOU -- MY SENSE IS THAT WE CAN TALK TO -- WE

01:03PM 12     CAN BRING THE WHOLE PANEL IN, HAVE THEM SEATED, AND THEN WE CAN

01:03PM 13     DISCUSS IN THE JURY ROOM AGAIN.  THAT MIGHT BE THE MOST

01:03PM 14     EFFECTIVE WAY.

01:03PM 15         ANY THOUGHTS ON THAT, MR. SCHENK?

01:03PM 16             MR. SCHENK:  YES, YOUR HONOR.  THAT WOULD BE FINE.

01:03PM 17             MR. COOPERSMITH:  THAT'S FINE.

01:03PM 18         AND JUST FOR THE RECORD, I HAVE THE NUMBERS, AND I'M SURE

01:03PM 19     THE COURT DOES, TOO, THAT SPECIFICALLY REQUESTED FOR ONE REASON

01:03PM 20     OR THE OTHER TO HAVE A PRIVATE CONVERSATION.

01:03PM 21         SO THAT WOULD BE, IN MY COUNT, SIX JURORS:  191, 195, 196,

01:03PM 22     198, 207, AND 210.

01:04PM 23         (PAUSE IN PROCEEDINGS.)

01:04PM 24             THE COURT:  DID YOU SAY 205 ALSO?

01:04PM 25             MR. SCHENK:  YOUR HONOR, I WAS JUST CONSULTING WITH

01:04PM  1      MY TEAM ON THAT.  MR. COOPERSMITH DID NOT LIST 205.  THE SIX

01:04PM  2      THAT HE DID LIST I AGREE WITH.  I THINK WE SHOULD ADD 205 TO

01:04PM  3      THAT LIST.

01:04PM  4              THE COURT:  OKAY.  THANK YOU.

01:04PM  5          ARE THESE PEOPLE HERE?

01:05PM  6          (DISCUSSION OFF THE RECORD.)

01:05PM  7              THE COURT:  ALL RIGHT.  WELL, LET'S DO THAT.  WHY

01:05PM  8      DON'T WE TAKE ADVANTAGE OF WHATEVER TIME IS LEFT IN OUR TEN

01:05PM  9      MINUTES, AND THEN WE'LL BRING THEM IN, AND THEN WE'LL CALL THEM

01:05PM 10      IN ONE AT A TIME.

01:05PM 11          I'M INFORMED THAT OUR PANEL NUMBER 1, I'LL CALL THEM, FROM

01:05PM 12      YESTERDAY, THEY'RE HERE, SAVE FOR JUROR -- PROSPECTIVE PANEL

01:05PM 13      NUMBER 179, WHO I DON'T BELIEVE WILL -- APPARENTLY HE'S ON HIS

01:05PM 14      WAY TO HIS DOCTOR'S APPOINTMENT NOW.  SO YOU CAN LOOK AT THE

01:05PM 15      LIST AND SEE WHERE THAT JUROR FITS.

01:05PM 16              MR. SCHENK:  179 WAS ONE OF THE TWO LEFT OVER

01:06PM 17      JURORS.  IT WAS JUST A REMAINING JUROR, BUT WAS NOT SEATED.

01:06PM 18              THE COURT:  CORRECT.  CORRECT.

01:06PM 19          SO -- OKAY.  THAT'S THE STATUS OF THINGS.  WE'LL SEE YOU

01:06PM 20      IN A COUPLE OF MINUTES.

01:06PM 21              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:06PM 22              MR. SCHENK:  THANK YOU.

01:06PM 23          (RECESS FROM 1:06 P.M. UNTIL 1:20 P.M.)

01:20PM 24          (PROSPECTIVE JURY PANEL IN AT 1:20 P.M.)

01:20PM 25              THE COURT:  PLEASE BE SEATED.  THANK YOU.

01:20PM   1     WE ARE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT

01:20PM   2     ARE PRESENT ONCE AGAIN.  OUR PROSPECTIVE PANEL MEMBERS ARE

01:20PM   3     PRESENT.

01:20PM   4     THANK YOU, LADIES AND GENTLEMEN.  THANK YOU FOR YOUR

01:20PM   5     PATIENCE TODAY.  I APPRECIATE YOUR PATIENCE IN THIS PROCESS.

01:20PM   6     WHAT I'M GOING TO DO NOW IS, AS WE'VE SAID, SOME OF YOU

01:20PM   7     HAVE INDICATED THAT YOU WOULD LIKE TO SPEAK PRIVATELY WITH THE

01:20PM   8     PARTIES.

01:20PM   9     WE'RE GOING TO DO THAT NOW.  WHAT I INTEND TO DO IS THAT I

01:20PM   10    THINK THERE ARE ABOUT SIX, MAYBE SEVEN FOLKS, WE'RE GOING TO

01:20PM   11    CALL YOUR NUMBERS OUT AND OUR COURTROOM DEPUTY WILL ESCORT YOU

01:20PM   12    TO OUR RIGHT.

01:20PM   13    THIS IS THE USUAL DELIBERATION ROOM THAT OUR JURORS USE.

01:20PM   14    IT'S SMALL, MUCH SMALLER THAN THE COURTROOM YOU'RE GOING TO USE

01:20PM   15    AS DELIBERATING JURORS.  WE'LL CALL YOUR NUMBERS AND RELEASE

01:20PM   16    YOU AND NOTIFY YOU OF THE NEXT STEPS.

01:20PM   17    WHAT THAT MEANS IS THOSE WHO ARE NOT INVITED, YOU CAN

01:20PM   18    RELAX AND SIT HERE AND WAIT.  I DON'T KNOW HOW LONG THIS

01:20PM   19    PROCESS WILL TAKE.  WE'LL TRY TO BE EFFICIENT ABOUT IT, AND

01:20PM   20    THEN MAKE THIS HAPPEN AS EFFICIENTLY AS POSSIBLE SO AS NOT TO

01:20PM   21    INCONVENIENCE YOU ANY FURTHER.

01:20PM   22    SO I WILL STEP DOWN.

01:20PM   23    COUNSEL, TWO FROM EACH SIDE I GUESS WANT TO JOIN.  WE'LL

01:20PM   24    GO IN THE BACK AND CALL OUT OUR JURORS.

01:21PM   25    (SIDE-BAR CONFERENCE ON THE RECORD.)

853

01:21PM  1          THE COURT:  191.

01:22PM  2          (PROSPECTIVE JUROR NUMBER 191 IS PRESENT.)

01:22PM  3          THE COURT:  HAVE A SEAT, SIR.

01:22PM  4      WE'RE WITH MR. COOPERSMITH, MS. WALSH, MR. BOSTIC, AND

01:22PM  5  MR. SCHENK.

01:22PM  6      WE'RE MEETING WITH PROSPECTIVE JUROR NUMBER 191.  I THINK

01:22PM  7  YOU SAID, SIR, YOU WANTED TO SPEAK PRIVATELY WITH THE COURT AND

01:22PM  8  COUNSEL ABOUT A MATTER.

01:22PM  9          PROSPECTIVE JUROR:  IF I RECALL THERE WAS JUST SOME

01:22PM 10  REFERENCE TO HOW I CAME TO WATCH THE HULU, "THE DROPOUT"?

01:22PM 11          THE COURT:  YES.

01:22PM 12          PROSPECTIVE JUROR:  I DIDN'T RETAIN THE TITLE WHEN I

01:22PM 13  CAME IN TO FILL OUT THE PAPERWORK, BUT I DIDN'T WANT TO TAKE UP

01:22PM 14  TOO MUCH TIME HERE AND I WASN'T SURE IF THAT WAS THE RIGHT

01:22PM 15  VENUE OR BACK HERE TO DISCLOSE THAT IF THERE WERE ANY FURTHER

01:22PM 16  QUESTIONS.

01:22PM 17      THAT WAS IT.

01:22PM 18          THE COURT:  OKAY.  ALL RIGHT.

01:22PM 19      SO YOU TOLD US THAT YOU SAW ABOUT AN HOUR, AND THERE WERE

01:22PM 20  THREE EPISODES THAT YOU SAW?

01:22PM 21          PROSPECTIVE JUROR:  RIGHT.

01:22PM 22          THE COURT:  AND I BELIEVE I ASKED YOU WHETHER OR NOT

01:23PM 23  ANYTHING THAT YOU SAW WOULD AFFECT YOUR ABILITY TO BE FAIR AND

01:23PM 24  IMPARTIAL TO BOTH SIDES HERE.

01:23PM 25          PROSPECTIVE JUROR:  WELL, FURTHER SPEAKING AND AS

01:23PM 1    YOUR HONOR HAS MENTIONED, YES, I'M ABLE TO MAKE A FAIR DECISION

01:23PM 2    I BELIEVE PRIOR TO, SO, YEAH, I KIND OF FORMED AN OPINION ABOUT

01:23PM 3    WHAT HAPPENED FROM THE LIMITED INFORMATION AND WHATNOT THAT WAS

01:23PM 4    SHARED IN THOSE EPISODES, AND AS --

01:23PM 5          THE COURT:  MR. COOPERSMITH.

01:23PM 6          PROSPECTIVE JUROR:  -- MR. COOPERSMITH HAD ASKED,

01:23PM 7    YEAH, MY GIRLFRIEND DID MENTION TO ME NOT THE VERDICT BUT, YOU

01:23PM 8    KNOW -- WHAT DO YOU WANT TO CALL IT? -- MS. HOLMES'S, JUST THE

01:23PM 9    OUTCOME OF WHAT IS PENDING AT THE MOMENT.

01:23PM 10         THE COURT:  OKAY.  YOU HEARD OF THE OUTCOME OF THAT

01:23PM 11   CASE?

01:23PM 12         PROSPECTIVE JUROR:  RIGHT.

01:23PM 13         THE COURT:  LET ME ASK YOU, HAVE YOU ALSO HEARD

01:23PM 14   ABOUT ANY ALLEGATIONS OF ANY IMPROPRIETIES THAT MR. BALWANI MAY

01:24PM 15   HAVE ENGAGED WITH MS. HOLMES?  HAVE YOU HEARD ANYTHING ABOUT

01:24PM 16   THAT?

01:24PM 17         PROSPECTIVE JUROR:  CAN YOU BE A LITTLE SPECIFIC OR

01:24PM 18   NO?

01:24PM 19         THE COURT:  ABOUT THEIR RELATIONSHIP?

01:24PM 20         PROSPECTIVE JUROR:  RIGHT.  YEAH.

01:24PM 21     AND I GUESS THERE WAS JUST A COUPLE OF THINGS THAT I SAW

01:24PM 22   IN THE EPISODES.  AGAIN, IT WAS JUST ON A SATURDAY MORNING.  I

01:24PM 23   DIDN'T KNOW IT WAS THE SHOW ITSELF BECAUSE I DIDN'T RETAIN THE

01:24PM 24   NAME, AND NAMES WERE NOT MENTIONED OF THE SHOW.

01:24PM 25         THE COURT:  RIGHT.

01:24PM 1          PROSPECTIVE JUROR:  BUT ESSENTIALLY THERE WAS A CLIP

01:24PM 2    WHERE, YEAH, THEY HAD A RELATIONSHIP GOING ON.

01:24PM 3       I DON'T KNOW IF YOU GUYS WANT TO HEAR JUST THE BASIS OF

01:24PM 4    WHAT I SAW?

01:24PM 5       THERE WAS A RELATIONSHIP AND THEN THE MEDICAL DEVICE NOT

01:24PM 6    WORKING ACCORDINGLY AND THEM TRYING TO OBTAIN FURTHER FUNDING

01:24PM 7    FROM MAJOR CORPORATIONS OR MARKET CORPORATIONS.

01:24PM 8          THE COURT:  OKAY.  DID YOU HEAR ANYTHING, OR DO YOU

01:24PM 9    RECALL HEARING ANYTHING, ABOUT THEIR PERSONAL RELATIONSHIP,

01:24PM 10   MS. HOLMES AND MR. BALWANI?

01:24PM 11         PROSPECTIVE JUROR:  JUST FROM THAT EPISODE SHOWED,

01:24PM 12   YEAH, THEY WERE MAYBE NOT LIVING TOGETHER, BUT SHE WOULD

01:24PM 13   FREQUENTLY -- SHE WAS AT HIS PLACE.

01:25PM 14         THE COURT:  OKAY.

01:25PM 15         PROSPECTIVE JUROR:  AND THEN --

01:25PM 16         THE COURT:  ANYTHING ELSE ABOUT THEIR RELATIONSHIP,

01:25PM 17   INTERACTIONS BETWEEN THE TWO OF THEM?

01:25PM 18         PROSPECTIVE JUROR:  WELL, IT APPEARED THAT THEY HAD

01:25PM 19   A RELATIONSHIP.

01:25PM 20         THE COURT:  OKAY.

01:25PM 21         PROSPECTIVE JUROR:  I MEAN, THEY WERE TOGETHER IN

01:25PM 22   THE CAR.  THEY WERE, YOU KNOW --

01:25PM 23         THE COURT:  WAS IT BOYFRIEND/GIRLFRIEND?

01:25PM 24         PROSPECTIVE JUROR:  BOYFRIEND/GIRLFRIEND, YEAH.

01:25PM 25         THE COURT:  ANYTHING ELSE ABOUT THE FACT THAT THEY

01:25PM 1    WERE BOYFRIEND/GIRLFRIEND, OR ANYTHING THAT YOU RECALL FROM

01:25PM 2    THAT SHOW?

01:25PM 3              PROSPECTIVE JUROR:  NO, JUST INITIALLY THEY WERE

01:25PM 4    TRYING TO KEEP IT HUSH HUSH.

01:25PM 5              THE COURT:  OKAY.  AND LET ME ASK YOU ABOUT, I THINK

01:25PM 6    YOU SAID YOUR GIRLFRIEND TOLD YOU ABOUT THE OUTCOME IN THE

01:25PM 7    OTHER CASE?

01:25PM 8              PROSPECTIVE JUROR:  RIGHT.

01:25PM 9              THE COURT:  YOU'RE AWARE OF THAT?

01:25PM 10             PROSPECTIVE JUROR:  UH-HUH.

01:25PM 11             THE COURT:  AND WHAT IS YOUR UNDERSTANDING OF WHAT

01:25PM 12   HAPPENED IN THAT CASE?

01:25PM 13             PROSPECTIVE JUROR:  I DIDN'T KNOW THE FULL DETAILS.

01:25PM 14             THE COURT:  RIGHT.

01:25PM 15             PROSPECTIVE JUROR:  I DIDN'T LOOK INTO IT --

01:25PM 16             THE COURT:  YOU FOLLOWED DIRECTIONS.

01:25PM 17             PROSPECTIVE JUROR:  AND SHE LOOKED IT UP AND SAID,

01:25PM 18   OH, BY THE WAY, SHE'S PENDING SENTENCING.

01:25PM 19             THE COURT:  I SEE.  WHAT IS YOUR KNOWLEDGE OF WHAT

01:25PM 20   HAPPENED IN HER CASE?  JUST, DO YOU KNOW -- TELL US WHAT YOU

01:25PM 21   KNOW.

01:25PM 22             PROSPECTIVE JUROR:  I DON'T EVEN KNOW THE CHARGES.

01:26PM 23             THE COURT:  OKAY.  AND YOU DON'T KNOW WHAT SHE WAS

01:26PM 24   CONVICTED OF?

01:26PM 25             PROSPECTIVE JUROR:  I DON'T.  JUST SHE'S LOOKING UP

01:26PM  1      TO PROBABLY 20 YEARS.

01:26PM  2               THE COURT:  THAT'S WHAT YOU'VE READ?

01:26PM  3               PROSPECTIVE JUROR:  THAT'S WHAT SHE TOLD ME.

01:26PM  4               THE COURT:  OKAY.  YOU DON'T KNOW IF SHE WAS FOUND

01:26PM  5      NOT GUILTY OF ANY CHARGES?

01:26PM  6               PROSPECTIVE JUROR:  NO.

01:26PM  7               THE COURT:  OKAY.  AND YOU DON'T KNOW -- YOUR

01:26PM  8      GIRLFRIEND TOLD YOU SHE WAS CONVICTED OF SOMETHING, BUT SHE

01:26PM  9      DIDN'T TELL YOU WHAT OR HOW MANY?

01:26PM 10               PROSPECTIVE JUROR:  I THINK SHE MIGHT HAVE, BUT I

01:26PM 11      JUST DIDN'T RETAIN IT.  I WASN'T TRYING TO LISTEN TO IT.

01:26PM 12               THE COURT:  OKAY.  ALL RIGHT.

01:26PM 13          SO LET ME ASK YOU JUST ABOUT THAT, AGAIN, YOUR UNIVERSE OF

01:26PM 14      KNOWLEDGE ABOUT THOSE THINGS:  THE RESULT OF THE CASE, WHAT YOU

01:26PM 15      SAW ON HULU.  YOU HEARD ME ASK THIS ALL MORNING.

01:26PM 16          DO YOU THINK YOU COULD PUT ALL OF THAT ASIDE IF YOU'RE

01:26PM 17      SELECTED AS A JUROR IN THIS CASE AND DECIDE THIS CASE ONLY ON

01:26PM 18      THE EVIDENCE THAT IS HERE?  CAN YOU DO THAT?

01:26PM 19               PROSPECTIVE JUROR:  I FEEL LIKE I CAN.

01:26PM 20          I JUST CAN'T IGNORE MY PROFESSIONAL OR WORK DUTIES BEING

01:26PM 21      IN COURT, YOU KNOW, PEOPLE GO TO PRELIM AND SETTINGS AND

01:26PM 22      WHATEVER AND THEN YOU GO TO TRIAL, I UNDERSTAND HOW THAT WORKS.

01:27PM 23               THE COURT:  RIGHT.

01:27PM 24               PROSPECTIVE JUROR:  YEAH, I SEE THE COMPLAINT MIGHT

01:27PM 25      ALLEGE SO MANY ALLEGATIONS, AND THEN AT CONVICTION OR

01:27PM 1   SENTENCING, THAT'S NOT THE CASE, AND IN ITS ENTIRETY FOR THE

01:27PM 2   DEFENDANT.

01:27PM 3       I MEAN, I BELIEVE I CAN, I JUST, I MEAN HOW DO I IGNORE

01:27PM 4   WHAT I DO FOR WORK?

01:27PM 5           THE COURT:  YEAH, NO, RIGHT.  THAT'S A FAIR QUESTION

01:27PM 6   BECAUSE YOU'RE INVOLVED IN THE CRIMINAL JUSTICE SYSTEM.  YOU'VE

01:27PM 7   TESTIFIED AT TRIALS, I THINK YOU'VE TOLD ME, MAYBE PRELIMS AS

01:27PM 8   WELL, AND YOU'VE BEEN CROSS-EXAMINED BY LAWYERS, AND YOU'VE

01:27PM 9   BEEN DIRECT EXAMINED BY LAWYERS, AND JUDGES HAVE ASKED YOU ON

01:27PM 10  THE BENCH AS WELL, AND SO YOU UNDERSTAND THAT PROCESS.

01:27PM 11      MY SENSE IS THAT FROM YOUR POSITION, YOU SAY, HOW CAN I BE

01:27PM 12  A JUROR IN THIS CASE BECAUSE I KNOW SO MUCH ABOUT THE JUSTICE

01:27PM 13  SYSTEM?

01:27PM 14          PROSPECTIVE JUROR:  TO SOME EXTENT.

01:27PM 15          THE COURT:  YEAH, RIGHT.

01:27PM 16      LET ME TELL YOU ONE OF MY COLLEAGUES -- I USED TO BE A

01:27PM 17  SUPERIOR COURT JUDGE HERE.  ONE OF MY COLLEAGUES IN SUPERIOR

01:27PM 18  COURT SAT AS A JUROR IN A CRIMINAL CASE.  IMAGINE THAT?  SHE

01:28PM 19  SAT AS A JUROR AND RENDERED A VERDICT, HELPED THE JURY RENDER A

01:28PM 20  VERDICT IN THAT CASE.

01:28PM 21      SO TODAY WHEN I SAY I GET CALLED, I DO.  THEY HAVEN'T

01:28PM 22  CALLED ME FOR SOME REASON, I DON'T KNOW.

01:28PM 23      BUT ONE DAY I HOPE TO BE ABLE TO DO THAT.

01:28PM 24      BUT I UNDERSTAND THE CHALLENGES THAT YOU FACE.

01:28PM 25      WHAT THESE LAWYERS WANT TO KNOW, AND WHAT I WOULD LIKE TO

859

01:28PM  1    KNOW ALSO, IS IF YOU'RE SELECTED AS A JUROR IN THIS CASE, CAN

01:28PM  2    YOU PUT THAT ASIDE, THAT IS, YOUR -- YOU'RE LAW ENFORCEMENT,

01:28PM  3    YOU TOLD US THAT.  CAN YOU PUT THAT ASIDE AND DECIDE THIS CASE

01:28PM  4    JUST ON THE EVIDENCE YOU HEAR IN THIS COURTROOM?  WILL YOU BE

01:28PM  5    ABLE TO DO THAT?

01:28PM  6              PROSPECTIVE JUROR:  I MEAN, I BELIEVE I CAN DO MY

01:28PM  7    DUE DILIGENCE.

01:28PM  8              THE COURT:  THAT'S YOUR DUTY AS A JUROR.  CAN YOU DO

01:28PM  9    THAT?

01:28PM  10             PROSPECTIVE JUROR:  I BELIEVE SO.

01:28PM  11             THE COURT:  I'M SORRY?

01:28PM  12             PROSPECTIVE JUROR:  I BELIEVE SO.

01:28PM  13             THE COURT:  YOU HEARD ANOTHER YOUNG LADY WHO IS

01:28PM  14    ACTUALLY NOT A PEACE OFFICER.

01:28PM  15             PROSPECTIVE JUROR:  YEAH, THE RECORDS.

01:28PM  16             THE COURT:  UH-HUH, RIGHT.  SHE SAID SOMETIMES THEY

01:28PM  17    GET IT WRONG.

01:28PM  18        DO YOU BELIEVE THAT AS WELL?

01:29PM  19             PROSPECTIVE JUROR:  IT'S NOT MY EXPERIENCE.

01:29PM  20             THE COURT:  IT'S NOT YOUR EXPERIENCE.  EVERY CASE

01:29PM  21    YOU'VE BEEN ON, HAS THERE BEEN A CONVICTION?

01:29PM  22             PROSPECTIVE JUROR:  NO.  BUT I UNDERSTAND THERE'S

01:29PM  23    THE INTERESTS OF JUSTICE AND SO FORTH THAT HAPPEN, AND

01:29PM  24    ESPECIALLY IN MY EXPERIENCE AND WHAT I DO ON A DAY-TO-DAY --

01:29PM  25             THE COURT:  RIGHT.  OKAY.

01:29PM   1          MR. COOPERSMITH.

01:29PM   2                 MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

01:29PM   3          ARE YOU COMFORTABLE IF I TAKE OFF MY MASK?

01:29PM   4                 PROSPECTIVE JUROR:  YEAH, THAT'S FINE.

01:29PM   5                 MR. COOPERSMITH:  OKAY.  THANK YOU.

01:29PM   6          SO, FIRST OF ALL, THANK YOU FOR COMING IN.  I'M NOT SURE

01:29PM   7   YOU KNEW YOU WOULD BE IN THIS MORE PRIVATE SESSION.

01:29PM   8          AND I KNOW THAT YOU'RE A PROBATION OFFICER, AND I HAVE

01:29PM   9   WORKED WITH MANY PROBATION OFFICERS.  I REALLY RESPECT THAT AND

01:29PM  10   I KNOW YOU WOULD TAKE THE PROCESS SERIOUSLY.

01:29PM  11          IS THAT FAIR?

01:29PM  12                 PROSPECTIVE JUROR:  YES.

01:29PM  13                 MR. COOPERSMITH:  AND THE REASON I SAY THAT, THOUGH,

01:29PM  14   IS THAT THIS ISN'T, YOU KNOW, LIKE YOU'RE IN HERE BECAUSE

01:29PM  15   THERE'S ANY ISSUE OR YOU'RE IN TROUBLE.  I MEAN, IT'S JUST

01:29PM  16   REALLY ABOUT BEING HONEST AND FIGURING OUT WHAT THE RIGHT JURY

01:29PM  17   POOL IS HERE FOR BOTH SIDES, FRANKLY.

01:29PM  18          AND, YOU KNOW, THE FACT THAT YOU, AS YOU SAID, YOU WOULD

01:29PM  19   FILL OUT THE QUESTIONNAIRE AND THEN YOU LIVE WITH YOUR

01:30PM  20   GIRLFRIEND AND SHE WAS WATCHING A SHOW, AND SOMETIMES THINGS

01:30PM  21   HAPPEN AND IT'S NOT -- YOU DIDN'T SEEK IT OUT INTENTIONALLY OR

01:30PM  22   SOMETHING; RIGHT?

01:30PM  23                 PROSPECTIVE JUROR:  UH-HUH.

01:30PM  24                 MR. COOPERSMITH:  BUT I DO WANT TO KNOW ABOUT THAT.

01:30PM  25   AND SO THE WAY I RECALL, LIKE LAST TIME I HAD TIME TO STREAM

861

01:30PM  1    TWO SHOWS WAS THAT WHEN A T.V. SHOW ENDS, LIKE SOMETHING ON

01:30PM  2    HULU, UNLESS YOU GET UP AND AFFIRMATIVELY STOP IT, IT WILL KEEP

01:30PM  3    PLAYING THE NEXT EPISODE AND THE NEXT EPISODE; IS THAT RIGHT?

01:30PM  4              PROSPECTIVE JUROR:  RIGHT.

01:30PM  5              MR. COOPERSMITH:  IS THAT WHAT YOU WERE TALKING

01:30PM  6    ABOUT WHEN THREE EPISODES PLAYED?

01:30PM  7              PROSPECTIVE JUROR:  YEAH.

01:30PM  8              MR. COOPERSMITH:  AND IT SOUNDS LIKE YOU WERE

01:30PM  9    SITTING, I DON'T KNOW WHETHER IT'S A COUCH OR WHATEVER YOU HAVE

01:30PM  10   IN YOUR HOME, SITTING THERE AND THAT WAS PLAYING FOR, LIKE, THE

01:30PM  11   EPISODES THAT AIRED; RIGHT?

01:30PM  12             PROSPECTIVE JUROR:  SO JUST -- SO I WOKE UP AND SHE

01:30PM  13   WAS WATCHING A SHOW.  I DIDN'T EVEN KNOW IT WAS A SHORT MOVIE.

01:30PM  14        AND I WAS WATCHING, BUT I WAS ALSO ON MY PHONE.

01:30PM  15             MR. COOPERSMITH:  YEAH.

01:30PM  16             PROSPECTIVE JUROR:  AND THEN AT SOME POINT ONE

01:30PM  17   EPISODE, IT WAS LIKE MIDWAY ENDED, I DIDN'T THINK MUCH OF IT.

01:30PM  18   AND THEN IT STARTED AGAIN.  I ASKED HER, ARE YOU WATCHING --

01:31PM  19   WHAT IS THIS?

01:31PM  20        AND SHE SAID YES, IT'S "THE DROPOUT."

01:31PM  21        AGAIN, THE NAME DIDN'T REGISTER.  I HAVE OTHER STUFF GOING

01:31PM  22   ON.

01:31PM  23        SO THEN I SAID, WHAT IS THIS ABOUT?

01:31PM  24        AND SHE SAID, WELL, KIND OF GAVE ME LIKE A BRIEF, HEY,

01:31PM  25   THEY'RE TRYING TO DO SOME MEDICAL DEVICE.

01:31PM  1           AND I SAID, WHAT ARE THEIR NAMES OR WHO IS WHO?

01:31PM  2           AND SHE MENTIONED THE NAME BALWANI OR SUNNY, AND THAT'S

01:31PM  3      HOW IT REGISTERED.

01:31PM  4           AND SO I GOT UP AND LEFT.  I WENT TO GO AND WORKED OUT AND

01:31PM  5      CAME BACK AND SHE WAS STILL FINISHING WATCHING AN EPISODE.

01:31PM  6                MR. COOPERSMITH:  OKAY.  AND WHEN YOU CAME BACK, THE

01:31PM  7      SHOW WAS STILL PLAYING?

01:31PM  8                PROSPECTIVE JUROR:  UH-HUH.

01:31PM  9                MR. COOPERSMITH:  AND IT WAS ON WHICH EPISODE?  DO

01:31PM 10      YOU KNOW?

01:31PM 11                PROSPECTIVE JUROR:  THE ONE WHERE THEY WERE MEETING

01:31PM 12      WITH SAFEWAY EXEC OR CVS OR SOMEBODY.

01:31PM 13                MR. COOPERSMITH:  OKAY.  AND WHEN YOU CAME BACK, HOW

01:31PM 14      MUCH LONGER DID IT PLAY AFTER YOU WERE BACK AFTER YOU DID SOME

01:31PM 15      OF THIS?

01:31PM 16                PROSPECTIVE JUROR:  IT WAS ACTUALLY I GUESS IT

01:31PM 17      FINISHED, IT FINISHED -- I DON'T KNOW WHEN IT FINISHED.  IT WAS

01:32PM 18      KIND OF LIKE AN ABRUPT ENDING.  I CAN'T EVEN TELL YOU.

01:32PM 19                MR. COOPERSMITH:  OKAY.  BUT THERE WERE PERIODS OF

01:32PM 20      TIME, ASIDE FROM LOOKING AT YOUR PHONE AND DOING OTHER THINGS

01:32PM 21      THAT YOU NEEDED TO DO, THERE WERE PERIODS OF TIME WHERE YOU

01:32PM 22      WERE WATCHING THE SCREEN WHILE THE SHOW WAS AIRING?

01:32PM 23                PROSPECTIVE JUROR:  UH-HUH, RIGHT.

01:32PM 24                MR. COOPERSMITH:  AND YOU THINK THAT THAT, THE

01:32PM 25      ENTIRETY OF THAT WHOLE, BUT NOT NECESSARILY CONSECUTIVE, WAS

01:32PM  1    ABOUT AN HOUR?

01:32PM  2              PROSPECTIVE JUROR:  YEAH, RIGHT.

01:32PM  3              MR. COOPERSMITH:  AND IT SOUNDS LIKE YOU WATCHED IT

01:32PM  4    ENOUGH TO KNOW THAT THERE WAS A BOYFRIEND OF MS. HOLMES NAMED

01:32PM  5    SUNNY BALWANI, OR AT LEAST THERE WAS A CHARACTER PLAYING THAT

01:32PM  6    PART; RIGHT?

01:32PM  7              PROSPECTIVE JUROR:  UH-HUH.

01:32PM  8              MR. COOPERSMITH:  AND I DON'T KNOW IF YOU REMEMBER,

01:32PM  9    LIKE, THE BOYFRIEND WAS A PERSON WHO LOOKED LIKE THEY WERE AN

01:32PM  10   OF SOUTH ASIAN DECENT; IS THAT FAIR?

01:32PM  11             PROSPECTIVE JUROR:  MIDDLE EAST OR SOUTH ASIAN.

01:32PM  12             MR. COOPERSMITH:  MIDDLE EAST OR SOUTH ASIAN.  ALL

01:32PM  13   RIGHT.

01:32PM  14        WELL, AFTER THE SHOW, IT SOUNDS LIKE YOU HAD A

01:32PM  15   CONVERSATION WITH YOUR GIRLFRIEND ABOUT THAT SHE HAD

01:32PM  16   INDEPENDENTLY DONE SOME RESEARCH AND FIGURED OUT WHAT HAPPENED

01:33PM  17   IN THE OTHER CASE?

01:33PM  18             PROSPECTIVE JUROR:  YEAH, I WOULDN'T EVEN CALL IT

01:33PM  19   CONVERSATIONS.  WE WERE ON OUR WAY SOMEWHERE AND SHE SAID, OH,

01:33PM  20   HEY, BY THE WAY, SHE IS PENDING SENTENCING, SHE GOT CONVICTED.

01:33PM  21             MR. COOPERSMITH:  OKAY.

01:33PM  22             PROSPECTIVE JUROR:  I DIDN'T ASK ANYTHING ELSE.

01:33PM  23             MR. COOPERSMITH:  YEAH, OKAY.  BUT YOU AT LEAST

01:33PM  24   LEARNED THAT ONE PIECE?

01:33PM  25             PROSPECTIVE JUROR:  UH-HUH.

01:33PM  1          MR. COOPERSMITH:  SO I KNOW THAT, AS I SAID BEFORE,

01:33PM  2   BEING A PROBATION OFFICER IN PARTICULAR, RIGHT, YOU TAKE THIS

01:33PM  3   PROCESS SERIOUSLY AND JUDGE DAVILA'S INSTRUCTIONS, YOU KNOW,

01:33PM  4   YOU'VE SAID THAT.

01:33PM  5          BUT I'M WONDERING, THOUGH, LIKE, HAVING SEEN THAT AND JUST

01:33PM  6   BY ACCIDENT, RIGHT, IF YOU HAD A CLOSE FAMILY MEMBER WHO WAS ON

01:33PM  7   TRIAL, WOULD YOU WANT A JUROR SEATED WHO HAD LEARNED THE THINGS

01:33PM  8   THAT YOU LEARNED FROM THE HULU SHOW OR FROM YOUR GIRLFRIEND?

01:33PM  9          THE COURT:  DO YOU UNDERSTAND THAT QUESTION?

01:33PM 10          PROSPECTIVE JUROR:  I DO.

01:33PM 11          I'LL DO MY DUE DILIGENCE, BUT I UNDERSTAND THE POSITION

01:34PM 12   THAT, YEAH, PROBABLY YOU WOULDN'T.  I GET IT.

01:34PM 13          MR. COOPERSMITH:  RIGHT.  AND WHY WOULD YOU THINK WE

01:34PM 14   WOULDN'T?

