UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-18-00258-EJD |
| PLAINTIFF, | ) | |
| | ) | SAN JOSE, CALIFORNIA |
| VS. | ) | |
| | ) | MARCH 16, 2022 |
| RAMESH "SUNNY" BALWANI, | ) | |
| | ) | VOLUME 6 |
| DEFENDANT. | ) | |
| | ) | PAGES 967 - 973 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF: UNITED STATES ATTORNEY'S OFFICE
BY: JOHN C. BOSTIC
JEFFREY B. SCHENK
150 ALMADEN BOULEVARD, SUITE 900
SAN JOSE, CALIFORNIA 95113

BY: ROBERT S. LEACH
KELLY VOLKAR
1301 CLAY STREET, SUITE 340S
OAKLAND, CALIFORNIA 94612

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTERS:
IRENE L. RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)

FOR DEFENDANT BALWANI: ORRICK, HERRINGTON & SUTCLIFFE LLP
BY: MOLLY MCCAFFERTY
SHAWN ESTRADA
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105

BY: JEFFREY COOPERSMITH
AARON BRECHER
AMANDA MCDOWELL
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104

BY: STEPHEN CAZARES
77 SOUTH FIGUEROA STREET, SUITE 3200
LOS ANGELES, CALIFORNIA 90017

BY: AMY WALSH
51 W 52ND STREET
NEW YORK, NEW YORK 10019

ALSO PRESENT: OFFICE OF THE U.S. ATTORNEY
BY: MADDI WACHS, PARALEGAL
SARA SLATTERY, PARALEGAL

ORRICK, HERRINGTON & SUTCLIFFE
JENNIFER CYGNOR, PARALEGAL

PROLUMINA
BY: COREY ALLEN
2200 SIXTH AVENUE, SUITE 425
SEATTLE, WASHINGTON 98121

UNITED STATES POSTAL INSPECTION SERVICE
BY: CHRISTOPHER MCCOLLOW

FEDERAL BUREAU OF INVESTIGATION
BY: MARIO C. SCUSSEL

UNITED STATES FOOD & DRUG ADMINISTRATION
BY: GEORGE SCAVDIS

JURY CONSULTANT
BY: DAVID PERROTT

SAN JOSE, CALIFORNIA MARCH 16, 2022

P R O C E E D I N G S

(COURT CONVENED AT 9:16 A.M.)

(JURY IN AT 9:16 A.M.)

THE COURT: THANK YOU. PLEASE BE SEATED.

LET'S GO ON THE RECORD IN 18-258, UNITED STATES VERSUS RAMESH "SUNNY" BALWANI.

LET ME FIRST CAPTURE THE APPEARANCES OF THE PARTIES, PLEASE.

WHO APPEARS FOR THE GOVERNMENT?

MR. SCHENK: GOOD MORNING, YOUR HONOR.

JEFF SCHENK ON BEHALF OF THE UNITED STATES.

I'M JOINED AT COUNSEL TABLE BY JOHN BOSTIC, ROBERT LEACH, AND POSTAL INSPECTOR CHRISTOPHER MCCOLLOW.

THE COURT: THANK YOU. GOOD MORNING.

MR. COOPERSMITH: GOOD MORNING, YOUR HONOR.

JEFF COOPERSMITH ON BEHALF OF MR. BALWANI, WHO IS PRESENT.

I'M JOINED AT COUNSEL TABLE BY MY COLLEAGUES AMY WALSH AND STEPHEN CAZARES.

THE COURT: THANK YOU. GOOD MORNING.

THE RECORD SHOULD REFLECT THAT ALL PARTIES ARE PRESENT.

OUR JURY IS PRESENT.

JUROR NUMBER 1 IS NOT PRESENT.

LADIES AND GENTLEMEN, I WANT TO TALK TO YOU ABOUT SOME PROCEDURAL MATTERS THIS MORNING, JUST PROCEDURAL MATTERS, NOT

ANYTHING TO DO WITH THE SUBSTANCE OF THE CASE.

BUT LET ME FIRST ASK COUNSEL, COUNSEL, DO I HAVE YOUR STIPULATION AND AGREEMENT THAT I CAN PROCEED WITH THESE PROCEDURAL COMMENTS WITHOUT JUROR NUMBER 1 PRESENT?

MR. SCHENK: YES, FROM THE GOVERNMENT.

MR. COOPERSMITH: YES, FROM THE DEFENSE, YOUR HONOR.

THE COURT: THANK YOU VERY MUCH.

LADIES AND GENTLEMEN, I DO WANT TO TELL YOU THAT WE'RE DELAYED STARTING HERE THIS MORNING, AND THERE'S A REASON FOR THAT.

IT CAME TO THE COURT'S ATTENTION THIS MORNING THAT IT MAY BE THAT YESTERDAY YOU, AND ALL OF US HERE IN COURT, MAY HAVE HAD EXPOSURE TO SOMEONE WHO THAT PERSON HAD CONTACT WITH SOMEONE ELSE WHO HAS TESTED POSITIVE WITH COVID, FOR THE COVID VIRUS.

I SHOULD TELL YOU THAT THIS INDIVIDUAL HAS TESTED NEGATIVE, BUT OUT OF AN ABUNDANCE OF CAUTION, OUT OF AN ABUNDANCE OF CAUTION, WHAT -- I HAVE DISCUSSED THIS WITH COUNSEL, AND THE COURT'S DECISION IN A PROCEDURAL WAY IS THAT WE'RE NOT GOING TO BE IN SESSION TODAY.

