UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

```
UNITED STATES OF AMERICA,         )
                                  ) CR-18-00258-EJD
            PLAINTIFF,            )
                                  ) SAN JOSE, CALIFORNIA
      VS.                         )
                                  ) MARCH 21, 2022
RAMESH "SUNNY" BALWANI,           )
                                  ) VOLUME 7
            DEFENDANT.            )
_____      ) PAGES 974 - 984
```

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

```
FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113
```

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTERS:
          IRENE L. RODRIGUEZ, CSR, RMR, CRR
          CERTIFICATE NUMBER 8074
          LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
 1    A P P E A R A N C E S: (CONT'D)

 2    FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                               BY:  MOLLY MCCAFFERTY
 3                                  SHAWN ESTRADA
                               THE ORRICK BUILDING
 4                             405 HOWARD STREET
                               SAN FRANCISCO, CALIFORNIA 94105
 5
                               BY:  JEFFREY COOPERSMITH
 6                                  AARON BRECHER
                               701 FIFTH AVENUE, SUITE 5600
 7                             SEATTLE, WASHINGTON 98104

 8                             BY:  STEPHEN CAZARES
                               77 SOUTH FIGUEROA STREET, SUITE 3200
 9                             LOS ANGELES, CALIFORNIA 90017

10                             BY:  AMY WALSH
                               51 W 52ND STREET
11                             NEW YORK, NEW YORK 10019

12
      ALSO PRESENT:            OFFICE OF THE U.S. ATTORNEY
13                             BY:  MADDI WACHS, PARALEGAL
```

|  |  |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                                MARCH 21, 2022 |
| 2 | P R O C E E D I N G S |
| 02:04PM  3 | (COURT CONVENED AT 2:04 P.M.) |
| 02:04PM  4 | (JURY OUT AT 2:04 P.M.) |
| 02:04PM  5 | THE COURT: WE'RE BACK ON THE RECORD IN THE BALWANI |
| 02:04PM  6 | MATTER. |
| 02:04PM  7 | LET ME ASK COUNSEL TO MAKE YOUR APPEARANCES, PLEASE. |
| 02:04PM  8 | MR. SCHENK: GOOD AFTERNOON, YOUR HONOR. |
| 02:04PM  9 | JEFF SCHENK AND JOHN BOSTIC ON BEHALF UNITED STATES. |
| 02:04PM 10 | THE COURT: THANK YOU. GOOD AFTERNOON. |
| 02:04PM 11 | MR. COOPERSMITH: GOOD AFTERNOON, YOUR HONOR. |
| 02:04PM 12 | JEFF COOPERSMITH FOR MR. BALWANI WHO WAIVED HIS APPEARANCE |
| 02:04PM 13 | TODAY. WE FILED A DOCUMENT. |
| 02:04PM 14 | I'M JOINED BY MY COLLEAGUES: AMY WALSH, STEPHEN CAZARES, |
| 02:04PM 15 | MOLLY MCCAFFERTY, AARON BRECHER, AND SHAWN ESTRADA. |
| 02:04PM 16 | THE COURT: THANK YOU. GOOD AFTERNOON EVERYONE. |
| 02:04PM 17 | THANK YOU FOR COMING ON SHORT NOTICE. I JUST WANTED TO |
| 02:04PM 18 | UPDATE THE PARTIES. WE'RE NOT GOING TO DO ANYTHING SUBSTANTIVE |
| 02:04PM 19 | TODAY, BUT JUST PROCEDURALLY ON THE -- FOR SCHEDULING, AND I |
| 02:04PM 20 | THOUGHT I WOULD INFORM YOU WE WERE ON A BREAK. WE TOOK A BREAK |
| 02:05PM 21 | BECAUSE OF A JUROR'S SITUATION, AND I'M INFORMED THAT THAT |
| 02:05PM 22 | JUROR REPORTED THIS MORNING TO OUR CRD AND APPARENTLY HAD A |
| 02:05PM 23 | FEVER, SORE THROAT. AND THAT'S THE LAST THAT WE HEARD. |
| 02:05PM 24 | I THINK THAT WAS THIS MORNING? |
| 02:05PM 25 | THE CLERK: YES. |

