<pre>
 1

 2                    UNITED STATES DISTRICT COURT

 3                   NORTHERN DISTRICT OF CALIFORNIA

 4                        SAN JOSE DIVISION

 5

 6    UNITED STATES OF AMERICA,      )
                                     )  CR-18-00258-EJD
                  PLAINTIFF,         )
 7                                   )  SAN JOSE, CALIFORNIA
             VS.                     )
 8                                   )  MARCH 22, 2022
      RAMESH "SUNNY" BALWANI,        )
 9                                   )  VOLUME 8
                  DEFENDANT.         )
10    _____)  PAGES 985 - 1154

11

12              TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE EDWARD J. DAVILA
13               UNITED STATES DISTRICT JUDGE

14    A P P E A R A N C E S:

15    FOR THE PLAINTIFF:   UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
           (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
      OFFICIAL COURT REPORTER:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23

24        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
25
</pre>

```
1      A P P E A R A N C E S: (CONT'D)

2      FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                               BY:  MOLLY MCCAFFERTY
3                                   SHAWN ESTRADA
                               THE ORRICK BUILDING
4                              405 HOWARD STREET
                               SAN FRANCISCO, CALIFORNIA 94105
5
                               BY:  JEFFREY COOPERSMITH
6                                   AARON BRECHER
                                    AMANDA MCDOWELL
7                              701 FIFTH AVENUE, SUITE 5600
                               SEATTLE, WASHINGTON 98104
8
                               BY:  STEPHEN CAZARES
9                              77 SOUTH FIGUEROA STREET, SUITE 3200
                               LOS ANGELES, CALIFORNIA 90017
10
                               BY:  AMY WALSH
11                             51 W 52ND STREET
                               NEW YORK, NEW YORK 10019
12

13     ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                               BY:  MADDI WACHS, PARALEGAL
14                                  SARA SLATTERY, PARALEGAL

15                             ORRICK, HERRINGTON & SUTCLIFFE
                               JENNIFER CYGNOR, PARALEGAL
16
                               PROLUMINA
17                             BY:  COREY ALLEN
                               2200 SIXTH AVENUE, SUITE 425
18                             SEATTLE, WASHINGTON 98121

19                             UNITED STATES POSTAL INSPECTION SERVICE
                               BY:  CHRISTOPHER MCCOLLOW
20
                               FEDERAL BUREAU OF INVESTIGATION
21                             BY:  MARIO C. SCUSSEL

22                             UNITED STATES FOOD & DRUG
                               ADMINISTRATION
23                             BY:  GEORGE SCAVDIS

24

25
```

1

INDEX OF PROCEEDINGS

2

3

4      GOVERNMENT'S OPENING STATEMENT          P. 1018

5      DEFENDANT'S OPENING STATEMENT           P. 1050

6

7      GOVERNMENT'S:

8      **ERIKA CHEUNG**
       DIRECT EXAM BY MR. BOSTIC               P. 1116

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

988

1

INDEX OF EXHIBITS

2

3                                    IDENT.        EVIDENCE

4       GOVERNMENT'S

5

6       5388                                        1129
        3741A                                       1139
7       5389                                        1143

8

9

10

11

12

13

14

15

16

17

18      DEFENDANT'S

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                      MARCH 22, 2022

 2                      P R O C E E D I N G S

 3         (COURT CONVENED AT 8:49 A.M.)

 4         (JURY OUT AT 8:49 A.M.)

 5              THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK YOU

 6    FOR YOUR COURTESY.

 7         LET'S GO ON THE RECORD IN 18-258, UNITED STATES VERSUS

 8    RAMESH "SUNNY" BALWANI.

 9         LET ME FIRST CAPTURE THE APPEARANCE OF THE PARTIES,

10    PLEASE.

11         FOR THE GOVERNMENT.

12              MR. BOSTIC:  GOOD MORNING, YOUR HONOR.

13         JOHN BOSTIC FOR THE UNITED STATES, JOINED BY JEFF SCHENK,

14    BOB LEACH, AND KELLY VOLKAR.

15              THE COURT:  THANK YOU.  GOOD MORNING.

16         AND FOR THE DEFENSE.

17              MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.

18         JEFF COOPERSMITH FOR MR. BALWANI, WHO IS PRESENT.

19              THE COURT:  GOOD MORNING.

20              MR. COOPERSMITH:  I'M JOINED BY MY COLLEAGUES:

21    AMY WALSH, STEPHEN CAZARES, AND THEN OTHER COLLEAGUES WHO ARE

22    SITTING IN THE BACK ROW.

23              THE COURT:  THANK YOU.  GOOD MORNING.  GOOD MORNING.

24         WE ARE ON THE RECORD OUTSIDE OF THE PRESENCE OF THE JURY,

25    AND I WANTED TO TAKE UP DOCUMENT 1367, WHICH WAS THE DEFENSE
```

08:50AM 1    MOTION TO EXCLUDE TRIAL EXHIBIT 2931.  THIS WAS FILED, I THINK,

08:50AM 2    YESTERDAY AFTERNOON.  I'VE LOOKED AT THAT AND THE EXHIBIT

08:50AM 3    ATTACHED.

08:50AM 4        I THOUGHT WE WOULD HAVE DISCUSSION ABOUT THIS THIS MORNING

08:50AM 5    BEFORE WE BROUGHT OUR JURY IN.

08:50AM 6        MR. COOPERSMITH.

08:50AM 7        MR. COOPERSMITH:  YES, YOUR HONOR.  WE FILED OUR

08:50AM 8    PAPER LAST NIGHT JUST TO MAKE SURE WE LAID OUT OUR ARGUMENT.  I

08:50AM 9    WON'T REPEAT THAT.

08:50AM 10       THE EXHIBIT IN QUESTION, EXHIBIT 2931, IS HEARSAY.

08:50AM 11       IF YOU GO BACK TO THE TRANSCRIPT OF MS. HOLMES'S CASE,

08:50AM 12   THIS SAME EXHIBIT CAME UP AND WHAT ENDED UP HAPPENING IS THAT

08:50AM 13   THE GOVERNMENT DID NOT ARTICULATE ANY HEARSAY EXCEPTION, AND

08:51AM 14   THERE IS NO HEARSAY EXCEPTION THAT WE CAN SEE.

08:51AM 15       AND THEN THE GOVERNMENT ARGUED THAT MAYBE IT WAS RELEVANT

08:51AM 16   TO SHOW, YOU KNOW, WHY CMS TOOK THE ACTION THAT IT TOOK.  AND

08:51AM 17   THE COURT, IN FAIRNESS, IN THE TRANSCRIPT WAS SKEPTICAL OF THAT

08:51AM 18   POSITION AND QUESTIONED WHY THE EMAIL WOULD BE NECESSARY FOR

08:51AM 19   THAT.

08:51AM 20       AS WE'VE SAID IN OUR MOTION PAPER, THE CMS WITNESS, IF

08:51AM 21   THEY TESTIFY, OR MS. CHEUNG COULD SIMPLY SAY I FILED A

08:51AM 22   COMPLAINT, AND SHE COULD DESCRIBE -- SHE DOESN'T HAVE ANY

08:51AM 23   FAILURE OF MEMORY.  SHE'S TESTIFIED ABOUT THIS A NUMBER OF

08:51AM 24   TIMES.  SHE CAN RECOUNT WHAT SHE CLAIMED SHE OBSERVED.

08:51AM 25       BUT THE DOCUMENT IS HEARSAY AND SHOULD NOT BE ADMITTED.

08:51AM 1       IT'S NOT RELEVANT FOR ANY PURPOSE.

08:51AM 2           I WOULD ALSO JUST NOTE THAT I THINK AS THE COURT KNOWS

08:51AM 3   FROM THE PREVIOUS TRIAL, AND I THINK WE'LL HEAR IN THIS TRIAL,

08:51AM 4   CMS WAS SCHEDULED TO DO THIS INSPECTION IN SEPTEMBER OF 2015

08:51AM 5   REGARDLESS OF WHETHER MS. CHEUNG HAD FILED HER COMPLAINT OR

08:52AM 6   NOT.  SHE ACTUALLY SENT THE LETTER IN SEPTEMBER.

08:52AM 7           SO WE DON'T EVEN THINK IT ACTUALLY INFORMS ANYTHING OTHER

08:52AM 8   THAN TRYING TO BOLSTER MS. CHEUNG OR GIVE MORE CREDENCE TO WHAT

08:52AM 9   SHE'S SAYING BY HAVING A WRITTEN DOCUMENT.

08:52AM 10          I CAN CERTAINLY ANSWER QUESTIONS, BUT I DON'T THINK

08:52AM 11  THERE'S ANY HEARSAY EXCEPTION, AND I DON'T THINK IT'S

08:52AM 12  ADMISSIBLE FOR ANY NONHEARSAY PURPOSE AS WE HAVE SAID IN OUR

08:52AM 13  MOTION PAPER.

08:52AM 14              THE COURT:  ALL RIGHT.  THANK YOU.

08:52AM 15          MR. BOSTIC.

08:52AM 16              MR. BOSTIC:  THANK YOU, YOUR HONOR.

08:52AM 17          SO I THINK JUST AS AN INITIAL PROCEDURAL MATTER JUST

08:52AM 18  ADDRESSING THE TIMING OF THE MOTION, FOR THE RECORD, WE DID

08:52AM 19  DISCLOSE THE EXHIBITS THAT WE INTENDED TO USE WITH THIS WITNESS

08:52AM 20  A WEEK AGO, LAST TUESDAY.

08:52AM 21          IN THE INTERVENING TIME I'M NOT AWARE OF ANY ATTEMPT BY

08:52AM 22  THE DEFENSE TO MEET AND CONFER ON THIS ISSUE, AND THE TIMING OF

08:52AM 23  THE MOTION, THE TIMING OF THE FILING EFFECTIVELY PREVENTED THE

08:52AM 24  GOVERNMENT FROM FILING A WRITTEN RESPONSE.

08:52AM 25          THAT SAID, I THINK WE CAN EXPRESS OUR VIEWS VERBALLY

08:53AM 1    TODAY.

08:53AM 2         THIS DOCUMENT IS NOT BEING OFFERED FOR THE TRUTH OF THE

08:53AM 3    MATTER.

08:53AM 4         MY RECOLLECTION IS THAT IN THE PREVIOUS TRIAL THIS

08:53AM 5    DOCUMENT WAS NOT EXCLUDED BUT THE GOVERNMENT ELECTED NOT TO

08:53AM 6    ATTEMPT TO OFFER PARTLY IN LIGHT OF THE DISCUSSION THAT THE

08:53AM 7    PARTIES HAD WITH THE COURT.

08:53AM 8         I THINK, THOUGH, THAT THE DOCUMENT IS ADMISSIBLE FOR THE

08:53AM 9    NONHEARSAY PURPOSE OF SHOWING WHAT MS. CHEUNG COMMUNICATED TO

08:53AM 10   REGULATORS ABOUT THERANOS AND WHEN, AND ALSO FOR THE PURPOSE OF

08:53AM 11   INFORMING THE JURY AS TO WHY CMS TOOK CERTAIN ACTIONS LATER.

08:53AM 12        AND ON THAT POINT, I THINK THE FACT THAT THE CMS

08:53AM 13   INSPECTION WAS SCHEDULED BEFORE THE RECEIPT OF THIS EMAIL DOES

08:53AM 14   NOT MEAN THAT IT'S NOT RELEVANT TO CMS'S DECISIONS AND THE

08:53AM 15   ACTIONS THAT THEY TOOK SUBSEQUENTLY.  THERE'S NO REQUIREMENT

08:53AM 16   THAT AN EVENT NEED BE A BUT FOR CAUSE SUBSEQUENT EVENT TO IN

08:54AM 17   ORDER TO BE RELEVANT TO SHOW THAT CAUSATION.

08:54AM 18        SO I THINK THAT A CMS WITNESS WOULD STILL TESTIFY THAT

08:54AM 19   THIS DOCUMENT, THIS REPORT WAS RELEVANT TO THE AGENCY'S PROCESS

08:54AM 20   AND CONSIDERATION OF THE ISSUES AT THERANOS, SO I THINK IT'S

08:54AM 21   RELEVANT FOR THAT PURPOSE.

08:54AM 22        I ALSO DON'T HEAR THE DEFENSE OBJECTING TO MS. CHEUNG

08:54AM 23   TESTIFYING ABOUT WHAT SHE OBSERVED AT THERANOS, THAT IS, THE

08:54AM 24   CONTENT OF THIS EXHIBIT IN QUESTION, AND I DON'T HEAR THE

08:54AM 25   DEFENSE OBJECTING TO MS. CHEUNG TESTIFYING THAT SHE INFORMED

08:54AM 1    CMS OF THESE SPECIFIC ISSUES.  SO WE HAVE -- IT SEEMS THAT IT'S

08:54AM 2    NOT CONTROVERSIAL THAT MS. CHEUNG CAN TESTIFY ABOUT THE

08:54AM 3    PROBLEMS THAT SHE SAW AND THE FACT THAT SHE REPORTED THOSE

08:54AM 4    PROBLEMS TO CMS.

08:54AM 5        IT'S UNCLEAR TO ME WHY THE DOCUMENT ITSELF, BY WHICH SHE

08:54AM 6    ACCOMPLISHED THAT REPORTING, CAN'T COME IN.  WITHOUT THAT

08:54AM 7    DOCUMENT, WE'RE LEFT ONLY WITH MS. CHEUNG SAYING, AND, YES,

08:55AM 8    SUBSEQUENTLY I REPORTED THESE ISSUES TO THE GOVERNMENT.  IT'S

08:55AM 9    BENEFICIAL TO THE JURY TO ACTUALLY SEE THE FORM THAT THAT

08:55AM 10   REPORTING TOOK.

08:55AM 11       I HEAR THE DEFENSE OBJECTING TO CERTAIN LANGUAGE IN THE

08:55AM 12   EXHIBIT, BUT I THINK THAT CAN BE ADDRESSED, IF NECESSARY IF THE

08:55AM 13   COURT AGREES WITH THOSE 403 CONCERNS, WITH SOME NARROW

08:55AM 14   REDACTIONS TO THE DOCUMENT, AND I THINK OVERALL THE DOCUMENT

08:55AM 15   SHOULD BE ADMITTED.

08:55AM 16            THE COURT:  ALL RIGHT.  THANK YOU.

08:55AM 17       IS THAT ACCURATE, MR. COOPERSMITH, THAT THE DEFENSE DOES

08:55AM 18   NOT OBJECT TO -- LET ME TAKE THIS OFF -- THAT THE DEFENSE DOES

08:55AM 19   NOT OBJECT TO MS. CHEUNG TESTIFYING ABOUT HER PERSONAL

08:55AM 20   OBSERVATIONS AND THE FACT THAT SHE DID MAKE A COMPLAINT OR

08:55AM 21   CONTACT THE CMS?  YOU HAVE NO OBJECTION TO THAT?

08:55AM 22            MR. COOPERSMITH:  RIGHT, YOUR HONOR.  WE SAID THAT

08:55AM 23   IN THE MOTION PAPER.

08:55AM 24            THE COURT:  RIGHT.

08:55AM 25            MR. COOPERSMITH:  WITHIN THE BOUNDS OF OTHER RULES

08:55AM 1    OF EVIDENCE, SHE CAN TESTIFY ABOUT WHAT SHE CLAIMS TO HAVE

08:55AM 2    OBSERVED AT THERANOS.

08:55AM 3        SHE CAN TESTIFY THAT SHE MADE A COMPLAINT TO CMS.

08:55AM 4        AND WHAT IS GOING TO BE AN ISSUE IN THE TRIAL IS WHETHER

08:56AM 5    THE SUBSTANCE OF WHAT SHE CLAIMS SHE OBSERVED IS CORRECT,

08:56AM 6    INCORRECT, OR SOMETHING IN BETWEEN.

08:56AM 7        THE COURT:  SURE.

08:56AM 8        MR. COOPERSMITH:  BUT THE DOCUMENT IS HEARSAY.  IT'S

08:56AM 9    JUST THE SORT OF PREPARED STATEMENT THAT IS, YOU KNOW,

08:56AM 10   ROUTINELY EXCLUDED IN EVIDENCE.

08:56AM 11       AND THIS IDEA THAT WE MUST HAVE THIS EMAIL IN TO INFORM

08:56AM 12   WHAT CMS DID, I JUST DON'T THINK THAT THAT HOLDS WATER.

08:56AM 13       THE COURT:  WELL, IT WOULD.  IT WOULD IF A WITNESS

08:56AM 14   TESTIFIES I SAW THIS, MY REACTION TO THAT WAS THIS BASED ON MY

08:56AM 15   PERSONAL OBSERVATION, TRAINING," WHATEVER THAT TESTIMONY IS,

08:56AM 16   AND THEN I CONTACTED X.

08:56AM 17       HOW DID YOU DO THAT?

08:56AM 18       WELL, I EMAILED.  OKAY.  THAT'S WHAT A WITNESS WOULD SAY

08:56AM 19   THEY DO.

08:56AM 20       CAN'T A PARTY THEN SHOW, PERHAPS THE HEADER, IS THIS THE

08:56AM 21   HEADER OF THE EMAIL THAT YOU SENT?  IS THIS THE DATE AND TIME

08:56AM 22   THAT YOU SENT THE EMAIL?

08:56AM 23       SHOULD THE JURY BE SHOWN AT LEAST THE HEADER WHICH WOULD

08:56AM 24   HAVE THE DATE AND TIME AND THE ADDRESS OF AN EMAIL?  AT A

08:57AM 25   MINIMUM -- THAT'S SOMETHING YOU WOULD LIKE TO SHOW AT A MINIMUM

08:57AM 1    I GUESS, MR. BOSTIC.

08:57AM 2              MR. BOSTIC:  THAT WOULD BE BETTER THAN NOTHING,

08:57AM 3    YOUR HONOR.  I THINK THE SUBSTANCE OF THE EMAIL IS ALSO

08:57AM 4    IMPORTANT --

08:57AM 5              THE COURT:  SURE.

08:57AM 6              MR. BOSTIC:  -- TO SHOW THE DETAIL WITH WHICH

08:57AM 7    MS. CHEUNG REPORTED THESE ISSUES.

08:57AM 8        IT'S ALSO PROBATIVE OF THE -- HER IMPRESSION OF THE ISSUES

08:57AM 9    AND THE LEVEL OF SERIOUSNESS THAT SHE ASSIGNS TO THEM AT THE

08:57AM 10   TIME AND SUBSEQUENTLY WHEN SHE WAS MAKING THE REPORT.

08:57AM 11             THE COURT:  SO THERE'S SOME LANGUAGE IN THE DOCUMENT

08:57AM 12   THAT I'VE LOOKED AT, THAT PERSONAL OPINION, ET CETERA, THAT

08:57AM 13   MIGHT BE OBJECTIONABLE FOR 403 AND OTHER REASONS.

08:57AM 14       BUT, MR. COOPERSMITH, WHAT --

08:57AM 15             MR. COOPERSMITH:  SO ON THE ISSUE OF THE HEADER OF

08:57AM 16   THE EMAIL, I SUPPOSE IF MS. CHEUNG WERE TO TESTIFY THAT SHE

08:58AM 17   CAN'T REMEMBER THE DATE, AND THAT'S SOMEHOW IMPORTANT TO THE

08:58AM 18   GOVERNMENT, THEY CAN CERTAINLY REFRESH HER MEMORY WITH ANYTHING

08:58AM 19   THEY WANT, BUT THAT DOESN'T MEAN THAT THE HEADER OR THE EMAIL

08:58AM 20   HAS TO COME INTO EVIDENCE.

08:58AM 21       I JUST DON'T THINK MS. CHEUNG'S CRAFTED -- YOU KNOW, WHAT

08:58AM 22   HAPPENS, RIGHT, IS THAT SHE WAITS 17 MONTHS AFTER SHE LEAVES

08:58AM 23   THERANOS, SHE THEN TALKS TO A JOURNALIST, SHE THEN DECIDES TO

08:58AM 24   WRITE AN EMAIL, AND IT'S A CRAFTED EMAIL, AND IT'S EXACTLY THE

08:58AM 25   TYPE OF THING THAT IS ROUTINELY EXCLUDED.

08:58AM 1      BUT WHAT THE GOVERNMENT IS TRYING TO DO, YOUR HONOR, I

08:58AM 2  THINK PRETTY OBVIOUSLY, IS TRYING TO GIVE MORE CREDIBILITY OR

08:58AM 3  CREDENCE TO WHAT MS. HOLMES -- RATHER TO WHAT MS. CHEUNG,

08:58AM 4  MS. CHEUNG IS SAYING BY PUTTING IN THIS DOCUMENT, WHICH IS

08:58AM 5  REALLY JUST HER CRAFTED STATEMENT OF WHAT SHE'S GOING TO

08:58AM 6  TESTIFY ABOUT.

08:58AM 7      SO SHE CAN TESTIFY ABOUT WHAT SHE CLAIMS TO HAVE OBSERVED.

08:58AM 8  SHE CAN TESTIFY THAT SHE FILED A COMPLAINT.  IF SHE NEEDS TO

08:58AM 9  REFRESH HER MEMORY ABOUT THE DATE, THE GOVERNMENT CAN DO THAT

08:58AM 10 IF THEY WISH, BUT THE EMAIL ITSELF I THINK IS A FORM OF

08:58AM 11 BOLSTERING, FRANKLY, TO TRY TO GIVE MORE CREDIBILITY TO

08:59AM 12 MS. CHEUNG AND MORE WEIGHT TO WHAT SHE'S SAYING BY INTRODUCING

08:59AM 13 AN OUT-OF-COURT STATEMENT.

08:59AM 14      I DON'T THINK THERE'S ANY PURPOSE THAT IS -- OTHER THAN

08:59AM 15 TRYING TO SHOW THE TRUTH OF THESE COMPLAINTS, BECAUSE IT MUST

08:59AM 16 BE TRUE IF MS. CHEUNG TOOK THE, YOU KNOW, THE TIME TO GO TO CMS

08:59AM 17 WITH A WRITTEN COMPLAINT, AND I DON'T THINK THAT'S ADMISSIBLE.

08:59AM 18      I THINK THE OTHER PURPOSES THAT THE GOVERNMENT ARTICULATES

08:59AM 19 COULD BE ACCOMPLISHED WITHOUT THE GOVERNMENT.  THAT'S WHAT THE

08:59AM 20 COURT SUGGESTED AT THE LAST HEARING.

08:59AM 21      AS I SAID, THE GOVERNMENT ABANDONED ANY EFFORT TO

08:59AM 22 INTRODUCE THE DOCUMENT, AND NOW WE SEE IT'S RESURRECTED, BUT I

08:59AM 23 THINK IT'S STILL INADMISSIBLE.

08:59AM 24           THE COURT:  ALL RIGHT.  THANK YOU.

08:59AM 25           MR. BOSTIC:  SO, YOUR HONOR, NECESSITY IS NOT A

08:59AM 1   REQUIREMENT TO ADMISSIBILITY.  THERE'S NO REQUIREMENT THAT THE

08:59AM 2   GOVERNMENT NEED TO INTRODUCE A DOCUMENT IN ORDER FOR IT TO BE

08:59AM 3   ADMISSIBLE.

08:59AM 4       IN THIS CASE, I THINK IT'S ROUTINE THAT WHEN A WITNESS IS

08:59AM 5   TESTIFYING THAT A CERTAIN EVENT HAPPENED OR A CERTAIN

08:59AM 6   COMMUNICATION TOOK PLACE, AND THERE IS DOCUMENTARY EVIDENCE OF

09:00AM 7   THAT EVENT OR THAT COMMUNICATION, IT IS ROUTINE FOR THAT PIECE

09:00AM 8   OF EVIDENCE TO BE ADMITTED AND PUBLISHED TO THE JURY.  THAT'S

09:00AM 9   PART OF HOW EVIDENCE IS INTRODUCED.

09:00AM 10      SO THIS IS NOT AN EXCEPTION TO THAT.  THE GOVERNMENT IS

09:00AM 11  SIMPLY SEEKING TO DO THE SAME THING HERE.

09:00AM 12      THIS IS ALSO DIFFERENT FROM MOST, IF NOT ALL, OF THE CASES

09:00AM 13  CITED IN THE DEFENSE BRIEF IN THAT THIS DOESN'T RELATE TO AN

09:00AM 14  OUT-OF-COURT STATEMENT BY A WITNESS WHO IS NOT ON THE STAND,

09:00AM 15  SOMETHING THAT IS INCONSISTENT WITH IN-COURT PRESENTATION.

09:00AM 16      HERE THE WITNESS IS GOING TO TESTIFY ABOUT THE PROBLEMS

09:00AM 17  AND THE ISSUES THAT SHE SAW AT THERANOS.  THAT TESTIMONY WILL

09:00AM 18  BE CONSISTENT WITH THE POINTS IN THIS DOCUMENT.

09:00AM 19      AND THAT DOESN'T MAKE THE DOCUMENT CUMULATIVE OR

09:00AM 20  UNNECESSARY.  IT SHOWS THAT THIS DOCUMENT IS NOT BEING

09:00AM 21  INTRODUCED FOR THE TRUTH OF THE MATTER ASSERTED.

09:00AM 22      THE TRUTH OF THOSE POINTS WILL BE ESTABLISHED BY THE

09:00AM 23  TESTIMONY ITSELF, BUT THERE'S NO REASON THAT THE DOCUMENT CAN'T

09:00AM 24  BE ADMISSIBLE TO SHOW THAT THESE VERY POINTS WERE COMMUNICATED

09:01AM 25  TO REGULATORS IN THE SPECIFIC FORM AT THIS TIME.

| | | |
|---|---|---|
| 09:01AM | 1 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 09:01AM | 2 | ANYTHING FURTHER? |
| 09:01AM | 3 | MR. COOPERSMITH:  JUST THAT THAT ARGUMENT THAT |
| 09:01AM | 4 | MR. BOSTIC JUST MADE IS A CIRCULAR ARGUMENT, RIGHT? |
| 09:01AM | 5 | BY THAT -- THOSE LIKES, ANY DOCUMENT THAT IS HEARSAY ANY |
| 09:01AM | 6 | DOCUMENT CAN BE ADMITTED BECAUSE IT SOMEHOW SHOWS WHAT THE |
| 09:01AM | 7 | EFFECT ON THE LISTENER WOULD BE WHO IS NOT EVEN THE DEFENDANT. |
| 09:01AM | 8 | SO, AGAIN, UNDER THE HEARSAY RULES AND ALSO 403, WHICH I |
| 09:01AM | 9 | SHOULD MENTION, WHATEVER PROBATIVE VALUE THAT IT HAS, WHICH I |
| 09:01AM | 10 | THINK IS LOW OR NONE, WOULD BE OUTWEIGHED BY THE DANGER THAT |
| 09:01AM | 11 | THE JURY PUTS MORE WEIGHT ON THIS JUST BECAUSE SHE PREPARED A |
| 09:01AM | 12 | WRITTEN COMPLAINT TO CMS. |
| 09:01AM | 13 | AS I SAID, WE'RE NOT TRYING TO PRECLUDE THE GOVERNMENT |
| 09:01AM | 14 | FROM HAVING MS. CHEUNG TESTIFY ABOUT WHAT SHE CLAIMED TO HAVE |
| 09:01AM | 15 | OBSERVED WITHIN THE BOUNDS OF THE EVIDENCE RULES. |
| 09:01AM | 16 | THE COURT:  ALL RIGHT. |
| 09:01AM | 17 | MR. COOPERSMITH:  THAT'S IT. |
| 09:01AM | 18 | THE COURT:  THANK YOU VERY MUCH. |
| 09:01AM | 19 | ALL RIGHT.  WELL, THANK YOU. |
| 09:01AM | 20 | I'VE LOOKED AT THE DOCUMENT, AT THE EXHIBIT, AND YOU'VE |
| 09:01AM | 21 | SEEN THE EXHIBIT, MR. BOSTIC. |
| 09:01AM | 22 | DOES THAT REPRESENT WHAT THE GOVERNMENT WOULD SEEK TO |
| 09:02AM | 23 | INTRODUCE? |
| 09:02AM | 24 | MR. BOSTIC:  YES, YOUR HONOR. |
| 09:02AM | 25 | THE COURT:  ALL RIGHT.  THANK YOU. |

```
09:02AM   1        I DO SEE SOME PROBLEMS WITH INTRODUCING THE TOTALITY OF
09:02AM   2   THE DOCUMENT FOR 403 AND OTHER REASONS.  I DO THINK THAT THE
09:02AM   3   WITNESS CAN TESTIFY OBVIOUSLY ABOUT WHAT SHE DID, WHAT SHE
09:02AM   4   OBSERVED, WHAT SHE DID, WHY SHE FELT IT NECESSARY TO DO WHAT
09:02AM   5   SHE DID AND OFFER ALL OF THOSE EXPLANATIONS ON DIRECT
09:02AM   6   EXAMINATION.
09:02AM   7        THE DOCUMENT CAN BE USED TO REFRESH HER RECOLLECTION,
09:02AM   8   ET CETERA.
09:02AM   9        I DO THINK THAT THE HEADER, AT A MINIMUM, THE HEADER COULD
09:02AM  10   BE PUBLISHED TO THE JURY TO SHOW THE JURY, TO AUTHENTICATE THAT
09:02AM  11   SHE DID INDEED SEND AN EMAIL AS SHE SAID SHE DID.
09:02AM  12        THE CONTENT OF IT IS WHAT, MR. COOPERSMITH -- WELL, YOU
09:02AM  13   PROBABLY DON'T WANT THE HEADER, EITHER -- BUT THE CONTENT IS
09:02AM  14   REALLY WHAT YOU TAKE A POSITION AGAINST, THAT IS, THE CONTENT
09:02AM  15   OF THE EMAIL ITSELF.
09:02AM  16        AND WITHOUT ANY FURTHER -- AND AGAIN, THIS POINTS TO THE
09:03AM  17   MOTION WAS FILED LATE YESTERDAY AFTERNOON, ACTUALLY AFTER WE
09:03AM  18   MET, I THINK, AND YOU HAVEN'T HAD A CHANCE TO PARSE THROUGH.
09:03AM  19        IF THE GOVERNMENT SOUGHT TO OFFER A REDACTION OF SOME
09:03AM  20   PORTION, I'D LOOK AT THAT, BUT AS IT PRESENTS NOW IN TOTALITY,
09:03AM  21   I'M NOT GOING TO ALLOW IT TO BE ADMITTED.
09:03AM  22        I DO THINK THAT THERE ARE SOME HEARSAY ISSUES.  THERE ARE
09:03AM  23   ALSO 403 ISSUES IN THIS.
09:03AM  24        IT DOES EXPRESS PERSONAL OPINIONS THAT COULD PERHAPS LOOK
09:03AM  25   AT ANIMUS TOWARDS CERTAIN THINGS THAT ARE NOT RELEVANT.  SO
```

1000

09:03AM  1    WITHOUT THAT BEING OFFERED AS REDACTIONS, I'M GOING TO

09:03AM  2    RESPECTFULLY DECLINE YOUR REQUEST TO INTRODUCE THIS AS IT IS.

09:03AM  3         I WILL ALLOW THE HEADER, THOUGH, WITH THE DATE AND TIME,

09:03AM  4    IF THAT'S AUTHENTICATED, THAT IS, THE DATE SHE SENT AN EMAIL,

09:03AM  5    THE ADDRESSEE, TO WHOM SHE SENT IT, THE DATE AND TIME.  I THINK

09:03AM  6    THAT IS A NEUTRAL -- SHE'S GOING TO TESTIFY ABOUT THAT, AND

09:04AM  7    THAT IS CERTAINLY NEUTRAL AND WOULD AUTHENTICATE ANY MAILING

09:04AM  8    THAT SHE DID.

09:04AM  9         ALL RIGHT.

09:04AM  10             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:04AM  11             THE COURT:  ANYTHING FURTHER ON THIS?

09:04AM  12             MR. BOSTIC:  NO, YOUR HONOR.  THANK YOU.

09:04AM  13             THE COURT:  THANK YOU.

09:04AM  14    I DO WANT TO TALK ABOUT -- WHAT WE'RE GOING TO DO IS WE'LL

09:04AM  15    INVITE OUR JURY IN IN JUST A MOMENT, AND I'LL PRELIMINARILY

09:04AM  16    INSTRUCT THEM, AND THEN WE WILL SEE IF YOU HAVE ANY OPENING

09:04AM  17    STATEMENTS TO BEGIN WITH.

09:04AM  18         ON DOCUMENT 1350, WHICH WAS THE STIPULATED PRELIMINARY

09:04AM  19    INSTRUCTIONS OF THE PARTIES, THERE WAS A FOOTNOTE 1, AND I

09:04AM  20    BELIEVE THE DEFENSE ASKED THAT I ADD TO THE MODEL INSTRUCTION

09:04AM  21    1.6 ON "RULING ON OBJECTIONS" AN EXTRA PARAGRAPH REGARDING

09:04AM  22    OBJECTIONS AND SIGNIFICANCE OF THOSE.

09:04AM  23         ANYTHING FURTHER ON THAT, MR. COOPERSMITH, ON YOUR

09:04AM  24    REQUEST?

09:04AM  25             MR. COOPERSMITH:  NO.  OTHER THAN WE REQUESTED THE,

| | | |
|---|---|---|
| 09:04AM | 1 | THE FOOTNOTE TO BE READ AND THAT'S OUR POSITION. |
| 09:04AM | 2 | THE COURT:  OKAY.  ANYTHING? |
| 09:05AM | 3 | MR. LEACH:  NO, YOUR HONOR. |
| 09:05AM | 4 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 09:05AM | 5 | I'M NOT GOING TO READ THAT FOOTNOTE.  I DO BELIEVE THAT |
| 09:05AM | 6 | THAT 1.6, MODEL INSTRUCTION 1.6 WHICH IS TITLED "RULING ON |
| 09:05AM | 7 | OBJECTIONS," CAPTURES THE SENTIMENT OF WHAT YOU HAVE ASKED TO |
| 09:05AM | 8 | INTRODUCE. |
| 09:05AM | 9 | I DON'T THINK IT'S NECESSARY TO INTRODUCE YET ANOTHER |
| 09:05AM | 10 | SENTENCE TO CAPTURE THE SENTIMENT OF THE INSTRUCTION.  SO I'M |
| 09:05AM | 11 | GOING TO DECLINE YOUR INVITATION TO READ THAT.  THE MODEL |
| 09:05AM | 12 | INSTRUCTIONS FULFILL THAT TASK APPROPRIATELY FOR THE JURY. |
| 09:05AM | 13 | I'LL STEP DOWN NOW. |
| 09:05AM | 14 | ANYTHING FURTHER BEFORE WE BREAK?  AND WE'LL HAVE OUR JURY |
| 09:05AM | 15 | COME IN IN JUST A MOMENT? |
| 09:05AM | 16 | MR. BOSTIC:  NO, YOUR HONOR.  THANK YOU. |
| 09:05AM | 17 | MR. COOPERSMITH:  NO, YOUR HONOR. |
| 09:05AM | 18 | THE COURT:  OKAY.  THANK YOU. |
| 09:05AM | 19 | (RECESS FROM 9:05 A.M. UNTIL 9:20 A.M.) |
| 09:20AM | 20 | (JURY IN AT 9:20 A.M.) |
| 09:20AM | 21 | THE COURT:  LET'S GO ON THE RECORD IN 18-258, |
| 09:20AM | 22 | UNITED STATES VERSUS RAMESH "SUNNY" BALWANI. |
| 09:20AM | 23 | ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT. |
| 09:20AM | 24 | OUR JURY AND ALTERNATES ARE PRESENT. |
| 09:21AM | 25 | GOOD MORNING, LADIES AND GENTLEMEN.  IT'S NICE TO SEE YOU |

09:21AM  1    AGAIN.  THANK YOU FOR COMING BACK.  WE APPRECIATE YOUR

09:21AM  2    PATIENCE.

09:21AM  3         WHAT IS GOING TO HAPPEN TODAY, LADIES AND GENTLEMEN, IS IN

09:21AM  4    JUST A MOMENT I'M GOING TO READ YOU SOME PRELIMINARY

09:21AM  5    INSTRUCTIONS THAT I HOPE WILL GUIDE YOU AS WE START THE TRIAL

09:21AM  6    TODAY.

09:21AM  7         I'LL THEN TURN TO THE PARTIES TO SEE IF THEY HAVE ANY

09:21AM  8    OPENING STATEMENTS THAT THEY WISH TO PRESENT TO YOU.

09:21AM  9         FOLLOWING THAT, WE'LL CALL THE FIRST WITNESS AND BEGIN

09:21AM  10   EVIDENCE IN THE TRIAL.

09:21AM  11        BEFORE WE DO THAT, THOUGH, PLEASE REMEMBER WHEN WE WERE

09:21AM  12   LAST TOGETHER, I TOLD YOU I WOULD ASK YOU A QUESTION THAT I

09:21AM  13   WILL ASK YOU EVERY TIME WE START OUR SESSION, AND THAT QUESTION

09:21AM  14   REGARDS THE ADMONITION THAT I GAVE YOU WHEN WE LAST PARTED

09:21AM  15   COMPANY, WHICH WAS TO NOT DO ANY RESEARCH, COME UPON ANYTHING

09:22AM  16   TO DO WITH THIS CASE, DO NOT DISCUSS THE CASE IN ANY WAY.

09:22AM  17        SO NOW LET ME ASK ALL OF YOU, HAVE ANY OF YOU, SINCE THE

09:22AM  18   LAST TIME THAT WE WERE TOGETHER, HAVE ANY OF YOU HEARD,

09:22AM  19   LISTENED TO, SAW, READ, DISCUSSED, OR IN ANY WAY, HAD ANY

09:22AM  20   ATTENTION COME TO YOU REGARDING ANYTHING TO DO WITH THIS CASE?

09:22AM  21        IF SO, IF YOU WOULD PLEASE RAISE YOUR HAND.

09:22AM  22        I SEE NO HANDS.

09:22AM  23        THANK YOU VERY MUCH.  THANK YOU FOR YOUR FIDELITY TO MY

09:22AM  24   ADMONITION.  I'LL GIVE YOU THAT EVERY DAY WHEN WE BREAK, AND

09:22AM  25   WHEN WE MEET AGAIN EVERY MORNING OR AFTERNOON I'LL ASK YOU THAT

| | | |
|---|---|---|
| 09:22AM | 1 | SAME QUESTION.  SO I APPRECIATE YOUR ATTENTION TO THAT. |
| 09:22AM | 2 | LADIES AND GENTLEMEN, YOU ARE NOW THE JURY IN THIS CASE, |
| 09:23AM | 3 | AND I WANT TO TAKE A FEW MINUTES TO TELL YOU SOMETHING ABOUT |
| 09:23AM | 4 | YOUR DUTIES AS JURORS AND TO GIVE YOU SOME PRELIMINARY |
| 09:23AM | 5 | INSTRUCTIONS. |
| 09:23AM | 6 | AT THE END OF THE TRIAL, I WILL GIVE YOU MORE DETAILED |
| 09:23AM | 7 | WRITTEN INSTRUCTIONS THAT WILL CONTROL YOUR DELIBERATIONS. |
| 09:23AM | 8 | WHEN YOU DELIBERATE, IT WILL BE YOUR DUTY TO WEIGH AND TO |
| 09:23AM | 9 | EVALUATE ALL OF THE EVIDENCE RECEIVED IN THE CASE, AND IN THAT |
| 09:23AM | 10 | PROCESS TO DECIDE THE FACTS. |
| 09:23AM | 11 | TO THE FACTS AS YOU FIND THEM, YOU WILL APPLY THE LAW AS I |
| 09:23AM | 12 | GIVE IT TO YOU, WHETHER YOU AGREE WITH THE LAW OR NOT.  YOU |
| 09:23AM | 13 | MUST DECIDE THE CASE SOLELY ON THE EVIDENCE AND THE LAW BEFORE |
| 09:23AM | 14 | YOU. |
| 09:23AM | 15 | PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY.  YOU SHOULD |
| 09:23AM | 16 | NOT BE INFLUENCED BY ANY PERSON'S RACE, COLOR, RELIGIOUS |
| 09:23AM | 17 | BELIEFS, NATIONAL ANCESTRY, SEXUAL ORIENTATION, GENDER |
| 09:24AM | 18 | IDENTITY, GENDER, OR PROFESSION, CELEBRITY, ECONOMIC |
| 09:24AM | 19 | CIRCUMSTANCES, OR POSITION IN LIFE OR IN THE COMMUNITY. |
| 09:24AM | 20 | ALSO, DO NOT ALLOW YOURSELF TO BE INFLUENCED BY PERSONAL |
| 09:24AM | 21 | LIKES OR DISLIKES, SYMPATHY, PREJUDICE, FEAR, PUBLIC OPINION, |
| 09:24AM | 22 | OR BIASES, INCLUDING UNCONSCIOUS BIASES. |
| 09:24AM | 23 | UNCONSCIOUS BIASES ARE STEREOTYPES, ATTITUDES, OR |
| 09:24AM | 24 | PREFERENCES THAT PEOPLE MAY CONSCIOUSLY REJECT BUT MAY BE |
| 09:24AM | 25 | EXPRESSED WITHOUT CONSCIOUS AWARENESS, CONTROL, OR INTENTION. |

09:24AM  1        LIKE CONSCIOUS BIAS, UNCONSCIOUS BIAS CAN AFFECT HOW WE

09:24AM  2    EVALUATE INFORMATION AND MAKE DECISIONS.

09:24AM  3        THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

09:24AM  4    GOVERNMENT.  THE GOVERNMENT CHARGES MR. BALWANI WITH CONSPIRACY

09:25AM  5    TO COMMIT WIRE FRAUD AGAINST THERANOS INVESTORS, CONSPIRACY TO

09:25AM  6    COMMIT WIRE FRAUD AGAINST THERANOS PAYING PATIENTS, AND WIRE

09:25AM  7    FRAUD AGAINST THERANOS INVESTORS AND PAYING PATIENTS.

09:25AM  8        THE CHARGES AGAINST MR. BALWANI ARE CONTAINED IN THE

09:25AM  9    INDICTMENT.  THE INDICTMENT SIMPLY DESCRIBES THE CHARGES THE

09:25AM 10    GOVERNMENT BRINGS AGAINST MR. BALWANI.  THE INDICTMENT IS NOT

09:25AM 11    EVIDENCE AND DOES NOT PROVE ANYTHING.

09:25AM 12        MR. BALWANI HAS PLEADED NOT GUILTY TO THE CHARGES AND IS

09:25AM 13    PRESUMED INNOCENT UNLESS AND UNTIL THE GOVERNMENT PROVES

09:25AM 14    MR. BALWANI GUILTY BEYOND A REASONABLE DOUBT.  IN ADDITION,

09:25AM 15    MR. BALWANI HAS THE RIGHT TO REMAIN SILENT AND NEVER HAS TO

09:25AM 16    PROVE INNOCENCE OR PRESENT ANY EVIDENCE.

09:25AM 17        IN ORDER TO HELP YOU FOLLOW THE EVIDENCE, I WILL NOW GIVE

09:25AM 18    YOU A BRIEF SUMMARY OF THE ELEMENTS OF THE CHARGED OFFENSES.

09:26AM 19    AS I HAVE SAID, AT THE END OF THE TRIAL I WILL GIVE YOU MORE

09:26AM 20    DETAILED INSTRUCTIONS THAT WILL CONTROL YOUR DELIBERATIONS.

09:26AM 21        THERE ARE TWELVE COUNTS IN THE INDICTMENT.  THE GOVERNMENT

09:26AM 22    MUST PROVE EACH ELEMENT FOR EACH COUNT BEYOND A REASONABLE

09:26AM 23    DOUBT TO MAKE ITS CASE.

09:26AM 24        COUNTS ONE AND TWO CHARGE CONSPIRACY TO COMMIT WIRE FRAUD.

09:26AM 25        MR. BALWANI IS CHARGED IN COUNT ONE WITH CONSPIRING TO

09:26AM   1    COMMIT WIRE FRAUD AGAINST INVESTORS IN THERANOS DURING THE

09:26AM   2    PERIOD 2010 TO 2015.

09:26AM   3        MR. BALWANI IS CHARGED IN COUNT TWO OF THE INDICTMENT WITH

09:26AM   4    CONSPIRING TO COMMIT WIRE FRAUD AGAINST PATIENTS WHO PAID FOR

09:26AM   5    THERANOS BLOOD TESTING SERVICES DURING THE PERIOD 2013 TO 2016.

09:26AM   6        A CONSPIRACY IS A KIND OF CRIMINAL PARTNERSHIP, AN

09:27AM   7    AGREEMENT OF TWO OR MORE PERSONS TO COMMIT ONE OR MORE CRIMES.

09:27AM   8    THE CRIME OF CONSPIRACY IS THE AGREEMENT TO DO SOMETHING

09:27AM   9    UNLAWFUL; IT DOES NOT MATTER WHETHER THE CRIME AGREED UPON WAS

09:27AM  10    COMMITTED.

09:27AM  11        IN ORDER FOR MR. BALWANI TO BE FOUND GUILTY OF THE CHARGES

09:27AM  12    OF CONSPIRACY, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING

09:27AM  13    ELEMENTS BEYOND A REASONABLE DOUBT:

09:27AM  14        FIRST, THAT THERE WAS AN AGREEMENT BETWEEN TWO OR MORE

09:27AM  15    PERSONS TO COMMIT WIRE FRAUD.  I WILL DEFINE THE ELEMENTS OF

09:27AM  16    WIRE FRAUD IN A MINUTE.

09:27AM  17        AND SECOND, THAT MR. BALWANI BECAME A MEMBER OF EACH

09:27AM  18    ALLEGED CONSPIRACY KNOWING OF AT LEAST ONE OF ITS OBJECTS AND

09:27AM  19    INTENDING TO HELP ACCOMPLISH IT.

09:27AM  20        COUNTS THREE THROUGH TWELVE CHARGE WIRE FRAUD.

09:27AM  21        COUNTS THREE THROUGH EIGHT CHARGE WIRE FRAUD AGAINST

09:28AM  22    INVESTORS IN THERANOS.

09:28AM  23        COUNTS NINE THROUGH TWELVE CHARGE WIRE FRAUD AGAINST

09:28AM  24    PAYING THERANOS PATIENTS.

09:28AM  25        IN ORDER FOR MR. BALWANI TO BE FOUND GUILTY OF THE CHARGES

1006

09:28AM   1    OF WIRE FRAUD, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING

09:28AM   2    ELEMENTS BEYOND A REASONABLE DOUBT:

09:28AM   3         FIRST, THAT MR. BALWANI KNOWINGLY PARTICIPATED IN,

09:28AM   4    DEVISED, OR INTENDED TO DEVISE A SCHEME OR PLAN TO DEFRAUD, OR

09:28AM   5    A SCHEME OR PLAN FOR OBTAINING MONEY OR PROPERTY BY MEANS OF

09:28AM   6    FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES.

09:28AM   7         A SCHEME TO DEFRAUD IS A DECEPTIVE SCHEME TO DEPRIVE A

09:28AM   8    PERSON OF MONEY OR PROPERTY.

09:28AM   9         SECOND, THAT THE STATEMENTS MADE AS PART OF THE SCHEME

09:28AM  10    WERE MATERIAL, THAT IS, THEY HAD A NATURAL TENDENCY TO

09:29AM  11    INFLUENCE OR WERE CAPABLE OF INFLUENCING A PERSON TO PART WITH

09:29AM  12    MONEY OR PROPERTY;

09:29AM  13         THIRD, THAT MR. BALWANI ACTED WITH THE INTENT TO DEFRAUD,

09:29AM  14    THAT IS, THE INTENT TO DECEIVE AND CHEAT; AND.

09:29AM  15         FOURTH, THAT MR. BALWANI USED, OR CAUSED TO BE USED, AN

09:29AM  16    INTERSTATE OR FOREIGN WIRE COMMUNICATION TO CARRY OUT OR

09:29AM  17    ATTEMPT TO CARRY OUT AN ESSENTIAL PART OF THE SCHEME.

09:29AM  18         THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

09:29AM  19    FACTS CONSIST OF:

09:29AM  20         ONE, THE SWORN TESTIMONY OF ANY WITNESS;

09:29AM  21         TWO, THE EXHIBITS THAT ARE RECEIVED IN EVIDENCE; AND,

09:29AM  22         THREE, ANY FACTS TO WHICH THE PARTIES HAVE AGREED.

09:29AM  23         THE FOLLOWING THINGS ARE NOT EVIDENCE, AND YOU MUST NOT

09:29AM  24    CONSIDER THEM AS EVIDENCE IN DECIDING THE FACTS OF THIS CASE:

09:30AM  25         1.  STATEMENTS AND ARGUMENTS OF THE ATTORNEYS;

09:30AM 1    2.  QUESTIONS AND OBJECTIONS OF THE ATTORNEYS;

09:30AM 2    3.  TESTIMONY THAT I INSTRUCT YOU TO DISREGARD; AND,

09:30AM 3    4.  ANYTHING THAT YOU MAY SEE OR HEAR WHEN THE COURT IS

09:30AM 4 NOT IN SESSION EVEN IF WHAT YOU SEE OR HEAR IS DONE OR SAID BY

09:30AM 5 ONE OF THE PARTIES OR BY ONE OF THE WITNESSES.

09:30AM 6    EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

09:30AM 7 IS DIRECT PROOF OF A FACT, SUCH AS TESTIMONY BY A WITNESS ABOUT

09:30AM 8 WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

09:30AM 9    CIRCUMSTANTIAL EVIDENCE IS INDIRECT EVIDENCE, THAT IS, IT

09:30AM 10 IS PROOF OF ONE OR MORE FACTS FROM WHICH YOU CAN FIND ANOTHER

09:30AM 11 FACT.

09:30AM 12    YOU ARE TO CONSIDER BOTH DIRECT AND CIRCUMSTANTIAL

09:31AM 13 EVIDENCE.  EITHER CAN BE USED TO PROVE ANY FACT.  THE LAW MAKES

09:31AM 14 NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT

09:31AM 15 OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH

09:31AM 16 WEIGHT TO GIVE TO ANY EVIDENCE.

09:31AM 17    NOW, BY WAY OF EXAMPLE, IF YOU WAKE UP IN THE MORNING AND

09:31AM 18 YOU SEE THAT THE SIDEWALK IS WET, YOU MAY FIND FROM THAT FACT

09:31AM 19 THAT IT RAINED DURING THE NIGHT.  HOWEVER, OTHER EVIDENCE SUCH

09:31AM 20 AS A TURNED ON GARDEN HOSE MAY PROVIDE AN EXPLANATION FOR THE

09:31AM 21 WATER ON THE SIDEWALK.  THEREFORE, BEFORE YOU DECIDE THAT A

09:31AM 22 FACT HAS BEEN PROVEN BY CIRCUMSTANTIAL EVIDENCE, YOU MUST

09:31AM 23 CONSIDER ALL OF THE EVIDENCE IN THE LIGHT OF REASON,

09:31AM 24 EXPERIENCE, AND COMMON SENSE.

09:31AM 25    THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

1008

09:32AM 1    RECEIVED IN EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR OFFERS

09:32AM 2    AN EXHIBIT IN EVIDENCE AND A LAWYER ON THE OTHER SIDE THINKS

09:32AM 3    THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE, THAT LAWYER

09:32AM 4    MAY OBJECT.

09:32AM 5        IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE ANSWERED

09:32AM 6    OR THE EXHIBIT RECEIVED.

09:32AM 7        IF I SUSTAIN THE OBJECTION, THE QUESTION CANNOT BE

09:32AM 8    ANSWERED, OR THE EXHIBIT CANNOT BE RECEIVED.

09:32AM 9        WHETHER I SUSTAIN AN OBJECTION TO A -- WHENEVER I SUSTAIN

09:32AM 10   AN OBJECTION TO A QUESTION, YOU MUST IGNORE THE QUESTION AND

09:32AM 11   MUST NOT GUESS WHAT THE ANSWER WOULD HAVE BEEN.

09:32AM 12       THE PARTIES ARE LIKELY TO TURN TO THE COURT MANY TIMES

09:32AM 13   OVER THE COURSE OF THE TRIAL FOR DECISIONS AS TO THE EVIDENCE

09:32AM 14   IN THE CASE.  DO NOT CONSIDER MY SUSTAINING OR OVERRULING AN

09:32AM 15   OBJECTION AS ANY INDICATION OF MY OPINION OF THE CASE OR WHAT

09:32AM 16   YOUR VERDICT SHOULD BE.

09:33AM 17       SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE

09:33AM 18   RECORD AND THAT YOU DISREGARD OR IGNORE THE EVIDENCE.  THAT

09:33AM 19   MEANS THAT WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT

09:33AM 20   CONSIDER THE EVIDENCE THAT I TOLD YOU TO DISREGARD.

09:33AM 21       IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

09:33AM 22   WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

09:33AM 23   YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR

09:33AM 24   NONE OF IT.

09:33AM 25       IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

```
09:33AM    1    INTO ACCOUNT:
09:33AM    2         THE WITNESS'S OPPORTUNITY AND ABILITY TO SEE OR HEAR OR
09:33AM    3    KNOW THE THINGS TESTIFIED TO;
09:33AM    4         THE WITNESS'S MEMORY;
09:33AM    5         THE WITNESS'S MANNER WHILE TESTIFYING;
09:33AM    6         THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF ANY;
09:33AM    7         THE WITNESS'S BIAS OR PREJUDICE, IF ANY;
09:34AM    8         WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S
09:34AM    9    TESTIMONY;
09:34AM   10         THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF
09:34AM   11    ALL OF THE EVIDENCE; AND,
09:34AM   12         ANY OTHER FACTORS THAT BEAR ON BELIEVABILITY.
09:34AM   13         YOU MUST AVOID BIAS, CONSCIOUS OR UNCONSCIOUS, BASED ON A
09:34AM   14    WITNESS'S RACE, COLOR, RELIGIOUS BELIEFS, NATIONAL ANCESTRY,
09:34AM   15    SEXUAL ORIENTATION, GENDER IDENTITY, GENDER, OR ECONOMIC
09:34AM   16    CIRCUMSTANCES IN YOUR DETERMINATION OF CREDIBILITY.
09:34AM   17         THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT
09:34AM   18    NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY ABOUT
09:34AM   19    IT.  WHAT IS IMPORTANT IS HOW BELIEVABLE THE WITNESSES ARE AND
09:34AM   20    HOW MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.
09:34AM   21         I'LL NOW SAY A FEW WORDS ABOUT YOUR CONDUCT AS JURORS.
09:35AM   22         FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL, AND DO NOT
09:35AM   23    DECIDE WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW
09:35AM   24    JURORS HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE
09:35AM   25    CASE.
```

09:35AM 1    SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON

09:35AM 2    THE EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO

09:35AM 3    THE LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

09:35AM 4    INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

09:35AM 5    THE COURSE OF YOUR JURY DUTY.  THUS, UNTIL THE END OF THE CASE

09:35AM 6    OR UNLESS I TELL YOU OTHERWISE:

09:35AM 7    DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT LET

09:35AM 8    ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE MERITS OF

09:35AM 9    THE CASE OR ANYTHING TO DO WITH IT.

09:35AM 10    THIS RESTRICTION INCLUDES DISCUSSING THE CASE IN PERSON,

09:35AM 11    IN WRITING, BY PHONE, TABLET, OR COMPUTER, OR ANY OTHER MEANS,

09:36AM 12    VIA EMAIL, VIA TEXT MESSAGING, OR ANY INTERNET CHAT ROOM, BLOG,

09:36AM 13    WEBSITE, OR APPLICATION, INCLUDING BUT NOT LIMITED TO FACEBOOK,

09:36AM 14    YOUTUBE, TWITTER, INSTAGRAM, LINKEDIN, SNAPCHAT, TIKTOK,

09:36AM 15    REDDIT, OR ANY OTHER FORMS OF SOCIAL MEDIA.

09:36AM 16    THIS RESTRICTION APPLIES TO COMMUNICATING WITH YOUR FELLOW

09:36AM 17    JURORS UNTIL I GIVE YOU THE CASE FOR DELIBERATION, AND IT

09:36AM 18    APPLIES TO COMMUNICATING WITH EVERYONE ELSE INCLUDING YOUR

09:36AM 19    FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA OR PRESS, AND THE

09:36AM 20    PEOPLE INVOLVED IN THE TRIAL, ALTHOUGH YOU MAY NOTIFY YOUR

09:36AM 21    FAMILY AND YOUR EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR

09:36AM 22    IN THE CASE AND HOW LONG YOU EXPECT THE TRIAL TO LAST.

09:36AM 23    BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

09:36AM 24    JURY SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT

09:37AM 25    YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER.  IN ADDITION,

09:37AM  1      YOU MUST REPORT THE CONTACT TO THE COURT.

09:37AM  2          BECAUSE YOU WILL RECEIVE ALL OF THE EVIDENCE AND LEGAL

09:37AM  3      INSTRUCTION YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT:

09:37AM  4          DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA

09:37AM  5      ACCOUNTS OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH

09:37AM  6      IT; DO NOT DO ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES,

09:37AM  7      SEARCHING THE INTERNET OR USING OTHER REFERENCE MATERIALS; AND

09:37AM  8      DO NOT MAKE ANY INVESTIGATION OR IN ANY OTHER WAY TRY TO LEARN

09:37AM  9      ABOUT THE CASE ON YOUR OWN.

09:37AM  10         DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN THIS CASE, AND

09:37AM  11     DO NOT USE THE INTERNET OR ANY OTHER RESOURCE TO SEARCH FOR OR

09:37AM  12     VIEW ANY PLACE DISCUSSED DURING THE TRIAL.

09:37AM  13         ALSO, DO NOT DO ANY RESEARCH ABOUT THIS CASE, THE LAW, OR

09:38AM  14     THE PEOPLE INVOLVED, INCLUDING THE PARTIES, THE WITNESSES, OR

09:38AM  15     THE LAWYERS, UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

09:38AM  16         IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

09:38AM  17     CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

09:38AM  18     POSSIBLE.

09:38AM  19         MANY OF YOU RECEIVE WHAT ARE CALLED "PUSH NOTIFICATIONS"

09:38AM  20     ON YOUR SMARTPHONES, WHICH CAN PROVIDE NEWS HEADLINES ON YOUR

09:38AM  21     SCREEN EVEN WHEN YOU ARE NOT OTHERWISE LOOKING FOR NEWS.  SO

09:38AM  22     THAT YOU DO NOT INADVERTENTLY RECEIVE NEWS ALERTS ON YOUR

09:38AM  23     SCREENS DURING THE TRIAL, YOU ARE TO TURN OFF ALL SUCH "PUSH

09:38AM  24     NOTIFICATIONS" FOR ANY NEWS "APP" ON YOUR PHONE UNTIL THE TRIAL

09:38AM  25     IS CONCLUDED.

09:38AM   1          THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THIS CASE

09:38AM   2    DECIDED ONLY ON EVIDENCE THAT HAS BEEN PRESENTED HERE IN COURT.

09:39AM   3          WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH,

09:39AM   4    AND THE ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

09:39AM   5    PROCESS.

09:39AM   6          IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE THE

09:39AM   7    COURTROOM OR GAIN ANY INFORMATION THROUGH IMPROPER

09:39AM   8    COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

09:39AM   9    INACCURATE, INCOMPLETE, OR MISLEADING INFORMATION THAT HAS NOT

09:39AM  10    BEEN TESTED BY THE TRIAL PROCESS.

09:39AM  11          EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

09:39AM  12    IMPARTIAL JURY, AND IF YOU DECIDE THE CASE BASED ON INFORMATION

09:39AM  13    NOT PRESENTED IN COURT, YOU WILL HAVE DENIED THE PARTIES A FAIR

09:39AM  14    TRIAL.

09:39AM  15          REMEMBER, YOU HAVE TAKEN AN OATH TO FOLLOW THE RULES, AND

09:39AM  16    IT IS VERY IMPORTANT THAT YOU DO FOLLOW THESE RULES.

09:39AM  17          A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

09:40AM  18    FAIRNESS OF THESE PROCEEDINGS AND A MISTRIAL COULD RESULT THAT

09:40AM  19    WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.  IF ANY

09:40AM  20    JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE NOTIFY THE

09:40AM  21    COURT IMMEDIATELY.

09:40AM  22          NOW, LADIES AND GENTLEMEN, OUR COURTHOUSE HERE, AS YOU

09:40AM  23    KNOW, IS VERY INTIMATE.  IT'S A SMALL COURTHOUSE, AND YOU WILL

09:40AM  24    TRAVEL THROUGH THE ELEVATORS, OUR HALLWAYS OUTSIDE OF THE

09:40AM  25    COURTROOM ON YOUR WAY IN AND FROM PARKING LOTS AND OTHER

09:40AM 1   TRANSPORTATION.

09:40AM 2       IT MAY BE THAT YOU WILL CROSS PATHS WITH ONE OF THE

09:40AM 3   PARTIES IN THIS CASE, ONE OF THE LAWYERS, OR SOMEBODY ATTACHED

09:40AM 4   TO THIS CASE.  IT MAY BE THAT YOU'RE IN AN ELEVATOR WITH THEM

09:40AM 5   OR THE HALLWAY WITH THEM, AND YOU MAY SMILE AND THEY MAY LOOK

09:40AM 6   THE OTHER WAY OR LOOK AT THE TOP OF THEIR SHOES OR THEY MAY NOT

09:40AM 7   RETURN YOUR SMILE.

09:40AM 8       NOW, LET ME ASSURE YOU, LADIES AND GENTLEMEN, ALL OF THESE

09:41AM 9   PARTIES HERE WERE PROPERLY RAISED.  THEY HAVE MANNERS.  BUT

09:41AM 10  THEY KNOW THAT THEY ARE NOT TO COMMUNICATE WITH ANYONE, WITH

09:41AM 11  ANY OF YOU.  SO PLEASE DO NOT BE OFFENDED IF YOU SEE SOMEONE,

09:41AM 12  IF THEY STEP ASIDE, IF THEY LOOK THE OTHER WAY.  THEY'RE NOT

09:41AM 13  DOING THAT BECAUSE THEY'RE RUDE.  THEY'RE DOING THAT BECAUSE

09:41AM 14  THEY KNOW THE RULES OF THE COURT AND THEY WANT TO RESPECT YOU

09:41AM 15  AND GIVE YOU SPACE HERE.

09:41AM 16      SO PLEASE RECOGNIZE THAT.  AGAIN, YOU MAY PASS SOME OF

09:41AM 17  THESE PARTIES IN THE HALLWAYS, OUTSIDE OF THE BUILDING

09:41AM 18  SOMEWHERE, AND THEY WILL AVOID CONTACT WITH YOU, BUT PLEASE

09:41AM 19  RESPECT THEY'RE NOT BEING RUDE.  THEY WANT TO GIVE YOU SPACE,

09:41AM 20  AND THEY KNOW THE RULES OF THE COURT.

09:41AM 21      SO THANK YOU FOR THAT.

09:41AM 22      AT THE END OF THE TRIAL YOU WILL HAVE TO MAKE YOUR

09:41AM 23  DECISION BASED ON WHAT YOU RECALL OF THE EVIDENCE.  YOU WILL

09:41AM 24  NOT HAVE A WRITTEN TRANSCRIPT OF THE TRIAL, SO I URGE YOU TO

09:41AM 25  PAY CLOSE ATTENTION TO THE TESTIMONY AS IT IS GIVEN.

```
09:41AM   1         IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE
09:42AM   2    EVIDENCE.  IF YOU DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF
09:42AM   3    UNTIL YOU AND YOUR FELLOW JURORS GO TO THE JURY ROOM TO DECIDE
09:42AM   4    THE CASE.  DO NOT LET NOTE TAKING DISTRACT YOU FROM BEING
09:42AM   5    ATTENTIVE.  WHEN YOU LEAVE COURT FOR RECESSES, YOUR NOTES
09:42AM   6    SHOULD BE LEFT IN THE JURY ROOM.  NO ONE WILL READ YOUR NOTES.
09:42AM   7         WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN
09:42AM   8    MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.
09:42AM   9    YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE OF
09:42AM  10    YOUR FELLOW JURORS.
09:42AM  11         THE NEXT PHASE OF THE TRIAL WILL NOW BEGIN.  FIRST, EACH
09:42AM  12    SIDE MAY MAKE AN OPENING STATEMENT.  AN OPENING STATEMENT IS
09:42AM  13    NOT EVIDENCE.  IT IS SIMPLY AN OUTLINE TO HELP YOU UNDERSTAND
09:42AM  14    WHAT THAT PARTY EXPECTS THE EVIDENCE WILL SHOW.  A PARTY IS NOT
09:43AM  15    REQUIRED TO MAKE AN OPENING STATEMENT.
09:43AM  16         THE GOVERNMENT WILL THEN PRESENT EVIDENCE AND COUNSEL FOR
09:43AM  17    THE DEFENDANT MAY CROSS-EXAMINE.
09:43AM  18         THEN, IF THE DEFENDANT CHOOSES TO OFFER EVIDENCE, COUNSEL
09:43AM  19    FOR THE GOVERNMENT MAY CROSS-EXAMINE.
09:43AM  20         ONLY THE LAWYERS AND I ARE ALLOWED TO ASK QUESTIONS OF THE
09:43AM  21    WITNESSES.  A JUROR IS NOT PERMITTED TO ASK QUESTIONS OF
09:43AM  22    WITNESSES.
09:43AM  23         IF, HOWEVER, YOU ARE UNABLE TO HEAR OR TO SEE A WITNESS OR
09:43AM  24    A LAWYER OR ANY EXHIBIT ON YOUR SCREENS, PLEASE RAISE YOUR
09:43AM  25    HAND, AND I WILL CORRECT THAT SITUATION.
```

1015

09:43AM 1      AFTER THE EVIDENCE HAS BEEN PRESENTED, THE ATTORNEYS WILL

09:43AM 2  MAKE CLOSING ARGUMENTS, AND THEN I WILL INSTRUCT YOU ON THE LAW

09:43AM 3  THAT APPLIES TO THE CASE.

09:43AM 4      AFTER THAT, YOU WILL GO TO THE JURY ROOM TO DELIBERATE

09:43AM 5  YOUR VERDICT.

09:44AM 6      DURING THE TRIAL, I MAY NEED TO TAKE UP LEGAL MATTERS WITH

09:44AM 7  THE ATTORNEYS PRIVATELY, EITHER BY HAVING A CONFERENCE AT THE

09:44AM 8  BENCH WHEN THE JURY IS PRESENT IN THE COURTROOM OR BY CALLING A

09:44AM 9  RECESS.  PLEASE UNDERSTAND THAT WHILE YOU ARE WAITING, WE WILL

09:44AM 10 BE WORKING.  THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP

09:44AM 11 RELEVANT INFORMATION FROM YOU, BUT RATHER TO DECIDE HOW CERTAIN

09:44AM 12 EVIDENCE IS TO BE TREATED UNDER THE RULES OF EVIDENCE AND TO

09:44AM 13 AVOID CONFUSION AND ERROR.

09:44AM 14     OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

09:44AM 15 THE LENGTH OF THESE CONFERENCES TO A MINIMUM.  I MAY NOT ALWAYS

09:44AM 16 GRANT AN ATTORNEY'S REQUEST FOR A CONFERENCE.  DO NOT CONSIDER

09:44AM 17 MY GRANTING OR DENYING A REQUEST FOR A CONFERENCE AS ANY

09:44AM 18 INDICATION OF MY OPINION OF THE CASE OR WHAT YOUR VERDICT

09:44AM 19 SHOULD BE.

09:45AM 20     FOR REASONS THAT DO NOT CONCERN YOU, THE CASE AGAINST THE

09:45AM 21 CODEFENDANT ELIZABETH HOLMES IS NOT BEFORE YOU.  DO NOT

09:45AM 22 SPECULATE WHY.

09:45AM 23     THIS FACT SHOULD NOT INFLUENCE YOUR VERDICTS WITH

09:45AM 24 REFERENCE TO MR. BALWANI, AND YOU MUST BASE YOUR VERDICTS

09:45AM 25 SOLELY ON THE EVIDENCE AGAINST MR. BALWANI.

1016

| | | |
|---|---|---|
| 09:45AM | 1 | THAT CONCLUDES THE COURT'S READING OF THE PRELIMINARY |
| 09:45AM | 2 | INSTRUCTIONS. |
| 09:45AM | 3 | ANY OBJECTIONS TO THE READING OF THE PRELIMINARY |
| 09:45AM | 4 | INSTRUCTIONS? |
| 09:45AM | 5 | MR. LEACH:  NO, YOUR HONOR. |
| 09:45AM | 6 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 09:45AM | 7 | THE COURT:  THANK YOU. |
| 09:45AM | 8 | DOES THE GOVERNMENT HAVE AN OPENING STATEMENT? |
| 09:45AM | 9 | MR. LEACH:  WE DO, YOUR HONOR. |
| 09:45AM | 10 | THE COURT:  PLEASE PROCEED.  THANK YOU. |
| 09:45AM | 11 | MR. LEACH:  MAY I REMOVE MY MASK? |
| 09:45AM | 12 | THE COURT:  YES. |
| 09:46AM | 13 | MR. LEACH:  YOUR HONOR, MAY I HAVE ONE MOMENT WITH |
| 09:46AM | 14 | MS. ROBINSON? |
| 09:46AM | 15 | THE COURT:  YES.  THANK YOU. |
| 09:46AM | 16 | THE CLERK:  I THINK I NEED TO RESET THE SYSTEM. |
| 09:46AM | 17 | THE COURT:  MR. LEACH, I BEG YOUR PARDON, WE'RE |
| 09:46AM | 18 | GOING TO NEED TO RESET OUR SYSTEM HERE. |
| 09:46AM | 19 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 09:46AM | 20 | (PAUSE IN PROCEEDINGS.) |
| 09:46AM | 21 | THE COURT:  FOLKS, IF YOU WANT TO TAKE A STANDING |
| 09:46AM | 22 | STRETCH FOR JUST A MOMENT, FEEL FREE TO BEFORE WE BEGIN |
| 09:46AM | 23 | ARGUMENT. |
| 09:46AM | 24 | FEEL FREE TO STAND UP FOR 30 SECONDS. |
| 09:47AM | 25 | (STRETCHING.) |

1017

```
09:48AM   1              THE COURT:  LADIES AND GENTLEMEN, I APOLOGIZE, IT

09:48AM   2       SEEMS LIKE WE HAVE A SILICON VALLEY GLITCH IN OUR SYSTEM.

09:48AM   3           (LAUGHTER.)

09:48AM   4              THE COURT:  WE'RE TRYING TO CORRECT THAT.

09:48AM   5           I APOLOGIZE TO YOU, MR. LEACH, AND YOUR COLLEAGUE

09:48AM   6       OPPOSITE.

09:48AM   7           IF YOU WERE GOING TO USE THIS -- I KNOW YOU WANTED TO USE

09:48AM   8       THIS.

09:48AM   9           I'M CONFIDENT NOBODY IS WATCHING ANY BASKETBALL GAMES

09:48AM  10       RIGHT NOW THAT ARE INTERFERING WITH THIS.

09:48AM  11              MR. LEACH:  NOT THAT I'M AWARE OF, YOUR HONOR.

09:49AM  12           (PAUSE IN PROCEEDINGS.)

09:49AM  13              THE COURT:  I WONDER IF WE SHOULDN'T -- RATHER THAN

09:49AM  14       HAVE FOLKS WAIT HERE, LET'S TAKE A BRIEF RECESS, AND WE'LL

09:49AM  15       SUMMON OUR I.T. PERSON TO SEE IF WE CAN GET A QUICK FIX TO

09:49AM  16       THIS.

09:49AM  17           I APOLOGIZE, COUNSEL.  I'M SORRY.

09:49AM  18              MR. LEACH:  THANK YOU, YOUR HONOR.

09:49AM  19              THE COURT:  SO LET'S TAKE A RECESS, LADIES AND

09:49AM  20       GENTLEMEN.

09:50AM  21           (JURY OUT AT 9:50 A.M.)

09:50AM  22              THE COURT:  PLEASE BE SEATED.  THANK YOU.

09:50AM  23           THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT THE ROOM

09:50AM  24       FOR OUR BREAK.  WE ARE GOING TO TRY TO RESOLVE THIS WITH OUR

09:50AM  25       I.T. PERSON.  I THINK A CALL HAS BEEN PUT INTO SAN FRANCISCO.
```

09:50AM  1          I'LL JUST STEP DOWN.

09:50AM  2          ANYTHING BEFORE I STEP DOWN, COUNSEL?

09:50AM  3              MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

09:50AM  4              MR. COOPERSMITH:  NO, YOUR HONOR.

09:50AM  5              THE COURT:  I APOLOGIZE, I'M SORRY.  WE'LL GET

09:50AM  6    THROUGH THIS AS QUICK AS WE CAN.  THANK YOU.

09:50AM  7          (RECESS FROM 9:50 A.M. UNTIL 10:08 A.M.)

10:08AM  8          (JURY IN AT 10:08 A.M.)

10:08AM  9              THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

10:08AM 10    PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

10:08AM 11          OUR JURORS AND ALTERNATES ARE PRESENT.  THANK YOU, LADIES

10:08AM 12    AND GENTLEMEN.  I APOLOGIZE FOR THE INCONVENIENCE.

10:08AM 13          MR. LEACH, I THINK WE'VE SOLVED THE ISSUE.

10:08AM 14          IF YOU HAVE AN OPENING STATEMENT.

10:08AM 15              MR. LEACH:  YES, YOUR HONOR.

10:08AM 16          THANK YOU, MS. ROBINSON.

10:08AM 17          **(COUNSEL FOR GOVERNMENT GAVE THEIR OPENING STATEMENT.)**

10:09AM 18              MR. LEACH:  THANK YOU, LADIES AND GENTLEMEN, FOR

10:09AM 19    YOUR PATIENCE THIS MORNING.  I THINK EVERYTHING IS WORKING NOW.

10:09AM 20          MAY IT PLEASE THE COURT.

10:09AM 21          LADIES AND GENTLEMEN OF THE JURY, THE DEFENDANT,

10:09AM 22    RAMESH BALWANI, WAS THE PRESIDENT AND CHIEF OPERATING OFFICER

10:09AM 23    OF THERANOS, A BLOOD TESTING COMPANY HEADQUARTERED IN

10:09AM 24    SILICON VALLEY.

10:09AM 25          THE EVIDENCE WILL SHOW THAT THE DEFENDANT LIED TO

10:09AM 1    POTENTIAL INVESTORS IN THERANOS AND TO PATIENTS WHO USED

10:09AM 2    THERANOS'S BLOOD TESTING SERVICES.

10:09AM 3        HE MISLED THEM INTO BELIEVING THAT THERANOS HAD DEVELOPED

10:09AM 4    A MINI BLOOD ANALYZER THAT COULD RUN VIRTUALLY ANY BLOOD TEST

10:09AM 5    FROM A DROP OF BLOOD DRAWN FROM THE FINGER, NOT FROM THE VEIN.

10:09AM 6        HE DID THIS TO GET MONEY FROM INVESTORS, AND HE DID THIS

10:09AM 7    TO GET MONEY AND BUSINESS FROM PAYING PATIENTS WHO WERE

10:09AM 8    COUNTING ON THERANOS TO DELIVER ACCURATE AND RELIABLE BLOOD

10:09AM 9    TESTS SO THAT THEY COULD MAKE IMPORTANT MEDICAL DECISIONS.

10:10AM 10       THE MINI BLOOD ANALYZER THAT THE DEFENDANT TOUTED WAS

10:10AM 11   NEVER ABLE TO DO MORE THAN 12 BLOOD TESTS, AND EVEN THOSE, IT

10:10AM 12   DID BADLY FOR THE SHORT PERIOD OF TIME IT WAS IN USE.

10:10AM 13       DURING THESE SCHEMES TO DEFRAUD, THE DEFENDANT AND

10:10AM 14   THERANOS MADE NUMEROUS FALSE AND MISLEADING CLAIMS ABOUT THE

10:10AM 15   CAPABILITIES AND ACCOMPLISHMENTS OF THERANOS AND ITS

10:10AM 16   TECHNOLOGY, INCLUDING THAT THE UNITED STATES MILITARY WAS

10:10AM 17   ACTUALLY USING THERANOS'S MINI BLOOD ANALYZER ON HELICOPTERS

10:10AM 18   AND IN THE BATTLEFIELD, THAT MAJOR PHARMACEUTICAL COMPANIES HAD

10:10AM 19   ENDORSED THERANOS'S TECHNOLOGY AND WERE EFFECTIVELY FUNDING ITS

10:10AM 20   OPERATIONS, AND THAT THERANOS HAD ACHIEVED AND WAS ON THE BRINK

10:10AM 21   OF ACHIEVING HUNDREDS OF MILLIONS OF DOLLARS IN REVENUE.

10:10AM 22       BUT NONE OF THAT WAS TRUE.

10:11AM 23       THIS IS A CASE ABOUT FRAUD, ABOUT LYING AND CHEATING TO

10:11AM 24   OBTAIN MONEY AND PROPERTY.

10:11AM 25       MR. BALWANI JOINED THERANOS IN THE FALL OF 2019 AS ITS

10:11AM   1   PRESIDENT AND CHIEF OPERATING OFFICER.

10:11AM   2        THE DEFENDANT HAD NO MEDICAL DEGREE.  HE HAD NO EXPERIENCE

10:11AM   3   IN BLOOD TESTING.  HE HAD NO EXPERIENCE BUILDING MEDICAL

10:11AM   4   DEVICES OR RUNNING A LABORATORY.

10:11AM   5        WHAT HE DID HAVE WAS A CONNECTION TO ELIZABETH HOLMES WHO

10:11AM   6   FORMED THERANOS IN 2003 AFTER DROPPING OUT OF COLLEGE WHEN SHE

10:11AM   7   WAS A TEENAGER.

10:11AM   8        HOLMES WAS THERANOS'S CHIEF EXECUTIVE OFFICER, OR ITS CEO,

10:12AM   9   AND BALWANI WAS HER ROMANTIC PARTNER.  THE TWO HAD BEEN

10:12AM   10   ROMANTICALLY INVOLVED SINCE THE EARLY 2000S, AND THE TWO

10:12AM   11   CONTINUED TO BE ROMANTIC PARTNERS THROUGH THE MIDDLE OF 2016.

10:12AM   12        WITH NO MEDICAL EXPERIENCE AND NO BLOOD TESTING

10:12AM   13   EXPERIENCE, THE DEFENDANT ASSUMED THE ROLE OF PRESIDENT AND

10:12AM   14   CHIEF OPERATING OFFICER.

10:12AM   15        AT THE TIME, THERANOS WAS STRUGGLING FINANCIALLY.  IT WAS

10:12AM   16   BARELY PAYING ITS EMPLOYEES.  EARLY CUSTOMERS, INCLUDING PFIZER

10:12AM   17   AND SCHERING-PLOUGH, THE PHARMACEUTICAL COMPANIES, WERE

10:12AM   18   DECLINING TO GO FORWARD WITH THERANOS AFTER BRIEF, UNSUCCESSFUL

10:12AM   19   EXPERIENCES.

10:12AM   20        AND THE U.S. FOOD AND DRUG ADMINISTRATION, OR THE FDA, THE

10:12AM   21   AGENCY THAT POLICES OR REGULATES BLOOD TESTING DEVICES, HAD NOT

10:13AM   22   APPROVED THERANOS'S MINI BLOOD ANALYZER AND WAS NOWHERE NEAR

10:13AM   23   DOING SO.

10:13AM   24        AFTER BALWANI JOINED THE COMPANY, HE AND ELIZABETH HOLMES

10:13AM   25   BEGAN MAKING GRANDIOSE SPECTACULAR CLAIMS ABOUT THERANOS'S

10:13AM  1    CAPABILITIES AND ITS ACCOMPLISHMENTS.  THEY BEGAN TRYING TO

10:13AM  2    CONVINCE RETAILERS LIKE SAFEWAY AND WALGREENS THAT THERANOS'S

10:13AM  3    UNPROVEN TECHNOLOGY WAS READY FOR ACTUAL USE ON PATIENTS.

10:13AM  4        THEY TOLD SAFEWAY AND WALGREENS THAT THERANOS HAD

10:13AM  5    DEVELOPED A DEVICE, A MINI BLOOD ANALYZER, THAT COULD TEST

10:13AM  6    SMALL AMOUNTS OF BLOOD DRAWN FROM A FINGER, NOT FROM A VEIN, IN

10:14AM  7    GROCERY STORES AND PHARMACIES.

10:14AM  8        I'VE PUT AN IMAGE OF THE DEVICE, THE MINI BLOOD ANALYZER,

10:14AM  9    ON THE SCREEN.

10:14AM 10        BALWANI AND HOLMES STATED TO WALGREENS AND SAFEWAY

10:14AM 11    THERANOS HAD DEVELOPED QUOTE, "GENERATIONS OF MINILAB DEVICES

10:14AM 12    THAT CAN RUN ANY BLOOD TEST IN REALTIME FOR LESS THAN THE

10:14AM 13    TRADITIONAL COST OF CENTRAL LAB TESTS."

10:14AM 14        THAT WAS UNTRUE.

10:14AM 15        THERANOS'S MINILAB ANALYZERS COULD NOT RUN ANY BLOOD TEST

10:14AM 16    IN REALTIME FOR LESS THAN THE COST OF TRADITIONAL CENTRAL

10:14AM 17    LABORATORIES.  IT NEVER COULD.

10:14AM 18        AND ALTHOUGH PFIZER AND SCHERING-PLOUGH AND OTHER

10:14AM 19    PHARMACEUTICAL COMPANIES WERE SAYING NO TO THERANOS, BALWANI

10:14AM 20    AND ELIZABETH HOLMES SUGGESTED THAT THOSE RELATIONSHIPS WERE

10:14AM 21    FLOURISHING, STATED TO WALGREENS AND SAFEWAY THAT THERANOS

10:14AM 22    SYSTEMS HAD BEEN COMPREHENSIVELY VALIDATED BY 10 OF THE TOP 15

10:15AM 23    PHARMACEUTICAL COMPANIES.

10:15AM 24        BALWANI AND HOLMES AMAZED WALGREENS AND SAFEWAY WITH THESE

10:15AM 25    AND OTHER FALSE AND MISLEADING STATEMENTS.  WALGREENS AND

10:15AM  1    SAFEWAY COMMITTED TO INVEST MILLIONS OF DOLLARS, AS DID OTHER

10:15AM  2    INVESTORS IN 2010.

10:15AM  3        THE IDEA, AT LEAST INITIALLY, WAS TO PUT THE MINI BLOOD

10:15AM  4    ANALYZER, THE DEVICE THAT YOU SEE HERE, IN SAFEWAY GROCERY

10:15AM  5    STORES AND WALGREENS PHARMACIES, AND TO TEST BLOOD FROM THE

10:15AM  6    FINGER, NOT THE VEIN.  THE HOPE WAS THAT THE PATIENTS WOULD GET

10:15AM  7    THE RESULTS IN MINUTES WHILE THEY WERE DOING THEIR GROCERY

10:15AM  8    SHOPPING OR PICKING UP THEIR PRESCRIPTIONS.  THAT WAS 2010.

10:16AM  9        THREE YEARS LATER, IN 2013, THE SPECTACULAR GRANDIOSE

10:16AM 10    PROMISES THAT THE DEFENDANT AND HOLMES HAD MADE WERE NOT

10:16AM 11    MATERIALIZING.  THERE WERE NO MINI BLOOD ANALYZERS IN SAFEWAY.

10:16AM 12    THERE WERE NO MINI BLOOD ANALYZERS IN WALGREENS.

10:16AM 13        THE FDA WAS STILL NOWHERE NEAR APPROVING THE MINI BLOOD

10:16AM 14    ANALYZER, AND THERANOS HAD YET TO VALIDATE A SINGLE TEST FOR

10:16AM 15    USE ON THE MINI BLOOD ANALYZER FOR USE IN ACTUAL PATIENTS.

10:16AM 16        ON TOP OF ALL OF THIS, THERANOS WAS QUICKLY RUNNING OUT OF

10:16AM 17    MONEY.

10:16AM 18        ONE POTENTIAL CUSTOMER WHO HAD GIVEN THERANOS NEARLY

10:16AM 19    $20 MILLION IN 2011 WAS DEMANDING ITS MONEY BACK.  THERANOS WAS

10:16AM 20    FORCED TO RETURN THAT MONEY IN AUGUST OF 2013.  THERANOS, YOU

10:17AM 21    WILL SEE, WAS RUNNING OUT OF TIME AND RUNNING OUT OF OPTIONS.

10:17AM 22        SO WHAT DID HOLMES AND BALWANI DO?  THEY DECIDED TO

10:17AM 23    DECEIVE AND TO CHEAT.

10:17AM 24        TO GET THEMSELVES OUT OF THE HOLE THEY DUG, THEY DID THREE

10:17AM 25    THINGS:

10:17AM  1          FIRST, ALTHOUGH THEY HAD PROMISED THE THERANOS DEVICE --

10:17AM  2     THE MINI BLOOD ANALYZER THAT I SHOWED YOU -- WOULD BE USED FOR

10:17AM  3     THE WALGREENS AND SAFEWAY LAUNCHES, THEY DECIDED TO HAVE

10:17AM  4     THERANOS USE MACHINES MADE BY OTHER MANUFACTURERS, THIRD

10:17AM  5     PARTIES, NOT THERANOS, TO DO THE PATIENT TESTING IN ITS

10:17AM  6     LABORATORY.

10:17AM  7          IN THE SUMMER OF 2013, IN WHAT YOU WILL HEAR WAS A RUSH

10:17AM  8     AND A SCRAMBLE, BALWANI AND HOLMES ORDERED THEIR SUBORDINATES

10:18AM  9     TO MODIFY THIRD PARTY MACHINES MANUFACTURED BY OTHERS SO THAT

10:18AM 10     THE MACHINES COULD RUN BLOOD TESTS FROM TINY BLOOD SAMPLES.

10:18AM 11     AND THEY DECIDED TO HAVE THOSE MACHINES, NOT SIMPLY THOSE MADE

10:18AM 12     BY THERANOS, DO THE BLOOD TESTING FOR THE WALGREENS LAUNCH.

10:18AM 13          HERE'S AN IMAGE OF ONE OF THOSE THIRD PARTY MACHINES.

10:18AM 14     THIS IS A DEVICE CALLED AN ADVIA 1800.  IT'S MADE BY A COMPANY

10:18AM 15     CALLED SIEMENS, NOT THERANOS.  AND IT CAN COST HUNDREDS OF

10:18AM 16     THOUSANDS OF DOLLARS.

10:18AM 17          IT'S A GOOD MACHINE, BUT IT'S BIG, AND IT'S BULKY.  IT'S

10:18AM 18     WHAT THEY USE IN CENTRAL LABS, THE CENTRAL LABS THAT BALWANI

10:18AM 19     AND HOLMES DISDAINED.  AND MOST IMPORTANTLY, IT'S NOT MADE BY

10:19AM 20     THERANOS.

10:19AM 21          THIS WAS NOT THE MINI BLOOD ANALYZER THAT THE DEFENDANT

10:19AM 22     AND HOLMES HAD PROMISED.  THIS WAS NOT MINIATURIZING THE LAB AS

10:19AM 23     BALWANI AND HOLMES HAD PROMISED.  THIS WAS A WAY TO DECEIVE

10:19AM 24     WALGREENS AND TO DECEIVE SAFEWAY, TO STALL, AND TO BUY TIME

10:19AM 25     UNTIL HOLMES AND BALWANI COULD GET THE MINI BLOOD ANALYZER TO

10:19AM  1    ACTUALLY WORK.

10:19AM  2        THE SECOND THING THAT BALWANI AND HOLMES DID WAS TO INDUCE

10:19AM  3    A NEWS REPORTER NAMED JOE RAGO FROM "THE WALL STREET JOURNAL"

10:19AM  4    TO WRITE A NEWS STORY ABOUT THERANOS FALSELY SUGGESTING THAT

10:19AM  5    THERANOS HAD SUCCEEDED IN REVOLUTIONIZING BLOOD TESTING WITH A

10:19AM  6    MINI BLOOD ANALYZER THAT COULD DO ANY BLOOD TEST FROM A FINGER

10:19AM  7    DROP.

10:19AM  8        THERANOS, YOU WILL SEE, WORKED CLOSELY WITH MR. RAGO AND

10:20AM  9    REVIEWED AND APPROVED HIS PIECE BEFORE IT WAS PUBLISHED.

10:20AM 10        HERE ARE SOME OF THE EXCERPTS OF THE ARTICLE WHICH YOU

10:20AM 11    WILL SEE IN THIS CASE WERE FALSE AND MISLEADING AT THE TIME.

10:20AM 12        "THE SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW REFINING

10:20AM 13    INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE MORE THAN 1,000

10:20AM 14    LABORATORY TESTS, FROM ROUTINE BLOOD WORK TO ADVANCED GENETIC

10:20AM 15    ANALYSES.  THERANOS'S PROCESSES ARE FASTER, CHEAPER, AND MORE

10:20AM 16    ACCURATE THAN THE CONVENTIONAL METHODS AND REQUIRE ONLY

10:20AM 17    MICROSCOPIC BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF."

10:20AM 18        "THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE LAB TRIPS

10:20AM 19    BECAUSE IT CAN RUN ANY COMBINATION OF TESTS, INCLUDING SETS OF

10:21AM 20    FOLLOW-ON TESTS, AT ONCE VERY QUICKLY, ALL FROM A MICRO

10:21AM 21    SAMPLE."

10:21AM 22        ANOTHER REPRESENTATION:  "THERANOS CAN CONDUCT A BATTERY

10:21AM 23    OF TESTS FOR TENS OF DOLLARS, A PHRASE THAT DOES NOT EXIST IN

10:21AM 24    U.S. HEALTH CARE."

10:21AM 25        BALWANI AND HOLMES TIMED THIS "WALL STREET JOURNAL" PIECE

10:21AM  1    WITH A PRESS RELEASE, WHICH YOU SEE HERE, WHERE THERANOS

10:21AM  2    ANNOUNCED ITS BLOOD TESTS WOULD BE AVAILABLE IN WALGREENS, AND

10:21AM  3    BOLDLY ASSERTED QUOTE, "WITH FIRST LOCATION LAUNCHING THIS

10:21AM  4    MONTH IN SILICON VALLEY, CONSUMERS CAN NOW COMPLETE ANY

10:21AM  5    CLINICIAN-DIRECTED LAB TEST WITH AS LITTLE AS A FEW DROPS OF

10:21AM  6    BLOOD AND RESULTS AVAILABLE IN A MATTER OF HOURS."

10:22AM  7        THIS, LIKE THERANOS'S CLAIMS IN "THE WALL STREET JOURNAL"

10:22AM  8    ARTICLE, WAS FALSE AND MISLEADING, AS THE EVIDENCE WILL SHOW.

10:22AM  9        AT THE TIME OF THIS PRESS RELEASE, THERANOS WAS NOT ABLE

10:22AM  10   TO DO ANY OF ITS BLOOD TESTS ON ITS MINI ANALYZER ON PATIENTS

10:22AM  11   IN ITS LABORATORY.  NOT A SINGLE ONE AT THE TIME OF THIS

10:22AM  12   ARTICLE.

10:22AM  13       THE THIRD THING THAT THE DEFENDANT AND HOLMES DID WAS TO

10:22AM  14   RAISE MONEY, LOTS OF MONEY.  WITH THE MEDIA SPLASH FROM THE

10:22AM  15   RAGO ARTICLE AND THE PRESS RELEASE, THE DEFENDANT AND

10:22AM  16   ELIZABETH HOLMES STARTED TO RAISE MORE MONEY FROM INVESTORS,

10:22AM  17   AND BETWEEN THE END OF 2013 AND 2015 THEY RAISED HUNDREDS OF

10:22AM  18   MILLIONS OF DOLLARS FROM INVESTORS BASED ON FALSE AND

10:22AM  19   MISLEADING REPRESENTATIONS.

10:23AM  20       SOME OF THE FALSE AND MISLEADING REPRESENTATIONS WERE MADE

10:23AM  21   ORALLY IN MEETINGS WITH PROSPECTIVE INVESTORS.  SOME OF THEM

10:23AM  22   WERE IN POWERPOINTS THAT BALWANI AND HOLMES DISTRIBUTED TO

10:23AM  23   INVESTORS OR HAD THEIR SUBORDINATES TO DISTRIBUTE TO INVESTORS.

10:23AM  24   SOME WERE IN NEWS ARTICLES THAT THERANOS ENGINEERS AND DIRECTED

10:23AM  25   TO PROSPECTIVE INVESTORS.  SOMETIMES BALWANI TOOK THE LEAD WITH

10:23AM  1    A PARTICULAR INVESTOR, OTHER TIMES ELIZABETH HOLMES DID.

10:23AM  2         THE EVIDENCE WILL SHOW THAT MR. BALWANI AND MS. HOLMES

10:23AM  3    WERE PARTNERS IN VIRTUALLY EVERYTHING.

10:23AM  4         THE FALSE AND MISLEADING REPRESENTATIONS FELL PRIMARILY

10:23AM  5    INTO A COUPLE OF DIFFERENT CATEGORIES.

10:23AM  6         FIRST, THE DEFENDANT DECEIVED INVESTORS ABOUT THE

10:23AM  7    CAPABILITIES AND READINESS OF THERANOS'S MINI BLOOD ANALYZER.

10:24AM  8         THERANOS'S MINI BLOOD ANALYZER WENT BY A COUPLE OF

10:24AM  9    DIFFERENT NAMES AND A COUPLE OF DIFFERENT ITERATIONS THROUGHOUT

10:24AM  10   THE TIME PERIOD.  SOME OF THOSE NAMES INCLUDE 3.0, 3.5, EDISON,

10:24AM  11   EDISON 3.5, 4.0, MINILAB.  IT'S ALSO CALLED THE THERANOS SAMPLE

10:24AM  12   PROCESSING UNIT, OR TSPU.  THOSE ARE JUST SOME OF THE NAMES

10:24AM  13   THAT YOU WILL HEAR THAT REFER TO THE MINI BLOOD ANALYZER.

10:24AM  14        AND THE DEFENDANT LED INVESTORS INTO BELIEVING THAT

10:24AM  15   THERANOS HAD BEEN USING ITS MINI BLOOD ANALYZER IN ITS LAB FOR

10:24AM  16   YEARS, AND THAT THE MINI BLOOD ANALYZER COULD ACCURATELY AND

10:24AM  17   RELIABLY RUN ALL, OR NEARLY ALL, OF THE BLOOD TESTS FROM A

10:24AM  18   FINGERSTICK ON PATIENTS IN A RECORD TIME AND AT A LOW COST.

10:25AM  19        HERE'S SOME OF THE CLAIMS IN THE PRESENTATION TO ONE OF

10:25AM  20   THE INVESTORS THAT YOU WILL HEAR FROM.  THE DEFENDANT AND

10:25AM  21   HOLMES INVOKED THE IMAGE OF A THERANOS SYSTEM WITH MINI

10:25AM  22   ANALYZERS, LIKE THE TWO YOU SEE PICTURED HERE IN THE UPPER LEFT

10:25AM  23   CORNER.

10:25AM  24        THEY DESCRIBED CARTRIDGES THAT YOU WOULD INSERT INTO THE

10:25AM  25   MINI BLOOD ANALYZER SO IT COULD RUN TESTS.

10:25AM   1          THEY DESCRIBED CARTRIDGES ON WHICH YOU WOULD PUT A DROP OF

10:25AM   2   BLOOD DRAWN FROM A FINGER AND INSERT IT INTO THE ANALYZER.

10:25AM   3          THEY DESCRIBED MOBILE APPLICATIONS SO THAT YOU WOULD GET

10:25AM   4   YOUR RESULTS IN A MATTER OF HOURS.

10:25AM   5          AND THEY DESCRIBED BACK END ANALYTICS THAT SOME DAY WOULD

10:25AM   6   HELP PREDICT THE PROJECTION OF A DISEASE.

10:26AM   7          IN THIS INVESTOR POWERPOINT, THE DEFENDANT AND HOLMES

10:26AM   8   CLAIMED THAT WITH THIS SYSTEM, THIS MINI BLOOD ANALYZER,

10:26AM   9   THERANOS RUNS ANY TEST AVAILABLE IN CENTRAL LABORATORIES AND

10:26AM  10   PROCESSES ALL SAMPLE TYPES.

10:26AM  11          THEY CLAIMED THAT THERANOS PROVIDES THE HIGHEST LEVEL OF

10:26AM  12   OVERSIGHT, AUTOMIZATION, AND STANDARDIZATION IN OUR PRE- AND

10:26AM  13   POST-ANALYTIC PROCESSES ENSURING THE HIGHEST LEVELS OF ACCURACY

10:26AM  14   AND PRECISION.

10:26AM  15          ON ANOTHER SLIDE THEY CLAIMED THAT THERANOS PROVIDED THE

10:26AM  16   HIGHEST LEVELS OF ACCURACY, BRAGGING ABOUT A COEFFICIENT OF

10:26AM  17   VARIATION -- THAT'S A TERM THAT YOU'LL HEAR FROM SOME WITNESSES

10:26AM  18   IN THIS CASE -- OF LESS THAN 10 PERCENT, MEANING THEIR TESTS

10:27AM  19   WERE MORE ACCURATE THAN PLACES LIKE QUEST, AND LABCORP, AND

10:27AM  20   OTHER CENTRAL LABS.

10:27AM  21          ON ANOTHER SLIDE THEY CLAIMED THAT THERANOS PROVIDED A NEW

10:27AM  22   STANDARD IN QUALITY AND THAT THEIR ANALYZERS WERE DESIGNED TO

10:27AM  23   HELP MONITOR CHRONIC DISEASE STATES, PROVIDING ACCURACY AND

10:27AM  24   PRECISION OVER TIME THROUGH THE STANDARDIZATION OF OUR SYSTEMS.

10:27AM  25          BALWANI HAS CLAIMED TO INVESTORS THAT THERANOS WAS

10:27AM  1    VERTICALLY INTEGRATED, MEANING THAT THERANOS MADE EVERYTHING

10:27AM  2    THAT WENT INTO ITS TESTING DEVICES, MEANING THAT THERANOS WAS

10:27AM  3    NOT RELIANT ON COMPANIES LIKE SIEMENS OR MANUFACTURERS OF OTHER

10:27AM  4    DEVICES OR PARTS.

10:27AM  5        HE TOLD AN INVESTOR THAT THERANOS NEEDED NO NEW SCIENCE;

10:27AM  6    THAT THE SCIENCE BEHIND THERANOS WAS COMPLETE; AND THAT NO NEW

10:28AM  7    INVENTION WAS NEEDED.

10:28AM  8        THAT, AS YOU WILL SEE, WAS NOT TRUE.

10:28AM  9        IN TRUTH, AS YOU WILL HEAR FROM SOME OF THE INSIDERS AT

10:28AM 10    THERANOS, THE THERANOS MINI BLOOD ANALYZER, WHEN IT WAS

10:28AM 11    ACTUALLY USED BY THERANOS, WAS PLAGUED WITH ISSUES AND WAS

10:28AM 12    REPEATEDLY FAILING QUALITY CONTROL.  I'LL TELL YOU IN A MINUTE

10:28AM 13    ABOUT QUALITY CONTROL AND WHAT THAT MEANS FOR A LAB LIKE

10:28AM 14    THERANOS.

10:28AM 15        INDEED, YOU WILL HEAR THAT THE THERANOS MINI BLOOD

10:28AM 16    ANALYZER WAS NEVER USED IN ITS CLINICAL LABORATORY FOR MORE

10:28AM 17    THAN 12 ASSAYS OR TESTS.

10:28AM 18        AND BY SEPTEMBER OF 2015, WHEN THERANOS STARTED TO COME

10:28AM 19    UNDER SCRUTINY BY REGULATORS, BY THE MEDIA AND INVESTORS,

10:28AM 20    THERANOS WAS NOT USING THE MINI BLOOD ANALYZER IN ITS LAB AT

10:29AM 21    ALL, NOT FOR ANY TEST.

10:29AM 22        THERANOS WAS USING ORDINARY THIRD PARTY MACHINES MADE BY

10:29AM 23    OTHERS, NOT THERANOS, TO DO THE VAST MAJORITY OF ITS BLOOD

10:29AM 24    TESTS, AND IT WAS DOING THEM BADLY.

10:29AM 25        THAT'S THE FIRST CATEGORY OF MISREPRESENTATIONS THAT

10:29AM  1     YOU'LL HEAR ABOUT IN THIS CASE.

10:29AM  2          SECOND, YOU WILL HEAR ABOUT HOW THE DEFENDANT AND

10:29AM  3     MS. HOLMES MISLED INVESTORS INTO BELIEVING THAT THERANOS HAD

10:29AM  4     STRONG AND GROWING PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES

10:29AM  5     AND THE UNITED STATES MILITARY.

10:29AM  6          YOU WILL HEAR INVESTOR TESTIMONY THAT THE DEFENDANT AND

10:29AM  7     MS. HOLMES SAID THERANOS DID NOT NEED INVESTMENTS BECAUSE ITS

10:29AM  8     PHARMACEUTICAL AND MILITARY BUSINESS WAS SUSTAINING THE

10:29AM  9     COMPANY.

10:29AM  10         YOU WILL HEAR INVESTOR TESTIMONY THAT THE DEFENDANT AND

10:29AM  11    HOLMES SAID THERANOS'S MINI BLOOD ANALYZER WAS BEING USED ON

10:30AM  12    MILITARY HELICOPTERS AND HAD BEEN USED ON THE BATTLEFIELD.

10:30AM  13         YOU WILL HEAR INVESTOR TESTIMONY THAT THE DEFENDANT AND

10:30AM  14    HOLMES SAID THERANOS HAD HUNDREDS OF MILLIONS OF DOLLARS IN

10:30AM  15    REVENUE FROM THE DEPARTMENT OF DEFENSE AND THAT PHARMACEUTICAL

10:30AM  16    COMPANIES HAD COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY.

10:30AM  17         THE EVIDENCE WILL SHOW THAT THOSE WERE MISREPRESENTATIONS

10:30AM  18    AND HALF-TRUTHS.  THERANOS DID HAVE RELATIONSHIPS WITH

10:30AM  19    PHARMACEUTICAL COMPANIES IN THE EARLY DAYS, BUT THOSE WERE

10:30AM  20    DYING OUT OR STARTING TO DIE OUT BY 2010 AND NEVER PRODUCED

10:30AM  21    SIGNIFICANT REVENUE FOR THE COMPANY.

10:30AM  22         AND THERANOS WAS TRYING TO GET THE MILITARY TO ACTUALLY

10:30AM  23    USE ITS MINI BLOOD ANALYZER, BUT THAT PROJECT NEVER WENT

10:30AM  24    ANYWHERE, IT NEVER GOT OFF THE GROUND, AND THE DEVICE WAS NEVER

10:31AM  25    USED ON THE BATTLEFIELD OR IN A MEDEVAC HELICOPTER.

10:31AM   1           LET ME NOW TELL YOU ABOUT A THIRD CATEGORY OF

10:31AM   2   MISREPRESENTATIONS THAT YOU'LL HEAR ABOUT IN THIS CASE.  THE

10:31AM   3   DEFENDANT MISLED POTENTIAL INVESTORS WITH FALSE AND MISLEADING

10:31AM   4   INFORMATION ABOUT THERANOS'S FINANCIAL CONDITION AND

10:31AM   5   PROJECTIONS.

10:31AM   6           YOU WILL HEAR FROM THERANOS'S CONTROLLER, THE FINANCE

10:31AM   7   EMPLOYEE WHO WORKED CLOSELY WITH MR. BALWANI AND MANAGED THE

10:31AM   8   COMPANY'S BOOKS.  SHE WILL TELL YOU THAT THERANOS HAD

10:31AM   9   APPROXIMATELY $500,000 OF REVENUE IN 2011; THAT IT HAD ZERO IN

10:31AM   10  2012; THAT IT HAD ZERO REVENUE IN 2013; THAT IT HAD $150,000 IN

10:32AM   11  REVENUE IN 2014; AND LESS THAN 2 MILLION IN 2015.

10:32AM   12          THE DEFENDANT, HOWEVER, WAS TELLING INVESTORS THAT

10:32AM   13  THERANOS COULD PERFORM ALL OF THE BLOOD TESTS AT A FRACTION OF

10:32AM   14  THE COST OF ITS MINI BLOOD ANALYZER, AND HE WAS TELLING THEM AS

10:32AM   15  LATE -- AS OF OCTOBER OF 2014 THAT THERANOS WOULD HAVE

10:32AM   16  $140 MILLION IN REVENUE BY THE END OF 2014, INCLUDING

10:32AM   17  $40 MILLION FROM PHARMACEUTICAL COMPANIES THAT WERE NO LONGER

10:32AM   18  USING THERANOS'S SERVICES.

10:32AM   19          YOU WILL SEE THAT HE TOLD INVESTORS BY THE END OF 2015

10:32AM   20  THAT THERANOS WOULD HAVE NEARLY A BILLION DOLLARS IN REVENUE.

10:32AM   21  IT HAD LESS THAN 2 MILLION BY THE END OF 2015.

10:32AM   22          I'VE PUT ON THE SCREEN A DOCUMENT I BELIEVE THAT WILL COME

10:32AM   23  INTO EVIDENCE.  THIS IS ONE OF THE PROJECTIONS AND FINANCIAL

10:33AM   24  STATEMENTS THAT WERE PROVIDED TO ONE OF THE INVESTORS.  YOU

10:33AM   25  WILL SEE THAT THERE'S A LINE, WHICH WE'VE HIGHLIGHTED, FOR

10:33AM 1    TOTAL REVENUE IN 2014 AND FOR PROJECTED REVENUE IN 2015.  IT

10:33AM 2    INCLUDES A LINE FOR PHARMACEUTICAL REVENUE OF ABOUT

10:33AM 3    $40 MILLION.  YOU WILL HEAR THAT THERANOS HAD NONE AT THE TIME,

10:33AM 4    AND IT HAD NONE BY THE END OF THE YEAR.

10:33AM 5        YOU WILL ALSO HEAR TESTIMONY FROM THERANOS'S CONTROLLER

10:33AM 6    WHO WILL TELL YOU THAT SHE HAS NO IDEA WHERE THESE NUMBERS COME

10:33AM 7    FROM, AND IT WAS NO RELATION TO WHAT THERANOS ACTUALLY

10:33AM 8    ACHIEVED.

10:33AM 9        YOU WILL SEE THAT THESE ARE NOT CLOSE MISSES THAT THE

10:33AM 10   DEFENDANT WAS GIVING TO INVESTORS.

10:33AM 11       ANOTHER CATEGORY OF MISREPRESENTATIONS THAT YOU WILL HEAR

10:33AM 12   ABOUT IS THAT THE DEFENDANT LIED TO INVESTORS ABOUT THE STATUS

10:34AM 13   OF THE WALGREENS ROLLOUT.  REMEMBER, THAT THERANOS ANNOUNCED IN

10:34AM 14   SEPTEMBER OF 2013 THAT ITS BLOOD TESTING SERVICES WERE GOING TO

10:34AM 15   BE AVAILABLE IN WALGREENS.

10:34AM 16       WALGREENS BELIEVED THAT THERANOS WOULD BE DRAWING BLOOD

10:34AM 17   FROM A FINGERSTICK AND USING ITS MINI BLOOD ANALYZER TO RUN THE

10:34AM 18   TEST.

10:34AM 19       BUT THERANOS NEVER USED THAT MINI BLOOD ANALYZER FOR MORE

10:34AM 20   THAN 12 TYPES OF BLOOD TESTS.  AND UNBEKNOWNST TO WALGREENS

10:34AM 21   OFFICIALS, THERANOS WAS SECRETLY USING THE BIG CLUNKY THIRD

10:34AM 22   PARTY MACHINES THAT I SHOWED YOU TO DO THE VAST MAJORITY OF ITS

10:34AM 23   TESTING.  AS A RESULT, WHEN PATIENTS CAME INTO THE WALGREENS

10:34AM 24   STORES, THEY HAD TO GET THEIR BLOOD DRAWN FROM THE VEIN, NOT

10:34AM 25   FROM A FINGER.

10:34AM 1       WALGREENS, YOU WILL LEARN, WAS SHOCKED BY THE HIGH

10:34AM 2  PERCENTAGE OF VEIN DRAWS THAT THERANOS WAS PERFORMING, AND BY

10:35AM 3  THE END OF AUGUST OF 2014 WAS DOUBTING THERANOS'S ABILITY TO DO

10:35AM 4  WHAT THERANOS SAID IT COULD DO, WHAT THE DEFENDANT AND HOLMES

10:35AM 5  SAID THAT IT COULD DO.

10:35AM 6       IN AUGUST OF 2014 WALGREENS WAS TELLING THE DEFENDANT THAT

10:35AM 7  THERE WOULD BE NO FURTHER ROLLOUT BEYOND THE 40 STORES THAT IT

10:35AM 8  HAD ALREADY OPENED FOR TESTING UNTIL THERANOS WAS ABLE TO DO

10:35AM 9  MORE OF ITS TESTS FROM A FINGER INSTEAD OF THE VEIN.

10:35AM 10      AND DESPITE THE FACT THAT THE WALGREENS ROLLOUT WAS

10:35AM 11 STALLING BECAUSE THERANOS HAD TO RELY ON VEIN DRAWS, THE

10:35AM 12 DEFENDANT TOLD INVESTORS THAT THE WALGREENS RELATIONSHIP WAS

10:35AM 13 THRIVING AND EXPANDING, AND BY THE END OF 2015 THERE WOULD BE

10:35AM 14 HUNDREDS OF WALGREENS STORES USING THERANOS'S DEVICES.

10:35AM 15      I EXPECT YOU WILL HEAR FROM A WITNESS FROM WALGREENS WHO

10:36AM 16 WILL EXPLAIN THAT BALWANI WAS HIS PRIMARILY CONTACT BETWEEN

10:36AM 17 THERANOS AND WALGREENS.  YOU WILL HEAR THE WALGREENS SURPRISE

10:36AM 18 AT THE HIGH NUMBER OF VEIN DRAWS THAT WERE OCCURRING AT

10:36AM 19 THERANOS, AND I EXPECT THAT YOU WILL SEE EMAILS LIKE THE ONE

10:36AM 20 THAT I HAVE PUT ON THE SCREEN, AND OTHER EVIDENCE LIKE THIS,

10:36AM 21 WHERE WALGREENS IS TELLING BALWANI FURTHER EXPANSION WILL BE

10:36AM 22 DIFFICULT UNLESS THERANOS CAN GET ITS VEIN DRAW PERCENTAGE DOWN

10:36AM 23 FROM APPROXIMATELY 40 PERCENT TO 10 PERCENT, OR LOWER, AS

10:36AM 24 WALGREENS HAD EXPECTED ALL ALONG.

10:36AM 25      THE EVIDENCE WILL SHOW THAT THE DEFENDANT MISLED INVESTORS

10:36AM  1    ABOUT THE PACE AND STATUS OF THE WALGREENS ROLLOUT IN 2014.

10:37AM  2         THOSE ARE SOME OF THE CATEGORIES OF MISREPRESENTATIONS

10:37AM  3    THAT YOU WILL HEAR ABOUT IN THIS CASE.

10:37AM  4         YOU WILL SEE THAT SOME OF THESE MISREPRESENTATIONS WERE

10:37AM  5    MADE DIRECTLY TO INVESTORS IN ONE-ON-ONE MEETINGS AND IN

10:37AM  6    POWERPOINTS, AND YOU WILL ALSO SEE THAT SOME OF THE

10:37AM  7    MISREPRESENTATIONS WERE MADE TO REPORTERS.  ONE REPORTER IN

10:37AM  8    PARTICULAR IS NAMED ROGER PARLOFF OF "FORTUNE" MAGAZINE WHO

10:37AM  9    WROTE AN ARTICLE IN JUNE OF 2014 TITLED "THIS CEO IS OUT FOR

10:37AM  10   BLOOD."  THIS WAS PUBLISHED IN JUNE OF 2014, APPROXIMATELY

10:37AM  11   EIGHT OR NINE MONTHS AFTER THE PRESS RELEASE ANNOUNCING THE

10:37AM  12   WALGREENS PARTNERSHIP.

10:37AM  13        AFTER INTERVIEWING HOLMES, PARLOFF REPORTED, QUOTE,

10:37AM  14   "IMPORTANTLY, IT'S NOT JUST THE BLOOD DRAWS THAT ARE TINY.

10:37AM  15   IT'S ALSO THE ANALYTICAL SYSTEMS THERANOS USES TO PERFORM THE

10:38AM  16   TESTS.  THEY TAKE UP A SMALL FRACTION OF THE FOOTPRINT REQUIRED

10:38AM  17   BY THE CONVENTIONAL LAB TODAY."

10:38AM  18        THAT WAS FALSE.

10:38AM  19        PARLOFF ALSO REPORTED, QUOTE, "THERANOS, WHICH DOES NOT

10:38AM  20   BUY ANY ANALYZERS FROM THIRD PARTIES, IS THEREFORE IN A UNIQUE

10:38AM  21   POSITION."

10:38AM  22        THAT, TOO, WAS FALSE.

10:38AM  23        THERANOS USED THE PARLOFF ARTICLE THAT YOU SEE HERE TO

10:38AM  24   RECRUIT FURTHER INVESTMENTS AND TO DECEIVE INVESTORS, AND IT

10:38AM  25   WAS AN IMPORTANT WAY IN WHICH THE DEFENDANT AND HOLMES EXECUTED

10:38AM  1     THEIR FRAUD SCHEME.

10:38AM  2          THE DEFENDANT'S FALSE AND MISLEADING STATEMENTS WERE

10:38AM  3     ENORMOUSLY SUCCESSFUL.  BETWEEN SEPTEMBER OF 2013 WHEN THERANOS

10:38AM  4     ISSUED THE FALSE AND MISLEADING PRESS RELEASE ABOUT THE

10:38AM  5     WALGREENS LAUNCH AND THE END OF 2015, BALWANI AND HOLMES RAISED

10:38AM  6     HUNDREDS OF MILLIONS OF DOLLARS FROM INVESTORS.

10:39AM  7          AND THE FRAUD SCHEME MADE BALWANI AND HOLMES BILLIONAIRES.

10:39AM  8          BALWANI OWNED 28 MILLION SHARES IN THERANOS, WHICH AT THE

10:39AM  9     HEIGHT OF THE SCHEME EQUATED TO ABOUT HALF A BILLION DOLLARS.

10:39AM 10          HIS GIRLFRIEND, ELIZABETH HOLMES, OWNED EVEN MORE.  SHE

10:39AM 11     OWNED 250 MILLION SHARES, WHICH AT THE HEIGHT OF THE SCHEME

10:39AM 12     EQUATED TO ABOUT $4.5 BILLION.

10:39AM 13          THE SCHEME ALSO BROUGHT THEM FAME AND ADORATION IN

10:39AM 14     COMPARISON TO COMPANIES LIKE MICROSOFT, FACEBOOK, AND OTHER

10:39AM 15     UNICORN TECHNOLOGY COMPANIES.

10:39AM 16          BUT THE EVIDENCE WILL SHOW THAT THE DEFENDANT AND HOLMES

10:40AM 17     KNEW THE ROSY FALSEHOODS THAT THEY WERE TELLING INVESTORS WERE

10:40AM 18     CONTRARY TO THE REALITY WITHIN THERANOS.

10:40AM 19          YOU WILL SEE THIS IN PART THROUGH THE TESTIMONY OF

10:40AM 20     MULTIPLE INSIDERS AT THERANOS WHO KNEW WHAT ITS MINI BLOOD

10:40AM 21     ANALYZER COULD DO, OR IN TRUTH COULDN'T DO, WHO KNEW WHAT WAS

10:40AM 22     REALLY GOING ON INSIDE THERANOS, AND WHO WERE TROUBLED BY WHAT

10:40AM 23     WAS GOING ON.

10:40AM 24          I ANTICIPATE THAT YOU WILL HEAR FROM AN INDIVIDUAL NAMED

10:40AM 25     DR. ADAM ROSENDORFF WHO WAS THERANOS'S LABORATORY DIRECTOR IN

10:40AM  1    2013 AT THE TIME OF THE WALGREENS LAUNCH AND THROUGHOUT MOST OF

10:40AM  2    2014.  YOU CAN SEE DR. ROSENDORFF PICTURED HERE AT THE BOTTOM

10:40AM  3    OF THE SCREEN, SECOND FROM THE LEFT.

10:40AM  4         DR. ROSENDORFF CAME TO THERANOS FROM A CHILDREN'S HOSPITAL

10:40AM  5    AT THE UNIVERSITY OF PITTSBURGH.  AND HE WILL TELL YOU THAT HE

10:41AM  6    WAS INITIALLY EXCITED ABOUT THE PROSPECT OF THERANOS, ABOUT THE

10:41AM  7    IDEA OF A MACHINE, A MINI BLOOD ANALYZER, THAT COULD VIRTUALLY

10:41AM  8    DO ANY TEST FROM A DROP OF BLOOD.

10:41AM  9         BUT THAT CHANGED.  HE WILL TELL YOU IN SEPTEMBER OF 2013

10:41AM  10   HE URGED THERANOS TO DELAY ITS COMMERCIAL LAUNCH BECAUSE THEY

10:41AM  11   WEREN'T READY.

10:41AM  12        HE WILL TELL YOU THAT THROUGHOUT 2014 HE WAS INCREASINGLY

10:41AM  13   DEVELOPING CONCERNS ABOUT THE ACCURACY AND RELIABILITY OF

10:41AM  14   THERANOS'S BLOOD TESTS.

10:41AM  15        YOU WILL HEAR THAT HE WAS REPEATEDLY OVERRULED IN THE LAB

10:41AM  16   BY SENIOR MANAGEMENT AT THERANOS, AND HE WILL TELL YOU THAT HE

10:41AM  17   FELT PRESSURED TO VOUCH FOR TESTS THAT HE DID NOT BELIEVE IN.

10:41AM  18        DR. ROSENDORFF ULTIMATELY LEFT THERANOS IN LATE 2014 WHEN

10:42AM  19   HIS CONCERNS WENT UNADDRESSED, AND HE WAS SO WORRIED ABOUT WHAT

10:42AM  20   WAS HAPPENING IN THERANOS THAT HE STARTED TO SHARE HIS CONCERNS

10:42AM  21   WITH A REPORTER.

10:42AM  22        I ANTICIPATE THAT YOU WILL ALSO HEAR FROM

10:42AM  23   DR. MARK PANDORI, WHO IS ONE OF THE MOST SENIOR OFFICERS IN

10:42AM  24   THERANOS'S LABORATORY FROM LATE 2013 THROUGH MAY OF 2014.  YOU

10:42AM  25   CAN SEE DR. PANDORI PICTURED ON THE SCREEN HERE TO THE LEFT OF

GOVERNMENT'S OPENING STATEMENT

10:42AM  1    DR. ROSENDORFF.

10:42AM  2        DR. PANDORI CAME TO THERANOS AFTER WORKING AT THE

10:42AM  3    SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, AND HE WENT ON TO

10:42AM  4    WORK AT THE ALAMEDA COUNTY OF PUBLIC HEALTH AND THE UNIVERSITY

10:42AM  5    OF NEVADA.

10:42AM  6        HE WILL TELL YOU ABOUT THE PROBLEMS THAT HE OBSERVED IN

10:42AM  7    THE THERANOS LAB.  YOU WILL HEAR ABOUT HOW THOSE CONCERNS WERE

10:43AM  8    ESCALATED TO THE DEFENDANT, MR. BALWANI.

10:43AM  9        DR. PANDORI WILL ALSO TELL YOU THAT HE WAS TROUBLED TO SEE

10:43AM 10    SENIOR MANAGEMENT AT THERANOS PUTTING OUT INACCURATE

10:43AM 11    INFORMATION ABOUT THE COMPANY.  HE DID NOT THINK THAT THE

10:43AM 12    PUBLIC PERCEPTION OF THERANOS MATCHED THE REALITY OF WHAT HE

10:43AM 13    WAS SEEING ON THE INSIDE.

10:43AM 14        AND WHEN HE REPORTED THIS DIRECTLY TO MR. BALWANI, HE WAS

10:43AM 15    GIVEN THE BACK OF THE HAND.  AND HE RESIGNED THAT DAY.

10:43AM 16        YOU WILL ALSO HEAR FROM A WOMAN NAMED ERIKA CHEUNG WHO

10:43AM 17    WORKED INSIDE OF THERANOS'S CLINICAL LABORATORY AND OBSERVED

10:43AM 18    FIRSTHAND HOW THE MINI BLOOD ANALYZER WAS WORKING, AND IN TRUTH

10:43AM 19    NOT WORKING.  SHE'LL TELL YOU THAT THE MINI BLOOD ANALYZER WAS

10:43AM 20    REPEATEDLY FAILING WHAT IS CALLED QUALITY CONTROL.

10:44AM 21        YOU WILL LEARN IN THIS CASE THAT LABORATORIES LIKE

10:44AM 22    THERANOS REPEATEDLY RUN QUALITY CONTROL EACH DAY ON A REGULAR

10:44AM 23    BASIS TO MAKE SURE THAT THEIR DEVICES ARE WORKING THE WAY THAT

10:44AM 24    THEY SHOULD BE.  IT'S LIKE CHECKING THE SPEED ON A RADAR GUN

10:44AM 25    BEFORE A BASEBALL GAME OR CALIBRATING A SCALE BEFORE YOU

10:44AM 1    ACTUALLY USE IT.

10:44AM 2         AND MS. CHEUNG WILL TELL YOU THAT THE THERANOS BLOOD

10:44AM 3    ANALYZER WAS REPEATEDLY FAILING MUCH MORE SO THAN OTHER

10:44AM 4    DEVICES.

10:44AM 5         SHE WILL TELL YOU THAT THERANOS TURNED A BLIND EYE WHEN

10:44AM 6    SHE REPORTED HER CONCERNS, AND SHE WILL TELL YOU THAT WHAT SHE

10:44AM 7    SAW WAS SO CONCERNING THAT SHE ULTIMATELY DECIDED TO BLOW THE

10:44AM 8    WHISTLE AND REPORT HER CONCERNS TO THE CENTERS FOR MEDICARE AND

10:44AM 9    MEDICAID SERVICES, OR CMS.

10:44AM 10        AT THIS POINT I SHOULD TELL YOU A LITTLE BIT ABOUT CMS.

10:45AM 11        CMS IS A FEDERAL AGENCY THAT REGULATES LABORATORIES.

10:45AM 12        REMEMBER HOW I SAID THE FDA IS RESPONSIBLE FOR MEDICAL

10:45AM 13   DEVICES?

10:45AM 14        CMS REGULATES LABORATORIES.  IF YOU WANT TO RUN A

10:45AM 15   LABORATORY WHERE YOU DO PATIENT TESTING, YOU NEED TO HAVE A

10:45AM 16   LICENSE FROM CMS, AND YOU NEED TO SUBJECT YOURSELF TO

10:45AM 17   INSPECTIONS BY CMS FROM TIME TO TIME.

10:45AM 18        YOU WILL SEE THAT THERANOS OPENED THE LAB IN 2011.  IT WAS

10:45AM 19   USING ORDINARY MACHINES MADE BY OTHERS TO DO BLOOD TESTS DRAWN

10:45AM 20   FROM A VEIN, AND BEGINNING IN 2013 IT STARTED TO USE THE MINI

10:45AM 21   BLOOD ANALYZER, BUT IT ONLY USED IT FOR ONLY 12 TESTS.

10:45AM 22        AND YOU WILL LEARN THAT CMS CAME IN TO DO AN INSPECTION IN

10:45AM 23   SEPTEMBER OF 2015 AND SAW FIRSTHAND THE ISSUES THAT

10:45AM 24   DR. ROSENDORFF WAS REPORTING, THAT DR. PANDORI WAS REPORTING,

10:45AM 25   AND THAT MS. CHEUNG WAS REPORTING.

10:46AM   1          THE EVIDENCE WILL SHOW THAT WHILE CHEUNG AND PANDORI AND

10:46AM   2    ROSENDORFF WERE RAISING ISSUES, THERANOS WAS PRODUCING

10:46AM   3    DANGEROUSLY INACCURATE RESULTS TO PATIENTS WHO BOUGHT

10:46AM   4    THERANOS'S BLOOD TESTS THINKING THAT THEY WERE ACCURATE AND

10:46AM   5    RELIABLE.

10:46AM   6          YOU WILL HEAR FROM SOME OF THE PATIENTS WHO GOT THERANOS

10:46AM   7    BLOOD TESTS IN THIS CASE.

10:46AM   8          YOU WILL HEAR FROM A PATIENT WHO THOUGHT -- WHO BOUGHT A

10:46AM   9    THERANOS TEST BELIEVING IT WOULD BE ACCURATE AND RELIABLE AND

10:46AM  10    WAS WRONGLY TOLD THAT HE HAD RESULTS CONSISTENT WITH PROSTATE

10:46AM  11    CANCER.

10:46AM  12          YOU WILL HEAR ABOUT WOMEN WHO RECEIVED THE WRONG

10:46AM  13    INFORMATION ABOUT WHETHER THEY WERE OR WERE NOT PREGNANT.

10:46AM  14          YOU WILL HEAR THAT THE DEFENDANT WAS WELL AWARE OF THE

10:46AM  15    PROBLEMS WITH THERANOS'S TESTS AND THE WRONG RESULTS THAT

10:46AM  16    PATIENTS WERE GETTING.

10:46AM  17          YOU WILL SEE EMAIL AFTER EMAIL WHERE ISSUES ARE BROUGHT TO

10:47AM  18    HIS ATTENTION BECAUSE THE DEFENDANT WAS THE ONE OVERSEEING THE

10:47AM  19    LAB.

10:47AM  20          BUT BALWANI CONTINUED TO PROVIDE THESE TESTS TO

10:47AM  21    UNSUSPECTED PATIENTS FOR MONTHS AND SOMETIMES YEARS.

10:47AM  22          IN ADDITION, YOU WILL SEE THE PRIVATE MESSAGES BETWEEN THE

10:47AM  23    DEFENDANT AND ELIZABETH HOLMES.  AS I MENTIONED, THE TWO WERE

10:47AM  24    CEO AND COO, AND THEY WORKED TOGETHER THE WAY YOU WOULD EXPECT

10:47AM  25    THE TWO TOP OFFICERS WITHIN A SMALL COMPANY TO WORK.  AND THEY

10:47AM  1    WORKED IN THE SAME WAY YOU WOULD EXPECT ROMANTIC PARTNERS TO

10:47AM  2    SHARE INFORMATION.

10:47AM  3        YOU WILL SEE HOW REGULARLY AND HOW INTIMATELY THEY

10:47AM  4    CONNECTED AND COMMUNICATED, AND YOU WILL SEE HOW THEY CANDIDLY

10:47AM  5    EXPLAINED TO EACH OTHER HOW BAD THINGS WERE INSIDE THERANOS AT

10:47AM  6    THE TIME THAT THEY WERE TOUTING THERANOS AS A REVOLUTION IN

10:48AM  7    HEALTH CARE.

10:48AM  8        YOU WILL SEE THE DEFENDANT TOLD ELIZABETH HOLMES

10:48AM  9    THERANOS'S LAB WAS A DISASTER ZONE WITH AN EXPLETIVE I CAN'T

10:48AM 10    REPEAT HERE IN COURT.

10:48AM 11        YOU WILL SEE HOW THEY URGED EACH OTHER TO PLAY DURING THE

10:48AM 12    CMS INSPECTION WHEN THINGS APPEARED TO BE GOING BADLY.

10:48AM 13        YOU WILL SEE THAT THE DEFENDANT TOLD MS. HOLMES THAT

10:48AM 14    THERANOS WOULD BE WITH HYBRID SOLUTIONS, SOMETHING OTHER THAN

10:48AM 15    THE MINI BLOOD ANALYZER, FOR A LONG TIME TO COME.

10:48AM 16        AND YOU WILL SEE THAT THE DEFENDANT BRAGGED TO MS. HOLMES

10:48AM 17    ABOUT THERANOS'S ABILITY TO RUN CIRCLES AROUND THE REGULATORS.

10:48AM 18        BY MAKING THESE FALSE AND MISLEADING REPRESENTATIONS TO

10:48AM 19    THERANOS INVESTORS AND THERANOS PATIENTS, THE DEFENDANT AND

10:49AM 20    ELIZABETH HOLMES TOGETHER BECAME BILLIONAIRES.

10:49AM 21        BUT IN OCTOBER OF 2015, THAT FACADE BEGAN TO CRUMBLE.

10:49AM 22        AROUND THAT TIME AFTER SOME SKEPTICAL REPORTING ABOUT

10:49AM 23    THERANOS, REMEMBER I TOLD YOU DR. ROSENDORFF AND OTHERS WENT TO

10:49AM 24    A NEWS REPORTER, INVESTORS AND OTHERS STARTED TO ASK DIFFICULT

10:49AM 25    QUESTIONS OF MS. HOLMES AND MR. BALWANI:

GOVERNMENT'S OPENING STATEMENT                                    1040

10:49AM  1          HOW MANY TESTS CAN YOU REALLY DO ON YOUR MINI BLOOD

10:49AM  2     ANALYZER?

10:49AM  3          HOW MUCH REVENUE DO YOU REALLY HAVE?

10:49AM  4          ARE YOUR TESTS AS ACCURATE AS THEY SAY THEY ARE?

10:49AM  5          THOSE ARE THE QUESTIONS INVESTORS AND WALGREENS STARTED

10:49AM  6     ASKING IN OCTOBER OF 2015, AND YOU'LL SEE HOW THE DEFENDANT AND

10:49AM  7     HOLMES SCRAMBLED TO TRY TO COME UP WITH EXPLANATIONS AFTER THE

10:49AM  8     FACT TO WALGREENS AND INVESTORS.

10:49AM  9          AND YOU WILL SEE THAT ONLY THROUGH THE MEDIA DID INVESTORS

10:50AM 10     AND PARTNERS LEARN THAT THE DEFENDANT AND MS. HOLMES WERE

10:50AM 11     SECRETLY ROMANTIC PARTNERS ALL THE TIME, THE ENTIRE TIME OF THE

10:50AM 12     SCHEME.

10:50AM 13          AND I EXPECT YOU WILL HEAR THAT INVESTORS CONSIDER THAT AN

10:50AM 14     IMPORTANT FACT GIVEN THE ROLE THAT A CEO AND A COO PLAY AT A

10:50AM 15     SMALL COMPANY.

10:50AM 16          THERANOS WAS NEVER ABLE TO ADEQUATELY RESPOND TO CMS AFTER

10:50AM 17     THE INSPECTION.

10:50AM 18          BALWANI LEFT THERANOS IN THE FIRST HALF OF 2016 AND

10:50AM 19     THERANOS INVESTORS SUFFERED HUNDREDS OF MILLIONS OF DOLLARS IN

10:50AM 20     LOSSES.

10:50AM 21          THE FRAUD THAT I HAVE JUST DESCRIBED TO YOU GIVES RISE TO

10:50AM 22     A NUMBER OF THE DIFFERENT CHARGES WHICH THE COURT DESCRIBED IN

10:50AM 23     THE PRELIMINARY INSTRUCTIONS.

10:50AM 24          THE FIRST ONE IS WIRE FRAUD.  BALWANI USED INTERSTATE

10:51AM 25     WIRES TO EXECUTE A SCHEME TO DEFRAUD THERANOS INVESTORS AND

10:51AM  1    THERANOS PATIENTS.

10:51AM  2         IT ALSO GIVES RISE TO CONSPIRACY.  BALWANI ENTERED INTO AN

10:51AM  3    AGREEMENT, A CRIMINAL PARTNERSHIP WITH HIS GIRLFRIEND,

10:51AM  4    ELIZABETH HOLMES, TO COMMIT THE CRIME OF WIRE FRAUD AGAINST

10:51AM  5    THERANOS INVESTORS.

10:51AM  6         AND BALWANI CONSPIRED TO COMMIT WIRE FRAUD AND TO DECEIVE

10:51AM  7    AND CHEAT PATIENTS OUT OF MONEY, TO UNKNOWINGLY PAY OUT OF

10:51AM  8    POCKET FOR FAULTY TESTS.

10:51AM  9         NOW, IN THE LAST FEW MINUTES I WANT TO GIVE YOU A BRIEF

10:51AM  10   OVERVIEW OF THERANOS AND THE DIFFERENT TYPES OF WITNESSES THAT

10:51AM  11   YOU WILL HEAR FROM IN THIS CASE WHO WILL PROVE TO YOU THAT

10:51AM  12   RAMESH BALWANI, THE DEFENDANT, DEFRAUDED INVESTORS AND

10:51AM  13   DEFRAUDED PATIENTS.

10:51AM  14        LET ME START WITH THERANOS.

10:52AM  15        AS I MENTIONED, ELIZABETH HOLMES FORMED THERANOS IN 2003.

10:52AM  16   SHE WAS ITS FOUNDER AND ITS CHIEF EXECUTIVE OFFICER AND THE

10:52AM  17   CHAIRMAN OF ITS BOARD OF DIRECTORS.  AND SHE OWNED A MAJORITY

10:52AM  18   OF THE VOTING RIGHTS AND WAS THE LARGEST SHAREHOLDER IN THE

10:52AM  19   COMPANY.

10:52AM  20        FROM 2009 THROUGH 2016, BALWANI WAS THE CHIEF OPERATING

10:52AM  21   OFFICER, THE COO, AND THE PRESIDENT.  HE WAS ALSO ON THE BOARD.

10:52AM  22   AND AS I MENTIONED, HE OWNED A SIGNIFICANT AMOUNT OF STOCK.

10:52AM  23        THE EVIDENCE WILL SHOW THAT THEY RAN THE COMPANY TOGETHER.

10:52AM  24        THE DEFENDANT AND HOLMES CONTROLLED THERANOS AS EQUALS AND

10:52AM  25   MADE SIGNIFICANT DECISIONS IN CONSULTATION WITH EACH OTHER AS

10:52AM  1    PARTNERS.

10:52AM  2         YOU WILL SEE HOW THEY REGULARLY TALKED TO EACH OTHER.  YOU

10:52AM  3    WILL SEE HOW CLOSELY THEY COLLABORATED, AND YOU WILL SEE HOW

10:53AM  4    THEY WERE PARTNERS IN EVERYTHING, INCLUDING THEIR CRIMES.

10:53AM  5         YOU WILL SEE THAT MR. BALWANI WAS VIEWED AS THE OPERATIONS

10:53AM  6    LEADER.  THAT HE HAD RESPONSIBILITY OVER THE LAB, OVER

10:53AM  7    MANUFACTURING, OVER THE WALGREENS PARTNERSHIP, OVER THE

10:53AM  8    COMPANY'S FINANCES, BUT THEY STILL SHARED RESPONSIBILITY

10:53AM  9    THROUGHOUT THE COMPANY.

10:53AM 10         NOW, I TALKED A LOT ABOUT MS. HOLMES AND MR. BALWANI WHO

10:53AM 11    WERE THE LEADERS OF THIS COMPANY, THE ONLY TWO REAL LEADERS OF

10:53AM 12    THIS COMPANY, BUT I DON'T WANT TO GIVE YOU THE IMPRESSION THAT

10:53AM 13    THERANOS WAS JUST A SHELL COMPANY.  IT WAS A REAL COMPANY.

10:53AM 14    THEY HAD EMPLOYEES.  THEY HAD DOCTORS.  THEY HAD OTHER

10:53AM 15    PROFESSIONALS.

10:53AM 16         BUT THE EVIDENCE WILL SHOW THAT IT WAS THE DEFENDANT AND

10:53AM 17    HOLMES WHO MADE ALL OF THE SIGNIFICANT DECISIONS ON BEHALF OF

10:53AM 18    THERANOS.

10:53AM 19         I'VE PUT BACK ON THE SCREEN HERE SOME OF THE OTHER

10:54AM 20    INSIDERS WITHIN THERANOS.  I TOLD YOU ABOUT DR. ROSENDORFF, I

10:54AM 21    TOLD YOU ABOUT DR. PANDORI, AND I TOLD YOU ABOUT ERIKA CHEUNG.

10:54AM 22         I WANT TO EXPLAIN THE OTHER INDIVIDUAL ON THE SCREEN,

10:54AM 23    DR. SUNIL DHAWAN.

10:54AM 24         BUT FIRST I WANT TO TALK ABOUT ONE OF THE ACRONYMS ON THE

10:54AM 25    SCREEN.  YOU SEE THE TERM CLIA, WHERE IT SAYS CALIFORNIA CLIA

10:54AM   1    LABORATORY EMPLOYEES.  YOU'RE GOING TO HEAR A LITTLE BIT ABOUT

10:54AM   2    THIS ACRONYM, CLIA.  IT STANDS FOR CLINICAL LABORATORY

10:54AM   3    IMPROVEMENT AMENDMENTS ACT.  I DON'T EXPECT YOU TO REMEMBER

10:54AM   4    THAT.  IT'S NOT IMPORTANT.

10:54AM   5        BUT WHAT IS IMPORTANT IS THAT IF YOU WANT TO BE IN THE LAB

10:54AM   6    TESTING BUSINESS, IF YOU WANT TO GIVE RESULTS TO PATIENTS, YOU

10:54AM   7    NEED TO BE LICENSED WITH CMS AND THE STATE, AND IT'S

10:54AM   8    ESSENTIALLY HOW YOU BRING YOUR BLOOD TESTING SERVICES TO THE

10:54AM   9    PUBLIC FOR USE ON PATIENTS.

10:54AM  10        THE CLIA LAB IS WHERE YOU DELIVER ON YOUR PROMISES, WHERE

10:55AM  11    YOU GIVE YOUR RESULTS TO PATIENTS.

10:55AM  12        THERE'S R&D, WHERE YOU'RE MAKING SOMETHING, YOU'RE

10:55AM  13    DEVELOPING SOMETHING, YOU HOPE IT WORKS.

10:55AM  14        BUT WHEN YOU WANT TO DELIVER SOMETHING TO A PATIENT, YOU

10:55AM  15    NEED THAT LICENSE.  YOU NEED TO HAVE A CLIA CERTIFICATE.

10:55AM  16        I ALSO TALKED EARLIER ABOUT A TERM CALLED "ASSAYS."

10:55AM  17    YOU'RE GOING TO HEAR SOME SCIENCE IN THIS CASE.  ASSAYS IS A

10:55AM  18    FANCY NAME FOR BLOOD TEST.  IT'S A FANCY NAME FOR A CHEMICAL

10:55AM  19    REACTION.  THIS GENERATES A RESULT THAT YOU CAN ANALYZE.

10:55AM  20    THAT'S ANOTHER TERM THAT YOU'RE GOING TO HEAR THROUGHOUT THIS

10:55AM  21    TRIAL.

10:55AM  22        AND WITH THOSE ACRONYMS I WANT TO TELL YOU ABOUT

10:55AM  23    DR. DHAWAN, WHO I ALSO EXPECT YOU WILL HEAR FROM.

10:55AM  24        REMEMBER, I TOLD YOU THAT DR. ROSENDORFF LEFT THE COMPANY

10:55AM  25    AT THE END OF 2014 WHEN HIS CONCERNS WERE NOT BEING ADDRESSED.

10:55AM  1        AT THE TIME THAT THE THERANOS NEW BLOOD ANALYZER WAS BEING

10:56AM  2   USED FOR ONLY 12 TESTS, BALWANI WAS DESCRIBING HIS OWN LAB AS A

10:56AM  3   DISASTER ZONE.

10:56AM  4        AND WITH THE LAB FLOUNDERING, MR. BALWANI CHOSE TO BRING

10:56AM  5   IN HIS DERMATOLOGIST, DR. DHAWAN.  A DERMATOLOGIST, AS SOME OF

10:56AM  6   YOU MAY KNOW, IS SOMEONE WHO SPECIALIZES IN SKIN CONDITIONS.

10:56AM  7        THE DEFENDANT PUT DR. DHAWAN IN CHARGE OF ASSESSING

10:56AM  8   WHETHER WOMEN WERE PREGNANT, ABOUT WHETHER INDIVIDUALS HAD

10:56AM  9   CANCER, AND WHETHER THEY HAD OTHER DISEASES.

10:56AM 10        DR. DHAWAN HAD NEVER RUN A LAB OUTSIDE OF HIS DERMATOLOGY

10:56AM 11   PRACTICE.  THE ONLY CONNECTION TO THERANOS HE HAD WAS HE WAS

10:56AM 12   MR. BALWANI'S DERMATOLOGIST.

10:56AM 13        HE HAD NEVER SEEN OR USED THE THERANOS MINI BLOOD

10:56AM 14   ANALYZER, AND HE HAD NEVER SEEN OR USED THE FINGERSTICK TEST

10:56AM 15   THAT THERANOS WAS USING.

10:56AM 16        AND HE WILL TELL YOU THAT HE DID NO MEANINGFUL WORK AT

10:56AM 17   THERANOS BETWEEN THE TIME HE WAS BROUGHT ON AT THE END OF 2014

10:57AM 18   AND SEPTEMBER OF 2015 WHEN THE CMS INSPECTORS STARTED ASKING

10:57AM 19   HARD QUESTIONS ABOUT WHAT WAS GOING ON IN THE LABORATORY.

10:57AM 20        THESE ARE SOME OF THE INSIDERS WITHIN THE COMPANY THAT I

10:57AM 21   EXPECT YOU WILL HEAR FROM.

10:57AM 22        IN ADDITION, YOU WILL HEAR FROM SOME OF THE OUTSIDERS THAT

10:57AM 23   DEALT WITH THERANOS AND WHOSE GOOD WILL THE DEFENDANT

10:57AM 24   EXPLOITED.

10:57AM 25        I EXPECT THAT YOU WILL HEAR FROM A WITNESS FROM PFIZER,

10:57AM  1    FROM WALGREENS, FROM ONE OR MORE WITNESSES WITH KNOWLEDGE OF

10:57AM  2    THERANOS'S RELATIONSHIP, OR LACK OF A MEANINGFUL RELATIONSHIP,

10:57AM  3    WITH THE MILITARY.  AND THESE FOLKS WERE TELL YOU EXACTLY WHAT

10:57AM  4    THERANOS WAS DOING WITH THEM, WHAT THEY WERE DOING OR NOT

10:57AM  5    DOING, AND YOU'LL BE ABLE TO LINE THAT UP WITH THE ROSY

10:57AM  6    FALSEHOODS THAT THE DEFENDANT WAS GIVING TO INVESTORS.

10:57AM  7        THE THIRD CATEGORY OF WITNESSES THAT I EXPECT YOU WILL

10:57AM  8    HEAR FROM ARE THE INVESTORS THEMSELVES WHO LOST MILLIONS

10:58AM  9    INVESTING IN THERANOS.

10:58AM  10       I EXPECT THAT YOU WILL HEAR FROM A WOMAN NAMED

10:58AM  11   LISA PETERSON WHO HELPED MAKE DECISIONS FOR A FIRM CALLED RDV.

10:58AM  12       I ALSO EXPECT THAT YOU WILL HEAR FROM SOMEONE NAMED

10:58AM  13   BRIAN GROSSMAN WHO MANAGES INVESTMENTS FOR A FUND HERE IN THE

10:58AM  14   BAY AREA.

10:58AM  15       THEY, AND OTHER INVESTORS, I EXPECT WILL TELL YOU WHAT THE

10:58AM  16   DEFENDANT SAID REPEATEDLY TO MAKE THEM BELIEVE IN THERANOS AND

10:58AM  17   INVEST THEIR MONEY.

10:58AM  18       YOU WILL SEE THE QUESTIONS THAT THEY POSED TO THE

10:58AM  19   DEFENDANT AS PART OF THEIR INVESTMENT DECISION.

10:58AM  20       I'VE PUT UP A DOCUMENT THAT I ANTICIPATE WILL COME INTO

10:58AM  21   EVIDENCE.  THIS IS FROM BRIAN GROSSMAN, THE INDIVIDUAL WHO RUNS

10:58AM  22   THE FUND HERE IN SAN FRANCISCO ON BEHALF OF OTHER INVESTORS.

10:59AM  23       AND YOU WILL SEE THAT BRIAN GROSSMAN AND OTHER INVESTORS

10:59AM  24   WERE ASKING ALL OF THE RIGHT QUESTIONS OF THERANOS AND

10:59AM  25   ULTIMATELY GOT WRONG, FALSE AND MISLEADING ANSWERS FROM THE

10:59AM  1    DEFENDANT.

10:59AM  2         WHAT ARE THE LIMITS OF YOUR EXISTING ANALYZER?

10:59AM  3         WHAT DOES IT COST TO PRODUCE?

10:59AM  4         WHAT IS THE CURRENT COST OF AN ANALYZER?

10:59AM  5         WHAT ARE GM, OR GROSS MARGIN, ON THE ANALYZERS?

10:59AM  6         YOU'RE GOING TO HEAR A LITTLE BIT ABOUT WHAT THAT TERM

10:59AM  7    MEANS AND HOW MR. GROSSMAN WAS TRYING TO UNDERSTAND HOW MUCH

10:59AM  8    DOES IT COST IS FOR YOU TO MAKE THAT MACHINE IN YOUR LAB?  AND

10:59AM  9    YOU WILL HEAR THAT MR. GROSSMAN AND OTHERS GOT WRONG AND FALSE

10:59AM  10   AND MISLEADING ANSWERS FROM THE DEFENDANT.

10:59AM  11        FINALLY, YOU WILL HEAR FROM PATIENTS AND DOCTORS OF

10:59AM  12   PATIENTS WHO PAID FOR OR RECEIVED THERANOS'S BLOOD RESULTS,

11:00AM  13   RESULTS THAT THEY NEEDED AND WERE COUNTING ON TO MAKE THE RIGHT

11:00AM  14   MEDICAL DECISIONS.

11:00AM  15        NOW, BEFORE I SIT DOWN I WANT TO MAKE A FEW COMMENTS ABOUT

11:00AM  16   YOUR ROLES AS JURORS.  OVER THE NEXT FEW WEEKS YOU'RE GOING TO

11:00AM  17   HEAR A LOT OF EVIDENCE.  SOME OF IT IS TECHNICAL.  YOU'RE GOING

11:00AM  18   TO HEAR ABOUT ASSAYS, LAB DIRECTORS, QUALITY CONTROL.  SOME OF

11:00AM  19   THIS EVIDENCE MAY BE TECHNICAL, AND HONESTLY, SOME OF IT MAY BE

11:00AM  20   A LITTLE DRY.  BUT NONE OF YOU WERE SELECTED AS JURORS BECAUSE

11:00AM  21   YOU HAVE A MEDICAL DEGREE OR BECAUSE YOU HAVE EXPERTISE IN THE

11:00AM  22   BLOOD TESTING BUSINESS.

11:00AM  23        YOU WERE SELECTED BECAUSE YOU HAVE THE ONE THING THAT ALL

11:00AM  24   JURORS NEED, WHICH IS COMMON SENSE, BECAUSE IN THE END, THIS IS

11:00AM  25   A CASE ABOUT FRAUD, ABOUT LYING AND DECEIVING TO GET MONEY,

GOVERNMENT'S OPENING STATEMENT

```
11:00AM   1      ABOUT WHETHER THE STATEMENTS THAT THE DEFENDANT AND MS. HOLMES

11:00AM   2    TOLD INVESTORS AND TOLD PATIENTS MATCHED THE REALITY THAT YOU

11:01AM   3    WILL HEAR FROM THE INSIDERS.

11:01AM   4          THE EVIDENCE IN THIS CASE WILL SHOW THAT THE DEFENDANT

11:01AM   5    TOLD HIS INVESTORS THERANOS HAD DEVELOPED A MINI BLOOD ANALYZER

11:01AM   6    THAT COULD DO VIRTUALLY ANY TEST.

11:01AM   7          IT COULD NOT.  IT NEVER DID MORE THAN 12 TESTS, AND IT DID

11:01AM   8    THOSE 12 TESTS BADLY.

11:01AM   9          THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD INVESTORS

11:01AM  10    THE MILITARY WAS USING THE DEVICE IN THE FIELD.

11:01AM  11          IT WAS NOT.

11:01AM  12          THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD INVESTORS

11:01AM  13    THERANOS MADE ALL OF ITS TESTING DEVICES.

11:01AM  14          IT DID NOT.  IT WAS USING SIEMENS MACHINES.

11:01AM  15          THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD INVESTORS

11:01AM  16    PHARMA AND THE MILITARY WERE GENERATING SUFFICIENT REVENUES TO

11:01AM  17    FUND THERANOS'S OPERATIONS.

11:01AM  18          THEY WERE NOT.

11:01AM  19          THE EVIDENCE WILL SHOW THAT THE DEFENDANT GAVE INVESTORS

11:01AM  20    FINANCIAL PROJECTIONS PURPORTEDLY REPRESENTING THE TRUE

11:02AM  21    PROSPECTS OF THE COMPANY.

11:02AM  22          THEY DID NOT.

11:02AM  23          THE EVIDENCE WILL SHOW THAT THE DEFENDANT INDUCED

11:02AM  24    INVESTMENTS ON THE PROMISE THAT THE WALGREENS ROLLOUT WAS A

11:02AM  25    SPECTACULAR SUCCESS.
```

11:02AM  1          IT WAS NOT.

11:02AM  2          FINALLY, THE EVIDENCE WILL SHOW THE DEFENDANT TOLD

11:02AM  3   PATIENTS THAT THERANOS'S TESTS WERE ACCURATE AND RELIABLE.

11:02AM  4          THEY WERE NOT.  AND IN THE COURSE OF DOING SO, HE SKEWED

11:02AM  5   THE MEDICAL DECISIONS PATIENTS WERE MAKING AND PUT THEM AT

11:02AM  6   RISK.

11:02AM  7          THANK YOU, LADIES AND GENTLEMEN.  THANK YOU FOR YOUR

11:02AM  8   PATIENCE WITH THE TECHNOLOGY.

11:02AM  9          THIS CONCLUDES THE GOVERNMENT'S OPENING STATEMENT.

11:02AM 10          AS I SAID, THIS IS A PREVIEW OF WHAT I ANTICIPATE THE

11:02AM 11   EVIDENCE WILL SHOW.

11:02AM 12          AT THE END OF THE CASE THE GOVERNMENT WILL HAVE AN

11:02AM 13   OPPORTUNITY TO SPEAK TO YOU AGAIN, AND AT THAT TIME WE WILL

11:02AM 14   URGE YOU TO RETURN THE ONE VERDICT THAT IS SUPPORTED BY ALL OF

11:02AM 15   THE EVIDENCE, WHICH IS THAT THE DEFENDANT IS GUILTY OF WIRE

11:03AM 16   FRAUD AND CONSPIRACY AS ALLEGED IN THE INDICTMENT.

11:03AM 17          THANK YOU FOR YOUR TIME.

11:03AM 18              THE COURT:  THANK YOU, MR. LEACH.

11:03AM 19          DOES THE DEFENSE HAVE AN OPENING STATEMENT?

11:03AM 20              MR. CAZARES:  YES.  THANK YOU, YOUR HONOR.

11:03AM 21          YOUR HONOR, MAY I REQUEST A FEW MINUTES TO SET UP BEFORE

11:03AM 22   WE GET STARTED?

11:03AM 23              THE COURT:  YES.  LADIES AND GENTLEMEN, LET'S TAKE A

11:03AM 24   BRIEF RECESS.

11:03AM 25          WE'LL TAKE ABOUT A SEVEN MINUTE BREAK, AND THEN WE'LL COME

```
11:03AM   1        BACK, AND WE'LL LISTEN TO THE DEFENSE OPENING.

11:03AM   2             LADIES AND GENTLEMEN, LET ME TELL YOU, WE'RE GOING TO END

11:03AM   3        TODAY AT 2:30.  WE'LL END TODAY AT 2:30.  THAT'S THE SCHEDULE

11:03AM   4        FOR TODAY.

11:03AM   5             AND WE'LL -- DEPENDING ON THE LENGTH OF OPENINGS AND

11:03AM   6        DURATION OF THE WITNESS'S TESTIMONY, WE'LL SCHEDULE MORE BREAKS

11:03AM   7        FOR YOU THIS AFTERNOON.

11:03AM   8             BUT LET'S TAKE ABOUT A SEVEN, TEN MINUTE BREAK NOW, AND

11:03AM   9        THEN WE'LL HEAR FROM THE DEFENSE.

11:04AM  10             (JURY OUT AT 11:04 A.M.)

11:04AM  11                  THE COURT:  THANK YOU.  PLEASE BE SEATED.  THE

11:04AM  12        RECORD SHOULD REFLECT THAT THE JURORS HAVE LEFT FOR A BREAK.

11:04AM  13                  ANYTHING BEFORE I STEP DOWN?

11:04AM  14                  MR. COOPERSMITH:  NO, YOUR HONOR.

11:04AM  15                  MR. LEACH:  NO, YOUR HONOR.

11:04AM  16             (RECESS FROM 11:04 A.M. UNTIL 11:22 A.M.)

11:22AM  17             (JURY IN AT 11:22 A.M.)

11:22AM  18                  THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK YOU

11:22AM  19        FOR YOUR COURTESY.

11:22AM  20             WE'RE BACK ON THE RECORD.

11:22AM  21             ALL PARTIES AND JURY IS ONCE AGAIN PRESENT.  OUR

11:22AM  22        ALTERNATES ARE PRESENT.

11:22AM  23             JUST A MOMENT, AND WE'LL TURN OUR EQUIPMENT ON.

11:22AM  24             (PAUSE IN PROCEEDINGS.)

11:22AM  25                  THE COURT:  DOES THE DEFENSE HAVE AN OPENING
```

| | | |
|---|---|---|
| 11:22AM | 1 | STATEMENT? |
| 11:22AM | 2 | MR. CAZARES:  YES, YOUR HONOR.  THANK YOU VERY MUCH, |
| 11:22AM | 3 | YOUR HONOR. |
| 11:22AM | 4 | THE COURT:  PLEASE PROCEED.  THANK YOU. |
| 11:22AM | 5 | MR. CAZARES:  AND, YOUR HONOR, MAY I REMOVE MY MASK? |
| 11:22AM | 6 | THE COURT:  YES. |
| 11:22AM | 7 | **(COUNSEL FOR DEFENDANT GAVE THEIR OPENING STATEMENT.)** |
| 11:22AM | 8 | MR. CAZARES:  MAY IT PLEASE THE COURT. |
| 11:22AM | 9 | LADIES AND GENTLEMEN OF THE JURY, MY NAME IS |
| 11:23AM | 10 | STEPHEN CAZARES.  AND I, ALONG WITH JEFF COOPERSMITH, WHO YOU |
| 11:23AM | 11 | HAVE ALREADY MET, MY COCOUNSEL, AS WELL AS I'M GOING TO |
| 11:23AM | 12 | REINTRODUCE YOU TO AMY WALSH, IT IS OUR HONOR AND OUR PRIVILEGE |
| 11:23AM | 13 | TO REPRESENT SUNNY BALWANI IN THIS CASE. |
| 11:23AM | 14 | AND WHAT I'M GOING TO DO IS TO TALK ABOUT SOME OF THE |
| 11:23AM | 15 | EVIDENCE THAT YOU'RE GOING TO HEAR IN THIS CASE AND YOU'RE |
| 11:23AM | 16 | GOING TO SEE IN THIS TRIAL THAT IS GOING TO DEMONSTRATE THAT |
| 11:23AM | 17 | SUNNY BALWANI COMMITTED NO CRIME, HE COMMITTED NO FRAUD, AND |
| 11:23AM | 18 | NEVER INTENDED TO DECEIVE OR CHEAT ANYBODY, NOT INVESTORS AND |
| 11:23AM | 19 | NOT PATIENTS. |
| 11:23AM | 20 | WHAT YOU'RE GOING TO LEARN IN THIS TRIAL, AND I DON'T |
| 11:23AM | 21 | THINK IT'S GOING TO BE DISPUTED, SUNNY BALWANI DID NOT START |
| 11:23AM | 22 | THERANOS, HE DID NOT CONTROL THERANOS, HE DID NOT HAVE FINAL |
| 11:23AM | 23 | BUSINESS DECISION MAKING AUTHORITY AT THERANOS. |
| 11:23AM | 24 | AND YOU'LL LEARN THAT IN MAY OF 2016 SUNNY LEFT THERANOS. |
| 11:23AM | 25 | AND WHEN SUNNY BALWANI LEFT THERANOS IN MAY OF 2016, THERANOS |

11:24AM 1    HAD HUNDREDS OF MILLIONS OF DOLLARS, INVESTOR DOLLARS, SITTING

11:24AM 2    IN THERANOS'S BANK ACCOUNT.

11:24AM 3        WHEN SUNNY BALWANI LEFT THERANOS IN MAY OF 2016, THERANOS

11:24AM 4    HAD DEVELOPED VALUABLE INTELLECTUAL PROPERTY, THEY HAD PATENTS

11:24AM 5    FOR THEIR FINGERSTICK TECHNOLOGY, THEY HAD INNOVATIVE

11:24AM 6    FINGERSTICK TECHNOLOGY THAT THEY HAD DEVELOPED, AND THEY HAD

11:24AM 7    TWO CLINICAL LABORATORIES, HUNDREDS OF LABORATORY SCIENTISTS,

11:24AM 8    RESEARCH AND DEVELOPMENT LABORATORY AS WELL, ALL READY TO GROW

11:24AM 9    AND CONTINUE TO DO BUSINESS BECAUSE THE COMPANY HAD HUNDREDS OF

11:24AM 10   MILLIONS OF DOLLARS WHEN HE WALKED AWAY.  THAT'S WHAT THE

11:24AM 11   EVIDENCE IS GOING TO SHOW.

11:24AM 12       NOW, THE GOVERNMENT ALLEGES THAT THERANOS'S FINGERSTICK

11:24AM 13   TECHNOLOGY WAS NOT CAPABLE OF CONSISTENTLY PRODUCING ACCURATE

11:24AM 14   AND RELIABLE RESULTS.  THAT'S REALLY THE ALLEGATION AT THE CORE

11:24AM 15   OF THIS CASE.  THE GOVERNMENT CLAIMS THAT THE TECHNOLOGY DIDN'T

11:24AM 16   WORK, COULD NEVER WORK.  YOU HEARD THE GOVERNMENT SUGGEST THAT

11:25AM 17   ONLY 12 TESTS WERE EVER CREATED.

11:25AM 18       BUT WHAT THE EVIDENCE IS GOING TO SHOW AND WHAT YOU'RE

11:25AM 19   GOING TO LEARN IN THIS TRIAL IS THAT THE GOVERNMENT ITSELF

11:25AM 20   NEVER OBTAINED OVER THREE YEARS OF TESTING DATA PATIENT RESULTS

11:25AM 21   AND RELATED RECORDS FROM THERANOS.

11:25AM 22       THE GOVERNMENT NEVER OBTAINED OVER THREE YEARS OF PATIENT

11:25AM 23   TESTING RECORDS AND DATA AND ANALYZED IT BEFORE THEY CHARGED

11:25AM 24   MR. BALWANI.

11:25AM 25       AND AS WE STAND HERE TODAY, THE GOVERNMENT HAS NEVER

DEFENDANT'S OPENING STATEMENT

11:25AM   1   OBTAINED THE THREE-PLUS YEARS OF TESTING RECORDS AND RELATED

11:25AM   2   DATA AND ANALYZED IT TO TRY TO PROVE THE ALLEGATION THAT THE

11:25AM   3   GOVERNMENT MAKES, THAT THERANOS'S TECHNOLOGY IS NOT CAPABLE OF

11:25AM   4   CONSISTENTLY PRODUCING ACCURATE AND RELIABLE RESULTS.

11:25AM   5        THAT'S WHAT WE BELIEVE THE EVIDENCE IS GOING TO SHOW.

11:25AM   6        IN ADDITION, THE GOVERNMENT ALLEGES THAT SUNNY BALWANI

11:25AM   7   TRIED TO CHEAT AND DECEIVE INVESTORS AND PATIENTS TO KIND OF

11:25AM   8   TAKE THEIR MONEY.  THAT'S WHAT A WIRE FRAUD CHARGE IS.  THE

11:25AM   9   GOVERNMENT HAS ALLEGED HE INTENDED TO CHEAT INVESTORS AND

11:26AM  10   PATIENTS OUT OF THEIR MONEY.

11:26AM  11        BUT WHAT YOU'RE GOING TO LEARN IN THIS TRIAL IS THAT THE

11:26AM  12   INVESTOR MONEY IN THERANOS WAS USED EXACTLY AS INVESTORS

11:26AM  13   INTENDED IT TO BE USED.  IT WAS USED TO BUILD THE BUSINESS.  IT

11:26AM  14   WAS USED TO DEVELOP THE FINGERSTICK TECHNOLOGY.

11:26AM  15        YOU'RE ALSO GOING TO LEARN THAT SUNNY WAS ONE OF THOSE

11:26AM  16   INVESTORS IN THERANOS.  AND YOU'RE GOING TO LEARN THAT DURING

11:26AM  17   THE COURSE OF SUNNY WORKING AT THERANOS, SUNNY NEVER TOOK A

11:26AM  18   SINGLE DOLLAR FROM THERANOS.

11:26AM  19        YOU HEARD THE GOVERNMENT SUGGEST THAT SUNNY'S STOCK IN

11:26AM  20   THERANOS WAS WORTH MAYBE HALF A BILLION DOLLARS AT ONE POINT IN

11:26AM  21   TIME, AND I'LL TALK ABOUT THAT A LITTLE LATER.

11:26AM  22        BUT THERE'S NO EVIDENCE, AND THE GOVERNMENT DOESN'T EVEN

11:26AM  23   ALLEGE, THAT SUNNY TOOK ANY INVESTOR MONEY OR USED IT

11:26AM  24   IMPROPERLY.

11:26AM  25        IN FACT, WHAT YOU'RE GOING TO LEARN IS SUNNY INVESTED HIS

11:26AM  1    OWN MONEY, ALMOST $5 MILLION, INTO THERANOS BECAUSE HE BELIEVED

11:26AM  2    IN THE COMPANY, HE BELIEVED IN THE TECHNOLOGY, AND HE BELIEVED

11:27AM  3    IN ITS FUTURE.

11:27AM  4         THAT'S WHAT THE EVIDENCE IS GOING TO SHOW.

11:27AM  5         NOW, REMEMBER WHAT THE COURT INSTRUCTED YOU.  YOU'RE THE

11:27AM  6    JURY AND IT'S YOUR ROLE IN DECIDING THE FACTS IN THIS CASE.

11:27AM  7         YOU'RE GOING TO GET TOGETHER, 12 MEMBERS OF THE JURY, HEAR

11:27AM  8    ALL OF THE EVIDENCE, DISCUSS IT, AND THEN YOU DECIDE WHAT THE

11:27AM  9    TRUTH IS AND WHAT THE TRUTH IS NOT.

11:27AM 10         AND IN THE COURSE OF JURY SELECTION, YOU WILL RECALL SOME

11:27AM 11    PROSPECTIVE JURORS, AND MAYBE EVEN SOME OF YOU, REPORTED TO THE

11:27AM 12    COURT THAT YOU HEARD THINGS ABOUT THERANOS, YOU HEARD THINGS

11:27AM 13    ABOUT ELIZABETH HOLMES IN THE NEWS, IN THE MEDIA, IN THE

11:27AM 14    NEWSPAPERS, MAYBE EVEN T.V. SHOWS OR DOCUMENTARIES.

11:27AM 15         THE COURT INSTRUCTED YOU, AND IT'S REALLY IMPORTANT TO

11:27AM 16    KEEP IN MIND, THE HEADLINES AND THE SENSATIONAL STORIES ABOUT

11:27AM 17    THERANOS AND ELIZABETH HOLMES HAVE NO PLACE IN THIS TRIAL.

11:27AM 18    YOU'RE SUPPOSED TO MAKE YOUR DECISIONS BASED ON THE EVIDENCE

11:27AM 19    THAT YOU SEE AND HEAR IN THIS CASE.

11:28AM 20         AND BECAUSE OF THAT, WE ASK YOU TO KEEP AN OPEN MIND.

11:28AM 21    RESIST THE URGE TO REACH A CONCLUSION RIGHT AWAY.

11:28AM 22         YOU'LL HEAR FROM A COUPLE OF GOVERNMENT WITNESSES.

11:28AM 23    THEY'RE GOING TO POINT TO AN EMAIL, QUALITY CONTROL FAILED,

11:28AM 24    MAYBE SOMEBODY HAD A COMPLAINT, A PATIENT HAS QUESTIONS ABOUT

11:28AM 25    THEIR RESULTS.  THOSE KINDS OF COMPLAINTS AND ISSUES ARE ALMOST

11:28AM  1    LIKE THOSE MEDIA HEADLINES, IT RAISES AN ISSUE, BUT UNTIL YOU

11:28AM  2    DIG IN AND UNDERSTAND THE FACTS, WHY DID QUALITY CONTROL FAIL?

11:28AM  3    WHAT WAS THE REAL CAUSE?  YOU'LL HAVE TO FIGURE OUT WHETHER OR

11:28AM  4    NOT THE GOVERNMENT PRESENTS THAT TO YOU.

11:28AM  5        WHAT WAS THE ANSWER TO THAT PATIENT'S QUESTION ABOUT THE

11:28AM  6    RESULTS THAT THEY RAISED TO THE LAB AND TO THE SCIENTISTS?

11:28AM  7        THAT'S WHY WE ASK YOU TO JUST WAIT UNTIL YOU HEAR ALL OF

11:28AM  8    THE EVIDENCE AND HEAR FROM THE DEFENSE BEFORE YOU START

11:28AM  9    REACHING CONCLUSIONS.  BECAUSE WE SUSPECT THAT ONCE YOU HEAR

11:28AM  10   ALL OF THE EVIDENCE AND CONSIDER ALL OF THE EVIDENCE, THAT YOU

11:29AM  11   WILL REACH THE SAME CONCLUSION THAT SUNNY BALWANI DID ABOUT

11:29AM  12   THERANOS:  IT WAS A GREAT IDEA, IT WAS A TECHNOLOGY THAT COULD

11:29AM  13   CHANGE BLOOD TESTING, AND THAT SUNNY WORKED 24 HOURS A DAY,

11:29AM  14   7 DAYS A WEEK FOR OVER 6 YEARS TO TRY TO MAKE IT A SUCCESS FOR

11:29AM  15   INVESTORS AND FOR PATIENTS WHO USED THERANOS'S BLOOD TESTING

11:29AM  16   SERVICES.

11:29AM  17       IN ADDITION, AS I SAID, YOU'RE GOING TO LEARN SUNNY NEVER

11:29AM  18   MADE A DIME FROM THERANOS, AND YOU'LL SEE NO EVIDENCE OF THAT

11:29AM  19   IN THIS CASE.

11:29AM  20       NOW, I'M GOING TO TRANSITION NOW, AND WE'RE GOING TO TALK

11:29AM  21   ABOUT SOME OF THE EVIDENCE THAT YOU'RE GOING TO SEE AND HEAR IN

11:29AM  22   THIS TRIAL THAT IS GOING TO DEMONSTRATE AND SHOW THAT SUNNY DID

11:29AM  23   NOT DECEIVE OR CHEAT INVESTORS OR PATIENTS.

11:29AM  24       NOW, ON THE -- YOUR LEFT SIDE OF THE JURY ROOM YOU'LL SEE

11:29AM  25   THERE'S LIKE A TIMELINE THAT YOU'LL SEE UP THERE.  AND I PUT IT

11:29AM 1    UP THERE JUST AS A GUIDEPOST FOR YOU, BECAUSE THE TIME PERIOD

11:29AM 2    THAT WE'RE TALKING ABOUT IN THIS CASE, THAT ACTUALLY SPANS SIX

11:30AM 3    YEARS, SEVEN YEARS OR MORE.

11:30AM 4        YOU HEARD THE GOVERNMENT TALK A LITTLE BIT ABOUT THE

11:30AM 5    BEGINNING, YOU HEARD THEM TALK ABOUT A LITTLE BIT AT THE END.

11:30AM 6    WHAT WE ARE GOING TO TALK ABOUT IS RIGHT IN THE MIDDLE, AND

11:30AM 7    THAT'S WHY I THINK IT'S IMPORTANT FOR YOU TO HAVE SOME POINTS

11:30AM 8    TO KEEP YOUR FOCUS ON WHERE WE ARE AT.

11:30AM 9        AND THE TIMEFRAME STARTS IN 2009 FOR US WHEN SUNNY JOINED

11:30AM 10   THERANOS.

11:30AM 11       BEFORE 2009 SUNNY HAD NOTHING TO DO WITH THERANOS.  IT WAS

11:30AM 12   ELIZABETH'S COMPANY, AND WE'LL TALK ABOUT THE DETAILS.

11:30AM 13       AND THROUGH 2009 AND UNTIL MAY OF 2016, WHAT THE EVIDENCE

11:30AM 14   IS GOING TO SHOW IS THAT SUNNY LEARNED ABOUT THE BUSINESS FROM

11:30AM 15   THE SCIENTISTS, FROM ELIZABETH AND OTHERS INVOLVED IN THE

11:30AM 16   COMPANY, AND HE BELIEVED IN THE TECHNOLOGY.

11:30AM 17       AS I SAID, THE EVIDENCE IS GOING TO SHOW THAT SUNNY DID

11:30AM 18   NOT DEFRAUD INVESTORS OR PATIENTS ABOUT THERANOS'S TECHNOLOGY.

11:30AM 19       AND SOME OF THE EVIDENCE THAT YOU'RE GOING TO LEARN ABOUT

11:31AM 20   AND HEAR AND SEE IN THIS TRIAL INCLUDES THE FACT THAT THERANOS

11:31AM 21   SCIENTISTS, THEIR ENGINEERS AND SCIENTISTS IN THE LAB, CREATED

11:31AM 22   HUNDREDS OF FINGERSTICK TESTS USING THERANOS'S TECHNOLOGY.

11:31AM 23       YOU HEARD THE GOVERNMENT TALK ABOUT 12 TESTS, 12 TESTS,

11:31AM 24   THAT'S ALL IT COULD DO.

11:31AM 25       WELL, IN FACT, THOUGH, THE SCIENTISTS DEVELOPED HUNDREDS

11:31AM   1    OF TESTS USING THERANOS'S TECHNOLOGY.

11:31AM   2         YOU'RE ALSO GOING TO LEARN THAT THERANOS DID NOT HIDE ITS

11:31AM   3    USE OF COMMERCIAL DEVICES.

11:31AM   4         YOU HEARD THE GOVERNMENT TALK ABOUT SIEMENS ANALYZERS, THE

11:31AM   5    BIG CLUNKY ANALYZERS THAT WERE USED IN MOST COMMERCIAL LABS.

11:31AM   6         THERANOS DID USE SOME OF THOSE ANALYZERS.

11:31AM   7         AND YOU'RE ALSO GOING TO LEARN THAT THERANOS DID NOT HIDE

11:31AM   8    THAT USE OF COMMERCIAL DEVICES OR TRADITIONAL VEIN DRAW

11:31AM   9    TESTING.  THE PUBLIC KNEW.

11:31AM  10         AND YOU'RE ALSO GOING TO LEARN THAT THOSE FINANCIAL MODELS

11:31AM  11    THAT THE GOVERNMENT SHOWED YOU THAT WERE GIVEN TO INVESTORS --

11:31AM  12    AND IT'S TRUE, INVESTORS WERE GIVEN FINANCIAL MODELS, NOT A

11:31AM  13    FORECAST LIKE PUBLIC COMPANIES DO, LIKE APPLE MAYBE PROJECT

11:32AM  14    BILLIONS OF DOLLARS OF REVENUE IN THE NEXT QUARTER.  THAT'S NOT

11:32AM  15    WHAT INVESTORS WERE GIVEN.

11:32AM  16         THEY WERE GIVEN A MODEL, AND THOSE MODELS INCLUDED

11:32AM  17    REFERENCES TO FACTS THAT WALGREENS WAS TELLING SUNNY ABOUT

11:32AM  18    WALGREENS'S INTENT TO ROLL OUT THAT BUSINESS.  THAT'S WHAT THE

11:32AM  19    MODELS REFLECTED, AND THAT'S WHAT THE EVIDENCE IS GOING TO

11:32AM  20    SHOW.

11:32AM  21         NOW, AS I MENTIONED BEFORE, WE BELIEVE THAT ONCE YOU SEE

11:32AM  22    AND HEAR ALL OF THE EVIDENCE IN THIS TRIAL, YOU WILL CONCLUDE

11:32AM  23    THAT SUNNY BELIEVED IN THERANOS, HE BELIEVED IN ITS TECHNOLOGY,

11:32AM  24    AND HE BELIEVED IN ITS MISSION.

11:32AM  25         FIRST, YOU'RE GOING TO LEARN A LITTLE BIT ABOUT SUNNY

11:32AM   1    HIMSELF.  SUNNY WAS BORN IN SOUTH ASIA TO A FAMILY OF THREE

11:32AM   2    OLDER SISTERS, TWO BROTHERS.  SUNNY'S BROTHERS ARE HERE IN THE

11:32AM   3    COURTROOM WATCHING TRIAL HERE TODAY.

11:32AM   4         AND SUNNY COMES FROM A FAMILY OF SIX GENERATIONS OF

11:32AM   5    ENTREPRENEURS, OF SUCCESSFUL FARMERS.  THEY ALSO HAD FACTORIES

11:33AM   6    IN THEIR BUSINESS WHERE THEY MADE PRODUCTS FROM THE FARMS.

11:33AM   7         THAT'S HOW SUNNY GREW UP.  HE GREW UP IN A FAMILY OF

11:33AM   8    BUSINESS PEOPLE, OF ENTREPRENEURS.

11:33AM   9         BUT BACK THEN SUNNY'S PARENTS DIDN'T GO TO COLLEGE.  HE

11:33AM   10   WANTED SOMETHING DIFFERENT.  SO SUNNY WAS THE FIRST IN HIS

11:33AM   11   FAMILY TO GO TO COLLEGE, AND TO DO THAT HE CAME TO THE

11:33AM   12   UNITED STATES IN 1986.

11:33AM   13        AND WHEN HE CAME TO THE UNITED STATES ON A STUDENT VISA,

11:33AM   14   SUNNY WENT TO COLLEGE AT THE UNIVERSITY OF TEXAS AT AUSTIN AND

11:33AM   15   STUDIED INFORMATION SYSTEMS AND GOT HIS DEGREE IN 1990.

11:33AM   16        AFTER GETTING HIS DEGREE AT THE UNIVERSITY OF TEXAS,

11:33AM   17   AUSTIN, AGAIN, INFORMATION SYSTEMS, SUNNY CAME HERE TO

11:33AM   18   SILICON VALLEY AND JOINED A STARTUP AS AN ENGINEER.

11:33AM   19        AND SOON AFTER THAT STARTUP WAS ACQUIRED BY WHAT WAS THEN,

11:33AM   20   IT'S AN OLD NAME NOW, BUT IT WAS THEN A GIANT IN SILICON VALLEY

11:33AM   21   CALLED LOTUS DEVELOPMENT CORPORATION.  AND SUNNY WAS AN

11:33AM   22   ENGINEER AT LOTUS FOR A FEW YEARS, AGAIN, WORKING WITH

11:34AM   23   COMPUTERS, WORKING WITH SOFTWARE.  THAT'S WHAT SUNNY DID.  THAT

11:34AM   24   WAS HIS AREA OF EXPERTISE.

11:34AM   25        A FEW YEARS LATER SUNNY LEFT LOTUS AND JOINED MICROSOFT.

11:34AM 1    THIS IS IN THE MID '90S, THE DAWN OF THE INTERNET AGE.

11:34AM 2         AND AGAIN, SUNNY WAS AN ENGINEER, A MANAGER AT MICROSOFT,

11:34AM 3    COMPUTERS, SOFTWARE, DATABASES.  THAT WAS HIS AREA OF

11:34AM 4    EXPERTISE.

11:34AM 5         BUT AT HEART SUNNY WAS AN ENTREPRENEUR LIKE HIS FATHER,

11:34AM 6    LIKE HIS GRANDFATHER.  YOU'LL LEARN HE PROBABLY REALLY DIDN'T

11:34AM 7    LIKE TO BE AN EMPLOYEE OR SOMEONE ELSE'S EMPLOYEE.

11:34AM 8         BUT HE HAD AN IDEA.  HE HAD AN IDEA FOR A BUSINESS.

11:34AM 9         AND THE IDEA THAT SUNNY HAD FOR A BUSINESS WAS WHAT WAS

11:34AM 10   CALLED A BUSINESS-TO-BUSINESS PLATFORM THAT WOULD ALLOW

11:34AM 11   BUSINESSES TO BUY AND SELL OBJECTS, KIND OF EQUIPMENT, THINGS

11:34AM 12   THAT THEY NEEDED TO RUN THE BUSINESSES.

11:34AM 13        AT THE TIME IT WAS PRETTY INNOVATIVE.  NOW IT'S A LITTLE

11:34AM 14   DIFFERENT.  BUT SUNNY STARTED THAT COMPANY, AND IT WAS CALLED

11:35AM 15   COMMERCEBID, AND IT WAS IN THE E-COMMERCE BUSINESS-TO-BUSINESS

11:35AM 16   ACTIVITY AND OPERATION, AND IT WAS A SUCCESS.  HE FOUNDED THE

11:35AM 17   BUSINESS WITH A COLLEAGUE.  THEY DEVELOPED THE BUSINESS.

11:35AM 18        AT THE SAME TIME IN 1999 SUNNY BECAME A CITIZEN IN

11:35AM 19   UNITED STATES REALIZING ONE OF HIS DREAMS.

11:35AM 20        NOW, THAT COMPANY THAT SUNNY STARTED, COMMERCEBID, WAS A

11:35AM 21   SUCCESS.  PEOPLE WERE INTERESTED IN IT.  THIS WAS AN IMPORTANT

11:35AM 22   TIME PERIOD IN SILICON VALLEY.  AND ANOTHER COMPANY, A LARGER

11:35AM 23   BUSINESS-TO-BUSINESS E-COMMERCE BUSINESS COMPANY ACQUIRED

11:35AM 24   COMMERCEBID FROM SUNNY AND FROM HIS PARTNERS.  THEY REALIZED A

11:35AM 25   DREAM.  THEY HAD A GREAT IDEA, STARTED A COMPANY, OTHER PEOPLE

11:35AM  1    LIKED THAT IDEA, AND ACTUALLY BOUGHT IT FROM HIM.  SUNNY WAS A

11:35AM  2    SUCCESS AT THAT POINT.

11:35AM  3        HE JOINED COMMERCE ONE AS A RESULT OF THAT TRANSACTION AND

11:35AM  4    WORKED FOR COMMERCE ONE FOR A TIME PERIOD.

11:35AM  5        BUT ULTIMATELY SUNNY, AGAIN, HE'S AN ENTREPRENEUR, HE

11:35AM  6    WASN'T REALLY INTERESTED IN STAYING WORKING FOR SOMEONE ELSE,

11:36AM  7    AND HE LEFT BECAUSE AT THAT POINT HE WAS A SUCCESS.  HE MADE

11:36AM  8    MONEY FROM THE SALE AND DIDN'T REALLY NEED TO WORK.

11:36AM  9        SO WHAT YOU'LL LEARN ABOUT IN THIS TRIAL, WHAT HAPPENED

11:36AM  10   NEXT WAS THAT SUNNY, IN DECIDING WHAT HE WANTED TO DO NEXT,

11:36AM  11   DECIDED TO GO BACK TO SCHOOL.

11:36AM  12       HE WENT TO SCHOOL AT THE UNIVERSITY OF CALIFORNIA BERKELEY

11:36AM  13   TO GET HIS MBA.  AND WHILE AT BERKELEY EARNING HIS MBA, SUNNY

11:36AM  14   DECIDED TO PARTICIPATE IN WHAT WAS CALLED A STUDY ABROAD

11:36AM  15   PROGRAM WHERE IF YOU GO TO ANOTHER UNIVERSITY IN ANOTHER

11:36AM  16   COUNTRY, AND SUNNY DID THAT.  HE WENT TO BEIJING UNIVERSITY TO

11:36AM  17   LEARN MANDARIN.

11:36AM  18       AND IT WAS DURING THAT TIME PERIOD WHILE AT BEIJING

11:36AM  19   UNIVERSITY LEARNING MANDARIN AT THAT STUDY ABROAD PROGRAM THAT

11:36AM  20   SUNNY MET ELIZABETH HOLMES, WHO WAS ALSO IN THAT PROGRAM

11:36AM  21   STUDYING MANDARIN OVERSEAS.

11:36AM  22       THEY GOT TO KNOW EACH OTHER, BECAME ACQUAINTED.

11:36AM  23       BUT ULTIMATELY THE PROGRAM ENDED.  THEY BOTH CAME BACK TO

11:36AM  24   THE UNIVERSITY.

11:36AM  25       SUNNY GOT HIS MBA IN 2003.  BUT HE WAS STILL LOOKING FOR

11:37AM  1    WHAT HE WANTED TO DO NEXT.  HE HAD IDEAS WITH COMPANIES.  HE

11:37AM  2    WAS INVESTING IN OTHER COMPANIES, AND IN THE MEANTIME HE

11:37AM  3    DECIDED TO ENROLL AT STANFORD UNIVERSITY IN THEIR COMPUTER

11:37AM  4    SCIENCE GRADUATE COMPUTER PROGRAM.  THIS IS IN 2004.

11:37AM  5         AND IN THAT TIME PERIOD WHEN SUNNY WAS BACK AT STANFORD,

11:37AM  6    THAT'S WHEN HE REACQUAINTED WITH ELIZABETH HOLMES.  THEY GOT TO

11:37AM  7    KNOW EACH OTHER.  THEY STARTED DATING.  ULTIMATELY ELIZABETH

11:37AM  8    ACTUALLY MOVED IN WITH SUNNY, AND THEY LIVED TOGETHER IN

11:37AM  9    SUNNY'S CONDOMINIUM IN PALO ALTO.

11:37AM 10         WELL, WHAT YOU'RE GOING TO LEARN IN THIS TRIAL IS THAT

11:37AM 11    FROM THAT POINT WHEN THEY RECONNECTED AND BECAME A COUPLE, THEY

11:37AM 12    WERE A COUPLE ROMANTICALLY, BUT LIVED PARALLEL LIVES.

11:37AM 13         ELIZABETH HAD HER OWN BUSINESS IDEAS AND COMPANY THAT IS

11:37AM 14    THE SUBJECT OF THIS TRIAL, AND WE'LL TALK ABOUT THAT.  BUT AT

11:37AM 15    THE TIME SUNNY WASN'T APART OF THOSE.  SUNNY HAD HIS OWN IDEAS

11:37AM 16    ABOUT NEW STARTUPS AND ABOUT INVESTING.

11:38AM 17         AND THAT'S WHAT YOU'RE GOING TO LEARN THAT FROM THAT TIME

11:38AM 18    PERIOD, 2003, '04, '05 ALL OF THE WAY UNTIL 2009,

11:38AM 19    ELIZABETH HOLMES, NOT SUNNY, FOUNDED THERANOS AND BUILT

11:38AM 20    THERANOS.

11:38AM 21         AND WHAT THERANOS WAS, WAS A DIAGNOSTICS COMPANY STARTED

11:38AM 22    BY ELIZABETH, AND HER INTENT WAS TO CREATE A COMPREHENSIVE

11:38AM 23    BLOOD TESTING SYSTEM USING SMALL BLOOD SAMPLES ON A

11:38AM 24    FINGERSTICK.  AND ELIZABETH'S IDEA FOR THE COMPANY, BEFORE

11:38AM 25    SUNNY HAD ANYTHING TO DO WITH IT, WAS TO REVOLUTIONIZE BLOOD

11:38AM  1    TESTING.  AND ELIZABETH'S REVOLUTION FOR BLOOD TESTING HAD

11:38AM  2    THREE ELEMENTS THAT WERE REALLY IMPORTANT TO THE BUSINESS IDEA

11:38AM  3    AND THE FUTURE OF THE COMPANY.

11:38AM  4        THE FIRST ELEMENT WAS TO MAKE THE BLOOD TESTING EXPERIENCE

11:38AM  5    MORE COMFORTABLE BY USING THE FINGERSTICK TECHNOLOGY AND KIND

11:38AM  6    OF MORE OF A HOLISTIC APPROACH SO THAT PEOPLE WOULDN'T BE

11:38AM  7    AFRAID TO GO GET TESTED.  THEY MIGHT GET TESTED MORE OFTEN.

11:39AM  8    THAT WAS THE IDEA.

11:39AM  9        THE SECOND ELEMENT TO ELIZABETH'S VISION TO REVOLUTIONIZE

11:39AM 10    BLOOD TESTING WAS TO MAKE IT CONVENIENT.  PLACE THE TESTING

11:39AM 11    NEAR WHERE PEOPLE LIVED THEIR EVERY DAY LIVES, AGAIN, TO

11:39AM 12    ENCOURAGE THEM TO GET TESTED MORE OFTEN.

11:39AM 13        AND THE THIRD ELEMENT TO ELIZABETH'S VISION TO

11:39AM 14    REVOLUTIONIZE BLOOD TESTING WAS TO MAKE IT AFFORDABLE SO

11:39AM 15    EVERYBODY COULD AFFORD IT, EVEN PEOPLE WITHOUT INSURANCE, SO

11:39AM 16    YOU WOULD BE ENCOURAGED TO GET TESTED MORE OFTEN, FIND PROBLEMS

11:39AM 17    BEFORE IT WAS TOO LATE.  THAT WAS THE BUSINESS PLAN.  THAT WAS

11:39AM 18    THE VISION THAT ELIZABETH HAD FOR THERANOS, AGAIN, ALL BEFORE

11:39AM 19    SUNNY EVER HAD ANYTHING TO DO WITH THE COMPANY.

11:39AM 20        AND IN THIS TIME PERIOD BETWEEN 2006 AND 2009, ELIZABETH,

11:39AM 21    NOT SUNNY, BUILT THERANOS INTO A SOPHISTICATED, SMALL, BUT

11:39AM 22    SOPHISTICATED DIAGNOSTICS COMPANY.

11:39AM 23        AT THAT TIME IN THE 2009 TIME PERIOD -- OH, THERE WE GO.

11:40AM 24        IN THAT TIME PERIOD ELIZABETH ASSEMBLED SOME OF THE MOST

11:40AM 25    SOPHISTICATED AND SUCCESSFUL INVESTORS IN SILICON VALLEY HAVING

11:40AM   1    NOTHING TO DO WITH SUNNY.  THIS IS HER.  THIS IS WHAT SHE

11:40AM   2    BUILT.

11:40AM   3         SOME OF THE PEOPLE WHO WERE EARLY INVESTORS IN ELIZABETH'S

11:40AM   4    COMPANY WAS SOMEBODY NAMED LARRY ELLISON, WHO FOUNDED A

11:40AM   5    SILICON VALLEY GIANT, ORACLE.  ONE OF THE MOST SUCCESSFUL

11:40AM   6    BUSINESSMEN IN SILICON VALLEY HISTORY.  EARLY INVESTOR AND

11:40AM   7    MEMBER OF ELIZABETH'S BOARD.

11:40AM   8         DON LUCAS, ALSO AN EARLY INVESTOR, FORMER CHAIRMAN OF

11:40AM   9    ORACLE.  ONE OF ELIZABETH'S EARLY BOARD MEMBERS IN THE COMPANY.

11:40AM  10         TIM DRAPER, ONE OF THE MOST SUCCESSFUL INVESTORS IN

11:40AM  11    SILICON VALLEY HISTORY.  EARLY INVESTOR IN TESLA, COINBASE,

11:40AM  12    RING, AND TWITTER.  AN EARLY INVESTOR WITH ELIZABETH AND A

11:40AM  13    MEMBER OF THE BOARD OF DIRECTORS, ALL BEFORE SUNNY HAD ANYTHING

11:41AM  14    TO DO WITH THERANOS.

11:41AM  15         AND DR. CHANNING ROBERTSON, PROFESSOR AND HEAD OF CHEMICAL

11:41AM  16    ENGINEERING AT STANFORD.  AN EARLY INVESTOR, A MEMBER OF

11:41AM  17    ELIZABETH'S BOARD, AND A MENTOR TO ELIZABETH ON THE SCIENCE

11:41AM  18    BEHIND THERANOS'S TECHNOLOGY.

11:41AM  19         THIS WAS THE TEAM THAT WAS BEHIND ELIZABETH BEFORE SUNNY

11:41AM  20    HAD ANYTHING TO DO WITH THERANOS.

11:41AM  21         AND YOU'RE ALSO GOING TO LEARN ABOUT THE PARTNERSHIPS

11:41AM  22    ELIZABETH HAD WITH PHARMACEUTICAL COMPANIES.  THE GOVERNMENT

11:41AM  23    ALLUDED TO IT.  AGAIN, MOST OF THIS HAPPENED BEFORE SUNNY HAD

11:41AM  24    ANYTHING TO DO WITH THE COMPANY.

11:41AM  25         THERANOS HAD A PARTNERSHIP WITH PFIZER.  MANY OF YOU ARE

11:41AM 1    FAMILIAR WITH PFIZER.  MANY OF YOU HAD THEIR COVID VACCINE.

11:41AM 2    THERANOS WAS DOING BUSINESS WITH PFIZER;

11:41AM 3        ALSO DOING BUSINESS WITH CELGENE, ANOTHER PHARMACEUTICAL

11:41AM 4    COMPANY;

11:41AM 5        ASTRAZENECA;

11:41AM 6        NOVARTIS;

11:41AM 7        THE MAYO CLINIC, THE FOREMOST MEDICAL INSTITUTION IN THE

11:41AM 8    WORLD;

11:41AM 9        GLAXOSMITHKLINE; CENTOCOR, SCHERING-PLOUGH; MERCK.

11:42AM 10       ELIZABETH AND HER COMPANY, BEFORE SUNNY HAD ANYTHING TO DO

11:42AM 11   WITH THERANOS, WAS DOING BUSINESS WITH SOME OF THE LARGEST

11:42AM 12   PHARMACEUTICAL COMPANIES IN THE WORLD.

11:42AM 13       WHAT THERANOS DID IS PROVIDE THEIR TESTING SYSTEM TO THE

11:42AM 14   PHARMACEUTICAL COMPANIES TO USE IN CLINICAL STUDIES WHERE THE

11:42AM 15   DRUG COMPANIES WERE TESTING OUT NEW DRUGS AND THERANOS'S

11:42AM 16   TESTING SYSTEM WAS USED IN ORDER TO MEASURE THE IMPACT ON THE

11:42AM 17   CLINICAL STUDIED PATIENTS.

11:42AM 18       THERANOS GOT PAID FOR THIS WORK.  SOME OF THE

11:42AM 19   PHARMACEUTICALS CAME BACK TO DO MORE.  EVEN PFIZER.  THEY CAME

11:42AM 20   BACK.  THEY WANTED TO DO MORE BUSINESS WITH THERANOS.  THAT'S

11:42AM 21   WHAT YOU'RE GOING TO LEARN HERE IN THIS TRIAL.

11:42AM 22       NOW, ULTIMATELY SUNNY DID JOIN THERANOS IN 2009, SEPTEMBER

11:42AM 23   OF 2009 TO BE EXACT.  BUT YOU'RE GOING TO LEARN HE JOINED

11:42AM 24   THERANOS BECAUSE HE BELIEVED IN THERANOS'S TECHNOLOGY AND THE

11:42AM 25   GROUNDBREAKING MISSION.  HE DIDN'T JOIN THERANOS BECAUSE

11:43AM  1   ELIZABETH WAS HIS GIRLFRIEND.  THAT'S NOT HOW IT WORKED.

11:43AM  2       AND WHAT YOU'RE GOING TO LEARN IN THIS TRIAL IS THAT FIRST

11:43AM  3   SUNNY'S CONNECTION AND RELATION WITH THERANOS STARTED IN AUGUST

11:43AM  4   OF 2009.  THE COMPANY NEEDED MONEY, AND WHAT SUNNY DID IS SUNNY

11:43AM  5   ULTIMATELY GUARANTEED A LOAN, A $10 MILLION LOAN TO START TO

11:43AM  6   HELP THERANOS TO CONTINUE BUSINESS SO THEY COULD PAY THEIR

11:43AM  7   EMPLOYEES, GET HEALTH INSURANCE FOR THEIR EMPLOYEES, AND

11:43AM  8   CONTINUE TO GROW AND DEVELOP THE BUSINESS.  THAT'S HOW SUNNY

11:43AM  9   GOT STARTED WITH THERANOS.

11:43AM 10       AND WHAT HAPPENED WAS BEFORE HE GUARANTEED THE LOAN FOR

11:43AM 11   THERANOS, SUNNY DID HIS HOMEWORK.  HE DID HIS DUE DILIGENCE,

11:43AM 12   INVESTIGATED THE COMPANY.  HE DIDN'T SET ASIDE $10 MILLION OF

11:43AM 13   HIS OWN MONEY SO THERANOS COULD GET A LOAN BECAUSE ELIZABETH

11:43AM 14   WAS HIS GIRLFRIEND.  THAT'S NOT WHAT HAPPENED.  THIS IS A

11:43AM 15   BUSINESS TRANSACTION.

11:43AM 16       SUNNY IS AN ENTREPRENEUR AND A BUSINESSMAN.  SO HE DID HIS

11:43AM 17   DUE DILIGENCE FIRST.

11:43AM 18       AND PART OF THAT DUE DILIGENCE WAS RECEIVING FROM

11:44AM 19   ELIZABETH, FROM THE SCIENTISTS AT THERANOS, INFORMATION ABOUT

11:44AM 20   THE COMPANY, ABOUT THE TECHNOLOGY, REPORTS ABOUT SUMMARIZING

11:44AM 21   THE TECHNOLOGY, REPORTS FROM SOME OF THOSE PHARMACEUTICAL

11:44AM 22   STUDIES THAT THERANOS HAD DONE, REPORTS REGARDING THE TESTS

11:44AM 23   THAT HAD BEEN DEVELOPED ON THEIR PLATFORM, ALL PART OF SUNNY'S

11:44AM 24   HOMEWORK SO HE COULD LEARN WHETHER HE WANTED TO GUARANTEE A

11:44AM 25   LOAN FOR ELIZABETH'S COMPANY.

11:44AM  1      AND SOME OF THAT WORK INCLUDED REVIEWING THE BACKGROUNDS,

11:44AM  2  THE TEAM OF SCIENTISTS AND ENGINEERS THAT ELIZABETH ASSEMBLED

11:44AM  3  AT THERANOS BEFORE SUNNY HAD ANYTHING TO DO WITH THE COMPANY.

11:44AM  4      PEOPLE LIKE DR. IAN GIBBONS.  YOU'RE GOING TO HEAR A

11:44AM  5  LITTLE BIT ABOUT HIM THIS MORNING OR THIS AFTERNOON, PRETTY

11:44AM  6  SOON.

11:44AM  7      DR. DANIEL YOUNG, M.I.T. TRAINED, PH.D., ALL RIGHT PART OF

11:44AM  8  ELIZABETH'S TEAM BEFORE SUNNY HAD ANYTHING TO DO WITH THE

11:44AM  9  COMPANY.

11:44AM  10     AS A RESULT OF THIS BACKGROUND WORK THAT SUNNY DID, AN

11:45AM  11 INVESTIGATION, HE DID GUARANTEE THE LOAN.

11:45AM  12     IN AUGUST OF 2009 SUNNY GUARANTEED THE LOAN, A $10 MILLION

11:45AM  13 LINE OF CREDIT SO THERANOS COULD PAY ITS BILLS, PAY ITS

11:45AM  14 EMPLOYEES, PAY THEIR HEALTH CARE, AND CONTINUE IN OPERATION.

11:45AM  15     AND TO DO THAT, SUNNY HAD TO SET, SET $10 MILLION OF HIS

11:45AM  16 OWN MONEY ASIDE AT THE BANK, KIND OF LIKE IN A LOCKBOX, AND

11:45AM  17 THEN THE BANK LOANED THERANOS THE MONEY.

11:45AM  18     AND THE $10 MILLION LINE OF CREDIT WAS INCREASED TO

11:45AM  19 $13 MILLION LATER ON SO THE COMPANY COULD CONTINUE IN

11:45AM  20 OPERATION.

11:45AM  21     NOW, WHAT YOU'RE ALSO GOING TO LEARN IS THAT SUNNY HIMSELF

11:45AM  22 PURCHASED ALMOST $5 MILLION OF HIS OWN MONEY IN THERANOS STOCK

11:45AM  23 IN 2010 AND 2011.

11:45AM  24     AND YOU'RE GOING TO LEARN THAT SUNNY DID THAT BECAUSE HE

11:45AM  25 BELIEVED IN THE TECHNOLOGY, IN THE COMPANY, IN THE VISION.

11:45AM  1          BETWEEN THE LOAN OF THE $13 MILLION AND THE INVESTMENT,

11:46AM  2     SUNNY MADE AVAILABLE TO THERANOS ALMOST $18 MILLION TO KEEP IN

11:46AM  3     BUSINESS, TO KEEP PAYING THEIR EMPLOYEES, AND TO GROW AND

11:46AM  4     DEVELOP THE TECHNOLOGY.  THAT'S WHAT THE EVIDENCE IS GOING TO

11:46AM  5     SHOW.

11:46AM  6          AND AT SOME POINT IN TIME YOU HEARD THE GOVERNMENT

11:46AM  7     REFERENCE SUNNY'S STOCK MAY HAVE BEEN WORTH HALF A BILLION

11:46AM  8     DOLLARS.  IT WAS WORTH A LOT OF MONEY.

11:46AM  9          BUT WHAT YOU'RE GOING TO LEARN DURING THIS TRIAL, SUNNY

11:46AM 10     NEVER SOLD A SINGLE SHARE OF STOCK, EVEN THOUGH HE COULD HAVE.

11:46AM 11     HE COULD HAVE MADE TENS OF MILLIONS, HUNDREDS OF MILLIONS OF

11:46AM 12     DOLLARS AND STILL BEEN AN OWNER IN THERANOS, BUT HE NEVER DID

11:46AM 13     BECAUSE HE BELIEVED IN THE COMPANY, HE BELIEVED IN THE

11:46AM 14     TECHNOLOGY, AND HE BELIEVED IN THE FUTURE OF WHAT THERANOS

11:46AM 15     COULD OFFER TO THE PUBLIC.  THAT'S WHAT YOU'RE GOING TO LEARN

11:46AM 16     IN THIS TRIAL.

11:46AM 17          NOW, ULTIMATELY, AS I SAID BEFORE, SUNNY DID JOIN

11:46AM 18     THERANOS, AND HE JOINED THEM BECAUSE HE BELIEVED IN THE COMPANY

11:47AM 19     AND ITS MISSION.

11:47AM 20          BUT SUNNY JOINED THERANOS IN SEPTEMBER OF 2009 NOT AS THE

11:47AM 21     PRESIDENT, NOT AS THE CHIEF OPERATING OFFICER.  HE WASN'T MADE

11:47AM 22     PRESIDENT AND COO BECAUSE ELIZABETH WAS HIS GIRLFRIEND.

11:47AM 23          SUNNY JOINED THERANOS IN 2009 AS AN EMPLOYEE.  AND WHEN HE

11:47AM 24     JOINED THERANOS AS AN EMPLOYEE SERVING ON THE BOARD AND SERVING

11:47AM 25     ELIZABETH, HE AGREED TO JUST WORK FOR A DOLLAR A YEAR.  AND THE

11:47AM   1    REASON THAT SUNNY AGREED TO THAT IS BECAUSE HE DIDN'T WANT

11:47AM   2    INVESTOR MONEY GOING TO PAY EXECUTIVES LIKE HIM.  HE WANTED

11:47AM   3    INVESTOR MONEY TO GO TO PAY TO DEVELOP THE TECHNOLOGY AND THE

11:47AM   4    BUSINESS.  THAT'S WHAT YOU'RE GOING TO LEARN.  BECAUSE HE

11:47AM   5    BELIEVED IN THE TECHNOLOGY.  THAT'S WHAT THE EVIDENCE IS GOING

11:47AM   6    TO SHOW.

11:47AM   7        NOW, ULTIMATELY THE BOARD, THE BOARD OF DIRECTORS WHO

11:47AM   8    CONTROLLED THE COMPANY DIDN'T AGREE TO THAT.  THEY REQUIRED

11:47AM   9    SUNNY TO TAKE A SALARY.  SO, YES, HE MADE A SALARY OF $99,000 A

11:47AM  10    YEAR FOR MOST OF THE TIME HE WAS AT THERANOS.  THAT'S ALL HE

11:48AM  11    EVER GOT FROM THERANOS.  THAT'S WHAT THE EVIDENCE WILL SHOW.

11:48AM  12        SUNNY NEVER MISUSED OR TOOK A SINGLE DOLLAR OF INVESTOR

11:48AM  13    FUNDS.

11:48AM  14        NOW, YOU'LL HEAR IN THIS TRIAL FROM SOME EMPLOYEES, SOME

11:48AM  15    WITNESSES WHO WILL TALK ABOUT NONDISCLOSURE AGREEMENTS, THAT

11:48AM  16    THEY WERE REQUIRED TO SIGN NONDISCLOSURE AGREEMENTS BY

11:48AM  17    THERANOS.

11:48AM  18        AND WHAT YOU'LL LEARN ALSO IS THAT SUNNY SIGNED A

11:48AM  19    NONDISCLOSURE AGREEMENT WHEN HE JOINED THERANOS.  AND THE

11:48AM  20    REASON THAT SUNNY SIGNED A NONDISCLOSURE AGREEMENT WHEN HE

11:48AM  21    JOINED THERANOS WAS TO PROTECT THE COMPANY'S TRADE SECRETS AND

11:48AM  22    ASSETS.

11:48AM  23        NOW, TRADE SECRET IS THE TECHNOLOGY, THE METHODS, THE

11:48AM  24    SCIENCE, THE CHEMISTRY THAT THE COMPANY DEVELOPED TO DO THEIR

11:48AM  25    FINGERSTICK BLOOD TESTING.

11:48AM   1      TRADE SECRETS ARE WHAT INVESTORS ACTUALLY OWNED.  THAT'S

11:48AM   2   THEIR PROPERTY.  THAT'S THEIR ASSET, AND THERANOS REQUIRED

11:48AM   3   EMPLOYEES TO SIGN NONDISCLOSURE AGREEMENTS SO EMPLOYEES

11:49AM   4   WOULDN'T LEAK OUT TRADE SECRETS WHERE A COMPETITOR COULD TAKE

11:49AM   5   THE INFORMATION AND USE IT AGAINST THERANOS AND DRIVE THEM OUT

11:49AM   6   OF BUSINESS.

11:49AM   7      SO SUNNY, JUST LIKE EVERY OTHER EMPLOYEE, SIGNED A

11:49AM   8   NONDISCLOSURE AGREEMENT TO PROTECT THERANOS, TO PROTECT

11:49AM   9   THERANOS'S INVESTORS.

11:49AM  10      NOW, ULTIMATELY SUNNY DID BECOME PRESIDENT OF THERANOS,

11:49AM  11   AND THAT HAPPENED AFTER JULY OF 2010.

11:49AM  12      ABOUT A YEAR LATER THERANOS PAID BACK THAT LOAN, SO SUNNY

11:49AM  13   GOT HIS MONEY BACK FROM THE BANK, IT WAS FREED UP, AND HE COULD

11:49AM  14   DO WHAT HE WANTED WITH IT AT THAT POINT.

11:49AM  15      AND THE NEXT MONTH THE BOARD OF DIRECTORS OFFERED SUNNY

11:49AM  16   THE JOB OF PRESIDENT AND CHIEF OPERATING OFFICER OF THERANOS.

11:49AM  17   AND THE BOARD OF DIRECTORS APPROVED SUNNY AS PRESIDENT AND

11:49AM  18   CHIEF OPERATING OFFICER OF THERANOS.

11:49AM  19      SUNNY DID NOT BECOME PRESIDENT OF THERANOS BECAUSE

11:49AM  20   ELIZABETH WAS HIS GIRLFRIEND.  THAT'S NOT WHAT THE EVIDENCE

11:49AM  21   WILL SHOW, AND THAT'S NOT WHAT YOU WILL LEARN IN THIS TRIAL.

11:50AM  22      IN FACT, IN 2010 ELIZABETH HOLMES, SHE WAS THE FOUNDER OF

11:50AM  23   THERANOS, CORRECT.  SHE DIDN'T CONTROL THE COMPANY.

11:50AM  24      THE PEOPLE I SHOWED YOU ON THE BOARD, THOSE EARLY

11:50AM  25   INVESTORS WHO INVESTED ALL OF THEIR MONEY, THEY CONTROLLED THE

11:50AM  1    VOTING SHARES OF THERANOS STOCK AT THIS TIME.  THEY ARE THE

11:50AM  2    ONES WHO MADE SUNNY PRESIDENT OF THERANOS, NOT ELIZABETH.

11:50AM  3    THAT'S WHAT YOU'RE GOING TO LEARN IN THIS TRIAL.

11:50AM  4         NOW, I'M GOING TO SHIFT GEARS A LITTLE BIT AND TALK ABOUT

11:50AM  5    SOME OF THE EVIDENCE THAT WE BELIEVE IS GOING TO SHOW THAT

11:50AM  6    SUNNY DID NOT MISLEAD INVESTORS, HE DID NOT MISLEAD PATIENTS OF

11:50AM  7    THE CAPABILITIES OF THERANOS'S TECHNOLOGY.

11:50AM  8         AND SOME OF THE EVIDENCE THAT YOU'RE GOING TO HEAR AND SEE

11:50AM  9    IS GOING TO INCLUDE FIRST, LIKE I SAID, THERANOS'S SCIENTISTS

11:50AM  10   DEVELOPED HUNDREDS OF FINGERSTICK TESTS ON THERANOS'S

11:51AM  11   TECHNOLOGY; THERANOS ALSO GAVE -- YOU HEARD FROM THE GOVERNMENT

11:51AM  12   THE RELATIONSHIP BETWEEN THERANOS AND WALGREENS AND THE

11:51AM  13   BUSINESS OF MAYBE ROLLING OUT THERANOS TESTING CENTERS IN

11:51AM  14   WALGREENS NATIONWIDE.

11:51AM  15        AS A PART OF THAT RELATIONSHIP, THERANOS GAVE WALGREENS

11:51AM  16   TESTING DEVICES, STARTING IN SEPTEMBER OF 2010.  AND WALGREENS

11:51AM  17   USED THEM BEFORE THEY EVER PAID A DIME TO THERANOS.  WALGREENS

11:51AM  18   KNEW EXACTLY WHAT THERANOS'S TECHNOLOGY COULD DO.

11:51AM  19        YOU'RE ALSO GOING TO LEARN THAT IN THE SUMMER OF 2015 THE

11:51AM  20   FOOD AND DRUG ADMINISTRATION, THE FEDERAL GOVERNMENT AGENCY

11:51AM  21   RESPONSIBLE FOR OVERSEEING THE SAFETY AND EFFICACY OF MEDICAL

11:51AM  22   DEVICES, APPROVED A TEST OF HERPES SIMPLEX VIRUS TEST, RUN ON

11:51AM  23   THERANOS'S OWN PRIORITY TECHNOLOGY, AND IT CONFIRMED THAT THE

11:51AM  24   TECHNOLOGY MET THE FDA STANDARDS FOR ACCURACY AND SAFETY.

11:52AM  25   THAT'S WHAT YOU'RE GOING TO HEAR AND LEARN IN THIS TRIAL.

11:52AM 1        IN ADDITION, YOU'RE GOING TO LEARN THAT, YES, THERANOS

11:52AM 2    USED MODIFIED COMMERCIAL DEVICES TO DO FINGERSTICK TESTING JUST

11:52AM 3    LIKE THEY COULD DO WITH THEIR OWN PROPRIETARY DEVICE.

11:52AM 4        BUT WHAT YOU'RE GOING TO LEARN IN THIS TRIAL IS THAT USE

11:52AM 5    OF THE MODIFIED COMMERCIAL DEVICES CAME ABOUT AS A RESULT OF

11:52AM 6    CHANGES IN THE RELATIONSHIP WITH WALGREENS, CHANGES IN THE

11:52AM 7    CONTRACTS.  YOU'RE GOING TO HEAR THERE ARE MULTIPLE CONTRACTS

11:52AM 8    WITH WALGREENS, AND THAT WAS THE DECISION, A BUSINESS DECISION

11:52AM 9    UNTIL THE FDA APPROVAL WAS OBTAINED SO THAT THEY COULD PUT

11:52AM 10   ANALYZERS IN WALGREENS STORES.

11:52AM 11       THAT'S WHAT THE EVIDENCE IS GOING TO SHOW, AND THAT'S WHAT

11:52AM 12   YOU'RE GOING TO LEARN.

11:52AM 13       NOW, AS I MENTIONED, SUNNY INVESTED ALMOST $5 MILLION OF

11:52AM 14   ITS OWN MONEY IN THERANOS BECAUSE HE BELIEVED IN THE

11:52AM 15   TECHNOLOGY, AND THAT BELIEF CAME FROM THE SCIENTISTS AND

11:52AM 16   ENGINEERS, THE TEAM THAT ELIZABETH ASSEMBLED ALL BEFORE SUNNY

11:52AM 17   HAD ANYTHING TO DO WITH THERANOS.

11:53AM 18       SUNNY WAS TAUGHT ABOUT THE TECHNOLOGY BY THE SCIENTISTS,

11:53AM 19   AND THAT TIME PERIOD STARTED -- SUNNY JOINED IN SEPTEMBER OF

11:53AM 20   2009 -- SO IT WAS LATE 2009 INTO 2010 IS THE TIME PERIOD THAT

11:53AM 21   I'M TALKING ABOUT.

11:53AM 22       FOR EXAMPLE, YOU SEE UP ON THE SCREEN AN EMAIL FROM ONE OF

11:53AM 23   THOSE SCIENTISTS WHO WORKED AT THERANOS WHO DEVELOPED TESTS AND

11:53AM 24   HER NAME WAS SUREKHA GANGADKHEDKAR.

11:53AM 25       AND HERE SHE SENDS AN EMAIL TO SUNNY REPORTING TO SUNNY AN

11:53AM   1    ASSAY DEVELOPMENT STRATEGY -- YOU WERE TOLD BY THE GOVERNMENT

11:53AM   2    "ASSAY" IS KIND OF EQUIVALENT TO A TEST -- AN ASSAY DEVELOPMENT

11:53AM   3    STRATEGY FOR DEVELOPING NEW TESTS ON THERANOS'S TECHNOLOGY.

11:53AM   4    THIS IS THE BEGINNING OF A NEW PROCESS AT THERANOS WHERE THEY

11:53AM   5    ARE BUILDING UP, RAMPING UP, HIRING NEW EMPLOYEES, AND

11:53AM   6    DEVELOPING NEW TESTS.

11:53AM   7        AND IN THIS TIME PERIOD IN 2010 THERANOS SCIENTISTS, NOT

11:53AM   8    ELIZABETH, THE SCIENTISTS TOLD SUNNY THAT THERANOS'S TECHNOLOGY

11:53AM   9    COULD DO ALL FOUR CATEGORIES OF COMMONLY USED BLOOD TESTING.

11:54AM  10    THAT'S WHAT THE EVIDENCE IS GOING TO SHOW.

11:54AM  11        ONE OF THOSE SCIENTISTS WAS DR. IAN GIBBONS.  HE WAS THE

11:54AM  12    SENIOR CHIEF SCIENTIST AT THERANOS IN 2010 AND WAS A PART OF

11:54AM  13    ELIZABETH'S TEAM BEFORE SUNNY HAD ANYTHING TO DO WITH THE

11:54AM  14    COMPANY.

11:54AM  15        AND IN A COMMUNICATIONS FROM DR. GIBBONS AND THE

11:54AM  16    SCIENTISTS AT THERANOS TO ELIZABETH AND SUNNY, DR. GIBBONS

11:54AM  17    REPORTED THAT THEY, THE SCIENTISTS, FIGURED OUT HOW TO MAKE

11:54AM  18    THERANOS'S 4.0 SYSTEM CAPABLE OF PERFORMING ANY MEASUREMENT IN

11:54AM  19    A DISTRIBUTED SETTING.

11:54AM  20        NOW, WHAT DOES THAT MEAN, "ANY MEASUREMENT IN A

11:54AM  21    DISTRIBUTED SETTING"?

11:54AM  22        IN PLAIN ENGLISH, WHAT DR. GIBBONS IS REPORTING TO SUNNY

11:54AM  23    AND ELIZABETH IS THAT THEY, THE SCIENTISTS, HAVE FIGURED OUT

11:54AM  24    HOW TO MAKE THE THERANOS'S TECHNOLOGY CAPABLE OF DOING ALL FOUR

11:54AM  25    FAMILIES OF TESTS COMMONLY USED BECAUSE PRIOR TO THIS TIME,

DEFENDANT'S OPENING STATEMENT

11:54AM 1    BACK IN 2009 AND EVEN BEFORE THEN WHEN THERANOS DID BUSINESS

11:55AM 2    WITH THE PHARMACEUTICAL COMPANIES, THERANOS'S TECHNOLOGY, THE

11:55AM 3    3.0 SYSTEM, AND LATER THE 3.5, DID ONE FAMILY OR CATEGORY OF

11:55AM 4    TESTS CALLED IMMUNOASSAYS.  IT'S ONE LANE.  THEY COULD DO A LOT

11:55AM 5    OF TESTS IN THAT LANE, BUT IT'S JUST ONE LANE.

11:55AM 6         THE BREAKTHROUGH HERE THAT DR. GIBBONS IS REPORTING IS

11:55AM 7    THERANOS'S NEW SYSTEM WAS GOING TO BE ABLE TO DO FOUR

11:55AM 8    CATEGORIES OF TESTS:  THE IMMUNOASSAYS AND THREE OTHERS.

11:55AM 9    THAT'S THE CHANGE GOING FORWARD.

11:55AM 10        AND THAT BREAKTHROUGH CONTINUED.  BY OCTOBER OF 2010

11:55AM 11   GIBBONS AND THE SCIENTISTS REPORTED TO SUNNY FURTHER

11:55AM 12   DEVELOPMENTS IN THIS BREAKTHROUGH.

11:55AM 13        AND BY THAT TIME GIBBONS HAD REPORTED THAT THE SCIENTISTS

11:55AM 14   HAD FIGURED OUT HOW THE NEW DEVICE, THE 4.0, HAD DEMONSTRATED

11:55AM 15   FULLY EQUIVALENT TO LAB METHODS AND THAT HE BELIEVED WE HAVE

11:55AM 16   ALSO SHOWN AN ABILITY TO WORK IN ALL ASSAY AREAS AND GAVE HIS

11:56AM 17   VIEW THAT THEY COULD DO TESTING IN ALL FOUR CATEGORIES OF

11:56AM 18   TESTING:  NUCLEIC ACID, CYTOMETRY, GENERAL CHEMISTRY, AND

11:56AM 19   IMMUNOASSAY.  THAT WAS THE BREAKTHROUGH, AND I'LL EXPLAIN WHAT

11:56AM 20   THAT MEANS IN A COUPLE OF MINUTES.

11:56AM 21        IT'S A NOT CHEMISTRY TEST, BUT I THINK IT'S IMPORTANT THAT

11:56AM 22   YOU UNDERSTAND WHAT THE BREAKTHROUGH MEANT BECAUSE IT MEANT A

11:56AM 23   LOT, AND IT WAS IMPORTANT TO SUNNY'S DECISION REGARDING HIS OWN

11:56AM 24   INVESTMENTS IN THERANOS AND ALL OF THE WORK THAT THEY DID GOING

11:56AM 25   FORWARD.

DEFENDANT'S OPENING STATEMENT

11:56AM 1     IN THE 2011 TO 2013 TIME PERIOD AFTER GIBBONS REPORTED THE

11:56AM 2  BREAKTHROUGH TO SUNNY AND ELIZABETH ABOUT THE TECHNOLOGY,

11:56AM 3  THERANOS'S SCIENTISTS, NOT SUNNY AND NOT ELIZABETH, THE

11:56AM 4  SCIENTISTS DEVELOPED HUNDREDS OF NEW TESTS ON THERANOS'S

11:56AM 5  FINGERSTICK TECHNOLOGY, THE 4.0 SYSTEM.

11:56AM 6     IN THAT TIME PERIOD THERANOS RAMPED UP HIRING MORE

11:56AM 7  SCIENTISTS TO DO THIS WORK.  FOUR TEAMS OF SCIENTISTS, ONE FOR

11:56AM 8  EACH CATEGORY.

11:56AM 9     ONE OF THE CATEGORIES WAS CALLED NUCLEIC ACID

11:56AM 10  AMPLIFICATION.

11:56AM 11     WHEN YOU THINK OF NUCLEIC ACID AMPLIFICATION, THINK ABOUT

11:57AM 12  A COVID PCR TEST THAT MANY OF YOU HAVE BEEN TAKING FOR THE LAST

11:57AM 13  TWO YEARS.  THERANOS WAS DOING NUCLEIC ACID AMPLIFICATION

11:57AM 14  TESTING TEN YEARS AGO.  THAT WAS WHAT THE SCIENTISTS WERE

11:57AM 15  WORKING ON A DEVELOPING AFTER GIBBONS REPORTED THE

11:57AM 16  BREAKTHROUGH.

11:57AM 17     THERANOS ALSO HAD A CYTOMETRY TEAM OF SCIENTISTS

11:57AM 18  DEVELOPING TESTS ON THE NEW DEVICE.

11:57AM 19     WHEN YOU HEAR "CYTOMETRY," THINK CELL, RED BLOOD CELL,

11:57AM 20  WHITE BLOOD CELL.  THOSE ARE THE TYPES OF TEST IN CYTOMETRY.

11:57AM 21  THEY WERE DEVELOPING NEW TESTS ON THERANOS'S NEW SYSTEM.

11:57AM 22     THERE WAS ALSO A GENERAL CHEMISTRY TEAM DEVELOPING TESTS.

11:57AM 23     THIS IS A BIG FAMILY OF TESTS, SOME OF THE MOST COMMONLY

11:57AM 24  USED TESTS FOR GENERAL CHEMISTRY.  THINK POTASSIUM, SODIUM,

11:57AM 25  CALCIUM TESTS.

11:57AM 1        A TEAM OF SCIENTISTS WHO WORKED AT THERANOS DEVELOPING

11:57AM 2    THESE TESTS AS WELL, IN ADDITION TO THE IMMUNOCHEMISTRY OR

11:58AM 3    IMMUNOASSAY TEAM THAT ALWAYS EXISTED AT THERANOS AND HAD BEEN

11:58AM 4    DOING SOME OF THAT PHARMACEUTICAL WORK THAT THE GOVERNMENT

11:58AM 5    REFERENCED PRIOR TO 2009.

11:58AM 6        THIS IS THE BREAKTHROUGH THAT WAS HAPPENING BETWEEN THE

11:58AM 7    TIME PERIOD THAT SUNNY JOINED THERANOS AND THE ROLLOUT AND

11:58AM 8    FURTHER BUSINESS WITH WALGREENS THAT TOOK PLACE.  AND IN THESE

11:58AM 9    YEARS, IN THE 2011 TO 2013 TIME PERIOD, THOSE SCIENTISTS WERE

11:58AM 10   REPORTING OUT TO SUNNY AND ELIZABETH THAT THEY COMPLETED

11:58AM 11   ASSAYS, NEW TESTS, HUNDREDS OF NEW TESTS.

11:58AM 12       FOR EXAMPLE, THE GENERAL CHEMISTRY TEAM THAT I TALKED

11:58AM 13   ABOUT, 55 NEW TESTS COMPLETED BY SEPTEMBER OF 2012.

11:58AM 14       THE ELISA TEAM, THAT'S THE IMMUNOCHEMISTRY TEAM, 68 TESTS

11:58AM 15   DEVELOPED, COMPLETED BY NOVEMBER OF 2012.

11:58AM 16       THE NUCLEIC ACID AMPLIFICATION TEAM, 76 NEW TESTS BY

11:58AM 17   DECEMBER OF 2013, ALL BEING REPORTED UP TO SUNNY, THE

11:59AM 18   SCIENTISTS SAYING THEY COMPLETED AND DEVELOPED NEW TESTS.

11:59AM 19       THAT'S WHAT SUNNY WAS BEING TOLD, AND THAT'S WHAT HE

11:59AM 20   UNDERSTOOD, AND THAT'S WHAT THE EVIDENCE IS GOING TO SHOW.

11:59AM 21       AND THIS TECHNOLOGY, THIS WAS GROUNDBREAKING STUFF.  NO

11:59AM 22   ONE ELSE WAS DOING THIS AT THE TIME AND FOR THAT REASON

11:59AM 23   THERANOS SOUGHT TO PROTECT THIS NEW TECHNOLOGY.

11:59AM 24       THERANOS OBTAINED 176 PATENTS PROTECTING THE HARDWARE,

11:59AM 25   PROTECTING THE SOFTWARE, AND PROTECTING THE TESTING METHODS

11:59AM   1   DEVELOPED FOR THERANOS'S FINGERSTICK TECHNOLOGY.

11:59AM   2        AS I MENTIONED, THERANOS DEVELOPED OVER 200 SMALL SAMPLE

11:59AM   3   FINGERSTICK TESTS USING THE 4.0 SYSTEM IN THESE -- ALL FOUR

11:59AM   4   CATEGORIES OF TESTING.

11:59AM   5        IN ADDITION TO THAT, THERANOS'S SCIENTISTS DEVELOPED 70

11:59AM   6   FINGERSTICK TESTS, SOME OF THE MOST COMMONLY USED FINGERSTICK

11:59AM   7   TESTS THAT WERE VALIDATED BY MEDICAL DOCTORS AND SCIENTISTS IN

12:00PM   8   THERANOS'S CLINICAL LAB TO USE ON PATIENTS.

12:00PM   9        IT WASN'T SUNNY WHO VALIDATED THOSE TESTS TO USE ON

12:00PM  10   PATIENTS, AND NOT ELIZABETH.  IT WAS THE SCIENTISTS.  THAT'S

12:00PM  11   WHAT YOU'RE GOING TO LEARN ABOUT IN THIS TRIAL.

12:00PM  12        AND THIS WAS TRANSFORMATIVE.  NO OTHER LAB EVER OFFERED

12:00PM  13   SUCH A BROAD MENU OF FINGERSTICK TESTS TO THE PUBLIC THAN

12:00PM  14   THERANOS DID AT THIS TIME.  THAT'S WHAT YOU'RE GOING TO LEARN

12:00PM  15   IN THIS TRIAL.

12:00PM  16        NOW, THESE TECHNOLOGICAL BREAKTHROUGHS THAT I JUST

12:00PM  17   DESCRIBED THAT HAPPENED AT THERANOS IN THIS 2011 TO 2013 TIME

12:00PM  18   PERIOD ALSO LED TO DISCUSSIONS BETWEEN THERANOS AND RETAIL

12:00PM  19   GIANTS WALGREENS AND SAFEWAY ABOUT POTENTIAL PARTNERSHIPS.

12:00PM  20        AND THE RELATIONSHIP WITH WALGREENS STARTED IN THE SPRING

12:00PM  21   OF 2010 THERE WAS A GUY AT WALGREENS NAMED DR. JAY ROSAN.  HE

12:00PM  22   WAS THE VICE PRESIDENT OF INNOVATION AT WALGREENS, AND HE

12:00PM  23   INVITED SUNNY AND ELIZABETH TO A MEETING AT WALGREENS

12:01PM  24   HEADQUARTERS IN ILLINOIS.

12:01PM  25        AS A PART OF THESE DISCUSSIONS BETWEEN WALGREENS AND

12:01PM  1     SAFEWAY ABOUT A POTENTIAL PARTNERSHIP, WALGREENS RETAINED

12:01PM  2     EXPERTS AT JOHNS HOPKINS MEDICINE TO EVALUATE THERANOS'S

12:01PM  3     TECHNOLOGY, AND THOSE EXPERTS CONCLUDED THAT THERANOS HAD HAD A

12:01PM  4     SPECIAL STRENGTH OF ACCURACY.  AND THIS HAPPENED IN APRIL OF

12:01PM  5     2010.

12:01PM  6          AGAIN, JOHNS HOPKINS WAS HIRED BY WALGREENS TO EVALUATE

12:01PM  7     THE TECHNOLOGY.  AND JOHN HOPKINS REPORTED AND CONCLUDED THAT A

12:01PM  8     SPECIAL STRENGTH OF THERANOS'S TECHNOLOGY WAS ACCURACY;

12:01PM  9     FLEXIBILITY, IT CAN BE TAILORED TO A VARIETY OF NEEDS IN

12:01PM 10     CLINICAL VENUES; AND THEY AGREED NO MAJOR WEAKNESSES

12:01PM 11     IDENTIFIED.  THIS IS JOHNS HOPKINS REPORTING TO WALGREENS AND

12:01PM 12     SUNNY AND ELIZABETH THEIR VIEWS OF THE TECHNOLOGY.

12:01PM 13          AND THESE DISCUSSIONS LED TO THE FIRST OF MANY AGREEMENTS

12:01PM 14     BETWEEN THERANOS AND WALGREENS.  THIS IS JULY OF 2010.

12:02PM 15          AND THE FIRST CONTRACT, THE FIRST AGREEMENT WAS TO PUT

12:02PM 16     THERANOS TESTING MACHINES IN WALGREENS STORES NATIONWIDE AFTER

12:02PM 17     FDA APPROVAL.  THAT WAS THE INITIAL BUSINESS PLAN.

12:02PM 18          SO, AGAIN, THIS IS THE FIRST OF MANY AGREEMENTS THAT WOULD

12:02PM 19     COME.

12:02PM 20          BUT THAT FIRST AGREEMENT IN JULY OF 2010 ALSO INCLUDED THE

12:02PM 21     CLAUSE, A TERM THAT REQUIRED WALGREENS TO PAY THERANOS

12:02PM 22     $30 MILLION UPON SIGNATURE OF THE CONTRACT.

12:02PM 23          BUT YOU KNOW WHAT HAPPENED?

12:02PM 24          THERANOS NEVER ASKED FOR THE MONEY.  SUNNY AND ELIZABETH

12:02PM 25     COULD HAVE BILLED WALGREENS AND WALGREENS WOULD HAVE BEEN

12:02PM 1    REQUIRED TO PAY THERANOS $30 MILLION IN JULY OF 2010, BUT THEY

12:02PM 2    NEVER DID THAT BECAUSE THE WHOLE POINT OF THE RELATIONSHIP WITH

12:02PM 3    WALGREENS WAS NOT TO GET MONEY FROM WALGREENS.

12:02PM 4        THE POINT OF THE RELATIONSHIP WAS TO BUILD A PARTNERSHIP

12:02PM 5    TO DEVELOP AND EXPAND THERANOS TESTING NATIONWIDE.

12:03PM 6        NOW, REMEMBER THE CHARGE HERE.  THE CHARGE HERE IS WIRE

12:03PM 7    FRAUD.  THE ALLEGATION IS THAT SUNNY SCHEMED TO DECEIVE AND

12:03PM 8    CHEAT INVESTORS AND PARTNERS OUT OF THEIR MONEY.

12:03PM 9        THERANOS SIGNED A CONTRACT WITH WALGREENS.  WALGREENS IS

12:03PM 10   OBLIGATED TO PAY THERANOS $30 MILLION ON SIGNATURE.  SUNNY

12:03PM 11   DIDN'T ASK FOR THE MONEY.  THERANOS DIDN'T ASK FOR THE MONEY

12:03PM 12   BECAUSE IT WASN'T MONEY THAT THEY WERE INTERESTED IN.  THEY

12:03PM 13   WERE INTERESTED IN THE PARTNERSHIP AND BUILDING A BUSINESS,

12:03PM 14   THAT'S WHAT THE EVIDENCE WILL SHOW.

12:03PM 15       AND AFTER THAT CONTRACT WAS SIGNED, THERANOS GAVE

12:03PM 16   WALGREENS THREE DEVICES, ANALYZERS.  IN SEPTEMBER OF 2010 THEY

12:03PM 17   GAVE THEM CARTRIDGES.  THEY TAUGHT THEM HOW TO USE THE

12:03PM 18   EQUIPMENT.  AND AFTER THAT YOU'LL LEARN OVER THE NEXT COUPLE OF

12:03PM 19   YEARS THAT DR. JAY ROSAN AND OTHERS AT WALGREENS USED THE

12:03PM 20   TESTING EQUIPMENT.  THEY USED IT ON THEMSELVES.  THEY TESTED

12:03PM 21   OTHER EXECUTIVES AT WALGREENS.  THEY DID IT FOR YEARS ALL

12:04PM 22   BEFORE WALGREENS EVER PAID ANY MONEY TO THERANOS.

12:04PM 23       SO THE EVIDENCE IS GOING TO SHOW NOT THAT WALGREENS WAS

12:04PM 24   DECEIVED ABOUT WHAT THERANOS TECHNOLOGY COULD DO.  WALGREENS

12:04PM 25   HAD POSSESSION OF THERANOS TECHNOLOGY AND USED THERANOS

12:04PM   1    TECHNOLOGY BEFORE WALGREENS EVER GAVE A DIME TO THERANOS.

12:04PM   2    THAT'S WHAT THE EVIDENCE IS GOING TO SHOW.

12:04PM   3        NOW, I'M GOING TO SWITCH ISSUES A LITTLE BIT HERE AND TALK

12:04PM   4    ABOUT THERANOS'S USE OF COMMERCIAL DEVICES.  ABSOLUTELY TRUE.

12:04PM   5        THE EVIDENCE IS GOING TO SHOW THAT THERANOS USED

12:04PM   6    COMMERCIAL DEVICES, TRADITIONALLY WHAT IS CALLED VENOUS DRAW,

12:04PM   7    VENOUS DRAW TESTING IN IT'S LABORATORIES.  THERE'S NO DOUBT

12:04PM   8    ABOUT THAT AND NO DISPUTE ABOUT THAT.

12:04PM   9        BUT WHAT THE EVIDENCE IS ALSO GOING TO SHOW IS THAT

12:04PM   10   INVESTORS WERE NOT MISLED ABOUT THAT FACT.  THAT'S WHAT THE

12:04PM   11   EVIDENCE WILL DEMONSTRATE.

12:04PM   12       AND SOME OF THAT EVIDENCE INCLUDES THE FACT THAT

12:04PM   13   INVESTORS, SOME OF WHOM ARE GOING TO TESTIFY HERE, ARE GOING TO

12:05PM   14   TELL YOU THAT THEY KNEW THERANOS USED VEIN DRAW TRADITIONAL

12:05PM   15   TESTING IN THEIR LAB.

12:05PM   16       YOU'RE ALSO GOING TO LEARN THAT THERANOS DISCLOSED ON ITS

12:05PM   17   WEBSITE THE FACT THAT IT USED VEIN DRAW COMMERCIAL TESTING IN

12:05PM   18   ITS LAB.

12:05PM   19       AND YOU'RE ALSO GOING TO LEARN AND SEE THAT THERANOS'S

12:05PM   20   TEST MENU WAS ON THE WEBSITE.  SO ANYBODY AT ANY TIME COULD

12:05PM   21   HAVE SEEN EXACTLY HOW MANY TESTS THERANOS OFFERED TO THE

12:05PM   22   PUBLIC.  INVESTORS COULD HAVE SEEN IT, PATIENTS COULD HAVE SEEN

12:05PM   23   IT, DOCTORS COULD SEE IT.  ANYONE.  THAT'S WHAT THE EVIDENCE

12:05PM   24   WILL DEMONSTRATE.

12:05PM   25       NOW, THE GOVERNMENT REFERENCED ONE CLASS OF WITNESSES THAT

12:05PM  1    YOU'RE GOING TO HEAR FROM.  THOSE ARE INVESTORS, INCLUDING AN

12:05PM  2    INVESTOR FROM A HEDGE FUND IN SAN FRANCISCO CALLED PFM.

12:05PM  3        PFM WAS HEADED BY A GUY NAMED BRIAN GROSSMAN WHO WAS THE

12:05PM  4    CHIEF INVESTMENT OFFICER.

12:05PM  5        WE EXPECT GROSSMAN IS GOING TO TESTIFY, AND YOU'RE GOING

12:05PM  6    TO HEAR OR LEARN THAT TWO OF HIS TEAM MEMBERS THAT HELPED HIM

12:06PM  7    EVALUATE THE INVESTMENT DID GO AND GET TESTED.  THEY GOT THE

12:06PM  8    FINGERSTICK FOR THE TEST THAT THEIR DOCTORS REQUESTED FROM

12:06PM  9    THERANOS.

12:06PM  10       BUT YOU'RE ALSO GOING TO LEARN THAT BRIAN GROSSMAN WALKED

12:06PM  11   INTO A WALGREENS STORE IN PALO ALTO IN JANUARY OF 2014 WITH A

12:06PM  12   PRESCRIPTION FROM HIS DOCTOR FOR A BLOOD TEST.  HE GOT TESTED,

12:06PM  13   AND HE GOT A TRADITIONAL VEIN DRAW TEST BEFORE PFM AND BEFORE

12:06PM  14   GROSSMAN INVESTED.  AND HE GOT A TRADITIONAL VEIN DRAW TEST

12:06PM  15   BECAUSE ONE OF THE TESTS HIS DOCTOR ORDERED WAS NOT ON THE

12:06PM  16   FINGERSTICK.

12:06PM  17       SO BEFORE PFM INVESTED, BRIAN GROSSMAN KNEW THAT THERANOS

12:06PM  18   USED COMMERCIAL DEVICES IN VEIN DRAW TESTING FOR SOME TESTS

12:06PM  19   THAT THERANOS COULD NOT DO ON THE FINGERSTICK.  THAT'S WHAT YOU

12:06PM  20   WILL LEARN IN THIS TRIAL.

12:06PM  21       YOU'LL ALSO LEARN THAT AFTER PFM AND GROSSMAN INVESTED IN

12:06PM  22   FEBRUARY OF 2014, SUNNY HAD CONVERSATIONS WITH GROSSMAN ABOUT

12:07PM  23   THERANOS'S BUSINESS.  THIS IS THE SAME TIME PERIOD THAT THE

12:07PM  24   GOVERNMENT ALLEGES THAT SUNNY WAS MISLEADING INVESTORS ABOUT

12:07PM  25   THE USE OF THE VEIN DRAW TESTING IN COMMERCIAL DEVICES.

12:07PM  1          IN THAT CONVERSATION SUNNY TOLD GROSSMAN THAT THE

12:07PM  2     PERCENTAGE OF PATIENTS COMING THROUGH WALGREENS STORES WHO ARE

12:07PM  3     GETTING VEIN DRAW TESTING AT WALGREENS STORES AND AT THERANOS.

12:07PM  4     THAT WAS DISCLOSED TO GROSSMAN AT THE SAME TIME THAT THE

12:07PM  5     GOVERNMENT CLAIMS THAT SUNNY WAS MISLEADING INVESTORS ABOUT

12:07PM  6     THAT FACT.

12:07PM  7          YOU'RE ALSO GOING TO LEARN THAT THERANOS DISCLOSED IT'S

12:07PM  8     USE OF VEIN DRAW TESTING AND COMMERCIAL DEVICES TO THE PUBLIC,

12:07PM  9     TO REGULATORS, AND TO ITS PARTNERS LIKE WALGREENS.

12:07PM  10         AND SOME OF THE EVIDENCE THAT YOU'RE GOING TO SEE INCLUDES

12:07PM  11    THE FACT THAT THE USE OF VEIN DRAW TESTING IN COMMERCIAL

12:07PM  12    DEVICES WAS DISCLOSED ON THERANOS'S WEBSITE.

12:07PM  13         AND WHAT YOU SEE UP ON THE SCREEN RIGHT NOW IS A SCREEN

12:07PM  14    SHOT FROM A PIECE OF THERANOS'S WEBSITE, AND IT DESCRIBES THE

12:08PM  15    FACT THAT INSTEAD OF A BIG, INTIMIDATING NEEDLE, OUR CERTIFIED

12:08PM  16    PHLEBOTOMIST CAN USE A TINY FINGERSTICK OR A MICRO SAMPLE FROM

12:08PM  17    A VENOUS DRAW.

12:08PM  18         BUT THEN THE WEBSITE DISCLOSED, "OCCASIONALLY A

12:08PM  19    VENIPUNCTURE MAY BE REQUIRED BASED ON THE LAB ORDER."

12:08PM  20         WHAT THAT MEANS AND WHAT'S THAT TELLING THE WORLD IS

12:08PM  21    OCCASIONALLY A VEIN DRAW AND COMMERCIAL TEST WILL BE REQUIRED

12:08PM  22    IF THE TEST THAT YOUR DOCTOR ORDERED IS NOT AVAILABLE ON THE

12:08PM  23    FINGERSTICK.

12:08PM  24         THAT WAS PUBLICLY DISCLOSED ON THERANOS'S WEBSITE.

12:08PM  25         YOU'RE ALSO GOING TO LEARN IN THE FALL OF 2013 THERANOS

12:08PM 1    AND SUNNY, THEY HAD A MEETING WITH THE FOOD AND DRUG

12:08PM 2    ADMINISTRATION WHERE THEY DISCLOSED ALL OF THEIR TESTING

12:08PM 3    METHODS, THE FINGERSTICK METHODS, THE VEIN DRAW TESTING

12:08PM 4    METHODS, AND THE DEVICES USED FOR THOSE TESTING METHODS

12:08PM 5    DISCLOSED TO REGULATORS.

12:08PM 6        YOU'RE ALSO GOING TO LEARN IN THE RELATIONSHIP WITH

12:08PM 7    WALGREENS THAT LASTED YEARS, THERE ARE PERIODIC MEETINGS,

12:09PM 8    SOMETIMES MONTHLY, SOMETIMES QUARTERLY, SUNNY WOULD PARTICIPATE

12:09PM 9    IN THEM.  WALGREENS WAS TOLD THE PERCENTAGE OF PATIENTS COMING

12:09PM 10   THROUGH WALGREENS STORES WHO GOT VEIN DRAW TESTING RUN ON

12:09PM 11   COMMERCIAL DEVICES.

12:09PM 12       SO NOT ONLY DID WALGREENS HAVE THERANOS MACHINES AND KNOW

12:09PM 13   WHAT THEY COULD DO BEFORE THEY GAVE ANY MONEY TO THERANOS, THEY

12:09PM 14   WERE REGULARLY GETTING REPORTS OF THE PERCENTAGE OF PATIENTS

12:09PM 15   WHO WERE GETTING A VEIN DRAW TEST.

12:09PM 16       THE EVIDENCE IS GOING TO SHOW THAT WALGREENS WAS MISLED

12:09PM 17   ABOUT NOTHING.

12:09PM 18       IN ADDITION, I MENTIONED THERANOS'S TEST MENU IS ACTUALLY

12:09PM 19   PUBLISHED ON THE WEBSITE.  YOU'LL SEE AN IMAGE OF THAT ON THE

12:09PM 20   SCREEN RIGHT NOW.

12:09PM 21       THE NUMBER OF TESTS RANGE FROM 150 TESTS IN EARLY 2014 UP

12:09PM 22   TO A MAXIMUM OF 269, AND IT VARIED JUST DEPENDING ON WHAT WAS

12:10PM 23   HAPPENING IN THE LAB.

12:10PM 24       AND THE REASON I MENTION THIS IS THAT YOU'RE GOING TO HEAR

12:10PM 25   FROM SOME INVESTORS WHO TALK ABOUT AND CLAIM THAT SUNNY TOLD

DEFENDANT'S OPENING STATEMENT

12:10PM   1    THEM THAT THERANOS COULD DO A THOUSAND TESTS ON ITS

12:10PM   2    FINGERSTICK.  AND SOME OF THEM WILL SAY, WELL, NO, I WAS TOLD A

12:10PM   3    THOUSAND PCT CODES ON THE FINGERSTICK.  AND THEY GO BACK AND

12:10PM   4    FORTH.

12:10PM   5         FIRST, THE NUMBER OF TESTS THAT THERANOS COULD DO IN TOTAL

12:10PM   6    WAS POSTED ON THE WEBSITE AT ALL TIMES, AND IT WAS NEVER MORE

12:10PM   7    THAN 269.

12:10PM   8         SECOND, WHEN YOU HEAR INVESTORS OR SOMEONE TALK ABOUT CPT

12:10PM   9    CODE IN THIS TRIAL, AND I THINK THEY MAY, A CPT CODE IS NOT A

12:10PM   10   TEST.  A CPT CODE IS A BILLING CODE USED TO GET PAYMENT FROM

12:10PM   11   MEDICARE.

12:10PM   12        AND WHAT YOU'RE GOING TO LEARN IN THIS TRIAL, ONE TEST,

12:10PM   13   LET'S SAY A POTASSIUM TEST, AND A LAB WANTED TO GET REIMBURSED

12:10PM   14   FOR THAT POTASSIUM TEST, THERE MAY BE ONE CODE FOR POTASSIUM,

12:10PM   15   BUT POTASSIUM MAY ALSO TOUCH TWO, THREE, FOUR, FIVE CODES.  SO

12:11PM   16   A THOUSAND CPT CODE CODES DOESN'T EQUAL A THOUSAND TESTS.

12:11PM   17   EQUALS A FEW HUNDRED.

12:11PM   18        AND YOU'RE GOING TO LEARN, AS I MENTIONED, THERANOS

12:11PM   19   DEVELOPED HUNDREDS OF TESTS ON ITS FINGERSTICK TECHNOLOGY.

12:11PM   20   THAT'S WHAT IT WAS CAPABLE OF DOING, AND THAT'S WHAT WAS

12:11PM   21   DEVELOPED BY THE SCIENTISTS.

12:11PM   22        SWITCHING GEARS AGAIN TO ADDRESS SOME OF THE ALLEGATIONS

12:11PM   23   THAT THE GOVERNMENT PRESENTED, A SUMMARY OF WHAT THEY BELIEVE

12:11PM   24   THE EVIDENCE IS GOING TO SHOW THAT PATIENTS AND INVESTORS WERE

12:11PM   25   MISLED ABOUT THE CAPABILITIES OF THERANOS'S TECHNOLOGY.

12:11PM  1        NOW, WHAT THE ALLEGATION IN THIS CASE IS, IS THAT

12:11PM  2    THERANOS'S TECHNOLOGY WAS NOT CAPABLE OF CONSISTENTLY PRODUCING

12:11PM  3    ACCURATE AND RELIABLE RESULTS.  THAT'S THE ALLEGATION AT THE

12:11PM  4    CORE OF THIS CASE.

12:11PM  5        AND WHAT YOU'RE GOING TO LEARN IS THAT THE FOOD AND DRUG

12:11PM  6    ADMINISTRATION, THE AGENCY RESPONSIBLE FOR OVERSEEING THE

12:12PM  7    SAFETY AND THE EFFICACY OF MEDICAL DEVICES, INCLUDING BLOOD

12:12PM  8    TESTING MACHINES, FOUND THERANOS'S TECHNOLOGY MET THE FDA'S OWN

12:12PM  9    STANDARDS, AND THAT HAPPENED IN JULY OF 2015.

12:12PM 10        ON JULY 7TH THE FDA ISSUED WHAT WAS CALLED A CLEARANCE,

12:12PM 11    ALSO KNOWN AS AN APPROVAL OF AN HSV TEST, A HERPES SIMPLEX

12:12PM 12    VIRUS TEST, RUN ON THERANOS'S 4.0 SYSTEM.  AND A WEEK LATER THE

12:12PM 13    FDA WENT A STEP FURTHER AND GRANTED A WAIVER FOR THAT TEST RUN

12:12PM 14    ON THAT TEST SYSTEM.

12:12PM 15        AND WHAT THAT MEANS IS THAT -- I PUT UP ON THE SCREEN,

12:12PM 16    THIS IS A LETTER FROM THE FDA TO THERANOS IN JULY OF 2015,

12:12PM 17    AFTER THERANOS SUBMITTED VOLUMINOUS DATA AND REPORTS TO FDA TO

12:12PM 18    TRY TO GET THE CLEARANCE.

12:12PM 19        AND IN THE LETTER THERANOS REPORTED TO THERANOS THAT THE

12:13PM 20    FDA DETERMINED THE DEVICE IS SUBSTANTIALLY EQUIVALENT TO

12:13PM 21    LEGALLY MARKETED PREDICATE DEVICES.

12:13PM 22        NOW, WHAT DOES THAT MEAN IN PLAIN ENGLISH.  THAT'S THE FDA

12:13PM 23    SAYING THAT THERANOS'S DEVICE IS SUBSTANTIALLY EQUIVALENT TO

12:13PM 24    OTHER DEVICES RUNNING THAT BLOOD TEST THAT THE FDA ALREADY

12:13PM 25    APPROVED.

12:13PM  1      THAT'S THE FDA TELLING THERANOS YOUR DEVICE MEETS OUR FDA

12:13PM  2  STANDARDS FOR SAFETY AND EFFICACY THAT WE HAVE ALREADY

12:13PM  3  PREVIOUSLY APPROVED FOR OTHER DEVICES.  THAT'S WHAT THE

12:13PM  4  EVIDENCE IS GOING TO SHOW.

12:13PM  5      A WEEK LATER THE FDA WENT EVEN FURTHER AND THEY GRANTED

12:13PM  6  WHAT WAS CALLED A WAIVER, AND A WAIVER IS FOR THE WHOLE TEST

12:13PM  7  SYSTEM:  THAT'S FOR THE ANALYZER OR THE DEVICE, THAT'S THE

12:13PM  8  SOFTWARE, AND THAT'S ALSO THE BLOOD COLLECTION DEVICES AND

12:13PM  9  EQUIPMENT.

12:13PM 10      AND WHEN THE FDA GRANTED THE WAIVER, THAT WAS THE FDA

12:13PM 11  TELLING THERANOS YOUR DATA LOOKS SO GOOD THAT WE, THE FDA,

12:14PM 12  WE'RE SATISFIED THAT THERANOS'S DEVICE COULD BE PLACED IN A

12:14PM 13  WALGREENS STORE AND A NON-LAB TRAINED TECHNICIAN COULD RUN IT

12:14PM 14  ON A PATIENT, AND THE FDA BELIEVED THAT WAS SAFE AND THERE WAS

12:14PM 15  A VERY LOW LIKELIHOOD OF INACCURACY.  THAT'S THE FDA, THE

12:14PM 16  FEDERAL GOVERNMENT'S OWN AGENCY RESPONSIBLE FOR MEDICAL DEVICES

12:14PM 17  TELLING THERANOS THAT THE FDA CONCLUDED THAT THEY MET THE FDA

12:14PM 18  STANDARDS.

12:14PM 19      AND AS APART OF THAT CLEARANCE AND WAIVER THAT WAS

12:14PM 20  OBTAINED IN SUMMER OF 2015, THERANOS SUBMITTED ANALYSIS OF OVER

12:14PM 21  13,000 BLOOD SAMPLES TO THE FDA TO SATISFY THE FDA AND TO GET

12:14PM 22  THE CLEARANCE AND APPROVAL.

12:14PM 23      13,754 SAMPLES, TO BE EXACT, RUN ON OVER 78 DEVICES TOOK A

12:14PM 24  MILLION MINUTES PLUS OF RUN TIME, TESTING TIME, AND THERANOS

12:15PM 25  GENERATED ALMOST 3,000 PAGES OF DOCUMENTATION AND REPORTS

12:15PM  1    PROVIDED TO THE FDA TO GET THE FDA TO GRANT THE APPROVAL AND

12:15PM  2    CLEARANCE.

12:15PM  3         THAT'S WHAT YOU'LL LEARN IN THIS TRIAL.

12:15PM  4         AND THAT'S THE FDA'S CLEARANCE OF THERANOS'S TECHNOLOGY.

12:15PM  5    NOT SIEMENS, NOT ANOTHER COMPANY'S, THAT'S THERANOS.

12:15PM  6         NOW, YOU'RE ALSO GOING TO LEARN THAT DURING THE TIME

12:15PM  7    PERIOD THAT THE LAB WAS IN OPERATION, THERANOS USED MODIFIED

12:15PM  8    COMMERCIAL DEVICES TO DO FINGERSTICK TESTING JUST LIKE THERANOS

12:15PM  9    COULD DO ON ITS EDISON DEVICE, ON ITS PROPRIETARY TECHNOLOGY.

12:15PM 10         BUT SUNNY DID NOT DECEIVE THE INVESTORS ABOUT THE USE OF

12:15PM 11    MODIFIED COMMERCIAL DEVICES.

12:15PM 12         THE USE OF MODIFIED COMMERCIAL DEVICES TO DO FINGERSTICK

12:15PM 13    TESTING CAME ABOUT AS A RESULT OF CHANGES TO THE WALGREENS

12:15PM 14    AGREEMENT AND BUSINESS MODEL AS YOU'LL SEE.

12:15PM 15         AND WHAT THOSE CHANGES WERE WAS IN THE SUMMER OF 2012, TWO

12:16PM 16    YEARS AFTER THE FIRST AGREEMENT, A NEW AGREEMENT, A NEW

12:16PM 17    CONTRACT, A NEW PLAN, A BUSINESS PLAN WAS DEVELOPED.  INSTEAD

12:16PM 18    OF PUTTING THERANOS EQUIPMENT AND TESTING MACHINES IN WALGREENS

12:16PM 19    STORES NATIONWIDE, THE NEW PLAN JUST COLLECTS SAMPLES IN THOSE

12:16PM 20    STORES AND SHIP THEM ALL TO THE CENTRAL LAB AND PROCESS THEM

12:16PM 21    ALL AT THE CENTRAL LAB.

12:16PM 22         THE WALGREENS BUSINESS MODEL WITH THERANOS CHANGED IN THIS

12:16PM 23    TIME PERIOD.  LIKE I SAID, THE ORIGINAL AGREEMENT PUT MACHINES

12:16PM 24    IN THE STORES.  THE NEW AGREEMENT JUST COLLECTED THE BLOOD IN

12:16PM 25    THE STORES AND SHIPPED IT TO A CENTRAL LAB.

12:16PM   1          BUT WHAT THIS MEANT, WAS THAT IN THAT CENTRAL LAB YOU HAD

12:16PM   2   TO HAVE THE ABILITY TO PROCESS LOTS OF SAMPLES.  AND AS YOU'RE

12:16PM   3   GOING TO LEARN, THERANOS'S DEVICE WASN'T MADE TO DO HIGH VOLUME

12:16PM   4   TESTING.  IT WAS MADE TO BE PUT IN A STORE, IN A DOCTOR'S

12:16PM   5   OFFICE, IN A PERSON'S HOME TO DO LOW VOLUME TESTING.

12:16PM   6          THE CHANGE IN THE WALGREENS BUSINESS MODEL IS WHAT BROUGHT

12:17PM   7   ABOUT THE DECISION TO MODIFY COMMERCIAL DEVICES TO DO THE

12:17PM   8   FINGERSTICK TESTING UNTIL THE FDA APPROVAL COULD BE OBTAINED

12:17PM   9   FOR ALL OF THE TESTS TO PUT THE EQUIPMENT IN THE WALGREENS

12:17PM  10   STORES.  THAT'S HOW THE MODIFIED COMMERCIAL DEVICES CAME ABOUT,

12:17PM  11   AND THAT STARTED IN THE SUMMER OF 2012 WITH THE NEW AGREEMENT.

12:17PM  12          AND LIKE I SAID, THE NEW AGREEMENT INCLUDED A NEW BUSINESS

12:17PM  13   PLAN TO COLLECT SAMPLES IN THE STORES, DON'T TEST IN THE

12:17PM  14   STORES, SHIP THEM TO A CENTRAL LAB AND DO THE TESTING THERE.

12:17PM  15   HIGH VOLUME.  THAT WAS PERMITTED UNDER THE FEDERAL REGULATIONS

12:17PM  16   THAT GOVERNED LABORATORY TESTING.

12:17PM  17          THERE ARE TWO WAYS YOU CAN DO TESTING USING A PROPRIETARY

12:17PM  18   TEST LIKE THERANOS'S EQUIPMENT.  YOU CAN GET FDA APPROVAL WHICH

12:17PM  19   WILL ALLOW YOU TO PUT IN THE LAB TO DO THE TESTING, OR YOU CAN

12:17PM  20   GET A WAIVER AND EVEN PUT IT IN THE STORE, OR YOU COULD HAVE

12:17PM  21   LAB EXPERTS VALIDATE THE TECHNOLOGY, VALIDATE THE TESTS,

12:18PM  22   CONFIRM THAT THEY'RE ACCURATE AND RELIABLE, AND THEN YOU CAN

12:18PM  23   USE YOUR OWN TECHNOLOGY WITHIN YOUR OWN LAB.  IT'S CALLED AN

12:18PM  24   LDT.  THAT WAS THE NEW STRATEGY.  COLLECT SAMPLES, SHIP THEM TO

12:18PM  25   THE CENTRAL LAB, AND TEST THEM THERE USING THERANOS'S EQUIPMENT

12:18PM  1    AND USING OTHER COMPANY'S EQUIPMENT.  THAT'S WHAT HAPPENED.

12:18PM  2         BUT AS I SAID BEFORE, THE CENTRAL LAB MODEL KIND OF

12:18PM  3    CHANGED THERANOS'S ABILITY TO DO THE TESTING.  THERANOS'S

12:18PM  4    EQUIPMENT WAS CAPABLE OF DOING VOLUME IN A STORE, 10 SAMPLES,

12:18PM  5    20 SAMPLES, 30 A DAY.  THAT'S WHAT IT WAS MADE TO DO.

12:18PM  6         WHEN THE AGREEMENT AND BUSINESS WITH WALGREENS CHANGED,

12:18PM  7    ALL OF A SUDDEN THERANOS HAD TO SHIFT.  CIRCUMSTANCES HAD TO

12:18PM  8    CHANGE.  THEY HAD TO CHANGE.  HOW COULD THEY PROCESS THOUSANDS

12:18PM  9    OF SAMPLES A DAY IN A CENTRAL LAB UNTIL THE FDA APPROVAL WAS

12:18PM 10    OBTAINED TO PUT THE DEVICES IN STORES.

12:18PM 11         WELL, THE SOLUTION WAS MODIFIED COMMERCIAL DEVICES.

12:19PM 12         AND HOW THIS HAPPENED WAS -- REMEMBER, THIS IS THE SUMMER

12:19PM 13    OF 2012 GOING INTO 2013, THERANOS HAD BEEN DOING FINGERSTICK

12:19PM 14    TESTING BY THAT TIME PERIOD FOR YEARS.  THEY HAD THE

12:19PM 15    TECHNOLOGY, THE EQUIPMENT, THE CHEMISTRY, THE METHODS.

12:19PM 16         AND WHAT THEY DID IS THAT THEY APPLIED THAT KNOWLEDGE TO

12:19PM 17    COMMERCIAL MACHINES THAT COULD DO HIGH VOLUME AND COMBINED THE

12:19PM 18    TWO TO AN INNOVATIVE SOLUTION TO NOW DO FINGERSTICK TESTING AT

12:19PM 19    A HIGH VOLUME UNTIL IT COULD GET THE FDA APPROVAL FOR THEIR OWN

12:19PM 20    TECHNOLOGY.  THAT'S HOW THE MODIFIED COMMERCIAL DEVICES CAME

12:19PM 21    ABOUT.

12:19PM 22         AND THIS WAS INNOVATION.  THERANOS SOUGHT TO PROTECT THE

12:19PM 23    SCIENCE, THE EQUIPMENT DEVELOPED, THE CHEMISTRY DEVELOPED, AND

12:19PM 24    THE SOFTWARE DEVELOPED BY OBTAINING PATENTS TO PROTECT IT SO

12:19PM 25    THAT COMPETITORS COULDN'T STEAL IT.

| | | |
|---|---|---|
| 12:19PM | 1 | THEY OBTAINED PATENTS FOR SOME OF THE HARDWARE, SOME OF |
| 12:19PM | 2 | THE METHODS, AND FOR THE SOFTWARE THAT WENT INTO MODIFYING |
| 12:20PM | 3 | THESE COMMERCIAL DEVICES.  THAT'S HOW THAT CAME ABOUT. |
| 12:20PM | 4 | INVESTORS WERE NOT MISLED ABOUT THAT FACT, AND THIS CAME |
| 12:20PM | 5 | ABOUT AS A RESULT OF WALGREENS'S BUSINESS RELATIONSHIP AND THE |
| 12:20PM | 6 | CHANGE WITH THE 2012 AGREEMENT. |
| 12:20PM | 7 | NOW, YOU HEARD THE GOVERNMENT TALK ABOUT EVIDENCE RELATING |
| 12:20PM | 8 | TO THE WALGREENS RELATIONSHIP AND WALGREENS INTENTIONS TO PUT |
| 12:20PM | 9 | THERANOS TESTING IN WALGREENS STORES NATIONWIDE, AND THE |
| 12:20PM | 10 | GOVERNMENT SUGGESTED TO YOU THAT THE EVIDENCE IS GOING TO SHOW |
| 12:20PM | 11 | THAT WALGREENS WASN'T GOING TO DO IT UNTIL THE PERCENTAGE OF |
| 12:20PM | 12 | FINGERSTICK TESTING AT THERANOS WAS MORE THAN 90 PERCENT OR |
| 12:20PM | 13 | MORE.  THAT'S WHAT THE GOVERNMENT SUGGESTED IN THE OPENING. |
| 12:20PM | 14 | AND WHAT I PROPOSE TO YOU THE EVIDENCE IS ACTUALLY GOING |
| 12:20PM | 15 | TO SHOW, IS THAT SUNNY DID NOT DECEIVE INVESTORS ABOUT THE |
| 12:20PM | 16 | WALGREENS ROLLOUT OR FINANCIAL MODELS BECAUSE, FIRST, WALGREENS |
| 12:20PM | 17 | REPRESENTED TO SUNNY OVER AND OVER AND OVER AGAIN THE FACT THAT |
| 12:21PM | 18 | WALGREENS INTENDED TO DO A NATIONAL ROLLOUT WITH THERANOS ALL |
| 12:21PM | 19 | OF THE WAY INTO 2014. |
| 12:21PM | 20 | YOU'RE ALSO GOING TO LEARN THAT WHAT SUNNY TOLD INVESTORS |
| 12:21PM | 21 | ABOUT THE NATIONAL ROLLOUT MIRRORED WHAT WALGREENS WAS TELLING |
| 12:21PM | 22 | HIM AND WHAT HE BELIEVED. |
| 12:21PM | 23 | IN ADDITION, THOSE MODELS THAT INVESTORS WERE GIVEN, |
| 12:21PM | 24 | SUNNY, WHEN HE PROVIDED THOSE MODELS TO INVENTORS, GAVE THEM |
| 12:21PM | 25 | THE VARIABLES, INCLUDING THE NUMBER OF STORES THAT WERE |

12:21PM   1    EXPECTED TO BE NATIONWIDE IN WALGREENS STORES.  THAT'S WHAT THE

12:21PM   2    EVIDENCE IS GOING TO SHOW.

12:21PM   3         AND I'LL START WITH WALGREENS, AND WALGREENS'S DECLARATION

12:21PM   4    OF ITS INTENTION TO OPEN THERANOS TESTING IN WALGREENS STORES

12:21PM   5    NATIONWIDE.

12:21PM   6         AND WHAT YOU'RE GOING TO SEE IS BETWEEN DECEMBER OF 2013

12:21PM   7    ALL OF THE WAY INTO 2015 WALGREENS REPORTED TO THE PUBLIC AND

12:21PM   8    TO SUNNY AND ELIZABETH THAT WALGREENS INTENDED TO ROLL OUT

12:22PM   9    TESTING NATIONWIDE, AND IT STARTED IN LATE DECEMBER OF 2013.

12:22PM   10        ON DECEMBER 20TH, WALGREENS ISSUED A PRESS RELEASE TO ITS

12:22PM   11   OWN INVESTORS REPORTING WHAT WALGREENS BELIEVED WAS IMPORTANT

12:22PM   12   FOR ITS INVESTORS TO KNOW, AND IT TOLD ITS INVESTORS THAT WITH

12:22PM   13   THERANOS, THEY HAD COMPLETED THE FIRST STEP IN A, QUOTE,

12:22PM   14   "NATIONAL ROLLOUT PLAN," END QUOTE.  THAT'S WALGREENS WORDS.

12:22PM   15   NOT SUNNY'S, NOT ELIZABETH'S.

12:22PM   16        IT'S WALGREENS REPORTING TO THEIR INVESTORS AND THE PUBLIC

12:22PM   17   THAT WALGREENS INTENDS TO GO NATIONAL.

12:22PM   18        ALMOST TWO WEEKS LATER, ON DECEMBER 31ST, 2013, THERE WAS

12:22PM   19   ANOTHER CHANGE TO THE WALGREENS AGREEMENT AND CONTRACT, A

12:22PM   20   LETTER AGREEMENT WAS ENTERED INTO AT THAT TIME.

12:22PM   21        AND AT THE TIME THERANOS AND WALGREENS WANTED TO SPEED UP

12:22PM   22   THE NATIONAL ROLLOUT, AND WALGREENS AGREED TO PAY THERANOS AT

12:22PM   23   THAT TIME $75 MILLION OUT OF $100 MILLION INNOVATION PAYMENT,

12:23PM   24   AGAIN, TO SPEED THE NATIONAL ROLLOUT.

12:23PM   25        THESE TWO EVENTS ARE WALGREENS IS TELLING THE PUBLIC AND

12:23PM   1    TELLING SUNNY THAT THEY INTEND TO GO NATIONAL WITH THERANOS

12:23PM   2    TESTING.

12:23PM   3         AND THROUGHOUT 2014 YOU'RE GOING TO SEE AND LEARN IN THESE

12:23PM   4    MEETINGS BETWEEN WALGREENS EXECUTIVES AND THERANOS, INCLUDING

12:23PM   5    SUNNY, WALGREENS CONFIRMED TO SUNNY THAT WALGREENS INTENDED TO

12:23PM   6    OPEN AND CONFIRM THEIR GOAL TO OPEN 2,000 WALGREENS STORES

12:23PM   7    NATIONWIDE IN 2015.  THAT WAS MAY OF 2014 WHEN THOSE

12:23PM   8    REPRESENTATIONS HAPPENED.

12:23PM   9         A COUPLE OF MONTHS LATER, IN AUGUST OF 2014, AGAIN, IN

12:23PM  10    THESE MEETINGS, WALGREENS EXECUTIVES CONFIRM 2,000 STORES IN

12:23PM  11    2015 WAS THEIR GOAL.

12:23PM  12         AND AGAIN, JUST TWO WEEKS LATER, MID-AUGUST 2014,

12:23PM  13    WALGREENS EXECUTIVES TELLING SUNNY, WALGREENS WAS COMMITTED TO

12:24PM  14    HIT 2,000 STORES IN 2015.

12:24PM  15         AGAIN, AND AGAIN, AND AGAIN WALGREENS IS TELLING SUNNY

12:24PM  16    THAT THEY INTEND TO ROLL OUT THERANOS'S TESTING, AND THEY

12:24PM  17    CONTINUE TO HAVE THESE DISCUSSIONS WITH SUNNY INTO 2015 TALKING

12:24PM  18    ABOUT STORES IN SOUTHERN CALIFORNIA, ARIZONA, AND PENNSYLVANIA

12:24PM  19    FOR THE NATIONAL ROLLOUT.

12:24PM  20         AND WHAT YOU'RE GOING TO LEARN IS CONCURRENT WITH

12:24PM  21    WALGREENS TELLING SUNNY THAT WALGREENS INTENDED TO ROLL OUT

12:24PM  22    NATIONALLY, SUNNY IS HAVING DISCUSSIONS WITH INVESTORS, AND

12:24PM  23    SUNNY IS TELLING INVESTORS JUST WHAT WALGREENS IS TELLING SUNNY

12:24PM  24    ABOUT THE NATIONAL ROLLOUT.

12:24PM  25         AND I PUT UP ON THE SCREEN A TIMELINE.  AT THE MIDPOINT --

12:24PM  1   BELOW THE MIDPOINT YOU'RE GOING TO SEE THE EVENTS THAT I JUST

12:24PM  2   TALKED ABOUT WHEN WALGREENS WAS REPORTING TO THE PUBLIC AND TO

12:24PM  3   SUNNY THAT THEY INTEND TO GO NATIONAL.  FOR EXAMPLE, IN LATE

12:25PM  4   DECEMBER 2013, THE PRESS RELEASE AND THE ROLLOUT.

12:25PM  5       CONCURRENT WITH THAT, THERANOS AND SUNNY ARE HAVING

12:25PM  6   COMMUNICATIONS WITH INVESTORS, AND SOME OF THOSE INVESTORS WERE

12:25PM  7   GIVEN MATERIALS ABOUT THERANOS'S PLANS WITH WALGREENS AND THE

12:25PM  8   NATIONAL ROLLOUT, CONSISTENT WITH WHAT WALGREENS IS TELLING

12:25PM  9   SUNNY AND ELIZABETH.

12:25PM 10       AND THEN FURTHER INTO THE YEAR, AS I MENTIONED, WALGREENS

12:25PM 11   TELLING SUNNY OVER AND OVER AND OVER AGAIN THAT WALGREENS HAD

12:25PM 12   THE GOAL AND INTENDED TO HIT 2,000 STORES IN 2015.

12:25PM 13       WITHIN DAYS OF WALGREENS MAKING THOSE REPRESENTATIONS TO

12:25PM 14   SUNNY, SUNNY AND ELIZABETH ARE HAVING SOME DISCUSSIONS WITH

12:25PM 15   INVESTORS IN THE FALL OF 2014, INCLUDING THAT MS. PETERSON, WHO

12:25PM 16   YOU HEARD THE GOVERNMENT REFERENCE IN THEIR OPENING.

12:25PM 17       AT THAT TIME SUNNY SHARED WITH THEM INVESTOR MATERIALS

12:25PM 18   ABOUT THE WALGREENS RELATIONSHIP AND THE NATIONAL ROLLOUT AND

12:26PM 19   THE MODEL ABOUT THE POTENTIAL BUSINESS, ALL REFLECTING WHAT

12:26PM 20   WALGREENS WAS TELLING SUNNY, THAT WALGREENS INTENDED TO ROLL

12:26PM 21   OUT INTO 2,000 STORES NATIONWIDE.  THAT'S WHAT THE EVIDENCE IS

12:26PM 22   GOING TO SHOW.

12:26PM 23       SUNNY BELIEVED WALGREENS, AND THEN HE TOLD INVESTORS WHAT

12:26PM 24   WALGREENS WAS TELLING HIM.  THAT'S WHAT YOU'RE GOING TO LEARN

12:26PM 25   IN THIS TRIAL.

12:26PM  1          IN ADDITION, AS I MENTIONED, THE FINANCIAL MODEL THAT THE

12:26PM  2   GOVERNMENT REFERENCED.  SUNNY GAVE INVESTORS FINANCIAL MODELS.

12:26PM  3   WHAT THOSE MODELS WERE NOT, THEY'RE NOT A FORECAST.

12:26PM  4          IT'S NOT LIKE YOU HEARD ON THE NEWS APPLE FORECASTS

12:26PM  5   2 BILLION DOLLARS NEXT QUARTER; MICROSOFT FORECASTS X BILLION

12:26PM  6   DOLLARS NEXT YEAR.

12:26PM  7          THIS IS COMING FROM A STARTUP, A SMALL COMPANY LIKE

12:26PM  8   THERANOS, IN A RELATIVELY NEW BUSINESS.  THE INVESTORS WERE

12:26PM  9   TOLD ALL OF THE VARIABLES THAT WENT INTO THOSE MODELS.

12:26PM 10          WHEN SUNNY PRESENTED THOSE MODELS TO INVESTORS, SOMETIMES

12:26PM 11   HE WOULD DO IT, HE WOULD HAVE AN EXCEL SPREADSHEET, SHOOT IT UP

12:27PM 12   ON THE WALL AND SHOW THE INVESTORS THE INPUTS AND THE VARIABLES

12:27PM 13   INTO THE MODEL THAT WOULD CHANGE THE NUMBERS BECAUSE IT WASN'T

12:27PM 14   A PROJECTION, IT WAS A MODEL.

12:27PM 15          WHEN YOU CHANGE THE INPUTS, THE NUMBERS WOULD CHANGE, AND

12:27PM 16   THE INPUTS THE INVESTORS WERE TOLD WAS FIRST IN OCTOBER OF 2014

12:27PM 17   THERANOS'S TESTING WAS IN 41 STORES AT THAT POINT:  1 IN

12:27PM 18   PALO ALTO AND 40 IN ARIZONA.  AND THE NUMBER OF STORES, AGAIN,

12:27PM 19   WAS PUBLISHED ON THERANOS'S WEBSITE.

12:27PM 20          NOW, THE INVESTORS WERE ALSO TOLD THAT THAT MODEL WAS

12:27PM 21   BASED ON THE NUMBER OF STORES THAT THERANOS WOULD BE OPENING IN

12:27PM 22   2015, AGAIN, WHICH WAS REFLECTED BY WHAT WALGREENS WAS TELLING

12:27PM 23   SUNNY.

12:27PM 24          IN ADDITION, THE MODEL STARTED, WITH RESPECT TO RETAIL

12:27PM 25   INCOME FROM THE WALGREENS RELATIONSHIP, AT ZERO.  THE MODEL

12:27PM   1    REFLECTED NO INCOME FROM ANY WALGREENS BUSINESS UP UNTIL

12:27PM   2    OCTOBER OF 2014.  THERE WAS NO MISREPRESENTATION TO INVESTORS

12:28PM   3    THAT THERANOS WAS GOING TO MAKE $240 MILLION OR $140 MILLION IN

12:28PM   4    2014.

12:28PM   5         THE MODEL IN OCTOBER OF 2014 STARTED AT ZERO RETAIL

12:28PM   6    INCOME.  THAT'S WHAT THE EVIDENCE IS GOING TO SHOW.

12:28PM   7         AND WHAT YOU'RE ALSO GOING TO LEARN IS THAT SUNNY BELIEVED

12:28PM   8    WHAT WALGREENS WAS TELLING HIM ABOUT THE NATIONAL ROLLOUT, BUT

12:28PM   9    HE TOOK STEPS TO MAKE IT HAPPEN.  THAT'S HOW YOU'RE GOING TO

12:28PM  10    KNOW WHAT WAS IN SUNNY'S MIND AT THE TIME.

12:28PM  11         IN LATE 2014 THERANOS HAD ITS LABORATORY IN NEWARK,

12:28PM  12    CALIFORNIA AND ONE STATION CENTER IN PALO ALTO.

12:28PM  13         IN THE 2014 TIME PERIOD, WHEN THESE COMMUNICATIONS AND

12:28PM  14    DISCUSSIONS ARE HAPPENING WITH WALGREENS ABOUT HITTING 2,000

12:28PM  15    STORES NATIONWIDE, IN THAT TIME PERIOD THERANOS DEVELOPED A

12:28PM  16    STRATEGY OF TARGETING 1500 PATIENT OFFICES, A WHOLE SALES TEAM

12:29PM  17    TO EXPAND THERANOS'S TESTING FOOTPRINT.

12:29PM  18         IN THIS TIME PERIOD THERANOS OPENED A SECOND LAB, A SECOND

12:29PM  19    LAB.  YOU DIDN'T HEAR THE GOVERNMENT TALK ABOUT THAT.

12:29PM  20         THERE WAS THE NEWARK LAB WHERE ADAM ROSENDORFF WAS THE

12:29PM  21    LABORATORY DIRECTOR.

12:29PM  22         THERE WAS A SECOND LAB OPENED IN LATE 2014 BY THERANOS IN

12:29PM  23    ANTICIPATION, AGAIN, OF THE NATIONAL ROLLOUT.

12:29PM  24         IN ADDITION, IN JANUARY OF 2015 THERANOS SIGNED A LEASE, A

12:29PM  25    CONTRACT, AND STARTED BUILDING A THIRD LAB IN PENNSYLVANIA,

12:29PM  1   AGAIN, IN ANTICIPATION OF THE NATIONAL ROLLOUT AS WALGREENS WAS

12:29PM  2   TELLING SUNNY.

12:29PM  3        SO YOU'LL SEE AND LEARN IN THIS TRIAL SUNNY'S ACTIONS SHOW

12:29PM  4   YOU WHAT HE BELIEVED, AND HE BELIEVED WHAT WALGREENS WAS

12:29PM  5   TELLING HIM.

12:29PM  6        I'M GOING TO SHIFT A LITTLE BIT AND SAY A FEW WORDS ABOUT

12:29PM  7   THE DEPARTMENT OF DEFENSE.  THE GOVERNMENT REFERENCED POTENTIAL

12:29PM  8   OR ALLEGED MISREPRESENTATIONS TO INVESTORS ABOUT THERANOS'S

12:30PM  9   BUSINESS WITH THE DEPARTMENT OF DEFENSE.  THEY TALKED ABOUT

12:30PM 10   HELICOPTERS AND OTHER THINGS.

12:30PM 11        FIRST, YOU'LL LEARN IN THIS TRIAL THAT THERANOS HAD

12:30PM 12   RELATIONSHIPS WITH THE DEPARTMENT OF DEFENSE, WITH MULTIPLE

12:30PM 13   ELEMENTS OF THE DEPARTMENT OF DEFENSE:  THE U.S. ARMY BURN

12:30PM 14   CENTER; THEY HAD A RELATIONSHIP WITH THE SPECIAL OPERATIONS

12:30PM 15   COMMAND; THEY HAD A RELATIONSHIP WITH THE U.S. AFRICA COMMAND;

12:30PM 16   AND A RELATIONSHIP WITH THE U.S. CENTRAL COMMAND.  THAT WAS

12:30PM 17   REAL.  SOME OF THAT PREEXISTED SUNNY'S JOINING THERANOS.

12:30PM 18        BUT WHAT IS IMPORTANT FOR YOU TO KNOW IS THAT INVESTORS

12:30PM 19   WERE TOLD ABOUT THOSE RELATIONSHIPS, THEY WERE TOLD THOSE

12:30PM 20   RELATIONSHIPS WERE ON PAUSE.  THERANOS WAS NOT INTENDING TO

12:30PM 21   MAKE ANY MONEY FROM THOSE RELATIONSHIPS BECAUSE THE FOCUS WAS

12:30PM 22   ON RETAIL.  THE FOCUS WAS ON WALGREENS AND THE NATIONAL

12:30PM 23   ROLLOUT.

12:30PM 24        AND THE WAY YOU KNOW THAT THERANOS TOLD AND SUNNY TOLD

12:30PM 25   INVESTORS THAT THEY DIDN'T INTEND TO MAKE ANY MONEY FROM THE

12:30PM   1    DEPARTMENT OF DEFENSE RELATIONSHIPS IS THAT IN THOSE MODELS

12:31PM   2    THAT THE GOVERNMENT POINTED TO IN THEIR OPENING, THERE WAS A

12:31PM   3    LINE ITEM, THERE IS AN ENTRY FOR DEPARTMENT OF DEFENSE.

12:31PM   4         AND FOR 2014 AND 2015, THE MODEL GIVEN TO INVESTORS SHOWED

12:31PM   5    ZERO.  ZERO.  IT WASN'T PROJECTING ANYTHING OR MODELING

12:31PM   6    ANYTHING BECAUSE SUNNY TOLD THE INVESTORS THAT THEY HAD

12:31PM   7    RELATIONSHIPS WITH THE DOD.  THEY WERE INTERESTING

12:31PM   8    RELATIONSHIPS THAT DEMONSTRATE HOW THERANOS'S TECHNOLOGY COULD

12:31PM   9    BE USED, BUT THEY WEREN'T PLANNING TO MAKE MONEY FROM IT.  IT

12:31PM  10    WASN'T A FOCUS.

12:31PM  11         SO INVESTORS WERE TOLD "TO BE DECIDED" REGARDING THE

12:31PM  12    DEPARTMENT OF DEFENSE.

12:31PM  13         NOW, ANOTHER ELEMENT IN THE CASE HERE, AND THE GOVERNMENT

12:31PM  14    REFERENCED IT IN ITS OPENING, THE SUGGESTION THAT INVESTORS,

12:31PM  15    BUT MOSTLY PATIENTS ON THIS FRONT, WERE DECEIVED ABOUT THE

12:31PM  16    CAPABILITIES AND ACCURACY AND RELIABILITY OF THERANOS'S TESTS.

12:31PM  17         AND WHAT THE EVIDENCE IS GOING TO SHOW IS THAT SUNNY DID

12:32PM  18    NOT DECEIVE PATIENTS ABOUT THE ACCURACY AND RELIABILITY OF

12:32PM  19    TESTS.  AND SO THE EVIDENCE THAT IS GOING TO SHOW THAT IS FIRST

12:32PM  20    DR. ROSENDORFF, THAT YOU HEARD THE GOVERNMENT REFERENCE IN

12:32PM  21    OPENING STATEMENT, WAS THE LAB DIRECTOR IN THE NEWARK LAB IN

12:32PM  22    2013 AND 2014.

12:32PM  23         DR. ROSENDORFF VALIDATED AND APPROVED THE USE OF ALL

12:32PM  24    FINGERSTICK TESTS IN THERANOS'S LAB BECAUSE THAT WAS HIS JOB AS

12:32PM  25    LAB DIRECTOR.  HE WAS TRAINED.  HE WAS A MEDICAL DOCTOR.

12:32PM  1        SUNNY DID NOT APPROVE THE USE OF THOSE TESTS ON PATIENTS,

12:32PM  2   AND ELIZABETH DIDN'T APPROVE THE USE OF THOSE TESTS ON

12:32PM  3   PATIENTS.  DR. ROSENDORFF DID.  THAT'S WHAT YOU'LL LEARN IN

12:32PM  4   THIS TRIAL.

12:32PM  5        IN ADDITION, AFTER ROSENDORFF QUIT, AND THAT'S WHAT HE DID

12:32PM  6   IS QUIT IN NOVEMBER OF 2014, SUNNY IDENTIFIED A REPLACEMENT

12:32PM  7   ONSITE LAB DIRECTOR FOR ROSENDORFF.

12:32PM  8        HE DIDN'T HIRE AM ABSENTEE LAB DIRECTOR WHO HE WANTED TO

12:33PM  9   OVERSEE THE LAB.  IT WAS IMPORTANT FOR SUNNY TO HAVE A

12:33PM 10   PERMANENT ONSITE LAB DIRECTOR.

12:33PM 11        AND DURING THAT TIME PERIOD WHILE HE WAS WAITING FOR THE

12:33PM 12   NEW LAB DIRECTOR TO BE ABLE TO TAKE OVER, HE HIRED DR. DHAWAN,

12:33PM 13   WHO YOU HEARD THE GOVERNMENT REFERENCE.

12:33PM 14        HE ALSO HIRED ANOTHER LAB DIRECTOR, LYNETTE SAWYER.

12:33PM 15        NOW, DR. DHAWAN WAS QUALIFIED.  HE WAS A MEDICAL DOCTOR.

12:33PM 16   HE WENT TO MEDICAL SCHOOL.  BUT HE WAS TEMPORARY, A TEMPORARY

12:33PM 17   REPLACEMENT FOR ROSENDORFF IN THE NEWARK LAB WHILE SUNNY WAITED

12:33PM 18   FOR THE PERMANENT LAB DIRECTOR TO BE READY TO TAKE OVER.

12:33PM 19   THAT'S WHAT THE EVIDENCE IS GOING TO SHOW.

12:33PM 20        NOW, A LITTLE BIT ABOUT DR. ROSENDORFF, WHO SUNNY AND

12:33PM 21   ELIZABETH RELIED UPON TO RUN THE LABORATORY.

12:33PM 22        ROSENDORFF WAS A WELL-QUALIFIED LAB DIRECTOR.  HE WENT TO

12:33PM 23   MEDICAL SCHOOL AT MOUNT SINAI SCHOOL OF MEDICINE IN NEW YORK;

12:33PM 24   HE DID FIVE YEARS OF POST-DOCTORAL RESEARCH AT HARVARD; FORMER

12:34PM 25   PROFESSOR OF PATHOLOGY AT UNIVERSITY OF PITTSBURGH; HE HAD FOUR

12:34PM  1    AND A HALF YEARS OF EXPERIENCE AS A MEDICAL DIRECTOR AT

12:34PM  2    CHILDREN'S HOSPITAL AT PITTSBURGH.  WELL-QUALIFIED ACCORDING TO

12:34PM  3    WHAT SUNNY SAW, AND THAT'S WHY DR. ROSENDORFF WAS HIRED.

12:34PM  4         AND DR. ROSENDORFF, AS I MENTIONED, REVIEWED AND APPROVED

12:34PM  5    ALL FINGERSTICK TESTS USED ON PATIENTS.  I PUT UP ON THE

12:34PM  6    SCREEN, THIS IS AN EXAMPLE, THIS IS THE FIRST PAGE OF ONE OF

12:34PM  7    THOSE VALIDATION REPORTS.

12:34PM  8         AND WHAT A VALIDATION REPORT IS A STUDY DONE BY SCIENTISTS

12:34PM  9    IN THE LAB THROUGH PATIENT SAMPLES TO VERIFY THE ACCURACY AND

12:34PM  10   RELIABILITY OF THE TESTS BEFORE THE TEST WAS USED ON PATIENTS.

12:34PM  11   AND THIS IS PREPARED BY TWO SCIENTISTS WHO SIGNED OFF, REVIEWED

12:34PM  12   BY THREE PH.D.'S IN THE MIDDLE THAT YOU SEE THERE WHO REVIEWED

12:34PM  13   THE TECHNOLOGY, REVIEWED THE DATA, AND THEN REVIEWED AND

12:34PM  14   APPROVED BY ADAM ROSENDORFF BEFORE THE TESTS WERE EVER USED ON

12:34PM  15   PATIENTS.  THAT'S WHAT THE EVIDENCE IS GOING TO SHOW.

12:35PM  16        SUNNY DID NOT VALIDATE AND APPROVE THOSE TESTS.  HE'S NOT

12:35PM  17   QUALIFIED.  SUNNY IS A SOFTWARE COMPUTER GUY.  HE RELIED ON

12:35PM  18   ROSENDORFF TO VALIDATE THOSE TESTS AND APPROVE THOSE TESTS AND

12:35PM  19   MONITOR THE ACCURACY AND RELIABILITY OF THE TESTING FOR

12:35PM  20   PATIENTS.

12:35PM  21        AND WE EXPECT ROSENDORFF WILL TESTIFY IN THIS TRIAL, AND

12:35PM  22   HE'LL TELL YOU THAT THE VALIDATION STUDIES FOR THE FINGERSTICK

12:35PM  23   TESTS MET HIS, ROSENDORFF'S, STANDARDS.  NOT SUNNY'S OR

12:35PM  24   ELIZABETH'S, THEY'RE NOT REQUIRED TO DO THAT.

12:35PM  25        ROSENDORFF WILL TELL YOU THAT THE TESTS AND VALIDATION

12:35PM   1    REPORTS MET HIS STANDARDS.

12:35PM   2        WE ALSO BELIEVE THAT ROSENDORFF WILL ALSO TELL YOU THAT

12:35PM   3    WHEN HE WAS RUNNING THE LAB, HE NEVER OFFERED A TEST THAT HE

12:35PM   4    BELIEVED WAS UNRELIABLE.  AGAIN, HE WAS THE LAB DIRECTOR, NOT

12:35PM   5    SUNNY, NOT ELIZABETH.  NEITHER OF THEM ARE QUALIFIED TO MAKE

12:35PM   6    THOSE DETERMINATIONS.

12:35PM   7        ROSENDORFF WAS, AND HE WILL TELL YOU HE BELIEVED HE NEVER

12:35PM   8    OFFERED A TEST THAT HE THOUGHT WAS UNRELIABLE AT THE TIME.

12:36PM   9        DURING THIS TIME PERIOD SUNNY HIRED HELP FOR ROSENDORFF.

12:36PM   10   HE WASN'T LEFT ALONE IN THE LAB TO RUN THE LAB.

12:36PM   11       DR. PANDORI YOU HEARD THE GOVERNMENT REFERENCE.

12:36PM   12   DR. PANDORI WILL TESTIFY HE WAS A CO-LAB DIRECTOR HIRED BY

12:36PM   13   SUNNY AND ELIZABETH AT DR. ROSENDORFF'S AGREEMENT TO HELP HIM

12:36PM   14   RUN THE LAB.

12:36PM   15       ANOTHER INDIVIDUAL HIRED BY SUNNY AND ELIZABETH AND AGREED

12:36PM   16   UPON BY DR. ROSENDORFF, WAS A GUY NAMED LANGLY GEE WHO WAS IN

12:36PM   17   CHARGE OF QUALITY CONTROL AT THERANOS.  SUNNY WASN'T INVOLVED

12:36PM   18   OF QUALITY CONTROL, AND ELIZABETH WASN'T INVOLVED OF QUALITY

12:36PM   19   CONTROL.  ROSENDORFF AND LANGLY GEE WERE IN CHARGE OF QUALITY

12:36PM   20   CONTROL BECAUSE THEY KNEW HOW TO RUN A LAB.  NOT SUNNY.

12:36PM   21       IN ADDITION, DR. ROSENDORFF QUIT IN NOVEMBER OF 2014 AFTER

12:36PM   22   HE GOT ANOTHER JOB.  AND WHEN HE QUIT, HE DIDN'T GO TO

12:36PM   23   AUTHORITIES.  HE DIDN'T GO TO THE FBI.  HE DIDN'T GO TO CMS OR

12:37PM   24   CALIFORNIA REGULATORS.  HE TALKED TO A REPORTER ONCE LATER,

12:37PM   25   THAT'S WHAT HE DID.  THAT'S WHAT YOU'LL LEARN IN THIS TRIAL.

DEFENDANT'S OPENING STATEMENT                                                    1099

```
12:37PM   1        AND AS I MENTIONED, AFTER ROSENDORFF QUIT.  SUNNY
12:37PM   2   IDENTIFIED A PERMANENT ONSITE LAB DIRECTOR TO TAKE OVER BECAUSE
12:37PM   3   HE BELIEVED IT WAS IMPORTANT TO HAVE A PERMANENT ONSITE LAB
12:37PM   4   DIRECTOR.  HE DIDN'T WANT AN ABSENTEE LAB DIRECTOR.  AND THE
12:37PM   5   PERSON HE IDENTIFIED WAS DR. SURAJ SAKSENA.
12:37PM   6        DR. SAKSENA WAS A PH.D. IN BIOCHEMISTRY.  HE WORKED AT
12:37PM   7   THERANOS SINCE 2011 IN THE LAB.  SUNNY ASKED SAKSENA TO BECOME
12:37PM   8   LAB DIRECTOR AS SOON AFTER ROSENDORFF QUIT.
12:37PM   9        AND BECAUSE IT WAS SO IMPORTANT TO SUNNY TO HAVE A
12:37PM  10   PERMANENT ONSITE FULL-TIME LAB DIRECTOR, SUNNY PAID DR. SAKSENA
12:37PM  11   TIME OFF.  HE GAVE HIM PAID LEAVE TO STUDY FOR AN EXAM THAT
12:37PM  12   SAKSENA NEEDED TO BECOME LAB DIRECTOR, AND SAKSENA DID JUST
12:38PM  13   THAT.  HE STUDIED FOR MONTHS AND TOOK THE EXAM IN MAY OF 2015
12:38PM  14   AND PASSED THE EXAM WITH HIGH SCORES.
12:38PM  15        AND ON MAY 21ST, DR. SAKSENA SUBMITTED HIS APPLICATION TO
12:38PM  16   BECOME THE NEW LAB DIRECTOR OF THE NEWARK LAB, JUST AS SUNNY
12:38PM  17   PLANNED.
12:38PM  18        AND THEN DR. SAKSENA AND SUNNY WAITED FOR CALIFORNIA
12:38PM  19   AUTHORITIES TO RESPOND TO THE APPLICATION, AND THEY WAITED, AND
12:38PM  20   THEY WAITED, AND THEY WAITED A LITTLE MORE UNTIL MARCH OF 2016.
12:38PM  21   TEN MONTHS LATER CALIFORNIA AUTHORITIES RESPONDED TO THAT
12:38PM  22   APPLICATION, BUT BY THEN IT WAS TOO LATE.  IT DIDN'T MATTER.
12:38PM  23   BY THAT TIME THERE WERE NEW CONSULTANTS RUNNING THE LAB, A NEW
12:38PM  24   LAB DIRECTOR.
12:38PM  25        BUT THAT WASN'T SUNNY'S INTENT IN 2015 AFTER ROSENDORFF
```

| | | |
|---|---|---|
| 12:38PM | 1 | QUIT.  SAKSENA WAS GOING TO BE THE NEXT PERMANENT ONSITE LAB |
| 12:39PM | 2 | DIRECTOR. |
| 12:39PM | 3 | IN ADDITION, WHEN ROSENDORFF LEFT THERANOS, THINGS WERE |
| 12:39PM | 4 | CHANGING AT THE TIME. |
| 12:39PM | 5 | AS I MENTIONED, A NEW LAB OPENED IN ARIZONA.  THAT LAB HAD |
| 12:39PM | 6 | ITS OWN LAB DIRECTOR, DR. DANIEL YOUNG.  AND SO THINGS WERE |
| 12:39PM | 7 | GOING TO BE CHANGING AT THERANOS DURING THAT TIME PERIOD. |
| 12:39PM | 8 | SO ROSENDORFF QUIT IN NOVEMBER. |
| 12:39PM | 9 | AT THE SAME TIME THE NEW LAB WAS OPENING. |
| 12:39PM | 10 | SAKSENA WAS TOUTED TO BECOME THE NEW LAB DIRECTOR IN |
| 12:39PM | 11 | NEWARK. |
| 12:39PM | 12 | DR. YOUNG WAS THE NEW LAB DIRECTOR IN ARIZONA AND WAS |
| 12:39PM | 13 | EXPECTING GOING FORWARD PATIENT VOLUME SAMPLES WERE GOING TO BE |
| 12:39PM | 14 | SPLIT BETWEEN THE TWO LABS, AND THAT'S WHEN SUNNY HIRED DHAWAN |
| 12:39PM | 15 | AND SAWYER TO BECOME THE TEMPORARY LAB DIRECTORS IN NEWARK. |
| 12:39PM | 16 | NOW, AS I MENTIONED, YOU KNOW, ROSENDORFF QUIT IN NOVEMBER |
| 12:39PM | 17 | OF 2014. |
| 12:40PM | 18 | DHAWAN AND SAWYER -- DR. DHAWAN -- WERE HIRED SOON AFTER |
| 12:40PM | 19 | TO BE TEMPORARY LAB DIRECTORS IN NEWARK.  THEY WERE BOTH |
| 12:40PM | 20 | QUALIFIED. |
| 12:40PM | 21 | DR. DHAWAN WENT TO MEDICAL SCHOOL JUST LIKE |
| 12:40PM | 22 | DR. ROSENDORFF.  HE ACTUALLY WENT TO U.S.C.  HE TAUGHT AT |
| 12:40PM | 23 | MEDICAL SCHOOLS.  HE HAD HIS OWN LAB, SUPPORTING HIS OWN |
| 12:40PM | 24 | PRACTICE.  AND DERMATOLOGISTS ARE REAL DOCTORS.  THEY HANDLE |
| 12:40PM | 25 | REAL MEDICAL ISSUES LIKE SKIN CANCER.  THEY'RE NOT PRETEND. |

12:40PM  1          AND THAT'S WHO SUNNY TAPPED TO BE A TEMPORARY LAB

12:40PM  2   DIRECTOR, AS WELL AS DR. SAWYER WHO IS EXPERIENCED.

12:40PM  3          BUT YOU'RE GOING TO LEARN MORE ABOUT HOW LABS OPERATE IN

12:40PM  4   THIS TRIAL THAN YOU EVER WANTED TO KNOW.

12:40PM  5          AND THE LAB DIRECTOR IS NOT THERE RUNNING THE TESTS.  HE'S

12:40PM  6   NOT EVEN OVERSEEING OR HE'S NOT EVEN PERSONALLY EVER MANAGED OR

12:40PM  7   MANAGING THE TESTING.

12:40PM  8          THE LAB DIRECTOR IS LIKE A CEO.  HE'S WAY UP HERE MAKING

12:40PM  9   POLICY DECISIONS, GETTING QUESTIONS AND ISSUES, AND POLICY

12:40PM  10  ISSUES FROM THE STAFF.  HE'S NOT THERE RUNNING THE LAB

12:41PM  11  DAY-TO-DAY DOING THE ACTUAL TESTING.

12:41PM  12         IN FACT, CALIFORNIA REGULATIONS AT THAT TIME PERMITTED ONE

12:41PM  13  LAB DIRECTOR TO RUN UP TO FIVE LABS.

12:41PM  14         SO THE RULES AND REGULATIONS AT THE TIME PERMITTED

12:41PM  15  PART-TIME LAB DIRECTORS.

12:41PM  16         SUNNY DIDN'T WANT A PART-TIME LAB DIRECTOR, BUT HE HIRED

12:41PM  17  TWO OF THEM TEMPORARILY UNTIL DR. SAKSENA COULD GET APPROVED TO

12:41PM  18  BE THE LAB DIRECTOR.  THAT'S WHAT THE EVIDENCE WILL SHOW.

12:41PM  19         AND AGAIN, THEY'RE BOTH TEMPORARY.  AND YOU KNOW THEY WERE

12:41PM  20  TEMPORARY NOT BECAUSE YOU'RE GOING TO HEAR THAT.  MAYBE THEY'LL

12:41PM  21  SAY IT, MAYBE NOT.  THE CONTRACTS THAT THEY SIGNED, SIX MONTH

12:41PM  22  CONTRACTS, CONSULTING AGREEMENT.  THEY WERE NEVER GOING TO BE

12:41PM  23  THE PERMANENT ONSITE LAB DIRECTORS.  THAT WASN'T THE INTENT.

12:41PM  24         NOW, LET ME SAY A FEW WORDS ABOUT THIS.  THE GOVERNMENT

12:41PM  25  REFERENCED CMS, CENTERS FOR MEDICARE AND MEDICAID SERVICES.

12:41PM 1    THEY'RE THE REGULATORS THAT OVERSEE LAB TESTING IN THE

12:41PM 2    UNITED STATES.

12:41PM 3        IN SEPTEMBER OF 2015 CMS DID AN INSPECTION, AN AUDIT OF

12:42PM 4    THERANOS'S LAB.  BUT THAT INSPECTION, THAT AUDIT, IT WASN'T A

12:42PM 5    SURPRISE.  IT WASN'T LIKE A GOTCHA MOMENT.  IT WAS AN

12:42PM 6    EVERY-TWO-YEAR-SCHEDULED RECERTIFICATION OF THE LAB.

12:42PM 7        SUNNY KNEW THEY WERE COMING.  HE SPOKE TO THE INSPECTORS

12:42PM 8    BEFORE THEY CAME AND PROVIDED THEM DOCUMENTATION, DID SOME

12:42PM 9    THINGS TO TRY TO PREPARE FOR THE INSPECTION, SO MOCK AUDITS AND

12:42PM 10   INSPECTIONS TO GET READY.

12:42PM 11       THE INSPECTION HAPPENED BUT THE MOST IMPORTANT THING AND

12:42PM 12   THE TAKEAWAY HERE THAT YOU'RE GOING TO LEARN IN THE TRIAL IS

12:42PM 13   THAT CMS DID NOT EVALUATE THE ACCURACY AND RELIABILITY OF

12:42PM 14   THERANOS'S TESTING TECHNOLOGY.  THAT'S NOT WHAT CMS DOES.

12:42PM 15       IF THE GOVERNMENT CALLS A CMS WITNESS TO TESTIFY BEFORE

12:42PM 16   YOU, THAT PERSON WILL TELL YOU CMS DOES NOT EVALUATE THE

12:42PM 17   ACCURACY AND RELIABILITY OF THERANOS'S TECHNOLOGY OR ANY OTHER

12:42PM 18   LAB'S TECHNOLOGY.  THAT'S NOT WHAT CMS DOES.

12:42PM 19       AND THAT'S WHAT YOU'LL LEARN IN THIS TRIAL.

12:43PM 20       NOW, WE SPOKE A LOT ABOUT EVIDENCE THAT IS GOING TO SHOW

12:43PM 21   THAT SUNNY HAD NO INTENT TO CHEAT INVESTORS OUT OF THEIR MONEY.

12:43PM 22   AGAIN, THIS CASE IS ABOUT WIRE FRAUD.  HE NEVER TOOK ANY MONEY

12:43PM 23   INAPPROPRIATELY, NEVER MISDIRECTED THE USE OF INVESTOR MONEY.

12:43PM 24       AND YOU'RE GOING TO LEARN THAT THE INVESTOR MONEY WENT FOR

12:43PM 25   ITS INTENDED PURPOSES, TO DO EXACTLY WHAT INVESTORS WANTED,

12:43PM   1       BUILD THE BUSINESS OF THERANOS.

12:43PM   2            YOU'RE GOING TO SEE UP ON THE SCREEN THERANOS'S

12:43PM   3       MANUFACTURING FACILITIES WHERE THEY MADE THE ANALYZERS AND

12:43PM   4       EQUIPMENT, THEIR RESEARCH AND DEVELOPMENT FACILITY, INVESTORS

12:43PM   5       WANTING TO BUILD THE TWO LABS AND THE THIRD LAB.  PAID THE

12:43PM   6       HUNDREDS OF LABORATORY SCIENTISTS, THE RESEARCH AND DEVELOPMENT

12:43PM   7       SCIENTISTS, AND THAT'S WHERE THE INVESTOR MONEY WENT.  IT DID

12:43PM   8       NOT GO INTO SUNNY'S POCKET.

12:43PM   9            THE GOVERNMENT SUGGESTED THAT SUNNY'S STOCK WAS WORTH HALF

12:43PM   10      A BILLION DOLLARS.  YEAH.  AND HE COULD HAVE SOLD SOME, BUT HE

12:43PM   11      DIDN'T.  HE NEVER DID.

12:44PM   12           AGAIN, SUNNY LEFT THERANOS IN MAY OF 2016.  AND WHEN SUNNY

12:44PM   13      LEFT THERANOS, HE HAD HUNDREDS OF MILLIONS OF DOLLARS, INVESTOR

12:44PM   14      MONEY, SITTING IN THE BANK.  THAT'S WHEN HE LEFT.

12:44PM   15           WHEN SUNNY LEFT THERANOS, THERANOS HAD VALUABLE

12:44PM   16      INTELLECTUAL PROPERTY, PATENTS, ITS FINGERSTICK TECHNOLOGY, IT

12:44PM   17      HAD TWO OPERATING CLINICAL LABS AND ANOTHER LAB BUILT IN

12:44PM   18      HARRISBURG, PENNSYLVANIA, ALL THERE IN MAY OF 2016 WHEN SUNNY

12:44PM   19      LEFT.  THE MONEY WAS THERE, THE BUSINESS WAS THERE THAT WAS

12:44PM   20      BUILT WITH INVESTOR MONEY, AND SUNNY WALKED AWAY WITH NOT A

12:44PM   21      DOLLAR IN HIS POCKET FROM THERANOS.

12:44PM   22           HE NEVER SOLD THE STOCK.  HE NEVER TOOK ANY MONEY.

12:44PM   23           NOW, I'M GOING TO SHIFT AGAIN TO MY LAST SUBJECT.  AND

12:44PM   24      WHAT YOU'RE GOING TO LEARN IN THIS CASE IS, AS I MENTIONED, THE

12:44PM   25      CORE ALLEGATIONS IN THE GOVERNMENT'S CHARGES IS THAT THERANOS'S

12:45PM  1    TECHNOLOGY WAS NOT CAPABLE OF CONSISTENTLY PRODUCING ACCURATE

12:45PM  2    AND RELIABLE RESULTS.  THAT IS THE CORE ALLEGATION.

12:45PM  3         AND THE EVIDENCE IS GOING TO SHOW THAT THE GOVERNMENT, IN

12:45PM  4    TRYING TO PROVE THAT, NEVER OBTAINED OVER THREE YEARS OF

12:45PM  5    PATIENT TESTING DATA AND EVIDENCE, ESSENTIALLY PATIENT RECORDS,

12:45PM  6    AND ANALYZED THAT TO PROVE THE GOVERNMENT'S CASE.

12:45PM  7         NOW, ONE THING YOU'RE GOING TO LEARN, BEFORE I TALK ABOUT

12:45PM  8    THE DETAILS OF THAT, IS ALL CLINICAL LABORATORIES EXPERIENCE

12:45PM  9    VARIABILITY AND ERROR RATES.

12:45PM 10         SOME OF THE GOVERNMENT'S WITNESSES WHO ARE GOING TO

12:45PM 11    TESTIFY, THEY'RE GOING TO TELL YOU, ALL LABORATORIES EXPERIENCE

12:45PM 12    VARIABILITY AND ERROR RATES.  IT'S EVEN BUILT INTO THE SYSTEM.

12:45PM 13         AND IF THAT IS THE CASE, WHAT DOES ONE POTENTIAL ERROR OR

12:45PM 14    QUESTION ABOUT A TEST OR AN EMAIL ABOUT QUALITY CONTROL THAT

12:46PM 15    FAILED MEAN ABOUT THE ACCURACY AND RELIABILITY OF THE

12:46PM 16    TECHNOLOGY AND EVERYTHING IT DOES?

12:46PM 17         BECAUSE YOU'LL ALSO LEARN THAT CLIA, THE CLINICAL

12:46PM 18    LABORATORY IMPROVEMENT AMENDMENTS -- I KNOW THAT'S A MOUTHFUL.

12:46PM 19    THE GOVERNMENT REFERENCED IT.  YOU JUST NEED TO KNOW THAT THESE

12:46PM 20    ARE THE REGULATIONS THAT GOVERN, OVERSEE CLINICAL LABS.  THE

12:46PM 21    REGULATIONS PERMIT VARIABILITY AND ERROR SOMETIMES 5 PERCENT,

12:46PM 22    SOMETIMES 10, 15, 20 PERCENT, ALL UP TO 30 PERCENT FOR SOME

12:46PM 23    TESTS.

12:46PM 24         AND AGAIN, IF THAT'S WHAT IS EXPECTED OR EVEN PERMITTED

12:46PM 25    FOR SOME TESTS, NOT ALL, BUT SOME, WHAT DOES ANY ONE ERROR

12:46PM  1    MEAN, TWO, THREE, FOUR, FIVE AMONGST TENS OF THOUSANDS,

12:46PM  2    HUNDREDS OF THOUSANDS MAYBE BILLIONS OF PATIENT RESULTS?

12:46PM  3        AND I RAISE THAT BECAUSE, AS I MENTIONED BEFORE, WHEN

12:46PM  4    THERANOS OBTAINED IT'S FDA APPROVAL AND CLEARANCE IN JULY OF

12:46PM  5    2015, THERANOS SUBMITTED TO FDA 13,754 PATIENT SAMPLES AND

12:47PM  6    CARTRIDGES AND ANALYSIS AND DATA TO PROVE TO FDA SATISFACTION

12:47PM  7    THAT THERANOS'S TECHNOLOGY MET FDA'S STANDARDS FOR SAFETY AND

12:47PM  8    ACCURACY.

12:47PM  9        BUT WHAT YOU'RE GOING TO LEARN IS THAT IN TRYING TO PROVE

12:47PM 10    THEIR CASE HERE, THE GOVERNMENT DIDN'T DO ANY OF THAT KIND OF

12:47PM 11    ANALYSIS TO PROVE THERANOS'S TECHNOLOGY DOES NOT WORK, THAT

12:47PM 12    MAYBE THE FDA GOT IT PRONG.  THEY DIDN'T DO THAT.

12:47PM 13        AND YOU'RE GOING TO LEARN ABOUT SOMETHING IN THIS CASE

12:47PM 14    CALLED THE LABORATORY INFORMATION SYSTEM, THE LIS.

12:47PM 15        AND WHAT THE LIS WAS, IT WAS A DATABASE AT THERANOS,

12:47PM 16    WHAT'S CALLED A MICROSOFT SQL SERVER DATA THAT WAS CREATED BY

12:47PM 17    THERANOS.  AND THIS IS WHERE THERANOS ELECTRONICALLY STORED ALL

12:47PM 18    OF THEIR PATIENT TESTING RESULTS, DATA AND RELATED RECORDS FOR

12:47PM 19    THERANOS'S CLINICAL LABORATORY FOR OVER THREE YEARS.

12:48PM 20        AND WHEN I SAY THE LIS CONTAINED ALL OF THERANOS'S LAB

12:48PM 21    TESTING DATA, I MEAN ALL, EVERY SHRED OF FACTS AND DETAILS

12:48PM 22    ANYONE WOULD EVER WANT TO KNOW;

12:48PM 23        EVERYTHING ABOUT THE PATIENT, THEIR NAME, WHAT THEIR

12:48PM 24    DOCTOR ORDERED, THEIR VISIT HISTORY, WHAT THEIR TESTS LOOK LIKE

12:48PM 25    FOR AS LONG AS THEY TESTED AT THERANOS AND OTHER DETAILS;

DEFENDANT'S OPENING STATEMENT

12:48PM  1           WHERE THE BLOOD COLLECTION WAS TAKEN, WHICH SITE, WHAT

12:48PM  2    DATE AND TIME;

12:48PM  3           WHO WAS THE PERSON WHO DREW THE BLOOD OR TOOK THE

12:48PM  4    FINGERSTICK SAMPLE.  DID THAT PERSON HAVE PROBLEMS IN THEIR

12:48PM  5    HISTORY?  THE CONTAINER WAS MARKED WITH A SERIAL NUMBER, AND

12:48PM  6    YOU COULD TRACK IT THROUGH THE SYSTEM;

12:48PM  7           IT INCLUDED THE TIME THE BLOOD WAS COLLECTED AND WHEN IT

12:48PM  8    WAS RECEIVED AT THE LAB;

12:48PM  9           THE LIS CONTAINED INFORMATION ABOUT WHICH LAB RAN THE

12:48PM  10   TEST.  WAS IT IN NEWARK OR WAS IT IN ARIZONA?

12:49PM  11          WHO WAS THE TECHNICIAN THAT RAN THE TEST?  THAT WAS IN THE

12:49PM  12   LIS.

12:49PM  13          IF YOU WANTED TO SEE IF THERE WAS A SAMPLE OR WHETHER IT

12:49PM  14   WAS CLOTTING OR SOMETHING WRONG WITH IT, THAT WAS IN LIS.

12:49PM  15          WHEN THE TEST WAS RUN, IF THERE WAS A REQUEST THAT THERE

12:49PM  16   MIGHT HAVE BEEN A PROBLEM, MAYBE THEY WOULD RERUN THE TEST OR

12:49PM  17   ASK THE PATIENT FOR A NEW SAMPLE, THAT WAS IN LIS.

12:49PM  18          WHICH DEVICE WAS USED TO RUN THE TEST?  AND I DON'T MEAN

12:49PM  19   THERANOS DEVICE OR COMMERCIAL DEVICE.  I MEAN EXACTLY WHICH

12:49PM  20   DEVICE BY SERIAL NUMBER WAS USED TO RUN THAT PATIENT TEST?

12:49PM  21   THAT WAS IN LIS.

12:49PM  22          IF YOU WANTED TO CHECK WHAT QUALITY CONTROL LOOKED LIKE

12:49PM  23   THAT DAY WHEN A PATIENT SAMPLE WAS RUN, THAT WEEK, THAT MONTH,

12:49PM  24   THAT YEAR, THAT WAS IN LIS.

12:49PM  25          PROFICIENCY TESTING DATA, ALL IN LIS.

DEFENDANT'S OPENING STATEMENT

```
12:49PM   1          THE ULTIMATE RESULTS, WHETHER THERE WERE ANY RED FLAGS,
12:49PM   2    ALL OF THAT INFORMATION WAS IN THE LIS.
12:49PM   3          AND YOU'RE ALSO GOING TO LEARN IN THE COURSE OF THIS TRIAL
12:50PM   4    HOW THE LIS WAS USED TO FOLLOW UP ON PATIENT QUESTIONS OR
12:50PM   5    DOCTOR QUESTIONS.
12:50PM   6          IF A PATIENT CALLED UP AND HAD A QUESTION ABOUT A
12:50PM   7    PREGNANCY TEST OR ANOTHER TEST THAT DIDN'T SEEM RIGHT, AND THE
12:50PM   8    RESULT DOESN'T SEEM RIGHT, CAN YOU LOOK INTO IT?
12:50PM   9          SOMEONE IN THE LAB QUESTIONS A RESULT OR QUALITY CONTROL,
12:50PM  10    HOW CAN WE FIGURE OUT WHAT WENT WRONG?
12:50PM  11          LIS IS WHERE THEY WENT.  THEY WOULD PULL UP THE NAME OF
12:50PM  12    THE CUSTOMER OR PATIENT; WHO THE DOCTOR WAS; YOU COULD LOOK AT
12:50PM  13    THE PATIENT'S HISTORY AND COMPARE THE RESULTS; YOU COULD FIGURE
12:50PM  14    OUT WHERE THE COLLECTION WAS TAKEN; WHO RAN THE TEST; WAS THAT
12:50PM  15    PERSON GOOD AT THEIR JOB, MAYBE THEY MADE A MISTAKE IN DRAWING
12:50PM  16    THE BLOOD; WHICH CONTAINER WAS USED, AGAIN, WHICH DEVICE; WHICH
12:50PM  17    LAB RAN THAT TEST; WHAT QUALITY CONTROL THAT DAY, MONTH OR
12:50PM  18    YEAR.
12:50PM  19          HOW ABOUT COMPARING THAT PREGNANCY TEST WITH EVERY OTHER
12:50PM  20    ONE RAN THAT DAY, THAT MONTH OR YEAR TO SEE IF THERE WERE
12:51PM  21    ISSUES WITH THAT DEVICE OR ALL OF THE DEVICES?  THAT'S HOW LIS
12:51PM  22    WAS USED.
12:51PM  23          BUT NONE OF THAT KIND OF ANALYSIS WAS DONE BY THE
12:51PM  24    GOVERNMENT TO PROVE THEIR ALLEGATION THAT THERANOS'S TECHNOLOGY
12:51PM  25    WAS NOT CAPABLE OF CONSISTENTLY PRODUCING ACCURATE AND RELIABLE
```

12:51PM   1    RESULTS.

12:51PM   2        AND WHAT YOU'RE GOING TO LEARN IS AFTER TWO YEARS OF

12:51PM   3    INVESTIGATING FROM 2016 INTO 2018, IN OR ABOUT MAY 23RD OF

12:51PM   4    2018, THE INVESTIGATORS AND PROSECUTORS IN THIS CASE HAD A

12:51PM   5    COMMUNICATION WITH THERANOS'S LAWYERS.  AND THERE WAS A REQUEST

12:51PM   6    FROM THERANOS OF A COPY OF THE LIS.

12:51PM   7        BUT TWO WEEKS LATER THE GOVERNMENT DIDN'T WAIT TO GET A

12:51PM   8    COPY OF THE LIS.  THEY SUBPOENAED THE LIS.

12:51PM   9        AND THEN TEN DAYS AFTER THAT THEY INDICTED SUNNY BALWANI.

12:51PM  10    THEY SUBPOENAED THE LIS BUT DIDN'T GET IT, DIDN'T DO ANY

12:51PM  11    ANALYSIS, AND THEN INDICTED SUNNY WITH AN ALLEGATION THAT

12:51PM  12    THERANOS'S TECHNOLOGY WAS NOT CAPABLE OF CONSISTENTLY PRODUCING

12:52PM  13    ACCURATE AND RELIABLE RESULTS.

12:52PM  14        THE COPY FROM THERANOS'S LAWYERS ARRIVED TWO MONTHS LATER

12:52PM  15    ON ONE OF THOSE LITTLE PORTABLE USB DRIVES.  BUT THE GOVERNMENT

12:52PM  16    TECHNOLOGIST HAD PROBLEMS OPENING IT, AND THE DEPARTMENT OF

12:52PM  17    JUSTICE LEARNED THAT THEY COULDN'T OPEN THE HARD DRIVE TO LOOK

12:52PM  18    AT THE DATA.  AND THAT CONTINUED UNTIL OCTOBER 5TH.

12:52PM  19        AND ANOTHER TECHNOLOGY SPECIALIST AT THE GOVERNMENT TOLD

12:52PM  20    THE INVESTIGATORS AND PROSECUTORS IN THIS CASE THAT THEY

12:52PM  21    COULDN'T OPEN THE LIS, YOU SHOULD JUST GO GET THE SERVERS FROM

12:52PM  22    THERANOS THAT HOUSED THE HARD DRIVES.  AND AT THAT TIME THE

12:52PM  23    SERVERS WERE IN STORAGE.

12:52PM  24        BUT YOU'LL LEARN THAT THE GOVERNMENT NEVER OBTAINED THE

12:52PM  25    LIS, AND THEY NEVER DID ANY OF THAT ANALYSIS, ANALYSIS KIND OF

12:52PM  1    LIKE WHAT THERANOS DID TO SHOW THE FDA THAT THERANOS'S DEVICE

12:52PM  2    MET FDA STANDARDS.

12:52PM  3         AND THE REASON I MENTION ALL OF THIS IS THAT YOU'RE GOING

12:53PM  4    TO LEARN, AND AS I SHOWED YOU, THERANOS'S TEST MENU, THERANOS

12:53PM  5    OFFERED UP TO 269 TESTS TO THE PUBLIC ON ITS MENU.

12:53PM  6         THE INDICTMENT IN THIS CASE REFERENCED THREE PATIENTS,

12:53PM  7    THREE PATIENTS, THREE TESTS.  AND 269 TESTS WERE OFFERED ON

12:53PM  8    THERANOS'S MENU.

12:53PM  9         IN THE THREE-PLUS YEARS THAT THERANOS WAS IN OPERATION,

12:53PM 10    THERANOS RESULTED, REPORTED 9 MILLION PATIENT RESULTS,

12:53PM 11    9 MILLION OVER THE THREE AND A HALF-PLUS YEARS.

12:53PM 12         THE GOVERNMENT ALLEGES, AGAIN, THREE PATIENTS IN THE

12:53PM 13    INDICTMENT, THREE TESTS, THREE RESULTS.

12:53PM 14         BUT WHAT YOU'RE GOING TO LEARN EVEN ABOUT THOSE THREE

12:53PM 15    PATIENTS WHO WILL COME AND TESTIFY BEFORE YOU, FOR ONE OF THOSE

12:53PM 16    PATIENTS NOT ONLY DID THE GOVERNMENT DO AN ANALYSIS OF THE

12:53PM 17    TESTING THAT THAT PATIENT UNDERWENT OR WHAT DATA LOOKED LIKE

12:53PM 18    WITHIN THERANOS WHEN THAT PATIENT GOT TESTED, THE GOVERNMENT

12:54PM 19    DOESN'T EVEN HAVE THAT PATIENT'S FIRST TEST RESULT, THE LITTLE

12:54PM 20    REPORT THAT THE PATIENT CLAIMS WAS WRONG, WHICH THAT'S NO FAULT

12:54PM 21    OF THE PATIENT, I MEAN, THEY THINK THERE'S AN ISSUE WITH THE

12:54PM 22    TEST, THAT'S FINE.

12:54PM 23         AND YOU'LL LEARN THE THING TO DO TO FIGURE OUT WHETHER

12:54PM 24    THERE'S A REAL PROBLEM WITH THAT TEST WOULD HAVE BEEN TO GO TO

12:54PM 25    LIS AND INVESTIGATE.  NONE OF THAT HAPPENED HERE.

12:54PM  1      ANOTHER PATIENT YOU'RE GOING TO HEAR FROM IN THIS TRIAL

12:54PM  2   GOT AN HIV TEST.  BUT YOU KNOW WHAT?  THE HIV TEST WAS

12:54PM  3   ACCURATE.  IT WAS NEGATIVE FOR HIV.

12:54PM  4      AND YOU'RE ALSO GOING TO LEARN THAT HIV TEST WAS NOT RUN

12:54PM  5   ON THERANOS TECHNOLOGY.  IT WAS RUN ON ANOTHER COMPANY'S FDA

12:54PM  6   APPROVED TECHNOLOGY, BUT THE GOVERNMENT DIDN'T DO ANY ANALYSIS

12:54PM  7   TO FIGURE OUT WHETHER THERANOS HAD A HISTORY OF HIV PROBLEMS IN

12:54PM  8   THAT TEST PRIOR TO THAT PATIENT REPORTING OR VISITING THERANOS.

12:54PM  9   AND YOU'RE CERTAINLY GOING TO SEE NO EVIDENCE THAT SUNNY KNEW

12:54PM 10   ANYTHING WAS WRONG WITH THAT TEST.

12:54PM 11      YOU'RE GOING TO HEAR FROM A HANDFUL OF PATIENTS, THREE,

12:55PM 12   FOUR, MAYBE FIVE WHO ARE GOING TO TALK ABOUT A FEW TESTS, BUT

12:55PM 13   THE GOVERNMENT DID NO ANALYSIS OF ALL OF THERANOS'S PATIENT

12:55PM 14   TESTING DATA AND THE RELATED QUALITY CONTROL DATA OR EFFICIENCY

12:55PM 15   TESTING DATA TO FIGURE OUT WHETHER THE PROBLEM WAS A HUMAN

12:55PM 16   ERROR IN THE COLLECTION, MAYBE THE FINGERSTICK SAMPLE WAS TAKEN

12:55PM 17   WRONG, MAYBE THE VEIN DRAW WAS TAKEN WRONG, MAYBE THE

12:55PM 18   TECHNICIAN WHO RAN THE TEST WAS VERY BAD --

12:55PM 19           MR. LEACH:  YOUR HONOR, I'M SORRY.

12:55PM 20           THE COURT:  COUNSEL, EXCUSE ME.

12:55PM 21           MR. CAZARES:  I AM WRAPPING UP.

12:55PM 22           THE COURT:  THIS IS OPENING STATEMENT, NOT CLOSING

12:55PM 23   ARGUMENT.

12:55PM 24      EXCUSE ME.  LET ME FINISH MY STATEMENT.

12:55PM 25           MR. CAZARES:  I APOLOGIZE.

DEFENDANT'S OPENING STATEMENT

12:55PM 1          THE COURT:  YOU CAN FINISH YOUR OPENING STATEMENT

12:55PM 2     AND NOT MOVE INTO ARGUMENT.

12:55PM 3          MR. CAZARES:  YES.  THANK YOU.

12:55PM 4          THE COURT:  PLEASE PROCEED.

12:55PM 5          MR. CAZARES:  THE GOVERNMENT DIDN'T OBTAIN THE

12:55PM 6     9 MILLION PATIENT RESULTS, AND YOU ARE GOING TO SEE AND LEARN

12:55PM 7     THEY DIDN'T ANALYZE THE TESTING DATA.  AND THAT IS WHY WE ASK

12:55PM 8     YOU TO KEEP AN OPEN MIND WHEN YOU HEAR AND SEE THE EVIDENCE IN

12:55PM 9     THIS CASE.  WAIT TO HEAR ALL OF THE EVIDENCE, NOT JUST THE

12:56PM 10    HEADLINE OR WHEN AN EMAIL SHOWS A BAD QUALITY CONTROL.

12:56PM 11         A PATIENT IS RAISING A QUESTION ABOUT A TEST.  WAIT TO

12:56PM 12    HEAR THE EVIDENCE.  WELL, DOES ANYONE REALLY KNOW WHAT HAPPENED

12:56PM 13    TO THAT PATIENT'S TEST OR WHY THE QUALITY CONTROL FAILED?  WAIT

12:56PM 14    FOR THAT EVIDENCE OR THE LACK OF IT BECAUSE WE THINK IF YOU

12:56PM 15    WAIT AND KEEP AN OPEN MIND, LISTEN AND HEAR ALL OF THE

12:56PM 16    EVIDENCE, YOU WILL CONCLUDE THAT THE GOVERNMENT CANNOT PROVE

12:56PM 17    THEIR ALLEGATIONS.  THEY CANNOT PROVE THAT THERANOS'S

12:56PM 18    TECHNOLOGY WAS NOT CAPABLE OF CONSISTENTLY PRODUCING ACCURATE

12:56PM 19    AND RELIABLE RESULTS.

12:56PM 20         THAT'S WHY AT THE END OF THIS TRIAL MY COCOUNSEL,

12:56PM 21    MR. COOPERSMITH, WILL HAVE A CHANCE TO TALK TO YOU ABOUT THE

12:56PM 22    EVIDENCE, ALL OF THE EVIDENCE INTRODUCED IN THIS TRIAL, AND

12:56PM 23    HE'LL CONNECT THE DOTS FOR YOU AND SHOW YOU HOW AND WHY THE

12:56PM 24    EVIDENCE SHOWS THAT THE GOVERNMENT CANNOT PROVE THE

12:56PM 25    ALLEGATIONS, EACH ELEMENT OF EACH CHARGE BEYOND A REASONABLE

```
12:56PM   1        DOUBT.

12:56PM   2             AND THAT'S WHY WE WILL ASK YOU TO FIND SUNNY BALWANI NOT

12:57PM   3        GUILTY OF EACH AND EVERY COUNT.

12:57PM   4             THANK YOU VERY MUCH FOR YOUR TIME AND ATTENTION.

12:57PM   5             THANK YOU VERY MUCH, YOUR HONOR.

12:57PM   6             THE COURT:  THANK YOU, COUNSEL.

12:57PM   7             LADIES AND GENTLEMEN, AS I TOLD YOU, WE WILL BREAK TODAY.

12:57PM   8        TODAY WE'RE GOING TO FINISH AT 2:30.

12:57PM   9             WHAT I'D LIKE TO DO IS TO HAVE ABOUT A -- LET'S TAKE A 30

12:57PM  10        MINUTE BREAK NOW TO HOPEFULLY ALLOW YOU TO GET SOME

12:57PM  11        REFRESHMENTS.

12:57PM  12             AND THE GOVERNMENT WILL HAVE A WITNESS AVAILABLE AT 1:30?

12:57PM  13             MR. BOSTIC:  YES, YOUR HONOR.

12:57PM  14             THE COURT:  ALL RIGHT.  THANK YOU.  LET'S TAKE OUR

12:57PM  15        RECESS, PLEASE, AND WE'LL RECONVENE AT 1:30.  THANK YOU.

12:58PM  16        (JURY OUT AT 12:58 P.M.)

12:58PM  17             THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

12:58PM  18        YOU.

12:58PM  19             THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR THE

12:58PM  20        BREAK.

12:58PM  21             ANYTHING EITHER PARTY WANTS TO PUT ON THE RECORD BEFORE WE

12:58PM  22        BREAK, BEFORE I STEP DOWN?

12:58PM  23             MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

12:58PM  24             THE COURT:  YES, OF COURSE.

12:58PM  25        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)
```

1113

| | | |
|---|---|---|
| 12:58PM | 1 | MR. LEACH:  VERY BRIEFLY, YOUR HONOR. |
| 12:58PM | 2 | IN MOTION PRACTICE THERE WAS SUBSTANTIAL DEBATE ABOUT |
| 12:58PM | 3 | WHETHER OR NOT THE DEFENSE WOULD OPEN THE DOOR TO ISSUES |
| 12:58PM | 4 | RELATING TO THE LIS. |
| 12:58PM | 5 | I DON'T THINK THAT DOOR COULD HAVE BEEN MORE WIDELY OPEN |
| 12:58PM | 6 | THROUGH THE OPENING STATEMENT, AND I DID NOT OBJECT IN THE |
| 12:59PM | 7 | MOMENT.  BUT I THINK IT'S OBVIOUS THAT DOOR IS OPEN, AND I WANT |
| 12:59PM | 8 | TO SAY THAT THAT'S THE GOVERNMENT'S POSITION AT THIS POINT. |
| 12:59PM | 9 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:59PM | 10 | MR. COOPERSMITH:  YOUR HONOR, AS I SAID IN OUR |
| 12:59PM | 11 | MOTION PRACTICE, I KNOW THAT WE HAVE OPENED THE DOOR TO |
| 12:59PM | 12 | SOMETHING, AND I THINK WE HAVE TO HAVE FURTHER DISCUSSIONS AS |
| 12:59PM | 13 | TO EXACTLY WHAT THAT IS. |
| 12:59PM | 14 | I BELIEVE THE GOVERNMENT CAN DEFEND ITSELF AND ARGUE THAT |
| 12:59PM | 15 | IT WASN'T THEIR FAULT.  THEY CAN PROBABLY ARGUE THAT IT'S |
| 12:59PM | 16 | THERANOS'S FAULT. |
| 12:59PM | 17 | BEYOND THAT, I DON'T THINK SO. |
| 12:59PM | 18 | SO I THINK THIS IS GOING TO NEED ADDITIONAL DISCUSSION AND |
| 12:59PM | 19 | BRIEFING, YOU KNOW, BEYOND WHAT WE HAVE TIME FOR RIGHT THIS |
| 12:59PM | 20 | MOMENT. |
| 12:59PM | 21 | BUT THE QUESTION IS NOT WHETHER WE OPEN THE DOOR.  I AGREE |
| 12:59PM | 22 | WITH MR. LEACH THAT WE HAVE. |
| 12:59PM | 23 | THE QUESTION IS WHAT WE OPENED THE DOOR TO. |
| 12:59PM | 24 | THE COURT:  WELL, I SUPPOSE YOU'RE ASKING ME TO LOOK |
| 12:59PM | 25 | AT THE SIZE OF THE DOOR.  SOMETIMES EVEN A SMALL DOOR CAN OPEN |

```
12:59PM   1        TO A WIDE PASTURE, CAN'T IT?

12:59PM   2              MR. COOPERSMITH:  SOMETIMES THAT'S TRUE.

12:59PM   3              THE COURT:  AND THAT'S WHAT WE'LL HAVE TO DISCOVER

12:59PM   4     IS WHAT IS THE GEOGRAPHY OF THE OPENED DOOR.

12:59PM   5         SO THANK YOU FOR THAT.  I DID NOTICE THAT.  I'LL NEED TO

01:00PM   6     REFRESH MYSELF WITH THE TRANSCRIPT ALSO TO SEE WHAT THE

01:00PM   7     GEOGRAPHICAL LIMITS MIGHT BE.

01:00PM   8         SO ENJOY YOUR BREAK.  WE'LL SEE YOU BACK AT 1:30.

01:00PM   9              MR. LEACH:  THANK YOU.

01:00PM  10         (LUNCH RECESS TAKEN AT 1:00 P.M.)

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25
```

```
01:00PM    1                      AFTERNOON SESSION

01:36PM    2            (JURY IN AT 1:36 P.M.)

01:36PM    3            THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

01:37PM    4    ARE PRESENT.  MR. BALWANI IS PRESENT.

01:37PM    5        THE JURY AND ALTERNATES ARE PRESENT.

01:37PM    6        DOES THE GOVERNMENT HAVE A WITNESS TO CALL?

01:37PM    7            MR. BOSTIC:  YES, YOUR HONOR.

01:37PM    8        THE UNITED STATES CALLED ERIKA CHEUNG.

01:37PM    9            THE COURT:  ALL RIGHT.  THANK YOU.

01:37PM   10        GOOD AFTERNOON.

01:37PM   11            THE WITNESS:  GOOD AFTERNOON.

01:37PM   12            THE COURT:  IF YOU WOULD STAND BY OUR COURTROOM

01:37PM   13    DEPUTY AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

01:37PM   14            THE CLERK:  RAISE YOUR RIGHT HAND.

01:38PM   15        (GOVERNMENT'S WITNESS, ERIKA CHEUNG, WAS SWORN.)

01:38PM   16            THE WITNESS:  YES.

01:38PM   17            THE COURT:  PLEASE HAVE A SEAT.  MAKE YOURSELF

01:38PM   18    COMFORTABLE.  FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS

01:38PM   19    YOU NEED.

01:38PM   20        I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

01:38PM   21        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

01:38PM   22    AND THEN SPELL IT, PLEASE.

01:38PM   23            THE WITNESS:  OKAY.  MY NAME IS ERIKA CHEUNG, AND

01:38PM   24    THAT'S SPELLED E-R-I-K-A, CHEUNG, C-H-E-U-N-G.

01:38PM   25            THE COURT:  THANK YOU.
```

01:38PM  1           COUNSEL.

01:38PM  2                       **DIRECT EXAMINATION**

01:38PM  3      BY MR. BOSTIC:

01:38PM  4      Q.   GOOD AFTERNOON, MS. CHEUNG.

01:38PM  5      A.   GOOD AFTERNOON.

01:38PM  6      Q.   IF YOU ARE FULLY VACCINATED, I UNDERSTAND THAT THE COURT

01:38PM  7      WILL ALLOW YOU TO TESTIFY WITHOUT A MASK?

01:38PM  8      A.   OKAY.  I'M FULLY VACCINATED.

01:38PM  9                 THE COURT:  YES.  PLEASE.

01:38PM 10      BY MR. BOSTIC:

01:38PM 11      Q.   MS. CHEUNG, WAS THERE A TIME WHEN YOU WORKED FOR A COMPANY

01:38PM 12      CALLED THERANOS?

01:38PM 13      A.   YES.

01:38PM 14      Q.   AND WHEN YOU WERE AT THERANOS, WHAT WAS YOUR JOB TITLE AND

01:38PM 15      WHAT DID YOU DO THERE?

01:38PM 16      A.   MY JOB TITLE WAS LAB ASSOCIATE, AND I STARTED IN THE

01:38PM 17      COMPANY WORKING IN THE RESEARCH AND DEVELOPMENT LAB.

01:38PM 18           AND THEN I WAS TRANSITIONED TO TAKING THE PRODUCTS THAT WE

01:38PM 19      DEVELOPED IN RESEARCH AND DEVELOPMENT INTO THE CLINICAL LAB.

01:39PM 20           AND THE TITLE WAS THE SAME FOR BOTH POSITIONS.

01:39PM 21      Q.   THANK YOU.

01:39PM 22           DO YOU REMEMBER WHAT YOUR APPROXIMATE DATES OF EMPLOYMENT

01:39PM 23      WERE AT THE COMPANY?

01:39PM 24      A.   I WORKED AT THERANOS OCTOBER OF 2013 TO APRIL OF 2014.

01:39PM 25      Q.   AND HOW DID YOUR EMPLOYMENT END?  WERE YOU TERMINATED OR

01:39PM   1      LAID OFF?  DID YOU RESIGN?

01:39PM   2      A.   I RESIGNED.

01:39PM   3      Q.   AND WHY DID YOU RESIGN FROM YOUR JOB IN APRIL OF 2014?

01:39PM   4      A.   I RESIGNED FROM THERANOS BECAUSE I WAS UNCOMFORTABLE WITH

01:39PM   5      THE FACT THAT WE WERE TESTING ON PATIENTS WITHOUT -- WITH

01:39PM   6      TECHNOLOGY THAT I FELT WASN'T PRODUCING RELIABLE RESULTS FOR

01:39PM   7      THOSE PATIENTS.

01:39PM   8      Q.   I'D LIKE TO ASK YOU SOME MORE ABOUT THAT, BUT FIRST IF I

01:39PM   9      COULD ASK YOU A COUPLE OF QUESTIONS ABOUT YOUR BACKGROUND.

01:39PM  10           CAN YOU SUMMARIZE YOUR EDUCATION FOR US, PLEASE?

01:39PM  11      A.   I -- AT THE TIME AT THERANOS I HAD RECENTLY RECEIVED MY

01:39PM  12      UNDERGRADUATE DEGREE FROM THE UNIVERSITY OF CALIFORNIA BERKELEY

01:40PM  13      IN MOLECULAR AND CELL BIOLOGY AND LINGUISTICS.

01:40PM  14      Q.   AND HAD YOU HAD ANY EMPLOYMENT HISTORY IN BETWEEN

01:40PM  15      OBTAINING YOUR DEGREE AND WORKING AT THERANOS?

01:40PM  16      A.   BETWEEN OBTAINING -- NO.  THIS WAS MY FIRST JOB OUT OF

01:40PM  17      COLLEGE.

01:40PM  18      Q.   CAN YOU TELL US HOW YOU FIRST HEARD ABOUT THERANOS AND HOW

01:40PM  19      YOU BECAME AWARE OF THE JOB AT THE COMPANY?

01:40PM  20      A.   I FIRST LEARNED ABOUT THERANOS AT A JOB CAREER FAIR THAT

01:40PM  21      WAS ON THE UNIVERSITY'S CAMPUS.

01:40PM  22           AND ESSENTIALLY WHEN I HAD ARRIVED THERE, THERE WASN'T A

01:40PM  23      LOT OF COMPANIES THAT WERE IN BIOTECHNOLOGY, EXCEPT FOR

01:40PM  24      THERANOS, AND THEY HAD A LINE OUT THE DOOR OF PEOPLE REALLY

01:40PM  25      WANTING TO WORK FOR THEM.

01:40PM   1        AND SO I WAITED IN LINE TO TALK TO THE RECRUITER, AND THEY

01:40PM   2   BASICALLY TOLD ME THAT THEY WERE LOOKING FOR ENTRY LEVEL

01:40PM   3   SCIENTISTS AND ASSOCIATES.

01:40PM   4   Q.   SO IT SOUNDS LIKE THERE WAS SOME EXCITEMENT ABOUT THE

01:40PM   5   COMPANY IN GENERAL?

01:40PM   6   A.   THERE WAS A LOT OF EXCITEMENT ABOUT THE COMPANY.  I THINK

01:41PM   7   AT THAT TIME, ASIDE FROM WHAT PEOPLE WERE TALKING ABOUT

01:41PM   8   SPECIFICALLY IN THE VALLEY, THERE WASN'T A TON KNOWN EXCEPT FOR

01:41PM   9   THEIR WEBSITE AND MAYBE ABOUT TWO ARTICLES, ONE FROM "THE

01:41PM  10   WALL STREET JOURNAL" AND ANOTHER ABOUT WHAT THE COMPANY WAS

01:41PM  11   DOING AND A COUPLE YOUTUBE VIDEOS.

01:41PM  12   Q.   WERE YOU PERSONALLY EXCITED ABOUT THE PROSPECT OF THE

01:41PM  13   COMPANY AT THAT TIME?

01:41PM  14   A.   I WAS VERY EXCITED TO BE APART OF THE COMPANY.

01:41PM  15   Q.   AND YOU SAID NOT MUCH WAS KNOWN.

01:41PM  16        WHAT DID YOU KNOW ABOUT THE COMPANY AT THE TIME THAT MADE

01:41PM  17   YOU EXCITED ABOUT IT?

01:41PM  18   A.   THERE WAS A NUMBER OF THINGS.  I THINK A BIG ONE WAS

01:41PM  19   THERANOS WAS CREATING THIS SORT OF INNOVATIVE TECHNOLOGY WHERE

01:41PM  20   INSTEAD OF GETTING ALL OF YOUR BLOOD DIAGNOSTICS BY VENOUS DRAW

01:41PM  21   YOU CAN DO IT BY FINGERSTICK.  SO THAT WAS REALLY EXCITING TO

01:41PM  22   SEE WHAT THEY WERE WORKING ON, AND THE SCIENCE SEEMED VERY

01:41PM  23   COMPELLING TO START OFF AS A -- START OFF MY CAREER.

01:41PM  24        I WAS REALLY ATTRACTED TO THE FOUNDER OF THE COMPANY WHO

01:41PM  25   HAD DROPPED OUT OF STANFORD AT AGE 19 TO START THIS COMPANY,

CHEUNG DIRECT BY MR. BOSTIC

01:42PM  1    AND SHE SEEMED TO HAVE A LOT OF CHARISMA ABOUT HER, AND IT JUST

01:42PM  2    SEEMED LIKE AN INTERESTING PERSON TO WORK WITH.

01:42PM  3        THE BLOOD TESTS WERE ALSO AFFORDABLE, AND THEY HAD PRICE

01:42PM  4    TRANSPARENCY AROUND THEM, SO IT SEEMED LIKE A GOOD OPPORTUNITY

01:42PM  5    TO HELP SUPPORT IN MAKING HEALTH CARE MORE ACCESSIBLE FOR

01:42PM  6    PEOPLE, WHICH WAS A BIG PERSONAL MISSION OF MINE.

01:42PM  7        AND IT WAS JUST -- IT SEEMED LIKE AN UP AND COMING

01:42PM  8    COMPANY, AND SO I WAS JUST REALLY HAPPY THAT I COULD

01:42PM  9    POTENTIALLY HAVE AN OPPORTUNITY TO WORK THERE STRAIGHT OUT OF

01:42PM  10   COLLEGE.

01:42PM  11   Q.   YOU MENTIONED THE FOUNDER OF THE COMPANY.

01:42PM  12        ARE YOU REFERRING TO ELIZABETH HOLMES?

01:42PM  13   A.   YES.

01:42PM  14   Q.   DID THAT INTEREST CAUSE YOU TO PURSUE A JOB AT THERANOS?

01:42PM  15   A.   YES.

01:42PM  16   Q.   AND WHAT WERE THE STEPS IN PURSUING THAT JOB?

01:42PM  17   A.   SO PURSUING THAT JOB, THE FIRST STEP IS THAT I GAVE AT

01:42PM  18   THAT CAREER FAIR MY RESUME TO ONE OF THE RECRUITERS.

01:42PM  19        THE RECRUITERS BASICALLY CALLED ME BACK AND SAID, HEY, WE

01:42PM  20   HAVE JOB OPPORTUNITIES.  I DIDN'T REALLY KNOW WHAT JOB I WAS

01:43PM  21   INTERVIEWING FOR.

01:43PM  22        BUT AFTER THAT I MET ON THE PHONE WITH ONE OF THE HR

01:43PM  23   MANAGERS, AND THEN THE PRODUCT MANAGER, AND THEN WENT IN FOR AN

01:43PM  24   INTERVIEW WITH TWO SCIENTISTS, AND THEN I HAD A FINAL INTERVIEW

01:43PM  25   WITH SUNNY BALWANI AND ELIZABETH HOLMES.

01:43PM  1    Q.   WHEN YOU INTERVIEWED WITH MR. BALWANI AND MS. HOLMES, WERE

01:43PM  2    THOSE INTERVIEWS TOGETHER OR DID YOU SPEAK TO THEM

01:43PM  3    INDIVIDUALLY?

01:43PM  4    A.   I SPOKE TO THEM INDIVIDUALLY, AND THEY WERE BACK TO BACK.

01:43PM  5    Q.   AND WHAT DO YOU REMEMBER ABOUT THOSE CONVERSATIONS?

01:43PM  6         FIRST LET'S START WITH YOUR CONVERSATION WITH MS. HOLMES,

01:43PM  7    IF YOU REMEMBER ANY.

01:43PM  8    A.   SO MY CONVERSATION WITH MS. HOLMES, I REMEMBER BASICALLY

01:43PM  9    GOING IN THERE, AND SHE WAS MY LAST INTERVIEW BEFORE I GOT THE

01:43PM 10    JOB.

01:43PM 11         WE TALKED A LITTLE BIT ABOUT WHAT WOULD BE ENTAILED

01:43PM 12    BECAUSE I STILL WASN'T VERY SURE WHAT JOB I WAS APPLYING FOR,

01:43PM 13    SO SHE SUGGESTED INSTEAD OF PUTTING ME IN THE CLINICAL SETTING,

01:44PM 14    PUTTING ME IN THE RESEARCH LAB.

01:44PM 15         I TRIED TO ASK HER A COUPLE OF QUESTIONS ABOUT THE

01:44PM 16    TECHNOLOGY, BUT, THEY'RE LIKE, YOU'LL FIND OUT ONCE YOU WORK

01:44PM 17    FOR THE COMPANY.

01:44PM 18         AND I THINK THERE WAS -- AT THAT TIME THERE WAS A BIT OF

01:44PM 19    STAR STRUCKNESS AND WAS, LIKE, OH, I GET AN OPPORTUNITY TO MEET

01:44PM 20    WITH THE FOUNDER OF THE COMPANY EVEN THOUGH I'M JUST APPLYING

01:44PM 21    FOR AN ENTRY LEVEL POSITION.

01:44PM 22         SO I WAS A BIT SURPRISED THAT SHE WAS WILLING TO PUT IN

01:44PM 23    THAT TIME AND ENERGY TO INTERVIEW ME.

01:44PM 24    Q.   AND THEN SAME QUESTION FOR YOUR CONVERSATION WITH

01:44PM 25    MR. BALWANI.

01:44PM 1        ACTUALLY LET ME ASK, WHAT WAS YOUR UNDERSTANDING AT THE

01:44PM 2    TIME OF MR. BALWANI'S POSITION AT THE COMPANY?

01:44PM 3    A.   MR. BALWANI WAS THE COO OF THE COMPANY.

01:44PM 4    Q.   AND DID YOU HAVE AN UNDERSTANDING AS TO WHERE THAT PUT HIM

01:44PM 5    IN THE ORG CHART RELATIVE TO MS. HOLMES, FOR EXAMPLE?

01:44PM 6    A.   I WAS UNDER THE IMPRESSION THAT THEY WERE KIND OF WORKING

01:44PM 7    SIDE BY SIDE, THAT THEY WERE BOTH AT THE TOP TIER OF THE

01:44PM 8    COMPANY.

01:44PM 9    Q.   AND WHAT DO YOU REMEMBER FROM YOUR INTERVIEW WITH

01:45PM 10   MR. BALWANI WHEN YOU WERE APPLYING FOR THE JOB?

01:45PM 11   A.   I REMEMBER IT WAS INITIALLY A LITTLE TOUGH, AND HE ASKED

01:45PM 12   ME A LOT OF QUESTIONS ABOUT MY PRIOR EXPERIENCE.

01:45PM 13       I WORKED AT A LAB AT UCSF.  HE WAS REALLY CURIOUS AS TO

01:45PM 14   WHY I DOUBLE MAJORED IN LINGUISTICS AND THAT SEEMED KIND OF

01:45PM 15   ODD.  AND I TOLD HIM THAT WAS A HOBBY OF MINE.

01:45PM 16       AND HE SEEMED TO BE SORT OF, YEAH, JUST ASKING ME LOTS OF

01:45PM 17   QUESTIONS BUT SOFTENED WHEN I TALKED ABOUT THE FACT THAT I WAS

01:45PM 18   REALLY INTERESTED WITH ELIZABETH HOLMES AND WAS REALLY

01:45PM 19   IMPRESSED WITH WHAT THE COMPANY WAS DOING, AND EVEN THERE WAS

01:45PM 20   NOT A LOT KNOWN BY THEM, BUT THERE SEEMED AT LEAST AS AN

01:45PM 21   OUTSIDER THERE WAS LOTS OF INTERESTING THINGS.

01:45PM 22       AND AFTER THAT MOMENT THEN HE SAID, OKAY, WAIT HERE, AND

01:45PM 23   WE'LL HAVE ELIZABETH CONDUCT THE FINAL INTERVIEW.

01:45PM 24   Q.   AFTER THOSE TWO FINAL INTERVIEWS, DID YOU RECEIVE AN OFFER

01:45PM 25   OF EMPLOYMENT FROM THERANOS?

01:45PM  1    A.   YES.

01:45PM  2    Q.   AND DID YOU ACCEPT?

01:45PM  3    A.   YES.

01:45PM  4    Q.   WHEN YOU STARTED AT THE COMPANY, DID YOU SIGN AN NDA, A

01:46PM  5    NONDISCLOSURE AGREEMENT?

01:46PM  6    A.   YES.

01:46PM  7    Q.   AND WHAT DO YOU REMEMBER GENERALLY, IF ANYTHING, ABOUT HOW

01:46PM  8    CONFIDENTIAL INFORMATION OR SECRET INFORMATION WAS HANDLED AT

01:46PM  9    THERANOS?

01:46PM  10   A.   WE WERE -- SO BEFORE I EVEN JOINED THE COMPANY EVEN WHILE

01:46PM  11   INTERVIEWING, THEY HAD ME SIGN AN NDA.

01:46PM  12        WHEN WE FIRST JOINED THE COMPANY, THEY ALSO HAD US SIGN AN

01:46PM  13   NDA.

01:46PM  14        AND THEN WE HAD AN INTRODUCTORY INTERVIEW WITH

01:46PM  15   CHRISTIAN HOLMES, WHO WAS ONE OF THE LEAD PRODUCT MANAGERS OF

01:46PM  16   THE COMPANY.  AND HE ESSENTIALLY TOLD US THAT CONFIDENTIALITY

01:46PM  17   WAS VERY IMPORTANT FOR THE COMPANY, THAT THEY DIDN'T WANT

01:46PM  18   COMPETITORS TO KNOW ABOUT TRADE SECRETS, ABOUT THE TECHNOLOGY

01:46PM  19   THAT WE WERE WORKING ON.

01:46PM  20        AND EVEN TO THE EXTENT THAT WE WERE NOT ALLOWED TO PUT ON

01:46PM  21   OUR LINKEDIN THAT WE WORKED FOR THE COMPANY, AND WE HAD TO BE

01:46PM  22   QUITE VAGUE ABOUT WHAT OUR ROLES AND RESPONSIBILITIES AND

01:46PM  23   DUTIES WERE TO ENSURE THAT NO COMPETITORS WOULD FIND OUT WHAT

01:47PM  24   WE WERE WORKING ON OR ANY EXTERNAL ORGANIZATIONS KNEW EXACTLY

01:47PM  25   WHAT WAS HAPPENING INTERNALLY.

CHEUNG DIRECT BY MR. BOSTIC

01:47PM 1    Q.   AND YOU MENTIONED THE NAME CHRISTIAN HOLMES.

01:47PM 2         IS THAT PERSON RELATED TO ELIZABETH HOLMES?

01:47PM 3    A.   THAT'S HER BROTHER.

01:47PM 4    Q.   WHEN YOU FIRST STARTED AT THE COMPANY, WHAT WAS YOUR

01:47PM 5    UNDERSTANDING OF WHAT BUSINESS THE COMPANY WAS IN?  WHAT WAS IT

01:47PM 6    DOING?

01:47PM 7    A.   SO MY UNDERSTANDING WAS THAT THE BUSINESS WAS ESSENTIALLY

01:47PM 8    CREATING THESE MEDICAL DEVICES AND THESE BLOOD TESTING MACHINES

01:47PM 9    WHERE, AGAIN, WE WOULD BE ABLE TO TAKE A FINGERSTICK OF BLOOD

01:47PM 10   AND PROCESS ALL OF THE DIFFERENT BLOOD SAMPLES THAT A PATIENT

01:47PM 11   WOULD NORMALLY ORDER WHEN THEY WOULD GO SEE A DOCTOR.

01:47PM 12        SO IT WAS A COMBINATION BETWEEN THIS MEDICAL DEVICE

01:47PM 13   COMPANY IN ADDITION TO PATIENT SERVICES.  SO WE WERE ALSO EN

01:47PM 14   ROUTE -- ALREADY IN THE PROGRESS WHEN I STARTED WORKING FOR THE

01:48PM 15   COMPANY OF ACTIVELY TESTING PATIENTS.

01:48PM 16   Q.   SO LET'S TAKE THOSE TWO AREAS ONE AT A TIME.

01:48PM 17   A.   OKAY.

01:48PM 18   Q.   FIRST, YOU MENTIONED DEVELOPING MEDICAL DEVICES TO TEST

01:48PM 19   BLOOD; IS THAT CORRECT?

01:48PM 20   A.   YES.

01:48PM 21   Q.   AND DID THERANOS HAVE ANY COMPETITORS IN THAT FIELD?

01:48PM 22   A.   YES.  SO THE TWO MAJOR COMPETITORS THAT WE TALKED ABOUT IN

01:48PM 23   THE COMPANY WERE LABCORP AND QUEST DIAGNOSTICS.

01:48PM 24   Q.   AND LET'S BREAK APART, IF WE CAN, THE FIELD OF CREATING

01:48PM 25   MEDICAL DEVICES AND THE FIELD OF TESTING BLOOD.

01:48PM  1    A.   YES.

01:48PM  2    Q.   SO THE BUSINESS OF LABCORP AND QUEST, WHICH BUCKET DID

01:48PM  3    THEY FALL INTO?  WERE THEY MEDICAL DEVICE COMPANIES OR BLOOD

01:48PM  4    TESTING LABS?

01:48PM  5    A.   THEY WERE BLOOD TESTING LABS.

01:48PM  6    Q.   OH, SO THEY WERE COMPETITORS TO THERANOS IN THAT AREA?

01:48PM  7    A.   YES.

01:48PM  8    Q.   AND HOW ABOUT IN THE DEVELOPING AND MANUFACTURING MEDICAL

01:48PM  9    DEVICES FIELD, DID THERANOS HAVE COMPETITORS IN THAT ACTIVITY?

01:49PM 10    A.   YES.

01:49PM 11    Q.   AND AS YOU UNDERSTOOD IT AT THE TIME, WHO WERE THE

01:49PM 12    COMPETITORS THERE?

01:49PM 13    A.   SO IN TERMS OF THE COMPETITORS, IN TERMS OF JUST BLOOD

01:49PM 14    DIAGNOSTIC DEVICES, THOSE ARE PEOPLE LIKE SIEMENS, DIASORIN,

01:49PM 15    BASICALLY ANYONE WHO DEVELOPED MEDICAL DEVICES THAT TEST BLOOD.

01:49PM 16        I MEAN, THERE WERE A COUPLE THAT DID FINGERSTICK

01:49PM 17    TECHNOLOGY, TOO.  YOU HAVE COMPANIES THAT DO BLOOD GLUCOSE

01:49PM 18    MONITORING OR I0STAT FINGERSTICK COLLECTION FOR EMERGENCY

01:49PM 19    VEHICLES, BUT THAT'S GENERALLY ANY COMPANY THAT DEVELOPS

01:49PM 20    MEDICAL DEVICES THAT YOU'RE ABLE TO TEST BLOOD IS THERANOS'S

01:49PM 21    COMPETITOR.

01:49PM 22    Q.   YOU MENTIONED SOME COMPANIES THAT DID FINGERSTICK TESTING.

01:49PM 23        WERE YOU AWARE IN 2013 OF THESE OTHER COMPANIES THAT WERE

01:49PM 24    ALSO DOING BLOOD TESTING BY FINGERSTICK?

01:49PM 25    A.   YES.

01:49PM  1    Q.   WHEN YOU STARTED AT THE COMPANY, CAN YOU TELL US ABOUT

01:50PM  2    YOUR INITIAL JOB TITLE AND YOUR ROLE AT THE COMPANY WHEN YOU

01:50PM  3    FIRST STARTED WORKING THERE?

01:50PM  4    A.   WHEN I FIRST STARTED WORKING FOR THE COMPANY, I WAS A LAB

01:50PM  5    ASSOCIATE FOR THE RESEARCH AND DEVELOPMENT LAB, SPECIFICALLY

01:50PM  6    FOCUSSED ON IMMUNOASSAYS, AND THAT TEAM WAS CALLED ELISA.

01:50PM  7    Q.   AND GENERALLY SPEAKING, WHAT DID THE RESEARCH AND

01:50PM  8    DEVELOPMENT LAB DO AT THERANOS?

01:50PM  9    A.   SO THE RESEARCH AND DEVELOPMENT LAB WAS ESSENTIALLY

01:50PM  10   CREATING A LOT OF THESE TESTS THAT COULD BE RUN ON FINGERSTICK

01:50PM  11   ON THE PROPRIETARY DEVICE THAT THERANOS CREATED CALLED THE

01:50PM  12   EDISON.

01:50PM  13        SO THEY WERE IN CHARGE OF CREATING THE TEST AND VALIDATING

01:50PM  14   THEM AND MAKING SURE THAT DID THEY HIT THE STANDARDS NECESSARY

01:50PM  15   TO ACTUALLY TAKE THEM TO MARKET.  SO ARE THEY ACCURATE?  DO

01:50PM  16   THEY SHOW CONSISTENT RESULTS?

01:50PM  17        AND ONCE WE HAD DONE THAT VALIDATION, YOU WOULD SORT OF

01:50PM  18   CARRY OFF THE TEST TO THE CLINICAL SETTING WHERE THE PATIENT

01:50PM  19   PROCESSING HAPPENED.

01:51PM  20   Q.   IS IT CORRECT THEN THAT FOR A GIVEN TEST OR ASSAY, THE R&D

01:51PM  21   WORK GENERALLY HAPPENS BEFORE THE TEST IS MOVED INTO THE

01:51PM  22   CLINICAL LAB?

01:51PM  23   A.   YES.

01:51PM  24   Q.   DOES THAT MEAN THAT THE R&D WORK IS COMPLETE BEFORE THE

01:51PM  25   TEST IS USED ON ACTUAL PATIENTS?

01:51PM  1    A.   YES.

01:51PM  2    Q.   WHEN YOU WERE WORKING IN THE R&D LAB, WHAT WAS THE

01:51PM  3    STRUCTURE OF THAT DEPARTMENT AT THE TIME?  HOW DID YOU FIT INTO

01:51PM  4    THE ORG CHART?

01:51PM  5    A.   TO THE ORG CHART?

01:51PM  6         SO THE WAY THAT THE IMMUNOASSAY TEAM OR THE ELISA TEAM WAS

01:51PM  7    STRUCTURED AT THE TIME THAT I ENTERED THERE, YOU HAD THE CORE

01:51PM  8    ELISA TEAM WHICH AT THE TOP YOU HAD SHARADA WHO WAS A HEAD

01:51PM  9    SCIENTIST, AND THEN BELOW HER WERE TEAM LEADS, AND BELOW THAT

01:51PM  10   WERE SORT OF LIKE RESEARCH SCIENTISTS OR ASSOCIATES, AND THEN

01:51PM  11   BELOW THAT WERE LAB ASSOCIATES.

01:52PM  12        SO I WAS AT THE BOTTOM OF THE SORT OF ORGANIZATIONAL

01:52PM  13   STRUCTURE.

01:52PM  14   Q.   AND DID YOU SAY THAT SHARADA WAS IN CHARGE OF THAT GROUP?

01:52PM  15   A.   YES.

01:52PM  16   Q.   AND DID YOU KNOW AT THE TIME TO WHOM SHARADA REPORTED TO?

01:52PM  17   A.   SHARADA REPORTED TO SUNNY AND ELIZABETH.

01:52PM  18   Q.   YOU TESTIFIED THAT GENERALLY RESEARCH AND DEVELOPMENT WORK

01:52PM  19   FOR A TEST OCCURRED BEFORE A TEST WAS USED ON PATIENTS; IS THAT

01:52PM  20   RIGHT?

01:52PM  21   A.   GENERALLY, YES.

01:52PM  22   Q.   AND WHEN YOU STARTED WORKING AT THE COMPANY IN OCTOBER OF

01:52PM  23   2013, WAS THERANOS ALREADY OFFERING BLOOD TESTS TO PATIENTS?

01:52PM  24   A.   YES.

01:52PM  25   Q.   AND DOES THAT MEAN THAT THE COMPANY WASN'T DOING ANY R&D

01:52PM  1    WORK AT THE TIME?

01:52PM  2    A.    NO.

01:52PM  3    Q.    WHAT R&D WORK WAS THE COMPANY DOING STILL?

01:52PM  4    A.    SO THE COMPANY WAS STILL DOING VALIDATION STUDIES FOR

01:52PM  5    THESE TESTS THAT WE WERE TESTING ON PATIENTS.

01:52PM  6         SO THERE WAS STILL RESIDUAL RESEARCH AND DEVELOPMENT WORK

01:53PM  7    AND VALIDATION WORK THAT HAD TO OCCUR BEFORE WE WERE TESTING

01:53PM  8    THEM LIVE WITH PATIENTS, AND THERE WERE A LOT OF STUDIES EVEN

01:53PM  9    FOR THE TESTS THAT WERE LIVE FOR PATIENTS THAT WERE STILL

01:53PM  10   ONGOING.

01:53PM  11   Q.    AND SO THERE WAS CONTINUING RESEARCH AND DEVELOPMENT WORK

01:53PM  12   EVEN FOR TESTS THAT WERE ALREADY USED ON PATIENTS?

01:53PM  13   A.    YES.

01:53PM  14        MR. COOPERSMITH:  OBJECTION.  LEADING, YOUR HONOR.

01:53PM  15        THE COURT:  OVERRULED.  THE ANSWER MAY REMAIN.

01:53PM  16   YOU CAN ASK ANOTHER QUESTION.

01:53PM  17   BY MR. BOSTIC:

01:53PM  18   Q.    WHEN YOU WORKED IN -- LET ME, JUST TO CLARIFY, YOU

01:53PM  19   MENTIONED A TERM ELISA.  YOU WERE PART OF THE ELISA GROUP IN

01:53PM  20   R&D; IS THAT RIGHT?

01:53PM  21   A.    YES.

01:53PM  22   Q.    AND WHAT DOES THAT TERM "ELISA" REFER TO?

01:53PM  23   A.    ELISA IS IN REFERENCE TO A SPECIFIC TESTING METHODOLOGY

01:53PM  24   THAT WE USE.  SO IT'S A TYPE OF ASSAY OR A TYPE OF TEST.  SO

01:53PM  25   IT'S A SPECIFIC TYPE OF CHEMISTRY THAT YOU USE IN ORDER TO BE

01:54PM  1    ABLE TO DETERMINE WHAT SOMEONE'S HEALTH RESULTS ARE FOR A

01:54PM  2    CERTAIN SUBSET OF TESTS.

01:54PM  3    Q.   FROM YOUR WORK IN RESEARCH AND DEVELOPMENT, DID YOU BECOME

01:54PM  4    GENERALLY FAMILIAR WITH THE DEVICES THAT THERANOS WAS USING FOR

01:54PM  5    DEVELOPING ITS BLOOD TESTS AT THE TIME?

01:54PM  6    A.   YES.

01:54PM  7    Q.   AND HOW ABOUT WHEN YOU WORKED LATER IN THE CLINICAL LAB,

01:54PM  8    DID YOU ALSO BECOME FAMILIAR WITH THE DEVICES THAT THERANOS WAS

01:54PM  9    USING TO ACTUALLY RUN PATIENT SAMPLE TESTS?

01:54PM  10   A.   YES.

01:54PM  11   Q.   DID THERANOS -- LET ME ASK, DID YOU BECOME FAMILIAR WITH

01:54PM  12   THE TYPES OF TESTS, GENERALLY SPEAKING, THAT WERE RUN ON THOSE

01:54PM  13   KINDS OF DEVICES?

01:54PM  14   A.   YES.

01:54PM  15   Q.   AND DID THERANOS MANUFACTURE ITS OWN BLOOD ANALYZERS?

01:55PM  16   A.   IT DID.

01:55PM  17   Q.   AND WHICH OF THOSE IN-HOUSE MANUFACTURED ANALYZERS DID YOU

01:55PM  18   BECOME FAMILIAR WITH WHEN YOU WERE AT THE COMPANY?

01:55PM  19   A.   I BECAME FAMILIAR WITH THE EDISON DEVICE.

01:55PM  20   Q.   AND WERE THERE MULTIPLE VERSIONS OF THE EDISON DEVICE THAT

01:55PM  21   YOU KNEW ABOUT?

01:55PM  22   A.   YEAH.  SO THERE WAS THE EDISON 3.0, AND THE EDISON 3.5.

01:55PM  23   Q.   CAN I ASK YOU TO TURN --

01:55PM  24        ACTUALLY, MAY I APPROACH, YOUR HONOR?

01:55PM  25            THE COURT:  YES.

CHEUNG DIRECT BY MR. BOSTIC

01:55PM 1        MR. COOPERSMITH, YOU HAVE THIS BINDER?

01:55PM 2            MR. COOPERSMITH:  I DO.

01:55PM 3            MR. BOSTIC:  AND THE COURT HAS A COPY.

01:55PM 4            THE COURT:  I DO.

01:55PM 5    BY MR. BOSTIC:

01:55PM 6    Q.  MS. CHEUNG, IF I COULD ASK YOU TO TURN IN THIS BINDER TO

01:56PM 7    TAB 5388.

01:56PM 8        LET ME KNOW ONCE YOU'RE THERE.

01:56PM 9    A.  I'M HERE.

01:56PM 10   Q.  AND AT TAB 5388, DO YOU SEE AN IMAGE OF A DEVICE?

01:56PM 11   A.  YES.

01:56PM 12   Q.  AND CAN YOU IDENTIFY THAT DEVICE FOR US?

01:56PM 13   A.  THAT IS THE EDISON DEVICE.

01:56PM 14   Q.  AND IS THIS A FAIR AND ACCURATE DEPICTION OF THE DEVICE

01:56PM 15   MADE BY THERANOS?

01:56PM 16   A.  YES.

01:56PM 17           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

01:56PM 18   EXHIBIT 5388 INTO EVIDENCE.

01:56PM 19           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:56PM 20           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:56PM 21       (GOVERNMENT'S EXHIBIT 5388 WAS RECEIVED IN EVIDENCE.)

01:56PM 22   BY MR. BOSTIC:

01:56PM 23   Q.  SO, MS. CHEUNG, ARE WE LOOKING ON THE SCREEN NOW AT A

01:56PM 24   PICTURE OF THE EDISON BLOOD ANALYZERS?

01:56PM 25   A.  YES.

01:56PM  1    Q.   AND WE CAN SEE WHAT IT LOOKS LIKE FROM THIS PICTURE, BUT

01:56PM  2    CAN YOU DESCRIBE IT FOR US IN TERMS OF ITS DIMENSIONS?  HOW BIG

01:56PM  3    WAS IT?

01:56PM  4    A.   SO THIS IS ABOUT THE SIZE OF A -- LIKE THE PC COMPUTERS

01:56PM  5    ROUGHLY.  SO IT WOULD BE MAYBE ABOUT THE SIZE OF A PRINTER.

01:57PM  6    Q.   SO IF YOU HAD TO ESTIMATE THE HEIGHT OF THIS DEVICE, COULD

01:57PM  7    YOU GIVE US YOUR BEST ESTIMATE?

01:57PM  8    A.   MY BEST ESTIMATE WOULD BE IT'S PROBABLY LIKE 1.5 FEET TO

01:57PM  9    2 FEET, YEAH.

01:57PM 10    Q.   AND YOUR JOB -- YOUR ROLE IN R&D AND THE CLINICAL LAB, DID

01:57PM 11    IT REQUIRE YOU TO OPERATE THE EDISON DEVICE?

01:57PM 12    A.   YES.

01:57PM 13    Q.   AND DID YOU RUN THE SAMPLES ON THE EDISON DEVICE?

01:57PM 14    A.   YES.

01:57PM 15    Q.   AND CAN YOU DESCRIBE FOR US WHAT THAT ENTAILED?  WHAT THE

01:57PM 16    STEPS WERE TO ACTUALLY GETTING A SAMPLE AND RUNNING A TEST ON

01:57PM 17    THIS DEVICE?

01:57PM 18    A.   YEAH.  SO TYPICALLY WE WOULD HAVE -- SHOULD I DO -- SHOULD

01:57PM 19    I DO A PATIENT SAMPLE?

01:57PM 20    Q.   PLEASE.

01:57PM 21    A.   SO SAY IF WE RECEIVED A PATIENT SAMPLE, ESSENTIALLY WE

01:57PM 22    WOULD GET A CALL AND ORDER AND SAY A PATIENT WANTS A VITAMIN D

01:57PM 23    SAMPLE.

01:57PM 24         SO THE PHLEBOTOMIST OR THE SHIPPING CONTAINERS WOULD COME

01:57PM 25    IN WITH THIS TINY NANOTAINER BLOOD SAMPLE.  WE WOULD TAKE THAT,

01:58PM 1    SCAN IT, SEE ALL OF THE TESTS THAT WE NEEDED TO DO.

01:58PM 2        WE WOULD SOMETIMES HAVE TO GIVE IT OVER TO OTHER TEAMS AS

01:58PM 3    WELL TO TAKE FROM THIS TINY BLOOD SAMPLE.

01:58PM 4        AND THEN WE WOULD TAKE THAT, PUT IT ON THIS MACHINE CALLED

01:58PM 5    A TECAN, WHICH WAS A LIQUID HANDLING ROBOT THAT WOULD TAKE

01:58PM 6    SMALL SAMPLES FROM THIS TINY CONTAINER INTO THIS CARTRIDGE.

01:58PM 7        AND SO WE WOULD HAVE THESE CARTRIDGES, AND FILL WITH THE

01:58PM 8    TINY BLOOD SAMPLE.  WE WOULD TAKE THAT CARTRIDGE, BRING IT TO

01:58PM 9    THE MACHINE, AND USE THE TOUCHSCREEN, AND YOU WOULD OPEN THE

01:58PM 10   MACHINE, AND YOU WOULD SCAB THE BAR CODE ONTO THE CARTRIDGE,

01:58PM 11   AND THEN YOU PUT THE CARTRIDGE IN.  YOU CONFIRM THAT THE RIGHT

01:58PM 12   TEST WAS THERE, AND THEN YOU WOULD HIT START.

01:58PM 13       AND THEN ONCE IT WOULD RUN, THEN WE WOULD PULL THE DATA

01:58PM 14   BASICALLY FROM THIS OTHER PLATFORM CALLED ALCHEMIST TO PROCESS

01:59PM 15   ALL OF THE DATA, AT LEAST IN THE BEGINNING OF WORKING THERE.

01:59PM 16   Q.  AND I WANT TO ASK A COUPLE OF FOLLOW-UP QUESTIONS.

01:59PM 17   A.  UH-HUH.

01:59PM 18   Q.  YOU MENTIONED A DEVICE CALLED TECAN; IS THAT RIGHT?

01:59PM 19   A.  YES.

01:59PM 20   Q.  AND IS THAT -- FIRST OF ALL, WAS THE TECAN THERANOS

01:59PM 21   MANUFACTURED OR INVENTED DEVICE?

01:59PM 22   A.  NO.

01:59PM 23   Q.  IT WAS A THIRD PARTY DEVICE?

01:59PM 24   A.  YES.

01:59PM 25   Q.  AND WHAT DID THE TECAN DO IN THE CONTEXT OF RUNNING A

01:59PM  1      SAMPLE ON THE EDISON?

01:59PM  2      A.   SO THE TECAN WOULD BASICALLY TAKE A LITTLE BIT OF THE

01:59PM  3      BLOOD THAT WE HAD FROM THE COLLECTION UNIT, IT WOULD PUT IT IN

01:59PM  4      THE WELL, AND THEN IT WOULD DILUTE IT, AND THAT WAS SORT OF THE

01:59PM  5      SAMPLE PREP FOR THE EDISON CARTRIDGE.

01:59PM  6      Q.   DID YOU HAVE AN UNDERSTANDING AS TO WHY THE SAMPLE NEEDED

01:59PM  7      TO BE DILUTED BY THE TECAN BEFORE IT COULD BE RUN ON THE

01:59PM  8      EDISON?

01:59PM  9               MR. COOPERSMITH:  OBJECTION.  702, YOUR HONOR.

01:59PM  10              THE COURT:  DO YOU WANT TO LAY A FOUNDATION FOR HER

01:59PM  11     KNOWLEDGE OF THAT.

01:59PM  12              MR. BOSTIC:  I THINK THE QUESTION I ASKED WAS A YES

02:00PM  13     OR NO QUESTION, BUT JUST TO CLARIFY.

02:00PM  14     Q.   I'M ASKING BASED ON YOUR WORK AT THE COMPANY, DID YOU HAVE

02:00PM  15     AN UNDERSTANDING AS TO WHY THAT STEP WAS NECESSARY, THE

02:00PM  16     DILUTION STEP --

02:00PM  17     A.   YES.

02:00PM  18     Q.   -- BEFORE A SAMPLE COULD BE RUN?

02:00PM  19     A.   YES.

02:00PM  20     Q.   AND HOW DID YOU GAIN THAT UNDERSTANDING?

02:00PM  21     A.   FROM THE SOP'S THAT WERE PROVIDED TO US FROM THERANOS.

02:00PM  22     Q.   SO THE COMPANY DOCUMENTS THAT GOVERNED THIS PROCESS

02:00PM  23     EXPLAINED THAT REASON?

02:00PM  24     A.   YES.

02:00PM  25     Q.   SO WHAT WAS THAT REASON?  WHY WAS THAT DILUTION STEP

02:00PM   1     NECESSARY BEFORE THE SAMPLE COULD BE RUN ON THE EDISON?

02:00PM   2               MR. COOPERSMITH:  SAME OBJECTION, YOUR HONOR.  BEST

02:00PM   3     EVIDENCE AS WELL.

02:00PM   4               THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

02:00PM   5               THE WITNESS:  SO PART OF IT WAS BECAUSE WE HAD SMALL

02:00PM   6     SAMPLE SIZES, SO WE DID A DILUTION STEP IN ORDER TO ACCOMMODATE

02:00PM   7     FOR THE SMALL SAMPLE SIZES, AND THEN IT'S ALSO A PART OF THE

02:00PM   8     TEST.

02:00PM   9     BY MR. BOSTIC:

02:00PM  10     Q.   DID THE DILUTION STEP EFFECTIVELY INCREASE THE VOLUME OF

02:00PM  11     THE SAMPLE, MAKE IT BIGGER?

02:01PM  12     A.   IT DID.

02:01PM  13     Q.   THE PROCESS THAT YOU JUST OUTLINED, THOSE STEPS, WOULD

02:01PM  14     THAT PROCESS BE USED TO YIELD RESULTS FOR MULTIPLE ASSAYS AT A

02:01PM  15     TIME OR WOULD IT NEED TO BE RUN EACH TIME FOR EACH ASSAY THAT

02:01PM  16     NEEDED TO BE PERFORMED?

02:01PM  17     A.   IT WOULD NEED TO BE RUN FOR EACH TEST THAT WE DID EACH

02:01PM  18     TEST OR ASSAY.

02:01PM  19          SO ONLY ONE PATIENT FOR ONE TEST WOULD GO THROUGH THAT

02:01PM  20     WHOLE PROCESS.

02:01PM  21     Q.   SO IF A PATIENT CAME IN, FOR EXAMPLE, AND NEEDED, LET'S

02:01PM  22     SAY, JUST THREE ASSAYS RUN ON A SINGLE SAMPLE, HOW WOULD THAT

02:01PM  23     BE HANDLED?

02:01PM  24     A.   SO IF IT WAS THREE ELISA TESTS OR THREE IMMUNOASSAYS, WE

02:01PM  25     WOULD HAVE TO GO THROUGH THAT WHOLE PROCESS THREE TIMES.

02:01PM    1    Q.   AND DOES THAT MEAN THAT THE SAMPLE WOULD NEED TO BE

02:02PM    2    SUBDIVIDED AT LEAST THREE TIMES?

02:02PM    3    A.   YES.

02:02PM    4    Q.   AND I THINK YOU ANSWERED THIS AS WELL, BUT COULD SAMPLES

02:02PM    5    FROM MULTIPLE PATIENTS BE RUN THROUGH THE EDISON

02:02PM    6    SIMULTANEOUSLY?

02:02PM    7    A.   NO.

02:02PM    8    Q.   YOU MENTIONED THE EDISON 3.0 AND THE 3.5.

02:02PM    9         DID YOU ALSO HEAR ABOUT DEVICES CALLED THE 4.0 OR MINILAB

02:02PM   10    OR OTHER DEVICES WHILE YOU WERE AT THERANOS?

02:02PM   11    A.   YES.

02:02PM   12    Q.   AND WHAT WERE THE OTHER DEVICES THAT YOU RECALL?

02:02PM   13    A.   SO THE 4.0 WERE THE NEXT ITERATION OF THE EDISON DEVICE.

02:02PM   14    SO INSTEAD OF JUST DOING ELISA'S, THEY WOULD BE ABLE TO DO

02:02PM   15    NUMEROUS TYPES OF CHEMISTRIES ON THERE.

02:02PM   16         SO THEY WOULD BE ABLE TO DO ELISA, THERE WAS GENERAL

02:02PM   17    CHEMISTRY, THERE WERE OTHER DEPARTMENTS AT THERANOS THAT RAN

02:02PM   18    OTHER TYPES OF TESTS, AND IT WAS SEEN AS THE NEXT GENERATION OF

02:02PM   19    THE EDISON DEVICES.

02:02PM   20    Q.   YOU SAID EARLIER THAT ELISA WAS ANOTHER TERM FOR

02:02PM   21    IMMUNOASSAY; IS THAT CORRECT?

02:03PM   22    A.   THAT'S CORRECT.

02:03PM   23    Q.   AND THE 4.0 COULD DO OTHER TYPES OF TESTS BESIDES THE

02:03PM   24    IMMUNOASSAY?

02:03PM   25    A.   YES.

02:03PM   1   Q.   DURING YOUR TIME AT THERANOS, WAS THE COMPANY USING THE

02:03PM   2   3.0 OR THE 3.5 FOR ACTUAL PATIENT TESTING?

02:03PM   3   A.   YES.

02:03PM   4   Q.   ONE OR BOTH OF THOSE?

02:03PM   5   A.   MOSTLY THE 3.5'S.

02:03PM   6   Q.   AND HOW ABOUT THE 4.0 DEVICE THAT YOU JUST MENTIONED,

02:03PM   7   DURING YOUR TIME AT THE COMPANY DID THERANOS EVER USE THE 4.0

02:03PM   8   DEVICE FOR ACTUAL PATIENT TESTING?

02:03PM   9   A.   NO.

02:03PM  10   Q.   DID YOU HAVE AN UNDERSTANDING WHEN YOU WERE AT THE COMPANY

02:03PM  11   AS TO WHY THERANOS WAS NOT USING THE 4.0 DEVICE FOR PATIENT

02:03PM  12   TESTING?

02:03PM  13   A.   THE 4.0'S DIDN'T HAVE THE CAPACITY TO RUN ANY TEST THAT WE

02:03PM  14   OFFERED THAT WERE LIVE, AND THEY JUST WEREN'T READY.  THEY

02:03PM  15   HADN'T BEEN DEVELOPED YET.

02:03PM  16         MR. COOPERSMITH:  YOUR HONOR, MOVE TO STRIKE UNDER

02:03PM  17   702.  IT WASN'T RESPONSIVE TO THE QUESTION, AND IT'S ALSO A

02:04PM  18   VIOLATION OF RULE 702.

02:04PM  19         THE COURT:  OVERRULED.  THE ANSWER IS -- THE

02:04PM  20   QUESTION WAS BASED ON HER UNDERSTANDING AS AN EMPLOYEE.  SO THE

02:04PM  21   OBJECTION IS OVERRULED.  THE ANSWER CAN REMAIN.

02:04PM  22   BY MR. BOSTIC:

02:04PM  23   Q.   AND, MS. CHEUNG, JUST TO CLARIFY, DURING YOUR TIME AT THE

02:04PM  24   COMPANY, WERE YOU GENERALLY AWARE OF WHAT ASSAYS WERE MOVING

02:04PM  25   THROUGH RESEARCH AND DEVELOPMENT AND WHICH WERE ACTUALLY IN

02:04PM   1          PATIENT TESTING USE?

02:04PM   2          A.   YES.

02:04PM   3          Q.   AND DURING YOUR TIME AT THE COMPANY, DID ANY TEST AT ALL

02:04PM   4          ON THE 4.0 DEVICE MOVE THROUGH THE R&D PROCESS AND ACTUALLY GET

02:04PM   5          TO THE PATIENT TESTING STAGE?

02:04PM   6          A.   NO.

02:04PM   7          Q.   THE PATIENT TESTS THAT THERANOS WAS RUNNING IN THE

02:05PM   8          CLINICAL LAB, WERE ALL OF THOSE TESTS RUN ON THE EDISON, THE

02:05PM   9          THERANOS-BUILT ANALYZERS?

02:05PM  10          A.   CAN YOU REPEAT THE QUESTION?

02:05PM  11          Q.   SURE.

02:05PM  12               THE PATIENT TESTING THAT THERANOS WAS DOING, WAS THAT ALL

02:05PM  13          BEING DONE ON THE EDISON, THE THERANOS-BUILT DEVICE?

02:05PM  14          A.   NO.  ONLY A SMALL SUBSET OF THE THERANOS TESTS WERE BEING

02:05PM  15          RUN ON THE EDISON DEVICES.

02:05PM  16          Q.   AND WHY WAS THAT?  WHY WAS ONLY A SMALL SUBSET BEING RUN

02:05PM  17          ON THE THERANOS DEVICES?

02:05PM  18                    MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  602.

02:05PM  19                    THE COURT:  WELL, THIS GOES TO HER KNOWLEDGE AS AN

02:05PM  20          EMPLOYEE THERE?

02:05PM  21                    MR. BOSTIC:  CORRECT, YOUR HONOR.

02:05PM  22                    THE COURT:  IF YOU CAN ANSWER IN THE SCOPE OF YOUR

02:05PM  23          EMPLOYMENT.

02:05PM  24                    THE WITNESS:  SO IN THE SCOPE?  OKAY.

02:05PM  25               THE EDISON DEVICES ONLY HAD THE CAPACITY TO RUN ELISA

02:05PM  1    TEST, WHICH IS ONLY -- IS ONE SPECIFIC TYPE OF CHEMISTRY.  IT

02:05PM  2    DIDN'T HAVE THE CAPABILITIES TO RUN GENERAL CHEMISTRY,

02:06PM  3    MICROBIOLOGY, CYTOMETRY TESTS.

02:06PM  4        SO THE REASON WHY THERANOS ONLY RAN THAT SMALL SUBSET IS

02:06PM  5    BECAUSE THAT'S ALL THEY HAD THE CAPACITY TO RUN WAS BASICALLY

02:06PM  6    ELISA TYPE TESTS.

02:06PM  7             MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO OBJECT

02:06PM  8    AGAIN UNDER 702.  THIS WITNESS DOESN'T HAVE THAT KNOWLEDGE TO

02:06PM  9    OPINE ABOUT WHAT THE DEVICE WAS CAPABLE OF OR WHAT ITS CAPACITY

02:06PM 10    WAS.

02:06PM 11             MR. BOSTIC:  YOUR HONOR, SHE OPERATED THESE DEVICES

02:06PM 12    ON A DAILY BASIS.  I THINK --

02:06PM 13             THE COURT:  THE OBJECTION 702 IS OVERRULED.

02:06PM 14             MR. COOPERSMITH:  YOUR HONOR, SHE CAN CERTAINLY SAY

02:06PM 15    WHAT SHE DID BUT TO GO FURTHER AND OPINE AS TO WHAT THE DEVICE

02:06PM 16    WAS CAPABLE OF AND WHAT ITS CAPACITY WAS I THINK IS BEYOND THIS

02:06PM 17    WITNESS'S EXPERTISE.

02:06PM 18             THE COURT:  WELL, THE ANSWER, AS I UNDERSTAND IT --

02:06PM 19    AND, MR. BOSTIC, YOU COULD LAY A FOUNDATION IF YOU WOULD LIKE

02:06PM 20    TO -- IS BASED ON HER TRAINING AND EXPERIENCE AT THE COMPANY.

02:06PM 21        PERHAPS IF YOU WANT TO ASK HER IF THAT'S WHAT SHE WAS

02:06PM 22    INSTRUCTED OR TRAINED.

02:06PM 23    BY MR. BOSTIC:

02:06PM 24    Q.   MS. CHEUNG, FROM YOUR TRAINING AND EXPERIENCE AT THE

02:07PM 25    COMPANY, DID YOU HAVE AN UNDERSTANDING AS TO WHAT THE EDISON 3

02:07PM  1    SERIES COULD DO AND WHAT IT COULD NOT DO?

02:07PM  2    A.   YES.

02:07PM  3    Q.   AND BASED ON YOUR TRAINING AND EXPERIENCE AT THE COMPANY,

02:07PM  4    WHERE WAS THAT LINE?  WHAT COULD THE EDISON 3 SERIES DO AND

02:07PM  5    WHAT COULD IT NOT DO?

02:07PM  6              MR. COOPERSMITH:  YOUR HONOR, SAME OBJECTION.  702.

02:07PM  7              THE COURT:  OVERRULED.

02:07PM  8              THE WITNESS:  CAN YOU REPEAT THE QUESTION?

02:07PM  9              MR. BOSTIC:  SURE.

02:07PM  10   Q.   WHAT COULD THE EDISON 3 SERIES DO AND WHAT COULD IT NOT DO

02:07PM  11   BASED ON YOUR TRAINING AND EXPERIENCE?

02:07PM  12              MR. COOPERSMITH:  SAME OBJECTION, YOUR HONOR.

02:07PM  13              THE COURT:  OVERRULED.

02:07PM  14              THE WITNESS:  THE EDISON 3.0 SERIES COULD DO ELISA'S

02:07PM  15   AND THAT WAS THE ONLY CAPACITY IT COULD DO WAS THAT TYPE OF

02:07PM  16   CHEMISTRY AND METHODOLOGY, AND THAT WAS WHAT MY UNDERSTANDING

02:07PM  17   OF THE TECHNOLOGY BASED ON WORKING FOR THE COMPANY.

02:08PM  18   BY MR. BOSTIC:

02:08PM  19   Q.   COULD I ASK YOU TO TURN TO EXHIBIT 3741 IN THE BINDER IN

02:08PM  20   FRONT OF YOU.

02:08PM  21        DO YOU SEE EXHIBIT 3741?

02:08PM  22   A.   YES.

02:08PM  23   Q.   AND WHAT IS THAT DOCUMENT IF YOU RECOGNIZE IT?

02:08PM  24   A.   THIS IS THE TESTING MENU AT THERANOS.

02:08PM  25   Q.   HAD YOU PREVIOUSLY HAD THE OPPORTUNITY TO REVIEW THE FIRST

02:08PM 1    FEW PAGES AT LEAST OF THIS EXHIBIT?

02:08PM 2    A.   YES.

02:08PM 3    Q.   AND LET'S FOCUS ON PAGES 1 THROUGH 7.  AND I'LL ASK DO

02:08PM 4    PAGES 1 THROUGH 7 CONSTITUTE A FAIR APPROXIMATION OR A

02:08PM 5    REPRESENTATIVE EXAMPLE OF THE TEST MENU AT THERANOS?

02:08PM 6    A.   YES.

02:09PM 7         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS THE

02:09PM 8    FIRST SEVEN PAGES OF 3741, AND WE'LL MARK IT AS 3741A.

02:09PM 9         MR. COOPERSMITH:  ONE MOMENT, YOUR HONOR.

02:09PM 10   YOUR HONOR, NO OBJECTION TO THE FIRST SEVEN PAGES OF THIS

02:09PM 11   EXHIBIT.

02:09PM 12        THE COURT:  IT'S ADMITTED, THE FIRST SEVEN PAGES

02:09PM 13   THAT IS MARKED AS 3741A, AND THAT MAY BE PUBLISHED.

02:09PM 14   (GOVERNMENT'S EXHIBIT 3741A WAS RECEIVED IN EVIDENCE.)

02:09PM 15        MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:09PM 16   AND, MS. WACHS, IF WE CAN GO TO PAGE 6, PLEASE, AND ZOOM

02:09PM 17   IN ON THE BOTTOM TWO-THIRDS.

02:09PM 18   Q.   MS. CHEUNG, ARE WE LOOKING AT A PORTION OF TEST MENUS

02:09PM 19   SHOWING SOME TESTS THAT THERANOS OFFERED DURING YOUR TIME AT

02:09PM 20   THE COMPANY?

02:09PM 21   A.   YES.

02:09PM 22   Q.   AND I'LL ASK YOU TO TAKE A LOOK AT THESE AND IF YOU COULD,

02:10PM 23   TO THE EXTENT THAT YOU RECALL, IDENTIFY SOME EXAMPLES OF TESTS

02:10PM 24   THAT THE EDISON COULD DO AND SOME EXAMPLES OF TESTS THAT THE

02:10PM 25   EDISON COULD NOT DO.

02:10PM 1          SO LET'S START WITH THE TESTS THAT THE EDISON COULD DO.

02:10PM 2     A.   SO THE EDISON COULD DO ON THIS ORDER PANEL ONE, TWO --

02:10PM 3     Q.   AND JUST TO CLARIFY, I DON'T MEAN TO TEST YOUR MEMORY, BUT

02:10PM 4     IF YOU COULD JUST IDENTIFY SOME EXAMPLES.

02:10PM 5     A.   SO IN THE THYROID SECTION THERANOS COULD DO T4, TOTAL T3,

02:10PM 6     AND THAT WAS IT.

02:10PM 7          AND THEN THIS IS FOR THE EDISON DEVICES.

02:11PM 8          AND IT COULD DO ONE OTHER, SO HCG IN THE REPRODUCTIVE

02:11PM 9     HEALTH.

02:11PM 10         AND AT THE TIME THAT I WORKED THERE ALSO TOTAL PSA, WHICH

02:11PM 11    IS IN THE ALPHABETICAL TEST I THROUGH Z AND VITAMIN D.  SO

02:11PM 12    ABOUT FIVE TESTS.

02:11PM 13         VITAMIN D, WHICH IS ALSO IN THE ALPHABETICAL TEST.

02:11PM 14    Q.   SO YOU'VE IDENTIFIED APPROXIMATELY FIVE TESTS ON THIS

02:11PM 15    PANEL THAT YOU CAN SEE?

02:11PM 16    A.   YEAH.  IT WAS MORE LIKE FOUR WHEN I WAS THERE.

02:11PM 17    Q.   FAIR TO SAY, THEN, THAT THE VAST MAJORITY OF THE TESTS ON

02:11PM 18    DISPLAY COULD NOT BE DONE ON THE EDISON BASED ON YOUR

02:11PM 19    UNDERSTANDING?

02:11PM 20              MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  LEADING.

02:11PM 21              THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

02:11PM 22              THE WITNESS:  THAT IS CORRECT.

02:11PM 23    BY MR. BOSTIC:

02:11PM 24    Q.   LET ME ASK YOU ABOUT A COUPLE OF THOSE.  FOR EXAMPLE, DO

02:11PM 25    YOU SEE A HEADING IN THE UPPER LEFT OF THE SCREEN LABELLED

02:11PM   1      COMMON PANELS?

02:12PM   2      A.   YES.

02:12PM   3      Q.   AND UNDER COMMON PANELS THERE'S ONE LABELLED CBC, NO DIFF.

02:12PM   4           AND THEN ANOTHER LABELLED CBC WITH/AUTO DIFF.

02:12PM   5           DO YOU HAVE AN UNDERSTANDING DURING YOUR TIME AT THE

02:12PM   6      COMPANY WHAT THE CBC TEST WAS?

02:12PM   7      A.   CBC STANDS FOR COMPLETE BLOOD COUNT, AND IT WAS A PANEL

02:12PM   8      TEST.  SO UNDERNEATH CBC YOU COULD RUN AND CHECK FOR WHOLE

02:12PM   9      BLOOD CELLS, WHITE BLOOD CELLS, AND IT HAD SEVERAL DIFFERENT

02:12PM   10     MARKERS THAT IT WOULD LOOK FOR.

02:12PM   11     Q.   AND I SEE THAT IT'S LISTED UNDER COMMON PANELS, BUT BASED

02:12PM   12     ON YOUR EXPERIENCE AT THE COMPANY, HOW COMMON WAS THAT CBC

02:12PM   13     ASSAY?

02:12PM   14     A.   HOW COMMON WAS THAT?

02:12PM   15     Q.   UH-HUH.

02:12PM   16     A.   IT WAS ORDERED QUITE FREQUENTLY.

02:12PM   17     Q.   AND COULD THE THERANOS EDISON DEVICE RUN A CBC PANEL OR

02:12PM   18     ANY PART OF IT?

02:12PM   19     A.   NO.

02:12PM   20     Q.   AND WAS THAT TRUE DURING YOUR ENTIRE TIME AT THE COMPANY?

02:13PM   21     A.   YES.

02:13PM   22     Q.   HOW ABOUT CMP.  DO YOU SEE THAT LISTED UNDER COMMON

02:13PM   23     PANELS?

02:13PM   24     A.   YES.

02:13PM   25     Q.   AND DID YOU HAVE AN UNDERSTANDING FROM YOUR TIME AT THE

02:13PM    1    COMPANY AS TO WHAT CMP REFERRED TO?

02:13PM    2    A.   YEAH.  IT WAS COMPREHENSIVE METABOLIC PANEL.

02:13PM    3    Q.   AND HOW COMMON OR HOW FREQUENTLY ORDERED WAS THAT TEST

02:13PM    4    WHEN YOU WERE AT THERANOS?

02:13PM    5    A.   IT WAS FAIRLY COMMONLY ORDERED.

02:13PM    6    Q.   AND COULD THE EDISON DEVICE RUN A CMP PANEL?

02:13PM    7    A.   NO.

02:13PM    8    Q.   SO IF THE EDISON COULDN'T DO MANY OF THESE TESTS, WHAT WAS

02:13PM    9    THERANOS USING TO RUN THESE ASSAYS WHEN THE ORDERS CAME IN?

02:13PM   10    A.   THERANOS WAS USING A COUPLE DIFFERENT METHODS.  SO FOR CBC

02:14PM   11    AND FOR THE COMPREHENSIVE METABOLIC PANEL THEY WERE USING FDA

02:14PM   12    APPROVED MACHINES THAT HAD BEEN MODIFIED IN ORDER TO BE ABLE TO

02:14PM   13    ACCOMMODATE THE SMALL SAMPLE SIZE THAT WE USED AT THERANOS.

02:14PM   14    Q.   AND YOU MENTIONED THAT THERE WERE MODIFICATIONS TO THOSE

02:14PM   15    DEVICES.

02:14PM   16         WHO PERFORMED THOSE MODIFICATIONS, IF YOU KNOW?

02:14PM   17    A.   THERANOS PROVIDED THOSE MODIFICATIONS.

02:14PM   18    Q.   I'LL ASK YOU TO TURN TO TAB 5389 IN THE BINDER, PLEASE.

02:14PM   19    YOU CAN SEE A PICTURE ONCE YOU GET THERE?

02:14PM   20    A.   YES.

02:14PM   21    Q.   AND DO YOU RECOGNIZE THE OBJECT DEPICTED IN 5389?

02:14PM   22    A.   YES.

02:14PM   23    Q.   AND WHAT IS IT?

02:14PM   24    A.   THIS IS A SIEMENS ADVIA.

02:14PM   25    Q.   AND IS THIS A FAIR AND ACCURATE DEPICTION OF THE SIEMENS

02:14PM   1    ADVIA DEVICE?

02:14PM   2    A.   YES.

02:14PM   3         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5389.

02:14PM   4         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:14PM   5         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:15PM   6    (GOVERNMENT'S EXHIBIT 5389 WAS RECEIVED IN EVIDENCE.)

02:15PM   7    BY MR. BOSTIC:

02:15PM   8    Q.   MS. CHEUNG, A FEW MOMENTS AGO WE LOOKED AT THE PICTURE OF

02:15PM   9    THE THERANOS EDISON DEVICE.  NOW WE'RE LOOKING AT A SIEMENS

02:15PM   10   ADVIA; IS THAT CORRECT?

02:15PM   11   A.   YES.

02:15PM   12   Q.   AND AS YOU DID BEFORE, COULD YOU DESCRIBE WHAT IT LOOKED

02:15PM   13   LIKE IN PERSON AND HOW BIG IT WAS?

02:15PM   14   A.   SO THIS DEVICE WAS REALLY LARGE.  YOU COULD THINK OF IT

02:15PM   15   ALMOST LIKE A -- WHAT WOULD BE A COMPARABLE?  LIKE A FREEZER.

02:15PM   16   SO ONE OF THOSE BIG FREEZERS THAT YOU FILL WITH A BUNCH OF

02:15PM   17   FOOD.  IT'S ABOUT THAT SIZE.  AND YOU CAN STAND ABOUT TWO TO

02:15PM   18   THREE PEOPLE IN FRONT OF IT.

02:15PM   19   Q.   AND IF YOU HAD TO ESTIMATE HOW WIDE IT WAS ACROSS FROM

02:15PM   20   LEFT TO RIGHT?

02:15PM   21   A.   I DON'T KNOW IF I COULD DO THAT ESTIMATION.  MAYBE ABOUT

02:15PM   22   FIVE FEET.

02:15PM   23   Q.   AND DURING YOUR TIME AT THERANOS, DID YOU BECOME FAMILIAR

02:15PM   24   WITH THIS DEVICE, THE SIEMENS ADVIA?

02:15PM   25   A.   YES.

02:15PM  1    Q.   AND HOW DID YOU BECOME FAMILIAR WITH IT AT THERANOS?

02:15PM  2    A.   I BECAME FAMILIAR WITH THE SIEMENS ADVIA BOTH WITH RUNNING

02:16PM  3    THEM USING THE THERANOS METHODS AND ALSO USING THEM IN THE

02:16PM  4    OTHER LAB, THE NORMAL FDA APPROVED METHODS AS WELL.

02:16PM  5    Q.   SO JUST SO WE'RE CLEAR, WE'RE TALKING ABOUT A COUPLE OF

02:16PM  6    DIFFERENT APPROACHES THAT THERANOS TOOK TO RUNNING PATIENT

02:16PM  7    SAMPLES; IS THAT RIGHT?

02:16PM  8    A.   THAT IS CORRECT.

02:16PM  9    Q.   ONE METHOD WE TALKED ABOUT WAS RUNNING SMALL SAMPLES ON

02:16PM 10    THE THERANOS BUILT EDISON DEVICE; CORRECT?

02:16PM 11    A.   CORRECT.

02:16PM 12    Q.   AND WE'VE ALSO TALKED ABOUT RUNNING SAMPLES ON A MODIFIED

02:16PM 13    SIEMENS ADVIA OR OTHER THIRD PARTY DEVICE; IS THAT CORRECT?

02:16PM 14    A.   THAT IS CORRECT.

02:16PM 15    Q.   AND BETWEEN THOSE TWO METHODS, SO THE THERANOS MADE DEVICE

02:16PM 16    OR THE THERANOS MODIFIED DEVICE, COULD THERANOS RUN ALL OF THE

02:16PM 17    TESTS ON ITS TEST MENU?

02:16PM 18    A.   NO.

02:16PM 19    Q.   SO IT NEEDED AN ADDITIONAL APPROACH TO COVER ADDITIONAL

02:16PM 20    TESTS?

02:16PM 21    A.   THAT IS CORRECT.

02:16PM 22    Q.   AND WHAT WAS THE ADDITIONAL APPROACH?

02:17PM 23    A.   SO THE ADDITIONAL APPROACH -- AT THERANOS WE HAD THE

02:17PM 24    FINGERSTICK COLLECTIONS, SO ESSENTIALLY COLLECTING BLOOD FROM

02:17PM 25    THE FINGERSTICK SAMPLE.

02:17PM   1        AND THEN IF WE WERE NOT ABLE TO PROCESS THE PATIENT

02:17PM   2   SAMPLES USING THE FINGERSTICK METHOD, SOMETIMES IT WOULD ALSO

02:17PM   3   COLLECT A VENOUS DRAW, SO FROM THE VEIN, AND THEY WOULD RUN A

02:17PM   4   CERTAIN SUBSET ON THE VENOUS DRAW USING BASICALLY UNMODIFIED

02:17PM   5   FDA APPROVED MACHINES THAT YOU COULD BUY.

02:17PM   6        AND THEN ADDITIONALLY, IF WE DIDN'T HAVE THE CAPACITY TO

02:17PM   7   RUN THOSE, WE WOULD ALSO CONTACT ANOTHER AGENCY CALLED ARUP,

02:17PM   8   AND WE WOULD RUN THOSE SAMPLES OUT, A-R-U-P, TO BE ABLE TO RUN

02:17PM   9   THOSE TYPES OF TESTS THAT WE DIDN'T HAVE CAPACITY TO DO

02:17PM   10  INHOUSE.

02:17PM   11  Q.   SO, IN OTHER WORDS, ARE YOU SAYING THAT THERE WERE SOME

02:17PM   12  TESTS, SOME KINDS OF ASSAYS THAT THERANOS COULDN'T DO INHOUSE

02:17PM   13  WITH ANY OF THE THREE APPROACHES THAT WE'VE BEEN TALKING ABOUT?

02:18PM   14  A.   THAT IS CORRECT.

02:18PM   15  Q.   FOR THE MODIFIED AND UNMODIFIED THIRD PARTY NON-THERANOS

02:18PM   16  DEVICES, DID YOU HAVE EXPERIENCE OPERATING BOTH OF THOSE

02:18PM   17  METHODS DURING YOUR TIME AT THE COMPANY?

02:18PM   18  A.   YES.

02:18PM   19  Q.   AND YOU WALKED US THROUGH THE STEPS THAT WERE INVOLVED IN

02:18PM   20  PROCESSING A PATIENT SAMPLE THROUGH THE EDISON.  CAN YOU DO IT

02:18PM   21  FOR THE OTHER TWO METHODS?

02:18PM   22       LET'S START WITH THE MODIFIED SIEMENS ADVIA, FOR EXAMPLE?

02:18PM   23  CAN YOU TELL US ROUGHLY WHAT THE STEPS WERE IN RUNNING A SAMPLE

02:18PM   24  THERE?

02:18PM   25  A.   YEAH.  SO FOR THE MODIFIED SIEMENS ADVIA, TYPICALLY IT

02:18PM  1      WOULD BE THE SAME THING, YOU WOULD GET THE NANOTAINERS, THE

02:18PM  2      LITTLE BLOOD CONTAINERS, AND WE WOULD PUT THEM THROUGH THE

02:18PM  3      SAMPLE AND IT WOULD TELL US WHO GETS IT FIRST.  SO IS IT

02:18PM  4      GENERAL CHEMISTRY?  IS IT ELISA?  WHO GETS IT.

02:18PM  5           THEY TELL US HOW TO PREP THE BLOOD.  DO WE CENTRIFUGE IT?

02:18PM  6      WHAT DO WE DO?  DO WE COLLECT WHOLE BLOOD?

02:18PM  7           AND THEN ONCE WE GET THE TYPE OF, BASICALLY BLOOD TYPE

02:18PM  8      THAT WE GET, WE WOULD GO PRINT THE BAR CODES, AND WE WOULD --

02:19PM  9      IN THE CASE OF THE SIEMENS ADVIA MODIFIED, WE WOULD COLLECT ALL

02:19PM 10      OF THESE LITTLE THINGS CALLED T-CUPS WHICH WERE THERANOS

02:19PM 11      MANUFACTURED CUPS THAT WE WOULD PLACE IN THE SIEMENS ADVIA, AND

02:19PM 12      WE WOULD STACK THEM UP.

02:19PM 13           AND THEN THEY WOULD UTILIZE THE TECAN TO BASICALLY DOSE

02:19PM 14      OUT THE BLOOD INTO THESE T-CUPS AND THEN DILUTE THE SAMPLES.

02:19PM 15           AND THEN WE WOULD TAKE THAT TRAY, AND WE WOULD RUN IT OVER

02:19PM 16      TO THE SIEMENS ADVIA, MAKE SURE ALL OF THE BAR CODES WERE PUT

02:19PM 17      ON THEM, AND THEN WE WOULD LOAD UP THIS MACHINE.

02:19PM 18           AND THEN FROM THERE, MAKE SURE AND CHECK THAT IT RAN ALL

02:19PM 19      OF THE BAR CODES CORRECTLY AND START THE PROCESS SO IT COULD

02:19PM 20      PROCESS ALL OF THE DIFFERENT RESULTS.

02:19PM 21           AND THEN FROM THERE WE WOULD BE ABLE TO GENERATE WHAT THE

02:19PM 22      PATIENT RESULTS WERE.

02:19PM 23           SO THAT WAS THE THERANOS MODIFIED FOR THE SIEMENS ADVIA.

02:20PM 24      Q.   YOU MENTIONED THE TECAN DEVICE AGAIN?

02:20PM 25      A.   YES.

02:20PM  1    Q.   WAS THAT ALSO NECESSARY TO USE THE THERANOS MODIFIED THIRD

02:20PM  2    PARTY DEVICES?

02:20PM  3    A.   YES, IT WAS.

02:20PM  4    Q.   AND I MAY HAVE FORGOT TO ASK YOU BEFORE, WHAT DOES THE

02:20PM  5    TECAN DEVICE LOOK LIKE AND HOW BIG WAS IT?

02:20PM  6    A.   IT WAS REALLY BIG.  SO THE TECAN DEVICE, IT'S ALMOST LIKE

02:20PM  7    A HARDWARE WORK BENCH.  SO IT IS A LIQUID HANDLING ROBOT.  IT

02:20PM  8    HAS THIS BIG TABLETOP TO IT WHERE YOU CAN SET UP DIFFERENT

02:20PM  9    STRUCTURES TO TELL THE ROBOTIC ARM WHERE IT SHOULD MOVE.

02:20PM  10       YOU COULD FIT MAYBE, AGAIN, LIKE THREE PEOPLE, FOUR PEOPLE

02:20PM  11   IN FRONT OF IT.

02:20PM  12   Q.   AND THAT LARGE DEVICE AS WELL AS THE LARGE MODIFIED

02:20PM  13   SIEMENS ADVIA WOULD BE BOTH REQUIRED FOR RUNNING A SAMPLE UNDER

02:20PM  14   THIS METHOD?

02:20PM  15   A.   YES.

02:20PM  16   Q.   AND YOU ALSO TALKED ABOUT HOW SOME SAMPLES NEEDED TO BE

02:20PM  17   CENTRIFUGED; IS THAT CORRECT?

02:20PM  18   A.   THAT IS CORRECT.

02:20PM  19   Q.   AND WOULD THAT REQUIRE YET ANOTHER PIECE OF EQUIPMENT?

02:21PM  20   A.   YES.

02:21PM  21   Q.   HOW ABOUT THE THIRD METHOD WE TALKED ABOUT USING THE

02:21PM  22   EDISON, AND WE TALKED ABOUT USING THE THIRD PARTY DEVICES.  HOW

02:21PM  23   ABOUT AN UNMODIFIED THIRD PARTY DEVICE?  WHAT WAS THE PROCESS

02:21PM  24   LIKE FOR THAT AND HOW DID IT COMPARE?

02:21PM  25   A.   YEAH.  SO FOR THE SIEMENS ADVIA, IF YOU ARE REALLY GOING

02:21PM  1    TO RUN IT IN THE UNMODIFIED, I TYPICALLY HAVE A VENOUS DRAW FOR

02:21PM  2    THE TWO, IT WOULD HAVE A BAR CODE ON IT.  I WOULD JUST TAKE THE

02:21PM  3    BLOOD SAMPLE OVER THE CAP, PUT IT IN THE MACHINE, AND CHECK

02:21PM  4    THAT IT'S RUNNING ALL THE RIGHT PATIENTS AND ALL OF THE RIGHT

02:21PM  5    TESTS, AND THEN I WOULD HIT START, AND THEN IT WOULD RUN ALL OF

02:21PM  6    THE TEST SAMPLES THAT I NEEDED TO RUN.

02:21PM  7    Q.  WAS THAT FEWER STEPS THAN WERE REQUIRED FOR THE THERANOS

02:21PM  8    SPECIFIC METHOD?

02:21PM  9    A.  IT WAS CONSIDERED WAY FEWER STEPS AND IT WAS WAY MORE

02:21PM  10   AUTOMATED.  YOU BASICALLY JUST OPENED THE TWO, YOU MAKE SURE

02:21PM  11   THE RIGHT BAR CODE IS ON IT -- SORRY.

02:22PM  12       YOU OPEN THE TWO, YOU PUT IT IN THE MACHINE, AND YOU JUST

02:22PM  13   LET THE SIEMENS ADVIA BASICALLY SCAN ALL OF THE BAR CODES AND

02:22PM  14   RUN ALL OF THE TESTS, AND YOU DON'T TOUCH IT PAST THAT POINT.

02:22PM  15   Q.  AND I ASKED YOU BEFORE ABOUT THE EDISON DEVICE AND WHETHER

02:22PM  16   IT COULD RUN MULTIPLE ASSAYS AT A TIME OR MULTIPLE SAMPLES AT A

02:22PM  17   TIME.

02:22PM  18       WAS THE ANSWER NO?  IS THAT CORRECT?

02:22PM  19   A.  YES.

02:22PM  20   Q.  HOW ABOUT THE SIEMENS ADVIA?  COULD IT RUN MULTIPLE ASSAYS

02:22PM  21   ON A SINGLE PATIENT SAMPLE?

02:22PM  22   A.  YES.

02:22PM  23   Q.  AND HOW ABOUT MULTIPLE PATIENT SAMPLES, COULD IT RUN

02:22PM  24   SEVERAL PATIENT SAMPLES AT THE SAME TIME?

02:22PM  25   A.  YES.

02:22PM  1    Q.   LET'S TALK A LITTLE BIT ABOUT YOUR WORK IN R&D.

02:23PM  2         ARE YOU FAMILIAR WITH THE TERM "VALIDATION" IN THE CONTEXT

02:23PM  3    OF BLOOD TESTING?

02:23PM  4    A.   YES.

02:23PM  5    Q.   AND WHAT DID THAT MEAN DURING YOUR TIME AT THERANOS?

02:23PM  6    A.   SO VALIDATION AT THERANOS MEANT THAT WE HAD TO CREATE

02:23PM  7    ESSENTIALLY THESE VALIDATION REPORTS, AND WE HAD TO RUN A

02:23PM  8    SERIES OF DIFFERENT STUDIES TO CHECK AND SEE WAS THE TEST

02:23PM  9    SUFFICIENT ENOUGH AND OF QUALITY ENOUGH TO START RUNNING ON

02:23PM 10    PATIENT SAMPLES.

02:23PM 11         SO VALIDATION STUDIES WOULD INCLUDE THINGS LIKE PRECISION.

02:23PM 12    ARE THE TESTS PERFORMING IN A WAY THAT IT'S CONSISTENT OVER

02:23PM 13    TIME?  ARE THEY ACCURATE?  ARE WE BASICALLY BEING ABLE TO

02:23PM 14    GENERATE THE ACCURATE RESULT BASED ON A NO CONCENTRATION SAMPLE

02:23PM 15    THAT WE HAVE?

02:23PM 16         OR ALSO, BECAUSE THERANOS WAS PERFORMING A DIFFERENT TYPE

02:23PM 17    OF COLLECTION, WE WERE DOING FINGERSTICK, WE NEEDED TO CONDUCT

02:23PM 18    STUDIES TO COMPARE HOW DOES THE FINGERSTICK COMPARE TO THE

02:23PM 19    VENOUS DRAW.

02:23PM 20         SO IT WAS A WHOLE RANGE OF DIFFERENT EXPERIMENTS THAT WE

02:24PM 21    HAD TO CONDUCT IN ORDER TO GET THEM APPROVED TO MOVE ON TO THE

02:24PM 22    CLINICAL SETTING.

02:24PM 23    Q.   WE TALKED BEFORE ABOUT RESEARCH AND DEVELOPMENT GENERALLY,

02:24PM 24    BUT FOR VALIDATION SPECIFICALLY, IS THAT SOMETHING THAT HAPPENS

02:24PM 25    BEFORE, DURING, OR AFTER A TEST IS USED ON ACTUAL PATIENTS?

02:24PM  1     A.   TYPICALLY IT HAPPENS BEFORE.

02:24PM  2     Q.   AND WHEN YOU JOINED THERANOS IN 2013, THE COMPANY WAS

02:24PM  3     ALREADY CONDUCTING PATIENT TESTING; IS THAT RIGHT?

02:24PM  4     A.   THAT IS CORRECT.

02:24PM  5     Q.   AND WAS THERE ONGOING VALIDATION WORK HAPPENING AT THE

02:24PM  6     COMPANY DURING YOUR TIME THERE OR WAS IT ALREADY COMPLETE?

02:24PM  7     A.   THERE WAS ONGOING VALIDATION WORK DURING MY TIME THERE.

02:24PM  8     Q.   AND WAS THAT TRUE FOR THROUGHOUT YOUR TIME AT THE COMPANY?

02:24PM  9     A.   YES.

02:24PM  10    Q.   AND WHEN YOU LEFT THE COMPANY IN APRIL OF 2014, WAS ALL OF

02:24PM  11    THE VALIDATION WORK COMPLETE OR WAS IT STILL ON GOING?

02:24PM  12    A.   IT WAS STILL ONGOING.

02:24PM  13    Q.   FOR THE VALIDATION WORK, WERE ACTUAL HUMAN SAMPLES

02:25PM  14    REQUIRED?

02:25PM  15    A.   CAN YOU REPEAT THAT QUESTION.

02:25PM  16    Q.   SURE.  TO VALIDATE A TEST AT THERANOS, WERE HUMAN SAMPLES

02:25PM  17    REQUIRED?

02:25PM  18    A.   YES.

02:25PM  19    Q.   AND WHERE DID THOSE SAMPLES COME FROM FOR THE THERANOS

02:25PM  20    VALIDATION WORK?

02:25PM  21    A.   SO SOMETIMES PEOPLE WOULD GIVE US SAMPLES OR WE WOULD BUY

02:25PM  22    THEM, AND ALSO THEY COLLECTED SAMPLES INHOUSE.  SO WE, AS

02:25PM  23    EMPLOYEES OF THE COMPANY, COULD DONATE OUR BLOOD IN ORDER TO BE

02:25PM  24    PROCESSED AND USED FOR RESEARCH.

02:25PM  25    Q.   AND DID YOU PERSONALLY DONATE BLOOD WHEN YOU WERE AN

02:25PM 1      EMPLOYEE AT THERANOS TO BE USED IN THE VALIDATION PROCESS?

02:25PM 2      A.   YES.

02:25PM 3      Q.   CAN YOU DESCRIBE MR. BALWANI'S INVOLVEMENT, IF ANY, IN THE

02:25PM 4      RESEARCH AND DEVELOPMENT WORK WHILE YOU WERE AT THERANOS?

02:25PM 5      A.   YEAH.  SO SUNNY'S INVOLVEMENT IN THE RESEARCH AND

02:25PM 6      DEVELOPMENT PROCESS, ESPECIALLY WHEN WE WOULD CONDUCT

02:26PM 7      VALIDATION, ESSENTIALLY SUNNY WOULD TELL US WHAT OUR PRIORITIES

02:26PM 8      WERE IN TERMS OF THE ASSAYS THAT WE NEEDED TO VALIDATE.

02:26PM 9           AND ONCE WE HAD CONDUCTED ALL OF THE VALIDATION STUDIES

02:26PM 10     AND WE REVIEWED THEM, WE WOULD GIVE THEM TO SHARADA, AND

02:26PM 11     SHARADA WOULD TALK TO SUNNY AND ELIZABETH ABOUT THE PROGRESS

02:26PM 12     THAT WE WERE MAKING ON THE VALIDATION.

02:26PM 13          EVERY ONCE IN A WHILE HE WOULD COME IN THE LABORATORY,

02:26PM 14     TOO, AND SEE WHAT WE WERE WORKING ON AND TO JUST CHECK IN

02:26PM 15     SOMETIMES TO SEE WHAT WAS HAPPENING IN THE R&D LAB.

02:26PM 16     Q.   HOW FREQUENTLY DID YOU SEE MR. BALWANI IN THE OFFICE AT

02:26PM 17     THERANOS?

02:26PM 18     A.   IN THE OFFICE OR IN THE LABORATORY?

02:26PM 19     Q.   IN THE OFFICE GENERALLY?

02:26PM 20     A.   HE WAS THERE QUITE FREQUENTLY.

02:26PM 21     Q.   AND YOU SAID THAT HE WOULD OCCASIONALLY STOP BY THE R&D

02:26PM 22     LAB SPECIFICALLY?

02:26PM 23     A.   YEAH.  SO WE WOULD -- YOU COULD SEE HIM BECAUSE THEY HAVE

02:26PM 24     GLASS DOORS TO THE OFFICES, SO EVERY TIME YOU WALKED IN AND

02:26PM 25     ENTERED THE BUILDING YOU COULD TYPICALLY SEE THEM IN THE OFFICE

02:26PM   1   AND EVERY ONCE IN A WHILE HE WOULD COME DOWN TO THE LAB AS

02:26PM   2   WELL.

02:26PM   3   Q.   MS. CHEUNG, DO YOU SEE MR. BALWANI IN THE COURTROOM TODAY?

02:27PM   4   A.   YES.

02:27PM   5   Q.   AND COULD YOU IDENTIFY HIM FOR US, PLEASE?

02:27PM   6   A.   HE'S SITTING THERE WEARING THE BLUE MASK AND THE CHECKERED

02:27PM   7   TIE.

02:27PM   8             MR. BOSTIC:   THE RECORD SHOULD SHOW THAT THE WITNESS

02:27PM   9   HAS IDENTIFIED THE DEFENDANT.

02:27PM   10             THE COURT:   YES.

02:27PM   11             MR. BOSTIC:   YOUR HONOR, I'M ABOUT TO MOVE INTO A

02:27PM   12   DIFFERENT SUBJECT.   THIS MIGHT BE A GOOD STOPPING POINT FOR THE

02:27PM   13   DAY.

02:27PM   14             THE COURT:   LET'S DO THAT THEN.   WE'RE GOING TO TAKE

02:27PM   15   OUR BREAK FOR THE DAY.   LET'S RESUME AT 9:00 O'CLOCK.   IF YOU

02:27PM   16   COULD RESUME AT 9:00 O'CLOCK, PLEASE.

02:27PM   17        LADIES AND GENTLEMEN OF THE JURY, I JUST WANT TO READ YOU

02:27PM   18   AN ADMONISHMENT ONCE AGAIN, PLEASE.

02:27PM   19        AS I INDICATED BEFORE THIS TRIAL STARTED, YOU AS JURORS

02:27PM   20   WILL DECIDE THE CASE BASED SOLELY ON THE EVIDENCE THAT IS

02:27PM   21   PRESENTED IN THIS COURTROOM.

02:27PM   22        THIS MEANS THAT AFTER YOU LEAVE HERE FOR THE NIGHT, YOU

02:27PM   23   MUST NOT CONDUCT ANY INDEPENDENT RESEARCH ABOUT THIS CASE, THE

02:27PM   24   MATTERS IN THE CASE, THE LEGAL ISSUES IN THE CASE, OR THE

02:27PM   25   INDIVIDUALS OR OTHER ENTITIES INVOLVED IN THE CASE.

```
02:28PM   1        THIS IS IMPORTANT FOR THE SAME REASONS THAT JURORS HAVE

02:28PM   2    LONG BEEN INSTRUCTED TO LIMIT THEIR EXPOSURE TO TRADITIONAL

02:28PM   3    FORMS OF MEDIA INFORMATION SUCH AS TELEVISION AND NEWSPAPERS.

02:28PM   4        YOU MUST ALSO NOT COMMUNICATE WITH ANYONE IN ANY WAY ABOUT

02:28PM   5    THIS CASE, AND YOU MUST IGNORE ANY INFORMATION ABOUT THE CASE

02:28PM   6    THAT YOU MIGHT SEE WHILE BROWSING THE INTERNET OR YOUR SOCIAL

02:28PM   7    MEDIA FEEDS.

02:28PM   8        IN ESSENCE, LADIES AND GENTLEMEN, ONCE AGAIN, PLEASE, YOU

02:28PM   9    MUST NOT AND YOU MAY NOT DO ANY INDEPENDENT RESEARCH OR IN ANY

02:28PM  10    WAY TRY TO DISCOVER OR HAVE DISCUSSIONS ABOUT THIS CASE OR

02:28PM  11    ANYTHING TO DO WITH IT.

02:28PM  12        WE'LL RECESS THIS EVENING.  IF YOU COULD COLLECT

02:28PM  13    YOURSELVES SUCH THAT WE CAN BEGIN AT 9:00 O'CLOCK TOMORROW, I'D

02:28PM  14    BE GRATEFUL.  I THINK WE HAVE BREAKFAST AGAIN.

02:28PM  15        MS. ROBINSON, DO WE?  GREAT.  OKAY.  THAT AWAITS YOU.

02:28PM  16        HAVE A GOOD EVENING, FOLKS.  WE'LL SEE YOU TOMORROW.

02:29PM  17        THANK YOU.  YOU CAN STAND DOWN.  WE'LL SEE YOU TOMORROW

02:29PM  18    MORNING.

02:29PM  19        (JURY OUT AT 2:29 P.M.)

02:29PM  20        THE COURT:  HAVE A SEAT.  THE RECORD SHOULD REFLECT

02:29PM  21    THAT THE JURY HAS LEFT THE COURTROOM FOR THE EVENING.

02:29PM  22        MS. CHEUNG HAS LEFT THE COURTROOM.

02:30PM  23        ALL COUNSEL AND MR. BALWANI REMAIN.

02:30PM  24        ANYTHING FURTHER BEFORE WE RECESS FOR THE DAY, COUNSEL?

02:30PM  25            MR. BOSTIC:  NOTHING FROM THE GOVERNMENT,
```

02:30PM   1        YOUR HONOR.

02:30PM   2                    THE COURT:  MR. COOPERSMITH.

02:30PM   3                    MR. COOPERSMITH:  NO, YOUR HONOR.

02:30PM   4             THE COURT:  ALL RIGHT.  JUST TO RECALL -- AND THANK

02:30PM   5        YOU FOR YOUR PATIENCE TODAY.  WE GOT OUR FIRST DAY UNDERWAY.

02:30PM   6        THANK YOU FOR THAT.

02:30PM   7             PLEASE RECALL THAT THE COURT IS AVAILABLE AT 8:30.  SHOULD

02:30PM   8        ANY PARTY WISH TO BRING ANYTHING UP FOR DISCUSSION OUTSIDE OF

02:30PM   9        THE PRESENCE OF THE JURY, I'M ALWAYS HERE TO DO THAT SHOULD

02:30PM  10        THAT BECOME NECESSARY AT ANY TIME.

02:30PM  11             WE'LL HAVE TOMORROW, AND THEN WE'LL HAVE A LONG BREAK

02:30PM  12        UNTIL NEXT WEEK.

02:30PM  13             I THINK I'VE INDICATED TO A VERY GENEROUS PERSON HAS

02:30PM  14        OFFERED THE SCHEDULE SUCH THAT WE CAN BE IN SESSION THE LAST

02:30PM  15        WEEK IN MAY, WHICH IS THAT MEMORIAL DAY WEEK.  WE WILL HAVE

02:30PM  16        THOSE DAYS AVAILABLE TO US OWING TO THE GENEROSITY OF A CERTAIN

02:30PM  17        COURT EMPLOYEE.  SO WE'RE VERY GRATEFUL FOR THAT PERSON, AND

02:30PM  18        WE'LL HAVE THAT AVAILABLE TO US.

02:31PM  19             I DON'T THINK I'VE MENTIONED THAT TO THE JURY.  I'LL TELL

02:31PM  20        THEM THAT TOMORROW, TOMORROW MORNING.

02:31PM  21             ALL RIGHT.  HAVE A GOOD EVENING.  THANK YOU.

02:31PM  22                    MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:31PM  23                    MR. COOPERSMITH:  THANK YOU.

02:31PM  24             (COURT ADJOURNED AT 2:31 P.M.)

         25

1

2

3                          CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15                    _____

16                    IRENE RODRIGUEZ, CSR, CRR
                      CERTIFICATE NUMBER 8076

17

18                    _____

19                    LEE-ANNE SHORTRIDGE, CSR, CRR
                      CERTIFICATE NUMBER 9595

20

21                    DATED:  MARCH 22, 2022

22

23

24

25