1

2                      UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

        UNITED STATES OF AMERICA,        )
6                                        )  CR-18-00258-EJD
                        PLAINTIFF,       )
7                                        )  SAN JOSE, CALIFORNIA
                  VS.                    )
8                                        )  MARCH 23, 2022
        RAMESH "SUNNY" BALWANI,          )
9                                        )  VOLUME 9
                        DEFENDANT.       )
10      _____ )  PAGES 1155 - 1381

11

12                   TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                   UNITED STATES DISTRICT JUDGE

14      A P P E A R A N C E S:

15      FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                               BY:  JOHN C. BOSTIC
16                                  JEFFREY B. SCHENK
                               150 ALMADEN BOULEVARD, SUITE 900
17                             SAN JOSE, CALIFORNIA 95113

18                             BY:  ROBERT S. LEACH
                                    KELLY VOLKAR
19                             1301 CLAY STREET, SUITE 340S
                               OAKLAND, CALIFORNIA 94612
20
               (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
        OFFICIAL COURT REPORTER:
22                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
                               CERTIFICATE NUMBER 8074
23

24          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
25

```
1     A P P E A R A N C E S: (CONT'D)

2     FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                              BY:  MOLLY MCCAFFERTY
3                                  SHAWN ESTRADA
                              THE ORRICK BUILDING
4                             405 HOWARD STREET
                              SAN FRANCISCO, CALIFORNIA 94105
5
                              BY:  JEFFREY COOPERSMITH
6                                  AARON BRECHER
                                   AMANDA MCDOWELL
7                             701 FIFTH AVENUE, SUITE 5600
                              SEATTLE, WASHINGTON 98104
8
                              BY:  STEPHEN CAZARES
9                             77 SOUTH FIGUEROA STREET, SUITE 3200
                              LOS ANGELES, CALIFORNIA 90017
10
                              BY:  AMY WALSH
11                            51 W 52ND STREET
                              NEW YORK, NEW YORK 10019
12

13    ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                              BY:  MADDI WACHS, PARALEGAL
14                                 SARA SLATTERY, PARALEGAL

15                            ORRICK, HERRINGTON & SUTCLIFFE
                              JENNIFER CYGNOR, PARALEGAL
16
                              PROLUMINA
17                            BY:  COREY ALLEN
                              2200 SIXTH AVENUE, SUITE 425
18                            SEATTLE, WASHINGTON 98121

19                            UNITED STATES POSTAL INSPECTION SERVICE
                              BY:  CHRISTOPHER MCCOLLOW
20
                              FEDERAL BUREAU OF INVESTIGATION
21                            BY:  MARIO C. SCUSSEL

22                            UNITED STATES FOOD & DRUG
                              ADMINISTRATION
23                            BY:  GEORGE SCAVDIS

24

25
```

1

INDEX OF PROCEEDINGS

2

3          GOVERNMENT'S:

4

**ERIKA CHEUNG**
5          DIRECT EXAM BY MR. BOSTIC (RES.)          P. 1160
           CROSS-EXAM BY MR. COOPERSMITH            P. 1275
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

<u>INDEX OF EXHIBITS</u>

2

IDENT.          EVIDENCE

3

<u>GOVERNMENT'S</u>

4

1227                          1162
5    1287                          1197
1323                          1208
6    1431                          1214
1512                          1222
7    1548                          1227
1589                          1233
8    1587                          1240
1633                          1242
9    1662                          1261
2567                          1266
10   5387H                         1270

11

12   <u>DEFENDANT'S</u>

13   20043                         1280
10224                         1286
14   20020                         1289
20029                         1294
15   1557                          1304
9925                          1311
16   9909                          1331
9368                          1337

17

18

19

20

21

22

23

24

25

```
 1   SAN JOSE, CALIFORNIA                    MARCH 23, 2022

 2                  P R O C E E D I N G S

 3        (COURT CONVENED AT 9:05 A.M.)

 4        (JURY IN AT 9:05 A.M.)

 5            THE COURT:  THANK YOU.  PLEASE BE SEATED.

 6        WE ARE BACK ON THE RECORD IN THE BALWANI MATTER.  ALL

 7   COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.

 8        OUR JURY AND ALTERNATES ARE PRESENT.  GOOD MORNING, LADIES

 9   AND GENTLEMEN.

10        BEFORE WE BEGIN AGAIN, LET ME ASK YOU THAT QUESTION AGAIN,

11   PLEASE.

12        DURING THE RECESS LAST NIGHT AND THIS MORNING, HAVE ANY OF

13   YOU HAD CAUSE OR OCCASION TO DO ANY RESEARCH TO LEARN ANYTHING

14   ABOUT THIS CASE OR HAVE ANYONE TALK TO YOU ABOUT ANYTHING TO DO

15   WITH THIS CASE?

16        IF SO, WOULD YOU PLEASE RAISE YOUR HAND.

17        THANK YOU.  I SEE NO HANDS.  THANK YOU FOR YOUR CONTINUED

18   FIDELITY TO THE COURT'S ADMONITION.

19        I JUST WANT TO TELL YOU ABOUT OUR SCHEDULE THIS MORNING.

20   MY THOUGHT IS WE GO UNTIL 11:00, TAKE A 30 MINUTE BREAK, AND

21   RECONVENE AFTER THAT AND GO UNTIL 1:00 AND TAKE A 30 MINUTE

22   BREAK.

23        WE'RE GOING TO END AT 3:00 O'CLOCK TODAY, COUNSEL, IF THAT

24   SUITS YOU.

25        GREAT.  MR. BOSTIC, YOU'D LIKE TO CONTINUE WITH YOUR
```

09:06AM   1        DIRECT EXAMINATION?

09:06AM   2                    MR. BOSTIC:  YES.  THANK YOU, YOUR HONOR.

09:06AM   3                    THE COURT:  SURE.

09:06AM   4            GOOD MORNING, MS. CHEUNG.  IF YOU WOULD RESUME THE STAND,

09:06AM   5        PLEASE, AND MAKE YOURSELF COMFORTABLE AGAIN.  YOU MAY REMOVE

09:06AM   6        YOUR MASK IF YOU WISH.

09:06AM   7                WHEN YOU ARE COMFORTABLE, WOULD YOU JUST STATE YOUR NAME

09:06AM   8        AGAIN, PLEASE.

09:06AM   9                    THE WITNESS:  MY NAME IS ERIKA CHEUNG.

09:06AM  10            **(GOVERNMENT'S WITNESS, ERIKA CHEUNG, WAS PREVIOUSLY**

09:06AM  11        **SWORN.)**

09:06AM  12                    THE COURT:  THANK YOU.

09:06AM  13            MR. BOSTIC.

09:06AM  14                    MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:06AM  15                      **DIRECT EXAMINATION (RESUMED)**

09:06AM  16        BY MR. BOSTIC:

09:06AM  17        Q.   GOOD MORNING, MS. CHEUNG.

09:06AM  18        A.   GOOD MORNING.

09:06AM  19        Q.   I'D LIKE TO TALK TO YOU ABOUT -- SHIFTING TOPICS REGARDING

09:07AM  20        YOUR TIME AT THERANOS AND ASK YOU ABOUT DEMONSTRATIONS OF

09:07AM  21        THERANOS TECHNOLOGY?

09:07AM  22        A.   OKAY.

09:07AM  23        Q.   WHEN YOU WORKED AT THE COMPANY, WERE YOU INVOLVED IN ANY

09:07AM  24        WAY IN DEMONSTRATIONS OF THE THERANOS TECHNOLOGY DONE FOR

09:07AM  25        VIP'S?

09:07AM 1   A.   YES.

09:07AM 2   Q.   WHAT WAS YOUR INVOLVEMENT IN THOSE DEMONSTRATIONS?

09:07AM 3   A.   SO MY INVOLVEMENT IN THOSE DEMONSTRATIONS IS WHEN WE WOULD

09:07AM 4   GET AN ORDER FOR A VIP SAMPLE, I WOULD RUN THE TEST FOR -- THE

09:07AM 5   ELISA TEST, SO THINGS LIKE VITAMIN D, TSH, TPSA, AND FT4.

09:07AM 6   Q.   AND WHAT WAS YOUR UNDERSTANDING AT THE TIME WHO THOSE

09:07AM 7   VIP'S WERE, GENERALLY SPEAKING?

09:07AM 8   A.   THE VIP'S WERE TYPICALLY INVESTORS OR SPECIAL GUESTS THAT

09:07AM 9   WE HAD COMING INTO THE COMPANY AND KIND OF MORE THAN PATIENTS.

09:07AM 10   Q.   AND HOW FREQUENTLY DID THIS HAPPEN?  HOW OFTEN DID YOU

09:07AM 11   WORK ON A DEMO FOR A VIP GUEST?

09:08AM 12   A.   THE DEMO'S FOR THE VIP'S PROBABLY HAPPENED SEVERAL TIMES A

09:08AM 13   MONTH.

09:08AM 14   Q.   AND WERE THE DEMOS RUN IN THE CLINICAL LAB WHERE PATIENT

09:08AM 15   TESTING WAS DONE OR WERE THEY RUN BY THE R&D DEPARTMENT OR SOME

09:08AM 16   OTHER GROUP?

09:08AM 17   A.   SO IT DEPENDED ON THE TIME.

09:08AM 18        SO INITIALLY WHEN I STARTED WORKING FOR THE COMPANY, THEY

09:08AM 19   WERE RUN BY THE RESEARCH AND DEVELOPMENT TEAM, AND THEN IT WAS

09:08AM 20   A MIXTURE, AND THEN IT WAS EVENTUALLY RUN BY THE CLINICAL LAB.

09:08AM 21   Q.   DO YOU STILL HAVE A BINDER OF DOCUMENTS IN FRONT OF YOU?

09:08AM 22   A.   YES.

09:08AM 23   Q.   CAN I ASK YOU TO TURN TO TAB 1227, PLEASE.

09:08AM 24        DO YOU HAVE 1227 IN FRONT OF YOU?

09:08AM 25   A.   YES.

09:08AM   1    Q.   AND IS THAT AN EMAIL CHAIN INCLUDING YOU AND OTHER

09:08AM   2    INDIVIDUALS AT THERANOS FROM NOVEMBER OF 2013?

09:08AM   3    A.   YES.

09:08AM   4    Q.   DOES THIS EMAIL CHAIN RELATE TO ONE OF THE DEMOS OR ONE OR

09:09AM   5    MORE OF THE DEMOS THAT WE HAVE BEEN DISCUSSING?

09:09AM   6    A.   YES.

09:09AM   7         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1227.

09:09AM   8         MR. COOPERSMITH:  JUST A MOMENT, YOUR HONOR.

09:09AM   9         (PAUSE IN PROCEEDINGS.)

09:09AM  10         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

09:09AM  11         THE COURT:  THANK YOU.  THIS EXHIBIT IS ADMITTED,

09:09AM  12    AND IT MAY BE PUBLISHED.

09:09AM  13         (GOVERNMENT'S EXHIBIT 1227 WAS RECEIVED IN EVIDENCE.)

09:09AM  14    BY MR. BOSTIC:

09:09AM  15    Q.   AND, MS. CHEUNG, DID EMPLOYEES AT THERANOS USE EMAILS TO

09:09AM  16    COORDINATE THE COLLECTION AND PROCESSING OF THESE DEMO SAMPLES?

09:09AM  17    A.   YES.

09:09AM  18    Q.   AND LET'S LOOK AT PAGE 6 OF THIS EMAIL, PLEASE, MS. WACHS.

09:10AM  19         AND DO YOU SEE ON THE SCREEN, MS. CHEUNG, AN EMAIL FROM

09:10AM  20    SOMEONE NAMED DANIEL EDLIN?

09:10AM  21    A.   YES.

09:10AM  22    Q.   TO SEVERAL EMPLOYEES AT THERANOS?

09:10AM  23    A.   YES.

09:10AM  24    Q.   AND WHO WAS DANIEL EDLIN AT THE COMPANY?

09:10AM  25    A.   DANIEL EDLIN WAS ONE OF THE PROJECT MANAGERS.

09:10AM 1    Q.   AND DID HE HAVE A SPECIFIC ROLE IN CONNECTION WITH DEMOS

09:10AM 2    LIKE THIS ONE?

09:10AM 3    A.   HE WAS THE PRODUCT LEADER AND HANDLED BASICALLY ALL OF THE

09:10AM 4    DEMO SAMPLES, SO WE WOULD REPORT BACK ALL OF OUR RESULTS TO

09:10AM 5    DANIEL.  HE WOULD LET US KNOW WHEN THERE WAS A PARTICULAR DEMO

09:10AM 6    SAMPLE THAT WE HAD TO RUN.

09:10AM 7    Q.   IN THIS EMAIL ON OCTOBER 22ND, 2013, THREE PARAGRAPHS DOWN

09:10AM 8    IN HIS EMAIL HE SAYS, "THE DEFAULT TEST LIST FOR THIS GROUP OF

09:10AM 9    DEMOS IS," AND THEN HE LISTS SEVERAL DIFFERENT TESTS.

09:10AM 10       DO YOU SEE THAT?

09:10AM 11   A.   YES.

09:10AM 12   Q.   AND THE TESTS LISTED ARE CHEM 14, LIPIDS, CBC, AND

09:11AM 13   VITAMIN D/TSH/PSA; IS THAT CORRECT?

09:11AM 14   A.   THAT IS CORRECT.

09:11AM 15   Q.   FROM YOUR MEMORY AT YOUR TIME AT THE COMPANY, CAN YOU TELL

09:11AM 16   US WHICH OF THESE COULD BE RUN ON THE EDISON DEVICE AND WHICH

09:11AM 17   COULD NOT?

09:11AM 18   A.   THE ONLY TEST THAT COULD BE RUN ON THE EDISON DEVICE WERE

09:11AM 19   VITAMIN D, TSH, AND PSA.

09:11AM 20       AND CHEM 14, LIPIDS, CBC COULD NOT BE RUN ON THE EDISON

09:11AM 21   DEVICE.

09:11AM 22   Q.   AND CHEM 14, LIPIDS, AND CBC, WERE THOSE EACH INDIVIDUAL

09:11AM 23   TESTS OR WERE THEY PANELS OF TESTS?

09:11AM 24   A.   THOSE WERE PANELS OF TESTS.

09:11AM 25   Q.   SO DOES THAT MEAN LOOKING AT THIS AS A LIST OF TESTS, THE

09:11AM 1    MAJORITY OF THESE TESTS COULD NOT BE RUN ON THE THERANOS-BUILT

09:11AM 2    ANALYZER?

09:11AM 3    A.   THAT'S CORRECT.

09:11AM 4    Q.   LET'S LOOK AT PAGE 4 OF THE SAME EXHIBIT.  LET'S ZOOM IN

09:12AM 5    ON THE MIDDLE MESSAGE FROM SOMEBODY NAMED MAX FOSQUE.

09:12AM 6         AND WHO WAS MAX FOSQUE AT THERANOS?

09:12AM 7    A.   MAX FOSQUE WAS ALSO A PRODUCT MANAGER AS WELL.

09:12AM 8    Q.   AND DID HE HAVE A SIMILAR ROLE IN CONNECTION WITH THESE

09:12AM 9    DEMONSTRATIONS AS MR. EDLIN?

09:12AM 10   A.   YES.

09:12AM 11   Q.   AND MR. FOSQUE'S EMAIL ON OCTOBER 28TH, HE TALKS ABOUT A

09:12AM 12   DEMO THAT IS SCHEDULED FOR THE FOLLOWING DAY; IS THAT RIGHT?

09:12AM 13   A.   THAT IS CORRECT.

09:12AM 14   Q.   AND HE PROVIDES A BULLET POINT LIST WITH SOME DIRECTIONS.

09:12AM 15        DO YOU SEE THAT?

09:12AM 16   A.   YES.

09:12AM 17   Q.   AND THERE'S A TEST LIST FOR THIS DEMO WHICH INCLUDES CBC

09:12AM 18   AND CHEM 14, AND THEN HE SAYS WITH VITAMIN D ADDED IF

09:12AM 19   EVERYTHING IS GOING SMOOTHLY.

09:12AM 20        DO YOU SEE THAT?

09:12AM 21   A.   YES.

09:12AM 22   Q.   AND WHAT WAS YOUR UNDERSTANDING AT THE TIME OF WHAT THAT

09:12AM 23   MEANT?  WHY WOULD AN ASSAY NEED TO BE INCLUDED ONLY IF

09:12AM 24   SOMETHING WAS GOING SMOOTHLY?

09:12AM 25   A.   SO TYPICALLY WE HAD REQUIREMENTS IN HOW LONG IT WOULD TAKE

09:13AM  1    TO GIVE A PATIENT A RESULT, SO THINGS HAD TO BE IN AN HOUR OR

09:13AM  2    TWO.

09:13AM  3         AND IF, SAY, QUALITY CONTROLS DIDN'T PASS OR MAYBE THERE

09:13AM  4    WAS SOME SORT OF PROCESSING ERROR, THERE WOULDN'T BE ENOUGH

09:13AM  5    TIME IN ORDER TO CONDUCT THAT FOLLOW-ON TEST.

09:13AM  6         AND ALSO IN TERMS OF THE EDISON DEVICES AND THE EDISON

09:13AM  7    TESTS, SOMETIMES WE WOULDN'T HAVE THE SYSTEM PREPARED BECAUSE

09:13AM  8    OF QUALITY CONTROL FAILURES USUALLY IN ORDER TO RUN VITAMIN D.

09:13AM  9         SO THAT'S PROBABLY IN REFERENCE TO THE FACT THAT IT

09:13AM  10   WOULDN'T HIT THE MARKER OF TIME OR THERE WAS SOME SORT OF OTHER

09:13AM  11   OPERATIONAL ISSUE THAT WOULD PREVENT US FROM BEING ABLE TO RUN

09:13AM  12   IT.

09:13AM  13   Q.   AND DO I UNDERSTAND CORRECTLY FROM YOUR TESTIMONY THAT

09:13AM  14   ACCORDING TO THIS EMAIL, THE NON-THERANOS EDISON TESTS WOULD BE

09:13AM  15   PERFORMED AND THE EDISON TESTS WOULD ONLY BE PERFORMED IF

09:13AM  16   THINGS WERE RUNNING SMOOTHLY?

09:13AM  17             MR. COOPERSMITH:  OBJECTION.  LEADING.

09:13AM  18             THE COURT:  COUNSEL, DO YOU WANT TO REPHRASE YOUR

09:13AM  19   QUESTION?

09:14AM  20   BY MR. BOSTIC:

09:14AM  21   Q.   MS. CHEUNG, IN THIS EMAIL IT SAYS THAT CBC AND CHEM 14

09:14AM  22   WOULD BE PERFORMED AND VITAMIN D ADDED ONLY IF EVERYTHING WAS

09:14AM  23   GOING SMOOTHLY.

09:14AM  24        WHAT WAS THE DIFFERENCE BETWEEN CBC AND CHEM 14 ON THE ONE

09:14AM  25   HAND AND VITAMIN D ON THE OTHER HAND AS FAR AS WHICH DEVICES

09:14AM 1    WERE USED TO RUN THOSE TESTS?

09:14AM 2    A.   SO CBC AND CHEM 14 USED OTHER OFF-THE SHELF ANALYZERS THAT

09:14AM 3    WERE MODIFIED USING THERANOS METHODS VERSUS VITAMIN D WAS USING

09:14AM 4    THE THERANOS-CREATED DEVICE, THE EDISON, IN ORDER TO RUN IT.

09:14AM 5        SO AT LEAST WITH THE OFF-THE-SHELF THEY WERE A LITTLE MORE

09:14AM 6    PREDICTABLE IF THEY WERE READY TO GO IF THE QC'S PASSED AND HOW

09:14AM 7    LONG IT WOULD TAKE.

09:14AM 8    Q.   AND YOU ARE USING THE TERM QC THAT I'D LIKE TO TALK TO YOU

09:14AM 9    IN A MINUTE, BUT WE'LL SAVE THAT FOR ONE MOMENT IF THAT'S OKAY.

09:14AM 10   A.   ALL RIGHT.

09:14AM 11   Q.   THIS REFERENCE TO THINGS GOING SMOOTHLY, IN YOUR

09:15AM 12   EXPERIENCE IN WORKING ON THESE DEMOS, DID THINGS USUALLY GO

09:15AM 13   SMOOTHLY OR WERE THERE PROBLEMS ENCOUNTERED?

09:15AM 14   A.   THERE WERE MANY PROBLEMS THAT WERE ENCOUNTERED.

09:15AM 15   Q.   LET'S LOOK AT PAGE 3 OF THE SAME EXHIBIT, AND LET'S ZOOM

09:15AM 16   IN ON THE TOP PORTION OF THE PAGE.

09:15AM 17       AND DO YOU SEE AN EMAIL FROM OCTOBER 30TH TO MANY PEOPLE

09:15AM 18   IN THIS SAME GROUP FROM SOMEONE NAMED KATHRYN ROMMEL?

09:15AM 19   A.   YES.

09:15AM 20   Q.   AND WHO WAS KATHRYN ROMMEL AT THERANOS?

09:15AM 21   A.   KATHRYN ROMMEL WAS ONE OF THE SCIENTISTS IN THE GENERAL

09:15AM 22   CHEMISTRY DEPARTMENT.

09:15AM 23   Q.   SHE ASKED A QUESTION IN CONNECTION WITH THE DEMO FOR THAT

09:15AM 24   DAY.  AND THE QUESTION IS "DOES THE ISE SAMPLE NEED TO BE RUN

09:15AM 25   WITH THE SIEMENS PROTOCOL AGAIN?"

CHEUNG DIRECT BY MR. BOSTIC (RES.)

09:15AM 1          DO YOU SEE THAT QUESTION?

09:15AM 2     A.   YES.

09:15AM 3     Q.   WHAT DID ISE MEAN AT THERANOS?

09:15AM 4     A.   THE ISE, I BELIEVE, IS THE ELECTROLYTES FOR THE SAMPLE,

09:16AM 5     BUT I CAN'T BE CERTAIN.

09:16AM 6     Q.   IS IT A PARTICULAR KIND OF TEST?

09:16AM 7     A.   IT'S A PARTICULAR TYPE OF TEST.

09:16AM 8     Q.   AND WHAT IS THIS EMAIL REFERENCING WHEN MS. ROMMEL ASKS IF

09:16AM 9     THE ISE SAMPLE NEEDS TO BE RUN WITH THE SIEMENS PROTOCOL?

09:16AM 10    A.   SO IN THIS CONTEXT THE ISE SAMPLE THAT THEY'RE TALKING

09:16AM 11    ABOUT IS IF IT NEEDS TO BE RUN ON THE SIEMENS ADVIA.

09:16AM 12    Q.   AND WAS THE SIEMENS ADVIA A THERANOS-DESIGNED OR BUILT

09:16AM 13    DEVICE?

09:16AM 14    A.   NO.

09:16AM 15    Q.   IT WAS A THIRD PARTY DEVICE?

09:16AM 16    A.   YES.

09:16AM 17    Q.   SO YOU SAID THAT YOU WERE INVOLVED IN PROCESSING THE

09:16AM 18    SAMPLES FOR THESE DEMOS; IS THAT CORRECT?

09:16AM 19    A.   THAT IS CORRECT.

09:16AM 20    Q.   CAN YOU TELL US ABOUT THE WORKFLOW FOR ACTUALLY PROCESSING

09:16AM 21    ONE OF THESE SAMPLES?

09:16AM 22         AND LET'S GO BACK TO PAGE 6 OF THIS EXHIBIT AND LOOK AT

09:16AM 23    THIS LIST OF ASSAYS IF WE CAN.

09:17AM 24         SO WE SEE THIS LIST OF ASSAYS, CHEM 14, LIPIDS, AND CBC

09:17AM 25    PANELS AND VITAMIN D/TSH, AND PSA; IS THAT RIGHT?

09:17AM 1    A.   THAT IS CORRECT.

09:17AM 2    Q.   AND CAN YOU WALK US THROUGH THE PROCESS AT THERANOS FOR

09:17AM 3    ACTUALLY RUNNING THE TESTS ON A PATIENT SAMPLE FOR ONE OF THESE

09:17AM 4    DEMOS THAT INCLUDED THESE TESTS?

09:17AM 5         MR. COOPERSMITH:   YOUR HONOR, LACKS FOUNDATION.

09:17AM 6    SHE TESTIFIED SHE ONLY RAN THE ELISA SAMPLES.

09:17AM 7         THE COURT:   DO YOU WANT TO LAY A FOUNDATION FOR

09:17AM 8    THIS?

09:17AM 9    BY MR. BOSTIC:

09:17AM 10   Q.   MS. CHEUNG, DURING YOUR TIME AT THERANOS, DID YOU BECOME

09:17AM 11   FAMILIAR WITH HOW EACH OF THESE CATEGORIES OF ASSAYS WAS RUN AT

09:17AM 12   THE COMPANY?

09:17AM 13   A.   YES.

09:17AM 14   Q.   AND DID THAT FAMILIARITY COME FROM THE TIME YOU SPENT IN

09:17AM 15   R&D AS WELL AS IN CLIA?

09:17AM 16   A.   YES.

09:17AM 17   Q.   SO CAN YOU WALK US THROUGH, FOR A SAMPLE THAT CAME IN

09:18AM 18   AROUND THIS TIME PERIOD, WHAT WOULD BE THE PROCESS AT THERANOS

09:18AM 19   FOR CONDUCTING THESE TESTS ON A PATIENT SAMPLE?

09:18AM 20   A.   SO TYPICALLY WHAT WOULD HAPPEN IS A PHLEBOTOMIST WOULD

09:18AM 21   COME BACK INTO THE BACK LABORATORY AND GIVE US AGAIN THAT BLOOD

09:18AM 22   SAMPLE IN THE SMALL NANOTAINER.

09:18AM 23        AND THEN FROM THERE WE WOULD HAVE TO SCAN IT TO SEE OR WE

09:18AM 24   WOULD KNOW FROM THE EMAIL WHAT TEST WE WOULD HAVE TO RUN.

09:18AM 25        SO THEN EACH TEAM WOULD NEED A SAMPLE SIZE OF THAT BLOOD

09:18AM  1    SAMPLE.

09:18AM  2         SO, FOR EXAMPLE, IF IT HAD A CBC BECAUSE IT'S WHOLE BLOOD,

09:18AM  3    WE WOULD HAVE TO GIVE IT TO THE CYTOMETRY SEEM.  THEY WOULD GO

09:18AM  4    AND COLLECT THEIR BLOOD SAMPLE, THEY WOULD GIVE IT BACK TO THE

09:18AM  5    GENERAL CHEMISTRY TEAM, THEY WOULD SPIN IT IN A CENTRIFUGE,

09:18AM  6    THEY WOULD TAKE THEIR BLOOD.

09:18AM  7         AND THEN SAY, AND LET US KNOW ON THE EDISON TEAM, OKAY,

09:18AM  8    IT'S AVAILABLE FOR YOU TO TAKE COLLECTION.

09:18AM  9         SO THEN WE WOULD TAKE COLLECTION.  WE WOULD TAKE THE SMALL

09:18AM  10   SAMPLE.  WE WOULD AGAIN PUT IT -- SCAN IT AND SEE WHAT TESTS WE

09:18AM  11   HAD TO RUN, GO AND LABEL OUR CARTRIDGES, GRAB OUR CARTRIDGES,

09:19AM  12   TAKE IT OVER TO THE TECAN, HAVE THE TECAN DISPENSE THE BLOOD

09:19AM  13   INTO THE CARTRIDGE.

09:19AM  14        ONCE THAT WAS DONE, WE WOULD MAKE SURE THAT THE BAR CODE

09:19AM  15   WAS ON THERE PROPERLY.  WE WOULD TAKE IT OVER TO THE EDISON

09:19AM  16   DEVICE.  WE WOULD RUN IT IN THE EDISON DEVICE MAKING SURE THAT

09:19AM  17   WE CHECKED ON THE TOUCHSCREEN THAT IT WAS THE ACCURATE TEST, WE

09:19AM  18   WOULD HIT START, AND THEN IT WOULD RUN FROM ANYWHERE FROM ONE

09:19AM  19   TO TWO HOURS DEPENDING ON WHAT TEST.

09:19AM  20        AND SAY IF IT WAS THE CASE THAT WE DID VITAMIN D, TSH,

09:19AM  21   PSA, WE HAD TO DO THIS IF IT WERE THREE TESTS THREE TIMES.  SO

09:19AM  22   FOR ONE TEST FOR ONE PATIENT, THAT WHOLE CYCLE IS WHAT WE WOULD

09:19AM  23   DO.

09:19AM  24        BUT IF IT WAS THREE TESTS FOR ONE PATIENT, WE WOULD DO

09:19AM  25   THAT CYCLE THREE TIMES.

09:19AM   1    Q.   AND WHAT DIFFERENT KINDS OF ANALYZERS WOULD BE REQUIRED TO

09:19AM   2    RUN THIS GROUP, SAY, OF ASSAYS ON A SINGLE PATIENT SAMPLE?

09:20AM   3    A.   FOR CHEM 14, LIPIDS, CBC, AND THE VITAMIN D, TSH?

09:20AM   4    Q.   YES.

09:20AM   5    A.   SO THE CHEM 14 AND LIPIDS WOULD REQUIRE A TECAN IN A

09:20AM   6    SIEMENS ADVIA --

09:20AM   7    Q.   START WITH THE TYPE OF TEST.

09:20AM   8    A.   SO FOR THE CHEM 14 AND THE LIPIDS, IT WOULD REQUIRE A

09:20AM   9    TECAN IN THE SIEMENS ADVIA MACHINE.

09:20AM  10        AND THEN FOR CBC IT WOULD REQUIRE THE TECAN IN ADDITION TO

09:20AM  11    A FLOW CYTOMETER CALLED THE BD FORTESSA.

09:20AM  12        AND THEN FOR VITAMIN D, TSH, AND PSA IT WOULD REQUIRE THE

09:20AM  13    TECAN AND THE EDISON DEVICES.

09:20AM  14    Q.   SO FOR THIS GROUP OF TESTS, HOW MANY TIMES WOULD A SAMPLE

09:21AM  15    NEED TO BE SUBDIVIDED?

09:21AM  16    A.   FOR -- SAY IF WE DID ALL OF THESE?

09:21AM  17    Q.   UH-HUH.

09:21AM  18    A.   IT WOULD NEED TO BE SUBDIVIDED SIX TIMES.

09:21AM  19    Q.   SO YOU WOULD NEED TO TAKE A SMALL SAMPLE THAT CAME IN AND

09:21AM  20    BREAK IT UP INTO THE SIX EVEN SMALLER SAMPLES?

09:21AM  21    A.   YES.

09:21AM  22    Q.   AND THE DEVICES USED TO RUN THE CBC PANEL AND THE CHEM 14

09:21AM  23    AND LIPIDS PANELS, WERE THOSE THERANOS DESIGNED OR MANUFACTURED

09:21AM  24    DEVICES?

09:21AM  25    A.   NO.

09:21AM  1    Q.   AND HOW MANY PEOPLE AT THERANOS, IF YOU CAN ESTIMATE,

09:21AM  2    WOULD BE REQUIRED TO RUN THIS MANY TESTS ON A SINGLE PATIENT

09:21AM  3    SAMPLE IN THIS CONTEXT?

09:21AM  4    A.   AT A MINIMUM THERE WOULD NEED TO BE ABOUT FOUR PEOPLE.

09:22AM  5    Q.   I'D LIKE TO ASK ABOUT THE CLINICAL LAB AT THERANOS.  DID

09:22AM  6    YOU ALSO WORK IN THE CLINICAL LAB?

09:22AM  7    A.   YES.

09:22AM  8    Q.   AND WAS THERE A TIME WHEN YOU TRANSITIONED FROM WORKING IN

09:22AM  9    R&D TO CLINICAL?

09:22AM  10   A.   YES.

09:22AM  11   Q.   AND WHEN DID THAT HAPPEN APPROXIMATELY?

09:22AM  12   A.   SO APPROXIMATELY THAT HAPPENED -- THERE WAS A BIT OF

09:22AM  13   OVERLAP.  SO I WAS KIND OF IN BOTH.  BUT IT HAPPENED AROUND

09:22AM  14   DECEMBER OR JANUARY AND THEN THE FULL CONVERSION MAYBE IN

09:22AM  15   FEBRUARY.

09:22AM  16   Q.   AND WE'RE STILL IN 2014?

09:22AM  17   A.   WE'RE STILL IN -- YEAH, DECEMBER OF 2013 TO FEBRUARY OF

09:22AM  18   2014.

09:22AM  19   Q.   WHERE WAS THE CLINICAL LAB; LOCATED IN THE THERANOS

09:22AM  20   BUILDING?

09:22AM  21   A.   SO THERE WERE TWO CLINICAL LABS.  SO THERE WAS AN UPSTAIRS

09:22AM  22   CLINICAL LAB THAT HAD ALL OF THE FDA APPROVED MACHINES, AND

09:22AM  23   THAT WAS CALLED THE DINOSAUR LAB, AND THEN WE ADDITIONALLY HAD

09:22AM  24   A SECONDARY CLINICAL LAB IN THE DOWNSTAIRS LIKE BASEMENT AREA

09:23AM  25   THAT WAS CALLED NORMANDY.  AND THAT'S WHERE ALL OF THE THERANOS

09:23AM 1    DEVICES, THE EDISON DEVICES, IN ADDITION TO THE

09:23AM 2    THERANOS-MODIFIED DEVICES WERE LOCATED.

09:23AM 3    Q.    WHO CALLED THE UPSTAIRS LAB THE DINOSAUR LAB AT THERANOS?

09:23AM 4    A.    THAT WAS JUST THE NAME IT WAS GIVEN.

09:23AM 5    Q.    AND WHAT WAS YOUR UNDERSTANDING AS TO WHY IT WAS CALLED

09:23AM 6    THE DINOSAUR LAB?

09:23AM 7    A.    IT WAS CALLED THE DINOSAUR LAB BECAUSE IT WAS ALL THE OLD

09:23AM 8    WHAT WE CALL PREDICATE MACHINES OF THE TYPE OF BLOOD

09:23AM 9    DIAGNOSTICS THAT YOU WOULD HAVE SEEN IN THE PAST VERSUS WHAT WE

09:23AM 10   WERE TRYING TO BUILD IN THE FUTURE WHICH WAS LEVERAGING

09:23AM 11   FINGERSTICK TECHNOLOGY IN ORDER TO PROCESS BLOOD SAMPLES.

09:23AM 12   Q.    AND THOSE THERANOS-SPECIFIC DEVICES WERE IN THE DOWNSTAIRS

09:23AM 13   PORTION OF THE LAB?

09:23AM 14   A.    THAT'S CORRECT.

09:23AM 15   Q.    WHEN YOU WORKED IN THE CLINICAL LAB, CAN YOU DESCRIBE HOW

09:23AM 16   YOU FIT INTO THE ORGANIZATION?  WHO DID YOU REPORT TO AND WHO

09:23AM 17   DID YOU WORK AROUND?

09:23AM 18   A.    YEAH.  SO IN THE CLINICAL LAB THERE WAS SUNNY AND

09:23AM 19   ELIZABETH AT THE TOP;

09:24AM 20       AND THEN WHO REPORTED TO SUNNY AND ELIZABETH WERE THE LAB

09:24AM 21   DIRECTOR AND THE MEDICAL DIRECTOR;

09:24AM 22       AND THEN UNDERNEATH THE LAB DIRECTOR AND THE MEDICAL

09:24AM 23   DIRECTOR THERE WAS A QC SPECIALIST AND QC MANAGER.  THERE WERE

09:24AM 24   OTHER TYPES OF CLINICAL LAB MANAGERS I WOULD SAY.

09:24AM 25       AND THEN UNDERNEATH THEM WERE CLINICAL LAB SCIENTISTS;

09:24AM 1      AND THEN UNDERNEATH THEM WERE THE LAB ASSOCIATES AND THE

09:24AM 2   CUSTOMER SERVICE REPRESENTATIVES.

09:24AM 3      AND I WAS AT THE BOTTOM OF THAT CHAIN AT THE LAB ASSOCIATE

09:24AM 4   LEVEL.

09:24AM 5   Q.   SO WHAT WAS YOUR ROLE THEN?  WHAT WAS THE WORK THAT YOU

09:24AM 6   WERE DOING IN THE CLINICAL LAB ON A DAY-TO-DAY BASIS?

09:24AM 7   A.   SO THE ROLE AND THE DUTIES I HAD ON A DAILY BASIS WERE

09:24AM 8   ESSENTIALLY PREPARING THE LABORATORY IN ORDER TO GET READY TO

09:24AM 9   PROCESS PATIENT SAMPLES.

09:24AM 10      I WAS IN CHARGE OF RUNNING QUALITY CONTROLS, AND THAT'S

09:24AM 11  ESSENTIALLY A CHECK THAT YOU HAVE TO DO BEFORE YOU RUN THE

09:25AM 12  PATIENT SAMPLES.

09:25AM 13      AND THEN I WOULD ACTIVELY PROCESS THE PATIENT SAMPLES.

09:25AM 14      AND THEN I WOULD SAY IF RESEARCH AND DEVELOPMENT NEEDED TO

09:25AM 15  CONVERT THINGS OVER TO THE CLINICAL LAB, I WAS ALSO TASKED WITH

09:25AM 16  CONVERTING NEW ASSAYS OVER THERE, MAKING SURE WE HAD THE PROPER

09:25AM 17  INFRASTRUCTURE, LIKE DO WE HAVE THE CHEMICALS THAT WE NEED, DO

09:25AM 18  WE HAVE THE CORRECT SOP'S THAT WE NEED, ARE PEOPLE AWARE OF THE

09:25AM 19  NEW TYPES OF PATIENT TESTS THAT WE MIGHT BE RECEIVING.

09:25AM 20  Q.   YOU MENTIONED THE STRUCTURE OF PART OF THE COMPANY.  I'D

09:25AM 21  LIKE TO ASK YOU A LITTLE BIT MORE ABOUT MR. BALWANI'S

09:25AM 22  INVOLVEMENT.

09:25AM 23      HOW FREQUENTLY DID YOU SEE HIM, LET'S SAY, IN THE OFFICE

09:25AM 24  DURING YOUR TIME WORKING IN THE CLINICAL LAB?

09:25AM 25  A.   IN THE OFFICE?  HE WAS THERE QUITE FREQUENTLY IN HIS

09:25AM  1    OFFICE.

09:25AM  2    Q.   AND HOW ABOUT IN THE CLINICAL LAB SECTION ITSELF?  WAS HE

09:25AM  3    EVER THERE?

09:25AM  4    A.   HE WAS IN THE CLINICAL LAB SECTION EVERY ONCE IN A WHILE,

09:25AM  5    SO YOU WOULD SEE HIM PROBABLY ON A MONTHLY BASIS.

09:25AM  6    Q.   AND DID YOU HAVE DIRECT CONTACT WITH MR. BALWANI IN

09:26AM  7    CONNECTION WITH YOUR WORK AT THE CLINICAL LAB?

09:26AM  8    A.   NOT ALWAYS, NOT ALWAYS.

09:26AM  9         EVERY ONCE IN A WHILE HE WOULD DO WALKTHROUGHS AND ASK

09:26AM  10   QUESTIONS ABOUT WHAT WE WERE WORKING ON.

09:26AM  11   Q.   THERE WERE A FEW LAYERS OF REPORTING IN BETWEEN YOU AND

09:26AM  12   MR. BALWANI; IS THAT RIGHT?

09:26AM  13   A.   THAT IS CORRECT.

09:26AM  14   Q.   DURING YOUR TIME WORKING IN THE CLINICAL LAB, DID YOU

09:26AM  15   CONTINUE TO DO ANY R&D WORK AT THERANOS?

09:26AM  16   A.   CAN YOU REPEAT THAT QUESTION.

09:26AM  17   Q.   DURING YOUR TIME IN THE CLINICAL LAB AFTER YOU HAD

09:26AM  18   TRANSITIONED OVER TO THAT PART --

09:26AM  19   A.   YES.

09:26AM  20   Q.   -- DID YOU CONTINUE TO DO ANY RESEARCH AND DEVELOPMENT

09:26AM  21   WORK?

09:26AM  22   A.   YES.

09:26AM  23   Q.   AND WHAT KIND OF WORK WERE YOU STILL DOING FOR RESEARCH

09:26AM  24   AND DEVELOPMENT?

09:26AM  25   A.   SO ANY TIME THAT THEY HAD CERTAIN VALIDATION STUDIES AND

09:26AM 1    THEY NEEDED SOMEONE TO RUN CARTRIDGES, I WOULD RUN THEM FOR

09:26AM 2    THEM.

09:26AM 3        WE WERE CONVERTING CONSTANTLY OVER TO NEW TYPES OF

09:26AM 4    SYSTEMS.  SO, FOR EXAMPLE, WE USED TO HAND FILL THE CARTRIDGES

09:26AM 5    WITH ALL OF THE REAGENTS, BUT THEN WE HAD THIS SYSTEM CALLED

09:27AM 6    CAPSYS, AND THAT'S SPELLED C-A-P-S-Y-S.  SO WE HAD TO TEST, YOU

09:27AM 7    KNOW, WHAT ARE THE STABILITY OF THOSE CARTRIDGES OVER OTHERS.

09:27AM 8        ALSO, ANYTHING THAT MAY HAVE COME UP.  SOMETIMES THEY

09:27AM 9    WOULD HAVE US RUN EXTRA VALIDATION STUDIES TO SEE WHAT WAS

09:27AM 10   GOING ON.  YEAH.

09:27AM 11   Q.   AND WHEN YOU REFER TO EXTRA VALIDATION STUDIES TO SEE WHAT

09:27AM 12   WAS GOING ON, WHAT KINDS OF REASONS WOULD PROMPT THOSE EXTRA

09:27AM 13   STUDIES?

09:27AM 14   A.   TYPICALLY IT WAS BECAUSE WE WERE SEEING A LOT OF FAILURES

09:27AM 15   WITH QUALITY CONTROL DATA, OR WE WERE JUST HAVING A LOT OF

09:27AM 16   ISSUES WITH THE PERFORMANCE OF THE TEST, AND SO WE NEEDED TO

09:27AM 17   JUST HAVE CERTAIN CHECKS TO SEE, OKAY, WHAT IS CAUSING THESE

09:27AM 18   ISSUES?  HOW DO WE RESOLVE THE FACT THAT WE'RE HAVING PROBLEMS

09:27AM 19   ON A FREQUENT BASIS TO MAKE SURE THAT THE SYSTEM IS WORKING

09:27AM 20   PROPERLY TO ACTUALLY TEST THE PATIENTS IN ADDITION TO NOT MAKE

09:28AM 21   IT SO CUMBERSOME FOR OUR WORKFLOW, THE FACT THAT WE'RE

09:28AM 22   CONSTANTLY HAVING TO DO CRISIS MANAGEMENT BECAUSE THERE WERE SO

09:28AM 23   MANY ISSUES AND STAY UP LATE AND NOT BE ABLE TO BASICALLY DO

09:28AM 24   OUR WORK IN A TIMELY MANNER.

09:28AM 25   Q.   SO IN EARLY 2014 AT THERANOS, YOU'RE WORKING ON BOTH

09:28AM 1    SIDES?  YOU'RE WORKING ON THE CLINICAL SIDE SEEING THESE ISSUES

09:28AM 2    WITH PATIENT TESTING AND ALSO ON THE RESEARCH AND DEVELOPMENT

09:28AM 3    SIDE TRYING TO ADDRESS THOSE ISSUES?

09:28AM 4    A.   CORRECT.

09:28AM 5    Q.   I'D LIKE TO TALK TO YOU ABOUT QC WHAT YOU MENTIONED.  CAN

09:28AM 6    YOU EXPLAIN FOR US WHAT QC REFERS TO?

09:28AM 7    A.   SO QUALITY CONTROL IS ESSENTIALLY SORT OF LIKE A TESTING

09:28AM 8    SYSTEM THAT YOU HAVE BEFORE YOU RUN A PATIENT SAMPLE.

09:28AM 9        SO IN QC YOU HAVE A KNOWN CONCENTRATION OF A PARTICULAR

09:28AM 10   TEST.  SO, FOR EXAMPLE, FOR VITAMIN D WHEN I HAVE THE QC

09:28AM 11   SAMPLE, I KNOW THAT IT'S, YOU KNOW, TEN NANOTAINERS PER MILL.

09:29AM 12       AND SO BEFORE I RUN MY PATIENT SAMPLE, I BASICALLY THROW

09:29AM 13   THAT INTO THE MACHINE, IT GIVES ME AN ANSWER, AND IT SHOULD

09:29AM 14   IDEALLY BE TEN NANOGRAMS PER MILL OR IN SOME ACCEPTABLE RANGE

09:29AM 15   FOR THAT.  YOU WILL HAVE A HIGH VALUE, A LOW VALUE, SOMETIMES

09:29AM 16   YOU'LL HAVE THREE, YOU'LL HAVE A MIDDLE ONE.

09:29AM 17       AND BASICALLY THAT GIVES YOU SOME LEVEL OF CONFIDENCE THAT

09:29AM 18   ALL OF THE PARTS AND PIECES OF THE SYSTEM ARE WORKING PROPERLY

09:29AM 19   BECAUSE IN DIAGNOSTICS YOU HAVE TO CHECK THINGS LIKE THE

09:29AM 20   CHEMICALS YOU'RE USING, IS SOMEONE TRAINED OR NOT, YOU KNOW,

09:29AM 21   IS -- I DON'T KNOW -- IS THE SYSTEM LIKE THE DEVICE ITSELF TOO

09:29AM 22   HOT OR DOES IT HAVE SOME ISSUE, HARDWARE ISSUE?

09:29AM 23       SO THAT'S EFFECTIVELY WHAT QUALITY CONTROL IS, ARE THESE

09:29AM 24   KNOWN CONCENTRATIONS, YOU RUN THEM, AND SEE IF THEY PASS OR

09:29AM 25   FAIL, AND THAT GIVES YOU THE GO AHEAD TO BE ABLE TO RUN YOUR

CHEUNG DIRECT BY MR. BOSTIC (RES.)

09:29AM   1      PATIENT SAMPLE.

09:30AM   2      Q.   AND THE QUALITY CONTROL CHECKS, WERE THEY TEST SPECIFIC?

09:30AM   3      IN OTHER WORDS, DID YOU HAVE TO RUN A SPECIFIC QUALITY CONTROL

09:30AM   4      CHECK FOR, SAY, A VITAMIN D TEST BEFORE YOU COULD RUN A

09:30AM   5      VITAMIN D TEST?

09:30AM   6      A.   THAT IS CORRECT.

09:30AM   7      Q.   AND HOW FREQUENTLY DID THOSE QUALITY CONTROL CHECKS HAVE

09:30AM   8      TO BE DONE IN THE CLINICAL LAB?

09:30AM   9      A.   THEY HAD TO BE DONE EVERY DAY.

09:30AM  10      Q.   EVERY DAY FOR EACH MACHINE?

09:30AM  11      A.   YES.

09:30AM  12      Q.   AND FOR EACH ASSAY THAT THAT MACHINE WAS GOING TO BE RUN

09:30AM  13      IN?

09:30AM  14      A.   YES.

09:30AM  15      Q.   AND WHAT HAPPENED AT THERANOS OR WHAT WAS SUPPOSED TO

09:30AM  16      HAPPEN IF A MACHINE DIDN'T PASS THAT QUALITY CONTROL CHECK FOR

09:30AM  17      A CERTAIN TEST ON A CERTAIN DAY?

09:30AM  18      A.   SO IF A QUALITY CONTROL FAILED, ESSENTIALLY WE WOULD HAVE

09:30AM  19      TO CONDUCT AN INVESTIGATION TO SEE WHAT THE ISSUE WAS.

09:30AM  20           SO WAS IT THE CASE THAT THERE'S AN ISSUE OR SOME SORT OF

09:30AM  21      FAILURE WITH THE SYSTEM?  WAS IT SORT OF A FLUKE INCIDENT?

09:31AM  22           AND FROM THERE WE WOULD, YOU KNOW, TRY AND RESOLVE WHAT

09:31AM  23      WAS THE ISSUE.

09:31AM  24           TYPICALLY IF IT DID FAIL, WE WOULD TRY TO RUN QUALITY

09:31AM  25      CONTROLS ON ANOTHER SET OF MACHINES TO SEE IF WE COULD STILL

09:31AM  1       RUN A PATIENT SAMPLE.

09:31AM  2           AND THEN ALTERNATIVELY IF WE WERE NOT ABLE TO FIGURE OUT

09:31AM  3       WHAT THE ACTUAL ISSUE IS, WE WOULD HAVE TO RECALIBRATE THE

09:31AM  4       WHOLE SYSTEM, WHICH IS ABOUT A 20 TO AN 80 HOUR PROCESS.

09:31AM  5       Q.   AND WHY DID THAT HAVE TO BE DONE?  WHY COULDN'T THE

09:31AM  6       MACHINE BE USED FOR TESTING AFTER IT FAILED QUALITY CONTROL?

09:31AM  7       A.   IT WAS PART OF OUR PROTOCOLS IN THE SOP'S AT THERANOS, AND

09:31AM  8       IN ADDITION TO THE FACT THAT IT'S A GOOD INDICATION THAT

09:31AM  9       THERE'S SOMETHING WRONG WITH YOUR SYSTEM, SO IT'S PROBABLY NOT

09:31AM  10      GOING TO GIVE YOU RELIABLE RESULTS FOR THE PATIENT SAMPLES IF

09:31AM  11      IT'S NOT WORKING FOR THIS SAMPLE THAT YOU KNOW THE

09:31AM  12      CONCENTRATION OF.

09:31AM  13      Q.   CAN YOU TURN IN YOUR BINDER TO TAB 1289, PLEASE.

09:32AM  14           AND IS 1289 AN EMAIL CHAIN INCLUDING YOU AND OTHER

09:32AM  15      EMPLOYEES AT THERANOS FROM NOVEMBER 2013?

09:32AM  16      A.   YES.

09:32AM  17      Q.   AND DOES IT RELATE TO QUALITY CONTROL AS WE'VE BEEN

09:32AM  18      DISCUSSING?

09:32AM  19      A.   YES.

09:32AM  20           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1289.

09:32AM  21           MR. COOPERSMITH:  YOUR HONOR, I HAVE AN OBJECTION

09:32AM  22      UNDER RULE 106.  IT'S AN INCOMPLETE EMAIL STRING.

09:32AM  23           AND I WOULD REFER THE COURT TO EXHIBIT 1288.

09:32AM  24           THE COURT:  IS 1288 IN YOUR SUBMISSION IN YOUR

09:32AM  25      BINDER?

09:32AM   1        MR. BOSTIC:  IT IS NOT, YOUR HONOR.  IT IS NOT IN

09:32AM   2   THE COLLECTION OF DOCUMENTS THAT WE PULLED.

09:32AM   3      THIS IS THE COMPLETE VERSION OF THIS DOCUMENT.

09:33AM   4        MR. COOPERSMITH:  IT JUST DOESN'T CONTAIN THE ENTIRE

09:33AM   5   STRING.  IT'S INCOMPLETE.

09:33AM   6      THE OTHER DOCUMENT, 1288, HAS THE REST OF THE STRING THAT

09:33AM   7   WOULD BE RELEVANT TO THE SAME ISSUE.

09:33AM   8        THE COURT:  DO YOU HAVE 1288?

09:33AM   9        MR. BOSTIC:  ONE MOMENT, YOUR HONOR.

09:33AM  10      1287 IS A MORE COMPLETE VERSION OF THIS CHAIN.  IT MIGHT

09:33AM  11   INCLUDE THE ADDITIONAL CONTENT THAT DEFENSE COUNSEL WOULD LIKE

09:33AM  12   TO SEE.

09:33AM  13        THE COURT:  MR. COOPERSMITH, COULD YOU DRAW YOUR

09:33AM  14   ATTENTION TO THAT.

09:33AM  15        MR. COOPERSMITH:  YES, YOUR HONOR, I HAVE

09:33AM  16   EXHIBIT 1287 AS WELL.  THAT'S SORT OF A DIFFERENT BRANCH OF THE

09:33AM  17   STRING, BUT IT DOES NOT CONTAIN ALL OF THE INFORMATION THAT

09:33AM  18   1288 DOES.

09:33AM  19        MR. BOSTIC:  YOUR HONOR, I WOULD PROPOSE ADMITTING

09:33AM  20   1289 AT THIS TIME.  IF THE DEFENSE WOULD LIKE TO SUBMIT INTO

09:33AM  21   EVIDENCE A MORE COMPLETE COPY, I THINK THE GOVERNMENT WON'T

09:34AM  22   OBJECT.

09:34AM  23        MR. COOPERSMITH:  YOUR HONOR, I THINK RULE 106 SAYS

09:34AM  24   THAT WE ARE PERMITTED TO HAVE IT DONE AT THIS TIME.  THAT IS

09:34AM  25   WHAT THE RULES SAYS.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                    1180

09:34AM   1              THE COURT:  IS THAT WHAT YOU WOULD LIKE,

09:34AM   2     MR. COOPERSMITH?

09:34AM   3              MR. COOPERSMITH:  YES.

09:34AM   4              THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, WE'LL

09:34AM   5     TAKE A BRIEF RECESS WHILE I LOOK AT THIS DOCUMENT.  WE'LL TAKE

09:34AM   6     A BRIEF RECESS, PARDON ME, AND WE'LL RECONVENE IN JUST A

09:34AM   7     MOMENT.

09:34AM   8          AND IF SOMEONE COULD HAND ME 1288, PLEASE.

09:34AM   9          (JURY OUT AT 9:34 A.M.)

09:34AM   10              THE COURT:  THANK YOU, MS. CHEUNG.

09:34AM   11     IF YOU COULD LEAVE PLEASE FOR JUST A MOMENT.

09:35AM   12     THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT THE

09:35AM   13     COURTROOM.

09:35AM   14          PLEASE BE SEATED.  THANK YOU.

09:35AM   15              MR. COOPERSMITH:  WE ARE LOOKING FOR A COPY,

09:35AM   16     YOUR HONOR.

09:35AM   17              THE COURT:  AND MS. CHEUNG HAS LEFT THE COURTROOM AS

09:35AM   18     WELL.  THANK YOU.

09:35AM   19              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:35AM   20          (PAUSE IN PROCEEDINGS.)

09:35AM   21              MR. COOPERSMITH:  YOUR HONOR, I HAVE A COPY OF

09:35AM   22     EXHIBIT 1288.

09:35AM   23          I THINK THE GOVERNMENT HAS ONE; IS THAT RIGHT?

09:35AM   24              MR. BOSTIC:  I DON'T HAVE A COPY OF 1288 WITH ME.

09:35AM   25              MR. COOPERSMITH:  OKAY.

09:35AM 1          THE COURT:  WOULD YOU LIKE US TO MAKE COPIES OF

09:35AM 2    YOURS OR DO YOU HAVE A COPY MACHINE IN YOUR ROOM?

09:36AM 3          MR. BOSTIC:  I CAN ALSO TAKE A BRIEF LOOK,

09:36AM 4    YOUR HONOR, BEFORE THE COPY IS HANDED UP TO THE COURT.

09:36AM 5          THE COURT:  WELL, HE SHOULD SHARE.

09:36AM 6          MR. COOPERSMITH:  I FOUND TWO COPIES, YOUR HONOR.

09:36AM 7          THE COURT:  WHY DON'T YOU SHARE ONE WITH MR. BOSTIC,

09:36AM 8    PLEASE.

09:37AM 9        (PAUSE IN PROCEEDINGS.)

09:37AM 10          THE COURT:  MR. BOSTIC, HAVE YOU HAD OCCASION TO

09:37AM 11    LOOK AT 1288?

09:37AM 12          MR. BOSTIC:  YES.  THANK YOU, YOUR HONOR.

09:37AM 13      THE GOVERNMENT OPPOSES ADMITTING THIS VERSION INSTEAD OF

09:37AM 14    THE VERSION PROVIDED BY THE GOVERNMENT.

09:37AM 15      FOR ONE THING, RULE 106 DOES NOT AUTOMATICALLY REQUIRE

09:37AM 16    THAT THE LONGEST VERSION OF ANY GIVEN EMAIL CHAIN BE ADMITTED.

09:37AM 17    IT'S A RULE THAT REQUIRES THAT COMPLETE VERSIONS OF EXHIBITS BE

09:37AM 18    ADMITTED WHERE FAIRNESS SO REQUIRES.

09:37AM 19      I DON'T THINK IT'S UNFAIR TO ADMIT 1289 OR 1287 INSTEAD OF

09:37AM 20    1288.

09:37AM 21      AND CERTAINLY IT WOULD BE AN ACCEPTABLE SOLUTION IF IT

09:37AM 22    WERE UNFAIR TO SIMPLY ADMIT 1288 IN ADDITION.

09:37AM 23      BUT LOOKING AT THE CONTENT OF 1288, I SEE SOME HEARSAY

09:37AM 24    PROBLEMS WITH THE PORTIONS THAT ARE UNIQUE TO THIS VERSION OF

09:38AM 25    THE EMAIL CHAIN.

09:38AM   1          SO THE GOVERNMENT WOULD OPPOSE THE ADMISSION OF 1288 IN

09:38AM   2    ANY CASE.

09:38AM   3          THE COURT:  MR. COOPERSMITH.

09:38AM   4          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:38AM   5          SO AS THE COURT KNOWS, RULE 106 REQUIRES OTHER DOCUMENTS

09:38AM   6    TO BE CONSIDERED AND IN FAIRNESS THEY OUGHT TO BE CONSIDERED AT

09:38AM   7    THE SAME TIME.

09:38AM   8          IF YOU LOOK AT EXHIBIT 1289 THAT THE GOVERNMENT OFFERED,

09:38AM   9    MS. CHEUNG SAYS THAT CERTAIN QC FAILED, AND THEN THERE'S SOME

09:38AM   10   MORE DISCUSSION.

09:38AM   11         AND THE VERY TOP EMAIL IS FROM MR. BALWANI WHERE HE SAYS

09:38AM   12   THAT THIS IS BEYOND UNACCEPTABLE PERFORMANCE; RIGHT?

09:38AM   13         IF YOU GO TO EXHIBIT 1288, YOU CAN SEE AT THE BOTTOM OF

09:38AM   14   THE PAGE, NEAR THE BOTTOM OF THE PAGE.

09:38AM   15         THE COURT:  WHICH PAGE?

09:38AM   16         MR. COOPERSMITH:  I'M SORRY, ON EXHIBIT 1288 THE

09:38AM   17   BOTTOM OF THE FIRST PAGE YOU CAN SEE THE SAME EMAIL FROM

09:39AM   18   MR. BALWANI, "THIS IS BEYOND UNACCEPTABLE PERFORMANCE."

09:39AM   19         BUT THEN IT GOES ON.  AND THERE'S AN EMAIL FROM DR. DOSHI,

09:39AM   20   THERE'S AN EMAIL FROM MS. HOLMES, AND THERE'S AN EMAIL FROM

09:39AM   21   DR. YOUNG THAT SAYS THAT "THIS HAS BEEN RESOLVED."

09:39AM   22         THERE'S ANOTHER EMAIL THAT SAYS -- THERE'S ANOTHER EMAIL

09:39AM   23   FROM DANIEL YOUNG ON NOVEMBER 30TH, 2013, ON THE TOP THAT SAYS,

09:39AM   24   "ONE OF THE QC RUNS PASSED AFTER THE SOP WAS FOLLOWED

09:39AM   25   APPROPRIATELY."

09:39AM  1          AND THEN THERE'S AN EMAIL FROM MS. HOLMES, "WE NEED TO

09:39AM  2     RETRAIN."

09:39AM  3          SO THAT IS THE PART OF IT.

09:39AM  4          WHAT THE GOVERNMENT IS TRYING TO DO, IT APPEARS, IS LEAVE

09:39AM  5     THE IMPRESSION THAT WITH THIS EXHIBIT THERE WAS A QC FAILURE

09:39AM  6     AND THEN NOTHING ELSE HAPPENED.

09:39AM  7          BUT IN FAIRNESS, I THINK THE ENTIRE EPISODE HERE IS THAT,

09:39AM  8     YES, MS. CHEUNG REPORTED THAT, BUT APPARENTLY DR. YOUNG FELT

09:39AM  9     THAT SHE DIDN'T FOLLOW THE SOP PROPERLY.  SO WE THINK THAT

09:40AM 10     OUGHT TO BE CONSIDERED AT THE SAME TIME IF THE GOVERNMENT IS

09:40AM 11     GOING TO OFFER THIS EXHIBIT.

09:40AM 12             MR. BOSTIC:  SO, YOUR HONOR, I THINK THAT PART OF

09:40AM 13     THE DEFENSE'S OBJECTION MIGHT HAVE BEEN SOLVED WITH MY NEXT

09:40AM 14     EXHIBIT BECAUSE I WAS GOING TO GO TO 1287 NEXT.

09:40AM 15          BUT MR. COOPERSMITH DOESN'T HAVE THE BENEFIT OF A COPY OF

09:40AM 16     MY OUTLINE, OF COURSE.

09:40AM 17          1287 INCLUDES FOLLOW-ON DISCUSSION AFTER THE EMAIL FROM

09:40AM 18     MR. BALWANI WHERE HE SAYS, "THIS IS BEYOND UNACCEPTABLE

09:40AM 19     PERFORMANCE," SO IT AVOIDS LEAVING THE JURY WITH THE IMPRESSION

09:40AM 20     THAT THERE WAS NO FURTHER DISCUSSION.

09:40AM 21          AND, IN FACT, EXHIBIT 1287, IF I'M READING IT CORRECTLY,

09:40AM 22     IS A MORE COMPLETE VERSION AND EXPLANATION OF WHAT HAPPENED

09:40AM 23     HERE.  IT SPECIFICALLY INCLUDES A REQUEST FROM MS. HOLMES TO

09:40AM 24     EXPLAIN WHAT THE RESOLUTION WAS, AND SURAJ SAKSENA RESPONDS

09:40AM 25     AGAIN IN EXHIBIT 1287 EXPLAINING THAT TWO OUTLIERS HAD TO BE

09:40AM   1    MANUALLY REMOVED TO PASS QC.

09:41AM   2        SO THAT WAS THE FORM OF THAT RESOLUTION.

09:41AM   3        I THINK THAT ADMITTING EXHIBIT 1287 PROVIDES THE FULL

09:41AM   4    PICTURE HERE AND AVOIDS ANY 106 CONCERNS AND OBVIATES THE NEED

09:41AM   5    FOR 1288.

09:41AM   6            MR. COOPERSMITH:  YOUR HONOR, I DON'T THINK THAT'S

09:41AM   7    CORRECT.

09:41AM   8        BY THE WAY, WE WILL TAKE A COPY OF MR. BOSTIC'S OUTLINE IF

09:41AM   9    HE WOULD LIKE TO SHARE THAT.

09:41AM  10        (LAUGHTER.)

09:41AM  11            MR. COOPERSMITH:  BUT REGARDING 1287, THAT I'M NOT

09:41AM  12    GOING TO HAVE AN OBJECTION TO WHEN AND IF MR. BOSTIC OFFERS IT,

09:41AM  13    BUT IT STILL IS NOT GOING TO SOLVE THE PROBLEM.

09:41AM  14        AND THE REASON IS THAT ALTHOUGH IT DOES STILL HAVE SOME

09:41AM  15    ADDITIONAL INFORMATION ON EXHIBIT 1287, BEYOND WHAT IS ON 1289,

09:41AM  16    IT STILL DOES NOT HAVE THE INFORMATION ON 1288, WHICH IS THAT

09:41AM  17    "ONE OF THE QC RUNS PASSED AFTER THE SOP WAS FOLLOWED

09:41AM  18    APPROPRIATELY," AND THAT'S THAT TOP EMAIL ON NOVEMBER 30TH FROM

09:41AM  19    DR. YOUNG, AS WELL AS THE "WE NEED TO RETRAIN" EMAIL.

09:41AM  20        SO I THINK THE COMPLETE SET WOULD BE 1287, 1288, AND 1289

09:42AM  21    AND THE OMISSION OF GOVERNMENT'S EXHIBIT 1288 IS WHERE THE 106

09:42AM  22    PROBLEM LIES.

09:42AM  23            THE COURT:  THE EMAIL YOU REFERENCED TO

09:42AM  24    DANIEL YOUNG, IT'S AT THE TOP OF PAGE 1 OF 1288, IS THIS WHAT

09:42AM  25    YOU'RE SEEKING TO -- THIS IS WHAT YOU WOULD LIKE TO GET IN?

09:42AM  1          THIS IS AN EMAIL TO DANIEL YOUNG CC'D INDIVIDUALS,

09:42AM  2     INCLUDING YOUR CLIENT, AND THIS IS FROM ELIZABETH HOLMES

09:42AM  3     NOVEMBER 30TH, 2013, AT 7:34 P.M., IS THAT WHAT YOU WANT IN?

09:42AM  4          MR. COOPERSMITH:  THAT'S ONE OF THE EMAILS,

09:42AM  5     YOUR HONOR.

09:42AM  6          AND THEN IN ADDITION, YOUR HONOR, BELOW THAT ON

09:42AM  7     EXHIBIT 1288 YOU CAN SEE THAT NOVEMBER 30TH EMAIL AT 11:27 A.M.

09:42AM  8     FROM DANIEL YOUNG, AND THAT'S THE ONE THAT SAYS, "ONE OF THE QC

09:43AM  9     RUNS PASSED AFTER THE SOP WAS FOLLOWED."

09:43AM 10          THE COURT:  11:27 A.M.?  I'M SORRY.

09:43AM 11          MR. COOPERSMITH:  YES, YOUR HONOR, 11:27 A.M.  IT'S

09:43AM 12     NEAR THE TOP OF PAGE 1 OF EXHIBIT 1288.

09:43AM 13          THE COURT:  I SEE.

09:43AM 14          MR. COOPERSMITH:  FINALLY BELOW THAT THERE'S AN

09:43AM 15     EMAIL THAT SAYS, "THIS HAS BEEN RESOLVED," THAT'S THE

09:43AM 16     11:25 A.M. EMAIL THAT IS BELOW THAT.

09:43AM 17          THAT PARTICULAR ONE ALSO APPEARS ON 1287.  SO THAT WOULD

09:43AM 18     BE SOLVED, AS MR. BOSTIC SAID, BY ADMITTING 1287, BUT IT'S

09:43AM 19     THOSE TWO TOP EMAILS ON 1288 THAT WOULD STILL NEED TO BE PUT

09:43AM 20     INTO THE RECORD UNDER 106.

09:43AM 21          MR. BOSTIC:  SO I THINK THE QUESTION FOR THE COURT,

09:43AM 22     YOUR HONOR, IS WHETHER THOSE TWO REMARKS ARE ADMISSIBLE OR

09:43AM 23     WHETHER THEY'RE -- THE FIRST IS WHETHER THEY'RE REQUIRED UNDER

09:43AM 24     106, WHICH I THINK THEY ARE NOT, AND SECOND, MAYBE MORE

09:43AM 25     IMPORTANTLY, WHETHER THEY'RE EVEN ADMISSIBLE AS HEARSAY.

09:43AM   1         I CAN SEE WHY THE DEFENSE WANTS TO KNOW ABOUT THOSE TWO

09:44AM   2    REMARKS.  DANIEL YOUNG EXPRESSING THE OPINION THAT THE SOP

09:44AM   3    WASN'T BEING FOLLOWED APPROPRIATELY BEFORE AND MS. HOLMES'S

09:44AM   4    OPINION THAT RETRAINING WAS NECESSARY.

09:44AM   5         BUT THOSE REMARKS, THOSE OPINIONS BY NONTESTIFYING

09:44AM   6    INDIVIDUALS, THESE OUT-OF-COURT STATEMENTS, AREN'T ADMISSIBLE.

09:44AM   7              MR. COOPERSMITH:  YOUR HONOR, TWO THINGS ABOUT THAT

09:44AM   8    HEARSAY ISSUE.

09:44AM   9         FIRST OF ALL, MR. BOSTIC DID A NICE JOB OF LAYING THE

09:44AM   10   EMAIL BUSINESS RECORDS PREDICATE WITH MS. HOLMES, AND I THINK

09:44AM   11   THE SAYING WHAT IS GOOD FOR THE GOOSE IS GOOD FOR THE GANDER AS

09:44AM   12   THEY SAY, AND I THINK THOSE ARE ALL BUSINESS RECORDS, AND I

09:44AM   13   DON'T THINK THAT'S A PROBLEM.

09:44AM   14        SECOND, YOUR HONOR, THIS IS A THERANOS DOCUMENT, AND I

09:44AM   15   BELIEVE WE HAVE A WRITTEN STIPULATION THAT THESE ARE AUTHENTIC,

09:44AM   16   SO THAT WOULD, OF COURSE, SOLVE THE AUTHENTICITY PROBLEM.

09:44AM   17        AND FINALLY, YOUR HONOR, I DON'T BELIEVE THAT WHEN THERE'S

09:44AM   18   A NEED FOR FAIRNESS UNDER 106, THAT THAT IS -- THE HEARSAY RULE

09:44AM   19   PREVENTS ADMISSION OF IT EVEN IF IT WERE HEARSAY.

09:45AM   20        THE REASON IS, 106 IS ABOUT WHETHER IN FAIRNESS THE

09:45AM   21   DOCUMENT OUGHT TO BE PRESENTED, AND IT'S NOT A MATTER OF

09:45AM   22   HEARSAY.  THE CASE I WOULD CITE TO THE COURT ON THAT IS

09:45AM   23   UNITED STATES VERSUS LOPEZ, 4 F.4TH 706, NINTH CIRCUIT 2021, SO

09:45AM   24   A FAIRLY RECENT CASE.  SO IT'S A MATTER OF WHAT IS FAIR AS

09:45AM   25   OPPOSED TO WHAT'S HEARSAY.

09:45AM  1          SO FOR THAT REASON --

09:45AM  2              THE COURT:  THE COURT STILL HAS TO CONSIDER THE

09:45AM  3   ADMISSIBILITY UNDER THE HEARSAY RULE THOUGH.

09:45AM  4              MR. COOPERSMITH:  I THINK THE COURT HAS TO CONSIDER

09:45AM  5   THE ADMISSIBILITY, BUT THAT IS NOT A BARRIER TO ADMITTING THE

09:45AM  6   DOCUMENT.

09:45AM  7          BUT AS I ALSO SAID, YOUR HONOR, IT'S NOT, IT'S NOT HEARSAY

09:45AM  8   BECAUSE OF THE BUSINESS RECORDS ISSUE, AND IT JUST SEEMS LIKE

09:45AM  9   THIS IS SOMETHING THAT NEEDS TO BE ADMITTED IN FAIRNESS AS

09:45AM 10   RULE 106 SAYS.

09:45AM 11              MR. BOSTIC:  I DISAGREE ON THE BUSINESS RECORDS

09:45AM 12   POINT, YOUR HONOR.

09:45AM 13          THE COMMUNICATIONS THAT HAVE BEEN ADMITTED SO FAR ARE

09:45AM 14   BUSINESS RECORDS BECAUSE THEY COMPRISE THE WAY THAT EMPLOYEES

09:46AM 15   COORDINATED THE ONGOING BUSINESS AND OPERATIONS OF THERANOS.

09:46AM 16          THESE TWO REMARKS ARE OUTSIDE OF THAT PROCESS.  THEY'RE

09:46AM 17   NOT NECESSARY TO THE PROCESSING OF THE SAMPLE.  THEY DON'T

09:46AM 18   DOCUMENT WHAT HAPPENED WITH THE SAMPLE.

09:46AM 19          INSTEAD, THEY EXPRESS THE VIEWS OF TWO INDIVIDUALS WHO

09:46AM 20   AREN'T TESTIFYING, WHO AREN'T UNDER OATH, ABOUT THE APPROPRIATE

09:46AM 21   WAY TO DO THINGS AND WHAT NEEDED TO BE DONE NEXT TO SOLVE THE

09:46AM 22   ISSUE, AND THAT'S WHAT MAKES THEM INADMISSIBLE HEARSAY.

09:46AM 23              MR. COOPERSMITH:  YOUR HONOR, ONE MORE THING ABOUT

09:46AM 24   THAT.

09:46AM 25          EVEN IF THE COURT WERE TO VIEW THIS AS HEARSAY, AS I JUST

09:46AM  1    SAID IS NOT THE CASE OR SHOULD NOT BE THE CASE, IT WOULD STILL

09:46AM  2    BE ADMISSIBLE FOR MR. BALWANI'S STATE OF MIND, AND IT'S A

09:46AM  3    NONHEARSAY PURPOSE.

09:46AM  4        BECAUSE AS YOU CAN SEE, HE IS ON THE EMAIL STRINGS.  HE'S

09:46AM  5    BOTH ON -- HE'S ON ALL OF THE EMAIL STRINGS THAT I'M SUBMITTING

09:46AM  6    TO THE COURT SHOULD BE ADMITTED ALONG WITH THE OTHER EXHIBITS,

09:46AM  7    AND IT WOULD BE ADMISSIBLE FOR THAT NONHEARSAY PURPOSE AS WELL.

09:46AM  8            THE COURT:  STATE OF MIND AS TO WHAT?

09:47AM  9            MR. COOPERSMITH:  AND MR. BALWANI'S STATE OF MIND AS

09:47AM 10    TO UNDERSTANDING THAT MS. CHEUNG, THE WITNESS, HAS SAID IN THE

09:47AM 11    EMAIL THAT IN HER VIEW THERE WAS A QC RUN PROBLEM, AND CLEARLY

09:47AM 12    THE REASON THAT THE GOVERNMENT LIKES THAT IS BECAUSE THEY WANT

09:47AM 13    TO SHOW QUALITY CONTROL FAILURE.

09:47AM 14            THE COURT:  IS IT STATE OF MIND AS TO HIS NOTICE OF

09:47AM 15    THESE ISSUES?

09:47AM 16            MR. COOPERSMITH:  YEAH, THAT HE UNDERSTANDS THAT

09:47AM 17    THERE WAS A QC ISSUE THAT MS. CHEUNG RAISED, AND THEN HIS

09:47AM 18    SCIENTIFIC TEAM CONCLUDED THAT THE PROBLEM HAD BEEN RESOLVED,

09:47AM 19    AND IT WAS A PROBLEM WITH WHETHER MS. CHEUNG FOLLOWED THE SOP.

09:47AM 20        AND THAT'S NOTICE TO MR. BALWANI OF WHAT HAPPENED HERE,

09:47AM 21    WHICH IS DIFFERENT THAN THE HEARSAY RULE.

09:47AM 22        AND AS I SAID, IT SHOULDN'T BE HEARSAY IN ANY EVENT.

09:47AM 23            THE COURT:  WELL, I THINK IT IS HEARSAY.  WE AGREE

09:47AM 24    IT'S HEARSAY.

09:47AM 25        THE QUESTION IS WHETHER OR NOT IT'S ADMISSIBLE

09:47AM  1     NOTWITHSTANDING.  WOULD YOU AGREE WITH THAT?

09:47AM  2              MR. COOPERSMITH:  IT WOULD BE ADMISSIBLE UNDER A

09:47AM  3     HEARSAY EXCEPTION.

09:47AM  4          AND FOR THAT MATTER, YOUR HONOR, MUCH OF THESE DOCUMENTS

09:47AM  5     THAT WE HAVE SEEN SO FAR THIS MORNING THAT MR. BOSTIC IS TRYING

09:48AM  6     TO ADMIT ARE HEARSAY, BUT THEY'RE AT TIMES ADMISSIBLE UNDER THE

09:48AM  7     HEARSAY EXCEPTION, IN PARTICULAR 803(6).

09:48AM  8              THE COURT:  RIGHT.  I DON'T WANT TO GET INTO

09:48AM  9     LINGUISTICS, BUT IT'S HEARSAY.

09:48AM  10         THE QUESTION IS, IS THERE AN EXCEPTION?

09:48AM  11             MR. COOPERSMITH:  IS THERE --

09:48AM  12             THE COURT:  YOU'RE NOT ADVOCATING THAT IT'S NOT

09:48AM  13    HEARSAY SO IT SHOULD COME IN AS NONHEARSAY.

09:48AM  14             MR. COOPERSMITH:  THAT'S TRUE, YOUR HONOR.

09:48AM  15         WELL, RIGHT.  IT'S HEARSAY AND THERE WOULD EITHER BE AN

09:48AM  16    EXCEPTION, WHICH WOULD BE THE BUSINESS RECORDS EXCEPTION, OR

09:48AM  17    THERE'S A NONHEARSAY PURPOSE, THAT'S ANOTHER REASON IT COULD

09:48AM  18    COME IN, AND THEN THERE'S, OF COURSE, THE OVERLAY OF RULE 106.

09:48AM  19             THE COURT:  SO LET ME ASK, WHAT ABOUT THE BUSINESS

09:48AM  20    RECORDS EXCEPTION?  YOU TOLD ME ABOUT A STIPULATION.

09:48AM  21         HAVE THE PARTIES STIPULATED TO ANY TYPE OF A BUSINESS

09:48AM  22    RECORD?  THERE HASN'T BEEN A FOUNDATION LAID AS TO THAT.

09:48AM  23             MR. COOPERSMITH:  RIGHT.  BUT TO BE CLEAR,

09:48AM  24    YOUR HONOR, WHAT THE PARTIES STIPULATED TO IS AUTHENTICITY,

09:48AM  25    OKAY?  THERE'S STILL ROOM FOR EITHER MR. BOSTIC OR OUR TEAM TO

09:48AM 1      ARGUE THAT SOMETHING IS HEARSAY, YOU KNOW, BUT THE ISSUE IS

09:48AM 2      AUTHENTICITY.

09:48AM 3          SO I JUST WANTED TO MAKE SURE THAT THAT WASN'T AN ISSUE

09:48AM 4      BECAUSE WE HAVE A STIPULATION THAT THIS TYPE OF DOCUMENT WITH A

09:49AM 5      CERTAIN BATES NUMBER IS AUTHENTIC, SO WE KNOW IT'S AN ACTUAL

09:49AM 6      GOVERNMENT'S EMAIL.

09:49AM 7          I'M NOT SAYING THAT IT SOLVES ALL OF THE EVIDENTIARY

09:49AM 8      PROBLEMS, BUT IT GOES SOME OF THE WAY BECAUSE WE DON'T HAVE

09:49AM 9      THAT.  WE KNOW IT'S AN EMAIL DULY RETRIEVED FROM THE THERANOS

09:49AM 10     SERVER THAT WAS ACTUALLY, AS MR. BOSTIC POINTED OUT WITH THE

09:49AM 11     WITNESS, IT'S SOMETHING THAT THEY DO IN THE REGULAR COURSE OF

09:49AM 12     BUSINESS, THEY KEEP EMAILS.

09:49AM 13             THE COURT:  WELL, HE DIDN'T DO THAT, DID HE?  HE

09:49AM 14     HASN'T DONE THAT.

09:49AM 15             MR. COOPERSMITH:  CLOSE.

09:49AM 16             THE COURT:  MR. BOSTIC.

09:49AM 17             MR. BOSTIC:  THERE'S NO OBJECTION FROM THE

09:49AM 18     GOVERNMENT ON THE BASIS OF AUTHENTICITY, YOUR HONOR.

09:49AM 19         WHERE THE PARTIES PART WAYS IS WHETHER 106 REQUIRES 1288

09:49AM 20     TO COME IN AT ALL, AND CERTAINLY WHETHER IT REQUIRES THE

09:49AM 21     GOVERNMENT TO ADMIT 1288, AND SEPARATELY, WHETHER THESE TWO

09:49AM 22     REMARKS, WHICH ARE DIFFERENT FROM THE KINDS OF COMMUNICATIONS

09:49AM 23     WE TYPICALLY VIEW AS BUSINESS RECORDS, WHETHER THEY'RE

09:49AM 24     ADMISSIBLE.

09:49AM 25             THE COURT:  RIGHT.  OKAY.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

09:49AM  1            ANYTHING FURTHER?

09:49AM  2                 MR. COOPERSMITH:  NO, YOUR HONOR.  I THINK THE COURT

09:49AM  3    HAS OUR POSITION.

09:49AM  4                 THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

09:50AM  5        WELL, I'M NOT GOING TO, I'M NOT GOING TO FORCE MR. BOSTIC

09:50AM  6    TO INTRODUCE 1288 IF HE DOESN'T WANT TO DO SO.

09:50AM  7        I'LL ALLOW -- I'LL TAKE YOUR MOTION.  IT SOUNDS LIKE YOU

09:50AM  8    WOULD LIKE TO ADMIT 1288 AT SOME POINT IN TIME SHOULD YOU

09:50AM  9    DESIRE TO CROSS-EXAMINE THIS WITNESS.

09:50AM 10                 MR. COOPERSMITH:  YES, YOUR HONOR.

09:50AM 11                 THE COURT:  RIGHT.  SO THANK YOU FOR THE HEADS UP ON

09:50AM 12    THAT.  AND I'VE GOT THIS.

09:50AM 13        SO I'M NOT GOING TO FORCE MR. BOSTIC TO INTRODUCE THIS IF

09:50AM 14    HE DOESN'T WANT TO, INCLUDING FOR THE 106 PURPOSES.

09:50AM 15        BUT IF YOU WANT TO CROSS-EXAMINE THIS IF YOU FEEL IT'S

09:50AM 16    APPROPRIATE, LET'S TAKE IT UP THEN.

09:50AM 17                 MR. COOPERSMITH:  OKAY.  OUR POSITION IS OBVIOUSLY

09:50AM 18    WE CAN, AND WE'LL TAKE IT UP AT THE TIME.

09:50AM 19                 THE COURT:  RIGHT.  WELL, YOU CAN'T NOW BECAUSE

09:50AM 20    YOU'RE NOT EXAMINING.

09:50AM 21                 MR. COOPERSMITH:  THAT'S TRUE, YOUR HONOR.

09:50AM 22                 THE COURT:  SO WE'LL SEE WHAT HAPPENS.

09:50AM 23        IS THAT CLEAR?

09:50AM 24                 MR. COOPERSMITH:  I UNDERSTAND THE COURT'S RULING.

09:50AM 25                 THE COURT:  ALL RIGHT.

09:50AM   1          CAN WE BRING THE JURY IN THEN?

09:51AM   2                  MR. BOSTIC:  YES, YOUR HONOR.

09:51AM   3                  THE COURT:  ALL RIGHT.

09:52AM   4          (JURY IN AT 9:52 A.M.)

09:52AM   5                  THE COURT:  ALL RIGHT.  THANK YOU.

09:52AM   6          PLEASE BE SEATED.  WE'RE BACK ON THE RECORD.

09:52AM   7          OUR JURORS AND ALTERNATES ARE PRESENT.

09:53AM   8          MS. CHEUNG IS BACK ON THE STAND.

09:53AM   9          THANK YOU, LADIES AND GENTLEMEN.

09:53AM  10          MR. BOSTIC.

09:53AM  11                  MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:53AM  12     Q.   MS. CHEUNG, CAN I ASK YOU TO LOOK AT EXHIBIT 1287 IN YOUR

09:53AM  13     BINDER?

09:53AM  14                  THE COURT:  I'M SORRY TO INTERRUPT YOU.  DID YOU

09:53AM  15     INTRODUCE 1289?  I JUST WANT TO MAKE SURE --

09:53AM  16                  MR. BOSTIC:  I HAVE NOT, YOUR HONOR.  THANK YOU.

09:53AM  17     I'M ACTUALLY GOING TO USE 1287 AS A SUBSTITUTE.

09:53AM  18                  THE COURT:  OKAY.  THANK YOU.

09:53AM  19     BY MR. BOSTIC:

09:53AM  20     Q.   MS. CHEUNG, DO YOU SEE EXHIBIT 1287 IN FRONT OF YOU?

09:53AM  21     A.   YES.

09:53AM  22     Q.   AND IS THAT AN EMAIL FROM NOVEMBER 30TH, 2013, RELATING TO

09:53AM  23     A QUALITY CONTROL ISSUE AT THERANOS?

09:53AM  24     A.   YES.

09:53AM  25                  MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

09:53AM   1        EXHIBIT 1287.

09:53AM   2                MR. COOPERSMITH:  YOUR HONOR, TWO OBJECTIONS.

09:53AM   3        ONE IS THE SAME 106 OBJECTION FOR THE RECORD.

09:53AM   4        THE OTHER IS THAT IT APPEARS THAT THE TOP EMAIL, THAT TOP

09:54AM   5   EMAIL DON'T HAVE THE WITNESS AS ONE OF THE RECIPIENTS, AND FOR

09:54AM   6   THAT REASON OUR OBJECTION IS HEARSAY.

09:54AM   7                THE COURT:  MR. BOSTIC.

09:54AM   8                MR. BOSTIC:  YOUR HONOR, IF I COULD ATTEMPT TO LAY A

09:54AM   9   FOUNDATION FOR THOSE TOP TWO EMAILS AS A BUSINESS RECORD.

09:54AM  10                THE COURT:  OKAY.

09:54AM  11   BY MR. BOSTIC:

09:54AM  12   Q.   MS. CHEUNG, LET ME ASK YOU ABOUT A FEW PEOPLE WHO APPEAR

09:54AM  13   ON THIS EMAIL IF I COULD?

09:54AM  14   A.   OKAY.

09:54AM  15   Q.   FIRST, THE EMAIL CHAIN BEGINS WITH AN EMAIL FROM YOU ON

09:54AM  16   NOVEMBER 29TH, 2013.

09:54AM  17        DO YOU SEE THAT ON PAGE 2?

09:54AM  18   A.   YES.

09:54AM  19   Q.   AND CAN YOU IDENTIFY FOR US, PLEASE, THE PEOPLE IN THE

09:54AM  20   CC LINE?  WHO DID YOU SEND THIS EMAIL TO?

09:54AM  21   A.   SO I SENT THIS EMAIL TO SHARADA SIVARAMAN, WHO IS THE HEAD

09:55AM  22   OF THE ELISA DEPARTMENT; RAN HU, H-U, WHO IS A TEAM LEAD IN THE

09:55AM  23   ELISA DEPARTMENT; SAMARTHA ANEKAL, WHO IS A HEAD OF THE

09:55AM  24   HARDWARE TEAM, IT WAS LIKE THE SYSTEMS INTEGRATED TEAM; AND

09:55AM  25   THEN NISHIT DOSHI, WHO WAS PART OF THE CYTOMETRY TEAM;

09:55AM 1    SURAJ SAKSENA, WHO AT THAT TIME WAS WORKING IN THE ELISA TEAM

09:55AM 2    AS WELL BUT WAS PART OF BINDERS AND A PRODUCTION TEAM; AND THEN

09:55AM 3    CLIA LAB, WHICH IS ESSENTIALLY ALL OF THE CLINICAL LABORATORY

09:55AM 4    PERSONNEL.

09:55AM 5    Q.   AND DID YOU REGULARLY USE EMAIL TO COMMUNICATE WITH THOSE

09:55AM 6    INDIVIDUALS ABOUT ISSUES IN THE THERANOS LAB?

09:55AM 7    A.   YES.

09:55AM 8         AND THERE'S ONE OTHER PERSON THAT I SENT THIS TO AND THE

09:56AM 9    MAIN PERSON IS NORMANDY 911.

09:56AM 10   Q.   I'D LIKE TO ASK YOU ABOUT THAT AS WELL, BUT LET'S HOLD OFF

09:56AM 11   ON THAT FOR A MOMENT.

09:56AM 12   A.   OKAY.

09:56AM 13   Q.   YOUR EMAILS WITH THESE INDIVIDUALS, WHAT KINDS OF ISSUES

09:56AM 14   AT THERANOS WOULD REQUIRE DISCUSSION BY EMAIL WITH THIS SET OF

09:56AM 15   PEOPLE?

09:56AM 16   A.   IF THERE WERE QUALITY CONTROL FAILURES, IF THERE WAS AN

09:56AM 17   ISSUE IN PATIENT TESTING OR PROCESSING OR SOME SORT OF LAB

09:56AM 18   FAILURE.

09:56AM 19   Q.   AND DID THIS GROUP OF PEOPLE ROUTINELY COMMUNICATE BY

09:56AM 20   EMAIL ABOUT ISSUES LIKE QUALITY CONTROL FAILURES?

09:56AM 21   A.   YES.

09:56AM 22   Q.   AND WERE THOSE FOR THE PURPOSE OF DOCUMENTING THOSE

09:56AM 23   FAILURES AND ADDRESSING THEM?

09:56AM 24   A.   YES.

09:56AM 25   Q.   AND WAS IT IMPORTANT FOR THE PEOPLE IN THAT GROUP WHO SENT

09:56AM   1    THOSE EMAILS TO BE ACCURATE IN THE DETAILS THAT THEY CONVEYED

09:56AM   2    BY EMAIL?

09:56AM   3    A.   YES.

09:56AM   4    Q.   AND WERE EMAILS BETWEEN MEMBERS OF THIS GROUP ABOUT

09:56AM   5    QUALITY CONTROL FAILURES PRESERVED AT THERANOS SO THAT THEY

09:56AM   6    COULD BE REFERRED BACK TO LATER IF NEEDED?

09:57AM   7    A.   YES.

09:57AM   8         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

09:57AM   9    EXHIBIT 1287.

09:57AM   10        MR. COOPERSMITH:  SAME OBJECTION AS TO THE EMAILS

09:57AM   11   THAT DO NOT INCLUDE THE WITNESS AS ONE OF THE RECIPIENTS OR

09:57AM   12   AUTHORS, WHICH THE COURT CAN SEE THE EXHIBIT, IT'S THE FIRST --

09:57AM   13   IT'S REALLY THE FIRST PAGE GOING TO THE TOP OF THE SECOND PAGE

09:57AM   14   OF EXHIBIT 1287 THERE THAT SAME PROBLEM ARISES.

09:57AM   15        SO OUR OBJECTION IS HEARSAY.

09:57AM   16        MR. BOSTIC:  I THINK WE'RE TALKING ABOUT THE SAME

09:57AM   17   GROUP OF INDIVIDUALS, YOUR HONOR.  I THINK THE FOUNDATION HAS

09:57AM   18   BEEN LAID.

09:57AM   19        THE COURT:  CAN YOU JUST IDENTIFY FOR THE RECORD,

09:57AM   20   PERHAPS IF THIS WITNESS CAN, THE RECIPIENTS OF THESE EMAILS AND

09:57AM   21   WHETHER OR NOT THEY'RE SIMILAR.

09:57AM   22        MR. BOSTIC:  YES, YOUR HONOR.

09:57AM   23   Q.   MS. CHEUNG, IF I COULD DIRECT YOUR ATTENTION TO THE TOP

09:57AM   24   TWO EMAILS IN THIS CHAIN?

09:57AM   25   A.   ON PAGE 2?

09:57AM 1   Q.   ON PAGE 1, PLEASE.

09:57AM 2   A.   ON PAGE 1.

09:58AM 3   Q.   AND LOOKING AT THE TOP TWO EMAILS AND THE PEOPLE INCLUDED

09:58AM 4   ON THOSE EMAILS, ARE THOSE THE SAME INDIVIDUALS THAT YOU WERE

09:58AM 5   REFERRING TO WHO REGULARLY COMMUNICATED BY EMAIL ABOUT ISSUES

09:58AM 6   LIKE QC FAILURES AT THERANOS?

09:58AM 7   A.   YES.

09:58AM 8   Q.   AND LOOKING AT THE CONTENT OF THOSE TOP TWO EMAILS, DOES

09:58AM 9   THAT CONTENT DOCUMENT THE RESOLUTION OF A QC FAILURE AT

09:58AM 10  THERANOS?

09:58AM 11  A.   YES.

09:58AM 12          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS THIS

09:58AM 13  DOCUMENT.

09:58AM 14          THE COURT:  ALL RIGHT.  THANK YOU.

09:58AM 15          MR. COOPERSMITH:  YOUR HONOR, SAME OBJECTION.

09:58AM 16  HEARSAY.

09:58AM 17      BUT I WILL ALSO NOTE THAT IF MR. BOSTIC LAID A FOUNDATION

09:58AM 18  FOR EXHIBIT 1287, THEN I'D LIKE TO RENEW MY 106 OBJECTION TO

09:58AM 19  NOT ADMITTING 1288 BECAUSE IT'S THE SAME FOUNDATION THAT

09:58AM 20  MR. BOSTIC JUST LAID.

09:58AM 21          MR. BOSTIC:  I DISAGREE, YOUR HONOR, BUT I THINK WE

09:58AM 22  CAN RESOLVE THAT IF AND WHEN THAT DOCUMENT IS OFFERED.

09:58AM 23          THE COURT:  LET'S WAIT.  I THINK I TOLD YOU A MOMENT

09:59AM 24  AGO WHAT WE WOULD DO WITH THAT, MR. COOPERSMITH.

09:59AM 25          MR. COOPERSMITH:  OKAY.  YES, YOUR HONOR, WE WILL

09:59AM  1     WAIT.

09:59AM  2             THE COURT:  RIGHT.  SO I'LL OVERRULE THE OBJECTION.

09:59AM  3     THIS IS ADMITTED, 803(6), THE FOUNDATION HAS BEEN LAID, AND IT

09:59AM  4     MAY BE PUBLISHED.

09:59AM  5             (GOVERNMENT'S EXHIBIT 1287 WAS RECEIVED IN EVIDENCE.)

09:59AM  6             MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:59AM  7         MS. WACHS, IF WE CAN PUT THAT ON THE SCREEN.

09:59AM  8         AND LET'S START WITH PAGE 2, PLEASE, AND ZOOM IN ON THE

09:59AM  9     BOTTOM OF THE DOCUMENT.

09:59AM 10     Q.   MS. CHEUNG, DO YOU SEE NOW AN EMAIL FROM YOU TO A GROUP OF

09:59AM 11     INDIVIDUALS AT THERANOS IN LATE NOVEMBER OF 2013?

09:59AM 12     A.   YES.

09:59AM 13     Q.   AND THE SUBJECT LINE FOR THIS EMAIL IS "BOTH QC CONTROLS

09:59AM 14     FOR VITAMIN D DIDN'T PASS."

10:00AM 15         DO YOU SEE THAT?

10:00AM 16     A.   YES.

10:00AM 17     Q.   CAN YOU DESCRIBE WHAT WAS HAPPENING HERE AND WHAT PROMPTED

10:00AM 18     YOU TO SEND THIS EMAIL?

10:00AM 19     A.    SO WE HAD RECEIVED A PATIENT SAMPLE, I BELIEVE THIS WAS

10:00AM 20     RIGHT AROUND THANKSGIVING, AND ESSENTIALLY PRIOR TO PROVIDING

10:00AM 21     THE VITAMIN D SAMPLE FOR THIS PATIENT I HAD TO RUN QUALITY

10:00AM 22     CONTROLS, WHICH WE HAD TWO QUALITY CONTROL MEASURES FOR THIS, A

10:00AM 23     SORT OF HIGH VALUE AND A LOW VALUE.

10:00AM 24         AND WHEN I HAD RUN THOSE QUALITY CONTROLS BEFORE RECEIVING

10:00AM 25     THE PATIENT SAMPLE, THEY FAILED.  AND I TRIED TO RESOLVE THE

10:00AM  1    ISSUE TO SEE IF THERE WAS SOME SORT OF OBVIOUS MISTAKE THAT WAS

10:00AM  2    MADE, BUT I COULDN'T FIGURE OUT WHAT IT WAS.

10:00AM  3        SO I CONTACTED ESSENTIALLY THIS HELP LINE WHEN WE RAN INTO

10:00AM  4    THESE TYPES OF ISSUES AND NOTIFIED UPPER LEVEL MANAGEMENT TO

10:00AM  5    NOTIFY THEM TO HELP ME KIND OF RESOLVE WHAT THE ISSUE WAS AND

10:00AM  6    WHAT WAS THE NEXT COURSE OF ACTION.

10:00AM  7    Q.   AND WHAT KIND OF ANALYZER WAS USED AT THERANOS AT THIS

10:01AM  8    TIME TO RUN THE VITAMIN D TEST?

10:01AM  9    A.   SO THESE WERE EDISON DEVICES.

10:01AM  10   Q.   SO BEFORE RUNNING THIS TEST YOU PERFORMED ONE OF THOSE QC

10:01AM  11   CHECKS THAT WE WERE JUST DISCUSSING ON THIS PARTICULAR EDISON?

10:01AM  12   A.   THAT'S CORRECT.

10:01AM  13   Q.   AND WAS THAT EDISON ABLE TO RETURN THE CORRECT ANSWER FOR

10:01AM  14   THE QC TEST?

10:01AM  15   A.   NO.  AND THIS IS A COLLECTION OF EDISONS FOR -- IT'S A SET

10:01AM  16   OF MACHINES.

10:01AM  17   Q.   UNDERSTOOD.

10:01AM  18   A.   YEAH.

10:01AM  19   Q.   AND YOU SENT THIS EMAIL TO THE INDIVIDUALS THAT WE TALKED

10:01AM  20   ABOUT BEFORE, AS WELL AS IN THE TO LINE THERE'S AN ADDRESS THAT

10:01AM  21   SAYS NORMANDY 911.

10:01AM  22       DO YOU SEE THAT?

10:01AM  23   A.   YES.

10:01AM  24   Q.   AND WHAT WAS THE NORMANDY 911 EMAIL ADDRESS?

10:01AM  25   A.   SO NORMANDY 911 WAS A KIND OF LIKE A LIST OR A BIG EMAIL

10:01AM  1    GROUP THAT WAS ESSENTIALLY A HELP LINE.  IF YOU HAD SEEN ISSUES

10:01AM  2    IN THE LAB AND NEEDED THEM TO GET RESOLVED QUICKLY, YOU WOULD

10:02AM  3    CC OR SEND IT OVER TO NORMANDY 911 TO HELP RESOLVE ANY PRESSING

10:02AM  4    ISSUES RELATING TO PATIENT TESTING.

10:02AM  5    Q.   AND YOU MENTIONED THAT THE LAB WAS DIVIDED INTO TWO

10:02AM  6    SECTIONS; IS THAT RIGHT?

10:02AM  7    A.   THAT'S CORRECT.

10:02AM  8    Q.   WAS THE NORMANDY SECTION THE ONE WITH THE

10:02AM  9    THERANOS-SPECIFIC EQUIPMENT OR THE COMMERCIAL EQUIPMENT?

10:02AM 10    A.   IT WAS WITH THE THERANOS-SPECIFIC EQUIPMENT, SO THE EDISON

10:02AM 11    DEVICES, AND THEN ALSO THE COMMERCIALLY VIABLE ONES THAT WERE

10:02AM 12    MODIFIED.

10:02AM 13    Q.   FOR THE PORTION OF THE LAB THAT HAD THE NON-THERANOS

10:02AM 14    REGULAR DEVICES, DO YOU KNOW WHETHER THERE WAS A SIMILAR 911

10:02AM 15    EMAIL ADDRESS?

10:02AM 16    A.   NO.

10:02AM 17    Q.   AND DO YOU NOT KNOW OR DO YOU HAVE A MEMORY?

10:02AM 18    A.   I THINK WE JUST SENT THEM TO THE CLIA LAB.  WE DIDN'T HAVE

10:02AM 19    A 911.

10:02AM 20    Q.   GOING BACK TO THIS EXHIBIT, LET ME ASK YOU TO --

10:03AM 21         MS. WACHS, IF WE CAN ZOOM IN ON THE NEXT MESSAGE UP, STILL

10:03AM 22    ON PAGE 2 BUT RIGHT IN THE MIDDLE OF THE PAGE.

10:03AM 23         MS. CHEUNG, HERE'S ANOTHER EMAIL FROM A FEW HOURS LATER;

10:03AM 24    IS THAT CORRECT?

10:03AM 25    A.   YES.

10:03AM 1    Q.   AND YOU'RE PROVIDING AN UPDATE TO THAT SAME GROUP OF

10:03AM 2    INDIVIDUALS?

10:03AM 3    A.   YES.

10:03AM 4    Q.   AND WHAT HAS HAPPENED HERE?  WHAT HAS CHANGED?

10:03AM 5    A.   CAN I TAKE A MOMENT TO READ IT?

10:03AM 6    Q.   OF COURSE.  PLEASE.

10:03AM 7         (PAUSE IN PROCEEDINGS.)

10:03AM 8            THE WITNESS:  SO ESSENTIALLY WHAT HAPPENED HERE, AS

10:03AM 9    I WAS SAYING, WHEN THE QC'S FAIL, YOU TRY TO FIND WHAT THE

10:03AM 10   ISSUE IS AND IMPLEMENT A CORRECTIVE ACTION.

10:03AM 11        SO HERE I WAS TRYING TO SEE IF IT WAS THE CHEMICALS THAT

10:03AM 12   WE USED TO RUN THE TEST THAT WAS HAVING A PARTICULAR ISSUE.

10:03AM 13        I CHANGED THE CHEMICALS.  IT WAS STILL FAILING.

10:03AM 14        I CHANGED TO A WHOLE NEW SET OF MACHINES.  IT WAS FAILING

10:04AM 15   AGAIN.

10:04AM 16        AND IT'S BASICALLY ME TRYING TO GET TO A RESOLUTION FOR

10:04AM 17   THE ISSUE AND ISOLATE WHAT VARIABLE COULD POSSIBLY BE GOING

10:04AM 18   WRONG TO GET THE QC'S TO PASS TO THEN RUN THE PATIENT SAMPLE.

10:04AM 19        AND THEN I'M ALSO ALERTING THAT I'M GOING TO HAVE ANOTHER

10:04AM 20   TECHNICIAN COME IN TO HELP ME RESOLVE WHAT IT MIGHT BE.

10:04AM 21   BY MR. BOSTIC:

10:04AM 22   Q.   YOU MENTION IN THIS EMAIL USING A DIFFERENT BOTTLE OF

10:04AM 23   SUBSTRATE FOR THOSE ADDITIONAL TESTS?

10:04AM 24   A.   YES.

10:04AM 25   Q.   AND WHAT DID THAT MEAN AND WHY DID YOU DO THAT?

10:04AM 1     A.   SO THE SUBSTRATE IS ESSENTIALLY A TYPE OF CHEMICAL THAT

10:04AM 2     HELPS THE ASSAY FLUORESCE AND EMIT LIGHT, AND THAT'S HOW YOU

10:04AM 3     GET THE READING OF WHAT THE CONCENTRATION OF VITAMIN D IS.  SO

10:04AM 4     IT'S A PART OF THE ASSAY.

10:04AM 5         AND BASICALLY I WAS JUST GETTING A NEW BOTTLE OF THAT

10:04AM 6     SUBSTRATE TO SEE IS THERE CONTAMINATION, WAS THERE SOME SORT OF

10:04AM 7     PROBLEM WITH THE REAGENTS THAT WE WERE USING.  SO I GOT AN

10:05AM 8     UNOPENED BOTTLE TO SEE IF THAT WOULD MAKE THE QC'S PASS.

10:05AM 9     Q.   AND DID THAT RESOLVE THE PROBLEM?

10:05AM 10    A.   NO.

10:05AM 11    Q.   THOSE ADDITIONAL CHECKS THAT YOU WERE DOING, WERE THEY

10:05AM 12    STILL ON THE SAME GROUP OF EDISONS THAT YOU HAD BEEN TRYING TO

10:05AM 13    MAKE WORK THE FIRST TIME?

10:05AM 14    A.   YES.

10:05AM 15    Q.   LET'S LOOK AT PAGE 1 OF THIS DOCUMENT, PLEASE, AND LET'S

10:05AM 16    ZOOM IN ON THE BOTTOM OF THE PAGE.

10:05AM 17        AND, MS. CHEUNG, DO YOU SEE AN EMAIL IN THE BOTTOM OF THAT

10:05AM 18    SELECTION FROM NOVEMBER 30TH AT 7:10 A.M.  AND MR. BALWANI SAYS

10:05AM 19    "THIS IS BEYOND UNACCEPTABLE PERFORMANCE."

10:05AM 20        DO YOU SEE THAT?

10:05AM 21    A.   YES.

10:05AM 22    Q.   AND AT THE TIME DID YOU AGREE WITH MR. BALWANI THAT THIS

10:05AM 23    WAS NOT ACCEPTABLE PERFORMANCE?

10:05AM 24    A.   YES.

10:05AM 25    Q.   AND WHY WAS THAT?

10:05AM  1    A.   BECAUSE OUR SYSTEM WASN'T WORKING.  WE WEREN'T ABLE TO GET

10:05AM  2    THE QUALITY CONTROLS TO PASS, THIS IS, AGAIN, SOMETHING THAT WE

10:06AM  3    KNOW THE CONCENTRATION OF, SO THEY SHOULD BE PASSING.

10:06AM  4         AND BASED ON THE PROMISES THAT WE MADE TO OUR PATIENTS,

10:06AM  5    AND THE COMMITMENTS THAT WE HAD IN TERMS OF DELIVERING RESULTS

10:06AM  6    IN A CERTAIN AMOUNT OF TIME, AND IF IT WASN'T GETTING OUT, WE

10:06AM  7    WEREN'T ABLE TO GET THE PATIENT RESULT OUT IN THE TIMEFRAME

10:06AM  8    THAT WE PROMISED TO THEM.

10:06AM  9    Q.   DID THE QC FAILURES HAVE ANY IMPACT ON THE ACCURACY OR

10:06AM  10   RELIABILITY OF THE PATIENT TESTS THAT WERE GOING TO BE

10:06AM  11   PERFORMED ON THIS DAY?

10:06AM  12             MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  RULE 702.

10:06AM  13             THE COURT:  CAN YOU LAY A FOUNDATION.

10:06AM  14             MR. BOSTIC:  SURE.  LET ME REPHRASE.

10:06AM  15   Q.   MS. CHEUNG, YOU MENTIONED THAT THESE PROBLEMS CREATED

10:06AM  16   ISSUES WITH THERANOS PERFORMING TESTS QUICKLY ENOUGH; IS THAT

10:07AM  17   RIGHT?

10:07AM  18   A.   THAT IS CORRECT.

10:07AM  19   Q.   AT THERANOS DID YOU UNDERSTAND WHETHER QC FAILURES ALSO

10:07AM  20   RELATED NOT JUST TO THE SPEED WITH WHICH TESTS COULD BE

10:07AM  21   CONDUCTED, BUT ALSO TO THE ACCURACY OF THE RESULTS?

10:07AM  22   A.   YES.

10:07AM  23   Q.   AND WHAT IS THE RELATIONSHIP, AS YOU UNDERSTOOD IT AT THE

10:07AM  24   TIME, BETWEEN QUALITY CONTROL TESTING AND TEST ACCURACY?

10:07AM  25             MR. COOPERSMITH:  YOUR HONOR, IT'S RULE 702.  EVEN

10:07AM  1    IF SHE HAS AN UNDERSTANDING, SHE CAN'T TESTIFY AS AN EXPERT

10:07AM  2    WITNESS.  SO RULE 702.

10:07AM  3            THE COURT:  I'M SORRY.  DID WE TALK ABOUT THIS AT

10:07AM  4    PRETRIAL?  WE PROBABLY DIDN'T ABOUT SPEAKING OBJECTIONS, AND I

10:07AM  5    APOLOGIZE WE DIDN'T COVER THAT.

10:07AM  6        BUT IF YOU WANT TO, MR. BOSTIC, IF YOUR QUESTIONS ABOUT

10:07AM  7    WHAT THIS WITNESS KNOWS AND OTHER WITNESSES KNOW THE BASIS OF

10:07AM  8    THE KNOWLEDGE, IF SHE WAS TRAINED OR AS TO CERTAIN THINGS OR

10:08AM  9    WHETHER OR NOT THIS MOVES INTO 702 TERRITORY, IT'S SOMETHING

10:08AM  10   THAT WE TALKED ABOUT YESTERDAY IN REGARDS TO THE WITNESS'S

10:08AM  11   BREADTH OF KNOWLEDGE AND THE BASIS FOR IT.

10:08AM  12            MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.

10:08AM  13   Q.   LET ME ASK A PREFATORY QUESTION.

10:08AM  14        MS. CHEUNG, WHEN YOU WERE AT THERANOS, DID YOU RECEIVE

10:08AM  15   TRAINING AS TO THE PURPOSE FOR QUALITY CONTROL TESTING?

10:08AM  16   A.   YES.

10:08AM  17   Q.   AND WHAT WERE YOU TOLD AT THERANOS ABOUT WHY QUALITY

10:08AM  18   CONTROL TESTING WAS NEEDED?

10:08AM  19   A.   SO --

10:08AM  20            MR. COOPERSMITH:  OBJECTION.  HEARSAY, YOUR HONOR.

10:08AM  21            THE COURT:  OVERRULED.

10:08AM  22            THE WITNESS:  SO FOR THE QUALITY CONTROL TRAINING

10:08AM  23   THAT WE RECEIVED, ESSENTIALLY IT WAS, AGAIN, A WAY IN WHICH WE

10:08AM  24   COULD MEASURE THE PERFORMANCE -- THE QUALITY CONTROL SYSTEM WAS

10:08AM  25   ESSENTIALLY TO GIVE US AN INDICATION OF HOW WELL OUR SYSTEM WAS

10:08AM  1    RUNNING AND IF IT WAS RUNNING TO THE CALIBER IN WHICH WE

10:08AM  2    ARTICULATED IT WOULD RUN.

10:09AM  3         SO IF YOU HAVE, AGAIN, A KNOWN CONCENTRATION OF A SAMPLE

10:09AM  4    WHICH THAT IS GIVEN TO US THAT IT IS 10 NANOGRAMS PER MIL, AND

10:09AM  5    THE FACT THAT WE RUN IT ON OUR SYSTEM AND IT'S COMING OUT 52,

10:09AM  6    WE KNOW THAT THERE IS SOMETHING WRONG WITH THE ACCURACY.

10:09AM  7         AND WE WERE ALSO UNDERSTOOD AND TOLD THAT THAT DEVIATION

10:09AM  8    OF 10 NOT EQUALLING 52 COULD BE FOR A VARIETY OF DIFFERENT

10:09AM  9    REASONS, BUT AT THE END OF THE DAY WE KNOW THE ACCURACY IS NOT

10:09AM  10   CORRECT BECAUSE IT'S ALREADY ARTICULATED TO US AT THE BEGINNING

10:09AM  11   THAT 10 -- THE CORRECT VALUE FOR VITAMIN D IS 10.

10:09AM  12        SO IT WAS AN INDICATION THAT THERE WAS SOME ISSUE IN THE

10:09AM  13   ACCURACY OF THE ACTUAL DEVICE, BECAUSE, AGAIN, YOU KNOW IT

10:09AM  14   EQUALS 10 OR IN SOME ACCEPTABLE RANGE OF 10.

10:09AM  15   BY MR. BOSTIC:

10:09AM  16   Q.   THANK YOU.

10:09AM  17        GOING BACK TO THIS PARTICULAR DAY AND THIS QC FAILURE, DO

10:10AM  18   YOU SEE ON THE SCREEN A MESSAGE FROM MS. HOLMES ON

10:10AM  19   NOVEMBER 30TH SUGGESTING A POSSIBLE SOLUTION?

10:10AM  20   A.   YES.

10:10AM  21   Q.   AND WHAT IS MS. HOLMES SUGGESTING IN THAT EMAIL?

10:10AM  22   A.   SHE IS SUGGESTING THAT WE TRY AND RUN IT ON THE

10:10AM  23   TRADITIONAL METHODS.

10:10AM  24   Q.   AND WHAT DID TRADITIONAL METHODS MEAN IN TERMS OF WHAT

10:10AM  25   DEVICE WOULD BE USED?

10:10AM  1    A.   SO IT WOULD BE IN THIS CASE THE SIEMENS IMMULITE -- OH,

10:10AM  2    NO, NO, NO, THIS IS VITAMIN D.  SO THIS WOULD BE THE DIASORIN,

10:10AM  3    WHICH IS AN FDA APPROVED OFF-THE-SHELF MACHINE THAT YOU CAN USE

10:10AM  4    TO RUN VITAMIN D SAMPLES.

10:10AM  5    Q.   AND WAS THAT A THERANOS DEVICE OR A NON-THERANOS DEVICE?

10:10AM  6    A.   THAT WAS A NON-THERANOS DEVICE.

10:10AM  7    Q.   AND YOU MENTIONED FDA APPROVED.

10:10AM  8         WERE THE THERANOS-SPECIFIC DEVICES FDA APPROVED SPECIFIC

10:10AM  9    FOR THIS TIME?

10:10AM  10   A.   CAN YOU REPEAT THE QUESTION.

10:10AM  11   Q.   SURE.

10:10AM  12        THE QUESTION WAS WERE THE THERANOS-SPECIFIC DEVICES FDA

10:10AM  13   APPROVED FOR TESTING AT THIS TIME?

10:10AM  14   A.   NO.

10:10AM  15   Q.   LET'S ZOOM OUT, MS. WACHS, AND THEN ZOOM BACK IN ON KIND

10:11AM  16   OF THE MIDDLE AND TOP PORTION OF THE PAGE.

10:11AM  17        AT THE BOTTOM OF THE SELECTION, MS. CHEUNG, DO YOU SEE THE

10:11AM  18   RESPONSE TO MS. HOLMES'S SUGGESTION TO RUN THE SAMPLE OR

10:11AM  19   TRADITIONAL METHODS?

10:11AM  20   A.   YES.

10:11AM  21   Q.   AND DID THAT END UP BEING A VIABLE SOLUTION?

10:11AM  22   A.   NO.

10:11AM  23   Q.   AND WHY NOT?

10:11AM  24   A.   BECAUSE WE DIDN'T HAVE ENOUGH BLOOD IN ORDER TO RUN A

10:11AM  25   SAMPLE ON THE DIASORIN, AND ALSO IT'S FINGERSTICK BLOOD, IT'S

10:11AM 1   NOT VENOUS BLOOD.

10:11AM 2   Q.   ABOVE THAT THERE'S A MESSAGE FROM DANIEL YOUNG THAT SAYS

10:11AM 3   THAT "THIS HAS BEEN RESOLVED.  SAMPLE IS BEING RUN ON EDISON."

10:11AM 4       DO YOU SEE THAT?

10:11AM 5   A.   YES.

10:11AM 6   Q.   AND WHO WAS DANIEL YOUNG AT THE COMPANY?

10:11AM 7   A.   DANIEL YOUNG WAS THE VICE PRESIDENT OF THE COMPANY.

10:11AM 8   Q.   AND TO WHOM DID HE REPORT, IF YOU KNOW?

10:11AM 9   A.   HE REPORTED TO SUNNY AND ELIZABETH.

10:11AM 10  Q.   AND ABOVE THAT MESSAGE MS. HOLMES ASKS, "WHAT IS THE

10:11AM 11  RESOLUTION."

10:11AM 12      DO YOU SEE THAT QUESTION?

10:12AM 13  A.   YES.

10:12AM 14  Q.   AND AT THE TOP OF THE PAGE SURAJ SAKSENA WRITES AND

10:12AM 15  PROVIDES THAT INFORMATION.

10:12AM 16      DO YOU SEE THAT?

10:12AM 17  A.   YES.

10:12AM 18  Q.   AND CAN YOU REMIND US WHO SURAJ SAKSENA?

10:12AM 19  A.   SURAJ SAKSENA IS -- HE HAD SEVERAL ROLES WITHIN THE

10:12AM 20  COMPANY, BUT AT THAT TIME HE WAS APART OF A TEAM CALLED BINDERS

10:12AM 21  AND ALSO WAS WORKING IN THE ELISA TEAM AND THE PRODUCTION TEAM.

10:12AM 22  SO HE WAS A SCIENTIST.

10:12AM 23  Q.   SURAJ SAYS IN HIS EMAIL, "2 OUTLIERS HAD TO BE MANUALLY

10:12AM 24  REMOVED TO PASS QC."

10:12AM 25      DO YOU SEE THAT?

10:12AM   1      A.   YES.

10:12AM   2      Q.   AND WHAT IS THAT REFERRING TO?

10:12AM   3      A.   SO AT THERANOS THEY WOULD FREQUENTLY, THEY WOULD

10:12AM   4      FREQUENTLY DELETE OUTLIERS OF A DATA SET IN ORDER TO GET VALUES

10:12AM   5      TO IN THIS CASE WHEN QC'S PASS.

10:12AM   6           SO WHEN WE RAN A SPECIFIC SAMPLE, WE DIDN'T JUST RUN A

10:12AM   7      SAMPLE ON ONE DEVICE, WE AT THIS TIME RAN IT ACROSS THREE

10:13AM   8      DEVICES.

10:13AM   9           SO YOU COULD -- WHAT THEY'RE REFERRING TO IS THAT THEY

10:13AM   10     WOULD DELETE DATA POINTS IN THAT SUBSET OF SIX IN ORDER TO GET

10:13AM   11     THE QC'S TO PASS, SO THEY WOULD MOVE DATA POINTS ESSENTIALLY.

10:13AM   12     Q.   YOU MENTIONED USING MULTIPLE DEVICES.  WOULD THAT ALL BE

10:13AM   13     FOR THE SAME TEST ON THE SAME PATIENT SAMPLE?

10:13AM   14     A.   YES.

10:13AM   15     Q.   AND SO WOULD THAT MEAN THAT THE MULTIPLE RESULTS WOULD BE

10:13AM   16     GENERATED FOR EACH TEST ON A PATIENT SAMPLE?

10:13AM   17     A.   YES.

10:13AM   18     Q.   AND THEN WHAT WOULD BE DONE WITH THAT COLLECTION OF

10:13AM   19     DIFFERENT RESULTS ACCORDING TO THIS METHOD?

10:13AM   20     A.   SO THEY WOULD BE COMBINED AND AGGREGATED.

10:13AM   21     Q.   AND WOULD ALL OF THEM BE COMBINED OR WOULD SOME BE

10:13AM   22     IGNORED?

10:13AM   23     A.   SO SOME OF THEM WOULD -- IF IT WAS THE CASE THAT THEY HAD

10:13AM   24     FOUND DATA TO BE OUTLIERS, THEY WOULD REMOVE TWO POINTS IN SOME

10:13AM   25     INSTANCES IN CASES LIKE WE'RE SEEING HERE FOR THE QC OR

10:13AM  1    ESSENTIALLY WHERE THEY HAD MOVED TWO DATA POINTS IN ORDER TO

10:14AM  2    GET THE QC'S TO PASS.

10:14AM  3    Q.   AND IN SOME CASES LIKE THIS, DISCARDING THAT DATA,

10:14AM  4    IGNORING SOME OF THAT DATA COULD BE THE DIFFERENCE BETWEEN

10:14AM  5    QUALITY CONTROL PASSING OR NOT?

10:14AM  6    A.   YES.

10:14AM  7    Q.   LET ME ASK YOU TO TURN IN YOUR BINDER, PLEASE, TO TAB

10:14AM  8    1323.

10:14AM  9         AND DO YOU HAVE THAT IN FRONT OF YOU?

10:14AM  10   A.   YES.

10:14AM  11   Q.   AND IS THIS ANOTHER EMAIL CHAIN INCLUDING YOU AND OTHERS

10:14AM  12   RELATING TO QC ISSUES?

10:14AM  13   A.   YES.

10:14AM  14        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1323.

10:14AM  15        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:14AM  16        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:14AM  17   (GOVERNMENT'S EXHIBIT 1323 WAS RECEIVED IN EVIDENCE.)

10:15AM  18        MR. BOSTIC:  AND, MS. WACHS, IF WE CAN ZOOM IN ON

10:15AM  19   THE BOTTOM HALF OF THE PAGE.

10:15AM  20   Q.   SO, MS. CHEUNG, WE'RE NOW IN THE FOLLOWING MONTH OF

10:15AM  21   DECEMBER OF 2013; IS THAT RIGHT?

10:15AM  22   A.   THAT'S CORRECT.

10:15AM  23   Q.   COULD YOU EXPLAIN WHAT IS HAPPENING IN THIS EMAIL AND WHAT

10:15AM  24   PROMPTED YOU TO SEND IT?

10:15AM  25   A.   SO WE WERE HAVING MORE QC FAILURES IN DECEMBER, AND I WAS

10:15AM 1    CONTACTING ONE OF THE TEAM LEAD SCIENTISTS AND THE HEAD OF THE

10:15AM 2    ELISA TEAM TO ESSENTIALLY LET THEM KNOW THAT WITH THE NEW

10:15AM 3    RANGES THAT WE RECEIVED, WE WERE STILL GETTING QC FAILURES.

10:15AM 4    Q.   AND WAS THIS QC FAILURE HAPPENING IN THE R&D SIDE OF THE

10:15AM 5    HOUSE OR IN THE CLINICAL SIDE IN THE HOUSE WHERE PATIENT

10:15AM 6    TESTING HAPPENED?  CAN YOU TELL?

10:15AM 7    A.   THIS IS KIND OF IN THAT MIDDLE ZONE, SO THIS IS RELATED TO

10:15AM 8    R&D AT THIS POINT.

10:15AM 9         BUT, YEAH, THIS IS ACTUALLY RESEARCH AND DEVELOPMENT.

10:16AM 10   Q.   DID YOU SAY BEFORE THAT YOU BELIEVED THAT THE CLINICAL

10:16AM 11   SIDE NEEDED TO KNOW ABOUT THIS?

10:16AM 12   A.   YES.

10:16AM 13   Q.   AND WHY WAS THAT?

10:16AM 14   A.   BECAUSE THE QC'S ARE RELEVANT TO TESTING PATIENTS, AND SO

10:16AM 15   ALL OF THE PATIENT TESTING SHOULD OCCUR WITHIN THE CLINICAL LAB

10:16AM 16   BECAUSE THEY HAVE THE RIGHT SORT OF STAFF IN ORDER TO APPROVE

10:16AM 17   OR DENY WHETHER THE PATIENT RESULTS CAN GO OUT TO PATIENTS.

10:16AM 18   Q.   DURING YOUR TIME AT THERANOS, DID INFORMATION FLOW FREELY

10:16AM 19   BETWEEN THE R&D SIDE OF THE HOUSE AND THE CLINICAL PATIENT

10:16AM 20   TESTING SIDE?

10:16AM 21   A.   INITIALLY, YES.

10:16AM 22   Q.   DID THAT CHANGE OVER TIME?

10:16AM 23   A.   YES.

10:16AM 24   Q.   HOW SO?

10:16AM 25   A.   SO INITIALLY THERE WAS MORE FREE FORM COMMUNICATION

10:16AM 1   BETWEEN RESEARCH AND DEVELOPMENT IN THE CLINICAL LAB TO THE

10:16AM 2   POINT THAT WE HAD DRIVES AND THE ABILITY TO WALK OVER TO

10:16AM 3   DIFFERENT DEPARTMENTS AND TALK TO THEM ABOUT DIFFERENT ISSUES.

10:17AM 4        BUT OVER TIME IT WAS TOLD TO US THAT WE COULDN'T

10:17AM 5   COMMUNICATE WITH PEOPLE WHEN WE WERE IN CLIA, OF PEOPLE OF

10:17AM 6   OTHER DEPARTMENTS, ABOUT WHAT WAS OCCURRING IN THE CLINICAL

10:17AM 7   LAB.

10:17AM 8        AND THEN A LOT OF PEOPLE BASICALLY GOT RESTRICTED -- LIKE

10:17AM 9   THEIR ACCESS GOT CUT OFF TO OTHER DRIVES THAT WERE SHARED BY,

10:17AM 10   SAY, THE RESEARCH DEPARTMENT.

10:17AM 11        AND THEN ALSO THERE WERE PHYSICAL BARRIERS THAT WERE PUT

10:17AM 12   UP TO SORT OF DEMARCATE WHO COULD HAVE ACCESS TO CERTAIN PARTS

10:17AM 13   OF THE LABORATORY OVER OTHERS.

10:17AM 14   Q.   THAT DIRECTION AND THOSE DECISIONS RESTRICTING INFORMATION

10:17AM 15   FLOW, WHERE DID THEY COME FROM, IF YOU KNOW?

10:17AM 16   A.   SO WHEN WE HAD THE COMMUNICATION SPECIFICALLY ABOUT CLIA

10:17AM 17   NOT COMMUNICATING WITH OTHER DEPARTMENTS, THAT CAME FROM SUNNY.

10:17AM 18   Q.   AND REGARDING THE R&D SIDE AND THE CLINICAL LAB SIDE, WAS

10:18AM 19   MR. BALWANI OVER BOTH OF THOSE SECTIONS WITHIN THERANOS?

10:18AM 20   A.   YES.

10:18AM 21   Q.   WERE THERE OTHER EMPLOYEES OR SUPERVISORS AT THERANOS WHO

10:18AM 22   OVERSAW BOTH OF THOSE DEPARTMENTS IN A DUAL ROLE IN THE SAME

10:18AM 23   WAY?

10:18AM 24   A.   ELIZABETH HOLMES.

10:18AM 25   Q.   SO WE HAVE MR. BALWANI, MS. HOLMES.

10:18AM  1          ANYONE ELSE AT THERANOS WHO IN YOUR UNDERSTANDING WAS OVER

10:18AM  2    BOTH SIDES?

10:18AM  3    A.   DANIEL YOUNG.

10:18AM  4    Q.   OKAY.  AND ANYONE ELSE?

10:18AM  5    A.   WHO OVERSAW BOTH OF THOSE DEPARTMENTS IN A KIND OF

10:18AM  6    DECISION MAKING CAPACITY OR --

10:18AM  7    Q.   CORRECT.

10:18AM  8    A.   AT THIS TIME I DON'T REMEMBER.

10:18AM  9    Q.   THE QUALITY CONTROL FAILURES THAT WE'VE SEEN THAT WE'VE

10:18AM 10    LOOKED AT TOGETHER, WERE THOSE ISOLATED INCIDENTS OR WERE THERE

10:18AM 11    OTHER SIMILAR ISSUES THAT YOU SAW DURING YOUR TIME AT THERANOS?

10:18AM 12    A.   THESE WERE CONSISTENT ISSUES.

10:19AM 13    Q.   IN LATE 2013 AND EARLY 2014, WHAT WAS YOUR EXPERIENCE

10:19AM 14    GENERALLY WITH THE RELIABILITY OF THE THERANOS ANALYZERS THAT

10:19AM 15    YOU WERE OPERATING?

10:19AM 16    A.   THEY WERE HIGHLY UNRELIABLE.

10:19AM 17    Q.   AND WHAT MAKES YOU SAY THAT?

10:19AM 18    A.   THE QC'S WERE FAILING PROBABLY ON, LIKE, EVERY TWO DAYS,

10:19AM 19    EVERY THREE DAYS, WHICH WOULD SUGGEST THAT THERE WAS SOMETHING

10:19AM 20    WRONG WITH OUR SYSTEM, AND THIS WASN'T WITH ONE SPECIFIC ASSAY

10:19AM 21    OR ONE SPECIFIC TEST, BUT IT WAS ACROSS TESTS.

10:19AM 22          SO WE SAW ISSUES WITH VITAMIN D, WE SAW THE TSH, TPSA.

10:19AM 23    BASICALLY WITH ALL OF THE EDISON TESTS AT SOME POINT IN TIME WE

10:19AM 24    WERE HAVING QC FAILURES, OR JUST REALLY KIND OF UNRELIABLE

10:19AM 25    RESULTS, NOT ONLY THE QC'S BUT ALSO OTHER TYPE OF VALIDATION

10:19AM   1    STUDIES OR IN HOUSE RESEARCH STUDIES THAT WE WERE DOING THAT

10:19AM   2    MADE IT VERY COMPLICATED TO REALLY UNDERSTAND WHAT WAS GOING

10:20AM   3    ON.

10:20AM   4    Q.   IN LATE 2013, EARLY 2014, DID YOU RAISE THESE CONCERNS

10:20AM   5    WITH ANY OF THE PEOPLE THAT WE'VE BEEN TALKING ABOUT, EITHER

10:20AM   6    MS. HOLMES, MR. BALWANI, OR DAN YOUNG?

10:20AM   7    A.   WITH DANIEL YOUNG, YES.

10:20AM   8    Q.   AND TELL US ABOUT THAT?  HOW DID THAT CONVERSATION GET

10:20AM   9    STARTED?

10:20AM  10    A.   YEAH.  SO I HAD CALLED A MEETING WITH DANIEL YOUNG AND

10:20AM  11    SURAJ SAKSENA BECAUSE THE QC FAILURES WERE HAPPENING SO

10:20AM  12    FREQUENTLY THAT WE WERE TRYING TO PROBLEM SOLVE ON WHAT IS THE

10:20AM  13    ISSUE AT HAND.

10:20AM  14         AND WE, WE SAT DOWN AND WE HAD A MEETING TO SORT OF FIGURE

10:20AM  15    THAT OUT.  AND THE RESOLUTION OF THAT MEETING WAS ESSENTIALLY

10:20AM  16    POTENTIALLY IT WAS THE SAMPLES THAT WE WERE GETTING TO RUN THE

10:20AM  17    QC'S, SO MAYBE WE SHOULD TRY AND DEVELOP THEM IN HOUSE VERSUS

10:20AM  18    PURCHASE THEM THROUGH OTHER PARTIES TO SEE IF THAT MAKES A

10:20AM  19    DIFFERENCE.

10:20AM  20         AND -- YEAH, THAT WAS ESSENTIALLY THE RESOLUTION OF THAT

10:21AM  21    MEETING WAS, OKAY, MAYBE WE JUST NEED TO DEVELOP OUR QUALITY

10:21AM  22    CONTROL SUBSTANCES IN HOUSE.

10:21AM  23    Q.   AND DID THAT MEETING ADDRESS THE CONCERNS THAT YOU WERE

10:21AM  24    HAVING AT THAT TIME ABOUT THE RELIABILITY OF THE SYSTEM?

10:21AM  25    A.   NO.  IT FREQUENTLY FELT WHEN WE HAD THESE MEETINGS THAT IT

10:21AM  1    WAS ALWAYS KIND OF LIKE A GOOSE CHASE FOR SPECIFIC ISSUES

10:21AM  2    VERSUS THE SORT OF LIKE OVERARCHING PROBLEMS OF LIKE THE

10:21AM  3    EDISONS JUST DON'T SEEM TO BE WORKING VERY WELL, AND THEIR

10:21AM  4    PERFORMANCE IS SO UNRELIABLE.  WHETHER THAT'S ON THE HARDWARE

10:21AM  5    SIDE, WHETHER THAT'S ON THE ASSAY SIDE, WHETHER THAT'S ON THE

10:21AM  6    REAGENTS SIDE OR WHETHER THAT'S ON THE FAILURES OF THE TRAINING

10:21AM  7    SIDE, IT'S JUST THAT THERE ARE SO MANY ISSUES WITH THE WHOLE

10:21AM  8    SYSTEM IN ITSELF THAT WE NEED TO REALLY KIND OF TAKE IT BACK TO

10:21AM  9    THE DRAWING BOARD BECAUSE THEY'RE JUST NOT WORKING VERY WELL.

10:21AM  10   Q.   AND YOU MENTIONED THAT MEETING WAS WITH DR. YOUNG.  AND

10:21AM  11   SURAJ SAKSENA WAS ALSO PRESENT?

10:21AM  12   A.   YES.

10:21AM  13   Q.   AND ANYONE ELSE PRESENT FOR THAT MEETING?

10:21AM  14   A.   NOT AT THAT MEETING.

10:21AM  15   Q.   AND WHO DID DR. YOUNG REPORT TO AT THERANOS?

10:22AM  16   A.   SUNNY BALWANI AND ELIZABETH HOLMES.

10:22AM  17   Q.   CAN YOU PLEASE TURN TO TAB 1431 IN YOUR BINDER.

10:22AM  18        DO YOU SEE IN FRONT OF YOU AN EMAIL CHAIN BETWEEN YOU AND

10:22AM  19   OTHERS AT THERANOS RELATING TO QUALITY CONTROL ISSUES AT

10:22AM  20   THERANOS?

10:22AM  21   A.   YES.

10:22AM  22        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1431.

10:22AM  23        MR. COOPERSMITH:  YOUR HONOR, WE OBJECT TO THE TOP

10:22AM  24   EMAIL ON 1431, AND IT'S HEARSAY.

10:22AM  25        I'M SORRY.  I WITHDRAW THAT.  NO OBJECTION, YOUR HONOR.

| | | |
|---|---|---|
| 10:22AM | 1 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:22AM | 2 | (GOVERNMENT'S EXHIBIT 1431 WAS RECEIVED IN EVIDENCE.) |
| 10:22AM | 3 | MR. BOSTIC:  THANK YOU, YOUR HONOR. |
| 10:22AM | 4 | MS. WACHS, LET'S START WITH PAGE 6 OF THIS DOCUMENT. |
| 10:22AM | 5 | Q.   MS. CHEUNG, DO YOU SEE IN THE MIDDLE OF THE PAGE THERE'S |
| 10:23AM | 6 | AN EMAIL FROM ADAM ROSENDORFF TO YOU? |
| 10:23AM | 7 | A.   YES. |
| 10:23AM | 8 | Q.   AND WHO WAS ADAM ROSENDORFF AT THERANOS? |
| 10:23AM | 9 | A.   ADAM ROSENDORFF WAS A MEDICAL DIRECTOR AT THERANOS. |
| 10:23AM | 10 | Q.   AND IN THAT ROLE WHAT WAS HIS INVOLVEMENT WITH THE |
| 10:23AM | 11 | CLINICAL TESTING DONE AT THE COMPANY? |
| 10:23AM | 12 | A.   HE WAS KIND OF OVERSEEING ALL OF THE CLINICAL TESTING, SO |
| 10:23AM | 13 | HE WOULD LET US KNOW WHEN WE HAD NEW ASSAYS THAT WE NEEDED TO |
| 10:23AM | 14 | ONBOARD; AND IF WE HAD ANY ISSUES IN THE CLINICAL LAB, HE AND |
| 10:23AM | 15 | THE LAB DIRECTOR WERE THE POINT PERSON THAT WE WOULD TALK TO. |
| 10:23AM | 16 | HE WAS THE HEAD OF THAT DEPARTMENT. |
| 10:23AM | 17 | Q.   AND THIS EMAIL ON JANUARY 15TH, 2014, RELATES TO QUALITY |
| 10:23AM | 18 | CONTROL FOR EDISONS ACCORDING TO THE SUBJECT LINE; IS THAT |
| 10:23AM | 19 | RIGHT? |
| 10:23AM | 20 | A.   THAT IS CORRECT. |
| 10:23AM | 21 | Q.   AND DR. ROSENDORFF IS ASKING YOU ABOUT VITAMIN D IN |
| 10:23AM | 22 | PARTICULAR; IS THAT CORRECT? |
| 10:23AM | 23 | A.   THAT IS CORRECT. |
| 10:23AM | 24 | Q.   LET'S GO TO PRECEDING PAGE, SO FORWARD IN TIME, TO PAGE 5 |
| 10:24AM | 25 | OF THIS EXHIBIT, AND LET'S ZOOM IN ON THE BOTTOM MESSAGE. |

10:24AM   1        AND DO YOU SEE HERE AN EMAIL FROM DR. ROSENDORFF TO YOU

10:24AM   2   SAYING THAT THE CV PERCENTAGE IS WAY TOO HIGH?

10:24AM   3        DO YOU SEE THAT?

10:24AM   4   A.   YES.

10:24AM   5   Q.   AND CAN YOU EXPLAIN WHAT MEANT?  FOR EXAMPLE, WHAT IS CV?

10:24AM   6   A.   SO CV STANDS FOR COEFFICIENT OF VARIANT.  AND ESSENTIALLY

10:24AM   7   WHAT THIS IS SAYING IS THAT BECAUSE WE HAD AGGREGATED SIX DATA

10:24AM   8   POINTS IN ORDER TO GENERATE A RESULT, THAT THE VALUES FOR THEM

10:24AM   9   WERE TOO DISPARATE FROM ONE ANOTHER.

10:24AM  10        AND HE'S BASICALLY TELLING US THAT BASED ON THE VALIDATION

10:24AM  11   WORK THAT WE CONDUCTED IT SHOULD BE 20 PERCENT, BUT WHAT WE'RE

10:24AM  12   SEEING IS A MUCH HIGHER VALUE.  SO YOU'RE SAYING MORE VARIANTS

10:25AM  13   AT 33 PERCENT.

10:25AM  14   Q.   AND GENERALLY SPEAKING, AT THERANOS WAS A HIGH CV

10:25AM  15   DESIRABLE OR WAS A LOW CV DESIRABLE?

10:25AM  16   A.   A LOW CV DESIRABLE.

10:25AM  17   Q.   AND WHY WAS A LOW CV DESIRABLE IN TERMS OF YOUR WORK AT

10:25AM  18   THERANOS?

10:25AM  19   A.   A LOW CV IS MORE DESIRABLE BECAUSE IT MEANS YOU HAVE LESS

10:25AM  20   VARIANTS.

10:25AM  21   Q.   IS THAT ANOTHER WAY OF SAYING THAT THE RESULTS WERE MORE

10:25AM  22   CONSISTENT?

10:25AM  23   A.   YES.

10:25AM  24   Q.   AND WERE HIGH CV'S A REPEATED PROBLEM THAT YOU SAW

10:25AM  25   MULTIPLE TIMES AT THERANOS?

10:25AM 1     A.   YES.

10:25AM 2     Q.   LET'S GO TO, IN THE SAME EXHIBIT, PAGE 3, PLEASE.  AND

10:25AM 3     LET'S ZOOM IN ON THE BOTTOM PORTION.

10:26AM 4          MS. CHEUNG, DO YOU SEE HERE A MESSAGE FROM

10:26AM 5     SHARADA SIVARAMAN NOTING THAT THE CV'S ARE HIGH BETWEEN

10:26AM 6     DEVICES?

10:26AM 7     A.   YES.

10:26AM 8     Q.   AND THERE'S THEN A STATEMENT BELOW THAT.  IT SAYS, "SINCE

10:26AM 9     WE ARE ALLOWED TO REMOVE 2 DATA POINTS FROM 6 (1 CARTRIDGE OUT

10:26AM 10    OF 3) I HAVE ATTEMPTED TO DO THAT."

10:26AM 11         DO YOU SEE THAT?

10:26AM 12    A.   YES.

10:26AM 13    Q.   AND WHAT IS THAT REFERRING TO?  WHERE DID THESE SIX DATA

10:26AM 14    POINTS COME FROM?

10:26AM 15    A.   SO, AGAIN, AT THIS TIME WHEN WOULD RUN SAMPLE, WHETHER IT

10:26AM 16    WAS A QC OR A PATIENT SAMPLE FOR ONE SPECIFIC TEST, WE WOULD

10:26AM 17    RUN THAT ON THREE SEPARATE EDISONS, AND THEN WE WOULD COMBINE

10:26AM 18    THE DATA POINTS FROM THOSE THREE SEPARATE EDISONS INTO ONE

10:26AM 19    AGGREGATED RESULT.

10:26AM 20         SO WHAT SHE'S SAYING IS THAT EACH OF THESE CARTRIDGES HAVE

10:26AM 21    TWO REACTION TIPS ON IT, AND SO ONE EDISON, TWO REACTION

10:27AM 22    EDISON, THE SECOND EDISON, AND THEN TWO FOR THE THIRD.

10:27AM 23         SO SHE'S BASICALLY SAYING THAT YOU CAN REMOVE TWO OF THOSE

10:27AM 24    DATA POINTS OF THOSE TWO REACTION TIPS OF THE SIX RESULTS THAT

10:27AM 25    ARE GENERATED.

10:27AM 1    Q.   SO YOU MENTIONED THREE DEVICES BEING USED TOGETHER; IS

10:27AM 2    THAT RIGHT?

10:27AM 3    A.   THAT IS CORRECT.

10:27AM 4    Q.   ARE WE TALKING ABOUT TO PERFORM ONE TEST FOR ONE PATIENT

10:27AM 5    SAMPLE, THREE EDISONS WOULD BE REQUIRED?

10:27AM 6    A.   YES.

10:27AM 7    Q.   AND SO GOING BACK TO -- DO YOU RECALL SOME DISCUSSION

10:27AM 8    ABOUT A DEMO WHERE THREE EDISON TESTS MIGHT HAVE BEEN REQUIRED?

10:27AM 9    A.   YES.

10:27AM 10   Q.   IF ONE PATIENT NEEDED TO HAVE THREE DIFFERENT TESTS

10:27AM 11   PERFORMED, HOW MANY EDISON DEVICES WOULD BE REQUIRED UNDER THIS

10:27AM 12   PROCESS?

10:27AM 13   A.   NINE -- OR, NO.  YEAH, NINE.

10:27AM 14   Q.   NINE SEPARATE EDISON DEVICES?

10:27AM 15   A.   YES.

10:27AM 16   Q.   AND IN GROUPS OF THREE, EACH ONE WOULD RUN THE SAME TEST

10:28AM 17   TWO TIMES?

10:28AM 18   A.   YES.

10:28AM 19   Q.   AND THEN ACCORDING TO THIS EMAIL, A CERTAIN PORTION OF

10:28AM 20   THAT DATA COULD BE DISREGARDED OR IGNORED?

10:28AM 21   A.   YES.

10:28AM 22   Q.   THIS PROCESS OF USING MULTIPLE DEVICES, RUNNING EACH TEST

10:28AM 23   MULTIPLE TIMES AND THEN DISCARDING SOME OF THE DATA.

10:28AM 24        WAS THAT USED AT THERANOS WITH THE NON-THERANOS DEVICES?

10:28AM 25   A.   NO.

10:28AM   1    Q.   WITH THE NON-THERANOS DEVICES LIKE THE SIEMENS ADVIA, WERE

10:28AM   2    THEY REQUIRED TO BE RUN IN GROUPS?  DID THEY NEED TO TEAM UP TO

10:28AM   3    RUN A SINGLE PATIENT SAMPLE?

10:28AM   4    A.   CAN YOU REPEAT THAT QUESTION.

10:28AM   5    Q.   SURE.

10:28AM   6         AT THERANOS WAS THE SIEMENS ADVIA ABLE TO RUN A PATIENT

10:28AM   7    TEST ON ITS OWN IN A SINGLE DEVICE, OR DID IT NEED TO BE

10:28AM   8    GROUPED INTO GROUPS OF MULTIPLE DEVICES THE WAY THAT THE EDISON

10:28AM   9    DID?

10:28AM   10   A.   NO.  OKAY.

10:28AM   11        FOR THE SIEMENS ADVIA, YOU JUST PUT THE SAMPLE IN THERE

10:29AM   12   AND IT WOULD JUST RUN ALL OF THE TESTS AND IN ALL OF THE

10:29AM   13   PATIENTS AT ONCE.  YOU DIDN'T HAVE TO GROUP MULTIPLE

10:29AM   14   SIEMENS ADVIAS TOGETHER TO PRODUCE A PATIENT RESULT.

10:29AM   15   Q.   AND THERE WERE OTHER THIRD PARTY DEVICES AT THERANOS

10:29AM   16   BESIDES THE SIEMENS ADVIA; IS THAT RIGHT?

10:29AM   17   A.   YES.

10:29AM   18   Q.   FOR ANY OF THOSE THIRD PARTY DEVICES, DID THEY NEED TO

10:29AM   19   WORK IN GROUPS THIS WAY?

10:29AM   20   A.   NO.

10:29AM   21   Q.   LET'S LOOK AT PAGE 2, PLEASE.  ACTUALLY, LET'S GO TO

10:29AM   22   PAGE 1 AND ZOOM IN ON THE MIDDLE OF THE PAGE.

10:29AM   23        PERFECT.  THANK YOU.

10:29AM   24        DO YOU SEE HERE A MESSAGE FROM SHARADA SIVARAMAN FOLLOWING

10:29AM   25   UP ON THE SAME TOPIC?

10:29AM   1      A.   YES.

10:29AM   2      Q.   AND IN THE SECOND PARAGRAPH OF THIS EMAIL IT SAYS, "AT

10:30AM   3   THIS TIME OUR OUTLIER REMOVAL PROCEDURE IS MANUAL."

10:30AM   4           DO YOU SEE THAT?

10:30AM   5      A.   YES.

10:30AM   6      Q.   AND DURING YOUR TIME AT THERANOS, DID YOU EVER WITNESS

10:30AM   7   OUTLIERS BEING REMOVED FROM THESE DATA SETS?

10:30AM   8      A.   YES.

10:30AM   9      Q.   AND TELL US WHAT YOU SAW?  HOW DID THAT WORK?

10:30AM  10      A.   SO WHEN THEY WOULD DELETE OUTLIERS -- THERE WERE DIFFERENT

10:30AM  11   CONTEXTS THAT THAT WAS USED.

10:30AM  12           SO, FOR EXAMPLE, IN THE RESEARCH AND DEVELOPMENT CONTEXT,

10:30AM  13   WHAT WOULD HAPPEN IS THAT WE WOULD DISPLAY ALL OF THE DATA ON A

10:30AM  14   PRESENTATION AND SAY WE NEEDED TO GET A PARTICULAR ACCURACY IN

10:30AM  15   ORDER TO PASS VALIDATION.

10:30AM  16           SO ONCE THEY HAD ALL OF THE DATA ON THERE, AND SAY WE

10:30AM  17   DIDN'T HIT THE MARKER FOR ACCURACY, THEY WOULD START TO REMOVE

10:30AM  18   THESE DATA POINTS AND DEEM THEM AS OUTLIERS TO GET THE ACCURACY

10:30AM  19   RATE CLOSER TO WHAT THE EXPECTED RESULT WAS.

10:30AM  20           AND THIS WAS ALSO HAPPENING, AS WE SAW BEFORE, IN THE

10:30AM  21   CONTEXT OF QC'S.  IF THE QC'S FAILED, WAS IT THE CASE THAT WE

10:31AM  22   WERE ABLE TO DELETE SOME OF THESE DATA POINTS IN ORDER TO GET

10:31AM  23   THEM FROM FAILING TO PASSING.

10:31AM  24           BUT THERE WASN'T NECESSARILY A STANDARD PROTOCOL THAT

10:31AM  25   PEOPLE USED FOR THIS, AND IT WAS BASICALLY AT THE DISCRETION OF

10:31AM   1    WHOEVER WAS THE PERSON HANDLING THE DATA.

10:31AM   2    Q.   AND YOU SAW THIS HAPPEN PERSONALLY AT THERANOS?

10:31AM   3    A.   YES.

10:31AM   4    Q.   AND WHAT WAS YOUR REACTION TO THIS PROCESS, THIS PROCESS

10:31AM   5    OF TAKING MULTIPLE RESULTS FOR THE SAME TEST AND THEN

10:31AM   6    DISCARDING CERTAIN OF THEM TO MAKE QUALITY CONTROL PASS?

10:31AM   7    A.   IT WAS REALLY CONCERNING BECAUSE YOU DON'T REALLY

10:31AM   8    UNDERSTAND -- NUMBER ONE, THERE WASN'T REALLY CLEAR PROTOCOLS

10:31AM   9    OF WHAT WAS CONSTITUTED AS AN OUTLIER.

10:31AM  10         SO HOW DO YOU KNOW WHAT TO REMOVE IS NOT CLEARLY DEFINED.

10:31AM  11         AND THEN NOT ONLY THAT, BUT IT GIVES YOU SORT OF AN -- IT

10:31AM  12    DOES -- IT GIVES YOU A FALSE SENSE OF WHAT IS ACTUALLY GOING ON

10:32AM  13    WITH THE SYSTEM BECAUSE ESSENTIALLY YOU'RE JUST MANIPULATING

10:32AM  14    THE DATA AT THAT POINT TO MAKE IT SEEM LIKE THE QC'S ARE

10:32AM  15    PASSING, BUT THAT MIGHT NOT ACTUALLY BE THE REALITY OF THE

10:32AM  16    SYSTEM.

10:32AM  17         SO IT WAS CONCERNING BECAUSE WE DIDN'T HAVE VERY SET

10:32AM  18    PROTOCOLS IN TERMS OF HOW THIS OUTLIER DELETION WAS HAPPENING,

10:32AM  19    AND NOT ONLY THAT, BUT THERE WAS LIKE A VARIABLE UNDERSTANDING

10:32AM  20    OF HOW THAT WAS DONE.  SO YOU HAVE -- HOW SHARADA WOULD DO IT

10:32AM  21    WOULD BE DIFFERENT THAN A LAB TECHNICIAN UYEN OR SURAJ WOULD DO

10:32AM  22    IT.

10:32AM  23         SO IT BECAME VERY CONFUSING TO KNOW, WELL, WHAT IS AN

10:32AM  24    OUTLIER?  WHAT IS CONSTITUTED AS AN OUTLIER?  AND WHEN IS IT

10:32AM  25    APPROPRIATE TO UTILIZE AN OUTLIER DILUTION VERSUS NOT?

10:32AM 1      AND IT WAS SOMETHING THAT CREATED A LOT OF TENSION BECAUSE

10:32AM 2  IT JUST SEEMED LIKE WE WERE REMOVING DATA POINTS TO JUST MAKE

10:32AM 3  IT APPEAR THAT THINGS WERE WORKING.

10:32AM 4  Q.   AND THESE QC PRACTICES AND PERFORMANCE ISSUES, DID THEY

10:33AM 5  HAVE AN EFFECT ON HOW YOU VIEWED YOUR JOB RUNNING PATIENT

10:33AM 6  SAMPLES AT THERANOS?

10:33AM 7  A.   YES, BECAUSE -- FOR EXAMPLE, WITH THE QC'S, AGAIN, I KNOW

10:33AM 8  WHAT THE SAMPLE CONCENTRATION IS, BUT FOR A PATIENT RESULT, I

10:33AM 9  DON'T KNOW WHAT THE SAMPLE CONCENTRATION IS.  SO HOW AM I

10:33AM 10  SUPPOSED TO UNDERSTAND WHAT DATA POINTS DO I REMOVE OR NOT IN

10:33AM 11  ORDER TO GET AN ACCURATE RESULT?

10:33AM 12      THE EXPECTATION IS THAT YOUR SYSTEM AND WHY YOU RUN THE

10:33AM 13  QC'S PERFORM WELL ENOUGH, THAT ONCE I RUN A PATIENT SAMPLE, I

10:33AM 14  HAVE SOME DEGREE OF CONFIDENCE THAT IT IS GOING TO PRODUCE AN

10:33AM 15  ACCURATE RESULT; THAT I DON'T HAVE TO GUESS, BASICALLY, ABOUT

10:33AM 16  WHAT INFORMATION TO REMOVE TO GIVE ME THE CORRECT -- YOU KNOW,

10:33AM 17  AN ACCURATE PATIENT RESULT AT THAT POINT.

10:33AM 18  Q.   CAN I ASK YOU TO PLEASE LOOK AT TAB 1512 IN THE BINDER.

10:34AM 19      IS TAB 1512 AN EMAIL FROM YOU AND OTHER INDIVIDUALS AT

10:34AM 20  THERANOS RELATING TO THE PROCESSING OF TESTS AND QUALITY

10:34AM 21  CONTROL PROCEDURES?

10:34AM 22  A.   YES.

10:34AM 23          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1512.

10:34AM 24          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:34AM 25          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:34AM 1        (GOVERNMENT'S EXHIBIT 1512 WAS RECEIVED IN EVIDENCE.)

10:34AM 2            MR. BOSTIC:  AND, MS. WACHS, IF WE CAN START WITH

10:34AM 3    THE BOTTOM OF PAGE 2, PLEASE.

10:34AM 4    Q.   MS. CHEUNG, DO YOU SEE AN EMAIL TO DR. ROSENDORFF AND TO

10:34AM 5    YOU AND OTHERS AT THERANOS RELATING TO FOUR DIFFERENT ASSAYS

10:34AM 6    RUN ON THE EDISON?

10:34AM 7    A.   YES.

10:34AM 8    Q.   AND WHAT WERE THOSE FOUR ASSAYS?

10:34AM 9    A.   SO THESE FOUR ASSAYS ARE TOTAL T4, TOTAL T3, TT4, TT3,

10:35AM 10   TESTOSTERONE, THE ACRONYM TST, AND FSH.

10:35AM 11   Q.   AND WHAT GROUP OF INDIVIDUALS IS DR. ROSENDORFF EMAILING

10:35AM 12   HERE THAT YOU'RE APART OF?

10:35AM 13   A.   THESE ARE ALL THE CLINICAL LAB ASSOCIATES THAT

10:35AM 14   SPECIFICALLY WORK WITH THE EDISON DEVICES.

10:35AM 15   Q.   LET'S GO TO PAGE 1 OF THIS DOCUMENT, PLEASE, AND LET'S

10:35AM 16   ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:35AM 17       THERE'S AN EMAIL AT THE BOTTOM HERE FROM SURAJ SAKSENA

10:35AM 18   REPORTING A CONCERN REGARDING STABILITY.  IT SAYS, "SINCE WE DO

10:35AM 19   NOT HAVE STABILITY DATA ON THE HCV CAPSYS CARTRIDGES."

10:35AM 20       DO YOU SEE THAT?

10:35AM 21   A.   YES.

10:35AM 22   Q.   AND THERE'S A MENTION BELOW, "IF THIS QC FAILS, WE WILL

10:35AM 23   NOT RUN THE PATIENT SAMPLE.  WE WILL HAVE TO RECALIBRATE WITH

10:36AM 24   FRESH REAGENTS."

10:36AM 25       DO YOU SEE THAT?

10:36AM  1     A.   YES.

10:36AM  2     Q.   AND CAN YOU EXPLAIN HERE WHAT THAT IS SAYING AND WHAT THAT

10:36AM  3     REFERS TO?

10:36AM  4     A.   SO ESSENTIALLY I WAS TOLD THAT I WOULD HAVE TO RUN A

10:36AM  5     HEPATITIS C SAMPLE, WHICH AT THAT TIME WE HAD NEVER DONE

10:36AM  6     BEFORE.  AND THE REAGENTS IN THE CARTRIDGES THAT WE HAD BUILT

10:36AM  7     FOR HEPATITIS C, I DIDN'T HAVE CONFIDENCE THAT THEY HAD ENOUGH

10:36AM  8     STABILITY, THAT THEY MAY HAVE BEEN EXPIRED.

10:36AM  9          SO ESSENTIALLY SURAJ IS TELLING ADAM AND THE TEAM THAT,

10:36AM 10     YOU KNOW, WE'RE GOING TO TRY AND SEE IF THE QC'S PASS UTILIZING

10:36AM 11     THESE REAGENTS THAT HAVE -- THAT ARE MAY BE GOOD, OR MAYBE NOT

10:36AM 12     GOOD, AND THEN FROM THERE WE'LL DETERMINE WHETHER WE NEED TO

10:36AM 13     RECALIBRATE THE SYSTEM OR WHETHER WE POTENTIALLY RUN THE

10:36AM 14     PATIENT SAMPLE BASED ON THOSE RESULTS.

10:36AM 15     Q.   I'LL DRAW YOUR ATTENTION TO AN EMAIL THAT SAYS IT'S FROM

10:37AM 16     ROMINA RIENER.

10:37AM 17          DO YOU SEE THAT ON THE SCREEN?

10:37AM 18     A.   YES.

10:37AM 19     Q.   AND THE EMAIL IS SIGNED ERIKA THOUGH.

10:37AM 20          DO YOU SEE THAT?

10:37AM 21     A.   YES.

10:37AM 22     Q.   AND CAN YOU EXPLAIN THAT DISCREPANCY?

10:37AM 23     A.   SO ALL OF US HAD THE SAME COMPUTERS AT THE LAB BENCHES,

10:37AM 24     AND I ACCIDENTALLY SENT AN EMAIL FROM ROMINA'S COMPUTER INSTEAD

10:37AM 25     OF MY COMPUTER.

10:37AM 1     Q.   OKAY.  SO THIS EMAIL IS FROM YOU?

10:37AM 2     A.   YES.

10:37AM 3     Q.   AND IN THIS EMAIL YOU WRITE, "I'LL RUN THE QC RUNS FOR THE

10:37AM 4     ASSAYS, BUT I DON'T FEEL COMFORTABLE RUNNING THE PATIENT

10:37AM 5     SAMPLE."

10:37AM 6          DO YOU SEE THAT?

10:37AM 7     A.   YES.

10:37AM 8     Q.   AND WHY DID YOU FEEL THAT WAY?

10:37AM 9     A.   I JUST DIDN'T THINK WE HAD THE INFRASTRUCTURE TO RUN

10:37AM 10    HEPATITIS C ON A PATIENT, AND I DIDN'T FEEL COMFORTABLE BASED

10:37AM 11    ON OUR TESTING SYSTEM OR THE REAGENTS WE HAD OR ANYTHING TO

10:37AM 12    TELL SOMEONE WHETHER THEY HAD HEPATITIS C OR NOT.

10:37AM 13    Q.   LET'S GO THE TOP OF THIS PAGE AND SEE HOW THIS ISSUE

10:37AM 14    RESOLVED.

10:37AM 15         AT THE TOP OF THE PAGE THERE'S ANOTHER MESSAGE FROM YOU TO

10:37AM 16    DR. ROSENDORFF.

10:37AM 17         DO YOU SEE THAT?

10:37AM 18    A.   YES.

10:37AM 19    Q.   AND CAN YOU DESCRIBE WHAT THE SOLUTION TO THE PROBLEM THAT

10:38AM 20    YOU WERE RUNNING INTO?

10:38AM 21    A.   SO ESSENTIALLY WE DECIDED TO USE AN FDA APPROVED WAIVED

10:38AM 22    TEST CALLED THE ORAQUICK IN ORDER TO RUN THIS HEPATITIS C

10:38AM 23    SAMPLE.  SO WE DIDN'T USE THE THERANOS SYSTEM, WE JUST WENT

10:38AM 24    AHEAD WITH THESE OFF-THE-SHELF TESTING KITS THAT YOU CAN GET

10:38AM 25    FOR HEPATITIS C.

10:38AM 1    Q.    SO THE SOLUTION HERE WAS TO BYPASS THERANOS TECHNOLOGY

10:38AM 2    ALTOGETHER?

10:38AM 3    A.    YES.

10:38AM 4    Q.    OKAY.  WE CAN TAKE THAT DOWN.  THANK YOU, MS. WACHS.

10:38AM 5          AROUND THIS TIME OF JANUARY OR FEBRUARY OF 2014, DO YOU

10:38AM 6    RECALL AN INSTANCE WHERE THERANOS TECHNOLOGY WAS SUBJECT TO

10:38AM 7    PROFICIENCY TESTING?

10:38AM 8    A.    YES.

10:38AM 9    Q.    AND CAN YOU EXPLAIN WHAT PROFICIENCY TESTING IS BASED ON

10:38AM 10   YOUR WORK AT THERANOS?

10:38AM 11   A.    YES.  SO IN ORDER TO MAINTAIN YOUR LICENSE WITH CLIA AND

10:39AM 12   THE CENTER OF MEDICAID AND MEDICARE SERVICES, YOU HAVE TO

10:39AM 13   ESSENTIALLY RECEIVE SAMPLES FROM A THIRD PARTY LABORATORY AND

10:39AM 14   RUN IT THROUGH YOUR NORMAL WORKFLOW OF HOW YOU WOULD TYPICALLY

10:39AM 15   RUN PATIENT SAMPLES.

10:39AM 16         AND THEN ONCE YOU GET THOSE RESULTS, YOU HAND THEM OVER TO

10:39AM 17   THAT LABORATORY, AND THEY BASICALLY TELL YOU WHETHER YOU'VE

10:39AM 18   PASSED OR FAILED PROFICIENCY TESTING.

10:39AM 19         AND THIS IS A REQUIREMENT TO MAINTAIN YOUR LICENSE AND

10:39AM 20   THERE ARE DIFFERENT LABS THAT WILL BASICALLY SEND YOU THESE

10:39AM 21   KIND OF MOCK PATIENT SAMPLES.

10:39AM 22   Q.    CAN I ASK YOU TO TURN TO TAB 1548 IN YOUR BINDER.

10:39AM 23         AND DO YOU SEE THERE AN EMAIL TO YOU IN FEBRUARY

10:39AM 24   REFERENCING PROFICIENCY RESULTS UPSTAIRS AND DOWNSTAIRS?

10:40AM 25   A.    YES.

10:40AM 1    Q.   AND CAN YOU DESCRIBE WHAT THIS EMAIL IS AND WHAT IS

10:40AM 2    ATTACHED TO IT?

10:40AM 3    A.   SO THIS EMAIL IS ESSENTIALLY A PROFICIENCY TESTING RESULTS

10:40AM 4    THAT WE HAD GENERATED.  AND WHAT WE HAD DONE IS WE HAD RUN THEM

10:40AM 5    ON THE EDISONS, AND THEN WE HAD RUN THEM ON THE FDA APPROVED

10:40AM 6    MACHINES.

10:40AM 7        SO BETWEEN NORMANDY AND THE DINOSAUR LAB WE RAN THE SET OF

10:40AM 8    PROFICIENCY TESTING SAMPLES ON BOTH METHODOLOGIES OR BOTH

10:40AM 9    MACHINES.

10:40AM 10       AND THIS IS ESSENTIALLY LANGLY SAYING THAT HERE IS THE

10:40AM 11   SPREADSHEET WITH THOSE RESULTS.

10:40AM 12   Q.   AND YOU SAY, "WE RAN."

10:40AM 13       FIRST OF ALL, WAS THIS THEN A COMPARISON OF THE

10:40AM 14   PERFORMANCE OF THE THERANOS ANALYZERS VERSUS COMMERCIAL

10:40AM 15   ANALYZERS?

10:40AM 16   A.   YES.

10:40AM 17   Q.   AND WERE YOU INVOLVED PERSONALLY IN ACTUALLY RUNNING THESE

10:40AM 18   TESTS?

10:40AM 19   A.   YES.

10:40AM 20   Q.   AND THE ATTACHMENT TO THIS EMAIL, DOES THAT ACCURATELY

10:41AM 21   REFLECT THE RESULTS OF THOSE TESTS?

10:41AM 22   A.   YES.

10:41AM 23           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1548.

10:41AM 24           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:41AM 25           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:41AM  1         (GOVERNMENT'S EXHIBIT 1548 WAS RECEIVED IN EVIDENCE.)

10:41AM  2              MR. BOSTIC:  SO LET'S START WITH THE ATTACHMENT

10:41AM  3    ACTUALLY.  AND IF WE CAN LOOK AT THAT IN NATIVE, MS. WACHS, IF

10:41AM  4    POSSIBLE.

10:41AM  5    Q.   MS. CHEUNG, DO YOU SEE IN FRONT OF YOU THE RESULTS FROM

10:41AM  6    THE TESTING THAT YOU PERFORMED COMPARING THE THERANOS ANALYZERS

10:41AM  7    TO THE COMMERCIAL ANALYZERS?

10:41AM  8    A.   YES.

10:41AM  9    Q.   LET'S WALK THROUGH SOME OF THESE RESULTS.

10:41AM  10        FIRST OF ALL, ALONG THE LEFT SIDE DO YOU SEE SOME

10:41AM  11   DIFFERENT ASSAYS LISTED?

10:41AM  12   A.   YES.

10:41AM  13   Q.   AND THE TOP ONE SAYS VITAMIN D.

10:41AM  14        WHAT WAS THE VITAMIN D ASSAY AT THERANOS?

10:41AM  15   A.   SO VITAMIN D WAS TO CHECK YOUR VITAMIN D LEVELS WITHIN

10:41AM  16   YOUR BLOOD.

10:42AM  17   Q.   AND HOW ABOUT THE ONE BELOW THAT, TPSA?

10:42AM  18   A.   TPSA IS TOTAL PROSTATE SPECIFIC ANTIGEN, AND SO IT'S

10:42AM  19   ESSENTIALLY TO TELL YOU WHETHER YOU'RE AT RISK FOR PROSTATE

10:42AM  20   CANCER OR NOT.

10:42AM  21   Q.   OKAY.  LET'S LOOK AT THOSE TWO ASSAYS AND THE RESULTS FOR

10:42AM  22   THOSE.  CAN YOU WALK US THROUGH THIS SPREADSHEET AND TELL US

10:42AM  23   WHAT WE'RE LOOKING AT?  WHAT DO THE DIFFERENT ROWS AND COLUMNS

10:42AM  24   MEAN?

10:42AM  25   A.   OKAY.  SO THE ROWS WHERE IT SAYS PREDICATE.  THAT IS

10:42AM 1    ESSENTIALLY AN OFF-OF-SHELF FDA APPROVED MACHINE, SO IN THIS

10:42AM 2    CASE IT WOULD BE THE DIASORIN.

10:42AM 3        AND THEN THE THERANOS NANOGRAMS PER MIL, THAT'S THE EDISON

10:42AM 4    DEVICE RESULT.

10:42AM 5        AND THEN EACH COLUMN IS BASICALLY A SAMPLE THAT WE HAD

10:42AM 6    RECEIVED FOR PROFICIENCY TESTING FROM WHAT I BELIEVE AT THIS

10:42AM 7    POINT IS THE NEW YORK LABORATORY.

10:42AM 8    Q.   OKAY.  SO IF WE STAY IN THE UPPER LEFT CORNER OF THE

10:42AM 9    CHART, FOR EXAMPLE, NY E06, WOULD THAT BE REFERRING TO A

10:43AM 10   SPECIFIC SAMPLE THAT WAS TESTED ON BOTH DEVICES?

10:43AM 11   A.   YES.

10:43AM 12   Q.   AND THE COMMERCIAL DEVICE, THE PREDICATE DEVICE RETURNED A

10:43AM 13   RESULT OF 27.9; IS THAT RIGHT?

10:43AM 14   A.   THAT IS CORRECT.

10:43AM 15   Q.   AND THE THERANOS ANALYZER RETURNED A DIFFERENT RESULTS OF

10:43AM 16   68.26; IS THAT RIGHT?

10:43AM 17   A.   THAT'S CORRECT.

10:43AM 18   Q.   WHAT ABOUT THE ROW BELOW IT THAT SAYS PERCENT RECOVERY.

10:43AM 19   WHAT DOES THAT REFER TO?

10:43AM 20   A.   SO PERCENT RECOVERY IS BASICALLY A MEASURE TO SEE IS THERE

10:43AM 21   ALIGNMENT BETWEEN THE PREDICATE VALUE AND THE THERANOS VALUE,

10:43AM 22   AND YOU ESSENTIALLY WANT THIS TO BE AS CLOSE TO 100 PERCENT AS

10:43AM 23   POSSIBLE.

10:43AM 24   Q.   A VALUE OF 100 PERCENT WOULD INDICATE THAT THE THERANOS

10:43AM 25   ANALYZER WAS RETURNING THE SAME RESULT AS THE COMMERCIAL

10:43AM 1    ANALYZER?

10:43AM 2              MR. COOPERSMITH:  OBJECTION.  LEADING.

10:43AM 3              THE COURT:  DO YOU WANT TO REPHRASE THE QUESTION,

10:43AM 4    MR. BOSTIC.

10:43AM 5              MR. BOSTIC:  SURE.  THANK YOU, YOUR HONOR.

10:43AM 6    Q.   WHAT DOES A RECOVERY VALUE OF 100 PERCENT INDICATE IN

10:44AM 7    TERMS OF THE MATCH THERE?

10:44AM 8    A.   IN TERMS OF THE MATCH THERE, THAT WOULD INDICATE THAT YOU

10:44AM 9    HAVE BASICALLY THE PREDICATE RESULT AND THE EDISON RESULT ARE

10:44AM 10   THE SAME.

10:44AM 11        SO YOU'RE BASICALLY HERE JUST TAKING THE THERANOS RESULT

10:44AM 12   OVER THE PREDICATE RESULT.

10:44AM 13   Q.   LOOKING AT THE RESULTS FOR VITAMIN D WE SEE FIVE DIFFERENT

10:44AM 14   SAMPLES TESTED; IS THAT RIGHT?

10:44AM 15   A.   THAT IS CORRECT.

10:44AM 16   Q.   DID THE THERANOS RESULTS MATCH WELL WITH THE RESULTS

10:44AM 17   RETURNED BY THE COMMERCIAL ANALYZER FOR VITAMIN D?

10:44AM 18   A.   NO.

10:44AM 19   Q.   WHY DO YOU SAY THAT?

10:44AM 20   A.   IF YOU LOOK AT COLUMN F, FOR EXAMPLE, SO YOU HAVE THE

10:44AM 21   PREDICATE METHODOLOGY, AND YOU GET 18.6 VERSUS THE THERANOS

10:44AM 22   RESULT CAME OUT 69.38, SO THAT'S, YOU KNOW, THREE, ALMOST FOUR

10:45AM 23   TIMES HIGHER THAN WHAT YOU WOULD EXPECT.

10:45AM 24   Q.   AND THE PREDICATE DEVICE, OR THE COMMERCIAL ANALYZER, WAS

10:45AM 25   THAT AN FDA APPROVED DEVICE?

10:45AM   1    A.   YES.

10:45AM   2    Q.   IN EACH OF THESE FIVE SAMPLES, WERE THERE ANY INSTANCES

10:45AM   3    WHERE THE THERANOS ANALYZER RETURNED A RESULT THAT WASN'T AT

10:45AM   4    LEAST DOUBLE WHAT THE COMMERCIAL ANALYZER RETURNED?

10:45AM   5    A.   SAY THAT ONE MORE TIME.

10:45AM   6    Q.   SURE.

10:45AM   7         FOR VITAMIN D FOR EACH OF THESE FIVE SAMPLES, WERE THERE

10:45AM   8    ANY SAMPLES FOR WHICH THE THERANOS ANALYZER RETURNED A RESULT

10:45AM   9    THAT WASN'T AT LEAST DOUBLE WHAT THE COMMERCIAL ANALYZER SAID?

10:45AM   10   A.   NO.

10:45AM   11   Q.   LET'S LOOK AT SOME DATA FROM TPSA.  YOU SAID THAT WAS

10:45AM   12   PROSPECT SPECIFIC ANTIGEN?

10:45AM   13   A.   YES.

10:45AM   14   Q.   AND IN THAT SECTION LET ME ASK YOU THE SAME QUESTION, DID

10:45AM   15   THE THERANOS RESULTS LINE UP WELL WITH THE RESULTS FROM THE

10:46AM   16   COMMERCIAL ANALYZER?

10:46AM   17   A.   NO.

10:46AM   18   Q.   AND WHAT MAKES YOU SAY THAT?

10:46AM   19   A.   SO YOU CAN SEE IN THE CASE OF IF YOU LOOK AT WHAT YOU'RE

10:46AM   20   SEEING HERE IS THAT THERE'S A LOT OF UNDER RECOVERY AMONGST THE

10:46AM   21   RESULTS AND THAT THERE'S NOT A LOT OF CONSISTENCY.

10:46AM   22        SO, FOR EXAMPLE, IF YOU LOOK AT COLUMN D AND COLUMN E

10:46AM   23   WHERE IT SAYS TM 267, WHEN YOU RUN IT ON THE PREDICATE, YOU GET

10:46AM   24   3.1 THE FIRST RUN, AND THEN YOU RERAN IT AND YOU GET 3.1 AGAIN.

10:46AM   25        BUT IF YOU LOOK AT THE THERANOS RESULT, YOU GET 1.97 AND

10:46AM   1    2.68.  SO THEY'RE BOTH IN THAT CASE UNDER RECOVERY FROM WHAT

10:46AM   2    YOU WOULD ANTICIPATE FROM THE PREDICATE VALUE.

10:46AM   3    Q.   I SEE.  SO JUST TO BE CLEAR, WE SEE TWO SAMPLES THAT ARE

10:47AM   4    LABELLED IN RED IN THIS EXHIBIT.

10:47AM   5         DO YOU SEE THAT?

10:47AM   6    A.   YES.

10:47AM   7    Q.   AND THEY BOTH SAY RERUN; IS THAT RIGHT?

10:47AM   8    A.   THAT'S CORRECT.

10:47AM   9    Q.   WHAT DOES THAT MEAN?

10:47AM  10    A.   SO THAT MEANS THAT WE RAN THE SAMPLE CONSECUTIVELY, SO WE

10:47AM  11    RAN THE SAME SAMPLE TWICE.

10:47AM  12    Q.   AND IDEALLY WOULD YOU WANT TO SEE THE SAME SAMPLE RETURN

10:47AM  13    THE SAME RESULT TWICE IN A ROW OR DIFFERENT RESULTS?

10:47AM  14    A.   YES.  YOU WOULD ANTICIPATE THAT YOU WOULD SEE THE SAME

10:47AM  15    RESULT WHEN YOU RUN THEM TWICE.

10:47AM  16    Q.   AND WHEN THESE TWO SAMPLES WERE RERUN, EACH WERE RUN

10:47AM  17    TWICE, WAS THE COMMERCIAL ANALYZER ABLE TO RETURN THE SAME

10:47AM  18    RESULTS FOR BOTH OF THESE SAMPLE TWO TIMES IN A ROW?

10:47AM  19    A.   YES, YES.

10:47AM  20    Q.   AND WAS THE THERANOS ANALYZER ABLE TO DO THAT SAME THING?

10:47AM  21    A.   NO.

10:47AM  22    Q.   THIS TESTING AT THERANOS IN FEBRUARY OF 2014, DID YOU --

10:48AM  23    LET'S SEE.  WERE YOU PART OF CONVERSATIONS WITH THE COMPANY

10:48AM  24    ABOUT THE THERANOS PERFORMANCE IN THIS TESTING?

10:48AM  25    A.   YES.

10:48AM 1    Q.   AND GENERALLY SPEAKING, WHAT WAS THE REACTION AT THE

10:48AM 2    COMPANY TO THESE RESULTS?  WERE PEOPLE SATISFIED WITH THIS

10:48AM 3    PERFORMANCE?

10:48AM 4    A.   NO.  PEOPLE WERE CONCERNED.

10:48AM 5    Q.   LET ME DIRECT YOUR ATTENTION BACK TO THE EMAIL THAT

10:48AM 6    ATTACHES THIS CHART.

10:48AM 7         AND AT THE TOP OF THE PAGE THERE'S A MESSAGE FROM YOU TO

10:48AM 8    SOMEONE NAMED TYLER SHULTZ AT THE COMPANY.

10:48AM 9         DO YOU SEE THAT?

10:48AM 10   A.   YES.

10:48AM 11   Q.   AND WHO WAS TYLER SHULTZ?

10:48AM 12   A.   SO TYLER SHULTZ WAS A LAB ASSOCIATE AS WELL OR LIKE AN

10:48AM 13   ENGINEER, AND HE AND I WORKED TOGETHER ON THE ELISA TEAM DURING

10:48AM 14   THE NIGHT SHIFT, AND HE ALSO WAS THE GRANDSON OF GEORGE SHULTZ,

10:49AM 15   WHO WAS ON THE BOARD OF DIRECTORS AT THE COMPANY.

10:49AM 16   Q.   AND WHY DID YOU SEND THIS DATA TO MR. SHULTZ IN FEBRUARY

10:49AM 17   OF 2014?

10:49AM 18   A.   SO I HAD BEEN TALKING TO TYLER ABOUT SOME OF THE ISSUES

10:49AM 19   THAT WE HAD BEEN SEEING IN THE CLINICAL LAB BASED ON THE ASSAYS

10:49AM 20   THAT WE HAD WORKED ON IN THE ELISA TEAM ON THE EDISON DEVICES,

10:49AM 21   AND SO I SENT IT OVER TO HIM TO SEE ESSENTIALLY WHAT I WAS

10:49AM 22   TALKING ABOUT SPECIFICALLY ABOUT THE DEVIATIONS BETWEEN THE

10:49AM 23   RESULTS THAT WERE BEING GENERATED ON THE COMMERCIALLY AVAILABLE

10:49AM 24   MACHINES VERSUS THE EDISON DEVICES.

10:49AM 25   Q.   I SEE.  LET'S TURN NEXT, PLEASE, TO EXHIBIT 1589.

10:50AM 1          IF I COULD DIRECT YOUR ATTENTION TO PAGE 2.  LOOKING AT

10:50AM 2    THE BOTTOM, DO YOU SEE AN EMAIL TO YOU AND OTHERS AT THERANOS

10:50AM 3    RELATING TO QC PRACTICES?

10:50AM 4    A.   FROM MARK?

10:50AM 5    Q.   YES.

10:50AM 6    A.   YES.

10:50AM 7          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT -- I'M

10:50AM 8    SORRY.  GO AHEAD.

10:50AM 9          THE WITNESS:  OH, THIS IS FOR PROFICIENCY TESTING,

10:50AM 10   CORRECT, NOT QC.

10:50AM 11         MR. BOSTIC:  YES.  THANK YOU.

10:50AM 12   Q.   I'M JUST GOING BY THE SUBJECT LINE THAT SAYS QC MEASURE

10:50AM 13   FOR EDISONS.

10:50AM 14   A.   OKAY.

10:50AM 15   Q.   I'LL ASK YOU TO HELP US KIND OF CLEAR THAT UP.

10:50AM 16   A.   OKAY.

10:50AM 17         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

10:50AM 18   EXHIBIT 1589.

10:50AM 19         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:50AM 20         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:50AM 21    (GOVERNMENT'S EXHIBIT 1589 WAS RECEIVED IN EVIDENCE.)

10:50AM 22   BY MR. BOSTIC:

10:50AM 23   Q.   LET'S START WITH PAGE 2 IN THE BOTTOM HALF.

10:50AM 24    MS. CHEUNG, THE SUBJECT LINE IS "NEW QC MEASURE FOR

10:51AM 25   EDISONS."

10:51AM 1     CAN YOU EXPLAIN TO US WHETHER THIS IS THE SAME QC THAT WE

10:51AM 2  HAVE BEEN TALKING ABOUT OR SOMETHING DIFFERENT?

10:51AM 3  A.   SO THIS -- ESSENTIALLY BECAUSE WE HAD GOTTEN THESE RESULTS

10:51AM 4  WITH PROFICIENCY TESTING AND NOTICED THAT THERE WERE BIG

10:51AM 5  DEVIATIONS BETWEEN WHAT WAS OCCURRING ON EDISON, THE

10:51AM 6  COMMERCIALLY VIABLE, WHAT WE DID IS RAN A WHOLE NEW SEPARATE QC

10:51AM 7  PROCEDURE TO BASICALLY INSTITUTE THAT SAME PROCESS BUT IN

10:51AM 8  HOUSE.

10:51AM 9     SO WHAT THIS IS SAYING IS THAT WHAT WE'RE GOING TO DO IS

10:51AM 10  THAT FOR ALL OF THE SAMPLES THAT WE ARE ACTIVELY TESTING ON

10:51AM 11  PATIENTS RIGHT NOW, WE'RE GOING TO TAKE DIFFERENT COLLECTIONS

10:51AM 12  IN HOUSE, SO VENI SAMPLES, FINGERSTICK SAMPLES, AND RUN THEM

10:51AM 13  SIDE BY SIDE TO CHECK AND SEE AND DO ALMOST LIKE OUR OWN

10:51AM 14  INTERNAL PROFICIENCY TESTING TO SEE IF WE'RE GETTING THAT

10:51AM 15  MISALIGNMENT BETWEEN WHAT IS COMMERCIALLY VIABLE AND WHAT THE

10:51AM 16  EDISONS ARE PRODUCING.

10:51AM 17     SO THAT'S IN REFERENCE TO THIS.  IT'S SORT OF THIS NEW

10:52AM 18  IN HOUSE PROFICIENCY TESTING.  YOU CAN THINK OF IT THAT WAY.

10:52AM 19  Q.   OKAY.  AND YOU SAID THAT THIS WAS NECESSARY BASED ON THE

10:52AM 20  DISCREPANCY BETWEEN THERANOS RESULTS AND THE PREDICATE RESULTS

10:52AM 21  LIKE WE'VE BEEN DISCUSSING?

10:52AM 22  A.   THAT IS CORRECT.

10:52AM 23  Q.   WERE SIMILAR STEPS NECESSARY IN CONNECTION WITH THE

10:52AM 24  NON-THERANOS ANALYZERS THAT THE COMPANY WAS USING?

10:52AM 25  A.   NO.

10:52AM 1    Q.   LET ME ASK YOU TO LOOK AT PAGE 1 OF THIS DOCUMENT.

10:52AM 2         ACTUALLY, I'M SORRY.  LET'S GO BACK TO PAGE 2 FOR JUST A

10:52AM 3    MOMENT.

10:52AM 4         AND IN THAT EMAIL, MS. CHEUNG, DO YOU SEE THAT THIS

10:52AM 5    PROCESS WOULD INVOLVE A COMPARISON BETWEEN FINGERSTICK AND

10:52AM 6    VENOUS SAMPLES?

10:52AM 7    A.   YES.

10:52AM 8    Q.   YOU WERE INVOLVED IN THE VALIDATION OF TESTS AT THERANOS;

10:53AM 9    IS THAT RIGHT?

10:53AM 10   A.   THAT IS CORRECT.

10:53AM 11   Q.   AND WAS THIS KIND OF COMPARISON DONE AS PART OF THE

10:53AM 12   VALIDATION PROCESS FOR TESTS AT THE COMPANY?

10:53AM 13   A.   YES.

10:53AM 14   Q.   OKAY.  AND SPECIFICALLY THE COMPARISON BETWEEN VENOUS

10:53AM 15   SAMPLES AND FINGERSTICK SAMPLES?

10:53AM 16   A.   YES.

10:53AM 17   Q.   LET'S GO BACK TO PAGE 1.  LET'S LOOK AT THE BOTTOM OF THE

10:53AM 18   PAGE AT THE MESSAGE FROM MR. BALWANI.

10:53AM 19        AND THIS EMAIL SAYS -- LET'S SEE.  I'LL DIRECT YOUR

10:53AM 20   ATTENTION TO ABOUT HALF WAY DOWN THAT FIRST PARAGRAPH.

10:53AM 21        IT SAYS -- ON THE SECOND LINE, "ONCE WE HAVE DONE THIS FOR

10:53AM 22   A COUPLE OF TIMES, WE SHOULD REMOVE THE ASSAYS FROM THE LIST

10:53AM 23   FOR WHICH WE ARE DOING THIS QC CHECK."

10:53AM 24        DO YOU SEE THAT?

10:53AM 25   A.   YES.

10:53AM 1    Q.   AND MR. BALWANI THEN SAYS, "WE HAVE TREMENDOUS AMOUNT OF

10:54AM 2    DATA ON EDISONS AND ELISA'S OVER THE LAST 6-PLUS YEARS TO KNOW

10:54AM 3    THEY PERFORM EXTREMELY WELL AND FOR MANY ASSAYS, BETTER THAN

10:54AM 4    PREDICATE METHODS."

10:54AM 5         DID YOU AGREE WITH MR. BALWANI THAT THE DATA ESTABLISHED

10:54AM 6    HIGH PERFORMANCE FOR THE THERANOS ASSAYS?

10:54AM 7              MR. COOPERSMITH:   YOUR HONOR, OBJECTION.   LACKS

10:54AM 8    FOUNDATION.

10:54AM 9              THE COURT:   DO YOU WANT TO ASK SOME FOLLOW-UP

10:54AM 10   QUESTIONS, OR EXCUSE ME, SOME PREDICATE QUESTIONS.

10:54AM 11   BY MR. BOSTIC:

10:54AM 12   Q.   LET ME ASK THE QUESTION A DIFFERENT WAY.

10:54AM 13        WAS THAT STATEMENT BY MR. BALWANI CONSISTENT WITH YOUR

10:54AM 14   EXPERIENCE ACTUALLY WORKING WITH THE THERANOS ANALYZERS ON

10:54AM 15   PATIENT TESTS?

10:54AM 16   A.   NO.

10:54AM 17   Q.   LET'S GO TO THE NEXT PAGE AND THAT'S PAGE 2 TO THE TOP OF

10:54AM 18   THE PARAGRAPH THE SECOND PARAGRAPH OF MR. BALWANI'S EMAIL.

10:55AM 19        HE WRITES, "HOWEVER, MOST IMPORTANT TO ME IS THE POINT

10:55AM 20   THAT THIS NEEDS TO BE COMMUNICATED AS TO WHY WE ARE DOING THIS.

10:55AM 21   THIS IS TO GENERATE ADDITIONAL QC DATA ACROSS OUR ENTIRE CAPSYS

10:55AM 22   AND NORMANDY PROCESS."

10:55AM 23        DO YOU SEE THAT?

10:55AM 24   A.   YES.

10:55AM 25   Q.   AND HE SAYS, "THERE SHOULD NOT BE ANY DOUBTS CREATED ABOUT

10:55AM  1    OUR ASSAYS AND METHODS IN THE MINDS OF CLIA OR ANYONE OUTSIDE

10:55AM  2    OF CLIA."

10:55AM  3        DO YOU SEE THAT?

10:55AM  4    A.   YES.

10:55AM  5    Q.   AND AT THIS POINT IN FEBRUARY OF 2014, DID YOU PERSONALLY

10:55AM  6    HAVE DOUBTS ABOUT THE THERANOS ASSAYS?

10:55AM  7    A.   YES, I HAD LOTS OF DOUBTS.

10:55AM  8    Q.   MR. BALWANI GOES ON TO WRITE, "I AM ALREADY EXTREMELY

10:55AM  9    IRRITATED BY UNPLANNED RUNS OF PT SAMPLES AROUND VITAMIN D AND

10:55AM  10   OTHERS AND HOW IT WAS HANDLED AND COMMUNICATED."

10:55AM  11       DO YOU SEE THAT?

10:55AM  12   A.   YES.

10:55AM  13   Q.   AND DO YOU UNDERSTAND WHAT "UNPLANNED PT RUNS," THAT WAS

10:55AM  14   REFERRING TO?

10:55AM  15   A.   SO ESSENTIALLY BECAUSE WE HAD RUN IT ON THE COMMERCIALLY

10:55AM  16   VIABLE AND THE EDISON DEVICES, SUNNY WAS UPSET THAT WE HAD DONE

10:56AM  17   THAT VERSUS JUST RUNNING IT, I SUPPOSE, AGAINST THE PREDICATE

10:56AM  18   METHODS, SO THE COMMERCIALLY VIABLE MACHINES.

10:56AM  19   Q.   SO YOU UNDERSTOOD THIS TO REFER TO THE TESTING THAT WE

10:56AM  20   WERE JUST LOOKING AT, THE RESULTS WHERE THERANOS WAS COMPARED

10:56AM  21   TO THE COMMERCIAL MACHINES?

10:56AM  22   A.   THAT IS CORRECT.

10:56AM  23   Q.   AND DID YOU UNDERSTAND THAT MR. BALWANI WAS SUPPORTIVE OF

10:56AM  24   THAT TEST HAVING BEEN RUN, OR WAS HE UNHAPPY ABOUT IT?

10:56AM  25   A.   HE WAS UNHAPPY ABOUT IT.

10:56AM  1      Q.   OKAY.  LET'S LOOK NEXT AT 1587.

10:56AM  2           AND IS 1587 ANOTHER EMAIL FROM FEBRUARY 2014 INCLUDING YOU

10:56AM  3      AND OTHERS AT THERANOS RELATING TO THE STATUS OF EDISON

10:57AM  4      ANALYZERS?

10:57AM  5      A.   YES.

10:57AM  6              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1587.

10:57AM  7              MR. COOPERSMITH:  YOUR HONOR, I HAVE A HEARSAY

10:57AM  8      OBJECTION TO THE BOTTOM EMAIL ON PAGE 2, THE FEBRUARY 25TH,

10:57AM  9      2014, AT 10:50 A.M., PAGE 2 OF EXHIBIT 1587, HEARSAY.

10:57AM 10              THE COURT:  MR. BOSTIC.

10:57AM 11              MR. BOSTIC:  APOLOGIES.  WAS THAT THE BOTTOM OF

10:57AM 12      PAGE 1 AND TOP OF PAGE 2?

10:57AM 13              MR. COOPERSMITH:  NO.  I AM SORRY.  IT'S THE VERY

10:57AM 14      BOTTOM EMAIL ON THE WHOLE EXHIBIT, SO THAT WOULD BE

10:57AM 15      FEBRUARY 25TH, 2014, AT 10:50 A.M.

10:58AM 16              MR. BOSTIC:  I CAN LAY A FOUNDATION, YOUR HONOR.

10:58AM 17              THE COURT:  SURE.

10:58AM 18      BY MR. BOSTIC:

10:58AM 19      Q.   MS. CHEUNG, DO YOU SEE THAT EMAIL AT THE BOTTOM OF PAGE 2?

10:58AM 20      A.   YES.

10:58AM 21      Q.   AND IT'S SENT BY SOMEONE NAMED ALPHONSO NGUYEN.

10:58AM 22           WHO WAS THAT AT THERANOS?

10:58AM 23      A.   ALPHONSO NGUYEN WAS ONE OF THE ENGINEERS THAT WORKED ON

10:58AM 24      THE EDISONS TO CHECK IF THE HARDWARE WAS WORKING PROPERLY AND

10:58AM 25      THERE WAS A WHOLE SEPARATE QC PROCEDURE FOR THE HARDWARE EDISON

10:58AM  1    DEVICES.

10:58AM  2    Q.   AND DURING YOUR TIME AT THERANOS, WAS IT ROUTINE FOR THERE

10:58AM  3    TO BE EMAIL COMMUNICATIONS ABOUT THE STATUS OF EDISON ANALYZERS

10:58AM  4    AND THEIR ABILITY TO RUN TESTS?

10:58AM  5    A.   YES.

10:58AM  6    Q.   AND DID MR. NGUYEN PARTICIPATE IN THOSE CONVERSATIONS?

10:58AM  7    A.   YES.

10:58AM  8    Q.   WHY DID THAT INFORMATION NEED TO BE DISSEMINATED BY EMAIL

10:58AM  9    AT THERANOS?

10:58AM  10   A.   BECAUSE IT WAS DYNAMIC INFORMATION.  SO IT WASN'T ALWAYS

10:59AM  11   CONSISTENT THAT YOU WOULD HAVE THE SAME FAILURES ON THE SAME

10:59AM  12   MACHINES, SO WE NEEDED TO ALERT ONE ANOTHER WHEN WE WOULD DO

10:59AM  13   THE QC'S WHETHER THERE WERE ISSUES AT THE MOMENT OF THE TIME

10:59AM  14   THAT WE WERE TESTING ON THOSE MACHINES.

10:59AM  15   Q.   AND WHY DID DEVICE FAILURES NEED TO BE TRACKED AT ALL?

10:59AM  16   A.   BECAUSE IT WASN'T -- IF -- ESSENTIALLY IF YOU HAVE DEVICE

10:59AM  17   FAILURES, IT MAKES IT VERY HARD TO, SAY, RUN YOUR STUDIES OR

10:59AM  18   RUN PATIENT SAMPLES KNOWING THAT THE DEVICE IS NOT WORKING

10:59AM  19   PROPERLY.

10:59AM  20   Q.   AND WAS INFORMATION LIKE THIS DISSEMINATED BY EMAIL SO

10:59AM  21   THAT PEOPLE LIKE YOU COULD KNOW IT AND INCORPORATE IT INTO

10:59AM  22   OPERATIONS AT THERANOS?

10:59AM  23   A.   YES.

10:59AM  24   Q.   AND WAS IT IMPORTANT FOR INFORMATION AND EMAILS LIKE THIS

10:59AM  25   TO BE ACCURATE SO THAT IT CAN BE RELIED UPON?

10:59AM  1     A.   YES.

10:59AM  2     Q.   AND WOULD EMAILS LIKE THIS BE PRESERVED SO THAT THAT

10:59AM  3     INFORMATION COULD BE REFERENCED BACK LATER IF NEEDED?

10:59AM  4     A.   YES.

10:59AM  5          MR. BOSTIC:  YOUR HONOR, I OFFER 1587 AS A BUSINESS

10:59AM  6     RECORD.

11:00AM  7          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:00AM  8          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:00AM  9          (GOVERNMENT'S EXHIBIT 1587 WAS RECEIVED IN EVIDENCE.)

11:00AM 10     BY MR. BOSTIC:

11:00AM 11     Q.   AND LET'S LOOK AT THAT EMAIL AT THE BOTTOM OF PAGE 2.

11:00AM 12          SO, AGAIN, MS. CHEUNG, WE SEE THE FIRST EMAIL IN THIS

11:00AM 13     CHAIN FROM MR. NGUYEN, AND IT REFERENCES IN THE SUBJECT LINE

11:00AM 14     3.5 READERS.

11:00AM 15     A.   YES.

11:00AM 16     Q.   AND HE SAYS, "HI, THE BAD 3.0 READERS INCLUDE," AND THEN

11:00AM 17     HE LISTS SIX DIFFERENT DEVICES; IS THAT CORRECT?

11:00AM 18     A.   THAT IS CORRECT.

11:00AM 19     Q.   AND THEN HE LISTS "THE 3.5 READERS TO AVOID THIS WEEK,"

11:00AM 20     AND THERE ARE SEVERAL LISTED THERE.

11:00AM 21          DO YOU SEE THAT?

11:00AM 22     A.   YES.

11:00AM 23     Q.   AND WHAT WAS YOUR EXPERIENCE HOW FREQUENTLY THE EDISON

11:00AM 24     DEVICES FAILED AND HAD SOME KIND OF DEVICE FAULT?

11:00AM 25     A.   IT WAS VERY FREQUENT.

11:00AM  1    Q.   OKAY.  IS THIS SEPARATE FROM THE QUALITY CONTROL ISSUE AND

11:01AM  2    THE PROFICIENCY TESTING THAT WE HAVE BEEN DISCUSSING?

11:01AM  3    A.   YES.

11:01AM  4    Q.   AND WHAT KIND OF ERRORS ARE WE TALKING ABOUT HERE?

11:01AM  5    A.   SO THESE ARE DEVICE ISSUES.  SO THESE COULD BE THINGS

11:01AM  6    LIKE -- ESSENTIALLY THESE DEVICES WERE -- THEY HAD LIKE ROBOTIC

11:01AM  7    SYSTEMS IN THEM AND A PIPE HEAD AND THINGS.

11:01AM  8        IT COULD BE THE TOUCHSCREEN IS NOT WORKING, OR THEY'RE TOO

11:01AM  9    HOT AND THEY'RE OVERHEATING CONSTANTLY, OR THE ROBOTIC SYSTEMS

11:01AM  10   ARE GETTING JAMMED AND SO IT'S NOT ACTUALLY MOVING THE PARTS IN

11:01AM  11   THERE.

11:01AM  12       SO THIS WAS IN REFERENCE TO THE ACTUAL HARDWARE OF THE

11:01AM  13   EDISON DEVICES AND SOFTWARE.

11:01AM  14   Q.   AND DURING YOUR TIME AT THE COMPANY, WAS IT A FREQUENT

11:01AM  15   EVENT FOR SEVERAL EDISONS TO BE OUT OF COMMISSION BECAUSE OF

11:01AM  16   THESE KINDS OF PROBLEMS?

11:01AM  17   A.   YES.

11:01AM  18   Q.   LET'S LOOK AT 1633, PLEASE.

11:02AM  19       YOUR HONOR, I WOULD SUGGEST WE DO THIS ONE LAST EXHIBIT

11:02AM  20   AND THEN MOVE TO A BREAK IF THAT WORKS FOR THE COURT?

11:02AM  21            THE COURT:  SURE.

11:02AM  22   BY MR. BOSTIC:

11:02AM  23   Q.   MS. CHEUNG, DO YOU SEE EXHIBIT 1633 IN FRONT OF YOU?

11:02AM  24   A.   YES.

11:02AM  25   Q.   AND IS THAT AN EMAIL CHAIN INCLUDING YOU AND OTHERS AT

11:02AM  1    THERANOS RELATING TO QC FAILURE RATES?

11:02AM  2    A.   YES.

11:02AM  3              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1633.

11:02AM  4              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:02AM  5              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:02AM  6         (GOVERNMENT'S EXHIBIT 1633 WAS RECEIVED IN EVIDENCE.)

11:02AM  7              MR. BOSTIC:  LET'S START, MS. WACHS, IF WE COULD

11:02AM  8    WITH THE EMAIL AT THE BOTTOM OF PAGE 1.

11:02AM  9    Q.   MS. CHEUNG, HERE'S AN EMAIL FROM SOMEONE NAMED LANGLY GEE

11:02AM  10   TO YOU AND OTHERS AT THERANOS REGARDING THE NUMBER OF FAILED

11:02AM  11   QUALITY CONTROL RUNS; IS THAT RIGHT?

11:03AM  12   A.   THAT'S CORRECT.

11:03AM  13   Q.   AND REMIND US, THE TERM "ELISA," WHAT DOES THAT REFER TO?

11:03AM  14   A.   ELISA IS THE TYPE OF METHODOLOGY THAT YOU USE ON THE

11:03AM  15   EDISON DEVICE.  SO IT'S THE TYPE OF TEST THAT YOU RUN OR THE

11:03AM  16   METHODOLOGY OF TESTS THAT YOU RUN.

11:03AM  17   Q.   SO THESE ARE QC FAILURE RATES FOR THE EDISON ANALYZER?

11:03AM  18   A.   THAT IS CORRECT.

11:03AM  19   Q.   AND IT SAYS, "FOR MARCH, 26 PERCENT RUNS FAILED."

11:03AM  20        IS THAT RIGHT?

11:03AM  21   A.   THAT IS CORRECT.

11:03AM  22   Q.   AND LET'S LOOK AT THE FOLLOWING PAGE AND SEE THAT DATA.

11:03AM  23        CAN YOU EXPLAIN JUST AT A HIGH LEVEL WHAT WE'RE LOOKING AT

11:03AM  24   HERE?

11:03AM  25   A.   SO WE'RE LOOKING AT ALL OF THE QUALITY CONTROL INFORMATION

11:03AM  1    FOR THE DIFFERENT TYPES OF TESTS.

11:03AM  2         SO WHERE IT SAYS ASSAY AND VITAMIN D, TT4, TT3, THOSE ARE

11:03AM  3    ALL OF THE DIFFERENT TYPES OF TESTS THAT WE WOULD RUN.

11:03AM  4         AND THEN WHERE IT SAYS LOW LEVEL AND HIGH LEVEL, THOSE ARE

11:03AM  5    THE QC SAMPLES.  SO, AGAIN, WE KNOW A LOW LEVEL CONCENTRATION

11:04AM  6    FOR QC, AND HIGH LEVEL SAMPLE FOR THE QC.

11:04AM  7         THE TOTAL RUNS IS THE TOTAL NUMBER OF RUNS, THE TOTAL

11:04AM  8    NUMBER OF TIMES THAT WE RAN QC'S FOR THAT MONTH.

11:04AM  9         AND THEN THE PERCENTAGE FAILURES IS HOW MANY FAILED.

11:04AM 10    Q.   AND AT THE BOTTOM RIGHT CORNER OF THAT CHART THERE'S A

11:04AM 11    TOTAL PERCENTAGE FAILURE RATE FOR QUALITY CONTROL FOR THESE

11:04AM 12    ASSAYS; IS THAT RIGHT?

11:04AM 13    A.   THAT IS CORRECT.

11:04AM 14    Q.   AND IT'S 25.6 PERCENT?

11:04AM 15    A.   THAT IS CORRECT.

11:04AM 16    Q.   LOOKING AT SOME OF THE INDIVIDUAL ASSAYS, FOR EXAMPLE,

11:04AM 17    TT3, WHAT WAS THE TT3 ASSAYS?

11:04AM 18    A.   THAT'S A THYROID MARKER.

11:04AM 19    Q.   AND HOW FREQUENTLY DID THE EDISON FAIL QUALITY CONTROL FOR

11:04AM 20    THE TT3 ASSAYS DURING THIS TIME PERIOD?

11:04AM 21    A.   SO DURING THIS TIME PERIOD IT FAILED 50 PERCENT OF THE

11:04AM 22    TIME.  SO WHAT THAT WOULD MEAN, SINCE WE HAVE TOTAL RUNS, LIKE

11:04AM 23    IF THAT WAS A PATIENT SAMPLE, WE HAD 40 RUNS, THAT MEANS 20

11:05AM 24    PEOPLE WOULD HAVE -- THERE WOULD HAVE BEEN FAILURES SO THAT

11:05AM 25    WOULD HAVE BEEN AN INACCURATE RESULT.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

11:05AM  1   Q.   AND WERE RATES LIKE THESE CONCERNING -- LET ME ACTUALLY

11:05AM  2   JUST POINT OUT ONE MORE.

11:05AM  3        TST AT THE BOTTOM?

11:05AM  4   A.   YES.

11:05AM  5   Q.   AND WHAT DID TST REFER TO?

11:05AM  6   A.   THAT WAS FOR TOTAL TESTOSTERONE.

11:05AM  7   Q.   AND THE FAILURE RATE THERE IS NEARLY 50 PERCENT AT 45.2?

11:05AM  8   A.   THAT IS CORRECT.

11:05AM  9   Q.   AND WERE RATES CONCERNING TO YOU AT THE TIME AS SOMEONE

11:05AM  10  RUNNING PATIENT TESTS?

11:05AM  11  A.   YEAH, IT'S VERY CONCERNING BECAUSE AT THAT POINT YOU HAVE

11:05AM  12  A 50/50 CHANCE WHETHER IT'S AN ACCURATE RESULT OR IT'S NOT.

11:05AM  13  Q.   AND FROM YOUR WORK AT THERANOS, DID YOU ALSO HAVE SOME

11:05AM  14  FAMILIARITY WITH THE QC PERFORMANCE OF THE NON-THERANOS

11:05AM  15  ANALYZERS?

11:05AM  16  A.   YES.

11:05AM  17  Q.   AND HOW DID YOU DEVELOP THAT FAMILIARITY?

11:05AM  18  A.   I WOULD RUN PATIENT SAMPLES ON THE COMMERCIALLY VIABLE

11:05AM  19  MACHINES AND THE SORT OF FDA APPROVED MACHINES IN THE DINOSAUR

11:05AM  20  LAB FROM TIME TO TIME.

11:05AM  21  Q.   AND SO THINKING BACK TO THOSE TWO GROUPS, THE THERANOS

11:06AM  22  ANALYZER, AND WE'RE LOOKING AT THE QC FAILURE RATES FOR THAT?

11:06AM  23  A.   YEAH.

11:06AM  24  Q.   HOW DID QC PERFORMANCE FOR THE THERANOS DEVICES COMPARE TO

11:06AM  25  THE COMMERCIAL NON-THERANOS DEVICES?

11:06AM  1    A.   WE RARELY HAD QC FAILURES FOR THE COMMERCIALLY VIABLE

11:06AM  2    TESTS, OR COMMERCIALLY VIABLE -- THE TESTS THAT WE RAN ON THE

11:06AM  3    COMMERCIALLY VIABLE MACHINES.  SORRY.

11:06AM  4    Q.   THE NON-THERANOS DEVICES PERFORMED BETTER IN QC?

11:06AM  5    A.   THAT IS CORRECT.

11:06AM  6    Q.   THIS IS DATA FROM MARCH OF 2014; IS THAT RIGHT?

11:06AM  7    A.   YES.

11:06AM  8    Q.   AND BASED ON YOUR MEMORY, WAS MARCH AN ESPECIALLY BAD

11:06AM  9    MONTH FOR EDISON PERFORMANCE AT THERANOS, OR WAS THIS TYPICAL

11:06AM  10   OF WHAT YOU WOULD SEE?

11:06AM  11   A.   THIS WAS VERY TYPICAL OF WHAT WE WOULD SEE.

11:06AM  12   Q.   YOU MENTIONED THAT THIS CAUSED CONCERNS IN YOUR MIND, BUT

11:07AM  13   YOU TESTIFIED EARLIER THAT IF A DEVICE FAILED QUALITY CONTROL,

11:07AM  14   THEN IT WOULDN'T BE USED FOR PATIENT TESTING; IS THAT RIGHT?

11:07AM  15   A.   THAT IS CORRECT.

11:07AM  16   Q.   AND WHY DID THAT NOT REMOVE YOUR CONCERNS ABOUT PATIENT

11:07AM  17   TESTING AT THERANOS?

11:07AM  18          MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  I THINK

11:07AM  19   THIS IS GOING TO CALL FOR A 702 ANSWER.

11:07AM  20          THE COURT:  DO YOU WANT TO LAY A LITTLE MORE

11:07AM  21   FOUNDATION ABOUT HER BREADTH OF KNOWLEDGE?

11:07AM  22          MR. BOSTIC:  SURE.

11:07AM  23   Q.   SO, MS. CHEUNG, I'M JUST ASKING YOU TO RECONCILE TWO

11:07AM  24   THINGS THAT YOU SAID?

11:07AM  25   A.   OKAY.

11:07AM   1    Q.   ON THE ONE HAND DO YOU REMEMBER TESTIFYING THAT WHEN A

11:07AM   2    DEVICE FAILED QUALITY CONTROL, IT WAS NOT USED FOR PATIENT

11:07AM   3    TESTING UNTIL IT WOULD PASS?

11:07AM   4    A.   RIGHT.

11:07AM   5    Q.   AND IS THAT HOW THINGS ACTUALLY WORKED AT THERANOS?

11:07AM   6    A.   CAN YOU REPEAT THE QUESTION ONE MORE TIME.

11:07AM   7    Q.   SURE.

11:07AM   8         WAS THAT RULE FOLLOWED AT THERANOS?

11:07AM   9    A.   YES.

11:07AM   10   Q.   AND YOU ALSO JUST TESTIFIED THAT THESE HIGH QC FAILURE

11:08AM   11   RATES WERE CONCERNING TO YOU?

11:08AM   12   A.   YES.

11:08AM   13   Q.   AND MY QUESTION TO YOU IS WHY WERE THEY CONCERNING IF YOU

11:08AM   14   KNEW DEVICES WEREN'T USED IF THEY FAILED QC?

11:08AM   15   A.   I THINK BECAUSE --

11:08AM   16        MR. COOPERSMITH:  YOUR HONOR, PARDON ME.  RULE 702.

11:08AM   17   THIS IS EXACTLY THE SAME QUESTION.  THERE HAS NOT BEEN ANY

11:08AM   18   ADDITIONAL FOUNDATION LAID AS FAR AS I CAN HEAR.

11:08AM   19        THE COURT:  I THINK THE POINT IS WELL TAKEN, THERE

11:08AM   20   WASN'T ANY FOUNDATION AS TO THE REASONS FOR HER CONCERN OR HER

11:08AM   21   BREADTH OF KNOWLEDGE AS TO WHY.

11:08AM   22        IS THAT SOMETHING THAT YOU CAN DO?

11:08AM   23        MR. BOSTIC:  OKAY, YOUR HONOR.

11:08AM   24   Q.   MS. CHEUNG, AS PART OF YOUR TRAINING AT THERANOS, WERE YOU

11:08AM   25   PROVIDED AN EXPLANATION AS TO WHY QC HAD TO BE PERFORMED BEFORE

11:08AM   1    PATIENT TESTING COULD PROCEED?

11:08AM   2    A.   SO QC TESTING IS REALLY TO CHECK THE PERFORMANCE OF YOUR

11:09AM   3    SYSTEM.

11:09AM   4         SO IF YOU HAVE A HIGH PERCENTAGE OF FAILURES WITHIN THE

11:09AM   5    SYSTEM, YOU CAN KIND OF FORECAST OUT THAT THAT PERCENTAGE OF

11:09AM   6    FAILURES COULD LIKELY OCCUR FOR PATIENT TESTING.

11:09AM   7         SO IF WE HAVE A SAMPLE SIZE OF 300, AND WE'RE GETTING

11:09AM   8    ONE-FORTH OF THAT FAILURES, LET'S SAY IT'S 400, IT MEANS THAT

11:09AM   9    100 ARE ESSENTIALLY IN THE TERRITORY OF NOT BEING ACCURATE.

11:09AM  10         SO THE REASON THAT IT'S CONCERNING IS THE FACT THAT IT IS

11:09AM  11    HAPPENING ACROSS TESTS AND ACROSS MACHINES DESPITE US

11:09AM  12    CONSISTENTLY CHANGING ALL OF THESE DIFFERENT VARIABLES THAT WE

11:09AM  13    CAN ANTICIPATE THAT IT'S PROBABLY --

11:09AM  14              MR. COOPERSMITH:  YOUR HONOR, IF I COULD JUST

11:09AM  15    INTERRUPT.

11:09AM  16         SHE'S NOW GIVING THE VERY ANSWER THAT WAS OBJECTIONABLE --

11:09AM  17    SHE'S GIVING THE SAME ANSWER THAT WAS OBJECTIONABLE, AND IT WAS

11:09AM  18    NOT REALLY RESPONSIVE TO THE QUESTION, SO I WOULD MOVE TO

11:10AM  19    STRIKE THE ANSWER THAT SHE JUST GAVE AND RENEW THAT OBJECTION.

11:10AM  20              THE COURT:  THE ANSWER SHE GAVE I THINK WAS

11:10AM  21    APPROPRIATE.  YOU OBJECTED TO A POINT.

11:10AM  22         DID YOU WANT TO ASK ADDITIONAL QUESTIONS AT THIS POINT?

11:10AM  23    BY MR. BOSTIC:

11:10AM  24    Q.   MS. CHEUNG, IF I COULD JUST INTERPOSE A QUICK QUESTION.

11:10AM  25         THE ANSWER THAT YOU'RE GIVING, IS THAT BASED ON THE

11:10AM   1    TRAINING THAT YOU GOT AT THERANOS?

11:10AM   2    A.   YES.

11:10AM   3         MR. BOSTIC:  I WOULD JUST ASK THAT THE WITNESS BE

11:10AM   4    ALLOWED TO COMPLETE HER ANSWER.

11:10AM   5         THE WITNESS:  OKAY.

11:10AM   6         THE COURT:  AND YOU MAY.  THE OBJECTION IS OVERRULED

11:10AM   7    AS TO THAT.

11:10AM   8         THE WITNESS:  OKAY.  SO THAT'S, THAT'S WHY IT WAS

11:10AM   9    CONCERNING.  IT WAS CONCERNING BECAUSE IF YOU JUST EXTRAPOLATE

11:10AM  10    OUT ESSENTIALLY THE PERCENTAGE OF FAILURES THAT ARE HAPPENING

11:10AM  11    ACROSS THE SYSTEM, EVEN IF WE CHANGE THE DEVICE, THERE'S

11:10AM  12    SOMETHING STILL GOING ON THAT IS CAUSING ONE OUT OF FOUR

11:10AM  13    FAILURES OF EVERY SINGLE TEST THAT WE DO ON THIS EDISON SYSTEM,

11:10AM  14    RIGHT?

11:10AM  15         EVEN IF YOU CHANGE THE DEVICE, IT SEEMS LIKELY THAT MAYBE

11:10AM  16    THERE'S SOME ISSUE WITH THE CHEMISTRY, MAYBE -- WHATEVER THE

11:10AM  17    ISSUE MIGHT BE, IT'S STILL THE FACT THAT I KNOW WHEN I RUN FOUR

11:11AM  18    TESTS, THAT ONE OF THEM IS LIKELY NOT TO WORK BASED ON THE

11:11AM  19    CUMULATIVE DATA THAT WE'RE RUNNING FOR THE QC ANALYSIS AND

11:11AM  20    BASICALLY GETTING AN UNDERSTANDING OF HOW MANY FAILURES WE'RE

11:11AM  21    HAVING FOR QC, AND THIS IS JUST ONE MONTH.

11:11AM  22    BY MR. BOSTIC:

11:11AM  23    Q.   UNDERSTOOD.  THANK YOU.

11:11AM  24         YOUR HONOR, THIS MIGHT BE A GOOD TIME FOR A BREAK?

11:11AM  25         THE COURT:  LET'S DO THAT, LADIES AND GENTLEMEN.

11:11AM  1     LET'S TAKE 30 MINUTES, PLEASE, 30 MINUTES.

11:11AM  2         LET ME REMIND YOU OF OUR SCHEDULE WHILE I HAVE YOUR

11:11AM  3     ATTENTION.

11:11AM  4         WE WILL NOT BE IN SESSION TOMORROW, NOR WILL WE BE IN

11:11AM  5     SESSION NEXT MONDAY OR TUESDAY.

11:11AM  6         OUR NEXT TIME TOGETHER WILL BEGIN WEDNESDAY, THE 30TH.

11:11AM  7         IS THAT CORRECT, COUNSEL?  IS THAT YOUR --

11:11AM  8             MR. COOPERSMITH:  YES, YOUR HONOR, THAT IS MY

11:11AM  9     UNDERSTANDING.

11:11AM  10             MR. BOSTIC:  YES, YOUR HONOR.

11:11AM  11             THE COURT:  ALL RIGHT.  I JUST WANT TO REMIND YOU OF

11:11AM  12     THAT, PLEASE.

11:11AM  13         SO LET'S TAKE OUR BREAK.  WE'LL TAKE 30 MINUTES,

11:11AM  14     30 MINUTES, PLEASE.

11:12AM  15         (JURY OUT AT 11:12 A.M.)

11:12AM  16             THE COURT:  PLEASE BE SEATED.  THANK YOU.  THE

11:12AM  17     RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR OUR MORNING

11:12AM  18     BREAK.

11:12AM  19         MS. CHEUNG HAS LEFT THE COURTROOM.

11:12AM  20         COUNSEL, ANYTHING BEFORE WE TAKE OUR BREAK?

11:12AM  21             MR. SCHENK:  YOUR HONOR, THE GOVERNMENT HAS TWO

11:12AM  22     ISSUES THAT WE WANT TO RAISE, BUT NEITHER ARE URGENT, AND I

11:12AM  23     DON'T KNOW THAT WE NEED TO CUT INTO OUR BREAK TO DO IT.  SO

11:12AM  24     MAYBE WE CAN TAKE IT UP AT THE END OF THE DAY SO WE'RE NOT

11:13AM  25     INTERRUPTING OUR BREAK.

11:13AM  1                THE COURT:  SURE.  THAT'S FINE.

11:13AM  2            MR. COOPERSMITH.

11:13AM  3                MR. COOPERSMITH:  NOTHING, YOUR HONOR.

11:13AM  4                THE COURT:  ALL RIGHT.  LET'S TAKE OUR BREAK.  THANK

11:13AM  5     YOU.

11:13AM  6            (RECESS FROM 11:13 A.M. UNTIL 11:48 A.M.)

11:48AM  7            (JURY IN AT 11:48 A.M.)

11:48AM  8                THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

11:48AM  9            THE PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:48AM  10           THE JURORS AND ALTERNATES ARE PRESENT.

11:48AM  11           MS. CHEUNG IS ON THE STAND.

11:48AM  12           MR. BOSTIC.

11:48AM  13               MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:48AM  14    Q.   WELCOME BACK.  BEFORE THE BREAK WE WERE TALKING ABOUT

11:48AM  15    QUALITY CONTROL.

11:48AM  16           DO YOU RECALL THAT DISCUSSION?

11:48AM  17    A.   YES.

11:48AM  18    Q.   AND CAN YOU REMIND US, PLEASE, HOW THE QUALITY CONTROL

11:49AM  19    PERFORMANCE OF THE THERANOS EDISON COMPARED IN YOUR EXPERIENCE

11:49AM  20    TO THE QC PERFORMANCE OF THE UNMODIFIED THIRD PARTY DEVICES

11:49AM  21    USED AT THERANOS?

11:49AM  22    A.   THERE WERE FAR MORE FAILURES ON THE EDISON DEVICES WHEN IT

11:49AM  23    CAME TO QC THAN THERE WERE ON THE COMMERCIALLY AVAILABLE

11:49AM  24    DEVICES.

11:49AM  25    Q.   HOW ABOUT THE MODIFIED THIRD PARTY DEVICES THAT WERE ALSO

11:49AM 1    USED AT THERANOS, DID YOU BECOME FAMILIAR WITH THE QUALITY

11:49AM 2    CONTROL PERFORMANCE OF THE THERANOS MODIFIED COMMERCIAL

11:49AM 3    DEVICES?

11:49AM 4    A.   THE ONLY ONE I WAS FAMILIAR WITH WAS THE SIEMENS ADVIA,

11:49AM 5    THE MODIFIED SIEMENS ADVIA.

11:49AM 6    Q.   AND FROM YOUR EXPERIENCE WITH THAT DEVICE, DID YOU HAVE A

11:49AM 7    SENSE OF WHETHER THE THERANOS MODIFIED VERSION PERFORMED BETTER

11:49AM 8    OR WORSE IN TERMS OF QC?

11:49AM 9    A.   IT PERFORMED WORSE.

11:49AM 10   Q.   THAT'S WHAT YOU OBSERVED WHEN YOU WERE WORKING WITH THAT

11:49AM 11   DEVICE AT THERANOS?

11:49AM 12   A.   YES.

11:49AM 13   Q.   IN MARCH AND APRIL OF 2014, BASED ON THE ISSUES YOU WERE

11:50AM 14   SEEING, HOW WERE YOU FEELING ABOUT YOUR EMPLOYMENT AT THE

11:50AM 15   COMPANY?

11:50AM 16   A.   I WAS REALLY CONCERNED ABOUT THE FACT THAT AT THIS POINT

11:50AM 17   THERE WAS A LOT OF EVIDENCE TO SUGGEST THAT THE THERANOS SYSTEM

11:50AM 18   AND THE EDISON DEVICES WEREN'T WORKING PROPERLY, BUT WE WERE

11:50AM 19   STILL ACTIVELY TESTING ON PATIENTS, AND I WAS GETTING

11:50AM 20   PROGRESSIVELY MORE AND MORE UNCOMFORTABLE WITH WORKING THERE

11:50AM 21   AND TESTING ON PATIENTS.

11:50AM 22        SO AT THAT TIME I WAS JUST INCREDIBLY UNCOMFORTABLE, AND

11:50AM 23   YEAH.

11:50AM 24   Q.   AND DID YOU DISCUSS YOUR CONCERNS AROUND THAT TIME WITH

11:50AM 25   ANYONE ELSE AT THE COMPANY?

11:50AM  1    A.   YEAH.  I HAD -- I ATTEMPTED TO ADDRESS MY CONCERNS AMONGST

11:50AM  2    MY PEERS, AMONGST THE HEAD SCIENTIST, AMONGST THE VICE

11:51AM  3    PRESIDENT, FROM PEOPLE IN DIFFERENT DEPARTMENTS THAT WE WERE

11:51AM  4    SEEING AN IMMENSE AMOUNT OF ISSUES REGARDING THE QUALITY

11:51AM  5    CONTROLS AND THE OTHER EXPERIMENTS THAT WE HAD BEEN RUNNING.

11:51AM  6         I EVEN TALKED TO SUNNY ABOUT THOSE CONCERNS.

11:51AM  7    Q.   AND LET'S TALK ABOUT THAT.  SO WE PREVIOUSLY HAVE SPOKEN

11:51AM  8    ABOUT A MEETING THAT YOU HAD WITH DANIEL YOUNG.

11:51AM  9         WAS HE THE VICE PRESIDENT OF THE COMPANY?

11:51AM  10   A.   THAT IS CORRECT.

11:51AM  11   Q.   AND DID THERE COME A TIME WHEN YOU ELEVATED YOUR CONCERNS

11:51AM  12   TO SOMEONE ABOVE DANIEL YOUNG?

11:51AM  13   A.   YES.

11:51AM  14   Q.   AND HOW DID THAT TAKE PLACE?

11:51AM  15   A.   SO ESSENTIALLY SUNNY -- I HAD GOTTEN CALLED INTO SUNNY'S

11:51AM  16   OFFICE, AND DURING THAT MEETING ESSENTIALLY HE HAD ASKED ME THE

11:51AM  17   QUESTION LIKE HOW DO YOU LIKE WORKING AT THERANOS?

11:51AM  18        AND I SAID, YOU KNOW, I LOVE THE MISSION OF THE COMPANY

11:51AM  19   AND WHAT WE'RE TRYING TO DO.  I THINK THIS IS REALLY AN

11:51AM  20   INTERESTING PRODUCT TO WORK ON POINT OF CARE DIAGNOSTICS, BUT I

11:51AM  21   HAVE A LOT OF CONCERNS ABOUT WHAT IS OCCURRING IN THE CLINICAL

11:51AM  22   LAB, THE FACT THAT WE'RE HAVING QUALITY CONTROL FAILURES ON A

11:52AM  23   CONSISTENT BASIS, THAT THIS IS LEADING TO THE NEED TO

11:52AM  24   RECALIBRATE THE WHOLE SYSTEM OVER AND OVER.

11:52AM  25        I HAD EXPRESSED CONCERNS ABOUT JUST THE AMOUNT OF

11:52AM  1    VARIABILITY THAT WE HAVE BEEN SEEING WITH THE DIFFERENT TYPES

11:52AM  2    OF TESTS AND THE CV'S, AND I WAS ALSO CONCERNED ABOUT THE

11:52AM  3    CAPSYS CARTRIDGES.

11:52AM  4        SO ESSENTIALLY WE WERE TRYING TO PREFILL ALL OF THESE

11:52AM  5    CARTRIDGES, AND WHAT WE HAD SEEN BASED ON THESE STABILITY TESTS

11:52AM  6    IS THAT THEY WOULD DEGRADE IN LESS THAN A MONTH, AND THAT JUST

11:52AM  7    ADDED ANOTHER VARIABLE OF POTENTIAL ISSUES THAT WE HAD BEEN

11:52AM  8    SEEING.

11:52AM  9        AND I WAS ALSO CONCERNED ABOUT THE FACT WHEN WE WERE

11:52AM  10   MAKING MISTAKES, WE WEREN'T LETTING PATIENTS KNOW THAT THERE

11:52AM  11   WERE ISSUES GOING ON IN THE LABORATORY, AND I WAS PROGRESSIVELY

11:52AM  12   BECOMING MORE UNCOMFORTABLE WITH THE FACT THAT WE WERE NOT

11:52AM  13   ASKING FOR REDRAWS, WE WEREN'T TESTING, AND WE WEREN'T

11:52AM  14   NOTIFYING ANYONE THAT THESE ISSUES WERE GOING ON INTERNALLY.

11:52AM  15   Q.   AND ON THAT LAST POINT, WHAT HAD YOU ACTUALLY SEEN THAT

11:53AM  16   HAD LED TO THOSE CONCERNS, THOSE CONCERNS ABOUT THE LAB MAKING

11:53AM  17   MISTAKES AND THEN NOT TELLING PATIENTS?

11:53AM  18   A.   WELL, FOR EXAMPLE, THAT THANKSGIVING EXAMPLE WHEN I HAD

11:53AM  19   ASKED LIKE DOES THE PATIENT KNOW THAT WE HAD THESE INTERNAL

11:53AM  20   QUALITY CONTROL ISSUES, AND THEY WERE LIKE NO.  WE RESULTED OUT

11:53AM  21   TO THE PATIENT.

11:53AM  22       AND WHAT WE HAD FOUND IS THAT ACTUALLY OUR REAGENTS WERE

11:53AM  23   EXPIRED IN RUNNING THAT PATIENT SAMPLE, AND THAT WAS PROBABLY

11:53AM  24   THE REASON WHY THE QC'S WERE FAILING, AMONGST OTHER THINGS.

11:53AM  25       BUT IN TALKING TO THE QUALITY -- THE CUSTOMER SERVICE

11:53AM   1    ASSOCIATES, IT WAS CLEAR THAT WE WOULDN'T BE ASKING FOR REDRAWS

11:53AM   2    OR LETTING ANYONE KNOW, AND THIS WAS AN ISSUE THAT WE HAD

11:53AM   3    RAISED IN THE CLINICAL LAB IS SHOULD THESE BE TOLD TO PATIENTS

11:53AM   4    THAT THEY'RE STILL IN DEVELOPMENT.

11:53AM   5    Q.   AND SO THAT WAS ONE OF THE CONCERNS THAT YOU RAISED TO

11:53AM   6    MR. BALWANI IN THAT MEETING?

11:53AM   7    A.   YEAH.

11:53AM   8    Q.   AND SO CAN YOU HELP US PLACE THAT MEETING IN TIME?

11:54AM   9    A.   SO THAT WAS IN APRIL OF 2014.

11:54AM   10   Q.   AND WAS THIS KIND OF A PRESCHEDULED KIND OF CHECK-IN

11:54AM   11   MEETING, WAS THIS ONE OF A SERIES OF MEETINGS THAT HAD TAKEN

11:54AM   12   PLACE?

11:54AM   13        WHY WERE YOU MEETING WITH MR. BALWANI IN THE FIRST PLACE?

11:54AM   14   A.   I WAS MOST LIKELY MEETING -- THIS WAS JUST A HAPHAZARD

11:54AM   15   MEETING.  SO I WAS LIKELY MEETING WITH SUNNY BALWANI BECAUSE OF

11:54AM   16   THE FACT THAT I HAD SENT THOSE RESULTS TO TYLER SHULTZ, AND IT

11:54AM   17   WAS CALLED TO SORT OF FIGURE OUT WHO IN THE CLINICAL LAB

11:54AM   18   BECAUSE THEY WERE TRYING TO ASSESS WHO WAS BASICALLY TELLING

11:54AM   19   PEOPLE IN OTHER DEPARTMENTS ABOUT WHAT WAS GOING ON IN THE

11:54AM   20   CLINICAL LAB.

11:54AM   21   Q.   AND WHAT MAKES YOU THINK THAT THAT WAS THE CAUSE FOR THIS

11:54AM   22   MEETING?

11:54AM   23   A.   BECAUSE SUNNY BROUGHT THAT UP IN THE CONTEXT OF THE

11:54AM   24   MEETING.

11:54AM   25   Q.   AND WHO ELSE WAS PRESENT FOR THE MEETING?

11:54AM   1    A.   IT WAS JUST ME AND SUNNY.

11:54AM   2    Q.   AND SO YOU DESCRIBED SOME OF THE ISSUES THAT YOU RAISED

11:55AM   3    FOR HIM AT THAT TIME; IS THAT CORRECT?

11:55AM   4    A.   THAT IS CORRECT.

11:55AM   5    Q.   AND DID YOU DISCUSS WITH HIM THE POOR QUALITY CONTROL

11:55AM   6    PERFORMANCE THAT YOU HAD BEEN SEEING IN THE LAB?

11:55AM   7    A.   YES.

11:55AM   8    Q.   AND DID YOU DISCUSS WITH HIM THE HIGH VARIABILITY THAT YOU

11:55AM   9    HAD OBSERVED?

11:55AM  10    A.   YES.

11:55AM  11    Q.   AND WE JUST TALKED ABOUT MISTAKES THAT HAD BEEN MADE BUT

11:55AM  12    NOT REPORTED TO PATIENTS; IS THAT CORRECT?

11:55AM  13    A.   THAT IS CORRECT.

11:55AM  14    Q.   AND WERE THERE OTHER CATEGORIES OF ISSUES THAT YOU CAN

11:55AM  15    RECALL SPECIFICALLY RAISING TO HIM AT THAT TIME?

11:55AM  16    A.   IT WAS JUST CONCERNS, THE FACT THAT WE HAD THIS SYSTEM

11:55AM  17    THAT SEEMED TO BE FAILING A LOT, BUT WE WERE STILL TESTING ON

11:55AM  18    PATIENTS.   THAT WAS THE MAIN CONCERN.

11:55AM  19    Q.   AND WHAT DO YOU RECALL ABOUT MR. BALWANI'S REACTION WHEN

11:55AM  20    YOU RAISED THESE POINTS?

11:55AM  21    A.   SO AFTER I HAD RAISED THESE POINTS, HE BASICALLY SAID, SO

11:55AM  22    YOU'RE A RECENT GRADUATE OUT OF U.C. BERKELEY.   DID YOU HAVE A

11:55AM  23    JOB BEFORE THIS?   HAVE YOU TAKEN A STATISTICS CLASS?   WHAT

11:55AM  24    MAKES YOU THINK THAT YOU'RE QUALIFIED TO MAKE THESE ASSESSMENTS

11:56AM  25    ABOUT WHAT IS OCCURRING WITHIN THE CLINICAL LAB AND THAT YOU

11:56AM  1    HAVE ANY EXPERIENCE TO BE ABLE TO MAKE THOSE JUDGMENT CALLS?

11:56AM  2         AND THEN HE SAID THAT HE WAS TIRED OF PEOPLE WHO HAD NO

11:56AM  3    VISIBILITY OR NO TRAINING TO NECESSARILY SAY THAT THERE WERE

11:56AM  4    ISSUES OF WHAT WAS HAPPENING WITH THE EDISON DEVICES, AND THAT

11:56AM  5    THEY HAD EXTENSIVE TRIALS WITH DIFFERENT RESEARCH GROUPS AND

11:56AM  6    DIFFERENT PARTIES THAT HAD VETTED AND VALIDATED HOW THE

11:56AM  7    THERANOS DEVICES WERE GOING TO REVOLUTIONIZE MEDICINE, AND THAT

11:56AM  8    HE WAS TIRED OF THE FACT THAT PEOPLE WERE TRYING TO RAISE

11:56AM  9    DOUBTS ABOUT THE EDISON DEVICES, AND ESSENTIALLY I NEEDED TO

11:56AM  10   TELL HIM WHEN I WANTED TO STILL WORK FOR THE COMPANY, AND THAT

11:56AM  11   MY ONLY DUTY AND RESPONSIBILITY WAS TO PROCESS PATIENT SAMPLES

11:56AM  12   WITHOUT QUESTION.

11:56AM  13   Q.   YOU SAID MR. BALWANI MENTIONED YOUR QUALIFICATIONS; IS

11:57AM  14   THAT RIGHT?

11:57AM  15   A.   THAT IS CORRECT.

11:57AM  16   Q.   CAN YOU REMIND US WHAT FIELD OR AREA OF DISCIPLINE YOUR

11:57AM  17   COLLEGE DEGREE WAS IN?

11:57AM  18   A.   MOLECULAR AND CELLULAR BIOLOGY.

11:57AM  19   Q.   DID YOU HAVE AN UNDERSTANDING WHEN YOU WORKED AT THERANOS

11:57AM  20   AS TO WHAT MR. BALWANI'S BACKGROUND WAS IN?

11:57AM  21   A.   HE WAS A SOFTWARE ENGINEER AND HAD WORKED AT MICROSOFT,

11:57AM  22   AND THEN ALSO HAD LAUNCHED HIS OWN COMPANY THAT GOT SOLD.

11:57AM  23   Q.   AND WERE YOU AWARE OF ANY EVIDENCE THAT MR. BALWANI HAD

11:57AM  24   FORMAL TRAINING IN BIOLOGY OR MEDICAL SCIENCE?

11:57AM  25   A.   NO.

11:57AM   1    Q.   AND WHEN YOU RAISED THE ISSUES TO MR. BALWANI IN THAT

11:57AM   2    MEETING, AT ANY POINT DID HE CLAIM THAT HE WAS HEARING THESE

11:57AM   3    THINGS FOR THE FIRST TIME?

11:57AM   4    A.   NO.

11:57AM   5    Q.   DID IT SEEM TO YOU THAT HE WAS HEARING ANYTHING FOR THE

11:57AM   6    FIRST TIME?

11:57AM   7    A.   NO.

11:57AM   8         MR. COOPERSMITH:  OBJECTION.  CALLS FOR SPECULATION.

11:57AM   9         THE COURT:  SUSTAINED.  THE LAST ANSWER IS IT

11:57AM  10    STRICKEN, LADIES AND GENTLEMEN.

11:58AM  11    BY MR. BOSTIC:

11:58AM  12    Q.   WHEN YOU RAISED THOSE ISSUES TO MR. BALWANI, DID HE,

11:58AM  13    DURING THAT CONVERSATION, CLAIM NOT TO UNDERSTAND WHAT YOU WERE

11:58AM  14    SAYING FOR ANY OF THOSE POINTS?

11:58AM  15    A.   NO.

11:58AM  16    Q.   FROM MR. BALWANI'S DEMEANOR WHEN YOU WERE REPORTING THESE

11:58AM  17    ISSUES TO HIM, DID HE SEEM SURPRISED?

11:58AM  18    A.   NO.

11:58AM  19    Q.   LET'S TALK ABOUT THE REASONS WHY YOU RAISED THOSE ISSUES

11:58AM  20    TO MR. BALWANI.

11:58AM  21         FIRST OF ALL, WHERE DID HE FIT IN IN THE COMPANY

11:58AM  22    STRUCTURE?  HOW HIGH UP WAS HE?

11:58AM  23    A.   HE WAS AT THE TOP TIER OF THE COMPANY, SO HE WAS THE COO,

11:58AM  24    AND HE WAS ALONGSIDE OF ELIZABETH HOLMES, WHO WAS THE CEO.

11:58AM  25    Q.   AND WHAT WAS YOUR UNDERSTANDING AT THE TIME BASED ON HOW

11:58AM   1    THINGS WORKED THERE, WERE THEY CO-EQUALS AT THE COMPANY?  WAS

11:59AM   2    ONE OF THEM TECHNICALLY OR IN PRACTICE HIGHER THAN THE OTHER

11:59AM   3    ONE?

11:59AM   4    A.   I THINK THEY WERE CO-EQUALS.

11:59AM   5         SUNNY DID A LOT OF MORE INTERNAL FACING WORK WITH THE

11:59AM   6    COMPANY, AND SO HE INTERACTED WITH US ON THE DAY-TO-DAY

11:59AM   7    OPERATIONS OF WHAT WERE DOING.

11:59AM   8         AND IT SEEMED THAT ELIZABETH WAS MORE EXTERNAL FACING, SO

11:59AM   9    SHE WOULD ENGAGE WITH OTHER STAKEHOLDERS OUTSIDE OF THE COMPANY

11:59AM  10    MORE SO.

11:59AM  11    Q.   AND I FORGET THE PHRASE YOU USED, BUT WE'RE TALKING ABOUT

11:59AM  12    THE TOP TIER OF MANAGEMENT AT THE COMPANY; IS THAT CORRECT?

11:59AM  13    A.   THAT IS CORRECT.

11:59AM  14    Q.   AND WAS THERE ANYONE ELSE IN THAT TOP TIER THAT INCLUDED

11:59AM  15    MR. BALWANI AND MS. HOLMES BASED ON YOUR EXPERIENCE AT THE

11:59AM  16    COMPANY?

11:59AM  17    A.   NOT BASED ON MY EXPERIENCE.  THEY SEEMED TO BE THE TOP

11:59AM  18    TWO.

11:59AM  19    Q.   IN YOUR VIEW AT THIS TIME WERE THOSE ISSUES IMPORTANT

11:59AM  20    ENOUGH TO DESERVE ATTENTION FROM THE TOP TIER OF MANAGEMENT?

11:59AM  21    A.   YES.

11:59AM  22    Q.   AND DID YOU CONSIDER RAISING THESE ISSUES DIRECTLY TO

11:59AM  23    MS. HOLMES AS WELL TO CAPTURE THE OTHER TOP HALF OF THAT TIER?

12:00PM  24    A.   SO I HAD SENT THOSE RESULTS AND HAD BEEN IN CONVERSATION

12:00PM  25    WITH TYLER SHULTZ WHO HAD A CLOSE RELATIONSHIP WITH

CHEUNG DIRECT BY MR. BOSTIC (RES.)                          1259

12:00PM 1     ELIZABETH HOLMES BECAUSE ESSENTIALLY TYLER SHULTZ'S GRANDFATHER

12:00PM 2     WAS GEORGE SHULTZ, WHO WAS ON THE BOARD OF DIRECTORS, AND I

12:00PM 3     KNEW THAT THEY HAD SPENT THANKSGIVING TOGETHER.

12:00PM 4          AND SO TYLER HAD TALKED TO ME ABOUT THE FACT THAT HE WAS

12:00PM 5     CONTACTING ELIZABETH HOLMES DIRECTLY ABOUT SOME OF THE CONCERNS

12:00PM 6     THAT HE HAD SEEN BOTH IN THE RESEARCH AND DEVELOPMENT LAB AND

12:00PM 7     BASED ON WHAT WE HAD BEEN SEEING IN THE CLINICAL LAB.

12:00PM 8     Q.   CAN I ASK YOU TO TAKE A LOOK IN YOUR BINDER AT TAB 1660.

12:01PM 9          DO YOU HAVE IT?

12:01PM 10    A.   YES.

12:01PM 11    Q.   AND DO YOU RECOGNIZE THE DOCUMENT AT 1660?

12:01PM 12    A.   YES.

12:01PM 13    Q.   AND WHAT IS IT?

12:01PM 14    A.   SO THIS IS A LETTER THAT TYLER HAD WRITTEN DIRECTLY TO

12:01PM 15    ELIZABETH HOLMES ABOUT SOME OF THE FAILURES THAT -- OR SOME OF

12:01PM 16    THE CONCERNS THAT HE HAD HAD WITH SOME OF THE ASSAYS THAT WE

12:01PM 17    WERE RUNNING SPECIFICALLY WITH SYPHILIS.

12:01PM 18    Q.   AND YOU'RE NOT ON THIS EMAIL; IS THAT CORRECT?

12:01PM 19    A.   THAT IS CORRECT.

12:01PM 20    Q.   AND SO WHEN DID YOU HAVE AN OPPORTUNITY TO SEE IT?

12:01PM 21    A.   SO I HAD SEEN THIS DOCUMENT BECAUSE AFTER I HAD HAD MY

12:01PM 22    CONVERSATION WITH SUNNY, ESSENTIALLY I MET WITH TYLER SHULTZ

12:01PM 23    ABOUT THE FACT THAT I HAD HAD A CONVERSATION WITH SUNNY, AND I

12:01PM 24    WAS MEETING WITH HIM TO HAVE DINNER WITH HIS GRANDFATHER, WHO

12:01PM 25    WAS ONE OF THE BOARD MEMBERS.

12:01PM  1         AND TYLER HAD SHOWN ME THIS LETTER THAT HE HAD BASICALLY

12:01PM  2    TAKEN AND KEPT RIGHT BEFORE WE HAD HAD DINNER WITH HIS

12:01PM  3    GRANDFATHER TO TALK ABOUT THE THINGS THAT WE WERE SEEING AT

12:01PM  4    THERANOS.

12:01PM  5    Q.   AND IS 1660 A FAIR COPY OF THE EMAIL THAT YOU PREVIOUSLY

12:01PM  6    SAW?

12:01PM  7    A.   YES.

12:01PM  8         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1660

12:02PM  9    INTO EVIDENCE.

12:02PM 10         MR. COOPERSMITH:  YOUR HONOR, I OBJECT ON THE

12:02PM 11    GROUNDS OF HEARSAY, AND ALSO I WOULD NOTE THAT ESPECIALLY THE

12:02PM 12    LAST TWO PARAGRAPHS ARE HEARSAY WITHIN HEARSAY.

12:02PM 13         THE COURT:  AS TO THE HEARSAY OBJECTION?

12:02PM 14         MR. BOSTIC:  SO, YOUR HONOR, I THINK THIS IS

12:02PM 15    ADMISSIBLE FOR A NONHEARSAY PURPOSE, SPECIFICALLY TO SHOW

12:02PM 16    NOTICE TO THE DEFENDANTS IN THIS CASE.

12:02PM 17         I PLAN TO INTRODUCE NEXT A VERSION OF THIS EMAIL THAT GOES

12:02PM 18    TO MR. BALWANI.

12:02PM 19         SO THIS IS FOR THE PURPOSE OF NOTICE.

12:02PM 20         THE COURT:  IT WOULD SEEM THAT YOU SHOULD INTRODUCE

12:02PM 21    THAT OTHER DOCUMENT FIRST.  I DON'T SEE THE CONNECTION WITH --

12:02PM 22         MR. BOSTIC:  VERY WELL.

12:02PM 23         THE COURT:  SO I'LL SUSTAIN THE OBJECTION AT THIS

12:02PM 24    POINT.

12:02PM 25    BY MR. BOSTIC:

12:02PM  1    Q.   IF I COULD ASK YOU, MS. CHEUNG, TO TURN THE PAGE TO 1662.

12:03PM  2         DO YOU SEE THAT 1662 IS THE SAME EMAIL INCLUDING A FORWARD

12:03PM  3    OF THE EMAIL TO DANIEL YOUNG AND THE DEFENDANT, MR. BALWANI?

12:03PM  4              MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  I DON'T

12:03PM  5    HAVE A COPY IN MY BINDER.  1662?

12:03PM  6              MR. BOSTIC:  WE CAN PROVIDE AN EXTRA COPY,

12:03PM  7    YOUR HONOR.

12:03PM  8         DOES THE COURT HAVE A COPY?

12:03PM  9              THE COURT:  I DO.

12:03PM 10         (PAUSE IN PROCEEDINGS.)

12:03PM 11              THE COURT:  MR. BOSTIC, YOU CAN PROCEED.

12:04PM 12              MR. BOSTIC:  OKAY.  I THINK THE GOVERNMENT JUST

12:04PM 13    OFFERED 1662 INTO EVIDENCE.

12:04PM 14              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:04PM 15              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:04PM 16         (GOVERNMENT'S EXHIBIT 1662 WAS RECEIVED IN EVIDENCE.)

12:04PM 17              MR. BOSTIC:  OKAY.  MS. WACHS, IF WE CAN ZOOM IN ON

12:04PM 18    THE FIRST THREE PARAGRAPHS OR SO FROM MR. SHULTZ.

12:04PM 19    Q.   SO, MS. CHEUNG, IS THIS THE EMAIL THAT YOU PREVIOUSLY SAW

12:04PM 20    THAT MR. SHULTZ SENT TO ELIZABETH HOLMES?

12:04PM 21    A.   YES.

12:04PM 22    Q.   AND IN PARAGRAPH 1 DO YOU SEE THAT THERE'S SOME DISCUSSION

12:04PM 23    ABOUT DISCREPANCIES RELATING TO CV'S?

12:04PM 24    A.   YES.

12:04PM 25    Q.   AND CAN YOU REMIND US AT A HIGH LEVEL WHAT YOU OBSERVED

12:04PM  1    REGARDING CV'S AT THERANOS?

12:04PM  2    A.   SO THE CV'S -- SO, FOR EXAMPLE, IN OUR SOP'S WE HAD IT

12:05PM  3    DICTATED THAT THE CV WOULD BE 20 PERCENT, BUT SOMETIMES THEY

12:05PM  4    WOULD COME OUT HIGHER THAN THAT.  SO IT WOULD BE -- I THINK IN

12:05PM  5    THE EXAMPLE THAT WAS GIVEN EARLIER IT WAS SOMETHING LIKE

12:05PM  6    33 PERCENT.

12:05PM  7         SO WHAT WE ARE SEEING IS SOMETHING IN COMPARISON TO WHAT

12:05PM  8    WE WERE TELLING PEOPLE WHAT OUR CV'S WERE, THAT THERE WAS WAY

12:05PM  9    MORE VARIANCE IN THE ACTUAL STUDIES THAT WE WERE RUNNING.

12:05PM 10    Q.   MS. WACHS, IF YOU CAN ZOOM OUT AND BACK IN ON THE LAST TWO

12:05PM 11    PARAGRAPHS ON THAT PAGE.

12:05PM 12         AND, MS. CHEUNG, DO YOU SEE THE PARAGRAPH IN THE TOP OF

12:05PM 13    THIS SELECTION TALKS ABOUT SOME CLAIMS THAT MAY HAVE REPORTED

12:05PM 14    THAT THERANOS TESTS WERE THE MOST ACCURATE AND THE MOST

12:05PM 15    PRECISE?

12:05PM 16    A.   YES.

12:05PM 17    Q.   AND BASED ON YOUR EXPERIENCE WORKING HANDS ON WITH THE

12:06PM 18    THERANOS TESTS, DID YOU VIEW THEM AS THE MOST ACCURATE AND THE

12:06PM 19    MOST PRECISE?

12:06PM 20    A.   NO.

12:06PM 21    Q.   AND LET'S ZOOM OUT AND ZOOM IN ON THE TOP PART OF THE

12:06PM 22    PAGE, PLEASE.

12:06PM 23         GENERALLY SPEAKING, MS. CHEUNG, DID YOU AGREE WITH -- LET

12:06PM 24    ME ASK IT A DIFFERENT WAY.

12:06PM 25         ARE YOU FAMILIAR WITH THE POINTS RAISED BY MR. SHULTZ IN

12:06PM 1    THIS COMMUNICATION TO MS. HOLMES?

12:06PM 2    A.   YES.

12:06PM 3    Q.   AND GENERALLY SPEAKING, WERE THEY CONSISTENT WITH WHAT YOU

12:06PM 4    OBSERVED WHEN YOU WERE AT THERANOS?

12:06PM 5    A.   THEY WERE CONSISTENT WITH SOME OF MY CONCERNS AT THERANOS.

12:06PM 6    Q.   AND ON THE SCREEN DO YOU SEE THAT ON APRIL 11TH, 2014,

12:06PM 7    MS. HOLMES FORWARDED THAT MESSAGE, INCLUDING THOSE POINTS, TO

12:06PM 8    THE DEFENDANT, MR. BALWANI?

12:06PM 9    A.   YES.

12:06PM 10   Q.   WE CAN PUT THAT ASIDE.  THANK YOU, MS. WACHS.

12:06PM 11        AFTER YOUR MEETING WITH MR. BALWANI, DID YOU MAKE ANY

12:07PM 12   DECISIONS ABOUT YOUR EMPLOYMENT AT THE COMPANY?

12:07PM 13   A.   YES.

12:07PM 14   Q.   WHAT DID YOU DECIDE?

12:07PM 15   A.   SO I HAD DECIDED TO RESIGN FROM THE COMPANY AFTER THAT

12:07PM 16   MEETING.

12:07PM 17   Q.   AND WHY DID YOU MAKE THAT DECISION AT THAT TIME?

12:07PM 18   A.   I WAS VERY UNCOMFORTABLE WITH THE PROSPECT THAT I WAS JUST

12:07PM 19   SUPPOSED TO PROCESS PATIENT SAMPLES WITHOUT ANY QUESTIONS

12:07PM 20   CONSIDERING ALL OF THE EVIDENCE THAT I HAD HELPED DEVELOP TO

12:07PM 21   SHOW THAT WE WERE HAVING SO MANY QUALITY CONTROL FAILURES,

12:07PM 22   THERE WERE LOTS OF LAB PROCESSING ISSUES, THAT FUNDAMENTALLY I

12:07PM 23   JUST DIDN'T TRUST THE EDISON SYSTEM AND DEVICES, AND I JUST

12:07PM 24   COULDN'T HANDLE THE FACT THAT WE KNEW WE WERE MAKING MISTAKES

12:07PM 25   WITH PATIENT TESTING AND THAT WE WERE NOT NOTIFYING THEM, AND

12:07PM  1    SO I DECIDED TO LEAVE.  I COULDN'T DO IT ANY MORE.

12:07PM  2    Q.   WHEN YOU LEFT THERANOS, DID YOU HAVE OTHER EMPLOYMENT

12:07PM  3    LINED UP?

12:07PM  4    A.   NO.

12:07PM  5    Q.   AFTER YOU LEFT THERANOS, WAS THAT THE END OF YOUR CONTACT

12:07PM  6    WITH THE COMPANY?

12:08PM  7    A.   THAT WAS THE END OF MY CONTACT WITH THE COMPANY, YES.

12:08PM  8    Q.   LET ME ASK YOU TO LOOK --

12:08PM  9    A.   OH, SORRY.  NO, THAT WASN'T THE END OF MY CONTACT WITH THE

12:08PM 10    COMPANY.

12:08PM 11    Q.   LET ME ASK YOU TO LOOK, AND THIS MIGHT REFRESH YOUR

12:08PM 12    MEMORY, AT TAB 2567.

12:08PM 13    A.   YES.

12:08PM 14    Q.   AND DO YOU RECOGNIZE THAT DOCUMENT?

12:08PM 15    A.   YES.

12:08PM 16    Q.   AND WHAT IS THAT?

12:08PM 17    A.   SO THIS IS A LETTER FROM BOIES SCHILLER, WHO WAS THE LAW

12:08PM 18    FIRM REPRESENTING THERANOS.  AND THEY ESSENTIALLY SHOWED UP

12:08PM 19    OUTSIDE OF MY NEW WORKPLACE SAYING THAT -- ESSENTIALLY THEY HAD

12:08PM 20    SOMEONE SIT OUTSIDE OF MY WORKPLACE THAT WAS WAITING FOR ME,

12:08PM 21    AND THEY HAD SOMEONE BASICALLY HAND ME THIS LETTER AFTER I HAD

12:08PM 22    GOTTEN OUT OF WORK.

12:08PM 23    Q.   AND IS 2567 AN ACCURATE COPY OF THE LETTER THAT YOU

12:08PM 24    RECEIVED?

12:08PM 25    A.   YES.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

12:08PM  1        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2567.

12:08PM  2        MR. COOPERSMITH:  HEARSAY OBJECTION, YOUR HONOR.

12:09PM  3        MR. BOSTIC:  YOUR HONOR, THIS IS NOT BEING OFFERED

12:09PM  4   FOR THE TRUTH.  THIS IS A COMMUNICATION FROM COMPANY COUNSEL.

12:09PM  5   I THINK THE POINT IS THAT IT WAS SENT.

12:09PM  6        THE COURT:  THE RELEVANCE THEN OF THIS DOCUMENT,

12:09PM  7   THEN, MR. BOSTIC, IF IT'S NOT OFFERED FOR THE TRUTH?

12:09PM  8        MR. BOSTIC:  I DON'T BELIEVE THERE ARE FACTUAL

12:09PM  9   ASSERTIONS THAT ARE BEING OFFERED FOR THE TRUTH, YOUR HONOR.

12:09PM 10        THE RELEVANCE OF THIS IS THAT IT SHOWS THE COMPANY'S

12:09PM 11   RESPONSE TO THIS EMPLOYEE WHO HAD LEFT, AND I THINK WE'LL

12:09PM 12   EXPLORE WITH THE WITNESS OTHER EVENTS THAT WERE HAPPENING

12:09PM 13   AROUND THIS TIME THAT PRECIPITATED THE SENDING OF THIS LETTER.

12:09PM 14        THE COURT:  THIS IS NOT OFFERED FOR THE TRUTH OF

12:09PM 15   ANYTHING ASSERTED IN HERE.

12:09PM 16        IT'S OFFERED THAT SHE RECEIVED THE DOCUMENT.  SHE RECEIVED

12:09PM 17   COMMUNICATION FROM THIS LAW FIRM ON BEHALF OF THE COMPANY?

12:10PM 18        MR. BOSTIC:  YES, YOUR HONOR.

12:10PM 19        THE COURT:  AND THAT'S IT.

12:10PM 20        AND YOU'RE NOT ASKING THIS JURY TO RECEIVE ANY OF THE

12:10PM 21   INFORMATION ON THE TWO PAGES FOR THE TRUTH OF THE MATTER

12:10PM 22   ASSERTED?

12:10PM 23        MR. BOSTIC:  CERTAINLY NOT, YOUR HONOR.

12:10PM 24        THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, THE

12:10PM 25   COURT WILL ALLOW THIS TO BE RECEIVED INTO EVIDENCE, 2567, THIS

12:10PM 1   LETTER.  IT'S A TWO PAGE LETTER.

12:10PM 2       HOWEVER, IT IS NOT ADMITTED FOR THE TRUTH OF THE MATTER

12:10PM 3   ASSERTED IN THE LETTER.  IT'S NOT OFFERED FOR THE TRUTH OF THE

12:10PM 4   MATTER OF ANY OF THE WRITINGS IN THE LETTER.  IT'S OFFERED TO

12:10PM 5   SUPPORT THIS WITNESS'S TESTIMONY AS TO RECEIVING COMMUNICATION

12:10PM 6   FROM THIS LAW FIRM ON BEHALF OF THE COMPANY.

12:10PM 7       IS THAT THE LIMITATION?

12:10PM 8           MR. BOSTIC:  YES, YOUR HONOR.

12:10PM 9           THE COURT:  ALL RIGHT.  THANK YOU.

12:10PM 10      WITH THAT LIMITATION, IT'S ADMITTED.

12:10PM 11      (GOVERNMENT'S EXHIBIT 2567 WAS RECEIVED IN EVIDENCE.)

12:11PM 12          MR. BOSTIC:  MAY WE PUBLISH, YOUR HONOR?

12:11PM 13          THE COURT:  YES.

12:11PM 14          MR. BOSTIC:  MS. WACHS, LET'S ZOOM IN ON THE TOP

12:11PM 15  PARAGRAPH.

12:11PM 16  Q.   AND, MS. CHEUNG, THIS IS A LETTER THAT YOU RECEIVED FROM

12:11PM 17  BOIES SCHILLER?

12:11PM 18  A.   YES.

12:11PM 19  Q.   AND WHAT IS BOIES SCHILLER?

12:11PM 20  A.   IT'S A LAW FIRM.

12:11PM 21  Q.   AND WHOM DID BOIES SCHILLER IN CONNECTION WITH THESE

12:11PM 22  EVENTS?

12:11PM 23  A.   BOIES SCHILLER REPRESENTED ELIZABETH HOLMES AND --

12:11PM 24  THERANOS -- ELIZABETH HOLMES AND SUNNY BALWANI.

12:11PM 25  Q.   AND, MS. WACHS, IF WE CAN JUST ZOOM OUT AND CAPTURE THE

12:11PM  1     DATE OF THIS LETTER, PLEASE.

12:11PM  2          THANK YOU.

12:11PM  3          THIS LETTER, MS. CHEUNG, WAS SENT IN JUNE OF 2015; IS THAT

12:11PM  4     CORRECT?

12:11PM  5     A.   THAT IS CORRECT.

12:11PM  6     Q.   AND WAS THAT MORE THAN A YEAR AFTER YOU LEFT THE COMPANY?

12:11PM  7     A.   YES.

12:11PM  8     Q.   AND LET'S LOOK AT THE FIRST PARAGRAPH.

12:12PM  9          IT SAYS, "WE HAVE REASON TO BELIEVE THAT YOU HAVE

12:12PM  10    DISCLOSED CERTAIN OF THE COMPANY'S TRADE SECRETS AND OTHER

12:12PM  11    CONFIDENTIAL INFORMATION WITHOUT AUTHORIZATION."

12:12PM  12         DO YOU SEE THAT?

12:12PM  13    A.   YES.

12:12PM  14    Q.   AND IT THEN SAYS, "WE ALSO HAVE REASON TO BELIEVE THAT YOU

12:12PM  15    HAVE DONE SO IN CONNECTION WITH MAKING FALSE AND DEFAMATORY

12:12PM  16    STATEMENTS ABOUT THE COMPANY FOR THE PURPOSE OF HARMING ITS

12:12PM  17    BUSINESS."

12:12PM  18         DO YOU SEE THAT?

12:12PM  19    A.   YES.

12:12PM  20    Q.   AND YOU'RE THEN DIRECTED TO CEASE AND DESIST.

12:12PM  21         AND THE REST OF THE LETTER CONTAINS -- CONTINUES IN THAT

12:12PM  22    SAME VEIN; IS THAT CORRECT?

12:12PM  23    A.   THAT IS CORRECT.

12:12PM  24    Q.   AROUND THIS TIME DO YOU HAVE A SENSE OF WHY THIS LETTER

12:12PM  25    WAS SENT IN JUNE OF 2015?  WHAT ELSE WAS HAPPENING DURING THAT

12:12PM   1    TIME PERIOD?

12:12PM   2    A.   I HAD GOTTEN CONTACTED BY "THE WALL STREET JOURNAL," AND

12:12PM   3    THEY WERE BASICALLY GOING TO DO AN INVESTIGATIVE REPORT ON

12:12PM   4    THERANOS AND THE FACT THAT THERE WAS AN UNDERSTANDING THAT

12:12PM   5    THERE WERE LAB FAILURES THAT WERE OCCURRING WITHIN THE

12:12PM   6    ORGANIZATION AND THAT WHAT THEY'RE CLAIMING TO HAVE DONE WAS

12:13PM   7    NOT ACTUALLY GOING ON.

12:13PM   8    Q.   AND DID YOU HAVE ANY INVOLVEMENT IN CONNECTION WITH THAT

12:13PM   9    INVESTIGATION BY "THE WALL STREET JOURNAL"?

12:13PM   10   A.   YES.

12:13PM   11   Q.   AND WHAT WAS YOUR INVOLVEMENT?

12:13PM   12   A.   I WAS ONE OF THE SOURCES FOR THE JOURNAL ARTICLE.

12:13PM   13   Q.   OKAY.  AND AS A SOURCE, WERE YOU ON THE RECORD OR WERE YOU

12:13PM   14   AN ANONYMOUS SOURCE AT THAT TIME?

12:13PM   15   A.   I WAS AN ANONYMOUS SOURCE.

12:13PM   16   Q.   SO, IN OTHER WORDS, YOUR INVOLVEMENT WAS NONPUBLIC AT THIS

12:13PM   17   TIME IN JUNE OF 2015?

12:13PM   18   A.   CORRECT.

12:13PM   19   Q.   THAT ARTICLE SAYS OR IT ACCUSES YOU OF MAKING STATEMENTS

12:13PM   20   ABOUT THE COMPANY FOR THE PURPOSE OF HARMING ITS BUSINESS.

12:13PM   21        WAS THAT YOUR MOTIVE IN SPEAKING TO "THE

12:13PM   22   WALL STREET JOURNAL" IN THIS TIME PERIOD?

12:13PM   23   A.   NO, NOT AT ALL.

12:13PM   24   Q.   WHAT WAS YOUR MOTIVATION?

12:13PM   25   A.   THE MAIN MOTIVATION WAS I THINK PEOPLE NEEDED TO

12:13PM  1    UNDERSTAND WHAT WAS ACTUALLY OCCURRING AND THE FACT THAT THE

12:14PM  2    COMPANY WAS REALLY RISKING PATIENT SAFETY AT THAT POINT, AND I

12:14PM  3    FELT THAT I HAD DONE AN IMMENSE AMOUNT OF EFFORT TO REPORT

12:14PM  4    CONCERNS INTERNALLY, BUT WASN'T BEING HEARD, AND IT SEEMED KIND

12:14PM  5    OF LIKE A LAST RESORT FOR PEOPLE TO RECOGNIZE WHAT WAS ACTUALLY

12:14PM  6    HAPPENING AND THE CONSEQUENCES OF THE FACT THAT THERE WAS THIS

12:14PM  7    TECHNOLOGY THAT WAS SEVERELY UNRELIABLE THAT WAS BEING USED ON

12:14PM  8    PATIENTS.

12:14PM  9    Q.   MS. CHEUNG, WHEN YOU WERE WORKING AT THERANOS, DID YOU

12:14PM  10   EVER COMMUNICATE WITH MS. HOLMES OR MR. BALWANI BY TEXT

12:14PM  11   MESSAGE?

12:14PM  12   A.   NO.

12:14PM  13   Q.   OKAY.

12:14PM  14        YOUR HONOR, AT THIS TIME THE GOVERNMENT MOVES INTO

12:14PM  15   EVIDENCE OR OFFERS INTO EVIDENCE EXHIBIT 5387H.  THIS IS AN

12:14PM  16   EXHIBIT CONTAINING TEXT MESSAGES BETWEEN MR. BALWANI AND

12:14PM  17   MS. HOLMES.

12:14PM  18        I UNDERSTAND THAT THE DEFENSE HAS AGREED TO ITS

12:15PM  19   ADMISSIBILITY, BUT I'LL YIELD TO MR. COOPERSMITH?

12:15PM  20             MR. COOPERSMITH:  YES, YOUR HONOR.

12:15PM  21             THE COURT:  ALL RIGHT.  THANK YOU.

12:15PM  22        THIS IS -- IS THIS ABOUT 432 PAGES?

12:15PM  23             MR. BOSTIC:  I'M NOT SURE IT'S THAT LONG,

12:15PM  24   YOUR HONOR.  I BELIEVE IT HAS SOME GAPS IN THE MIDDLE.

12:15PM  25             THE COURT:  I SEE.  YES.

12:15PM 1          MR. BOSTIC:  I BELIEVE IT IS SEVERAL HUNDRED PAGES

12:15PM 2    THOUGH.

12:15PM 3          THE COURT:  ALL RIGHT.  THANK YOU.

12:15PM 4       THIS EXHIBIT IS ADMITTED WITHOUT OBJECTION, AND IT MAY BE

12:15PM 5    PUBLISHED.

12:15PM 6          (GOVERNMENT'S EXHIBIT 5387H WAS RECEIVED IN EVIDENCE.)

12:15PM 7          MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:15PM 8       AND, MS. WACHS, IF WE COULD GO TO -- I BELIEVE IT'S

12:15PM 9    PAGE 89 OF THE EXHIBIT.  IF WE CAN ZOOM IN ON THE RELEVANT

12:15PM 10   MESSAGE.

12:15PM 11   Q.   MS. CHEUNG, DO YOU SEE ON THE SCREEN IN FRONT OF YOU A

12:16PM 12   TEXT MESSAGE SENT ON JUNE 26TH, 2015?

12:16PM 13   A.   YES.

12:16PM 14   Q.   AND IF YOU RECALL, WHAT WAS THE DATE OF THE LETTER FROM

12:16PM 15   BOIES SCHILLER THAT WE WERE JUST LOOKING AT?

12:16PM 16   A.   THE 26TH OF 2015 -- JUNE 26TH OF 2015.

12:16PM 17   Q.   THE SAME DAY?

12:16PM 18   A.   THE SAME DAY.

12:16PM 19   Q.   AND WE SEE HERE A TEXT MESSAGE, AND IT INDICATES IT WAS

12:16PM 20   SENT BY SUNNY BALWANI TO ELIZABETH HOLMES.

12:16PM 21       DO YOU SEE THAT?

12:16PM 22   A.   YES.

12:16PM 23   Q.   AND THE TEXT SAYS, "I AM OK SENDING LETTER TO ERIKA AS IN

12:16PM 24   HEATHERS EMAIL."

12:16PM 25       DO YOU SEE THAT?

12:16PM   1    A.   YES.

12:16PM   2    Q.   AND DO YOU HAVE AN UNDERSTANDING AS TO WHO HEATHER WAS AT

12:16PM   3    THERANOS?

12:16PM   4    A.   HEATHER WAS THE COUNSEL UNDER BOIES SCHILLER AT THAT TIME

12:16PM   5    AND WAS ALSO THE COUNSEL AT THERANOS.

12:16PM   6    Q.   MS. WACHS, LET'S LOOK NOW AT PAGE 80, PLEASE, OF THE

12:16PM   7    EXHIBIT.

12:17PM   8         WE'VE GONE BACK IN TIME A LITTLE BIT, AND NOW WE'RE

12:17PM   9    LOOKING AT MESSAGES FROM MAY 2015.

12:17PM   10        DO YOU SEE THAT, MS. CHEUNG?

12:17PM   11   A.   YES.

12:17PM   12   Q.   THERE'S A MESSAGE HERE FROM MR. BALWANI TO MS. HOLMES ON

12:17PM   13   MAY 13TH REFERENCING "A NEGATIVE REVIEW FROM SOMEONE FROM THE

12:17PM   14   NEWARK LAB."

12:17PM   15        DO YOU SEE THAT?

12:17PM   16   A.   YES.

12:17PM   17   Q.   AND MS. HOLMES RESPONDS, "I SAW IT.  WE'LL GET THEM."

12:17PM   18        DO YOU SEE THAT?

12:17PM   19   A.   YES.

12:17PM   20   Q.   AND LET'S GO DOWN TO THE NEXT MESSAGE.

12:17PM   21        WE THEN SEE A MESSAGE FROM MR. BALWANI TO MS. HOLMES.

12:17PM   22   HE'S SAYING, "I AM NARROWING THIS DOWN IN CLIA.  DOWN TO 5

12:17PM   23   PEOPLE."

12:17PM   24        AND THEN HE SAYS, "WILL NAIL THIS," AND AN EXPLETIVE.

12:17PM   25        DO YOU SEE THAT?

12:17PM  1    A.   YES.

12:17PM  2    Q.   AND LET'S GO TO THE NEXT PAGE.

12:18PM  3         WE SEE SOME ADDITIONAL CORRESPONDENCE WITH MS. HOLMES

12:18PM  4    ASKING "WHO DO U THINK."

12:18PM  5         AND "NOW WE HAVE LEGAL GROUNDS."

12:18PM  6         DO YOU SEE THAT?

12:18PM  7    A.   YES.

12:18PM  8    Q.   AND LET'S ZOOM IN ON THE NEXT BANK OF MESSAGES, PLEASE.

12:18PM  9         WE THEN SEE MS. HOLMES SAYING, "IF TYLER THINKING ABOUT

12:18PM  10   GEORGE FYI AT RIGHT TIME."

12:18PM  11        DO YOU SEE THAT?

12:18PM  12   A.   YEAH.

12:18PM  13   Q.   AND YOU MENTIONED THAT TYLER SHULTZ WAS RELATED TO A

12:18PM  14   MEMBER OF THE THERANOS BOARD OF DIRECTORS?

12:18PM  15   A.   THAT IS CORRECT.

12:18PM  16   Q.   AND WHO WAS THAT MEMBER?

12:18PM  17   A.   GEORGE SHULTZ WAS ONE OF THE BOARD MEMBERS, AND HE WAS THE

12:18PM  18   EX-SECRETARY OF STATE OF THE U.S. DURING THE RONALD REAGAN

12:18PM  19   YEARS.

12:18PM  20   Q.   AND DOWN BELOW THERE'S A MESSAGE FROM SUNNY BALWANI TO

12:18PM  21   ELIZABETH HOLMES SAYING, "THIS ONE IS FAIRLY EASY TO GET AHEAD

12:18PM  22   OF.  THIS ENTIRE EMAIL IS BASED ON TYLER AND ROCHELLE AND MAYBE

12:19PM  23   ADAM."

12:19PM  24        DO YOU SEE THAT?

12:19PM  25   A.   YES.

12:19PM 1    Q.   AND LET'S ZOOM OUT AND CONTINUE DOWN.

12:19PM 2         AND MR. BALWANI CONTINUES ON MAY 13TH, "EXTREMELY SERIOUS

12:19PM 3    LEGAL IMPLICATIONS.  HE BASICALLY VIOLATED AND SHARED OUR TRADE

12:19PM 4    SECRETS DOWN TO MACHINE NAMES."

12:19PM 5         DO YOU SEE THAT?

12:19PM 6    A.   YES.

12:19PM 7    Q.   AND MR. BALWANI SAYS, "AND ASSAYS AND WHAT DEVICE."

12:19PM 8         AND THEN HE SAYS, "IT IS TYLER, ERIKA, AND ADAM."

12:19PM 9         DO YOU SEE THAT?

12:19PM 10   A.   YES.

12:19PM 11   Q.   AND DO YOU UNDERSTAND THAT ERIKA IN THAT MESSAGE REFERS TO

12:19PM 12   YOU?

12:19PM 13   A.   YES.

12:19PM 14   Q.   AND DURING THIS TIME, WAS IT YOUR INTENTION TO DISCLOSE

12:19PM 15   THERANOS TRADE SECRETS TO HURT THE COMPANY?

12:19PM 16   A.   NO.

12:19PM 17   Q.   WE CAN PUT THAT ASIDE.  THANK YOU, MS. WACHS.

12:19PM 18        MS. CHEUNG, DID THERE COME A TIME WHEN YOU DISCUSSED YOUR

12:19PM 19   CONCERNS ABOUT THERANOS WITH THE AUTHORITIES?

12:20PM 20   A.   YEAH.  I HAD SENT A LETTER ADDRESSING MY CONCERNS TO

12:20PM 21   REGULATORS TO THE CENTER OF MEDICAID AND MEDICAL.

12:20PM 22   Q.   I'M SORRY, MS. CHEUNG.  TAKE YOUR TIME.

12:20PM 23        (PAUSE IN PROCEEDINGS.)

12:20PM 24         MR. BOSTIC:  PLEASE LET US KNOW IF YOU WOULD LIKE TO

12:20PM 25   TAKE A BREAK.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

12:20PM  1           THE COURT:  MS. CHEUNG, WOULD YOU LIKE A MOMENT?

12:20PM  2           THE WITNESS:  NO.  I'M OKAY.

12:20PM  3     BY MR. BOSTIC:

12:20PM  4     Q.   YOU MENTIONED THAT THERE WAS A TIME WHEN YOU DISCUSSED

12:20PM  5     THERANOS WITH REGULATORS?

12:20PM  6     A.   YES.

12:20PM  7     Q.   AND WHEN DID THAT HAPPEN?

12:20PM  8     A.   SO THAT HAD HAPPENED, THAT HAD HAPPENED SOON AFTER I

12:21PM  9     RECEIVED THE LETTER FROM BOIES SCHILLER, I HAD CONTACTED A

12:21PM 10     LAWYER WHO SAID THAT THAT WAS AN OPTION TO CONTACT REGULATORS,

12:21PM 11     AND SO I HAD SUBMITTED A REPORT AND A FILING WITH THE CENTER OF

12:21PM 12     MEDICAID AND MEDICARE SERVICES ABOUT THE CONCERNS THAT I HAD

12:21PM 13     HAD IN THE CLINICAL LAB.

12:21PM 14     Q.   AND WHAT WAS THE REASON AT THAT TIME TO CONTACT THE

12:21PM 15     CENTERS FOR MEDICAID AND MEDICARE SERVICES ABOUT THERANOS?

12:21PM 16     A.   BECAUSE THEY WERE THE REGULATORY AGENCY IN CHARGE OF

12:21PM 17     ALLOWING PEOPLE TO KNOW, OR ALLOWING COMPANIES TO BE ABLE TO

12:21PM 18     TEST PATIENT SAMPLES.

12:21PM 19           SO I FIGURED IF I HAD SUBMITTED A LETTER TO THE

12:21PM 20     REGULATORS, THEY COULD CONDUCT AN INVESTIGATION TO SEE IF

12:21PM 21     THERANOS WAS OF THE STANDARD THAT IT NEEDED TO BE IN ORDER TO

12:21PM 22     TEST PATIENT SAMPLES.

12:21PM 23           SO IT WAS REALLY TO GIVE THEM REFERENCE TO THE CONCERNS

12:22PM 24     THAT I HAD SEEN TO THE LAB SO THEY COULD CONDUCT AN

12:22PM 25     INVESTIGATION TO SAY WHETHER OR NOT THEY WERE ALLOWED TO TEST

12:22PM  1    PATIENTS OR NOT.

12:22PM  2    Q.   AND IN YOUR COMMUNICATIONS WITH THE REGULATORS ABOUT

12:22PM  3    THERANOS, DID YOU RAISE THE SAME CONCERNS THAT WE HAVE BEEN

12:22PM  4    DISCUSSING TODAY AND YESTERDAY?

12:22PM  5    A.   YES.

12:22PM  6            MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

12:22PM  7            THE COURT:  YES.

12:22PM  8        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

12:22PM  9            MR. BOSTIC:  NO FURTHER QUESTIONS.

12:22PM 10        THANK YOU, YOUR HONOR.

12:22PM 11        THANK YOU, MS. CHEUNG.

12:22PM 12            THE COURT:  CROSS-EXAMINATION.

12:23PM 13            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:23PM 14        MAY I REMOVE MY MASK.

12:23PM 15            THE COURT:  YES.

12:23PM 16                    **CROSS-EXAMINATION**

12:23PM 17    BY MR. COOPERSMITH:

12:23PM 18    Q.   GOOD AFTERNOON, MS. CHEUNG.

12:23PM 19        IF YOU NEED TO TAKE A BREAK AT ANY TIME OR YOU NEED WATER

12:23PM 20    OR ANYTHING, JUST LET ME KNOW, AND I'LL STOP AND WE CAN DO

12:23PM 21    THAT.

12:23PM 22    A.   OKAY.

12:23PM 23    Q.   ALL RIGHT.  SO JUST TO START WITH THE EASY QUESTIONS.  YOU

12:23PM 24    WENT TO THE UNIVERSITY OF CALIFORNIA BERKELEY; IS THAT RIGHT?

12:23PM 25    A.   THAT IS RIGHT.

12:23PM   1    Q.    AND DID YOU GRADUATE IN 2013?

12:23PM   2    A.    THAT IS CORRECT.

12:23PM   3    Q.    OKAY.  AND YOU SAID THAT THERANOS WAS YOUR FIRST JOB AFTER

12:23PM   4    COLLEGE?

12:23PM   5    A.    YES.

12:23PM   6    Q.    AND YOU WERE EXCITED TO WORK AT THERANOS?

12:23PM   7    A.    YES.

12:23PM   8    Q.    BECAUSE YOU THOUGHT IT WAS A CUTTING EDGE COMPANY AND THAT

12:23PM   9    WOULD BE A GOOD PLACE FOR YOU TO START YOUR CAREER?

12:23PM  10    A.    THAT IS CORRECT.

12:23PM  11    Q.    OKAY.  WHEN YOU FIRST APPLIED TO THERANOS, DO YOU KNOW --

12:23PM  12    AND I THINK YOU MAY BE SAID SOMETHING ABOUT THIS ON DIRECT WHEN

12:23PM  13    MR. BOSTIC WAS QUESTIONING YOU, BUT WHAT JOB DID YOU INITIALLY

12:24PM  14    APPLY FOR IF YOU CAN REMEMBER?

12:24PM  15    A.    IT WASN'T VERY CLEAR.  SO IT WAS SOMETHING BETWEEN EITHER

12:24PM  16    A LAB ASSOCIATE FOR R&D OR IN THE CLINICAL LAB, BUT I DIDN'T

12:24PM  17    ACTUALLY APPLY.  I JUST GAVE THEM MY RESUME, AND THEY KIND OF

12:24PM  18    FUNNELED ME TO THE APPROPRIATE POSITION.

12:24PM  19    Q.    SO DO I UNDERSTAND THAT THEY OFFERED YOU A JOB THAT WAS

12:24PM  20    CONSISTENT WITH THE NEEDS THAT THE COMPANY HAD AT THAT TIME?

12:24PM  21    DOES THAT SOUND FAIR?

12:24PM  22    A.    YES.

12:24PM  23    Q.    OKAY.  DID YOU HAVE A PREFERENCE BETWEEN WORKING IN THE

12:24PM  24    CLIA LAB OR THE R&D LAB?

12:24PM  25    A.    AT THAT TIME I THINK I HAD A PREFERENCE FOR THE RESEARCH

CHEUNG CROSS BY MR. COOPERSMITH

12:24PM   1    AND DEVELOPMENT LAB.

12:24PM   2    Q.   AND WAS THAT BECAUSE IT WAS SORT OF MORE FREEDOM TO CREATE

12:24PM   3    AND AT THAT PART AS OPPOSED TO CLIA?

12:24PM   4    A.   I THINK I DIDN'T HAVE A GOOD UNDERSTANDING OF WHAT CLIA

12:24PM   5    LAB WAS TO BE HONEST, AND I WAS MORE INTERESTED IN GETTING INTO

12:24PM   6    RESEARCH IN MY LONG-TERM CAREER, SO THAT WAS THE APPEAL.

12:25PM   7    Q.   OKAY.  AND WHAT I JUST SAID WAS THAT THE CASE, LIKE IN

12:25PM   8    RESEARCH AND DEVELOPMENT, DO YOU UNDERSTAND THAT THE PURPOSE OF

12:25PM   9    A RESEARCH AND DEVELOPMENT LABORATORY IS TO, YOU KNOW,

12:25PM   10   BASICALLY INVENT NEW PRODUCTS AND NEW CONCEPTS; RIGHT?

12:25PM   11   A.   YES.

12:25PM   12   Q.   AND THE PURPOSE OF SOMEONE WORKING IN A CLIA, OR A

12:25PM   13   CLINICAL LAB, IS TO FOLLOW SPECIFIC DIRECTIONS AND STANDARD

12:25PM   14   OPERATING PROCEDURES AND THINGS OF THAT NATURE; IS THAT FAIR?

12:25PM   15   A.   THAT'S FAIR.

12:25PM   16   Q.   AND IS THAT ONE OF THE REASONS WHY R&D SEEMED MORE

12:25PM   17   ATTRACTIVE?

12:25PM   18   A.   NO.  NO.

12:25PM   19        I HONESTLY, GOING INTO THE COMPANY, WASN'T CLEAR ON THAT

12:25PM   20   DISTINCTION.  SO I WAS JUST MORE INTERESTED IN JUST BEING

12:25PM   21   USEFUL.

12:25PM   22   Q.   AND AT SOME POINT, THOUGH, DID YOU -- WHEN YOU STARTED

12:25PM   23   THERE -- I THINK YOU STARTED IN R&D; IS THAT RIGHT?

12:25PM   24   A.   THAT IS CORRECT.

12:25PM   25   Q.   OKAY.  AT SOME POINT, AND WE'LL TALK ABOUT THIS A LITTLE

12:25PM  1    MORE LATER, BUT DID THE COMPANY MOVE YOU INTO AT LEAST

12:25PM  2    PARTIALLY A ROLE IN THE CLIA LAB?

12:25PM  3    A.   THAT IS CORRECT.

12:25PM  4    Q.   AND WERE YOU HAPPY WITH THAT DECISION TO HAVE YOU DO SOME

12:26PM  5    CLIA WORK OR NOT?

12:26PM  6    A.   INITIALLY I WAS UPSET, BUT THEN I WAS FINE.

12:26PM  7    Q.   AND WHY WERE YOU UPSET?

12:26PM  8    A.   BECAUSE, AGAIN, FOR MY LONG-TERM CAREER, I WAS MORE

12:26PM  9    INTERESTED IN DOING RESEARCH.

12:26PM  10   Q.   AND YOU EXPRESSED THAT VIEW, THAT YOU PREFERRED THE R&D

12:26PM  11   SIDE; IS THAT RIGHT?

12:26PM  12   A.   YES.

12:26PM  13   Q.   AND THE COMPANY MADE AN ACCOMMODATION WHERE THEY TOLD YOU

12:26PM  14   THAT THEY WOULD STILL KEEP YOU IN THE R&D LAB, BUT THEY DID

12:26PM  15   NEED HELP IN CLIA AT THAT PARTICULAR MOMENT; IS THAT RIGHT?

12:26PM  16   A.   I DON'T KNOW IF THEY MADE AN ACCOMMODATION, BUT AT LEAST

12:26PM  17   NOT IN THE TRANSITION.  IT WAS VERY CLEAR THAT I WAS GOING TO

12:26PM  18   MOVE FULL TIME TO THE CLINICAL LAB.

12:26PM  19   Q.   I JUST WANT TO SHOW YOU AN EXHIBIT, AND I HAVE SOME TO

12:26PM  20   HAND UP, I THINK.

12:27PM  21        YOUR HONOR, I DO HAVE COPIES FOR THE COURT AS WELL.

12:27PM  22        BUT MAY I HAND THEM TO THE WITNESS?

12:27PM  23            THE COURT:  YES.

12:27PM  24            MR. COOPERSMITH:  THANK YOU.

12:27PM  25        (HANDING.)

12:27PM  1              THE COURT:  DOES THE GOVERNMENT HAVE THESE AS WELL?

12:27PM  2              MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

12:27PM  3    BY MR. COOPERSMITH:

12:27PM  4    Q.   AND, MS. CHEUNG, I'M SORRY FOR THE WEIGHT OF THE BINDERS.

12:27PM  5    A.   THAT'S FINE.

12:27PM  6    Q.   BUT WE'LL BE REFERRING TO THEM OVER THE COURSE OF MY

12:27PM  7    QUESTIONING.

12:27PM  8    A.   THAT'S FINE.

12:27PM  9    Q.   SO I'D LIKE TO HAVE YOU LOOK AT EXHIBIT 2, IT'S 20043.

12:28PM 10    YOU MIGHT FIND IT IN VOLUME 2.

12:28PM 11    A.   IT'S IN VOLUME 2.

12:28PM 12         CAN YOU REPEAT THE NUMBER.

12:28PM 13    Q.   I'M SORRY?

12:28PM 14    A.   CAN YOU REPEAT THE NUMBER.

12:28PM 15    Q.   OH, YES.  IT'S 20043.

12:31PM 16    A.   OKAY.  I'M HERE.

12:31PM 17    Q.   THANKS.  IS THIS AN EMAIL STRING THAT YOU AND OTHERS WERE

12:31PM 18    ON IN MID-DECEMBER OF 2013?

12:31PM 19    A.   YES.

12:31PM 20    Q.   AND DOES THIS RELATE TO THE TOPIC THAT WE WERE JUST

12:31PM 21    DISCUSSING ABOUT THE ASSIGNMENT THAT YOU WERE GIVEN TO MOVE TO

12:31PM 22    THE CLIA LAB AT LEAST IN PART?

12:31PM 23    A.   YEAH.

12:31PM 24    Q.   OKAY.

12:31PM 25         YOUR HONOR, I WOULD OFFER EXHIBIT 20043.

12:31PM 1          MR. BOSTIC:  YOUR HONOR, I'M SORRY.  I JUST NOTICED

12:31PM 2    THAT THIS DOESN'T HAVE A BATES NUMBER.

12:31PM 3          MR. COOPERSMITH:  I DON'T KNOW HOW TO RESPOND TO

12:31PM 4    THAT OTHER THAN TO SAY THIS IS AN EMAIL THAT SHE RECALLS AND SO

12:31PM 5    WE'RE OFFERING IT AS AN EXHIBIT.

12:31PM 6          THE COURT:  DID YOU BATES STAMP YOUR EXHIBITS?

12:31PM 7          MR. COOPERSMITH:  THIS ONE DOESN'T HAVE A BATE

12:31PM 8    STAMP.

12:31PM 9          THE COURT:  DID YOU BATE STAMP YOUR EXHIBITS?

12:31PM 10          MR. COOPERSMITH:  APPARENTLY NOT FOR THIS ONE,

12:31PM 11    YOUR HONOR.

12:31PM 12          MR. BOSTIC:  NO OBJECTION TO THE ADMISSION OF THIS

12:31PM 13    DOCUMENT, YOUR HONOR.

12:31PM 14          THE COURT:  I'M SORRY?

12:31PM 15          MR. BOSTIC:  NO OBJECTION TO THE ADMISSION OF THIS

12:31PM 16    DOCUMENT.

12:31PM 17          THE COURT:  I'M JUST CURIOUS IS THIS GOING TO BE AN

12:31PM 18    ISSUE GOING FORWARD?  WE'LL DISCUSS THIS AFTERWARDS, BUT 20043

12:31PM 19    WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

12:31PM 20          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:31PM 21      (DEFENDANT'S EXHIBIT 20043 WAS RECEIVED IN EVIDENCE.)

12:31PM 22    BY MR. COOPERSMITH:

12:31PM 23    Q.  AND IF WE CAN ZOOM IN ON THE BOTTOM OF PAGE 1 JUST SO WE

12:31PM 24    CAPTURE THE EARLIEST EMAIL IN TIME.

12:31PM 25          THIS IS AN EMAIL FROM AURELIE SOUPPE.  AM I SAYING THAT

12:31PM  1    RIGHT?

12:31PM  2    A.    SOUPPE.

12:31PM  3    Q.    SOUPPE.  AND WHO WAS SHE?

12:31PM  4    A.    AURELIE SOUPPE WAS ALSO A LAB ASSOCIATE WHO WORKED ON THE

12:31PM  5    EDISONS.

12:31PM  6    Q.    SO THE SAME POSITION YOU HAD, BUT A COLLEAGUE OF YOURS

12:31PM  7    BASICALLY?

12:31PM  8    A.    THAT IS CORRECT.

12:31PM  9    Q.    OKAY.  AND THEN SHE WROTE TO SHARADA.  AND IS THAT

12:31PM 10    SHARADA SIVARAMAN?

12:31PM 11    A.    YES.

12:31PM 12    Q.    AND WHO WAS DR. SIVARAMAN?

12:31PM 13    A.    DR. SIVARAMAN WAS THE HEAD OF THE ELISA TEAM.  SO SHE WAS

12:31PM 14    THE LEAD SCIENTIST OF THAT DEPARTMENT IN RESEARCH AND

12:31PM 15    DEVELOPMENT.

12:31PM 16    Q.    AND DO YOU KNOW ANYTHING ABOUT DR. SIVARAMAN'S BACKGROUND?

12:31PM 17    A.    SHE HAS A PH.D.

12:31PM 18    Q.    DO YOU KNOW WHAT THE PH.D. IS IN?

12:31PM 19    A.    NO.

12:31PM 20    Q.    AND IS IT BIOLOGICAL CHEMISTRY?

12:31PM 21    A.    I COULDN'T TELL YOU.

12:31PM 22    Q.    OKAY.  WE'LL COME BACK TO THAT.

12:31PM 23          ANYWAY, IF YOU LOOK AT THE EMAIL THAT MS. SOUPPE SENT, IT

12:31PM 24    READS, "ME, ROMINA, ERIKA, AND JAMIE WERE ALL HOPING TO SPEAK

12:31PM 25    WITH YOU ABOUT OUR REASSIGNMENT TO CLIA.  WE UNDERSTAND THAT

CHEUNG CROSS BY MR. COOPERSMITH

12:32PM   1   YOU ARE VERY BUSY, BUT WE ARE ALL DEEPLY UPSET ABOUT THE

12:32PM   2   TRANSFER AND WOULD PREFER TO STAY IN ELISA.  PLEASE LET US KNOW

12:32PM   3   WHEN YOU ARE AVAILABLE."

12:32PM   4       DO YOU SEE THAT?

12:32PM   5   A.   YES.

12:32PM   6   Q.   AND YOU DIDN'T WRITE THIS EMAIL?

12:32PM   7   A.   THAT'S CORRECT.

12:32PM   8   Q.   AND YOU'RE ONE OF THE PEOPLE REFERENCED IN IT?

12:32PM   9   A.   YES.

12:32PM   10  Q.   AND DID YOU SHARE THE VIEW THAT MS. SOUPPE EXPRESSED?

12:32PM   11  A.   YEAH, SORT OF.  I MEAN, I WAS UPSET THAT I WAS HAVING TO

12:32PM   12  CHANGE ROLES FROM RESEARCH AND DEVELOPMENT.

12:32PM   13       AGAIN, MY CAREER WAS MORE ORIENTED TO RESEARCH EVEN PRIOR

12:32PM   14  TO COMING TO THERANOS, BUT, YEAH, AT THAT MOMENT WE WERE

12:32PM   15  CONCERNED ABOUT WHY WE WERE BEING SWITCHED.

12:32PM   16  Q.   AND I TAKE IT YOU DISCUSSED THAT -- I'M SORRY.

12:32PM   17       IS IT RIGHT THAT YOU DISCUSSED THAT ISSUE AMONG THE GROUP

12:32PM   18  THAT ARE REFERENCED IN THE EMAIL THAT I JUST READ?

12:32PM   19  A.   YES.

12:32PM   20  Q.   OKAY.  AND THEN DO YOU SEE IF YOU GO TO THE NEXT EMAIL

12:32PM   21  ABOVE THAT DR. SIVARAMAN RESPONDED TO MS. SOUPPE AS WELL AS YOU

12:33PM   22  AND YOUR OTHER TWO COLLEAGUES?

12:33PM   23       DO YOU SEE THAT?

12:33PM   24  A.   YES.

12:33PM   25  Q.   AND SHE WROTE, "HI ALL.

12:33PM  1        "I DISCUSSED THIS WITH SUNNY IN MY MEETING TODAY.  IT

12:33PM  2   APPEARS THAT YOU WILL NEED TO BE IN THE CLIA FOR 1-2 MONTHS IN

12:33PM  3   THE NEW YEAR.  HOWEVER SUNNY DID MENTION THAT EVEN DURING THIS

12:33PM  4   TIME YOU WILL BE ABLE TO REMAIN WITH ELISA AND WORK ON OUR

12:33PM  5   PROJECTS.  AS YOU KNOW, CLIA WILL MOVE TO EMC EARLY NEXT YEAR

12:33PM  6   BY THEN MORE FOLKS WILL BE RECRUITED AND AT THAT TIME YOU WILL

12:33PM  7   HAVE THE OPTION OF STAYING ON WITH THE ELISA TEAM."

12:33PM  8        AND THEN IT GOES ON TO SAY, "MY UNDERSTANDING FROM THE

12:33PM  9   MEETING WAS THAT WE ARE REALLY SHORT ON STAFF IN THE CLIA AND

12:33PM  10  WE WILL NEED YOU LADIES TO SUPPORT THIS EFFORT FOR 2 MONTHS."

12:33PM  11       DO YOU SEE THAT?

12:33PM  12  A.   YES.

12:33PM  13  Q.   AND DID YOU UNDERSTAND THAT DR. SIVARAMAN HAD A DISCUSSION

12:33PM  14  WITH MR. BALWANI ABOUT THIS ISSUE?

12:33PM  15  A.   YES.

12:33PM  16  Q.   AND IS IT ALSO FAIR TO SAY THAT MR. BALWANI AGREED BASED

12:33PM  17  ON THE PREFERENCE THAT YOU WOULD NOT BE PERMANENTLY ASSIGNED TO

12:34PM  18  CLIA?

12:34PM  19  A.   YES.

12:34PM  20  Q.   AND AS THINGS WENT FORWARD AFTER THIS, YOU KIND OF WORE

12:34PM  21  TWO HATS, IS THAT RIGHT, AT TIMES?

12:34PM  22  A.   NO.  I MEAN, I DID WEAR TWO HATS, AND THEN THERE WAS A

12:34PM  23  MOMENT IN A DISCUSSION WHERE IT WAS CLEAR THAT I WAS GOING TO

12:34PM  24  BE PERMANENTLY RESIDED IN CLIA.

12:34PM  25  Q.   OKAY.  AND ARE YOU SAYING THAT AFTER THIS TIME YOU DIDN'T

12:34PM   1    HAVE ANY MORE R&D RESPONSIBILITIES?

12:34PM   2    A.   NO, I DID HAVE R&D RESPONSIBILITIES.  BUT WHEN MARK,

12:34PM   3    SPECIFICALLY THE LAB DIRECTOR, CAME IN, IT BECAME VERY CLEAR

12:34PM   4    THAT WE WERE STAYING IN CLIA MORE PERMANENTLY FROM THAT POINT

12:34PM   5    FORWARD AND THAT WE WEREN'T GOING TO BE WORKING WITH THE ELISA

12:34PM   6    TEAM.

12:34PM   7    Q.   AND THAT WAS DR. PANDORI WHO TOLD YOU THAT?

12:34PM   8    A.   YES.

12:34PM   9    Q.   AND THAT WAS IN FEBRUARY OF 2014; IS THAT RIGHT?

12:34PM   10   A.   I BELIEVE SO, YES.

12:34PM   11   Q.   OKAY.  ALL RIGHT.

12:34PM   12        LET'S GO BACK TO THE BEGINNING WHEN YOU FIRST CAME TO

12:34PM   13   THERANOS AND YOU WERE OFFERED THE JOB.  THAT WAS A GOOD DAY

12:34PM   14   WHEN YOU GOT THAT JOB; IS THAT RIGHT?

12:34PM   15   A.   YEAH.

12:34PM   16   Q.   OKAY.  AND THEN YOU INITIALLY WERE REPORTING TO

12:35PM   17   DR. SIVARAMAN?

12:35PM   18   A.   THAT IS CORRECT.

12:35PM   19   Q.   OKAY.  AND I JUST WANTED YOU TO HAVE A LOOK, JUST SO WE'RE

12:35PM   20   CLEAR ON THIS, ABOUT DR. SIVARAMAN.

12:35PM   21        CAN YOU TAKE A LOOK AT EXHIBIT 10224.  AND IT SHOULD BE IN

12:35PM   22   YOUR FIRST BINDER.

12:35PM   23   A.   I HAVE IT.

12:35PM   24   Q.   THANK YOU.  AND DO YOU RECOGNIZE THIS AS DR. SIVARAMAN'S

12:36PM   25   RESUME?

12:36PM   1      A.   YES.

12:36PM   2      Q.   AND JUST TAKING A LOOK AT THE SECOND PAGE OF THE EXHIBIT,

12:36PM   3      DO YOU SEE THERE'S A SECTION CALLED EDUCATION?

12:36PM   4      A.   YES.

12:36PM   5      Q.   AND DOES THAT, LOOKING AT THAT SECTION, DOES THAT REFRESH

12:36PM   6      YOUR MEMORY THAT DR. SIVARAMAN HAD A PH.D. IN BIOLOGICAL

12:36PM   7      CHEMISTRY?

12:36PM   8      A.   YES, BUT I HAVE NEVER SEEN THIS BEFORE.

12:36PM   9      Q.   OKAY.  YOU HAVE NEVER SEEN THE RESUME BEFORE?

12:36PM  10      A.   I HAVE NEVER SEEN THE RESUME.

12:36PM  11      Q.   BUT NOW YOU REMEMBER THAT SHE HAD A PH.D. IN BIOLOGICAL

12:36PM  12      CHEMISTRY?

12:36PM  13      A.   YES.

12:36PM  14           MR. COOPERSMITH:  YOUR HONOR, I WOULD OFFER

12:36PM  15      EXHIBIT 10224.

12:36PM  16           MR. BOSTIC:  YOUR HONOR, AUTHENTICATION AND

12:36PM  17      FOUNDATION.

12:36PM  18           MR. COOPERSMITH:  YOUR HONOR, THE AUTHENTICATION IS

12:36PM  19      BY STIPULATION WITH THE GOVERNMENT BASED ON THE BATES NUMBER,

12:36PM  20      AND THE FOUNDATION IS THAT SHE RECOGNIZED DR. SIVARAMAN AND SHE

12:36PM  21      RECOGNIZES THIS AS HER RESUME.

12:37PM  22           THE COURT:  SHE'S NEVER SEEN THE RESUME BEFORE SHE

12:37PM  23      SAID.

12:37PM  24           MR. COOPERSMITH:  RIGHT.

12:37PM  25           BUT GIVEN THE AUTHENTICITY AND WHO THE PERSON IS, HER

12:37PM  1    MEMORY OF THE PARTICULAR CONTENT OF IT WITH THE PH.D., I THINK

12:37PM  2    THAT'S SUFFICIENT TO ADMIT IT.

12:37PM  3              MR. BOSTIC:  YOUR HONOR, I THINK THERE'S A

12:37PM  4    MISUNDERSTANDING ABOUT THE NATURE OF THE STIPULATION BETWEEN

12:37PM  5    THE PARTIES.  WE HAVE NOT STIPULATED TO THE AUTHENTICITY OF

12:37PM  6    THIS DOCUMENT OR DOCUMENTS LIKE IT.

12:37PM  7         I THINK IT ALSO SUFFERS FROM HEARSAY PROBLEMS.

12:37PM  8              THE COURT:  WELL, THIS IS WHY I ASKED THAT QUESTION.

12:37PM  9    WE'LL CLEAR UP ON THE BATES AND ALL OF THAT TO GET THAT.

12:37PM 10         BUT YOU'RE ASKING THAT THAT -- THERE SEEMS TO BE SOME

12:37PM 11    HEARSAY ON THIS.

12:37PM 12              MR. COOPERSMITH:  MAYBE I CAN ASK A FEW MORE

12:37PM 13    QUESTIONS, YOUR HONOR, TO SEE IF I CAN LAY A FOUNDATION.

12:37PM 14              THE COURT:  WELL, YOU KNOW, JUST -- YOU WOULD LIKE

12:37PM 15    THIS INTRODUCED INTO EVIDENCE AS EVIDENCE OF THE RESUME OF

12:37PM 16    DR. SIVARAMAN; IS THAT IT?

12:38PM 17              MR. COOPERSMITH:  YES, YOUR HONOR.

12:38PM 18              THE COURT:  I'LL ADMIT IT FOR THAT PURPOSE.

12:38PM 19              MR. COOPERSMITH:  THANK YOU.

12:38PM 20              THE COURT:  IT CAN BE PUBLISHED.

12:38PM 21         (DEFENDANT'S EXHIBIT 10224 WAS RECEIVED IN EVIDENCE.)

12:38PM 22    BY MR. COOPERSMITH:

12:38PM 23    Q.   SO, DO YOU SEE, MS. CHEUNG, THAT IT HAS DR. SIVARAMAN AT

12:38PM 24    THE TOP, AND THERE'S SOME REDACTED SECTION, WHICH WE'RE NOT

12:38PM 25    GOING TO SHOW HER ADDRESS TO THE PUBLIC, AND THAT SORT OF

12:38PM  1      THING.

12:38PM  2           DO YOU UNDERSTAND THAT?

12:38PM  3      A.   YEAH.

12:38PM  4      Q.   AND THEN IT TALKS ABOUT HIGHLIGHTS OF HER CAREER.  AND,

12:38PM  5      FOR EXAMPLE, THE FIRST BULLET POINT OVER HIGHLIGHTS DO YOU SEE

12:38PM  6      THAT IT SAYS OVER THREE YEARS OF EXPERIENCE IN RECOMBINANT

12:38PM  7      EXPRESSION AND PURIFICATION OF PROTEINS, HUMAN AND BACTERIAL

12:38PM  8      E.COLI.

12:38PM  9           DO YOU SEE THAT?

12:38PM  10     A.   YES.

12:38PM  11     Q.   AND IT GOES ON.  AND I WON'T READ EACH ONE, BUT IT HAS

12:38PM  12     OTHER HIGHLIGHTS OF DR. SIVARAMAN'S CAREER.

12:38PM  13          DO YOU SEE THAT?

12:38PM  14     A.   YES.

12:38PM  15     Q.   AND THEN IT HAS IN THE NEXT SECTION HER RESEARCH

12:38PM  16     EXPERIENCE.

12:39PM  17          DO YOU SEE THAT?

12:39PM  18     A.   YES.

12:39PM  19     Q.   AND IT LOOKS LIKE IT SAYS POST-DOCTORAL RESEARCH AT THE

12:39PM  20     UNIVERSITY OF CALIFORNIA AT BERKELEY?

12:39PM  21     A.   YES, UH-HUH.

12:39PM  22     Q.   AND IT SAYS HER ADVISOR WAS PROFESSOR JACK KIRSCH.

12:39PM  23          DO YOU SEE THAT?

12:39PM  24     A.   YES.

12:39PM  25     Q.   AND IF YOU GO TO PAGE 3 OF THE DOCUMENT, DO YOU SEE

12:39PM   1    THERE'S A SECTION CALLED "PRESENTATIONS"?

12:39PM   2    A.   YES.

12:39PM   3    Q.   AND DO YOU SEE THAT DR. SIVARAMAN AND JACK KIRSCH, IT

12:39PM   4    LOOKS LIKE, MADE A PRESENTATION TOGETHER, AND IT HAS A NAME OF

12:39PM   5    IT.  IT IS CALLED "NARROWING THE SUBSTRATE SPECIFICITY OF A

12:39PM   6    BROADLY SUBSTRATE SPECIFIC ENZYME," AND IT GOES ON.

12:39PM   7         DO YOU SEE THAT?

12:39PM   8    A.   YES.

12:39PM   9    Q.   AND THEN IF YOU GO DOWN BELOW THERE ARE REFERENCES, AND

12:39PM   10   ONE OF DR. SIVARAMAN'S REFERENCES IS DR. JACK KIRSCH.

12:39PM   11        DO YOU SEE THAT?

12:39PM   12   A.   YES.

12:39PM   13   Q.   AND IT SAYS HE'S IN THE DEPARTMENT OF MOLECULAR AND CELL

12:39PM   14   BIOLOGY AT THE UNIVERSITY OF CALIFORNIA BERKELEY?

12:40PM   15   A.   YEP.

12:40PM   16   Q.   AND SO WHAT I WAS WONDERING IS DID YOU EVER TAKE A CLASS

12:40PM   17   FROM PROFESSOR KIRSCH?

12:40PM   18   A.   NO.

12:40PM   19   Q.   AND DID YOU KNOW HIM AS A PROFESSOR WHEN YOU WERE AT THE

12:40PM   20   UNIVERSITY?

12:40PM   21   A.   NO.

12:40PM   22   Q.   WERE YOU IN THE DEPARTMENT OF MOLECULAR AND CELL BIOLOGY?

12:40PM   23   A.   YES.

12:40PM   24   Q.   AND IT JUST SO HAPPENED THAT YOU NEVER CROSSED PATHS WITH

12:40PM   25   DR. JACK KIRSCH?

| 12:40PM | 1 | A. I DON'T THINK SO.  I DON'T REMEMBER. |

12:40PM 1    A.  I DON'T THINK SO.  I DON'T REMEMBER.

12:40PM 2    Q.  OKAY.  YOU RESPECTED DR. SIVARAMAN?

12:40PM 3    A.  YES.

12:40PM 4    Q.  DID YOU THINK THAT DR. SIVARAMAN WAS PART OF SOME KIND OF

12:40PM 5    FRAUDULENT SCHEME?

12:40PM 6    A.  NO.

12:40PM 7    Q.  OKAY.  WHEN YOU STARTED THE COMPANY, I BELIEVE YOU GOT AN

12:40PM 8    OFFER LETTER; IS THAT RIGHT?

12:40PM 9    A.  CAN YOU REPEAT THAT QUESTION.

12:40PM 10   Q.  WELL, LET ME JUST SHOW IT TO YOU.  THAT MIGHT BE EASIER.

12:41PM 11        CAN YOU TAKE A LOOK AT EXHIBIT 20020.

12:41PM 12        AND DO YOU SEE THAT'S A LETTER DATED OCTOBER 14TH OF 2013?

12:41PM 13   A.  YES.

12:41PM 14   Q.  AND DOES IT HAVE YOUR SIGNATURE ON THE SECOND PAGE?

12:41PM 15   A.  YES.

12:41PM 16   Q.  AND DID YOU RECOGNIZE THIS AS THE OFFER LETTER EXTENDING

12:41PM 17   AN OFFER TO YOU TO WORK AT THERANOS?

12:41PM 18   A.  YES.

12:41PM 19        MR. COOPERSMITH:  YOUR HONOR, WE OFFER

12:41PM 20   EXHIBIT 20020.

12:41PM 21        MR. BOSTIC:  NO OBJECTION.

12:41PM 22        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:41PM 23        (DEFENDANT'S EXHIBIT 20020 WAS RECEIVED IN EVIDENCE.)

12:41PM 24   BY MR. COOPERSMITH:

12:41PM 25   Q.  OKAY.  LET'S TAKE A LOOK AT SOME OF THIS LETTER.

12:41PM  1      IF YOU ZOOM IN ON THE FIRST PARAGRAPH IT SAYS, "I AM

12:41PM  2   PLEASED TO EXTEND A CONDITIONAL OFFER OF EMPLOYMENT TO YOU AS

12:41PM  3   LAB ASSOCIATE REPORTING TO SHARADA SIVARAMAN," WHO WE JUST

12:42PM  4   DISCUSSED; RIGHT?

12:42PM  5   A.   YES.

12:42PM  6   Q.   AND IT SAYS, "YOUR PAY RATE WILL BE $19 PER HOUR."

12:42PM  7   A.   THAT IS CORRECT.

12:42PM  8   Q.   AND SO AT THE WHOLE TIME YOU WERE AT THERANOS, WERE YOU AN

12:42PM  9   HOURLY EMPLOYEE?

12:42PM  10  A.   YES.

12:42PM  11  Q.   AND WAS YOUR PAY ALWAYS $19 AN HOUR?

12:42PM  12  A.   YES.

12:42PM  13  Q.   AND DID YOU GET OVERTIME?

12:42PM  14  A.   YES.

12:42PM  15  Q.   AND DID YOU WORK OVERTIME SOMETIMES?

12:42PM  16  A.   YES.

12:42PM  17  Q.   AND DID A LOT OF PEOPLE IN THE COMPANY WORK OVERTIME?

12:42PM  18  A.   YES, WE WERE REQUIRED TO.

12:42PM  19  Q.   OKAY.  BUT YOU KNEW THAT THAT WAS NECESSARY TO MOVE THE

12:42PM  20  COMPANY FORWARD?

12:42PM  21  A.   YES.

12:42PM  22  Q.   AND YOU WERE WILLING TO DO THAT; RIGHT?

12:42PM  23  A.   YES.

12:42PM  24  Q.   AND THEY PAID YOU FOR IT?

12:42PM  25  A.   YES.

12:42PM 1   Q.   AND THAT WAS AT THIS TIME LIKE A FAIR SALARY IN YOUR VIEW,

12:42PM 2   WASN'T IT?

12:42PM 3   A.   YES.

12:42PM 4   Q.   DID YOU GET ADDITIONAL BENEFITS IN ADDITION TO THE SALARY?

12:42PM 5   A.   LIKE HEALTH BENEFITS?

12:42PM 6   Q.   YES.

12:42PM 7   A.   I BELIEVE SO.

12:42PM 8   Q.   OKAY.  AND THEN IT SAYS ALSO IN THE NEXT SENTENCE, "IN

12:42PM 9   ADDITION, YOU'LL BE ELIGIBLE FOR ADDITIONAL PERFORMANCE BASED

12:43PM 10   COMPENSATION OVERTIME."

12:43PM 11       DO YOU SEE THAT?

12:43PM 12   A.   YES.

12:43PM 13   Q.   AND SO THERE WAS AN ADDITIONAL UPSIDE TO WORKING AT

12:43PM 14   THERANOS, TOO?

12:43PM 15   A.   YES.

12:43PM 16   Q.   IF YOU GO DOWN A LITTLE FURTHER TO THE FOURTH PARAGRAPH

12:43PM 17   AND YOU SEE THERE'S A PORTION THAT READS, "YOU AGREE THAT YOU

12:43PM 18   WILL NOT, DURING YOUR EMPLOYMENT WITH THE COMPANY, IMPROPERLY

12:43PM 19   USE OR DISCLOSE ANY PROPRIETARY INFORMATION OR TRADE SECRETS OF

12:43PM 20   ANY FORMER EMPLOYER OR OTHER PERSON OR ENTITY AND THAT YOU WILL

12:43PM 21   NOT BRING ON TO THE PREMISES OF THE COMPANY ANY UNPUBLISHED

12:43PM 22   DOCUMENT OR PROPRIETARY INFORMATION BELONGING TO ANY SUCH

12:43PM 23   EMPLOYER, PERSON, OR ENTITY UNLESS CONSENTED TO IN WRITING."

12:43PM 24       DO YOU SEE THAT?

12:43PM 25   A.   YES.

12:43PM 1    Q.   AND THAT WAS ABOUT HOW THERANOS DID NOT WANT YOU TO GIVE

12:43PM 2    THEM TRADE SECRETS OF OTHER COMPANIES; IS THAT WHAT THAT IS

12:43PM 3    ABOUT?

12:43PM 4    A.   CAN I READ IT ONCE MORE?

12:43PM 5    Q.   OF COURSE.

12:44PM 6         (PAUSE IN PROCEEDINGS.)

12:44PM 7              THE WITNESS:  YES.

12:44PM 8    BY MR. COOPERSMITH:

12:44PM 9    Q.   AND YOU UNDERSTAND WITH TECHNOLOGY STARTUPS, IT'S COMMON

12:44PM 10   FOR COMPANIES TO WANT TO PROTECT THEIR INTELLECTUAL PROPERTY?

12:44PM 11             MR. BOSTIC:  OBJECTION.  FOUNDATION.

12:44PM 12             THE COURT:  DO YOU WANT TO LAY A FOUNDATION?

12:44PM 13   BY MR. COOPERSMITH:

12:44PM 14   Q.   DO YOU HAVE AN UNDERSTANDING OF THE NEED IN GENERAL FOR

12:44PM 15   COMPANIES TO PROTECT THEIR INTELLECTUAL PROPERTY?

12:44PM 16   A.   YES.

12:44PM 17   Q.   AND WHAT IS YOUR UNDERSTANDING?

12:44PM 18   A.   MY UNDERSTANDING IS THAT THEY WILL ATTEMPT TO KEEP

12:44PM 19   INFORMATION WITHIN THE DOORS OF THE COMPANY TO ENSURE THAT

12:44PM 20   OTHER COMPANIES DON'T TAKE THEIR TRADE SECRETS AND THEIR

12:44PM 21   PROPRIETARY TECHNOLOGY PLANS OR PATENTS OR WHATEVER THEY MIGHT

12:44PM 22   BE DEVELOPING.

12:44PM 23   Q.   THANK YOU.  AND IS THAT BECAUSE IF COMPANIES' TRADE

12:44PM 24   SECRETS AND INTELLECTUAL PROPERTY WERE RELEASED, ESPECIALLY THE

12:45PM 25   COMPETITORS, THAT COULD HURT THE COMPANY'S BUSINESS; IS THAT

12:45PM  1    RIGHT?

12:45PM  2              MR. BOSTIC:  SPECULATION AND FOUNDATION.

12:45PM  3              THE COURT:  WELL, OVERRULED.  YOU CAN ANSWER THE

12:45PM  4    QUESTION.  IF YOU HAVE THE KNOWLEDGE.

12:45PM  5              THE WITNESS:  CAN YOU REPEAT THE QUESTION?

12:45PM  6    BY MR. COOPERSMITH:

12:45PM  7    Q.   IF I CAN REMEMBER IT.

12:45PM  8         SO DO YOU UNDERSTAND THAT THE REASON WHY COMPANIES ARE

12:45PM  9    PROTECTIVE OF THEIR TRADE SECRETS AND THEIR INTELLECTUAL

12:45PM 10    PROPERTY IS THAT THEY DON'T WANT COMPETITORS TO BE ABLE TO USE

12:45PM 11    THAT TECHNOLOGY FOR THEIR OWN BENEFIT AND THAT WOULD HURT THE

12:45PM 12    COMPANY THAT HAD THE INTELLECTUAL PROPERTY IN THE FIRST PLACE;

12:45PM 13    IS THAT FAIR?

12:45PM 14    A.   YES, THAT'S FAIR.

12:45PM 15    Q.   OKAY.  AND THEN IS IT ALSO CORRECT THAT THERANOS HAD YOU

12:45PM 16    SIGN AN AGREEMENT THAT YOU WOULDN'T RELEASE THERANOS'S

12:45PM 17    INTELLECTUAL PROPERTY WHEN YOU STARTED?

12:45PM 18    A.   THAT IS CORRECT.

12:45PM 19    Q.   AND IS THAT WHAT THE PARAGRAPH ABOVE THAT REFERS TO, WHERE

12:45PM 20    IT'S THE THIRD PARAGRAPH OF THE LETTER?

12:45PM 21    A.   THAT'S IN REFERENCE TO THE NONDISCLOSURE AGREEMENTS OR THE

12:46PM 22    OTHER AGREEMENTS.

12:46PM 23    Q.   RIGHT.  IT REFERENCES A DOCUMENT ABOUT CALLING

12:46PM 24    "CONFIRMATION OF RECEIPT AND AGREEMENT TO HANDBOOK POLICIES."

12:46PM 25         DO YOU SEE THAT?

12:46PM   1    A.   YES.

12:46PM   2    Q.   IF YOU COULD FLIP YOUR BINDER TO 2009.

12:46PM   3         I'M SORRY.  THE EXHIBIT NUMBER IS 20029.

12:46PM   4         AND DO YOU RECOGNIZE EXHIBIT 20029 AS THE -- ANOTHER

12:47PM   5    AGREEMENT THAT YOU SIGNED WHEN YOU JOINED THERANOS?

12:47PM   6    A.   YES.

12:47PM   7    Q.   OKAY.

12:47PM   8         YOUR HONOR, WE OFFER EXHIBIT 20029.

12:47PM   9              MR. BOSTIC:  NO OBJECTION.

12:47PM   10             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:47PM   11        (DEFENDANT'S EXHIBIT 20029 WAS RECEIVED IN EVIDENCE.)

12:47PM   12   BY MR. COOPERSMITH:

12:47PM   13   Q.   IF WE CAN TAKE A LOOK AT THE TITLE.

12:47PM   14        DO YOU SEE THE TITLE, MS. CHEUNG?

12:47PM   15   A.   YES.

12:47PM   16   Q.   AND IF WE GO TO THE LAST PAGE OF THIS DOCUMENT -- I'M

12:47PM   17   SORRY, IT'S PAGE 5 OF THIS EXHIBIT.

12:47PM   18        IS THAT YOUR SIGNATURE?

12:47PM   19   A.   YES.

12:47PM   20   Q.   AND IT IS SIGNED THE SAME DATE YOU STARTED OCTOBER 14TH,

12:47PM   21   2013?

12:47PM   22   A.   THAT IS CORRECT.

12:47PM   23   Q.   AND IF YOU FLIP TO THE FIRST PAGE, WHICH IS PAGE 1 OF THIS

12:47PM   24   EXHIBIT, DO YOU SEE THERE'S A SECTION CALLED CONFIDENTIAL

12:47PM   25   INFORMATION?

12:47PM   1    A.   YES.

12:47PM   2    Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHAT YOU WERE AGREEING

12:47PM   3    TO WHEN YOU SIGNED THAT?

12:47PM   4    A.   YES.

12:47PM   5    Q.   WHAT IS THAT?

12:47PM   6    A.   ESSENTIALLY THAT I WAS NOT TO DISCUSS BASICALLY THE

12:48PM   7    ONGOING'S OF THE COMPANY; I WAS NOT TO DISCUSS WHAT WAS

12:48PM   8    HAPPENING INSIDE OF THE COMPANY TO EXTERNAL PEOPLE AND

12:48PM   9    STAKEHOLDERS; AND THAT WE HAD TO KEEP QUIET, BASICALLY THE

12:48PM   10   NATURE OF OUR TECHNOLOGY, THE NATURE OF OUR ROLES AND

12:48PM   11   RESPONSIBILITIES, AWAY FROM ORGANIZATIONS AND STAKEHOLDERS.

12:48PM   12   Q.   OKAY.  WE'LL GET BACK TO THIS A LITTLE LATER.

12:48PM   13        BUT IS AMONG THE PEOPLE THAT YOU WEREN'T SUPPOSED TO

12:48PM   14   DISCLOSE COMPANY CONFIDENTIAL INFORMATION TO, WOULD THAT

12:48PM   15   INCLUDE JOURNALISTS, FOR EXAMPLE?

12:48PM   16   A.   YES.

12:48PM   17   Q.   WHEN YOU SIGNED THE AGREEMENT THAT WE JUST LOOKED AT, AND

12:48PM   18   ALSO YOUR OFFER LETTER, YOU DIDN'T THINK THAT WAS UNUSUAL OR

12:48PM   19   ANYTHING, DID YOU?

12:48PM   20   A.   NOT AT THE TIME, NO.

12:48PM   21   Q.   AND IT JUST SEEMED LIKE A ROUTINE PART OF JOINING A TECH

12:49PM   22   COMPANY IN SILICON VALLEY, DIDN'T IT?

12:49PM   23   A.   I WASN'T TOO SURE.  IT WAS MY FIRST JOB, BUT I ASSUME SO.

12:49PM   24   Q.   OKAY.  NOW, PRIOR TO JOINING THERANOS, YOU HAD NEVER

12:49PM   25   WORKED IN A CLINICAL LABORATORY BEFORE; IS THAT CORRECT?

12:49PM   1    A.   THAT IS CORRECT.

12:49PM   2    Q.   AND YOU HAD NO INVOLVEMENT PREVIOUSLY WORKING AT THERANOS

12:49PM   3    IN VALIDATION STUDIES FOR BLOOD TESTING ASSAYS OR ANYTHING LIKE

12:49PM   4    THAT, DID YOU?

12:49PM   5    A.   NO.

12:49PM   6    Q.   DID YOU UNDERSTAND THAT THERE WAS A SET OF REGULATIONS

12:49PM   7    THAT GOVERNED THE OPERATION OF A CLINICAL LAB SUCH AS THE ONE

12:49PM   8    THAT THERANOS WAS RUNNING?

12:49PM   9    A.   YES.

12:49PM  10    Q.   AND WERE YOU FAMILIAR WITH EACH AND EVERY ONE OF THOSE

12:49PM  11    REGULATIONS?

12:49PM  12    A.   NO.

12:49PM  13    Q.   WERE YOU FAMILIAR WITH SOME OF THEM?

12:49PM  14    A.   SOME OF THEM.

12:50PM  15    Q.   OKAY.  AND I JUST WANT TO HAVE YOU TAKE A LOOK AT IN YOUR

12:50PM  16    FIRST BINDER EXHIBIT 7603.

12:50PM  17         DO YOU SEE IT'S LIKE A MULTIPAGE DOCUMENT THAT GOES FROM

12:50PM  18    BATES NUMBER 700 ON THE FIRST PAGE TO BATES NUMBER 822.

12:50PM  19         DO YOU SEE THAT?

12:50PM  20    A.   YES.

12:50PM  21    Q.   AND SO THAT -- SO IF THEY'RE ALL CONSECUTIVE, THAT WOULD

12:50PM  22    MAKE IT ABOUT 122 PAGES?

12:50PM  23    A.   HUH --

12:50PM  24    Q.   DOUBLE SIDED?

12:50PM  25    A.   DOUBLE SIDED, YES.

CHEUNG CROSS BY MR. COOPERSMITH

12:50PM   1    Q.   SO WITHOUT COUNTING EACH ONE, DOES THIS HAVE THE HEFT OF

12:51PM   2    ABOUT 122 PAGE DOCUMENT?

12:51PM   3    A.   YES.

12:51PM   4    Q.   OKAY.  AND DO YOU RECOGNIZE THOSE AS REGULATIONS GOVERNING

12:51PM   5    THE OPERATION OF CLINICAL LABS IN THE UNITED STATES?

12:51PM   6    A.   THAT IS CORRECT.

12:51PM   7    Q.   AND AT THE TOP, YOU WERE NOT THE PERSON THAT THE COMPANY

12:51PM   8    WOULD LOOK TO TO INTERPRET OR ADVISE ABOUT CLINICAL LAB -- I'M

12:51PM   9    SORRY, I'LL ASK IT AGAIN.  MY APOLOGIES.

12:51PM  10        AT THERANOS, YOU WERE NOT THE PERSON THAT ANYONE LOOKED TO

12:51PM  11    TO ADVISE ABOUT THE INTERPRETATION OR APPLICABILITY OF THE

12:51PM  12    CLINICAL LAB REGULATIONS, WERE YOU?

12:51PM  13    A.   NO.

12:51PM  14    Q.   OKAY.  AND THE COMPANY ACTUALLY HAD LEGAL COUNSEL THAT

12:51PM  15    WOULD HELP WITH THAT PROCESS.

12:51PM  16        DO YOU UNDERSTAND THAT?

12:51PM  17    A.   THAT IS CORRECT.

12:51PM  18    Q.   AND THE COMPANY ALSO HAD SCIENTISTS WHO WERE WORKING ON

12:51PM  19    ADMINISTERING THAT RESPONSIBILITY; IS THAT RIGHT?

12:52PM  20    A.   THAT IS RIGHT.

12:52PM  21    Q.   AND ONE OF THEM WAS DR. ADAM ROSENDORFF?

12:52PM  22    A.   THAT IS CORRECT.

12:52PM  23    Q.   AND HE WAS THE LAB DIRECTOR WHEN YOU WERE WORKING THERE?

12:52PM  24    A.   HE WAS THE MEDICAL DIRECTOR.

12:52PM  25    Q.   SO HE WAS A MEDICAL DOCTOR?

12:52PM  1    A.   YES.

12:52PM  2    Q.   AND DO YOU UNDERSTAND THAT HE HAD A BACKGROUND IN

12:52PM  3    PATHOLOGY?

12:52PM  4    A.   YES.

12:52PM  5    Q.   AND DO YOU UNDERSTAND THAT HE HAD COME FROM A DIFFERENT

12:52PM  6    LAB AT THE UNIVERSITY OF PITTSBURGH BEFORE HE JOINED THERANOS?

12:52PM  7    A.   I DIDN'T KNOW THAT.

12:52PM  8    Q.   YOU DIDN'T KNOW HIS BACKGROUND?

12:52PM  9    A.   YEAH.

12:52PM 10    Q.   OKAY.  BUT YOU UNDERSTOOD THAT YOU THINK HE WAS THE

12:52PM 11    MEDICAL DIRECTOR?

12:52PM 12    A.   YES.

12:52PM 13    Q.   IS THAT EQUIVALENT TO THE LABORATORY DIRECTOR?

12:52PM 14    A.   YES.  WE ALSO HAD A LABORATORY DIRECTOR LABORATORY

12:52PM 15    DIRECTOR, TOO.

12:52PM 16    Q.   WHO WAS THE LABORATORY DIRECTOR?

12:52PM 17    A.   MARK PANDORI.

12:52PM 18    Q.   AND DO YOU RECOGNIZE THAT DR. ROSENDORFF AND DR. PANDORI

12:52PM 19    WERE CO-LABORATORY DIRECTORS?

12:52PM 20    A.   UM, YES.

12:52PM 21    Q.   OKAY.  BUT ON THE SORT OF ORGANIZATIONAL STRUCTURE --

12:52PM 22    A.   UH-HUH.

12:52PM 23    Q.   -- DID DR. PANDORI WORK FOR DR. ROSENDORFF OR DID

12:52PM 24    DR. ROSENDORFF WORK FOR DR. PANDORI, OR NEITHER OF THOSE?

12:52PM 25    A.   I WAS UNDER THE UNDERSTANDING THAT THEY WERE BOTH EQUALS

12:53PM 1    WITHIN THE HIERARCHAL STRUCTURE.

12:53PM 2    Q.   SO THEY HAD TWO LAB DIRECTORS AS FAR AS YOU COULD RECALL;

12:53PM 3    IS THAT RIGHT?

12:53PM 4    A.   I THINK SO.

12:53PM 5    Q.   I WANT TO HAVE YOU TAKE A LOOK AT THE PARTICULAR

12:53PM 6    REGULATION THAT DEALS WITH LAB DIRECTORS, AND IF I COULD JUST

12:53PM 7    REFER TO YOU IN YOUR FIRST BINDER EXHIBIT 7603DD, DOUBLE D?

12:53PM 8    A.   CAN YOU REPEAT THAT AGAIN.

12:53PM 9    Q.   OF COURSE.  IT'S EXHIBIT 7603 AND THEN TWO CAPITAL D'S.

12:53PM 10   A.   OH, GOT IT.  OKAY.

12:53PM 11   Q.   DO YOU -- DO YOU HAVE THAT EXHIBIT IN FRONT OF YOU?

12:53PM 12   A.   YES.

12:53PM 13   Q.   THANK YOU.

12:53PM 14       AND DO YOU SEE ON THE BOTTOM RIGHT OF THE FIRST PAGE

12:53PM 15   THERE'S A REGULATION THAT IS NUMBERED 493.1441?

12:54PM 16   A.   YOU SAID IT'S 7603DD?

12:54PM 17   Q.   YES.

12:54PM 18   A.   AND THEN THE REGULATION IS 493.

12:54PM 19   Q.   .1441?

12:54PM 20   A.   I DON'T HAVE THAT.

12:54PM 21   Q.   OKAY.

12:54PM 22       MAY I APPROACH, YOUR HONOR?

12:54PM 23           THE COURT:  I DON'T HAVE IT, EITHER.

12:54PM 24           MR. COOPERSMITH:  LET'S SEE IF I CAN GET SOME

12:54PM 25   COPIES.

12:54PM   1              THE COURT:  IT'S NOT AN EXHIBIT IN MY BINDER.

12:54PM   2              MR. COOPERSMITH:  OKAY.  SORRY ABOUT THAT,

12:54PM   3       YOUR HONOR.

12:54PM   4          LET ME HAND THE COURT'S COPY UP FIRST, AND THEN WE'LL

12:55PM   5       WRESTLE UP ANOTHER ONE.

12:55PM   6          (PAUSE IN PROCEEDINGS.)

12:55PM   7              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT HAS THE SAME

12:55PM   8       OF -- THE OTHER DD THAT DOESN'T HAVE THE REGULATION THAT

12:55PM   9       COUNSEL IS REFERRING TO.

12:55PM  10              THE COURT:  SO IT SOUNDS LIKE OUR BINDERS DON'T HAVE

12:55PM  11       WHAT YOU HANDED UP TO THE COURT.

12:55PM  12              MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO COME BACK

12:55PM  13       TO THIS LATER SO WE DON'T WASTE TIME WITH IT.

12:55PM  14              THE COURT:  SURE.

12:55PM  15              MR. COOPERSMITH:  THANK YOU.  SORRY ABOUT THAT.

12:56PM  16          (PAUSE IN PROCEEDINGS.)

12:56PM  17       BY MR. COOPERSMITH:

12:56PM  18       Q.   SO WE WERE TALKING ABOUT DR. ROSENDORFF; RIGHT?

12:56PM  19            YOU THOUGHT HIGHLY OF DR. ROSENDORFF?

12:56PM  20       A.   YES.

12:56PM  21       Q.   AND DID YOU UNDERSTAND THAT WHEN IT CAME TIME TO RELEASE

12:56PM  22       RESULTS TO A PATIENT, THE ULTIMATE AUTHORITY IN THE LABORATORY

12:56PM  23       WOULD BE DR. ROSENDORFF?

12:56PM  24       A.   YES.

12:56PM  25       Q.   AND MAYBE DR. PANDORI AS WELL?

12:56PM  1    A.   AT THAT POINT I THINK IT WAS DR. ROSENDORFF.

12:56PM  2    Q.   OKAY.  WHILE YOU WERE WORKING IN THE CLIA LAB --

12:56PM  3    A.   YES.

12:56PM  4    Q.   -- AND WAS IT EVER YOUR JOB TO RELEASE PATIENT RESULTS?

12:56PM  5    A.   NO.  I WOULD FORWARD THEM TO A CLINICAL LAB SCIENTIST.

12:57PM  6    Q.   OKAY.  SO THERE WAS A TITLE OR, YOU KNOW, A JOB POSITION

12:57PM  7    AT THERANOS CALLED CLINICAL LAB SCIENTIST; IS THAT RIGHT?

12:57PM  8    A.   THAT IS CORRECT.

12:57PM  9    Q.   OKAY.  DO YOU UNDERSTAND THAT A CLINICAL LABORATORY

12:57PM  10   SCIENTIST, THERE ARE CERTAIN REQUIREMENTS TO BE ABLE TO WORK IN

12:57PM  11   THAT POSITION?

12:57PM  12   A.   YES.

12:57PM  13   Q.   AND DID YOU HAVE ANY OF THOSE QUALIFICATIONS?

12:57PM  14   A.   NO.

12:57PM  15   Q.   AND THE REQUIREMENTS, DO YOU UNDERSTAND, INCLUDE NOT ONLY

12:57PM  16   A BACHELOR'S DEGREE BUT ALSO A TRAINING, INTERNSHIP PROGRAM FOR

12:57PM  17   ABOUT A YEAR?

12:57PM  18   A.   YES.

12:57PM  19   Q.   AND THEN ALSO PRACTICAL LABORATORY TRAINING IN SPECIALTY

12:57PM  20   AREAS.

12:57PM  21        DO YOU UNDERSTAND THAT?

12:57PM  22   A.   YES.

12:57PM  23   Q.   AND DO YOU UNDERSTAND THAT AFTER TRAINING, THE CANDIDATE

12:57PM  24   FOR CLINICAL LAB SCIENTIST CERTIFICATION HAS TO TAKE A

12:57PM  25   COMPREHENSIVE WRITTEN EXAM?

12:57PM 1     A.   YES.

12:57PM 2     Q.   AND YOU NEVER TOOK THAT EXAM, DID YOU?

12:57PM 3     A.   NO.

12:57PM 4     Q.   AND THE CERTIFIED -- OR, I'M SORRY, THE CLINICAL LAB

12:58PM 5     SCIENTIST, HAVE YOU EVER HEARD IT REFERRED TO AS THE CLS?

12:58PM 6     A.   YES.

12:58PM 7     Q.   AND THERE WERE PEOPLE IN THE LAB -- WHEN YOU WORKED AT

12:58PM 8     THERANOS, YOU WERE THE CLS, THE CLINICAL LAB SCIENTIST; RIGHT?

12:58PM 9     A.   YES.

12:58PM 10    Q.   AND WOULD THOSE PEOPLE BE PERMITTED TO RELEASE PATIENT

12:58PM 11    RESULTS UNDER THE SUPERVISION OF THE LAB DIRECTOR?

12:58PM 12    A.   YES.

12:58PM 13    Q.   AND SO IF YOU WANTED A PATIENT RESULT RELEASED AFTER YOU

12:58PM 14    RAN ONE OF YOUR TESTS, YOU WOULD -- YOU COULDN'T DO THAT

12:58PM 15    YOURSELF, YOU WOULD HAVE TO GET THE CLS, OR SOMEONE ABOVE THAT,

12:58PM 16    TO RELEASE THE PATIENT RESULT; RIGHT?

12:58PM 17    A.   THAT IS CORRECT.

12:58PM 18    Q.   LET'S GO BACK TO THE CONCEPT OF RESEARCH AND DEVELOPMENT

12:59PM 19    VERSUS CLIA FOR A MINUTE.

12:59PM 20         SO DO YOU UNDERSTAND THAT RESEARCH AND DEVELOPMENT IS

12:59PM 21    DESIGNED FOR THE PURPOSE OF CREATING NEW TECHNOLOGY OR

12:59PM 22    IMPROVING EXISTING TECHNOLOGY; IS THAT FAIR?

12:59PM 23    A.   THAT'S CORRECT.

12:59PM 24    Q.   AND THERE'S NOTHING WRONG WITH THAT?

12:59PM 25    A.   NO.

12:59PM   1    Q.   AND EVEN IF THE COMPANY IS RUNNING PARTICULAR BLOOD TESTS,

12:59PM   2    THERE'S NOTHING WRONG WITH THEM CONTINUING TO WORK ON

12:59PM   3    INNOVATION IN THE R&D LAB AT THE SAME TIME, IS THERE?

12:59PM   4    A.   THAT'S CORRECT.

12:59PM   5    Q.   AND A LOT OF COMPANIES DO THAT.  DO YOU KNOW THAT?

12:59PM   6    A.   YES.

12:59PM   7    Q.   AND SO, FOR EXAMPLE, IF APPLE INVENTS AN IPHONE 11, THEY

12:59PM   8    CAN STILL BE WORKING ON THE IPHONE 12 EVEN THOUGH THEY'RE

12:59PM   9    SELLING THE 11; RIGHT?

12:59PM  10    A.   YES.

12:59PM  11    Q.   OKAY.  LET'S TALK ABOUT WHEN YOU STARTED WORKING IN THE

12:59PM  12    CLIA LAB.  AND I THINK YOU MENTIONED THERE CAME A TIME THAT

01:00PM  13    DR. PANDORI GAVE YOU ASSIGNMENTS AS FAR AS WHAT YOUR

01:00PM  14    RESPONSIBILITIES WOULD BE IN THE CLIA LAB; IS THAT RIGHT?

01:00PM  15    A.   THAT'S CORRECT.

01:00PM  16    Q.   AND COULD YOU TAKE A LOOK IN YOUR BINDER AT EXHIBIT 1557.

01:00PM  17    A.   OKAY.  I'M HERE.

01:00PM  18    Q.   OKAY.  THANKS.

01:00PM  19         DO YOU RECOGNIZE THIS AS AN EMAIL FROM DR. PANDORI TO

01:00PM  20    YOURSELF DATED FEBRUARY 2ND, 2014, WITH THE SUBJECT IS TASK

01:00PM  21    ASSIGNMENTS?

01:00PM  22    A.   YES.

01:00PM  23    Q.   AND DO YOU REMEMBER RECEIVING THIS EMAIL?

01:00PM  24    A.   YES.

01:00PM  25    Q.   AND THEN ON THE SECOND PAGE IT HAS TASKS ONE THROUGH FIVE.

01:01PM   1             DO YOU SEE THAT?

01:01PM   2     A.   YES.

01:01PM   3             MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 1557.

01:01PM   4             MR. BOSTIC:  NO OBJECTION.

01:01PM   5             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:01PM   6         (DEFENDANT'S EXHIBIT 1557 WAS RECEIVED IN EVIDENCE.)

01:01PM   7     BY MR. COOPERSMITH:

01:01PM   8     Q.   OKAY.  IT STARTS OUT -- LET'S START WITH DR. PANDORI.

01:01PM   9             DO YOU KNOW WHAT DR. PANDORI'S BACKGROUND WAS?

01:01PM  10     A.   DR. PANDORI WAS ALSO A PH.D., AND HE HAD WORKED ON HIV

01:01PM  11     DIAGNOSTICS, AND HE HAD A SPECIAL CERTIFICATION THAT ALLOWED

01:01PM  12     HIM TO ESSENTIALLY WORK IN BIGGER CAPACITY FOR MICROBIOLOGY

01:01PM  13     SAMPLES, AND HE HAD WORKED MOSTLY FOR STATE LABS.

01:01PM  14     Q.   OKAY.  SO IT SOUNDS LIKE HE WAS A PH.D., BUT

01:01PM  15     DR. ROSENDORFF WAS A MEDICAL DOCTOR?

01:01PM  16     A.   YES.

01:01PM  17     Q.   OKAY.  SO LET'S GO BACK TO THE TASK ASSIGNMENTS.  SO IT

01:01PM  18     STARTS OUT BY SAYING, "ERIKA,

01:01PM  19             "ATTACHED IS A LISTING OF TASKS FOR WHICH YOU WILL BE

01:01PM  20     RESPONSIBLE IN CLIA LAB.  PLEASE DO NOT HESITATE TO DISCUSS IF

01:01PM  21     YOU HAVE ANY QUESTIONS."

01:02PM  22             DO YOU SEE THAT?

01:02PM  23     A.   YES.

01:02PM  24     Q.   AND WAS DR. PANDORI YOUR BOSS IN THE CLIA LAB?

01:02PM  25     A.   YES.

01:02PM 1    Q.   AND WAS HE YOUR DIRECT SUPERVISOR OR WERE THERE PEOPLE IN

01:02PM 2    BETWEEN YOU AND DR. PANDORI?

01:02PM 3    A.   UM, HE WAS MOSTLY MY DIRECT SUPERVISOR, BUT IN TERMS OF

01:02PM 4    THE PATIENT PROCESSING, I WOULD INTERFACE WITH STELLA HOWARD AS

01:02PM 5    WELL WHO IS A CLS.

01:02PM 6    Q.   SHE WAS A CERTIFIED CLINICAL LAB SCIENTIST?

01:02PM 7    A.   THAT'S CORRECT.

01:02PM 8    Q.   AND, IN FACT, IF YOU JUST SKIP TO THE SECOND PAGE REAL

01:02PM 9    QUICKLY, THERE'S A REFERENCE IN NUMBER 2 THERE TO SOMEONE NAMED

01:02PM 10   STELLA.

01:02PM 11       DO YOU SEE THAT?

01:02PM 12   A.   YES.

01:02PM 13   Q.   AND DO YOU UNDERSTAND THAT THAT'S THAT SAME PERSON,

01:02PM 14   STELLA HOWARD?

01:02PM 15   A.   YES.

01:02PM 16   Q.   AND LET'S STAY ON THAT ONE MORE A MINUTE.

01:02PM 17       THAT PARTICULAR TASK IS THAT "DAILY:  PERFORM LABORATORY

01:02PM 18   TESTING, AS DIRECTED BY THE SCHEDULE.  REPORT TO STELLA WITH

01:02PM 19   RESULTS SO THAT SHE CAN REVIEW AND RELEASE THEM.  ON WEEKENDS,

01:02PM 20   PLEASE DO THIS WITH THE SCHEDULED CLA OR CLS SUPERVISOR, AS

01:02PM 21   AVAILABLE."

01:02PM 22       DO YOU SEE THAT?

01:02PM 23   A.   YES.

01:02PM 24   Q.   SORRY.  SO IS THAT THE SAME CONCEPT THAT WE WERE

01:03PM 25   DISCUSSING A MINUTE AGO WHERE IF A PATIENT RESULT WAS GOING TO

01:03PM  1    BE RELEASED OR NOT, THAT WOULDN'T BE YOUR POSITION, THAT WOULD

01:03PM  2    BE SOMEONE IN THE POSITION OF STELLA HOWARD OR ANOTHER CLINICAL

01:03PM  3    LAB SCIENTIST?

01:03PM  4    A.   THAT IS CORRECT.

01:03PM  5    Q.   OKAY.  AND, NOW, IF YOU GO BACK TO THE FIRST PAGE.

01:03PM  6         DR. PANDORI WROTE IN THE SECOND PARAGRAPH, "KEY AMONGST

01:03PM  7    THEM," MEANING THE TASKS, "IS ASSESSMENT OF THE CURRENT SOP FOR

01:03PM  8    EDISON TESTING."

01:03PM  9         AND HE GOES ON TO SAY, "WE WANT TO MAKE CERTAIN THAT THE

01:03PM  10   SOP ON FILE ARE ACCURATE WITH REGARD TO HOW THE TESTING IS

01:03PM  11   ACTUALLY PERFORMED FOR PATIENTS.  PLEASE LET ME KNOW IF YOU

01:03PM  12   REQUIRE ACCESS TO THE CURRENT SOP ON FILE, AND IF YOU HAVE ANY

01:03PM  13   QUESTIONS WITH REGARD TO HOW TO EDIT THEM."

01:03PM  14        DO YOU SEE THAT?

01:03PM  15   A.   YES.

01:03PM  16   Q.   AND WAS YOUR UNDERSTANDING OF THAT WAS THAT SOMETIMES WHEN

01:03PM  17   THERE IS A STANDARD OPERATING PROCEDURE -- WELL, LET ME BACK

01:03PM  18   UP.

01:03PM  19        DO YOU UNDERSTAND THE STANDARD OPERATING PROCEDURE IS LIKE

01:03PM  20   A SET OF RULES THAT GOVERN HOW THE CLINICAL LAB STAFF IS

01:04PM  21   SUPPOSED TO GO ABOUT CONDUCTING A TEST?

01:04PM  22   A.   YES.

01:04PM  23   Q.   OR ANY OTHER ACTIVITY?

01:04PM  24   A.   YES.

01:04PM  25   Q.   OKAY.  AND IS IT ALSO THE CASE, YOU UNDERSTAND, THAT

01:04PM  1     SOMETIMES WHEN PEOPLE ARE WORKING IN THE LAB, THEY MAY COME UP

01:04PM  2     WITH A SLIGHTLY DIFFERENT PROCESS OF SOMETHING THAT IS MORE

01:04PM  3     EFFICIENT OR SOMETHING THAT MIGHT WORK A LITTLE BETTER OR

01:04PM  4     THINGS LIKE THAT?

01:04PM  5         IS THAT FAIR?

01:04PM  6     A.   YES.

01:04PM  7     Q.   AND THEN THERE WOULD BE A NEED AT THAT POINT TO EDIT THE

01:04PM  8     SOP TO CONFORM WITH WHAT THE PRACTICE HAS NOW BECOME; RIGHT?

01:04PM  9     A.   THAT IS CORRECT.

01:04PM  10    Q.   AND THAT'S WHAT DR. PANDORI WAS ASKING YOU TO DO, AT LEAST

01:04PM  11    IN THAT PARTICULAR TASK?

01:04PM  12    A.   YES.

01:04PM  13    Q.   OKAY.  AND YOU WOULD AGREE WITH ME THAT STANDARD OPERATING

01:04PM  14    PROCEDURES ARE VERY IMPORTANT IN A CLINICAL LAB?

01:04PM  15    A.   YES.

01:04PM  16    Q.   AND THE REASON IS TO MAKE SURE IN AS MUCH AS POSSIBLE THAT

01:04PM  17    THE LAB IS ENGAGING IN A CONSISTENT PRACTICE?

01:04PM  18    A.   YES.

01:04PM  19    Q.   AND BECAUSE YOU JUST CAN'T HAVE PEOPLE DOING WHATEVER THEY

01:04PM  20    WANT ANY TIME THEY WANT; RIGHT?

01:04PM  21    A.   EXACTLY.

01:04PM  22    Q.   AND RESEARCH AND DEVELOPMENT MIGHT BE A LITTLE DIFFERENT?

01:04PM  23    A.   UM, YEAH.

01:04PM  24    Q.   OKAY.  AND THERE'S NOTHING WRONG, IS THERE, WITH

01:05PM  25    MANAGEMENT OF A COMPANY OR A LAB DIRECTOR OR ANYONE ELSE

01:05PM  1    WANTING STANDARD OPERATING PROCEDURES TO BE FOLLOWED, IS THERE?

01:05PM  2    A.    COULD YOU REPEAT THAT QUESTION.

01:05PM  3    Q.    SURE.   THERE'S NOTHING WRONG WITH COMPANY MANAGEMENT TO

01:05PM  4    WANT STANDARD OPERATING PROCEDURES TO BE FOLLOWED?

01:05PM  5    A.    NO.

01:05PM  6    Q.    SO IF YOU COULD, MS. CHEUNG -- ACTUALLY, BEFORE WE GO AWAY

01:05PM  7    FROM THIS EXHIBIT, YEAH, LET'S GO TO THE SECOND PAGE OF THIS

01:05PM  8    EXHIBIT JUST TO FINISH THIS ONE UP.

01:05PM  9        SO THE FIRST TASK IT SAYS, "DAILY:   MAINTAIN GENERAL

01:05PM  10   ORDERLINESS AND NEATNESS IN THE EDISON TEST PROCESSING AREAS.

01:05PM  11   DESIGNATE CLIA AREAS AND PIPETTES FROM RESEARCH AREAS AND

01:05PM  12   PIPETTES."

01:05PM  13       DO YOU SEE THAT?

01:05PM  14   A.    YES.

01:05PM  15   Q.    AND THE FIRST REASON WAS TO MAKE SURE THERE WAS

01:06PM  16   ORDERLINESS IN THE LAB?

01:06PM  17   A.    YES.

01:06PM  18   Q.    AND THAT SEEMED LIKE A GOOD IDEA; RIGHT?

01:06PM  19   A.    YES.

01:06PM  20   Q.    AND THEN ALSO AS PART OF THIS TASK TO MAKE SURE THAT THERE

01:06PM  21   WAS DELINEATION OR -- BETWEEN THE CLIA PART OF THE LAB AND THE

01:06PM  22   RESEARCH AND DEVELOPMENT PART OF THE LAB?

01:06PM  23   A.    YES.

01:06PM  24   Q.    BECAUSE IN THERANOS, IN NORMANDY SOMETIMES THERE WERE

01:06PM  25   RESEARCH AND DEVELOPMENT EXPERIMENTS GOING ON AND ALSO CLIA

01:06PM  1      WORK AS WELL; RIGHT?

01:06PM  2      A.   YEAH, WE SHARED THE SAME DEVICES.

01:06PM  3      Q.   RIGHT.  SOMETIMES A DEVICE WOULD BE USED TO RUN A RESEARCH

01:06PM  4      AND DEVELOPMENT EXPERIMENT AND SOMETIMES A DEVICE WOULD BE USED

01:06PM  5      TO RUN A CLINICAL PATIENT SAMPLE?

01:06PM  6      A.   THAT IS CORRECT.

01:06PM  7      Q.   AND WHEN THE DEVICE WAS BEING USED ON THE RESEARCH AND

01:06PM  8      DEVELOPMENT SIDE, WHATEVER RESULT CAME OF THOSE TESTS, THAT

01:06PM  9      WOULD NOT GO TO PATIENTS FOR ANY KIND OF DIAGNOSTIC PURPOSE?

01:06PM  10     A.   THAT IS CORRECT.

01:06PM  11     Q.   OKAY.  AND THEN WE'VE LOOKED AT NUMBER 2 ALREADY ON THIS

01:07PM  12     SHEET.

01:07PM  13          NUMBER 3 IT SAYS, "DAILY:  THE TASK HERE IS TO MAINTAIN

01:07PM  14     TEMPERATURE LOGS FOR DOWNSTAIRS NORMANDY REFRIGERATORS AND

01:07PM  15     FREEZERS RELEVANT TO CLIA PATIENT SAMPLES AND REAGENTS.

01:07PM  16     BYRON BAILEY WILL TRAIN THIS."

01:07PM  17          DO YOU SEE THAT?

01:07PM  18     A.   YES.

01:07PM  19     Q.   DO YOU REMEMBER BYRON BAILEY?

01:07PM  20     A.   YEAH.  HE WAS ALSO A LAB ASSOCIATE.

01:07PM  21     Q.   AND SO AT THE SAME LEVEL AT YOU?

01:07PM  22     A.   YES.

01:07PM  23     Q.   BUT SOMEONE WHO HAD PREVIOUSLY BEEN WORKING IN THIS

01:07PM  24     PARTICULAR TASK AREA OF MAKING SURE THAT SAMPLES WERE PROPERLY

01:07PM  25     REFRIGERATED?

01:07PM   1    A.   YES.

01:07PM   2    Q.   AND THEN NUMBER 4, "AS NEEDED (OR MONTHLY):  VERIFY THAT

01:07PM   3    SOP FOR EDISON TESTS ARE ACCURATE FOR HOW THEY ARE CURRENTLY

01:07PM   4    ACTUALLY PERFORMED."

01:07PM   5         DO YOU SEE THAT?

01:07PM   6    A.   YES.

01:07PM   7    Q.   OKAY.

01:07PM   8         AND THEN NUMBER 5, JUST TO ROUND IT OUT, IT SAYS,

01:07PM   9    "CONTINUOUS:  ASSIST IN ANY ONGOING VALIDATIONS, CALIBRATIONS,

01:08PM  10    OR QC OPERATIONS AS NECESSARY."

01:08PM  11         RIGHT?

01:08PM  12         SO THIS WAS JUST THE WORK OF THE LAB, AND YOU WOULD BE

01:08PM  13    TASKED AS NEEDED WHEN THINGS CAME UP; RIGHT?

01:08PM  14    A.   EXACTLY.

01:08PM  15    Q.   OKAY.  AND THEN ON QC OPERATIONS, I THINK YOU SAID WHEN

01:08PM  16    MR. BOSTIC WAS QUESTIONING YOU THAT QC WAS A DAILY ACTIVITY?

01:08PM  17    A.   YES.

01:08PM  18    Q.   SO EVERY DAY, EVERY MACHINE THAT WAS RUNNING SAMPLES HAD

01:08PM  19    TO BE SUBJECTED TO A QUALITY CONTROL PROCEDURE?

01:08PM  20    A.   THAT IS CORRECT.

01:08PM  21    Q.   AND THE RULE WAS THAT IF IT DIDN'T PASS THE QUALITY

01:08PM  22    CONTROL, THEN IT COULD NOT BE USED FOR PATIENT TESTING?

01:08PM  23    A.   THAT IS CORRECT.

01:08PM  24    Q.   OKAY.  LET'S GO TO THAT EXHIBIT 9925.  IT SHOULD ALSO BE

01:08PM  25    IN YOUR FIRST BINDER.

01:09PM   1           OKAY.  ARE YOU THERE?

01:09PM   2      A.   YES.

01:09PM   3      Q.   THANK YOU.

01:09PM   4           SO YOU SEE THAT EXHIBIT 9925 IS TITLED AT THE TOP THERANOS

01:09PM   5      STANDARD OPERATING PROCEDURE AND THEN BELOW THAT IT SAYS CLIA

01:09PM   6      LABORATORY?

01:09PM   7      A.   YES.

01:09PM   8      Q.   AND THEN BELOW THAT IT HAS A HEADING INDICATING WHAT IT IS

01:09PM   9      FOR.

01:09PM  10           DO YOU SEE THAT?

01:09PM  11      A.   YES.

01:09PM  12      Q.   AND DO YOU RECOGNIZE THIS AS A STANDARD OPERATING

01:09PM  13      PROCEDURE THAT WAS BEING USED IN THE CLIA LAB WHEN YOU WERE

01:09PM  14      WORKING THERE?

01:09PM  15      A.   THAT IS CORRECT.

01:09PM  16           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 9925.

01:09PM  17           MR. BOSTIC:  I'M SORRY.  CAN WE JUST CLARIFY THAT

01:09PM  18      THE WITNESS HAS SEEN THIS DOCUMENT?

01:09PM  19           THE COURT:  DO YOU WANT TO JUST ASK THAT QUESTION.

01:09PM  20      BY MR. COOPERSMITH:

01:09PM  21      Q.   HAVE YOU SEEN IT?

01:09PM  22      A.   YES.

01:09PM  23           MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

01:09PM  24           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:09PM  25           (DEFENDANT'S EXHIBIT 9925 WAS RECEIVED IN EVIDENCE.)

01:10PM   1    BY MR. COOPERSMITH:

01:10PM   2    Q.   OKAY.  SO LET'S GO TO THE FIRST PAGE.

01:10PM   3         AND DO YOU SEE THERE AT THE TOP IT SAYS, "TOTAL 25-OH

01:10PM   4    VITAMIN D ON EDISON 3.5 THERANOS SYSTEM."

01:10PM   5    A.   YES.

01:10PM   6    Q.   AND THAT'S WHAT THIS IS FOR, RIGHT, IT'S A STANDARD

01:10PM   7    OPERATING PROCEDURE FOR ACTUALLY RUNNING VITAMIN D TESTS?

01:10PM   8    A.   YES.

01:10PM   9    Q.   OKAY.  ON THE EDISON 3.5 SYSTEM?

01:10PM  10    A.   YES.

01:10PM  11    Q.   AND THEN THERE'S A BUNCH OF SIGNATURES BELOW THAT.

01:10PM  12         AND DO YOU SEE THE FIRST ONE IS MICHELLE JOHNSON, AND IT

01:10PM  13    LOOKS LIKE HER SIGNATURE IS NOVEMBER 27TH, 2013.

01:10PM  14         DO YOU SEE THAT?

01:10PM  15    A.   YES.

01:10PM  16    Q.   AND DO YOU KNOW WHO MICHELLE JOHNSON WAS?

01:10PM  17    A.   SHE WAS A RESEARCH ASSOCIATE UNDER THE ELISA TEAM.

01:10PM  18    Q.   OKAY.  SO THAT WAS THE SAME TEAM THAT YOU WERE WORKING IN

01:10PM  19    WHEN YOU WERE A RESEARCH ASSOCIATE?

01:10PM  20    A.   YES.

01:10PM  21    Q.   AND THEN BELOW THAT THERE'S THE SIGNATURE OF

01:10PM  22    SURAJ SAKSENA -- IT SAYS SAKENA, BUT I THINK HIS NAME MIGHT BE

01:11PM  23    SAKSENA; IS THAT RIGHT?

01:11PM  24    A.   SAKSENA.

01:11PM  25    Q.   SAKSENA.  OKAY.

CHEUNG CROSS BY MR. COOPERSMITH

01:11PM 1          AND I THINK YOU DISCUSSED DR. SAKSENA ON DIRECT, BUT JUST

01:11PM 2     REMIND US WHO WAS HE?

01:11PM 3     A.   HE WAS A SCIENTIST UNDERNEATH THE BINDERS TEAM, BUT HE

01:11PM 4     ALSO WORKED FOR ELISA WHEN THERE WAS A KIND OF PUSH TO MOVE

01:11PM 5     PEOPLE FROM BINDERS TO ELISA, AND THEN HE ALSO WORKED IN

01:11PM 6     PRODUCTION.

01:11PM 7     Q.   OKAY.  SO HE HAD SEVERAL ROLES IT SOUNDS LIKE?

01:11PM 8     A.   YES.

01:11PM 9     Q.   AND WHAT IS THE BINDERS TEAM?

01:11PM 10    A.   BINDERS IS ESSENTIALLY TO CREATE THE ANTIBODIES NECESSARY

01:11PM 11    TO RUN THE ELISA ASSAYS.  SO IT'S ESSENTIALLY THE INITIAL

01:11PM 12    REAGENT THAT YOU NEED IN ORDER TO DEVELOP THAT TYPE OF ASSAY.

01:11PM 13    Q.   OKAY.  SO IT SOUNDS LIKE THERE WERE QUITE A FEW STEPS IN

01:11PM 14    THE PROCESS TO DEVELOP AN ASSAY?

01:11PM 15    A.   YES.

01:11PM 16    Q.   AND DIFFERENT PARTS OF THE COMPANY HAVE TO WORK TOGETHER

01:11PM 17    TO ACCOMPLISH THAT?

01:11PM 18    A.   THAT IS CORRECT.

01:11PM 19    Q.   OKAY.  WE'LL COME BACK TO THAT.

01:11PM 20         SO BELOW DR. SAKSENA AFTER HIS SIGNATURE DO YOU SEE

01:11PM 21    THERE'S A SIGNATURE OF DR. DANIEL YOUNG?

01:12PM 22    A.   YES.

01:12PM 23    Q.   AND I JUST WANT TO TALK ABOUT DR. YOUNG FOR A MINUTE.

01:12PM 24         IT ALSO HAS A PH.D. NEXT TO HIS NAME.

01:12PM 25         DO YOU RECOGNIZE WHAT DR. YOUNG'S BACKGROUND WAS?

01:12PM   1    A.   HE KNEW HE HAD A PH.D. FROM M.I.T., BUT I WASN'T -- I

01:12PM   2    CAN'T BE POSITIVE OF WHAT IT IS.  I THINK IT WAS IN BIOMEDICAL

01:12PM   3    ENGINEERING.

01:12PM   4    Q.   OKAY.  AND DID YOU UNDERSTAND THAT DR. YOUNG -- AND JUST

01:12PM   5    TO -- I'M NOT SURE.  HE HAD A PH.D. FROM THE MASSACHUSETTS

01:12PM   6    INSTITUTE OF TECHNOLOGY?

01:12PM   7    A.   YES.

01:12PM   8    Q.   AND M.I.T.?

01:12PM   9    A.   YES.

01:12PM  10    Q.   IN BOSTON?

01:12PM  11    A.   YES.

01:12PM  12    Q.   AND DID YOU -- YOU UNDERSTOOD THAT HE HAD A PARTICULAR

01:12PM  13    EXPERTISE IN THE FIELD OF BIO STATISTICS?

01:12PM  14    A.   NO.  I CAN'T RECALL.

01:12PM  15    Q.   AND DO YOU RECALL HIS TITLE WAS SENIOR DIRECTOR,

01:12PM  16    COMPUTATIONAL BIOSCIENCES?

01:12PM  17    A.   NO, I DON'T REMEMBER THAT.

01:12PM  18    Q.   OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 10229, WHICH IS IN

01:13PM  19    YOUR SECOND BINDER.  ACTUALLY, IT'S IN YOUR FIRST BINDER.

01:13PM  20         AND DO YOU SEE -- DO YOU RECOGNIZE THAT AS THE RESUME OF

01:13PM  21    DR. YOUNG?

01:13PM  22    A.   YES.

01:13PM  23    Q.   AND YOU UNDERSTOOD THE COMPANY MAINTAINED THESE RESUMES ON

01:13PM  24    FILE WHEN PEOPLE WORKED WITH THE COMPANY?

01:13PM  25    A.   I DIDN'T KNOW THAT.

CHEUNG CROSS BY MR. COOPERSMITH

01:13PM   1      Q.   YOU DIDN'T KNOW THAT?  OKAY.

01:13PM   2           DO YOU SEE DR. YOUNG'S QUALIFICATIONS LISTED IN THE

01:13PM   3      RESUME?

01:13PM   4      A.   YES.

01:13PM   5      Q.   AND DO YOU SEE AT THE TOP IT SAYS THAT HE HAD A PH.D. FROM

01:13PM   6      M.I.T.?

01:13PM   7      A.   YES.

01:13PM   8      Q.   AND THEN IF YOU LOOK AT HE HAS A PRIOR PROFESSIONAL

01:13PM   9      BACKGROUND?

01:13PM   10          MR. BOSTIC:  OBJECTION.  YOUR HONOR, I WOULD ASK

01:13PM   11     THAT THE EXHIBIT BE ADMITTED BEFORE WE READ ITS CONTENTS.

01:14PM   12          MR. COOPERSMITH:  OKAY.  I CAN OFFER THE EXHIBIT.

01:14PM   13     IT'S EXHIBIT 10229.

01:14PM   14          MR. BOSTIC:  YOUR HONOR, OBJECTION.  AUTHENTICATION,

01:14PM   15     FOUNDATION, AND HEARSAY.

01:14PM   16          THE COURT:  SUSTAINED WITHOUT MORE.

01:14PM   17          MR. COOPERSMITH:  OKAY.  WE'LL MOVE ON, YOUR HONOR.

01:14PM   18     I'LL USE THIS WITH ANOTHER WITNESS.

01:14PM   19          THE COURT:  OKAY.

01:14PM   20     BY MR. COOPERSMITH:

01:14PM   21     Q.   LET'S CONTINUE WITH EXHIBIT 9925.  THIS IS THE STANDARD

01:14PM   22     OPERATING PROCEDURE FOR VITAMIN D TESTING.

01:14PM   23          OKAY.  AND IF YOU CAN TURN TO -- THERE ARE PAGE NUMBERS IN

01:14PM   24     A LITTLE BOX, NOT AT THE VERY BOTTOM, BUT I'M LOOKING AT PAGE 6

01:14PM   25     OF 21.

01:14PM   1        CAN YOU FIND THAT?

01:14PM   2   A.   YES.

01:15PM   3   Q.   OKAY.  AND DO YOU SEE THERE'S A PARAGRAPH 8 THAT IS TITLED

01:15PM   4   THERANOS SYSTEM?

01:15PM   5   A.   YES.

01:15PM   6   Q.   OKAY.  AND IT READS, "THE THERANOS DEVICES AND SYSTEMS

01:15PM   7   CONSIST OF READER AND MULTIPLE SINGLE-USE CARTRIDGES THAT

01:15PM   8   CONTAIN ALL OF THE REQUIRED REAGENTS FOR PERFORMING THE ASSAY

01:15PM   9   ON THAT CARTRIDGE.  THE SYSTEM CAN BE OPERATED WITH MINIMAL

01:15PM  10   TRAINING AND PERFORMS MULTIPLE TESTS ON A VARIETY OF SAMPLE

01:15PM  11   TYPES, SUCH AS WHOLE BLOOD, SERUM, PLASMA, URINE, FECES, OR

01:15PM  12   RESPIRATORY SAMPLES.  THE SYSTEM ENABLES RESULTS IN UNDER AN

01:15PM  13   HOUR WITH PRECISION AND ACCURACY EQUIVALENT TO TRADITIONAL

01:15PM  14   CLINICAL LABORATORY ANALYZERS.  THE DEVICE CONSISTS OF A TOUCH

01:15PM  15   DISPLAY FOR USER INTERFACE, PROCESSOR AND COMMUNICATION

01:15PM  16   SYSTEMS, AND SAMPLE PROCESSING MODULES."

01:15PM  17        DO YOU SEE THAT?

01:15PM  18   A.   YES.

01:15PM  19   Q.   AND THIS WAS IN A DOCUMENT THAT DR. ROSENDORFF, DR. YOUNG,

01:15PM  20   AND DR. SAKSENA ALL SIGNED?

01:16PM  21   A.   YES.

01:16PM  22   Q.   IF YOU GO TO THE NEXT PAGE, WHICH IS PAGE 7 OF 21, DO YOU

01:16PM  23   SEE THERE'S A SECTION 8.1.2 "QUALITY TESTED DAILY IN ACCORDANCE

01:16PM  24   TO (EDISON 3.5 DAILY QC DOC.)"

01:16PM  25        DO YOU SEE THAT?

CHEUNG CROSS BY MR. COOPERSMITH

01:16PM  1     A.   YES.

01:16PM  2     Q.   AND IS THAT THE DAILY QC TESTING WE WERE TALKING ABOUT

01:16PM  3     EARLIER?

01:16PM  4     A.   YES, BEFORE YOU RUN A PATIENT SAMPLE.

01:16PM  5     Q.   OKAY.  AND THEN THE NEXT SECTION IS 8.2 AND THAT READS,

01:16PM  6     "EDISON 3.5 CARTRIDGE."

01:16PM  7          AND THEN THAT SAYS, "EDISON CARTRIDGES ARE VALIDATED AND

01:16PM  8     QUALITY TESTED IN ACCORDANCE TO SOP-00089, CARTRIDGE 060

01:16PM  9     ACCEPTANCE CRITERIA."

01:16PM  10         DO YOU SEE THAT?

01:17PM  11    A.   YES.

01:17PM  12    Q.   AND SO THERE WAS A SEPARATE QUALITY TESTING PROGRAM FOR

01:17PM  13    THE CARTRIDGES THEMSELVES?

01:17PM  14    A.   YES.

01:17PM  15    Q.   AND THAT'S SEPARATE FROM THE QUALITY TESTING PROGRAM FOR

01:17PM  16    THE DAILY QUALITY TESTING ON THE EDISON DEVICE?

01:17PM  17    A.   YES.

01:17PM  18    Q.   OKAY.  AND JUST SO WE'RE ALL ON THE SAME PAGE, THE

01:17PM  19    CARTRIDGE, THAT WAS THE THING THAT YOU PUT THE BLOOD SAMPLE

01:17PM  20    INTO AT THERANOS?

01:17PM  21    A.   THAT IS CORRECT.

01:17PM  22    Q.   AND THE CARTRIDGE ALSO CONTAINED WHAT ARE CALLED REAGENTS

01:17PM  23    AND THINGS LIKE THAT TO INTERACT WITH THE BLOOD SAMPLE TO

01:17PM  24    EVENTUALLY CONDUCT THE TEST; RIGHT?

01:17PM  25    A.   THAT IS CORRECT.

01:17PM  1    Q.   OKAY.  AND THAT CARTRIDGE, WHEN WE SAY REAGENTS, WE'RE

01:17PM  2    TALKING ABOUT PARTICULAR CHEMICALS THAT ARE DESIGNED TO CREATE,

01:17PM  3    YOU KNOW, CERTAIN RESULTS FOR -- IN BLOOD TESTING; RIGHT?

01:17PM  4    A.   THAT IS CORRECT.

01:17PM  5    Q.   SO REAGENTS IS ANOTHER WORD FOR CHEMICALS?

01:18PM  6    A.   YES.

01:18PM  7    Q.   OKAY.  AND THEY HAVE TO BE DIFFERENT FOR EACH TEST THAT IS

01:18PM  8    BEING RUN; RIGHT?

01:18PM  9    A.   THAT IS CORRECT.

01:18PM  10   Q.   AND SO A CARTRIDGE WOULD RESPOND TO A PARTICULAR BLOOD

01:18PM  11   TEST OR TEST THAT THERANOS WANTED TO RUN ON THESE EDISON 3.5

01:18PM  12   DEVICES?

01:18PM  13   A.   YES.

01:18PM  14   Q.   OKAY.  AND DO YOU UNDERSTAND THAT INSIDE OF THE EDISON --

01:18PM  15   DID YOU EVER LOOK INSIDE OF AN EDISON?

01:18PM  16   A.   YEAH, WE HAD AN OPEN EDISON THAT DIDN'T HAVE A SHELL.

01:18PM  17   Q.   IN ORDER TO TEACH THE STAFF WHAT THE THING WAS ABOUT;

01:18PM  18   RIGHT?

01:18PM  19   A.   YES.

01:18PM  20   Q.   AND SO AS AN EMPLOYEE OF THE COMPANY YOU COULD SEE THAT;

01:18PM  21   RIGHT?

01:18PM  22   A.   YES.

01:18PM  23   Q.   AND INSIDE DO YOU RECALL THAT IT HAD ROBOTIC ARMS THAT

01:18PM  24   WOULD MOVE AND BASICALLY TAKE THE CHEMICAL AND HAVE IT MIX WITH

01:18PM  25   THE BLOOD AS NECESSARY TO CONDUCT THE APPROPRIATE TEST THAT WAS

01:18PM  1    BEING RUN; IS THAT RIGHT?

01:18PM  2    A.   THAT IS RIGHT.

01:18PM  3    Q.   AND THAT'S VERY SIMILAR TO WHAT WOULD HAPPEN, LIKE, SAY ON

01:18PM  4    A LAB BENCH?

01:18PM  5    A.   YOU MEAN LIKE HAVING A MANUAL PERSON DO THAT?

01:18PM  6    Q.   RIGHT.

01:18PM  7    A.   IT'S SIMILAR.

01:19PM  8    Q.   RIGHT.  BUT THIS TIME IT'S A ROBOTIC ARM DOING IT IN A

01:19PM  9    PROGRAMMED WAY AS OPPOSED TO A HUMAN BEING DOING IT?

01:19PM  10   A.   YES.

01:19PM  11   Q.   IF YOU GO TO THE NEXT PAGE.

01:19PM  12        IS THAT ACTUALLY A DIAGRAM OF A CARTRIDGE?

01:19PM  13   A.   THIS IS A DIAGRAM OF A CARTRIDGE.

01:19PM  14   Q.   SO THAT'S THE LAYOUT OF THE CARTRIDGE?

01:19PM  15   A.   YES.

01:19PM  16   Q.   OKAY.  AND THEN WHERE WOULD THE BLOOD SAMPLE BE LOCATED?

01:19PM  17   A.   THE BLOOD SAMPLE WOULD BE AT LEAST AT THE BEGINNING OF THE

01:19PM  18   ASSAY WOULD BE IN THE BT SECTION.

01:19PM  19   Q.   OKAY.  WHERE IT SAYS BT?

01:19PM  20   A.   YEAH.

01:19PM  21   Q.   AND IF WE CAN ZOOM IN ON THAT.

01:19PM  22        THE COURT:  I THINK YOU CAN TOUCH THE SCREEN, AND IT

01:19PM  23   WILL MARK FOR YOU, MS. CHEUNG.

01:19PM  24        THE WITNESS:  I'M SORRY?

01:19PM  25        THE COURT:  IF YOU TOUCH THE SCREEN.

01:19PM  1              THE WITNESS:  OH, IT WILL MARK IT?

01:19PM  2              THE COURT:  YES.

01:19PM  3              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:20PM  4    Q.    SO YOU INDICATED IT'S WHERE IT SAYS BT?

01:20PM  5    A.    YES.

01:20PM  6    Q.    AND THEN OTHER CIRCLES ON THIS PARTICULAR DIAGRAM WOULD BE

01:20PM  7    THE VARIOUS REAGENTS THAT WE DISCUSSED?

01:20PM  8    A.    THAT IS CORRECT.

01:20PM  9    Q.    OKAY.  AND YOU UNDERSTAND THERANOS INVENTED THIS

01:20PM  10   TECHNOLOGY?

01:20PM  11   A.    THE CARTRIDGES?

01:20PM  12   Q.    RIGHT.

01:20PM  13   A.    YES.

01:20PM  14   Q.    AND THE WAY THAT THEY INTERACTED WITH THE EDISON MACHINE,

01:20PM  15   THAT'S ALL WHAT THERANOS -- PART OF WHAT THERANOS INVENTED;

01:20PM  16   RIGHT?

01:20PM  17   A.    YES.

01:20PM  18   Q.    AND DO YOU UNDERSTAND THAT IN ORDER TO RUN ONE OF THESE

01:20PM  19   CARTRIDGES IN THE EDISON READER, THERE ALSO HAS TO BE SOFTWARE

01:20PM  20   THAT GOVERNS HOW THE MACHINE OPERATES; RIGHT?

01:20PM  21   A.    THAT IS CORRECT.

01:20PM  22   Q.    OKAY.  IF YOU GO TO PAGE 10 OF 21 OF THE SAME EXHIBIT.

01:21PM  23         IF YOU SEE THERE'S A SECTION 12 CALLED QUALITY CONTROL

01:21PM  24   TESTING.

01:21PM  25         DO YOU SEE THAT?

01:21PM   1    A.   I SEE THAT.

01:21PM   2    Q.   AND 12.1 SAYS, "QUALITY CONTROL TESTING SHOULD BE

01:21PM   3    PERFORMED DAILY AND BEFORE TESTING ANY PATIENT SAMPLES

01:21PM   4    ACCORDING TO," AND IT REFERENCES ANOTHER SOP.

01:21PM   5         DO YOU SEE THAT?

01:21PM   6    A.   YES.

01:21PM   7    Q.   AND IT SOUNDS LIKE THERE'S A LOT OF SOP'S THAT YOU HAVE TO

01:21PM   8    FOLLOW WHEN YOU'RE IN THE CLIA LAB?

01:21PM   9    A.   YES.

01:21PM   10   Q.   AND THEN WHEN YOU GO TO THE NEXT ONE, 12.1.1, THE NEXT

01:21PM   11   SECTION, THIS SAYS, "TEST WITH BIORAD IMMUNOASSAY QC MATERIAL

01:21PM   12   LEVELS 1 AND 2 BY FOLLOWING PROCEDURES OUTLINED IN SECTION 13."

01:21PM   13             THE COURT:  I THINK WE JUST LOST OUR SCREEN.

01:21PM   14             THE WITNESS:  YEAH.  OH, THERE IT IS.

01:21PM   15             MR. COOPERSMITH:  GREAT.

01:21PM   16   Q.   IS IT UP ON YOUR SCREEN?

01:21PM   17   A.   IT IS.

01:21PM   18   Q.   THANKS.  AND DO YOU SEE THAT SECTION THAT IS THE SECOND

01:21PM   19   PART WE HIGHLIGHTED 12.1.1?

01:21PM   20   A.   YES.

01:22PM   21   Q.   AND THE BIORAD IMMUNOASSAY QC MATERIAL, I JUST WANT TO ASK

01:22PM   22   YOU ABOUT THAT.

01:22PM   23   A.   OKAY.

01:22PM   24   Q.   YOU UNDERSTAND THAT THAT'S NOT ACTUALLY REAL BLOOD; RIGHT?

01:22PM   25   A.   IT DEPENDS ON WHICH ONE YOU BUY, AND IT DEPENDS ON WHAT

01:22PM  1     TYPE OF TEST YOU CONDUCT.

01:22PM  2         SOME OF THEM HAVE SERA AS THE MATRIX IN WHICH THE CONTROL

01:22PM  3     IS MADE, BUT FOR OTHERS IT MIGHT BE SOMETHING ELSE.

01:22PM  4     Q.   SO IT MIGHT BE SOMETHING SYNTHETIC?  IT'S NOT ACTUALLY

01:22PM  5     HUMAN BLOOD?

01:22PM  6     A.   THAT IS CORRECT.

01:22PM  7     Q.   AND THE SAME WITH PROFICIENCY TESTING MATERIAL, THAT MIGHT

01:22PM  8     COME FROM THE NEW YORK LABORATORY THAT YOU DESCRIBED BEFORE?

01:22PM  9     A.   I CAN'T BE CERTAIN.

01:22PM  10    Q.   YOU DON'T KNOW ONE WAY OR THE OTHER?

01:22PM  11    A.   IF IT'S REAL BLOOD --

01:22PM  12    Q.   RIGHT.

01:22PM  13    A.   -- OR IF IT'S SYNTHETIC, I DON'T KNOW FOR ALL OF THE

01:22PM  14    SAMPLES.  I DON'T RECALL.

01:22PM  15    Q.   OKAY.  BUT YOU KNOW AT LEAST SOMETIMES THE QC MATERIAL IS

01:22PM  16    NOT REAL BLOOD, IT'S SOME KIND OF SYNTHETIC MATERIAL?

01:22PM  17    A.   RIGHT.

01:22PM  18    Q.   AND SO BY DEFINITION IF YOU'RE RUNNING A QC TEST, YOU'RE

01:22PM  19    NOT -- NO PATIENT IS GETTING THAT RESULT; RIGHT?

01:23PM  20    A.   THAT IS CORRECT.

01:23PM  21    Q.   OKAY.

01:23PM  22         YOUR HONOR, BEFORE I GO TO ANOTHER TOPIC, WOULD THIS BE A

01:23PM  23    GOOD TIME FOR OUR AFTERNOON BREAK?

01:23PM  24              THE COURT:  SURE.  WE CAN DO THAT.

01:23PM  25         LADIES AND GENTLEMEN, LET'S TAKE OUR 30 MINUTE BREAK FOR

01:23PM    1      THE AFTERNOON.

01:24PM    2              (RECESS FROM 1:24 P.M. UNTIL 1:59 P.M.)

01:59PM    3                  THE COURT:  PLEASE BE SEATED.  THANK YOU.  WE'RE

01:59PM    4      BACK ON THE RECORD.

01:59PM    5          OUR JURORS AND ALTERNATES ARE PRESENT.

01:59PM    6          MS. CHEUNG IS ON THE STAND.

01:59PM    7          ALL COUNSEL AND THE DEFENDANT IS PRESENT.

01:59PM    8          MR. COOPERSMITH.

01:59PM    9              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:59PM   10          OVER THE BREAK I WAS ABLE TO GET COPIES OF THAT EXHIBIT

01:59PM   11      THAT WE DIDN'T HAVE BEFORE, SO MAY I HAND THOSE UP TO THE COURT

01:59PM   12      AND TO THE WITNESS?

01:59PM   13                  THE COURT:  YES.

01:59PM   14              MR. COOPERSMITH:  THANK YOU.

01:59PM   15          (HANDING.)

02:00PM   16      BY MR. COOPERSMITH:

02:00PM   17      Q.  MS. CHEUNG, WELCOME BACK AFTER THE BREAK.

02:00PM   18          DO YOU HAVE IN FRONT OF YOU EXHIBIT 7603DD?

02:00PM   19      A.  YES.

02:00PM   20      Q.  AND THAT WAS THE ONE YOU DIDN'T HAVE BEFORE?

02:00PM   21      A.  YES.

02:00PM   22      Q.  OKAY.  THANK.

02:00PM   23          SO DO YOU RECOGNIZE THAT AS THE REGULATION THAT GOVERNS

02:00PM   24      THE NEED AND THE DUTY FOR HAVING A LAB DIRECTOR AT A CRITICAL

02:00PM   25      LAB?

02:00PM   1    A.   WHICH NUMBER?

02:00PM   2    Q.   LET'S JUST START WITH 493.1441.

02:00PM   3         AND IF YOU GO TO 493.1443, LABORATORY QUALIFICATIONS.

02:00PM   4         DO YOU SEE THAT?

02:00PM   5    A.   YES.

02:00PM   6    Q.   AND IF YOU GO TO THE NEXT REGULATION IT'S 493.1445.

02:00PM   7         DO YOU SEE THAT?

02:00PM   8    A.   YES.

02:00PM   9    Q.   AND DO YOU RECOGNIZE THOSE REGULATIONS GOVERNING THE JOB

02:01PM  10    OF LABORATORY DIRECTOR AT A CLINICAL LAB?

02:01PM  11    A.   YES.

02:01PM  12              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7603DD.

02:01PM  13              MR. BOSTIC:  YOUR HONOR, 401 AND 403.

02:01PM  14              THE COURT:  YOU KNOW, COUNSEL, I'M NOT CERTAIN THIS

02:01PM  15    SHOULD COME IN.  I'M GOING TO SUSTAIN THE OBJECTION.

02:01PM  16         WE CAN TALK ABOUT IT LATER IF YOU WANT TO CONTINUE.

02:01PM  17              MR. COOPERSMITH:  OKAY.  WE'LL PRESERVE THAT,

02:01PM  18    YOUR HONOR.  THANK YOU.

02:01PM  19    Q.   MS. CHEUNG, DO YOU UNDERSTAND THAT A LABORATORY DIRECTOR

02:01PM  20    HAS TO BE SOMEONE WITH CERTAIN QUALIFICATIONS?

02:01PM  21    A.   YES.

02:01PM  22    Q.   AND, FOR EXAMPLE, ONE OF THE QUALIFICATIONS MIGHT BE THAT

02:01PM  23    YOU NEED TO BE A MEDICAL DOCTOR?

02:01PM  24    A.   YES.

02:01PM  25    Q.   OR A PH.D. WITH CERTAIN OTHER EXPERIENCE?

02:01PM  1    A.   YES.

02:01PM  2    Q.   LET'S GO BACK TO STANDARD OPERATING PROCEDURES.  AND I

02:02PM  3    WANT TO SHOW YOU ANOTHER ONE.  IF YOU COULD TURN IN YOUR BINDER

02:02PM  4    TO EXHIBIT 9909.

02:02PM  5    A.   I HAVE THAT.

02:02PM  6    Q.   DO YOU RECOGNIZE THAT EXHIBIT?

02:02PM  7    A.   NO, I'VE NEVER SEEN THIS.

02:02PM  8    Q.   YOU'VE NEVER SEEN THIS BEFORE?

02:02PM  9    A.   NO.

02:02PM  10   Q.   OKAY.  DID YOU HAVE AN UNDERSTANDING WHEN YOU WERE WORKING

02:02PM  11   AT THERANOS, AND IN PARTICULAR IN THE CLIA LAB, THAT THERE WAS

02:02PM  12   A PROCEDURE FOR CORRECTIVE AND PREVENTATIVE ACTIONS?

02:02PM  13   A.   NOT SPECIFICALLY, NO.

02:02PM  14   Q.   OKAY.  THERE'S ANOTHER BINDER I THINK YOU HAVE, AND IF

02:02PM  15   NOT, I'LL GIVE IT TO YOU, BUT IT'S A DOCKET -- A BINDER OF SOME

02:03PM  16   PRIOR TESTIMONY.

02:03PM  17   A.   UH-HUH.

02:03PM  18   Q.   AND YOU'VE TESTIFIED BEFORE IN OTHER PROCEEDINGS ABOUT

02:03PM  19   THERANOS AND YOUR EXPERIENCES; IS THAT RIGHT?

02:03PM  20   A.   YES.

02:03PM  21   Q.   AND DO YOU HAVE THAT BINDER WITH YOUR PRIOR TESTIMONY?

02:03PM  22   A.   IS IT IN VOLUME 1 OR VOLUME 2?

02:03PM  23   Q.   NO.  IT MIGHT BE THAT YOU DON'T HAVE THAT YET.

02:03PM  24        VOLUME 2.  OKAY.  IT'S IN VOLUME 2.

02:03PM  25   A.   OKAY.

02:03PM  1    Q.   OKAY.  AND CAN YOU TAKE A LOOK AT -- IN THAT BINDER IT

02:03PM  2    SHOULD BE NUMBERED EXHIBIT 28396.

02:03PM  3         WERE YOU ABLE TO FIND THAT?

02:03PM  4    A.   NOT YET.  GIVE ME ONE SECOND.

02:04PM  5         YES.

02:04PM  6    Q.   AND IF YOU WOULD LOOK AT PAGE 1092.

02:04PM  7    A.   IS THAT THE TOP RIGHT PAGE NUMBER OF THE TRANSCRIPT?

02:04PM  8    Q.   YES, THE TOP RIGHT PAGE NUMBER, AND WE'RE TRYING TO FIND

02:04PM  9    1092.

02:04PM  10   A.   OKAY.

02:04PM  11   Q.   OKAY.  AND THIS IS PRIOR TESTIMONY THAT YOU GAVE IN

02:04PM  12   ANOTHER PROCEEDING?

02:04PM  13   A.   YES.

02:04PM  14   Q.   A TRANSCRIPT OF IT AT LEAST?

02:04PM  15   A.   YES.

02:04PM  16   Q.   AND IS IT CORRECT THAT YOU RECOGNIZE THIS DOCUMENT THAT I

02:04PM  17   JUST SHOWED YOU, EXHIBIT 9909, AS A DOCUMENT THAT IS KEPT AS A

02:04PM  18   MATTER OF RECORD IN THE CLIA LAB.  AND IF YOU COULD REFER BACK

02:04PM  19   TO 9909, THAT MIGHT HELP YOU.

02:05PM  20   A.   YES.

02:05PM  21   Q.   OKAY.  SO IT IS ONE -- JUST TO STICK WITH 9909.  THIS IS A

02:05PM  22   DOCUMENT THAT YOU RECOGNIZE AS BEING IN THE FORMAT AND

02:05PM  23   ARRANGEMENT OF A STANDARD OPERATING PROCEDURE AND IN THIS CASE

02:05PM  24   A QUALITY OPERATING PROCEDURE FOR THE THERANOS LAB?

02:05PM  25   A.   YES.

02:05PM   1          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 9909.

02:05PM   2          MR. BOSTIC:  AUTHENTICATION, YOUR HONOR.

02:05PM   3          THE COURT:  I THOUGHT SHE HAD SAID SHE NEVER HAD

02:05PM   4   SEEN THIS BEFORE.

02:05PM   5          MR. COOPERSMITH:  THAT'S TRUE, YOUR HONOR, BUT SHE'S

02:05PM   6   ALSO ABLE TO RECOGNIZE IT AS A THERANOS PROCEDURAL DOCUMENT.

02:05PM   7          THE COURT:  CAN YOU LAY A LITTLE MORE FOUNDATION.

02:05PM   8          MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:06PM   9   Q.   SO, MS. CHEUNG, WE TALKED BEFORE ABOUT THERE BEING

02:06PM  10   STANDARD OPERATING PROCEDURES IN THE LAB?

02:06PM  11   A.   CORRECT.

02:06PM  12   Q.   AND DO YOU RECOGNIZE THIS AS IN THAT SAME FORMAT AS WE

02:06PM  13   HAVE SEEN IN OTHER SITUATIONS WITH SOP'S?

02:06PM  14   A.   THIS ISN'T IN THE SAME FORMAT.

02:06PM  15   Q.   OKAY.

02:06PM  16   A.   I'VE NEVER SEEN THIS SPECIFIC SOP.

02:06PM  17   Q.   YOU'VE NEVER SEEN THIS PARTICULAR DOCUMENT; RIGHT?

02:06PM  18   A.   HUH-UH.

02:06PM  19   Q.   AND -- BUT YOU SEE AT THE TOP IT HAS THERANOS, LIKE THE

02:06PM  20   COMPANY LOGO AND THE COMPANY NAME?

02:06PM  21   A.   YES.

02:06PM  22   Q.   OKAY.  AND THEN IT HAS A TITLE OF THE DOCUMENT; IS THAT

02:06PM  23   RIGHT?

02:06PM  24   A.   YES.

02:06PM  25   Q.   AND WE'VE SEEN THAT IN OTHER FORMATS AS WELL; CORRECT?

CHEUNG CROSS BY MR. COOPERSMITH

02:06PM   1   A.   YES.

02:06PM   2   Q.   AND IT HAS THE PLACE OF THE SIGNATURES OF VARIOUS PEOPLE?

02:06PM   3   A.   YES.

02:06PM   4   Q.   AND RIGHT ON THE FIRST PAGE?

02:06PM   5   A.   I BELIEVE SO.

02:06PM   6   Q.   AND DO YOU SEE THAT THERE ARE, IN FACT, SOME SIGNATURES

02:06PM   7   THERE; RIGHT?

02:06PM   8   A.   I THINK THERE'S ONE.

02:06PM   9   Q.   OKAY.  ONE PERSON'S SIGNATURE?

02:06PM   10  A.   YEAH.

02:06PM   11  Q.   AND DO YOU REMEMBER EVER HEARING ABOUT SOMEONE NAMED

02:07PM   12  DR. ARNOLD GELB?

02:07PM   13  A.   NOT REALLY.  I KNEW THAT HE WAS MAYBE THE FORMER LAB

02:07PM   14  DIRECTOR, BUT I DIDN'T KNOW HIM.

02:07PM   15  Q.   YOU DIDN'T KNOW HIM, BUT YOU KNEW THAT HE -- YOU HEARD OF

02:07PM   16  THE NAME AND YOU KNEW THE PERSON AS A FORMER LABORATORY

02:07PM   17  DIRECTOR OF THERANOS?

02:07PM   18  A.   VAGUELY.

02:07PM   19  Q.   AND AS A FORMER LABORATORY DIRECTOR OF THERANOS, WHEN HE

02:07PM   20  WAS DOING THAT JOB BEFORE YOU GOT THERE, WOULD YOU AGREE WITH

02:07PM   21  ME THAT IT WOULD HAVE BEEN THE JOB OF SOMEONE LIKE THAT TO SIGN

02:07PM   22  STANDARD OPERATING PROCEDURES AND THINGS LIKE THAT?

02:07PM   23  A.   I BELIEVE SO.

02:07PM   24  Q.   OKAY.  AND THEN IF YOU GO TO THE SECOND PAGE OF THE

02:07PM   25  EXHIBIT, YOU'RE LOOKING AT 9909, YOU SEE THERE'S A TABLE OF

02:07PM   1    CONTENTS?

02:07PM   2    A.   ARE WE BACK ON THE SOP?

02:07PM   3    Q.   NO -- YES.  THANK YOU.

02:07PM   4         IT'S EXHIBIT 9909.

02:08PM   5    A.   CAN YOU REPEAT THE QUESTION.

02:08PM   6    Q.   YES.  DO YOU SEE ON PAGE 2 OF 8 OF EXHIBIT 9909?

02:08PM   7    A.   YES.

02:08PM   8    Q.   AND THERE'S A TABLE OF CONTENTS THERE?

02:08PM   9    A.   YES.

02:08PM  10    Q.   AND YOU'VE SEEN THAT SAME FORMAT WITH ANOTHER SOP THAT

02:08PM  11    WE'VE LOOKED AT TODAY; IS THAT RIGHT?

02:08PM  12    A.   YES.

02:08PM  13         MR. COOPERSMITH:  YOUR HONOR, I OFFER EXHIBIT 9909,

02:08PM  14    AND I WOULD ALSO REFER THE COURT TO PAGE 1093 OF EXHIBIT 28396

02:08PM  15    AT LINES 4 AND 5.

02:08PM  16         (PAUSE IN PROCEEDINGS.)

02:09PM  17         THE COURT:  28396 DID YOU SAY?

02:09PM  18         MR. COOPERSMITH:  YES, YOUR HONOR.

02:09PM  19         THE COURT:  IS THAT 28396A?  OR 28396?

02:09PM  20         MR. COOPERSMITH:  28396 IS WHAT I HAVE, YOUR HONOR.

02:09PM  21    AND THEN IN PARTICULAR PAGE 1093, LINES 4 AND 5.

02:09PM  22         THE COURT:  MR. BOSTIC.

02:09PM  23         MR. BOSTIC:  YOUR HONOR, SAME OBJECTION.

02:09PM  24    AUTHENTICITY AND FOUNDATION.

02:09PM  25         AND I DON'T THINK 28396 HAS ANY BEARING -- EXCUSE ME -- ON

```
02:09PM   1    THE ADMISSIBILITY IN THIS PROCEEDING.

02:10PM   2              THE COURT:  I DON'T SEE THE NEXUS BETWEEN THE PAGES

02:10PM   3    THAT YOU'VE CITED, 3 AND 4 TO THIS.

02:10PM   4              MR. COOPERSMITH:  ONLY THAT IT'S REFERRING TO THE

02:10PM   5    SAME EXHIBIT, YOUR HONOR.

02:10PM   6              THE COURT:  IS IT?

02:10PM   7              MR. COOPERSMITH:  YES, YOUR HONOR, EXHIBIT 9909, AND

02:10PM   8    YOU CAN SEE THAT LINE 1 OF PAGE --

02:10PM   9              THE COURT:  YES, I SEE THE DOCUMENT.

02:10PM  10              MR. COOPERSMITH:  RIGHT.

02:10PM  11              THE COURT:  HOW DO WE KNOW WHAT DOCUMENT THIS IS

02:10PM  12    REFERENCING?

02:10PM  13              MR. COOPERSMITH:  IT'S THE SAME EXHIBIT NUMBER,

02:10PM  14    YOUR HONOR, EXHIBIT 9909.

02:10PM  15              THE COURT:  IT DOESN'T TELL US THAT.

02:10PM  16              MR. COOPERSMITH:  OH, I'M SORRY, YOUR HONOR.  IF YOU

02:10PM  17    LOOK AT -- AGAIN, I'M ON EXHIBIT 28396, WHICH IS THE

02:11PM  18    TRANSCRIPT.

02:11PM  19              THE COURT:  RIGHT.

02:11PM  20              MR. COOPERSMITH:  AND THEN ON PAGE 1093 AT THE VERY

02:11PM  21    TOP.

02:11PM  22              THE COURT:  93?

02:11PM  23              MR. COOPERSMITH:  PAGE 1093.

02:11PM  24              THE COURT:  OKAY.

02:11PM  25              MR. COOPERSMITH:  AND THEN AT THE VERY TOP OF LINE 1
```

02:11PM    1    ON THAT PAGE.

02:11PM    2              THE COURT:  YES.

02:11PM    3              MR. COOPERSMITH:  THERE'S A REFERENCE TO THAT SAME

02:11PM    4    EXHIBIT, AND THEN I REFER THE COURT TO LINES I GUESS IT'S 4 AND

02:11PM    5    5.

02:11PM    6         AND I JUST WOULD SUBMIT THAT TO THE COURT AS AN EXTRA

02:11PM    7    REASON WHY THIS DOCUMENT SHOULD BE ADMITTED.

02:11PM    8              THE COURT:  YOU KNOW, I WAS LOOKING AT THE FRONT END

02:11PM    9    WHERE THE EXHIBIT WAS IDENTIFIED.

02:11PM   10              MR. COOPERSMITH:  AND THAT WOULD BE --

02:11PM   11              THE COURT:  I'M CERTAIN IT IS.

02:12PM   12              MR. COOPERSMITH:  YOUR HONOR, I THINK THAT REFERENCE

02:12PM   13    YOU'RE LOOKING FOR IS ON PAGE 1091 OF THE TRANSCRIPT AT LINE 19

02:12PM   14    AND 20.

02:12PM   15              THE COURT:  19, YES.

02:12PM   16         (PAUSE IN PROCEEDINGS.)

02:12PM   17              THE COURT:  ALL RIGHT.  THANK YOU.

02:12PM   18         ALL RIGHT.  I'LL ADMIT THIS EXHIBIT.  IT'S 9909.  IS THAT

02:12PM   19    WHAT YOU'RE SEEKING TO ADMIT?

02:12PM   20              MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:12PM   21              THE COURT:  ALL RIGHT.  THAT'S ADMITTED.

02:12PM   22         (DEFENDANT'S EXHIBIT 9909 WAS RECEIVED IN EVIDENCE.)

02:12PM   23              THE COURT:  AND IT MAY BE PUBLISHED.

02:12PM   24              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:13PM   25    BY MR. COOPERSMITH:

02:13PM   1    Q.   OKAY.  WE SEE AT THE TOP, MS. CHEUNG, IT'S A QUALITY

02:13PM   2    OPERATING PROCEDURE.

02:13PM   3         DO YOU SEE THAT?

02:13PM   4    A.   YES.

02:13PM   5    Q.   AND BELOW THAT IT'S -- I'VE GOT A TITLE CORRECTIVE AND

02:13PM   6    PREVENTATIVE ACTION?

02:13PM   7    A.   YES.

02:13PM   8    Q.   OKAY.  AND THEN I THINK YOU SAID BEFORE THAT THERE'S ONLY

02:13PM   9    ONE SIGNATURE, BUT IN SEVERAL PLACES; IS THAT RIGHT?

02:13PM   10   A.   YES.

02:13PM   11   Q.   AND THAT'S DR. ARNOLD GELB?

02:13PM   12   A.   YES.

02:13PM   13   Q.   AND YOU CAN SEE THERE'S A TITLE LISTED, AND IT SAYS

02:13PM   14   DIRECTOR OF LABORATORY, AND THEN FURTHER DOWN WITH THE NEXT TWO

02:13PM   15   PLACES HE SIGNED IT REFERS TO HIM AS LABORATORY DIRECTOR.

02:13PM   16   A.   YES.

02:13PM   17   Q.   AND IT SOUNDED LIKE EVEN THOUGH YOU NEVER WORKED WITH

02:13PM   18   DR. GELB, IT SOUNDS LIKE YOU RECALL HIM AS A LABORATORY

02:14PM   19   DIRECTOR IN THE HISTORY OF THERANOS?

02:14PM   20   A.   VERY VAGUELY.

02:14PM   21   Q.   SO THIS WAS -- DO YOU UNDERSTAND FROM THE DOCUMENT THIS

02:14PM   22   WOULD BE A PROCEDURE THAT WOULD GOVERN THE LAB AT LEAST AT THE

02:14PM   23   TIME THAT IT WAS DRAFTED; CORRECT?

02:14PM   24   A.   AT THE TIME IT WAS DRAFTED, YES.

02:14PM   25   Q.   OKAY.  AND IF YOU LOOK AT IT, IT HAS A PURPOSE STATED,

02:14PM   1    WHICH IS ON PAGE 3 OF 8 IF YOU GO TO THAT PAGE.

02:14PM   2        AND THAT READS, "THE PURPOSE OF THIS PROCEDURE IS TO

02:14PM   3    PROVIDE PROCEDURES FOR THE CORRECTIVE AND PREVENTATIVE ACCURACY

02:14PM   4    (CAPA) PROGRAMS IN THE CLIA LABORATORY.  MORE SPECIFICALLY, THE

02:14PM   5    PROCEDURES PROVIDE FOR A SYSTEM AND INSTRUCTIONS, AND AN

02:14PM   6    ASSIGNMENT OF RESPONSIBILITIES FOR INITIATING, REQUESTING,

02:14PM   7    IMPLEMENTING, AND VERIFYING THE EFFECTIVENESS OF CORRECTIVE AND

02:14PM   8    PREVENTATIVE ACTIONS."

02:14PM   9        DO YOU SEE THAT?

02:14PM  10    A.   YES.

02:14PM  11    Q.   AND YOU UNDERSTAND THAT CLINICAL LABORATORIES MAKE ERRORS

02:15PM  12    SOMETIMES?

02:15PM  13    A.   YES.

02:15PM  14    Q.   AND, IN FACT, ANY HUMAN ENDEAVOR MAKES ERRORS SOMETIMES.

02:15PM  15        IS THAT A FAIR STATEMENT?

02:15PM  16    A.   YES.

02:15PM  17    Q.   AND THE IMPORTANT THING, THOUGH, IS TO HAVE SOME KIND OF

02:15PM  18    PLAN TO DEAL WITH THAT WHEN IT HAPPENS; IS THAT FAIR?

02:15PM  19    A.   THAT'S FAIR.

02:15PM  20    Q.   AND DOES IT APPEAR TO YOU THAT THAT'S WHAT THIS IS?

02:15PM  21    A.   YES, BUT I HAVE NEVER SEEN THIS.

02:15PM  22    Q.   OKAY.  AND WERE YOU AWARE OF EVERY SINGLE SOP IN THE

02:15PM  23    LABORATORY?  CAN YOU SAY THAT?

02:15PM  24    A.   ONLY THE ONES THAT WERE GIVEN TO ME.

02:15PM  25    Q.   BUT AT TIMES YOU DID DOCUMENT ISSUES THAT YOU SAW?

CHEUNG CROSS BY MR. COOPERSMITH

02:15PM 1    A.   YES.

02:15PM 2    Q.   RIGHT?

02:15PM 3         SO YOU FOLLOWED SOME TYPE OF PROCEDURE TO BRING ISSUES TO

02:15PM 4    THE ATTENTION OF THE PEOPLE THAT YOU WORKED FOR; RIGHT?

02:15PM 5    A.   CORRECT.

02:15PM 6    Q.   AND THAT COULD HAVE BEEN DR. SIVARAMAN; RIGHT?

02:15PM 7    A.   IN THE CLINICAL LAB OR IN THE R&D?

02:15PM 8    Q.   IN THE R&D.

02:15PM 9    A.   YES.

02:15PM 10   Q.   AND IN THE CLINICAL LAB IT COULD HAVE BEEN DR. ROSENDORFF?

02:16PM 11   A.   YES.

02:16PM 12   Q.   OR DR. PANDORI?

02:16PM 13   A.   YES.

02:16PM 14   Q.   OR MAYBE EVEN A CLINICAL LAB SCIENTIST LIKE STELLA HOWARD?

02:16PM 15   A.   CORRECT.

02:16PM 16   Q.   OKAY.  AND WHEN YOU DID THAT, BROUGHT AN ISSUE TO THE

02:16PM 17   ATTENTION OF THOSE PEOPLE, THERE WOULD BE AN EARNEST EFFORT TO

02:16PM 18   FIGURE OUT WHAT THE PROBLEM WAS AND TRY TO FIX IT; IS THAT

02:16PM 19   FAIR?

02:16PM 20   A.   THAT'S FAIR.

02:16PM 21   Q.   OKAY.  ON DIRECT I THINK YOU AT LEAST TOUCHED ON THE

02:16PM 22   SUBJECT OF VALIDATION REPORT?

02:16PM 23   A.   YES.

02:16PM 24   Q.   AND IS A VALIDATION REPORTS SOMETHING THAT NEEDS TO BE

02:16PM 25   DONE BEFORE AN ASSAY CAN BE USED IN THE CLINICAL LAB?

02:16PM 1  A.   YES.

02:16PM 2  Q.   AND WHEN I SAY VALIDATION REPORT, THAT'S REALLY JUST A

02:16PM 3  REPORT THAT IS DOCUMENTING A STUDY THAT WAS DONE; RIGHT?

02:17PM 4  A.   YEAH.  IT'S A COLLECTION OF STUDIES USUALLY.

02:17PM 5  Q.   OKAY.  AND THOSE STUDIES ARE DESIGNED TO TEST SAMPLES TO

02:17PM 6  MAKE SURE THAT THE PERFORMANCE IS SUCH THAT THE PEOPLE WHO

02:17PM 7  APPROVE THE VALIDATION FEEL COMFORTABLE THAT THEY CAN BE RUN IN

02:17PM 8  THE CLIA LAB, MEANING USED FOR TESTING PATIENTS?

02:17PM 9  A.   THAT IS CORRECT.

02:17PM 10  Q.   OKAY.  AND YOU UNDERSTAND THAT THE PROTOCOL AT THERANOS

02:17PM 11  WAS THAT BEFORE AN ASSAY COULD BE PUT INTO THE CLINICAL LAB, IT

02:17PM 12  HAD TO GO THROUGH THIS VALIDATION STUDY AND REPORT PROCESS?

02:17PM 13  A.   THAT IS CORRECT.

02:17PM 14  Q.   AND I JUST WANT TO LOOK AT ONE OF THOSE WITH YOU.

02:17PM 15       IF YOU COULD TURN IN YOUR BINDER TO 9638.

02:18PM 16       DID YOU FIND IT?

02:18PM 17  A.   YES.

02:18PM 18  Q.   THANKS.  WELL, THIS IS -- WELL, WHY DON'T YOU TELL US WHAT

02:18PM 19  THIS DOCUMENT IS.

02:18PM 20  A.   THIS IS A VALIDATION REPORT FOR TSH.

02:18PM 21  Q.   AND DO YOU SEE THAT IT WAS SIGNED IN SEPTEMBER OF 2013?

02:18PM 22  A.   YES.

02:18PM 23  Q.   OKAY.  AND THAT WAS RIGHT BEFORE YOU STARTED WORKING AT

02:18PM 24  THERANOS; RIGHT?

02:18PM 25  A.   THAT IS CORRECT.

02:18PM  1    Q.   OKAY.  AND DO YOU RECOGNIZE THIS AS A VALIDATION REPORT

02:18PM  2    GOVERNING THAT PARTICULAR ASSAY, NAMELY, TSH?

02:18PM  3    A.   YES.

02:18PM  4    Q.   OKAY.

02:18PM  5         WE OFFER EXHIBIT 9368.

02:18PM  6              MR. BOSTIC:  AUTHENTICATION, YOUR HONOR.

02:18PM  7              MR. COOPERSMITH:  YOUR HONOR, I THINK SHE SAID SHE

02:18PM  8    RECOGNIZED IT.

02:18PM  9              THE COURT:  DO YOU RECOGNIZE THIS DOCUMENT?

02:18PM 10              THE WITNESS:  I DIDN'T WORK WITH THIS SPECIFIC

02:18PM 11    DOCUMENT.

02:18PM 12              THE COURT:  WHY DON'T YOU ASK SOME MORE QUESTIONS.

02:18PM 13    BY MR. COOPERSMITH:

02:18PM 14    Q.   JUST TO FLASH BACK TO A FEW MINUTES AGO, A FEW SECONDS

02:18PM 15    AGO --

02:18PM 16    A.   OKAY.

02:18PM 17    Q.   -- I ASKED YOU WHETHER YOU RECOGNIZED THIS DOCUMENT AS A

02:19PM 18    VALIDATION REPORT FOR THIS PARTICULAR ASSAY, TSH, AND YOU SAID

02:19PM 19    YES; RIGHT?

02:19PM 20    A.   SO ARE YOU ASKING ME IF I WORKED WITH THIS DOCUMENT OR

02:19PM 21    THAT I JUST UNDERSTAND THAT THIS IS A DOCUMENT, A VALIDATION

02:19PM 22    DOCUMENT?

02:19PM 23    Q.   RIGHT.

02:19PM 24    A.   I UNDERSTAND THAT THIS LOOKS LIKE A VALIDATION REPORT THAT

02:19PM 25    WE WORKED ON AT THERANOS, BUT I DIDN'T WORK ON THIS SPECIFIC

02:19PM   1    ASSAY.

02:19PM   2    Q.   OKAY.  DO YOU RECOGNIZE THE NAME DR. SHARADA SIVARAMAN AND

02:19PM   3    HER SIGNATURE ABOVE HER NAME?

02:19PM   4    A.   YES.

02:19PM   5    Q.   OKAY.  AND YOU RECOGNIZE DR. YOUNG AND HIS SIGNATURE BELOW

02:19PM   6    THAT?

02:19PM   7    A.   YES.

02:19PM   8    Q.   AND THEN YOU RECOGNIZE DR. ROSENDORFF AND HIS SIGNATURE;

02:19PM   9    CORRECT?

02:19PM   10   A.   YES.

02:19PM   11          MR. COOPERSMITH:  OKAY.  YOUR HONOR, I WOULD OFFER

02:19PM   12   EXHIBIT 9368.

02:19PM   13          MR. BOSTIC:  SAME OBJECTION.

02:19PM   14          THE COURT:  I'LL ADMIT IT, AND IT MAY BE PUBLISHED.

02:19PM   15     (DEFENDANT'S EXHIBIT 9368 WAS RECEIVED IN EVIDENCE.)

02:19PM   16   BY MR. COOPERSMITH:

02:19PM   17   Q.   OKAY.  SO NOW WE'RE LOOKING AT THE FIRST PAGE OF

02:19PM   18   EXHIBIT 9368.  THIS IS THE TSH ELISA ASSAY REPORT, AND IT'S A

02:20PM   19   VALIDATION DOCUMENT.

02:20PM   20     DO YOU SEE THAT?

02:20PM   21   A.   YES.

02:20PM   22   Q.   AND DO YOU UNDERSTAND THAT EACH AND EVERY ONE OF THE

02:20PM   23   ASSAYS OR TESTS THAT WOULD BE RUN AT THERANOS HAD TO HAVE ONE

02:20PM   24   OF THESE REPORTS ASSOCIATED WITH IT?

02:20PM   25   A.   YES.

02:20PM  1    Q.   AND YOU ALSO UNDERSTAND THAT IF THERANOS WAS RUNNING A

02:20PM  2    TEST ON A COMMERCIAL MACHINE, LIKE AN UNMODIFIED COMMERCIAL

02:20PM  3    MACHINE, THERE WAS A DIFFERENT PROCEDURE THAT WOULD HAVE TO GO

02:20PM  4    INTO INSTALLING AND USING THAT PIECE OF EQUIPMENT.

02:20PM  5         DO YOU UNDERSTAND THAT?

02:20PM  6    A.   ARE YOU TALKING ON THE SIDE OF THE VENDOR IN THE

02:20PM  7    VALIDATION THAT THEY DO ON THE VENDOR SIDE OR ARE YOU TALKING

02:20PM  8    IN THERANOS, THAT THEY NEEDED VALIDATION TO RUN IT IN THERANOS?

02:20PM  9    Q.   NO.  THANKS.  I'LL ASK A CLEARER QUESTION.

02:20PM  10        SO AT THERANOS IF A SIEMENS ADVIA, FOR EXAMPLE, WAS PUT

02:20PM  11   INTO THE THERANOS LAB, ARE YOU AWARE THAT THERANOS WOULD HAVE

02:20PM  12   TO GO THROUGH A DIFFERENT PROCEDURE CALLED VERIFICATION TO GET

02:20PM  13   THAT MACHINE UP AND RUNNING FOR BLOOD TESTING?

02:20PM  14   A.   I WASN'T FAMILIAR WITH THAT PROCEDURE.

02:20PM  15   Q.   SO YOU'RE NOT FAMILIAR WITH THAT?

02:20PM  16   A.   EXACTLY.

02:20PM  17   Q.   BUT YOU UNDERSTAND THAT FOR THE THERANOS TESTS, THE ONES

02:21PM  18   THAT WERE DONE ON EDISON DEVICES OR MODIFIED COMMERCIAL

02:21PM  19   DEVICES, THOSE WOULD HAVE TO GO THROUGH THIS VALIDATION

02:21PM  20   PROCESS?

02:21PM  21   A.   CORRECT.

02:21PM  22   Q.   OKAY.  AND THE ONE THAT WE'RE LOOKING AT NOW, 9368, THAT'S

02:21PM  23   ONE OF THOSE OR HAPPENS TO BE FOR TSH; IS THAT RIGHT?

02:21PM  24   A.   THAT IS CORRECT.

02:21PM  25   Q.   OKAY.  LET'S TAKE A LOOK AT THE DOCUMENT.

02:21PM   1          IF YOU GO TO THE SECOND PAGE, IT'S LABELLED PAGE 2 ON THE

02:21PM   2   BOTTOM RIGHT.

02:21PM   3          DO YOU SEE THE TABLE OF CONTENTS?

02:21PM   4   A.   YES.

02:21PM   5   Q.   AND THEN THERE'S A SECTION CALLED ASSAY BACKGROUND,

02:21PM   6   REGULATION AND GUIDANCE, CALIBRATION, REFERENCE RANGE,

02:21PM   7   PRECISION, ACCURACY AND COMPARABILITY.

02:21PM   8          AND I'LL STOP THERE FOR A MOMENT.

02:21PM   9          DO YOU UNDERSTAND THAT EACH OF THOSE HAS TO BE DISCUSSED

02:21PM  10   AND ADDRESSED IN A VALIDATION REPORT?

02:21PM  11   A.   YES.

02:21PM  12   Q.   AND, FOR EXAMPLE, PRECISION, YOU UNDERSTAND THAT WOULD

02:22PM  13   HAVE TO BE ADDRESSED BEFORE -- TO THE SATISFACTION OF THE

02:22PM  14   SIGNERS OF THE DOCUMENT BEFORE THE ASSAY COULD BE PUT ONLINE IN

02:22PM  15   THE CLINICAL LAB?

02:22PM  16   A.   YES.

02:22PM  17   Q.   AND PRECISION IS A MEASURE OF CONSISTENCY, RIGHT, GETTING

02:22PM  18   THE SAME RESULT OVER AND OVER AGAIN?

02:22PM  19   A.   OVER A COURSE OF TIME, YES.

02:22PM  20   Q.   RIGHT.  AND THEN ACCURACY WOULD BE HOW CLOSE THE RESULT

02:22PM  21   YOU GET IS TO THE TRUE VALUE OF THE SAMPLE THAT YOU'RE TESTING?

02:22PM  22   A.   CORRECT.

02:22PM  23   Q.   OKAY.  YOU UNDERSTOOD THAT FROM YOUR WORK AT THERANOS?

02:22PM  24   A.   YES.

02:22PM  25   Q.   OKAY.  AND THEN THERE'S ANOTHER SECTION IN THE TABLE OF

02:22PM  1     CONTENTS NUMBER 7 CALLED DILUTION LINEARITY?

02:22PM  2     A.   YES.

02:22PM  3     Q.   AND YOU TALKED ABOUT DILUTION BEFORE, AND YOU TALKED ABOUT

02:22PM  4     HOW THERE WAS A MACHINE CALLED THE TECAN.

02:22PM  5          DO YOU REMEMBER THAT?

02:22PM  6     A.   YES.

02:22PM  7     Q.   AND IT SOUNDS LIKE ONE OF THE JOBS OF THE TECAN WAS TO

02:22PM  8     DILUTE THE SAMPLE IN SOME AMOUNT?

02:22PM  9     A.   YES.

02:22PM  10    Q.   AND BEFORE IT WAS RUN ON A THERANOS DEVICE?

02:23PM  11    A.   YES.

02:23PM  12    Q.   OKAY.  AND WHEN YOU WERE WORKING THERE, YOU DIDN'T THINK

02:23PM  13    THERE WAS ANYTHING WRONG WITH THAT, DID YOU?

02:23PM  14    A.   BASED ON THE ASSAY DEVELOPMENT, THAT WAS JUST THE STANDARD

02:23PM  15    PROTOCOL THAT WE HAD.

02:23PM  16    Q.   OKAY.  SO WHEN YOU WERE TESTIFYING BEFORE, YOU WEREN'T

02:23PM  17    MEANING TO SUGGEST THAT THERE WAS SOMETHING WRONG WITH

02:23PM  18    DILUTION?

02:23PM  19    A.   NO.

02:23PM  20    Q.   OKAY.  AND, IN FACT, ARE YOU AWARE THAT FOR OTHER

02:23PM  21    COMMERCIAL DEVICES, DILUTION IS PART OF THE STANDARD OPERATING

02:23PM  22    PROCEDURE OF EVEN COMMERCIAL MACHINES THAT EVEN WEREN'T MADE BY

02:23PM  23    THERANOS?

02:23PM  24    A.   DEPENDING ON THE STEP OF THE ASSAY, THAT IS SOMETIMES THE

02:23PM  25    STEP, YOU'LL DO A DILUTION STEP.

02:23PM    1    Q.   OKAY.  AND SO IT'S NOT UNIQUE TO THERANOS THAT SOMETIMES

02:23PM    2    THE SAMPLE IS DILUTED BEFORE IT'S PLACED IN THE MACHINE TO RUN

02:23PM    3    FOR A TEST?

02:23PM    4    A.   IT DEPENDS.  YOU WOULD HAVE TO LOOK AT THE ASSAY, AT WHICH

02:23PM    5    STEP OR WHICH JUNCTURE THAT HAPPENS.  BUT, YES, DILUTION IS A

02:23PM    6    STEP THAT OCCURS ON DIFFERENT ASSAYS FOR BLOOD DIAGNOSTICS.

02:24PM    7    Q.   OKAY.  AND JUST TO MAKE SURE WE HAVE THAT POINT CLEAR --

02:24PM    8         MAY I APPROACH, YOUR HONOR?

02:24PM    9              THE COURT:  YES.

02:24PM   10              MR. COOPERSMITH:  (HANDING.)

02:24PM   11         MAY I HAND IT UP TO THE BENCH, YOUR HONOR?

02:24PM   12              THE COURT:  YES.

02:24PM   13    BY MR. COOPERSMITH:

02:24PM   14    Q.   OKAY.  YOU HAVE WHAT HAS BEEN MARKED AS EXHIBIT 204 IN

02:24PM   15    FRONT OF YOU?

02:24PM   16    A.   YES.

02:24PM   17    Q.   THANK YOU.

02:24PM   18         DO YOU SEE THAT THIS IS AN ADVIA 1800 CHEMISTRY SYSTEM

02:25PM   19    OPERATING DRIVE?

02:25PM   20    A.   YES.

02:25PM   21    Q.   AND IS THAT THE SAME ADVIA 1800 SYSTEM THAT YOU UNDERSTAND

02:25PM   22    WAS IN USE FOR SOME TESTS AT THERANOS?

02:25PM   23    A.   YES.

02:25PM   24    Q.   AND THE BULLET ON THE BOTTOM THERE INDICATES THAT THE

02:25PM   25    MANUFACTURER IS SIEMENS.

CHEUNG CROSS BY MR. COOPERSMITH

02:25PM 1          DO YOU SEE THAT?

02:25PM 2     A.   YES.

02:25PM 3     Q.   AND YOU TESTIFIED ABOUT THIS PARTICULAR BLOOD TESTING

02:25PM 4     INSTRUMENT ON DIRECT; RIGHT?

02:25PM 5     A.   YES.

02:25PM 6          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 204.

02:25PM 7          MR. BOSTIC:  AUTHENTICATION, YOUR HONOR.

02:25PM 8          THE COURT:  DO YOU WANT TO LAY SOME MORE FOUNDATION

02:25PM 9     FOR THIS?

02:25PM 10         MR. COOPERSMITH:  YOUR HONOR, I CAN.  I WILL JUST

02:25PM 11    NOTE THAT WE DO HAVE A STIPULATION TO THESE BATES NUMBER BEING

02:25PM 12    AUTHENTIC, SO I JUST THOUGHT I WOULD POINT THAT OUT.

02:25PM 13         MR. BOSTIC:  SO, YOUR HONOR, I DON'T BELIEVE THAT

02:25PM 14    STIPULATION STIPULATES THAT WHAT IS IN FRONT OF US IS AN

02:25PM 15    AUTHENTIC COPY OF THE ADVIA 1800 USER GUIDE.  I DON'T THINK

02:25PM 16    THAT STIPULATION COVERS THAT.

02:26PM 17         MR. COOPERSMITH:  I THOUGHT IT DID, BUT I CAN ASK

02:26PM 18    THE WITNESS MORE QUESTIONS IF YOU WANT ME TO.

02:26PM 19         THE COURT:  SURE.  WHY DON'T YOU.

02:26PM 20    BY MR. COOPERSMITH:

02:26PM 21    Q.   MS. CHEUNG, DO YOU RECOGNIZE THIS AS THE ADVIA 1800

02:26PM 22    OPERATORS GUIDE?

02:26PM 23    A.   HAVE I SEEN THIS BEFORE?

02:26PM 24    Q.   RIGHT.

02:26PM 25    A.   I DON'T RECALL.

02:26PM   1    Q.   AND I THINK YOU TESTIFIED THAT YOU SOMETIMES RAN SAMPLES

02:26PM   2    ON THE ADVIA?

02:26PM   3    A.   YES.

02:26PM   4    Q.   AND ARE YOU SAYING THAT YOU RAN SAMPLES ON THE ADVIA BUT

02:26PM   5    YOU NEVER LOOKED AT THE USERS GUIDE?

02:26PM   6    A.   WE HAD OUR OWN INTERNAL SOP'S ABOUT HOW WE OPERATED THE

02:26PM   7    ADVIA.

02:26PM   8    Q.   OKAY.  AND DID THE INTERNAL SOP'S CONTAIN INFORMATION

02:26PM   9    ABOUT DILUTION?

02:26PM  10    A.   I DON'T REMEMBER.

02:26PM  11    Q.   OKAY.  YOU DON'T REMEMBER.

02:26PM  12         AND IF YOU COULD TURN IN THE DOCUMENT TO PAGE 23.  AND IF

02:27PM  13    YOU COULD TAKE A LOOK AT -- JUST BROWSE 23, 24, AND 25 JUST FOR

02:27PM  14    A SECOND, AND I'LL ASK YOU A QUESTION ABOUT THAT.

02:27PM  15    A.   OKAY.

02:27PM  16    Q.   DOES THAT REFRESH YOUR MEMORY THAT THE ADVIA 1800 ALSO HAD

02:27PM  17    INTERNAL DILUTION STEPS THAT IT WENT THROUGH?

02:27PM  18    A.   I HAVE NEVER SEEN THIS.  I JUST LEARNED HOW TO OPERATE THE

02:27PM  19    SIEMENS ADVIA.  I DIDN'T NECESSARILY UNDERSTAND THE INTERNAL

02:27PM  20    MECHANICS OF THE ADVIA.

02:27PM  21    Q.   OKAY.  SO YOU JUST KNEW HOW TO PUT A SAMPLE IN BUT NOT

02:27PM  22    WHAT ACTUALLY WENT ON INSIDE OF THE MACHINE OR ANYTHING LIKE

02:27PM  23    THAT?

02:27PM  24    A.   NOT TO THIS DETAIL, NO.

02:27PM  25    Q.   OKAY.  AND THAT WOULD ALSO MEAN, TELL ME IF I'M RIGHT,

02:28PM  1    THAT YOU DIDN'T KNOW WHAT INTERNAL ALGORITHMS OR MATHEMATICAL

02:28PM  2    EQUATIONS WORKED IN THE SOFTWARE OF THE ADVIA 1800; IS THAT

02:28PM  3    RIGHT?

02:28PM  4    A.   THAT IS CORRECT.

02:28PM  5    Q.   AND IF IT WASN'T, YOU WOULD KNOW ABOUT THAT.  THAT WAS

02:28PM  6    PART OF YOUR JOB; IS THAT FAIR?

02:28PM  7    A.   THAT'S FAIR.

02:28PM  8    Q.   OKAY.  LET'S GO BACK TO EXHIBIT 9368.  THIS IS THE TSH

02:28PM  9    ASSAY VALIDATION REPORT.  IT'S ON YOUR SCREEN.

02:28PM  10        SO LET'S JUST GO THROUGH SOME OF THIS DOCUMENT.  AND IT'S

02:28PM  11   A FAIRLY LENGTHY DOCUMENT.  I THINK IT GOES, IF YOU LOOK AT THE

02:28PM  12   LAST PAGE, UP TO PAGE 51; IS THAT RIGHT?

02:28PM  13   A.   YES.

02:28PM  14   Q.   SO THAT'S 51 PAGES OF INFORMATION THAT HAD TO BE COMPILED

02:28PM  15   JUST TO VALIDATE THIS ONE ASSAY, WHICH IS TSH?

02:28PM  16   A.   THAT IS CORRECT.

02:28PM  17   Q.   AND THAT'S A THYROID RELATED TEST; IS THAT RIGHT?

02:28PM  18   A.   YES.

02:28PM  19   Q.   OKAY.  AND THE PEOPLE WHO DID THE VALIDATION, WOULD THAT

02:29PM  20   BE THE SCIENTIFIC TEAM AT THERANOS?

02:29PM  21   A.   YES.

02:29PM  22   Q.   SO, FOR EXAMPLE, DR. SIVARAMAN?

02:29PM  23   A.   AND THE ELISA TEAM, YES.

02:29PM  24   Q.   AND SO YOU WERE ONE OF THE PEOPLE ON THE ELISA TEAM;

02:29PM  25   RIGHT?

02:29PM   1        A.   YES, FOR A PORTION OF MY EMPLOYMENT.

02:29PM   2        Q.   AND YOUR JOB AT YOUR POSITION OR LEVEL IN THE ELISA TEAM

02:29PM   3    WAS TO RUN THE SAMPLES AND REPORT THE RESULTS SO THAT THE

02:29PM   4    SCIENTIFIC TEAM COULD COMPILE THIS TYPE OF REPORT; IS THAT

02:29PM   5    FAIR?

02:29PM   6        A.   THAT IS FAIR.

02:29PM   7        Q.   OKAY.  AND WHEN YOU DID THAT, IS IT FAIR TO SAY THAT YOUR

02:29PM   8    EFFORT WAS TO PRESENT ACCURATE DATA?

02:29PM   9        A.   YES.

02:29PM   10       Q.   AND YOU FELT THE SAME OF YOUR COLLEAGUES; IS THAT RIGHT?

02:29PM   11       A.   SOMETIMES.

02:29PM   12       Q.   OKAY.  YOUR COLLEAGUES IN THE ELISA DEVELOPMENT TEAM IN

02:29PM   13   THE RESEARCH AND DEVELOPMENT DEPARTMENT, RIGHT, ARE YOU SAYING

02:30PM   14   THAT SOMEONE DID NOT PRESENT ACCURATE DATA?

02:30PM   15       A.   IT WAS A BIT COMPLICATED AT THERANOS SIMPLY BECAUSE THERE

02:30PM   16   WAS SO MUCH OUTLIER DELETION THAT WAS OCCURRING, SO WE WEREN'T

02:30PM   17   ALWAYS SHOWCASING ALL OF THE DATA THAT WE WERE RUNNING BASED ON

02:30PM   18   OUR EXPERIMENTS BECAUSE A LOT OF IT WAS ELIMINATED.

02:30PM   19       Q.   AND YOU'RE TALKING SPECIFICALLY ABOUT THE OUTLIER ISSUE?

02:30PM   20       A.   YES.

02:30PM   21       Q.   AND THAT'S THE ISSUE THAT MR. BOSTIC ASKED YOU ABOUT?

02:30PM   22       A.   YES.

02:30PM   23       Q.   OKAY.  WE'LL GET TO THAT.

02:30PM   24            BUT FOR THE MOMENT I JUST WANTED TO ASK YOU, YOU

02:30PM   25   UNDERSTOOD THAT DR. SIVARAMAN AND DR. ROSENDORFF AND OTHERS ALL

02:30PM  1    WERE APPROVING OF THAT PROCEDURE TO DELETE CERTAIN OUTLIERS IN

02:30PM  2    THE DATA THAT YOU REFERRED TO; RIGHT?

02:30PM  3    A.   WHEN I WAS ON THE ELISA TEAM, DR. SIVARAMAN WAS.

02:30PM  4    Q.   OKAY.  AND YOU DON'T THINK DR. SIVARAMAN WAS TRYING TO DO

02:31PM  5    SOMETHING WRONG OR INCORRECT, DO YOU?

02:31PM  6    A.   NO.  I THINK SHE WAS TRYING TO COMPLETE THE REPORT.

02:31PM  7    Q.   OKAY.  BUT SHE'S A PH.D.?

02:31PM  8    A.   YES.

02:31PM  9    Q.   AND SHE HAS A WEALTH OF EXPERIENCE AND KNOWLEDGE?

02:31PM  10   A.   YES.

02:31PM  11   Q.   AND THAT'S WHAT SHE DECIDED IS THAT WOULD BE APPROPRIATE

02:31PM  12   TO DELETE OUTLIERS?

02:31PM  13   A.   YES.

02:31PM  14   Q.   OKAY.  LET'S GO BACK TO EXHIBIT 9368, AND IF YOU'D GO TO

02:31PM  15   PAGE 25.

02:31PM  16        DO YOU SEE THERE'S A CHART THERE?

02:31PM  17   A.   YES.

02:31PM  18   Q.   AND IT'S THERANOS SYSTEM VERSUS PREDICATE METHOD?

02:32PM  19   A.   YES.

02:32PM  20   Q.   AND YOU'VE SEEN THIS CHART BEFORE; RIGHT?

02:32PM  21   A.   I DON'T REMEMBER.

02:32PM  22   Q.   OKAY.  YOU UNDERSTAND THAT -- OR DO YOU UNDERSTAND THAT

02:32PM  23   THAT GROUPING OF DOTS SHOWS THE CORRELATION BETWEEN THE

02:32PM  24   PREDICATE DEVICE OR THE COMMERCIAL DEVICE VERSUS THE THERANOS

02:32PM  25   DEVICE?

02:32PM   1    A.   CORRECT.

02:32PM   2    Q.   AND THEN IT HAS AN R SQUARED OF .9205.

02:32PM   3         DO YOU SEE THAT?

02:32PM   4    A.   YES.

02:32PM   5    Q.   AND YOU DON'T CALCULATE THE R SQUARED; RIGHT?

02:32PM   6    A.   NO.

02:32PM   7    Q.   AND DO YOU KNOW WHAT THAT IS EXACTLY?

02:32PM   8    A.   IT'S A MEASUREMENT OF ALIGNMENT, BUT I CAN'T REMEMBER AT

02:32PM   9    THIS POINT.  IT WAS A LONG TIME AGO.

02:32PM  10    Q.   BECAUSE THAT'S NOT YOUR BACKGROUND?

02:32PM  11    A.   CORRECT.

02:32PM  12    Q.   AND THAT WOULD BE LIKE SOMEONE WHO HAS A STATISTICAL

02:32PM  13    BACKGROUND?

02:32PM  14    A.   YES.

02:32PM  15    Q.   ALL RIGHT.  BUT YOU UNDERSTAND THAT THIS DATA WAS

02:32PM  16    SOMETHING THAT WAS NECESSARY TO HAVE THE VALIDATION REPORT MEET

02:32PM  17    ENOUGH STANDARDS FOR IT TO BE PLACED IN THE CLIA LAB; RIGHT?

02:32PM  18    A.   CORRECT.

02:32PM  19    Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE -- I'M SORRY,

02:33PM  20    PAGE 27.  SO IT'S TWO PAGES MORE.

02:33PM  21         DO YOU SEE THERE'S THIS FIGURE 10 SCATTER PLOT CLSI

02:33PM  22    GUIDELINE?

02:33PM  23    A.   YES.

02:33PM  24    Q.   AND DO YOU KNOW WHAT CLSI IS?

02:33PM  25    A.   NO.

02:33PM   1    Q.   AND DO YOU UNDERSTAND THAT IT'S AN ORGANIZATION THAT HELPS

02:33PM   2    CLIA LABS MEET CERTAIN STANDARDS?

02:33PM   3    A.   NO.

02:33PM   4    Q.   OKAY.  NOW, PRIOR TO ONE OF THESE VALIDATION REPORT

02:34PM   5    STUDIES THAT RESULT IN A REPORT, THERE WERE PREVIOUS STEPS TO

02:34PM   6    WORK ON THE ASSAY THAT YOU'RE AWARE; RIGHT?

02:34PM   7    A.   CAN YOU REPEAT THAT QUESTION.

02:34PM   8    Q.   SURE.

02:34PM   9         SO JUST TO BE MORE SPECIFIC, PRIOR TO THE TIME WHEN AN

02:34PM  10    ASSAY OR TEST WAS VALIDATED FOR USE IN THE CLIA LABS FOR

02:34PM  11    PATIENT TESTING, IT WOULD HAVE GONE THROUGH A RESEARCH AND

02:34PM  12    DEVELOPMENT PROCESS; IS THAT CORRECT?

02:34PM  13    A.   YES.

02:34PM  14    Q.   AND IN THE RESEARCH AND DEVELOPMENT PROCESS, THERE WERE

02:34PM  15    ALSO REPORTS GENERATED DURING THAT PROCESS?

02:34PM  16         DO YOU REMEMBER THAT?

02:34PM  17    A.   I WASN'T FAMILIAR WITH THAT PROCESS.

02:34PM  18    Q.   OKAY.  SO, FOR EXAMPLE, TAKE A LOOK AT IN YOUR BINDER

02:34PM  19    EXHIBIT 9227.

02:34PM  20         I'M SORRY, LET ME REFER YOU TO A DIFFERENT ONE FIRST.

02:34PM  21    9208.  9208.

02:35PM  22         DO YOU HAVE THAT IN FRONT OF YOU, MS. CHEUNG?

02:35PM  23    A.   YES.

02:35PM  24    Q.   OKAY.  AND THAT TITLE IS HEPATITIS C VIRUS IGG ASSAY

02:35PM  25    DEVELOPMENT REPORT?

02:35PM 1      A.   THAT'S CORRECT.

02:35PM 2      Q.   AND AN ASSAY DEVELOPMENT REPORT IS SOMETHING DIFFERENT

02:35PM 3      FROM A VALIDATION REPORT FOR THE CLINICAL LAB; RIGHT?

02:35PM 4      A.   CORRECT.

02:35PM 5      Q.   AND THIS WOULD BE THE -- I'LL START AGAIN.  SORRY.

02:35PM 6           THE ASSAY DEVELOPMENT REPORT WOULD BE THE WORK PRODUCT OF

02:35PM 7      THE WORK ON RESEARCH AND DEVELOPMENT IN THE CLIA LAB TO DEVELOP

02:35PM 8      A PARTICULAR ASSAY; IS THAT RIGHT?

02:35PM 9      A.   I ASSUME SO, BUT I NEVER WORKED ON THESE DOCUMENTS.

02:36PM 10     Q.   OKAY.  YOU WORKED IN THE AREA OF ASSAY DEVELOPMENT

02:36PM 11     SOMETIMES?

02:36PM 12     A.   I WORKED IN THE DEPARTMENT OF VALIDATION OF THE ASSAYS IN

02:36PM 13     RESEARCH AND DEVELOPMENT, BUT I DIDN'T SPECIFICALLY WORK IN THE

02:36PM 14     ASSAY DEVELOPMENT ASPECT OF THE R&D LAB UNDER ELISA.

02:36PM 15     Q.   OKAY.  SO THERE WERE OTHER PEOPLE, NOT YOURSELF, WHO WOULD

02:36PM 16     HAVE BEEN RESPONSIBLE FOR DEVELOPING ASSAY DEVELOPMENT REPORTS?

02:36PM 17     A.   CORRECT.

02:36PM 18     Q.   OKAY.  WERE YOU ANY PART OF THAT WORK AT ALL WHERE YOU

02:36PM 19     WOULD EVEN RUN SAMPLES FOR THAT PURPOSE?

02:36PM 20     A.   NOT FOR ASSAY DEVELOPMENT, NO.

02:36PM 21     Q.   OKAY.  SO IN RESEARCH AND DEVELOPMENT, I ASSUME THAT YOU

02:36PM 22     WERE WORKING ON SOMETHING TOWARDS A GOAL?

02:36PM 23     A.   THAT WAS THE VALIDATION REPORTS THAT WE EXPLORED BEFORE.

02:36PM 24     Q.   OKAY.  SO YOU IN PARTICULAR WERE WORKING ON THE VALIDATION

02:36PM 25     REPORTS AND NOT THE ASSAY DEVELOPMENT REPORTS?

02:36PM  1      A.   CORRECT.

02:36PM  2      Q.   OKAY.  AND IS IT YOUR TESTIMONY, MS. CHEUNG, THAT YOU WERE

02:37PM  3      CLOSE TO THE VALIDATION REPORTS?

02:37PM  4      A.   IN WHAT CAPACITY?

02:37PM  5      Q.   DID YOU WORK CLOSELY WITH VALIDATION REPORTS?

02:37PM  6      A.   I -- SO TO THE EXTENT I WORKED WITH VALIDATION REPORTS WAS

02:37PM  7      THAT I WAS CONDUCTING THE EXPERIMENTS THAT WERE NECESSARY TO

02:37PM  8      COMPLETE THE WORK ARTICULATED IN VALIDATION REPORTS AND WOULD

02:37PM  9      SUBMIT THOSE TO THE HEAD OF THE DEPARTMENT.

02:37PM  10          SO I WASN'T INVOLVED IN THE WRITING.  I WASN'T INVOLVED IN

02:37PM  11     THE PRODUCTION OF THE VALIDATION REPORTS EXCEPT FOR PROVIDING

02:37PM  12     THE DATA, THE EXPERIMENTS THAT WERE NECESSARY TO COMPLETE IT.

02:37PM  13     Q.   OKAY.  AND I TAKE IT YOU WERE NOT INVOLVED IN THE

02:37PM  14     STATISTICAL ANALYSIS THAT MIGHT BE NEEDED TO FINALIZE ONE OF

02:38PM  15     THESE VALIDATION REPORTS?

02:38PM  16     A.   THAT IS CORRECT.

02:38PM  17     Q.   OKAY.  I WANT TO GO TO A SOMEWHAT DIFFERENT TOPIC AND THAT

02:38PM  18     IS, DO YOU REMEMBER ON DIRECT EXAMINATION, I THINK IT WAS

02:38PM  19     YESTERDAY --

02:38PM  20     A.   YEAH.

02:38PM  21     Q.   -- YOU LOOKED AT AN EXHIBIT THAT HAD LIKE A THERANOS TEST

02:38PM  22     MENU?  DO YOU REMEMBER THAT?

02:38PM  23     A.   YES.

02:38PM  24     Q.   AND I'LL JUST POINT YOU TO WHERE IT IS AT.  I BELIEVE IT

02:38PM  25     IS EXHIBIT 3741A.

CHEUNG CROSS BY MR. COOPERSMITH

02:39PM  1    A.   YOU SAID 3741A?

02:39PM  2    Q.   3741A.  YES.  THANK YOU.

02:39PM  3         ONE MOMENT, YOUR HONOR.

02:39PM  4              THE COURT:  YES.

02:39PM  5         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

02:39PM  6              THE WITNESS:  I DON'T BELIEVE I HAVE THIS.

02:39PM  7              THE COURT:  3741 IS THE GOVERNMENT'S EXHIBIT?

02:39PM  8              MR. COOPERSMITH:  YES, YOUR HONOR.  I THINK IT WAS

02:40PM  9    LABELLED A BECAUSE IT WAS THE FIRST SEVEN PAGES OF IT.

02:40PM  10        AND I HAVE -- I DON'T THINK I HANDED IT UP, BUT I THINK

02:40PM  11   THE EXHIBIT THAT WE'RE REFERRING TO FOR THE MOMENT IS 3741

02:40PM  12   CAPITAL A.

02:40PM  13             THE COURT:  SO THAT'S THE FIRST SEVEN PAGES OF

02:40PM  14   3471 --

02:40PM  15             MR. COOPERSMITH:  I'M SORRY.  3741A.

02:40PM  16             THE COURT:  AND THAT IS FOUND IN THE BINDER, THE

02:40PM  17   GOVERNMENT'S BINDER.  AND IS IT THE FIRST SEVEN PAGES?

02:40PM  18             MR. COOPERSMITH:  RIGHT.  I THINK IT WAS MARKED A

02:40PM  19   BECAUSE THAT WAS THE DESIGNATION FOR THOSE FIRST SEVEN PAGES.

02:40PM  20             THE COURT:  RIGHT.  THIS WITNESS DOESN'T HAVE THAT

02:40PM  21   SEPARATION.  SHE ONLY HAS THE FULL SET.  SO IT'S ONLY THE FIRST

02:40PM  22   SEVEN PAGES.

02:40PM  23        IS THAT ACCURATE?

02:40PM  24             MR. COOPERSMITH:  THAT WILL WORK.

02:40PM  25             THE COURT:  DO YOU UNDERSTAND THAT?

02:40PM  1              THE WITNESS:  AND THAT WAS FROM THE GOVERNMENT?

02:40PM  2              THE COURT:  CORRECT.

02:40PM  3              THE WITNESS:  YES, I HAVE THAT.

02:40PM  4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:40PM  5         CAN I APPROACH?

02:40PM  6              THE COURT:  YES.

02:41PM  7              MR. COOPERSMITH:  (HANDING.)

02:41PM  8    Q.   OKAY.  MS. CHEUNG, I KNOW WHAT YOU REALLY WANTED WAS

02:41PM  9    ANOTHER BINDER UP THERE ON THE STAND, SO MY APOLOGIES FOR THAT.

02:41PM 10    HOPEFULLY YOU HAVE ROOM TO PUT IT SOMEWHERE.

02:41PM 11         AND I JUST WANT TO GO THROUGH 3741A.  THAT'S THAT FIRST

02:41PM 12    SEVEN PAGES OF THE EXHIBIT THAT JUDGE DAVILA JUST TOLD YOU

02:41PM 13    ABOUT.

02:41PM 14         AND I'M GOING TO REFER BACK AND FORTH TO THE BINDER I'VE

02:41PM 15    JUST HANDED YOU.  OKAY?

02:41PM 16    A.   OKAY.

02:41PM 17              MR. BOSTIC:  SORRY TO INTERRUPT, COUNSEL.

02:41PM 18         DO I HAVE A COPY OF THAT BINDER THAT YOU'VE JUST HANDED

02:41PM 19    UP?

02:41PM 20              MR. COOPERSMITH:  YOU SHOULD.

02:41PM 21              MR. BOSTIC:  IS IT 1 OR 2?

02:42PM 22    BY MR. COOPERSMITH:

02:42PM 23    Q.   OKAY.  SO, MS. CHEUNG, DO YOU REMEMBER DURING MR. BOSTIC'S

02:42PM 24    EXAMINATION HE POINTED YOU TOWARDS THE LAST PAGE.  IT'S

02:42PM 25    ACTUALLY THE SEVENTH PAGE.

02:42PM  1        AND JUST TO MAKE IT EASY, EXHIBIT 3741 HAS THESE BATES

02:42PM  2   NUMBERS AT THE VERY BOTTOM, AND THE ONE THAT I'M REFERRING TO

02:42PM  3   IS ENDING IN 15291.

02:42PM  4        DO YOU SEE THAT?

02:42PM  5   A.   YEAH.

02:42PM  6   Q.   OKAY.  AND IF WE COULD PUT --

02:42PM  7        THIS IS ALREADY ADMITTED, YOUR HONOR.

02:42PM  8        IF WE COULD PUT THAT PAGE UP ON THE SCREEN.  RIGHT.

02:42PM  9        SO DO YOU REMEMBER THAT MR. BOSTIC WAS ASKING YOU SOME

02:42PM 10   QUESTIONS ABOUT THIS PAGE?

02:42PM 11   A.   YES.

02:42PM 12   Q.   AND DO YOU REMEMBER THAT HE WAS ASKING YOU WHICH ONE OF

02:42PM 13   THESE RAN ON THERANOS TECHNOLOGY?

02:42PM 14        DO YOU REMEMBER THAT?

02:42PM 15   A.   YES.

02:43PM 16   Q.   AND I THINK YOU SAID THERE WERE FOUR OR FIVE OF THESE?

02:43PM 17   A.   YES.

02:43PM 18   Q.   OKAY.  AND IF YOU LOOK AT THE REST OF THIS EXHIBIT, I'M

02:43PM 19   REFERRING TO THE FIRST SEVEN PAGES OF WHAT YOU HAVE, YOU SEE

02:43PM 20   THAT THE EXHIBIT IS JUST MADE UP OF, YOU KNOW, VARIOUS TEST

02:43PM 21   MENUS; RIGHT?

02:43PM 22        AND WOULD YOU AGREE WITH ME THAT THE TESTS LISTED ON THAT

02:43PM 23   LAST PAGE ARE ALSO LISTED -- SOME OF THEM ARE AT LEAST LISTED

02:43PM 24   ON THE OTHER PAGES AS WELL?

02:43PM 25   A.   YES.

02:43PM 1    Q.   OKAY.  SO LET'S START WITH THE VERY FIRST PAGE OF

02:43PM 2    EXHIBIT 3741, AND IT'S THE PAGE WITH THE NUMBER ON THE BOTTOM

02:43PM 3    THAT'S 15286.

02:43PM 4         AND I JUST WANT TO ASK YOU SORT OF ASSAY BY ASSAY HERE.

02:43PM 5         SO, FIRST OF ALL, DO YOU SEE UNDER -- THEY'RE ALPHABETICAL

02:43PM 6    ON THE FIRST PAGE.

02:43PM 7         DO YOU SEE THAT?

02:43PM 8    A.   YES.

02:43PM 9    Q.   AND SO UNDER A, THE A SECTION THERE'S AN ASSAY CALLED

02:44PM 10   ALANINE AMINOTRANSFERASE (ALT/SGPT).

02:44PM 11        DO YOU SEE THAT?

02:44PM 12   A.   YES.

02:44PM 13   Q.   AND ARE YOU AWARE THAT THAT ASSAY WAS BEING RUN ON A

02:44PM 14   THERANOS TECHNOLOGY THAT WAS KNOWN AS A MODIFIED PREDICATE OR A

02:44PM 15   MODIFIED COMMERCIAL DEVICE?

02:44PM 16   A.   I DON'T REMEMBER.

02:44PM 17   Q.   YOU DON'T REMEMBER.

02:44PM 18        AND DO YOU ALSO REMEMBER THAT THAT PARTICULAR ASSAY WAS

02:44PM 19   PART OF THE PANEL OF TESTS THAT WERE RUN WITH COMPREHENSIVE

02:44PM 20   METABOLIC PANELS?

02:44PM 21   A.   THE CHEM 14?

02:44PM 22   Q.   CHEM 14?

02:44PM 23   A.   I WOULD HAVE TO LOOK AT IT, BUT I DON'T REMEMBER.  I

02:44PM 24   IMAGINE IT WAS THE CHEM 14.

02:44PM 25   Q.   I'M SORRY, YOU DO THINK IT WAS THE CHEM 14?

CHEUNG CROSS BY MR. COOPERSMITH

02:44PM 1    A.    YEAH.

02:44PM 2    Q.    OKAY.  SO DO YOU UNDERSTAND THAT A CHEM 14 HAS A NUMBER OF

02:44PM 3    ASSAYS THAT ARE RUN AS PART OF THAT PANEL?

02:44PM 4    A.    YES.

02:44PM 5    Q.    AND SO CHEM 14, IT'S PROBABLY 14 DIFFERENT TESTS; RIGHT?

02:44PM 6    A.    YES.

02:44PM 7    Q.    AND THAT'S WHY IT'S CALLED CHEM 14?

02:45PM 8    A.    CORRECT.

02:45PM 9    Q.    AND SO LET'S GO TO THE NEXT ONE.

02:45PM 10        WELL, ACTUALLY LET'S REFER TO THE BINDER FIRST.

02:45PM 11        SO THE BINDER HAS TABS IN IT, THE ONE THAT I'VE HANDED YOU

02:45PM 12   A FEW MINUTES AGO?

02:45PM 13   A.    YES.

02:45PM 14   Q.    AND I JUST WANT YOU TO REFER TO 0 -- I'M SORRY,

02:45PM 15   EXHIBIT 9013.  THEY'RE ALL IN NUMERICAL ORDER SO HOPEFULLY YOU

02:45PM 16   CAN FIND THEM.

02:45PM 17        DO YOU HAVE IT?

02:45PM 18   A.    YES.

02:45PM 19   Q.    AND DO YOU SEE THAT AS A VALIDATION REPORT FOR MODIFIED

02:45PM 20   SIEMENS ASSAY OF ALANINE AMINOTRANSFERASE?

02:45PM 21   A.    YES.

02:45PM 22   Q.    OKAY.  IN FACT, THE FACT THAT IT'S A VALIDATION REPORT,

02:45PM 23   THAT TELLS YOU IT'S ON ONE OF THESE MODIFIED PREDICATE

02:45PM 24   MACHINES; RIGHT?

02:45PM 25   A.    YES.

02:45PM   1    Q.   AND LET'S GO TO THE NEXT ONE.

02:45PM   2         ALBUMIN.  DO YOU SEE THAT?

02:45PM   3    A.   YES.

02:45PM   4    Q.   AND DO YOU UNDERSTAND THAT THAT IS ALSO AN ASSAY THERANOS

02:45PM   5    RAN AT TIMES ON THE MODIFIED COMMERCIAL MACHINES?

02:46PM   6    A.   YES.

02:46PM   7    Q.   AND IF YOU COULD LOOK AT -- DO YOU UNDERSTAND THAT THAT

02:46PM   8    WAS AN ASSAY THAT THEY RAN?

02:46PM   9    A.   ALBUMIN?

02:46PM   10   Q.   YES.

02:46PM   11   A.   AGAIN, I CAN'T REMEMBER.  I DON'T REMEMBER ALL OF THE

02:46PM   12   NAMES FOR THE GENERAL CHEMISTRY.  THAT WASN'T MY SPECIALTY AS

02:46PM   13   SUCH, AND IT WAS LATE WHEN I WAS IN THE COMPANY.

02:46PM   14   Q.   FAIR ENOUGH.  IF YOU COULD GO IN THE BINDER TO 9016.

02:46PM   15   A.   CAN YOU REPEAT THAT NUMBER.

02:46PM   16   Q.   9016.

02:46PM   17   A.   OKAY.

02:46PM   18   Q.   DO YOU SEE 9016 IS A MODIFIED SIEMENS ASSAY OF ALBUMIN?

02:46PM   19   A.   YES.

02:46PM   20   Q.   OKAY.  SO THAT'S ANOTHER ONE RUN ON A THERANOS MODIFIED

02:47PM   21   PREDICATE?

02:47PM   22   A.   YES.

02:47PM   23   Q.   OKAY.  MS. CHEUNG, YOU WEREN'T INVOLVED, WERE YOU, IN ALL

02:47PM   24   OF THE RESEARCH AND DEVELOPMENT WORK THAT WENT INTO MODIFYING

02:47PM   25   THE COMMERCIAL MACHINES?

02:47PM   1       A.   NO.

02:47PM   2       Q.   SO I TAKE IT YOU DON'T REALLY KNOW WHAT THERANOS DID TO

02:47PM   3       MODIFY THE MACHINES?

02:47PM   4       A.   IN WHAT CONTEXT?  CAN YOU ELABORATE.

02:47PM   5       Q.   WELL, SO WHEN YOU MODIFY SOMETHING, THAT MEANS YOU'RE

02:47PM   6       CHANGING IT; IS THAT FAIR?

02:47PM   7       A.   CORRECT.

02:47PM   8       Q.   AND YOU DON'T KNOW WHAT THE CHANGES WERE EXACTLY THAT THEY

02:47PM   9       MADE TO THE MODIFIED PREDICATES, DO YOU?

02:47PM  10       A.   NO.

02:47PM  11       Q.   SO, FOR EXAMPLE, IF THEY CHANGED THE SOFTWARE, YOU

02:47PM  12       WOULDN'T KNOW EXACTLY WHAT THEY DID?

02:47PM  13       A.   I KNEW SOME OF THOSE PARTS BUT NOT ALL OF THEM.

02:47PM  14       Q.   OKAY.  AND THEY HAD TO MANUFACTURE THEIR OWN PARTS TO HOLD

02:47PM  15       SMALL BLOOD SAMPLES, YOU WEREN'T INVOLVED IN THE MANUFACTURING

02:47PM  16       OR DESIGN OF THOSE PARTS; RIGHT?

02:47PM  17       A.   NO.

02:47PM  18       Q.   BUT YOU KNEW THERE WERE SUCH PARTS?

02:47PM  19       A.   YES.

02:47PM  20       Q.   THEY WERE CALLED T-CUPS; RIGHT?

02:47PM  21       A.   CORRECT.

02:47PM  22       Q.   AND THAT WAS THERANOS'S TECHNOLOGY THAT THEY DEVELOPED?

02:48PM  23       A.   CORRECT.

02:48PM  24       Q.   AND THEN ANY OTHER CHANGES TO THE COMMERCIAL MACHINES THAT

02:48PM  25       WERE NECESSARY FOR THEM TO RUN SMALL BLOOD SAMPLES, YOU WEREN'T

02:48PM  1       INVOLVED IN MAKING THOSE CHANGES?

02:48PM  2       A.   NO.

02:48PM  3       Q.   AND SO YOU WOULD RUN SAMPLES SOMETIMES ON THOSE MODIFIED

02:48PM  4       PREDICATE MACHINES?

02:48PM  5       A.   CORRECT.

02:48PM  6       Q.   AND DO YOU KNOW WHY THEY'RE CALLED PREDICATES, BY THE WAY?

02:48PM  7       A.   NO.  I ASSUME THAT'S BECAUSE IT'S THE PRIOR METHOD.

02:48PM  8       Q.   RIGHT.  PRIOR METHOD MEANING THAT THERE'S A COMMERCIAL

02:48PM  9       MACHINE THAT IS APPROVED BY THE FDA?

02:48PM  10      A.   CORRECT.

02:48PM  11      Q.   AND THAT WOULD BE THE PREDICATE; RIGHT?

02:48PM  12      A.   YEAH.

02:48PM  13      Q.   AND THEN THE GOAL IS TO HAVE SOMETHING THAT YOU

02:48PM  14      MANUFACTURE YOURSELF OR MODIFIED TO BE EQUIVALENT TO THE

02:48PM  15      PREDICATE; CORRECT?

02:48PM  16      A.   CORRECT.

02:48PM  17      Q.   AND YOU TESTIFIED, I THINK, ON DIRECT ABOUT HOW CERTAIN

02:48PM  18      DEVICES WERE FDA APPROVED THAT THERANOS RAN?

02:48PM  19      A.   CORRECT.

02:48PM  20      Q.   AND SOME OF THEM WERE NOT APPROVED?

02:48PM  21      A.   CORRECT.

02:48PM  22      Q.   AND THE ONES THAT WERE NOT APPROVED, DO YOU UNDERSTAND

02:48PM  23      THAT THOSE WOULD SOMETIMES BE REFERRED TO AS LABORATORY

02:48PM  24      DEVELOPED TESTS?

02:48PM  25      A.   CORRECT.

02:48PM   1   Q.   AND THERE'S NOTHING WRONG WITH THAT; RIGHT?

02:48PM   2   A.   OF HAVING LABORATORY DEVELOPED TESTS?

02:49PM   3   Q.   RIGHT.  DO YOU KNOW?

02:49PM   4   A.   NO, THERE'S NOTHING WRONG WITH HAVING LABORATORY DEVELOPED

02:49PM   5   TESTS.

02:49PM   6   Q.   OKAY.  AND YOU UNDERSTOOD THAT THE TEAM AT THERANOS WAS

02:49PM   7   RUNNING LABORATORY DEVELOPED TESTS; RIGHT?

02:49PM   8   A.   IN THE R&D LAB?

02:49PM   9   Q.   IN THE CLIA LAB?

02:49PM  10   A.   IN THE CLIA LAB?  YES.

02:49PM  11   Q.   AND THOSE WOULD BE THE MODIFIED PREDICATES?

02:49PM  12   A.   YES.

02:49PM  13   Q.   AND THE EDISON DEVICES?

02:49PM  14   A.   CORRECT.

02:49PM  15   Q.   OKAY.  LET'S GO ON WITH OUR EXHIBIT 3741, AND WE'RE ON THE

02:49PM  16   FIRST PAGE.  SO THE NEXT ONE IS ALKALINE PHOSPHATASE.

02:49PM  17        DO YOU SEE THAT?

02:49PM  18   A.   YES.

02:49PM  19   Q.   AND DO YOU RECOGNIZE THAT AS ANOTHER ASSAY THAT WAS RUN ON

02:49PM  20   ONE OF THESE MODIFIED COMMERCIAL MACHINES?

02:49PM  21   A.   AGAIN, I COULDN'T BE CERTAIN.

02:49PM  22   Q.   OKAY.  CAN YOU REFER IN THE BINDER TO EXHIBIT 9020?

02:50PM  23   A.   I'M THERE.

02:50PM  24   Q.   AND DO YOU SEE THAT'S AN ASSAY DEVELOPMENT REPORT FOR THAT

02:50PM  25   ALKALINE PHOSPHATASE?

02:50PM   1     A.   YES.

02:50PM   2     Q.   OKAY.  AND IF YOU WOULD GO TO THE NEXT ONE, ALPHA-1-ACID

02:50PM   3     GLYCOPROTEIN.

02:50PM   4          DO YOU SEE THAT?

02:50PM   5     A.   YES.

02:50PM   6     Q.   AND THAT'S ANOTHER ONE RUN ON A MODIFIED PREDICATE?

02:50PM   7     A.   I DO NOT KNOW THAT FOR CERTAIN.

02:50PM   8     Q.   OKAY.  AND IF YOU GO TO EXHIBIT 9026 IN YOUR BINDER?

02:50PM   9     A.   YES.

02:50PM   10    Q.   YOU SEE THAT'S ANOTHER VALIDATION REPORT FOR ALPHA-1-ACID

02:50PM   11    GLYCOPROTEIN?

02:50PM   12    A.   YES.

02:50PM   13    Q.   AND IF THERE'S A VALIDATION REPORT, THAT TELLS YOU IT'S

02:50PM   14    SOMETHING RUN AT THERANOS; RIGHT?

02:50PM   15    A.   YES.

02:50PM   16    Q.   OKAY.  IF WE GO DOWN TO THE NEXT ONE, THERE'S ONE FURTHER

02:51PM   17    DOWN IN THE A'S, AMYLASE.

02:51PM   18         DO YOU SEE THAT?

02:51PM   19    A.   YES.

02:51PM   20    Q.   AND DO YOU KNOW WHAT THAT IS?

02:51PM   21    A.   NO.

02:51PM   22    Q.   AND DO YOU UNDERSTAND THAT THAT'S ANOTHER ONE RUN ON A

02:51PM   23    MODIFIED PREDICATE?

02:51PM   24    A.   AGAIN, I CAN'T BE CERTAIN.

02:51PM   25    Q.   IF YOU GO TO EXHIBIT 9031 IN THE BINDER.

02:52PM  1          DO YOU SEE THAT'S AN LDT VALIDATION REPORT FOR AMYLASE,

02:52PM  2    THAT SAME SIEMENS ADVIA?

02:52PM  3    A.   YES.

02:52PM  4    Q.   SO THAT'S ANOTHER ONE RUN ON A MODIFIED SIEMENS MACHINE;

02:52PM  5    CORRECT?

02:52PM  6    A.   YES.

02:52PM  7    Q.   THE NEXT ONE DOWN IS APOLIPOPROTEIN A-1.

02:52PM  8          DO YOU SEE THAT?

02:52PM  9    A.   YES.

02:52PM 10    Q.   AND IF YOU GO TO EXHIBIT 9046 IN THE BINDER.

02:52PM 11          DO YOU SEE THAT'S ANOTHER ASSAY REPORT FOR THAT

02:52PM 12    APOLIPOPROTEIN A-1?

02:53PM 13    A.   YES.

02:53PM 14    Q.   AND SO THAT'S ANOTHER ONE RUN ON A MODIFIED SIEMENS

02:53PM 15    MACHINE?  I'M SORRY?

02:53PM 16    A.   DID -- CAN YOU REPEAT THE QUESTION.

02:53PM 17    Q.   SURE.

02:53PM 18          SO THAT ONE THAT WE WERE JUST LOOKING AT WHICH WAS

02:53PM 19    APOLIPOPROTEIN A-1, AND THEN REFERRING TO EXHIBIT 9046 IN YOUR

02:53PM 20    BINDER, DO YOU SEE THAT THIS IS ANOTHER ASSAY THERANOS RAN ON A

02:53PM 21    MODIFIED PREDICATE MACHINE?

02:53PM 22    A.   YEAH.  IT JUST SAYS THE ASSAY VALIDATION REPORT.  I DON'T

02:53PM 23    KNOW WHAT DEVICE IT WAS RUN ON.  IT DOESN'T ARTICULATE THAT ON

02:53PM 24    HERE.

02:53PM 25    Q.   OKAY.  I SEE.

02:54PM  1        SO IF YOU GO TO PAGE 9 OF THAT DOCUMENT.

02:54PM  2    A.   YES.

02:54PM  3    Q.   AND YOU SEE SECTION 8, METHOD COMPARISON, SIEMENS VERSUS

02:54PM  4    THERANOS SYSTEM?

02:54PM  5    A.   YES.

02:54PM  6    Q.   AND THEN IT TALKS ABOUT THE ADVIA SYSTEM?

02:54PM  7    A.   YES.

02:54PM  8    Q.   AND SO DOES THAT HELP YOU?

02:54PM  9    A.   YES.

02:54PM  10   Q.   OKAY.  SO THAT'S ANOTHER MODIFIED PREDICATE ASSAY; RIGHT?

02:54PM  11   A.   YES.

02:54PM  12   Q.   OKAY.  THE NEXT ONE IS APOLIPOPROTEIN B, THE NEXT ONE

02:54PM  13   DOWN.

02:54PM  14        DO YOU SEE THAT?

02:54PM  15   A.   YES.

02:54PM  16   Q.   AND IF YOU GO TO EXHIBIT 9048.

02:54PM  17        DO YOU SEE THE VALIDATION REPORT FOR THAT ASSAY?

02:54PM  18   A.   YES.

02:54PM  19   Q.   AND THEN IF YOU GO TO PAGE 8 OF THAT DOCUMENT, DO YOU SEE

02:54PM  20   IN SECTION 8 THE REFERENCE TO THE ADVIA TESTIMONY?

02:54PM  21   A.   YES.

02:55PM  22   Q.   OKAY.  SO, MS. CHEUNG, WHEN YOU WERE WORKING WITH THE

02:55PM  23   MODIFIED PREDICATE MACHINES, WHEN I SAY "WORKING WITH," RUNNING

02:55PM  24   SAMPLES ON THEM --

02:55PM  25   A.   YES.

02:55PM  1    Q.  -- YOU DIDN'T THINK YOU WERE DOING ANYTHING WRONG, DID

02:55PM  2    YOU?

02:55PM  3    A.  NO.

02:55PM  4    Q.  AND THE PEOPLE WHO WERE WORKING WITH YOU IN THE CLIA LAB,

02:55PM  5    YOU DIDN'T THINK THEY WERE DOING ANYTHING WRONG EITHER, DID

02:55PM  6    YOU?

02:55PM  7    A.  I MEAN, IT JUST DEPENDS ON -- I DIDN'T INITIALLY WHEN

02:55PM  8    WORKING FOR THE COMPANY, BUT IT SORT OF CHANGED AS I LEARNED

02:55PM  9    MORE ABOUT WHAT WAS OCCURRING IN THE ORGANIZATION.

02:55PM 10    Q.  OKAY.  SO DID YOU THINK THAT DR. ROSENDORFF WAS DOING

02:55PM 11    SOMETHING WRONG?

02:55PM 12    A.  NO.  I DON'T THINK PEOPLE REALLY UNDERSTOOD THE FULL

02:55PM 13    CONTEXT FOR A LONG TIME OF WHAT WAS HAPPENING.

02:55PM 14    Q.  DO YOU KNOW WHAT DR. ROSENDORFF UNDERSTOOD OR WHAT HE

02:55PM 15    DIDN'T UNDERSTAND?

02:55PM 16    A.  NOT ENTIRELY, NO.

02:55PM 17    Q.  OKAY.  DO YOU THINK THAT DR. PANDORI WAS DOING SOMETHING

02:55PM 18    WRONG?

02:55PM 19    A.  NO, I DON'T THINK HE --

02:55PM 20    Q.  DR. SIVARAMAN?

02:55PM 21    A.  I DON'T KNOW.  I CAN'T SPEAK FOR HER.

02:55PM 22    Q.  DR. YOUNG?

02:55PM 23    A.  AGAIN, I DON'T KNOW.  I CAN'T SPEAK FOR HIM.

02:56PM 24    Q.  YOU DON'T KNOW ONE WAY OR THE OTHER?

02:56PM 25    A.  NO.

02:56PM   1    Q.   OKAY.  AND DO YOU UNDERSTAND THAT ALL OF THOSE PEOPLE

02:56PM   2    WERE, THAT I'VE MENTIONED, WERE PEOPLE WITH M.D.'S AND PH.D.'S?

02:56PM   3    A.   CORRECT.

02:56PM   4    Q.   AND SO IF YOU DISAGREED WITH THEM ABOUT SOMETHING, YOU

02:56PM   5    WOULD BE DISAGREEING WITH PEOPLE WITH A LOT MORE EXPERIENCE

02:56PM   6    THAN YOURSELF?

02:56PM   7    A.   YES.

02:56PM   8    Q.   AND I DON'T SAY THAT OUR OR ANY -- I DON'T MEAN ANY

02:56PM   9    OFFENSE, BUT I JUST POINT THAT AS THE QUESTION.

02:56PM  10    A.   YES.

02:56PM  11              MR. COOPERSMITH:  OKAY.  YOUR HONOR, WOULD THIS BE A

02:56PM  12    GOOD TIME TO BREAK FOR THE DAY?

02:56PM  13              THE COURT:  I THINK SO IF YOU'RE MOVING INTO A NEW

02:56PM  14    AREA.

02:56PM  15              MR. COOPERSMITH:  WELL, YOU KNOW, THERE ARE MORE OF

02:56PM  16    THESE, AND I'M GOING TO, OVER THE LONG BREAK THAT WE HAVE, COME

02:56PM  17    UP WITH A MORE EFFICIENT WAY SO WE DON'T TAKE AS MUCH TIME.

02:56PM  18              THE COURT:  OKAY.  LET'S DO THAT.

02:56PM  19         LADIES AND GENTLEMEN, LET'S RECESS FOR THE DAY.  PLEASE

02:56PM  20    RECALL THAT THIS WILL BE A LONG WEEKEND FOR YOU.  WE WILL BE

02:56PM  21    BACK IN SESSION ON WEDNESDAY NEXT WHICH IS THE 30TH AT

02:57PM  22    9:00 A.M.  IF YOU COULD COLLECT YOURSELVES AS YOU HAVE BEEN

02:57PM  23    DOING.  I HOPE THAT'S BEEN EFFICIENT FOR YOU.

02:57PM  24         LET ME REMIND YOU ONE MORE TIME OF THE ADMONITION, AND I'M

02:57PM  25    GOING TO SAY IT ONE MORE TIME WHEN WE BREAK, AND YOU KNOW THE

02:57PM   1    QUESTION I'M GOING TO ASK YOU.

02:57PM   2          PLEASE, DURING THIS BREAK, AND IT'S A LONG ONE, AND IT MAY

02:57PM   3    BE CHALLENGING, BUT YOU'VE BEEN DOING GREAT SO FAR, PLEASE DO

02:57PM   4    NOT DO ANY RESEARCH, DO NOT DO ANY READING, INDEPENDENT

02:57PM   5    RESEARCH, DO NOT DISCUSS, READ, LISTEN TO, OR ALLOW ANY OTHER

02:57PM   6    INFORMATION OUTSIDE OF THIS COURTROOM REGARDING THIS CASE TO

02:57PM   7    COME TO YOUR ATTENTION.  PLEASE AVOID THAT AT ALL COSTS.

02:57PM   8          I WILL ASK YOU WHEN WE MEET AGAIN ON WEDNESDAY WHETHER OR

02:57PM   9    NOT YOU HAVE HAD EXPOSURE TO ANY OF THOSE SOURCES OF OUTSIDE

02:57PM  10    INFORMATION.

02:57PM  11          SO I APPRECIATE YOUR CONTINUED FIDELITY TO THAT

02:57PM  12    ADMONITION.  SAFE TRAVELS.  HAVE A GOOD TIME ON YOUR TRIP,

02:57PM  13    THOSE OF YOU WHO MIGHT BE TRAVELLING.  ENJOY.  BE SAFE.

02:58PM  14          WE WILL SEE YOU AGAIN NEXT WEEK.

02:58PM  15          ANYTHING, COUNSEL, BEFORE THE JURY LEAVES FOR THE WEEKEND?

02:58PM  16                MR. COOPERSMITH:  NO, YOUR HONOR.

02:58PM  17                MR. BOSTIC:  NO, YOUR HONOR.

02:58PM  18                THE COURT:  ALL RIGHT.  THANK YOU.  ENJOY

02:58PM  19    YOURSELVES.  THANK YOU.  AND WE'LL SEE YOU NEXT WEDNESDAY.

02:58PM  20          MS. CHEUNG, PLEASE.  THANK YOU.

02:58PM  21          (JURY OUT AT 2:58 P.M.)

02:58PM  22                THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:58PM  23          ALL RIGHT.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS

02:59PM  24    LEFT FOR THE WEEKEND.

02:59PM  25          MS. CHEUNG, OUR WITNESS, HAS LEFT.

02:59PM  1          ALL COUNSEL AND MR. BALWANI ARE PRESENT.

02:59PM  2          ANYTHING WE SHOULD DISCUSS BEFORE WE LEAVE?

02:59PM  3              MR. SCHENK:  YES, YOUR HONOR, THERE ARE A COUPLE OF

02:59PM  4   ISSUES.  I SAID TWO THIS MORNING AND NOW THERE ARE ACTUALLY

02:59PM  5   FOUR, BUT I CAN BE VERY QUICK.

02:59PM  6          THE FIRST, WE SHOULD CLARIFY.

02:59PM  7          MR. COOPERSMITH HAS ON SEVERAL OCCASIONS REFERRED TO A

02:59PM  8   STIPULATION BETWEEN THE PARTIES.  IT IS DOCKET 1354.  THE

02:59PM  9   ASPECTS OF THE STIPULATION ARE NUMBERED.

02:59PM 10          THE SECOND ONE, WHICH IS THE ONE THAT MR. COOPERSMITH MUST

02:59PM 11   BE REFERRING TO THAT LISTS OUT BATES NUMBERS BEGINS BY SAYING,

02:59PM 12   EMAILS TO OR FROM EMAIL ADDRESSES WITH A DOMAIN NAME, AND THEN

02:59PM 13   LISTS THE DOMAIN NAME AT THERANOS AND THEN CERTAIN BATES

03:00PM 14   NUMBERS.

03:00PM 15          SO THE DOCUMENT LIKE THE ADVIA USER NUMBER IS NOT AN

03:00PM 16   EMAIL, AND IT IS NOT COVERED BY THE STIPULATION.  ITS

03:00PM 17   AUTHENTICITY WOULD STILL NEED TO BE ESTABLISHED THROUGH WITNESS

03:00PM 18   TESTIMONY.  I WANT TO CLARIFY THAT THIS EARLY ON IN THE TRIAL.

03:00PM 19              THE COURT:  THANK YOU.  ANY COMMENT ON THAT?

03:00PM 20              MR. COOPERSMITH:  YOUR HONOR, IF THAT'S THE

03:00PM 21   STIPULATION AND I CONFUSED EMAILS WITH OTHER DOCUMENTS, THEN MY

03:00PM 22   APOLOGIES.

03:00PM 23          I WILL SAY THAT IT'S ASTOUNDING REALLY.  THE WHOLE PURPOSE

03:00PM 24   OF THE STIPULATION, AS I UNDERSTOOD IT, WAS THAT THESE WERE

03:00PM 25   DOCUMENTS THAT THE GOVERNMENT OBTAINED FROM THERANOS.  SO THERE

03:00PM 1    REALLY IS NO DEBATE ABOUT THAT.  SO I'M NOT REALLY SURE WHY

03:00PM 2    THOSE WOULDN'T BE ADMISSIBLE BECAUSE THEY'RE CLEARLY PRODUCED

03:00PM 3    BY THERANOS.  THE GOVERNMENT KNOWS THAT.  THEY OBTAINED THEM.

03:00PM 4            THE COURT:  ARE THEY IN THE STIPULATION?

03:00PM 5            MR. COOPERSMITH:  WELL, APPARENTLY NOT, YOUR HONOR.

03:00PM 6    APPARENTLY NOT, BECAUSE THEY'RE NOT EMAILS.  SO I STAND

03:00PM 7    CORRECTED ON THAT ONE, YES.

03:00PM 8            THE COURT:  OKAY.  AND YOU HAD ANOTHER -- THANK YOU

03:00PM 9    FOR RAISING IT.

03:00PM 10           MR. SCHENK:  THE SECOND THING, MR. COOPERSMITH, I

03:00PM 11   THINK, USED A TRANSCRIPT FROM THE ELIZABETH HOLMES TRIAL TO

03:01PM 12   REFRESH ERIKA CHEUNG, THAT YOUR HONOR ADMITTED AN EXHIBIT IN

03:01PM 13   THE HOLMES TRIAL.

03:01PM 14       IT IS NOT AN APPROPRIATE WAY TO REFRESH THE RECOLLECTION

03:01PM 15   OF THIS WITNESS.  IN FACT, FRANKLY, I THINK IT WAS MORE OF AN

03:01PM 16   EFFORT TO REFRESH YOUR HONOR'S MEMORY THAT YOUR HONOR

03:01PM 17   PREVIOUSLY ADMITTED A CERTAIN EXHIBIT, AND I THINK WE JUST NEED

03:01PM 18   CLARIFICATION EARLY ON IN THE TRIAL:  ARE WE GOING TO ADMIT

03:01PM 19   EXHIBITS OR IS THE DEFENSE GOING TO SAY ESSENTIALLY LAW OF THE

03:01PM 20   CASE, JUDGE.  YOU ADMITTED THIS EXHIBIT IN THE PRIOR TRIAL AND

03:01PM 21   SO IT COMES IN IN THIS TRIAL, BECAUSE WE'RE CERTAINLY GOING TO

03:01PM 22   WANT TO ADMIT EXHIBITS ON THE SAME LATER.

03:01PM 23           THE COURT:  SURE.  I UNDERSTAND.  THAT'S WHY THERE

03:01PM 24   WAS A DELAY WHEN YOU WERE TRYING TO ADMIT THAT EXHIBIT.  I WAS

03:01PM 25   CONFUSED WHAT YOU WERE ACTUALLY TRYING TO DO, WHETHER OR NOT

1368

```
03:01PM   1    YOU WERE USING THE TRANSCRIPT TO REFRESH HER RECOLLECTION, OR

03:01PM   2    WHETHER -- I THINK WHAT YOU TOLD ME WAS, WELL, LET ME REFER YOU

03:01PM   3    TO THE TRANSCRIPT.  MAYBE THAT WILL HELP THE COURT.

03:02PM   4        AND WERE YOU TRYING TO SAY YOU ADMITTED IT BEFORE, TO

03:02PM   5    MR. SCHENK'S POINT, SO WHY DON'T WE ADMIT IT HERE.

03:02PM   6        IF THAT WAS YOUR ATTEMPT -- IS THAT WHAT YOU WERE TRYING

03:02PM   7    TO DO HERE?

03:02PM   8            MR. COOPERSMITH:  RIGHT, YOUR HONOR.

03:02PM   9        AND OBVIOUSLY I DIDN'T WANT TO SAY IN FRONT OF THE JURY

03:02PM  10    THAT YOUR HONOR MADE A PREVIOUSLY RULING OR SOMETHING LIKE

03:02PM  11    THAT.  I DON'T THINK THAT WOULD BE APPROPRIATE.

03:02PM  12        SO I WAS JUST TRYING TO, BECAUSE YOUR HONOR HAD IT IN

03:02PM  13    FRONT OF YOU.

03:02PM  14        AND, NO, IT'S NOT LAW OF THE CASE.  AND, OF COURSE, I DO

03:02PM  15    RECOGNIZE THAT THE COURT, AS WE DISCUSSED BEFORE IN OTHER

03:02PM  16    CONTEXTS, THE COURT COULD MAKE DIFFERENT RULINGS, BUT I DO

03:02PM  17    THINK IT IS RELEVANT THAT WHEN THE GOVERNMENT MAKES EXACTLY THE

03:02PM  18    SAME OBJECTION.  I ASSUMED IT WOULD BE HELPFUL FOR THE COURT TO

03:02PM  19    KNOW HOW YOUR HONOR PREVIOUSLY RULED ON EXACTLY THE SAME ISSUE.

03:02PM  20    EVEN IF YOU'RE NOT BOUND BY IT, IT STILL SEEMS HELPFUL TO KNOW

03:02PM  21    THAT, AND THAT'S WHAT I WAS TRYING TO DO, RIGHT?

03:02PM  22            THE COURT:  OKAY.  ALL RIGHT.  WELL, IF WE'RE GOING

03:02PM  23    TO HAVE DUAL TRACKS, LET ME KNOW, AND I'LL PULL UP THE

03:02PM  24    TRANSCRIPTS FROM THE OTHER TRIAL SO I CAN HAVE THEM TO

03:03PM  25    REFERENCE.
```

03:03PM  1       I SAY THAT TONGUE AND CHEEK BECAUSE WE'RE NOT GOING TO DO

03:03PM  2   THAT.  WE'RE NOT GOING TO DO THAT.

03:03PM  3       YOUR CLIENT IS ENTITLED TO HIS OWN FAIR AND INDEPENDENT

03:03PM  4   TRIAL, AND I APPRECIATE THAT WE ALL RECOGNIZE THE DECISIONS

03:03PM  5   THAT WERE MADE IN THE PREVIOUS CASE WERE UNIQUE TO THAT CASE

03:03PM  6   AND CIRCUMSTANCES.  WE'RE PROBABLY GOING TO TALK ABOUT ANOTHER

03:03PM  7   PIECE OF EVIDENCE HERE IN JUST A MOMENT ABOUT THAT.

03:03PM  8       BUT I APPRECIATE -- I THINK I ADMITTED THAT DOCUMENT IN

03:03PM  9   FOR THE PURPOSE, AND THAT'S FINE.

03:03PM 10       BUT I THINK THERE WAS SOME CONFUSION ABOUT WHAT ARE YOU --

03:03PM 11   WHY WERE YOU REFERRING TO THE TRANSCRIPT?  WAS THIS TO REFRESH

03:03PM 12   HER RECOLLECTION, OR WERE YOU TRYING TO BASICALLY SAY, JUDGE,

03:03PM 13   YOU DID IT BEFORE SO DO IT AGAIN.

03:03PM 14       IT SEEMS LIKE THAT'S WHAT MR. SCHENK'S POINT IS.

03:03PM 15       OKAY.  THANK YOU FOR RAISING THAT.  I APPRECIATE THAT.

03:03PM 16            MR. SCHENK:  YES.  TWO OTHERS, AND I'LL BE VERY

03:03PM 17   QUICK.

03:03PM 18       THE DEFENSE ADDED DURING MR. BOSTIC'S DIRECT ONE RULE 106

03:03PM 19   ADDITION TO A DOCUMENT WHILE MS. CHEUNG WAS ON THE STAND.

03:04PM 20       YOUR HONOR HAS ASKED FOR THE PARTIES, FOR THE GOVERNMENT

03:04PM 21   BEFORE IT PUTS A WITNESS ON TO PROVIDE EXHIBITS TO THE DEFENSE,

03:04PM 22   AND PART OF OUR UNDERSTANDING OF WHY WE DO THAT IS TO MAXIMIZE

03:04PM 23   EFFICIENCY SO WE DON'T HAVE TO EXCUSE THE JURY AND HANDLE

03:04PM 24   ISSUES.

03:04PM 25       AND I WANT TO BE CLEAR THAT I'M SEPARATING OUT THE KIND OF

03:04PM  1    RULE 106 OBJECTION THAT THE DEFENSE MADE FROM HEARSAY

03:04PM  2    OBJECTIONS.

03:04PM  3         WE SENT THEM A LIST OF EXHIBITS.  THEY DON'T KNOW EXACTLY

03:04PM  4    THE QUESTIONS THAT WE'RE GOING TO ASK TO LEAD UP TO ADMIT A

03:04PM  5    DOCUMENT.  SO TO, IN THE MOMENT, MAKE A HEARSAY OBJECTION IS

03:04PM  6    COMPLETELY APPROPRIATE, AND I'M NOT CONCERNED ABOUT THAT

03:04PM  7    QUESTIONING OR AFFECTING EFFICIENCY.

03:04PM  8         BUT RULE 106 ADDITIONS, WHEN WE GAVE A LIST OF 26 EXHIBITS

03:04PM  9    FOR ERIKA CHEUNG ON MARCH 15TH, MORE THAN A WEEK AGO, WE SENT

03:04PM  10   26 EXHIBIT NUMBERS TO THEM.

03:04PM  11        THE COURT KNOWS THE NIGHT BEFORE THEY THOUGHT MS. CHEUNG

03:04PM  12   WAS GOING TO TESTIFY, THEY SOUGHT A MOTION TO EXCLUDE A

03:05PM  13   DOCUMENT, AND NOW THEY'RE MAKING RULE 106 ADDITIONS IN THE

03:05PM  14   MOMENT.

03:05PM  15        AND I THINK IF THAT CONTINUES, THE GOVERNMENT IS GOING TO

03:05PM  16   ASK THE COURT TO ALLEVIATE OUR OBLIGATIONS TO PROVIDE EXHIBITS

03:05PM  17   THE NIGHT BEFORE BECAUSE IT DOESN'T BENEFIT THE EFFICIENCY OF

03:05PM  18   THE PROCESS.

03:05PM  19        IF WHAT WE LOSE IS THE OPPORTUNITY TO MEET AND CONFER OVER

03:05PM  20   106 ADDITIONS, WE'RE LOSING THE BENEFIT, WE REALLY ARE, AT

03:05PM  21   LEAST FROM OUR PERSPECTIVE.  THE SPIRIT OF PROVIDING EXHIBIT

03:05PM  22   NUMBERS IN ADVANCE IS SO WE DON'T HAVE TO EXCUSE THE JURY.

03:05PM  23             THE COURT:  THANK YOU.  THIS WAS A QUESTION THAT I

03:05PM  24   HAD.  I GUESS I DON'T UNDERSTAND WHY WE'RE DOING 106 DURING THE

03:05PM  25   TRIAL.

03:05PM   1      I THOUGHT THAT WAS THE PURPOSE OF PRE-TESTIMONIAL,

03:05PM   2  PRE-WITNESS TESTIMONY, AND REVIEW, AND MEET AND CONFER AND THAT

03:05PM   3  WAS THE PURPOSE OF THE COURT MAKING ITSELF AVAILABLE PRIOR TO

03:05PM   4  THE START OF THE TRIAL TO RESOLVE THESE ISSUES.  I THINK TODAY

03:05PM   5  WE HAD TO EXCUSE THE JURY FOR A NUMBER OF MINUTES TO HAVE A

03:05PM   6  DISCUSSION.

03:05PM   7      AND I REALIZE THAT WE'RE EARLY IN THE TRIAL, SO I THINK

03:05PM   8  IT'S GOOD THAT WE'RE TALKING ABOUT THESE TYPES OF HOUSEKEEPING

03:06PM   9  MEASURES NOW.

03:06PM  10          MR. COOPERSMITH:  SURE, YOUR HONOR.

03:06PM  11      SO I DON'T DISAGREE WITH MR. SCHENK.  I THINK THE GOAL IS,

03:06PM  12  AND WE WILL CERTAINLY ENDEAVOR EVERY CHANCE WE HAVE, WHEN WE

03:06PM  13  GET EXHIBITS IN ADVANCE, WE WILL TRY TO -- IF WE HAVE 106

03:06PM  14  ADDITIONS AND ANY OTHER ISSUES TO MEET AND CONFER WITH THE

03:06PM  15  GOVERNMENT, WE ARE ABLE TO DO THAT, AND WE HAVE DONE THAT

03:06PM  16  BEFORE, AND WE WILL DO THAT AGAIN.  THAT'S NOT AN ISSUE.

03:06PM  17      I DON'T REALLY PLAN TO MAKE 106 OBJECTIONS FOR THE MOST

03:06PM  18  PART.

03:06PM  19      THAT PARTICULAR ONE, YOUR HONOR, JUST TO TELL YOU, THESE

03:06PM  20  WERE ALL GOVERNMENT EXHIBITS.  IT WAS EXHIBIT I THINK 1287,

03:06PM  21  1288, AND 1289, AND THE GOVERNMENT WANTED 1287 AND 1289.  THEY

03:06PM  22  OBVIOUSLY KNOW ABOUT 1288.

03:06PM  23      IT OCCURRED TO ME IN THE MOMENT THAT I THOUGHT IT WAS --

03:06PM  24  IN FAIRNESS 1288 OUGHT TO BE CONSIDERED, AND SO I RAISED IT.

03:06PM  25      IT WAS NOT MY INTENTION TO WASTE THE COURT'S TIME OR THE

03:06PM 1    JURY'S TIME.

03:06PM 2        THAT'S NOT A PLAN THAT I HAVE TO BRING THIS UP AND HAVE

03:07PM 3    THE JURY SENT OUT.  IT'S NOT REALLY WHAT I WANT TO HAVE HAPPEN.

03:07PM 4        BUT THAT DID OCCUR TO ME, AND I GUESS MY CHOICE WAS TO

03:07PM 5    STAND MOOT WHEN I THOUGHT UNFAIRNESS WAS HAPPENING OR TO SPEAK

03:07PM 6    UP, WHICH I ELECTED TO DO.

03:07PM 7        THE COURT:  WELL, THE SOLUTION WAS AN ELEGANT ONE,

03:07PM 8    WASN'T IT?  1287 WAS SUBSTITUTED, AND THAT SEEMED THAT THAT

03:07PM 9    TOOK CARE OF THE SITUATION.

03:07PM 10       MR. COOPERSMITH:  IT DIDN'T, YOUR HONOR.

03:07PM 11       I MEAN, OUR POSITION WAS 1288 HAD OTHER MATERIAL THAT 1287

03:07PM 12   DID NOT HAVE.  SO I SAID IN THE MOMENT, AND I'LL SAY AGAIN, IT

03:07PM 13   DID NOT SOLVE THE PROBLEM, AND THAT'S WHY WE RAISED IT.

03:07PM 14       BUT TO MR. SCHENK'S POINT, YOUR HONOR, IT IS OUR INTENTION

03:07PM 15   TO RAISE 106 ISSUES AS THEY COME UP THE NIGHT BEFORE CERTAINLY

03:07PM 16   IF WE'RE ABLE TO.

03:07PM 17       IF WE GET A DUMP OF 100 DOCUMENTS THE NIGHT BEFORE IT

03:07PM 18   BECOMES TOUGHER, BUT WE'RE GOING TO DO OUR BEST TO MAKE SURE WE

03:07PM 19   MEET AND CONFER AND STREAMLINE THE PROCESS.

03:07PM 20       THE COURT:  OKAY.  THANK YOU.

03:07PM 21       MR. SCHENK.

03:07PM 22       MR. SCHENK:  AND THEN THE LAST ISSUE, THE COURT I

03:07PM 23   THINK IS GOING TO BE ASKED TO GRAPPLE WITH HOW MUCH THE DOOR

03:07PM 24   WAS OPENED BECAUSE OF THE OPENING ON THE LIS ISSUE.

03:08PM 25       AND I KNOW ONE THING THAT THE COURT IS GOING TO HAVE TO

03:08PM 1   WRESTLE WITH IS THE DEFENSE'S BELIEF THAT THEY WERE ALLOWED TO

03:08PM 2   ATTACK AND ASK THE JURY TO QUESTION THE GOVERNMENT'S

03:08PM 3   INVESTIGATION HERE, AND THAT FAILURE TO GET THE LIS FITS WITHIN

03:08PM 4   LEGITIMATE BOUNDS OF ATTACKING THE GOVERNMENT'S INVESTIGATION.

03:08PM 5       AND I WANT TO POINT TO THE COURT TO AN ARGUMENT THAT THE

03:08PM 6   DEFENSE MADE YESTERDAY IN ITS OPENING BECAUSE I THINK IT

03:08PM 7   HIGHLIGHTS THIS ISSUE, AND IT IS -- I'M NOT ASKING THE COURT

03:08PM 8   FOR A RULING ON THIS ISSUE NOW, BUT I WANT TO DO IT WHILE IT'S

03:08PM 9   FRESH IN OUR MINDS.

03:08PM 10      AT THE SAME TIME THE DEFENSE WAS, IN OPENING, ARGUING TO

03:08PM 11  THE JURY THAT THE GOVERNMENT FAILED TO GET LIS, THE DEFENSE

03:08PM 12  TOLD THE JURY BOTH IN THE TRANSCRIPT, AND I'LL READ A PORTION

03:08PM 13  OF IT, AND ALSO ON A SLIDE -- I DON'T HAVE A COPY OF THE SLIDE,

03:08PM 14  BUT I CAN EXPLAIN MY MEMORY OF IT -- THAT THE GOVERNMENT

03:08PM 15  INDICTED THE CASE WITHOUT HAVING THE LIS.

03:08PM 16      THERE WAS A BOX ON A SLIDE.  THEY DIDN'T USE THE WORD

03:08PM 17  "GOVERNMENT INDICTED THE CASE."

03:08PM 18      AND IN THE TRANSCRIPT IT'S ON PAGE 1108.  THEY SAY, AND

03:09PM 19  THIS IS LINE 9, "AND THEN TEN DAYS AFTER THAT THEY INDICTED

03:09PM 20  SUNNY BALWANI."

03:09PM 21      THE DEFENSE KNOWS A GRAND JURY INDICTED THE CASE, AND IF

03:09PM 22  THEY ARE GOING TO ATTACK THE GOVERNMENT'S INVESTIGATION AND SAY

03:09PM 23  THAT THE GOVERNMENT THEN WENT OUT AND MADE DECISIONS, TOOK

03:09PM 24  ACTIONS WITHOUT ENOUGH EVIDENCE, AND ONE OF THE ARGUMENTS THAT

03:09PM 25  THEY MADE TO THE JURY WAS FACTUALLY WRONG.  A GRAND JURY

03:09PM 1    INDICTED THE CASE.  A GRAND JURY, BY THE PROBABLE CAUSE

03:09PM 2    STANDARD, THE EVIDENCE THAT IT WAS PRESENTED, MADE A DECISION.

03:09PM 3    AND THAT'S WHY THE ISSUE HERE IS SO CRYSTALLIZED.

03:09PM 4         THE DEFENSE WANTS THE COURT AND THE JURY, WANTS LATITUDE

03:09PM 5    FROM THE COURT AND WANTS THE JURY TO BELIEVE THAT THE

03:09PM 6    GOVERNMENT'S INVESTIGATION IS FAIR GAME TO ATTACK BY ITS

03:09PM 7    FAILURE TO GET LIS.  AND THE WAY THEY SHOEHORN IT IN IS BY

03:09PM 8    CLAIMING THAT THE GOVERNMENT WENT OUT AND CHARGED MR. BALWANI

03:10PM 9    WITHOUT THE LIS.

03:10PM 10        BUT THE TRUTH IS THAT THE GRAND JURY CHARGED.

03:10PM 11        ORDINARILY, WE DON'T TELL THE TRIAL JURY THAT A GRAND JURY

03:10PM 12   INDICTED THE CASE, THAT THEY MET, THAT THEY CONSIDERED

03:10PM 13   EVIDENCE, AND THAT THEY FOUND BY A PROBABLE CAUSE STANDARD.

03:10PM 14        I'M CONCERNED, THOUGH, THAT WE HAVE TO CORRECT WHAT THE

03:10PM 15   DEFENSE TOLD THE JURY IN THIS CASE BECAUSE IT'S FACTUALLY WRONG

03:10PM 16   AND BECAUSE IT'S SO AT THE HEART OF WHAT MAKES THE LIS ISSUE,

03:10PM 17   IN THE DEFENSE'S MIND, RELEVANT AND FAIR GAME.

03:10PM 18        AND I WANT TO POINT THAT OUT TO THE COURT WHILE IT'S STILL

03:10PM 19   FRESH IN OUR MINDS AND WHILE WE HAVE AN OPPORTUNITY TO THINK OF

03:10PM 20   WHAT THE PROPER SOLUTION IS.

03:10PM 21        IF IT'S A CURATIVE INSTRUCTION, WE'RE HAPPY TO WORK ON

03:10PM 22   THAT.  IF IT HELPS CRYSTALLIZE HOW WIDE THE DOOR IS OPENED,

03:10PM 23   WE'RE HAPPY TO HAVE OUR THOUGHTS ON THAT.

03:10PM 24             THE COURT:  THANK YOU.

03:10PM 25             MR. COOPERSMITH:  YOUR HONOR, A COUPLE OF THOUGHTS

03:10PM  1    COME TO MY MIND, ALTHOUGH I'M JUST GETTING THIS ISSUE RIGHT NOW

03:10PM  2    AT THE MOMENT.

03:10PM  3        SO IT IS TRUE, OF COURSE, THAT THE GOVERNMENT PRESENTED AN

03:10PM  4    INDICTMENT TO THE GRAND JURY, WHICH THEN WOULD HAVE HAD TO

03:10PM  5    VOTE.

03:11PM  6        BUT CLEARLY THE GOVERNMENT ADVOCATED FOR THAT, AND THAT'S

03:11PM  7    WHAT THEY WANT TO HAVE HAPPEN.  I'M NOT SURE THIS DISTINCTION

03:11PM  8    THAT MR. SCHENK IS MAKING IS SOMETHING THAT THE JURORS WOULD

03:11PM  9    GRASP OR EVEN --

03:11PM  10        THE COURT:  WHEN IT'S PUT IN THE CONTEXT OF YOUR

03:11PM  11    COLLEAGUE'S STATEMENT, AND THERE WERE SEVERAL PAGES REGARDING

03:11PM  12    THE LIS.  AND WE'VE LITIGATED THE LIS.  WE'VE TALKED ABOUT

03:11PM  13    THAT.  WE KNOW IT WAS GOING TO BE, IT WAS GOING TO BE AN ISSUE.

03:11PM  14        12:48 P.M. IS WHEN YOUR COLLEAGUE DISCUSSED THE LIS, AND

03:11PM  15    HE WENT ON THROUGH 12:51 AND SUBSEQUENT TO THAT.  IT MIGHT HAVE

03:11PM  16    BEEN 12:56 WHEN HE FINISHED TALKING ABOUT THE LIS ACCORDING TO

03:11PM  17    MY NOTES.  SO THERE WAS FIVE OR SEVEN MINUTES OF A

03:11PM  18    CONVERSATION, INCLUDING THE SLIDES.

03:11PM  19        SO I THINK CONTEXTUALLY WHEN YOU LOOK AT THAT, YOU'RE

03:11PM  20    ABSOLUTELY RIGHT, WE CAN SEPARATE, WELL, THE GOVERNMENT IS THE

03:11PM  21    ONE.  NOBODY ELSE -- SOMEONE OFF THE STREET CAN'T GO IN AND ASK

03:12PM  22    A GRAND JURY TO DO SOMETHING.  ONLY THE GOVERNMENT HAS PURVIEW

03:12PM  23    IN THAT REGARD, SO THAT'S A NATURAL THING.

03:12PM  24        OKAY.  THAT, STANDING ALONE, MIGHT NOT BE A PROBLEM.

03:12PM  25        BUT I THINK WHAT MR. SCHENK IS SAYING, AND WHAT I HAVE

1376

03:12PM 1    SOME CONCERN ABOUT, CANDIDLY, IS WHEN THOSE TWO ITEMS ARE

03:12PM 2    LINKED, THAT DOES CREATE A PERCEPTION THAT IS NOT A CORRECT ONE

03:12PM 3    IN THE CONTEXT OF THE GOVERNMENT DOESN'T GO AND GET AN

03:12PM 4    INDICTMENT.  THE GRAND JURY DOES.

03:12PM 5         NOW, IN MY PRELIMINARY INSTRUCTIONS, I BELIEVE I READ THE

03:12PM 6    INDICTMENT AND IT SAYS "THE GRAND JURY."  I DON'T THINK I READ

03:12PM 7    THE INDICTMENT PER SE, WHICH WE KNOW STARTS OFF WITH THE GRAND

03:12PM 8    JURY AS THE PREDICATE START OF AN INDICTMENT.  I DON'T THINK

03:12PM 9    THEY KNOW THAT.

03:12PM 10        BUT THE CONTEXT OF THIS LIS I THINK IS A SERIOUS ISSUE IN

03:12PM 11   THIS CASE THAT HAS NOW PRESENTED ITSELF.  AND WE ARE GOING TO,

03:12PM 12   ALL OF US, COLLECTIVELY ARE GOING TO HAVE TO THINK ABOUT WHAT

03:13PM 13   IS FAIR FOR BOTH SIDES IN THIS CASE NOW THAT THAT'S OUT THERE

03:13PM 14   AND THAT IT HAS BEEN PRESENTED IN THE WAY THAT IT HAS.

03:13PM 15        IF I LOOK AT MY NOTES -- AND IF YOU LOOKED AT MY NOTEPAD,

03:13PM 16   YOU WOULD SEE THE WORD IS THIS AN INVITATION?  ARE YOU INVITING

03:13PM 17   COMMENT ON THIS?  IT JUST SEEMS THAT THAT'S WHAT YOU WERE

03:13PM 18   DOING.

03:13PM 19        NOW, LET ME SAY, CRITICISM OF THE GOVERNMENT'S CASE IS

03:13PM 20   FAIR GAME.  OBVIOUSLY YOU CAN CRITICIZE THAT THEY'RE NOT GOING

03:13PM 21   TO MEET THEIR BURDEN OF PROOF, THAT THERE'S GOING TO BE A

03:13PM 22   FAILURE OF PROOF AS TO THIS CASE.  THAT IS FAIR GAME, AND THE

03:13PM 23   DEFENSE CAN ALWAYS, ALWAYS CRITICIZE THE EVIDENCE IN THE CASE.

03:13PM 24   THAT IS PART OF THE TRIAL PROCESS.  WE KNOW THAT.

03:13PM 25        BUT TO RAISE IT IN THE CONTEXT, AS WE ALL KNOW AND THE

03:13PM 1    JURY DOESN'T, THE CIRCUMSTANCES OF THE LIS AND WHY IT'S NOT

03:13PM 2    AVAILABLE, THE COMPLETE STORY SHALL I SAY, ABOUT THE LIS THAT

03:13PM 3    WE ALL KNOW ABOUT, PART OF THAT WAS DISCUSSED IN THE OTHER

03:14PM 4    TRIAL, BUT MUCH OF IT WASN'T FOR A VARIETY OF REASONS.

03:14PM 5         BUT WE KNOW, WE KNOW WHAT THAT TRANSCRIPT IS.  AND I THINK

03:14PM 6    THE STRUGGLE WE'RE ALL GOING TO HAVE IS HOW MUCH OF THAT STORY

03:14PM 7    COMES IN, IF ANY, INTO THIS TRIAL.

03:14PM 8              MR. COOPERSMITH:  YES, YOUR HONOR, I THINK THAT IS

03:14PM 9    FAIR COMMENT.

03:14PM 10         FROM THE DEFENSE STANDPOINT WE ARE SAYING, YES, THE

03:14PM 11   GOVERNMENT DOES NOT HAVE SUFFICIENT EVIDENCE TO PROVE THEIR

03:14PM 12   CASE.

03:14PM 13             THE COURT:  SURE.

03:14PM 14             MR. COOPERSMITH:  WE ALSO ARE SAYING, AND I THINK --

03:14PM 15   I DON'T HAVE THE CITE OFF THE TOP OF MY HEAD, BUT THE COURT

03:14PM 16   MADE A PREVIOUS RULING IN THE OTHER CASE THAT WE ARE

03:14PM 17   PERMITTED -- AND I DON'T THINK MR. SCHENK WAS DISAGREEING WITH

03:14PM 18   THIS AS I UNDERSTOOD HIS COMMENTS -- WE CAN ALSO ATTACK THE

03:14PM 19   ADEQUACY OF THE INVESTIGATION.  WE CAN TALK ABOUT THE

03:14PM 20   SLOPPINESS OF THE INVESTIGATION IF WE WANT TO PRESENT EVIDENCE

03:14PM 21   ON THAT, THAT I ALSO THINK IS FAIR GAME.

03:14PM 22         NOW, AS I SAID YESTERDAY, YOUR HONOR, IT DOES OPEN THE

03:14PM 23   DOOR TO SOMETHING.  AND IF THE GOVERNMENT WANTS TO ARGUE THAT

03:14PM 24   OR PUT ON EVIDENCE THAT ACTUALLY IT WAS THERANOS THAT WAS

03:15PM 25   RESPONSIBLE, OR SOMETHING LIKE THAT, OR THEIR LAW FIRM, THEY

03:15PM 1    CAN DO THAT.

03:15PM 2         BUT THAT'S DIFFERENT FROM, YOU KNOW, TRYING TO SAY IT'S

03:15PM 3    MR. BALWANI'S FAULT, AND WE TALKED ABOUT THOSE ISSUES.  THIS

03:15PM 4    MIGHT NOT BE THE TIME RIGHT THIS SECOND TO HEAR THAT OUT.

03:15PM 5         THE COURT:  WELL, WE ALL KNOW, WE ALL KNOW AT LEAST

03:15PM 6    -- I THINK THERE'S INFORMATION THAT I BELIEVE EVERYBODY HAS AS

03:15PM 7    TO THE LIS, AND I'M NOT TRYING TO ASK YOU TO THINK CREATIVELY,

03:15PM 8    BUT JUST THINK ABOUT THE GENESIS OF THE LIS, LET ME PUT IT THAT

03:15PM 9    WAY.

03:15PM 10   WE KNOW THE CIRCUMSTANCES OF THE LIS.  IF WE'RE GOING TO

03:15PM 11   TALK ABOUT THE LIS, AND WHAT WAS THE EVOLUTION OF THE LIS, AND

03:15PM 12   FROM WHENCE DID IT COME, AND HOW DID IT MEET ITS DEMISE, YOU

03:15PM 13   KNOW, THERE'S A FULSOME STORY THERE, YOU KNOW, THAT THIS DOOR

03:15PM 14   THAT WE HAVE TALKED ABOUT BEING OPENED.

03:15PM 15   YOU KNOW, LEWIS CARROLL WROTE ABOUT A SMALL LITTLE DOOR

03:15PM 16   AND A LITTLE GIRL GOING THROUGH THE DOOR THAT OPENED A VERY,

03:16PM 17   VERY UNIQUE ENVIRONMENT.  AND I'M NOT LEWIS CARROLL, AND

03:16PM 18   NEITHER ARE YOU.

03:16PM 19   BUT I JUST TELL YOU THERE IS A DOOR THAT HAS BEEN OPENED,

03:16PM 20   AND I THINK OUR CONVERSATIONS ARE GOING TO, IN THE FUTURE, ARE

03:16PM 21   GOING TO DETERMINE WHAT IS THE RESULT OF THAT.

03:16PM 22   SO I'M COGNIZANT OF THIS.

03:16PM 23   AND MR. SCHENK'S POINT, LET ME JUST SAY, I THINK HIS POINT

03:16PM 24   IS WELL RAISED, WELL RAISED ABOUT THE CONTEXT OF THE OPENING

03:16PM 25   STATEMENT FROM YOUR COLLEAGUE YESTERDAY AND THE POINTS THAT IT

03:16PM 1   DOES RAISE.

03:16PM 2        I'M NOT BEING CRITICAL OF THE STATEMENT AT ALL.  I'M JUST

03:16PM 3   SAYING THAT THE LANDSCAPE HAS SHIFTED A LITTLE BIT AS TO THAT,

03:16PM 4   AND I THINK IT DRAWS OUR ATTENTION.

03:16PM 5        MR. COOPERSMITH:  YOUR HONOR, I UNDERSTAND.

03:16PM 6        THE POINT MR. SCHENK IS SPECIFICALLY RAISING, THOUGH, AS I

03:16PM 7   UNDERSTOOD IT, WAS ABOUT MR. CAZARES'S CHARACTERIZATION OF THE

03:16PM 8   GOVERNMENT INDICTING AS OPPOSED TO THE GRAND JURY INDICTING.

03:16PM 9        THE COURT:  SURE.

03:16PM 10       MR. COOPERSMITH:  AND WE ALL KNOW -- I WON'T QUOTE

03:16PM 11  THE OLD ADAGE ABOUT THE GRAND JURY, AND I KNOW THE COURT AND

03:17PM 12  THE GOVERNMENT ARE PROBABLY FAMILIAR WITH THAT.

03:17PM 13       BUT I THINK THAT WHAT WOULD HAPPEN HERE, RIGHT, IF WE WENT

03:17PM 14  DOWN THE ROAD THAT MR. SCHENK I THINK IS SUGGESTING, THAT WE'RE

03:17PM 15  GOING TO SOMEHOW TELL THE JURY THAT THERE WAS THIS OTHER BODY

03:17PM 16  OF PEOPLE CALLED THE GRAND JURY WHO VOTED AND IT'S A DIFFERENT

03:17PM 17  STANDARD, IT GETS PRETTY CONFUSING, BUT FOR JURORS WHO AREN'T

03:17PM 18  COMFORTABLE OR USED TO THE SYSTEM.

03:17PM 19       BUT WHAT I WANTED TO SAY IS TWO THINGS:  ONE, THE COURT

03:17PM 20  HAS ALREADY INSTRUCTED THE JURY AND WILL INSTRUCT THEM AGAIN

03:17PM 21  ABOUT "WHAT IS EVIDENCE" IN THE CASE, AND THE COURT INSTRUCTED

03:17PM 22  THE JURY.  AND I KNOW THE COURT HAS, IN OTHER CONTEXTS, HAD A

03:17PM 23  LOT OF CONFIDENCE IN JURORS FOLLOWING THE COURT'S INSTRUCTIONS,

03:17PM 24  AND THE INSTRUCTION HERE THAT OPENING STATEMENTS ARE NOT

03:17PM 25  EVIDENCE.  AND I THINK MR. SCHENK COULD SAY THINGS, AND THE

1380

03:17PM 1    COURT HAS ALREADY TOLD THE JURY BASICALLY DON'T CONSIDER THAT

03:17PM 2    TO BE EVIDENCE.

03:17PM 3        THE SECOND THING IS THAT IF WE DID GO DOWN THAT ROAD AND

03:17PM 4    WE'RE TALKING ABOUT, WELL, WHAT DOES THE GRAND JURY REALLY

03:17PM 5    MEAN?  WHAT IS THE DEPARTMENT OF JUSTICE'S OBLIGATIONS?

03:17PM 6        THE DEPARTMENT OF JUSTICE'S MANUAL REQUIRES THEM TO HAVE

03:18PM 7    THE CONFIDENCE THAT THEY HAVE A BEYOND-A-REASONABLE-DOUBT CASE

03:18PM 8    BEFORE THE GOVERNMENT AND GRAND JURY, AND THAT'S THE PRACTICE

03:18PM 9    OF EVERY U.S. ATTORNEY'S OFFICE THAT I HAVE EVER HEARD OF, AND

03:18PM 10   I DON'T THINK MR. SCHENK'S OFFICE IS ANY DIFFERENT.

03:18PM 11       IF WE'RE GOING TO GO DOWN THAT ROAD, WE CAN TALK ABOUT

03:18PM 12   WHAT THEY ARE REQUIRED TO DO AND WHAT THEY'RE REQUIRED TO KNOW.

03:18PM 13       AND OUR POSITION, WHICH I THINK IS FAIR GAME IN THIS CASE,

03:18PM 14   IS THAT THE GOVERNMENT ASKED FOR THE LIS WITH A SUBPOENA, AND

03:18PM 15   THEN INDICTED TEN DAYS LATER WITHOUT EVEN GETTING IT OR EVEN

03:18PM 16   KNOWING WHETHER THEY WOULD GET IT.  I THINK THAT'S RELEVANT TO

03:18PM 17   THEIR QUALITY OF THE INVESTIGATION AND THE RUSH TO JUDGMENT

03:18PM 18   THAT OCCURRED HERE, AND THAT'S OUR POSITION.

03:18PM 19       THE COURT:  OKAY.  WELL, I SUPPOSE -- THANK YOU FOR

03:18PM 20   THE INFORMATION.  IN TRIAL ONE PROCEEDS AT THEIR OWN PERIL.

03:18PM 21       MR. COOPERSMITH:  THAT IS FOR SURE, YOUR HONOR.

03:18PM 22       THE COURT:  OKAY.  ANYTHING FURTHER?

03:18PM 23       MR. COOPERSMITH:  NO.  THANK YOU.

03:18PM 24       MR. SCHENK:  NO.

03:18PM 25       THE COURT:  ALL RIGHT.  HAVE A GREAT WEEKEND.

03:18PM  1          MR. CAZARES:  THANK YOU, YOUR HONOR.

03:19PM  2          THE CLERK:  COURT IS ADJOURNED.

03:19PM  3       (COURT ADJOURNED AT 3:19 P.M.)

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     IRENE RODRIGUEZ, CSR, RMR, CRR
     CERTIFICATE NUMBER 8074

17

18

19            DATED:  MARCH 23, 2022

20

21

22

23

24

25