```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,       )  CR-18-00258-EJD
                                )
              PLAINTIFF,        )  SAN JOSE, CALIFORNIA
                                )
        VS.                     )  MARCH 29, 2022
                                )
RAMESH "SUNNY" BALWANI,         )  VOLUME 10
                                )
              DEFENDANT.        )  PAGES 1382 - 1443
_____ )  SEALED 1391 - 1441
```

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

| | |
|---|---|
| FOR THE PLAINTIFF: | UNITED STATES ATTORNEY'S OFFICE<br>BY: JOHN C. BOSTIC<br>    JEFFREY B. SCHENK<br>150 ALMADEN BOULEVARD, SUITE 900<br>SAN JOSE, CALIFORNIA 95113 |
| | BY: ROBERT S. LEACH<br>1301 CLAY STREET, SUITE 340S<br>OAKLAND, CALIFORNIA 94612 |

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
                    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                    CERTIFICATE NUMBER 8074


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
 1    A P P E A R A N C E S:  (CONT'D)

 2    FOR DEFENDANT BALWANI:    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                BY:  MOLLY MCCAFFERTY
 3                                   SHAWN ESTRADA
                                THE ORRICK BUILDING
 4                              405 HOWARD STREET
                                SAN FRANCISCO, CALIFORNIA 94105
 5
                                BY:  JEFFREY COOPERSMITH
 6                                   AARON BRECHER
                                     AMANDA MCDOWELL
 7                              701 FIFTH AVENUE, SUITE 5600
                                SEATTLE, WASHINGTON 98104
 8
                                BY:  STEPHEN CAZARES
 9                              77 SOUTH FIGUEROA STREET, SUITE 3200
                                LOS ANGELES, CALIFORNIA 90017
10
                                BY:  AMY WALSH
11                              51 W 52ND STREET
                                NEW YORK, NEW YORK 10019
12

13    ALSO PRESENT:             UNITED STATES ATTORNEY'S OFFICE
                                BY:  CASEY BOOME
14                              450 GOLDEN GATE AVENUE
                                SAN FRANCISCO, CALIFORNIA 94102
15

16                              OFFICE OF THE U.S. ATTORNEY
                                BY:  MADDI WACHS, PARALEGAL
17                                   SARA SLATTERY, PARALEGAL

18                              UNITED STATES POSTAL INSPECTION SERVICE
                                BY:  CHRISTOPHER MCCOLLOW
19
                                FEDERAL BUREAU OF INVESTIGATION
20                              BY:  MARIO C. SCUSSEL

21                              UNITED STATES FOOD & DRUG
                                ADMINISTRATION
22                              BY:  GEORGE SCAVDIS

23

24

25
```

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
|       | 1  | SAN JOSE, CALIFORNIA                          MARCH 29, 2022                 |
|       | 2  |           P R O C E E D I N G S |
|10:07AM| 3  |     (COURT CONVENED AT 10:07 A.M.)                        |
|10:07AM| 4  |     (JURY OUT AT 10:07 A.M.)                              |

```
10:07AM   5            THE COURT:  LET'S CALL OUR MORNING MATTER 18-258,
10:07AM   6   UNITED STATES VERSUS RAMESH BALWANI.
10:07AM   7       LET ME HAVE THE APPEARANCES OF THE PARTIES, PLEASE.
10:07AM   8            MR. LEACH:  GOOD MORNING, YOUR HONOR.
10:07AM   9       ROBERT LEACH FOR THE UNITED STATES.
10:07AM  10       I'M JOINED BY JOHN BOSTIC AND JEFF SCHENK AT COUNSEL TABLE
10:07AM  11   ALONG WITH POSTAL INSPECTOR CHRISTOPHER MCCOLLOW.
10:07AM  12       I ALSO WANTED TO INTRODUCE CASEY BOOME WHO IS IN THE FIRST
10:07AM  13   ROW OF THE GALLERY.
10:07AM  14            THE COURT:  GOOD MORNING.
10:07AM  15            MR. LEACH:  I THINK THE COURT MET HIM BY VIDEO AT
10:07AM  16   SOME POINT, BUT HE'S ALSO HERE IN ATTENDANCE TODAY.
10:08AM  17            THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.
10:08AM  18            MS. WALSH:  GOOD MORNING, YOUR HONOR.
10:08AM  19       AMY WALSH ON BEHALF OF MR. BALWANI.
10:08AM  20       I'M JOINED BY JEFF COOPERSMITH, STEPHEN CAZARES, AND
10:08AM  21   MR. BALWANI IS IN THE COURTROOM.
10:08AM  22       I'M JOINED BY OTHER COLLEAGUES FROM ORRICK TODAY.
10:08AM  23            THE COURT:  THANK YOU.  GOOD MORNING.
10:08AM  24       THIS IS A DATE AND TIME SET FOR HEARING ON CERTAIN
10:08AM  25   MOTIONS.
```

