1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )
6                                     )  CR-18-00258-EJD
                    PLAINTIFF,        )
7                                     )  SAN JOSE, CALIFORNIA
              VS.                     )
8                                     )  MARCH 30, 2022
     RAMESH "SUNNY" BALWANI,          )
9                                     )  VOLUME 11
                    DEFENDANT.        )
10   _____ )  PAGES 1444 - 1682

11

12               TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13               UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                              KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
           (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
     OFFICIAL COURT REPORTER:
22                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
                               CERTIFICATE NUMBER 8074
23

24        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
25

```
1     A P P E A R A N C E S: (CONT'D)

2     FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                               BY:  MOLLY MCCAFFERTY
3                                   SHAWN ESTRADA
                               THE ORRICK BUILDING
4                              405 HOWARD STREET
                               SAN FRANCISCO, CALIFORNIA 94105
5
                               BY:  JEFFREY COOPERSMITH
6                                   AARON BRECHER
                                    AMANDA MCDOWELL
7                              701 FIFTH AVENUE, SUITE 5600
                               SEATTLE, WASHINGTON 98104
8
                               BY:  STEPHEN CAZARES
9                              77 SOUTH FIGUEROA STREET, SUITE 3200
                               LOS ANGELES, CALIFORNIA 90017
10
                               BY:  AMY WALSH
11                             51 W 52ND STREET
                               NEW YORK, NEW YORK 10019
12

13    ALSO PRESENT:            OFFICE OF THE U.S. ATTORNEY
                               BY:  MADDI WACHS, PARALEGAL
14                                  SARA SLATTERY, PARALEGAL

15                             ORRICK, HERRINGTON & SUTCLIFFE
                               JENNIFER CYGNOR, PARALEGAL
16
                               PROLUMINA
17                             BY:  COREY ALLEN
                               2200 SIXTH AVENUE, SUITE 425
18                             SEATTLE, WASHINGTON 98121

19                             UNITED STATES POSTAL INSPECTION SERVICE
                               BY:  CHRISTOPHER MCCOLLOW
20
                               FEDERAL BUREAU OF INVESTIGATION
21                             BY:  MARIO C. SCUSSEL

22                             UNITED STATES FOOD & DRUG
                               ADMINISTRATION
23                             BY:  GEORGE SCAVDIS

24

25
```

1446

1

INDEX OF PROCEEDINGS

2

GOVERNMENT'S:

3

4  **ERIKA CHEUNG**

CROSS-EXAM BY MR. COOPERSMITH (RES.)      P. 1449
5     REDIRECT EXAM BY MR. BOSTIC                P. 1544
      RECROSS-EXAM BY MR. COOPERSMITH            P. 1570
6     FURTHER REDIRECT BY MR. BOSTIC             P. 1586

7

8  **MARK PANDORI**

DIRECT EXAM BY MR. BOSTIC                  P. 1590

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        INDEX OF EXHIBITS

                            IDENT.          EVIDENCE

GOVERNMENT'S

1106                                        1600
5769                                        1618
5767                                        1624
1522                                        1627
1528                                        1631
1595                                        1635
5771                                        1641
1570                                        1654
1580                                        1660
1562                                        1666




DEFENDANT'S

1288                                        1482
7603BB                                      1489
9939 (CONDITIONALLY)                        1497
20225                                       1515
20046                                       1520
1430                                        1531
1525                                        1536
20451, PAGE 1 & PAGE 14 (ONE PARAGRAPH)     1582

```
 1    SAN JOSE, CALIFORNIA                    MARCH 30, 2022

 2                   P R O C E E D I N G S

 3         (COURT CONVENED AT 9:03 A.M.)

 4         (JURY IN AT 9:03 A.M.)

 5            THE COURT:  THANK YOU AGAIN FOR YOUR COURTESY.

 6         WE'RE BACK ON THE RECORD IN THE BALWANI MATTER.  ALL

 7    COUNSEL ARE PRESENT.

 8         MS. CHEUNG IS PRESENT ON THE STAND.

 9         GOOD MORNING, LADIES AND GENTLEMEN OF THE JURY.  IT'S NICE

10    TO SEE YOU ALL AGAIN.

11         I HOPE YOU HAD PLEASANT TRAVELS, THOSE OF YOU WHO

12    TRAVELED, AND A PLEASANT TIME OFF.

13         LET ME, BEFORE WE BEGIN, LET ME ASK YOU THAT QUESTION

14    AGAIN, PLEASE.

15         DURING OUR BREAK, HAVE ANY OF YOU HAD OCCASION TO EITHER

16    DO ANY INDEPENDENT RESEARCH TO COMMUNICATE, TO READ, SEE, OR

17    LEARN ANYTHING ABOUT THIS CASE?  IF SO, WOULD YOU PLEASE RAISE

18    YOUR HAND.

19         I SEE NO HANDS.

20         THANK YOU VERY MUCH, LADIES AND GENTLEMEN.  I APPRECIATE

21    IT.

22         MR. COOPERSMITH, WOULD YOU LIKE TO CONTINUE YOUR

23    EXAMINATION.

24            MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

25            THE COURT:  MS. CHEUNG, I'LL REMIND YOU, YOU'RE
```

09:04AM  1    STILL UNDER OATH.

09:04AM  2           IF YOU COULD JUST STATE YOUR NAME AGAIN, PLEASE.

09:04AM  3               THE WITNESS:  MY NAME IS ERIKA CHEUNG.

09:04AM  4               THE COURT:  THANK YOU.

09:04AM  5        **(GOVERNMENT'S WITNESS, ERIKA CHEUNG, WAS PREVIOUSLY**

09:04AM  6    **SWORN.)**

09:04AM  7                         **CROSS-EXAMINATION (RESUMED)**

09:04AM  8    BY MR. COOPERSMITH:

09:04AM  9    Q.   WELCOME BACK, MS. CHEUNG.

09:04AM  10   A.   GOOD MORNING.

09:04AM  11   Q.   GOOD MORNING.

09:04AM  12        I WANT TO PICK UP WHERE WE LEFT OFF AND TALK ABOUT

09:04AM  13   EXHIBIT 3741A, WHICH I THINK WAS THE LAST EXHIBIT THAT WE WERE

09:04AM  14   LOOKING AT BEFORE WE BROKE LAST WEEK.  IT SHOULD BE IN THE

09:04AM  15   GOVERNMENT'S BINDER.

09:05AM  16        DO YOU HAVE THAT IN FRONT OF YOU?

09:05AM  17   A.   YES.

09:05AM  18   Q.   THANK YOU.

09:05AM  19        IF YOU COULD TURN IN PARTICULAR TO THE PAGE, AT THE VERY

09:05AM  20   BOTTOM IN THE MIDDLE THERE ARE PAGE NUMBERS, AND THE PAGE I

09:05AM  21   WOULD LIKE TO REFER YOU TO IS PAGE 6.

09:05AM  22        AND DO YOU REMEMBER ON DIRECT EXAMINATION, AND I KNOW IT'S

09:05AM  23   BEEN OVER A WEEK NOW, BUT ON DIRECT EXAMINATION MR. BOSTIC WAS

09:05AM  24   ASKING YOU ABOUT THIS PAGE, AND YOU WERE IDENTIFYING SOME OF

09:05AM  25   THE TESTS THAT YOU THOUGHT WERE RUN ON THE EDISON DEVICE THAT

09:05AM    1    THERANOS HAD.

09:05AM    2        DO YOU REMEMBER THAT?

09:05AM    3    A.   YES.

09:05AM    4    Q.   OKAY.  AND I JUST WANT TO GO OVER THOSE WITH YOU A BIT.

09:05AM    5        YOU SAID ON DIRECT THAT YOU THOUGHT THERE WERE ABOUT FIVE

09:05AM    6    ASSAYS THAT WERE RUNNING ON EDISON?

09:05AM    7    A.   YES, I BELIEVE SO.

09:06AM    8    Q.   OKAY.  AND LET'S JUST GO THROUGH THOSE AND SEE IF YOU CAN

09:06AM    9    REMEMBER, AND IF NOT, I THINK I CAN HELP YOU REFRESH YOUR

09:06AM   10    MEMORY.

09:06AM   11        BUT LET'S LOOK FIRST AT THE REPRODUCTIVE HEALTH SECTION.

09:06AM   12    A.   YES.

09:06AM   13    Q.   AND THEN THERE'S A TEST CALLED ESTRADIOL.

09:06AM   14        DO YOU SEE THAT?

09:06AM   15    A.   YES.

09:06AM   16    Q.   AND THAT WAS RUN ON EDISON?

09:06AM   17    A.   I WASN'T THERE WHEN THAT WAS RUN ON EDISON.

09:06AM   18    Q.   OKAY.  IT WASN'T RUN ON EDISON WHEN YOU WERE THERE?

09:06AM   19    A.   YEAH.

09:06AM   20    Q.   OKAY.  SO THERE COULD BE TESTS LISTED ON THIS DOCUMENT

09:06AM   21    THAT WERE AT SOME POINT RUN ON EDISON, BUT IT MIGHT HAVE BEEN

09:06AM   22    AFTER THE TIME THAT YOU WORKED AT THERANOS?

09:06AM   23    A.   THAT IS CORRECT.

09:06AM   24    Q.   OKAY.  HCG, WAS THAT RUN ON EDISON WHILE YOU WERE THERE?

09:06AM   25    A.   YES.

09:06AM  1     Q.   OKAY.  AND THEN PROLACTIN?

09:06AM  2     A.   NO.

09:06AM  3     Q.   OKAY.  SO IF THAT WAS RUN ON EDISON, YOU WOULDN'T KNOW

09:06AM  4     ANYTHING ABOUT THAT?

09:06AM  5     A.   CORRECT.

09:06AM  6     Q.   AND JUST TO QUICKLY DIGRESS, IF IT WAS RUN ON EDISON AT

09:07AM  7     SOME OTHER POINT, YOU WOULD EXPECT THAT THERE WOULD BE A

09:07AM  8     VALIDATION REPORT BEFORE IT WAS RUN ON THE CLIA CLINICAL LAB?

09:07AM  9     A.   I COULDN'T BE CERTAIN.

09:07AM  10    Q.   BUT THAT WAS THE PRACTICE WHEN YOU WERE THERE; RIGHT?

09:07AM  11    A.   YES.

09:07AM  12    Q.   SO IT COULD BE SOME VALIDATION REPORTS WERE SIGNED AFTER

09:07AM  13    YOU LEFT?

09:07AM  14    A.   CORRECT.

09:07AM  15    Q.   OR MAYBE YOU JUST DIDN'T KNOW ABOUT THEM?

09:07AM  16    A.   CORRECT.

09:07AM  17    Q.   AND HOW ABOUT IF YOU GO TO THE VERY BOTTOM OF THE

09:07AM  18    REPRODUCTIVE HEALTH SECTION -- ACTUALLY, BEFORE WE GET TO THE

09:07AM  19    VERY BOTTOM, THERE'S ONE CALLED SEX HORMONE BINDING GLOBULIN,

09:07AM  20    SHBG.

09:07AM  21         DO YOU SEE THAT?

09:07AM  22    A.   YES.

09:07AM  23    Q.   AND WAS THAT RUN ON EDISON WHILE YOU WERE THERE?

09:07AM  24    A.   NO.

09:07AM  25    Q.   OKAY.  AND THEN TESTOSTERONE, TOTAL?

09:07AM  1    A.    THAT WAS.

09:07AM  2    Q.    THAT WAS.  OKAY.

09:07AM  3          AND THEN IF YOU GO TO THE THYROID SECTION T3, TOTAL --

09:07AM  4    TRIIODOTHYRONINE, TOTAL.

09:07AM  5          DO YOU SEE THAT?

09:07AM  6    A.    YES.

09:07AM  7    Q.    AND THAT WAS RUN ON EDISON WHILE YOU WERE THERE?

09:08AM  8    A.    YES.

09:08AM  9    Q.    AND T4, FREE -- THYROXINE, FREE?

09:08AM  10   A.    CORRECT.

09:08AM  11   Q.    AND THAT WAS RUN WHILE YOU WERE THERE?

09:08AM  12   A.    YES.

09:08AM  13   Q.    THANK YOU.  AND THEN T4, TOTAL -- THYROXINE, TOTAL?

09:08AM  14   A.    THAT WASN'T RUN.

09:08AM  15   Q.    SO IF IT WAS RUN ON EDISON, IT COULD HAVE BEEN AFTER YOUR

09:08AM  16   TIME?

09:08AM  17   A.    YES.

09:08AM  18   Q.    AND THEN THYROID STIMULATING HORMONE, TSH?

09:08AM  19   A.    THAT WAS RUN.

09:08AM  20   Q.    OKAY.  AND THEN GO TO THE, IF YOU COULD, GO TO THE SECTION

09:08AM  21   ON ALPHABETICAL TESTS.

09:08AM  22         DO YOU SEE THAT?

09:08AM  23   A.    YES.

09:08AM  24   Q.    AND THEN TOWARDS THE END OR IN THE MIDDLE OF THE VERY LAST

09:08AM  25   COLUMN THERE'S ONE FOR PSA, TOTAL.

09:08AM  1              WAS THAT RUN ON THE EDISON WHILE YOU WERE THERE?

09:08AM  2     A.   YES.

09:08AM  3     Q.   AND THEN GOING DOWN, VITAMIN B-12?

09:08AM  4     A.   NO, THAT WASN'T RUN WHILE I WAS THERE.

09:08AM  5     Q.   OKAY.  AND THEN VITAMIN D 25-OH?

09:08AM  6     A.   CORRECT.

09:08AM  7     Q.   AND THAT WAS ONE THAT WAS RUN WHILE YOU WERE THERE?

09:09AM  8     A.   YES.

09:09AM  9     Q.   OKAY.  AND THEN ALL OF THE ONES THAT I NAMED, YOU

09:09AM 10     UNDERSTAND THAT ALL OF THEM, INCLUDING THE ONES THAT WERE RUN

09:09AM 11     ON EDISON WHILE YOU WERE THERE, ARE ALL IMMUNOASSAYS?

09:09AM 12     A.   I COULDN'T BE CERTAIN FOR ALL OF THEM.

09:09AM 13     Q.   YOU'RE NOT SURE WHICH ONES ARE IMMUNOASSAYS AND WHICH ONES

09:09AM 14     AREN'T?

09:09AM 15     A.   NOT FOR THE ONES I DIDN'T WORK WITH.

09:09AM 16     Q.   OKAY.  BUT FOR THE ONES YOU WORKED WITH AND YOU

09:09AM 17     IDENTIFIED, YOU UNDERSTAND THAT THOSE WERE IMMUNOASSAYS?

09:09AM 18     A.   YES.

09:09AM 19     Q.   AND THEN THE OTHER ONES, YOU'RE NOT SURE WHETHER THEY ARE

09:09AM 20     OR AREN'T?

09:09AM 21     A.   CORRECT.

09:09AM 22     Q.   ALL RIGHT.  AND IF YOU GO TO THE FIRST PAGE OF THE

09:09AM 23     EXHIBIT, WHICH IS PAGE 1, AND THEN YOU SEE THERE'S AN ASSAY

09:09AM 24     CALLED -- AT THE TOP AND THEY'RE ALL ALPHABETICAL SO WE CAN

09:09AM 25     FIND THEM -- ALPHA-1-ACID GLYCOPROTEIN.

09:09AM   1            DO YOU SEE THAT?

09:09AM   2       A.   YES.

09:09AM   3       Q.   AND DO YOU UNDERSTAND THAT THAT IS ALSO AN IMMUNOASSAY?

09:09AM   4       A.   NO.

09:09AM   5       Q.   YOU DON'T KNOW ONE WAY OR THE OTHER?

09:09AM   6       A.   EXACTLY, I DON'T KNOW ONE WAY OR THE OTHER.

09:09AM   7       Q.   HOW ABOUT GOING DOWN THE PAGE APOLIPOPROTEIN A-1

09:10AM   8       (APO A-1)?

09:10AM   9       A.   I DON'T KNOW.

09:10AM  10       Q.   YOU DIDN'T KNOW WHETHER THIS WAS AN IMMUNOASSAY OR NOT?

09:10AM  11       A.   I DIDN'T WORK ON THIS ONE, NO.

09:10AM  12       Q.   OKAY.  AND THEN RIGHT UNDER THAT APOLIPOPROTEIN B (APO B).

09:10AM  13            DO YOU UNDERSTAND THAT THAT IS ALSO AN IMMUNOASSAY?

09:10AM  14       A.   I DIDN'T WORK ON THIS ONE, EITHER.

09:10AM  15       Q.   AND GOING DOWN TO THE B'S, BETA-2 MICROGLOBULIN.

09:10AM  16            DO YOU UNDERSTAND THAT'S AN ASSAY?

09:10AM  17       A.   NO.

09:10AM  18       Q.   AND THEN -- THESE ARE HARD WORDS.  I'LL SLOW DOWN.

09:10AM  19            UNDER THE C'S IN THE MIDDLE OF THE SECOND COLUMN THERE'S

09:10AM  20       ONE CALLED COMPLEMENT COMPONENT 3 ANTIGEN.

09:10AM  21            DO YOU SEE THAT?

09:10AM  22       A.   YES.

09:10AM  23       Q.   AND YOU UNDERSTAND THAT'S AN IMMUNOASSAY?

09:10AM  24       A.   NO.  AGAIN, I DON'T KNOW.

09:10AM  25       Q.   OKAY.  COMPLEMENT COMPONENT 4 ANTIGEN, THE NEXT ONE, YOU

09:11AM   1    UNDERSTAND THAT'S AN IMMUNOASSAY?

09:11AM   2    A.   I DON'T KNOW.

09:11AM   3    Q.   HOW ABOUT GOING DOWN TOWARDS THE END OF THE C'S,

09:11AM   4    CYSTATIN C?

09:11AM   5    A.   AGAIN, I DON'T KNOW.

09:11AM   6    Q.   GOING TO THE NEXT PAGE.

09:11AM   7         DO YOU UNDERSTAND THAT FERRITIN, UNDER THE F'S, IS AN

09:11AM   8    ANALYTE THAT COULD BE MEASURED USING AN IMMUNOASSAY?

09:11AM   9    A.   AGAIN, I DON'T KNOW.

09:11AM  10    Q.   AND THEN IF YOU GO TO THE I'S, IGA, DO YOU UNDERSTAND

09:11AM  11    WHETHER THAT'S AN IMMUNOASSAY?

09:11AM  12    A.   I DIDN'T WORK ON ANY OF THE --

09:11AM  13    Q.   OR IGG?

09:11AM  14    A.   IN THE CONTEXT OF THERANOS, NO, I DIDN'T.  I DON'T.

09:11AM  15    Q.   OKAY.  BUT DO YOU UNDERSTAND IN ANY WAY THAT IGG IS AN

09:11AM  16    IMMUNOASSAY OR COULD BE MEASURED USING AN IMMUNOASSAY?

09:11AM  17    A.   IT COULD BE, BUT I DIDN'T KNOW AT THAT TIME WHAT THESE

09:11AM  18    WERE USED FOR.

09:11AM  19    Q.   OKAY.

09:11AM  20    A.   OR USED WITH.

09:11AM  21    Q.   THANK YOU.

09:11AM  22         AND THEN IGM, DO YOU UNDERSTAND THAT THAT COULD BE

09:12AM  23    MEASURED USING AN IMMUNOASSAY?

09:12AM  24    A.   AGAIN, I DON'T KNOW.

09:12AM  25    Q.   OKAY.  IF YOU TURN TO THE NEXT PAGE, PAGE 3 OF THE

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                          1456

09:12AM  1   EXHIBIT.

09:12AM  2        UNDER THE P'S, PREALBUMIN, DO YOU SEE THAT?

09:12AM  3   A.   YES.

09:12AM  4   Q.   AND DO YOU UNDERSTAND THAT THAT IS ONE THAT ALSO COULD BE

09:12AM  5   MEASURED USING AN IMMUNOASSAY?

09:12AM  6   A.   AGAIN, I DON'T KNOW.

09:12AM  7   Q.   AND THEN UNDER THE S'S, STREPTOLYSIN O ANTIBODY TITER

09:12AM  8   (ASO).

09:12AM  9        DO YOU SEE THAT?

09:12AM  10  A.   AGAIN, I DON'T KNOW.

09:12AM  11  Q.   YOU DON'T KNOW IF IT'S AN IMMUNOASSAY OR NOT?

09:12AM  12  A.   NOT IN THE CONTEXT OF WHEN I WORKED AT THERANOS, NO.

09:12AM  13  Q.   OKAY.  BUT DO YOU UNDERSTAND FROM ANY CONTEXT THAT IT

09:12AM  14  COULD BE MEASURED USING AN IMMUNOASSAY SYSTEM?

09:12AM  15  A.   FOR THE ANTIBODY, SURE, YEAH, IT COULD.

09:12AM  16  Q.   OKAY.  NOW, YOU TESTIFIED ON DIRECT THAT YOU THOUGHT THAT

09:13AM  17  THE EDISON COULD ONLY DO 12 TESTS?

09:13AM  18  A.   I TESTIFIED THAT THE EDISON ONLY DID 12 TESTS.

09:13AM  19  Q.   OKAY.  BUT LET'S JUST MAKE SURE WE'RE CLEAR ON THAT.

09:13AM  20       AM I CORRECT IN SAYING THAT YOU DON'T KNOW WHETHER THE

09:13AM  21  EDISON COULD DO MORE THAN 12 TESTS, YOU JUST OBSERVED WHILE YOU

09:13AM  22  WERE THERE IT DID SOME TESTS AND YOU AT SOME POINT BECAME AWARE

09:13AM  23  THAT IT ACTUALLY DID 12 TESTS?

09:13AM  24  A.   CAN YOU REPEAT THAT QUESTION?

09:13AM  25  Q.   SURE.  SORRY.

09:13AM  1          ARE YOU AWARE THAT -- DID YOU TESTIFY ON DIRECT THAT THE

09:13AM  2   EDISON ACTUALLY DID 12 TESTS IN THE THERANOS CLIA LAB?

09:13AM  3   A.   YES, THE EDISON DID 12 TESTS IN THE CLIA LAB.

09:13AM  4   Q.   AND NOT ALL OF THOSE WERE ONLINE IN THE CLINICAL LAB WHILE

09:13AM  5   YOU WERE THERE; CORRECT?

09:13AM  6   A.   REPEAT THAT QUESTION ONE MORE TIME.

09:13AM  7   Q.   WERE ALL 12 TESTS RUN ON EDISON, ALL WORKING IN THE CLIA

09:13AM  8   LAB OR OPERATIONAL IN THE CLIA LAB WHILE YOU WERE THERE?

09:14AM  9   A.   NO.

09:14AM 10   Q.   OKAY.

09:14AM 11   A.   THEY WERE TECHNICALLY SET TO BE PERFORMED IN THE CLIA LAB,

09:14AM 12   BUT WE DIDN'T NECESSARILY HAVE THEM ALL ON BOARDED TO ACTUALLY

09:14AM 13   ACTIVELY RUN IN THE CLINICAL LAB.

09:14AM 14   Q.   OKAY.  BECAUSE THEY WERE BROUGHT BASICALLY ONE BY ONE AS

09:14AM 15   THE VALIDATION REPORT AND THOSE STUDIES WERE DONE?

09:14AM 16   A.   SOMETIMES.

09:14AM 17   Q.   OKAY.  BUT YOU DON'T KNOW ONE WAY OR THE OTHER WHETHER THE

09:14AM 18   EDISON COULD DO MORE THAN 12 TESTS; RIGHT?

09:14AM 19   A.   THE EDISON -- I MEAN, YOU COULD ONBOARD MORE ASSAYS ONTO

09:14AM 20   THE EDISON, BUT IN TERMS OF MY TIME WORKING THERE, THOSE -- WE

09:14AM 21   ONLY HAD 12 TESTS THAT WERE RUNNING ON THE EDISON THAT HAD THE

09:14AM 22   CAPACITY TO BE RUN ON THE EDISON.

09:14AM 23   Q.   OKAY.  BUT THERE'S NO REASON WHY THE COMPANY COULDN'T HAVE

09:14AM 24   TAKEN ANY OF THE OTHER IMMUNOASSAYS THAT I JUST REFERRED TO,

09:14AM 25   ASSUMING THAT THOSE ARE IMMUNOASSAYS, AND ALSO ONBOARD THOSE

09:14AM 1    ONTO THE EDISON?

09:14AM 2            MR. BOSTIC:  OBJECTION.  FOUNDATION.  CALLS FOR

09:14AM 3    SPECULATION.

09:14AM 4            THE COURT:  SUSTAINED FOR SPECULATION.

09:15AM 5    BY MR. COOPERSMITH:

09:15AM 6    Q.  WELL, DO YOU KNOW ONE WAY OR THE OTHER WHETHER THERANOS

09:15AM 7    COULD HAVE PUT MORE IMMUNOASSAYS ONTO THE EDISON IF IT HAD

09:15AM 8    DECIDED TO DO THE VALIDATION STUDIES?  DO YOU KNOW ONE WAY OR

09:15AM 9    THE OTHER?

09:15AM 10           MR. BOSTIC:  SAME OBJECTION.

09:15AM 11           THE COURT:  WITHOUT A FOUNDATION I'LL SUSTAIN THE

09:15AM 12   OBJECTION.

09:15AM 13           MR. COOPERSMITH:  I'M JUST ASKING HER UNDERSTANDING,

09:15AM 14   BUT I'LL ASK ANOTHER QUESTION.

09:15AM 15   Q.  MS. CHEUNG, DO YOU HAVE AN UNDERSTANDING AS TO WHETHER THE

09:15AM 16   COMPANY COULD HAVE PUT MORE IMMUNOASSAYS ONTO THE EDISON IF IT

09:15AM 17   HAD SO CHOSE?

09:15AM 18   A.  I'M SORRY, COULD YOU REPEAT THE QUESTION ONE MORE TIME.

09:15AM 19   Q.  SURE.

09:15AM 20       DO YOU HAVE AN UNDERSTANDING WHETHER THE COMPANY COULD

09:15AM 21   HAVE PUT MORE IMMUNOASSAYS ONTO THE EDISON IF IT HAD SO CHOSE

09:15AM 22   TO DO SO?

09:15AM 23   A.  THE COMPANY COULD HAVE PUT MORE ASSAYS ON THE EDISON.

09:15AM 24   Q.  AND YOU DON'T KNOW THE REASON WHY THE COMPANY DID OR

09:15AM 25   DIDN'T DO THAT, DO YOU?

09:15AM    1    A.   I MEAN, WE DIDN'T HAVE THE CAPACITY TO RUN SOME OF THEM,

09:15AM    2    AND THERE WASN'T ACTIVE VALIDATION FOR A LOT OF THE ASSAYS THAT

09:16AM    3    YOU LISTED.  LIKE, IT WAS JUST NOT IN DEVELOPMENT.

09:16AM    4    Q.   OKAY.  WELL, LET ME ASK THE QUESTION A LITTLE BIT

09:16AM    5    DIFFERENTLY.

09:16AM    6         YOU DON'T KNOW WHAT REASON DROVE THE COMPANY TO ADD THE

09:16AM    7    CAPACITY TO PUT THESE OTHER IMMUNOASSAYS ONTO THE EDISON OR

09:16AM    8    NOT?

09:16AM    9    A.   I SEE.  NO.

09:16AM   10    Q.   RIGHT.  SO THERE MIGHT HAVE BEEN BUSINESS REASONS, FOR

09:16AM   11    EXAMPLE?

09:16AM   12    A.   CORRECT.

09:16AM   13    Q.   OKAY.  NOW, IN TERMS OF THE COMPANY'S TECHNOLOGY, YOU WERE

09:16AM   14    AWARE THAT THERE WAS ALSO A DEVICE IN THE RESEARCH AND

09:16AM   15    DEVELOPMENT AREA KNOWN AS THE 4.0; CORRECT?

09:16AM   16    A.   CORRECT.

09:16AM   17    Q.   AND SOMETIMES PEOPLE REFER TO IT AS THE MINILAB?

09:16AM   18    A.   CORRECT.

09:16AM   19    Q.   AND THAT WAS THE DEVICE THAT COULD DO, IN ADDITION TO THE

09:16AM   20    IMMUNOASSAYS IN THE RESEARCH AND DEVELOPMENT AREA, IT COULD DO

09:16AM   21    OTHER TYPES OF BLOOD TESTS, OTHER CATEGORIES?

09:16AM   22    A.   YES, THAT WAS THE GOAL.

09:16AM   23    Q.   SUCH AS NUCLEIC ACID AMPLIFICATION TESTING?

09:16AM   24    A.   CORRECT.

09:16AM   25    Q.   AND SUCH AS CYTOMETRY?

09:16AM   1       A.   CORRECT.

09:16AM   2       Q.   AND SUCH AS GENERAL CHEMISTRY?

09:17AM   3       A.   CORRECT.

09:17AM   4       Q.   AND YOU'RE NOT DIRECTLY FAMILIAR WITH ALL OF THE RESEARCH

09:17AM   5       AND DEVELOPMENT WORK THAT WAS GOING INTO THE 4.0?

09:17AM   6       A.   THAT IS CORRECT.

09:17AM   7       Q.   AND DID THE COMPANY -- WERE YOU INVOLVED IN ANY WAY WITH

09:17AM   8       THE COMPANY'S SUBMISSIONS TO THE FOOD AND DRUG ADMINISTRATION

09:17AM   9       CONCERNING THE 4.0?

09:17AM  10       A.   NO.

09:17AM  11       Q.   OKAY.  I WANT TO SHOW YOU A BUNCH OF BINDERS.  AGAIN, I

09:17AM  12       APOLOGIZE.  I'M GOING TO GIVE YOU EVEN MORE BINDERS, SO JUST

09:17AM  13       LET ME GET THEM.

09:17AM  14            MAY I APPROACH, YOUR HONOR?

09:17AM  15                 THE COURT:  YES.

09:17AM  16                 MR. COOPERSMITH:  (HANDING.)

09:18AM  17            MAY I APPROACH, YOUR HONOR?

09:18AM  18                 THE COURT:  YES.

09:18AM  19       BY MR. COOPERSMITH:

09:18AM  20       Q.   MS. CHEUNG, WHAT I'VE HANDED YOU ARE FOUR VOLUMES OF

09:18AM  21       ASSAYS DEVELOPMENT REPORTS.

09:18AM  22            I THINK YOU TESTIFIED LAST WEEK THAT YOU WERE NOT ACTUALLY

09:18AM  23       INVOLVED IN DRAFTING OR WORKING ON THOSE REPORTS?

09:18AM  24       A.   CORRECT.

09:18AM  25       Q.   OKAY.  BUT YOU UNDERSTAND THAT ASSAY DEVELOPMENT WORK WAS

09:19AM  1    GOING ON?

09:19AM  2    A.   CORRECT.

09:19AM  3    Q.   AND ALL OF THE ASSAY DEVELOPMENT WORK, YOU UNDERSTAND WAS

09:19AM  4    DESIGNED TO HAVE ASSAYS OR BASICALLY INVENT ASSAYS THAT COULD

09:19AM  5    WORK WITH SMALL BLOOD SAMPLES ON THERANOS'S DEVICES; RIGHT?

09:19AM  6    A.   CORRECT.

09:19AM  7    Q.   AND SO IF I ASKED YOU ABOUT ANY OF THOSE ASSAY DEVELOPMENT

09:19AM  8    REPORTS, YOU WOULD TELL ME YOU DIDN'T RECOGNIZE IT; RIGHT?

09:19AM  9    A.   YES.

09:19AM  10   Q.   OKAY.  AND ARE YOU AWARE THAT THE COMPANY, WHILE IT WAS

09:19AM  11   DOING THIS RESEARCH AND DEVELOPMENT WORK ON SMALL BLOOD ASSAYS,

09:19AM  12   THAT WHILE YOU WERE THERE AT THERANOS IT COMPLETED OVER 161

09:19AM  13   ASSAY DEVELOPMENT REPORTS AT THERANOS?  ARE YOU AWARE OF THAT?

09:19AM  14   A.   I DIDN'T KNOW.

09:19AM  15   Q.   ALL RIGHT.  LET'S MOVE ON TO EXHIBIT 1430.

09:20AM  16   A.   IN WHICH BINDER?

09:20AM  17   Q.   AND THAT'S IN THE GOVERNMENT'S BINDER.

09:20AM  18   A.   OKAY.

09:20AM  19        (PAUSE IN PROCEEDINGS.)

09:20AM  20            THE WITNESS:  I DON'T HAVE THIS PAGE.  I ONLY HAVE

09:20AM  21   1431.

09:20AM  22            MR. COOPERSMITH:  ONE MOMENT, YOUR HONOR.

09:20AM  23        (PAUSE IN PROCEEDINGS.)

09:21AM  24            MR. COOPERSMITH:  YOUR HONOR, MAY I APPROACH THE

09:21AM  25   WITNESS?

| | | |
|---|---|---|
| 09:21AM | 1 | THE COURT:  YES. |
| 09:21AM | 2 | BY MR. COOPERSMITH: |
| 09:21AM | 3 | Q.   WE'LL COME BACK TO 1430, AND WE'LL FIND IT, BUT LET'S MOVE |
| 09:21AM | 4 | ON TO ANOTHER EXHIBIT. |
| 09:21AM | 5 | A.   OKAY. |
| 09:21AM | 6 | Q.   SO EXHIBIT 1512? |
| 09:22AM | 7 | A.   ALL RIGHT.  I HAVE IT UP. |
| 09:22AM | 8 | Q.   OKAY.  I WAS HOPING YOU WOULD HAVE THAT ONE.  THANK YOU. |
| 09:22AM | 9 | SO 1512, THIS IS AN EXHIBIT THAT MR. BOSTIC SHOWED YOU ON |
| 09:22AM | 10 | DIRECT. |
| 09:22AM | 11 | DO YOU RECALL THAT? |
| 09:22AM | 12 | A.   YES. |
| 09:22AM | 13 | Q.   OKAY.  AND IF YOU GO TO THE EXHIBIT, IT STARTS OUT, IF YOU |
| 09:22AM | 14 | GO TO THE VERY EARLIEST EMAIL IN TIME, THERE'S AN EMAIL FROM |
| 09:22AM | 15 | DR. ROSENDORFF TO A GROUP OF PEOPLE, INCLUDING YOURSELF. |
| 09:22AM | 16 | DO YOU SEE THAT? |
| 09:22AM | 17 | A.   YES. |
| 09:22AM | 18 | Q.   AND IT SAYS, "CAN YOU FOLKS PLEASE START WORKING ON THESE |
| 09:22AM | 19 | SO WE CAN IMPLEMENT THESE ASSAYS.  MAYBE YOU CAN EACH TACKLE |
| 09:22AM | 20 | ONE." |
| 09:22AM | 21 | DO YOU SEE THAT? |
| 09:22AM | 22 | A.   YES. |
| 09:22AM | 23 | Q.   AND THEN THE NEXT PAGE SAYS, "PLEASE USE THE EXISTING |
| 09:22AM | 24 | EDISON SOP'S AS TEMPLATES." |
| 09:22AM | 25 | AND THEN THERE'S A LINK. |

CHEUNG CROSS BY MR. COOPERSMITH (RES.)                        1463

09:23AM   1        IS THAT LINK -- AM I RIGHT THAT THAT LINK IS A LINK TO A

09:23AM   2    FOLDER THAT CONTAINS SOP'S?

09:23AM   3    A.   CORRECT.

09:23AM   4    Q.   AND THEN IF YOU GO TO THE EMAIL RIGHT ABOVE THE ONE THAT I

09:23AM   5    JUST SHOWED YOU, THERE'S AN EMAIL FROM YOU TO THE SAME GROUP

09:23AM   6    INCLUDING DR. ROSENDORFF.

09:23AM   7        DO YOU SEE THAT?

09:23AM   8    A.   YES.

09:23AM   9    Q.   AND IT SAYS, "WE'VE ALREADY BEEN WORKING ON TOTAL T4

09:23AM  10    (AURELIE), TOTAL T3 (ROMINA), AND TOTAL TESTOSTERONE (ERIKA).

09:23AM  11    WE ARE STILL WORKING ON GATHERING ALL OF THE REAGENTS FOR FSH.

09:23AM  12    WE ARE ALSO WORKING ON GETTING THE REAGENTS FOR HCV (JAMIE) AT

09:23AM  13    THE MOMENT AS WELL."

09:23AM  14        HCV, REFERRING TO THAT FOR A MOMENT, IS THAT HEPATITIS C?

09:23AM  15    A.   THAT IS CORRECT.

09:23AM  16    Q.   IF YOU GO TO THE FIRST PAGE OF THE EXHIBIT, THE VERY

09:24AM  17    BOTTOM EMAIL IN THE FIRST PAGE IT'S FROM DR. SAKSENA.

09:24AM  18        DO YOU SEE THAT?

09:24AM  19    A.   YES.

09:24AM  20    Q.   AND IT SAYS, "HI ADAM,

09:24AM  21        "THERE WAS A CONCERN EXPRESSED TO ME REGARDING STABILITY

09:24AM  22    SINCE WE DO NOT HAVE STABILITY DATA ON THE HCV CAPSYS

09:24AM  23    CARTRIDGES AND THEY WERE MADE ON 12/21/2013 (A LITTLE OVER A

09:24AM  24    MONTH ALGORITHM)."  HE GOES ON AND MAKES A SUGGESTION.

09:24AM  25        AND HE SAYS, "IF THIS QC FAILS, WE WILL NOT RUN THE

09:24AM  1      PATIENT SAMPLE.  WE WILL HAVE TO RECALIBRATE WITH FRESH

09:24AM  2      REAGENTS."

09:24AM  3          DO YOU UNDERSTAND THAT DR. SAKSENA WAS TELLING YOU THAT

09:24AM  4      UNTIL THEY FIGURED THIS OUT, THEY WERE NOT GOING TO RUN THE

09:25AM  5      PATIENT SAMPLE?

09:25AM  6      A.   CORRECT.

09:25AM  7      Q.   OKAY.  AND IF YOU GO TO THE EMAIL ABOVE THAT.  THIS IS THE

09:25AM  8      ONE WHERE YOU INADVERTENTLY WROTE ON MS. RIENER'S COMPUTER;

09:25AM  9      CORRECT?

09:25AM  10     A.   CORRECT.

09:25AM  11     Q.   AND YOU WROTE, "HI ALL,

09:25AM  12          "I'LL RUN THE QC RUNS FOR THE ASSAYS, BUT I DON'T FEEL

09:25AM  13     COMFORTABLE RUNNING THE PATIENT SAMPLE.  YOU'RE GOING TO HAVE

09:25AM  14     TO FIND SOMEONE ELSE TO DO IT.  I'LL INFORM JAMIE."

09:25AM  15          DO YOU SEE THAT?

09:25AM  16     A.   YES.

09:25AM  17     Q.   AND DR. SAKSENA ALREADY TOLD YOU THAT HE WASN'T RUNNING

09:25AM  18     THE PATIENT SAMPLE JUST A FEW MINUTES BEFORE THAT; RIGHT?

09:25AM  19     A.   CORRECT.

09:25AM  20     Q.   AND THEN IF YOU GO TO THE NEXT EMAIL, DR. ROSENDORFF

09:25AM  21     INSTRUCTS ROMINA OR JAMIE, "PLEASE RUN THE CONTROLS AND LET ME

09:25AM  22     KNOW THE RESULTS ASAP"; CORRECT?

09:25AM  23     A.   CORRECT.

09:25AM  24     Q.   AND SO DR. ROSENDORFF IS JUST SAYING RUN THE CONTROLS AND

09:25AM  25     NOT THE SAMPLE; RIGHT?

09:25AM  1     A.   CORRECT.

09:25AM  2     Q.   AND THEN AT THE TOP DR. ROSENDORFF SENT AN EMAIL TO JUST

09:25AM  3     YOU AND SAYS THAT HE, DR. ROSENDORFF, TALKED TO MARK AND SURAJ.

09:26AM  4          SURAJ IS DR. SAKSENA?

09:26AM  5     A.   WAIT, WAIT.  I'M WRITING THIS EMAIL.

09:26AM  6     Q.   YEAH, I'M SORRY.  THANK YOU.

09:26AM  7          YOU WROTE AN EMAIL TO DR. ROSENDORFF THAT YOU HAD HAD A

09:26AM  8     CONVERSATION WITH MARK AND SURAJ?  SORRY ABOUT THAT.

09:26AM  9     A.   UH-HUH.

09:26AM 10     Q.   AND MARK IS MARK PANDORI?

09:26AM 11     A.   CORRECT.

09:26AM 12     Q.   DR. PANDORI?

09:26AM 13     A.   CORRECT.

09:26AM 14     Q.   AND SURAJ IS DR. SAKSENA?

09:26AM 15     A.   CORRECT.

09:26AM 16     Q.   AND YOU WROTE, "THEY ARE JUST GOING TO RUN THE TEST ON THE

09:26AM 17     FDA APPROVED WAIVED TEST AND REPORT THE RESULTS FROM THERE."

09:26AM 18     A.   YEAH.

09:26AM 19     Q.   "THEY TOLD ME THERE WAS NO NEED TO RUN THE QC'S, I CAN

09:26AM 20     STILL RUN THEM IF YOU NEED THE DATA."

09:26AM 21          DO YOU SEE THAT?

09:26AM 22     A.   YEAH.

09:26AM 23     Q.   AND SINCE THE SAMPLE WAS GOING TO BE RUN ON FDA COMMERCIAL

09:26AM 24     MACHINES, THERE WAS NO NEED AT THAT POINT TO RUN THE QC ON THE

09:26AM 25     EDISON DEVICE; IS THAT CORRECT?

09:26AM  1    A.   CORRECT.

09:26AM  2    Q.   AND SO WHAT HAPPENED HERE IS THAT THERE WAS A CONCERN

09:27AM  3    RAISED AND THE COMPANY DID NOT GO FORWARD WITH RUNNING A SAMPLE

09:27AM  4    WHEN IT WASN'T SURE ABOUT THE DEVICE; IS THAT CORRECT?

09:27AM  5    A.   CORRECT.

09:27AM  6    Q.   OKAY.  NOW, THERANOS ACTUALLY NEVER RAN HEPATITIS C, OR

09:27AM  7    HCV, ON THE EDISON DEVICE?

09:27AM  8    A.   NOT AFTER THIS INCIDENT, NO.

09:27AM  9    Q.   IT NEVER RAN IT AGAIN AFTER THAT INCIDENT?

09:27AM  10   A.   NOT WHILE I WORKED FOR THE COMPANY.

09:27AM  11   Q.   OKAY.  AND THAT'S ALL YOU COULD KNOW ABOUT; RIGHT?

09:27AM  12   A.   EXACTLY.

09:27AM  13   Q.   OKAY.  IF WE CAN GO TO EXHIBIT 1587, SAME BINDER, I THINK.

09:27AM  14        THIS IS ANOTHER EXHIBIT THAT YOU SAW DURING YOUR DIRECT

09:27AM  15   EXAMINATION?

09:27AM  16   A.   CORRECT.

09:27AM  17   Q.   AND IF YOU GO TO THE BOTTOM EMAIL, JUST TO ORIENT

09:28AM  18   OURSELVES HERE, THIS IS THE EMAIL FROM ALPHONSO NGUYEN ABOUT

09:28AM  19   WHAT HE SAID WERE THE BAD 3.0 READERS WITH CERTAIN NUMBERS.

09:28AM  20        DO YOU SEE THAT?

09:28AM  21   A.   YES.

09:28AM  22   Q.   AND THEN IF YOU GO TO THE VERY BOTTOM OF PAGE 1, THERE'S

09:28AM  23   AN EMAIL FROM DR. SIVARAMAN.

09:28AM  24        DO YOU SEE THAT?

09:28AM  25        AND IT SAYS, "HI, ALPHONSO AND SAM."

09:28AM 1    DO YOU SEE THAT?  THE BOTTOM OF THE FIRST PAGE?

09:28AM 2 A. YES.

09:28AM 3 Q. AND THEN IF YOU GO TO THE NEXT PAGE WHERE THE SUBSTANCE OF

09:28AM 4 THE EMAIL CONTINUES IT SAYS, "I WANTED TO FIND OUT MORE ABOUT

09:28AM 5 THE 3.5 READERS MENTIONED IN THIS EMAIL.  IF THERE ARE READERS

09:28AM 6 THAT FAIL YOUR BIWEEKLY QC, WE NEED TO KNOW VIA EMAIL TO THE

09:28AM 7 ENTIRE TEAM THAT THOSE READERS NEED TO BE AVOIDED."

09:28AM 8    AND SO DID YOU UNDERSTAND THAT THE POINT OF THIS WAS TO

09:29AM 9 MAKE SURE THAT IF THERE WAS SOME ISSUE IDENTIFIED WITH AN

09:29AM 10 EDISON DEVICE, THAT THEY WOULDN'T BE USED IN THE LAB; IS THAT

09:29AM 11 RIGHT?

09:29AM 12 A. CORRECT.

09:29AM 13 Q. OKAY.  AND THEN IF YOU GO ABOVE THAT ON THE FIRST PAGE

09:29AM 14 THERE'S AN EMAIL FROM SAMARTHA ANEKAL TO DR. SIVARAMAN,

09:29AM 15 ALPHONSO NGUYEN, AND COPIED TO RAN HU, H-U?

09:29AM 16 A. YES.

09:29AM 17 Q. BY THE WAY, WHO WAS RAN HU?

09:29AM 18 A. RAN HU WAS ONE OF THE TEAM LEADS FOR THE ELISA TEAM.

09:29AM 19 Q. OKAY.  SO THAT WAS ON THE GROUP IN THE R&D DEPARTMENT THAT

09:29AM 20 YOU WERE INVOLVED WITH?

09:29AM 21 A. CORRECT.

09:29AM 22 Q. OKAY.  AND MR. ANEKAL -- AND WHO IS HE BY THE WAY, I

09:29AM 23 SHOULD ASK?

09:29AM 24 A. SAMARTHA ANEKAL WAS THE HEAD OF -- LIKE THE ENGINEERING

09:29AM 25 TEAM, THE HARDWARE ENGINEERING TEAM.  IT WAS SOMETIMES LIKE

09:29AM   1    SYSTEMS INTEGRATION SOMETHING.  I DON'T REMEMBER THE ACRONYM.

09:29AM   2    Q.   OKAY.  BUT THAT'S MORE ON THE MANUFACTURING SIDE IT SOUNDS

09:30AM   3    LIKE?

09:30AM   4    A.   IT'S A BIT OF A MIX OF THE RESEARCH AND DEVELOPMENT SIDE

09:30AM   5    AND THE MANUFACTURING SIDE.  SO THEY ARE WORKING SPECIFICALLY

09:30AM   6    WITH THE HARDWARE OF THE DIFFERENT ASSAYS THAT WE HAVE.

09:30AM   7    Q.   OKAY.  AND THE HARDWARE WOULD MEAN LIKE THE PHYSICAL

09:30AM   8    EDISON DEVICE, FOR EXAMPLE?

09:30AM   9    A.   THE PHYSICAL EDISON DEVICE AND ALSO THE PHYSICAL DEVICE OF

09:30AM   10   THE 4.0'S AS WELL.

09:30AM   11   Q.   OKAY.  AND, FOR EXAMPLES, THE CARTRIDGES MIGHT BE PART OF

09:30AM   12   THE MANUFACTURING PROCESS?

09:30AM   13   A.   IT MIGHT BE, BUT I'M NOT SURE.

09:30AM   14   Q.   BUT THAT WAS MORE DR. SAKSENA'S DEPARTMENT AT THE TIME?

09:30AM   15   A.   IT WAS LIKE A PRODUCTION, BUT IT WAS LIKE A SEPARATE

09:30AM   16   DEPARTMENT.

09:30AM   17   Q.   OKAY.  AND I DON'T KNOW WHETHER YOU EVER SAW THESE

09:30AM   18   FACILITIES, BUT EDISON -- THERANOS RATHER HAD THESE

09:30AM   19   MANUFACTURING FACILITIES TO MANUFACTURE THESE THINGS; IS THAT

09:30AM   20   RIGHT?

09:30AM   21   A.   YES.

09:30AM   22   Q.   AND YOU DIDN'T WORK IN THOSE AREAS, BUT YOU'RE AWARE AND

09:30AM   23   PRESUMABLY YOU SAW THOSE AT SOME POINT?

09:30AM   24   A.   CORRECT.

09:30AM   25   Q.   OKAY.  GOING BACK TO THAT EMAIL THAT WE WERE JUST LOOKING

09:30AM   1    AT.

09:30AM   2         MR. ANEKAL WRITES, "SHARADA, MOST OF THE TIME, A BAD RUN

09:31AM   3    REQUIRES SUBSEQUENT ACTIONS, WHICH CAN TAKE TIME.  THIS DOESN'T

09:31AM   4    MEAN THAT A DEVICE IS PERMANENTLY BAD, BUT WE HAVEN'T CONFIRMED

09:31AM   5    THAT IT'S A NON-DEVICE ISSUE."

09:31AM   6         DO YOU SEE THAT?

09:31AM   7    A.   YES.

09:31AM   8    Q.   AND SO YOU UNDERSTAND THAT THE CONCEPT HERE IS THAT THERE

09:31AM   9    WOULD HAVE TO BE SOME TYPE OF INVESTIGATION TO DETERMINE WHAT

09:31AM   10   THE PROBLEM WAS BEFORE THEY COULD ALLOW A DEVICE TO GO BACK

09:31AM   11   INTO USE; IS THAT RIGHT?

09:31AM   12   A.   CORRECT.

09:31AM   13   Q.   AND PEOPLE LIKE MR. ANEKAL AND OTHERS WOULD BE DOING THAT

09:31AM   14   WORK?

09:31AM   15   A.   FOR THE DEVICES.

09:31AM   16   Q.   OKAY.  GO TO THE EMAIL ABOVE THAT.  MR. NGUYEN,

09:31AM   17   ALPHONSO NGUYEN, HE SAYS, "THE OUTLIERS LIST CAN BE FOUND IN

09:31AM   18   THE FOLLOWING LINK," AND THERE'S THAT S DRIVE LINK?

09:31AM   19   A.   YES.

09:31AM   20   Q.   AND THAT'S A SHARED DRIVE THAT EVERYONE INVOLVED IN THIS

09:31AM   21   HAS ACCESS TO?

09:31AM   22   A.   YES.

09:31AM   23   Q.   AND THEN THE EMAIL ABOVE THAT FROM DR. SIVARAMAN TO A

09:31AM   24   GROUP OF PEOPLE, INCLUDING YOURSELF, THAT SAYS FYI, AND THAT'S

09:32AM   25   SO YOU KNEW WHERE TO FIND THE INFORMATION IF YOU NEEDED IT;

09:32AM  1     RIGHT?

09:32AM  2     A.   CORRECT.

09:32AM  3     Q.   AND ALL OF THESE PEOPLE ON THE EMAIL, INCLUDING THE LARGER

09:32AM  4     GROUP ON THE TOP THAT WE'RE LOOKING AT NOW AND THEN THE OTHER

09:32AM  5     PEOPLE THAT WE SPECIFICALLY DISCUSSED, THEY WERE ALL JUST

09:32AM  6     TRYING TO DO THEIR JOBS AS BEST AS THEY COULD AS FAR AS YOU

09:32AM  7     KNEW?

09:32AM  8     A.   CORRECT.

09:32AM  9              MR. BOSTIC:  OBJECTION.  FOUNDATION.  SPECULATION.

09:32AM 10              THE COURT:  I'LL ALLOW IT.  YOU CAN ASK ANOTHER

09:32AM 11     QUESTION.

09:32AM 12              MR. COOPERSMITH:  OKAY.

09:32AM 13     Q.   LET'S GO TO EXHIBIT 1633, SAME BINDER.

09:32AM 14          THIS IS ANOTHER EXHIBIT THAT YOU SAW DURING YOUR DIRECT

09:32AM 15     EXAMINATION?

09:32AM 16     A.   THAT IS CORRECT.

09:32AM 17     Q.   AND IF YOU GO TO THE BOTTOM, THIS IS WHERE YOU IDENTIFIED

09:33AM 18     SOME QC, QUALITY CONTROL, FOR SOME ASSAYS THAT HAD FAILED QC;

09:33AM 19     IS THAT CORRECT?

09:33AM 20     A.   CORRECT, THIS IS THE CULMINATION OF THE MONTH.

09:33AM 21     Q.   FOR MARCH?

09:33AM 22     A.   YES.

09:33AM 23     Q.   OF 2014?

09:33AM 24     A.   YES.

09:33AM 25     Q.   AND YOU CALCULATED OR YOU REPORTED AN OVERALL PERCENTAGE

09:33AM   1    OF 26 PERCENT ON THE BOTTOM; IS THAT RIGHT?

09:33AM   2    A.   LANGLY DID, YES.

09:33AM   3    Q.   LANGLY GEE DID?

09:33AM   4    A.   YES.

09:33AM   5    Q.   AND HE WAS THE DIRECTOR OF QUALITY CONTROL?

09:33AM   6    A.   THAT IS CORRECT.

09:33AM   7    Q.   IF YOU GO TO THE TOP, THE EMAIL RIGHT ABOVE THAT,

09:33AM   8    DR. PANDORI SAYS, "LANGLY, EXACTLY WHAT I WANTED.  THANK YOU."

09:33AM   9         RIGHT?

09:33AM   10   A.   CORRECT.

09:33AM   11   Q.   SO THE COMPANY WAS MONITORING THIS PROCESS?

09:33AM   12   A.   WHEN LANGLY GOT HIRED, YES.

09:33AM   13   Q.   AND LANGLY GOT HIRED IN 2013?

09:33AM   14   A.   IN DECEMBER, I BELIEVE.

09:34AM   15   Q.   OKAY.  AT THE END OF 2013?

09:34AM   16   A.   YES.

09:34AM   17   Q.   AND MR. GEE, LANGLY GEE, WAS BROUGHT ON AS A QUALITY

09:34AM   18   CONTROL MANAGER TO DO JUST EXACTLY THIS SORT OF WORK AS FAR AS

09:34AM   19   YOU UNDERSTOOD; RIGHT?

09:34AM   20   A.   CORRECT.

09:34AM   21   Q.   OKAY.  SO IF I WANTED TO KNOW THE QUALITY CONTROL

09:34AM   22   INFORMATION IN MORE DETAIL FOR MARCH OR ANY OTHER MONTH FOR

09:34AM   23   THAT MATTER, I WOULD HAVE TO GO TO A SYSTEM CALLED LABORATORY

09:34AM   24   INFORMATION SYSTEM; IS THAT CORRECT?

09:34AM   25   A.   CORRECT.

09:34AM  1    Q.   AND THAT'S WHERE ALL OF THE QUALITY CONTROL DATA WOULD BE

09:34AM  2    HOUSED?

09:34AM  3    A.   CORRECT.

09:34AM  4    Q.   AND, IN FACT, ALL OF THE PATIENT RECORDS AND PATIENT

09:34AM  5    INFORMATION WOULD ALSO BE HOUSED IN THAT LABORATORY INFORMATION

09:34AM  6    SYSTEM?

09:34AM  7    A.   YES.   SOMETIMES WE HAD IT IN SPREADSHEETS AS WELL.

09:34AM  8    Q.   BUT ALSO IN THE LIS?

09:34AM  9    A.   FOR SOME OF IT, YES.

09:34AM  10   Q.   AND YOU UNDERSTAND SOMETIMES PEOPLE WOULD REFER TO IT, THE

09:34AM  11   LABORATORY INFORMATION SYSTEM, AS THE LIS?

09:35AM  12   A.   CORRECT.

09:35AM  13   Q.   OKAY.   AND ALSO INFORMATION ABOUT PATIENT RESULTS, ALL OF

09:35AM  14   THE PATIENT RESULTS, THAT WOULD ALSO BE IN THE LIS?

09:35AM  15   A.   THE PATIENT RESULTS WOULD, YES.

09:35AM  16   Q.   AND IF YOU WANTED TO KNOW WHICH TECHNICIANS RAN PARTICULAR

09:35AM  17   PATIENT SAMPLES, THAT WOULD ALSO BE NOTED IN THE LIS?

09:35AM  18   A.   IDEALLY, BUT I DON'T KNOW IF IT WAS ALWAYS.

09:35AM  19   Q.   WELL, IN FACT, YOU SAW INSTANCES WHERE THAT WAS THE CASE;

09:35AM  20   RIGHT?

09:35AM  21   A.   YES.

09:35AM  22   Q.   AND THEN WOULD YOU AGREE WITH ME THAT THE LIS WAS A

09:35AM  23   COMPREHENSIVE DATABASE UTILIZED TO REPORT THE RESULTS OF

09:35AM  24   CLINICAL DIAGNOSTIC TESTS?

09:35AM  25   A.   COULD YOU REPEAT THAT AGAIN.

09:35AM  1    Q.   WOULD YOU AGREE WITH ME THAT THE LIS WAS A COMPREHENSIVE

09:35AM  2    DATABASE THAT WAS USED BY THERANOS TO REPORT CLINICAL

09:35AM  3    DIAGNOSTIC RESULTS?

09:35AM  4    A.   YES.

09:36AM  5    Q.   IN THE COURSE OF YOUR PREPARATION FOR TRIAL, YOU MET WITH

09:36AM  6    THE GOVERNMENT A NUMBER OF TIMES; IS THAT RIGHT?

09:36AM  7    A.   FOR THE BALWANI TRIAL?

09:36AM  8    Q.   FOR ANY PROCEEDING INVOLVING THERANOS, YOU'VE MET WITH THE

09:36AM  9    GOVERNMENT MANY TIMES; IS THAT RIGHT?

09:36AM  10   A.   YES.

09:36AM  11   Q.   AND YOU'VE TESTIFIED BEFORE IN OTHER PROCEEDINGS?

09:36AM  12   A.   I'VE TESTIFIED IN THE HOLMES TRIAL.

09:36AM  13   Q.   AND IN OTHER PROCEEDINGS AS WELL; IS THAT CORRECT?

09:36AM  14   A.   IN DEPOSITIONS FOR EXTERNAL CASES NOT RELATED TO THIS

09:36AM  15   CASE.

09:36AM  16   Q.   OKAY.  AND IN ALL OF THE TIME THAT YOU HAVE BEEN INVOLVED

09:36AM  17   WITH TESTIFYING ABOUT THERANOS, THE GOVERNMENT NEVER SHOWED YOU

09:36AM  18   ANY DATA POINT WHERE THEY SHOWED YOU THE LIS SYSTEM ON A

09:36AM  19   COMPUTER OR SOMETHING AND ASKED YOU TO LOOK AT SOMETHING; IS

09:36AM  20   THAT RIGHT?

09:36AM  21   A.   THAT IS CORRECT.

09:36AM  22   Q.   LET'S GO TO EXHIBIT 1431.  IF I REMEMBER, THAT'S THE ONE

09:37AM  23   YOU DID HAVE IN YOUR BINDER.

09:37AM  24        OKAY.  THIS IS ANOTHER EXHIBIT THAT YOU SAW DURING DIRECT

09:37AM  25   EXAMINATION LAST WEEK.

09:37AM  1          DO YOU REMEMBER THAT?

09:37AM  2      A.   YES.

09:37AM  3      Q.   AND IF YOU GO TO -- JUST TO ORIENT OURSELVES AGAIN, IF YOU

09:37AM  4      GO TO THE PAGE 3, THE BOTTOM EMAIL.

09:37AM  5          AND THIS IS WHERE DR. SIVARAMAN WRITES, "THE CV'S,"

09:37AM  6      MEANING COEFFICIENT OF VARIATION; RIGHT?

09:38AM  7      A.   UH-HUH.

09:38AM  8      Q.   "ARE HIGH BETWEEN DEVICES, IF YOU SEE FOR THE DATA IN THE

09:38AM  9      DAILY QC AND WITHIN CARTRIDGE CV'S ARE REALLY TIGHT."

09:38AM 10          AND THEN DR. SIVARAMAN GOES ON TO SAY, "SINCE WE ARE

09:38AM 11      ALLOWED TO REMOVE 2 DATA POINTS FROM ONE (1 CARTRIDGE OUT OF 3)

09:38AM 12      I HAVE ATTEMPTED TO DO THAT WITH BOTH THE LEVEL 1 AND LEVEL 2

09:38AM 13      DATA AND IT IMPROVES THINGS.  SEE ATTACHED FILE."

09:38AM 14          DO YOU SEE THAT?

09:38AM 15      A.   YES.

09:38AM 16      Q.   OKAY.  AND LET ME PAUSE THERE FOR A MINUTE.  YOU KNOW WHAT

09:38AM 17      LEVEL 1 AND LEVEL 2 ARE; RIGHT?

09:38AM 18      A.   YES.

09:38AM 19      Q.   WITH RESPECT TO QUALITY CONTROL?

09:38AM 20      A.   YES.

09:38AM 21      Q.   AND SO IS IT FAIR TO SAY THAT WHEN RUNNING A QUALITY

09:38AM 22      CONTROL TEST UNDER AN EDISON DEVICE, OR OTHER DEVICES, YOU

09:38AM 23      WOULD HAVE TO DO TWO DIFFERENT LEVELS OF QUALITY CONTROL?

09:38AM 24      A.   YES.  YOU WOULD HAVE TO DO, SAY, LIKE A HIGH VALUE AND A

09:38AM 25      LOW VALUE.

09:38AM 1   Q.   OKAY.  AND IN ORDER FOR THE DEVICE TO BE CLEARED TO PASS

09:38AM 2   THE QUALITY CONTROL TEST, IT WOULD HAVE TO PASS ON BOTH OF THE

09:38AM 3   LEVELS?

09:38AM 4   A.   THAT IS CORRECT.

09:39AM 5   Q.   AND IF IT FAILED ONE, IT COULD NOT BE USED FOR PATIENT

09:39AM 6   TESTING, THAT WAS THE PROCEDURE?

09:39AM 7   A.   CORRECT.

09:39AM 8   Q.   AND SO IT'S NOT JUST KIND OF ONE AND DONE; RIGHT?

09:39AM 9   A.   CORRECT.

09:39AM 10  Q.   OKAY.  SO LET'S TALK ABOUT THIS ISSUE OF THE DATA POINTS.

09:39AM 11       SO YOU SEE DR. SIVARAMAN IS TALKING ABOUT BEING ALLOWED TO

09:39AM 12  REMOVE TWO DATA POINTS?

09:39AM 13  A.   YES.

09:39AM 14  Q.   AND IF YOU GO TO THE EMAIL RIGHT ABOVE IT, THERE'S AN

09:39AM 15  EMAIL FROM DR. ROSENDORFF TO DR. SIVARAMAN AND YOURSELF.

09:39AM 16       DO YOU SEE THAT?

09:39AM 17  A.   YES.

09:39AM 18  Q.   AND THAT'S DATED JANUARY 16TH, 2014?

09:39AM 19  A.   YES.

09:39AM 20  Q.   AND THEN DR. ROSENDORFF WRITES, "SHARADA,

09:39AM 21       "SINCE 3 DEVICES ARE BEING USED AS ONE TESTING SYSTEM, FOR

09:39AM 22  THE PURPOSES OF QC WE MUST CONSIDER THEM AS ONE TESTING

09:39AM 23  SYSTEM/DEVICE.  THEREFORE THE WITHIN CARTRIDGE CV IS NOT

09:39AM 24  RELEVANT.  AS YOU ARE AWARE, WE ARE CALCULATING THE MEAN OF 6

09:39AM 25  MEASUREMENT (OR MINIMUM 4) TO COME UP WITH THE ASSAYS VALUE."

CHEUNG CROSS BY MR. COOPERSMITH (RES.)

09:40AM   1          DO YOU SEE THAT?

09:40AM   2     A.   YES.

09:40AM   3     Q.   AND SO WHEN DR. ROSENDORFF WAS REFERRING TO THE MINIMUM 4,

09:40AM   4     YOU UNDERSTAND HE WAS TALKING ABOUT THAT SAME ISSUE OF REMOVING

09:40AM   5     OUTLIERS, 2 DATA POINTS; CORRECT?

09:40AM   6     A.   I'M NOT SURE.  I DON'T REMEMBER.

09:40AM   7     Q.   YEAH.  WELL, JUST LOGICALLY, IF THERE ARE 6 DATA POINTS IN

09:40AM   8     TOTAL?

09:40AM   9     A.   YEAH.

09:40AM   10    Q.   THAT'S THE NUMBER OF DATA POINTS THAT THE EDISON SYSTEM --

09:40AM   11    I'LL REPEAT THE QUESTION.

09:40AM   12         SIX WAS THE NUMBER THAT THE EDISON DEVICE WOULD YIELD IN

09:40AM   13    TERMS OF DATA POINTS; CORRECT?

09:40AM   14    A.   CORRECT.

09:40AM   15    Q.   AND IF YOU TOOK 2 AWAY, YOU WOULD END UP WITH 4?

09:40AM   16    A.   CORRECT.

09:40AM   17    Q.   BUT YOU DON'T KNOW EXACTLY WHAT DR. ROSENDORFF WAS

09:40AM   18    REFERRING TO.

09:40AM   19         IS THAT YOUR TESTIMONY?

09:40AM   20    A.   YES.

09:40AM   21    Q.   AND THEN IF YOU GO TO PAGE -- LET'S JUST GO TO PAGE 1 FOR

09:41AM   22    A MOMENT.

09:41AM   23         AND THEN THERE'S AN EMAIL FROM DR. SIVARAMAN AGAIN TO

09:41AM   24    DR. ROSENDORFF AND YOURSELF AT 11:52 A.M.

09:41AM   25         DO YOU SEE THAT?

09:41AM 1    A.   WHAT PAGE IS THAT?

09:41AM 2    Q.   ON PAGE 1.

09:41AM 3    A.   PAGE 1.  YES.

09:41AM 4    Q.   AND THAT'S JUST TO ORIENT YOU.  BUT I WANT TO GO TO THE

09:41AM 5    REST OF THAT EMAIL, WHICH IS ON PAGE 2.

09:41AM 6         AND THEN YOU SEE RIGHT AFTER THE TABLE WITH SOME DATA

09:41AM 7    THERE'S A LINE THAT SAYS, AND THIS IS DR. SIVARAMAN WRITING, "I

09:41AM 8    BELIEVE AN ALGORITHM FOR OUTLIER REMOVAL HAS BEEN INCORPORATED

09:41AM 9    IN THE SOFT APP PROCESS WHEN EVALUATING CLINICAL SAMPLES IN

09:41AM 10   NORMANDY."

09:41AM 11        DO YOU SEE THAT?

09:41AM 12   A.   YES.

09:41AM 13   Q.   AND NORMANDY REFERS TO, I THINK YOU SAID LAST WEEK, IT'S

09:41AM 14   THE PART OF THE LAB THAT HAS THE THERANOS LABORATORY DEVELOPED

09:41AM 15   TESTS?

09:41AM 16   A.   YES.

09:41AM 17   Q.   SUCH AS THE EDISON?

09:41AM 18   A.   YES.

09:41AM 19   Q.   AND YOU DIDN'T DO ANY WORK ON THAT ALGORITHM THAT

09:41AM 20   DR. SIVARAMAN IS TALKING ABOUT, DID YOU?

09:42AM 21   A.   NO.

09:42AM 22   Q.   OKAY.  AND IF YOU GO TO THE SAME EMAIL BUT ON THE FIRST

09:42AM 23   PAGE OF THE EXHIBIT, SO THE BEGINNING OF THAT SAME EMAIL.  YOU

09:42AM 24   SEE IN THE FIRST PARAGRAPH DR. SIVARAMAN WRITES, "YES, I DO

09:42AM 25   AGREE WITH YOU THAT INTRA CV'S ARE NOT RELEVANT.  I WAS

09:42AM  1      HIGHLIGHTING TO YOU THAT WHEN EVALUATED INDEPENDENTLY, EACH

09:42AM  2      CARTRIDGE HAS TIGHT CV'S IN BOTH CONC AND RLU REGIMES, WHICH

09:42AM  3      INDICATES THAT THE ASSAY ITSELF DOES NOT HAVE IMPRECISION."

09:42AM  4          DO YOU SEE THAT?

09:42AM  5      A.   YES.

09:42AM  6      Q.   AND YOU'RE NOT IN A POSITION TO DISAGREE WITH

09:42AM  7      DR. SIVARAMAN ON THAT PARTICULAR POINT, THAT THE ASSAY ITSELF

09:42AM  8      DOES NOT HAVE IMPRECISION, ARE YOU?

09:42AM  9      A.   NO.

09:42AM  10     Q.   AND IF YOU GO DOWN TO THE NEXT PARAGRAPH IT SAYS, "AT THIS

09:42AM  11     TIME OUR OUTLIER REMOVAL PROCEDURE IS MANUAL (WE CAN REMOVE 2

09:42AM  12     OUT OF THE 6 DATA POINTS) AND IT ALSO DEPENDS ON THE DATA SET."

09:43AM  13         DO YOU SEE THAT?

09:43AM  14     A.   YES.

09:43AM  15     Q.   AND THAT'S -- YOU MAY HAVE TALKED ABOUT THAT LAST WEEK,

09:43AM  16     BUT THAT'S DR. SIVARAMAN EXPLAINING THAT AT THAT POINT IN TIME

09:43AM  17     THERE'S A MANUAL PROCEDURE TO REMOVE 2 OUT OF 6 DATA POINTS;

09:43AM  18     RIGHT?

09:43AM  19     A.   CORRECT.

09:43AM  20     Q.   AND YOU WERE CRITICAL OF THAT PROCESS WHEN YOU TESTIFIED

09:43AM  21     LAST WEEK?

09:43AM  22     A.   CORRECT.

09:43AM  23     Q.   BUT YOU UNDERSTAND THAT THAT'S WHAT DR. SIVARAMAN IS

09:43AM  24     SAYING IS APPROPRIATE IN THIS EMAIL?

09:43AM  25     A.   YES.

09:43AM   1    Q.   AND DR. ROSENDORFF IS ON THAT EMAIL?

09:43AM   2    A.   YES.

09:43AM   3    Q.   AND MR. BALWANI IS NOT ON THIS EMAIL; CORRECT?

09:43AM   4    A.   CORRECT.

09:43AM   5    Q.   I'D LIKE YOU TO TAKE A LOOK AT EXHIBIT 20451.

09:43AM   6         I MAY HAVE TO HAND THAT ONE UP.

09:44AM   7         MAY I APPROACH, YOUR HONOR?

09:44AM   8              THE COURT:  YES.

09:44AM   9              MR. COOPERSMITH:  (HANDING.)

09:44AM  10    Q.   OKAY.  DO YOU HAVE 20451 IN FRONT OF YOU?

09:44AM  11    A.   YES.

09:44AM  12    Q.   20451 IS A 2013 PROFICIENCY TESTING MANUAL FROM THE

09:44AM  13    COLLEGE OF AMERICAN PATHOLOGISTS.

09:44AM  14         DO YOU SEE THAT?

09:44AM  15    A.   YES.

09:44AM  16    Q.   AND DO YOU UNDERSTAND THAT THIS IS NOT A THERANOS

09:44AM  17    DOCUMENT; CORRECT?

09:44AM  18    A.   YES.

09:44AM  19    Q.   DO YOU KNOW WHAT THE COLLEGE OF AMERICAN PATHOLOGISTS IS?

09:45AM  20    A.   NO.

09:45AM  21    Q.   I ASSUME YOU DIDN'T ATTEND THE COLLEGE OF AMERICAN

09:45AM  22    PATHOLOGISTS?

09:45AM  23    A.   NO.

09:45AM  24    Q.   AND DO YOU UNDERSTAND THAT THEY ARE ONE OF THE GROUPS THAT

09:45AM  25    SENDS PROFICIENCY SAMPLES FOR LABS TO TEST?

09:45AM   1    A.   I CAN'T REMEMBER.

09:45AM   2    Q.   SO, IN OTHER WORDS, LAST WEEK YOU TALKED ABOUT SOME

09:45AM   3    SAMPLES THAT CAME FROM THE NEW YORK STATE LAB?

09:45AM   4    A.   CORRECT.

09:45AM   5    Q.   AND DO YOU UNDERSTAND THAT CAP IS ANOTHER GROUP THAT WOULD

09:45AM   6    SEND SAMPLES THAT LABS COULD TEST TO DETERMINE THEIR

09:45AM   7    PROFICIENCY?

09:45AM   8    A.   YEAH, I DIDN'T KNOW THAT.  BUT I IMAGINE SO.

09:45AM   9    Q.   OKAY.  IF YOU TURN TO PAGE 14 OF THE EXHIBIT.  YOU SEE

09:45AM  10    THERE'S A SECTION CALLED OUTLIER DETECTION TECHNIQUE?

09:45AM  11    A.   YES.

09:45AM  12    Q.   AND I'M ASSUMING YOU'RE NOT FAMILIAR WITH THE COUNCIL OF

09:45AM  13    AMERICAN PATHOLOGISTS OUTLIER DETECTION TECHNIQUE THAT THEY

09:46AM  14    RECOMMEND, ARE YOU?

09:46AM  15    A.   NO.

09:46AM  16    Q.   OKAY.  I'D LIKE TO GO TO ANOTHER EXHIBIT, 1287.

09:46AM  17         EXHIBIT 1287 IS ANOTHER EXHIBIT YOU SAW ON DIRECT,

09:46AM  18    MS. CHEUNG?

09:46AM  19    A.   YES.

09:46AM  20    Q.   AND IF WE LOOK AT THE TOP OF THE EMAIL, YOU SEE THERE'S AN

09:46AM  21    EMAIL FROM DR. SAKSENA TO ELIZABETH HOLMES AND DANIEL YOUNG

09:46AM  22    WITH A COPY TO THE OTHER PEOPLE LISTED THERE.

09:46AM  23         DO YOU SEE THAT?

09:46AM  24    A.   CORRECT.

09:46AM  25    Q.   AND YOU TESTIFIED LAST WEEK ON DIRECT THAT THESE WERE A

09:47AM   1        GROUP OF INDIVIDUALS THAT REGULARLY COMMUNICATED ABOUT ISSUES

09:47AM   2        LIKE QUALITY CONTROL FAILURES?

09:47AM   3        A.   YES.

09:47AM   4        Q.   AND THEN YOU TESTIFIED THAT THE DOCUMENT INVOLVES A

09:47AM   5        RESOLUTION OF A QC FAILURE ISSUE AT THERANOS?

09:47AM   6        A.   YES.  CORRECT.

09:47AM   7        Q.   OKAY.  I'D LIKE TO SHOW YOU EXHIBIT 1288 THAT SHOULD BE IN

09:47AM   8        THE SAME BINDER.  IF NOT, I CAN HAND IT UP.

09:47AM   9        A.   I DON'T HAVE IT.

09:47AM   10               MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

09:47AM   11               THE COURT:  YES.

09:47AM   12               MR. COOPERSMITH:  (HANDING.)

09:48AM   13       Q.   OKAY.  LOOKING AT EXHIBIT 1288, DO YOU SEE AT THE TOP

09:48AM   14       THERE'S THE SAME GROUP OF INDIVIDUALS WHO ARE INVOLVED IN THE

09:48AM   15       EMAIL STRING?

09:48AM   16       A.   YES.

09:48AM   17       Q.   OKAY.  SAME GROUP AS IN EXHIBIT 1287?

09:48AM   18       A.   YES.

09:48AM   19       Q.   AND THEN YOU SEE IT INVOLVES THE SAME, THE SAME SUBJECT

09:48AM   20       HEADING THAT THE OTHER EXHIBIT 1287 DOES?

09:48AM   21       A.   YES.

09:48AM   22       Q.   AND YOU SEE THAT IN THE BODY OF -- IF YOU JUST SORT OF

09:49AM   23       FLIP THROUGH THE PAGES, MS. CHEUNG -- THAT SOME OF THE EMAILS

09:49AM   24       IN EXHIBIT 1287 ARE ALSO IN 1288?

09:49AM   25       A.   CORRECT.

09:49AM  1    Q.   BUT THEN THERE ARE SOME ADDITIONAL EMAILS ON THE TOP OF

09:49AM  2    EXHIBIT 1288?

09:49AM  3    A.   CORRECT.

09:49AM  4              MR. COOPERSMITH:  I OFFER 1288, YOUR HONOR.

09:49AM  5              MR. BOSTIC:  NO OBJECTION.

09:49AM  6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:49AM  7         (DEFENDANT'S EXHIBIT 1288 WAS RECEIVED IN EVIDENCE.)

09:49AM  8    BY MR. COOPERSMITH:

09:49AM  9    Q.   OKAY.  I THINK WHEN THE GOVERNMENT WAS ASKING YOU

09:49AM 10    QUESTIONS, THEY WERE TALKING ABOUT 1287, BUT THEY DIDN'T SHOW

09:49AM 11    YOU THIS EXHIBIT; RIGHT?

09:49AM 12    A.   NO.

09:49AM 13    Q.   AND IF YOU LOOK AT THE TOP TWO EMAILS, WHICH WE'RE NOW

09:49AM 14    SEEING FOR THE FIRST TIME, DANIEL YOUNG WRITES AN EMAIL ON

09:49AM 15    NOVEMBER 30TH AT 11:27 A.M.

09:49AM 16         DO YOU SEE THAT?

09:49AM 17    A.   YES.

09:49AM 18    Q.   AND HE WAS THE MOST SENIOR SCIENTIST AT THERANOS; IS THAT

09:49AM 19    FAIR?

09:49AM 20    A.   YES.

09:49AM 21    Q.   AND DR. YOUNG WROTE, "ONE OF THE QC RUNS PASSED (AFTER THE

09:50AM 22    SOP WAS FOLLOWED APPROPRIATELY)."

09:50AM 23         DO YOU SEE THAT?

09:50AM 24    A.   YES.

09:50AM 25    Q.   AND SO DR. YOUNG HAD DETERMINED THAT THE -- FOR THAT

09:50AM   1     PARTICULAR RUN, THE PERSON WHO WAS RUNNING THE QC HAD NOT

09:50AM   2     FOLLOWED THE SOP?

09:50AM   3     A.   CORRECT.

09:50AM   4     Q.   AND THAT PERSON WAS YOU?

09:50AM   5     A.   CORRECT.

09:50AM   6     Q.   AND SO AT THIS POINT IN TIME, NOVEMBER 30TH, 2013, AM I

09:50AM   7     RIGHT THAT YOU HAD BEEN AT THE COMPANY FOR ABOUT SIX WEEKS?

09:50AM   8     A.   YES.

09:50AM   9     Q.   IF YOU LOOK AT THE VERY TOP EMAIL, IT'S AN EMAIL FROM

09:50AM   10    MS. HOLMES TO THE SAME GROUP AND SHE WRITES, "WE NEED TO

09:50AM   11    RETRAIN."

09:50AM   12         DO YOU SEE THAT?

09:50AM   13    A.   I SEE THAT.

09:50AM   14    Q.   DO YOU HAVE 1525 IN YOUR BINDER, MS. CHEUNG?

09:51AM   15    A.   I DO NOT.  I ONLY HAVE 1524.

09:51AM   16    Q.   LET'S MOVE ON TO 1548.

09:51AM   17         EXHIBIT 1548 IS AN EXHIBIT THAT YOU SAW DURING YOUR DIRECT

09:51AM   18    EXAMINATION, MS. CHEUNG?

09:51AM   19    A.   THAT IS CORRECT.

09:51AM   20    Q.   AND THIS ONE IS THE EMAIL FROM, AT LEAST THE MIDDLE EMAIL

09:51AM   21    ON THE FIRST PAGE, IT'S FROM LANGLY GEE, THE QUALITY CONTROL

09:51AM   22    MANAGER, TO A GROUP OF PEOPLE, INCLUDING YOURSELF, WITH AN

09:51AM   23    ATTACHED PROFICIENCY RESULT.

09:51AM   24         DO YOU SEE THAT?

09:51AM   25    A.   YES.

09:51AM  1      Q.   AND THEN YOU SPENT SOME TIME WITH MR. BOSTIC LOOKING AT

09:51AM  2      THE DATA, IF YOU GO TO THE ATTACHMENT TO THE EXHIBIT?

09:51AM  3      A.   YES.

09:51AM  4      Q.   AND THIS INVOLVED RUNNING SAMPLES FROM THE NEW YORK STATE

09:52AM  5      LAB ON BOTH EDISON AND CERTAIN COMMERCIAL DEVICES WHICH ARE

09:52AM  6      REFERRED TO AS PREDICATES SOMETIMES; RIGHT?

09:52AM  7      A.   THAT IS CORRECT.

09:52AM  8      Q.   AND THEN YOU WENT THROUGH THE DATA WITH MR. BOSTIC;

09:52AM  9      CORRECT?

09:52AM  10     A.   YES.

09:52AM  11     Q.   OKAY.  THOSE NEW YORK STATE SAMPLES, DO YOU KNOW WHAT THE

09:52AM  12     NATURE OF THOSE SAMPLES ARE?

09:52AM  13     A.   IN WHAT CONTEXT -- WHAT DO YOU MEAN?

09:52AM  14     Q.   WHAT ARE THE SAMPLES MADE OUT OF FROM THE NEW YORK LAB?

09:52AM  15     A.   IT COULD VARY, BUT I'M NOT SURE.

09:52AM  16     Q.   YOU DON'T KNOW SPECIFICALLY WITH RESPECT TO THOSE SAMPLES?

09:52AM  17     A.   CORRECT.

09:52AM  18     Q.   OKAY.  SO WERE YOU AWARE THAT CMS HAS REGULATIONS ABOUT

09:52AM  19     LABORATORIES HAVING TO DO PROFICIENCY TESTING?

09:52AM  20     A.   YES.

09:52AM  21     Q.   AND CMS'S REGULATIONS ACTUALLY REQUIRE AT CERTAIN

09:53AM  22     INTERVALS THAT LABS DO THAT; RIGHT?

09:53AM  23     A.   CORRECT.

09:53AM  24     Q.   AND IT'S SORT OF A TEST TO MAKE SURE THAT A LAB IS

09:53AM  25     OPERATING CORRECTLY; IS THAT FAIR?

09:53AM  1    A.   YES.  YOU NEED IT TO MAINTAIN YOUR CERTIFICATION.

09:53AM  2    Q.   RIGHT.  AND DO YOU UNDERSTAND THAT CMS, FOR MANY TESTS,

09:53AM  3    ALLOWS VERY WIDE VARIABILITY IN WHAT THE RESULTS COULD BE IN

09:53AM  4    ORDER TO STILL PASS PROFICIENCY TESTING?

09:53AM  5    A.   NO.

09:53AM  6    Q.   OKAY.  IF YOU COULD TAKE A LOOK AT -- I THINK IT MIGHT BE

09:53AM  7    IN THE DEFENSE BINDER, BUT THE FIRST OF THOSE, AND IT'S

09:53AM  8    EXHIBIT 7603 LETTERS BB?

09:54AM  9    A.   IS IT IN VOLUME 1?

09:54AM  10   Q.   YES, I THINK SO.

09:54AM  11   A.   WHAT WAS THE NUMBER AGAIN?

09:54AM  12   Q.   I'M SORRY, 7603 AND THEN BB, B AS IN BOY, B AS IN BOY?

09:54AM  13   A.   OKAY.

09:54AM  14   Q.   OKAY.  IF YOU TAKE A LOOK AT 7603BB, DO YOU RECOGNIZE THIS

09:54AM  15   AS CERTAIN REGULATIONS FOR THE CENTERS OF MEDICARE AND MEDICAID

09:54AM  16   SERVICES?

09:54AM  17   A.   YES.

09:54AM  18   Q.   AND THE ONE THAT IS LABELED SECTION 493.931 INVOLVES

09:54AM  19   ROUTINE CHEMISTRY?

09:54AM  20   A.   CORRECT.

09:54AM  21   Q.   AND IT -- YOU SEE, IF YOU JUST READ IT QUICKLY WITHOUT

09:54AM  22   READING IT OUT LOUD, YOU SEE IT RELATES TO PROFICIENCY TESTING;

09:54AM  23   CORRECT?

09:54AM  24   A.   YES.

09:54AM  25        MR. COOPERSMITH:  YOUR HONOR, I OFFER EXHIBIT 7603

09:55AM  1    AS A REGULATION OF THE CENTERS FOR MEDICARE AND MEDICAID

09:55AM  2    SERVICES, A GOVERNMENT AGENCY.

09:55AM  3                MR. BOSTIC:  FOUNDATION AND RELEVANCE, YOUR HONOR.

09:55AM  4                THE COURT:  YOU'RE OFFERING THIS AS A CERTIFIED

09:55AM  5    GOVERNMENT PUBLICATION?

09:55AM  6                MR. COOPERSMITH:  IT'S A PUBLICATION OF THE

09:55AM  7    U.S. GOVERNMENT.  IT --

09:55AM  8                THE COURT:  CAN YOU LAY A FOUNDATION FOR THAT?

09:55AM  9                MR. COOPERSMITH:  WELL, I THINK SHE ALREADY

09:55AM  10   TESTIFIED, YOUR HONOR, THAT SHE RECOGNIZES IT AS A REGULATION

09:55AM  11   FROM CMS.

09:55AM  12               THE COURT:  CAN YOU LAY A FOUNDATION?

09:55AM  13               MR. COOPERSMITH:  YES, YOUR HONOR, I'LL ASK SOME

09:55AM  14   MORE QUESTIONS.

09:55AM  15               THE COURT:  SURE.

09:55AM  16   BY MR. COOPERSMITH:

09:55AM  17   Q.   MS. CHEUNG, YOU UNDERSTAND THAT CMS IS THE REGULATOR FOR

09:55AM  18   CLINICAL LABORATORIES IN THE UNITED STATES?

09:55AM  19   A.   YES.

09:55AM  20   Q.   AND THAT IN ORDER TO DO THEIR WORK, THE CMS GOVERNMENT

09:55AM  21   AGENCY ISSUES REGULATIONS?

09:55AM  22   A.   CAN YOU REPEAT THAT QUESTION.

09:55AM  23   Q.   IN ORDER TO GOVERN OR REGULATE THE LABORATORIES, YOU

09:55AM  24   UNDERSTAND THAT CMS ACTUALLY ISSUES REGULATIONS?

09:56AM  25   A.   CORRECT.

09:56AM  1    Q.   AND LABORATORIES LIKE THE THERANOS LABORATORY THAT WAS

09:56AM  2    OPERATING WHILE YOU WERE THERE, HAVE TO FOLLOW THOSE

09:56AM  3    REGULATIONS?

09:56AM  4    A.   CORRECT.

09:56AM  5    Q.   AND ONE OF THE THINGS THAT CMS REQUIRES IS PROFICIENCY

09:56AM  6    TESTING IN REGULATIONS?

09:56AM  7    A.   CAN YOU REPEAT THAT QUESTION.

09:56AM  8    Q.   ONE OF THE THINGS THAT CMS REGULATES AND REQUIRES IS

09:56AM  9    SOMETHING CALLED PROFICIENCY TESTING?

09:56AM  10   A.   CORRECT.

09:56AM  11   Q.   AND YOU UNDERSTAND THAT THE REGULATION WE'RE LOOKING AT IN

09:56AM  12   EXHIBIT 7603 BB IS ONE SUCH REGULATION THAT DEALS WITH

09:56AM  13   PROFICIENCY TESTING?

09:56AM  14   A.   I'VE NEVER SEEN THIS BEFORE, SO I'M NOT SURE BUT --

09:56AM  15   Q.   OKAY.

09:56AM  16   A.   I DON'T KNOW.

09:56AM  17   Q.   WELL, YOU SEE THAT IT'S SECTION 493.931?

09:56AM  18   A.   YES.

09:56AM  19   Q.   AND DO YOU SEE IF YOU LOOK AT SECTION A, IT USES THE WORD

09:56AM  20   PROFICIENCY TESTING IN THERE, AND THAT'S WHAT THE REGULATION IS

09:56AM  21   ABOUT.

09:56AM  22        DO YOU SEE THAT?

09:56AM  23   A.   THIS IS FOR A CHEMISTRY PROGRAM?

09:57AM  24   Q.   THIS IS FOR ROUTINE CHEMISTRY, RIGHT.

09:57AM  25   A.   WHAT WAS YOUR INITIAL QUESTION?

09:57AM  1    Q.   WELL, JUST LET ME START AGAIN.

09:57AM  2         YOU RECOGNIZE THIS, WHETHER YOU'VE SEEN IT BEFORE OR NOT,

09:57AM  3    YOU RECOGNIZE THIS AS ONE OF THE REGULATIONS THAT CMS PUTS OUT

09:57AM  4    DEALING WITH PROFICIENCY TESTING?

09:57AM  5    A.   YES.

09:57AM  6              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7603BB.  I

09:57AM  7    THINK THE COURT COULD TAKE JUDICIAL NOTICE THAT THIS IS A

09:57AM  8    GOVERNMENT REGULATION.

09:57AM  9              MR. BOSTIC:  SAME OBJECTION, YOUR HONOR.

09:57AM 10              THE COURT:  ARE YOU ASKING THAT PAGE 58 ALSO BE

09:57AM 11    ADMITTED?

09:57AM 12              MR. COOPERSMITH:  YES, YOUR HONOR.  IT'S PART OF

09:57AM 13    THAT SAME REGULATION.

09:57AM 14              THE COURT:  ENDOCRINOLOGY.

09:57AM 15              MR. COOPERSMITH:  NO -- THAT ONE.  IT'S JUST THE

09:57AM 16    NUMBER 493.931.

09:58AM 17              THE COURT:  IS THAT FOUND ON PAGE 58?

09:58AM 18              MR. COOPERSMITH:  THE REGULATION IN QUESTION THAT

09:58AM 19    I'M REFERRING TO, YOUR HONOR, STARTS ON PAGE 57, AND IT'S THE

09:58AM 20    LONGER REGULATION ON THAT PAGE STARTING WITH .931, AND THEN IT

09:58AM 21    CONTINUES ON TO PAGE 58 AS THE, YOU KNOW, THE REST OF IT.

09:58AM 22              THE COURT:  RIGHT.  SO DO YOU WANT TO STRIKE THEN

09:58AM 23    THE ENDOCRINOLOGY PORTION?

09:58AM 24              MR. COOPERSMITH:  YES, WE COULD REDACT THAT.

09:58AM 25         AND ALSO WE CAN REDACT THE SMALLER REGULATION ON THE TOP

09:58AM   1    OF PAGE 57 AS WELL.

09:59AM   2              THE COURT:  58?

09:59AM   3              MR. COOPERSMITH:  WE WOULD REDACT SECTION 933 ON

09:59AM   4    PAGE 58, AND WE WOULD REDACT SECTION 929 ON PAGE 57.

09:59AM   5              THE COURT:  ALL RIGHT.  THANK YOU.

09:59AM   6         WITH THOSE REDACTIONS, IT WILL BE ADMITTED, AND IT MAY BE

09:59AM   7    PUBLISHED WITH THOSE REDACTIONS.

09:59AM   8              MR. COOPERSMITH:  YES, YOUR HONOR.

09:59AM   9         (DEFENDANT'S EXHIBIT 7603BB, WITH REDACTIONS, WAS RECEIVED

09:59AM  10    IN EVIDENCE.)

09:59AM  11              MR. COOPERSMITH:  MR. ALLEN, CAN YOU MAKE THOSE

09:59AM  12    REDACTIONS.

09:59AM  13    Q.   NOW, LOOKING AT THE REGULATION YOU SEE, FOR NOW, LOOKING

09:59AM  14    IN PARTICULAR AT 493.931?

09:59AM  15    A.   CORRECT.

09:59AM  16    Q.   AND THAT'S TITLED ROUTINE CHEMISTRY.

09:59AM  17         DO YOU SEE THAT?

09:59AM  18    A.   YES.

09:59AM  19    Q.   AND IF YOU GO TO SECTION A THAT IS ON THE SCREEN RIGHT NOW

09:59AM  20    IT SAYS, "PROGRAM CONTENT AND FREQUENCY OF CHALLENGE.

09:59AM  21         DO YOU SEE THAT?

09:59AM  22    A.   CORRECT.

09:59AM  23    Q.   AND IT GOES ON TO SAY, "TO BE APPROVED FOR PROFICIENCY

09:59AM  24    TESTING FOR ROUTINE CHEMISTRY, A PROGRAM MUST PROVIDE A MINIMUM

09:59AM  25    OF FIVE SAMPLES PER TESTING EVENT.  THERE MUST BE AT LEAST

10:00AM 1     THREE TESTING EVENTS AT APPROXIMATELY EQUAL INTERVALS PER

10:00AM 2     YEAR," AND IT GOES ON.

10:00AM 3         DO YOU SEE THAT?

10:00AM 4     A.   YES.

10:00AM 5     Q.   AND SO THIS IS A REGULATION GOVERNING PROFICIENCY TESTING

10:00AM 6     FOR A PARTICULAR TYPE OF BLOOD TESTING CALLED ROUTINE

10:00AM 7     CHEMISTRY; RIGHT?

10:00AM 8     A.   RIGHT.

10:00AM 9     Q.   AND IF YOU GO TO THE SECTION ON THE SECOND COLUMN THERE,

10:00AM 10    AND IT'S ACTUALLY SECTION B(2) OF THE REGULATION.

10:00AM 11        IF YOU WANT TO BLOW THAT UP, MR. ALLEN, THAT WOULD BE

10:00AM 12    GREAT.  THANK YOU.

10:00AM 13        IT SAYS, "FOR QUANTITATIVE CHEMISTRY TESTS FOR ANALYTES,

10:00AM 14    THE PROGRAM MUST DETERMINE THE CORRECT RESPONSE FOR EACH

10:00AM 15    ANALYTE BY THE DISTANCE OF THE RESPONSE FROM THE TARGET VALUE."

10:00AM 16        DO YOU SEE THAT?

10:00AM 17    A.   CORRECT.

10:00AM 18    Q.   AND THIS IS GOVERNING WHAT RESULTS WOULD PASS AND WHAT

10:00AM 19    WOULDN'T PASS; RIGHT?

10:00AM 20    A.   YEAH, FOR GENERAL CHEMISTRY IT LOOKS LIKE.

10:01AM 21    Q.   RIGHT.  AND IF YOU GO DOWN BELOW YOU SEE THERE IS A

10:01AM 22    SECTION RIGHT BELOW THE TEST WE ARE LOOKING AT IS CRITERIA FOR

10:01AM 23    ACCEPTABLE PERFORMANCE.

10:01AM 24        DO YOU SEE THAT?

10:01AM 25    A.   CORRECT.

10:01AM  1    Q.   AND IT HAS A TABLE THERE.  AND THE LEFT COLUMN IT SAYS

10:01AM  2    ANALYTE OR TEST?

10:01AM  3    A.   YES.

10:01AM  4    Q.   AND ON THE RIGHT COLUMN IT SAYS CRITERIA FOR ACCEPTABLE

10:01AM  5    PERFORMANCE.

10:01AM  6         DO YOU SEE THAT?

10:01AM  7    A.   YES.

10:01AM  8    Q.   AND SO LET'S LOOK AT SOME OF THESE.

10:01AM  9         SO, FOR EXAMPLE, FOR AN ASSAY CALLED ALANINE

10:01AM  10   AMINOTRANSFERASE (ALT/SGPT) --

10:01AM  11   A.   CORRECT.

10:01AM  12   Q.   -- THAT PARTICULAR ASSAY, IN ORDER TO BE ACCEPTABLE, IT

10:01AM  13   HAS TO BE WITHIN PLUS OR MINUS OF 20 PERCENT OF THE TARGET

10:01AM  14   VALUE.

10:01AM  15        DO YOU SEE THAT?

10:01AM  16   A.   YES.  THESE ARE ALL GENERAL CHEMISTRY ASSAYS.

10:01AM  17   Q.   RIGHT.

10:01AM  18   A.   THEY'RE NOT EDISON ASSAYS.

10:01AM  19   Q.   I UNDERSTAND THAT.

10:01AM  20        BUT FOR GENERAL CHEMISTRY, THAT PARTICULAR ASSAY THAT I

10:01AM  21   JUST REFERRED TO THE PROFICIENCY TESTING TEST RESULT WOULD HAVE

10:01AM  22   TO BE WITHIN PLUS OR MINUS OF 20 PERCENT IN ORDER TO PASS;

10:02AM  23   RIGHT?

10:02AM  24   A.   CORRECT.  YES.

10:02AM  25   Q.   AND LET'S LOOK AT, FOR EXAMPLE, CREATINE KINASE.  AND DO

10:02AM   1    YOU UNDERSTAND THAT THAT'S A TEST THAT DEALS WITH PARTICULAR

10:02AM   2    ASPECTS OF LIVER FUNCTION?

10:02AM   3    A.   I DON'T KNOW.

10:02AM   4    Q.   YOU DON'T KNOW THAT?

10:02AM   5    A.   I DON'T KNOW.

10:02AM   6    Q.   OKAY.  BUT IN ANY EVENT, CREATINE KINASE, IT HAS A TARGET

10:02AM   7    VALUE OF PLUS OR MINUS 30 PERCENT TO BE ACCEPTABLE.

10:02AM   8         DO YOU SEE THAT?

10:02AM   9    A.   CORRECT.

10:02AM   10   Q.   AND SO TWO RESULTS COULD BE AS MUCH AS 30 PERCENT, OR MORE

10:02AM   11   ACTUALLY, APART AND STILL BE ACCEPTABLE UNDER THE REGULATION;

10:02AM   12   RIGHT?

10:02AM   13   A.   YES.

10:02AM   14   Q.   OKAY.  SO DO YOU HAVE A LOT OF KNOWLEDGE, MS. CHEUNG,

10:02AM   15   ABOUT HOW BLOOD TESTING ASSAYS, EVEN ON COMMERCIAL MACHINES FOR

10:02AM   16   THINGS LIKE ROUTINE CHEMISTRY, CAN VARY QUITE A LOT AND STILL

10:02AM   17   BE DEEMED TO PASS PROFICIENCY TESTING?

10:02AM   18   A.   THEY CAN VARY BY SOME SORT OF STANDARD DEVIATION, YES.

10:02AM   19   Q.   OKAY.  AND IN SOME CASES, LIKE FOR SOME ASSAYS, SUCH AS

10:03AM   20   THE ONES WE LOOKED AT, IT COULD BE AS MUCH AS 30 PERCENT?

10:03AM   21   A.   YEAH, ACCORDING TO THE REGULATIONS.

10:03AM   22   Q.   OKAY.  AND IF YOU WANT TO BROWSE THROUGH THAT, THERE ARE

10:03AM   23   OTHERS THAT HAVE SIMILAR CRITERIA FOR ACCEPTABLE PERFORMANCE.

10:03AM   24        FOR EXAMPLE, FOR CHOLESTEROL ON THE FIRST PAGE, THAT'S

10:03AM   25   PLUS OR MINUS 30 PERCENT; RIGHT?

10:03AM   1      A.   RIGHT.

10:03AM   2      Q.   OKAY.  SO IS IT FAIR TO SAY THAT WHEN YOU'RE RUNNING

10:03AM   3      PROFICIENCY TESTING ON SAMPLES, THAT EVEN CMS DOESN'T EXPECT

10:03AM   4      THAT YOU'RE GOING TO GET IDENTICAL NUMBERS EVERY TIME YOU RUN A

10:03AM   5      SAMPLE; CORRECT?

10:03AM   6      A.   THAT IS CORRECT.

10:03AM   7      Q.   AND YOU'RE NOT SAYING THAT, EITHER; RIGHT?

10:03AM   8      A.   NO.  IT'S TYPICALLY WITHIN SOME SORT OF RANGE.

10:03AM   9      Q.   RIGHT.  LET'S TAKE A LOOK AT EXHIBIT 9939.  THAT SHOULD BE

10:04AM  10      IN THE SAME BINDER.

10:04AM  11          OKAY.  EXHIBIT 9939 YOU SEE IS A THERANOS STANDARD

10:04AM  12      OPERATING PROCEDURE FOR THE CLINICAL LAB?

10:04AM  13      A.   YES.

10:04AM  14      Q.   AND YOU SEE THE TITLE IS PROFICIENCY TESTING FOR THERANOS

10:04AM  15      LAB DEVELOPED TESTS:  EDISON 3.5?

10:04AM  16      A.   YES.

10:04AM  17      Q.   AND THEN YOU SEE THE SIGNATURES OF LI DING-CHIANG AS THE

10:04AM  18      AUTHOR.

10:04AM  19          DO YOU SEE THAT?

10:04AM  20      A.   YES.

10:04AM  21      Q.   DATED DECEMBER 2ND, 2013?

10:04AM  22      A.   YES.

10:04AM  23      Q.   AND THAT WAS WHILE YOU WERE AT THERANOS?

10:04AM  24      A.   YES.

10:05AM  25      Q.   AND THEN YOU SEE THE REVIEWER LISTED HERE AS DANIEL YOUNG,

10:05AM   1    AND YOU SEE THE SIGNATURE ABOVE DANIEL YOUNG, PH.D.?

10:05AM   2    A.   YES.

10:05AM   3    Q.   AND THAT'S ALSO SIGNED ON 12-2-2013?

10:05AM   4    A.   YES.

10:05AM   5    Q.   AND THEN BELOW THAT THERE'S AN APPROVER FOR THE STANDARD

10:05AM   6    OPERATING PROCEDURES, AND THAT'S DR. ROSENDORFF.

10:05AM   7         DO YOU SEE THAT?

10:05AM   8    A.   CORRECT.

10:05AM   9    Q.   AND HE ALSO SIGNED ON DECEMBER 2, 2013?

10:05AM   10   A.   YES.

10:05AM   11            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 9939.

10:05AM   12            MR. BOSTIC:  FOUNDATION.  AUTHENTICATION.

10:05AM   13            THE COURT:  CAN YOU LAY A FOUNDATION THROUGH THIS

10:05AM   14   WITNESS?

10:05AM   15            MR. COOPERSMITH:  YES, YOUR HONOR.

10:05AM   16   Q.   MS. CHEUNG, YOU UNDERSTAND THAT THERANOS HAD STANDARD

10:05AM   17   OPERATING PROCEDURES?

10:05AM   18   A.   YES.

10:05AM   19   Q.   AND YOU'VE SEEN OTHER EXAMPLES OF THE COMPANY HAVING THOSE

10:05AM   20   PROCEDURES IN THIS FORMAT WHERE IT HAS REVIEWER AND APPROVER

10:05AM   21   SIGNATURES ON THE FIRST PAGE JUST LIKE WE SEE IN THIS EXHIBIT;

10:05AM   22   RIGHT?

10:05AM   23   A.   YES.

10:05AM   24   Q.   AND YOU UNDERSTAND THAT THERANOS KEPT THOSE ON FILE SO

10:05AM   25   PEOPLE COULD REFER TO THEM FROM TIME TO TIME?

10:05AM  1      A.   YES.

10:05AM  2      Q.   AND THAT WAS NECESSARY FOR THE LABORATORY PERSONNEL TO DO

10:06AM  3      THEIR WORK; IS THAT RIGHT?

10:06AM  4      A.   YES, CORRECT.

10:06AM  5      Q.   AND THAT THE CONCEPT FOR STANDARD OPERATING PROCEDURES WAS

10:06AM  6      TO HAVE OPERATING PROCEDURES SO EVERYONE COULD REFER TO SO THEY

10:06AM  7      COULD ALL BE CONSISTENT IN HOW THEY WENT ABOUT TESTING BLOOD

10:06AM  8      SAMPLES?

10:06AM  9      A.   THAT IS CORRECT.

10:06AM  10     Q.   OR DOING OTHER ACTIVITIES OF THE LAB?

10:06AM  11     A.   YES.

10:06AM  12          MR. COOPERSMITH:  YOUR HONOR, I OFFER 9939.

10:06AM  13          MR. BOSTIC:  AUTHENTICATION.

10:06AM  14          THE COURT:  I THINK SHE NEEDS TO SPEAK TO HER

10:06AM  15     KNOWLEDGE ABOUT THE DOCUMENT.

10:06AM  16          MR. COOPERSMITH:  OKAY.  WELL, I'LL ASK THAT

10:06AM  17     DIRECTLY THEN.

10:06AM  18     Q.   MS. CHEUNG, THIS WAS SIGNED, AS WE JUST DISCUSSED, WHILE

10:06AM  19     YOU WERE THERE.

10:06AM  20          DID YOU SEE THIS STANDARD OPERATING PROCEDURE?

10:06AM  21     A.   I DON'T REMEMBER SEEING THIS.

10:06AM  22     Q.   SO YOU NEVER SAW IT?

10:06AM  23     A.   YES.

10:06AM  24     Q.   SO IF THE OPERATING PROCEDURE FOR PROFICIENCY TESTING FOR

10:06AM  25     THERANOS VARIED FROM THAT EXHIBIT THAT YOU LOOKED AT BEFORE

10:07AM  1    THAT YOU WENT OVER WITH MR. BOSTIC --

10:07AM  2    A.   UH-HUH.

10:07AM  3    Q.   -- WHERE YOU TESTED NEW YORK SAMPLES --

10:07AM  4    A.   UH-HUH.

10:07AM  5    Q.   -- IF THE STANDARD OPERATING PROCEDURES FOR THERANOS FOR

10:07AM  6    PROFICIENCY TESTING WAS DIFFERENT, YOU JUST WOULDN'T KNOW THAT;

10:07AM  7    IS THAT RIGHT?

10:07AM  8    A.   COULD YOU REPEAT THAT QUESTION.

10:07AM  9    Q.   SO IF THE STANDARD OPERATING PROCEDURES THERANOS USED OR

10:07AM  10   HAD IN PLACE FOR PROFICIENCY TESTING FOR EDISON DEVICES --

10:07AM  11   A.   CORRECT.

10:07AM  12   Q.   -- IF THAT WAS A DIFFERENT PROCEDURE COMPARED TO THE

10:07AM  13   EXHIBIT THAT YOU LOOKED AT WITH MR. BOSTIC WHERE SOME NEW YORK

10:07AM  14   SAMPLES WERE TESTED --

10:07AM  15   A.   CORRECT.

10:07AM  16   Q.   -- YOU WOULDN'T KNOW ANYTHING ABOUT THAT BECAUSE YOU'VE

10:07AM  17   NEVER SEEN THIS DOCUMENT; RIGHT?

10:07AM  18   A.   I JUST DON'T REMEMBER.

10:07AM  19        MR. COOPERSMITH:  YOUR HONOR, I'D LIKE TO OFFER THIS

10:07AM  20   EXHIBIT.  IF WE CAN'T AUTHENTICATE IT THROUGH MS. CHEUNG, WE

10:07AM  21   EXPECT THERE WILL BE ANOTHER WITNESS THAT WILL BE CALLED WHO

10:07AM  22   SIGNED THE DOCUMENT.  SO WE WOULD LIKE TO CONDITIONALLY ADMIT

10:07AM  23   IT UNDER RULE 104.

10:07AM  24        MR. BOSTIC:  SAME OBJECTIONS, YOUR HONOR.

10:07AM  25        THE COURT:  DOES THE GOVERNMENT ANTICIPATE THAT ONE

10:08AM 1    OF THE SIGNATORS OF THIS DOCUMENT WILL TESTIFY?

10:08AM 2              MR. BOSTIC:  IT'S POSSIBLE, YOUR HONOR.

10:08AM 3              THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, I'M

10:08AM 4    GOING TO ADMIT THIS DOCUMENT CONDITIONALLY.

10:08AM 5        LET ME JUST STATE, IN THE COURT'S OPINION, I WOULD SUSTAIN

10:08AM 6    THE OBJECTION THAT THERE'S BEEN A LACK OF AUTHENTICATION, THAT

10:08AM 7    IS, THAT THIS WITNESS HAS NOT SEEN THIS BEFORE AND HAS NO

10:08AM 8    FAMILIARITY WITH IT SPECIFICALLY.

10:08AM 9        I'M GOING TO ADMIT IT NOW AND ALLOW QUESTIONS IN THIS

10:08AM 10   EXAMINATION ON THE CONDITION THAT A WITNESS AT SOME TIME IN THE

10:08AM 11   FUTURE TESTIFY AS TO THE AUTHENTICITY OF THIS DOCUMENT.

10:08AM 12       IF THAT DOESN'T HAPPEN, I'M GOING TO STRIKE THE TESTIMONY

10:08AM 13   AND DISALLOW THIS EXHIBIT TO BE ADMITTED.

10:09AM 14       SO ON THAT CONDITION, I'LL ALLOW ITS ADMISSIBILITY ON A

10:09AM 15   CONDITIONAL ADMISSIBILITY SUBJECT TO APPROPRIATE

10:09AM 16   AUTHENTICATION.

10:09AM 17             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:09AM 18       (DEFENDANT'S EXHIBIT 9939 WAS CONDITIONALLY RECEIVED IN

10:09AM 19   EVIDENCE.)

10:09AM 20             MR. COOPERSMITH:  OKAY.  NOW I THINK WE CAN PUBLISH

10:09AM 21   IT.

10:09AM 22   Q.  SO YOU SEE WE WERE JUST TALKING ABOUT ON THE FIRST PAGE IT

10:09AM 23   HAS THOSE SIGNATURES THAT WE DISCUSSED INCLUDING DR. YOUNG AND

10:09AM 24   DR. ROSENDORFF?

10:09AM 25   A.  CORRECT.

10:09AM   1     Q.   JUST SO WE CAN ALL SEE IT NOW; RIGHT?

10:09AM   2     A.   YEAH.

10:09AM   3     Q.   AND THEN IF YOU GO TO PAGE 3, AND AT THE VERY BOTTOM THERE

10:09AM   4     ARE PAGE NUMBERS, AND I'M LOOKING AT PAGE 3 OF 8.  IF YOU COULD

10:09AM   5     FIND THAT, THAT WOULD BE GREAT?

10:09AM   6     A.   YES.

10:09AM   7     Q.   AND ON PAGE 3 OF 8 IT STATES IN SECTION 1 THE PURPOSE OF

10:09AM   8     THE STANDARD OPERATING PROCEDURE.

10:09AM   9          DO YOU SEE THAT?

10:09AM  10          AND SECTION 1.1 SAYS, "THE PURPOSE OF THIS PROPOSAL IS TO

10:09AM  11     DEVISE AN ALTERNATIVE ASSESSMENT PROTOCOL (AAP) FOR

10:09AM  12     LABORATORY-DEVELOPED TESTS ON THE EDISON 3.5 IMMUNOASSAY

10:10AM  13     INSTRUMENT."

10:10AM  14          DO YOU SEE THAT?

10:10AM  15     A.   YES.

10:10AM  16     Q.   AND YOU UNDERSTAND THAT ALTERNATIVE ASSESSMENT PROTOCOL,

10:10AM  17     OR AAP, WAS A WAY THAT LABORATORIES TEST BLOOD TESTING

10:10AM  18     INSTRUMENTS, DO PROFICIENCY TESTING OF BLOOD TESTING

10:10AM  19     INSTRUMENTS WHEN IT DOESN'T HAVE WHAT IS CALLED A PEER GROUP?

10:10AM  20     A.   YES.

10:10AM  21     Q.   SO, FOR EXAMPLE, IF A LABORATORY IS RUNNING SOMETHING LIKE

10:10AM  22     THE SIEMENS ADVIA 1800?

10:10AM  23     A.   UH-HUH.

10:10AM  24     Q.   YOU UNDERSTAND THAT THERE ARE MANY LABS AROUND THE COUNTRY

10:10AM  25     WHO RUN A SIEMENS ADVIA 1800?

10:10AM  1     A.   CORRECT.

10:10AM  2     Q.   AND SO THAT THE PROFICIENCY TESTING AGENCY OR ORGANIZATION

10:10AM  3     CAN COMPARE THE RESULTS OF THE LABORATORY RUNNING THAT DEVICE,

10:10AM  4     THE ORGANIZATION CAN -- THE PROFICIENCY TESTING ORGANIZATION

10:10AM  5     CAN COMPARE A LABORATORY RUNNING THAT PARTICULAR DEVICE WITH

10:10AM  6     ALL OF THE OTHER LABORATORIES AROUND THE COUNTRY WHO ARE ALSO

10:10AM  7     RUNNING THAT SAME DEVICE?

10:10AM  8     A.   CORRECT.

10:10AM  9     Q.   BUT WHEN YOU HAVE AN EMERGING TECHNOLOGY OR A NEW

10:11AM  10    TECHNOLOGY, OTHER LABS MAY NOT BE RUNNING THAT SAME TECHNOLOGY?

10:11AM  11    A.   CORRECT.

10:11AM  12    Q.   AND YOU UNDERSTAND THAT AAP IS A WAY TO STILL ACHIEVE

10:11AM  13    PROFICIENCY TESTING WHEN THERE IS NO OTHER COMPARATORS?

10:11AM  14    A.   YES.

10:11AM  15    Q.   AND THERE'S A PROCEDURE FOR THAT AT THERANOS THAT WE'RE

10:11AM  16    NOW LOOKING AT; RIGHT?

10:11AM  17    A.   I BELIEVE SO, YES.

10:11AM  18    Q.   AND IF WE GO TO PAGE 5 OF 8.  DO YOU SEE THERE'S A SECTION

10:11AM  19    4 CALLED PROCEDURE?

10:11AM  20    A.   YES.

10:11AM  21    Q.   AND THE FIRST SECTION 4.1 SAYS, "OBTAIN 5 VENOUS CLINICAL

10:11AM  22    SAMPLES FROM AN IN-HOUSE COLLECTION."

10:11AM  23         DO YOU SEE THAT?

10:11AM  24    A.   YES.

10:11AM  25    Q.   AND AN IN-HOUSE COLLECTION MEANS I THINK WHAT YOU WERE

10:11AM  1     DESCRIBING LAST WEEK WHERE BLOOD SAMPLES ARE TAKEN FROM

10:11AM  2     EMPLOYEES WHO VOLUNTEER TO DO THAT?

10:11AM  3     A.   CORRECT.

10:11AM  4     Q.   AND YOU YOURSELF DID THAT FROM TIME TO TIME?

10:11AM  5     A.   YES.

10:11AM  6     Q.   AND SO THERE WERE ACTUAL BLOOD SAMPLES TAKEN FROM A REAL

10:11AM  7     PERSON WHO WORKED AT THERANOS?

10:11AM  8     A.   CORRECT.

10:11AM  9     Q.   AND NOT SAMPLES SENT BY SOME OUTSIDE PARTY LIKE THE

10:12AM  10    NEW YORK STATE TESTING LAB?

10:12AM  11    A.   CORRECT.

10:12AM  12    Q.   OR THE COLLEGE OF AMERICAN PATHOLOGISTS FOR THAT MATTER?

10:12AM  13    A.   YES.

10:12AM  14    Q.   OKAY.  SO THEN IF YOU GO TO THE NEXT SECTION, SECTION 4.2

10:12AM  15    INDICATES HOW MUCH BLOOD SHOULD BE COLLECTED.  IT'S

10:12AM  16    TEN MICROLITERS.

10:12AM  17         DO YOU SEE THAT?

10:12AM  18    A.   YES.

10:12AM  19    Q.   AND ON 4.3 IT SAYS, "SPLIT THE SAMPLES INTO 2 ALIQUOTS";

10:12AM  20    RIGHT?

10:12AM  21         AND "ALIQUOT" IS A WORD THAT LABORATORIES SOMETIMES USE;

10:12AM  22    RIGHT?

10:12AM  23    A.   YEAH.  IT JUST MEANS TWO CONTAINERS.

10:12AM  24    Q.   RIGHT.  SO SPLIT THE SAMPLES INTO TWO CONTAINERS; IS THAT

10:12AM  25    WHAT IT'S SAYING?

10:12AM   1    A.   THAT'S CORRECT.

10:12AM   2    Q.   AND THEN 4.4 SAYS, "RUN THE PREDICATE SIEMENS IMMULITE

10:12AM   3    2000 AND THE THERANOS LDT METHODS IN PARALLEL, USING N EQUALS 5

10:12AM   4    FOR EACH ASSAY, FOR EACH PATIENT SAMPLE."

10:12AM   5         DO YOU SEE THAT?

10:12AM   6    A.   YES.

10:12AM   7    Q.   AND SO IS IT FAIR TO SAY THAT THE BASIC IDERE HERE IS TO

10:13AM   8    RUN THE SAMPLE, TAKE THE SAMPLE, SPLIT IT INTO TWO CONTAINERS,

10:13AM   9    RUN ONE PART OF IT ON AN FDA APPROVED PREDICATE MACHINE, IN

10:13AM   10   THIS CASE CALLED THE SIEMENS IMMULITE 2000?

10:13AM   11   A.   CORRECT.

10:13AM   12   Q.   AND THEN RUN THE OTHER HALF OF THE SAMPLE ON THE THERANOS

10:13AM   13   LDT, IN THIS CASE THE EDISON DEVICE?

10:13AM   14   A.   CORRECT.

10:13AM   15   Q.   AND THE IDERE IS TO COMPARE THOSE TWO RESULTS?

10:13AM   16   A.   YES.

10:13AM   17   Q.   OKAY.  NOW, IF WE GO TO 4.5, SECTION 4.5, THERE'S ACTUALLY

10:13AM   18   A STATISTICAL METHOD THAT IS USED IN MAKING THAT COMPARISON;

10:13AM   19   RIGHT?

10:13AM   20   A.   YES.

10:13AM   21   Q.   AND IT'S NOT JUST THE RAW DATA.  THERE HAS TO BE SOME

10:13AM   22   STATISTICAL ADJUSTMENTS MADE, AT LEAST ACCORDING TO THE

10:13AM   23   PROTOCOL; IS THAT RIGHT?

10:13AM   24   A.   YES.

10:13AM   25   Q.   AND THEN ONE OF THEM IS 4.5, CALCULATE THE MEAN, SD, OR

10:13AM 1   STANDARD DEVIATION, AND PERCENT CV, OR COEFFICIENT OF

10:13AM 2   VARIATION, FOR EACH ANALYTE ON EACH METHOD.

10:13AM 3       DO YOU SEE THAT?

10:13AM 4   A.   YES.

10:13AM 5   Q.   AND THEN 4.6 SAYS THE PROCEDURE IS TO CALCULATE THE

10:14AM 6   AVERAGE BIAS OF THE THERANOS LDT TEST AS FOLLOWED AVERAGE BIAS

10:14AM 7   EQUALS MEAN THERANOS MINUS MEAN IMMULITE/MEAN IMMULITE; RIGHT?

10:14AM 8   A.   YES.

10:14AM 9   Q.   THAT'S LIKE AN EQUATION; RIGHT?

10:14AM 10  A.   YES.

10:14AM 11  Q.   AND YOU WERE NOT INVOLVED IN DEVISING THOSE EQUATIONS?

10:14AM 12  A.   NO.

10:14AM 13  Q.   AND THERE WERE OTHER PEOPLE WHO HAD THAT EXPERTISE AT

10:14AM 14  THERANOS WHO WERE DOING THAT?

10:14AM 15  A.   CORRECT.

10:14AM 16  Q.   AND THEN IF YOU GO TO THE ACCEPTANCE CRITERIA, SECTION 5,

10:14AM 17  THIS SETS OUT WHAT WOULD BE DEEMED TO BE PASSING AND WHAT WOULD

10:14AM 18  NOT BE DEEMED TO BE PASSING; RIGHT?

10:14AM 19  A.   CORRECT.

10:14AM 20  Q.   SO, FOR EXAMPLE, 5.2 SAYS, "IF AN ANALYTE FAILS MORE THAN

10:14AM 21  20 PERCENT (1 OUT OF 5) OF THE PATIENT CLINICAL SAMPLES, THEN

10:14AM 22  THE PROFICIENCY TESTING WILL BE DEEMED TO HAVE FAILED THE

10:14AM 23  PROFICIENCY EVENT."

10:14AM 24      DO YOU SEE THAT?

10:14AM 25  A.   YES.

10:14AM  1    Q.   AND THEN 5.3 SAYS, "IF AN ANALYTE FAILS A PROFICIENCY

10:14AM  2    EVENT, CORRECTIVE ACTIONS WILL BE IMPLEMENTED, ACCORDING TO,"

10:15AM  3    AND IT REFERENCES ANOTHER QUALITY OPERATING PROCEDURE.

10:15AM  4         DO YOU SEE THAT?

10:15AM  5    A.   YES.

10:15AM  6    Q.   AND THEN 5.4 SAYS, "IF AN ANALYTE FAILS TWO CONSECUTIVE

10:15AM  7    PROFICIENCY EVENTS, TESTING WILL BE DISCONTINUED FOR THAT

10:15AM  8    ANALYTE, UNTIL SUCH TIME AS THE ASSAY IS CORRECTED, AND PASSED

10:15AM  9    AAP PT RE-TESTING."

10:15AM  10        DO YOU SEE THAT?

10:15AM  11   A.   YES.

10:15AM  12   Q.   AND YOU AGREED WITH ME WHEN I WAS TALKING TO YOU LAST WEEK

10:15AM  13   THAT FOLLOWING SOP'S IS AN IMPORTANT THING FOR A LABORATORY?

10:15AM  14   A.   CORRECT.

10:15AM  15   Q.   AND IF YOU GO TO PAGE 6 OF 8.

10:15AM  16        ACTUALLY, BEFORE I ASK YOU ABOUT THAT PAGE, YOU WOULD

10:15AM  17   AGREE WITH ME THAT THE PROCESS THAT IS SET FORTH HERE THAT WE

10:15AM  18   JUST WENT OVER TOGETHER TO GET PATIENT SAMPLES FROM EMPLOYEES,

10:15AM  19   BLOOD SAMPLES FROM EMPLOYEES, AND RUN THOSE AND TAKE TWO

10:15AM  20   CONTAINERS AND SPLIT THE SAMPLE, RUN THEM ON THE FDA COMMERCIAL

10:15AM  21   MACHINE, RUN THEM ON THE THERANOS TECHNOLOGY MACHINE --

10:15AM  22   A.   UH-HUH.

10:15AM  23   Q.   -- AND THEN COMPARE THE RESULTS, THAT'S A DIFFERENT

10:16AM  24   PROCEDURE THAN WHAT WAS DONE WITH EXHIBIT, THE EXHIBIT YOU WERE

10:16AM  25   LOOKING AT WITH MR. BOSTIC, WHICH IS 1548?

10:16AM 1    A.   CAN YOU REPEAT THAT QUESTION.

10:16AM 2    Q.   SURE.  YEAH.  IT WAS A LONG QUESTION.  SORRY ABOUT THAT.

10:16AM 3         SO LET'S GO TO EXHIBIT 1548 SO YOU HAVE THAT IN FRONT OF

10:16AM 4    YOU.

10:16AM 5    A.   OKAY.

10:16AM 6    Q.   AND THAT WAS THE EXHIBIT THAT MR. BOSTIC WENT OVER WITH

10:16AM 7    YOU ON DIRECT EXAMINATION?

10:16AM 8    A.   YES.

10:16AM 9    Q.   AND THIS IS THE -- IF YOU LOOK AT THE ATTACHMENT AND THE

10:16AM 10   DATA, THIS WAS WHERE THERE WERE CERTAIN SAMPLES, THAT WHATEVER

10:16AM 11   THEY WERE MADE OF, FROM NEW YORK STATE THAT WERE RUN ON THE

10:16AM 12   PREDICATE MACHINES, THE COMMERCIAL MACHINES, AND THE THERANOS

10:16AM 13   EDISON MACHINES; RIGHT?

10:16AM 14   A.   CORRECT.

10:16AM 15   Q.   AND THEN IF YOU GO BACK TO THE EXHIBIT THAT WE WERE JUST

10:16AM 16   LOOKING AT 9939, YOU WOULD AGREE WITH ME, RIGHT, THAT THE

10:16AM 17   PROCEDURE IN THE SOP THAT WE JUST WENT OVER, IS A DIFFERENT

10:17AM 18   PROCEDURE.

10:17AM 19        LET ME SEE IF I CAN CLARIFY IT.

10:17AM 20   A.   UH-HUH.

10:17AM 21   Q.   IN THE FOLLOWING SENSE, IT'S ACTUAL BLOOD SAMPLES TAKEN

10:17AM 22   FROM REAL LIVE EMPLOYEES WHO WORKED AT THERANOS AND NOT AN

10:17AM 23   OUTSIDE SAMPLE SENT BY A THIRD PARTY LIKE A NEW YORK STATE LAB?

10:17AM 24   A.   CORRECT.

10:17AM 25             JUROR:  I'M SORRY, YOUR HONOR.  PERMISSION TO GO TO

| | | |
|---|---|---|
| 10:17AM | 1 | THE BATHROOM, PLEASE? |
| 10:17AM | 2 | THE COURT:  SURE.  LET'S TAKE A BREAK. |
| 10:17AM | 3 | JUROR:  I APOLOGIZE.  I CAN'T HOLD IT ANY LONGER. |
| 10:17AM | 4 | THE COURT:  WE'LL TAKE ABOUT A TEN MINUTE BREAK. |
| 10:17AM | 5 | MR. COOPERSMITH:  YES, OF COURSE, YOUR HONOR. |
| 10:17AM | 6 | THE COURT:  THANK YOU. |
| 10:17AM | 7 | (RECESS FROM 10:17 A.M. UNTIL 10:33 A.M.) |
| 10:33AM | 8 | THE COURT:  WE'RE BACK ON THE RECORD.  OUR JURY AND |
| 10:33AM | 9 | ALTERNATES ARE PRESENT. |
| 10:33AM | 10 | MR. BALWANI AND HIS COUNSEL ARE PRESENT. |
| 10:33AM | 11 | MS. CHEUNG IS BACK ON THE STAND. |
| 10:33AM | 12 | COUNSEL, DO YOU WANT TO RESUME? |
| 10:33AM | 13 | MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU. |
| 10:34AM | 14 | Q.  MS. CHEUNG, BEFORE THE BREAK, WE WERE LOOKING AT |
| 10:34AM | 15 | EXHIBIT 9939. |
| 10:34AM | 16 | DO YOU STILL HAVE THAT IN FRONT OF YOU? |
| 10:34AM | 17 | A.  YES. |
| 10:34AM | 18 | Q.  OKAY.  I WANT YOU TO TAKE A LOOK AT THE PAGE IN THE |
| 10:34AM | 19 | EXHIBIT THAT IS NUMBERED 6 OF 8. |
| 10:34AM | 20 | DO YOU SEE THERE'S A SECTION 7 THAT IS TITLED REFERENCES? |
| 10:34AM | 21 | A.  YES. |
| 10:34AM | 22 | Q.  AND DO YOU UNDERSTAND THAT THOSE ARE THE BASICALLY |
| 10:34AM | 23 | SUPPORTING REGULATIONS AND OTHER THINGS THAT CONTRIBUTE TO |
| 10:34AM | 24 | DRAFTING ONE OF THESE STANDARD OPERATING PROCEDURES? |
| 10:34AM | 25 | A.  YES. |

10:34AM  1    Q.   AND SOME OF THEM ARE THESE CMS REGULATIONS THAT WE TALKED

10:34AM  2    ABOUT SOME OF THEM BEFORE; RIGHT?

10:34AM  3    A.   YES.

10:34AM  4    Q.   AND THEN THERE'S -- DO YOU SEE AT 7.4 AND 7.5 THERE'S THE

10:34AM  5    CLSI MATERIALS.

10:34AM  6         7.5 IS CLSI GUIDELINE GP 29?

10:35AM  7    A.   YES.

10:35AM  8    Q.   DO YOU SEE THAT?

10:35AM  9         OKAY.  IF YOU COULD GO -- I THINK IT WOULD BE IN YOUR

10:35AM 10    SECOND BINDER THAT WE GAVE YOU LAST WEEK, AND IT'S

10:35AM 11    EXHIBIT 20418.

10:36AM 12         OKAY.  SO ARE YOU LOOKING AT EXHIBIT 20418?

10:36AM 13    A.   YES.

10:36AM 14    Q.   OKAY.  AND THIS IS A DOCUMENT FROM THE CLINICAL AND

10:36AM 15    LABORATORY STANDARDS INSTITUTE.

10:36AM 16         DO YOU SEE THAT?

10:36AM 17    A.   UH-HUH.

10:36AM 18    Q.   THAT'S CLSI.

10:36AM 19         AND ARE YOU FAMILIAR WITH CLSI?

10:36AM 20    A.   NO.

10:36AM 21    Q.   AND ARE YOU FAMILIAR WITH AN AGENCY, EVEN IF YOU DON'T

10:36AM 22    KNOW IT WAS CALLED CLSI, THAT FORMULATES AND RECOMMENDS

10:36AM 23    GUIDELINES AND STANDARDS FOR CLINICAL LABORATORIES AROUND THE

10:36AM 24    COUNTRY?

10:36AM 25    A.   YES, VAGUELY.

10:36AM   1    Q.   OKAY.  BUT YOU DON'T KNOW WHETHER THAT IS CALLED CLSI, IT

10:36AM   2    SOUNDS LIKE?

10:36AM   3    A.   CORRECT.

10:36AM   4    Q.   OKAY.  AND HAVE YOU EVER SEEN, FROM WHATEVER AGENCY YOU

10:36AM   5    MAY KNOW IT AS, THIS TYPE OF GUIDELINE THAT IS AN ASSESSMENT OF

10:36AM   6    LABORATORY TESTS WHEN PROFICIENCY TESTING IS NOT AVAILABLE?

10:36AM   7    A.   CAN YOU REPEAT THAT QUESTION.

10:36AM   8    Q.   SURE.

10:37AM   9         ARE YOU FAMILIAR WITH A GUIDELINE FROM AN OUTSIDE

10:37AM  10    STANDARDS AGENCY RECOMMENDING HOW TO PERFORM PROFICIENCY

10:37AM  11    TESTING WHEN NORMAL OR STANDARD PROFICIENCY TESTING IS NOT

10:37AM  12    AVAILABLE?

10:37AM  13    A.   I WASN'T AWARE OF THAT AT MY TIME AT THERANOS.

10:37AM  14    Q.   YEAH.  ARE YOU AWARE OF THE RECOMMENDATIONS IN THE CLSI

10:37AM  15    GUIDELINE ABOUT SOMETHING CALLED THE MATRIX EFFECT?

10:37AM  16    A.   YES.

10:37AM  17    Q.   OKAY.  YOU UNDERSTAND THAT'S AN ISSUE WHERE SOMETIMES A

10:37AM  18    PROFICIENCY TESTING MATERIAL MIGHT HAVE DIFFERENT PROPERTIES

10:37AM  19    THAN HUMAN BLOOD?

10:37AM  20    A.   CORRECT.

10:37AM  21    Q.   AND THAT MIGHT AFFECT THE RESULTS OF THE TEST?

10:37AM  22    A.   CORRECT.

10:37AM  23    Q.   RIGHT.  DO YOU UNDERSTAND THAT'S ONE OF THE REASONS WHY

10:37AM  24    ALTERNATIVE ASSESSMENT PROTOCOL, OR AAP, IS NECESSARY FOR A

10:37AM  25    CERTAIN SITUATION WHEN YOU HAVE MACHINES THAT DON'T HAVE PEER

10:37AM  1    GROUPS AROUND THE COUNTRY?

10:37AM  2    A.   I DIDN'T KNOW THAT AT THE TIME.

10:37AM  3    Q.   YOU DIDN'T KNOW THAT ONE WAY OR THE OTHER?

10:38AM  4    A.   YEAH.

10:38AM  5    Q.   SO YOU'RE NOT AN EXPERT IN THE MATRIX EFFECTS OR SOMETHING

10:38AM  6    LIKE THAT?

10:38AM  7    A.   NO.

10:38AM  8    Q.   AND I'M ASSUMING THAT'S WHY YOU DIDN'T GET INVOLVED AT

10:38AM  9    THERANOS IN FORMULATING THE AAP POLICIES OR ANYTHING LIKE THAT?

10:38AM  10   A.   CORRECT.

10:38AM  11   Q.   OKAY.  AND ARE YOU FAMILIAR WITH THE CLSI RECOMMENDATIONS

10:38AM  12   ABOUT HOW TO GO ABOUT PERFORMING PROFICIENCY TESTING FOR

10:38AM  13   ALTERNATIVE ASSESSMENT SITUATIONS?

10:38AM  14   A.   NO.

10:38AM  15   Q.   OKAY.  IF YOU COULD TURN IN YOUR BINDER, AND I THINK IT

10:38AM  16   WOULD BE THE FIRST BINDER THAT THE GOVERNMENT GAVE YOU,

10:38AM  17   EXHIBIT 1589.

10:39AM  18        OH, I'M SORRY.  COULD WE JUST GO BACK TO THE ONE WE WERE

10:39AM  19   JUST LOOKING AT.  I HAVE ONE MORE QUESTION ABOUT THAT.

10:39AM  20        THIS IS 20418.

10:39AM  21   A.   WAIT.  THE PRIOR ONE IN THE DEFENSE BINDER?

10:39AM  22   Q.   RIGHT.  THE ONE WE WERE JUST REFERRING TO, EXHIBIT 20418.

10:39AM  23   I'M SORRY ABOUT THAT.

10:39AM  24        DO YOU SEE THAT THE CLINICAL AND LABORATORY STANDARDS

10:39AM  25   INSTITUTE DOCUMENT THAT IS EXHIBIT 20418 ACTUALLY IS TITLED

10:39AM 1    GP 29-A2.

10:39AM 2         DO YOU SEE THAT?

10:39AM 3    A.   YES.

10:39AM 4    Q.   OKAY.  AND THEN IF YOU GO TO EXHIBIT 9939 IN THE DEFENSE

10:40AM 5    BINDER.  THAT IS THE STANDARD OPERATING PROCEDURE THAT WE WERE

10:40AM 6    LOOKING AT A FEW MINUTES AGO.

10:40AM 7         AND YOU GO TO PAGE 6 OF 8 YOU SEE THE REFERENCE TO CLSI

10:40AM 8    GUIDELINE GP 29?

10:40AM 9    A.   YES.

10:40AM 10   Q.   OKAY.  ALL RIGHT.

10:40AM 11        LET'S NOW GO TO EXHIBIT 1589.

10:40AM 12   A.   THAT'S IN THE DEFENSE OR THE GOVERNMENT'S?

10:40AM 13   Q.   IT SHOULD BE IN THE GOVERNMENT'S BINDER.

10:40AM 14        OKAY.  DO YOU HAVE THAT?

10:40AM 15   A.   YES.

10:40AM 16   Q.   AND THIS IS AN EXHIBIT THAT YOU SAW DURING YOUR DIRECT

10:40AM 17   EXAMINATION?

10:40AM 18   A.   YES.

10:40AM 19   Q.   AND IF YOU GO TO THE EARLIEST EMAIL IN TIME, WHICH IS ON

10:41AM 20   PAGE 2 OF THE EXHIBIT, YOU SEE THAT THERE'S AN EMAIL FROM

10:41AM 21   DR. PANDORI TO MR. GEE, YOURSELF, AND THEN SOME OF YOUR

10:41AM 22   COLLEAGUES.

10:41AM 23        DO YOU SEE THAT?

10:41AM 24   A.   CORRECT.

10:41AM 25   Q.   AND IT'S DATED FEBRUARY 24TH, 2014.

10:41AM  1          SO THIS WAS JUST A FEW DAYS AFTER THAT PROFICIENCY TESTING

10:41AM  2     ISSUE THAT CAME UP WITH THE NEW YORK STATE SAMPLES?

10:41AM  3     A.   CORRECT.

10:41AM  4     Q.   AND THAT WHAT DR. PANDORI IS SAYING THERE IS THAT THERE IS

10:41AM  5     GOING TO BE A NEW QUALITY MEASURE FOR EDISON TESTS.

10:41AM  6          DO YOU SEE THAT?

10:41AM  7     A.   YES.

10:41AM  8     Q.   AND IT'S A ONCE PER WEEK WHERE THEY ARE GOING TO TAKE

10:41AM  9     VENIPUNCTURE SAMPLES AND FINGERSTICK SAMPLES AND RUN THEM ON

10:41AM  10    THE COMMERCIAL MACHINES, OR THE PREDICATES, AND THE EDISON

10:41AM  11    MACHINES, AND LOOK AT HOW THOSE COMPARE?

10:41AM  12    A.   CORRECT.

10:41AM  13    Q.   AND THAT'S THE PLAN; RIGHT?

10:41AM  14    A.   YES.

10:41AM  15    Q.   AND THAT THIS PARTICULAR ONE RELATES TO FOUR ASSAYS:

10:42AM  16    VITAMIN D, TPSA, FT4, AND TSH?

10:42AM  17    A.   CORRECT.

10:42AM  18    Q.   AND I THINK ON DIRECT YOU WERE TALKING TO MR. BOSTIC ABOUT

10:42AM  19    AN EMAIL FROM MR. BALWANI, AND THAT STARTS ON THE BOTTOM OF

10:42AM  20    PAGE 1 AND CONTINUES TO PAGE 2, AND THAT'S THE FEBRUARY 25TH,

10:42AM  21    2014 EMAIL FROM MR. BALWANI.

10:42AM  22         DO YOU SEE THAT?

10:42AM  23    A.   YES.

10:42AM  24    Q.   AND IF YOU GO IN THE MIDDLE OF THE PARAGRAPH ON THE FIRST

10:42AM  25    PART OF THAT EMAIL, IT SAYS, "WE HAVE TREMENDOUS AMOUNT OF DATA

10:42AM 1    ON EDISONS AND OUR ELISA'S OVER LAST 6 PLUS YEARS TO KNOW THEY

10:42AM 2    PERFORM EXTREMELY WELL AND FOR MANY ASSAYS, BETTER THAN

10:42AM 3    PREDICATE METHODS."

10:42AM 4        DO YOU SEE THAT?

10:42AM 5    A.   YES.

10:42AM 6    Q.   AND NOW, YOU WEREN'T AT THE COMPANY FOR THAT LONG GOING

10:42AM 7    BACK 6 PLUS YEARS; RIGHT?

10:42AM 8    A.   NO.

10:42AM 9    Q.   SO YOU WOULDN'T KNOW WHAT DATA HE'S REALLY REFERRING TO AT

10:42AM 10   THAT POINT; RIGHT?

10:42AM 11   A.   NO.

10:42AM 12   Q.   SO, FOR EXAMPLE, IF MR. BALWANI WAS REFERRING TO THOSE

10:42AM 13   FOUR BINDERS I SHOWED YOU BEFORE OF ASSAY DEVELOPMENT REPORTS

10:43AM 14   FOR ALL OF THE SMALL SAMPLE ASSAYS, YOU WOULDN'T KNOW ONE WAY

10:43AM 15   OR THE OTHER IF THAT'S WHAT HE WAS REFERRING TO?

10:43AM 16   A.   I KNEW OF SOME OF THEM, BUT NOT ALL OF THEM.

10:43AM 17   Q.   OKAY.  BECAUSE YOU WEREN'T INVOLVED IN DEVELOPING ALL OF

10:43AM 18   THOSE 161-PLUS SMALL SAMPLE ASSAYS?

10:43AM 19   A.   CORRECT.

10:43AM 20   Q.   SO YOU WOULDN'T BE IN A POSITION TO JUDGE WHETHER

10:43AM 21   MR. BALWANI WAS CORRECT OR NOT ABOUT HAVING SEEN ALL OF THAT

10:43AM 22   DATA FOR SIX-PLUS YEARS AND BEING CONFIDENT IN IT; RIGHT?

10:43AM 23   A.   NOT IN THE PAST.  ONLY AT THE TIME THAT I WORKED THERE.

10:43AM 24   Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, PAGE 2, AND

10:43AM 25   IT'S THE FIRST FULL PARAGRAPH THERE THAT I WANT TO HIGHLIGHT

10:43AM  1      FOR YOU.

10:43AM  2          IT SAYS, "HOWEVER, MOST IMPORTANT TO ME IS THE POINT THAT

10:43AM  3      NEEDS TO BE COMMUNICATED AS TO WHY WE ARE DOING THIS."

10:43AM  4          AND YOU UNDERSTAND THAT MR. BALWANI IS REFERRING TO THIS

10:43AM  5      NEW QUALITY CONTROL MEASURE THAT DR. PANDORI WAS EXPLAINING IN

10:43AM  6      THE EMAIL ON THE BOTTOM; RIGHT?

10:43AM  7      A.   CORRECT.

10:43AM  8      Q.   AND THEN IF YOU GO SORT OF IN THE MIDDLE OF THAT PARAGRAPH

10:44AM  9      THERE'S A SENTENCE THAT SAYS, "I AM ALREADY EXTREMELY IRRITATED

10:44AM  10     BY UNPLANNED RUNS OF PT SAMPLES AROUND VITAMIN D AND OTHERS AND

10:44AM  11     HOW IT WAS HANDLED AND COMMUNICATED WHEN NO ONE FROM EDISON

10:44AM  12     TEAM WAS INCLUDED," AND THEN IT GOES ON.

10:44AM  13         DO YOU SEE THAT?

10:44AM  14     A.   UH-HUH.

10:44AM  15     Q.   SO YOU WOULD AGREE WITH ME, RIGHT, THAT IF THE PROCEDURE

10:44AM  16     THAT -- WITH THE NEW YORK STATE SAMPLES, AND YOU TALKED ABOUT

10:44AM  17     HOW THOSE RESULTS DIDN'T LOOK RIGHT TO YOU; RIGHT?

10:44AM  18     A.   YES.

10:44AM  19     Q.   YOU WOULD AGREE WITH ME THAT IF THAT EXPERIMENT WAS NOT

10:44AM  20     CONSISTENT WITH THERANOS'S STANDARD OPERATING PROCEDURE, THAT

10:44AM  21     WOULD IN EFFECT BE AN UNPLANNED RUN OF PROFICIENCY TESTING

10:44AM  22     SAMPLES; CORRECT?

10:44AM  23     A.   UM, I DON'T KNOW.  I DON'T KNOW BECAUSE I WASN'T AWARE OF

10:44AM  24     THE STANDARD OPERATING PROCEDURE.

10:44AM  25     Q.   OKAY.  BUT MY QUESTION TO YOU IS THAT NOW THAT WE HAVE ALL

10:44AM   1    LOOKED AT THE STANDARD OPERATING PROCEDURE TOGETHER, AND IF

10:45AM   2    IT'S TRUE THAT THE NEW YORK STATE SAMPLE'S EXPERIMENT WAS NOT

10:45AM   3    CONSISTENT WITH THE STANDARD OPERATING PROCEDURE, THEN THAT

10:45AM   4    WOULD BE SOMETHING OUTSIDE OF THERANOS'S STANDARD OPERATING

10:45AM   5    PROCEDURE, AND, THEREFORE, AN UNPLANNED RUN OF PT SAMPLES; IS

10:45AM   6    THAT FAIR?

10:45AM   7    A.   I THINK SO, YEAH.

10:45AM   8    Q.   OKAY.  AND IF YOU GO UP TO THE TOP EMAIL, OR I GUESS IT'S

10:45AM   9    THE SECOND EMAIL ON THE PAGE FROM MR. BALWANI.

10:45AM  10        DO YOU SEE MR. BALWANI AT 2:19 P.M. EMAILS A GROUP OF

10:45AM  11    PEOPLE AGAIN, INCLUDING DR. ROSENDORFF, AND DR. PANDORI, AND

10:45AM  12    YOURSELF, AND OTHER COLLEAGUES AND SCIENTISTS, AND HE SAYS,

10:45AM  13    "THIS IS WHAT WE DID FOR ALL OF OUR VALIDATION WORK WE DID FOR

10:45AM  14    EACH OF THESE ASSAYS WHEN WE BROUGHT THEM FOR CLIA."

10:45AM  15        DO YOU SEE THAT?

10:45AM  16    A.   YES.

10:45AM  17    Q.   AND IF YOU GO TO THE LAST SENTENCE MR. BALWANI WRITES, "WE

10:46AM  18    CAN THEN DECIDE HOW OFTEN WE NEED TO DO THIS.  THIS IS

10:46AM  19    SOMETHING THAT YOU AND MARK CAN DECIDE AND THEN LANGLY CAN

10:46AM  20    IMPLEMENT."

10:46AM  21        DO YOU SEE THAT?

10:46AM  22    A.   YES.

10:46AM  23    Q.   AND SO HE WAS REFERRING TO, BY YOU AND MARK, HE'S

10:46AM  24    REFERRING TO DR. ROSENDORFF AND DR. PANDORI?

10:46AM  25    A.   CORRECT.

| | | |
|---|---|---|
| 10:46AM | 1 | Q.   AND SO YOU UNDERSTAND THAT MR. BALWANI WAS COMMUNICATING |
| 10:46AM | 2 | IF THOSE TWO DOCTORS DECIDE TO DO IT THIS WAY, THEY CAN DO |
| 10:46AM | 3 | THAT, AND THE QUALITY CONTROL MANAGER CAN IMPLEMENT THE |
| 10:46AM | 4 | PROCESS? |
| 10:46AM | 5 | A.   CORRECT. |
| 10:46AM | 6 | Q.   OKAY.  AND THE DAY BEFORE THIS EMAIL, DO YOU RECALL THAT |
| 10:46AM | 7 | MR. GEE, THE QUALITY CONTROL MANAGER, ACTUALLY SENT STANDARD |
| 10:46AM | 8 | OPERATING PROCEDURE FOR THIS IN-HOUSE QUALITY STUDY? |
| 10:46AM | 9 | A.   I DON'T REMEMBER. |
| 10:46AM | 10 | Q.   OKAY.  IF YOU COULD TAKE A LOOK IN YOUR BINDER AT |
| 10:46AM | 11 | EXHIBIT 20225, AND THAT SHOULD BE IN THE SECOND OF THE TWO |
| 10:47AM | 12 | BINDERS I GAVE YOU LAST WEEK? |
| 10:47AM | 13 | A.   2? |
| 10:47AM | 14 | Q.   20225.  OKAY.  DO YOU HAVE THAT IN FRONT OF YOU? |
| 10:47AM | 15 | A.   YES. |
| 10:47AM | 16 | Q.   AND DO YOU SEE IT'S AN EMAIL FROM -- ON THE TOP EMAIL IT'S |
| 10:47AM | 17 | FROM MR. GEE TO MR. BALWANI, DR. PANDORI, AND THEN THERE'S A |
| 10:47AM | 18 | COPY TO A NUMBER OF PEOPLE, INCLUDING YOURSELF? |
| 10:47AM | 19 | A.   YES. |
| 10:47AM | 20 | Q.   OKAY. |
| 10:47AM | 21 | YOUR HONOR, WE OFFER EXHIBIT 20225. |
| 10:47AM | 22 | MR. BOSTIC:  NO OBJECTION. |
| 10:47AM | 23 | MR. COOPERSMITH:  IF WE CAN PUT THAT UP ON THE |
| 10:48AM | 24 | SCREEN. |
| 10:48AM | 25 | THE COURT:  AS SOON AS I ADMIT IT WE CAN DO THAT. |

10:48AM   1        MR. COOPERSMITH:  SORRY.  WE CAN TAKE IT DOWN.

10:48AM   2        THE COURT:  ARE YOU ASKING THAT THE ENTIRETY?  IT

10:48AM   3   LOOKS LIKE SEVEN PAGES.

10:48AM   4        MR. COOPERSMITH:  YES, YOUR HONOR, THE EMAIL WITH

10:48AM   5   THE ATTACHMENT, A TOTAL OF SEVEN PAGES.

10:48AM   6        THE COURT:  ALL RIGHT.

10:48AM   7      MR. BOSTIC, ANY OBJECTION?

10:48AM   8        MR. BOSTIC:  NO OBJECTION, YOUR HONOR.  THANK YOU.

10:48AM   9        THE COURT:  THANK YOU.  IT MAY BE ADMITTED, AND IT

10:48AM  10   MAY BE PUBLISHED.

10:48AM  11        MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:48AM  12      (DEFENDANT'S EXHIBIT 20225 WAS RECEIVED IN EVIDENCE.)

10:48AM  13   BY MR. COOPERSMITH:

10:48AM  14   Q.   OKAY.  LOOKING AT EXHIBIT 20225 THAT'S NOW ON THE SCREEN.

10:48AM  15   DO YOU SEE MR. GEE WROTE, "SUNNY/ALL:

10:48AM  16      "ATTACHED IS THE STUDY TO COMPARE PREDICATE VERSUS

10:48AM  17   EDISON'S RESULTS FOR TSH, VITAMIN D, AND FT4."

10:48AM  18      DO YOU SEE THAT?

10:48AM  19   A.   YES.

10:48AM  20   Q.   AND IT SAYS, "MARK AND DANIEL HAS SIGNED OFF ON THE

10:48AM  21   STUDY."

10:48AM  22   A.   CORRECT?

10:49AM  23   Q.   DO YOU UNDERSTAND THAT TO BE MARK PANDORI AND

10:49AM  24   DANIEL YOUNG?

10:49AM  25   A.   CORRECT.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)

10:49AM 1    Q.   AND IT SAYS, "ADAM AND HODA HAS REVIEWED THE DRAFT AND

10:49AM 2    PROVIDED THEIR COMMENTS."

10:49AM 3         DO YOU UNDERSTAND THAT ADAM IS DR. ROSENDORFF?

10:49AM 4    A.   CORRECT.

10:49AM 5    Q.   AND WHO WAS HODA?

10:49AM 6    A.   HODA WAS ONE OF THE CLINICAL LAB SCIENTISTS IN THE

10:49AM 7    CLINICAL LAB.

10:49AM 8    Q.   AND ONE OF THE PEOPLE WHO WOULD BE AUTHORIZED TO RELEASE

10:49AM 9    PATIENT RESULTS?

10:49AM 10   A.   YES.

10:49AM 11   Q.   AND WHO TOOK THE EXAM UNDER CALIFORNIA LAW?

10:49AM 12   A.   YES.

10:49AM 13   Q.   OKAY.  AND THEN IT SAYS, "SHARADA AND SURAJ, PLEASE

10:49AM 14   COMMENT."

10:49AM 15        DO YOU SEE THAT?

10:49AM 16   A.   YES.

10:49AM 17   Q.   AND DO YOU UNDERSTAND THAT HE WAS ASKING FOR ADDITIONAL

10:49AM 18   COMMENTS FROM TWO OTHER PH.D.'S WHO WORKED AT THERANOS?

10:49AM 19   A.   CORRECT.

10:49AM 20   Q.   AND IT GOES ON TO SAY, "THE STUDY IS TO START MARCH 10TH

10:49AM 21   AND CONTINUE FOR FOUR WEEKS.  DATA ANALYSIS WILL FOLLOW AND

10:49AM 22   DETERMINE NEXT STEPS."

10:49AM 23        SO THIS WAS MR. GEE ACTUALLY TRYING TO IMPLEMENT THE

10:49AM 24   IN-HOUSE QUALITY CONTROL STUDY; RIGHT?

10:49AM 25   A.   YES.

10:49AM  1    Q.   OR ACTUALLY THE PROFICIENCY TESTING STUDY?

10:50AM  2    A.   YES.

10:50AM  3    Q.   AND THEN IF YOU GO TO THE ATTACHMENT AND YOU SEE IT'S NOT

10:50AM  4    SIGNED AT THIS POINT, BUT THAT'S THE DRAFT THAT MR. GEE IS

10:50AM  5    CIRCULATING?

10:50AM  6    A.   CORRECT.

10:50AM  7    Q.    IF YOU START OUT ON PAGE 5 OF THE EXHIBIT, AND YOU SEE

10:50AM  8    THERE'S A SERIES OF REFERENCES, AND ONE OF THEM IS TO -- IN

10:50AM  9    FACT, IT'S THE FIRST REFERENCE "CL SOP-00020 CURRENT REV.

10:50AM  10   PROFICIENCY TESTING FOR THERANOS LAB-DEVELOPED TESTS:  EDISON

10:50AM  11   3.5."

10:50AM  12        DO YOU SEE THAT?

10:50AM  13   A.   CORRECT.

10:50AM  14   Q.   AND IF YOU QUICKLY LOOK AT EXHIBIT 9939.

10:50AM  15   A.   YES.

10:51AM  16   Q.   AND DO YOU AGREE WITH ME THAT THAT REFERENCE IS TO THAT

10:51AM  17   EXHIBIT THAT WE LOOKED AT JUST BEFORE THE BREAK AND JUST AFTER

10:51AM  18   THE BREAK THAT DEALS WITH PROFICIENCY TESTING FOR THERANOS

10:51AM  19   EDISON DEVICES?

10:51AM  20   A.   YES.

10:51AM  21   Q.   AND SO THAT'S WHAT MR. GEE WAS REFERENCING?

10:51AM  22   A.   YES.

10:51AM  23   Q.   OKAY.  AND YOU RECEIVED THIS EMAIL AND ATTACHMENT FROM

10:51AM  24   MR. GEE; RIGHT?

10:51AM  25   A.   YES.

10:51AM 1     Q.   AND DID YOU TAKE TIME TO LOOK AT THE REFERENCE DOCUMENTS?

10:51AM 2     A.   I CAN'T REMEMBER AT THAT TIME, BUT I DID RUN THIS

10:51AM 3     PROFICIENCY TESTING.

10:51AM 4     Q.   OKAY.  BUT YOU DON'T REMEMBER WHETHER YOU LOOKED AT THE

10:51AM 5     REFERENCE SOP'S?

10:51AM 6     A.   I'VE LOOKED AT NUMEROUS OF THEM, BUT I DON'T REMEMBER.

10:51AM 7     Q.   OKAY.  AND IF YOU GO DOWN TO PROCEDURE DOWN THE PAGE.

10:51AM 8     A.   YES.

10:51AM 9     Q.   YOU SEE THERE'S 1.2.  IT SAYS, PREDICATE METHOD, AND THEN

10:51AM 10    IT DESCRIBES WHICH INSTRUMENTS ARE GOING TO BE RUN WITH

10:51AM 11    PARTICULAR ASSAYS?

10:51AM 12    A.   YES.

10:51AM 13    Q.   FOR EXAMPLE, FT4 WOULD BE RUN, THAT SAMPLE WOULD BE RUN ON

10:52AM 14    A SIEMENS IMMULITE 2000?

10:52AM 15    A.   YES.

10:52AM 16    Q.   AND THEN THE VITAMIN D WOULD BE RUN ON THE DIASORIN

10:52AM 17    LIAISON?

10:52AM 18    A.   RIGHT.

10:52AM 19    Q.   THAT'S A COMMERCIAL MACHINE?

10:52AM 20    A.   YES.

10:52AM 21    Q.   AND THERANOS DESCRIBES THAT THOSE SAME ASSAYS WOULD BE RUN

10:52AM 22    ON EDISON 3.5'S.

10:52AM 23         DO YOU SEE THAT?

10:52AM 24    A.   YES.

10:52AM 25    Q.   AND THAT'S SECTION 1.3.

10:52AM  1          AND THEN DO YOU UNDERSTAND THE PURPOSE OF THIS, AS WE

10:52AM  2     TALKED ABOUT BEFORE, WAS TO SIMPLY COMPARE THE BLOOD SAMPLES

10:52AM  3     THAT WERE TAKEN FROM PEOPLE AT THERANOS, EMPLOYEES, AND THEN DO

10:52AM  4     THIS COMPARISON TO SEE IF IT CHECKED OUT THERANOS RESULTS

10:52AM  5     VERSUS COMMERCIAL RESULTS?

10:52AM  6     A.   CORRECT.

10:52AM  7     Q.   OKAY.  AND THEN IF YOU LOOK AT ACCEPTANCE CRITERIA, WHICH

10:52AM  8     IS NEAR THE BOTTOM OF THE PAGE, DO YOU SEE IT SAYS QUALITY

10:52AM  9     CONTROLS MUST ALL PASS?

10:52AM  10    A.   CORRECT.

10:52AM  11    Q.   OKAY.  AND I THINK YOU SAID A MINUTE AGO, YOU WERE

10:53AM  12    ACTUALLY INVOLVED IN HELPING TO RUN SOME OF THOSE EXPERIMENTS;

10:53AM  13    RIGHT?

10:53AM  14    A.   CORRECT.  WE RAN THESE AS THE PROTOCOL WENT, AND WE HAD

10:53AM  15    TWO OF THE ASSAYS FAIL, SO WE HAD TO PULL THEM FROM PATIENT

10:53AM  16    TESTING.

10:53AM  17    Q.   OKAY.  BUT THAT WAS THE POINT OF THE WHOLE TESTING; RIGHT?

10:53AM  18    A.   YES.

10:53AM  19    Q.   AND IS THAT IF IT DIDN'T PASS, YOU WOULD PULL IT FROM

10:53AM  20    PATIENT TESTING?

10:53AM  21    A.   YES.

10:53AM  22    Q.   AND IN TERMS OF THAT, YOU CAN'T SAY, SITTING HERE TODAY,

10:53AM  23    THAT YOU WERE AWARE OF A SINGLE PATIENT RESULT THAT WENT OUT OF

10:53AM  24    THERANOS THAT ISN'T ACCURATE; ISN'T THAT RIGHT?

10:53AM  25    A.   CORRECT.

10:53AM   1    Q.   LET'S TAKE A LOOK, I THINK IT SHOULD BE IN THE SAME

10:53AM   2    BINDER, AT EXHIBIT 20046.

10:54AM   3         DO YOU HAVE THAT?

10:54AM   4    A.   YES.

10:54AM   5    Q.   AND EXHIBIT 20046 IS AN EMAIL STRING.  IF YOU LOOK AT THE

10:54AM   6    TOP, IT'S FROM LANGLY GEE?

10:54AM   7    A.   YES.

10:54AM   8    Q.   AND IT'S TO A NUMBER OF PEOPLE, INCLUDING YOU; RIGHT?

10:54AM   9    A.   YES.

10:54AM  10    Q.   AND IT WAS AN EMAIL STRING THAT WAS CIRCULATED AS PART OF

10:54AM  11    THE WORK AT THERANOS AT THAT TIME, MARCH 31ST, 2014?

10:54AM  12    A.   CORRECT.

10:54AM  13             MR. COOPERSMITH:  YOUR HONOR, WE OFFER

10:54AM  14    EXHIBIT 20046.

10:54AM  15             MR. BOSTIC:  NO OBJECTION.

10:54AM  16             THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:55AM  17         (DEFENDANT'S EXHIBIT 20046 WAS RECEIVED IN EVIDENCE.)

10:55AM  18    BY MR. COOPERSMITH:

10:55AM  19    Q.   LET'S TAKE A LOOK AT THE BOTTOM EMAIL, THE EARLIEST IN

10:55AM  20    TIME EMAIL, WHICH IS ON PAGES 2 AND 3, AND THAT IS MR. GEE

10:55AM  21    REPORTING "ALL,

10:55AM  22         "SEE ATTACHED FOR WEEK 2 VITAMIN D RESULTS."

10:55AM  23         DO YOU SEE THAT?

10:55AM  24    A.   YES.

10:55AM  25    Q.   BUT NOW THIS PROCESS THAT WE'RE TALKING ABOUT, THIS

10:55AM  1    IN-HOUSE PROFICIENCY TESTING STUDY IS ACTUALLY ONGOING AND IN

10:55AM  2    THIS CASE MR. GEE IS REPORTING SOME RESULTS?

10:55AM  3    A.   CORRECT.

10:55AM  4    Q.   AND IN THIS CASE FOR VITAMIN D?

10:55AM  5    A.   YES.

10:55AM  6    Q.   AND THEN IF YOU GO RIGHT ABOVE THAT MR. BALWANI WRITES ON

10:55AM  7    FEBRUARY -- I'M SORRY, MARCH 19TH, AND HE WRITES TO MR. GEE,

10:55AM  8    AND DR. ROSENDORFF, DR. PANDORI, DR. YOUNG, DR. SAKSENA,

10:55AM  9    DR. SIVARAMAN, AND HODA ALAMDAR, WHO WAS A CLINICAL LAB

10:55AM  10   SCIENTIST; RIGHT?

10:55AM  11   A.   CORRECT.

10:55AM  12   Q.   AND HE WRITES, "FOR NEXT RUN, I WOULD LIKE TO NARROW DOWN

10:55AM  13   WHY 1 SAMPLE IS OFF IN THIS 5 RUNS."

10:56AM  14        RIGHT?

10:56AM  15   A.   YES.

10:56AM  16   Q.   AND DO YOU UNDERSTAND THAT MR. BALWANI WAS CONCERNED

10:56AM  17   BECAUSE ONE SAMPLE SEEMED TO BE OFF AND HE WANTED TO UNDERSTAND

10:56AM  18   WHY THAT WAS THE CASE; RIGHT?

10:56AM  19   A.   YES.

10:56AM  20   Q.   SO IN THIS INSTANCE MR. BALWANI WAS NOT SAYING, WELL, FOUR

10:56AM  21   OUT OF FIVE IS GOOD ENOUGH, LET'S JUST MOVE FORWARD?

10:56AM  22   A.   YEAH.

10:56AM  23   Q.   AND THEN HE GOES ON.  "LET'S INCREASE NUMBER OF SAMPLE

10:56AM  24   FROM 5 TO 10 OR 20 SO SAMPLE SIZE IS MORE MEANINGFUL.  5 IS TOO

10:56AM  25   SMALL."

10:56AM  1          DO YOU SEE THAT?

10:56AM  2     A.   YES.

10:56AM  3     Q.   AND DO YOU SEE THAT MR. BALWANI ACTUALLY WANTED TO GET

10:56AM  4     MORE DATA, TO HAVE MORE MEANINGFUL DATA TO ASSESS THE ISSUE.

10:56AM  5          DO YOU SEE THAT?

10:56AM  6     A.   YES.

10:56AM  7     Q.   AND THEN HE GOES ON TO SAY, "ALSO, LET'S COLLECT 2

10:56AM  8     FINGERSTICKS AND RUN THEM ON 2 DEVICES AS FOLLOWS," AND THEN HE

10:56AM  9     HAS THE LIST; RIGHT?

10:56AM  10    A.   RIGHT.

10:56AM  11    Q.   AND THEN FINALLY HE WRITES, MR. BALWANI, "THIS WILL NARROW

10:56AM  12    DOWN PROBLEM EITHER WITH CTN OR DEVICE IF THE RECOVERY IS TOO

10:56AM  13    HIGH.  WE NEED TO SOLVE THIS."

10:57AM  14         RIGHT?

10:57AM  15    A.   YES.

10:57AM  16    Q.   AND IF YOU GO UP THE PAGE, THE NEXT EMAIL MR. GEE WRITES

10:57AM  17    THAT HE WILL MODIFY THE STUDY PLAN TO ACCOMMODATE YOUR

10:57AM  18    SUGGESTIONS?

10:57AM  19    A.   YES.

10:57AM  20    Q.   BUT AS YOU SAID BEFORE, MR. BALWANI IS NOT THE SCIENTIST

10:57AM  21    IN CHARGE OF THE LAB; RIGHT?

10:57AM  22    A.   NO.

10:57AM  23    Q.   SO IF YOU LOOK AT THE EMAIL RIGHT ABOVE THAT, MR. BALWANI

10:57AM  24    SAYS, "ONLY IF THEY MAKE SENSE.  YOU GUYS CAN DECIDE BUT SEEMS

10:57AM  25    LIKE THIS WILL GIVE US MORE DATA."

10:57AM  1          DO YOU SEE THAT?

10:57AM  2     A.   YEAH.

10:57AM  3     Q.   AND HE'S GIVING AN OPPORTUNITY FOR THE VARIOUS SCIENTISTS

10:57AM  4     ON THE EMAIL STRING TO WEIGH IN IF THEY HAVE A DIFFERENCE IN

10:57AM  5     HOW TO GO ABOUT THIS; RIGHT?

10:57AM  6     A.   YES.

10:57AM  7     Q.   OKAY.  AND THEN IF YOU GO TO THE EMAIL THAT STARTS ON THE

10:57AM  8     VERY BOTTOM OF PAGE 1 FROM DR. PANDORI AND GOES ON TO THE TOP

10:57AM  9     OF PAGE 2, THAT'S THE MARCH 19TH, 6:59 P.M.

10:58AM 10          DR. PANDORI WRITES, "I DO LIKE THE IDEA OF RUNNING ON

10:58AM 11     MULTIPLE DEVICES."

10:58AM 12          AND THEN HE GOES ON TO SAY, "INCREASING THE SAMPLE SIZE TO

10:58AM 13     10 OR 20 AND RUNNING TWO DEVICES IS MORE DIFFICULT THAN IT

10:58AM 14     SEEMS, FOR THE REASON THAT WE PLAN TO ADD TSH OR FT4 TO THIS

10:58AM 15     STUDY NEXT MONDAY, AND SO THAT WOULD MEAN EITHER 60 OR 120 RUNS

10:58AM 16     ON THE EDISONS; THIS WOULD COMPLETELY OCCUPY EDISONS FOR ONE OR

10:58AM 17     TWO DAYS, AND I'M CONCERNED THAT IT WILL INHIBIT PATIENT

10:58AM 18     TURNAROUND TIMES."

10:58AM 19          DO YOU SEE DR. PANDORI WAS CONCERNED ABOUT RUNNING AS MANY

10:58AM 20     SAMPLES AS MR. BALWANI WANTED TO BECAUSE HE THOUGHT IT WOULD

10:58AM 21     INTERFERE WITH THE OTHER WORK THAT THE LAB WAS DOING; RIGHT?

10:58AM 22     A.   CORRECT.

10:58AM 23     Q.   AND THAT WAS DR. PANDORI MAKING THAT OBSERVATION, NOT

10:58AM 24     MR. BALWANI; RIGHT?

10:58AM 25     A.   YES.

10:58AM   1    Q.   OKAY.  AND THEN MR. BALWANI IN THE EMAIL RIGHT ABOVE THAT

10:58AM   2    SAYS, "AGREED.  LET'S DO THIS FOR VITAMIN D THIS WAY AND OTHERS

10:58AM   3    THE WAY ALREADY PLANNED."

10:59AM   4         SO HE'S DEFERRING TO DR. PANDORI IN THAT CASE?

10:59AM   5    A.   YES.

10:59AM   6    Q.   AND THEN IF YOU GO ABOVE THAT, DR. PANDORI THEN WRITES

10:59AM   7    BACK AND HE SAYS, "OK, LANGLY, NOTE."

10:59AM   8         AND THEN HE SAYS, "ALSO, ALL,

10:59AM   9         "ATTACHED, IS AN INTERESTING PAPER I'VE FOUND ON THE TOPIC

10:59AM  10    OF VARIABILITY OF VITAMIN D ASSAYS ON VARIOUS

10:59AM  11    METHODS/EQUIPMENT.  IT MAY BE USEFUL IN REGARDS TO OUR EFFORT

10:59AM  12    TO ESTABLISH FAIR RANGES OF ACCEPTABILITY FOR AAP THIS ANALYTE,

10:59AM  13    WHICH SEEMS NOTORIOUS FOR VARIABILITY ON EVEN FDA APPROVED

10:59AM  14    TESTS."

10:59AM  15         DO YOU SEE THAT?

10:59AM  16    A.   YES.

10:59AM  17    Q.   AND SO YOUR UNDERSTANDING WAS THAT DR. PANDORI WAS MAKING

10:59AM  18    AN OBSERVATION THAT VITAMIN D WAS A NOTORIOUSLY VARIABLE ASSAY?

10:59AM  19    A.   CORRECT.

10:59AM  20    Q.   AND DID YOU LOOK AT THE PAPER THAT DR. PANDORI ATTACHED?

10:59AM  21    A.   IT WASN'T SENT TO ME.

10:59AM  22    Q.   YOU NEVER RECEIVED IT?

10:59AM  23    A.   YES.

10:59AM  24    Q.   AND DID YOU GO SEEK IT OUT?

10:59AM  25    A.   NO.

10:59AM 1     Q.   AT ANY TIME?

10:59AM 2     A.   I DON'T KNOW.

10:59AM 3     Q.   LIKE, FOR EXAMPLE, IN THE PREPARATION SESSION THAT YOU DID

11:00AM 4     WITH THE GOVERNMENT PROSECUTORS, DID THEY EVER SHOW YOU THAT

11:00AM 5     STUDY?

11:00AM 6     A.   NO.

11:00AM 7     Q.   OKAY.  DID THEY EVER SHOW YOU THIS EMAIL AT ALL?

11:00AM 8     A.   NO.

11:00AM 9     Q.   IF YOU GO TO THE EMAIL RIGHT ABOVE THAT, MR. BALWANI SAYS,

11:00AM 10    "ABSOLUTELY, WE HAVE KNOW THIS," OR KNOWN THIS, "AND BOTH FDA

11:00AM 11    AND CLIA HAVE MENTIONED THIS ALONG WITH LAB DIRECTORS WHO SAID

11:00AM 12    THEY USUALLY HAVE 40 PERCENT VARIABLY IN VITAMIN D.  UCSF HAD

11:00AM 13    COMMENTED ON THIS ALSO."

11:00AM 14         DO YOU SEE THAT?

11:00AM 15    A.   YES.

11:00AM 16    Q.   AND IT SOUNDS LIKE YOU'RE NOT IN A POSITION TO OPINE ON

11:00AM 17    THAT ONE WAY OR THE OTHER; RIGHT?

11:00AM 18    A.   CORRECT.

11:00AM 19    Q.   AND THEN IF YOU GO TO THE TOP EMAIL FROM MR. GEE HE SAYS,

11:00AM 20    "BASED ON THESE EMAILS, I'M INCREASING THE NUMBER OF SAMPLES

11:00AM 21    FOR VITAMIN D TESTING TO N EQUALS 10 FOR NEXT TWO WEEKS.  ALL

11:00AM 22    ASSAYS WILL BE DONE AT N EQUALS 5 (FT4 AND TSH)."

11:00AM 23         DO YOU SEE THAT?

11:00AM 24    A.   YES.

11:00AM 25    Q.   SO THAT'S MR. GEE IMPLEMENTING WHAT THE SCIENTISTS SAID

11:01AM   1      MR. BALWANI AND WHAT THE WHOLE GROUP DECIDED; RIGHT?

11:01AM   2      A.   CORRECT.

11:01AM   3      Q.   AND HE COPIED YOU ON THAT?

11:01AM   4      A.   YES.

11:01AM   5      Q.   AND IS THAT SO YOU COULD HELP IN THAT IMPLEMENTATION?

11:01AM   6      A.   CORRECT.

11:01AM   7      Q.   CAN YOU TAKE A LOOK AT EXHIBIT 3526.

11:01AM   8           OKAY.  DO YOU SEE THAT EXHIBIT 3526 IS AN EMAIL FROM

11:01AM   9      MARCH 14TH, 2014?

11:01AM  10      A.   YES.

11:01AM  11      Q.   AND THAT'S DURING THAT SAME PERIOD WHEN THIS IN-HOUSE

11:01AM  12      PROFICIENCY TESTING WORK WAS GOING ON?

11:01AM  13      A.   YES.

11:01AM  14      Q.   AND DO YOU SEE THE EMAIL IS FROM MR. BALWANI TO

11:02AM  15      DR. PANDORI, DR. ROSENDORFF, MR. GEE, AND THEN COPIED TO

11:02AM  16      DR. SAKSENA, DR. ANEKAL, AND ALSO ELIZABETH HOLMES.

11:02AM  17           DO YOU SEE THAT?

11:02AM  18      A.   YES.

11:02AM  19      Q.   AND WE TALKED ABOUT THIS BEFORE, BUT THOSE ARE AMONG THE

11:02AM  20      GROUP OF PEOPLE WHO WOULD ROUTINELY SEND EMAILS AROUND THERANOS

11:02AM  21      TO TALK ABOUT THE LAB AND HOW THINGS WERE GOING?

11:02AM  22      A.   CORRECT.

11:02AM  23      Q.   OKAY.  AND THERANOS KEPT THOSE EMAILS SO IT COULD BE

11:02AM  24      REFERRED BACK TO THEM FROM TIME TO TIME?

11:02AM  25      A.   YES.

11:02AM 1          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 3526,

11:02AM 2    AND I WOULD POINT OUT THAT IT'S ON THE GOVERNMENT'S EXHIBIT

11:02AM 3    LIST.

11:02AM 4          MR. BOSTIC:  THERE ARE LAYERS OF HEARSAY HERE,

11:02AM 5    YOUR HONOR.

11:02AM 6          THE COURT:  DO YOU WANT TO LAY A BETTER FOUNDATION?

11:02AM 7    I THINK THERE'S AN INSTITUTION FOUNDATION TO THE EXCEPTION

11:02AM 8    YOU'RE ADVOCATING.

11:02AM 9          MR. COOPERSMITH:  I'M LOOKING AT 803(6), YOUR HONOR.

11:03AM 10   OKAY.

11:03AM 11   Q.   SO, MS. CHEUNG, IT WAS NECESSARY AT THERANOS, WHEN THE

11:03AM 12   IN-HOUSE PROFICIENCY TESTING WAS GOING ON FOR THE VARIOUS

11:03AM 13   PEOPLE INVOLVED WITH THE PROCESS, TO GIVE EACH OTHER

11:03AM 14   INFORMATION ABOUT WHAT RESULTS WERE COMING OUT OF THAT; RIGHT?

11:03AM 15   A.   CORRECT.

11:03AM 16   Q.   AND THAT IT WAS IMPORTANT TO TRY TO GET IT RIGHT, THAT

11:03AM 17   THAT INFORMATION BE AS ACCURATE AS POSSIBLE WHEN PEOPLE WERE

11:03AM 18   SENDING INFORMATION AROUND?

11:03AM 19   A.   CORRECT.

11:03AM 20   Q.   AND THAT WHEN -- ESPECIALLY WHEN ONE OF THE AUTHORS WAS

11:03AM 21   SHARING IT WITH A WHOLE GROUP OF PEOPLE, IT WAS IMPORTANT THAT

11:03AM 22   EVERYONE GET THE INFORMATION AND BE ON THE SAME PAGE AND

11:03AM 23   UNDERSTAND THAT THEY COULD RELY ON THE INFORMATION AND GO LOOK

11:03AM 24   IT UP, IF NECESSARY; RIGHT?

11:03AM 25   A.   YES.

11:03AM  1    Q.   OKAY.  AND THIS EMAIL THAT WE'RE LOOKING AT, EXHIBIT 3526,

11:03AM  2    IS ONE EXHIBIT OF THAT TYPE OF THING GOING ON AT THERANOS;

11:03AM  3    RIGHT?

11:03AM  4    A.   YES.

11:03AM  5              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 3526.

11:03AM  6              THE COURT:  WHAT ABOUT 6(A)?

11:04AM  7              MR. COOPERSMITH:  I'M SORRY?

11:04AM  8              THE COURT:  6(A), THE EXCEPTION.

11:04AM  9              MR. COOPERSMITH:  YES, YOUR HONOR.

11:04AM 10              THE COURT:  I DON'T THINK THAT'S BEEN MET YET.

11:04AM 11              MR. COOPERSMITH:  I JUST WANT TO POINT OUT THIS IS

11:04AM 12    ON THE GOVERNMENT'S EXHIBIT LIST.  IT HAS THE --

11:04AM 13              THE COURT:  BUT THEY HAVEN'T INTRODUCED IT, HAVE

11:04AM 14    THEY?

11:04AM 15              MR. COOPERSMITH:  NO, THEY HAVE NOT.

11:04AM 16              THE COURT:  OKAY.  RIGHT.

11:04AM 17              MR. COOPERSMITH:  OKAY.  YOUR HONOR, IN THAT CASE,

11:04AM 18    THE WITNESS -- TWO OF THE WITNESSES WHO ARE THE FIRST TWO

11:04AM 19    RECIPIENTS UNDER THE TO LINE, WE UNDERSTAND ARE GOING TO BE

11:04AM 20    TESTIFYING VERY SHORTLY IN THIS TRIAL, SO WE MOVE THE COURT FOR

11:04AM 21    CONDITIONAL ADMISSION OF THIS EXHIBIT SUBJECT TO IT GETTING

11:04AM 22    ADMITTED THROUGH THOSE TWO WITNESSES WHO WERE THE FIRST TWO

11:04AM 23    RECIPIENTS.

11:04AM 24              MR. BOSTIC:  YOUR HONOR, IF THIS WERE AN

11:04AM 25    AUTHENTICATION PROBLEM, THAT MIGHT BE A SOLUTION, BUT I DON'T

11:04AM   1    THINK THAT ADDRESSES THE MULTIPLE LEVELS OF HEARSAY HERE.

11:05AM   2              THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION.

11:05AM   3              MR. COOPERSMITH:  I'LL ALSO POINT OUT, YOUR HONOR,

11:05AM   4    WE DON'T NEED TO ADMIT IT FOR THE TRUTH OF THE MATTER, TO TAKE

11:05AM   5    CARE OF MR. BOSTIC'S HEARSAY OBJECTION.

11:05AM   6         WE CAN SIMPLY ADMIT IT FOR STATE OF MIND OF MR. BALWANI,

11:05AM   7    WHICH IS OBVIOUSLY AN ISSUE IN THIS CASE.

11:05AM   8              MR. BOSTIC:  YOUR HONOR, I THINK THAT STILL LEAVES

11:05AM   9    ONE LAYER OF HEARSAY.

11:05AM  10              THE COURT:  SUSTAIN THE OBJECTION.

11:05AM  11              MR. COOPERSMITH:  OKAY.  WE'LL RETURN TO THAT WITH

11:05AM  12    ANOTHER WITNESS, YOUR HONOR.  THANK YOU.

11:05AM  13              THE COURT:  OKAY.

11:05AM  14    BY MR. COOPERSMITH:

11:05AM  15    Q.   NOW, IF I HAVE MY DATES RIGHT, MS. CHEUNG, YOU LEFT

11:05AM  16    THERANOS ON APRIL 16TH OF 2014.

11:05AM  17         IS THAT THE RIGHT DATE?

11:05AM  18    A.   I DON'T REMEMBER THE EXACT DATE.

11:05AM  19    Q.   OKAY.  BUT IN ANY EVENT, DID YOU -- WERE YOU STILL THERE

11:06AM  20    AT THERANOS WHEN DR. PANDORI SHOWED A SLIDE PRESENTATION ABOUT

11:06AM  21    ALTERNATIVE ASSESSMENT PROCEDURE AND HOW THAT SHOULD BE RUN AT

11:06AM  22    THERANOS?

11:06AM  23    A.   NO.

11:06AM  24    Q.   SO YOU DON'T HAVE ANY KNOWLEDGE OF THAT?

11:06AM  25    A.   YES.

CHEUNG CROSS BY MR. COOPERSMITH (RES.)

11:06AM 1   Q.   SO IF DR. PANDORI HAD RECOMMENDED OR MADE STATEMENTS ABOUT

11:06AM 2   HOW THIS TYPE OF PROFICIENCY TESTING SHOULD BE RUN AT THERANOS,

11:06AM 3   YOU WOULD HAVE ALREADY LEFT, SO YOU WOULDN'T KNOW THAT?

11:06AM 4   A.   CORRECT.

11:06AM 5   Q.   OKAY.  I WANT TO RETURN TO TWO EXHIBITS THAT WE COULDN'T

11:06AM 6   FIND EARLIER THIS MORNING.

11:06AM 7   A.   YEAH.

11:06AM 8   Q.   AND I THINK I SOLVED THE PROBLEM.  WELL, LET'S HOPE.

11:06AM 9        IT WOULD BE IN OUR FIRST BINDER --

11:06AM 10  A.   OKAY.

11:06AM 11  Q.   -- THAT WE GAVE YOU LAST WEEK.

11:06AM 12       AND THE FIRST ONE I WANT TO TALK ABOUT IS EXHIBIT 1430.

11:07AM 13  A.   OKAY.

11:07AM 14  Q.   OKAY.  LOOKING AT EXHIBIT 1430, YOU SEE THAT THIS IS AN

11:07AM 15  EMAIL FROM DR. ROSENDORFF?

11:07AM 16  A.   YES.

11:07AM 17  Q.   AND IT'S FROM JANUARY 16TH OF 2014?

11:07AM 18  A.   CORRECT.

11:07AM 19  Q.   AND IT'S TO AN EMAIL ADDRESS WHICH IS

11:07AM 20  CLIA.LAB@THERANOS.COM?

11:07AM 21  A.   CORRECT.

11:07AM 22  Q.   AND YOU WERE PART OF THAT EMAIL GROUP?

11:07AM 23  A.   YES.

11:07AM 24  Q.   AND YOU SEE THAT THE EMAIL IS FROM DR. ROSENDORFF GIVING

11:07AM 25  THE GROUP, THIS CLIA LAB GROUP THAT YOU WERE PART OF, A CERTAIN

11:07AM   1      QC POLICY.

11:07AM   2           DO YOU SEE THAT?

11:07AM   3      A.   YES.

11:07AM   4               MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 1430.

11:07AM   5               MR. BOSTIC:  NO OBJECTION.

11:07AM   6               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:07AM   7           (DEFENDANT'S EXHIBIT 1430 WAS RECEIVED IN EVIDENCE.)

11:08AM   8      BY MR. COOPERSMITH:

11:08AM   9      Q.   IF WE LOOK AT THE FIRST PAGE, IT SAYS, "DEAR CLIA, PLEASE

11:08AM   10     REFER TO THE FOLLOWING QC POLICIES."

11:08AM   11          AND IT'S FROM ADAM?

11:08AM   12     A.   YES.

11:08AM   13     Q.   AND WHEN YOU WOULD RECEIVE SOMETHING LIKE THIS, IS IT FAIR

11:08AM   14     TO SAY THAT YOU WOULD READ IT?

11:08AM   15     A.   YES.

11:08AM   16     Q.   AND DO YOUR BEST TO FOLLOW THE DIRECTION?

11:08AM   17     A.   YES.

11:08AM   18     Q.   AND IF YOU GO TO THE NEXT PAGE, AT THIS POINT HE DIDN'T

11:08AM   19     SIGN IT.

11:08AM   20          DO YOU SEE THAT?

11:08AM   21     A.   UH-HUH, YES.

11:08AM   22     Q.   BUT HE SENT IT BY EMAIL; RIGHT?

11:08AM   23     A.   CORRECT.

11:08AM   24     Q.   AND I ASSUME IF HE SENT IT BY EMAIL AND SAID PLEASE REFER

11:08AM   25     TO THE QC POLICY, YOU WOULD TREAT THAT AS SOMETHING THAT YOU

11:08AM 1    NEEDED TO PAY ATTENTION TO WHETHER OR NOT IT WAS SIGNED; IS

11:08AM 2    THAT RIGHT?

11:08AM 3    A.   YES.

11:08AM 4    Q.   OKAY.  AND IF YOU GO TO THE NEXT PAGE, DO YOU SEE THAT

11:08AM 5    THERE'S A -- AT THE TOP IT SAYS QUALITY CONTROL POLICIES, AND

11:08AM 6    THEN IT HAS DAILY QC, AND THEN IT HAS CONTINUOUS QC.

11:08AM 7        DO YOU SEE THAT?

11:08AM 8    A.   YES.

11:08AM 9    Q.   OKAY.  AND WE'VE TALKED, AND I THINK YOU'VE TALKED ABOUT

11:09AM 10   ON DIRECT THIS DAILY QC THAT WAS RUN?

11:09AM 11   A.   YES.

11:09AM 12   Q.   AND THAT WAS EVERY MACHINE, EVERY ASSAY, EVERY DAY,

11:09AM 13   RUNNING QUALITY CONTROL TO MAKE SURE IT WAS SUITABLE FOR

11:09AM 14   PATIENT TESTING; RIGHT?

11:09AM 15   A.   CORRECT.

11:09AM 16   Q.   AND THEN THERE WAS -- ARE YOU AWARE THAT THERE WAS ANOTHER

11:09AM 17   LAYER OF QUALITY CONTROL CALLED CONTINUOUS QC?

11:09AM 18   A.   CORRECT.

11:09AM 19   Q.   AND THAT WAS LOOKING AT TRENDS OVER TIME; RIGHT?

11:09AM 20   A.   YES.

11:09AM 21   Q.   AND IF WE WANTED TO LOOK AT THE TRENDS OVER TIME DATA FOR

11:09AM 22   QUALITY CONTROL, WE COULD REFER TO THE LABORATORY INFORMATION

11:09AM 23   SYSTEM?

11:09AM 24   A.   YES.

11:09AM 25   Q.   SO YOU WERE NOT INVOLVED WITH THE CONTINUOUS QC PROCESS?

11:09AM 1      A.   NOT ALL OF THE TIME, NO.

11:09AM 2      Q.   OKAY.  SO, FOR EXAMPLE, IF YOU LOOK AT SECTION 2.8, IT

11:09AM 3      TALKS ABOUT SOMETHING CALLED THE WESTGARD RULES?

11:09AM 4      A.   YES.

11:09AM 5      Q.   AND DO YOU UNDERSTAND THAT THAT'S A PARTICULAR SET OF

11:09AM 6      RULES INVENTED BY SOMEONE NAMED WESTGARD THAT GOVERN HOW LABS

11:09AM 7      ARE SUPPOSED TO LOOK AT CONTINUOUS QC?

11:09AM 8      A.   YES.

11:09AM 9      Q.   AND ARE YOU AN EXPERT IN WESTGARD RULES?

11:10AM 10     A.   NO.

11:10AM 11     Q.   AND WAS IT YOUR JOB TO IMPLEMENT WESTGARD RULES?

11:10AM 12     A.   SOMETIMES.

11:10AM 13     Q.   SOMETIMES.  SO YOU HAD SOME IDEA OF WHAT IT WAS?

11:10AM 14     A.   YES.

11:10AM 15     Q.   AND IT'S PART OF THE QC PROCESS TO LOOK AT THE DATA IN THE

11:10AM 16     TRENDS; CORRECT?

11:10AM 17     A.   YES.

11:10AM 18     Q.   AND IF THERE WAS SOME PROBLEM WITH THE WAY THE DATA

11:10AM 19     TRENDS, THAT WOULD ALSO BE A REASON WHY A DEVICE WOULD BE

11:10AM 20     DEEMED TO FAIL QC?

11:10AM 21     A.   YES.

11:10AM 22     Q.   AND IF YOU GO TO THE NEXT PAGE, DO YOU SEE THAT THERE'S AN

11:10AM 23     EDISON QC SECTION, AND THERE'S AN EDISON DAILY QC; RIGHT?

11:10AM 24     A.   CORRECT.

11:10AM 25     Q.   AND IF YOU GO TO SECTION 3.2.1 IN PARTICULAR, IT SAYS,

11:10AM  1    "RUN AT LEAST 2 AND PREFERABLY LEVELS.  ENSURE QC MATERIAL IS

11:10AM  2    NOT OUTDATED OR EXPIRED."

11:10AM  3         RIGHT?

11:10AM  4    A.   CORRECT.

11:10AM  5    Q.   AND THE LEVELS, THAT'S WHAT WE WERE REFERRING TO BEFORE,

11:10AM  6    THE LEVEL 1 AND LEVEL 2 QC THAT WE WERE TALKING ABOUT EARLIER

11:10AM  7    THIS MORNING?

11:10AM  8    A.   YES.

11:10AM  9    Q.   OKAY.  AND THEN IF YOU GO TO 3.2.3, MAYBE THAT HELPS

11:10AM 10    CLARIFY IT, IT SAYS, "IF QC FAILS (DEFINED AS A FAILURE OF ONE

11:11AM 11    OR MORE LEVELS) REPEAT QC."

11:11AM 12         RIGHT?

11:11AM 13    A.   CORRECT.

11:11AM 14    Q.   SO TO BE PASSING, IT HAS TO PASS BOTH LEVELS?

11:11AM 15    A.   YES.

11:11AM 16    Q.   AND IT SAYS, "IF QC STILL FAILS, WE RECALIBRATE

11:11AM 17    INSTRUMENTS."

11:11AM 18         DO YOU SEE THAT?

11:11AM 19    A.   YES.

11:11AM 20    Q.   AND BELOW THAT IT SAYS, "IF QC PASSES RUN PATIENT

11:11AM 21    SPECIMENS."

11:11AM 22    A.   CORRECT.

11:11AM 23    Q.   AND THEN "IF QC STILL FAILS AFTER RECALIBRATION, STOP AND

11:11AM 24    CONSULT THE THERANOS TECHNICAL SUPPORT"; CORRECT?

11:11AM 25    A.   YES.

11:11AM  1    Q.   AND THAT'S WHAT YOU DID WHEN YOU WERE AT THE LAB; RIGHT?

11:11AM  2    A.   YES.

11:11AM  3    Q.   AND LET'S TAKE A LOOK AT 1525.

11:11AM  4         THAT SHOULD BE IN THE SAME BINDER, MS. CHEUNG.

11:11AM  5    A.   YES.

11:11AM  6    Q.   OKAY.  AND IF WE GO TO THE BEGINNING OR THE EARLIEST EMAIL

11:11AM  7    IN TIME YOU SEE THERE'S AN EMAIL FROM YOU TO DR. ROSENDORFF,

11:12AM  8    JAMIE LIU, AND A COPY TO DR. PANDORI?

11:12AM  9    A.   ON WHICH PAGE IS THIS?

11:12AM 10    Q.   ON PAGE 4 OF THE EXHIBIT.  I'M SORRY.

11:12AM 11    A.   YES.

11:12AM 12    Q.   AND THAT'S DATED FEBRUARY 10TH, 2014?

11:12AM 13    A.   YES.

11:12AM 14    Q.   OKAY.  AND IF YOU LOOK AT IT, DON'T READ ANYTHING OUT LOUD

11:12AM 15    YET, BUT IF YOU GO TO PAGE 3, YOU SEE AT THE TOP OF PAGE 3 --

11:12AM 16    WELL, IT STARTS ON THE BOTTOM OF PAGE 2 AND GOES ON TO THE TOP

11:12AM 17    OF PAGE 3, THERE'S AN EMAIL FROM YOU TO DR. ROSENDORFF ABOUT

11:12AM 18    HOW YOU MIGHT BE ABLE TO DELETE CERTAIN DATA POINTS THAT CAN BE

11:12AM 19    DEEMED OUTLIERS.

11:12AM 20         DO YOU SEE THAT?

11:12AM 21    A.   YES.

11:12AM 22    Q.   OKAY.  THIS IS ABOUT THAT SAME ISSUE THAT WE HAVE BEEN

11:12AM 23    TALKING ABOUT AND YOU TALKED ABOUT ON DIRECT ABOUT THE DELETION

11:12AM 24    OF CERTAIN DATA POINTS CALLED OUTLIERS?

11:12AM 25    A.   CORRECT.

| | | |
|---|---|---|
| 11:12AM | 1 | Q.   RIGHT.  AND THEN ON PAGE 1 THE EMAIL GOES ON WITH A |
| 11:13AM | 2 | DISCUSSION BETWEEN DR. ROSENDORFF AND DR. PANDORI ABOUT THAT |
| 11:13AM | 3 | SAME ISSUE; CORRECT? |
| 11:13AM | 4 | A.   CAN YOU -- WHERE IS THAT LOCATED? |
| 11:13AM | 5 | Q.   OH, I'M SORRY.  IF YOU LOOK AT PAGE 1? |
| 11:13AM | 6 | A.   PAGE 1.  YES. |
| 11:13AM | 7 |          MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER |
| 11:13AM | 8 | EXHIBIT 1525. |
| 11:13AM | 9 |          MR. BOSTIC:  NO OBJECTION. |
| 11:13AM | 10 |          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:13AM | 11 |      (DEFENDANT'S EXHIBIT 1525 WAS RECEIVED IN EVIDENCE.) |
| 11:13AM | 12 | BY MR. COOPERSMITH: |
| 11:13AM | 13 | Q.   SO LET'S GO TO THAT EARLIEST EMAIL IN TIME.  AND THIS IS |
| 11:13AM | 14 | ONE OF THOSE OCCASIONS WHERE YOU ARE REPORTING THAT LEVEL 1 QC |
| 11:13AM | 15 | FOR TSH FAILED AGAIN YOU SAY; RIGHT? |
| 11:13AM | 16 | A.   YES. |
| 11:13AM | 17 | Q.   OKAY.  AND THAT WAS ONE OF TWO LEVELS, SO AS WE TALKED |
| 11:13AM | 18 | ABOUT BEFORE, SINCE IT FAILED ON LEVEL 1, IT WAS DEEMED NOT TO |
| 11:14AM | 19 | PASS AT ALL; RIGHT? |
| 11:14AM | 20 | A.   CORRECT. |
| 11:14AM | 21 | Q.   AND THEN BELOW -- ABOVE THAT DR. ROSENDORFF SAYS, "PLEASE |
| 11:14AM | 22 | EXCLUDE THE DATA .1511 RAW COUNT FROM INSTRUMENT E-000187 AND |
| 11:14AM | 23 | RECALC," OR RECALCULATION. |
| 11:14AM | 24 |      DO YOU SEE THAT? |
| 11:14AM | 25 | A.   CORRECT. |

11:14AM  1    Q.   AND THAT'S -- YOU FOLLOWED DR. ROSENDORFF'S DIRECTION?

11:14AM  2    A.   YES.

11:14AM  3    Q.   AND MR. BALWANI IS NOT ON THIS EMAIL, IS HE?

11:14AM  4    A.   CORRECT.

11:14AM  5    Q.   AND THEN IF YOU GO TO PAGE 3 THERE'S A DISCUSSION BETWEEN

11:14AM  6    YOU AND DR. ROSENDORFF ABOUT WHETHER OR NOT THE REAGENTS ARE

11:14AM  7    EXPIRED OR NOT.

11:14AM  8         DO YOU SEE THAT?

11:14AM  9    A.   YES.

11:14AM  10   Q.   AND BECAUSE ONE OF THE PROBLEMS THAT COULD ARISE IS IF A

11:14AM  11   REAGENT OR A CHEMICAL USED IN THE PROCESS COULD EXPIRE, THAT

11:14AM  12   COULD AFFECT THE RESULT; CORRECT?

11:14AM  13   A.   CORRECT.

11:14AM  14   Q.   SO YOU ALWAYS WANT TO MAKE SURE YOU HAVE UNEXPIRED

11:14AM  15   REAGENTS; RIGHT?

11:14AM  16   A.   CORRECT.

11:14AM  17   Q.   AND YOU WERE CHECKING DATA AND YOU DID; RIGHT?

11:14AM  18   A.   YES.

11:15AM  19   Q.   AND THE REAGENT LOOKED FINE; RIGHT?

11:15AM  20   A.   YES.

11:15AM  21   Q.   AND SO THEN YOU SAID ABOVE THAT AT THE VERY TOP, "USED A

11:15AM  22   NEW BSA BUFFER, STILL FAILED.  IF I DELETE TO POINT THAT COULD

11:15AM  23   POSSIBLY CONSIDERED OUTLIERS ON MY RERUN, THE QC WOULD PASS."

11:15AM  24   A.   YEAH.

11:15AM  25   Q.   SO YOU WERE TALKING ABOUT HOW MAYBE YOU COULD DELETE THE

11:15AM   1      OUTLIER; RIGHT?

11:15AM   2      A.   YES.

11:15AM   3      Q.   AND THEN DR. ROSENDORFF WRITES BACK TO YOU ON PAGE 2.  HE

11:15AM   4      SAYS, "HI ERIKA,

11:15AM   5           "YES WE CAN DELETE AS MANY AS 2 OF THE 6 DATA POINTS,

11:15AM   6      ADAM"?

11:15AM   7      A.   CORRECT.

11:15AM   8      Q.   AND MR. BALWANI IS NOT ON THE EMAIL, IS HE?

11:15AM   9      A.   CORRECT.

11:15AM   10     Q.   AND IT'S NOT HIM GIVING THE DIRECTION?

11:15AM   11     A.   CORRECT.

11:15AM   12     Q.   IT'S A MEDICAL DOCTOR?

11:15AM   13     A.   CORRECT.

11:15AM   14     Q.   AND THEN DR. PANDORI ASKS A QUESTION.

11:15AM   15          DO YOU SEE THAT?

11:15AM   16     A.   YES.

11:15AM   17     Q.   AND THEN ABOVE THAT DR. ROSENDORFF WRITES TO DR. PANDORI,

11:16AM   18     "THIS RULE WILL BE PART OF THE ALGORITHM WHEN THE EDISON 3.5

11:16AM   19     CALCULATIONS ARE AUTOMATED."

11:16AM   20          RIGHT?

11:16AM   21     A.   CORRECT.

11:16AM   22     Q.   AND THEN GOING TO THE FIRST PAGE, DR. PANDORI WRITES AT

11:16AM   23     THE BOTTOM, "SO IT IS OK FOR THE CLA TO DO THIS AUTOMATICALLY

11:16AM   24     UNTIL THEN, I ASSUME."

11:16AM   25          RIGHT?

11:16AM  1      A.   YES.

11:16AM  2      Q.   AND CLA WOULD BE CLINICAL LAB ASSOCIATE?

11:16AM  3      A.   YES.

11:16AM  4      Q.   SO THAT WOULD BE SOMEONE LIKE YOU?

11:16AM  5      A.   YES.

11:16AM  6      Q.   AND THEN ABOVE THAT YOU SEE DR. ROSENDORFF WRITES, "YES --

11:16AM  7      IT'S OK IF THEY DO IT -- THAT IS WHY WE ARE RUNNING 3

11:16AM  8      EDISONS -- TO GET ENOUGH DATA POINTS AND TO AVERAGE OUT

11:16AM  9      VARIABILITY."

11:16AM  10          RIGHT?

11:16AM  11     A.   YES.

11:16AM  12     Q.   AND THAT'S WHAT DR. ROSENDORFF SAID?

11:16AM  13     A.   YES.

11:16AM  14     Q.   AND MR. BALWANI IS NOT ON THAT EMAIL?

11:16AM  15     A.   YES.

11:16AM  16     Q.   AND DR. PANDORI'S RESPONSE IS "THANK YOU"?

11:16AM  17     A.   YES.

11:16AM  18     Q.   AND BASED ON YOUR TESTIMONY, IS IT FAIR TO SAY THAT YOU

11:17AM  19     DISAGREED WITH DR. ROSENDORFF ABOUT THIS?

11:17AM  20     A.   YES, BECAUSE WE DIDN'T HAVE AN SOP THAT ARTICULATED WHEN

11:17AM  21     WE GET RID OF OUTLIERS.

11:17AM  22     Q.   SO IS IT FAIR TO SAY THAT YOU DISAGREED WITH

11:17AM  23     DR. ROSENDORFF?

11:17AM  24     A.   YES.

11:17AM  25     Q.   OKAY.  IF YOU COULD TURN IN THE GOVERNMENT'S BINDER TO

11:17AM  1    EXHIBIT 1662.

11:17AM  2         OKAY.  LOOKING AT EXHIBIT 1662, THIS IS ANOTHER EXHIBIT

11:17AM  3    THAT YOU SAW ON DIRECT?

11:17AM  4    A.   YES.

11:17AM  5    Q.   AND THIS IS ALREADY PUBLISHED, YOUR HONOR.

11:18AM  6         MR. ALLEN, IF YOU COULD PUT THAT ON THE SCREEN.

11:18AM  7         IS IT FAIR TO SAY, MS. CHEUNG, THAT THIS IS AN EMAIL FROM

11:18AM  8    TYLER SHULTZ TO ELIZABETH HOLMES, AND THEN AT THE TOP IT'S

11:18AM  9    MS. HOLMES FORWARDING THAT EMAIL TO DR. YOUNG WITH A COPY TO

11:18AM  10   MR. BALWANI?

11:18AM  11   A.   YES.

11:18AM  12   Q.   RIGHT.  I BELIEVE YOU TESTIFIED THAT YOU WERE AWARE OF

11:18AM  13   MR. SHULTZ SENDING THIS EMAIL TO MS. HOLMES?

11:18AM  14   A.   YES.

11:18AM  15   Q.   AND THAT IT SORT OF LISTED VARIOUS ISSUES THAT MR. SHULTZ

11:18AM  16   HAD ABOUT SOME OF THE TESTING GOING ON AT THERANOS; CORRECT?

11:18AM  17   A.   YES.

11:18AM  18   Q.   AND SOME OF IT WAS LIKE STATISTICAL TYPE ISSUES; RIGHT?

11:18AM  19   A.   CORRECT.

11:18AM  20   Q.   AND YOU DISCUSSED THOSE ISSUES WITH MR. SHULTZ; RIGHT?

11:18AM  21   A.   YES.

11:18AM  22   Q.   AND THIS IS GEORGE SHULTZ'S GRANDSON; RIGHT?

11:18AM  23   A.   CORRECT.

11:18AM  24   Q.   RIGHT.  SO YOU KNOW THAT MR. SHULTZ, TYLER SHULTZ, HAD HAD

11:19AM  25   VARIOUS MEETINGS WITH DR. YOUNG TO TALK ABOUT THESE POINTS THAT

11:19AM   1      HE WAS CONCERNED ABOUT; RIGHT?

11:19AM   2      A.   CORRECT.

11:19AM   3      Q.   AND YOU KNOW THAT DR. YOUNG SPENT TIME WITH MR. SHULTZ

11:19AM   4      EXPLAINING, YOU KNOW, HIS VIEW OF THAT; RIGHT?

11:19AM   5      A.   CORRECT.

11:19AM   6      Q.   AND YOU UNDERSTAND THAT DR. YOUNG RESPONDED TO ALL OF

11:19AM   7      THESE POINTS AND HAD A DIFFERENT VIEW OF THE WORLD THAN

11:19AM   8      MR. SHULTZ DID?

11:19AM   9      A.   CORRECT.

11:19AM  10      Q.   AND THAT YOU DID; RIGHT?

11:19AM  11      A.   CORRECT.

11:19AM  12      Q.   AND THAT THE OUTCOME OF THIS PROCESS WAS A RESPONSE THAT

11:19AM  13      MR. SHULTZ GOT THAT SORT OF LISTED IN DETAIL ALL OF THE REASONS

11:19AM  14      WHY DR. YOUNG DISAGREED WITH MR. SHULTZ; RIGHT?

11:19AM  15      A.   CORRECT.

11:19AM  16      Q.   AND MR. BALWANI DISAGREED?

11:19AM  17      A.   CORRECT.

11:19AM  18      Q.   AND YOU SAW THAT, TOO; RIGHT?

11:19AM  19      A.   YES.

11:19AM  20      Q.   AND SO YOU DISAGREED WITH DR. YOUNG ABOUT HOW HE SAW THE

11:19AM  21      WORLD ABOUT THESE ISSUES THAT MR. SHULTZ WAS RAISING; CORRECT?

11:19AM  22      A.   YES.

11:19AM  23      Q.   OKAY.

11:19AM  24           YOUR HONOR, MAY I CONFER WITH MY TEAM?

11:19AM  25                THE COURT:  YES.

11:19AM   1        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

11:20AM   2            THE COURT:  FOLKS, I THINK WE'LL BREAK AT NOON.

11:20AM   3    WE'LL BREAK AT NOON.

11:20AM   4        WE'RE GOING TO FINISH OUR DAY AT 3:00 TODAY.  I DO WANT

11:20AM   5    YOU TO KNOW, TO KEEP US ON SCHEDULE, I MAY BE ASKING US TO GO

11:20AM   6    UNTIL 4:00 ON SOME DAYS, SO I WOULD GIVE YOU THAT NOTICE NOW

11:20AM   7    FOR YOUR PLANNING.  WE'LL TALK ABOUT THIS MAYBE TOMORROW OR

11:20AM   8    CERTAINLY NEXT WEEK.  SO I'LL GIVE YOU THIS NOTICE SO YOU CAN

11:20AM   9    FORECAST WITH THOSE, YOUR EMPLOYERS AND OTHERS, AND THEN WE'LL

11:20AM  10    TALK ABOUT IT.  BUT I THINK WE'LL HAVE TO GO UNTIL 4:00 ON OUR

11:20AM  11    DAYS.

11:20AM  12        YOU'LL LET ME KNOW, AND WE'LL HAVE A DISCUSSION ABOUT

11:20AM  13    THAT.  SO THANK YOU.

11:20AM  14            (PAUSE IN PROCEEDINGS.)

11:20AM  15            MR. COOPERSMITH:  THANK YOU, YOUR HONOR, FOR THE

11:20AM  16    COURT'S INDULGENCE.

11:21AM  17    Q.   JUST BRIEFLY, MS. CHEUNG.

11:21AM  18        SO THE EXHIBIT THAT WE WERE JUST LOOKING AT, 1662, WHERE

11:21AM  19    THIS -- THESE ISSUES WERE -- THESE ISSUES THAT MR. SHULTZ HAD

11:21AM  20    CONCERNS ABOUT AND THAT YOU HAD CONCERNS ABOUT, BY THE TIME

11:21AM  21    THAT MR. SHULTZ SENT THIS EMAIL TO MS. HOLMES, THESE ISSUES HAD

11:21AM  22    ALREADY BEEN AIRED WITH DR. YOUNG BEFORE MR. SHULTZ SENT HIS

11:21AM  23    EMAIL TO MS. HOLMES; RIGHT?  MS. HOLMES.

11:21AM  24    A.   CAN YOU REPEAT THAT.

11:21AM  25    Q.   SURE.  YEAH.

11:21AM   1          ON APRIL 11TH, 2014, THE DAY OF MR. SHULTZ'S EMAIL TO

11:21AM   2     MS. HOLMES --

11:21AM   3     A.   YES.

11:21AM   4     Q.   -- AND THEN THAT SAME DAY IT'S FORWARDED TO DR. YOUNG, BY

11:21AM   5     THAT TIME, BY APRIL 11TH, MR. SHULTZ, YOU'RE AWARE, HAD ALREADY

11:21AM   6     HAD THESE DISCUSSIONS WHICH WE WERE REFERRING TO WITH

11:21AM   7     DR. YOUNG; RIGHT?

11:21AM   8     A.   YES.

11:21AM   9     Q.   OKAY.  AND THEN AFTER THAT HE SENT THE EMAIL TO

11:21AM  10     MS. HOLMES?

11:21AM  11     A.   CORRECT.

11:21AM  12     Q.   AND THEN THERE WAS EVEN A FURTHER RESPONSE FROM DR. YOUNG

11:22AM  13     AND MR. BALWANI; RIGHT?

11:22AM  14     A.   YES.

11:22AM  15          MR. COOPERSMITH:  OKAY.  NO FURTHER QUESTIONS,

11:22AM  16     YOUR HONOR.

11:22AM  17          THE COURT:  REDIRECT?

11:22AM  18          MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

11:22AM  19          THE COURT:  YOU CAN STAND UP AND STRETCH FOR A

11:22AM  20     MOMENT IF YOU WOULD LIKE.

11:22AM  21          THE WITNESS:  I'M OKAY.

11:22AM  22          THE COURT:  OKAY.

11:22AM  23     ///

11:22AM  24     ///

11:22AM  25     ///

11:22AM  1                    **REDIRECT EXAMINATION**

11:22AM  2    BY MR. BOSTIC:

11:22AM  3    Q.   GOOD MORNING, MS. CHEUNG.

11:22AM  4    A.   GOOD MORNING.

11:22AM  5    Q.   I'D LIKE TO ASK YOU A FEW QUESTIONS FOLLOWING UP ON SOME

11:22AM  6    TOPICS THAT YOU'VE DISCUSSED WITH MR. COOPERSMITH OVER THE LAST

11:22AM  7    COUPLE OF DAYS.

11:22AM  8    A.   OKAY.

11:22AM  9    Q.   FIRST, MS. WACHS, COULD YOU PUT ON THE SCREEN

11:22AM 10    EXHIBIT 3741A, PLEASE.  THIS IS PREVIOUSLY ADMITTED.

11:23AM 11         DO YOU REMEMBER A DISCUSSION WITH MR. COOPERSMITH

11:23AM 12    REGARDING THE DIFFERENT TESTS OFFERED BY THERANOS?

11:23AM 13    A.   YES.

11:23AM 14    Q.   AND DO YOU RECALL THAT LAST WEEK MR. COOPERSMITH WAS GOING

11:23AM 15    THROUGH THIS LIST WITH YOU, AND I THINK HE MADE IT THROUGH THE

11:23AM 16    A'S, AND HE WAS IDENTIFYING TESTS THAT WERE PERFORMED ON, I

11:23AM 17    THINK HE CALLED IT, THERANOS TECHNOLOGY.

11:23AM 18         DO YOU RECALL THAT?

11:23AM 19    A.   YES.

11:23AM 20    Q.   TO BE CLEAR, THE TESTS THAT YOU AND MR. COOPERSMITH WERE

11:23AM 21    DISCUSSING THEN, WERE THEY PERFORMED ON THE THERANOS BUILT

11:23AM 22    ANALYZER, THE EDISON?

11:23AM 23    A.   NO.

11:23AM 24    Q.   WHAT EQUIPMENT AT THERANOS WAS USED TO RUN THOSE TESTS?

11:23AM 25    A.   ALL OF THE TESTS MENTIONED WERE RUN ON THE MODIFIED

11:23AM   1   SIEMENS ADVIA, WHICH WAS A COMMERCIALLY AVAILABLE MACHINE THAT

11:23AM   2   THERANOS HAD BUILT THESE T-CUPS IN ORDER TO RUN THOSE ASSAYS.

11:23AM   3   Q.   DO YOU HAVE AN UNDERSTANDING FROM YOUR EXPERIENCE WITH THE

11:24AM   4   EDISON DEVICE AS TO WHETHER THE EDISON WOULD HAVE BEEN CAPABLE

11:24AM   5   OF RUNNING THE ASSAYS THAT YOU WERE DISCUSSING THEN WITH

11:24AM   6   MR. COOPERSMITH?

11:24AM   7          MR. COOPERSMITH:  OBJECTION, YOUR HONOR.

11:24AM   8   FOUNDATION.

11:24AM   9          MR. BOSTIC:  THIS IS A YES OR NO QUESTION,

11:24AM  10   YOUR HONOR.

11:24AM  11          THE COURT:  CAN YOU ANSWER THAT YES OR NO?

11:24AM  12          THE WITNESS:  NO.

11:24AM  13   BY MR. BOSTIC:

11:24AM  14   Q.   DO YOU KNOW WHETHER THE EDISON THAT YOU OPERATED WAS

11:24AM  15   LIMITED TO A CERTAIN KIND OR KINDS OF ASSAYS?

11:24AM  16   A.   YES.

11:24AM  17   Q.   WHAT KIND OR KINDS OF ASSAYS WAS IT LIMITED TO?

11:24AM  18   A.   IT WAS LIMITED TO ELISA OR IMMUNOASSAYS.

11:24AM  19   Q.   WERE SOME OF THE ASSAYS THAT YOU DISCUSSED WITH

11:24AM  20   MR. COOPERSMITH, ASSAYS THAT FELL OUTSIDE OF THAT CATEGORY THAT

11:24AM  21   THE EDISON COULD DO?

11:24AM  22   A.   YES.

11:24AM  23   Q.   TODAY YOU HAD SOME FURTHER DISCUSSION WITH MR. COOPERSMITH

11:24AM  24   ABOUT SOME OTHER IMMUNOASSAYS ON THE THERANOS TEST MENU.

11:24AM  25          DO YOU RECALL THAT?

11:24AM  1       A.   YES.

11:24AM  2       Q.   IS IT STILL YOUR TESTIMONY THAT IN YOUR TIME AT THE

11:25AM  3       COMPANY, THE EDISON DEVICE WAS ONLY EVER USED FOR A MAXIMUM OF

11:25AM  4       12 TESTS?

11:25AM  5       A.   THAT IS CORRECT.

11:25AM  6       Q.   MR. COOPERSMITH ASKED YOU I GUESS A HYPOTHETICAL QUESTION

11:25AM  7       ABOUT WHETHER THERANOS COULD HAVE PUT MORE OF THOSE

11:25AM  8       IMMUNOASSAYS ON THE EDISON.

11:25AM  9            DO YOU RECALL THAT DISCUSSION?

11:25AM  10      A.   I DO RECALL.

11:25AM  11      Q.   DURING YOUR TIME AT THE COMPANY, THERE WAS RESEARCH AND

11:25AM  12      DEVELOPMENT WORK ONGOING; IS THAT RIGHT?

11:25AM  13      A.   THAT IS CORRECT.

11:25AM  14      Q.   WAS PART OF THE PURPOSE OF THAT ONGOING WORK TO TRY TO GET

11:25AM  15      MORE TESTS ONTO THE EDISON AS YOU UNDERSTOOD IT?

11:25AM  16      A.   YES.

11:25AM  17      Q.   DURING YOUR TIME AT THE COMPANY, DID THE COMPANY EVER

11:25AM  18      SUCCEED IN GETTING MORE THAN 12 TESTS UP AND RUNNING IN THE

11:25AM  19      CLINICAL LAB ON THE EDISON?

11:25AM  20              MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  602.

11:25AM  21              THE COURT:  OVERRULED.

11:25AM  22              MR. BOSTIC:  WOULD YOU LIKE THE QUESTION AGAIN?

11:26AM  23              THE COURT:  YES, WHY DON'T YOU REPEAT THE QUESTION.

11:26AM  24      BY MR. BOSTIC:

11:26AM  25      Q.   THE QUESTION WAS DURING YOUR TIME AT THE COMPANY, DID

11:26AM   1    THERANOS EVER SUCCEED IN GETTING MORE THAN 12 TESTS TO RUN ON

11:26AM   2    THE EDISON IN THE CLINICAL LAB?

11:26AM   3              MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  SAME

11:26AM   4    OBJECTION.

11:26AM   5              THE COURT:  UNDERSTOOD.  OVERRULED.

11:26AM   6              THE WITNESS:  NO.

11:26AM   7              MR. BOSTIC:  YOU CAN TAKE THAT DOWN.  THANK YOU,

11:26AM   8    MS. WACHS.

11:26AM   9    Q.   SPEAKING OF THE R&D WORK CONTINUING AT THERANOS, DO YOU

11:26AM   10   REMEMBER MR. COOPERSMITH ASKING YOU WHETHER YOU THOUGHT THERE

11:26AM   11   WAS ANYTHING WRONG WITH CONTINUING R&D WORK HAPPENING AT THE

11:26AM   12   COMPANY?

11:26AM   13   A.   YES, I REMEMBER.

11:26AM   14   Q.   AND YOU ANSWERED GENERALLY YOU DIDN'T THINK ANYTHING WAS

11:26AM   15   WRONG WITH THAT; RIGHT?

11:26AM   16   A.   IT'S NORMAL TO DO RESEARCH AND DEVELOPMENT WORK AT A

11:26AM   17   BIOTECH COMPANY.

11:26AM   18   Q.   MR. COOPERSMITH PROVIDED AN ANALOGY USING IPHONES.

11:26AM   19        DO YOU RECALL THAT?

11:26AM   20   A.   I DO RECALL THAT.

11:26AM   21   Q.   AND I THINK HIS ANALOGY WAS THAT WHEN ONE IPHONE IS

11:26AM   22   RELEASED, APPLE IS WORKING ON THE NEXT VERSION OF THAT DEVICE;

11:27AM   23   IS THAT CORRECT?

11:27AM   24   A.   THAT IS CORRECT.

11:27AM   25   Q.   AT THERANOS THERE WERE -- LET ME JUST ASK, WERE THERE SOME

11:27AM 1    VERSIONS OF THE EDISON THAT WERE OPERATIONAL AND OTHER VERSIONS

11:27AM 2    THAT WERE STILL IN DEVELOPMENT?

11:27AM 3    A.   CAN YOU REPEAT THAT ONE MORE TIME.

11:27AM 4    Q.   SURE.

11:27AM 5         DURING YOUR TIME AT THE COMPANY, WERE THERE SOME VERSIONS

11:27AM 6    OF THE EDISON THAT WERE OPERATIONAL IN THE CLINICAL LAB AND

11:27AM 7    OTHERS THAT WERE STILL IN DEVELOPMENT AND NOT YET READY?

11:27AM 8    A.   YES, THAT IS CORRECT.

11:27AM 9    Q.   CAN YOU REMIND US WHAT THAT BREAKDOWN WAS?

11:27AM 10   A.   SO THE ONES THAT WERE OPERATIONAL WERE THE 3.5'S AND

11:27AM 11   SOMETIMES THE 3.0'S, AND THE ONES THAT WERE IN DEVELOPMENT WERE

11:27AM 12   THE 4.0'S OR THE MINILAB.

11:27AM 13   Q.   SO THERANOS WAS WORKING ON THE 4.0 SERIES IN THE SAME WAY

11:27AM 14   THAT APPLE MIGHT BE WORKING ON THE NEXT VERSION OF THE IPHONE?

11:27AM 15   A.   CORRECT.

11:27AM 16   Q.   WAS THAT THE ONLY R&D WORK HAPPENING AT THERANOS AT THE

11:28AM 17   TIME?

11:28AM 18   A.   NO.  SO A LOT OF THE R&D WORK WAS ALSO WORKING ON THE

11:28AM 19   ALREADY OPERATIONAL DEVICE ON THE EDISON 3.5'S AS WELL.

11:28AM 20   Q.   SO THERE WAS CONTINUING R&D WORK EVEN AS TO THE DEVICE

11:28AM 21   THAT WAS ALREADY BEING USED FOR PATIENT TESTING?

11:28AM 22   A.   THAT IS CORRECT.

11:28AM 23   Q.   AND WHAT WAS THE PURPOSE OF THAT CONTINUING R&D WORK?

11:28AM 24   A.   IF YOU USED THE IPHONE EXAMPLE, IT'S AS IF YOU SHIPPED OUT

11:28AM 25   IPHONE 11'S AND THEY WERE BREAKING OR THEY WEREN'T WORKING

11:28AM 1    PROPERLY, SO YOU WERE CONSTANTLY TRYING TO FIX THEM AS YOU HAD

11:28AM 2    ALREADY SHIPPED THEM.

11:28AM 3        SO THE PURPOSE OF DOING THAT CONTINUING R&D WORK WAS TO

11:28AM 4    FIX THE PROBLEMS THAT WE HAD SEEN WITH THIS ALREADY OPERATIONAL

11:28AM 5    DEVICE IN ADDITION TO PUTTING UP INFRASTRUCTURE FOR THAT SET OF

11:28AM 6    12 ASSAYS THAT WE TALKED ABOUT TO ACTUALLY START RUNNING MORE

11:28AM 7    PATIENT SAMPLES ON THEM.

11:28AM 8    Q.  AND DURING YOUR TIME AT THE COMPANY, DID YOU EVER SEE THAT

11:29AM 9    CONTINUING WORK PRODUCED A SATISFYING PERMANENT SOLUTION TO THE

11:29AM 10   PROBLEMS THAT YOU WERE SEEING?

11:29AM 11            MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  602.

11:29AM 12            THE COURT:  THIS GOES TO HER PERSONAL KNOWLEDGE?

11:29AM 13            MR. BOSTIC:  YES, YOUR HONOR.

11:29AM 14            THE COURT:  IN YOUR PERSONAL KNOWLEDGE.  YOU CAN

11:29AM 15   ANSWER THE QUESTION.

11:29AM 16            THE WITNESS:  CAN YOU REPEAT THE QUESTION SO I'M

11:29AM 17   CLEAR.

11:29AM 18   BY MR. BOSTIC:

11:29AM 19   Q.  THE QUESTION WAS DURING YOUR TIME AT THE COMPANY, DID YOU

11:29AM 20   EVER SEE THAT CONTINUING R&D WORK PRODUCE A SATISFYING

11:29AM 21   PERMANENT SOLUTION AS YOU UNDERSTOOD IT FOR THE PROBLEMS THAT

11:29AM 22   YOU WERE SEEING?

11:29AM 23   A.  FOR THE PROBLEMS THAT I WAS SEEING, IT WAS ALMOST ALWAYS

11:29AM 24   THAT WE WERE CONTINUOUSLY MITIGATING OR FIXING THE PROBLEMS

11:29AM 25   ONGOING, AND THERE WAS NO PERMANENT SOLUTION.

CHEUNG REDIRECT BY MR. BOSTIC

11:29AM 1      THERE WAS JUST A CHRONIC STATE OF PROBLEMS THAT WE HAD

11:29AM 2   EXPERIENCED WITH THE EDISON 3.5 DEVICES, WHICH WERE

11:29AM 3   OPERATIONAL.

11:29AM 4   Q.   MS. WACHS, CAN WE PROJECT EXHIBIT 1431.

11:30AM 5      MS. CHEUNG, DO YOU RECALL SOME DISCUSSION WITH

11:30AM 6   MR. COOPERSMITH ABOUT THERANOS'S TREATMENT OF OUTLIERS?

11:30AM 7   A.   CORRECT.

11:30AM 8   Q.   IN THIS EMAIL CHAIN --

11:30AM 9      LET'S SEE.  MS. WACHS, LET'S LOOK AT PAGE 2, AND LET'S

11:30AM 10  ZOOM IN ON THE MIDDLE OF THE PAGE.

11:30AM 11     MS. CHEUNG, DO YOU REMEMBER THIS MENTION OF A BELIEF THAT

11:30AM 12  AN ALGORITHM FOR OUTLIER REMOVAL HAS BEEN INCORPORATED INTO

11:30AM 13  NORMANDY SOFTWARE?

11:30AM 14  A.   YES.

11:30AM 15  Q.   AND LET'S COMPARE THAT TO PAGE 1, PLEASE.  AGAIN, ZOOM IN

11:31AM 16  ON THE MIDDLE OF THE PAGE.

11:31AM 17     THIS MESSAGE SAYS, "AT THIS TIME OUR OUTLIER REMOVAL

11:31AM 18  PROCEDURE IS MANUAL."

11:31AM 19     DO YOU SEE THAT?

11:31AM 20  A.   YES.

11:31AM 21  Q.   AND DURING YOUR TIME AT THE COMPANY, WHICH OF THESE TWO

11:31AM 22  DID YOU PERSONALLY OBSERVE?  DID YOU SEE OUTLIERS BEING HANDLED

11:31AM 23  AUTOMATICALLY AS PART OF AN ALGORITHM OR DID YOU SEE THEM BEING

11:31AM 24  HANDLED MANUALLY?

11:31AM 25  A.   THE MAJORITY OF THE TIME I WAS THERE IT WAS MANUAL, AND AT

11:31AM   1    THE TAIL END IT WAS AUTOMATED AT ONE POINT.

11:31AM   2    Q.   AND WHEN YOU SAY THEY WERE HANDLED MANUALLY, CAN YOU

11:31AM   3    DESCRIBE WHAT THAT MEANS?

11:31AM   4    A.   SO IN TERMS OF OUTLIER REMOVAL PROCESS -- SO SOMETIMES

11:31AM   5    OUTLIER REMOVAL IS A NORMAL PROCESS, AND AS WE HAD SHOWN THERE,

11:31AM   6    IT'S LIKE IF SOMEONE TRIPS, YOU KNOW, SOMETIMES YOU'LL TAKE OUT

11:31AM   7    THAT DATA.

11:31AM   8        BUT THERE ARE OTHER OCCURRENCES IN THE CASE OF THERANOS

11:31AM   9    WHERE IT WAS SORT OF LEFT AT THE DISCRETION OF ANYONE WHO WAS

11:31AM  10    WORKING WITH THE DATA TO JUST REMOVE WHATEVER DATA POINTS COULD

11:32AM  11    GIVE US THE BEST RESULTS IF THE QC'S -- TO GET THE QC'S TO PASS

11:32AM  12    IN MOST CASES.

11:32AM  13        SO IT COULD BE A CLA, A CLINICAL LAB ASSOCIATE, IT WOULD

11:32AM  14    BE ONE OF THE R&D PEOPLE.  THERE WASN'T REALLY A CLEAR

11:32AM  15    STRUCTURE OR A CLEAR UNDERSTANDING OF WHAT WAS CONSIDERED AN

11:32AM  16    OUTLIER VERSUS WHAT WAS CONSIDERED JUST A NORMAL DATA POINT.

11:32AM  17        SO IT WAS REALLY LEFT AT THE DISCRETION OF WHOEVER

11:32AM  18    HAPPENED TO BE HANDLING THE DATA.

11:32AM  19    Q.   SPEAKING OF THESE OUTLIER PROCESSES AGAIN, DO YOU RECALL

11:32AM  20    LOOKING AT AN EXHIBIT TITLED OR NUMBERED 20451 WITH

11:32AM  21    MR. COOPERSMITH?  IT WAS WHEN HE HANDED UP A PACKET ON ITS OWN,

11:32AM  22    NOT IN ONE OF THE BINDERS.

11:32AM  23    A.   CAN YOU REPEAT THE NUMBER.

11:32AM  24    Q.   YES.  20451?

11:32AM  25    A.   YES.

11:32AM  1    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

11:32AM  2    A.   I DO.

11:32AM  3    Q.   AND DO YOU REMEMBER MR. COOPERSMITH ASKED YOU TO LOOK AT

11:33AM  4    PAGE 14 OF THAT DOCUMENT?

11:33AM  5    A.   YES.

11:33AM  6    Q.   HE IDENTIFIED IT AS THE CAP PROFICIENCY TESTING MANUAL; IS

11:33AM  7    THAT CORRECT?

11:33AM  8    A.   THAT IS CORRECT.

11:33AM  9    Q.   AND HE REFERRED YOU TO A SECTION ON THAT PAGE THAT

11:33AM 10    MENTIONS OUTLIERS; IS THAT CORRECT?

11:33AM 11    A.   THAT IS CORRECT.

11:33AM 12    Q.   I'LL ASK YOU TO TAKE A MINUTE TO REVIEW THAT PARAGRAPH.

11:33AM 13    AND THEN MY QUESTION FOR YOU IS DOES THAT DESCRIBE THE PROCESS

11:33AM 14    THAT THERANOS USED?

11:33AM 15    A.   THIS --

11:33AM 16         MR. COOPERSMITH:  HOLD ON A SECOND.  OBJECTION.

11:33AM 17    RULE 702.

11:33AM 18         THE COURT:  ARE YOU ASKING THIS WITNESS, ARE YOU

11:33AM 19    ASKING THIS WITNESS THE PRACTICE THAT SHE ENGAGED IN AS AN

11:33AM 20    EMPLOYEE AT HER JOB?

11:33AM 21         MR. BOSTIC:  EXACTLY, YOUR HONOR.

11:33AM 22    I'M ASKING HER WHETHER WHAT SHE OBSERVED HAPPENING AT

11:33AM 23    THERANOS IS THE SAME THAT WAS DESCRIBED IN THE DOCUMENT THAT

11:33AM 24    THE DEFENSE DISCUSSED.

11:33AM 25         MR. COOPERSMITH:  YOUR HONOR, SHE TESTIFIED THAT SHE

11:34AM  1    HAD NO AWARENESS OF THE COLLEGE OF AMERICAN PATHOLOGISTS OR

11:34AM  2    THEIR DOCUMENT AND HAS NO AWARENESS OF THIS PROCESS.

11:34AM  3         SO WE'RE JUST, I THINK, MAKING THIS UP AS WE GO ALONG.

11:34AM  4    SHE'S NEVER SEEN THIS BEFORE.  SHE'S NOT -- IT'S A 702 ISSUE.

11:34AM  5              THE COURT:  WELL, SHE'S NOT BEING CALLED TO TESTIFY

11:34AM  6    AS AN EXPERT ON THIS?

11:34AM  7              MR. BOSTIC:  CORRECT.

11:34AM  8              THE COURT:  RIGHT.

11:34AM  9              MR. BOSTIC:  I'M JUST ASKING HER TO READ THE WORDS.

11:34AM 10              THE COURT:  RIGHT.  OBJECTION IS OVERRULED.

11:34AM 11         SO YOU'RE NOT TO READ WHAT -- OUT LOUD, BUT JUST READ THIS

11:34AM 12    TO YOURSELF, AND THEN MR. BOSTIC WILL ASK YOU ANOTHER QUESTION.

11:34AM 13              THE WITNESS:  OKAY.

11:34AM 14              MR. COOPERSMITH:  YOUR HONOR, IF SHE'S GOING TO READ

11:34AM 15    THE DOCUMENT AND ANSWER QUESTIONS ABOUT THE TEXT, I THINK WE

11:34AM 16    OUGHT TO JUST ADMIT THE DOCUMENT AT THAT POINT.

11:34AM 17              THE COURT:  ARE YOU SEEKING ADMISSION OF THE

11:34AM 18    DOCUMENT?

11:34AM 19              MR. BOSTIC:  I AM NOT AT THIS TIME, YOUR HONOR.

11:34AM 20              THE COURT:  OKAY.

11:34AM 21              THE WITNESS:  CAN YOU REPEAT THE QUESTION ONE MORE

11:34AM 22    TIME?

11:34AM 23    BY MR. BOSTIC:

11:34AM 24    Q.   YES.  THE QUESTION WAS IS THE -- DOES THE DESCRIPTION IN

11:34AM 25    THE MANUAL REGARDING OUTLIER DETECTION, DOES THAT MATCH WHAT

11:35AM  1    YOU OBSERVED HAPPENING AT THERANOS?

11:35AM  2    A.    NO, NO, IT DOESN'T MATCH.

11:35AM  3    Q.    DO YOU RECALL A DISCUSSION WITH MR. COOPERSMITH ABOUT THE

11:35AM  4    PROFICIENCY TESTING EXPERIMENT THAT WAS RUN IN FEBRUARY OF

11:35AM  5    2014?

11:35AM  6    A.    CORRECT.

11:35AM  7    Q.    AND DO YOU RECALL LOOKING AT EMAILS WITH HIM THAT MENTION

11:35AM  8    AN SOP OR SOP'S THAT WEREN'T FOLLOWED IN CONNECTION WITH THAT

11:35AM  9    PROFICIENCY TESTING EXPERIMENT?

11:35AM  10   A.    THAT IS CORRECT.

11:35AM  11   Q.    CAN YOU REMIND US HOW LONG YOU HAD BEEN AT THE COMPANY

11:35AM  12   WHEN THAT PROFICIENCY TESTING TOOK PLACE?

11:35AM  13   A.    I HAD BEEN AT THE COMPANY -- WHEN THE PROFICIENCY TESTING

11:35AM  14   WITH NEW YORK OR THE INTERNAL PROFICIENCY TESTING?

11:35AM  15   Q.    THE NEW YORK SAMPLES IN FEBRUARY OF 2014.

11:35AM  16   A.    IN FEBRUARY?  FIVE MONTHS.

11:36AM  17   Q.    AND IN ORDER TO DO YOUR JOB AT THE COMPANY, DID YOU NEED

11:36AM  18   TO BE FAMILIAR WITH THE REGULATIONS AND ALL OF THE INTERNAL

11:36AM  19   SOP'S THAT GOVERNED, FOR EXAMPLE, ALTERNATIVE ASSESSMENT

11:36AM  20   PROFICIENCY?

11:36AM  21   A.    NO, THAT WASN'T MY ROLE.

11:36AM  22   Q.    DID YOUR SUPERIORS HAVE TO BE FAMILIAR WITH THOSE

11:36AM  23   REGULATIONS AND PROCEDURES?

11:36AM  24   A.    YES.

11:36AM  25   Q.    FOCUSSING SPECIFICALLY ON THAT FEBRUARY 2014 TEST, AND

11:36AM   1    THAT'S THE TEST WHERE WE LOOKED AT THE DATA; CORRECT?

11:36AM   2    A.   CORRECT.

11:36AM   3    Q.   AND FOCUSSING SPECIFICALLY ON THAT TEST, DID YOUR

11:36AM   4    SUPERIORS IN THE LAB SUPPORT THAT TEST BEING RUN AT THERANOS?

11:36AM   5              MR. COOPERSMITH:  OBJECTION.  HEARSAY.

11:36AM   6              THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION

11:36AM   7    UNLESS YOU REPHRASE THE QUESTION.

11:36AM   8    BY MR. BOSTIC:

11:36AM   9    Q.   MS. CHEUNG, LET ME ASK IT THIS WAY, THE TEST THAT WE'RE

11:36AM  10    TALKING ABOUT RUN IN FEBRUARY OF 2014, WAS IT YOUR IDEA TO

11:37AM  11    PERFORM THAT EXPERIMENT AT THERANOS?

11:37AM  12    A.   NO.

11:37AM  13    Q.   WHO DIRECTED -- WELL, WERE YOU INVOLVED IN PERFORMING THAT

11:37AM  14    EXPERIMENT?

11:37AM  15    A.   YES.

11:37AM  16    Q.   WHO DIRECTED YOU TO PERFORM THAT EXPERIMENT AT THERANOS?

11:37AM  17    A.   THE -- IT WAS THE LAB DIRECTOR, AND THE MEDICAL DIRECTOR,

11:37AM  18    AND THE EXECUTIVE STAFF.

11:37AM  19    Q.   AND SO WHO ARE WE TALKING ABOUT SPECIFICALLY?

11:37AM  20    A.   MARK PANDORI AND ADAM ROSENDORFF.

11:37AM  21    Q.   THEY ARE THE ONES WHO WERE REQUESTING THAT YOU PERFORM

11:37AM  22    THAT EXPERIMENT?

11:37AM  23    A.   YES.

11:37AM  24              MR. COOPERSMITH:  YOUR HONOR, THAT LAST ANSWER I'M

11:37AM  25    MOVING TO STRIKE ON A HEARSAY BASIS.

11:37AM  1                    THE COURT:  OVERRULED.

11:37AM  2       BY MR. BOSTIC:

11:37AM  3       Q.   WHEN THIS HAPPENED, THIS WAS NOT AT THE END OF YOUR TIME

11:37AM  4       AT THE COMPANY; IS THAT CORRECT?

11:37AM  5       A.   THAT IS CORRECT.

11:37AM  6       Q.   AND THROUGHOUT YOUR ADDITIONAL TIME AT THE COMPANY, DID

11:37AM  7       YOU EVER BECOME MORE COMFORTABLE WITH THERANOS'S DELETION OF

11:38AM  8       OUTLIERS FROM THE TESTING DATA?

11:38AM  9       A.   NO.

11:38AM  10      Q.   I'D LIKE TO TALK ABOUT PROFICIENCY TESTING A LITTLE BIT.

11:38AM  11           DO YOU RECALL DISCUSSING THAT TOPIC WITH MR. COOPERSMITH?

11:38AM  12      A.   YES.

11:38AM  13      Q.   AND HE ASKED YOU TO LOOK AT EXHIBIT 7603BB.

11:38AM  14           DO YOU RECALL THAT?

11:38AM  15      A.   YES.  IS THAT IN THE --

11:38AM  16      Q.   I'LL GIVE YOU A SECOND TO TURN TO IT.

11:38AM  17      A.   IS IT 7603DD?

11:38AM  18      Q.   BB AS IN BOY.

11:38AM  19      A.   OKAY.

11:38AM  20      Q.   MS. WACHS, CAN WE PUT UP EXHIBIT 1548, PLEASE, AND THE

11:38AM  21      EXCEL CHART THAT IS ALREADY ADMITTED.

11:39AM  22           MS. CHEUNG, DO YOU SEE ON THE SCREEN IN FRONT OF YOU THE

11:39AM  23      DATA FROM THE PROFICIENCY TESTING EXPERIMENT AT THERANOS?

11:39AM  24      A.   YES.

11:39AM  25      Q.   AND THEN LOOKING AT DEFENSE EXHIBIT 7603BB, DO YOU RECALL

11:39AM   1    DISCUSSING WITH MR. COOPERSMITH SOME GUIDELINES OR MARGINS THAT

11:39AM   2    THE REGULATION PROVIDES FOR DIFFERENT KINDS OF TESTS?

11:39AM   3    A.   YES.

11:39AM   4    Q.   AND YOU TESTIFIED ON CROSS THAT THE SPECIFIC TESTS IN THE

11:39AM   5    REGULATION ARE GENERAL CHEMISTRY AS OPPOSED TO IMMUNOASSAYS; IS

11:39AM   6    THAT RIGHT?

11:39AM   7    A.   THAT IS CORRECT.

11:39AM   8    Q.   CAN YOU EXPLAIN WHY THAT MATTERS?

11:39AM   9    A.   THAT MATTERS BECAUSE THESE RANGES ARE GENERATED FOR A

11:39AM   10   DIFFERENT SUBSET OF TESTS, SO THEY HAVE NO RELATION TO THE

11:39AM   11   DIFFERENT TYPE OF PROFICIENCY TESTING THAT WE'RE RUNNING HERE

11:39AM   12   FOR THE IMMUNOASSAYS.

11:39AM   13             MR. COOPERSMITH:  YOUR HONOR, MOVE TO STRIKE UNDER

11:39AM   14   702.

11:39AM   15             THE COURT:  IS THIS RELATED TO HER -- MAYBE YOU CAN

11:39AM   16   LAY A FOUNDATION FOR THAT, PLEASE.

11:39AM   17             MR. BOSTIC:  SURE.

11:40AM   18   Q.   MS. CHEUNG, ARE YOU AWARE THAT -- WELL, LET ME ASK, THE

11:40AM   19   MARGINS, THE ALLOWABLE MARGINS SET BY THE REGULATIONS, ARE THEY

11:40AM   20   SPECIFIC TO EACH INDIVIDUAL ASSAY LISTED?

11:40AM   21             MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  602, 702.

11:40AM   22             THE COURT:  WELL, ARE YOU ASKING IS THIS WHAT SHE

11:40AM   23   WAS TRAINED?

11:40AM   24             MR. BOSTIC:  I THINK IT'S APPARENT FROM THE

11:40AM   25   DOCUMENT, YOUR HONOR.

11:40AM  1              THE COURT:  RIGHT.  RIGHT.  WHY DON'T YOU LAY THAT

11:40AM  2     FOUNDATION.

11:40AM  3     BY MR. BOSTIC:

11:40AM  4     Q.   MS. CHEUNG, AT THERANOS, DID YOU GAIN AN UNDERSTANDING AS

11:40AM  5     TO WHETHER THE REGULATIONS IMPOSED SPECIFIC MARGINS OF

11:40AM  6     ALLOWABLE ERROR FOR EACH SPECIFIC TEST?

11:40AM  7     A.   YES.

11:40AM  8     Q.   AND WHAT DID YOU COME TO UNDERSTAND FROM YOUR WORK AT

11:40AM  9     THERANOS?

11:40AM  10             MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

11:40AM  11             THE COURT:  OVERRULED.

11:40AM  12             THE WITNESS:  THAT -- CAN YOU REPEAT THAT QUESTION?

11:40AM  13    BY MR. BOSTIC:

11:40AM  14    Q.   SURE.

11:40AM  15         THE QUESTION WAS WHAT DID YOU LEARN AT THERANOS ABOUT

11:40AM  16    WHETHER THE REGULATIONS IMPOSED SPECIFIC MARGINS FOR SPECIFIC

11:41AM  17    TESTS?

11:41AM  18    A.   SO FOR SPECIFIC TESTS, THERE WAS A MARGIN THAT WE HAD TO

11:41AM  19    BE IN OR A STANDARD DEVIATION OF THE ACTUAL AMOUNT FOR SPECIFIC

11:41AM  20    TYPES OF TESTS.

11:41AM  21    Q.   AND IF WE'RE LOOKING AT THE FOUR TESTS THAT WERE INVOLVED

11:41AM  22    IN THE FEBRUARY 2014 EXPERIMENT --

11:41AM  23    A.   YES.

11:41AM  24    Q.   -- ARE ANY OF THOSE FOUR TESTS COVERED BY THE REGULATION

11:41AM  25    THAT MR. COOPERSMITH DISCUSSED WITH YOU?

CHEUNG REDIRECT BY MR. BOSTIC

11:41AM 1    A.   NO.

11:41AM 2    Q.   EVEN SO, LOOKING AT THE MARGINS OF ALLOWABLE ERROR IN THAT

11:41AM 3    REGULATION, DO YOU RECALL DISCUSSING WITH MR. COOPERSMITH THAT

11:41AM 4    SOME OF THEM ALLOWED FOR DISCREPANCIES, EXCUSE ME, OF UP TO

11:41AM 5    30 PERCENT?

11:41AM 6    A.   CORRECT.

11:41AM 7    Q.   I'LL ASK YOU AGAIN TO LOOK AT THE RESULTS FROM THE TESTS

11:41AM 8    OF THE THERANOS TECHNOLOGY IN FEBRUARY OF 2014.

11:41AM 9         AND MY QUESTION IS, ARE YOU SEEING DISCREPANCY

11:42AM 10   SIGNIFICANTLY GREATER THAN 30 PERCENT IN THOSE RESULTS?

11:42AM 11   A.   YES, YES.

11:42AM 12   Q.   ALL RIGHT.  CAN YOU HIGHLIGHT SOME OF THOSE FOR US.

11:42AM 13   A.   SOME OF THEM ARE HIGHLIGHTED IN LIKE NY E09 ON F, THE

11:42AM 14   MAJORITY OF THE VITAMIN D SAMPLES.

11:42AM 15        ANOTHER EXAMPLE IS NY TM269 ON COLUMN H.

11:42AM 16   Q.   SO IF WE LOOK AT, FOR EXAMPLE, THE VITAMIN D RESULTS, AND

11:42AM 17   WE SEE IN F4 THERE'S A RECOVERY THERE OF 373 PERCENT.

11:42AM 18        DO YOU SEE THAT?

11:42AM 19   A.   YES.

11:42AM 20   Q.   IN ANYWHERE IN THE REGULATION THAT MR. COOPERSMITH SHOWED

11:42AM 21   YOU, IS THERE AN ASSAY WHERE YOU CAN STILL PASS PROFICIENCY

11:42AM 22   TESTING WHILE STILL BEING 2- OR 300 PERCENT OFF OF THE TARGET?

11:43AM 23   A.   NO.

11:43AM 24   Q.   YOU MENTIONED ALSO IN YOUR CONVERSATION WITH

11:43AM 25   MR. COOPERSMITH THAT THERE WAS A LATER INTERNAL PROFICIENCY

11:43AM   1    TESTING ROUND AT THERANOS; IS THAT RIGHT?

11:43AM   2    A.   THAT IS CORRECT.

11:43AM   3    Q.   AND YOU TESTIFIED THAT AS A RESULT OF THAT ROUND, TWO OF

11:43AM   4    THE ASSAYS INVOLVED FAILED AND HAD TO BE TAKEN OUT OF USE; IS

11:43AM   5    THAT RIGHT?

11:43AM   6    A.   THAT IS CORRECT.

11:43AM   7    Q.   DO YOU RECALL WHICH TWO ASSAYS THOSE WERE?

11:43AM   8    A.   I -- ONE WAS FT4 AND THE OTHER I DON'T REMEMBER AT THIS

11:43AM   9    TIME.

11:43AM   10   Q.   DO YOU RECALL LEARNING OF THAT RESULT DURING YOUR TIME AT

11:43AM   11   THERANOS?

11:43AM   12   A.   YES.

11:43AM   13   Q.   AND WERE YOU SURPRISED BY THOSE FAILURES OF THE PT

11:43AM   14   TESTING?

11:43AM   15   A.   NO.

11:43AM   16   Q.   WHY NOT?

11:43AM   17   A.   BECAUSE --

11:43AM   18            MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  RELEVANCE.

11:44AM   19   401.

11:44AM   20            THE COURT:  THIS IS BASED ON HER WORK AGAIN?

11:44AM   21            MR. BOSTIC:  YES, YOUR HONOR.

11:44AM   22            THE COURT:  YOU CAN ANSWER THE QUESTION BASED ON

11:44AM   23   YOUR WORK.

11:44AM   24            THE WITNESS:  SO BASED ON MY WORK AT THERANOS, I

11:44AM   25   WASN'T SURPRISED BY THE RESULTS BECAUSE IT WAS FAIRLY

11:44AM 1   CONSISTENT WITH WHAT WE WERE SEEING IN TERMS OF THE FAILURES OF

11:44AM 2   THE QUALITY CONTROLS, A LOT OF THE EXPERIMENTAL STUDIES THAT WE

11:44AM 3   WERE DOING, THAT IN ACTION WHEN WE WERE RUNNING THESE SAMPLES

11:44AM 4   AND THESE TESTS THAT WE FREQUENTLY SAW THAT THERE WERE GREAT

11:44AM 5   DEVIATIONS BETWEEN WHAT WAS EXPECTED AND WHAT WAS ACTUALLY

11:44AM 6   GENERATED.

11:44AM 7        SO IT DIDN'T SURPRISE ME THAT WHEN WE HAD DONE THE

11:44AM 8   PROFICIENCY TESTING BASED ON THE ALTERNATIVE ASSESSMENT, OR THE

11:44AM 9   SOP THAT WE JUST WENT THROUGH WITH MR. COOPERSMITH, THAT THESE

11:44AM 10  WERE NOT FUNCTIONING TO THE STANDARD IN WHICH THERANOS SET FOR

11:44AM 11  ITSELF.

11:44AM 12  BY MR. BOSTIC:

11:44AM 13  Q.   MR. COOPERSMITH ASKED YOU A QUESTION ABOUT THE ACCURACY OF

11:44AM 14  PATIENT RESULTS.

11:44AM 15       DO YOU RECALL THAT QUESTION?

11:44AM 16  A.   YES.

11:44AM 17  Q.   HE ASKED YOU SOMETHING LIKE ARE YOU AWARE OF ANY RESULTS

11:45AM 18  THAT ACTUALLY WENT OUT TO PATIENTS THAT ARE INACCURATE?

11:45AM 19  A.   CORRECT.

11:45AM 20  Q.   AND I THINK YOU TESTIFIED THAT YOU WERE NOT AWARE OF ANY

11:45AM 21  SPECIFIC RESULTS THAT WERE INACCURATE; IS THAT RIGHT?

11:45AM 22  A.   OH.  YES.

11:45AM 23  Q.   AND I JUST WANT TO MAKE IT CLEAR, IS THAT YOUR TESTIMONY

11:45AM 24  TODAY?

11:45AM 25  A.   YES.

11:45AM  1      THERE IS, IN RETROSPECT, ONE OF THEM THAT I KNOW WE MADE A

11:45AM  2   MISTAKE ON, WHICH IS THE THANKSGIVING SAMPLE.

11:45AM  3   Q.   OKAY.  CAN YOU DESCRIBE THE CIRCUMSTANCES OF THAT ONE?

11:45AM  4   A.   SO THE THANKSGIVING SAMPLE WAS ESSENTIALLY WE WERE HAVING

11:45AM  5   A BUNCH OF QUALITY CONTROL FAILURES, AND WE DISCUSSED IT IN THE

11:45AM  6   TESTIMONY, WITH NORMANDY.

11:45AM  7      ESSENTIALLY I REPORTED TO NORMANDY 911 THAT THERE WERE

11:45AM  8   ISSUES WITH THE QUALITY CONTROLS PASSING.

11:45AM  9      BUT WHAT WE HAD FOUND OUT IS ACTUALLY THAT THERE WERE

11:45AM 10   EXPIRED REAGENTS, AND THE QUALITY CONTROLS HAD CONSISTENTLY

11:45AM 11   FAILED FOR WEEKS ON END AFTER THAT PARTICULAR SAMPLE.

11:46AM 12      SO THERE WAS THE INSTANCE THAT WE HAD KNOWN THAT THERE

11:46AM 13   WERE ERRORS EFFECTIVELY HAPPENING IN THE LABORATORY, WHETHER IT

11:46AM 14   WAS I NEEDED TO BE RETRAINED, WHETHER IT WAS REAGENTS, THERE

11:46AM 15   WERE NUMEROUS ERRORS, BUT THEY STILL HAD GIVEN THE PATIENT THAT

11:46AM 16   SAMPLE DESPITE US KNOWING INTERNALLY THAT WE HAD ALL OF THESE

11:46AM 17   ISSUES.

11:46AM 18   Q.   WHEN IT COMES TO QUALITY CONTROL TESTS, CAN YOU JUST

11:46AM 19   SUMMARIZE FOR US HOW YOU WERE ABLE TO TELL WHETHER THE THERANOS

11:46AM 20   MACHINE IS PRODUCING THE CORRECT RESULT OR NOT?

11:46AM 21   A.   WHETHER THERANOS IS PRODUCING THE CORRECT RESULTS OR NOT?

11:46AM 22   Q.   YES, FOR A QUALITY CONTROL TEST?

11:46AM 23   A.   FOR A QUALITY CONTROL?

11:46AM 24      SO WE SET -- ESSENTIALLY FOR THE QUALITY CONTROL WE KNOW

11:46AM 25   WHAT THE CONCENTRATION IS AND BASED ON IMPLEMENTING OR

11:46AM 1    INSERTING THE DATA THAT WE GENERATE FROM RUNNING THE

11:46AM 2    EXPERIMENT, THERANOS WILL GENERATE A PASS OR A FAIL INDICATION

11:46AM 3    TO LET US KNOW AS CLINICAL LAB SCIENTISTS WHETHER IT PASSES OR

11:46AM 4    IT FAILS.

11:47AM 5        SO IT'S JUST BASICALLY IF THE ACTUAL RAN RESULT DOESN'T

11:47AM 6    COME WITHIN THAT STANDARD DEVIATION RANGE, IT WILL, IT WILL

11:47AM 7    FAIL.  SO THAT'S HOW WE GENERATE THE QUALITY CONTROL

11:47AM 8    INFORMATION.

11:47AM 9    Q.   SO, IN OTHER WORDS, YOU CAN CHECK THE ACCURACY OF THE

11:47AM 10   ANSWER BECAUSE YOU ALREADY KNOW WHAT THE RIGHT ANSWER IS?

11:47AM 11   A.   THAT IS CORRECT.

11:47AM 12   Q.   CAN YOU DO THAT SAME THING WITH A PATIENT TEST?

11:47AM 13   A.   NO.

11:47AM 14   Q.   AS PART OF YOUR JOB AT THERANOS, WERE YOU RESPONSIBLE IN

11:47AM 15   ANY WAY FOR INTERFACING WITH PATIENTS OR DOCTORS WHO MIGHT HAVE

11:47AM 16   HAD CONCERNS ABOUT THE ACCURACY OF THERANOS'S TESTS?

11:47AM 17   A.   NO.

11:47AM 18   Q.   SO IN ANSWERING MR. COOPERSMITH'S QUESTION, YOU WOULDN'T

11:47AM 19   BE ABLE TO DRAW FROM ANY KNOWLEDGE FROM THAT; IS THAT CORRECT?

11:47AM 20   A.   THAT IS CORRECT.

11:47AM 21   Q.   DURING YOUR TIME AT THERANOS, WERE YOU CONFIDENT IN THE

11:47AM 22   ACCURACY OF THE RESULTS THAT WERE BEING SENT OUT TO PATIENTS?

11:47AM 23   A.   NO.

11:48AM 24   Q.   WHY NOT?

11:48AM 25   A.   JUST BECAUSE EVERY TIME WE WOULD RUN AN EXPERIMENT WHERE

11:48AM  1    WE KNEW THE CONCENTRATION OF WHAT THE EDISON -- WE KNEW THE

11:48AM  2    CONCENTRATION OF WHATEVER THE TEST THAT WE WERE SEARCHING,

11:48AM  3    WHETHER IT WAS VITAMIN D OR PSA, THERE WAS MAJOR VARIABILITY,

11:48AM  4    WHETHER THAT WAS FROM OUR IN-HOUSE SAMPLES OR THE SAMPLES WE

11:48AM  5    GENERATED AND COMPARING IT TO THE IMMULITE AND COMPARING IT TO

11:48AM  6    THE EDISONS, WHETHER IT WAS THE QUALITY CONTROLS AND THE FACT

11:48AM  7    THAT THEY WERE FAILING ALL OF THE TIME, WHICH IS VERY

11:48AM  8    SUGGESTIVE THAT, SURE, THEY MAY HAVE PASSED SOMETIMES BUT MAYBE

11:48AM  9    THAT WAS JUST NOISE.  IT WASN'T EVEN THE CASE THAT IT WAS A

11:48AM  10   REAL ACTUAL RESULT.

11:48AM  11        FROM ALL OF THOSE, LIKE, A HUGE ACCUMULATION OF EVIDENCE

11:48AM  12   BASED ON WHAT WE WERE ACTIVELY DOING IN THE CLINICAL LAB, IT

11:48AM  13   WAS REALLY SUGGESTIVE TO ME THAT THESE EDISON DEVICES

11:48AM  14   SPECIFICALLY WERE NOT PRODUCING VERY RELIABLE OR ACCURATE

11:48AM  15   RESULTS.

11:48AM  16   Q.   MR. COOPERSMITH ASKED YOU ABOUT WHETHER YOU WERE AWARE

11:49AM  17   THAT ALL LABS HAD SOME LEVEL OF ERROR.

11:49AM  18        DO YOU RECALL THAT QUESTION?

11:49AM  19   A.   I RECALL THAT.

11:49AM  20   Q.   AND I THINK HE SAID, AND YOU AGREED, THAT ANY HUMAN

11:49AM  21   ENDEAVOR, I THINK HE SAID, WILL NECESSARILY INVOLVE SOME ERROR;

11:49AM  22   IS THAT RIGHT?

11:49AM  23   A.   THAT IS CORRECT.

11:49AM  24   Q.   AND WERE YOU AWARE OF THAT WHEN YOU WERE WORKING AT

11:49AM  25   THERANOS?

11:49AM  1    A.   I WAS AWARE OF THAT.

11:49AM  2    Q.   AND WAS THAT KNOWLEDGE ANY COMFORT TO YOU WHEN YOU WERE

11:49AM  3    CONCERNED ABOUT THE ACCURACY OF THE RESULTS THAT THERANOS WAS

11:49AM  4    PUTTING OUT?

11:49AM  5    A.   NO.

11:49AM  6    Q.   MR. COOPERSMITH ASKED YOU SOME QUESTIONS ABOUT THERANOS

11:49AM  7    LABORATORY INFORMATION SYSTEM.

11:49AM  8         DO YOU RECALL THAT?

11:49AM  9    A.   YES.

11:49AM  10   Q.   AND HE ASKED YOU WHETHER IT WAS A COMPREHENSIVE TROVE OF

11:49AM  11   INFORMATION TESTS; IS THAT RIGHT?

11:49AM  12   A.   THAT'S RIGHT.

11:49AM  13   Q.   AND YOU TESTIFIED ON CROSS ABOUT SOME CATEGORIES OF

11:49AM  14   INFORMATION THAT WEREN'T IN THE LIS OR WEREN'T CONSISTENTLY IN

11:49AM  15   THE LIS?

11:50AM  16   A.   CORRECT.

11:50AM  17   Q.   CAN YOU EXPLAIN THAT?

11:50AM  18   A.   SO THE LIS SYSTEM GOT IMPLEMENTED LATER ON, LIKE AFTER I

11:50AM  19   HAD BEEN WORKING THERE FOR A WHILE.

11:50AM  20        SO THE MAJORITY OF THE INFORMATION THAT WAS INPUTTED THERE

11:50AM  21   WAS JUST THE PATIENT RESULTS, BUT WE HAD NUMEROUS SPREADSHEETS

11:50AM  22   THAT WOULD ESSENTIALLY HAVE THE QUALITY CONTROL INFORMATION,

11:50AM  23   SOMETIMES EVEN THE PATIENT RESULTS, SO WHETHER IT GOT INSERTED

11:50AM  24   INTO THE LIS SYSTEM I CAN'T BE CERTAIN.  I'M NOT TOO SURE.

11:50AM  25        BUT IT WAS JUST BECAUSE THINGS WERE SO MANUALLY DONE, IT

11:50AM  1    WAS HARD TO SAY WHAT WAS PUT IN THERE AND WHAT WASN'T.

11:50AM  2        THE ONLY THING WE KNEW FOR CERTAIN WAS THE PATIENT RESULT

11:50AM  3    IN THE CLS, WHO ESSENTIALLY SENT OUT THAT PATIENT RESULT,

11:50AM  4    BECAUSE WE HAD TO PUT THAT IN THERE IN ORDER TO SEND OFF THE

11:50AM  5    INFORMATION TO THE PATIENT.

11:50AM  6    Q.   WE TALKED A MINUTE AGO ABOUT HOW TO IDENTIFY OR THE EASE

11:51AM  7    OR DIFFICULTY OF IDENTIFYING AN INACCURATE PATIENT RESULT.

11:51AM  8        DO YOU RECALL THAT?

11:51AM  9    A.   YES.

11:51AM 10    Q.   DID THE LIS DATABASE CONTAIN INDICATORS OF WHAT PATIENT

11:51AM 11    RESULTS WERE ACCURATE AND WHICH WERE INACCURATE?

11:51AM 12    A.   NO.

11:51AM 13    Q.   WOULD THAT HAVE BEEN POSSIBLE GIVEN THE FORMAT OF THE LIS

11:51AM 14    AND THE INFORMATION AVAILABLE?

11:51AM 15            MR. COOPERSMITH:  OBJECTION.  SORRY.  OBJECTION.

11:51AM 16    602.

11:51AM 17            THE COURT:  CALLS FOR HER PERSONAL KNOWLEDGE.

11:51AM 18            MR. BOSTIC:  YES, YOUR HONOR.

11:51AM 19            THE COURT:  REPHRASE THE QUESTION WITH THAT.

11:51AM 20    BY MR. BOSTIC:

11:51AM 21    Q.   BASED ON YOUR EXPERIENCE AND KNOWLEDGE OF WHAT THE LIS

11:51AM 22    CONTAINED, WOULD IT HAVE BEEN POSSIBLE FOR THE LIS TO INDICATE

11:51AM 23    FOR EACH PATIENT RESULT WHETHER IT WAS ACCURATE OR INACCURATE?

11:51AM 24    A.   NO.

11:51AM 25    Q.   MR. COOPERSMITH ASKED YOU FOR YOUR OPINIONS ABOUT A COUPLE

CHEUNG REDIRECT BY MR. BOSTIC

11:51AM   1    OF YOUR COWORKERS.

11:51AM   2        DO YOU REMEMBER THAT?

11:51AM   3    A.   YES.

11:51AM   4    Q.   I THINK IN PARTICULAR HE ASKED YOU ABOUT WHETHER YOU

11:52AM   5    RESPECTED SOME OF THEM OR HELD THEM IN HIGH REGARD; IS THAT

11:52AM   6    RIGHT?

11:52AM   7    A.   THAT IS CORRECT.

11:52AM   8    Q.   AND GENERALLY SPEAKING, THERE WERE PEOPLE AT THERANOS THAT

11:52AM   9    YOU ADMIRED AND WORKED WELL WITH; IS THAT RIGHT?

11:52AM   10   A.   THAT IS CORRECT.

11:52AM   11   Q.   AT ONE POINT MR. COOPERSMITH ASKED YOU, I THINK IT WAS AS

11:52AM   12   TO DR. SIVARAMAN --

11:52AM   13   A.   YES.

11:52AM   14   Q.   -- WHETHER YOU BELIEVED THAT DR. SIVARAMAN WAS INVOLVED IN

11:52AM   15   SOMETHING FRAUDULENT.

11:52AM   16        DO YOU RECALL THAT QUESTION?

11:52AM   17   A.   I DO RECALL THAT QUESTION.

11:52AM   18   Q.   I THINK YOUR ANSWER WAS NO?

11:52AM   19   A.   YES.

11:52AM   20   Q.   MR. BALWANI'S LAWYER, THOUGH, DIDN'T ASK YOU ABOUT THAT

11:52AM   21   SAME QUESTION AND WHETHER YOU BELIEVED THAT FOR THE ACTUAL

11:52AM   22   DEFENDANTS IN THIS CASE, MR. BALWANI OR MS. HOLMES; ISN'T THAT

11:52AM   23   RIGHT?

11:52AM   24   A.   THAT'S CORRECT.

11:52AM   25   Q.   YOU ALSO DISCUSSED WITH MR. BALWANI THE OBLIGATIONS THAT

11:52AM   1    YOU WERE UNDER AS PART OF YOUR EMPLOYMENT AGREEMENT WITH

11:52AM   2    THERANOS.

11:52AM   3         DO YOU REMEMBER THAT?

11:52AM   4    A.   YES.

11:52AM   5    Q.   AND IN PARTICULAR HE HIGHLIGHTED THE OBLIGATIONS THAT YOU

11:52AM   6    WERE UNDER NOT TO SHARE CONFIDENTIAL COMPANY INFORMATION WITH

11:52AM   7    THOSE OUTSIDE OF THE COMPANY; ISN'T THAT RIGHT?

11:52AM   8    A.   THAT IS CORRECT.

11:52AM   9    Q.   DID YOU UNDERSTAND THOSE OBLIGATIONS?

11:52AM  10    A.   I DID.

11:53AM  11    Q.   WERE YOU AWARE OF THOSE OBLIGATIONS WHEN YOU MADE THE

11:53AM  12    DECISIONS TO SPEAK TO A REPORTER ABOUT THERANOS AND TO REPORT

11:53AM  13    THERANOS ACTIVITIES TO THE AUTHORITIES?

11:53AM  14              MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  BEYOND THE

11:53AM  15    SCOPE.

11:53AM  16              THE COURT:  OVERRULED.

11:53AM  17    BY MR. BOSTIC:

11:53AM  18    Q.   WOULD YOU LIKE THE QUESTION AGAIN?

11:53AM  19    A.   YES, I WAS AWARE.

11:53AM  20    Q.   THE QUESTION WAS, WERE YOU AWARE OF THOSE OBLIGATIONS WHEN

11:53AM  21    YOU DECIDED FIRST TO SPEAK TO A REPORTER ABOUT THERANOS AND

11:53AM  22    THEN TO GO TO AUTHORITIES ABOUT THERANOS?

11:53AM  23    A.   YES.

11:53AM  24    Q.   SO MY QUESTION THEN IS WHY DID YOU MAKE THOSE DECISIONS?

11:53AM  25         WHY DID YOU DECIDE TO SPEAK ABOUT WHAT YOU HAD SEEN AT

11:53AM 1    THERANOS KNOWING ABOUT THOSE LEGAL OBLIGATIONS?

11:53AM 2           MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  401.  403.

11:53AM 3           THE COURT:  MR. BOSTIC.

11:53AM 4           MR. BOSTIC:  I THINK THE DEFENSE HAS OPENED THE DOOR

11:53AM 5    TO THIS.  THEY HAVE ASKED HER ABOUT THOSE OBLIGATIONS.  I THINK

11:53AM 6    SHE SHOULD BE ENTITLED TO EXPLAIN WHY SHE DID WHAT SHE DID.

11:54AM 7           THE COURT:  I'LL OVERRULE THE OBJECTION.

11:54AM 8      YOU CAN ANSWER THE QUESTION.

11:54AM 9           THE WITNESS:  I CAN ANSWER THE QUESTION?

11:54AM 10     SO CAN YOU JUST REPEAT IT FOR ME.

11:54AM 11   BY MR. BOSTIC:

11:54AM 12   Q.  YES.  THE QUESTION WAS SINCE YOU KNEW ABOUT THOSE

11:54AM 13   OBLIGATIONS UNDER YOUR AGREEMENT, WHY DID YOU DECIDE TO REVEAL

11:54AM 14   INFORMATION ABOUT WHAT YOU HAD SEEN AT THERANOS TO THE PRESS

11:54AM 15   AND TO THE AUTHORITIES?

11:54AM 16          MR. COOPERSMITH:  SAME OBJECTION.

11:54AM 17          THE WITNESS:  SO I DECIDED TO REPORT TO THE MEDIA

11:54AM 18   AND TO REGULATORS BECAUSE I FELT IT WAS IMPORTANT IN THAT

11:54AM 19   THERANOS HAD GONE TO EXTREME LENGTHS TO HIDE THE FACT THAT

11:54AM 20   THERE WERE DEFICIENCIES IN THE PATIENT PROCESSING LAB THAT WERE

11:54AM 21   OCCURRING WHILE PEOPLE WERE ACTIVELY PROCESSING PATIENT

11:54AM 22   SAMPLES.  IT WAS REALLY TO JUST NOTIFY PEOPLE ABOUT THE TRUTH

11:54AM 23   OF WHAT WAS OCCURRING AND WHAT WAS HAPPENING.

11:54AM 24       AND THERE WAS EVEN SOME ASPECT, IN TERMS OF PULLING IN THE

11:54AM 25   REGULATORS, FOR THEM TO REALIZE MAYBE I WAS WRONG, MAYBE THERE

11:54AM  1    WAS SOMETHING THAT I WASN'T SEEING.  SO AT LEAST PEOPLE WHO HAD

11:55AM  2    THE QUALIFICATIONS COULD UNDERSTAND THE TRUTH OF WHAT WAS GOING

11:55AM  3    ON, BECAUSE BASED ON MY EXPERIENCE WORKING FOR THE COMPANY, WE

11:55AM  4    HAD DONE A LOT TO DECEIVE REGULATORS ON WHAT WE WERE ACTUALLY

11:55AM  5    USING TO TEST ON PATIENTS, WHAT THE STANDARDS WE WERE ENGAGED

11:55AM  6    IN IN TERMS OF PATIENT PROCESSING, AND I JUST FELT THAT DESPITE

11:55AM  7    THE RISK AND DESPITE THE FACT THAT I KNEW THAT THERE COULD BE

11:55AM  8    CONSEQUENCES FOR THE FACT THAT I HAD SPOKE FORWARD, THAT PEOPLE

11:55AM  9    JUST REALLY NEEDED TO SEE THE TRUTH OF WHAT WAS HAPPENING

11:55AM  10   BEHIND CLOSED DOORS.

11:55AM  11   Q.   THANK YOU, MS. CHEUNG.

11:55AM  12        NO FURTHER QUESTIONS.

11:55AM  13            THE COURT:  RECROSS?

11:55AM  14                    **RECROSS-EXAMINATION**

11:55AM  15   BY MR. COOPERSMITH:

11:56AM  16   Q.   MS. CHEUNG, I THINK WE'RE AT THE TAIL END HERE, RECROSS.

11:56AM  17        SO I JUST WANT TO FOLLOW UP ON A FEW THINGS THAT

11:56AM  18   MR. BOSTIC ASKED YOU ABOUT IF THAT'S OKAY.

11:56AM  19   A.   OKAY.

11:56AM  20   Q.   SO, FIRST OF ALL, WE HAVE THIS ANALOGY GOING ABOUT

11:56AM  21   IPHONES, RIGHT?

11:56AM  22        AND YOU SAID THAT -- WE'RE USING THE ANALOGY TO TALK ABOUT

11:56AM  23   HOW A COMPANY COULD BE SELLING A PRODUCT, SUCH AS AN IPHONE 11,

11:56AM  24   BUT WORKING ON ADDITIONAL PRODUCTS; RIGHT?

11:56AM  25   A.   CORRECT.

11:56AM  1    Q.   AND I THINK YOU SAID, WHEN MR. BOSTIC WAS JUST ASKING YOU

11:56AM  2    QUESTIONS, THAT YOU THOUGHT IT WOULD BE LIKE THE IPHONES WERE

11:56AM  3    SHIPPED AND THEY'RE STILL TRYING TO FIX THE IPHONES THAT WERE

11:56AM  4    SHIPPED; RIGHT?

11:56AM  5    A.   YES.

11:56AM  6    Q.   BUT DO YOU UNDERSTAND THAT FOR APPLE, USING THE ANALOGY,

11:57AM  7    THE PRODUCT THAT THEY ARE SELLING IS ACTUALLY THE IPHONE;

11:57AM  8    RIGHT?

11:57AM  9    A.   YES.

11:57AM  10   Q.   AND THAT FOR THERANOS, THE PRODUCT THEY'RE SELLING IS NOT

11:57AM  11   THE BLOOD TESTING DEVICE, IT'S ACTUALLY THE BLOOD TEST AND

11:57AM  12   RESULT; RIGHT?

11:57AM  13   A.   THE PATIENT PROCESSING, IS THAT WHAT YOU'RE ASKING?

11:57AM  14   Q.   IN OTHER WORDS, WHAT PEOPLE WANT FROM THERANOS, IS THEY'RE

11:57AM  15   NOT BUYING THE EDISON DEVICE, RIGHT, THEY'RE BUYING THE RESULT

11:57AM  16   IF THEY'RE BUYING ANYTHING AT ALL; RIGHT?

11:57AM  17   A.   YES.

11:57AM  18   Q.   SO THE PRODUCT AT THERANOS IS NOT THE DEVICE, IT'S THE

11:57AM  19   RESULT OF THE TEST; RIGHT?

11:57AM  20   A.   I THINK AT THERANOS, BECAUSE IT'S EMERGING TECHNOLOGY,

11:57AM  21   ISN'T IT A BIT OF BOTH?

11:57AM  22   Q.   BOTH?  WELL, LET'S JUST TAKE IT A LITTLE BIT -- ONE STEP

11:57AM  23   AT A TIME.

11:57AM  24        SO IF THERANOS RUNS A BLOOD TEST ON WHATEVER TECHNOLOGY

11:57AM  25   IT'S USING --

11:57AM  1      A.   UH-HUH.

11:57AM  2      Q.   -- AND THEN RELEASES THE RESULT TO A PATIENT OR DOCTOR,

11:57AM  3      THAT'S WHAT THE PATIENT OR DOCTOR IS INTERESTED IN; RIGHT?

11:58AM  4              MR. BOSTIC:   CALLS FOR SPECULATION.

11:58AM  5              THE COURT:   OVERRULED.   YOU CAN ANSWER THE QUESTION.

11:58AM  6              THE WITNESS:   CAN YOU REPEAT THE QUESTION.

11:58AM  7      BY MR. COOPERSMITH:

11:58AM  8      Q.   SURE.

11:58AM  9           WELL, LET'S TAKE IT FROM THE PERSPECTIVE OF A PATIENT.

11:58AM  10     THE PATIENT GOES AND GETS A BLOOD TEST, AND THE SAMPLE IS TAKEN

11:58AM  11     AND SENT TO A LAB, THE SAMPLE IS RUN ON WHATEVER TECHNOLOGY,

11:58AM  12     AND THE RESULT IS OBTAINED, THE RESULT IS SENT TO THE PATIENT

11:58AM  13     OR THE DOCTOR.

11:58AM  14          AT THAT POINT THAT'S WHAT THE -- THAT'S WHAT THEY WANTED,

11:58AM  15     RIGHT?   THEY WANTED TO KNOW THE RESULT OF THE BLOOD TEST?

11:58AM  16     A.   I THINK THERE ARE TWO THINGS THAT THE PATIENT WANTED.

11:58AM  17     THEY WANTED THE FINGERSTICK USUALLY AND ALSO THE PATIENT

11:58AM  18     RESULT.

11:58AM  19     Q.   RIGHT.   BUT THEY WANTED -- ULTIMATELY THEY WANTED TO KNOW

11:58AM  20     WHAT THEIR BLOOD, YOU KNOW, TEST RESULT WAS; RIGHT?

11:58AM  21     A.   CORRECT.

11:58AM  22     Q.   SO THE ACTUAL THING THAT THEY'RE GETTING IS THE RESULT.

11:58AM  23     THEY'RE NOT GETTING AN EDISON MACHINE SHIPPED TO THEIR HOUSE OR

11:58AM  24     THEIR OFFICE; RIGHT?

11:58AM  25     A.   NO.

CHEUNG RECROSS BY MR. COOPERSMITH

11:58AM 1    Q.   AND WITH THE APPLE -- WITH AN IPHONE YOU'RE ACTUALLY

11:59AM 2    GETTING THE PHYSICAL IPHONE; RIGHT?

11:59AM 3    A.   YES.

11:59AM 4    Q.   SO IF IPHONE -- IF APPLE IN THEIR FACTORY HAD A QUALITY

11:59AM 5    CONTROL PROCESS AND THEY WERE MANUFACTURING IPHONES, AND, YOU

11:59AM 6    KNOW, EVERY ONCE IN A WHILE THEY FIND AN IPHONE THAT DOESN'T

11:59AM 7    WORK, IT WASN'T MANUFACTURED CORRECTLY, THEY TEST IT AND IT

11:59AM 8    DOESN'T WORK, AS YOU UNDERSTAND THE WAY THE WORLD WORKS, THEY

11:59AM 9    WOULD TRY NOT TO SELL THAT IPHONE; RIGHT?

11:59AM 10   A.   CORRECT.

11:59AM 11   Q.   EVERY ONCE IN A WHILE ONE GETS THROUGH ANYWAY; RIGHT?

11:59AM 12   A.   YES.

11:59AM 13   Q.   BUT IN THIS CASE USING AN ANALOGY, WHEN THERANOS GETS A

11:59AM 14   QUALITY CONTROL RESULT THAT DOESN'T PASS QUALITY CONTROL, THE

11:59AM 15   PROTOCOL AT THERANOS IS NOT TO RELEASE THE TEST?

11:59AM 16   A.   CORRECT.

11:59AM 17   Q.   RIGHT.

11:59AM 18        JUST LIKE AT APPLE, IF AN APPLE IPHONE FAILED A QUALITY

11:59AM 19   CONTROL PROCEDURE WITHIN THEIR MANUFACTURING PROCESS, THE

11:59AM 20   PROTOCOL YOU WOULD EXPECT, RIGHT, WOULD BE NOT TO SHIP THAT

11:59AM 21   IPHONE?

11:59AM 22   A.   CORRECT.

11:59AM 23   Q.   AND SOMETIMES THEY DO BY ACCIDENT; RIGHT?

12:00PM 24   A.   CORRECT.

12:00PM 25   Q.   OKAY.  SO YOU TALKED ABOUT AN EXAMPLE, I THINK YOU CALLED

12:00PM   1    IT THE THANKSGIVING SAMPLES; RIGHT?

12:00PM   2    A.   RIGHT.

12:00PM   3    Q.   AND YOU THINK THERE WAS AN ISSUE OF SOME RESULTS MIGHT

12:00PM   4    HAVE BEEN RELEASED BUT THERE WERE EXPIRED REAGENTS?

12:00PM   5    A.   YES.

12:00PM   6    Q.   AND THE ISSUE WASN'T, AS I UNDERSTAND IT FROM YOUR

12:00PM   7    TESTIMONY, IT WAS NOT THE ACTUAL WORKING OF THE DEVICE, IT WAS

12:00PM   8    THAT UNFORTUNATELY THERE WAS A PROBLEM WITH USING AN EXPIRED

12:00PM   9    REAGENT; RIGHT?

12:00PM   10   A.   IT COULD HAVE BEEN ALL OF THOSE FACTORS.

12:00PM   11   Q.   BUT YOUR TESTIMONY JUST A FEW MINUTES AGO WAS IT WAS ABOUT

12:00PM   12   AN EXPIRED REAGENT?

12:00PM   13   A.   YES, IT WAS --

12:00PM   14   Q.   AND WHOEVER IS RUNNING THE SAMPLE, IS SUPPOSED TO CHECK

12:00PM   15   THE REAGENT PACKAGING TO MAKE SURE IT'S NOT EXPIRING; RIGHT?

12:00PM   16   A.   CORRECT.

12:00PM   17   Q.   AND SO IF THAT'S HAPPENING, THAT SOUNDS LIKE HUMAN ERROR;

12:00PM   18   IS THAT FAIR?

12:00PM   19   A.   THAT'S FAIR.

12:00PM   20   Q.   OKAY.  AND THE JOB OF DECIDING WHO TO -- WHEN TO RELEASE

12:00PM   21   RESULTS OR WHEN IT IS APPROPRIATE TO RELEASE RESULTS OR NOT,

12:01PM   22   THAT'S THE DECISION OF SOMEONE LIKE A CLS OR EVEN A LAB

12:01PM   23   DIRECTOR; RIGHT?

12:01PM   24   A.   YES.

12:01PM   25   Q.   AND IF THEY RELEASED RESULTS THAT SHE SHOULDN'T HAVE, THAT

12:01PM  1    WOULD BE A MISTAKE THAT THEY MADE; RIGHT?

12:01PM  2    A.   CORRECT.

12:01PM  3    Q.   AND MORE HUMAN ERROR; RIGHT?

12:01PM  4    A.   YES.

12:01PM  5    Q.   OKAY.  LET'S TALK ABOUT LIS FOR A MINUTE BECAUSE

12:01PM  6    MR. BOSTIC MENTIONED THAT.

12:01PM  7         SO YOU'RE NOT -- YOU DIDN'T DEVELOP THE LIS; RIGHT?

12:01PM  8    A.   NO.

12:01PM  9    Q.   AND SOMETIMES YOU USED IT?

12:01PM 10    A.   YES.

12:01PM 11    Q.   AND SOMETIMES YOU HAD OCCASION TO LOOK AT IT TO FIND

12:01PM 12    RESULTS OR THINGS LIKE THAT?

12:01PM 13    A.   CORRECT.

12:01PM 14    Q.   OKAY.  BUT YOU DON'T HAVE EXPERTISE IN ALL OF THE WORKINGS

12:01PM 15    AND FEATURES OF THE LIS, DO YOU?

12:01PM 16    A.   NO.

12:01PM 17    Q.   AND SO WITH RESPECT TO LIS, YOU DO KNOW, THOUGH, THAT

12:01PM 18    THERE WERE PATIENT RESULTS STORED IN THERE?

12:01PM 19    A.   YES.

12:01PM 20    Q.   AND YOU DO KNOW THAT THERE WERE QUALITY CONTROL RESULTS?

12:01PM 21    A.   YES.

12:01PM 22    Q.   AND IF YOU WANTED TO LOOK AT THE TREND OF VITAMIN D

12:02PM 23    RESULTS FOR PATIENTS OVER A THREE MONTH PERIOD, YOU COULD HAVE

12:02PM 24    GOTTEN THAT FROM LIS; RIGHT?

12:02PM 25    A.   YES.

12:02PM   1    Q.   AND IF YOU WANTED TO KNOW ALL OF THE VITAMIN D TESTS THAT

12:02PM   2    WERE TAKEN THE SAME DAY AS ANOTHER SAMPLE, YOU COULD ALSO TRY

12:02PM   3    TO FIND THAT IN LIS; RIGHT?

12:02PM   4    A.   COULD YOU REPEAT THAT.

12:02PM   5    Q.   IF YOU WANTED TO KNOW -- IF A PARTICULAR PATIENT GOT A

12:02PM   6    VITAMIN D TEST OR ANY TEST ON A PARTICULAR DAY, AND YOU WANTED

12:02PM   7    TO KNOW ALL OF THE OTHER TESTS THAT WERE DONE THAT DAY FOR THAT

12:02PM   8    SAME ASSAY, YOU COULD GET THAT FROM LIS?

12:02PM   9    A.   CORRECT.

12:02PM   10   Q.   AND YOU COULD EVEN FIGURE OUT IF OTHER PATIENTS GOT IT

12:02PM   11   FROM THE SAME MACHINE?

12:02PM   12   A.   I BELIEVE SO, YES.

12:02PM   13   Q.   AND FROM THE SAME TECHNICIAN RUNNING THE SAMPLE; RIGHT?

12:02PM   14   A.   I BELIEVE SO.

12:02PM   15   Q.   AND THAT IF YOU NEEDED MORE INFORMATION, ONCE YOU HAD THE

12:02PM   16   PATIENT INFORMATION FROM THE LIS, AND YOU NEEDED TO GO OUT INTO

12:02PM   17   THE WORLD AND GET MORE INFORMATION LIKE MEDICAL RECORDS, YOU

12:02PM   18   UNDERSTAND THAT THAT IS SOMETHING THAT ANYONE INVESTIGATING

12:02PM   19   COULD PROBABLY DO; RIGHT?

12:02PM   20   A.   I'M NOT SURE.

12:02PM   21   Q.   OKAY.  YOU'RE NOT AWARE, FOR EXAMPLE, OF THE -- ARE YOU

12:02PM   22   AWARE OF THE POWER OF THE UNITED STATES ATTORNEY'S OFFICE TO GO

12:03PM   23   GET MEDICAL RECORDS IF THEY WANT?

12:03PM   24   A.   NO.

12:03PM   25   Q.   OKAY.  AND THAT'S NOT SOMETHING IN YOUR EXPERTISE, EITHER?

12:03PM   1    A.   NO.

12:03PM   2    Q.   OKAY.  AND ARE YOU AWARE OF WHETHER -- IF THE GOVERNMENT

12:03PM   3    WANTED TO INVESTIGATE WHETHER PATIENT RESULTS ARE CORRECT OR

12:03PM   4    NOT, DO YOU THINK THAT THERE'S MUCH OF A RESTRICTION ON WHAT

12:03PM   5    INFORMATION THESE PROSECUTORS COULD GET IF THEY WANTED TO GET

12:03PM   6    IT?

12:03PM   7              MR. BOSTIC:  YOUR HONOR, FOUNDATION, RELEVANCE.

12:03PM   8              MR. COOPERSMITH:  I THINK THEY OPENED THE DOOR,

12:03PM   9    YOUR HONOR.

12:03PM  10              THE COURT:  SUSTAINED.

12:03PM  11    BY MR. COOPERSMITH:

12:03PM  12    Q.   LET'S TALK ABOUT YOUR INTERACTION WITH A JOURNALIST.

12:03PM  13         SO THE JOURNALIST IN QUESTION IS MR. CARREYROU; IS THAT

12:03PM  14    RIGHT?

12:03PM  15    A.   THAT IS CORRECT.

12:03PM  16    Q.   AND AT THE TIME HE WAS A REPORTER FOR "THE

12:03PM  17    WALL STREET JOURNAL"; IS THAT RIGHT?

12:03PM  18    A.   THAT'S CORRECT.

12:03PM  19    Q.   AND YOU DON'T KNOW WHAT MR. CARREYROU'S MOTIVES WERE AT

12:03PM  20    THE TIME; RIGHT?

12:03PM  21    A.   NO.

12:03PM  22    Q.   AND YOU DON'T KNOW, FOR EXAMPLE, WHETHER HE HAD FINANCIAL

12:04PM  23    MOTIVES?

12:04PM  24    A.   NO.

12:04PM  25    Q.   AND YOU DON'T KNOW, FOR EXAMPLE, WHETHER HE WAS INTERESTED

12:04PM  1    IN TELLING A BIG STORY AND SELLING MOVIE RIGHTS, FOR EXAMPLE?

12:04PM  2    A.   NO, I DIDN'T KNOW.

12:04PM  3    Q.   AND THAT WAS 17 MONTHS AFTER YOU LEFT THERANOS THAT YOU

12:04PM  4    TALKED TO HIM?

12:04PM  5    A.   I THINK SO.

12:04PM  6    Q.   AND IN ALL OF THAT TIME WHEN YOU LEFT THERANOS IN APRIL OF

12:04PM  7    2014 UNTIL YOU TALKED TO MR. CARREYROU SOME TIME IN 2015, YOU

12:04PM  8    WEREN'T WORKING AT THERANOS AT THAT POINT; RIGHT?

12:04PM  9    A.   NO.

12:04PM 10    Q.   SO YOU WEREN'T PRIVY TO EVERYTHING GOING ON THERE?

12:04PM 11    A.   I WAS STILL FRIENDS WITH A LOT OF PEOPLE, SO I UNDERSTOOD

12:04PM 12    AT LEAST THINGS THAT WERE HAPPENING IN THE -- WITH THE EDISONS.

12:04PM 13    Q.   OKAY.  OKAY.

12:04PM 14         BUT YOU WEREN'T, LIKE, PRIVY TO EVERYTHING THAT THEY WERE

12:04PM 15    DOING WITH IMPROVEMENTS AND WHAT QUALITY CONTROL WORK WAS BEING

12:04PM 16    DONE, OR NOT BEING DONE, OR ANYTHING LIKE THAT; RIGHT?

12:04PM 17    A.   NO.

12:04PM 18    Q.   OKAY.  AND MR. CARREYROU WAS NOT A REGULATOR; RIGHT?

12:04PM 19    A.   NO.

12:04PM 20    Q.   AND YOU UNDERSTAND THAT -- LIKE MR. CARREYROU WOULD HAVE

12:05PM 21    BEEN FREE TO PUBLISH ANY TRADE SECRETS THAT HE WANTED; RIGHT?

12:05PM 22    A.   I DON'T KNOW.

12:05PM 23    Q.   AND THE COMPANY HAD NO WAY TO KNOW WHAT INFORMATION YOU

12:05PM 24    WERE PROVIDING TO MR. CARREYROU?

12:05PM 25    A.   THAT IS CORRECT.

12:05PM 1    Q.   BECAUSE YOU WEREN'T RETURNING THE HUMAN RESOURCES

12:05PM 2    DIRECTOR'S CALLS; RIGHT?

12:05PM 3    A.   THAT IS CORRECT.

12:05PM 4    Q.   OKAY.  LET'S GO TO EXHIBIT 1431, WHICH YOU SAW ON REDIRECT

12:05PM 5    JUST NOW.

12:05PM 6        IF WE CAN PUT THAT UP ON THE SCREEN AND GO IN PARTICULAR

12:05PM 7    TO PAGE 2 OF THE EXHIBIT.

12:05PM 8        THERE'S A REFERENCE ON THAT PAGE 2 TO A PERSON NAMED

12:05PM 9    KARTHIK.

12:05PM 10        DO YOU SEE THAT?

12:05PM 11   A.   YES.

12:05PM 12   Q.   AND DID YOU KNOW KARTHIK?

12:05PM 13   A.   I DID.

12:06PM 14   Q.   AND WHO WAS THAT?

12:06PM 15   A.   KARTHIK WAS ONE OF THE BIOSTATICIANS THAT WORKED AT

12:06PM 16   THERANOS.

12:06PM 17   Q.   BIOSTATISTICIAN?

12:06PM 18   A.   YEAH.

12:06PM 19   Q.   AND I PROBABLY MISPRONOUNCED THAT.

12:06PM 20        SO KARTHIK WAS SOMEONE WHO WORKED IN DANIEL YOUNG'S GROUP?

12:06PM 21   A.   YES.

12:06PM 22   Q.   AND THAT WAS A GROUP OF BIOSTATISTICIANS; RIGHT?

12:06PM 23   A.   YES.

12:06PM 24   Q.   AND THEIR JOB WAS TO FIGURE OUT THINGS LIKE OUTLIER

12:06PM 25   REMOVAL AND ALGORITHMS FOR OUTLIER REMOVAL AND THINGS LIKE

12:06PM  1    THAT?

12:06PM  2    A.   CORRECT.

12:06PM  3    Q.   AND OTHER STATISTICAL PROJECTS; RIGHT?

12:06PM  4    A.   THAT IS CORRECT.

12:06PM  5    Q.   YOU TESTIFIED, WHEN MR. BOSTIC WAS ASKING YOU QUESTIONS A

12:06PM  6    FEW MINUTES AGO, THAT YOU DIDN'T HAVE A CLEAR IDERE ABOUT HOW

12:06PM  7    THEY WERE GOING ABOUT REMOVING OUTLIERS?

12:06PM  8    A.   THAT THERE WAS NO STANDARD PROTOCOL IN TERMS OF WHAT WAS

12:06PM  9    CONSIDERED AN OUTLIER AND WHAT WASN'T CONSIDERED AN OUTLIER.

12:06PM 10    Q.   OKAY.  BUT YOU DON'T KNOW, DO YOU, WHAT DR. ROSENDORFF, OR

12:07PM 11    DR. SIVARAMAN, OR DR. YOUNG, OR ANYONE ELSE WAS THINKING WHEN

12:07PM 12    THEY MADE DECISIONS TO REMOVE OUTLIERS; RIGHT?

12:07PM 13    A.   NO.

12:07PM 14    Q.   AND YOU DON'T KNOW WHETHER THEY HAD A METHOD IN MIND WHEN

12:07PM 15    THEY WERE DOING THAT; RIGHT?

12:07PM 16    A.   I, I -- AT LEAST WHEN I WAS WORKING THERE, THERE WAS

12:07PM 17    DISCUSSION OF THAT.  IT WASN'T CLEAR ON WHAT THIS METHOD WAS.

12:07PM 18    Q.   IT WASN'T CLEAR TO YOU?

12:07PM 19    A.   IT WASN'T CLEAR EVEN TO ADAM AT A PERIOD IN TIME WHAT THAT

12:07PM 20    METHOD WAS.

12:07PM 21    Q.   BUT YOU DON'T KNOW WHAT ADAM -- I MEAN, HE APPROVED IT;

12:07PM 22    RIGHT?

12:07PM 23    A.   I'M NOT SURE.

12:07PM 24    Q.   WELL, WE SAW EMAILS WHERE HE APPROVED IT?

12:07PM 25    A.   YEAH.

12:07PM   1    Q.   OKAY.  ON REDIRECT MR. BOSTIC SHOWED YOU AN EXHIBIT WHICH

12:07PM   2    WAS THE 2013 PROFICIENCY TESTING MANUAL, PROFICIENCY TESTING

12:07PM   3    MANUAL FROM THE COLLEGE OF AMERICAN PATHOLOGISTS?

12:07PM   4    A.   CORRECT.

12:07PM   5    Q.   AND THAT'S EXHIBIT, FOR THE RECORD, 20451.  OKAY.

12:08PM   6    A.   YES.

12:08PM   7    Q.   IF YOU COULD TAKE A LOOK AT THAT, I WOULD APPRECIATE IT.

12:08PM   8    A.   YEAH, I SEE IT.

12:08PM   9            MR. COOPERSMITH:  YOUR HONOR, BECAUSE THE GOVERNMENT

12:08PM  10    HAD THE WITNESS TALK ABOUT WHAT IT SAID OR DIDN'T SAY, I WOULD

12:08PM  11    ACTUALLY LIKE TO ADMIT PAGE 14, THE SPECIFIC PART ABOUT OUTLIER

12:08PM  12    DETECTION THAT WAS REFERRED TO BY THE GOVERNMENT.

12:08PM  13            THE COURT:  AND REDACT THE COLUMN ON THE RIGHT AND

12:08PM  14    ALL OF THE COLUMN ON THE LEFT SAVE FOR THAT PARAGRAPH.

12:08PM  15            MR. COOPERSMITH:  YES, YOUR HONOR.  I WOULD ALSO

12:08PM  16    LIKE TO KEEP THE VERY FIRST PAGE OF THAT EXHIBIT SO WE CAN

12:08PM  17    ORIENT WHAT IT IS.

12:08PM  18            THE COURT:  THE COVER PAGE?

12:08PM  19            MR. COOPERSMITH:  THE COVER PAGE, YES, YOUR HONOR.

12:08PM  20            MR. BOSTIC:  NO OBJECTION, YOUR HONOR, TO THAT

12:08PM  21    PARAGRAPH AND THE COVER PAGE.

12:08PM  22            THE COURT:  SO PAGE 14, THAT ONE PARAGRAPH THAT IS

12:08PM  23    TITLED "OUTLIER DETECTION TECHNIQUE," WILL BE ADMITTED.

12:08PM  24    EVERYTHING ELSE WILL BE REDACTED.

12:08PM  25            AND THE COVER PAGE, WHICH IS PAGE 1 OF THE EXHIBIT, WILL

12:09PM  1    BE ADMITTED WITH NO REDACTIONS, AND IT MAY BE PUBLISHED.

12:09PM  2           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:09PM  3           (DEFENDANT'S EXHIBIT 20451, PAGE 1 AND PAGE 14 (ONE

12:09PM  4    PARAGRAPH) WAS RECEIVED IN EVIDENCE.)

12:09PM  5           MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:09PM  6       MR. ALLEN, CAN YOU MAKE THOSE REDACTIONS.  HE ALREADY HAS.

12:09PM  7    Q.   IF YOU CAN SHOW THE COVER PAGE FIRST.

12:09PM  8    A.   YES.

12:09PM  9    Q.   THAT IS THE COVER PAGE YOUR ARE LOOKING AT, MS. CHEUNG, ON

12:09PM  10   THE SCREEN?

12:09PM  11   A.   YES.

12:09PM  12   Q.   AND DO YOU SEE ON THE BOTTOM IT SAYS COLLEGE OF AMERICAN

12:09PM  13   PATHOLOGISTS, AND THEN IT'S A 2013 PROFICIENCY TESTING MANUAL?

12:09PM  14   A.   THAT IS CORRECT.

12:09PM  15   Q.   AND THEN IF YOU GO TO THE PAGE THAT WE HAVE AVAILABLE.

12:09PM  16       I BELIEVE YOU TESTIFIED ON REDIRECT THAT THIS METHODOLOGY

12:09PM  17   OF REMOVING OUTLIERS OR EXCLUDING OUTLIERS WAS NOT WHAT

12:09PM  18   THERANOS WAS DOING?

12:09PM  19   A.   THAT IS CORRECT.

12:09PM  20   Q.   OKAY.  CAN YOU SHOW ME IN THIS PARAGRAPH WHERE IT

12:09PM  21   DESCRIBES THE METHOD OF REMOVING OUTLIERS?

12:09PM  22   A.   THE METHOD?

12:09PM  23   Q.   YEAH.

12:09PM  24   A.   IN -- CAN YOU ELABORATE ON WHAT YOU MEAN BY THE METHOD.

12:10PM  25   Q.   SURE.

12:10PM  1        AS I UNDERSTAND YOUR TESTIMONY A FEW MINUTES AGO ON

12:10PM  2    REDIRECT, MR. BOSTIC WAS ASKING YOU, AGAIN, WITHOUT SHOWING YOU

12:10PM  3    THE DOCUMENT, YOU SAID, READING THE WORDS ON THE PAGE, YOU

12:10PM  4    DIDN'T THINK THAT WHAT IS DESCRIBED HERE IN THE COLLEGE OF

12:10PM  5    AMERICAN PATHOLOGISTS DOCUMENT, YOU DIDN'T THINK IT WAS THE

12:10PM  6    SAME THING THAT THERANOS WAS DOING IN TERMS OF THE METHODOLOGY

12:10PM  7    OF REMOVING OUTLIERS.

12:10PM  8        DO YOU REMEMBER THAT?

12:10PM  9    A.   CORRECT.  SO --

12:10PM  10   Q.   AND I'M JUST ASKING YOU WHERE IN THE PARAGRAPH DOES IT

12:10PM  11   ACTUALLY DESCRIBE THE METHOD OF HOW TO GO ABOUT FIGURING OUT

12:10PM  12   WHAT AN OUTLIER IS AND WHAT TO REMOVE?

12:10PM  13   A.   SO THE METHOD HERE IS DESCRIBED BY THINGS LIKE YOU WILL

12:10PM  14   DELETE OUTLIERS IF THERE'S AN INSTRUMENT MALFUNCTION, TECHNICAL

12:10PM  15   ERRORS, SPECIMEN MIX-UPS, MISPLACED DECIMALS, INCORRECT UNITS

12:10PM  16   OF MEASURE, OR DATA ENTRY ERRORS.

12:10PM  17       AND THEN IT TALKS A LITTLE BIT ABOUT THE OUTLIER PROCESS

12:10PM  18   IS REPEATED.

12:10PM  19       SO THE METHODOLOGY OF DELETING OUTLIERS IS IN THAT SUBSET,

12:10PM  20   IS THERE A MALFUNCTION OF THE INSTRUMENT, ARE THERE TECHNICAL

12:11PM  21   ERRORS, DID I SOMEHOW SWAP THE VIALS, SOMETHING OF THAT NATURE,

12:11PM  22   AND THAT WAS NOT WHAT WAS OCCURRING AT THERANOS WHEN IT CAME TO

12:11PM  23   OUTLIER DELETION.

12:11PM  24   Q.   AND YOU'RE READING THIS FOR THE FIRST TIME TODAY; RIGHT?

12:11PM  25   A.   CORRECT.

CHEUNG RECROSS BY MR. COOPERSMITH

12:11PM 1    Q.   AND YOU DON'T KNOW WHAT DR. ROSENDORFF, DR. SIVARAMAN, OR

12:11PM 2    OTHER SCIENTISTS AT THERANOS HAD IN MIND WHEN THEY WERE

12:11PM 3    APPROVING OUTLIER REMOVAL?

12:11PM 4    A.   THAT IS CORRECT.

12:11PM 5    Q.   AND YOU SEE THAT THE COLLEGE OF AMERICAN PATHOLOGISTS

12:11PM 6    RECOGNIZES OUTLIER REMOVAL AS A METHODOLOGY THAT IS ACCEPTABLE

12:11PM 7    AT LEAST IN SOME CIRCUMSTANCES; RIGHT?

12:11PM 8    A.   IN THIS CONTEXT, YES.

12:11PM 9    Q.   SO IT'S NOT LIKE THE CONTENT WAS SOMETHING MADE UP AT

12:11PM 10   THERANOS AS YOU UNDERSTAND IT?

12:11PM 11   A.   YES.

12:11PM 12   Q.   OKAY.  GOING TO EXHIBIT 1548.

12:12PM 13       THIS IS THE DATA SET WITH THE NEW YORK SAMPLES THAT

12:12PM 14   MR. BOSTIC REVIEWED WITH YOU AGAIN ON REDIRECT?

12:12PM 15   A.   YES.

12:12PM 16   Q.   OKAY.  SO YOU AGREED WITH ME, I THINK LAST WEEK, THAT

12:12PM 17   FOLLOWING STANDARD OPERATING PROCEDURES IS IMPORTANT; RIGHT?

12:12PM 18   A.   CORRECT.

12:12PM 19   Q.   AND THAT DOING THINGS THAT ARE NOT WITHIN THE STANDARD

12:12PM 20   OPERATING PROCEDURES IS NOT SOMETHING THAT A LAB SHOULD BE

12:12PM 21   GENERALLY DOING; RIGHT?

12:12PM 22   A.   CORRECT.

12:12PM 23   Q.   AND AS YOU SIT HERE, AND WHEN YOU WERE WORKING AT THERANOS

12:12PM 24   FOR THAT MATTER, YOU CANNOT TELL ME THAT THIS PROCEDURE WAS

12:12PM 25   WITHIN THE STANDARD OPERATING PROCEDURES AT THERANOS; RIGHT?

12:12PM 1    A.  AGAIN, NO.

12:12PM 2    Q.  MS. CHEUNG, SO YOU -- IS IT FAIR TO SAY THAT YOU HAVE SOME

12:13PM 3    STRONG OPINIONS ABOUT THERANOS AND YOUR WORK THERE AND WHAT YOU

12:13PM 4    THINK?

12:13PM 5    A.  IN WHAT CONTEXT?  IN TERMS OF THE -- MY WORK THAT I DID

12:13PM 6    THERE?

12:13PM 7    Q.  YEAH.  WHAT YOU STATED TO MR. BOSTIC ON REDIRECT, THAT YOU

12:13PM 8    HAD CONCERNS AND YOU HAVE SOME STRONG VIEWS ABOUT THAT?

12:13PM 9    A.  BASED ON THE EVIDENCE THAT I GENERATED THERE, I HAVE A

12:13PM 10   PERSPECTIVE ON WHAT THE EVIDENCE HAD TOLD ME OF, YOU KNOW, WERE

12:13PM 11   THE QUALITY CONTROLS FAILING AT A VERY HIGH RATE?  YES.

12:13PM 12       WAS IT THE CASE THAT THE EXPERIMENTS THAT WE WERE RUNNING

12:13PM 13   WERE NOT GENERATING THE DATA THAT WE SAW WAS ACCEPTABLE?  YES.

12:13PM 14       BUT I DON'T -- YEAH, I HAVE A STRONG OPINION THAT WE

12:13PM 15   SHOULDN'T HAVE BEEN TESTING ON PATIENTS WITH TECHNOLOGY THAT

12:13PM 16   DIDN'T SEEM TO BE UP TO PAR EVEN TO OUR OWN INTERNAL STANDARDS.

12:13PM 17   Q.  BUT ALL OF THESE ISSUES THAT YOU HAVE THESE STRONG VIEWS

12:13PM 18   ABOUT, THESE WERE ALL KNOWN TO THE THERANOS SCIENTIFIC TEAM

12:13PM 19   WHILE YOU WERE WORKING THERE; RIGHT?

12:13PM 20   A.  I HOPE SO, YEAH.

12:13PM 21   Q.  I MEAN, YOU KNOW SO; RIGHT?

12:13PM 22   A.  YES.

12:13PM 23   Q.  AND IN THE END, YOU DISAGREED WITH THEIR VIEWS ABOUT THAT;

12:14PM 24   RIGHT?

12:14PM 25   A.  I DON'T KNOW.  I DON'T -- YOU'D HAVE TO GIVE ME SPECIFIC

12:14PM 1    EXAMPLES.

12:14PM 2    Q.   WELL, THE DAY THAT YOU LEFT THERANOS --

12:14PM 3    A.   YES.

12:14PM 4    Q.   -- WAS THERE A MASS EXODUS?  DID ALL OF THE SCIENTIFIC

12:14PM 5    TEAM QUIT THE SAME DAY?

12:14PM 6    A.   NO.

12:14PM 7         MR. COOPERSMITH:  OKAY.  NO FURTHER QUESTIONS.

12:14PM 8         THE COURT:  ANY FURTHER REDIRECT?

12:14PM 9         MR. BOSTIC:  JUST VERY BRIEFLY, YOUR HONOR.

12:14PM 10                **FURTHER REDIRECT EXAMINATION**

12:14PM 11   BY MR. BOSTIC:

12:14PM 12   Q.   MS. CHEUNG, WHILE YOU'VE BEEN ON THE STAND, WE'VE TALKED

12:14PM 13   ABOUT A NUMBER OF YOUR COWORKERS AT THERANOS; CORRECT?

12:14PM 14   A.   CORRECT.

12:14PM 15   Q.   AND INCLUDING SOME INDIVIDUALS THAT WOULD BE INCLUDED IN

12:14PM 16   WHAT MR. COOPERSMITH JUST IDENTIFIED AS THE THERANOS SCIENTIFIC

12:14PM 17   TEAM; IS THAT RIGHT?

12:14PM 18   A.   THAT IS CORRECT.

12:14PM 19   Q.   AND HE JUST ASKED YOU ABOUT WHETHER YOU DISAGREED WITH

12:14PM 20   THEM AND WHETHER YOU HAD RAISED CONCERNS TO THEM; IS THAT

12:14PM 21   RIGHT?

12:14PM 22   A.   THAT IS CORRECT.

12:14PM 23   Q.   DURING YOUR TIME AT THE COMPANY, WERE THERE MEMBERS OF

12:14PM 24   THAT SCIENTIFIC TEAM WHO AGREED WITH THE CONCERNS THAT YOU WERE

12:14PM 25   RAISING ABOUT THE THINGS THAT YOU WERE SEEING IN THE LAB?

CHEUNG FURTHER REDIRECT BY MR. BOSTIC

12:15PM 1                    MR. COOPERSMITH:  OBJECTION.  HEARSAY.

12:15PM 2                    THE COURT:  OVERRULED.

12:15PM 3                    THE WITNESS:  YES.

12:15PM 4     BY MR. BOSTIC:

12:15PM 5     Q.   CAN YOU NAME SOME OF THOSE PEOPLE, PLEASE?

12:15PM 6     A.   MARK PANDORI, SURAJ SAKSENA SOMETIMES, DANIEL YOUNG,

12:15PM 7     SHARADA, ADAM ROSENDORFF.  MANY PEOPLE HAD OBSERVED THE SAME

12:15PM 8     EVIDENCE THAT I DID AND ARTICULATED THAT IT WAS CONCERNING.

12:15PM 9     Q.   AS TO, LET'S TAKE TWO INDIVIDUALS, DR. PANDORI AND

12:15PM 10    DR. ROSENDORFF, ARE YOU AWARE OF HOW MUCH LONGER THEY STAYED AT

12:15PM 11    THE COMPANY IN 2014?

12:15PM 12    A.   NOT MUCH LONGER.

12:15PM 13    Q.   ALL RIGHT.

12:15PM 14         NO FURTHER QUESTIONS.

12:15PM 15         THANK YOU, YOUR HONOR.

12:15PM 16                   MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

12:15PM 17                   THE COURT:  MAY THIS WITNESS BE EXCUSED?

12:15PM 18                   MR. BOSTIC:  NO, YOUR HONOR.

12:15PM 19                   MR. COOPERSMITH:  YES, YOUR HONOR.

12:15PM 20                   THE COURT:  YOU'RE EXCUSED.

12:15PM 21                   THE WITNESS:  THANK YOU.

12:15PM 22                   THE COURT:  AND JUST LEAVE THE BINDERS THERE.

12:15PM 23                   THE WITNESS:  OKAY.  THANK YOU.

12:15PM 24                   THE COURT:  LADIES AND GENTLEMEN, LET'S TAKE OUR

12:15PM 25    BREAK.  LET'S TAKE 30 MINUTES.

CHEUNG FURTHER REDIRECT BY MR. BOSTIC

12:15PM    1          COUNSEL, 30 MINUTES?

12:15PM    2          WE'LL BE BACK.  THANK YOU.

12:16PM    3          (LUNCH RECESS TAKEN AT 12:16 P.M.)

           4

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1589

| | |
|---|---|
| 12:54PM | 1 |

**AFTERNOON SESSION**

12:54PM  2    (JURY IN AT 12:54 P.M.)

12:54PM  3        THE COURT:  PLEASE BE SEATED.  THANK YOU FOR YOUR

12:54PM  4    COURTESY.  WE'RE BACK ON THE RECORD.

12:54PM  5        MR. BALWANI IS PRESENT.

12:54PM  6        ALL JURORS AND ALTERNATES ARE PRESENT.

12:54PM  7        DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

12:54PM  8        MR. BOSTIC:  YES, YOUR HONOR.

12:54PM  9    THE GOVERNMENT CALLS MR. MARK PANDORI.

12:55PM  10       THE COURT:  SIR, IF YOU WOULD COME FORWARD, PLEASE,

12:55PM  11   AND STAND OVER HERE BY THE WITNESS STAND, AND RAISE YOUR RIGHT

12:55PM  12   HAND WHILE YOU FACE OUR COURTROOM DEPUTY.  SHE HAS A QUESTION

12:55PM  13   FOR YOU.

12:55PM  14       **(GOVERNMENT'S WITNESS, MARK PANDORI, WAS SWORN.)**

12:55PM  15       THE WITNESS:  I DO.

12:55PM  16       THE COURT:  PLEASE HAVE A SEAT, SIR.  MAKE YOURSELF

12:55PM  17   COMFORTABLE.

12:55PM  18       FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU

12:55PM  19   NEED.

12:55PM  20       WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

12:55PM  21   AND THEN SPELL IT, PLEASE.

12:55PM  22       THE WITNESS:  MAY I TAKE MY MASK OFF?

12:55PM  23       THE COURT:  YOU'VE BEEN VACCINATED?

12:55PM  24       THE WITNESS:  YES.

12:55PM  25       THE COURT:  YOU'RE FULLY VACCINATED?

12:55PM   1                THE WITNESS:  YES.

12:55PM   2                THE COURT:  YES, YOU MAY.  THANK YOU.

12:55PM   3                THE WITNESS:  MARK WILLIAM PANDORI.

12:55PM   4                THE COURT:  IF YOU COULD SPELL YOUR NAME, PLEASE.

12:55PM   5                THE WITNESS:  M-A-R-K, W-I-L-L-I-A-M, P-A-N-D-O-R-I.

12:56PM   6                THE COURT:  THANK YOU.

12:56PM   7          COUNSEL.

12:56PM   8                MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:56PM   9                          **DIRECT EXAMINATION**

12:56PM  10     BY MR. BOSTIC:

12:56PM  11     Q.   GOOD AFTERNOON, DR. PANDORI.

12:56PM  12     A.   GOOD AFTERNOON.

12:56PM  13     Q.   WAS THERE A TIME WHEN YOU WORKED FOR A COMPANY CALLED

12:56PM  14     THERANOS?

12:56PM  15     A.   YES.

12:56PM  16     Q.   DO YOU REMEMBER YOUR APPROXIMATE DATES OF EMPLOYMENT WITH

12:56PM  17     THE COMPANY?

12:56PM  18     A.   I REMEMBER IT BEING DECEMBER OF 2013 TO MAY OF 2014.

12:56PM  19     Q.   AND WHEN YOU DEPARTED FROM THE COMPANY, WHAT WAS THE

12:56PM  20     NATURE OF THAT DEPARTURE?  WERE YOU TERMINATED?  WERE YOU LAID

12:56PM  21     OFF?  DID YOU QUIT?

12:56PM  22     A.   I QUIT.

12:56PM  23     Q.   AND I'D LIKE TO TALK TO YOU SOME MORE A LITTLE BIT LATER

12:56PM  24     ABOUT THE REASONS WHY YOU LEFT, BUT FOR NOW COULD YOU JUST

12:56PM  25     SUMMARIZE IN A COUPLE OF SENTENCES WHY YOU DECIDED TO LEAVE THE

12:56PM   1    COMPANY AFTER SIX MONTHS?

12:56PM   2    A.   I WAS DISAPPOINTED WITH THE ACTUALITY OF THE TECHNOLOGY,

12:56PM   3    AND I WAS DISAPPOINTED IN THE ROLE THAT I PLAYED IN THE

12:56PM   4    COMPANY, AND I WAS DISAPPOINTED THAT MY EXPERTISE WASN'T

12:57PM   5    PLAYING A ROLE IN TRYING TO SOLVE CERTAIN ISSUES WITH THE LAB

12:57PM   6    TESTING THAT WAS GOING ON THERE.

12:57PM   7    Q.   AND YOU MENTIONED THE ROLE THAT YOU PLAYED.  WHAT WAS YOUR

12:57PM   8    JOB TITLE AT THERANOS?

12:57PM   9    A.   LABORATORY DIRECTOR.

12:57PM  10    Q.   ARE YOU CURRENTLY EMPLOYED?

12:57PM  11    A.   YES.

12:57PM  12    Q.   AND WHERE ARE YOU CURRENTLY EMPLOYED?

12:57PM  13    A.   I'M THE LABORATORY DIRECTOR FOR THE NEVADA STATE PUBLIC

12:57PM  14    HEALTH LABORATORY.

12:57PM  15         I AM AN ASSOCIATE PROFESSOR OF PATHOLOGY IN LABORATORY

12:57PM  16    MEDICINE AT THE UNIVERSITY OF NEVADA, RENO SCHOOL OF MEDICINE.

12:57PM  17         AND I'M AN ASSOCIATE PROFESSOR OF MICROBIOLOGY AND

12:57PM  18    IMMUNOLOGY AT THE UNIVERSITY OF NEVADA, RENO SCHOOL OF

12:57PM  19    MEDICINE.

12:57PM  20    Q.   THANK YOU.

12:57PM  21         I'D LIKE TO TALK ABOUT THERANOS IN A MOMENT, BUT FIRST,

12:57PM  22    CAN YOU SUMMARIZE FOR US YOUR EDUCATIONAL BACKGROUND?

12:57PM  23    A.   I WENT TO COLLEGE AT THE UNIVERSITY OF CALIFORNIA BERKELEY

12:57PM  24    BETWEEN 1988 AND 1992.

12:57PM  25         I WENT TO A PH.D. PROGRAM AND WAS IN A PH.D. PROGRAM AT

12:57PM  1    UNIVERSITY OF CALIFORNIA SAN DIEGO BETWEEN 1993 AND 1998.

12:58PM  2        AND I WAS TRAINED AS A PUBLIC HEALTH MICROBIOLOGIST BY THE

12:58PM  3    CALIFORNIA DEPARTMENT OF PUBLIC HEALTH.

12:58PM  4    Q.   AND FOLLOWING YOUR FORMAL EDUCATION, CAN YOU GIVE US AN

12:58PM  5    OVERVIEW OF YOUR EMPLOYMENT LEADING UP TO YOUR TIME AT

12:58PM  6    THERANOS?

12:58PM  7    A.   I WORKED AS A POST DOCTORAL RESEARCH FELLOW AT HARVARD

12:58PM  8    UNIVERSITY SCHOOL OF MEDICINE.

12:58PM  9        AFTER I OBTAINED MY PH.D., I MATRICULATED TO INSTRUCTOR OF

12:58PM  10   MEDICINE THERE.

12:58PM  11       AFTERWARDS I WORKED AS THE CHIEF MICROBIOLOGIST AT THE

12:58PM  12   SAN FRANCISCO DEPARTMENT OF PUBLIC LABORATORY.

12:58PM  13   Q.   AND IN YOUR ROLE AT THE SAN FRANCISCO DEPARTMENT OF

12:58PM  14   HEALTH, DEPARTMENT OF PUBLIC HEALTH LABORATORY, CAN YOU TELL US

12:58PM  15   WHAT KIND OF LAB THAT IS?

12:58PM  16   A.   IT IS A PUBLIC HEALTH LABORATORY, BUT IT IS A CLIA

12:59PM  17   CERTIFIED DIAGNOSTIC LABORATORY.  WE PERFORM TESTS ON HUMAN

12:59PM  18   BEINGS FOR VARIOUS AILMENTS.  WE ALSO PERFORM TESTING ON

12:59PM  19   ANIMALS FOR RABIES.

12:59PM  20   Q.   AND WHEN IT COMES TO THE TEST TYPES THAT WERE PERFORMED

12:59PM  21   THERE AT THE SAN FRANCISCO PUBLIC HEALTH LAB, DID THAT INCLUDE

12:59PM  22   BLOOD TESTS?

12:59PM  23   A.   YES.

12:59PM  24   Q.   AND TO PERFORM THOSE BLOOD TESTS, DID YOUR LAB USE

12:59PM  25   COMMERCIALLY AVAILABLE BLOOD ANALYZING DEVICES?

12:59PM  1    A.    YES.

12:59PM  2    Q.    AND GENERALLY SPEAKING, WERE THE BLOOD TESTS IN THAT LAB

12:59PM  3    FDA APPROVED TESTS OR WERE THEY LABORATORY DEVELOPED TESTS OR

12:59PM  4    WERE THEY A MIX OF BOTH?

12:59PM  5    A.    THEY WERE A MIX OF BOTH.

12:59PM  6    Q.    WERE -- DID THE MAJORITY FIT INTO ONE OF THOSE CATEGORIES

12:59PM  7    VERSUS THE OTHER?

12:59PM  8    A.    THE MAJORITY WERE FDA CLEARED TESTS.

12:59PM  9    Q.    AND COULD YOU ESTIMATE FOR US THE VOLUME OF TESTING THAT

01:00PM  10   THAT LAB HANDLED DURING YOUR TIME THERE, IN THE COURSE OF A

01:00PM  11   TYPICAL WEEK, OR MONTH, OR YEAR?

01:00PM  12   A.    IN A TYPICAL YEAR BETWEEN 150- TO 200,000 LAB TESTS.

01:00PM  13   Q.    AND HOW WOULD YOU DESCRIBE YOUR ROLE IN CONNECTION WITH

01:00PM  14   THE OPERATION OF THAT PARTICULAR LAB?

01:00PM  15   A.    AT FIRST I WAS CHIEF MICROBIOLOGIST, WHICH IS A TITLE

01:00PM  16   EQUIVALENT TO BEING THE ASSISTANT LABORATORY DIRECTOR, AND I

01:00PM  17   SERVED IN THAT ROLE I THINK UNTIL ABOUT 2010 WHEREUPON I

01:00PM  18   BECAME -- 2009, 2010 WHEREUPON I BECAME THE LABORATORY

01:00PM  19   DIRECTOR, AND I SERVED IN THAT ROLE UNTIL I LEFT THE

01:00PM  20   LABORATORY.

01:00PM  21   Q.    GENERALLY SPEAKING, WHAT DOES A LABORATORY DIRECTOR DO AT

01:00PM  22   A CLINICAL LAB LIKE THIS?

01:00PM  23   A.    A LABORATORY DIRECTOR IS RESPONSIBLE FOR EVERY ASPECT OF

01:00PM  24   THE LAB'S OPERATION; THAT FIRST AND FOREMOST WOULD BE THE

01:01PM  25   SAFETY OF ITS MEMBERS; IT WOULD INCLUDE THE QUALITY OF THE

01:01PM   1    LABORATORY TESTING BEING PERFORMED THERE; IT WOULD BE OVERSIGHT

01:01PM   2    OF PERSONNEL; AND IT WOULD BE ENSURING THAT THE PROPER

01:01PM   3    TECHNOLOGIES ARE SELECTED FOR TESTING, AND THAT THOSE MACHINES

01:01PM   4    OR TECHNIQUES ARE OPERATING IN A QUALITY MANNER.

01:01PM   5    Q.   AND WHEN YOU WERE AT THE SAN FRANCISCO DEPARTMENT OF

01:01PM   6    PUBLIC HEALTH LAB, TO WHOM DID YOU REPORT AS LABORATORY

01:01PM   7    DIRECTOR?

01:01PM   8    A.   AT THE SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH LAB AS

01:01PM   9    THE LABORATORY DIRECTOR, I REPORTED TO THE HEALTH OFFICER AND

01:01PM   10   THE DIRECTOR OF HEALTH AT FIRST FOR SAN FRANCISCO; AND THEN I

01:01PM   11   REPORTED TO THE HEAD OF WHAT IS KNOWN AS DISEASE CONTROL AFTER

01:01PM   12   A REORGANIZATION.

01:01PM   13   Q.   AND WERE THOSE INDIVIDUALS EITHER MEDICAL DOCTORS OR

01:01PM   14   PEOPLE WITH TRAINING IN HEALTH?

01:01PM   15   A.   IN BOTH INSTANCES THEY WERE MEDICAL DOCTORS.

01:01PM   16   Q.   WHEN YOU WERE LAB DIRECTOR IN SAN FRANCISCO, DID YOUR ROLE

01:02PM   17   INCLUDE ANY ASPECT OF DEVELOPING OR APPROVING LAB DEVELOPED

01:02PM   18   TESTS?

01:02PM   19   A.   YES, IT DID.

01:02PM   20   Q.   AND CAN YOU EXPLAIN WHAT THAT WAS?

01:02PM   21   A.   IN TERMS OF APPROVING LAB TESTS, FOR FDA CLEARED METHODS,

01:02PM   22   THAT INVOLVES WHAT IS CALLED A VERIFICATION PROCESS.

01:02PM   23        SO YOU TAKE THE NEW EQUIPMENT AND THE NEW REAGENTS, AND

01:02PM   24   YOU TEST -- UTILIZE SPECIMENS FOR WHICH YOU HAVE A GOLD

01:02PM   25   STANDARD KNOWLEDGE OF THEIR POSITIVITY, NEGATIVITY, OR IF IT'S

01:02PM  1     A QUANTITATIVE TESTS, YOU HAVE A NUMBER ASSOCIATED WITH THOSE

01:02PM  2     SPECIMENS.

01:02PM  3         AND YOU RUN THEM ON THE EQUIPMENT TO SEE THAT THE

01:02PM  4     EQUIPMENT IS PERFORMING AS EXPECTED OR THAT THE TEST IS

01:02PM  5     PERFORMING AS EXPECTED.

01:02PM  6         IN THE DUE COURSE OF A LABORATORY DEVELOPED TEST, IT'S A

01:02PM  7     LONGER PROCESS WHICH IS CALLED VALIDATION, AND THAT INCLUDES

01:02PM  8     WHAT I JUST DESCRIBED, BUT ALSO ASCERTAINING THINGS LIKE

01:02PM  9     ACCURACY, PRECISION TO A LARGER DEGREE, AND SENSITIVITY AND

01:02PM  10    SPECIFICITY TO A MORE SIGNIFICANT DEGREE.

01:03PM  11    Q.   AND WERE YOU INVOLVED IN EACH OF THOSE ASPECTS DURING YOUR

01:03PM  12    TIME AS LABORATORY DIRECTOR IN SAN FRANCISCO?

01:03PM  13    A.   YES, I WAS.

01:03PM  14    Q.   AND HOW ABOUT FOR TESTS THAT WERE BEING USED ON PATIENTS

01:03PM  15    IN THE SAN FRANCISCO LAB, WERE YOU INVOLVED IN ONGOING QUALITY

01:03PM  16    CONTROL AND PROFICIENCY TESTING FOR THOSE TESTS?

01:03PM  17    A.   YES, I WAS.

01:03PM  18    Q.   AND HOW ABOUT INTERFACING WITH DOCTORS AND PATIENTS WHO

01:03PM  19    WERE HAVING TESTS DONE AT THE SAN FRANCISCO LAB, WAS THAT YOUR

01:03PM  20    RESPONSIBILITY AS WELL?

01:03PM  21    A.   TO A DEGREE, YES.  IT DIDN'T HAPPEN VERY OFTEN.  A FEW

01:03PM  22    TIMES A YEAR.

01:03PM  23         WELL, FOR CERTAIN TESTS IT HAPPENED QUITE FREQUENTLY.  FOR

01:03PM  24    MOST TESTS IT ONLY HAPPENED A FEW TIMES A YEAR.

01:03PM  25    Q.   AND LET'S FOCUS ON YOUR EXPERIENCE WITH THERANOS

PANDORI DIRECT BY MR. BOSTIC

01:03PM 1    SPECIFICALLY, AND LET ME START BY ASKING HOW YOU FIRST FOUND

01:03PM 2    OUT ABOUT THE COMPANY?

01:03PM 3    A.   I RECEIVED AN EMAIL INDICATING THAT THERE WAS AN EXCITING

01:03PM 4    OPPORTUNITY AT A NEW BIOTECH COMPANY IN THE BAY AREA CALLED

01:04PM 5    THERANOS, AND IT WAS LOOKING TO PERFORM SOME GROUNDBREAKING,

01:04PM 6    AND LOOKING AT GROUNDBREAKING TECHNOLOGY, RUNNING SMALL

01:04PM 7    VOLUMES.

01:04PM 8        AND I REMEMBER THEN USING THE INTERNET TO TRY TO GAIN MORE

01:04PM 9    INFORMATION AND FINDING AN ARTICLE ABOUT THE COMPANY AND

01:04PM 10   READING MORE ABOUT IT ON THE INTERNET.

01:04PM 11   Q.   AND WAS THIS BEFORE APPLYING FOR A JOB WITH THE COMPANY?

01:04PM 12   A.   YES.

01:04PM 13   Q.   WHEN YOU HEARD ABOUT THE COMPANY AND THE OPEN POSITION,

01:04PM 14   WERE YOU IMMEDIATELY INTERESTED?

01:04PM 15   A.   YES.

01:04PM 16   Q.   WHY WAS THAT?

01:04PM 17   A.   WELL, I WAS INTERESTED IN THE TECH -- WHAT THEY SOUGHT TO

01:04PM 18   ACHIEVE.  I DIDN'T KNOW WHETHER I WAS INTERESTED IN THE COMPANY

01:04PM 19   PER SE, BUT IT WAS NOVEL, AND I THOUGHT IT HAD REAL POTENTIAL

01:04PM 20   TO MEET CERTAIN GOALS THAT ARE VERY IMPORTANT TO ME

01:04PM 21   PROFESSIONALLY AND SPIRITUALLY.

01:04PM 22   Q.   SO LET'S BREAK THAT OUT A LITTLE BIT.

01:04PM 23       YOU SAID THAT YOU WERE INTERESTED IN SOMETHING LIKE THE

01:04PM 24   PROMISE OF THE TECHNOLOGY; IS THAT RIGHT?

01:04PM 25   A.   THAT'S CORRECT.

01:04PM    1    Q.   BEFORE APPLYING TO THE COMPANY, WHAT DID YOU UNDERSTAND

01:05PM    2    ABOUT WHAT THAT TECHNOLOGY WAS AND WHAT THE COMPANY WAS DOING?

01:05PM    3    A.   IT WAS A NEW TECHNOLOGY THAT COULD TAKE A VERY SMALL

01:05PM    4    AMOUNT OF BLOOD AND RUN A LARGE NUMBER OF LABORATORY TESTS ON

01:05PM    5    THAT SMALL AMOUNT OF BLOOD.

01:05PM    6    Q.   DID YOU ULTIMATELY DECIDE TO APPLY FOR THAT POSITION AT

01:05PM    7    THE COMPANY?

01:05PM    8    A.   I DID.

01:05PM    9    Q.   CAN YOU TELL US ABOUT THE INTERVIEW PROCESS?  WHO DID YOU

01:05PM   10    SPEAK WITH?

01:05PM   11    A.   I SPOKE TO SUNNY BALWANI, I SPOKE TO ELIZABETH HOLMES, I

01:05PM   12    SPOKE TO ADAM ROSENDORFF, AND I SPOKE TO ANOTHER PERSON.  I

01:05PM   13    DON'T REMEMBER HIS FULL NAME.  PARNAV WAS HIS FIRST NAME I

01:05PM   14    BELIEVE.

01:05PM   15    Q.   AND SPECIFICALLY DURING YOUR CONVERSATION WITH

01:05PM   16    MR. BALWANI, DO YOU RECALL WHETHER YOU LEARNED MORE ABOUT WHAT

01:05PM   17    THE COMPANY WAS DOING AND WHAT ITS TECHNOLOGY WAS?

01:05PM   18    A.   NO, I DID NOT LEARN MORE ABOUT THAT.

01:06PM   19    Q.   WHAT WAS THE POSITION AT THE COMPANY THAT YOU WERE

01:06PM   20    INTERVIEWING FOR?

01:06PM   21    A.   I DON'T REMEMBER.

01:06PM   22    Q.   OKAY.  DID YOU ULTIMATELY GET AN OFFER OF EMPLOYMENT FROM

01:06PM   23    THE COMPANY?

01:06PM   24    A.   ULTIMATELY.

01:06PM   25    Q.   AND YOU ACCEPTED?

01:06PM  1    A.   YES.

01:06PM  2    Q.   YOU MENTIONED THAT YOU HAD READ ONE OR MORE ARTICLES

01:06PM  3    DISCUSSING THE COMPANY BEFORE YOU STARTED WORKING THERE; IS

01:06PM  4    THAT RIGHT?

01:06PM  5    A.   THAT'S CORRECT.

01:06PM  6         MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

01:06PM  7         THE COURT:  YES.

01:06PM  8         MR. BOSTIC:  (HANDING.)

01:06PM  9    Q.   DR. PANDORI, I'VE JUST HANDED YOU A BINDER.  AND IF I

01:06PM  10   COULD ASK YOU TO TURN TO THE FIRST TAB, WHICH IS 1106?

01:06PM  11   A.   I SEE IT.

01:06PM  12   Q.   AND DO YOU SEE THERE A "WALL STREET JOURNAL" ARTICLE DATED

01:06PM  13   SEPTEMBER 8TH, 2013?

01:06PM  14   A.   I SEE IT, YES.

01:06PM  15   Q.   AND TAKE A MOMENT TO LOOK THIS ARTICLE OVER IF YOU WOULD

01:06PM  16   LIKE, AND THEN I'D LIKE YOU TO TELL US WHETHER THIS IS AN

01:07PM  17   ARTICLE THAT YOU SAW BEFORE YOU STARTED WORK AT THE COMPANY?

01:07PM  18   A.   YES.  I ALREADY CAN TELL THAT THIS IS AN ARTICLE THAT I

01:07PM  19   SAW BEFORE.

01:07PM  20   Q.   OKAY.  DID THIS ARTICLE HAVE ANY EFFECT ON YOUR

01:07PM  21   UNDERSTANDING OF WHAT THE COMPANY DID OR YOUR EXCITEMENT FOR

01:07PM  22   YOUR JOB THERE?

01:07PM  23   A.   THIS ARTICLE INCREASED MY EXCITEMENT FOR THE COMPANY.

01:07PM  24         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

01:07PM  25   EXHIBIT 1106.

01:07PM  1              MR. CAZARES:  OBJECTION.  DOUBLE HEARSAY.

01:07PM  2              THE COURT:  MR. BOSTIC.

01:07PM  3              MR. BOSTIC:  YOUR HONOR, THIS IS NOT BEING OFFERED

01:07PM  4     FOR THE TRUTH.  THIS IS BEING OFFERED TO SHOW WHAT WAS IN THE

01:07PM  5     PUBLIC INFORMATION ABOUT THERANOS AT THE TIME AND TO SHOW THE

01:07PM  6     EFFECT ON THIS WITNESS.

01:07PM  7              MR. CAZARES:  AUTHENTICATION AND STILL DOUBLE

01:07PM  8     HEARSAY.

01:07PM  9              THE COURT:  I THINK HE SAID HE READ IT ALREADY.

01:07PM 10          LADIES AND GENTLEMEN --

01:07PM 11          ANYTHING FURTHER, MR. CAZARES?

01:08PM 12              MR. CAZARES:  NO, YOUR HONOR.

01:08PM 13              THE COURT:  LADIES AND GENTLEMEN, THIS WILL BE

01:08PM 14     ADMITTED NOT FOR THE TRUTH OF THE MATTER ASSERTED, THAT IS, NOT

01:08PM 15     FOR THE TRUTH OF THE ITEMS THAT ARE STATED IN THIS ARTICLE.

01:08PM 16     THIS IS A NEWSPAPER ARTICLE.

01:08PM 17          HOWEVER, IT IS OFFERED SOLELY FOR THE PURPOSE OF THIS

01:08PM 18     WITNESS'S STATE OF MIND IN REGARDS TO HIS -- THIS QUESTION

01:08PM 19     ABOUT HIS SEEKING EMPLOYMENT AT THIS COMPANY AND FOR NO OTHER

01:08PM 20     REASON.

01:08PM 21          SO IT'S NOT OFFERED FOR THE TRUTH OF THE MATTER ASSERTED.

01:08PM 22          WITH THAT CAVEAT, IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:08PM 23              MR. BOSTIC:  YOUR HONOR, JUST TO CLARIFY, COULD I

01:08PM 24     ASK THAT THE EXHIBIT ALSO BE ADMITTED TO SHOW WHAT INFORMATION

01:08PM 25     WAS PUBLICLY AVAILABLE ABOUT THERANOS AT THE TIME?

PANDORI DIRECT BY MR. BOSTIC

01:08PM  1    THE COURT:  WELL, DOES THAT CALL FOR THE TRUTH OF

01:08PM  2  THE MATTER THAT IS BEING -- THAT IS PRESENTED IN THE ARTICLE TO

01:08PM  3  BE RECEIVED?

01:08PM  4    MR. BOSTIC:  NO, YOUR HONOR, QUITE THE OPPOSITE.

01:08PM  5    THE COURT:  OKAY.  ALL RIGHT.

01:08PM  6    MR. CAZARES:  OBJECTION, YOUR HONOR.  THERE'S NO

01:09PM  7  STATE OF MIND OF THE WORLD EXCEPTION.

01:09PM  8    THE COURT:  NO.  THIS GOES TO THIS WITNESS, I

01:09PM  9  BELIEVE.

01:09PM  10  ALTHOUGH I UNDERSTAND YOU'RE SAYING THAT YOU WOULD LIKE

01:09PM  11  THIS ADMITTED TO SHOW THAT IT WAS PUBLISHED?

01:09PM  12    MR. BOSTIC:  EXACTLY, YOUR HONOR.

01:09PM  13    THE COURT:  WELL, I THINK THAT STANDS TO REASON.  WE

01:09PM  14  DON'T HAVE TO DO THAT.  IT'S LIMITED FOR THIS WITNESS'S

01:09PM  15  MOTIVATION, AS YOU SAID, FOR SEEKING EMPLOYMENT AND WHAT HE

01:09PM  16  READ.

01:09PM  17    MR. BOSTIC:  UNDERSTOOD.  THANK YOU, YOUR HONOR.

01:09PM  18    THE COURT:  SO WITH THAT CAVEAT AND LIMITATION, IT'S

01:09PM  19  ADMITTED, AND IT MAY BE PUBLISHED.

01:09PM  20  (GOVERNMENT'S EXHIBIT 1106 WAS RECEIVED IN EVIDENCE.)

01:09PM  21  BY MR. BOSTIC:

01:09PM  22  Q.  LET'S LOOK ON THE SCREEN AT EXHIBIT 1106.

01:09PM  23  LET'S START WITH -- DO YOU SEE ON THE SCREEN, DR. PANDORI,

01:10PM  24  A PARAGRAPH THAT BEGINS, "THE SECRET"?

01:10PM  25  A.  YES.

01:10PM   1    Q.   THE ARTICLE SAYS, "THE SECRET THAT HUNDREDS OF EMPLOYEES

01:10PM   2    ARE NOW REFINING INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE

01:10PM   3    MORE THAN 1,000 LABORATORY TESTS FROM ROUTINE BLOOD WORK TO

01:10PM   4    ADVANCED GENETIC ANALYSES."

01:10PM   5         DO YOU SEE THAT?

01:10PM   6    A.   YES.

01:10PM   7    Q.   AND WAS THIS FACT OR THIS REPRESENTATION PART OF WHAT MADE

01:10PM   8    YOU EXCITED ABOUT THE PROSPECT OF WORKING AT THE COMPANY?

01:10PM   9    A.   YES, IT WAS.

01:10PM  10    Q.   AND WHY WAS THAT?

01:10PM  11    A.   WELL, THERE'S TWO REASONS AT LEAST THAT COME TO MIND

01:10PM  12    IMMEDIATELY.

01:10PM  13         THE FIRST ONE IS THAT IT IMPLIES THAT THERE'S VERY -- THAT

01:10PM  14    A LOT OF MEDICAL INFORMATION CAN BE GATHERED FROM A VERY SMALL,

01:10PM  15    VERY SMALL AMOUNT OF BLOOD.

01:10PM  16         IN PUBLIC HEALTH, THAT'S EXTRAORDINARILY VALUABLE, BECAUSE

01:10PM  17    THAT MEANS THAT WE CAN EXPAND BLOOD TESTING IN A MORE READ EASY

01:10PM  18    FASHION TO PEOPLE.

01:10PM  19         WE CAN EASILY DRAW SPECIMENS, AND WE CAN MORE EASILY TEST

01:11PM  20    SPECIMENS, AND SO WE CAN SERVE THE PUBLIC'S HEALTH BETTER IN

01:11PM  21    THAT REGARD.

01:11PM  22         THERE'S A SPECIFIC STATEMENT ABOUT ADVANCED GENETIC

01:11PM  23    ANALYSES, WHICH IS AN AREA OF PARTICULAR INTEREST TO ME, AND

01:11PM  24    THAT WAS LIKEWISE QUITE INTERESTING AND APPEALING TO ME.

01:11PM  25    Q.   WAS THE VOLUME OR THE NUMBER OF TESTS THAT COULD BE

01:11PM   1    PERFORMED FROM THESE SMALL SAMPLES AN IMPORTANT FACTOR IN YOUR

01:11PM   2    CONSIDERING EMPLOYMENT WITH THE COMPANY?

01:11PM   3    A.   IT WAS A FACTOR.

01:11PM   4    Q.   LET'S LOOK AT THE NEXT SENTENCE IN THE SAME PARAGRAPH.  IT

01:11PM   5    SAYS, "THERANOS'S PROCESSES ARE FASTER, CHEAPER, AND MORE

01:11PM   6    ACCURATE THAN THE CONVENTIONAL METHODS AND REQUIRE ONLY

01:11PM   7    MICROSCOPIC BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF."

01:11PM   8         DO YOU SEE THAT?

01:11PM   9    A.   YES.

01:11PM  10    Q.   AND WAS THIS SIGNIFICANT TO YOU FOR YOUR UNDERSTANDING OF

01:11PM  11    WHAT THE COMPANY COULD DO WHEN YOU FIRST STARTED?

01:11PM  12    A.   YES, FOR THE SAME REASON THAT I STATED EARLIER, THAT THIS

01:12PM  13    EXPANDS TESTING TO PEOPLE THAT MAY NEED IT AND WOULDN'T HAVE

01:12PM  14    NECESSARILY HAD ACCESS TO IT UNLESS THESE BARRIERS WERE BROUGHT

01:12PM  15    DOWN.

01:12PM  16    Q.   IT MENTIONS ACCURACY SPECIFICALLY.

01:12PM  17         FOR A ROLE LIKE YOURS, DOES THE ACCURACY OF BLOOD TESTING

01:12PM  18    MATTER?

01:12PM  19    A.   THE ACCURACY OF BLOOD TESTING IS THE MOST IMPORTANT THING

01:12PM  20    ABOUT BLOOD TESTING, OTHER THAN THE FACT THAT IT SERVES A

01:12PM  21    MEDICAL PURPOSE TO HELP SOMEBODY.  YOU CAN'T DO THAT IF IT'S

01:12PM  22    NOT ACCURATE.

01:12PM  23    Q.   OKAY.  LET'S ZOOM OUT AND GO TO I THINK PAGE 2, AND

01:12PM  24    THERE'S A PARAGRAPH ABOUT HALF WAY DOWN THE PAGE THAT SAYS,

01:12PM  25    "THERANOS'S TECHNOLOGY ELIMINATES."

01:12PM  1         IF WE CAN ZOOM IN ON THAT.

01:12PM  2         OKAY.  DR. PANDORI, THE LANGUAGE IN THE SAME ARTICLE NOW

01:12PM  3    SAYS, "THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE LAB TRIPS

01:12PM  4    BECAUSE IT CAN 'RUN ANY COMBINATION OF TESTS, INCLUDING SETS OF

01:13PM  5    FOLLOW-ON TESTS,' AT ONCE, VERY QUICKLY, ALL FROM A SINGLE

01:13PM  6    MICRO SAMPLE."

01:13PM  7         DO YOU SEE THAT?

01:13PM  8    A.   YES.

01:13PM  9    Q.   THERE'S THEN A STATEMENT THAT SAYS, "MS. HOLMES ESTIMATES

01:13PM  10   THAT PATIENTS AND DOCTORS WILL RECEIVE READOUTS IN AS LITTLE AS

01:13PM  11   TWO HOURS."

01:13PM  12        DO YOU SEE THAT?

01:13PM  13   A.   YES.

01:13PM  14   Q.   THE STATEMENTS THAT WE'VE BEEN LOOKING AT IN THIS ARTICLE,

01:13PM  15   I'LL ASK YOU TO FAST FORWARD IN TIME NOW AND CONSIDER THE

01:13PM  16   THINGS THAT YOU LEARNED WHEN YOU WERE WORKING AT THERANOS.

01:13PM  17        DID THOSE STATEMENTS TURN OUT TO BE TRUE BASED ON YOUR

01:13PM  18   EXPERIENCE AT THE COMPANY?

01:13PM  19   A.   NO.  NO.

01:13PM  20   Q.   FOR EXAMPLE, DID THERANOS HAVE DEVICES THAT AUTOMATED AND

01:13PM  21   MINIATURIZED MORE THAN 1,000 LABORATORY TESTS?

01:13PM  22             MR. CAZARES:  OBJECTION.  IT'S LEADING.

01:13PM  23             MR. BOSTIC:  IT'S NOT LEADING, YOUR HONOR.

01:13PM  24             MR. CAZARES:  THE DOCUMENT IS ADMITTED FOR THE

01:13PM  25   WITNESS'S STATE OF MIND NOT FOR THE TRUTH THAT THE STATEMENTS

01:13PM   1    AND THE REPRESENTATIONS IN THE ARTICLE WERE ACTUALLY MADE

01:14PM   2    PUBLICLY BY ANYONE ASSOCIATED WITH THERANOS.

01:14PM   3            THE COURT:  WELL, HE'S ASKING -- AGAIN, YOU'RE NOT

01:14PM   4    ASKING FOR THE TRUTH OF THIS ARTICLE?

01:14PM   5            MR. BOSTIC:  NO, YOUR HONOR, THE FALSITY.

01:14PM   6            THE COURT:  AND YOU'RE ASKING THIS WITNESS WHETHER

01:14PM   7    OR NOT -- WELL, WHAT HIS EXPERIENCE WAS.

01:14PM   8            MR. BOSTIC:  EXACTLY.

01:14PM   9            THE COURT:  RIGHT.  AND HE CAN TESTIFY ABOUT HIS

01:14PM  10    EXPERIENCE AT THE LAB.

01:14PM  11            MR. CAZARES:  THE OBJECTION IS AS TO WHETHER THE

01:14PM  12    REPRESENTATIONS WERE ACTUALLY MADE.

01:14PM  13            MR. BOSTIC:  THERE'S NO SUCH QUESTION PENDING FOR

01:14PM  14    THIS WITNESS.

01:14PM  15            THE COURT:  OVERRULED.

01:14PM  16    BY MR. BOSTIC:

01:14PM  17    Q.  DR. PANDORI, WOULD YOU LIKE THE QUESTION AGAIN?

01:14PM  18    A.  PLEASE.

01:14PM  19    Q.  THE QUESTION WAS, FOR EXAMPLE, DID THERANOS HAVE DEVICES

01:14PM  20    THAT AUTOMATED AND MINIATURIZED MORE THAN 1,000 LABORATORY

01:14PM  21    TESTS?

01:14PM  22    A.  NO.

01:14PM  23    Q.  WERE THERANOS'S TESTS FASTER, CHEAPER, MORE ACCURATE AND

01:14PM  24    DID THEY REQUIRE ONLY MICROSCOPIC AMOUNTS OF BLOOD.

01:14PM  25            YOU COULD BREAK THOSE UP IF YOU WOULD LIKE.

PANDORI DIRECT BY MR. BOSTIC

01:14PM 1    A.   YEAH, I WOULD PREFER TO BREAK THOSE UP.

01:15PM 2    Q.   SURE.

01:15PM 3         AND, MS. WACHS, IF WE CAN GO BACK TO PAGE 1 SO WE CAN HAVE

01:15PM 4    THAT LANGUAGE IN FRONT OF US.

01:15PM 5    A.   YEAH.

01:15PM 6    Q.   SO I'LL DRAW YOUR ATTENTION BACK TO THAT SECOND SENTENCE.

01:15PM 7    LET'S START WITH FASTER.

01:15PM 8         IN YOUR EXPERIENCE WERE THERANOS'S PROCESSES FASTER?

01:15PM 9    A.   NO.

01:15PM 10   Q.   HOW ABOUT MORE ACCURATE?

01:15PM 11        BASED ON YOUR EXPERIENCE AS LAB DIRECTOR AT THERANOS, WERE

01:15PM 12   THERANOS'S TESTS MORE ACCURATE THAN THE CONVENTIONAL METHODS?

01:15PM 13   A.   THEY WERE NOT.

01:15PM 14   Q.   AND LET'S GO THEN BACK TO PAGE 2 AND BACK TO THAT MIDDLE

01:15PM 15   PARAGRAPH.

01:15PM 16        IN YOUR EXPERIENCE WORKING AT THE COMPANY, DID THERANOS'S

01:16PM 17   TECHNOLOGY ELIMINATE MULTIPLE LAB TRIPS BECAUSE IT COULD RUN

01:16PM 18   ANY COMBINATION OF TESTS, INCLUDING FOLLOW-ON TESTS, ALL FROM A

01:16PM 19   SINGLE MICRO SAMPLE?

01:16PM 20   A.   NO.

01:16PM 21   Q.   YOU SAID YOU STARTED --

01:16PM 22        THANK YOU, MS. WACHS.  WE CAN TAKE THAT DOWN.

01:16PM 23        YOU SAID, DR. PANDORI, THAT YOU STARTED WORKING AT THE

01:16PM 24   COMPANY IN DECEMBER OF 2013; IS THAT RIGHT?

01:16PM 25   A.   CORRECT.

01:16PM 1     Q.   DID YOU LEARN MORE ABOUT THE COMPANY'S TESTING OPERATIONS

01:16PM 2     AND TECHNOLOGY AFTER YOU JOINED THE COMPANY?

01:16PM 3     A.   YES.

01:16PM 4     Q.   WHEN YOU FIRST JOINED, WHAT DEVICES WAS THERANOS USING TO

01:16PM 5     CONDUCT ITS PATIENT TESTS?

01:16PM 6     A.   THERE WERE MANY.  THEY WERE USING FDA CLEARED EQUIPMENT

01:16PM 7     THAT ANY LAB MIGHT USE, LIKE AN IMMULITE OR A SIEMENS PIECE OF

01:16PM 8     EQUIPMENT FOR CHEMICAL ANALYSIS.  SO THESE WERE THE FDA CLEARED

01:17PM 9     EQUIPMENT THAT ANY LABORATORY, ANY PARTICULAR CLINICAL

01:17PM 10    LABORATORY MIGHT PURCHASE AND USE.

01:17PM 11         THEY WERE THEN USING A VERSION OF A SIEMENS ANALYZER THAT

01:17PM 12    HAD BEEN MODIFIED TO RUN DILUTED SAMPLES.

01:17PM 13         AND THEN THEY WERE USING SOMETHING CALLED EDISONS, WHICH

01:17PM 14    WERE MACHINES THAT RAN A DIFFERENT CLASS OF BLOOD TEST WHICH WE

01:17PM 15    REFER TO AS IMMUNOASSAY, AND THOSE WERE BUILT -- THEY WERE

01:17PM 16    CREATED BY THERANOS.

01:17PM 17    Q.   AND SO OF THOSE CATEGORY OF DEVICES THAT YOU JUST LISTED,

01:17PM 18    WHICH OF THOSE WERE ACTUALLY DESIGNED AND MANUFACTURED BY

01:17PM 19    THERANOS ITSELF?

01:17PM 20    A.   THE EDISONS, TO MY KNOWLEDGE, WERE DESIGNED AND BUILT BY

01:17PM 21    THERANOS.

01:17PM 22         THE MACHINES -- THEN THERE WAS A VERSION OF THE FDA

01:17PM 23    CLEARED MACHINE, AND THAT SOME PEOPLE AT THE COMPANY CALLED IT

01:17PM 24    HACKED, H-A-C-K-E-D, THAT WAS THEIR LANGUAGE, TO RUN -- TO

01:18PM 25    HANDLE THE LOWER VOLUMES.

01:18PM 1        AND THEN, AS I SAID, THERE WAS REGULAR LAB EQUIPMENT IN

01:18PM 2   THERE FROM FDA CLEARED LAB EQUIPMENT THAT LABS TYPICALLY BUY.

01:18PM 3   Q.   AND THOSE DEVICES WERE NOT CREATED OR MADE BY THERANOS?

01:18PM 4   A.   THAT'S CORRECT.

01:18PM 5   Q.   FOCUSSING SPECIFICALLY ON THE EDISON, IN YOUR JOB AS LAB

01:18PM 6   DIRECTOR, DID YOU COME TO HAVE AN UNDERSTANDING OF WHAT THE

01:18PM 7   DEVICE COULD DO AND WHAT IT COULDN'T DO IN TERMS OF DIFFERENT

01:18PM 8   TEST TYPES?

01:18PM 9   A.   I DID, YES.

01:18PM 10  Q.   CAN YOU DESCRIBE THAT FOR US AT A HIGH LEVEL?

01:18PM 11  A.   AT A -- DO YOU WANT TO KNOW WHICH PARTICULAR TEST IT COULD

01:18PM 12  RUN?

01:18PM 13  Q.   I WON'T, I WON'T TEST YOUR MEMORY THAT WAY UNLESS YOU HAVE

01:18PM 14  THOSE AT HAND.

01:18PM 15       I'M ASKING IF THERE WERE CATEGORIES OF TESTS THAT COULD BE

01:18PM 16  DONE AND COULDN'T BE DONE BY THE EDISON?

01:19PM 17  A.   EDISONS RAN A CATEGORY OF TESTS WHICH WE CALL

01:19PM 18  IMMUNOASSAYS.  SO THEY WOULD DETECT LARGER BIOMOLECULES, AND

01:19PM 19  THEY DID SO USING ANTIBODY INTERMEDIARIES, SO THEY DETECTED AND

01:19PM 20  COUNTERED THINGS.

01:19PM 21       WHAT YOU WOULDN'T RUN IS SOMETHING LIKE POTASSIUM OR

01:19PM 22  SODIUM, IF YOU NEEDED TO KNOW THAT.

01:19PM 23       BUT LARGER MOLECULES, IF YOU COULD DETECT WITH ANTIBODIES,

01:19PM 24  YOU WOULD USE AN EDISON.

01:19PM 25  Q.   YOU MENTIONED SOME CHEMISTRY TESTS THAT COULD NOT BE DONE

01:19PM  1    ON THE EDISON; IS THAT RIGHT?

01:19PM  2    A.   THAT'S CORRECT.

01:19PM  3    Q.   AND HOW ABOUT CYTOMETRY TESTS LIKE A COMPLETE BLOOD COUNT,

01:19PM  4    COULD THE EDISON DO THOSE?

01:19PM  5    A.   NO.

01:19PM  6    Q.   AND HOW ABOUT GENETIC ANALYSES, COULD THE EDISON DO THOSE

01:19PM  7    TESTS?

01:19PM  8    A.   NO, THE EDISON DIDN'T DO GENETIC TESTING.

01:19PM  9    Q.   DO YOU KNOW APPROXIMATELY HOW MANY ASSAYS THE EDISON DID

01:19PM  10   DURING YOUR TIME THERE?

01:19PM  11   A.   THE TOTAL NUMBER OF TESTS RUN ON THE EDISONS.

01:19PM  12   Q.   APPROXIMATELY HOW MANY DIFFERENT ASSAYS COULD THE EDISON

01:19PM  13   DO, IF YOU REMEMBER?

01:19PM  14   A.   I REMEMBER IT WAS AT LEAST FIVE, OR APPROXIMATELY THAT.

01:20PM  15   Q.   AS YOU CAME TO UNDERSTOOD -- SORRY.

01:20PM  16        AS YOU CAME TO UNDERSTAND THE CAPABILITIES AND LIMITATIONS

01:20PM  17   OF THE EDISON, DID YOU VIEW IT AS A GROUNDBREAKING TECHNOLOGY

01:20PM  18   IN 2013?

01:20PM  19   A.   NO, I DID NOT.

01:20PM  20   Q.   WHY NOT?

01:20PM  21   A.   WELL --

01:20PM  22        MR. CAZARES:  OBJECTION.  702.

01:20PM  23        THE COURT:  DO YOU WANT TO LAY A LITTLE FOUNDATION,

01:20PM  24   HIS BACKGROUND.

01:20PM  25   BY MR. BOSTIC:

01:20PM   1    Q.   IN YOUR PRE-THERANOS EXPERIENCE WORKING AT CLINICAL LABS,

01:20PM   2    DID YOU COME TO HAVE A GENERAL KNOWLEDGE OF WHAT KINDS OF

01:20PM   3    TECHNOLOGY WAS OUT THERE AND AVAILABLE FOR RUNNING BLOOD TESTS?

01:20PM   4    A.   YEAH.   THAT WAS A MAJOR PART OF MY JOB.

01:20PM   5    Q.   AND WAS IT PART OF YOUR JOB TO KEEP UP WITH THE STATE OF

01:20PM   6    THE ART IN TERMS OF WHAT BLOOD ANALYZERS COULD DO?

01:20PM   7    A.   I CONSIDERED IT A SERIOUS PART OF MY JOB.

01:20PM   8    Q.   SO BASED ON THAT FOUNDATION, BASED ON YOUR KNOWLEDGE OF

01:21PM   9    THE INDUSTRY AT THE TIME AND WHAT YOU OBSERVED, WAS THE EDISON

01:21PM   10   GROUNDBREAKING IN 2013?

01:21PM   11          MR. CAZARES:  SAME OBJECTION.

01:21PM   12          THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

01:21PM   13          THE WITNESS:  NO, I DID NOT FIND IT GROUNDBREAKING.

01:21PM   14   BY MR. BOSTIC:

01:21PM   15   Q.   IN WHAT WAY WAS IT NOT GROUNDBREAKING?

01:21PM   16   A.   THERE WERE AT LEAST TWO REASONS, IF NOT MORE.

01:21PM   17          THE FIRST REASON WAS THAT THE AMOUNT OF SAMPLE THAT WAS

01:21PM   18   PUT IN THERE WAS NOT REALLY VERY DIFFERENT SUBSTANTIALLY THAN

01:21PM   19   WHAT WOULD BE PUT INTO SOME OF THE OTHER IMMUNOASSAY TESTS THAT

01:21PM   20   ARE COMMERCIALLY AVAILABLE.  SO THERE WAS NO DIFFERENCE IN

01:21PM   21   VALUE THAT WAS REQUIRED TO RUN THE TESTS.

01:21PM   22          THE EDISON COULD ONLY RUN, AS I RECALL, ONE SPECIMEN AT A

01:21PM   23   TIME IN EACH MACHINE AT THAT POINT.

01:21PM   24          AND THE IMMUNOASSAY TECHNOLOGIES WITH WHICH I HAVE

01:21PM   25   FAMILIARITY CAN RUN UPWARDS OF 90 OR MORE SPECIMENS

01:21PM   1      SIMULTANEOUSLY.

01:21PM   2          AND THEN THE FAILURE RATE OF THE CONTROLS ON THE EDISONS

01:22PM   3      WAS NOTABLY HIGHER THAN WHAT I WOULD SEE ON THE ASSAY EQUIPMENT

01:22PM   4      WITH WHICH I HAD FAMILIARITY, EITHER LITERATURE OR DIRECT USE

01:22PM   5      OR SUPERVISORIAL ROLE OVER.

01:22PM   6      Q.   LET ME ASK, AS YOU CAME TO UNDERSTAND THESE THINGS ABOUT

01:22PM   7      THE EDISON DEVICE, WAS THAT CONSISTENT OR INCONSISTENT WITH

01:22PM   8      WHAT YOU HAD READ IN PUBLICLY AVAILABLE INFORMATION AT

01:22PM   9      THERANOS?

01:22PM  10      A.   AT THAT TIME IT WAS INCONSISTENT.

01:22PM  11      Q.   LET ME TALK A LITTLE BIT MORE ABOUT YOUR ROLE AT THERANOS

01:22PM  12      SPECIFICALLY.  I'M SORRY IF YOU SAID ALREADY, BUT WHAT WAS YOUR

01:22PM  13      TITLE THERE?

01:22PM  14      A.   LABORATORY DIRECTOR.

01:22PM  15      Q.   AND WHAT DID THAT MEAN FOR YOU AT THERANOS?  WHAT WAS

01:22PM  16      INCLUDED IN YOUR RESPONSIBILITY?

01:22PM  17      A.   FOR ME IT INCLUDED OVERSIGHT OF WHAT WAS CALLED CLIA

01:22PM  18      LABORATORY, AND IT WAS LARGELY AN OPERATIONAL AND LOGISTICS

01:22PM  19      ROLE TO MAKE SURE THAT THINGS WERE BEING TESTED IN A RAPID

01:22PM  20      MANNER, IN A PROPER MANNER, AND THAT I WAS MANAGING THE

01:23PM  21      LABORATORY SCIENTISTS TO MAKE SURE THAT THEY WERE GETTING THEIR

01:23PM  22      JOBS DONE, AND I WAS TO CONSULT WITH ADAM ROSENDORFF WHO WAS

01:23PM  23      ALSO A LABORATORY DIRECTOR.

01:23PM  24      Q.   AND YOU MENTIONED DR. ROSENDORFF.  CAN YOU TELL US MORE

01:23PM  25      ABOUT HOW YOU FIT INTO THE -- EXCUSE ME -- THE ORGANIZATIONAL

01:23PM 1    STRUCTURE AT THE COMPANY?

01:23PM 2    A.   I -- ORGANIZATIONAL STRUCTURE, MAY I ASK DO YOU MEAN TO

01:23PM 3    WHOM I REPORTED?

01:23PM 4    Q.   LET'S START WITH THAT, SURE.

01:23PM 5    A.   I REPORTED TO SUNNY BALWANI.

01:23PM 6    Q.   AND HOW DID YOU COME TO UNDERSTAND THAT YOU REPORTED TO

01:23PM 7    MR. BALWANI?

01:23PM 8    A.   I DON'T RECALL.

01:23PM 9    Q.   YOU MENTIONED WORKING WITH DR. ROSENDORFF.

01:23PM 10       WHAT WERE YOUR POSITIONS RELATIVE TO EACH OTHER?

01:23PM 11   A.   WE CONSIDERED ONE ANOTHER PEERS, ALTHOUGH HIS NAME WAS ON

01:24PM 12   THE LICENSE, I CONSULTED HIM ON MATTERS OF QUALITY CONTROL AND

01:24PM 13   LOGISTICS IN THE LABORATORY, AND HE AND I WOULD DISCUSS

01:24PM 14   FINDINGS IN THE LABORATORY AND WOULD WORK TOGETHER IN WHAT IS

01:24PM 15   THE ISSUES AND THE PROBLEM SOLVING PROCESSES, WHICH ARE NORMAL

01:24PM 16   IN CLIA LABORATORIES.

01:24PM 17   Q.   YOU MENTIONED IN YOUR PREVIOUS LAB DIRECTOR ROLE YOU

01:24PM 18   REPORTED TO MEDICAL DOCTORS SPECIFICALLY; IS THAT RIGHT?

01:24PM 19   A.   WHEN I WAS THE LABORATORY DIRECTOR FOR THE CITY AND COUNTY

01:24PM 20   OF SAN FRANCISCO'S PUBLIC HEALTH LABORATORY, I REPORTED TO A

01:24PM 21   PERSON WHO WAS A MEDICAL DOCTOR.  AND, YEAH, ON BOTH OCCASIONS,

01:24PM 22   YES, I REPORTED TO A MEDICAL DOCTOR.

01:24PM 23   Q.   AND WAS THIS THE FIRST TIME IN YOUR CAREER WHEN YOU JOINED

01:25PM 24   THERANOS THAT YOU HAD REPORTED AS LAB DIRECTOR TO SOMEONE WHO

01:25PM 25   DIDN'T HAVE MEDICAL OR SCIENTIFIC TRAINING?

01:25PM  1    A.   YES.

01:25PM  2    Q.   DID YOU HAVE A REACTION TO THAT STRUCTURE AT THE TIME?

01:25PM  3    A.   AT WHAT TIME?

01:25PM  4    Q.   WHEN YOU FIRST JOINED THE COMPANY, DID YOU HAVE A REACTION

01:25PM  5    TO THE FACT THAT YOU WERE REPORTING TO SOMEONE WHO WASN'T AN

01:25PM  6    M.D.?

01:25PM  7    A.   AT THE MOMENT THAT I JOINED THE COMPANY AND EARLY ON, I

01:25PM  8    DID NOT HAVE A REACTION.

01:25PM  9    Q.   DID YOU LATER COME TO HAVE AN OPINION ABOUT WHETHER THAT

01:25PM  10   WAS A GOOD OR BAD THING?

01:25PM  11   A.   I LATER CAME TO HAVE AN OPINION THAT IT WAS A BAD THING.

01:25PM  12   Q.   CAN YOU TELL ME MORE ABOUT MR. BALWANI'S ROLE IN

01:25PM  13   CONNECTION WITH THE CLINICAL LAB?  YOU SAID YOU REPORTED TO

01:25PM  14   HIM, BUT HOW WAS HE INVOLVED IN LABORATORY OPERATIONS?

01:25PM  15   A.   SUNNY WANTED ALL OF THE INFORMATION IN EVERY ASPECT OF THE

01:25PM  16   OPERATION TO BE KNOWN TO HIM, AND, IF NECESSARY, HE WOULD STEP

01:26PM  17   IN TO ASSIST IN SOLVING PROBLEMS AND DISCUSS THEM AND TO ASSIGN

01:26PM  18   DIFFERENT PEOPLE TO SOLVE DIFFERENT PROBLEMS.

01:26PM  19   Q.   YOU SAID THAT YOUR IMPRESSION WAS THAT HE WANTED TO KNOW

01:26PM  20   WHAT WAS HAPPENING.

01:26PM  21        HOW DID HE CONVEY THAT OR HOW DID HE ACHIEVE THAT AT

01:26PM  22   THERANOS?

01:26PM  23   A.   SUNNY WAS VERY COMMUNICATIVE, AND HE SPOKE TO AS MANY

01:26PM  24   PEOPLE AS HE COULD AS OFTEN AS HE COULD, AND SOUGHT TO HAVE AS

01:26PM  25   MUCH INTELLIGENCE ABOUT WHAT WAS GOING ON IN THE COMPANY AS HE

01:26PM  1    COULD AT ALL TIMES.

01:26PM  2          AND THAT WAS EITHER VOCALLY OR BY EMAIL.  AND, YOU KNOW,

01:26PM  3    VOCALLY WOULD BE LIKE MEETINGS OR INDIVIDUAL CONVERSATIONS.

01:26PM  4    Q.   AND IN YOUR PERSONAL EXPERIENCE, HOW FREQUENTLY WERE YOU

01:26PM  5    IN CONTACT WITH MR. BALWANI ABOUT EVENTS IN THE LAB DURING YOUR

01:26PM  6    TIME AT THERANOS?

01:26PM  7    A.   I BELIEVE EVERY DAY THAT I COULD THAT HE WAS THERE.

01:27PM  8    Q.   BESIDES YOUR ROLE IN THE CLINICAL LAB WHERE PATIENT

01:27PM  9    TESTING WAS DONE, DID YOU ALSO HAVE ANY INVOLVEMENT IN THE

01:27PM  10   RESEARCH AND DEVELOPMENT SIDE?

01:27PM  11   A.   I DID.

01:27PM  12   Q.   CAN YOU DESCRIBE WHAT THAT WAS?

01:27PM  13   A.   I WAS ASKED TO ASSIST IN REVIEWING VALIDATION REPORTS FOR

01:27PM  14   ANOTHER PART OF THE COMPANY THAT WAS DEVELOPING A GENETIC STYLE

01:27PM  15   TEST TO DETECT INFECTIOUS ORGANISMS, AND I WAS ASKED TO REVIEW

01:27PM  16   THE VALIDATION STUDIES THAT WERE DONE IN FURTHERANCE OF MOVING

01:27PM  17   THOSE TESTS FORWARD.

01:27PM  18   Q.   AND IN CONNECTION WITH THAT -- WELL, LET ME ASK, THAT

01:27PM  19   TESTING, WAS IT GOING TO BE PERFORMED ON THE EDISON 3.0 OR THE

01:27PM  20   3.5 DEVICE?

01:27PM  21   A.   NO, IT WAS NOT.

01:27PM  22   Q.   WAS THERE A PARTICULAR DEVICE THAT IT WOULD BE PERFORMED

01:28PM  23   ON?

01:28PM  24   A.   NOT TO MY KNOWLEDGE.

01:28PM  25   Q.   IN THAT ROLE, WORKING WITH R&D, DID YOU ALSO REPORT TO

01:28PM  1      MR. BALWANI?

01:28PM  2      A.   YES.

01:28PM  3      Q.   AND WAS HE SIMILARLY INVOLVED AND AWARE OF WHAT WAS

01:28PM  4      HAPPENING ON THE R&D SIDE AS HE WAS AWARE ON THE CLINICAL SIDE?

01:28PM  5      A.   YES.  HE SOUGHT TO KNOW EVERYTHING HE COULD ABOUT

01:28PM  6      EVERYTHING.

01:28PM  7      Q.   BEFORE YOU JOINED THERANOS, WERE YOU AWARE OF THE

01:28PM  8      COMPANY'S USE OF THIRD PARTY DEVICES?

01:28PM  9      A.   I'M SORRY, CAN YOU RESTATE THE QUESTION.

01:28PM 10      Q.   SURE.

01:28PM 11           BEFORE YOU STARTED WORKING AT THE COMPANY, DID YOU KNOW

01:28PM 12      THAT THERANOS WAS USING THIRD PARTY DEVICES FOR MANY OF ITS

01:28PM 13      TESTS?

01:28PM 14      A.   SO BY "THIRD PARTY DEVICES," YOU MEAN FDA CLEARED

01:28PM 15      EQUIPMENT THAT WAS RUN BY OTHER COMPANIES?

01:28PM 16      Q.   CORRECT.

01:28PM 17      A.   I DID NOT KNOW THAT.

01:28PM 18      Q.   WERE YOU SURPRISED TO KNOW THAT WHEN YOU JOINED THE

01:28PM 19      COMPANY?

01:28PM 20      A.   YES.

01:28PM 21      Q.   DO YOU REMEMBER THE APPROXIMATE PROPORTION OF HOW MANY

01:29PM 22      TESTS WERE BEING HANDLED BY THERANOS BUILT DEVICES VERSUS HOW

01:29PM 23      MANY DEVICES WERE BEING RUN BY NON-THERANOS BUILT DEVICES WHEN

01:29PM 24      YOU WERE THERE?

01:29PM 25      A.   I COULDN'T QUANTIFY THAT FOR YOU, BUT I REMEMBER WHEN I

01:29PM 1    FIRST ARRIVED, MORE TESTS WERE BEING RUN ON THE, AS YOU CALLED

01:29PM 2    THEM, THIRD PARTY, THE FDA CLEARED EQUIPMENT, AND THAT RATIO

01:29PM 3    SHIFTED MORE TOWARDS THERANOS DEVELOPED TESTS AS TIME WENT BY,

01:29PM 4    BUT I COULDN'T QUANTIFY THAT SHIFT.

01:29PM 5    Q.   LET ME ASK THE SAME QUESTION FOR VENOUS TESTING VERSUS

01:29PM 6    FINGERSTICK TESTING.

01:29PM 7         FIRST, CAN YOU EXPLAIN THE DIFFERENCE BETWEEN THOSE TWO

01:29PM 8    METHODS OF GETTING A BLOOD SAMPLE?

01:29PM 9    A.   VENOUS TESTING, A NEEDLE IS INSERTED INTO THE VEIN AND

01:29PM 10   DRAWN DIRECTLY FROM THE VEIN.

01:29PM 11        IN FINGERSTICK TESTING, A LANCET OR SOME SORT OF SHARP

01:29PM 12   DEVICE IS USED TO POKE GENERALLY THE FINGERTIP, AND BLOOD

01:30PM 13   STARTS TO COME OUT OF THAT SMALL HOLE, AND IT IS GATHERED OFTEN

01:30PM 14   BY OTHER METHODS.

01:30PM 15   Q.   BEFORE YOU JOINED THERANOS, WERE YOU AWARE THAT THE

01:30PM 16   COMPANY RELIED ON VENOUS TESTING FOR A LARGER PORTION OF ITS

01:30PM 17   TESTING?

01:30PM 18   A.   I WAS NOT AWARE THAT THEY RELIED ON THAT.

01:30PM 19   Q.   YOU MENTIONED EARLIER THAT THE EDISON DEVICE WAS ONLY ABLE

01:30PM 20   TO ANALYZE ONE ANALYTE AT THE TIME; IS THAT RIGHT?

01:30PM 21   A.   AT THE TIME I WAS THERE, THAT IS MY RECOLLECTION.

01:30PM 22   Q.   DID YOU DISCUSS THE LIMITATIONS OF THE EDISON DEVICE WITH

01:30PM 23   MR. BALWANI?

01:30PM 24   A.   YES.

01:30PM 25   Q.   DID YOU DISCUSS, FOR EXAMPLE, THAT PARTICULAR LIMITATION,

01:30PM   1     THAT THE EDISON COULD ONLY DO ONE ASSAY AT A TIME?

01:30PM   2     A.   I DID.

01:30PM   3     Q.   WERE THERE TESTS THAT THERANOS OFFERED DURING YOUR TIME AT

01:30PM   4     THE COMPANY THAT THE COMPANY DIDN'T -- COULDN'T DO IN HOUSE AT

01:31PM   5     ALL?

01:31PM   6     A.   YES, THERE WERE.

01:31PM   7     Q.   AND HOW WERE THOSE TESTS HANDLED BY THERANOS?

01:31PM   8     A.   THEY WERE SENT TO OTHER LABORATORIES THAT DID RUN THOSE

01:31PM   9     TESTS.

01:31PM   10    Q.   WHEN YOU WERE AT THERANOS, DID YOU COME TO BE FAMILIAR

01:31PM   11    WITH A TERM CALLED COEFFICIENT OF VARIATION?

01:31PM   12    A.   I WAS FAMILIAR WITH THAT TERM BEFORE I JOINED THERANOS.

01:31PM   13    Q.   FAIR ENOUGH.

01:31PM   14         WHAT WAS OR WHAT IS COEFFICIENT OF VARIATION IN THE

01:31PM   15    CONTEXT OF LABORATORY TESTING?

01:31PM   16    A.   WELL, THE BEST WAY -- I CAN EXPLAIN THAT TECHNICALLY, BUT

01:31PM   17    I THINK IT'S MORE IMPORTANT THAT I EXPLAIN WHAT IT MEANS MORE

01:31PM   18    BASICALLY I THINK.

01:31PM   19    Q.   PLEASE.

01:31PM   20    A.   SO IT'S ESSENTIALLY WHEN YOU TALK ABOUT A COEFFICIENT OF

01:31PM   21    VARIATION, YOU'RE LOOKING AT A TEST THAT GENERATES A NUMBER AS

01:31PM   22    A RESULT, AND THE QUESTION IS HOW MUCH DRIFT IS THERE AROUND

01:31PM   23    THAT VALUE?

01:31PM   24         SO IF YOU TAKE THE SAME SAMPLE, LET'S SAY IT'S A SAMPLE OF

01:31PM   25    A SCORE OF 100, WHAT DRIFT CAN YOU EXPECT IF YOU WERE TO RUN

01:32PM   1    THAT SAMPLE OVER AND OVER AGAIN IN THE MACHINE OR THE LAB TEST?

01:32PM   2         A COEFFICIENT OF VARIATION OF 10 IN THAT CASE WOULD BE

01:32PM   3    THAT YOU WOULD GENERALLY SEE VALUES BETWEEN 90 AND 110 IF THE

01:32PM   4    EXPECTED VALUE IS 100.

01:32PM   5         DOES THAT HELP?

01:32PM   6    Q.   YES.   THANK YOU.

01:32PM   7    A.   MORE TECHNICALLY, IT'S THE STANDARD DEVIATION DIVIDED BY

01:32PM   8    THE MEAN.

01:32PM   9    Q.   AND AS A LABORATORY DIRECTOR, ARE YOU HOPING TO SEE A

01:32PM  10    LARGE COEFFICIENT OF VARIATION OR A SMALL COEFFICIENT OF

01:32PM  11    VARIATION?

01:32PM  12    A.   YOU WANT TESTS TO HAVE SMALL COEFFICIENT OF VARIATIONS.

01:32PM  13    Q.   AND CAN YOU EXPLAIN WHY THAT IS?

01:32PM  14    A.   WELL, IT'S PLAYS TO THE ACCURACY AND PRECISION OF A TEST.

01:32PM  15    IF A TEST DRIFTS QUITE A BIT AND THE NUMBER IS IMPORTANT FOR

01:32PM  16    MAKING A MEDICAL ACTION BASED ON THE TEST RESULT, YOU NEED THAT

01:32PM  17    NUMBER, YOU NEED TO BE CONFIDENT IN THAT NUMBER.

01:32PM  18         IF THE COEFFICIENT OF VARIATION IS LOW, THEN THAT MEANS

01:33PM  19    THAT YOU CAN FEEL CONFIDENT THAT THE VALUE THAT YOU GET IN THE

01:33PM  20    LAB TEST RESULT IS GOING TO BE VERY CLOSE TO THE TRUE VALUE.

01:33PM  21    Q.   DURING YOUR TIME AT THERANOS, DID YOU HAVE OCCASION TO

01:33PM  22    BECOME FAMILIAR WITH HOW THE THERANOS DEVICE -- OF COURSE --

01:33PM  23    HOW THE THERANOS DEVICE PERFORMED IN CONNECTION WITH

01:33PM  24    COEFFICIENT OF VARIATION?

01:33PM  25    A.   YOU SAID THERANOS EQUIPMENT?

01:33PM  1    Q.   YES.  LET'S TALK ABOUT THE EDISON SPECIFICALLY.

01:33PM  2    A.   OH.  THE EDISONS, THERE WAS, THERE WAS SOME EVIDENCE TO

01:33PM  3    SUGGEST THAT THE COEFFICIENT OF VARIATIONS WERE PRETTY HIGH.

01:33PM  4    Q.   AND DID YOU MONITOR OR KEEP YOURSELF AWARE OF CV

01:33PM  5    PERFORMANCE AS PART OF YOUR JOB AT THERANOS?

01:33PM  6    A.   I DIDN'T KEEP TRACK OR MONITOR, BUT THAT WAS THE JOB OF

01:34PM  7    OTHER PEOPLE.

01:34PM  8    Q.   AND THE RESULTING INFORMATION WAS AVAILABLE TO YOU?

01:34PM  9    A.   YES.

01:34PM 10    Q.   CAN I ASK YOU TO TURN TO TAB 5769 IN THE BINDER IN FRONT

01:34PM 11    OF YOU.

01:34PM 12    A.   I'M SORRY, WHAT NUMBER?

01:34PM 13    Q.   5769.

01:34PM 14    A.   I SEE IT.

01:34PM 15    Q.   AND IS THAT AN EMAIL CHAIN, INCLUDING YOU, RELATING TO

01:34PM 16    VARIATION IN EDISON PERFORMANCE AT THERANOS?

01:34PM 17    A.   I'M SORRY, COULD YOU REPEAT THAT.

01:34PM 18    Q.   OF COURSE.

01:34PM 19         IS THAT AN EMAIL INCLUDING YOU RELATING TO VARIATION

01:34PM 20    BETWEEN EDISON RESULTS AT THERANOS?

01:34PM 21    A.   YES.

01:34PM 22              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5769.

01:34PM 23              MR. CAZARES:  NO OBJECTION.

01:34PM 24              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:34PM 25         (GOVERNMENT'S EXHIBIT 5769 WAS RECEIVED IN EVIDENCE.)

01:35PM  1      BY MR. BOSTIC:

01:35PM  2      Q.   OKAY.  SO, DR. PANDORI, I'LL ASK YOU TO LOOK AT THIS EMAIL

01:35PM  3      CHAIN FIRST.  THE SUBJECT LINE IS FT4 AND TSH STUDY RESULTS.

01:35PM  4           DO YOU SEE THAT?

01:35PM  5      A.   I DO.

01:35PM  6      Q.   AND THIS IS FROM APRIL OF 2014; IS THAT RIGHT?

01:35PM  7      A.   IT IS, ACCORDING TO THIS.

01:35PM  8      Q.   IN YOUR BINDER BEHIND THE EMAIL IS THE EXCEL ATTACHMENT IF

01:35PM  9      YOU WOULD LIKE TO REFER TO THAT.

01:35PM  10          BUT I'M WONDERING IF YOU RECALL THIS STUDY OR IF YOU CAN

01:35PM  11     TELL US WHAT THE CONTEXT WAS FOR THIS EMAIL EXCHANGE?

01:35PM  12     A.   MAY I TAKE A MOMENT TO REVIEW THE DOCUMENT?

01:35PM  13     Q.   OF COURSE.

01:35PM  14          (PAUSE IN PROCEEDINGS.)

01:36PM  15              THE WITNESS:  OKAY.  WHAT IS YOUR QUESTION?

01:36PM  16     BY MR. BOSTIC:

01:36PM  17     Q.   MY QUESTION IS CAN YOU RECALL THIS STUDY OR CAN YOU GIVE

01:36PM  18     US SOME CONTEXT FOR THIS EMAIL EXCHANGE?

01:36PM  19     A.   THERE WAS CONCERN ON THE PART OF MYSELF, DR. ROSENDORFF,

01:36PM  20     AND LANGLY GEE THAT THE RESULTS FROM FT4 AND TSH, WHICH WERE

01:36PM  21     RUN ON THE EDISON, WERE VARYING A LOT, AND THAT THAT MIGHT BE A

01:36PM  22     COMPROMISING ISSUE WITH REGARD TO THE QUALITY OF THE TEST.

01:36PM  23     Q.   AND WERE THESE ASSAYS THAT WERE ALREADY BEING USED FOR

01:36PM  24     PATIENTS IN THE CLINICAL LAB?

01:36PM  25     A.   YES.

01:36PM  1    Q.   SO AS A RESULT OF THOSE CONCERNS, WHAT ACTIONS WERE TAKEN

01:36PM  2    THAT WE SEE IN THIS EMAIL?

01:36PM  3    A.   DR. ROSENDORFF AND MYSELF LOOKED AT DATA, AND LANGLY GEE,

01:36PM  4    AND WE CAME TO THE CONCLUSION THAT THIS WOULD BE -- THE RESULTS

01:37PM  5    FROM THESE TESTS MIGHT BE PROBLEMATIC, AND THAT IT APPEARS IN

01:37PM  6    THIS EMAIL THAT THERE WAS A PROPOSED SOLUTION TO APPLY WHAT IS

01:37PM  7    CALLED A BIAS CORRECTION TO THE NUMERICAL RESULTS.

01:37PM  8         AND THAT WOULD BE TAKING EVERY RESULT FROM A DEVICE AND

01:37PM  9    THEN APPLYING SOME FACTOR TO THAT, LIKE SAYING EVERY DEVICE OR

01:37PM 10    EVERY RESULT THAT COMES OUT, MULTIPLY IT BY TWO TO GET THE

01:37PM 11    CORRECT RESULT.  THAT WOULD BE TO CORRECT, TO BIAS CORRECT,

01:37PM 12    LET'S SAY.

01:37PM 13         AND ADAM IS SAYING THAT HIS OPINION BASED ON THE DATA

01:37PM 14    WOULD BE THAT THAT WOULD NOT BE A SOLUTION TO THE PROBLEM

01:37PM 15    BECAUSE SOME RESULTS MIGHT BE CORRECTED APPROPRIATELY BY A BIAS

01:37PM 16    CORRECTION, BUT CORRECT RESULTS WOULD THEN BE MADE INCORRECT IF

01:37PM 17    IT WAS APPLIED.

01:37PM 18    Q.   OKAY.  AND IS THAT WHAT IS BEING DISCUSSED IN THE TOP

01:37PM 19    EMAIL ON THIS PAGE?

01:37PM 20         AND, MS. WACHS, IF WE CAN ZOOM IN ON THAT?

01:37PM 21    A.   I CAN SEE IT, YES.

01:37PM 22    Q.   AND THIS IS AN EMAIL FROM YOU ON APRIL 3RD; IS THAT RIGHT?

01:37PM 23    A.   THAT'S CORRECT.

01:38PM 24    Q.   OKAY.  AND YOU SAY, "LOOKING AT THESE DATA, I'M NOT SURE

01:38PM 25    THAT COMING UP WITH A BIAS CORRECTION WOULD FIX THE PROBLEMS

01:38PM   1        WITH TSH AND FT4."

01:38PM   2             SO AM I UNDERSTANDING CORRECTLY THAT A BIAS CORRECTION

01:38PM   3        WILL WORK IN A CASE WHERE A TEST IS CONSISTENTLY REPORTING,

01:38PM   4        SAY, A CERTAIN AMOUNT TOO LOW OR A CERTAIN AMOUNT TOO HIGH?

01:38PM   5        A.   CORRECT.  SO THE USE OF THE TERM BIAS CORRECTION HERE

01:38PM   6        WOULD INDICATE THAT FOR SOME REASON A LAB TEST IS CONSISTENTLY

01:38PM   7        ERRING IN A CERTAIN MANNER, EITHER HIGH OR LOW, AND YOU'RE

01:38PM   8        GOING TO MATHEMATICALLY CORRECT THAT BY APPLYING A NUMBER TO

01:38PM   9        TAKE THOSE LOW RESULTS AND MAKE THEM CORRECT OR TAKE A HIGH

01:38PM   10       RESULT AND MAKE THEM CORRECT.

01:38PM   11            BUT IT WOULD BE APPLIED IN A MANNER THAT YOU SUGGESTED,

01:38PM   12       WHICH IS THAT WHEN THE FAILURE -- WHEN THE INACCURACY WAS

01:38PM   13       CONSISTENT.

01:38PM   14       Q.   SO WHAT WAS IT ABOUT THIS SITUATION, THEN, THE PROBLEMS

01:39PM   15       WITH TSH AND FT4 THAT MEANT THAT YOU COULDN'T APPLY THAT KIND

01:39PM   16       OF ADJUSTMENT TO FIX IT?

01:39PM   17       A.   BECAUSE THE TEST WAS OFFERING ACCURATE RESULTS SOMETIMES

01:39PM   18       AND INACCURATE RESULTS OTHER TIMES.

01:39PM   19            SO THE BIAS -- TO APPLY A BIAS CORRECTION IN THAT CASE

01:39PM   20       WOULD BE TO RENDER CERTAIN CORRECT RESULTS INCORRECT.

01:39PM   21       Q.   SO IF A TEST PERFORMS TOO INCONSISTENTLY, A BIAS

01:39PM   22       CORRECTION WON'T FIX THE PROBLEM?

01:39PM   23       A.   THAT'S CORRECT.

01:39PM   24       Q.   THANK YOU, MS. WACHS.  WE CAN TAKE THAT DOWN.

01:39PM   25            LET'S TALK ABOUT QUALITY CONTROL.  WERE YOU INVOLVED IN

01:39PM 1    QUALITY CONTROL FOR THERANOS DEVICES DURING YOUR TIME AT THE

01:39PM 2    COMPANY?

01:39PM 3    A.    I PLAYED A ROLE IN THAT.

01:39PM 4    Q.    WHAT WAS YOUR ROLE IN CONNECTION WITH QC?

01:39PM 5    A.    I MONITORED IT, I SURVEYED IT.  WHEN IT WAS ISSUES OF

01:39PM 6    QUALITY CONTROL WERE BROUGHT TO MY ATTENTION BY THE PEOPLE

01:39PM 7    RUNNING THE TESTS, I WOULD LOOK AT THE DATA, AND I WOULD BRING

01:39PM 8    IT TO OTHER PEOPLE'S ATTENTION AT THE COMPANY.

01:40PM 9    Q.    AND WHAT WAS THE FUNCTION OF QUALITY CONTROL AT THERANOS?

01:40PM 10   A.    THE FUNCTION OF QUALITY CONTROL AT THERANOS WAS THE SAME,

01:40PM 11   SOUGHT TO ACHIEVE THE SAME FUNCTION THAT QUALITY CONTROL SERVES

01:40PM 12   IN ANY CASE, AND THAT IS TO ASCERTAIN, DETERMINE WHETHER A LAB

01:40PM 13   TEST IS RUN INCORRECTLY OR NOT BEFORE IT'S USED OR AS IT'S USED

01:40PM 14   ON PATIENTS.

01:40PM 15   Q.    AND JUST IN BASIC TERMS, HOW DOES QUALITY CONTROL ACHIEVE

01:40PM 16   THAT?

01:40PM 17   A.    QUALITY CONTROL INDICATES THAT YOU HAVE A GOLD STANDARD,

01:40PM 18   EITHER A KNOWN -- IN THE CASE OF A LAB TEST WHICH GIVES

01:40PM 19   POSITIVE OR NEGATIVE RESULTS.  THAT WOULD MEAN A KNOWN NEGATIVE

01:40PM 20   AND A KNOWN POSITIVE.  THEY WOULD BE RUN TO DETERMINE WHAT --

01:40PM 21   THE TEST BETTER CALL THAT POSITIVE OR NEGATIVE OR THE TEST IS

01:40PM 22   NOT RUNNING CORRECTLY, SO WE HAVE CONTROLLED FOR IT.

01:40PM 23        IN THE CASE OF A TEST THAT GENERATES A NUMBER, YOU WOULD

01:40PM 24   PURCHASE THESE CONTROLS, THESE GOLD STANDARDS, AND THEY WOULD

01:41PM 25   COME WITH RANGES THAT WOULD BE DEEMED ACCEPTABLE.

01:41PM  1          SO YOU WOULD RUN THAT STANDARD, THAT CONTROL, AND EXPECT A

01:41PM  2   CERTAIN VALUE.  AND IF YOU DIDN'T SEE IT OR YOU SAW SOMETHING

01:41PM  3   FAR AWAY FROM THAT VALUE, IT WOULD TELL YOU SOMETHING IS WRONG

01:41PM  4   WITH THE LABORATORY TESTS, ALERT SO TO SPEAK.

01:41PM  5   Q.   DURING YOUR TIME AT THERANOS, DID YOU BECOME FAMILIAR WITH

01:41PM  6   HOW THE EDISON PERFORMED ON QUALITY CONTROL TESTS?

01:41PM  7   A.   THE EDISON PERFORMED VERY POORLY WITH REGARD TO QUALITY

01:41PM  8   CONTROL TESTS.

01:41PM  9   Q.   AND WAS THAT THE CASE THROUGHOUT YOUR TIME AT THE COMPANY?

01:41PM  10  A.   THROUGHOUT MY TIME AT THE COMPANY MY RECOLLECTION IS THAT

01:41PM  11  THAT WAS THE CASE.

01:41PM  12  Q.   AND WHEN YOU SAY IT PERFORMED POORLY, HOW WOULD YOU

01:41PM  13  COMPARE ITS PERFORMANCE TO THE NON-THERANOS DEVICES THAT YOU

01:41PM  14  HAD USED PREVIOUSLY?

01:41PM  15  A.   EXTREMELY POORLY.

01:42PM  16       NUMERICALLY -- I HAD THE OPPORTUNITY TO LOOK AT EMAILS IN

01:42PM  17  THIS BINDER, AND SO I KNOW THAT, LIKE, THE AVERAGE QUALITY

01:42PM  18  CONTROL FAILURE RATE --

01:42PM  19          MR. CAZARES:  OBJECTION.  HEARSAY.

01:42PM  20  BY MR. BOSTIC:

01:42PM  21  Q.   LET'S WAIT, DR. PANDORI, UNTIL WE GET TO THAT EXHIBIT THAT

01:42PM  22  YOU'RE TALKING ABOUT.

01:42PM  23  A.   OKAY.

01:42PM  24  Q.   FOR NOW LET ME JUST ASK YOU IN GENERAL TERMS, DID THE

01:42PM  25  THERANOS ANALYZER PERFORM BETTER OR WORSE THAN THE NON-THERANOS

01:42PM  1    DEVICES THAT YOU WERE FAMILIAR WITH?

01:42PM  2    A.   THE THERANOS DEVICES WORKED MUCH WORSE.

01:42PM  3    Q.   CAN I ASK YOU TO TURN TO EXHIBIT 5767 IN YOUR BINDER.

01:42PM  4    A.   I'M THERE.

01:42PM  5    Q.   OKAY.  IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND

01:42PM  6    MR. BALWANI RELATING TO THE OPERATIONS OF THE LAB?

01:42PM  7    A.   YES, THIS IS AN EXCHANGE BETWEEN SUNNY BALWANI AND MYSELF

01:43PM  8    ABOUT LOGISTICAL OPERATIONS AT THE LABORATORY.

01:43PM  9              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5767.

01:43PM  10             MR. CAZARES:  ONE MOMENT, YOUR HONOR.

01:43PM  11         (PAUSE IN PROCEEDINGS.)

01:43PM  12             MR. CAZARES:  NO OBJECTION.

01:43PM  13             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:43PM  14         (GOVERNMENT'S EXHIBIT 5767 WAS RECEIVED IN EVIDENCE.)

01:43PM  15    BY MR. BOSTIC:

01:43PM  16    Q.   LET'S START ON PAGE 1.  AND IF WE CAN LOOK AT THE MIDDLE

01:43PM  17    OF THE PAGE WITH YOUR EMAIL TO MR. BALWANI.

01:43PM  18         SO ON JANUARY 30TH YOU WRITE, "SUNNY,

01:43PM  19         "UPDATE.

01:43PM  20         "I FOLLOWED SPECIMENS THROUGH THE PROCESS, ON FOOT,

01:43PM  21    ESSENTIALLY ALL DAY."

01:43PM  22         DO YOU SEE THAT?

01:43PM  23    A.   I SEE IT.

01:43PM  24    Q.   AND THEN YOU REPORT A NUMBER OF ISSUES THAT YOU OBSERVED;

01:43PM  25    IS THAT RIGHT?

PANDORI DIRECT BY MR. BOSTIC                                          1625

01:43PM   1       A.    THAT'S CORRECT.

01:43PM   2       Q.    AND CAN YOU EXPLAIN TO US WHY YOU WERE TRACKING SPECIMENS

01:43PM   3       AND WHY YOU SENT THIS EMAIL TO MR. BALWANI?

01:43PM   4       A.    ONE OF MY ROLES AS LABORATORY DIRECTOR WAS TO MAKE SURE

01:44PM   5       THAT THE PROCESSES WERE RUNNING SMOOTHLY.

01:44PM   6            THE IMPORTANCE OF THAT IS THAT YOU NEED TO GET LAB RESULTS

01:44PM   7       TURNED AROUND IN A REASONABLE AMOUNT OF TIME, AND I WANTED TO

01:44PM   8       MAKE SURE THAT THERE WERE -- THERE WAS NOTHING -- NO BARRIERS

01:44PM   9       THAT COULD BE REMOVED WITH REGARD TO TURNAROUND TIME.

01:44PM  10            AND IF THERE WERE BARRIERS, WHAT WERE THEY?

01:44PM  11       Q.    SO YOUR MAIN GOAL HERE WAS IMPROVING THE EFFICIENCY OF THE

01:44PM  12       LAB; IS THAT FAIR?

01:44PM  13       A.    THAT'S CORRECT.

01:44PM  14       Q.    LET'S LOOK AT WHAT YOU REPORTED IN TERMS OF TURNAROUND

01:44PM  15       TIME.  AND YOU SAY IN YOUR EMAIL, "TODAY, 4 SPECIMENS ARRIVED,

01:44PM  16       WITH A TOTAL REQUISITION OF 14 TESTS."

01:44PM  17            IS THAT RIGHT?

01:44PM  18       A.    THAT'S CORRECT.

01:44PM  19       Q.    FIRST OF ALL, JUST AS AN ASIDE, HOW DOES THAT TEST VOLUME

01:44PM  20       COMPARE TO WHAT YOU WERE USED TO WORKING AT PREVIOUS LABS?

01:44PM  21       A.    IT'S MUCH, MUCH LOWER.  MUCH LOWER.

01:45PM  22       Q.    OKAY.  THOSE 4 SPECIMENS AND 14 TESTS, YOU THEN REPORT HOW

01:45PM  23       THEY RESULTED OUT IN THE NEXT LINE; IS THAT CORRECT?

01:45PM  24       A.    IN THE NEXT LINE I'M INDICATING THE TURNAROUND TIMES THAT

01:45PM  25       I TIMED ON MY STOPWATCH.

01:45PM 1   Q.   OKAY.  AND YOU SAY FOR THE 3 OF 4 SPECIMENS THAT ACTUALLY

01:45PM 2   COMPLETED AND RESULTED OUT, THE TURNAROUND TIMES WERE 9.5, 9.5,

01:45PM 3   AND 7 HOURS RESPECTIVELY?

01:45PM 4   A.   YES.

01:45PM 5   Q.   LET'S LOOK AT THE BOTTOM LINE ON THIS PAGE.

01:45PM 6        YOU SAY, "DELAYS TODAY INCLUDED:"

01:45PM 7        IT SAYS, "CALCIUM FAILED QC ON MULTIPLE OCCASIONS DUE TO

01:45PM 8   TECAN DILUTION PROBLEMS IN NORMANDY."

01:45PM 9        DO YOU SEE THAT?

01:45PM 10  A.   I SEE THAT.

01:46PM 11  Q.   HOW DID THESE MULTIPLE CALCIUM QC FAILURES AFFECT WHAT YOU

01:46PM 12  WERE FOCUSSING ON, THE EFFICIENCY AND TURNAROUND TIME AT THE

01:46PM 13  LAB?

01:46PM 14  A.   WHEN QC FAILURES OCCUR, THEY INDICATE THAT THE EQUIPMENT

01:46PM 15  IS NOT OPERATING PROPERLY, SO YOU HAVE TO TRY RUNNING QC AGAIN

01:46PM 16  TO SEE IF IT WAS JUST A PROBLEM WITH QC OR IF THERE MIGHT BE A

01:46PM 17  SYSTEMATIC PROBLEM WITH THE EQUIPMENT OR THE LAB TEST.

01:46PM 18       RERUNNING QC TAKES TIME, AND THAT WOULD LENGTHEN

01:46PM 19  TURNAROUND TIMES.

01:46PM 20       IF THERE IS A PROBLEM WITH THE MACHINE THAT IS DETECTED

01:46PM 21  BECAUSE THE CONTROLS ARE TELLING YOU THERE IS SOMETHING WRONG,

01:46PM 22  AND YOU WOULD HAVE TO TROUBLESHOOT THAT.  AND IF THAT COULD BE

01:46PM 23  DONE IN A REASONABLE AMOUNT OF TIME, WELL, NO MATTER HOW LONG

01:46PM 24  THAT TOOK, THAT WOULD LENGTHEN TURNAROUND TIMES AS WELL.

01:46PM 25  Q.   OKAY.  YOUR EMAIL MENTIONS THAT THESE QC FAILURES WERE

PANDORI DIRECT BY MR. BOSTIC

01:46PM  1    APPARENTLY DUE TO A TECAN DILUTION PROBLEM?

01:46PM  2    A.   THAT'S WHAT IT SAYS HERE, YES.

01:46PM  3    Q.   LET ME ASK FOR THE FDA APPROVED NON-THERANOS TESTS THAT

01:47PM  4    THE COMPANY DID, DID THEY DEPEND ON USE OF THE TECAN DEVICE?

01:47PM  5    A.   NO.

01:47PM  6    Q.   SO THIS PROBLEM WOULD HAVE BEEN AVOIDED USING THE FDA

01:47PM  7    APPROVED THIRD PARTY DEVICES?

01:47PM  8    A.   IT WOULDN'T HAVE EXISTED IF YOU RAN FDA CLEARED DEVICES,

01:47PM  9    BUT YOU WOULD HAVE HAD TO HAVE DONE A VENOUS DRAW TO MAKE THAT

01:47PM  10   HAPPEN, V-E-N-O-U-S, DRAW TO MAKE THAT HAPPEN.

01:47PM  11   Q.   DID YOU SEE MULTIPLE QUALITY CONTROL FAILURES DURING YOUR

01:47PM  12   TIME AT THERANOS?

01:47PM  13   A.   YES.

01:47PM  14   Q.   WHEN YOU WERE AT THE COMPANY, DID YOU WORK EVER ON DEMOS

01:47PM  15   OF THERANOS'S TECHNOLOGY FOR VIP GUESTS?

01:47PM  16   A.   YES.

01:47PM  17   Q.   I'LL ASK YOU TO LOOK AT TAB 1522, PLEASE, IN YOUR BINDER.

01:48PM  18   A.   I SEE IT.

01:48PM  19   Q.   AND IS THIS AN EMAIL INCLUDING YOU RELATING TO ANOTHER QC

01:48PM  20   FAILURE AFFECTING ONE OF THOSE DEMOS?

01:48PM  21   A.   YES.

01:48PM  22        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1522.

01:48PM  23        MR. CAZARES:  NO OBJECTION.

01:48PM  24        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:48PM  25        (GOVERNMENT'S EXHIBIT 1522 WAS RECEIVED IN EVIDENCE.)

01:48PM  1    BY MR. BOSTIC:

01:48PM  2    Q.   ALL RIGHT.  LET'S ZOOM IN ON THE BOTTOM HALF FIRST.

01:48PM  3         DR. PANDORI, DO YOU SEE THAT THIS STARTS WITH AN EMAIL

01:48PM  4    FROM ERIKA CHEUNG TO YOU, DR. ROSENDORFF, AND JAMIE LIU AT

01:48PM  5    THERANOS; IS THAT RIGHT?

01:48PM  6    A.   YES.

01:48PM  7    Q.   AND MS. CHEUNG WRITES, "HI ADAM,

01:48PM  8         "I RERAN THE LEVEL 1 QC FOR TSH, IT FAILED AGAIN."

01:48PM  9         DO YOU SEE THAT?

01:48PM  10   A.   I SEE THAT.

01:49PM  11   Q.   AFTER A QUALITY CONTROL FAILURE LIKE THIS FOR THE ASSAY

01:49PM  12   TSH, WOULD IT BE POSSIBLE TO RUN A PATIENT SAMPLE ON THAT

01:49PM  13   DEVICE?

01:49PM  14   A.   NOT AT THAT POINT, NOPE.

01:49PM  15   Q.   AND YOU THEN RESPOND TO MS. CHEUNG'S EMAIL, RESPONDING

01:49PM  16   JUST TO DR. ROSENDORFF, AND YOU SAY "ALERT.

01:49PM  17        "THE TSH IS FOR A POTENTIAL INVESTOR."

01:49PM  18        DO YOU SEE THAT?

01:49PM  19   A.   I DO.

01:49PM  20   Q.   AND WHY DID YOU THINK IT WAS IMPORTANT FOR DR. ROSENDORFF

01:49PM  21   TO KNOW THAT THIS WAS THE TEST SAMPLE OF A POTENTIAL INVESTOR?

01:49PM  22   A.   THE PRODUCT MANAGERS AND MANAGEMENT AT THERANOS WERE

01:49PM  23   ALWAYS APPLYING A HIGHER LEVEL OF PRESSURE AND IMPORTANCE TO

01:49PM  24   GETTING SPECIMENS FROM SUCH INDIVIDUALS OUT IN A RAPID MANNER.

01:49PM  25   Q.   AND WHO WERE THE PRODUCT MANAGERS AT THERANOS?  WHAT GROUP

01:49PM  1   OF PEOPLE ARE WE TALKING ABOUT?

01:49PM  2   A.   WOULD YOU LIKE MET TO TRY AND REMEMBER THEIR NAMES?

01:49PM  3   Q.   OR COULD YOU DESCRIBE THEIR ROLE IN THE COMPANY?  ARE WE

01:50PM  4   TALKING ABOUT TECHNICAL PERSONNEL WHO WORKED IN THE LAB, FOR

01:50PM  5   EXAMPLE?

01:50PM  6   A.   THEY WERE NOT TECHNICAL PERSONNEL.

01:50PM  7        THE ONES THAT I KNEW ALL HAD BUSINESS BACKGROUNDS.

01:50PM  8   Q.   AND DO YOU KNOW WHO THEY REPORTED TO AT THE COMPANY?

01:50PM  9   A.   INDIVIDUALLY, I BELIEVE THEY REPORTED TO SUNNY BALWANI.

01:50PM  10  Q.   THAT WAS YOUR UNDERSTANDING?

01:50PM  11  A.   THAT WAS MY UNDERSTANDING.

01:50PM  12  Q.   SO YOU MENTIONED THAT THERE WAS A DESIRE OR INSTRUCTIONS

01:50PM  13  FROM THOSE INDIVIDUALS THAT VIP SAMPLES WERE TO BE HANDLED

01:50PM  14  QUICKLY.

01:50PM  15       HOW WAS THAT IMPLEMENTED IN THE LAB?

01:50PM  16  A.   HOW IS WHAT IMPLEMENTED?  I'M SORRY.

01:50PM  17  Q.   AM I RIGHT THAT YOU TESTIFIED THAT THERE WAS A DESIRE THAT

01:50PM  18  THOSE SAMPLES BE TURNED AROUND QUICKLY?

01:50PM  19  A.   YES.

01:50PM  20  Q.   HOW WAS THAT ACCOMPLISHED?

01:50PM  21  A.   BY PAYING -- BY PUTTING THEM IN FRONT OF OTHER TESTS, FOR

01:51PM  22  EXAMPLE.

01:51PM  23       SO LET'S SAY THERE WERE SEVEN OR EIGHT OR NINE PEOPLE

01:51PM  24  WAITING TO BE TESTED ON A GIVEN DAY, THEY WOULD BE PUT IN FRONT

01:51PM  25  OF THE LINE.

01:51PM  1    Q.   DID YOU AGREE WITH THAT PRACTICE AS LAB DIRECTOR?

01:51PM  2    A.   NO.

01:51PM  3    Q.   WHY NOT?

01:51PM  4    A.   WELL, FOR ONE, IT SORT OF MISREPRESENTS THE RAPIDITY OR

01:51PM  5    EFFICIENCY OF THE TRUE PROCESS BECAUSE TRUE PROCESSES ARE

01:51PM  6    ALWAYS GOING TO BE A LOT OF SPECIMENS IN THE LAB AT A GIVEN

01:51PM  7    TIME.

01:51PM  8         SO IT WOULDN'T ACCURATELY NECESSARILY REFLECT THE

01:51PM  9    TURNAROUND TIME.

01:51PM  10        ADDITIONALLY, IT STRIKES ME AS A SPIRITUAL PROBLEM BECAUSE

01:51PM  11   YOU'RE TRYING TO GET A LAB RESULT OUT FOR ONE HUMAN BEING

01:51PM  12   BEFORE ANOTHER HUMAN BEING ONLY ON THE BASIS OF THE FACT THAT

01:51PM  13   THEY'RE A POTENTIAL INVESTOR.

01:51PM  14   Q.   CAN I ASK YOU TO LOOK NEXT AT TAB 1528, PLEASE.

01:52PM  15   A.   YEAH, I'M THERE.

01:52PM  16   Q.   YOU'RE LOOKING AT A FEBRUARY 10TH EMAIL.

01:52PM  17        IS THIS AN EMAIL ABOUT ANOTHER QC FAILURE ON

01:52PM  18   FEBRUARY 11TH?

01:52PM  19   A.   WHICH EMAIL?  DID YOU WANT ME TO LOOK AT A SPECIFIC EMAIL

01:52PM  20   ON THIS PAGE?

01:52PM  21   Q.   SURE.

01:52PM  22        LOOKING AT THE CHAIN AS A WHOLE, BUT I'LL DIRECT YOU TO

01:52PM  23   THE BOTTOM EMAIL, THE ORIGINAL ONE OF THE CHAIN.

01:52PM  24   A.   AND YOU SAID 1528?

01:52PM  25   Q.   1528, UH-HUH.

01:52PM   1   A.   OKAY.  AT THE BOTTOM?  YEAH, I SEE IT.

01:52PM   2   Q.   AND IS THIS AN EMAIL CHAIN INCLUDING YOU AND OTHERS AT

01:52PM   3   THERANOS RELATING TO A QC FAILURE?

01:52PM   4   A.   IT IS.

01:52PM   5            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1528.

01:52PM   6            MR. CAZARES:  NO OBJECTION.

01:52PM   7            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:52PM   8        (GOVERNMENT'S EXHIBIT 1528 WAS RECEIVED IN EVIDENCE.)

01:52PM   9   BY MR. BOSTIC:

01:52PM  10   Q.   LET'S START WITH THE EMAIL AT THE BOTTOM OF PAGE 1.

01:53PM  11        THIS IS THE DAY AFTER WHAT WE WERE JUST LOOKING AT; IS

01:53PM  12   THAT RIGHT?

01:53PM  13   A.   YOU SAID FEBRUARY 10TH, BUT I DON'T SEE THAT IN ANY OF THE

01:53PM  14   DOCUMENTS HERE.

01:53PM  15   Q.   SORRY.  THIS ONE IS FEBRUARY 11TH; IS THAT RIGHT?

01:53PM  16   A.   THAT'S CORRECT.

01:53PM  17   Q.   AND IF YOU TURN BACK TO 1522 THAT WE WERE JUST LOOKING AT.

01:53PM  18   A.   YES.

01:53PM  19   Q.   WAS THAT ON FEBRUARY 10TH, THE DAY BEFORE?

01:53PM  20   A.   YES.

01:53PM  21   Q.   OKAY.  CAN YOU EXPLAIN FOR US WHAT IS HAPPENING HERE AND

01:53PM  22   WHAT MS. CHEUNG IS REPORTING TO YOU AND DR. ROSENDORFF?

01:53PM  23   A.   YOU'RE ASKING ME WHAT THIS IS CONVEYING?

01:53PM  24   Q.   YES, ORIENT US AS TO WHY THIS WAS SENT?

01:54PM  25   A.   THIS WAS SENT BECAUSE ERIKA CHEUNG WAS CONCERNED ABOUT

01:54PM 1    GETTING SPECIMENS COMPLETED IN A TIMELY MANNER.

01:54PM 2    Q.   AND HAD SHE RUN INTO A SPECIFIC PROBLEM THAT WAS

01:54PM 3    PREVENTING THAT FROM HAPPENING?

01:54PM 4    A.   YEAH.   ERIKA WAS TRYING TO RUN SPECIMENS FOR TSH, BUT IN

01:54PM 5    ORDER -- WHEN SHE SOUGHT TO RUN THE TESTS ON THOSE MACHINES,

01:54PM 6    THE QUALITY CONTROL FAILED, THAT MEANT THAT IT HAD TO BE DONE

01:54PM 7    AGAIN, SOMETHING ELSE HAD TO BE DONE, SO MORE TIME WAS GOING TO

01:54PM 8    BE TAKEN.

01:54PM 9        SHE'S TELLING US THIS IN THE CONTEXT OF THE FACT THAT EVEN

01:54PM 10   MORE SPECIMENS FOR THAT TEST ARE COMING IN, SO THE PROBLEM WILL

01:54PM 11   NOW BE COMPOUNDED BECAUSE NOT ONLY DOES THE TEST NOT WORK, BUT

01:54PM 12   MORE SPECIMENS ARE COMING IN, AND SHE STILL HAS A LOT OF WORK

01:54PM 13   TO DO, AND HER SHIFT IS APPROACHING, AND SO SHE WANTS TO --

01:54PM 14   BECAUSE THERE'S STILL A LOT OF WORK THAT NEEDS TO BE DONE TO

01:54PM 15   GET THINGS UP AND RUNNING, NOT ONLY RUNNING QUALITY CONTROL,

01:54PM 16   BUT ALSO RECREATING WHAT ARE CALLED CALIBRATION CURVES, WHICH

01:55PM 17   ARE ANOTHER PART OF THE QUALITY ASPECT OF RUNNING THE TEST.

01:55PM 18       SO SHE'S EXPRESSING THAT THERE'S A NUMBER OF BARRIERS,

01:55PM 19   INCLUDING QUALITY CONTROL PASSING, THAT ARE GOING TO PREVENT US

01:55PM 20   FROM GETTING THESE SPECIMENS RUN IN A TIMELY MANNER.

01:55PM 21   Q.   OKAY.   LET'S MOVE UP IN THE CHAIN AND LOOK AT THE

01:55PM 22   RESPONSES TO THAT.

01:55PM 23       FIRST, AT THE BOTTOM OF THAT COLLECTION DO YOU SEE AN

01:55PM 24   EMAIL FROM DR. ROSENDORFF RESPONDING TO MS. CHEUNG?

01:55PM 25   A.   YES.

PANDORI DIRECT BY MR. BOSTIC

01:55PM   1    Q.   AND HE SAYS THAT SHE SHOULD PROCESS THE SAMPLES THE

01:55PM   2    FOLLOWING DAY BECAUSE THAT'S THE SAFEST COURSE OF ACTION AS THE

01:55PM   3    RIGHT RESULT TOMORROW IS BETTER THAN A FAST INACCURATE RESULT.

01:55PM   4        DO YOU SEE THAT?

01:55PM   5    A.   I SEE THAT.

01:55PM   6    Q.   DID YOU AGREE WITH THAT DECISION AND APPROACH?

01:55PM   7    A.   I SURE DO.

01:55PM   8    Q.   LET'S LOOK AT YOUR EMAIL.  AND THEN YOU RESPOND JUST TO

01:55PM   9    DR. ROSENDORFF; IS THAT CORRECT?

01:55PM   10   A.   CORRECT.

01:55PM   11   Q.   AND YOU SAY, "GREAT.

01:55PM   12       "I GUESS MY GROWING CONCERN IS WHY THESE FAIL SO OFTEN."

01:55PM   13       WHAT DO YOU REMEMBER FROM THIS TIME AT THE COMPANY ABOUT

01:56PM   14   HOW FREQUENTLY YOU SAW THIS KIND OF QUALITY CONTROL FAILURE?

01:56PM   15   A.   I WAS SEEING QUALITY CONTROL FAILURES HAPPEN SO OFTEN THAT

01:56PM   16   TWO THINGS CAME TO MIND.

01:56PM   17       ONE IS THAT THE TURNAROUND TIMES FOR GETTING RESULTS OUT

01:56PM   18   THAT THE COMPANY WAS SEEKING WERE GOING TO BE VERY, VERY

01:56PM   19   DIFFICULT TO ACHIEVE.

01:56PM   20       SECONDLY, WHEN QUALITY CONTROL IS FAILING, THAT MEANS THAT

01:56PM   21   THE TESTS ARE HAVING DIFFICULTY ACCURATELY MEASURING SOMETHING

01:56PM   22   ON A ROUTINE BASIS.

01:56PM   23       SO IT CALLED INTO MIND THE FACT THAT THE EQUIPMENT MIGHT

01:56PM   24   NOT ONLY FAIL A LOT BUT BE INACCURATE.

01:56PM   25   Q.   AND WHEN A DEVICE FAILED QUALITY CONTROL, I THINK YOU

01:56PM  1    TESTIFIED THAT IT COULD NOT BE USED FOR PATIENT TESTING; IS

01:56PM  2    THAT RIGHT?

01:56PM  3    A.   CORRECT.

01:56PM  4    Q.   DESPITE THAT, DID THIS POOR QUALITY CONTROL PERFORMANCE

01:56PM  5    CAUSE YOU CONCERNS ABOUT THE ACCURACY OF RESULTS THAT WERE

01:56PM  6    GOING OUT TO PATIENTS?

01:57PM  7              MR. CAZARES:  OBJECTION.  702.  NOT NOTICED.

01:57PM  8              THE COURT:  OVERRULED.

01:57PM  9    BY MR. BOSTIC:

01:57PM  10   Q.   WOULD YOU LIKE THE QUESTION AGAIN, DOCTOR?

01:57PM  11   A.   NO, I HEARD THE QUESTION.

01:57PM  12        YOU ASKED ME IF IT LED TO MY CONCERN ABOUT THE ACCURACY OF

01:57PM  13   TEST RESULTS THAT WERE GOING OUT FROM THAT EQUIPMENT?

01:57PM  14        AND THE ANSWER IS, YES, IT DID RESULT IN A CONCERN ON MY

01:57PM  15   PART.

01:57PM  16        SO THE EQUIPMENT QUALITY CONTROLS ARE BEING RUN, AND

01:57PM  17   THEY'RE SHOWING RESULTS THAT ARE NUMERICALLY OFF BY ENOUGH THAT

01:57PM  18   IT'S NOT PASSING THE EQUIPMENT.

01:57PM  19        SO I DON'T WANT TO RUN A PATIENT SPECIMEN ON THAT.

01:57PM  20   Q.   AND FOLLOWING THIS EXAMPLE, THIS IS STILL EARLY

01:57PM  21   FEBRUARY 2014, DID YOU CONTINUE TO EXPERIENCE MORE QUALITY

01:57PM  22   CONTROL FAILURES OF THE THERANOS EQUIPMENT?

01:57PM  23   A.   YES.

01:57PM  24   Q.   LET'S LOOK AT ANOTHER EXAMPLE.  PLEASE TURN TO 1595 IN

01:57PM  25   YOUR BINDER.

01:57PM   1     A.   OKAY.

01:57PM   2     Q.   AND ARE WE LOOKING HERE AT ANOTHER EMAIL, INCLUDING YOU,

01:58PM   3     FROM LATE FEBRUARY 2014 ADDRESSING A POSSIBLE SOLUTION TO THESE

01:58PM   4     QC FAILURES?

01:58PM   5     A.   YES, THAT'S CORRECT.

01:58PM   6            MR. BOSTIC:   OKAY.   THE GOVERNMENT OFFERS 1595,

01:58PM   7     YOUR HONOR.

01:58PM   8            MR. CAZARES:   NO OBJECTION.

01:58PM   9            THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

01:58PM   10     (GOVERNMENT'S EXHIBIT 1595 WAS RECEIVED IN EVIDENCE.)

01:58PM   11     BY MR. BOSTIC:

01:58PM   12     Q.   IF WE STARTED AT THE BOTTOM OF THAT FIRST EMAIL, WE SEE A

01:58PM   13     MESSAGE FROM YOU ON FEBRUARY 27TH, 2014; IS THAT CORRECT?

01:58PM   14     A.   YES, THAT'S CORRECT.

01:58PM   15     Q.   AND THE SUBJECT IS REDUNDANCY.

01:58PM   16            AND YOU SAY, "ADAM,

01:58PM   17            "GIVEN THE FREQUENCY OF QC FAILURES FOR EDISON TESTS, AND

01:59PM   18     THE FREQUENCY WITH WHICH TESTS LIKE TSH ARE ORDERED

01:59PM   19     (APPROXIMATELY 33 PERCENT OF PATIENTS OVER THE LAST WEEK HAVE

01:59PM   20     HAD IT ORDERED), I WOULD LIKE TO CONSIDER WHETHER SOME

01:59PM   21     REDUNDANCY IS POSSIBLE."

01:59PM   22            CAN YOU EXPLAIN WHAT PROMPTED YOU TO SEND THIS EMAIL AND

01:59PM   23     WHAT YOU WERE SUGGESTING?

01:59PM   24     A.   WELL, WHEN YOU'RE WORKING IN THE CONTEXT OF A PLACE LIKE

01:59PM   25     THERANOS, YOU KNOW, YOU ARE TRYING TO DEVELOP SOMETHING NEW AND

01:59PM   1    SO WHEN THERE ARE PROBLEMS, YOU WANT TO TRY AND FIX THAT, AND

01:59PM   2    YOU WANT THIS TO WORK.

01:59PM   3         I HAD -- THERE HAD BEEN SOME KNOWLEDGE THAT I HAD, WHICH

01:59PM   4    IMPLIED THAT SOME OF THE EDISON EQUIPMENT MIGHT WORK -- THIS IS

01:59PM   5    EARLY -- SOME OF THE EDISON EQUIPMENT MIGHT WORK, SOME OF IT

01:59PM   6    MIGHT NOT, AND THAT IF WE COULD TAKE THESE SPECIMENS AND RUN

01:59PM   7    THEM ON MULTIPLE EQUIPMENT AT ONCE, THE EQUIPMENT THAT WAS

01:59PM   8    PASSING QUALITY CONTROL COULD BE USED TO GENERATE A RESULT

01:59PM   9    WHEREAS, YOU KNOW, THEN WE COULD GET THE RESULTS OUT FOR THE

01:59PM  10    CLINICIAN AND THE PATIENT IN A TIMELY MANNER, AND WE WOULDN'T

01:59PM  11    HAVE TO ASK FOR A REDRAW IN THAT CASE.

02:00PM  12    Q.   OKAY.  UNDERSTOOD.

02:00PM  13         YOU SAID AT THAT TIME THAT IT WAS YOUR UNDERSTANDING THAT

02:00PM  14    SOME OF THE DEVICES MIGHT BE GOOD AND OTHERS MIGHT BE BAD; IS

02:00PM  15    THAT RIGHT?

02:00PM  16    A.   THAT WAS NOT 100 PERCENT CLEAR TO ME, BUT IT WAS A

02:00PM  17    HYPOTHESIS ON MY PART.  AND THERE WERE SOME OTHER PEOPLE IN THE

02:00PM  18    COMPANY THAT THOUGHT THAT THAT MIGHT BE THE CASE.

02:00PM  19    Q.   BASED ON YOUR OBSERVATIONS OVER TIME GOING FORWARD, DID

02:00PM  20    THAT VIEW CHANGE?

02:00PM  21    A.   THE QUALITY CONTROL REMAINED A PROBLEM FOR THE DURATION OF

02:00PM  22    MY TIME AT THE COMPANY, SO I DON'T -- I CAN ONLY SAY THAT.

02:00PM  23    Q.   DURING YOUR TIME AT THE COMPANY, WERE YOU EVER ABLE TO

02:00PM  24    IDENTIFY, FOR EXAMPLE, A SUBSET OF EDISON DEVICES THAT NEVER

02:00PM  25    FAILED QUALITY CONTROL OR ANYTHING LIKE THAT?

02:00PM  1      A.   NO.

02:00PM  2      Q.   SO CAN YOU EXPLAIN THEN HOW YOUR SUGGESTION WOULD WORK?

02:01PM  3      WHAT ARE YOU ACTUALLY PROPOSING?

02:01PM  4      A.   THAT WE COULD RUN A SPECIMEN ON TWO, OR LET'S SAY TWO

02:01PM  5      EDISONS, AND RUN THE QUALITY CONTROLS AND REPORT THE RESULTS

02:01PM  6      OUT FROM THE EDISON THAT HAD PROPER AND ACCURATE QUALITY

02:01PM  7      CONTROL.

02:01PM  8      Q.   LET'S LOOK AT MS. CHEUNG'S RESPONSE TO THAT SUGGESTION, IF

02:01PM  9      YOU LOOK AT THE TOP EMAIL.

02:01PM 10          SHE WRITES, "HI MARK,

02:01PM 11          "WE SHOULD HAVE NO PROBLEM CALIBRATING TWO SETS OF

02:01PM 12      MACHINES FOR RUNNING TWO PATIENT SAMPLES AT A TIME."

02:01PM 13          SHE THEN SAYS A COUPLE OF SENTENCES LATER, "JUST TO LET

02:01PM 14      YOU KNOW, THE ISSUE WITH QC FAILURES WE HAVE SEEN RECENTLY HAVE

02:01PM 15      BEEN DUE TO REAGENT/CARTRIDGE PROBLEMS.  SO BEAR IN MIND, IF WE

02:02PM 16      CALIBRATE ON TWO SETS USING THE SAME LOT OF REAGENTS, THE QC'S

02:02PM 17      WILL STILL FAIL FOR BOTH SETS OF MACHINES."

02:02PM 18          DO YOU SEE THAT?

02:02PM 19      A.   YES, I SEE THAT.

02:02PM 20      Q.   CAN YOU EXPLAIN THAT FOR US?  WHY WAS YOUR REDUNDANCY IDEA

02:02PM 21      NOT GOING TO ADDRESS THE PROBLEMS THAT WERE BEING SEEN AT THIS

02:02PM 22      TIME?

02:02PM 23      A.   ERIKA IS SHARING WITH ME THAT SHE HAD INFORMATION OR DATA

02:02PM 24      TO INDICATE THAT THE PROBLEM WASN'T THE MACHINE, BUT THE

02:02PM 25      REAGENTS OR THE CHEMICALS THAT YOU PUT INTO THE MACHINE.

02:02PM  1          THE MACHINE JUST CAN'T RUN A LOT OF TESTS.  IT NEEDS

02:02PM  2     CHEMICALS TO BE PUT IN THERE.  WE CALL THEM REAGENTS.  I

02:02PM  3     BELIEVE FOR EDISONS THEY WERE CALL CAPSYS CARTRIDGES.

02:02PM  4          SHE'S SAYING THAT SHE HAS INFORMATION THAT I DIDN'T HAVE

02:02PM  5     THAT INDICATED THAT THOSE REAGENTS WERE THE PROBLEM AND THAT

02:02PM  6     WHETHER WE PUT THOSE REAGENTS IN TWO MACHINES OR MORE, IT

02:02PM  7     WOULDN'T SOLVE THE PROBLEM.

02:02PM  8     Q.   AND DO YOU KNOW WHETHER THE REAGENTS THAT WERE USED FOR

02:03PM  9     THESE TESTS WERE SOMETHING THAT THERANOS WAS CREATING OR

02:03PM  10    SOMETHING THAT THERANOS WAS GETTING FROM OUTSIDE?

02:03PM  11    A.   MY UNDERSTANDING IS THAT THERANOS WAS BUYING CHEMICALS

02:03PM  12    FROM THE OUTSIDE AND THEN ASSEMBLING THEM TO THE REAGENT

02:03PM  13    MIXTURE THAT WOULD GO INTO THE MACHINE.

02:03PM  14    Q.   PLEASE LOOK AT TAB 1633 NEXT.

02:03PM  15         ACTUALLY, THIS HAS ALREADY BEEN ADMITTED, SO MAY WE

02:03PM  16    PUBLISH, YOUR HONOR?

02:03PM  17              THE COURT:  YES.

02:03PM  18    BY MR. BOSTIC:

02:03PM  19    Q.   AND LET'S LOOK AT THE BOTTOM MESSAGE HERE ON PAGE 1.

02:03PM  20         DO YOU SEE AN EMAIL FROM LANGLY GEE, OR LANGLY GEE, TO YOU

02:03PM  21    ON MARCH 28TH, 2014?

02:03PM  22    A.   I SEE IT.

02:03PM  23    Q.   AND HE SAYS, "MARK:

02:03PM  24         "THE OTHER DAY YOU ASKED FOR A NUMBER OF FAILED QC ELISA

02:03PM  25    RUNS.  FOR MARCH, 26 PERCENT RUNS FAILED."

02:03PM 1           DO YOU SEE THAT?

02:03PM 2      A.   I SEE IT.

02:03PM 3      Q.   IS THIS THE INFORMATION THAT YOU STARTED TO REFERENCE

02:03PM 4      EARLIER ABOUT THE OVERALL FAILURE RATE?

02:04PM 5      A.   IT IS IN FACT.

02:04PM 6      Q.   LET'S FLIP TO THE NEXT PAGE AND ACTUALLY LOOK AT THOSE

02:04PM 7      NUMBERS.

02:04PM 8      A.   I'M THERE.

02:04PM 9      Q.   OKAY.  GIVE US ONE SECOND TO GET IT ON THE SCREEN.

02:04PM 10          DO YOU REMEMBER GETTING THIS INFORMATION IN MARCH 2014?

02:04PM 11     A.   THE EMAIL REFRESHES MY MEMORY IN THAT REGARD.

02:04PM 12     Q.   OKAY.  AS LAB DIRECTOR AT THAT TIME, WHAT WAS YOUR

02:04PM 13     REACTION TO SEEING THESE QC FAILURE NUMBERS?

02:04PM 14     A.   I WAS DISAPPOINTED, UPSET, CONCERNED BECAUSE THESE ARE

02:04PM 15     HIGH VALUES FOR A FREQUENCY OF QUALITY CONTROL FAILURE, AND

02:04PM 16     IT'S EMBLEMATIC OF TWO POSSIBLE PROBLEMS FROM A DIAGNOSTIC LAB

02:04PM 17     PERSPECTIVE, SEVERAL, BUT MOST IMPORTANTLY ACCURACY OF THE TEST

02:04PM 18     BEING AN ISSUE, THE RELIABILITY OF THE TEST, BUT ALSO

02:05PM 19     TURNAROUND TIME.

02:05PM 20          SO EVEN IF THE TEST IS SOMEHOW INACCURATE, HAVING TO

02:05PM 21     CONSTANTLY RERUN QC WOULD MAKE YOU HAVE TO RERUN TESTS.

02:05PM 22          AND THAT TURNAROUND TIME SOUNDS LIKE, WELL, IT'S NOT A BIG

02:05PM 23     DEAL, IT'S JUST GOING TO TAKE LONGER TO RERUN A LAB TEST.

02:05PM 24          BUT IF YOU HAVE TO RERUN A LAB TEST, SOMETIMES YOU HAVE TO

02:05PM 25     GO BACK AND DO A REDRAW.  SO IF YOU -- YOU'D HAVE TO GET

02:05PM 1    REDRAWN, AND SO THAT HAS IMPACTS FOR THE PATIENT AS WELL.

02:05PM 2    Q.   SO YOU'RE DESCRIBING TWO SEPARATE PROBLEMS REALLY:  ONE

02:05PM 3    ABOUT EFFICIENCY AND SLOWING THINGS DOWN, AND ANOTHER ABOUT

02:05PM 4    ACCURACY PROBLEMS FOR PATIENT TESTS; IS THAT RIGHT?

02:05PM 5    A.   CORRECT.

02:05PM 6    Q.   YOU SAID THAT YOU WERE, I THINK, DISAPPOINTED BY THESE

02:05PM 7    NUMBERS.

02:05PM 8        CAN YOU HELP US UNDERSTAND WHY THAT WAS?  WHAT NUMBERS

02:05PM 9    WERE YOU USED TO OR WHAT NUMBERS WERE YOU HOPING TO SEE IN THIS

02:05PM 10   KIND OF QC TESTING?

02:06PM 11   A.   I'M MORE USED TO A RATE OF CONTROL FAILURE BEING -- AND

02:06PM 12   THEY VARY FROM TEST TO TEST, BUT REALLY BEING MORE THAN IN THE

02:06PM 13   1 PERCENT OR LESS RANGE.

02:06PM 14   Q.   WHEREAS HERE WE SEE THAT SOME ASSAYS WERE FAILING AT A

02:06PM 15   RATE OF 23 PERCENT, OR 30 PERCENT, OR 45 PERCENT, OR EVEN ABOVE

02:06PM 16   50 PERCENT; IS THAT RIGHT?

02:06PM 17   A.   CORRECT.

02:06PM 18   Q.   DOES A QC FAILURE RATE OF 50 PERCENT, OR EVEN 26 PERCENT,

02:06PM 19   CAUSE YOU CONCERNS AS A LAB DIRECTOR ABOUT THE ACCURACY OF

02:06PM 20   PATIENT RESULTS?

02:06PM 21   A.   WELL, IN THE EXAMPLE WHERE THERE'S A -- WHERE THE CONTROL

02:06PM 22   IS FAILING 51.3 PERCENT OF THE TIME, THAT MEANS THAT -- THAT'S

02:06PM 23   LIKE FLIPPING A COIN, SO IF YOU HAVE TAILS, THE MACHINE WORKS,

02:06PM 24   IF YOU HAVE HEADS, IT DOESN'T.

02:06PM 25   Q.   AND IS THAT A FAVORABLE PERCENTAGE FOR A MEDICAL LAB TEST

02:07PM  1    OR NOT?

02:07PM  2    A.   IT'S NOT FAVORABLE.

02:07PM  3    Q.   WE'RE LOOKING AT INFORMATION FROM MARCH OF 2014 ONLY; IS

02:07PM  4    THAT RIGHT?

02:07PM  5    A.   CORRECT.

02:07PM  6    Q.   SO I'LL ASK YOU, BASED ON YOUR EXPERIENCE THROUGHOUT YOUR

02:07PM  7    TIME AT THE COMPANY, WAS THIS AN EXCEPTIONALLY BAD MONTH OR IS

02:07PM  8    THIS TYPICAL OF THE PROBLEMS WITH QC THAT YOU SAW AT THE

02:07PM  9    COMPANY?

02:07PM  10   A.   WITHOUT ANY MORE NUMBERS IN FRONT OF ME, MY RECOLLECTION

02:07PM  11   IS THAT THIS WAS TYPICAL.

02:07PM  12   Q.   LET'S LOOK AT ONE MORE EXAMPLE OF THIS.

02:07PM  13        TAB 5771, PLEASE.

02:07PM  14   A.   YES.

02:07PM  15   Q.   AND WE'RE MOVING FORWARD IN TIME.

02:07PM  16        IS THIS EMAIL DATED APRIL 16TH, 2014?

02:07PM  17   A.   IT IS.

02:07PM  18   Q.   AND DOES THIS RELATE TO ADDITIONAL DISCUSSION OF EDISON QC

02:08PM  19   FAILURES?

02:08PM  20   A.   IT IS.

02:08PM  21            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5771.

02:08PM  22            MR. CAZARES:  NO OBJECTION.

02:08PM  23            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:08PM  24        (GOVERNMENT'S EXHIBIT 5771 WAS RECEIVED IN EVIDENCE.)

02:08PM  25   BY MR. BOSTIC:

PANDORI DIRECT BY MR. BOSTIC

02:08PM  1    Q.   OKAY.  LET'S START WITH THAT BOTTOM EMAIL.  IT'S FROM

02:08PM  2    ROMINA RIENER AT THERANOS.

02:08PM  3         DO YOU REMEMBER THAT?

02:08PM  4    A.   YES.

02:08PM  5    Q.   AND SHE SAYS TO YOU AND DR. ROSENDORFF, "I WANTED TO LET

02:08PM  6    YOU KNOW THAT TOTAL TESTOSTERONE IS FAILING QC'S.  YESTERDAY

02:08PM  7    EACH READER HAD TWO CONSECUTIVE FAILURES."

02:08PM  8         DO YOU SEE THAT?

02:08PM  9    A.   I DO.

02:08PM  10   Q.   AND DO YOU RECALL PROBLEMS WITH THE TESTOSTERONE ASSAY ON

02:08PM  11   THE EDISON AROUND THIS TIME PERIOD?

02:08PM  12   A.   THE EMAILS REFRESH MY MEMORY IN THAT REGARD.

02:08PM  13   Q.   WOULD THIS KIND OF QC FAILURE RAISE THOSE TWO CONCERNS IN

02:08PM  14   YOUR MIND, THE CONCERN ABOUT DELAYS IN THE LAB AND ALSO TESTING

02:09PM  15   ACCURACY?

02:09PM  16   A.   YEAH.  THIS MEANS THAT THE EQUIPMENT IS FAILING PRETTY

02:09PM  17   FREQUENTLY, AND THAT MEANS THAT THERE MIGHT BE QUESTIONS ABOUT

02:09PM  18   HOW ACCURATE THESE MACHINES -- HOW WELL THESE MACHINES STAY IN

02:09PM  19   FUNCTION PROPERLY, BUT ALSO IT MEANS THAT IF YOU HAVE TO KEEP

02:09PM  20   RUNNING QC UNTIL YOU GET IT RIGHT ON A MACHINE, THAT TAKES TIME

02:09PM  21   AS WELL.

02:09PM  22   Q.   A LITTLE WHILE AGO WE LOOKED AT AN EMAIL WHERE YOU WERE

02:09PM  23   SUGGESTING THAT MULTIPLE READERS MIGHT BE A SOLUTION TO THESE

02:09PM  24   QC ISSUES.

02:09PM  25        DO YOU REMEMBER THAT?

02:09PM   1    A.   I REMEMBER THAT.

02:09PM   2    Q.   AND HERE WE SEE AN EXAMPLE OF A SITUATION WHERE IT SAYS

02:09PM   3    THAT "EACH READER HAD TWO CONSECUTIVE FAILURES."

02:09PM   4         WOULD IT MAKE IT HARDER TO SOLVE THAT PROBLEM USING

02:09PM   5    ADDITIONAL READERS?

02:09PM   6    A.   YES.

02:09PM   7    Q.   DURING YOUR TIME AT THERANOS, WAS THERE EVER A SATISFYING

02:09PM   8    SOLUTION TO THE PROBLEM OF POOR QC PERFORMANCE ON THE EDISONS?

02:09PM   9    A.   THERE WAS NEVER A SOLUTION TO POOR PERFORMANCE, NO.

02:09PM   10   Q.   AND WERE THOSE PROBLEMS ON YOUR MIND AND PART OF YOUR

02:10PM   11   THINKING WHEN YOU DECIDED TO LEAVE THE COMPANY?

02:10PM   12   A.   PARTLY -- IT WAS A PART OF MANY THINGS ON MY MIND, YEAH.

02:10PM   13   Q.   LET'S SHIFT GEARS AND TALK ABOUT PROFICIENCY TESTING.

02:10PM   14        WERE YOU ALSO INVOLVED IN PROFICIENCY TESTING AS LAB

02:10PM   15   DIRECTOR AT THERANOS?

02:10PM   16   A.   I WAS INVOLVED.

02:10PM   17   Q.   AND WHAT WAS YOUR INVOLVEMENT?  DESCRIBE THAT?

02:10PM   18   A.   WELL, I PAID AN INTEREST IN THE RESULTS OF THEM AND THE

02:10PM   19   PERFORMANCE, AND I SOUGHT TO ENSURE THAT IT WAS BEING DONE

02:10PM   20   PROPERLY FROM A REGULATORY PERSPECTIVE.

02:10PM   21   Q.   AND BASED ON WHAT YOU SAW AT THERANOS, DID YOU HAVE

02:10PM   22   CONCERNS ABOUT THE COMPANY'S PROFICIENCY TESTING PRACTICES?

02:10PM   23   A.   YES.

02:10PM   24   Q.   WHAT WERE THOSE CONCERNS?

02:10PM   25   A.   WHEN I ARRIVED THERE AND LEARNED INITIALLY THAT PT HAD --

02:10PM   1    SHOULD WE EXPLAIN PROFICIENCY TESTING OR --

02:10PM   2    Q.   LET'S DO THAT.  IF YOU COULD GIVE US AN OVERVIEW OF WHAT

02:10PM   3    THAT IS AND HOW IT'S DONE?

02:10PM   4    A.   PROFICIENCY TESTING IS A REGULATORY REQUIREMENT THAT

02:11PM   5    EXISTS FOR LABORATORIES THAT PERFORM DIAGNOSTIC TESTING.

02:11PM   6         IT'S AN EXAM ESSENTIALLY THAT LAB TESTS HAVE TO TAKE TWO

02:11PM   7    OR THREE TIMES A YEAR.

02:11PM   8         SO WHAT HAPPENS IS THAT A THIRD PARTY, A NEUTRAL AGENCY

02:11PM   9    HAS SPECIMENS WHERE THEY KNOW THE ANSWERS TO THOSE SPECIMENS.

02:11PM  10         THEY SEND THEM TO LABS.

02:11PM  11         LABS PERFORM THEIR TESTS ON THOSE SPECIMENS, AND THEN SEND

02:11PM  12    THE RESULTS BACK TO THE AGENCY, AND THE AGENCY GRADES THAT

02:11PM  13    TEST.

02:11PM  14         YOU HAVE TO SCORE 80 PERCENT FOR THAT TEST TO BE

02:11PM  15    CONSIDERED ON LINE.  ANYTHING LESS THAN 100 HAS TO BE

02:11PM  16    INVESTIGATED.

02:11PM  17         THE MOST IMPORTANT THING ABOUT PROFICIENCY TESTING IS THAT

02:11PM  18    IT'S A NEUTRAL WAY TO ASCERTAIN THE QUALITY OF YOUR TEST, BUT

02:11PM  19    THAT IT HAS TO BE PERFORMED IN A MANNER THAT IS IDENTICAL TO

02:11PM  20    THE WAY THAT YOU'RE TREATING PATIENT SPECIMENS, OTHERWISE IN A

02:12PM  21    SENSE IT'S LIKE GETTING SOMEONE ELSE TO TAKE THE TEST FOR YOU.

02:12PM  22    Q.   SO WITH THAT UNDERSTANDING, WHAT WAS IT ABOUT THERANOS'S

02:12PM  23    PROFICIENCY TESTING PRACTICES THAT CAUSED CONCERNS FOR YOU?

02:12PM  24    A.   IT WAS BROUGHT TO MY ATTENTION WHEN I ARRIVED THERE THAT

02:12PM  25    PROFICIENCY TESTING HAD BEEN DONE ON PREDICATE THIRD PARTY --

02:12PM  1    AS YOU REFERRED TO THIRD PARTY EQUIPMENT.

02:12PM  2    Q.   AND WHY WAS THAT A PROBLEM?

02:12PM  3    A.   BECAUSE SOME SPECIMENS WERE BEING TESTED USING THE

02:12PM  4    THERANOS METHODS.

02:12PM  5    Q.   AND SO YOU'RE DESCRIBING A MISMATCH BETWEEN HOW PATIENT

02:12PM  6    TESTING WAS CONDUCTED AND HOW THE PROFICIENCY TESTING WAS DONE?

02:12PM  7    A.   CORRECT.

02:12PM  8    Q.   AND WHY DOES THAT MATTER?

02:12PM  9    A.   WELL, THE REGULATIONS ARE VERY CLEAR AT THE FEDERAL LEVEL

02:12PM 10    AND MOST STATE LEVELS THAT PROFICIENCY TESTING HAS TO BE DONE

02:12PM 11    IN A MANNER IDENTICAL TO THE WAY THAT PATIENT TESTS ARE

02:12PM 12    TREATED.

02:12PM 13        IF PATIENTS AT THERANOS, SPECIMENS ARE BEING TESTED ON TWO

02:13PM 14    DIFFERENT PIECES OF TECHNOLOGY, THEN YOU HAVE TO PERFORM

02:13PM 15    PROFICIENCY TESTING ON BOTH METHODS.

02:13PM 16        IF YOU'RE PERFORMING THEM ON ONE AND NOT THE OTHER, YOU'RE

02:13PM 17    NOT DETERMINING THE QUALITY OR PERFORMANCE IN AN OBJECTIVE

02:13PM 18    MANNER.  YOU'RE NOT DETERMINING THE QUALITY OF THE PERFORMANCE

02:13PM 19    OF THE TEST FOR WHICH PT IS NOT BEING DONE, AND PT IS SHORT FOR

02:13PM 20    PROFICIENCY TESTING.

02:13PM 21    Q.   I SEE.

02:13PM 22        WAS THERE A TIME IN EARLY 2014 WHEN SOME PROFICIENCY

02:13PM 23    TESTING SAMPLES WERE RUN ON THE EDISON?

02:13PM 24    A.   YES.

02:13PM 25    Q.   I'LL ASK YOU TO LOOK AT -- LET'S SEE.  DO WE HAVE TAB 1524

02:13PM   1    IN YOUR BINDER?

02:13PM   2        IF NOT, I THINK THIS IS ADMITTED, AND WE CAN DISPLAY IT ON

02:13PM   3    THE SCREEN.

02:13PM   4    A.   NO, I DON'T SEE 1524 HERE.

02:13PM   5            MR. BOSTIC:  MAY WE PUBLISH THAT, YOUR HONOR?

02:13PM   6            THE COURT:  YES.

02:14PM   7            MR. CAZARES:  OBJECTION.  I DON'T THINK IT'S

02:14PM   8    ADMITTED.

02:14PM   9            THE COURT:  LET ME SEE.

02:14PM  10            MR. BOSTIC:  I MAY HAVE THE WRONG NUMBER BUT --

02:14PM  11            THE COURT:  WAS THIS ADMITTED IN A DIFFERENT FORMAT?

02:14PM  12            MR. BOSTIC:  IT SHOULD HAVE BEEN THE SAME FORMAT,

02:14PM  13    YOUR HONOR.

02:14PM  14        IF I COULD HAVE A MOMENT TO --

02:14PM  15            THE COURT:  SURE.

02:14PM  16        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:14PM  17            MR. BOSTIC:  I THINK I MEAN 1548, YOUR HONOR, WHICH

02:14PM  18    SHOULD HAVE BEEN ADMITTED.

02:14PM  19            THE COURT:  THAT'S ADMITTED.

02:14PM  20            MR. BOSTIC:  LET'S PUBLISH THAT.

02:14PM  21    Q.   DR. PANDORI, DO YOU SEE AN EMAIL IN FRONT OF YOU FROM

02:14PM  22    FEBRUARY 20TH, 2014?

02:14PM  23    A.   YES.

02:15PM  24    Q.   AND THE SUBJECT LINE THERE IS PROFICIENCY SPREADSHEET;

02:15PM  25    CORRECT?

02:15PM  1    A.   IT IS.

02:15PM  2    Q.   ALL RIGHT.  LET'S LOOK AT THE NATIVE ATTACHMENT TO THIS.

02:15PM  3         AND WHILE WE'RE OPENING THAT UP, DO YOU RECALL HOW THIS

02:15PM  4    TESTING CAME TO BE, WHY IT TOOK PLACE?

02:15PM  5    A.   WHEN I WAS MADE AWARE OF THE FACT THAT THE PT WAS RUN ON

02:15PM  6    PREDICATE METHODS, THIRD PARTY DEVICE CLEARED METHODS, AND NOT

02:15PM  7    THERANOS METHODS, I SAID YOU'VE GOT TO RUN THEM ON THE THERANOS

02:15PM  8    METHODS.

02:15PM  9         AND THEN SOMEBODY IMPLIED, WELL, MAYBE WE SHOULDN'T DO

02:15PM 10    THAT.

02:15PM 11         AND I SAID, WELL, NO, WE NEED TO DO THEM ON BOTH.  SO

02:15PM 12    LET'S RUN THOSE PT'S THAT CAME IN, LET'S RUN THEM ON BOTH

02:15PM 13    METHODS.

02:15PM 14    Q.   SO PERFORMING THIS TESTING WAS YOUR IDEA?

02:15PM 15    A.   THAT'S MY RECOLLECTION, YEAH.

02:15PM 16    Q.   AND WERE YOU THEN IN A POSITION TO DIRECT THAT THE TESTING

02:15PM 17    TAKE PLACE OR DID YOU HAVE TO CONVINCE SOMEONE ELSE TO

02:16PM 18    AUTHORIZE IT?

02:16PM 19    A.   I TALKED TO DR. ROSENDORFF ABOUT DOING IT, WHO WAS THE

02:16PM 20    LABORATORY DIRECTOR, AND HE AGREED.

02:16PM 21    Q.   AND AGAIN, WHAT WAS YOUR GOAL IN DIRECTING THAT THIS

02:16PM 22    TESTING TAKE PLACE?

02:16PM 23    A.   I THOUGHT TWO THINGS WOULD HAPPEN.

02:16PM 24         ONE IS THAT WE WOULD MEET OUR REGULATORY REQUIREMENT AND

02:16PM 25    NOT TREAT THE PT SPECIMENS ANY DIFFERENTLY THAN PATIENT

02:16PM  1    SPECIMENS;

02:16PM  2         AND, SECONDLY, I THOUGHT WE COULD SEE HOW WELL THE

02:16PM  3    PREDICATE METHODS -- AT LEAST I COULD GET FIRSTHAND DATA ON HOW

02:16PM  4    WELL THE PREDICATE METHODS MATCHED THE THERANOS METHODS.

02:16PM  5    Q.   OKAY.  AND WHY WAS THAT IMPORTANT TO SEE, THE MATCH OR

02:16PM  6    MISMATCH BETWEEN THERANOS METHODS AND THE PREDICATE METHODS YOU

02:16PM  7    CALLED THEM?

02:16PM  8    A.   WE CALLED THEM -- PREDICATE WAS A TERM THAT WE WOULD USE

02:16PM  9    AT LEAST IN THIS CONTEXT IT WOULD BE AN FDA CLEARED LAB TEST

02:17PM 10    THAT YOU COULD BUY FROM A COMPANY THAT HAS UNDERGONE CLINICAL

02:17PM 11    TRIALS AND IS ROUTINELY IN USE IN SEVERAL DIAGNOSTIC

02:17PM 12    LABORATORIES.

02:17PM 13    Q.   OKAY.  AND SO WHY WERE YOU INTERESTED IN SEEING THAT

02:17PM 14    CORRELATION?

02:17PM 15    A.   WELL, A PREDICATE METHOD IS -- WOULD HAVE BEEN AN

02:17PM 16    EXTRAORDINARILY VETTED METHODOLOGY OF LAB TESTING.

02:17PM 17         THAT IS TO SAY A PREDICATE METHOD WILL HAVE UNDERGONE

02:17PM 18    CLINICAL TRIAL, WHICH ACCORDING TO THE UNITED STATES

02:17PM 19    REGULATIONS IS A MASSIVE AMOUNT OF OBSERVATION AND ASSESSMENT.

02:17PM 20         SO ONE MIGHT FEEL VERY CONFIDENT THAT A PREDICATE METHOD

02:17PM 21    WILL GIVE AN ACCURATE RESULT ON A PATIENT, AND SO I WANTED TO

02:17PM 22    SEE FOR MYSELF WHAT WOULD HAPPEN IF WE COMPARED IT TO A

02:17PM 23    THERANOS METHOD.

02:17PM 24    Q.   OKAY.  LOOKING AT THE DATA THAT RESULTED FOR THE FOUR

02:17PM 25    ASSAYS THAT WERE TESTED -- I GUESS LET ME JUST ASK, DID YOUR

02:18PM   1    WISH COME TRUE?  DID YOU SEE DATA WHERE THERANOS MATCHED THE

02:18PM   2    PREDICATE TESTING CLOSELY?

02:18PM   3    A.   THERE'S QUITE A LOT OF DIFFERENCE IN THESE RESULTS.  YOU

02:18PM   4    WOULD NEED TO BE, YOU KNOW, AN EXPERT TO APPRECIATE THE

02:18PM   5    DIFFERENCES BECAUSE THOSE DIFFERENCES DON'T LOOK LARGE BUT

02:18PM   6    THERE'S LARGE DIFFERENCES THERE.

02:18PM   7         WITH REGARD TO VITAMIN D, THERE'S PARTICULARLY LARGE

02:18PM   8    DIFFERENCES FOR THAT.

02:18PM   9    Q.   AND --

02:18PM  10    A.   BUT FOR THESE OTHER TESTS, THERE ARE DIFFERENCES OF NOTE.

02:18PM  11    Q.   I APOLOGIZE FOR TALKING OVER YOU.

02:18PM  12         FOR VITAMIN D YOU'RE REFERRING TO THE TOP FEW ROWS OF THE

02:18PM  13    CHART?

02:18PM  14    A.   I'M REFERRING TO ROWS 2, 3, 4, AND COLUMNS A THROUGH G.

02:18PM  15    Q.   OKAY.  AND ARE YOU REFERENCING THE DIFFERENCES BETWEEN THE

02:18PM  16    THERANOS RESULTS AS COMPARED TO THE PREDICATE FDA APPROVED

02:19PM  17    RESULTS?

02:19PM  18    A.   I AM.

02:19PM  19    Q.   OKAY.  GENERALLY SPEAKING, WERE YOU HAPPY WITH THESE

02:19PM  20    RESULTS WHEN THEY CAME IN IN FEBRUARY OF 2014?

02:19PM  21    A.   NO, I WAS NOT HAPPY WITH THESE RESULTS.

02:19PM  22    Q.   DID THEY CAUSE YOU TO HAVE CONCERNS ABOUT THE ACCURACY OF

02:19PM  23    THERANOS'S TESTING?

02:19PM  24    A.   YEAH, I HAD -- THESE CAUSED ME TO HAVE CONCERNS ABOUT THE

02:19PM  25    ACCURACY.

02:19PM  1          YOU KNOW, FOR VITAMIN D, THIS IS A TEST THAT GENERALLY IS

02:19PM  2   A COEFFICIENT OF VARIATION FOR -- IF YOU LOOK AT PREDICATE

02:19PM  3   METHODS OUT THERE, IT WOULD BE A TEST THAT WOULD HAVE A

02:19PM  4   COEFFICIENT OF VARIATION OF PROBABLY 10 PERCENT, AND THIS IS

02:19PM  5   WAY BEYOND THAT.

02:19PM  6   Q.   LOOKING AT SOME OF THE TPSA RESULTS, DO YOU SEE THAT THERE

02:19PM  7   WERE TWO SAMPLES THAT WERE RUN TWICE?

02:19PM  8   A.   YEP.

02:19PM  9   Q.   AND THESE RERUNS ARE MARKED IN RED; IS THAT RIGHT?

02:19PM 10   A.   YES.

02:19PM 11   Q.   WHAT, IF ANYTHING, DO YOU DRAW FROM THE PERFORMANCE OF THE

02:20PM 12   PREDICATE METHOD VERSUS THE THERANOS METHOD IN THOSE CASES

02:20PM 13   WHERE THE SAMPLES ARE RUN TWICE?

02:20PM 14   A.   THIS IMPLIES POOR PRECISION, WHICH IS A LABORATORY,

02:20PM 15   QUALITY LABORATORY TERM WHICH APPLIES TO REPEATABILITY.

02:20PM 16          IF YOU THINK OF A DARTBOARD, ACCURACY WOULD BE HOW OFTEN I

02:20PM 17   HIT THE BULL'S EYE.

02:20PM 18          PRECISION WOULD BE HOW OFTEN CAN I -- HOW WELL DO I

02:20PM 19   CLUSTER MY DARTS.

02:20PM 20          SO AN ACCURATE AND PRECISE TEST WOULD BE ALL OF MY DARTS

02:20PM 21   IN THE BULL'S EYE.

02:20PM 22          A PRECISE TEST BUT AN INACCURATE TEST WOULD BE THAT ALL OF

02:20PM 23   MY DARTS ARE CLUSTERED ON THE DARTBOARD, BUT THEY'RE NOT ON THE

02:20PM 24   BULL'S EYE.

02:20PM 25          SO YOU CAN HAVE PRECISION WITHOUT ACCURACY.

02:20PM   1          WHAT I'M SEEING HERE IS THAT THE PREDICATE METHOD WAS

02:20PM   2     PRECISE.  IT GAVE THE EXACT SAME RESULT ON BOTH OCCASIONS

02:20PM   3     WHEREAS THE THERANOS METHOD GAVE DRASTICALLY, CONSIDERABLY

02:20PM   4     DIFFERENT RESULTS ON BOTH OCCASIONS.

02:21PM   5     Q.   AND DOES SOMETHING LIKE THAT CAUSE CONCERNS ABOUT THE

02:21PM   6     ACCURACY OF PATIENT TESTING?

02:21PM   7     A.   IN THIS CASE BOTH ACCURACY AND PRECISION ARE CALLED INTO

02:21PM   8     QUESTION.

02:21PM   9     Q.   WHEN THIS TESTING WAS CONDUCTED, WERE YOU FAMILIAR WITH A

02:21PM  10     TERM CALLED AAP, OR ALTERNATIVE ASSESSMENT PROFICIENCY?

02:21PM  11     A.   YES.

02:21PM  12     Q.   AND WERE YOU GENERALLY FAMILIAR WITH WHAT THE REGULATIONS

02:21PM  13     SAY ABOUT PROFICIENCY TESTING AND AAP?

02:21PM  14     A.   YES.

02:21PM  15     Q.   AND HOW ABOUT THE INTERNAL THERANOS SOP'S ON PROFICIENCY

02:21PM  16     TESTING, WERE YOU GENERALLY FAMILIAR WITH THOSE?

02:21PM  17     A.   NO.

02:21PM  18     Q.   OKAY.  AS LABORATORY DIRECTOR AT THERANOS, WAS THERE A

02:21PM  19     REASON WHY FAMILIARITY WITH INTERNAL SOP'S WASN'T NECESSARY TO

02:22PM  20     YOUR SOP OR WHY IT HADN'T COME UP?

02:22PM  21     A.   THE SOP FOR PERFORMING PROFICIENCY TESTING, YOUR QUESTION

02:22PM  22     IS WHY -- I'M JUST NOT SURE I UNDERSTAND.

02:22PM  23     Q.   SURE.

02:22PM  24          WAS THE CONTENT OF THAT SOP RELEVANT TO THE WORK THAT YOU

02:22PM  25     WERE DOING AT THE COMPANY?

PANDORI DIRECT BY MR. BOSTIC

02:22PM 1    A.   IT WOULD HAVE BEEN, YEAH.

02:22PM 2    Q.   WERE YOU INVOLVED IN DECIDING HOW THE COMPANY CONDUCTED

02:22PM 3    PROFICIENCY TESTING DURING THAT TIME?

02:22PM 4    A.   I DIDN'T ENTER THE COMPANY WITH THE IDEA IN MIND THAT I

02:22PM 5    WOULD HAVE TO, BUT AFTER THIS BECAME CLEAR THAT I MIGHT BE ABLE

02:22PM 6    TO CONTRIBUTE IN THAT REGARD.

02:22PM 7    Q.   OKAY.  PRIOR TO THIS TIME, THOUGH, WAS IT PART OF YOUR JOB

02:23PM 8    TO MAKE THAT DETERMINATION AS TO HOW PROFICIENCY TESTING WOULD

02:23PM 9    HAPPEN?

02:23PM 10   A.   I WAS BROUGHT INTO THE PROCESS OF TRYING TO FIND OUT IF WE

02:23PM 11   COULD DEVELOP A BETTER SOP.

02:23PM 12   Q.   OKAY.  UNDERSTOOD.

02:23PM 13        ARE YOU OR WERE YOU AWARE AT THE TIME IN 2014 THAT THE

02:23PM 14   FORMAT OF THIS EXPERIMENT DIDN'T EXACTLY MATCH WHAT THE

02:23PM 15   REGULATIONS CALLED FOR WHEN IT COMES TO ALTERNATIVE ASSESSMENT

02:23PM 16   PROFICIENCY?

02:23PM 17   A.   I'M SORRY, COULD YOU ASK THAT QUESTION AGAIN.

02:23PM 18   Q.   SURE.

02:23PM 19        YOU SAID YOU WERE FAMILIAR WITH AAP, OR ALTERNATIVE

02:23PM 20   ASSESSMENT PROFICIENCY?

02:23PM 21   A.   YES.

02:23PM 22   Q.   WAS THIS SOMETHING THAT HAPPENED IN FEBRUARY OF 2014, AAP?

02:23PM 23   A.   NO.

02:23PM 24   Q.   GIVEN THAT THIS WAS NOT AAP, DID YOU STILL FIND THE

02:24PM 25   RESULTS OF THIS EXPERIMENT INFORMATIVE TO YOU AS LAB DIRECTOR?

02:24PM   1    A.   YEAH, THESE RESULTS WERE REALLY INFORMATIVE TO ME.

02:24PM   2    Q.   AND WHY IS THAT, IF THIS ISN'T FORMAL AAP, WHY DID YOU

02:24PM   3    FEEL THAT YOU COULD STILL RELY ON IT?

02:24PM   4    A.   WELL, I THINK WHAT HAPPENED HERE WAS THAT, FIRST OF ALL,

02:24PM   5    AS I STATED EARLIER, THIS RAISED QUESTIONS INITIALLY FOR ME

02:24PM   6    ABOUT THE ACCURACY OF THE THERANOS TEST AND ITS PRECISION.

02:24PM   7         THE WHOLE QUESTION OF AAP COMES UP BECAUSE I BELIEVE, AND

02:24PM   8    I WOULD HAVE TO REFER TO EMAILS TO REFRESH MY MEMORY, SOMEBODY

02:24PM   9    INDICATED THAT THIS WAS AN INAPPROPRIATE WAY TO --

02:24PM  10         MR. CAZARES:  OBJECTION.  HEARSAY.

02:24PM  11         THE COURT:  I'LL SUSTAIN IT AS TO THAT.

02:24PM  12    BY MR. BOSTIC:

02:24PM  13    Q.   LET'S MOVE TO THE EMAIL THAT I THINK YOU'RE REFERENCING,

02:24PM  14    DR. PANDORI.

02:24PM  15         I'LL ASK YOU TO LOOK AT TAB 1570.

02:25PM  16    A.   OKAY.

02:25PM  17    Q.   FIRST, LET ME ASK GENERALLY, DO YOU HAVE A MEMORY OF WHAT

02:25PM  18    MR. BALWANI'S REACTION WAS TO THIS TESTING BEING DONE?

02:25PM  19    A.   YEAH, I REMEMBER THAT.  HE WAS REALLY UPSET THAT WE HAD

02:25PM  20    DONE THIS.

02:25PM  21    Q.   OKAY.  LOOKING AT TAB 1570, IS THAT AN EMAIL CHAIN

02:25PM  22    INCLUDING YOU AND MR. BALWANI DISCUSSING PROFICIENCY TESTING

02:25PM  23    FOR LDT'S?

02:25PM  24    A.   YOU'RE REFERRING TO 1570.

02:25PM  25    Q.   1570?

02:25PM   1    A.   THERE'S A LOT HERE.

02:25PM   2    Q.   TAKE A MOMENT AND GO THROUGH IT IF YOU WOULD LIKE.

02:25PM   3         (PAUSE IN PROCEEDINGS.)

02:26PM   4    BY MR. BOSTIC:

02:26PM   5    Q.   AND WE'RE ABOUT TO WALK THROUGH IT IN MORE DETAIL, BUT FOR

02:26PM   6    NOW MY QUESTION IS JUST IS THIS AN EMAIL CHAIN INTERNAL AT

02:26PM   7    THERANOS RELATING TO THIS TOPIC?

02:26PM   8    A.   YEAH, IT IS.

02:26PM   9         MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT OFFERS 1570.

02:26PM   10        MR. CAZARES:   NO OBJECTION.

02:26PM   11        THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

02:26PM   12        (GOVERNMENT'S EXHIBIT 1570 WAS RECEIVED IN EVIDENCE.)

02:26PM   13   BY MR. BOSTIC:

02:26PM   14   Q.   LET'S START ON PAGE 8 OF THIS EMAIL CHAIN IF WE COULD.

02:26PM   15        WE START WITH AN EMAIL FROM DANIEL YOUNG TO DR. ROSENDORFF

02:26PM   16   AS WELL AS MS. HOLMES AND MR. BALWANI.

02:26PM   17        DO YOU SEE THAT?

02:26PM   18   A.   YES.

02:26PM   19   Q.   AND AT THE TOP IT SAYS, "HERE ARE MY SUGGESTIONS THAT I

02:26PM   20   DISCUSSED WITH ADAM.   I'M PROVIDING SOME EXTRA BACKGROUND

02:27PM   21   INFO," AND THEN HE GOES ON TO DISCUSS THE PROFICIENCY TESTING

02:27PM   22   REQUIREMENTS FOR LABORATORY DEVELOPED TESTS.

02:27PM   23        DO YOU SEE THAT?

02:27PM   24   A.   YES.

02:27PM   25   Q.   LET'S GO TO PAGE 6 NOW MOVING FORWARD IN TIME THROUGH THE

02:27PM   1      EMAIL.

02:27PM   2           AND LET'S LOOK AT THE BOTTOM OF PAGE 6, AND WE SEE AN

02:27PM   3      EMAIL FROM YOU TO LANGLY GEE; IS THAT RIGHT?

02:27PM   4      A.   YEAH.

02:27PM   5      Q.   AND --

02:27PM   6      A.   YES.

02:27PM   7      Q.   AND ON FEBRUARY 24TH YOU WRITE TO MR. GEE, "PLEASE SHARE

02:27PM   8      WITH DANIEL YOUNG THE COMPARISON OF PREDICATE AND EDISON FOR

02:27PM   9      THE PT SPECIMENS WE TESTED."

02:27PM  10           DO YOU SEE THAT?

02:27PM  11      A.   I DO.

02:27PM  12      Q.   IS THAT REFERRING TO THE COMPARISON DATA THAT WE JUST

02:27PM  13      LOOKED AT IN THE EXCEL SPREADSHEET?

02:27PM  14      A.   YES.

02:27PM  15      Q.   WHY DID YOU THINK IT WAS IMPORTANT FOR MR. GEE TO FORWARD

02:27PM  16      THIS TO DANIEL YOUNG?

02:27PM  17      A.   AT THAT TIME IN FEBRUARY, IT WAS STILL PRETTY EARLY IN MY

02:28PM  18      TIME AT THE COMPANY, I -- DANIEL -- I FELT THAT DANIEL YOUNG

02:28PM  19      PLAYED A ROLE IN THINKING ABOUT PROBLEMS AT THE COMPANY, AND I

02:28PM  20      THINK AS WELL THAT HE HAD DISCUSSED PT AT ONE POINT WITH

02:28PM  21      DR. ROSENDORFF, I HAD HEARD.

02:28PM  22           SO I THOUGHT HE WAS IN A POSITION AT THE COMPANY THAT

02:28PM  23      WHEREBY SOME DATA LIKE THIS, HE COULD ACTIVATE THE PROCESS THAT

02:28PM  24      WOULD START TO DO SOMETHING ABOUT THIS PROBLEM.

02:28PM  25      Q.   OKAY.  LOOKING AT PAGE 5 OF THIS EXHIBIT WE SEE IN THE

02:28PM 1    MIDDLE OF THE PAGE THAT LANGLY GEE FORWARDS, IT LOOKS LIKE,

02:28PM 2    THAT DATA TO MR. BALWANI.

02:28PM 3        DO YOU SEE THAT?

02:28PM 4    A.   YES.

02:28PM 5    Q.   AND THEN ABOVE THAT AT THE TOP OF THE PAGE, IF WE ZOOM IN,

02:29PM 6    WE SEE AN EMAIL FROM MR. BALWANI TO YOU AND OTHERS AT THE

02:29PM 7    COMPANY ASKING WHERE AND WHO PULLED THE RESULTS FOR EDISONS

02:29PM 8    RUNS.

02:29PM 9        AND THEN HE SAYS, "I WOULD LIKE TO SEE THE RAW DATA FOR

02:29PM 10   THESE AND MAKE SURE THE CALIBRATIONS, ET CETERA, WERE PROPERLY

02:29PM 11   APPLIED."

02:29PM 12       DO YOU SEE THAT?

02:29PM 13   A.   I SEE THAT.

02:29PM 14   Q.   WHAT WAS YOUR REACTION AT THE TIME TO MR. BALWANI ASKING

02:29PM 15   TO SEE THE RAW DATA TO CONFIRM THAT CALIBRATIONS HAD BEEN

02:29PM 16   APPLIED FOR THIS TESTING EXPERIMENT?

02:29PM 17   A.   I REMEMBER FEELING THAT AT THAT TIME IN MY EMPLOYMENT THAT

02:29PM 18   I WAS A BIT SURPRISED THAT HE WOULD PLAY A ROLE, THAT

02:29PM 19   PARTICULAR ROLE IN THE PROCESS OF TROUBLESHOOTING IT.

02:29PM 20   Q.   WHY IS THAT?

02:29PM 21   A.   WELL, HE'S THE COO OF THE COMPANY AS I RECALL, AND THAT'S

02:29PM 22   PRETTY HIGH LEVEL MANAGEMENT, AND ALSO IT CAME TO MY

02:30PM 23   UNDERSTANDING THAT HIS BACKGROUND WAS MORE IN SOFTWARE.

02:30PM 24   Q.   WAS THIS KIND OF WORK, REVIEWING RAW DATA TO CHECK ON

02:30PM 25   CALIBRATIONS, THE KIND OF WORK THAT WOULD BENEFIT FROM HAVING

02:30PM   1    FORMAL SCIENTIFIC EDUCATION?

02:30PM   2    A.   CAN YOU RESTATE.

02:30PM   3    Q.   SURE.

02:30PM   4         THE KIND OF WORK THAT HE'S OFFERING TO DO HERE OR

02:30PM   5    DEMANDING TO DO, REVIEWING THE RAW DATA TO MAKE SURE THE

02:30PM   6    CALIBRATIONS WERE APPLIED, IS THAT THE KIND OF WORK THAT WOULD

02:30PM   7    TYPICALLY BE DONE BY SOMEONE WITH SOME TRAINING IN THE

02:30PM   8    BIOSCIENCES?

02:30PM   9    A.   I WOULD THINK THAT IT WOULD BE DONE BY SOMEBODY WHO HAS

02:30PM   10   EXPERIENCE IN DIAGNOSTIC LAB TESTING, MAYBE ANY KIND OF --

02:30PM   11   MAYBE TO SOME DEGREE BIOSTATISTICS BUT EXPERIENCE IN LAB

02:30PM   12   TESTING IS HOW I WOULD HAVE THOUGHT THAT.

02:30PM   13        AND THEN I REMEMBER THINKING READING THIS, OH, MAYBE HE'LL

02:30PM   14   HAVE SOMEONE ELSE TAKE A LOOK AT IT.

02:31PM   15   Q.   OKAY.  LET'S MOVE UP THROUGH THIS CHAIN AND LOOK AT

02:31PM   16   ANOTHER REACTION BY MR. BALWANI ON PAGE 3.

02:31PM   17        AND ON PAGE 3, LET'S ZOOM IN ON THE MIDDLE OF THE PAGE.

02:31PM   18   MR. BALWANI SAYS, "OUR VALIDATION AGAINST IMMULITE HAS BEEN

02:31PM   19   EXCELLENT IN THE PAST.  IT IS THESE PT SAMPLES THAT ARE OFF."

02:31PM   20        DO YOU SEE THAT?

02:31PM   21   A.   I SEE THAT.

02:31PM   22   Q.   WHAT IS YOUR UNDERSTANDING OF WHAT HE'S SAYING IN THIS

02:31PM   23   EMAIL?

02:31PM   24   A.   WHAT SUNNY IS SAYING IN THIS EMAIL IS THAT A VALIDATION IS

02:31PM   25   A STUDY WHERE YOU'RE TAKING TWO METHODS AND COMPARING THEM TO

02:31PM  1    ONE ANOTHER, AND YOU WANT THE -- TO DETERMINE HOW ACCURATE THE

02:31PM  2    NEW METHOD IS, SO TO SPEAK, TO THE OLD METHOD.

02:31PM  3        WHAT THIS SAYS IS THAT THE THERANOS METHOD HAD BEEN

02:31PM  4    THROUGH A VALIDATION STUDY, AND IN THAT PROCESS, IT WAS

02:31PM  5    COMPARED TO AN IMMULITE.

02:31PM  6        AN IMMULITE IS AN FDA CLEARED THIRD PARTY TEST.

02:32PM  7        AND IN THAT VALIDATION IT HAD SHOWN THAT THE THERANOS

02:32PM  8    METHODS PERFORMED WELL WHEN COMPARED TO THE FDA CLEARED METHOD.

02:32PM  9        SO HE CONCLUDES, OR HE INDICATES I SHOULD SAY, THAT IT

02:32PM 10    MUST BE THAT THERE WAS A PROBLEM WITH THE PT SAMPLES AND NOT

02:32PM 11    THE THERANOS TECHNOLOGY.

02:32PM 12    Q.   AND DID YOU AGREE WITH HIM THAT THE DATA SUPPORTED THAT

02:32PM 13    CONCLUSION THAT THE PT SAMPLES THEMSELVES WERE OFF?

02:32PM 14    A.   I DIDN'T AGREE OR DISAGREE AT THAT MOMENT IN TIME.

02:32PM 15    Q.   AROUND THIS TIME IN FEBRUARY OF 2014, HAD YOU SEEN ANY

02:32PM 16    ISSUES WITH THE EDISON ANALYZER THAT COULDN'T BE EXPLAINED BY

02:32PM 17    PT SAMPLES BEING OFF?

02:32PM 18    A.   WELL, PATIENT SPECIMENS WOULD GIVE DIFFERENT VALUES WHEN

02:32PM 19    THEY WERE RUN OVER AND OVER AGAIN, OR REPEATEDLY I SHOULD SAY,

02:32PM 20    WHICH WOULD IMPLY THAT PT SAMPLES MIGHT NOT BE THE PROBLEM.

02:33PM 21    Q.   I SEE.

02:33PM 22        LET'S LOOK AT PAGE 1 OF THIS EMAIL, AND I'D LIKE TO LOOK

02:33PM 23    AT TWO EMAILS, ONE FROM DR. ROSENDORFF AND ONE FROM YOU.

02:33PM 24        AND STARTING WITH DR. ROSENDORFF'S IN THE MIDDLE OF THE

02:33PM 25    PAGE.

PANDORI DIRECT BY MR. BOSTIC

02:33PM  1        HE SAYS, "READING THROUGH THE REGULATIONS MORE FINELY --

02:33PM  2   IF WE DID ENROLL IN PT FOR THERANOS METHODS, WE WOULD NEED TO

02:33PM  3   DO AN ALTERNATE ASSESSMENT PROTOCOL (AAP) IN ANY EVENT."

02:33PM  4        DO YOU SEE THAT?

02:33PM  5   A.   YES.

02:33PM  6   Q.   AND IS THIS WHAT WE WERE DISCUSSING AAP VERSUS STANDARD

02:33PM  7   PROFICIENCY TESTING?

02:33PM  8   A.   YES.

02:33PM  9   Q.   DR. ROSENDORFF THEN ASKS AT THE BOTTOM OF HIS EMAIL, "MY

02:33PM  10  QUESTION IS WHAT PT DO WE REPORT TO COMMERCIAL PT PROVIDERS AND

02:33PM  11  HENCE TO CMS?"

02:33PM  12       DO YOU SEE THAT?

02:33PM  13  A.   YES, I SEE IT.

02:33PM  14  Q.   WAS THAT YOUR CONCERN, TOO, AT THE TIME, WHAT DATA WAS

02:33PM  15  BEING REPORTED TO REGULATORS?

02:33PM  16  A.   IT WAS MY PRIMARY.

02:34PM  17  Q.   LET'S LOOK AT YOUR EMAIL AT THE TOP OF PAGE 1.

02:34PM  18       YOU WRITE BACK TO DR. ROSENDORFF, INCLUDING MR. BALWANI

02:34PM  19  AND MS. HOLMES.

02:34PM  20       YOU SAY, "ADAM,

02:34PM  21       "SEEMS THAT THE THING TO DO WOULD BE TO REPORT THE

02:34PM  22  THERANOS METHODS, AS THEY ARE OUR PRIMARY METHODS.

02:34PM  23       "THIS WOULD KEEP US IN FULL COMPLIANCE OF THE REGS, AND

02:34PM  24  THE LACK OF A PEER GROUP WOULD TRIGGER AN UNGRADED SCORE WHICH

02:34PM  25  WOULD ALLOW US TO EVALUATE OUR PERFORMANCE."

PANDORI DIRECT BY MR. BOSTIC

02:34PM   1        WHY WERE YOU ADVOCATING TO REPORT THE THERANOS METHODS,

02:34PM   2    THE PRIMARY METHODS, TO THE REGULATORS?

02:34PM   3    A.   THEY WERE BEING USED TO RUN A LARGE NUMBER OF THERANOS

02:34PM   4    SPECIMENS.

02:34PM   5    Q.   OKAY.  LET'S LOOK AT TAB 1580, PLEASE, IN YOUR BINDER.

02:35PM   6        AND DO YOU SEE THAT 1580 IS A CONTINUATION OF THAT SAME

02:35PM   7    EMAIL CHAIN?

02:35PM   8    A.   I DON'T -- OH, SORRY.

02:35PM   9    Q.   IN YOUR BINDER.

02:35PM  10    A.   WHAT?

02:35PM  11    Q.   IT'S JUST THE NEXT TAB IN YOUR BINDER, 1580?

02:35PM  12    A.   I WAS LOOKING AT THE SCREEN.

02:35PM  13    Q.   NO PROBLEM?

02:35PM  14    A.   YEAH, I'M THERE.

02:35PM  15    Q.   OKAY.  DO YOU SEE THAT THIS IS A CONTINUATION OF THE SAME

02:35PM  16    EMAIL CHAIN THAT WE WERE JUST LOOKING AT?

02:35PM  17    A.   YES.

02:35PM  18    Q.   AND DO YOU SEE THAT IT CONTINUES TO INCLUDE MR. BALWANI

02:35PM  19    AND MS. HOLMES?

02:35PM  20    A.   YES.

02:35PM  21        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1580.

02:35PM  22        MR. CAZARES:  NO OBJECTION.

02:35PM  23        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:35PM  24    (GOVERNMENT'S EXHIBIT 1580 WAS RECEIVED IN EVIDENCE.)

02:35PM  25    BY MR. BOSTIC:

02:35PM   1    Q.   LET'S START AT THE BOTTOM HALF OF THE PAGE.

02:35PM   2         FIRST, DO YOU SEE, DR. PANDORI, THE EMAIL FROM

02:35PM   3    ADAM ROSENDORFF REGARDING AAP?

02:36PM   4    A.   YES.

02:36PM   5    Q.   OKAY.  AND THEN MS. HOLMES'S RESPONSE TO THAT; CORRECT?

02:36PM   6    A.   YES.

02:36PM   7    Q.   AND THEN SHE WRITES, "WE ENGAGED TOP COUNSEL ON THIS SOME

02:36PM   8    TIME AGO.  SUNNY WILL DEBRIEF YOU TOMORROW -- IT IS CRITICAL

02:36PM   9    THAT NO ONE IS GUESSING ON MATTERS LIKE THESE."

02:36PM   10        DO YOU SEE THAT?

02:36PM   11   A.   YES.

02:36PM   12   Q.   AND IN EXPRESSING THE VIEWS THAT YOU AND DR. ROSENDORFF

02:36PM   13   WERE EXPRESSING, WERE YOU GUESSING ABOUT THE REQUIREMENTS?

02:36PM   14   A.   NO.

02:36PM   15   Q.   WAS IT PART OF YOUR JOB TO UNDERSTAND HOW TO PROPERLY

02:36PM   16   CONDUCT PROFICIENCY TESTING AT A LAB LIKE THIS?

02:36PM   17   A.   IT'S PART OF MY JOB AS A LABORATORY DIRECTOR AND IT'S PART

02:36PM   18   OF DR. ROSENDORFF'S JOB AS A LABORATORY DIRECTOR, AND IT'S A

02:36PM   19   NATURAL AND NORMAL THING DONE IN ALL DIAGNOSTIC LABORATORIES.

02:36PM   20   Q.   LET'S GO UP TO MR. BALWANI'S RESPONSE AT THE TOP OF

02:36PM   21   PAGE 1.

02:37PM   22        AND LET'S DIVIDE THIS UP SO WE CAN ZOOM IN A LITTLE BIT

02:37PM   23   MORE ACTUALLY.  LET'S TAKE THE FIRST HALF FIRST.  THANK YOU.

02:37PM   24        YOU SEE THAT MR. BALWANI WRITES IN THAT TOP LINE, "I AM

02:37PM   25   EXTREMELY IRRITATED AND FRUSTRATED BY FOLKS WITH NO LEGAL

02:37PM 1    BACKGROUND TAKING LEGAL POSITIONS AND INTERPRETATIONS ON THESE

02:37PM 2    MATTERS AND JUNIOR CLIA AND NON-CLIA PERSONNEL CHALLENGING OUR

02:37PM 3    CLIA SOP'S."

02:37PM 4        DO YOU SEE THAT?

02:37PM 5    A.   YES.

02:37PM 6    Q.   IN YOUR VIEW AS LABORATORY DIRECTOR AT THIS TIME, WAS

02:37PM 7    COMPLIANCE WITH PROFICIENCY TESTING JUST A LEGAL REQUIREMENT?

02:37PM 8    A.   COMPLIANCE WITH PT TESTING SERVES A REGULATORY

02:37PM 9    REQUIREMENT, BUT IT REALLY IS -- YOU CAN LOOK AT IT THAT WAY,

02:37PM 10   BUT PERFORMING PT PROPERLY IS ESSENTIAL FOR AN OBJECTIVE MANNER

02:38PM 11   IN ASSESSING THE QUALITY AND ACCURACY OF YOUR LAB TESTS, AND

02:38PM 12   THAT SERVES A PATIENT SAFETY FUNCTION, WHICH IS IN MY MIND MORE

02:38PM 13   IMPORTANT THAN THE REGULATIONS, BUT PROBABLY WHY REGULATIONS

02:38PM 14   EXIST OF COURSE.

02:38PM 15   Q.   AND IS THAT ASPECT OF IT, THE PATIENT SAFETY ASPECT,

02:38PM 16   SOMETHING THAT YOU WERE CONCERNED WITH AS LABORATORY DIRECTOR?

02:38PM 17   A.   YES.

02:38PM 18   Q.   IN THE SECOND PARAGRAPH OF MR. BALWANI'S EMAIL HE SAYS,

02:38PM 19   "THESE PAST FEW DAYS, WE HAVE WASTED SO MUCH TIME TALKING TO

02:38PM 20   PEOPLE OUTSIDE OF CLIA WHO HAVE COME TO US TO SHARE THAT OUR PT

02:38PM 21   ON VITAMIN D ON EDISON HAS FAILED.  THESE PT SAMPLES SHOULD

02:38PM 22   HAVE NEVER RUN ON EDISONS TO BEGIN WITH."

02:38PM 23       DO YOU SEE THAT?

02:38PM 24   A.   YES.

02:38PM 25   Q.   YOU TESTIFIED EARLIER THAT IT HAD BEEN YOUR DECISION TO

02:38PM  1    RUN THESE SAMPLES ON THE EDISONS?

02:38PM  2    A.   YES.

02:38PM  3    Q.   DID YOU AGREE WITH MR. BALWANI THAT THAT WAS A MISTAKE?

02:38PM  4    A.   I DID NOT AGREE WITH MR. BALWANI THAT THAT WAS A MISTAKE.

02:38PM  5    Q.   AND WHY DID YOU DISAGREE?

02:39PM  6    A.   BECAUSE IT IS ESSENTIAL BY WAY OF REGULATIONS THAT PT'S

02:39PM  7    ARE TREATED THE SAME WAY THAT PATIENT SPECIMENS ARE TREATED,

02:39PM  8    OTHERWISE YOU'RE NOT TRULY DETERMINING THE QUALITY OF YOUR

02:39PM  9    PROCESS AND YOU'RE NOT HAVING AN OBJECTIVE AND PROPER

02:39PM  10   ASSESSMENT OF THE TEST.

02:39PM  11   Q.   LET'S ZOOM OUT AND GO IN ON THE BOTTOM TWO PARAGRAPHS OF

02:39PM  12   MR. BALWANI'S RESPONSE.

02:39PM  13        AND IN THAT BOTTOM PARAGRAPH YOU SEE THAT HE SAYS IN THE

02:39PM  14   MIDDLE, "NO PERSONAL OPINIONS.  RIGHT NOW, EVERY CLS OR TS OR

02:39PM  15   GS CONSIDERS THEMSELVES AS REGULATORY EXPERT," AND THEN HE

02:39PM  16   UNDER LINES, "AND THIS CULTURE MUST BE NIP IN THE BUD."

02:39PM  17        DO YOU SEE THAT?

02:39PM  18   A.   YEAH, I SEE THAT.

02:39PM  19   Q.   FIRST OF ALL, AS LABORATORY DIRECTOR AT THE TIME, DID YOU

02:39PM  20   FEEL QUALIFIED TO GIVE YOUR INPUT ON WHAT PROFICIENCY TESTING

02:40PM  21   SHOULD LOOK LIKE AT THE LAB?

02:40PM  22        MR. CAZARES:  OBJECTION.  IT CALLS FOR LEGAL

02:40PM  23   CONCLUSION TESTIMONY.

02:40PM  24        THE COURT:  ARE YOU ASKING HIM HIS KNOWLEDGE OF THE

02:40PM  25   SCOPE OF HIS EMPLOYMENT?

02:40PM   1          MR. BOSTIC:  EXACTLY, YOUR HONOR.  I'M HAPPY TO

02:40PM   2     REPHRASE THAT.

02:40PM   3          THE COURT:  WHY DON'T YOU.  THANK YOU.

02:40PM   4     BY MR. BOSTIC:

02:40PM   5     Q.  DR. PANDORI, BASED ON YOUR UNDERSTANDING OF YOUR JOB

02:40PM   6     RESPONSIBILITIES AND THE SCOPE OF YOUR EMPLOYMENT, WAS IT PART

02:40PM   7     OF YOUR RESPONSIBILITY TO GIVE YOUR OPINION AND INPUT ON HOW

02:40PM   8     PROFICIENCY TESTING WAS RUN AT THERANOS?

02:40PM   9          MR. CAZARES:  702.

02:40PM   10         THE COURT:  OVERRULED.

02:40PM   11         THE WITNESS:  I WASN'T NEVER -- I WASN'T ENTIRELY

02:40PM   12    CLEAR.  I DIDN'T HAVE A LIST OF JOB DESCRIPTIONS AND THAT, SO I

02:40PM   13    TOOK IT UPON MYSELF TO MAKE SURE THAT THE LAB WAS RUNNING

02:40PM   14    PROPERLY IN ANY WAY THAT I COULD.

02:40PM   15         AND BECAUSE I HAD A LOT OF EXPERIENCE IN DIRECTING

02:40PM   16    LABORATORY ACTIVITIES AND LOOKING AT PT'S AND I'M BOARD

02:40PM   17    CERTIFIED AS A HIGH COMPLEXITY LABORATORY DIRECTOR, I FELT THAT

02:41PM   18    I COULD CONTRIBUTE IN A MEANINGFUL WAY TO THIS CONVERSATION.

02:41PM   19    BY MR. BOSTIC:

02:41PM   20    Q.  YOU LEFT THERANOS IN MAY 2014; IS THAT RIGHT?

02:41PM   21    A.  CORRECT.

02:41PM   22    Q.  DURING YOUR TIME AT THE COMPANY, DID THERANOS EVER PERFORM

02:41PM   23    PROFICIENCY TESTING IN A WAY THAT SATISFIED YOU?

02:41PM   24    A.  I DON'T RECALL I LEFT SO SOON.

02:41PM   25    Q.  WAS THERANOS'S APPROACH TO PROFICIENCY TESTING PART OF THE

02:41PM   1     REASONS WHY YOU LEFT THE COMPANY?

02:41PM   2     A.   IT WAS PART.

02:41PM   3     Q.   THE PROBLEMS YOU SAW AT THERANOS, WERE THEY LIMITED TO THE

02:41PM   4     EDISON DEVICE OR DID YOU ALSO SEE PROBLEMS WITH THE THERANOS

02:41PM   5     MODIFIED THIRD PARTY DEVICES?

02:41PM   6     A.   THERE WERE PROBLEMS WITH THE HACKED EQUIPMENT AS WELL.

02:42PM   7     Q.   WHAT PROBLEMS DID YOU SEE WITH THOSE ITEMS?

02:42PM   8     A.   WELL, THEY WERE -- THEY HAD QUALITY CONTROL ISSUES AS I

02:42PM   9     RECALL, BUT THEY ALSO -- I HAD HEARD THAT THEY HAD GIVEN A

02:42PM   10    NUMBER OF RESULTS THAT LED ME TO BELIEVE THAT THEY WERE

02:42PM   11    GENERATING UNRELIABLE RESULTS.

02:42PM   12    Q.   IF I COULD ASK YOU TO TURN TO TAB 1562 IN YOUR BINDER,

02:42PM   13    PLEASE.

02:42PM   14         MR. CAZARES:  I'M SORRY, WHAT NUMBER, COUNSEL?

02:42PM   15         MR. BOSTIC:  1562.

02:42PM   16         THE WITNESS:  YES.

02:42PM   17    BY MR. BOSTIC:

02:42PM   18    Q.   AND AT 1562, DO YOU SEE AN EMAIL CHAIN BETWEEN YOU AND

02:42PM   19    DR. ROSENDORFF RELATING TO AN EVALUATION OF MODIFIED ANALYZERS

02:42PM   20    AT THERANOS?

02:42PM   21    A.   YES.

02:43PM   22         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1562.

02:43PM   23         MR. CAZARES:  ONE MOMENT, YOUR HONOR.

02:43PM   24        (PAUSE IN PROCEEDINGS.)

02:43PM   25         MR. CAZARES:  NO OBJECTION.

02:43PM   1           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:43PM   2           (GOVERNMENT'S EXHIBIT 1562 WAS RECEIVED IN EVIDENCE.)

02:43PM   3    BY MR. BOSTIC:

02:43PM   4    Q.   IF WE CAN START ON PAGE 5 AT THE BOTTOM, WE SEE THE FIRST

02:43PM   5    EMAIL IN THIS CHAIN IS FROM SOMEONE NAMED NICHOLAS HAASE.

02:43PM   6         DO YOU SEE THAT?

02:43PM   7    A.   YES.

02:43PM   8    Q.   AND WHO WAS NICHOLAS HAASE?

02:43PM   9    A.   MY RECOLLECTION WAS NICHOLAS HAASE WAS A CHEMIST WHO

02:43PM  10    WORKED AT THERANOS IN THAT CHEMISTRY AREA.

02:44PM  11    Q.   AND WHEN YOU SAY IN THAT P PROTOCOL?

02:44PM  12    A.   P PROTOCOL.

02:44PM  13    Q.   WHAT WAS P PROTOCOL AT THERANOS?

02:44PM  14    A.   IT WAS A PROCESS WHERE SPECIMENS FROM NANOTAINERS WOULD BE

02:44PM  15    HANDLED BY A ROBOT, AND PUT INTO A PLASTIC CUP, AND DILUTED,

02:44PM  16    AND THEN PUT ON TO AN FDA CLEARED INSTRUMENT THAT HAD BEEN

02:44PM  17    MODIFIED TO RUN DILUTED SPECIMENS.

02:44PM  18    Q.   AND SO THIS WAS A PRACTICE USING NON-THERANOS EQUIPMENT,

02:44PM  19    BUT A PRACTICE UNIQUE TO THERANOS; IS THAT RIGHT?

02:44PM  20    A.   TO MY KNOWLEDGE IT WAS UNIQUE TO THERANOS.

02:44PM  21    Q.   LOOKING AT PAGE 5, AND LET'S LOOK AT PAGE 6 ALSO, THE TOP

02:44PM  22    OF PAGE 6.  MR. HAASE SAYS AT THE TOP, "ATTACHED ARE THE

02:45PM  23    TABULATED RESULTS FROM THE TECAN-DILUTED FINGERSTICK AND VENOUS

02:45PM  24    SAMPLES FROM THIS MORNING'S STUDY, AS WELL AS THE PREDICATE

02:45PM  25    VENOUS RESULTS."

02:45PM  1        DO YOU SEE THAT?

02:45PM  2   A.   YES.

02:45PM  3   Q.   WERE STUDIES LIKE THIS PERIODICALLY CONDUCTED WITHIN

02:45PM  4   THERANOS?

02:45PM  5   A.   I WOULD NOT SAY THEY WERE PERIODICALLY CONDUCTED, BUT I

02:45PM  6   DIDN'T WORK IN THE CHEMISTRY DEPARTMENT SO I DON'T KNOW.

02:45PM  7   Q.   WHAT IS YOUR UNDERSTANDING OF THE PURPOSE OF A STUDY LIKE

02:45PM  8   THIS ONE?

02:45PM  9   A.   THE PURPOSE OF A STUDY LIKE THIS WOULD BE TO SEE IF THE

02:45PM  10  METHODOLOGY OF RUNNING THE TECAN, THE DILUTED, THE SMALL VOLUME

02:45PM  11  SPECIMENS THAT YOU WERE COLLECTING WERE GENERATING RESULTS THAT

02:45PM  12  WOULD COMPARE FAVORABLY OR ACCURATELY TO NORMAL SPECIMENS RUN

02:45PM  13  IN A NORMAL MANNER AND RUN ON AN FDA CLEARED PREDICATE TEST.

02:45PM  14  Q.   OKAY.  LET'S LOOK AT PAGE 2 OF THIS EMAIL, AND IF WE CAN

02:45PM  15  ZOOM IN ON KIND OF THE MIDDLE TO CAPTURE DR. ROSENDORFF'S EMAIL

02:46PM  16  AND THEN YOURS.

02:46PM  17  A.   OKAY.

02:46PM  18  Q.   PERFECT.  THANK YOU.

02:46PM  19       FIRST, THERE'S AN EMAIL FROM YOU AT THE BOTTOM OF THAT

02:46PM  20  SELECTION THAT SAYS, "HAS THE QC DATA REVEALED MORE BIAS IN

02:46PM  21  FEBRUARY THAN DECEMBER?"

02:46PM  22       AND YOU SAY, "MY SENSE IS THAT THE INSTRUMENT BIAS IS THE

02:46PM  23  MAJOR CAUSE, AND THAT FOR SOME REASON, P PROTOCOLS ARE MORE

02:46PM  24  SUSCEPTIBLE TO THE PROBLEM."

02:46PM  25       DO YOU SEE THAT?

02:46PM 1    A.   I SEE THAT.

02:46PM 2    Q.   AND DR. ROSENDORFF RESPONDS, "FOR SURE THE INSTRUMENT BIAS

02:46PM 3    IS EXACERBATED WITH THE P-PROTOCOLS."

02:46PM 4         CAN YOU EXPLAIN FOR US WHAT THAT MEANS?

02:46PM 5    A.   YEAH.  HE'S SAYING THAT IN A SENSE THERE'S A CHANCE FOR A

02:46PM 6    MUCH HIGHER INACCURACY IF YOU'RE RUNNING THE DELETED P PROTOCOL

02:46PM 7    COMPARED TO THE PREDICATE MACHINE, I MEAN THE PREDICATE METHOD,

02:46PM 8    SORRY.

02:46PM 9         AND THAT WITH P PROTOCOLS THAT THERE'S SOMETHING ABOUT --

02:47PM 10   THERE'S A FUNCTION ASPECT TO THE INSTRUMENT THAT IF YOU TRY TO

02:47PM 11   RUN THESE DILUTED SPECIMENS ON IT, IT DOESN'T WORK AS WELL,

02:47PM 12   JUST TO BE SORT OF PLAIN ABOUT IT.

02:47PM 13   Q.   AND THE TERM "INSTRUMENT BIAS," CAN YOU GIVE US A QUICK

02:47PM 14   DEFINITION OF WHAT THAT IS REFERRING TO?

02:47PM 15   A.   SO THAT THE INSTRUMENT MIGHT INTRODUCE SOME CHANGE OR

02:47PM 16   VARIATION IN A COUNT OR A MEASUREMENT, AND THAT THAT VARIATION

02:47PM 17   OR THAT AMOUNT OF CHANGE TO THE RESULT, OR MEASUREMENT I SHOULD

02:47PM 18   SAY, IS SOMEHOW EXACERBATED OR MADE MORE SERIOUS WHEN YOU RUN

02:47PM 19   THE P SPECIMENS AND THE P PROTOCOL SPECIMENS.

02:47PM 20   Q.   IN OTHER WORDS, DID THE THERANOS MODIFIED VERSIONS OF

02:47PM 21   THESE DEVICES WORK WORSE THAN THE UNMODIFIED VERSIONS?

02:47PM 22   A.   CAN YOU RESTATE THAT?

02:47PM 23   Q.   SURE.  DID THE THERANOS MODIFIED ANALYZERS WORK WORSE THAN

02:48PM 24   THE UNMODIFIED VERSIONS?

02:48PM 25        MR. CAZARES:  OBJECTION.  LEADING.

02:48PM  1                    THE WITNESS:  YEAH, THERE WAS PLENTY --

02:48PM  2                    THE COURT:  EXCUSE ME.  IT WAS LEADING.

02:48PM  3            WHY DON'T YOU REPHRASE THE QUESTION.

02:48PM  4                    MR. BOSTIC:  SURE.

02:48PM  5       Q.   DID THE RESULTS OF THIS EXPERIMENT TELL YOU ANYTHING ABOUT

02:48PM  6       WHETHER THE THERANOS CHANGES TO THESE ANALYZERS MADE THEM WORK

02:48PM  7       BETTER OR WORSE?

02:48PM  8                    MR. CAZARES:  ALSO LEADING.

02:48PM  9                    THE COURT:  OVERRULED.

02:48PM 10                    THE WITNESS:  IT INDICATED THAT THE THERANOS

02:48PM 11       METHODOLOGY WORKED WORSE.

02:48PM 12       BY MR. BOSTIC:

02:48PM 13       Q.   AND WAS THAT CONCERNING TO YOU AS LABORATORY DIRECTOR?

02:48PM 14       A.   YES.

02:48PM 15       Q.   GOING BACK TO THE EDISON SPECIFICALLY, BASED ON THE ISSUES

02:48PM 16       THAT YOU HAD SEEN, HOW WERE YOU FEELING ABOUT THE COMPANY'S

02:48PM 17       CONTINUED USE OF THE EDISON ANALYZERS IN THE FIRST PART OF

02:48PM 18       2014?

02:48PM 19       A.   EDISON ANALYZERS, I DIDN'T HAVE A VERY POSITIVE FEELING

02:49PM 20       WITH REGARD TO THEIR FUNCTION AT ALL.

02:49PM 21       Q.   DID YOU EVER MAKE A SUGGESTION TO ANYONE AT THERANOS ABOUT

02:49PM 22       WHETHER THE COMPANY SHOULD CONTINUE TO USE THE EDISON OR NOT?

02:49PM 23       A.   I RECOMMENDED TO DR. ROSENDORFF ON MANY OCCASIONS THAT WE

02:49PM 24       SHOULD JUST RUN PREDICATE METHODS WHILE WE CONCENTRATE ON

02:49PM 25       GETTING THE THERANOS TECHNOLOGIES WORKING BETTER.

02:49PM  1          AND THEN ONCE WE HAD MORE CONFIDENCE IN THE THERANOS

02:49PM  2     METHODS, WE WOULD SWITCH, BUT UNTIL THEN WE COULD -- BECAUSE WE

02:49PM  3     HAD A CLIA CERTIFICATE, AND WE HAD LAB DIRECTORS, AND CLINICAL

02:49PM  4     LAB SCIENTISTS, WE HAD ALL OF THE INFRASTRUCTURE TO DO NORMAL

02:49PM  5     PREDICATE LAB TESTING, WHY DON'T WE DO THAT UNTIL WE FEEL MORE

02:49PM  6     CONFIDENCE IN THE THERANOS METHODS.

02:49PM  7     Q.   SO IF YOUR RECOMMENDATION HAD BEEN ADOPTED, WOULD THERANOS

02:49PM  8     HAD BEEN USING THE EDISON FOR ANY PATIENT TESTING AT ALL DURING

02:49PM  9     THAT PERIOD?

02:49PM 10     A.   NO.

02:49PM 11          IN MY RECOMMENDATION, WHAT I'M SAYING IS THAT THE EDISON

02:50PM 12     SHOULD BE CONSIDERED RESEARCH EQUIPMENT AND THAT THEY SHOULD BE

02:50PM 13     WORKED ON UNTIL ACCURACY AND PRECISION CAN BE IMPROVED, AND

02:50PM 14     ONLY WHEN THAT'S BEEN ACHIEVED WOULD WE START TO USE THEM ON

02:50PM 15     PATIENT TESTING.

02:50PM 16          BUT IN THE MEANTIME WE COULD RUN -- BECAUSE WE ALREADY HAD

02:50PM 17     THIS EQUIPMENT, AND WE HAD EVERYTHING IN PLACE TO DO DIAGNOSTIC

02:50PM 18     TESTING ON VENOUS SPECIMENS, WE COULD REMAIN A DIAGNOSTIC

02:50PM 19     LABORATORY UNTIL THAT WAS ACHIEVED.

02:50PM 20     Q.   THE ONLY DIFFERENCE WOULD BE THAT THE COMPANY WOULDN'T BE

02:50PM 21     USING ITS HOME GROWN ANALYZER; CORRECT?

02:50PM 22     A.   THAT WOULD BE, THAT WOULD BE ONE DIFFERENCE.

02:50PM 23          THE OTHER DIFFERENCE WOULD BE THAT YOU WOULDN'T BE DRAWING

02:50PM 24     INTO THE NANOTAINER.

02:50PM 25     Q.   OKAY.  CAN YOU TELL US WHAT THE NANOTAINER WAS IN THIS

02:50PM 1    CONTEXT?

02:50PM 2    A.   A PLASTIC VIAL ABOUT THAT BIG WITH A RUBBER PLUG ON THE

02:50PM 3    TOP THAT WOULD CONNECT TO AN APPARATUS THAT ALLOWED ONE TO DO A

02:50PM 4    FINGERSTICK AND DRAW BLOOD DIRECTLY INTO THE NANOTAINER

02:50PM 5    (INDICATING).

02:50PM 6    Q.   AND WAS THE NANOTAINER A THERANOS SPECIFIC DEVICE?

02:51PM 7    A.   YES.

02:51PM 8    Q.   SO YOUR OPINION OR YOUR RECOMMENDATION THAT THE COMPANY

02:51PM 9    SHOULD STOP USING THE EDISON ALTOGETHER AT LEAST UNTIL THE

02:51PM 10   PROBLEMS WERE ADDRESSED, DO YOU KNOW WHETHER THAT

02:51PM 11   RECOMMENDATION EVER MADE ITS WAY TO MR. BALWANI?

02:51PM 12           MR. CAZARES:  OBJECTION.  IT CALLS FOR HEARSAY,

02:51PM 13   SPECULATION, AND FOUNDATION.

02:51PM 14           THE COURT:  IF YOU CAN LAY A FOUNDATION WITHOUT

02:51PM 15   ASKING FOR HEARSAY.

02:51PM 16           MR. BOSTIC:  I THINK MY NEXT QUESTION WILL LAY THE

02:51PM 17   FOUNDATION.

02:51PM 18   Q.   DID YOU EVER DISCUSS OR WERE YOU EVER IN A CONVERSATION

02:51PM 19   WITH MR. BALWANI ABOUT THE RECOMMENDATION THAT YOU HAD MADE TO

02:51PM 20   STOP USING THE EDISONS?

02:51PM 21   A.   YES.

02:51PM 22   Q.   OKAY.  SO TELL US ABOUT THAT?  HOW DID THAT CONVERSATION

02:51PM 23   TAKE PLACE?

02:51PM 24   A.   I BELIEVE I MENTIONED IT TO HIM IN HIS OFFICE THAT WE

02:51PM 25   COULD DO THAT, AND ALSO AT ANOTHER TIME WHEN WE WERE LOOKING AT

02:52PM  1    SOME SPACE TO PUT A LOT OF OLD -- A LOT OF PREDICATE EQUIPMENT

02:52PM  2    IN TO RUN VENOUS TESTING TO CREATE ANOTHER LAB JUST FOR VENOUS

02:52PM  3    TESTING, AND I HAD MENTIONED IT AT THAT TIME AS WELL.

02:52PM  4    Q.   AND WAS THERE A TIME WHEN MR. BALWANI VISITED YOU IN YOUR

02:52PM  5    OFFICE TO DISCUSS THOSE --

02:52PM  6    A.   YES.

02:52PM  7    Q.   TELL US ABOUT THAT.

02:52PM  8    A.   WHEN HE CAME, I BELIEVE WITH TWO OTHER PROJECT MANAGERS,

02:52PM  9    AND TOLD ME THAT THAT WOULDN'T HAPPEN.  HE WAS UPSET.

02:52PM  10   Q.   WAS THAT ON THE SAME DAY THAT YOU HAD RAISED THIS ISSUE TO

02:52PM  11   HIM IN THE FIRST PLACE?  DO YOU RECALL THE TIMING THERE?

02:52PM  12   A.   I DON'T THINK IT WAS THE SAME DAY, BUT I DON'T REMEMBER

02:52PM  13   THE DISTANCE CHRONOLOGICALLY BETWEEN MY RECOMMENDATION TO HIM

02:52PM  14   OR THE TIME I SAID IT TO ADAM -- I'M SORRY, DR. ROSENDORFF.

02:52PM  15   Q.   AND WHEN MR. BALWANI CAME TO VISIT YOU IN YOUR OFFICE, YOU

02:52PM  16   SAID WITH THE TWO PROJECT MANAGERS, WAS THAT THEN A DISCUSSION

02:52PM  17   WHERE YOU HAD A BACK AND FORTH ABOUT WHETHER THIS SHOULD BE

02:53PM  18   DONE OR NOT, OR WAS IT MR. BALWANI RELAYING HIS DECISION TO

02:53PM  19   YOU?

02:53PM  20   A.   WELL, THAT WAS A RELAY OF HIS DECISION.  THERE WASN'T ANY

02:53PM  21   BACK AND FORTH.

02:53PM  22   Q.   AND WHAT WAS THE TONE?

02:53PM  23   A.   HE WAS UPSET.  ANGRY.

02:53PM  24   Q.   AND AROUND THAT TIME WHEN MR. BALWANI TOLD YOU THAT THE

02:53PM  25   COMPANY WAS NOT GOING TO STOP USING THE EDISON, DID YOU THINK

02:53PM 1    ABOUT ELEVATING THAT ISSUE TO MS. HOLMES, THE CEO OF THE

02:53PM 2    COMPANY?

02:53PM 3    A.   NO.

02:53PM 4    Q.   WHY NOT?

02:53PM 5    A.   UM, I CONSIDERED MR. BALWANI AND ELIZABETH TO BE UNIFIED

02:53PM 6    IN ALL OF THEIR DECISION MAKING PROCESSES.

02:53PM 7    Q.   AND WHAT WAS THAT IMPRESSION BASED ON?

02:53PM 8    A.   WELL, WHEN WE HAD ENGAGED IN THE PT CONTROVERSY THAT WE

02:53PM 9    WENT OVER EARLIER, THEY WERE UNIFIED IN THAT.

02:54PM 10        WHEN I WOULD ATTEND MEETINGS IN WHICH BOTH WERE PRESENT,

02:54PM 11   THEY PRESENTED A UNIFIED FRONT ON ALL OPINIONS AND DECISIONS.

02:54PM 12        THEY SEEMED TO GET ALONG REALLY WELL WITH ONE ANOTHER WHEN

02:54PM 13   I COULD SEE THEM TOGETHER.

02:54PM 14        AND I NEVER HEARD OF AN INSTANCE IN THE LAB WHERE ONE HAD

02:54PM 15   MADE A DECISION AND THE OTHER HAD MADE A DIFFERENT DECISION.

02:54PM 16   Q.   OKAY.  SO WE'VE TALKED JUST NOW ABOUT MR. BALWANI'S

02:54PM 17   RESPONSE TO YOUR SUGGESTION THAT THE EDISON BE TAKEN OUT OF

02:54PM 18   USE.

02:54PM 19        WAS THAT CONSISTENT WITH OR INCONSISTENT WITH THE WAY THAT

02:54PM 20   MR. BALWANI GENERALLY RESPONDED TO BAD NEWS AT THE COMPANY IN

02:54PM 21   YOUR EXPERIENCE?

02:54PM 22   A.   THAT WAS CONSISTENT.

02:54PM 23   Q.   WHY DO YOU SAY THAT?

02:54PM 24   A.   HE HAD A TEMPER, AND HE SHOWED IT TO A LOT OF PEOPLE WHEN

02:54PM 25   HE DISAGREED WITH THEM.

02:54PM 1          MR. BOSTIC:  YOUR HONOR, I'M ABOUT TO MOVE TO A

02:54PM 2     DIFFERENT TOPIC.

02:55PM 3          NOW MIGHT BE A GOOD TIME TO BREAK FOR THE DAY.

02:55PM 4          THE COURT:  LET'S DO THAT THEN.  THANK YOU.

02:55PM 5          LADIES AND GENTLEMEN, WE'LL TAKE OUR RECESS NOW.  PLEASE

02:55PM 6     RECALL THAT WE'RE NOT IN SESSION TOMORROW, THURSDAY, BUT WE

02:55PM 7     WILL BE IN SESSION FRIDAY MORNING, FRIDAY MORNING AT 9:00 A.M.

02:55PM 8          PLEASE LET ME REMIND YOU OF THE ADMONISHMENT, DO NOT DO

02:55PM 9     ANY INDEPENDENT RESEARCH, DO NOT DISCUSS WITH ANYONE, DO NOT

02:55PM 10    READ, LISTEN, OR WATCH ANYTHING ABOUT THIS, AND DO NOT IN ANY

02:55PM 11    WAY HAVE ANYTHING ABOUT THIS CASE COME TO YOUR ATTENTION.

02:55PM 12         I'LL ASK YOU THAT QUESTION AGAIN FRIDAY, AS YOU KNOW.

02:55PM 13         HAVE A GOOD EVENING, LADIES AND GENTLEMEN.  IT'S GOOD TO

02:55PM 14    SEE YOU AGAIN.

02:55PM 15         DOCTOR, IF YOU COULD COME BACK TOMORROW AT 9:00 A.M.,

02:55PM 16    PLEASE.

02:55PM 17         MR. BOSTIC:  FRIDAY.

02:55PM 18         THE COURT:  FRIDAY.  EXCUSE ME.

02:55PM 19         THE WITNESS:  UNDERSTOOD.

02:55PM 20    (JURY OUT AT 2:55 P.M.)

02:56PM 21         THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:56PM 22    YOU CAN LEAVE, SIR.  THANK YOU.

02:56PM 23         ALL RIGHT.  THE RECORD SHOULD REFLECT THAT THE JURY HAS

02:56PM 24    LEFT FOR THE DAY.  THE WITNESS HAS LEFT THE COURTROOM.

02:56PM 25         ANYTHING FURTHER BEFORE WE BREAK FOR THE EVENING, COUNSEL?

1675

02:56PM  1              MR. BOSTIC:  NOT FROM THE GOVERNMENT, YOUR HONOR.

02:56PM  2              MR. COOPERSMITH:  I HAVE ONE SMALL ISSUE,

02:56PM  3      YOUR HONOR.

02:56PM  4              THE COURT:  SURE.

02:56PM  5              MR. COOPERSMITH:  I THINK IT'S SMALL.

02:56PM  6          AND I JUST WANTED TO ASK IF THE COURT WOULD LIKE SOME

02:56PM  7      ADDITIONAL BRIEFING ON THIS OR SOMETHING, BUT HERE'S OUR

02:56PM  8      DIFFERENCE OF VIEWS:

02:56PM  9          SO WE THINK THE TESTIMONY THAT DR. PANDORI GAVE IN LARGE

02:56PM  10     PART, AND ALSO THE TESTIMONY FROM MS. CHEUNG, AND WE THINK THIS

02:57PM  11     WILL REOCCUR AGAIN IN TRIAL WITH OTHER WITNESSES SUCH AS

02:57PM  12     DR. ROSENDORFF IF HE'S CALLED, WE THINK IT'S EXPERT TESTIMONY.

02:57PM  13         AND IF THE GOVERNMENT IS NOT CALLING THESE WITNESSES AS

02:57PM  14     EXPERTS, THE FACT IS -- CERTAINLY IT'S TRUE THAT SOMEONE OF

02:57PM  15     DR. PANDORI'S TRAINING AND BACKGROUND, HE KNOWS A LOT ABOUT THE

02:57PM  16     LAB INDUSTRY.  HE IS PROBABLY QUALIFIED TO BE AN EXPERT IF

02:57PM  17     THAT'S WHAT THE GOVERNMENT WAS TRYING TO DO.

02:57PM  18         BUT THEY'RE NOT TRYING TO DO THAT.

02:57PM  19         SO THE FACT THAT HE HAS AN UNDERSTANDING FROM HIS TRAINING

02:57PM  20     OR FROM HIS JOB, IN OUR VIEW, DOES NOT MEAN THAT HE CAN TESTIFY

02:57PM  21     AS AN EXPERT.

02:57PM  22         AND, LIKE, FOR EXAMPLE, WITH MS. CHEUNG, AND THERE WERE

02:57PM  23     OBJECTIONS MADE DURING THE COURSE OF MS. CHEUNG'S TESTIMONY,

02:57PM  24     THE FACT THAT SHE HAS AN UNDERSTANDING OF SOMETHING BECAUSE

02:57PM  25     SHE, LIKE, READ THINGS OR IT DOESN'T MEAN THAT SHE'S GOING TO

02:57PM  1    BE TESTIFYING AS AN EXPERT.

02:57PM  2        SO I THINK RESPECTFULLY, THE OBJECTIONS THAT THE COURT HAS

02:57PM  3    BEEN OVERRULING ON THESE EXPERT ISSUES WE THINK ARE --

02:57PM  4            THE COURT:  YOU TAKE DIFFERENCE WITH?

02:58PM  5            MR. COOPERSMITH:  WE DO.

02:58PM  6            THE COURT:  MR. BOSTIC, WHAT DO YOU THINK?

02:58PM  7            MR. BOSTIC:  SO, YOUR HONOR, I NOTE THAT THE PARTIES

02:58PM  8    DID BRIEF THESE ISSUES IN MOTIONS IN LIMINE SPECIFICALLY

02:58PM  9    ADDRESSING SOME OF THE CONTENT OF TESTIMONY BY THESE SAME

02:58PM 10    WITNESSES IN THE PREVIOUS TRIAL.

02:58PM 11        MY UNDERSTANDING OF THE COURT'S RULING IS THAT IT

02:58PM 12    DISAGREED WITH THE DEFENSE'S INTERPRETATION OF THE RULES AND

02:58PM 13    WHERE THE LINE IS BETWEEN EXPERT AND PERCIPIENT TESTIMONY.

02:58PM 14        I THINK THE COURT GOT IT RIGHT IN THAT ORDER, AND I THINK

02:58PM 15    THE COURT IS ADHERING TO THAT SAME STANDARD HERE.

02:58PM 16        I THINK THESE WITNESSES, SIMPLY BECAUSE THEY WORKED IN A

02:58PM 17    TECHNICAL FIELD DOESN'T MEAN THAT EVERY TIME THEY TALK ABOUT

02:58PM 18    THEIR JOB OR THE SCOPE OF THEIR JOB, WHAT THEY DID, WHAT THEY

02:58PM 19    SAW, IT DOESN'T SHIFT THAT INTO EXPERT TESTIMONY JUST BECAUSE

02:58PM 20    WE'RE TALKING ABOUT THE TECHNICAL AREA.

02:58PM 21        THE QUESTIONS, AND I THINK THE ANSWERS, ARE LIMITED AND

02:58PM 22    FORMULATED TO FOCUS ONLY ON WHAT THE WITNESSES SAW AND TO DRAW

02:58PM 23    ON NOT THEIR TRAINING BUT THEIR EXPERIENCE AT THE SPECIFIC JOBS

02:59PM 24    THAT THEY'RE TESTIFYING ABOUT.

02:59PM 25            MR. COOPERSMITH:  YOUR HONOR, OUR POINT IS SIMPLY

1677

02:59PM  1    THAT WHEN A WITNESS, AND YOU JUST HEARD THIS WITH DR. PANDORI,

02:59PM  2    WHEN THEY MOVE TO SAYING, OKAY, YES, I OBSERVED CERTAIN DATA,

02:59PM  3    THIS IS THE DATA THAT CAME OUT OF THE QUALITY CONTROL PROCESS,

02:59PM  4    THAT IS SOMETHING THAT THEY OBSERVED.  THAT'S NOT THE ISSUE.

02:59PM  5         BUT WHEN THEY MOVE FROM THAT TO SAY, IN MY VIEW, I THINK

02:59PM  6    THAT AFFECTS THE ACCURACY OF PATIENT RESULTS BECAUSE, AND THEY

02:59PM  7    GIVE AN EXPLANATION, THAT'S WHERE IT MOVES INTO EXPERT

02:59PM  8    TESTIMONY.

02:59PM  9         I THINK WE HAVE THE SAME PROBLEM WITH MS. CHEUNG.

02:59PM 10         BUT I KNOW THAT WE DON'T HAVE TRIAL TOMORROW, AND YOU, YOU

02:59PM 11    KNOW, WITH THE COURT'S PERMISSION, WE WOULD LIKE TO BRIEF THIS

02:59PM 12    A LITTLE MORE.

02:59PM 13         THE REASON IS THAT WHEN I GO BACK AND THINK BACK TO THE

02:59PM 14    MIL RULING, WHICH OBVIOUSLY WE RESPECT THE COURT'S RULING, WHAT

02:59PM 15    I REMEMBER ABOUT THAT RULING IS THAT THE COURT LARGELY DEFERRED

02:59PM 16    TO ON-THE-SPOT OBJECTIONS DURING TESTIMONY.

02:59PM 17         THE COURT:  AND THAT'S WHAT I RULED ON TODAY,

02:59PM 18    ON-THE-SPOT OBJECTIONS.

03:00PM 19         MR. COOPERSMITH:  ABSOLUTELY, YOUR HONOR, AND THAT'S

03:00PM 20    THE WAY TRIAL WORKS.

03:00PM 21         BUT AGAIN, WE RESPECTFULLY THINK THAT AS FAR AS WHAT THE

03:00PM 22    COURT'S COMMENTS ARE, IT SEEMS TO BE BASED ON THE FACT THAT THE

03:00PM 23    WITNESS DOES, IN FACT, OR AT LEAST TESTIFIES THAT THE WITNESS

03:00PM 24    HAS AN UNDERSTANDING BASED ON THEIR BACKGROUND AND EXPERIENCE

03:00PM 25    OR EVEN TRAINING AT THERANOS.

03:00PM   1          WE DON'T THINK THAT ALLOWS A PERSON WHO IS NOT BEING

03:00PM   2     PRESENTED AS AN EXPERT, OR EVEN SOMEONE WHO IS NOT NOTICED AS

03:00PM   3     AN EXPERT, TO MOVE INTO THE REALM OF EXPERT TESTIMONY, EVEN IF

03:00PM   4     THEY KNOW IT.  I KNOW A LOT OF THINGS OR I THINK I KNOW A LOT

03:00PM   5     OF THINGS, IT DOESN'T MEAN THAT I CAN TESTIFY AT TRIAL THAT I'M

03:00PM   6     AN EXPERT ON THAT.

03:00PM   7          THAT'S OUR POINT.

03:00PM   8              THE COURT:  WELL, I APPRECIATE THAT.

03:00PM   9          I GUESS IF WILLIE MAYS WERE CALLED, HE WOULDN'T HAVE TO

03:00PM  10     SAY I'M AN EXPERT IN BASEBALL TO TELL YOU WHAT HAPPENS WHEN HE

03:00PM  11     HITS A FASTBALL OVER THE FENCE IN CENTERFIELD THAT IT'S A HOME

03:00PM  12     RUN.

03:00PM  13              MR. COOPERSMITH:  THE PROBLEM WOULD COME,

03:00PM  14     YOUR HONOR, WHEN HE STARTS TO TALK ABOUT HOW THE SPIN ON THE

03:00PM  15     BASEBALL AND THE VELOCITY AS A MATTER OF PHYSICS AND THE BALL

03:00PM  16     GOES OVER THE FENCE, RIGHT?

03:00PM  17              THE COURT:  SURE.  I HAVEN'T HEARD THAT TYPE OF

03:00PM  18     TESTIMONY FROM THESE WITNESSES, AND THAT'S WHY I HAVE MADE THE

03:00PM  19     RULINGS THAT I HAVE ON THE OBJECTIONS.

03:01PM  20          I DON'T THINK IT IS, JUST TO -- AND THANKS FOR LETTING ME

03:01PM  21     GET INTO BASEBALL, BUT I DON'T SEE THAT THE TESTIMONY, THE

03:01PM  22     QUESTIONS THAT HAVE BEEN ASKED HAVE REALLY CALLED UPON PURE

03:01PM  23     EXPERT TESTIMONY OR EXPERT TESTIMONY.

03:01PM  24          THE QUESTIONS -- AND I'VE SAID, AND YOU'VE HEARD ME

03:01PM  25     QUALIFY SOME OF MR. BOSTIC'S QUESTIONS WERE BASED ON WHAT SHE

03:01PM 1    WAS TRAINED, BASED ON THE WITNESS'S EXPERIENCE, AND THE WITNESS

03:01PM 2    CAN TESTIFY BASED ON THEIR EXPERIENCE THIS IS WHAT I SAW, THIS

03:01PM 3    IS WHAT I OBSERVED.  AND THAT'S WHAT I HAVE HEARD.

03:01PM 4        I HAVE NOT HEARD, IN MY OPINION, A WITNESS OPINE AS AN

03:01PM 5    EXPERT GIVING EXPERT OPINION THAT REQUIRE A 702 TYPE OF

03:01PM 6    FOUNDATION.

03:01PM 7        THE DOCTORS CAN TESTIFY ABOUT THEY TALKED ABOUT WHAT THEY

03:01PM 8    WERE HIRED TO DO, AND EXPLAIN WHAT HE DID, THAT'S WHY I RULED

03:01PM 9    ON WHAT I DID.  IN THE COURT'S VIEW, THE WITNESS WAS EXPLAINING

03:02PM 10   THAT'S MY DUTIES, THAT'S WHAT I DID.

03:02PM 11       THE WITNESS DID NOT TALK ABOUT IN DETAIL ABOUT THE

03:02PM 12   ANALYSIS.  THERE WERE SOME QUESTIONS BY YOU AND OTHERS ABOUT

03:02PM 13   WHAT DOES THAT MEAN, HOW DOES THAT WORK.

03:02PM 14       I SUPPOSE WHEN YOU WERE ASKING MS. CHEUNG ABOUT THE LIS,

03:02PM 15   THAT WOULD BE EXPERT TESTIMONY, TOO.  WHAT DOES IT DO?  HOW

03:02PM 16   DOES IT CAPTURE IT?  WHAT DOES IT DO?  THOSE TYPES OF THINGS.

03:02PM 17       BUT THOSE ARE JUST WHAT SHE KNOWS FROM HER PERSONAL

03:02PM 18   KNOWLEDGE OF HOW THAT DATABASE WOULD CAPTURE AND RECEIVE THAT

03:02PM 19   INFORMATION IN THE SAME TONE.  THAT'S HOW I'VE PERCEIVED THE

03:02PM 20   ANSWERS AND THE QUESTIONS.

03:02PM 21       BUT I'M NOT GOING TO TELL YOU DON'T OBJECT.  OF COURSE YOU

03:02PM 22   HAVE TO OBJECT.

03:02PM 23           MR. COOPERSMITH:  AND THANK YOU FOR THAT,

03:02PM 24   YOUR HONOR.  WE APPRECIATE THAT.  OBVIOUSLY WE'RE TRYING TO DO

03:02PM 25   OUR JOB.

03:02PM  1      WITH RESPECT TO MS. CHEUNG, JUST USING THE COURT'S

03:02PM  2   EXAMPLE, IF SHE KNEW FROM HER EXPERIENCE THAT THE LIS CONTAINED

03:02PM  3   CERTAIN DATA OR YOU COULD GET A CERTAIN OUTPUT FROM IT, THAT'S

03:02PM  4   JUST BASED ON HER EXPERIENCE.

03:02PM  5      BUT, ON THE OTHER HAND, IF SHE'S SAYING, WELL, I SAW

03:03PM  6   QUALITY CONTROL FAILURES AT THERANOS.  SO FAR SO GOOD.  NOT

03:03PM  7   EXPERT TESTIMONY.  SHE'S JUST SAYING THAT'S WHAT SHE OBSERVED,

03:03PM  8   RIGHT?

03:03PM  9      BUT THEN WHEN YOU MOVE FROM THAT INTO, WELL, I BELIEVE

03:03PM  10  THAT THAT WOULD MAKE PATIENT TESTING INACCURATE, AND

03:03PM  11  DR. PANDORI IS SAYING THE SAME WAY.

03:03PM  12     THAT IS BASED ON A VIEW THAT, YOU KNOW, I THINK THAT EVEN

03:03PM  13  IF THE MACHINE PASSED QC, IT STILL IS GOING TO PRODUCE

03:03PM  14  INACCURATE RESULTS BECAUSE, YOU KNOW, WHO KNOWS WHAT IS GOING

03:03PM  15  ON WITH THE MACHINE.

03:03PM  16     I MEAN, AT THAT POINT YOU'RE GETTING INTO THE REALM OF

03:03PM  17  EXPERT TESTIMONY.

03:03PM  18         THE COURT:  SURE.

03:03PM  19         MR. COOPERSMITH:  WITH THE COURT'S PERMISSION, I

03:03PM  20  KNOW THAT THESE ARE NOT ALWAYS EASY ISSUES, AND WE OBVIOUSLY

03:03PM  21  RESPECT THE COURT'S ROLE, AND I SAY THIS WITH THE DEEPEST

03:03PM  22  RESPECT FOR THE COURT --

03:03PM  23         THE COURT:  WHAT I'M SAYING IS, IN YOUR EXAMPLE OF

03:03PM  24  MS. CHEUNG -- PARDON ME FOR INTERRUPTING YOU -- WHAT I HEARD

03:03PM  25  HER SAY IN ESSENCE WAS THIS INFORMATION THAT WENT INTO A

03:03PM  1       MACHINE, IF IT WAS CORRUPTED OR FOR WHATEVER REASON IT WAS BAD,

03:03PM  2       IT'S GOING TO GIVE A BAD RESULT.  THAT'S, THAT'S THE NATURE OF

03:04PM  3       THINGS.  THAT'S HOW IT WORKS.

03:04PM  4           SHE DIDN'T TESTIFY ABOUT THE ANALYSIS AND WHY ALL OF THE

03:04PM  5       REAGENTS WOULD REACT DIFFERENTLY, SHE DIDN'T TALK ABOUT THE

03:04PM  6       MOLECULAR CORRUPTION THAT WOULD THEN INDICATE HOW THAT WOULD

03:04PM  7       WORK.

03:04PM  8           IT WAS KIND OF LIKE BAD INFORMATION IN, BAD INFORMATION

03:04PM  9       OUT.

03:04PM 10               MR. COOPERSMITH:  RIGHT.

03:04PM 11               THE COURT:  I DON'T THINK THAT THAT NEEDS -- AND I

03:04PM 12       DON'T THINK THE JURY WOULD BE HELPED UNDER 702 TO THEIR

03:04PM 13       UNDERSTANDING OF THIS, AND WHICH IS THE BASIS OF 702, ONE OF

03:04PM 14       THEM, TO ALLOW THE JURY TO APPRECIATE AND CAPTURE THE TENOR,

03:04PM 15       THE NATURE, AND THE QUALITY OF THE TESTIMONY.  AND BASED ON THE

03:04PM 16       QUESTIONS THAT HAVE BEEN ASKED AROUND THAT, IT DIDN'T REQUIRE

03:04PM 17       702 EXPERTISE.

03:04PM 18           I'M NOT SAYING THAT THESE JURORS KNOW EVERYTHING ABOUT

03:04PM 19       EDISON MACHINES OR BLOOD TESTING.

03:04PM 20           BUT SO FAR THE WAY THE WITNESSES, AND INCLUDING YOUR

03:04PM 21       QUESTIONS ON CROSS HAVE BEEN ASKED, I THINK YOU'RE FOLLOWING

03:05PM 22       AND LISTENING TO THE COURT'S PRELIMINARY INSTRUCTIONS TO THE

03:05PM 23       JURY WHEN I SAID THAT THEY WILL TRY TO OR AT LEAST MY VOIR

03:05PM 24       DIRE, THEY WILL TRY TO MAKE IT ACCESSIBLE, AND YOU'VE DONE --

03:05PM 25       YOU'RE BOTH DOING A GOOD JOB AT THAT.

03:05PM 1          MR. COOPERSMITH:  CERTAINLY WE'RE TRYING,

03:05PM 2     YOUR HONOR.  THANK YOU.

03:05PM 3          WHAT WE WOULD LIKE TO DO IS TO LOOK BACK AT THE

03:05PM 4     TRANSCRIPT, RIGHT?  BECAUSE WE MIGHT READ IT AND CONCLUDE WE

03:05PM 5     DON'T HAVE A DISAGREEMENT.

03:05PM 6          BUT I'D LIKE TO LOOK BACK AT THE TRANSCRIPT AND TRY TO

03:05PM 7     POINT OUT --

03:05PM 8              THE COURT:  DO YOU WANT TO MEET AT 8:30 ON FRIDAY?

03:05PM 9     IS THAT WHAT YOU'RE ASKING?

03:05PM 10             MR. COOPERSMITH:  I THINK THAT WOULD BE HELPFUL,

03:05PM 11    YOUR HONOR.

03:05PM 12             THE COURT:  OKAY.  SEE YOU THEN.

03:05PM 13             MR. COOPERSMITH:  THANK YOU.

03:05PM 14             MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:05PM 15             THE CLERK:  COURT IS ADJOURNED.

03:05PM 16         (COURT ADJOURNED AT 3:05 P.M.)

17

18

19

20

21

22

23

24

25

1

2

3                        CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  MARCH 30, 2022
19

20

21

22

23

24

25