1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )
6                                     )  CR-18-00258-EJD
                    PLAINTIFF,        )
7                                     )  SAN JOSE, CALIFORNIA
            VS.                       )
8                                     )  APRIL 5, 2022
     RAMESH "SUNNY" BALWANI,          )
9                                     )  VOLUME 13
                    DEFENDANT.        )
10   _____  )  PAGES 1906 - 2176

11

12                TRANSCRIPT OF TRIAL PROCEEDINGS
               BEFORE THE HONORABLE EDWARD J. DAVILA
13                UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                               KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
            (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
     OFFICIAL COURT REPORTERS:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23                         LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

```
1     A P P E A R A N C E S: (CONT'D)

2     FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                              BY:  MOLLY MCCAFFERTY
3                                  SHAWN ESTRADA
                              THE ORRICK BUILDING
4                             405 HOWARD STREET
                              SAN FRANCISCO, CALIFORNIA 94105
5
                              BY:  JEFFREY COOPERSMITH
6                                  AARON BRECHER
                                   AMANDA MCDOWELL
7                             701 FIFTH AVENUE, SUITE 5600
                              SEATTLE, WASHINGTON 98104
8
                              BY:  STEPHEN CAZARES
9                             77 SOUTH FIGUEROA STREET, SUITE 3200
                              LOS ANGELES, CALIFORNIA 90017
10
                              BY:  AMY WALSH
11                            51 W 52ND STREET
                              NEW YORK, NEW YORK 10019
12

13    ALSO PRESENT:          OFFICE OF THE U.S. ATTORNEY
                              BY:  MADDI WACHS, PARALEGAL
14                                 SARA SLATTERY, PARALEGAL

15                            ORRICK, HERRINGTON & SUTCLIFFE
                              JENNIFER CYGNOR, PARALEGAL
16
                              PROLUMINA
17                            BY:  COREY ALLEN
                              2200 SIXTH AVENUE, SUITE 425
18                            SEATTLE, WASHINGTON 98121

19                            UNITED STATES POSTAL INSPECTION SERVICE
                              BY:  CHRISTOPHER MCCOLLOW
20
                              FEDERAL BUREAU OF INVESTIGATION
21                            BY:  MARIO C. SCUSSEL

22                            UNITED STATES FOOD & DRUG
                              ADMINISTRATION
23                            BY:  GEORGE SCAVDIS

24

25
```

1908

1

2                               INDEX OF PROCEEDINGS

3          GOVERNMENT'S:

4          **SO HAN SPIVEY (DANISE YAM)**

5                DIRECT EXAM BY MR. LEACH            P. 1920
                 CROSS-EXAM BY MR. COOPERSMITH       P. 2068
6                REDIRECT EXAM BY MR. LEACH          P. 2162
                 RECROSS-EXAM BY MR. COOPERSMITH     P. 2167

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1909

1

2                          INDEX OF EXHIBITS

3                          IDENT.        EVIDENCE

4      GOVERNMENT'S

5      5797                              1932
       5172                              1954
6      578                               1964
       792                               1969
7      1901, PAGE TB 123113.XLSX         1974
       5206                              1979
8      3233                              1989
       5780                              1998
9      5781                              2001
       5783                              2003
10     5784                              2005
       5785                              2006
11     5788                              2008
       5789                              2009
12     5791                              2010
       5790                              2012
13     5794                              2014
       5085                              2019
14     3283                              2022
       5141                              2028
15     3533                              2031
       3527                              2032
16     5190                              2035
       5209                              2040
17     2623                              2041
       4859, CONDITIONALLY ADMITTED      2045
18     5454                              2050
       5795                              2053
19     5796                              2056
       372                               2136
20     4176                              2153

21

22

23

24

25

1910

1

2                          INDEX OF EXHIBITS

3                          IDENT.        EVIDENCE

4        DEFENDANT'S

5        7753                           1994
         13711                          2025
6        20505                          2077
         20511                          2081
7        20508                          2083
         20510                          2090
8        20512                          2093
         20128                          2099
9        20130                          2102
         20129                          2108
10       20135                          2110
         20514                          2128
11       20516                          2133
         20517                          2134
12       20206                          2142
         20209                          2144
13       20210                          2144
         20211                          2145
14       20212                          2146
         20213                          2148
15       20214                          2149

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                      APRIL 5, 2022

 2                     P R O C E E D I N G S

 3          (COURT CONVENED AT 9:00 A.M.)

 4          (JURY OUT AT 9:00 A.M.)

 5               THE COURT:  LET'S GO ON THE RECORD IN THE BALWANI

 6    MATTER.  ALL COUNSEL ARE PRESENT AND MR. BALWANI IS PRESENT.

 7          WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.

 8          I JUST WANTED TO INQUIRE ABOUT TODAY'S SCHEDULE.  I SEE A

 9    WITNESS, MS. YAM WILL BE TESTIFYING THIS MORNING I THINK.

10               MR. LEACH:  THAT'S CORRECT.

11               THE COURT:  AND DO WE ANTICIPATE WE'LL FINISH THIS

12    WITNESS TODAY?

13               MR. LEACH:  YOUR HONOR, WE -- MAY I TAKE MY MASK

14    OFF?

15               THE COURT:  YES, PLEASE.

16               MR. LEACH:  I EXPECT TO HAVE ABOUT TWO AND A HALF

17    HOURS WITH MS. YAM ON THE DIRECT EXAMINATION.  WE CONSULTED

18    WITH THE DEFENSE OVER THE WEEKEND AND MY UNDERSTANDING IS THAT

19    THEY ANTICIPATE WITH THE CROSS SHE'LL TAKE MOST IF NOT ALL OF

20    THE DAY TODAY.

21               THE COURT:  OKAY.

22          IS THAT RIGHT, MR. COOPERSMITH?

23               MR. COOPERSMITH:  YES, YOUR HONOR.  OBVIOUSLY THE

24    USUAL VARIABLES APPLY.

25               THE COURT:  SURE.
```

1912

09:01AM  1          MR. COOPERSMITH:  BUT WE'RE HOPING TO FINISH THE

09:01AM  2  WITNESS TODAY.

09:01AM  3          THE COURT:  OKAY.  I JUST WANTED TO GET YOUR

09:01AM  4  THOUGHTS ON THAT FOR SCHEDULING.

09:01AM  5      TOMORROW THEN, ASSUMING MR. PANDORI -- DR. PANDORI'S LAB

09:02AM  6  INSPECTION GOES WELL, WE'LL SEE HIM BACK TOMORROW.

09:02AM  7          MR. LEACH:  THE PLAN IS TO CALL DR. PANDORI BACK.

09:02AM  8      AND THEN WE HAVE A SECOND WITNESS, I DON'T KNOW IF BETWEEN

09:02AM  9  THOSE TWO WITNESSES IT WILL TAKE THE ENTIRETY OF THE DAY,

09:02AM 10  CERTAINLY UNTIL 3:00 O'CLOCK OR UNTIL 4:00 O'CLOCK IF THAT'S

09:02AM 11  WHEN WE'RE GOING.

09:02AM 12          THE COURT:  RIGHT.

09:02AM 13          MR. LEACH:  BUT WE HAVE ANOTHER WITNESS AFTER

09:02AM 14  MR. PANDORI, AND IT ALL KIND OF DEPENDS ON HOW LONG MS. YAM

09:02AM 15  TAKES TODAY.

09:02AM 16          THE COURT:  OKAY.  I JUST WANTED TO GET THAT

09:02AM 17  SCHEDULE.

09:02AM 18      I BELIEVE I HAD ASKED THE JURY TO SEE IF WE COULD GO UNTIL

09:02AM 19  4:00 TODAY AND TOMORROW JUST TO CAPTURE AN EXTRA HOUR, AND I'LL

09:02AM 20  ASK THEM THAT QUESTION ALSO, IF WE NEEDED TODAY AND TOMORROW,

09:02AM 21  IT SOUNDS LIKE THAT WOULD BE HELPFUL.

09:02AM 22          MR. LEACH:  IT WOULD, YOUR HONOR.

09:02AM 23      WE DON'T -- IT'S JUST MS. YAM TODAY THOUGH?

09:02AM 24          THE COURT:  RIGHT.

09:02AM 25          MR. LEACH:  SO IF HOPE SPRINGS ETERNAL AND WE GET

| | | |
|---|---|---|
| 09:02AM | 1 | UNTIL A POINT WHERE IT'S 3:00 AND THE REDIRECT IS DONE, AND |
| 09:02AM | 2 | THERE'S NO CROSS, I DON'T THINK WE WOULD NEED THAT -- WE |
| 09:03AM | 3 | WOULDN'T HAVE A WITNESS TO FILL THAT EXTRA HOUR TODAY. |
| 09:03AM | 4 | THE COURT:  OKAY.  ANYTHING FURTHER ON THAT, |
| 09:03AM | 5 | MR. COOPERSMITH? |
| 09:03AM | 6 | MR. COOPERSMITH:  NO, YOUR HONOR.  THAT'S FINE. |
| 09:03AM | 7 | THANK YOU. |
| 09:03AM | 8 | THE COURT:  OKAY. |
| 09:03AM | 9 | MR. COOPERSMITH:  ONE SMALL MATTER WITH MS. YAM IF I |
| 09:03AM | 10 | COULD RAISE IT.  I WAS CONFERRING WITH MR. LEACH BEFORE YOU |
| 09:03AM | 11 | CAME OUT TODAY. |
| 09:03AM | 12 | THE COURT:  SURE. |
| 09:03AM | 13 | MR. COOPERSMITH:  THERE IS AN EXHIBIT THAT I |
| 09:03AM | 14 | UNDERSTAND THE GOVERNMENT PLANS TO USE WITH MS. YAM.  I THINK |
| 09:03AM | 15 | IT'S EXHIBIT 431, IF THAT'S THE RIGHT NUMBER? |
| 09:03AM | 16 | MR. LEACH:  IT SOUNDS RIGHT. |
| 09:03AM | 17 | MR. COOPERSMITH:  AND WHAT IT IS IS AN EMAIL THAT |
| 09:03AM | 18 | MS. YAM -- I THINK WE SHOULD CALL HER MS. SPIVEY.  I THINK |
| 09:03AM | 19 | THAT'S WHAT SHE GOES BY, MS. SPIVEY. |
| 09:03AM | 20 | MS. SPIVEY HAS AN EMAIL, AND THEN ATTACHED TO IT THERE'S A |
| 09:03AM | 21 | REPORT, AND THE COURT MAY REMEMBER ONE OF THE REPORTS THAT |
| 09:03AM | 22 | DEALS WITH THE PHARMACEUTICAL COMPANY, IN THIS CASE IT'S |
| 09:03AM | 23 | PFIZER, AND SO IT'S -- THIS IS THE SUBJECT OF A PENDING MOTION, |
| 09:03AM | 24 | AND THERE'S -- THE REPORT THAT THE GOVERNMENT WANTS TO PUT IN |
| 09:03AM | 25 | DOES NOT HAVE THE PFIZER LOGO ON IT, OKAY? |

09:03AM 1      I UNDERSTAND FROM MR. LEACH, AND I APPRECIATE THIS, THAT

09:04AM 2   HE'S NOT PLANNING ON DRAWING THE ATTENTION TO THE LACK OF A

09:04AM 3   LOGO WITH THIS WITNESS.  SO FOR THAT, I DON'T THINK THERE HAS

09:04AM 4   TO BE A RULING ON THAT BEFORE THIS WITNESS.

09:04AM 5      THE ONLY THING I WANTED TO MENTION IS THAT IT DOES SORT OF

09:04AM 6   SET THE STAGE FOR WHEN THIS ISSUE MOST LIKELY SURFACES AGAIN AT

09:04AM 7   TRIAL, WE'LL NOW HAVE A DOCUMENT IN EVIDENCE THAT DOESN'T HAVE

09:04AM 8   THE LOGO.

09:04AM 9      I UNDERSTAND THAT MR. LEACH IS NOT GOING TO DRAW ATTENTION

09:04AM 10  TO THAT ISSUE TODAY, BUT I JUST WANTED TO MAKE SURE EVERYONE

09:04AM 11  WAS AWARE, ESPECIALLY THE COURT, THAT IN THE FUTURE IF THEY PUT

09:04AM 12  IN THE DOCUMENT WITH THE LOGO, THEN WE DO HAVE THE TWO

09:04AM 13  DOCUMENTS, ONE WITH THE LOGO AND ONE WITHOUT, AND WE'VE ASKED

09:04AM 14  THAT THE COURT GO ONE DIRECTION OR THE OTHER, RIGHT?

09:04AM 15     AND I JUST WANTED TO RAISE THAT JUST TO MAKE SURE WE'RE

09:04AM 16  ALL ON THE SAME PAGE.

09:04AM 17           THE COURT:  OKAY.  IS THAT LIKELY TO BE AN ISSUE

09:04AM 18  TODAY WITH MS. SPIVEY?

09:04AM 19           MR. LEACH:  THE DOCUMENT IN QUESTION, YOUR HONOR,

09:04AM 20  MS. SPIVEY IS CALLED ON TO MAKE DECISIONS ABOUT WHETHER TO

09:04AM 21  RECOGNIZE REVENUE OR NOT RECOGNIZE REVENUE ON SOME OF THE

09:05AM 22  RELATIONSHIPS WITH THE PHARMACEUTICAL COMPANIES.

09:05AM 23     IN THE COURSE OF DOING THAT, SHE ASKED MS. HOLMES FOR

09:05AM 24  EVIDENCE THAT THE WORK HAD BEEN PERFORMED AND SHE RECEIVED

09:05AM 25  EVIDENCE IN THE FORM OF A REPORT THAT DOESN'T HAVE THE PFIZER

09:05AM   1      LOGO ON IT, AND IT WAS ADMITTED IN THE HOLMES CASE AND I THINK

09:05AM   2      IT'S RELEVANT TO HER RECOGNITION ASSESSMENT.

09:05AM   3           I AGREE WITH MR. COOPERSMITH THAT THE ISSUE OF WHETHER THE

09:05AM   4      GOVERNMENT CAN CALL ATTENTION -- AND THE INVESTORS ARE GOING TO

09:05AM   5      COME IN LATER AND TESTIFY TO RECEIPT OF ANOTHER VERSION OF THAT

09:05AM   6      REPORT WITH THE PFIZER LOGO ON IT.

09:05AM   7           SO I AGREE WITH MR. COOPERSMITH THAT THAT ISSUE IS GOING

09:05AM   8      TO EMERGE AT SOME POINT.  I'M NOT EXACTLY SURE WHEN.

09:05AM   9           BUT MY ONLY GOAL WITH MS. SPIVEY IS TO MAKE SURE THAT THE

09:05AM  10      DOCUMENT IS IN EVIDENCE.  I THINK IT'S RELEVANT TO HER REVENUE

09:05AM  11      RECOGNITION DETERMINATIONS.

09:05AM  12           I DON'T NEED TO CALL ATTENTION TO THE FACT OF THE LOGO

09:05AM  13      TODAY, AND DEPENDING ON THE COURT'S RULING, WE'RE PREPARED TO

09:06AM  14      MAKE WHATEVER REDACTIONS TO THE DOCUMENT ARE NECESSARY TO

09:06AM  15      CONFORM WITH THAT.

09:06AM  16           WE DON'T THINK ANY OF THAT IS NECESSARY, BUT I DON'T THINK

09:06AM  17      IT'S, IT'S LIKELY TO EMERGE AS AN ISSUE IN THE NEXT FEW HOURS.

09:06AM  18           THERE ARE SOME PHARMA WITNESSES COMING SOON.

09:06AM  19                THE COURT:  SURE.

09:06AM  20                MR. LEACH:  AND THAT'S WHERE WE ARE.

09:06AM  21                THE COURT:  OKAY.  GREAT.

09:06AM  22                MR. COOPERSMITH:  I THINK THAT'S FINE, YOUR HONOR.

09:06AM  23           WHAT IT SOUNDS LIKE IS LATER WHEN THE GOVERNMENT TRIES TO

09:06AM  24      OFFER THE OTHER VERSION WITH THE LOGOS, WE'D HAVE TO TAKE THAT

09:06AM  25      UP AT THAT POINT.

1916

| | |
|---|---|
| 09:06AM | 1 |

```
09:06AM   1        BUT IT SOUNDS LIKE FOR THIS WITNESS IT WON'T BE SOMETHING

09:06AM   2   THAT IS DRAWN THE JURY'S ATTENTION TO.  I THINK IT SHOULD BE

09:06AM   3   OKAY TODAY.

09:06AM   4             THE COURT:  RIGHT.  OKAY.  THANK YOU.  THANK YOU FOR

09:06AM   5   THAT, FOR THE HEADS UP.

09:06AM   6        THERE WAS ALSO, I THINK, MR. COOPERSMITH, YOUR TEAM FILED

09:06AM   7   SOMETHING ABOUT 14 HOURS AGO IN REGARDS TO SOME DOCUMENTS THAT

09:06AM   8   WE TALKED ABOUT FRIDAY --

09:06AM   9             MR. COOPERSMITH:  YES, YOUR HONOR.

09:06AM  10             THE COURT:  -- I THINK.  AND I HAD -- I JUST WANTED

09:06AM  11   TO -- I THINK -- I DON'T HAVE IT IN FRONT OF ME.  IT'S ON MY

09:07AM  12   DESK.

09:07AM  13        BUT I THINK YOUR PLEADINGS SCHEDULED SOMETHING FOR

09:07AM  14   TOMORROW MORNING.

09:07AM  15             MR. COOPERSMITH:  WE WEREN'T BEING PRESUMPTUOUS.

09:07AM  16             THE COURT:  NO, NO.  THAT'S WHAT THE PLEADING SAID.

09:07AM  17        AND I JUST WANTED TO INDICATE THAT I LOOKED THIS OVER

09:07AM  18   AFTER OUR CONVERSATION FRIDAY, AND I THINK I SAID WE'RE ALL

09:07AM  19   GOING TO LOOK AT THE TRANSCRIPT AND REFLECT ON THINGS, AND I

09:07AM  20   HAD DONE THAT, AND INCLUDING YESTERDAY, AND I JUST WANT TO SAY,

09:07AM  21   I HAD MADE A DECISION BEFORE YOU FILED THIS DOCUMENT TO ADMIT

09:07AM  22   THAT, TO ALLOW THAT -- THOSE DOCUMENTS TO COME IN, AND I'M

09:07AM  23   SAYING THIS NOW SO THAT NEITHER TEAM HAS TO INVEST ANY

09:07AM  24   ADDITIONAL TIME.

09:07AM  25        AND FOR YOUR PURPOSE, MR. LEACH, RESPONDING IN WRITING IF
```

09:07AM  1    YOU CHOSE TO DO SO, I'M NOT GOING TO PRECLUDE YOU FROM DOING

09:07AM  2    THAT.  OF COURSE IF YOU WANT TO BE HEARD, I'M HAPPY TO HEAR

09:07AM  3    FROM YOU ON THAT.

09:07AM  4         BUT I JUST WANTED TO LET YOU KNOW IN ADVANCE OF THAT.

09:07AM  5         AND I SCANNED YOUR PLEADING THIS MORNING, BUT AS I SAID, I

09:08AM  6    HAD DECIDED AFTER READING THE TRANSCRIPT AND EVERYTHING AND AS

09:08AM  7    LATE AS YESTERDAY, AS EARLY AS THE WEEKEND THAT I'LL ADMIT

09:08AM  8    THAT.  I THINK IT WAS 20249 I THINK IT WAS?

09:08AM  9              MR. COOPERSMITH:  IT'S 20279.

09:08AM  10             THE COURT:  79, YES.  THANK YOU.

09:08AM  11             MR. COOPERSMITH:  AND THE PLEADING HAS ANOTHER

09:08AM  12   EXHIBIT THAT IS VERY SIMILAR.

09:08AM  13             THE COURT:  YEAH, RIGHT.

09:08AM  14             MR. COOPERSMITH:  BUT I APPRECIATE THAT.

09:08AM  15             THE COURT:  SO I JUST WANT TO LET YOU KNOW THAT.

09:08AM  16             MR. LEACH:  THANK YOU, YOUR HONOR.  WE APPRECIATE

09:08AM  17   THAT.

09:08AM  18             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  I'M SORRY

09:08AM  19   TO BURDEN THE COURT WITH MORE PAPER YESTERDAY.

09:08AM  20             THE COURT:  NO, NO, NO, NO.  TO PARAPHRASE EMERSON,

09:08AM  21   YOU KNOW, FINISH EACH DAY AND BE DONE WITH IT.  TOMORROW IS A

09:08AM  22   NEW DAY AND BEGIN IT WELL AND SERENELY, AND SO THAT'S WHAT

09:08AM  23   WE'LL DO.

09:08AM  24         ALL RIGHT.  THANKS.

09:08AM  25             MR. COOPERSMITH:  YES, YOUR HONOR.

```
09:08AM    1              THE COURT:  ALL RIGHT.  WE'LL BRING OUR JURY IN IN

09:08AM    2     JUST A MOMENT THEN.  THANK YOU.

09:08AM    3              (RECESS FROM 9:08 A.M. UNTIL 9:13 A.M.)

09:13AM    4              (JURY IN AT 9:13 A.M.)

09:13AM    5              THE COURT:  GOOD MORNING, LADIES AND GENTLEMEN.

09:13AM    6     WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT.

09:13AM    7              MR. BALWANI IS PRESENT.

09:13AM    8              OUR JURY AND ALTERNATES ARE PRESENT.

09:13AM    9              GOOD MORNING, LADIES AND GENTLEMEN.  IT'S NICE TO SEE YOU

09:13AM   10     AGAIN.  I HOPE YOU ENJOYED YOUR WEEKEND.

09:13AM   11              LET ME ASK YOU THE QUESTION THAT YOU KNOW IS COMING.

09:13AM   12     DURING THE BREAK, DID ANY OF YOU HAVE CAUSE TO BE EXPOSED TO,

09:13AM   13     TO DISCUSS, SEE, OR WATCH OR LISTEN TO ANYTHING TO DO WITH THIS

09:14AM   14     CASE?  IF SO, WOULD YOU PLEASE RAISE YOUR HAND.

09:14AM   15              ONCE AGAIN, I SEE NO HANDS.

09:14AM   16              THANK YOU VERY MUCH, LADIES AND GENTLEMEN, FOR YOUR

09:14AM   17     ATTENTION TO THIS.

09:14AM   18              I WANTED TO TELL YOU ALSO A COUPLE OF THINGS.  I HAD ASKED

09:14AM   19     LAST WEEK IF WE COULD GO UNTIL 4:00 O'CLOCK TODAY.

09:14AM   20              DOES THAT PRESENT A PROBLEM FOR ANYONE?

09:14AM   21              I SEE NO HANDS.  THANK YOU.

09:14AM   22              I'D LIKE TO GO UNTIL 4:00 TOMORROW AS WELL, AND RECALL

09:14AM   23     THAT'S OUR LAST DAY IN SESSION THIS WEEK.

09:14AM   24              DOES GOING UNTIL 4:00 TOMORROW PRESENT AN ISSUE FOR

09:14AM   25     ANYONE?
```

09:14AM  1          AGAIN, I SEE NO HANDS.

09:14AM  2          THANK YOU VERY MUCH.  THANK YOU, FOLKS.

09:14AM  3          FOR TODAY WE WILL BE TAKING A WITNESS OUT OF ORDER BECAUSE

09:14AM  4   OF SOME SCHEDULING ISSUES.

09:14AM  5          AND LET ME JUST SAY, THIS HAPPENS WITH FREQUENCY IN

09:14AM  6   TRIALS.  SOMETIMES WITNESS'S SCHEDULES AND OTHER SCHEDULING

09:14AM  7   CONFLICTS AFFECT HOW A WITNESS CAN CONTINUE WITH THEIR

09:14AM  8   TESTIMONY.

09:14AM  9          WE'RE GOING TO INTERRUPT DR. PANDORI'S TESTIMONY THIS

09:15AM 10   MORNING WITH ANOTHER WITNESS WHO I BELIEVE WE WILL BE ABLE TO

09:15AM 11   COMPLETE TODAY.

09:15AM 12          AND THEN TOMORROW WE'LL RESUME WITH DR. PANDORI'S

09:15AM 13   TESTIMONY.

09:15AM 14          IS THAT ACCURATE, MR. LEACH, AND MR. BOSTIC?

09:15AM 15              MR. LEACH:  YES, YOUR HONOR, IT IS.

09:15AM 16              THE COURT:  MR. COOPERSMITH, IS THAT ACCURATE?

09:15AM 17              MR. COOPERSMITH:  YES, YOUR HONOR.

09:15AM 18              THE COURT:  ALL RIGHT.  THANK YOU.

09:15AM 19          THEN DOES THE GOVERNMENT HAVE A WITNESS TO CALL THEN AT

09:15AM 20   THIS TIME?

09:15AM 21              MR. LEACH:  WE DO, YOUR HONOR.

09:15AM 22          THE UNITED STATES CALLED SO HAN SPIVEY.

09:15AM 23              THE COURT:  THANK YOU.

09:15AM 24          GOOD MORNING.  IF YOU COULD PLEASE COME FORWARD.  AND IF

09:15AM 25   YOU COULD STAND OVER HERE BY THE WITNESS STAND HERE, FACE OUR

09:15AM 1     COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A

09:15AM 2     QUESTION FOR YOU.

09:15AM 3         **(GOVERNMENT'S WITNESS, SO HAN SPIVEY, WAS SWORN.)**

09:15AM 4             THE WITNESS:  YES.

09:16AM 5             THE COURT:  PLEASE TAKE A SEAT HERE.  THANK YOU.

09:16AM 6     LET ME INVITE YOU TO MAKE YOURSELF TO BE COMFORTABLE.

09:16AM 7     FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.  I'LL

09:16AM 8     ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

09:16AM 9             WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:16AM 10    AND THEN SPELL IT, PLEASE.

09:16AM 11            THE WITNESS:  SO HAN SPIVEY.  S-O, H-A-N,

09:16AM 12    S-P-I-V-E-Y.

09:16AM 13            THE COURT:  THANK YOU.

09:16AM 14    COUNSEL.

09:16AM 15            MR. LEACH:  THANK YOU, YOUR HONOR.  MAY I REMOVE MY

09:16AM 16    MASK?

09:16AM 17            THE COURT:  YES, YES.

09:16AM 18                        **DIRECT EXAMINATION**

09:16AM 19    BY MR. LEACH:

09:16AM 20    Q.  GOOD MORNING, MS. SPIVEY.  HOW ARE YOU?

09:16AM 21    A.  GOOD.

09:16AM 22    Q.  IF YOU ARE VACCINATED, I UNDERSTAND YOU HAVE THE COURT'S

09:16AM 23    PERMISSION TO TESTIFY WITHOUT A MASK IF THAT'S OKAY?

09:16AM 24    A.  YES.

09:16AM 25    Q.  WAS THERE A TIME WHEN YOU WORKED FOR A COMPANY CALLED

SPIVEY DIRECT BY MR. LEACH                                                    1921

09:17AM  1    THERANOS?

09:17AM  2    A.   YES.

09:17AM  3    Q.   AND WHAT WAS YOUR JOB AT THERANOS?

09:17AM  4    A.   I WAS THE CONTROLLER.

09:17AM  5    Q.   OKAY.  ROUGHLY, WHAT TIME PERIOD DID YOU SERVE AS THE

09:17AM  6    CONTROLLER OF THERANOS?

09:17AM  7    A.   FROM 2006 TO 2017.

09:17AM  8    Q.   AND CAN YOU BRIEFLY DESCRIBE FOR US WHAT YOUR JOB

09:17AM  9    RESPONSIBILITIES WERE AS THE CONTROLLER AT THERANOS?

09:17AM  10   A.   I MANAGED ALL ASPECTS OF ACCOUNTING FOR THE COMPANY AND

09:17AM  11   PAYING INVOICES, MAKING SURE ALL OF THE FINANCIAL RECORDS ARE

09:17AM  12   CORRECT, AND DOING PAYROLLS, AND SOME EQUITY ACTIONS.

09:17AM  13   Q.   WE'LL COME BACK TO YOUR RESPONSIBILITIES AS THE CONTROLLER

09:17AM  14   AT THERANOS, BUT WHY DON'T WE STEP BACK IN TIME.

09:17AM  15        IF YOU COULD PLEASE DESCRIBE FOR US HERE YOUR EDUCATIONAL

09:17AM  16   BACKGROUND?

09:17AM  17   A.   I GRADUATED WITH AN ACCOUNTING DEGREE AT CARLTON

09:18AM  18   UNIVERSITY IN 1998.

09:18AM  19        I GOT MY MBA DEGREE AT UNIVERSITY OF ROCHESTER IN 2005.

09:18AM  20   Q.   CARLTON UNIVERSITY, YOU OBTAINED A DEGREE FROM THERE IN

09:18AM  21   1998?

09:18AM  22   A.   YES.

09:18AM  23   Q.   IN ACCOUNTING?

09:18AM  24   A.   YES.

09:18AM  25   Q.   OKAY.  AND WHERE IS CARLTON UNIVERSITY?

09:18AM  1     A.    IN OTTAWA.

09:18AM  2     Q.    OKAY.  AFTER OBTAINING YOUR DEGREE FROM CARLTON

09:18AM  3     UNIVERSITY, DID YOU GO INTO THE WORK FORCE?

09:18AM  4     A.    YES.  I WORKED FOR DELOITTE IN HONG KONG.

09:18AM  5     Q.    WHAT IS DELOITTE IN HONG KONG?  WHAT DOES DELOITTE DO?

09:18AM  6     A.    DELOITTE IS AN ACCOUNTING FIRM.

09:18AM  7     Q.    OKAY.  AND WHAT WAS YOUR JOB AT DELOITTE IN HONG KONG?

09:18AM  8     A.    I WAS A SENIOR AUDITOR.

09:18AM  9     Q.    OKAY.  COULD YOU PLEASE TELL US WHAT YOU DID AS A SENIOR

09:18AM  10    AUDITOR AT DELOITTE IN HONG KONG?

09:18AM  11    A.    AT A HIGH LEVEL, I EXAMINED BOTH THE RECORDS OF THE

09:19AM  12    COMPANY TO MAKE SURE THAT THEIR FINANCIAL STATEMENTS ARE FAIRLY

09:19AM  13    STATED.

09:19AM  14    Q.    OKAY.  IN THE COURSE OF YOUR WORK AT DELOITTE HONG KONG,

09:19AM  15    DID YOU BECOME FAMILIAR WITH BALANCE SHEETS OF PRIVATE AND

09:19AM  16    PUBLIC COMPANIES?

09:19AM  17    A.    YES.

09:19AM  18    Q.    OKAY.  WHAT IS A BALANCE SHEET?

09:19AM  19    A.    IT'S A LIST THAT SUMMARIZES THE BALANCES OF ASSETS,

09:19AM  20    LIABILITIES, AND EQUITIES OF THE COMPANY.

09:19AM  21    Q.    OKAY.  AND YOU SAID YOU DID WORK FOR BOTH PRIVATE AND

09:19AM  22    PUBLIC COMPANIES AT DELOITTE IN HONG KONG?

09:19AM  23    A.    YES.

09:19AM  24    Q.    AND WHAT IS THE DIFFERENCE BETWEEN A PRIVATE AND A PUBLIC

09:19AM  25    COMPANY?

09:19AM  1    A.   A PUBLIC COMPANY IS -- THEIR STOCK IS TRADED IN THE PUBLIC

09:19AM  2    MARKET.

09:19AM  3    Q.   OKAY.  AND THE COMPANIES YOU WERE SERVING AS THE AUDITOR

09:19AM  4    FOR AT DELOITTE HONG KONG, DID YOU WORK INSIDE OF THE COMPANY

09:19AM  5    OR DID YOU WORK OUTSIDE OF THE COMPANY?

09:19AM  6    A.   IT'S OUTSIDE OF THE COMPANY.

09:20AM  7    Q.   OKAY.  AND DESCRIBE THAT DISTINCTION FOR US.  WHAT DOES

09:20AM  8    THAT MEAN?

09:20AM  9    A.   IT MEANS I WAS AN EMPLOYEE FOR DELOITTE AND WE'RE

09:20AM  10   INDEPENDENT FROM THE COMPANY.

09:20AM  11   Q.   AND COMPANIES WOULD HIRE DELOITTE TO AUDIT THE FINANCIAL

09:20AM  12   STATEMENTS OF THEIR COMPANIES?

09:20AM  13   A.   YES.

09:20AM  14   Q.   OKAY.  DURING YOUR TIME AT DELOITTE, DID YOU BECOME

09:20AM  15   FAMILIAR WITH INCOME STATEMENTS FOR PRIVATE AND PUBLIC

09:20AM  16   COMPANIES?

09:20AM  17   A.   YES.

09:20AM  18   Q.   WHAT IS AN INCOME STATEMENT?

09:20AM  19   A.   IT SUMMARIZES THE INCOME COSTS AND EXPENSES FOR THE

09:20AM  20   COMPANY.

09:20AM  21   Q.   HOW DOES AN INCOME STATEMENT DIFFER FROM A BALANCE SHEET?

09:20AM  22   A.   INCOME STATEMENT SUMMARIZES THE THREE CATEGORIES THAT I

09:20AM  23   JUST TALKED ABOUT FOR A PERIOD OF TIME AND BALANCES FOR A

09:20AM  24   SPECIFIC TIME.

09:20AM  25   Q.   OKAY.  AND HOW LONG DID YOU WORK FOR DELOITTE IN

| | | |
|---|---|---|
| 09:20AM | 1 | HONG KONG? |
| 09:20AM | 2 | A.   ABOUT FOUR YEARS. |
| 09:20AM | 3 | Q.   WHAT DID YOU DO AFTER THAT? |
| 09:21AM | 4 | A.   AND I WENT TO ROCHESTER TO GET MY MBA DEGREE. |
| 09:21AM | 5 | Q.   YOUR MBA DEGREE? |
| 09:21AM | 6 | A.   YES. |
| 09:21AM | 7 | Q.   OKAY.  DID YOU HAVE A PARTICULAR CONCENTRATION WITHIN YOUR |
| 09:21AM | 8 | MBA? |
| 09:21AM | 9 | A.   ACCOUNTING. |
| 09:21AM | 10 | Q.   AFTER OBTAINING YOUR MBA FROM THE UNIVERSITY OF |
| 09:21AM | 11 | ROCHESTER -- ROUGHLY WHEN WAS THAT? |
| 09:21AM | 12 | A.   2003 THROUGH 2005. |
| 09:21AM | 13 | Q.   OKAY.  AFTER OBTAINING YOUR MBA, WHAT DID YOU DO AFTER |
| 09:21AM | 14 | THAT? |
| 09:21AM | 15 | A.   I WORKED FOR DELOITTE IN THE SAN JOSE OFFICE. |
| 09:21AM | 16 | Q.   SAN JOSE, CALIFORNIA? |
| 09:21AM | 17 | A.   YES. |
| 09:21AM | 18 | Q.   SO HERE IN THE BAY AREA? |
| 09:21AM | 19 | A.   YES. |
| 09:21AM | 20 | Q.   AND WHAT IS THE DIFFERENCE BETWEEN DELOITTE IN SAN JOSE |
| 09:21AM | 21 | AND DELOITTE IN HONG KONG? |
| 09:21AM | 22 | A.   NO DIFFERENCE. |
| 09:21AM | 23 | Q.   OKAY.  SO YOU WERE DOING SIMILAR TYPE OF WORK OF WHAT YOU |
| 09:21AM | 24 | WERE DOING FOR PRIVATE AND PUBLIC COMPANIES IN HONG KONG? |
| 09:21AM | 25 | A.   YES. |

09:21AM   1    Q.   OKAY.  WHAT WAS YOUR JOB TITLE AT DELOITTE IN SAN JOSE?

09:21AM   2    A.   SENIOR AUDITOR.

09:21AM   3    Q.   OKAY.  AND IN THE COURSE OF BEING A SENIOR AUDITOR, WOULD

09:22AM   4    YOU EXAMINE THE BALANCE SHEETS OF PUBLIC AND PRIVATE COMPANIES?

09:22AM   5    A.   YES.

09:22AM   6    Q.   AND WOULD YOU EXAMINE THE INCOME STATEMENTS OF PRIVATE AND

09:22AM   7    PUBLIC COMPANIES?

09:22AM   8    A.   YES.

09:22AM   9    Q.   HOW LONG DID YOU WORK FOR DELOITTE IN SAN JOSE?

09:22AM  10    A.   ABOUT ONE YEAR.

09:22AM  11    Q.   OKAY.  WHAT DID YOU DO AFTER THAT?

09:22AM  12    A.   I JOINED THERANOS AS A CONTROLLER.

09:22AM  13    Q.   OKAY.  AND I THINK YOU SAID THAT WAS IN 2006?

09:22AM  14    A.   YES.

09:22AM  15    Q.   OKAY.  I WANT TO WALK THROUGH A LITTLE BIT ABOUT YOUR

09:22AM  16    TENURE WITHIN THERANOS AND THEN COME BACK TO SOME OF YOUR JOB

09:22AM  17    RESPONSIBILITIES THERE.

09:22AM  18         SO WHEN YOU STARTED IN 2006, WHO DID YOU REPORT TO?

09:22AM  19    A.   HOWARD BAILEY, THE CHIEF FINANCIAL OFFICER.

09:22AM  20    Q.   MR. BAILEY WAS THE CHIEF FINANCIAL OFFICER?

09:22AM  21    A.   YES.

09:22AM  22    Q.   AND IS THERE AN ACRONYM ASSOCIATED WITH CHIEF FINANCIAL

09:22AM  23    OFFICER?

09:22AM  24    A.   CFO.

09:22AM  25    Q.   HOW LONG DID YOU REPORT TO MR. BAILEY FOR?

09:22AM 1      A.   A COUPLE MONTHS.  HE LEFT THE COMPANY A COUPLE MONTHS

09:23AM 2      AFTER I JOINED.

09:23AM 3      Q.   OKAY.  AT ANY POINT IN TIME WHEN MR. BAILEY LEFT THE

09:23AM 4      COMPANY A COUPLE MONTHS AFTER 2006, DID THERANOS HIRE ANOTHER

09:23AM 5      CHIEF FINANCIAL OFFICER?

09:23AM 6      A.   NO.

09:23AM 7      Q.   AFTER MR. BAILEY LEFT, WHO DID YOU REPORT TO?

09:23AM 8      A.   IMMEDIATELY AFTER HE LEFT I REPORTED TO ELIZABETH HOLMES.

09:23AM 9      Q.   WHEN YOU JOINED THE COMPANY, WAS THERE ANYBODY ELSE IN THE

09:23AM 10     FINANCE DEPARTMENT BESIDES YOU AND MR. BAILEY?

09:23AM 11     A.   THERE WAS A CONTROLLER BEFORE ME.  HE WORKED -- HE WAS

09:23AM 12     TRANSITIONING.  HE WORKED THERE FOR A MONTH TO TRANSITION THE

09:23AM 13     RESPONSIBILITY TO ME.

09:23AM 14     Q.   OKAY.  WAS THERE ANYBODY MORE SENIOR THAN YOU BETWEEN YOU

09:24AM 15     AND MR. BAILEY FOR ANY PERIOD OF TIME BEFORE YOU STARTED

09:24AM 16     REPORTING TO MS. HOLMES?

09:24AM 17     A.   WHEN MR. BAILEY WAS THERE, NO.

09:24AM 18     Q.   OKAY.  DID EVER -- THERANOS EVER HAVE A POSITION CALLED

09:24AM 19     SENIOR FINANCE DIRECTOR?

09:24AM 20     A.   YES.

09:24AM 21     Q.   OKAY.  WHO HELD THAT ROLE?

09:24AM 22     A.   HER NAME WAS RUCHITA SINGHAL, R-U-C-H-I-T-A, AND THE LAST

09:24AM 23     NAME IS S-I-N-G-H-A-L.

09:24AM 24     Q.   AND DID MS. SINGHAL STAY WITH THE COMPANY DURING YOUR

09:24AM 25     TENURE?

09:24AM   1    A.   SHE STAYED FOR ABOUT ONE YEAR.

09:24AM   2    Q.   ABOUT ONE YEAR.

09:24AM   3         AND AFTER MS. SINGHAL LEFT, DID THERANOS REPLACE ANYBODY

09:24AM   4    IN THE SENIOR DIRECTOR OF FINANCE POSITION?

09:25AM   5    A.   NO.

09:25AM   6    Q.   SO AFTER MR. BAILEY AND MS. SINGHAL LEAVE, WERE YOU THE

09:25AM   7    SENIOR-MOST FINANCE OFFICER WITHIN THE COMPANY?

09:25AM   8    A.   YES.

09:25AM   9    Q.   AND DID THAT REMAIN TRUE ALL OF THE WAY THROUGH 2015?

09:25AM  10    A.   YES.

09:25AM  11    Q.   OKAY.  AND BETWEEN THE SUMMER OF 2008 AND OCTOBER OF 2015,

09:25AM  12    AT ANY POINT IN TIME DID THERANOS HAVE A CHIEF FINANCIAL

09:25AM  13    OFFICER AFTER MR. BAILEY LEFT?

09:25AM  14    A.   NO.

09:25AM  15    Q.   OKAY.  YOU SAID YOU REPORTED DIRECTLY TO MS. HOLMES?

09:25AM  16    A.   YES.

09:25AM  17    Q.   WHEN DID THAT START?

09:25AM  18    A.   FOR A SHORT PERIOD AFTER -- BETWEEN MR. BAILEY AND

09:25AM  19    MS. SINGHAL, AND THEN AFTER MS. SINGHAL LEFT IN 2008, THEN I

09:26AM  20    STARTED REPORTING TO MS. HOLMES DIRECTLY.

09:26AM  21    Q.   OKAY.  YOU SPOKE A LITTLE BIT ABOUT YOUR RESPONSIBILITIES

09:26AM  22    AS THE CONTROLLER, AND YOU MENTIONED -- CAN YOU JUST DESCRIBE

09:26AM  23    FOR US THOSE RESPONSIBILITIES AGAIN, PLEASE?

09:26AM  24    A.   YES.  SO I MANAGED ALL ASPECTS OF ACCOUNTING, INCLUDING

09:26AM  25    PREPARING FINANCIAL STATEMENTS, MAKING SURE THE FINANCIAL

09:26AM   1    RECORDS ARE ACCURATE, AND, YOU KNOW, THAT'S INCLUDING MAKING

09:26AM   2    SURE ALL OF THE EXPENSES ARE RECORDED AND WE PAY OUR VENDORS

09:26AM   3    ACCORDINGLY, AND THE PAYROLL EXPENSES AND THINGS LIKE THAT.

09:26AM   4    Q.   OKAY.  DID YOUR RESPONSIBILITIES INCLUDE PREPARING BALANCE

09:26AM   5    SHEETS ON BEHALF OF THE COMPANY?

09:26AM   6    A.   YES.

09:26AM   7    Q.   AND DID YOUR RESPONSIBILITIES INCLUDE PREPARING INCOME

09:26AM   8    STATEMENTS FOR THE COMPANY?

09:26AM   9    A.   YES.

09:26AM   10   Q.   AND DID YOUR RESPONSIBILITIES INCLUDE PREPARING SUMMARIES

09:26AM   11   OF THE COMPANY'S CASH POSITION FROM TIME TO TIME?

09:26AM   12   A.   YES.

09:26AM   13   Q.   AND DID YOU REPORT ABOUT THOSE MATTERS TO MS. HOLMES?

09:27AM   14   A.   YES.

09:27AM   15   Q.   HOW ABOUT BUDGETING?  DID YOU HAVE ANY RESPONSIBILITY FOR

09:27AM   16   PREPARING BUDGETS?

09:27AM   17   A.   NO.

09:27AM   18   Q.   HOW ABOUT FINANCIAL PROJECTIONS?  DID YOU HAVE ANY

09:27AM   19   RESPONSIBILITY FOR PREPARING FINANCIAL PROJECTIONS ON BEHALF OF

09:27AM   20   THE COMPANY?

09:27AM   21   A.   YES.  I DO THAT FOR THE COMPANY VALUATION PURPOSE.

09:27AM   22   Q.   OKAY.  WE'LL GET TO THAT A LITTLE BIT IN A MOMENT.

09:27AM   23       BUT DO YOU KNOW IF ANYBODY ELSE IN THE FINANCE PART OF THE

09:27AM   24   ORGANIZATION HAD RESPONSIBILITY FOR BUDGETING?

09:27AM   25   A.   NO.

SPIVEY DIRECT BY MR. LEACH

09:27AM  1    Q.   OKAY.  AT SOME POINT IN TIME DID MR. BALWANI JOIN THE

09:27AM  2    COMPANY?

09:27AM  3    A.   YES.

09:27AM  4    Q.   WHEN WAS THAT?

09:27AM  5    A.   IN 2009.

09:27AM  6    Q.   AND DID YOU HAVE OCCASION TO INTERACT WITH MR. BALWANI

09:27AM  7    ABOUT THE FINANCIAL CONDITION OF THE COMPANY?

09:27AM  8    A.   YES.

09:27AM  9    Q.   DESCRIBE THAT FOR US, PLEASE.

09:27AM 10    A.   SO WHEN HE JOINED THE COMPANY IN 2009, FROM TIME TO TIME

09:28AM 11    HE WOULD ASK ME FOR INFORMATION OF THE COMPANY FINANCIAL

09:28AM 12    CONDITION, YOU KNOW, THE BALANCE SHEET, INCOME STATEMENTS.

09:28AM 13    SOMETIMES IT'S MORE TOWARDS 2013, '14, LATER ON THAT WE WOULD

09:28AM 14    INTERACT MORE REGULARLY.  BUT AT THE BEGINNING IT WAS

09:28AM 15    IRREGULAR.

09:28AM 16    Q.   I HEAR YOU SAYING THAT YOUR INTERACTIONS WITH MR. BALWANI

09:28AM 17    INCREASED OVER TIME.

09:28AM 18         IS THAT FAIR?

09:28AM 19    A.   YES.

09:28AM 20    Q.   AND WOULD THAT INCREASED PERIOD OF ACTIVITY INCLUDE THE

09:28AM 21    2013, 2014, AND 2015 TIME PERIOD?

09:28AM 22    A.   YES.

09:28AM 23    Q.   AND WHAT TYPES OF INFORMATION WOULD MR. BALWANI REQUEST

09:28AM 24    FROM YOU FROM TIME TO TIME?

09:28AM 25    A.   SO ON A WEEKLY BASIS I WOULD SEND THE WEEKLY CASH POSITION

SPIVEY DIRECT BY MR. LEACH

09:29AM   1    OR ACTIVITIES TO MR. BALWANI AND MS. HOLMES ON A WEEKLY BASIS,

09:29AM   2    AND SOMETIMES HE WOULD ASK ME FOR THE BALANCE SHEET AND INCOME

09:29AM   3    STATEMENTS.

09:29AM   4    Q.   WHEN YOU JOINED THERANOS IN 2006, DID THERANOS HAVE AN

09:29AM   5    OUTSIDE AUDITOR?

09:29AM   6    A.   YES.

09:29AM   7    Q.   AND WHO WAS THE OUTSIDE AUDITOR WHEN YOU JOINED IN 2006?

09:29AM   8    A.   ERNST & YOUNG.

09:29AM   9    Q.   I'M SORRY.  ERNST & YOUNG?

09:29AM   10   A.   YES.

09:29AM   11   Q.   ARE THEY A COMPETITOR OF DELOITTE?

09:29AM   12   A.   YES.

09:29AM   13   Q.   AND WHAT WAS THE ROLE OF ERNST & YOUNG AS THE OUTSIDE

09:29AM   14   AUDITOR OF THERANOS IN THE 2006 TIME PERIOD?

09:29AM   15   A.   SO THEY EXAMINED THE BOOKS AND RECORDS OF THERANOS TO MAKE

09:29AM   16   SURE THAT THAT -- THAT THE FINANCIAL STATEMENT WE PRESENTED ARE

09:29AM   17   FAIRLY STATED.

09:29AM   18   Q.   SO ERNST & YOUNG WAS PREPARING A -- PLAYING A ROLE FOR

09:30AM   19   THERANOS MUCH LIKE YOU HAD PLAYED AT DELOITTE FOR OTHER

09:30AM   20   COMPANIES?

09:30AM   21   A.   CORRECT.

09:30AM   22   Q.   AND DID ERNST & YOUNG GIVE AN OPINION ON THERANOS'S

09:30AM   23   FINANCIAL STATEMENT FOR THE PERIOD OF 2006?

09:30AM   24   A.   YES.

09:30AM   25   Q.   AND DID IT GIVE AN OPINION ON THERANOS'S FINANCIAL

SPIVEY DIRECT BY MR. LEACH

09:30AM 1    STATEMENT FOR 2007?

09:30AM 2    A.   YES.

09:30AM 3    Q.   HOW ABOUT 2008?

09:30AM 4    A.   YES.

09:30AM 5    Q.   AND WHEN I SAY "GIVE AN OPINION ON THE FINANCIAL

09:30AM 6    STATEMENTS," WHAT DOES THAT MEAN?

09:30AM 7    A.   IT MEANS THAT THEY STATED THAT THEY REVIEWED THE BOOKS AND

09:30AM 8    RECORDS OF THERANOS AND, IN THEIR OPINION, THAT THE BOOKS AND

09:30AM 9    RECORDS ARE FAIRLY STATED.

09:30AM 10        MR. LEACH:   MAY I APPROACH, YOUR HONOR?

09:30AM 11        THE COURT:   YES.

09:31AM 12        MR. LEACH:   (HANDING.)

09:31AM 13   Q.   MS. SPIVEY, I'VE PLACED BEFORE YOU A BINDER OF DOCUMENTS,

09:31AM 14   AND IF I COULD PLEASE ASK YOU TO TURN TO THE DOCUMENT AT

09:31AM 15   EXHIBIT 5797.

09:31AM 16        YOUR HONOR, THIS SHOULD BE VOLUME 2.

09:31AM 17   A.   ALL RIGHT.

09:31AM 18   Q.   AND ARE YOU ON TAB 5797?

09:31AM 19   A.   YES.

09:31AM 20   Q.   AND DO YOU RECOGNIZE THIS DOCUMENT?

09:31AM 21   A.   YES.

09:31AM 22   Q.   AND WHAT IS THIS?

09:31AM 23   A.   THAT'S AUDIT REPORTS FROM ERNST & YOUNG.

09:31AM 24   Q.   AND DOES THIS INCLUDE FINANCIAL STATEMENTS FROM THERANOS

09:31AM 25   FOR THE TIME PERIOD REFERENCED IN THE DOCUMENT?

09:31AM 1      A.   YES.

09:31AM 2      Q.   AND WAS THIS PREPARED IN THE ORDINARY COURSE OF THERANOS'S

09:31AM 3      BUSINESS?

09:31AM 4      A.   YES.

09:31AM 5      Q.   WAS IT PREPARED AT OR FROM INFORMATION BY PEOPLE WITH

09:31AM 6      KNOWLEDGE AT THE TIME?

09:32AM 7      A.   YES.

09:32AM 8      Q.   AND WAS THIS KEPT IN THE ORDINARY COURSE OF BUSINESS?

09:32AM 9      A.   YES.

09:32AM 10          MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

09:32AM 11     EXHIBIT 5797.

09:32AM 12          MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

09:32AM 13     IT'S AN OUTSIDE DOCUMENT, NOT A DOCUMENT OF THERANOS.

09:32AM 14          AND ALSO THE DATE IS BEFORE THE CHARGED CONDUCT.

09:32AM 15          MR. LEACH:  I BELIEVE IT SATISFIES THE ELEMENTS OF

09:32AM 16     THE BUSINESS RECORDS EXCEPTION, AND ITS RELEVANCE IS COMPARED

09:32AM 17     TO FUTURE PERIODS, YOUR HONOR.

09:32AM 18          IT ALSO DOES COVER PERIODS OF MR. BALWANI'S EMPLOYMENT.

09:32AM 19          THE COURT:  THIS IS FROM PAGES 164 TO 188?

09:32AM 20          MR. LEACH:  YES, YOUR HONOR.

09:32AM 21          THE COURT:  ALL RIGHT.  THANK YOU.  I'LL OVERRULE

09:32AM 22     THE OBJECTION.

09:32AM 23          THIS IS ADMITTED PURSUANT TO 803(6).

09:32AM 24          (GOVERNMENT'S EXHIBIT 5797 WAS RECEIVED IN EVIDENCE.)

09:32AM 25          MR. LEACH:  MAY WE DISPLAY, YOUR HONOR?

SPIVEY DIRECT BY MR. LEACH                                              1933

09:32AM   1              THE COURT:  YES, YOU MAY PUBLISH.

09:32AM   2              MR. LEACH:  THANK YOU.

09:32AM   3    Q.  MS. SPIVEY, I WANT TO DRAW YOUR ATTENTION TO PAGE 1 OF

09:32AM   4    THIS DOCUMENT.

09:32AM   5         DO YOU SEE AT THE BOTTOM WHERE IT SAYS CONSOLIDATED

09:33AM   6    FINANCIAL STATEMENTS?

09:33AM   7    A.  YES.

09:33AM   8    Q.  OKAY.  AND DO YOU SEE THE TITLE THERANOS INC. YEARS ENDED

09:33AM   9    DECEMBER 31ST, 2008 AND 2007 WITH REPORT OF INDEPENDENT

09:33AM  10    AUDITORS?

09:33AM  11    A.  YES.

09:33AM  12    Q.  AND THE REPORT OF INDEPENDENT AUDITORS, IS THAT

09:33AM  13    ERNST & YOUNG?

09:33AM  14    A.  YES.

09:33AM  15    Q.  OKAY.  LET'S LOOK AT PAGE 2.

09:33AM  16         IS THIS THE TABLE OF CONTENTS FOR THE CONSOLIDATED

09:33AM  17    FINANCIAL STATEMENTS?

09:33AM  18    A.  YES.

09:33AM  19    Q.  OKAY.  ON PAGE 1 IT SAYS, REPORT OF INDEPENDENT AUDITORS.

09:33AM  20         DO YOU SEE THAT?

09:33AM  21    A.  YES.

09:33AM  22    Q.  AND IS THAT A REFERENCE TO THE REPORT THAT ERNST & YOUNG

09:33AM  23    PREPARES BASED ON ITS AUDIT?

09:33AM  24    A.  YES.

09:33AM  25    Q.  AND THEN FURTHER BELOW THERE'S SOMETHING CALLED

SPIVEY DIRECT BY MR. LEACH

09:33AM   1    CONSOLIDATED BALANCE SHEETS, CONSOLIDATED STATEMENTS OF

09:33AM   2    OPERATIONS.

09:33AM   3         DO YOU SEE THAT?

09:33AM   4    A.   YES.

09:33AM   5    Q.   THE BALANCE SHEET, IS THAT ONE OF THE CORE FINANCIAL

09:34AM   6    STATEMENTS OF THERANOS?

09:34AM   7    A.   YES.

09:34AM   8    Q.   AND CONSOLIDATED STATEMENTS OF OPERATIONS, WHAT DOES THAT

09:34AM   9    MEAN?

09:34AM   10   A.   THAT'S THE SAME AS THE INCOME STATEMENTS.

09:34AM   11   Q.   THAT'S THE SAME AS THE INCOME STATEMENT?

09:34AM   12   A.   YES.

09:34AM   13   Q.   AND DOES THE INCOME STATEMENT HAVE ANY OTHER NAMES?

09:34AM   14   A.   STATEMENT OF PROFIT AND LOSS.

09:34AM   15   Q.   OKAY.  SO IF THERE'S A REFERENCE TO STATEMENTS OF

09:34AM   16   OPERATION OR INCOME STATEMENT OR PROFIT AND LOSS STATEMENT,

09:34AM   17   THAT'S ESSENTIALLY THE SAME THING?

09:34AM   18   A.   YES.

09:34AM   19   Q.   AND THAT'S A SNAPSHOT OF THE COMPANY'S PERFORMANCE OVER A

09:34AM   20   PERIOD OF TIME?

09:34AM   21   A.   YES.

09:34AM   22   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO PAGE 3 OF THE

09:34AM   23   EXHIBIT.

09:34AM   24        DO YOU SEE THE HEADING AT THE TOP REPORT OF INDEPENDENT

09:34AM   25   AUDITORS?

09:34AM 1     A.   YES.

09:34AM 2     Q.   AND DO YOU SEE THAT THIS IS DIRECTED TO THE BOARD OF

09:34AM 3     DIRECTORS AND STOCKHOLDERS, THERANOS INC.?

09:34AM 4     A.   YES.

09:34AM 5     Q.   AND THIS SAYS IN THE FIRST PARAGRAPH, "WE HAVE AUDITED THE

09:35AM 6     ACCOMPANYING CONSOLIDATED BALANCE SHEETS OF THERANOS INC. AS OF

09:35AM 7     DECEMBER 31, 2008 AND 2007 AND THE RELATED CONSOLIDATED

09:35AM 8     STATEMENTS OF OPERATIONS, STOCKHOLDERS EQUITY, AND CASH FLOWS

09:35AM 9     FOR THE YEARS THEN ENDED."

09:35AM 10        DO YOU SEE THAT?

09:35AM 11    A.   YES.

09:35AM 12    Q.   AND PRIOR TO RECEIVING THIS, DID YOU WORK WITH

09:35AM 13    ERNST & YOUNG IN CONNECTION WITH THEIR AUDIT?

09:35AM 14    A.   YES.

09:35AM 15    Q.   THE SECOND SENTENCE SAYS, "THESE CONSOLIDATED FINANCIAL

09:35AM 16    STATEMENTS ARE THE RESPONSIBILITY OF THE COMPANY'S MANAGEMENT."

09:35AM 17        DO YOU SEE THAT?

09:35AM 18    A.   YES.

09:35AM 19    Q.   AND WHAT DOES THAT MEAN?

09:35AM 20    A.   THAT MEANS THAT WE PREPARE THOSE FINANCIAL STATEMENTS.

09:35AM 21    Q.   WE AS OPPOSED TO SOMEBODY ELSE?

09:35AM 22    A.   WE AS OPPOSED TO ERNST & YOUNG.

09:35AM 23    Q.   SO MANAGEMENT PREPARES THE FINANCIAL STATEMENTS AND THE

09:35AM 24    AUDITOR GIVES THE OPINION?

09:36AM 25    A.   CORRECT.

09:36AM   1    Q.   OKAY.  AND IS THAT WHAT IS EXPRESSED IN THE NEXT SENTENCE,

09:36AM   2    "OUR RESPONSIBILITY IS TO EXPRESS AN OPINION ON THESE

09:36AM   3    CONSOLIDATED FINANCIAL STATEMENTS BASED ON OUR AUDITS."

09:36AM   4         IS THAT GETTING AT THAT CONCEPT?

09:36AM   5    A.   YES.

09:36AM   6    Q.   OKAY.  I'VE TALKED A LITTLE BIT ABOUT THE BALANCE SHEET

09:36AM   7    AND THE STATEMENT OF OPERATIONS.

09:36AM   8         WHAT IS THE STATEMENT OF STOCKHOLDERS' EQUITY?

09:36AM   9    A.   THAT SHOWS THE -- ON A HIGH LEVEL, THAT SHOWS THE

09:36AM  10    INVESTMENTS THAT THE COMPANY, OR THE FUND THAT -- THE INVESTING

09:36AM  11    FUND THAT THE COMPANY RECEIVED FROM INVESTORS AND RESULTS OF

09:36AM  12    THE COMPANY OVER THE COURSE OF -- SINCE THE COMPANY'S

09:36AM  13    INCEPTION.

09:36AM  14    Q.   I ALSO DIDN'T ASK ABOUT THE STATEMENT -- CONSOLIDATED

09:37AM  15    STATEMENTS OF CASH FLOWS.

09:37AM  16         WHAT IS THAT DOCUMENT?

09:37AM  17    A.   IT SHOWS THE CASH ACTIVITIES OF THE COMPANY FOR THE PERIOD

09:37AM  18    OF TIME.

09:37AM  19    Q.   OKAY.  GOING BACK TO THE REPORT OF INDEPENDENT AUDITORS,

09:37AM  20    IT SAYS IN THE SECOND PARAGRAPH, "WE CONDUCTED OUR AUDITS IN

09:37AM  21    ACCORDANCE WITH AUDITING STANDARDS GENERALLY ACCEPTED IN THE

09:37AM  22    UNITED STATES."

09:37AM  23         DO YOU SEE THAT LANGUAGE?

09:37AM  24    A.   YES.

09:37AM  25    Q.   AND IS THAT YOUR UNDERSTANDING OF WHAT ERNST & YOUNG DID?

09:37AM   1      A.   YES.

09:37AM   2      Q.   AND THEN DOWN AT THE BOTTOM IN THE THIRD PARAGRAPH IT

09:37AM   3      SAYS, "IN OUR OPINION, THE FINANCIAL STATEMENTS REFERRED TO

09:37AM   4      ABOVE PRESENT FAIRLY, IN ALL MATERIAL RESPECTS, THE

09:37AM   5      CONSOLIDATED FINANCIAL POSITION OF THERANOS AT DECEMBER 31,

09:37AM   6      2008, AND 2007," AND THEN IT CONTINUES.

09:37AM   7           DO YOU SEE THAT?

09:37AM   8      A.   YES.

09:37AM   9      Q.   AND IS THAT ESSENTIALLY THE OPINION THAT ERNST & YOUNG

09:37AM  10      RENDERED ON THE FINANCIAL STATEMENTS?

09:37AM  11      A.   YES.

09:37AM  12      Q.   AND IS THAT IMPORTANT TO A COMPANY LIKE THERANOS?

09:38AM  13      A.   YES.

09:38AM  14      Q.   HOW SO?

09:38AM  15      A.   SO IT SHOWS THAT THE COMPANY -- THE RECORDS THAT THE

09:38AM  16      COMPANY MAINTAINED ARE FAIRLY STATED, AND THEY GIVE CREDIBILITY

09:38AM  17      TO WHAT WE PRESENTED.

09:38AM  18      Q.   AND WHEN YOU SAY IT BRINGS CREDIBILITY TO WHAT YOU

09:38AM  19      PRESENTED, WHAT DO YOU MEAN BY THAT?

09:38AM  20      A.   SO IT SHOWS OTHER PEOPLE THAT THE NUMBERS ARE ACCURATE,

09:38AM  21      IT'S NOT A MADE UP NUMBER.

09:38AM  22      Q.   SO YOU CAN HOLD THIS OUT TO OTHERS SAYING IT'S NOT JUST US

09:38AM  23      SAYING THIS, WE HAVE AN AUDITOR WHO HAS LOOKED AT THIS?

09:38AM  24      A.   CORRECT.

09:38AM  25      Q.   OKAY.  THERE'S A SIGNATURE, ERNST & YOUNG LLP.

09:38AM  1          DO YOU SEE THAT?

09:38AM  2    A.   YES.

09:38AM  3    Q.   AND BELOW THE SIGNATURE THERE'S A DATE, JUNE 26TH, 2009,

09:38AM  4    EXCEPT FOR NOTE 13, AS TO WHICH THE DATE IS SEPTEMBER 9TH,

09:38AM  5    2009.

09:38AM  6          DO YOU SEE THAT?

09:38AM  7    A.   YES.

09:38AM  8    Q.   AND WHAT IS YOUR UNDERSTANDING AS TO WHAT THAT DATE REFERS

09:39AM  9    TO?

09:39AM  10   A.   THAT'S THE DATE -- SO JUNE 26TH, 2009, WAS THE DATE THAT

09:39AM  11   THEY SIGNED THE REPORT.  SO THEY REVIEWED THE RECORDS UP TO

09:39AM  12   THAT DATE.

09:39AM  13   Q.   OKAY.  THIS IS A REPORT FOR THE YEARS 2008 AND 2007; IS

09:39AM  14   THAT CORRECT?

09:39AM  15   A.   CORRECT.

09:39AM  16   Q.   OKAY.  DID ERNST & YOUNG PREPARE A REPORT OF INDEPENDENT

09:39AM  17   AUDITORS IN LATER YEARS?

09:39AM  18   A.   NO.

09:39AM  19   Q.   OKAY.  DID IT PREPARE ONE IN 2009?

09:39AM  20   A.   NO.

09:39AM  21   Q.   DID IT PREPARE ONE IN 2010?

09:39AM  22   A.   NO.

09:39AM  23   Q.   DID IT PREPARE ONE IN ANY YEAR GOING FORWARD?

09:39AM  24   A.   NO.

09:39AM  25   Q.   OKAY.  AT SOME POINT IN TIME DID THERANOS ENGAGE WITH A

SPIVEY DIRECT BY MR. LEACH

09:39AM  1    DIFFERENT ACCOUNTING FIRM?

09:39AM  2    A.   YES.

09:39AM  3    Q.   AND TELL US ABOUT THAT, PLEASE.

09:39AM  4    A.   WE USED KPMG FOR 2009 AND ONWARD.

09:39AM  5    Q.   OKAY.  AND IS KPMG A COMPETITOR OF DELOITTE AND

09:39AM  6    ERNST & YOUNG?

09:39AM  7    A.   YES.

09:39AM  8    Q.   IN THE ACCOUNTING WORLD, ARE THEY LUMPED AS A GROUP WITH

09:40AM  9    OTHER ACCOUNTING FIRMS?

09:40AM 10    A.   SO THERE ARE -- THEY ARE THREE OF THE BIG FOUR FIRMS.

09:40AM 11    Q.   OKAY.  AND SO THERE'S A FOURTH THAT WE HAVEN'T TALKED

09:40AM 12    ABOUT?

09:40AM 13    A.   RIGHT.

09:40AM 14    Q.   OKAY.  AND DURING THE TIME PERIOD 2009 THROUGH 2015, DID

09:40AM 15    YOU WORK WITH AUDITORS FROM KPMG?

09:40AM 16    A.   YES.

09:40AM 17    Q.   AND DESCRIBE FOR US YOUR INTERACTION WITH THE AUDITORS

09:40AM 18    FROM KPMG AT A HIGH LEVEL.

09:40AM 19    A.   RIGHT.  SO I WOULD PROVIDE THE COMPANY, AND IT'S SIMILAR

09:40AM 20    TO WHAT WE DID WITH ERNST & YOUNG, WE PROVIDE OUR FINANCIAL

09:40AM 21    DATA AND RECORDS TO KPMG AND THEY WILL REVIEW THE DATA AND

09:40AM 22    AUDIT THEM, AND THE GOAL OF THAT WAS ALSO TO RENDER OPINIONS AS

09:40AM 23    TO WHETHER THE FINANCIAL STATEMENTS ARE FAIRLY STATED.

09:40AM 24    Q.   SO THERANOS HIRED KPMG WITH THE GOAL OF RENDERING AN

09:41AM 25    OPINION, LIKE THE ONE WE SEE FROM ERNST & YOUNG FOR FUTURE

09:41AM   1    PERIODS?

09:41AM   2    A.   YES.

09:41AM   3    Q.   OKAY.  DID KPMG EVER RENDER AN OPINION ON THERANOS'S 2009

09:41AM   4    STATEMENTS?

09:41AM   5    A.   NO.

09:41AM   6    Q.   DID IT EVER RENDER AN OPINION ON THERANOS'S 2010 FINANCIAL

09:41AM   7    STATEMENTS?

09:41AM   8    A.   NO.

09:41AM   9    Q.   WHY DID KPMG NOT RENDER AN OPINION ON THERANOS'S 2009 AND

09:41AM  10    2010 FINANCIAL STATEMENTS?

09:41AM  11    A.   SO FOR 2009, THEY FINISHED THEIR FIELD WORK, MEANING THEY

09:41AM  12    REVIEWED THE FINANCIAL DATA, THE RECORDS OF THERANOS.

09:41AM  13         BUT BECAUSE THAT WAS ALREADY TOWARDS THE END OF 2010, AND

09:41AM  14    THEY SAID THEY WOULD DO THE AUDIT FOR 2010 AND THEN ISSUE ONE

09:41AM  15    REPORT FOR 2009 AND 2010, JUST LIKE ERNST & YOUNG DID FOR 2008

09:41AM  16    AND '07.

09:42AM  17         SO WE'RE JUST HOLDING UP AND WAITING FOR THE 2010 AUDIT TO

09:42AM  18    COMPLETE, BUT THERE WERE SOME ISSUES WITH THE 2010 AUDIT AND

09:42AM  19    THEY COULDN'T ISSUE THE REPORT.

09:42AM  20    Q.   AND WHAT WAS THE ISSUE IN 2010 THAT HELD UP ISSUANCE OF AN

09:42AM  21    OPINION BY KPMG?

09:42AM  22    A.   IT WAS RELATED TO OPTION VALUATION.

09:42AM  23    Q.   OKAY.  WHEN YOU SAY IT WAS RELATED TO OPTION VALUATION,

09:42AM  24    CAN YOU DESCRIBE THE ISSUE FOR US, PLEASE?

09:42AM  25    A.   YES.  SO THE COMPANY GRANTED AN OPTION IN MAY AND

09:42AM   1    JUNE 2010 AT A PRICE THAT WAS LOWER THAN WHAT KPMG THOUGHT

09:42AM   2    SHOULD BE THE FAIR VALUE.

09:42AM   3    Q.   AND WHEN YOU SAY THE COMPANY GRANTED AN OPTION IN 2010,

09:42AM   4    WHAT DO YOU MEAN?  WHAT IS AN OPTION AND WHAT WAS THE

09:42AM   5    TRANSACTION?

09:42AM   6    A.   OKAY.  AN OPTION -- SEE, WHEN THE COMPANY GRANT AN OPTION

09:43AM   7    TO THE OPTIONEE, THEN THE OPTIONEE HAS THE RIGHT TO PURCHASE

09:43AM   8    THE COMPANY STOCK AT A PRE-DETERMINED PRICE AT A FUTURE DATE.

09:43AM   9    Q.   OKAY.  AND YOU SAID SOMETHING ABOUT THE OPTION WAS GRANTED

09:43AM   10   AT A PRICE LOWER THAN KPMG THOUGHT WAS APPROPRIATE?

09:43AM   11   A.   YES.

09:43AM   12   Q.   OKAY.  AND WHO WAS THE OPTIONEE?  WHO WAS THE OPTION GIVEN

09:43AM   13   TO?

09:43AM   14   A.   IN MAY IT WAS GIVEN TO ELIZABETH HOLMES, AND THEN IN JUNE

09:43AM   15   IT WAS GIVEN TO A LIST OF EMPLOYEES.

09:43AM   16   Q.   OKAY.  DID THAT LIST OF EMPLOYEES INCLUDE MR. BALWANI?

09:43AM   17   A.   I DO NOT BELIEVE SO.

09:43AM   18   Q.   OKAY.  WE'LL COME BACK TO THAT POINT.

09:43AM   19        BUT WHY WAS THAT AN ISSUE?  WHY IF THE COMPANY HAD GRANTED

09:43AM   20   OPTIONS AT A PRICE LOWER THAN KPMG THOUGHT WAS APPROPRIATE, WHY

09:43AM   21   WAS THAT AN ISSUE?

09:43AM   22             MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  RELEVANCE.

09:44AM   23             THE COURT:  OVERRULED.

09:44AM   24             THE WITNESS:  SO THAT WOULD HAVE SOME TAX

09:44AM   25   CONSEQUENCES FOR THE COMPANY, AS WELL AS FOR THE OPTIONEE.

09:44AM  1    BY MR. LEACH:

09:44AM  2    Q.   AND DID THE ISSUE OF THE OPTIONS BEING GRANTED AT A PRICE

09:44AM  3    LOWER THAN KPMG THOUGHT, DID THAT ISSUE EVER GET RESOLVED?

09:44AM  4    A.   NO.

09:44AM  5    Q.   OKAY.  DID KPMG EVER RENDER AN OPINION ON THERANOS'S

09:44AM  6    FINANCIAL STATEMENTS IN 2011?

09:44AM  7    A.   NO.

09:44AM  8    Q.   DID IT EVER RENDER AN OPINION IN 2012?

09:44AM  9    A.   NO.

09:44AM  10   Q.   DID IT RENDER AN OPINION IN 2013?

09:44AM  11   A.   NO.

09:44AM  12   Q.   DID IT RENDER AN OPINION IN 2014?

09:44AM  13   A.   NO.

09:44AM  14   Q.   DID IT RENDER AN OPINION IN 2015?

09:44AM  15   A.   NO.

09:44AM  16   Q.   OKAY.  DID YOU FIND IT UNUSUAL THAT THERANOS DID NOT HAVE

09:44AM  17   AUDITED FINANCIAL STATEMENTS AFTER 2008?

09:44AM  18        MR. COOPERSMITH:  OBJECTION.  LEADING.

09:44AM  19        THE COURT:  DO YOU WANT TO REPHRASE THE QUESTION?

09:44AM  20   BY MR. LEACH:

09:44AM  21   Q.   HOW DID YOU FEEL ABOUT THERANOS NOT HAVING AUDITED

09:45AM  22   FINANCIAL STATEMENTS?  HOW DID THAT COMPORT WITH YOUR

09:45AM  23   EXPERIENCE?

09:45AM  24        MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

09:45AM  25        THE COURT:  OVERRULED.

09:45AM  1        YOU CAN ANSWER THE QUESTION.

09:45AM  2             THE WITNESS:  FROM MY EXPERIENCE FOR PRIVATE

09:45AM  3   COMPANY, THE COMPANY USUALLY HAVE FINANCIAL STATEMENTS ONCE A

09:45AM  4   YEAR.

09:45AM  5   BY MR. LEACH:

09:45AM  6   Q.   OKAY.  AUDITED FINANCIAL STATEMENTS?

09:45AM  7   A.   AUDITED FINANCIAL STATEMENTS.

09:45AM  8   Q.   OKAY.  AND DID THAT -- YOUR EXPERIENCE WITH THERANOS

09:45AM  9   DIFFERED WITH YOUR EXPERIENCE WITH OTHER COMPANIES.

09:45AM 10        IS THAT FAIR?

09:45AM 11   A.   YES.

09:45AM 12   Q.   AND DID YOU FIND IT ODD THAT THERANOS DID NOT HAVE AUDITED

09:45AM 13   FINANCIAL STATEMENTS?

09:45AM 14             MR. COOPERSMITH:  OBJECTION.  LEADING.

09:45AM 15   BY MR. LEACH:

09:45AM 16   Q.   AT THE TIME, HOW DID YOU FEEL ABOUT THE FACT THAT THERANOS

09:45AM 17   LACKED AUDITED FINANCIAL STATEMENTS?

09:45AM 18   A.   AS A CONTROLLER, IT WAS PART OF MY RESPONSIBILITY TO HELP

09:46AM 19   THE COMPANY, ASSIST THE COMPANY TO GET THE ISSUE -- YOU KNOW,

09:46AM 20   TO ISSUE THE AUDITED FINANCIAL STATEMENT.  SO WE REALLY

09:46AM 21   WANTED -- I REALLY WANTED TO WORK WITH THE AUDITOR TO RESOLVE

09:46AM 22   THOSE ISSUES.

09:46AM 23   Q.   SO YOU WERE DOING YOUR BEST TO WORK WITH THE AUDITORS TO

09:46AM 24   TRY TO GET THESE AUDITED FINANCIAL STATEMENTS?

09:46AM 25   A.   CORRECT.

SPIVEY DIRECT BY MR. LEACH                                      1944

09:46AM  1    Q.   OKAY.  LET'S GO BACK TO THE RECORD THAT WE HAVE FROM 2008

09:46AM  2    ON THE SCREEN FROM ERNST & YOUNG, AND IF WE CAN PLEASE GO TO

09:46AM  3    PAGE 4.

09:46AM  4         DO YOU SEE THE HEADING CONSOLIDATED BALANCE SHEETS,

09:46AM  5    MS. SPIVEY?

09:46AM  6    A.   YES.

09:46AM  7    Q.   AND IN THE LEFT COLUMN THERE'S A ROW IN BOLD, ASSETS.

09:46AM  8         DO YOU SEE THAT?

09:46AM  9    A.   YES.

09:46AM  10   Q.   AND FURTHER DOWN THERE'S A ROW IN BOLD, LIABILITIES AND

09:47AM  11   STOCKHOLDERS' EQUITY.

09:47AM  12        DO YOU SEE THAT?

09:47AM  13   A.   YES.

09:47AM  14   Q.   AND IS THAT WHAT YOU MEAN WHEN YOU SAY THE BALANCE SHEET

09:47AM  15   CAPTURES ASSETS AND LIABILITIES AS OF A PARTICULAR DATE?

09:47AM  16   A.   YES.

09:47AM  17   Q.   OKAY.  I WANT TO DRAW YOUR ATTENTION TO A ROW IN THE

09:47AM  18   STOCKHOLDERS' EQUITY SECTION WHERE IT SAYS ACCUMULATED DEFICIT.

09:47AM  19        DO YOU SEE THAT?

09:47AM  20   A.   YES.

09:47AM  21   Q.   AND WHAT IS THE ACCUMULATED DEFICIT?

09:47AM  22   A.   THAT'S THE ACCUMULATED LOSSES THAT THE COMPANY INCURRED

09:47AM  23   SINCE THE INCEPTION OF THE COMPANY.

09:47AM  24   Q.   THE ACCUMULATED LOSSES THAT THE COMPANY HAS INCURRED SINCE

09:47AM  25   THE INCEPTION OF THE COMPANY?  DID I HEAR THAT RIGHT?

09:47AM  1    A.    YES.

09:47AM  2    Q.    OKAY.  AND SO -- AND THERE'S A NUMBER IN THE COLUMN 2008,

09:47AM  3    NEGATIVE 48,183,282.

09:47AM  4          DO YOU SEE THAT?

09:47AM  5    A.    YES.

09:47AM  6    Q.    AND WHAT DOES THAT NUMBER REPRESENT?

09:48AM  7    A.    THAT'S ALL OF THE LOSSES THAT THE COMPANY INCURRED UP TO

09:48AM  8    2008.

09:48AM  9    Q.    OKAY.  LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE,

09:48AM  10   PAGE 5.

09:48AM  11         DO YOU SEE THE HEADING CONSOLIDATED STATEMENTS OF

09:48AM  12   OPERATIONS?

09:48AM  13   A.    YES.

09:48AM  14   Q.    AND IS THAT ANOTHER NAME FOR THE INCOME STATEMENT?

09:48AM  15   A.    YES.

09:48AM  16   Q.    ALSO CALLED THE PROFIT AND LOSS STATEMENT?

09:48AM  17   A.    YES.

09:48AM  18   Q.    AND TO THE LEFT THERE'S A HEADING REVENUE.

09:48AM  19         DO YOU SEE THAT?

09:48AM  20   A.    YES.

09:48AM  21   Q.    AND WHAT IS REVENUE?

09:48AM  22   A.    THAT'S THE MONEY THAT THE COMPANY RECEIVED FOR PROVIDING

09:48AM  23   SERVICES.

09:48AM  24   Q.    WHEN YOU SAY, "THE MONEY THAT THE COMPANY RECEIVED FOR

09:48AM  25   PROVIDING SERVICES," HOW DOES THAT DIFFER FOR SOMETHING LIKE

09:48AM  1    CASH?

09:48AM  2    A.   CASH IS, CASH IS MONEY IN YOUR POCKET.

09:49AM  3    Q.   OKAY.

09:49AM  4    A.   REVENUE IS SOMETHING THAT YOU HAVE TO EARN.

09:49AM  5    Q.   REVENUE IS SOMETHING THAT YOU HAVE TO EARN?

09:49AM  6    A.   YES.

09:49AM  7    Q.   AND WHAT DO YOU MEAN BY THAT?

09:49AM  8    A.   THAT YOU HAVE TO PROVIDE EITHER SERVICES OR YOU'RE SELLING

09:49AM  9    SOMETHING.

09:49AM 10    Q.   OKAY.  BENEATH THAT THERE'S A LINE FOR OPERATING EXPENSES.

09:49AM 11         DO YOU SEE THAT?

09:49AM 12    A.   YES.

09:49AM 13    Q.   WHAT ARE OPERATING EXPENSES?

09:49AM 14    A.   THAT'S THE EXPENSES THAT THE COMPANY INCURRED FOR THE

09:49AM 15    BUSINESS.

09:49AM 16    Q.   OKAY.  AND THEN FURTHER DOWN THERE'S A LINE FOR OPERATING

09:49AM 17    LOSS.

09:49AM 18         WHAT IS THE OPERATING LOSS?

09:49AM 19    A.   THAT'S THE LOSS FROM OPERATION.

09:49AM 20    Q.   OKAY.  AND HOW DOES THE OPERATING LOSS RELATE TO THE

09:49AM 21    REVENUE AND THE OPERATING EXPENSES?

09:49AM 22    A.   SO IF YOU INCUR MORE EXPENSES THAN THE REVENUE THAT YOU

09:50AM 23    RECEIVED, THEN YOU INCURRED AN OPERATING LOSS.

09:50AM 24    Q.   IS THE OPERATING LOSS THE DIFFERENCE BETWEEN OPERATING

09:50AM 25    REVENUE AND EXPENSES?

SPIVEY DIRECT BY MR. LEACH

09:50AM   1     A.   YES.

09:50AM   2     Q.   AND DOWN AT THE BOTTOM THERE'S SOMETHING CALLED NET LOSS.

09:50AM   3          DO YOU SEE THAT?

09:50AM   4     A.   YES.

09:50AM   5     Q.   AND WHAT IS NET LOSS?

09:50AM   6     A.   IT'S THE OPERATING LOSS AFTER SUBTRACTING OR ADDING OTHER

09:50AM   7     INCOME OR EXPENSES.

09:50AM   8     Q.   OKAY.  SO SOME EXPENSES DIFFER FROM THE OPERATING

09:50AM   9     EXPENSES?

09:50AM  10     A.   RIGHT.

09:50AM  11     Q.   OKAY.  AND IF WE LOOK AT THE DIFFERENT COLUMNS, TO THE

09:50AM  12     RIGHT THERE'S ONE MORE IN THE YEAR 2007.

09:50AM  13          DO YOU SEE THAT?

09:50AM  14     A.   YES.

09:50AM  15     Q.   AND THERE'S A LINE THERE, OR A HYPHEN.

09:50AM  16          DO YOU SEE THAT?

09:50AM  17     A.   YES.

09:50AM  18     Q.   AND WHAT DOES THAT MEAN?

09:50AM  19     A.   THAT MEANS THAT THERE WAS NO REVENUE FOR 2007.

09:50AM  20     Q.   OKAY.  SO IS THE OPERATING LOSS -- AND THEN THERE'S AN

09:50AM  21     ENTRY OF 17,399,923 FOR OPERATING LOSS.

09:50AM  22          DO YOU SEE THAT?

09:50AM  23     A.   YES.

09:50AM  24     Q.   AND IS THAT THE DIFFERENCE BETWEEN THE REVENUE, WHICH IS

09:51AM  25     ZERO, AND THE OPERATING EXPENSES?

SPIVEY DIRECT BY MR. LEACH

09:51AM   1    A.   YES.

09:51AM   2    Q.   FURTHER DOWN BELOW THERE'S A NUMBER $16,270,872.

09:51AM   3         DO YOU SEE THAT?

09:51AM   4    A.   YES.

09:51AM   5    Q.   AND WAS THAT THE NET LOSS FOR 2007?

09:51AM   6    A.   YES.

09:51AM   7    Q.   AND MOVING TO THE LEFT, THERE'S AN ENTRY FOR 2008 IN THE

09:51AM   8    REVENUE ROW, 1,798,974.

09:51AM   9         DO YOU SEE THAT?

09:51AM   10   A.   YES.

09:51AM   11   Q.   AND WHAT DOES THAT REPRESENT?

09:51AM   12   A.   THAT REPRESENTS THE MONEY THAT THE COMPANY EARNED FOR

09:51AM   13   PROVIDING SERVICES.

09:51AM   14   Q.   OKAY.  AND IN THAT 2008 TIME PERIOD, WHERE DID THAT

09:51AM   15   REVENUE COME FROM?

09:51AM   16   A.   IT WAS FROM A PHARMACEUTICAL COMPANY.

09:51AM   17   Q.   OKAY.  AND FURTHER BELOW IN THE NET LOSS ROW THERE'S AN

09:51AM   18   ENTRY 11,293,593.

09:51AM   19        DO YOU SEE THAT?

09:51AM   20   A.   YES.

09:51AM   21   Q.   AND IS THAT THE NET LOSS FOR THE TIME PERIOD 2008?

09:51AM   22   A.   YES.

09:52AM   23   Q.   LET ME DRAW YOUR ATTENTION TO PAGE 8.

09:52AM   24        DO YOU SEE AT THE TOP WHERE IT SAYS NOTES TO CONSOLIDATED

09:52AM   25   FINANCIAL STATEMENTS, DECEMBER 31ST, 2008?

SPIVEY DIRECT BY MR. LEACH

09:52AM  1    A.   YES.

09:52AM  2    Q.   AND WHAT ARE THE NOTES TO CONSOLIDATED FINANCIAL

09:52AM  3    STATEMENTS?

09:52AM  4    A.   THAT'S, THAT'S LIKE SUPPLEMENTARY INFORMATION TO THE

09:52AM  5    FINANCIAL STATEMENTS.

09:52AM  6    Q.   OKAY.  AND IN NOTE 1 IT SAYS, COMPANY AND BASIS OF

09:52AM  7    PRESENTATION.

09:52AM  8         DO YOU SEE THAT?

09:52AM  9    A.   YES.

09:52AM  10   Q.   AND IN THAT FIRST LINE, DO YOU SEE WHERE IT SAYS,

09:52AM  11   "THERANOS INC. (THE COMPANY) WAS INCORPORATED IN DELAWARE IN

09:52AM  12   2004 AND IS DEVELOPING THE INTEGRATION OF NANO- AND

09:53AM  13   BIOTECHNOLOGIES INTO REAL-TIME INFORMATICS SYSTEMS."

09:53AM  14        DO YOU SEE THAT LANGUAGE?

09:53AM  15   A.   YES.

09:53AM  16   Q.   AND IN THE NEXT PARAGRAPH IT SAYS, "IN 2008, THE COMPANY

09:53AM  17   HAS GENERATED REVENUES FROM VALIDATION STUDIES AND SERVICES

09:53AM  18   PROVIDED TO THE CUSTOMERS.  FOR PURPOSES OF PRESENTATION AND

09:53AM  19   DISCLOSURE, THE COMPANY WAS CONSIDERED TO BE IN THE INVESTMENT

09:53AM  20   STAGE IN 2007 AND IN PRIOR YEARS."

09:53AM  21        WHAT DOES THAT LAST LINE MEAN RELATING TO DEVELOPMENT

09:53AM  22   STAGE?

09:53AM  23   A.   FROM MY UNDERSTANDING, THAT MEANT THE COMPANY HAD NO

09:53AM  24   REVENUE IN 2007 AND BEFORE BECAUSE THEY'RE IN THE DEVELOPMENT

09:53AM  25   STAGE.

SPIVEY DIRECT BY MR. LEACH

09:53AM  1    Q.   THANK YOU, MS. SPIVEY.

09:53AM  2         LET ME DRAW YOUR ATTENTION LAST IN THIS DOCUMENT TO

09:53AM  3    PAGE 24.

09:54AM  4         DO YOU HAVE THAT PAGE IN FRONT OF YOU?

09:54AM  5    A.   YES.

09:54AM  6    Q.   AND DO YOU SEE IT ON THE SCREEN?

09:54AM  7    A.   YES.

09:54AM  8    Q.   AND I WANT TO DRAW YOUR ATTENTION TO NOTE 13 DOWN AT THE

09:54AM  9    BOTTOM, SUBSEQUENT EVENTS.

09:54AM 10         DO YOU SEE THAT?

09:54AM 11    A.   YES.

09:54AM 12    Q.   THE FIRST PARAGRAPH SAYS, "IN FEBRUARY 2009, THE COMPANY

09:54AM 13    ENTERED INTO AN AGREEMENT WITH CELGENE CORPORATION TO PROVIDE

09:54AM 14    PREDICTIVE MODELING SERVICES AND TO CREATE A RELATED DATA

09:54AM 15    INFRASTRUCTURE FOR CONSIDERATION OF $3,250,000."

09:54AM 16         DO YOU SEE THAT LANGUAGE?

09:54AM 17    A.   YES.

09:54AM 18    Q.   AND WAS CELGENE ONE OF THE PHARMACEUTICAL COMPANIES THAT

09:54AM 19    THERANOS WAS WORKING WITH DURING THIS TIME PERIOD?

09:54AM 20    A.   YES.

09:54AM 21    Q.   IT THEN SAYS, "IN AUGUST 2009, THE COMPANY ENTERED INTO A

09:54AM 22    BORROWING ARRANGEMENT UNDER WHICH THE COMPANY HAS NOW BORROWED

09:54AM 23    8 MILLION.  THE BORROWING IS GUARANTEED BY AN INDIVIDUAL TO

09:54AM 24    WHOM THE COMPANY HAS ISSUED A WARRANT TO PURCHASE 200,000

09:54AM 25    SHARES OF COMMON STOCK FOR $0.36 PER SHARE."

SPIVEY DIRECT BY MR. LEACH

09:55AM  1       DO YOU SEE THAT LANGUAGE?

09:55AM  2   A.   YES.

09:55AM  3   Q.   AND IS IT YOUR UNDERSTANDING THAT THAT HAPPENED IN AUGUST

09:55AM  4   OF 2009?

09:55AM  5   A.   YES.

09:55AM  6   Q.   OKAY.  DO YOU KNOW WHO THE INDIVIDUAL WHO GUARANTEED THE

09:55AM  7   BORROWED AMOUNT WAS?

09:55AM  8   A.   YES.  SUNNY BALWANI.

09:55AM  9   Q.   OKAY.  AT ANY POINT IN TIME -- THIS IS 2008.  AT ANY POINT

09:55AM 10   IN TIME FORWARD BETWEEN 2009 AND 2016, DID THERANOS HAVE

09:55AM 11   AUDITED FINANCIAL STATEMENTS LIKE WE'RE LOOKING AT HERE?

09:55AM 12   A.   NO.

09:55AM 13   Q.   LET ME DRAW YOUR ATTENTION, MS. SPIVEY, TO THE TIME

09:55AM 14   PERIOD --

09:55AM 15       THANK YOU, MS. WACHS, YOU CAN TAKE THIS DOWN.

09:55AM 16       I WANT TO TALK ABOUT THE LEAD UP TO THE $8 MILLION LOAN

09:55AM 17   THAT WE SAW IN THE FINANCIAL STATEMENTS THERE.

09:55AM 18       IN THE TIME PERIOD 2009, HOW WOULD YOU DESCRIBE THERANOS'S

09:55AM 19   CASH POSITION?

09:55AM 20   A.   THE CASH WAS DEPLETING QUITE QUICKLY IN 2009 AND IT WAS

09:56AM 21   GETTING REALLY TIGHT, AND AS THE CONTROLLER I WAS ALWAYS

09:56AM 22   WORRIED ABOUT HOW TO PAY OUR VENDORS AND HOW TO PAY THE

09:56AM 23   EMPLOYEES, DO WE HAVE MONEY TO MAKE THE NEXT PAYROLL AND THINGS

09:56AM 24   LIKE THAT.

09:56AM 25   Q.   IS THERE A PARTICULAR EXAMPLE THAT STANDS OUT IN YOUR MIND

09:56AM  1    ABOUT HOW CASH WAS TIGHT DURING THIS TIME PERIOD?

09:56AM  2    A.    YES.  SO IN 2009 THERE WAS ONE INCIDENT WHERE WE -- WHERE

09:56AM  3    I SUBMITTED THE PAYROLL RECORD OR THE PAYROLL TO -- FOR OUR

09:56AM  4    EMPLOYEES AND WE NEED TO HAVE FUNDS THE NEXT DAY IN ORDER TO

09:57AM  5    PAY THE EMPLOYEES, AND THEN WE FIND OUT THAT THE -- THE CHECK

09:57AM  6    THAT WE DEPOSITED WAS NOT CASHED -- WOULD NOT BE CASHED IN TIME

09:57AM  7    TO MAKE THAT PAYROLL, AND SO WE HAD TO CONTACT THE BANK AND TRY

09:57AM  8    TO HELP THEM, YOU KNOW, MAKE AN EXCEPTION FOR US TO CASH OUT

09:57AM  9    THE CHECK.

09:57AM  10          AND SO -- AND THE BANK, AT FIRST THEY REFUSED TO DO IT,

09:57AM  11   THEY REFUSED TO MAKE ANY EXCEPTION BECAUSE WE DON'T HAVE ANY

09:57AM  12   MONEY TO SUPPORT, TO SUPPORT THAT.  AND SO WE HAVE -- I HAVE TO

09:57AM  13   CONTACT THE CUSTOMER THAT SENT US THE CHECK AND HAVE THE

09:57AM  14   CUSTOMER CONTACT THE BANK AND HAVE THEM VERIFY THAT THIS IS A

09:57AM  15   LEGITIMATE CHECK FOR THE BANK TO CLEAR THAT.

09:57AM  16   Q.    OKAY.  AND WHEN YOU SAY "WE," WAS IT JUST YOU INVOLVED IN

09:57AM  17   THIS?

09:57AM  18   A.    NO.  ELIZABETH HOLMES AND I WERE TOGETHER.

09:57AM  19   Q.    OKAY.  AND YOU WERE GOING THROUGH ALL OF THIS TO MAKE SURE

09:58AM  20   THAT THERANOS EMPLOYEES WOULD GET PAID IN 2009?

09:58AM  21   A.    YES.

09:58AM  22   Q.    OKAY.  AND DID THE $8 MILLION LOAN HELP ALLEVIATE SOME OF

09:58AM  23   THE CASH ISSUES IN 2009?

09:58AM  24   A.    YES.

09:58AM  25   Q.    AND DID THERANOS ALSO RAISE MONEY FROM INVESTORS IN 2010?

09:58AM   1        A.   YES.

09:58AM   2        Q.   I'D LIKE TO MOVE FORWARD IN TIME AND TALK ABOUT SOME OF

09:58AM   3    THE CASH ISSUES THAT YOU OBSERVED IN THE TIME PERIOD OF 2013.

09:58AM   4             DO YOU HAVE THAT TIME PERIOD IN MIND?

09:58AM   5        A.   YES.

09:58AM   6        Q.   OKAY.

09:58AM   7             MAY I APPROACH AGAIN, YOUR HONOR?

09:58AM   8                  THE COURT:  YES.

09:59AM   9                  MR. LEACH:  (HANDING.)

09:59AM   10       Q.   I'VE PLACED BEFORE YOU, MS. SPIVEY, A DOCUMENT, BATES

09:59AM   11   NUMBER 5172.

09:59AM   12            DO YOU RECOGNIZE THIS?

09:59AM   13       A.   YES.

09:59AM   14       Q.   WHAT IS THIS DOCUMENT?

09:59AM   15       A.   THAT IS A DOCUMENT THAT I PREPARED TO SHOW THE BEGINNING

09:59AM   16   OR THE WEEKLY BALANCES OF THERANOS.

10:00AM   17       Q.   THE WEEKLY CASH BALANCES?

10:00AM   18       A.   YES.

10:00AM   19       Q.   OKAY.  AND FROM TIME TO TIME, DID YOU SHARE THIS

10:00AM   20   INFORMATION WITH MS. HOLMES?

10:00AM   21       A.   YES.

10:00AM   22       Q.   AND DID YOU SHARE IT WITH MR. BALWANI?

10:00AM   23       A.   YES.

10:00AM   24       Q.   AND DID YOU PREPARE THIS IN THE ORDINARY COURSE OF

10:00AM   25   BUSINESS?

10:00AM  1    A.   YES.

10:00AM  2    Q.   AND DID YOU PREPARE THIS BASED ON THE BOOKS AND RECORDS OF

10:00AM  3    THERANOS AND ITS ACCOUNTING SYSTEM?

10:00AM  4    A.   YES.

10:00AM  5              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

10:00AM  6    EXHIBIT 5172.

10:00AM  7              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:00AM  8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:00AM  9         (GOVERNMENT'S EXHIBIT 5172 WAS RECEIVED IN EVIDENCE.)

10:00AM  10   BY MR. LEACH:

10:00AM  11   Q.   AND MS. SPIVEY, IS THIS A LENGTHY SPREADSHEET THAT YOU'RE

10:00AM  12   LOOKING AT IN THE PAPER COPY?

10:00AM  13   A.   YES.

10:00AM  14   Q.   OKAY.  WE'RE GOING TO DISPLAY THE NATIVE FILE ON THE

10:00AM  15   SCREEN, SO HOPEFULLY THAT WILL BE EASIER FOR YOU TO WORK WITH.

10:00AM  16        AND LET ME ORIENT YOU.  UP IN THE TOP LEFT CORNER, IT SAYS

10:00AM  17   THERANOS INC. CASH BALANCE.

10:00AM  18        DO YOU SEE THAT IN ROWS 1 AND 2?

10:01AM  19   A.   YES.

10:01AM  20   Q.   AND BELOW THAT THERE ARE TWO ROWS, BEGINNING AND ENDING.

10:01AM  21        DO YOU SEE THAT?

10:01AM  22   A.   YES.

10:01AM  23   Q.   AND WHAT INFORMATION IS CONVEYED IN THOSE ROWS?

10:01AM  24   A.   THAT'S THE BEGINNING OF THE WEEK AND ENDING DAY OF THE

10:01AM  25   WEEK.

SPIVEY DIRECT BY MR. LEACH                                              1955

10:01AM   1    Q.   OKAY.  AND IN ROWS 8 THROUGH 14 THERE ARE THE WORDS

10:01AM   2    COMERICA, FIDELITY, MORGAN STANLEY INVESTMENT, MORGAN STANLEY

10:01AM   3    LOC, COMERICA SECURED MONEY MARKET, WELLS FARGO OPERATING,

10:01AM   4    WELLS FARGO ESCROW.

10:01AM   5         DO YOU SEE THAT?

10:01AM   6    A.   YES.

10:01AM   7    Q.   AND WHAT IS MEANT BY COMERICA?

10:01AM   8    A.   EXCUSE ME?

10:01AM   9    Q.   IN LINE 8, WHAT IS MEANT BY COMERICA?  WHAT IS MEANT BY

10:01AM   10   THAT?

10:01AM   11   A.   OH, COMERICA IS THE NAME OF THE BANK THAT THERANOS KEPT

10:01AM   12   THE CHECKING ACCOUNT WITH.

10:01AM   13   Q.   OKAY.  BENEATH THAT IT SAYS FIDELITY.

10:02AM   14        WHAT DOES THAT REFER TO?

10:02AM   15   A.   THAT'S AN INVESTMENT BANK FOR THERANOS.

10:02AM   16   Q.   AND DID THERANOS ALSO HOLD CASH AT FIDELITY?

10:02AM   17   A.   YES.

10:02AM   18   Q.   IT THEN SAYS MORGAN STANLEY INVESTMENT.

10:02AM   19        WHAT DOES THAT MEAN?

10:02AM   20   A.   SIMILAR TO FIDELITY, A DIFFERENT BANKING INSTITUTION.

10:02AM   21   Q.   OKAY.  AND THEN IT SAYS IN ROW 11 MORGAN STANLEY LOC.

10:02AM   22        WHAT DOES LOC REFER TO?

10:02AM   23   A.   IT REFERS TO LETTER OF CREDIT.

10:02AM   24   Q.   AND WHY IS A MORGAN STANLEY LETTER OF CREDIT SEPARATELY

10:02AM   25   LISTED ON THIS SPREADSHEET?

10:02AM 1    A.   THIS IS THE FUND THAT IS RESERVED FOR THE LETTER OF CREDIT

10:02AM 2    PURPOSE.

10:02AM 3    Q.   AND WHAT WAS THE PURPOSE OF THE LETTER OF CREDIT?

10:02AM 4    A.   THAT IS SOMETHING THAT WE GIVE IT TO THE LANDLORD SO THAT

10:02AM 5    IF THERANOS DEFAULT ON RENT, THEN THE LANDLORD CAN TAKE THIS

10:03AM 6    LETTER OF CREDIT AND GO TO MORGAN STANLEY AND WITHDRAW THE

10:03AM 7    FUNDS.

10:03AM 8    Q.   OKAY.  AND IS THAT MONEY THAT YOU, AS THE CONTROLLER, FELT

10:03AM 9    THAT YOU WERE FREE TO USE ON ANY GIVEN DAY?

10:03AM 10   A.   THIS MONEY IS RESERVED, SO THERANOS CANNOT USE THAT FUND.

10:03AM 11   Q.   RESERVED FOR THE RENT?

10:03AM 12   A.   CORRECT.

10:03AM 13   Q.   OKAY.  THERE'S THEN A ROW FOR COMERICA SECURED MONEY

10:03AM 14   MARKET, WELLS FARGO OPERATING, WELLS FARGO ESCROW.

10:03AM 15        CAN YOU JUST EXPLAIN WHAT THOSE ARE?

10:03AM 16   A.   THOSE ARE JUST DIFFERENT ACCOUNTS, BANK ACCOUNTS THAT

10:03AM 17   THERANOS HAS.

10:03AM 18   Q.   AND THEN IN ROW 16, WHICH IS HIGHLIGHTED, IT SAYS, TOTAL

10:03AM 19   CASH BALANCE.

10:03AM 20        DO YOU SEE THAT?

10:03AM 21   A.   YES.

10:03AM 22   Q.   AND IF WE MOVE TO THE RIGHT COLUMN, THERE'S THE NUMBER

10:03AM 23   $36,383,745.

10:04AM 24        DO YOU SEE THAT?

10:04AM 25   A.   YES.

SPIVEY DIRECT BY MR. LEACH

10:04AM 1    Q.   AND IS THAT THE SUM OF THE AMOUNTS IN THE COMERICA,

10:04AM 2    FIDELITY, WELLS FARGO AND MORGAN STANLEY ACCOUNTS?

10:04AM 3    A.   YES.

10:04AM 4    Q.   AND FURTHER DOWN THERE'S A BOLDED LINE IN ROW 19,

10:04AM 5    ACTIVITIES DURING THE WEEK.

10:04AM 6         DO YOU SEE THAT?

10:04AM 7    A.   YES.

10:04AM 8    Q.   AND WHAT INFORMATION IS SUMMARIZED THERE?

10:04AM 9    A.   THAT ONE IS ALL OF THE PAYMENTS THAT THE COMPANY MADE, THE

10:04AM 10   CASH OUTFLOW.

10:04AM 11   Q.   AND WOULD THAT INCLUDE ROUTINE EXPENSES OF THE COMPANY?

10:04AM 12   A.   ALL ROUTINE EXPENSES OF THE COMPANY.

10:04AM 13   Q.   OKAY.  WOULD THAT INCLUDE SALARIES OF EMPLOYEES?

10:04AM 14   A.   YES.

10:04AM 15   Q.   OKAY.  BENEATH THE TOTAL PAYMENTS, THERE ARE LINES FOR

10:04AM 16   CUSTOMER RECEIPTS, OPTION STOCK PROCEEDS, OTHER DEPOSITS,

10:04AM 17   INTEREST INCOME.

10:04AM 18        DO YOU SEE THAT?

10:04AM 19   A.   YES.

10:04AM 20   Q.   AND WHAT DO THOSE REPRESENT?

10:04AM 21   A.   THAT'S THE CASH THAT IS GOING INTO THE COMPANY.

10:04AM 22   Q.   OKAY.  AND WHAT IS MEANT BY OPTIONS/STOCK PROCEEDS?

10:05AM 23   A.   WHEN THE COMPANY GRANT OPTIONS TO OPTIONEE, IF THEY WANT

10:05AM 24   TO EXERCISE THAT OPTION, THEN THEY PAY THE COMPANY, THAT WOULD

10:05AM 25   BE THE OPTION PROCEEDS.

SPIVEY DIRECT BY MR. LEACH

10:05AM 1          AND THE STOCK PROCEEDS IS THE STOCK THAT THE COMPANY SELLS

10:05AM 2     TO INVESTORS.

10:05AM 3     Q.   OKAY.  I WANT TO DRAW YOUR ATTENTION TO A TIME PERIOD IN

10:05AM 4     2019.  WHEN YOU WERE AT THERANOS, DID YOU GO BY ANOTHER NAME?

10:05AM 5     A.   DANISE YAM.

10:05AM 6     Q.   AND WHEN YOU WOULD SEND AND RECEIVE EMAILS, WOULD IT USE

10:05AM 7     YOUR FORMER NAME, DANISE YAM?

10:05AM 8     A.   YES.

10:05AM 9     Q.   AND YOU CURRENTLY GO BY MS. SPIVEY?

10:05AM 10    A.   YES.

10:05AM 11    Q.   OKAY.  MS. SPIVEY, I'D LIKE TO DRAW YOUR ATTENTION TO

10:05AM 12    COLUMN EH.

10:06AM 13         MS. WACHS, IF WE COULD MOVE TO THE RIGHT HERE.

10:06AM 14         OKAY.  WE'VE HIGHLIGHTED ROW EH ON THE SCREEN, MS. SPIVEY.

10:06AM 15         DOES THIS APPEAR TO COVER THE PERIOD AUGUST 12TH, 2013, TO

10:06AM 16    AUGUST 18TH, 2013?

10:06AM 17    A.   YES.

10:06AM 18    Q.   OKAY.  AND THE TOTAL CASH BALANCE AT THE END OF THIS

10:06AM 19    PERIOD WAS $44 MILLION APPROXIMATELY?

10:06AM 20    A.   YES.

10:06AM 21    Q.   OKAY.  AND 3.6 MILLION OF THAT WAS IN A COMERICA ACCOUNT?

10:06AM 22    A.   YES.

10:06AM 23    Q.   OKAY.  WAS THE COMERICA ACCOUNT YOUR PRIMARY CHECKING

10:06AM 24    ACCOUNT AT THE TIME?

10:06AM 25    A.   YES.

SPIVEY DIRECT BY MR. LEACH

10:06AM   1    Q.   AND THERE'S $32 MILLION IN THE FIDELITY ACCOUNT.

10:06AM   2         DO YOU SEE THAT?

10:06AM   3    A.   YES.

10:06AM   4    Q.   AND THE NEXT WEEK THE TOTAL CASH BALANCE DROPS TO

10:06AM   5    $22,813,154.

10:07AM   6         DO YOU SEE THAT?

10:07AM   7    A.   YES.

10:07AM   8    Q.   AND DO YOU SEE THAT THERE'S A CHANGE FROM THE FIDELITY

10:07AM   9    ACCOUNT OF ROUGHLY $20 MILLION?

10:07AM  10    A.   YES.

10:07AM  11    Q.   OKAY.  AND THEN FURTHER BELOW IN ROW 22 THERE'S A NEGATIVE

10:07AM  12    ENTRY FOR $18,500,000.

10:07AM  13         DO YOU SEE THAT?

10:07AM  14    A.   YES.

10:07AM  15    Q.   AND DO YOU KNOW WHAT THAT $18,500,000 REPRESENTS?

10:07AM  16    A.   IT'S A REFUND TO THE INSURANCE COMPANY.

10:07AM  17    Q.   AND WHEN YOU SAY IT WAS A REFUND TO AN INSURANCE COMPANY,

10:07AM  18    WHAT DO YOU MEAN?

10:07AM  19    A.   THERANOS HAD AN ACCOUNT WITH THE INSURANCE, SOME INSURANCE

10:07AM  20    COMPANY, AND THEY PAID SOME UP-FRONT PAYMENT TO THERANOS ALL IN

10:07AM  21    2011.  AND AS FAR AS I UNDERSTAND, BECAUSE THERE'S NO

10:07AM  22    ACTIVITIES TO THIS CONTRACT OR THE CONTRACT WAS NOT -- THERE'S

10:08AM  23    NO WORK DONE TO THAT, AND SO THE COMPANY REFUNDED THOSE

10:08AM  24    AMOUNTS.

10:08AM  25    Q.   SO THE COMPANY REFUNDED $18.5 MILLION THIS WEEK IN 2013?

| | | |
|---|---|---|
| 10:08AM | 1 | A.   YES. |
| 10:08AM | 2 | Q.   OKAY.  AND THAT'S SOMETHING THAT YOU HELPED EXECUTE? |
| 10:08AM | 3 | A.   YES. |
| 10:08AM | 4 | Q.   WHO DIRECTED YOU TO DO THAT? |
| 10:08AM | 5 | A.   IT WOULD EITHER BE MS. HOLMES OR MR. BALWANI. |
| 10:08AM | 6 | Q.   OKAY.  AND THERE'S A CHANGE IN THE FIDELITY ACCOUNT OF |
| 10:08AM | 7 | $20 MILLION. |
| 10:08AM | 8 | DO YOU SEE THAT IN THAT ROW? |
| 10:08AM | 9 | A.   YES. |
| 10:08AM | 10 | Q.   AND DOES THAT MEAN IN ORDER TO MAKE THIS $18.5 MILLION |
| 10:08AM | 11 | PAYMENT, YOU WERE DIPPING INTO THE FIDELITY ACCOUNT? |
| 10:08AM | 12 | A.   YES. |
| 10:08AM | 13 | Q.   LET'S MOVE FORWARD IN TIME TO ROW EI.  I'M SORRY, WE'RE ON |
| 10:09AM | 14 | EI.  EN.  COLUMN EN. |
| 10:09AM | 15 | IS THIS THE -- DOES THIS SUMMARIZE THE CASH BALANCE AND |
| 10:09AM | 16 | ACTIVITY FOR THE WEEK OF SEPTEMBER 23RD, 2003, OR 2013? |
| 10:09AM | 17 | A.   YES. |
| 10:09AM | 18 | Q.   YES.  AND IN LINE 8 IN THE COMERICA ACCOUNT, DO YOU SEE |
| 10:09AM | 19 | THE NUMBER $587,419? |
| 10:09AM | 20 | A.   YES. |
| 10:09AM | 21 | Q.   AND IN THE FIDELITY ACCOUNT THERE'S $5,507,882? |
| 10:09AM | 22 | A.   YES. |
| 10:09AM | 23 | Q.   OKAY.  AND THE TOTAL CASH BALANCE IS $14,463,111. |
| 10:09AM | 24 | DID I READ THAT RIGHT? |
| 10:10AM | 25 | A.   YES. |

SPIVEY DIRECT BY MR. LEACH

10:10AM 1    Q.   OKAY.  AND OF THAT 14 MILLION, DOES SOME OF THAT INCLUDE

10:10AM 2    THE MORGAN STANLEY LETTER OF CREDIT?

10:10AM 3    A.   CORRECT.

10:10AM 4    Q.   AND WAS THAT MONEY THAT YOU FELT THAT YOU COULD USE AS

10:10AM 5    THERANOS WISHED IN THAT WEEK OF 2013?

10:10AM 6    A.   EXCLUDE THE 7.5 MILLION.

10:10AM 7    Q.   SO IF WE'RE TRYING TO UNDERSTAND THERANOS'S CASH BALANCE

10:10AM 8    AT THIS TIME, WE SHOULD EXCLUDE THAT 7.5 MILLION?

10:10AM 9    A.   THE CASH BALANCE IS STILL 14 MILLION.  IT'S 14.4 MILLION.

10:10AM 10       BUT FOR MONEY THAT THE COMPANY CAN USE, IT WOULD EXCLUDE

10:10AM 11   THE 7.5 MILLION.

10:10AM 12   Q.   OKAY.  IF WE LOOK AT THE NEXT WEEK IN EO, THERE'S AN ENTRY

10:10AM 13   OF STOCK PROCEEDS OF $21,999,100.

10:11AM 14       DO YOU SEE THAT?

10:11AM 15   A.   YES.

10:11AM 16   Q.   AND WHAT DOES THAT REPRESENT?

10:11AM 17   A.   IT REPRESENTS EITHER THE COMPANY SOLD SOME STOCK TO AN

10:11AM 18   INVESTOR OR THE OPTIONEE EXERCISED THE OPTION OR A COMBINATION

10:11AM 19   OF BOTH.

10:11AM 20   Q.   OKAY.  I WANTS TO DRILL DOWN A LITTLE BIT ON THAT

10:11AM 21   $21 MILLION AND SEE IF I CAN REFRESH YOUR MEMORY ON THAT.

10:11AM 22       DO YOU SEE THE TABS AT THE BOTTOM OF THE EXCEL

10:11AM 23   SPREADSHEET?

10:11AM 24   A.   YES.

10:11AM 25   Q.   AND WE'RE ON THE TAB FOR SUMMARY?

SPIVEY DIRECT BY MR. LEACH

| | | |
|---|---|---|
| 10:11AM | 1 | A.   YES. |
| 10:11AM | 2 | Q.   OKAY.  AND IF WE CAN NOW GO TO THE TAB FOR COMERICA. |
| 10:11AM | 3 | AND IF WE CAN GO BACK TO THIS TIME PERIOD, MS. WACHS, I |
| 10:12AM | 4 | THINK IF WE PUSH THE BUTTON ABOVE PLUS HH, IT SHOULD EXPAND. |
| 10:12AM | 5 | DO YOU SEE THAT SAME NUMBER $21,995,100 IN ROW 23? |
| 10:12AM | 6 | A.   YES. |
| 10:12AM | 7 | Q.   AND IS THIS A SUMMARY OF JUST THE COMERICA ACCOUNT AS |
| 10:12AM | 8 | OPPOSED TO ALL OF THE ACCOUNTS? |
| 10:12AM | 9 | A.   CORRECT. |
| 10:12AM | 10 | Q.   OKAY.  AND, MS. WACHS, IF WE CAN CLICK ON THAT BOX WITH |
| 10:12AM | 11 | THE RED NOTE.  IF WE CLICK ON THE 21 MILLION BOX. |
| 10:12AM | 12 | MS. SPIVEY, IS THERE A NOTE BY YOU IN THIS BOX? |
| 10:12AM | 13 | A.   YES. |
| 10:12AM | 14 | Q.   OKAY.  AND IT SAYS 15M PEER AND THEN OTHER NUMBERS LVG. |
| 10:12AM | 15 | DO YOU SEE THAT? |
| 10:12AM | 16 | A.   YES. |
| 10:12AM | 17 | Q.   AND DO YOU RECOGNIZE THE NAME PEER? |
| 10:12AM | 18 | A.   YES. |
| 10:12AM | 19 | Q.   AND WHAT IS THE NAME PEER? |
| 10:12AM | 20 | A.   IT'S AN INVENTOR. |
| 10:12AM | 21 | Q.   AND LVG, IS THAT ANOTHER THERANOS INVESTOR? |
| 10:13AM | 22 | A.   YES. |
| 10:13AM | 23 | Q.   AND DID THIS $21,995,100 HELP ADD TO THERANOS'S CASH |
| 10:13AM | 24 | POSITION IN THIS LATE SEPTEMBER TIME PERIOD? |
| 10:13AM | 25 | A.   YES. |

10:13AM   1    Q.   ARE YOU FAMILIAR WITH THE TERM "BURN RATE"?

10:13AM   2    A.   YES.

10:13AM   3    Q.   AND WHAT IS A BURN RATE?

10:13AM   4    A.   THAT'S THE MONEY, OR THAT'S THE MONEY THAT THE COMPANY

10:13AM   5    SPENT AFTER THEY HAVE ANY CASH RECEIPTS.

10:13AM   6    Q.   OKAY.  AND DID YOU HAVE A SENSE OF THE COMPANY'S BURN RATE

10:13AM   7    IN THIS 2013 TIME PERIOD?

10:13AM   8    A.   IT'S ABOUT, IT'S ABOUT $2 MILLION A WEEK.

10:13AM   9    Q.   $2 MILLION A WEEK?

10:13AM  10    A.   YES.

10:13AM  11    Q.   SO WHEN THE COMERICA ACCOUNT WAS GETTING DOWN TO $587,419

10:13AM  12    AT THE END OF SEPTEMBER, WAS THAT CAUSING YOU ANY CONCERN?

10:14AM  13    A.   FOR JUST THE COMERICA ACCOUNT?

10:14AM  14    Q.   WELL, COMERICA AND THE FIDELITY ACCOUNT -- IF WE CAN GO

10:14AM  15    BACK TO THE SUMMARY IN COLUMN EN.

10:14AM  16         DO YOU SEE THE LINE FOR TOTAL CASH BALANCE?

10:14AM  17    A.   YES.

10:14AM  18    Q.   AND IF WE DON'T COUNT THE LETTER OF CREDIT, THERANOS'S

10:14AM  19    CASH BALANCE IS SOMEWHERE IN THE NEIGHBORHOOD OF $7 MILLION?

10:14AM  20    A.   CORRECT.

10:14AM  21    Q.   AND WAS THAT CAUSING YOU ANY CONCERN DURING THIS TIME

10:14AM  22    PERIOD?

10:14AM  23    A.   YES.

10:14AM  24    Q.   THANK YOU, MS. WACHS.  YOU CAN TAKE THAT DOWN.

10:14AM  25         I'D LIKE TO STEP BACK IN TIME A LITTLE BIT, MS. YAM, AND

| | | |
|---|---|---|
| 10:14AM | 1 | TALK ABOUT THERANOS'S REVENUE FOR PARTICULAR PERIODS OF TIME |
| 10:14AM | 2 | WHILE YOU SERVED AS THE CONTROLLER. |
| 10:14AM | 3 | AND MAY I APPROACH, YOUR HONOR? |
| 10:15AM | 4 | THE COURT:  YES. |
| 10:15AM | 5 | MR. LEACH:  (HANDING.) |
| 10:15AM | 6 | Q.  I'VE PLACED ANOTHER BINDER BEFORE YOU, MS. SPIVEY.  IF I |
| 10:15AM | 7 | COULD ASK YOU TO LOOK IN VOLUME 1 AT EXHIBIT 578. |
| 10:15AM | 8 | MS. SPIVEY, IS THIS A COPY OF AN EMAIL THAT YOU SENT TO AN |
| 10:15AM | 9 | AUDITOR AT KPMG IN THE TIME PERIOD APRIL OF 2012? |
| 10:15AM | 10 | A.  YES. |
| 10:15AM | 11 | Q.  AND WERE YOU SENDING FINANCIAL INFORMATION TO THE KPMG |
| 10:16AM | 12 | AUDITOR AS PART OF THEIR EFFORT TO REVIEW OR AUDIT THE BOOKS AT |
| 10:16AM | 13 | THE TIME? |
| 10:16AM | 14 | A.  YES. |
| 10:16AM | 15 | Q.  OKAY.  AND THE SPREADSHEET THAT YOU SENT, DID YOU PREPARE |
| 10:16AM | 16 | THAT IN THE ORDINARY COURSE OF BUSINESS? |
| 10:16AM | 17 | A.  YES. |
| 10:16AM | 18 | MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS |
| 10:16AM | 19 | EXHIBIT 578. |
| 10:16AM | 20 | THE COURT:  578? |
| 10:16AM | 21 | MR. LEACH:  578 IN VOLUME 1. |
| 10:16AM | 22 | THE COURT:  MR. COOPERSMITH. |
| 10:16AM | 23 | MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR. |
| 10:16AM | 24 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:16AM | 25 | (GOVERNMENT'S EXHIBIT 578 WAS RECEIVED IN EVIDENCE.) |

| | | |
|---|---|---|
| 10:16AM | 1 | BY MR. LEACH: |
| 10:16AM | 2 | Q.   MS. SPIVEY, JUST TO ORIENT US. |
| 10:16AM | 3 | DO YOU SEE THE NAME DANISE YAM IN THE FROM MESSAGE AT THE |
| 10:16AM | 4 | TOP? |
| 10:16AM | 5 | A.   YES. |
| 10:17AM | 6 | Q.   AND THAT'S THE NAME THAT YOU WENT BY AT THE TIME THAT YOU |
| 10:17AM | 7 | WORKED AT THERANOS? |
| 10:17AM | 8 | A.   YES. |
| 10:17AM | 9 | Q.   AND THIS IS TO AN AUDITOR AT KPMG? |
| 10:17AM | 10 | A.   YES. |
| 10:17AM | 11 | Q.   OKAY.  AND YOU WOULD PERIODICALLY SEND INFORMATION LIKE |
| 10:17AM | 12 | THIS TO KPMG IN THE COURSE OF YOUR WORK? |
| 10:17AM | 13 | A.   YES. |
| 10:17AM | 14 | Q.   OKAY.  LET'S LOOK AT THE ATTACHMENT. |
| 10:17AM | 15 | AND I'D LIKE TO USE THE NATIVE IF WE COULD, MS. WACHS. |
| 10:17AM | 16 | ARE YOU ABLE TO SEE THAT ON THE SCREEN, MS. SPIVEY? |
| 10:17AM | 17 | A.   YES. |
| 10:17AM | 18 | Q.   OKAY.  DOWN IN THE BOTTOM LEFT CORNER THERE'S A WORKSHEET |
| 10:17AM | 19 | TAB THAT SAYS TB. |
| 10:17AM | 20 | DO YOU SEE THAT? |
| 10:17AM | 21 | A.   YES. |
| 10:17AM | 22 | Q.   AND WHAT DOES TB STAND FOR? |
| 10:17AM | 23 | A.   TRIAL BALANCE. |
| 10:17AM | 24 | Q.   AND WHAT IS A TRIAL BALANCE? |
| 10:17AM | 25 | A.   IT'S A LIST THAT BALANCES THE FINANCIAL ACCOUNTS OF THE |

10:17AM  1    COMPANY.

10:17AM  2    Q.   OKAY.  TO THE RIGHT THERE'S A SHEET THAT SAYS TO/BS.

10:18AM  3         DO YOU SEE THAT?

10:18AM  4    A.   YES.

10:18AM  5    Q.   AND IS BS AN ACRONYM FOR BALANCE SHEET?

10:18AM  6    A.   YES.

10:18AM  7    Q.   OKAY.  AND IF WE COULD -- WELL, BEFORE WE DO THAT -- WELL,

10:18AM  8    LET'S DO THAT NOW, MS. WACHS, PLEASE.  IF WE CAN CLICK ON THAT.

10:18AM  9         DO YOU SEE WHERE IT SAYS THERANOS INC., CONSOLIDATED

10:18AM  10   BALANCE SHEETS?

10:18AM  11   A.   YES.

10:18AM  12   Q.   AND NOW, WERE THESE BALANCE SHEETS AUDITED?

10:18AM  13   A.   NO.

10:18AM  14   Q.   OKAY.  BUT DO YOU RECOGNIZE TO THEY ACCURATELY REPRESENT

10:18AM  15   THE BALANCE SHEETS OF THERANOS FOR THESE PARTICULAR TIME

10:18AM  16   PERIODS?

10:18AM  17   A.   YES.

10:18AM  18   Q.   AND YOU DID YOUR BEST TO GIVE ACCURATE INFORMATION TO

10:18AM  19   KPMG?

10:18AM  20   A.   YES.

10:18AM  21   Q.   OKAY.  LET ME DRAW YOUR ATTENTION, PLEASE, IF WE COULD

10:18AM  22   SCROLL DOWN TO THE ACCUMULATED DEFICITS.

10:18AM  23        DO YOU SEE LINE 47, MS. SPIVEY?

10:19AM  24   A.   YES.

10:19AM  25   Q.   AND WE TALKED EARLIER ABOUT THE ACCUMULATED DEFICIT.

10:19AM  1    THAT'S THE TOTAL LOSS THAT THE COMPANY HAS INCURRED OVER ITS

10:19AM  2    ENTIRE EXISTENCE?

10:19AM  3    A.    YES.

10:19AM  4    Q.    OKAY.  TO THE RIGHT THERE'S A NUMBER, $104,087,094.

10:19AM  5          DO YOU SEE THAT?

10:19AM  6    A.    YES.

10:19AM  7    Q.    AND IS THAT THE TOTAL LOSS OF THE THERANOS OVER THE ENTIRE

10:19AM  8    PERIOD OF TIME OF ITS EXISTENCE UP UNTIL THIS DATE?

10:19AM  9    A.    YES.

10:19AM  10   Q.    OKAY.  AND IF YOU COULD SCROLL BACK UP, MS. WACHS.

10:19AM  11         THAT TIME PERIOD IS YEAR END 2011?

10:19AM  12   A.    YES.

10:19AM  13   Q.    OKAY.  LET'S DRAW YOUR ATTENTION TO THE BOTTOM TABS AGAIN,

10:19AM  14   THERE'S A TAB 3, IS.

10:19AM  15         DO YOU SEE THAT?

10:19AM  16   A.    YES.

10:19AM  17   Q.    AND WHAT DOES IS STAND FOR?

10:19AM  18   A.    INCOME STATEMENT.

10:19AM  19   Q.    OKAY.  IF YOU COULD CLICK ON THAT, PLEASE.

10:20AM  20         DOES THIS REPRESENT THERANOS'S INCOME STATEMENT FOR THE

10:20AM  21   TIME PERIOD 2009, 2010, AND 2011?

10:20AM  22   A.    YES.

10:20AM  23   Q.    AND WERE THESE NUMBERS EVER AUDITED BY KPMG?

10:20AM  24   A.    NO.

10:20AM  25   Q.    BUT TO THE BEST OF YOUR KNOWLEDGE THEY'RE ACCURATE?

10:20AM   1      A.   YES.

10:20AM   2      Q.   OKAY.  AND THERE'S THAT LINE REVENUE.

10:20AM   3           DO YOU SEE THAT?

10:20AM   4      A.   YES.

10:20AM   5      Q.   WHAT WAS THERANOS'S REVENUE FOR 2009?

10:20AM   6      A.   $2,793,846.

10:20AM   7      Q.   AND FOR 2010 WAS ITS REVENUE $1,401,305?

10:20AM   8      A.   YES.

10:20AM   9      Q.   AND FOR 2011 WAS IT $518,248?

10:20AM   10     A.   YES.

10:20AM   11     Q.   AND HOW DOES REVENUE DIFFER FROM CASH?

10:21AM   12     A.   REVENUE IS THE MONEY THAT YOU HAVE TO EARN FOR PROVIDING

10:21AM   13     SERVICES OR SELLING GOODS.

10:21AM   14     Q.   OKAY.  IS REVENUE AN IMPORTANT METRIC TO SOMEONE LIKE YOU?

10:21AM   15     A.   YES.

10:21AM   16     Q.   FURTHER DOWN BELOW THERE'S A LINE FOR NET LOSS.

10:21AM   17          DO YOU SEE THAT?

10:21AM   18     A.   YES.

10:21AM   19     Q.   AND DOES THAT ROW ACCURATELY REPRESENT THE NET LOSS OF THE

10:21AM   20     COMPANY FOR THE TIME PERIODS 2009, 2010, AND 2011?

10:21AM   21     A.   YES.

10:21AM   22     Q.   OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS.

10:21AM   23          MS. SPIVEY, IF I COULD DRAW YOUR ATTENTION, PLEASE, TO

10:21AM   24     EXHIBIT 792, WHICH SHOULD BE IN THE SAME BINDER.

10:21AM   25          IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

10:22AM 1    TO MS. HOLMES WITH A COPY TO MR. BALWANI ON OR ABOUT

10:22AM 2    FEBRUARY 12TH, 2013?

10:22AM 3    A.   YES.

10:22AM 4            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

10:22AM 5    EXHIBIT 792.

10:22AM 6            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:22AM 7            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:22AM 8        (GOVERNMENT'S EXHIBIT 792 WAS RECEIVED IN EVIDENCE.)

10:22AM 9    BY MR. LEACH:

10:22AM 10   Q.   MS. SPIVEY, WHAT WAS THE GENERAL NATURE OF THIS EMAIL?

10:22AM 11   A.   UM --

10:22AM 12   Q.   LET ME ASK A BETTER QUESTION, MS. SPIVEY.

10:22AM 13       WHY WERE YOU SENDING THIS EMAIL TO MS. HOLMES WITH A COPY

10:22AM 14   TO MR. BALWANI?

10:22AM 15   A.   IT SEEMS LIKE THIS IS SOMETHING THAT STANFORD ASKED

10:23AM 16   THERANOS TO PROVIDE FOR THE FINANCIAL ANALYSIS THAT THE

10:23AM 17   LANDLORD WANTED THERANOS TO PROVIDE.

10:23AM 18   Q.   WAS STANFORD THERANOS'S LANDLORD AT THE TIME?

10:23AM 19   A.   YES.

10:23AM 20   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE TOP HALF.  WERE

10:23AM 21   YOU SENDING THIS INFORMATION TO MS. HOLMES WITH A COPY TO

10:23AM 22   MR. BALWANI SO THEY COULD REPORT ON THE FINANCIAL CONDITION TO

10:23AM 23   THERANOS'S LANDLORD?

10:23AM 24   A.   YES.

10:23AM 25   Q.   OKAY.  IN THE BOTTOM EMAIL YOU WROTE "ADDED 25 M TO AR."

```
10:23AM   1            IS AR ACCOUNTS RECEIVABLE?

10:23AM   2     A.   YES.

10:23AM   3     Q.   AND WHAT ARE ACCOUNTS RECEIVABLE?

10:23AM   4     A.   I'M SORRY?

10:23AM   5     Q.   WHAT ARE ACCOUNTS RECEIVABLE?

10:23AM   6     A.   IT'S THE SERVICES THAT, OR THE MONEY THAT THE CUSTOMER

10:23AM   7     OWED TO THERANOS.

10:24AM   8     Q.   AND DEFERRED REVENUE FROM SWY PILOT COMPLETE.

10:24AM   9            DO YOU SEE THAT?

10:24AM  10     A.   YES.

10:24AM  11     Q.   AND IS SWY AN ACRONYM FOR SOMEBODY?

10:24AM  12     A.   SAFEWAY.

10:24AM  13     Q.   AND WHAT RELATIONSHIP DID THERANOS HAVE WITH SAFEWAY

10:24AM  14     DURING THIS TIME PERIOD?

10:24AM  15     A.   SAFEWAY WAS A CUSTOMER OR BUSINESS PARTNER.

10:24AM  16     Q.   AND THERE'S THESE WORDS DEFERRED REVENUE.  WHAT DOES

10:24AM  17     DEFERRED REVENUE MEAN?

10:24AM  18     A.   IT MEANS MONEY THAT THE COMPANY RECEIVED BUT HAS NOT

10:24AM  19     EARNED.

10:24AM  20     Q.   SO IS THERE SOME POSSIBILITY THAT THE COMPANY MIGHT HAVE

10:24AM  21     TO GIVE THAT MONEY BACK?

10:24AM  22            MR. COOPERSMITH:  OBJECTION.  LEADING.

10:24AM  23            THE COURT:  OVERRULED.

10:24AM  24       YOU CAN ANSWER THE QUESTION.

10:24AM  25            THE WITNESS:  YES.
```

10:24AM  1    BY MR. LEACH:

10:24AM  2    Q.   OKAY.  LET'S ZOOM OUT, MS. WACHS.

10:25AM  3         I WANT TO DRAW YOUR ATTENTION TO THE TOP EMAIL,

10:25AM  4    MS. SPIVEY.

10:25AM  5         DO YOU SEE THAT THERE ARE TWO ATTACHMENTS, FINANCIAL

10:25AM  6    STATEMENT ANALYSIS TEMPLATE AND FS 2012 XLSX.

10:25AM  7    A.   YES.

10:25AM  8    Q.   FS, THAT'S AN ACRONYM FOR FINANCIAL STATEMENT?

10:25AM  9    A.   YES.

10:25AM  10   Q.   AND I'D LIKE TO LOOK AT THE XLSX 2012, AND IT MAY BE

10:25AM  11   EASIER IF WE DO IT IN NATIVE, MS. WACHS.

10:25AM  12        WONDERFUL, THANK YOU.

10:25AM  13        ARE WE LOOKING AT THE COMPANY'S BALANCE SHEET FOR THE TIME

10:25AM  14   PERIOD ENDING DECEMBER OF 2012, MS. SPIVEY?

10:25AM  15   A.   YES.

10:25AM  16   Q.   AND DOES IT ALSO INCLUDE THE FIRST MONTH OF 2013?

10:25AM  17   A.   YES.

10:25AM  18   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO ROW 33.

10:26AM  19        DO YOU SEE THAT LINE FOR ACCUMULATED DEFICIT?

10:26AM  20   A.   YES.

10:26AM  21   Q.   AND WHAT WAS THERANOS'S ACCUMULATED DEFICIT IN 2012?

10:26AM  22   A.   IT'S ABOUT 161 MILLION.

10:26AM  23   Q.   OKAY.  EVEN THOUGH THAT NUMBER IN ROW 33 IS IN THOUSANDS,

10:26AM  24   YOU MEAN TO EXPRESS THIS IN MILLIONS?

10:26AM  25   A.   YES.

SPIVEY DIRECT BY MR. LEACH

10:26AM  1   Q.   IS THAT WHY IT HAS IN ROW 6 THE DOLLAR SIGN WITH THREE

10:26AM  2   ZEROS?

10:26AM  3   A.   YES.

10:26AM  4   Q.   OKAY.  IS TAB IS INCOME STATEMENT?

10:26AM  5   A.   YES.

10:26AM  6   Q.   LET'S LOOK AT THAT TAB, PLEASE.

10:26AM  7       IS THIS A TRUE AND CORRECT COPY OF THERANOS'S INCOME

10:26AM  8   STATEMENT FOR THE TIME PERIOD ENDING 2012 AND THE FIRST MONTH

10:26AM  9   OF 2013?

10:26AM  10  A.   YES.

10:26AM  11  Q.   THE FIRST LINE IN ROW 5 SAYS OPERATING LOSS.

10:26AM  12      DO YOU SEE THAT?

10:26AM  13  A.   YES.

10:26AM  14  Q.   AND THERE'S NO LINE IN THIS SPREADSHEET FOR REVENUE.  WHY

10:27AM  15  IS THAT?

10:27AM  16  A.   BECAUSE THERE WAS NO REVENUE.

10:27AM  17  Q.   SO THERE WAS NO REVENUE FOR THE YEAR 2012?

10:27AM  18  A.   CORRECT.

10:27AM  19  Q.   OKAY.  AND ARE THESE NUMBERS ALSO EXPRESSED IN THOUSANDS

10:27AM  20  LIKE THE BALANCE SHEET THAT WE JUST LOOKED AT?

10:27AM  21  A.   YES.

10:27AM  22  Q.   SO WHAT WAS THE NET LOSS FOR 2012?

10:27AM  23  A.   ABOUT 57 MILLION.

10:27AM  24  Q.   OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS.

10:27AM  25      MS. SPIVEY, IF I COULD ASK YOU TO PLEASE LOOK AT

SPIVEY DIRECT BY MR. LEACH

10:27AM 1    EXHIBIT 1901, 1901.

10:27AM 2         DO YOU HAVE THAT IN FRONT OF YOU?

10:27AM 3    A.   YES.

10:27AM 4    Q.   THIS APPEARS TO BE AN EMAIL FROM YOU TO MARK KUCHARSKI AND

10:28AM 5    DENNIS ONDYAK.

10:28AM 6         DO YOU RECOGNIZE THOSE NAMES?

10:28AM 7    A.   YES.

10:28AM 8    Q.   AND WHO ARE THEY?

10:28AM 9    A.   THEY ARE THE PARTNER AND THE MANAGER OF THE TAX -- OR THE

10:28AM 10   ACCOUNTING FIRM THAT PREPARED THE TAX RETURNS FOR THERANOS.

10:28AM 11   Q.   THEY PREPARED TAX RETURNS FOR THERANOS?

10:28AM 12   A.   YES.

10:28AM 13   Q.   OKAY.  AND THERE'S A NUMBER OF ATTACHMENTS TO THIS.

10:28AM 14        DO YOU SEE THE ATTACHMENTS?

10:28AM 15   A.   YES.

10:28AM 16   Q.   AND WERE YOU PROVIDING ACCOUNTING DATA FROM THERANOS'S

10:28AM 17   BOOKS AND RECORDS SO THAT THE TAX ACCOUNTANT COULD PREPARE THE

10:28AM 18   TAX RETURNS?

10:28AM 19   A.   YES.

10:28AM 20   Q.   AND WERE THESE EXCEL FILES PREPARED IN THE ORDINARY COURSE

10:28AM 21   OF BUSINESS?

10:28AM 22   A.   YES.

10:28AM 23   Q.   OKAY.  AND DID YOU DO YOUR BEST TO PROVIDE ACCURATE

10:28AM 24   INFORMATION TO THE TAX ACCOUNTANTS?

10:28AM 25   A.   YES.

10:28AM   1    Q.   OKAY.

10:28AM   2         YOUR HONOR, I OFFER EXHIBIT 1901, AND A NUMBER OF THESE

10:28AM   3    ATTACHMENTS ARE QUITE LARGE, BUT THE ONLY ONE I WANT TO OFFER

10:28AM   4    IS THE ONE TB 123113.XLSX.

10:29AM   5              THE COURT:  CAN YOU TELL US WHAT PAGE THAT'S FOUND

10:29AM   6    ON?  IS THAT POSSIBLE?

10:29AM   7              MR. LEACH:  I CAN'T.  I'M HOPING THERE'S NO

10:29AM   8    OBJECTION TO THIS.

10:29AM   9              MR. COOPERSMITH:  I CAN HELP, YOUR HONOR.  THERE'S

10:29AM  10    NO OBJECTION.

10:29AM  11              THE COURT:  OKAY.

10:29AM  12              MR. LEACH:  THESE SPREADSHEETS ARE CUMBERSOME TO

10:29AM  13    PRINT, SO MAYBE THAT WILL HELP US.

10:29AM  14         MAY I DISPLAY IT?

10:29AM  15              THE COURT:  YES.  PLEASE.

10:29AM  16         (GOVERNMENT'S EXHIBIT 1901, TB 123113.XLSX, WAS RECEIVED

10:29AM  17    IN EVIDENCE.)

10:29AM  18    BY MR. LEACH:

10:29AM  19    Q.   MS. SPIVEY, JUST TO ORIENT US, IF WE CAN ZOOM IN ON THE

10:29AM  20    EMAIL AT THE TOP, DO YOU SEE YOUR FORMER NAME IN THE FROM LINE?

10:29AM  21    A.   YES.

10:29AM  22    Q.   OKAY.  AND DENNIS ONDYAK, HE'S ONE OF THE TAX PREPARERS?

10:29AM  23    A.   YES.

10:29AM  24    Q.   AND DO YOU SEE THE FILES THAT ARE ATTACHED TO THIS EMAIL?

10:30AM  25    A.   YES.

SPIVEY DIRECT BY MR. LEACH                                          1975

10:30AM  1    Q.   I'M CENTERED IN THE SECOND ONE FROM THE BOTTOM

10:30AM  2    TB 12-31-13.

10:30AM  3         DO YOU SEE THAT?

10:30AM  4    A.   YES.

10:30AM  5    Q.   AND, MS. WACHS, IF WE CAN CALL IT UP ON THE SCREEN,

10:30AM  6    PLEASE.

10:30AM  7         IS THIS A TRUE AND CORRECT COPY OF ACCOUNTING DATA FROM

10:30AM  8    THERANOS AT THE TIME?

10:30AM  9    A.   YES.

10:30AM  10   Q.   WE'RE ON THE TAB 3.OPS.

10:30AM  11        DO YOU SEE THAT?

10:30AM  12   A.   YES.

10:30AM  13   Q.   AND WHAT DOES OPS REFER TO?

10:30AM  14   A.   OPERATIONS.

10:30AM  15   Q.   OKAY.  AND IS IT, IN OTHER VERSIONS WE'VE SEEN, IS, OR

10:30AM  16   INCOME STATEMENTS, IS THIS THE SAME THING?

10:30AM  17   A.   YES.

10:30AM  18   Q.   AND DOES THIS INCLUDE THERANOS'S REVENUE FOR THE TIME

10:30AM  19   PERIODS 2013, 2012, 2011, 2010, AND 2009?

10:30AM  20   A.   YES.

10:31AM  21   Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD 2013.

10:31AM  22        DO YOU SEE HOW THERE'S A LINE IN THE REVENUE LINE?

10:31AM  23   A.   YES.

10:31AM  24   Q.   AND WHAT DOES THAT MEAN?

10:31AM  25   A.   IT MEANS THAT THE REVENUE WAS ZERO.

10:31AM  1    Q.   THE REVENUE WAS ZERO FOR 2013?

10:31AM  2    A.   RIGHT.

10:31AM  3    Q.   OKAY.  AND THE NET LOSS, DO YOU SEE THE NUMBER IN RED IN

10:31AM  4    LINE 13?

10:31AM  5    A.   YES.

10:31AM  6    Q.   AND WHAT WAS THE NET LOSS FOR THERANOS IN THE 2013 TIME

10:31AM  7    PERIOD?

10:31AM  8    A.   IT'S ABOUT 92 MILLION.

10:31AM  9    Q.   THANK YOU, MS. WACHS.  WE CAN PUT THAT DOWN.

10:31AM 10         AND, MS. SPIVEY, IF I COULD DRAW YOUR ATTENTION TO

10:31AM 11    EXHIBIT 5276.  IT SHOULD BE IN VOLUME 1.

10:32AM 12         DO YOU HAVE THAT IN FRONT OF YOU, MS. SPIVEY?

10:32AM 13    A.   YES.

10:32AM 14    Q.   IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

10:32AM 15    TO ELIZABETH HOLMES AND MR. BALWANI ON OR ABOUT APRIL 7TH,

10:32AM 16    2015?

10:32AM 17    A.   YES.

10:32AM 18    Q.   I'M SORRY, YES?

10:32AM 19    A.   YES.

10:32AM 20    Q.   OKAY.  AND THE SUBJECT IS THERANOS:  409A VALUATION

10:32AM 21    ANALYSIS.

10:32AM 22         WHAT IS A 409A VALUATION ANALYSIS?

10:32AM 23    A.   409A IS AN I.R.S. CODE.  FOR THERANOS PURPOSE, IT WOULD BE

10:32AM 24    FOR THE COMPANY OPTION.

10:32AM 25    Q.   WHAT DO YOU MEAN BY THAT?  WHY IS, WHY IS THERANOS

10:32AM   1    PREPARING SOME -- OR HAVING A 409A ANALYSIS PREPARED?

10:33AM   2    A.   BECAUSE WHEN THE COMPANY ISSUES STOCK OPTION, WE NEED TO

10:33AM   3    KNOW WHAT THE PREDETERMINED EXERCISE PRICE SHOULD BE, AND THAT

10:33AM   4    SHOULD BE THE FAIR MARKET VALUE.

10:33AM   5         AND THIS 409 ANALYSIS, THIS 409 VALUATION ANALYSIS IS TO

10:33AM   6    ESTABLISH THAT FAIR MARKET VALUE.

10:33AM   7    Q.   OKAY.  AND WHY ARE YOU SENDING THIS EMAIL TO MR. BALWANI

10:33AM   8    AND MS. HOLMES?

10:33AM   9    A.   SO THEY KNOW WHAT THE FAIR MARKET VALUE IS.

10:33AM  10    Q.   THERE'S REFERENCES -- LET ME DRAW YOUR ATTENTION TO

10:33AM  11    PAGE -- THERE ARE TWO ATTACHMENTS TO THIS, MS. SPIVEY.

10:33AM  12         LET ME DRAW YOUR ATTENTION TO PAGE 14 OF THE EXHIBIT.

10:33AM  13              MR. COOPERSMITH:  YOUR HONOR, I'M SORRY.  I'M HAVING

10:33AM  14    TROUBLE FINDING THE EXHIBIT IN THE BINDER.  IS IT 5276?

10:34AM  15              MR. LEACH:  I'M SORRY, 5206.

10:34AM  16              MR. COOPERSMITH:  YES, YOUR HONOR, I HAVE THAT ONE.

10:34AM  17              THE COURT:  THANK YOU.

10:34AM  18              MR. LEACH:  I APOLOGIZE.  I MEANT 5206.

10:34AM  19              THE COURT:  IS THAT WHAT YOU HAVE IN FRONT OF YOU,

10:34AM  20    MS. SPIVEY?

10:34AM  21              THE WITNESS:  YES.

10:34AM  22              THE COURT:  ALL RIGHT.  THANK YOU.

10:34AM  23    BY MR. LEACH:

10:34AM  24    Q.   AND ON PAGE 1, MS. SPIVEY, DO YOU SEE THAT THERE'S TWO

10:34AM  25    ATTACHMENTS TO THE EMAIL?

SPIVEY DIRECT BY MR. LEACH

10:34AM  1    A.   YES.

10:34AM  2    Q.   I'D LIKE TO DRAW YOUR ATTENTION TO ONE OF THE ATTACHMENTS

10:34AM  3    AND ASK YOU TO LOOK AT PAGE 14.

10:34AM  4         DO YOU RECOGNIZE THIS?

10:34AM  5    A.   YES.

10:34AM  6    Q.   AND WHAT IS THIS?

10:34AM  7    A.   THAT IS THE VALUATION REPORT PREPARED BY AN INDEPENDENT

10:34AM  8    FIRM CALLED ARANCA.

10:35AM  9    Q.   YOU SAID AN INDEPENDENT FIRM NAMED ARANCA, OR IS IT ALSO

10:35AM 10    PRONOUNCED ARANCA?

10:35AM 11    A.   YEAH.

10:35AM 12    Q.   OKAY.  AND WHAT DID THERANOS HIRE ARANCA TO DO?

10:35AM 13    A.   TO ASK -- OR TO PROVIDE AN ESTIMATED FAIR MARKET VALUE OF

10:35AM 14    THE COMPANY'S STOCK, THE COMPANY'S STOCK.

10:35AM 15    Q.   DID YOU HAVE INTERACTIONS WITH ARANCA?

10:35AM 16    A.   YES.

10:35AM 17    Q.   AND DESCRIBE THE NATURE OF YOUR INTERACTIONS WITH ARANCA.

10:35AM 18    A.   SO I PROVIDE THE COMPANY FINANCIAL DATA TO ARANCA SO THAT

10:35AM 19    THEY CAN USE THAT INFORMATION TO PREPARE THE MODEL.

10:35AM 20    Q.   OKAY.  AND ARANCA WOULD, BASED ON THE INFORMATION YOU WERE

10:35AM 21    GIVING, WOULD GENERATE SOME TYPE OF REPORT FOR THERANOS?

10:35AM 22    A.   YES.

10:35AM 23    Q.   AND DID YOU USE THAT REPORT IN THE ORDINARY COURSE OF

10:35AM 24    BUSINESS?

10:35AM 25    A.   YES.

10:35AM  1    Q.   DID YOU -- AND WAS IT KEPT BY THERANOS IN THE ORDINARY

10:35AM  2    COURSE OF BUSINESS?

10:35AM  3    A.   YES.

10:35AM  4    Q.   AND WAS IT PREPARED BASED ON DATA AND INFORMATION THAT YOU

10:35AM  5    SUPPLIED TO ARANCA SO ARANCA COULD DO ITS WORK?

10:36AM  6    A.   YES.

10:36AM  7    Q.   AND DID YOU DO YOUR BEST TO PROVIDE ACCURATE INFORMATION

10:36AM  8    TO ARANCA?

10:36AM  9    A.   YES.

10:36AM  10   Q.   OKAY.

10:36AM  11        YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 5206.

10:36AM  12           MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY

10:36AM  13   AND RELEVANCE.

10:36AM  14           THE COURT:  THANK YOU.  IS THIS UNDER 803(6)?

10:36AM  15           MR. LEACH:  YES, YOUR HONOR.

10:36AM  16           THE COURT:  YES.  OBJECTION IS OVERRULED.  IT'S

10:36AM  17   ADMITTED.  AND IT MAY BE PUBLISHED.

10:36AM  18        (GOVERNMENT'S EXHIBIT 5206 WAS RECEIVED IN EVIDENCE.)

10:36AM  19           MR. LEACH:  THANK YOU, YOUR HONOR.

10:36AM  20        MS. WACHS, IF WE CAN ZOOM IN ON THE TOP EMAIL.

10:36AM  21   Q.   MS. SPIVEY, THIS SAYS "HI ELIZABETH/SUNNY,

10:36AM  22        "ATTACHED PLEASE FIND THE LATEST 409A REPORT."

10:36AM  23        DO YOU SEE THAT?

10:36AM  24   A.   YES.

10:36AM  25   Q.   AND 409A IS A REFERENCE TO A PROVISION OF THE INTERNAL

SPIVEY DIRECT BY MR. LEACH                                          1980

10:36AM  1     REVENUE CODE?

10:36AM  2     A.   YES.

10:36AM  3     Q.   AND THIS SAYS, "THE VALUE GOES UP TO $1.56 (FROM $1.44 IN

10:37AM  4     DECEMBER) DUE TO THE LATEST FUNDING IN FEB AND MARCH 2015.  THE

10:37AM  5     PROJECTION IS THE SAME AS THE DECEMBER MODEL."

10:37AM  6          DO YOU SEE THAT?

10:37AM  7     A.   YES.

10:37AM  8     Q.   THE REFERENCE TO THE DECEMBER MODEL -- ARE THESE ARANCA

10:37AM  9     REPORTS THINGS THERANOS WOULD SOLICIT FROM TIME TO TIME?

10:37AM  10    A.   YES.

10:37AM  11    Q.   AND SO THERE'S MORE THAN ONE?

10:37AM  12    A.   YES.

10:37AM  13    Q.   AND IN EACH CASE YOU WOULD PROVIDE INFORMATION TO ARANCA?

10:37AM  14    A.   YES.

10:37AM  15    Q.   AND WOULD THAT INCLUDE HISTORICAL FINANCIAL INFORMATION?

10:37AM  16    A.   YES.

10:37AM  17    Q.   AND WOULD THAT INCLUDE PROJECTIONS ABOUT THE COMPANY'S

10:37AM  18    FUTURE PERFORMANCE?

10:37AM  19    A.   YES.

10:37AM  20    Q.   AND WHERE DID YOU GET THE INFORMATION ABOUT THE COMPANY'S

10:37AM  21    FUTURE PERFORMANCE?  IS THAT INFORMATION THAT YOU PREPARED ON

10:37AM  22    YOUR OWN?

10:37AM  23    A.   NO.  I GOT THIS INFORMATION FROM MS. HOLMES AND

10:37AM  24    MR. BALWANI.

10:38AM  25    Q.   AND THE VALUE GOES UP TO $1.56.  IS $1.56 ARANCA'S

10:38AM  1      ESTIMATION OF THE FAIR MARKET VALUE OF THERANOS SHARES AT THE

10:38AM  2      TIME?

10:38AM  3      A.   YES.

10:38AM  4      Q.   AND IS THAT WHAT YOU USED TO VALUE THE STOCK OPTIONS?

10:38AM  5      A.   YES.

10:38AM  6      Q.   AND LET'S LOOK AT THE REPORT, PLEASE.  IF WE CAN GO TO

10:38AM  7      PAGE 14.

10:38AM  8           DO YOU SEE THE TITLE, AN ARANCA REPORT, MS. SPIVEY?

10:38AM  9      A.   YES.

10:38AM 10      Q.   AND THEN BELOW THAT IT SAYS THERANOS INC., FMV OF COMMON

10:38AM 11      STOCK AS OF MARCH 25, 2015.

10:38AM 12           DO YOU SEE THAT?

10:38AM 13      A.   YES.

10:38AM 14      Q.   AND WHAT DOES FMV STAND FOR?

10:38AM 15      A.   FAIR MARKET VALUE.

10:38AM 16      Q.   AND THERE'S A DATE BENEATH THAT, 6TH APRIL 2015.

10:38AM 17           IS THAT YOUR UNDERSTANDING OF THE DATE THAT ARANCA

10:38AM 18      PREPARED ITS REPORT OR SUBSTANTIALLY COMPLETED ITS REPORT?

10:38AM 19      A.   YES.

10:38AM 20      Q.   OKAY.  LET'S LOOK AT PAGE 17, PLEASE.

10:39AM 21           AND IF WE CAN ZOOM IN, MS. WACHS, ON THE TOP PORTION OF

10:39AM 22      THIS.

10:39AM 23           DO YOU SEE THE HEADING, ENGAGEMENT OVERVIEW, MS. SPIVEY?

10:39AM 24      A.   YES.

10:39AM 25      Q.   AND THEN THERE'S A PARAGRAPH 1.1, BACKGROUND.

SPIVEY DIRECT BY MR. LEACH

10:39AM 1          DO YOU SEE THAT?

10:39AM 2     A.   YES.

10:39AM 3     Q.   AND THIS READS, "ARANCA HAS BEEN ENGAGED BY THERANOS TO

10:39AM 4     CONDUCT VALUATION ANALYSIS OF THE COMPANY AND PREPARE A WRITTEN

10:39AM 5     REPORT TO EXPRESS OUR OPINION ON THE FAIR MARKET VALUE OF ITS

10:39AM 6     COMMON STOCK."

10:39AM 7          DO YOU SEE THAT LANGUAGE?

10:39AM 8     A.   YES.

10:39AM 9     Q.   AND YOU WERE -- WERE YOU ONE OF THE PRIMARY CONTACTS FOR

10:39AM 10    ARANCA IN CONNECTION WITH ITS PREPARATION OF THIS?

10:39AM 11    A.   YES.

10:39AM 12    Q.   AND YOU WOULD PROVIDE DATA TO THEM FROM TIME TO TIME?

10:39AM 13    A.   YES.

10:39AM 14    Q.   OKAY.  LET'S LOOK FURTHER BELOW.

10:40AM 15         DO YOU SEE WHERE -- IN THE FIRST BULLET WHERE IT SAYS, "WE

10:40AM 16    UNDERSTAND THIS REPORT AND ITS CONCLUSIONS WOULD BE USED BY THE

10:40AM 17    COMPANY'S BOARD OF DIRECTORS (AND AUTHORIZED BOARD COMMITTEES)

10:40AM 18    SOLELY IN CONNECTION WITH DETERMINING THE EXERCISE PRICE FOR

10:40AM 19    GRANTING OPTIONS TO ITS EMPLOYEES TO COMPLY WITH IRC SECTION

10:40AM 20    409A."

10:40AM 21         DO YOU SEE THAT?

10:40AM 22    A.   YES.

10:40AM 23    Q.   AND IS THAT YOUR UNDERSTANDING OF THE PURPOSE OF THIS

10:40AM 24    REPORT?

10:40AM 25    A.   YES.

10:40AM 1    Q.   AND IS THAT HOW YOU USED IT IN CONNECTION WITH YOUR WORK?

10:40AM 2    A.   YES.

10:40AM 3    Q.   IN THE FOURTH BULLET IT SAYS, "IN PREPARING OUR ANALYSIS,

10:40AM 4    DANISE YAM, CORPORATE CONTROLLER (MANAGEMENT), PROVIDED

10:40AM 5    INFORMATION REGARDING THERANOS'S BUSINESS, PRODUCTS AND

10:40AM 6    SERVICES, OPERATIONS, PAST PERFORMANCE, AND FINANCIAL RESULTS,

10:40AM 7    FINANCIAL CONDITION, INVESTMENTS AND BUDGETS."

10:41AM 8         DO YOU SEE THAT?

10:41AM 9    A.   YES.

10:41AM 10   Q.   AND IS THAT ACCURATE?

10:41AM 11   A.   YES.

10:41AM 12   Q.   "ARANCA ASSUMES THE INFORMATION PROVIDED AND

10:41AM 13   REPRESENTATIONS MADE ARE ACCURATE AND RELIABLE, AND FAIRLY

10:41AM 14   REPRESENTS THE FINANCIAL POSITION AND PROSPECTS OF THE COMPANY

10:41AM 15   AS ON THE VALUATION DATE."

10:41AM 16        DO YOU SEE THAT?

10:41AM 17   A.   YES.

10:41AM 18   Q.   AND YOU DID YOUR BEST TO PROVIDE ACCURATE AND RELIABLE

10:41AM 19   INFORMATION TO ARANCA; IS THAT FAIR?

10:41AM 20   A.   YES.

10:41AM 21   Q.   LET ME DRAW YOUR ATTENTION TO PAGE -- AND WERE YOU DOING

10:41AM 22   THIS ON YOUR OWN, OR DID YOU GET INFORMATION FROM OTHER

10:41AM 23   SOURCES?

10:41AM 24   A.   I GET -- FOR THE HISTORICAL INFORMATION, I GET IT FROM THE

10:41AM 25   THERANOS ACCOUNTING SYSTEM; AND FOR THE PROJECTION PIECE, I GOT

10:41AM   1    THE INFORMATION FROM MR. BALWANI AND ELIZABETH HOLMES.  AND

10:41AM   2    BASED ON THE INFORMATION THAT THEY PROVIDE, I PREPARED A

10:41AM   3    FINANCIAL STATEMENT.

10:42AM   4    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 19 OF THE EXHIBIT.

10:42AM   5         THE COURT:  BEFORE YOU BEGIN EXAMINATION, LET ME

10:42AM   6    JUST -- FOLKS, WHY DON'T YOU STAND UP AND TAKE A STRETCH FOR

10:42AM   7    JUST A MOMENT.

10:42AM   8       (STRETCHING.)

10:42AM   9         THE COURT:  THANK YOU, MR. LEACH.  SORRY FOR THE

10:42AM  10    INTERRUPTION.

10:42AM  11         MR. LEACH:  THANK YOU, LADIES AND GENTLEMEN.

10:42AM  12    Q.   MS. SPIVEY, WE PUT ON THE SCREEN PARAGRAPH 1.4, SCOPE OF

10:43AM  13    ANALYSIS.

10:43AM  14       DO YOU SEE THAT?

10:43AM  15    A.   YES.

10:43AM  16    Q.   AND DO YOU SEE WHERE IT SAYS, "DURING THE COURSE OF OUR

10:43AM  17    VALUATION ANALYSIS, WE HAVE CONDUCTED LIMITED REVIEWS,

10:43AM  18    INQUIRIES, INTERVIEWS, DISCUSSIONS, AND ANALYSES, WHICH, IN OUR

10:43AM  19    OPINION, WERE DEEMED TO BE APPROPRIATE FOR THIS VALUATION

10:43AM  20    ANALYSIS."

10:43AM  21       DO YOU SEE THAT LANGUAGE?

10:43AM  22    A.   YES.

10:43AM  23    Q.   AND DID THAT INCLUDE DISCUSSIONS AND INTERVIEWS WITH

10:43AM  24    MEMBERS OF THERANOS'S SENIOR MANAGEMENT?

10:43AM  25    A.   I WAS THE MAIN CONTACT.

SPIVEY DIRECT BY MR. LEACH                                    1985

10:43AM   1    Q.   OKAY.  DO YOU KNOW WHETHER MS. HOLMES OR MR. BALWANI HAD

10:43AM   2    CONTACT WITH ARANCA?

10:43AM   3    A.   NOT THAT I WAS AWARE.

10:43AM   4    Q.   OKAY.  IN PARAGRAPH 2 IT SAYS, "REVIEW OF FINANCIAL

10:43AM   5    STATEMENTS FOR FINANCIAL YEARS DECEMBER 31ST, 2011, THROUGH

10:43AM   6    DECEMBER 31ST, 2014."

10:43AM   7         IS THAT DATA THAT YOU PROVIDED TO ARANCA?

10:43AM   8    A.   YES.

10:43AM   9    Q.   AND THAT'S FROM THE HISTORICAL FINANCIAL ACCOUNTING

10:43AM  10    RECORDS?

10:43AM  11    A.   YES.

10:43AM  12    Q.   AND THEN IN 3 IT SAYS, "REVIEW OF FORECASTED FINANCIAL

10:44AM  13    STATEMENTS FOR FINANCIAL YEARS ENDING 2015 THROUGH 2018."

10:44AM  14         IS THAT THE INFORMATION THAT YOU GOT FROM MS. HOLMES AND

10:44AM  15    MR. BALWANI?

10:44AM  16    A.   YES.

10:44AM  17    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO PARAGRAPH, OR

10:44AM  18    PAGE 67.  I'M SORRY, PAGE 42.

10:44AM  19         DO YOU SEE PARAGRAPH 4.3, MS. SPIVEY?

10:44AM  20    A.   YES.

10:44AM  21    Q.   AND THIS IS TITLED INCOME STATEMENT?

10:44AM  22    A.   YES.

10:44AM  23    Q.   AND IT SAYS, "BASED ON THE REVENUE AND EXPENSE PROJECTIONS

10:45AM  24    BELOW IS THE ESTIMATED INCOME STATEMENT FOR THERANOS."

10:45AM  25         DO YOU SEE THAT?

10:45AM  1    A.   YES.

10:45AM  2    Q.   OKAY.  AND THEN THERE'S A LINE FOR REVENUES.

10:45AM  3         DO YOU SEE THAT?

10:45AM  4    A.   YES.

10:45AM  5    Q.   AND THERE'S A LINE FY-F, FY-F ABOVE SOME OF THE NUMBERS.

10:45AM  6         DO YOU KNOW WHAT FY-F REFERS TO?

10:45AM  7    A.   FOUR-YEAR FORECAST.

10:45AM  8    Q.   SO THE F STANDS FOR FORECASTED?

10:45AM  9    A.   YES.

10:45AM  10   Q.   AND SO THESE ARE NOT NUMBERS THAT THE COMPANY HAS

10:45AM  11   ACCOMPLISHED, THIS IS SOMETHING IN THE FUTURE?

10:45AM  12   A.   YES.

10:45AM  13   Q.   OKAY.  AND THERE'S A PROJECTION FOR 2015, DECEMBER 15TH,

10:45AM  14   $113,452.

10:45AM  15        DO YOU SEE THAT?

10:45AM  16   A.   YES.

10:45AM  17   Q.   IS THAT A NUMBER YOU PROVIDED TO ARANCA?

10:45AM  18   A.   YES.

10:45AM  19   Q.   AND WHERE DID YOU GET THAT NUMBER?

10:46AM  20   A.   EITHER FROM MS. HOLMES OR MR. BALWANI.

10:46AM  21   Q.   AND THEN THERE ARE SOME NUMBERS TO THE RIGHT, 223 MILLION

10:46AM  22   FOR 2016, 323 MILLION FOR 2017, AND 503 MILLION FOR 2018.

10:46AM  23        DO YOU SEE THAT?

10:46AM  24   A.   YES.

10:46AM  25   Q.   AND WHERE DID YOU GET THOSE NUMBERS?

10:46AM  1    A.    IT'S EITHER FROM MS. HOLMES OR MR. BALWANI.

10:46AM  2    Q.    OKAY.  LET ME DRAW YOUR ATTENTION TO PAGE 67.

10:46AM  3          IF WE CAN ZOOM IN ON THE TOP PART, MS. WACHS.

10:46AM  4          DO YOU SEE WHERE IT SAYS 7.2 HISTORICAL FINANCIALS?

10:46AM  5    A.    YES.

10:46AM  6    Q.    AND THERE'S AN INCOME STATEMENT FOR THE TIME PERIODS 2011,

10:46AM  7    2012, 2013, 2014.

10:47AM  8          DO YOU SEE THAT?

10:47AM  9    A.    YES.

10:47AM  10   Q.    AND IS THIS DATA THAT YOU PROVIDED TO ARANCA?

10:47AM  11   A.    YES.

10:47AM  12   Q.    AND WE TALKED A LITTLE BIT ABOUT 2011, 2012, AND 2013.

10:47AM  13         I WANT TO FOCUS ON THE COLUMN 2014.  THERE'S A LINE FY-A.

10:47AM  14         DO YOU SEE THAT?

10:47AM  15   A.    YES.

10:47AM  16   Q.    AND WHAT DOES THE "A" STAND FOR?

10:47AM  17   A.    ACTUAL.

10:47AM  18   Q.    SO THIS IS WHAT THERANOS ACTUALLY ACCOMPLISHED IN THAT

10:47AM  19   TIME PERIOD?

10:47AM  20   A.    YES.

10:47AM  21   Q.    AND THE NUMBER FOR REVENUE IS 150.

10:47AM  22         DO YOU SEE THAT?

10:47AM  23   A.    YES.

10:47AM  24   Q.    AND IS THAT 150,000?

10:47AM  25   A.    YES.

10:47AM 1    Q.   AND TO YOUR KNOWLEDGE, IS THAT THE REVENUE THAT THERANOS

10:47AM 2    ACHIEVED FOR THAT TIME PERIOD?

10:47AM 3    A.   YES.

10:47AM 4    Q.   AND TO THE RIGHT THERE'S MARCH 15, TWO-MONTH A.

10:47AM 5         DO YOU SEE THAT?

10:47AM 6    A.   YES.

10:47AM 7    Q.   AND IS THAT THE ACTUAL REVENUE FOR THE FIRST TWO MONTHS OF

10:47AM 8    THE TIME PERIOD 2015?

10:47AM 9    A.   YES.

10:47AM 10   Q.   AND THERE'S A NUMBER 14 THERE.  IS THAT NUMBER $14,000?

10:48AM 11   A.   YES.

10:48AM 12   Q.   OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS.

10:48AM 13        I WANT TO FOCUS ON THE TIME PERIOD 2015, MS. SPIVEY, AND

10:48AM 14   DRAW YOUR ATTENTION TO EXHIBIT 3233, WHICH SHOULD BE IN

10:48AM 15   VOLUME 1.

10:48AM 16        DO YOU HAVE EXHIBIT 3233 IN FRONT OF YOU, MS. SPIVEY?

10:48AM 17   A.   YES.

10:48AM 18   Q.   AND IS THIS A TRUE AND CORRECT COPY OF THERANOS'S TAX

10:48AM 19   RETURN FOR THE YEAR ENDED 2015?

10:48AM 20   A.   YES.

10:48AM 21   Q.   AND DID YOU PROVIDE INFORMATION TO THE TAX ACCOUNTANTS SO

10:49AM 22   THAT THEY COULD PREPARE THIS ON THERANOS'S BEHALF?

10:49AM 23   A.   YES.

10:49AM 24   Q.   AND DID YOU KEEP THIS IN THE REGULAR COURSE OF BUSINESS?

10:49AM 25   A.   YES.

10:49AM   1    Q.   AND WAS IT PREPARED BY INFORMATION DRAWN FROM YOUR

10:49AM   2    ACCOUNTING SYSTEM?

10:49AM   3    A.   YES.

10:49AM   4    Q.   AND TO THE BEST OF YOUR KNOWLEDGE, DOES IT ACCURATELY

10:49AM   5    REPRESENT THE COMPANY'S FINANCIAL CONDITION AS OF 2015?

10:49AM   6    A.   YES.

10:49AM   7         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

10:49AM   8    EXHIBIT 3233.

10:49AM   9         MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

10:49AM  10    SHE DIDN'T PREPARE IT.

10:49AM  11         THE COURT:  OVERRULED.  803(6).  AND IT MAY BE

10:49AM  12    PUBLISHED.

10:49AM  13         (GOVERNMENT'S EXHIBIT 3233 WAS RECEIVED IN EVIDENCE.)

10:49AM  14    BY MR. LEACH:

10:49AM  15    Q.   LET ME DRAW YOUR ATTENTION, MS. SPIVEY, TO THE FIRST PAGE

10:49AM  16    OF THE DOCUMENT.  UP AT THE TOP IT SAYS MOSS ADAMS LLP.

10:49AM  17         DO YOU SEE THAT?

10:49AM  18    A.   YES.

10:49AM  19    Q.   AND WHO IS MOSS ADAMS LLP?

10:49AM  20    A.   THAT'S THE ACCOUNTING FIRM THAT PREPARED THE INCOME TAX

10:50AM  21    RETURN FOR THERANOS.

10:50AM  22    Q.   OKAY.  AND YOU WORKED CLOSELY WITH THEM IN PROVIDING

10:50AM  23    INFORMATION SO THAT THEY COULD PREPARE THIS?

10:50AM  24    A.   YES.

10:50AM  25    Q.   OKAY.  AND DO YOU SEE THAT IT SAYS THERANOS INC. AND

SPIVEY DIRECT BY MR. LEACH

10:50AM  1    SUBSIDIARY.

10:50AM  2         IT GOES ON FOR THE YEAR DECEMBER 31ST, 2015.

10:50AM  3         DO YOU SEE THAT?

10:50AM  4    A.   YES.

10:50AM  5    Q.   AND LET'S LOOK AT PAGE 4.

10:50AM  6         DO YOU SEE THE HEADING U.S. CORPORATION INCOME TAX RETURN

10:50AM  7    AT THE TOP?

10:50AM  8    A.   YES.

10:50AM  9    Q.   AND THEN IN PARAGRAPH, OR THE FIRST TOP OF THIS THERE'S,

10:50AM  10   TO THE LEFT, THE WORD INCOME WRITTEN PERPENDICULAR TO SOME OF

10:50AM  11   THE OTHER TEXTS.

10:50AM  12        DO YOU SEE THAT?  LINES 1 THROUGH 11.  I'M LOOKING AT THE

10:50AM  13   FAR LEFT WHERE IT SAYS INCOME.

10:50AM  14   A.   YES.

10:50AM  15   Q.   OKAY.  AND IN LINE 1C, OR 1A, IT SAYS GROSS RECEIPTS OR

10:51AM  16   SALES.

10:51AM  17        DO YOU SEE THAT?

10:51AM  18   A.   YES.

10:51AM  19   Q.   AND WHAT WAS THE AMOUNT OF GROSS RECEIPTS OR SALES THAT

10:51AM  20   THERANOS REPORTED TO THE I.R.S. FOR 2015?

10:51AM  21   A.   $429,210.

10:51AM  22   Q.   AND IS GROSS RECEIPTS OR SALES, DOES THAT HAVE SOME

10:51AM  23   RELATION TO REVENUE?

10:51AM  24   A.   YES.

10:51AM  25   Q.   HOW SO?

10:51AM  1    A.   UM, THAT'S THE REVENUE FOR TAX PURPOSES.

10:51AM  2    Q.   OKAY.  AND THEN IN THE LINE NUMBER 5, INTEREST, IT APPEARS

10:51AM  3    THAT THERE'S AN ENTRY FOR $1,515,738.

10:51AM  4         DO YOU SEE THAT?

10:51AM  5    A.   YES.

10:51AM  6    Q.   AND IS THAT THE AMOUNT OF INTEREST INCOME THAT THERANOS

10:51AM  7    REPORTED TO THE I.R.S.?

10:51AM  8    A.   YES.

10:51AM  9    Q.   OKAY.  AND THEN IN LINE 11, DO YOU SEE TOTAL INCOME?

10:51AM  10   A.   YES.

10:51AM  11   Q.   AND THE TOTAL INCOME THAT THERANOS REPORTED FOR 2015 WAS

10:51AM  12   $1,944,948.

10:52AM  13        DO YOU SEE THAT?

10:52AM  14   A.   YES.

10:52AM  15   Q.   OKAY.  LET'S LOOK AT PAGE 8.

10:52AM  16        DO YOU SEE THE HEADING SCHEDULE L BALANCE SHEETS PER BOOKS

10:52AM  17   UP AT THE TOP?

10:52AM  18   A.   YES.

10:52AM  19   Q.   AND I WANT TO FOCUS ON THE LINE FOR RETAINED EARNINGS,

10:52AM  20   LINE 25.

10:52AM  21        WHAT IS RETAINED EARNINGS?

10:52AM  22   A.   IT'S THE SAME AS ACCUMULATED DEFICITS.  IT'S THE LOSSES

10:52AM  23   THAT THE COMPANY INCURRED FOR ITS ENTIRE EXISTENCE.

10:52AM  24   Q.   SO FOR YOUR FINANCIAL STATEMENT, YOU USED THE WORD

10:52AM  25   "ACCUMULATED DEFICIT," AND IN THE TAX RETURN IT'S "RETAINED

10:52AM   1    EARNINGS"?

10:52AM   2    A.   YES.

10:52AM   3    Q.   AND WHAT WAS THE AMOUNT OF RETAINED EARNINGS FOR THE END

10:52AM   4    OF 2015?

10:53AM   5    A.   IT'S ABOUT 585 MILLION.

10:53AM   6    Q.   OKAY.   THAT'S THE TOTAL LOSS OF THE COMPANY THROUGHOUT ITS

10:53AM   7    EXISTENCE?

10:53AM   8    A.   YES.

10:53AM   9    Q.   OKAY.   WE'VE TALKED -- WE'VE BEEN TALKING, MS. SPIVEY,

10:53AM   10   ABOUT THE TOTAL REVENUE THAT THERANOS HAD FOR PARTICULAR TIME

10:53AM   11   PERIODS.

10:53AM   12       I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THE TYPES OF

10:53AM   13   REVENUE THAT IT HAD OR THE SOURCE OF REVENUE THAT IT HAD.

10:53AM   14       DID THERANOS RECORD ANY REVENUE FROM BUSINESS WITH

10:53AM   15   HOSPITALS?

10:53AM   16   A.   NO.

10:53AM   17   Q.   AND DID THERANOS RECORD ANY REVENUE FROM BUSINESS WITH

10:53AM   18   PHYSICIAN OFFICES?

10:53AM   19   A.   NO.

10:53AM   20   Q.   DID THERANOS EVER RECORD ANY REVENUE FROM A RELATIONSHIP

10:53AM   21   WITH SAFEWAY?

10:53AM   22   A.   NO.

10:53AM   23   Q.   DID THERANOS EVER RECORD ANY REVENUE FROM A RELATIONSHIP

10:53AM   24   WITH WALGREENS?

10:54AM   25   A.   NO.

SPIVEY DIRECT BY MR. LEACH                                    1993

10:54AM  1    Q.   WHAT WAS THE PRIMARY SOURCE OF REVENUE THAT WE'VE BEEN

10:54AM  2    LOOKING AT SO FAR?

10:54AM  3    A.   FROM STUDIES WITH PHARMACEUTICAL COMPANIES.

10:54AM  4    Q.   OKAY.  LET ME DRAW -- LET ME DRAW YOUR ATTENTION TO

10:54AM  5    EXHIBIT 7753, WHICH SHOULD BE IN VOLUME 2.

10:54AM  6         IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

10:54AM  7    IN OR ABOUT NOVEMBER OF 2016?

10:55AM  8    A.   YES.

10:55AM  9    Q.   AND IN THE SUBSTANCE IT SAYS, "ATTACHED ARE CERTAIN

10:55AM 10    DOCUMENTS."

10:55AM 11         DO YOU SEE THAT?

10:55AM 12    A.   YES.  YES.

10:55AM 13    Q.   OKAY.  DO THE ATTACHMENTS REPRESENT CONTRACTS THAT

10:55AM 14    THERANOS -- INCLUDE CONTRACTS THAT THERANOS HAD WITH

10:55AM 15    PHARMACEUTICAL COMPANIES?

10:55AM 16    A.   YES.

10:55AM 17    Q.   AND DOES THE ATTACHMENT INCLUDE A SUMMARY THAT YOU

10:55AM 18    PREPARED SUMMARIZING RECEIPTS THAT THERANOS HAD FROM VARIOUS

10:55AM 19    PHARMACEUTICAL COMPANIES?

10:55AM 20    A.   YES.

10:55AM 21    Q.   AND DID YOU PREPARE THAT BASED ON INFORMATION FROM

10:55AM 22    THERANOS'S BOOKS AND RECORDS?

10:55AM 23    A.   YES.

10:55AM 24    Q.   AND DID YOU DO YOUR BEST TO PREPARE AN ACCURATE SUMMARY?

10:55AM 25    A.   YES.

10:55AM  1    Q.   OKAY.

10:55AM  2         YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 7753.

10:55AM  3              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:55AM  4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:55AM  5         (DEFENDANT'S EXHIBIT 7753 WAS RECEIVED IN EVIDENCE.)

10:56AM  6              MR. LEACH:  MS. WACHS, IF WE CAN DRAW UP THE SECOND

10:56AM  7    ATTACHMENT IN NATIVE FORMAT.

10:56AM  8    Q.   MS. SPIVEY, IS THIS A TRUE AND CORRECT COPY OF A SUMMARY

10:56AM  9    THAT YOU PREPARED OF THERANOS'S RELATIONSHIP WITH

10:56AM  10   PHARMACEUTICAL COMPANIES?

10:56AM  11   A.   YES.

10:56AM  12   Q.   AND IS IT YOUR BEST EFFORT TO REPORT RECEIPTS IN DIFFERENT

10:56AM  13   PERIODS OF TIME?

10:56AM  14   A.   YES.

10:56AM  15   Q.   OKAY.  I WANT TO START WITH COLUMN A GOING FROM THE

10:56AM  16   BOTTOM.  THERE'S SCHERING-PLOUGH RESEARCH.

10:56AM  17        DO YOU SEE THAT?

10:56AM  18   A.   YES.

10:56AM  19   Q.   IS THAT ONE OF THE PHARMACEUTICAL COMPANIES THAT THERANOS

10:56AM  20   RECEIVED MONEY FROM?

10:56AM  21   A.   YES.

10:56AM  22   Q.   AND GOING UP, PFIZER INC.

10:56AM  23        DO YOU SEE THAT?

10:56AM  24   A.   YES.

10:56AM  25   Q.   IS THAT ANOTHER ONE OF THE PHARMACEUTICAL COMPANIES THAT

10:57AM  1     THERANOS DID SOME BUSINESS WITH?

10:57AM  2     A.   YES.

10:57AM  3     Q.   AND GOING UP BETWEEN 11 AND 6, ARE THOSE ADDITIONAL

10:57AM  4     PHARMACEUTICAL COMPANIES?

10:57AM  5     A.   YES.

10:57AM  6     Q.   OKAY.  THERE'S A LINE FOR AMERICAN BURN ASSOCIATION.

10:57AM  7          DO YOU SEE THAT?

10:57AM  8     A.   YES.

10:57AM  9     Q.   AND WHAT DOES THAT REFER TO?

10:57AM  10    A.   WHAT DOES THAT REFER TO?  IT'S ANOTHER CUSTOMER.

10:57AM  11    Q.   OKAY.  IN ROW 4, AS WE GO TO THE RIGHT, THERE'S SOME

10:57AM  12    NUMBERS, 2007/5, 2008/8, 2008/10.

10:57AM  13         DO YOU SEE THAT?

10:57AM  14    A.   YES.

10:57AM  15    Q.   AND WHAT DO THOSE NUMBERS REPRESENT?

10:57AM  16    A.   THE YEAR AND THE MONTH.

10:57AM  17    Q.   THE YEAR AND THE MONTH THAT THE MONEY WAS RECEIVED?

10:57AM  18    A.   YES.

10:57AM  19    Q.   OKAY.  SO DOES THIS MEAN THAT IN MAY OF 2007 THERANOS

10:58AM  20    RECEIVED $500,000 FROM PFIZER?

10:58AM  21    A.   YES.

10:58AM  22    Q.   AND THEN IN LINE 14 THERE'S A GRAND TOTAL.

10:58AM  23         DO YOU SEE THAT?

10:58AM  24    A.   YES.

10:58AM  25    Q.   IS THAT THE TOTAL AMOUNT OF MONEY THERANOS RECEIVED IN

10:58AM 1    THAT TIME PERIOD?

10:58AM 2    A.   YES.

10:58AM 3    Q.   OKAY.  LET'S ZOOM TO THE RIGHT, MS. WACHS, IF WE COULD.

10:58AM 4    LET'S INCLUDE COLUMN M IF WE CAN.

10:58AM 5        DO YOU SEE COLUMN M HAS 2009/12?

10:58AM 6    A.   YES.

10:58AM 7    Q.   IS THAT DECEMBER OF 2009?

10:58AM 8    A.   YES.

10:58AM 9    Q.   AND THIS REFLECTS THAT THERANOS RECEIVED $250,000 FROM

10:58AM 10   CELGENE IN THAT TIME PERIOD?

10:58AM 11   A.   YES.

10:58AM 12   Q.   OKAY.  AND AS WE MOVE TO THE RIGHT, DO YOU SEE THE NUMBERS

10:58AM 13   GOING TO 2010, 2011, AND THEN IN COLUMN V UP TO 2014?

10:58AM 14       DO YOU SEE THAT?

10:59AM 15   A.   YES.

10:59AM 16   Q.   DOES THAT MEAN THAT THERANOS RECEIVED NO MONEY FROM

10:59AM 17   PHARMACEUTICAL COMPANIES BETWEEN 2011 -- JUNE OF 2011 AND

10:59AM 18   OCTOBER OF 2014?

10:59AM 19   A.   YES.

10:59AM 20   Q.   AND IT RECEIVED NO MONEY AFTER OCTOBER OF 2014?

10:59AM 21   A.   CORRECT.

10:59AM 22   Q.   OKAY.  AND IN COLUMN U THERE'S A GRAND TOTAL -- OR W,

10:59AM 23   THERE'S A COLUMN GRAND TOTAL.

10:59AM 24       DO YOU SEE THAT?

10:59AM 25   A.   YES.

10:59AM  1     Q.   AND WHAT DOES THAT COLUMN REPRESENT?

10:59AM  2     A.   THAT'S THE TOTAL MONEY THAT THERANOS RECEIVED FROM EACH OF

10:59AM  3     THESE CUSTOMERS.

10:59AM  4     Q.   AND WITH THE EXCEPTION OF THE $38,000 IT RECEIVED FROM THE

10:59AM  5     AMERICAN BURN ASSOCIATION IN OCTOBER OF 2014, WOULD ALL OF THAT

10:59AM  6     MONEY HAVE BEEN 2011 AND BEFORE?

10:59AM  7     A.   YES.

10:59AM  8     Q.   OKAY.

10:59AM  9          YOUR HONOR, I SEE IT'S 11:00 O'CLOCK.  THIS MIGHT BE A

11:00AM  10    CONVENIENT TIME FOR A BREAK.

11:00AM  11          THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING

11:00AM  12    BREAK, LADIES AND GENTLEMEN.  LET'S TAKE OUR MORNING BREAK OF

11:00AM  13    30 MINUTES.

11:00AM  14         (RECESS FROM 11:00 A.M. UNTIL 11:34 A.M.)

11:34AM  15          THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

11:34AM  16    ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

11:34AM  17         OUR JURY AND ALTERNATES ARE PRESENT.

11:34AM  18         MS. SPIVEY, IF YOU COULD RETURN TO THE STAND.  THANK YOU.

11:35AM  19         MR. LEACH, YOU'D LIKE TO CONTINUE YOUR EXAMINATION?

11:35AM  20    PLEASE.

11:35AM  21    BY MR. LEACH:

11:35AM  22    Q.   GOOD MORNING, AGAIN, MS. SPIVEY.

11:35AM  23         WOULD YOU PLEASE TURN IN YOUR BINDER NUMBER 2 TO WHAT HAS

11:35AM  24    BEEN MARKED 5780.

11:35AM  25         THIS SHOULD BE IN VOLUME 2.  DO YOU HAVE 5780 IN FRONT OF

11:35AM  1    YOU?

11:35AM  2    A.   YES.

11:35AM  3    Q.   AND IS THIS A TRUE AND CORRECT COPY OF A BANK STATEMENT

11:35AM  4    FROM COMERICA BANK FROM THE TIME PERIOD AUGUST 1ST, 2013, TO

11:35AM  5    AUGUST 31ST, 2013?

11:35AM  6    A.   YES.

11:35AM  7    Q.   AND THERANOS MAINTAINED A CHECKING ACCOUNT WITH COMERICA

11:36AM  8    DURING THIS TIME PERIOD?

11:36AM  9    A.   YES.

11:36AM  10   Q.   AND DID THERANOS MAINTAIN BANK RECORDS SUCH AS THIS DURING

11:36AM  11   THE ORDINARY COURSE OF BUSINESS?

11:36AM  12   A.   YES.

11:36AM  13   Q.   AND DID YOU USE THE DATA IN HERE TO PREPARE THERANOS'S

11:36AM  14   FINANCIAL STATEMENTS AND OTHER ACCOUNTING DOCUMENTS?

11:36AM  15   A.   YES.

11:36AM  16        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:36AM  17   EXHIBIT 5780.

11:36AM  18        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:36AM  19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:36AM  20      (GOVERNMENT'S EXHIBIT 5780 WAS RECEIVED IN EVIDENCE.)

11:36AM  21        MR. LEACH:  AND LET'S START WITH PAGE 1, IF WE

11:36AM  22   COULD, MS. WACHS.

11:36AM  23        THANK YOU.

11:36AM  24   Q.   DO YOU SEE THE NAME THERANOS INC. CHECKING ACCOUNT,

11:36AM  25   1601 SOUTH CALIFORNIA AVENUE IN THE UPPER RIGHT-HAND CORNER,

11:36AM  1    MS. SPIVEY?

11:36AM  2    A.   YES.

11:36AM  3    Q.   AND THAT WAS THERANOS'S HEADQUARTERS AT THE TIME?

11:36AM  4    A.   YES.

11:36AM  5    Q.   AND DO YOU SEE THIS IS A STATEMENT FOR THE TIME PERIOD

11:36AM  6    AUGUST OF 2013 OVER ON THE RIGHT?

11:37AM  7    A.   YES.

11:37AM  8    Q.   AND THERE'S A BEGINNING BALANCE OF $6,029,663.58?

11:37AM  9    A.   YES.

11:37AM  10   Q.   AND I WANT TO DRAW YOUR ATTENTION TO SOME OF THE DEPOSITS

11:37AM  11   FOR THIS TIME PERIOD.

11:37AM  12       IF WE CAN LOOK AT PAGE 2, PLEASE.  AND IF WE CAN ZOOM IN

11:37AM  13   UP ON THE TOP.

11:37AM  14       DO YOU SEE, MS. SPIVEY, THAT ON AUGUST 2ND THERE'S A

11:37AM  15   $2 MILLION ENTRY FOR A WIRE ASSOCIATED WITH RICHARD M. KOVA?

11:37AM  16       DO YOU SEE THAT?

11:37AM  17   A.   YES.

11:37AM  18   Q.   AND WAS SOMEONE NAMED RICHARD KOVACEVICH A MEMBER OF

11:37AM  19   THERANOS'S BOARD OF DIRECTORS AT THE TIME?

11:37AM  20   A.   YES.

11:37AM  21   Q.   AND DO YOU BELIEVE THAT TO BE AN INVESTMENT BY

11:37AM  22   MR. KOVACEVICH?

11:37AM  23   A.   YES.

11:37AM  24   Q.   AND THERE'S ALSO A WIRE BENEATH THAT FOR 20 MILLION FROM

11:38AM  25   THERANOS INC.

SPIVEY DIRECT BY MR. LEACH                                        2000

11:38AM   1            DO YOU SEE THAT?

11:38AM   2      A.   YES.

11:38AM   3      Q.   IS $20 MILLION THE AMOUNT OF MONEY THAT THERANOS

11:38AM   4      TRANSFERRED FROM ITS FIDELITY ACCOUNT IN ORDER TO REFUND MONEY

11:38AM   5      TO ONE OF THE INSURANCE COMPANIES?

11:38AM   6      A.   I BELIEVE SO.

11:38AM   7      Q.   OKAY.  LET'S LOOK AT PAGE 8.  EXCUSE ME.  PAGE 9.

11:38AM   8            AND I WANT TO FOCUS ON SOME OF THE ELECTRONIC WITHDRAWALS

11:38AM   9      FROM THIS TIME PERIOD.

11:38AM  10            DO YOU SEE ABOUT A THIRD OF THE WAY DOWN ON AUGUST 21ST

11:38AM  11      THERE'S A NEGATIVE ENTRY FOR $18,500,000?

11:38AM  12      A.   YES.

11:38AM  13      Q.   OKAY.  AND THAT'S ASSOCIATED WITH A WIRE TO BLUE CROSS,

11:38AM  14      AND.

11:38AM  15            DO YOU SEE THAT?

11:38AM  16      A.   YES.

11:38AM  17      Q.   AND DO YOU BELIEVE THAT TO BE THE $18 MILLION REFUND THAT

11:38AM  18      WE WERE LOOKING AT IN THE PRIOR EXHIBIT?

11:38AM  19      A.   YES.

11:38AM  20      Q.   AND WAS BLUE CROSS, BLUE SHIELD OF NORTH CAROLINA ONE OF

11:39AM  21      THE INSURANCE COMPANIES THAT THERANOS HAD RECEIVED MONEY FROM?

11:39AM  22      A.   YES.

11:39AM  23      Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 5781.

11:39AM  24            IS THIS A COPY OF A STATEMENT FROM COMERICA FOR THE

11:39AM  25      TIME -- I'M SORRY.

11:39AM   1        DO YOU HAVE THAT IN FRONT OF YOU?

11:39AM   2   A.   YES.

11:39AM   3   Q.   OKAY.  IS THIS A COPY OF A STATEMENT FOR THERANOS'S

11:39AM   4   CHECKING ACCOUNT FOR THE TIME PERIOD SEPTEMBER 1ST, 2013,

11:39AM   5   THROUGH SEPTEMBER 30TH, 2013?

11:39AM   6   A.   YES.

11:39AM   7        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:39AM   8   EXHIBIT 5781.

11:39AM   9        MR. COOPERSMITH:  NO OBJECTION.

11:39AM  10        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:39AM  11        (GOVERNMENT'S EXHIBIT 5781 WAS RECEIVED IN EVIDENCE.)

11:40AM  12   BY MR. LEACH:

11:40AM  13   Q.   MS. SPIVEY, IF I COULD DRAW YOUR ATTENTION TO PAGE 2, AND

11:40AM  14   SPECIFICALLY THE TOP PART OF THE DOCUMENT UNDER ELECTRONIC

11:40AM  15   DEPOSITS THIS STATEMENT PERIOD.

11:40AM  16        DO YOU SEE THE ENTRY FOR $7 MILLION, MS. SPIVEY?

11:40AM  17   A.   YES.

11:40AM  18   Q.   AND THAT'S FROM THERANOS INC.?

11:40AM  19   A.   YES.

11:40AM  20   Q.   IS THAT MONEY THERANOS IS TRANSFERRING BETWEEN ITS

11:40AM  21   DIFFERENT ACCOUNTS?

11:40AM  22   A.   YES.

11:40AM  23   Q.   OKAY.  BENEATH THAT THERE'S AN ENTRY OF 15 MILLION FOR

11:40AM  24   PEER VENTURES.

11:40AM  25        DO YOU SEE THAT?

11:40AM 1    A.   YES.

11:40AM 2    Q.   AND DO YOU RECOGNIZE THE NAME PEER VENTURES?

11:40AM 3    A.   YES.

11:40AM 4    Q.   AND WHAT IS THAT?

11:40AM 5    A.   IT'S AN INVESTOR.

11:40AM 6    Q.   DO YOU BELIEVE THAT TO BE AN INVESTMENT BY PEER VENTURES?

11:40AM 7    A.   YES.

11:40AM 8    Q.   AND THEN BENEATH THAT THERE'S TWO ENTRIES BY

11:40AM 9    LUCAS VENTURE.

11:40AM 10        DO YOU SEE THAT?

11:40AM 11   A.   YES.

11:40AM 12   Q.   AND WHAT IS LUCAS VENTURE?

11:40AM 13   A.   IT'S ANOTHER INVESTOR.

11:41AM 14   Q.   AND DO YOU BELIEVE THESE AMOUNTS TO BE INVESTMENTS IN

11:41AM 15   THERANOS?

11:41AM 16   A.   YES.

11:41AM 17   Q.   OKAY.  IF YOU COULD TURN IN YOUR BINDER TO 5783.

11:41AM 18        IS THIS A TRUE AND CORRECT COPY OF A STATEMENT FROM

11:41AM 19   COMERICA FOR THE TIME PERIOD DECEMBER OF 2013?

11:41AM 20   A.   YES.

11:41AM 21        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:41AM 22   EXHIBIT 5783.

11:41AM 23        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:41AM 24        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:41AM 25        (GOVERNMENT'S EXHIBIT 5783 WAS RECEIVED IN EVIDENCE.)

SPIVEY DIRECT BY MR. LEACH                                    2003

11:41AM   1    BY MR. LEACH:

11:41AM   2    Q.   AND LET ME DRAW YOUR ATTENTION TO PAGE 2, MS. SPIVEY, AND

11:41AM   3    WE CAN ZOOM IN ON THE PORTION FOR ELECTRONIC DEPOSITS.

11:41AM   4         I DRAW YOUR ATTENTION TO THE AMOUNT $99,990 FOR

11:42AM   5    DECEMBER 30TH.

11:42AM   6         DO YOU SEE THAT?

11:42AM   7    A.   YES.

11:42AM   8    Q.   AND THIS APPEARS TO BE ASSOCIATED WITH ALAN JAY EISEN.

11:42AM   9         DO YOU SEE THAT?

11:42AM  10    A.   YES.

11:42AM  11    Q.   AND ARE YOU FAMILIAR WITH SOMEONE NAMED ALAN EISENMAN?

11:42AM  12    A.   YES.

11:42AM  13    Q.   AND WAS HE AN INVESTOR IN THERANOS?

11:42AM  14    A.   YES.

11:42AM  15    Q.   AND DO YOU BELIEVE THIS TO MEMORIALIZE AN INVESTMENT BY

11:42AM  16    MR. EISENMAN IN THERANOS?

11:42AM  17    A.   YES.

11:42AM  18    Q.   AND BENEATH THAT THERE'S A REFERENCE TO BLACK DIAMOND ON

11:42AM  19    DECEMBER 31ST FOR $5,349,900.

11:42AM  20         DO YOU SEE THAT?

11:42AM  21    A.   YES.

11:42AM  22    Q.   AND ARE YOU FAMILIAR WITH THE NAME BLACK DIAMOND?

11:42AM  23    A.   YES.

11:42AM  24    Q.   IS THAT ANOTHER INVESTOR IN THERANOS?

11:42AM  25    A.   YES.

11:42AM   1    Q.   MS. SPIVEY, WOULD YOU MIND PULLING THE MICROPHONE A LITTLE

11:42AM   2    CLOSER TO YOU JUST SO WE CAN MAKE SURE THAT BOTH YOU AND ME ARE

11:42AM   3    HEARD?  THANK YOU SO MUCH.

11:42AM   4         AND THEN THERE'S, BENEATH THAT, AN ENTRY FOR 4,875,000

11:42AM   5    RELATED TO HALL PHOENIX?

11:43AM   6         DO YOU SEE THAT?

11:43AM   7    A.   YES.

11:43AM   8    Q.   ARE YOU FAMILIAR WITH HALL PHOENIX?

11:43AM   9    A.   YES.

11:43AM   10   Q.   IS THAT ANOTHER INVESTOR IN THERANOS?

11:43AM   11   A.   YES.

11:43AM   12   Q.   AND THEN THERE'S A $3 MILLION ENTRY FOR PEER VENTURES.

11:43AM   13        DO YOU SEE THAT?

11:43AM   14   A.   YES.

11:43AM   15   Q.   AND DO YOU BELIEVE THAT TO BE THE SAME PEER VENTURES THAT

11:43AM   16   WE SAW PREVIOUSLY?

11:43AM   17   A.   YES.

11:43AM   18   Q.   PLEASE LOOK AT THE NEXT TAB, 5784.

11:43AM   19        IS THIS A TRUE AND CORRECT COPY OF A COMERICA BANK

11:43AM   20   STATEMENT FOR THERANOS'S CHECKING ACCOUNT FOR THE TIME PERIOD

11:43AM   21   JANUARY 2014?

11:43AM   22   A.   YES.

11:43AM   23             MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:43AM   24   EXHIBIT 5784.

11:43AM   25             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

| | | |
|---|---|---|
| 11:43AM | 1 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:43AM | 2 | (GOVERNMENT'S EXHIBIT 5784 WAS RECEIVED IN EVIDENCE.) |
| 11:43AM | 3 | BY MR. LEACH: |
| 11:43AM | 4 | Q.   MS. YAM, OR MS. SPIVEY, I DRAW YOUR ATTENTION TO PAGE 2. |
| 11:44AM | 5 | THERE'S AN ENTRY ON JANUARY 7TH FOR $75 MILLION. |
| 11:44AM | 6 | DO YOU SEE THAT? |
| 11:44AM | 7 | A.   YES. |
| 11:44AM | 8 | Q.   AND THIS APPEARS TO BE A WIRE RELATED TO WALGREENS COMPA. |
| 11:44AM | 9 | DO YOU SEE THAT? |
| 11:44AM | 10 | A.   YES. |
| 11:44AM | 11 | Q.   AND DO YOU BELIEVE THIS TO BE MONEY RECEIVED FROM |
| 11:44AM | 12 | WALGREENS? |
| 11:44AM | 13 | A.   YES. |
| 11:44AM | 14 | Q.   OKAY.  YOU TESTIFIED EARLIER THAT THERANOS NEVER |
| 11:44AM | 15 | RECOGNIZED REVENUE FROM ITS RELATIONSHIP WITH WALGREENS. |
| 11:44AM | 16 | A.   CORRECT. |
| 11:44AM | 17 | Q.   OKAY.  BUT IT'S RECEIVING MONEY HERE FROM WALGREENS.  CAN |
| 11:44AM | 18 | YOU EXPLAIN WHY THERANOS NEVER RECOGNIZED REVENUE FROM |
| 11:44AM | 19 | WALGREENS? |
| 11:44AM | 20 | MR. COOPERSMITH:  YOUR HONOR, 602. |
| 11:44AM | 21 | THE COURT:  OVERRULED. |
| 11:44AM | 22 | THE WITNESS:  SO MY UNDERSTANDING WITH THE BUSINESS |
| 11:44AM | 23 | ARRANGEMENT IS THAT THERANOS NEEDS TO PERFORM SOME BUSINESS |
| 11:44AM | 24 | ACTIVITIES BEFORE THEY EARN THAT MONEY, AND BECAUSE THERANOS |
| 11:44AM | 25 | HAS NOT PERFORMED ACCORDING TO THE CONTRACTS, AND SO THIS MONEY |

SPIVEY DIRECT BY MR. LEACH                                    2006

11:44AM   1    WAS RECEIVED, BUT WAS RECORDED AS DEFERRED REVENUE.

11:45AM   2    Q.   AND THEN FURTHER BELOW FOR JANUARY 14TH THERE'S AN ENTRY

11:45AM   3    FOR $1,312,500 ASSOCIATED WITH MENDENHALL TF.

11:45AM   4         DO YOU SEE THAT?

11:45AM   5    A.   YES.

11:45AM   6    Q.   AND DO YOU BELIEVE THAT TO BE ANOTHER INVESTMENT IN

11:45AM   7    THERANOS?

11:45AM   8    A.   I BELIEVE SO.

11:45AM   9    Q.   PLEASE LOOK AT THE NEXT TAB, 5785.

11:45AM   10        IS THIS A TRUE AND CORRECT COPY OF A COMERICA CHECKING

11:45AM   11   STATEMENT FOR THERANOS'S ACCOUNT FOR THE TIME PERIOD FEBRUARY

11:45AM   12   OF 2014?

11:45AM   13   A.   YES.

11:46AM   14        MR. LEACH:   YOUR HONOR, THE GOVERNMENT OFFERS

11:46AM   15   EXHIBIT 5785.

11:46AM   16        MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

11:46AM   17        THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

11:46AM   18        (GOVERNMENT'S EXHIBIT 5785 WAS RECEIVED IN EVIDENCE.)

11:46AM   19   BY MR. LEACH:

11:46AM   20   Q.   IF I COULD DRAW YOUR ATTENTION TO PAGE 2.

11:46AM   21        DO YOU SEE THE ENTRY ON FEBRUARY 5TH FOR $5 MILLION,

11:46AM   22   MS. SPIVEY?

11:46AM   23   A.   YES.

11:46AM   24   Q.   AND RELATED TO SOMETHING CALLED CENTRAL VALLEY.

11:46AM   25        DO YOU SEE THAT?

11:46AM  1    A.    YES.

11:46AM  2    Q.    AND DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:46AM  3    A.    YES.

11:46AM  4    Q.    AND BENEATH THAT THERE'S TWO -- THERE'S AN ENTRY FOR

11:46AM  5    55,479,993 FOR PARTNER INVEST.

11:46AM  6          AND 38,336,632 FOR PFM HEALTH CARE.

11:46AM  7          DO YOU SEE THOSE?

11:46AM  8    A.    YES.

11:46AM  9    Q.    AND DO YOU BELIEVE THOSE TO BE INVESTMENTS IN THERANOS?

11:46AM  10   A.    YES.

11:46AM  11   Q.    AND DO YOU RECOGNIZE PFM AS AN INVESTOR IN THERANOS?

11:47AM  12   A.    YES.

11:47AM  13   Q.    AND DO YOU SEE ANOTHER ENTRY ASSOCIATED WITH PEER VENTURES

11:47AM  14   IN THE AMOUNT OF 13,249,987?

11:47AM  15   A.    YES.

11:47AM  16   Q.    AND DO YOU BELIEVE THAT TO BE THE SAME PEER VENTURES WE

11:47AM  17   WERE TALKING ABOUT IN OTHER EXHIBITS?

11:47AM  18   A.    YES.

11:47AM  19   Q.    OKAY.  AND THEN THERE'S A $2,323,373 ENTRY ON FEBRUARY 6TH

11:47AM  20   RELATED TO PFM HEALTH CARE.

11:47AM  21         DO YOU SEE THAT?

11:47AM  22   A.    YES.

11:47AM  23   Q.    IS THAT ANOTHER INVESTMENT IN THERANOS?

11:47AM  24   A.    YES.

11:47AM  25   Q.    PLEASE LOOK AT EXHIBIT 5788.

SPIVEY DIRECT BY MR. LEACH                                2008

11:47AM   1           IS THIS A TRUE AND CORRECT COPY OF A CHECKING STATEMENT

11:47AM   2    FROM COMERICA FOR THERANOS FOR THE TIME PERIOD OCTOBER 2014?

11:47AM   3    A.   YES.

11:47AM   4               MR. LEACH:   YOUR HONOR, THE GOVERNMENT OFFERS

11:48AM   5    EXHIBIT 5788.

11:48AM   6               MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

11:48AM   7               THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

11:48AM   8         (GOVERNMENT'S EXHIBIT 5788 WAS RECEIVED IN EVIDENCE.)

11:48AM   9    BY MR. LEACH:

11:48AM  10    Q.   I DRAW YOUR ATTENTION TO PAGE 2, MS. SPIVEY.

11:48AM  11           DO YOU SEE DOWN TOWARDS THE END OF THE MONTH THERE IS AN

11:48AM  12    ENTRY FOR $99,999,984 RELATED TO LAKESHORE CAPT?

11:48AM  13    A.   YES.

11:48AM  14    Q.   DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:48AM  15    A.   YES.

11:48AM  16    Q.   BENEATH THAT THERE'S AN ENTRY OF NEARLY $25 MILLION

11:48AM  17    RELATED TO ANDREAS DRACO.

11:48AM  18           DO YOU SEE THAT?

11:48AM  19    A.   YES.

11:48AM  20    Q.   AND DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:48AM  21    A.   YES.

11:48AM  22    Q.   AND BENEATH THAT THERE'S A NEARLY $6 MILLION ENTRY

11:48AM  23    ASSOCIATED WITH MOSLEY FAMILY.

11:48AM  24           DO YOU SEE THAT?

11:48AM  25    A.   YES.

11:48AM  1    Q.   ARE YOU FAMILIAR WITH THE NAME DAN MOSLEY?

11:49AM  2    A.   NO.

11:49AM  3    Q.   HOW ABOUT MOSLEY FAMILY TRUST?

11:49AM  4    A.   NO.

11:49AM  5    Q.   OKAY.  DO YOU BELIEVE THIS TO BE AN INVESTMENT IN

11:49AM  6    THERANOS?

11:49AM  7    A.   YES.

11:49AM  8              MR. COOPERSMITH:  OBJECTION.  602.

11:49AM  9              THE COURT:  OVERRULED.  THE ANSWER WILL REMAIN.

11:49AM 10              MR. LEACH:  THANK YOU, YOUR HONOR.

11:49AM 11    Q.   PLEASE LOOK AT EXHIBIT 5789.

11:49AM 12         IS THIS A COMERICA CHECKING ACCOUNT STATEMENT FOR THERANOS

11:49AM 13    FOR THE TIME PERIOD NOVEMBER OF 2014?

11:49AM 14    A.   YES.

11:49AM 15              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:49AM 16    EXHIBIT 5789.

11:49AM 17              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:49AM 18              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:49AM 19         (GOVERNMENT'S EXHIBIT 5789 WAS RECEIVED IN EVIDENCE.)

11:49AM 20              MR. LEACH:  AND IF WE CAN ZOOM IN TOWARDS THE TOP ON

11:49AM 21    PAGE 2, MS. WACHS.  THANK YOU.

11:49AM 22    Q.   MS. SPIVEY, THE FIRST ENTRY HERE ON NOVEMBER 3RD WAS A

11:50AM 23    WIRE FOR $100 MILLION RELATED TO COX ENTERPRISE.

11:50AM 24         DO YOU SEE THAT?

11:50AM 25    A.   YES.

11:50AM 1    Q.   DO YOU BELIEVE THAT TO BE AN INVESTMENT IN THERANOS?

11:50AM 2    A.   YES.

11:50AM 3    Q.   AND THEN BENEATH THAT ARE SOME ENTRIES, BCBS OF ARIZONA,

11:50AM 4    HC CLAIM PAYMENTS, $49.37, AND THERE ARE SOME OTHER AMOUNTS

11:50AM 5    ASSOCIATED WITH NORIDIAN.

11:50AM 6         DO YOU SEE THOSE?

11:50AM 7    A.   YES.

11:50AM 8    Q.   AND WHAT ARE THOSE?

11:50AM 9         MR. COOPERSMITH:  OBJECTION.  RELEVANCE, YOUR HONOR.

11:50AM 10        THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

11:50AM 11        THE WITNESS:  YES.  THAT IS THE AMOUNT OF MONEY THAT

11:50AM 12   THEIR COMPANY RECEIVED FOR PERFORMING TESTING SERVICES.

11:51AM 13   BY MR. LEACH:

11:51AM 14   Q.   LET ME PLEASE DRAW YOUR ATTENTION TO EXHIBIT 5791.

11:51AM 15        IS THIS A TRUE AND CORRECT COPY OF A COMERICA BANK

11:51AM 16   STATEMENT FOR THERANOS FOR THE TIME PERIOD DECEMBER OF 2014?

11:51AM 17   A.   YES.

11:51AM 18        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:51AM 19   EXHIBIT 5791.

11:51AM 20        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:51AM 21        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:51AM 22        (GOVERNMENT'S EXHIBIT 5791 WAS RECEIVED IN EVIDENCE.)

11:51AM 23   BY MR. LEACH:

11:51AM 24   Q.   DRAWING YOUR ATTENTION AGAIN TO PAGE 2, MS. SPIVEY,

11:51AM 25   THERE'S SOME AMOUNTS ON DECEMBER 15TH, 99 MILLION, 49 MILLION,

SPIVEY DIRECT BY MR. LEACH

11:51AM 1    2 MILLION ASSOCIATED WITH MADRONE, SODA SPRINGS AND THE BANK OF

11:51AM 2    NE.

11:51AM 3        DO YOU SEE THAT?

11:51AM 4    A.   YES.

11:51AM 5    Q.   AND DO YOU BELIEVE THOSE TO BE INVESTMENTS IN THERANOS?

11:51AM 6    A.   YES.

11:51AM 7    Q.   AND THEN -- LET ME ASK A BETTER QUESTION.

11:52AM 8        AND THEN BENEATH THE $2.9 MILLION ENTRY, THERE'S SOME

11:52AM 9    ADDITIONAL AMOUNTS RELATED TO NORIDIAN AND BCBS.

11:52AM 10       ARE THOSE SIMILAR TO THE ONES WE SAW IN THE PRIOR

11:52AM 11   STATEMENT?

11:52AM 12   A.   YES.

11:52AM 13   Q.   AND IF I COULD PLEASE DRAW YOUR ATTENTION TO EXHIBIT 5790?

11:52AM 14   A.   SORRY.  CAN YOU REPEAT?

11:52AM 15   Q.   5790.  WE'RE MOVING BACKWARDS IN THE BINDER.

11:52AM 16       DO YOU HAVE THAT?

11:52AM 17   A.   YES.

11:52AM 18   Q.   GREAT.

11:52AM 19       LET ME DRAW YOUR ATTENTION TO PAGE 5.  IS PAGE 5 A TRUE

11:53AM 20   AND CORRECT COPY OF A STATEMENT FOR THERANOS'S ACCOUNT AT

11:53AM 21   WELLS FARGO FOR THE TIME PERIOD OF FEBRUARY OF 2015?

11:53AM 22   A.   YES.

11:53AM 23   Q.   OKAY.  AND I ASKED YOU A NUMBER OF QUESTIONS ABOUT

11:53AM 24   COMERICA.

11:53AM 25       DID YOU ALSO USE DOCUMENTS LIKE THIS AND THE INFORMATION

11:53AM  1    IN THERE IN PREPARING THERANOS'S BOOKS AND RECORDS?

11:53AM  2    A.   YES.

11:53AM  3              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS PAGE 5

11:53AM  4    OF EXHIBIT 5790.

11:54AM  5         (PAUSE IN PROCEEDINGS.)

11:54AM  6              THE COURT:  MR. COOPERSMITH, ANY OBJECTION?

11:54AM  7              MR. COOPERSMITH:  ONE MOMENT, YOUR HONOR.  SORRY.

11:54AM  8         (PAUSE IN PROCEEDINGS.)

11:54AM  9              MR. COOPERSMITH:  YOUR HONOR, I WOULD ASK THAT IF

11:54AM 10    WE'RE JUST ADMITTING ONE PAGE, THAT WE ADMIT THE WHOLE EXHIBIT.

11:54AM 11              MR. LEACH:  THAT'S FINE, TOO.

11:54AM 12              THE COURT:  ALL RIGHT.  THE ENTIRETY OF 5790 IS

11:54AM 13    ADMITTED, AND IT MAY BE PUBLISHED.

11:54AM 14         (GOVERNMENT'S EXHIBIT 5790 WAS RECEIVED IN EVIDENCE.)

11:54AM 15    BY MR. LEACH:

11:54AM 16    Q.   MS. SPIVEY, I DRAW YOUR ATTENTION TO THE CREDITS PORTION

11:54AM 17    OF THIS STATEMENT.  THERE'S AN ENTRY FOR $125 MILLION RELATING

11:54AM 18    TO RUPERT MURDOCH.

11:54AM 19         DO YOU SEE THAT?

11:54AM 20    A.   YES.

11:54AM 21    Q.   DO YOU BELIEVE THIS TO BE AN INVESTMENT IN THERANOS?

11:54AM 22    A.   YES.

11:54AM 23    Q.   OKAY.  WE CAN TAKE THAT DOWN, MS. WACHS.

11:55AM 24         I'D LIKE TO SHIFT TOPICS A LITTLE BIT, MS. SPIVEY, AND ASK

11:55AM 25    YOU TO PLEASE LOOK AT EXHIBIT 5794.

SPIVEY DIRECT BY MR. LEACH

11:55AM   1        DO YOU HAVE THAT IN FRONT OF YOU?

11:55AM   2   A.   YES.

11:55AM   3   Q.   OKAY.  IS THIS A TRUE AND CORRECT COPY OF A SPREADSHEET

11:55AM   4   THAT YOU PREPARED IN THE COURSE OF YOUR WORK AT THERANOS?

11:55AM   5   A.   I BELIEVE SO.

11:55AM   6   Q.   AND FROM TIME TO TIME WOULD YOU PREPARE A SHAREHOLDER LIST

11:55AM   7   ON BEHALF OF THE COMPANY FOR MS. HOLMES TO REVIEW?

11:55AM   8   A.   YES.

11:55AM   9   Q.   OKAY.  AND HOW DID YOU GO ABOUT PREPARING THOSE?  WHAT

11:56AM  10   WOULD YOU DO WHEN MS. HOLMES WOULD ASK YOU THAT?

11:56AM  11   A.   COULD YOU REPEAT THAT?

11:56AM  12   Q.   SURE.  WHEN MS. HOLMES REQUESTED A SHAREHOLDER LIST, WHAT

11:56AM  13   WOULD YOU DO?  HOW WOULD YOU GO ABOUT PREPARING THAT?

11:56AM  14   A.   SO I HAVE AN EXCEL FILE WHEN I RECEIVE INVESTMENT FUNDS

11:56AM  15   FROM THE BANK ACCOUNTS, AND I WOULD ENTER THAT INFORMATION ON A

11:56AM  16   SPREADSHEET SO THAT I HAVE A RUNNING LIST OF WHAT THE -- WHO

11:56AM  17   THE INVESTORS ARE, HOW MUCH MONEY THEY PUT IN, AND HOW MANY

11:56AM  18   SHARES THEY PURCHASE, AND THE SERIES OR THE CLASSIFICATION OF

11:56AM  19   THE SHARES.

11:56AM  20        AND WHEN SHE ASKED ME FOR INFORMATION LIKE THAT, AND I

11:56AM  21   PULL FROM THAT DATA.

11:56AM  22   Q.   AND I THINK YOU BEGAN YOUR TESTIMONY BY SAYING PART OF

11:56AM  23   YOUR RESPONSIBILITY AS THE CONTROLLER WAS TO MANAGE THE

11:56AM  24   ACCOUNTING RELATED TO EQUITY?

11:56AM  25   A.   YES.

11:56AM   1    Q.   AND TO KEEP TRACK OF THERANOS'S SHAREHOLDERS AND THE

11:56AM   2    AMOUNT OF MONEY THAT THEY HAD PUT IN?

11:56AM   3    A.   YES.

11:56AM   4    Q.   AND TO KEEP TRACK OF THEIR VARIOUS PERCENTAGES OF THE

11:57AM   5    COMPANY; IS THAT FAIR?

11:57AM   6    A.   YES.

11:57AM   7    Q.   AND DID YOU PREPARE EXHIBIT 5794 IN THE ORDINARY COURSE OF

11:57AM   8    BUSINESS?

11:57AM   9    A.   YES.

11:57AM   10   Q.   AND DID YOU KEEP THIS IN THE ORDINARY COURSE OF BUSINESS?

11:57AM   11   A.   YES.

11:57AM   12   Q.   AND WAS THIS PREPARED BY YOU BASED ON INFORMATION FROM THE

11:57AM   13   BOOKS AND RECORDS REGULARLY MAINTAINED BY THERANOS?

11:57AM   14   A.   YES.

11:57AM   15        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

11:57AM   16   EXHIBIT 5794.

11:57AM   17        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:57AM   18        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:57AM   19   (GOVERNMENT'S EXHIBIT 5794 WAS RECEIVED IN EVIDENCE.)

11:57AM   20        MR. LEACH:  MS. WACHS, IF WE COULD START BY

11:57AM   21   DISPLAYING, IF YOU COULD GO --

11:57AM   22   Q.   WE HAVE ON THE SCREEN, MS. SPIVEY, THE NATIVE FILE, AND I

11:57AM   23   JUST WANT TO LOOK AT SOME OF THE PROPERTIES RELATING TO THIS

11:57AM   24   FILE.

11:57AM   25        AND, MS. WACHS, IF YOU COULD CLICK ON FILE AND INFO.

SPIVEY DIRECT BY MR. LEACH                                    2015

11:58AM   1          DO YOU SEE YOUR NAME LISTED AS THE AUTHOR ON THE RIGHT OF

11:58AM   2    THIS, MS. SPIVEY?

11:58AM   3    A.   YES.

11:58AM   4    Q.   OKAY.  AND DO YOU SEE THAT THERE'S A CREATED DATE AND A

11:58AM   5    LASTED PRINTED DATE OF MARCH 2014?

11:58AM   6    A.   YES.

11:58AM   7    Q.   OKAY.  AND IF WE COULD GO BACK, PLEASE, SO THAT -- DO YOU

11:58AM   8    SEE IN THE LEFT CORNER THERANOS INC. SHAREHOLDER LIST THERANOS

11:58AM   9    CONFIDENTIAL?

11:58AM  10    A.   YES.

11:58AM  11    Q.   AND DO YOU BELIEVE THAT THIS ACCURATELY REPRESENTS THE

11:58AM  12    SHAREHOLDERS OF THERANOS AT OR AROUND THIS TIME PERIOD?

11:58AM  13    A.   YES.

11:58AM  14    Q.   OKAY.  THE FIRST ROW SAYS, ELIZABETH ANN HOLMES, TYPE OF

11:58AM  15    INVESTOR, TOTAL SHARES, 251,828,810.

11:58AM  16          DO YOU SEE THAT?

11:58AM  17    A.   YES.

11:58AM  18    Q.   AND TO THE RIGHT THERE'S A PERCENT OF OWNERSHIP COLUMN.

11:58AM  19          DO YOU SEE THAT?

11:58AM  20    A.   YES.

11:58AM  21    Q.   AND WHAT DOES THAT COLUMN REPRESENT?

11:59AM  22    A.   THE PERCENTAGE OF OWNERSHIP SHE HAS AT THERANOS.

11:59AM  23    Q.   OKAY.  SO FOR MS. HOLMES THAT WOULD BE 51.21 PERCENT?

11:59AM  24    A.   YES.

11:59AM  25    Q.   AT LEAST IN THIS TIME PERIOD?

11:59AM   1    A.   YES.

11:59AM   2    Q.   OKAY.  AND DOES THAT COMPORT GENERALLY WITH YOUR MEMORY?

11:59AM   3    A.   YES.

11:59AM   4    Q.   AND BENEATH THAT IT SAYS RAMESH "SUNNY" BALWANI.

11:59AM   5         DO YOU SEE THAT?

11:59AM   6    A.   YES.

11:59AM   7    Q.   AND TO THE RIGHT IN THE TOTAL SHARES IT SAYS 29,716,815.

11:59AM   8         DO YOU SEE THAT?

11:59AM   9    A.   YES.

11:59AM   10   Q.   AND WHAT IS THE PERCENTAGE OF OWNERSHIP OF MR. BALWANI?

11:59AM   11   A.   6.04 PERCENT.

11:59AM   12   Q.   YOU SAID YOUR INTERACTIONS WITH MR. BALWANI INCREASED OVER

11:59AM   13   TIME AS HE WORKED WITH THE COMPANY?

11:59AM   14   A.   YES.

11:59AM   15   Q.   AND SO YOUR INTERACTIONS WITH HIM WERE MORE SIGNIFICANT IN

11:59AM   16   THE 2013, 2014, 2015 TIME PERIOD THAN THEY WERE AT THE

11:59AM   17   BEGINNING?

11:59AM   18   A.   YES.

11:59AM   19   Q.   OKAY.  AND FROM TIME TO TIME WOULD YOU HAVE CONVERSATIONS

12:00PM   20   WITH MR. BALWANI ABOUT REVENUE RECOGNITION?

12:00PM   21   A.   YES.

12:00PM   22   Q.   DESCRIBE THOSE FOR US, PLEASE.

12:00PM   23   A.   SO I BELIEVE THAT PROBABLY WAS IN 2013, 2014 TIMEFRAME

12:00PM   24   RELATED TO KPMG'S REVIEW OF THE BOOKS AND RECORDS, AND THERE

12:00PM   25   WERE QUESTIONS ABOUT WHY THERE WOULD BE NO REVENUE NUMBER IN

12:00PM  1    THOSE PERIODS AND WHY THERE'S SUCH A LARGE AMOUNT OF DEFERRED

12:00PM  2    REVENUE.

12:00PM  3         SO HE SUGGESTS TO ME THAT THERE WOULD BE SOME REVENUE FROM

12:00PM  4    CELGENE SHOULD BE RECOGNIZED AND SOME AMOUNT OF -- FROM

12:00PM  5    WALGREENS SHOULD ALSO BE RECOGNIZED.

12:00PM  6         AND SO I EXPLAINED TO HIM THAT ACCORDING TO ACCOUNTING

12:01PM  7    RULES, AND THOSE SHOULD NOT BE RECOGNIZED BECAUSE WE DID NOT

12:01PM  8    PERFORM ACCORDING TO THE CONTRACTS.

12:01PM  9         BUT HE HAS A DIFFERENT OPINION.

12:01PM 10         I TOLD HIM I WOULD FOLLOW UP WITH KPMG AND SEE WHAT KPMG

12:01PM 11    AGREED WITH.

12:01PM 12    Q.   AND AFTER YOUR FOLLOWUP WITH KPMG, DID THERANOS EVER

12:01PM 13    RECOGNIZE THE REVENUE?

12:01PM 14    A.   NO.

12:01PM 15    Q.   DID MR. BALWANI EVER GIVE YOU DOCUMENTS OR SUPPORT FROM

12:01PM 16    EITHER CELGENE OR WALGREENS SO THAT YOU COULD RECOGNIZE

12:01PM 17    REVENUE?

12:01PM 18    A.   NO.

12:01PM 19    Q.   AND IN THESE CONVERSATIONS WITH MR. BALWANI, WAS IT EASY

12:01PM 20    TO COMMUNICATE THIS INFORMATION TO HIM?

12:01PM 21    A.   UM, YES.

12:01PM 22    Q.   AND DID HE EVER EXPRESS SOME LEVEL OF FRUSTRATION WITH

12:01PM 23    YOU?

12:01PM 24    A.   UM, YES.  HE ASKED ME TO RECOGNIZE THESE AND I TOLD HIM --

12:02PM 25    LIKE WHEN I ASKED HIM, FOR EXAMPLE, FOR CELGENE, I SAID, I

12:02PM 1    DON'T HAVE ANY DOCUMENTS OF ANY SHIPMENTS MADE TO CELGENE, AND

12:02PM 2    HE WOULD JUST SAY WE SHIPPED EVERYTHING ALREADY, AND JUST --

12:02PM 3    AND I SAID, IF I DON'T HAVE ANY DOCUMENTS, THEN I CANNOT

12:02PM 4    RECOGNIZE.

12:02PM 5    Q.   OKAY.  AND AFTER THOSE CONVERSATIONS WOULD YOU TALK TO

12:02PM 6    KPMG?

12:02PM 7    A.   YES.

12:02PM 8    Q.   AND DID YOU EVER RECOGNIZE THE REVENUE?

12:02PM 9    A.   NO.

12:02PM 10   Q.   I'D LIKE TO ASK SOME ADDITIONAL QUESTIONS ABOUT ARANCA AND

12:02PM 11   THE VALUATIONS YOU WERE TALKING ABOUT EARLIER, AND IN

12:02PM 12   CONNECTION WITH THAT, I WOULD LIKE TO DRAW YOUR ATTENTION TO

12:02PM 13   WHAT HAS BEEN MARKED AS EXHIBIT 5085, WHICH SHOULD BE IN

12:02PM 14   VOLUME 1.

12:02PM 15        DO YOU HAVE 5085 IN FRONT OF YOU, MS. SPIVEY?

12:03PM 16   A.   YES.

12:03PM 17   Q.   OKAY.  IS THIS AN EMAIL THAT YOU SENT TO ELIZABETH HOLMES

12:03PM 18   ON OR ABOUT MAY 25TH, 2013?

12:03PM 19   A.   YES.

12:03PM 20   Q.   AND DO YOU SEE THE SUBJECT 409A?

12:03PM 21   A.   YES.

12:03PM 22   Q.   AND FROM TIME TO TIME WOULD YOU COMMUNICATE WITH

12:03PM 23   MS. HOLMES OVER EMAIL IN THE COURSE OF GETTING DIRECTION ON

12:03PM 24   409A VALUATIONS?

12:03PM 25   A.   YES.

12:03PM  1    Q.   AND DID YOU DO YOUR BEST TO BE ACCURATE IN THOSE EMAILS

12:03PM  2    WITH MS. HOLMES?

12:03PM  3    A.   YES.

12:03PM  4    Q.   AND WAS THAT SO YOU COULD GO BACK AND MAKE SURE YOU WERE

12:03PM  5    TRACKING WHAT YOU WERE GETTING FROM MS. HOLMES SO THAT YOU

12:04PM  6    COULD ACCURATELY CONVEY THAT TO MR. BALWANI OR TO ARANCA?

12:04PM  7    A.   YES.

12:04PM  8    Q.   AND DID YOU KEEP EMAILS LIKE THIS IN THE ORDINARY COURSE

12:04PM  9    OF BUSINESS?

12:04PM  10   A.   YES.

12:04PM  11            MR. LEACH:   YOUR HONOR, THE GOVERNMENT OFFERS

12:04PM  12   EXHIBIT 5085.

12:04PM  13            MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

12:04PM  14            THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

12:04PM  15       (GOVERNMENT'S EXHIBIT 5085 WAS RECEIVED IN EVIDENCE.)

12:04PM  16   BY MR. LEACH:

12:04PM  17   Q.   MS. SPIVEY, THE FIRST EMAIL IN THIS CHAIN IS FROM

12:04PM  18   MS. HOLMES AND THE SUBJECT IS 409A.

12:04PM  19       DO YOU SEE THAT?

12:04PM  20   A.   YES.

12:04PM  21   Q.   IS THAT A REFERENCE TO THE INTERNAL REVENUE CODE PROVISION

12:04PM  22   THAT WE WERE TALKING ABOUT EARLIER?

12:04PM  23   A.   YES.

12:04PM  24   Q.   "CAN YOU FORWARD ME THE LATEST YOU HAVE ON GETTING THIS

12:04PM  25   DONE -- I AM GOING TO GET WHATEVER WE NEED DONE DONE THIS

SPIVEY DIRECT BY MR. LEACH

12:04PM  1    WEEKEND."

12:04PM  2         DO YOU SEE THAT?

12:04PM  3    A.   YES.

12:04PM  4    Q.   AND THEN YOU WROTE BACK, "HERE ARE THE THREE LATEST MODEL

12:04PM  5    WE HAVE."

12:04PM  6         AND THERE ARE THREE DIFFERENT DATES.

12:04PM  7         DO YOU SEE THAT?

12:04PM  8    A.   YES.

12:04PM  9    Q.   AND THE FIRST LINE SAYS, "BASED ON THIS MODEL, ARANCA CAME

12:05PM 10    BACK WITH A VALUE OF $0.44.  THE IMPACT WAS THAT YOUR OPTION

12:05PM 11    PLUS ALL THE OTHER OPTIONS THAT WERE GRANTED IN JUNE WOULD BE

12:05PM 12    GRANTED BELOW VALUE."

12:05PM 13         WHAT WERE YOU GETTING AT THERE?

12:05PM 14    A.   CAN YOU REPHRASE THAT QUESTION, PLEASE?

12:05PM 15    Q.   WHAT DOES THAT MEAN?  WHAT ARE YOU REPORTING TO MS. HOLMES

12:05PM 16    THERE?

12:05PM 17    A.   SO THERANOS GRANTED OPTIONS TO ELIZABETH HOLMES AND THE

12:05PM 18    LIST OF EMPLOYEES IN THAT TIMEFRAME AT THE VALUE THAT WAS LOWER

12:05PM 19    THAN THE $0.44.

12:05PM 20    Q.   OKAY.  AND WAS THAT AN ISSUE?

12:05PM 21    A.   THAT WAS AN ISSUE WITH THE TAX -- HOW THE TAX WOULD BE

12:05PM 22    CALCULATED FOR THE OPTIONEE.

12:05PM 23    Q.   AND DOES THIS RELATE TO THE ISSUE THAT KPMG HAD BACK IN

12:06PM 24    2010?

12:06PM 25    A.   YES.

SPIVEY DIRECT BY MR. LEACH

12:06PM  1    Q.   OKAY.  2, IN PARAGRAPH 2 IT SAYS 07/01/10.

12:06PM  2         IS THAT THE DATE OF ONE OF ARANCA'S VALUATIONS?

12:06PM  3    A.   YES.

12:06PM  4    Q.   AND YOU WROTE, "BASED ON THIS REVISED MODEL, THE VALUE

12:06PM  5    WOULD BE $0.73 (REDUCED $0.30 FROM 1.03).  THE IMPACT IS THAT

12:06PM  6    SUNNY'S OPTION WOULD BE GRANTED AT BELOW MARKET VALUE IN

12:06PM  7    AUGUST 2010."

12:06PM  8         WHAT DOES THAT MEAN?

12:06PM  9    A.   IT WAS SIMILAR TO THE MAY 31ST BECAUSE SUNNY'S OPTION WAS

12:06PM  10   GRANTED IN AUGUST AND IT WAS ALSO BELOW THE FAIR MARKET VALUE

12:06PM  11   AT THAT TIME.

12:06PM  12   Q.   OKAY.  AND DID THAT CREATE ANY TYPE OF ISSUE?

12:06PM  13   A.   YES.

12:06PM  14   Q.   HOW SO?

12:06PM  15   A.   IT'S ALSO RELATED TO THE TAX CALCULATION.

12:07PM  16   Q.   AND DOES THIS ALSO RELATE BACK TO THE ISSUE THAT KPMG HAD

12:07PM  17   IN TERMS OF THE AUDITED FINANCIAL STATEMENTS?

12:07PM  18   A.   YES.

12:07PM  19   Q.   AND THEN IT -- IN PARAGRAPH 3 IT SAYS, "07/01/11."

12:07PM  20        IS THAT A REFERENCE TO A VALUATION DATE?

12:07PM  21   A.   FROM THIS EMAIL, YES.

12:07PM  22   Q.   "HAVE NOT STARTED THE REVIEW PROCESS YET BECAUSE OF THE

12:07PM  23   ABOVE TWO PENDING VALUATIONS.  PLEASE ALSO SEE THE SUMMARY

12:07PM  24   COMPARISON OF 7/10 AND 7/11 MODELS."

12:07PM  25        DO YOU SEE THAT?

SPIVEY DIRECT BY MR. LEACH                                    2022

12:07PM   1    A.   YES.

12:07PM   2    Q.   AND DOES THAT MEAN ARANCA WAS STILL DOING WORK IN THAT

12:07PM   3    REGARD?

12:07PM   4    A.   YES.

12:07PM   5    Q.   AND SO THE DATE OF THIS EMAIL IS MAY 25TH, 2013.

12:07PM   6         DO YOU SEE THAT?

12:07PM   7    A.   YES.

12:07PM   8    Q.   AND I'D LIKE TO DRAW YOUR ATTENTION FORWARD IN TIME TO

12:07PM   9    EXHIBIT 3283.

12:08PM  10         DO YOU HAVE 3283 IN FRONT OF YOU?

12:08PM  11    A.   YES.

12:08PM  12    Q.   IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

12:08PM  13    TO MR. BALWANI DATED JULY 31ST, 2013, WITH A COPY TO

12:08PM  14    MS. HOLMES?

12:08PM  15    A.   YES.

12:08PM  16         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:08PM  17    EXHIBIT 3283.

12:08PM  18         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:08PM  19         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:08PM  20         (GOVERNMENT'S EXHIBIT 3283 WAS RECEIVED IN EVIDENCE.)

12:08PM  21    BY MR. LEACH:

12:08PM  22    Q.   LET ME DRAW YOUR ATTENTION TO THE TOP PORTION, MS. SPIVEY,

12:08PM  23    THE EMAIL ON JULY 31ST, 2013, UP AT THE TOP.

12:08PM  24         AND DO YOU SEE THE SUBJECT OF THIS IS PER OUR

12:08PM  25    CONVERSATION?

SPIVEY DIRECT BY MR. LEACH                                                    2023

12:09PM  1    A.   YES.

12:09PM  2    Q.   OKAY.  DO YOU SEE THERE'S AN ATTACHMENT, THERANOS'S

12:09PM  3    PROJECTIONS 2013-2014 V2 (FORMATTED).

12:09PM  4         DO YOU SEE THAT FILE ATTACHED?

12:09PM  5    A.   YES.

12:09PM  6    Q.   OKAY.  "I ADDED THE RECEIPTS TO THE FOLLOWING CATEGORIES.

12:09PM  7    PLEASE LET ME KNOW IF THEY ARE NOT CORRECT:

12:09PM  8         "SERVICES NBL BY WALGREENS PLUS 25M.

12:09PM  9         "CHANGE IN DEFERRED REVENUE PLUS 4M."

12:09PM  10        DO YOU SEE THAT LANGUAGE?

12:09PM  11   A.   YES.

12:09PM  12   Q.   IS THIS A CONVERSATION THAT YOU'RE HAVING WITH MS. HOLMES

12:09PM  13   AND MR. BALWANI?

12:09PM  14   A.   I BELIEVE SO.

12:09PM  15   Q.   DO YOU BELIEVE YOU'RE TAKING SOME DIRECTION FROM THEM?

12:09PM  16   A.   YES.

12:09PM  17   Q.   OKAY.  LET'S DRAW YOUR ATTENTION TO THE ATTACHMENT.

12:09PM  18        DO YOU SEE AT THE TOP IT SAYS THERANOS PROJECTED STATEMENT

12:10PM  19   OF INCOME?

12:10PM  20   A.   YES.

12:10PM  21   Q.   AND SO THESE ARE NOT HISTORICAL, THESE ARE PROJECTIONS FOR

12:10PM  22   THE FUTURE?

12:10PM  23   A.   YES.

12:10PM  24   Q.   AND ONE RELATES TO 2013 AND ANOTHER ONE RELATES TO THE

12:10PM  25   TIME PERIOD 2014?

SPIVEY DIRECT BY MR. LEACH

```
12:10PM   1    A.   YES.

12:10PM   2    Q.   OKAY.  AND UNDER PROJECTED REVENUE THERE ARE ENTRIES FOR

12:10PM   3    LAB SERVICES AT RETAIL PHARMACIES/EMPLOYER SITES,

12:10PM   4    PHARMACEUTICAL SERVICES, HOSPITAL SERVICES REVENUE, DOD.

12:10PM   5         DO YOU SEE THAT?

12:10PM   6    A.   YES.

12:10PM   7    Q.   AND THE SUM TOTAL OF THAT PROJECTED REVENUE IS $51 MILLION

12:10PM   8    FOR 2013.

12:10PM   9         DID I READ THAT CORRECTLY?

12:10PM  10    A.   YES.

12:10PM  11    Q.   AND FOR THE PERIOD 2014 THE PROJECTION IS 26 MILLION.

12:10PM  12         DO YOU SEE THAT?

12:10PM  13         OR 260 MILLION, EXCUSE ME, NOT 26 MILLION.

12:10PM  14         IS THAT CORRECT?

12:10PM  15    A.   YES.

12:10PM  16    Q.   OKAY.  AND ARE THESE NUMBERS THAT YOU PERSONALLY CAME UP

12:11PM  17    WITH?

12:11PM  18    A.   NO.

12:11PM  19    Q.   WHERE DID THEY COME FROM?

12:11PM  20    A.   I DON'T KNOW.  EITHER MS. HOLMES OR MR. BALWANI.

12:11PM  21    Q.   OKAY.  AND THERE'S A REFERENCE TO DOD.

12:11PM  22         IS THAT AN ACRONYM FOR SOMETHING?

12:11PM  23    A.   DEPARTMENT OF DEFENSE.

12:11PM  24    Q.   OKAY.  AND THE DATE OF THE EMAIL HERE IS JULY 31ST, 2013.

12:11PM  25         IF YOU DON'T MIND LOOKING AT PAGE 1 OF THE EXHIBIT.  I
```

12:11PM  1    JUST WANT TO ORIENT US AS TO TIME.

12:11PM  2    A.   YES.

12:11PM  3    Q.   OKAY.  LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 13711,

12:11PM  4    WHICH SHOULD BE IN VOLUME 2.

12:12PM  5    A.   WHAT IS THAT AGAIN?

12:12PM  6    Q.   IT'S 13711.  IT SHOULD BE AT THE BACK OF VOLUME 2.

12:12PM  7         IS THIS AN EMAIL FROM YOU TO MS. HOLMES WITH A COPY TO

12:12PM  8    MR. BALWANI?

12:12PM  9    A.   YES.

12:12PM  10   Q.   AND THE SUBJECT IS 409A PROJECTION.

12:12PM  11        DO YOU SEE THAT?

12:12PM  12   A.   YES.

12:12PM  13   Q.   AND IS THIS A SIMILAR -- IS THE SUBJECT MATTER OF THIS

12:12PM  14   SIMILAR TO THE EXHIBIT WE SAW A FEW MOMENTS AGO BETWEEN YOU AND

12:13PM  15   MS. HOLMES?

12:13PM  16   A.   YES.

12:13PM  17   Q.   OKAY.

12:13PM  18        YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 13711.

12:13PM  19            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:13PM  20            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:13PM  21        (DEFENDANT'S EXHIBIT 13711 WAS RECEIVED IN EVIDENCE.)

12:13PM  22   BY MR. LEACH:

12:13PM  23   Q.   LET'S START WITH THE BOTTOM EMAIL.

12:13PM  24        MS. SPIVEY, DO YOU SEE WHERE YOU WROTE ON AUGUST 2ND,

12:13PM  25   2013, "ATTACHED PLEASE FIND THE PROJECTION AS OF 7/1/2013."

SPIVEY DIRECT BY MR. LEACH                                            2026

12:13PM   1            DO YOU SEE THAT?

12:13PM   2       A.  YES.

12:13PM   3       Q.  AND YOU WROTE, "THE MAIN CHANGES ARE BOTH RELATED TO

12:13PM   4       EQUITY TRANSACTIONS."

12:13PM   5            DO YOU SEE THAT?

12:13PM   6       A.  YES.

12:13PM   7       Q.  AND YOU'RE SENDING THIS BOTH TO MS. HOLMES AND

12:13PM   8       MR. BALWANI; CORRECT?

12:13PM   9       A.  YES.

12:13PM  10       Q.  IS THIS AN EXAMPLE OF YOU SEEKING FEEDBACK FROM MS. HOLMES

12:13PM  11       AND MR. BALWANI ABOUT WHAT TO REPORT TO ARANCA?

12:13PM  12       A.  YES.

12:13PM  13       Q.  OKAY.  LET'S ZOOM OUT IF WE COULD, MS. WACHS.

12:13PM  14            AND ABOUT A MONTH LATER YOU WROTE, "WAITING FOR YOUR

12:14PM  15       FEEDBACK."

12:14PM  16            DO YOU SEE THAT?

12:14PM  17       A.  YES.

12:14PM  18       Q.  AND MS. HOLMES RESPONDS, "WHAT DROVE THE 50M IN 2013

12:14PM  19       REVENUE PROJECTION."

12:14PM  20            DO YOU SEE THAT?

12:14PM  21       A.  YES.

12:14PM  22       Q.  AND YOUR ANSWER IS, "SUNNY'S ESTIMATE."

12:14PM  23            DO YOU SEE THAT?

12:14PM  24       A.  YES.

12:14PM  25       Q.  IS THAT A REFERENCE TO MR. BALWANI?

12:14PM  1     A.   YES.

12:14PM  2     Q.   AND ARE YOU REPORTING TO MS. HOLMES THAT THE REVENUE

12:14PM  3     PROJECTION FOR 2013 FOR ARANCA WAS COMING FROM MR. BALWANI?

12:14PM  4     A.   YES.

12:14PM  5     Q.   OKAY.  THANK YOU.  YOU CAN TAKE THAT DOWN, MS. WACHS.

12:14PM  6          I'M SORRY TO JUMP AROUND BINDERS, BUT IF YOU COULD GO BACK

12:14PM  7     TO VOLUME 1, EXHIBIT 5141.

12:15PM  8          DO YOU HAVE 5141 IN FRONT OF YOU, MS. SPIVEY?

12:15PM  9     A.   YES.

12:15PM 10     Q.   OKAY.  IS THIS AN EMAIL FROM YOU TO SOMEONE NAMED

12:15PM 11     VALESKA HINTZ WITH A COPY TO MS. HOLMES?

12:15PM 12     A.   YES.

12:15PM 13     Q.   AND DO YOU SEE THE EXHIBIT 409A VALUATION REPORT?

12:15PM 14     A.   YES.

12:15PM 15     Q.   OKAY.  AND THERE'S AN ATTACHMENT TO THIS.

12:15PM 16          DO YOU SEE PAGE 2 OF THE ATTACHMENT?

12:15PM 17     A.   YES.

12:15PM 18     Q.   IS THIS A REPORT FROM ARANCA FOR A DIFFERENT TIME PERIOD

12:15PM 19     SIMILAR TO THE EXHIBIT THAT WE LOOKED AT EARLIER THIS MORNING

12:15PM 20     IN CONNECTION WITH YOUR TESTIMONY?

12:15PM 21     A.   YES.

12:15PM 22     Q.   AND IS THIS A DOCUMENT THAT YOU USED IN THE ORDINARY

12:15PM 23     COURSE OF YOUR BUSINESS TO VALUE OPTIONS THAT THE COMPANY MIGHT

12:16PM 24     PROVIDE TO EMPLOYEES?

12:16PM 25     A.   YES.

12:16PM   1            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:16PM   2    EXHIBIT 5141.

12:16PM   3            MR. COOPERSMITH:  YOUR HONOR, RULE 802 OBJECTION ON

12:16PM   4    THE ATTACHMENT.

12:16PM   5            THE COURT:  OVERRULED.  IT CAN BE ADMITTED.  AND IT

12:16PM   6    MAY BE PUBLISHED.

12:16PM   7        (GOVERNMENT'S EXHIBIT 5141 WAS RECEIVED IN EVIDENCE.)

12:16PM   8            MR. LEACH:  THANK YOU, YOUR HONOR.

12:16PM   9    Q.   MS. SPIVEY, LET'S FIRST LOOK AT THE SUBSTANCE OF THE TWO

12:16PM  10    EMAILS.

12:16PM  11        DO YOU SEE WHERE VALESKA HINTZ IS ASKING YOU, WITH A COPY

12:16PM  12    TO MS. HOLMES, "HI DANISE, COULD YOU PLEASE SEND ME THE FINAL

12:16PM  13    409A VALUATION REPORT FOR SEPTEMBER 30TH, 2013."

12:16PM  14        DO YOU SEE THAT?

12:16PM  15    A.   YES.

12:16PM  16    Q.   AND YOU RESPOND BY ATTACHING THE REPORT?

12:16PM  17    A.   YES.

12:16PM  18    Q.   OKAY.  LET'S LOOK AT PAGE 2.

12:17PM  19        DO YOU SEE WHERE IT SAYS THERANOS INC. FMV OF COMMON STOCK

12:17PM  20    AS OF SEPTEMBER 30TH, 2013?

12:17PM  21    A.   YES.

12:17PM  22    Q.   AND FMV IS FAIR MARKET VALUE?

12:17PM  23    A.   YES.

12:17PM  24    Q.   AND THIS IS ARANCA'S ASSESSMENT OF THE FAIR MARKET VALUE

12:17PM  25    OF THERANOS'S COMMON STOCK AS OF A DIFFERENT DATE THAN THE ONE

12:17PM  1    WE LOOKED AT PREVIOUSLY?

12:17PM  2    A.   YES.

12:17PM  3    Q.   OKAY.  AND IN THE COURSE OF ARANCA'S PREPARATION OF THIS,

12:17PM  4    DID YOU PROVIDE THEM WITH HISTORICAL FINANCIAL INFORMATION?

12:17PM  5    A.   YES.

12:17PM  6    Q.   AND DID YOU ALSO PROVIDE THEM WITH PROJECTIONS OF

12:17PM  7    THERANOS'S FUTURE REVENUE BASED ON INFORMATION THAT YOU GOT

12:17PM  8    FROM MS. HOLMES AND MR. BALWANI?

12:17PM  9    A.   YES.

12:17PM 10    Q.   OKAY.  LET'S LOOK AND DRAW YOUR ATTENTION TO, LET'S TRY

12:18PM 11    PAGE 51, PLEASE.  IF WE CAN ZOOM IN ON THE TABLE, THE SUMMARY

12:18PM 12    INFORMATION STATEMENT IN THOUSANDTHS.

12:18PM 13         MS. SPIVEY, DOES THIS APPEAR TO BE A PROJECTION OF

12:18PM 14    THERANOS'S REVENUE FOR THE TIME PERIODS 2013 THROUGH 2017?

12:18PM 15    A.   YES.

12:18PM 16    Q.   AND DO YOU BELIEVE THIS TO BE INFORMATION THAT YOU

12:18PM 17    PROVIDED TO ARANCA FROM MS. HOLMES AND MR. BALWANI?

12:18PM 18    A.   YES.

12:18PM 19    Q.   AND DO YOU SEE FOR 2013, THE REVENUES ARE PROJECTED TO BE

12:18PM 20    $50 MILLION.

12:18PM 21         DO YOU SEE THAT?

12:18PM 22    A.   YES.

12:18PM 23    Q.   AND THAT'S THE NUMBER THAT WE SAW FROM THE EMAIL BACK IN

12:18PM 24    AUGUST; CORRECT?

12:18PM 25    A.   I BELIEVE SO.

12:19PM  1    Q.   OKAY.  AND THAT'S ALSO CLOSE TO THE AMOUNT THAT WE SAW IN

12:19PM  2    THE PROJECTED STATEMENT OF INCOME FROM THE JULY TIME PERIOD; IS

12:19PM  3    THAT CORRECT?

12:19PM  4    A.   I'M NOT SURE.

12:19PM  5    Q.   OKAY.  DO YOU REMEMBER LOOKING AT A PROJECTED STATEMENT OF

12:19PM  6    INCOME WITH A $50 MILLION NUMBER?

12:19PM  7    A.   YES.

12:19PM  8    Q.   AND AS WE GO FORWARD IN TIME, THE PROJECTIONS ARE

12:19PM  9    89 MILLION FOR 2014, 112 MILLION FOR 2015, 131 MILLION FOR

12:19PM  10   2016, AND 143 MILLION FOR 2017.

12:19PM  11       DO YOU SEE THAT?

12:19PM  12   A.   YES.

12:19PM  13   Q.   OKAY.  AND WHERE DO THOSE NUMBERS COME FROM?

12:19PM  14   A.   EITHER FROM MR. BALWANI OR MS. HOLMES.

12:19PM  15   Q.   OKAY.  LET ME DRAW YOUR ATTENTION, PLEASE, TO

12:20PM  16   EXHIBIT 3533.

12:20PM  17       IS THIS AN EMAIL FROM YOU TO MS. HOLMES DATED

12:20PM  18   FEBRUARY 16TH, 2014?

12:20PM  19   A.   YES.

12:20PM  20   Q.   AND DO YOU SEE THE SUBJECT 409A PREP?

12:20PM  21   A.   YES.

12:20PM  22   Q.   IS THIS ANOTHER EMAIL AND THE TOPIC RELATING TO 409A

12:20PM  23   VALUATIONS THAT WE'VE BEEN DISCUSSING?

12:20PM  24   A.   YES.

12:20PM  25   Q.   AND DID YOU SEND THIS TO MS. HOLMES IN THE ORDINARY COURSE

```
12:20PM   1      OF BUSINESS?

12:20PM   2      A.   YES.

12:20PM   3              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:20PM   4      EXHIBIT 3533.

12:20PM   5              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:20PM   6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:20PM   7              (GOVERNMENT'S EXHIBIT 3533 WAS RECEIVED IN EVIDENCE.)

12:20PM   8      BY MR. LEACH:

12:21PM   9      Q.   MS. SPIVEY, LET ME DRAW YOUR ATTENTION TO THE TOP PART OF

12:21PM  10      YOUR EMAIL.  YOU WROTE, "HI ELIZABETH,

12:21PM  11              "WE SHOULD ALSO DISCUSS UPDATING THE 409A.  HERE ARE A FEW

12:21PM  12      QUESTIONS TO START.

12:21PM  13              "1.  THIS WAS THE REVENUE PROJECTION WE USED FOR THE LAST

12:21PM  14      ONE.  DO WE STILL KEEP THIS (JUST PUSH OUT BY ONE YEAR)?"

12:21PM  15              DO YOU SEE THAT?

12:21PM  16      A.   YES.

12:21PM  17      Q.   AND WHAT WERE YOU GETTING AT THERE?

12:21PM  18      A.   I WAS TRYING TO GET THE REVENUE PROJECTION FOR THE 409A.

12:21PM  19      Q.   OKAY.  AND YOU SAY THAT "THIS WAS THE REVENUE PROJECTION

12:21PM  20      THAT WE USED FOR THE LAST ONE."

12:21PM  21              IF WE CAN ZOOM OUT, MS. WACHS.

12:21PM  22              ARE THE NUMBERS YOU LISTED FOR THE LAST ONE LISTED BELOW

12:21PM  23      AT THE BOTTOM OF THE EMAIL?

12:21PM  24      A.   YES.

12:21PM  25      Q.   OKAY.  AND FOR FY 2013, IT READS HERE 50 MILLION.
```

12:21PM   1          DO YOU SEE THAT?

12:21PM   2     A.   YES.

12:21PM   3     Q.   AND WAS THAT THE NUMBER THAT WE SAW IN THE ARANCA REPORT

12:21PM   4     THAT WE JUST LOOKED AT IN THE PRIOR EXHIBIT?

12:22PM   5     A.   I THINK SO.

12:22PM   6     Q.   OKAY.  AND DO THE NUMBERS FOR 2014 THROUGH 2017 APPEAR

12:22PM   7     SIMILAR TO THE ONES THAT WE SAW IN THE ARANCA REPORT THAT WE

12:22PM   8     JUST LOOKED AT?

12:22PM   9     A.   YES.

12:22PM  10     Q.   OKAY.  LET'S MOVE FORWARD IN TIME, MS. SPIVEY.

12:22PM  11          IF I COULD DRAW YOUR ATTENTION TO 3527.

12:22PM  12          DO YOU HAVE THAT?

12:22PM  13     A.   YES.

12:22PM  14     Q.   OKAY.  IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND

12:22PM  15     MS. HOLMES RELATING TO 409A ISSUES?

12:22PM  16     A.   YES.

12:22PM  17               MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS 3527.

12:23PM  18               MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:23PM  19               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:23PM  20          (GOVERNMENT'S EXHIBIT 3527 WAS RECEIVED IN EVIDENCE.)

12:23PM  21     BY MR. LEACH:

12:23PM  22     Q.   LET'S STARTED, MS. SPIVEY, ON PAGE 2.  THERE APPEARS TO BE

12:23PM  23     AN EMAIL FROM MS. HOLMES SAYING, "HOW FAST CAN ARANCA DO A 409A

12:23PM  24     AS OF NOW."

12:23PM  25          DO YOU SEE THAT?

12:23PM  1    A.   YES.

12:23PM  2    Q.   AND YOU WROTE BACK, "I WILL CHECK... WHAT IS YOUR TIMING?"

12:23PM  3         DID I READ THAT CORRECTLY?

12:23PM  4    A.   YES.

12:23PM  5    Q.   AND WHAT DID MS. HOLMES SEEM TO BE ASKING OF YOU THERE?

12:23PM  6    A.   SHE WANTS ANOTHER ARANCA REPORT AS OF A DIFFERENT DATE.

12:23PM  7    Q.   OKAY.  SIMILAR TO THE ONES THAT WE HAVE BEEN LOOKING AT?

12:23PM  8    A.   CORRECT.

12:23PM  9    Q.   AND LET'S GO TO PAGE 1.

12:23PM  10        DO YOU SEE AT THE BOTTOM WHERE SHE WROTE "ASAP (THIS

12:24PM  11   YEAR)"?

12:24PM  12   A.   YES.

12:24PM  13   Q.   OKAY.  AND THEN THERE'S SOME BACK AND FORTH.  AND IN THE

12:24PM  14   MIDDLE OF THE PAGE AT DECEMBER 22ND AT 3:05, IT LOOKS LIKE YOU

12:24PM  15   WROTE, "I SENT OVER THE PROJECTION TO ARANCA LAST NIGHT.  THEY

12:24PM  16   KNOW WE HAVE A DEADLINE BEFORE THE END OF THE YEAR AND WILL

12:24PM  17   WORK WITH THAT.

12:24PM  18        "I USED THE SAME ASSUMPTIONS FOR REVENUE AS IN OCTOBER,

12:24PM  19   ROUGHLY 100M, 200M, 300M, AND 500M IN 2015 THRU 2018."

12:24PM  20        DO YOU SEE THAT?

12:24PM  21   A.   YES.

12:24PM  22   Q.   AND DOES THAT ACCURATELY DESCRIBE WHAT YOU PASSED ON TO

12:24PM  23   ARANCA?

12:24PM  24   A.   IN OCTOBER, YES.

12:24PM  25   Q.   OKAY.  AND THAT WOULD HAVE BEEN BASED ON INFORMATION FROM

SPIVEY DIRECT BY MR. LEACH

12:24PM   1       MS. HOLMES AND MR. BALWANI?

12:24PM   2    A.   YES.

12:24PM   3    Q.   AND MS. HOLMES WRITES BACK TO YOU "100M FOR 15 RIGHT."

12:25PM   4       DO YOU SEE THAT?

12:25PM   5    A.   YES.

12:25PM   6    Q.   AND WHAT DID THAT MEAN?

12:25PM   7    A.   SO SHE'S CONFIRMING THAT IT'S 100 MILLION FOR 2015.

12:25PM   8    Q.   AND CONFIRMING THAT THE REVENUE PROJECTION THAT YOU

12:25PM   9    PROVIDED TO ARANCA FOR 2015 WAS $100 MILLION?

12:25PM   10   A.   YES.

12:25PM   11   Q.   OKAY.  AND YOU WROTE BACK YES?

12:25PM   12   A.   YES.

12:25PM   13   Q.   SO YOU CONFIRMED THAT TO HER?

12:25PM   14   A.   CORRECT.

12:25PM   15   Q.   LET'S LOOK AT 5190, PLEASE.

12:25PM   16       DO YOU HAVE THAT IN FRONT OF YOU, 5190?

12:26PM   17   A.   YES.

12:26PM   18   Q.   IS THIS AN EMAIL FROM YOU TO MS. HOLMES AND MR. BALWANI

12:26PM   19   DATED DECEMBER 31ST, 2014?

12:26PM   20   A.   YES.

12:26PM   21   Q.   AND IS THE SUBJECT 409A REPORT?

12:26PM   22   A.   YES.

12:26PM   23   Q.   AND DO YOU ATTACH ANOTHER ARANCA REPORT SIMILAR TO THE

12:26PM   24   ONES THAT WE'VE LOOKED AT PREVIOUSLY?

12:26PM   25   A.   YES.

12:26PM 1   Q.   OKAY.  AND DID YOU -- DID YOU USE THE ATTACHMENT IN THE

12:26PM 2   ORDINARY COURSE OF BUSINESS TO VALUE THE STOCK OPTIONS?

12:26PM 3   A.   YES.

12:26PM 4        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:26PM 5   EXHIBIT 5190.

12:26PM 6        MR. COOPERSMITH:  SAME 802 OBJECTION, YOUR HONOR.

12:26PM 7        THE COURT:  THANK YOU.  THE OBJECTION IS OVERRULED.

12:26PM 8   803(6).  IT WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

12:26PM 9        (GOVERNMENT'S EXHIBIT 5190 WAS RECEIVED IN EVIDENCE.)

12:26PM 10  BY MR. LEACH:

12:26PM 11  Q.   MS. SPIVEY, IN THE EMAIL YOU WROTE, "THE CURRENT VALUE IS

12:27PM 12  $1.44 PER SHARE."

12:27PM 13       AND THEN THERE'S A SUMMARY OF DIFFERENT METHODS.  ARE

12:27PM 14  THOSE METHODS THAT ARANCA USED TO REACH THE VALUATION?

12:27PM 15  A.   YES.

12:27PM 16  Q.   AND WHY ARE YOU REPORTING THE CURRENT VALUE OF 1.44 PER

12:27PM 17  SHARE TO MS. HOLMES AND MR. BALWANI?

12:27PM 18  A.   I DON'T UNDERSTAND THE QUESTION.

12:27PM 19  Q.   WHY WERE YOU HIGHLIGHTING THAT INFORMATION FROM MS. HOLMES

12:27PM 20  AND MR. BALWANI, IF YOU REMEMBER?

12:27PM 21  A.   I MEAN, THAT WAS THE VALUE FOR THE 409 REPORTS, AND I

12:27PM 22  DON'T REMEMBER WHAT THE PURPOSE.  MAYBE IT WAS STOCK OPTION

12:27PM 23  GRANTING OR SOMETHING.  I DON'T REMEMBER.

12:27PM 24  Q.   OKAY.  YOU DON'T REMEMBER WHY YOU HIGHLIGHTED THAT

12:28PM 25  INFORMATION FROM THEM?

12:28PM   1        A.   RIGHT.

12:28PM   2        Q.   OKAY.  LET'S LOOK AT A PORTION OF THE REPORT.

12:28PM   3             I WANT TO DRAW YOUR ATTENTION TO PAGE 31.  AND DOES THIS

12:28PM   4        PORTION OF THE REPORT SUMMARIZE THE REVENUE ESTIMATES THAT

12:28PM   5        THERANOS WAS PROVIDING TO ARANCA?

12:28PM   6        A.   YES.

12:28PM   7        Q.   OKAY.  IF WE LOOK OVER TO THE FAR RIGHT COLUMN, DO YOU SEE

12:28PM   8        WHERE IT SAYS DEC-15?

12:28PM   9        A.   YES.

12:28PM  10        Q.   IS THAT THE YEAR END IN 2015?

12:28PM  11        A.   YES.

12:28PM  12        Q.   AND THE REVENUE PROJECTION THAT THERANOS PROVIDED TO

12:28PM  13        ARANCA WAS 113,452,000?

12:28PM  14        A.   YES.

12:28PM  15        Q.   AND THE NUMBER THAT WE SAW IN THE EMAIL THAT YOU WERE

12:29PM  16        EXCHANGING WITH MS. HOLMES WAS ROUGHLY IN THE HUNDRED MILLION

12:29PM  17        DOLLAR RANGE?

12:29PM  18        A.   CORRECT.

12:29PM  19        Q.   OKAY.  AND IF WE LOOK AT THE NEXT PAGE, PAGE 32, DO YOU

12:29PM  20        SEE THAT THERE ARE ALSO ESTIMATES FOR 2016, 2017, AND 2018?

12:29PM  21        A.   YES.

12:29PM  22        Q.   AND ARE THOSE NUMBERS IN THE RANGE OF WHAT YOU WERE

12:29PM  23        TALKING ABOUT WITH MS. HOLMES IN THE PRIOR EMAIL?

12:29PM  24        A.   YES.

12:29PM  25        Q.   AND I THINK WE TALKED ABOUT EARLIER -- IF WE CAN GO BACK

12:29PM   1    TO PAGE 31.  THERE'S A FORECAST OF 2014 REVENUE OF 150,000.

12:29PM   2         AM I READING THAT CORRECTLY?

12:29PM   3    A.   YES.

12:29PM   4    Q.   OKAY.  AND IS THAT ROUGHLY IN LINE WITH WHAT THERANOS

12:29PM   5    ACTUALLY ACHIEVED IN 2014?

12:29PM   6    A.   YES.

12:29PM   7    Q.   LET'S NEXT GO TO 5209, PLEASE.  AND I'M SORRY, BUT THAT'S

12:30PM   8    IN VOLUME 2.

12:30PM   9         DO YOU HAVE 5209 IN FRONT OF YOU, MS. SPIVEY?

12:30PM  10    A.   YES.

12:30PM  11    Q.   AND IS THIS AN EMAIL FROM YOU TO MS. HOLMES AND

12:30PM  12    MR. BALWANI RELATING TO THE 409 ISSUE?

12:30PM  13    A.   YES.

12:30PM  14    Q.   AND IS THIS DATED APRIL 13TH, 2015?

12:30PM  15    A.   YES.

12:30PM  16    Q.   AND DO YOU ATTACH FOR MS. HOLMES AND MR. BALWANI THE

12:30PM  17    LATEST 409A REPORT?

12:31PM  18    A.   YES.

12:31PM  19         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:31PM  20    EXHIBIT 5209.

12:31PM  21         MR. COOPERSMITH:  SAME.  802, YOUR HONOR.

12:31PM  22         THE COURT:  DID YOU WANT TO -- IS THIS THE SAME

12:31PM  23    REPORT?  I'M SORRY.

12:31PM  24         MR. LEACH:  IT'S A DIFFERENT REPORT, BUT SIMILAR

12:31PM  25    CONCEPTS.

12:31PM   1                 THE COURT:  DO YOU WANT TO JUST LAY A FOUNDATION?

12:31PM   2                 MR. LEACH:  SURE.

12:31PM   3     Q.   COULD I DRAW YOUR ATTENTION -- DO YOU SEE IN THE EMAIL,

12:31PM   4     MS. SPIVEY, THERE ARE TWO ATTACHMENTS?

12:31PM   5     A.   YES.

12:31PM   6     Q.   AND ONE IS A PDF AND ONE IS AN EXCEL SPREADSHEET?

12:31PM   7     A.   YES.

12:31PM   8     Q.   OKAY.  AND IF I COULD DRAW YOUR ATTENTION TO PAGE 2, DO

12:31PM   9     YOU SEE THERE'S A REPORT PREPARED BY ARANCA?

12:31PM  10     A.   YES.

12:31PM  11     Q.   AND IS THIS ANOTHER SITUATION OF A STOCK OPTION VALUATION

12:31PM  12     REPORT THAT YOU WOULD USE IN THE ORDINARY COURSE OF BUSINESS?

12:31PM  13     A.   YES.

12:31PM  14     Q.   AND DID YOU KEEP THIS IN THE ORDINARY COURSE OF THERANOS'S

12:31PM  15     BUSINESS?

12:31PM  16     A.   YES.

12:31PM  17     Q.   AND WAS IT PREPARED BASED ON INFORMATION BY PEOPLE WITH

12:32PM  18     KNOWLEDGE AT OR AROUND THE TIME?

12:32PM  19     A.   YES.

12:32PM  20     Q.   AND DID YOU RELY ON THE ACCURACY OF THIS TO PREPARE

12:32PM  21     THERANOS'S BOOKS AND RECORDS RELATING TO THE STOCK OPTION

12:32PM  22     VALUATION?

12:32PM  23     A.   YES.

12:32PM  24                 MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:32PM  25     EXHIBIT 5209.

SPIVEY DIRECT BY MR. LEACH

12:32PM   1              THE COURT:  THE OBJECTION IS OVERRULED.  IT'S

12:32PM   2   ADMITTED.  803(6).  IT MAY BE PUBLISHED.

12:32PM   3              (GOVERNMENT'S EXHIBIT 5209 WAS RECEIVED IN EVIDENCE.)

12:32PM   4              MR. LEACH:  IF WE CAN PLEASE GO, MS. WACHS, TO

12:32PM   5   PAGE 29.

12:32PM   6   Q.   DO YOU SEE THE HEADING BUSINESS PLAN REVIEW, MS. SPIVEY?

12:32PM   7   A.   YES.

12:32PM   8   Q.   AND DO YOU SEE WHERE IT SAYS, "THERANOS'S MANAGEMENT HAS

12:32PM   9   DEVELOPED FINANCIAL PROJECTIONS FOR THE BUSINESS BASED ON THEIR

12:32PM   10  REVIEW OF THE MARKET OPPORTUNITY, OPERATIONAL PLAN OF

12:32PM   11  COMMERCIALIZING THE SERVICE RECOVERS OFFERING, AND THE TIEUP

12:33PM   12  WITH WALGREENS."

12:33PM   13             DO YOU SEE THAT LANGUAGE?

12:33PM   14  A.   YES.

12:33PM   15  Q.   AND IF WE COULD GO TO PAGE 3.  I'M SORRY.  PAGE 30.

12:33PM   16             DO YOU SEE THE HEADING 4.3 INCOME STATEMENT?

12:33PM   17  A.   YES.

12:33PM   18  Q.   AND DOES THIS SUMMARIZE REVENUE PROJECTIONS THAT THERANOS

12:33PM   19  PROVIDED TO ARANCA FOR THE VALUATION?

12:33PM   20  A.   YES.

12:33PM   21  Q.   OKAY.  AND DO YOU SEE THE COLUMN FOR DECEMBER 2015?

12:33PM   22  A.   YES.

12:33PM   23  Q.   AND DO YOU SEE THE AMOUNT OF 113,438,000?

12:33PM   24  A.   YES.

12:33PM   25  Q.   OKAY.  IS THAT NUMBER SIMILAR TO WHAT WE SAW IN THE PRIOR

12:33PM   1    REPORT IN THE LAST EXHIBIT?

12:33PM   2    A.   SIMILAR, YES.

12:33PM   3    Q.   YEAH.  AND THE NUMBERS FOR 2016, 2017, 2018, ARE THOSE

12:34PM   4    ALSO SIMILAR TO THE PROJECTIONS WE SAW IN THE PRIOR EXHIBIT?

12:34PM   5    A.   YES.

12:34PM   6    Q.   OKAY.  YOU CAN PUT THAT BINDER ASIDE.

12:34PM   7         LET ME ASK ABOUT EXHIBIT 2623, WHICH SHOULD BE IN

12:34PM   8    VOLUME 1.

12:34PM   9         DOES THIS APPEAR TO BE AN EMAIL FROM YOU TO

12:34PM   10   ELIZABETH HOLMES AND SUNNY BALWANI DATED JULY 16TH, 2015?

12:34PM   11   A.   YES.

12:34PM   12   Q.   OKAY.  SO -- AND IS THE SUBJECT 409A?

12:35PM   13   A.   YES.

12:35PM   14   Q.   AND IS THIS ANOTHER EXAMPLE OF BACK AND FORTH BETWEEN YOU,

12:35PM   15   MS. HOLMES, AND MR. BALWANI ABOUT 409A VALUATIONS?

12:35PM   16   A.   YES.

12:35PM   17              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:35PM   18   EXHIBIT 2623.

12:35PM   19              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:35PM   20              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:35PM   21   (GOVERNMENT'S EXHIBIT 2623 WAS RECEIVED IN EVIDENCE.)

12:35PM   22              MR. LEACH:  IF WE COULD GO TO PAGE 2, MS. WACHS.

12:35PM   23   Q.   DOWN AT THE BOTTOM, MS. SPIVEY, THERE'S AN EMAIL FROM YOU

12:35PM   24   WITH THE SUBJECT SUNIL DHAWAN.

12:35PM   25         DO YOU SEE THAT?

12:35PM  1    A.   YES.

12:35PM  2    Q.   AND YOU WROTE DOWN AT THE BOTTOM, "HI SUNNY," AND IT

12:35PM  3    CONTINUES ON THE NEXT PAGE, "AS WE BRIEFLY TOUCHED BASE LAST

12:35PM  4    NIGHT, ALL OPTION GRANTS WOULD BE PENDING ON THE 409A VALUATION

12:35PM  5    (DUE TO MARK'S TRANSACTION).  IF YOU CAN HELP REVIEW THE

12:36PM  6    ASSUMPTIONS USED FOR THE PROJECTIONS, WE WILL MOVE THIS ALONG

12:36PM  7    QUICKLY.

12:36PM  8         THANKS, DANISE."

12:36PM  9         DO YOU SEE THAT?

12:36PM  10   A.   YES.

12:36PM  11   Q.   IS THAT AN EXAMPLE OF YOU SEEKING INPUT FROM MR. BALWANI

12:36PM  12   ABOUT WHAT TO DO FOR PROJECTIONS -- ON WHAT PROJECTIONS TO

12:36PM  13   PROVIDE TO ARANCA?

12:36PM  14   A.   YES.

12:36PM  15   Q.   LET'S GO BACK TO PAGE 2, PLEASE.  AND IF WE CAN ZOOM IN ON

12:36PM  16   THE EMAIL IN MIDDLE OF THE PAGE AT 8:19.

12:36PM  17        DO YOU SEE WHERE YOU WROTE, "PLEASE SEE ATTACHED FOR THE

12:36PM  18   FULL PROJECTION MODEL.  THE QUICKEST TURN-AROUND TIME IS TWO

12:36PM  19   WEEKS, DEPENDING ON HOW MUCH CHANGES TO THE ASSUMPTIONS WE ARE

12:36PM  20   MAKING.  THE ASSUMPTIONS WE HAD BEEN USING SINCE SEPTEMBER 2014

12:36PM  21   WERE AS FOLLOWS."

12:36PM  22        DO YOU SEE THAT?

12:36PM  23   A.   YES.

12:36PM  24   Q.   AND THEN THERE'S A TABLE BENEATH THAT.

12:36PM  25        WHAT IS REPRESENTED IN THE TABLE?

12:36PM 1    A.    THAT'S THE REVENUE NUMBER AND THE OTHER ASSUMPTIONS THAT I

12:37PM 2    USED TO CREATE THE PROJECTIONS THAT WE SENT TO ARANCA.

12:37PM 3    Q.    OKAY.  AND BASED ON THIS EMAIL, IS IT YOUR BELIEF THAT

12:37PM 4    THESE ARE THE PROJECTIONS THAT YOU HAD BEEN PROVIDING TO ARANCA

12:37PM 5    SINCE SEPTEMBER OF 2014?

12:37PM 6    A.    YES.

12:37PM 7    Q.    AND YOU WERE DOING YOUR BEST TO BE AS ACCURATE AS POSSIBLE

12:37PM 8    WITH ARANCA?

12:37PM 9    A.    YES.

12:37PM 10   Q.    LET'S GO BACK TO THE FIRST PAGE.

12:37PM 11         LOOK AT THE TOP EMAIL.  YOU WROTE HERE, "HI ELIZABETH,

12:37PM 12         "REVISED REVENUE NUMBERS PER DISCUSSION AND UPDATED MODEL.

12:37PM 13   I WILL SEND THIS TO ARANCA.

12:37PM 14         "WE WILL STILL NEED TO KNOW HOW MANY OPTIONS WILL BE

12:38PM 15   GRANTED AT THE NEW VALUE (WHETHER AND HOW MANY TO INCLUDE FOR

12:38PM 16   YOU AND SB).

12:38PM 17         "THANKS, DANISE."

12:38PM 18         DO YOU SEE THAT?

12:38PM 19   A.    YES.

12:38PM 20   Q.    AND IT LOOKS LIKE THE REVENUE NUMBER FOR 2015 IS NOW

12:38PM 21   $53 MILLION.

12:38PM 22         DO YOU SEE THAT?

12:38PM 23   A.    YES.

12:38PM 24   Q.    AND SO THE NUMBERS HAVE GONE DOWN?

12:38PM 25   A.    YES.

12:38PM  1    Q.  AND SITTING HERE TODAY, DO YOU HAVE A MEMORY OF WHY THAT

12:38PM  2    IS THE CASE?

12:38PM  3    A.  I DO NOT KNOW.

12:38PM  4    Q.  OKAY.  AND IS THIS AN EXAMPLE OF YOU SEEKING INPUT FROM

12:38PM  5    MR. BALWANI AND MS. HOLMES ABOUT WHAT INFORMATION TO PROVIDE TO

12:38PM  6    ARANCA?

12:38PM  7    A.  YES.

12:38PM  8    Q.  LET ME DRAW YOUR ATTENTION NOW TO EXHIBIT 4859.

12:39PM  9    A.  OKAY.

12:39PM  10   Q.  DID YOU PREPARE THIS?

12:39PM  11   A.  NO.

12:39PM  12   Q.  DID YOU RECOGNIZE THE HANDWRITING ON THIS?

12:39PM  13   A.  NO.

12:39PM  14   Q.  AND PRIOR TO 2015, HAD YOU EVER SEEN THIS?

12:39PM  15   A.  NO.

12:39PM  16   Q.  OKAY.  DURING PRIOR PROCEEDINGS AND MEETINGS WITH THE

12:39PM  17   GOVERNMENT, DID YOU HAVE AN OPPORTUNITY TO SEE THIS?

12:39PM  18   A.  YES.

12:39PM  19   Q.  OKAY.  BUT IT'S NOT SOMETHING THAT YOU HAD A HAND IN

12:39PM  20   PREPARING?

12:39PM  21   A.  CORRECT.

12:39PM  22          MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 4859 UNDER

12:39PM  23   RULE 104.  I ANTICIPATE ANOTHER WITNESS WILL LAY THE FOUNDATION

12:39PM  24   FOR THIS.

12:39PM  25          MR. COOPERSMITH:  YOUR HONOR, I HAVE A HEARSAY

12:39PM   1    OBJECTION TO THE EXHIBIT.  I UNDERSTAND THAT THEY MAY CALL

12:39PM   2    ANOTHER WITNESS, SO WE WOULD LIKE THE INSTRUCTION ON

12:39PM   3    CONDITIONAL EXHIBITS.

12:39PM   4              THE COURT:  ALL RIGHT.  THANK YOU.

12:39PM   5         OTHERWISE YOU HAVE NO OBJECTION?

12:40PM   6              MR. COOPERSMITH:  SUBJECT TO IT BEING --

12:40PM   7              THE COURT:  SURE.

12:40PM   8              MR. COOPERSMITH:  RIGHT.

12:40PM   9              THE COURT:  LADIES AND GENTLEMEN, THIS WILL BE

12:40PM  10    ADMITTED CONDITIONALLY.

12:40PM  11         PLEASE RECALL SOME OTHER EXHIBITS WERE ADMITTED IN THIS

12:40PM  12    FASHION.  THAT IS, THIS IS BEING ADMITTED AND IT WILL BE

12:40PM  13    PUBLISHED AND DISCUSSED SUBJECT TO A FURTHER FOUNDATION BEING

12:40PM  14    LAID BY ANOTHER WITNESS LATER IN THIS CASE.

12:40PM  15         SHOULD THAT FOUNDATION NOT OCCUR OR SHOULD THERE BE AN

12:40PM  16    ISSUE WITH THE ADMISSION OF THIS, I WILL THEN STRIKE THE

12:40PM  17    EXHIBIT, AS WELL AS ALL OF THE TESTIMONY THAT OCCURRED ABOUT

12:40PM  18    THE EXHIBIT.

12:40PM  19         WITH THAT PROVISO THEN, IT WILL BE CONDITIONALLY ADMITTED,

12:40PM  20    AND IT MAY BE PUBLISHED.

12:40PM  21         (GOVERNMENT'S EXHIBIT 4859 WAS CONDITIONALLY RECEIVED IN

12:40PM  22    EVIDENCE.)

12:40PM  23              MR. LEACH:  AND IF WE CAN ZOOM IN ON THE TOP HALF OF

12:40PM  24    THIS, MS. WACHS.  THAT'S GREAT.

12:41PM  25    Q.   DO YOU SEE THE HEADING PROJECTED STATEMENT OF INCOME,

12:41PM   1    MS. SPIVEY?

12:41PM   2    A.   YES.

12:41PM   3    Q.   AND DO YOU SEE TO THE RIGHT THERE ARE TWO COLUMNS FOR THE

12:41PM   4    PERIOD ENDING 2014 AND THE PERIOD ENDING 2015?

12:41PM   5    A.   YES.

12:41PM   6    Q.   AND DO YOU SEE TO THE LEFT THERE ARE SOME ENTRIES FOR

12:41PM   7    REVENUE U.S. COMMERCIAL ONLY?

12:41PM   8    A.   YES.

12:41PM   9    Q.   AND BENEATH THAT THERE ARE LINES, LAB SERVICES FROM U.S.

12:41PM  10    RETAIL PHARMACIES; LAB SERVICES REVENUE FROM PHYSICIAN OFFICES;

12:41PM  11    LAB SERVICES REVENUE FROM HOSPITALS; ONSITE SERVICES REVENUE

12:41PM  12    FROM HOSPITALS; PHARMACEUTICAL SERVICES; AND DOD.

12:41PM  13         DO YOU SEE THOSE ENTRIES?

12:41PM  14    A.   YES.

12:41PM  15    Q.   AND THEN THERE ARE SOME NUMBERS TO THE RIGHT?

12:41PM  16    A.   YES.

12:41PM  17    Q.   AND YOU DIDN'T HAVE A HAND IN PUTTING THESE TOGETHER?

12:41PM  18    A.   NO.

12:41PM  19    Q.   OKAY.  DO YOU KNOW WHETHER THIS WAS EVER PROVIDED TO AN

12:41PM  20    INVESTOR?

12:41PM  21    A.   I DO NOT KNOW.

12:41PM  22    Q.   OKAY.  DO YOU KNOW WHERE THE NUMBERS IN HERE COME FROM?

12:42PM  23    A.   I DO NOT KNOW.

12:42PM  24    Q.   OKAY.  THERE'S AN ENTRY OF $40 MILLION IN 2014 FOR

12:42PM  25    PHARMACEUTICAL SERVICES.

12:42PM 1        DO YOU SEE THAT?

12:42PM 2    A.   YES.

12:42PM 3    Q.   DID THERANOS HAVE ANY REVENUE FROM PHARMACEUTICAL SERVICES

12:42PM 4    IN 2014?

12:42PM 5    A.   NO.

12:42PM 6    Q.   TO THE RIGHT THERE'S A NUMBER FOR 2015 AND IT'S CROSSED

12:42PM 7    OUT.

12:42PM 8        DO YOU SEE THAT?

12:42PM 9    A.   YES.

12:42PM 10   Q.   AND DID THERANOS HAVE ANY PHARMACEUTICALS REVENUE IN 2015?

12:42PM 11   A.   NO.

12:42PM 12   Q.   ABOVE THAT THERE IS AN ENTRY OF $47 MILLION FOR LAB

12:42PM 13   SERVICES REVENUE FROM HOSPITALS IN 2014.

12:42PM 14       DO YOU SEE THAT?

12:42PM 15   A.   YES.

12:42PM 16   Q.   AND DID THERANOS EVER HAVE ANY REVENUE FROM HOSPITALS?

12:42PM 17   A.   NO.

12:42PM 18   Q.   ABOVE THAT THERE IS AN ENTRY FOR $11 MILLION.

12:42PM 19       DO YOU SEE THAT?

12:42PM 20   A.   YES.

12:42PM 21   Q.   AND THIS IS ASSOCIATED WITH LAB SERVICES REVENUE FROM

12:42PM 22   PHYSICIAN OFFICES?

12:42PM 23   A.   YES.

12:42PM 24   Q.   AND DID THERANOS EVER HAVE REVENUE FROM PHYSICIAN OFFICES?

12:43PM 25   A.   NO.

12:43PM 1   Q.   DO YOU SEE WHERE THE TOTAL REVENUE FOR 2014 IS

12:43PM 2   $140 MILLION?

12:43PM 3   A.   YES.

12:43PM 4   Q.   OKAY.  AND DO YOU SEE TO THE RIGHT WHERE IT IS CIRCLED

12:43PM 5   $990 MILLION?

12:43PM 6        DO YOU SEE THAT?

12:43PM 7   A.   990 MILLION, YES.

12:43PM 8   Q.   OKAY.  AND YOU DON'T KNOW -- YOU HAVE NO IDEA WHERE THAT

12:43PM 9   COMES FROM?

12:43PM 10  A.   NO.

12:43PM 11  Q.   OKAY.  MS. WACHS, IF WE COULD PLEASE COMPARE THIS TO

12:43PM 12  EXHIBIT 2623, PAGE 2.

12:43PM 13       MY QUESTION, MS. SPIVEY, IN 2623, THE PROJECTED REVENUE

12:44PM 14  WAS $113 MILLION.

12:44PM 15       DO YOU SEE THAT?

12:44PM 16  A.   YES.

12:44PM 17  Q.   AND IN THIS DOCUMENT IT'S $990 MILLION.

12:44PM 18       DO YOU SEE THAT?

12:44PM 19  A.   YES.

12:44PM 20  Q.   AND DO YOU HAVE ANY EXPLANATION FOR THE DIFFERENCE IN

12:44PM 21  THOSE TWO?

12:44PM 22  A.   NO.

12:44PM 23  Q.   DID MS. HOLMES OR MR. BALWANI EVER TELL YOU THAT THEY WERE

12:44PM 24  PROVIDING PROJECTIONS DIFFERENT FROM WHAT WAS GOING TO ARANCA

12:44PM 25  TO SOME OTHER AUDIENCE?

12:44PM  1    A.   NO.

12:44PM  2    Q.   DID THERANOS EVER ACHIEVE ANYTHING CLOSE TO $990 MILLION

12:44PM  3    IN REVENUE?

12:44PM  4    A.   NO.

12:44PM  5    Q.   I'M SORRY?

12:44PM  6    A.   NO.

12:44PM  7    Q.   OKAY.  I WANT TO SWITCH TOPICS, MS. SPIVEY, TO A FINAL FEW

12:44PM  8    LAST TOPICS, AND DRAW YOUR ATTENTION IN VOLUME 2 TO

12:44PM  9    EXHIBIT 5454.

12:45PM  10        IS THIS AN EMAIL FROM YOU TO MS. HOLMES AND MR. BALWANI

12:45PM  11   DATED JULY 25TH, 2015?

12:45PM  12   A.   YES.

12:45PM  13   Q.   AND ARE YOU SEEKING APPROVAL FROM MS. HOLMES AND

12:45PM  14   MR. BALWANI FOR CERTAIN EXPENSES OF THE COMPANY?

12:45PM  15   A.   YES.

12:45PM  16   Q.   AND FROM TIME TO TIME -- WHO HAD TO APPROVE EXPENSES

12:45PM  17   WITHIN THERANOS?

12:45PM  18   A.   THAT DEPENDS ON THE AMOUNT OF THE EXPENSES, BUT ALL

12:45PM  19   PAYMENT WILL GO THROUGH SUNNY BALWANI.

12:45PM  20   Q.   SO HE APPROVED EVERY PAYMENT?

12:45PM  21   A.   YES.

12:45PM  22   Q.   OKAY.  AND WHEN YOU WERE SEEKING MR. BALWANI'S APPROVAL

12:46PM  23   FOR PAYMENTS, DID YOU DO YOUR BEST TO BE ACCURATE?

12:46PM  24   A.   YES.

12:46PM  25   Q.   AND DID YOU OCCASIONALLY SEEK APPROVAL FROM HIM BY MEANS

12:46PM  1    OF EMAIL IN THE ORDINARY COURSE OF BUSINESS?

12:46PM  2    A.   YES.

12:46PM  3    Q.   AND DID YOU KEEP THOSE EMAILS IN ORDER TO MEMORIALIZE WHAT

12:46PM  4    YOU WERE SEEKING FROM MR. BALWANI AND WHAT HE APPROVED?

12:46PM  5    A.   YES.

12:46PM  6    Q.   OKAY.  THERE'S AN ATTACHMENT TO THIS DOCUMENT ON PAGE 4.

12:46PM  7         DO YOU SEE THAT?

12:46PM  8    A.   YES.

12:46PM  9    Q.   AND WERE YOU PROVIDING THIS TO MR. BALWANI SO THAT HE

12:46PM  10   COULD KNOW THE SUBSTANCE OF WHAT YOU WERE SEEKING APPROVAL FOR?

12:46PM  11   A.   YES.

12:46PM  12        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:46PM  13   EXHIBIT 5454.

12:46PM  14        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:46PM  15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:46PM  16     (GOVERNMENT'S EXHIBIT 5454 WAS RECEIVED IN EVIDENCE.)

12:46PM  17   BY MR. LEACH:

12:46PM  18   Q.   LET ME DRAW YOUR ATTENTION, MS. SPIVEY, TO THE BOTTOM

12:47PM  19   PORTION OF THE EMAIL, THE ONE FROM SOMEONE NAMED

12:47PM  20   CARISA BIANCHI.

12:47PM  21        DO YOU SEE THAT?

12:47PM  22   A.   YES.

12:47PM  23   Q.   AND WHO IS SHE?

12:47PM  24   A.   SHE WAS THE HEAD OF MARKETING AT THERANOS.

12:47PM  25   Q.   THE HEAD OF MARKETING?

SPIVEY DIRECT BY MR. LEACH

12:47PM  1     A.   YEAH.

12:47PM  2     Q.   OKAY.  AND THE SUBJECT IS HORIZON MEDIA.

12:47PM  3          WHAT IS HORIZON MEDIA?

12:47PM  4     A.   IT'S A COMPANY THAT HANDLES ALL OF THE MARKETING CAMPAIGN

12:47PM  5     FOR THERANOS.

12:47PM  6     Q.   AND WHEN YOU SAY "THE MARKETING CAMPAIGN," WHAT DOES THAT

12:47PM  7     MEAN?

12:47PM  8     A.   THE T.V. COMMERCIAL, RADIO, SOMETHING LIKE THAT.

12:47PM  9     Q.   MS. BIANCHI WRITES IN THE EMAIL, "HI SUNNY.

12:47PM 10          "HERE IS THE DETAILED LIST OF WHAT IS INCLUDED IN THE

12:47PM 11     PHOENIX MEDIA PLAN FOR THIRD AND FOURTH QUARTER.

12:47PM 12          "ALL INVOICES REFLECT DATES THROUGH END OF YEAR."

12:48PM 13          DO YOU SEE THAT LANGUAGE?

12:48PM 14     A.   YES.

12:48PM 15     Q.   AND THEN IN ITEM NUMBER 2, IT SAYS, "WIRE FUNDS DUE 7/31,

12:48PM 16     $1,126,661."

12:48PM 17          DO YOU SEE THAT?

12:48PM 18     A.   YES.

12:48PM 19     Q.   AND THEN IT SAYS "FOR 3Q AND 4Q T.V."

12:48PM 20          DO YOU SEE THAT?

12:48PM 21     A.   YES.

12:48PM 22     Q.   AND IS THAT CONSISTENT WITH THE TYPE OF MARKETING THAT

12:48PM 23     THERANOS WOULD PAY HORIZON MEDIA FOR?

12:48PM 24     A.   YES.

12:48PM 25     Q.   AND SHE THEN WRITES, "I WILL HAVE THE 3Q AND 4Q BUYS READY

12:48PM 1    FOR YOUR AND ELIZABETH'S REVIEW NEXT TUESDAY."

12:48PM 2         AND THEN IT CONTINUES ON THE NEXT PAGE.

12:48PM 3         DO YOU SEE WHERE IT SAYS, "THERE IS ALSO AN EXPENDITURE

12:48PM 4    FOR 3Q AND 4Q RADIO"?

12:48PM 5    A.   YES.

12:48PM 6    Q.   AND THEN BENEATH THAT IT SAYS, SEPTEMBER DJ AND T.V. HOST

12:48PM 7    ON-AIR SEGMENTS, ATTACHING PROPOSED DJ COPY POINTS.

12:49PM 8         DO YOU SEE THAT?

12:49PM 9    A.   YES.

12:49PM 10   Q.   AND THEN IF WE GO BACK TO PAGE 1 UP AT THE TOP, DO YOU SEE

12:49PM 11   THE ATTACHMENT FOR DJ COPY POINTS.DOCX?

12:49PM 12        DO YOU SEE THAT ATTACHMENT?

12:49PM 13   A.   YES.

12:49PM 14   Q.   AND DO YOU BELIEVE THAT TO BE A REFERENCE TO ATTACHING

12:49PM 15   PROPOSED DJ COPY POINTS?

12:49PM 16   A.   YES.

12:49PM 17   Q.   OKAY.  AND YOU WROTE TO MR. BALWANI AND MS. HOLMES,

12:49PM 18   "CARISA GAVE MORE DETAILS ABOUT THE WIRE REQUEST.  DO YOU WANT

12:49PM 19   ME TO SUBMIT A WIRE FOR MONDAY DELIVERY?"

12:49PM 20        DO YOU SEE THAT?

12:49PM 21   A.   YES.

12:49PM 22   Q.   AND IS THAT CONSISTENT WITH YOUR PRACTICE OF SEEKING

12:49PM 23   APPROVAL FROM MR. BALWANI FOR ALL WIRE TRANSFERS?

12:49PM 24   A.   YES.

12:49PM 25   Q.   PLEASE GO BACK IN YOUR BINDER TO EXHIBIT 5795.  THIS

12:50PM 1      SHOULD BE IN VOLUME 2.

12:50PM 2          IS THIS AN EMAIL FROM YOU TO MR. BALWANI DATED JUNE 25TH,

12:50PM 3      2015?

12:50PM 4      A.   YES.

12:50PM 5      Q.   AND ARE YOU SEEKING APPROVAL FOR PAYMENT FOR ANOTHER

12:50PM 6      EXPENSE ASSOCIATED WITH THE COMPANY?

12:50PM 7      A.   YES.

12:50PM 8      Q.   AND DID YOU SEND THIS IN THE ORDINARY COURSE OF THERANOS'S

12:50PM 9      BUSINESS?

12:50PM 10     A.   YES.

12:50PM 11     Q.   IS THIS BASED ON INFORMATION FROM YOU OR PROVIDED TO YOU

12:50PM 12     BY PERSONS WITH KNOWLEDGE?

12:50PM 13     A.   YES.

12:50PM 14     Q.   AND WAS THIS KEPT IN THE ORDINARY COURSE OF BUSINESS?

12:50PM 15     A.   YES.

12:50PM 16     Q.   AND DID YOU DO YOUR BEST TO ACCURATELY SUMMARIZE FOR

12:50PM 17     MR. BALWANI WHAT YOU WERE SEEKING APPROVAL FOR?

12:50PM 18     A.   YES.

12:51PM 19              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:51PM 20     EXHIBIT 5795.

12:51PM 21              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:51PM 22              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:51PM 23         (GOVERNMENT'S EXHIBIT 5795 WAS RECEIVED IN EVIDENCE.)

12:51PM 24     BY MR. LEACH:

12:51PM 25     Q.   MS. SPIVEY, I WANT TO DRAW YOUR ATTENTION TO THE SUBSTANCE

12:51PM   1    OF THE EMAIL.

12:51PM   2           YOU WROTE, "HI SUNNY.

12:51PM   3           "THIS WIRE IS REQUESTED BY HEATHER/EVAN AND IS FOR THE

12:51PM   4    REFERENCE MATTER OF ERIKA CHEUNG AND TYLER SHULTZ."

12:51PM   5           DO YOU SEE THAT?

12:51PM   6    A.   YES.

12:51PM   7    Q.   AND WHO DID YOU REFER TO -- WHO IS HEATHER?

12:51PM   8    A.   HEATHER WAS THE GENERAL COUNSEL AT THERANOS.

12:51PM   9    Q.   OKAY.  AND WHO IS EVAN?

12:51PM  10    A.   EVAN WAS AN ATTORNEY AT BOIES SCHILLER.

12:51PM  11    Q.   AND WHAT IS BOIES SCHILLER?

12:51PM  12    A.   IT'S A LAW FIRM THAT THERANOS USED.

12:51PM  13    Q.   AND DID YOU HAVE OCCASION FROM TIME TO TIME TO INTERACT

12:51PM  14    WITH BOIES SCHILLER LAWYERS?

12:52PM  15    A.   YES.

12:52PM  16    Q.   YOU THEN WROTE -- AND YOU RECOGNIZE ERIKA CHEUNG AND

12:52PM  17    TYLER SHULTZ AS EMPLOYEES OR FORMER EMPLOYEES OF THERANOS?

12:52PM  18    A.   YES.

12:52PM  19    Q.   YOU THEN WROTE, "I AM ATTACHING THE ENGAGEMENT LETTER

12:52PM  20    BETWEEN BSF AND INTERFOR."

12:52PM  21           DO YOU SEE THAT?

12:52PM  22    A.   YES.

12:52PM  23    Q.   AND THERE'S A PROPOSED PAYMENT TO INTERFOR FOR

12:52PM  24    $24,552.30.

12:52PM  25           DO YOU SEE THAT?

SPIVEY DIRECT BY MR. LEACH                                    2054

12:52PM   1     A.   YES.

12:52PM   2     Q.   AND IN THE COMMENTS IT SAYS LEGAL.

12:52PM   3          DO YOU SEE THAT?

12:52PM   4     A.   YES.

12:52PM   5     Q.   AND DO YOU KNOW WHETHER INTERFOR PROVIDES SOME TYPE OF

12:52PM   6     INVESTIGATIVE SERVICES?

12:52PM   7               MR. COOPERSMITH:  OBJECTION.  LEADING.

12:52PM   8               THE COURT:  SUSTAINED.

12:52PM   9     BY MR. LEACH:

12:52PM  10     Q.   BEFORE THIS EMAIL, DID YOU HAVE ANY INFORMATION ABOUT WHAT

12:52PM  11     INTERFOR DID?

12:52PM  12     A.   I DON'T REMEMBER.

12:52PM  13     Q.   WAS -- YOU KNOW THE NAME BOIES SCHILLER?  THEY'RE A LAW

12:52PM  14     FIRM?

12:52PM  15     A.   YES.

12:52PM  16     Q.   DO YOU KNOW WHETHER INTERFOR IS A LAW FIRM?

12:53PM  17     A.   I DO NOT KNOW.

12:53PM  18     Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO EXHIBIT 5796.

12:53PM  19          DO YOU KNOW WHAT THIS DOCUMENT IS?

12:53PM  20     A.   YES.

12:53PM  21     Q.   AND WHAT IS IT?

12:53PM  22     A.   IT'S THE SUMMARY OF EXPENSES BY CATEGORY.

12:53PM  23     Q.   DID YOU PREPARE THIS IN THE ORDINARY COURSES OF THERANOS'S

12:53PM  24     BUSINESS?

12:53PM  25     A.   YES.

12:53PM   1              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

12:53PM   2     EXHIBIT 5796.

12:53PM   3              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:53PM   4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:54PM   5         (GOVERNMENT'S EXHIBIT 5796 WAS RECEIVED IN EVIDENCE.)

12:54PM   6     BY MR. LEACH:

12:54PM   7     Q.   I THINK WE MIGHT HAVE TO USE THE NATIVE HERE.

12:54PM   8         MS. SPIVEY, I ONLY HAD ONE QUESTION ON THIS DOCUMENT.  I

12:54PM   9     WANTED TO DRAW YOUR ATTENTION TO ROWS 26 AND 27.

12:54PM  10         DO YOU SEE THE NAMES E. CHEUNG AND T. SHULTZ PROJECT?

12:54PM  11     A.   YES.

12:54PM  12     Q.   AND DO YOU SEE THAT NAME INTERFOR AGAIN?

12:54PM  13     A.   YES.

12:54PM  14     Q.   AND ABOVE THAT THERE'S SOMEONE NAMED DAVID B. FECHHEIMER?

12:54PM  15     A.   YES.

12:54PM  16     Q.   AND DO YOU SEE THAT?

12:54PM  17     A.   YES.

12:54PM  18     Q.   AND DO YOU RECOGNIZE THAT NAME?

12:54PM  19     A.   YES.

12:54PM  20     Q.   AND ARE THESE AMOUNTS THAT WERE PAID TO THESE TWO VENDORS

12:54PM  21     AT SOME POINT IN THE TIME PERIOD OF 2015 TO 2016?

12:54PM  22     A.   I'M NOT SURE ABOUT THE PAYMENT, BUT THIS IS THE AMOUNT

12:54PM  23     THAT THEY BILLED US.

12:54PM  24     Q.   OKAY.  ANY REASON TO DOUBT THAT YOU MADE THOSE PAYMENTS?

12:54PM  25     A.   THERE MAY BE A TIMING DIFFERENCE.

12:54PM 1    Q.   OTHER THAN THE TIMING DIFFERENCE, IS THERE ANY REASON TO

12:55PM 2    BELIEVE THAT YOU DIDN'T MAKE THOSE PAYMENTS?

12:55PM 3    A.   NO.

12:55PM 4    Q.   ONE LAST SUBJECT MATTER, MS. SPIVEY.

12:55PM 5         I'D LIKE TO DISPLAY FOR YOU WHAT IS IN EVIDENCE, WITH THE

12:55PM 6    COURT'S PERMISSION, IT'S EXHIBIT 5387H, WHICH IS IN EVIDENCE,

12:55PM 7    YOUR HONOR.

12:55PM 8              THE COURT:   YES.   THAT MAY BE PUBLISHED.

12:55PM 9    BY MR. LEACH:

12:55PM 10   Q.   MS. SPIVEY, I'M DISPLAYING 5387H, AND I WANT TO DRAW YOUR

12:55PM 11   ATTENTION TO PAGE 4.

12:55PM 12        WAS THIS A DOCUMENT THAT YOU WERE FAMILIAR WITH AT YOUR

12:55PM 13   TIME AT THERANOS?

12:55PM 14   A.   NO.

12:55PM 15   Q.   OKAY.   PRIOR TO TESTIFYING, DID YOU HAVE OCCASION TO LOOK

12:56PM 16   AT SOME OF THE TEXTS THAT ARE ON 5387H?

12:56PM 17   A.   NO.

12:56PM 18   Q.   OKAY.   WELL, LET ME SHOW YOU PAGE 4.

12:56PM 19        DO YOU SEE THAT THERE APPEARS TO BE A TEXT AT -- ON 6/23

12:56PM 20   AT 12:24:55 A.M. TO EAH2003?

12:56PM 21   A.   OH, YES.

12:56PM 22   Q.   AND DO YOU SEE WHERE IT SAYS, "WE WILL GET A PLANE FOR

12:56PM 23   THESE SHORT JOURNEYS AFTER C2."

12:56PM 24        DO YOU SEE THAT?

12:56PM 25   A.   YES.

12:56PM   1    Q.   AND DOES THE TERM C2 HAVE ANY MEANING TO YOU IN YOUR WORK

12:56PM   2    AT THERANOS?

12:56PM   3    A.   YES.  IT'S A CLASSIFICATION OF THE -- ONE OF THE PREFERRED

12:56PM   4    SERIES.

12:56PM   5    Q.   WHAT DO YOU MEAN BY "SERIES"?

12:57PM   6    A.   ONE OF THE PREFERRED STOCK INVESTMENT.

12:57PM   7    Q.   OKAY.  DID THERANOS REFER TO DIFFERENT INVESTMENT ROUNDS

12:57PM   8    AS SERIES?

12:57PM   9    A.   YES.

12:57PM  10    Q.   AND DID THOSE HAVE NUMBERS OR LETTERS ASSOCIATED WITH

12:57PM  11    THEM?

12:57PM  12    A.   YES.

12:57PM  13    Q.   OKAY.  AND WAS C2 ONE OF THEM?

12:57PM  14    A.   YES.

12:57PM  15    Q.   WAS THERE A C1?

12:57PM  16    A.   YES.

12:57PM  17    Q.   AND WAS THERE A B?

12:57PM  18    A.   YES.

12:57PM  19    Q.   OKAY.  AND THIS IS SAYING, "WE WILL GET A PLANE FOR THESE

12:57PM  20    SHORT JOURNEYS AFTER C2."

12:57PM  21         IN THE 2014, 2015 TIME PERIOD, DID THERANOS PAY A VENDOR

12:57PM  22    FOR PRIVATE JETS FOR ITS EXECUTIVES?

12:57PM  23                MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  SUBJECT TO

12:57PM  24    A PRIOR RULING BY THE COURT.

12:57PM  25                THE COURT:  OVERRULED.

12:57PM   1          YOU CAN ANSWER THE QUESTION.

12:57PM   2               THE WITNESS:  YES.

12:57PM   3      BY MR. LEACH:

12:57PM   4      Q.   AND DID YOU HAVE RESPONSIBILITY FOR PAYING THOSE INVOICES?

12:57PM   5      A.   YES.

12:57PM   6      Q.   OKAY.  LET'S LOOK AT PAGE 5.  IF WE CAN ZOOM IN TOWARDS

12:58PM   7      THE BOTTOM.

12:58PM   8          I WANT TO DRAW YOUR ATTENTION TO THE FIRST TEXT IN THE

12:58PM   9      CHAIN, MAY 6TH, 2012 AT 8:46.

12:58PM  10          DO YOU SEE WHERE IT SAYS, "LOVE YOU.  LET'S PUT EVERY

12:58PM  11      OUNCE OF ENERGY IN FOCUSSING ON BREAKING EVEN AND GETTING TO

12:58PM  12      15M REVENUE PER MONTH IN OCTOBER AND EVERY MONTH AFTER THAT --

12:58PM  13      MINIMUM 15M."

12:58PM  14          DO YOU SEE THAT?

12:58PM  15      A.   YES.

12:58PM  16      Q.   DID THERANOS EVER BREAK EVEN?

12:58PM  17      A.   NO.

12:58PM  18      Q.   OKAY.  AND DID THERANOS EVER ACHIEVE $15 MILLION IN

12:58PM  19      REVENUE PER MONTH?

12:58PM  20      A.   NO.

12:58PM  21      Q.   AND THIS IS IN, ACCORDING TO THIS, 2012.  WHAT WAS

12:58PM  22      THERANOS'S REVENUE IN 2012?

12:58PM  23      A.   I BELIEVE IT WAS ZERO.

12:59PM  24      Q.   OKAY.  LET'S LOOK AT PAGE 8, PLEASE.

12:59PM  25          DO YOU SEE UP AT THE TOP THERE APPEARS TO BE A MESSAGE

12:59PM    1    FROM SUNNY BALWANI TO EAH2003 WITH THE DATE OF MAY 9TH, 2012?

12:59PM    2    A.   YES.

12:59PM    3    Q.   DO YOU SEE THAT?

12:59PM    4    A.   YES.

12:59PM    5    Q.   AND THIS SAYS, "MISSING YOU.  THIS BUSINESS CANNOT BE

12:59PM    6    BUILT BY EITHER YOU OR I ALONE.  THAT'S WHY THE UNIVERSE

12:59PM    7    BROUGHT US TOGETHER (AMONG OTHER BILLION REASONS).  NO ON BUT

12:59PM    8    YOU AND I CAN BUILD THIS BUSINESS."

12:59PM    9         DO YOU SEE THAT LANGUAGE?

12:59PM   10    A.   YES.

12:59PM   11    Q.   AND THEN FURTHER BELOW EAH2003 WRITES, "WE HAVE TO WORK ON

12:59PM   12    THE REV PIECE."

12:59PM   13         DO YOU SEE THAT?

12:59PM   14    A.   YES.

12:59PM   15    Q.   AND YOU HAD DISCUSSIONS WITH MS. HOLMES FROM TIME TO TIME

12:59PM   16    ABOUT REVENUE AND CONCEPTS RELATING TO REVENUE; CORRECT?

01:00PM   17    A.   YES.

01:00PM   18    Q.   OKAY.  FURTHER DOWN BELOW THERE'S A MESSAGE APPARENTLY

01:00PM   19    FROM MR. BALWANI TO EAH2003, "YOU ARE THE COMPANY.  WE NEED

01:00PM   20    REVENUE PLUS FEW SENIOR LEVEL MANAGERS -- EXPERIENCED.  EVEN IF

01:00PM   21    THEY ONLY WORK 11 HOURS X 5."

01:00PM   22         DO YOU SEE THAT LANGUAGE?

01:00PM   23    A.   YES.

01:00PM   24    Q.   AND AGAIN, YOU HAD DISCUSSIONS FROM TIME TO TIME WITH

01:00PM   25    MR. BALWANI ABOUT REVENUE?

01:00PM   1     A.   YES.

01:00PM   2     Q.   OKAY.  LET'S LOOK AT PAGE 11.  AND IF WE CAN ZOOM IN ON

01:00PM   3     THE TOP HALF, MS. WACHS.

01:00PM   4         DO YOU SEE IN THE FIRST TWO MESSAGES ASSOCIATED WITH

01:00PM   5     MR. BALWANI IT SAYS, "THE QD UPGRADE AND SYSTEM SETUP QUOTE IS

01:01PM   6     80K."

01:01PM   7         AND THEN IT SAYS, "QAD."

01:01PM   8         DO YOU SEE THAT?

01:01PM   9     A.   YES.

01:01PM   10    Q.   AND DOES THE TERM "QAD" HAVE ANY MEANING FOR YOU?

01:01PM   11    A.   YES.  THAT'S THE FINANCIAL SYSTEM THAT THERANOS USED.

01:01PM   12    Q.   IT WAS THE FINANCIAL SYSTEM THAT THERANOS USED?

01:01PM   13    A.   YES.

01:01PM   14    Q.   OKAY.  THERE'S ANOTHER MESSAGE; "WE WILL NEED A SOLID ERP

01:01PM   15    SYSTEM IN PLACE FOR GMP PRODUCTION AND THIS IS THE FASTEST WE

01:01PM   16    WILL BE.  ORACLE OR SAP WILL TAKE US TO SEPTEMBER OCTOBER."

01:01PM   17         AND THEN FURTHER ON IT SAYS, "WE CAN'T MAKE A MULTI YEAR

01:01PM   18    2M COMMITMENT TO ORACLE UNTIL WE ARE CASH FLOW POSITIVE OR AT

01:01PM   19    LEAST BREAK EVEN."

01:01PM   20         DO YOU SEE THAT?

01:01PM   21    A.   YES.

01:01PM   22    Q.   DID THERANOS EVER SHIFT FROM THE QAD SYSTEM TO SOMETHING

01:02PM   23    ELSE?

01:02PM   24    A.   NO.

01:02PM   25    Q.   WAS THERANOS EVER CASH FLOW POSITIVE?

01:02PM  1    A.   NO.

01:02PM  2    Q.   DID THERANOS EVER BREAK EVEN?

01:02PM  3    A.   NO.

01:02PM  4    Q.   LET'S LOOK AT PAGE 12, PLEASE.  IF WE CAN ZOOM IN AT THE

01:02PM  5    BOTTOM.

01:02PM  6         DO YOU SEE THE DATE OF APRIL 20TH, 2013, MS. SPIVEY?

01:02PM  7    A.   YES.

01:02PM  8    Q.   AND DO YOU SEE WHERE IN THE FIRST MESSAGE IT SAYS,

01:02PM  9    "MANIFEST THE 150M WE SPOKE ABOUT.  I AM GOING TO FOCUS ON THE

01:02PM 10    CHANGES TO 2 CONTRACTS WE TALKED ABOUT TO GET ADDITIONAL DOLLAR

01:02PM 11    SIGN FROM BANKS."

01:02PM 12         DO YOU SEE THAT LANGUAGE?

01:02PM 13    A.   YES.

01:02PM 14    Q.   AND THEN FURTHER BELOW IT SAYS -- THERE'S A MESSAGE, THE

01:02PM 15    FOURTH MESSAGE DOWN, "I DON'T WANT TO DO ANYMORE CALLS WITH NC

01:03PM 16    AND MA AND PAUL AND CO.  REALLY TAKES A LOT OUT OF ME."

01:03PM 17         DO YOU SEE THAT LANGUAGE?

01:03PM 18    A.   YES.

01:03PM 19    Q.   DURING THIS TIME PERIOD, DID THERANOS HAVE A CONTRACT WITH

01:03PM 20    BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA?

01:03PM 21    A.   YES.

01:03PM 22    Q.   AND WAS THAT THE MONEY THAT WAS REFUNDED THAT WE LOOKED AT

01:03PM 23    EARLIER?

01:03PM 24    A.   YES.

01:03PM 25    Q.   AND DID THERANOS ALSO HAVE A CONTRACT WITH BLUE CROSS AND

01:03PM  1    BLUE SHIELD OF MASSACHUSETTS?

01:03PM  2    A.   YES.

01:03PM  3    Q.   AND WAS THAT MONEY REFUNDED?

01:03PM  4    A.   YES.

01:03PM  5    Q.   LET'S LOOK AT PAGE 13, PLEASE.  AND IF WE CAN ZOOM IN ON

01:03PM  6    THE TOP.

01:03PM  7         I DRAW YOUR ATTENTION, MS. SPIVEY, TO THE THIRD TEXT WHERE

01:03PM  8    IT SAYS, "I JUST DON'T WANT ANYONE FROM OUR COMPANY DEALING

01:04PM  9    WITH THEM.  GET THEM THE MONEY.  IF YOU SEE OUR HOSPITAL MODEL,

01:04PM 10    WE WILL MINT MONEY THERE ONCE WE GET OUR DEVICE PERFECTED."

01:04PM 11         DO YOU SEE THAT?

01:04PM 12    A.   YES.

01:04PM 13    Q.   AND IN THIS TIME PERIOD, 2013, DID YOU UNDERSTAND THAT

01:04PM 14    THERANOS WAS WORKING ON A DEVICE THAT IT WAS MANUFACTURING?

01:04PM 15    A.   YES.

01:04PM 16    Q.   WHAT -- DID YOU HAVE ANY ROLE IN THAT, OR DID YOU JUST

01:04PM 17    ACCOUNT FOR HOW MONEY WAS SPENT?

01:04PM 18    A.   CORRECT, I ONLY ACCOUNT FOR THE MONEY THAT WAS SPENT.

01:04PM 19    Q.   OKAY.  IF YOU COULD PLEASE NOW LOOK AT PAGE 18, IF WE CAN

01:04PM 20    DISPLAY IT.

01:04PM 21         DO YOU SEE THE DATE OF NOVEMBER 21ST, 2013?

01:04PM 22    A.   YES.

01:04PM 23    Q.   AND DO YOU SEE THERE APPEARS TO BE A MESSAGE FROM

01:04PM 24    MR. BALWANI, "U SHOULD MAKE URSELF COMFORTABLE WITH FINANCIAL

01:05PM 25    MODELS.  ALTERNATIVELY, U CAN COVER EVERYTHING ELSE AND I CAN

01:05PM  1    MEET WITH HIM ON TUESDAY AND ANSWER ANY QUESTIONS."

01:05PM  2         DO YOU SEE THAT LANGUAGE?

01:05PM  3    A.   YES.

01:05PM  4    Q.   OKAY.  AND IF WE COULD GO TO THE NEXT PAGE WITH THAT IN

01:05PM  5    MIND.

01:05PM  6         DO YOU SEE WHERE MS. HOLMES WROTE, OR APPEARS TO WRITE,

01:05PM  7    "WHAT ARE YOUR THOUGHTS ON SENDING FINANCIALS TO DFJ EVEN

01:05PM  8    THOUGH WE'VE NEVER SENT THEM AS AN EXISTING INVESTOR/ON SENDING

01:05PM  9    OTHER CONTENT TO THEM AT THIS STAGE."

01:05PM 10         AND THE NEXT LINE, "PROJECTS INCLUDE BS AND 2013 NUMBERS.

01:05PM 11    I GUESS IT IS OK."

01:05PM 12         DO YOU SEE THAT LANGUAGE?

01:05PM 13    A.   YES.

01:05PM 14    Q.   AND BS WAS AN ACRONYM THAT YOU WOULD USE FROM TIME TO TIME

01:05PM 15    WITH MS. HOLMES FOR BALANCE SHEET; IS THAT CORRECT?

01:05PM 16    A.   CORRECT.

01:05PM 17    Q.   IF WE CAN NOW PLEASE LOOK AT PAGE 22.

01:06PM 18         DO YOU SEE THE DATE NOVEMBER 28TH, 2013?

01:06PM 19    A.   YES.

01:06PM 20    Q.   AND THERE'S AN ENTRY APPARENTLY FROM MR. BALWANI, "WE ARE

01:06PM 21    AT 15M AS OF TODAY."

01:06PM 22         DO YOU SEE THAT LANGUAGE?

01:06PM 23    A.   YES.

01:06PM 24    Q.   AND THEN IT SAYS, "FREE CASH."

01:06PM 25         AND MS. HOLMES APPEARS TO REPLY, "I SAW THAT.

01:06PM  1          "DROP BY TO DISCUSS WHEN U CAN."

01:06PM  2          DO YOU SEE THAT LANGUAGE?

01:06PM  3     A.   YES.

01:06PM  4     Q.   I'D LIKE YOU TO KEEP THAT DATE OF NOVEMBER 28TH, 2013, AND

01:06PM  5     THAT TIME PERIOD IN MIND, MS. SPIVEY, IF YOU CAN.

01:06PM  6          AND IF WE CAN PLEASE GO BACK TO 5172, MS. WACHS.  IF WE

01:07PM  7     CAN GO TO COLUMN EW.

01:07PM  8          IS THIS THE COLUMN FOR THE TIME PERIOD NOVEMBER 25TH,

01:07PM  9     2013, TO DECEMBER 1ST, 2015?

01:07PM  10    A.   YES.

01:07PM  11    Q.   THE TIME PERIOD THAT WE SAW IN THE TEXT MESSAGE?

01:07PM  12    A.   YES.

01:07PM  13    Q.   OKAY.  AND IT SAYS TOTAL CASH BALANCES, $23,300,812.

01:07PM  14         DO YOU SEE THAT?

01:07PM  15    A.   YES.

01:07PM  16    Q.   AND WHAT WOULD THE AMOUNT BE IF YOU DON'T COUNT THE

01:07PM  17    7.5 MILLION FROM THE LETTER OF CREDIT?

01:07PM  18    A.   YOU SUM UP THE TOP THREE.

01:07PM  19    Q.   OKAY.  WOULD THAT BE ABOUT 15.5 MILLION?

01:07PM  20    A.   YES.

01:08PM  21    Q.   LET'S PLEASE GO BACK TO 5387H AND LOOK AT PAGE 71.

01:08PM  22         DO YOU SEE THE DATE OF MAY 6TH, 2015?

01:08PM  23    A.   YES.

01:08PM  24    Q.   AND THIS SAYS, THE FIRST ENTRY APPARENTLY FROM

01:08PM  25    MR. BALWANI, "WE NEED OUR HEADS DOWN AND EXECUTE.  BRING

01:08PM  1    BILLION EQUITY AND BILLION REVENUE."

01:08PM  2         DO YOU SEE THAT?

01:08PM  3    A.   YES.

01:08PM  4    Q.   AND DID THERANOS EVER ACHIEVE A BILLION DOLLARS IN

01:08PM  5    REVENUE?

01:08PM  6    A.   NO.

01:08PM  7    Q.   LET'S GO TO PAGE 92.

01:09PM  8         LET ME DRAW YOUR ATTENTION TO THE FIRST TEXT BENEATH THE

01:09PM  9    BLACK PORTION, MS. SPIVEY, AT 4:44:48 P.M. ON JULY 15TH, 2015.

01:09PM 10         IT SAYS, "I WORKED 6 YEARS DAY AND NIGHT TO HELP YOU.  I

01:09PM 11    AM SAD AT WHERE YOU AND I ARE.  I THOUGHT IT WOULD BE BETTER.

01:09PM 12    I KNOW UR ANGRY IN UR WAY.  AND UPSET WITH ME FOR NOT DOING

01:09PM 13    EVERYTHING YOU WANTED ME TO DO."

01:09PM 14         DO YOU SEE THAT LANGUAGE?

01:09PM 15    A.   YES.

01:09PM 16    Q.   AND FURTHER DOWN DO YOU SEE A TEXT THAT READS, "I AM

01:09PM 17    RESPONSIBLE FOR EVERYTHING AT THERANOS.  ALL HAVE BEEN MY

01:09PM 18    DECISIONS TOO."

01:09PM 19         DO YOU SEE THAT?

01:09PM 20    A.   YES.

01:09PM 21    Q.   AND OTHER THAN MS. HOLMES AND MR. BALWANI, WERE THERE ANY

01:10PM 22    OTHER SENIOR LEADERS WITHIN THERANOS?

01:10PM 23    A.   YES.

01:10PM 24    Q.   WHO?

01:10PM 25    A.   WELL, I GUESS CAN YOU DEFINE WHAT "SENIOR LEADER" MEANS?

01:10PM  1      Q.   LET ME ASK A BETTER QUESTION.

01:10PM  2           WHAT WAS MR. BALWANI'S TITLE AT THE TIME WHEN HE CAME ON

01:10PM  3      TO THE COMPANY?

01:10PM  4      A.   HE WAS THE CHIEF OPERATING OFFICER AND PRESIDENT.

01:10PM  5      Q.   OKAY.  AND WHAT WAS MS. HOLMES'S TITLE?

01:10PM  6      A.   CHIEF EXECUTIVE OFFICER.

01:10PM  7      Q.   OKAY.  AND WAS THERE ANYBODY MORE SENIOR THAN THE COO AND

01:10PM  8      THE CEO OF THE COMPANY?

01:10PM  9      A.   NO.

01:10PM  10     Q.   FURTHER DOWN BELOW THERE'S AN ENTRY AT 4:49.  "I AM NOT

01:10PM  11     LEAVING UNTIL WE BREAK EVEN.  WE WILL DO THIS TOGETHER AND I

01:10PM  12     WILL BE BY YOURSELF UNTIL THEN.  CAN'T LEAVE LIKE THIS."

01:11PM  13          DO YOU SEE THAT LANGUAGE?

01:11PM  14     A.   YES.

01:11PM  15     Q.   AND DID THERANOS EVER BREAK EVEN?

01:11PM  16     A.   NO.

01:11PM  17     Q.   OKAY.  AND IF WE CAN GO TO THE NEXT PAGE, PAGE 93.  ZOOM

01:11PM  18     IN ON THE TOP PORTION.

01:11PM  19          DO YOU SEE THERE'S A -- THE FOURTH TEXT DOWN, "THINGS ARE

01:11PM  20     DIFFERENT NOW.  WE NEED TO GET THE BUSINESS TO BREAK EVEN AND

01:11PM  21     THEN I WILL LEAVE.  WE R DIFFERENT WHEN IT COMES TO BUSINESS.

01:11PM  22     WE WILL BE HAPPIER THAT WAY.  BUT FOR NOW, U AND I BOTH ARE ON

01:11PM  23     SAME PAGE BECAUSE OF YESTERDAY THAT WE NEED TO BREAK EVEN."

01:11PM  24          DO YOU SEE THAT LANGUAGE?

01:11PM  25     A.   YES.

01:11PM  1    Q.   AND THEN FURTHER DOWN DO YOU SEE WHERE IT SAYS, "STAY

01:11PM  2    INTERNALLY FOCUSSED AND ONLY MEET WITH PEOPLE WHO HAVE DEALS IN

01:11PM  3    HAND.  THE PR STRATEGY IS WRONG AND I HAVE BEEN SAYING THAT.

01:11PM  4    WE NEED TO GO ON OFFENSE AND NOT BE DEFENSIVE."

01:11PM  5         DO YOU SEE THAT LANGUAGE?

01:12PM  6    A.   YES.

01:12PM  7    Q.   AND THEN IN THE LAST ENTRY, "CORRECT.  ONLY FIX IS CASH

01:12PM  8    AND BREAK EVEN.  ONCE WE HAVE THAT, U WON'T NEED ME."

01:12PM  9         DO YOU SEE THAT LANGUAGE?

01:12PM 10    A.   YES.

01:12PM 11    Q.   AND THE COMPANY NEVER GOT TO BREAK EVEN DURING YOUR TIME

01:12PM 12    PERIOD?

01:12PM 13    A.   NO.

01:12PM 14              MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

01:12PM 15              THE COURT:  YES.

01:12PM 16         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:12PM 17              MR. LEACH:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

01:12PM 18         THANK YOU, MS. SPIVEY.

01:12PM 19              THE COURT:  MR. COOPERSMITH, DO YOU HAVE QUESTIONS?

01:12PM 20              MR. COOPERSMITH:  YES, YOUR HONOR.  MAYBE IF WE

01:12PM 21    COULD HAVE A STANDING BREAK.

01:12PM 22              THE COURT:  WELL, WE'LL TAKE OUR RECESS NOW.

01:12PM 23         LADIES AND GENTLEMEN, WE'LL TAKE OUR AFTERNOON RECESS,

01:12PM 24    TAKE 30 MINUTES NOW, AND THEN WE'LL RESUME.

01:12PM 25              MR. COOPERSMITH:  YES, YOUR HONOR.

01:12PM  1           (RECESS FROM 1:12 P.M. UNTIL 1:47 P.M.)

01:47PM  2               THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

01:47PM  3       ALL COUNSEL ARE PRESENT, MR. BALWANI IS PRESENT.

01:47PM  4           OUR JURY AND ALTERNATES ARE PRESENT, AS IS MS. SPIVEY.

01:47PM  5           COUNSEL, YOU HAVE CROSS-EXAMINATION?

01:47PM  6               MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

01:47PM  7           MAY I REMOVE MY MASK?

01:47PM  8               THE COURT:  YES.

01:47PM  9               MR. COOPERSMITH:  AND I HAVE A COUPLE OF BINDERS FOR

01:47PM 10       THE COURT, IF I COULD JUST HAND THEM TO MS. ROBINSON.

01:47PM 11               THE COURT:  SURE.

01:47PM 12               MR. COOPERSMITH:  MIGHT I APPROACH THE WITNESS AS

01:47PM 13       WELL, YOUR HONOR?

01:47PM 14               THE COURT:  YES.

01:47PM 15               MR. COOPERSMITH:  (HANDING.)

01:48PM 16                           **CROSS-EXAMINATION**

01:48PM 17       BY MR. COOPERSMITH:

01:48PM 18       Q.   GOOD AFTERNOON, MS. SPIVEY.

01:48PM 19       A.   GOOD AFTERNOON.

01:48PM 20       Q.   AND I THINK WE'LL BE GOING UNTIL 4:00 TODAY, AND I'M GOING

01:48PM 21       TO BE ASKING YOU SOME QUESTIONS ON CROSS-EXAMINATION.

01:48PM 22           OKAY?

01:48PM 23       A.   YES.

01:48PM 24       Q.   AND I'VE HANDED YOU TWO BINDERS AND I'LL BE REFERRING TO

01:48PM 25       THEM FROM TIME TO TIME.

SPIVEY CROSS BY MR. COOPERSMITH                                          2069

01:48PM   1          I MAY ALSO REFER TO THE BINDERS YOU SAW THIS MORNING WHEN

01:48PM   2    THE GOVERNMENT WAS EXAMINING YOU, SO DON'T PUT THOSE TOO FAR

01:48PM   3    AWAY, I GUESS.  OKAY?

01:48PM   4          ALL RIGHT.  LET'S JUST START WITH YOUR BACKGROUND.  I KNOW

01:48PM   5    THAT MR. LEACH WENT INTO THIS A LITTLE BIT, BUT YOU'RE A

01:48PM   6    CERTIFIED PUBLIC ACCOUNTANT; IS THAT RIGHT?

01:48PM   7    A.   YES.

01:48PM   8    Q.   AND THAT'S WHAT YOU'VE DONE IN YOUR CAREER SINCE YOU'VE

01:48PM   9    GRADUATED FROM COLLEGE IT SOUNDS LIKE?

01:48PM   10   A.   YES.

01:48PM   11   Q.   AND AT SOME POINT YOU ALSO GOT A MASTERS OF BUSINESS

01:48PM   12   ADMINISTRATION?

01:48PM   13   A.   YES.

01:48PM   14   Q.   AND THAT WAS FROM THE UNIVERSITY OF ROCHESTER, I THINK, IN

01:48PM   15   UPSTATE NEW YORK?

01:48PM   16   A.   YES.

01:48PM   17   Q.   AND HOW LONG DID YOU WORK IN HONG KONG BEFORE YOU CAME

01:48PM   18   BACK TO WORK IN THE UNITED STATES?

01:48PM   19   A.   ABOUT FOUR YEARS.

01:48PM   20   Q.   OKAY.  AND THAT WAS AT DELOITTE YOU SAID?

01:49PM   21   A.   YES.

01:49PM   22   Q.   AND AS AN ACCOUNTANT, IT'S YOUR JOB TO TRY TO BE AS

01:49PM   23   ACCURATE AS POSSIBLE WITH KEEPING THE BOOKS AND RECORDS OF

01:49PM   24   COMPANIES, OR AUDITING COMPANIES, WHATEVER THE TASK MAY BE; IS

01:49PM   25   THAT FAIR?

SPIVEY CROSS BY MR. COOPERSMITH

01:49PM  1    A.   YES.

01:49PM  2    Q.   AND THAT'S WHAT YOU DID AT THERANOS?

01:49PM  3    A.   YES.

01:49PM  4    Q.   AND IN NO WAY DID YOU EVER TRY TO FALSIFY ANYTHING OR

01:49PM  5    PROVIDE ANYBODY WITH INACCURATE INFORMATION AT ANY TIME AT

01:49PM  6    THERANOS; IS THAT RIGHT?

01:49PM  7    A.   CORRECT.

01:49PM  8    Q.   NOW, YOU WORKED AT THERANOS, I THINK YOU SAID, FROM 2006

01:49PM  9    TO 2017?

01:49PM  10   A.   YES.

01:49PM  11   Q.   SO IT SOUNDS LIKE YOU STARTED AT THERANOS BEFORE

01:49PM  12   MR. BALWANI JOINED THE COMPANY; IS THAT RIGHT?

01:49PM  13   A.   YES.

01:49PM  14   Q.   AND YOU STAYED AT THERANOS AFTER MR. BALWANI LEFT THE

01:49PM  15   COMPANY?

01:49PM  16   A.   YES.

01:49PM  17   Q.   OKAY.  AND WHEN YOU LEFT THE COMPANY, WHY DID YOU LEAVE?

01:49PM  18   A.   THE COMPANY OUTSOURCED THE ACCOUNTING FUNCTION, SO THEY

01:49PM  19   LAID OFF THE WHOLE ACCOUNTING TEAM.

01:49PM  20   Q.   OKAY.  SO IT WAS BASICALLY A LAYOFF AT THAT POINT?

01:49PM  21   A.   YES.

01:49PM  22   Q.   SO IT WASN'T THAT YOU QUIT OR SOMETHING BECAUSE YOU WERE

01:50PM  23   HAVING TROUBLE WITH THE COMPANY OR ANYTHING LIKE THAT AT THAT

01:50PM  24   POINT?

01:50PM  25   A.   CORRECT.

SPIVEY CROSS BY MR. COOPERSMITH

01:50PM  1    Q.   AND WHILE YOU WERE THERE AT THERANOS FROM 2006 TO 2017, I

01:50PM  2    AM ASSUMING THE COMPANY GREW IN SIZE OVER THAT TIME?

01:50PM  3    A.   YES.

01:50PM  4    Q.   AND ABOUT HOW MANY EMPLOYEES WERE THERE WHEN YOU FIRST

01:50PM  5    STARTED IN 2006?

01:50PM  6    A.   ABOUT 60.

01:50PM  7    Q.   SIXTY?

01:50PM  8    A.   YES.

01:50PM  9    Q.   OKAY.  AND OVER TIME DID THE COMPANY ADD A LOT OF

01:50PM  10   ADDITIONAL EMPLOYEES FROM, LET'S SAY, DURING THE TIME THAT

01:50PM  11   MR. BALWANI WAS THERE FROM 2009 TO 2016?

01:50PM  12   A.   YES.

01:50PM  13   Q.   AND YOU KNEW THAT BECAUSE YOU WERE WORKING WITH PAYROLL

01:50PM  14   AND THAT SORT OF THING?

01:50PM  15   A.   CORRECT.

01:50PM  16   Q.   AND YOU ALSO MET SOME OF THOSE PEOPLE WHO JOINED THE

01:50PM  17   COMPANY, I'M ASSUMING.

01:50PM  18   A.   CAN YOU REPEAT?

01:50PM  19   Q.   YOU ALSO MET PEOPLE, VARIOUS EMPLOYEES WHO HAD DIFFERENT

01:50PM  20   FUNCTIONS AND DIFFERENT JOBS AT THERANOS; RIGHT?

01:50PM  21   A.   YES.

01:50PM  22   Q.   AND A LOT OF THEM WERE SCIENTISTS?

01:51PM  23   A.   YES.

01:51PM  24   Q.   AND WOULD IT BE FAIR TO SAY THAT FROM THE TIME THAT

01:51PM  25   MR. BALWANI JOINED UNTIL MR. BALWANI LEFT, THE COMPANY HIRED

01:51PM  1    QUITE A LOT OF SCIENTISTS TO WORK ON THERANOS'S RESEARCH AND

01:51PM  2    DEVELOPMENT PROJECTS?

01:51PM  3    A.   YES.

01:51PM  4    Q.   AND OTHER THINGS THAT THE COMPANY WAS DOING?

01:51PM  5    A.   YES.

01:51PM  6    Q.   AND DID YOU BELIEVE THAT, AS YOU UNDERSTOOD IT, THAT THOSE

01:51PM  7    SCIENTISTS WERE WORKING HARD EVERY DAY TO TRY TO MAKE THERANOS

01:51PM  8    AS GOOD A COMPANY AS IT COULD POSSIBLY BE?

01:51PM  9            MR. LEACH:  FOUNDATION.  RELEVANCE.  OBJECTION.

01:51PM  10           THE COURT:  DO YOU WANT TO -- I'M NOT CERTAIN ABOUT

01:51PM  11   HER PERSONAL KNOWLEDGE.  MAYBE YOU COULD ASK IT A DIFFERENT WAY

01:51PM  12   ABOUT HER OBSERVATIONS OF THE ESPRIT DE CORPS.  IS THAT WHAT

01:51PM  13   YOU'RE TRYING TO DETERMINE?

01:51PM  14           MR. COOPERSMITH:  PERHAPS, YOUR HONOR, BUT I'M HAPPY

01:51PM  15   TO ASK SOME MORE QUESTIONS.

01:51PM  16   Q.   SO DID YOU OBSERVE PEOPLE WORKING AT THERANOS, INCLUDING

01:51PM  17   PEOPLE ON THE SCIENTIFIC TEAM?

01:51PM  18   A.   UM --

01:51PM  19   Q.   DID YOU OBSERVE EMPLOYEES WORKING AT THERANOS IN

01:51PM  20   ADDITION -- BESIDES YOURSELF, DID YOU SEE A LOT OF PEOPLE

01:52PM  21   WORKING AT THERANOS?

01:52PM  22   A.   YES.

01:52PM  23   Q.   AND THAT INCLUDED THE SCIENTIFIC TEAM?

01:52PM  24   A.   YES.

01:52PM  25   Q.   AND FROM YOUR OBSERVATIONS, YOUR OWN PERSONAL

01:52PM  1    OBSERVATIONS, WHAT DID YOU OBSERVE ABOUT THE SCIENTISTS WORKING

01:52PM  2    AT THERANOS IN TERMS OF THEIR EFFORTS?

01:52PM  3    A.   LIKE SOMETIMES WHEN I WORK, I THINK WE ALL -- MANY OF US,

01:52PM  4    WE WORK, LIKE, LONG HOURS, AND SOMETIMES WE HAVE DINNER

01:52PM  5    TOGETHER, AND WE'RE ALL -- MANY OF US ARE TRYING VERY HARD.

01:52PM  6    Q.   AND THAT INCLUDED YOURSELF?

01:52PM  7    A.   RIGHT.

01:52PM  8    Q.   AND DID YOU OBSERVE -- YOU ALSO OBSERVED -- I'M SORRY.

01:52PM  9    LET ME SCRATCH THAT.

01:52PM  10       YOU ALSO OBSERVED MR. BALWANI WORKING VERY HARD EVERY DAY;

01:52PM  11   IS THAT RIGHT?

01:52PM  12   A.   YES.

01:52PM  13   Q.   HE WAS OFTEN IN THE OFFICE VERY LATE HOURS?

01:52PM  14   A.   YES.

01:52PM  15   Q.   AND SOMETIMES UNTIL LONG AFTER YOU LEFT FOR THE DAY?

01:52PM  16   A.   I DON'T KNOW.

01:52PM  17   Q.   OKAY.  BUT SOMETIMES HE WAS STILL THERE WHEN YOU LEFT?

01:52PM  18   A.   I DON'T REMEMBER BECAUSE HE'S ON A DIFFERENT FLOOR.

01:52PM  19   Q.   OKAY.  BUT YOU DID OBSERVE THAT HE WAS WORKING VERY LONG

01:53PM  20   HOURS AT THERANOS?

01:53PM  21   A.   YES.

01:53PM  22   Q.   AND MS. HOLMES AS WELL?

01:53PM  23   A.   YES.

01:53PM  24   Q.   AND DID YOU HAVE ANY DOUBT ABOUT THEIR WORK ETHIC?

01:53PM  25   A.   I DON'T KNOW.

01:53PM  1    Q.   OKAY.  AND YOU UNDERSTOOD THAT THEY WERE WORKING AT

01:53PM  2    THERANOS TO TRY TO MAKE THE COMPANY AS GOOD A COMPANY AS IT

01:53PM  3    COULD POSSIBLY BE?

01:53PM  4              MR. LEACH:  OBJECTION.  602.  FOUNDATION.

01:53PM  5              THE COURT:  SUSTAINED.  SUSTAINED.

01:53PM  6    BY MR. COOPERSMITH:

01:53PM  7    Q.   SO IN TERMS OF YOUR JOB, YOU WERE, AMONG OTHER THINGS

01:53PM  8    PERHAPS, YOU WERE KEEPING TRACK OF THE FINANCIAL MATTERS AT

01:53PM  9    THERANOS; IS THAT RIGHT?

01:53PM  10   A.   YES.

01:53PM  11   Q.   AND YOU IN YOUR POSITION SAW HOW THE COMPANY WAS GETTING

01:53PM  12   MONEY AND ALSO SPENDING MONEY; IS THAT FAIR?

01:53PM  13   A.   YES.

01:53PM  14   Q.   AND IN THAT CONNECTION, YOU SAW THE COMPANY WAS SPENDING A

01:53PM  15   LOT OF MONEY ON RESEARCH AND DEVELOPMENT PROJECTS; IS THAT

01:53PM  16   FAIR?

01:53PM  17   A.   YES.

01:53PM  18   Q.   AND THAT WAS DURING THE WHOLE TIME THAT YOU WERE THERE; IS

01:53PM  19   THAT RIGHT?

01:53PM  20   A.   YES.

01:53PM  21   Q.   AND THE RESEARCH AND DEVELOPMENT PROJECTS WERE DESIGNED TO

01:54PM  22   INVENT NEW PRODUCTS?

01:54PM  23   A.   YES.

01:54PM  24   Q.   AND USE THOSE PRODUCTS?

01:54PM  25   A.   YES.

01:54PM 1    Q.   AND DID YOU ALSO OBSERVE THAT THERE WAS MONEY BEING SPENT

01:54PM 2    ON THINGS LIKE ATTORNEYS?

01:54PM 3    A.   ON WHAT?

01:54PM 4    Q.   DID THE COMPANY SPEND MONEY ON LAW FIRMS AND ATTORNEYS?

01:54PM 5    A.   YES.

01:54PM 6    Q.   AND DID THE COMPANY SPEND MONEY ON USING THOSE ATTORNEYS

01:54PM 7    IN OTHER MEANS TO OBTAIN PATENTS?

01:54PM 8    A.   YES.

01:54PM 9    Q.   AND YOU KNEW THAT BECAUSE YOU SAW THE EXPENDITURES; RIGHT?

01:54PM 10   A.   CORRECT.

01:54PM 11   Q.   DURING THE TIME THAT YOU REPORTED TO -- I'M SORRY.

01:54PM 12        DURING THE TIME THAT YOU WORKED AT THERANOS, AT ALL TIMES

01:54PM 13   YOU REPORTED DIRECTLY TO ELIZABETH HOLMES?

01:54PM 14   A.   AFTER 2008, THEN I REPORTED DIRECTLY TO ELIZABETH HOLMES.

01:54PM 15   Q.   OKAY.  YOU MEAN WHEN THE CFO LEFT?

01:54PM 16   A.   WHEN THE CFO AND THE SENIOR DIRECTOR OF FINANCE LEFT.

01:55PM 17   Q.   I SEE.  SO IT'S 2008, AND THAT WAS BEFORE MR. BALWANI

01:55PM 18   JOINED THE COMPANY?

01:55PM 19   A.   CORRECT.

01:55PM 20   Q.   AND SO STARTING IN 2008 ALL OF THE WAY THROUGH 2017, THE

01:55PM 21   WHOLE TIME YOU REPORTED DIRECTLY TO MS. HOLMES?

01:55PM 22   A.   YES.

01:55PM 23   Q.   AND YOU ALSO HAD INTERACTION WITH MR. BALWANI?

01:55PM 24   A.   YES.

01:55PM 25   Q.   BUT YOU DIDN'T REPORT DIRECTLY TO HIM?

01:55PM  1    A.   CORRECT.

01:55PM  2    Q.   OKAY.  LET'S TALK ABOUT WHEN MR. BALWANI JOINED THE

01:55PM  3    COMPANY.

01:55PM  4        SO THAT WAS IN 2009?

01:55PM  5    A.   YES.

01:55PM  6    Q.   AND EVEN BEFORE HE JOINED THE COMPANY, YOU WERE AWARE THAT

01:55PM  7    HE GUARANTEED A LOAN FOR THE COMPANY?

01:55PM  8    A.   IT WAS ABOUT THE SAME TIME, SO I DON'T REMEMBER IF IT WAS

01:55PM  9    BEFORE HE JOINED OR --

01:55PM  10   Q.   I SEE.  AROUND THE SAME TIME THAT HE JOINED, YOU WERE

01:55PM  11   AWARE THAT HE GUARANTEED A LOAN FOR THE COMPANY?

01:55PM  12   A.   YES.

01:55PM  13   Q.   OKAY.  IF YOU COULD TAKE A LOOK IN THE BINDER THAT I JUST

01:55PM  14   HANDED YOU, IT SHOULD BE THE FIRST BINDER, IT'S EXHIBIT 20505.

01:56PM  15       DO YOU HAVE THAT IN FRONT OF YOU?

01:56PM  16   A.   YES.

01:56PM  17   Q.   AND DO YOU SEE THAT IT'S A DOCUMENT DATED AS OF

01:56PM  18   AUGUST 13TH, 2009, AND IT'S SIGNED BY MR. BALWANI?

01:56PM  19   A.   YES.

01:56PM  20   Q.   AND YOU RECOGNIZE MR. BALWANI'S SIGNATURE?

01:56PM  21   A.   YES.

01:56PM  22   Q.   AND YOU SEE IT'S REGARDING A LOAN AGREEMENT, IT REFERENCES

01:56PM  23   A LOAN CUSTOMER AGREEMENT BETWEEN THERANOS AND FIDELITY.

01:56PM  24       DO YOU SEE THAT?

01:56PM  25   A.   YES.

01:56PM  1    Q.   OKAY.  AND DO YOU RECOGNIZE THIS AS A LOAN AGREEMENT THAT

01:57PM  2    MR. BALWANI SIGNED IN CONNECTION WITH THE LOAN TO THERANOS THAT

01:57PM  3    WE WERE JUST DISCUSSING?

01:57PM  4    A.   YES.

01:57PM  5              MR. COOPERSMITH:  YOUR HONOR, I WOULD MOVE TO ADMIT

01:57PM  6    20505.

01:57PM  7              MR. LEACH:  NO OBJECTION, YOUR HONOR.

01:57PM  8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:57PM  9         (DEFENDANT'S EXHIBIT 20505 WAS RECEIVED IN EVIDENCE.)

01:57PM  10   BY MR. COOPERSMITH:

01:57PM  11   Q.   OKAY.  LOOKING AT THE DOCUMENT -- AND IF YOU WOULD JUST

01:57PM  12   HIGHLIGHT THE FIRST PARAGRAPH, MR. ALLEN.

01:57PM  13        IT SAYS, "REFERENCE IS MADE TO THAT CERTAIN NON-PURPOSE

01:57PM  14   LOAN CUSTOMER AGREEMENT BY THERANOS INC., A DELAWARE

01:57PM  15   CORPORATION, IN FAVOR OF FIDELITY BROKERAGE SERVICES AND

01:57PM  16   NATIONAL FINANCIAL SERVICES DATED AUGUST 13TH, 2009."

01:57PM  17        DO YOU SEE THAT?

01:57PM  18   A.   YES.

01:57PM  19   Q.   AND THEN IT SAYS -- IT GOES ON IN SUBSECTION B THERE TO

01:57PM  20   SAY THAT CERTAIN CROSS GUARANTEED FORM DATED AUGUST 13TH, 2009

01:57PM  21   BY MYSELF AS GUARANTOR.

01:57PM  22        YOU UNDERSTAND THAT IS THE GUARANTEE FORM THAT MR. BALWANI

01:58PM  23   HAD TO SIGN IN ORDER TO GUARANTEE THIS LOAN?

01:58PM  24   A.   YES.

01:58PM  25   Q.   AND THEN IF YOU GO ON TO THE NEXT PARAGRAPH, DO YOU SEE IT

01:58PM  1    READS, "I HEREBY AFFIRM THAT UNDER THE CROSS GUARANTEE, I'VE

01:58PM  2    GUARANTEED THE OBLIGATIONS OF THE BORROWER UNDER THE LOAN

01:58PM  3    AGREEMENT, SECURED BY CERTAIN PROPERTY, THE COLLATERAL."

01:58PM  4        DO YOU SEE THAT?

01:58PM  5    A.   YES.

01:58PM  6    Q.   AND SO DO YOU UNDERSTAND THAT THE AMOUNT OF THE LOAN WAS

01:58PM  7    ORIGINALLY $10 MILLION?

01:58PM  8    A.   YES.

01:58PM  9    Q.   AND MR. BALWANI GUARANTEED THAT?

01:58PM 10    A.   YES.

01:58PM 11    Q.   AND DO YOU UNDERSTAND THAT IN ORDER FOR THERANOS TO GET

01:58PM 12    THAT LOAN, MR. BALWANI HAD TO ACTUALLY PUT $10 MILLION ASIDE TO

01:58PM 13    SECURE THE LOAN?

01:58PM 14        DO YOU UNDERSTAND THAT?

01:58PM 15    A.   YES.

01:58PM 16    Q.   AND THAT WHILE THE LOAN WAS OUTSTANDING AND NOT PAID BACK

01:58PM 17    BY THERANOS, MR. BALWANI COULDN'T TOUCH THAT 10 MILLION?

01:58PM 18    A.   YES.

01:58PM 19    Q.   AND SO ECONOMICALLY SPEAKING, IT'S THE SAME THING AS IF

01:58PM 20    MR. BALWANI HAD TO LOAN MONEY TO THE COMPANY?

01:58PM 21    A.   YES.

01:58PM 22    Q.   BECAUSE IF THE COMPANY DIDN'T PAY THE MONEY BACK, FIDELITY

01:59PM 23    WOULD JUST TAKE THAT $10 MILLION THAT MR. BALWANI PUT ASIDE?

01:59PM 24    A.   I SUPPOSE SO.

01:59PM 25    Q.   RIGHT.  AND IF -- AND SO MR. BALWANI WAS ON THE HOOK

SPIVEY CROSS BY MR. COOPERSMITH

01:59PM 1    BASICALLY FOR THAT $10 MILLION?

01:59PM 2    A.   YES.

01:59PM 3    Q.   AND I THINK MR. LEACH REVIEWED WITH YOU THAT AT THAT TIME

01:59PM 4    IN AROUND AUGUST OF 2013, OR ABOUT THAT TIME, THAT THERANOS HAD

01:59PM 5    SOME NEEDS FOR CASH; IS THAT RIGHT?

01:59PM 6    A.   YES.

01:59PM 7    Q.   AND AT THE TIME THAT WE'RE TALKING ABOUT, 2009, IT GOES

01:59PM 8    BACK QUITE A WHILE, BUT DO YOU REMEMBER THAT THERE WAS A MAJOR

01:59PM 9    FINANCIAL CRISIS THAT WAS AFFECTING THE ECONOMY IN THE

01:59PM 10   UNITED STATES AND MAYBE EVEN AROUND THE WORLD?

01:59PM 11       DO YOU REMEMBER THAT?

01:59PM 12   A.   I DON'T.

01:59PM 13   Q.   YOU REMEMBER THERE WAS A FINANCIAL CRISIS IN 2008 AND

01:59PM 14   2009?

01:59PM 15   A.   YEAH, SOMETHING LIKE THAT.

01:59PM 16   Q.   OKAY.  YOU REMEMBER THERE WAS SOME BIG WALL STREET FIRMS

01:59PM 17   THAT WENT OUT OF BUSINESS?

01:59PM 18   A.   YES.

01:59PM 19   Q.   OKAY.  AND SO MR. BALWANI GUARANTEED A LOAN IN THAT

02:00PM 20   TIMEFRAME IN 2009; CORRECT?

02:00PM 21   A.   YES.

02:00PM 22   Q.   AND THAT LOAN ALLOWED THERANOS TO CONTINUE TO MAKE

02:00PM 23   PAYROLL?

02:00PM 24   A.   YES.

02:00PM 25   Q.   CONTINUE TO PROVIDE ITS EMPLOYEES WITH HEALTH INSURANCE?

SPIVEY CROSS BY MR. COOPERSMITH

02:00PM   1   A.   YES.

02:00PM   2   Q.   AND INCLUDING YOURSELF?

02:00PM   3   A.   YES.

02:00PM   4   Q.   AND CONTINUE WITH THE BUSINESS OF THE COMPANY TO TRY TO

02:00PM   5   DEVELOP CUTTING EDGE BLOOD TESTING PRODUCTS; IS THAT RIGHT?

02:00PM   6   A.   YES.

02:00PM   7   Q.   OKAY.  NOW, AT SOME POINT THE AMOUNT OF THE LOAN WAS

02:00PM   8   ACTUALLY INCREASED; IS THAT RIGHT?

02:00PM   9   A.   I DON'T QUITE REMEMBER THE SPECIFICS OF THAT.

02:00PM   10   Q.   OKAY.  I UNDERSTAND.

02:00PM   11        IF YOU CAN TAKE A LOOK IN THE BINDER AT AN EXHIBIT THAT

02:00PM   12   SHOULD BE NEAR THE ONE WE WERE LOOKING AT, AND IT'S

02:01PM   13   EXHIBIT 20511.

02:01PM   14        DO YOU SEE THAT THIS IS AN EMAIL STRING DATED -- THE TOP

02:01PM   15   WAS DATED APRIL 19TH, 2010.

02:01PM   16        DO YOU SEE THAT?

02:01PM   17   A.   YES.

02:01PM   18   Q.   AND DO YOU SEE YOUR NAME AMONG THE PEOPLE WHO ARE COPIED

02:01PM   19   ON THE EMAIL?

02:01PM   20   A.   YES.

02:01PM   21   Q.   AND THIS WAS AN EMAIL BETWEEN A NUMBER OF PEOPLE ABOUT THE

02:01PM   22   SAME LOAN THAT WE'VE JUST BEEN TALKING ABOUT; IS THAT RIGHT?

02:01PM   23   A.   YES.

02:01PM   24        MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20511.

02:01PM   25        MR. LEACH:  NO OBJECTION, YOUR HONOR.

SPIVEY CROSS BY MR. COOPERSMITH                                    2081

02:01PM   1                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:01PM   2            (DEFENDANT'S EXHIBIT 20511 WAS RECEIVED IN EVIDENCE.)

02:01PM   3       BY MR. COOPERSMITH:

02:01PM   4       Q.   AND IF YOU WOULD JUST ZOOM IN TO THE SECOND EMAIL, AND IT

02:01PM   5       SAYS SUNNY -- WELL, LET ME JUST STEP BACK FOR A MINUTE.

02:01PM   6            SETH BERMEL, DO YOU KNOW WHO THAT IS?

02:02PM   7       A.   NO.

02:02PM   8       Q.   SOMEONE ASSOCIATED WITH THE LOAN THAT WE'RE DISCUSSING?

02:02PM   9       A.   YES.

02:02PM   10      Q.   AND THEN MR. BERMEL WRITES, "SUNNY:

02:02PM   11           "PLEASE REPLY TO THIS EMAIL CONFIRMING THAT YOU ARE AWARE

02:02PM   12      THAT THERANOS INC. IS INCREASING THEIR LINE OF CREDIT FROM

02:02PM   13      $10 MILLION TO $12 MILLION.  IN ADDITION, YOU ARE AWARE THAT

02:02PM   14      THE ASSETS THAT YOU ARE PLEDGING IN YOUR," AND IT'S A CERTAIN

02:02PM   15      NUMBERED ACCOUNT, "WILL NOW BE SUPPORTING A LOAN OF UP TO

02:02PM   16      $12 MILLION."

02:02PM   17           DO YOU SEE THAT?

02:02PM   18      A.   YES.

02:02PM   19      Q.   AND THEN DO YOU SEE THAT THERE'S A RESPONSE FROM

02:02PM   20      MR. BALWANI ABOVE THAT?

02:02PM   21      A.   YES.

02:02PM   22      Q.   AND HE SAYS "YES.  I AM FINE ON BOTH COUNTS."

02:02PM   23           RIGHT?

02:02PM   24      A.   YES.

02:02PM   25      Q.   AND SO MR. BALWANI IS CONFIRMING THAT HE KNOWS HE'S GOING

SPIVEY CROSS BY MR. COOPERSMITH

02:02PM 1    TO BE ON THE HOOK FOR $12 MILLION AS OPPOSED TO $10 MILLION;

02:02PM 2    RIGHT?

02:02PM 3    A.   YES.

02:02PM 4    Q.   AND BY THE WAY, WHEN MR. BALWANI JOINED THE COMPANY, I

02:02PM 5    THINK YOU SAID IT WAS AROUND AUGUST OF 2009; IS THAT RIGHT?

02:02PM 6    A.   YEAH, AROUND.

02:02PM 7    Q.   I JUST THOUGHT YOU SAID IT WAS AROUND THE SAME TIME AS THE

02:02PM 8    LOAN TRANSACTION FROM AUGUST 2009?

02:03PM 9    A.   YEAH.

02:03PM 10   Q.   OKAY.  DO YOU REMEMBER THAT AFTER MR. BALWANI JOINED THE

02:03PM 11   COMPANY, HE WENT TO THAILAND?

02:03PM 12   A.   YES.

02:03PM 13   Q.   AND YOU KNOW THAT HE WENT THERE IN ORDER TO ASSIST THE

02:03PM 14   COMPANY IN DOING SOME CLINICAL TRIAL WORK IN A HOSPITAL IN

02:03PM 15   BANGKOK?

02:03PM 16       DO YOU KNOW THAT?

02:03PM 17   A.   I DON'T REMEMBER WHAT EXACTLY THE NATURE OF THAT, OR WAS

02:03PM 18   IT WITH A HOSPITAL OR WHAT OTHER BUSINESS PARTNER.

02:03PM 19   Q.   AND DO YOU KNOW THAT HE RETURNED FROM THAILAND IN THE

02:03PM 20   SPRING OF 2010?

02:03PM 21   A.   I DON'T REMEMBER THE SPECIFIC TIMEFRAME.

02:03PM 22   Q.   OKAY.  LET'S TALK ABOUT -- CONTINUE TO TALK ABOUT

02:03PM 23   MR. BALWANI'S JOINING THE COMPANY.

02:03PM 24       SO IF YOU COULD TAKE A LOOK AT EXHIBIT 20508.

02:04PM 25       DO YOU SEE THAT THIS IS A DOCUMENT DATED AUGUST 28TH,

02:04PM   1    2009, AND IT'S FROM ELIZABETH HOLMES TO MR. BALWANI.  IT'S ON

02:04PM   2    THERANOS LETTERHEAD.  AND IT RELATES TO EXTENDING HIM AN OFFER

02:04PM   3    OF EMPLOYMENT.

02:04PM   4        DO YOU SEE THAT?

02:04PM   5    A.   YES.

02:04PM   6    Q.   AND DO YOU RECOGNIZE THAT AS THE OFFER LETTER EXTENDED TO

02:04PM   7    MR. BALWANI?

02:04PM   8    A.   YES.

02:04PM   9            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20508.

02:04PM   10            MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:04PM   11            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:04PM   12        (DEFENDANT'S EXHIBIT 20508 WAS RECEIVED IN EVIDENCE.)

02:04PM   13    BY MR. COOPERSMITH:

02:04PM   14    Q.   AND IF WE GO TO THE PARAGRAPH, "DEAR SUNNY:

02:04PM   15        "ON BEHALF OF THERANOS INC. (THE COMPANY) I AM PLEASED TO

02:05PM   16    EXTEND A CONDITIONAL OFFER OF EMPLOYMENT TO YOU AS VICE

02:05PM   17    CHAIRMAN, REPORTING TO ME.  YOUR SEMI-MONTHLY SALARY WILL BE

02:05PM   18    $4,125 APPROXIMATING AN ANNUAL SALARY OF $99,000 PER YEAR."

02:05PM   19        DO YOU SEE THAT?

02:05PM   20    A.   YES.

02:05PM   21    Q.   AND YOU'RE FAMILIAR THAT MR. BALWANI'S SALARY WHEN HE

02:05PM   22    JOINED WAS SET AT ABOUT $99,000 PER YEAR?

02:05PM   23    A.   YES.

02:05PM   24    Q.   AND ARE YOU ALSO AWARE THAT HIS ORIGINAL JOB AT THERANOS

02:05PM   25    WAS HAVING THE TITLE OF VICE CHAIRMAN?

SPIVEY CROSS BY MR. COOPERSMITH                2084

02:05PM 1      A.    YES.

02:05PM 2      Q.    AND THAT'S A BOARD POSITION; IS THAT RIGHT?

02:05PM 3      A.    HUH, I'M NOT SURE.

02:05PM 4      Q.    WELL, DO YOU KNOW IF MR. BALWANI WAS ULTIMATELY ON THE

02:05PM 5      BOARD OF DIRECTORS?

02:05PM 6      A.    I DON'T REMEMBER.

02:05PM 7      Q.    YOU'RE NOT SURE?

02:05PM 8      A.    NO.

02:05PM 9      Q.    WELL, MAYBE WE'LL GET BACK TO THAT.

02:05PM 10          BUT IN ANY EVENT, WHEN HE STARTED, HIS TITLE WAS VICE

02:05PM 11     CHAIRMAN; CORRECT?

02:05PM 12     A.    YES.

02:05PM 13     Q.    IN TERMS OF HIS SALARY, COULD YOU TAKE A LOOK AT

02:06PM 14     EXHIBIT 3818.  THAT SHOULD BE IN THE SAME BINDER.

02:06PM 15     A.    STARTING WITH A 3?

02:06PM 16     Q.    YES, 3818.  DO YOU HAVE THAT?

02:07PM 17     A.    YES.

02:07PM 18     Q.    OKAY.  THANK YOU.

02:07PM 19          AND DO YOU RECOGNIZE THAT AS AN EMPLOYMENT APPLICATION FOR

02:07PM 20     THERANOS INC.?

02:07PM 21     A.    I DON'T USUALLY SEE THIS.

02:07PM 22     Q.    OKAY.  YOU'VE SEEN OTHER EMPLOYMENT APPLICATIONS AT

02:07PM 23     THERANOS?

02:07PM 24     A.    NO.

02:07PM 25     Q.    AND YOU -- DID YOU YOURSELF FILL OUT AN EMPLOYMENT

02:07PM   1    APPLICATION WHEN YOU FIRST JOINED?

02:07PM   2    A.   I DON'T REMEMBER.

02:07PM   3    Q.   SO YOU'RE NOT FAMILIAR WITH THIS TYPE OF FORM; IS THAT

02:07PM   4    RIGHT?

02:07PM   5    A.   CORRECT.

02:07PM   6    Q.   OKAY.  ARE YOU FAMILIAR WITH, THOUGH, THAT WHEN

02:07PM   7    MR. BALWANI WAS SET TO JOIN THERANOS, HE ASKED FOR A SALARY OF

02:07PM   8    ONLY $1 PER YEAR?

02:07PM   9    A.   CAN YOU REPEAT THAT QUESTION?

02:07PM   10   Q.   SURE.

02:07PM   11        YOU'RE AWARE THAT WHEN MR. BALWANI JOINED THERANOS, BEFORE

02:07PM   12   HE JOINED, HIS REQUEST THAT HE BE PAID ONLY $1 PER YEAR SALARY?

02:08PM   13             MR. LEACH:  OBJECTION.  FOUNDATION.

02:08PM   14             THE COURT:  SUSTAINED.

02:08PM   15   BY MR. COOPERSMITH:

02:08PM   16   Q.   WELL, MY QUESTION IS, ARE YOU AWARE OF THAT, MS. SPIVEY?

02:08PM   17   A.   NO.

02:08PM   18   Q.   YOU NEVER HEARD THAT BEFORE?

02:08PM   19   A.   NO.

02:08PM   20   Q.   OKAY.  YOU ONLY KNEW ABOUT THE $99,000 THAT HE WAS

02:08PM   21   ACTUALLY PAID?

02:08PM   22   A.   YES.

02:08PM   23   Q.   AND DO YOU KNOW THAT THE BOARD -- ARE YOU AWARE THAT THE

02:08PM   24   BOARD INSISTED THAT MR. BALWANI GET $99,000 INSTEAD OF $1?

02:08PM   25             MR. LEACH:  OBJECTION.  FOUNDATION.

SPIVEY CROSS BY MR. COOPERSMITH

02:08PM 1                    THE COURT:  YOU'RE ASKING IF SHE HAS KNOWLEDGE OF

02:08PM 2      ANY BOARD ACTION?

02:08PM 3                    MR. COOPERSMITH:  YES, YOUR HONOR.

02:08PM 4                    THE COURT:  DO YOU UNDERSTAND THE QUESTION?

02:08PM 5                    THE WITNESS:  YES.

02:08PM 6                    THE COURT:  OKAY.  YOU CAN ANSWER THE QUESTION.

02:08PM 7                    THE WITNESS:  I WAS NOT AWARE.

02:08PM 8      BY MR. COOPERSMITH:

02:08PM 9      Q.   YOU'RE NOT FAMILIAR WITH HOW THE BOARD INTERACTED WITH

02:08PM 10     MR. BALWANI?  IS THAT YOUR TESTIMONY?

02:08PM 11     A.   YES.

02:08PM 12     Q.   OKAY.

02:09PM 13          NOW, IF YOU COULD TAKE A LOOK AT EXHIBIT 20510.

02:09PM 14          DO YOU HAVE THAT IN FRONT OF YOU?

02:09PM 15     A.   YES.

02:09PM 16     Q.   OKAY.  THANK YOU.

02:09PM 17          SO YOU KNEW THAT THERANOS HAD A BOARD OF DIRECTORS; RIGHT?

02:09PM 18     A.   YES.

02:09PM 19     Q.   AND YOU UNDERSTAND THAT WHEN YOU JOINED, THERE WERE

02:09PM 20     VARIOUS PEOPLE ON THAT BOARD IN ADDITION TO JUST MS. HOLMES;

02:09PM 21     RIGHT?

02:09PM 22     A.   YES.

02:09PM 23     Q.   AND, FOR EXAMPLE, A GENTLEMAN NAMED DONALD LUCAS WAS ON

02:09PM 24     THE BOARD?

02:09PM 25     A.   YES.

02:09PM  1    Q.   AND DO YOU KNOW WHO MR. LUCAS IS?

02:09PM  2    A.   HE WAS THE CHAIRMAN OF THE BOARD.

02:09PM  3    Q.   RIGHT.  WHEN YOU JOINED?

02:09PM  4    A.   YES.

02:09PM  5    Q.   AND ALSO WHEN MR. BALWANI JOINED IN 2009?

02:10PM  6    A.   I DON'T REMEMBER SPECIFICALLY.

02:10PM  7    Q.   OKAY.  AND YOU KNOW THAT MR. LUCAS, DON LUCAS, WAS A

02:10PM  8    WELL-KNOWN INVESTOR IN SILICON VALLEY?

02:10PM  9    A.   YES.

02:10PM  10   Q.   AND, IN FACT, ARE YOU AWARE THAT THE BUSINESS SCHOOL DOWN

02:10PM  11   THE STREET IS NAMED AFTER MR. LUCAS?

02:10PM  12   A.   NO.

02:10PM  13   Q.   AND DO YOU UNDERSTAND THAT CHANNING ROBERTSON WAS ALSO ON

02:10PM  14   THE BOARD?

02:10PM  15   A.   YES.

02:10PM  16   Q.   AND HE WAS A PROFESSOR AT STANFORD?

02:10PM  17   A.   YES.

02:10PM  18   Q.   AND DO YOU UNDERSTAND THERE WERE OTHER BOARD MEMBERS

02:10PM  19   INCLUDING ROBERT SHAPIRO AND PETER THOMAS?

02:10PM  20   A.   YES.

02:10PM  21   Q.   AND YOU KNOW THAT THE BOARD HAD MEETINGS FROM TIME TO

02:10PM  22   TIME?  ARE YOU AWARE OF THAT?

02:10PM  23   A.   YES.

02:10PM  24   Q.   AND THAT SOMETIMES THE BOARD WOULD REVIEW FINANCIAL

02:10PM  25   INFORMATION?

02:10PM    1        A.   YES.

02:10PM    2        Q.   AND SOMETIMES THEY WOULD MAKE OTHER DECISIONS ABOUT THE

02:10PM    3    COMPANY?

02:10PM    4        A.   YES.

02:10PM    5        Q.   AND DO YOU UNDERSTAND WHEN THE BOARD MET THERE WOULD BE A

02:11PM    6    SET OF NOTES OR MINUTES KEPT ABOUT GENERALLY WHAT THE BOARD

02:11PM    7    DISCUSSED AT THEIR MEETINGS?

02:11PM    8        A.   YES.

02:11PM    9        Q.   AND IF YOU LOOK AT EXHIBIT 20510 IN FRONT OF YOU, THAT'S

02:11PM   10    ONE OF THOSE BOARD MEMBERS THAT I JUST MENTIONED?

02:11PM   11        A.   YES.

02:11PM   12             MR. COOPERSMITH:  YOUR HONOR, WE MOVE TO ADMIT

02:11PM   13    20510.

02:11PM   14             MR. LEACH:  OBJECTION.  HEARSAY.

02:11PM   15             THE COURT:  I'LL SUSTAIN THE OBJECTION WITHOUT AN

02:11PM   16    ADDITIONAL FOUNDATION.

02:11PM   17             MR. COOPERSMITH:  OKAY.

02:11PM   18        Q.   MS. SPIVEY, IN CONNECTION WITH BOARD MINUTES, YOU

02:11PM   19    UNDERSTAND WHEN THE BOARD MET AND KEPT MINUTES, IT WOULD BE

02:11PM   20    NECESSARY TO BE ACCURATE SO THAT OTHER PEOPLE COULD BE INFORMED

02:11PM   21    ABOUT WHAT THE BOARD DISCUSSED?

02:11PM   22        A.   YES.

02:11PM   23        Q.   AND DO YOU UNDERSTAND THAT WHEN THE BOARD TOOK MINUTES,

02:11PM   24    THOSE WOULD BE KEPT ON FILE AT THE COMPANY?

02:11PM   25        A.   YES.

SPIVEY CROSS BY MR. COOPERSMITH

02:11PM   1    Q.   AND THEY WERE KEPT ON FILE SO THAT PEOPLE COULD REFER TO

02:11PM   2    THOSE MINUTES IF NECESSARY?

02:11PM   3    A.   YES.

02:11PM   4    Q.   AND IF THERE WAS A NEED TO REFER TO THEM, IT WOULD BE

02:11PM   5    IMPORTANT THAT THE INFORMATION IN THE BOARD MINUTES IS ACCURATE

02:12PM   6    SO THAT PEOPLE COULD GET THE CORRECT INFORMATION AND DO THEIR

02:12PM   7    JOBS ACCORDINGLY; IS THAT FAIR?

02:12PM   8    A.   YES.

02:12PM   9         MR. COOPERSMITH:  YOUR HONOR, AGAIN, I WOULD OFFER

02:12PM  10    EXHIBIT 20510.

02:12PM  11         THE COURT:  MR. LEACH.

02:12PM  12         MR. LEACH:  SAME OBJECTION, YOUR HONOR.

02:12PM  13    ALSO, ON PAGE 6, THEY APPEAR TO BE A DRAFT OR UNSIGNED.

02:12PM  14    BUT SAME OBJECTION, HEARSAY.

02:12PM  15         THE COURT:  CAN YOU -- I THINK THERE NEEDS TO BE

02:12PM  16    SOME MORE FOUNDATION AS TO -- SHE IDENTIFIED WHAT THIS IS, BUT

02:12PM  17    WHAT IT PURPORTS TO BE.

02:12PM  18    BUT DOES SHE HAVE PERSONAL KNOWLEDGE OF THIS?

02:12PM  19         MR. COOPERSMITH:  I CAN ASK HER, YOUR HONOR.

02:12PM  20    Q.   MS. SPIVEY, IN THE COURSE OF YOUR WORK, DID YOU EVER HAVE

02:12PM  21    A CHANCE OR OPPORTUNITY TO REVIEW BOARD MINUTES FOR ANY

02:12PM  22    PURPOSE?

02:12PM  23    A.   YES.

02:12PM  24    Q.   AND YOU DID THAT IN ORDER TO DO YOUR JOB; RIGHT?

02:12PM  25    A.   YES.

02:12PM  1    Q.   FOR EXAMPLE, IF THE BOARD MADE SOME DECISION ABOUT

02:12PM  2    FINANCIAL MATTERS IN HELPING THERANOS, YOU MIGHT WANT TO KNOW

02:12PM  3    THAT TO DO YOUR WORK; IS THAT RIGHT?

02:13PM  4    A.   YES.

02:13PM  5    Q.   AND YOU REFERRED TO THE BOARD MINUTES FOR THAT PURPOSE?

02:13PM  6    A.   YES.

02:13PM  7    Q.   AND THE BOARD MINUTES THAT YOU REVIEWED, ARE THEY ALWAYS

02:13PM  8    IN THE SAME FORM AS WHAT YOU'RE SEEING IN EXHIBIT 20510?

02:13PM  9    A.   YES.

02:13PM  10   Q.   AND SO THIS ONE LOOKS LIKE EVERY OTHER SET OF BOARD

02:13PM  11   MINUTES THAT YOU HAVE SEEN AT THERANOS WHILE YOU WERE THERE

02:13PM  12   WORKING AND DOING YOUR JOB?

02:13PM  13   A.   YES.

02:13PM  14        MR. COOPERSMITH:  YOUR HONOR, I THINK, AGAIN, WE'VE

02:13PM  15   LAID THE FOUNDATION FOR 20510.

02:13PM  16        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:13PM  17        (DEFENDANT'S EXHIBIT 20510 WAS RECEIVED IN EVIDENCE.)

02:13PM  18   BY MR. COOPERSMITH:

02:13PM  19   Q.   IF WE JUST GO TO THE FIRST PAGE JUST TO ORIENT OURSELVES,

02:13PM  20   YOU SEE WE HAVE AT THE TOP, THERANOS INC. AND MINUTES OF A

02:13PM  21   MEETING OF THE BOARD OF DIRECTORS.

02:13PM  22        AND THEN I ALREADY MENTIONED THESE NAMES TO YOU, BUT IT

02:13PM  23   HAS THE PEOPLE WHO ARE PRESENT IN THE FIRST PARAGRAPH.  DO YOU

02:13PM  24   SEE IT SAYS, PRESENT AT ALL OR PARTS OF THE MEETING IN PERSON

02:13PM  25   WERE DIRECTORS ELIZABETH HOLMES, DONALD LUCAS,

02:13PM  1    CHANNING ROBERTSON, ROBERT SHAPIRO, AND PETER THOMAS.

02:13PM  2         DO YOU SEE THAT?

02:13PM  3    A.   YES.

02:13PM  4    Q.   AND IF WE GO TO PAGE 4 OF THE DOCUMENT.

02:14PM  5         DO YOU SEE THERE'S A SECTION CALLED BOARD UPDATES?  IT'S

02:14PM  6    THE FIRST HEADING.

02:14PM  7         DO YOU SEE THAT?

02:14PM  8    A.   YES.

02:14PM  9    Q.   OKAY.  THANK YOU.

02:14PM 10         AND IT SAYS, "THE BOARD DISCUSSED ADDING A NEW DIRECTOR TO

02:14PM 11    THE BOARD AND REVIEWED SEVERAL CANDIDATES FOR CONSIDERATION.

02:14PM 12    AFTER DISCUSSION, THE BOARD UNANIMOUSLY AGREED TO ELECT

02:14PM 13    RAMESH "SUNNY" BALWANI AS VICE CHAIRMAN."

02:14PM 14         DO YOU SEE THAT?

02:14PM 15    A.   YES.

02:14PM 16    Q.   AND YOU WEREN'T PRESENT AT THIS BOARD MEETING?

02:14PM 17    A.   I WAS NOT.

02:14PM 18    Q.   BUT THE PURPOSE OF MINUTES IS SO THAT OTHER PEOPLE COULD

02:14PM 19    BE INFORMED ABOUT WHAT HAPPENED AT THE BOARD; RIGHT?

02:14PM 20    A.   YES.

02:14PM 21    Q.   AND IN THIS CASE THE MINUTES SAY THAT THE BOARD DISCUSSED

02:14PM 22    ADDING A NEW DIRECTOR; CORRECT?

02:14PM 23    A.   YES.

02:14PM 24    Q.   AND THE NEW DIRECTOR WAS MR. BALWANI?

02:14PM 25    A.   YES.

02:14PM   1     Q.   AND THAT HE WAS GIVEN THE TITLE OF VICE CHAIRMAN?

02:15PM   2     A.   YES.

02:15PM   3     Q.   AND IT SAYS THAT THEY REVIEWED SEVERAL OTHER CANDIDATES

02:15PM   4     FOR CONSIDERATION.

02:15PM   5          DO YOU SEE THAT?

02:15PM   6     A.   YES.

02:15PM   7     Q.   OKAY.  NOW, IF YOU TAKE A LOOK AT ANOTHER EXHIBIT, WHICH

02:15PM   8     IS SIMILAR, 20512.

02:15PM   9          AND DO YOU SEE THAT 20512 IS ANOTHER SET OF BOARD MINUTES

02:15PM  10     IN THE CASE OF THERANOS?

02:15PM  11     A.   YES.

02:15PM  12     Q.   AND IT'S IN THE SAME FORM THAT WE'VE SEEN PREVIOUSLY?  AND

02:15PM  13     I'M JUST REALLY TALKING RIGHT NOW, MS. SPIVEY, ABOUT PAGES 1

02:15PM  14     THROUGH 8 OF THE EXHIBIT.

02:15PM  15     A.   YES.

02:15PM  16     Q.   AND THIS SET OF BOARD MINUTES IS DATED AUGUST 10, 2010; IS

02:16PM  17     THAT CORRECT?

02:16PM  18     A.   YES.

02:16PM  19     Q.   SO IT'S ABOUT A YEAR AFTER MR. BALWANI JOINED; IS THAT

02:16PM  20     RIGHT?

02:16PM  21     A.   CORRECT.

02:16PM  22     Q.   A LITTLE LESS THAN A YEAR?

02:16PM  23     A.   YES.

02:16PM  24     Q.   AND YOU SEE ON THE FIRST PAGE THERE'S THE SAME MEMBERS OF

02:16PM  25     THE BOARD, EXCEPT IN THIS CASE MR. BALWANI IS NOW ALSO ON THE

02:16PM   1        BOARD; RIGHT?

02:16PM   2        A.   YES.

02:16PM   3                MR. COOPERSMITH:   YOUR HONOR, WE OFFER 20512.

02:16PM   4                MR. LEACH:   NO OBJECTION, YOUR HONOR.

02:16PM   5                THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

02:16PM   6          (DEFENDANT'S EXHIBIT 20512 WAS RECEIVED IN EVIDENCE.)

02:16PM   7        BY MR. COOPERSMITH:

02:16PM   8        Q.   LOOKING AT THE FIRST PAGE, AND IF YOU ZOOM IN ON THE

02:16PM   9        PEOPLE ON THE BOARD, THERE'S A WATERMARK THERE, BUT I THINK YOU

02:16PM  10        CAN SEE IT.

02:16PM  11             THOSE ARE THE PEOPLE THAT WE JUST DISCUSSED A FEW MINUTES

02:16PM  12        AGO.

02:16PM  13             DO YOU SEE THAT?

02:16PM  14        A.   YES.

02:16PM  15        Q.   OKAY.   AND THERE ARE, BY MY COUNT -- ELEMENTARY MATH --

02:16PM  16        SIX PEOPLE ON THE BOARD; IS THAT RIGHT?

02:16PM  17        A.   YES.

02:16PM  18        Q.   AND ONE OF THE BOARD MEMBERS, CHANNING ROBERTSON, THE

02:17PM  19        STANFORD PROFESSOR, HE PARTICIPATED IN THE BOARD MEETING BY

02:17PM  20        TELEPHONE.

02:17PM  21             DO YOU SEE THAT?

02:17PM  22        A.   YES.

02:17PM  23        Q.   AND THE REST OF THEM WERE PHYSICALLY PRESENT ACCORDING TO

02:17PM  24        THE MINUTES; CORRECT?

02:17PM  25        A.   YES.

02:17PM   1    Q.   OKAY.   IF YOU TURN TO PAGE 7 OF THE DOCUMENT.

02:17PM   2         DO YOU SEE ON THAT PAGE THERE'S A HEADING THAT IS LABELLED

02:17PM   3    ADDITIONAL COMPENSATION MATTERS; AMENDMENT OF BYLAWS.

02:17PM   4         DO YOU SEE THAT?

02:17PM   5    A.   YES.

02:17PM   6    Q.   AND THEN IT READS, "THE BOARD THEN APPROVED THE ADDITION

02:17PM   7    OF AN OPERATIONAL TITLE OF PRESIDENT AND COO FOR SUNNY BALWANI

02:17PM   8    AFTER DISCUSSING HIS PERFORMANCE AND CONTRIBUTIONS AND

02:17PM   9    OPERATIONAL ROLE."

02:17PM  10         DO YOU SEE THAT?

02:17PM  11    A.   YES.

02:17PM  12    Q.   AND THEN IT GOES ON TO SAY THAT THEY'RE ALSO GOING TO

02:17PM  13    GRANT A CERTAIN STOCK OPTION TO HIM.

02:17PM  14         DO YOU SEE THAT?

02:17PM  15    A.   YES.

02:17PM  16    Q.   AND WE'LL TALK ABOUT THE STOCK OPTION IN A MINUTE, BUT

02:18PM  17    JUST PAUSING ON THE BOARD TITLE.

02:18PM  18         SO ACCORDING TO THE MINUTES, THE SIX MEMBERS OF THE BOARD

02:18PM  19    VOTED TO MAKE MR. BALWANI THE PRESIDENT AND COO ABOUT A YEAR

02:18PM  20    AFTER HE JOINED THERANOS; IS THAT RIGHT?

02:18PM  21    A.   YES.

02:18PM  22    Q.   OKAY.   LET'S GO TO THE STOCK OPTIONS POINT SINCE WE JUST

02:18PM  23    SAW THAT IN THE BOARD MINUTES.

02:18PM  24         MR. BALWANI HAD STOCK OPTIONS AS AN OFFICER OF THERANOS;

02:18PM  25    IS THAT RIGHT?

02:18PM  1    A.   YES.

02:18PM  2    Q.   AND JUST SO WE ARE CLEAR WHAT THAT IS, I MEAN, MAYBE

02:18PM  3    EVERYONE KNOWS, BUT THE STOCK OPTION, I THINK YOU SAID THIS

02:18PM  4    DURING DIRECT, IS THE RIGHT TO BUY STOCK AT A CERTAIN PRICE?

02:18PM  5    A.   YES.

02:18PM  6    Q.   SO, FOR EXAMPLE, IF I GOT A STOCK OPTION THAT SAID I WOULD

02:18PM  7    BUY THERANOS STOCK AT $10 A SHARE, IN ORDER TO ACTUALLY

02:18PM  8    EXERCISE THE OPTION, I WOULD HAVE TO PAY THE COMPANY $10 A

02:18PM  9    SHARE?

02:18PM  10   A.   YES.

02:18PM  11   Q.   RIGHT.  AND THE OPTION IS SOMETHING THAT YOU HAVE A RIGHT

02:19PM  12   TO.

02:19PM  13        SO IF THE COMPANY OR THE STOCK OF THE COMPANY IS WORTH

02:19PM  14   MORE IN THE FUTURE, AND I EXERCISE THE OPTION, I CAN BUY

02:19PM  15   SOMETHING THAT IS WORTH, FOR EXAMPLE, $50 FOR $10?

02:19PM  16   A.   CORRECT.

02:19PM  17   Q.   RIGHT.  SO, FOR EXAMPLE, IF I WAS FORTUNATE ENOUGH TO OWN

02:19PM  18   STOCK IN APPLE INC., AND THE STOCK IS TRADING, YOU KNOW, IN THE

02:19PM  19   MANY HUNDREDS OF DOLLARS AT THIS POINT, IF I HAD AN OPTION TO

02:19PM  20   BUY THAT STOCK AT $10, THAT WOULD BE A PRETTY GOOD DEAL FOR ME

02:19PM  21   AT THIS POINT; RIGHT?

02:19PM  22   A.   YES.

02:19PM  23   Q.   BUT WHEN I EXERCISE THE OPTION, I WOULD HAVE TO PAY INCOME

02:19PM  24   TAX; RIGHT?

02:19PM  25   A.   THAT DEPENDS ON THE TYPE OF OPTION.

02:19PM    1    Q.   OKAY.   OKAY.   WELL, MAYBE WE'LL GET INTO THAT A LITTLE BIT

02:19PM    2    MORE.

02:19PM    3         BUT WITH REGARD TO STOCK OPTIONS, YOU COULD, IN MY

02:19PM    4    EXAMPLE, JUST HOLD THE OPTION AND NOT EXERCISE IT; RIGHT?

02:19PM    5    A.   YES.   BUT THERE WOULD BE AN EXPIRATION DATE OF THE OPTION.

02:20PM    6    Q.   THANK YOU.

02:20PM    7         SO PUTTING ASIDE THE EXPIRATION DATE, AS LONG AS YOU'RE

02:20PM    8    WITHIN THE EXPIRATION DATE PERIOD, YOU COULD JUST HOLD THE

02:20PM    9    OPTION AND NEVER PAY THE COMPANY ANY MONEY UNTIL YOU FELT IT

02:20PM   10    WAS THE RIGHT TIME TO DO THAT; RIGHT?

02:20PM   11    A.   CORRECT.

02:20PM   12    Q.   AND THE EXPIRATION DATES ARE SOMETIMES MANY YEARS; RIGHT?

02:20PM   13    A.   YES.

02:20PM   14    Q.   SOMETIMES FIVE OR TEN YEARS; RIGHT?

02:20PM   15    A.   YES.

02:20PM   16    Q.   AND SO IF YOU HAVE THE RIGHT TO BUY STOCK, THE HOPE IS

02:20PM   17    THAT YOU HOLD THE STOCK -- OR YOU HOLD THE OPTION RATHER, THE

02:20PM   18    COMPANY GOES UP IN VALUE, AND THEN AT SOME POINT IN THE FUTURE

02:20PM   19    WHEN YOU THINK THE COMPANY IS SUCCESSFUL, YOU COULD BUY THE

02:20PM   20    STOCK FOR THE LOWER PRICE THAT THE OPTION SAYS THAT YOU COULD

02:20PM   21    BUY IT AT; IS THAT FAIR?

02:20PM   22    A.   YES.

02:20PM   23    Q.   AND -- BUT IN THE CASE OF MR. BALWANI, THOUGH, HE DIDN'T

02:20PM   24    DO THAT, DID HE?

02:20PM   25    A.   WHAT DO YOU MEAN, HE DIDN'T DO THAT?

SPIVEY CROSS BY MR. COOPERSMITH

02:20PM   1    Q.   WELL, HE DIDN'T HOLD THE OPTION.  HE ACTUALLY PURCHASED

02:20PM   2    THE STOCK RELATIVELY EARLY IN HIS TIME AT THERANOS?

02:21PM   3    A.   MY RECOLLECTION WAS THAT EARLY ON HE EXERCISED SOME OF THE

02:21PM   4    OPTIONS, AND THEN FOR -- LIKE LATER ON, I THINK THERE WERE SOME

02:21PM   5    OPTIONS THAT HE DID NOT EXERCISE.

02:21PM   6    Q.   OKAY.  WELL, LET'S TALK ABOUT THE ONES THAT HE DID

02:21PM   7    EXERCISE.

02:21PM   8        SO IF YOU GO TO EXHIBIT 20128.

02:21PM   9        DO YOU HAVE THAT IN FRONT OF YOU?

02:21PM   10   A.   YES.

02:21PM   11   Q.   DO YOU RECOGNIZE 20128 AS, ON THE FIRST PAGE, A NOTICE OF

02:22PM   12   EXERCISE FOR A COMMON STOCK PURCHASE WARRANT?

02:22PM   13   A.   YES.

02:22PM   14   Q.   AND IT'S FOR 200,000 SHARES?

02:22PM   15   A.   YES.

02:22PM   16   Q.   AND THIS IS -- THIS IS SOMETHING THAT MR. BALWANI HAD THE

02:22PM   17   RIGHT TO DO, THIS 200,000 SHARES?

02:22PM   18   A.   YES.

02:22PM   19   Q.   NOW, THIS DOCUMENT USES THE PHRASE "WARRANT," AND THAT'S A

02:22PM   20   DIFFERENT CONCEPT THAN AN OPTION; IS THAT RIGHT?

02:22PM   21   A.   DIFFERENT CONCEPT?  IT'S THE SAME CONCEPT.

02:22PM   22   Q.   IT'S THE SAME CONCEPT.  ALL RIGHT.

02:22PM   23        SO IS A WARRANT THE SAME AS AN OPTION WHERE IT GIVES YOU

02:22PM   24   THE RIGHT TO BUY STOCK AT A CERTAIN PRICE?

02:22PM   25   A.   YES.

02:22PM 1    Q.   OKAY.  BUT IS A WARRANT SOMETHING THAT'S GRANTED TO

02:22PM 2    SOMEONE WHO IS NOT WORKING FOR THE COMPANY?

02:22PM 3    A.   CORRECT.

02:22PM 4    Q.   AND AN OPTION IS FOR SOMEONE WHO DOES WORK IN THE COMPANY?

02:22PM 5    A.   RIGHT.

02:22PM 6    Q.   OKAY.  SO THIS PARTICULAR EXHIBIT WE'RE LOOKING AT REFERS

02:22PM 7    TO A WARRANT; RIGHT?

02:22PM 8    A.   YES.

02:22PM 9    Q.   AND WAS THAT BECAUSE IT WAS GIVEN TO MR. BALWANI BEFORE HE

02:23PM 10   ACTUALLY JOINED THE COMPANY?

02:23PM 11   A.   IT WAS GIVEN TO HIM BECAUSE IT WASN'T RELATED TO

02:23PM 12   PERFORMING SERVICES.

02:23PM 13   Q.   OKAY.  BUT HE GOT THE WARRANT JUST AT THE TIME HE JOINED;

02:23PM 14   ISN'T THAT RIGHT?

02:23PM 15   A.   YES.

02:23PM 16   Q.   AND THIS DOCUMENT, IF YOU LOOK AT THE LAST PAGE, WHICH IS

02:23PM 17   PAGE 6, DO YOU SEE THERE'S A SUMMARY OF EXERCISE PROCEEDS FROM

02:23PM 18   MR. BALWANI?

02:23PM 19   A.   YES.

02:23PM 20   Q.   ALL ON APRIL 14TH OF 2010?

02:23PM 21   A.   YES.

02:23PM 22   Q.   AND DOES PAGE 6 -- WELL, LET'S JUST LOOK AT PAGE 6 FIRST.

02:24PM 23        DOES PAGE 6 OF EXHIBIT 20128 ACCURATELY -- DOES PAGE 6 OF

02:24PM 24   EXHIBIT 20128 ACCURATELY REFLECT THE TRANSACTIONS MR. BALWANI

02:24PM 25   ENGAGED IN ON APRIL 14TH, 2010, IN EXERCISING WARRANTS IN STOCK

02:24PM 1    OPTIONS?

02:24PM 2    A.   I BELIEVE SO.

02:24PM 3    Q.   AND THAT WAS FOR A TOTAL OF $288,000?

02:24PM 4    A.   YES.

02:24PM 5    Q.   AND THAT'S MONEY THAT MR. BALWANI HAD TO PAY THE COMPANY?

02:24PM 6    A.   YES.

02:24PM 7    Q.   OKAY.

02:24PM 8        YOUR HONOR, I WOULD OFFER EXHIBIT 2 -- ACTUALLY, THE OFFER

02:24PM 9    IS JUST THE SIXTH PAGE, PAGE 6 OF 20128.

02:24PM 10           MR. LEACH:  I DON'T OBJECT TO PAGE 6.  I THINK THE

02:24PM 11   WHOLE DOCUMENT SHOULD COME IN, YOUR HONOR.

02:25PM 12             THE COURT:  ANY OBJECTION?

02:25PM 13             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:25PM 14             THE COURT:  THE ENTIRETY OF 20128 IS ADMITTED, AND

02:25PM 15   IT MAY BE PUBLISHED.

02:25PM 16       (DEFENDANT'S EXHIBIT 20128 WAS RECEIVED IN EVIDENCE.)

02:25PM 17             MR. COOPERSMITH:  YOUR HONOR, CAN I APPROACH

02:25PM 18   MS. ROBINSON?

02:25PM 19             THE COURT:  YES.

02:25PM 20             MR. COOPERSMITH:  (HANDING.)

02:25PM 21       YOUR HONOR, WHAT I'D LIKE TO DO WITH THE DOCUMENT THAT I

02:25PM 22   JUST HANDED UP TO THE COURT, IT'S A DEMONSTRATIVE EXHIBIT, AND

02:25PM 23   I'LL ONLY PUT UP THE PARTS THAT ARE ADMITTED INTO EVIDENCE, BUT

02:25PM 24   SINCE WE ADMITTED EXHIBIT 20128, WE WOULD LIKE TO PUT UP JUST

02:25PM 25   THE FIRST SECTION REFLECTING THAT FIRST TRANSACTION THAT

02:25PM   1    MS. SPIVEY FIRST TESTIFIED ABOUT.

02:25PM   2              THE COURT:  AS A DEMONSTRATIVE ONLY?

02:25PM   3              MR. COOPERSMITH:  YES, YOUR HONOR.

02:25PM   4              THE COURT:  ALL RIGHT.  IT MAY BE DISPLAYED.

02:25PM   5              MR. COOPERSMITH:  OKAY.  MR. ALLEN, IF YOU COULD

02:26PM   6    DISPLAY JUST THAT FIRST SECTION.

02:26PM   7    Q.   OKAY.  SO LOOKING AT --

02:26PM   8              THE COURT:  LADIES AND GENTLEMEN -- I'M SORRY,

02:26PM   9    MR. COOPERSMITH.

02:26PM  10        THIS IS BEING OFFERED AS A DEMONSTRATIVE, THAT IS, AS AN

02:26PM  11    EXHIBIT FOR YOU TO VIEW.

02:26PM  12        IT'S NOT BEING OFFERED, NOR IS IT RECEIVED INTO EVIDENCE,

02:26PM  13    BUT MERELY AS A VISUAL TOOL TO ASSIST THE TESTIMONY.

02:26PM  14        PLEASE PROCEED.

02:26PM  15              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:26PM  16    Q.   MS. SPIVEY, LOOKING AT THE DEMONSTRATIVE EXHIBIT, CAN YOU

02:26PM  17    SEE IT ON YOUR SCREEN?

02:26PM  18    A.   YES.

02:26PM  19    Q.   AND THAT'S JUST THE TRANSACTION THAT WE JUST TALKED ABOUT;

02:26PM  20    RIGHT?

02:26PM  21    A.   YES.

02:26PM  22    Q.   SO MR. BALWANI PAID THE COMPANY $288,000 TO PURCHASE

02:26PM  23    THERANOS SHARES ON APRIL 14TH OF 2010; IS THAT RIGHT?

02:26PM  24    A.   YES.

02:26PM  25    Q.   AND IF YOU GO BACK TO 20128, HE PAID $0.36 A SHARE?

SPIVEY CROSS BY MR. COOPERSMITH

02:26PM 1    A.   YES.

02:26PM 2    Q.   AND THAT'S BECAUSE THAT'S WHAT THE DOCUMENTS, THE WARRANT

02:26PM 3    AND THE OPTIONS SAID THAT HE HAD THE RIGHT TO DO?

02:26PM 4    A.   CORRECT.

02:26PM 5    Q.   BUT HE DIDN'T HAVE TO DO THAT; RIGHT?  HE COULD HAVE JUST

02:26PM 6    HELD THE OPTION AND WAITED TO SEE WHAT HAPPENED?

02:26PM 7    A.   YES.

02:26PM 8    Q.   BUT HE DECIDED TO SPEND THE MONEY AND GIVE THE COMPANY

02:27PM 9    THAT MONEY AND HOLD THE STOCK RIGHT AT THAT POINT IN TIME?

02:27PM 10   A.   YES.

02:27PM 11   Q.   ON APRIL 14TH, 2010?

02:27PM 12   A.   YES.

02:27PM 13   Q.   OKAY.  IF YOU COULD TAKE A LOOK AT THE NEXT EXHIBIT, WHICH

02:27PM 14   IS 20130.

02:27PM 15        MR. ALLEN, YOU CAN LEAVE UP THE PORTION OF THE

02:27PM 16   DEMONSTRATIVE THAT WE WERE JUST LOOKING AT.  THANK YOU.  JUST

02:27PM 17   THE PORTION WE WERE LOOKING AT.  THANKS.

02:27PM 18        OKAY.  MS. SPIVEY, IF YOU COULD TAKE A LOOK AT THIS

02:27PM 19   EXHIBIT, WHICH IS 20130, DO YOU SEE THAT THIS IS A THERANOS

02:27PM 20   INC. 2004 STOCK PLAN, STOCK OPTION AGREEMENT EARLY EXERCISE?

02:27PM 21   A.   YES.

02:27PM 22   Q.   AND DO YOU SEE THAT IT HAS -- IT RELATES TO MR. BALWANI'S

02:28PM 23   OTHER OPTIONS THAT MR. BALWANI HAD; IS THAT RIGHT?

02:28PM 24   A.   YES.

02:28PM 25   Q.   AND IF YOU LOOK AT THE VERY LAST PAGE, WHICH IS PAGE 20,

02:28PM 1    DO YOU SEE THERE'S AN ELECTION UNDER SECTION 83(B) OF THE

02:28PM 2    INTERNAL REVENUE CODE?

02:28PM 3    A.   YES.

02:28PM 4    Q.   AND YOU FILLED OUT THAT FORM; IS THAT RIGHT?

02:28PM 5    A.   YES.

02:28PM 6    Q.   AND THAT'S TO REPORT CERTAIN MATTERS TO THE INTERNAL

02:28PM 7    REVENUE CODE THAT WERE REQUIRED; IS THAT RIGHT?

02:28PM 8    A.   YES.

02:28PM 9    Q.   OKAY.  WE'LL GET BACK TO THAT.

02:28PM 10        BUT LOOKING AT THIS DOCUMENT, DO YOU RECOGNIZE THIS AS

02:28PM 11   PAPERWORK IN CONNECTION WITH MR. BALWANI'S EXERCISE OF STOCK

02:28PM 12   OPTIONS ON AUGUST 24TH, 2011.

02:29PM 13        I'M SORRY.  IF YOU LOOK AT PAGE 6 -- I MISSPOKE ON THE

02:29PM 14   DATE.  IT'S ACTUALLY AUGUST 21ST, 2011.

02:29PM 15        DO YOU SEE THAT?

02:29PM 16   A.   YES.

02:29PM 17   Q.   AND DO YOU RECOGNIZE THIS AS PAPERWORK FOR MR. BALWANI TO

02:29PM 18   EXERCISE THESE OPTIONS ON THAT DATE?

02:29PM 19   A.   YES.

02:29PM 20        MR. COOPERSMITH:  YOUR HONOR, WE OFFER

02:29PM 21   EXHIBIT 20130.

02:29PM 22        MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:29PM 23        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:29PM 24   (DEFENDANT'S EXHIBIT 20130 WAS RECEIVED IN EVIDENCE.)

02:29PM 25   BY MR. COOPERSMITH:

SPIVEY CROSS BY MR. COOPERSMITH

02:29PM  1    Q.   IF YOU LOOK AT THE FIRST PAGE, MS. SPIVEY, YOU SEE --

02:29PM  2         IF WE COULD PUT UP EXHIBIT 20130, MR. ALLEN.

02:29PM  3         DO YOU SEE THAT THERE'S A DATE OF GRANT, AUGUST 10TH,

02:30PM  4    2010?

02:30PM  5    A.   YES.

02:30PM  6    Q.   AND THEN DO YOU SEE THAT THERE'S AN INVESTING COMMENCEMENT

02:30PM  7    DATE OF JANUARY 1ST, 2010?

02:30PM  8    A.   YES.

02:30PM  9    Q.   AND DOES THAT MEAN THAT STARTING ON JANUARY 1ST, 2010,

02:30PM  10   MR. BALWANI WAS ABLE TO GO AHEAD AND EXERCISE HIS OPTION IF HE

02:30PM  11   CHOSE TO DO SO?

02:30PM  12   A.   YES.

02:30PM  13   Q.   AND IF YOU LOOK AT THIS SAME PAGE, YOU SEE THAT THERE'S A

02:30PM  14   TERM EXPIRATION DATE.

02:30PM  15   A.   YES.

02:30PM  16   Q.   AND YOU SEE IT SAYS TEN YEARS/AUGUST 10TH, 2020?

02:30PM  17   A.   YES.

02:30PM  18   Q.   AND THAT MEANS THAT MR. BALWANI COULD HAVE WAITED ALL OF

02:30PM  19   THAT TIME TO EXERCISE THE OPTION; RIGHT?

02:30PM  20   A.   YES.

02:30PM  21   Q.   AND HE COULD HAVE DECIDED NEVER TO EXERCISE THE OPTION;

02:30PM  22   RIGHT?

02:30PM  23   A.   YES.

02:30PM  24   Q.   AND IF HE NEVER EXERCISED THE OPTION, HE WOULDN'T HAVE HAD

02:30PM  25   TO GIVE $486,403.56 TO THERANOS; RIGHT?

02:30PM   1    A.   CORRECT.

02:30PM   2    Q.   BUT ON AUGUST 21ST OF 2011, HE DECIDED TO EXERCISE THE

02:31PM   3    OPTION AND GIVE THE COMPANY THAT MONEY; IS THAT RIGHT?

02:31PM   4    A.   YES.

02:31PM   5    Q.   AND HE ALSO WAS ABLE TO BUY THAT AT $0.36 A SHARE AS THE

02:31PM   6    OPTION PROVIDED?

02:31PM   7    A.   YES.

02:31PM   8    Q.   AND THAT WAS 1,351,121 SHARES?

02:31PM   9    A.   YES.

02:31PM   10   Q.   AND IF YOU GO TO THE LAST PAGE THAT WE WERE REFERRING TO

02:31PM   11   JUST A MINUTE AGO, THIS IS THAT I.R.S. ELECTION FORM THAT I WAS

02:31PM   12   MENTIONING.

02:31PM   13        DO YOU SEE THAT?

02:31PM   14   A.   YES.

02:31PM   15   Q.   AND THE REASON WHY YOU SEND THIS FORM TO THE I.R.S. IS

02:31PM   16   BECAUSE YOU'RE GIVING THE I.R.S. INFORMATION THAT MR. BALWANI

02:31PM   17   MIGHT HAVE A TAX CONSEQUENCE FOR THIS OPTION EXERCISE?

02:31PM   18   A.   YES.

02:31PM   19   Q.   AND IF YOU LOOK AT THE FIRST PARAGRAPH UNDER THE HEADING,

02:32PM   20   IT SAYS, "THE UNDERSIGNED TAXPAYER HEREBY ELECTS, PURSUANT TO

02:32PM   21   SECTIONS 55 AND 83(B) OF THE INTERNAL REVENUE CODE OF 1986, AS

02:32PM   22   AMENDED, TO INCLUDE IN TAXPAYER'S GROSS INCOME OR ALTERNATIVE

02:32PM   23   MINIMUM TAXABLE INCOME, AS THE CASE MAY BE, FOR THE CURRENT

02:32PM   24   TAXABLE YEAR THE AMOUNT OF ANY COMPENSATION TAXABLE TO TAX

02:32PM   25   PAYER IN CONNECTION WITH TAXPAYER'S RECEIPT OF THE PROPERTY

SPIVEY CROSS BY MR. COOPERSMITH

```
02:32PM   1    DESCRIBED BELOW."

02:32PM   2         DO YOU SEE THAT?

02:32PM   3    A.   YES.

02:32PM   4    Q.   AND THE PROPERTY DESCRIBED BELOW AS DESCRIBED IN SECTION 5

02:32PM   5    IS A $1.03 PER SHARE; IS THAT RIGHT?

02:32PM   6    A.   YES.

02:32PM   7    Q.   AND MR. BALWANI'S WAS $0.36 PER SHARE?

02:32PM   8    A.   YES.

02:32PM   9    Q.   BUT MR. BALWANI DIDN'T ACTUALLY GET THAT; RIGHT?

02:32PM  10    A.   CORRECT.

02:32PM  11    Q.   HE JUST HELD A STOCK CERTIFICATE THAT SOMEBODY DECIDED WAS

02:32PM  12    WORTH A $1.03 A SHARE AT THAT POINT; RIGHT?

02:33PM  13    A.   YES.

02:33PM  14    Q.   AND IN ALL OF THE TIME THAT YOU WERE WORKING WITH

02:33PM  15    MR. BALWANI, YOU'RE NOT AWARE THAT HE SOLD A SINGLE SHARE OF

02:33PM  16    STOCK, ARE YOU?

02:33PM  17    A.   CORRECT.

02:33PM  18    Q.   SO HE NEVER ACTUALLY SOLD STOCK AND GOT ANY CASH FOR THAT?

02:33PM  19    A.   YES.

02:33PM  20    Q.   BUT NONETHELESS, WHEN HE EXERCISED HIS OPTION ON PAPER, HE

02:33PM  21    GOT STOCK WORTH 1.03 THAT HE PAID $0.36 FOR?

02:33PM  22    A.   YES.

02:33PM  23    Q.   BUT IT'S ALL JUST PAPER?

02:33PM  24    A.   YES.

02:33PM  25    Q.   AND THAT MEANS THAT, BY MY CALCULATIONS, HE'S GOT -- AND
```

02:33PM  1    YOUR CALCULATIONS ARE PROBABLY BETTER, MS. SPIVEY -- BUT HE'S

02:33PM  2    GOT $0.67 A SHARE OF PAPER GAIN; IS THAT RIGHT?

02:33PM  3    A.   YES.

02:33PM  4    Q.   AND IF YOU MULTIPLY $0.67 A SHARE -- IT'S NOT A MATH TEST,

02:33PM  5    I PROMISE -- BUT IF YOU MULTIPLY $0.67 A SHARE BY THE 1,351,121

02:33PM  6    SHARES, YOU GET -- I'M SORRY -- $905,251.

02:34PM  7         DOES THAT SOUND RIGHT TO YOU?

02:34PM  8    A.   YES.

02:34PM  9    Q.   SO AROUND $900,000 OF TAXABLE GAIN THAT MR. BALWANI HAD

02:34PM  10   BECAUSE OF THIS TRANSACTION?

02:34PM  11   A.   YES.

02:34PM  12   Q.   AND YOU UNDERSTAND MR. BALWANI HAD TO CUT A CHECK TO THE

02:34PM  13   I.R.S.?

02:34PM  14             MR. LEACH:  OBJECTION.  FOUNDATION.

02:34PM  15             THE COURT:  SUSTAINED.

02:34PM  16   BY MR. COOPERSMITH:

02:34PM  17   Q.   DO YOU KNOW THAT?

02:34PM  18             MR. LEACH:  YOUR HONOR, THAT'S THE SAME QUESTION.

02:34PM  19             MR. COOPERSMITH:  I'M ASKING IF SHE KNOWS.

02:34PM  20             THE COURT:  IF SHE KNOWS THAT HE WROTE A CHECK TO

02:34PM  21   THE I.R.S.?

02:34PM  22             MR. COOPERSMITH:  RIGHT.

02:34PM  23             THE COURT:  DO YOU HAVE ANY KNOWLEDGE OF MR. BALWANI

02:34PM  24   WRITING A CHECK TO THE I.R.S.?

02:34PM  25             THE WITNESS:  NO.

02:34PM   1    BY MR. COOPERSMITH:

02:34PM   2    Q.   DO YOU HAVE ANY KNOWLEDGE OF HIM WRITING A CHECK TO

02:34PM   3    THERANOS SO THAT THERANOS COULD PAY THE I.R.S. ON BEHALF OF

02:34PM   4    MR. BALWANI?

02:34PM   5    A.   I DON'T REMEMBER ANYTHING LIKE THAT.

02:34PM   6    Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT, WHICH IS 20129.

02:35PM   7         DO YOU SEE 20129?  THIS EXHIBIT IS PAPERWORK REGARDING YET

02:35PM   8    ANOTHER OPTION THAT MR. BALWANI WAS GIVEN IN CONNECTION WITH

02:35PM   9    HIS WORK AT THERANOS?

02:35PM  10    A.   YES.

02:35PM  11    Q.   AND DO YOU UNDERSTAND THAT THE BOARD GRANTS OPTIONS;

02:35PM  12    RIGHT?

02:35PM  13    A.   EXCUSE ME?

02:35PM  14    Q.   THE BOARD OF DIRECTORS GRANTS OPTIONS?

02:35PM  15    A.   YES.

02:35PM  16    Q.   SO MS. HOLMES PERSONALLY DOESN'T DECIDE TO GRANT OPTIONS,

02:35PM  17    IT HAS TO BE THE BOARD; RIGHT?

02:35PM  18    A.   YES.

02:35PM  19    Q.   OKAY.  AND THIS OPTION IS, IF YOU LOOK AT PAGE 6, THE

02:35PM  20    EXERCISE WAS ALSO SAME DATE, AUGUST 21ST, 2011, JUST LIKE THE

02:35PM  21    LAST ONE THAT WE TALKED ABOUT?

02:35PM  22    A.   YES.

02:35PM  23    Q.   AND THIS OPTION IS FOR 3,242,242 SHARES?

02:36PM  24    A.   YES.

02:36PM  25    Q.   WITH A PURCHASE PRICE OF $3,339 -- I'M SORRY.  I'LL START

02:36PM 1      AGAIN.

02:36PM 2          $3,339,509.26?

02:36PM 3      A.   YES.

02:36PM 4      Q.   AND YOUR -- YOU UNDERSTAND THAT MR. BALWANI ALSO PAID THAT

02:36PM 5      MONEY TO THERANOS?

02:36PM 6      A.   YES.

02:36PM 7      Q.   TO BUY THERANOS STOCK?

02:37PM 8      A.   I DON'T REMEMBER, LOOKING AT THESE DOCUMENTS, I BELIEVE

02:37PM 9      SO.

02:37PM 10     Q.   OKAY.  BUT THESE ARE DOCUMENTS THAT YOU HELPED PREPARE

02:37PM 11     WHILE YOU WERE AT THERANOS?

02:37PM 12     A.   I WOULD HAVE, YES.

02:37PM 13              MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER

02:37PM 14     EXHIBIT 20129.

02:37PM 15              MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:37PM 16              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:37PM 17          (DEFENDANT'S EXHIBIT 20129 WAS RECEIVED IN EVIDENCE.)

02:37PM 18     BY MR. COOPERSMITH:

02:37PM 19     Q.   DO YOU SEE ON THE FIRST PAGE, THOSE ARE THE NUMBERS THAT I

02:37PM 20     WAS JUST READING, THE 3 MILLION, 3.3 MILLION.

02:37PM 21          DO YOU SEE THAT?

02:37PM 22     A.   YES.

02:37PM 23     Q.   AND THE SHARE AMOUNT.

02:37PM 24          AND THIS WAS ANOTHER OPTION THAT, IF YOU GO DOWN BELOW

02:37PM 25     THAT, THE EXPIRATION DATE WAS ALSO FOR TEN YEARS.

SPIVEY CROSS BY MR. COOPERSMITH

02:37PM 1          DO YOU SEE THAT?

02:37PM 2     A.   YES.

02:37PM 3     Q.   BUT MR. BALWANI CHOSE TO EXERCISE HIS OPTION IN 2011?

02:37PM 4     A.   YES.

02:37PM 5     Q.   OKAY.  MR. ALLEN, IF YOU COULD PUT UP ON THE DEMONSTRATIVE

02:37PM 6     THE SECOND SECTION.

02:37PM 7          AND LOOKING AT THE DEMONSTRATIVE EXHIBIT ON YOUR SCREEN,

02:38PM 8     MS. SPIVEY, DOES THAT ACCURATELY REFLECT THE TRANSACTION THAT

02:38PM 9     WE JUST DISCUSSED?

02:38PM 10    A.   YES.

02:38PM 11    Q.   SO THE TOTAL AMOUNT OF SHARES PURCHASED IN THIS

02:38PM 12    TRANSACTION WAS 4,593,363?

02:38PM 13    A.   YES.  I SUPPOSE.  I DON'T KNOW.

02:38PM 14    Q.   WELL, IF YOU ADD THOSE TWO NUMBERS TOGETHER?

02:38PM 15    A.   RIGHT, YOU NEED TO ADD THOSE TWO TOGETHER.

02:38PM 16    Q.   OKAY.  AND THEN THE TOTAL AMOUNT IS JUST ADDING THE

02:38PM 17    486,000 TO THE 3,339,000.

02:38PM 18         DO YOU SEE THAT?

02:38PM 19    A.   YES.

02:38PM 20    Q.   AND THEN I KNOW THAT YOU'RE NOT DOING MATH ON THE FLY

02:38PM 21    HERE, BUT DO YOU HAVE ANY REASON TO DOUBT THAT THE MATH IS

02:38PM 22    $3,825,912.82?

02:38PM 23    A.   NO.

02:38PM 24    Q.   OKAY.  SO SO FAR, FROM THE EXHIBITS THAT WE HAVE SEEN,

02:39PM 25    THAT'S HOW MUCH MR. BALWANI PAID THERANOS?

02:39PM  1    A.   YES.

02:39PM  2    Q.   TO BUY ITS STOCK; RIGHT?

02:39PM  3    A.   YES.

02:39PM  4    Q.   OKAY.  LET'S GO TO ONE MORE, AND THAT'S EXHIBIT 20135.

02:39PM  5         DO YOU SEE THAT EXHIBIT 20135 IS ALSO STOCK OPTION

02:39PM  6    PAPERWORK FOR A DIFFERENT STOCK OPTION EXERCISE, WHICH IS DATED

02:39PM  7    DECEMBER 16TH, 2011.

02:39PM  8         DO YOU SEE THAT?

02:39PM  9    A.   YES.

02:39PM  10   Q.   AND THIS TRANSACTION INVOLVED 550,000 SHARES?

02:39PM  11   A.   YES.

02:39PM  12   Q.   FOR A PRICE THAT MR. BALWANI HAD TO PAY OF 566,500?

02:39PM  13   A.   YES.

02:39PM  14   Q.   AND DO YOU RECOGNIZE THIS AS THE STOCK OPTION PAPERWORK

02:40PM  15   FOR THAT TRANSACTION?

02:40PM  16   A.   YES.

02:40PM  17            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20135.

02:40PM  18            MR. LEACH:  NO OBJECTION.

02:40PM  19            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:40PM  20        (DEFENDANT'S EXHIBIT 20135 WAS RECEIVED IN EVIDENCE.)

02:40PM  21   BY MR. COOPERSMITH:

02:40PM  22   Q.   IF YOU COULD JUST GO, FIRST OF ALL, MS. SPIVEY, TO THE

02:40PM  23   LAST PAGE, WHICH IS PAGE 21.

02:40PM  24        IN THIS CASE WE ACTUALLY HAVE A COPY OF MR. BALWANI'S

02:40PM  25   CHECK.

SPIVEY CROSS BY MR. COOPERSMITH

02:40PM   1          DO YOU SEE THAT?

02:40PM   2     A.   YES.

02:40PM   3     Q.   AND THAT'S THE $566,500?

02:40PM   4     A.   YES.

02:40PM   5     Q.   AND IT HAS ON THE NOTE, OPTIONS 550,000.

02:40PM   6          THAT'S THE NUMBER OF SHARES; RIGHT?

02:40PM   7     A.   YES.

02:40PM   8     Q.   AND THEN IF YOU GO TO THE VERY FIRST PAGE OF THE EXHIBIT,

02:40PM   9     YOU SEE IT HAS THE FIGURES I WAS JUST MENTIONING, AND ALSO THIS

02:40PM   10    OPTION EXPIRES IN FIVE YEARS RATHER THAN TEN YEARS.

02:40PM   11         DO YOU SEE THAT?

02:40PM   12    A.   YES.

02:40PM   13    Q.   AND THE PRICE WAS $1.03 A SHARE?

02:40PM   14    A.   YES.

02:40PM   15    Q.   AND, MR. ALLEN, IF YOU COULD PUT UP THE LAST SECTION.

02:41PM   16         AND THEN IF YOU COULD PUT UP THE TOTALS AS WELL.

02:41PM   17         MS. SPIVEY, NOW LOOKING AT THE CHART THAT WE'VE COMPLETED,

02:41PM   18    DOES THIS ACCURATELY REFLECT, FROM THE EXHIBITS WE LOOKED AT,

02:41PM   19    MR. BALWANI'S TRANSACTIONS WHERE HE PURCHASED 5,943,363 SHARES

02:41PM   20    OF THERANOS FOR A PRICE OF $4,680,412.82?

02:41PM   21    A.   YES.

02:41PM   22    Q.   BEFORE WHEN YOU WERE TALKING TO MR. LEACH, HE SHOWED YOU

02:41PM   23    AN EXHIBIT WHERE MR. BALWANI HAD MORE LIKE 29 MILLION SHARES.

02:41PM   24         DO YOU REMEMBER THAT?

02:41PM   25    A.   SOMETHING LIKE THAT.

02:41PM   1    Q.   RIGHT.  DO YOU REMEMBER AT SOME POINT THERANOS HAD

02:41PM   2    SOMETHING CALLED A STOCK SPLIT?

02:41PM   3    A.   YES.

02:41PM   4    Q.   AND THAT MEANT THAT ANYONE WHO HAD SHARES GOT FIVE TIMES

02:42PM   5    AS MANY SHARES?

02:42PM   6    A.   YES.

02:42PM   7    Q.   AND THAT WAS A CORPORATE ACTION THAT THE COMPANY TOOK?

02:42PM   8    A.   YES.

02:42PM   9    Q.   AND THAT WOULD APPLY TO ANYONE WHO HELD COMMON SHARES IN

02:42PM   10   THERANOS; RIGHT?

02:42PM   11   A.   CAN YOU REPEAT THAT?

02:42PM   12   Q.   ANYONE WHO HELD COMMON STOCK IN THERANOS WOULD HAVE GOTTEN

02:42PM   13   THE SAME FIVE-TO-ONE SPLIT?

02:42PM   14   A.   CORRECT.

02:42PM   15   Q.   AND DID YOU HOLD SHARES IN THERANOS?

02:42PM   16   A.   YES.

02:42PM   17   Q.   AND SO YOU ALSO GOT FIVE TIMES AS MANY SHARES?

02:42PM   18   A.   YES.

02:42PM   19   Q.   SO IT WOULD APPLY TO MR. BALWANI JUST LIKE ANY OTHER

02:42PM   20   EMPLOYEE OR ANYONE ELSE WHO OWNED COMMON SHARES OF THERANOS; IS

02:42PM   21   THAT RIGHT?

02:42PM   22   A.   YES.

02:42PM   23   Q.   OKAY.  LET'S SWITCH TOPICS AND TALK ABOUT THERANOS'S

02:43PM   24   REVENUE.

02:43PM   25        SO MR. LEACH ASKED YOU SOME QUESTIONS ON DIRECT ABOUT THE

02:43PM  1     CONCEPT OF REVENUE RECOGNITION.

02:43PM  2         DO YOU REMEMBER THAT?

02:43PM  3     A.  YES.

02:43PM  4     Q.  AND THAT'S AN ACCOUNTING CONCEPT; RIGHT?

02:43PM  5     A.  YES.

02:43PM  6     Q.  AND THERE ARE A LOT OF ACCOUNTING RULES THAT APPLY TO THE

02:43PM  7     QUESTION OF WHEN A COMPANY CAN RECOGNIZE REVENUE AND WHEN IT

02:43PM  8     CAN'T?

02:43PM  9     A.  YES.

02:43PM  10    Q.  AND SOMETIMES CASH COMES IN THE DOOR, AND FOR ONE REASON

02:43PM  11    OR ANOTHER, UNDER THE ACCOUNTING RULES, IT HAS TO BE TREATED AS

02:43PM  12    DEFERRED REVENUE AS OPPOSED TO REVENUE; IS THAT FAIR?

02:43PM  13    A.  YES.

02:43PM  14    Q.  AND THERE ARE MANY REASONS WHY THAT COULD HAPPEN?

02:43PM  15    A.  YES.

02:43PM  16    Q.  AND PEOPLE WHO, LIKE YOU, WHO WENT TO ACCOUNTING SCHOOL

02:43PM  17    AND HAVE CPA'S, TOOK THE EXAM, THAT'S SOMETHING THAT IS IN YOUR

02:43PM  18    WHEELHOUSE, THAT YOU -- YOU DEAL WITH THAT ALL OF THE TIME,

02:43PM  19    REVENUE RECOGNITION?

02:43PM  20    A.  YES.

02:43PM  21    Q.  BUT THAT'S PART OF THE ACCOUNTING PROFESSION, RIGHT, TO

02:43PM  22    UNDERSTAND WHAT THOSE RULES ARE?

02:43PM  23    A.  CORRECT.

02:43PM  24    Q.  AND MR. BALWANI WAS NOT AN ACCOUNTANT?

02:43PM  25    A.  NO, HE'S NOT.

SPIVEY CROSS BY MR. COOPERSMITH

02:44PM  1    Q.   AND ON DIRECT EXAM YOU MENTIONED THAT THERE WERE TIMES

02:44PM  2    WHEN MR. BALWANI WAS ASKING YOU, OR EVEN RECOMMENDING TO YOU,

02:44PM  3    THAT REVENUE SHOULD BE RECOGNIZED?

02:44PM  4    A.   YES.

02:44PM  5    Q.   AND IT'S NOT UNUSUAL FOR AN EXECUTIVE AT A COMPANY TO WANT

02:44PM  6    TO RECOGNIZE REVENUE, IS IT?

02:44PM  7    A.   IT'S NOT.

02:44PM  8    Q.   THAT HAPPENS ALL OF THE TIME; RIGHT?

02:44PM  9    A.   I DON'T KNOW.

02:44PM  10   Q.   BUT IN YOUR EXPERIENCE, LIKE, EXECUTIVES OF THE COMPANIES

02:44PM  11   WOULD RATHER RECOGNIZE REVENUE; RIGHT?

02:44PM  12   A.   YES.

02:44PM  13   Q.   BUT SOMETIMES THERE ARE ACCOUNTING RULES THAT SAY THAT YOU

02:44PM  14   CAN'T DO THAT; RIGHT?

02:44PM  15   A.   UH-HUH, YES.

02:44PM  16   Q.   AND YOUR JOB IS TO MAKE SURE THAT THE ACCOUNTING RULES

02:44PM  17   WERE FOLLOWED?

02:44PM  18   A.   YES.

02:44PM  19   Q.   AND THAT WAS TRUE WHETHER YOU HAD AUDITORS OR NOT

02:44PM  20   AUDITORS; RIGHT?

02:44PM  21   A.   CORRECT.

02:44PM  22   Q.   AND IN THE CASE THAT MR. LEACH DESCRIBED TO YOU, HE ASKED

02:44PM  23   YOU ABOUT SOME REVENUE THAT MR. BALWANI SUGGESTED TO YOU OUGHT

02:44PM  24   TO BE RECOGNIZED.

02:44PM  25        DO YOU REMEMBER THAT?

SPIVEY CROSS BY MR. COOPERSMITH

02:44PM 1    A.    YES.

02:44PM 2    Q.    AND YOU WENT TO KPMG?

02:44PM 3    A.    YES.

02:44PM 4    Q.    AND SO YOU HAD ACCESS TO THE OUTSIDE AUDITORS?

02:45PM 5    A.    YES.

02:45PM 6    Q.    AND EVEN THOUGH THEY WEREN'T COMPLETING THEIR AUDITED

02:45PM 7    FINANCIAL STATEMENTS, YOU STILL WERE ABLE TO TALK TO THEM;

02:45PM 8    RIGHT?

02:45PM 9    A.    YES.

02:45PM 10   Q.    AND YOU WERE ABLE TO GIVE THEM ACCURATE INFORMATION?

02:45PM 11   A.    YES.

02:45PM 12   Q.    AND YOU ALWAYS DID GIVE THEM ACCURATE INFORMATION?

02:45PM 13   A.    YES.

02:45PM 14   Q.    AND IN THIS CASE THAT WE'RE TALKING ABOUT, THE AUDITORS

02:45PM 15   SAID, NO, IN THIS CASE THE ACCOUNTING RULES DON'T ALLOW

02:45PM 16   RECOGNITION OF REVENUE; RIGHT?

02:45PM 17   A.    YES.

02:45PM 18   Q.    AND YOU TOLD MR. BALWANI THAT?

02:45PM 19   A.    MY RECOLLECTION OF THIS WAS THAT HE AND I DISCUSSED AND I

02:45PM 20   TOLD HIM THAT THE REVENUE COULD NOT BE RECOGNIZED BECAUSE OF

02:45PM 21   THE ACCOUNTING RULES AND I WOULD FOLLOW UP WITH KPMG ON WHETHER

02:45PM 22   WE SHOULD BE ABLE TO RECOGNIZE THAT.

02:45PM 23        AND AFTER I CONFIRMED WITH KPMG THAT THOSE SHOULD NOT BE

02:45PM 24   RECOGNIZED, I DON'T RECALL INSTANCES WHERE I WENT BACK TO HIM

02:45PM 25   AND TELL HIM THAT KPMG AGREED.  WE JUST LEFT IT AT THAT.

SPIVEY CROSS BY MR. COOPERSMITH

02:45PM  1     Q.   THANK YOU.  OKAY.

02:45PM  2          SO BASICALLY AFTER YOU WENT TO KPMG AND YOU CONFERRED WITH

02:46PM  3     THEM ABOUT THE MATTER, THEY SAID NO, AND THEN THE REVENUE WAS

02:46PM  4     NOT RECOGNIZED; RIGHT?

02:46PM  5     A.   CORRECT.

02:46PM  6     Q.   BECAUSE OF THE ACCOUNTING RULES?

02:46PM  7     A.   YES.

02:46PM  8     Q.   AND YOU DIDN'T EVEN HAVE TO GO BACK TO MR. BALWANI?

02:46PM  9     A.   YES.

02:46PM  10    Q.   AND SO MR. BALWANI DIDN'T TRY TO INTERFERE IN ANY WAY WITH

02:46PM  11    THE JUDGMENT OF KPMG, DID HE?

02:46PM  12    A.   HE DID NOT.

02:46PM  13    Q.   HE DID NOT ORDER YOU TO RECOGNIZE THE REVENUE ANYWAY?

02:46PM  14    A.   CORRECT.

02:46PM  15    Q.   HE DIDN'T ORDER YOU TO VIOLATE THE ACCOUNTING RULES OR

02:46PM  16    ANYTHING LIKE THAT, DID HE?

02:46PM  17    A.   CORRECT.

02:46PM  18    Q.   OKAY.  LET'S GO TO THE EXHIBIT THAT MR. LEACH SHOWED YOU,

02:46PM  19    WHICH WAS A VERY BIG SPREADSHEET THAT HAD A LOT OF -- IN FACT,

02:46PM  20    MAYBE ALMOST ALL, AT LEAST IN A CERTAIN TIME PERIOD -- OF THE

02:46PM  21    TRANSACTIONS AT THERANOS.  IT'S EXHIBIT 5172.

02:46PM  22          DO YOU REMEMBER THAT?

02:46PM  23          AND YOU'RE NOT GOING TO FIND THAT VERY EASILY.  I THINK

02:46PM  24    IT'S BETTER TO LOOK ON THE SCREEN.

02:46PM  25          YEAH, A LOT EASIER; RIGHT?

SPIVEY CROSS BY MR. COOPERSMITH

02:46PM 1          SO THE SCREEN HAS A SPREADSHEET WITH, YOU KNOW, THE

02:46PM 2   VARIOUS TRANSACTIONS AND YOU WERE TALKING ABOUT SOME OF THESE

02:47PM 3   WITH MR. LEACH.

02:47PM 4   A.   YES.

02:47PM 5   Q.   SO I WANT TO GO THROUGH THE TRANSACTIONS IN ROW 26, OKAY?

02:47PM 6   A.   YES.

02:47PM 7   Q.   AND THAT ROW ALL OF THE WAY THROUGH IS THE CUSTOMER

02:47PM 8   RECEIPTS; RIGHT?

02:47PM 9   A.   YES.

02:47PM 10  Q.   SO THESE WERE CUSTOMERS OF THERANOS THAT PAID CASH TO

02:47PM 11  THERANOS; RIGHT?

02:47PM 12  A.   YES.

02:47PM 13  Q.   AND SOMETIMES THE REVENUE THAT CAME IN FROM CUSTOMERS

02:47PM 14  COULD BE RECOGNIZED AS REVENUE; RIGHT?

02:47PM 15  A.   YES.

02:47PM 16  Q.   AND SOMETIMES IT COULDN'T?

02:47PM 17  A.   RIGHT.

02:47PM 18  Q.   BUT THAT DEPENDED ON THE ACCOUNTING RULES AND HOW THEY

02:47PM 19  FUNCTIONED?

02:47PM 20  A.   YES.

02:47PM 21  Q.   OKAY.  WELL, LET'S JUST LOOK AT THE NUMBERS.

02:47PM 22       IF YOU GO TO THE FIRST COLUMN D, YOU SEE THAT THERE'S

02:47PM 23  $6,462.

02:47PM 24  A.   YES.

02:47PM 25  Q.   AND THEN IF YOU GO TO THE NEXT ONE, WHICH IS H, THAT'S

SPIVEY CROSS BY MR. COOPERSMITH

02:47PM 1   $50,000; RIGHT?

02:48PM 2   A.   YES.

02:48PM 3   Q.   AND THEN ON J THAT'S 201,137?

02:48PM 4   A.   YES.

02:48PM 5   Q.   AND THEN IN THE MARCH, EARLY APRIL TIME PERIOD, YOU GO TO

02:48PM 6   ROW N, 4,358?

02:48PM 7   A.   YES.

02:48PM 8   Q.   AND KEEP SCROLLING ACROSS, MR. ALLEN.

02:48PM 9        AND THEN WE'VE GOT $474.

02:48PM 10       IN COLUMN W, $1,256.

02:48PM 11       DO YOU SEE THAT?

02:48PM 12  A.   YES.

02:48PM 13  Q.   AND IF WE KEEP SCROLLING, 51,689 IN COLUMN AA.

02:48PM 14       DO YOU SEE THAT?

02:48PM 15  A.   YES.

02:48PM 16  Q.   $5 MILLION IN COLUMN AC?

02:48PM 17  A.   YES.

02:48PM 18  Q.   AND THAT'S IN MID-2011.

02:48PM 19       DO YOU SEE THAT?

02:48PM 20  A.   YES.

02:48PM 21  Q.   AND IF WE KEEP SCROLLING, $30 MILLION IN AUGUST OF 2011 IN

02:48PM 22  COLUMN HH.

02:48PM 23       DO YOU SEE THAT?

02:48PM 24  A.   YES.

02:49PM 25  Q.   AND KEEP GOING.

02:49PM   1        $5 MILLION IN COLUMN AO?

02:49PM   2   A.   YES.

02:49PM   3   Q.   AND THAT'S IN OCTOBER OF 2011?

02:49PM   4   A.   YES.

02:49PM   5   Q.   AND IF YOU KEEP GOING, $15 MILLION IN CUSTOMER RECEIPTS IN

02:49PM   6   NOVEMBER OF 2011.

02:49PM   7        DO YOU SEE THAT?

02:49PM   8   A.   YES.

02:49PM   9   Q.   AND KEEP GOING.  $18,500,000 IN DECEMBER OF 2011.

02:49PM  10        DO YOU SEE THAT?

02:49PM  11   A.   YES.

02:49PM  12   Q.   AND THAT'S THE AMOUNT THAT YOU TALKED ABOUT WITH MR. LEACH

02:49PM  13   THAT ENDED UP BEING REFUNDED BY THERANOS?

02:49PM  14   A.   YES.

02:49PM  15   Q.   OKAY.  KEEP GOING.

02:49PM  16        THAT'S 1,285 ON -- IN MARCH OF 2012, COLUMN BK.

02:49PM  17        DO YOU SEE THAT?

02:49PM  18   A.   YES.

02:49PM  19   Q.   THEN $40 MILLION IN JUNE OF 2012?

02:49PM  20   A.   YES.

02:49PM  21   Q.   $375 IN OCTOBER OF 2012.

02:50PM  22        DO YOU SEE THAT?

02:50PM  23   A.   YES.

02:50PM  24   Q.   25 MILLION IN JANUARY OF 2013?

02:50PM  25   A.   YES.

02:50PM  1    Q.   AND THEN 4 MILLION ALSO IN JANUARY OF 2013?

02:50PM  2    A.   YES.

02:50PM  3    Q.   OKAY.  $555?

02:50PM  4    A.   YES.

02:50PM  5    Q.   AND THEN I THINK FINALLY, I THINK IT'S COLUMN FC.

02:50PM  6         DO YOU SEE THE $75 MILLION IN JANUARY OF 2014?

02:50PM  7    A.   YES.

02:50PM  8    Q.   AND YOU UNDERSTAND THAT THAT PARTICULAR $75 MILLION CAME

02:50PM  9    FROM WALGREENS; RIGHT?

02:50PM  10   A.   YES.

02:50PM  11   Q.   AND THAT WAS SOMETHING CALLED AN INNOVATION FEE.

02:50PM  12        DO YOU KNOW THAT?

02:50PM  13   A.   YES.

02:50PM  14   Q.   AND WERE YOU INVOLVED IN THE NEGOTIATIONS WITH WALGREENS

02:50PM  15   ABOUT WHAT LED WALGREENS TO GIVE THERANOS $75 MILLION, AND DO

02:51PM  16   YOU HAVE AN UNDERSTANDING OF THE CONTRACTS BETWEEN WALGREENS

02:51PM  17   AND THERANOS?

02:51PM  18   A.   I HAD THE CONTRACTS, BUT THAT'S ABOUT IT.

02:51PM  19   Q.   OKAY.  AND WERE YOU INVOLVED IN THE RELATIONSHIP BETWEEN

02:51PM  20   THERANOS AND WALGREENS AS IT EVOLVED OVER THE YEARS?

02:51PM  21   A.   NO.

02:51PM  22   Q.   OKAY.

02:51PM  23        YOUR HONOR, CAN I APPROACH?

02:51PM  24             THE COURT:  OKAY.

02:51PM  25             MR. COOPERSMITH:  (HANDING.)

02:51PM 1    Q.   MS. SPIVEY, I'VE SHOWN YOU ANOTHER DEMONSTRATIVE EXHIBIT

02:51PM 2    THAT HAS BEEN MARKED AS 20520.

02:51PM 3         DO YOU HAVE THAT IN FRONT OF YOU?

02:51PM 4    A.   YES.

02:51PM 5    Q.   AND DO YOU SEE THAT IT REFLECTS ALL OF THE TRANSACTIONS

02:52PM 6    THAT WE JUST WENT OVER IN EXHIBIT 5172?

02:52PM 7    A.   YES.

02:52PM 8         MR. COOPERSMITH:  YOUR HONOR, I WOULD ASK TO DISPLAY

02:52PM 9    THIS DEMONSTRATIVE EXHIBIT AT THIS TIME.

02:52PM 10        THE COURT:  ANY OBJECTION?

02:52PM 11        MR. LEACH:  NO, YOUR HONOR.

02:52PM 12        THE COURT:  LADIES AND GENTLEMEN, LIKE THE OTHER

02:52PM 13   DEMONSTRATIVE, THIS IS NOT BEING ADMITTED INTO EVIDENCE, BUT IT

02:52PM 14   IS BEING DISPLAYED TO YOU SOLELY TO ASSIST THE WITNESS'S

02:52PM 15   TESTIMONY.

02:52PM 16   BY MR. COOPERSMITH:

02:52PM 17   Q.   MS. SPIVEY, DO YOU SEE THE DEMONSTRATIVE ON YOUR SCREEN

02:52PM 18   NOW?

02:52PM 19   A.   YES.

02:52PM 20   Q.   AND DO YOU SEE THAT THAT'S JUST THE LIST OF CUSTOMER

02:52PM 21   RECEIPTS THAT WE JUST WENT OVER?

02:52PM 22   A.   YES.

02:52PM 23   Q.   SO FROM JANUARY OF 2011 UNTIL JANUARY 2014, FOR THOSE

02:52PM 24   APPROXIMATELY THREE YEARS, THE TOTAL AMOUNT OF CUSTOMER

02:52PM 25   RECEIPTS WAS $217,817,591?

02:52PM  1    A.   YES.

02:52PM  2    Q.   OKAY.  DURING THE EXAMINATION THAT MR. LEACH CONDUCTED,

02:53PM  3    THE DIRECT EXAMINATION EARLIER TODAY, HE TALKED ABOUT AN

02:53PM  4    OUTSIDE COMPANY CALLED ARANCA.

02:53PM  5         DO YOU REMEMBER THAT?

02:53PM  6    A.   YES.

02:53PM  7    Q.   AND THAT WAS A COMPANY THAT DID PARTICULAR VALUATION WORK

02:53PM  8    FOR THERANOS?

02:53PM  9    A.   YES.

02:53PM  10   Q.   AND I'D LIKE TO SHOW YOU AN EXHIBIT THAT IS ALREADY IN

02:53PM  11   EVIDENCE.  IT'S 5206.

02:53PM  12        AND IF YOU GO -- THERE'S ATTACHMENTS TO THESE EXHIBITS,

02:53PM  13   AND ONE OF THE ATTACHMENTS IS A REPORT FROM ARANCA.

02:53PM  14        MR. ALLEN, IF YOU GO TO PAGE 17 OF THAT ATTACHMENT.

02:54PM  15   THAT'S PAGE 14, I BELIEVE.

02:54PM  16        THERE YOU GO, PAGE 17.

02:54PM  17        I THINK YOU WENT OVER THIS ON DIRECT EXAMINATION,

02:54PM  18   MS. SPIVEY.  BUT CAN YOU TAKE A LOOK AT THE FIRST BULLET POINT

02:54PM  19   UNDER ENGAGEMENT OBJECTIVE AND SCOPE.

02:54PM  20        AND DO YOU SEE IT SAYS, "WE UNDERSTAND THIS REPORT AND ITS

02:54PM  21   CONCLUSIONS (VALUATION OR THE OPINION) WOULD BE USED BY THE

02:54PM  22   COMPANY'S BOARD OF DIRECTORS (AND AUTHORIZED BOARD COMMITTEES)

02:54PM  23   SOLELY IN CONNECTION WITH DETERMINING THE EXERCISE PRICE FOR

02:54PM  24   GRANTING OPTIONS TO ITS EMPLOYEES TO COMPLY WITH IRC 409A AND

02:54PM  25   AS AN INPUT FOR VALUATIONS PURSUANT TO SFAS 123(R) FOR

SPIVEY CROSS BY MR. COOPERSMITH                                    2123

02:54PM  1      FINANCIAL REPORTING PURPOSES."

02:54PM  2          DO YOU SEE THAT?

02:54PM  3      A.   YES.

02:54PM  4      Q.   AND WHAT IS SFAS 123(R)?

02:54PM  5      A.   THAT'S THE ACCOUNTING RULE FOR OPTIONS.

02:54PM  6      Q.   IT'S A RULE OF ACCOUNTING THAT TALKS IN PARTICULAR ABOUT

02:55PM  7      HOW TO TREAT STOCK OPTIONS WHEN THEY'RE GRANTED FOR TAX

02:55PM  8      PURPOSES; IS THAT RIGHT?

02:55PM  9      A.   CAN YOU REPEAT THAT?

02:55PM  10     Q.   I THINK YOU'RE GOING TO DO A BETTER JOB THAN ME.

02:55PM  11         HOW WOULD YOU DESCRIBE SFAS 123?

02:55PM  12     A.   AGAIN, THAT IS A RULE -- ACCOUNTING RULE FOR THE COMPANY,

02:55PM  13     OR THE COMPANY HAS TO FOLLOW THESE ACCOUNTING RULES TO

02:55PM  14     CALCULATE THE OPTION EXPENSES WHEN THEY GRANT AN OPTION TO

02:55PM  15     OPTIONEE.

02:55PM  16     Q.   OKAY.  AND THE IRC, OR THE INTERNAL REVENUE CODE 409A,

02:55PM  17     THAT SECTION, THAT'S THE SECTION OF THE INTERNAL REVENUE CODE

02:55PM  18     THAT DEALS WITH IN PARTICULAR THE TAX TREATMENT OF OPTIONS WHEN

02:55PM  19     THEY'RE GRANTED?

02:55PM  20     A.   YES.

02:55PM  21     Q.   AND IT HAS TO DO WITH THE PRICE OF THE OPTION AND THE

02:55PM  22     VALUE OF THE COMPANY, THAT SORT OF THING?

02:55PM  23     A.   YES.

02:55PM  24     Q.   AND YOU NEED ONE OF THESE ARANCA REPORTS IN ORDER TO

02:55PM  25     COMPLY WITH WHAT IS CALLED A SAFE HARBOR UNDER THAT INTERNAL

02:56PM  1    REVENUE CODE SECTION?

02:56PM  2    A.   YES.

02:56PM  3    Q.   OKAY.  AND THAT'S THE PURPOSE OF THE ARANCA REPORT; RIGHT?

02:56PM  4    A.   YES.

02:56PM  5    Q.   DO YOU REMEMBER HOW MUCH THE COMPANY HAD TO PAY ARANCA FOR

02:56PM  6    ITS REPORTS?

02:56PM  7    A.   MAYBE A FEW THOUSAND DOLLARS.

02:56PM  8    Q.   A FEW THOUSAND DOLLARS?

02:56PM  9    A.   YES.

02:56PM  10   Q.   PER REPORT, OR FOR THE WHOLE SUITE OF REPORTS, OR WHICH

02:56PM  11   ONE?

02:56PM  12   A.   WHAT DO YOU MEAN?

02:56PM  13   Q.   LIKE, HOW MUCH DID IT COST FOR THE REPORT FROM ARANCA?

02:56PM  14   A.   A FEW THOUSAND DOLLARS FOR ONE REPORT.

02:56PM  15   Q.   OKAY.  I THINK YOU SAID THAT -- WELL, FOR ONE REPORT IT

02:56PM  16   WAS A FEW THOUSAND DOLLARS?

02:56PM  17   A.   YEAH.

02:56PM  18   Q.   OKAY.  SO IT'S A FAIRLY LOW PRICE TO GET ONE OF THESE

02:56PM  19   REPORTS; RIGHT?

02:56PM  20   A.   I DON'T KNOW HOW TO DEFINE THAT.

02:56PM  21   Q.   I MEAN, THEY'RE NOT COMING TO THE COMPANY AND DOING SOME

02:56PM  22   KIND OF IN-DEPTH ANALYSIS AND, LIKE, SPENDING TIME AT THE

02:56PM  23   COMPANY AND TALKING TO PEOPLE?  IT'S NOT THAT; RIGHT?  YOU JUST

02:56PM  24   SEND THEM INFORMATION AND, FOR A FEW THOUSAND DOLLARS, THEY

02:57PM  25   GIVE YOU ONE OF THESE REPORTS; RIGHT?

02:57PM   1      A.   YES.

02:57PM   2      Q.   OKAY.  MR. LEACH ALSO SHOWED YOU SOME DOCUMENTS, I THINK

02:57PM   3      THEY WERE CONDITIONALLY ADMITTED WITH A PARTICULAR -- THERE

02:57PM   4      WERE SOME OTHER NUMBERS, SOME OTHER PROJECTIONS.

02:57PM   5           DO YOU REMEMBER THAT?

02:57PM   6      A.   YES.

02:57PM   7      Q.   AND IF YOU COULD TAKE A LOOK AT THAT ONE, THAT'S -- I

02:57PM   8      THINK IT WAS EXHIBIT -- IF I CAN REMEMBER THIS -- I THINK IT'S

02:57PM   9      4859.

02:57PM  10           AND DO YOU REMEMBER THIS DOCUMENT WHEN YOU WERE TALKING

02:57PM  11      WITH MR. LEACH?

02:57PM  12      A.   YES.

02:57PM  13      Q.   AND YOU SAID YOU HAD NO INVOLVEMENT IN THIS; RIGHT?

02:57PM  14      A.   CORRECT.

02:57PM  15      Q.   AND DO YOU HAVE -- SO YOU HAVE NO KNOWLEDGE ABOUT HOW THIS

02:57PM  16      ACTUALLY WORKED, LIKE HOW THESE NUMBERS WERE DERIVED; IS THAT

02:58PM  17      RIGHT?

02:58PM  18      A.   CORRECT.

02:58PM  19      Q.   AND YOU HAVE NO KNOWLEDGE OF WHAT ASSUMPTIONS UNDERLIE

02:58PM  20      THESE NUMBERS?

02:58PM  21      A.   CORRECT.

02:58PM  22      Q.   AND, FOR EXAMPLE, IF YOU TAKE A LOOK AT ONE OF THE FIRST

02:58PM  23      LINES THERE, THERE'S ONE THAT SAYS LAB SERVICES FROM U.S.

02:58PM  24      RETAIL PHARMACIES?

02:58PM  25      A.   YES.

02:58PM   1    Q.   AND THAT WOULD BE, WHAT -- FOR EXAMPLE, WALGREENS WOULD BE

02:58PM   2    A U.S. RETAIL PHARMACY; RIGHT?

02:58PM   3    A.   YES.

02:58PM   4    Q.   SO DO YOU HAVE ANY KNOWLEDGE OF HOW THE NUMBER OF STORES

02:58PM   5    THAT THERANOS WAS GOING TO OPEN WOULD FACTOR INTO THAT

02:58PM   6    PROJECTED REVENUE NUMBER?

02:58PM   7    A.   NO.

02:58PM   8    Q.   DO YOU HAVE ANY UNDERSTANDING OF HOW THE COMPANY WENT

02:58PM   9    ABOUT THINKING ABOUT HOW MANY PATIENTS WOULD POSSIBLY VISIT

02:58PM  10    THESE STORES EVERY DAY?

02:58PM  11    A.   NO.

02:58PM  12    Q.   AND DO YOU HAVE ANY KNOWLEDGE AT ALL ABOUT WHAT INVESTORS

02:58PM  13    WERE TOLD ABOUT THIS DOCUMENT?

02:58PM  14    A.   NO.

02:58PM  15    Q.   IF THEY WERE TOLD ANYTHING AT ALL?

02:58PM  16    A.   I DON'T HAVE -- I DON'T KNOW.

02:58PM  17    Q.   AND DO YOU HAVE ANY KNOWLEDGE OF WHAT MEETINGS OCCURRED TO

02:58PM  18    WALK INVESTORS THROUGH THESE NUMBERS, OR NOT?  DO YOU KNOW

02:59PM  19    ANYTHING ABOUT THAT?

02:59PM  20    A.   NO.

02:59PM  21    Q.   SO YOU JUST HAVE THIS PAGE, AND OTHER THAN THAT, YOU HAVE

02:59PM  22    NO KNOWLEDGE OF THIS AT ALL; RIGHT?

02:59PM  23    A.   CORRECT.

02:59PM  24    Q.   AND THEN YOU SEE ON THE TOP LEFT IT SAYS PROJECTED

02:59PM  25    STATEMENT OF INCOME?

SPIVEY CROSS BY MR. COOPERSMITH

02:59PM  1    A.   YES.

02:59PM  2    Q.   AND PROJECTED MEANS NOT ACTUAL; RIGHT?

02:59PM  3    A.   YES.

02:59PM  4    Q.   IT MEANS WHAT MIGHT HAPPEN IN THE FUTURE?

02:59PM  5    A.   YES.

02:59PM  6    Q.   AND WHAT MIGHT NOT HAPPEN IN THE FUTURE DEPENDS ON OTHER

02:59PM  7    THINGS, LIKE HOW MANY STORES ARE OPENED AND WHAT THE COMPANY

02:59PM  8    DOES AND THINGS LIKE THAT; RIGHT?

02:59PM  9    A.   CORRECT.

02:59PM  10   Q.   AND NO ONE COULD KNOW THAT FOR SURE; RIGHT?

02:59PM  11   A.   YES.

02:59PM  12   Q.   NOW, WE'VE LOOKED AT THE ARANCA DOCUMENT A MINUTE AGO AND

02:59PM  13   IT TALKED ABOUT HOW THE REPORT WAS BEING PREPARED FOR USE BY

02:59PM  14   THE BOARD OF DIRECTORS.

02:59PM  15   A.   YES.

02:59PM  16   Q.   RIGHT?

02:59PM  17        AND YOU UNDERSTAND THAT THE BOARD SPOKE ABOUT ARANCA

03:00PM  18   REPORTS DURING THE BOARD MEETINGS?

03:00PM  19   A.   YES.

03:00PM  20        MR. LEACH:  YOUR HONOR, OBJECTION.  FOUNDATION.

03:00PM  21        THE COURT:  SHE SAID YES, SO YOU CAN FOLLOW UP WITH

03:00PM  22   THAT.

03:00PM  23        MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:00PM  24   Q.   LET'S TAKE A LOOK AT ONE OF THOSE.

03:00PM  25        IF YOU COULD TURN IN YOUR BINDER TO EXHIBIT 20514.

03:00PM   1          DO YOU SEE 20514?

03:00PM   2     A.   YES.

03:00PM   3     Q.   AND DO YOU SEE THIS IS BOARD MINUTES SIMILAR TO THE ONES

03:00PM   4     WE LOOKED AT BEFORE?

03:00PM   5     A.   YES.

03:00PM   6     Q.   AND THESE ARE BOARD MINUTES FROM A MEETING JANUARY 20TH,

03:00PM   7     2015?

03:00PM   8     A.   YES.

03:01PM   9              MR. COOPERSMITH:  YOUR HONOR, I'D LIKE TO OFFER

03:01PM   10    EXHIBIT 20514.

03:01PM   11             MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:01PM   12             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:01PM   13         (DEFENDANT'S EXHIBIT 20514 WAS RECEIVED IN EVIDENCE.)

03:01PM   14    BY MR. COOPERSMITH:

03:01PM   15    Q.   IF YOU GO TO THE FIRST PAGE, IT HAS, LIKE ALL OF THE BOARD

03:01PM   16    MINUTES DO, IT HAS A LIST OF THE PEOPLE WHO WERE PRESENT?

03:01PM   17    A.   YES.

03:01PM   18    Q.   OKAY.  AND THE PEOPLE PRESENT ARE SUNNY BALWANI, AND THEN

03:01PM   19    RILEY BECHTEL?

03:01PM   20    A.   YES.

03:01PM   21    Q.   DO YOU KNOW WHO RILEY BECHTEL IS?

03:01PM   22    A.   HE WAS ONE OF THE DIRECTORS.

03:01PM   23    Q.   DO YOU KNOW WHAT HIS BACKGROUND IS OR ANYTHING LIKE THAT?

03:01PM   24    A.   NO.

03:01PM   25    Q.   DID YOU EVER HEAR OF THE BECHTEL CORPORATION?

SPIVEY CROSS BY MR. COOPERSMITH

| | | |
|---|---|---|
| 03:01PM | 1 | A.   NO. |
| 03:01PM | 2 | Q.   DO YOU KNOW WHO WILLIAM FOEGE IS? |
| 03:01PM | 3 | A.   I DON'T REMEMBER AT THIS TIME. |
| 03:01PM | 4 | Q.   DO YOU REMEMBER HE WAS SOMEONE WHO CAME FROM THE CENTERS |
| 03:02PM | 5 | FOR DISEASE CONTROL? |
| 03:02PM | 6 | A.   YES. |
| 03:02PM | 7 | Q.   WILLIAM FRIST? |
| 03:02PM | 8 | A.   I DON'T REMEMBER. |
| 03:02PM | 9 | Q.   DO YOU UNDERSTAND MR. FRIST, DR. FRIST IS A FORMER UNITED |
| 03:02PM | 10 | STATES SENATOR? |
| 03:02PM | 11 | A.   I DON'T REMEMBER AT THIS TIME. |
| 03:02PM | 12 | Q.   OKAY.  DO YOU ALSO KNOW THAT HE'S A MEDICAL DOCTOR? |
| 03:02PM | 13 | A.   I DON'T REMEMBER. |
| 03:02PM | 14 | Q.   OKAY.  AND THEN ELIZABETH HOLMES.  WE'VE HEARD ABOUT HER. |
| 03:02PM | 15 | AND THEN HENRY KISSINGER.  ARE YOU FAMILIAR WITH |
| 03:02PM | 16 | DR. KISSINGER? |
| 03:02PM | 17 | A.   YES. |
| 03:02PM | 18 | Q.   HE WAS SECRETARY OF STATE ALL OF THE WAY BACK IN THE NIXON |
| 03:02PM | 19 | ADMINISTRATION; RIGHT? |
| 03:02PM | 20 | A.   YES. |
| 03:02PM | 21 | Q.   AND THEN RICHARD KOVACEVICH. |
| 03:02PM | 22 | DO YOU SEE THAT? |
| 03:02PM | 23 | A.   YES. |
| 03:02PM | 24 | Q.   AND DO YOU KNOW WHAT HIS BACKGROUND IS? |
| 03:02PM | 25 | A.   I THINK HE WAS A FORMER CEO OF WELLS FARGO. |

03:02PM   1    Q.   WELLS FARGO, THE BANK?

03:02PM   2    A.   RIGHT.

03:02PM   3    Q.   AND THEN JAMES MATTIS, DO YOU SEE THAT?

03:02PM   4    A.   YES.

03:02PM   5    Q.   AND HE WAS THE FORMER GENERAL IN THE UNITED STATES ARMY

03:02PM   6    AND SERVED AS SECRETARY OF DEFENSE; IS THAT RIGHT?

03:02PM   7    A.   YES.

03:02PM   8    Q.   AND SAMUEL NUNN.

03:03PM   9         DO YOU SEE THAT?

03:03PM  10    A.   YES.

03:03PM  11    Q.   AND HE WAS A FORMER UNITED STATES SENATOR FROM GEORGIA?

03:03PM  12    A.   YES.

03:03PM  13    Q.   AND WILLIAM PERRY, HE WAS A FORMER SECRETARY OF DEFENSE AS

03:03PM  14    WELL?

03:03PM  15    A.   MAYBE.  I DON'T KNOW.

03:03PM  16    Q.   YOU'RE NOT SURE.

03:03PM  17         GARY ROUGHHEAD, A FORMER ADMIRAL?

03:03PM  18    A.   YES.

03:03PM  19    Q.   AND GEORGE SHULTZ.

03:03PM  20         ARE YOU FAMILIAR WITH MR. SHULTZ?

03:03PM  21    A.   YES.

03:03PM  22    Q.   HE WAS THE SECRETARY OF STATE DURING THE REAGAN

03:03PM  23    ADMINISTRATION?

03:03PM  24    A.   YES.

03:03PM  25    Q.   AND THEN ALSO PRESENT AT THE BOARD MEETING WAS

SPIVEY CROSS BY MR. COOPERSMITH                                    2131

03:03PM   1    DAVID BOIES.

03:03PM   2        DO YOU KNOW WHO THAT IS?

03:03PM   3    A.   HE WAS THE PARTNER AT BOIES SCHILLER, THE LAW FIRM.

03:03PM   4    Q.   RIGHT.  SO THE FIRM IS ACTUALLY NAMED AFTER HIM.

03:03PM   5    DAVID BOIES IS THE BOIES IN BOIES SCHILLER; RIGHT?

03:03PM   6    A.   YES.

03:03PM   7    Q.   OKAY.  SO LET'S GO TO PAGE 7 OF THE DOCUMENT.

03:04PM   8        DO YOU SEE THERE'S A SECTION CALLED DETERMINATION OF FAIR

03:04PM   9    MARKET VALUE?

03:04PM  10    A.   YES.

03:04PM  11    Q.   AND IT READS, "THE BOARD THEN REVIEWED THE FAIR MARKET

03:04PM  12    VALUE OF A SHARE OF THE COMPANY'S COMMON STOCK.  THE BOARD

03:04PM  13    REVIEWED THE INDEPENDENT VALUATION REPORT BY ARANCA DATED

03:04PM  14    DECEMBER 15TH, 2014, AS WELL AS PRIOR REPORTS, ANALYZING THE

03:04PM  15    FAIR MARKET VALUE OF THE COMPANY'S COMMON STOCK PURSUANT TO

03:04PM  16    SECTION 409A OF THE INTERNAL REVENUE CODE, WHICH FAIR MARKET

03:04PM  17    VALUE WAS DETERMINED TO BE $1.44 PER SHARE."

03:04PM  18        THEN IT GOES ON TO SAY, "THE INDEPENDENT VALUATION REPORT

03:04PM  19    WAS DISCUSSED BY THE BOARD, AND THE BOARD, HAVING CONSIDERED

03:04PM  20    ALL OF THE AVAILABLE INFORMATION MATERIAL TO THE VALUATION OF

03:04PM  21    THE COMPANY'S COMMON STOCK, INCLUDING THE INDEPENDENT VALUATION

03:04PM  22    REPORT, DETERMINED IN GOOD FAITH THAT THE FAIR MARKET VALUE OF

03:04PM  23    ONE SHARE OF THE COMPANY'S COMMON STOCK WAS $1.44 AS OF THE

03:04PM  24    DATE OF THIS MEETING," AND THEN IT GOES ON.

03:04PM  25        DO YOU SEE THAT?

SPIVEY CROSS BY MR. COOPERSMITH                                        2132

03:04PM   1    A.   YES.

03:04PM   2    Q.   AND SO DO YOU UNDERSTAND THAT THE BOARD WAS LOOKING AT THE

03:04PM   3    ARANCA REPORT AND DISCUSSING IT AND MAKING A DETERMINATION

03:05PM   4    WHETHER THEY WERE GOING TO ACCEPT THAT VALUATION THAT ARANCA

03:05PM   5    PROVIDES; IS THAT RIGHT?

03:05PM   6    A.   YES.

03:05PM   7    Q.   AND THAT'S FOR PURPOSES OF THIS INTERNAL REVENUE CODE?

03:05PM   8    A.   YES.

03:05PM   9    Q.   AND THE BOARD HAS THE REPORT IN FRONT OF THEM SO THEY CAN

03:05PM  10    DISCUSS IT AND REVIEW IT TO THEIR HEART'S CONTENT; IS THAT

03:05PM  11    RIGHT?

03:05PM  12    A.   YES.

03:05PM  13    Q.   OKAY.  LET'S GO TO ANOTHER EXHIBIT JUST TO GET THESE DONE.

03:05PM  14    IT'S EXHIBIT 20516.  THIS IS -- DO YOU HAVE THAT IN FRONT OF

03:05PM  15    YOU?

03:05PM  16    A.   YES.

03:05PM  17    Q.   THANK YOU.  THIS IS ANOTHER SET OF BOARD MINUTES FOR A

03:05PM  18    MEETING DATED JANUARY 14TH, 2013?

03:05PM  19    A.   YES.

03:05PM  20    Q.   AND YOU CAN SEE THE BOARD MEMBERS ARE LISTED AS WHO IS

03:05PM  21    PRESENT.

03:05PM  22         DO YOU SEE THAT?

03:05PM  23    A.   YES.

03:05PM  24              MR. COOPERSMITH:  YOUR HONOR, WE OFFER

03:05PM  25    EXHIBIT 20516.

03:05PM   1            MR. LEACH:  NO OBJECTION.

03:05PM   2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:06PM   3        (DEFENDANT'S EXHIBIT 20516 WAS RECEIVED IN EVIDENCE.)

03:06PM   4   BY MR. COOPERSMITH:

03:06PM   5   Q.  AND IF YOU GO TO PAGE 3, THERE'S A SECTION AT THE TOP, AND

03:06PM   6   IT ACTUALLY STARTS ON PAGE 1 UNDER THE SECTION CALLED

03:06PM   7   ADMINISTRATIVE OVERVIEW.

03:06PM   8        AND I WON'T READ IT.  BUT DO YOU SEE THAT IT REFERENCES --

03:06PM   9   IF YOU GO TO THE TOP OF PAGE 2, IT ALSO DISCUSSES THE REFERENCE

03:06PM  10   TO THE ARANCA REPORT.

03:06PM  11        DO YOU SEE THAT?

03:06PM  12   A.  YES.

03:06PM  13   Q.  SO THE SAME TYPE OF DISCUSSION, BUT DIFFERENT MEETING,

03:06PM  14   DIFFERENT ARANCA REPORT; RIGHT?

03:06PM  15   A.  YES.

03:06PM  16   Q.  OKAY.  AND THEN IF YOU COULD GO TO EXHIBIT 20517.

03:07PM  17        DO YOU SEE THIS IS ANOTHER BOARD MINUTES FROM APRIL 15TH,

03:07PM  18   2015?

03:07PM  19   A.  YES.

03:07PM  20   Q.  AND AGAIN IT RECITES WHO WAS PRESENT FROM THE BOARD OF

03:07PM  21   DIRECTORS?

03:07PM  22   A.  YES.

03:07PM  23            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20517.

03:07PM  24            MR. LEACH:  NO OBJECTION.

03:07PM  25            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:07PM  1          (DEFENDANT'S EXHIBIT 20517 WAS RECEIVED IN EVIDENCE.)

03:07PM  2     BY MR. COOPERSMITH:

03:07PM  3     Q.   AND IF YOU GO TO PAGE 5 OF THE DOCUMENTS, DO YOU SEE

03:07PM  4     THERE'S A SECTION CALLED FAIR MARKET VALUE?

03:07PM  5     A.   YES.

03:07PM  6     Q.   AND IT REFERENCES THE INDEPENDENT VALUATION REPORT BY

03:07PM  7     ARANCA DATED APRIL 6TH, 2015.

03:07PM  8          DO YOU SEE THAT?

03:07PM  9     A.   YES.

03:07PM 10     Q.   AND IT GOES ON ON THE NEXT PAGE TO CONTINUE WITH THAT

03:07PM 11     SENTENCE.

03:07PM 12          DO YOU SEE THAT?

03:07PM 13     A.   YES.

03:07PM 14     Q.   OKAY.  SO THIS WAS ANOTHER OCCASION WHEN THE BOARD

03:08PM 15     REVIEWED AND DISCUSSED A PARTICULAR ARANCA REPORT; RIGHT?

03:08PM 16     A.   YES.

03:08PM 17     Q.   FOR THIS STOCK OPTIONS VALUATION PURPOSE; RIGHT?

03:08PM 18     A.   YES.

03:08PM 19     Q.   NOW, THE COMPANY DIDN'T GRANT ANY STOCK OPTIONS IN 2014,

03:08PM 20     DID IT?

03:08PM 21     A.   I DON'T REMEMBER.

03:08PM 22     Q.   YOU DON'T REMEMBER.

03:08PM 23          HOW ABOUT 2015?

03:08PM 24     A.   I DON'T REMEMBER.

03:08PM 25     Q.   OKAY.  BUT IF THE COMPANY DIDN'T GRANT ANY STOCK OPTIONS,

03:08PM   1    IF THAT WERE TRUE, THEN THESE ARANCA REPORTS WOULDN'T BE VERY

03:08PM   2    IMPORTANT BECAUSE THERE WOULD BE NO NEED TO EVALUATE ANYTHING;

03:08PM   3    RIGHT?

03:08PM   4    A.   IF THERE WAS AN OPTION EXERCISED, I WOULD STILL NEED THAT

03:08PM   5    INFORMATION TO DETERMINE IF THE EMPLOYEE OWED ANY TAX IF THEY

03:08PM   6    EXERCISED AN OPTION.

03:08PM   7    Q.   TO UNDERSTAND WHAT THE VALUE WAS AT THE TIME THAT THEY

03:09PM   8    EXERCISED?

03:09PM   9    A.   YES.

03:09PM  10    Q.   OKAY.  UNDERSTOOD.

03:09PM  11         AND MR. BALWANI EXERCISED HIS OPTIONS LIKE ALL OF THE WAY

03:09PM  12    BACK IN 2010 AND 2011; RIGHT?

03:09PM  13    A.   YES.

03:09PM  14    Q.   OKAY.  LET'S GO BACK TO THE SUBJECT OF WALGREENS FOR A

03:09PM  15    MOMENT.

03:10PM  16         SO ARE YOU AWARE THAT THE COMPANY ENTERED INTO A CONTRACT,

03:10PM  17    ITS FIRST CONTRACT WITH WALGREENS IN 2010?

03:10PM  18    A.   SOMEWHERE AROUND THAT TIME.

03:10PM  19    Q.   OKAY.  LET'S TAKE A LOOK AT AN EXHIBIT.  THAT MIGHT HELP.

03:10PM  20    IT'S EXHIBIT 372.

03:10PM  21         AND I THINK YOU SAID EARLIER WHEN I WAS ASKING YOU

03:10PM  22    QUESTIONS, MS. SPIVEY, THAT YOU HAD A REASON TO SEE THE

03:10PM  23    CONTRACTS THAT THERANOS HAD?

03:10PM  24    A.   I, I --

03:10PM  25    Q.   ARE YOU STILL LOOKING FOR THE EXHIBIT?

SPIVEY CROSS BY MR. COOPERSMITH

03:10PM   1    A.   YOU SAID 378?

03:10PM   2    Q.   I'M SORRY, 372.  YES?

03:11PM   3    A.   OH.

03:11PM   4    Q.   DO YOU HAVE THAT NOW?

03:11PM   5    A.   YES.

03:11PM   6    Q.   AND I THINK YOU SAID EARLIER THAT AS PART OF YOUR JOB, YOU

03:11PM   7    HAD A REASON TO LOOK AT CONTRACTS THAT THERANOS HAD?

03:11PM   8    A.   YES.

03:11PM   9    Q.   AND YOU RECOGNIZE EXHIBIT 372 AS A THERANOS MASTER

03:11PM  10    PURCHASE AGREEMENT BETWEEN THERANOS AND WALGREENS DATED

03:11PM  11    JULY 30TH OF 2010?

03:11PM  12    A.   YES.

03:11PM  13    Q.   AND SO YOU RECOGNIZE THE DOCUMENT?

03:11PM  14    A.   I THINK SO.

03:11PM  15    Q.   OKAY.

03:11PM  16         YOUR HONOR, I JUST OFFER EXHIBIT 372.

03:11PM  17             MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:11PM  18             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:11PM  19         (GOVERNMENT'S EXHIBIT 372 WAS RECEIVED IN EVIDENCE.)

03:11PM  20    BY MR. COOPERSMITH:

03:11PM  21    Q.   IF YOU -- LET'S LOOK AT THE FIRST PAGE.  SO THAT'S THE

03:11PM  22    TITLE.  AND YOU CAN SEE THE DATE AT THE TOP.

03:12PM  23         AND YOU SEE -- JUST KEEP THIS IN MIND, JULY 30TH, 2010, IS

03:12PM  24    DEFINED AS THE EFFECTIVE DATE OF THE AGREEMENT.

03:12PM  25         DO YOU SEE THAT?

SPIVEY CROSS BY MR. COOPERSMITH

03:12PM 1    A.   YES.

03:12PM 2    Q.   OKAY.  AND YOU SEE IT'S SIGNED BY, ON THE BOTTOM, A

03:12PM 3    GENTLEMAN NAMED WADE MIQUELON?

03:12PM 4    A.   YES.

03:12PM 5    Q.   AND HE WAS THE CHIEF FINANCIAL -- HE SAYS HE'S THE

03:12PM 6    EXECUTIVE VICE PRESIDENT AT WALGREENS; RIGHT?

03:12PM 7    A.   YES.

03:12PM 8    Q.   OKAY.  AND IF YOU GO TO THE NEXT PAGE, YOU SEE IT'S SIGNED

03:12PM 9    BY MS. HOLMES?

03:12PM 10   A.   YES.

03:12PM 11   Q.   OKAY.  IF YOU CAN TAKE A LOOK AT PAGE 8 OF THE DOCUMENT.

03:12PM 12   OKAY.  AND YOU SEE THERE'S A SECTION 6 CALLED CARTRIDGE

03:12PM 13   PRE-PURCHASE COMMITMENTS?

03:12PM 14   A.   YES.

03:12PM 15   Q.   AND THEN UNDER SECTION A, IT SAYS, "WALGREENS AGREES TO

03:13PM 16   INITIALLY PRE-PURCHASE $50 MILLION OF CARTRIDGES (INVENTORY)

03:13PM 17   WHICH INCLUDES USE OF DEVICES AND PROVISION OF SERVICES

03:13PM 18   ACCORDING TO THE FOLLOWING SCHEDULE."

03:13PM 19        DO YOU SEE THAT?

03:13PM 20   A.   YES.

03:13PM 21   Q.   AND THEN THE SCHEDULE, THE FIRST PART OF IT IS,

03:13PM 22   "$30 MILLION ON THE EFFECTIVE DATE OF THIS AGREEMENT."

03:13PM 23        DO YOU SEE THAT?

03:13PM 24   A.   YES.

03:13PM 25   Q.   AND THEN IT GOES ON TO SAY $20 MILLION WITHIN FIVE DAYS OF

03:13PM   1    RECEIPT OF CERTAIN FDA APPROVAL AND CLIA WAIVER.

03:13PM   2        DO YOU SEE THAT?

03:13PM   3    A.   YES.

03:13PM   4    Q.   AND IF YOU GO TO THE NEXT PARAGRAPH, IT SAYS, "THE FIRST

03:13PM   5    30 MILLION PRE-PURCHASE PAYMENT WILL BE INVOICED AT THE

03:13PM   6    EFFECTIVE DATE OF THIS AGREEMENT."

03:13PM   7        DO YOU SEE THAT?

03:13PM   8    A.   YES.

03:13PM   9    Q.   OKAY.  NOW, BASED ON THE CONTRACT, YOU UNDERSTAND THAT

03:13PM   10   THERANOS HAD A RIGHT TO $30 MILLION FROM WALGREENS RIGHT ON

03:13PM   11   THAT DATE, JULY 30TH, 2010?

03:13PM   12   A.   YES.

03:14PM   13   Q.   AND DO YOU UNDERSTAND THAT THERANOS DIDN'T INVOICE

03:14PM   14   WALGREENS FOR THAT AMOUNT; RIGHT?

03:14PM   15   A.   I DON'T REMEMBER.  DID WE NOT?

03:14PM   16   Q.   WELL, IF THERE WAS AN INVOICE TO WALGREENS, YOU WOULD HAVE

03:14PM   17   PREPARED IT?

03:14PM   18   A.   RIGHT.

03:14PM   19   Q.   BUT IT IS QUITE A LONG TIME AGO?

03:14PM   20   A.   YEAH.

03:14PM   21   Q.   SO DO YOU KNOW WHETHER THERANOS INVOICED WALGREENS FOR THE

03:14PM   22   $30 MILLION OR NOT?

03:14PM   23   A.   I DON'T REMEMBER.

03:14PM   24   Q.   OKAY.  SO IT'S POSSIBLE THAT THERANOS HAD A RIGHT TO

03:14PM   25   30 MILLION AND JUST DIDN'T TRY TO COLLECT IT FROM WALGREENS AT

03:14PM  1    THAT POINT; RIGHT?

03:14PM  2              MR. LEACH:  OBJECTION.  IT CALLS FOR SPECULATION.

03:14PM  3              THE COURT:  SUSTAINED.

03:14PM  4    BY MR. COOPERSMITH:

03:14PM  5    Q.   YOU DON'T KNOW ONE WAY OR THE OTHER?

03:14PM  6    A.   I DON'T REMEMBER.

03:14PM  7    Q.   OKAY.  YOU UNDERSTAND THAT AT SOME POINT IN THE FALL OF

03:15PM  8    2013 THERANOS STARTED TESTING BLOOD SAMPLES AT WALGREENS

03:15PM  9    STORES, THAT WERE COLLECTED AT WALGREENS STORES?

03:15PM  10   A.   YES.

03:15PM  11   Q.   AND THAT BUSINESS CONTINUED INTO THE LATTER PART OF '13

03:15PM  12   AND INTO 2014 AND 2015?

03:15PM  13   A.   YES.

03:15PM  14   Q.   AND THE PATIENTS WOULD GO TO WALGREENS STORES AND GIVE A

03:15PM  15   BLOOD SAMPLE; RIGHT?

03:15PM  16   A.   YES.

03:15PM  17   Q.   AND THAT THAT SAMPLE WOULD BE SHIPPED TO THE THERANOS

03:15PM  18   LABORATORY FOR TESTING; IS THAT RIGHT?

03:15PM  19   A.   YES.

03:15PM  20   Q.   AND THE LABORATORY IT WOULD BE SHIPPED TO IS EITHER THE

03:15PM  21   LABORATORY IN CALIFORNIA, IN NEWARK, CALIFORNIA; RIGHT?

03:15PM  22   A.   YES.

03:15PM  23   Q.   OR THERE WAS ANOTHER LAB THAT THEY OPENED IN ARIZONA.

03:15PM  24        DO YOU REMEMBER THAT?

03:15PM  25   A.   YES.

SPIVEY CROSS BY MR. COOPERSMITH

03:15PM 1    Q.   AND THERANOS WOULD DO THE TEST AND THEN PROVIDE THE

03:15PM 2    RESULT?

03:15PM 3    A.   YES.

03:15PM 4    Q.   WHEN THE PATIENTS WENT INTO WALGREENS, I THINK WE SAW

03:15PM 5    BEFORE IN SOME OF THE DOCUMENTS THAT YOU WERE LOOKING AT WITH

03:15PM 6    MR. LEACH, SOMETIMES THEY HAD INSURANCE.

03:16PM 7        DO YOU REMEMBER THAT?

03:16PM 8    A.   YES.

03:16PM 9    Q.   AND IF THEY HAD INSURANCE, YOU MIGHT GET THERANOS --

03:16PM 10   THERANOS MIGHT GET SOME MONEY FROM THE INSURANCE COMPANY?

03:16PM 11   A.   CORRECT.

03:16PM 12   Q.   BUT IF THEY DIDN'T HAVE INSURANCE, THEY WOULD HAVE TO PAY

03:16PM 13   BY CASH OR CREDIT CARD.

03:16PM 14       THAT WAS THE ONLY OTHER WAY TO DO IT; RIGHT?

03:16PM 15   A.   YES.

03:16PM 16   Q.   AND THAT CASH OR CREDIT CARD WOULD BE COLLECTED BY

03:16PM 17   WALGREENS?

03:16PM 18   A.   YES.

03:16PM 19   Q.   AND WALGREENS WOULD HAVE A RIGHT TO A CERTAIN AMOUNT OF

03:16PM 20   THAT MONEY; RIGHT?

03:16PM 21   A.   WITH THAT PART OF THE ARGUMENT, I WAS NOWHERE -- I DID NOT

03:16PM 22   KNOW.

03:16PM 23   Q.   YOU WEREN'T AWARE OF HOW THE MONEY WAS SPLIT BETWEEN

03:16PM 24   WALGREENS AND THERANOS?

03:16PM 25   A.   CORRECT.

SPIVEY CROSS BY MR. COOPERSMITH

03:16PM  1    Q.   SO -- BUT WALGREENS, YOU KNOW THAT WALGREENS COLLECTED

03:16PM  2    THAT MONEY?

03:16PM  3    A.   YES.

03:16PM  4    Q.   AND ISN'T IT THE CASE THAT THERANOS NEVER ASKED WALGREENS

03:16PM  5    FOR THAT MONEY?

03:16PM  6    A.   RIGHT.

03:16PM  7    Q.   AND SO THE MONEY THAT PATIENTS -- ANY PATIENTS WHO PAID

03:16PM  8    MONEY AT WALGREENS WENT TO WALGREENS AND THERANOS NEVER GOT

03:17PM  9    THAT?

03:17PM  10   A.   SO TO BACKTRACK A LITTLE BIT.  I DON'T KNOW IF THERANOS

03:17PM  11   ASKED.  I DID NOT.

03:17PM  12   Q.   YOU DIDN'T ASK?

03:17PM  13   A.   RIGHT.

03:17PM  14   Q.   AND YOU'RE NOT AWARE OF THERANOS EVER GETTING THAT MONEY?

03:17PM  15   A.   CORRECT.

03:17PM  16   Q.   SO I MENTIONED NEWARK, CALIFORNIA A MINUTE AGO.

03:17PM  17        DID YOU EVER GO THERE?

03:17PM  18   A.   YES.

03:17PM  19   Q.   AND IT'S JUST ACROSS THE BAY FROM PALO ALTO; RIGHT?

03:17PM  20   A.   YES.

03:17PM  21   Q.   AND YOU SAW THAT -- WHAT DID YOU OBSERVE THERE WHEN YOU

03:17PM  22   WENT TO NEWARK?  WHAT DID IT LOOK LIKE?

03:17PM  23   A.   IT'S A BIG WAREHOUSE BUILDING TYPE.

03:17PM  24   Q.   OKAY.  AND INSIDE THEY WERE MANUFACTURING -- THERE WAS

03:17PM  25   MANUFACTURING EQUIPMENT?

03:17PM   1      A.   YES.

03:17PM   2      Q.   AND A LABORATORY?

03:17PM   3      A.   I DON'T RECALL SEEING THE LABORATORY WHERE THAT IS.  WHEN

03:18PM   4      I WENT THERE I USUALLY JUST GO TO THE MANUFACTURING FLOOR.

03:18PM   5      Q.   TO THE OFFICE SPACE THERE?

03:18PM   6      A.   RIGHT.

03:18PM   7      Q.   OKAY.  BUT YOU -- WHEN YOU WERE THERE, YOU SAW THAT THEY

03:18PM   8      HAD MANUFACTURING FACILITIES AS WELL?

03:18PM   9      A.   YES.

03:18PM  10      Q.   OKAY.  I'D LIKE TO SHOW YOU SOME PHOTOS, AND THEY'RE IN

03:18PM  11      YOUR BINDER.  LET'S START WITH THE FIRST ONE, 20206.

03:18PM  12           DO YOU RECOGNIZE EXHIBIT 20206?

03:18PM  13      A.   YES.

03:18PM  14      Q.   IS THAT A PORTION OF THE THERANOS MANUFACTURING FACILITY?

03:18PM  15      A.   YES.

03:18PM  16              MR. COOPERSMITH:  YOUR HONOR, I OFFER 20206.

03:18PM  17              MR. LEACH:  NO OBJECTION.

03:19PM  18              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:19PM  19           (DEFENDANT'S EXHIBIT 20206 WAS RECEIVED IN EVIDENCE.)

03:19PM  20      BY MR. COOPERSMITH:

03:19PM  21      Q.   YOU KNOW WHAT THOSE MACHINES ARE?

03:19PM  22      A.   AT SOME POINT I KNEW, BUT NOW I DON'T.

03:19PM  23      Q.   BUT WHEN THE MACHINES WERE PURCHASED, YOU WOULD HAVE HAD

03:19PM  24      TO HAVE BEEN INVOLVED IN WRITING THE CHECK OR SENDING THE WIRE,

03:19PM  25      OR MAKING SURE THAT PURCHASE COULD HAPPEN; RIGHT?

03:19PM  1    A.   YES.

03:19PM  2    Q.   OKAY.  IF YOU WOULD LOOK AT 20207.

03:19PM  3         DO YOU RECOGNIZE 20207 AS PART OF THE THERANOS

03:19PM  4    MANUFACTURING FACILITY?

03:19PM  5    A.   I DON'T KNOW IF I PERSONALLY HAVE SEEN IT.

03:19PM  6    Q.   YOU'RE NOT -- YOU DIDN'T SEE THE ITEMS PICTURED IN 20207?

03:20PM  7    A.   I DON'T REMEMBER.

03:20PM  8    Q.   OKAY.  LET'S GO TO 20208.

03:20PM  9         AND DO YOU SEE THAT 20208 HAS SOME OTHER MANUFACTURING

03:20PM 10    EQUIPMENT IN IT?

03:20PM 11    A.   YES.

03:20PM 12    Q.   AND IF YOU REMEMBER, IF YOU LOOK ON THE MACHINES, YOU SEE

03:20PM 13    THERE'S A REFERENCE TO A COMPANY CALLED ARBURG, LIKE

03:20PM 14    A-R-B-U-R-G?

03:20PM 15    A.   YEAH, I SAW THAT.

03:20PM 16    Q.   AND DO YOU REMEMBER ARRANGING FOR WIRES OR CHECKS TO BUY

03:20PM 17    EQUIPMENT FROM ARBURG?

03:20PM 18    A.   I DON'T REMEMBER.

03:20PM 19    Q.   YOU DON'T REMEMBER?

03:20PM 20         DO YOU RECOGNIZE THE MANUFACTURING FACILITY THAT IS

03:20PM 21    PICTURED IN 20208?

03:20PM 22    A.   NO.

03:20PM 23    Q.   OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 20209.  ACTUALLY,

03:21PM 24    IT'S PROBABLY THE NEXT ONE.

03:21PM 25         AND DO YOU RECOGNIZE THIS AS A LEASE AGREEMENT THAT I

03:21PM  1       THINK WAS MENTIONED WHEN MR. LEACH WAS TALKING TO YOU FOR

03:21PM  2       THERANOS TO LEASE HEADQUARTERS SPACE FROM STANFORD?

03:21PM  3       A.   YES.

03:21PM  4               MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20209.

03:21PM  5               MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:21PM  6               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:21PM  7          (DEFENDANT'S EXHIBIT 20209 WAS RECEIVED IN EVIDENCE.)

03:21PM  8       BY MR. COOPERSMITH:

03:21PM  9       Q.   AND THEN THAT'S 137,000 SQUARE FOOT OF SPACE.

03:22PM  10          DO YOU SEE THAT?

03:22PM  11      A.   YES.

03:22PM  12      Q.   AND IF YOU GO NEXT TO 20210.

03:22PM  13          AND DO YOU RECOGNIZE EXHIBIT 20210 AS A LEASE FOR THE

03:22PM  14      SPACE IN NEWARK, CALIFORNIA?

03:22PM  15      A.   YES.

03:22PM  16              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20210.

03:22PM  17              MR. LEACH:  ALL 99 PAGES?

03:22PM  18              MR. COOPERSMITH:  YES.

03:22PM  19              MR. LEACH:  NO OBJECTION.

03:22PM  20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:22PM  21          (DEFENDANT'S EXHIBIT 20210 WAS RECEIVED IN EVIDENCE.)

03:22PM  22              MR. COOPERSMITH:  IF YOU COULD SHOW THE FIRST PAGE,

03:22PM  23      MR. ALLEN.  THE SECOND PAGE.

03:22PM  24      Q.   AND IF YOU LOOK AT PARAGRAPH A, IT REFERS TO THE NEWARK,

03:22PM  25      CALIFORNIA LOCATION?

03:22PM   1    A.   YES.

03:22PM   2    Q.   AND THAT'S THE ONE THAT WE WERE JUST TALKING ABOUT ACROSS

03:22PM   3    THE BAY --

03:22PM   4    A.   YES.

03:22PM   5    Q.   -- FROM PALO ALTO.

03:22PM   6         OKAY.  IF YOU GO TO 20211.

03:23PM   7         DO YOU RECOGNIZE 20211 AS A LEASE FOR LABORATORY SPACE IN

03:23PM   8    ARIZONA?

03:23PM   9    A.   YES.

03:23PM  10              MR. COOPERSMITH:  OFFER 20211.

03:23PM  11              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:23PM  12              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:23PM  13         (DEFENDANT'S EXHIBIT 20211 WAS RECEIVED IN EVIDENCE.)

03:23PM  14    BY MR. COOPERSMITH:

03:23PM  15    Q.   THAT'S FOR THE THERANOS LAB THAT WE JUST TALKED ABOUT A

03:23PM  16    MOMENT AGO?

03:23PM  17    A.   YES.

03:23PM  18    Q.   AND THAT'S BECAUSE THERANOS OPENED A NUMBER OF STORES IN

03:23PM  19    THE PHOENIX, ARIZONA AREA; IS THAT RIGHT?

03:23PM  20    A.   CORRECT.

03:23PM  21    Q.   WITH WALGREENS.

03:23PM  22         IF WE GO TO EXHIBIT 20212.

03:23PM  23         DO YOU RECOGNIZE THAT AS AN EMAIL BETWEEN YOU AND A

03:23PM  24    MR. CASTANEDA REGARDING LEASING SPACE IN PENNSYLVANIA?

03:24PM  25         I'M SORRY, REGARDING A BUSINESS PERMIT FOR A NEW FACILITY

03:24PM  1    IN PENNSYLVANIA?

03:24PM  2    A.   YES.

03:24PM  3    Q.   AND IF YOU GO TO PAGE 3 OF THE EXHIBIT, YOU SEE THE EMAIL

03:24PM  4    IN THE MIDDLE OF THE PAGE FROM TRACY MASSON TO YOU WITH A COPY

03:24PM  5    TO NICHOLAS MENCHEL?

03:24PM  6    A.   YES.

03:24PM  7    Q.   AND DO YOU KNOW WHO TRACY MASSON IS?

03:24PM  8    A.   SHE WAS A GENERAL MANAGER IN ARIZONA.

03:24PM  9    Q.   RIGHT.

03:24PM  10           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20212.

03:24PM  11           MR. LEACH:  HEARSAY, YOUR HONOR.

03:25PM  12           THE COURT:  OVERRULED.  IT CAN BE ADMITTED AND

03:25PM  13    PUBLISHED.

03:25PM  14       (DEFENDANT'S EXHIBIT 20212 WAS RECEIVED IN EVIDENCE.)

03:25PM  15    BY MR. COOPERSMITH:

03:25PM  16    Q.   MS. SPIVEY, IF WE CAN START WITH THAT EMAIL THAT I WAS

03:25PM  17    JUST MENTIONING ON PAGE 3, THAT'S THE ONE FROM TRACY MASSON.

03:25PM  18       DO YOU SEE THAT?

03:25PM  19    A.   YES.

03:25PM  20    Q.   AND IT SAYS, DANISE -- I THINK YOU SAID BEFORE YOU AT ONE

03:25PM  21    POINT IN YOUR LIFE WENT BY THE NAME DANISE YAM?

03:25PM  22    A.   YES.

03:25PM  23    Q.   AND SO THAT'S HER REFERRING TO YOU?

03:25PM  24    A.   YES.

03:25PM  25    Q.   RIGHT.  IT SAYS "DANISE.

SPIVEY CROSS BY MR. COOPERSMITH

03:25PM 1        "WE ARE FINALIZING A LEASE FOR A NEW FACILITY IN

03:25PM 2   PENNSYLVANIA.  THE FACILITY IS LOCATED IN EAST PENNSBORO

03:25PM 3   TOWNSHIP.  IT WILL BE READY FOR US TO LOCATE THERE LIKELY IN

03:25PM 4   MID-MAY."

03:25PM 5        DO YOU SEE THAT?

03:25PM 6   A.   YES.

03:25PM 7   Q.   AND DO YOU UNDERSTAND THAT THE SPACE THAT WAS BEING LEASED

03:25PM 8   IN PENNSYLVANIA HAD TO DO WITH OPENING A LAB IN PENNSYLVANIA?

03:26PM 9   A.   KIND OF WHATEVER.

03:26PM 10  Q.   YOU DO REMEMBER?

03:26PM 11  A.   I'M NOT SURE AT THIS TIME.

03:26PM 12  Q.   OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 20213.

03:26PM 13       DO YOU RECOGNIZE 20213?  AND, MS. SPIVEY, DO YOU RECOGNIZE

03:26PM 14  THIS AS A COMMERCIAL LEASE BETWEEN THERANOS AND A COMPANY

03:26PM 15  CALLED 1250 ASSOCIATES IN HARRISBURG, PENNSYLVANIA?

03:26PM 16  A.   YES.

03:26PM 17  Q.   AND DO YOU SEE IN PARAGRAPH 12 -- WELL, DO YOU SEE THAT IT

03:26PM 18  HAS TO DO WITH LEASING CERTAIN PREMISES, IF YOU LOOK AT

03:26PM 19  SECTION 2?

03:26PM 20  A.   RIGHT.

03:26PM 21  Q.   AND THOSE PREMISES WOULD BE IN CAMP HILL, PENNSYLVANIA?

03:27PM 22  A.   YES.

03:27PM 23  Q.   AND IT WOULD BE 14,556 SQUARE FEET OF SPACE?

03:27PM 24  A.   YES.

03:27PM 25  Q.   AND YOU'RE FAMILIAR WITH THIS LEASE BECAUSE YOU WERE --

03:27PM 1    NEEDED TO BE INVOLVED WITH THE CONTRACTS THAT THERANOS HAD;

03:27PM 2    RIGHT?

03:27PM 3    A.   RIGHT.

03:27PM 4            MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER 20213.

03:27PM 5            MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:27PM 6            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:27PM 7         (DEFENDANT'S EXHIBIT 20213 WAS RECEIVED IN EVIDENCE.)

03:27PM 8    BY MR. COOPERSMITH:

03:27PM 9    Q.   AND DOES THIS REFRESH YOUR MEMORY, MS. SPIVEY, THAT

03:27PM 10   THERANOS WAS LEASING SPACE TO OPEN A LAB IN PENNSYLVANIA?

03:27PM 11   A.   I'M JUST LOOKING AT THIS AGREEMENT, AND THERANOS HAS A

03:27PM 12   LEASE AGREEMENT, BUT I DON'T REMEMBER AT THIS TIME WHETHER WE

03:27PM 13   WERE USING IT FOR THE LAB SERVICE OR ANY OTHER PURPOSE.  I JUST

03:28PM 14   DON'T REMEMBER.

03:28PM 15   Q.   OKAY.  CAN YOU TAKE A LOOK AT EXHIBIT 20214.

03:28PM 16       DO YOU RECOGNIZE THIS AS AN EMAIL AMONG YOURSELF AND

03:28PM 17   MR. BALWANI AND OTHER EMPLOYEES OF THERANOS?

03:28PM 18   A.   YES.

03:28PM 19   Q.   AND IT'S DATED NEAR THE END OF JANUARY 2016?

03:28PM 20   A.   YES.

03:28PM 21   Q.   AND THIS DOCUMENT IS AN EMAIL THAT WAS SENT WITHIN THE

03:28PM 22   THERANOS EMAIL SYSTEM?

03:28PM 23   A.   YES.

03:28PM 24   Q.   AND IF YOU LOOK AT THE EMAIL FROM MR. BALWANI ON

03:28PM 25   JANUARY 25TH TO SCOTT MARMER AND YOU --

03:28PM   1       A.   YES.

03:28PM   2       Q.   -- IT'S TALKING ABOUT THE EXPIRATION DATES FOR CERTAIN

03:29PM   3       LEASES?

03:29PM   4       A.   YES.

03:29PM   5       Q.   AND THIS WAS AN EMAIL THAT WAS PART OF THE BUSINESS OF

03:29PM   6       THERANOS?

03:29PM   7       A.   YES.

03:29PM   8       Q.   AND IN ORDER TO DO YOUR JOB AND FOR MR. MARMER TO DO HIS

03:29PM   9       JOB, IT WAS NECESSARY TO CONVEY ACCURATE INFORMATION ABOUT

03:29PM   10      LEASES, IN THIS CASE IN ORDER TO MAKE SURE THAT TASKS WERE

03:29PM   11      HANDLED APPROPRIATELY?

03:29PM   12      A.   YES.

03:29PM   13      Q.   AND IF THERE WAS EVER A NEED TO REFER TO AN EXHIBIT LIKE

03:29PM   14      THIS OR AN EMAIL LIKE THIS FOR REFERENCE, IT WOULD BE KEPT IN

03:29PM   15      THE SYSTEM SO THAT SOMEBODY COULD DO THAT; RIGHT?

03:29PM   16      A.   YES.

03:29PM   17           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20214.

03:29PM   18           MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:29PM   19           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:29PM   20      (DEFENDANT'S EXHIBIT 20214 WAS RECEIVED IN EVIDENCE.)

03:29PM   21      BY MR. COOPERSMITH:

03:29PM   22      Q.   IF YOU GO TO THE FIRST PAGE, YOU SEE THAT WAS AN EMAIL

03:30PM   23      FROM MR. BALWANI TO MR. MARMER AND YOURSELF?

03:30PM   24      A.   YES.

03:30PM   25      Q.   SO, WHO IS MR. MARMER?

03:30PM   1    A.   HE WAS ONE OF THE LEGAL COUNSEL AT THERANOS.

03:30PM   2    Q.   OKAY.  SO YOU SEE THERE'S A LIST OF LEASES, AND I THINK

03:30PM   3    SOME OF THEM WE WERE TALKING ABOUT.  I DON'T THINK WE TALKED

03:30PM   4    ABOUT THE LAST TWO, LOS ANGELES, IS THAT L.A.?

03:30PM   5         DO YOU SEE THAT?

03:30PM   6    A.   YES.

03:30PM   7    Q.   AND DO YOU KNOW WHAT THE SPACE WAS THAT THERANOS HAD IN

03:30PM   8    LOS ANGELES?

03:30PM   9    A.   WE HAD A -- SOME KIND OF CREATIVE TEAM, LIKE CREATIVE

03:30PM   10   DESIGN OR SOMETHING LIKE THAT, OFFICE SPACE.

03:30PM   11   Q.   OKAY.  AND HOW ABOUT EMC?

03:30PM   12        DO YOU KNOW WHO THAT IS?

03:30PM   13   A.   EMC WAS A LAB AT THE BEGINNING WHEN WE FIRST LEASED THAT,

03:31PM   14   AND THEN AT SOME POINT IT JUST BECAME PART OF THE OFFICE.

03:31PM   15   Q.   OKAY.  AND YOU SEE THAT IN THIS CHART WE'RE LOOKING AT, IT

03:31PM   16   HAS THE EXPIRATION DATE OF EACH OF THE LEASES?

03:31PM   17   A.   YES.

03:31PM   18   Q.   SO, FOR EXAMPLE, FOR THE HEADQUARTERS THE LEASE EXPIRATION

03:31PM   19   DATE IS 2029?

03:31PM   20   A.   YES.

03:31PM   21   Q.   AND NEWARK, 2023?

03:31PM   22   A.   YES.

03:31PM   23   Q.   AND THEN ARIZONA, 2020.

03:31PM   24        DO YOU SEE THAT?

03:31PM   25   A.   YES.

03:31PM  1    Q.   AND THEN THE PENNSYLVANIA, 2022; RIGHT?

03:31PM  2    A.   YES.

03:31PM  3    Q.   AND THEN 2018 AND 2016.

03:31PM  4         DO YOU SEE THAT?

03:31PM  5    A.   YES.

03:31PM  6    Q.   AND SO IT LOOKS LIKE THE EMC LEASE WAS JUST COMING UP THAT

03:31PM  7    YEAR; RIGHT?

03:31PM  8    A.   YES.

03:31PM  9    Q.   AND LET'S TALK ABOUT RESEARCH AND DEVELOPMENT FOR A

03:31PM  10   MINUTE.

03:32PM  11        I THINK YOU MAY HAVE SAID THIS ON DIRECT, BUT THE COMPANY

03:32PM  12   SPENT QUITE A LOT OF MONEY ON RESEARCH AND DEVELOPMENT

03:32PM  13   ACTIVITY; IS THAT FAIR?

03:32PM  14   A.   YES.

03:32PM  15   Q.   IF YOU COULD TAKE A LOOK AT EXHIBIT 578, WHICH IS ALREADY

03:32PM  16   IN EVIDENCE.

03:32PM  17        IN PARTICULAR, IF YOU GO TO COLUMN D, THAT'S IN 2009, AND

03:32PM  18   YOU SEE IT HAS RESEARCH AND DEVELOPMENT EXPENDITURES FOR 2009,

03:32PM  19   $10,256,739.

03:32PM  20        DO YOU SEE THAT?

03:32PM  21   A.   YES.

03:32PM  22   Q.   AND THAT'S ACCURATE?

03:32PM  23   A.   YES.

03:32PM  24   Q.   AND THEN FOR 2010, THE RESEARCH AND DEVELOPMENT

03:32PM  25   EXPENDITURE'S ABOUT 13.5 MILLION?

03:32PM  1       A.   YES.

03:32PM  2       Q.   AND THAT'S ACCURATE?

03:32PM  3       A.   YES.

03:32PM  4       Q.   AND THEN FOR 2011, THE RESEARCH AND DEVELOPMENT

03:32PM  5       EXPENDITURE'S ABOUT 22 MILLION?

03:32PM  6       A.   YES.

03:32PM  7       Q.   AND THAT'S ACCURATE?

03:32PM  8       A.   YES.

03:33PM  9       Q.   AND DO YOU SEE GENERAL AND ADMINISTRATIVE AND TOTAL

03:33PM 10       OPERATING EXPENSES?

03:33PM 11       A.   YES.

03:33PM 12       Q.   AND GENERAL AND ADMINISTRATIVE EXPENSES, THAT WOULD BE

03:33PM 13       THINGS LIKE PAYROLL, FOR EXAMPLE?

03:33PM 14       A.   PAYROLL WOULD BE BOTH R&D AND GENERAL AND ADMINISTRATIVE.

03:33PM 15       Q.   DEPENDING ON WHETHER THE PEOPLE WORK FOR R&D OR OTHERWISE?

03:33PM 16       A.   YES.

03:33PM 17       Q.   OKAY.  WHAT OTHER THINGS WOULD BE INCLUDED IN GENERAL AND

03:33PM 18       ADMINISTRATIVE EXPENSES?

03:33PM 19       A.   RENT, LEGAL, SOMETHING LIKE THAT.

03:33PM 20       Q.   OKAY.  THANKS.

03:33PM 21            IF YOU GO TO THE NEXT EXHIBIT, IT'S -- I DON'T THINK THIS

03:33PM 22       ONE IS ADMITTED, OR IT MIGHT BE.

03:33PM 23            YEAH, IF YOU COULD GO TO EXHIBIT 4176.  AND THIS IS NOT IN

03:33PM 24       EVIDENCE YET.

03:34PM 25            DO YOU SEE THAT -- OH, YOU'RE STILL LOOKING.

03:34PM   1        DO YOU SEE THAT'S A CHART AND IT SHOWS RESEARCH AND

03:34PM   2   DEVELOPMENT EXPENSE FOR 2009 THROUGH 2013 AT THIS TIME.

03:34PM   3        DO YOU SEE THAT?

03:34PM   4   A.   YES.

03:34PM   5   Q.   AND DID YOU PREPARE THAT?

03:34PM   6   A.   YES.

03:34PM   7   Q.   AND THIS WAS PART OF YOUR WORK AT THERANOS, PART OF ITS

03:34PM   8   BUSINESS?

03:34PM   9   A.   YES.

03:34PM  10        MR. COOPERSMITH:  YOUR HONOR, WE OFFER 4176.

03:34PM  11        MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:34PM  12        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:34PM  13        (GOVERNMENT'S EXHIBIT 4176 WAS RECEIVED IN EVIDENCE.)

03:34PM  14   BY MR. COOPERSMITH:

03:34PM  15   Q.   AND THEN THE GENERAL ADMINISTRATIVE EXPENSES ARE LISTED IN

03:34PM  16   THE RESEARCH AND DEVELOPMENT EXPENSES.

03:34PM  17        DO YOU SEE THAT?

03:34PM  18   A.   YES.

03:34PM  19   Q.   AND SO FOR 2013, THE COMPANY SPENT 66,757 -- I'M SORRY.

03:35PM  20   $66,757,474 ON RESEARCH AND DEVELOPMENT?

03:35PM  21   A.   YES.

03:35PM  22   Q.   AND IS THAT ACCURATE?

03:35PM  23   A.   YES.

03:35PM  24   Q.   AND, YOU KNOW, EARLIER WHEN YOU WERE TALKING TO MR. LEACH,

03:35PM  25   YOU TALKED ABOUT AUDITORS, AND I THINK YOU SAID THAT AFTER

SPIVEY CROSS BY MR. COOPERSMITH                           2154

03:35PM  1    2007, 2008 WHEN ERNST & YOUNG WERE THE AUDITORS, THERANOS HAD

03:35PM  2    AUDITORS, BUT THEY DIDN'T COMPLETE AN AUDIT REPORT.

03:35PM  3        DO YOU REMEMBER THAT?

03:35PM  4    A.   YES.

03:35PM  5    Q.   BUT THEY STILL WORKED WITH YOU WITHIN THE COMPANY; RIGHT?

03:35PM  6    A.   YES.

03:35PM  7    Q.   SO DOES THE FACT THAT AN AUDITOR DIDN'T COME IN AND SAY

03:35PM  8    THAT THE 66 MILLION IN RESEARCH AND DEVELOPMENT EXPENSES IS

03:35PM  9    ACCURATE, DOES THAT MEAN THAT IT'S NOT ACCURATE?

03:35PM  10   A.   NO.

03:35PM  11   Q.   SO IT ACTUALLY IS ACCURATE; RIGHT?

03:35PM  12   A.   TO THE BEST OF MY KNOWLEDGE.

03:35PM  13   Q.   AND THAT'S BECAUSE IT WAS YOUR JOB TO TRY TO MAKE IT

03:35PM  14   ACCURATE; RIGHT?

03:35PM  15   A.   RIGHT.

03:35PM  16   Q.   AND WHEN YOU HAVE OUTSIDE AUDITORS, THE POINT OF THAT IS

03:35PM  17   SOME OTHER PARTIES MIGHT FEEL MORE COMFORTABLE IF AUDITORS WERE

03:35PM  18   KIND OF LOOKING OVER YOUR SHOULDER AND DOUBLE-CHECKING YOUR

03:36PM  19   WORK.

03:36PM  20       IS THAT A FAIR WAY TO PUT IT?

03:36PM  21   A.   YES.

03:36PM  22   Q.   BUT THERE'S NO REQUIREMENT THAT THAT OCCUR; RIGHT?

03:36PM  23   A.   YES.

03:36PM  24   Q.   BUT THERE ARE CERTAIN COMPANIES -- AND TELL ME IF YOU KNOW

03:36PM  25   THIS FROM YOUR EXPERIENCE AS A CPA -- BUT THERE ARE CERTAIN

SPIVEY CROSS BY MR. COOPERSMITH

03:36PM   1    COMPANIES THAT ACTUALLY ARE REQUIRED TO HAVE AUDITS?

03:36PM   2    A.   YES.

03:36PM   3    Q.   AND THOSE WOULD BE PUBLIC COMPANIES?

03:36PM   4    A.   YES.

03:36PM   5    Q.   AND THERANOS WAS NEVER A PUBLIC COMPANY?

03:36PM   6    A.   CORRECT.

03:36PM   7    Q.   AND LOTS OF PRIVATE COMPANIES DON'T HAVE AUDIT REPORTS

03:36PM   8    THAT ARE SIGNED OFF ON EVERY YEAR; RIGHT?

03:36PM   9    A.   I DON'T KNOW.

03:36PM   10   Q.   OKAY.  BUT THEY DON'T HAVE TO HAVE THEM; RIGHT?

03:36PM   11   A.   CORRECT.

03:36PM   12   Q.   AND IF A COMPANY -- IN THIS CASE THERANOS HAD KPMG WHO

03:36PM   13   ACTUALLY WAS WORKING WITH YOU AND YOU COULD CONSULT WITH THEM

03:36PM   14   IF YOU WANTED; RIGHT?

03:36PM   15   A.   YES.

03:36PM   16   Q.   BUT SOME COMPANIES, IF THEY'RE PRIVATE, DON'T NEED TO HAVE

03:36PM   17   THAT SERVICE AT ALL?  THEY DON'T NEED TO PAY AUDITORS ANYTHING;

03:36PM   18   RIGHT?

03:36PM   19   A.   YES.

03:36PM   20   Q.   AND AUDITORS AREN'T -- THEY DON'T COME CHEAP; RIGHT?

03:36PM   21   A.   I DON'T KNOW HOW YOU DEFINE "CHEAP."

03:37PM   22   Q.   OKAY.  BUT YOU HAVE TO -- I MEAN, THEY EXPECT TO BE PAID

03:37PM   23   FOR THEIR WORK; RIGHT?

03:37PM   24   A.   YES.

03:37PM   25   Q.   AND TO DO AUDIT REPORTS, YOU HAVE TO TAKE INVESTOR MONEY,

03:37PM  1    OR WHATEVER MONEY YOU HAVE, AND GIVE IT TO THE AUDITORS SO THEY

03:37PM  2    CAN DO THAT; RIGHT?

03:37PM  3    A.   YES.

03:37PM  4    Q.   LET'S TAKE A LOOK AT EXHIBIT 5454.  THIS WAS AN EXHIBIT

03:37PM  5    THAT YOU SAW ON DIRECT.

03:37PM  6         AND THIS WAS THE EMAIL RELATING TO SOMETHING CALLED

03:37PM  7    HORIZON MEDIA.

03:37PM  8         DO YOU SEE THAT?

03:37PM  9    A.   YES.

03:37PM 10    Q.   AND IF YOU LOOK AT THE PAGE ON THE SCREEN, IT'S FROM

03:37PM 11    JULY 25TH, 2015?

03:38PM 12    A.   YES.

03:38PM 13    Q.   AND THERE WAS A WIRE TRANSFER THAT YOU TALKED ABOUT

03:38PM 14    GOING -- THE EMAIL REFERS TO A WIRE TRANSFER; RIGHT?

03:38PM 15    A.   YES.

03:38PM 16    Q.   THERE'S ACTUALLY AN ATTACHMENT TO THE EMAIL WHICH IS AT

03:38PM 17    PAGE 4 AND 5 OF THE EXHIBIT.

03:38PM 18         I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT THAT.

03:38PM 19         DO YOU SEE THAT IN FRONT OF YOU?

03:38PM 20    A.   YES.

03:38PM 21    Q.   AND SO DO YOU SEE THAT IT SAYS THE THERANOS EXPERIENCE?

03:38PM 22    A.   YES.

03:38PM 23    Q.   AND IT SAYS "SMALLER SAMPLES.  SMALLER NEEDLES.  A BETTER

03:38PM 24    EXPERIENCE"?

03:38PM 25    A.   YES.

SPIVEY CROSS BY MR. COOPERSMITH

03:38PM 1    Q.   AND THEN IT SAYS, "MANY OF THERANOS TESTS REQUIRE ONLY A

03:38PM 2    FEW DROPS OF BLOOD."

03:38PM 3    A.   YES.

03:38PM 4    Q.   DOES IT SAY ALL OF THERANOS TESTS REQUIRE ONLY A FEW DROPS

03:38PM 5    OF BLOOD?

03:38PM 6    A.   NO.

03:38PM 7    Q.   AND THEN IT SAYS, "ALL OF OUR TESTS, INCLUDING

03:38PM 8    VENOUS DRAW, REQUIRE SMALLER SAMPLES THAN TRADITIONAL LABS."

03:38PM 9         DO YOU SEE THAT?

03:38PM 10   A.   YES.

03:38PM 11   Q.   ARE YOU FAMILIAR WITH A TYPE OF VENOUS SAMPLE KNOWN AS A

03:39PM 12   BUTTERFLY NEEDLE?

03:39PM 13   A.   NO.

03:39PM 14   Q.   BECAUSE THAT WASN'T REALLY YOUR AREA; RIGHT?

03:39PM 15   A.   CORRECT.

03:39PM 16   Q.   BUT IN ANY EVENT, YOU UNDERSTAND THE DIFFERENCE BETWEEN A

03:39PM 17   VENOUS DRAW AND A FINGERSTICK?

03:39PM 18   A.   YES.

03:39PM 19   Q.   AND A VENOUS DRAW IS LIKE FROM THE ARM?

03:39PM 20   A.   YES.

03:39PM 21   Q.   AND THAT'S LIKE A TRADITIONAL WAY OF DRAWING BLOOD; IS

03:39PM 22   THAT CORRECT?

03:39PM 23   A.   YES.

03:39PM 24   Q.   AND THERANOS WAS WORKING ON A FINGERSTICK METHOD WHERE YOU

03:39PM 25   COULD HAVE YOUR FINGERTIP PRICKED AND IT COULD BE DRAWN THAT

SPIVEY CROSS BY MR. COOPERSMITH

03:39PM   1     WAY; RIGHT?

03:39PM   2     A.   YES.

03:39PM   3     Q.   AND DO YOU SEE THAT IT REFERENCES VENOUS DRAWS IN THIS

03:39PM   4     EXHIBIT?

03:39PM   5     A.   YES.

03:39PM   6     Q.   AND THEN THE NEXT LINE SAYS, "WHETHER IT IS A FEW DROPS

03:39PM   7     COLLECTED WITH A FINGERSTICK, OR THE SMALLEST VENOUS DRAW

03:39PM   8     SAMPLE POSSIBLE, THERANOS TESTS MEAN LESS BLOOD, AN EASIER

03:39PM   9     PROCESS, AND A CLEAR DIFFERENCE."

03:39PM   10         DO YOU SEE THAT?

03:39PM   11    A.   YES.

03:39PM   12    Q.   AND THEN IT TALKS ABOUT PRICING.

03:39PM   13         AND THERANOS ACTUALLY POSTED ALL OF THEIR PRICES FOR THESE

03:39PM   14    BLOOD TESTS ON ITS WEBSITE; RIGHT?

03:39PM   15    A.   I'M NOT SURE.

03:39PM   16    Q.   THEN IF YOU GO TO THE NEXT PAGE, AT THE TOP IT SAYS,

03:40PM   17    "THERANOS IS CONVENIENTLY LOCATED IN OVER 40 WALGREENS

03:40PM   18    LOCATIONS IN THE GREATER PHOENIX AREA."

03:40PM   19         DO YOU SEE THAT?

03:40PM   20    A.   YES.

03:40PM   21    Q.   AND YOU KNOW THAT THERANOS HAD 40 WALGREENS LOCATIONS IN

03:40PM   22    THE GREATER PHOENIX AREA?

03:40PM   23    A.   YES.

03:40PM   24    Q.   OKAY.  IN TERMS OF -- IF WE CAN GO TO THE FIRST PAGE.

03:40PM   25         DO YOU KNOW ANYTHING ABOUT, LIKE, WHAT THIS MONEY WAS USED

SPIVEY CROSS BY MR. COOPERSMITH                                    2159

03:40PM  1      FOR EXACTLY?

03:40PM  2      A.   ONLY WHAT THE EMAIL SAID.

03:40PM  3      Q.   BEYOND THAT YOU DON'T KNOW ANYTHING ABOUT IT?

03:40PM  4      A.   CORRECT.

03:40PM  5      Q.   SO YOU DON'T KNOW, FOR EXAMPLE, WHAT ADS, IF ANY, EVER

03:40PM  6      AIRED IN THE PHOENIX AREA?

03:40PM  7      A.   CORRECT.

03:40PM  8      Q.   AND WHEN THEY AIRED?

03:40PM  9      A.   CORRECT.

03:40PM  10     Q.   AND WHAT THEY SAID?

03:40PM  11     A.   YES.

03:40PM  12     Q.   OKAY.  LET'S GO TO EXHIBIT 3233.  THIS IS ALSO IN

03:41PM  13     EVIDENCE.

03:41PM  14          THIS IS THE TAX RETURN INFORMATION THAT YOU LOOKED AT

03:41PM  15     BEFORE WITH MR. LEACH?

03:41PM  16     A.   YES.

03:41PM  17     Q.   AND IF YOU GO TO PAGE 4 OF THE EXHIBIT.

03:41PM  18          DO YOU SEE THAT THERE'S A BOX AT THE TOP, AND IT'S LIKE

03:41PM  19     BOX D, AND IT SAYS TOTAL ASSETS, $507,532,502?

03:41PM  20     A.   YES.

03:41PM  21     Q.   AND WAS THAT ACCURATE AT THE TIME OF THIS TAX RETURN?

03:41PM  22     A.   YES.

03:41PM  23     Q.   AND THAT WAS FOR THE TAX YEAR 2015?

03:41PM  24     A.   YES.

03:41PM  25     Q.   AND THAT ASSET NUMBER DOES NOT INCLUDE THINGS LIKE THE

03:42PM  1    VALUE OF ANY INTELLECTUAL PROPERTY, DOES IT?

03:42PM  2    A.   IT DOES NOT.

03:42PM  3    Q.   OKAY.  LET'S GO BACK TO EXHIBIT 5172.

03:42PM  4         ACTUALLY, TAKE THAT DOWN FOR ME, MR. ALLEN.  I HAVE A

03:42PM  5    COUPLE OF QUESTIONS FIRST.

03:42PM  6         SO, MS. SPIVEY, DO YOU REMEMBER THAT THERE WAS A POINT IN

03:42PM  7    TIME IN 2016 WHEN MR. BALWANI LEFT THE COMPANY?

03:42PM  8    A.   YES.

03:42PM  9    Q.   AND IF WE COULD LOOK AT EXHIBIT 7664, OR HAVE MS. SPIVEY

03:42PM 10    LOOK AT IT.

03:43PM 11         DO YOU HAVE 7664?

03:43PM 12    A.   YES.

03:43PM 13    Q.   AND DO YOU SEE THAT IT'S A PRESS RELEASE?

03:43PM 14    A.   YES.

03:43PM 15    Q.   AND IT'S DATED MAY 11TH, 2016?

03:43PM 16    A.   YES.

03:43PM 17    Q.   AND DO YOU RECOGNIZE THAT AS A PRESS RELEASE THAT THERANOS

03:43PM 18    ISSUED ON THAT DATE?

03:43PM 19    A.   I DON'T REMEMBER.

03:43PM 20    Q.   YOU DON'T REMEMBER.  OKAY.

03:43PM 21         DO YOU REMEMBER THAT MR. BALWANI'S DATE, EFFECTIVE DATE OF

03:43PM 22    LEAVING THE COMPANY WAS MAY 11TH, 2016?

03:43PM 23    A.   I DON'T REMEMBER THE EXACT DATE.

03:43PM 24    Q.   OKAY.  AND IF YOU LOOK AT THE DOCUMENT IN FRONT OF YOU AND

03:44PM 25    YOU LOOK AT THE REFERENCE TO THAT, DOES THAT REFRESH YOUR

03:44PM  1    MEMORY THAT THE EFFECTIVE DATE OF HIS DEPARTURE FROM THERANOS

03:44PM  2    WAS MAY 11TH, 2016?

03:44PM  3    A.   YES.

03:44PM  4    Q.   AND THAT DAY THAT MR. BALWANI LEFT, YOU WENT TO HIS OFFICE

03:44PM  5    TO SAY GOODBYE?

03:44PM  6    A.   YES.

03:44PM  7    Q.   AND YOU TOLD HIM THAT YOU WISHED HIM WELL?

03:44PM  8    A.   YES.

03:44PM  9    Q.   AND YOU TEARED UP A LITTLE BIT?

03:44PM  10   A.   YES.

03:44PM  11   Q.   BECAUSE YOU HAD BEEN WORKING WITH MR. BALWANI FOR A WHILE;

03:44PM  12   RIGHT?

03:44PM  13   A.   YES.

03:44PM  14   Q.   AND YOU WERE SAD TO SEE HIM GO?

03:44PM  15   A.   YES.

03:44PM  16   Q.   IF YOU TAKE A LOOK NOW AT 5172.  THAT'S IN EVIDENCE

03:44PM  17   ALREADY.  AND I WANT YOU TO LOOK AT A PARTICULAR COLUMN.  IF WE

03:44PM  18   CAN PUT UP 5172.

03:45PM  19        AND IN PARTICULAR, MR. ALLEN, GO TO COLUMN JU.

03:45PM  20        OKAY.  DO YOU SEE THAT'S THE WEEK THAT MR. BALWANI LEFT

03:45PM  21   THE BUILDING; RIGHT?

03:45PM  22   A.   YES.

03:45PM  23   Q.   LIKE FOR THE LAST TIME; RIGHT?

03:45PM  24   A.   RIGHT.

03:45PM  25   Q.   AND ACTUALLY, YOU KNOW THAT HE -- HIS -- WHAT IS THE RIGHT

03:45PM  1    WORD?  HE ACTUALLY WAS STAYING ON AS A CONSULTANT POTENTIALLY

03:45PM  2    UNTIL JULY; RIGHT?  THERE WAS A LITTLE EXTRA TAIL OF TIME THAT

03:45PM  3    MR. BALWANI WAS AT LEAST AVAILABLE.

03:45PM  4         DO YOU REMEMBER THAT?

03:45PM  5    A.   YEAH.  YEAH.

03:45PM  6    Q.   BUT THE EFFECTIVE DATE OF HIS DEPARTURE WAS MAY 11TH,

03:45PM  7    2016?

03:45PM  8    A.   RIGHT.

03:45PM  9    Q.   AND THE AMOUNT OF MONEY THAT THE COMPANY HAD IN THE BANK

03:45PM  10   WHEN MR. BALWANI LEFT, CAN YOU READ THAT FIGURE?

03:45PM  11   A.   $351 MILLION.

03:46PM  12   Q.   OKAY.  THANK YOU.

03:46PM  13        YOUR HONOR, COULD I HAVE MOMENT TO CONFER?

03:46PM  14        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:46PM  15           MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

03:46PM  16           THE COURT:  REDIRECT?

03:46PM  17           MR. LEACH:  THANK YOU, YOUR HONOR.

03:46PM  18                      **REDIRECT EXAMINATION**

03:47PM  19   BY MR. LEACH:

03:47PM  20   Q.   MS. SPIVEY, MR. COOPERSMITH ENDED WITH SOME OF THE COLUMNS

03:47PM  21   FROM EXHIBIT 5172 WITH THE TOTAL CASH BALANCE IN MAY OF 2016.

03:47PM  22        DO YOU RECALL THAT?

03:47PM  23   A.   YES.

03:47PM  24   Q.   AND YOU UNDERSTOOD THAT THAT WAS LARGELY MONEY FROM

03:47PM  25   INVESTORS; CORRECT?

SPIVEY REDIRECT BY MR. LEACH

03:47PM  1     A.    YES.

03:47PM  2     Q.    OKAY.  AND YOU DON'T KNOW WHAT INVESTORS WERE TOLD BEFORE

03:47PM  3     THEY GAVE MONEY TO THERANOS; RIGHT?

03:47PM  4     A.    RIGHT.

03:47PM  5     Q.    OKAY.  YOU DON'T KNOW WHAT PROJECTIONS THEY WERE GIVEN?

03:47PM  6     A.    RIGHT.

03:47PM  7     Q.    OKAY.  AND YOU DON'T KNOW WHAT HAPPENED -- OR YOU STAYED

03:47PM  8     WITH THE COMPANY THROUGH 2017?

03:47PM  9     A.    JANUARY 2017.

03:47PM 10     Q.    OKAY.  AND YOU LEAVE THERANOS BECAUSE OF A LAYOFF?

03:47PM 11     A.    YES.

03:47PM 12     Q.    AND YOU DON'T KNOW WHETHER INVESTORS AT THE END OF THE DAY

03:47PM 13     LOST MONEY OR GAINED MONEY FROM THEIR INVESTMENTS IN THERANOS?

03:47PM 14     A.    CORRECT.

03:47PM 15     Q.    OKAY.  YOU WERE ALSO ASKED A NUMBER OF QUESTIONS ABOUT

03:48PM 16     SOME OF THE CUSTOMER RECEIPTS IN EXHIBIT 5172.

03:48PM 17           AND IF WE CAN DISPLAY THAT, MS. WACHS.

03:48PM 18           OKAY.  AND IF WE CAN PLEASE -- I WANT TO WORK BACKWARDS

03:48PM 19     THROUGH THE DEMONSTRATIVE THAT MR. COOPERSMITH SHOWED YOU.

03:48PM 20           IF WE CAN START WITH ROW -- OR COLUMN FC.

03:48PM 21           DO YOU SEE THERE'S CUSTOMER RECEIPTS OF $75 MILLION?

03:48PM 22     A.    YES.

03:48PM 23     Q.    AND YOU KNOW THAT'S FROM WALGREENS?

03:49PM 24     A.    YES.

03:49PM 25     Q.    AND THERANOS NEVER RECOGNIZED $75 MILLION IN REVENUE FROM

SPIVEY REDIRECT BY MR. LEACH

03:49PM  1    WALGREENS; RIGHT?

03:49PM  2    A.   CORRECT.

03:49PM  3    Q.   THAT'S BECAUSE IN YOUR JUDGMENT THERANOS HADN'T EARNED THE

03:49PM  4    MONEY?

03:49PM  5    A.   RIGHT.

03:49PM  6    Q.   AND THERE WAS A POSSIBILITY THAT THERANOS WOULD HAVE TO

03:49PM  7    GIVE THE MONEY BACK SOME DAY?

03:49PM  8              MR. COOPERSMITH:  YOUR HONOR, THIS IS LEADING.

03:49PM  9              THE COURT:  WELL, I THINK IT WAS TESTIMONY THAT WAS

03:49PM 10    ALREADY RECEIVED, SO I'LL ALLOW SOME LATITUDE.

03:49PM 11         YOU CAN CONTINUE.

03:49PM 12    BY MR. LEACH:

03:49PM 13    Q.   AND YOU DIDN'T RECOGNIZE THE REVENUE BECAUSE YOU KNEW THAT

03:49PM 14    THERANOS MIGHT HAVE TO GIVE THAT BACK SOME DAY?

03:49PM 15              MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  IT'S

03:49PM 16    LEADING.

03:49PM 17              THE COURT:  IT IS.  I THINK THIS TESTIMONY IS IN

03:49PM 18    EVIDENCE ALREADY THROUGH YOU, AND PERHAPS MR. LEACH, BUT -- SO

03:49PM 19    I'M GOING TO ALLOW IT.

03:49PM 20              MR. COOPERSMITH:  OKAY.

03:49PM 21              THE COURT:  YOU CAN ANSWER THE QUESTION.

03:49PM 22              THE WITNESS:  OKAY.  THERE COULD BE A POSSIBILITY.

03:49PM 23    BY MR. LEACH:

03:49PM 24    Q.   OKAY.  AND THERE WERE INSTANCES IN THE PAST, FOR EXAMPLE,

03:49PM 25    WITH THE 18.5 MILLION FROM BLUE CROSS BLUE SHIELD WHERE YOU

SPIVEY REDIRECT BY MR. LEACH

03:50PM 1     GAVE THE MONEY BACK?

03:50PM 2     A.   YES.

03:50PM 3     Q.   YOU DID NOT RECOGNIZE REVENUE ON IT?

03:50PM 4     A.   RIGHT.

03:50PM 5     Q.   OKAY.  AND THE CUSTOMER RECEIPTS WE'RE TALKING ABOUT IN

03:50PM 6     LINE 26, DOES THAT INCLUDE SAFEWAY?

03:50PM 7     A.   IT SHOULD BE.

03:50PM 8     Q.   DOES THAT INCLUDE INSURANCE COMPANIES?

03:50PM 9     A.   YES.

03:50PM 10    Q.   OKAY.  AND YOU DON'T RECALL ANY INSTANCES WHERE YOU

03:50PM 11    ACTUALLY RECOGNIZED REVENUE ON THAT MONEY?

03:50PM 12    A.   CORRECT.

03:50PM 13    Q.   OKAY.  YOU WERE ALSO ASKED ABOUT THE ARANCA REPORTS AND

03:50PM 14    HOW THOSE WERE USED.

03:50PM 15         AND DID I UNDERSTAND THAT YOU GAVE THE ARANCA REPORTS TO

03:50PM 16    THE BOARD?

03:50PM 17    A.   I GAVE THE REPORT TO ELIZABETH HOLMES AND SUNNY BALWANI.

03:50PM 18    Q.   OKAY.  AND WE LOOKED AT SOME MINUTES WHERE IT APPEARED

03:50PM 19    THAT THE ARANCA REPORTS WERE ACTUALLY SHARED WITH THE BOARD?

03:50PM 20    A.   RIGHT.

03:50PM 21    Q.   AND YOU HAD SOME LEVEL OF UNDERSTANDING THAT THAT MIGHT

03:51PM 22    HAPPEN?

03:51PM 23    A.   YES.

03:51PM 24    Q.   AND BY SAYING THAT YOU WERE PAYING ARANCA THOUSANDS OF

03:51PM 25    DOLLARS, DID YOU MEAN TO DIMINISH THE QUALITY OF THEIR WORK?

03:51PM 1    A.   NO.

03:51PM 2    Q.   DID YOU DO YOUR BEST TO PROVIDE ARANCA ACCURATE

03:51PM 3    INFORMATION?

03:51PM 4    A.   YES.

03:51PM 5    Q.   IS THERE ANY REASON TO GIVE ARANCA ONE SET OF NUMBERS AND

03:51PM 6    DIFFERENT PARTIES DIFFERENT NUMBERS?

03:51PM 7    A.   NOT THAT I KNOW.

03:51PM 8    Q.   OKAY.

03:51PM 9         MAY I HAVE ONE MOMENT, YOUR HONOR?

03:51PM 10             THE COURT:   YES.

03:51PM 11        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:51PM 12   BY MR. LEACH:

03:51PM 13   Q.   BRIEFLY, MS. SPIVEY.   YOU WERE ALSO SHOWN SOME DOCUMENTS

03:51PM 14   RELATING TO MR. BALWANI'S EXERCISE OF OPTIONS AND PURCHASE OF

03:51PM 15   THERANOS STOCK.

03:51PM 16        DO YOU RECALL SOME OF THAT TESTIMONY?

03:52PM 17   A.   YES.

03:52PM 18   Q.   AND YOU HAVE NO UNDERSTANDING OF MR. BALWANI'S DIALOGUE

03:52PM 19   WITH THE I.R.S. ABOUT WHAT TAXES, IF ANY, HE PAID ON THAT?

03:52PM 20   A.   CORRECT.

03:52PM 21   Q.   YOUR FOCUS WAS THERANOS, NOT ON THAT?

03:52PM 22   A.   YES.

03:52PM 23   Q.   OKAY.

03:52PM 24        THANK YOU, MS. SPIVEY.

03:52PM 25        I HAVE NOTHING FURTHER, YOUR HONOR.

SPIVEY RECROSS BY MR. COOPERSMITH

| | | |
|---|---|---|
| 03:52PM | 1 | **RECROSS-EXAMINATION** |
| 03:52PM | 2 | BY MR. COOPERSMITH: |
| 03:52PM | 3 | Q.   MS. SPIVEY, BRIEFLY. |
| 03:52PM | 4 | SO MR. LEACH JUST MENTIONED THE STOCK PURCHASES? |
| 03:52PM | 5 | AND JUST TO CONFIRM, MR. BALWANI PURCHASED STOCK FROM |
| 03:52PM | 6 | THERANOS; CORRECT? |
| 03:52PM | 7 | A.   YES. |
| 03:52PM | 8 | Q.   AND HE NEVER SOLD ANY OF THAT STOCK? |
| 03:52PM | 9 | A.   YES. |
| 03:52PM | 10 | Q.   AND MR. LEACH ALSO MENTIONED THE $75 MILLION FROM |
| 03:52PM | 11 | WALGREENS? |
| 03:52PM | 12 | A.   YES. |
| 03:52PM | 13 | Q.   AND ACTUALLY, THERE WAS OTHER MONEY FROM WALGREENS EVEN IN |
| 03:52PM | 14 | ADDITION TO THE 75 MILLION; RIGHT? |
| 03:52PM | 15 | A.   YES. |
| 03:52PM | 16 | Q.   AND THERANOS NEVER REFUNDED WALGREENS THE 75 MILLION? |
| 03:53PM | 17 | MR. LEACH:  OBJECTION, YOUR HONOR.  THIS CALLS FOR |
| 03:53PM | 18 | AN ANSWER OUTSIDE OF THE RELEVANT TIME PERIOD. |
| 03:53PM | 19 | THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION |
| 03:53PM | 20 | WITHOUT A FURTHER FOUNDATION. |
| 03:53PM | 21 | MR. COOPERSMITH:  OKAY. |
| 03:53PM | 22 | Q.   WHILE MR. BALWANI WAS THERE, THERANOS NEVER REFUNDED -- |
| 03:53PM | 23 | WHILE MR. BALWANI WORKED AT THERANOS, THERANOS NEVER REFUNDED |
| 03:53PM | 24 | $75 MILLION OR ANY AMOUNT TO WALGREENS; CORRECT? |
| 03:53PM | 25 | A.   CORRECT. |

03:53PM   1    Q.   THANK YOU.

03:53PM   2         NOTHING FURTHER.

03:53PM   3              THE COURT:   ANYTHING FURTHER?

03:53PM   4              MR. LEACH:   NO, YOUR HONOR.   THANK YOU.

03:53PM   5              THE COURT:   MAY THIS WITNESS WITH BE EXCUSED?

03:53PM   6              MR. LEACH:   YES, YOUR HONOR.

03:53PM   7              MR. COOPERSMITH:   YES, YOUR HONOR.

03:53PM   8              THE COURT:   YOU'RE EXCUSED.   THANK YOU VERY MUCH FOR

03:53PM   9    COMING IN.   THANK YOU.

03:53PM  10              THE WITNESS:   THANK YOU.

03:53PM  11              THE COURT:   LADIES AND GENTLEMEN, THAT'S ALL OF THE

03:53PM  12    TESTIMONY THAT WE'RE GOING TO HAVE TODAY.   I KNOW IT

03:53PM  13    DISAPPOINTS YOU WE'RE BREAKING A LITTLE EARLY.

03:54PM  14         BUT I DO WANT TO ADMONISH YOU NONETHELESS.   WE'LL SEE YOU

03:54PM  15    TOMORROW AGAIN AT 9:00 O'CLOCK.   BUT DURING THE BREAK, DO NOT

03:54PM  16    DO ANY INVESTIGATION, DO NOT WATCH OR READ OR DISCUSS THIS CASE

03:54PM  17    OR ANYTHING TO DO WITH IT WITH ANYONE.

03:54PM  18         I'LL ASK YOU THAT QUESTION AGAIN IN THE MORNING.

03:54PM  19         HAVE A GOOD EVENING, SAFE TRAVELS, AND WE'LL SEE YOU

03:54PM  20    TOMORROW MORNING.   THANK YOU.

03:54PM  21         (JURY OUT AT 3:54 P.M.)

03:54PM  22              THE COURT:   PLEASE BE SEATED.   THANK YOU.

03:54PM  23         THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR THE

03:54PM  24    DAY.   ALL COUNSEL ARE PRESENT.   MR. BALWANI IS PRESENT.

03:54PM  25              ANYTHING FURTHER BEFORE WE BREAK FOR THE DAY, COUNSEL?

03:55PM  1          MR. SCHENK:  YOUR HONOR, TWO BRIEF THINGS.

03:55PM  2      I THINK MS. WALSH IS COMING UP BECAUSE WE BOTH WANTED TO

03:55PM  3  DISCUSS WITH YOU QUESTIONS REGARDING HOW THE COURT WOULD LIKE

03:55PM  4  THE PARTIES TO HANDLE LOGOS ON DOCUMENTS.

03:55PM  5      WE'VE INFORMED THE DEFENSE THAT WE INTEND TO CALL

03:55PM  6  DR. CULLEN TOMORROW.  THE COURT WILL RECALL THAT DR. CULLEN

03:55PM  7  WORKED AT SCHERING-PLOUGH.

03:55PM  8      THE GOVERNMENT INTENDS TO INTRODUCE, THROUGH DR. CULLEN,

03:55PM  9  VERSIONS OF THE VALIDATION REPORTS THAT WERE EXCHANGED, AND OF

03:55PM 10  COURSE THE VERSIONS THAT DR. CULLEN SAW DID NOT HAVE THE

03:55PM 11  SCHERING-PLOUGH LOGO ON IT.

03:55PM 12      VERSIONS THAT WERE SENT TO WALGREENS OR OTHERS DID, AND

03:55PM 13  DR. CULLEN'S TESTIMONY WILL BE THAT SHE DIDN'T AUTHORIZE THE

03:55PM 14  AFFIXING OF THE LOGO, AND SHE DOESN'T KNOW ANYBODY AT

03:55PM 15  SCHERING-PLOUGH THAT WOULD HAVE AUTHORIZED THE SCHERING-PLOUGH

03:55PM 16  LOGO.

03:55PM 17      IT IS THE GOVERNMENT'S INTENT TO ELICIT THAT TESTIMONY, TO

03:56PM 18  BE CLEAR, TO INTRODUCE THE VERSIONS OF THE DOCUMENTS THAT CAME

03:56PM 19  IN THROUGH THE HOLMES TRIAL AND THE TESTIMONY FROM DR. CULLEN

03:56PM 20  THAT SHE DID NOT AUTHORIZE PUTTING THE SCHERING-PLOUGH LOGO ON

03:56PM 21  THOSE DOCUMENTS.

03:56PM 22      BUT WE'RE MINDFUL OF THE PENDING MOTION BEFORE THE COURT,

03:56PM 23  AND I WANTED TO RAISE THAT BEFORE WE GET THERE.

03:56PM 24          THE COURT:  THANK YOU.  SO WE WILL HAVE -- JUST BY

03:56PM 25  WAY OF TIMING, WE'RE GOING TO HAVE -- WE'LL FINISH WITH

03:56PM    1      DR. PANDORI TOMORROW.

03:56PM    2          DO WE ANTICIPATE THAT WILL BE IN THE MORNING, OR WHAT

03:56PM    3      IS -- DO YOU HAVE ANY IDEA, MS. WALSH, WHEN YOUR TEAM WILL BE

03:56PM    4      FINISHED?

03:56PM    5              MS. WALSH:  I THINK IT LIKELY WILL BE IN THE MORNING

03:56PM    6      WHEN WE FINISH.

03:56PM    7              THE COURT:  OKAY.  AND THERE WILL BE SOME REDIRECT

03:56PM    8      I'M SURE.

03:56PM    9          TIMING-WISE, I'M TRYING TO CAPTURE WHEN YOU WILL CALL THIS

03:56PM   10      WITNESS.

03:56PM   11              MR. SCHENK:  I THINK WE WILL CERTAINLY STILL BE

03:56PM   12      EITHER IN THE CROSS OR THE REDIRECT OF DR. PANDORI BY THE

03:56PM   13      11:00, 11:30 BREAK, SO WE CAN PUNT OR TABLE THIS DISCUSSION

03:57PM   14      UNTIL THAT TIME.

03:57PM   15          BUT I'M NOT SURE WHETHER DR. PANDORI WILL TAKE US TO THE

03:57PM   16      1:00 P.M. BREAK, SO I WOULD GUESS IN THAT SECOND BLOCK.

03:57PM   17              THE COURT:  ALL RIGHT.  THANK YOU.

03:57PM   18          MS. WALSH.

03:57PM   19              MS. WALSH:  YES, YOUR HONOR.

03:57PM   20          SO THAT THE COURT HAS THE EXHIBIT NUMBERS, AND I'M

03:57PM   21      TAKING -- THESE WERE THE EXHIBIT NUMBERS IN THE HOLMES TRIAL,

03:57PM   22      AND I THINK THEY WILL BE THE SAME.

03:57PM   23          EXHIBIT 259 IS THE SCHERING-PLOUGH REPORT WITH ONLY THE

03:57PM   24      THERANOS LOGO, AND WE HAVE NO PROBLEM, NO OBJECTION TO THAT

03:57PM   25      REPORT COMING IN THROUGH DR. CULLEN.  SHE CAN AUTHENTICATE THAT

03:57PM   1    REPORT AND WE HAVE NO ISSUE WITH IT.

03:57PM   2         HOWEVER, WE DO HAVE AN ISSUE WITH THE SECOND VERSION OF

03:57PM   3    THE SCHERING-PLOUGH REPORT WITH THE TWO LOGOS FOR TWO REASONS.

03:58PM   4         I'M NOT SURE DR. CULLEN CAN REALLY AUTHENTICATE THAT

03:58PM   5    VERSION OF THE REPORT.

03:58PM   6         BUT PUTTING THAT ASIDE, I THINK THE CRUX OF IT IS THAT

03:58PM   7    SEEING THE TWO REPORTS AND THE DIFFERENCES AND DR. CULLEN

03:58PM   8    TESTIFYING THAT "I NEVER AUTHORIZED THIS" GOES TO THE HEART OF

03:58PM   9    OUR MOTION, AND WE WOULD OBJECT TO THAT SECOND REPORT, WHICH

03:58PM  10    WAS EXHIBIT 291, COMING IN THROUGH THIS WITNESS BEFORE THAT

03:58PM  11    ISSUE HAS BEEN RESOLVED.

03:58PM  12              THE COURT:  OKAY.  YOU JUST WANTED TO RAISE THAT FOR

03:58PM  13    ME NOW.  THANK YOU.  I APPRECIATE IT.

03:58PM  14         THANKS.  AND WE'LL REVISIT THIS TOMORROW.

03:58PM  15              MS. WALSH:  VERY GOOD.

03:58PM  16              THE COURT:  ALL RIGHT.  THANKS.

03:58PM  17         ANYTHING FURTHER.

03:58PM  18              MR. SCHENK:  YES, ONE OTHER BRIEF TOPIC.

03:58PM  19         I'M SURPRISED I HAVE TO RAISE THIS, BUT I AM CONCERNED

03:58PM  20    THAT THE DEFENSE IS ASKING QUESTIONS THAT THEY DON'T HAVE A

03:58PM  21    GOOD FAITH BASIS TO ASK.

03:58PM  22         THE COURT SAW SEVERAL EXAMPLES OF THAT NOW.  THE IDEA THAT

03:59PM  23    MS. SPIVEY WOULD KNOW WHETHER MR. BALWANI WROTE A CHECK TO THE

03:59PM  24    I.R.S., THAT'S NOT THE ONLY EXAMPLE OF INSTANCES IN WHICH

03:59PM  25    TESTIMONY SUGGESTED THAT THERE WAS NOT A BASIS TO ASK

2172

03:59PM    1    FOLLOW-UP, AND YET THAT FOLLOW-UP OCCURRED.

03:59PM    2         THE SECOND EXAMPLE THAT COMES TO MIND IS QUESTIONS

03:59PM    3    REGARDING THE BOARD REFUSING THE $1 SALARY REQUEST OF

03:59PM    4    MR. BALWANI.

03:59PM    5         THERE WAS ALREADY A QUESTION AND ANSWER THAT SUGGESTED

03:59PM    6    THAT MS. SPIVEY DID NOT KNOW THE COMMUNICATIONS BETWEEN THE

03:59PM    7    BOARD AND MR. BALWANI REGARDING SALARY DEMANDS, AND YET THERE

03:59PM    8    WAS STILL THE FOLLOW-UP.

03:59PM    9         THE DEFENSE CAN REFRESH WITH ANYTHING, ASK QUESTIONS, BUT

03:59PM   10    THEY HAVE TO HAVE A GOOD FAITH BASIS TO ASK THOSE QUESTIONS,

03:59PM   11    AND THEY HAVE TREADED BEYOND THE LINE OF WHAT, AT LEAST IN THE

03:59PM   12    GOVERNMENT'S VIEW, IS AN APPROPRIATE QUESTION TO ASK WHEN THE

04:00PM   13    WITNESS HAS ALREADY SAID IN ONE INSTANCE THAT SHE WAS UNAWARE

04:00PM   14    OF INFORMATION, AND IN THE SECOND INSTANCE, THERE WOULD BE NO

04:00PM   15    GOOD FAITH BASIS TO THINK THAT SHE KNEW ABOUT PERSONAL CHECKS

04:00PM   16    MR. BALWANI WROTE TO THE I.R.S.

04:00PM   17         ON TOP OF THAT, THERE WERE INSTANCES IN WHICH THE COURT

04:00PM   18    RULED ON OBJECTIONS, AND THE DEFENSE IGNORED THE COURT'S RULING

04:00PM   19    AND ASKED THE QUESTION A SECOND TIME.

04:00PM   20         AND I WANTED TO RAISE BOTH OF THOSE BECAUSE I THINK WE'RE

04:00PM   21    STILL EARLY IN THE TRIAL.  WE'RE ON OUR THIRD WITNESS.

04:00PM   22         AND I HOPE TODAY WAS AN ABERRATION, BUT LET'S MARK TIME,

04:00PM   23    AND I WANT TO NOTE THAT FOR THE COURT.

04:00PM   24         AND IF IT REQUIRES A SIDE-BAR IN THE FUTURE, IF WE SEE

04:00PM   25    FURTHER INSTANCES OF THIS, THE COURT WILL NOW KNOW WHY THE

2173

04:00PM  1    GOVERNMENT IS ASKING FOR A SIDE-BAR ON THIS ISSUE, OR IF THERE

04:00PM  2    IS ANYTHING FURTHER THE GOVERNMENT COULD PROVIDE TO THE COURT

04:00PM  3    TO PROVIDE ASSISTANCE ON THIS, HIGHLIGHTING PORTIONS OF THE

04:00PM  4    TRANSCRIPT, WE WOULD BE HAPPY TO DO THAT.

04:00PM  5              THE COURT:  OKAY.  THANK YOU.

04:00PM  6         MS. WALSH, DO YOU WISH TO BE HEARD ON THIS?

04:00PM  7              MS. WALSH:  YOUR HONOR, I DIDN'T THINK THERE WAS NOT

04:01PM  8    A GOOD FAITH BASIS FOR THE QUESTIONS.  I WASN'T THE QUESTIONER,

04:01PM  9    OF COURSE.

04:01PM  10        AND I THOUGHT THAT MS. SPIVEY ANSWERED, WHEN SHE DIDN'T

04:01PM  11   KNOW, THAT SHE DIDN'T KNOW.  SHE WASN'T AWARE OF --

04:01PM  12             THE COURT:  BUT I THINK THE PART -- PARDON ME.

04:01PM  13        BUT I THINK THE POINT WAS IN CROSS-EXAMINATION, OF COURSE,

04:01PM  14   IT'S CROSS-EXAMINATION, BUT I THINK YOUR COLLEAGUE ASKED A

04:01PM  15   QUESTION ABOUT MR. BALWANI WRITING A CHECK AND PAID TAXES ON

04:01PM  16   SOMETHING AND ADVANCED THAT INFORMATION A COUPLE OF TIMES.

04:01PM  17        AND MR. COOPERSMITH, THE QUESTIONER, IS COMING UP BEHIND

04:01PM  18   YOU HERE.

04:01PM  19             MS. WALSH:  VERY GOOD.

04:01PM  20             MR. COOPERSMITH:  WELL, YOUR HONOR, SINCE I WAS THE

04:01PM  21   QUESTIONER, I THOUGHT IT MIGHT MAKE SENSE FOR ME TO ADDRESS

04:01PM  22   THIS.

04:01PM  23             THE COURT:  YES, OF COURSE.

04:01PM  24             MR. COOPERSMITH:  SO LET'S TAKE THE ISSUE OF THE

04:01PM  25   I.R.S. FIRST.

04:01PM 1          WE SAW IN EVIDENCE THAT MS. SPIVEY, AS PART OF HER JOB,

04:01PM 2     SHE TESTIFIED SENT A DOCUMENT TO THE I.R.S. SAYING THAT

04:01PM 3     MR. BALWANI HAD ELECTED TO HAVE CERTAIN INCOME.

04:02PM 4          AND WE HAVE A GOOD FAITH BASIS FOR ASKING THE QUESTION.

04:02PM 5          NOW, AS MS. WALSH JUST SAID, IF SHE DOESN'T KNOW, SHE'S OF

04:02PM 6     COURSE FREE TO SAY SHE DIDN'T KNOW, AND THAT'S IN FACT WHAT

04:02PM 7     HAPPENED.  SHE SAID SHE DIDN'T KNOW.

04:02PM 8          BUT WE'RE NOT ASKING QUESTIONS THAT WE DON'T BELIEVE WE

04:02PM 9     HAVE A GOOD FAITH BASIS FOR ASKING.

04:02PM 10         AND I'LL JUST SAY THAT THE ONE THING THAT WE HAVE AS A

04:02PM 11    DEFENSE THAT THE GOVERNMENT, OF COURSE, DOESN'T, IS WE HAVE A

04:02PM 12    CLIENT WHO WAS THERE, AND WE CAN ASK QUESTIONS BASED ON WHAT WE

04:02PM 13    BELIEVE IN GOOD FAITH HAPPENED.

04:02PM 14         AND IF MS. SPIVEY OR ANY OTHER WITNESS DOESN'T REMEMBER

04:02PM 15    SOMETHING, THAT DOESN'T MEAN WE DON'T HAVE A GOOD FAITH BASIS.

04:02PM 16         WE ARE NOT ASKING QUESTIONS THAT WE THINK AREN'T TRUE.

04:02PM 17         WE HAVE A GOOD FAITH BASIS, FOR EXAMPLE, FOR KNOWING THAT

04:02PM 18    THE BOARD DIDN'T WANT TO HAVE TO PAY MR. BALWANI ONLY A DOLLAR

04:02PM 19    AND THOUGHT HE SHOULD TAKE A PROPER SALARY OF 99,000, SO WE

04:02PM 20    ASKED MS. SPIVEY THE QUESTION.  SHE SAID SHE DIDN'T KNOW.

04:02PM 21    THAT'S FINE.

04:02PM 22         BUT I DON'T SEE MR. SCHENK'S POINT THAT, YOU KNOW, ASKING

04:03PM 23    A QUESTION WHEN THE WITNESS IS FREE TO SAY "I DON'T KNOW" IS

04:03PM 24    LACK OF A GOOD FAITH BASIS.

04:03PM 25              THE COURT:  MR. SCHENK.

2175

```
04:03PM   1              MR. SCHENK:  YOUR HONOR, THE LACK OF A GOOD FAITH
04:03PM   2    BASIS CAN COME IN TWO FOLDS.  YOU CAN KNOW THE THING YOU'RE
04:03PM   3    ASKING IS NOT TRUE, BUT YOU CAN ALSO KNOW THAT THERE'S NO WAY
04:03PM   4    IN THE WORLD THAT THE WITNESS HAS ANY INFORMATION ABOUT THAT
04:03PM   5    SUBJECT.
04:03PM   6              THE COURT:  I THINK THAT'S WHAT HE'S TALKING ABOUT,
04:03PM   7    AND HOW WOULD SHE KNOW WHAT THE BOARD ACTED UPON, OR HOW WOULD
04:03PM   8    SHE KNOW ABOUT HIS TAXES?
04:03PM   9         AND I THINK WHAT I HEARD, AND MY SENSE IS WHAT MR. SCHENK
04:03PM   10   IS SAYING -- AND I'LL LET HIM SPEAK, OF COURSE -- BUT YOU PUT
04:03PM   11   THE ANSWER IN FRONT OF THE JURY AND THEN ASK HER IF SHE KNOWS
04:03PM   12   THAT'S TRUE, THAT WOULD THEN SUGGEST TO THE JURY THAT IT
04:03PM   13   ACTUALLY DID HAPPEN.
04:03PM   14        IS THAT, IS THAT YOUR POINT?
04:03PM   15             MR. SCHENK:  YES, YOUR HONOR.
04:03PM   16        WHEN THE ATTORNEY IS TESTIFYING AND NOT THE WITNESS,
04:03PM   17   BECAUSE THERE'S NO WAY THE WITNESS ACTUALLY CAN ANSWER YES OR
04:03PM   18   NO TO THE QUESTION.
04:04PM   19             MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  I REALLY
04:04PM   20   DON'T SEE THIS POINT AT ALL.
04:04PM   21        I THINK THAT IT'S -- PERHAPS THE GOVERNMENT DOESN'T LIKE
04:04PM   22   THAT QUESTION, BUT, YOU KNOW, THE COURT INSTRUCTS THE JURY THAT
04:04PM   23   WHAT THE LAWYERS SAY IS NOT EVIDENCE.
04:04PM   24        THE GOVERNMENT IS FREE IN CLOSING ARGUMENT TO, IF
04:04PM   25   SOMETHING BOTHERS THEM, TO EXPLAIN WHAT THE WITNESS SAID AND
```

04:04PM 1      WHAT THE WITNESS DIDN'T SAY.

04:04PM 2          AND MY UNDERSTANDING OF A GOOD FAITH BASIS IS IF

04:04PM 3      MS. SPIVEY -- AND I'LL TAKE HER EXAMPLE -- SHE WORKED AT THE

04:04PM 4      COMPANY FOR MANY, MANY YEARS, AND SHE WAS ABLE TO RECOGNIZE THE

04:04PM 5      FORMAL BOARD MINUTES, SHE KNEW THAT THE BOARD HAD MET, SHE KNEW

04:04PM 6      WHEN MR. BALWANI WAS HIRED, SO IT'S QUITE POSSIBLE THAT SHE

04:04PM 7      KNOWS ABOUT THE $1.  BUT IF SHE DOESN'T, SHE'S FREE TO SAY

04:04PM 8      THAT.

04:04PM 9          BUT I DON'T SEE THAT THAT'S A LACK OF A GOOD FAITH BASIS

04:04PM 10     FOR ME TO ASK THE QUESTION.

04:04PM 11         AND THAT'S THE ESSENCE OF CROSS.  THEY LAWYER, AS THEY

04:04PM 12     TEACH YOU IN LAW SCHOOL, THE LAWYER IS BASICALLY TESTIFYING AND

04:04PM 13     THE WITNESS CAN SAY YES, NO, OR I DON'T KNOW.

04:04PM 14         I DON'T TAKE MR. SCHENK'S POINT AT ALL, AND I THINK THAT

04:05PM 15     WE'RE ASKING QUESTIONS THAT WE BELIEVE ARE IN GOOD FAITH GOOD

04:05PM 16     QUESTIONS, AND, AGAIN, THE WITNESS CAN SAY WHATEVER THEY WANT.

04:05PM 17             THE COURT:  OKAY.

04:05PM 18         ANYTHING FURTHER, MR. SCHENK?

04:05PM 19             MR. SCHENK:  IF THE DEFENSE OR IF MR. COOPERSMITH

04:05PM 20     DOESN'T SEE THE POINT HERE, THEN THE COURT SHOULD BE EVEN MORE

04:05PM 21     CONCERNED.

04:05PM 22             THE COURT:  OKAY.  WELL, THANKS FOR THE INFORMATION.

04:05PM 23     I'M WELL INFORMED.

04:05PM 24         THANK YOU.

04:05PM 25         (COURT ADJOURNED AT 4:05 P.M.)

```
 1

 2

 3                       CERTIFICATE OF REPORTERS

 4

 5

 6

 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
17         CERTIFICATE NUMBER 8076

18

19         _____
           LEE-ANNE SHORTRIDGE, CSR, CRR
20         CERTIFICATE NUMBER 9595

21         DATED:  APRIL 5, 202

22

23

24

25
```