UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

UNITED STATES OF AMERICA, )
) CR-18-00258-EJD
PLAINTIFF, )
) SAN JOSE, CALIFORNIA
VS. )
) APRIL 11, 2022
RAMESH "SUNNY" BALWANI, )
) VOLUME 15
DEFENDANT. )
) PAGES 2444 - 2455

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF: UNITED STATES ATTORNEY'S OFFICE
BY: JEFFREY B. SCHENK
150 ALMADEN BOULEVARD, SUITE 900
SAN JOSE, CALIFORNIA 95113

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
IRENE L. RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)

FOR DEFENDANT BALWANI: ORRICK, HERRINGTON & SUTCLIFFE LLP
BY: JEFFREY COOPERSMITH
AARON BRECHER
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104

BY: STEPHEN CAZARES
77 SOUTH FIGUEROA STREET, SUITE 3200
LOS ANGELES, CALIFORNIA 90017

ALSO PRESENT: OFFICE OF THE U.S. ATTORNEY
BY: MADDI WACHS, PARALEGAL
SARA SLATTERY, PARALEGAL

SAN JOSE, CALIFORNIA APRIL 11, 2022

P R O C E E D I N G S

(COURT CONVENED AT 2:50 P.M.)

(JURY OUT AT 2:50 P.M.)

THE COURT: LET'S CALL 18-258, UNITED STATES VERSUS RAMESH BALWANI.

LET ME FIRST GET THE APPEARANCE OF COUNSEL, PLEASE.

MR. SCHENK: GOOD AFTERNOON, YOUR HONOR.

JEFF SCHENK ON BEHALF UNITED STATES.

THE COURT: THANK YOU. GOOD AFTERNOON.

MR. COOPERSMITH: GOOD AFTERNOON, YOUR HONOR.

JEFF COOPERSMITH AND STEPHEN CAZARES ON BEHALF OF MR. BALWANI.

MR. BALWANI IS NOT PRESENT. THERE WILL BE A WAIVER FILED IMMINENTLY I'M TOLD, BUT HE DOES WAIVE HIS APPEARANCE FOR TODAY.

THE COURT: THANK YOU FOR COMING OVER ON SHORT NOTICE. THIS IS JUST A HEARING. WE'RE NOT TALKING ABOUT ANYTHING SUBSTANTIVE. THIS IS JUST SCHEDULING I WANTED TO TALK WITH YOU ABOUT, AS I THINK OUR COURTROOM DEPUTY INFORMED YOU, ONE OF OUR JURORS APPARENTLY IS TRAVELLING, AND THERE'S A PROBLEM WITH AN AIRPLANE, AND THAT JUROR WILL NOT BE AVAILABLE TOMORROW.

SO I UNDERSTAND AFTER MEETING AND CONFERRING, THE PARTIES HAVE AGREED THAT WE WILL NOT BE IN SESSION TOMORROW BUT WILL

02:51PM BEGIN ON WEDNESDAY AT 8:30 TO HAVE OUR DISCUSSION, I THOUGHT, ON 1396.

DOES THAT MAKE SENSE?

MR. COOPERSMITH: YES, YOUR HONOR.

MR. SCHENK: YES.

THE COURT: OKAY. THANK YOU.

I ALSO WANTED TO TALK ABOUT SOME OTHER SCHEDULING JUST TO GET YOUR THOUGHTS ON. THIS FRIDAY IS GOOD FRIDAY, AND I WANTED TO GET YOUR THOUGHTS ON WHAT WE SHOULD DO, WHAT THE COURT SHOULD DO ABOUT THAT. WE COULD FINISH AT NOON OR 1:00 P.M. FOR THE DAY. WE COULD TAKE A LONG LUNCH, IF YOU WILL, FROM 11:30, 11:45 TO 1:30, SOMETHING LIKE THAT. I JUST WANTED TO -- I HAVEN'T QUERIED ANY OF THE JURY.

