UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-18-00258-EJD |
| PLAINTIFF, ) | |
| ) | SAN JOSE, CALIFORNIA |
| VS. ) | |
| ) | APRIL 12, 2022 |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | VOLUME 16 |
| DEFENDANT. ) | |
| _____ ) | PAGES 2456 - 2464 |

TRANSCRIPT OF ZOOM TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2      FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 BY:   MOLLY MCCAFFERTY
 3                                     SHAWN ESTRADA
                                 THE ORRICK BUILDING
 4                               405 HOWARD STREET
                                 SAN FRANCISCO, CALIFORNIA 94105
 5
                                 BY:   JEFFREY COOPERSMITH
 6                                     AARON BRECHER
                                       AMANDA MCDOWELL
 7                               701 FIFTH AVENUE, SUITE 5600
                                 SEATTLE, WASHINGTON 98104
 8
                                 BY:   STEPHEN CAZARES
 9                               77 SOUTH FIGUEROA STREET, SUITE 3200
                                 LOS ANGELES, CALIFORNIA 90017
10
                                 BY:   AMY WALSH
11                               51 W 52ND STREET
                                 NEW YORK, NEW YORK 10019
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                    1    SAN JOSE, CALIFORNIA                           APRIL 12, 2022
                    2                        P R O C E E D I N G S
10:17AM     3           (COURT CONVENED AT 10:17 A.M.)
10:17AM     4           (JURY OUT AT 10:17 A.M.)
10:18AM     5               THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.
10:18AM     6       LET'S CALL THIS MATTER 18-258, UNITED STATES VERSUS
10:19AM     7    BALWANI.
10:19AM     8       THIS IS A REMOTE PROCEEDING.
10:19AM     9       FIRST, LET ME CAPTURE THE APPEARANCE OF THE PARTIES.
10:19AM    10       FOR THE GOVERNMENT, PLEASE?
10:19AM    11               MR. SCHENK:  GOOD MORNING, YOUR HONOR.
10:19AM    12    JEFF SCHENK ON BEHALF UNITED STATES.
10:19AM    13    I'M JOINED BY JOHN BOSTIC, ROBERT LEACH, AND KELLY VOLKAR.
10:19AM    14               THE COURT:  THANK YOU.
10:19AM    15       AND FOR THE DEFENDANT?
10:19AM    16               MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.
10:19AM    17    JEFF COOPERSMITH FOR MR. BALWANI, WHO IS PRESENT ON ZOOM,
10:19AM    18    AND I'M JOINED BY STEPHEN CAZARES AND AMY WALSH AND OTHER
10:19AM    19    COLLEAGUES AS WELL.
10:19AM    20               THE COURT:  THANK YOU.  GOOD MORNING.
10:19AM    21       AND DO YOU AND YOUR CLIENT CONSENT TO THIS PROCEEDING,
10:19AM    22    MR. COOPERSMITH, VIA REMOTE TECHNOLOGY?
10:19AM    23               MR. COOPERSMITH:  YES, YOUR HONOR.  AND IF IT'S
10:19AM    24    NECESSARY, I CAN CONFER WITH MR. BALWANI OFF OF THE ZOOM IF
10:19AM    25    THAT BECOMES NECESSARY.  SO THANK YOU.
```

10:19AM 1    THE COURT: ALL RIGHT. THANK YOU.
10:19AM 2    THIS IS A -- WE'RE GOING TO DISCUSS PROCEDURAL MATTERS
10:19AM 3 ONLY, NOT ANYTHING SUBSTANTIVE REGARDING THE CASE, AND THIS IS
10:20AM 4 REALLY ABOUT SCHEDULING, TO CONTINUE OUR CONVERSATION ABOUT
10:20AM 5 SCHEDULING.
10:20AM 6    I WANTED TO FOLLOW UP WITH A COUPLE OF INFORMATIONS, I
10:20AM 7 SHOULD SAY, THAT WE RECEIVED FROM JURORS.