01:34PM 15          PROSPECTIVE JUROR:  LIKE YOU SAID, THERE MIGHT BE

01:34PM 16   SOME IMPARTIAL BIAS, THAT -- YEAH, IMPARTIAL BIAS.

01:34PM 17          MR. COOPERSMITH:  AND NO MATTER HOW HARD YOU TRY,

01:34PM 18   YOU MIGHT KIND OF THINK I KNOW WHAT HAPPENED HERE?  IS THAT

01:34PM 19   KIND OF A FAIR WAY TO PUT IT?

01:34PM 20          PROSPECTIVE JUROR:  YEAH, I UNDERSTAND.  IT'S UP TO

01:34PM 21   YOU GUYS.

01:34PM 22          THE COURT:  WELL, DID YOU UNDERSTAND HIS QUESTION?

01:34PM 23          PROSPECTIVE JUROR:  I DID, ABSOLUTELY, YOUR HONOR.

01:34PM 24          THE COURT:  HE'S SAYING IF YOU HAD A FAMILY MEMBER,

01:34PM 25   I THINK HE WAS ASKING, WOULD YOU FEEL COMFORTABLE WITH YOU ON

865

01:34PM 1      THE JURY?  THAT QUESTION IS --

01:34PM 2              PROSPECTIVE JUROR:  I PROBABLY WOULD NOT.

01:34PM 3              THE COURT:  WELL, LET ME FINISH.

01:34PM 4      THAT QUESTION IS SOMETIMES CONFUSING.  IT'S CONFUSING TO

01:34PM 5  ME BECAUSE I'M NOT SURE IS HE ASKING, WOULD I BE COMFORTABLE

01:34PM 6  WITH YOU?  WOULD YOU BE COMFORTABLE WITH YOU?

01:34PM 7      OR, YOU KNOW, YOU TOLD ME YOU COULD PUT ASIDE EVERYTHING,

01:34PM 8  AND I BELIEVE YOU.  I THINK YOU CAN DO THAT.

01:34PM 9      IS THAT RIGHT?

01:34PM 10             PROSPECTIVE JUROR:  CORRECT.

01:34PM 11             THE COURT:  IF NOT, TELL ME.  YOU KNOW, THAT'S --

01:34PM 12             PROSPECTIVE JUROR:  YOU KNOW, I FEEL LIKE I WOULD DO

01:35PM 13  MY DUE DILIGENCE AGAIN, AS I MENTIONED.  I'M NOT GOING TO

01:35PM 14  OBJECT TO HIS COMMENT.

01:35PM 15             THE COURT:  YES.  RIGHT.

01:35PM 16      BECAUSE THE COMMENT IS THAT YOU MIGHT NOT FEEL

01:35PM 17  UNCOMFORTABLE, NOT BECAUSE I WOULDN'T BE FAIR, BUT BECAUSE I

01:35PM 18  CAN SEE YOU WOULD BE UNCOMFORTABLE BECAUSE YOU THINK I WOULD BE

01:35PM 19  UNFAIR, BUT I WOULDN'T BE UNFAIR.  BUT I COULD SEE HOW YOU

01:35PM 20  THINK I MIGHT NOT BE UNFAIR.

01:35PM 21      HOW MANY LAYERS CAN I PUT TO THAT?

01:35PM 22             PROSPECTIVE JUROR:  YEAH, I UNDERSTAND.

01:35PM 23             THE COURT:  WAS THAT THE CONCEPT?

01:35PM 24             PROSPECTIVE JUROR:  UH-HUH.

01:35PM 25             THE COURT:  THAT'S HOW I THINK OF THAT QUESTION, HOW

01:35PM  1    DO I ANSWER THAT?  IT'S LIKE A STACK OF WAFFLES AND IT KEEPS

01:35PM  2    GETTING HIGHER AND HIGHER.

01:35PM  3         SO DO YOU UNDERSTAND MY ASSESSMENT OF THAT QUESTION?

01:35PM  4              PROSPECTIVE JUROR:  YES.

01:35PM  5              THE COURT:  SO THE QUESTION REALLY IS, AND I THINK

01:35PM  6    WHAT I WANT TO KNOW, AND I THINK WE ALL WANT TO KNOW, IS CAN

01:35PM  7    YOU BE FAIR TO MR. BALWANI?  CAN YOU BE FAIR TO

01:35PM  8    MR. COOPERSMITH'S CLIENT?  CAN YOU BE FAIR TO HIM?

01:35PM  9              PROSPECTIVE JUROR:  WELL, YEAH, I BELIEVE SO.

01:35PM 10              THE COURT:  OKAY.  DOES HE HAVE TO WORRY THAT YOU'RE

01:35PM 11    GOING TO BE SITTING THERE, BECAUSE YOU'VE BEEN INVOLVED, YOU'VE

01:35PM 12    BEEN APPEARING AS WITNESSES FOR THE PROSECUTION, IS HE WORRIED

01:35PM 13    THAT, OH, THIS GUY IS TOTALLY PROSECUTION ORIENTED AND HE'S OUT

01:36PM 14    TO GET MY GUY?

01:36PM 15              PROSPECTIVE JUROR:  NO.

01:36PM 16         (LAUGHTER.)

01:36PM 17              THE COURT:  OKAY.

01:36PM 18              PROSPECTIVE JUROR:  I LAUGH ONLY BECAUSE I KNOW

01:36PM 19    THAT'S MY POSITION.

01:36PM 20              MR. COOPERSMITH:  WHEN YOU SAY THAT'S YOUR

01:36PM 21    POSITION --

01:36PM 22              PROSPECTIVE JUROR:  I UNDERSTAND THAT BECAUSE THAT'S

01:36PM 23    USUALLY WHAT HAPPENS AT WORK.

01:36PM 24              MR. COOPERSMITH:  OH.

01:36PM 25              PROSPECTIVE JUROR:  WE ARREST SOMEBODY OR WE'RE

01:36PM   1    ALLEGING AND WHATNOT.

01:36PM   2         MR. COOPERSMITH:  YEAH.  AND THEN WHAT?

01:36PM   3         PROSPECTIVE JUROR:  WELL, WE'RE ALLEGING VIOLATIONS.

01:36PM   4         MR. COOPERSMITH:  RIGHT.  BUT THEN PEOPLE SEE YOU AS

01:36PM   5    MAKING ACCUSATIONS?

01:36PM   6         PROSPECTIVE JUROR:  CORRECT.

01:36PM   7         MR. COOPERSMITH:  I UNDERSTAND.  THANK YOU.

01:36PM   8      AND I THINK YOU SAID BEFORE THAT YOU WERE TALKING ABOUT

01:36PM   9    YOUR COLLEAGUE ON THE JURY PANEL WHO WORKED AT THE RECORDS

01:36PM  10    DEPARTMENT OF THE SANTA CLARA POLICE, AND SHE SAID THAT

01:36PM  11    SOMETIMES HER POLICE OFFICER COLLEAGUES GET THINGS WRONG.

01:36PM  12      DO YOU FEEL THAT WAY, TOO?

01:36PM  13         PROSPECTIVE JUROR:  WELL, THAT'S NOT MY EXPERIENCE.

01:36PM  14         MR. COOPERSMITH:  WHAT IS YOUR EXPERIENCE?

01:36PM  15         PROSPECTIVE JUROR:  WELL, I WORK WITH THE TASK FORCE

01:36PM  16    WITH THE COUNTY ALSO, SO WE DO A LOT OF PATROL, SEARCH

01:36PM  17    WARRANTS.

01:36PM  18         MR. COOPERSMITH:  RIGHT.

01:36PM  19         PROSPECTIVE JUROR:  WE DO OUR DUE DILIGENCE.

01:36PM  20         MR. COOPERSMITH:  AND YOU FEEL LIKE YOU GET IT

01:37PM  21    RIGHT?

01:37PM  22         PROSPECTIVE JUROR:  CORRECT.

01:37PM  23         MR. COOPERSMITH:  WHICH IS A GOOD THING.

01:37PM  24         PROSPECTIVE JUROR:  YEAH, I'M NOT TRYING TO GET NO

01:37PM  25    ONE --

01:37PM 1     MR. COOPERSMITH:  OF COURSE.

01:37PM 2   BUT THAT'S YOUR EXPERIENCE.

01:37PM 3   SO IF YOU HAD, YOU KNOW, THESE ARE PROSECUTORS WHO ARE

01:37PM 4 SITTING HERE AND THEY'RE TRYING THE CASE ON BEHALF OF THE

01:37PM 5 GOVERNMENT, AND THEN THERE MAY OR MAY NOT BE LAW ENFORCEMENT

01:37PM 6 ORIENTED WITNESSES ON THE STAND.

01:37PM 7   DO YOU FEEL LIKE, WELL, YOU'RE GOING TO KIND OF GIVE THEM

01:37PM 8 A -- THEIR TESTIMONY OR THEIR STATEMENTS MORE WEIGHT BECAUSE

01:37PM 9 THAT'S THE LAW ENFORCEMENT SIDE?

01:37PM 10    PROSPECTIVE JUROR:  NO, I DON'T THINK SO.

01:37PM 11    MR. COOPERSMITH:  NO, YOU DON'T THINK SO?

01:37PM 12    PROSPECTIVE JUROR:  I WASN'T INVOLVED IN IT.

01:37PM 13    MR. COOPERSMITH:  OKAY.  THANKS.

01:37PM 14   SO MY QUESTION -- I DIDN'T MEAN TO STACK WAFFLES OR MAKE

01:37PM 15 THINGS CONFUSING, BUT REALLY WHAT I WAS TRYING TO GET AT IS

01:37PM 16 BECAUSE EVEN THOUGH ESPECIALLY SOMEONE IN YOUR POSITION IS

01:37PM 17 GOING TO WANT TO FOLLOW THE RULES AND YOU SAID THAT AND I

01:37PM 18 APPRECIATE THAT.

01:37PM 19   WE'RE JUST TRYING TO -- IT MAY BE TOO CLEVER A QUESTION,

01:37PM 20 BUT JUST TRYING TO ASK YOU, LIKE, IS THERE ANY DOUBT IN YOUR

01:37PM 21 MIND?  ANY RESIDUAL, WELL, I SAW THIS SHOW AND TALKED TO MY

01:38PM 22 GIRLFRIEND.  MAYBE, YOU KNOW, I HAVE SOME DOUBT THAT I COULD

01:38PM 23 PUT ALL OF THAT ASIDE AND THAT'S ALL.

01:38PM 24   IF THE ANSWER IS YES, THAT'S FINE.  IF THE ANSWER IS NO,

01:38PM 25 THAT'S FINE.

01:38PM 1          PROSPECTIVE JUROR:  THE ANSWER IS NO.

01:38PM 2       BUT I HONESTLY WISH I WOULDN'T HAVE WATCHED IT AND COME

01:38PM 3   HERE WITH A CLEAN SLATE.

01:38PM 4          MR. COOPERSMITH:  SURE.  AND NOT BE IN THIS ROOM.

01:38PM 5          PROSPECTIVE JUROR:  AND THE JUDGE FEELS LIKE I

01:38PM 6   DIDN'T FOLLOW INSTRUCTIONS AND I INADVERTENTLY WALKED INTO THE

01:38PM 7   EPISODE OF THE SHOW.  WE WERE IN THE LIVING ROOM TOGETHER.  I

01:38PM 8   CAN'T JUST TELL HER, I'M NOT GOING TO HANG OUT WITH YOU.

01:38PM 9          MR. COOPERSMITH:  AND AS I SAID OUT IN THE GENERAL

01:38PM 10  SECTION, IS THE SHOW MIGHT NOT BE SOMETHING WRONG, IT'S

01:38PM 11  SUPPOSED TO BE FUN, IT'S SUPPOSED TO BE ENTERTAINMENT.

01:38PM 12         PROSPECTIVE JUROR:  I TOTALLY UNDERSTAND THAT.

01:38PM 13         MR. COOPERSMITH:  OKAY.

01:38PM 14         THE COURT:  LET ME ASK YOU A FOLLOW-UP QUESTION.

01:38PM 15  CAN YOU BE FAIR TO THE GOVERNMENT, TOO?  AND YOU'VE BEEN

01:38PM 16  INVOLVED IN TASK FORCE CASES, BIG CASES, AND ARE YOU GOING TO

01:38PM 17  LOOK AT THE GOVERNMENT'S INVESTIGATION AND SAY, I WOULDN'T HAVE

01:38PM 18  DONE IT THAT WAY.  WHY ARE YOU DOING IT THAT WAY?  YOU SHOULD

01:38PM 19  HAVE DONE THIS OR THAT AND BE THIS OR THAT, BE JUDGMENTAL ABOUT

01:39PM 20  THEM?  IS THAT SOMETHING THAT YOU FIND YOURSELF DOING?

01:39PM 21         PROSPECTIVE JUROR:  I MEAN, I WOULD HOPE NOT.

01:39PM 22         THE COURT:  OKAY.

01:39PM 23      DO THEY HAVE TO WORRY ABOUT THAT?

01:39PM 24         PROSPECTIVE JUROR:  WELL, NO.  I MEAN, LIKE, IT'S

01:39PM 25  BEEN EXPLAINED.  WELL, YOU SEE NOW I'M IN A BIND BECAUSE I GET

01:39PM  1    THE QUESTION AND, YEAH, I DON'T WANT TO, AS I SAY, MONDAY

01:39PM  2    QUARTERBACK.  BUT THE EVIDENCE OR THE INFORMATION IS GOING TO

01:39PM  3    BE PRESENTED AND THAT'S WHAT I NEED TO GO BY.

01:39PM  4            THE COURT:  RIGHT.  OKAY.

01:39PM  5            MR. SCHENK:  I HAVE IN MY NOTES THAT THERE WAS

01:39PM  6    ACTUALLY A DIFFERENT TOPIC THAT YOU WANTED TO TALK TO US

01:39PM  7    PRIVATELY ABOUT.  MY NOTES MIGHT BE INCORRECT.

01:39PM  8            PROSPECTIVE JUROR:  NO, I JUST MENTIONED EARLIER, IT

01:39PM  9    WAS JUST MY WORK STUFF.  WE'RE UNDERSTAFFED LIKE EVERYONE ELSE.

01:39PM  10   I'M THE ONLY GUY OR PERSON IN OUR SOUTH COUNTY END OF THE

01:39PM  11   COUNTY THAT SUPERVISES PEOPLE, SPECIAL ASSIGNMENT.

01:39PM  12       AND I'M PART -- YOU KNOW, I HAVE COURT STUFF COMING UP AND

01:39PM  13   SO FORTH, OTHER TRAININGS, AND IF I GET OUT OF THAT, I DON'T

01:40PM  14   KNOW WHAT I'M GOING TO DO IN THE NEAR FUTURE.

01:40PM  15           THE COURT:  RIGHT.  WE HAVE -- EXCUSE ME,

01:40PM  16   MR. SCHENK.  I'M SORRY.

01:40PM  17       WE HAVE -- WE'RE IN SESSION THREE DAYS A WEEK

01:40PM  18   INTENTIONALLY TO ALLOW PEOPLE -- YOU KNOW, ASKING PEOPLE TO

01:40PM  19   GIVE UP 13 WEEKS IS A LOT, I RECOGNIZE THAT.

01:40PM  20       SO WE TRY TO -- THAT'S WHY WE STOP AT 3:00 TO TRY TO GIVE

01:40PM  21   PEOPLE AN OPPORTUNITY TO TOUCH BASE, AND ALSO TO NOT BE IN

01:40PM  22   SESSION FOR A COUPLE OF DAYS TO ALLOW PEOPLE TO CATCH UP ON.

01:40PM  23       YOUR WORK IS 24/7.  I UNDERSTAND THAT.  YOU GET CALLS AT

01:40PM  24   NIGHT FOR SEARCH WARRANTS AND VIOLATIONS AND ALL OF THAT TYPE

01:40PM  25   OF THING.  I COMPLETELY UNDERSTAND THAT.

01:40PM 1    AND THAT'S WHY I WAS JUST POINTING THAT OUT TO YOU.

01:40PM 2    IT'S GOING TO BE HARD FOR EVERYBODY WHO SITS AS A JUROR IN

01:40PM 3    THIS CASE.

01:40PM 4    IT'S HARD FOR THESE LAWYERS BECAUSE THEY HAVE OTHER CASES

01:40PM 5    THAT THEY HAVE TO WORK ON, AND, YOU KNOW, BUT IT'S AN

01:40PM 6    INCONVENIENCE, I APPRECIATE AND RESPECT THAT.

01:40PM 7    THANK YOU.

01:41PM 8    ANY FURTHER QUESTIONS?

01:41PM 9         MR. SCHENK:  SO IN MY NOTES ACTUALLY I THOUGHT YOU

01:41PM 10   SAID YOU WANTED TO SPEAK PRIVATELY IN RESPONSE TO A QUESTION

01:41PM 11   ABOUT PRIOR EXPERIENCE WITH THE CRIMINAL JUSTICE SYSTEM,

01:41PM 12   WHETHER YOU OR FAMILY OR ANYBODY ELSE?

01:41PM 13        PROSPECTIVE JUROR:  OH, YEAH.  I HAVE JUST TWO

01:41PM 14   COUSINS THAT HAVE BEEN CONVICTED FOR A SERIES OF OFFENSES.

01:41PM 15        THE COURT:  IN WHAT COUNTY?

01:41PM 16        PROSPECTIVE JUROR:  IN THIS COUNTY.

01:41PM 17        THE COURT:  SANTA CLARA COUNTY.  OKAY.

01:41PM 18   AND WERE YOU INVOLVED -- I'M SORRY, MR. SCHENK.

01:41PM 19        MR. SCHENK:  NO.  THANK YOU.

01:41PM 20        THE COURT:  WERE YOU INVOLVED IN THOSE CASES AT ALL,

01:41PM 21   EITHER AS A WITNESS TO GO TO COURT TO TESTIFY AS A CHARACTER

01:41PM 22   WITNESS OR SENTENCING OR ANYTHING LIKE THAT?

01:41PM 23        PROSPECTIVE JUROR:  I WAS NOT.

01:41PM 24        THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THOSE

01:41PM 25   SITUATIONS THAT YOU THINK WOULD CAUSE YOU TO BE LESS THAN FAIR

01:41PM   1      TO THE DEFENSE AND THE PROSECUTION?

01:41PM   2              PROSPECTIVE JUROR:  NO.  I MEAN, THEY'RE CRIMINAL

01:41PM   3      CASES, BUT IT HAS NOTHING TO DO WITH THIS TYPE OF CASE.

01:41PM   4              THE COURT:  HOW LONG AGO WERE THOSE CASES?

01:41PM   5              PROSPECTIVE JUROR:  ONE OF THEM MIGHT HAVE BEEN

01:41PM   6      15 YEARS AGO.

01:41PM   7              THE COURT:  RIGHT.

01:41PM   8              PROSPECTIVE JUROR:  IT'S A LENGTHY PRISON

01:41PM   9      COMMITMENT.  AND THE OTHER ONE IS PROBABLY ONGOING.

01:41PM  10              THE COURT:  STILL ONGOING IN THE COURTS?

01:42PM  11              PROSPECTIVE JUROR:  UH-HUH.

01:42PM  12              THE COURT:  IS THAT INDIVIDUAL IN CUSTODY?

01:42PM  13              PROSPECTIVE JUROR:  I COULDN'T TELL YOU, YOUR HONOR.

01:42PM  14              THE COURT:  OKAY.  YOU DON'T FOLLOW IT?

01:42PM  15              PROSPECTIVE JUROR:  I DON'T FOLLOW IT.

01:42PM  16              MR. SCHENK:  GOT IT.  NO FURTHER QUESTIONS.  THANK

01:42PM  17      YOU.

01:42PM  18              MR. COOPERSMITH:  NOTHING FURTHER.  THANK YOU VERY

01:42PM  19      MUCH.

01:42PM  20              THE COURT:  THANK YOU.

01:42PM  21          (PROSPECTIVE JUROR NUMBER 191 IS NOT PRESENT.)

01:42PM  22              THE CLERK:  NUMBER?

01:42PM  23              THE COURT:  195.

01:43PM  24          (PROSPECTIVE JUROR NUMBER 195 IS PRESENT.)

01:43PM  25              THE COURT:  THANK YOU.  PLEASE HAVE A SEAT.

01:43PM  1          PROSPECTIVE JUROR:  THANK YOU.

01:43PM  2          THE COURT:  WE'RE MEETING PRIVATELY WITH JUROR

01:43PM  3   NUMBER 195 OUT OF THE PRESENCE OF THE OTHER JURORS.

01:43PM  4      THANK YOU VERY MUCH FOR COMING HERE AND TALKING WITH US.

01:43PM  5      AND YOU WANTED TO DISCUSS WITH US I THINK IT WAS IN

01:43PM  6   REGARDS TO FINANCIAL WITH YOUR WORK?

01:43PM  7          PROSPECTIVE JUROR:  YEAH, SO I JUST BROUGHT UP MY

01:43PM  8   SITUATION AT WORK, AND I'VE BEEN LOOKING AT THE SCHEDULE SOME,

01:43PM  9   AND I'VE DISCUSSED IT A LITTLE BIT WITH MY BOSS.

01:43PM 10      OUR COMPANY POLICY, I THINK, DIFFERS A LITTLE BIT WITH

01:43PM 11   WHAT WE COULD DO.  BUT WITHOUT HAVING KNOWN THE SCHEDULE

01:43PM 12   BEFOREHAND, IT WAS NOT REALLY SOMETHING THAT WE HAVE DISCUSSED.

01:43PM 13      BUT IF FOLLOWING ALONG WITH WHAT THE COMPANY POLICY IS, I

01:43PM 14   WOULDN'T HAVE VACATION DAYS, AND THE BASE EXPENSES RIGHT NOW,

01:44PM 15   WITH STUDENT PAYMENTS STARTING UP AGAIN AND CAR PAYMENTS AND

01:44PM 16   ALL OF THOSE THINGS, IT'S A LOT AND IT WOULD EAT AWAY A LOT OF

01:44PM 17   WHAT I HAVE SAVED UP IF NOT, YEAH, A LOT OF IT.

01:44PM 18          THE COURT:  SO IS -- YOUR COMPANY WILL PAY YOU FOR

01:44PM 19   LIMITED TIME ONLY?

01:44PM 20          PROSPECTIVE JUROR:  YES.  I THINK, WHEN I LOOKED AT

01:44PM 21   THE HANDBOOK, IT WAS FIVE DAYS.  AND THE WAY THAT MY JOB WORKS,

01:44PM 22   I COULD POSSIBLY MAKE THIS WORK.  LIKE EVEN THIS WEEK I'VE

01:44PM 23   SHIFTED SOME MEETINGS AROUND TO THURSDAY NOW.

01:44PM 24      BUT I MIGHT BE ABLE TO MAKE IT WORK, I JUST DON'T KNOW

01:44PM 25   YET --

01:44PM 1          THE COURT:  I SEE.

01:44PM 2          PROSPECTIVE JUROR:  -- IS THE PROBLEM.

01:44PM 3          THE COURT:  THERE ARE SOME OTHER BREAKS IN THE

01:44PM 4    SCHEDULE THAT YOU HAVE SEEN, AND ONE OF THEM IS PRETTY LENGTHY,

01:44PM 5    ABOUT A WEEK IN MAY.  APRIL THERE'S A FEW DAYS.  I KNOW

01:44PM 6    APRIL 6TH AND 8TH WE'RE DARK.  AND THEN IN MAY THERE ARE SOME

01:44PM 7    OTHERS.

01:44PM 8          PROSPECTIVE JUROR:  YEAH.

01:44PM 9          THE COURT:  I DON'T KNOW IF THAT HELPS YOU.

01:44PM 10         PROSPECTIVE JUROR:  YEAH.  SO I THINK WE'RE IN MARCH

01:45PM 11   RIGHT NOW.

01:45PM 12         THE COURT:  AND THE FACT THAT WE END AT 3:00 IS SOME

01:45PM 13   HELP, BUT IT PROBABLY TAKES YOU AN HOUR TO GET TO YOUR

01:45PM 14   WORKPLACE FROM HERE.

01:45PM 15         PROSPECTIVE JUROR:  WELL, THAT'S THE THING.  SOME OF

01:45PM 16   THE STUFF I CAN DO FROM HOME.  MY WORK IS KIND OF FLEXIBLE.

01:45PM 17   THE PROBLEM IS THAT SOME OF IT IS NOT.

01:45PM 18         THE COURT:  RIGHT.

01:45PM 19         PROSPECTIVE JUROR:  AND SOME OF IT IS FIXED ON SITE.

01:45PM 20   IT'S NOT AS COMMON.

01:45PM 21      THE DOWNSIDE IS THAT PROBABLY THE ONLY OTHER PERSON WHO IS

01:45PM 22   INVOLVED WITH THAT WILL BE LEAVING --

01:45PM 23         THE COURT:  RIGHT.

01:45PM 24         PROSPECTIVE JUROR:  -- FOR I THINK TWO OR THREE

01:45PM 25   WEEKS TO GO TO OUR FACILITY IN MALAYSIA.  SO IT MAKES IT A

875

01:45PM  1    LITTLE TOUGH.

01:45PM  2              THE COURT:  SURE.  OKAY.

01:45PM  3         SO SOME OF IT HAS TO BE HANDS ON THE MACHINES?

01:45PM  4              PROSPECTIVE JUROR:  YEAH, SOME OF IT.

01:45PM  5              THE COURT:  OKAY.  TELL US WHAT THE SOCIETY OF PEER

01:45PM  6    MENTORS IS.

01:46PM  7              PROSPECTIVE JUROR:  OH, IT'S JUST AN ORGANIZATION

01:46PM  8    THAT I WAS IN AT LSU WHERE INCOMING FRESHMAN WHO WERE COMING

01:46PM  9    INTO ENGINEERING, WE WOULD SORT OF MENTOR THEM, KIND OF

01:46PM  10   INTRODUCE THEM TO THE COLLEGE, YOU KNOW, DIFFERENT PEOPLE FOR

01:46PM  11   DIFFERENT THINGS.

01:46PM  12        AND THEN WE ALSO DID ROBOTICS MENTORING FOR SOME OF THE

01:46PM  13   NEARBY K THROUGH 12 SCHOOLS, OTHER OUTREACH EVENTS, THINGS LIKE

01:46PM  14   THAT, STEM STUFF.

01:46PM  15             THE COURT:  OKAY.  TAKE THEM TO FOOTBALL GAMES?

01:46PM  16        (LAUGHTER.)

01:46PM  17             PROSPECTIVE JUROR:  SOMETIMES.

01:46PM  18             THE COURT:  MR. COOPERSMITH.

01:46PM  19             MR. COOPERSMITH:  WERE YOU AT LSU WHEN JOE WAS A

01:46PM  20   QUARTERBACK?

01:46PM  21             PROSPECTIVE JUROR:  UNFORTUNATELY I WAS NOT.  I WAS

01:46PM  22   ALREADY IN CALIFORNIA.  HAPPY TO SEE IT, SAD THAT I WASN'T

01:46PM  23   THERE.

01:46PM  24             MR. COOPERSMITH:  IT WAS PROBABLY FUN TO WATCH IT ON

01:46PM  25   T.V., RIGHT?

01:46PM 1          PROSPECTIVE JUROR:  YEAH, YEAH.  A LITTLE

01:46PM 2    DISAPPOINTED THAT --

01:46PM 3          MR. COOPERSMITH:  WELL, IT WAS CLOSE.  IT WAS CLOSE.

01:46PM 4    OKAY.

01:46PM 5       SO, FIRST OF ALL, THE PRIVATE MATTER YOU WANTED TO

01:47PM 6    DISCUSS, IS THAT EVERYTHING THAT YOU JUST SAID?

01:47PM 7          PROSPECTIVE JUROR:  YES.

01:47PM 8          MR. COOPERSMITH:  AND NOTHING ELSE ABOUT THAT.

01:47PM 9       AND THEN WHILE YOU'RE HERE, I WANTED TO FOLLOW UP.  YOU

01:47PM 10   SAID YOU HAD SEEN IT ON REDDIT AND SOME OTHER THREADS?

01:47PM 11         PROSPECTIVE JUROR:  UH-HUH.

01:47PM 12         MR. COOPERSMITH:  AND YOU ALSO SAID YOU DIDN'T KNOW

01:47PM 13   THE OUTCOME OF MS. HOLMES'S CASE?

01:47PM 14         PROSPECTIVE JUROR:  NO.

01:47PM 15         MR. COOPERSMITH:  AND YOU STILL DON'T KNOW ANYTHING

01:47PM 16   ABOUT THAT?

01:47PM 17         PROSPECTIVE JUROR:  NO.

01:47PM 18         MR. COOPERSMITH:  AND YOU SAID, IF I GOT THIS RIGHT,

01:47PM 19   YOU REVIEWED SOME MATERIAL THAT HAD OTHER PEOPLE'S OPINIONS

01:47PM 20   ABOUT THE CASE?

01:47PM 21         PROSPECTIVE JUROR:  YEAH.  I MEAN, REDDIT WAS JUST

01:47PM 22   OTHER PEOPLE TALKING ABOUT WHAT WAS GOING ON, AND I BARELY

01:47PM 23   REMEMBER -- I CAN'T EVEN REMEMBER WHAT THE HEADLINE ACTUALLY

01:47PM 24   WAS.  I JUST REMEMBER SEEING PEOPLE TALKING ABOUT IT.

01:47PM 25         BUT I REALLY DON'T REMEMBER ANYTHING ABOUT IT OTHER THAN

877

01:47PM   1       THE NAME, ELIZABETH HOLMES'S NAME AND THE COMPANY'S NAME.

01:47PM   2          BUT EVERYTHING OUTSIDE OF THAT I DON'T REMEMBER.

01:47PM   3              MR. COOPERSMITH:  OKAY.  AND DO YOU REMEMBER ANYONE

01:47PM   4   MAKING A COMMENT OR OPINION ABOUT MR. BALWANI?

01:47PM   5              PROSPECTIVE JUROR:  NO.

01:47PM   6              MR. COOPERSMITH:  AND WERE THE OPINIONS, EVEN IF YOU

01:47PM   7   CAN'T REMEMBER SPECIFICALLY, WERE THEY GENERALLY POSITIVE OR

01:48PM   8   NEGATIVE TOWARDS MS. HOLMES?

01:48PM   9              PROSPECTIVE JUROR:  I MEAN, IF I HAD TO GUESS, I

01:48PM  10   MEAN, REDDIT TENDS TO LEAN CERTAIN WAYS, AND IF I HAD TO GUESS,

01:48PM  11   THEY WERE NEGATIVE BECAUSE IT'S BIG CORPORATIONS AND THINGS

01:48PM  12   LIKE THAT.  THAT'S MORE COMMON TO LEAN THAT WAY, BUT I PROBABLY

01:48PM  13   DON'T REMEMBER.

01:48PM  14              MR. COOPERSMITH:  OKAY.  IS THERE ANYTHING ABOUT

01:48PM  15   THOSE OPINIONS THAT YOU THINK WOULD INFLUENCE YOU AS A JUROR OR

01:48PM  16   ANYTHING LIKE THAT?

01:48PM  17              PROSPECTIVE JUROR:  NO.

01:48PM  18              MR. COOPERSMITH:  AND DO YOU UNDERSTAND THAT PEOPLE

01:48PM  19   ON REDDIT MAY KNOW NOT WHAT THEY'RE TALKING ABOUT?

01:48PM  20              PROSPECTIVE JUROR:  YES, ALL OVER.  THAT'S ANY NEWS.

01:48PM  21              MR. COOPERSMITH:  ALL RIGHT.  THANK YOU.

01:48PM  22              MR. SCHENK:  NOTHING.  THANK YOU VERY MUCH.

01:48PM  23              THE COURT:  THANKS VERY MUCH.  THANK YOU.

01:48PM  24          (PROSPECTIVE JUROR NUMBER 195 IS NOT PRESENT.)

01:49PM  25          (PROSPECTIVE JUROR 196 IS PRESENT.)

01:49PM   1          THE COURT:  HELLO.  PLEASE HAVE A SEAT.  THANK YOU.

01:49PM   2    WE'RE MEETING PRIVATELY WITH JUROR 196.

01:49PM   3          PROSPECTIVE JUROR:  UH-HUH.

01:49PM   4          THE COURT:  AND WE TALKED WITH YOU EARLIER, AND I

01:49PM   5    THINK EITHER YOU OR I SUGGESTED WE SPEAK PRIVATELY ABOUT SOME

01:49PM   6    OF THE ISSUES THAT WE TALKED ABOUT.  I BELIEVE AT LEAST A

01:49PM   7    COUPLE OF THE ISSUES I WANTED TO START OFF WAS YOUR KNOWLEDGE

01:49PM   8    OF THE ELIZABETH HOLMES CASE --

01:49PM   9          PROSPECTIVE JUROR:  UH-HUH.

01:49PM   10         THE COURT:  -- AND ALSO YOUR KNOWLEDGE, IF ANY,

01:49PM   11   REGARDING THE RELATIONSHIP BETWEEN MR. BALWANI AND MS. HOLMES.

01:49PM   12         PROSPECTIVE JUROR:  YEP.

01:49PM   13         THE COURT:  AND WHAT CAN YOU TELL US ABOUT THAT?

01:49PM   14         PROSPECTIVE JUROR:  SO, AS I SAID, I DID READ A FEW

01:49PM   15   ARTICLES BACK IN JANUARY ABOUT THE CASE, AND AT THAT TIME I WAS

01:50PM   16   JUST READING UP ABOUT IT AND KIND OF FOLLOWING IT FOR A FEW

01:50PM   17   DAYS.

01:50PM   18      I KNOW SHE WAS FOUND GUILTY.  I KNOW THEY HAD A ROMANTIC

01:50PM   19   RELATIONSHIP, AND I ALSO KNOW THAT SHE AT ONE POINT SAID THAT

01:50PM   20   HE WAS ABUSIVE TOWARDS HER.

01:50PM   21      SO I KNOW THAT'S THE EXTENT OF MY KNOWLEDGE.