WE'RE GOING TO TAKE A BREAK TODAY. OUR NEXT SCHEDULED SESSION IS FRIDAY, AS YOU KNOW.

WHAT WE'RE GOING TO DO IS TO CONTINUE TO MONITOR THE SITUATION WITH THIS INDIVIDUAL.

I SHOULD TELL YOU, AS I SAID, THE INDIVIDUAL HAS TESTED,

TESTED NEGATIVE. SO I WANT YOU TO KNOW THAT.

BUT OUT OF AN ABUNDANCE OF CAUTION AND FOLLOWING CDC GUIDELINES, I'M NOT GOING TO HAVE COURT TODAY. WE'RE GOING TO WAIT AND MONITOR THE SITUATION, AND THEN WE WILL INFORM YOU TOMORROW, TOMORROW AS TO NEXT STEPS; THAT IS, WHETHER YOU'LL NEED TO RETURN FRIDAY FOR COURT, OR PERHAPS NEXT WEEK FOR COURT.

AND AGAIN, THIS IS FOLLOWING THE CDC GUIDELINES.

I WANTED YOU TO KNOW I'M TAKING THESE STEPS, AS I TOLD YOU WHEN WE FIRST MET EARLIER THIS WEEK, THE COURT AND COUNSEL, WE'RE ALL CONCERNED ABOUT YOUR SAFETY, AND THE LENGTH OF THIS TRIAL DICTATES THAT I'M GOING TO EXERCISE CAUTION AS WE GO FORWARD WHEN ANY OF THESE ISSUES ARISE. I TAKE THEM VERY SERIOUSLY. I HOPE YOU APPRECIATE THAT.

LET ME TELL YOU THIS: I ALSO WANT TO PROVIDE TO ANY ONE OF YOU WHO WISHES THE TEST KITS THAT WE HAVE, AND IF ANY OF YOU WOULD LIKE TO TAKE ONE OF THOSE KITS HOME --

MS. ROBINSON, HOW MANY DO THEY HAVE IN A BOX? IS IT ONE? TWO?

IF ANYONE WOULD LIKE TO TAKE A TEST KIT HOME, WE'LL GIVE IT TO YOU FOR YOUR COMFORT.

I'M INFORMED THAT IT HAS TWO TESTS IN THE BOX. WHEN YOU'RE EXCUSED, IF YOU WOULD LIKE, MS. ROBINSON HAS THEM AND SHE CAN PROVIDE THEM, AND THE COURT IS MORE THAN HAPPY TO PROVIDE THE TESTS.

YOU CAN TEST YOURSELVES, AND YOU CAN KEEP THAT INFORMATION PRIVATE IF YOU WISH. IF YOU WANT TO LET MS. ROBINSON KNOW THE TEST RESULTS, WE'D BE HAPPY TO RECEIVE THAT IF THAT'S WHAT YOU WOULD LIKE TO DO. THAT WOULD GIVE US OTHER INFORMATION ALSO ABOUT GOING FORWARD.

SO, COUNSEL, ANYTHING ELSE YOU WOULD LIKE TO ADD?

MR. SCHENK: NO, YOUR HONOR.

THANK YOU.

MR. COOPERSMITH: NO, YOUR HONOR.

THANK YOU.

THE COURT: ALL RIGHT. I APOLOGIZE FOR THE INTERRUPTION OF OUR SCHEDULE, BUT I HOPE YOU APPRECIATE THAT I'M DOING THIS OUT OF AN ABUNDANCE OF CAUTION, AGAIN, FOLLOWING CDC GUIDELINES.

AND AGAIN, MY SENSE IS, JUST BASED ON THE INFORMATION THAT I HAVE, THAT WE WILL BE ABLE TO GET BACK INTO COURT SOONER THAN LATER. THAT'S THE INFORMATION THAT I HAVE ABOUT THIS LIMITED, LIMITED EXPOSURE.

BUT I JUST WANTED TO LET YOU KNOW THAT, AND AGAIN, I'M PROCEEDING WITH YOUR SAFETY AND BEST INTEREST IN MIND. I APOLOGIZE FOR THE INTERRUPTION. BUT WE'LL GET TOGETHER AGAIN AS EARLY AS FRIDAY, PERHAPS NEXT WEEK. MS. ROBINSON WILL REACH OUT TO YOU WITH THAT INFORMATION.

IF ANY OF YOU HAVE ANY QUESTIONS OR CONCERNS, ANYTHING YOU WANT TO RAISE ABOUT YOUR PERSONAL SITUATION, PLEASE CONTACT

09:21AM MS. ROBINSON AND SHE CAN PASS THAT INFORMATION ON TO THE COURT, AND I CAN GIVE THAT TO COUNSEL AS NEEDED.

ALL RIGHT. COUNSEL, ANYTHING FURTHER BEFORE WE ADJOURN FOR THE DAY?

MR. SCHENK: NO. THANK YOU.

MR. COOPERSMITH: NO, YOUR HONOR. THANK YOU.

THE COURT: ALL RIGHT. THANK YOU VERY MUCH, LADIES AND GENTLEMEN. AGAIN, I APOLOGIZE FOR THE INCONVENIENCE.

MS. ROBINSON WILL HAVE THE TEST KITS FOR YOU IN THE JURY ROOM.

THANK YOU. GOOD HEALTH. WE'LL SEE YOU SOON. THANK YOU.

WE'LL BE IN RECESS. THANK YOU.

THE CLERK: COURT IS ADJOURNED.

(COURT ADJOURNED AT 9:22 A.M.)

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

Irene Rodriguez

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

Lee-Anne Shortridge

LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: MARCH 16, 2022