```
02:05PM   1              THE COURT:  YES.
02:05PM   2         I SHOULD ALSO INDICATE THAT THIS, THIS JUROR HAD TRAVEL
02:05PM   3    PLANS APRIL 6TH THROUGH THE 8TH IF YOU RECALL.  I THINK THAT'S
02:05PM   4    CORRECT.
02:05PM   5         (PAUSE IN PROCEEDINGS.)
02:05PM   6              THE COURT:  I HAD INTENDED TO BE AVAILABLE -- I
02:06PM   7    THINK WE WERE DARK THE 7TH AND THE 8TH PREVIOUSLY, AND I'VE
02:06PM   8    MADE SOME ADJUSTMENTS TO MY SCHEDULE THAT I WILL BE HERE ON THE
02:06PM   9    7TH AND 8TH.
02:06PM  10         BUT LET ME GET BACK MORE IMPORTANTLY THAT THIS PARTICULAR
02:06PM  11    JUROR.  MY THOUGHT IS TO SHARE THAT WITH YOU AND ASK YOU WHAT
02:06PM  12    YOUR THOUGHTS ARE, AND YOU CAN CONSULT WITH YOUR TEAMS IN JUST
02:06PM  13    A MOMENT ABOUT THAT.
02:06PM  14         LET ME JUST SHARE WITH YOU OTHER SCHEDULING ISSUES.
02:06PM  15         ON APRIL 1ST WE'RE SCHEDULED TO BE IN SESSION, AND I WILL
02:06PM  16    NEED TO TAKE A BREAK FROM ABOUT 10:15 TO 11:30.  SO IF YOU
02:06PM  17    COULD MAKE NOTE OF THAT, PLEASE.
02:06PM  18         AND THEN ON MAY 24TH AND 25 I HOPE YOUR SCHEDULES SHOW
02:06PM  19    THAT WE'RE DARK THOSE TWO DAYS.
02:07PM  20         THERE IS ALSO POTENTIAL DISRUPTION, AND I APOLOGIZE IN
02:07PM  21    ADVANCE, IN OUR SCHEDULE THE WEEK OF APRIL 18TH.  I DON'T KNOW
02:07PM  22    WHAT THOSE DAYS AND TIMES WILL BE, BUT I'VE COMMITTED MYSELF
02:07PM  23    TO, OUT OF A REQUEST BY THE NINTH CIRCUIT, TO HELP THEM DO SOME
02:07PM  24    THINGS FOR INTERVIEWING PURPOSES, AND I DON'T KNOW WHAT THOSE
02:07PM  25    DAYS ARE RIGHT NOW.  THOSE DATES HAVEN'T BEEN SET YET, BUT I
```

```
02:07PM   1        WILL LET YOU KNOW AS SOON AS I GET THAT INFORMATION.
02:08PM   2             PLEASE RECALL ONE OF OUR JURORS IS TRAVELLING MARCH 25TH,
02:08PM   3        AND I BELIEVE THEY INDICATED THEY WOULD BE BACK ON THE 30TH.
02:08PM   4        THIS WAS THE WEDDING TRIP, I BELIEVE.
02:08PM   5             WE WERE GOING TO SEE IF POTENTIALLY THEY WERE GOING TO
02:08PM   6        RETURN ON THE 29TH.
02:08PM   7                 THE CLERK:  THEY'RE RETURNING THE 29TH, SO THEY'LL
02:08PM   8        BE HERE ON THE 30TH, BUT THE 29TH IS A TRAVEL DAY.
02:08PM   9                 THE COURT:  OKAY.
02:08PM  10                 MR. COOPERSMITH:  SO ON THAT PARTICULAR POINT,
02:08PM  11        YOUR HONOR, SO THIS FRIDAY, THE 25TH, ARE WE GOING TO BE DARK
02:08PM  12        THAT DAY?
02:08PM  13                 THE COURT:  IT APPEARS THAT WE WILL BE BECAUSE
02:08PM  14        THAT'S A TRAVEL DAY FOR THIS JUROR.
02:08PM  15                 MR. COOPERSMITH:  AND THEN ON THE 28TH AND 29TH AS
02:08PM  16        WELL, YOUR HONOR?
02:08PM  17                 THE COURT:  CORRECT.  CORRECT.
02:08PM  18                 MR. COOPERSMITH:  OKAY.
02:08PM  19                 THE COURT:  AND I APOLOGIZE FOR THESE LARGE BREAKS.
02:08PM  20        I, I -- PARTICULARLY WITH OUR EXPERIENCE, LARGE BREAKS CAN BE
02:08PM  21        PROBLEMATIC, I RECOGNIZE THAT.
02:09PM  22             BUT I WANTED TO UPDATE YOU ON AT LEAST WHAT I KNOW NOW AND
02:09PM  23        PARTICULARLY AS TO THIS ONE JUROR.
02:09PM  24             MAY I GIVE YOU A MOMENT TO CONSULT WITH YOUR TEAMS?
02:09PM  25                 MR. SCHENK:  MAY I ASK ONE QUESTION?
```