```
10:08AM   1              I DO HAVE A PRELIMINARY QUESTION TO ASK COUNSEL, HOWEVER.
10:08AM   2    EXCUSE ME.
10:08AM   3         I'VE REVIEWED THE PLEADINGS IN THIS MATTER, INCLUDING
10:08AM   4    PLEADINGS THAT WERE SEALED, SOME OTHER DOCUMENTS.
10:08AM   5         MY QUESTION FOR YOU BEFORE WE BEGIN IN EARNEST DISCUSSING
10:08AM   6    THE ISSUES TODAY, I'M CURIOUS WHETHER OR NOT OUR DISCUSSION IS
10:08AM   7    NECESSARILY GOING TO INCLUDE DISCUSSION OF OTHER MATTERS THAT
10:08AM   8    ARE EITHER SEALED THEMSELVES OR IN REGARDS TO OTHER
10:08AM   9    INVESTIGATIONS THAT MIGHT BE OTHERWISE INAPPROPRIATE FOR THE
10:09AM  10    PUBLIC DISCLOSURE AT THIS TIME BECAUSE IT COVERS POTENTIALLY
10:09AM  11    GRAND JURY MATTERS, AND AS WE ALL KNOW, MATTERS BEFORE THE
10:09AM  12    GRAND JURY ARE PRIVATE AND PRIVILEGED?
10:09AM  13         MR. LEACH.
10:09AM  14              MR. LEACH:  YOUR HONOR, I HAD THE SAME THOUGHTS IN
10:09AM  15    ADVANCE.  I WAS PREPARED TODAY TO DO THE BEST I CAN WITH MY
10:09AM  16    COMMENTS TO NOT TALK ABOUT THE DETAILS OF SEALED PROCEEDINGS,
10:09AM  17    BUT AS THE COURT KNOWS, WE SUBMITTED OUR OPPOSITION ENTIRELY
10:09AM  18    UNDER SEAL BECAUSE IT DOES DISCUSS OTHER FILINGS THAT ARE UNDER
10:09AM  19    SEAL AND MATTERS THAT THE GOVERNMENT DOESN'T ORDINARILY TALK
10:09AM  20    ABOUT IN THE COURSE OF AN INVESTIGATION.
10:09AM  21         SO I DEFER TO THE COURT.  WHATEVER THE COURT THINKS IS
10:09AM  22    APPROPRIATE.  I CAN KEEP MY COMMENTS AS HIGH LEVEL AS POSSIBLE
10:09AM  23    TO AVOID UNNECESSARILY GETTING INTO SOME OF THE DETAILS THAT
10:09AM  24    MIGHT ANIMATE THOSE CONCERNS.
10:10AM  25         SO I DEFER TO THE COURT ON WHAT IT THINKS WE SHOULD DO.
```


|        |    |                                                              |
|--------|----|--------------------------------------------------------------|
| 10:10AM | 1  | THE COURT: MS. WALSH, DO YOU WANT TO BE HEARD ON |
| 10:10AM | 2  | THIS? |
| 10:10AM | 3  | MS. WALSH: YES, YOUR HONOR. |
| 10:10AM | 4  | WE ALSO DEFER TO THE COURT ON THIS ISSUE. |
| 10:10AM | 5  | THE COURT SHOULD KNOW THAT DURING THE COURSE OF ARGUMENT I |
| 10:10AM | 6  | WILL BE TALKING ABOUT EMAILS THAT WERE SENT ABOUT THE |
| 10:10AM | 7  | INVESTIGATION. I'LL LIKELY BE QUOTING FROM A TRANSCRIPT THAT |
| 10:10AM | 8  | WAS SEALED. SO IF THAT INFORMS THE COURT'S DECISION MAKING, I |
| 10:10AM | 9  | JUST WANT TO LET THE COURT KNOW. |
| 10:10AM | 10 | THE COURT: ALL RIGHT. WELL, THANK YOU. |
| 10:10AM | 11 | AND I LOOK AT THIS, THE ISSUES THAT ARE CONCERNED HERE, |
| 10:10AM | 12 | THEY DO SEEM TO OVERLAP AND INTERTWINE INTIMATELY WITH OTHER |
| 10:10AM | 13 | PROCEEDINGS THAT ARE SECRET. |
| 10:10AM | 14 | FOR EXAMPLE, WE ALL KNOW GRAND JURY PROCEEDINGS ARE |
| 10:10AM | 15 | SECRET, AND I WANT TO HEAR FROM YOU ABOUT THESE MATTERS. |
| 10:10AM | 16 | OF COURSE, NOT EVERYTHING IN THESE PLEADINGS COVERED IS |
| 10:11AM | 17 | SECRET AND PRIVILEGED. |
| 10:11AM | 18 | THE COURT IS OF THE MIND THAT FOR ME TO RECEIVE YOUR |
| 10:11AM | 19 | ARGUMENTS AS FULSOME AS YOU WANT ME TO HEAR THEM, IT IS GOING |
| 10:11AM | 20 | TO REQUIRE, I BELIEVE -- I AM GOING TO ASK QUESTIONS THAT MIGHT |
| 10:11AM | 21 | FOCUS ON SOME OF THESE OTHER PROCEEDINGS THAT ARE INAPPROPRIATE |
| 10:11AM | 22 | FOR A PUBLIC SETTING. |
| 10:11AM | 23 | I DO THINK THAT IT WOULD BE INCONVENIENT, IT WOULD |