I'M RETICENT TO ASK PEOPLE ABOUT THEIR PERSONAL RELIGIOUS PRACTICES, BUT I DID WANT TO MAKE AVAILABLE TIME SHOULD PEOPLE WISH TO GO TO PLACES OF WORSHIP AS THEIR FAITH DICTATES.

SO LET ME JUST HAVE YOU THINK ABOUT THAT FOR A MOMENT.

THE WEEK OF THE 18TH I WANTED TO TELL YOU THAT -- THERE ARE TWO DAYS REGRETTABLY WE HAVE TO -- AND I NEED TO BE SOMEWHERE AT 3:00, I NEED TO BE AVAILABLE BY PHONE AT 3:00, THAT'S THE 19TH AND THE 22ND.

SO I'M THINKING THAT -- I APOLOGIZE, WE'LL PROBABLY HAVE TO END AT 2:45 ON THOSE DAYS, AND THEN GOING FORWARD INTO MAY, WE'LL BE DARK, I WANT TO REMIND YOU ON THE 24TH AND 25TH OF MAY.

AND I LOOKED AT THE 26TH. I JUST DON'T THINK OUR CALENDAR, AT LEAST TODAY'S DATE, ALLOWS US TO CAPTURE THAT THURSDAY, BUT I'M GOING TO WORK ON THAT AND SEE IF WE CAN GET SOME TIME ON THURSDAY.

THE 27TH WE WOULD BE IN SESSION.

OH, NO, WE'RE NOT IN SESSION. YOU'RE GOING TO BE GONE, AREN'T YOU?

MR. COOPERSMITH: I THINK THE DATE OF THAT GRADUATION IS MAY 6TH, THAT FRIDAY. SO I'LL TRAVEL ON THURSDAY THE 5TH AND COME BACK ON MONDAY, YEAH.

THE COURT: GOTCHA. IS THE 27TH A PROBLEM OTHERWISE?

MR. COOPERSMITH: APRIL?

THE COURT: MAY 27TH.

MR. COOPERSMITH: OH, MAY 27TH.

MR. SCHENK: I THINK ORIGINALLY WE THOUGHT WE MIGHT BE DARK THAT ENTIRE WEEK. I THOUGHT THERE WAS A WEEK AT THE END OF THE MONTH THAT WE WERE DARK.

THE CLERK: MEMORIAL WEEK.

MR. SCHENK: THE ONLY REASON I WONDER BECAUSE THAT'S A FRIDAY BEFORE A LONG WEEKEND.

THE COURT: YEAH.

MR. SCHENK: THE NEXT MONDAY, THE 30TH, LOOKS LIKE IT'S MEMORIAL DAY.

THE COURT: RIGHT.

MR. SCHENK: SO, YES, WE CERTAINLY -- THE GOVERNMENT WOULD BE AVAILABLE, AND IF WE HAVE NOT RESTED, WE WILL HAVE WITNESSES THAT FRIDAY.

THE COURT: THE 27TH?

MR. SCHENK: YES, YOUR HONOR.

THE COURT: RIGHT.

FOR JUNE, THAT FOLLOWING WEEK WE HAD -- LET ME JUST SAY WE'RE NOT AVAILABLE THE 1ST, THE 2ND, THE 3RD. I HAD TOLD YOU PREVIOUSLY THAT WE WERE, BUT WE'RE NOT AGAIN.

I DON'T KNOW IF WE'D BE AVAILABLE ON THE 31ST OR NOT.

MR. SCHENK: I'M SORRY, THAT WAS THE WEEK.

THE COURT: RIGHT. IF WE ARE AVAILABLE ON THE 31ST, I DON'T KNOW IF FOLKS WANT TO COME IN FOR THAT ONE DAY THAT WEEK, BUT IT LOOKS LIKE WE COULD. LET ME JUST CHECK MY RECORDS FOR JUST A MOMENT. PARDON ME. LET'S GO OFF THE RECORD.

(DISCUSSION OFF THE RECORD.)