10:20AM 8    LET'S START WITH THURSDAY. PLEASE RECALL THAT I HAD TRIED
10:20AM 9 TO SEE IF WE COULD HAVE SESSION ON THURSDAY AFTERNOON.
10:20AM 10   WE'VE REACHED OUT, OUR COURTROOM DEPUTY REACHED OUT TO
10:20AM 11 JURORS, AND IT APPEARS THAT THREE JURORS HAVE ISSUES THAT WOULD
10:20AM 12 NOT ALLOW US TO HAVE THURSDAY AFTERNOON.
10:20AM 13   JUROR 10 AND JUROR 2, IT LOOKS LIKE THEY HAVE PATIENTS
10:20AM 14 BOOKED, AND JUROR NUMBER 3 HAS A WORK SESSION FROM THE MORNING
10:20AM 15 UNTIL NOON.
10:20AM 16   SO THEORETICALLY WE COULD COME IN IN THE AFTERNOON. I'LL
10:20AM 17 MAKE INQUIRY OF THE TWO OTHER INDIVIDUALS WITH PATIENT
10:21AM 18 SCHEDULING TO SEE IF THOSE COULD BE MOVED. I'LL MAKE INQUIRY
10:21AM 19 TOMORROW, BUT I JUST WANTED TO LET YOU KNOW THAT.
10:21AM 20   ANY COMMENT? ANYTHING FROM ANYBODY ABOUT THAT?
10:21AM 21      MR. SCHENK: NO. THANK YOU, YOUR HONOR.
10:21AM 22      MR. COOPERSMITH: NO, YOUR HONOR. THANK YOU.
10:21AM 23      THE COURT: OKAY. AND THEN REGARDING FRIDAY, FRIDAY
10:21AM 24 IS GOOD FRIDAY. I HAD SUGGESTED THAT THE COURT IS THINKING OF
10:21AM 25 BREAKING FRIDAY PERHAPS HALF DAY. WE DID RECEIVE COMMUNICATION

|  |  |
|---|---|
| 10:21AM 1 | FROM JUROR NUMBER 8 WHO INDICATED THAT FOR SOME REASON HE MADE |
| 10:21AM 2 | AN APPOINTMENT FOR A -- A MEDICAL APPOINTMENT FOR FRIDAY AT |
| 10:21AM 3 | 1:00 P.M.  SO THAT MEANS THAT WE PERHAPS COULD GO ALL MORNING. |
| 10:21AM 4 | I SHOULD TELL YOU, AGAIN, I HAVE LOOKED AT MY SCHEDULE, |
| 10:21AM 5 | AND FRIDAY WE WOULD -- I'M UNAVAILABLE FROM NOON TO 12:30.  I |
| 10:22AM 6 | JUST HAVE A ZOOM CALL FROM THE ADMINISTRATIVE OFFICE AT THAT |
| 10:22AM 7 | TIME.  SO IF WE WERE IN SESSION ON FRIDAY, WE COULD BREAK AT |
| 10:22AM 8 | NOON, IF YOU'RE INTERESTED IN DOING THAT. |
| 10:22AM 9 | I'LL ALSO ASK TOMORROW, OUR JURORS, WHETHER THEY CAN COME |
| 10:22AM 10 | IN EARLY FRIDAY MORNING IF THAT'S POSSIBLE.  BUT THAT'S WHAT I |
| 10:22AM 11 | INTEND TO DO. |
| 10:22AM 12 | ANY THOUGHTS ABOUT THIS, ABOUT FRIDAY?  SUGGESTIONS?  I'M |
| 10:22AM 13 | OPEN TO SUGGESTIONS AS WELL. |
| 10:22AM 14 | MR. SCHENK:  I THINK THAT THAT MAKES SENSE FROM THE |
| 10:22AM 15 | GOVERNMENT'S PERSPECTIVE, THAT IS, STARTING EARLY, IF POSSIBLE, |
| 10:22AM 16 | ON FRIDAY, AND GOING UNTIL NOON. |
| 10:22AM 17 | WE DISCUSSED BREAKING EARLY YESTERDAY, AND THIS MIGHT BE A |
| 10:22AM 18 | LITTLE BIT EARLIER THAN WE WOULD OTHERWISE PLAN TO ADJOURN FOR |
| 10:22AM 19 | THE DAY, BUT IT SEEMS TO MAKE SENSE TO CAPTURE AS MUCH TIME AS |
| 10:22AM 20 | POSSIBLE UP TO AND INCLUDING NOON. |
| 10:23AM 21 | THE COURT:  OKAY.  MR. COOPERSMITH? |