01:50PM   22         THE COURT:  OKAY.  ALL RIGHT.

01:50PM   23      AND REMIND ME, WHEN WAS THE MOST RECENT EXPOSURE, THE MOST

01:50PM   24   RECENT TIME YOU READ --

01:50PM   25         PROSPECTIVE JUROR:  ANYTHING ABOUT HER?

01:50PM 1          THE COURT:  YES.  DID YOU SAY JANUARY?

01:50PM 2          PROSPECTIVE JUROR:  JANUARY WAS REALLY ANYTHING THAT

01:50PM 3   I READ ABOUT IT.

01:50PM 4       BUT SINCE THEN, AS I SAID, I'VE SEEN ADS FOR THE HULU

01:50PM 5   SHOW.

01:50PM 6          THE COURT:  YES.

01:50PM 7          PROSPECTIVE JUROR:  I NEVER GOT AROUND TO WATCHING

01:50PM 8   IT.

01:50PM 9          THE COURT:  OKAY.  OKAY.

01:50PM 10      SO THE QUESTION IS ABOUT THAT.

01:50PM 11         PROSPECTIVE JUROR:  YEAH.

01:50PM 12         THE COURT:  AND WHAT EFFECT, IF ANY, DO YOU THINK IT

01:51PM 13  WILL HAVE ON YOUR ABILITY TO SERVE AS A JUROR HERE?

01:51PM 14         PROSPECTIVE JUROR:  SO THE REASON WHY I EXPRESSED

01:51PM 15  CONCERN WAS AT THAT TIME BACK IN JANUARY WHEN I HAD READ ALL OF

01:51PM 16  THE ARTICLES, IN MY MIND, ESPECIALLY WHEN ELIZABETH HOLMES THEY

01:51PM 17  SAID WAS FOUND GUILTY, I HAD ALREADY FORMED AN OPINION IN MY

01:51PM 18  HEAD ABOUT, OH, GUILT BY ASSOCIATION, RIGHT?

01:51PM 19         THE COURT:  I SEE.

01:51PM 20         PROSPECTIVE JUROR:  AND THEN SINCE THIS PROCESS

01:51PM 21  STARTED, I'VE BEEN TRYING TO GIVE THE BENEFIT OF DOUBT TO SAY

01:51PM 22  THE WHOLE INNOCENT UNTIL PROVEN GUILTY.

01:51PM 23         THE COURT:  YES.

01:51PM 24         PROSPECTIVE JUROR:  IT'S A PERSON'S LIFE AND SO ON

01:51PM 25  AND SO FORTH.

01:51PM   1         AND THERE'S ALWAYS A FLAG THAT KEEPS COMING UP IN MY HEAD,

01:51PM   2    THOUGH, ABOUT, YOU KNOW, THE WHOLE GUILT BY ASSOCIATION PROCESS

01:51PM   3    STILL STANDS.

01:51PM   4         AND, I MEAN, THINGS HAVE COME UP FROM WAY BACK WHEN.  I

01:51PM   5    DON'T KNOW, I THINK JANUARY I VAGUELY RECALL READING SOMETHING

01:51PM   6    ABOUT MR. BALWANI'S REPUTATION WHEN HE WAS COO OF THERANOS.

01:52PM   7         AND I JUST KEEP REMEMBERING SOME THINGS ABOUT IT, AND

01:52PM   8    THAT'S WHY I HAD THAT CONCERN, WOULD I BE ABLE TO BE COMPLETELY

01:52PM   9    IMPARTIAL --

01:52PM  10              THE COURT:  YES, OF COURSE.

01:52PM  11              PROSPECTIVE JUROR:  -- ONCE THE TRIAL IS IN PROCESS.

01:52PM  12              THE COURT:  OKAY.  IT SOUNDS TO ME LIKE YOU'RE

01:52PM  13    SAYING THAT THAT MIGHT BE A CHALLENGE TO YOU?

01:52PM  14              PROSPECTIVE JUROR:  THAT'S WHAT I'M SAYING, YEAH.

01:52PM  15              THE COURT:  AND I LOOK AT YOUR ANSWER TO QUESTION 56

01:52PM  16    WHICH I HAVE IN FRONT OF ME, AND I'M HAPPY TO SHARE THAT WITH

01:52PM  17    YOU.

01:52PM  18              PROSPECTIVE JUROR:  OKAY.

01:52PM  19              THE COURT:  AND THIS IS A QUESTION ABOUT

01:52PM  20    MR. BALWANI'S CULTURAL AND ETHNIC BACKGROUND, AND YOU RESPONDED

01:52PM  21    TO THAT QUESTION.  AND TELL US ABOUT THAT.

01:52PM  22              PROSPECTIVE JUROR:  WELL, I MEAN, I FEEL LIKE THAT

01:52PM  23    GIVEN THAT WE'RE BOTH OF INDIAN ORIGIN, I SHOULD HAVE SOME KIND

01:53PM  24    OF AFFINITY TO HIS BACKGROUND, WHERE HE COMES FROM, THE

01:53PM  25    EDUCATIONAL EXPERIENCE HE HAD, BECAUSE IT'S KIND OF SIMILAR TO

01:53PM  1    WHAT I HAD AS WELL IN TERMS OF OUR EDUCATION.

01:53PM  2        AND THEN I SEE -- SO WHAT I'M TRYING TO SAY IS THAT I FEEL

01:53PM  3    LIKE I SHOULD HAVE SOME KIND OF AFFINITY GIVEN OUR CULTURAL

01:53PM  4    SIMILARITIES.

01:53PM  5        AND JUST READING WHAT I WROTE HERE, I REMEMBER WHEN

01:53PM  6    THERANOS WAS IN ITS HEYDAY SEEING ELIZABETH HOLMES AS A POPULAR

01:53PM  7    FEMALE ENTREPRENEUR, RIGHT?  BECAUSE I WAS IN SOFTWARE AND

01:53PM  8    SEEING A POWERFUL FEMALE PERSONALITY BEING SUCCESSFUL AT THAT

01:53PM  9    TIME WAS VERY EMPOWERING.

01:53PM  10       AND, OF COURSE, WHEN THINGS WENT SOUTH, I REMEMBER

01:53PM  11   THINKING, OH, YOU KNOW, THAT'S TOO BAD.  THAT'S -- I HAD SUCH

01:54PM  12   HIGH HOPES FOR HER AND FOR HER COMPANY.

01:54PM  13       AND THEN IT KIND OF TOOK ON, LIKE, AN EVENT ON TO MY GREY

01:54PM  14   SIDE, I GUESS, WITH THE WHOLE COMPANY AND THE PEOPLE ASSOCIATED

01:54PM  15   WITH IT.

01:54PM  16       AND OF COURSE, THE JANUARY VERDICT KIND OF SEALED IT IN MY

01:54PM  17   OPINION.

01:54PM  18           THE COURT:  PARDON ME FOR INTERRUPTING.

01:54PM  19       IS IT FAIR TO SAY THAT YOUR OPINION IS A NEGATIVE ONE?

01:54PM  20           PROSPECTIVE JUROR:  YEAH.

01:54PM  21           THE COURT:  I SEE.  ABOUT MR. BALWANI?

01:54PM  22           PROSPECTIVE JUROR:  UH-HUH.

01:54PM  23           THE COURT:  AND ABOUT THE COMPANY AND MS. HOLMES?

01:54PM  24           PROSPECTIVE JUROR:  UH-HUH, YES.  YES.

01:54PM  25           THE COURT:  ALL RIGHT.

01:54PM  1          PROSPECTIVE JUROR:  YES.

01:54PM  2          THE COURT:  IS THERE ANY WAY THAT YOU THINK YOU

01:54PM  3  COULD SEPARATE YOUR OPINION ABOUT THE THREE OF THEM, THAT

01:54PM  4  TRILOGY, AND JUST FOCUS ON MR. BALWANI IN AN EFFECTIVE WAY?

01:55PM  5          PROSPECTIVE JUROR:  THAT'S THE CONUNDRUM I'M IN.

01:55PM  6  I'M TRYING TO GIVE HIM THE BENEFIT OF THE DOUBT.

01:55PM  7          THE COURT:  RIGHT.

01:55PM  8          PROSPECTIVE JUROR:  I'M TRYING TO SAY IT'S HIS LIFE

01:55PM  9  AND I NEED TO BE AS IMPARTIAL AND UNBIASSED AS POSSIBLE.

01:55PM 10      AND I JUST WANT TO KIND OF STATE THAT I STILL HAVE THOSE

01:55PM 11  FLAGS IN MY HEAD.

01:55PM 12          THE COURT:  SURE.  OKAY.  OKAY.

01:55PM 13          PROSPECTIVE JUROR:  AND I'M HUMAN.  IT'S KIND OF

01:55PM 14  HARD TO SAY, OKAY, ERASE ALL OF THOSE CONCERNS.

01:55PM 15          THE COURT:  RIGHT.

01:55PM 16          PROSPECTIVE JUROR:  SO I'M JUST GOING TO LAY IT ON

01:55PM 17  THE TABLE.

01:55PM 18          THE COURT:  THANK YOU.  THAT'S WHY WE'RE HERE

01:55PM 19  TALKING.  THANK YOU SO MUCH.  I APPRECIATE YOUR CANDOR.  WE'RE

01:55PM 20  HUMAN AND ALL HAVE CHOICES.  SOME PEOPLE WEAR LOAFERS AND SOME

01:55PM 21  WEAR LACE UP SHOES.  I DON'T MEAN TO TRIVIALIZE IT, AND THAT'S

01:55PM 22  JUST THAT WAY, RIGHT?

01:55PM 23      AND I DO WANT TO ASK YOU, YOU ALSO TOLD US YOU'RE A

01:55PM 24  SUBSTITUTE TEACHER AND YOU HAVE SOME CHALLENGES WITH CHILDCARE;

01:55PM 25  IS THAT RIGHT?  I THINK YOU SAID YOU MIGHT BE ABLE TO GET

01:55PM   1    CARPOOLS?

01:55PM   2              PROSPECTIVE JUROR:  RIGHT.  I WOULD HAVE TO REQUEST

01:56PM   3    SOME OTHER PARENTS.  THEY WOULD HAVE TO GO A LITTLE BIT OUT OF

01:56PM   4    THEIR WAY.

01:56PM   5              THE COURT:  IT SOUNDS LIKE THIS IS NOT UNCOMMON,

01:56PM   6    CARPOOLS FOR ATHLETIC EVENTS FOR HIGH SCHOOL AND MIDDLE SCHOOL.

01:56PM   7              PROSPECTIVE JUROR:  IT'S NOT UNCOMMON.  I'VE JUST

01:56PM   8    NEVER DONE IT BEFORE, SO IT'S NEW TO ME.

01:56PM   9              THE COURT:  OKAY.  WELL, LET ME JUST TELL YOU, WHEN

01:56PM  10    YOU DO THAT THE FIRST TIME, THE NEXT YEAR WHEN HE TURNS 14 OR

01:56PM  11    15, THEY'LL BE LOOKING AT YOU TO TRANSPORT TO THE BASKETBALL

01:56PM  12    AND TRACK MEETS AS WELL.  THAT'S HOW IT WORKS.  IT'S RECIPROCAL

01:56PM  13    HAS BEEN MY EXPERIENCE.

01:56PM  14        ANY QUESTIONS?

01:56PM  15              MR. COOPERSMITH:  NO.  I DON'T HAVE ANY, YOUR HONOR.

01:56PM  16        I APPRECIATE YOUR TIME.  THANK YOU.

01:56PM  17              THE COURT:  ANY QUESTIONS?

01:56PM  18              MR. SCHENK:  NO.

01:56PM  19              THE COURT:  THANK YOU VERY MUCH.  THANK YOU.

01:56PM  20              PROSPECTIVE JUROR:  AND?

01:56PM  21              THE COURT:  YOU'LL LEAVE THIS HERE, YEAH.

01:56PM  22        (PROSPECTIVE JUROR NUMBER 196 IS NOT PRESENT.)

01:57PM  23        (PROSPECTIVE JUROR 198 IS PRESENT.)

01:57PM  24              THE COURT:  HI.  THIS IS JUROR NUMBER 198.  EXCUSE

01:57PM  25    ME.  WE'RE MEETING PRIVATELY WITH COUNSEL.

01:57PM  1        I BELIEVE YOU SAID THAT YOU WANTED TO TALK ABOUT SOMETHING

01:57PM  2   PRIVATELY WITH US, JUROR NUMBER 198.

01:57PM  3             PROSPECTIVE JUROR:  YEAH, IT'S A PERSONAL CONCERN

01:57PM  4   ABOUT MY WORK.

01:57PM  5             THE COURT:  YES.

01:57PM  6             PROSPECTIVE JUROR:  I'M NOT TOO SURE ABOUT WHAT MY

01:57PM  7   COMPANY THOUGHT TOWARDS THE JURY SERVICE, LIKE, IS IT PAYING?

01:57PM  8   OR I'M NOT TOO SURE ABOUT THAT.

01:57PM  9             THE COURT:  I SEE.  IT SOUNDS LIKE YOU HAVE NOT

01:57PM 10   CHECKED WITH YOUR EMPLOYER ABOUT THAT?

01:57PM 11             PROSPECTIVE JUROR:  I HAVEN'T.

01:57PM 12             THE COURT:  AND TELL US AGAIN YOUR EMPLOYER?  IS IT

01:57PM 13   WEB TO DOOR?

01:57PM 14             PROSPECTIVE JUROR:  I WORK FOR A WEB COMPANY CALLED

01:58PM 15   WEB TO DOOR, AND WE'RE CURRENTLY COOPERATING WITH AMAZON TO

01:58PM 16   DELIVER PACKAGES.

01:58PM 17        BUT OUR WORKING STATION IS DIFFERENT FROM THE OFFICE.  THE

01:58PM 18   WORKING STATION ONLY HAS, LIKE, TWO DISPATCH, AND THE REST IS

01:58PM 19   ALL, LIKE, DELIVERY WORKERS.  AND I'M NOT TOO SURE WHERE THE

01:58PM 20   ACTUAL OFFICE FOR PAPERWORK AND HR.

01:58PM 21             THE COURT:  I SEE.  AND YOU'VE WORKED THERE SIX

01:58PM 22   MONTHS, OR MAYBE A LITTLE LONGER NOW?

01:58PM 23             PROSPECTIVE JUROR:  SIX MONTHS, MAYBE A LITTLE

01:58PM 24   LONGER NOW.

01:58PM 25             THE COURT:  OKAY.  AND YOU -- LET'S SEE.  YOU DRIVE

```
01:58PM    1    DELIVERY?

01:58PM    2              PROSPECTIVE JUROR:  YES, I DRIVE A DELIVERY VAN.

01:58PM    3              THE COURT:  I SEE.  OKAY.

01:58PM    4         AND SO I THINK -- IS THIS PRESENTING A FINANCIAL HARDSHIP

01:58PM    5    THAT IS PRESENTED TO YOU IF YOU'RE SEATED AS A JUROR HERE?

01:58PM    6              PROSPECTIVE JUROR:  YES, BECAUSE IF IT'S NOT A PAID

01:58PM    7    DAY OFF, THEN I'M NOT GOING TO GET ENOUGH WORKING HOURS FOR MY

01:59PM    8    PAYCHECK.

01:59PM    9              THE COURT:  RIGHT.

01:59PM   10              PROSPECTIVE JUROR:  AND THE AMOUNT I GET EVERY

01:59PM   11    BIWEEK IS DEPENDING ON HOW MUCH HOURS I WORK.

01:59PM   12              THE COURT:  AND CAN YOU TELL US YOUR LIVING

01:59PM   13    CIRCUMSTANCES NOW?  DO YOU LIVE WITH --

01:59PM   14              PROSPECTIVE JUROR:  CURRENTLY I JUST LIVE WITH MY

01:59PM   15    PARENTS.

01:59PM   16              THE COURT:  OKAY.  OH YES.  OKAY.  I SEE.

01:59PM   17              PROSPECTIVE JUROR:  YEAH.

01:59PM   18              THE COURT:  AND I THINK YOU WENT TO WILCOX?

01:59PM   19              PROSPECTIVE JUROR:  HIGH SCHOOL.

01:59PM   20              THE COURT:  IS THAT RIGHT?

01:59PM   21              PROSPECTIVE JUROR:  YES.

01:59PM   22         SO I DID ATTENDEE AT DE ANZA COLLEGE, BUT I DIDN'T FINISH

01:59PM   23    THAT AND I DIDN'T GET A DEGREE FOR THAT.

01:59PM   24              THE COURT:  OKAY.

01:59PM   25              PROSPECTIVE JUROR:  YEAH, I KIND OF, LIKE, STOPPED
```

01:59PM  1    HALFWAY THROUGH.

01:59PM  2              THE COURT:  OKAY.  ALL RIGHT.

01:59PM  3         AND YOU HAVEN'T CHECKED TO SEE WHETHER OR NOT YOU'LL BE

01:59PM  4    ABLE TO GET PAY FOR THE 13 WEEKS?

02:00PM  5              PROSPECTIVE JUROR:  YES.

02:00PM  6              THE COURT:  AND YOU WORK FIVE DAYS A WEEK?

02:00PM  7              PROSPECTIVE JUROR:  ONLY FOUR DAYS A WEEK.

02:00PM  8              THE COURT:  I SEE.  AND DO YOU WORK -- WHAT ARE YOUR

02:00PM  9    HOURS TYPICALLY OF YOUR WORK SHIFT?

02:00PM  10             PROSPECTIVE JUROR:  TYPICALLY 9:00 TO 7:00, TEN

02:00PM  11   HOURS.

02:00PM  12             THE COURT:  YOU WORK TEN HOURS A DAY?

02:00PM  13             PROSPECTIVE JUROR:  YES.

02:00PM  14             THE COURT:  WOW.  OKAY.  ALL RIGHT.

02:00PM  15        I DON'T HAVE ANY -- I'M SORRY?

02:00PM  16             PROSPECTIVE JUROR:  MOST OF THE TIME I REPORT THERE

02:00PM  17   AND THEN WAIT FOR THE LOADUP, AND THEN SPEND SOME TIME BETWEEN

02:00PM  18   THE COMMUTE, LIKE FROM THE STATION TO WHERE THE ACTUAL DELIVERY

02:00PM  19   IS.

02:00PM  20             THE COURT:  YES.

02:00PM  21             PROSPECTIVE JUROR:  THOSE TIMES ARE ALSO INCLUDED IN

02:00PM  22   THE TEN HOURS OF WORKING.

02:00PM  23             THE COURT:  I SEE.

02:00PM  24             PROSPECTIVE JUROR:  SO THE ACTUAL DELIVERY MIGHT BE

02:00PM  25   SEVEN OR EIGHT HOURS.

02:00PM   1              THE COURT:  WOW.  OKAY.

02:00PM   2         YOU GO ALL OVER?

02:00PM   3              PROSPECTIVE JUROR:  USUALLY STUCK IN ONE AREA.  BUT,

02:00PM   4    LIKE, A LOT OF PEOPLE ORDER FROM AMAZON.

02:00PM   5              THE COURT:  YES.  THAT'S RIGHT.

02:00PM   6         I DON'T HAVE ANY ADDITIONAL QUESTIONS.

02:01PM   7         ANY QUESTIONS?

02:01PM   8              MR. COOPERSMITH:  JUST REALLY BRIEFLY.

02:01PM   9         DO YOU, AND JUST SO I UNDERSTAND THIS, IF YOU -- DO YOU

02:01PM  10    WORK EVERY SINGLE DAY, FIVE DAYS A WEEK?

02:01PM  11              PROSPECTIVE JUROR:  NO.

02:01PM  12              MR. COOPERSMITH:  HOW MANY DAYS A WEEK?

02:01PM  13              PROSPECTIVE JUROR:  I ONLY WORK FOUR DAYS A WEEK,

02:01PM  14    AND TYPICALLY SUNDAY, MONDAY, WEDNESDAY AND FRIDAY.

02:01PM  15              MR. COOPERSMITH:  OKAY.  AND THE COURT'S GENERAL

02:01PM  16    SCHEDULE THOUGH, AS JUDGE DAVILA TOLD YOU, IT COULD CHANGE, BUT

02:01PM  17    GENERALLY IT WOULD BE TUESDAYS, WEDNESDAYS, AND FRIDAYS.

02:01PM  18              PROSPECTIVE JUROR:  YES.

02:01PM  19              MR. COOPERSMITH:  AND COULD YOU REARRANGE YOUR

02:01PM  20    SCHEDULES SO YOU COULD BE WORKING ON MONDAY, THURSDAYS, AND THE

02:01PM  21    WEEKENDS?

02:01PM  22              PROSPECTIVE JUROR:  I COULD, BUT IT'S GOING TO TAKE

02:01PM  23    ABOUT A WEEK OR TWO TO ACTUALLY SHIFT IT.

02:01PM  24              MR. COOPERSMITH:  OKAY.  BUT AFTER THE WEEK OR TWO,

02:01PM  25    IS IT EVEN POSSIBLE TO SHIFT IT?

02:01PM 1          PROSPECTIVE JUROR:  YES.

02:01PM 2          MR. COOPERSMITH:  YOU THINK IT WOULD BE?

02:01PM 3          PROSPECTIVE JUROR:  YES.

02:01PM 4          MR. COOPERSMITH:  OKAY.  NOTHING ELSE, YOUR HONOR.

02:01PM 5          THE COURT:  MR. SCHENK.

02:01PM 6          MR. SCHENK:  IF DURING THAT WEEK OR TWO YOU DIDN'T

02:01PM 7   GET AS MANY HOURS WORKING AS YOU CURRENTLY GET, ARE THERE

02:01PM 8   THINGS THAT YOU PAY FOR RIGHT NOW THAT YOU WOULDN'T BE ABLE TO

02:02PM 9   PAY FOR?

02:02PM 10      YOU SAID YOU LIVE WITH YOUR PARENTS.  DO THEY PROVIDE

02:02PM 11  FOOD?  DO THEY CHARGE YOU RENT, SOME OF THOSE THINGS?

02:02PM 12          PROSPECTIVE JUROR:  NOT REALLY.  CURRENTLY I'M ONLY

02:02PM 13  PAYING FOR THE GAS MONEY FOR MY OWN CAR TOWARDS THE WORKING

02:02PM 14  AREA AND BETWEEN MY HOME, SO I THINK THAT WOULD BE FINE.

02:02PM 15      BUT I AM CURRENTLY SAVING UP FOR TRYING TO GET OUT OF MY

02:02PM 16  PARENTS' HOUSE, AND SO THAT MIGHT CAUSE A LITTLE BIT OF A

02:02PM 17  DELAY, BUT IT'S NOT GOING TO BE A BIG PROBLEM.

02:02PM 18          MR. SCHENK:  OKAY.  THANK YOU.  THANK YOU.

02:02PM 19          MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

02:02PM 20          THE COURT:  OKAY.  THANK YOU VERY MUCH.  YOU MAY GO

02:02PM 21  BACK.  THANK YOU.

02:02PM 22      (PROSPECTIVE JUROR NUMBER 198 IS NOT PRESENT.)

02:02PM 23          MR. SCHENK:  198.

02:02PM 24          MR. COOPERSMITH:  205.  THAT WAS 198.

02:02PM 25          THE COURT:  205, 207, 209 AND 210.  IS THAT IT?  IS

889

02:03PM 1    THAT AMBITIOUS?

02:03PM 2              MR. COOPERSMITH:  I MEAN, 205, I FEEL LIKE SHE'S

02:03PM 3    ALREADY ANSWERED A LOT OF QUESTIONS IN A CERTAIN WAY, SO, I

02:03PM 4    MEAN, I DON'T KNOW IF IT'S NECESSARY.  BUT OBVIOUSLY WE'RE HERE

02:03PM 5    IF YOU WANT TO.

02:03PM 6              THE COURT:  SO ARE THE REMAINING THEN 207, 209, AND

02:03PM 7    210?  IS THAT RIGHT?

02:03PM 8         (PROSPECTIVE JUROR 205 IS PRESENT.)

02:03PM 9              PROSPECTIVE JUROR:  I WAS SLEEPING.

02:03PM 10             THE COURT:  WELL, THANK YOU FOR COMING IN, JUROR

02:03PM 11   205.  WE APPRECIATE IT.

02:03PM 12        WE JUST WANTED TO ASK SOME FOLLOW-UP QUESTIONS IN REGARDS

02:03PM 13   TO THE ANSWERS THAT YOU GAVE OUTSIDE.

02:03PM 14        AND I THINK YOU RAISED A HAND.  PERHAPS THE MOST CRITICAL

02:03PM 15   QUESTION WAS ONE OF THE LAWYERS ASKED YOU WHETHER OR NOT, BASED

02:03PM 16   ON YOUR KNOWLEDGE OF THIS CASE AND YOUR EXPOSURE TO ISSUES

02:03PM 17   ATTENDANT TO IT, WHETHER OR NOT YOU COULD BE FAIR AND IMPARTIAL

02:03PM 18   AND IF IT MIGHT CLOUD YOUR ABILITY TO DO THAT.

02:04PM 19        AND I THINK YOU RAISED YOUR HAND IN THAT QUESTION.

02:04PM 20        COULD YOU JUST SHARE WITH US BRIEFLY A LITTLE BIT ABOUT

02:04PM 21   THAT?

02:04PM 22             PROSPECTIVE JUROR:  YEAH.  THE TIKTOK -- I'M SORRY,

02:04PM 23   NOT THE TIKTOK.  I'M STILL SLEEPING.

02:04PM 24        THE "TED TALK" THAT I WATCHED ABOUT A YEAR AGO --

02:04PM 25             THE COURT:  UH-HUH.

02:04PM 1          PROSPECTIVE JUROR:  -- KIND OF SKEWED MY VIEW ON IT.

02:04PM 2     SHE WAS A WHISTLEBLOWER.  IT WOULD BE HARD FOR ME TO BE

02:04PM 3     OBJECTIVE AFTER WATCHING THAT.

02:04PM 4          THE COURT:  OKAY.  OBJECTIVE TO -- ABOUT THE CASE

02:04PM 5     ITSELF AND THE PARTIES?

02:04PM 6          PROSPECTIVE JUROR:  YEAH.

02:04PM 7          THE COURT:  AND IN THIS CASE, PARTICULARLY

02:04PM 8     MR. BALWANI?  THAT'S WHAT WE'RE HERE ABOUT.

02:04PM 9          PROSPECTIVE JUROR:  YEAH.

02:04PM 10         THE COURT:  OKAY.  DO YOU THINK THAT, BECAUSE OF

02:04PM 11    WHAT YOU HAVE SEEN, HEARD, WATCHED AND LISTENED TO, DO YOU

02:04PM 12    THINK YOU HAVE A PERSONAL OPINION NOW ABOUT THE CASE THAT IT

02:04PM 13    WOULD BE VERY DIFFICULT FOR YOU TO DEPART FROM TO SIT?

02:04PM 14         PROSPECTIVE JUROR:  I THINK IT WOULD.  I WOULD HAVE

02:04PM 15    A PROBLEM BEING OBJECTIVE.

02:05PM 16         THE COURT:  OKAY.

02:05PM 17       ANY QUESTIONS?

02:05PM 18         MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

02:05PM 19         MR. SCHENK:  NO.

02:05PM 20         THE COURT:  THANK YOU SO MUCH.  I APPRECIATE IT.

02:05PM 21         MR. COOPERSMITH:  I APPRECIATE IT.  HAVE A NICE DAY.

02:05PM 22         PROSPECTIVE JUROR:  YOU, TOO.

02:05PM 23       (PROSPECTIVE JUROR 205 IS NOT PRESENT.)

02:05PM 24         MR. COOPERSMITH:  YOUR HONOR, AND JUST TO BE

02:05PM 25    ACCURATE, I DID NOT HAVE 209 AS SOMEONE ON MY LIST AS SOMEONE

02:05PM  1    WHO RAISED THEIR HAND AS SOMEONE WHO WANTED TO TALK.

02:05PM  2        I DO NOTE THAT 209 WAS SOMEONE WHO SAID SHE KNEW ABOUT THE

02:05PM  3    OUTCOME OF THE CASE.

02:05PM  4            THE COURT:  RIGHT.  SHE SAID SHE KNEW ABOUT THE

02:05PM  5    OUTCOME, RIGHT.

02:05PM  6            MR. COOPERSMITH:  AND ALSO KNEW ABOUT THE

02:05PM  7    RELATIONSHIP.

02:05PM  8            THE COURT:  RIGHT.

02:05PM  9            MR. COOPERSMITH:  SO THAT'S FINE.  IT WOULD BE WISE,

02:05PM 10    I THINK.

02:05PM 11            THE CLERK:  NUMBER 207.

02:05PM 12            THE COURT:  OKAY.

02:05PM 13        (PROSPECTIVE JUROR 207 IS PRESENT.)

02:05PM 14            THE COURT:  THANK YOU.  WE'RE MEETING PRIVATELY.

02:05PM 15    THANK YOU FOR YOUR PATIENCE.  I APPRECIATE THAT.

02:05PM 16        I BELIEVE YOU ASKED TO SPEAK PRIVATELY.

02:05PM 17            PROSPECTIVE JUROR:  YES, YOU WERE ASKING ME IF A

02:06PM 18    WITNESS OR A DEFENDANT AND I COULD TALK ABOUT IT.

02:06PM 19            THE COURT:  YES.

02:06PM 20            PROSPECTIVE JUROR:  I WAS A DEFENDANT IN A CRIMINAL

02:06PM 21    THING ABOUT 12 YEARS AGO.  I WAS A DEFENDANT IN A CASE IN THE

02:06PM 22    STATE OF NEW JERSEY.  IT WAS MULTIPLE VEHICLE VIOLATIONS, BUT

02:06PM 23    IT WAS 12 YEARS AGO.

02:06PM 24            THE COURT:  OKAY.

02:06PM 25        AND DO YOU THINK YOU WERE TREATED FAIRLY IN THAT

02:06PM  1    SITUATION?

02:06PM  2                    PROSPECTIVE JUROR:  YES, I WAS TREATED VERY FAIRLY.

02:06PM  3                    THE COURT:  ALL RIGHT.  THANK YOU.

02:06PM  4         IS THERE ANYTHING ABOUT THAT EXPERIENCE THAT AFFECTS YOU

02:06PM  5    TO BE A JUROR HERE IN THIS CASE?

02:06PM  6                    PROSPECTIVE JUROR:  NO.

02:06PM  7         THERE'S A SECOND TOPIC I WANTED TO DISCUSS.

02:06PM  8                    THE COURT:  YES.

02:06PM  9                    PROSPECTIVE JUROR:  BASICALLY I DON'T THINK ANYTHING

02:06PM  10   ABOUT MY JUDGMENT, HOWEVER, I'M HANDLING A LOT OF THINGS IN MY

02:06PM  11   PRIVATE LIFE AND WORK LIFE, SO I'M NOT SURE I'LL HAVE ENOUGH

02:06PM  12   ENERGY TO BE VERY EFFECTIVE BECAUSE I'M A SINGLE FATHER OF TWO

02:06PM  13   KIDS.

02:06PM  14                   THE COURT:  YES.

02:06PM  15                   PROSPECTIVE JUROR:  I MANAGE A DOZEN PEOPLE AT WORK.

02:07PM  16                   THE COURT:  YES.

02:07PM  17                   PROSPECTIVE JUROR:  AND ALSO JUST RECENT EVENTS IN

02:07PM  18   MY LIFE, I'M KIND OF HANDLING A FUNERAL FOR MY EX-WIFE.  SO AT

02:07PM  19   THE MOMENT IT'S KIND OF A LOT ON MY PLATE.

02:07PM  20                   THE COURT:  YES.

02:07PM  21                   PROSPECTIVE JUROR:  AND I'M JUST A LITTLE BIT

02:07PM  22   WORRIED ABOUT MY CAPACITY TO SERVE.

02:07PM  23                   THE COURT:  SURE.  NOW, YOU HAVE I THINK SONS.

02:07PM  24                   PROSPECTIVE JUROR:  I HAVE TWO SONS, 17 AND 18.

02:07PM  25                   THE COURT:  17 AND 18.

02:07PM  1              PROSPECTIVE JUROR:  THEY'RE QUITE OLD.

02:07PM  2              THE COURT:  AND MY SENSE IS THAT THEY'RE ABLE TO

02:07PM  3      MANAGE SOMEWHAT ON THEIR OWN.

02:07PM  4              PROSPECTIVE JUROR:  THEY ARE QUITE INDEPENDENT.  AS

02:07PM  5      I SAID, I DO NEED TO PROVIDE SUPPORT AND MORAL SUPPORT BECAUSE

02:07PM  6      THEIR MOTHER DIED THREE WEEKS AGO.

02:07PM  7              THE COURT:  I SEE.

02:07PM  8          ARE THEY BACK IN SCHOOL NOW?

02:07PM  9              PROSPECTIVE JUROR:  YES, THEY ARE BACK IN SCHOOL.

02:07PM  10             THE COURT:  OKAY.  AND DO THEY PARTICIPATE IN ANY

02:07PM  11     EXTRACURRICULAR ACTIVITIES?

02:07PM  12             PROSPECTIVE JUROR:  NO.

02:07PM  13             THE COURT:  AFTER SCHOOL OR ANYTHING?

02:08PM  14             PROSPECTIVE JUROR:  NO.

02:08PM  15             THE COURT:  CLUBS OR ANYTHING?

02:08PM  16             PROSPECTIVE JUROR:  NO.

02:08PM  17             THE COURT:  THEY JUST STUDY?

02:08PM  18             PROSPECTIVE JUROR:  EWH.

02:08PM  19             THE COURT:  THAT'S A PARENT'S RESPONSE.

02:08PM  20             PROSPECTIVE JUROR:  YES, I HAVE SOME MEANS TO

02:08PM  21     ENTERTAIN THEM.