```
02:09PM   1                 THE COURT:  YES.
02:09PM   2                 MR. SCHENK:  DID THE COURT RECEIVE ANY TESTING
02:09PM   3     INFORMATION REGARDING THIS JUROR?
02:09PM   4                 THE COURT:  NO, NO.
02:09PM   5                 THE CLERK:  NO.
02:09PM   6                 MR. SCHENK:  COULD WE THEN HAVE THE MOMENT?
02:09PM   7                 THE COURT:  YES.  THANK YOU.
02:09PM   8                 MR. COOPERSMITH:  ONE OTHER THING.  I THINK WE'RE
02:09PM   9     DARK ON MAY 6TH AS WELL; IS THAT CORRECT?
02:09PM  10                 THE COURT:  I DON'T SHOW THAT.
02:09PM  11                 MR. COOPERSMITH:  THAT WAS MY SON'S GRADUATION.
02:09PM  12                 THE CLERK:  I'M THINKING APRIL.
02:09PM  13                 THE COURT:  YES, YES.  OF COURSE.
02:09PM  14                 MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
02:09PM  15                 THE COURT:  YES, YES, YES.
02:09PM  16          I THOUGHT YOU WERE ASKING IF I HAD PLANS.
02:09PM  17          MY INVITATION TO YOUR SON'S GRADUATION IS LOST IN THE
02:09PM  18     MAIL, SO I MADE OTHER PLANS.
02:09PM  19                 MR. COOPERSMITH:  YOU KNOW, YOU'RE WELCOME,
02:10PM  20     YOUR HONOR.  I DON'T KNOW THAT YOU WANT TO MAKE THAT TRIP BUT
02:10PM  21     OF COURSE.
02:10PM  22                 THE COURT:  CONGRATULATIONS.  OF COURSE WE'RE DARK
02:10PM  23     THAT DAY.  I SEE.
02:10PM  24          YES.  SO LET'S TAKE A BREAK, AND YOU CAN CONSULT WITH YOUR
02:10PM  25     TEAMS FOR A MOMENT.
```