| 10:11AM | 24 | INTERRUPT THE PROCESS FOR ME TO CLOSE THE COURTROOM EVERY TIME |
| 10:11AM | 25 | I ASK A QUESTION AND THEN REOPEN IT AGAIN. |

10:11AM  1      I DO WANT TO PROVIDE ACCESS, OF COURSE, TO THE PUBLIC FOR
10:11AM  2  THESE PROCEEDINGS AS BEST WE CAN.
10:11AM  3      THERE IS SOME TENSION BETWEEN PROTECTING THOSE MATTERS
10:11AM  4  THAT ARE SECRET BY LAW AND ALLOWING ACCESS TO THE PUBLIC, WHICH
10:11AM  5  THEY HAVE A RIGHT TO HAVE.
10:11AM  6      LET ME ASK YOU TO DO THIS, IF IT'S POSSIBLE FOR YOU AND IF
10:11AM  7  YOU WISH, TO GIVE JUST A BRIEF SUMMARY, A NONPRIVILEGE,
10:12AM  8  NONSECRET I'LL CALL IT, IF YOU CAN TOUCH ON TOPICS THAT ARE NOT
10:12AM  9  OTHERWISE INAPPROPRIATE FOR PUBLIC CONSUMPTION.
10:12AM 10      AND I ASK YOU TO DO THIS TO INFORM ME, BUT ALSO TO MAKE A,
10:12AM 11  AS BEST YOU CAN, A RECORD FOR ANY MEMBERS OF THE PUBLIC WHO ARE
10:12AM 12  HERE AS TO WHAT YOU THINK WE SHOULD TALK ABOUT IN A
10:12AM 13  NONPRIVILEGE MANNER.
10:12AM 14      AND I'LL THEN -- MY INTENT IS TO THEN SEAL THE COURTROOM.
10:12AM 15      MR. LEACH, DO YOU AGREE WITH THAT?
10:12AM 16          MR. LEACH:  YES, YOUR HONOR.
10:12AM 17          THE COURT:  CAN YOU DO THAT DO YOU THINK?
10:12AM 18          MR. LEACH:  I THINK THAT'S FAIR, AND I UNDERSTAND
10:12AM 19  THE COURT'S RULING.
10:12AM 20      THE DISCUSSION WOULD INCLUDE MATTERS --
10:12AM 21          THE COURT:  I'M SORRY.  LET ME JUST ASK MS. WALSH,
10:12AM 22  IS THAT ALL RIGHT WITH YOU, MS. WALSH?
10:12AM 23          MS. WALSH:  I THINK SO, YOUR HONOR.
10:12AM 24      IT MAY BE HARD TO STOP FROM THE HIGH LEVEL, NONSECRET
10:12AM 25  MATERIAL TO DELVING INTO THE DETAILS, BUT I WILL TRY MY BEST TO

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 10:12AM  | 1  | DO THAT. |
| 10:12AM  | 2  | THE COURT: WELL, I'M NOT ASKING FOR YOUR ARGUMENTS |
| 10:13AM  | 3  | NOW. |
| 10:13AM  | 4  | MS. WALSH: OH, I SEE. |
| 10:13AM  | 5  | THE COURT: BUT WHAT I WOULD LIKE TO HAVE YOU DO IS |
| 10:13AM  | 6  | BASICALLY GIVE A -- LET ME CALL IT THIS, AND I MEAN NO |
| 10:13AM  | 7  | DISRESPECT, A PUBLIC PREAMBLE, A PUBLIC DISCUSSION OF WHAT YOU |
| 10:13AM  | 8  | THINK OUR HEARING WILL BE ABOUT TODAY, WITHOUT GOING INTO |
| 10:13AM  | 9  | DETAILS, TO THE EXTENT THAT YOU CAN. |
| 10:13AM  | 10 | IF YOU CAN'T, YOU JUST TELL ME YOU CAN'T, AND THAT'S FINE. |
| 10:13AM  | 11 | BUT I JUST WANT TO GIVE YOU AN OPPORTUNITY TO DO THAT. |
| 10:13AM  | 12 | MR. LEACH. |
| 10:13AM  | 13 | MR. LEACH: THE DISCUSSION FROM THE GOVERNMENT'S |
| 10:13AM  | 14 | PERSPECTIVE, YOUR HONOR, WOULD INVOLVE SPECIFIC INVESTIGATORY |
| 10:13AM  | 15 | STEPS IN AN ONGOING GOVERNMENT INVESTIGATION; IT WOULD INCLUDE |
| 10:13AM  | 16 | A DISCUSSION OF A NUMBER OF SEALED FILINGS RELATING TO THOSE |
| 10:13AM  | 17 | INVESTIGATIVE STEPS; IT WOULD INVOLVE DISCUSSION OF POTENTIALLY |
| 10:13AM  | 18 | PRIVILEGE MATERIAL WHERE THERE'S AN ONGOING DISPUTE ABOUT THE |
| 10:13AM  | 19 | EXTENT OF THE PRIVILEGE AND THE ONGOING GOVERNMENT'S REVIEW, |
| 10:13AM  | 20 | ALL OF WHICH ARE APPROPRIATELY SEALED IN CERTAIN CIRCUMSTANCES, |
| 10:14AM  | 21 | AND IT'S VERY DIFFICULT TO DISENTANGLE THAT FROM SOME OF THE |
| 10:14AM  | 22 | SUBSTANTIVE RELIEF THAT THE DEFENDANT IS SEEKING HERE. |
| 10:14AM  | 23 | THE COURT: OKAY. THANK YOU. |
| 10:14AM  | 24 | MS. WALSH. |
| 10:14AM  | 25 | MS. WALSH: SAME FROM THE DEFENSE, YOUR HONOR. WE |