THE COURT: THANK YOU. LET'S GO BACK ON THE RECORD.

SO, YEAH, IT LOOKS LIKE THAT WEEK IS UNAVAILABLE TO US AFTER I CHECKED MY NOTES HERE.

SO I JUST WANTED TO SHARE THAT WITH YOU AS FAR AS SCHEDULING.

OUR GOOD FRIDAY DECISION, WE DON'T HAVE TO MAKE THAT DECISION TODAY, OF COURSE. WE CAN THINK ABOUT THAT.

BUT THOSE ARE SOME THOUGHTS THAT I HAD ABOUT FRIDAY. I'M HAPPY TO HAVE YOU MEET AND CONFER ABOUT THAT AS WELL.

02:56PM OH, ONE OTHER THING. WE HAD CONTACTED OUR JURORS TO TELL THEM THAT WE'RE GOING TO ROTATE THEM IN SEATING, AND THEY -- I DON'T KNOW IF MS. ROBINSON TOLD YOU, THEY WISH TO GO BACK INTO -- EVERYONE GOES INTO FIRST CLASS SEATING, AND I JUST WANTED TO LET YOU KNOW THAT AND IF YOU HAVE ANY THOUGHTS ABOUT THAT.

02:57PM MR. SCHENK: WE SUPPORT THAT OR AT LEAST HAVE NO OPPOSITION, BUT THAT'S FINE.

MR. COOPERSMITH: THE SAME. IT ACTUALLY MAY BE MORE CONVENIENT. I THINK WHAT THAT WILL SOLVE IS THIS PROBLEM OF JURORS BEING ABLE TO SEE THE GOVERNMENT'S SCREEN, SO WE MIGHT BE ABLE TO BE A LITTLE MORE EFFICIENT WITH THEM DISPLAYING THINGS ON THE SCREEN BEFORE THEY'RE PUBLISHED WITH MS. ROBINSON'S HELP.

THE COURT: WELL, THERE WAS SOME CONCERN IN THE OTHER TRIAL ABOUT JURORS LOOKING OVER AND SEEING THE MONITORS, I THINK, THE ALTERNATE JURORS BEING ABLE TO SEE MONITORS BEFORE THINGS WERE INTRODUCED, BUT I THINK WE SOLVED THAT PROBLEM WITH THE SCREEN BLOCKS OR SOMETHING.

MR. SCHENK: YES, YOUR HONOR.

TO BE CLEAR, I DON'T THINK THERE'S ANY PROBLEM WITH THE ALTERNATE JURORS IN THE LAST TRIAL OR IN THIS TRIAL SEEING THE GOVERNMENT'S SCREEN.

I THINK WHAT MR. COOPERSMITH IS SUGGESTING IS WE CAN MAKE DIFFERENT USE OF THE MONITORS IF THE GOVERNMENT'S SCREEN ISN'T

02:57PM AVAILABLE, IS NOT AVAILABLE TO THE ALTERNATE JURORS THAT ARE CURRENTLY SITTING IN THE GALLERY.

IN OTHER WORDS, THE SYSTEM, AS I UNDERSTAND IT, HAS THE ABILITY TO JUST DISPLAY TO COUNSEL, OR COUNSEL AND THE WITNESS, BUT TO EXCLUDE THE MONITORS THAT ARE IN FRONT OF THE JURY, AND IF ALL OF THE JURORS WERE SITTING WHERE THEY ORDINARILY SIT, WE COULD MAKE USE OF THAT FUNCTION.

BUT I DON'T THINK THAT THERE'S ANY ISSUE WITH JURORS PRESENTLY OBSERVING UNADMITTED OR NOT ADMITTED EXHIBITS ON THE GOVERNMENT'S SCREEN.

THE COURT: THAT CAME UP AT THE LAST TRIAL, AND I THINK WE HAD SOME SOLUTION FOR IT. I DON'T THINK WE WERE JUST USING ONE SCREEN. SO I DON'T THINK IT IS AN ISSUE.