| 10:23AM 22 | MR. COOPERSMITH:  NOTHING TO ADD TO THAT, |
| 10:23AM 23 | YOUR HONOR.  THANK YOU. |
| 10:23AM 24 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:23AM 25 | LET ME MOVE TO MAY/JUNE.  WE ALSO RECEIVED -- OUR |

|  |  |
|---|---|
| 10:23AM 1 | COURTROOM DEPUTY RECEIVED INFORMATION FROM JUROR NUMBER 8 WHO |
| 10:23AM 2 | INDICATED OUT OF STATE TRAVEL FROM MAY 27TH, I THINK IT'S |
| 10:23AM 3 | MAY 27TH, THAT DAY MAY 27, AND THEN JUNE 14TH TO JUNE 20TH. |
| 10:23AM 4 | AND APPARENTLY THIS JUROR HAS A SON WHO PLAYS COMPETITIVE |
| 10:23AM 5 | BASEBALL, AND THERE ARE TOURNAMENTS THAT THAT JUROR HAS |
| 10:23AM 6 | INDICATED THAT THEY WOULD LIKE TO ATTEND. |
| 10:23AM 7 | ALSO FOR THAT TIME PERIOD, THAT IS MAY/JUNE, THE JUROR |
| 10:23AM 8 | INDICATED A VACATION, OUT-OF-STATE VACATION FROM JUNE 26TH TO |
| 10:23AM 9 | JULY 4TH. |
| 10:24AM 10 | I SHOULD TELL YOU, TURNING TO THE COURT'S SCHEDULE, |
| 10:24AM 11 | MAY 27TH IT'S -- IT LOOKS LIKE WE COULD HAVE A BREAK, I'D LIKE |
| 10:24AM 12 | TO HAVE A BREAK, MAYBE AN HOUR, A 90 MINUTE LUNCH BREAK FROM |
| 10:24AM 13 | 12:30 TO 2:00 O'CLOCK, OR AS CLOSE TO 2:00 O'CLOCK AS I COULD |
| 10:24AM 14 | GET IT, IF THAT'S POSSIBLE ON MAY 27TH.  THAT'S THE ONLY OTHER |
| 10:24AM 15 | ISSUE FOR MAY. |
| 10:24AM 16 | SO MAY 27TH, THAT'S A FRIDAY, IF WE COULD SOMEHOW |
| 10:24AM 17 | INCORPORATE AN HOUR, AN HOUR OR TWO, 70, 75 MINUTES, MAYBE A 90 |
| 10:24AM 18 | MINUTE BREAK THERE, THAT WOULD, THAT WOULD BE BENEFICIAL.  AND |
| 10:24AM 19 | I'M GOING TO CHECK WITH JUDGE GILLIAN.  HE'S ASKED ME TO DO |
| 10:25AM 20 | SOMETHING.  I'M GOING TO CHECK WITH HIM AS TO WHETHER THAT TIME |
| 10:25AM 21 | WOULD WORK AS OPPOSED TO -- I THINK HE WANTED AN HOUR, ALMOST |
| 10:25AM 22 | TWO HOURS.  I CAN'T DO THAT.  BUT MAYBE AN EXTENDED LUNCH ON |
| 10:25AM 23 | THE 27TH. |
| 10:25AM 24 | MOVING TO JULY, WE RECEIVED JULY CONFLICT INFORMATION FROM |
| 10:25AM 25 | JURORS.  ONE JUROR IS JULY 8TH THEY'VE INDICATED THEY CANNOT BE |

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 10:25AM  | 1  | PRESENT AND ANOTHER JUROR SAID JULY 12TH TO THE 19TH.  AND THEN      |
| 10:25AM  | 2  | THE JURORS WITH THE BASEBALL ISSUES INDICATED JULY 20TH TO           |
| 10:25AM  | 3  | AUGUST 2ND.                                                          |
| 10:25AM  | 4  |     I'M FULLY CONFIDENT THAT WE'LL BE COMPLETED WITH THE TRIAL       |
| 10:25AM  | 5  | BY THEN, BUT I JUST WANTED TO SHARE THAT INFORMATION WITH YOU        |
| 10:25AM  | 6  | OUT OF AN ABUNDANCE OF CAUTION.                                      |