02:08PM  22             THE COURT:  AND AT WORK I THINK YOU'RE A MANAGER AND

02:08PM  23     YOU HAVE TEN OR MORE --

02:08PM  24             PROSPECTIVE JUROR:  I HAVE ABOUT A DOZEN EMPLOYEES.

02:08PM  25             THE COURT:  RIGHT.  AND YOU HAVE SOMEONE WHO ASSISTS

02:08PM  1    YOU IN THAT CAPACITY AS WELL?

02:08PM  2              PROSPECTIVE JUROR:  I DO HAVE MY MANAGER.  HOWEVER,

02:08PM  3    USUALLY I NEED TO SPEND LIKE AN HOUR PER EACH EMPLOYEE PER

02:08PM  4    WEEK, AND MY MANAGER IS GOING TO DO IT DOUBLE BECAUSE IT WOULD

02:08PM  5    BE 50 PEOPLE AND MY PEOPLE -- AND IT MIGHT, BECAUSE OF THE

02:08PM  6    LENGTH OF THE PROCESS, IT MIGHT IMPACT MY CAREER AS WELL AS THE

02:08PM  7    CAREER OF MY EMPLOYEES.

02:08PM  8              THE COURT:  AND YOU KNOW OUR SCHEDULE THREE DAYS A

02:08PM  9    WEEK, THERE'S TWO DAYS THAT YOU WOULD BE ABLE TO GO TO WORK.

02:08PM  10   WE FINISH ABOUT 3:00 O'CLOCK AS WELL.

02:08PM  11             PROSPECTIVE JUROR:  I'LL HAVE TO WORK FIVE DAYS.

02:08PM  12             THE COURT:  OKAY.

02:08PM  13             PROSPECTIVE JUROR:  BUT THAT'S WHY I WAS BRINGING IN

02:09PM  14   MY CAPACITY AND JUST THE WHOLE CAPACITY.

02:09PM  15             THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

02:09PM  16        MR. COOPERSMITH.

02:09PM  17             MR. COOPERSMITH:  OH.  THANK YOU.

02:09PM  18        ARE YOU COMFORTABLE IF I TAKE OFF MY MASK?

02:09PM  19             PROSPECTIVE JUROR:  OH.

02:09PM  20             MR. COOPERSMITH:  THANK YOU.  I APPRECIATE IT.

02:09PM  21        THANK YOU FOR COMING IN.  AS I SAID OUT THERE IN THE

02:09PM  22   PUBLIC SESSION, THERE'S NO WRONG ANSWERS HERE.  IT'S JUST

02:09PM  23   TRYING TO UNDERSTAND SOME THINGS.

02:09PM  24        AND I'M VERY SORRY ABOUT YOUR EX-WIFE PASSING AWAY, BY THE

02:09PM  25   WAY.  IT MUST BE HARD FOR YOU AND YOUR BOYS.

```
02:09PM   1                    PROSPECTIVE JUROR:  YES.

02:09PM   2                    MR. COOPERSMITH:  I'M SORRY TO HEAR THAT.

02:09PM   3             ON THIS CASE, I KNOW THAT YOU SAID IN YOUR QUESTIONNAIRE

02:09PM   4       THAT YOU DIDN'T READ OR WATCH "BAD BLOOD" OR "THE INVENTOR."

02:09PM   5                    PROSPECTIVE JUROR:  I HEARD ABOUT THE BOOK, BUT I

02:09PM   6       DON'T THINK I -- THE MOST SOURCE OF INFORMATION THAT I HAD

02:09PM   7       ABOUT THE COMPANY AND THE TRIAL WAS MOSTLY RADIO AND ARTICLES

02:09PM   8       ON THE INTERNET.

02:09PM   9                    MR. COOPERSMITH:  OKAY.  AND DID YOU SEEK OUT THOSE

02:09PM   10      ARTICLES TO LEARN MORE ABOUT THE CASE, OR DID THEY JUST HAPPEN

02:09PM   11      TO --

02:09PM   12                   PROSPECTIVE JUROR:  IT WAS PREVIOUS TO.  BASICALLY

02:09PM   13      IT WAS BEFORE.  I WAS FOLLOWING THE COMPANY SINCE ITS INCEPTION

02:09PM   14      UNTIL ITS DEMISE BECAUSE IT WAS A POPULAR TOPIC IN THE TECH

02:10PM   15      WORLD AND IT WAS A QUITE INTERESTING CASE.

02:10PM   16             BUT AFTER THAT, THE ONLY REMINDERS I HAD WAS THE

02:10PM   17      ELIZABETH HOLMES CASE, AND I THINK IT WAS LAST YEAR WAS THE

02:10PM   18      TRIAL.

02:10PM   19             BUT I DIDN'T -- I JUST HEARD ABOUT IT AND I DIDN'T GO OUT

02:10PM   20      AND FIND THIS NEW HULU SHOW AND ADVERTISEMENT.  I DIDN'T.

02:10PM   21                   MR. COOPERSMITH:  OKAY.  WHEN THERANOS WAS AN

02:10PM   22      OPERATING COMPANY AND THEN WHEN IT WAS NO LONGER AN OPERATING

02:10PM   23      COMPANY, YOU FOLLOWED THAT STORY; IS THAT --

02:10PM   24                   PROSPECTIVE JUROR:  YEAH, I FOLLOWED THAT STORY.

02:10PM   25                   MR. COOPERSMITH:  OKAY.  AND YOU WERE INTERESTED
```

02:10PM 1    ENOUGH THAT YOU WENT AND TRIED TO FIND INFORMATION ABOUT THAT?

02:10PM 2                    PROSPECTIVE JUROR:  I READ A COUPLE OF ARTICLES.

02:10PM 3                    MR. COOPERSMITH:  YOU READ SOME ARTICLES.

02:10PM 4                    PROSPECTIVE JUROR:  AND MY FRIENDS AND COLLEAGUES

02:10PM 5    WERE SHARING IT.

02:10PM 6                    MR. COOPERSMITH:  OKAY.

02:10PM 7                    PROSPECTIVE JUROR:  AND JUST I READ ABOUT THE

02:10PM 8    PERSON.

02:10PM 9          AND ALSO I THINK THE BIGGEST SOURCE OF INFORMATION WAS

02:10PM 10   NPR.

02:10PM 11                   MR. COOPERSMITH:  NPR.

02:10PM 12                   PROSPECTIVE JUROR:  SEVERAL EDITORIALS.  SO, YES,

02:11PM 13   BASICALLY THAT WAS THE MAIN SOURCE OF INFORMATION FOR ME

02:11PM 14   BECAUSE IT WAS A HOT TOPIC.

02:11PM 15                   MR. COOPERSMITH:  OKAY.  AND IF YOU WERE DRIVING

02:11PM 16   SOMEWHERE AND NPR WAS ON THE RADIO AND A STORY CAME ON ABOUT

02:11PM 17   THERANOS, LET'S SAY, LATER TODAY OR TOMORROW, WHAT WOULD YOU

02:11PM 18   DO.

02:11PM 19                   PROSPECTIVE JUROR:  I WOULD SWITCH IT OFF.

02:11PM 20                   MR. COOPERSMITH:  SWITCH IT OFF.

02:11PM 21                   PROSPECTIVE JUROR:  BECAUSE RIGHT NOW I MANAGE TO

02:11PM 22   IGNORE ALL OF THESE ADVERTISEMENTS FOR HULU.

02:11PM 23                   MR. COOPERSMITH:  OKAY.  AND DO YOU KNOW WHAT

02:11PM 24   HAPPENED TO MS. HOLMES, WHAT THE OUTCOME OF HER CASE WAS?

02:11PM 25                   PROSPECTIVE JUROR:  ACTUALLY I DIDN'T FOLLOW THE

02:11PM   1    TRIAL.  I HEARD JUST SOME VERY HIGH LEVEL, BUT I DIDN'T DIG

02:11PM   2    INTO IT.

02:11PM   3                MR. COOPERSMITH:  WHAT WERE THE HIGH LEVEL UPDATES

02:11PM   4    THAT YOU HEARD?

02:11PM   5                PROSPECTIVE JUROR:  UM, I THINK SHE'S STILL GOING

02:11PM   6    THROUGH --

02:11PM   7                MR. COOPERSMITH:  I'M SORRY, I DIDN'T HEAR.

02:11PM   8                PROSPECTIVE JUROR:  I BELIEVE THERE'S GOING TO BE

02:11PM   9    SOME FOLLOWUP ACTION.

02:11PM   10                MR. COOPERSMITH:  FOLLOW UP.

02:11PM   11                PROSPECTIVE JUROR:  BUT I DON'T REMEMBER THE EXACT

02:11PM   12    DETAILS.

02:11PM   13                MR. COOPERSMITH:  AND WHEN YOU WERE FOLLOWING THE

02:12PM   14    CASE AND THE COMPANY AND ITS DEMISE I THINK YOU SAID, DID YOU

02:12PM   15    FORM ANY OPINION ABOUT IF THE COMPANY DID SOMETHING WRONG OR

02:12PM   16    NOT OR LIKE WHAT HAPPENED?

02:12PM   17                PROSPECTIVE JUROR:  IF YOU'RE TALKING ABOUT THE

02:12PM   18    COMPANY AND NOT ABOUT MR. BALWANI.

02:12PM   19                MR. COOPERSMITH:  RIGHT.

02:12PM   20                PROSPECTIVE JUROR:  YEAH, I THINK THE COMPANY DID

02:12PM   21    SOME KIND OF -- THEY DIDN'T DELIVER ON PROMISES.

02:12PM   22                MR. COOPERSMITH:  OKAY.

02:12PM   23                PROSPECTIVE JUROR:  IT'S COMMON FOR STARTUPS.

02:12PM   24         THE WAY THEY -- I DIDN'T DIG MUCH INTO IT.  I READ SOME

02:12PM   25    ARTICLE, I THINK ONE ARTICLE ABOUT THE SCIENTIFIC LIKE BASIS

02:12PM  1      FOR THE TESTS, AND IT WAS NOT EXACTLY A PROBLEM BASIS.

02:12PM  2              MR. COOPERSMITH:  YEAH.

02:12PM  3              PROSPECTIVE JUROR:  I THINK KIND OF I HAVE MY

02:12PM  4      OPINION, BUT THE STARTUP DIDN'T WORK OUT.

02:12PM  5              MR. COOPERSMITH:  WHAT IS YOUR OPINION?

02:12PM  6              PROSPECTIVE JUROR:  IT DIDN'T WORK, AND BASICALLY IT

02:12PM  7      HAPPENS OFTEN THAT THEY TRY TO OVERPROMISE BECAUSE IT'S A

02:12PM  8      STARTUP WORLD, AND NOT ALWAYS DELIVER.

02:13PM  9          SO IT -- I THINK THEY MIGHT HAVE TRIED TO SELL SOMETHING

02:13PM  10     OR PROVIDE SOME INFORMATION WHICH WAS NOT EXACTLY TRUE TO THE

02:13PM  11     INVESTORS --

02:13PM  12             MR. COOPERSMITH:  OKAY.

02:13PM  13             PROSPECTIVE JUROR:  -- OF THE COMPANY.  SO WHAT IS

02:13PM  14     THE ROLE OF, LIKE, THE MAIN PARTICIPANTS, MS. HOLMES OR

02:13PM  15     MR. BALWANI?  I DON'T KNOW WHAT IS EXACTLY THEIR OWN -- WHAT

02:13PM  16     WAS THEIR PERSONAL ACTIONS WHICH LED TO THIS OUTCOME.

02:13PM  17             MR. COOPERSMITH:  OKAY.

02:13PM  18          AND YOU'RE -- IT SOUNDS LIKE YOU'RE FAMILIAR WITH STARTUPS

02:13PM  19     THAT SOMETIMES OVERPROMISE AND THEY DON'T END UP DELIVERING?

02:13PM  20             PROSPECTIVE JUROR:  YEAH, SOME OF MY FRIENDS ARE IN

02:13PM  21     THE STARTUP WORLD.

02:13PM  22             MR. COOPERSMITH:  OKAY.

02:13PM  23             PROSPECTIVE JUROR:  I'M MORE INVOLVED IN THE

02:13PM  24     CORPORATIONS.  I WORK IN HIGH TECH ALSO.

02:13PM  25             MR. COOPERSMITH:  AND IN YOUR MIND, IS THERE A

02:13PM 1    DIFFERENCE BETWEEN SORT OF THE TYPICAL STARTUP THAT

02:13PM 2    OVERPROMISES AND DOESN'T DELIVER VERSUS A COMPANY THAT, LIKE,

02:14PM 3    LIED TO PEOPLE OR DEFRAUDED PEOPLE?  IS THERE A DIFFERENCE

02:14PM 4    BETWEEN THAT OR IS IT THE SAME THING?

02:14PM 5            PROSPECTIVE JUROR:  I THINK IT DEPENDS ON THE LEGAL

02:14PM 6    DEFINITION AND THE OUTCOME, BECAUSE IN THIS SITUATION IT'S A

02:14PM 7    MEDICAL FIELD AND IT'S REGULATED DIFFERENTLY FROM JUST IF I

02:14PM 8    DON'T KNOW IF IT CAN DELIVER THE PROMISES.

02:14PM 9        SO THE TYPE OF THE COMPANY MATTERS IN THIS CASE.

02:14PM 10           MR. COOPERSMITH:  SO THE TYPE OF COMPANY IN THE

02:14PM 11   MEDICAL FIELD, WHY DOES THAT MATTER?

02:14PM 12           PROSPECTIVE JUROR:  BECAUSE I THINK IT MIGHT BE

02:14PM 13   REGULATED DIFFERENTLY.

02:14PM 14           MR. COOPERSMITH:  I SEE.

02:14PM 15           PROSPECTIVE JUROR:  AND ALSO IT'S A QUESTION RELATED

02:14PM 16   TO HEALTH, AND HEALTH AND CONSEQUENCES CAN BE MUCH MORE SERIOUS

02:14PM 17   COMPARED TO NONMEDICAL FIELD STARTUPS.

02:14PM 18           MR. COOPERSMITH:  OKAY.  SO BASED ON ALL OF THAT --

02:14PM 19   AND THANK YOU FOR THE EXPLANATION, I APPRECIATE IT -- DOES THAT

02:15PM 20   GIVE YOU A MORE NEGATIVE VIEW OF THERANOS THAN YOU HAVE OF ANY

02:15PM 21   OTHER STARTUP IN SILICON VALLEY OR ELSEWHERE?

02:15PM 22           PROSPECTIVE JUROR:  AS A COMPANY, YES, I THINK.

02:15PM 23           MR. COOPERSMITH:  OKAY.

02:15PM 24           PROSPECTIVE JUROR:  BECAUSE AS I SAID, A LOT OF

02:15PM 25   STARTUPS LIE TO GET FUNDING OR TO BASICALLY TO PAINT A

02:15PM 1    DIFFERENT IMAGE OF THEMSELVES.

02:15PM 2        BUT IN THIS CASE OF THERANOS, IT WAS, LIKE, LIED TO THE

02:15PM 3    PATIENTS, WHICH COULD HAVE NEGATIVE CONSEQUENCES.

02:15PM 4        MR. COOPERSMITH:  I SEE.  OKAY.

02:15PM 5    DO YOU HAVE ANY VIEW ABOUT WHETHER MR. BALWANI DID

02:15PM 6    ANYTHING WRONG BASED ON THE FACT THAT HE WAS AN EXECUTIVE TO

02:15PM 7    THERANOS.

02:15PM 8        PROSPECTIVE JUROR:  I NEED TO SEE THE FACTS

02:15PM 9    PRESENTED.

02:15PM 10       MR. COOPERSMITH:  RIGHT, RIGHT.

02:15PM 11       PROSPECTIVE JUROR:  I WAS TALKING ABOUT THE COMPANY.

02:15PM 12       MR. COOPERSMITH:  OKAY.

02:15PM 13       PROSPECTIVE JUROR:  I WAS NOT TALKING ABOUT THE

02:15PM 14   INDIVIDUALS.

02:15PM 15       MR. COOPERSMITH:  SO SOMEONE COULD WORK FOR A

02:15PM 16   COMPANY AND NOT NECESSARILY HAVE THE SAME LEVEL OF

02:16PM 17   RESPONSIBILITY AS THE COMPANY HAS?  IS THAT --

02:16PM 18       PROSPECTIVE JUROR:  A COMPANY -- LEADERSHIP HAS

02:16PM 19   SHARED RESPONSIBILITY.

02:16PM 20   BUT WHAT WAS THE EXACT, YOU KNOW, RESPONSIBILITY OR

02:16PM 21   WRONGDOING BY A PARTICULAR PERSON, WE NEED TO SEE THE FACTS.

02:16PM 22       MR. COOPERSMITH:  OKAY.  AND GOING BACK TO THERANOS

02:16PM 23   AS A COMPANY, DO YOU THINK YOU COULD PUT OUT OF YOUR MIND LIKE

02:16PM 24   WHAT YOU HEARD AND READ ABOUT THERANOS AND JUST LOOK AT IT FROM

02:16PM 25   A CLEAN SLATE?

02:16PM  1    BECAUSE AT THE BEGINNING OF THIS TRIAL, THE ONLY THING

02:16PM  2    THAT WILL BE IMPORTANT IS THE EVIDENCE IN THE COURTROOM.  AND

02:16PM  3    RIGHT NOW, AS WE'RE SPEAKING, THERE'S NO EVIDENCE IN THE

02:16PM  4    COURTROOM THAT THERANOS DID ANYTHING WRONG OR OVERPROMISED

02:16PM  5    ANYBODY OR ANYTHING LIKE THAT, RIGHT?

02:16PM  6        SO THAT'S WHERE WE'RE STARTING, RIGHT?  AND MAYBE THAT

02:16PM  7    EVIDENCE WILL COME IN, AND MAYBE IT WON'T.

02:16PM  8        BUT DO YOU THINK THAT YOU COULD PUT EVERYTHING ELSE ASIDE

02:16PM  9    AND JUST LOOK AT THIS AS IF YOU HAVE NEVER HEARD OF THE COMPANY

02:16PM  10   AT ALL AND YOU'RE LEARNING OF IT FOR THE FIRST TIME?  IS THAT

02:16PM  11   EVEN POSSIBLE FOR YOU?

02:17PM  12        PROSPECTIVE JUROR:  I WILL TRY.

02:17PM  13        BUT AS I SAID, I ALREADY HAVE SOME PREVIOUS KNOWLEDGE

02:17PM  14   WHICH I DON'T BELIEVE IT WILL IMPACT MY OPINION OR MY ABILITY

02:17PM  15   TO UNDERSTAND AND EVALUATE THE FACTS ABOUT MR. BALWANI'S

02:17PM  16   RESPONSIBILITY AND PART TO THERANOS.

02:17PM  17        I THINK MY OPINION ABOUT THE COMPANY MIGHT BE ONE THING.

02:17PM  18        AND THE OPINION ABOUT THE PERSON, I THINK I AM OPEN TO NEW

02:17PM  19   FACTS DISREGARDING THE PREVIOUS KNOWLEDGE.

02:17PM  20        MR. COOPERSMITH:  BUT YOU WOULD LEARN, IF YOU WERE A

02:17PM  21   JUROR IN THIS CASE, THAT MR. BALWANI WAS THE CHIEF OPERATING

02:17PM  22   OFFICER.

02:17PM  23        PROSPECTIVE JUROR:  YES.

02:17PM  24        MR. COOPERSMITH:  SO DOES THAT AFFECT YOUR VIEW HOW

02:17PM  25   YOU COULD SEPARATE, IF AT ALL, MR. BALWANI FROM THE COMPANY IF

02:17PM 1    HE WAS IN A SENIOR POSITION LIKE THAT?

02:17PM 2            PROSPECTIVE JUROR:  I WILL TRY TO DO MY BEST TO

02:17PM 3    SEPARATE THIS AND BE UNBIASSED.

02:17PM 4            MR. COOPERSMITH:  OKAY.  AND DO YOU HAVE SOME DOUBT

02:17PM 5    OR RESERVATION ABOUT THAT?  I MEAN, I'M JUST ASKING YOU BECAUSE

02:18PM 6    IT'S JUST IMPORTANT THAT WE KNOW.  IT'S NOT A RIGHT OR WRONG

02:18PM 7    ANSWER.  IT'S FINE EITHER WAY.

02:18PM 8            PROSPECTIVE JUROR:  I THINK HIGHLY I WILL BE ABLE TO

02:18PM 9    SEPARATE THE COMPANY AND PREVIOUS FACTS WHICH I KNOW ABOUT THE

02:18PM 10   COMPANY FROM THIS PARTICULAR TRIAL.

02:18PM 11       I'VE HAD A LOT OF TRAINING IN UNBIASSING MYSELF, AND I

02:18PM 12   HAVE A LOT OF TRAINING AND ADDITIONS.

02:18PM 13           MR. COOPERSMITH:  AND WHAT IS THAT TRAINING?

02:18PM 14           PROSPECTIVE JUROR:  USUALLY IT'S PERFORMANCE RELATED

02:18PM 15   REVIEWS AND OTHER THINGS, AND A LOT OF OTHER THINGS TO THE

02:18PM 16   COMPANY'S FUNCTIONING THAT I'M WORKING FOR.  BUT MOSTLY IT'S

02:18PM 17   RELATED TO PERFORMANCE REVIEWS.

02:18PM 18           MR. COOPERSMITH:  SO WHEN YOU WRITE A PERFORMANCE

02:18PM 19   REVIEW FOR SOMEONE, YOU TRY TO PUT THINGS ASIDE THAT DON'T

02:18PM 20   DIRECTLY RELATE?

02:18PM 21           PROSPECTIVE JUROR:  PUT THINGS ASIDE, AND ALSO

02:18PM 22   HISTORICAL THINGS TO MOVE TO THE EXTENT THAT THEY CAN BE

02:19PM 23   ACKNOWLEDGED AND SO ON AND SO FORTH.

02:19PM 24           MR. COOPERSMITH:  ALL RIGHT.  THANK YOU.

02:19PM 25       THAT'S ALL I HAVE.

02:19PM 1          THE COURT:  MR. SCHENK?

02:19PM 2          MR. SCHENK:  NO.  THANK YOU.

02:19PM 3          THE COURT:  THANK YOU VERY MUCH.

02:19PM 4          PROSPECTIVE JUROR:  THANK YOU.

02:19PM 5          MR. COOPERSMITH:  THANK YOU.

02:19PM 6      (PROSPECTIVE JUROR NUMBER 207 IS NOT PRESENT.)

02:19PM 7      (PROSPECTIVE JUROR NUMBER 210 IS PRESENT.)

02:19PM 8          THE COURT:  GOOD AFTERNOON.  THANK YOU.  PLEASE BE

02:19PM 9    SEATED.

02:19PM 10        AND WE ARE IN A PRIVATE SESSION WITH COUNSEL.

02:19PM 11        THANK YOU, SIR, FOR MEETING WITH US.  WE WANTED TO ASK YOU

02:19PM 12   SOME QUESTIONS.

02:19PM 13        YOU HAVE TOLD US THAT YOU ARE AWARE OF THE OUTCOME OF

02:20PM 14   MS. HOLMES'S CASE, AS WELL AS THE RELATIONSHIP BETWEEN

02:20PM 15   MS. HOLMES AND MR. BALWANI.  I THINK YOU --

02:20PM 16        PROSPECTIVE JUROR:  YES.

02:20PM 17        THE COURT:  -- YOU MENTIONED THAT.

02:20PM 18        PROSPECTIVE JUROR:  AND I ALSO SAID THAT SOME OF THE

02:20PM 19   ANSWERS IN MY QUESTIONNAIRE --

02:20PM 20        THE COURT:  YES.

02:20PM 21        PROSPECTIVE JUROR:  -- I WAS JUST KIND OF FOCUSSING

02:20PM 22   ON BALWANI.  AND THE NAME WASN'T TOO FAMILIAR, BUT SOME OF THE

02:20PM 23   THINGS I MIGHT HAVE SAID I DIDN'T KNOW ABOUT THE CASE, SO I WAS

02:20PM 24   NOT CORRECT.

02:20PM 25        THE COURT:  SO YOU WERE NOT CORRECT ABOUT --

02:20PM   1              PROSPECTIVE JUROR:  THE FACT THAT I MAY HAVE

02:20PM   2    ANSWERED SOME QUESTION SAYING THAT I DID NOT KNOW ABOUT THE

02:20PM   3    CASE.

02:20PM   4              THE COURT:  YOU DID NOT KNOW.  I SEE.

02:20PM   5              PROSPECTIVE JUROR:  BUT ACTUALLY I DID KNOW ABOUT

02:20PM   6    IT.

02:20PM   7              THE COURT:  YOU KNEW?

02:20PM   8              PROSPECTIVE JUROR:  I DID NOT PUT BALWANI AND HOLMES

02:20PM   9    TOGETHER.

02:20PM  10              THE COURT:  I SEE.

02:20PM  11         SO YOU KNEW ABOUT ELIZABETH HOLMES'S CASE?

02:20PM  12              PROSPECTIVE JUROR:  YEAH.

02:20PM  13              THE COURT:  BUT YOU HADN'T CONNECTED MR. BALWANI TO

02:20PM  14    THAT CASE?

02:20PM  15              PROSPECTIVE JUROR:  YEAH.

02:20PM  16              THE COURT:  AND WAS THE FIRST TIME THAT YOU MADE

02:20PM  17    THAT CONNECTION WHEN YOU --

02:21PM  18              PROSPECTIVE JUROR:  I MEAN, I PAID ATTENTION TO THE

02:21PM  19    NAME BALWANI.

02:21PM  20              THE COURT:  YOU PAID ATTENTION?

02:21PM  21              PROSPECTIVE JUROR:  I NEVER PAID ATTENTION TO THE

02:21PM  22    NAME BALWANI IN THE PAST.

02:21PM  23              THE COURT:  I SEE, IN THE PAST?

02:21PM  24              PROSPECTIVE JUROR:  YEAH.

02:21PM  25              THE COURT:  WAS THE FIRST TIME YOU MADE THAT

02:21PM  1    CONNECTION WHEN YOU FILLED OUT THE QUESTIONNAIRE LAST WEEK?

02:21PM  2         PROSPECTIVE JUROR:  AFTER THE QUESTIONNAIRE LAST

02:21PM  3    WEEK, THEN I LOOKED FURTHER AND ACTUALLY, YEAH, BASICALLY THE

02:21PM  4    FORMS.

02:21PM  5       AND ALSO BASICALLY THE NUMBER OF PAGES, I FELT LIKE I WAS

02:21PM  6    GETTING TIRED WRITING IT, AND IT'S BEEN MANY YEARS SINCE I HAD

02:21PM  7    TO WRITE SOMETHING.

02:21PM  8         THE COURT:  YOU USUALLY TYPE AND USE A KEYBOARD.

02:21PM  9         PROSPECTIVE JUROR:  I MEAN, NO OFFENSE.

02:21PM 10         THE COURT:  NO, NO, NO.

02:21PM 11       SO JUST SO WE UNDERSTAND, YOU WERE FAMILIAR WITH THE

02:21PM 12    ELIZABETH HOLMES CASE?

02:21PM 13         PROSPECTIVE JUROR:  YES.

02:21PM 14         THE COURT:  YOU HADN'T CONNECTED MR. BALWANI TO THAT

02:21PM 15    CASE UNTIL JUST RECENTLY; IS THAT ACCURATE?

02:21PM 16         PROSPECTIVE JUROR:  YEAH.

02:21PM 17         THE COURT:  AND WAS --

02:21PM 18         PROSPECTIVE JUROR:  AND AT THE SAME TIME WHEN I WAS

02:22PM 19    FILLING OUT THE FORM, AND THEN I DID MENTION ABOUT THE FACT

02:22PM 20    THAT THEY, THEY DATED.

02:22PM 21         THE COURT:  YES.

02:22PM 22         PROSPECTIVE JUROR:  SO JUST TO BE TRUTHFUL,

02:22PM 23    BASICALLY, YES, DURING THE ANSWERING THE QUESTIONS, IT DID

02:22PM 24    OCCUR TO ME.

02:22PM 25         THE COURT:  I SEE.

02:22PM   1          BUT BEFORE THAT, WHEN WAS THE FIRST TIME THAT YOU --

02:22PM   2                   PROSPECTIVE JUROR:  I DIDN'T REALLY PAY -- BEFORE

02:22PM   3     THE WHOLE CASE EVEN CAME, I DID FOLLOW ELIZABETH HOLMES, HER

02:22PM   4     RISE TO BEING A STARTUP OR WHATEVER.

02:22PM   5                   THE COURT:  YOU FOLLOWED THAT?

02:22PM   6                   PROSPECTIVE JUROR:  YEAH.  NOT REALLY LIKE ANYTHING,

02:22PM   7     BUT JUST KIND OF, YOU KNOW, IT POPS UP IN APPLE.COM, AND ONCE

02:22PM   8     YOU READ IT, IT COMES UP.

02:22PM   9                   THE COURT:  YES, YES.

02:22PM  10                   PROSPECTIVE JUROR:  BUT THE CASE, I WASN'T FOLLOWING

02:22PM  11     THE CASE.

02:22PM  12          BUT THEN I FILLED OUT, I MEAN -- SO DURING THE CASE, I

02:22PM  13     FELT LIKE I MAY HAVE BEEN MORE BIASED TOWARDS ELIZABETH HOLMES.

02:23PM  14                   THE COURT:  TOWARDS HER, IN HER FAVOR?

02:23PM  15                   PROSPECTIVE JUROR:  IN HER FAVOR.

02:23PM  16                   THE COURT:  YES.

02:23PM  17                   PROSPECTIVE JUROR:  I MEAN, I JUST HAD THE THOUGHT.

02:23PM  18     SO IT MAY AFFECT MY CONCEPTIONS ABOUT BALWANI, WHICH IT'S NOT

02:23PM  19     FAIR TO HIM BECAUSE I DON'T KNOW ANYTHING.  I DON'T FOLLOW HIM,

02:23PM  20     BUT I THINK IF ELIZABETH HOLMES IS PROVEN GUILTY, THEN THERE

02:23PM  21     WAS SOME BIGGER CHANCE OF HIM BEING GUILTY.

02:23PM  22                   THE COURT:  I SEE.  AND YOU HEARD THAT SHE WAS FOUND

02:23PM  23     GUILTY?  IS THAT WHAT YOU HEARD?

02:23PM  24                   PROSPECTIVE JUROR:  YES.

02:23PM  25                   THE COURT:  I SEE.  AND WHEN DID YOU HEAR THAT?  HOW

LONG AGO WAS THAT?

PROSPECTIVE JUROR:  I DON'T KNOW.  AT THE END OF THE
CASE.  MAYBE THREE MONTHS AGO.

THE COURT:  RIGHT.  AND YOU HAVE KNOWLEDGE THAT --
AT LEAST THE INFORMATION THAT YOU HAVE IS THAT BALWANI AND
HOLMES WERE IN A RELATIONSHIP?  THEY DATED I THINK YOU SAID?

PROSPECTIVE JUROR:  YES, YES.  BUT I ALSO KNOW THAT
SHE WAS 18 AND HE WAS, LIKE, 40-PLUS.

THE COURT:  YES.

PROSPECTIVE JUROR:  SO THAT COULD CREATE ME HAVING A
NEGATIVE OPINION ABOUT HIM.

THE COURT:  ABOUT HIM?

PROSPECTIVE JUROR:  YEAH.

THE COURT:  BECAUSE OF THE AGE DIFFERENCE?

PROSPECTIVE JUROR:  YEAH.

I MEAN, AND THEN THE OTHER THING I WOULD SAY IS THAT THE
WAY I KNOW ABOUT HER CASE IS, LIKE, SHE WAS A STANFORD DROPOUT,
AND SO I DON'T -- I MEAN, I'M PROBABLY WRONG, BUT I, I THOUGHT
SOMEONE WHO IS KIND OF A DROPOUT DOESN'T START OFF IN THE FIELD
THINKING THAT THEY'RE GOING TO FAKE THE SYSTEM OR WHATEVER.

SO I THOUGHT MAYBE SOMEONE ELSE WAS LEADING HER.

THE COURT:  I SEE.

PROSPECTIVE JUROR:  BUT, AGAIN, SHE WAS FOUND
GUILTY, SO I'M PROBABLY WRONG IN MY CONCEPTIONS.

THE COURT:  OKAY.  SO YOU HAVE BITS OF INFORMATION

| | | |
|---|---|---|
| 02:24PM | 1 | ABOUT HER CASE, ABOUT THIS CASE, AND YOU'RE SHARING WITH US |
| 02:24PM | 2 | YOUR THOUGHTS ABOUT THAT, AND WE APPRECIATE THAT. |
| 02:24PM | 3 | PROSPECTIVE JUROR:  YES. |
| 02:24PM | 4 | BUT I'M NOT RELIGIOUSLY FOLLOWING ANY OF THIS STUFF. |
| 02:24PM | 5 | THE COURT:  YES, I UNDERSTAND. |
| 02:24PM | 6 | PROSPECTIVE JUROR:  AND I WORK ABOUT 50, 60 HOURS A |
| 02:25PM | 7 | WEEK IN THE TECH INDUSTRY, SO BASICALLY THAT IS THE OTHER SIDE |
| 02:25PM | 8 | OF THE ISSUE THAT I HAVE, AND I'M CONFUSED. |
| 02:25PM | 9 | THE COURT:  ABOUT IF YOU SIT AS A JUROR, IT MIGHT |
| 02:25PM | 10 | TAKE AWAY FROM YOUR WORK? |
| 02:25PM | 11 | PROSPECTIVE JUROR:  YES. |
| 02:25PM | 12 | THE COURT:  YES. |
| 02:25PM | 13 | DO YOU HAVE ANY TRAVEL PLANS? |
| 02:25PM | 14 | PROSPECTIVE JUROR:  YEAH, I MENTIONED LIKE APRIL 5TH |
| 02:25PM | 15 | TO 8TH. |
| 02:25PM | 16 | THE COURT:  YES. |
| 02:25PM | 17 | PROSPECTIVE JUROR:  BASICALLY WE HAVE -- |
| 02:25PM | 18 | THE COURT:  IT'S IN VEGAS. |
| 02:25PM | 19 | PROSPECTIVE JUROR:  IT'S IN VEGAS. |
| 02:25PM | 20 | THE COURT:  YES.  AND THAT'S A WEEK?  NO, IT'S A |
| 02:25PM | 21 | LONG WEEKEND, I THINK. |
| 02:25PM | 22 | PROSPECTIVE JUROR:  NO, IT'S DURING THE WEEK. |
| 02:25PM | 23 | THE COURT:  YES. |
| 02:25PM | 24 | PROSPECTIVE JUROR:  AND THEN I DO HAVE -- WE ARE |
| 02:25PM | 25 | VACATIONING THE FOLLOWING WEEK IN HAWAII. |

02:25PM  1          THE COURT:  YOUR FAMILY?