```
02:10PM   1              MR. COOPERSMITH:  OKAY.  WILL DO.  THANK YOU.
02:10PM   2         (DISCUSSION OFF THE RECORD.)
02:15PM   3              THE COURT:  WE'RE BACK ON THE RECORD.
02:15PM   4      MR. SCHENK.
02:15PM   5              MR. SCHENK:  YOUR HONOR, I SUPPOSE I'M OF TWO MINDS.
02:15PM   6      FIRST, I THINK IT MAKES SENSE TO BEGIN THE TRIAL TOMORROW,
02:15PM   7   AND THE WAY TO DO THAT IS TO EXCUSE THIS JUROR AND USE OUR
02:15PM   8   FIRST ALTERNATE.
02:15PM   9      I WOULD MORE STRONGLY BE IN FAVOR OF THAT APPROACH IF WE
02:15PM  10   WEREN'T ABOUT TO HAVE ANOTHER GAP.  WE HAVE TWO TRIAL DAYS,
02:15PM  11   TUESDAY, WEDNESDAY THIS WEEK, AND THEN WE'RE OFF FOR ANOTHER
02:15PM  12   WEEK.
02:15PM  13      SO I THINK THE IDEA OF SPENDING AN ALTERNATE IF WE WERE
02:15PM  14   ABOUT TO HIT A STREAK OF FOUR OR FIVE, SIX RELATIVELY
02:15PM  15   CONSECUTIVE TRIAL DAYS.  WE DON'T HAVE THAT IN FRONT OF YOU US
02:15PM  16   UNFORTUNATELY.
02:15PM  17      WHAT WE HAVE IN FRONT OF US IS TWO DAYS AND ABOUT ANOTHER
02:16PM  18   WEEK, ROUGHLY WEDNESDAY TO WEDNESDAY.  I THINK THAT'S THE 23RD
02:16PM  19   TO THE 30TH.
02:16PM  20      SO THAT'S WHAT MAKES THIS A LITTLE BIT OF A HARDER CALL.
02:16PM  21   I THINK I WOULD BE A FULL-THROATED SUPPORTER FOR REPLACING THIS
02:16PM  22   JUROR WITH AN ALTERNATE IF WE DIDN'T HAVE FRIDAY AND TUESDAY
02:16PM  23   OFF, BOTH DAYS STARING US IN THE FACE AT THIS POINT.
02:16PM  24      I STILL WOULD SUPPORT THE IDEA OF REPLACING THIS JUROR
02:16PM  25   WITH AN ALTERNATE BECAUSE WE HAVE TO GET THE TRIAL STARTED.  WE
```

|  |  |  |
|---|---|---|
| 02:16PM | 1 | ALREADY LOST ONE WEEK.  WE TOLD THE JURY 13 WEEKS AND IN THEIR |
| 02:16PM | 2 | MIND THEY WERE NOT THINKING FROM WHENEVER WE BEGIN THE TRIAL IT |
| 02:16PM | 3 | WILL BE 13 WEEKS.  THEY WERE THINKING FROM WHEN YOUR HONOR SAID |
| 02:16PM | 4 | 13 WEEKS TO THEN FROM ROUGHLY THAT DATE, AND WE DO HAVE SOME |
| 02:16PM | 5 | CONCERNS ABOUT DELAYING THE START ANOTHER FULL WEEK.  THAT |
| 02:16PM | 6 | PUSHES EVERYTHING FURTHER INTO THE SUMMER WHICH GETS INTO |
| 02:16PM | 7 | ADDITIONAL TRAVEL PLANS. |
| 02:16PM | 8 | SO I SUPPOSE THOSE ARE THE THOUGHTS. |
| 02:17PM | 9 | THE COURT:  RIGHT. |
| 02:17PM | 10 | LET ME -- |
| 02:17PM | 11 | (DISCUSSION OFF THE RECORD.) |
| 02:17PM | 12 | THE COURT:  MR. COOPERSMITH. |
| 02:17PM | 13 | MR. COOPERSMITH:  THANK YOU, YOUR HONOR. |
| 02:17PM | 14 | I THINK MR. SCHENK SUMMARIZED IT ACCURATELY. |
| 02:17PM | 15 | THE ADDITIONAL THING, AND I WILL SAY ONE ADDITIONAL THING |
| 02:17PM | 16 | IS THAT EVEN THOUGH IT IS TRUE THAT WE HAVE THIS GAP BECAUSE OF |
| 02:17PM | 17 | THE OTHER JUROR'S TRAVEL PLANS, WE DON'T KNOW EXACTLY WHAT THE |
| 02:17PM | 18 | SITUATION WILL BE WITH JUROR 1, AND WHAT I WANT TO SEE HAPPEN |
| 02:17PM | 19 | IS THAT WE JUST DECIDE NOT TO REPLACE HIM WITH AN ALTERNATE, |
| 02:17PM | 20 | AND THEN WE EVEN DELAY MORE TIME. |
| 02:17PM | 21 | SO I THINK OUR SUGGESTION TO THE COURT IS TO REPLACE JUROR |
| 02:17PM | 22 | NUMBER 1 WITH THE FIRST ALTERNATE AND PROCEED WITH THE TRIAL |
| 02:17PM | 23 | TOMORROW. |
| 02:18PM | 24 | THE COURT:  WELL, I THINK BOTH OF YOUR OBSERVATIONS |
| 02:18PM | 25 | OF OUR SCHEDULE IS ACCURATE, WE JUST HAVE TWO TRIAL DAYS THIS |