```
10:14AM   1    WOULD GO INTO THE SAME TYPES OF MATERIALS, AND IT WOULD BE
10:14AM   2    DIFFICULT TO DISENTANGLE.
10:14AM   3              THE COURT:  OKAY.  AND THAT WOULD BE WHAT THIS
10:14AM   4    COURSE OF OUR DECISION WOULD BE REGARDING YOUR MOTIONS TODAY OR
10:14AM   5    YOUR MOTION, MS. WALSH?
10:14AM   6              MS. WALSH:  CORRECT.  YES, YOUR HONOR.
10:14AM   7              THE COURT:  ALL RIGHT.  THANK YOU.
10:14AM   8         I APPRECIATE YOU AUGMENTING THE RECORD FOR THE BENEFIT OF
10:14AM   9    THE RECORD AND ANY PUBLIC MEMBERS THAT ARE PRESENT.
10:14AM  10         I DO, AFTER LOOKING AT THE PLEADINGS HERE, AFTER HEARING
10:14AM  11    FROM YOU THIS MORNING, IT -- THE COURT FINDS THAT AT THIS TIME
10:14AM  12    IT'S APPROPRIATE FOR THE COURT AND REQUIRED OF THE COURT TO
10:14AM  13    SEAL THESE PROCEEDINGS AND THE TRANSCRIPT NECESSARILY BECAUSE
10:14AM  14    OUR CONVERSATIONS ARE GOING TO COVER PRIVILEGE MATERIALS,
10:14AM  15    MATTERS ABOUT POTENTIAL OTHER INVESTIGATIONS THAT MIGHT HAVE --
10:15AM  16    MIGHT BE UNDER SECRECY, GRAND JURY MATTERS AND THOSE TYPES OF
10:15AM  17    THINGS, AND THOSE ARE INAPPROPRIATE FOR PUBLIC CONSUMPTION.  AS
10:15AM  18    WE KNOW, THERE'S PROTECTED, PROTECTED MATTERS THERE.
10:15AM  19         SO I AM AT THIS TIME GOING TO FIND THAT IT IS APPROPRIATE
10:15AM  20    TO SEAL THE COURTROOM AND SEAL THE TRANSCRIPT FROM HERE ON.
10:15AM  21    THE TRANSCRIPT IS SEALED.
10:15AM  22         I'LL ASK ANY MEMBERS OF THE PUBLIC WHO ARE PRESENT TO
10:15AM  23    LEAVE THE COURTROOM.  MY COURTROOM DEPUTY WILL ASSIST YOU IN
10:15AM  24    THAT REGARD, AND I APPRECIATE YOUR COOPERATION AND RECOGNITION
10:15AM  25    OF THE COURT'S ORDER AND THE BASIS FOR IT.
```

|          |    |                                                                      |
|---------:|---:|----------------------------------------------------------------------|
| 10:15AM  |  1 | LET ME SAY I DON'T KNOW HOW LONG THIS HEARING WILL LAST. |
| 10:15AM  |  2 | AT SOME POINT IN TIME THE COURT MAY UNSEAL THE PROCEEDINGS AND |
| 10:16AM  |  3 | OPEN THEM TO THE PUBLIC.  I JUST DON'T KNOW HOW LONG THAT WILL |
| 10:16AM  |  4 | BE AND HOW LONG THIS CONVERSATION WILL TAKE PLACE, BUT WHEN |
| 10:16AM  |  5 | APPROPRIATE, THE COURT WILL TAKE APPROPRIATE ACTION. |
| 10:15AM  |  6 | **(SEALED PROCEEDINGS PAGES 1391 - 1441.)** |