AND I BELIEVE IF WE BRING -- LET'S SEE. THERE ARE EIGHT. I THINK WE CAN PUT AN EXTRA CHAIR AND GET EVERYBODY IN THE BOX. SO WE'LL WORK ON THAT AND TELL EVERYBODY THAT WE CAN GET EVERYBODY IN HERE. THAT WILL BRING A LOT OF EFFICIENCIES.

OKAY. THAT'S -- THANKS FOR COMING OVER. I JUST WANTED TO SHARE THAT WITH YOU AS OPPOSED TO DOING EMAILS THROUGH MS. ROBINSON AND YOU BACK AND FORTH AND GIVE YOU AN OPPORTUNITY TO COMMENT ON ANY OF THAT.

MR. SCHENK: WAS THE COURT CONSIDERING MAYBE HAVING TRIAL THIS THURSDAY? I KNOW THE COURT RAISED AN ISSUE ABOUT GOOD FRIDAY AND WHETHER WE WOULD ADJUST OUR HOURS.

WHAT ABOUT THURSDAY?

THE COURT: IT'S POSSIBLE THAT WE COULD HAVE THE AFTERNOON. I WAS LOOKING TO SEE IF WE COULD, IF WE COULD HAVE SOMETHING IN THE MORNING, BUT THERE'S A COUPLE OF THINGS THAT WE'RE NOT GOING TO BE ABLE TO MOVE IN THE MORNING.

BUT I THINK WE CAN MOVE SOME THINGS UP, AND WE MAY BE ABLE TO GET -- I'LL ASK THE JURORS IF WE CAN GET THEM TO COME IN THE AFTERNOON. MAYBE WE CAN START AT NOON OR SOMEWHERE AROUND THERE. THAT'S ANOTHER ALTERNATIVE TO GET SOME MORE TIME.

WOULD THAT WORK FOR YOU?

MR. COOPERSMITH: IT WOULD. WE WILL BE THERE IF THERE'S COURT ON THURSDAY AFTERNOON, YES, YOUR HONOR.

THE COURT: GREAT.

MR. COOPERSMITH: REGARDING GOOD FRIDAY, WE OBVIOUSLY HAVE NO OBJECTION IF THE COURT WANTS TO ALLOW JURORS TO WORSHIP, AND I UNDERSTAND THE COURT NOT WANTING TO INQUIRE DIRECTLY.

IF IT WORKS OUT IN TERMS OF WHAT JURORS WANT TO DO IN TERMS OF ATTENDING SERVICES AND SO FORTH, IT SEEMS MORE LOGICAL TO END EARLY THAN TO HAVE A LONGER BREAK, BUT I'M NOT AWARE OF WHAT THE WORSHIP SCHEDULES ARE, SO EITHER WAY IS FINE WITH US.

THE COURT: RIGHT.

WELL, MAYBE WHAT I'LL DO WEDNESDAY IS TO TALK TO THE JURORS ABOUT GOOD FRIDAY AND TELL THEM IF THERE'S -- WE CAN'T ACCOMMODATE, WE CAN CERTAINLY ACCOMMODATE, RECOGNIZING THAT DAY THE COURT WILL ACCOMMODATE OR WILL ALLOW FOR ANY ADJUSTMENT IN

SCHEDULE.

DO YOU HAVE ANY THOUGHTS, MR. SCHENK, ABOUT A LONGER BREAK OR ENDING EARLY?

MR. SCHENK: I THINK ALL ELSE EQUAL, I AGREE WITH WHAT MR. COOPERSMITH SAYS, AND THAT IS ALLOWING JURORS TO END EARLY ON THE DAY AND BE DONE WITH THEIR OBLIGATIONS SEEMS LIKE AN EFFICIENT WAY TO HANDLE THE DAY IF THE WORSHIP SCHEDULES COINCIDE WITH THAT TIME.