| 10:25AM  | 7  |     I'M ALSO ASKING STAFF TO -- WE'RE LOOKING AT SEEING ABOUT        |
| 10:25AM  | 8  | MOVING OUR CIVIL CALENDARS.  ON THURSDAY I TYPICALLY HAVE A          |
| 10:26AM  | 9  | CIVIL CALENDAR ON THURSDAY, AND WE'RE SEEING WHAT WE CAN DO TO       |
| 10:26AM  | 10 | MOVE MATTERS, OUR CIVIL CALENDARS, SUCH THAT WE CAN CAPTURE          |
| 10:26AM  | 11 | PERHAPS THURSDAY MORNINGS OR THURSDAY AFTERNOONS FOR ADDITIONAL      |
| 10:26AM  | 12 | TIME IN OUR TRIAL.                                                   |
| 10:26AM  | 13 |     I'D LIKE TO DO THAT AS SOON AS POSSIBLE TO GIVE THE JURORS       |
| 10:26AM  | 14 | AS MUCH PLANNING INFORMATION AS POSSIBLE.                            |
| 10:26AM  | 15 |     ANY COMMENT ABOUT THAT, ABOUT TRYING TO CAPTURE SOME             |
| 10:26AM  | 16 | THURSDAY TIME?                                                       |
| 10:26AM  | 17 |         MR. SCHENK:  I THINK THAT THAT'S A GREAT IDEA,               |
| 10:26AM  | 18 | YOUR HONOR.                                                          |
| 10:26AM  | 19 |     IT LOOKS LIKE FROM WHAT WE RECEIVED, ALTERNATE NUMBER 2 IS       |
| 10:26AM  | 20 | BOOKING PATIENTS ON DARK DAYS, BUT MAYBE IF WE GIVE SOME             |
| 10:26AM  | 21 | ADVANCE NOTICE, THAT WILL ALLOW THE ALTERNATE JUROR TO SCHEDULE      |
| 10:26AM  | 22 | PATIENTS AND ALSO ATTEND COURT AT THE APPROPRIATE TIMES.             |
| 10:26AM  | 23 |         THE COURT:  RIGHT.                                           |
| 10:26AM  | 24 |     MR. COOPERSMITH, ANYTHING FROM YOU?                              |
| 10:26AM  | 25 |         MR. COOPERSMITH:  I AGREE WITH MR. SCHENK'S COMMENT          |

```
10:26AM   1        ON THAT.  THANK YOU, YOUR HONOR.
10:26AM   2                THE COURT:  OKAY.  AND ONE THING I WILL -- I INTEND
10:27AM   3        TO DO TOMORROW PERHAPS IS TO ADDRESS OUR SCHEDULING ISSUE AND
10:27AM   4        INFORM THE JURORS THAT IT'S MY INTENT TO KEEP US ON OUR
10:27AM   5        ORIGINAL SCHEDULE, THAT'S MY INTENT.
10:27AM   6            HOWEVER, TO ACCOMPLISH THAT, IT WOULD APPEAR THAT WE WILL
10:27AM   7        HAVE TO ADD SOME ADDITIONAL TIME TO OUR DAYS AND/OR ADD
10:27AM   8        ADDITIONAL DAYS TO OUR SCHEDULE.  AND THAT IS THE PROPOSITION
10:27AM   9        THAT I WOULD PRESENT TO THEM, THAT TO MAINTAIN OUR SCHEDULE FOR
10:27AM  10        REASONS THAT HAPPEN IN EVERY TRIAL, AND I'M NOT POINTING
10:27AM  11        FINGERS AT ANYONE, THIS IS JUST THE UNIVERSE OF TRIALS,
10:27AM  12        SCHEDULING ISSUES COME UP, BOTH WITH THE COURT AND WITH TRAVEL
10:27AM  13        SCHEDULES AND OTHER THINGS.