02:25PM  2          PROSPECTIVE JUROR:  YEAH, MY WIFE HAS BOOKED THE

02:25PM  3   THING, BUT WE HAVE NOT BOOKED THE FLIGHTS.  BUT, AGAIN, I'M NOT

02:25PM  4   THE ONE DECIDING IF I'M IN THE CASE OR NOT.  I'M JUST LETTING

02:25PM  5   YOU KNOW.

02:25PM  6          THE COURT:  NO.  THIS IS INFORMATION THAT I NEED TO

02:25PM  7   KNOW, YES.  THANK YOU FOR THAT.  IT'S A WEEK VACATION?

02:26PM  8          PROSPECTIVE JUROR:  YEAH, BASICALLY WE HAVE

02:26PM  9   VACATIONS CLUB, SO WHENEVER WE HAVE FAMILY OVER, WE JUST MAKE

02:26PM 10   IT A VISIT TO GO THERE FOR KIDS, WHAT DO YOU CALL IT, EASTER

02:26PM 11   BREAK OR WHATEVER THE BREAK IS THAT COMES.

02:26PM 12          THE COURT:  RIGHT.  YOU DON'T TAKE YOUR LAPTOP WITH

02:26PM 13   YOU WHEN YOU VACATION, DO YOU?

02:26PM 14          PROSPECTIVE JUROR:  I DO.

02:26PM 15      (LAUGHTER.)

02:26PM 16          PROSPECTIVE JUROR:  I MEAN, I TRY NOT TO, BUT I

02:26PM 17   BROUGHT MY LAPTOP HERE IN COURT.

02:26PM 18          THE COURT:  OKAY.  WE'LL SEND THIS PART OF THE

02:26PM 19   TRANSCRIPT TO YOUR EMPLOYER.

02:26PM 20          PROSPECTIVE JUROR:  I THINK MY EMPLOYER, I CAN

02:26PM 21   PROBABLY -- IF I DO GET SELECTED, I CAN PROBABLY MAKE IT WORK.

02:26PM 22          THE COURT:  UH-HUH.  I SEE.  OKAY.

02:26PM 23          PROSPECTIVE JUROR:  I'M JUST PUTTING THESE THINGS.

02:26PM 24          THE COURT:  THANK YOU FOR THAT.

02:26PM 25      SO LET ME JUST ASK YOU, THE REAL QUESTION IS YOU HAVE

02:26PM 1    KNOWLEDGE ABOUT THIS CASE THAT COMES FROM VARIOUS SOURCES AND

02:26PM 2    IT CAUSES YOU TO HAVE OPINIONS.  THAT'S WHAT INFORMATION DOES.

02:26PM 3    IT CREATES OPINIONS IN US.

02:27PM 4        WILL YOU BE ABLE TO PUT ASIDE THOSE OPINIONS, PUT ASIDE

02:27PM 5    THAT INFORMATION THAT YOU'VE LEARNED IF YOU'RE SELECTED AS A

02:27PM 6    JUROR IN THIS CASE?

02:27PM 7            PROSPECTIVE JUROR:  I THINK SO, BECAUSE IT'S MY WIFE

02:27PM 8    WHO HAS BEEN SAYING YOU NEED TO DO YOUR CIVIC DUTY.  SO I WILL

02:27PM 9    DO MY BEST TO BE IMPARTIAL AND USE ONLY THE INFORMATION THAT I

02:27PM 10   HEAR.

02:27PM 11       BUT THEN AGAIN, YOU KNOW, THE BRAIN DOESN'T WORK THAT WAY;

02:27PM 12   RIGHT?

02:27PM 13       WITHOUT KNOWING YOU ARE DECIDING BASED ON SOMETHING ELSE.

02:27PM 14           THE COURT:  SO HOW WILL YOU -- HOW DO YOU

02:27PM 15   COMPARTMENTALIZE THAT?  HOW DO YOU DECIDE IT?

02:27PM 16           PROSPECTIVE JUROR:  I DON'T KNOW.  I'VE NEVER BEEN

02:27PM 17   ON JURY DUTY BEFORE, SO I DON'T KNOW.

02:27PM 18           THE COURT:  SO IF YOU HEAR SOMETHING AND A WITNESS

02:27PM 19   SAYS, HERE, WAIT A MINUTE, I READ SOMETHING, IT WAS NOT WHAT I

02:27PM 20   READ, IT WAS DIFFERENT?

02:27PM 21           PROSPECTIVE JUROR:  YEAH, SO I'M WILLING TO CHANGE

02:27PM 22   MY OPINION BASED ON WHAT I HEAR.

02:27PM 23           THE COURT:  I SEE.

02:27PM 24           PROSPECTIVE JUROR:  BUT THEN AGAIN, I DO BELIEVE

02:27PM 25   THAT PEOPLE DO MAKE JUDGMENT BASED ON THOUGHTS THAT THEY MAY

```
02:28PM   1    HAVE HAD WAY PAST WITHOUT THEM KNOWING.

02:28PM   2              THE COURT:  SUBCONSCIOUS.

02:28PM   3              PROSPECTIVE JUROR:  YEAH, SUBCONSCIOUS.

02:28PM   4              THE COURT:  ANY QUESTIONS?

02:28PM   5              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:28PM   6         CAN I TAKE OFF MY MASK?  IS THAT OKAY?

02:28PM   7              PROSPECTIVE JUROR:  SURE.

02:28PM   8              MR. COOPERSMITH:  THANK YOU.

02:28PM   9         AS I SAID OUT IN THE GENERAL SESSION, I APPRECIATE THE

02:28PM  10    TIME, AND THE POINT IS TO GIVE US ANSWERS TO FIGURE OUT WHO THE

02:28PM  11    RIGHT JURY IS.  THERE'S NO RIGHT OR WRONG ANSWER AND NO ONE IS

02:28PM  12    JUDGING YOU, EVEN THOUGH WE HAVE A JUDGE HERE.

02:28PM  13              PROSPECTIVE JUROR:  YES.

02:28PM  14              MR. COOPERSMITH:  SO IT SOUNDS LIKE YOU KNOW THAT

02:28PM  15    MR. BALWANI AND MS. HOLMES WERE IN A RELATIONSHIP?

02:28PM  16              PROSPECTIVE JUROR:  YEAH.

02:28PM  17              MR. COOPERSMITH:  AND IT ALSO SOUNDS LIKE YOU KNOW

02:28PM  18    THAT SHE WAS CONVICTED; RIGHT?

02:28PM  19              PROSPECTIVE JUROR:  YES.

02:28PM  20              MR. COOPERSMITH:  AND YOU ALSO KNOW THERE'S SOME AGE

02:28PM  21    DIFFERENCE BETWEEN THE TWO PEOPLE; RIGHT?

02:28PM  22              PROSPECTIVE JUROR:  YES.

02:28PM  23              MR. COOPERSMITH:  AND YOU ALSO KNOW THAT THEY BOTH

02:28PM  24    WERE SENIOR EXECUTIVES OF A COMPANY CALLED THERANOS; RIGHT?

02:28PM  25              PROSPECTIVE JUROR:  YES.
```

02:28PM 1          MR. COOPERSMITH:  BASED ON ALL OF THAT, DO YOU THINK

02:28PM 2     THAT THAT IN YOUR MIND TELLS YOU THAT IT'S MORE LIKELY THAT

02:29PM 3     MR. BALWANI'S GUILTY IF MS. HOLMES WAS FOUND GUILTY?

02:29PM 4          PROSPECTIVE JUROR:  THAT'S WHAT I THOUGHT, AND OF

02:29PM 5     COURSE I'M WILLING TO CHANGE MY OPINION.

02:29PM 6          MR. COOPERSMITH:  YEAH.  RIGHT.

02:29PM 7          PROSPECTIVE JUROR:  BUT AT THE SAME TIME, I'M JUST

02:29PM 8     LETTING YOU KNOW WHAT WAS IN MY MIND.

02:29PM 9          MR. COOPERSMITH:  RIGHT.  OKAY.

02:29PM 10      SO AS JUDGE DAVILA TOLD YOU, LIKE THIS WHOLE PROCESS

02:29PM 11    STARTS ON A TOTALLY CLEAN SLATE WHERE NO ONE IS SUPPOSED TO

02:29PM 12    KNOW ANYTHING OR BRING ANY INFORMATION INTO THE CASE; RIGHT?

02:29PM 13      SO DO YOU FEEL SOMEONE IN THE DEFENSE, AND I REPRESENT

02:29PM 14    MR. BALWANI --

02:29PM 15          PROSPECTIVE JUROR:  UNDERSTOOD.

02:29PM 16          MR. COOPERSMITH:  -- BUT DO YOU THINK THAT IT WOULD

02:29PM 17    TAKE SORT OF MORE FOR US TO OVERCOME THESE THINGS THAT YOU

02:29PM 18    HAVE?

02:29PM 19      AND I'M NOT SAYING YOUR VIEWS ARE WRONG OR RIGHT.  I'M NOT

02:29PM 20    JUDGING ANYTHING.  I JUST WANT TO KNOW.

02:29PM 21          PROSPECTIVE JUROR:  I JUST THINK -- I'M AN ENGINEER.

02:29PM 22    I'M WILLING TO FORGET THE EMOTIONS OR FORGET THE THOUGHT

02:29PM 23    PROCESS AND JUST LOOK AT THE FACTS.

02:29PM 24          MR. COOPERSMITH:  YEAH.  RIGHT.

02:29PM 25          PROSPECTIVE JUROR:  SO I THINK I'M -- I CAN DO THAT

02:30PM  1      I THINK.

02:30PM  2                    MR. COOPERSMITH:  OKAY.

02:30PM  3                    PROSPECTIVE JUROR:  BUT AT THE SAME TIME, I ALSO

02:30PM  4      WANT TO LET YOU KNOW WHAT IS IN MY --

02:30PM  5                    MR. COOPERSMITH:  YEAH, AS JUDGE DAVILA TOLD YOU,

02:30PM  6      TOTALLY APPROPRIATE.

02:30PM  7                    PROSPECTIVE JUROR:  BECAUSE IF I'M BALWANI, I WOULD

02:30PM  8      PREFER NOT ME BEING HERE.

02:30PM  9                    MR. COOPERSMITH:  OH, OKAY.  WHY DO YOU SAY THAT?

02:30PM 10      WHAT IS IT ABOUT YOU?

02:30PM 11                    PROSPECTIVE JUROR:  THE BEST JURY IS WHO HAS NO IDEA

02:30PM 12      ABOUT THE CASE.

02:30PM 13                    MR. COOPERSMITH:  NO IDEA ABOUT THE CASE; RIGHT?

02:30PM 14        OR DO YOU THINK THE BEST JURY WOULD BE PEOPLE WHO COULD BE

02:30PM 15      REALLY FAIR AND TAKE THAT REALLY SERIOUSLY?

02:30PM 16                    PROSPECTIVE JUROR:  YEAH, I'M WILLING TO BE FAIR AND

02:30PM 17      TAKE IT SERIOUSLY.

02:30PM 18                    MR. COOPERSMITH:  RIGHT.  SO YOU KNOW, IF YOU

02:30PM 19      WOULDN'T, LIKE, WANT TO JUMP TO ANY CONCLUSIONS JUST BECAUSE OF

02:30PM 20      WHAT YOU HEARD IN THE MEDIA; RIGHT?

02:30PM 21                    PROSPECTIVE JUROR:  NO.  I MEAN, THAT'S THE WHOLE

02:30PM 22      PROCESS.  I MEAN, I UNDERSTAND THIS CASE IS A POPULAR CASE AND

02:30PM 23      IT'S BEEN IN THE MEDIA, SO I KNOW MOST JURORS ALREADY HAVE SOME

02:30PM 24      INFORMATION ABOUT THIS.

02:31PM 25                    MR. COOPERSMITH:  RIGHT.

02:31PM  1            PROSPECTIVE JUROR:  SO I'M WILLING TO BASICALLY HEAR

02:31PM  2     WHAT I HEAR HERE.

02:31PM  3            MR. COOPERSMITH:  OKAY.

02:31PM  4            PROSPECTIVE JUROR:  BUT THAT'S WHAT I WANT TO DO,

02:31PM  5     BUT THAT DOESN'T MEAN THAT, YOU KNOW, SUBCONSCIOUSLY SOMETHING

02:31PM  6     ELSE WILL HAPPEN.

02:31PM  7            MR. COOPERSMITH:  OKAY.

02:31PM  8         DO YOU HAVE ANY VIEW AS TO WHETHER THE -- YOU KNOW ABOUT

02:31PM  9     THE OUTCOME OF MS. HOLMES'S CASE IT SOUNDS LIKE?

02:31PM  10            PROSPECTIVE JUROR:  I JUST KNOW THAT SHE WAS FOUND

02:31PM  11     GUILTY.

02:31PM  12            MR. COOPERSMITH:  RIGHT.

02:31PM  13            PROSPECTIVE JUROR:  BUT I DON'T KNOW ANYTHING ABOUT

02:31PM  14     THE DETAILS.

02:31PM  15            MR. COOPERSMITH:  OKAY.  RIGHT.

02:31PM  16         DO YOU HAVE ANY VIEW ABOUT WHETHER THAT OUTCOME OR VERDICT

02:31PM  17     WAS CORRECT?  DO YOU HAVE ANY VIEW ABOUT THAT ONE WAY OR THE

02:31PM  18     OTHER.

02:31PM  19            PROSPECTIVE JUROR:  NO, NOT SO MUCH.

02:31PM  20         BECAUSE I WAS FOLLOWING WHAT WAS THE WRONGDOING THAT SHE

02:31PM  21     DID, I NEVER PAID ATTENTION.  I ONLY REMEMBER HER BEING IN THE

02:31PM  22     STARTUP BEING THE NEXT I.T. AND TECHNICAL STUFF, THAT'S ALL.

02:31PM  23            MR. COOPERSMITH:  AND BECAUSE YOU'RE IN THE FIELD?

02:31PM  24            PROSPECTIVE JUROR:  THAT'S ALL I KNOW.  IF YOU ASK

02:31PM  25     ME WHAT SHE DID AND WHAT WAS THE CASE ABOUT, I DON'T KNOW.

02:32PM  1          MR. COOPERSMITH:  OKAY.  AND DO YOU UNDERSTAND, IF

02:32PM  2  YOU HAD BEEN ON THE JURY THAT CONSIDERED HER CASE, YOU MIGHT

02:32PM  3  HAVE DECIDED SOMETHING DIFFERENT?  DO YOU UNDERSTAND THAT?

02:32PM  4          PROSPECTIVE JUROR:  POSSIBLY.  POSSIBLY.

02:32PM  5          MR. COOPERSMITH:  ALL RIGHT.

02:32PM  6     NOTHING FURTHER, YOUR HONOR.

02:32PM  7          MR. SCHENK:  NOTHING.  THANK YOU.

02:32PM  8          THE COURT:  OKAY.  THANK YOU VERY MUCH, SIR.  THANK

02:32PM  9  YOU.

02:32PM  10         PROSPECTIVE JUROR:  THANK YOU.

02:32PM  11         THE COURT:  YOU'RE WELCOME.

02:32PM  12     (PROSPECTIVE JUROR NUMBER 210 IS NOT PRESENT.)

02:32PM  13         THE COURT:  DOES THAT EXHAUST OUR LIST?

02:32PM  14         MR. COOPERSMITH:  I THINK THAT IS THE ONES.

02:32PM  15     I SHOULD SAY FOR THE RECORD, THE DEFENSE DOES HAVE

02:32PM  16  CONCERNS ABOUT THESE JURORS WHO EITHER KNOW ABOUT THE

02:32PM  17  RELATIONSHIP OR THE OUTCOME OF THE CASE OR BOTH.  AND WE'VE

02:32PM  18  EXPRESSED THAT BEFORE, I DON'T WANT TO BELABOR THAT.

02:32PM  19     BUT THE OTHER JURORS IN THIS POOL WHO KNOW OF ONE THING OR

02:32PM  20  ANOTHER OF WHAT WE HAVEN'T QUESTIONED ARE, IN ORDER, 184, WHICH

02:32PM  21  MY NOTES SAY KNOWS ABOUT THE CONVICTION AND THE RELATIONSHIP;

02:33PM  22  185, WHO KNEW ABOUT THE RELATIONSHIP; 202, WHO KNEW ABOUT THE

02:33PM  23  CONVICTION AND THE RELATIONSHIP; 209, CONVICTION AND

02:33PM  24  RELATIONSHIP; 216, RELATIONSHIP; 221, RELATIONSHIP; AND 225

02:33PM  25  CONVICTION."

02:33PM  1            THE COURT:  WE'LL TAKE A BREAK FOR JUST A MINUTE.

02:33PM  2       OFF THE RECORD.

02:33PM  3       (PAUSE IN PROCEEDINGS.)

02:44PM  4            THE COURT:  LET'S GO BACK ON THE RECORD NOW.  THANK

02:44PM  5  YOU.

02:44PM  6       WE'VE FINISHED DISCUSSION ABOUT THE JURORS.

02:44PM  7       THE COURT IS GOING TO -- BASED ON OUR CONVERSATIONS, THE

02:44PM  8  COURT IS GOING TO EXCUSE FOR CAUSE JUROR NUMBER 196 AND JUROR

02:44PM  9  205.

02:44PM 10       THE COURT WILL EXCUSE JUROR NUMBER 198 FOR HARDSHIP.

02:44PM 11       DO YOU WANT TO BE HEARD ON THE OTHERS, 191, 195, 207 AND

02:44PM 12  210, MR. COOPERSMITH?

02:45PM 13            MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:45PM 14       SO STARTING FROM THE BEGINNING, WE'VE GOT 191.  JUROR

02:45PM 15  NUMBER 191 IS THE PROBATION OFFICER FROM SANTA CLARA COUNTY,

02:45PM 16  AND HE, AS THE COURT HEARD, FILLED OUT A QUESTIONNAIRE ON

02:45PM 17  EITHER THURSDAY OR FRIDAY, THE 3RD OR 4TH, AND THEN HE CAME IN

02:45PM 18  FOR JURY SERVICE.

02:45PM 19       BUT HE TOLD US OVER THE WEEKEND AFTER THE QUESTIONNAIRE,

02:45PM 20  WHICH THE COURT ADVISED HIM NOT TO WATCH OR READ ANYTHING, HE

02:45PM 21  WAS WITH THE GIRLFRIEND AND THE GIRLFRIEND WAS WATCHING THE

02:45PM 22  HULU "DROPOUT" SHOW.  HE SAID HE WAS IN AND OUT DOING OTHER

02:45PM 23  THINGS.

02:45PM 24       FRANKLY, WHEN HE ANSWERED THE COURT'S QUESTIONS, IT STRUCK

02:45PM 25  ME THAT HE WAS TRYING TO EXPLAIN HIMSELF AND HE WASN'T EAGER TO

02:45PM 1    COME TOTALLY CLEAN ABOUT, YOU KNOW, YEP, I VIOLATED THE COURT'S

02:45PM 2    ORDER.  I THINK THIS WAS SIGNIFICANT FOR HIM BECAUSE HE'S A

02:46PM 3    PROBATION OFFICER AND HE APPEARED TO TAKE HIS JOB SERIOUSLY.

02:46PM 4         SO I THINK IT WAS HE HAD SOME EGG ON HIS FACE AND HE WAS

02:46PM 5    TRYING TO MINIMIZE IT IS MY IMPRESSION WHEN HE WAS ANSWERING

02:46PM 6    THE COURT.

02:46PM 7         ULTIMATELY WHAT WE DID LEARN FROM HIS WORDS WAS THAT HE

02:46PM 8    HAD SEEN ABOUT, HE SAID, AN HOUR OF THREE EPISODES, INCLUDING

02:46PM 9    THE PEOPLE WHO WERE PORTRAYING MS. HOLMES AND MR. BALWANI.

02:46PM 10        WE KNOW THAT, FROM REPORTS ABOUT THAT SERIES, THAT IT'S

02:46PM 11   VERY NEGATIVE.  IT PORTRAYS THERANOS IN A VERY NEGATIVE LIGHT.

02:46PM 12        SO I THINK HE ANSWERED QUESTIONS ULTIMATELY IN AN

02:46PM 13   INTELLIGENT WAY.  YOU KNOW, HE SAID HE UNDERSTANDS THE PROCESS,

02:46PM 14   AND OF COURSE HE DOES BECAUSE HE'S A PROBATION OFFICER.

02:46PM 15        BUT I ALSO THINK THERE WAS ENOUGH HESITATION AND ENOUGH,

02:46PM 16   YOU KNOW, I DON'T WANT TO GO AS FAR AS TO SAY MISCONDUCT, BUT I

02:46PM 17   THINK HE RECOGNIZES HE SHOULDN'T HAVE BEEN WATCHING THAT SHOW

02:46PM 18   AND WE THINK THAT TAINTS THAT JUROR AND HE SHOULD BE EXCUSED.

02:46PM 19             MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OPPOSES THAT

02:47PM 20   REQUEST.

02:47PM 21        AFTER HE DISCUSSED AND WE DISCUSSED HIS PRIOR TELEVISION

02:47PM 22   SHOW AND HIS CONVERSATION WITH HIS GIRLFRIEND, HE TOLD US

02:47PM 23   REPEATEDLY THAT HE COULD BE FAIR TO BOTH SIDES.

02:47PM 24        HE CERTAINLY UNDERSTANDS THE PROCESS, HE UNDERSTANDS WHAT

02:47PM 25   IS ASKED OF HIM, AND I THINK THE PHRASE HE OFTEN USED WAS "I

02:47PM   1    WILL DO MY DILIGENCE."

02:47PM   2         THAT WAS HIS WAY OF I UNDERSTAND WHAT IS EXPECTED OF ME AS

02:47PM   3    A PARTICIPANT IN THIS PORTION OF THE CRIMINAL JUSTICE SYSTEM.

02:47PM   4    I KNOW WHAT IS EXPECTED OF ME AND I CAN DO THAT.

02:47PM   5         AND I HAVE IN MY NOTES HIM SAYING THAT HE CAN BE FAIR TO

02:47PM   6    BOTH SIDES; THEREFORE, I DO NOT THINK THAT THERE'S A BASIS TO

02:47PM   7    EXCUSE 191 FOR CAUSE.

02:47PM   8              THE COURT:  THANK YOU.

02:47PM   9         I WAS CONCERNED INITIALLY ABOUT HIM WATCHING THE HULU.

02:47PM   10        I THINK HE EXPLAINED SUFFICIENTLY FOR THE COURT THAT THE

02:47PM   11   TIME THAT HE WATCHED IT, THE CIRCUMSTANCE PERHAPS WASN'T

02:48PM   12   INADVERTENT, BUT IT WASN'T INTENTIONAL.  HE DIDN'T TURN IT ON,

02:48PM   13   HIS GIRLFRIEND DID.  AND HE WAS IN THE ROOM, OF COURSE, HE TOLD

02:48PM   14   US THAT.

02:48PM   15        MORE CONCERN TO ME WITH THIS PROSPECTIVE JUROR WAS HIS

02:48PM   16   ABILITY, BECAUSE OF HIS EMPLOYMENT, LAW ENFORCEMENT ACTUALLY,

02:48PM   17   MY CONCERN WAS WHETHER OR NOT HE WOULD BE BIASSED BECAUSE OF

02:48PM   18   THAT.  AND I ASKED HIM SOME VERY POINTED QUESTIONS ABOUT THAT,

02:48PM   19   DIRECT QUESTIONS, AND I SAID YOU'RE LAW ENFORCEMENT AND HOW CAN

02:48PM   20   MR. COOPERSMITH BE CONFIDENT THAT YOU'RE GOING TO -- ARE YOU

02:48PM   21   OUT TO GET HIS GUY I THINK WAS THE WORD I USED.

02:48PM   22        AND I WAS STRUCK BY HIS RESPONSE.  HE IMMEDIATELY, I

02:48PM   23   THINK, RECOGNIZED THAT WOULD NOT BE RIGHT, AND HE SAID, NO, NO.

02:48PM   24        AND I ASKED THE SAME ABOUT THE GOVERNMENT, ARE YOU GOING

02:48PM   25   TO HOLD THEM TO A HIGHER STANDARD BECAUSE THEIR INVESTIGATION

02:48PM 1    MIGHT BE BELOW YOUR STANDARDS OR SOMETHING THAT YOU WOULD HAVE

02:48PM 2    DONE?

02:48PM 3         AND HE SAID, NO, I UNDERSTAND.

02:48PM 4         AND IN THE TOTALITY OF OUR INTERVIEWS, BOTH PRIVATE AND

02:49PM 5    THE PUBLIC ONE, I DO THINK THAT HE WOULD BE AN APPROPRIATE

02:49PM 6    JUROR IN THIS CASE IF HE WERE SELECTED.  I THINK HE IS FREE

02:49PM 7    FROM BIAS.  HE SAW THINGS, HE DREW CONCLUSIONS.

02:49PM 8         BUT I THINK ON HIS TRAINING, HE RECOGNIZES THE

02:49PM 9    RESPONSIBILITY AND INTEGRITY OF HIS POSITION AND HIS POSITION

02:49PM 10   AS A JUROR TO BE FAIR AND IMPARTIAL, AND I THINK HE EXPRESSED

02:49PM 11   THAT THROUGH OUR CONVERSATIONS.

02:49PM 12        SO I'M NOT GOING TO STRIKE HIM FOR CAUSE.

02:49PM 13        195 WAS NEXT I BELIEVE.

02:49PM 14            MR. COOPERSMITH:  YOUR HONOR, WE DON'T HAVE A CAUSE

02:49PM 15   CHALLENGE TO 195.

02:49PM 16            THE COURT:  OKAY.  THANK YOU.

02:49PM 17        AND THEN 207.  THIS IS THE JUROR WITH TWIN SONS, OR 17 AND

02:49PM 18   18-YEAR OLD SONS.

02:49PM 19            MR. COOPERSMITH:  RIGHT.  CAN I CONFER WITH

02:49PM 20   MS. WALSH?

02:49PM 21            THE COURT:  YES, PLEASE.

02:50PM 22        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:50PM 23            MR. COOPERSMITH:  YOUR HONOR, WE DON'T HAVE A CAUSE

02:50PM 24   CHALLENGE FOR 207.

02:50PM 25            THE COURT:  210?

02:50PM  1      MR. COOPERSMITH:  WELL, 209 I THINK WE SHOULD GET TO

02:50PM  2  BEFORE 210.

02:50PM  3      THE COURT:  YES, 209.

02:50PM  4      MR. COOPERSMITH:  SO 209 AT THE BEGINNING WHEN THE

02:50PM  5  COURT WAS QUESTIONING HIM, HE HAD WATCHED AND FOLLOWED THE CASE

02:50PM  6  ON A DAILY BASIS PRETTY MUCH.

02:50PM  7      HE WAS RELUCTANT TO IMMEDIATELY AGREE THAT HE WOULD BE

02:50PM  8  FAIR.  HE SAID IT MIGHT AFFECT HIM.  "TO BE HONEST" I THINK

02:50PM  9  WERE HIS WORDS, AND IT'S ALWAYS GOOD WHEN PEOPLE ARE HONEST,

02:50PM  10  AND HE DID LOTS OF GOOGLING, HE MADE A POINT TO FOLLOW THE

02:50PM  11  CASE.

02:50PM  12      IT LOOKED TO ME LIKE IT WAS PRETTY CLEAR HE HAD STRONG

02:50PM  13  VIEWS.  HE ALSO HAD CONSIDERABLE EXPOSURE TO LONG FORM MEDIA.

02:50PM  14  HE WATCHED "20/20."  HE WATCHED THE ABC NEWS, "THE DROPOUT"

02:50PM  15  DOCUMENTARY, HE MENTIONED "THICKER THAN WATER," WHICH I THINK

02:50PM  16  IS THE TYLER SHULTZ PODCAST.  HE KNEW QUITE A LOT ABOUT THE

02:50PM  17  CASE AND ABOUT THE RELATIONSHIP AND ABOUT THE CONVICTION.

02:51PM  18      AND THEN I THINK WHAT WAS TELLING IS, YOU KNOW, AS THE

02:51PM  19  COURT KNOWS FROM LONG EXPERIENCE, I'M SURE, THAT IT'S HARD FOR

02:51PM  20  A JUROR WHEN THERE'S A LOT OF PEOPLE THERE AND THERE'S A JUDGE

02:51PM  21  AND LAWYERS TELLING THEM HERE ARE THE RULES, DO YOU THINK YOU

02:51PM  22  COULD FOLLOW THE RULES?

02:51PM  23      PEOPLE NATURALLY, GOOD PEOPLE WANT TO SAY OH, YES, I CAN

02:51PM  24  FOLLOW THE RULES.

02:51PM  25      BUT THE PROBLEM WITH JUROR 109 -- 209, IS EVEN THOUGH HE

02:51PM  1      DID ULTIMATELY SAY THAT, AND I ACKNOWLEDGE THAT, ULTIMATELY HE

02:51PM  2      SAID HE WASN'T SURE HE WOULD HAVE THE SAME VIEW TOMORROW.

02:51PM  3          SO I DIDN'T THINK IT WAS SOLIDIFIED IN HIS MIND THAT, YOU

02:51PM  4      KNOW, SOMEHOW HE REALLY HAS TO PUT THINGS OUT OF HIS MIND.  I

02:51PM  5      WAS VERY UNSURE THAT HE COULD DO THAT.

02:51PM  6          SO FOR THAT REASON 209 I THINK SHOULD BE REMOVED FOR

02:51PM  7      CAUSE.

02:51PM  8              THE COURT:  OKAY.  THANK YOU.

02:51PM  9              MR. SCHENK:  THE GOVERNMENT OPPOSES THE CAUSE

02:51PM  10     CHALLENGE FOR 209.

02:51PM  11         DURING THE COURT'S VOIR DIRE WITH 209 WE FIRST EXPLORED

02:51PM  12     HIS EXPOSURE AND HE, AS MR. COOPERSMITH DESCRIBED, SAW A

02:52PM  13     "TED TALK" AND OTHER EXAMPLES.

02:52PM  14         I THINK, IN FACT, AT ONE POINT HE WAS ASKED IF HIS

02:52PM  15     EXPOSURE WAS DAILY, AND I THINK HE BALKED AT AGREEMENT TO SAY

02:52PM  16     IT WAS DAILY.  I DON'T THINK HE WENT AS FAR TO SAY THAT.

02:52PM  17         I THINK HE DID FIND THE STORY INTERESTING, AND HIS

02:52PM  18     DAUGHTER RECENTLY DISCUSSED IT IN SCHOOL, BUT HE DID NOT

02:52PM  19     DISCUSS IT WITH HIS DAUGHTER.

02:52PM  20         THEN WE MOVED TO WHETHER THAT EXPOSURE WOULD AFFECT HIS

02:52PM  21     ABILITY TO BE FAIR, AND HE SAID FIRST THAT HE WILL TRY HIS

02:52PM  22     BEST, HE'S THOUGHT ABOUT THIS QUESTION.  HE WOULD, IN HIS

02:52PM  23     WORDS, TAKE EVERYTHING OUT AND CLEAR HIS MIND ABOUT EVERYTHING

02:52PM  24     THAT HE KNOWS.

02:52PM  25         THAT'S WHAT WE ASK OF JURORS.  IT ISN'T THAT A JUROR IS

02:52PM  1     REQUIRED TO NOT KNOW ANYTHING.  IT'S THAT THEY CAN'T USE WHAT

02:52PM  2     THEY KNOW TO FORM OPINIONS THAT ARE GOING TO AFFECT THEIR

02:52PM  3     ABILITY TO BE FAIR AND IMPARTIAL WHEN THEY EVALUATE THE

02:52PM  4     EVIDENCE THAT THEY HEAR IN THE COURTROOM.

02:53PM  5         I UNDERSTANDS THAT.

02:53PM  6         AND I DISAGREE WITH WHAT MR. COOPERSMITH SAID AT THE END.

02:53PM  7     WHEN HE SAID, I MIGHT CHANGE MY MIND TOMORROW, THAT IS NOT A

02:53PM  8     STATEMENT ABOUT HIS LACK OF UNDERSTANDING, ABOUT THE IMPORTANCE

02:53PM  9     OF CLEARING HIS MIND.

02:53PM  10         HE UNDERSTANDS THAT IN ORDER TO BE A GOOD, RESPONSIBLE --

02:53PM  11         (PAUSE IN PROCEEDINGS.)

02:53PM  12             THE COURT:  GO AHEAD, I'M SORRY.

02:53PM  13             MR. SCHENK:  -- JUROR, HE MUST HAVE A CLEAR MIND

02:53PM  14     FROM WHAT HE KNOWS FROM HIS PRIOR EXPOSURE.  THAT'S SOMETHING

02:53PM  15     THAT HE APPRECIATES THE SIGNIFICANCE OF.