```
02:18PM   1    WEEK, TOMORROW AND WEDNESDAY, AND THEN THE WEEK OF THE 28TH WE
02:18PM   2    WOULD HAVE TWO TRIAL DAYS, WEDNESDAY THE 30TH AND THE 1ST, I
02:18PM   3    BELIEVE, AND THEN THE FULL -- THE NEXT WEEK IS THE 4TH, AND
02:19PM   4    THERE'S A SCHEDULED INTERRUPTION FOR THE 18TH, AND WE'RE GOING
02:19PM   5    TO HAVE THAT, AND I DON'T KNOW WHAT THAT SCHEDULE IS.
02:19PM   6         I HAVE NOT YET ASKED OUR JURY, AND IT SEEMS LIKE WE HAVE
02:19PM   7    NOT STARTED THE TRIAL YET, BUT I HAVE NOT ASKED THEM WHETHER OR
02:19PM   8    NOT AN 8:30 START, AN 8:00 O'CLOCK START IS SOMETHING THAT THEY
02:19PM   9    CAN HANDLE.  WE MIGHT BE ABLE TO CAPTURE SOME EXTRA TIME DOING
02:19PM  10    THAT, TOO.
02:19PM  11         I NEED TO LOOK AT THE ROSTER TO SEE IF THERE ARE -- I
02:19PM  12    THINK THERE ARE SOME THAT TRAVEL OVER THE HILL.  BUT WE'LL LOOK
02:19PM  13    AT THAT.
02:19PM  14         ALL RIGHT.  MR. SCHENK, ANY OBJECTION TO THE COURT THEN
02:19PM  15    EXCUSING OUR CURRENT JUROR NUMBER 1 AND REPLACING JUROR
02:19PM  16    NUMBER 1 WITH ALTERNATE JUROR NUMBER 1?
02:19PM  17             MR. SCHENK:  NO, YOUR HONOR.
02:19PM  18             THE COURT:  MR. COOPERSMITH, SAME QUESTION, ANY
02:20PM  19    OBJECTION TO THE COURT EXCUSING JUROR NUMBER 1 AND REPLACING
02:20PM  20    JUROR NUMBER 1 WITH ALTERNATE NUMBER 1?
02:20PM  21             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.
02:20PM  22             THE COURT:  ALL RIGHT.  THANK YOU.
02:20PM  23         THAT'S WHAT THE COURT WILL DO.  JUROR NUMBER 1 IS EXCUSED,
02:20PM  24    AND WE WILL MOVE ALTERNATE NUMBER 1 INTO JUROR NUMBER 1'S SEAT.
02:20PM  25             MADAM CLERK, IF YOU COULD PLEASE CONTACT JUROR NUMBER 1
```

```
02:20PM   1    INDICATING AS MUCH, INFORMING AS MUCH, THANKING HIM FOR THE
02:20PM   2    SERVICE, AND ALTERNATE NUMBER 1 AS WELL AS TO THAT ALTERNATE'S
02:20PM   3    ELEVATION.
02:20PM   4              THE CLERK:  WILL DO, YOUR HONOR.
02:20PM   5              THE COURT:  WHAT ELSE CAN WE ACCOMPLISH TODAY?
02:20PM   6         WE HAVE THE -- COULD YOU REMIND ME AGAIN ABOUT THE MOTION?
02:20PM   7    DID WE RESET THAT?  I THINK THERE WERE STIPULATIONS ABOUT
02:20PM   8    SETTING THAT AND MOVING THAT.
02:20PM   9              MR. COOPERSMITH:  YES, YOUR HONOR.
02:20PM  10         WE WORKED OUT A BRIEFING SCHEDULE WITH THE GOVERNMENT, AND
02:20PM  11    I BELIEVE THEIR RESPONSE IS DUE TOMORROW, AND THEN THE HEARING
02:20PM  12    IS TO BE SET FOR THE 29TH.
02:20PM  13         SO EVEN THOUGH THAT'S A DARK TRIAL DAY, WE'RE HOPING WE
02:21PM  14    CAN PROCEED WITH THAT AT LEAST.
02:21PM  15              THE COURT:  SURE.  SURE.  LET'S SEE WHAT --
02:21PM  16              THE CLERK:  WE HAVE IT SET FOR 10:00 A.M. ON THE
02:21PM  17    29TH.
02:21PM  18              THE COURT:  THANK YOU.  WE'LL SEE IF THAT STICKS.
02:21PM  19         OKAY.  SO I WILL CONTINUE TO UPDATE YOU WITH THE COURT'S
02:21PM  20    SCHEDULE AS SOON AS I GET -- AS SOON AS I HEAR OF ANY CHANGES,
02:21PM  21    BUT I THINK THOSE ARE THE HIGH POINTS FOR NOW.
02:21PM  22         STAY TUNED.
02:21PM  23              MR. COOPERSMITH:  OKAY.
02:21PM  24              MR. SCHENK:  STAY WELL.
02:21PM  25              THE COURT:  YES.
```

02:21PM  1          THE CLERK:  COURT IS ADJOURNED.

02:21PM  2          (COURT ADJOURNED AT 2:21 P.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: MARCH 21, 2022