```
10:15AM    1        ///
11:32AM    2              (OPEN COURT PROCEEDINGS.)
11:33AM    3              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.
11:33AM    4    THE COURT HAS OPENED THE COURTROOM AND UNSEALED THE
11:33AM    5    PROCEEDINGS.
11:33AM    6        I WANT TO THANK ANY MEMBER OF THE PUBLIC WHO HAS ENTERED.
11:33AM    7    THANK YOU FOR THEIR PATIENCE AND HOPEFULLY THEIR RECOGNITION
11:33AM    8    THAT THERE ARE MATTERS THAT THE COURT MUST TAKE OUTSIDE OF THE
11:33AM    9    PRESENCE OF THE PUBLIC IF THEY TOUCH ON OTHER CONFIDENTIAL
11:33AM   10    MATTERS, INCLUDING OTHER INVESTIGATIONS, OTHER TESTIMONY, OTHER
11:33AM   11    SEALED DOCUMENTS, AND THAT'S WHAT THE COURT DID HERE.
11:33AM   12        THE COURT HAS NOW OPENED THE PROCEEDINGS.
11:33AM   13        LET ME ASK, MR. LEACH, ANYTHING FURTHER, SIR, IN REGARDS
11:33AM   14    TO YOUR POSITION ON THE MOTION?
11:33AM   15              MR. LEACH:  NO, YOUR HONOR.
11:33AM   16              THE COURT:  MS. WALSH?
11:33AM   17              MS. WALSH:  NO, YOUR HONOR.
11:33AM   18              THE COURT:  ALL RIGHT.  THANK YOU.
11:33AM   19        LET ME INDICATE THE COURT IS GOING TO, WITH COUNSEL'S
11:34AM   20    ASSISTANCE, REVIEW THE TRANSCRIPT OF THE HEARING HERE, AND THE
11:34AM   21    COURT ANTICIPATES THAT IT WILL, AFTER REVIEWING THE TRANSCRIPT
11:34AM   22    AND MAKING ANY NECESSARY REDACTIONS TO PRESERVE THE
11:34AM   23    CONFIDENTIALITY THAT I SPOKE OF EARLIER, THE COURT INTENDS TO
11:34AM   24    MAKE THE TRANSCRIPT WITH THOSE REDACTIONS PUBLIC AND AVAILABLE
11:34AM   25    FOR PUBLIC ACCESS.
```

```
11:34AM   1              ANY OBJECTION TO THAT, MR. LEACH?
11:34AM   2                   MR. LEACH:  NO, YOUR HONOR.
11:34AM   3                   THE COURT:  MS. WALSH?
11:34AM   4                   MS. WALSH:  NO, YOUR HONOR.
11:34AM   5                   THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK
11:34AM   6       YOU FOR YOUR TIME THIS MORNING.
11:34AM   7                   MS. WALSH:  THANK YOU.
11:34AM   8                   THE COURT:  MOTION IS UNDER SUBMISSION.  THANK YOU.
11:34AM   9                   MR. LEACH:  THANK YOU.
11:34AM  10                   THE COURT:  AND WE'RE BACK TOMORROW AT 9:00 I
11:34AM  11       BELIEVE.
11:34AM  12                   MR. LEACH:  YES, YOUR HONOR.
11:34AM  13                   THE CLERK:  COURT IS ADJOURNED.
11:34AM  14              (COURT ADJOURNED AT 11:34 A.M.)
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: MARCH 29, 2022