AND I CAN ADD, TO THE TO THE EXTENT THAT IT'S HELPFUL TO THE COURT, THIS WEEK MR. EDLIN IS THE CURRENT WITNESS ON THE STAND.

AFTER MR. EDLIN, THE NEXT WITNESS THAT THE GOVERNMENT WILL CALL IS NIMESH JHAVERI. HE TESTIFIED IN THE HOLMES TRIAL. HE WORKED AT WALGREENS. HE TRAVELS FROM OUT OF TOWN.

THE COURT: RIGHT.

MR. SCHENK: AND HE'S IN TOWN NOW.

I EXPECT THAT WE WILL BE ABLE TO FINISH HIS TESTIMONY, THE DIRECT AND CROSS THIS WEEK, AND THAT WOULD ALLOW HIM TO LEAVE AT LEAST BY FRIDAY EVENING, BY THE END OF THE WEEK.

THE COURT: SURE.

MR. SCHENK: SO I THINK THAT THE GOVERNMENT'S PERSPECTIVE ON -- THINGS MAY CHANGE DEPENDING ON WHERE WE ARE IN THE JHAVERI TESTIMONY, THAT IS, THE PARTICULAR AMOUNT OF TIME THAT WE HAVE AVAILABLE ON THURSDAY OR THE BREAKS WE TAKE ON FRIDAY, WE REALLY HOPE THAT WE CAN FINISH MR. JHAVERI'S

03:02PM TESTIMONY, BUT THAT'S THE ONLY THING THAT WILL BE IN THE GOVERNMENT'S MIND AS WE'RE SCHEDULING THIS WEEK.

03:02PM THE COURT: OKAY. THANK YOU FOR LETTING ME KNOW THAT.

03:02PM THEN I'LL ENDEAVOR TO MOVE THINGS FOR THURSDAY AFTERNOON, AND IT MAY BE THAT WE'LL STAY UNTIL 5:00 ONE DAY THIS WEEK AND VIOLATE THAT RULE, BUT WE'LL JUST NEED TO CATCH SOME TIME.

03:02PM MY SENSE IS THAT IT'S A GOOD JURY, YOU KNOW, THEY'RE ACCOMMODATING, AND I SENSE THAT THEY'LL BE COOPERATIVE.

03:02PM THEY'D LIKE TO -- I'M SURE THEY WOULD LIKE TO KEEP THE TRIAL MOVING AS WELL. THEY HAVE SIMILAR INTERESTS SO -- OKAY. I'LL CHECK ON THURSDAY. I'LL TALK TO THEM ON WEDNESDAY ABOUT THURSDAY'S SCHEDULE.

03:03PM YOU KNOW WHAT I'LL DO IS MS. ROBINSON CAN REACH OUT TO THEM BY TEXT OR BY EMAIL TO SUGGEST THAT THURSDAY IS A POSSIBILITY.

03:03PM MR. SCHENK: GREAT.

03:03PM THE COURT: AND MAYBE SHE COULD ASK THE SAME QUESTIONS ABOUT GOOD FRIDAY, TOO, YEAH, THEIR THOUGHTS ABOUT FRIDAY, AND WE'LL HAVE SOME ANSWERS BY WEDNESDAY.

03:03PM OKAY. THAT'S ALL I WANTED TO SHARE WITH YOU AND GET YOUR ASSISTANCE ON. SORRY TO MAKE YOU PUT SUITS AND TIES ON FOR THAT.

03:03PM MR. COOPERSMITH: THAT'S OKAY, YOUR HONOR. THANK YOU.

03:03PM THE COURT: OKAY. ANYTHING ELSE FOR TODAY?

03:03PM MR. COOPERSMITH: NO, YOUR HONOR. THANK YOU.

03:03PM MR. SCHENK: THANK YOU.

03:03PM THE COURT: THANKS VERY MUCH. THANK YOU.

03:03PM THE CLERK: COURT IS ADJOURNED.

03:03PM (COURT ADJOURNED AT 3:03 P.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

Irene Rodriguez

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: APRIL 11, 2022