10:27AM  14            SO THAT'S THE CONVERSATION THAT I INTEND TO HAVE WITH THEM
10:27AM  15        TOMORROW, THAT IS, TO KEEP US ON OUR SCHEDULE, OR AS CLOSE TO
10:27AM  16        IT AS POSSIBLE, WE MAY HAVE TO ADD SOME ADDITIONAL TIMES AND
10:28AM  17        DAYS, AND I'LL DO THE BEST I CAN TO DO THAT.
10:28AM  18            I CAN'T RECALL, AND PERHAPS ONE OF YOU CAN REMIND ME, I
10:28AM  19        DID TRY TO GET AN EARLY START.
10:28AM  20            WAS THERE A JUROR OR TWO THAT SUGGESTED THAT THERE WAS A
10:28AM  21        PROBLEM?  I THINK THERE WAS A DROP OFF, A CHILDCARE DROP OFF AT
10:28AM  22        SCHOOL FOR ONE JUROR PERHAPS THAT WAS DROPPING OFF AT 8:30 I
10:28AM  23        THINK IF I RECALL.
10:28AM  24                THE CLERK:  THAT'S WHAT I WAS TOLD, YOUR HONOR.
10:28AM  25                THE COURT:  OKAY.  THANK YOU.
```

```
10:28AM   1           BUT WE'LL MAKE SOME INQUIRY.  PERHAPS THAT JUROR CAN MAKE
10:28AM   2   SOME ADJUSTMENTS.
10:28AM   3           THAT'S WHAT I WANTED TO DISCUSS, AGAIN, TODAY JUST WITH
10:28AM   4   YOU THE MOST IMMEDIATE SCHEDULING ISSUES AND THE COURT'S DESIRE
10:28AM   5   TO INCREASE TIME AS BEST I CAN.
10:28AM   6           ANY OTHER COMMENTS, OBSERVATIONS ABOUT ANY OF THIS FROM
10:28AM   7   ANYONE?
10:28AM   8                MR. SCHENK:  NOTHING FROM THE GOVERNMENT.
10:28AM   9   THANK YOU.
10:28AM  10                MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.
10:29AM  11                THE COURT:  OKAY.  THEN WE'LL SEE EACH OTHER
10:29AM  12   TOMORROW MORNING AT 8:30.  WE HAVE ONE MATTER TO COVER OUTSIDE
10:29AM  13   OF THE PRESENCE OF THE JURY, AND THEN HOPEFULLY WE CAN GET
10:29AM  14   THROUGH TOMORROW A FULL DAY UNTIL 4:00 TOMORROW.
10:29AM  15           AND THEN FRIDAY IT LOOKS LIKE WE'LL BREAK, AND I'LL TELL
10:29AM  16   THEM WE'LL BREAK AT NOON OR SOME TIME THERE ABOUT.
10:29AM  17           OKAY.  THANKS EVERYONE.  THANKS FOR THE SHORT NOTICE.  I
10:29AM  18   APOLOGIZE FOR THE GLITCH THIS MORNING.  OUR SYSTEM WAS A LITTLE
10:29AM  19   GLITCHY, BUT I'M GLAD WE ALL GOT TOGETHER, AND WE'LL SEE YOU
10:29AM  20   TOMORROW.  THANK YOU.
10:29AM  21                MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
10:29AM  22                MR. SCHENK:  THANK YOU, YOUR HONOR.
10:29AM  23                THE CLERK:  COURT IS ADJOURNED.
10:29AM  24           (COURT ADJOURNED AT 10:29 A.M.)
         25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*
_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: APRIL 12, 2022