02:53PM  16         I THINK WHAT HE WAS SAYING TO MR. COOPERSMITH WAS, WHAT

02:53PM  17     I'M BEING ASKED IS A DIFFICULT THING.  I DON'T HAVE PRIOR

02:53PM  18     EXPERIENCE WITH CLEARING MY MIND, AND IGNORING THINGS THAT I'VE

02:54PM  19     BEEN EXPOSED TO THROUGH THE PROCESS.

02:54PM  20         IT'S NOT A STATEMENT THAT SHOULD GIVE US A LACK OF

02:54PM  21     SECURITY IN HIS APPRECIATION OF WHAT HIS OBLIGATION IS, THE

02:54PM  22     IMPORTANCE OF THAT OBLIGATION, AND THE RESPONSIBILITIES THAT IT

02:54PM  23     BRINGS WITH IT.

02:54PM  24         WHAT IT WAS WAS AN HONEST STATEMENT ABOUT HIS LACK OF

02:54PM  25     EXPERIENCE TO ACCOMPLISH THAT TASK, AND THAT'S THE KIND OF

02:54PM 1    STATEMENT THAT WE HAVE HEARD MULTIPLE TIMES FROM OTHER JURORS.

02:54PM 2         AND WE'RE ASKING THEM TO DO SOMETHING, UNLESS THEY'VE HAD

02:54PM 3    PRIOR JURY SERVICE, THAT MANY OF THEM DON'T HAVE EXPERIENCE

02:54PM 4    WITH.

02:54PM 5         SO I DON'T THINK THAT SHOULD GIVE US A BASIS FOR CAUSE OR

02:54PM 6    EVEN TO RAISE ADDITIONAL CONCERNS.

02:54PM 7         WHAT HE TOLD US IS THAT I UNDERSTAND WHAT IS BEING ASKED

02:54PM 8    OF ME AND I WILL TAKE EVERYTHING OUT OF MY MIND AND I WILL

02:54PM 9    CLEAR MY MIND AND I WILL EVALUATE BASED ON WHAT I LEARN IN

02:54PM 10   COURT, AND FOR THOSE REASONS 209 SHOULD NOT BE EXCUSED FOR

02:54PM 11   CAUSE.

02:54PM 12        THE COURT:  ANYTHING ELSE?

02:54PM 13        MR. COOPERSMITH:  JUST TO SAY, YOUR HONOR, I THINK

02:54PM 14   IF YOU ASK SOMEBODY ENOUGH QUESTIONS IN OPEN COURT, NO MATTER

02:55PM 15   WHAT THEY SAY, THEY WILL EVENTUALLY, UNLESS THEY'RE VERY

02:55PM 16   UNUSUAL, SAY THEY WANT TO FOLLOW THE RULES AND BE GOOD PEOPLE

02:55PM 17   AND THEY WANT TO DO WHAT IS RIGHT.

02:55PM 18        BUT WHEN SOMEONE EXPRESSES AS MUCH RELUCTANCE AS JUROR 209

02:55PM 19   AND WAS STILL NOT CERTAIN AT THE END, I THINK IT'S APPROPRIATE

02:55PM 20   NOT TO HAVE THEM SERVE ON THE JURY.

02:55PM 21        THE COURT:  OKAY.  THANK YOU.

02:55PM 22        WELL, HE DID TALK ABOUT GOOGLING AND FOLLOWING THE CASE.

02:55PM 23        I DON'T BELIEVE HE HAS ANY PRIOR JURY SERVICE.  LET ME

02:55PM 24   JUST DOUBLE-CHECK THAT.

02:56PM 25        HE WAS ON A CRIMINAL CASE IN 2015 OR 2016, BUT HE

02:56PM 1    INDICATES THE JURY WAS DISMISSED, WHICH SUGGESTS THAT IT DID

02:56PM 2    NOT GO TO TRIAL IT SOUNDS LIKE.

02:56PM 3        HE DIDN'T WRITE THIS, BUT IT SOUNDS LIKE JURY DISMISSAL

02:56PM 4    MEANS THAT THERE PROBABLY WAS A PLEA OR SOME KIND OF RESOLUTION

02:56PM 5    BEFORE THE CASE WENT TO TRIAL, PARTICULARLY IN A CHILD MOLEST

02:56PM 6    CASE THAT'S NOT SURPRISING.

02:56PM 7        AND THAT WAS 2015 OR 2016 HE TELLS US IN HIS

02:56PM 8    QUESTIONNAIRE.

02:56PM 9        SO THE QUESTIONING OF HIM WAS, WAS BACK AND FORTH, SHALL I

02:56PM 10   SAY, MY OBSERVATIONS.

02:56PM 11       HE TOLD US A LITTLE BIT ABOUT HIS CHILDCARE SITUATIONS.

02:56PM 12       HE KNEW ABOUT THE CASE.

02:57PM 13       HE SAID AGAIN AND AGAIN, YES, I'LL TRY MY BEST TO BE FAIR

02:57PM 14   AND IMPARTIAL.

02:57PM 15       AND THE LAST QUESTIONS, THE SECOND TO THE LAST QUESTION

02:57PM 16   WAS:  I WILL TAKE EVERYTHING OUT AND CLEAR MY MIND.

02:57PM 17       AND THAT WAS IN REGARDS TO THE -- HIS EXPOSURE TO THE

02:57PM 18   CASE.

02:57PM 19       AND I DID SPEND A LOT OF TIME TALKING, NOT JUST TO THIS

02:57PM 20   JUROR, BUT TO THE ENTIRE PANEL ABOUT THE UNIVERSE OF

02:57PM 21   INFORMATION, THE INAPPROPRIATENESS OF MAKING DECISIONS BASED ON

02:57PM 22   EVIDENCE OUTSIDE OF THE COURTROOM, THE IMPORTANCE OF THAT.

02:57PM 23       AND I DID THAT BECAUSE OF -- ONE OF THE REASONS WAS

02:57PM 24   BECAUSE OF THE MEDIA EXPOSURE THIS CASE HAD, AND MS. HOLMES'S

02:57PM 25   CASE HAD SIGNIFICANT MEDIA EXPOSURES, AND I FELT IT WAS

02:57PM 1    APPROPRIATE TO GO OVER AND REVIEW WITH THIS PANEL THE

02:57PM 2    IMPORTANCE OF PUTTING ALL OF THAT ASIDE THAT THEY MAY HAVE

02:57PM 3    HEARD AND ASKING THEM IF THEY COULD DO THAT.  THAT WAS REALLY

02:58PM 4    THE DRILLDOWN, IF YOU WILL, FOR THEIR SERVICE.

02:58PM 5         THIS JUROR SAID HE COULD DO THAT, NOTWITHSTANDING HIS

02:58PM 6    COMMENT ABOUT, WELL, WILL YOU CHANGE YOUR MIND TOMORROW?  I'M

02:58PM 7    NOT SURE HE UNDERSTOOD THAT QUESTION.  I DIDN'T FOLLOW UP ON

02:58PM 8    IT, TO BE FAIR.

02:58PM 9         BUT DID HE HEAR THAT SAY, WILL YOU CHANGE YOUR MIND

02:58PM 10   TOMORROW?  OR WILL YOU NOT CHANGE YOUR MIND?  I DON'T KNOW.

02:58PM 11        THE QUESTION WAS, WILL YOU CHANGE YOUR MIND TOMORROW?  AND

02:58PM 12   HE SAID, HUH, MAYBE.

02:58PM 13        AND WHAT DOES THAT TELL US AFTER HE TELLS US ALL OF THESE

02:58PM 14   OTHER THINGS?

02:58PM 15             MR. COOPERSMITH:  YOUR HONOR, I'M WONDERING

02:58PM 16   SOMETHING ABOUT 209.  WHILE WE'RE STILL HERE, AND I KNOW I SAID

02:58PM 17   WE ASKED ENOUGH QUESTIONS, BUT IT SOUNDS LIKE THERE IS STILL

02:58PM 18   SOME REMAINING QUESTION, AND WE MIGHT BE ABLE TO CLEAR THAT UP

02:58PM 19   AND ASK HIM WHAT HE MEANT BY THAT.  IT MIGHT NOT TAKE LONG,

02:58PM 20   HE'S RIGHT OUTSIDE THE DOOR, I THINK, AND MAYBE --

02:58PM 21             THE COURT:  THAT'S A GOOD IDEA.  WE COULD BRING HIM

02:58PM 22   BACK.

02:58PM 23        WE'LL ASK HER TO DO THAT.

02:59PM 24        (PAUSE IN PROCEEDINGS.)

02:59PM 25        (PROSPECTIVE JUROR NUMBER 209 IS PRESENT.)

03:00PM 1    THE COURT:  WE'RE BACK ON THE RECORD WITH

03:00PM 2    PROSPECTIVE JUROR 209.  THANK YOU FOR COMING BACK.

03:00PM 3    I WANTED TO FOLLOW UP ON SOME OF THE LAST QUESTIONS THAT

03:00PM 4    WERE ASKED OF YOU.  YOU TOLD US WHEN WE WERE ASKING YOU ABOUT

03:00PM 5    ALL OF YOUR PREVIOUS EXPOSURE TO THE CASE AND THE GOOGLE AND

03:00PM 6    YOUR KNOWLEDGE, AND YOU HEARD ME TALK ABOUT PUTTING ALL OF THAT

03:00PM 7    OUT OF YOUR MIND.

03:00PM 8    AND YOU SAID, I THINK YOU SAID, I WILL TAKE EVERYTHING

03:00PM 9    OUT.  I WILL CLEAR MY MIND.

03:00PM 10   PROSPECTIVE JUROR:  YEAH, I WILL TRY MY BEST,

03:00PM 11   ABSOLUTELY.

03:00PM 12   THE COURT:  OKAY.  YES, YOU CAN DO THAT?

03:00PM 13   PROSPECTIVE JUROR:  YES.

03:00PM 14   THE COURT:  AND THEN, YOU KNOW, MR. COOPERSMITH

03:00PM 15   ASKED YOU A QUESTION WHEN WE WERE FINISHED, WHEN YOU SAID THAT,

03:00PM 16   HE SAID, WELL, DO YOU THINK YOU WILL CHANGE YOUR MIND TOMORROW?

03:00PM 17   AND I THINK YOU SAID, YES, MAYBE.  WHAT DID YOU MEAN THAT?

03:00PM 18   OR DID YOU SAY THAT?

03:00PM 19   PROSPECTIVE JUROR:  OH, BECAUSE LIKE I CANNOT

03:00PM 20   CONTROL MYSELF.  MAYBE SOMETIMES, LIKE, WE HEARD SOMETHING

03:00PM 21   DIFFERENT, OR MAYBE THE EVIDENCE OR SOMETHING.  BUT IT DEPENDS.

03:00PM 22   BUT YEAH, WE RELY ON THE EVIDENCE.

03:00PM 23   THE COURT:  SO WHEN YOU SAID MAYBE I'LL CHANGE MY

03:01PM 24   MIND TOMORROW, WHAT DID --

03:01PM 25   PROSPECTIVE JUROR:  OH, THE TRIAL THING IS, LIKE,

```
03:01PM    1    WE'RE HUMAN.  AND SO I CANNOT SAY EXACTLY.  MAYBE I CHANGE
03:01PM    2    BECAUSE, LIKE, THE EVIDENCE SUPPORTS, LIKE, FOR THE CASE TO GO
03:01PM    3    A DIFFERENT WAY.
03:01PM    4              THE COURT:  SO DID YOU --
03:01PM    5              PROSPECTIVE JUROR:  BUT TO BE HONEST, BECAUSE I
03:01PM    6    KNOW, MAYBE NOT BECAUSE, LIKE, I DIDN'T KNOW THAT -- LIKE, I AM
03:01PM    7    HERE TODAY.  A FEW MONTHS AGO I DID A LOT ON THIS ONE.
03:01PM    8              THE COURT:  YES.
03:01PM    9              PROSPECTIVE JUROR:  AND A LOT OF NEGATIVE FOR MR. --
03:01PM   10              THE COURT:  FOR MR. BALWANI?
03:01PM   11              PROSPECTIVE JUROR:  CORRECT.
03:01PM   12              THE COURT:  RIGHT.  AND TODAY WE SPENT THE MORNING
03:01PM   13    ASKING YOU ABOUT THAT.  AND YOU SAID THAT YOU WILL TAKE
03:01PM   14    EVERYTHING OUT, EVERYTHING THAT YOU HEARD, THAT NEGATIVE OUT OF
03:01PM   15    YOUR MIND.
03:01PM   16              PROSPECTIVE JUROR:  CORRECT.
03:01PM   17              THE COURT:  YOU WILL CLEAR YOUR MIND.
03:02PM   18         IS THAT WHAT YOU MEANT YOU WILL DO?
03:02PM   19              PROSPECTIVE JUROR:  YEAH, I WILL TRY MY BEST.
03:02PM   20              THE COURT:  OKAY.  AND THEN YOU SAID, WELL, MAYBE
03:02PM   21    TOMORROW I'LL CHANGE MY MIND.
03:02PM   22              PROSPECTIVE JUROR:  THE THING --
03:02PM   23              THE COURT:  LET ME ASK YOU, DID YOU MEAN THAT YOU'LL
03:02PM   24    CHANGE YOUR MIND THAT YOU WON'T CLEAR YOUR MIND?
03:02PM   25              PROSPECTIVE JUROR:  OH, NO, I DIDN'T MEAN THAT.
```

03:02PM 1          THE COURT:  OH.

03:02PM 2          PROSPECTIVE JUROR:  THE THING I MEAN IS, LIKE, THE

03:02PM 3  HUMAN, BUT I MIGHT CHANGE.  SO I DON'T KNOW WHAT THAT WOULD

03:02PM 4  MEAN.

03:02PM 5       BUT THE THING IS, LIKE, WE KEEP -- HAD THE QUESTION, LIKE,

03:02PM 6  TWO OR THREE TIMES OVER THE SAME QUESTION, AND I DON'T KNOW HOW

03:02PM 7  TO ANSWER.

03:02PM 8          THE COURT:  OH, WE KEPT ASKING YOU THESE QUESTIONS?

03:02PM 9          PROSPECTIVE JUROR:  RIGHT.

03:02PM 10          THE COURT:  YES, I KNOW SOMETIMES IT'S TEDIOUS AND

03:02PM 11  DIFFICULT, AND OFTENTIMES IT IS.

03:02PM 12          PROSPECTIVE JUROR:  YEAH.

03:02PM 13          THE COURT:  SO THE REAL QUESTION IS, CAN YOU BE FAIR

03:02PM 14  TO MR. BALWANI?  DO YOU THINK YOU COULD BE FAIR TO HIM?

03:02PM 15          PROSPECTIVE JUROR:  I WILL TRY MY BEST FROM THE

03:02PM 16  BEGINNING TO NOW.  AND I KNOW I DID A LOT OF RESEARCH AND I

03:02PM 17  CANNOT BE FAIR FOR HIM.  BUT IF I'M SELECTED, I WILL TRY MY

03:03PM 18  BEST.

03:03PM 19          THE COURT:  OKAY.

03:03PM 20       DO YOU HAVE ANY DOUBT THAT YOU COULD DO THAT?

03:03PM 21          PROSPECTIVE JUROR:  I SAID, LIKE, A FEW PERCENT IN

03:03PM 22  MY MIND RIGHT NOW.

03:03PM 23          THE COURT:  A FEW PERCENT THAT YOU COULD BE FAIR?

03:03PM 24          PROSPECTIVE JUROR:  LIKE 5 PERCENT STILL DOUBTING.

03:03PM 25          THE COURT:  5 PERCENT IS STILL DOUBTING THAT YOU

03:03PM  1        COULD BE FAIR?

03:03PM  2                     PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

03:03PM  3                     THE COURT:  I SEE.  OKAY.

03:03PM  4            ANY QUESTIONS?

03:03PM  5                     MR. COOPERSMITH:  JUST BRIEFLY, YOUR HONOR.

03:03PM  6            ARE YOU COMFORTABLE IF I TAKE THIS MASK OFF?

03:03PM  7                     PROSPECTIVE JUROR:  SURE.  NO PROBLEM.

03:03PM  8                     MR. COOPERSMITH:  THANK YOU.  I APPRECIATE THAT.

03:03PM  9            AND I WANT TO SAY WHAT I SAID OUTSIDE.  I KNOW THESE

03:03PM 10     QUESTIONS ARE REPETITIVE, AND WE'RE NOT TRYING TO WASTE YOUR

03:03PM 11     TIME.  WE'RE REALLY JUST TRYING TO GET THE RIGHT JURORS IN AN

03:03PM 12     IMPORTANT CASE FOR THE GOVERNMENT AND FOR THE DEFENSE AND FOR

03:03PM 13     THE COURT.

03:03PM 14            AND WHAT YOU SAID A MINUTE AGO IS YOU DON'T THINK IT WOULD

03:04PM 15     NECESSARILY BE FAIR TO MR. BALWANI, IF I HEARD YOU RIGHT,

03:04PM 16     BECAUSE OF ALL OF THE RESEARCH YOU HAVE DONE IN THIS CASE;

03:04PM 17     RIGHT?

03:04PM 18                     PROSPECTIVE JUROR:  YES.

03:04PM 19                     MR. COOPERSMITH:  IS THAT THE WAY YOU FEEL?

03:04PM 20                     PROSPECTIVE JUROR:  YES.

03:04PM 21                     MR. COOPERSMITH:  AND I KNOW I DON'T KNOW YOU, BUT

03:04PM 22     I'VE READ YOUR QUESTIONNAIRE, SO I FEEL LIKE I KNOW YOU.

03:04PM 23            BUT YOU SEEM LIKE A GOOD PERSON AND YOU WANT TO DO THE

03:05PM 24     RIGHT THING.

03:05PM 25                     PROSPECTIVE JUROR:  YES, THAT'S RIGHT.

03:05PM 1      MR. COOPERSMITH:  AND SO WHEN YOU SAY YOU WANT TO

03:05PM 2  TRY YOUR BEST, YOU WANT TO DO THE RIGHT THING; CORRECT?

03:05PM 3      PROSPECTIVE JUROR:  YES.

03:05PM 4      MR. COOPERSMITH:  BUT IN THIS CASE, DOING THE RIGHT

03:05PM 5  THING, AS YOU KNOW, A PROSPECTIVE JUROR, IS TO TELL US VERY

03:05PM 6  HONESTLY WHETHER YOU REALLY DEEP DOWN COULD BE FAIR, AND I

03:05PM 7  THINK YOU SAID YOU HAVE A FEW PERCENT RESERVATION ABOUT THAT.

03:05PM 8  AND IS THAT THE REAL TRUTH?

03:05PM 9      PROSPECTIVE JUROR:  YEAH.  JUST TO BE HONEST, RIGHT,

03:05PM 10  BECAUSE NOBODY IS HERE, PLEASE DON'T SELECT ME FOR THIS CASE.

03:05PM 11      MR. COOPERSMITH:  ALL RIGHT.  THANK YOU.

03:05PM 12      MR. SCHENK:  NOTHING.  THANK YOU.

03:05PM 13      THE COURT:  OKAY.  THANK YOU.  THANK YOU.  YOU CAN

03:05PM 14  GO BACK OUTSIDE.  THANK YOU.

03:05PM 15      (PROSPECTIVE JUROR NUMBER 209 NOT PRESENT.)

03:05PM 16      MR. COOPERSMITH:  BASED ON HIS ANSWERS, YOUR HONOR,

03:05PM 17  WE THINK HE SHOULD BE EXCLUDED FROM THE JURY FOR CAUSE.

03:05PM 18      MR. SCHENK:  YOUR HONOR, I'M WILLING TO AGREE THAT

03:05PM 19  209 SHOULD BE EXCLUDED FOR CAUSE, NOT BECAUSE HE SAID "DON'T

03:05PM 20  SELECT ME," BUT MR. BALWANI IS ENTITLED TO JURORS WHO CAN BE

03:05PM 21  FAIR AND TELL THE COURT THEY DON'T HAVE DOUBTS ABOUT IT, AND HE

03:05PM 22  PUT A NUMBER ON THE EXTENT TO WHICH HE STILL HAD DOUBT.  THAT

03:05PM 23  RAISES SOME CONCERNS IN THE GOVERNMENT'S MIND.

03:05PM 24      THE COURT:  I'LL EXCUSE 209 FOR CAUSE.

03:05PM 25      OKAY.  WHAT DOES THAT DO FOR OUR NUMBERS SITUATION?

03:05PM  1          MR. COOPERSMITH:  YOU KNOW, I'M SORRY, I DON'T THINK

03:06PM  2     IT'S GOOD NEWS.  I THINK THAT MEANS WE MIGHT NOT HAVE ENOUGH

03:06PM  3     JURORS TO PROCEED.

03:06PM  4          THAT WASN'T OUR INTENTION HERE OR --

03:06PM  5          THE COURT:  I UNDERSTAND.  LET'S GO OFF THE RECORD

03:06PM  6     AND COUNT WHAT WE HAVE HERE.

03:07PM  7          (DISCUSSION OFF THE RECORD.)

03:11PM  8          THE COURT:  LET'S GO ON THE RECORD.

03:11PM  9          WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT.  WE'RE

03:11PM 10     OUTSIDE OF THE PRESENCE OF ANY JURORS.

03:11PM 11          BASED ON THE NUMBERS HERE, IT LOOKS LIKE WE'RE PERILOUSLY

03:11PM 12     CLOSE TO EITHER SELECTING A JURY TODAY, OR NOT, AND HAVING TO

03:11PM 13     CALL IN A WHOLE NEW PANEL OR SOME OTHER NUMBERS.

03:11PM 14          BUT WE'VE LOOKED AT THE MATH AND THE NUMBERS HERE, AND I

03:11PM 15     THINK THE GOVERNMENT HAS PROPOSED A SOLUTION, A POSSIBLE

03:11PM 16     SOLUTION THAT -- MR. SCHENK, IF YOU COULD PUT THAT ON THE

03:12PM 17     RECORD?  AND THEN I'LL ASK MR. COOPERSMITH HIS THOUGHTS.

03:12PM 18          MR. SCHENK:  YES, YOUR HONOR.  THANK YOU.

03:12PM 19          SO WE'VE CONFERRED ON THE GOVERNMENT'S SIDE ABOUT WHAT

03:12PM 20     OPTIONS WOULD BE AVAILABLE TO STILL PROCEED WITH PASSING THE

03:12PM 21     SHEET OR SELECTING A JURY TODAY IF WE END UP STRIKING FOR CAUSE

03:12PM 22     MORE THAN THREE JURORS IN THE AFTERNOON.  AND IT LOOKS LIKE

03:12PM 23     WE'RE RIGHT ON THAT BORDER.

03:12PM 24          SO LET ME MAKE A PROPOSAL THAT WE DISCUSSED AS A TEAM, AND

03:12PM 25     THAT IS YESTERDAY WHEN WE ASSIGNED STRIKES, WE ASSIGNED A

03:12PM   1    CERTAIN NUMBER OF STRIKES TO EACH SIDE FOR THE IN-THE-BOX, THE

03:12PM   2    SEATED 12 SELECTION, AND THEN FOR THE 6 ALTERNATES.

03:12PM   3         THE SEATED 12, OUR UNDERSTANDING WAS THAT THE DEFENSE

03:12PM   4    RECEIVED THREE PEREMPTORY CHALLENGES AND THE GOVERNMENT

03:12PM   5    RECEIVED TWO.  EACH SIDE HAS THREE FOR THE ALTERNATES.

03:12PM   6         IF THE GOVERNMENT ONLY EXERCISES OR IS ASSIGNED AND

03:13PM   7    EXERCISES ONE PEREMPTORY FOR THE IN-THE-BOX 12 JURORS, WE COULD

03:13PM   8    STILL PROCEED WITH PASSING THE SHEET TODAY AND SELECTING OUR

03:13PM   9    JURY.

03:13PM  10         AND BECAUSE WE SEEM TO BE RIGHT ON THE EDGE OF HAVING A

03:13PM  11    SUFFICIENT NUMBER OF JURORS TO PROCEED WITH SELECTION AND AFTER

03:13PM  12    REFLECTING ON THE NUMBER OF STRIKES THAT THE COURT ASSIGNED TO

03:13PM  13    US, THE GOVERNMENT WOULD BE WILLING TO PROCEED WITH ONE STRIKE

03:13PM  14    FOR THE SELECTION OF THE 12 SEATED JURORS.

03:13PM  15              THE COURT:  ALL RIGHT.  THANK YOU.

03:13PM  16         AND RETAIN THE THREE STRIKES FOR EACH SIDE FOR THE

03:13PM  17    ALTERNATES?

03:13PM  18              MR. SCHENK:  YES, YOUR HONOR.

03:13PM  19              THE COURT:  MR. COOPERSMITH.

03:13PM  20              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:13PM  21         WE UNDERSTAND THE PROPOSAL.  WE ARE GOING TO NEED TO

03:13PM  22    DISCUSS THAT WITH OUR CLIENT BEFORE WE CAN RESPOND TO THE

03:13PM  23    COURT.  SO WITH THE COURT'S INDULGENCE, WE WOULD LIKE TO DO

03:13PM  24    THAT.

03:13PM  25              THE COURT:  ALL RIGHT.  THANK YOU.  LET'S TAKE A

03:13PM 1    BRIEF RECESS.

03:13PM 2         I'M SORRY, MR. SCHENK?

03:13PM 3              MR. SCHENK:  I JUST WANT TO PUT SOMETHING ON A

03:13PM 4    SEPARATE ISSUE ON THE RECORD.

03:14PM 5              THE COURT:  YES.

03:14PM 6              MR. SCHENK:  YOUR HONOR, WHEN WE WERE CLOSING OUR

03:14PM 7    INDIVIDUAL VOIR DIRE, MR. COOPERSMITH READ TO THE COURT A LIST

03:14PM 8    OF NUMBERS SAYING THAT THE DEFENSE HAD BEEN REQUESTING TO

03:14PM 9    INDIVIDUALLY VOIR DIRE JURORS WHO KNEW ABOUT THE RELATIONSHIP

03:14PM 10   AND WHO WERE FAMILIAR WITH THE CONVICTION AND SUGGESTED THERE

03:14PM 11   WAS A LIST OF JURORS WHO KNEW ABOUT THE RELATIONSHIP THAT WE

03:14PM 12   DID NOT INDIVIDUALLY VOIR DIRE.

03:14PM 13        AND MR. COOPERSMITH TOLD THE COURT THOSE NUMBERS WERE 202,

03:14PM 14   185, 209, 216, AND 221.

03:14PM 15        WHAT HE DIDN'T TELL THE COURT, THOUGH, IS THAT THERE'S AN

03:14PM 16   IMPORTANT DIFFERENCE BETWEEN JURORS WHO KNEW ABOUT THE

03:14PM 17   RELATIONSHIP.  THOSE NUMBERS WERE PEOPLE WHO RAISED THEIR HAND

03:14PM 18   AND SAID THAT THEY KNEW ABOUT THE ROMANTIC RELATIONSHIP, A FACT

03:14PM 19   MR. COOPERSMITH TOLD THEM IN VOIR DIRE TODAY.

03:14PM 20        THE QUESTIONNAIRE ASKED IF ANYBODY KNEW ABOUT A

03:14PM 21   RELATIONSHIP BETWEEN HOLMES AND BALWANI.

03:14PM 22        TODAY IN VOIR DIRE MR. COOPERSMITH SAID, DOES ANYBODY KNOW

03:15PM 23   ABOUT A ROMANTIC RELATIONSHIP BETWEEN THE TWO OF THEM, ACTUALLY

03:15PM 24   I THINK IN MORE SUGGESTIVE LANGUAGE, AND SOME OF THE JURORS I

03:15PM 25   JUST READ TO THE COURT RESPONDED YES.

03:15PM  1        MR. COOPERSMITH, IN ATTORNEY CONDUCTED VOIR DIRE, FOLLOWED

03:15PM  2   UP WITH JURORS AND ASKED, OF THE ONES WHO KNOW ABOUT THE

03:15PM  3   ROMANTIC RELATIONSHIP, WHO HAS VIEWS ABOUT MR. BALWANI THAT

03:15PM  4   WILL AFFECT THEIR ABILITY TO BE FAIR?

03:15PM  5        TWO RESPONDED:  196 AND 210.  WE DID INDIVIDUALLY VOIR

03:15PM  6   DIRE 196 AND 210.

03:15PM  7        SO TO SUGGEST THAT WE SHOULD INDIVIDUALLY VOIR DIRE THESE

03:15PM  8   OTHER JURORS WHO KNEW ABOUT THE RELATIONSHIP, A THING THAT

03:15PM  9   MR. COOPERSMITH CAUSED, IS NOT NECESSARY.

03:15PM 10        AND I JUST WANT TO PUT ON THE RECORD THERE'S NO

03:15PM 11   INSUFFICIENT INDIVIDUAL VOIR DIRE THAT OCCURRED TODAY ON THE

03:15PM 12   QUESTION OF THE RELATIONSHIP.  WE TALKED TO THE JURORS TODAY

03:15PM 13   THAT EXPRESSED A CONCERN ABOUT THEIR ABILITY TO BE FAIR TO

03:16PM 14   MR. BALWANI IN LIGHT OF THE RELATIONSHIP.

03:16PM 15        THANK YOU.

03:16PM 16            THE COURT:  THANK YOU.  THAT'S THE COURT'S

03:16PM 17   RECOLLECTION, THAT THE TWO RAISED THEIR HAND IN RESPONSE TO THE

03:16PM 18   QUESTION.

03:16PM 19            MR. COOPERSMITH:  YOUR HONOR, ON THAT POINT, THE

03:16PM 20   RECORD WILL SPEAK FOR ITSELF AND I DON'T HAVE ANYTHING TO ADD

03:16PM 21   TO THAT RIGHT NOW.

03:16PM 22        BUT WHAT I WOULD LIKE TO PUT ON THE RECORD, THOUGH, IS

03:16PM 23   THAT WE BELIEVED -- AND WE HAVE SAID THIS, YOU KNOW, SEVERAL

03:16PM 24   TIMES THROUGHOUT THIS WHOLE PROCESS FOR SELECTING A JURY --

03:16PM 25   THAT FOR JURORS WHO KNOW IN PARTICULAR ABOUT THE ABUSE

03:16PM  1    ALLEGATIONS OR WHO KNOW ABOUT THE PRIOR CONVICTION, WE THINK

03:16PM  2    THOSE JURORS -- AND ALWAYS HAVE BELIEVED -- THOSE ARE TOO

03:16PM  3    DANGEROUS TO PUT ON THE JURY.

03:16PM  4        WHAT WE HAVE DONE, THOUGH, INCLUDING TODAY, AND JUST A FEW

03:16PM  5    MINUTES AGO, IS WE HAVE NOT AGAIN MOVED FOR CAUSE FOR JURORS

03:16PM  6    THAT WE UNDERSTAND THE COURT WAS NOT INCLINED TO STRIKE JURORS

03:16PM  7    ON A WHOLESALE BASIS JUST BECAUSE OF THEIR KNOWLEDGE OF THE

03:16PM  8    ABUSE ALLEGATIONS OR CONVICTIONS.

03:16PM  9        SO BASED ON THAT RECORD WE HAVE ALREADY ESTABLISHED, WE

03:16PM  10   DIDN'T WANT TO WASTE ANYONE'S TIME AND CONTINUE TO MOVE FOR

03:17PM  11   CAUSE WITH THE SAME ARGUMENT THAT WE KNEW WOULDN'T SUCCEED

03:17PM  12   WHICH THE COURT ALREADY RULED ON.

03:17PM  13       SO FOR THE RECORD, WE DO OBJECT TO JURORS WHO KNOW ABOUT

03:17PM  14   THE CONVICTION AND THE ABUSE, BUT WE UNDERSTAND HOW THE COURT

03:17PM  15   HAS RULED ON THAT AND THAT'S HOW WE PROCEEDED.

03:17PM  16            THE COURT:  OKAY.

03:17PM  17            MR. COOPERSMITH:  AND FINALLY, YOUR HONOR, I THINK

03:17PM  18   WE LEFT OFF ONE THING, WHICH IS WE NEVER GOT TO JUROR 210 TO

03:17PM  19   DISCUSS THAT JUROR NOW THAT I'M LOOKING AT MY NOTES AGAIN.

03:17PM  20       JUROR 210 WAS THE GENTLEMAN WHO CAME IN I THINK LAST OF

03:17PM  21   THE INDIVIDUAL VOIR DIRES THAT WE JUST CONDUCTED HERE IN THE

03:17PM  22   DELIBERATION ROOM.

03:17PM  23       I DON'T THINK WE HAD ANY DISCUSSION ABOUT HIM.  WE DO

03:17PM  24   THINK THAT'S ANOTHER JUROR, AND I'M SORRY TO SAY, WE HAVE REAL

03:17PM  25   CONCERN ABOUT.

03:17PM 1          AND HE WAS VERY HONEST, AND I THINK WHAT HE ULTIMATELY

03:17PM 2     SAID WAS THAT HE DIDN'T THINK THAT, YOU KNOW, HE WOULD BE -- I

03:17PM 3     THINK HE VOLUNTEERED THIS, AS I RECALL IT.  THAT HE DIDN'T

03:17PM 4     THINK HE COULD BE -- HE DIDN'T THINK IT WAS -- HE WOULD BE A

03:17PM 5     GOOD JUROR FOR THIS CASE BECAUSE OF HIS VIEWS ABOUT THE CASE

03:18PM 6     AND WHAT HE KNOWS ABOUT THE CASE WAS THE RELATIONSHIP, HE KNEW

03:18PM 7     ABOUT THE CONVICTION.

03:18PM 8          AND ALTHOUGH HE ULTIMATELY ANSWERED THE QUESTION AND SAID

03:18PM 9     HE WOULD TRY TO BE FAIR, WE THINK THERE WAS ENOUGH THERE THAT

03:18PM 10    HE FELT LIKE WITH HIS KNOWLEDGE OF THE RELATIONSHIP AND THE

03:18PM 11    CONVICTION, HE WOULD THINK MR. BALWANI WAS RESPONSIBLE.

03:18PM 12         AND WE THINK, UNFORTUNATELY, THAT'S ANOTHER JUROR WE WOULD

03:18PM 13    PUT ON THE RECORD WE WOULD MOVE FOR CAUSE.

03:18PM 14              THE COURT:  OKAY.

03:18PM 15         MR. SCHENK.

03:18PM 16              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OPPOSES

03:18PM 17    EXCUSING 210 FOR CAUSE.

03:18PM 18         210 TOLD US THAT HE WAS WILLING TO LOOK AT JUST WHAT I

03:18PM 19    HEAR HERE IN COURT.

03:18PM 20         MR. COOPERSMITH ASKED HIM IF HE HAD A VIEW ON THE

03:18PM 21    ELIZABETH HOLMES TRIAL, AND HE SAID HE HAD NO VIEW ON WHETHER

03:18PM 22    THAT TRIAL WAS CORRECT OR NOT.

03:18PM 23         HE TOLD US THAT HE IS AN ENGINEER AND HAS TRAINING IN THAT

03:18PM 24    FIELD, AND HE ACTUALLY I THINK WAS SUGGESTING THAT IT IS

03:18PM 25    BECAUSE OF THAT TRAINING, HE BELIEVES THAT HE CAN SEPARATE WHAT

HE HAS PREVIOUSLY HEARD ABOUT OR HIS VIEWS FROM WHAT HE'S BEING

ASKED TO DO AS A JUROR, AND THAT IS TO EVALUATE THE EVIDENCE

HERE IN THE COURTROOM.

SO WITH 210, WE HAVE SOMETHING ACTUALLY MORE THAN WE'VE

HAD WITH OTHER JURORS, AND THAT IS A RECOGNITION OF THIS

INFORMATION ATTRIBUTION IDEA:  I HAVE HEARD OTHER THINGS ABOUT

THIS CASE, I KNOW THE SOURCE, AND I HAVE TRAINING THAT WILL

HELP ME SEPARATE WHAT I'VE HEARD IN THE PAST FROM MY JOB AS A

JUROR AND EVALUATING WHAT I HEAR IN THE COURTROOM AND USING

ONLY THAT INFORMATION TO REACH A VERDICT.

AND I THINK BECAUSE OF THAT THOUGHTFUL ANSWER, WE DO NOT

NEED TO EXCUSE 210 FOR CAUSE.

MR. COOPERSMITH:  THE ONLY THING I'LL SAY IN

ADDITION OTHER THAN WHAT I HAVE ALREADY SAID, YOUR HONOR, IS

THAT I BELIEVE THE JUROR WHO SAID THAT HE HAD TRAINING IN HIS

JOB TO BE ABLE TO COMPARTMENTALIZE WAS JUROR 207.  HE WAS THE

GENTLEMAN WHO SAID WHEN HE DID PERFORMANCE REVIEWS, SOMETIMES

IT WAS NECESSARY TO PUT OTHER FACTS OUT OF HIS MIND.

I DO NOT RECALL THAT, UNLESS SOMEONE CORRECTS ME, WITH

210.

THE COURT:  NO, YOU'RE CORRECT.  207 TOLD US ABOUT

THE TRAINING THAT HE HAD FOR UNCONSCIOUS BIAS.

MR. COOPERSMITH:  RIGHT.

THE COURT:  BUT I DO BELIEVE THAT HE, 210, TOLD US

HE COULD FORGET HIS EMOTION.  HE'S AN ENGINEER AND HE CAN DO

1      IT.

2          AND WHEN HE WAS TALKING ABOUT SEPARATING THOSE TWO, HE

3      SAID HE'S WILLING TO BE FAIR, I WILL TAKE IT SERIOUSLY.

4          AND HE DID KNOW OF THE GUILTY VERDICT IN MS. HOLMES'S

5      CASE.  HE DIDN'T KNOW WHAT COUNTS OR ANYTHING.  I THINK HE SAID

6      THERE WAS GUILTY.

7          AND IN RESPONSE TO YOUR QUESTION, HE SAID, I HAVE NO VIEW

8      WHETHER THAT VERDICT IS CORRECT OR NOT.  HE DIDN'T.

9          HE TALKED ABOUT AND TOLD US HE'S AN ENGINEER TO TELL US --

10     I TOOK THAT TO MEAN HE CAN PARSE THINGS, AND SEPARATE THINGS.

11         SO I'M NOT GOING TO -- I DO BELIEVE THAT HE HAS EXPRESSED

12     KNOWLEDGE OF SEPARATING WHAT HE HAS READ, HEARD, AND LEARNED

13     ABOUT IN THE CASE PREVIOUSLY.  HE RECOGNIZES HIS

14     RESPONSIBILITIES, THE RESPONSIBILITIES OF A JUROR HERE TO

15     SEPARATE ALL OF THAT.  HE TOLD US HE COULD DO IT AND I TAKE HIM

16     AT HIS WORD.

17         JUST WATCHING THE DEMEANOR AND NATURE AND QUALITY OF HIS

18     RESPONSES TO THOSE QUESTIONS AS WELL, WE'RE SITTING HERE IN

19     SOMEWHAT INTIMACY AROUND THE TABLE HERE AND WE'RE CLOSER TO OUR

20     PROSPECTIVE JURORS THAN WE WERE OUT IN THE BOX, AND I WAS

21     STRUCK BY THAT AS HE LOOKED US IN THE EYE AND ANSWERED THOSE

22     QUESTIONS.

23         SO I'M NOT GOING TO STRIKE HIM FOR CAUSE.  BUT THANK YOU

24     FOR RAISING THAT.

25         LET'S TAKE A RECESS.  WE WILL REPOSITION THE JURORS.

03:22PM 1   YOU'LL TALK TO YOUR FOLKS AND WE'LL GIVE YOU A CHANCE FOR A

03:22PM 2   BREAK AND THEN WE'LL RECONVENE.

03:22PM 3                 MR. COOPERSMITH:  THANK YOU.

03:22PM 4                 MR. SCHENK:  THANK YOU.

03:22PM 5            (END OF DISCUSSION AT SIDE-BAR.)

03:24PM 6                 THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

03:24PM 7   ALL COUNSEL ARE PRESENT.  THE PROSPECTIVE PANEL IS PRESENT.

03:24PM 8            LADIES AND GENTLEMEN, THANK YOU AGAIN FOR YOUR PATIENCE.

03:24PM 9            WE'RE PERILOUSLY CLOSE TO FINISHING OUR DAY TODAY.

03:24PM 10           WHAT I AM GOING TO DO IS THAT I NEED YOU TO -- I'M GOING

03:24PM 11  TO HAVE OUR COURTROOM DEPUTY TO ESCORT YOU TO THE NEXT

03:24PM 12  COURTROOM, THE ROOM THAT WOULD BE USED FOR DELIBERATIONS, AND

03:24PM 13  I'M JUST GOING TO HAVE YOU STAY THERE FOR A MOMENT WHILE I

03:24PM 14  SPEAK ONCE AGAIN WITH THESE LAWYERS PRIVATELY, AND THEN WE'LL

03:24PM 15  BE ABLE TO SUMMON YOU BACK AND I EXPECT CONCLUDE OUR COURT DAY

03:24PM 16  SHORTLY.

03:24PM 17           SO, MS. ROBINSON, IF YOU COULD ESCORT OUR PROSPECTIVE

03:24PM 18  PANEL INTO THE COURTROOM.

03:24PM 19           (PROSPECTIVE JURY PANEL OUT AT 3:24 P.M.)

03:26PM 20                THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

03:26PM 21  YOU.

03:26PM 22           THE RECORD SHOULD REFLECT THAT OUR PROSPECTIVE PANEL HAVE

03:26PM 23  LEFT THE COURTROOM.  THEY WILL COLLECT THEMSELVES NEXT DOOR.

03:26PM 24           COUNSEL, WE'LL TAKE A BRIEF RECESS TO ALLOW YOU TO DISCUSS

03:26PM 25  AND ASSESS THINGS WITH YOUR TEAMS, I'LL COME BACK, AND WE'LL

03:26PM 1    SEE WHAT STEPS WE TAKE NEXT.

03:26PM 2         ANYTHING FURTHER BEFORE I STEP DOWN?

03:26PM 3              MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.

03:26PM 4              MR. COOPERSMITH:  HOW LONG A BREAK WOULD YOU --

03:26PM 5              THE COURT:  WHAT WOULD YOU LIKE?

03:26PM 6              MR. COOPERSMITH:  WE HAVE A FEW THINGS TO DISCUSS,

03:26PM 7    SO IF WE CAN HAVE 20 MINUTES?  IS THAT ACCEPTABLE?

03:26PM 8              THE COURT:  LET'S SEE.  IS IT 3:30, 3:25?  SHOULD WE

03:27PM 9    COME BACK AT QUARTER TILL THE HOUR?  WOULD THAT WORK?

03:27PM 10             MR. COOPERSMITH:  YES, YOUR HONOR.

03:27PM 11             THE COURT:  OKAY.  WE'LL SEE YOU THEN.  THANK YOU.

03:27PM 12        (RECESS FROM 3:27 P.M. UNTIL 3:47 P.M.)

03:47PM 13             THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

03:47PM 14   SEATED.  THANK YOU AGAIN FOR YOUR COURTESY.

03:47PM 15        WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT.

03:47PM 16   MR. BALWANI IS PRESENT.

03:47PM 17        WE'RE OUTSIDE OF THE PRESENCE OF OUR PROSPECTIVE JURY

03:48PM 18   PANELS.

03:48PM 19        UPDATE?  DO COUNSEL WANT TO UPDATE ME ON THE STATUS OF

03:48PM 20   THINGS?

03:48PM 21             MR. COOPERSMITH:  YES, YOUR HONOR.

03:48PM 22        SO THANK YOU FOR THE TIME FOR HAVING US CONFER.  I

03:48PM 23   APPRECIATE THAT.

03:48PM 24        WE DON'T OBJECT TO THE GOVERNMENT'S SUGGESTION THAT WE --

03:48PM 25   THEY GIVE UP ONE OF THEIR TWO STRIKES.  THEY HAVE ONE STRIKE

03:48PM 1    FOR THE GROUP OF 12 IN THE PASSING THE SHEET PROCESS, AND WE'LL

03:48PM 2    RETAIN OUR THREE STRIKES, AND THEN EACH SIDE WOULD HAVE THREE

03:48PM 3    STRIKES WHEN WE DEAL WITH THE ALTERNATE JURORS.

03:48PM 4            THE COURT:  ALL RIGHT.

03:48PM 5            MR. COOPERSMITH:  SO WE DON'T OBJECT TO THAT, AND I

03:48PM 6    THINK IT'S A CREATIVE SOLUTION THAT ALLOWS US TO MOVE FORWARD

03:48PM 7    UNDER THE CIRCUMSTANCES.

03:48PM 8        I JUST WANT TO CLARIFY THREE THINGS SO WE'RE REALLY CLEAR.

03:48PM 9    THERE WERE THREE JURORS, 131 -- I DON'T KNOW IF THE COURT HAS

03:48PM 10   RULED YET ON WHAT THE COURT WILL DO YET WITH 131, WHO HAS A

03:48PM 11   HARDSHIP IN THE CASE.

03:48PM 12       AND THEN JUST SO I'M CLEAR, I THINK 179 IS A JUROR WHO WAS

03:49PM 13   NOT ABLE TO COME TODAY BECAUSE OF A DOCTOR APPOINTMENT.  I WANT

03:49PM 14   TO MAKE SURE THAT THAT MEANS JUST FOR TODAY, BUT THE PERSON IS

03:49PM 15   STILL IN THE POOL.

03:49PM 16       AND THEN THE OTHER ONE WAS 206, WHO DIDN'T APPEAR TODAY

03:49PM 17   BECAUSE I BELIEVE OF A SICK CHILD SITUATION.

03:49PM 18       SO 206, AS I UNDERSTAND IT, IS NOT ELIGIBLE ANYMORE.

03:49PM 19       179 IS STILL ELIGIBLE BECAUSE IT WAS JUST A DOCTOR'S

03:49PM 20   APPOINTMENT TODAY.

03:49PM 21       AND 131 THE COURT WOULD HAVE TO RULE ON THAT.

03:49PM 22       I WANTED TO MAKE SURE WE CLARIFY THOSE THREE THINGS.

03:49PM 23            THE COURT:  MR. SCHENK.

03:49PM 24            MR. SCHENK:  I AGREE 131 CAN BE EXCUSED FOR

03:49PM 25   HARDSHIP.  THAT WOULD LEAVE US WITH NINE JURORS IN THE BOX.

03:49PM 1    MY UNDERSTANDING IS THAT THE ISSUE WITH 179 WAS JUST

03:49PM 2    TODAY, AND THAT 179 WOULD BE OUR FIRST REMAINING JUROR FROM

03:49PM 3    PANEL NUMBER 2 AND AVAILABLE GOING FORWARD.

03:50PM 4    NO SIDE HAS EXERCISED ANY STRIKES AND THERE HAVEN'T BEEN

03:50PM 5    RULINGS FROM THE COURT SUGGESTING CAUSE OR HARDSHIP FOR 179.

03:50PM 6    SO OTHER THAN AN UNAVAILABILITY TO COME TO THE COURTHOUSE

03:50PM 7    TODAY, 179 IS AVAILABLE AS A JUROR GOING FORWARD.

03:50PM 8    AND THEN WAS THE NUMBER 206?

03:50PM 9    MR. COOPERSMITH:  YES.

03:50PM 10    MR. SCHENK:  IF A JUROR DOESN'T SHOW, THEY'RE NOT

03:50PM 11    AVAILABLE, THEY DIDN'T PARTICIPATE IN THE VOIR DIRE.

03:50PM 12    THE COURT:  AND 206 I BELIEVE RANG THE COURT EARLY

03:50PM 13    THIS MORNING AND TALKED ABOUT CHILDCARE ISSUES.

03:50PM 14    MR. COOPERSMITH:  YES, YOUR HONOR.

03:50PM 15    THE COURT:  AND DID NOT APPEAR TODAY.  SO THAT JUROR

03:50PM 16    IS NOT IN THE POOL AND IS OTHERWISE STRICKEN.

03:50PM 17    179, WE RECEIVED INFORMATION ABOUT A DOCTOR'S APPOINTMENT

03:50PM 18    TODAY, AND THAT'S THE ONLY INFORMATION THAT I HAVE.

03:50PM 19    SO MY ASSUMPTION IS THAT 179 HAS NOT BEEN EXCUSED, HAS NOT

03:50PM 20    BEEN TOLD THAT THEY ARE EXCUSED.  SO THEY ARE STILL IN THE MIX

03:51PM 21    AS FAR AS THE COURT IS CONCERNED.

03:51PM 22    AND, MS. ROBINSON, HAVE WE HEARD ANYTHING ELSE FROM

03:51PM 23    JUROR 179 OR THE COMMISSIONER REGARDING THAT JUROR STATUS?

03:51PM 24    THE CLERK:  NOTHING FURTHER.

03:51PM 25    THE COURT:  OKAY.  SO THE PRESUMPTION IS THAT THAT

03:51PM 1   IS CORRECT, MR. COOPERSMITH, THAT THAT JUROR IS STILL IN THE

03:51PM 2   MIX.

03:51PM 3       MR. SCHENK.

03:51PM 4           MR. SCHENK:  YES, YOUR HONOR, WE AGREE.

03:51PM 5           THE COURT:  OKAY.  I WILL STRIKE 131.  I DO WANT TO

03:51PM 6   SPEAK WITH 131 BEFORE SHE LEAVES TODAY.  WE'LL BRING HER IN.

03:51PM 7       ARE WE THEN READY TO -- LET ME UNDERSTAND, THE GOVERNMENT

03:51PM 8   IS WILLING AND IS OFFERING TO RELIEVE ITSELF OF ONE OF ITS

03:51PM 9   STRIKES, WHICH WOULD MEAN THAT THE DEFENSE WOULD HAVE THREE AND

03:51PM 10  THE GOVERNMENT WOULD HAVE ONE FOR THE 12.

03:51PM 11      IS THAT ACCURATE?

03:51PM 12          MR. SCHENK:  YES, YOUR HONOR, THAT'S ACCURATE.

03:51PM 13          THE COURT:  ALL RIGHT.  THANK YOU.

03:52PM 14      AND THEN TO START THAT PROCESS, WHAT ARE YOUR THOUGHTS

03:52PM 15  ABOUT THAT?  SHOULD THE DEFENSE GO FIRST WITH THEIR FIRST

03:52PM 16  STRIKE AND THEN PASS TO THE GOVERNMENT?

03:52PM 17      MR. COOPERSMITH?

03:52PM 18          MR. COOPERSMITH:  I THINK IT SHOULD PROCEED IN THE

03:52PM 19  NORMAL FASHION, THE GOVERNMENT GETS A STRIKE, THE DEFENSE

03:52PM 20  GETS --

03:52PM 21          THE COURT:  THREE.

03:52PM 22          MR. COOPERSMITH:  I GUESS THREE, RIGHT?  THAT WOULD

03:52PM 23  BE IT.

03:52PM 24          THE COURT:  ARE YOU WILLING TO WAIVE SOME?  IS THAT

03:52PM 25  YOUR HESITATION?

03:52PM   1              MR. COOPERSMITH:  NO, NO HESITATION.  I THINK THAT'S

03:52PM   2    WHAT IT IS.  THANK YOU.

03:52PM   3              THE COURT:  ALL RIGHT.

03:52PM   4         MR. SCHENK?

03:52PM   5              MR. SCHENK:  WE'RE FINE WITH THAT.  I THINK WE

03:52PM   6    SHOULD CONFIRM THE NINE THAT ARE IN THE BOX.

03:52PM   7              THE COURT:  YES.  THAT'S THE NEXT STEP.

03:52PM   8         ALL RIGHT.  THANK YOU.

03:52PM   9         SO THE GOVERNMENT WILL EXERCISE THEIR STRIKE ONCE WE GET

03:52PM  10    TO THAT PART OF PASSING THE SHEET, AND THEN YOU WILL HAVE --

03:52PM  11    UNLESS THEY PASS -- AND THEN YOU WILL HAVE THREE TOTAL STRIKES.

03:52PM  12              MR. COOPERSMITH:  RIGHT.  YES, YOUR HONOR.

03:52PM  13              THE COURT:  OKAY.  AND LET'S -- WHY DON'T YOU --

03:53PM  14    MR. SCHENK, IF YOU WANT TO SING OUT AND CALL THE NUMBERS FOR

03:53PM  15    THE EIGHT SEATS THAT WE HAVE AVAILABLE.

03:53PM  16         MR. COOPERSMITH, I'LL ASK YOUR TEAM TO PAY ATTENTION AND

03:53PM  17    VERIFY IT BEFORE WE START THE PROCESS.

03:53PM  18         MR. SCHENK.

03:53PM  19              MR. SCHENK:  YES, YOUR HONOR.

03:53PM  20         LET ME JUST CONFIRM, WHAT THE COURT WANTS IS THE NUMBERS

03:53PM  21    FOR THE JURORS THAT WE SHOULD BE SELECTING AMONG, OR THE JURORS

03:53PM  22    THAT ARE REMAINING GIVEN THE COURT'S EXCUSE?

03:53PM  23              THE COURT:  WELL, I THINK WE CAN DO BOTH, CAN'T WE?

03:53PM  24              MR. SCHENK:  YES.

03:53PM  25              THE COURT:  I THINK WE SHOULD DO BOTH JUST FOR

03:53PM  1    CLARITY.

03:53PM  2            MR. SCHENK:  SO THE REMAINING JURORS, JUROR NUMBER 1

03:53PM  3    IS JUROR 67;

03:53PM  4        JUROR NUMBER 2 IS 102;

03:53PM  5        JUROR NUMBER 3 IS 108;

03:53PM  6        JUROR NUMBER 4 IS 109;

03:53PM  7        JUROR NUMBER 5 IS 114;

03:54PM  8        JUROR NUMBER 6 IS 116.

03:54PM  9        JUROR NUMBER 7 IS 125;

03:54PM  10       JUROR NUMBER 8 IS 129; AND,

03:54PM  11       JUROR NUMBER 9 IS 133.

03:54PM  12       AND THEN WE HAVE THREE EMPTY SEATS IN THE BOX.

03:54PM  13           MR. COOPERSMITH:  WE AGREE WITH THAT, YOUR HONOR.

03:54PM  14           THE COURT:  ALL RIGHT.  THANK YOU.

03:54PM  15           MR. SCHENK:  AND THEN WE HAVE SIX JURORS THAT WOULD

03:54PM  16   BE THE FIRST GROUP, AND WE GET THOSE FROM THE ALTERNATES AND

03:54PM  17   THE TWO LEFT OVER FROM PANEL NUMBER 2.

03:54PM  18       SO OUR REMAINING SORT OF NEXT GROUP ARE 142;

03:54PM  19       164;

03:54PM  20       169; AND,

03:54PM  21       170.

03:54PM  22       THOSE ARE OUR FOUR REMAINING ALTERNATES FOLLOWING FRIDAY'S

03:55PM  23   SELECTION.

03:55PM  24       I'M SORRY.  LET ME START THAT AGAIN.

03:55PM  25       142;

03:55PM  1          164;

03:55PM  2          167;

03:55PM  3          169; AND,

03:55PM  4          170.

03:55PM  5          THOSE ARE THE REMAINING ALTERNATES FOLLOWING THE PROCESS

03:55PM  6     ON FRIDAY.

03:55PM  7          AND THEN 179 AND 181 ARE THE LEFTOVER JURORS FROM PANEL

03:55PM  8     NUMBER 2.

03:55PM  9          AND THEN I CAN MOVE ON TO TODAY.

03:55PM 10              THE COURT:  DO YOU AGREE WITH THAT CALCULATION,

03:55PM 11     MR. COOPERSMITH?

03:55PM 12              MR. COOPERSMITH:  YES, YOUR HONOR.

03:55PM 13          MY UNDERSTANDING, THOUGH, IS WHEN WE DEAL WITH THE

03:55PM 14     STRIKES, PEREMPTORY STRIKES FOR THE ALTERNATE BOX, THAT ALL OF

03:55PM 15     THE POTENTIAL ALTERNATES ARE IN PLAY FOR PEREMPTORY STRIKES.

03:55PM 16     IS THAT --

03:55PM 17              THE COURT:  THAT'S WHAT WE'RE GOING TO -- I THINK

03:55PM 18     THAT'S WHAT YOU'RE GOING TO SPEAK TO NEXT, MR. SCHENK?

03:55PM 19              MR. SCHENK:  CAN YOU ASK THAT QUESTION AGAIN?  I

03:56PM 20     DIDN'T UNDERSTAND IT.

03:56PM 21              MR. COOPERSMITH:  LET ME SEE IF I CAN REPHRASE.

03:56PM 22          SO RIGHT NOW, AS WE STAND HERE RIGHT NOW, WE DON'T HAVE

03:56PM 23     ANY ALTERNATE JURORS.  WE'RE GOING TO SELECT AN ALTERNATE JURY,

03:56PM 24     AND WHEN THE PARTIES EXERCISE PEREMPTORY STRIKES, THEY WILL BE

03:56PM 25     ABLE TO STRIKE ANY JUROR WHO IS ELIGIBLE TO SERVE AS AN

03:56PM 1    ALTERNATE JUROR WITH A PEREMPTORY STRIKE, IN OTHER WORDS, WE

03:56PM 2    HAD NOT LOCKED IN ANY ALTERNATE JURORS THE WAY WE HAD LOCKED IN

03:56PM 3    NINE FOR THE MAIN JURY.

03:56PM 4         MR. SCHENK:  YES, THAT'S CORRECT.

03:56PM 5         OUR POOL OF AVAILABLE JURORS BEGINS AT 142, SO WHEN THE

03:56PM 6    GOVERNMENT RECEIVES THE SHEET AND MAKES A DECISION ABOUT

03:56PM 7    EXERCISING THAT FIRST STRIKE, IT CAN STRIKE ANYBODY WITHIN THE

03:56PM 8    FIRST THREE:  142, 164, OR 167 BECAUSE WE HAVE THREE AVAILABLE

03:56PM 9    SEATS IN THE BOX.

03:56PM 10        IF THE GOVERNMENT STRIKES ONE OF THOSE, THEN THE DEFENSE

03:56PM 11   GETS TO STRIKE DOWN TO 169 WITH ITS FIRST STRIKE, AND EACH

03:56PM 12   STRIKE MAKES ONE MORE JUROR AVAILABLE AS AN IN-THE-BOX JUROR,

03:57PM 13   AND THEN WE COMPLETE THE IN-THE-BOX PROCESS.

03:57PM 14        AND THEN WE DO THE SAME THING FOR SIX JURORS FOR

03:57PM 15   ALTERNATES.

03:57PM 16        THE COURT:  FOR ALTERNATES.

03:57PM 17        MR. COOPERSMITH:  THAT'S MY UNDERSTANDING,

03:57PM 18   YOUR HONOR.  THANK YOU.

03:57PM 19        TO ANSWER YOUR OTHER QUESTION, I THINK MR. SCHENK SAID

03:57PM 20   142, 164, 167, 169, 170, 179, AND 181, THOSE ARE ALL JURORS

03:57PM 21   ELIGIBLE TO BE ALTERNATE JURORS -- ELIGIBLE TO BE JURORS I

03:57PM 22   SHOULD SAY, PERIOD.  AND THOSE WERE THE JURORS LEFT OVER FROM

03:57PM 23   PANEL 2 I BELIEVE.

03:57PM 24        THE COURT:  THOSE ARE THE LEFTOVERS FROM PANEL 2,

03:57PM 25   THAT'S CORRECT.

03:57PM   1          MR. COOPERSMITH:  YES.

03:57PM   2          THE COURT:  AND WE'RE GOING THROUGH -- THE FIRST

03:57PM   3   SELECTION PROCESS WILL BE TO FILL THE 12 SEATS IN THE BOX, AND

03:57PM   4   ONCE -- I'M GOING TO ASK YOU IF YOU'RE READY TO PASS THE SHEET

03:57PM   5   IN JUST A MOMENT.

03:57PM   6       ONCE THAT IS COMPLETED, THEN WE'LL ENGAGE THE SELECTION

03:57PM   7   PROCESS FOR THE SIX ALTERNATES.

03:57PM   8          MR. COOPERSMITH:  YES, YOUR HONOR.

03:57PM   9          THE COURT:  DOES THAT MAKE SENSE?

03:57PM  10          MR. SCHENK:  YES.

03:57PM  11          THE COURT:  OKAY.

03:57PM  12          MR. SCHENK:  THERE ARE A FEW JURORS THAT ARE

03:58PM  13   AVAILABLE TO US FROM TODAY'S PROCESS, AND TO MAKE SURE WE'RE ON

03:58PM  14   THE SAME PAGE, I'M HAPPY TO READ THOSE NUMBERS AS WELL.

03:58PM  15          THE COURT:  YES.

03:58PM  16          MR. SCHENK:  184;

03:58PM  17       185;

03:58PM  18       187;

03:58PM  19       191;

03:58PM  20       195.

03:58PM  21       I BELIEVE THE COURT STRUCK 196 FOR CAUSE.

03:58PM  22       THAT LEAVES 197.

03:58PM  23       THE COURT STRUCK 198 FOR CAUSE.

03:58PM  24          MR. COOPERSMITH:  YOUR HONOR, JUST A CORRECTION.

03:58PM  25   THE COURT I BELIEVE STRUCK 198 FOR HARDSHIP.

03:58PM   1                      THE COURT:  FOR HARDSHIP.

03:58PM   2                      MR. SCHENK:  YES, THAT'S CORRECT.

03:58PM   3              THE NEXT JUROR AVAILABLE IS 207;

03:59PM   4              210;

03:59PM   5              216;

03:59PM   6              221;

03:59PM   7              225; AND,

03:59PM   8              237.

03:59PM   9                      MR. COOPERSMITH:  CAN I QUICKLY CONFER WITH MY TEAM?

03:59PM  10              (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:59PM  11                      THE COURT:  209?

03:59PM  12                      MR. COOPERSMITH:  209 WAS STRUCK FOR CAUSE,

03:59PM  13      YOUR HONOR.

03:59PM  14           THE LIST IS CORRECT, YOUR HONOR.

03:59PM  15                      THE COURT:  OKAY.  THANK YOU.  THANK YOU FOR THAT.

04:00PM  16           ALL RIGHT.  SO WE HAVE ESTABLISHED THEN THE UNIVERSE OF

04:00PM  17      JURORS AVAILABLE FOR THE SELECTION PROCESS.

04:00PM  18           WE'VE ESTABLISHED THE PROTOCOL FOR THE SELECTION PROCESS.

04:00PM  19           SHOULD THAT PROCESS NOW BEGIN?

04:00PM  20                      MR. SCHENK:  YES, YOUR HONOR.

04:00PM  21                      MR. COOPERSMITH:  YES, YOUR HONOR.

04:00PM  22                      THE COURT:  OKAY.  DO WE HAVE THE SHEET?

04:00PM  23                      THE CLERK:  I AM -- I DIDN'T KNOW WHO WAS EXCUSED.

04:00PM  24                      THE COURT:  OH, NO, GO AHEAD.

04:00PM  25                      THE CLERK:  OKAY.

04:00PM 1        THE COURT:  FINISH THAT, AND WE'LL GIVE YOU THE

04:00PM 2   SHEET, AND THEN WE'LL START THAT.

04:00PM 3      WELL, ONE THING AT A TIME.  LET'S SEE HOW FAR WE GET

04:00PM 4   TODAY.

04:02PM 5      (PAUSE IN PROCEEDINGS.)

04:07PM 6        THE COURT:  YOU CAN START YOUR SELECTION PROCESS.

04:07PM 7        MR. SCHENK:  YES.

04:07PM 8        THE COURT:  SURE.  GO RIGHT AHEAD.  THANK YOU.

04:10PM 9      (PAUSE IN PROCEEDINGS PENDING THE JURY SELECTION.)

04:15PM 10        MR. SCHENK:  YOUR HONOR, EACH SIDE PASSED, SO I'M

04:16PM 11   JUST GOING TO WRITE "PASSED" ON THE LINES REPRESENTING THE

04:16PM 12   PASSES.

04:16PM 13        THE COURT:  ALL RIGHT.  THANK YOU.

04:16PM 14      IF EACH SIDE HAS PASSED IN SUCCESSION, THEN WE HAVE A

04:16PM 15   JURY.

04:16PM 16        MR. COOPERSMITH:  YES, YOUR HONOR.

04:16PM 17        THE COURT:  OKAY.

04:16PM 18      (PAUSE IN PROCEEDINGS.)

04:19PM 19        THE COURT:  ALL RIGHT.  I HAVE THE SHEET FOR THE 12

04:19PM 20   JURORS, AND LET ME HAND THIS TO OUR COURTROOM DEPUTY, AND I'LL

04:20PM 21   ASK HER TO READ THE 12 JURORS WHO HAVE BEEN SELECTED TO SIT AS

04:20PM 22   JURORS IN THIS CASE, AND PLEASE LISTEN TO THE NUMBERS TO SEE IF

04:20PM 23   IT COMPORTS WITH YOUR SELECTIONS.

04:20PM 24        THE CLERK:  JUROR NUMBER 67 IS JUROR NUMBER 1;

04:20PM 25      PROSPECTIVE JUROR NUMBER 102 IS JUROR NUMBER 2;

04:20PM  1          PROSPECTIVE JUROR 108 IS JUROR NUMBER 3;

04:20PM  2          PROSPECTIVE JUROR NUMBER 109 IS JUROR NUMBER 4;

04:20PM  3          PROSPECTIVE JUROR NUMBER 114 IS JUROR NUMBER 5;

04:20PM  4          PROSPECTIVE JUROR NUMBER 116 IS JUROR NUMBER 6;

04:20PM  5          PROSPECTIVE JUROR NUMBER 125 IS JUROR NUMBER 7;

04:20PM  6          PROSPECTIVE JUROR NUMBER 129 IS JUROR NUMBER 8;

04:20PM  7          PROSPECTIVE JUROR NUMBER 133 IS JUROR NUMBER 9;

04:20PM  8          PROSPECTIVE JUROR NUMBER 142 IS JUROR NUMBER 10;

04:21PM  9          PROSPECTIVE JUROR NUMBER 167 IS JUROR NUMBER 11;

04:21PM  10     AND PROSPECTIVE JUROR NUMBER 169 IS JUROR NUMBER 12.

04:21PM  11          THE COURT:  THANK YOU.

04:21PM  12     MR. SCHENK, DOES THAT COMPORT WITH YOUR CALCULATION?

04:21PM  13          MR. SCHENK:  YES, IT DOES.

04:21PM  14          MR. COOPERSMITH:  YES, YOUR HONOR.

04:21PM  15          THE COURT:  ALL RIGHT.  THANK YOU.

04:21PM  16     WOULD YOU NOW LIKE TO BEGIN THE PROCESS FOR THE

04:21PM  17  ALTERNATES?

04:21PM  18          MR. SCHENK:  YES, YOUR HONOR.

04:21PM  19          MR. COOPERSMITH:  YES.

04:21PM  20          THE COURT:  LET'S HAVE YOU DO THAT.  THANK YOU.

04:21PM  21      (PAUSE IN PROCEEDINGS PENDING THE ALTERNATE JURY

04:37PM  22  SELECTION.)

04:37PM  23          THE COURT:  OKAY.  IT APPEARS THAT COUNSEL HAVE

04:37PM  24  CONCLUDED THEIR SELECTION PROCESS FOR THE SIX ALTERNATE JURORS.

04:37PM  25          MR. SCHENK, MR. COOPERSMITH?

04:37PM 1          MR. SCHENK:  YES, YOUR HONOR, WE HAVE.

04:37PM 2          MR. COOPERSMITH:  YES, YOUR HONOR.

04:37PM 3          THE COURT:  ALL RIGHT.  THANK YOU.

04:37PM 4       I'LL ASK OUR COURTROOM DEPUTY TO CALL OUT THE JUROR

04:37PM 5   NUMBERS OF THOSE WHO HAVE BEEN SELECTED FOR ALTERNATES.

04:37PM 6          THE CLERK:  PROSPECTIVE JUROR NUMBER 170 IS

04:37PM 7   ALTERNATE NUMBER 1;

04:37PM 8       PROSPECTIVE JUROR 185 IS ALTERNATE JUROR NUMBER 2;

04:37PM 9       PROSPECTIVE JUROR 195 IS ALTERNATE JUROR NUMBER 3.

04:38PM 10         MR. SCHENK:  187.

04:38PM 11         THE CLERK:  MY APOLOGIES.

04:38PM 12      PROSPECTIVE JUROR 187 IS ALTERNATE JUROR NUMBER 3;

04:38PM 13      PROSPECTIVE JUROR 195 IS ALTERNATE JUROR NUMBER 4;

04:38PM 14      PROSPECTIVE JUROR 197 IS ALTERNATE JUROR NUMBER 5;

04:38PM 15      AND PROSPECTIVE JUROR NUMBER 221 IS -- I'M SORRY, IT'S OUT

04:38PM 16  OF ORDER.

04:38PM 17      PROSPECTIVE JUROR NUMBER 216 IS ALTERNATE JUROR NUMBER 6.

04:38PM 18         THE COURT:  MR. SCHENK, DOES THAT -- DO THOSE

04:38PM 19  SELECTIONS COMPORT WITH YOUR RECORDS?

04:38PM 20         MR. SCHENK:  YES, THEY DO.

04:38PM 21         THE COURT:  MR. COOPERSMITH?

04:38PM 22         MR. COOPERSMITH:  YES.

04:38PM 23         THE COURT:  ALL RIGHT.  THANK YOU.

04:39PM 24      ALL RIGHT.  THANK YOU.

04:39PM 25      WHAT I WOULD LIKE TO DO NOW IS TO SUMMON IN THOSE JURORS

04:39PM 1    WHO HAVE BEEN SELECTED TO SIT AS THE 12 MEMBERS OF THE JURY, AS

04:39PM 2    WELL AS THE 6 MEMBERS WHO HAVE BEEN SELECTED AS MEMBERS OF THE

04:39PM 3    ALTERNATE JURORS AND SWEAR THEM, HAVE THEM SWORN IN FOR THEIR

04:39PM 4    SERVICE.

04:39PM 5         TO THE EXTENT THAT THE OTHER PANEL MEMBERS ARE STILL HERE,

04:39PM 6    PROSPECTIVE JURORS, I'D LIKE TO INVITE THEM TO COME UP, TOO, SO

04:39PM 7    COUNSEL CAN THANK THEM FOR THEIR PATIENCE.

04:39PM 8         SO LET'S TAKE A BRIEF RECESS TO CALL THOSE FOLKS IN.

04:39PM 9         MADAM CLERK, I'LL COME OUT IN ABOUT SEVEN MINUTES AND

04:39PM 10   WE'LL FINISH THIS PROCESS.

04:39PM 11        MR. COOPERSMITH:  YOUR HONOR, THE PRELIMINARY

04:39PM 12   INSTRUCTIONS YOU WILL DO TOMORROW?

04:39PM 13        THE COURT:  YES.  YES.  I'M NOT GOING TO TORTURE

04:39PM 14   ANYBODY WITH THOSE TODAY, THIS AFTERNOON.  IT'S BEEN A FULL

04:39PM 15   DAY.

04:39PM 16        SO WE'LL ENGAGE THOSE TOMORROW.  AFTER THE JURY LEAVES

04:39PM 17   WE'LL HAVE ANOTHER TALK ABOUT OUR PROTOCOLS.

04:39PM 18        MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

04:39PM 19        MR. SCHENK:  THANK YOU.

04:40PM 20        (RECESS FROM 4:40 P.M. UNTIL 4:48 P.M.)

04:48PM 21        (PROSPECTIVE JURY PANELS IN AT 4:48 P.M.)

04:56PM 22        THE COURT:  WE ARE BACK ON THE RECORD IN THE BALWANI

04:56PM 23   MATTER.  ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT, AND

04:56PM 24   OUR PROSPECTIVE JURORS ARE PRESENT.

04:56PM 25        LADIES AND GENTLEMEN, THANK YOU SO MUCH FOR YOUR PATIENCE.

04:56PM 1   WE HAVE COMPLETED THE PROCESS OF JURY SELECTION, AND FOR OUR

04:56PM 2   JURY, OUR 12 MEMBERS, AS WELL AS OUR ALTERNATE JURORS, AND I

04:56PM 3   HAVE ASKED THAT THOSE JURORS WHO HAVE BEEN SELECTED TO SIT AS

04:56PM 4   JURORS IN THIS CASE BE PLACED IN THE JURY BOX ACCORDING TO THE

04:56PM 5   SELECTION PROCESS.

04:56PM 6       THOSE OF YOU WHO ARE IN THE JURY BOX, BOTH OUTSIDE AND

04:56PM 7   INSIDE THE BOX, IF YOU WOULD PLEASE STAND AND RAISE YOUR RIGHT

04:56PM 8   HAND, OUR COURTROOM DEPUTY HAS A QUESTION FOR YOU.

04:56PM 9       (SELECTED JURORS WERE GIVEN THE OATH.)

04:57PM 10          JURORS:  YES.

04:57PM 11          THE COURT:  THANK YOU.  PLEASE BE SEATED.

04:57PM 12   I'M GOING TO ASK THOSE JURORS WHO HAVE BEEN SELECTED AS

04:57PM 13   ALTERNATE JURORS WHO ARE NOW SEATED IN THE ALTERNATE SEATS IF

04:57PM 14   YOU WOULD PLEASE STAND, THERE'S A SPECIAL OATH FOR YOU.  IF YOU

04:57PM 15   WOULD PLEASE STAND AND RAISE YOUR RIGHT HAND.

04:57PM 16       (SELECTED ALTERNATE JURORS WERE GIVEN THE OATH.)

04:57PM 17          ALTERNATE JURORS:  YES.

04:57PM 18          THE COURT:  THANK YOU VERY MUCH, LADIES AND

04:57PM 19   GENTLEMEN.  PLEASE BE SEATED.

04:57PM 20       AND I WANT TO THANK YOU ALL FOR YOUR PATIENCE TODAY AND

04:57PM 21   YESTERDAY.  IT'S BEEN A LONG TWO DAYS.

04:58PM 22       AND I'M GRATEFUL ON BEHALF OF THE LAWYERS AND THEIR TEAMS

04:58PM 23   AND MYSELF AND MY TEAM, I WANT TO THANK YOU FOR YOUR PATIENCE

04:58PM 24   AGAIN, AND YOUR DILIGENCE IN THIS PROCESS.

04:58PM 25       WHAT I'M GOING TO DO IN JUST A MOMENT IS TO RELEASE THOSE

955

04:58PM  1    INDIVIDUALS IN THE AUDIENCE WHO WERE NOT SELECTED, AND THEN I'M

04:58PM  2    GOING TO KEEP YOU FOR JUST A FEW MOMENTS, FOLKS, AND GIVE YOU

04:58PM  3    AN ADMONITION THAT I TALKED TO YOU ABOUT.  I'LL TELL YOU A

04:58PM  4    LITTLE BIT ABOUT WHAT IS GOING TO HAPPEN.

04:58PM  5         MS. ROBINSON MAY TAKE YOU IN THE BACK TO ANSWER ANY

04:58PM  6    QUESTIONS THAT YOU MIGHT HAVE, BUT I DON'T WANT TO KEEP YOU TOO

04:58PM  7    LATE.

04:58PM  8         LADIES AND GENTLEMEN, THOSE OF YOU WHO WERE NOT SEATED,

04:58PM  9    AND I SEE YOU BEHIND THERE, I WANT TO THANK YOU ALSO FOR YOUR

04:58PM  10   PATIENCE.

04:58PM  11        I KNOW THAT YOU WERE EARNEST IN YOUR ANSWERS, YOU WERE

04:58PM  12   DILIGENT IN STAYING AND ANSWERING QUESTIONS.  I APPRECIATE YOUR

04:58PM  13   CANDOR.

04:58PM  14        AGAIN, ON BEHALF OF COUNSEL HERE, I DO THANK YOU FOR YOUR

04:59PM  15   SERVICE.

04:59PM  16        I HOPE, I HOPE THAT YOU APPRECIATED, ALTHOUGH YOU WEREN'T

04:59PM  17   SELECTED TO SIT ON THIS JURY, I HOPE THAT YOU ENJOYED THE

04:59PM  18   SELECTION PROCESS AND THAT IN THIS PROCESS YOU WERE ABLE TO

04:59PM  19   PARTICIPATE IN YOUR JUSTICE SYSTEM.

04:59PM  20        YOU KNOW, I MENTIONED IN MY EARLIER COMMENTS TODAY AND

04:59PM  21   YESTERDAY THE IMPORTANCE OF JURY SERVICE, THE IMPORTANCE OF

04:59PM  22   YOUR COURT'S ACTIVITIES PERHAPS NOW MORE THAN EVER GIVEN THE

04:59PM  23   WORLD CLIMATE AND THE WORLD SITUATION.

04:59PM  24        YOU KNOW, THERE ARE COUNTRIES AROUND THE WORLD WHO HAVE

04:59PM  25   DEMOCRATIC GOVERNMENTS.  THEY HAVE COURTS OF LAW LIKE OUR

04:59PM 1      COURTS.

04:59PM 2          I SHOULD TELL YOU THAT OUR COUNTRY IS CRITICIZED.  IT

04:59PM 3      RECEIVES CRITICISM FROM TIME TO TIME FROM VARIOUS PARTS OF THE

04:59PM 4      WORLD, AND WE'RE CRITICIZED FOR MANY THINGS THAT THIS COUNTRY

04:59PM 5      DOES IN OTHER PEOPLE'S VIEWS.

05:00PM 6          BUT ONE THING, ONE THING THAT IS CONSTANT, YOU WILL NOT

05:00PM 7      HEAR, YOU WILL NOT HEAR CRITICISM OF OUR JUSTICE SYSTEM, A

05:00PM 8      SYSTEM THAT ALLOWS LAWSUITS TO COME FORWARD, THAT ALLOWS

05:00PM 9      MEMBERS OF THE COMMUNITY TO COME AND LITIGATE CASES IN FRONT OF

05:00PM 10     FAIR AND IMPARTIAL JURORS, THE ABILITY TO SUE ONE'S GOVERNMENT

05:00PM 11     SHOULD AN INDIVIDUAL FEEL THAT THAT'S APPROPRIATE.

05:00PM 12         THIS IS SOMETHING THAT IS FOREIGN TO MANY, MANY COUNTRIES

05:00PM 13     AROUND THE WORLD, AND OUR JUSTICE SYSTEM IS SOUGHT TO BE

05:00PM 14     EMULATED BY COUNTRIES AROUND THE WORLD.

05:00PM 15         I SHOULD TELL YOU THAT COLLEAGUES OF MINE ARE ALSO CALLED

05:00PM 16     UPON TO TRAVEL TO VARIOUS PARTS OF THE COUNTRY TO SHARE, TO

05:00PM 17     HELP THOSE COUNTRIES WHO ARE SEEKING TO DEVELOP A FAIR JUSTICE

05:00PM 18     SYSTEM AND TO GIVE THEM GUIDANCE IN HOW TO DO THAT.

05:00PM 19         THIS TRAVEL IS NOT TO EXOTIC PLACES LIKE PARIS OR OTHER

05:00PM 20     CITIES LIKE THIS.  THIS TRAVEL TAKES MY COLLEAGUES TO OTHER

05:01PM 21     PARTS OF THE UNDEVELOPED WORLD AND COUNTRIES.  THEY'RE NOT

05:01PM 22     EXOTIC TRIPS TO FANCY PLACES AND RESORTS, BUT THEY ARE TRIPS

05:01PM 23     THAT JUDGES MAKE TO THESE PARTS OF THE WORLD THAT ARE TRYING TO

05:01PM 24     DEVELOP A SYSTEM IN THEIR OWN WAY THAT EMULATES YOUR SYSTEM.

05:01PM 25         SO YOU SHOULD BE PROUD.  I HOPE YOU'RE PROUD OF YOUR

05:01PM 1    SERVICE OF COMING TO COURT TODAY, THOUGH YOU WEREN'T SELECTED.

05:01PM 2    MY SENSE IS THAT YOU WILL BE CALLED AGAIN, AND I HOPE THOSE OF

05:01PM 3    YOU -- I'M SPEAKING TO THOSE OF YOU IN THE AUDIENCE -- I HOPE

05:01PM 4    THAT YOU, ONCE AGAIN, WOULD RISE TO THAT CALL AND PARTICIPATE

05:01PM 5    IN YOUR JUSTICE SYSTEM.

05:01PM 6         I AM AT THIS TIME GOING TO EXCUSE THOSE OF YOU WHO WERE

05:01PM 7    NOT SELECTED, WHO ARE NOT SEATED HERE.  YOU'RE EXCUSED RIGHT

05:01PM 8    NOW, AND LET ME -- ON BEHALF OF ALL OF MY COLLEAGUES IN THE

05:01PM 9    NORTHERN DISTRICT OF CALIFORNIA, I WANT TO THANK YOU FOR YOUR

05:01PM 10   SERVICE.

05:01PM 11        I DO WANT TO ASK JUROR 131 TO REMAIN THOUGH FOR JUST A

05:02PM 12   MOMENT.

05:02PM 13        BUT THE REST OF YOU CAN LEAVE.  THANK YOU VERY MUCH.

05:02PM 14        THE ALTERNATES SHOULD STAY, THE ALTERNATES SHOULD STAY.

05:02PM 15             JUROR:  SORRY ABOUT THAT.

05:02PM 16             THE COURT:  THANK YOU.  THANK YOU.  PLEASE BE

05:02PM 17   SEATED.

05:02PM 18        AND JUROR NUMBER 131, IF YOU COULD COME FORWARD, WE'LL

05:02PM 19   GIVE YOU A MICROPHONE IF IT'S HERE.

05:02PM 20        THANK YOU, JUROR NUMBER 131.  I JUST WANTED TO COMMENT FOR

05:03PM 21   A MOMENT.  JUROR 131, I RECEIVED AN EMAIL THAT WAS SENT, THAT

05:03PM 22   YOU SENT REGARDING YOUR JURY SERVICE, AND THEN TODAY I RECEIVED

05:03PM 23   A TWO-PAGE LETTER FROM YOUR EMPLOYER REGARDING YOUR JURY

05:03PM 24   SERVICE.

05:03PM 25        AND I JUST -- DID YOUR EMPLOYER PREPARE THIS LETTER AND

05:03PM  1    ASK YOU TO BRING IT TO ME?

05:03PM  2              PROSPECTIVE JUROR:  WE DISCUSSED THIS YESTERDAY, AND

05:03PM  3    THEY SAID IF YOU WANT TO, WE WILL WRITE THE LETTER.  THEY

05:03PM  4    WEREN'T SURE IF THIS WOULD MAKE ANY CHANGE.

05:03PM  5              THE COURT:  COULD YOU PLEASE HOLD THE MICROPHONE?

05:03PM  6              PROSPECTIVE JUROR:  THEY WEREN'T SURE THAT THERE

05:03PM  7    WOULD BE ANY CHANGE IN YOUR DECISION.  IT WAS EXPRESSING THE

05:03PM  8    ISSUES THAT WE HAD.

05:03PM  9              THE COURT:  DID YOUR EMPLOYER TO ASK YOU TO BRING

05:03PM  10   THIS LETTER TO ME?

05:03PM  11             PROSPECTIVE JUROR:  NO.

05:03PM  12             THE COURT:  OH.  DID YOU BRING THE LETTER?

05:03PM  13             PROSPECTIVE JUROR:  I BROUGHT THE LETTER.

05:04PM  14             THE COURT:  I WAS CURIOUS IF YOUR EMPLOYER --

05:04PM  15             PROSPECTIVE JUROR:  NO, NO.

05:04PM  16             THE COURT:  I WAS CURIOUS IF YOUR EMPLOYER, AFTER

05:04PM  17   YOU TOLD YOUR EMPLOYER ABOUT YOUR JURY SERVICE, IF YOUR

05:04PM  18   EMPLOYER THEN WROTE THE LETTER AND TOLD YOU TO BRING THE LETTER

05:04PM  19   TO COURT?

05:04PM  20       IS THAT WHAT HAPPENED?

05:04PM  21             PROSPECTIVE JUROR:  NO.  THEY SAID, WE CAN WRITE YOU

05:04PM  22   A LETTER TO SUPPORT, YOU KNOW, THE ACTION.  BUT THEY DIDN'T SAY

05:04PM  23   YOU HAVE TO GIVE THE LETTER.

05:04PM  24             THE COURT:  I SEE.  OKAY.

05:04PM  25       I ASK THIS QUESTION BECAUSE THIS IS SOMETHING THAT I'VE

05:04PM 1    NEVER EXPERIENCED BEFORE, AN EMPLOYER WRITING A LETTER LIKE

05:04PM 2    THIS.

05:04PM 3        THE EMPLOYER SUGGESTS THAT YOUR SERVICE ON THIS JURY WOULD

05:04PM 4    BE AN INCONVENIENCE TO THEM, TO YOUR EMPLOYER.

05:04PM 5        THEY TALK IN THE LETTER, THIS GENTLEMAN WHO IS AN

05:04PM 6    ASSOCIATE PRINCIPAL, TALKS IN THE LETTER ABOUT NEGATIVELY

05:04PM 7    AFFECTING DELIVERABLES, AND IT WOULD BE AN UNDUE HARDSHIP ON

05:05PM 8    THE ORGANIZATION.  THAT'S WHAT THE LETTER SAYS.

05:05PM 9        I'M CERTAIN YOU'VE READ THE LETTER.

05:05PM 10           PROSPECTIVE JUROR:  YEAH, AND I UNDERSTAND THE

05:05PM 11   SITUATION AND THEY SAID, YOU KNOW, IT'S REALLY HARD FOR THEM,

05:05PM 12   BUT THEY COULD JUST DO WHAT THEY CAN.

05:05PM 13           THE COURT:  RIGHT.  WELL, THAT'S NOT WHAT THE LETTER

05:05PM 14   SAYS.

05:05PM 15       THE LETTER SAYS SOMETHING ELSE.

05:05PM 16       I'M NOT GOING TO -- YOU'RE NOT A JUROR IN THIS CASE, BUT I

05:05PM 17   JUST -- IF YOU CAN PASS ON MY OBSERVATIONS, I FELT THAT THIS

05:05PM 18   ASSOCIATE PRINCIPAL WHO WROTE THIS LETTER, MY FIRST THOUGHT WAS

05:05PM 19   THAT I SHOULD SUMMON HIM TO COURT SO HE HAS AN OPPORTUNITY TO

05:05PM 20   SPEAK TO ME PERSONALLY, AND I THOUGHT I SHOULD SEND THE

05:05PM 21   UNITED STATES MARSHAL OUT TO RETRIEVE HIM AND BRING HIM HERE.

05:05PM 22           PROSPECTIVE JUROR:  HE'S A VERY NICE MAN.

05:05PM 23           THE COURT:  I EXPECT HE IS.  I'M SURE I WOULD FIND

05:05PM 24   THAT WHEN HE WOULD COME TO COURT TO TALK TO ME.  I'M SURE I

05:06PM 25   WOULD SHARE THAT JOY IN HIS COMPANY.

05:06PM 1    BUT I JUST WANTED YOU TO KNOW I RECEIVED THIS LETTER, AND

05:06PM 2    I'VE NEVER HAD A LETTER LIKE THIS BEFORE SENT, THESE LETTERS

05:06PM 3    REGARDING EXCUSAL, AND I'M NOT SURE OF THE APPROPRIATENESS OF

05:06PM 4    THIS.  BUT I HAVE THE LETTER, YOU CAN TELL YOUR ASSOCIATE

05:06PM 5    PRINCIPAL, AND SHARE WITH HIM MY COMMENTS.

05:06PM 6    THANK YOU VERY MUCH.  HAVE A GOOD DAY.

05:06PM 7    LADIES AND GENTLEMEN OF THE JURY, AND OUR ALTERNATES, I

05:06PM 8    WANT TO THANK YOU.

05:06PM 9    PLEASE BE SEATED.  THANK YOU, COUNSEL.

05:06PM 10   I WANT TO THANK YOU AGAIN FOR YOUR PATIENCE.  I TOLD YOU

05:06PM 11   WE END AT 3:00, AND HERE IT IS WE'RE PAST 5:00 O'CLOCK AND I

05:06PM 12   APOLOGIZE FOR THAT.

05:06PM 13   LET ME TELL YOU, I WANTED TO DO WHATEVER I COULD DO TO GET

05:06PM 14   THIS PROCESS STARTED SO WE CAN BEGIN THE TRIAL IN EARNEST.

05:06PM 15   IN JUST A MOMENT I'M GOING TO EXCUSE YOU FOR THE EVENING

05:06PM 16   AND ALLOW YOU TO GO HOME.

05:06PM 17   WE'RE GOING TO START AGAIN TOMORROW AT 9:00 A.M., AND I

05:07PM 18   WILL AT THAT POINT -- TOMORROW MORNING I INTEND TO PRE-INSTRUCT

05:07PM 19   YOU, GIVE YOU SOME PRE-INSTRUCTIONS.  THAT WILL PROBABLY BE

05:07PM 20   ABOUT 20 MINUTES LONG, SOMETHING LIKE THAT.

05:07PM 21   I'LL THEN ASK THESE LAWYERS IF THEY HAVE OPENING

05:07PM 22   STATEMENTS TO MAKE.  RECALL I TALKED TO YOU ABOUT WHAT THE

05:07PM 23   OPENING STATEMENTS WERE.

05:07PM 24   I EXPECT THEY WILL, THEY MAY, AND YOU WILL HEAR FROM THEM.

05:07PM 25   IF THEY DON'T, THEN WE'LL JUST START WITH EVIDENCE.

05:07PM 1      AFTER THE OPENING STATEMENTS, I'LL TURN TO THE GOVERNMENT

05:07PM 2    AND ASK THEM IF THEY HAVE WITNESSES TO CALL, AND WE'LL START

05:07PM 3    THE TRIAL THEN IN EARNEST.

05:07PM 4      LET ME TELL YOU, LADIES AND GENTLEMEN, I'M GOING TO NOW

05:07PM 5    READ YOU THE ADMONITION THAT I WILL READ TO YOU AT THE END OF

05:07PM 6    EACH DAY.

05:07PM 7      IN THE MORNING EACH DAY, I INTEND TO ASK YOU ANOTHER

05:07PM 8    QUESTION ABOUT THIS ADMONITION, AND THAT IS WHETHER, IN THE

05:07PM 9    TIME THAT YOU LEFT COURT AND IN THE TIME THAT YOU'VE RETURNED,

05:07PM 10   YOU WERE EXPOSED TO ANYTHING MEDIA, READING, DISCUSSIONS, OR

05:07PM 11   ANY VIDEO ABOUT THIS CASE.

05:08PM 12     AND IF YOU HAVE, IF YOU WERE EXPOSED TO IT, YOU WILL RAISE

05:08PM 13   YOUR HAND, AND WE'LL TALK ABOUT THAT.

05:08PM 14     SO PLEASE LISTEN CLOSELY.

05:08PM 15     AS I INDICATED BEFORE THIS TRIAL STARTED, YOU, AS JURORS,

05:08PM 16   WILL DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE PRESENTED IN

05:08PM 17   THE COURTROOM.

05:08PM 18     THIS MEANS THAT AFTER YOU LEAVE HERE FOR THE NIGHT, YOU

05:08PM 19   MUST NOT CONDUCT ANY INDEPENDENT RESEARCH ABOUT THIS CASE, THE

05:08PM 20   MATTERS IN THE CASE, THE LEGAL ISSUES IN THE CASE, OR THE

05:08PM 21   INDIVIDUALS OR OTHER ENTITIES INVOLVED IN THE CASE.

05:08PM 22     THIS IS IMPORTANT FOR THE SAME REASONS THAT JURORS HAVE

05:08PM 23   LONG BEEN INSTRUCTED TO LIMIT THEIR EXPOSURE TO TRADITIONAL

05:08PM 24   FORMS OF MEDIA INFORMATION, SUCH AS TELEVISION AND NEWSPAPERS.

05:08PM 25     YOU MUST ALSO NOT COMMUNICATE WITH ANYONE IN ANY WAY ABOUT

05:08PM 1       THIS CASE, AND YOU MUST IGNORE ANY INFORMATION ABOUT THE CASE

05:09PM 2   THAT YOU MIGHT SEE WHILE BROWSING THE INTERNET OR ON YOUR

05:09PM 3   SOCIAL MEDIA FEEDS.

05:09PM 4       THIS CASE MUST BE DECIDED SOLELY AND EXCLUSIVELY ON THE

05:09PM 5   EVIDENCE WHICH IS RECEIVED HERE IN COURT AND IN ACCORDANCE WITH

05:09PM 6   MY INSTRUCTIONS TO YOU AT THE CLOSE OF THE CASE ABOUT THE LAW

05:09PM 7   YOU MUST APPLY TO THE EVIDENCE.

05:09PM 8       AS I HAVE TOLD YOU, THE PARTIES HAVE A CONSTITUTIONAL

05:09PM 9   RIGHT TO A VERDICT THAT RESTS SOLELY ON THE EVIDENCE PRESENTED

05:09PM 10  AT TRIAL.

05:09PM 11      IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

05:09PM 12  CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

05:09PM 13  POSSIBLE.

05:09PM 14      LADIES AND GENTLEMEN, I EXPECT THAT IN THE PRELIMINARY

05:09PM 15  INSTRUCTIONS TOMORROW I'M ALSO GOING TO INSTRUCT YOU TO, TO THE

05:09PM 16  EXTENT THAT YOU CAN, TO DISABLE OR TURN OFF ANY PUSH OR NEWS

05:10PM 17  FEEDS THAT AUTOMATICALLY REPORT TO YOUR DEVICES AS A WAY TO

05:10PM 18  MINIMIZE AND OTHERWISE MITIGATE YOUR EXPOSURE TO THIS

05:10PM 19  INFORMATION, AND YOU'LL HEAR ME TALK ABOUT THAT.

05:10PM 20      SO IN A NUTSHELL, DO NOT EXPOSE YOURSELF, DO NOT DO ANY

05:10PM 21  RESEARCH, DO NOT CONDUCT ANY RESEARCH, DO NOT GO TO ANY

05:10PM 22  LOCATION THAT IS MENTIONED IN THIS TRIAL, AND DO NOT IN ANY WAY

05:10PM 23  TRY TO INFORM YOURSELF ABOUT ANY OF THE PARTIES HERE, ANY OF

05:10PM 24  THESE ISSUES, OR ANYTHING ABOUT THIS CASE.

05:10PM 25      ALL RIGHT.  THANK YOU.

05:10PM  1          ANYTHING FURTHER, COUNSEL, BEFORE WE END OUR SESSION FOR

05:10PM  2     THE DAY?

05:10PM  3              MR. SCHENK:  NO.  THANK YOU.

05:10PM  4              THE COURT:  MR. COOPERSMITH?

05:10PM  5              MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

05:10PM  6              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

05:10PM  7          AND DO YOU WISH, MS. ROBINSON, TO CHAT WITH THESE JURORS

05:10PM  8     FOR JUST A SECOND?

05:10PM  9          MS. ROBINSON WILL BE ABLE TO ANSWER SOME QUESTIONS THAT

05:10PM  10    YOU MIGHT HAVE ABOUT PARKING AND OTHER THINGS.  I THINK SHE'LL

05:10PM  11    TAKE YOUR BREAKFAST REQUESTS AS WELL.

05:10PM  12         (LAUGHTER.)

05:10PM  13              THE COURT:  SO WE'LL SEE YOU TOMORROW AT 9:00 A.M.

05:11PM  14         THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

05:11PM  15         COUNSEL, IF YOU COULD REMAIN, PLEASE.

05:11PM  16         (JURY OUT AT 5:11 P.M.)

05:11PM  17              JUROR:  DO WE TAKE THEM OR DO WE LEAVE THEM?

05:11PM  18              THE COURT:  YOU CAN TAKE THEM.

05:11PM  19         CAN YOU TAKE THEM BACK TO THE JURY ROOM TO HAVE THAT

05:11PM  20    DISCUSSION.

05:11PM  21              THE CLERK:  SURE.  ALL RIGHT.

05:11PM  22         LET'S GO BACK THIS WAY.

05:12PM  23              THE COURT:  THANK YOU.  PLEASE BE SEATED.  THE

05:12PM  24    RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES HAVE LEFT

05:12PM  25    THE ROOM FOR THE JURY ROOM.

05:12PM  1          COUNSEL, THANK YOU VERY MUCH FOR YOUR PATIENCE TODAY.  I

05:12PM  2     APPRECIATE YOUR EFFORTS.  IT'S A LONG DAY.

05:12PM  3          I DON'T THINK ANY OF YOU GOT LUNCH.  I DID NOTICE THAT,

05:12PM  4     BUT THANK YOU.

05:12PM  5          ANYTHING THAT WE SHOULD DISCUSS ABOUT TOMORROW,

05:12PM  6     MR. SCHENK?

05:12PM  7          MY SENSE IS THAT WE'LL PROCEED AS I SUGGESTED.  I WILL

05:12PM  8     PRELIMINARY INSTRUCT THE JURY.

05:12PM  9          I WILL THEN ASK IF THE GOVERNMENT HAS ANY OPENING

05:12PM 10     STATEMENT.

05:12PM 11          AT THE CONCLUSION OF THE GOVERNMENT'S OPENING STATEMENT,

05:12PM 12     I'LL ASK IF THE DEFENSE HAS A STATEMENT TO MAKE.

05:13PM 13          IF YOU DO, WE'LL RECEIVE THAT.

05:13PM 14          IF NOT, I'LL CALL ON THE GOVERNMENT TO CALL A WITNESS.

05:13PM 15          I ASSUME YOU'LL HAVE WITNESSES AVAILABLE?

05:13PM 16              MR. SCHENK:  YES, YOUR HONOR.

05:13PM 17          WE HAVE ONE WITNESS AVAILABLE TOMORROW.  WE HAVE ALREADY

05:13PM 18     SHARED THE NAME WITH THE DEFENSE.

05:13PM 19          WE'RE DOING OUR BEST TO CALIBRATE HOW LONG THE

05:13PM 20     CROSS-EXAMINATIONS WILL BE AND HOW MANY WITNESSES WE NEED FOR

05:13PM 21     EACH DAY.

05:13PM 22          I JUST WANTED THE INFORM THE COURT THAT WE HAVE ONLY ONE

05:13PM 23     TOMORROW.  I DON'T THINK WE'LL GET THROUGH THE WITNESS.  BUT

05:13PM 24     JUST SO THE COURT KNOWS OUR SCHEDULE, WE HAVE ONE TOMORROW.

05:13PM 25              THE COURT:  ALL RIGHT.  THANK YOU.

05:13PM   1          MR. COOPERSMITH:  JUST TO CLARIFY, DOES THE

05:13PM   2   GOVERNMENT EVEN THINK THAT THEY'LL GET THROUGH THE DIRECT OF

05:13PM   3   THE WITNESS TOMORROW?

05:13PM   4          MR. BOSTIC:  YES.

05:13PM   5          MR. SCHENK:  YES.

05:13PM   6          MR. COOPERSMITH:  OKAY.  SO THERE WE GO.

05:13PM   7       AND THEN WE HAVE THURSDAY OFF, AND THEN FRIDAY WE'LL START

05:13PM   8   WITH -- IT PROBABLY WILL BE THE RESUMPTION OF CROSS BECAUSE I

05:13PM   9   EXPECT I'LL HAVE MORE CROSS THAN WHATEVER TIME WE HAVE LEFT

05:13PM  10   TOMORROW.

05:13PM  11          THE COURT:  OKAY.  FAIR ENOUGH.

05:13PM  12       YOU'VE DISCUSSED WITH MS. ROBINSON ISSUES ABOUT EXHIBITS

05:13PM  13   AND ALL OF THAT I TAKE IT; RIGHT?

05:14PM  14          MR. COOPERSMITH:  WE HAVE.  WE HAVE HAD THAT

05:14PM  15   DISCUSSION, YOUR HONOR, YES.

05:14PM  16          THE COURT:  ALL RIGHT.  ANYTHING ELSE WE SHOULD

05:14PM  17   DISCUSS BEFORE TOMORROW?

05:14PM  18          MR. SCHENK:  NOTHING FROM THE GOVERNMENT.

05:14PM  19          MR. COOPERSMITH:  NOTHING FROM THE DEFENSE,

05:14PM  20   YOUR HONOR.

05:14PM  21          THE COURT:  OKAY.  WE WILL HAVE THE DESIGNATED AREAS

05:14PM  22   RESERVED FOR YOUR PARTIES AS WE INDICATED, AND THERE'S A ROW

05:14PM  23   RESERVED FOR THE COURT AS WELL, AND WE'LL JUST SEE WHERE THAT

05:14PM  24   TAKES US.

05:14PM  25          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

05:14PM  1          THE COURT:  ALL RIGHT.  THANK YOU.  HAVE A GOOD

05:14PM  2     EVENING.  THANK YOU AGAIN FOR YOUR EFFORTS TODAY.

05:14PM  3          MR. COOPERSMITH:  YES.  THANK YOU, YOUR HONOR.

05:14PM  4          MR. SCHENK:  THANK YOU, YOUR HONOR.

05:14PM  5       (COURT ADJOURNED AT 5:14 P.M.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                                CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
17    CERTIFICATE NUMBER 8076

18

19    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
20    CERTIFICATE NUMBER 9595

21         DATED:  MARCH 15, 2022

22

23

24

25