1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

        UNITED STATES OF AMERICA,        )
6                                        )  CR-18-00258-EJD
                       PLAINTIFF,        )
7                                        )  SAN JOSE, CALIFORNIA
                  VS.                    )
8                                        )  APRIL 19, 2022
        RAMESH "SUNNY" BALWANI,          )
9                                        )  VOLUME 19
                       DEFENDANT.        )
10      _____  )  PAGES 2842 - 3162
                                            **SEALED PAGES 3143 - 3148**
11

12

13                 TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
14                 UNITED STATES DISTRICT JUDGE

15      A P P E A R A N C E S:

16

17      FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                              BY:  JOHN C. BOSTIC
18                                 JEFFREY B. SCHENK
                              150 ALMADEN BOULEVARD, SUITE 900
19                            SAN JOSE, CALIFORNIA 95113

20

21            (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22      OFFICIAL COURT REPORTERS:
                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                            CERTIFICATE NUMBER 8074
                              LEE-ANNE SHORTRIDGE, CSR, CRR
24                            CERTIFICATE NUMBER 9595

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2      FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 BY:  MOLLY MCCAFFERTY
 3                                    SHAWN ESTRADA
                                 THE ORRICK BUILDING
 4                               405 HOWARD STREET
                                 SAN FRANCISCO, CALIFORNIA 94105
 5
                                 BY:  JEFFREY COOPERSMITH
 6                                    AARON BRECHER
                                      AMANDA MCDOWELL
 7                               701 FIFTH AVENUE, SUITE 5600
                                 SEATTLE, WASHINGTON 98104
 8
                                 BY:  STEPHEN CAZARES
 9                               77 SOUTH FIGUEROA STREET, SUITE 3200
                                 LOS ANGELES, CALIFORNIA 90017
10
                                 BY:  AMY WALSH
11                               51 W 52ND STREET
                                 NEW YORK, NEW YORK 10019
12

13      ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                                 BY:  MADDI WACHS, PARALEGAL
14                                    SARA SLATTERY, PARALEGAL

15                               ORRICK, HERRINGTON & SUTCLIFFE
                                 JENNIFER CYGNOR, PARALEGAL
16
                                 PROLUMINA
17                               BY:  COREY ALLEN
                                 2200 SIXTH AVENUE, SUITE 425
18                               SEATTLE, WASHINGTON 98121

19                               UNITED STATES POSTAL INSPECTION SERVICE
                                 BY:  CHRISTOPHER MCCOLLOW
20
                                 FEDERAL BUREAU OF INVESTIGATION
21                               BY:  MARIO C. SCUSSEL

22                               UNITED STATES FOOD & DRUG
                                 ADMINISTRATION
23                               BY:  GEORGE SCAVDIS

24

25
```

2844

1

<u>INDEX OF PROCEEDINGS</u>

2

GOVERNMENT'S:

3

4    **NIMESH JHAVERI**

DIRECT EXAM BY MR. SCHENK              P. 2880

5    CROSS-EXAM BY MR. COOPERSMITH          P. 2990

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF EXHIBITS

                    IDENT.        EVIDENCE

GOVERNMENT'S

617                              2898
966                              2915
1113                             2921
1254                             2925
1387                             2930
3755                             2935
1711                             2942
1755                             2955
1884                             2957
1896                             2959
1909                             2962
2214                             2965
2275                             2967
1673                             3057
1708                             3061
1861                             3091
1891                             3136


DEFENDANT'S

20531                            3006
20532                            3010
20432                            3045
20234                            3074
20228                            3102

```
 1      SAN JOSE, CALIFORNIA                    APRIL 19, 2022

 2                    P R O C E E D I N G S

 3          (COURT CONVENED AT 8:34 A.M.)

 4          (JURY OUT AT 8:34 A.M.)

 5              THE COURT:  WE ARE ON THE RECORD IN THE BALWANI

 6      MATTER.  ALL COUNSEL ARE PRESENT.  MR. SCHENK, MR. BOSTIC, ALL

 7      DEFENSE COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.

 8          WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.  A COUPLE OF

 9      MATTERS HAVE COME UP.

10          DOCUMENT 1407 WAS FILED 12 HOURS AGO.  I DON'T KNOW --

11      HAVE YOU HAD A CHANCE TO REVIEW THAT?

12              MR. BOSTIC:  YES, YOUR HONOR.

13              THE COURT:  OKAY.  THANK YOU.

14          THAT'S IN RELATION TO DEFENSE FILING.  THAT WAS DOCKET

15      1401, WAS IT?

16          YES, 1401, MOTION TO ALLOW THE EXAMINATION OF

17      DR. ROSENDORFF.

18          1405 WAS THE OPPOSITION, WHICH I BELIEVE WAS FILED

19      YESTERDAY MORNING, MONDAY MORNING.

20          AND THEN, AS I SAID, A REPLY WAS FILED ABOUT 12 HOURS AGO

21      FROM THE DEFENSE REGARDING THE SAME ISSUE.

22          I'VE SCANNED THIS.  IT'S TEN PAGES.  I'VE SCANNED IT.  I

23      HAVEN'T DONE ANY IN-DEPTH REVIEW OF IT.

24          ALSO FILED, I THINK YESTERDAY AFTERNOON, ABOUT 2:30, IS

25      1406, WHICH IS A MOTION FOR A CURATIVE INSTRUCTION.
```

2847

08:36AM 1          LET'S TALK ABOUT THAT FIRST.  IS THE GOVERNMENT READY TO

08:36AM 2     TALK ABOUT THAT?

08:36AM 3          MR. BOSTIC:  YES, YOUR HONOR.

08:36AM 4          THE COURT:  THIS IS 1406.  I DON'T THINK YOU'VE

08:36AM 5     FILED A WRITTEN RESPONSE TO THIS.

08:36AM 6          YOU'VE READ THIS, MR. BOSTIC?

08:36AM 7          MR. BOSTIC:  YES, YOUR HONOR.

08:36AM 8          THE COURT:  1406?

08:36AM 9          MR. BOSTIC:  YES, YOUR HONOR.

08:36AM 10         THE COURT:  WHAT WOULD YOU LIKE ME TO KNOW IN

08:36AM 11    REGARDS TO 1406?

08:36AM 12         MR. BOSTIC:  SO, YOUR HONOR, IN REGARDS TO THE

08:36AM 13    DEFENSE'S REQUEST, THE -- THE GOVERNMENT OPPOSES THE REQUEST.

08:36AM 14         AND THE GOVERNMENT HAS SOME CONCERNS WITH THE DEFENSE'S

08:36AM 15    INVITATION THAT THE COURT AUGMENT THE RECORD IN THIS CASE WITH

08:36AM 16    HEARSAY STATEMENTS FROM A NONTESTIFYING WITNESS.

08:36AM 17         OF COURSE THE MODEL OF THE JURY TRIAL IS THAT THE JURY

08:36AM 18    SHOULD RECEIVE EVIDENCE FROM WITNESSES WHO TESTIFY WHO ARE

08:37AM 19    UNDER OATH, AND FROM ADMISSIBLE DOCUMENTS.

08:37AM 20         THE BIGGER PROBLEM WITH THE DEFENSE'S REQUEST IS THAT IT'S

08:37AM 21    PREMISED ON KIND OF BROAD REPRESENTATIONS ABOUT FACTS THAT ARE

08:37AM 22    SUPPOSEDLY NOT IN DISPUTE AND ABOUT CLAIMS OR IMPLICATIONS BY

08:37AM 23    THE GOVERNMENT THAT AREN'T SUPPORTED BY EVIDENCE.

08:37AM 24         THOSE ARGUMENTS BY THE DEFENSE SIMPLY AREN'T ACCURATE.

08:37AM 25         I'D LIKE TO HAND UP SOMETHING TO THE COURT.  I'LL HAND

2848

08:37AM 1      OVER A COPY TO DEFENSE COUNSEL AS WELL (HANDING.)

08:37AM 2           I'VE HANDED TO THE COURT A COPY OF A DECEMBER 2021 302

08:37AM 3      MEMORIALIZING AN INTERVIEW WITH A WITNESS NAMED KEVIN HUNTER

08:37AM 4      WHO WAS A CONSULTANT HIRED BY WALGREENS DURING THE RELEVANT

08:37AM 5      TIME PERIOD LEADING UP TO THE LAUNCH.

08:37AM 6           AND SO JUST TO ZOOM OUT FOR A SECOND.  THE DEFENSE HAS

08:38AM 7      ESSENTIALLY ACCUSED THE GOVERNMENT OF BAD FAITH IN ASKING

08:38AM 8      QUESTIONS OF MR. EDLIN AS TO WHETHER THE DEVICE SENT TO

08:38AM 9      WALGREENS, OR DEVICES SENT TO WALGREENS, WERE CAPABLE OF

08:38AM 10     ACTUALLY RUNNING TESTS AND WHAT THEY COULD BE USED FOR.

08:38AM 11          AS IT TURNS OUT, MR. EDLIN DIDN'T HAVE INFORMATION ON THAT

08:38AM 12     SPECIFIC POINT.  WE HADN'T SPOKEN TO MR. EDLIN ABOUT THAT

08:38AM 13     BEFORE, SO WE DIDN'T KNOW WHAT HE WOULD SAY IN RESPONSE TO

08:38AM 14     THAT.

08:38AM 15          BUT THE DEFENSE HAD ASKED MR. EDLIN ABOUT THOSE DEVICES ON

08:38AM 16     CROSS, SO WE FELT IT NECESSARY TO EXPLORE THAT WITH HIM ON

08:38AM 17     REDIRECT.

08:38AM 18          THE DEFENSE ACCUSES THE GOVERNMENT OF HAVING NO GOOD FAITH

08:38AM 19     BASIS TO ASK ABOUT THE CAPABILITIES OF THE DEVICE SENT TO

08:38AM 20     WALGREENS OR WHETHER THERANOS ENABLED WALGREENS'S USE AND

08:38AM 21     ANALYSIS OF THAT DEVICE, BUT ACTUALLY THE REPORT THAT I'VE

08:38AM 22     HANDED TO THE COURT PROVIDES JUST THAT GOOD FAITH BASIS, AND

08:38AM 23     I'LL DIRECT THE COURT TO PAGE 3 OF 4 IN THAT REPORT, AND

08:38AM 24     THERE'S A HIGHLIGHTED PARAGRAPH THAT MEMORIALIZES STATEMENTS BY

08:39AM 25     MR. HUNTER TO THE EFFECT THAT WHEN THERANOS SENT WALGREENS TWO

08:39AM 1    DEVICES AT THE END OF 2010, THERANOS WOULD SEND WALGREENS

08:39AM 2    REAGENTS WHICH WERE EITHER EXPIRED OR THOSE THAT COULD NOT BE

08:39AM 3    USED TO VALIDATE THE TECHNOLOGY.

08:39AM 4        MR. HUNTER ALSO TOLD US THAT WALGREENS COULD NEVER GET THE

08:39AM 5    INSTRUMENT TO WORK.

08:39AM 6        HE ALSO SAID THAT THERANOS PUT TAMPERPROOF TAPE ON THE

08:39AM 7    DEVICE AND PROHIBITED WALGREENS FROM OPENING THE DEVICE.

08:39AM 8        THESE FACTS GIVEN TO US BY THIS WITNESS PROVIDED A GOOD

08:39AM 9    FAITH BASIS FOR THE QUESTIONING THAT WE ENGAGED IN WITH

08:39AM 10   MR. EDLIN AND I THINK DEFEAT OR PRECLUDE THE DEFENSE'S REQUEST

08:39AM 11   FOR THIS CURATIVE INSTRUCTION THAT WOULD, AGAIN, BE ASKING THE

08:39AM 12   COURT TO RELAY HEARSAY STATEMENTS TO THE JURY WITH THE

08:39AM 13   IMPRIMATUR OF THE COURT IMPROPERLY.

08:39AM 14           THE COURT:  THANK YOU.

08:39AM 15       WAS THIS 302, WAS THIS PROVIDED TO THE DEFENSE?

08:40AM 16           MR. BOSTIC:  IT WAS, YOUR HONOR.

08:40AM 17           THE COURT:  DO YOU KNOW WHEN APPROXIMATELY?

08:40AM 18           MR. BOSTIC:  I THINK IT WOULD HAVE BEEN SHORTLY

08:40AM 19   AFTER THIS INTERVIEW.  SO I THINK IT WOULD HAVE BEEN LAST

08:40AM 20   CALENDAR YEAR IN 2021.

08:40AM 21           THE COURT:  OKAY.  THANK YOU.

08:40AM 22       DO YOU HAVE A COPY OF THIS IN DISCOVERY?  YOU WERE GIVEN

08:40AM 23   IT THIS MORNING, BUT I PRESUME YOU HAD IT ALSO AND IT WAS

08:40AM 24   DELIVERED TO YOU IN DISCOVERY?

08:40AM 25           MR. BRECHER:  IT HAS A BATES NUMBER, YOUR HONOR, SO

08:40AM 1    I PRESUME SO, YES.

08:40AM 2              THE COURT:  ALL RIGHT.  WHAT DOES THIS DO TO YOUR

08:40AM 3    CONCERNS?

08:40AM 4              MR. BRECHER:  NOTHING WHATSOEVER, YOUR HONOR.

08:40AM 5              THE COURT:  I SEE.

08:40AM 6              MR. BRECHER:  MR. HUNTER LEFT THE THERANOS PROJECT

08:40AM 7    LONG BEFORE WALGREENS HAD CONTINUED TO REMAIN IN POSSESSION OF

08:40AM 8    THE DEVICE.

08:40AM 9         INDEED, AS THE DOCUMENTS THAT THE GOVERNMENT HAS, AND

08:40AM 10   THERE ARE MANY, MANY EMAILS TO THIS EFFECT, SHOW THAT WALGREENS

08:40AM 11   HAD THESE DEVICES UNTIL LATE 2012, THEY HAD THEM FOR YEARS.

08:40AM 12        MR. HUNTER IS ALSO IN NO POSITION TO SAY -- TO CONTRADICT

08:40AM 13   DR. ROSAN'S SWORN, UNREBUTTED TESTIMONY THAT HE HAD ONE OF

08:40AM 14   THESE WORKING DEVICES IN HIS PHYSICAL OFFICE.  IT SAT ON HIS

08:40AM 15   DESK FOR A YEAR.  HE TESTED HIMSELF.

08:41AM 16        THIS DOCUMENT HAS NOTHING TO DO WITH OUR MOTION,

08:41AM 17   YOUR HONOR (INDICATING).

08:41AM 18        AND AS FOR THE GOVERNMENT'S --

08:41AM 19             THE COURT:  WHAT DOES THIS DO TO -- YOUR ARGUMENT,

08:41AM 20   AS I UNDERSTAND IT, IS THAT THE GOVERNMENT WAS INAPPROPRIATE IN

08:41AM 21   ASKING THAT QUESTION BECAUSE THEY KNEW BETTER.

08:41AM 22             MR. BRECHER:  EXACTLY.

08:41AM 23             THE COURT:  AND WE'VE TALKED ABOUT PEOPLE KNOWING

08:41AM 24   THINGS BETTER IN THEIR QUESTIONS BEFORE, BUT DOESN'T THIS GIVE

08:41AM 25   THE GOVERNMENT A GOOD FAITH BASIS FOR AT LEAST ASKING THAT

```
08:41AM   1        QUESTION?

08:41AM   2              MR. BRECHER:  NOT WHEN WE'RE TALKING ABOUT DEVICES

08:41AM   3   THAT DR. ROSAN HAD IN PHILADELPHIA FOR A YEAR.

08:41AM   4              THE COURT:  WAS THAT THE QUESTION TO THE WITNESS?

08:41AM   5              MR. BRECHER:  THE QUESTION WAS WHETHER THE DEVICE

08:41AM   6   THAT WALGREENS HAD -- AND THE EMAIL WAS FAR LATER THAN

08:41AM   7   MR. HUNTER'S INVOLVEMENT IN THIS PROJECT --

08:41AM   8              THE COURT:  SO THE QUESTION TO THE WITNESS WAS?

08:41AM   9              MR. BRECHER:  THE QUESTION TO THE WITNESS WAS, AND I

08:41AM  10   HAVE THE PRECISE LANGUAGE HERE --

08:41AM  11              THE COURT:  RIGHT.

08:41AM  12              MR. BRECHER:  "DO YOU RECALL" --

08:41AM  13              THE COURT:  SLOWLY.

08:41AM  14              MR. BRECHER:  "DO YOU RECALL ANY OF THE DETAILS

08:41AM  15   ABOUT WHEN THAT DEVICE WAS PROVIDED TO WALGREENS OR FOR WHAT

08:42AM  16   PURPOSE?

08:42AM  17        "I DON'T."

08:42AM  18        THERE WERE ACTUALLY MANY DEVICES PROVIDED TO WALGREENS

08:42AM  19   OVER A TWO YEAR SPAN.

08:42AM  20              THE COURT:  UNDERSTOOD.  BUT I'M JUST FOCUSSING ON

08:42AM  21   THE QUESTION BEFORE.

08:42AM  22        BECAUSE, YOU KNOW, THE THING IS THAT WE ALL KNOW THERE'S A

08:42AM  23   UNIVERSE OF OTHER INFORMATION OUT THERE, BUT THE JURY DOESN'T

08:42AM  24   HAVE PRIVY TO THAT.  THEY HAVE PRIVY TO THE COLLOQUY BETWEEN

08:42AM  25   YOU AND YOUR COLLEAGUES AND YOUR COLLEAGUE OPPOSITES AND THE
```

08:42AM  1    WITNESS.

08:42AM  2        SO THAT'S WHAT I'M TRYING TO FOCUS ON IN YOUR SPECIFIC

08:42AM  3    MOTION TALKING ABOUT THE INAPPROPRIATENESS OF ASKING THAT

08:42AM  4    PARTICULAR QUESTION.

08:42AM  5              MR. BRECHER:  AND THERE ARE TWO MORE THAT ARE FAR

08:42AM  6    MORE INAPPROPRIATE, YOUR HONOR.

08:42AM  7              THE COURT:  OKAY.

08:42AM  8              MR. BRECHER:  "DO YOU KNOW, FOR EXAMPLE, WHETHER

08:42AM  9    THAT DEVICE WAS CAPABLE OF RUNNING ANY ASSAYS?"

08:42AM 10        THERE WERE SEVERAL DEVICES, THEY WERE ALL CAPABLE OF

08:42AM 11    RUNNING ASSAYS.  MR. HUNTER IS IN NO POSITION TO KNOW WHAT

08:42AM 12    DEVICES SENT TO PHILADELPHIA AND DEERFIELD, ILLINOIS ARE

08:42AM 13    CAPABLE OF DOING.

08:42AM 14              THE COURT:  RIGHT.  AND HE WASN'T ASKED ABOUT THOSE,

08:42AM 15    WAS HE?

08:42AM 16              MR. BRECHER:  HE WAS ASKED ABOUT A THERANOS DEVICE

08:42AM 17    IN WALGREENS'S POSSESSION AFTER MR. HUNTER HAD LEFT THE

08:43AM 18    PROJECT.

08:43AM 19        THERE'S NO BASIS FOR THE GOVERNMENT TO BELIEVE FROM THIS

08:43AM 20    302 THAT THE STATEMENT FROM A WITNESS WHO THEY PUT ON THEIR

08:43AM 21    FIRST HALF WITNESS LIST WERE FALSE.

08:43AM 22        THIS IS DR. ROSAN'S UNREBUTTED SWORN TESTIMONY.  THAT

08:43AM 23    TRANSCRIPT WAS PRODUCED TO US BY THE GOVERNMENT AT LEAST THREE

08:43AM 24    TIMES, I BELIVE FOUR IN DISCOVERY.

08:43AM 25        SO THE DOCUMENT --

08:43AM  1            THE COURT:  I'M SORRY TO INTERRUPT YOU, BUT I WANT

08:43AM  2    TO BE MINDFUL OF THE TIME, AND I THINK I UNDERSTAND YOUR

08:43AM  3    ARGUMENT.

08:43AM  4        SO WHAT IS IT ABOUT THE QUESTION THAT WAS INAPPROPRIATE?

08:43AM  5            MR. BRECHER:  THE PREMISE OF THE QUESTION, YOUR

08:43AM  6    HONOR, CAN ONLY LEAD THE JURY TO SUSPECT THAT MAYBE THE DEVICE

08:43AM  7    DIDN'T HAVE CARTRIDGES.  MAYBE IT DIDN'T HAVE REAGENTS.  MAYBE

08:43AM  8    IT COULDN'T BE USED TO RUN BLOOD TESTS.

08:43AM  9        BUT WE KNOW AND THE GOVERNMENT KNOWS THAT THAT IS

08:43AM 10    CATEGORICALLY FALSE.

08:43AM 11        THE GOVERNMENT --

08:43AM 12            THE COURT:  SO WAS THE QUESTION BASED TOWARDS THIS

08:43AM 13    WITNESS'S KNOWLEDGE OF THAT FACT AND IS IT RELEVANT?

08:43AM 14            MR. BRECHER:  I GUESS I DON'T QUITE UNDERSTAND.

08:43AM 15            THE COURT:  THE QUESTION WAS TOWARDS MR. EDLIN.

08:43AM 16            MR. BRECHER:  THAT'S RIGHT.

08:43AM 17            THE COURT:  AND HIS KNOWLEDGE OF WHETHER OR NOT ANY

08:44AM 18    DEVICES WERE OPERABLE AND THOSE TYPES OF THINGS.  IS THAT

08:44AM 19    RELEVANT?

08:44AM 20            MR. BRECHER:  AGAIN, I MAY NOT BE CAPTURING THE

08:44AM 21    COURT'S QUESTION, BUT LET ME REPHRASE IT AND SEE IF I'M

08:44AM 22    CAPTURING YOUR HONOR'S POINT.

08:44AM 23        IS THE QUESTION WHETHER IT WAS DIRECTED TO MR. EDLIN, WHO

08:44AM 24    SAID HE LACKED THIS KNOWLEDGE?

08:44AM 25            THE COURT:  RIGHT.

2854

08:44AM 1          MR. BRECHER:  DOES THAT AFFECT THE PROPRIETY OF THE

08:44AM 2   QUESTION?  IS THAT THE COURT'S QUESTION?

08:44AM 3          THE COURT:  I THINK YOU'VE CAPTURED IT, YES.

08:44AM 4          MR. BRECHER:  OKAY.

08:44AM 5      THE ANSWER IS NO, IT DOES NOT, YOUR HONOR, BECAUSE THE

08:44AM 6   GOVERNMENT MUST HAVE A BASIS FOR EVERY PREMISE THAT IT SUGGESTS

08:44AM 7   TO THE JURY FOR EVERY QUESTION THAT IT ASKS.

08:44AM 8          THE COURT:  SO IT'S ASKING MR. EDLIN, DO YOU KNOW IF

08:44AM 9   THESE DEVICES WERE, IN ESSENCE, OPERABLE?

08:44AM 10          MR. BRECHER:  YES.

08:44AM 11          THE COURT:  IN WALGREENS?

08:44AM 12          MR. BRECHER:  THE ONLY POSSIBLE IMPLICATION OF THAT

08:44AM 13   IS THAT MAYBE THEY WEREN'T.

08:44AM 14      BUT WE KNOW AND THE GOVERNMENT KNOWS THAT THEY WERE.

08:44AM 15          THE COURT:  WELL, IS THE OTHER PREMISE WHETHER OR

08:44AM 16   NOT HE KNEW?

08:44AM 17          MR. BRECHER:  YOUR HONOR, I DON'T KNOW THAT WHETHER

08:44AM 18   HIS PERSONAL KNOWLEDGE OF A FACT THAT DOESN'T EXIST THAT THE

08:44AM 19   GOVERNMENT MADE UP IS RELEVANT.

08:44AM 20          THE COURT:  OKAY.  THAT WAS MY INITIAL QUESTION A

08:44AM 21   COUPLE TIMES AGO.  IS IT RELEVANT?

08:45AM 22          MR. BRECHER:  THEN IF I'VE NOW WORKED BACK TO YOUR

08:45AM 23   QUESTION, YOUR HONOR, THEN NO.

08:45AM 24          THE COURT:  OKAY.

08:45AM 25          MR. BRECHER:  I'M SORRY.

08:45AM 1          THE COURT:  MR. BOSTIC, WHAT DO YOU THINK?

08:45AM 2          MR. BOSTIC:  SO, YOUR HONOR, WHEN THE DEFENSE

08:45AM 3    INJECTED THIS ISSUE INTO MR. EDLIN'S TESTIMONY, THEY ASKED HIM

08:45AM 4    QUESTIONS ABOUT WHETHER AND TO WHAT EXTENT HE WAS AWARE THAT

08:45AM 5    THERANOS HAD PROVIDED A DEVICE TO WALGREENS.

08:45AM 6          THEY DIDN'T GO INTO DETAIL WITH HIM.

08:45AM 7          I THINK THE QUESTION AND THE ANSWER ON THAT TOPIC MIGHT

08:45AM 8    HAVE LEFT THE JURY WITH THE FALSE IMPRESSION THAT WALGREENS HAD

08:45AM 9    FULL ACCESS TO THE THERANOS DEVICES THAT WOULD EVENTUALLY BE

08:45AM 10   USED FOR PATIENT TESTING.

08:45AM 11         THE JURY MIGHT HAVE IMAGINED THAT THEY HAD AN EDISON 3.0

08:45AM 12   SITTING THERE AND FREE REIN TO EVALUATE IT, OPEN IT UP, AND

08:45AM 13   LOOK AT IT, AND BOTH SIDES KNOW THAT THAT WAS NOT TRUE.

08:45AM 14         AND WHAT IS SHOWN FROM THE DEPO TESTIMONY THAT THE DEFENSE

08:45AM 15   SUBMITTED TO THE COURT IS THAT THE DEVICES PROVIDED TO

08:45AM 16   WALGREENS RAN A COUPLE ASSAYS, WHICH I NOTE WERE NOT EDISON 3.0

08:46AM 17   ASSAYS, THEY INCLUDED GENERAL CHEMISTRY TESTS WHICH THE EDISON

08:46AM 18   3.0 COULD NOT DO, THERE WAS AN INFLUENZA TEST WHICH I DON'T

08:46AM 19   THINK WAS ONE OF THE 12 THAT THE EDISON 3.0 COULD DO.

08:46AM 20         SO I HAVE QUESTIONS ABOUT WHAT DEVICE THAT WAS AND HOW

08:46AM 21   FUNCTIONAL IT WAS.

08:46AM 22         WE ALSO KNOW FROM MR. HUNTER'S INTERVIEW THAT THERE WERE

08:46AM 23   ISSUES GETTING THAT DEVICE TO OPERATE, THAT THERANOS COULD NOT

08:46AM 24   LOOK INTO IT.

08:46AM 25         SO IN ORDER TO PROVIDE THE JURY WITH A MORE COMPLETE

08:46AM 1    PICTURE, WE THOUGHT IT WAS NECESSARY TO ASK THOSE QUESTIONS OF

08:46AM 2    MR. EDLIN.

08:46AM 3         BEST CASE SCENARIO, HE WOULD HAVE BEEN ABLE TO GO INTO

08:46AM 4    THOSE DETAILS AND EXPLAIN WHAT THAT DEVICE COULD DO, WHAT IT

08:46AM 5    COULDN'T DO, THE LIMITATIONS, THE RESTRICTED ACCESS.

08:46AM 6         AS IT TURNS OUT, HE DIDN'T KNOW THOSE THINGS.

08:46AM 7         BUT AT LEAST THROUGH THE QUESTIONING ON REDIRECT WE WERE

08:46AM 8    ABLE TO CLARIFY WITH THE JURY THAT HE WAS NOT ABLE TO REPRESENT

08:46AM 9    THAT THOSE DEVICES -- OR HOW THOSE DEVICES WERE USED OR WHAT

08:46AM 10   SCOPE AND RANGE OF TESTS THEY WERE USED FOR.

08:47AM 11        SO I THINK THERE WAS STILL SOME BENEFIT TO THE JURY

08:47AM 12   HEARING ABOUT WHAT THIS WITNESS COULD NOT TESTIFY TO.

08:47AM 13        I DISAGREE THAT THERE WAS AN IMPROPER IMPLICATION IN THE

08:47AM 14   GOVERNMENT'S QUESTIONS.  I THINK THERE IS SOME TENSION BETWEEN

08:47AM 15   WHAT MR. HUNTER HAS TOLD US AND WHAT MR. ROSAN TESTIFIED TO IN

08:47AM 16   HIS DEPOSITION YEARS AGO THAT THE GOVERNMENT WASN'T PRESENT AT.

08:47AM 17        I THINK, WITHOUT HAVING ONE OR BOTH OF THOSE WITNESSES ON

08:47AM 18   THE STAND, WE WON'T BE ABLE TO RESOLVE THAT TENSION.

08:47AM 19        BUT THAT'S JUST ANOTHER REASON WHY IT'S INAPPROPRIATE FOR

08:47AM 20   THE COURT TO INSTRUCT THE JURY ON THE FACTS ON THIS POINT.

08:47AM 21             THE COURT:  THERE WAS NO RECROSS ON THIS ISSUE, WAS

08:47AM 22   THERE?

08:47AM 23             MR. BRECHER:  THERE WAS RECROSS ON THIS ISSUE AS WE

08:47AM 24   FLAG IN OUR MOTION, YOUR HONOR, AND MR. EDLIN WAS NOT ABLE TO

08:47AM 25   CURE THE FALSE PREMISES OF THE GOVERNMENT'S QUESTIONS.

08:47AM   1              THE COURT:  AND HIS ANSWER WAS, I DON'T KNOW.

08:47AM   2              MR. BRECHER:  EXACTLY, WHICH IS NOT AN ANSWER.

08:47AM   3              THE COURT:  WELL, DOESN'T IT TELL US THAT HE DIDN'T

08:47AM   4    KNOW IF THEY WERE FUNCTIONING OR NOT, OR HE DIDN'T KNOW IF THEY

08:47AM   5    WERE THERE.  ISN'T THAT SUFFICIENT?

08:47AM   6              MR. BRECHER:  NOT AT ALL, YOUR HONOR, BECAUSE THE

08:47AM   7    GOVERNMENT DOES KNOW.  THAT'S THE WHOLE PREMISES OF OUR MOTION,

08:48AM   8    THAT THESE QUESTIONS WERE IMPROPER.

08:48AM   9         AND I NEED TO TAKE UP, YOUR HONOR, MR. BOSTIC'S SORT OF

08:48AM  10    BAIT AND SWITCH RESPONSE TODAY ABOUT WHETHER THE DEVICES COULD

08:48AM  11    BE OPENED UP, EXAMINED.

08:48AM  12         THAT WAS MR. BOSTIC'S VERY NEXT QUESTION, A QUESTION THAT

08:48AM  13    WE DID NOT CHALLENGE, A QUESTION THAT I THINK WE'RE FINE WITH.

08:48AM  14         INDEED, THE RELEVANT CONTRACT BETWEEN THE TWO PARTIES

08:48AM  15    PROHIBITS WALGREENS FROM OPENING OR REVERSE ENGINEERING THE

08:48AM  16    THERANOS DEVICE.  THAT'S PERFECTLY FINE.

08:48AM  17         WHAT WE'RE HERE TO TALK ABOUT ARE THE TWO QUESTIONS THAT

08:48AM  18    WE IDENTIFIED, WHETHER THIS DEVICE HAD CARTRIDGES AND REAGENTS,

08:48AM  19    AND WHETHER IT WAS CAPABLE OF RUNNING BLOOD TESTS.

08:48AM  20         AND THE EMAIL UPON WHICH MS. WALSH BASED HER QUESTION WAS

08:48AM  21    FROM JULY 2013.  THIS IS LITERALLY YEARS AFTER MR. HUNTER LEFT

08:48AM  22    THE PROJECT.

08:48AM  23         AGAIN, MR. HUNTER WAS NOT IN A POSITION TO KNOW AND

08:48AM  24    THEREFORE HIS STATEMENTS COULD NOT GIVE THE GOVERNMENT A GOOD

08:48AM  25    FAITH BASIS TO ASK WHAT WAS GOING ON IN 2013.

08:48AM 1          HE WASN'T IN A POSITION TO KNOW WHAT WAS GOING ON IN 2012

08:49AM 2    OR MID-2011.

08:49AM 3          WHAT WE DO KNOW IS THAT THESE -- AND HE CERTAINLY WAS IN

08:49AM 4    NO POSITION TO KNOW WHAT WAS ON DR. ROSAN'S DESK FOR A YEAR IN

08:49AM 5    PHILADELPHIA.

08:49AM 6          THE COURT:  THANK YOU.

08:49AM 7          LET ME ASK YOU ABOUT YOUR PROPOSED ORDER.  YOUR SECOND

08:49AM 8    BULLET POINT IN THE LAST SENTENCE, YOU WANT THE COURT TO

08:49AM 9    INSTRUCT THE JURY THAT THERANOS ALSO SENT WALGREENS CARTRIDGES

08:49AM 10   AND REAGENTS WHICH WALGREENS WAS ABLE TO USE WITH THE DEVICES

08:49AM 11   TO RUN BLOOD TESTS.

08:49AM 12         IS THAT 100 ACCURATE?

08:49AM 13         MR. BRECHER:  YES, THAT IS --

08:49AM 14         THE COURT:  WERE THERE ANY, ANY TESTS THAT WALGREENS

08:49AM 15   WAS UNABLE TO USE?

08:49AM 16         MR. BRECHER:  I HAVE NO IDEA, YOUR HONOR.

08:49AM 17         BUT THE PROPOSED INSTRUCTION DOESN'T SAY THAT.  THE

08:49AM 18   PROPOSED INSTRUCTION SIMPLY SAYS THAT THAT DEVICE WAS CAPABLE

08:49AM 19   OF RUNNING BLOOD TESTS, AND IT WAS, AND IT WAS USED DOZENS, IF

08:49AM 20   NOT HUNDREDS, OF TIMES OVER PERIODS --

08:49AM 21         THE COURT:  WELL, DOES THAT SUGGEST THEN, DOES THAT

08:49AM 22   GIVE IT -- IF THE COURT WERE TO GIVE YOUR INSTRUCTION, DOESN'T

08:49AM 23   THAT GIVE TOO BROAD AN IMPRIMATUR TO SAY THAT IT RAN

08:50AM 24   EVERYTHING?

08:50AM 25         MR. BRECHER:  NOT -- IF YOUR HONOR WANTS TO PUT SOME

08:50AM  1       RESTRICTION ON IT, I SUPPOSE THAT'S FINE.

08:50AM  2            BUT THE QUESTION, AND THE QUESTION WAS IMPROPER, WAS, YOU

08:50AM  3       DON'T KNOW WHETHER THIS DEVICE HAD CARTRIDGES AND REAGENTS?

08:50AM  4            BUT THE GOVERNMENT KNOWS AND WE KNOW THAT IT WAS.

08:50AM  5            YOU DON'T KNOW WHETHER THIS DEVICE WAS EVEN CABLE OF

08:50AM  6       RUNNING BLOOD TESTS?

08:50AM  7            BUT THE GOVERNMENT KNOWS, AND WE KNOW, THE ANSWER TO THAT

08:50AM  8       QUESTION IS YES.

08:50AM  9            AND TO MR. BOSTIC'S POINT ABOUT HAVING CONCERN ABOUT

08:50AM  10      AUGMENTING THE RECORD WITH HEARSAY STATEMENTS, WE HAVE FAR

08:50AM  11      GRAVER CONCERNS ABOUT DISTORTING THE RECORD WITH QUESTIONS

08:50AM  12      WHOSE PREMISES ARE NOT ONLY UNFOUNDED IN THE EVIDENCE, THEY

08:50AM  13      ACTUALLY CONFLICT WITH EVIDENCE THAT THE GOVERNMENT HAS BEEN IN

08:50AM  14      POSSESSION OF FOR YEARS.

08:50AM  15                 THE COURT:  OKAY.

08:50AM  16                 MR. BRECHER:  I'M SORRY, YOUR HONOR.

08:50AM  17                 THE COURT:  MR. BOSTIC.

08:50AM  18                 MR. BOSTIC:  SO, YOUR HONOR, FIRST OF ALL, ON THE --

08:50AM  19      AS A SIDE NOTE, THE EMAILS ATTACHED TO THE DEFENSE'S SUBMISSION

08:50AM  20      I NOTE DON'T HAVE BATES NUMBERS, SO I HAVEN'T HAD A CHANCE YET

08:50AM  21      TO CHECK WHETHER THOSE WERE PRODUCED BY THE GOVERNMENT OR NOT,

08:51AM  22      OR WHETHER THE GOVERNMENT HAD THOSE PRIOR TO THIS LITIGATION,

08:51AM  23      BUT I'LL JUST NOTE THAT FOR THE RECORD.

08:51AM  24            I JUST -- I DON'T THINK THIS IS A SITUATION REQUIRING A

08:51AM  25      CURATIVE INSTRUCTION.  THE COURT HAS INSTRUCTED AND WILL

08:51AM  1    INSTRUCT AGAIN THAT THE STATEMENTS AND QUESTIONS BY LAWYERS ARE

08:51AM  2    NOT EVIDENCE IN THIS CASE.

08:51AM  3        THE AIM OF THAT QUESTION WAS TO ASK ABOUT WHETHER THIS

08:51AM  4    WITNESS WAS IN A POSITION TO PROVIDE US SOME OF THE DETAILS,

08:51AM  5    THE IMPORTANT DETAILS ABOUT THE LIMITATION ON THE CAPABILITIES

08:51AM  6    OF THE DEVICE THAT WALGREENS HAD.

08:51AM  7        AND, FRANKLY, THE FACT THAT THERANOS, APPARENTLY ACCORDING

08:51AM  8    TO MR. HUNTER, PROVIDED EXPIRED REAGENTS, PLACED THESE

08:51AM  9    RESTRICTIONS ON HOW WALGREENS COULD USE THAT DEVICE, THOSE

08:51AM 10    FACTS ARE RELEVANT TO INTENT.

08:51AM 11        SO TO MERELY TELL THE JURY THAT WALGREENS WAS SUPPLIED

08:51AM 12    WITH REAGENTS AND CARTRIDGES WOULD BE, AGAIN, PRESENTING AN

08:51AM 13    INCOMPLETE PICTURE THAT WOULD NOT ACCOUNT FOR THE IMPORTANT

08:52AM 14    LIMITATIONS AND PROBLEMS THAT WALGREENS APPARENTLY HAD,

08:52AM 15    ACCORDING TO MR. HUNTER, IN OPERATING THAT DEVICE.

08:52AM 16        AND I ALSO DISAGREE THAT THE TIME RANGES ARE AN ISSUE HERE

08:52AM 17    OR THAT THAT SOMEHOW SUPPORTS THE DEFENSE'S ARGUMENT.

08:52AM 18        MR. HUNTER WAS INVOLVED, I BELIEVE, IN THE

08:52AM 19    WALGREENS-THERANOS RELATIONSHIP UNTIL THE END OF 2011.

08:52AM 20        SO DURING THAT 2010, 2011 PERIOD, I THINK HIS RECOLLECTION

08:52AM 21    ABOUT WHAT WALGREENS HAD AND WHAT THEY COULD DO WITH IT IS

08:52AM 22    ABSOLUTELY RELEVANT EVEN TO WHAT CAME AFTERWARDS, AND THAT TWO

08:52AM 23    YEAR PERIOD I THINK IS HIGHLY TELLING OF THERANOS'S INTENT WHEN

08:52AM 24    IT CAME TO THE EXTENT TO WHICH THEY WERE WILLING TO ENABLE

08:52AM 25    WALGREENS TO USE THAT DEVICE AND REALLY GET A BETTER IDEA OF

08:52AM   1    WHAT IT COULD DO.

08:52AM   2           THE COURT:  SO THE QUESTIONING OF MR. EDLIN STARTED,

08:52AM   3    THE CROSS-EXAMINATION, A LITTLE BIT ON THIS ISSUE, I THINK.

08:52AM   4        MR. BOSTIC, IS THAT YOUR POINT, THAT THE EXAMINATION OF

08:52AM   5    MR. EDLIN REGARDING THE WALGREENS MACHINES, HE HAD SOME

08:53AM   6    KNOWLEDGE THAT THEY WERE PUT THERE.  WE HEARD ABOUT HIS GENERAL

08:53AM   7    KNOWLEDGE OF THOSE THINGS.

08:53AM   8        BUT THEN THERE WERE MORE SPECIFIC -- I THINK MS. WALSH

08:53AM   9    ASKED A FEW MORE SPECIFIC QUESTIONS ABOUT HIS KNOWLEDGE THERE,

08:53AM  10    AND I THINK WHAT I HEAR MR. BOSTIC SAYING IS HE WAS RESPONDING

08:53AM  11    TO MS. WALSH'S QUESTIONS.

08:53AM  12           MR. BRECHER:  AND I HAVE NO PROBLEM WITH THE

08:53AM  13    GOVERNMENT SEEKING TO EXPLORE AN ISSUE ON REDIRECT.

08:53AM  14        THE PROBLEM IS IN ANY CONTEXT, RELEVANT OR OTHERWISE, YOUR

08:53AM  15    QUESTIONS HAVE TO HAVE A GOOD FAITH BASIS.  THESE TWO, THE TWO

08:53AM  16    THAT WE CHALLENGED HERE, DID NOT.

08:53AM  17        AND I WANT TO TAKE A BRIEF SIDE NOTE TO SAY THAT ALL OF

08:53AM  18    THE EMAILS THAT WE HAVE ATTACHED TO OUR DECLARATIONS HAVE BATES

08:53AM  19    NUMBERS AND THEY ARE ALL WITHIN THE PARTIES' STIPULATION.

08:53AM  20        I'M LOOKING AT DOCKET 1406-3, PAGE 12.  THIS IS EXHIBIT 2.

08:53AM  21    AND THE BATES NUMBER ON THE LOWER RIGHT IS TS 0974878.

08:53AM  22        YOU CAN LOOK AHEAD.  NOW I'M LOOKING AT PAGE 16 OF THAT

08:54AM  23    SAME DOCKET NUMBER, SAME PLACE, YOUR HONOR, TS 1000250; AND

08:54AM  24    THEN PAGE 19 OF THAT SAME DOCKET NUMBER, LOWER RIGHT HAND

08:54AM  25    CORNER, ANOTHER TS BATE STAMP.

```
08:54AM   1          THESE ARE AUTHENTIC WITHIN THE PARTIES' STIPULATION, SO
08:54AM   2   THAT STATEMENTS IS NOT TRUE.
08:54AM   3          MR. BOSTIC:  YOUR HONOR, BRIEFLY ON THAT POINT, I
08:54AM   4   SEE THAT ON MR. BRECHER'S COPY NOW.
08:54AM   5          IT APPEARS THAT THAT WAS CUT OFF WHEN I PRINTED MY COPY,
08:54AM   6   SO I'LL WITHDRAW THAT POINT AND STICK TO THE OTHERS.
08:54AM   7          MR. BRECHER:  AS FOR TIMING, AGAIN, MS. WALSH'S
08:54AM   8   QUESTIONS WERE GROUNDED IN AN EMAIL FROM JULY OF 2013.  WE HAVE
08:54AM   9   DOCUMENTATION GOING FORWARD 2013, OCTOBER 2012.
08:54AM  10          MR. HUNTER CAN'T SPEAK TO ANY OF THOSE ISSUES.
08:54AM  11          AND AT NO TIME CAN MR. HUNTER SPEAK TO THE FUNCTIONING OF
08:54AM  12   THE EDISON DEVICE IN DR. ROSAN'S PHYSICAL OFFICE IN
08:54AM  13   PHILADELPHIA, AND THAT'S NOT ONLY REFLECTED IN HIS DEPOSITION,
08:55AM  14   WHICH MR. BOSTIC NOTES THE GOVERNMENT WASN'T PRESENT FOR, IT
08:55AM  15   WAS ALSO SOMETHING THAT DR. ROSAN TOLD THE GOVERNMENT IN THEIR
08:55AM  16   OWN INTERVIEW OF DR. ROSAN IN 2019, AND THAT'S EXHIBIT 6 TO
08:55AM  17   MR. COOPERSMITH'S DECLARATION.
08:55AM  18          SO AGAIN, THESE QUESTIONS ARE COMPLETELY UNFOUNDED.
08:55AM  19          AND THE REMEDY THAT WE'RE ASKING FOR, YOUR HONOR, IS
08:55AM  20   SIMPLY TO TELL THE JURY THE TRUTH.  IF THE COURT WANTS TO LIMIT
08:55AM  21   THAT IN SOME WAY, I --
08:55AM  22          THE COURT:  WELL, THE COURT IS NEVER GOING TO LIMIT
08:55AM  23   THE TRUTH, COUNSEL.
08:55AM  24          THAT'S WHAT THIS WHOLE PROCESS IS ABOUT.
08:55AM  25          MR. BRECHER:  AND THAT'S A GREAT POINT, YOUR HONOR.
```

2863

08:55AM   1        AND, FRANKLY, QUESTIONS LIKE THESE CALL INTO QUESTION THE

08:55AM   2   FAIRNESS OF THE JUDICIAL PROCESS BECAUSE THEY'RE NOT GROUNDED

08:55AM   3   IN A GOOD FAITH BASIS.

08:55AM   4        BY THE WAY, THAT IS A REQUIREMENT THAT OF COURSE APPLIES

08:55AM   5   TO ALL LAWYERS.

08:55AM   6        THE COURT:  WELL, WE HAD THIS DISCUSSION EARLIER

08:55AM   7   WHEN THE GOVERNMENT, MR. SCHENK, RAISED SOME POINTS OUTSIDE OF

08:55AM   8   THE PRESENCE OF THE JURY WITH ONE OF YOUR COLLEAGUE'S

08:55AM   9   QUESTIONING AND WHETHER OR NOT IT WAS BASED IN GOOD FAITH.

08:55AM  10        SO THIS IS A TOPIC THAT WE'RE FAMILIAR WITH IN THIS TRIAL.

08:55AM  11   I UNDERSTAND THAT.

08:55AM  12        WHAT I'M SUGGESTING, WHEN I LOOK AT YOUR -- AND I'M NOT

08:55AM  13   SAYING THAT I'M CONVINCED THAT IT REQUIRES A SPECIFIC ORDER

08:56AM  14   FROM THE COURT, I UNDERSTAND YOUR CONCERN -- BUT THE PROPOSED

08:56AM  15   ORDER THAT YOU PROVIDE I THINK IS A LITTLE TOO BROAD.

08:56AM  16        AND IF YOU WANT TO WORK ON THIS, WORDSMITH THIS, I

08:56AM  17   UNDERSTAND YOU SUGGEST THAT TIMING OF THIS IS ALWAYS IMPORTANT,

08:56AM  18   BUT I THINK YOUR SECOND BULLET POINT IS A LITTLE TOO BROAD.

08:56AM  19   THAT REALLY SENDS TOO MUCH OF A DIRECTIVE MESSAGE AND IS NOT

08:56AM  20   FOCUSSED ON THE ISSUES THAT YOU'RE TALKING ABOUT.

08:56AM  21        MR. BRECHER:  WELL, A COUPLE OF POINTS, YOUR HONOR.

08:56AM  22        FIRST, I UNDERSTAND THE COURT'S DIRECTIVE IF THAT IS

08:56AM  23   INDEED THE COURT'S DECISION.

08:56AM  24        I OBVIOUSLY DISAGREE.  I THINK WHEN THE GOVERNMENT HAS

08:56AM  25   GONE OUT OF ITS WAY TO DISTORT REALITY, THE APPROPRIATE

2864

08:56AM 1    CURATIVE INSTRUCTION IS TO CORRECT THAT DISTORTION.

08:56AM 2            THE COURT:  WELL, YOU AND I HAVE DIFFERENT CONCEPTS

08:56AM 3    OF REALITY AS TO THIS POINT.

08:56AM 4            MR. BRECHER:  WELL, THAT MAY BE THE CASE,

08:56AM 5    YOUR HONOR, BUT IF SO, THAT'S GRAVELY DISAPPOINTING BECAUSE THE

08:56AM 6    EVIDENCE HERE IS EXTENSIVE, IT IS UNREBUTTED, AND THE

08:56AM 7    GOVERNMENT WAS IN NO POSITION TO QUESTION IT WITH MR. EDLIN.

08:57AM 8            THE COURT:  WHAT I'M SUGGESTING IS THAT I'LL GIVE

08:57AM 9    YOUR TEAM A CHANCE TO LOOK AT THIS IF YOU WOULD LIKE AND

08:57AM 10   PERHAPS TO OFFER SOMETHING ELSE.

08:57AM 11           MR. BRECHER:  THANK YOU, YOUR HONOR.

08:57AM 12        WELL, WE WILL TRY TO WORDSMITH THIS.  I THINK AT A MINIMUM

08:57AM 13   IT WOULD BE APPROPRIATE TO STRIKE BOTH THE QUESTIONS AND THE

08:57AM 14   ANSWERS THAT WE HAVE CHALLENGED, THOSE TWO QUESTIONS AND TWO

08:57AM 15   ANSWERS.

08:57AM 16           THE COURT:  AND THAT MIGHT BE A BETTER SOLUTION.

08:57AM 17           MR. BRECHER:  IT MAY BE, YOUR HONOR.

08:57AM 18           THE COURT:  I'M NOT SURE IF IT'S REQUIRED, BUT I --

08:57AM 19   WHAT MY POINT IS THAT THE SECOND BULLET POINT, I THINK, IS TOO

08:57AM 20   BROAD.  AND I UNDERSTAND THE SPIRIT OF IT.  YOU'RE OUTRAGED AT

08:57AM 21   THE GOVERNMENT'S CONDUCT HERE, AND YOU THINK THAT A CURATIVE

08:57AM 22   INSTRUCTION SHOULD BE GIVEN TO THE JURY.

08:57AM 23        I RESPECT THAT.  I APPRECIATE THAT.

08:57AM 24        I'M NOT CERTAIN THAT I SHARE YOUR VIEW THAT IT WAS

08:57AM 25   EXTRAORDINARY OUTRAGEOUS CONDUCT BY THE GOVERNMENT, BUT I

2865

08:57AM 1     UNDERSTAND YOUR POINT THAT THE JURY SHOULD HAVE SOME

08:57AM 2     INFORMATION THAT THERE WERE OPERATIVE MACHINES THERE.

08:57AM 3         I'M SURE THERE IS GOING TO BE ADDITIONAL EVIDENCE THAT IS

08:58AM 4     GOING TO SPEAK TO THIS AS WELL.

08:58AM 5         MR. BRECHER:  IT MAY OR IT MAY NOT, YOUR HONOR.

08:58AM 6         AND PART OF THE PREJUDICE HERE IS THAT THE GOVERNMENT'S

08:58AM 7     VERY NEXT WITNESS HAS DISCLAIMED ANY KNOWLEDGE OF THIS, SO WE

08:58AM 8     WON'T BE ABLE TO FIX IT THROUGH HIM EVEN THOUGH HE WAS A

08:58AM 9     WALGREENS EMPLOYEE.

08:58AM 10         THE COURT:  RIGHT.

08:58AM 11         MR. BRECHER:  I HAVE NO -- WE CANNOT, AS THE

08:58AM 12     DEFENSE, FORCE THE GOVERNMENT TO PUT ON WITNESSES OR EXHIBITS

08:58AM 13     THAT ARE FAVORABLE TO THE DEFENSE.

08:58AM 14         THE COURT:  SURE.

08:58AM 15         MR. BRECHER:  BUT IF THEY DO PUT ON A WITNESS FROM

08:58AM 16     WHOM WE CAN ELICIT FAVORABLE EVIDENCE, WE SHOULD AT LEAST BE

08:58AM 17     ABLE TO TRUST THE GOVERNMENT NOT TO INTENTIONALLY UNDERMINE

08:58AM 18     THAT WITH QUESTIONS WHOSE PREMISES ARE FALSE.

08:58AM 19         THERE'S A WIDE GULF BETWEEN THAT CONDUCT, WHICH I DO THINK

08:58AM 20     IS OUTRAGEOUS, YOUR HONOR, AND THE CONDUCT THAT WE DISCUSSED A

08:58AM 21     FEW WEEKS AGO, WHICH I HAVE SOMEWHAT DIFFERENT VIEWS ON, BUT

08:58AM 22     I'LL SPARE THE COURT THOSE THIS MORNING.

08:58AM 23         THE COURT:  SURE.  RIGHT.  AND I APPRECIATE THAT YOU

08:58AM 24     PART COMPANY WITH THE GOVERNMENT'S BASIS FOR ASKING THAT

08:58AM 25     QUESTION.

2866

08:58AM  1          IT'S, OF COURSE, IMPORTANT TO YOUR CASE, AND YOU SUGGEST

08:58AM  2     THAT THERE MIGHT BE BURDEN SHIFTING HERE BECAUSE THE DEFENSE

08:58AM  3     WOULD HAVE TO RESPOND AND PUT SOMETHING ON WHICH IS NOT, NOT

08:59AM  4     YOUR OBLIGATION TO DO SO.  I RESPECT THAT, TOO.

08:59AM  5          I'M NOT CERTAIN THAT I SEE THAT QUESTION AND THE EFFECT ON

08:59AM  6     THE JURY AS SERIOUSLY AS YOU DO.  IT'S A SERIOUS ISSUE.  I'M

08:59AM  7     NOT DISCOUNTING IT.

08:59AM  8          BUT I'M NOT CERTAIN IT LEFT THE IMPRESSION THAT YOU

08:59AM  9     SUGGEST IT DID.  IT MAY HAVE, AND THAT'S WHY I'M SUGGESTING IF

08:59AM  10    YOU WANT TO LOOK AT DIFFERENT ALTERNATIVES FOR RELIEF, I'D BE

08:59AM  11    HAPPY TO LOOK AT THOSE.

08:59AM  12         I THINK THE ORDER THAT YOU'VE PROPOSED ON PAGE 2 OF YOUR

08:59AM  13    MOTION 1406 IS TOO BROAD.  I THINK IT SUGGESTS SOMETHING THAT,

08:59AM  14    IN THE SECOND BULLET POINT, SOMETHING THAT IS STILL OPEN TO

08:59AM  15    SOME QUESTION BASED ON OTHER EVIDENCE THAT, AGAIN, WE ALL KNOW.

08:59AM  16              MR. BRECHER:  WE WILL WORK ON AN ALTERNATIVE

08:59AM  17    PROPOSED ORDER, YOUR HONOR, AND WE WILL CIRCULATE THAT TO THE

08:59AM  18    COURT IN SHORT ORDER.

08:59AM  19              THE COURT:  OKAY.  THANK YOU.

08:59AM  20              MR. BOSTIC:  YOUR HONOR, IF I COULD JUST FOR THE

08:59AM  21    RECORD?

08:59AM  22              THE COURT:  YES.

09:00AM  23         PARDON ME.  I'M NOT SAYING THAT I'M GOING TO GRANT THE

09:00AM  24    MOTION.  I'M SAYING I'M NOT GOING TO GIVE THIS INSTRUCTION AS

09:00AM  25    PRESENTLY WORDED, BUT I'D BE HAPPY TO LOOK AT SOMETHING ELSE.

2867

09:00AM 1      MR. BOSTIC:  AND I WON'T WASTE TIME WITH MY PERSONAL

09:00AM 2  REACTION TO BEING ACCUSED OF DELIBERATELY DISTORTING FACTS

09:00AM 3  HERE.

09:00AM 4      THE COURT:  THAT WAS A LITTLE STRONG, WASN'T IT?

09:00AM 5      MR. BOSTIC:  I WILL SAY THAT WHAT WAS IN THE

09:00AM 6  GOVERNMENT'S MIND WHEN WE ASKED THAT QUESTION WAS THE

09:00AM 7  INFORMATION THAT WE HAD GOTTEN FROM KEVIN HUNTER WHICH RELATED

09:00AM 8  TO THE CAPABILITIES OF THE DEVICE THAT WALGREENS HAD AND THE

09:00AM 9  EXTENT TO WHICH THERANOS FACILITATED OR FAILED TO FACILITATE

09:00AM 10  WALGREENS IN THE USE OF THAT DEVICE.  THAT FORMED THE GOOD

09:00AM 11  FAITH BASIS FOR THAT QUESTIONING.

09:00AM 12      I WAS NOT PRESENT AT THE DEPOSITION OF DR. ROSAN, NOR WAS

09:00AM 13  I PRESENT AT THE INTERVIEW OF HIM, BUT I'LL NOTE THAT IN THE

09:00AM 14  REPORT OF THE GOVERNMENT'S INTERVIEW WITH DR. ROSAN, I DON'T

09:00AM 15  THINK IT SUPPORTS THE DEFENSE'S CHARACTERIZATION AS STRONGLY AS

09:00AM 16  THEY CLAIM IT DOES.

09:01AM 17      WHAT THAT SAYS IS THAT DR. ROSAN HAD A THERANOS DEVICE IN

09:01AM 18  HIS OFFICE.  HE HAD A PROTOTYPE DEVICE INITIALLY AND THEN

09:01AM 19  RECEIVED A SECOND DEVICE TO REPLACE THE FIRST DEVICE.

09:01AM 20      HE NEVER DID COMPARISON TESTS BETWEEN THE THERANOS DEVICE

09:01AM 21  AND COMPETITORS.

09:01AM 22      THEN IT SAYS THE TESTING OF WALGREENS EXECUTIVES WAS DONE

09:01AM 23  ON A THERANOS MACHINE.

09:01AM 24      THAT DOES NOT CLEARLY ESTABLISH THAT THE DEVICE OR DEVICES

09:01AM 25  GIVEN TO WALGREENS WERE USED BY WALGREENS FOR TESTING.

2868

09:01AM  1        SO I DISAGREE THAT, FROM THIS, THAT'S WHAT DR. ROSAN TOLD

09:01AM  2   THE GOVERNMENT.

09:01AM  3        I JUST THINK THIS IS FAR FROM RISING TO THE LEVEL WHERE

09:01AM  4   BAD FAITH HAS BEEN SHOWN OR A CURATIVE INSTRUCTION IS

09:01AM  5   NECESSARY, ESPECIALLY WHERE A CURATIVE INSTRUCTION WOULD BE

09:01AM  6   ESSENTIALLY PROVIDING THE COURT'S IMPRIMATUR ON AN OUT OF COURT

09:01AM  7   HEARSAY STATEMENT FOR WHICH THE GOVERNMENT WAS NOT PRESENT

09:01AM  8   WHERE THAT STATEMENT ITSELF WOULD NOT BE ADMISSIBLE WERE IT NOT

09:01AM  9   FOR THE DEFENSE'S ARGUMENTS.

09:01AM 10            THE COURT:  ANYTHING IN CLOSING YOU WANT TO SAY?

09:01AM 11            MR. BRECHER:  JUST BRIEFLY, YOUR HONOR.

09:02AM 12        I THINK THAT DR. ROSAN'S 302, THAT MEMORANDUM OF

09:02AM 13   INTERVIEW, OBVIOUSLY IT IS A SUMMARY.  WE DON'T HAVE A

09:02AM 14   TRANSCRIPT.  THE GOVERNMENT DOESN'T PROVIDE US WITH THOSE.

09:02AM 15        BUT THAT DR. ROSAN DID NOT RUN COMPARATIVE TESTS WITH

09:02AM 16   OTHER TECHNOLOGY SUGGESTS THAT HE COULD RUN TESTS, AND HE DOES

09:02AM 17   ACKNOWLEDGE THAT WALGREENS EXECUTIVES WERE TESTED ON A THERANOS

09:02AM 18   DEVICE.

09:02AM 19        THAT IS THE 302.

09:02AM 20        AS FOR WHETHER MR. BOSTIC WAS PERSONALLY PRESENT AT THE

09:02AM 21   INTERVIEW, OUR ARGUMENT AND OUR MOTION WAS AIMED AT THE

09:02AM 22   KNOWLEDGE THE GOVERNMENT.  IN MOST LEGAL CONTEXTS, THAT

09:02AM 23   KNOWLEDGE IS IMPUTED AT A MINIMUM TO THE ENTIRE PROSECUTING

09:02AM 24   OFFICE, BUT I DON'T EVEN NEED TO GO THAT FAR.

09:02AM 25        IT CERTAINLY IS IMPUTED TO THE PROSECUTION TEAM, THIS

09:02AM  1    TRIAL TEAM.  THIS IS SOMEONE ON THEIR FIRST HALF WITNESS LIST.

09:02AM  2    THEY KNOW HIS PRIOR STATEMENTS, YOUR HONOR.

09:02AM  3              THE COURT:  WELL, ALL RIGHT.  THANK YOU.  I THINK I

09:02AM  4    CAPTURE YOUR SENTIMENT AND THE ISSUE ABOUT WALGREENS AND THE

09:02AM  5    MACHINES.  I DON'T KNOW WHERE THE EVIDENCE IS GOING TO GO ON

09:02AM  6    THAT.

09:03AM  7         THERE'S BEEN A LOT OF TESTIMONY ABOUT WHETHER THEY WORKED,

09:03AM  8    WHETHER THEY DIDN'T WORK, WHETHER NULL PROTOCOLS WERE TAKEN,

09:03AM  9    WHETHER A TEST WAS TAKEN OR WAS -- THEY WERE TESTED ON IT.

09:03AM 10         DOES THAT MEAN THAT THE VIP'S OR THE EXECUTIVES WERE

09:03AM 11    TESTED ON IT?  DOES THAT MEAN THAT THE TESTS WERE SUCCESSFUL,

09:03AM 12    OR DOES IT MEAN THAT THEY JUST PUT THE SAMPLES IN?

09:03AM 13         IT DOESN'T SAY THAT WE HAD RESULTS THAT WERE POSITIVE FROM

09:03AM 14    THE MACHINES.

09:03AM 15         SO THAT'S PART OF THE MIX HERE ALSO.  SOME OF IT IS A

09:03AM 16    LITTLE OPAQUE IN GENERAL, AND BOTH SIDES ARE READING INTO THE

09:03AM 17    STATEMENTS AND THE EVIDENCE, OF COURSE, AS YOU WANT TO BECAUSE

09:03AM 18    IT'S IMPORTANT TO EACH SIDE TO DO THAT.

09:03AM 19              MR. BRECHER:  I UNDERSTAND, YOUR HONOR.

09:03AM 20         I SHOULD POINT OUT AT LEAST FOR THE RECORD THAT THE

09:03AM 21    TESTIMONY ABOUT NULL PROTOCOLS AND DEMONSTRATIONS WAS ABOUT

09:03AM 22    DEMONSTRATIONS PERFORMED ON SITE AT THERANOS.

09:03AM 23              THE COURT:  THAT'S RIGHT.

09:03AM 24              MR. BRECHER:  NOT ABOUT DEVICES SENT TO WALGREENS.

09:03AM 25         AND AS FOR WHETHER TESTS WERE SUCCESSFUL, I, FRANKLY,

09:03AM   1    DON'T HAVE A VIEW ON WHAT THAT WORD EVEN MEANS.  THE DEVICE WAS

09:04AM   2    CAPABLE OF RUNNING BLOOD TESTS.  WHETHER THEY WERE ACCURATE OR

09:04AM   3    NOT IS NOT THE POINT THAT WE WERE MAKING.

09:04AM   4              THE COURT:  NO.  BUT THAT IS ONE OF THE POINTS,

09:04AM   5    THOUGH, FOR THE JURY TO CONSIDER, RIGHT?  IF IT'S, OH, THEY

09:04AM   6    WERE TESTED, THAT MEANS SUCCESSFUL TESTING, OR NOT, THAT'S A

09:04AM   7    BIG ISSUE IN THIS CASE, I BELIEVE.

09:04AM   8              MR. BRECHER:  IT MAY WELL BE, YOUR HONOR.

09:04AM   9         I'LL JUST SAY THAT WE CHALLENGED TWO VERY SPECIFIC

09:04AM  10    QUESTIONS HERE, AND THE ANSWERS -- THE PREMISES OF THOSE TWO

09:04AM  11    VERY SPECIFIC QUESTIONS WERE FLAWED.

09:04AM  12         AND THAT'S ALL I'VE GOT, YOUR HONOR.

09:04AM  13              THE COURT:  AND THAT'S YOUR -- I THINK THAT'S YOUR,

09:04AM  14    YOUR MAIN COMPLAINT THIS MORNING IS THE BASIS WERE FLAWED

09:04AM  15    BASIS.  THEY SHOULDN'T HAVE ASKED THAT QUESTION, THEY KNEW

09:04AM  16    BETTER.  THAT'S YOUR POINT, I THINK.

09:04AM  17              MR. BRECHER:  PRECISELY.

09:04AM  18              THE COURT:  AND I'M NOT -- YOU'RE NOT ASKING ME TO

09:04AM  19    FIND AND -- TO FIND THAT MR. BOSTIC WAS OUTRAGEOUS IN HIS

09:04AM  20    CONDUCT, ARE YOU?  IS THAT --

09:04AM  21              MR. BRECHER:  NOT AT ALL, YOUR HONOR.  I DON'T THINK

09:04AM  22    THAT THAT'S NECESSARY, AND FRANKLY, THAT'S NOT WHAT OUR MOTION

09:04AM  23    CONTENDS.

09:04AM  24         WHAT OUR MOTION CONTENDS IS THAT, INTENTIONALLY OR

09:04AM  25    OTHERWISE, THE FACTS HERE HAVE BEEN DISTORTED IN A WAY THAT WE

2871

09:04AM  1    THINK COULD LEAVE THE JURY WITH A MISIMPRESSION AND WE WOULD

09:05AM  2    LIKE TO CORRECT THAT DISTORTION, AND THAT'S THE PURPOSE OF A

09:05AM  3    CURATIVE INSTRUCTION.

09:05AM  4         WE HAVE NOT ASKED THE COURT TO ADMONISH THE GOVERNMENT

09:05AM  5    EITHER HERE OR IN THE PRESENCE OF THE JURY OR ANYTHING LIKE

09:05AM  6    THAT.

09:05AM  7         WE'RE ASKING FOR SOMETHING FAR NARROWER.

09:05AM  8         THE COURT:  BECAUSE YOU RECOGNIZE IN THE HEAT OF

09:05AM  9    TRIAL, OFTENTIMES COUNSEL WILL ASK QUESTIONS IN RESPONSE TO

09:05AM 10    ANOTHER QUESTION FROM THE OTHER SIDE, AND THIS HAPPENS WITH

09:05AM 11    SOME FREQUENCY IN TRIALS.  YOU'VE EXPERIENCED THAT YOURSELF.

09:05AM 12         MR. BRECHER:  I HAVE, YOUR HONOR, AND THAT'S

09:05AM 13    PRECISELY WHAT CURATIVE INSTRUCTIONS ARE FOR.  SO WE WILL WORK

09:05AM 14    ON ONE AND PROPOSE IT FOR THE COURT'S CONSIDERATION.

09:05AM 15         THE COURT:  AND THE COURT WILL CONSIDER WHETHER OR

09:05AM 16    NOT IT'S NECESSARY TO GIVE A CURATIVE INSTRUCTION.

09:05AM 17         MR. BRECHER:  YES, YOUR HONOR.

09:05AM 18         THE COURT:  THANK YOU.

09:05AM 19         THE OTHER MOTION, WHICH IS DR. ROSENDORFF'S TESTIMONY, AND

09:05AM 20    AS I SAID, THIS OTHER REPLY WAS FILED ABOUT 12 HOURS AGO, I'D

09:05AM 21    LIKE TO LOOK AT THAT.

09:05AM 22         ARE YOU PREPARED TO RESPOND TO THIS THIS MORNING, OR

09:05AM 23    SHOULD WE -- WHEN IS DR. ROSENDORFF GOING TO TESTIFY?

09:05AM 24         MR. BOSTIC:  SO, YOUR HONOR, I AM PREPARED TO

09:06AM 25    ADDRESS THAT NOW, BUT I DON'T THINK WE NEED TO NOW.

09:06AM  1          DR. ROSENDORFF WILL NOT TAKE THE STAND TODAY.  I THINK HE

09:06AM  2    WILL LIKELY TAKE THE STAND SOMETIME TOMORROW MORNING.

09:06AM  3          CROSS WILL THEN LIKELY BEGIN NO SOONER THAN TOMORROW

09:06AM  4    AFTERNOON.

09:06AM  5              THE COURT:  I SEE.  OKAY.

09:06AM  6          MR. COOPERSMITH.

09:06AM  7              MR. COOPERSMITH:  I AGREE, YOUR HONOR.  I THINK

09:06AM  8    THERE'S NO REASON TO TAKE JURY TIME RIGHT NOW, AND THIS COULD

09:06AM  9    BE ADDRESSED TOMORROW MORNING.

09:06AM 10          FRANKLY, IT COULD EVEN PROBABLY BE ADDRESSED FRIDAY

09:06AM 11    MORNING, BECAUSE EVEN IF I GOT HIM ON CROSS TOMORROW AFTERNOON,

09:06AM 12    I DON'T EXPECT THAT WOULD BE COMPLETED AND I WOULDN'T GET TO

09:06AM 13    THIS ON CROSS ON WEDNESDAY.

09:06AM 14          SO IT COULD BE FRIDAY MORNING OR TOMORROW.  WHATEVER IS

09:06AM 15    BETTER FOR THE COURT.

09:06AM 16              THE COURT:  OKAY.  THANK YOU.

09:06AM 17          ONE OF THE ISSUES THAT COMES UP AGAIN WITH THIS MOTION --

09:06AM 18    AND WE HAVE SEEN THIS MOTION, THIS WAS RAISED IN THE HOLMES

09:06AM 19    CASE, OF COURSE -- THINGS HAVE CHANGED A BIT.

09:06AM 20          THE INVESTIGATION, ONE OF THE BASIS WAS -- IN THE HOLMES

09:06AM 21    CASE, ONE OF THE BASIS FOR BIAS WAS AN INVESTIGATION AT ONE OF

09:06AM 22    THE COMPANIES.  IT WAS ONGOING, I THINK.

09:07AM 23          AND THAT SEEMS TO HAVE BEEN RESOLVED FROM WHAT I'VE READ

09:07AM 24    IN THE PLEADINGS, THAT IS, THE CLIA ISSUE AND THE CMS ISSUE,

09:07AM 25    THEY WITHDREW, AND THEY GAVE THEM A CLEAN BILL OF HEALTH, OR

2873

09:07AM   1   WHATEVER IT IS THAT THEY DO, AND THEY WITHDREW THE APPLICATION.

09:07AM   2       THERE'S NO MORE BIAS AS TO HIS BEING CONCERNED ABOUT

09:07AM   3   WHETHER OR NOT SOME NEGATIVE ACTION WILL BE TAKEN ON HIS

09:07AM   4   LICENSE BECAUSE OF THAT.

09:07AM   5       WOULD YOU AGREE WITH THAT?

09:07AM   6          MR. COOPERSMITH:  NO, YOUR HONOR.

09:07AM   7     I THINK THAT'S NOT THE SOURCE OF BIAS THAT WE'RE

09:07AM   8   PRESENTING TO THE COURT AT ALL.

09:07AM   9          THE COURT:  I MEAN, BUT THERE'S NO BIAS ARISING FROM

09:07AM  10   HIS FEAR OF LOSING HIS LICENSE.  WOULD YOU AGREE WITH THAT?

09:07AM  11          MR. COOPERSMITH:  I THINK IF THE MATTER HAS BEEN

09:07AM  12   RESOLVED UNTIL THE NEXT TIME THAT HE GETS INTO HOT WATER WITH

09:07AM  13   CMS -- UNTIL THE NEXT TIME DR. ROSENDORFF MAY GET INTO HOT

09:07AM  14   WATER, THAT DOES RESOLVE THAT.

09:07AM  15       BUT, AGAIN, YOUR HONOR, WE'LL ADDRESS THIS.

09:07AM  16          THE COURT:  SO THAT RAISES THE OTHER POINT, AND

09:07AM  17   WE'LL TALK ABOUT THAT LATER ALSO, IS WHAT IS THE RELEVANCE OF

09:07AM  18   POST-EMPLOYMENT CONDUCT?  WHAT IS THE RELEVANCE?  I'M NOT GOING

09:08AM  19   TO ASK YOU TO COMMENT.  THIS IS SOMETHING ON MY MIND.

09:08AM  20       WHAT IS THE RELEVANCE OF WHAT HE DID POST, POST-EMPLOYMENT

09:08AM  21   WITH THERANOS?

09:08AM  22       SO WHAT HE DID AFTER HE WORKED THERE SHOWS THAT HE'S A BAD

09:08AM  23   LAB DIRECTOR AND, THEREFORE, YOU'RE GOING TO ASK THE JURY TO

09:08AM  24   SAY HE'S A BAD LAB DIRECTOR AND HE WAS A POOR LAB DIRECTOR

09:08AM  25   AFTER POST-EMPLOYMENT HERE, THEREFORE, ERGO, TO WIT, HE MUST

09:08AM 1    HAVE BEEN BAD HERE.

09:08AM 2         WHICH ALSO RAISES THE QUESTION, PERHAPS YOU'RE GOING TO

09:08AM 3    CONCEDE THAT THE LAB WAS GIVING BAD RESULTS AND THAT'S WHAT

09:08AM 4    THEY DID BECAUSE THEY HAD A BAD LAB DIRECTOR.

09:08AM 5              MR. COOPERSMITH:  YOUR HONOR, I KNOW WE'LL HAVE A

09:08AM 6    CHANCE --

09:08AM 7              THE COURT:  IS THAT WHERE THAT'S GOING TO GO?

09:08AM 8              MR. COOPERSMITH:  THAT'S NOT WHAT OUR POINT IS AT

09:08AM 9    ALL.

09:08AM 10        WE'RE PURELY ARGUING DR. ROSENDORFF'S INCENTIVE TO BLAME

09:08AM 11   OTHERS AND REALLY LAY IT ON THICK AT TRIAL BECAUSE OF THE

09:08AM 12   REPUTATIONAL DAMAGE THESE VARIOUS INCIDENTS THAT HE'S

09:08AM 13   EXPERIENCED HAVE ON ANYBODY, INCLUDING HIM.

09:08AM 14        AND IT'S ABOUT BIAS.  IT'S NOT ABOUT TRYING TO SHOW HE'S A

09:09AM 15   BAD LAB DIRECTOR.  HE MIGHT WELL BE, BUT IT'S ABOUT HIS BIAS

09:09AM 16   AND HIS INCENTIVE.

09:09AM 17             THE COURT:  WHAT IS HIS BIAS THEN?

09:09AM 18             MR. COOPERSMITH:  HIS BIAS IS BECAUSE GIVEN THE

09:09AM 19   REPUTATIONAL DAMAGE THAT ANYBODY WHO HAS BEEN AT FOUR COMPANIES

09:09AM 20   NOW THAT HAVE BEEN THE SUBJECT OF FEDERAL AND STATE

09:09AM 21   INVESTIGATIONS, AND ONCE YOU HAVE THAT REPUTATIONAL TAINT

09:09AM 22   ASSOCIATED WITH YOU, THE ONLY THING THAT YOU CAN DO IN THE

09:09AM 23   TESTIMONY ABOUT THERANOS IS TO BLAME OTHER PEOPLE, WHETHER

09:09AM 24   THAT'S MR. BALWANI OR DR. YOUNG OR WHOEVER HE CHOOSES TO BLAME,

09:09AM 25   THAT'S HIS INCENTIVE, THAT'S HIS BIAS.

2875

09:09AM  1    BECAUSE OTHERWISE TRYING TO APPLY FOR NEW POSITIONS, WHEN

09:09AM  2    SOMEONE LOOKS HIM UP AND THEY SEE HE'S BEEN AT THERANOS AND

09:09AM  3    INVITAE AND PERKIN ELMER AND UBIOME, ALL OF WHICH HAVE BEEN THE

09:09AM  4    SUBJECT OF FEDERAL INVESTIGATIONS, WHETHER OR NOT THE THREE

09:09AM  5    DOUBLE JEOPARDIES AT PERKIN ELMER WERE RESOLVED OR NOT, HE'S

09:09AM  6    GOT TO PLAY THE HERO HERE AND SAY, IT WASN'T MY FAULT, IT WAS

09:10AM  7    MR. BALWANI'S FAULT.

09:10AM  8        THAT'S THE BIAS HE HAS, BECAUSE OTHERWISE HE'S STUCK WITH

09:10AM  9    I'M THE LAB DIRECTOR WHO WORKED AT FOUR DIFFERENT LABS.

09:10AM 10        WHAT ARE THE CHANCES OF BEING STRUCK BY LIGHTNING ONCE AS

09:10AM 11    OPPOSED TO FOUR TIMES, YOUR HONOR?

09:10AM 12        THAT'S THE PROBLEM.

09:10AM 13            THE COURT:  ALL RIGHT.  MAYBE HE HAS POOR CHOICE OF

09:10AM 14    EMPLOYMENT, BUT THERE WERE TWO CEO'S AT ONE OF THE COMPANIES

09:10AM 15    WHO WERE INDICTED.  HE WASN'T.  THEY WERE INDICTED FOR FRAUD

09:10AM 16    BILLING.  I DON'T KNOW WHAT THAT HAS TO DO.

09:10AM 17        I KNOW YOU SUGGEST, WELL, THAT BILLING HAS SOME

09:10AM 18    RELATIONSHIP TO THE LAB ACTIVITIES AND THINGS.

09:10AM 19        SO SOME OF THOSE, THEY MIGHT BE ATTENUATED, I THINK, BUT

09:10AM 20    WE'LL TALK ABOUT THAT WHEN OUR CONVERSATION CONTINUES.

09:10AM 21            MR. COOPERSMITH:  YES, I UNDERSTAND, YOUR HONOR.

09:10AM 22        AND WHEN YOU HAVE A CHANCE TO LOOK AT THE REPLY BRIEF --

09:10AM 23    AND I'M SORRY FOR FILING IT LATE YESTERDAY.

09:10AM 24            THE COURT:  NO, NO.  YOU FILE IT WHEN YOU'RE READY.

09:10AM 25            MR. COOPERSMITH:  RIGHT.  WE ACTUALLY TALKED ABOUT

09:10AM  1        THE INDICTMENT IN THE UBIOME CASE, AND THAT IS VERY INFORMATIVE

09:10AM  2    AS TO WHAT THE ALLEGATIONS REALLY ARE IN THAT CASE.

09:10AM  3              THE COURT:  WAS DR. ROSENDORFF INDICTED?

09:10AM  4              MR. COOPERSMITH:  NO.  BUT THE ALLEGATIONS IN THE

09:11AM  5    INDICTMENT DEFINITELY RELATE TO THE DUTIES OF A LAB DIRECTOR ON

09:11AM  6    MEDICAL NECESSITY OF TESTS AND VALIDATIONS OF TESTS, AND SO

09:11AM  7    HE'S RIGHT IN THE THICK OF IT.

09:11AM  8         AND THE POINT IS NOT WHETHER HE'S BEEN INDICTED OR NOT, OR

09:11AM  9    EVEN WHETHER HE'S THE SUBJECT OR THE TARGET OF THE

09:11AM 10    INVESTIGATION.

09:11AM 11              THE COURT:  WHAT IS IT THAT YOU WANT TO DO?  WHAT DO

09:11AM 12    YOU WANT TO DO?  YOU WANT TO ASK HIM, WERE YOU WORKING AT FOUR

09:11AM 13    DIFFERENT PLACES AND THEY HAD PROBLEMS?  IS THAT WHAT YOU WANT

09:11AM 14    TO ASK?

09:11AM 15              MR. COOPERSMITH:  I WANT TO BRING OUT THAT ALL OF

09:11AM 16    THESE COMPANIES YOU WORKED AT WERE THE SUBJECT OF FEDERAL

09:11AM 17    INVESTIGATIONS, AND HE'S VERY CONCERNED ABOUT THE REPUTATIONAL

09:11AM 18    DAMAGE THAT THAT INFLICTS ON HIM.

09:11AM 19              THE COURT:  OKAY.

09:11AM 20              MR. COOPERSMITH:  INCLUDING TO THE POINT OF DELETING

09:11AM 21    THINGS FROM HIS LINKEDIN PAGE SO PEOPLE DON'T SEE THAT HE

09:11AM 22    WORKED AT COMPANIES THAT ARE THE SUBJECT OF FEDERAL

09:11AM 23    INVESTIGATIONS.  THAT'S THE BIAS.

09:11AM 24              THE COURT:  OKAY.  IT'S REPUTATION AL BIAS.

09:11AM 25              MR. COOPERSMITH:  YES.

| | | |
|---|---|---|
| 09:11AM | 1 | THE COURT:  YOU'RE TESTIFYING THIS WAY BECAUSE |
| 09:11AM | 2 | YOU'RE AFRAID THAT YOU'RE NOT GOING TO BE ABLE TO GET A JOB |
| 09:11AM | 3 | AGAIN BECAUSE YOU HAVE BEEN INVOLVED IN LABS THAT HAVE HAD |
| 09:11AM | 4 | FEDERAL SCRUTINY, EVEN THOUGH THAT SCRUTINY DID NOT, DID NOT |
| 09:11AM | 5 | RESULT IN ANY INVESTIGATION OF YOU? |
| 09:11AM | 6 | MR. COOPERSMITH:  EXACTLY, YOUR HONOR. |
| 09:12AM | 7 | AND THAT'S WHY IT'S INCENTIVE, HIS BIAS, TO BLAME OTHER |
| 09:12AM | 8 | PEOPLE FOR WHAT ALLEGEDLY HAPPENED AT THERANOS.  THAT'S HIS -- |
| 09:12AM | 9 | THE COURT:  IS THAT A CONDITION PRECEDENT TO THIS |
| 09:12AM | 10 | COMING IN?  DO WE NEED TO WAIT AND SEE IF HE BLAMES? |
| 09:12AM | 11 | MR. COOPERSMITH:  OH, YOUR HONOR, YOU KNOW, I DON'T |
| 09:12AM | 12 | HAVE ANY DOUBT, BUT PERHAPS. |
| 09:12AM | 13 | I DON'T HAVE ANY DOUBT THAT HE'S GOING TO BE BLAMING |
| 09:12AM | 14 | MR. BALWANI DURING HIS TESTIMONY. |
| 09:12AM | 15 | BUT IF HE DOESN'T, THEN THAT WILL BE FINE WITH US AS WELL |
| 09:12AM | 16 | OBVIOUSLY. |
| 09:12AM | 17 | THE COURT:  I MEAN, IF HE DOESN'T, THEN IS THIS |
| 09:12AM | 18 | RELEVANT? |
| 09:12AM | 19 | MR. COOPERSMITH:  IF HE DOESN'T BLAME MR. BALWANI -- |
| 09:12AM | 20 | THE COURT:  CORRECT. |
| 09:12AM | 21 | MR. COOPERSMITH:  -- AND HE TESTIFIES FAVORABLY TO |
| 09:12AM | 22 | THE DEFENSE?  I'M SURE WE'LL HAVE A DIFFERENT VIEW. |
| 09:12AM | 23 | THE COURT:  WELL, THOSE ARE TWO DIFFERENT THINGS. |
| 09:12AM | 24 | IF HE DOESN'T BLAME MR. BALWANI, IS THIS RELEVANT? |
| 09:12AM | 25 | MR. COOPERSMITH:  THEN IT WOULDN'T BE. |

2878

```
09:12AM   1              THE COURT:  OKAY.  FAIR ENOUGH.

09:12AM   2              MR. BOSTIC:  I HAVE SOME THOUGHTS ON

09:12AM   3     MR. COOPERSMITH'S POINTS THAT I'LL SHARE WITH THE COURT WHEN WE

09:12AM   4     ARGUE THE MOTION.

09:12AM   5              THE COURT:  OKAY.  LET'S BRING THE JURY IN.

09:12AM   6          WE'RE GOING TO BREAK TODAY AT ABOUT 2:45 TODAY.

09:12AM   7          AND ALSO WE GAVE THEM THE CALENDARS, AS YOU RECALL, TO

09:12AM   8     LOOK AT.  I'M NOT GOING TO ASK THEM INDIVIDUALLY TO TELL US

09:13AM   9     WHAT THEIR AVAILABILITY IS.

09:13AM  10          WITH YOUR PERMISSION, I'LL ASK MS. ROBINSON TO MAYBE

09:13AM  11     COLLECT THAT INFORMATION FROM THEM, AND THEN MAYBE WE CAN CULL

09:13AM  12     IT TOGETHER AND SEE IF WE CAN GET IT.

09:13AM  13          WILL THAT BE ALL RIGHT WITH YOU IF SHE HAS COMMUNICATION

09:13AM  14     WITH THE JURY JUST FOR THE PURPOSE OF GATHERING THAT

09:13AM  15     INFORMATION?

09:13AM  16              MR. COOPERSMITH:  YES, YOUR HONOR.

09:13AM  17              MR. BOSTIC:  YES, YOUR HONOR.

09:13AM  18              THE COURT:  OKAY.  WE'LL ASK HER TO DO THAT AND SEE

09:13AM  19     WHAT INFORMATION THEY HAVE GIVEN US.

09:13AM  20          OKAY.  I'LL STEP DOWN AND THEN WE'LL BRING THE JURY OUT.

09:13AM  21          AND THE WITNESS IS HERE?  MR. JHAVERI IS HERE?

09:13AM  22              MR. BOSTIC:  I BELIEVE SO.

09:13AM  23              THE COURT:  GREAT.  THANK YOU.

09:13AM  24          (RECESS FROM 9:13 A.M. UNTIL 9:18 A.M.)

09:18AM  25          (JURY IN AT 9:18 A.M.)
```

09:18AM   1               THE COURT:  WE'RE BACK ON THE RECORD IN THE BALWANI

09:18AM   2      MATTER.

09:18AM   3          ALL COUNSEL ARE PRESENT, MR. BOSTIC, MR. SCHENK.

09:18AM   4          ALL DEFENSE COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.

09:18AM   5          OUR JURY AND ALTERNATES ARE PRESENT.

09:18AM   6          GOOD MORNING, LADIES AND GENTLEMEN.  IT'S NICE TO SEE YOU

09:19AM   7      AGAIN.

09:19AM   8          BEFORE WE BEGIN, LET ME ASK YOU THAT QUESTION AGAIN.

09:19AM   9      DURING OUR BREAK, DID ANY OF YOU HAVE CAUSE TO REVIEW, DISCUSS,

09:19AM  10      DO ANY INVESTIGATION OR LEARN ANYTHING ABOUT THIS CASE OUTSIDE

09:19AM  11      OF THIS COURTROOM?

09:19AM  12          IF SO, PLEASE RAISE YOUR HAND.

09:19AM  13          I SEE NO HANDS.

09:19AM  14          THANK YOU VERY MUCH.

09:19AM  15          WE WILL BREAK TODAY, LADIES AND GENTLEMEN, ABOUT 2:45.

09:19AM  16      WE'LL END OUR DAY TODAY AT ABOUT 2:45.  I THINK WE'RE GOING TO

09:19AM  17      BREAK AT ABOUT 3:00 O'CLOCK ON ANOTHER DAY.  I'LL GIVE YOU THAT

09:19AM  18      SCHEDULE AFTER OUR BREAK AS WELL.

09:19AM  19          I GAVE YOU SCHEDULES TO SEE ABOUT CAPTURING SOME TIME, AND

09:19AM  20      I'M GOING TO ASK MS. ROBINSON TO COLLECT THAT INFORMATION FROM

09:19AM  21      YOU AT SOME POINT IN TIME, AND THEN I'LL SHARE IT WITH THE

09:19AM  22      LAWYERS AND WE'LL SEE IF THERE'S SOME ADJUSTMENTS WE CAN MAKE.

09:19AM  23      I APPRECIATE YOUR ATTENTION TO THAT.

09:19AM  24          ANYTHING FURTHER BEFORE WE CALL OUR NEXT WITNESS?

09:20AM  25               MR. SCHENK:  NO, YOUR HONOR.

09:20AM  1              THE COURT:  MR. COOPERSMITH?

09:20AM  2              MR. COOPERSMITH:  NO, YOUR HONOR.

09:20AM  3              THE COURT:  ALL RIGHT.  THANK YOU.

09:20AM  4         DOES THE GOVERNMENT HAVE ANOTHER WITNESS?

09:20AM  5              MR. SCHENK:  YES, YOUR HONOR.  THANK YOU.

09:20AM  6         THE GOVERNMENT CALLS NIMESH JHAVERI.

09:20AM  7              THE COURT:  SIR, IF YOU WOULD COME FORWARD AND STAND

09:20AM  8    OVER HERE BY THE WITNESS STAND, PLEASE.

09:20AM  9         IF YOU WOULD RAISE YOUR RIGHT HAND, OUR COURTROOM DEPUTY

09:20AM  10   HAS A QUESTION FOR YOU.

09:20AM  11        **(GOVERNMENT'S WITNESS, NIMESH JHAVERI, WAS SWORN.)**

09:20AM  12             THE WITNESS:  YES, I DO.

09:20AM  13             THE COURT:  PLEASE HAVE A SEAT HERE, SIR, AND MAKE

09:20AM  14   YOURSELF COMFORTABLE.

09:20AM  15        PLEASE ADJUST THAT CHAIR AND MICROPHONE AS YOU NEED.

09:20AM  16        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:21AM  17   AND THEN SPELL IT, PLEASE.

09:21AM  18             THE WITNESS:  MY NAME IS NIMESH JHAVERI.  NIMESH,

09:21AM  19   N-I-M-E-S-H.  LAST NAME, JHAVERI, J-H-A-V-E-R-I.

09:21AM  20             THE COURT:  THANK YOU.

09:21AM  21        COUNSEL.

09:21AM  22                        **DIRECT EXAMINATION**

09:21AM  23   BY MR. SCHENK:

09:21AM  24   Q.   GOOD MORNING, MR. JHAVERI.

09:21AM  25   A.   GOOD MORNING.

09:21AM  1    Q.   AND IF YOU ARE FULLY VACCINATED, AND WITH THE COURT'S

09:21AM  2    PERMISSION, I UNDERSTAND THAT YOU CAN TESTIFY WITHOUT A MASK

09:21AM  3    ON.

09:21AM  4    A.   GREAT.

09:21AM  5              THE COURT:   THAT'S FINE.   THANK YOU.

09:21AM  6              THE WITNESS:   THANK YOU.

09:21AM  7              MR. SCHENK:   AND I WILL ALSO REMOVE MINE.

09:21AM  8         THANK YOU, YOUR HONOR.

09:21AM  9    Q.   MR. JHAVERI, DID YOU WORK FOR A COMPANY CALLED WALGREENS?

09:21AM  10   A.   YES, I DID.

09:21AM  11   Q.   HOW LONG DID YOU WORK AT WALGREENS?

09:21AM  12   A.   TWENTY-NINE YEARS AND FIVE MONTHS.

09:21AM  13   Q.   AND WOULD YOU DESCRIBE FOR THE JURY YOUR RESPONSIBILITIES

09:21AM  14   WHILE YOU WORKED AT WALGREENS?

09:21AM  15   A.   SURE.   I HAD -- OVER THE 29 YEARS, I HAD VARIOUS POSITIONS

09:21AM  16   FROM STORE CLERK, FRONT STORE CASHIER, ALL OF THE WAY TO

09:21AM  17   PHARMACIST TO EXECUTIVE LEVEL POSITIONS BEFORE I LEFT.

09:22AM  18   Q.   AND AT THE END OF YOUR TIME THERE, WHAT WERE THE EXECUTIVE

09:22AM  19   LEVEL POSITIONS THAT YOU HELD?

09:22AM  20   A.   I WAS LEADING OUR HEALTH CARE SERVICES STRATEGY AND

09:22AM  21   DEVELOPMENT.

09:22AM  22   Q.   AND WHAT DOES THAT MEAN?

09:22AM  23   A.   SO WALGREENS WAS IN THE PROCESS OF MOVING FROM SIMPLY

09:22AM  24   RETAIL PHARMACY TO ALSO PROVIDING HEALTH CARE SERVICES, VARIOUS

09:22AM  25   SERVICES THAT ARE GOOD FOR THE PATIENT, FOR THE CUSTOMER, AND

09:22AM    1    SO I WAS LEADING THE DEVELOPMENT OF THE STRATEGY FOR THAT, AS

09:22AM    2    WELL AS DETERMINING WHAT KIND OF SERVICES WE COULD INCORPORATE

09:22AM    3    INTO THE STORE.

09:22AM    4    Q.   AND WHEN DID YOU LEAVE WALGREENS?

09:22AM    5    A.   I LEFT IN OCTOBER OF 2018.

09:22AM    6    Q.   I'M SORRY.  OF?

09:22AM    7    A.   2018.

09:22AM    8    Q.   2018.

09:22AM    9         AND THE EXECUTIVE LEVEL POSITIONS THAT YOU'VE JUST

09:22AM   10    DESCRIBED, WAS THAT AT THE END OF YOUR TIME?

09:22AM   11    A.   IT WAS, SIR.

09:22AM   12    Q.   DO YOU KNOW ROUGHLY WHEN YOU STARTED AT THOSE EXECUTIVE

09:22AM   13    LEVEL POSITIONS?

09:22AM   14    A.   PROBABLY SOMETIME IN THE YEAR 2000 I WAS BROUGHT INTO THE

09:23AM   15    CORPORATE OFFICE TO LEAD OUR PHARMACY OPERATIONS FOR THE

09:23AM   16    EASTERN ONE-THIRD OF THE COMPANY.

09:23AM   17         AND THEN FROM THERE UNTIL OCTOBER OF 2018, I HELD SEVERAL

09:23AM   18    DIFFERENT ROLES FROM PHARMACY OPERATIONS TO HEALTH CARE

09:23AM   19    SERVICES DEVELOPMENT AND THINGS IN THE MIDDLE, HR.

09:23AM   20         SO ALL SORTS OF DIFFERENT ROLES THAT THEY PROVIDED

09:23AM   21    EXPERIENCE FOR US FOR.

09:23AM   22    Q.   WOULD YOU PLEASE BRIEFLY DESCRIBE YOUR EDUCATIONAL

09:23AM   23    BACKGROUND FOR THE JURY?

09:23AM   24    A.   SURE.

09:23AM   25         I HAVE MY PHARMACY DEGREE.  I WAS A LICENSED PHARMACIST IN

09:23AM 1    TWO STATES, NEW JERSEY AND ILLINOIS.

09:23AM 2        I ALSO HAVE MY MBA FROM LAKE FORREST GRADUATE SCHOOL OF

09:23AM 3    MANAGEMENT IN ORGANIZATIONAL BEHAVIOR.

09:23AM 4    Q.   WHILE YOU WERE WORKING AT WALGREENS, DID YOU BECOME

09:23AM 5    FAMILIAR WITH A COMPANY CALLED THERANOS?

09:23AM 6    A.   I DID.

09:23AM 7    Q.   AND DO YOU REMEMBER WHEN YOU FIRST BECAME FAMILIAR WITH

09:23AM 8    THERANOS?

09:23AM 9    A.   SURE.  IT WAS PROBABLY SOMETIME IN THE 2010, 2011

09:23AM 10   TIMEFRAME.  I WAS LEADING AN INITIATIVE WHICH SUBSEQUENTLY WAS

09:24AM 11   NAMED WELL EXPERIENCE.  IT WAS THE REDESIGNING OF OUR

09:24AM 12   PHARMACIES IN OUR STORES, AND THAT'S WHEN I CAME ACROSS MEETING

09:24AM 13   WITH MS. HOLMES AND MR. BALWANI.

09:24AM 14   Q.   AND WOULD YOU TAKE A MOMENT AND DESCRIBE THE WELL

09:24AM 15   EXPERIENCE TO THE JURY.  WHAT IS THAT?

09:24AM 16   A.   SURE.  WHAT WE WERE DOING DURING THAT 2010, 2011

09:24AM 17   TIMEFRAME -- AND WHEN I SAY "WE," WALGREENS -- WAS TO REFRESH

09:24AM 18   OUR STORES, MAKE THE STORES MORE MODERN.

09:24AM 19       WE WERE ALSO REFRESHING OUR AREAS TO BRING THE PHARMACISTS

09:24AM 20   OUT FROM BEHIND THE COUNTERS SO THEY'RE MORE ACCESSIBLE FOR

09:24AM 21   PATIENTS, FOR CUSTOMERS.

09:24AM 22       MANY TIMES WHEN YOU GO INTO A DRUG STORE, THE PHARMACISTS

09:24AM 23   MAY NOT BE SEEN OR THEY'RE IN THE BACK DOING SOME WORK, AND

09:24AM 24   WHAT WE WERE TRYING TO DO IS TO SAY, HEY, THE RIGHT PLACE FOR

09:24AM 25   OUR PHARMACISTS AND THEIR STAFF IS IN FRONT OF THE PATIENTS, IN

09:24AM 1      FRONT OF THE CUSTOMERS SO THEY CAN ASK QUESTIONS FREELY.

09:24AM 2          AND SO WE WERE REDESIGNING ALL OF THE STORES TO DO THAT

09:25AM 3      ONE AT A TIME.

09:25AM 4      Q.   AND WAS IT DURING THIS WORK THAT YOU WERE DOING THAT YOU

09:25AM 5      CALL THE WELL EXPERIENCE THAT YOU BECAME FAMILIAR WITH

09:25AM 6      MS. HOLMES AND MR. BALWANI?

09:25AM 7      A.   YES, SIR.

09:25AM 8      Q.   HOW SO?

09:25AM 9      A.   I ACTUALLY -- ACTUALLY, I KNEW THAT THE COMPANY,

09:25AM 10     WALGREENS, WAS SPEAKING TO A COMPANY CALLED THERANOS.

09:25AM 11         BUT WHEN I REALLY HAD MY FIRST INTERACTION WITH

09:25AM 12     MR. BALWANI AND MS. HOLMES, I RECEIVED A PHONE CALL FROM ONE OF

09:25AM 13     OUR EXECUTIVES THAT THEY WERE MEETING WITH THEM AT THE

09:25AM 14     WALGREENS CORPORATE OFFICE, AND THEY WOULD LOVE TO SEE THIS NEW

09:25AM 15     WELL EXPERIENCE STORE, THIS NEW REDESIGNED STORE THAT WAS NOT

09:25AM 16     TOO FAR FROM THE CORPORATE OFFICE.

09:25AM 17         SO I SAID I WAS MORE THAN HAPPY TO DO THAT.  IT WAS IN

09:25AM 18     WHEELING, ILLINOIS, NOT TOO FAR FROM THE CORPORATE

09:25AM 19     HEADQUARTERS, AND I MET MR. BALWANI AND MS. HOLMES AT THE

09:25AM 20     STORE, PROVIDED THEM WITH AN OVERVIEW, A TOUR OF THE STORE, THE

09:25AM 21     SPACE.

09:25AM 22         AND WE SPENT A LITTLE TIME SPEAKING ABOUT A SPACE CALLED

09:26AM 23     THE COMMUNITY ROOM, WHICH WAS A LARGE SPACE WHERE WE COULD

09:26AM 24     DELIVER HEALTH CARE SERVICES, TESTING FOR GLUCOSE, TESTING FOR

09:26AM 25     YOUR LIPIDS, OR WE CAN DO EDUCATIONAL SESSIONS THERE.  IT WAS

09:26AM  1    JUST AN OPEN SPACE.

09:26AM  2         SO WE SPOKE ABOUT THAT THE LONG-TERM PLAN WOULD BE TO USE

09:26AM  3    THIS SPACE TO PROVIDE OTHER HEALTH CARE SERVICES IN CONJUNCTION

09:26AM  4    WITH, OF COURSE, THE PHARMACY.

09:26AM  5         SO WE SPENT PROBABLY ABOUT 15, 20 MINUTES TOGETHER.  I HAD

09:26AM  6    AN OPPORTUNITY TO MEET THEM FOR THE FIRST TIME.

09:26AM  7         AND THAT WAS THE END OF THE VISIT.

09:26AM  8    Q.   A MOMENT AGO, DID YOU SAY THAT THE STORE WAS LOCATED IN

09:26AM  9    WHEELING, ILLINOIS?

09:26AM  10   A.   YES.

09:26AM  11   Q.   AND IS THAT W-H-E-E-L-I-N-G?

09:26AM  12   A.   THAT'S RIGHT.

09:26AM  13   Q.   AND YOU SAID THAT DURING THIS MEETING -- HOW LONG DID IT

09:26AM  14   LAST?

09:26AM  15   A.   IT WAS VERY SHORT, 15, 20 MINUTES AT MAX.

09:26AM  16   Q.   AND WAS THAT WALKING THROUGH THIS STORE IN WHEELING?

09:26AM  17   A.   YES.  SO THE BACK OF THE STORE TOWARDS WHERE MOST OF YOU

09:26AM  18   WOULD FIND A PHARMACY AREA, THAT'S WHERE WE REALLY SPENT MOST

09:27AM  19   OF OUR TIME TO PROVIDE THEM WITH AN OVERVIEW OF WHAT THE NEW

09:27AM  20   PHARMACY DEPARTMENT WOULD LOOK LIKE, AND THERE WAS A NEW

09:27AM  21   CONSULTATION ROOM OR A PRIVATE ROOM WHERE -- LET'S SAY YOU

09:27AM  22   WANTED TO GET YOUR VACCINES OR YOU WANTED TO SPEAK TO OUR

09:27AM  23   PHARMACIST.

09:27AM  24        I SHOWED THEM THAT ROOM AND THE WAITING AREA, AND THEN OF

09:27AM  25   COURSE THAT COMMUNITY SPACE THAT I SPOKE ABOUT.

09:27AM 1    Q.   WHEN YOU WERE IN THE WALGREENS STORE WITH MS. HOLMES AND

09:27AM 2    MR. BALWANI, AT THAT TIME DID YOU KNOW WHAT LINE OF BUSINESS

09:27AM 3    THERANOS WAS IN?

09:27AM 4    A.   I HAD, I HAD AN IDEA OF EXACTLY, YOU KNOW, WHAT -- THE

09:27AM 5    IDEA WAS A NEW TECHNOLOGY FOR LAB TESTING AND THINGS OF THAT

09:27AM 6    NATURE.

09:27AM 7    Q.   DID YOU HAVE CONVERSATIONS WITH MS. HOLMES OR MR. BALWANI

09:27AM 8    ON THIS PARTICULAR DAY ABOUT THEIR BUSINESS?

09:27AM 9    A.   I DON'T RECALL HAVING A CONVERSATION ABOUT THE BUSINESS.

09:27AM 10        THE PURPOSE OF THE VISIT WAS PRIMARILY FOR ME TO SHOW THEM

09:27AM 11   THE SPACE.

09:27AM 12   Q.   OKAY.  AFTER THIS DAY AT A WALGREENS STORE IN ILLINOIS,

09:28AM 13   WAS THAT YOUR LAST EXPOSURE TO THERANOS, OR DID YOU HAVE

09:28AM 14   FURTHER?

09:28AM 15   A.   I DID HAVE FURTHER EXPOSURE SEVERAL YEARS LATER WHEN

09:28AM 16   WALGREENS DID OPEN UP THE FIRST COUPLE OF STORES.  I THINK IT

09:28AM 17   WAS 2013 IF I'M NOT MISTAKEN.  I DID HAVE AN OPPORTUNITY TO

09:28AM 18   VISIT THE THERANOS HEADQUARTERS AND MEET WITH MS. HOLMES AND

09:28AM 19   MR. BALWANI AT THE CORPORATE HEADQUARTERS OF THERANOS WITH SOME

09:28AM 20   OTHER WALGREENS EXECUTIVES.

09:28AM 21   Q.   AND THIS MEETING THAT YOU'RE DESCRIBING TO THE JURY, WAS

09:28AM 22   THAT IN 2013?

09:28AM 23   A.   I BELIEVE SO.

09:28AM 24   Q.   AND WHAT WAS YOUR ROLE IN THE THERANOS-WALGREENS

09:28AM 25   RELATIONSHIP NOW IN 2013?

09:28AM 1    A.   SO 2013 WE WERE CONTINUING THE WORK THAT WE WERE DOING

09:28AM 2    WITH WELL EXPERIENCE, WHICH WAS THE REDESIGNING OF OUR STORES.

09:28AM 3         AND KERMIT CRAWFORD, WHO WAS OUR PRESIDENT OF PHARMACY AND

09:28AM 4    HEALTH CARE AT THE TIME, ASKED ME TO GO SO I COULD BETTER

09:28AM 5    UNDERSTAND WHAT THE REQUIREMENTS WOULD BE IF WE PUT THIS TYPE

09:29AM 6    OF A SERVICE INSIDE OF A STORE.

09:29AM 7         AND SO MY JOB WAS PRIMARILY TO UNDERSTAND WHAT ARE THE

09:29AM 8    SPACE REQUIREMENTS THAT ARE REQUIRED.  ARE THERE ANY SPECIFIC

09:29AM 9    THINGS THAT I NEED TO BE BUILDING FOR?  YOU KNOW, WHAT KIND OF

09:29AM 10   TABLE, A CHAIR, OR A HEALTH CARE EQUIPMENT THAT I NEED TO

09:29AM 11   ACCOUNT FOR IN THAT DESIGN?  THAT'S REALLY WHAT THE PRIMARY

09:29AM 12   GOAL WAS FOR ME.

09:29AM 13        AS YOU CAN IMAGINE, REMODELING A STORE, A RETAIL STORE IS

09:29AM 14   NOT EASY, ESPECIALLY WHEN THE STORE IS OPEN.  WE WANT TO MAKE

09:29AM 15   SURE IT'S SAFE.  WE WANT TO MAKE SURE THAT THE TEAM MEMBERS ARE

09:29AM 16   ALSO SAFE, CUSTOMERS ARE SAFE.  WE WANT TO TRY TO MINIMIZE THE

09:29AM 17   TOUCHES ON A STORE; IN OTHER WORDS, MINIMIZE THE AMOUNT OF

09:29AM 18   CONSTRUCTION TIME.

09:29AM 19        SO IF WE CAN INCORPORATE ALL OF THE THINGS THAT

09:29AM 20   POTENTIALLY COULD BE COMING DOWN SORT OF THE PIPELINE, THEN WE

09:29AM 21   WOULD LIKE TO DO THAT.  IT'S BETTER FOR CUSTOMERS, IT'S BETTER

09:29AM 22   FOR TEAM MEMBERS, IT'S CERTAINLY BETTER FOR THE COMPANY

09:29AM 23   OVERALL.

09:29AM 24   Q.   IN 2013 WHEN YOU BEGAN THIS EFFORT THAT YOU'VE DESCRIBED

09:30AM 25   AS PART OF THE WELL EXPERIENCE, WHAT KINDS OF THINGS DID YOU DO

09:30AM  1    TO GET YOURSELF FAMILIAR WITH THERANOS OR WHAT THE RELATIONSHIP

09:30AM  2    BETWEEN THERANOS AND WALGREENS WOULD LOOK LIKE?

09:30AM  3    A.   YEAH.  IT WAS PRIMARILY DISCUSSIONS WITH SEVERAL OF THE

09:30AM  4    WALGREENS EXECUTIVES AT THE TIME THAT WERE INTIMATELY INVOLVED

09:30AM  5    WITH THAT PARTNERSHIP, UNDERSTANDING WHAT THE SERVICE OFFERING

09:30AM  6    WOULD BE, UNDERSTANDING HOW IT WOULD INCORPORATE INTO THE

09:30AM  7    WORKFLOW OF OUR PHARMACY, THINGS OF THAT NATURE.

09:30AM  8    Q.   WHEN YOU WERE CONSIDERING REDESIGNING WALGREENS STORES,

09:30AM  9    HOW MUCH SPACE DID YOU HAVE AT YOUR FINGERTIPS?  WHAT KIND OF

09:30AM  10   SPACE WERE YOU WORKING WITH?

09:30AM  11   A.   YEAH.  SO AS YOU KNOW, MOST WALGREENS DRUG STORES ARE

09:30AM  12   ABOUT 10,000 SQUARE FEET ON THE FRONT, YOU KNOW, THE FULL --

09:30AM  13   NOT INCLUDING STOCK IN THE BACK OF THE STORE.  THAT'S WHAT WE

09:30AM  14   CALL THE SELLING SPACE.

09:30AM  15        AND OF THAT SPACE, ABOUT 1500 SQUARE FEET IS WHAT WE WOULD

09:31AM  16   DEEM THE PHARMACY AREA, WHAT YOU WOULD GO IN THE BACK.

09:31AM  17        AND SO WHAT WE WERE DEALING WITH IS HOW DO WE INCORPORATE

09:31AM  18   A SERVICE LIKE THERANOS INTO THAT SPACE ALONG WITH OUR PHARMACY

09:31AM  19   DEPARTMENT.

09:31AM  20   Q.   AND AT THIS TIME, AGAIN, IN 2013, DID YOU HAVE ANY

09:31AM  21   KNOWLEDGE ABOUT THE SIZE OF THE EQUIPMENT THAT THERANOS USED TO

09:31AM  22   TEST BLOOD?

09:31AM  23   A.   NOT REALLY.  YOU KNOW, I KNEW THAT POTENTIALLY THERE MIGHT

09:31AM  24   BE, YOU KNOW, SOME EQUIPMENT THAT WOULD BE NECESSARY,

09:31AM  25   EVERYTHING FROM A CENTRIFUGE, TO A REFRIGERATOR, TO A POTENTIAL

JHAVERI DIRECT BY MR. SCHENK

09:31AM   1    TESTING MACHINE.  I DIDN'T KNOW THE SPECIFICS AT THE TIME.

09:31AM   2        THE IDEA FOR MY TEAM AND I WAS JUST TO UNDERSTAND OVERALL

09:31AM   3    SPACE COMMITMENTS, YOU KNOW, DOES IT HAVE TO BE 10 BY 10?  DOES

09:31AM   4    IT HAVE TO BE 8 BY 17?  OF COURSE IT HAS TO BE ADA COMPATIBLE.

09:31AM   5        YOU KNOW, DOES IT HAVE TO HAVE A DOOR?  NOT A DOOR?  WHAT

09:31AM   6    KIND OF LIGHTING?

09:31AM   7        IT WAS PRIMARILY AT THAT LEVEL.

09:32AM   8        AND THEN ONCE WE STARTED TO BUILD THE STORES AND WE

09:32AM   9    STARTED TO UNDERSTAND WHAT THE REQUIREMENTS WERE, WE TOOK IT

09:32AM  10    FROM THERE.

09:32AM  11    Q.   GREAT.  THANK YOU.

09:32AM  12        YOUR HONOR, MAY I APPROACH?

09:32AM  13            THE COURT:  YES.

09:32AM  14            MR. SCHENK:  (HANDING.)

09:32AM  15            THE COURT:  MR. COOPERSMITH, YOU HAVE A BINDER?

09:32AM  16            MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:32AM  17            MR. SCHENK:  AND I THINK THE COURT HAS ONE.

09:32AM  18    Q.   MR. JHAVERI, IF YOU WOULD TURN IN THE BINDER I HAVE NOW

09:32AM  19    HANDED YOU TO TAB 372.

09:32AM  20        YOUR HONOR, 372 HAS ALREADY BEEN ADMITTED.  PERMISSION TO

09:32AM  21    PUBLISH?

09:32AM  22            THE COURT:  YES.

09:32AM  23    BY MR. SCHENK:

09:32AM  24    Q.   MR. JHAVERI, I'M SHOWING YOU -- AND THERE'S A SCREEN IN

09:32AM  25    FRONT OF YOU, AND YOU ALSO HAVE A PAPER COPY.  USE WHICHEVER

JHAVERI DIRECT BY MR. SCHENK                                    2890

09:32AM   1    YOU FEEL MORE COMFORTABLE WITH.

09:32AM   2        I'M SHOWING YOU A DOCUMENT THAT IS ENTITLED THERANOS

09:32AM   3    MASTER PURCHASE AGREEMENT.

09:32AM   4        DO YOU SEE THAT?

09:32AM   5    A.   I DO.

09:32AM   6    Q.   AND AT THE TOP OF THE DOCUMENT, IS IT DATED IN JULY OF

09:33AM   7    2010?

09:33AM   8    A.   THAT'S CORRECT.

09:33AM   9    Q.   WAS -- IN ADDITION TO SPEAKING WITH OTHER INDIVIDUALS AT

09:33AM   10   WALGREENS TO LEARN ABOUT THE THERANOS-WALGREENS RELATIONSHIP,

09:33AM   11   DID YOU ALSO REVIEW SOME DOCUMENTS TO HELP GET YOURSELF UP TO

09:33AM   12   SPEED ON THE WALGREENS-THERANOS RELATIONSHIP?

09:33AM   13   A.   YES.  ONCE I BECAME MORE INVOLVED WITH THE PROJECT ITSELF,

09:33AM   14   OF COURSE I REVIEWED ALL OF THE AGREEMENTS IN PLACE, DOCUMENTS

09:33AM   15   ON WHAT THE STATUS IS OF A PARTICULAR PROJECT, SPEAKING TO SOME

09:33AM   16   OF OUR TEAM MEMBERS THAT WERE ALREADY INVOLVED WITH THE

09:33AM   17   THERANOS TEAM.  THOSE WERE SOME OF THE THINGS THAT I DID TO

09:33AM   18   LEARN MORE.

09:33AM   19   Q.   AND WAS THIS PURCHASE AGREEMENT FROM 2010 ONE OF THE

09:33AM   20   DOCUMENTS THAT YOU REVIEWED TO HELP YOURSELF GET UP TO SPEED?

09:33AM   21   A.   YES, SIR.

09:33AM   22   Q.   WOULD YOU TURN NOW TO PAGE 4.  THE DOCUMENTS HAVE IN THE

09:33AM   23   FOOTER IN THE MIDDLE AT THE BOTTOM A TRIAL EXHIBIT NUMBER AND A

09:34AM   24   PAGE NUMBER.  SO AS I REFER TO EXHIBIT AND PAGE NUMBERS, THAT'S

09:34AM   25   WHERE I WILL BE LOOKING.

09:34AM 1    A.   RIGHT.

09:34AM 2    Q.   AND THERE'S ONE CALLED NUMBER 4 AND IT'S SCHEDULE A.

09:34AM 3         DO YOU SEE THAT?

09:34AM 4    A.   I DO.

09:34AM 5    Q.   OF THE SORT OF UNDER NUMBER 1 BACKGROUND, THE SECOND

09:34AM 6    PARAGRAPH UP FROM THE BOTTOM BEGINS, "THE ABILITY."

09:34AM 7         DO YOU SEE THAT?

09:34AM 8    A.   I DO.

09:34AM 9    Q.   IT READS, "THE ABILITY TO RUN BLOOD TESTS FROM A

09:34AM 10   FINGERSTICK IN LESS THAN AN HOUR AT WALGREENS' PHARMACIES

09:34AM 11   CREATES A NEW WORKFLOW AND A NEW DIAGNOSTIC PARADIGM FOR HEALTH

09:34AM 12   CARE."

09:34AM 13        MR. JHAVERI, WAS THAT SENTENCE AN ACCURATE DESCRIPTION OF

09:34AM 14   WHAT YOU UNDERSTOOD THE THERANOS TECHNOLOGY TO BE OFFERING

09:34AM 15   WALGREENS AT THE TIME?

09:34AM 16        MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  QUESTION

09:34AM 17   AS TO TIME.  THE QUESTION IS VAGUE.

09:34AM 18        THE COURT:  DO YOU WANT TO JUST TIME STAMP THE

09:34AM 19   QUESTION.

09:34AM 20        MR. SCHENK:  YES.

09:34AM 21   Q.   MR. JHAVERI, YOU DESCRIBED TO THE JURY EARLIER THAT YOU

09:34AM 22   TRANSITIONED AGAIN TO WORK ON THE THERANOS-WALGREENS

09:35AM 23   RELATIONSHIP IN 2013; IS THAT RIGHT?

09:35AM 24   A.   IT WAS TOWARDS THE LATTER OF 2013 AND THEN INTO 2014 IS

09:35AM 25   WHEN I STARTED TO REALLY BECOME MORE INVOLVED.

09:35AM   1    Q.   AND WE'LL GET TO THIS A LITTLE BIT LATER, BUT YOU

09:35AM   2    DESCRIBED THERE WAS AN INSTANCE WHEN YOU WENT TO THERANOS

09:35AM   3    HEADQUARTERS IN PALO ALTO.

09:35AM   4         DO YOU RECALL THAT?

09:35AM   5    A.   I DO.

09:35AM   6    Q.   AND WAS THAT IN 2013?

09:35AM   7    A.   I BELIEVE SO, YES.

09:35AM   8    Q.   AND SO IN 2013, WAS THIS SENTENCE THAT I READ TO YOU A

09:35AM   9    MOMENT AGO AN ACCURATE DESCRIPTION OF YOUR UNDERSTANDING OF

09:35AM  10    WHAT THE THERANOS TECHNOLOGY INSIDE OF A WALGREENS STORE WOULD

09:35AM  11    OFFER TO PATIENTS?

09:35AM  12    A.   YES.

09:35AM  13    Q.   I'M SORRY?

09:35AM  14    A.   YES.

09:35AM  15    Q.   IN IT, IT INCLUDES REFERENCES TO BLOOD TESTS FROM A

09:35AM  16    FINGERSTICK.

09:35AM  17         DID YOU UNDERSTAND THAT THERANOS WAS OFFERING TO COMPLETE

09:35AM  18    BLOOD TESTING ON PATIENTS FROM BLOOD DRAWS FROM A FINGER?

09:36AM  19    A.   THAT'S CORRECT.

09:36AM  20    Q.   AND DID YOU UNDERSTAND THAT THE TURN-AROUND TIME, THE

09:36AM  21    AMOUNT OF TIME IT WOULD TAKE FOR A BLOOD TEST TO GENERATE A

09:36AM  22    RESULT, WAS, AS IT SAYS HERE, IN LESS THAN AN HOUR AT WALGREENS

09:36AM  23    PHARMACIES, AGAIN IN 2013?

09:36AM  24    A.   YES.  I DIDN'T KNOW THE EXACT TIME, BUT I KNEW IT WAS

09:36AM  25    VERY, VERY EFFICIENT AND FAST, AND IN UNDER AN HOUR YOU WOULD

09:36AM   1       HAVE THE RESULTS.

09:36AM   2       Q.   UNDER NUMBER 2 ON THIS PAGE, THERE'S SOMETHING CALLED

09:36AM   3       PROGRAM OBJECTIVES, AND THEN A SUBPARAGRAPH A.

09:36AM   4            DO YOU SEE WHERE I AM?

09:36AM   5       A.   YES, SIR.

09:36AM   6       Q.   IT READS, "MAKE BLOOD TESTING FASTER, AND FAR MORE

09:36AM   7       ACCESSIBLE, EFFECTIVE, AND ACTIONABLE BY INTRODUCING A MORE

09:36AM   8       COST EFFECTIVE, REALTIME BLOOD TESTING SERVICE AT WALGREENS

09:36AM   9       STORES AND WALGREENS' OTHER CLINICAL OPERATIONS NATIONWIDE."

09:36AM  10            DO YOU SEE THAT?

09:36AM  11       A.   I DO.

09:36AM  12       Q.   AND WAS THIS ALSO ACCURATE AT THE TIME, THAT IS 2013,

09:36AM  13       REGARDING YOUR UNDERSTANDING OF WHAT THERANOS WAS OFFERING TO

09:37AM  14       WALGREENS PATIENTS?

09:37AM  15       A.   YES, SIR.

09:37AM  16       Q.   IF YOU'LL NOW PLEASE TURN TO PAGE 6.

09:37AM  17            ON PAGE 6 WE SEE SCHEDULE B, AND UNDER NUMBER 2 THERE'S

09:37AM  18       SOMETHING CALLED "BEST PRICE GUARANTEE?"

09:37AM  19            DO YOU SEE THAT?

09:37AM  20       A.   I DO.

09:37AM  21       Q.   AND IF WE CAN BLOW UP 2 AND DOWN THROUGH THE A, B, AND C,

09:37AM  22       PLEASE, MS. WACHS.

09:37AM  23            THANK YOU.

09:37AM  24            THE LAST SENTENCE OF THE PARAGRAPH UNDER NUMBER 2 READS,

09:37AM  25       "FOR PURPOSES OF THIS AGREEMENT, AVAILABLE CARTRIDGES INCLUDE

09:37AM  1    FIRST GENERATION CARTRIDGES OF THERANOS SYSTEMS VERSIONS 1, 2,

09:37AM  2    AND 3 AS DEFINED BELOW."

09:37AM  3         MR. JHAVERI, DO YOU HAVE AN UNDERSTANDING OF WHAT VERSIONS

09:37AM  4    1, 2, AND 3 REFERRED TO?

09:37AM  5    A.   YES.  WHEN I STARTED WORKING ON THE PROJECT, MR. BALWANI

09:37AM  6    AND I DISCUSSED WHAT THE TESTS WERE THAT WERE BEING OFFERED.

09:38AM  7    VERSION 1 TESTS WERE YOUR NORMAL ROUTINE TESTS THAT YOU WOULD

09:38AM  8    RECEIVE, LIKE A CBC AND THINGS OF THAT NATURE.

09:38AM  9         VERSION 2 WERE TESTS THAT THERANOS TEAMS WERE WORKING ON,

09:38AM  10   STD, THINGS OF THAT NATURE.

09:38AM  11        AND VERSION 3 TESTS WERE PLANNED TO BE THESE PREDICTIVE

09:38AM  12   TESTS THAT THEY COULD THEN DETERMINE IF YOU ARE PREDISPOSED TO

09:38AM  13   CANCER, THINGS OF THAT NATURE.

09:38AM  14        BUT THOSE WERE LONG-TERM.  THEY WERE NOT IN EXISTENCE

09:38AM  15   TODAY.

09:38AM  16   Q.   YOU STARTED THAT DESCRIPTION BY SAYING THAT YOU HAD

09:38AM  17   CONVERSATIONS WITH MR. BALWANI; IS THAT RIGHT?

09:38AM  18   A.   THAT'S RIGHT.

09:38AM  19   Q.   WHO WAS YOUR MAIN POINT OF CONTACT OVER THE YEARS WHEN YOU

09:38AM  20   WORKED ON THIS PROJECT AT THERANOS?

09:38AM  21   A.   YEAH.  ONCE I WAS FULLY INVOLVED IN THE PROJECT, IT WAS

09:38AM  22   MR. BALWANI THAT WAS MY DAY-TO-DAY INTERACTIONS, IF YOU WANT TO

09:38AM  23   CALL IT THAT.

09:38AM  24   Q.   YOU SAID THAT VERSION 3 WERE -- LET ME ASK YOU, WERE THEY

09:38AM  25   TESTS THAT THERANOS, AS YOU UNDERSTOOD IT, CURRENTLY HAD

09:38AM   1    AVAILABLE, OR THEY WERE FUTURE?

09:38AM   2    A.   THEY WERE FUTURE TESTS.

09:39AM   3    Q.   HOW ABOUT VERSION 1?  WHAT WAS YOUR UNDERSTANDING WITH

09:39AM   4    REGARD TO VERSION 1?

09:39AM   5    A.   VERSION 1 TESTS WERE WHAT THEY OFFERED TODAY AT THE TIME.

09:39AM   6    Q.   I'M SORRY?

09:39AM   7    A.   VERSION 1 TESTS WERE THE TESTS THAT THEY WERE OFFERING AT

09:39AM   8    THAT TIME.

09:39AM   9    Q.   AND DID SOMEONE AT THERANOS TELL YOU THAT?

09:39AM  10    A.   THAT WAS IN THE DISCUSSIONS THAT WE'D HAD AS TEAMS.

09:39AM  11    Q.   AND TO BE MORE SPECIFIC, DO YOU REMEMBER IF THERE WAS AN

09:39AM  12    INDIVIDUAL AT THERANOS WHO PROVIDED YOU WITH THAT INFORMATION,

09:39AM  13    THAT VERSION 1 WAS AVAILABLE TODAY?

09:39AM  14    A.   MR. BALWANI AND I HAD DISCUSSIONS ABOUT WHICH TESTS WERE

09:39AM  15    BEING OFFERED.

09:39AM  16         HE ALSO REFERRED ME TO THE WEBSITE, THE THERANOS WEBSITE

09:39AM  17    WHERE ALL OF THE TESTS WERE LISTED.  SO WE HAD A REAL GOOD IDEA

09:39AM  18    OF EXACTLY WHAT TESTS THEY WERE AND WHAT WAS BEING OFFERED AT

09:39AM  19    THE TIME.

09:39AM  20    Q.   AND IF YOU'LL NOW LOOK AT 2(A), VERSION 1, IT READS, "ALL

09:39AM  21    ROUTINE LABORATORY TESTS SPECIFIED ON SCHEDULE D."

09:39AM  22         DO YOU SEE THAT?

09:39AM  23    A.   I DO.

09:39AM  24    Q.   AND SO LET'S FOLLOW THAT THROUGH TO SEE HOW VERSION 1 IS

09:40AM  25    DEFINED.  IF YOU'LL NOW TURN TO PAGE 23 OF THIS DOCUMENT.

JHAVERI DIRECT BY MR. SCHENK

09:40AM   1          DO YOU SEE AT THE TOP OF PAGE 23 THIS PAGE IS TITLED

09:40AM   2    SCHEDULE D?

09:40AM   3    A.   I DO.

09:40AM   4    Q.   AND IN THE MIDDLE THERE IS SOME BOLD LANGUAGE THAT READS

09:40AM   5    "ROUTINE LABORATORY TESTS (VERSION 1)."

09:40AM   6          DO YOU SEE THAT?

09:40AM   7    A.   YES, SIR.

09:40AM   8    Q.   AND UNDERNEATH IT SAYS, "LIST ATTACHED TO END OF

09:40AM   9    AGREEMENT."

09:40AM   10         AND NOW, MR. JHAVERI, IF YOU'LL TURN TO PAGE 37 OF THIS

09:40AM   11   DOCUMENT.

09:40AM   12         DO YOU SEE BEGINNING ON PAGE 37 SOMETHING CALLED THERANOS

09:40AM   13   BASE ASSAY LIBRARY?

09:40AM   14   A.   I DO.

09:40AM   15   Q.   AND WOULD YOU PLEASE COUNT FOR THE JURY HOW MANY PAGES

09:41AM   16   THIS PORTION GOES ON FOR, PAGES THAT LOOK LIKE THIS?

09:41AM   17         AND, MS. WACHS, IF WE COULD AT THE SAME TIME JUST SCROLL

09:41AM   18   FROM PAGE 37 THROUGH PAGE 44.

09:41AM   19   A.   DO YOU WANT ME TO COUNT EIGHT PAGES?

09:41AM   20   Q.   YES, SIR.

09:41AM   21   A.   ONE, TWO, THREE, FOUR, FIVE, SIX, SEVEN, EIGHT.

09:41AM   22         EIGHT TOTAL.

09:41AM   23   Q.   THANK YOU.

09:41AM   24         NOW, IF YOU'LL TURN TO PAGE 39.

09:41AM   25   A.   YES, SIR.

09:41AM 1   Q.   THE EIGHT PAGES THAT YOU'VE JUST COUNTED, DO THEY ALL

09:41AM 2   ROUGHLY LOOK LIKE PAGE 39?

09:41AM 3   A.   YES.

09:41AM 4   Q.   DIFFERENT TESTS; IS THAT RIGHT?

09:41AM 5   A.   THAT'S CORRECT.

09:41AM 6   Q.   ON PAGE 39, ABOUT SIX TESTS DOWN FROM THE TOP, WHICH TEST

09:42AM 7   IS LISTED THERE?

09:42AM 8   A.   COMPLETE CBC.

09:42AM 9   Q.   OKAY.  AND THEN DOES IT GIVE A FURTHER DESCRIPTION OF A

09:42AM 10  COMPLETE BLOOD COUNT?

09:42AM 11  A.   YES, COMPLETE CBC AUTOMATED BLOOD COUNT, COMPLETE CBC

09:42AM 12  AUTOMATED HEMOGLOBIN, HEMATOCRIT, RED BLOOD CELLS, WHITE BLOOD

09:42AM 13  CELLS, AND PLATELET COUNT.

09:42AM 14  Q.   THANK YOU VERY MUCH.

09:42AM 15       WAS IT YOUR UNDERSTANDING THAT THE EIGHT PAGES THAT YOU

09:42AM 16  AND I JUST LOOKED AT WERE A LIST OF THE TESTS THAT THERANOS

09:42AM 17  TOLD WALGREENS IT COULD RUN?

09:42AM 18            MR. COOPERSMITH:  OBJECTION.  LEADING.

09:42AM 19            THE COURT:  SUSTAINED.

09:42AM 20  BY MR. SCHENK:

09:42AM 21  Q.   WHAT WAS THE POINT OF THE LIST THAT WE JUST LOOKED AT?

09:42AM 22  A.   IT WAS TO UNDERSTAND WHAT TESTS WERE BEING OFFERED.

09:42AM 23  Q.   BY WHOM?

09:42AM 24  A.   BY THERANOS.

09:42AM 25  Q.   IF YOU'LL NOW TURN TO PAGE 617.  I'M SORRY, EXHIBIT 617.

09:43AM  1          MR. JHAVERI, DO YOU RECOGNIZE THIS DOCUMENT?

09:43AM  2     A.   I DO.

09:43AM  3     Q.   AND IS THIS AN AMENDED MASTER SERVICES AGREEMENT DATED IN

09:43AM  4     JUNE OF 2012?

09:43AM  5     A.   YES, SIR.

09:43AM  6     Q.   WAS THIS ALSO ONE OF THE DOCUMENTS THAT YOU REVIEWED WHEN

09:43AM  7     YOU WERE GETTING YOURSELF UP TO SPEED IN 2013?

09:43AM  8     A.   YES, SIR.

09:43AM  9          MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 617.

09:43AM  10         MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

09:43AM  11         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:43AM  12    (GOVERNMENT'S EXHIBIT 617 WAS RECEIVED IN EVIDENCE.)

09:43AM  13    BY MR. SCHENK:

09:43AM  14    Q.   MR. JHAVERI, I'M SHOWING YOU NOW THE FIRST PAGE OF

09:43AM  15    EXHIBIT 617.  IS THIS ONE ENTITLED AMENDED AND RESTATED

09:43AM  16    THERANOS MASTER SERVICES AGREEMENT?

09:43AM  17    A.   IT IS.

09:43AM  18    Q.   AND IF YOU'LL NOW TURN TO PAGE 4 OF THIS VERSION.

09:44AM  19         UNDER 2, UNDER PROGRAM OBJECTIVES UNDER SUBPARAGRAPH A, IT

09:44AM  20    READS, "MAKE TESTING LESS INVASIVE, FASTER, AND FAR MORE

09:44AM  21    ACCESSIBLE, EFFECTIVE AND ACTIONABLE BY INTRODUCING A MORE COST

09:44AM  22    EFFECTIVE BLOOD TESTING SERVICE AT WALGREENS STORES AND

09:44AM  23    WALGREENS' OTHER CLINICAL OPERATIONS NATIONWIDE," AND THEN IT

09:44AM  24    CONTINUES.

09:44AM  25         MR. JHAVERI, AGAIN, IN 2013 WHEN YOU WERE GETTING UP TO

09:44AM  1    SPEED ON THE PROJECT, IS THIS SUBPARAGRAPH CONSISTENT WITH YOUR

09:44AM  2    UNDERSTANDING OF WHAT THERANOS WAS OFFERING?

09:44AM  3    A.   YES, IT IS.

09:44AM  4    Q.   IN PARAGRAPH 3 THAT IS ENTITLED PHASED DISRUPTION, SORT OF

09:44AM  5    IN THE MIDDLE OF THE PARAGRAPH, DO YOU SEE WHERE IT BEGINS, "IT

09:44AM  6    IS THE PARTIES' INTENTION FOR WALGREENS TO ACT."

09:44AM  7         DO YOU SEE WHERE I AM?  SORT OF FOUR LINES DOWN IN THE

09:44AM  8    MIDDLE?

09:44AM  9    A.   YES, I DO.

09:44AM 10    Q.   "IT IS THE PARTIES' INTENTION FOR WALGREENS TO ACT AS A

09:45AM 11    PATIENT SERVICE CENTER AND COLLECT BLOOD SAMPLES VIA

09:45AM 12    FINGERSTICK TECHNOLOGY, SMALL SAMPLES OF URINE, SALIVA, FECES,

09:45AM 13    OR SWABS WITH LABORATORY TESTING TO BE PERFORMED BY THERANOS AT

09:45AM 14    A CLIA CERTIFIED OFFSITE LABORATORY (PSC PHASE)."

09:45AM 15         DO YOU SEE THAT?

09:45AM 16    A.   I DO.

09:45AM 17    Q.   AND FIRST OF ALL, WHAT DOES PSC STAND FOR?

09:45AM 18    A.   PATIENT SERVICE CENTER.

09:45AM 19    Q.   AND WHAT IS THIS DESCRIBING HERE?  WHAT IS THE PSC PHASE?

09:45AM 20    A.   SO WHAT WE WERE DOING AT THE WALGREENS STORES, A PHARMACY

09:45AM 21    TECHNICIAN OR A PHLEBOTOMIST WOULD EXTRACT YOUR BLOOD FOR THE

09:45AM 22    BLOOD TEST, AND THEN THAT BLOOD WOULD BE TRANSPORTED BY COURIER

09:45AM 23    SERVICE TO THE THERANOS LAB FOR THE TESTING OF THE BLOOD, AND

09:45AM 24    THEN SUBSEQUENTLY THE RESULTS BEING DETERMINED AND THEN SENT TO

09:46AM 25    THE PROVIDER.

09:46AM 1        WHAT WE WERE TALKING ABOUT HERE IS -- THE PSC IS WHAT WE

09:46AM 2   WERE CREATING INSIDE OF EACH OF THE WALGREENS STORES, THE

09:46AM 3   PATIENT SERVICE CENTER SORT OF SAY OR THE WELLNESS CENTERS.

09:46AM 4        WE USED VARIOUS DIFFERENT NAMES THROUGHOUT THE PROJECT,

09:46AM 5   BUT THAT'S WHAT WE WERE TALKING ABOUT.

09:46AM 6   Q.   AND YOU DESCRIBED JUST A MOMENT AGO BOTH AN EMPLOYEE OF

09:46AM 7   WALGREENS, A TECHNICIAN, OR A PHLEBOTOMIST WOULD COLLECT THE

09:46AM 8   BLOOD.

09:46AM 9        WHAT DID YOU MEAN BY THAT?

09:46AM 10  A.   WELL, PART OF THE PROJECT, AS WE WERE STARTING IT, WAS TO

09:46AM 11  MAKE SURE THAT WE COULD TAKE CARE OF THE PATIENTS WHEN THEY

09:46AM 12  COME IN FOR THEIR ORDER THAT THEIR PHYSICIAN OR PROVIDER GAVE

09:46AM 13  THEM, AND SO WE TRAINED PHARMACY TECHNICIANS TO DO THE

09:46AM 14  FINGERSTICK, BECAUSE THEY CAN, AND THERE WAS NO REQUIREMENT

09:46AM 15  THAT THEY HAVE TO BE A LICENSED PHLEBOTOMIST, THINGS OF THAT

09:47AM 16  NATURE, TO DO A FINGERSTICK.

09:47AM 17       HOWEVER, IF THE BLOOD DRAW REQUIRED A VENOUS DRAW WHICH IS

09:47AM 18  YOUR TRADITIONAL -- IF YOU EVER GO TO A LAB AND HAVE A VENOUS

09:47AM 19  DRAW, THREE TEST TUBES OR TWO TEST TUBES OR WHATEVER THE CASE

09:47AM 20  IS, THAT DOES REQUIRE A LICENSED PHLEBOTOMIST.

09:47AM 21       SO IN THIS CASE WE HAD BOTH OF THOSE INDIVIDUALS AVAILABLE

09:47AM 22  DEPENDING ON WHAT WAS NEEDED FOR THE PATIENT.

09:47AM 23  Q.   SO DID YOU KNOW THAT THERANOS BLOOD TESTING WOULD REQUIRE

09:47AM 24  AT LEAST SOME VEIN DRAWS?

09:47AM 25  A.   AT THAT TIME, YES, WE DID KNOW THAT, YOU KNOW, ABOUT

09:47AM  1    40 PERCENT WAS THROUGH THE VEIN VERSUS THE FINGERSTICK.

09:47AM  2    Q.   AND DID YOU HAVE CONVERSATIONS WITH MR. BALWANI ABOUT THAT

09:47AM  3    FACT, THAT SOME OF THE BLOOD TESTING WOULD BE DONE BY

09:47AM  4    VENIPUNCTURE OR USING A PHLEBOTOMIST?

09:47AM  5    A.   YES, MR. BALWANI AND I DISCUSSED THAT.

09:47AM  6    Q.   AND DID YOU TALK TO MR. BALWANI ABOUT WHY THAT WOULD BE

09:47AM  7    NECESSARY?  WHY THERANOS WOULD NOT BE ABLE TO DO ALL TESTING

09:48AM  8    THROUGH FINGERSTICK?

09:48AM  9    A.   YES, IT WAS -- WHEN WE STARTED THE PROJECT, WE WANTED TO

09:48AM 10    MAKE SURE THAT WE DETERMINED THAT WE ARE HITTING ON ALL OF THE

09:48AM 11    METRICS THAT WE COCREATED, MEANING THERANOS AND WALGREENS TEAMS

09:48AM 12    DETERMINED WHICH METRICS WE WANTED TO GO AFTER THAT WOULD DEEM

09:48AM 13    IT TO BE SUCCESSFUL.

09:48AM 14         AND EVERYTHING FROM HOW LONG THE PATIENT WAITED, HOW LONG

09:48AM 15    IT TOOK FOR THE ENTIRE INTERACTION TO OCCUR, HOW LONG IT TOOK

09:48AM 16    FOR YOU TO GET CHECKED IN, YOU KNOW, TO THE NUMBER OF

09:48AM 17    TECHNICIANS THAT WERE BEING TRAINED, HOW LONG DID IT TAKE TO

09:48AM 18    TRAIN THEM?  HOW WAS THE BLOOD DRAWN FROM THE PATIENT?  WAS IT

09:48AM 19    BY FINGERSTICK OR BY THE VENOUS DRAW?

09:48AM 20         AND SO WE MEASURED ALL OF THIS AND THESE ARE METRICS THAT

09:48AM 21    WE MONITORED, AND MR. BALWANI AND I HAD DISCUSSIONS ON IT, AS

09:48AM 22    WELL AS THE TEAMS HAD DISCUSSIONS WHEN THEY MET ON A REGULAR

09:48AM 23    BASIS TO ENSURE THAT WE WERE HITTING ON THOSE METRICS.

09:49AM 24         AND IF WE WEREN'T, THEN LET'S MAKE SURE THAT WE UNDERSTAND

09:49AM 25    WHAT WE NEED TO DO TO FIX THEM OR CORRECT THEM.

```
09:49AM   1     Q.   AND YOU DESCRIBED THE METHOD OF THE BLOOD DRAW AS ONE OF

09:49AM   2     THE METRICS; IS THAT RIGHT?

09:49AM   3     A.   YES, SIR.

09:49AM   4     Q.   AND SO THAT IS WHETHER IT'S A FINGERSTICK OR A VEIN DRAW?

09:49AM   5     A.   THAT'S RIGHT.

09:49AM   6     Q.   AND WHY WAS THAT A METRIC THAT WAS BEING MEASURED OR THAT

09:49AM   7     YOU AND YOUR TEAMS WERE PAYING ATTENTION TO?

09:49AM   8     A.   WELL, THE TECHNOLOGY THAT WE WERE PARTNERING WITH THERANOS

09:49AM   9     ON WAS THE FINGERSTICK TECHNOLOGY THAT ALLOWED A PATIENT TO GET

09:49AM   10    THEIR BLOOD TESTED WITH A SMALL AMOUNT OF BLOOD.  IT WASN'T

09:49AM   11    YOUR TRADITIONAL THREE TEST TUBES OR TWO -- WHATEVER THE NUMBER

09:49AM   12    IS.  SO THAT WAS THE PROPRIETARY TECHNOLOGY.  IT COULD BE DONE

09:49AM   13    IN A VERY SHORT PERIOD OF TIME.

09:49AM   14         SO WHAT WE WANTED TO MAKE SURE IS THAT THE EXPECTATION OF

09:49AM   15    THE PATIENT COMING IN OF GETTING A FINGERSTICK WAS BEING MET.

09:49AM   16         THE EXPECTATION OF A PROVIDER ORDERING THAT TEST THROUGH

09:50AM   17    FINGERSTICK ALSO NEEDED TO BE MET.

09:50AM   18         AND SO WE WANTED TO MEASURE THAT.  ARE WE DOING THAT OR

09:50AM   19    NOT?

09:50AM   20         AND SO THAT WAS A KEY METRIC THAT WE LOOKED AT EVERY

09:50AM   21    MONTH.

09:50AM   22    Q.   AND DID THE PERCENT OF FINGERSTICK DRAWS, OR THE PERCENT

09:50AM   23    OF VENOUS DRAWS, THAT IS, HOW OFTEN A PATIENT WAS GETTING ONE

09:50AM   24    OR THE OTHER, DID THAT MATTER TO WALGREENS?

09:50AM   25    A.   IT DID.
```

JHAVERI DIRECT BY MR. SCHENK

09:50AM  1    Q.   DID YOU TALK ABOUT THAT FACT, THAT IS, THAT IT MATTERED TO

09:50AM  2    WALGREENS, WITH MR. BALWANI?

09:50AM  3    A.   YES.

09:50AM  4    Q.   DO YOU KNOW WHETHER MR. BALWANI KNEW THAT IT MATTERED TO

09:50AM  5    WALGREENS?

09:50AM  6    A.   MR. BALWANI KNEW THAT IT MATTERED TO WALGREENS AND TO

09:50AM  7    THERANOS.

09:50AM  8    Q.   AND HOW DO YOU KNOW THAT?  WHY DO YOU SAY THAT?

09:50AM  9    A.   WE HAD A VERY OPEN DIALOGUE.  MR. BALWANI AND I HAD

09:50AM  10   CONVERSATIONS.  WE DISCUSSED THE PROJECT, HOW IT WAS GOING, THE

09:50AM  11   PROGRESS, THE STATUS, WHAT THE FUTURE WAS, HOW DO WE PLAN FOR

09:50AM  12   WHERE WE WANT TO LAUNCH?

09:50AM  13        SO THESE WERE THINGS THAT WE DISCUSSED OPENLY.

09:50AM  14        YOU KNOW, REMEMBER, WALGREENS WAS NOT THE LAB.  I WAS NOT

09:51AM  15   THE LAB EXPERT.  THERANOS WAS THE LAB EXPERT.  WE WERE

09:51AM  16   PROVIDING THE SPACE, SOME OF THE EMPLOYEES, THE FLOW OF THE

09:51AM  17   PATIENTS COMING IN, AND BRINGING THAT TOGETHER IS THE

09:51AM  18   PARTNERSHIP.

09:51AM  19        SO ANY TYPE OF QUESTIONS THAT WE HAD IN REGARDS TO THE

09:51AM  20   ACTUAL LAB, CERTAINLY MR. BALWANI WAS ON POINT TO HELP US

09:51AM  21   UNDERSTAND.

09:51AM  22   Q.   DO YOU REMEMBER WHEN WALGREENS BEGAN OFFERING THERANOS

09:51AM  23   BLOOD TESTING SERVICES AT WALGREENS STORES?

09:51AM  24   A.   IT WAS -- I BELIEVE IN 2013 WE HAD OPENED OUR FIRST STORE

09:51AM  25   IN PALO ALTO, WHICH WAS NEAR THE THERANOS HEADQUARTERS, AND

09:51AM   1    THEN WE OPENED A COUPLE MORE STORES IN PHOENIX, ARIZONA.

09:51AM   2    Q.   AND I CAN SHOW YOU A DOCUMENT IF IT WOULD HELP IN A

09:51AM   3    MOMENT, BUT DO YOU REMEMBER THE MONTH IN 2013?

09:51AM   4    A.   I BELIEVE IT WAS IN NOVEMBER.  IF I'M NOT MISTAKEN,

09:52AM   5    NOVEMBER OR DECEMBER.

09:52AM   6    Q.   OKAY.  AND YOU SAID AFTER THAT THERE WERE ADDITIONAL

09:52AM   7    STORES.  PALO ALTO WAS THE FIRST.

09:52AM   8         HOW MANY MORE STORES, THROUGHOUT THE ENTIRE RELATIONSHIP,

09:52AM   9    OPENED?

09:52AM   10   A.   WE OPENED 41 STORES TOTAL BY OCTOBER OF 2014.

09:52AM   11        AND 2013, I WAS STILL NOT FULLY INVOLVED WITH THE PROJECT

09:52AM   12   AS MY TEAM WASN'T INVOLVED IN THAT.

09:52AM   13        AROUND THE EARLY 2014, MY TEAM TOOK OVER THE INITIATIVE.

09:52AM   14   WE PARTNERED WITH THE THERANOS TEAM.

09:52AM   15        AND WHAT WE NEEDED TO DO WAS TO START TO EXPAND THE NUMBER

09:52AM   16   OF STORES SO WE CAN DETERMINE WHAT IS WORKING, WHAT IS NOT

09:52AM   17   WORKING.

09:52AM   18        ONE OF THE THINGS THAT WE TRY TO DO, AND MOST COMPANIES

09:52AM   19   TRY TO DO, IS THIS CONCEPT OF CRAWL, WALK, RUN, RIGHT?

09:52AM   20        YOU DON'T JUST BUILD A CAR AND PUT IT OUT ONTO THE ROAD.

09:52AM   21   YOU HAVE TO TEST IT.

09:52AM   22        SO WHAT WE WERE DOING IS WE HAD THREE STORES, WE WANTED TO

09:53AM   23   EXPAND FURTHER SO WE COULD TEST ALL OF THESE THINGS.  HOW IS

09:53AM   24   THE EXPERIENCE LOOKING?  YOU KNOW, WHAT DOES THE WAIT TIME LOOK

09:53AM   25   LIKE?  MAYBE WE NEEDED TO REDESIGN THE SPACE?

JHAVERI DIRECT BY MR. SCHENK

09:53AM 1        ALL OF THOSE THINGS WERE PART OF THAT PROCESS OF

09:53AM 2    DETERMINING WHETHER WE WERE ACHIEVING SUCCESS, AND IF WE

09:53AM 3    WEREN'T, WELL, THEN WE WOULD PIVOT, SHIFT, IMPROVE, AND THEN

09:53AM 4    MOVE ON.

09:53AM 5    Q.   SO YOU SAID THAT THERE WERE A TOTAL OF 41 STORES; IS THAT

09:53AM 6    RIGHT?

09:53AM 7    A.   THAT'S CORRECT.

09:53AM 8    Q.   AND THERE WAS ONE, I THINK YOU SAID, IN PALO ALTO.  WHERE

09:53AM 9    WERE THE OTHER 40?

09:53AM 10   A.   THE OTHER 40 WERE IN THE PHOENIX, ARIZONA MARKET.

09:53AM 11   Q.   OKAY.  NOW, LET'S GO BACK TO THE TOPIC THAT WE WERE

09:53AM 12   DISCUSSING A MOMENT AGO, TRACKING VENOUS DRAW PERCENT OR

09:53AM 13   FINGERSTICK PERCENT.

09:53AM 14       DURING THE ENTIRE TIME THAT WALGREENS HAD THERANOS

09:53AM 15   SERVICES AVAILABLE IN ITS STORES, WAS THERE EVER A POINT WHEN

09:53AM 16   WALGREENS WAS SATISFIED, WAS HAPPY WITH THE VENOUS PERCENT?

09:53AM 17   A.   NO.

09:53AM 18   Q.   DID YOU COMMUNICATE THAT FACT TO MR. BALWANI?

09:54AM 19   A.   I DID.

09:54AM 20   Q.   DID MR. BALWANI EVER GIVE YOU REASONS OR AN EXPLANATION

09:54AM 21   FOR WHY THE VENOUS DRAW PERCENT WAS WHAT IT WAS, WAS AT THE

09:54AM 22   RATE THAT IT WAS?

09:54AM 23   A.   SURE.  WE DISCUSSED IT AND WE PRESENTED IT TO MY

09:54AM 24   LEADERSHIP AS WELL.  THERE WE ARE SEVERAL REASONS THAT HE

09:54AM 25   PROVIDED US.  ONE, THERE COULD BE -- THEY WERE STILL

JHAVERI DIRECT BY MR. SCHENK

09:54AM 1    DETERMINING ORDERING PATTERNS BY PHYSICIANS AND PROVIDERS TO

09:54AM 2    ENSURE THAT THEIR CARTRIDGES WERE READY.

09:54AM 3        HE ALSO LET ME KNOW THERE WERE INSTANCES WHERE PHYSICIANS

09:54AM 4    TOOK TESTS, THE ACCURACY OF THE TEST, A FINGERSTICK VERSUS A

09:54AM 5    VENOUS DRAW WOULD ACTUALLY ORDER TWO TESTS FOR THE PATIENT AND

09:54AM 6    SO THEY WERE SEEING THAT AS WELL.

09:54AM 7        THOSE WERE SOME OF THE REASONS THAT HE PROVIDED.

09:54AM 8        BUT HE ASSURED ME THAT OVER TIME THAT PERCENTAGE WOULD GO

09:54AM 9    DOWN.

09:54AM 10   Q.    LET'S TAKE THOSE TWO THAT YOU DESCRIBED.

09:54AM 11       THE FIRST I THINK YOU SAID WAS DEVELOPING CARTRIDGES AND

09:55AM 12   SORT OF GETTING A HANDLE ON THE ORDERING PATTERNS; IS THAT

09:55AM 13   RIGHT?

09:55AM 14   A.    THAT'S RIGHT.

09:55AM 15   Q.    WHAT DID THAT MEAN?

09:55AM 16   A.    MY UNDERSTANDING IS THAT AS TESTS WERE BEING ORDERED BY

09:55AM 17   PHYSICIANS, THAT THERANOS NEEDED TO UNDERSTAND WHAT TESTS WERE

09:55AM 18   BEING ORDERED SO THAT THEY CAN HAVE THE RIGHT CARTRIDGES IN THE

09:55AM 19   STORES.

09:55AM 20       AND IF THOSE CARTRIDGES WERE NOT THERE, THEN THEY WOULD

09:55AM 21   HAVE TO GO TO A VENOUS DRAW WHERE THEY REQUIRED A LITTLE BIT

09:55AM 22   MORE BLOOD.

09:55AM 23   Q.    WAS THE BLOOD TESTING BEING DONE IN THE STORES?

09:55AM 24   A.    NO, THE TESTING WAS NEVER DONE IN THE STORES.  IN THE

09:55AM 25   STORES WE WERE SIMPLY DOING THE BLOOD EXTRACTION.

09:55AM 1    Q.   I SEE.  SO THE BLOOD WAS EXTRACTED IN THE STORES.  WHERE

09:55AM 2    WAS THE TESTING BEING DONE?

09:55AM 3    A.   THE TESTING WAS DONE AT THERANOS'S LAB.

09:55AM 4    Q.   SO WHEN MR. BALWANI TOLD YOU THAT THERANOS NEEDED TO

09:55AM 5    DEVELOP THE RIGHT CARTRIDGES, WAS HE TALKING ABOUT THE RIGHT

09:55AM 6    CARTRIDGES INSIDE OF THE WALGREENS STORES, OR WAS HE TALKING

09:55AM 7    ABOUT DEVELOP THE CARTRIDGES BACK AT THE THERANOS LAB?

09:55AM 8    A.   YOU KNOW, I DON'T KNOW THE EXACT PLACE WHERE THOSE

09:55AM 9    CARTRIDGES.

09:56AM 10        WHAT I KNEW WAS THAT THERE WERE CARTRIDGES WHERE THE BLOOD

09:56AM 11   SAMPLE HAD TO GO.

09:56AM 12   Q.   OKAY.

09:56AM 13   A.   AND THOSE WERE WHAT NEEDED TO BE ACCURATE BASED ON THE

09:56AM 14   PATTERNS OF THE PROVIDERS IN THE AREA.

09:56AM 15   Q.   YOU ALSO SAID THAT MR. BALWANI TOLD YOU THAT THERE WERE

09:56AM 16   PHYSICIANS WHO WERE ORDERING TESTS TO CHECK THE ACCURACY.

09:56AM 17        WHAT DID YOU MEAN BY THAT?

09:56AM 18   A.   WELL, THIS WAS NEW TECHNOLOGY, AND IT WAS TECHNOLOGY THAT

09:56AM 19   COULD REVOLUTIONIZE THE HEALTH CARE INDUSTRY.

09:56AM 20        AND SO PHYSICIANS AND PROVIDERS WANTED TO MAKE SURE THAT

09:56AM 21   THE RESULTS THAT THEY WERE RECEIVING FROM A FINGERSTICK VERSUS

09:56AM 22   THE TRADITIONAL VENOUS DRAW WAS THE SAME.

09:56AM 23        THERE WERE STUDIES THAT HAVE SAID THAT 70 PERCENT OF ALL

09:56AM 24   MEDICAL DECISIONS ARE DONE BASED ON LABS, ON PATIENT'S LABS, SO

09:56AM 25   IT WAS VERY IMPORTANT THAT THE LABS ARE ACCURATE, THE RESULTS

09:56AM   1    ARE ACCURATE.

09:56AM   2        SO PART OF THIS WAS PHYSICIANS ORDERING BOTH TESTS TO

09:57AM   3    ENSURE THAT THEY CAN SEE BOTH RESULTS.

09:57AM   4    Q.   AS A REASON OR EXPLANATION FOR WHY THE VENOUS DRAW PERCENT

09:57AM   5    WAS WHERE IT WAS, DID MR. BALWANI EVER TELL YOU THAT THERANOS

09:57AM   6    WAS HAVING TECHNOLOGICAL PROBLEMS DEVELOPING TESTS?

09:57AM   7            MR. COOPERSMITH:  OBJECTION.  LEADING.

09:57AM   8            THE COURT:  SUSTAINED.

09:57AM   9    BY MR. SCHENK:

09:57AM  10    Q.   AMONG THE REASONS THAT MR. BALWANI PROVIDED, DID HE EVER

09:57AM  11    TELL YOU ANYTHING ELSE ABOUT THERANOS'S TECHNOLOGY?

09:57AM  12    A.   NO.

09:57AM  13    Q.   DID HE EVER TELL YOU THAT THE THERANOS LAB WAS TERRIBLE?

09:57AM  14    A.   NO.

09:57AM  15    Q.   IF YOU'LL NOW TURN TO PAGE 6 OF THE DOCUMENT IN FRONT OF

09:57AM  16    US.

09:57AM  17        AT THE VERY BOTTOM OF PAGE 6 THERE'S SOMETHING CALLED

09:57AM  18    "INNOVATION FEE."

09:57AM  19        DO YOU SEE THAT?

09:58AM  20    A.   I DO.

09:58AM  21    Q.   AND THEN AT THE TOP OF 7 IT SAYS "WALGREENS AGREES TO PAY

09:58AM  22    TO THERANOS AN INNOVATION FEE FOR UP TO $100 MILLION."

09:58AM  23        AND THEN IT HAS ROMAN NUMERALS I, II, AND III BELOW THAT.

09:58AM  24        DO YOU SEE THAT?

09:58AM  25    A.   YES, SIR.

09:58AM 1    Q.   AND NUMBER III SAYS, "UPON SUCCESSFUL PILOT COMPLETION AND

09:58AM 2    INITIATION OF PROGRAM LAUNCH, WALGREENS SHALL COMMIT TO A FINAL

09:58AM 3    DISTRIBUTION OF $50 MILLION."

09:58AM 4         DO YOU SEE THAT?

09:58AM 5    A.   YES.

09:58AM 6    Q.   AND WHAT DOES "UPON SUCCESSFUL PILOT COMPLETION MEAN"?

09:58AM 7         WHAT IS THE PILOT A REFERENCE TO?

09:58AM 8    A.   SO THE PILOT WAS REFERRING TO THE TESTS THAT I WAS

09:58AM 9    SPEAKING TO EARLIER TO GO FROM 3 TO 41 STORES AND TO ENSURE

09:58AM 10   THAT WE WERE HITTING -- THE ENTIRE WORKFLOW, THE ENTIRE

09:58AM 11   PROCESS, AND TO ENSURE THAT WE WERE HITTING THE METRICS THAT WE

09:59AM 12   HAD AGREED UPON TOGETHER, AND SO THAT WAS THE PILOT PHASE OF

09:59AM 13   IT.

09:59AM 14        AGAIN, AS I MENTIONED EARLIER, THE IDEA IS NOT TO GO FROM

09:59AM 15   0 TO 100.  THE IDEA WAS TO DO A CRAWL, WALK, RUN, SORT OF A

09:59AM 16   SLOW PROGRESSION SO WE UNDERSTAND WHAT WE'RE DOING, BOTH

09:59AM 17   THERANOS AND WALGREENS, TO HELP US GET BETTER, MAKE SURE THE

09:59AM 18   EXPERIENCE IS RIGHT, AND THAT'S WHAT WE WERE TRYING TO DO.

09:59AM 19   Q.   WHEN YOU WERE USING NUMBERS A MOMENT AGO, 0 TO 100, WHAT

09:59AM 20   WERE THOSE NUMBERS?

09:59AM 21   A.   WHAT I WAS REFERRING TO IS, YOU KNOW, YOU DON'T GO FROM 0

09:59AM 22   TO 100 MILES AN HOUR INSTANTLY.  YOU GRADUALLY INCREASE OVER

09:59AM 23   TIME.

09:59AM 24        IT WAS SIMPLY A DESCRIPTION TO SAY WHAT WE TRY TO DO WITH

09:59AM 25   ANY PROJECT IS TO DO IT IN PHASES, DO A PROOF OF CONCEPT, THEN

09:59AM   1    GO TO A PILOT, AND THEN FROM A PILOT, WE EXPAND THE PILOT.

10:00AM   2         WHEN WE BELIEVE WE'VE ACHIEVED THE SUCCESS WE'RE LOOKING

10:00AM   3    FOR, THEN WE START TO SCALE.

10:00AM   4         WE DO THAT NOT ONLY FOR A PARTNERSHIP WITH THERANOS, BUT

10:00AM   5    WE WOULD DO THAT FOR ANY PROJECT.

10:00AM   6    Q.   WHAT WOULD HAPPEN IF THE PILOT WAS NOT SUCCESSFUL?

10:00AM   7    A.   WELL, WE HAVE A COUPLE OF DIFFERENT CHOICES IF THE PILOT

10:00AM   8    IS NOT SUCCESSFUL.

10:00AM   9         ONE, IF THERE IS A DETERMINATION THAT WE CAN FIX IT AND

10:00AM  10    CORRECT IT AND COURSE CORRECT, THEN WE WOULD TAKE THOSE STEPS

10:00AM  11    AND THEN START TO MOVE FORWARD.

10:00AM  12         THERE ARE INSTANCES WHERE WE WOULD COMPLETELY STOP THE

10:00AM  13    PROJECT.  IF WE BELIEVE THAT WE CANNOT CORRECT THE ISSUES IN

10:00AM  14    THE PILOT OR IT'S NOT DRIVING THE VALUE TO PATIENTS, TO

10:00AM  15    CUSTOMERS, TO THE COMPANY, THEN WE WOULD STOP THE PROJECT.

10:00AM  16         SO THERE ARE A COUPLE OF DIFFERENT CHOICES THAT YOU CAN

10:00AM  17    MAKE WHEN IT COMES TO PILOTS.

10:00AM  18    Q.   IF THE PILOT WAS SUCCESSFUL, WHAT WOULD HAPPEN?

10:00AM  19    A.   WE WOULD CONTINUE TO EXPAND INTO MORE STORES, MORE

10:00AM  20    LOCATIONS, AND CONTINUE TO MONITOR IT OVER TIME.

10:01AM  21    Q.   DID YOU EVER DISCUSS THAT WITH MR. BALWANI -- AND BY

10:01AM  22    "THAT" I MEAN IF THE PILOT WAS NOT SUCCESSFUL -- THERE WAS ONE

10:01AM  23    FORK IN THE ROAD WITH CERTAIN OPTIONS SUCH AS NOT EXPANDING

10:01AM  24    FURTHER, AND IF THE PILOT WAS SUCCESSFUL, THERE WERE OTHER

10:01AM  25    OPTIONS, SUCH AS EXPANSION TO ADDITIONAL STORES?

JHAVERI DIRECT BY MR. SCHENK

10:01AM   1    A.   WE DID DISCUSS THAT.  WE OPENLY DISCUSSED EXPANSION PLANS

10:01AM   2    AND WHAT THAT WOULD REQUIRE FOR US TO GO FURTHER.

10:01AM   3         AND IF THE PILOT WAS NOT SUCCESSFUL, I DID LET MR. BALWANI

10:01AM   4    KNOW IT WOULD BE DIFFICULT FOR ME OR FOR ANY OF THE WALGREENS

10:01AM   5    LEADERSHIP TO SAY LET'S KEEP GOING.

10:01AM   6         AND SO THAT WAS OPENLY DISCUSSED.

10:01AM   7    Q.   DID YOU EVER TELL MR. BALWANI THAT A NATIONWIDE ROLLOUT OF

10:01AM   8    THERANOS SERVICES WITHIN WALGREENS STORES WAS GUARANTEED?

10:01AM   9    A.   NO, I DID WOULD NOT SAY THAT IT WAS GUARANTEED.

10:02AM   10        BUT WE HAD HOPED THAT IT WOULD BE NATIONWIDE, AND SO WE

10:02AM   11   TRIED WHATEVER WE CAN DO TO MAKE THE PILOT SUCCESSFUL.

10:02AM   12        AND SO THAT WAS THE HOPE, THAT WE WOULD GO NATIONWIDE.

10:02AM   13        BUT AGAIN, WHAT WE EXPANDED TO, HOW MANY STORES WE

10:02AM   14   EXPANDED TO WAS ALL BASED ON THE SUCCESS OF THE PILOT.  IF THE

10:02AM   15   PILOT IS NOT WORKING, I DON'T KNOW HOW ANYONE COULD JUSTIFY

10:02AM   16   MOVING TO FURTHER STORES.

10:02AM   17   Q.   WERE YOU WORKING HARD TO TRY TO MAKE THE PILOT SUCCESSFUL?

10:02AM   18   A.   ABSOLUTELY.

10:02AM   19   Q.   DID YOU ASSUME THAT MR. BALWANI WAS WORKING HARD TO MAKE

10:02AM   20   THE PILOT SUCCESSFUL?

10:02AM   21   A.   ABSOLUTELY.

10:02AM   22   Q.   WOULD YOU NOW TURN TO PAGE 9 OF THIS DOCUMENT.

10:02AM   23        ON PAGE 9 UNDER B3 THERE'S A PARAGRAPH ENTITLED "CRITICAL

10:02AM   24   VALUES."

10:02AM   25        DO YOU SEE THAT?

JHAVERI DIRECT BY MR. SCHENK                                    2912

10:02AM  1    A.   I DO.

10:02AM  2    Q.   AND IN IT, IT READS, "IN THE EVENT A RESULT REFLECTS ONE

10:02AM  3    OR MORE VALUES AT SUCH VARIANCE WITH NORMAL AS TO BE

10:02AM  4    POTENTIALLY LIFE-THREATENING (CRITICAL VALUE), THERANOS WILL BE

10:03AM  5    SOLELY RESPONSIBLE FOR NOTIFYING THE APPROPRIATE PERSONNEL

10:03AM  6    ACCORDING TO ITS OBLIGATIONS AS A CLIA-CERTIFIED LAB UNDER,"

10:03AM  7    AND THEN IT CONTINUES.

10:03AM  8        DO YOU SEE THAT?

10:03AM  9    A.   I DO.

10:03AM  10   Q.   WHEN THE RESULTS FROM BLOOD TESTS WERE GENERATED, DID

10:03AM  11   WALGREENS HAVE THOSE RESULTS OR DID THERANOS HAVE THOSE

10:03AM  12   RESULTS?

10:03AM  13   A.   NO, WALGREENS DID NOT RECEIVE THE RESULTS.

10:03AM  14       THERANOS WOULD HAVE THE RESULTS.

10:03AM  15   Q.   SO WHOSE JOB WAS IT TO MAKE USE OF THE INFORMATION?  TO

10:03AM  16   MAKE USE OF THE LAB RESULT?

10:03AM  17   A.   YEAH.  SO WHEN THE THERANOS -- KEEP IN MIND THAT WALGREENS

10:03AM  18   WAS NOT THE LAB.  THERANOS WAS THE LAB.

10:03AM  19       AND SO WHEN THEY RECEIVED THE RESULTS, IT WAS THEIR

10:03AM  20   RESPONSIBILITY THEN TO SEND THOSE RESULTS TO THE APPROPRIATE

10:03AM  21   PROVIDER THAT ORDERED THE TEST.  THAT WAS THEIR RESPONSIBILITY,

10:03AM  22   NOT WALGREENS'S RESPONSIBILITY.

10:03AM  23   Q.   WOULD YOU NOW TURN TO PAGE 23 OF THIS DOCUMENT, PLEASE.

10:04AM  24   ON PAGE 23, NUMBER 9 IS "DEVICE."

10:04AM  25       DO YOU SEE THAT?

10:04AM  1    A.   I DO.

10:04AM  2    Q.   "DEVICE MEANS THERANOS'S ANALYZER, THE THERANOS PATIENT

10:04AM  3    INTERFACE AND SAMPLE COLLECTION TOOLS."

10:04AM  4         IN 2013 WHEN, AS YOU DESCRIBED TO THE JURY, YOU WERE

10:04AM  5    REVIEWING DOCUMENTS TO GET YOURSELF UP TO SPEED, WAS THIS

10:04AM  6    SENTENCE CONSISTENT WITH YOUR UNDERSTANDING OF WHAT "DEVICE"

10:04AM  7    MEANT AND WHAT TECHNOLOGY THERANOS WAS USING?

10:04AM  8    A.   YES.  I HAD A HIGH LEVEL UNDERSTANDING THAT THERANOS WAS

10:04AM  9    USING THEIR OWN PROPRIETARY TECHNOLOGY TO DRAW THE BLOOD FROM

10:04AM 10    THE FINGERSTICK AND THEN PUT IT INTO WHAT THEY REFER TO AS A

10:04AM 11    NANOTAINER FOR COLLECTION.

10:04AM 12    Q.   WOULD YOU TURN TO PAGE 26.

10:04AM 13         AT THE VERY BOTTOM THERE'S SOMETHING CALLED "NATIONAL

10:05AM 14    ROLLOUT CRITERIA."

10:05AM 15         DO YOU SEE THAT?

10:05AM 16    A.   YES.

10:05AM 17    Q.   AND JUST -- I'M NOT GOING TO READ IT TO YOU.  TAKE A

10:05AM 18    MOMENT AND TELL ME IF IN THERE IT SAYS THAT A NATIONAL ROLLOUT

10:05AM 19    IS GUARANTEED.

10:05AM 20    A.   NO, IT DOESN'T SAY IT GUARANTEES IT.  IT IDENTIFIES SOME

10:05AM 21    OF THE CRITERIA THAT NEEDS TO BE MET, AND THEN A MUTUALLY

10:05AM 22    AGREED UPON EXPANSION FROM THERE.

10:05AM 23    Q.   AND THEN IF YOU TURN TO PAGE 27, IT CONTINUES WITH A

10:05AM 24    DISCUSSION OF A ROLLOUT.

10:05AM 25         SAME QUESTION.  IN THIS PARAGRAPH AT THE TOP, DOES IT SAY

10:05AM  1    THAT A NATIONAL ROLLOUT OF THERANOS TESTING SERVICES INSIDE OF

10:05AM  2    WALGREENS STORES WAS GUARANTEED?

10:06AM  3    A.   NO, IT DOES NOT.

10:06AM  4    Q.   IF YOU'LL NOW TURN TO EXHIBIT 966.

10:06AM  5         YOUR HONOR, 966 HAS BEEN PREVIOUSLY ADMITTED, AT LEAST THE

10:06AM  6    EMAIL PORTION.

10:06AM  7         PERMISSION TO PUBLISH?

10:06AM  8              THE COURT:  YES.

10:06AM  9    BY MR. SCHENK:

10:06AM  10   Q.   MR. JHAVERI, IF YOU'LL LOOK AT EXHIBIT 966, AND ACTUALLY

10:06AM  11   I'D LIKE YOU TO LOOK AT PAGES 7 AND 8.  SO WHAT HAS BEEN

10:06AM  12   ADMITTED SO FAR IS PAGE 1, AND I'M ASKING YOU TO LOOK AT

10:06AM  13   EXHIBIT 966, PAGES 7 AND 8.

10:06AM  14        DO YOU SEE PAGES 7 AND 8?

10:06AM  15   A.   I DO.

10:06AM  16   Q.   AND DO YOU RECOGNIZE THOSE PAGES?

10:06AM  17   A.   I DO.

10:06AM  18   Q.   AND WHAT ARE PAGES 7 AND 8?

10:06AM  19   A.   PAGES 7 AND 8 ARE ACTUALLY MY THERANOS TEST REPORT.  I HAD

10:07AM  20   A TEST DONE WHEN I WAS AT THE CORPORATE HEADQUARTERS OF

10:07AM  21   THERANOS, AND SO THESE WERE THE RESULTS FROM THOSE TESTS.

10:07AM  22              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT MOVES 7 AND

10:07AM  23   8 FOR EXHIBIT 966 INTO EVIDENCE, AND I'LL NOTE THAT WE HAVE

10:07AM  24   REDACTED CERTAIN INFORMATION, TEST RESULTS VALUES.

10:07AM  25              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:07AM   1            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:07AM   2            (GOVERNMENT'S EXHIBIT 966 WAS RECEIVED IN EVIDENCE.)

10:07AM   3            MR. COOPERSMITH:  WILL THIS BE 966 WITH A LETTER

10:07AM   4    OR --

10:07AM   5            MR. SCHENK:  I'M HAPPY TO DO IT EITHER WAY.  I

10:07AM   6    INTENDED TO JUST LEAVE IT AS 966 NOW THAT WE'VE ADDED PAGES 7

10:07AM   7    AND 8 TO IT.

10:07AM   8            THE COURT:  SO THE RECORD COULD REFLECT THAT 966

10:07AM   9    INCLUDES PAGES 7 AND 8 AS ONE 966.

10:07AM  10        IS THAT ALL RIGHT WITH YOU?

10:07AM  11            MR. COOPERSMITH:  YES, YOUR HONOR.

10:07AM  12            THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, THIS

10:07AM  13    HAS BEEN ADMITTED, IT MAY BE PUBLISHED, AND YOU'LL SEE PATIENT

10:08AM  14    RESULTS, THERE'S BLANK SPACES THERE.  ANY RESULTS HAVE BEEN

10:08AM  15    DELETED AND REDACTED FROM THIS BECAUSE OF CONFIDENTIALITY.

10:08AM  16        BUT OTHERWISE THE DOCUMENT IS -- WELL, YOU CAN ASK THE

10:08AM  17    WITNESS ABOUT THE DOCUMENT.

10:08AM  18            MR. SCHENK:  THANK YOU VERY MUCH, YOUR HONOR.

10:08AM  19    Q.   MR. JHAVERI, AT THE TOP SORT OF IN THE MIDDLE, DO YOU SEE

10:08AM  20    YOUR NAME ON PAGE 7 OF 966?

10:08AM  21    A.   YES, SIR.

10:08AM  22    Q.   AND DID YOU -- AT THE VERY TOP OF THE REPORT, IT SAYS

10:08AM  23    THERANOS TEST REPORT TECHNOLOGY DEMONSTRATION.

10:08AM  24        DO YOU SEE THAT?

10:08AM  25    A.   YES.

10:08AM  1    Q.   AND DID YOU HAVE THIS TECHNOLOGY DEMONSTRATION PERFORMED

10:08AM  2    AT THERANOS?

10:08AM  3    A.   YES.  WE WERE ACTUALLY AT THERANOS HEADQUARTERS TO MEET

10:08AM  4    WITH THEM IN 2013, I BELIEVE SOMETIME IN AUGUST, AROUND THAT

10:08AM  5    TIMEFRAME, AND THIS WAS A DEMONSTRATION AFTER BOTH TEAMS MET,

10:08AM  6    THE LEADERSHIP MET, AND THESE WERE THE RESULTS FROM THAT TEST.

10:08AM  7    Q.   AND IF YOU LOOK AT THE RIGHT -- ON THE TOP RIGHT OF THE

10:09AM  8    DOCUMENT THERE'S A DATE.

10:09AM  9         DO YOU SEE IT?

10:09AM  10   A.   YES.

10:09AM  11   Q.   AND WHAT IS THE DATE?

10:09AM  12   A.   AUGUST 13TH, 2013.

10:09AM  13   Q.   AND WHERE WERE YOU ON AUGUST 13TH, 2013?

10:09AM  14   A.   WELL, WE WERE AT THE THERANOS HEADQUARTERS IN PALO ALTO,

10:09AM  15   AND THIS TEST WAS DONE IN A SMALL ROOM NEXT TO A CONFERENCE

10:09AM  16   ROOM THAT WE WERE SITTING IN.

10:09AM  17   Q.   YOU SAID "WE."

10:09AM  18        WHO IS "WE"?

10:09AM  19   A.   THERE WERE SEVERAL WALGREENS LEADERSHIP THAT WENT TO VISIT

10:09AM  20   MR. BALWANI AND MS. HOLMES FOR DISCUSSION OF THE PARTNERSHIP,

10:09AM  21   WHAT WE ENVISIONED THIS PARTNERSHIP WILL BECOME, JUST STRATEGIC

10:09AM  22   DISCUSSIONS.

10:09AM  23        AND SO TOWARDS THE END OF THE MEETING IT WAS SUGGESTED, I

10:09AM  24   DON'T REMEMBER BY WHOM, THAT WOULD ANYONE LIKE TO TAKE THE TEST

10:09AM  25   AND SEE WHAT A PATIENT WOULD GO THROUGH?

10:09AM  1          AND SO, OF COURSE, I DID VOLUNTEER, AND I DID HAVE MY

10:09AM  2     BLOOD DRAWN THROUGH A FINGERSTICK, AND THEN THE RESULTS WERE

10:10AM  3     SENT TO ME.  I THINK BY THE TIME I GOT BACK HOME TO CHICAGO

10:10AM  4     FROM CALIFORNIA THE RESULTS WERE IN MY EMAIL.

10:10AM  5     Q.   MR. JHAVERI, YOU SAID THAT MR. BALWANI AND MS. HOLMES WERE

10:10AM  6     PRESENT; IS THAT RIGHT?

10:10AM  7     A.   THAT'S RIGHT.

10:10AM  8     Q.   AND YOU SAID THAT YOU DON'T REMEMBER WHO, BUT SOMEONE

10:10AM  9     SUGGESTED TO YOU, DOES ANYBODY WANT TO TAKE A TEST?  IS THAT

10:10AM  10    CORRECT?

10:10AM  11    A.   YEAH.  IT WAS MORE OF, YOU KNOW, LET'S DEMONSTRATE, THE

10:10AM  12    DEMONSTRATION OF EXACTLY WHAT THE FINGERSTICK LOOKS LIKE.

10:10AM  13         WE WENT INTO A SEPARATE ROOM, AND THERE WERE ALSO A COUPLE

10:10AM  14    OF MACHINES THAT I ASSUMED TO BE THE THERANOS TECHNOLOGY

10:10AM  15    MACHINES THAT THEY WOULD TEST THOSE RESULTS ON.

10:10AM  16         THOSE MACHINES WEREN'T OPERATIONAL IN THE ROOM, BUT I

10:10AM  17    THINK IT WAS JUST SIMPLY TO SHOW US WHAT THESE MACHINES WOULD

10:10AM  18    LOOK LIKE.

10:10AM  19    Q.   AND I THINK YOU SAID A MOMENT AGO IT WAS TO SHOW WHAT THE

10:10AM  20    PATIENT EXPERIENCE WOULD BE LIKE; IS THAT RIGHT?

10:10AM  21    A.   THAT'S RIGHT.

10:10AM  22    Q.   AND WHAT DID YOU MEAN BY THAT?

10:10AM  23    A.   WHAT EXACTLY WOULD HAPPEN WHEN A PATIENT WOULD WALK INTO A

10:11AM  24    WALGREENS STORE WHERE THERANOS SERVICES WERE BEING OFFERED, YOU

10:11AM  25    KNOW, HOW WOULD THE BLOOD BE DRAWN, WHAT WOULD BE SOME OF THE

10:11AM  1    TOOLS THAT THEY WOULD USE TO DRAW THE BLOOD, HOW FAST IT WOULD

10:11AM  2    BE, HOW LESS PAINFUL IT WOULD BE.

10:11AM  3        THOSE WERE SOME OF THE THINGS THAT WE WANTED TO SEE, AND

10:11AM  4    SO THIS WAS A DEMONSTRATION TO SHOW THAT.

10:11AM  5    Q.   YOU SAID THAT YOU DIDN'T KNOW WHO ASKED YOU IF YOU WERE

10:11AM  6    INTERESTED.  IS IT POSSIBLE IT WAS SOMEONE OTHER THAN

10:11AM  7    MS. HOLMES OR MR. BALWANI?

10:11AM  8            MR. COOPERSMITH:  OBJECTION.  IT CALLS FOR

10:11AM  9    SPECULATION.

10:11AM  10           THE WITNESS:  I COULDN'T TELL YOU.

10:11AM  11           THE COURT:  I'LL LEAVE THE ANSWER.  THE ANSWER WILL

10:11AM  12   REMAIN.

10:11AM  13           MR. SCHENK:  OKAY.

10:11AM  14   Q.   YOU SAID THAT IT WAS TO SHOW WHAT A PATIENT EXPERIENCE

10:11AM  15   WOULD BE LIKE.

10:11AM  16       CAN YOU BE MORE SPECIFIC?  WHAT PATIENT, OR WHOSE PATIENT?

10:11AM  17   A.   YEAH.  SO KEEP IN MIND WHAT WE WERE DOING WAS TO OFFER THE

10:11AM  18   THERANOS FINGERSTICK TECHNOLOGY, THE LAB SERVICES INSIDE OF A

10:12AM  19   WALGREENS STORE.

10:12AM  20       AND WHEN WE LAUNCHED THE SERVICE, THE PATIENT WOULD COME

10:12AM  21   IN WITH THEIR PHYSICIAN ORDER TO GET THEIR LAB TEST DONE.

10:12AM  22       AND SO WHAT WE WANTED TO SEE IS, WHAT DOES THAT

10:12AM  23   FINGERSTICK LOOK LIKE?  YOU KNOW, HOW LONG DOES IT TAKE?  HOW

10:12AM  24   ARE THEY EXTRACTING THE BLOOD?  HOW ARE THEY DRAWING THE BLOOD?

10:12AM  25   IS IT PAINFUL?

10:12AM   1        THINGS OF THAT NATURE THAT WOULD ACCOMPANY WHAT A PATIENT

10:12AM   2   OR A CUSTOMER WHO WALKED INTO A WALGREENS STORE WOULD

10:12AM   3   EXPERIENCE.

10:12AM   4   Q.   AND NOW IF YOU'LL TURN TO THE TAB RIGHT BEFORE THIS ONE,

10:12AM   5   IT'S TAB 957 IN YOUR BINDER.

10:12AM   6        YOUR HONOR, 957 HAS BEEN PREVIOUSLY ADMITTED.   PERMISSION

10:12AM   7   TO PUBLISH?

10:12AM   8             THE COURT:   YES.

10:12AM   9   BY MR. SCHENK:

10:12AM  10   Q.   MR. JHAVERI, I'M SHOWING YOU AN EMAIL WITHIN THERANOS --

10:12AM  11   YOU'RE NOT ON THIS DOCUMENT -- A CHAIN OF EMAILS ALSO FROM THIS

10:12AM  12   DATE AUGUST 13TH, 2013.

10:12AM  13        DO YOU SEE THAT?

10:12AM  14   A.   I DO.

10:13AM  15   Q.   AND THE SUBJECT LINE OF THE CHAIN IS DEMO WORKFLOW.

10:13AM  16        DO YOU SEE THAT?

10:13AM  17   A.   YES.

10:13AM  18   Q.   NOW, THE FIRST FULL EMAIL UP FROM THE BOTTOM THAT READS

10:13AM  19   UPDATE, DO YOU SEE WHERE I AM?   THE BOTTOM OF THE FIRST PAGE?

10:13AM  20   A.   YES.

10:13AM  21   Q.   "UPDATE:   WE JUST STARTED THE ADVIA RUN OF ALL SAMPLES."

10:13AM  22        DOES THE WORD "ADVIA" MEAN ANYTHING TO YOU?

10:13AM  23   A.   IT'S THE BRAND OF A LAB MACHINE.

10:13AM  24   Q.   IT'S THE BRAND OF A LAB MACHINE?

10:13AM  25   A.   YEAH.

10:13AM 1     Q.   AND WHEN YOU WERE HAVING YOUR BLOOD TESTED AT THERANOS,

10:13AM 2     DID YOU KNOW WHETHER IT WOULD BE TESTED ON A THERANOS DEVICE OR

10:13AM 3     ON A BRAND OF ANOTHER MACHINE CALLED AN ADVIA?

10:13AM 4     A.   NO.  THE ASSUMPTION WAS THAT IT WAS BEING RUN ON THE

10:13AM 5     THERANOS PROPRIETARY TECHNOLOGY.

10:13AM 6     Q.   WOULD IT HAVE BEEN SURPRISING TO YOU TO KNOW THAT THE

10:13AM 7     BLOOD WAS TESTED ON AN ADVIA?

10:13AM 8     A.   YES, IT WOULD.

10:13AM 9     Q.   WHY?

10:13AM 10    A.   THAT'S NOT THE PARTNERSHIP THAT WE HAD SIGNED UP FOR.

10:13AM 11    THAT'S NOT WHAT WE HAD AGREED UPON.

10:13AM 12         THE OFFERING OF THE SERVICE WAS THERANOS'S OWN PROPRIETARY

10:14AM 13    TECHNOLOGY THROUGH FINGERSTICK TECHNOLOGY AT THE BLOOD DRAW,

10:14AM 14    AND THEN THE RESULTS BEING PROVIDED TO A PROVIDER OR A PATIENT

10:14AM 15    WITHIN A SHORT PERIOD OF TIME.  THAT WAS THE TECHNOLOGY.

10:14AM 16         SO IF IT WAS DONE ON A STANDARD LAB MACHINE, THAT WOULD

10:14AM 17    RAISE QUESTIONS.

10:14AM 18    Q.   AND I JUST WANT TO CONFIRM, DURING THIS DEMONSTRATION, WAS

10:14AM 19    MR. BALWANI PRESENT?

10:14AM 20    A.   YES, SIR.

10:14AM 21    Q.   WOULD YOU NOW TURN TO EXHIBIT 1113.

10:14AM 22         MR. JHAVERI, DO YOU SEE THE DOCUMENT AT 1113?

10:14AM 23    A.   YES.

10:14AM 24    Q.   DO YOU RECOGNIZE THIS DOCUMENT?

10:14AM 25    A.   I DO.

| | | |
|---|---|---|
| 10:14AM | 1 | Q.   AND WHAT IS THIS? |
| 10:14AM | 2 | A.   THIS WAS A PRESS RELEASE THAT WAS MADE BY BOTH THERANOS |
| 10:14AM | 3 | AND WALGREENS AT THE TIME THAT WE LAUNCHED THE SERVICE. |
| 10:15AM | 4 | MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1113 |
| 10:15AM | 5 | IN EVIDENCE. |
| 10:15AM | 6 | MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR. |
| 10:15AM | 7 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:15AM | 8 | (GOVERNMENT'S EXHIBIT 1113 WAS RECEIVED IN EVIDENCE.) |
| 10:15AM | 9 | BY MR. SCHENK: |
| 10:15AM | 10 | Q.   MR. JHAVERI, LET'S FIRST TIME STAMP THIS.  THE DEMO YOU |
| 10:15AM | 11 | HAD WAS AUGUST 13TH, 2013; IS THAT RIGHT? |
| 10:15AM | 12 | A.   THAT'S RIGHT. |
| 10:15AM | 13 | Q.   AND SO THE PRESS RELEASE ANNOUNCING THE SERVICES ARE NOW |
| 10:15AM | 14 | AVAILABLE TO THE PUBLIC WAS LESS THAN ONE MONTH LATER; IS THAT |
| 10:15AM | 15 | RIGHT? |
| 10:15AM | 16 | A.   THAT'S RIGHT. |
| 10:15AM | 17 | Q.   AND SO YOU WERE IN PALO ALTO HAVING THE DEMONSTRATION JUST |
| 10:15AM | 18 | WEEKS BEFORE THE SERVICE WENT LIVE? |
| 10:15AM | 19 | A.   THAT'S CORRECT. |
| 10:15AM | 20 | Q.   THE PRESS RELEASE BEGINS, "THERANOS SELECTS WALGREENS AS A |
| 10:15AM | 21 | LONG-TERM PARTNER THROUGH WHICH TO OFFER ITS NEW CLINICAL |
| 10:15AM | 22 | LABORATORY SERVICE." |
| 10:15AM | 23 | DO YOU SEE THAT? |
| 10:15AM | 24 | A.   I DO. |
| 10:15AM | 25 | Q.   "WITH FIRST LOCATION LAUNCHING THIS MONTH IN |

10:16AM 1    SILICON VALLEY, CONSUMERS CAN NOW COMPLETE ANY

10:16AM 2    CLINICIAN-DIRECTED LAB TEST WITH AS LITTLE AS A FEW DROPS OF

10:16AM 3    BLOOD AND RESULTS AVAILABLE IN A MATTER OF HOURS."

10:16AM 4         DO YOU SEE THAT?

10:16AM 5    A.   YES.

10:16AM 6    Q.   SO THE FIRST LOCATION WAS LAUNCHING THIS MONTH IN

10:16AM 7    SILICON VALLEY.  IS THAT SEPTEMBER OF 2013?

10:16AM 8    A.   THAT'S RIGHT.

10:16AM 9    Q.   IS THAT THE PALO ALTO STORE THAT YOU WERE REFERRING TO

10:16AM 10   EARLIER IN YOUR TESTIMONY?

10:16AM 11   A.   YES, IT WAS.

10:16AM 12   Q.   AND THEN IN THIS FIRST PARAGRAPH IT TALKS ABOUT BRINGING

10:16AM 13   ACCESS TO THERANOS'S NEW LAB TESTING SERVICE, AND THEN A COUPLE

10:16AM 14   OF LINES DOWN IT USES THE PHRASE "ACCESS TO LESS INVASIVE."

10:16AM 15        DO YOU SEE THAT?

10:16AM 16        "AND MORE AFFORDABLE."

10:16AM 17        DO YOU SEE THAT ALSO?

10:16AM 18   A.   YES.

10:16AM 19   Q.   AND THEN THE LAST SENTENCE OF THAT PARAGRAPHS, "THE

10:16AM 20   SAMPLES ARE EITHER TAKEN FROM A TINY FINGERSTICK OR A

10:16AM 21   MICRO-SAMPLE TAKEN FROM TRADITIONAL METHODS, ELIMINATING THE

10:17AM 22   NEED FOR LARGER NEEDLES AND NUMEROUS VIALS OF BLOOD REQUIRED

10:17AM 23   FOR MOST DIAGNOSTIC LAB TESTING."

10:17AM 24        IS THIS FIRST PARAGRAPH, WHAT I'VE JUST READ TO YOU,

10:17AM 25   CONSISTENT WITH WHAT YOUR UNDERSTANDING WAS OF THE THERANOS

10:17AM  1     TECHNOLOGY AT THE TIME?

10:17AM  2     A.   YES, IT IS.

10:17AM  3     Q.   AND THEN TWO PARAGRAPH DOWN, THE ONE THAT BEGINS, "FOR THE

10:17AM  4     FIRST TIME."

10:17AM  5          DO YOU SEE THAT PARAGRAPH?

10:17AM  6     A.   YES, I DO.

10:17AM  7     Q.   "THERANOS IS INTRODUCING A CLIA-CERTIFIED LAB SERVICE WITH

10:17AM  8     THE ABILITY TO RUN ITS TESTS ON MICRO-SAMPLES."

10:17AM  9          IS THAT CONSISTENT WITH WHAT YOU UNDERSTOOD THE THERANOS

10:17AM  10    TECHNOLOGY TO BE AT THE TIME?

10:17AM  11    A.   YES.

10:17AM  12    Q.   "THERANOS'S PROPRIETARY LABORATORY INFRASTRUCTURE

10:17AM  13    MINIMIZES HUMAN ERROR THROUGH EXTENSIVE AUTOMATION TO PRODUCE

10:17AM  14    HIGH QUALITY RESULTS."

10:17AM  15         WAS THAT SENTENCE CONSISTENT WITH YOUR UNDERSTANDING OF

10:17AM  16    THE THERANOS TECHNOLOGY AT THE TIME?

10:17AM  17    A.   YES.

10:17AM  18    Q.   "THERANOS RESULTS ARE AVAILABLE TO PHYSICIANS IN A MATTER

10:18AM  19    OF HOURS."

10:18AM  20         IS THAT ALSO CONSISTENT WITH WHAT YOU UNDERSTOOD THE

10:18AM  21    THERANOS TECHNOLOGY TO OFFER AT THE TIME?

10:18AM  22    A.   YES.

10:18AM  23    Q.   MR. JHAVERI, WOULD YOU NOW TURN TO THE NEXT TAB.  IT'S

10:18AM  24    1254.

10:18AM  25         YOUR HONOR, THE GOVERNMENT OFFERS THE ONE EMAIL THAT I

| | | |
|---|---|---|
| 10:18AM | 1 | BELIEVE IS SHOWING IN THE COURT'S BINDER.  IT'S AN EMAIL |
| 10:18AM | 2 | FROM -- ACTUALLY, LET ME ASK A QUESTION. |
| 10:18AM | 3 | MR. JHAVERI, DO YOU SEE THE EMAIL ON THE BOTTOM OF PAGE 1 |
| 10:18AM | 4 | OF EXHIBIT 1254? |
| 10:18AM | 5 | A.   I DO. |
| 10:18AM | 6 | Q.   AND IT'S AN EMAIL FROM MR. BALWANI TO THREE INDIVIDUALS. |
| 10:18AM | 7 | DO YOU RECOGNIZE THOSE THREE INDIVIDUALS? |
| 10:18AM | 8 | A.   I DO. |
| 10:18AM | 9 | Q.   AND THE FIRST IS JAY ROSAN. |
| 10:18AM | 10 | WHO IS JAY ROSAN? |
| 10:18AM | 11 | A.   JAY ROSAN IS A PHYSICIAN AND HE WAS IN CHARGE OF HEALTH |
| 10:19AM | 12 | CARE INNOVATION AT THE TIME. |
| 10:19AM | 13 | Q.   THE NEXT NAME IS BRAD WASSON. |
| 10:19AM | 14 | DO YOU RECOGNIZE THAT NAME? |
| 10:19AM | 15 | A.   I DO. |
| 10:19AM | 16 | Q.   AND WHO WAS BRAD WASSON? |
| 10:19AM | 17 | A.   BRAD WASSON WAS ALSO A LEADER AT WALGREENS, AND AT THE |
| 10:19AM | 18 | TIME I THINK HE WAS IN CHARGE OF SOME OF THE PRODUCT |
| 10:19AM | 19 | DEVELOPMENT FOR PHARMACY SERVICES FOR WALGREENS. |
| 10:19AM | 20 | Q.   AND FINALLY, RICHARD ASHWORTH. |
| 10:19AM | 21 | DO YOU RECOGNIZE THAT NAME? |
| 10:19AM | 22 | A.   I DO. |
| 10:19AM | 23 | Q.   WHO IS THAT? |
| 10:19AM | 24 | A.   RICHARD ASHWORTH WAS ONE OF OUR SENIOR VICE PRESIDENTS |
| 10:19AM | 25 | THAT HAD PHARMACY OPERATIONS FOR THE WEST COAST OF THE COMPANY. |

10:19AM  1    Q.   AND THE EMAIL IS FROM SUNNY BALWANI AND THE EMAIL ADDRESS

10:19AM  2    IS LISTED THERE.

10:19AM  3         DID YOU COMMUNICATE WITH MR. BALWANI OVER EMAIL?

10:19AM  4    A.   YES, DURING THE PROJECT WE DID.

10:19AM  5    Q.   AND WHEN YOU SENT HIM EMAILS, WAS THAT THE EMAIL ADDRESS

10:19AM  6    THAT YOU USED?

10:19AM  7    A.   YES.

10:19AM  8         MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS THE

10:19AM  9    EMAIL AND THE CONTENT OF THE BODY OF 1254.

10:20AM 10         MR. COOPERSMITH:  901, YOUR HONOR.  OBJECTION.

10:20AM 11         THE COURT:  OVERRULED.  IT'S ADMITTED, AND IT MAY BE

10:20AM 12    PUBLISHED.

10:20AM 13         (GOVERNMENT'S EXHIBIT 1254 WAS RECEIVED IN EVIDENCE.)

10:20AM 14         MR. SCHENK:  THANK YOU.

10:20AM 15    Q.   MR. JHAVERI, IT LOOKS LIKE MR. BALWANI IS SENDING A URL

10:20AM 16    LINK.

10:20AM 17         DO YOU SEE THAT?

10:20AM 18    A.   I DO.

10:20AM 19    Q.   AND THEN THE CONTENT OF AN ARTICLE.

10:20AM 20         DO YOU SEE THAT ALSO?

10:20AM 21    A.   I DO.

10:20AM 22    Q.   AND IT'S FROM SOMETHING CALLED "SINGULARITYHUB."

10:20AM 23         DO YOU SEE THAT?

10:20AM 24    A.   I DO.

10:20AM 25    Q.   NOW, IF WE CAN GO INTO THE BODY OF THE ARTICLE ON THE NEXT

| | |
|---|---|
| 10:20AM | 1 |
| 10:20AM | 2 |
| 10:20AM | 3 |
| 10:21AM | 4 |
| 10:21AM | 5 |
| 10:21AM | 6 |
| 10:21AM | 7 |
| 10:21AM | 8 |
| 10:21AM | 9 |
| 10:21AM | 10 |
| 10:21AM | 11 |
| 10:21AM | 12 |
| 10:21AM | 13 |
| 10:21AM | 14 |
| 10:21AM | 15 |
| 10:21AM | 16 |
| 10:21AM | 17 |
| 10:21AM | 18 |
| 10:22AM | 19 |
| 10:22AM | 20 |
| 10:22AM | 21 |
| 10:22AM | 22 |
| 10:22AM | 23 |
| 10:22AM | 24 |
| 10:22AM | 25 |

1   PAGE, SO PAGE 2.  IT READS, THE FIRST PARAGRAPH, "A NUMBER OF

2   STARTUPS ARE SELLING PORTABLE DIAGNOSTIC LABORATORIES THAT

3   REQUIRE JUST A DROP OF THE PATIENT'S BLOOD, MADE POSSIBLE BY

4   ADVANCES IN THE FIELD OF MICROFLUIDICS.  BUT PERHAPS LAB TESTS

5   CAN BE MADE FASTER, EASIER, AND MORE ACCURATE WITH A

6   TURN-OF-THE-LAST CENTURY TECHNOLOGY:  AUTOMATION.  THAT'S THE

7   BET THAT SILICON VALLEY COMPANY THERANOS IS MAKING, AND THE

8   COMPANY RECENTLY SEALED A DEAL WITH WALGREENS'S PHARMACY TO

9   DELIVER ON-SITE LABORATORY SERVICES TO MANY OF ITS STORES."

10          MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO ADD AN

11   802 OBJECTION TO READING THE ARTICLE.

12          MR. SCHENK:  TWO POINTS.  FIRST, IT'S IN EVIDENCE.

13      SECOND, IT'S NOT BEING OFFERED FOR THE TRUTH, BUT RATHER

14   IT'S RELEVANT TO SHOW MR. BALWANI'S KNOWLEDGE AND MR. BALWANI'S

15   INTENT TO SHARE THE CONTENT OF THIS ARTICLE WITH INDIVIDUALS

16   LIKE WALGREENS WHO WERE BOTH INVESTORS AND BUSINESS PARTNERS.

17          THE COURT:  ALL RIGHT.  SO IT'S NOT -- YOU'RE NOT

18   OFFERING IT FOR THE TRUTH OF THE MATTER ASSERTED IN THE

19   ARTICLE, BUT FOR THE REASONS THAT YOU STATED, THE INTENT,

20   NOTICE INTENT, AND TO SHOW THAT IT WAS DISTRIBUTED FROM

21   MR. BALWANI?

22          MR. SCHENK:  AND KNOWLEDGE.

23          THE COURT:  AND KNOWLEDGE.  THANK YOU.

24      ALL RIGHT.  I'LL OVERRULE THE OBJECTION.  IT'S ADMITTED

25   FOR THAT LIMITED PURPOSE ONLY, LADIES AND GENTLEMEN, NOT FOR

10:22AM 1    THE TRUTH OF THE MATTER ASSERTED IN THE DOCUMENT AS READ BY --

10:22AM 2    AS WAS READ BY MR. SCHENK, BUT RATHER AS TO THE ISSUE OF

10:22AM 3    KNOWLEDGE AND INTENT AS TO MR. BALWANI.

10:22AM 4         YOU CAN CONTINUE.

10:22AM 5              MR. SCHENK:  THANK YOU, YOUR HONOR.

10:22AM 6    Q.   MR. JHAVERI, NOW, IF WE CAN LOOK AT THE NEXT PARAGRAPH,

10:22AM 7    THE ONE THAT BEGINS "HENRY FORD."

10:22AM 8         DO YOU SEE THAT ONE?

10:22AM 9    A.   YES, I DO.

10:22AM 10   Q.   "HENRY FORD WOULD RECOGNIZE THE PRINCIPLE THAT ALLOWS

10:22AM 11   THERANOS TO COMPLETE ACCURATE LAB TESTS WITHIN 4 HOURS:

10:22AM 12   CONSISTENCY AND AUTOMATION INCREASE SPEED AND BRING PRICE DOWN.

10:22AM 13   EVEN SO, THERANOS'S SELLING POINT IS MUCH SMALLER THAN A

10:23AM 14   MODEL T:  A CAPSULE-SIZED LAB VIAL, AND JUST ONE NEEDS TO BE

10:23AM 15   FILLED FOR THE COMPANY TO RUN NEARLY ANY STANDARD LAB TEST."

10:23AM 16        DO YOU SEE THAT?

10:23AM 17   A.   YES, I DO.

10:23AM 18   Q.   AND THAT LAST SENTENCE THAT I READ TO YOU, "A

10:23AM 19   CAPSULE-SIZED LAB VIAL, AND JUST ONE NEEDS TO BE FILLED FOR THE

10:23AM 20   COMPANY TO RUN NEARLY ANY STANDARD LAB TEST," WAS THAT ALSO

10:23AM 21   CONSISTENT WITH YOUR UNDERSTANDING OF THE TECHNOLOGY OFFERING,

10:23AM 22   THAT IS, WHAT WALGREENS WAS PARTNERING WITH THERANOS TO

10:23AM 23   ACCOMPLISH?

10:23AM 24   A.   YES.

10:23AM 25   Q.   IT CONTINUES NOW WITH A PARAGRAPH, "HERE'S HOW IT WORKS."

10:23AM 1          DO YOU SEE WHERE I AM?

10:23AM 2     A.   I DO.

10:23AM 3     Q.   "HERE'S HOW IT WORKS:  BLOOD IS DRAWN WITH A FINGERSTICK,

10:23AM 4     RATHER THAN A NEEDLE IN THE ARM.  (IT CAN ALSO RUN URINE TESTS

10:23AM 5     WITH JUST A DROP OF THAT.)  THERE ARE NO BOTCHED STICKS -- OF

10:24AM 6     COURSE, THERE ARE NO PHLEBOTOMISTS, ONLY MACHINES, IN THERANOS

10:24AM 7     LABS."

10:24AM 8          DO YOU SEE THAT?

10:24AM 9     A.   YES, I DO.

10:24AM 10    Q.   IT CONTINUES ON THE LAST PARAGRAPH OF THIS PAGE,

10:24AM 11    "'THERANOS HAS WORKED RELENTLESSLY" --

10:24AM 12         DO YOU SEE WHERE I AM?

10:24AM 13    A.   YES.

10:24AM 14    Q.   -- "TO REACH A POINT AT WHICH WE COULD HELP MAKE

10:24AM 15    ACTIONABLE INFORMATION ACCESSIBLE TO PHYSICIANS AND PATIENTS AT

10:24AM 16    THE TIME IT MATTERS MOST.  CLINICIANS CAN NOW SEE THEIR

10:24AM 17    PATIENTS HAVING RECEIVED LAB RESULTS FROM FRESH SAMPLES IN A

10:24AM 18    MATTER OF HOURS,' SHE SAID IN A STATEMENT."

10:24AM 19         AND WHAT I JUST READ TO YOU WAS IN QUOTES.

10:24AM 20         DO YOU SEE THAT?

10:24AM 21    A.   YES.

10:24AM 22    Q.   AND TWO PARAGRAPHS UP FROM THAT, DOES IT ATTRIBUTE THE

10:24AM 23    QUOTE TO CEO ELIZABETH HOLMES?

10:24AM 24    A.   YES.

10:25AM 25    Q.   AND IF YOU'LL TURN TO THE NEXT PAGE AND THE SECOND

10:25AM 1    PARAGRAPH, IT READS, "THE MACHINES METE OUT BITS OF THE

10:25AM 2    'MICRO-SAMPLE' FOR EACH TEST A DOCTOR HAS ORDERED.  IN

10:25AM 3    CONVENTIONAL TESTING, EACH TEST REQUIRES A DEDICATED VIAL,

10:25AM 4    WHICH ADDS DRAMATICALLY TO THE AMOUNT OF BLOOD REQUIRED.

10:25AM 5    THERANOS IS EVEN ABLE TO SAVE SOME OF THE TINY SAMPLE IN CASE

10:25AM 6    THE DOCTOR REQUESTS FURTHER TESTS AFTER SEEING THE INITIAL

10:25AM 7    RESULTS."

10:25AM 8        WAS "THAT" -- AND BY "THAT" I MEAN THE ABILITY TO SAVE

10:25AM 9    SOME SAMPLE AND RUN FURTHER TESTS -- WAS THAT CONSISTENT WITH

10:25AM 10   YOUR UNDERSTANDING OF THE THERANOS TECHNOLOGY AT THIS TIME?

10:25AM 11   A.   YES, IT WAS.

10:25AM 12   Q.   "ALL OF THE DIAGNOSTIC TECHNOLOGY," I'M NOW CONTINUING

10:26AM 13   WITH THE NEXT PARAGRAPH, "IS INTEGRATED, WHICH INCREASES

10:26AM 14   PRECISION.  EACH MACHINE IN A CONVENTIONAL LAB MAY CALIBRATE

10:26AM 15   DIFFERENTLY, AND THE MIX OF BRANDS AND AGES IN MEANS RESULTS

10:26AM 16   COME WITH AN IMPLIED 'OR SO' AT THE END.  PLOTTING RESULTS OVER

10:26AM 17   TIME IS THEREFORE MOSTLY USELESS."

10:26AM 18       IS THIS ALSO CONSISTENT WITH YOUR UNDERSTANDING OF THE

10:26AM 19   ADVANTAGES OF THE THERANOS TECHNOLOGY, THAT IS, UNLIKE

10:26AM 20   CONVENTIONAL MACHINES, THE THERANOS MACHINES DON'T CALIBRATE

10:26AM 21   DIFFERENTLY, BUT RATHER ARE CALIBRATED TOGETHER?

10:26AM 22   A.   YES.  MY UNDERSTANDING WAS AT THE TIME THAT YOUR

10:26AM 23   TRADITIONAL LABS CAN HAVE VARIATION FROM LAB TO LAB, AND WITH

10:26AM 24   THE THERANOS LAB, THAT VARIATION WOULD NOT OCCUR.

10:26AM 25   Q.   AND DO YOU RECALL WHERE YOU GOT THAT UNDERSTANDING?  DID

10:26AM   1    YOU TALK ABOUT THAT CONCEPT, FOR EXAMPLE, WITH MR. BALWANI?

10:26AM   2    A.   YES, SIR.

10:26AM   3    Q.   WOULD YOU NOW TURN TO EXHIBIT 1387.

10:27AM   4         MR. JHAVERI, IS 1387 ANOTHER AMENDED AGREEMENT BETWEEN

10:27AM   5    THERANOS AND WALGREENS?

10:27AM   6    A.   YES.

10:27AM   7    Q.   AND IS IT DATED THE END OF 2013, DECEMBER 31ST?

10:27AM   8    A.   THAT'S CORRECT.

10:27AM   9             MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1387.

10:27AM  10             MR. COOPERSMITH:  NO OBJECTION.

10:27AM  11             THE COURT:  1387?

10:27AM  12             MR. SCHENK:  YES, YOUR HONOR.

10:27AM  13             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:27AM  14             MR. SCHENK:  THANK YOU.

10:27AM  15        (GOVERNMENT'S EXHIBIT 1387 WAS RECEIVED IN EVIDENCE.)

10:27AM  16    BY MR. SCHENK:

10:27AM  17    Q.   MR. JHAVERI, I'M GOING TO DIRECT YOUR ATTENTION TO A

10:27AM  18    SENTENCE IN THE SECOND MIDDLE OF THE PARAGRAPH.  IT SAYS

10:27AM  19    "ASSUMING APPROPRIATE COVERAGE."

10:27AM  20         DO YOU SEE THAT ABOUT FIVE OR SIX LINES DOWN?

10:28AM  21    A.   YES, I DO.

10:28AM  22    Q.   "ASSUMING APPROPRIATE COVERAGE, QUALITY, AND PERFORMANCE

10:28AM  23    BY WALGREENS, IT IS THE EXPECTATION THAT WALGREENS WILL BE

10:28AM  24    THERANOS'S EXCLUSIVE RETAIL PHARMACY AND CLINIC PARTNER.

10:28AM  25    ASSUMING THE ABILITY TO SCALE, ACCEPTABLE QUALITY AND

10:28AM   1    PERFORMANCE BY THERANOS, IT IS THE EXPECTATION THAT THERANOS

10:28AM   2    WILL BE WALGREENS' EXCLUSIVE PARTNER FOR THE SERVICES."

10:28AM   3        DO YOU SEE THAT?

10:28AM   4    A.   YES, I DO.

10:28AM   5    Q.   IN DECEMBER OF 2013 WHEN THIS AGREEMENT WAS AMENDED, DO

10:28AM   6    YOU REMEMBER WHAT WAS HAPPENING IN THE RELATIONSHIP, SORT OF

10:28AM   7    WHAT WAS YOUR ROLE AND WHAT WAS GOING ON IN THE

10:28AM   8    THERANOS-WALGREENS RELATIONSHIP?

10:28AM   9    A.   YEAH.  RIGHT ABOUT THIS TIME, WE HAD ABOUT THREE STORES

10:28AM  10    OPEN, WE HAD THREE STORES OPENED, AND I WAS PROBABLY A FEW

10:28AM  11    WEEKS AWAY FROM TAKING OVER THE INITIATIVE IN THE PARTNERSHIP.

10:28AM  12        AND SO THE TWO COMPANIES WERE ALSO IN THE PROCESS OF

10:29AM  13    REDOING THEIR AGREEMENT TO MAKE SURE THAT IT'S CURRENT, THAT IT

10:29AM  14    MEETS THE REQUIREMENTS THAT BOTH COMPANIES CAN AGREE UPON, AND

10:29AM  15    IT WAS LED BY OUR M & A DIVISION, OUR MERGERS AND ACQUISITION

10:29AM  16    DIVISION, LED BY A GENTLEMAN NAMED MARK VAINISI.

10:29AM  17    Q.   AND WHEN IT SAYS IN THE SENTENCE THAT I READ TO YOU,

10:29AM  18    "ASSUMING THE ABILITY TO SCALE ACCEPTABLE QUALITY AND

10:29AM  19    PERFORMANCE BY THERANOS, IT IS THE EXPECTATION THAT THERANOS

10:29AM  20    WILL BE WALGREENS EXCLUSIVE PARTNER," WHAT DID THAT MEAN?

10:29AM  21        AND BY "THAT" I MEAN THINGS LIKE ABILITY TO SCALE,

10:29AM  22    ACCEPTABLE QUALITY?

10:29AM  23    A.   WELL, THE REFERENCE HERE AGAIN IS THAT THERE ARE A LOT OF

10:29AM  24    THINGS THAT GO INTO THE ABILITY TO EXPAND THESE SERVICES

10:29AM  25    NATIONWIDE.  IT'S NOT SIMPLY DROPPING A MACHINE DOWN OR

10:29AM   1    CENTRIFUGE DOWN AND TRAINING A BUNCH OF PEOPLE.

10:30AM   2          IT REQUIRES QUITE A BIT OF TIME, COST, PLANNING.  AND SO

10:30AM   3    WHAT WE'RE REFERRING TO IS BOTH COMPANIES HAVE TO HAVE THE

10:30AM   4    ABILITY TO SCALE TO MORE STORES, NUMBER ONE.

10:30AM   5          THE SERVICE HAS TO BE HIGH QUALITY; AND THE PERFORMANCE,

10:30AM   6    IN THIS CASE, THE THERANOS PERFORMANCE BECAUSE THEY ARE THE

10:30AM   7    LAB, HAS TO BE MEETING THE AGREED UPON REQUIREMENTS.

10:30AM   8          AND IF SO, IF THAT HAPPENS, THEN WE WILL CONTINUE TO

10:30AM   9    EXPAND.  THAT'S REALLY WHAT THIS IS REFERRING TO.

10:30AM  10    Q.   YOU DESCRIBED A MOMENT AGO SOME OF THE THINGS THAT WERE

10:30AM  11    NECESSARY FOR FURTHER EXPANSION, LIKE ACCEPTABLE QUALITY; IS

10:30AM  12    THAT RIGHT?

10:30AM  13    A.   THAT'S CORRECT.

10:30AM  14    Q.   AND IN THE CONTEXT OF LAB TESTING, WHAT DOES THAT MEAN?

10:30AM  15    A.   WELL, A COUPLE OF THINGS.  WELL, THE MAIN THING IS

10:30AM  16    ACCURACY.

10:30AM  17          MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  702.

10:30AM  18          THE COURT:  WHY DON'T YOU ASK THAT QUESTION AGAIN,

10:30AM  19    IF YOU WOULD, PLEASE.

10:30AM  20          MR. SCHENK:  YES.

10:31AM  21    Q.   WHEN YOU WERE WORKING ON THE THERANOS PROJECT INITIALLY IN

10:31AM  22    THE PILOT AND ASSISTING -- DID YOU ASSIST IN THE DETERMINATION

10:31AM  23    OF WHETHER THERE WOULD BE FURTHER EXPANSION?

10:31AM  24    A.   CAN YOU ASK THAT QUESTION AGAIN, SIR?

10:31AM  25    Q.   YES.

10:31AM 1    DURING YOUR WORK ON THE PILOT PHASE, DID YOU HAVE A ROLE

10:31AM 2    IN EVALUATING WHETHER THE PILOT WAS SUCCESSFUL?

10:31AM 3    A.   YES.

10:31AM 4    Q.   AND IN YOUR EVALUATION OF WHETHER THE PILOT WAS

10:31AM 5    SUCCESSFUL, WHAT KIND OF FACTORS DID YOU CONSIDER?  WHAT DID

10:31AM 6    YOU PAY ATTENTION TO?

10:31AM 7    A.   WELL, WE PAID ATTENTION TO SEVERAL FACTORS, AND I REFERRED

10:31AM 8    TO METRICS THAT WE HAD DEFINED BETWEEN THE THERANOS TEAM AND

10:31AM 9    THE WALGREENS TEAM, AND THOSE METRICS WERE -- SOME WERE

10:31AM 10   OPERATIONAL IN NATURE, IN OTHER WORDS, WHAT DOES THE EXPERIENCE

10:31AM 11   LOOK LIKE, HOW LONG DOES THE PATIENT WAIT, HOW LONG DOES IT

10:31AM 12   TAKE TO CHECK IN A PATIENT, THINGS OF THAT NATURE.

10:31AM 13       THEN WE ALSO HAD METRICS THAT LOOKED AT HOW LONG IT TAKES

10:31AM 14   TO TRAIN TEAM MEMBERS.

10:31AM 15       KEEP IN MIND, WHEN WE TRAIN TEAM MEMBERS, WE HAVE TO PULL

10:32AM 16   THEM FROM THEIR NORMAL DAY-TO-DAY JOB, AND SO IT IMPACTS

10:32AM 17   SERVICE LEVELS IN OUR STORES, AND SO WE HAD TO MINIMIZE THAT

10:32AM 18   WHILE STILL TRAINING THEM APPROPRIATELY, SO WE MEASURED THAT.

10:32AM 19       THREE, WE MEASURED THE NUMBER OF TEAM MEMBERS THAT WE ALSO

10:32AM 20   TRAINED.  IF WE WERE GOING TO EXPAND, WE NEEDED TO HAVE THESE

10:32AM 21   FOLKS READY TO GO SO THEY COULD BE PUT INTO THESE STORES AND

10:32AM 22   START WORKING.

10:32AM 23       AND THEN WE HAD OTHER MEASURES THAT WE ALSO LOOKED AT ON

10:32AM 24   THE PERFORMANCE OF THE SERVICE ITSELF, AND ONE OF THOSE WAS THE

10:32AM 25   NUMBER OF PATIENTS THAT WERE RECEIVING A FINGERSTICK DRAW

10:32AM    1    VERSUS A VENOUS DRAW, AND WE MEASURED THAT AS WELL.

10:32AM    2         AND SO ALL OF THESE METRICS WENT INTO DETERMINING WHETHER

10:32AM    3    OR NOT THE PILOT WAS SUCCESSFUL, AND WE MEASURED AND WE

10:32AM    4    MONITORED THOSE NUMBERS ON A REGULAR BASIS.

10:32AM    5    Q.   DID YOU COMMUNICATE THESE METRICS TO MR. BALWANI?

10:32AM    6    A.   I DID.

10:32AM    7    Q.   AND DID YOU -- DO YOU KNOW WHETHER MR. BALWANI KNEW THAT

10:33AM    8    WALGREENS WAS PAYING ATTENTION TO THESE METRICS?

10:33AM    9    A.   WE DID.  ALL OF THE METRICS AND THE PLAN WAS DONE

10:33AM   10    COLLABORATIVELY WITH MR. BALWANI'S TEAM AND MY TEAM TOGETHER,

10:33AM   11    AND SO THERE WAS TRANSPARENCY IN WHAT WE WERE TRYING TO ACHIEVE

10:33AM   12    AND WHAT ARE THE NUMBERS THAT WE ARE TRYING TO HIT.

10:33AM   13    Q.   WAS -- ACTUALLY, LET'S MOVE TO EXHIBIT 3755 IN YOUR

10:33AM   14    BINDER.

10:33AM   15         THE COURT:  WHILE YOU'RE DOING THAT, MR. SCHENK, LET

10:33AM   16    ME INVITE THE JURY TO JUST STAND AND TAKE A STRETCHING BREAK

10:33AM   17    FOR JUST A MOMENT.

10:33AM   18         THE EXHIBIT AGAIN WAS?

10:33AM   19             MR. SCHENK:  3755.

10:33AM   20             THE COURT:  THANK YOU.

10:34AM   21         (STRETCHING.)

10:34AM   22             THE COURT:  ALL RIGHT.  THANK YOU, MR. SCHENK.

10:34AM   23             MR. SCHENK:  THANK YOU.

10:34AM   24    Q.   MR. JHAVERI, DO YOU RECOGNIZE THE DOCUMENT THAT IS LOCATED

10:34AM   25    AT EXHIBIT 3755?

10:34AM    1        A.    I DO.

10:34AM    2        Q.    AND WHAT IS THIS DOCUMENT?

10:34AM    3        A.    WHAT THIS IS, IS A PROGRAM CHARTER, AND FOR A SIMPLE

10:34AM    4    DESCRIPTION, WHENEVER WE START A PROJECT, WE WRITE SORT OF A

10:34AM    5    SYNOPSIS OF WHAT WE WANT TO ACHIEVE, WHAT IS THE PROJECT, WHO

10:34AM    6    IS THE TEAM, WHAT ARE WE TRYING TO DO, WHAT ARE SOME OF THE

10:34AM    7    METRICS, WHAT DOES THE PILOT LOOK LIKE?

10:34AM    8        ALL OF THOSE THINGS WE TRY TO DOCUMENT AND TO MAKE SURE

10:34AM    9    THAT WE'RE STAYING TRUE TO WHAT WE'RE TRYING TO ACHIEVE.

10:35AM   10        Q.    AND IS THIS AN INTERNAL WALGREENS DOCUMENT?

10:35AM   11        A.    YES, SIR.

10:35AM   12             MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 3755.

10:35AM   13             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:35AM   14             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:35AM   15        (GOVERNMENT'S EXHIBIT 3755 WAS RECEIVED IN EVIDENCE.)

10:35AM   16    BY MR. SCHENK:

10:35AM   17        Q.    MR. JHAVERI, AT THE VERY TOP, THE PROGRAM NAME IS

10:35AM   18    DIAGNOSTIC TESTING.

10:35AM   19        DO YOU SEE THAT?

10:35AM   20        A.    YES, SIR.

10:35AM   21        Q.    AND UNDER BUSINESS OWNER ON THE RIGHT, I SEE YOUR NAME AND

10:35AM   22    SOMEONE NAMED BRAD WASSON; IS THAT RIGHT?

10:35AM   23        A.    YES, SIR.

10:35AM   24        Q.    AND WHAT DOES "BUSINESS OWNER" MEAN?

10:35AM   25        A.    OWNERSHIP OF THE EXECUTION OF THE PROJECT ITSELF.

| | | |
|---|---|---|
| 10:35AM | 1 | Q.   AND IS BRAD WASSON A NAME THAT WE SAW ON AN EMAIL AN |
| 10:35AM | 2 | EXHIBIT OR TWO AGO? |
| 10:35AM | 3 | A.   YES, BRAD WASSON WAS AT THE TIME MY BOSS. |
| 10:35AM | 4 | Q.   OKAY.  IF YOU'LL NOW TURN TO PAGE 2 OF THIS DOCUMENT, ON |
| 10:35AM | 5 | SORT OF THE SECOND SECTION UNDER EXECUTIVE SUMMARY, THE OVERALL |
| 10:35AM | 6 | GOAL. |
| 10:35AM | 7 | DO YOU SEE THAT? |
| 10:35AM | 8 | A.   YES, I DO. |
| 10:36AM | 9 | Q.   "THE OVERALL GOAL IS TO EXPAND TO 2500 STORES NATIONWIDE |
| 10:36AM | 10 | BY THE END OF FISCAL YEAR '16.  THE PLAN FOR FISCAL YEAR '14 IS |
| 10:36AM | 11 | TO ROLL OUT DIAGNOSTIC TESTING SERVICES TO 40 STORES BY |
| 10:36AM | 12 | AUGUST 1, 2014." |
| 10:36AM | 13 | DO YOU SEE THAT? |
| 10:36AM | 14 | A.   YES, SIR. |
| 10:36AM | 15 | Q.   WHAT DOES IT MEAN THAT THE GOAL WAS TO EXPAND TO 2500 |
| 10:36AM | 16 | STORES NATIONWIDE BY THE END OF FISCAL YEAR '16? |
| 10:36AM | 17 | A.   YEAH.  SO IT'S EXACTLY HOW IT STATES.  SO THE PLAN WAS |
| 10:36AM | 18 | THAT IF EVERYTHING GOES RIGHT, THAT WE WOULD GET TO 2500 STORES |
| 10:36AM | 19 | AND BE NATIONWIDE AND OFFER THESE SERVICES BY THE END OF FISCAL |
| 10:36AM | 20 | YEAR '16. |
| 10:36AM | 21 | AND JUST TO BE SPECIFIC ON WHAT FISCAL YEAR MEANS, THE |
| 10:36AM | 22 | WALGREENS FISCAL YEAR IS FROM SEPTEMBER 1ST TO AUGUST 31ST.  SO |
| 10:36AM | 23 | IN THIS PARTICULAR CASE WE'RE TALKING ABOUT FISCAL YEAR '16, AT |
| 10:37AM | 24 | THE END OF FISCAL YEAR '16 WOULD BE AUGUST 31ST, 2016. |
| 10:37AM | 25 | Q.   AND YOU SAID EXPAND TO 2500 STORES.  IS THIS REGARDING |

10:37AM 1    THERANOS BLOOD TESTING SERVICES WITHIN A WALGREENS STORE?

10:37AM 2    A.   YES, SIR.

10:37AM 3    Q.   WHY THEN IN -- FIRST OF ALL, IF YOU COULD GO BACK TO THE

10:37AM 4    FIRST PAGE, LET'S CAPTURE THE DATE.

10:37AM 5        DO YOU SEE DOCUMENT VERSION CONTROL?

10:37AM 6    A.   I DO.

10:37AM 7    Q.   AND AT THE -- THERE'S A LIST OF ROWS, THE THIRD ROW, OR

10:37AM 8    VERSION 3.0, IS DATED IN MARCH OF 2014.

10:37AM 9        DO YOU SEE THAT?

10:37AM 10   A.   YES.

10:37AM 11   Q.   AND SO IS THAT THE DATE OF THE VERSION OF THE DOCUMENT

10:37AM 12   THAT WE ARE LOOKING AT?

10:37AM 13   A.   THAT'S CORRECT.

10:37AM 14   Q.   SO WHY IN MARCH OF 2014 IS WALGREENS TALKING ABOUT A GOAL

10:37AM 15   FOR THE END OF FISCAL YEAR '16?

10:37AM 16   A.   WELL, WITH ANY INITIATIVE, SPECIFICALLY FOR THERANOS, YOU

10:37AM 17   HAVE TO PLAN, AND WHAT THIS CHARTER SHOWS IS WHAT THE HOPE AND

10:38AM 18   THE PLAN IS WHAT WE WOULD GET TO.

10:38AM 19       AS I MENTIONED, A PROGRAM CHARTER IDENTIFIES AND CLEARLY

10:38AM 20   DOCUMENTS WHAT WE ARE TRYING TO ACHIEVE AND WHAT THE GOAL OF

10:38AM 21   THE PROJECT IS.

10:38AM 22       AND SO THE GOAL OF THE PROJECT WAS TO BE NATIONWIDE.  THAT

10:38AM 23   WAS THE HOPE, TO EXPAND THIS TO 2500 STORES.

10:38AM 24       BUT IN ORDER FOR US TO DO THAT, WE HAVE TO GO THROUGH THAT

10:38AM 25   PROCESS OF CRAWL, WALK, RUN, THAT PILOT PHASE TO MAKE SURE

10:38AM   1    WE'RE HITTING THE SUCCESS MEASURES THAT WE'VE DEFINED.

10:38AM   2    Q.   THANK YOU.

10:38AM   3         IF YOU'LL NOW LOOK AT THE LAST SENTENCE OF THIS EXECUTIVE

10:38AM   4    SUMMARY, "THE SCOPE OF THIS PROGRAM CHARTER IS TARGETED AT THE

10:38AM   5    PILOT PHASE, WITH AN OVERVIEW FOR WHAT IS CURRENTLY KNOWN ABOUT

10:38AM   6    SCALE PLANS."

10:38AM   7         DO YOU SEE THAT?

10:38AM   8    A.   YES, SIR.

10:38AM   9    Q.   AND WHAT DOES IT MEAN THAT THE SCOPE OF THE PROGRAM

10:38AM  10    CHARTER, THIS DOCUMENT, IS THE PILOT PHASE?

10:39AM  11    A.   YEAH.  SO WHAT WE HAVE IN THIS PROGRAM CHARTER IS THE

10:39AM  12    DETAILS OF THE PHASE THAT WE CALL THE PILOT, WHICH IS THE 40,

10:39AM  13    41 STORES THAT WE WILL BE LAUNCHING.  WHAT WILL WE BE LOOKING

10:39AM  14    AT?  WHAT ARE THE SUCCESS MEASURES DURING THAT PILOT PHASE?

10:39AM  15         AND THEN, AS IT STATES, THE OVERVIEW IS WHERE WE HOPE TO

10:39AM  16    GO BASED ON THAT PILOT.  AND SO WE DON'T HAVE THE DETAILS IN

10:39AM  17    THIS PROGRAM CHARTER BECAUSE WE DON'T KNOW WHAT WE'RE GOING TO

10:39AM  18    LEARN IN THAT PILOT PHASE, SO THAT'S THE OVERVIEW.

10:39AM  19         BUT THE DETAILS ARE THE PILOT ITSELF.

10:39AM  20    Q.   WAS WALGREENS PLANNING TO USE WHAT IT LEARNED THROUGH THE

10:39AM  21    PILOT PHASE TO THEN FOCUS ON FURTHER EXPANSION?

10:39AM  22    A.   YES.  THE IDEA HERE IS TO MAKE SURE THAT THE SERVICES

10:39AM  23    WORKING AS DEFINED IN THE PROGRAM CHARTER AS AGREED UPON WITH

10:39AM  24    THERANOS AND WALGREENS, EXCUSE ME.

10:39AM  25         AND THEN DURING THAT PILOT PHASE, AS WE LEARN MORE, WE

10:40AM 1    SHIFTED, WE CHANGED, WE EVOLVED.

10:40AM 2         AND WHEN WE BELIEVE THAT WE HAVE ACHIEVED THAT SUCCESS,

10:40AM 3    THEN WE CAN EXPAND FURTHER.

10:40AM 4         BUT DURING THAT TIME, WE'RE STILL PLANNING BECAUSE, AGAIN,

10:40AM 5    YOU CAN'T JUST WAKE UP ONE DAY AND SAY, I'M GOING TO OPEN UP

10:40AM 6    2500 STORES.  IT TAKES A LOT OF TIME, A LOT OF EFFORT, A LOT OF

10:40AM 7    COST, A LOT OF TRAINING TO DO THAT.

10:40AM 8         AND SO WE'RE ALWAYS PLANNING FORWARD BASED ON WHAT WE'RE

10:40AM 9    SEEING, AND THAT CAN ALWAYS CHANGE BASED ON THE RESULTS THAT

10:40AM 10   WE'RE SEEING IN THE PILOT.

10:40AM 11   Q.   OKAY.  I'M GOING TO ASK YOU A QUESTION ABOUT PROPOSED

10:40AM 12   SOLUTION ON PAGE 3, BUT DO YOU NEED TO TAKE A MINUTE AND GRAB

10:40AM 13   WATER?  WOULD THAT HELP?

10:40AM 14   A.   YEAH.  THANK YOU.

10:40AM 15   Q.   SURE.

10:40AM 16        AT THE BOTTOM OF PAGE 3, DO YOU SEE THE SECTION ENTITLED

10:41AM 17   PROPOSED SOLUTION?

10:41AM 18   A.   YES, SIR.

10:41AM 19   Q.   AND IT READS, "WALGREENS PLANS TO OFFER LABORATORY

10:41AM 20   SERVICES THROUGH OUR RETAIL STORES.  WE PLAN ON PERFORMING THE

10:41AM 21   MAJORITY OF THE SAME TESTS (SEE THERANOS TEST MENU IN APPENDIX

10:41AM 22   C OF PROGRAM CHARTER APPENDIX) THAT THE INDUSTRY LEADERS DO

10:41AM 23   TODAY (LABCORP AND QUEST).  THE FUNDAMENTAL DIFFERENCE WILL BE

10:41AM 24   THAT WALGREENS, THROUGH OUR CONVENIENT LOCATIONS, WILL OFFER

10:41AM 25   GREATER EASE AND ACCESS THAN IS CURRENTLY FOUND IN THE INDUSTRY

JHAVERI DIRECT BY MR. SCHENK                              2940

10:41AM   1    TODAY.  WALGREENS WILL BE ENTERING THE LAB MARKET WITH A

10:41AM   2    DISRUPTIVE," AND THEN IT CONTINUES NOW ON TO THE TOP OF PAGE 4,

10:41AM   3    "TECHNOLOGY ADVANTAGE.  MOREOVER, WE HAVE FOUND AN IDEAL

10:41AM   4    PARTNER, THERANOS, WHICH CAN OFFER LESS INVASIVE, FASTER, AND

10:41AM   5    COST EFFECTIVE RESULTS TO THE PATIENTS.  THE THERANOS

10:41AM   6    TECHNOLOGY ONLY REQUIRES A SMALL SAMPLE IN ORDER TO

10:42AM   7    AUTOMATICALLY PROCESS MULTIPLE TESTS FROM A MENU OF 300 PLUS

10:42AM   8    TESTS IN LESS THAN 4 HOURS.  SAMPLES COLLECTED INCLUDE BLOOD,

10:42AM   9    URINE, FECES, AND SPUTUM.  APPROXIMATELY 120 MILLILITERS OF

10:42AM  10    BLOOD IS COLLECTED PER FINGERSTICK, WITH APPROXIMATELY 2 BLOOD

10:42AM  11    COLLECTIONS PER PATIENT.  A DROP OF BLOOD IS 5 MILLILITERS."

10:42AM  12         MR. JHAVERI, IS THE DESCRIPTION THAT I'VE READ TO YOU JUST

10:42AM  13    NOW CONSISTENT WITH YOUR UNDERSTANDING OF WHAT THE THERANOS

10:42AM  14    SERVICES OFFERED AT THIS TIME?

10:42AM  15    A.   YES.

10:42AM  16    Q.   SO DID YOU UNDERSTAND THAT THE THERANOS TECHNOLOGY WAS

10:42AM  17    LESS INVASIVE THAN, IN THIS PARAGRAPH IT COMPARES IT TO QUEST

10:42AM  18    AND LABCORP?

10:42AM  19    A.   YES.

10:42AM  20    Q.   THAT IT WAS FASTER THAN QUEST AND LABCORP?

10:42AM  21    A.   YES.

10:42AM  22    Q.   THAT IT WAS COST EFFECTIVE, IT PROVIDED COST EFFECTIVE

10:43AM  23    RESULTS TO PATIENTS?

10:43AM  24    A.   YES.

10:43AM  25    Q.   AND ALSO THAT THERANOS TECHNOLOGY ONLY REQUIRED A SMALL

10:43AM 1    SAMPLE IN ORDER TO AUTOMATICALLY PROCESS MULTIPLE TESTS FROM A

10:43AM 2    MENU OF MORE THAN 300 TESTS IN LESS THAN FOUR HOURS.

10:43AM 3         IS THAT ALSO CONSISTENT WITH YOUR UNDERSTANDING?

10:43AM 4    A.   YES.

10:43AM 5    Q.   MR. JHAVERI, WOULD YOU NOW TURN TO EXHIBIT 1711 IN YOUR

10:43AM 6    BINDER.

10:43AM 7         DO YOU SEE THAT DOCUMENT?

10:43AM 8    A.   I DO.

10:43AM 9    Q.   AND, MR. JHAVERI, YOU'VE TOLD THE JURY THAT THERE WERE

10:43AM 10   MEETINGS WHERE YOU HAD THE OPPORTUNITY TO INTERACT WITH

10:44AM 11   INDIVIDUALS FROM THERANOS AND TALK ABOUT HOW THE PILOT WAS

10:44AM 12   GOING, THINGS THAT YOU CITED AS LEARNING; IS THAT RIGHT?

10:44AM 13   A.   THAT'S CORRECT.

10:44AM 14   Q.   HOW DID THOSE MEETINGS OCCUR?  DO YOU RECALL?

10:44AM 15   A.   SURE.

10:44AM 16        WE HAD WHAT WE CALLED PARTNERSHIP MEETINGS, AND SO AS WE

10:44AM 17   WERE GOING THROUGH THE PILOT AND LAUNCHING NEW STORES, ON A

10:44AM 18   REGULAR BASIS, USUALLY MONTHLY, BOTH TEAMS, THE THERANOS TEAM

10:44AM 19   AND THE WALGREENS TEAM, WOULD COME TOGETHER.

10:44AM 20        IN THIS PARTICULAR CASE, MS. HAWORTH, PATTY HAWORTH, WHO

10:44AM 21   THE EMAILS WERE FROM, WAS THE PROJECT MANAGER HELPING TO

10:44AM 22   COORDINATE AND ENSURE THAT THE PROJECT PLAN IS BEING MET AND

10:44AM 23   THAT ALL OF THE MINUTES WERE BEING DOCUMENTED, ALL OF THE

10:44AM 24   PLANNING WAS BEING DOCUMENTED.

10:44AM 25        AND SO WHAT THIS ALLOWED BOTH TEAMS TO DO IS TO STAY ON

10:44AM 1    ONE PAGE, TO DRIVE WITH ONE DIRECTION, AND ALSO TO ENSURE THAT

10:44AM 2    WE CAN DISCUSS SOME OF THE ISSUES THAT WE WERE EXPERIENCING,

10:45AM 3    SOME OF THE LEARNINGS THAT WE WERE SEEING, AND HOW DO WE

10:45AM 4    CORRECT THEM, HOW DO WE FIX THEM, WHAT DO WE NEED TO DO.

10:45AM 5         AND SO THAT IS THE PURPOSE OF THOSE MEETINGS.

10:45AM 6    Q.   WERE SLIDES SHOWN DURING SOME OF THESE MEETINGS,

10:45AM 7    POWERPOINT SLIDES?

10:45AM 8    A.   SOME MEETINGS, YES.

10:45AM 9    Q.   AND IS EXHIBIT 1711 AN EXAMPLE OF SLIDES FROM A MAY 2014

10:45AM 10   MEETING?

10:45AM 11   A.   YES, IT IS.

10:45AM 12   Q.   YOU MENTIONED A NAME A MOMENT AGO, PATTY HAWORTH.

10:45AM 13        WHO IS THAT?

10:45AM 14   A.   PATTY HAWORTH WAS A TEAM MANAGER AT WALGREENS.  SHE WAS

10:45AM 15   THE PROJECT MANAGER FOR THIS PARTICULAR PROJECT.

10:45AM 16   Q.   AND INCLUDED ON A LIST OF RECIPIENTS OF THIS EMAIL, DO YOU

10:45AM 17   SEE YOUR NAME?

10:45AM 18   A.   I DO.

10:45AM 19   Q.   DO YOU SEE MR. BALWANI'S NAME?

10:45AM 20   A.   YES, SIR.

10:46AM 21        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1711.

10:46AM 22        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:46AM 23        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:46AM 24        (GOVERNMENT'S EXHIBIT 1711 WAS RECEIVED IN EVIDENCE.)

10:46AM 25   BY MR. SCHENK:

10:46AM   1    Q.   SO LET'S SHOW THE JURY NOW THE SUBJECT LINE OF THIS

10:46AM   2    MAY 6TH, 2014, EMAIL.

10:46AM   3         MR. JHAVERI, DO YOU SEE THAT IT'S CALLED A DIAGNOSTIC

10:46AM   4    TESTING EXECUTIVE STEERING COMMITTEE SLIDE DECK.

10:46AM   5         DO YOU SEE THAT?

10:46AM   6    A.   YES, I DO.

10:46AM   7    Q.   AND WHAT IS THE EXECUTIVE STEERING COMMITTEE?

10:46AM   8    A.   SO WE HAD A -- PART OF THE PROJECT IS TO CREATE NOT ONLY

10:46AM   9    THE TEAM MEMBERS THAT ARE ACTUALLY DOING THE PROJECT, BUT ALSO

10:46AM  10    OVERSIGHT, AND SO WE HAD A COMMITTEE THAT WAS CALLED THE

10:46AM  11    EXECUTIVE STEERING COMMITTEE THAT WE MET WITH ON A REGULAR

10:46AM  12    BASIS TO PROVIDE THEM WITH AN UPDATE, WHERE WE ARE, WHAT WE'RE

10:46AM  13    DOING, AND THEN WHAT CAN THEY DO TO HELP US IN ANY TYPE OF

10:46AM  14    ISSUES THAT MAY HAVE COME UP.

10:46AM  15    Q.   THANK YOU.

10:46AM  16         AND THEN THE BODY OF THE EMAIL, DO YOU SEE MS. HAWORTH

10:46AM  17    WRITES THAT THESE SLIDES ARE ATTACHED FOR OUR MEETING TODAY,

10:47AM  18    WHICH IS MAY 6TH, 2014?

10:47AM  19    A.   YES, SIR.

10:47AM  20    Q.   AND IF NOW YOU'LL TURN TO PAGE 7 OF THIS EXHIBIT, THE VERY

10:47AM  21    TOP BOX THAT IS A LITTLE BIT -- I'M SORRY, THE TOP BOX UNDER

10:47AM  22    THE MIDDLE OF THIS SLIDE.

10:47AM  23         DO YOU SEE A LIST OF EXECUTIVE STEERING COMMITTEE MEMBERS?

10:47AM  24    A.   YES, I DO.

10:47AM  25    Q.   ARE YOU A MEMBER OF THE COMMITTEE?

10:47AM 1    A.   I AM.

10:47AM 2    Q.   AND WHO IS THE LONE REPRESENTATIVE FROM THERANOS?

10:47AM 3    A.   MR. BALWANI.

10:47AM 4    Q.   IF YOU'LL NOW TURN TO PAGE 9 OF THIS EXHIBIT, THERE'S A

10:47AM 5    SLIDE THAT IS ENTITLED CURRENT OPERATIONS METRICS.

10:47AM 6         DO YOU SEE THAT?

10:47AM 7    A.   I DO.

10:47AM 8    Q.   YOU'VE TALKED TO THIS JURY THIS MORNING ABOUT METRICS.

10:47AM 9         IS THIS AN EXAMPLE OF SOME OF THE METRICS THAT YOU

10:47AM 10   DESCRIBED EARLIER?

10:47AM 11   A.   YES, THEY ARE.  YES, THEY ARE.

10:48AM 12   Q.   AND SO I'D LIKE TO GO THROUGH A FEW OF THEM WITH YOU, BUT

10:48AM 13   FIRST, WOULD YOU NOTE FOR THE JURY THE TWO COLUMNS ARE

10:48AM 14   DIFFERENT DATES.

10:48AM 15        WHAT INFORMATION IS BEING COMMUNICATED THERE?

10:48AM 16   A.   WELL, THE TWO DATES REPRESENT SORT OF A MOMENT IN TIME

10:48AM 17   WHEN THE FIRST THREE STORES OPENED UP, AND THEN AT THE TIME IN

10:48AM 18   MAY, WHERE DID WE STAND IN TERMS OF THE PROJECT ITSELF.

10:48AM 19        SO AS YOU CAN SEE, THE FIRST LINE WE HAVE MOVED IN

10:48AM 20   FEBRUARY OF 2014 FROM THREE STORES TO 11 STORES ON MAY 1ST OF

10:48AM 21   2014.

10:48AM 22   Q.   GREAT.  SO LET'S TAKE THAT FIRST, THAT FIRST ROW, THE

10:48AM 23   NUMBER OF STORES.

10:48AM 24        IN FEBRUARY OF '14, THE NUMBER IS THREE; IS THAT RIGHT?

10:48AM 25   A.   YES.

10:48AM 1    Q.   SO IS THAT ONE IN PALO ALTO AND TWO IN ARIZONA?

10:48AM 2    A.   YES.

10:48AM 3    Q.   AND NOW WE SEE IN MAY THE NUMBER INCREASED TO 11.  WHERE

10:48AM 4    ARE THESE ADDITIONAL STORES THAT HAVE NOW OPENED, WHERE ARE

10:49AM 5    THEY?

10:49AM 6    A.   ALL OF THE ADDITIONAL STORES WERE IN THE PHOENIX, ARIZONA

10:49AM 7    MARKET.

10:49AM 8    Q.   AND WHEN YOU SAY "ALL," DO YOU MEAN IN THE ENTIRE LIFE OF

10:49AM 9    THE THERANOS-WALGREENS RELATIONSHIP, EVERY ADDITIONAL STORE

10:49AM 10   OUTSIDE OF THE PALO ALTO LOCATION WAS ALWAYS IN ARIZONA?

10:49AM 11   A.   YES, SIR.

10:49AM 12   Q.   AND IF NOW YOU'LL LOOK AT THE SECOND ROW, AVERAGE PATIENTS

10:49AM 13   PER STORE PER DAY.

10:49AM 14        FIRST, WHAT IS THAT?  WHAT DOES THAT MEAN?

10:49AM 15   A.   SO WE MEASURED THE NUMBER OF PATIENTS PER STORE PER DAY

10:49AM 16   BECAUSE IT ALLOWED US TO SEE IF WE WERE GROWING, IF THE SERVICE

10:49AM 17   WAS BEING ACCEPTED, IF THE PHYSICIANS WERE ORDERING THE TESTS

10:49AM 18   FOR THEIR PATIENTS.

10:49AM 19        SO, OF COURSE, THIS WAS A VERY CRITICAL MEASURE FOR US IN

10:49AM 20   TERMS OF GROWTH.

10:49AM 21   Q.   NOW, IF YOU'LL LOOK AT THE NEXT ROW.

10:49AM 22        WELL, LET'S LOOK AT THOSE NUMBERS.  FIRST IT WAS .8, AND

10:49AM 23   THEN IT INCREASES TO 3.1.

10:49AM 24        IS THAT A POSITIVE TREND?  IS THAT TREND SOMETHING THAT

10:49AM 25   WALGREENS WAS HAPPY TO SEE?

10:49AM    1    A.   YES, THIS WAS A VERY POSITIVE TREND, IN TWO INSTANCES.

10:50AM    2    ONE, IT'S GROWING OVERALL PATIENTS; BUT IT'S ALSO GROWING WITH

10:50AM    3    THE NUMBER OF STORES GROWING.

10:50AM    4         SO IT IS VERY, VERY POSITIVE.

10:50AM    5    Q.   THE NEXT ROW IS AVERAGE CHECK IN, AND IT LOOKS LIKE IN

10:50AM    6    FEBRUARY IT WAS 10 TO 11 MINUTES, AND BY MAY IT WAS 8 MINUTES.

10:50AM    7         WOULD YOU BRIEFLY DESCRIBE TO THE JURY WHAT THAT IS?

10:50AM    8    A.   SURE.  AS I MENTIONED EARLIER, WE WANTED TO MEASURE ALL OF

10:50AM    9    THE INSTANCES THAT WHEN A CUSTOMER OR A PATIENT COMES INTO A

10:50AM   10    WALGREENS STORE AND THEY ARE RECEIVING THE THERANOS SERVICE,

10:50AM   11    HOW LONG DOES IT TAKE?  WE WANTED TO MAKE SURE THAT THE

10:50AM   12    EXPERIENCE WAS GOOD FOR THEM, THAT THEY WEREN'T WAITING A LONG

10:50AM   13    TIME.

10:50AM   14         AND SO THE CHECK-IN PROCESS IS WHEN YOU ACTUALLY APPROACH

10:50AM   15    THE COUNTER AND LET THE PHARMACY TECHNICIAN KNOW THAT YOU'RE

10:50AM   16    HERE FOR YOUR LABS, AND THE PROCESS OF ACTUALLY MAKING SURE

10:50AM   17    YOU'RE READY TO RECEIVE YOUR BLOOD DRAW, THAT PROCESS IS WHAT

10:50AM   18    WE MEASURED.

10:51AM   19         AND IN THIS INSTANCE FROM FEBRUARY TO MAY, THAT PROCESS

10:51AM   20    IMPROVED.  THE CUSTOMER WAITED LESS, AND SO WE WERE MOVING IN

10:51AM   21    THE RIGHT DIRECTION.

10:51AM   22    Q.   THANK YOU.

10:51AM   23         NOW, TWO ROWS DOWN THERE'S ONE THAT IS TITLED

10:51AM   24    VENOUS DRAWS, AND IT LOOKS LIKE THE PERCENT IN FEBRUARY WAS

10:51AM   25    43 PERCENT AND THE PERCENT IN MAY IS 39 PERCENT.

JHAVERI DIRECT BY MR. SCHENK

10:51AM   1          WHAT IS THIS A REFERENCE TO?

10:51AM   2     A.   THE VENOUS DRAWS IS IN REFERENCE TO WHAT I DESCRIBED

10:51AM   3     EARLIER, THAT THERE ARE TWO METHODS BY WHICH YOUR BLOOD COULD

10:51AM   4     BE DRAWN.  ONE WAS THROUGH THE FINGERSTICK, OR THE SECOND WAS

10:51AM   5     THROUGH THE TRADITIONAL METHOD THROUGH YOUR VEINS.

10:51AM   6          AND SO WHAT WE WERE MEASURING WAS WHAT PERCENTAGE OF THE

10:51AM   7     DRAWS WAS THROUGH THE TRADITIONAL METHOD OF VEINS VERSUS THE

10:51AM   8     FINGERSTICK.

10:51AM   9          SO IN THIS PARTICULAR CASE, 39 PERCENT IN MAY OF THE DRAWS

10:51AM  10     WERE NOT THE FINGERSTICK, THEY WERE THE VENOUS DRAWS.

10:51AM  11     Q.   AND HOW DID YOU FEEL ABOUT THAT NUMBER?  YOU TOLD ME THAT

10:52AM  12     THE NUMBER OF PATIENTS PER STORE WAS A GOOD THING, WAS POSITIVE

10:52AM  13     OVER THE MONTHS.

10:52AM  14          HOW DID YOU FEEL ABOUT THE VENOUS DRAW NUMBERS?

10:52AM  15     A.   NOT GOOD.  THIS NUMBER WAS HIGH AND, AGAIN, WHAT WE WERE

10:52AM  16     TRYING TO GET TO WAS ZERO, THAT EVERY PATIENT THAT CAME IN

10:52AM  17     RECEIVED A FINGERSTICK.

10:52AM  18     Q.   AND DID YOU TALK TO MR. BALWANI ABOUT THAT, THE FACT THAT

10:52AM  19     THESE NUMBERS WERE TOO HIGH?

10:52AM  20     A.   YES, SIR.

10:52AM  21     Q.   IF YOU'LL NOW TURN TO THE NEXT PAGE, PAGE 10, THERE'S A

10:52AM  22     SLIDE ENTITLED VENOUS DRAWS.

10:52AM  23          DO YOU SEE THAT?

10:52AM  24     A.   YES, SIR.

10:52AM  25     Q.   AND I'M GOING TO ASK YOU SOME QUESTIONS ABOUT THE CONTENT,

10:52AM   1    BUT FIRST, WHERE DID THE INFORMATION THAT IS CONTAINED ON THIS

10:52AM   2    SLIDE COME FROM?

10:52AM   3    A.   THE INFORMATION ON THIS SLIDE IS FROM THE THERANOS TEAM.

10:52AM   4    AGAIN, MR. BALWANI AND I PARTNERED ON MAKING SURE THAT THE

10:52AM   5    INFORMATION THAT IS PROVIDED AT THE EXECUTIVE COMMITTEE, OR ANY

10:52AM   6    OTHER COMMITTEE, THAT CERTAIN PARTS WHERE THERANOS WAS

10:53AM   7    RESPONSIBLE FOR, THEY WOULD PROVIDE THAT INFORMATION; AND PARTS

10:53AM   8    THAT WALGREENS WAS RESPONSIBLE FOR, WE WOULD PROVIDE THE

10:53AM   9    INFORMATION.

10:53AM  10         SO IN THIS PARTICULAR CASE, THIS WAS PROVIDED BY

10:53AM  11    MR. BALWANI AND HIS TEAM.

10:53AM  12    Q.   SO YOU DESCRIBED DIFFERENT AREAS OF RESPONSIBILITY.

10:53AM  13         WAS VENOUS DRAWS AND THE REASONS FOR VENOUS DRAWS, DID

10:53AM  14    THAT FALL UNDER THE THERANOS AREA OF RESPONSIBILITY?

10:53AM  15    A.   YES, IT DID.

10:53AM  16    Q.   AND THE FIRST LINE OF THIS SLIDE SAYS, "ORIGINALLY

10:53AM  17    ESTIMATED THAT BY END OF FEBRUARY 2014 WOULD BE BELOW

10:53AM  18    20 PERCENT OF TOTAL DRAWS AND BELOW 10 PERCENT BY END OF

10:53AM  19    AUGUST."

10:53AM  20         SO I THINK WE SAW ON THE LAST SLIDE THAT IN FEBRUARY OF

10:53AM  21    2014, IT WAS ACTUALLY AROUND 40, 43 PERCENT; IS THAT RIGHT?

10:53AM  22    A.   YES, SIR.

10:53AM  23    Q.   AND NOW IF YOU'LL SPOIL IT FOR THE JURY, IN THE END OF

10:53AM  24    AUGUST, DID IT GET DOWN TO AROUND 10 PERCENT?

10:53AM  25    A.   NO, IT DID NOT.

10:53AM   1    Q.   THE NEXT PART OF THE SLIDE SAYS, "CURRENT PROJECTIONS:

10:54AM   2         "BELOW 20 PERCENT BY END OF AUGUST (90 PERCENT CONFIDENCE

10:54AM   3    LEVEL.)"

10:54AM   4         WHAT DID "CONFIDENCE LEVEL" MEAN?

10:54AM   5    A.   WHAT THIS SHOWS IS HOW CONFIDENT THE THERANOS TEAM WAS TO

10:54AM   6    ACHIEVE THAT LEVEL.  SO A 90 PERCENT CONFIDENCE LEVEL IS VERY

10:54AM   7    HIGH.  THAT ASSURED US THAT THEY WERE GOING TO HIT THIS NUMBER.

10:54AM   8         AND SO THAT'S WHAT IS BEING REFLECTED HERE.

10:54AM   9    Q.   THE NEXT DASH SAYS, "BELOW 10 PERCENT BY END OF OCTOBER."

10:54AM  10         AND IS THIS NOW GREATER THAN 95 PERCENT CONFIDENCE LEVEL?

10:54AM  11    A.   YES, SIR.

10:54AM  12    Q.   AND DID THAT COME TO PASS?  WAS IT BELOW 10 PERCENT,

10:54AM  13    VENOUS DRAWS, BY THE END OF OCTOBER?

10:54AM  14    A.   NO.

10:54AM  15    Q.   AND THE NEXT DASH IS, "BELOW 5 PERCENT BY END OF 2014."

10:54AM  16         THAT IS, IT LOOKS LIKE 90 PERCENT CONFIDENCE LEVEL.

10:55AM  17         DO YOU SEE THAT?

10:55AM  18    A.   YES.

10:55AM  19    Q.   AND THEN HOW ABOUT THE TRUTH OF THAT COMING TO PASS?  BY

10:55AM  20    THE END OF 2014, WERE LESS THAN 5 PERCENT OF THE BLOOD DRAWS

10:55AM  21    FROM A VEIN?

10:55AM  22    A.   NO, IT WAS NOT.

10:55AM  23    Q.   AND THE BOTTOM PART OF THE SLIDE READS, "WHY HIGHER NUMBER

10:55AM  24    OF VENOUS DRAWS SO FAR:"

10:55AM  25         THE FIRST ONE, "LEARNING PROCESS AROUND ORDERING PATTERNS

```
10:55AM   1    FOR ARIZONA."
10:55AM   2        WHAT DOES THAT MEAN?
10:55AM   3    A.   SO WHAT WE'RE DESCRIBING HERE ON THIS SLIDE ARE SOME OF
10:55AM   4    THE REASONS THAT WERE PROVIDED TO US FROM MR. BALWANI AND HIS
10:55AM   5    TEAM AS TO WHY THE VENOUS DRAWS WOULD BE HIGHER.
10:55AM   6        SO REMEMBER WE WERE MOVING AND EXPANDING INTO THE ARIZONA
10:55AM   7    MARKET, AND SO WHAT THIS IS REFERENCING TO IS THERANOS WAS
10:55AM   8    CONTINUING TO LEARN WHAT THE PHYSICIANS WERE ORDERING IN THE
10:55AM   9    MARKETPLACE, AND THAT'S IN REFERENCE TO THAT.
10:55AM  10    Q.   AND THEN THE NEXT DASH IS, "ORDERING PATTERNS ARE
10:56AM  11    DIFFERENT THAN ANTICIPATED AND THERANOS IS ADDING NEW
10:56AM  12    CARTRIDGES RAPIDLY TO ADDRESS THESE PATTERNS."
10:56AM  13        WAS THIS ALSO PROVIDED TO WALGREENS I THINK YOU SAID BY
10:56AM  14    MR. BALWANI AND HIS TEAM?
10:56AM  15    A.   YES.
10:56AM  16    Q.   WERE THESE THE TWO REASONS THAT WERE PROVIDED FOR WHY THE
10:56AM  17    VENOUS DRAW NUMBERS WERE AS HIGH AS THEY WERE?
10:56AM  18    A.   YES, THEY WERE.
10:56AM  19    Q.   IF YOU'LL NOW TURN TO PAGE 12 OF THIS SLIDE DECK.
10:56AM  20        AT THE BOTTOM BUBBLE ON THE RIGHT, THERE'S A SECTION
10:56AM  21    CALLED MARKETING.
10:56AM  22        DO YOU SEE THAT?
10:56AM  23    A.   I DO.
10:56AM  24    Q.   AND IT SAYS, "EXTERNAL ADVERTISING TO GENERATE AWARENESS
10:56AM  25    OF SERVICE AND PERCEPTION OF WALGREENS AS A HEALTH CARE
```

10:56AM  1    INNOVATOR."

10:56AM  2         DURING THESE EXECUTIVE MEETINGS, WAS THE TOPIC OF

10:57AM  3    MARKETING OR ADVERTISING DISCUSSED?

10:57AM  4    A.   YES, IT WAS.

10:57AM  5    Q.   AND WHAT WAS DISCUSSED?  WAS THERE A NEED TO ADVERTISE THE

10:57AM  6    SERVICE?

10:57AM  7    A.   YES, ABSOLUTELY.  IT WAS A BRAND NEW SERVICE.  MOST PEOPLE

10:57AM  8    DID NOT KNOW ABOUT IT.  MOST PROVIDERS DID NOT KNOW ABOUT IT.

10:57AM  9         SO WE COLLABORATIVELY, BOTH THE THERANOS TEAM AND THE

10:57AM 10    WALGREENS TEAM, DETERMINED CERTAIN MARKETING THINGS THAT WE

10:57AM 11    WOULD DO, CERTAIN VEHICLES WE WOULD USE TO LET PATIENTS KNOW,

10:57AM 12    CUSTOMERS KNOW, PROVIDERS KNOW THIS NEW SERVICE THAT'S

10:57AM 13    AVAILABLE AT A WALGREENS STORE.

10:57AM 14    Q.   AND I APPRECIATE IT MAY BE OBVIOUS, BUT WHY THE NEED TO

10:57AM 15    ADVERTISE?  WHAT IS THE GOAL?

10:57AM 16    A.   IT'S REALLY FOR INFORMATION AND RAISING AWARENESS.

10:57AM 17         THE ABILITY FOR A PATIENT TO HAVE THEIR LABS DONE ON A

10:57AM 18    FINGERSTICK THAT IS LESS INVASIVE, LESS PAINFUL, LESS COST.

10:57AM 19         I WILL TELL YOU MY OWN STORY.  IF YOU TAKE BLOOD FROM ME,

10:57AM 20    I'LL PROBABLY PASS OUT.

10:57AM 21         SO THIS WAS UNIQUE.  THIS WAS, YOU KNOW, GREAT FOR HEALTH

10:58AM 22    CARE, AND SO WE WANTED TO MAKE SURE THAT PATIENTS AND CUSTOMERS

10:58AM 23    KNEW ABOUT THIS.

10:58AM 24    Q.   AND IF YOU'LL TURN TO PAGE 13, ARE THESE SOME OF THE

10:58AM 25    EXAMPLES OF THE ADVERTISING THAT WAS DISCUSSED?

10:58AM 1    A.   YES, IT WAS.

10:58AM 2    Q.   AND IS THE SIZE OF THE BLOOD DRAW, THE AMOUNT OF BLOOD

10:58AM 3    NEEDED FOR A BLOOD TEST, WAS THAT SOMETHING THAT WAS DISCUSSED

10:58AM 4    AS SUBJECT MATTER FOR ADVERTISING?

10:58AM 5    A.   YES, IT WAS.

10:58AM 6    Q.   WHY?  WHY ADVERTISE THE SIZE OF THE BLOOD DRAW?

10:58AM 7    A.   AGAIN, THERE WAS TWO MAJOR BENEFITS FOR PATIENTS.  ONE IS

10:58AM 8    HOW THE BLOOD WAS DRAWN, AND HOW MUCH OF THE BLOOD WAS DRAWN.

10:58AM 9         SO IN BOTH INSTANCES THIS WAS WHAT WAS THE NEW TECHNOLOGY

10:58AM 10   IS THE ABILITY TO TAKE JUST A FEW DROPS OF BLOOD IN A

10:58AM 11   FINGERSTICK THAT WOULD ALLOW PATIENTS TO HAVE THEIR BLOOD DRAWN

10:58AM 12   THAT IS NOT PAINFUL, THAT WOULD NOT CAUSE THEM TO POTENTIALLY

10:59AM 13   PASS OUT BECAUSE TOO MUCH BLOOD WAS DRAWN.

10:59AM 14        SO THIS WAS VERY BENEFICIAL TO THEM.

10:59AM 15   Q.   IF NOW YOU'LL TURN TO PAGE 15.

10:59AM 16        ON THIS SLIDE WE SEE DIAGNOSTIC TESTING TIMELINE.

10:59AM 17        DO YOU SEE THAT?

10:59AM 18   A.   YES.

10:59AM 19   Q.   AND WHAT I'M GOING TO ASK YOU ABOUT IS AT THE TOP THERE'S

10:59AM 20   A STAR, AND THEN YOU SEE A KEY THAT DESCRIBES WHAT THE STAR

10:59AM 21   MEANS.

10:59AM 22        DO YOU SEE THAT?

10:59AM 23   A.   YES, IT DOES.

10:59AM 24   Q.   AND CAN YOU READ IT?  WHAT DOES THE STAR MEAN?

10:59AM 25   A.   SO THE DARK STAR THAT IS IN THE FISCAL YEAR '15, I BELIEVE

10:59AM 1    THAT'S WHAT IT READS, IT'S -- THE STAR IS A DECISION TO SCALE

10:59AM 2    BASED ON OPERATING MODEL.

10:59AM 3    Q.   OKAY.  SO WHAT WAS BEING COMMUNICATED HERE THROUGH THIS

11:00AM 4    SLIDE DURING THE MEETING?

11:00AM 5    A.   WHAT THIS SLIDE SHOWS IS REALLY SEVERAL THINGS:  NUMBER

11:00AM 6    ONE, THE TIMELINE OF THE PILOT AND THE EXPANSION, ONE.

11:00AM 7         TWO, THE NUMBER OF LOCATIONS AND ALL OF THE OTHER THINGS

11:00AM 8    THAT HAVE TO BE DONE TO START TO SCALE.  SO ON THE LEFT-HAND

11:00AM 9    SIDE YOU'LL SEE TRAINING, MANAGEMENT, MARKETING, I.T.,

11:00AM 10   DEVELOPMENT OF TECHNOLOGY.

11:00AM 11        SO WHAT WE'RE TRYING TO SHOW IS HERE ARE ALL OF THE THINGS

11:00AM 12   THAT HAVE TO BE TRUE TO CONTINUE TO EXPAND.

11:00AM 13        AND IN THIS PARTICULAR CASE, THIS STAR THAT YOU REFERENCED

11:00AM 14   WAS A DECISION POINT FOR US.  ARE WE ABLE TO SCALE?  ARE WE

11:00AM 15   HITTING THOSE METRICS?  ARE WE ACHIEVING THE SUCCESS THAT WE

11:00AM 16   DEFINED?

11:00AM 17        AND IF THE ANSWER IS YES, GREAT, WE'LL CONTINUE TO EXPAND.

11:00AM 18        IF THE ANSWER IS NO, DON'T EXPAND, AND MAKE SURE THAT

11:00AM 19   WE'RE CORRECTING WHAT IS NOT RIGHT.

11:00AM 20   Q.   SO FROM THIS SLIDE, DID YOU TELL MR. BALWANI THAT A

11:01AM 21   NATIONWIDE ROLLOUT OF THERANOS BLOOD TESTING SERVICES INSIDE OF

11:01AM 22   WALGREENS STORES WAS GUARANTEED?

11:01AM 23   A.   NO, WE DID NOT SAY IT WAS GUARANTEED.

11:01AM 24        WHAT WE SAID WAS THAT WE HOPED TO GET TO A NATIONWIDE

11:01AM 25   ROLLOUT, BUT WE DID NOT GUARANTEE IT.  IT'S ALL BASED ON THE

11:01AM  1    MEASURES OF THE PILOT.

11:01AM  2    Q.   OKAY.  AND DECISION TO SCALE BASED ON, IT SAYS OPERATING

11:01AM  3    MODEL.

11:01AM  4        WHEN WAS THAT DECISION POINT?  SORT OF WHEN IN THE

11:01AM  5    TIMELINE?

11:01AM  6    A.   ACCORDING TO THIS, IN THE FIRST QUARTER OF FISCAL '15.

11:01AM  7    Q.   IF NOW YOU'LL TURN TO PAGE 17, WHICH IS THE PATH FORWARD.

11:01AM  8        UNDER OPERATIONS IMPROVEMENT, I WANT TO ASK YOU ABOUT THE

11:01AM  9    FIRST AND THE THIRD BULLETS.  FOCUS ON VENOUS DRAWS REDUCTION,

11:01AM 10    AND ACHIEVE 15 PATIENTS PER DAY PER STORE.

11:02AM 11        WHY ARE THEY UNDER SOMETHING CALLED OPERATIONS

11:02AM 12    IMPROVEMENT?

11:02AM 13    A.   OPERATIONS IMPROVEMENT WAS A TERM TO SAY THIS IS A MODEL

11:02AM 14    THAT WE ARE GOING AFTER.  SO THESE PARTICULAR METRICS, THERE

11:02AM 15    ARE FOUR HERE, BUT THESE PARTICULAR METRICS WERE PART OF THAT

11:02AM 16    MODEL THAT WE WANTED TO IMPROVE ON, IN THIS CASE FURTHER

11:02AM 17    REDUCTION OF THE NUMBER OF PATIENTS GETTING A VENOUS DRAW, AS

11:02AM 18    WELL AS CONTINUING TO GROW THE BUSINESS.

11:02AM 19        SO I BELIEVE THAT WE WERE AT THREE PATIENTS PER DAY IN

11:02AM 20    MAY.  WE WANTED TO ACHIEVE 15 PATIENTS PER DAY PER STORE TO

11:02AM 21    SHOW THAT MORE AND MORE PATIENTS CONTINUED TO USE IT AND WE'RE

11:02AM 22    CONTINUING TO GROW THIS SERVICE.

11:02AM 23    Q.   GREAT.  IF NOW YOU'LL TURN TO EXHIBIT 1755.

11:02AM 24        MR. JHAVERI, IS 1755 ANOTHER EMAIL FROM MS. HAWORTH TO

11:02AM 25    YOU, MR. BALWANI, AND OTHERS, IN ADVANCE OF A JUNE 2014

11:03AM  1    EXECUTIVE MEETING?

11:03AM  2    A.   YES.   THIS WAS THE PARTNERSHIP MEETING MINUTES FROM MAY

11:03AM  3    OF -- MAY 28TH.

11:03AM  4    Q.   MEETING MINUTES FROM A MEETING THAT HAD HAPPENED IN MAY;

11:03AM  5    IS THAT RIGHT?

11:03AM  6    A.   CORRECT, CORRECT.

11:03AM  7    Q.   THANK YOU.

11:03AM  8         YOUR HONOR, THE GOVERNMENT OFFERS 1755.

11:03AM  9              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:03AM  10             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:03AM  11        (GOVERNMENT'S EXHIBIT 1755 WAS RECEIVED IN EVIDENCE.)

11:03AM  12   BY MR. SCHENK:

11:03AM  13   Q.   MR. JHAVERI, AGAIN, DO YOU SEE THAT BOTH YOU AND

11:03AM  14   MR. BALWANI ARE ON THE EMAIL DISTRIBUTION FOR THIS ONE?

11:03AM  15   A.   YES.

11:03AM  16   Q.   AND I'M GOING TO ASK YOU A QUESTION ABOUT PAGE 6 IN THIS

11:03AM  17   DOCUMENT WITHIN THE MEETING MINUTES.

11:03AM  18        THE SECOND PARAGRAPH DOWN UNDER MEETING NOTES, IT

11:03AM  19   REFERENCES SOME COMMENTS THAT YOU MADE.

11:03AM  20        DO YOU SEE THAT?

11:03AM  21   A.   YES, I DO.

11:04AM  22   Q.   AND IT TALKS ABOUT THINGS THAT ARE BEING LEARNED.  YOU ARE

11:04AM  23   IN 21 STORES, THE PILOT ISN'T PERFECT, BUT WE ARE LEARNING SO

11:04AM  24   THAT WE CAN SCALE.

11:04AM  25        AND YOU SAY, "WE MAY NOT LIKE THEM, BUT WE ARE LEARNING."

11:04AM  1      WHAT DID YOU MEAN HERE?  WHAT WERE YOU COMMUNICATING?

11:04AM  2  A.   YEAH.  THIS IS EXACTLY WHAT I WAS EXPLAINING EARLIER.

11:04AM  3      WITH ANY PROJECT, WE DO A PILOT TO ENSURE THAT WE ARE

11:04AM  4  LEARNING WHAT IS GOING RIGHT AND WHAT IS GOING WRONG AND WHAT

11:04AM  5  WE SHOULD BE CHANGING.

11:04AM  6      AND WHAT I AM REFERENCING IS THAT THE PURPOSE OF A PILOT

11:04AM  7  IS NOT TO BE PERFECT.  THE PURPOSE OF A PILOT IS TO UNDERSTAND

11:04AM  8  WHAT IS WORKING AND NOT WORKING SO WE CAN CONTINUE TO IMPROVE

11:04AM  9  THAT PROJECT SO WHEN WE ARE READY TO LAUNCH, IT IS A MODEL THAT

11:04AM 10  HAS BEEN PERFECTED.  THAT'S THE PURPOSE OF THE PILOT.

11:04AM 11      AND WHAT I WAS TRYING TO MAKE SURE THAT THE TEAMS

11:05AM 12  UNDERSTAND IS THAT WE SHOULDN'T BE UPSET THAT THE NUMBERS

11:05AM 13  AREN'T RIGHT OR THE NUMBERS AREN'T WHAT WE HOPED IT WOULD HAVE

11:05AM 14  BEEN.  IT'S GOOD THAT WE ARE LEARNING, BECAUSE WHEN WE DO SCALE

11:05AM 15  AND WE'RE READY TO SCALE, WE HAVE CORRECTED THOSE ISSUES.

11:05AM 16  Q.   WAS THE VENOUS DRAW PERCENT ONE OF THE THINGS THAT WAS NOT

11:05AM 17  GOING RIGHT IN YOUR WORDS?

11:05AM 18  A.   YES, THOSE NUMBERS WERE HIGH.

11:05AM 19  Q.   AND WAS THAT FACT COMMUNICATED TO MR. BALWANI?

11:05AM 20  A.   YES.

11:05AM 21  Q.   WOULD YOU NOW TURN TO 1884, EXHIBIT 1884.

11:05AM 22      MR. JHAVERI, IS 1884 AN EMAIL FROM MS. HAWORTH AGAIN TO

11:05AM 23  MR. BALWANI AND YOU REGARDING MEETING MINUTE AND A SLIDE DECK

11:05AM 24  FROM AUGUST OF 2014?

11:06AM 25  A.   YES.

11:06AM   1          MR. SCHENK:  THE GOVERNMENT OFFERS 1884.

11:06AM   2          MR. COOPERSMITH:  NO OBJECTION.

11:06AM   3          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:06AM   4      (GOVERNMENT'S EXHIBIT 1884 WAS RECEIVED IN EVIDENCE.)

11:06AM   5          MR. SCHENK:  THANK YOU.

11:06AM   6  Q.   AND, MR. JHAVERI, I WANT TO DIRECT YOUR ATTENTION TO

11:06AM   7  PAGE 5 AND NUMBER 1.

11:06AM   8      SO IN AUGUST OF 2014, HOW MANY STORES HAD NOW OPENED?

11:06AM   9  A.   ACCORDING TO THIS DOCUMENT, 30 STORES WERE LIVE.

11:06AM  10  Q.   OKAY.  AND NOW IF YOU'LL TURN TO PAGE 9, DO YOU SEE THE

11:06AM  11  SECOND DARKENED BULLET DOWN FROM THE TOP, INITIAL GOAL?

11:06AM  12  "INITIAL GOAL FOR FISCAL YEAR 15 WAS 500 STORES.  NEED TO

11:06AM  13  REDEFINE THIS GOAL."

11:06AM  14      AND THEN THERE'S A CHART BELOW WHERE IT LOOKS LIKE ON THE

11:06AM  15  ROW FOR THERANOS IN 2015, IT NOW HAS 200.

11:07AM  16      DO YOU SEE THAT?

11:07AM  17  A.   YES, SIR.

11:07AM  18  Q.   AND WHAT WAS HAPPENING HERE?  WHAT WAS BEING DISCUSSED?

11:07AM  19  A.   WELL, THIS IS EXACTLY WHY WE DO A PILOT.

11:07AM  20      AS I MENTIONED EARLIER, WE'RE CONTINUING TO LEARN.  NOT

11:07AM  21  EVERY METRIC IS WHERE WE WANT IT TO BE.

11:07AM  22      AT THE SAME TIME, WE WERE ALSO EVALUATING OUR ABILITY TO

11:07AM  23  SCALE, BOTH FROM A THERANOS STANDPOINT, AS WELL AS FROM A

11:07AM  24  WALGREENS STANDPOINT.

11:07AM  25      AND WHILE OUR GOAL WAS TO GO TO 500 STORES IN 2015, IT WAS

11:07AM   1   PRETTY CLEAR AT THE TIME THAT WE COULDN'T DO THAT.  AND SO WE

11:07AM   2   REEVALUATED AS A TEAM, BOTH TEAMS, AND DECIDED THAT 200 WAS THE

11:07AM   3   APPROPRIATE NUMBER THAT WE COULD BE SUCCESSFUL IN.

11:07AM   4        SO THIS IS THE RESET OF THAT.

11:07AM   5   Q.   GREAT.  THANK YOU.

11:07AM   6        IF YOU WILL NOW FOR ONE MOMENT TURN BACK TO THE FIRST PAGE

11:07AM   7   OF THIS DOCUMENT, AND REMIND THE JURY OF THE DATE OF THIS

11:07AM   8   EMAIL.

11:07AM   9   A.   THE DATE IS AUGUST 11TH, 2014.

11:08AM  10   Q.   OKAY.  SO ON THE 11TH OF AUGUST, YOU AND MR. BALWANI

11:08AM  11   RECEIVED THIS EMAIL THAT INCLUDING MEETING MINUTES WHERE THE

11:08AM  12   NUMBER OF STORES AND THE NEED TO REDUCE IT WAS DISCUSSED; IS

11:08AM  13   THAT RIGHT?

11:08AM  14   A.   YES.

11:08AM  15   Q.   SO I WANT -- WOULD YOU NOW PLEASE TURN TO 1896,

11:08AM  16   EXHIBIT 1896.

11:08AM  17        IS 1896 AN EMAIL JUST A FEW DAYS LATER FROM YOU TO

11:08AM  18   MR. BALWANI?

11:08AM  19   A.   YES, IT'S TO MR. BALWANI AS WELL AS MS. KOZLOWSKI.  CASEY

11:08AM  20   WAS ON MY TEAM LEADING THIS INITIATIVE.

11:08AM  21   Q.   AND WAS THIS EMAIL ALSO ABOUT THE THERANOS-WALGREENS

11:08AM  22   PARTNERSHIP?

11:08AM  23   A.   YES.

11:08AM  24        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1896.

11:08AM  25        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:08AM  1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:08AM  2          (GOVERNMENT'S EXHIBIT 1896 WAS RECEIVED IN EVIDENCE.)

11:08AM  3     BY MR. SCHENK:

11:09AM  4     Q.   SO A FEW DAYS LATER, MR. JHAVERI, YOU WRITE TO MR. BALWANI

11:09AM  5     AND YOU'RE TALKING ABOUT "NEW LEADERSHIP AT OUR COMPANY."

11:09AM  6          IS "OUR COMPANY" WALGREENS?

11:09AM  7     A.   YES.

11:09AM  8     Q.   "AND OUR PARTNERSHIP IS ONE AT THE CORE"; IS THAT RIGHT?

11:09AM  9     IS THAT THE PARTNERSHIP WITH THERANOS?

11:09AM  10    A.   THAT'S CORRECT.

11:09AM  11    Q.   YOU TELL MR. BALWANI, "WE HAVE MADE UNBELIEVABLE PROGRESS

11:09AM  12    IN THE SHORT 5 MONTHS.

11:09AM  13         "HOWEVER, IT WILL BE IMPORTANT THAT WE DRIVE WITH A SINGLE

11:09AM  14    FOCUS TOGETHER.  THE 2 AREAS WHICH MUST BE FOCUSSED ON ARE:

11:09AM  15         "PATIENTS PER DAY WITH A 4 PLUS EXPERIENCE.

11:09AM  16         "AND VENOUS PERCENT IN THE 10 PERCENT RANGE.

11:09AM  17         "WE NEED TO HAVE A DOCUMENTED DETAILED PLAN ON BOTH OR IT

11:09AM  18    WILL BE DIFFICULT FOR ME TO CONVINCE EXPANSION BEYOND ARIZONA."

11:09AM  19         FIRST, WHEN YOU SAY "EXPANSION BEYOND ARIZONA," DO YOU

11:10AM  20    MEAN THE 40 STORES IN ARIZONA AND 1 IN PALO ALTO?

11:10AM  21    A.   THAT'S CORRECT.

11:10AM  22    Q.   AND WHEN YOU WRITE THAT IT'S DIFFICULT TO CONVINCE

11:10AM  23    EXPANSION BEYOND UNLESS THESE TWO FACTORS ARE ADDRESSED, WHAT

11:10AM  24    DID YOU MEAN BY THAT?  WHO ARE YOU TALKING ABOUT NEEDING TO

11:10AM  25    CONVINCE?

11:10AM  1    A.   WELL, I THINK, I THINK IT'S -- WELL, IT'S ON A COUPLE OF

11:10AM  2    DIFFERENT ANGLES.

11:10AM  3         ONE, IT'S DIFFICULT FOR ME TO JUSTIFY FURTHER EXPANDING

11:10AM  4    WHEN WE'RE NOT HITTING SOME OF THESE KEY METRICS AND KEY

11:10AM  5    DECISION POINTS.

11:10AM  6         AT THE SAME TIME, FOR ME TO CONVINCE THE WALGREENS

11:10AM  7    EXECUTIVE LEADERSHIP THAT WAS PART OF THE EXECUTIVE STEERING

11:10AM  8    COMMITTEE THAT WE DISCUSSED EARLIER, FOR ME TO SAY WE'RE GOING

11:10AM  9    TO EXPAND, HOWEVER, WE'RE NOT HITTING THESE METRICS, IT'S A

11:10AM 10    VERY DIFFICULT ARGUMENT FOR ME TO MAKE.

11:10AM 11    Q.   OKAY.  AND THE ONE METRIC IS VENOUS PERCENT IN 10 PERCENT

11:10AM 12    RANGE, I THINK WE TALKED ABOUT THAT THIS MORNING.

11:11AM 13         LET ME ASK YOU ABOUT THE OTHER METRIC, PATIENTS PER DAY

11:11AM 14    WITH A 4 PLUS EXPERIENCE.  WHAT IS THAT REFERRING TO?

11:11AM 15    A.   YEAH, SO WE CONTINUED TO ADVANCE OUR THINKING, SO NOT ONLY

11:11AM 16    WERE WE LOOKING TO GET TO THE 15 PATIENTS PER DAY, BUT WE

11:11AM 17    WANTED THEM TO HAVE AN UNBELIEVABLE EXPERIENCE.

11:11AM 18         SO THE THERANOS TEAM, AFTER EACH BLOOD DRAW, WOULD PROVIDE

11:11AM 19    EACH PATIENT AN IPAD OR SOME TYPE OF A TABLET WHERE THEY WOULD

11:11AM 20    ANSWER A COUPLE OF QUESTIONS ON HOW THEIR EXPERIENCE WENT, AND

11:11AM 21    THAT WAS THEN TABULATED ON AN EXPERIENCE LEVEL OF 1 TO 5, 5

11:11AM 22    BEING THE BEST, AND WHAT WE WERE ASKING FOR IS LET'S HIT THOSE

11:11AM 23    METRICS, BUT ALSO MAKE SURE THAT OUR PATIENTS ARE SATISFIED

11:11AM 24    WITH THE SERVICE.

11:11AM 25         SO THAT'S WHAT I'M REFERRING TO.

11:11AM   1    Q.   SO THE INDIVIDUAL, THE PATIENT THAT WALKS INTO THE

11:11AM   2    WALGREENS, ARE YOU SAYING THAT AT THE END OF THEIR EXPERIENCE

11:11AM   3    THAT DAY AT THE WALGREENS STORE, THEY'RE ASKED TO FILL OUT A

11:12AM   4    SURVEY?

11:12AM   5    A.   NOT AT THE WALGREENS STORE.  THIS IS RECEIVING THE

11:12AM   6    THERANOS SERVICE.  SO THIS IS IN REFERENCE SPECIFICALLY TO THE

11:12AM   7    THERANOS SERVICE ITSELF.

11:12AM   8    Q.   SO INSIDE WHAT I THINK WE CALLED A PSC; IS THAT RIGHT?

11:12AM   9    A.   THAT'S RIGHT.

11:12AM  10    Q.   SO INSIDE THE PATIENT SERVICE CENTER, A PATIENT WHO HAS

11:12AM  11    EXPERIENCED THE THERANOS SERVICE IS ASKED TO FILL OUT A SURVEY?

11:12AM  12    A.   THAT'S RIGHT.

11:12AM  13    Q.   AND THEY RATE IT ON A SCALE; IS THAT CORRECT?

11:12AM  14    A.   YEAH.  THEY ANSWERED A FEW QUESTIONS, AND I DON'T RECALL

11:12AM  15    EXACTLY WHAT THOSE QUESTIONS WERE, BUT IT GAVE US INSIGHT INTO

11:12AM  16    HOW THE EXPERIENCE WENT.

11:12AM  17    Q.   WHEN THE PATIENT IS FILLING OUT THAT SURVEY, HAS THE

11:12AM  18    PATIENT RECEIVED THEIR LAB RESULT YET?  DO YOU KNOW?

11:12AM  19            MR. COOPERSMITH:  OBJECTION.  FOUNDATION.

11:12AM  20            THE COURT:  I THINK HE ASKED "IF YOU KNOW."

11:12AM  21        DO YOU WANT HIM TO ASK THAT QUESTION AGAIN?

11:12AM  22            THE WITNESS:  YES, PLEASE.

11:12AM  23            THE COURT:  GO AHEAD.

11:12AM  24    BY MR. SCHENK:

11:12AM  25    Q.   THE SCORES THAT PATIENTS WERE GIVEN, DO YOU KNOW WHETHER,

11:12AM   1    BY THE TIME THE PATIENT IS FILLING OUT THE SURVEY, DO YOU KNOW

11:12AM   2    WHETHER THEY HAVE ALREADY RECEIVED THEIR LAB RESULT?

11:12AM   3    A.   NO.   THIS IS AT THE COMPLETION OF THE BLOOD DRAW.

11:13AM   4    Q.   I SEE.

11:13AM   5        SO THE PATIENT IS GIVING A SCORE THAT DOES NOT INCLUDE

11:13AM   6    ANYTHING ABOUT THE RESULT; IS THAT RIGHT?   THEY DON'T HAVE THE

11:13AM   7    RESULT YET, SO THAT'S NOT --

11:13AM   8    A.   THAT'S MY UNDERSTANDING, YES.

11:13AM   9    Q.   I'M SORRY.   SO THIS EMAIL THAT YOU SENT TO MR. BALWANI,

11:13AM  10    DID THIS GENERATE A CONVERSATION BETWEEN YOU AND MR. BALWANI?

11:13AM  11    A.   IT DID.

11:13AM  12    Q.   AND IF YOU'LL TURN TO 1909.

11:13AM  13        IS 1909 TWO EMAILS, ONE FROM YOU TO MR. BALWANI, AND THEN

11:13AM  14    A RESPONSE FROM MR. BALWANI, BOTH ON AUGUST 21ST, 2014?

11:13AM  15    A.   YES.

11:13AM  16            MR. SCHENK:   YOUR HONOR, THE GOVERNMENT OFFERS 1909.

11:13AM  17            MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

11:13AM  18            THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

11:13AM  19        (GOVERNMENT'S EXHIBIT 1909 WAS RECEIVED IN EVIDENCE.)

11:13AM  20    BY MR. SCHENK:

11:13AM  21    Q.   AND IT LOOKS LIKE AT THE BOTTOM THAT YOU TELL MR. BALWANI

11:13AM  22    THAT THERE ARE SOME ITEMS THAT WE NEED TO DISCUSS.   THE SECOND

11:14AM  23    BULLET FROM THE BOTTOM IS VENOUS DRAW PERCENT PROGRESS.

11:14AM  24        DO YOU SEE THAT?

11:14AM  25    A.   YES.

JHAVERI DIRECT BY MR. SCHENK

11:14AM 1    Q.   AND THEN MR. BALWANI RESPONDS TO YOU THE SAME DAY, HIS

11:14AM 2    BOTTOM BULLET, "DISCUSS FURTHER YOUR COMMENT ABOUT HAVING TO

11:14AM 3    CONVINCE THE NEW MANAGEMENT FOR EXPANSION BEYOND 40 STORES."

11:14AM 4        FIRST, YOU REFERENCED IT IN THE EMAIL WE LOOKED AT ONE

11:14AM 5    EXHIBIT AGO.  WHAT IS THIS DISCUSSION OF NEW MANAGEMENT?

11:14AM 6    A.   WE WERE -- WE HAD NOT COMPLETED A MERGER OF WALGREENS AND

11:14AM 7    WHAT -- AND BOOTS ALLIANCE AT THE TIME.

11:14AM 8        WE HAD SOME NEW LEADERSHIP THAT WAS STARTING TO COME INTO

11:14AM 9    ROLE, AND SO AS THIS NEW MANAGEMENT BECAME FAMILIAR WITH THE

11:14AM 10   PROJECT, WE WANTED TO MAKE SURE THAT THE NEW MANAGEMENT ALSO

11:14AM 11   AGREED UPON THE DIRECTION AND WHAT WE WERE TRYING TO DO.

11:14AM 12       AND SO WHAT I'M REFERENCING IS THAT NEW MANAGEMENT, THAT

11:14AM 13   NEW LEADERSHIP TO ENSURE THAT THEY ARE ON BOARD WITH WHAT WE'RE

11:14AM 14   TRYING TO DO HERE.

11:14AM 15   Q.   AND DID YOU SAY THAT THE COMPANY WAS CALLED BOOTS

11:14AM 16   ALLIANCE?  WAS THAT THE NAME?

11:15AM 17   A.   THAT'S RIGHT.

11:15AM 18   Q.   AND IN THIS, IN THIS EMAIL, MR. BALWANI SAYS THAT HE WANTS

11:15AM 19   TO DISCUSS FURTHER.

11:15AM 20       DID THAT HAPPEN?  DID YOU HAVE AN EITHER AN IN-PERSON

11:15AM 21   MEETING OR A PHONE CALL WITH MR. BALWANI?

11:15AM 22   A.   YEAH, MR. BALWANI AND I HAD REGULAR DISCUSSIONS, WHETHER

11:15AM 23   IT WAS MONTHLY OR WEEKLY, OR WHENEVER WE NEEDED TO.  AND SO

11:15AM 24   EITHER HE WOULD SEND ME A FEW TOPICS OR I WOULD SEND HIM A FEW

11:15AM 25   TOPICS, AND WE WOULD HAVE THAT DISCUSSION OVER THE PHONE.

JHAVERI DIRECT BY MR. SCHENK

11:15AM  1      IF WE HAPPENED TO BE IN PERSON, THEN WE WOULD DO THAT AS

11:15AM  2  WELL.  BUT IT WAS MAINLY OVER THE PHONE.

11:15AM  3  Q.  AND DO YOU HAVE A SPECIFIC RECOLLECTION ABOUT WHETHER THIS

11:15AM  4  PARTICULAR DISCUSSION HAPPENED, THAT IS, DID YOU HAVE A

11:15AM  5  CONVERSATION OVER THE PHONE WITH MR. BALWANI AFTER THIS

11:15AM  6  AUGUST 21ST, 2014, EMAIL EXCHANGE WHERE YOU DISCUSSED THE NEED

11:15AM  7  TO IMPROVE THE VENOUS NUMBERS?

11:15AM  8  A.  YES.

11:15AM  9  Q.  AND DURING THAT CONVERSATION, DID MR. BALWANI GIVE YOU ANY

11:15AM 10  NEW EXPLANATIONS FOR WHY THE VENOUS DRAW NUMBERS WERE WHAT THEY

11:16AM 11  WERE?  YOU'VE TOLD US ABOUT A FEW, ORDERING PATTERNS,

11:16AM 12  CONFIGURING CARTRIDGES.

11:16AM 13      IN THIS CONVERSATION THAT YOU SAY YOU HAVE A MEMORY OF,

11:16AM 14  DID YOU GET ANY NEW EXPLANATIONS?

11:16AM 15  A.  I DON'T RECALL ANYTHING NEW.  I THINK IT WAS PRIMARILY THE

11:16AM 16  SAME ISSUES THAT THEY WERE -- THEY HAD TOLD ME IN THE PAST.

11:16AM 17  Q.  DID MR. BALWANI EXPRESS TO YOU ANY CONFIDENCE ABOUT

11:16AM 18  WHETHER THERANOS WOULD BE ABLE TO REDUCE THESE VENOUS DRAW

11:16AM 19  NUMBERS?

11:16AM 20  A.  YEAH.  MR. BALWANI, WHENEVER HE AND I SPOKE REGARDING

11:16AM 21  VENOUS DRAWS, HE WAS ALSO VERY CONFIDENT THAT THEY WOULD BE

11:16AM 22  ABLE TO REDUCE THOSE NUMBERS OVER TIME.

11:16AM 23  Q.  OKAY.  NOW LET'S LOOK AT 2214, EXHIBIT 2214.  IT SHOULD BE

11:16AM 24  THE NEXT ONE IN YOUR BINDER.

11:16AM 25      MR. JHAVERI, IS THIS ANOTHER EMAIL FROM MS. HAWORTH TO A

JHAVERI DIRECT BY MR. SCHENK

11:16AM   1     GROUP OF INDIVIDUALS, INCLUDING YOU AND MR. BALWANI, FROM A

11:16AM   2     NOVEMBER 2014 EXECUTIVE MEETING?

11:16AM   3     A.   YES, IT IS.

11:17AM   4               MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 2214.

11:17AM   5               MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:17AM   6               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:17AM   7          (GOVERNMENT'S EXHIBIT 2214 WAS RECEIVED IN EVIDENCE.)

11:17AM   8     BY MR. SCHENK:

11:17AM   9     Q.   AND I'D LIKE TO DIRECT YOUR ATTENTION TO THE SLIDE ON

11:17AM  10     PAGE 6.

11:17AM  11          DO YOU SEE THAT?

11:17AM  12     A.   YES, I DO.

11:17AM  13     Q.   THAT'S A DIFFERENT EXHIBIT NUMBER.

11:17AM  14          MAY I JUST HAVE ONE MOMENT?

11:17AM  15               THE COURT:  YES.

11:17AM  16               MR. SCHENK:  THANK YOU.

11:17AM  17          (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:17AM  18               MR. SCHENK:  YOUR HONOR, MAY I USE THE ELMO JUST FOR

11:18AM  19     THIS EXHIBIT?

11:18AM  20               THE COURT:  YES.

11:18AM  21               MR. SCHENK:  THANK YOU.

11:18AM  22          (PAUSE IN PROCEEDINGS.)

11:18AM  23     BY MR. SCHENK:

11:18AM  24     Q.   MR. JHAVERI, CAN YOU SEE THE SCREEN OKAY?

11:18AM  25     A.   YES, I CAN.

11:18AM  1    Q.   I'M SHOWING YOU PAGE 6 OF EXHIBIT 2214, AND IT'S ENTITLED

11:18AM  2    CURRENT STATUS.

11:18AM  3         THERE ARE SOME NAMES.  FIRST, TRACY AND KIMBERLY, DO THOSE

11:18AM  4    NAMES MEAN ANYTHING TO YOU?

11:18AM  5    A.   YES, TRACY AND KIMBERLY WERE TEAM MEMBERS AT THERANOS.

11:18AM  6    Q.   OKAY.  AND JUST AS A REMINDER, WE'RE IN NOVEMBER OF 2014.

11:18AM  7    IT LOOKS LIKE THERE ARE NOW 41 STORES CURRENTLY LIVE; IS THAT

11:19AM  8    RIGHT?

11:19AM  9    A.   THAT'S CORRECT.

11:19AM  10   Q.   WERE THERE EVER ANY MORE STORES, OR WAS THIS AS MANY AS

11:19AM  11   THE PROJECT EVER OPENED?

11:19AM  12   A.   YEAH, THIS WAS THE MAXIMUM.

11:19AM  13   Q.   THE SECOND BULLET SAYS, "VENOUS DRAWS PERFORMED DURING

11:19AM  14   40 PERCENT OF VISITS IN 2014 YEAR TO DATE."

11:19AM  15        IS THAT RIGHT?

11:19AM  16   A.   YES, ACCORDING TO THIS DOCUMENT.

11:19AM  17   Q.   EARLIER IN YOUR TESTIMONY, WE LOOKED AT WHAT THOSE NUMBERS

11:19AM  18   WERE IN FEBRUARY OF 2014 AND MAY OF 2014.

11:19AM  19        DO YOU RECALL THAT?

11:19AM  20   A.   YES.

11:19AM  21   Q.   DID THE TREND, THAT IS, THE NUMBER OF VENOUS DRAWS, STAY

11:19AM  22   RELATIVELY CONSISTENT THROUGH ALL OF 2014?

11:19AM  23   A.   YES.

11:19AM  24   Q.   A MOMENT AGO YOU TOLD ME THAT THE EMAIL EXCHANGE BETWEEN

11:19AM  25   YOU AND MR. BALWANI LED TO A PHONE CALL WHEN YOU SAID THAT YOU

11:19AM  1    WOULD NEED TO CONVINCE MANAGEMENT TO HAVE FURTHER EXPANSION AND

11:19AM  2    SOME OF THE THINGS THAT NEED TO BE ADDRESSED WERE VENOUS DRAWS.

11:19AM  3         DO YOU REMEMBER WHEN YOU AND I TALKED ABOUT THAT?

11:19AM  4    A.   YES.

11:19AM  5    Q.   AND I THINK YOU SAID THAT MR. BALWANI TOLD YOU AND

11:19AM  6    EXPRESSED CONFIDENCE THAT THERANOS WOULD BE ABLE TO ADDRESS THE

11:20AM  7    VENOUS DRAW NUMBERS; IS THAT CORRECT?

11:20AM  8    A.   THAT'S CORRECT.

11:20AM  9    Q.   IN FACT, DID THERANOS EVER ADDRESS THE VENOUS DRAW

11:20AM  10   NUMBERS?

11:20AM  11   A.   THE NUMBER NEVER DECLINED.

11:20AM  12   Q.   I'M SORRY.  THE NUMBER?

11:20AM  13   A.   NEVER DECLINED.

11:20AM  14   Q.   IF YOU COULD NOW GO TO EXHIBIT 2275, AND IF WE CAN SWITCH

11:20AM  15   BACK.

11:20AM  16        MR. JHAVERI, IS EXHIBIT 2275 AN EMAIL FROM YOU TO

11:20AM  17   MR. BALWANI NOW IN DECEMBER OF 2014?

11:20AM  18   A.   YES, SIR.

11:20AM  19             MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 2275.

11:20AM  20             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:21AM  21             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:21AM  22        (GOVERNMENT'S EXHIBIT 2275 WAS RECEIVED IN EVIDENCE.)

11:21AM  23   BY MR. SCHENK:

11:21AM  24   Q.   IT LOOKS LIKE THE SUBJECT IS CONTRACT AND OTHER TOPICS.

11:21AM  25        AND NUMBER 4 READS, "HOW LONG WILL WE HAVE PHLEBOTOMISTS

11:21AM  1   IN ARIZONA?  WHAT IS ACCEPTABLE PERCENT OF VENOUS DRAWS TO

11:21AM  2   DEPLOY HUB AND SPOKE MODEL?"

11:21AM  3        DO YOU SEE THAT?

11:21AM  4   A.   YES, I DO.

11:21AM  5   Q.   WHAT IS THAT A REFERENCE TO?  WHAT ARE YOU COMMUNICATING

11:21AM  6   TO MR. BALWANI?

11:21AM  7   A.   YES.  SO WHAT WE ARE TRYING TO PLAN FOR, IF YOU REMEMBER

11:21AM  8   EARLIER, I HAD EXPLAINED THAT A VENOUS DRAW REQUIRES A

11:21AM  9   PHLEBOTOMIST TO DO, THAT A PHARMACY TECHNICIAN THAT IS NOT A

11:21AM  10  LICENSED PHLEBOTOMIST CANNOT DO A VENOUS DRAW, THEY CAN ONLY DO

11:21AM  11  A FINGERSTICK.

11:21AM  12       AND SO WE KNEW THAT THE PERCENTAGE OF PATIENTS WERE

11:21AM  13  GETTING A VENOUS DRAW, AND WE NEEDED TO PUT PHLEBOTOMISTS IN

11:21AM  14  THESE STORES.

11:21AM  15       HOWEVER, PHLEBOTOMISTS ARE EXPENSIVE.  SO WHAT WE ARE

11:22AM  16  TRYING TO DO IS TO CREATE SOMETHING CALLED A HUB AND SPOKE

11:22AM  17  MODEL WHERE CERTAIN STORES WOULD HAVE A PHLEBOTOMIST IN THAT

11:22AM  18  STORE, AND THE OTHER STORES WOULD HAVE ONLY A PHARMACY

11:22AM  19  TECHNICIAN FOR A FINGERSTICK.

11:22AM  20       SO IF YOU WALKED INTO A STORE AND YOUR LAB REQUIRED YOU TO

11:22AM  21  RECEIVE A VENOUS DRAW, WE WOULD THEN REFER YOU TO THAT HUB

11:22AM  22  LOCATION, THAT MAIN LOCATION WHERE THERE WOULD BE A

11:22AM  23  PHLEBOTOMIST.

11:22AM  24       THIS WOULD REDUCE THE COST STRUCTURE OF THE ENTIRE

11:22AM  25  PROJECT.  IT WOULD ALLOW US TO PUT PHLEBOTOMISTS IN CERTAIN

11:22AM 1   LOCATIONS, BECAUSE HIRING A PHLEBOTOMIST WAS ALSO DIFFICULT.

11:22AM 2       SO THAT'S WHAT I'M REFERRING TO IN TERMS OF THE HUB AND

11:22AM 3   SPOKE MODEL AND WHAT THE PHLEBOTOMISTS ARE.

11:22AM 4       AND THEN THE SECOND PART OF THE QUESTION IS WHETHER IT'S

11:22AM 5   AN ACCEPTABLE VENOUS DRAW IS, WHAT STORES DO BECOME HUBS AND

11:22AM 6   SPOKES BASED ON THAT PERCENTAGE OF VENOUS DRAW?

11:22AM 7       SO WE WERE TRYING TO DETERMINE WHAT THE PLAN WOULD BE.

11:23AM 8   Q.   WAS THERE EVER A TIME WHEN THE VENOUS DRAW NUMBERS EVEN

11:23AM 9   GOT TO THAT ACCEPTABLE NUMBER, THAT IS, WHERE YOU COULD THEN

11:23AM 10  DIRECT PATIENTS TO THE LOCATION THAT HAS A PHLEBOTOMIST, BUT

11:23AM 11  KEEP PHLEBOTOMISTS OUT OF ALL 40 STORES?

11:23AM 12  A.   NO.  WE MAINTAINED PHLEBOTOMISTS IN ALL 40 STORES AND

11:23AM 13  MAINTAINED THEM SIMPLY BECAUSE THE VENOUS DRAW WAS HIGH ENOUGH.

11:23AM 14  Q.   SO YOU AND I HAVE NOW WALKED THROUGH 2014 TOGETHER.

11:23AM 15      LET'S MOVE INTO THE YEAR 2015.  DID THE VENOUS DRAW

11:23AM 16  NUMBERS CHANGE NOW THAT WE'RE IN 2015, OR DID THEY REMAIN

11:23AM 17  CONSTANT SO THAT YOU WERE NEVER ABLE TO ADOPT WHAT YOU HAVE

11:23AM 18  DESCRIBED AS THE HUB AND SPOKE MODEL?

11:23AM 19  A.   YEAH, NO.  THE VENOUS DRAW REMAINED PRETTY CONSTANT RIGHT

11:24AM 20  THROUGH.  WE HAD, AS YOU SAW BETWEEN THE FEBRUARY AND THE MAY

11:24AM 21  NUMBERS, SOME FLUCTUATION.

11:24AM 22      BUT IN ITS ENTIRETY, IT REMAINED AROUND THAT 40 PERCENT

11:24AM 23  MARK.

11:24AM 24  Q.   IN OCTOBER OF 2015, DO YOU REMEMBER THERE BEING AN ARTICLE

11:24AM 25  IN "THE WALL STREET JOURNAL" ABOUT THERANOS?

JHAVERI DIRECT BY MR. SCHENK

11:24AM   1    A.   YES.

11:24AM   2    Q.   AND, GENERALLY SPEAKING, WAS THE ARTICLE NEGATIVE ABOUT

11:24AM   3    THERANOS?

11:24AM   4    A.   IT WAS.

11:24AM   5    Q.   DID YOUR ROLE OR RESPONSIBILITY IN THE THERANOS-WALGREENS

11:24AM   6    RELATIONSHIP, DID IT CHANGE AFTER THAT ARTICLE?

11:24AM   7    A.   IT DID.

11:24AM   8    Q.   HOW DID YOUR ROLE CHANGE?

11:24AM   9    A.   WELL, UP UNTIL THIS POINT MY TEAM AND I WERE IN CHARGE OF

11:24AM  10    THE ACTUAL EXECUTION OF THE OPERATIONS WITHIN WALGREENS STORES,

11:24AM  11    AND WHEN THIS ARTICLE CAME OUT, WE HAD NOT BEEN EXPANDING UP

11:24AM  12    UNTIL THAT POINT AND WE WERE STILL AT 41 STORES, BUT THIS

11:24AM  13    ARTICLE THAT CAME OUT HIGHLIGHTED SOME ISSUES THAT WE WERE

11:24AM  14    UNAWARE OF.

11:25AM  15        AND SO MY ROLE SHIFTED FROM REALLY A RELATIONSHIP, MAKING

11:25AM  16    SURE THAT THE RIGHT PARTIES WERE COMING TOGETHER AND MOST OF

11:25AM  17    THE WORK WAS PRIMARILY DONE BY OUR CHIEF MEDICAL OFFICER AND

11:25AM  18    OUR CHIEF COUNSEL.

11:25AM  19    Q.   WAS THERE A POINT IN TIME WHEN WALGREENS STOPPED OFFERING

11:25AM  20    THERANOS BLOOD TESTING SERVICES INSIDE OF ITS STORES?

11:25AM  21    A.   YES.

11:25AM  22    Q.   DO YOU REMEMBER WHEN THAT WAS?

11:25AM  23    A.   IT WAS IN JUNE OF 2016 WHEN ALL OF THE OPERATION WAS

11:25AM  24    COMPLETELY STOPPED.

11:25AM  25        EARLIER THAT YEAR, IN I BELIEVE JANUARY, WE TURNED OFF THE

11:25AM  1    PALO ALTO STORE AND ONLY KEPT THE 40 STORES IN ARIZONA ON UNTIL

11:25AM  2    JUNE, AT WHICH POINT ALL OF THE STORES WERE SHUT DOWN.

11:25AM  3    Q.   SO DO I HAVE IT RIGHT, THE ARTICLE IS IN OCTOBER OF 2015,

11:25AM  4    AND THEN YOU SAID IN JANUARY OF THE NEXT YEAR, JANUARY OF '16,

11:25AM  5    THE PALO ALTO LOCATION CLOSED, THE THERANOS SERVICES INSIDE OF

11:26AM  6    THE PALO ALTO LOCATION CLOSED IN JANUARY?

11:26AM  7    A.   THAT'S RIGHT.

11:26AM  8    Q.   AND THEN A FEW MONTHS LATER, IN JUNE OF '16, THE THERANOS

11:26AM  9    LOCATIONS IN THE 40 ARIZONA STORES CLOSED; IS THAT RIGHT?

11:26AM  10   A.   CORRECT.

11:26AM  11   Q.   THANK YOU.

11:26AM  12        NOW, IF YOU WILL TURN IN YOUR BINDER TO EXHIBIT 5387H.

11:26AM  13        YOUR HONOR, 5387H HAS BEEN PREVIOUSLY ADMITTED.

11:26AM  14        PERMISSION TO PUBLISH A FEW PAGES FROM IT?

11:26AM  15             THE COURT:  YES.

11:26AM  16             MR. SCHENK:  THANK YOU.

11:26AM  17   Q.   I'D LIKE TO START WITH PAGE 25.

11:26AM  18        AND, MR. JHAVERI, THERE ARE A GROUP OF PAGE NUMBERS ON

11:26AM  19   THIS DOCUMENT.  JUST TO BE CLEAR, AT THE BOTTOM, SEEN IN SMALL

11:26AM  20   TYPE, IT SAYS TRIAL EXHIBIT 5378H, AND THEN PAGE NUMBER.

11:26AM  21        DO YOU SEE THAT?

11:26AM  22   A.   I DO.

11:26AM  23   Q.   SO THOSE WILL BE THE PAGE NUMBERS THAT I'M REFERRING TO

11:26AM  24   WHEN YOU AND I ARE TALKING TODAY, IF THAT'S OKAY?

11:26AM  25   A.   YES.

11:26AM  1    Q.   FIRST I WANT TO START AT THE VERY TOP WHERE THE DIFFERENT

11:26AM  2    CATEGORIES ARE ACTUALLY TITLED, THE VERY TOP OF THE DOCUMENT,

11:27AM  3    JUST TO GIVE A SENSE OF THE CONTENT OF THE CATEGORY.

11:27AM  4         DO YOU SEE THAT?

11:27AM  5    A.   I DO.

11:27AM  6    Q.   SO LET'S START WITH THE THIRD ONE IN.  THE THIRD ONE SAYS,

11:27AM  7    MESSAGE SENT DATE/TIME.

11:27AM  8         DO YOU SEE THAT?

11:27AM  9    A.   YES.

11:27AM  10   Q.   AND THEN THE NEXT IS THE MESSAGE OR MESSAGE CONTENT.

11:27AM  11        DO YOU SEE THAT?

11:27AM  12   A.   YES.

11:27AM  13   Q.   AND THEN THE NEXT TWO ARE FIRST SENDER/AUTHOR, AND THEN

11:27AM  14   RECIPIENT.

11:27AM  15        DO YOU SEE THAT?

11:27AM  16   A.   YES.

11:27AM  17   Q.   AND SO THE FIRST COLUMN CONTAINS THE SENDER OF THE

11:27AM  18   MESSAGE, AND THEN THE SECOND COLUMN IS THE RECIPIENT OF THE

11:27AM  19   MESSAGE; IS THAT RIGHT?

11:27AM  20   A.   YES.

11:27AM  21   Q.   LET'S GO THROUGH SOME OF THESE.

11:27AM  22        IF WE CAN NOW BLOW UP JUST THE TOP HALF OF THE CONTENT OF

11:27AM  23   THESE MESSAGES.

11:27AM  24        GREAT.  THANK YOU.

11:27AM  25        AND IN THIS SECTION, DO YOU SEE WHERE MR. BALWANI IS

11:27AM  1    WRITING TO MS. HOLMES, AND THIS ONE IS ON NOVEMBER 19TH, 2014.

11:27AM  2        MR. JHAVERI, YOU AND I WERE LOOKING AT SOME MEETINGS,

11:28AM  3    MEETING MINUTES FROM MEETINGS AROUND THAT TIME; IS THAT RIGHT?

11:28AM  4    FROM AROUND NOVEMBER OF 2014?

11:28AM  5    A.   YES.

11:28AM  6    Q.   AND MR. BALWANI WRITES, "NEED TO FOCUS ON OPS.  GETTING

11:28AM  7    HURT IN MARKET.

11:28AM  8        "CUSTOMER SERVICE SEEMS TO BE TERRIBLE.  EVERYONE

11:28AM  9    COMPLAINING."

11:28AM  10        DO YOU SEE THAT?

11:28AM  11   A.   YES.

11:28AM  12   Q.   AND THEN IF WE COULD ZOOM OUT AND NOW CAPTURE THE BOTTOM

11:28AM  13   HALF OF THE CONTENT.

11:28AM  14        DO YOU SEE ABOUT FIVE MESSAGES DOWN ON THE SCREEN

11:28AM  15   MR. BALWANI WRITES, "WE NEED THE LAB AND CALL CENTER FIXED.."

11:28AM  16        ALSO NOVEMBER 19TH, 2014.

11:28AM  17        DO YOU SEE THAT?

11:28AM  18   A.   YES.

11:28AM  19   Q.   AND IF YOU'LL TURN WITH ME TO PAGE 26 OF THESE TEXT

11:28AM  20   MESSAGES.  LET'S DO THE SAME THING.  LET'S JUST TAKE THE TOP

11:28AM  21   HALF FIRST.

11:28AM  22        MR. JHAVERI, DO YOU SEE THREE MESSAGES DOWN MR. BALWANI --

11:29AM  23   WE'RE STILL ON NOVEMBER 19TH -- MR. BALWANI WRITES TO

11:29AM  24   MS. HOLMES, "FUNDAMENTALLY WE NEED TO STOP FIGHTING FIRES BY

11:29AM  25   NOT CREATING THEM."

11:29AM  1          DO YOU SEE THAT?

11:29AM  2    A.   YES, I DO.

11:29AM  3    Q.   AND NOW IF WE CAN ZOOM OUT AND CAPTURE THE BOTTOM HALF OF

11:29AM  4    THE CONTENT.

11:29AM  5          I'M LOOKING NOW AT THE THIRD MESSAGE DOWN ON YOUR SCREEN,

11:29AM  6    AND DO YOU SEE WHERE MR. BALWANI WRITES TO MS. HOLMES, "WE

11:29AM  7    CAN'T SCALE WITH WAG.

11:29AM  8          "THEY ARE TERRIBLE AND WE NEED SWY AND CVS."

11:29AM  9          DO YOU SEE THAT?

11:29AM 10    A.   YES.

11:29AM 11    Q.   AND DOES THE ABBREVIATION WAG MEAN SOMETHING TO YOU?

11:29AM 12    A.   YES.  IT'S A REFERENCE TO WALGREENS.

11:29AM 13    Q.   AND THEN A HANDFUL OF MESSAGES DOWN IT SAYS, "THEY TOLD

11:29AM 14    OUR TEAM IN WAG MEETING THAT THEY DON'T INTEND TO OPEN MORE

11:29AM 15    PSC'S UNTIL JULY BECAUSE WE MISSED THEIR I.T. INTEGRATION

11:30AM 16    DEADLINE."

11:30AM 17          MS. HOLMES RESPONDS, "WOW."

11:30AM 18          AND THEN MR. BALWANI WRITES, "WHICH IS GOOD BECAUSE WE CAN

11:30AM 19    FOCUS ON SWY AND CVS."

11:30AM 20          DO YOU SEE THAT?

11:30AM 21    A.   YES, I DO.

11:30AM 22    Q.   IN THIS TIME IN NOVEMBER OF 2014, WERE YOU STILL WORKING

11:30AM 23    TO TRY TO MAKE THE PILOT A SUCCESS?

11:30AM 24    A.   YES.

11:30AM 25    Q.   MR. JHAVERI, WOULD YOU NOW TURN TO THE NEXT PAGE, PAGE 27,

JHAVERI DIRECT BY MR. SCHENK

11:30AM  1    AND CAPTURE THESE.

11:30AM  2        DO YOU SEE WHERE MR. BALWANI WRITES TO MS. HOLMES, "NEED

11:30AM  3    CTN FIXED.  OUR ROOT CAUSE OF ISSUES."

11:30AM  4        DO YOU SEE THAT?

11:30AM  5    A.   YES.

11:30AM  6    Q.   DID YOU BECOME FAMILIAR WITH A PIECE OF THERANOS

11:30AM  7    TECHNOLOGY THAT WAS CALLED A CTN?  DOES THAT MEAN SOMETHING TO

11:30AM  8    YOU?

11:30AM  9    A.   IT COULD.  I DON'T RECALL.

11:30AM  10    Q.   YOU DON'T RECALL.  OKAY.

11:30AM  11        IF YOU'LL NOW TURN TO PAGE 42 OF THIS EXHIBIT.  IF WE CAN

11:31AM  12    CAPTURE THOSE BOTTOM MESSAGES.

11:31AM  13        WE'VE NOW MOVED INTO APRIL OF 2015.

11:31AM  14        DO YOU SEE WHERE MR. BALWANI WRITES, "GOING THRU CVS

11:31AM  15    CONTRACT.  WE CAN'T WORK WITH WAG OR CVS.  BOTH ARE SAME.

11:31AM  16        "AND SWY."

11:31AM  17        AND THEN DO YOU SEE WHERE MS. HOLMES RESPONDS, "CAN'T

11:31AM  18    FORGET THAT"?

11:31AM  19    A.   YES.

11:31AM  20    Q.   WOULD YOU NOW TURN TO PAGE 43.

11:31AM  21        ON PAGE 43 WE'RE STILL IN APRIL OF 2015.

11:31AM  22        DO YOU SEE WHERE MR. BALWANI WRITES, "IF CONTRACT TERMS

11:31AM  23    AND WE DON'T HAVE 1,000 STORES.  WHAT HAPPENS TO 50M REMAINING

11:32AM  24    INNOVATION PAYMENT."

11:32AM  25        MR. JHAVERI, DO YOU REMEMBER EARLIER IN YOUR TESTIMONY

11:32AM  1    WHERE WE LOOKED AT SOME DOCUMENTS INVOLVING AN INNOVATION

11:32AM  2    PAYMENT?

11:32AM  3    A.   YES, I DO.

11:32AM  4    Q.   WAS THAT MONEY THAT WALGREENS WAS GOING TO PAY TO

11:32AM  5    THERANOS?

11:32AM  6    A.   YES.

11:32AM  7    Q.   DO YOU SEE WHERE MS. HOLMES RESPONDS "DEPENDS ON WHY TERM.

11:32AM  8         "SCALE NOW IF NEED."

11:32AM  9         DO YOU SEE THAT?

11:32AM  10   A.   YES.

11:32AM  11   Q.   AND THEN MR. BALWANI RESPONDS, "SO FORCE BUILD 1,000

11:32AM  12   STORES?  I DON'T THINK THAT'S INTELLIGENT."

11:32AM  13        DO YOU SEE THAT?

11:32AM  14   A.   YES.

11:32AM  15   Q.   IF YOU'LL NOW TURN TO THE NEXT PAGE, PAGE 44.

11:32AM  16        ALSO ON APRIL 9TH, THE BOTTOM SET OF MESSAGES.

11:32AM  17        IN THIS GROUP, DO YOU SEE MR. BALWANI WRITING, "GOING INTO

11:32AM  18   WAG MEETING.

11:32AM  19        "DONE.  CALL WHEN U HAVE 30 MINUTES."

11:32AM  20        AND THEN MR. BALWANI CONTINUES.

11:33AM  21        "MOSTLY TERRIBLE MEETING BUT NET NET IS WHAT WE WANT.

11:33AM  22        "THE POINT ABOUT NARROWING DOWN MENU TO HIT HIGH FS

11:33AM  23   PERCENT CAME TO ME LIKE GIFT OF GOD."

11:33AM  24        MR. JHAVERI, WE TALKED ABOUT THOSE MONTHLY MEETINGS IN

11:33AM  25   NOVEMBER OF 2014.  DID YOU CONTINUE TO MEET WITH MR. BALWANI IN

JHAVERI DIRECT BY MR. SCHENK

11:33AM 1    2015 UP UNTIL THAT OCTOBER ARTICLE THAT WE DISCUSSED?

11:33AM 2    A.   YES.

11:33AM 3    Q.   WOULD YOU NOW TURN TO THE NEXT PAGE, PAGE 45.  WE'VE NOW

11:33AM 4    MOVED TO APRIL 10TH OF 2015.

11:33AM 5         DO YOU SEE WHERE MR. BALWANI WRITES:

11:33AM 6         "WE MUST HIT OUR VOLUME GOALS NOW.

11:33AM 7         "WE NEED TO MAKE IT A MATTER OF LIFE AND DEATH.

11:33AM 8         "SURVIVAL.  WE MUST NOT LOSE."

11:33AM 9         DO YOU SEE THAT?

11:33AM 10   A.   YES.

11:33AM 11   Q.   WAS THE VOLUME OF VENOUS DRAWS AND THE NUMBER OF PATIENTS

11:34AM 12   AT THERANOS PATIENT CENTERS STILL BEING TRACKED IN 2015?

11:34AM 13            MR. COOPERSMITH:  LACKS FOUNDATION IF HE'S TRYING TO

11:34AM 14   REFERENCE THIS TEXT AT THE SAME TIME AS THAT QUESTION.

11:34AM 15            THE COURT:  OVERRULED.

11:34AM 16        ASK YOUR QUESTION AGAIN.

11:34AM 17            MR. SCHENK:  THANK YOU.

11:34AM 18   Q.   MR. JHAVERI, YOU AND I TALKED ABOUT TRACKING VENOUS DRAWS

11:34AM 19   AND THE NUMBER OF PATIENTS PER DAY PER STORE, AND I'M WONDERING

11:34AM 20   IF YOU CONTINUED TO TRACK THAT INTO 2015.

11:34AM 21   A.   YES.

11:34AM 22   Q.   AND WHEN YOU HAD THE MEETINGS THAT YOU TALKED ABOUT IN

11:34AM 23   2015, DID YOU CONTINUE TO DISCUSS THOSE NUMBERS WITH

11:34AM 24   MR. BALWANI?

11:34AM 25   A.   YES.

11:34AM 1    Q.   IF NOW YOU'LL TURN TO PAGE 68.

11:34AM 2         WE'RE NOW IN APRIL 29TH OF 2015.  MS. HOLMES WRITES:

11:34AM 3         "ARE THEY HELPING YOU ON WAG CONTRACT."

11:35AM 4         DO YOU SEE THAT?

11:35AM 5    A.   YES, I DO.

11:35AM 6    Q.   AND THEN MR. BALWANI RESPONDS:

11:35AM 7         "NO ONE ON WAG CONTRACT BEING WANT ANYONE ON WAG CONTRACT.

11:35AM 8    THIS U AND I NEED CLOSE OUR CHESTS."

11:35AM 9         AND THEN MR. BALWANI WRITES:

11:35AM 10        "DON'T WANT."

11:35AM 11        DO YOU SEE THAT?

11:35AM 12   A.   YES.

11:35AM 13   Q.   IN 2015, WAS WALGREENS TALKING ABOUT REVISING CONTRACTS

11:35AM 14   WITH THERANOS?

11:35AM 15   A.   YES, WE WERE.

11:35AM 16   Q.   WOULD YOU NOW PLEASE GO TO PAGE 77 OF EXHIBIT 5387H.

11:35AM 17   THERE'S A MESSAGE SORT OF IN THE MIDDLE OF THE PAGE THAT I WANT

11:35AM 18   TO DIRECT YOUR ATTENTION TO.

11:35AM 19        ON MAY 12TH, 2015 -- THAT'S GREAT.  THANK YOU.  A LITTLE

11:35AM 20   FURTHER DOWN.  PERFECT.

11:36AM 21        IT'S THE MESSAGE THAT BEGINS "AND" ON THE SCREEN IN FRONT

11:36AM 22   OF YOU.

11:36AM 23        "AND THE FACT WE R NOT GROWING WITH WAG IS SOMETHING THEY

11:36AM 24   ARE TRYING TO UNDERSTAND."

11:36AM 25        DO YOU SEE THAT?

JHAVERI DIRECT BY MR. SCHENK

11:36AM  1    A.    YES.

11:36AM  2    Q.    MR. JHAVERI, IN 2015, WERE ANY MORE STORES OPENING, ANY

11:36AM  3    MORE PATIENT SERVICE CENTERS INSIDE OF WALGREENS STORES?

11:36AM  4    A.    NO, SIR.

11:36AM  5    Q.    WOULD YOU PLEASE TURN TO PAGE 95.  THERE'S ONE MESSAGE AT

11:36AM  6    THE VERY BOTTOM ON AUGUST 1ST, 2015.

11:36AM  7          DO YOU SEE WHERE MR. BALWANI WRITES TO MS. HOLMES:

11:36AM  8          "HIGHEST VOLUME DAY TODAY.  547 IN WAG."

11:36AM  9          DO YOU SEE THAT?

11:36AM  10   A.    YES, I DO.

11:36AM  11   Q.    WAS THE NUMBER OF PATIENTS THAT VISITED WALGREENS STORES

11:37AM  12   STILL BEING TRACKED NOW IN AUGUST OF 2015?

11:37AM  13   A.    YES.

11:37AM  14   Q.    AND WAS THAT INFORMATION THAT WAS SHARED DURING THESE

11:37AM  15   MEETINGS, THE EXECUTIVE MEETINGS THAT YOU AND I HAVE DISCUSSED?

11:37AM  16   A.    YES, THEY WERE.

11:37AM  17   Q.    WOULD YOU NOW PLEASE TURN TO PAGE 115.

11:37AM  18         THERE'S ONE MESSAGE ON THIS PAGE.  THIS IS OCTOBER 15TH OF

11:37AM  19   2015.

11:37AM  20         DO YOU SEE THE MESSAGE THAT READS:

11:37AM  21         "JC ARTICLE IS OUT"?

11:37AM  22   A.    YES.

11:37AM  23   Q.    MR. JHAVERI, I ASKED YOU EARLIER WHETHER YOU RECALLED

11:37AM  24   READING AN ARTICLE IN OCTOBER OF 2015.

11:37AM  25         DO YOU REMEMBER ROUGHLY THE DATE THAT THAT ARTICLE CAME

11:37AM  1    OUT?

11:37AM  2    A.   I THINK IT WAS OCTOBER 15TH.

11:37AM  3    Q.   WOULD YOU NOW TURN TO PAGE 116.  THE SAME DAY, THE 15TH OF

11:38AM  4    OCTOBER, MS. HOLMES WRITES TO MR. BALWANI:

11:38AM  5         "I AM OK WITH LESS BLOOD AND DISCOMFORT IN HOLDING

11:38AM  6    STATEMENT.

11:38AM  7         "ALMOST ODD IF NOT THERE."

11:38AM  8         DO YOU SEE THAT?

11:38AM  9    A.   YES, SIR.

11:38AM  10   Q.   IF YOU'LL NOW TURN TO PAGE 117.

11:38AM  11        DO YOU SEE MR. BALWANI RESPONDS:

11:38AM  12        "OK.

11:38AM  13        "JUST WORRIED ABOUT FDA AND CMS.

11:38AM  14        "BUT OK.

11:38AM  15        "HAVE TO TAKE THIS RISK."

11:38AM  16        AND THEN MS. HOLMES RESPONDS:

11:38AM  17        "WE MADE SUCH BIG DEAL WHEN THEY WERE HERE ABOUT

11:38AM  18   VENIPUNCTURE BEING LESS BLOOD.  I AM COMFORTABLE WITH IT."

11:38AM  19        DO YOU SEE THAT?

11:38AM  20   A.   YES.

11:38AM  21   Q.   AND THERE ARE TWO MORE MESSAGES ON THIS PAGE.

11:38AM  22        MS. HOLMES WRITES TO MR. BALWANI:

11:38AM  23        "CRAMER WANTS EXCLUDE.

11:38AM  24        "NO OTHER T.V."

11:38AM  25        DO YOU SEE THAT?

11:38AM   1      A.   YES.

11:38AM   2      Q.   AND NOW IF YOU'LL TURN TO PAGE 118.

11:39AM   3           ON 118, IF WE CAN JUST TAKE THESE THE SAME WAY, THE FIRST

11:39AM   4      HALF AND THE SECOND HALF.

11:39AM   5           MS. HOLMES WRITES:

11:39AM   6           "SENDING DRAFT RUPERT EMAIL.  THE LANGUAGE ABOUT WHAT JC

11:39AM   7      SAID IS DAVID'S LANGUAGE DYING.

11:39AM   8           "FYI."

11:39AM   9           DO YOU SEE THAT?

11:39AM   10     A.   I DO.

11:39AM   11     Q.   AND MR. BALWANI RESPONDS:

11:39AM   12          "OK.  WHICH PART IS DAVID LANGUAGE."

11:39AM   13          MS. HOLMES RESPONDS:  "THE PART ABOUT WHY I DIDN'T WANT TO

11:39AM   14     TALK TO JC (HIS ACCUSATIONS) AS WELL AS THE OTHER PARAGRAPHS

11:39AM   15     THAT WEREN'T THERE BEFORE.  EVERYTHING NEW EXCEPT THE ONE

11:39AM   16     SENTENCE I ADDED ON THE NEW ARTICLE.

11:39AM   17          "I AM COMFORTABLE WITH SAYING THE DEATH AND SEX THING TO

11:39AM   18     RUPERT BC IT MAKES THE POINT."

11:40AM   19          DO YOU SEE THOSE MESSAGES FROM MS. HOLMES?

11:40AM   20     A.   YES.

11:40AM   21     Q.   AND MR. BALWANI AND MS. HOLMES RESPOND TO EACH OTHER IN

11:40AM   22     THE FOLLOWING MESSAGES.

11:40AM   23          MR. BALWANI WRITES:

11:40AM   24          "DON'T."

11:40AM   25          MS. HOLMES RESPONDS:

11:40AM  1          "DON'T WHAT?"

11:40AM  2          MR. BALWANI WRITES:

11:40AM  3          "DON'T MAKE THE DEATH AND SEX POINT.  NOT OK."

11:40AM  4          MS. HOLMES RESPONDS:

11:40AM  5          "CHALLENGE IS YOU SAW HOW EVERYONE REACTED IN PRESS TO ME

11:40AM  6   NOT MEETING WITH HIM.

11:40AM  7          "THEY DIDN'T THINK HIM CHALLENGING ME ON PATENTS WAS

11:40AM  8   REMOTELY A GOOD REASON NOT TO MEET WITH HIM."

11:40AM  9          DO YOU SEE THOSE MESSAGES?

11:40AM 10   A.   YES.

11:40AM 11   Q.   AND THEN MR. BALWANI RESPONDS:

11:40AM 12          "BUT WE HAVE ENUFF POINTS TO SAY I DIDN'T MEET WITH HIM

11:40AM 13   BECAUSE OF HIS FALSE ACCUSATIONS AND DIDN'T HAVE TO MEET WITH

11:40AM 14   SOMEONE WHO WAS ATTACKING ME WITHOUT EVEN MEETING WITH ME.  FOR

11:41AM 15   EXAMPLE PATENTS.

11:41AM 16          "I WOULDN'T OPEN UP USE PERSONAL LIFE OR MURDER BECAUSE

11:41AM 17   ENOUGH PEOPLE ON TWITTER WILL ASSUME THERE IS SOMETHING THERE.

11:41AM 18          "IT'S FILTH.

11:41AM 19          "AND WE NEED TO GET OUT OF FLIRTY."

11:41AM 20          MR. BALWANI THEN CORRECTS IT, "FILTH."

11:41AM 21          AND MS. HOLMES RESPONDS:

11:41AM 22          "AGREE FOR SURE ON OUTSIDE WORLD.  EVEN WITH RUPERT TO

11:41AM 23   MAKE POINT?"

11:41AM 24          AND MR. BALWANI RESPONDS:

11:41AM 25          "IF U FEEL STRONGLY ABOUT MURDER.  BUT NOT PERSONAL LIFE.

11:41AM  1          "I THINK IT IS IMPORTANT TO SEND THIS EMAIL BUT DOESN'T

11:41AM  2    HELP WITH PUBLIC BEATING.  ALL OUR PARTNERS ARE BAILING ONE AT

11:41AM  3    A TIME AND SAME WITH INVESTORS."

11:41AM  4          DO YOU SEE WHAT I JUST READ, MR. JHAVERI?

11:41AM  5    A.   YES, I DO.

11:41AM  6    Q.   AND IF NOW YOU'LL TURN TO PAGE 119.  IF WE COULD CAPTURE

11:41AM  7    THE FIRST HALF.

11:42AM  8          MR. JHAVERI, ARE WE STILL ON OCTOBER 16TH, 2015?

11:42AM  9    A.   YES, WE ARE.

11:42AM  10   Q.   AND DO YOU SEE WHERE MR. BALWANI WRITES:

11:42AM  11         "DIGNITY WAG EVERYONE IS POSTURING TO WALK AWAY.  WE R

11:42AM  12   LOSING LEVERAGE FAST."

11:42AM  13         MS. HOLMES RESPONDS:

11:42AM  14         "HAVE YOU TALKED TO WAG?"

11:42AM  15         AND MR. BALWANI RESPONDS:

11:42AM  16         "THEY R NOT TALKING FOR NOW UNTIL THEIR LAWYERS SAY SO?"

11:42AM  17         MR. BALWANI, I'M WONDERING, A MOMENT AGO, YOU SAID YOU

11:42AM  18   STEPPED BACK AND OTHER INDIVIDUALS TOOK YOUR PLACE IN THE

11:42AM  19   RELATIONSHIP.

11:42AM  20         CAN YOU REMIND THE JURY WHO THOSE INDIVIDUALS WERE?

11:42AM  21   A.   CORRECT.  OUR GENERAL COUNSEL, AS WELL AS OUR CHIEF

11:42AM  22   MEDICAL OFFICER.

11:42AM  23             THE COURT:  AND YOU MEANT MR. JHAVERI.

11:42AM  24             MR. SCHENK:  YES.  I'M SORRY.  DID I SAY

11:42AM  25   MR. BALWANI?  I MEANT MR. JHAVERI.  THANK YOU.

JHAVERI DIRECT BY MR. SCHENK

| | | |
|---|---|---|
| 11:43AM | 1 | Q.   DO YOU SEE NOW BELOW THAT, IT SAYS, "TO US" FROM |
| 11:43AM | 2 | MS. HOLMES. |
| 11:43AM | 3 | AND THEN MR. BALWANI WRITES: |
| 11:43AM | 4 | "YES. |
| 11:43AM | 5 | "AT C LEVEL." |
| 11:43AM | 6 | MS. HOLMES RESPONDS: |
| 11:43AM | 7 | "THEIR LAWYERS TOLD THEM NOT TO TALK TO US?" |
| 11:43AM | 8 | MR. BALWANI RESPONDS: |
| 11:43AM | 9 | "YES." |
| 11:43AM | 10 | MS. HOLMES WRITES: |
| 11:43AM | 11 | "WOW." |
| 11:43AM | 12 | AND THEN MR. BALWANI RESPONDS: |
| 11:43AM | 13 | "IN SO MANY WORDS. |
| 11:43AM | 14 | "NOT EXACTLY BUT THEY WILL BRING ALL THIS UP ABOUT |
| 11:43AM | 15 | FINGERSTICKS ET CETERA IN CONTRACT NEGOTIATIONS." |
| 11:43AM | 16 | IF WE CAN CAPTURE THE LAST TWO MESSAGES. |
| 11:43AM | 17 | MR. BALWANI WRITES: |
| 11:43AM | 18 | "IT IS GOING TO BE VERY DIFFICULT 12 MONTHS. |
| 11:43AM | 19 | "OUR CLIA LAB FAILED MPV PT ALL 5 LEVELS.  JUST FOUND OUT. |
| 11:43AM | 20 | DEALING WITH IT." |
| 11:43AM | 21 | MR. JHAVERI, DO YOU SEE THAT? |
| 11:43AM | 22 | A.   YES, I DO. |
| 11:43AM | 23 | Q.   AND I HAVE TWO MORE PAGES I'D LIKE TO SHOW YOU.  IF WE |
| 11:43AM | 24 | COULD FIRST LOOK AT PAGE 120.  IF WE CAN CAPTURE THE FIRST TWO |
| 11:44AM | 25 | EMAILS, I'M SORRY, TEXTS. |

JHAVERI DIRECT BY MR. SCHENK

11:44AM  1          DO YOU SEE WHERE MR. BALWANI WRITES:

11:44AM  2          "MISS OLD DAYS.  THESE DAYS ARE NOT WORTH WHATEVER WE R

11:44AM  3      TRYING TO DO HERE.

11:44AM  4          "NIM JUST TEXTED ME.  WANTS TO TALK URGENTLY."

11:44AM  5          DO YOU SEE THAT?

11:44AM  6      A.   YES.

11:44AM  7      Q.   AND, MR. JHAVERI, DID YOU, ON OR AROUND THIS DATE, THAT IS

11:44AM  8      OCTOBER 16TH, 2015, REACH OUT TO MR. BALWANI AND SAY THAT YOU

11:44AM  9      WANTED TO SPEAK WITH HIM?

11:44AM 10      A.   YES.

11:44AM 11      Q.   AND NOW IF WE CAN GO TO THE LAST PAGE I'LL SHOW YOU,

11:44AM 12      THAT'S PAGE 121, WE'RE STILL ON OCTOBER 16TH; RIGHT?

11:44AM 13      A.   YES.

11:44AM 14      Q.   MR. BALWANI WRITES:

11:44AM 15          "OK.  WAG FREAKING OUT.  LACK OF TRANSPARENCY.

11:45AM 16          "WHY THEY FOUND THIS ALL OUT THRU MEDIA AND NOT THRU US."

11:45AM 17          DO YOU SEE WHERE MS. HOLMES REPLIES:

11:45AM 18          "K.  THAT'S WHAT WE'LL DO.

11:45AM 19          "HOW WAS NIM?"

11:45AM 20          MR. BALWANI WRITES:

11:45AM 21          "WHY WE DIDN'T TELL THEM ABOUT TURNING OFF NANOTAINER"

11:45AM 22      AND THEN THE LETTER A.

11:45AM 23          MS. HOLMES RESPONDS:

11:45AM 24          " DID YOU TELL HIM IT LITERALLY JUST HAPPENED."

11:45AM 25          MR. BALWANI WRITES:

JHAVERI DIRECT BY MR. SCHENK

11:45AM   1                "YES."

11:45AM   2           MS. HOLMES RESPONDS:

11:45AM   3           "AND WE HADN'T FINALIZED PLAN WITH FDA YET AND STILL

11:45AM   4       HAVEN'T."

11:45AM   5           MR. BALWANI RESPONDS:

11:45AM   6           "I TOLD HIM WE WERE SURPRISED BY THE ARTICLE AS MUCH AS

11:45AM   7       THEY R.

11:45AM   8           "YES.

11:45AM   9           "BUT IT WAS MATTER OF COMMUNICATION.  I HAD ACTUALLY

11:45AM  10       THOUGHT ABOUT IT BUT GOT TOO BUSY TO CHECK WITH YOU."

11:45AM  11           AND THEN DO YOU SEE WHERE MS. HOLMES RESPONDS:

11:45AM  12           "THEN LET'S SHOW THEM THAT THIS LITERALLY IS STILL UP IN

11:46AM  13       AIR SO WE LITERALLY JUST DECIDED SINCE THE DISCUSSION IS

11:46AM  14       GETTING AIRED OUT IN PRESS."

11:46AM  15           DO YOU SEE THAT?

11:46AM  16       A.   YES.

11:46AM  17       Q.   AND THEN MR. BALWANI RESPONDS:

11:46AM  18           "OK.

11:46AM  19           "HOWEVER ISSUE IS WE DIDN'T TELL THEM IN ADVANCE ABOUT

11:46AM  20       SWITCHING."

11:46AM  21           MS. HOLMES:

11:46AM  22           "WE'LL HAVE TO PRESENT WELL THAT WE HADN'T DECIDED TO."

11:46AM  23           MR. BALWANI:

11:46AM  24           "BAD IDEA.  AT THIS POINT THEY KNOW.  SO NEED TO BE

11:46AM  25       TRANSPARENT.

11:46AM   1            MS. HOLMES:

11:46AM   2            "HOW LONG HAS IT BEEN THAT WE DIDN'T TELL THEM?"

11:46AM   3            MR. BALWANI:

11:46AM   4            "3-4 WEEKS."

11:46AM   5            MS. HOLMES:

11:46AM   6            "I'M TRYING TO REMEMBER WHAT OUR THINKING WAS ON THAT."

11:46AM   7            MR. BALWANI:

11:46AM   8            "NONE.  WE JUST DIDN'T TELL THEM THINKING UNDER NEW MODEL

11:46AM   9    THIS DOESN'T MATTER."

11:46AM  10            MR. BALWANI CONTINUES:

11:46AM  11            "BUT ATTACKS LIKE THIS SCARE THEM AS THEY SCARE EVERYONE."

11:46AM  12            AND FINALLY, MS. HOLMES WRITES:

11:47AM  13            "YEAH."

11:47AM  14            MR. JHAVERI, AT THIS TIME IN 2015, AND TO BE MORE

11:47AM  15    SPECIFIC, LEADING UP TO THE ARTICLE THAT YOU AND I TALKED ABOUT

11:47AM  16    IN OCTOBER OF 2015, WERE YOU STILL WORKING TO MAKE THE THERANOS

11:47AM  17    PILOT A SUCCESS?

11:47AM  18    A.   YES.

11:47AM  19    Q.   AND WERE YOU STILL THINKING THAT IF THE THERANOS PILOT WAS

11:47AM  20    A SUCCESS, THERANOS PATIENT SERVICE CENTERS INSIDE OF WALGREENS

11:47AM  21    STORES WOULD EXPAND BEYOND THE 40 IN ARIZONA?

11:47AM  22    A.   YES.

11:47AM  23            MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

11:47AM  24            THE COURT:  YES.

11:47AM  25            (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:47AM  1          MR. SCHENK:  THANK YOU VERY MUCH, YOUR HONOR.  NO

11:47AM  2    FURTHER QUESTIONS.

11:47AM  3          THE COURT:  MR. COOPERSMITH, WILL YOU HAVE

11:47AM  4    CROSS-EXAMINATION?

11:47AM  5          MR. COOPERSMITH:  YES, YOUR HONOR.  WOULD THIS BE A

11:47AM  6    GOOD TIME FOR OUR BREAK?

11:47AM  7          THE COURT:  WELL, YOU TOOK THE WORDS RIGHT OUT OF MY

11:47AM  8    MOUTH, MR. COOPERSMITH.

11:47AM  9          MR. COOPERSMITH:  SORRY ABOUT THAT, YOUR HONOR.

11:47AM 10          THE COURT:  NOT AT ALL.

11:47AM 11       LET'S TAKE OUR BREAK NOW, LADIES AND GENTLEMEN.  WE'LL

11:47AM 12    TAKE ABOUT 30 MINUTES.

11:47AM 13       LET ME TELL YOU, I KNOW YOU'LL BE EXCITED TO HEAR THIS,

11:48AM 14    I'VE JUST BEEN INFORMED THAT WE CAN GO UNTIL 4:00.  SO THE

11:48AM 15    3:00 O'CLOCK -- PLEASE RESTRAIN YOUR ENTHUSIASM.

11:48AM 16       SO THE 3:00 O'CLOCK PROBLEM WITH THE COURT HAS BEEN

11:48AM 17    RESOLVED, SO WE'LL BE ABLE TO GO UNTIL 4:00 O'CLOCK TODAY.  I

11:48AM 18    JUST WANT TO LET YOU KNOW THAT.

11:48AM 19       SO THANK YOU VERY MUCH.

11:48AM 20       LET'S HAVE OUR BREAK NOW.  WE'LL TAKE ABOUT 30 MINUTES,

11:48AM 21    AND WE'LL COME BACK.  THANK YOU.

11:48AM 22          MR. SCHENK:  THANK YOU.

11:49AM 23          THE COURT:  THANK YOU.

11:49AM 24       AND, MR. JHAVERI, YOU CAN STEP OUTSIDE, PLEASE.  WE'LL

11:49AM 25    TAKE A 30 MINUTE BREAK.

|        |    |                                                          |
|--------|----|----------------------------------------------------------|
| 11:49AM | 1  | THE WITNESS:  THANK YOU.                                 |
| 11:49AM | 2  | THE COURT:  YOU'RE WELCOME.                              |
| 11:49AM | 3  | (JURY OUT AT 11:49 A.M.)                                 |
| 11:49AM | 4  | THE COURT:  PLEASE BE SEATED.                            |
| 11:49AM | 5  | THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT THE     |
| 11:49AM | 6  | COURTROOM.                                               |
| 11:49AM | 7  | MR. JHAVERI HAS LEFT THE COURTROOM AS WELL.              |
| 11:49AM | 8  | I JUST GOT WORD THAT THE 3:00 P.M. CONFLICT WAS RESOLVED, |
| 11:49AM | 9  | SO WE'LL GO UNTIL 4:00.                                  |
| 11:49AM | 10 | WE STILL NEED AT SOME POINT TO SPEAK WITH JUROR NUMBER 8 |
| 11:49AM | 11 | ABOUT HIS MEDICAL APPOINTMENTS.  I THOUGHT WE'D -- MAYBE WE CAN |
| 11:49AM | 12 | DO THAT AT THE END OF THE DAY TODAY, WE'LL TALK WITH HIM, AND |
| 11:49AM | 13 | BECAUSE IT DOES TOUCH ON MEDICAL PERSONAL ISSUES, I INTEND TO |
| 11:49AM | 14 | ALSO HAVE THAT CONVERSATION PRIVATE, NOT IN A PUBLIC, PUBLIC |
| 11:49AM | 15 | SETTING.                                                 |
| 11:50AM | 16 | ANYTHING FURTHER BEFORE WE BREAK?                        |
| 11:50AM | 17 | MR. SCHENK:  NO.                                         |
| 11:50AM | 18 | THE COURT:  MR. COOPERSMITH?                             |
| 11:50AM | 19 | MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.            |
| 11:50AM | 20 | THE COURT:  ALL RIGHT.  THANK YOU.                       |
| 11:50AM | 21 | (RECESS FROM 11:50 A.M. UNTIL 12:25 P.M.)               |
| 12:26PM | 22 | (JURY IN AT 12:26 P.M.)                                  |
| 12:26PM | 23 | THE COURT:  PLEASE BE SEATED.  THANK YOU.                |
| 12:26PM | 24 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.   |
| 12:26PM | 25 | MR. COOPERSMITH, YOU HAVE CROSS-EXAMINATION?             |

12:26PM 1          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  MAY I

12:26PM 2    REMOVE MY MASK?

12:26PM 3          THE COURT:  YES, YES.

12:26PM 4          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:26PM 5                     **CROSS-EXAMINATION**

12:26PM 6    BY MR. COOPERSMITH:

12:26PM 7    Q.   GOOD AFTERNOON, MR. JHAVERI.

12:26PM 8    A.   GOOD AFTERNOON, SIR.

12:26PM 9    Q.   I'M JEFF COOPERSMITH, I REPRESENT SUNNY BALWANI, AND I'LL

12:27PM 10   BE ASKING YOU SOME QUESTIONS THIS AFTERNOON.  OKAY?

12:27PM 11   A.   OKAY.

12:27PM 12          MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

12:27PM 13          THE COURT:  YES.

12:27PM 14          MR. COOPERSMITH:  (HANDING.)

12:27PM 15   Q.   MR. JHAVERI, I'VE JUST HANDED YOU TWO BINDERS WITH

12:27PM 16   EXHIBITS, AND WE MAY BE REFERRING, IN FACT, WE WILL BE

12:27PM 17   REFERRING TO SOME OF THOSE DURING THE COURSE OF THE QUESTIONS.

12:27PM 18   OKAY?

12:27PM 19   A.   OKAY.

12:27PM 20   Q.   OKAY.  SO LET'S SORT OF GO TO THE BEGINNING OF YOUR

12:27PM 21   INVOLVEMENT WITH THERANOS.

12:27PM 22          AND I THINK YOU HAD SOME PASSING INVOLVEMENT OR

12:27PM 23   CONVERSATION WITH MR. BALWANI AND MS. HOLMES BACK IN 2010; IS

12:27PM 24   THAT CORRECT?

12:27PM 25   A.   YES.

12:27PM   1    Q.   BUT I THINK YOU SAID THAT IT WAS ONLY ABOUT A 15 OR 20

12:27PM   2    MINUTE CONVERSATION?

12:27PM   3    A.   THAT'S CORRECT.

12:27PM   4    Q.   OKAY.  SO THE REAL INVOLVEMENT YOU HAD WITH THERANOS

12:27PM   5    REALLY STARTED LATER IN 2014; IS THAT RIGHT?

12:28PM   6    A.   THAT'S CORRECT.

12:28PM   7    Q.   OKAY.  AND YOU'RE AWARE THAT THERANOS AND WALGREENS

12:28PM   8    STARTED THE FIRST THERANOS BLOOD TESTING COLLECTION SITES IN

12:28PM   9    WALGREENS STORES IN THE FALL OF 2013?

12:28PM  10    A.   THAT'S CORRECT.

12:28PM  11    Q.   BUT YOUR INVOLVEMENT REALLY STARTED AROUND MARCH OF 2014;

12:28PM  12    IS THAT CORRECT?

12:28PM  13    A.   YEAH, MY INVOLVEMENT, MY FULL RESPONSIBILITY FOR THE

12:28PM  14    PROJECT STARTED IN MARCH OF 2014.

12:28PM  15    Q.   OKAY.  AND YOU UNDERSTAND, I THINK YOU REVIEWED IT WITH

12:28PM  16    MR. SCHENK WHEN HE WAS ASKING YOU QUESTIONS, THAT THE INITIAL

12:28PM  17    CONTRACT BETWEEN THERANOS AND WALGREENS GOES BACK TO JULY 2010.

12:28PM  18        DO YOU RECALL THAT?

12:28PM  19    A.   THAT'S CORRECT.

12:28PM  20    Q.   AND YOU HAD REVIEWED THOSE CONTRACTS IN THE COURSE OF

12:28PM  21    GETTING UP TO SPEED ON THE PROJECT; IS THAT FAIR?

12:28PM  22    A.   THAT'S FAIR.

12:28PM  23    Q.   BUT YOU WERE NOT PRESENT DURING THE TIME THE CONTRACT WAS

12:28PM  24    NEGOTIATED, AT LEAST THE ORIGINAL ONE; IS THAT RIGHT?

12:28PM  25    A.   NO, SIR.

```
12:28PM    1    Q.   OR EVEN THE 2012 AMENDMENT THAT MR. SCHENK SHOWED YOU, YOU

12:28PM    2    WEREN'T INVOLVED IN THE NEGOTIATION OF THAT CONTRACT EITHER; IS

12:28PM    3    THAT RIGHT?

12:28PM    4    A.   NO, SIR.

12:28PM    5    Q.   SO WHAT YOU HAVE ARE THE WORDS ON THE PAGE; IS THAT FAIR?

12:29PM    6    A.   AND THE INFORMATION PROVIDED BY THE LEADERS THAT I SPOKE

12:29PM    7    TO.

12:29PM    8    Q.   OKAY.  THANK YOU.

12:29PM    9         YOU UNDERSTAND, THOUGH, PRIOR TO YOUR INVOLVEMENT WITH THE

12:29PM   10    THERANOS PROJECT AT WALGREENS, THERE HAD BEEN A LOT OF

12:29PM   11    DISCUSSIONS WITH OTHER WALGREENS PERSONNEL AND THERANOS

12:29PM   12    PERSONNEL ABOUT THE NATURE OF THE PARTNERSHIP AND HOW THE

12:29PM   13    BUSINESS WOULD WORK; IS THAT FAIR?

12:29PM   14    A.   I KNEW OF THOSE DISCUSSIONS.

12:29PM   15    Q.   I'M SORRY?

12:29PM   16    A.   I KNEW OF THOSE DISCUSSIONS THAT THEY HAD, BUT I WAS NOT

12:29PM   17    INVOLVED IN ANY OF THOSE DISCUSSIONS.

12:29PM   18    Q.   OKAY.  BUT YOU JUST HEARD ABOUT THOSE THINGS FROM SOME OF

12:29PM   19    YOUR COLLEAGUES AT WALGREENS?

12:29PM   20    A.   THAT'S CORRECT.

12:29PM   21    Q.   AND MAYBE EVEN FROM MR. BALWANI?

12:29PM   22    A.   FROM MR. BALWANI AFTER I BECAME INVOLVED IN THE PROJECT.

12:29PM   23    Q.   OKAY.  AND THEN WHEN YOU BECAME INVOLVED, IS IT FAIR TO

12:29PM   24    SAY THAT YOUR JOB WAS TO TRY AND EXECUTE ON THE BUSINESS PLAN?

12:29PM   25    A.   RIGHT, TO -- YES, BASICALLY TO OPERATIONALIZE THE SERVICE
```

12:30PM   1      INSIDE OF A WALGREENS DRUG STORE.

12:30PM   2      Q.   SO YOU WERE, FROM THE WALGREENS PERSPECTIVE, IN CHARGE OF

12:30PM   3      MAKING THE PROGRAM COME TO LIFE AND EXPAND, YOU KNOW, AS MUCH

12:30PM   4      AS IT COULD EXPAND.

12:30PM   5          IS THAT FAIR?

12:30PM   6      A.   YES.   IT WAS TO, EXACTLY WHAT I SAID, OPERATIONALIZE THE

12:30PM   7      ENTIRE PROGRAM.

12:30PM   8      Q.   AND IS IT FAIR TO CALL THAT PHASE OF THE WORK BETWEEN

12:30PM   9      THERANOS AND WALGREENS THE EXECUTION PHASE?

12:30PM  10      A.   WE DIDN'T CALL IT THE EXECUTION PHASE.   WE CALLED IT THE

12:30PM  11      PILOT PHASE AS I REFERENCED IN SOME OF THE DOCUMENTS WE

12:30PM  12      REVIEWED TODAY.   THAT'S WHAT WE CALLED THE, THE 40 STORES THAT

12:30PM  13      WE LAUNCHED WAS TRULY CALLED THE PILOT PHASE.

12:30PM  14      Q.   YEAH, I UNDERSTAND.   MY QUESTION IS A LITTLE DIFFERENT.

12:30PM  15      I'M SORRY FOR NOT ASKING A CLEAR QUESTION.

12:30PM  16          BUT WHAT YOU WERE ACTUALLY DOING, THE ACTIVITY THAT YOU

12:30PM  17      WERE ENGAGED IN WITH THERANOS, WAS TRYING TO EXECUTE ON THE

12:30PM  18      BUSINESS PLAN, INCLUDING THE PILOT?

12:30PM  19      A.   THAT'S CORRECT.

12:30PM  20      Q.   OKAY.   AND YOU WOULD AGREE WITH ME THAT WHEN YOU'RE TRYING

12:30PM  21      TO EXECUTE ON A NEW BUSINESS PLAN, THERE ARE RISKS INVOLVED

12:30PM  22      WITH IT?

12:31PM  23      A.   YES, THERE ARE ALWAYS RISKS WITH ANY PROJECT THAT WE DO.

12:31PM  24      Q.   RIGHT.   AND SOMETIMES BUSINESSES REFER TO IT AS EXECUTION

12:31PM  25      RISK; IS THAT FAIR?

JHAVERI CROSS BY MR. COOPERSMITH

12:31PM 1    A.   I DON'T KNOW WHAT BUSINESSES CALLED IT.  WE JUST CALLED IT

12:31PM 2    RISK.

12:31PM 3    Q.   BUT THE RISK WOULD BE WHETHER YOU COULD EXECUTE THE

12:31PM 4    PROJECT AS IT WAS -- AT LEAST WHAT THE GOALS WERE?

12:31PM 5    A.   CORRECT.  THE RISK, IF I CAN JUST BE A LITTLE BIT CLEARER,

12:31PM 6    THE RISKS WERE ASSOCIATED WITH NOT ONLY THE EXECUTION OF THE

12:31PM 7    PROGRAM, BUT THE SUCCESSES OF THE PROGRAM ITSELF.  THERE IS

12:31PM 8    RISK ASSOCIATED WITH ALL OF THOSE THINGS.

12:31PM 9        SO IT'S NOT SIMPLY FULL EXECUTION, BUT IT IS -- THERE ARE

12:31PM 10   ALSO RISKS IN CERTAIN PARTS OF THE PROGRAM, HOW WE DO THE

12:31PM 11   PROGRAM, WHAT WE DO, COSTS.  EVERYTHING THAT IS ASSOCIATED WITH

12:31PM 12   ACTUALLY DOING THE PROJECT IS A RISK.

12:31PM 13       SO I JUST WANT TO MAKE SURE THAT I THINK THAT'S WHAT

12:31PM 14   YOU'RE ASKING.

12:31PM 15   Q.   NO, NO.  THAT'S FINE.

12:31PM 16       SO THERE ARE A LOT OF DIFFERENT RISKS ASSOCIATED WITH

12:31PM 17   LAUNCHING A NEW BUSINESS; RIGHT?

12:31PM 18   A.   IT IS.

12:31PM 19   Q.   AND THAT'S PART OF WHAT YOU AND YOUR COLLEAGUES AND THE

12:31PM 20   THERANOS TEAM WERE TRYING TO MANAGE?

12:32PM 21   A.   CORRECT.

12:32PM 22   Q.   OKAY.  NOW, MR. SCHENK ASKED YOU SOME QUESTIONS IN THE

12:32PM 23   COURSE OF HIS DIRECT EXAMINATION ABOUT WHETHER CERTAIN THINGS

12:32PM 24   WERE GUARANTEED.

12:32PM 25       DO YOU REMEMBER THAT?

12:32PM  1     A.   YES.

12:32PM  2     Q.   SO IT'S FAIR TO SAY THAT THERE WAS NO GUARANTEE THAT THE

12:32PM  3     BUSINESS WOULD BE SUCCESSFUL; RIGHT?

12:32PM  4     A.   THE BUSINESS BEING THE THERANOS BUSINESS OR THE --

12:32PM  5     Q.   THE PARTNERSHIP, THE WALGREENS-THERANOS PARTNERSHIP?

12:32PM  6     A.   YES, ABSOLUTELY, THERE WAS RISK IN WHETHER OR NOT THAT

12:32PM  7     WOULD SUCCEED.

12:32PM  8     Q.   AND WALGREENS ITSELF, EVEN APART FROM THERANOS, LAUNCHES

12:32PM  9     NEW BUSINESS LINES FROM TIME TO TIME; RIGHT?

12:32PM 10     A.   WE DO.

12:32PM 11     Q.   AND SOMETIMES YOU DECIDE TO OPEN UP IN NEW MARKETS THAT

12:32PM 12     YOU HAD NOT BEEN IN BEFORE; RIGHT?

12:32PM 13     A.   CORRECT.

12:32PM 14     Q.   AND THERE IS ALWAYS RISK ASSOCIATED WITH THAT?

12:32PM 15     A.   THERE IS.

12:32PM 16     Q.   AND IS RISK ASSOCIATED -- THERE IS NOTHING GUARANTEED

12:32PM 17     ABOUT WALGREENS'S OWN BUSINESS; IS THAT RIGHT?

12:32PM 18     A.   THAT'S CORRECT.

12:32PM 19     Q.   AND, IN FACT, EVEN THOUGH YOU AT WALGREENS HAVE A TRACK

12:32PM 20     RECORD, YOU DON'T KNOW IF THERE ARE GOING TO BE 2 PATIENTS THAT

12:33PM 21     COME INTO THE LOCAL SAN JOSE WALGREENS TODAY OR 10 PATIENTS OR

12:33PM 22     50 PATIENTS; RIGHT?

12:33PM 23     A.   WE HAVE A PRETTY GOOD IDEA BASED ON THE INTELLIGENCE THAT

12:33PM 24     WE HAVE DONE, THE DUE DILIGENCE THAT WE HAVE DONE, GOING INTO A

12:33PM 25     PARTICULAR STORE LOCATION IF THAT'S WHAT YOU'RE ASKING.

12:33PM   1            BUT, YES, THERE ARE RISKS THAT THOSE ESTIMATES AND THE

12:33PM   2    HYPOTHESIS MIGHT NOT BE MET.

12:33PM   3    Q.   IT MIGHT NOT COME TO PASS?

12:33PM   4    A.   THAT'S RIGHT.

12:33PM   5    Q.   AND IS IT GUARANTEED THAT ANY PATIENT IS GOING TO WALK

12:33PM   6    INTO A WALGREENS STORE ON ANY DAY AT ANY TIME?

12:33PM   7    A.   NO, NOTHING'S GUARANTEED.

12:33PM   8    Q.   OKAY.  NOW, THE WHOLE ROLLOUT PROGRAM WITH THERANOS, THAT

12:33PM   9    WAS A HUGE COMMITMENT ON WALGREENS'S PART; IS THAT RIGHT?

12:33PM  10    A.   IT WAS.

12:33PM  11    Q.   AND IT WAS A HUGE COMMITMENT ON THERANOS'S PART?

12:33PM  12    A.   THAT'S RIGHT.

12:33PM  13    Q.   AND THERE WAS A LOT OF MOVING PARTS IN CONNECTION WITH

12:33PM  14    THAT WHOLE ENDEAVOR TO ROLL OUT MORE AND MORE THERANOS STORES

12:33PM  15    OR COLLECTION SITES AT WALGREENS STORES; RIGHT?

12:33PM  16    A.   YES, IT WAS COMPLEX.

12:33PM  17    Q.   AND THAT'S ONE REASON WHY THERE WERE THESE PERIODIC

12:34PM  18    MEETINGS THAT MR. SCHENK SHOWED YOU A FEW OF?

12:34PM  19    A.   THAT'S RIGHT.

12:34PM  20    Q.   OKAY.  IN TERMS OF YOUR OWN RESPONSIBILITIES, THE THERANOS

12:34PM  21    PROJECT, WHILE YOU WERE WORKING ON IT, TOOK UP A LOT OF YOUR

12:34PM  22    OWN TIME?

12:34PM  23    A.   IT TOOK A LOT OF MY OWN TIME, BUT I HAD A TEAM SPECIFIC

12:34PM  24    FOR THE THERANOS PARTNERSHIP.  I HAD A PORTFOLIO OF PROJECTS

12:34PM  25    AND SERVICES AND RESPONSIBILITIES THAT I HAD WITHIN MY OWN

12:34PM   1    ROLE, SO WHILE THERANOS DID TAKE UP A CONSIDERABLE AMOUNT OF

12:34PM   2    TIME, IT WAS NOT FULLY MY ENTIRE ROLE.  I HAD OTHER TEAMS THAT

12:34PM   3    WERE FOCUSSED IN ON IT.

12:34PM   4    Q.   RIGHT.  PEOPLE REPORTED TO YOU WHO WERE DEALING WITH

12:34PM   5    THINGS ON A DAY-TO-DAY BASIS?

12:34PM   6    A.   THAT'S RIGHT.

12:34PM   7    Q.   AND YOU WERE AT AN EXECUTIVE LEVEL?

12:34PM   8    A.   THAT'S RIGHT.

12:34PM   9    Q.   AND YOUR OTHER PROJECTS -- THE OTHER THINGS IN YOUR

12:34PM  10    PORTFOLIO, ONE OF THE THINGS WAS ALSO THE WALGREENS WELL

12:34PM  11    EXPERIENCE PROGRAM?

12:34PM  12    A.   THAT'S RIGHT.

12:34PM  13    Q.   AND YOU TALKED ABOUT THAT A LITTLE BIT ON DIRECT WHERE

12:35PM  14    THAT WAS A PROGRAM TO REFURBISH SOME OF THE STORES AND

12:35PM  15    MODERNIZE THEM?

12:35PM  16    A.   YEAH, IT WAS TO REFURBISH, MODERNIZE, AND TO CHANGE THE

12:35PM  17    EXPERIENCE OF WHAT PHARMACISTS AND PHARMACY TECHNICIANS DO

12:35PM  18    WITHIN THAT WALGREENS DRUG STORE, AND ALSO INCORPORATING OTHER

12:35PM  19    HEALTH CARE SERVICES THAT I TALKED ABOUT EARLIER AND CREATING A

12:35PM  20    SPACE THAT WE CAN ACCOMMODATE THOSE THINGS.

12:35PM  21    Q.   AND THE SPACE MIGHT BE A CONSULTATION ROOM, FOR EXAMPLE?

12:35PM  22    A.   THERE WAS A CONSULTATION ROOM THAT WE HAD AS PART OF THE

12:35PM  23    DESIGN.

12:35PM  24    Q.   AND IT MIGHT ALSO INCLUDE I THINK YOU SAID A COMMUNITY

12:35PM  25    SPACE?

12:35PM  1    A.   CORRECT.  IN MANY OF THE STORES WE HAD -- THE STORES THAT

12:35PM  2    HAD ENOUGH SPACE, WE WOULD ACTUALLY PUT IN A COMMUNITY SPACE TO

12:35PM  3    DO THOSE HEALTH CARE SERVICES THAT I DISCUSSED EARLIER.

12:35PM  4    Q.   AND THE CONSULTATION ROOM IN THE WELL EXPERIENCE WALGREENS

12:35PM  5    STORES, THAT COULD BE USED FOR THE DIFFERENT PURPOSES IN THE

12:35PM  6    HEALTH CARE AREA; IS THAT FAIR?

12:35PM  7    A.   THAT IS FAIR.

12:35PM  8    Q.   SO ONE MIGHT BE TO GIVE A PERSON A VACCINE, FOR EXAMPLE?

12:35PM  9    A.   THAT'S CORRECT.

12:35PM  10   Q.   AND ANOTHER MIGHT BE TO COLLECT A BLOOD SAMPLE?

12:35PM  11   A.   THAT'S CORRECT.

12:36PM  12        BUT JUST TO CLARIFY, AGAIN, DEPENDING ON THE SPACE OF THE

12:36PM  13   STORE, THOSE SIZES CHANGED AND THEY VARIED.

12:36PM  14        AND IN SOME STORES WE WERE LIMITED BY THAT SPACE TO

12:36PM  15   DELIVER ALL OF THOSE SERVICES.

12:36PM  16        WE TRIED TO DO THAT, OF COURSE, YOU KNOW, BUT SPACE

12:36PM  17   LIMITATIONS DID REQUIRE US TO HAVE THOSE SPACES VARY STORE TO

12:36PM  18   STORE, AND STORES THAT HAD THE SMALLER SPACE, WE MAY NOT BE

12:36PM  19   ABLE TO PROVIDE ALL OF THE SERVICES.

12:36PM  20   Q.   UNDERSTOOD.  BUT WHEN YOU HAD THE WELL EXPERIENCE STORE

12:36PM  21   BUILDOUT, THERE WAS SOME CONSTRUCTION INVOLVED WITH GETTING

12:36PM  22   THAT DONE; RIGHT?

12:36PM  23   A.   YES.

12:36PM  24   Q.   AND I THINK YOU SAID ON DIRECT THAT IF YOU WERE DOING

12:36PM  25   CONSTRUCTION IN A STORE, YOU WOULD HAVE TO BE CAREFUL NOT TO

12:36PM  1    MAKE IT TOO DISRUPTIVE TO THE ONGOING OPERATIONS OF THE STORE;

12:36PM  2    RIGHT?

12:36PM  3    A.   CORRECT.

12:36PM  4    Q.   SO IF YOU WERE GOING TO DO A BUILD OUT IN A STORE FOR THE

12:36PM  5    WELL EXPERIENCE PURPOSE, IF THERE WAS ANOTHER PURPOSE, SUCH AS

12:36PM  6    SETTING UP A THERANOS PATIENT SERVICE CENTER, IT MIGHT BE GOOD

12:36PM  7    TO KIND OF ACCOMPLISH THOSE TWO THINGS AT ONCE FROM A

12:37PM  8    CONSTRUCTION STANDPOINT.

12:37PM  9        IS THAT FAIR?

12:37PM 10    A.   THAT IS FAIR, AND THAT'S EXACTLY WHY WE WERE LOOKING AT

12:37PM 11    BOTH OF THOSE INITIATIVES TOGETHER IS IF WE CAN TOUCH THE STORE

12:37PM 12    ONCE TO MINIMIZE THAT DISRUPTION NOT ONLY TO THE STORE, BUT TO

12:37PM 13    CUSTOMERS, TO PATIENTS, TO TEAM MEMBERS, AND THEN ALSO THERE

12:37PM 14    WERE OPERATIONAL AREAS THAT WE NEED TO LOOK AT, COSTS,

12:37PM 15    TIMELINE, ALL OF THOSE THINGS GO INTO DECISION MAKING OF HOW WE

12:37PM 16    EXECUTE A CONSTRUCTION MODEL.

12:37PM 17    Q.   THANK YOU.

12:37PM 18        LET'S STEP BACK A LITTLE BIT IN TIME.  WE JUST TALKED

12:37PM 19    ABOUT HOW YOUR OWN INVOLVEMENT REALLY STARTED IN EARNEST IN

12:37PM 20    ABOUT MARCH OF '14; RIGHT?

12:37PM 21    A.   YEAH, EARLIER IN THE YEAR, AND THEN IT INCREASED IN MARCH

12:37PM 22    OF '14.

12:37PM 23    Q.   AND YOU UNDERSTAND THAT PRIOR TO YOUR INVOLVEMENT,

12:37PM 24    WALGREENS HAD TO DECIDE WHETHER IT WAS REALLY GOING TO TRY TO

12:37PM 25    LAUNCH THIS PROGRAM WITH THERANOS; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH

12:37PM  1    A.   YES, THAT'S CORRECT.

12:37PM  2    Q.   RIGHT.  AND PEOPLE OTHER THAN YOU MADE THAT DECISION; IS

12:38PM  3    THAT RIGHT?

12:38PM  4    A.   THAT'S CORRECT.

12:38PM  5    Q.   AND AS PART OF THE EFFORT TO UNDERSTAND THE BUSINESS AND

12:38PM  6    WHETHER IT WAS SOMETHING THAT WALGREENS WANTED TO DO, IN OTHER

12:38PM  7    WORDS, THE PARTNERSHIP WITH THERANOS, WALGREENS HAD TO DO SOME

12:38PM  8    DUE DILIGENCE?

12:38PM  9    A.   THAT'S RIGHT.

12:38PM  10   Q.   AND WALGREENS IS A, MAYBE EVERYONE KNOWS, BUT IT'S AN

12:38PM  11   ENORMOUS RETAIL COMPANY; RIGHT?

12:38PM  12   A.   YES, IT'S ONE OF THE LARGER RETAIL PHARMACIES.

12:38PM  13   Q.   AND IN THE UNITED STATES ALONE IT HAS OVER 8,000 STORES?

12:38PM  14   A.   I DON'T KNOW THE EXACT NUMBER TODAY.  I DON'T WORK FOR

12:38PM  15   WALGREENS ANYMORE, SO --

12:38PM  16   Q.   OKAY.  BUT AT THE TIME YOU WORKED THERE -- I THINK YOU

12:38PM  17   WORKED THERE FOR 29 YEARS?

12:38PM  18   A.   YES.

12:38PM  19   Q.   AND WHILE YOU WORKED THERE, I THINK YOU UNDERSTAND IT HAD

12:38PM  20   THOUSANDS AND THOUSANDS OF STORES IN THE UNITED STATES?

12:38PM  21   A.   THAT'S CORRECT.

12:38PM  22   Q.   AND AT SOME POINT IT MERGED WITH A EUROPEAN COMPANY CALLED

12:38PM  23   BOOTS ALLIANCE?

12:38PM  24   A.   IT DID.

12:38PM  25   Q.   AND AMONG OTHER THINGS THEY OPERATE THE BOOTS PHARMACIES

12:38PM  1    IN THE UNITED KINGDOM, FOR EXAMPLE?

12:38PM  2    A.   THAT'S RIGHT.

12:38PM  3    Q.   AND THAT MEANT THERE WERE EVEN MORE STORES AROUND THE

12:38PM  4    WORLD THAT BOOTS AND WALGREENS HAD TOGETHER; RIGHT?

12:39PM  5    A.   CORRECT.

12:39PM  6    Q.   WALGREENS HAD BEEN IN BUSINESS AT LEAST FOR THE 29 YEARS

12:39PM  7    YOU WERE WORKING THERE, BUT EVEN BEFORE THAT; RIGHT?

12:39PM  8    A.   YES.

12:39PM  9    Q.   SO IN TERMS OF THE RETAIL EXPERIENCE THAT WALGREENS

12:39PM  10   BROUGHT TO THE THERANOS PARTNERSHIP, IT WAS MASSIVE; RIGHT?

12:39PM  11   A.   THE RETAIL PHARMACY WAS -- THAT WAS OUR CORE BUSINESS.

12:39PM  12   Q.   RIGHT.  AND YOU UNDERSTOOD THAT THERANOS DIDN'T HAVE ANY

12:39PM  13   RETAIL PHARMACY EXPERIENCE?

12:39PM  14   A.   THAT'S RIGHT.

12:39PM  15   Q.   SO THAT WAS ONE OF THE VALUES, OR VALUE ADDS, IF YOU WILL,

12:39PM  16   THAT WALGREENS BROUGHT TO THE PARTNERSHIP; RIGHT?

12:39PM  17   A.   THAT'S RIGHT.

12:39PM  18   Q.   OKAY.  LET'S TALK ABOUT SOME OF THE DUE DILIGENCE.

12:39PM  19        MR. SCHENK:  YOUR HONOR, I'M GOING TO OBJECT TO THE

12:39PM  20   DUE DILIGENCE LINE OF QUESTIONS.  I THINK THAT'S NOT RELEVANT.

12:39PM  21        THE COURT:  ARE YOU ASKING WHAT HE DID IN REGARDS TO

12:39PM  22   HIS RELATIONSHIP WITH THERANOS?  IS THAT WHAT YOU'RE ASKING

12:39PM  23   HERE?

12:39PM  24        MR. COOPERSMITH:  IN PART, YOUR HONOR.

12:39PM  25        BUT I DO HAVE SOME DOCUMENTS THAT I THINK WILL CLARIFY

12:39PM   1       WHAT MR. JHAVERI KNOWS.

12:39PM   2                   THE COURT:  OKAY.  ALL RIGHT.  SURE.  WHY DON'T YOU

12:40PM   3       GO AHEAD?

12:40PM   4                   MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:40PM   5       Q.  IF YOU COULD TURN IN YOUR BINDER, MR. JHAVERI, TO

12:40PM   6       EXHIBIT 20531.

12:40PM   7       A.  THAT'S IN VOLUME 1?

12:40PM   8       Q.  IT SHOULD BE, YES.

12:40PM   9       A.  WOULD YOU SAY THE NUMBER, PLEASE, AGAIN.

12:40PM  10       Q.  20531.

12:40PM  11       A.  OKAY.

12:40PM  12       Q.  OKAY.  AND YOU SEE THAT EXHIBIT 20531 IS AN EMAIL FROM

12:40PM  13       WADE MIQUELON TO GREG WASSON AT THE TOP?

12:40PM  14       A.  YES.

12:40PM  15       Q.  DATED NOVEMBER 19TH, 2013?

12:41PM  16       A.  YES.

12:41PM  17       Q.  AND IF YOU GO TO THE SECOND PAGE, YOU SEE THERE'S AN EMAIL

12:41PM  18       FROM JAY ROSAN TO A WHOLE GROUP OF PEOPLE.

12:41PM  19           DO YOU SEE THAT?

12:41PM  20       A.  YES, I DO.

12:41PM  21       Q.  AND ONE OF THE PEOPLE, AMONG THE LARGE GROUP, IS YOURSELF,

12:41PM  22       MR. JHAVERI; RIGHT?

12:41PM  23       A.  THAT'S CORRECT.

12:41PM  24       Q.  AND THIS WAS ALSO DATED NOVEMBER 19, 2013?

12:41PM  25       A.  YES.

12:41PM  1    Q.   AND THE EMAIL RELATES TO STRATEGIC PARTNERSHIPS BETWEEN

12:41PM  2    WALGREENS AND JOHNS HOPKINS?

12:41PM  3    A.   THAT'S CORRECT.

12:41PM  4    Q.   OKAY.  MR. JHAVERI, WHO WAS -- I MENTIONED WADE MIQUELON,

12:41PM  5    WHO WAS AT THE VERY TOP IN THE FIRST EMAIL.  WHO WAS

12:41PM  6    MR. MIQUELON?

12:41PM  7    A.   MR. MIQUELON WAS THE CHIEF FINANCIAL OFFICER FOR WALGREENS

12:41PM  8    AT THE TIME.

12:41PM  9    Q.   OKAY.  AND THEN IT ALSO HAS GREG WASSON.

12:41PM  10        WHO IS GREG WASSON AT WALGREENS?

12:41PM  11   A.   SO GREG WASSON WAS THE CEO AT THE TIME.

12:41PM  12   Q.   THE CHIEF EXECUTIVE OFFICER OF WALGREENS?

12:42PM  13   A.   CORRECT.

12:42PM  14   Q.   AND THEN THE EMAIL, THE SECOND EMAIL ON THE PAGE IS FROM

12:42PM  15   JAY ROSAN.

12:42PM  16        DO YOU KNOW WHO DR. ROSAN IS?

12:42PM  17   A.   I DO.

12:42PM  18   Q.   AND WHO IS DR. ROSAN?

12:42PM  19   A.   SO DR. ROSAN WAS, AS I MENTIONED EARLIER, HE WAS IN CHARGE

12:42PM  20   OF OUR HEALTH CARE INNOVATION TEAM.  SO HE LOOKED AT NEW HEALTH

12:42PM  21   CARE INNOVATIONS THAT THE COMPANY CAN ENGAGE IN.

12:42PM  22   Q.   AND WAS HE A MEDICAL DOCTOR?

12:42PM  23   A.   HE WAS A MEDICAL DOCTOR.

12:42PM  24   Q.   DO YOU UNDERSTAND THAT DR. ROSAN WAS INVOLVED WITH THE

12:42PM  25   THERANOS PROJECT AT WALGREENS?

12:42PM 1    A.   YES, HE WAS.

12:42PM 2    Q.   BUT DR. ROSAN WORKED FOR WALGREENS?

12:42PM 3    A.   YES.

12:42PM 4    Q.   OKAY.  IF YOU WOULD TURN TO PAGE 3 OF THE EXHIBIT THAT

12:42PM 5    WE'RE LOOKING AT.

12:42PM 6    A.   YES.

12:42PM 7    Q.   DO YOU SEE THERE'S A SECTION ABOUT THE PARTNERSHIP WITH

12:42PM 8    JOHNS HOPKINS BRINGING ADDED VALUE TO WALGREENS?

12:43PM 9         IT'S TOWARDS THE BOTTOM, MR. JHAVERI.

12:43PM 10   A.   YES, I SEE IT.

12:43PM 11   Q.   AND THEN THERE'S A MENTION OF THERANOS IN THAT SECTION?

12:43PM 12   A.   YES, I DO.

12:43PM 13             MR. COOPERSMITH:  YOUR HONOR, WE OFFER

12:43PM 14   EXHIBIT 20531.

12:43PM 15             MR. SCHENK:  RELEVANCE.

12:43PM 16             MR. COOPERSMITH:  IT SPEAKS DIRECTLY, YOUR HONOR, TO

12:43PM 17   WALGREENS WORKING WITH JOHNS HOPKINS ON EVALUATING THERANOS'S

12:43PM 18   TECHNOLOGY.  I THINK IT'S DIRECTLY RELEVANT TO THE ISSUES AT

12:43PM 19   HAND.

12:43PM 20             THE COURT:  TO JOHNS HOPKINS?

12:43PM 21             MR. COOPERSMITH:  IT'S RELEVANT TO WALGREENS AND

12:43PM 22   THERANOS BECAUSE IT'S DISCUSSING WALGREENS'S USE OF

12:43PM 23   JOHNS HOPKINS TO HELP EVALUATE THE TECHNOLOGY.  SO IT'S

12:43PM 24   DIRECTLY RELEVANT.

12:43PM 25             THE COURT:  MAYBE YOU NEED TO LAY A FOUNDATION FOR

```
12:43PM    1    THAT.

12:43PM    2              MR. COOPERSMITH:  OKAY.  I CAN DO THAT, YOUR HONOR.

12:43PM    3    THANK YOU.

12:43PM    4    Q.   SO LOOKING AT THE SAME PAGE, MR. JHAVERI, PAGE 20531 --

12:44PM    5    I'M SORRY, IT'S EXHIBIT 20531, PAGE 3.  DO YOU STILL HAVE THAT

12:44PM    6    IN FRONT OF YOU?  DO YOU STILL HAVE THAT IN FRONT OF YOU?

12:44PM    7    A.   YES, I DO.

12:44PM    8    Q.   THANK YOU.

12:44PM    9         AND THEN AT THE BOTTOM, DO YOU SEE THERE'S A SECTION ABOUT

12:44PM   10    DISRUPTIVE INNOVATION ASSESSMENTS?

12:44PM   11    A.   I DO.

12:44PM   12    Q.   AND THIS EMAIL IS DISCUSSING JOHNS HOPKINS REVIEWING

12:44PM   13    CUTTING EDGE TECHNOLOGIES, INCLUDING THERANOS TECHNOLOGY; IS

12:44PM   14    THAT RIGHT?

12:44PM   15    A.   THAT'S CORRECT.

12:44PM   16    Q.   AND YOU RECEIVED THIS EMAIL IN NOVEMBER OF 2013?

12:44PM   17    A.   THAT'S CORRECT.

12:44PM   18    Q.   AND THAT WAS AROUND THE TIME OF THE WALGREENS LAUNCH WITH

12:44PM   19    THERANOS?

12:44PM   20    A.   THAT'S RIGHT.

12:44PM   21    Q.   AND YOU REVIEWED THE EMAIL WHEN YOU RECEIVED IT?

12:44PM   22    A.   I DID.

12:44PM   23              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20531.

12:44PM   24              MR. SCHENK:  SAME OBJECTION.

12:45PM   25              THE COURT:  WELL, I'M NOT CERTAIN YOU'VE LAID A
```

12:45PM   1    FOUNDATION.  I'LL ALLOW IT IN AND ALLOW SOME QUESTIONING ON IT,

12:45PM   2    BUT --

12:45PM   3              MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

12:45PM   4         (DEFENDANT'S EXHIBIT 20531 WAS RECEIVED IN EVIDENCE.)

12:45PM   5    BY MR. COOPERSMITH:

12:45PM   6    Q.   LET'S LOOK AT THE FIRST PAGE JUST TO ORIENT OURSELVES.

12:45PM   7         YOU SEE THAT'S THE TOP EMAIL THAT WE WERE JUST DISCUSSING

12:45PM   8    BETWEEN THE CFO, MR. MIQUELON, AND THE CEO, MR. WASSON?

12:45PM   9    A.   YES.

12:45PM  10    Q.   AND THEN BELOW THAT WE HAVE THAT EMAIL FROM DR. ROSAN.

12:45PM  11         DO YOU SEE THAT?

12:45PM  12    A.   I DO.

12:45PM  13    Q.   AND THEN JUST TO SHOW EVERYONE, YOU SEE YOUR NAME THERE,

12:45PM  14    MR. JHAVERI?

12:45PM  15    A.   YES.

12:45PM  16    Q.   AND THERE'S A WHOLE BUNCH OF OTHER PEOPLE WHO WERE

12:45PM  17    WALGREENS EMPLOYEES ON THIS EMAIL AS WELL.

12:45PM  18         DO YOU SEE THAT?

12:45PM  19    A.   YES.

12:45PM  20    Q.   OKAY.  AND THEN IF YOU GO DOWN TOWARDS THE BOTTOM OF THE

12:45PM  21    FIRST PAGE, DO YOU SEE HOW IT HAS A HEADING WALGREENS AND

12:45PM  22    JOHNS HOPKINS STRATEGIC PARTNERSHIP?

12:45PM  23    A.   YES, I DO.

12:45PM  24    Q.   AND IT SAYS AFTER THAT IN BOLD, "WHY JOHNS HOPKINS AS A

12:45PM  25    NATIONAL AND INTERNATIONAL PARTNER FOR WALGREENS?"

12:46PM   1          DO YOU SEE THAT?

12:46PM   2     A.   YES, I DO.

12:46PM   3     Q.   AND THEN IT SAYS, "OUR NATION'S NUMBER 1 HOSPITAL BY U.S.

12:46PM   4     NEWS AND WORLD REPORT -- THE ONLY HOSPITAL RANKED NUMBER 1 FOR

12:46PM   5     21 CONSECUTIVE YEARS."

12:46PM   6          THAT'S REFERRING TO JOHNS HOPKINS.

12:46PM   7          DO YOU SEE THAT?

12:46PM   8     A.   YES.

12:46PM   9     Q.   AND YOU UNDERSTOOD THAT JOHNS HOPKINS WAS A WORLD CLASS,

12:46PM  10     WORLD LEADING MEDICAL CENTER BASED IN MARYLAND?

12:46PM  11     A.   YES, I DID.

12:46PM  12     Q.   AND WALGREENS HAD A RELATIONSHIP WITH JOHNS HOPKINS?

12:46PM  13     A.   WE DID.

12:46PM  14     Q.   AND PART OF THE RELATIONSHIP WAS TO HELP WALGREENS

12:46PM  15     UNDERSTAND DIFFERENT TYPES OF BUSINESSES IN THE HEALTH CARE

12:46PM  16     SPACE; IS THAT FAIR?

12:46PM  17     A.   THAT IS FAIR.

12:46PM  18     Q.   OKAY.  GOING TO THAT PAGE 3 THAT WE WERE TALKING ABOUT A

12:46PM  19     FEW MINUTES AGO, DO YOU SEE HOW IT SAYS THE HEADING AT THE TOP,

12:46PM  20     "PARTNERSHIP WITH JOHNS HOPKINS BRINGS ADDED VALUE TO

12:46PM  21     WALGREENS."

12:46PM  22          IF YOU SCROLL DOWN?

12:46PM  23     A.   YES.

12:46PM  24     Q.   RIGHT.  AND THEN IT HAS A NUMBER OF DIFFERENT THINGS THAT

12:46PM  25     JOHNS HOPKINS WAS DOING WITH WALGREENS.

12:47PM   1          DO YOU SEE THAT?

12:47PM   2     A.   YES.

12:47PM   3     Q.   AND THEN ONE OF THEM IS "DISRUPTIVE INNOVATION

12:47PM   4     ASSESSMENTS."

12:47PM   5          AND THEN IT READS, "TOP RESEARCHER AND/OR CLINICIANS FROM

12:47PM   6     JH," JOHNS HOPKINS, "REVIEWED CUTTING EDGE TECHNOLOGIES FOR

12:47PM   7     WALGREENS PRIOR TO INVESTMENT AND DEVELOPMENT."

12:47PM   8          DO YOU SEE THAT?

12:47PM   9     A.   YES.

12:47PM  10     Q.   AND "THESE INCLUDE:" AND THERE IS A BULLET POINT,

12:47PM  11          "THERANOS LABORATORY TECHNOLOGY."

12:47PM  12          DO YOU SEE THAT?

12:47PM  13     A.   UH-HUH.

12:47PM  14     Q.   AND THAT'S WHAT HAPPENED; RIGHT?  JOHNS HOPKINS REVIEWED

12:47PM  15     THERANOS'S LABORATORY TECHNOLOGY FOR WALGREENS; IS THAT

12:47PM  16     CORRECT?

12:47PM  17     A.   THAT'S CORRECT.

12:47PM  18     Q.   IF YOU TURN IN YOUR BINDER TO 20553.  I'M SORRY, 20532 IS

12:48PM  19     THE FIRST ONE WE'LL LOOK AT.

12:48PM  20     A.   YES, I HAVE IT.

12:48PM  21     Q.   YOU FOUND IT BEFORE I DID, MR. JHAVERI.  ONE SECOND.

12:48PM  22          OKAY.  DO YOU SEE EXHIBIT 20532 IS AN EMAIL -- LET'S TALK

12:48PM  23     ABOUT THE SECOND EMAIL IN THE PAGE.

12:48PM  24          IT'S FROM HARRY LEIDER --

12:48PM  25     A.   YES.

JHAVERI CROSS BY MR. COOPERSMITH

12:48PM 1   Q.   -- AT WALGREENS TO A GROUP OF PEOPLE, INCLUDING YOURSELF.

12:48PM 2        DO YOU SEE THAT?

12:48PM 3   A.   YES, I DO.

12:48PM 4   Q.   AND HARRY LEIDER -- THAT'S DR. LEIDER; IS THAT RIGHT?

12:48PM 5   A.   THAT'S CORRECT.  HE WAS THE CHIEF MEDICAL OFFICER AT THE

12:48PM 6   TIME.

12:48PM 7   Q.   OKAY.  CHIEF MEDICAL OFFICER AT WALGREENS?

12:48PM 8   A.   CORRECT.

12:48PM 9   Q.   AND THE OTHER PEOPLE ON THIS STRING, BRADLEY FLUEGEL, CAN

12:48PM 10  YOU TELL US WHO HE WAS?

12:49PM 11  A.   YES, MR. FLUEGEL WAS THE SENIOR V.P. OF -- I DON'T KNOW

12:49PM 12  THE EXACT TITLE, BUT HE WAS MY BOSS AT THE TIME.

12:49PM 13  Q.   OKAY.  SO DURING THE TIME THAT YOU WERE WORKING WITH

12:49PM 14  THERANOS ON THE PARTNERSHIP, WERE YOU AT ALL TIMES REPORTING TO

12:49PM 15  MR. FLUEGEL?

12:49PM 16  A.   NO.  AT ONE POINT I WAS REPORTING TO BRAD WASSON, AND THEN

12:49PM 17  MR. WASSON HAD RETIRED, AND MR. FLUEGEL HAD THEN TAKEN OVER THE

12:49PM 18  ENTIRE AREA.

12:49PM 19  Q.   OKAY.  SO IS MR. BRAD WASSON AND GREG WASSON RELATED?

12:49PM 20  A.   THEY'RE BROTHERS.

12:49PM 21  Q.   SO BRAD WASSON LEFT WALGREENS BEFORE GREG WASSON DID; IS

12:49PM 22  THAT RIGHT?

12:49PM 23  A.   NO.  IT WAS GREG WASSON LEFT THE COMPANY BEFORE, AND THEN

12:49PM 24  BRAD WASSON RETIRED AFTERWARDS.

12:49PM 25  Q.   OKAY.  I UNDERSTAND.  THANK YOU.

12:49PM   1              WELL, LET'S GO BACK TO EXHIBIT 20532.

12:49PM   2              DO YOU SEE THAT THERE'S -- IF YOU GO TO THE SECOND PAGE,

12:50PM   3     IN THE FIRST BULLET EMAIL ON THAT PAGE, THERE'S A REFERENCE TO

12:50PM   4     AN ATTACHED REPORT ON THERANOS.

12:50PM   5              DO YOU SEE THAT?

12:50PM   6     A.   YES, SIR.

12:50PM   7     Q.   AND THEN IF YOU GO TO PAGE 3 AND 4 OF THE EXHIBIT, DO YOU

12:50PM   8     SEE THAT THAT'S A DOCUMENT FROM JOHNS HOPKINS?

12:50PM   9              DO YOU SEE THAT?

12:50PM   10    A.   YES.

12:50PM   11    Q.   OKAY.  AND YOU RECEIVED THIS REPORT IN THE EMAIL FROM

12:50PM   12    DR. LEIDER AROUND JANUARY 2ND, 2016; IS THAT RIGHT?

12:50PM   13    A.   YES.

12:50PM   14    Q.   BUT THE REPORT ITSELF FROM JOHNS HOPKINS ACTUALLY GOES

12:50PM   15    BACK TO APRIL 2010; IS THAT RIGHT?

12:50PM   16    A.   YES, APRIL 27TH, 2010.

12:50PM   17    Q.   AND THE JOHNS HOPKINS REPORT RELATES TO THE THERANOS

12:50PM   18    TECHNOLOGY; IS THAT RIGHT?

12:50PM   19    A.   YES.

12:51PM   20              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20532.

12:51PM   21              MR. SCHENK:  NO OBJECTION.

12:51PM   22              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:51PM   23         (DEFENDANT'S EXHIBIT 20532 WAS RECEIVED IN EVIDENCE.)

12:51PM   24    BY MR. COOPERSMITH:

12:51PM   25    Q.   LET'S TAKE A LOOK AT THE DOCUMENT.  AT THE TOP -- THIS IS

12:51PM  1    THE COVER EMAIL, AND SO IF WE CAN LOOK AT THAT FIRST.  THAT'S

12:51PM  2    THE EMAIL I WAS REFERRING TO FROM MR. FLUEGEL AND TO YOURSELF

12:51PM  3    AND ALSO JAN REED?

12:51PM  4    A.   YES.

12:51PM  5    Q.   AND WHO WAS JAN REED?

12:51PM  6    A.   JAN REED WAS OUR CHIEF COUNSEL.

12:51PM  7    Q.   OKAY.  IF YOU GO TO PAGE 3 OF THE DOCUMENT -- I'M SORRY,

12:51PM  8    PAGE 2.  THERE'S A REFERENCE, "HARRY, GREAT SEEING YOU

12:51PM  9    RECENTLY.  AS YOU REQUESTED, PLEASE FIND THE ATTACHED REPORT ON

12:51PM  10   THERANOS WHICH AS OUTLINED WAS A REVIEW OF THE PROPRIETARY DATA

12:51PM  11   SHARED DURING THE DISCUSSION WITH OUR FACULTY."

12:51PM  12       DO YOU SEE THAT?

12:51PM  13   A.   YES.

12:52PM  14   Q.   AND THEN IF YOU GO TO PAGE 3 OF THE EXHIBIT, THAT'S THE

12:52PM  15   JOHNS HOPKINS REPORT, AT LEAST THE FIRST PAGE OF IT; RIGHT?

12:52PM  16   A.   THAT'S CORRECT.

12:52PM  17   Q.   AND IT REFLECTS A SUMMARY OF HOPKINS, WALGREENS, THERANOS

12:52PM  18   MEETING ON APRIL 27TH, 2010?

12:52PM  19   A.   THAT'S CORRECT.

12:52PM  20   Q.   AND WALGREENS HIRED JOHNS HOPKINS; IS THAT RIGHT?

12:52PM  21   A.   YES, IT WAS A PARTNERSHIP.

12:52PM  22   Q.   AND WALGREENS HAD, AS WE SAID, WE'VE DISCUSSED BEFORE,

12:52PM  23   WALGREENS HIRED JOHNS HOPKINS FOR A NUMBER OF DIFFERENT

12:52PM  24   PROJECTS AND PURPOSES?

12:52PM  25   A.   I JUST WANT TO CLARIFY, WE DIDN'T HIRE THEM.  IT WAS A

12:52PM  1    PARTNERSHIP TO DO INNOVATION.  WE BUILT A STORE, A WELL

12:52PM  2    EXPERIENCE STORE ON THEIR CAMPUS FOR THEIR STUDENTS.

12:52PM  3         SO IT WAS A COLLABORATION TO DO INNOVATIVE THINGS IN THE

12:52PM  4    SPACE OF HEALTH CARE.

12:52PM  5    Q.   OKAY.  IT WAS A PARTNERSHIP RATHER THAN SIMPLY HIRING

12:52PM  6    THEM?

12:52PM  7    A.   CORRECT.

12:52PM  8    Q.   THANK YOU FOR THAT CLARIFICATION.

12:52PM  9         BUT IN ANY EVENT, WALGREENS RELIED ON JOHNS HOPKINS FOR A

12:53PM  10   NUMBER OF DIFFERENT PROJECTS THAT IT WANTED JOHNS HOPKINS'S

12:53PM  11   HELP WITH; IS THAT FAIR?

12:53PM  12   A.   YES.

12:53PM  13   Q.   AND ONE OF THEM WAS THERANOS?

12:53PM  14   A.   CORRECT.

12:53PM  15   Q.   AND IF YOU GO TO THE REPORT, LET'S LOOK AT THE PEOPLE WHO

12:53PM  16   WERE INVOLVED.

12:53PM  17        DO YOU SEE THERE'S A DR. FREDERICK BRANCATI.

12:53PM  18        DO YOU SEE THAT?

12:53PM  19   A.   I DO.

12:53PM  20   Q.   AND HE'S A PROFESSOR OF MEDICINE AND EPIDEMIOLOGY AND

12:53PM  21   DIRECTOR DIVISION OF GENERAL INTERNAL MEDICINE AND DIRECTOR

12:53PM  22   DIABETES PREVENTION AND CONTROL CARE.

12:53PM  23        DO YOU SEE THAT?

12:53PM  24   A.   I DO.

12:53PM  25   Q.   AND THERE'S A DR. THOMAS KICKER?

12:53PM 1          DO YOU SEE THAT?

12:53PM 2    A.   YES.

12:53PM 3    Q.   PROFESSOR OF MEDICINE AND DIRECTOR OF HEMATOLOGY

12:53PM 4    LABORATORY.

12:53PM 5          DO YOU SEE THAT?

12:53PM 6    A.   YES.

12:53PM 7    Q.   AND DR. WILLIAM CLARK, ASSOCIATE PROFESSOR OF PATHOLOGY,

12:53PM 8    DIRECTOR OF CLINICAL PATHOLOGY LABORATORY.

12:53PM 9          DO YOU SEE THAT?

12:53PM 10   A.   YES, I DO.

12:53PM 11   Q.   AND THERE WAS MARK SHAVER, WHO WAS HEAD OF STRATEGIC

12:53PM 12   ALLIANCES, JOHNS HOPKINS MEDICINE INTERNATIONAL.

12:53PM 13         DO YOU SEE THAT?

12:53PM 14   A.   YES.

12:53PM 15   Q.   AND THEN BASSAM SAYAD, MANAGING DIRECTOR JOHNS HOPKINS

12:54PM 16   MEDICINE INTERNATIONAL, FORMERLY SENIOR STAFF JOHNS HOPKINS

12:54PM 17   CLINICAL PATHOLOGY.

12:54PM 18         DO YOU SEE THAT?

12:54PM 19   A.   YES.

12:54PM 20   Q.   AND THEN FROM THE WALGREENS SIDE, THERE WAS DR. JAY ROSAN,

12:54PM 21   WHO WAS A PARTICIPANT FROM WALGREENS.

12:54PM 22         DO YOU SEE THAT?

12:54PM 23   A.   YES.

12:54PM 24   Q.   AND WE ALREADY DISCUSSED WHO DR. ROSAN WAS; RIGHT?

12:54PM 25   A.   CORRECT.

12:54PM 1    Q.   AND THEN FROM THERANOS YOU HAD ELIZABETH HOLMES, THE

12:54PM 2    PRESIDENT AND CEO OF THERANOS, AND SUNNY BALWANI, THE VICE

12:54PM 3    CHAIRMAN OF THERANOS?

12:54PM 4    A.   YES.

12:54PM 5    Q.   AND DO YOU UNDERSTAND THAT AT THAT TIME MR. BALWANI DID

12:54PM 6    NOT HAVE THE TITLE OF CHIEF OPERATING OFFICER YET?

12:54PM 7    A.   I WAS NOT AWARE OF THAT.

12:54PM 8    Q.   AND THEN FROM SOMETHING CALLED INNOSIGHT THERE'S

12:54PM 9    ERIKA JOHNSON.

12:54PM 10       DO YOU SEE THAT?

12:54PM 11   A.   I DO.

12:54PM 12   Q.   AND DO YOU KNOW WHO THAT IS?

12:54PM 13   A.   ERIKA JOHNSON WAS ONE OF THE CONSULTANTS FROM INNOSIGHT

12:54PM 14   THAT WE USED FROM TIME TO TIME FOR PROJECTS.

12:54PM 15   Q.   OKAY.  SO THE PEOPLE ON THE TOP, THE PEOPLE FROM

12:54PM 16   JOHNS HOPKINS, THOSE PARTICIPANTS, THOSE ARE ALL -- OR AT LEAST

12:55PM 17   THREE OF THEM ARE PHYSICIANS AT JOHNS HOPKINS?

12:55PM 18   A.   THAT'S RIGHT.

12:55PM 19   Q.   AND THEN THE MEETING OBJECTIVES, LET'S GO DOWN TO THAT.

12:55PM 20       IT SAYS, "HOPKINS TEAM WAS ASKED TO COMMENT ON VALIDITY

12:55PM 21   AND USEFULNESS OF THERANOS PRODUCT, SPECIFICALLY RELATED TO THE

12:55PM 22   SCIENCE THAT SUPPORTS THE TECHNOLOGY AND THE APPLICATION OF THE

12:55PM 23   TECHNOLOGY IN A VARIETY OF SETTINGS INCLUDING HOSPITAL, CLINIC,

12:55PM 24   LABORATORY, AND POTENTIALLY WITHIN WALGREENS AS AN ADD ON TO

12:55PM 25   THE CLINICAL PROGRAMS AND RETAIL PHARMACY BUSINESS THAT

12:55PM  1    CURRENTLY EXISTS."

12:55PM  2         DO YOU SEE THAT?

12:55PM  3    A.   I DO.

12:55PM  4    Q.   AND THEN BELOW THAT IT TALKS ABOUT THE METHODOLOGY.  AND

12:55PM  5    IT READS:  "THE HOPKINS TEAM REVIEWED PROPRIETARY DATA ON TEST

12:55PM  6    PERFORMANCE FOR ROUTINE TESTS (CLINICAL PATHOLOGY, HEMATOLOGY)

12:55PM  7    AND SPECIAL TESTS (EG TUMOR MARKERS)."

12:55PM  8         DO YOU SEE THAT?

12:55PM  9    A.   YES.

12:55PM  10   Q.   AND GOING ON WITH THE METHODOLOGY, THE SECOND BULLET SAYS,

12:55PM  11   "THERANOS PRESENTED ADDITIONAL DATA ON TECHNOLOGY, TEST

12:56PM  12   PERFORMANCE, AND BUSINESS INVESTIGATION -- AND DEMONSTRATED

12:56PM  13   TECHNOLOGY ON SITE."

12:56PM  14        DO YOU SEE THAT?

12:56PM  15   A.   YES, I DO.

12:56PM  16   Q.   AND THEN BELOW THAT IT SAYS, "DR. ROSAN COMMENTED ON

12:56PM  17   WALGREENS PRELIMINARY STRATEGY TO EXPLORE EXPANDING INTO THE

12:56PM  18   LABORATORY SPACE, EXPANDING ITS HEALTH SERVICES OFFERINGS TO

12:56PM  19   INCLUDE LAB AND PATHOLOGY TESTING WITHIN WALGREENS RETAIL

12:56PM  20   SPACE."

12:56PM  21        DO YOU SEE THAT?

12:56PM  22   A.   YES.

12:56PM  23   Q.   AND DO YOU UNDERSTAND THAT THIS WAS VERY EARLY IN THE

12:56PM  24   RELATIONSHIP BETWEEN WALGREENS AND THERANOS AND THE CONCEPT WAS

12:56PM  25   TO EVALUATE THERANOS WITH JOHNS HOPKINS'S HELP.

12:56PM   1          THAT WAS THE PURPOSE OF THIS; RIGHT?

12:56PM   2     A.   THAT'S CORRECT.

12:56PM   3     Q.   OKAY.  THANK YOU.

12:56PM   4          AND THIS WAS EVEN BEFORE THE INITIAL CONTRACT WAS SIGNED

12:56PM   5     BETWEEN THERANOS AND WALGREENS?

12:56PM   6     A.   THAT'S CORRECT.

12:56PM   7     Q.   IF YOU GO TO THE NEXT PAGE, THIS HEADING REPORTS ON KEY

12:57PM   8     FINDINGS.

12:57PM   9          DO YOU SEE THAT?

12:57PM  10     A.   I DO.

12:57PM  11     Q.   AND IT SAYS, "BASED ON THIS EVALUATION, THE CONSENSUS OF

12:57PM  12     THE HOPKINS TEAM WAS AS FOLLOWS."

12:57PM  13          AND THEN THE FIRST BULLET SAYS, "THE TECHNOLOGY IS NOVEL

12:57PM  14     AND SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE AND

12:57PM  15     SPECIAL ASSAYS."

12:57PM  16          DO YOU SEE THAT?

12:57PM  17     A.   YES.

12:57PM  18     Q.   AND THEN GOING ON WITH THE CONSENSUS OF THE HOPKINS TEAM,

12:57PM  19     IT SAYS, "THE TECHNOLOGY IS SIMPLE ENOUGH TO BE USED BY

12:57PM  20     NON-SPECIALISTS IN THE FIELD."

12:57PM  21          DO YOU SEE THAT?

12:57PM  22     A.   YES.

12:57PM  23     Q.   AND THEN IT HAS ANOTHER BULLET READING, "SPECIAL STRENGTHS

12:57PM  24     OF THE TECHNOLOGY INCLUDE:"

12:57PM  25          AND THE FIRST ONE IS "ACCURACY."

JHAVERI CROSS BY MR. COOPERSMITH

12:57PM  1          DO YOU SEE THAT?

12:57PM  2     A.   YES.

12:57PM  3     Q.   AND "MINIATURIZATION."

12:57PM  4          DO YOU SEE THAT?

12:57PM  5     A.   YES.

12:57PM  6     Q.   "FLEXIBILITY (CAN BE TAILORED TO NEEDS OF VARIETY OF

12:57PM  7     CLINICAL VENUES)."

12:57PM  8          DO YOU SEE THAT?

12:58PM  9     A.   YES.

12:58PM 10     Q.   CONNECTIVITY IS ANOTHER SPECIAL STRENGTH, "(CONNECTION TO

12:58PM 11     CENTRALIZED CONTROL VIA WIRELESS/WEB ENHANCES QC AND POPULATION

12:58PM 12     BASED ANALYSIS.)"

12:58PM 13          DO YOU SEE THAT?

12:58PM 14     A.   YES.

12:58PM 15     Q.   AND ADAPTABILITY FOR RESEARCH IS THE NEXT ONE.

12:58PM 16          DO YOU SEE THAT?

12:58PM 17     A.   YES.

12:58PM 18     Q.   AND COST PER STUDY WAS STATED TO BE SIGNIFICANTLY LOWER

12:58PM 19     THAN CURRENTLY AVAILABLE ON THE COMMERCIAL MARKET.

12:58PM 20          DO YOU SEE THAT?

12:58PM 21     A.   YES, I DO.

12:58PM 22     Q.   AND PAUSING ON THAT ONE FOR A MINUTE, ONE OF THE THINGS

12:58PM 23     THAT YOU WERE HOPING THERANOS WOULD BRING TO BEAR WAS TO HAVE

12:58PM 24     LOWER COST BLOOD TESTS; RIGHT?

12:58PM 25     A.   THAT'S CORRECT.

JHAVERI CROSS BY MR. COOPERSMITH

12:58PM 1    Q.   WHICH WOULD BE HELPFUL TO PATIENTS?

12:58PM 2    A.   IT WOULD BE HELPFUL TO PATIENTS AND TO THE HEALTH CARE

12:58PM 3    SYSTEM.

12:58PM 4         WHEN MR. BALWANI AND I DISCUSSED IT EARLY ON, THE IDEA WAS

12:58PM 5    TO HAVE IT BE ALMOST 50 PERCENT OF THE CURRENT MEDICARE COSTS

12:58PM 6    FOR LAB WORK.

12:58PM 7         SO THE COST IS VERY BENEFICIAL FOR NOT ONLY THE SYSTEM,

12:58PM 8    BUT FOR THE PATIENTS.

12:58PM 9    Q.   AND ANOTHER THING REGARDING THE PRICE OF THE BLOOD TESTS

12:58PM 10   WOULD BE TO HAVE TRANSPARENCY SO PEOPLE WOULD KNOW WHAT THE

12:58PM 11   COST WAS GOING IN TO GET THEIR TEST AT WALGREENS; RIGHT?

12:59PM 12   A.   THAT'S RIGHT.

12:59PM 13   Q.   LET'S GO ON WITH THE EXHIBIT 20532.

12:59PM 14        THEN IT SAYS, AFTER THE SPECIAL STRENGTHS BULLET, IT SAYS,

12:59PM 15   "THE HOPKINS TEAM THOUGHT THAT THE TECHNOLOGY WOULD BE USEFUL

12:59PM 16   IN THE RETAIL CLINIC SETTING WITH THE PROVISO THAT THE

12:59PM 17   THROUGHPUT FOR AN INDIVIDUAL SAMPLE (30-45 MINUTES) WOULD

12:59PM 18   REQUIRE MULTIPLE UNITS PER SITE AND IMPOSE AN UPPER LIMIT FOR

12:59PM 19   GROUP THROUGHPUT."

12:59PM 20        DO YOU SEE THAT?

12:59PM 21   A.   I DO.

12:59PM 22   Q.   AND THIS THROUGHPUT ISSUE, THAT RELATED TO HOW FAST A

12:59PM 23   THERANOS DEVICE, SUCH AS AN EDISON, COULD RUN A TEST; IS THAT

12:59PM 24   FAIR?

12:59PM 25   A.   IT IS.

12:59PM 1        I JUST WANT TO MAKE ONE CLARIFICATION.  THE UNITS WERE

12:59PM 2    NEVER PUT INSIDE OF A RETAIL STORE.

12:59PM 3    Q.   YES, THANK YOU, MR. JHAVERI.  WE'LL GET TO THAT.

12:59PM 4    A.   OKAY.

12:59PM 5    Q.   IN FACT, I'LL JUST ASK YOU RIGHT NOW SINCE THAT WAS ON

12:59PM 6    YOUR MIND.

12:59PM 7        IN FACT, WHAT ACTUALLY HAPPENED WHEN THE WALGREENS AND

12:59PM 8    THERANOS PARTNERSHIP ROLLED OUT IN THE FALL OF '13 WAS THAT

01:00PM 9    BLOOD SAMPLES WERE COLLECTED AT WALGREENS STORES, BUT SHIPPED

01:00PM 10   TO A CENTRAL LAB WHICH THERANOS OPERATED?

01:00PM 11   A.   THAT'S CORRECT.

01:00PM 12   Q.   OKAY.  AND AS YOU JUST SAID, THE DEVICES THEMSELVES WERE

01:00PM 13   NEVER PUT INTO THE WALGREENS STORES?

01:00PM 14   A.   THAT'S RIGHT.

01:00PM 15   Q.   AND YOU KNOW THAT THE REASON FOR THAT WAS VARIOUS

01:00PM 16   DISCUSSIONS BETWEEN WALGREENS AND THERANOS ABOUT WHETHER THAT

01:00PM 17   WAS DOABLE FROM AN OPERATIONAL AND REGULATORY PERSPECTIVE?

01:00PM 18   A.   THAT'S CORRECT.

01:00PM 19   Q.   AND WALGREENS AND THERANOS AGREED TOGETHER THAT THEY WOULD

01:00PM 20   USE WHAT WAS CALLED A CENTRAL LAB MODEL RATHER THAN HAVING THE

01:00PM 21   DEVICES IN THE STORES THEMSELVES; RIGHT?

01:00PM 22   A.   THAT'S CORRECT.

01:00PM 23   Q.   BUT AT THIS TIME DURING THE JOHNS HOPKINS EVALUATION, IT

01:00PM 24   WAS STILL UNDER DISCUSSION THAT THE DEVICES MIGHT BE IN THE

01:00PM 25   STORES; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH                        3020

01:00PM  1    A.   THAT'S RIGHT.

01:00PM  2    Q.   AND ONE OF THE ISSUES WITH DOING THAT THAT THE HOPKINS

01:00PM  3    TEAM POINTS OUT IS THAT IT MIGHT NOT RUN SAMPLES FAST ENOUGH;

01:00PM  4    RIGHT?

01:00PM  5    A.   THAT'S CORRECT.

01:00PM  6    Q.   AND THAT PROBLEM WOULD BE COMPOUNDED EVEN MORE IF YOU WERE

01:00PM  7    DOING A CENTRAL LAB MODEL?  IF YOU WERE COLLECTING THOUSANDS OF

01:01PM  8    SAMPLES ALL OVER ARIZONA, FOR EXAMPLE, YOU MIGHT NEED MACHINES

01:01PM  9    THAT DID THE TESTS FASTER THAN THE EDISON DEVICE MIGHT BE ABLE

01:01PM  10   TO DO IT ACCORDING TO THIS?

01:01PM  11   A.   ACCORDING TO THIS.

01:01PM  12   Q.   IS THAT FAIR?

01:01PM  13   A.   THAT'S FAIR.

01:01PM  14   Q.   AND SO TO DO BLOOD TESTING IN A CENTRAL LAB WHERE YOU'RE

01:01PM  15   COLLECTING SAMPLES FROM WALGREENS, IT SOUNDS IT'S A GOOD

01:01PM  16   BUSINESS SENSE TO HAVE A MACHINE THAT IS CAPABLE OF HIGH

01:01PM  17   THROUGHPUT; IS THAT FAIR?

01:01PM  18   A.   BASED ON THE VOLUME THAT YOU'RE ANTICIPATING, YES.

01:01PM  19   Q.   AND BASED ON THE VOLUME THAT YOU AND THE THERANOS TEAM

01:01PM  20   WERE ANTICIPATING DURING THE PARTNERSHIP DISCUSSIONS, HIGH

01:01PM  21   THROUGHPUT WOULD BE AN ADVANTAGE; RIGHT?

01:01PM  22   A.   THAT'S CORRECT.

01:01PM  23   Q.   GOING BACK TO THE EXHIBIT, THOUGH, IT SAYS, "THE HOPKINS

01:01PM  24   TEAM ALSO THOUGHT IT WOULD BE ATTRACTIVE TO CONSIDER JHU,"

01:01PM  25   JOHNS HOPKINS UNIVERSITY, "THERANOS RESEARCH COLLABORATION

01:02PM  1    AROUND INDIVIDUALIZED MEDICINE, ESPECIALLY AROUND DRUG KINETICS

01:02PM  2    AND RESPONSE."

01:02PM  3         DO YOU SEE THAT?

01:02PM  4    A.   YES, I DO.

01:02PM  5    Q.   AND THEN IT GOES ON.

01:02PM  6         "ONE OBSERVATION:  THE THERANOS TECHNOLOGY IS NOT REALLY

01:02PM  7    POINT OF CARE TECHNOLOGY -- IT'S REALLY A TRADITIONAL LAB ASSAY

01:02PM  8    APPROACH, WITH THE ATTENDANT ACCURACY AND VALIDITY -- HIGHLY

01:02PM  9    MINIATURIZED.  ESSENTIALLY A MINILAB."

01:02PM 10         DO YOU SEE THAT?

01:02PM 11    A.   YES.

01:02PM 12    Q.   AND THEN AFTER THAT THE HOPKINS TEAM SAYS, "NO MAJOR

01:02PM 13    WEAKNESSES WERE IDENTIFIED."

01:02PM 14         DO YOU SEE THAT?

01:02PM 15    A.   I DO.

01:02PM 16    Q.   AND THEN ADDITIONAL INFORMATION, IT SAYS, "DR. CLARK

01:02PM 17    INDICATED THAT OVER THE PAST TWO YEARS HE HAS HAD NUMEROUS

01:02PM 18    CONVERSATIONS WITH THERANOS ABOUT UTILIZING THEIR TECHNOLOGY AT

01:02PM 19    JOHNS HOPKINS FOR RESEARCH ACTIVITIES.  THE CONVERSATIONS

01:02PM 20    CONTINUE TO BE FAVORABLE AND BOTH PARTIES WILL CONTINUE TO

01:02PM 21    EXPLORE OPPORTUNITIES FOR COLLABORATION."

01:02PM 22         DO YOU SEE THAT?

01:02PM 23    A.   YES.

01:02PM 24    Q.   AND THAT WAS LOOKING TOWARDS THE FUTURE?

01:02PM 25    A.   THAT'S RIGHT.

01:03PM  1    Q.   AND THEN THERE'S A DISCLAIMER; RIGHT?

01:03PM  2         AND IT SAYS, "THIS INFORMATION IS BEING PROVIDED SOLELY

01:03PM  3    FOR THE BENEFIT OF WALGREENS AND SHALL BE USED BY WALGREENS FOR

01:03PM  4    ITS INTERNAL PURPOSES ONLY.  IN ADDITION, THE MATERIALS

01:03PM  5    PROVIDED IN NO WAY SIGNIFY AN ENDORSEMENT BY JOHNS HOPKINS

01:03PM  6    MEDICINE TO ANY PRODUCT OR SERVICE."

01:03PM  7         DO YOU SEE THAT?

01:03PM  8    A.   YES.

01:03PM  9    Q.   AND DOES THAT SOUND LIKE BOILERPLATE TO YOU?

01:03PM 10         MR. SCHENK:  OBJECTION.

01:03PM 11         THE COURT:  SUSTAINED.

01:03PM 12    BY MR. COOPERSMITH:

01:03PM 13    Q.   DO YOU KNOW WHAT BOILERPLATE IS?

01:03PM 14    A.   I DO.

01:03PM 15    Q.   OKAY.  IF YOU LOOK AT THIS FIRST SENTENCE, THOUGH, WHERE

01:03PM 16    IT SAYS, "THIS INFORMATION IS BEING PROVIDED SOLELY FOR THE

01:03PM 17    BENEFIT OF WALGREENS AND SHALL BE USED BY WALGREENS FOR ITS

01:03PM 18    INTERNAL PURPOSES ONLY"; RIGHT?

01:03PM 19         DO YOU SEE THAT?

01:03PM 20    A.   I DO.

01:03PM 21    Q.   I WANT TO SHOW YOU ANOTHER EXHIBIT, THOUGH, 20553.

01:04PM 22         AND IF YOU LOOK AT THAT, YOU SEE THERE'S AN EMAIL ON THE

01:04PM 23    FIRST PAGE, AND I'M REALLY FOCUSSING ON THE SECOND EMAIL ON THE

01:04PM 24    PAGE, MR. JHAVERI.  IT'S FROM DR. ROSAN AT WALGREENS TO

01:04PM 25    ELIZABETH HOLMES AND THEN SOME OTHER PEOPLE.

JHAVERI CROSS BY MR. COOPERSMITH

01:04PM  1          DO YOU SEE THAT?

01:04PM  2     A.   I DO.

01:04PM  3     Q.   AND THEN AT THE TOP YOU SEE THERE'S A COPY SENT FROM

01:04PM  4     MS. HOLMES TO MR. BALWANI AND DR. DANIEL YOUNG?

01:04PM  5     A.   I DO.

01:04PM  6     Q.   OKAY.  AND IF YOU GO TO THE REST OF THE EXHIBIT, DO YOU

01:04PM  7     SEE THAT THAT'S THE SAME JOHNS HOPKINS --

01:04PM  8              MR. SCHENK:  OBJECTION.  THIS IS NOT IN EVIDENCE.

01:04PM  9              MR. COOPERSMITH:  I'M JUST LAYING A FOUNDATION FOR

01:04PM 10     THE EXHIBIT, YOUR HONOR.

01:04PM 11              THE COURT:  WELL, YOU CAN'T -- IF IT'S NOT IN

01:04PM 12     EVIDENCE, IT'S NOT IN EVIDENCE.

01:04PM 13              MR. COOPERSMITH:  OKAY.

01:04PM 14              THE COURT:  YOU CAN ASK ANOTHER QUESTION.

01:04PM 15              MR. COOPERSMITH:  I WILL.  THANK YOU, YOUR HONOR.

01:04PM 16              THE COURT:  OKAY.

01:04PM 17     BY MR. COOPERSMITH:

01:04PM 18     Q.   MR. JHAVERI, DON'T READ IT OUT LOUD BECAUSE IT'S NOT IN

01:04PM 19     EVIDENCE YET, BUT IF YOU LOOK AT PAGES 2 AND 3 OF THIS

01:04PM 20     EXHIBIT --

01:05PM 21     A.   YES.

01:05PM 22     Q.   -- DO YOU SEE WHAT THAT IS?

01:05PM 23     A.   YES.

01:05PM 24     Q.   OKAY.  AND IS IT -- GOING BACK TO THE OTHER EXHIBIT THAT

01:05PM 25     WE WERE LOOKING AT, THE JOHNS HOPKINS REPORT, DOES PAGES 2 AND

01:05PM  1      3 OF EXHIBIT 20553 --

01:05PM  2                   MR. SCHENK:  YOUR HONOR, OBJECTION.  THAT'S

01:05PM  3      LEADING --

01:05PM  4                   THE COURT:  SUSTAINED.  SUSTAINED.

01:05PM  5                   MR. COOPERSMITH:  OKAY.  YOUR HONOR, WHAT I'D LIKE

01:05PM  6      TO DO IN THAT CASE IS THAT I'M JUST GOING TO OFFER 20553, AND

01:05PM  7      HERE'S THE BASIS:  IT IS AUTHENTIC BASED ON THE BATES NUMBER

01:05PM  8      THE PARTIES HAVE STIPULATED TO, AND IT'S ADMISSIBLE BECAUSE IT

01:05PM  9      GOES TO MR. BALWANI AND IT'S ADMISSIBLE FOR HIS STATE OF MIND.

01:05PM 10                   THE COURT:  MR. SCHENK.

01:05PM 11                   MR. SCHENK:  YOUR HONOR, OBJECTION.  IT'S HEARSAY,

01:05PM 12      AND I DON'T THINK WE SOLVED THE HEARSAY PROBLEM AS IT SOUNDS

01:05PM 13      LIKE MR. COOPERSMITH IS SAYING THE NONHEARSAY PURPOSE FOR THE

01:06PM 14      DEFENDANT'S STATE OF MIND.  THAT'S NOT PARTICULARLY THROUGH THE

01:06PM 15      DOCUMENT.

01:06PM 16                   THE COURT:  I'M NOT CERTAIN WHAT THIS HAS TO DO --

01:06PM 17      YOU'LL HAVE TO LAY A FOUNDATION FOR THE STATE OF MIND.

01:06PM 18           I'M GOING TO SUSTAIN THE OBJECTION AT THIS POINT.

01:06PM 19                   MR. COOPERSMITH:  OKAY.  LET ME SEE WHAT I CAN DO,

01:06PM 20      YOUR HONOR.

01:06PM 21                   THE COURT:  SURE.

01:06PM 22      BY MR. COOPERSMITH:

01:06PM 23      Q.   SO, MR. JHAVERI, YOU SEE ON THE FIRST PAGE OF

01:06PM 24      EXHIBIT 20553, DO YOU SEE MR. BALWANI'S NAME THERE?

01:06PM 25      A.   THIS IS IN REFERENCE TO PAGE 2?

01:06PM   1    Q.   NO, PAGE 1.  I'M SORRY.

01:06PM   2    A.   YES.

01:06PM   3    Q.   AND YOU SEE THERE'S AN EMAIL ADDRESS NEXT TO HIS NAME

01:06PM   4    THAT'S SBALWANI@THERANOS.COM?

01:06PM   5    A.   YES, SIR.

01:06PM   6    Q.   AND DURING THE COURSE OF YOUR WORK WITH MR. BALWANI, YOU

01:06PM   7    SENT HIM LOTS OF EMAILS; RIGHT?

01:06PM   8    A.   YES.

01:06PM   9    Q.   AND HE SENT YOU LOTS OF EMAILS?

01:06PM   10   A.   YES.

01:06PM   11   Q.   AND YOU RECOGNIZE THAT AS MR. BALWANI'S EMAIL ADDRESS?

01:06PM   12   A.   I DO.

01:06PM   13   Q.   AND THEN YOU KNOW WHO DANIEL YOUNG IS AS WELL; IS THAT

01:06PM   14   RIGHT?

01:06PM   15   A.   YEAH.  I BELIEVE DR. YOUNG WAS THE LAB DIRECTOR FOR

01:06PM   16   THERANOS.

01:06PM   17   Q.   IN THE ARIZONA LAB?

01:07PM   18   A.   IN THE ARIZONA LAB.

01:07PM   19   Q.   OKAY.  SO HE WAS A DOCTOR WHO WORKED AT THERANOS?

01:07PM   20   A.   THAT IS CORRECT.

01:07PM   21   Q.   AND THEN WE ALREADY TALKED ABOUT YOU KNOW WHO JAY ROSAN

01:07PM   22   IS; CORRECT?

01:07PM   23   A.   YES.

01:07PM   24   Q.   AND HE'S THE ONE WHO SENT THE EMAIL ON THE FIRST PAGE TO

01:07PM   25   MS. HOLMES, WHICH WAS THEN LATER FORWARDED TO OTHERS, INCLUDING

| | | |
|---|---|---|
| 01:07PM | 1 | MR. BALWANI? |
| 01:07PM | 2 | A.   THAT'S CORRECT. |
| 01:07PM | 3 | Q.   OKAY.  AND DO YOU AGREE THAT THE PREVIOUS EXHIBIT THAT WE |
| 01:07PM | 4 | LOOKED AT IS THE JOHNS HOPKINS REPORT IDENTICAL -- |
| 01:07PM | 5 | MR. SCHENK:  YOUR HONOR. |
| 01:07PM | 6 | MR. COOPERSMITH:  I'M WITHDRAWING THE QUESTION. |
| 01:07PM | 7 | THE COURT:  THE QUESTION IS WITHDRAWN. |
| 01:07PM | 8 | MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO OFFER |
| 01:07PM | 9 | 20553 AGAIN. |
| 01:07PM | 10 | YOU KNOW, MR. JHAVERI HAS IDENTIFIED THE EMAILS.  HE -- |
| 01:07PM | 11 | THE DOCUMENT IS AUTHENTIC ANYWAY BECAUSE OF THE STIPULATION TO |
| 01:07PM | 12 | THE BATES NUMBER.  I'M OFFERING IT FOR A NONHEARSAY PURPOSE. |
| 01:07PM | 13 | IT'S THE SAME -- WELL, I THINK THE COURT CAN COMPARE PAGES |
| 01:07PM | 14 | 2 AND 3 OF THIS EXHIBIT WITH THE LAST ONE.  I THINK -- |
| 01:08PM | 15 | THE COURT:  OKAY.  MR. SCHENK. |
| 01:08PM | 16 | MR. SCHENK:  YOUR HONOR, THE SAME OBJECTION, AND I |
| 01:08PM | 17 | CAN PROVIDE A LITTLE BIT MORE CONTEXT IF THE COURT WOULD LIKE. |
| 01:08PM | 18 | THE COURT:  THE OBJECTION IS SUSTAINED. |
| 01:08PM | 19 | YOU CAN MOVE ON, COUNSEL. |
| 01:08PM | 20 | MR. COOPERSMITH:  OKAY. |
| 01:08PM | 21 | Q.   OKAY.  LET'S GO TO ONE OF THE EXHIBITS THAT MR. SCHENK |
| 01:08PM | 22 | SHOWED YOU, WHICH IS EXHIBIT 372.  IT SHOULD BE IN THE BINDER |
| 01:08PM | 23 | THAT I GAVE YOU, BUT IT WOULD ALSO BE IN THE GOVERNMENT'S |
| 01:08PM | 24 | BINDER.  I GUESS YOU COULD TAKE YOUR PICK. |
| 01:08PM | 25 | A.   I HAVE IT. |

01:08PM  1    Q.   OKAY.  THIS IS EXHIBIT 372, AND THIS IS THE INITIAL

01:09PM  2    AGREEMENT DATED JULY 30TH, 2010, BETWEEN WALGREENS AND

01:09PM  3    THERANOS?

01:09PM  4    A.   YES, SIR.

01:09PM  5    Q.   AND ON THE FIRST PAGE, YOU SEE IT'S SIGNED BY

01:09PM  6    MR. MIQUELON, WHO WE DISCUSSED A FEW MINUTES AGO?

01:09PM  7    A.   YES.

01:09PM  8    Q.   AND HERE IT SAYS THAT HE'S EXECUTIVE VICE PRESIDENT.  I

01:09PM  9    THINK BEFORE YOU SAID HE WAS THE CHIEF FINANCIAL OFFICER.

01:09PM 10        CAN YOU CLARIFY THAT FOR US?

01:09PM 11    A.   YEAH, MANY OF OUR TITLES HAVE DUAL TITLES, SO HE'S

01:09PM 12    EXECUTIVE VICE PRESIDENT AND CFO.

01:09PM 13    Q.   OKAY.  AND IF YOU GO TO THE NEXT PAGE, YOU SEE THE

01:09PM 14    SIGNATORY FROM THE THERANOS SIDE WAS ELIZABETH HOLMES?

01:09PM 15    A.   YES.

01:09PM 16    Q.   OKAY.  NOW, YOU UNDERSTAND THAT THIS INITIAL AGREEMENT WAS

01:09PM 17    LATER REPLACED BY A DIFFERENT AGREEMENT OR AGREEMENTS BETWEEN

01:09PM 18    WALGREENS AND THERANOS?

01:09PM 19    A.   YES, THERE WAS AN AMENDED AGREEMENT.

01:10PM 20    Q.   RIGHT.  BUT STICKING WITH THIS ONE FOR THE MOMENT, IF YOU

01:10PM 21    GO TO PAGE 4, AND MR. SCHENK SHOWED YOU SOME LANGUAGE IN THE --

01:10PM 22    OH, IT'S TWO PARAGRAPHS ABOVE THE HEADING THAT IS PARAGRAPH 2,

01:10PM 23    AND IT READS, "THE ABILITY TO RUN BLOOD TESTS FROM A

01:10PM 24    FINGERSTICK IN LESS THAN AN HOUR AT WALGREENS' PHARMACIES

01:10PM 25    CREATES A NEW WORKFLOW AND A NEW DIAGNOSTIC PARADIGM FOR HEALTH

01:10PM   1    CARE."

01:10PM   2         DO YOU SEE THAT?

01:10PM   3    A.   I DO.

01:10PM   4    Q.   AND SO YOU UNDERSTAND, AND I THINK YOU SAID THIS A FEW

01:10PM   5    MINUTES AGO, THAT WHEN THE LAUNCH OF THE THERANOS-WALGREENS

01:10PM   6    STORES ACTUALLY OCCURRED IN THE FALL OF '13, IT WAS NO LONGER

01:10PM   7    GOING TO BE THE CASE THAT THE THERANOS DEVICES WOULD BE PLACED

01:10PM   8    AT WALGREENS PHARMACIES; CORRECT?

01:10PM   9    A.   THAT'S CORRECT.

01:10PM  10    Q.   AND THAT THIS LANGUAGE ABOUT RUNNING THE BLOOD TESTS IN

01:11PM  11    LESS THAN AN HOUR AT WALGREENS PHARMACY, THAT WAS NO LONGER

01:11PM  12    APPLICABLE WHEN THE AMENDED AGREEMENT CAME INTO PLACE?

01:11PM  13    A.   WHAT WAS APPLICABLE WAS THE BLOOD DRAW THROUGH A

01:11PM  14    FINGERSTICK AT THE WALGREENS STORE.

01:11PM  15    Q.   RIGHT.  BUT THE DIFFERENCE WAS WHEN THE LAUNCH ACTUALLY

01:11PM  16    HAPPENED, IT WOULD BE COLLECTING THE BLOOD SAMPLE AT WALGREENS;

01:11PM  17    RIGHT?

01:11PM  18    A.   YES.

01:11PM  19    Q.   AND SHIPPING THE BLOOD SAMPLE TO A CENTRAL LABORATORY THAT

01:11PM  20    THERANOS OPERATED?

01:11PM  21    A.   THAT'S RIGHT.  THERE WOULD BE A COURIER THAT PICKED UP THE

01:11PM  22    BLOOD SAMPLES.

01:11PM  23    Q.   YEAH.

01:11PM  24    A.   AND THEN SENT THEM TO THE CENTRAL LAB.

01:11PM  25    Q.   AND THIS LANGUAGE THAT WE'RE LOOKING AT IN THIS PARTICULAR

01:11PM   1    EXHIBIT IN -- LET ME START AGAIN.

01:11PM   2         MR. JHAVERI, THE LANGUAGE THAT WE'RE LOOKING AT IN THIS

01:11PM   3    PARTICULAR EXHIBIT, THE 2010 CONTRACT, THIS IS TALKING ABOUT

01:12PM   4    RUNNING A BLOOD TEST FROM A FINGERSTICK IN LESS THAN AN HOUR AT

01:12PM   5    THE WALGREENS PHARMACY ITSELF; RIGHT?

01:12PM   6    A.   CORRECT.

01:12PM   7    Q.   OKAY.  SO THE LANGUAGE THAT MR. SCHENK SHOWED YOU WAS

01:12PM   8    OUTDATED AND NOT THE RIGHT -- THAT'S NOT WHAT THE PROGRAM WAS

01:12PM   9    BY THE TIME THE LAUNCH HAPPENED IN 2013?

01:12PM  10    A.   YEAH, PART OF IT WAS, WAS DIFFERENT THAN WHAT WE'RE

01:12PM  11    STATING HERE TODAY.

01:12PM  12    Q.   OKAY.  SO WHEN YOU SAID ON DIRECT THAT THIS WAS YOUR

01:12PM  13    UNDERSTANDING IN 2013, JUST TO CLARIFY THAT, YOU UNDERSTOOD

01:12PM  14    THAT THE GOAL WAS TO COLLECT FINGERSTICK SAMPLES, BUT THE GOAL

01:12PM  15    WAS NOT TO HAVE THE DEVICES PLACED IN THE STORES?

01:12PM  16    A.   THAT'S RIGHT.

01:12PM  17    Q.   OKAY.

01:12PM  18    A.   YEAH.

01:12PM  19    Q.   IF YOU GO TO PAGE 8 OF THE EXHIBIT -- OH, I'M SORRY.

01:12PM  20    LET'S GO TO PAGE 7 FIRST.

01:13PM  21         AND IF YOU GO TO THE VERY BOTTOM, THERE'S A PARAGRAPH

01:13PM  22    NUMBERED 5.  IT SAYS, "THERANOS PHARMACEUTICAL CLINICAL TRIALS

01:13PM  23    INFRASTRUCTURE"?

01:13PM  24    A.   YES.

01:13PM  25    Q.   AND THAT READS, "AS PART OF ITS ONGOING BUSINESS

01:13PM   1      PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES, THERANOS WILL

01:13PM   2      EXTEND ITS CLINICAL TRIALS INFRASTRUCTURE TO INCLUDE WALGREENS

01:13PM   3      STORES SO THAT PHARMACEUTICAL CLINICAL TRIAL PATIENTS WILL HAVE

01:13PM   4      THE OPTION TO HAVE THEIR LABORATORY TESTS PERFORMED AT A

01:13PM   5      WALGREENS LOCATION.  FOLLOWING EXECUTION OF THIS AGREEMENT,

01:13PM   6      THERANOS AND WALGREENS WILL NEGOTIATE THE TERMS AND

01:13PM   7      CONDITIONS," GOING ON TO THE NEXT PAGE, "BETWEEN THERANOS AND

01:13PM   8      WALGREENS FOR THE CLINICAL TRIAL WORK WHICH WILL THEN BE

01:13PM   9      DESCRIBED AND AGREED UPON IN WRITING IN SCHEDULE J."

01:13PM  10          DO YOU SEE THAT?

01:13PM  11      A.   YES, SIR.

01:13PM  12      Q.   SO ONE OF THE THINGS THAT THE CONTRACT CONTEMPLATED WHEN

01:13PM  13      THE WALGREENS-THERANOS AGREEMENT GOT OFF THE GROUND AND THERE

01:13PM  14      WERE STORES OPENED WOULD BE THAT A CLINICAL TRIAL PATIENT WHO

01:13PM  15      WAS INVOLVED IN A CLINICAL TRIAL FOR A PHARMACEUTICAL COMPANY

01:14PM  16      COULD GET A BLOOD TEST AT WALGREENS?

01:14PM  17      A.   THAT'S CORRECT.

01:14PM  18      Q.   AND THAT THE MORE STORES THERE WERE THAT WERE ROLLED OUT,

01:14PM  19      THE MORE OPPORTUNITY THERE WOULD BE FOR THAT TYPE OF PATIENT TO

01:14PM  20      GET BLOOD TESTS?

01:14PM  21      A.   YES, POTENTIALLY.

01:14PM  22      Q.   THAT WAS AT LEAST WHAT WAS CONTEMPLATED IN THE CONTRACT?

01:14PM  23      A.   THAT'S CORRECT.

01:14PM  24      Q.   OKAY.  IF YOU GO TO PAGE 8 OF THE AGREEMENT.

01:14PM  25          AND THEN IT SAYS, "IF THERANOS FAILED TO OBTAIN THE

01:14PM 1    APPROVAL BY DECEMBER" -- I'M SURE IT'S MY FAULT.  I'LL READ

01:14PM 2    SLOWLY.

01:14PM 3         THIS -- LET'S JUST START FROM PARAGRAPH 6, AND THEN YOU

01:14PM 4    SEE THAT THERE'S A SECTION A AND A SMALL TWO I'S.

01:14PM 5         AND THIS REFERS TO FDA APPROVAL.

01:15PM 6         DO YOU SEE THAT?

01:15PM 7    A.   YES.

01:15PM 8    Q.   NOW, GOING BACK TO THE LANGUAGE THAT I WAS TRYING TO READ

01:15PM 9    EARLIER WITHOUT SUCCESS, "IF THERANOS FAILS TO OBTAIN THE

01:15PM 10   APPROVALS BY DECEMBER 31ST, 2010, SUCH FAILURE SHALL ENTITLE

01:15PM 11   WALGREENS TO TERMINATE THIS AGREEMENT IN ACCORDANCE WITH

01:15PM 12   SCHEDULE B, SECTION 23(C)."

01:15PM 13        DO YOU SEE THAT?

01:15PM 14   A.   YES.

01:15PM 15   Q.   AND THERANOS DID NOT OBTAIN ANY FDA APPROVALS BY

01:15PM 16   DECEMBER 31ST, 2010, DID IT?

01:15PM 17   A.   I DON'T -- I DON'T REMEMBER.

01:15PM 18   Q.   OKAY.  BUT IN ANY EVENT, WALGREENS DIDN'T TERMINATE THE

01:15PM 19   AGREEMENT, DID IT?

01:15PM 20   A.   IT DID NOT.

01:16PM 21   Q.   LET'S TURN TO PAGE 27 OF THE SAME EXHIBIT.

01:16PM 22        DO YOU SEE PAGE 27 REFERS TO PILOT?

01:16PM 23   A.   YES.

01:16PM 24   Q.   AND DO YOU SEE THAT THIS IS THE SCHEDULE F TO THE

01:16PM 25   AGREEMENT?

JHAVERI CROSS BY MR. COOPERSMITH                                    3032

01:16PM   1    A.   YES.

01:16PM   2    Q.   OKAY.  AND IT SAYS, IF YOU GO DOWN A LITTLE BIT TO THE

01:16PM   3    LANGUAGE THAT SAYS, "THE PILOT AGREEMENT WILL INCLUDE, BUT NOT

01:16PM   4    BE LIMITED TO, THE FOLLOWING PROVISIONS," AND THEN THERE ARE

01:16PM   5    SEVERAL BULLETS AFTER THAT?

01:16PM   6    A.   YES, I DO.

01:16PM   7    Q.   AND THEN THE THIRD BULLET SAYS, "THE PILOT FOR STORE

01:16PM   8    LOCATIONS WILL COMMENCE NO SOONER THAN JANUARY 15TH, 2011,

01:17PM   9    PROVIDED THAT THE FOLLOWING THREE CRITERIA MUST BE MET," AND

01:17PM  10    THEN IT HAS THREE CRITERIA.

01:17PM  11         DO YOU SEE THAT?

01:17PM  12    A.   I DO.

01:17PM  13    Q.   OKAY.  AND THERE'S NOTHING IN THIS LANGUAGE, THOUGH, THAT

01:17PM  14    GIVES A DEADLINE FOR WHEN THE PILOT HAS TO ACTUALLY START, IS

01:17PM  15    THERE?

01:17PM  16    A.   I'M JUST READING THROUGH THE DOCUMENT.

01:17PM  17    Q.   SURE.

01:17PM  18    A.   NO.  IT JUST INDICATES THAT IT HAS TO COMMENCE AFTER

01:17PM  19    JANUARY 15TH AND NO LATER THAN JUNE 30TH OF 2011.

01:17PM  20    Q.   OKAY.  LET'S GO TO THAT JUNE 30TH LANGUAGE.

01:17PM  21         SO THAT'S THE LAST BULLET IN THE SAME SECTION THAT WE WERE

01:17PM  22    LOOKING AT.  AND IT SAYS, "SHOULD THERANOS FAIL TO MEETS ITS

01:18PM  23    REQUIREMENTS UNDER THIS SCHEDULE F PRIOR TO JUNE 30TH, 2011,

01:18PM  24    WALGREENS SHALL HAVE THE OPTION TO TERMINATE THIS AGREEMENT

01:18PM  25    PURSUANT TO SCHEDULE B, SECTION 23(C)."

01:18PM   1              DO YOU SEE THAT?

01:18PM   2       A.   YES.

01:18PM   3       Q.   AND THE PILOT DIDN'T START BY JUNE 30TH, 2011, DID IT?

01:18PM   4       A.   IT DID NOT.

01:18PM   5       Q.   AND WALGREENS DIDN'T TERMINATE THE AGREEMENT, DID IT?

01:18PM   6       A.   NO, IT DID NOT.

01:18PM   7       Q.   SO IS IT FAIR TO SAY THAT THIS CONTRACT FROM 2010 WAS

01:18PM   8    REALLY THE BEGINNING OF A PARTNERSHIP THAT CONTINUED TO EVOLVE

01:18PM   9    AND DEVELOP AS CIRCUMSTANCES WARRANTED?

01:18PM  10       A.   YES.

01:18PM  11       Q.   AND THAT'S NOT UNUSUAL IN BUSINESS, IS IT?

01:18PM  12       A.   NO.  ANY TYPE OF PARTNERSHIP OR ANY TYPE OF PROGRAM, IT

01:18PM  13    EVOLVES BASED ON WHAT THE MARKET HOLDS OR WHAT THE BUSINESS

01:18PM  14    NEEDS ARE OR ANY OF THOSE THINGS THAT CHANGE.

01:18PM  15       Q.   OKAY.  GOING TO THE NEXT EXHIBIT, WHICH IS TAB 617 IN YOUR

01:18PM  16    BINDER, AND I THINK MR. SCHENK DISCUSSED THIS WITH YOU ON

01:18PM  17    DIRECT AS WELL.

01:19PM  18              SO THIS IS THE AMENDED AGREEMENT THAT WAS DATED JUNE 5TH,

01:19PM  19    2012.

01:19PM  20              DO YOU SEE THAT?

01:19PM  21       A.   YES.

01:19PM  22       Q.   AND THIS WAS ANOTHER STEP IN THAT DEVELOPING RELATIONSHIP

01:19PM  23    BETWEEN WALGREENS AND THERANOS?

01:19PM  24       A.   YES.

01:19PM  25       Q.   AND IF YOU LOOK AT THE LANGUAGE RIGHT ABOVE THE DATE, THE

JHAVERI CROSS BY MR. COOPERSMITH

01:19PM   1    PARAGRAPH ABOVE THE DATE, IT SAYS, "WHEREAS THE PARTIES AGREE

01:19PM   2    THAT BECAUSE OF CERTAIN CHANGES IN CIRCUMSTANCES, IT IS

01:19PM   3    NECESSARY TO TERMINATE THE ORIGINAL AGREEMENT AND REPLACE IT

01:19PM   4    WITH THIS AGREEMENT (AS DEFINED BELOW)."

01:19PM   5         RIGHT?

01:19PM   6    A.   YES.

01:19PM   7    Q.   AND YOU UNDERSTAND THAT THIS AGREEMENT, WHEN IT'S SIGNED,

01:19PM   8    IS NOW THE OPERATIVE AGREEMENT AND THE OLD AGREEMENT IS

01:19PM   9    BASICALLY GONE; IS THAT RIGHT?

01:19PM   10   A.   THAT'S RIGHT.

01:19PM   11   Q.   IN FACT, IT IS GONE?

01:19PM   12   A.   IT IS GONE.

01:19PM   13   Q.   RIGHT.  OKAY.

01:19PM   14        IF WE CAN GO TO -- LET'S JUST START OFF WITH PAGE 6 AND

01:20PM   15   SECTION 5.

01:20PM   16        I WON'T READ IT AGAIN, BUT TAKING A LOOK AT IT YOURSELF,

01:20PM   17   MR. JHAVERI, IT'S THE THERANOS PHARMACEUTICAL CLINICAL TRIALS

01:20PM   18   INFRASTRUCTURE SECTION.

01:20PM   19        DO YOU SEE THAT?

01:20PM   20   A.   YES, I DO.

01:20PM   21   Q.   AND THAT'S THE SAME PROVISION ABOUT HOW PATIENTS COULD GET

01:20PM   22   CLINICAL TRIAL TESTS OR TESTS THAT WERE CONDUCTED FOR PURPOSES

01:20PM   23   OF CLINICAL TRIALS WITH PHARMACEUTICAL COMPANIES AT A WALGREENS

01:20PM   24   STORE; IS THAT RIGHT?

01:20PM   25   A.   YES, THAT'S CORRECT.

JHAVERI CROSS BY MR. COOPERSMITH

01:20PM 1    Q.   AND SO THE AMENDED CONTRACT IN 2012 ALSO CONTEMPLATED THAT

01:20PM 2    COULD HAPPEN?

01:20PM 3    A.   YES.

01:20PM 4    Q.   OKAY.  LET'S GO BACK TO PAGE 4 OF THE DOCUMENT.

01:20PM 5         NOW, IF YOU LOOK AT SECTION 3, THAT'S THE PHASED

01:20PM 6    DISRUPTION SECTION.

01:20PM 7         DO YOU SEE THAT?

01:20PM 8    A.   YES.

01:20PM 9    Q.   NOW, WE TALKED ABOUT BEFORE HOW THE ORIGINAL CONTRACT

01:21PM 10   CONTEMPLATED THERE COULD BE OR WOULD BE THERANOS DEVICES

01:21PM 11   ACTUALLY PLACED PHYSICALLY AT WALGREENS STORES TO CONDUCT BLOOD

01:21PM 12   TESTING; RIGHT?

01:21PM 13   A.   WOULD YOU ASK THAT QUESTION AGAIN, PLEASE?

01:21PM 14   Q.   OF COURSE.  WE TALKED ABOUT A FEW MINUTES AGO THAT THE

01:21PM 15   ORIGINAL CONTRACT FROM 2010, THE CONCEPT WAS THAT THE THERANOS

01:21PM 16   DEVICES WOULD ACTUALLY BE PHYSICALLY PLACED IN THE WALGREENS

01:21PM 17   STORE TO CONDUCT THE BLOOD TESTING?

01:21PM 18   A.   YES.

01:21PM 19   Q.   BUT THEN THIS IS -- THIS AMENDED AGREEMENT IN 2012, THAT

01:21PM 20   CHANGES THAT; CORRECT?

01:21PM 21   A.   I'M JUST GOING TO READ IT.

01:21PM 22   Q.   PLEASE.

01:21PM 23        (PAUSE IN PROCEEDINGS.)

01:21PM 24           THE WITNESS:  YES, THAT'S CORRECT.

01:22PM 25   BY MR. COOPERSMITH:

01:22PM   1    Q.   AND THEN THERE'S A REFERENCE TO, SORT OF IN THE MIDDLE OF

01:22PM   2    THE PARAGRAPH, "THE CLIA CERTIFIED OFFSITE LABORATORY."

01:22PM   3         DO YOU SEE THAT?

01:22PM   4    A.   YES.

01:22PM   5    Q.   AND YOU UNDERSTAND THAT WOULD BE THE THERANOS LABORATORY

01:22PM   6    THAT WOULD BE THE RECIPIENT OF BLOOD SAMPLES COLLECTED AT

01:22PM   7    WALGREENS STORES THAT WERE TAKING BLOOD SAMPLES?

01:22PM   8    A.   THAT'S RIGHT.

01:22PM   9    Q.   OKAY.  SO THAT'S DIFFERENT THAN THE FIRST AGREEMENT?

01:22PM  10    A.   CORRECT.

01:22PM  11    Q.   AND THERE'S NOTHING WRONG WITH THAT; RIGHT?  THAT'S JUST

01:22PM  12    SOMETIMES HOW BUSINESS PARTNERSHIPS DEVELOP; IS THAT FAIR?

01:22PM  13    A.   THAT'S FAIR.

01:22PM  14    Q.   AND THEN IF YOU GO IN THE SAME EXHIBIT, I THINK THERE'S

01:22PM  15    ALSO A SCHEDULE F ON PAGE 26.

01:23PM  16    A.   YES.

01:23PM  17    Q.   SO THIS LANGUAGE HERE, IT SAYS IN THAT -- NOT THE SET OF

01:23PM  18    FIRST FOUR BULLETS, BUT THE BULLETS RIGHT AFTER THAT, DO YOU

01:23PM  19    SEE THE SECOND ONE SAYS, "THE PILOT FOR STORE LOCATIONS WILL

01:23PM  20    COMMENCE NO SOONER THAN SEPTEMBER 15TH, 2012"?

01:24PM  21    A.   YES.

01:24PM  22    Q.   BECAUSE THAT'S THE EARLIEST DATE THAT THIS CONTRACT

01:24PM  23    CONTEMPLATES THAT THE PILOT COULD COMMENCE; IS THAT RIGHT?

01:24PM  24    A.   THAT'S CORRECT.

01:24PM  25    Q.   AND THEN LATER IN THE LAST BULLET IN THAT SAME SECTION, IT

01:24PM  1     SAYS, "SHOULD THERANOS FAIL TO MEET ITS REQUIREMENTS UNDER THIS

01:24PM  2     SCHEDULE F PRIOR TO APRIL 1ST, 2013, WALGREENS COULD

01:24PM  3     TERMINATE."

01:24PM  4         DO YOU SEE THAT?

01:24PM  5     A.   YES.

01:24PM  6     Q.   AND THE PILOT DID NOT START BY APRIL 1ST, 2013, DID IT?

01:24PM  7     A.   NO, IT DID NOT.

01:24PM  8     Q.   AND WALGREENS DID NOT TERMINATE; RIGHT?

01:24PM  9     A.   NO.

01:24PM  10    Q.   AND IT WAS ACTUALLY IN THE FALL OF 2013 WHEN THE PILOT

01:24PM  11    LAUNCHED; RIGHT?

01:24PM  12    A.   THAT'S CORRECT.

01:24PM  13    Q.   AND IS IT FAIR TO SAY DURING THIS TIME THERE WAS A LOT OF

01:24PM  14    ACTIVITY BY WALGREENS AND THERANOS TO TRY TO BE READY FOR THE

01:24PM  15    LAUNCH?

01:24PM  16    A.   YES.

01:24PM  17    Q.   OKAY.  LET'S TAKE A LOOK AT EXHIBIT 1113, WHICH IS ALSO IN

01:24PM  18    EVIDENCE.

01:24PM  19         SO THIS IS A PRESS RELEASE THAT WAS ISSUED JOINTLY BY

01:25PM  20    WALGREENS AND THERANOS?

01:25PM  21    A.   YES, IT IS.

01:25PM  22    Q.   AND IT'S DATED SEPTEMBER 9TH, 2013; CORRECT?

01:25PM  23    A.   YES, SIR.

01:25PM  24    Q.   AND YOU UNDERSTAND THAT THIS DATE, SEPTEMBER 9TH, 2013,

01:25PM  25    WAS A DATE OF WHAT IS SOMETIMES CALLED THE SOFT LAUNCH OF THE

01:25PM   1    THERANOS BLOOD TESTING PROGRAM?

01:25PM   2    A.   I DIDN'T KNOW THAT.

01:25PM   3    Q.   DID YOU KNOW THAT THIS WAS -- INITIALLY THE BLOOD TESTS

01:25PM   4    WOULD ONLY BE AVAILABLE TO FRIENDS AND FAMILY OF THERANOS?

01:25PM   5    A.   I DO NOT KNOW THAT.

01:25PM   6    Q.   OKAY.  IN ANY EVENT, LET'S GO TO THE LAST SENTENCE OF THE

01:25PM   7    FIRST PARAGRAPH, AND IT SAYS, "THE SAMPLES ARE EITHER TAKEN

01:25PM   8    FROM A TINY FINGERSTICK OR A MICRO-SAMPLE TAKEN FROM

01:25PM   9    TRADITIONAL METHODS."

01:25PM  10        DO YOU SEE THAT?

01:25PM  11    A.   YES, SIR.

01:25PM  12    Q.   "ELIMINATING THE NEED FOR LARGER NEEDLES AND NUMEROUS

01:26PM  13    VIALS OF BLOOD REQUIRED FOR MOST DIAGNOSTIC LAB TESTING."

01:26PM  14        DO YOU SEE THAT?

01:26PM  15    A.   I DO.

01:26PM  16    Q.   AND YOU UNDERSTOOD THAT TRADITIONAL METHODS MEANT TAKING A

01:26PM  17    DRAW OF BLOOD FROM THE ARM AS OPPOSED TO THE FINGER?

01:26PM  18    A.   IF THAT'S WHAT THEY'RE REFERRING TO, YES.

01:26PM  19    Q.   IN FACT, YOU AT ONE TIME WENT TO A WALGREENS STORE AND HAD

01:26PM  20    A VENOUS DRAW CONDUCTED?

01:26PM  21    A.   I DID.  I HAD BOTH A FINGERSTICK, AS WELL AS A

01:26PM  22    VENOUS DRAW.

01:26PM  23    Q.   OKAY.  AND YOU UNDERSTOOD THAT THE DEVICES THAT WOULD BE

01:26PM  24    USED AT THERANOS TO CONDUCT THE BLOOD TESTING MIGHT BE AN

01:26PM  25    EDISON OR IT MIGHT BE SOMETHING ELSE; RIGHT?

01:26PM  1    A.   WHAT I UNDERSTOOD WAS THAT THE BLOOD SAMPLES WOULD BE

01:26PM  2    TESTED ON A THERANOS DEVICE AND THAT WAS DEVELOPED BY THERANOS.

01:26PM  3    THAT WAS MY UNDERSTANDING OF THE PROGRAM.

01:26PM  4    Q.   OKAY.  BUT THE DEVICE COULD BE SOMETHING DEVELOPED BY

01:26PM  5    THERANOS THAT WASN'T THE EDISON DEVICE; CORRECT?

01:27PM  6    A.   YEAH.  I'M NOT REFERRING TO EDISON.  I'M JUST REFERRING TO

01:27PM  7    A THERANOS DEVELOPED THEIR PROPRIETARY TECHNOLOGY.

01:27PM  8    Q.   OKAY.  SOMETHING THAT WOULD ALLOW THERANOS TO USE A

01:27PM  9    FINGERSTICK TEST AS OPPOSED TO A VENOUS DRAW TEST?

01:27PM  10   A.   THAT'S RIGHT.

01:27PM  11   Q.   OKAY.  THAT THERANOS DEVELOPED FOR THAT PURPOSE?

01:27PM  12   A.   CORRECT.

01:27PM  13   Q.   BUT YOU ALSO UNDERSTOOD, EVEN FROM THE PRESS RELEASE, BUT

01:27PM  14   MAYBE OTHERWISE, THAT IT WAS ALSO CONTEMPLATED THAT PATIENTS

01:27PM  15   COMING INTO WALGREENS MIGHT GET A DRAW FROM THE ARM AS OPPOSED

01:27PM  16   TO THE FINGER; RIGHT?

01:27PM  17   A.   YES.

01:27PM  18   Q.   AND, IN FACT, I THINK YOU TALKED ABOUT THIS WITH

01:27PM  19   MR. SCHENK, OVER THE TIME THAT THE PARTNERSHIP WAS RUNNING, THE

01:27PM  20   AMOUNT OF VEIN DRAWS WAS AROUND 40 PERCENT I THINK YOU SAID;

01:27PM  21   RIGHT?

01:27PM  22   A.   THAT'S CORRECT.

01:27PM  23   Q.   BY THE WAY, LIKE, THAT MEANS THAT THERE ARE 60 PERCENT OF

01:27PM  24   THE PATIENTS WHO ARE GETTING FINGERSTICK DRAWS; RIGHT?

01:27PM  25   A.   60 PERCENT OF THE DRAWS, CORRECT.

01:27PM  1    Q.   OKAY.  ARE YOU AWARE OF ANY OTHER LAB IN THE WORLD THAT

01:27PM  2    COULD HAVE DONE 60 PERCENT FINGERSTICK DRAWS FOR BLOOD TESTING?

01:28PM  3              MR. SCHENK:  OBJECTION.  RELEVANCE.

01:28PM  4              THE COURT:  SUSTAINED.

01:28PM  5              MR. COOPERSMITH:  I'M JUST ASKING HIS PERSONAL

01:28PM  6    KNOWLEDGE, YOUR HONOR.

01:28PM  7              THE COURT:  SUSTAINED.

01:28PM  8    BY MR. COOPERSMITH:

01:28PM  9    Q.   IF YOU GO TO THE SECOND PAGE OF THE EXHIBIT, YOU SEE THE

01:28PM  10   LAST PARAGRAPH THERE RIGHT BEFORE THE HEADING "ABOUT THERANOS"?

01:28PM  11   A.   YES.

01:28PM  12   Q.   IT SAYS, "AS THE NATION'S LARGEST RETAIL PHARMACY CHAIN

01:28PM  13   WITH MORE THAN 8100 NEIGHBORHOOD PHARMACIES, WALGREENS HAS THE

01:28PM  14   INFRASTRUCTURE TO HELP BRING THERANOS TO CONSUMERS NATIONWIDE."

01:28PM  15        DO YOU SEE THAT?

01:28PM  16   A.   YES.

01:28PM  17   Q.   AND THAT'S A TRUE STATEMENT?

01:28PM  18   A.   YES.

01:28PM  19   Q.   AND.  IN FACT, WE TALKED ABOUT THIS BEFORE, THAT WAS PART

01:28PM  20   OF THE RETAIL EXPERTISE THAT WALGREENS BROUGHT TO THE

01:29PM  21   PARTNERSHIP?

01:29PM  22   A.   THAT'S RIGHT.

01:29PM  23   Q.   IF YOU GO UP TO THE END OF THE PARAGRAPH THAT'S TWO

01:29PM  24   PARAGRAPHS ABOVE THAT, THERE'S A SENTENCE THAT READS,

01:29PM  25   "COLLECTION FOR THERANOS TESTS WILL BE PERFORMED IN THERANOS

01:29PM   1      WELLNESS CENTERS BY LICENSED PHLEBOTOMISTS OR APPROPRIATELY

01:29PM   2      STATE CERTIFIED PERSONNEL."

01:29PM   3          DO YOU SEE THAT?

01:29PM   4      A.   I DO.

01:29PM   5      Q.   AND I THINK YOU MENTIONED THIS ON DIRECT, TOO, BUT A

01:29PM   6      PHLEBOTOMIST IS A LICENSED PROFESSIONAL WHO IS TRAINED TO TAKE

01:29PM   7      A BLOOD DRAW FROM THE ARM; RIGHT?

01:29PM   8      A.   THAT'S CORRECT.

01:29PM   9      Q.   OR MAYBE EVEN SOME OTHER PART OF THE BODY?

01:29PM  10      A.   IT COULD BE, YES.

01:29PM  11      Q.   RIGHT.  BUT A NORMAL PERSON OFF THE STREET CAN'T JUST DO

01:29PM  12      VEIN DRAWS FROM THE ARM?

01:29PM  13      A.   A VENOUS DRAW, CORRECT.

01:29PM  14      Q.   A VENOUS DRAW?

01:29PM  15      A.   YES.

01:29PM  16      Q.   AND EVEN SOMEONE LIKE A PHARMACY TECHNICIAN WHO IS TRAINED

01:29PM  17      TO BE A PHARMACY TECHNICIAN, THEY COULDN'T DO THAT EITHER

01:29PM  18      UNLESS THEY WERE LICENSED TO BE A PHLEBOTOMIST; RIGHT?

01:29PM  19      A.   THAT'S RIGHT.  THAT'S WHY WE HAD, WHEN WE DESIGNED THE

01:30PM  20      MODEL, WE HAD BOTH TRAINED PHARMACY TECHNICIANS TO DO A

01:30PM  21      FINGERSTICK, AS WELL AS A PHLEBOTOMIST TO DO THE VENOUS DRAW

01:30PM  22      SINCE PHARMACY TECHNICIANS COULD NOT DO THAT IN THEIR SCOPE OF

01:30PM  23      PRACTICE.

01:30PM  24      Q.   RIGHT.  AND WHEN YOU HAD A PHLEBOTOMIST IN THE STORE FOR

01:30PM  25      THAT PURPOSE, THERE WAS A COST TO THAT; RIGHT?

01:30PM   1    A.   THERE WAS A COST TO THAT, YES.

01:30PM   2    Q.   AND SOMEBODY HAD TO PAY THE PERSON TO BE THERE; RIGHT?

01:30PM   3    A.   THAT'S CORRECT.

01:30PM   4    Q.   AND SOMETIMES, YOU KNOW, YOU WOULD HAVE TO, YOU KNOW, FIND

01:30PM   5    PEOPLE WHO WERE TRAINED THAT YOU COULD EVEN HIRE FROM AN

01:30PM   6    EMPLOYMENT STANDPOINT; RIGHT?

01:30PM   7    A.   YEAH.  PHLEBOTOMISTS WERE DIFFICULT TO FIND AT THE TIME.

01:30PM   8    Q.   RIGHT.  NOW, INITIALLY WHEN WALGREENS STARTED COLLECTING

01:30PM   9    BLOOD IN ITS STORES IN ARIZONA, AND ONE HERE IN THE BAY AREA,

01:30PM  10    INITIALLY THERANOS PAID FOR THOSE PHLEBOTOMISTS; IS THAT

01:31PM  11    CORRECT?

01:31PM  12    A.   THAT'S CORRECT.

01:31PM  13    Q.   BUT IT WAS ALSO CONTEMPLATED THAT THAT WAS ONLY FOR

01:31PM  14    PURPOSES OF THE INITIAL PHASE OR THE PILOT; CORRECT?

01:31PM  15    A.   CORRECT.

01:31PM  16         THE PHLEBOTOMISTS WERE THERE BECAUSE THE VENOUS DRAWS

01:31PM  17    CONTINUED TO EXIST, SO WE NEEDED TO HAVE A LICENSED

01:31PM  18    PRACTITIONER AS A PHLEBOTOMIST TO ACTUALLY TO DO THAT.  THE

01:31PM  19    PHARMACY TECHNICIAN COULDN'T DO THAT.

01:31PM  20         ONCE THOSE VENOUS DRAWS WOULD DISAPPEAR, THERE WOULD BE NO

01:31PM  21    LONGER NEEDED A PHLEBOTOMIST IN THE STORES.

01:31PM  22    Q.   AND THEREFORE, YOU WOULDN'T HAVE THAT COST TO PAY A

01:31PM  23    PHLEBOTOMIST; RIGHT?

01:31PM  24    A.   THAT'S RIGHT.  THAT'S RIGHT.

01:31PM  25    Q.   BUT MY QUESTION WAS A LITTLE DIFFERENT, AND LET ME SEE IF

JHAVERI CROSS BY MR. COOPERSMITH

01:31PM 1      I CAN ASK IT CORRECTLY.

01:31PM 2           SO AS LONG AS THERE WERE PHLEBOTOMISTS IN THE STORES,

01:31PM 3      INITIALLY THERANOS WAS PAYING THOSE PHLEBOTOMISTS TO BE THERE

01:31PM 4      IN THE ARIZONA STORES; CORRECT?

01:31PM 5      A.   YES.

01:31PM 6      Q.   BUT YOU UNDERSTOOD THAT EVENTUALLY IF AND WHEN THE

01:31PM 7      PARTNERSHIP EXPANDED TO MORE STORES, THAT COST WOULD BE BORNE

01:32PM 8      BY WALGREENS AS OPPOSED TO THERANOS?

01:32PM 9      A.   I DON'T REMEMBER WHAT THE AGREEMENT WAS, BUT I THINK THAT

01:32PM 10     WAS PART OF THE DISCUSSION.

01:32PM 11     Q.   RIGHT.  AND THIS WAS A CONCERN TO YOU AND YOUR TEAM AT

01:32PM 12     WALGREENS THAT YOU, AS THE STORES EXPANDED, MIGHT HAVE TO TAKE

01:32PM 13     ON THE COST OF PUTTING PHLEBOTOMISTS IN THE STORES; RIGHT?

01:32PM 14     A.   IT WAS A CONCERN TO BOTH THERANOS AND WALGREENS, BECAUSE

01:32PM 15     THE MODEL THAT WE WERE DEVELOPING CONTEMPLATED LOW COST,

01:32PM 16     CONTEMPLATED FINGERSTICK, IT CONTEMPLATED FAST AND QUICK

01:32PM 17     RESULTS, AND SO HAVING A PHLEBOTOMIST AT SITE STARTS TO BREAK

01:32PM 18     DOWN ON A COUPLE OF THOSE POINTS, WHICH IS COST AND

01:32PM 19     FINGERSTICK.

01:32PM 20          SO IT WAS GOOD FOR BOTH THERANOS AND WALGREENS TO NOT HAVE

01:32PM 21     PHLEBOTOMISTS AT THE LOCATIONS.

01:32PM 22     Q.   RIGHT.  BUT IT IS ESPECIALLY A PROBLEM FOR WALGREENS

01:32PM 23     HAVING TO PAY FOR THE PHLEBOTOMISTS?

01:32PM 24     A.   YES.

01:32PM 25               THE COURT:  FOLKS, WHY DON'T YOU STAND AND STRETCH

01:33PM  1    FOR A MINUTE WHILE WE MOVE TO THE NEXT EXHIBIT.

01:33PM  2         (STRETCHING.)

01:33PM  3              THE COURT:  MR. COOPERSMITH.

01:33PM  4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:33PM  5    Q.   MR. JHAVERI, IF YOU CAN GO TO ANOTHER EXHIBIT,

01:33PM  6    EXHIBIT 20432?

01:33PM  7    A.   20432?

01:33PM  8    Q.   YES.

01:33PM  9    A.   IT MIGHT BE IN THE OTHER.

01:34PM  10   Q.   I'M SORRY?

01:34PM  11   A.   IT'S NOT IN THIS BINDER.

01:34PM  12              MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

01:34PM  13              THE COURT:  YES.

01:34PM  14        IT SHOULD BE IN THE BACK.

01:34PM  15              THE WITNESS:  IT'S IN THE BACK, YES.  THANK YOU.

01:34PM  16   BY MR. COOPERSMITH:

01:34PM  17   Q.   OKAY.  MR. JHAVERI, YOU NOW HAVE 20432 IN FRONT OF YOU?

01:34PM  18   A.   YES, I DO.

01:34PM  19   Q.   AND 20432 IS ANOTHER PRESS RELEASE.

01:34PM  20        DO YOU SEE THAT?

01:34PM  21   A.   YES.

01:34PM  22   Q.   AND IT'S ISSUED BY WALGREENS AND THERANOS?

01:34PM  23   A.   YES, IT IS.

01:34PM  24   Q.   AND IT RELATES TO THE PROGRAM TO HAVE BLOOD TESTS

01:34PM  25   COLLECTED IN WALGREENS STORES WITH THERANOS RUNNING THE LAB

01:34PM   1    SERVICES?

01:34PM   2    A.   YES.

01:34PM   3              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20432.

01:35PM   4              MR. SCHENK:  NO OBJECTION.

01:35PM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:35PM   6         (DEFENDANT'S EXHIBIT 20432 WAS RECEIVED IN EVIDENCE.)

01:35PM   7    BY MR. COOPERSMITH:

01:35PM   8    Q.   MR. JHAVERI, LOOKING AT THIS, THIS IS DATED NOVEMBER 13TH,

01:35PM   9    2013.

01:35PM  10         DO YOU SEE THAT?

01:35PM  11    A.   YES, I DO.

01:35PM  12    Q.   AND IF YOU GO TO THE TOP, YOU SEE IT'S SOURCE

01:35PM  13    WWW.WALGREENS.COM?

01:35PM  14    A.   YES.

01:35PM  15    Q.   IS THAT WALGREENS'S WEBSITE?

01:35PM  16    A.   IT IS.

01:35PM  17    Q.   AND SO WAS THIS POSTED ON WALGREENS'S WEBSITE?

01:35PM  18    A.   YES.

01:35PM  19    Q.   AND THEN IF YOU GO DOWN -- WELL, LET'S JUST START FROM THE

01:35PM  20    FIRST PARAGRAPH JUST TO GET ORIENTED HERE.

01:35PM  21         IT SAYS "PHOENIX, NOVEMBER 13TH, 2013 -- THERANOS, INC.,

01:35PM  22    AND WALGREENS," THEN IT HAS THE STOCK TICKER NUMBERS, LETTERS,

01:35PM  23    "TODAY CELEBRATE THE OPENING OF NEW THERANOS WELLNESS CENTERS

01:35PM  24    LOCATED IN THE WALGREENS STORES IN THE PHOENIX METROPOLITAN

01:35PM  25    AREA."

01:35PM  1           DO YOU SEE THAT?

01:35PM  2   A.   YES.

01:35PM  3   Q.   AND SO THIS WAS THE ANNOUNCEMENT OF WHEN THE FIRST OF

01:36PM  4   THOSE EVENTUALLY 40 PHOENIX STORES OPENING?

01:36PM  5   A.   YES, THAT'S RIGHT.

01:36PM  6   Q.   AND IF YOU GO TO THE SECOND PARAGRAPH OF THE EXHIBIT, AND

01:36PM  7   THERE'S A SENTENCE THAT IS THE SECOND SENTENCE OF THE SECOND

01:36PM  8   PARAGRAPH AND IT READS, "THE MICRO-SAMPLES, COLLECTED BY

01:36PM  9   CERTIFIED PHLEBOTOMISTS, OR TRAINED WALGREENS TECHNICIANS, ARE

01:36PM  10  TAKEN FROM EITHER A TINY FINGERSTICK OR TRADITIONAL METHOD,

01:36PM  11  ELIMINATING THE NEED FOR LARGE NEEDLES AND NUMEROUS VIALS OF

01:36PM  12  BLOOD TYPICALLY REQUIRED FOR DIAGNOSTIC LAB TESTING."

01:36PM  13          DO YOU SEE THAT?

01:36PM  14  A.   YES, I DO.

01:36PM  15  Q.   AND THE TRADITIONAL METHODS ARE THE VENOUS DRAWS; RIGHT?

01:36PM  16  A.   THAT'S CORRECT.

01:36PM  17  Q.   AND FOR THIS TO GO ON WALGREENS'S WEBSITE, THIS HAD TO BE

01:36PM  18  APPROVED BY WALGREENS?

01:36PM  19  A.   CORRECT.

01:36PM  20  Q.   NOTHING GOES ON WALGREENS'S WEBSITE WITHOUT PEOPLE AT

01:36PM  21  WALGREENS APPROVING IT; RIGHT?

01:36PM  22  A.   WITH THE APPROPRIATE PEOPLE APPROVING IT, CORRECT.

01:36PM  23  Q.   OKAY.  ONE OF THE GOALS THAT WE, I THINK, MENTIONED

01:37PM  24  EARLIER IS THAT PRICE TRANSPARENCY AND LOWER PRICES WERE PART

01:37PM  25  OF THE PROGRAM THAT YOU WERE WORKING ON WITH THERANOS?

01:37PM   1    A.   YES.

01:37PM   2    Q.   OKAY.  THERE'S AN EXHIBIT THAT IS ALREADY IN EVIDENCE I'D

01:37PM   3    LIKE TO PUBLISH, YOUR HONOR.  IT'S EXHIBIT 3741A?

01:37PM   4         THE COURT:  3741A?

01:37PM   5         MR. COOPERSMITH:  YES, YOUR HONOR.

01:37PM   6         THE COURT:  YES, YOU MAY PUBLISH IT.

01:37PM   7    BY MR. COOPERSMITH:

01:37PM   8    Q.   MR. JHAVERI, THIS IS A PORTION OF THE THERANOS WEBSITE

01:37PM   9    WITH SOME TEST MENUS, AND YOU SEE THAT THERE ARE PRICES LISTED

01:37PM  10    NEXT TO THE VARIOUS ASSAYS ON THE PAGE?

01:37PM  11    A.   I DO.

01:37PM  12    Q.   AND IS THIS THE PART YOU WERE TALKING ABOUT WHERE THE

01:37PM  13    PRICE WOULD BE POSTED SO PEOPLE KNOW WHAT THE PRICES WERE, AND

01:37PM  14    THE HOPE WAS AT LEAST THERE WOULD BE LOWER PRICES?

01:38PM  15    A.   THAT'S RIGHT, FOR THOSE CASH PAYING CUSTOMERS.

01:38PM  16    Q.   RIGHT.

01:38PM  17    A.   RIGHT.

01:38PM  18    Q.   AND YOU UNDERSTOOD THAT WHEN THERANOS WAS ACTUALLY RUNNING

01:38PM  19    THIS PROGRAM WITH WALGREENS, THE PRICES WERE, IN FACT, LOWER

01:38PM  20    THAN TRADITIONAL LABS; IS THAT RIGHT?

01:38PM  21    A.   THAT'S RIGHT.

01:38PM  22    Q.   IF WE CAN TURN TO A NEW EXHIBIT, 10083.

01:38PM  23         THE COURT:  1083?

01:39PM  24         MR. COOPERSMITH:  YES, YOUR HONOR.

01:39PM  25    Q.   MR. JHAVERI, LOOKING AT EXHIBIT 10083 --

01:39PM   1                    THE COURT:  1083?

01:39PM   2                    MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  IT'S 1083.

01:39PM   3                    THE WITNESS:  LET ME JUST REVIEW IT, IF YOU DON'T

01:39PM   4    MIND, PLEASE.

01:39PM   5              (PAUSE IN PROCEEDINGS.)

01:39PM   6                    THE WITNESS:  I DON'T RECALL THE EXACT DOCUMENT.  I

01:39PM   7    DO RECALL SOME OF THE POINTS MADE IN THE DOCUMENT.

01:40PM   8                    MR. COOPERSMITH:  OKAY.

01:40PM   9    Q.   IN THAT CASE, I THINK WE CAN JUST MOVE ON TO ANOTHER

01:40PM  10    EXHIBIT.  EXHIBIT 1387, THIS IS ALREADY IN EVIDENCE.

01:40PM  11         THIS IS THE AMENDED AND RESTATED THERANOS MASTER SERVICE

01:40PM  12    AGREEMENT BY LETTER.

01:40PM  13         DO YOU SEE THAT?

01:40PM  14    A.   YES, SIR.

01:40PM  15    Q.   SO THIS WAS ANOTHER AMENDMENT TO THE AGREEMENT BETWEEN

01:40PM  16    WALGREENS AND THERANOS; IS THAT CORRECT?

01:40PM  17    A.   YES.

01:40PM  18    Q.   AND THIS WAS AFTER THE LAUNCH ACTUALLY OCCURRED; IS THAT

01:40PM  19    CORRECT?

01:40PM  20    A.   YES, THAT'S CORRECT.

01:40PM  21    Q.   OKAY.  AND IF YOU LOOK AT THE FIRST -- THE SECOND FULL

01:40PM  22    PARAGRAPH, IT SAYS, "IT IS THE INTENTION OF THE PARTIES TO

01:41PM  23    DEVELOP A MUTUALLY BENEFICIAL STRATEGIC RELATIONSHIP THAT

01:41PM  24    FACILITATES THE SUCCESSFUL DEPLOYMENT OF THERANOS NATIONALLY,

01:41PM  25    ESTABLISHES WALGREENS AS THE NATIONAL PARTNER FOR LABORATORY

01:41PM  1    SERVICES THAT THERANOS IS ABLE TO PROVIDE, AND THERANOS AS

01:41PM  2    WALGREENS NATIONAL PARTNER FOR SUCH THERANOS SERVICES."

01:41PM  3        DO YOU SEE THAT?

01:41PM  4    A.   YES, SIR.

01:41PM  5    Q.   AND THAT WAS THE GOAL, TO DEVELOP A RELATIONSHIP THAT

01:41PM  6    WOULD RESULT IN A NATIONAL ROLLOUT OF A PARTNERSHIP BETWEEN

01:41PM  7    THERANOS AND WALGREENS?

01:41PM  8    A.   YES, THAT WAS THE GOAL.

01:41PM  9    Q.   AND IF YOU GO TO THE NEXT PAGE, PAGE 2, AND THERE'S

01:41PM 10    ACTUALLY A SECTION CALLED NATIONAL ROLLOUT; NEW MARKET ENTRY.

01:41PM 11        DO YOU SEE THAT?

01:41PM 12    A.   YES.

01:41PM 13    Q.   AND IT SAYS, "THE PARTIES SHALL WORK TOGETHER TO DEVELOP A

01:41PM 14    FORECAST THAT DETAILS THE ANTICIPATED ROLLOUT DATES FOR

01:41PM 15    THERANOS SERVICES IN INDIVIDUAL U.S. STATES/TERRITORIES."

01:41PM 16        DO YOU SEE THAT?

01:41PM 17    A.   I DO.

01:41PM 18    Q.   AND IT GOES ON.

01:42PM 19        "THE PARTIES ARE COMMITTED TO TAKING ALL STEPS REASONABLY

01:42PM 20    NECESSARY TO ENSURE A SUCCESSFUL NATIONAL ROLLOUT OF THE

01:42PM 21    THERANOS SERVICES, AND AGREE THAT A QUALITY STORE AND PATIENT

01:42PM 22    EXPERIENCE IS AN IMPORTANT COMPONENT OF THIS SUCCESS AS PATIENT

01:42PM 23    ADOPTION AND ACCEPTANCE OF THERANOS'S LABORATORY SERVICES WILL

01:42PM 24    BE HIGHLY IMPACTED BY THE PATIENT EXPERIENCE."

01:42PM 25        DO YOU SEE THAT?

JHAVERI CROSS BY MR. COOPERSMITH

01:42PM  1    A.   I DO.

01:42PM  2    Q.   AND PART OF THE PATIENT EXPERIENCE WAS THAT RATING YOU

01:42PM  3    DESCRIBED WHEN YOU WERE TALKING TO MR. SCHENK, THAT 1 TO 5

01:42PM  4    RATING, THAT'S PART OF THE PATIENT EXPERIENCE METRIC; IS THAT

01:42PM  5    RIGHT?

01:42PM  6    A.   YES.

01:42PM  7    Q.   AND IN TERMS OF THE GOALS THAT ARE STATED HERE IN THIS

01:42PM  8    CONTRACT, THAT IS WHAT YOU AND YOUR TEAM AT WALGREENS WERE

01:42PM  9    WORKING TOWARDS WHILE YOU WERE ON THIS PROJECT WITH MR. BALWANI

01:42PM  10   AND THERANOS?  YOU WERE TRYING TO DO EVERYTHING YOU COULD TO

01:42PM  11   CREATE A SUCCESSFUL NATIONAL ROLLOUT.  THAT'S WHAT YOUR GOAL

01:42PM  12   WAS; RIGHT?

01:42PM  13   A.   THAT'S CORRECT.

01:42PM  14   Q.   IF YOU GO DOWN TO THE NEXT PARAGRAPH, THERE'S A SECTION

01:42PM  15   CALLED EXCLUSIVITY.

01:43PM  16   A.   YES.

01:43PM  17   Q.   AND THEN THAT SAYS TO START WITH, "AS DETAILED BELOW,

01:43PM  18   WALGREENS IS WILLING TO COMMIT TO A HIGHER LEVEL OF BUILD OUT

01:43PM  19   WITH RESPECT TO ITS STORES IN ORDER TO PROVIDE SERVICES TO

01:43PM  20   THERANOS.  THE PARTIES' EXPECTATION IS THAT THE MAJORITY OF

01:43PM  21   THERANOS SPACE WILL BE GOLD OR SILVER SPACE WITH NO MORE THAN

01:43PM  22   20 PERCENT BRONZE SPACES AND MINIMUM 40 PERCENT GOLD SPACE."

01:43PM  23        DO YOU SEE THAT?

01:43PM  24   A.   I DO.

01:43PM  25   Q.   AND SO YOU RECALL THAT THERE WERE STORES LABELLED BY

01:43PM  1    THERANOS AND WALGREENS AS GOLD AND SILVER AND BRONZE STORES?

01:43PM  2    A.    YES.    THIS WAS PART OF THE DESIGN OF THE STORE, AN

01:43PM  3    EXPERIENCE THAT WE WOULD CREATE.

01:43PM  4         AGAIN, AS I MENTIONED EARLIER, IT WAS PRUDENT FOR BOTH

01:43PM  5    ORGANIZATIONS TO MAKE SURE THAT WE COULD MINIMIZE COSTS,

01:43PM  6    UNNECESSARY COSTS, WE COULD CREATE A GREAT EXPERIENCE ACROSS

01:43PM  7    ALL OF THESE STORES, AND SO WE DIVIDED WHAT POTENTIALLY THE

01:43PM  8    MAKEUP OF THE STORES WOULD LOOK LIKE, 40 PERCENT BEING GOLD,

01:44PM  9    AND SO ON AND SO FORTH.

01:44PM 10         AND THE IDEA HERE WAS THAT THE GOLD STORES WOULD HAVE A

01:44PM 11    LARGER SPACE.    THE SPACE WOULD LOOK A LITTLE DIFFERENT, SORT OF

01:44PM 12    A MORE ADVANCED LOOK, AND IT WOULD BE POTENTIALLY IN A 24-HOUR

01:44PM 13    LOCATION.

01:44PM 14         SO, AGAIN, THE IDEA HERE WAS TO TAKE OUR ENTIRE FLEET OF

01:44PM 15    STORES AND TO MAKE SURE THAT WE HAVE SERVICES THAT WE COULD

01:44PM 16    RENDER THROUGHOUT THAT FLEET, WHILE ALSO MINIMIZING COSTS,

01:44PM 17    WHILE ALSO MINIMIZING DISRUPTION TO THE STORES, AND THEN, OF

01:44PM 18    COURSE, ALSO CONSIDERING THAT NOT ALL STORES ARE EXACTLY THE

01:44PM 19    SAME SIZE.

01:44PM 20         SO THAT WAS THE WHOLE PURPOSE FOR THIS.

01:44PM 21    Q.    OKAY.    THANK YOU.

01:44PM 22         AND THE GOLD STORES, THOUGH, THAT WOULD BE THE HIGHEST

01:44PM 23    LEVEL OF BUILD OUT THAT WOULD BE PART OF THE PROGRAM; IS THAT

01:44PM 24    RIGHT?

01:44PM 25    A.    THAT'S RIGHT.

01:44PM   1    Q.   OKAY.  AND THE GOLD STORES WOULD HAVE SPACE DEDICATED TO

01:44PM   2    THERANOS LAB SERVICES AND ALSO INCLUDE A BATHROOM; IS THAT

01:45PM   3    RIGHT?

01:45PM   4    A.   THAT'S RIGHT.

01:45PM   5    Q.   AND HAVING A BATHROOM WAS IMPORTANT BECAUSE SOMETIMES

01:45PM   6    PATIENTS GAVE URINE SAMPLES; RIGHT?

01:45PM   7    A.   THAT'S CORRECT.  IT WAS SET UP FOR ANY TYPE OF OTHER

01:45PM   8    SAMPLES, URINE, FECES, SPUTUM, THINGS OF THAT NATURE.

01:45PM   9         SO HAVING A BATHROOM THAT WAS CONNECTED TO THE SPACE WHERE

01:45PM  10    WE WOULD TAKE THE LAB -- THE BLOOD SAMPLE WAS VERY CONVENIENT

01:45PM  11    FOR THE PATIENT, AND IT ALSO EXPANDED THE SERVICES THAT WE WERE

01:45PM  12    ABLE TO PROVIDE, THAT THERANOS WAS ABLE TO PROVIDE IN THAT

01:45PM  13    PARTICULAR STORE.

01:45PM  14    Q.   AND THE GOLD STORE LEVEL, SO THAT WOULD BE TWO DEDICATED

01:45PM  15    ROOMS.  IT WOULD BE A ROOM FOR THE BLOOD COLLECTION ITSELF

01:45PM  16    DEDICATED TO THERANOS, AND ALSO A BATHROOM THAT WOULD HAVE TO

01:45PM  17    BE CONSTRUCTED; RIGHT?

01:45PM  18    A.   YES.

01:45PM  19    Q.   AND THEN OTHER STORES, LIKE THE SILVER AND BRONZE STORES,

01:45PM  20    IT WOULD MAKE USE OF AN EXISTING BATHROOM IN THE STORES, FOR

01:45PM  21    EXAMPLE?

01:45PM  22    A.   THAT'S CORRECT.

01:45PM  23         SO WHAT WE DID IN THOSE PARTICULAR -- THOSE OTHER

01:45PM  24    LOCATIONS IS ALL OF THE STORES HAVE THEIR OWN BATHROOMS FOR

01:45PM  25    EMPLOYEE USE OR CUSTOMER USE OR PATIENT USE.

01:46PM   1          WE WOULD TAKE THOSE EXISTING BATHROOMS AND INCORPORATE

01:46PM   2     THAT INTO THE WORKFLOW FOR THOSE PARTICULAR LOCATIONS, AND

01:46PM   3     THAT'S HOW WE, AGAIN, MINIMIZED COSTS, AT THE SAME TIME STILL

01:46PM   4     CREATING A GOOD EXPERIENCE.

01:46PM   5     Q.   OKAY.  AND THEN THERE WERE OTHER STORES WHERE THE THERANOS

01:46PM   6     BLOOD COLLECTION SITE WOULD BE A SHARED SPACE WITH ANOTHER

01:46PM   7     SERVICE THAT WALGREENS WAS PROVIDING?

01:46PM   8     A.   THAT'S RIGHT.

01:46PM   9     Q.   SO, FOR EXAMPLE, WALGREENS OPERATED STORES THAT WERE KNOWN

01:46PM  10     AS HCC; IS THAT RIGHT?

01:46PM  11     A.   HEALTH CARE CLINICS.

01:46PM  12     Q.   HCC STAND FORWARD HEALTH CARE CLINICS?

01:46PM  13     A.   THAT'S CORRECT.

01:46PM  14     Q.   OKAY.  SO WALGREENS HAD THESE CERTAIN STORES THAT HAD

01:46PM  15     HEALTH CARE CLINICS IN THE STORES?

01:46PM  16     A.   YEAH.  THESE HEALTH CARE CLINICS, JUST TO CLARIFY WHAT

01:46PM  17     THEY ARE, THESE WERE A NURSE PRACTITIONER DRIVEN LOCATIONS

01:46PM  18     WHERE YOU COULD GET YOUR BASIC PRIMARY CARE SERVICES, AND SO

01:46PM  19     THEY WERE CALLED HEALTH CARE CLINICS.

01:46PM  20     Q.   OKAY.  AND THEN WE TALKED EARLIER ABOUT THE WELL

01:46PM  21     EXPERIENCE STORES.  THOSE WERE STORES THAT MIGHT HAVE A ROOM

01:47PM  22     THAT COULD BE USED AS A BLOOD COLLECTION SITE, AMONG OTHER

01:47PM  23     THINGS?

01:47PM  24     A.   THAT'S RIGHT.

01:47PM  25     Q.   OKAY.  BUT THOSE WOULDN'T NECESSARILY BE GOLD STORES;

01:47PM 1    CORRECT?

01:47PM 2    A.   NO.   ANY STORE COULD BE A GOLD STORE.   WE JUST NEEDED TO

01:47PM 3    MAKE SURE THAT IT MET ALL OF THE CRITERIA BOTH FROM A THERANOS

01:47PM 4    PERSPECTIVE AS WELL AS FROM A WALGREENS PERSPECTIVE.

01:47PM 5        AGAIN, THE BIGGEST CRITERIA FOR THE GOLD STORES WAS HAVING

01:47PM 6    THE SPACE TO PUT TWO ROOMS NEXT TO THE PHARMACY.

01:47PM 7        SO IF THE STORE DID NOT HAVE THE ABILITY TO DO THAT, EVEN

01:47PM 8    IF IT WAS A WELL EXPERIENCE STORE, WE WOULD BE UNABLE TO DO

01:47PM 9    THAT.

01:47PM 10       SO IT DOESN'T -- IT'S NOT NECESSARILY THAT ONE STORE OVER

01:47PM 11   ANOTHER IS ALWAYS GOING TO BE -- SO EVERY 24-HOUR STORE IS

01:47PM 12   GOING TO BE A GOLD STORE.   THAT'S NOT THE CASE.

01:47PM 13       WE LOOKED AT THE ENTIRE FLEET AND MADE SURE THAT IT MET

01:47PM 14   THE CRITERIA TO BE A GOLD STORE, A BRONZE STORE, AND THEN

01:47PM 15   SUBSEQUENTLY A SILVER STORE.

01:47PM 16   Q.   OKAY.   WITH THE SPACES THAT WERE BUILT OUT THAT WERE GOLD

01:48PM 17   STORES, SOME OF THOSE WOULD ACTUALLY HAVE THERANOS BRANDING

01:48PM 18   LIKE ON THE LITTLE SPACE INSIDE OF THE WALGREENS STORE THAT WAS

01:48PM 19   THE THERANOS OPERATION; RIGHT?

01:48PM 20   A.   CORRECT.   BECAUSE KEEP IN MIND THE GOLD STORES WERE

01:48PM 21   DEDICATED SPACE, RIGHT?   SO IT WAS A THERANOS SPACE IN THE

01:48PM 22   BATHROOM.   SO IN THOSE PARTICULAR LOCATIONS WE DID PUT

01:48PM 23   BRANDING, THE THERANOS BRANDING RIGHT ON THE OUTSIDE OF THE

01:48PM 24   DOOR.

01:48PM 25   Q.   RIGHT.   SO IF SOMEONE WENT TO THAT PART OF THE WALGREENS

01:48PM  1    STORE, EVEN THOUGH THEY WERE IN A WALGREENS STORE, THEY WOULD

01:48PM  2    SEE A SIGNAGE THAT SAID THERANOS WELLNESS CENTER OR SOMETHING

01:48PM  3    LIKE THAT?

01:48PM  4    A.   CORRECT, CORRECT.

01:48PM  5    Q.   OKAY.  AND FOR OTHER STORES THAT WERE USING -- YOU KNOW,

01:48PM  6    COLLECTING BLOOD IN A WELL EXPERIENCE STORE OR A HEALTH CARE

01:48PM  7    CLINIC, THEY WOULDN'T NECESSARILY HAVE THAT BRANDING; RIGHT?

01:48PM  8    A.   NO.  ALL OF THE STORES STILL HAD BRANDING THAT SHOWED THAT

01:48PM  9    WE OFFERED THERANOS SERVICES IN THOSE LOCATIONS.

01:48PM 10         AGAIN, IF WE DIDN'T HAVE ANY BRANDING, NO PATIENTS WOULD

01:49PM 11    KNOW THAT WE ACTUALLY OFFERED THAT SERVICE.

01:49PM 12         SO EVERY STORE HAD SOME LEVEL OF BRANDING.  IT MAY NOT BE

01:49PM 13    THE EXACT BRANDING, BUT EVERY STORE HAD SIGNAGE IN THE FRONT OF

01:49PM 14    THE STORE AND SIGNAGE IN THE BACK BY THE PHARMACY, AND IF THE

01:49PM 15    SPACE WAS AVAILABLE, WE WOULD HAVE ADDITIONAL THERANOS BRANDING

01:49PM 16    ON TOP OF THAT.

01:49PM 17    Q.   BUT FOR THOSE NON-GOLD STORES, THERE WOULDN'T BE A

01:49PM 18    DEDICATED SPACE BUILT OUT JUST FOR THERANOS?

01:49PM 19    A.   NO.  THAT WAS THE WHOLE POINT OF THE GOLD, SILVER, AND

01:49PM 20    BRONZE.

01:49PM 21    Q.   OKAY.  LET'S GO TO EXHIBIT 1673 IN YOUR BINDER.

01:49PM 22         THIS IS AN EMAIL FROM APRIL 15TH, 2014, FROM YOURSELF; IS

01:50PM 23    THAT RIGHT?

01:50PM 24    A.   YES.

01:50PM 25    Q.   AND IT'S TO A PRETTY LARGE GROUP OF PEOPLE.

01:50PM   1            DO YOU SEE THAT?

01:50PM   2   A.    YES.

01:50PM   3   Q.    ONE OF THEM IS SOMEONE NAMED KERMIT CRAWFORD.

01:50PM   4            DO YOU SEE THAT?

01:50PM   5   A.    YES.

01:50PM   6   Q.    AND WHO IS THAT?

01:50PM   7   A.    KERMIT CRAWFORD WAS PRESIDENT AT THE TIME OF THE PHARMACY

01:50PM   8   AREA.

01:50PM   9   Q.    DO YOU RECALL A TIME THAT MR. CRAWFORD GOT A THERANOS

01:50PM  10   BLOOD TEST?

01:50PM  11   A.    I DON'T.

01:50PM  12   Q.    OKAY.  YOU DON'T HAVE A MEMORY?

01:50PM  13   A.    I DON'T REMEMBER HIM GETTING A BLOOD TEST.

01:50PM  14   Q.    OKAY.  ANYWAY, DOES THIS EMAIL RELATE TO THE OPENING OF

01:50PM  15   STORES IN PHOENIX?

01:50PM  16   A.    YES.  IT'S THE ANNOUNCEMENT FOR THE EIGHT ADDITIONAL

01:50PM  17   STORES THAT WE HAD JUST OPENED.

01:50PM  18   Q.    AND WAS THIS AN EMAIL INTERNAL TO WALGREENS?

01:50PM  19   A.    YES, IT WAS.

01:50PM  20   Q.    AND DID YOU USE EMAIL WITHIN WALGREENS TO COMMUNICATE WITH

01:50PM  21   YOUR COLLEAGUES ABOUT DIFFERENT PROGRAMS THAT WALGREENS HAD?

01:50PM  22   A.    YES.

01:50PM  23   Q.    AND INCLUDING THE THERANOS PROGRAM?

01:50PM  24   A.    YES, WE DID.

01:50PM  25   Q.    AND WOULD IT BE NECESSARY FOR YOU AND YOUR COLLEAGUES WHEN

01:51PM  1    YOU COMMUNICATED BY EMAIL TO MAKE SURE THAT YOU WERE

01:51PM  2    COMMUNICATING ACCURATE INFORMATION?

01:51PM  3    A.   YES.

01:51PM  4    Q.   AND WAS THERE A SYSTEM AT WALGREENS TO STORE EMAILS SO

01:51PM  5    THAT IF SOMEONE NEEDED TO REFER BACK TO SOMETHING, THEY COULD

01:51PM  6    DO THAT?

01:51PM  7    A.   YES.  AND I DON'T KNOW THE EXACT POLICY THAT WAS IN PLACE

01:51PM  8    AT THE TIME FOR RETENTION OF EMAILS, BUT, YES.

01:51PM  9    Q.   WHILE THEY WERE RETAINED, SOMEONE COULD REFER BACK TO

01:51PM 10    THEM?

01:51PM 11    A.   CORRECT.

01:51PM 12    Q.   TO GET THE INFORMATION THAT WAS COMMUNICATED IN THE EMAIL?

01:51PM 13    A.   THAT'S CORRECT.

01:51PM 14         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 1673.

01:51PM 15         MR. SCHENK:  YOUR HONOR, I'M NOT SURE -- NO

01:51PM 16    OBJECTION.

01:51PM 17         I'M NOT SURE IT MATTERS, BUT IT GOES BOTH TO MS. HOLMES

01:51PM 18    AND MR. BALWANI.

01:51PM 19         I DON'T THINK IT'S INTERNAL.

01:51PM 20         THE COURT:  I'LL ADMIT IT, AND IT MAY BE PUBLISHED.

01:51PM 21    (GOVERNMENT'S EXHIBIT 1673 WAS RECEIVED IN EVIDENCE.)

01:51PM 22         MR. COOPERSMITH:  AND I THANK MR. SCHENK FOR HIS

01:51PM 23    OBSERVATION, YOUR HONOR.  THAT IS THE CASE.

01:51PM 24    Q.   IF YOU GO TO PAGE 1, IT SAYS, "GOOD AFTERNOON FOLKS.

01:51PM 25         "IN SEPTEMBER 2013, THERANOS AND WALGREENS ANNOUNCED A

01:52PM  1    LONG-TERM PARTNERSHIP TO BRING THERANOS'S NEW LAB TESTING

01:52PM  2    SERVICE TO WALGREENS STORES NATIONWIDE."

01:52PM  3        DO YOU SEE THAT?

01:52PM  4    A.   YES.

01:52PM  5    Q.   AND THEN IT SAYS, "THE FIRST THERANOS WELLNESS CENTER

01:52PM  6    OPENED THAT MONTH AT A WALGREENS IN PALO ALTO, WHERE THERANOS

01:52PM  7    IS HEADQUARTERED."

01:52PM  8        DO YOU SEE THAT?

01:52PM  9    A.   YES, I DO.

01:52PM 10    Q.   AND THEN IT SAYS, "WE THEN OPENED TWO ADDITIONAL LOCATIONS

01:52PM 11    IN THE PHOENIX METROPOLITAN AREA ON NOVEMBER 13TH, 2013."

01:52PM 12        DO YOU SEE THAT?

01:52PM 13    A.   YES.

01:52PM 14    Q.   AND THEN IT SAYS, "TODAY WE CELEBRATE THE EXPANSION OF

01:52PM 15    THERANOS WELLNESS CENTERS IN EIGHT ADDITIONAL STORES IN THE

01:52PM 16    PHOENIX METROPOLITAN AREA."

01:52PM 17        DO YOU SEE THAT?

01:52PM 18    A.   I DO.

01:52PM 19    Q.   AND THEN IT GOES ON, "THIS MARKS THE BEGINNING OF OUR

01:52PM 20    EXPANSION OF THERANOS WELLNESS CENTERS IN ARIZONA."

01:52PM 21        DO YOU SEE THAT?

01:52PM 22    A.   YES.

01:52PM 23    Q.   AND THEN IT GOES ON, "OUR PARTNER, THERANOS, HAS SUPPLIED

01:52PM 24    US WITH PHLEBOTOMISTS TO SUPPORT WALGREENS TECHNICIANS AS THEY

01:52PM 25    PERFORM LAB SERVICES."

01:52PM   1          DO YOU SEE THAT?

01:52PM   2     A.   YES.

01:52PM   3     Q.   AND WE TALKED ABOUT THIS BEFORE, BUT IT THERANOS THAT WAS

01:53PM   4     SUPPLYING THE PHLEBOTOMISTS AT THIS STAGE --

01:53PM   5               THE COURT:   IT WAS THERANOS THAT WAS PROVIDING

01:53PM   6     THE --

01:53PM   7               MR. COOPERSMITH:   YES, THANK YOU, YOUR HONOR.

01:53PM   8     Q.   JUST SO WE'RE CLEAR ON THE RECORD, AT THIS INITIAL STAGE,

01:53PM   9     IT WAS THERANOS THAT WAS PROVIDING THE PHLEBOTOMISTS?

01:53PM  10     A.   THAT'S CORRECT.

01:53PM  11     Q.   BUT THAT WOULD NOT ALWAYS BE THE CASE?

01:53PM  12     A.   THERE WAS DISCUSSION.   THERE WAS NO CONFIRMATION AS TO

01:53PM  13     WHAT WAS GOING TO BE THE GOING FORWARD PLAN.

01:53PM  14     Q.   BUT AFTER THIS INITIAL PHASE, THERANOS WAS NOT GOING TO BE

01:53PM  15     OBLIGATED UNLESS THERE WAS AN AGREEMENT TO PROVIDE

01:53PM  16     PHLEBOTOMISTS; RIGHT?

01:53PM  17     A.   RIGHT.   THE PHLEBOTOMISTS ARE -- AGAIN, JUST TO REITERATE,

01:53PM  18     THE PHLEBOTOMISTS WERE THERE PRIMARILY TO DO THE VENOUS DRAWS.

01:53PM  19     BECAUSE THE VENOUS DRAWS WERE STILL PRESENT IN THOSE LOCATIONS,

01:53PM  20     WE HAD TO HAVE PHLEBOTOMISTS.   THERANOS KNEW THAT.   WE KNEW

01:53PM  21     THAT.   AND THAT'S WHY WE PUT THOSE PHLEBOTOMISTS IN PLACE.

01:53PM  22     Q.   RIGHT.   AND THERE WERE STILL VENOUS DRAWS OR SOME LEVEL OF

01:53PM  23     VENOUS DRAWS, AT SOME POINT, WITHOUT SOME OTHER AGREEMENT WITH

01:54PM  24     THERANOS, WALGREENS MIGHT HAVE TO TAKE ON THAT COST; RIGHT?

01:54PM  25     A.   HYPOTHETICALLY, YES.

01:54PM   1    Q.   OKAY.  THEN IF YOU GO TO THE SECOND PAGE OF THE EXHIBIT,

01:54PM   2    THE LAST BULLET THERE READS, "FUTURE MARKET EXPANSION PLANS

01:54PM   3    OUTSIDE OUR NORTHERN CALIFORNIA OR PHOENIX MARKET.  ONLY

01:54PM   4    MENTION OUR RELATIONSHIP AND THAT THE COMPANIES PLAN TO OFFER

01:54PM   5    THE SERVICE AT WALGREENS LOCATIONS NATIONWIDE."

01:54PM   6         DO YOU SEE THAT?

01:54PM   7    A.   YES.

01:54PM   8    Q.   AND IT SAYS, "WE LOOK FORWARD TO EXPANDING IN THE PHOENIX

01:54PM   9    MARKET OVER THE NEXT FEW MONTHS AND PLAN TO EXPAND IN

01:54PM  10    ADDITIONAL MARKETS IN THE FUTURE."

01:54PM  11         DO YOU SEE THAT?

01:54PM  12    A.   YES.

01:54PM  13    Q.   AND THAT WAS WHAT YOUR GOAL WAS AT THE TIME YOU WROTE THIS

01:54PM  14    EMAIL?

01:54PM  15    A.   YES, ABSOLUTELY.  THE GOAL WAS TO EXPAND NATIONWIDE AND TO

01:54PM  16    FURTHER EXPAND BEYOND PHOENIX.

01:55PM  17         AGAIN, AS WE WERE MONITORING THE PILOT, WE WERE MONITORING

01:55PM  18    THE RESULTS AND THOSE DECISIONS WERE BEING MADE.

01:55PM  19    Q.   IF YOU GO TO -- THE NEXT EXHIBIT I WANT TO TALK ABOUT WITH

01:55PM  20    YOU IS 1708.  1708.

01:55PM  21         DO YOU SEE THIS IS AN EMAIL EXCHANGE BETWEEN YOU AND

01:55PM  22    MR. BALWANI ON MAY 6TH, 2014?

01:55PM  23    A.   YES, I DO.

01:55PM  24    Q.   AND IT CONCERNS DETAILS ABOUT VP VERSUS FS.

01:55PM  25         DO YOU SEE THAT?

01:55PM  1    A.   YES.

01:55PM  2    Q.   AND VP REFERS TO VENIPUNCTURE?

01:55PM  3    A.   CORRECT.

01:55PM  4    Q.   AND FS FINGERSTICK?

01:55PM  5    A.   YES.

01:55PM  6              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 1708.

01:56PM  7              MR. SCHENK:  NO OBJECTION.

01:56PM  8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:56PM  9         (GOVERNMENT'S EXHIBIT 1708 WAS RECEIVED IN EVIDENCE.)

01:56PM 10    BY MR. COOPERSMITH:

01:56PM 11    Q.   LET'S LOOK AT THE BOTTOM EMAIL BECAUSE THAT'S THE EARLIEST

01:56PM 12    IN TIME.

01:56PM 13         THIS IS FROM MR. BALWANI.

01:56PM 14         IT SAYS, "NIM,

01:56PM 15         "BEFORE WE COMMUNICATE AROUND VP/FS RATIO AND WHY IS THE

01:56PM 16    PERCENTAGE THE WAY IT IS ET CETERA TO THE FIELD, I WOULD LIKE

01:56PM 17    TO MAKE SURE WE ARE ON THE SAME PAGE ON WHAT TO COMMUNICATE."

01:56PM 18         DO YOU SEE THAT?

01:56PM 19    A.   I DO.

01:56PM 20    Q.   AND THEN IF YOU GO TO THE SECOND PARAGRAPH, IT SAYS, "ONE

01:56PM 21    THING I DIDN'T BRING UN," BUT MAYBE IT'S UP, "ON THE CALL (BUT

01:56PM 22    PERHAPS SHOULD HAVE) IS THAT WE DON'T HEAR DOCS OR PATIENTS

01:56PM 23    COMPLAINING ABOUT OUR VENIPUNCTURE PERCENTAGE BECAUSE THE

01:56PM 24    OVERALL VALUE OF OUR OFFERING IS SO MUCH HIGHER/BETTER THAN

01:56PM 25    ANYTHING IN THE MARKET."

01:56PM  1          DO YOU SEE THAT?

01:56PM  2     A.   I DO.

01:56PM  3     Q.   AND IT GOES ON, "I KNOW WAG TEAM CARES ABOUT REDUCING THIS

01:57PM  4     NUMBER SO WE CAN SCALE ACROSS THE NATION WITHOUT THE NEED FOR

01:57PM  5     PHLEBOTOMY AND WE AGREE WITH THAT.  HOWEVER, IN OUR OPINION,

01:57PM  6     THE FIELD SHOULD ONLY NEED TO KNOW THAT THIS RATIO VP/FS IS

01:57PM  7     GOING TO GO DOWN RAPIDLY AND NOT HOW."

01:57PM  8          DO YOU SEE THAT?

01:57PM  9     A.   YES, SIR.

01:57PM 10     Q.   AND YOU SEE MR. BALWANI IS TELLING YOU -- WELL, FIRST OF

01:57PM 11     ALL, THIS WAS ONE OF THE DISCUSSIONS YOU WERE HAVING WITH

01:57PM 12     MR. BALWANI ABOUT VENIPUNCTURE?

01:57PM 13     A.   YES.  WE COMMUNICATED OFTEN ABOUT THINGS LIKE THIS.

01:57PM 14     Q.   AND SOMETIMES ORALLY AND SOMETIMES BY EMAIL; CORRECT?

01:57PM 15     A.   CORRECT.

01:57PM 16     Q.   AND THIS HAPPENS TO BE AN EMAIL?

01:57PM 17     A.   THAT'S CORRECT.

01:57PM 18     Q.   AND HERE YOU SEE MR. BALWANI IS TELLING YOU THAT PATIENTS

01:57PM 19     AND DOCTORS ARE NOT COMPLAINING ABOUT VENIPUNCTURE PERCENTAGE.

01:57PM 20          DO YOU SEE THAT?

01:57PM 21     A.   I DO.

01:57PM 22     Q.   AND THEN HE ALSO SAYS THAT, IN HIS VIEW, THE OVERALL VALUE

01:57PM 23     OF OUR OFFERING IS SO MUCH HIGHER THAN ANYTHING IN THE MARKET.

01:57PM 24          DO YOU SEE THAT?

01:57PM 25     A.   YES, I DO.

01:57PM   1    Q.   YOU WRITE IN THE TOP EMAIL, "COMPLETELY UNDERSTAND AND

01:58PM   2    AGREE."

01:58PM   3    A.   YES.

01:58PM   4    Q.   "WE WILL NOT COMMUNICATE ANYTHING UNLESS YOU AND I BOTH

01:58PM   5    AGREE ON THE WHAT AND HOW OF THE COMMUNICATION.  DO NOT WORRY

01:58PM   6    MY FRIEND.  LET'S TOUCH BASE LATER THIS WEEK TO DEBRIEF ON THE

01:58PM   7    MEETING."

01:58PM   8         DO YOU SEE THAT?

01:58PM   9    A.   YES, I DO.

01:58PM  10    Q.   AND THIS IS THE SAME DAY AS ONE OF THOSE PARTNERSHIP

01:58PM  11    MEETINGS THAT YOU WERE TALKING ABOUT ON DIRECT EXAMINATION?

01:58PM  12    A.   I THINK IT WAS AN EXECUTIVE STEERING COMMITTEE MEETING

01:58PM  13    THAT DAY.

01:58PM  14    Q.   OKAY.  BUT IT'S THAT MEETING THAT IS BEING REFERRED TO?

01:58PM  15    A.   THAT'S RIGHT.

01:58PM  16    Q.   OKAY.  LET'S GO TO EXHIBIT 1711, WHICH IS ALREADY IN

01:59PM  17    EVIDENCE.

01:59PM  18         THIS IS THE MEETING YOU WERE TALKING ABOUT, THE EXECUTIVE

01:59PM  19    STEERING COMMITTEE?

01:59PM  20    A.   YES, IT IS.

01:59PM  21    Q.   AND IT WAS ON MAY 6TH, 2014?

01:59PM  22    A.   YES, SIR.

01:59PM  23    Q.   AND THE FIRST PAGE OF THIS EMAIL, AND IT'S FROM

01:59PM  24    PATTY HAWORTH, AND I THINK YOU TALKED ABOUT HER EARLIER; RIGHT?

01:59PM  25    A.   YES.

01:59PM  1    Q.   AND SHE WROTE, "SEE ATTACHED SLIDE DECK FOR THE DIAGNOSTIC

01:59PM  2    TESTING EXECUTIVE STEERING COMMITTEE MEETING TODAY."

01:59PM  3         DO YOU SEE THAT?

01:59PM  4    A.   YES.

01:59PM  5    Q.   AND MS. HAWORTH IS SOMEONE WORKED FOR WALGREENS?

01:59PM  6    A.   YES.

01:59PM  7    Q.   AND SHE WAS KEEPING THE MINUTES AND NOTES OF THESE

01:59PM  8    MEETINGS; RIGHT?

01:59PM  9    A.   YES, THAT'S CORRECT.

01:59PM  10   Q.   AND YOU KNEW HER TO DO SO ACCURATELY?

01:59PM  11   A.   YES.

01:59PM  12   Q.   AND THAT WAS THE GOAL FOR HER, RIGHT, TO MAKE SURE THE

01:59PM  13   MEETING MINUTES AND NOTES ACCURATELY REFLECTED WHAT ACTUALLY

01:59PM  14   HAPPENED AT THE MEETING; RIGHT?

01:59PM  15   A.   THAT'S CORRECT.

01:59PM  16   Q.   OKAY.  IF YOU GO TO PAGE 9, THIS HAS VARIOUS OPERATIONS

02:00PM  17   METRICS.

02:00PM  18        DO YOU SEE THAT?

02:00PM  19   A.   YES, I DO.

02:00PM  20   Q.   AND FOR -- I THINK YOU SAID ON DIRECT FOR THE AVERAGE

02:00PM  21   PATIENTS PER STORE PER DAY, THIS WAS ACTUALLY A VERY POSITIVE

02:00PM  22   DEVELOPMENT, GOING FROM .8 IN FEBRUARY TO 3.1 IN MAY?

02:00PM  23   A.   YES, THAT'S CORRECT.

02:00PM  24   Q.   AND THE AVERAGE CHECK IN TIME WAS MOVING IN A GOOD

02:00PM  25   DIRECTION?

02:00PM 1      A.   IT WAS.

02:00PM 2      Q.   AND THE AVERAGE CHECKIN TIME IS HOW LONG IT WOULD TAKE A

02:00PM 3      PATIENT TO CHECK IN WITH THE PERSON WHO GREETED WITH THEM AT

02:00PM 4      THE WALGREENS STORE; RIGHT?

02:00PM 5      A.   CORRECT.  JUST TO REEXPLAIN, WHEN A PATIENT WALKS INTO A

02:00PM 6      WALGREENS STORE AND THEY HAVE AN ORDER FOR A LAB TEST, THEY

02:00PM 7      HAVE TO GET CHECKED IN, JUST LIKE YOU GO TO A DOCTOR'S OFFICE

02:00PM 8      AND YOU GET CHECKED IN AND THEY ASK YOU FOR YOUR INSURANCE AND

02:00PM 9      THINGS OF THAT NATURE AND YOUR INFORMATION.

02:00PM 10          AND SO WE WERE MEASURING HOW LONG IT TOOK FOR A PATIENT TO

02:01PM 11     COME IN AND BE REGISTERED, SIGNED IN, AND READY TO BE IN A

02:01PM 12     POSITION TO BE -- TO HAVE THE BLOOD DRAWN.

02:01PM 13     Q.   RIGHT.  IF YOU GO TO PAGE 10, AND YOU TALKED ABOUT THIS

02:01PM 14     PAGE ON DIRECT, AND THIS IS ABOUT VENOUS DRAWS IN PARTICULAR.

02:01PM 15     A.   YES, SIR.

02:01PM 16     Q.   AND THEN THERE'S A SECTION, WHY HIGHER NUMBER OF

02:01PM 17     VENOUS DRAWS NUMBERS SO FAR?

02:01PM 18     A.   YES, SIR.

02:01PM 19     Q.   AND YOU UNDERSTAND THAT IF A PATIENT CAME IN WITH A

02:01PM 20     PHYSICIAN'S ORDER TO GET THEIR BLOOD TESTED AT ONE OF THESE

02:01PM 21     WALGREENS STORES AND THE PATIENT HAD, FOR EXAMPLE, TEN

02:01PM 22     DIFFERENT TESTS HIS PHYSICIAN WANTED, AND THAT NINE OF THEM

02:01PM 23     WERE AVAILABLE ON FINGERSTICK AND ONE OF THEM WAS NOT AVAILABLE

02:01PM 24     ON FINGERSTICK, THAT WOULD MEAN THAT ALL OF THE TESTS WOULD

02:01PM 25     THEN BE DONE ON VENOUS DRAW?

JHAVERI CROSS BY MR. COOPERSMITH                              3066

```
02:01PM   1      A.    THAT'S CORRECT.

02:01PM   2            THE THERANOS TEAM AND THE WALGREENS TEAM, WE HAD DECIDED

02:01PM   3      THAT IN ORDER TO MAKE SURE THE EXPERIENCE FOR THE PATIENT WAS

02:01PM   4      BETTER, THAT RATHER THAN HAVING MULTIPLE PRICKS AND STICKS,

02:02PM   5      SORT OF SAY, THAT WE COULD DO IT ONE WAY, THE WAY THAT WE COULD

02:02PM   6      DO ALL OF THE TESTS.

02:02PM   7            SO YES, IN YOUR EXAMPLE, THAT PATIENT WOULD GET A

02:02PM   8      VENOUS DRAW.

02:02PM   9      Q.    SO IN OTHER WORDS, NO POINT IN DOING A FINGERSTICK IF

02:02PM   10     YOU'RE GOING TO HAVE TO DO A VENOUS DRAW ANYWAY?

02:02PM   11     A.    THAT'S RIGHT.

02:02PM   12     Q.    AND IN MY EXAMPLE, ONLY ONE OF THE TEN TESTS, THAT WOULD

02:02PM   13     BE A VENOUS DRAW; RIGHT?

02:02PM   14     A.    IN THAT EXAMPLE, YES.

02:02PM   15     Q.    SO YOU UNDERSTAND IN THE COURSE OF THE WORK THAT YOU WERE

02:02PM   16     DOING WITH THERANOS, THERE WAS A LOGISTICAL CHALLENGE ON SORT

02:02PM   17     OF OPTIMIZING WHICH TESTS WERE AVAILABLE TO MAKE SURE THAT YOU

02:02PM   18     COULD TRY TO GET THE -- OR TRY AT LEAST TO GET THE FINGERSTICK

02:02PM   19     PERCENTAGE TO BE HIGHER; RIGHT?

02:02PM   20     A.    SAY THAT QUESTION AGAIN.

02:02PM   21     Q.    SURE.  YOU KNOW, IF -- WITHIN THERANOS, YOU UNDERSTOOD

02:02PM   22     THAT THEY WOULD HAVE TO FIGURE OUT WHAT THE MOST COMMONLY

02:02PM   23     ORDERED TESTS WERE AND TRY TO, IF POSSIBLE, MAKE THOSE

02:02PM   24     AVAILABLE ON FINGERSTICK SO THAT THEY COULD AVOID HAVING TO DO

02:02PM   25     VENOUS DRAWS AS MUCH AS THEY COULD; RIGHT?
```

02:02PM  1              MR. SCHENK:  OBJECTION.  SPECULATION.

02:03PM  2              THE COURT:  SUSTAINED.

02:03PM  3       BY MR. COOPERSMITH:

02:03PM  4       Q.   DO YOU KNOW THAT?  DO YOU HAVE ANY PERSONAL KNOWLEDGE OF

02:03PM  5       HOW THERANOS WENT ABOUT DETERMINING WHICH TESTS IT WOULD USE

02:03PM  6       AND IT WOULD COLLECT WITH A FINGERSTICK COMPARED TO WHICH TESTS

02:03PM  7       IT WOULD COLLECT ON A VENOUS DRAW?

02:03PM  8       A.   WHAT I KNEW -- AND AGAIN, THIS WAS IN MY DISCUSSION WITH

02:03PM  9       MR. BALWANI -- IS THEY WERE CONSTANTLY DETERMINING HOW BEST TO

02:03PM  10      MANAGE THE PATTERNS THAT WERE COMING IN FOR THOSE TESTS, AND

02:03PM  11      BASED ON THOSE PATTERNS, THEY HAVE TO COMPARE THOSE CARTRIDGES

02:03PM  12      TO BE ABLE TO MEET THOSE PATTERNS.

02:03PM  13          AND AS THEY UNDERSTOOD MORE AND AS THEY WERE ABLE TO

02:03PM  14      DETERMINE WHAT THOSE PATTERNS LOOKED LIKE, THE VENOUS DRAW WILL

02:03PM  15      CONTINUE TO DECLINE.

02:03PM  16      Q.   THAT WAS THE GOAL?

02:03PM  17      A.   THAT WAS THE GOAL.

02:03PM  18      Q.   RIGHT.  BUT IT SOUNDS LIKE THEN YOU WERE AWARE, WITHIN

02:03PM  19      THERANOS, THEY HAD SOME WORK TO DO TO FIGURE OUT ORDERING

02:03PM  20      PATTERNS AND HOW TO OPTIMIZE THE AMOUNT OF FINGERSTICKS; RIGHT?

02:03PM  21      A.   CORRECT.  THE ISSUE THAT, AGAIN, I UNDERSTOOD BASED ON MY

02:03PM  22      DISCUSSION WITH MR. BALWANI WAS THAT IT WAS THE ORDERING

02:04PM  23      PATTERNS THAT THEY WERE TRYING TO DETERMINE.

02:04PM  24          CERTAINLY THE TECHNOLOGY WAS READY AND BEING USED, BUT IT

02:04PM  25      IS THE ORDERING PATTERNS AND WHAT PHYSICIANS WERE ORDERING IN

02:04PM   1    THAT PARTICULAR MARKETPLACE THAT THEY WERE TRYING TO DETERMINE.

02:04PM   2    Q.   OKAY.  AND AT THE TIME I BELIEVE YOU SAID THAT THE AMOUNT

02:04PM   3    OF FINGERSTICK WAS ABOUT 60 PERCENT?

02:04PM   4    A.   IT WAS ABOUT 60 PERCENT, CORRECT.

02:04PM   5    Q.   OKAY.  AND IN THIS PARTICULAR EXHIBIT, EXHIBIT 1711, IT'S

02:04PM   6    WITH 61 PERCENT, TO BE PRECISE, IN MAY; RIGHT?

02:04PM   7    A.   IN MAY, YES, THAT'S CORRECT.

02:04PM   8    Q.   OKAY.  AND IF YOU COULD TURN TO PAGE 13.

02:04PM   9         I THINK YOU LOOKED AT THIS ON DIRECT EXAMINATION AS WELL.

02:04PM  10    AND THIS IS CALLED CREATIVE EXPRESSION.  AND IT READS, "CONCEPT

02:04PM  11    OF WHAT OUT-OF-STORE MARKETING MAY LOOK LIKE STARTING IN

02:05PM  12    PHOENIX IN AUGUST AND SEPTEMBER (FINAL CREATIVE AND TACTICS TO

02:05PM  13    COME)."

02:05PM  14         DO YOU SEE THAT?

02:05PM  15    A.   YES.

02:05PM  16    Q.   AND SO THIS WAS TALKING ABOUT WHAT COULD BE USED FOR

02:05PM  17    MARKETING IN PHOENIX; RIGHT?

02:05PM  18    A.   THAT'S RIGHT.

02:05PM  19    Q.   AND IT WASN'T WHAT WAS ACTUALLY ON THE GROUND IN MAY OF

02:05PM  20    2014?

02:05PM  21    A.   I COULDN'T TELL YOU EXACTLY WHAT WAS ON THE GROUND, BUT

02:05PM  22    THIS IS AN EXAMPLE OF WHAT COULD BE OUR MARKETING TOOLS.

02:05PM  23    Q.   AND YOU DON'T KNOW WHETHER THIS EXACT LAYOUT THAT YOU'RE

02:05PM  24    SEEING ON PAGE 13 WAS ACTUALLY IMPLEMENTED IN PHOENIX?

02:05PM  25    A.   I DON'T REMEMBER.

02:05PM 1    Q.   GOING TO PAGE 15.  WELL, LET'S GO TO 14 ACTUALLY.

02:05PM 2         SO ON 14, IT'S CALLED INFORMATION TECHNOLOGY INTEGRATION?

02:05PM 3    A.   YES, SIR.

02:05PM 4    Q.   AND THIS HAS TO DO WITH COMPUTER SYSTEMS?

02:05PM 5    A.   YES.

02:05PM 6    Q.   AND AS PART OF THE WORK THAT YOU AND YOUR TEAM AT

02:05PM 7    WALGREENS WERE DOING WITH THERANOS, THERE WAS A NEED TO

02:06PM 8    INTEGRATE SYSTEMS TO SOME EXTENT?

02:06PM 9    A.   THAT'S CORRECT.

02:06PM 10   Q.   AND THIS WAS AN ONGOING PROJECT?

02:06PM 11   A.   WHEN YOU SAY "ONGOING PROJECT," WHAT DO YOU MEAN BY THAT?

02:06PM 12   Q.   DURING THE TIME THAT THE WALGREENS PROJECT WAS ACTIVE AND

02:06PM 13   YOU WERE WORKING ON IT, THIS ISSUE OF SYSTEMS INTEGRATION CAME

02:06PM 14   UP REPEATEDLY?

02:06PM 15   A.   CORRECT, CORRECT.

02:06PM 16   Q.   AND FROM YOUR OBSERVATION, DID IT APPEAR THAT THERANOS WAS

02:06PM 17   DILIGENTLY TRYING TO GET THEIR PART OF THAT DONE?

02:06PM 18   A.   YES.

02:06PM 19   Q.   AND FROM THE WALGREENS SIDE, DID THE WALGREENS I.T. TEAM

02:06PM 20   SEEM TO BE DILIGENTLY TRYING TO GET THAT DONE?

02:06PM 21   A.   YES.

02:06PM 22   Q.   AND IS IT FAIR TO SAY THAT THE WALGREENS I.T. TEAM WAS

02:06PM 23   SOMETIMES A LITTLE BIT SLOWER THAN YOU MIGHT HAVE PREFERRED?

02:06PM 24   A.   I WOULDN'T SAY SLOWER.  THE COMPLEXITIES OF WALGREENS'S

02:06PM 25   INFRASTRUCTURE WAS LARGE.  WE WERE DEALING WITH MULTIPLE

02:06PM 1    SYSTEMS, MULTIPLE PLATFORMS, MULTIPLE BUSINESSES, AND SO

02:06PM 2    INTEGRATING INTO A WALGREENS SYSTEM TOOK MORE TIME.  IT WAS

02:06PM 3    MORE COMPLEX.

02:06PM 4        SO I WOULDN'T DESCRIBE IT AS SLOW.  I WOULD SAY IT TAKES

02:07PM 5    TIME TO INCORPORATE INTO A LARGE FORTUNE 30 CORPORATION AND THE

02:07PM 6    SYSTEMS THAT WE HAD.

02:07PM 7        AND SO AT TIMES THAT WAS A LIMITING FACTOR IN HOW FAST WE

02:07PM 8    COULD MOVE.

02:07PM 9    Q.   OKAY.  GOING INTO PAGE 15.  YOU SEE THIS DIAGNOSTIC

02:07PM 10   TESTING TIMELINE?

02:07PM 11   A.   YES.

02:07PM 12   Q.   AND I WON'T TRY TO MAKE YOU READ THE LANGUAGE, IT'S A

02:07PM 13   LITTLE BLURRY, BUT JUST TO SAY THERE'S A LOT OF FACTORS THAT GO

02:07PM 14   INTO THIS PROJECT WITH THERANOS AND A LOT OF WORK HAS TO GET

02:07PM 15   DONE TO OPEN UP 1 STORE, LET ALONE 10 STORES OR 100 STORES?

02:07PM 16   A.   THAT'S ACCURATE.

02:07PM 17   Q.   AND PAGE 15.  YOU SEE PATIENT FEEDBACK?

02:07PM 18   A.   YES.

02:07PM 19   Q.   AND LET'S JUST LOOK AT SOME OF THAT.

02:07PM 20       THE FIRST ONE SAYS, "I USUALLY GO TO LAB EXPRESS TO HAVE

02:07PM 21   MY LAB WORK DONE.  WHEN I GO THERE IT COSTS ME $110," I THINK

02:08PM 22   IS WHAT IT SAYS.  "WITH YOU IT COSTS ME $17."

02:08PM 23   A.   YES.

02:08PM 24   Q.   THAT'S SORT OF THE FAVORABLE PRICING THAT WE WERE TALKING

02:08PM 25   ABOUT BEFORE?

02:08PM  1    A.   THAT'S RIGHT.

02:08PM  2    Q.   AND ANOTHER CUSTOMER AT A DIFFERENT STORE, OR I GUESS IT'S

02:08PM  3    THE SAME STORE, 3464, "I HAVE BEEN PUTTING OFF MY LAB WORK FOR

02:08PM  4    A YEAR BECAUSE ANOTHER LAB QUOTED ME $1,000 FOR THESE TESTS.

02:08PM  5    TODAY'S VISIT COST LESS THAN $100 FOR ME."

02:08PM  6         RIGHT?

02:08PM  7    A.   YES.

02:08PM  8    Q.   AND IT'S FAIR TO SAY THAT SOME OF THE PATIENT FEEDBACK

02:08PM  9    RELATED TO PRICE?

02:08PM 10    A.   YES, ABSOLUTELY.

02:08PM 11    Q.   AND GENERALLY YOU WERE SEEING SOME POSITIVE FEEDBACK FROM

02:08PM 12    PATIENTS ON THE ISSUE OF PRICE?

02:08PM 13    A.   YES.  YEAH.  COULD YOU RE-ASK THE QUESTION?  I'M SORRY.

02:08PM 14    Q.   OH, OF COURSE.

02:08PM 15         SO GENERALLY, IN 2014, LET'S MAKE IT MORE SPECIFIC, THERE

02:09PM 16    WERE PATIENTS WHO COMMENTED FAVORABLY ABOUT THE SERVICE IN

02:09PM 17    TERMS OF THE PRICE ASPECT OF IT?

02:09PM 18    A.   YES, THERE WERE.

02:09PM 19    Q.   AND OTHER ASPECTS OF THE SERVICE AS WELL WERE SUBJECT TO

02:09PM 20    FAVORABLE COMMENTS?

02:09PM 21    A.   WE DID RECEIVE FAVORABLE COMMENTS, AND WE ALSO RECEIVED

02:09PM 22    FAVORABLE NUMBERS FROM THE ASSESSMENT THAT I TALKED ABOUT

02:09PM 23    EARLIER AFTER THE BLOOD DRAW WAS DONE.

02:09PM 24         SO, YES, THE CUSTOMERS AND THE PATIENTS DID REACT

02:09PM 25    POSITIVELY.

02:09PM  1    Q.   AND SOME PEOPLE COMPLAINED FROM TIME TO TIME; RIGHT?

02:09PM  2    A.   SURE, YES.

02:09PM  3    Q.   AND THE COMPLAINTS WERE ABOUT THINGS LIKE THE BATHROOM

02:09PM  4    WASN'T CLEAN ENOUGH, THINGS LIKE THAT; RIGHT?

02:09PM  5    A.   THE BATHROOM WASN'T CLEAN ENOUGH, THE CHECK IN TIME WAS

02:09PM  6    TOO LONG, OR MAYBE THEY WAITED TOO LONG IN THE WAITING AREA.

02:09PM  7         THOSE WERE THE PRIMARY ONES THAT I REMEMBER.

02:09PM  8    Q.   AND YOU TOOK THOSE COMPLAINTS SERIOUSLY; RIGHT?

02:09PM  9    A.   YES, WE DID.

02:09PM 10    Q.   POSITIVE AND NEGATIVE?

02:09PM 11    A.   YES, WE DID.

02:09PM 12    Q.   AND ARE YOU AWARE THAT WHEN PATIENTS FILLED OUT THIS

02:10PM 13    SURVEY, I THINK YOU SAID ON DIRECT IT HAD TO DO WITH A TABLET

02:10PM 14    THAT WOULD BE PROVIDED TO THEM AT THE TIME THAT THEY WERE AT

02:10PM 15    THE WALGREENS STORE?

02:10PM 16    A.   CORRECT.  SO THEY WERE -- EITHER THE PHARMACY TECHNICIAN

02:10PM 17    OR THE PHLEBOTOMIST, DEPENDING ON WHAT THE DRAW WAS, WOULD HAND

02:10PM 18    THE PATIENT A TABLET TO ANSWER A FEW QUESTIONS TO JUST GET

02:10PM 19    THEIR INITIAL FEEDBACK RIGHT AFTER THE DRAW.

02:10PM 20         AND AGAIN, THE SCALE WAS 1 TO 5, 5 BEING A GREAT

02:10PM 21    EXPERIENCE.

02:10PM 22         AND SO WE WOULD GET REPORTS ON WHAT THE PATIENTS WERE

02:10PM 23    SAYING BASED ON THAT.

02:10PM 24    Q.   AND YOU'RE AWARE THAT IF PATIENTS WANTED TO, THEY COULD

02:10PM 25    GIVE THE FEEDBACK LATER AS WELL; RIGHT?

02:10PM   1    A.    YES.

02:10PM   2    Q.    SO THEY DIDN'T HAVE TO DO IT RIGHT IN THE STORE?

02:10PM   3    A.    NO.  BUT AS MOST MARKETING EXPERTS WILL TELL YOU, YOU WANT

02:10PM   4    TO ASSESS THE PATIENT AT THE TIME OF RECEIVING THE SERVICE,

02:10PM   5    THAT'S WHEN IT IS FRESH, IT IS NEW, THEY JUST EXPERIENCED IT,

02:10PM   6    AND YOU'LL GET THE MOST ACCURATE PERCEPTION OF WHAT THEY

02:11PM   7    EXPERIENCED.

02:11PM   8         SO THAT'S WHY WE DID IT AT THAT TIME.

02:11PM   9    Q.    RIGHT.  BUT IF PATIENTS WANTED TO, YOU'RE AWARE THAT THEY

02:11PM  10    COULD HAVE DONE IT LATER AS WELL; RIGHT?

02:11PM  11    A.    YES, ABSOLUTELY.

02:11PM  12    Q.    AND SOME PEOPLE DID THAT?

02:11PM  13    A.    YES.  I DON'T RECALL ANYBODY THAT DID THAT, BUT YES.

02:11PM  14    Q.    OKAY.  CAN WE GO TO EXHIBIT 20234.

02:11PM  15    A.    I'M SORRY, SIR.  WHAT WAS THE NUMBER?

02:11PM  16    Q.    20234.

02:11PM  17         MR. JHAVERI, DO YOU RECOGNIZE THIS AS AN EMAIL STRING

02:11PM  18    AMONG YOU, MR. BALWANI, AND CASEY KOZLOWSKI?

02:11PM  19    A.    YES.

02:11PM  20    Q.    AND WHO IS CASEY KOZLOWSKI?

02:11PM  21    A.    CASEY KOZLOWSKI WAS A DIRECTOR ON MY TEAM THAT REPORTED TO

02:12PM  22    ME WHO WAS DIRECTLY RESPONSIBLE FOR THE PARTNERSHIP.

02:12PM  23    Q.    OKAY.  AND THIS STRING IS DATED MAY 24TH OF 2014?

02:12PM  24    A.    YES.

02:12PM  25         MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20234.

02:12PM   1                    MR. SCHENK:  NO OBJECTION.

02:12PM   2                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:12PM   3              (DEFENDANT'S EXHIBIT 20234 WAS RECEIVED IN EVIDENCE.)

02:12PM   4     BY MR. COOPERSMITH:

02:12PM   5     Q.   LET'S START WITH THE EMAIL AT THE BOTTOM OF PAGE 1, AND

02:12PM   6     YOU SEE THERE'S AN EMAIL AT 10:11 P.M. FROM MR. BALWANI, AND IT

02:12PM   7     SAYS "FYI.  YOU HAVE PROBABLY ALREADY SEEN THIS."

02:12PM   8              DO YOU SEE THAT?

02:12PM   9     A.   YES, I DO.

02:12PM  10     Q.   AND IF YOU GO TO THE NEXT PAGE, AND THERE'S ANOTHER EMAIL

02:12PM  11     FROM RYAN KARPEL.

02:12PM  12              DO YOU SEE THAT?

02:12PM  13     A.   I DO.

02:12PM  14     Q.   AND DO YOU KNOW WHO RYAN KARPEL IS?

02:12PM  15     A.   HE WAS ONE OF THE TEAM MEMBERS AT THERANOS.

02:12PM  16     Q.   AND IF YOU GO TO PAGE 3, YOU SEE THAT HE HAS A SIGNATURE

02:12PM  17     BLOCK?

02:12PM  18     A.   YES.

02:12PM  19     Q.   AND DOES THAT HELP YOU?

02:12PM  20     A.   YES.

02:12PM  21     Q.   HE'S A PROGRAM MANAGER AT THERANOS; RIGHT?

02:13PM  22     A.   SIMILAR TO PATTY HAWORTH AT WALGREENS.

02:13PM  23     Q.   OKAY.  SORT OF THE COUNTERPART?

02:13PM  24     A.   CORRECT.

02:13PM  25     Q.   OKAY.  IF YOU GO TO PAGE 2, THAT EMAIL FROM MR. KARPEL

02:13PM  1    SAYS, "MAHESH AND TEAM.

02:13PM  2        "DURING THE PAST WEEK, WE WENT TO ALL OF THE WAVE 3

02:13PM  3    STORES.  BELOW ARE ACTION ITEMS BASED ON OUR FINDINGS FROM THE

02:13PM  4    VISITS THAT WE WANTED TO BRING TO YOUR ATTENTION.  I UNDERSTAND

02:13PM  5    THAT MOST OF THESE WILL LIKELY BE COMPLETE WELL IN ADVANCE OF

02:13PM  6    JUNE 5TH, HOWEVER, WE WANT TO MAKE SURE THAT THIS IS ON

02:13PM  7    EVERYONE'S RADAR."

02:13PM  8        DO YOU SEE THAT?

02:13PM  9    A.   YES.

02:13PM  10   Q.   AND THEN THE LIST BELOW THAT HAS STORE NUMBERS.

02:13PM  11       DO YOU SEE THAT?

02:13PM  12   A.   I DO.

02:13PM  13   Q.   AND SO THOSE WERE DIFFERENT STORES THAT THERANOS WAS

02:13PM  14   OPERATING IN THAT WALGREENS HAD?

02:13PM  15   A.   YES, SIR.

02:13PM  16   Q.   AND IF YOU GO THROUGH THE LIST THERE, IT'S BASICALLY

02:13PM  17   MAKING A BIT OF A PUNCH LIST FOR THINGS THAT MAYBE NEEDED TO BE

02:13PM  18   IMPROVED AT THOSE STORES?

02:13PM  19   A.   THAT'S CORRECT.

02:13PM  20   Q.   IF YOU GO TO THE FIRST PAGE, YOU WROTE, ON MAY 24TH, TO

02:14PM  21   MR. BALWANI WITH A COPY TO MR. KOZLOWSKI, "THIS IS GREAT INFO.

02:14PM  22   WE SHOULD DISCUSS NEXT WEEK ON HOW WE CAN MANAGE THESE BEFORE

02:14PM  23   LAUNCH EVEN NOT EFFECTIVELY."

02:14PM  24       AND IT SAYS, "CASEY -- LET'S THINK THRU A COMBINED

02:14PM  25   CHECKLIST THAT CAN BE USED BY OPERATIONS AS A PRELAUNCH

02:14PM   1    READINESS CHECKLIST."

02:14PM   2        DO YOU SEE THAT?

02:14PM   3    A.   I DO.

02:14PM   4    Q.   SO AT THE TIME, THIS WAS USEFUL INFORMATION TO YOU TO TRY

02:14PM   5    TO IMPROVE THINGS; RIGHT?

02:14PM   6    A.   YES.

02:14PM   7    Q.   AND THEN IF YOU ABOVE THAT, MR. BALWANI WROTE, "IT WILL BE

02:14PM   8    MOST USEFUL TO HAVE A LOCAL TEAM/INDIVIDUAL WHO CAN WORK WITH

02:14PM   9    MY LOCAL TEAM SO WE HAVE A COMBINED PROJECT PLAN.  CURRENTLY

02:14PM  10    OUR MANAGEMENT TEAM GOES TO STORES ALMOST EVERY DAY AND

02:14PM  11    COMPILES THESE TO DO LISTS AND ISSUES LIST BUT AS THE NUMBER

02:14PM  12    INCREASES, WE WON'T BE ABLE TO DO THIS."

02:14PM  13        DO YOU SEE THAT?

02:14PM  14    A.   YES.

02:14PM  15    Q.   AND SO DO YOU UNDERSTAND THAT WHAT IS BEING COMMUNICATED

02:14PM  16    THERE IS AS THE PROJECT EXPANDS AND THERE ARE MORE STORES, IT

02:15PM  17    WILL BE HARDER TO SEND TEAMS TO DO THIS KIND OF PUNCH LIST FOR

02:15PM  18    EVERY STORE?

02:15PM  19    A.   YES, ABSOLUTELY.  PART OF THE RESOLUTION FOR THIS -- AND

02:15PM  20    MAYBE YOU'RE GETTING TO IT -- IS WE CREATED SOMETHING CALLED

02:15PM  21    BAFT TEAMS, B-A-F-T, TO DO JUST THAT, IS TO GO INTO STORES AND

02:15PM  22    MAKE SURE THAT THE EXPERIENCE WAS RIGHT, TO MAKE SURE THAT

02:15PM  23    THERE WAS NO PUNCH LIST OUTSTANDING ITEMS.

02:15PM  24        AND SO THAT WAS PART OF THE OPERATIONAL PROCEDURES THAT WE

02:15PM  25    PUT INTO PLACE TO ENSURE THAT WE WERE ADDRESSING ANY OF THE

```
02:15PM   1    ISSUES THAT WE HAD.

02:15PM   2    Q.   OKAY.  GOING ON WITH THIS SAME EXHIBIT, MR. BALWANI WROTE,

02:15PM   3    "MOREOVER, AT 20 STORES NOW AND 30 SOON, WE ARE PAST 'PILOT

02:15PM   4    PHASE.'  IT MAY BE A PILOT FOR WAG IN GENERAL (GIVEN 8,000 PLUS

02:15PM   5    STORES), BUT FROM ARIZONA MARKET PERSPECTIVE, ANYTHING IN 20

02:15PM   6    TO 40 STORES IS A REAL DEAL, SO HAVING A LOCAL TEAM IN FIELD

02:16PM   7    FOCUSSED ON MAKING THERANOS SUCCESSFUL IS CRITICAL IN OUR

02:16PM   8    OPINION."

02:16PM   9         DO YOU SEE THAT?

02:16PM  10    A.   YES.

02:16PM  11    Q.   AND THEN YOU RESPONDED TO MR. BALWANI AT THE TOP?

02:16PM  12    A.   YES.

02:16PM  13    Q.   AND YOU WROTE, "AGREED SUNNY.  WE NEED TO REFRAME OUR

02:16PM  14    THINKING NOW TOWARDS A SCALE PERSPECTIVE -- NOT SIMPLY A

02:16PM  15    PILOT."

02:16PM  16         RIGHT?

02:16PM  17    A.   CORRECT.

02:16PM  18    Q.   AND THAT'S WHAT YOU BELIEVED AT THE TIME?

02:16PM  19    A.   THAT'S RIGHT.

02:16PM  20         THE COURT:  LET'S TAKE A BREAK NOW.  LET'S TAKE

02:16PM  21    ABOUT 20 MINUTES, PLEASE.  LET'S TAKE ABOUT 20 MINUTES.

02:16PM  22         MR. COOPERSMITH:  YES, YOUR HONOR.

02:16PM  23         THE COURT:  ALL RIGHT.  THANK YOU.

02:16PM  24    (RECESS FROM 2:16 P.M. UNTIL 2:38 P.M.)

02:38PM  25         THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE
```

02:38PM   1    RECORD.

02:38PM   2         ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

02:38PM   3         MR. COOPERSMITH, WOULD YOU LIKE TO CONTINUE.

02:38PM   4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:38PM   5    Q.   MR. JHAVERI, I'D LIKE TO RETURN TO ONE EXHIBIT WE LOOKED

02:38PM   6    AT EARLIER AND I HAD A QUESTION FOR YOU.  IF YOU COULD GO TO

02:38PM   7    EXHIBIT 1113.

02:39PM   8         IT'S THAT SENTENCE THAT WE WERE LOOKING AT EARLIER?

02:39PM   9              THE COURT:  GIVE US JUST A SECOND, MR. COOPERSMITH.

02:39PM  10              MR. COOPERSMITH:  YES, YOUR HONOR.

02:39PM  11              THE COURT:  I KNOW THIS WON'T SURPRISE ANYONE,

02:39PM  12    THERE'S AN ELECTRICAL PROBLEM WITH THE MICROPHONES.

02:39PM  13              THE CLERK:  WE'RE JUST GOING TO RESET.  OKAY.

02:39PM  14              THE COURT:  IT LOOKS LIKE WE'RE GOOD.

02:39PM  15              MR. COOPERSMITH:  GREAT.

02:39PM  16              THE COURT:  THANK YOU.

02:39PM  17    BY MR. COOPERSMITH:

02:39PM  18    Q.   OKAY.  MR. JHAVERI, I'M LOOKING AT THE -- I DON'T SEE

02:39PM  19    ANYTHING ON THE SCREEN.  THERE WE GO.  EVERYONE CAN SEE THEIR

02:39PM  20    SCREENS HOPEFULLY.

02:39PM  21         THE SENTENCE WE WERE LOOKING AT EARLIER, "THE SAMPLES ARE

02:39PM  22    EITHER TAKEN FROM A TINY FINGERSTICK OR A MICRO-SAMPLE TAKEN

02:39PM  23    FROM TRADITIONAL METHODS."

02:39PM  24         DO YOU SEE THAT?

02:39PM  25    A.   YES, SIR.

02:39PM   1    Q.   AND THIS WAS ONE OF THE TWO PRESS RELEASES THAT WE LOOKED

02:39PM   2    AT WHEN THE LAUNCH HAPPENED; RIGHT?

02:39PM   3    A.   THAT'S CORRECT.

02:39PM   4    Q.   OKAY.  AND I JUST WANTED TO MAKE SURE THAT WE UNDERSTAND

02:40PM   5    THIS CONCEPT OF MICRO SAMPLE.

02:40PM   6         SO THERE ARE REALLY THREE TYPES BLOOD DRAWS; IS THAT

02:40PM   7    CORRECT?  ONE IS A FINGERSTICK DRAW; THERE'S A TRADITIONAL

02:40PM   8    VENOUS DRAW; AND THEN THERE'S A MICRO SAMPLE DRAW FROM THE ARM

02:40PM   9    AS WELL; CORRECT?

02:40PM  10    A.   ARE YOU REFERRING TO THE PEDIATRIC DOSE?

02:40PM  11    Q.   YES.  IS THAT SOMETIMES REFERRED TO AS A BUTTERFLY NEEDLE?

02:40PM  12    A.   YES, IT IS.

02:40PM  13    Q.   AND THAT'S THE MICRO SAMPLE TAKEN BY TRADITIONAL METHODS?

02:40PM  14    A.   YES.

02:40PM  15    Q.   AND THAT'S CONSIDERED A VENOUS DRAW AS WELL; RIGHT?

02:40PM  16    A.   IT IS.  SO JUST TO BE SURE, I WAS CATEGORIZING IT AS TWO

02:40PM  17    DRAWS, FINGERSTICK, VENOUS DRAW, AND WITHIN THE VENOUS DRAW,

02:40PM  18    THERE'S A PEDIATRIC AND A TRADITIONAL VENOUS DRAW AS WELL.

02:40PM  19    Q.   ALL RIGHT.  SO THE MICRO SAMPLE TAKEN FROM TRADITIONAL

02:40PM  20    METHODS, THAT WOULD BE THIS BUTTERFLY NEEDLE OR PEDIATRIC DOSE

02:41PM  21    METHOD; RIGHT?

02:41PM  22    A.   THAT'S RIGHT.

02:41PM  23    Q.   AND THAT WOULD ALSO BE FROM THE ARM SO IT'S CONSIDERED A

02:41PM  24    VENOUS DRAW?

02:41PM  25    A.   THAT WOULD BE CONSIDERED A VENOUS DRAW.

02:41PM   1   Q.   OKAY.  THANK YOU.

02:41PM   2        LET'S GO TO EXHIBIT 1755, WHICH I BELIEVE IS ALREADY IN

02:41PM   3   EVIDENCE.

02:41PM   4        THESE WERE THE PARTNERSHIP MEETING MINUTES FROM THE

02:41PM   5   MAY 2014 MEETING; RIGHT?

02:41PM   6   A.   YES.

02:41PM   7   Q.   AND, AGAIN, MS. HAWORTH SENT THE MINUTES?

02:41PM   8   A.   YES.

02:41PM   9   Q.   AND ON THE FIRST LIST IS THE ACTION ITEMS.

02:41PM  10        DO YOU SEE THAT?

02:41PM  11   A.   YES.

02:41PM  12   Q.   AND ONE OF THEM, I THINK IT'S NUMBER 5, IS "SCHEDULE

02:42PM  13   MEETING WITH MATT, NICOLE, NIMESH, SUZANNE, HEIDI TO DISCUSS

02:42PM  14   HCC/THERANOS ISSUES."

02:42PM  15        DO YOU SEE THAT?

02:42PM  16   A.   YES.

02:42PM  17   Q.   AND WHO IS SUZANNE?

02:42PM  18   A.   SUZANNE HANSEN IS ONE OF THE LEADERS THAT HAD THE

02:42PM  19   OPERATIONS FOR THE HEALTH CARE CLINICS.

02:42PM  20   Q.   AND THAT'S WHAT HCC IS, RIGHT, THE HEALTH CARE CLINICS?

02:42PM  21   A.   RIGHT.

02:42PM  22   Q.   IF YOU GO TO PAGE 6 OF THE EXHIBIT, DO YOU SEE AT THE TOP

02:42PM  23   THERE'S A BOX WITH THE ATTENDEES?

02:42PM  24   A.   YES.

02:42PM  25   Q.   AND ARE THOSE PEOPLE, THE PEOPLE WHO WERE WORKING ON THIS

02:42PM  1    PROJECT?

02:42PM  2    A.   YES, IT'S A MIXTURE.  SO THERE ARE FOLKS THAT ARE DIRECTLY

02:42PM  3    RELATED TO THE PROJECT, AS WELL AS THERE ARE FOLKS HERE THAT

02:42PM  4    WERE IN CHARGE OF STORE OPERATIONS.  SO MATT SESTO,

02:43PM  5    NICOLE LEIDER ARE FOLKS THAT WERE ACTUALLY RUNNING THE STORES

02:43PM  6    OVERALL, AND SINCE WE WERE IMPACTING THEIR STORES, WE INCLUDED

02:43PM  7    THEM TO MAKE SURE THERE WAS TRANSPARENCY.

02:43PM  8    Q.   OKAY.  THANK YOU.

02:43PM  9         LET'S GO TO THE MEETING NOTES SECTION, AND IT SAYS,

02:43PM  10   "NIMESH REMINDED US HOW FAR WE HAVE COME SINCE JANUARY.  WE ARE

02:43PM  11   AT 21 STORES NOW?"

02:43PM  12        DO YOU SEE THAT?

02:43PM  13   A.   YES.

02:43PM  14   Q.   AND THAT'S WHAT YOU THOUGHT AT THE TIME, THAT YOU HAD COME

02:43PM  15   PRETTY FAR SINCE JANUARY; RIGHT?

02:43PM  16   A.   CORRECT.  WE WENT FROM 3 TO 21.

02:43PM  17   Q.   RIGHT.  AND THEN, AS MR. SCHENK POINTED OUT WITH YOU, A

02:43PM  18   PILOT SHOULD NOT BE PERFECT; RIGHT?

02:43PM  19   A.   YES.

02:43PM  20   Q.   IT'S PART OF A LEARNING EXPERIENCE TO UNDERSTAND HOW

02:43PM  21   THINGS WORK SO YOU CAN MOVE FORWARD; RIGHT?

02:43PM  22   A.   THAT'S RIGHT.

02:43PM  23   Q.   BUT IT SAYS, "THE LEARNINGS THAT ARE COMING OUT OF THE

02:43PM  24   FIRST 21 STORES ARE PRETTY GOOD."

02:43PM  25        THAT'S WHAT YOU THOUGHT AT THE TIME?

02:43PM   1    A.   THAT'S CORRECT.

02:43PM   2    Q.   AND THEN IT SAYS ON THE LAST PARAGRAPH, "GREG WASSON IS

02:44PM   3    SUPPORTIVE OF OUR MISSION."

02:44PM   4    A.   THAT'S CORRECT.

02:44PM   5    Q.   AND THAT'S THE CHIEF EXECUTIVE OFFICER OF WALGREENS?

02:44PM   6    A.   YES.

02:44PM   7    Q.   AND THEN IT SAYS, "TEAMS NEED TO BECOME TIGHTER.  IF WE

02:44PM   8    THINK 20 STORES ARE TOUGH, WAIT UNTIL WE GET TO 2500 STORES";

02:44PM   9    RIGHT?

02:44PM   10        AM I RIGHT THAT'S AN ACKNOWLEDGEMENT THAT AS THE

02:44PM   11   PARTNERSHIP EXPANDED AND MORE STORES ARE ROLLED OUT, THAT THE

02:44PM   12   CHALLENGES WOULD ONLY BECOME HARDER, NOT EASIER?

02:44PM   13   A.   THAT'S RIGHT.

02:44PM   14   Q.   AND THEN IF YOU GO TO THE NEXT PAGE, IT SAYS, "PER NIMESH,

02:44PM   15   40 IS IN THE BAG."

02:44PM   16        THAT'S REFERRING TO THE 40 STORES?

02:44PM   17   A.   THAT'S CORRECT.

02:44PM   18   Q.   "WE NEED TO THINK ABOUT SCALE."

02:44PM   19        DO YOU SEE THAT?

02:44PM   20   A.   THAT'S RIGHT.

02:44PM   21   Q.   AND WHAT YOU WERE TRYING TO COMMUNICATE THERE IS YOU HAVE

02:44PM   22   40 STORES THAT ARE OPENED AND ACCEPTING THERANOS BLOOD SAMPLES,

02:45PM   23   BUT NOW YOU NEED TO THINK ABOUT HOW TO SCALE THAT?  THAT'S YOUR

02:45PM   24   COMMENT?

02:45PM   25   A.   YEAH.  MY COMMENT IS, AGAIN, I THINK I MENTIONED THIS

02:45PM   1    EARLIER, WE ALWAYS HAVE TO BE PLANNING FORWARD, SO WHATEVER THE

02:45PM   2    NUMBER IS, 10 MORE STORES, 100 MORE STORES, 1,000 MORE STORES,

02:45PM   3    THERE'S NO WAY THAT MR. BALWANI AND I AND OUR TEAMS COULD WAKE

02:45PM   4    UP TOMORROW MORNING AND DROP DOWN 2500 STORES.  WE ALWAYS HAVE

02:45PM   5    TO BE PLANNING FORWARD.

02:45PM   6        SO WHAT I'M REFERRING TO HERE IS THAT 40 STORES ARE OPEN,

02:45PM   7    OR WILL BE OPEN.  AS WE'RE LEARNING, LET'S START TO THINK ABOUT

02:45PM   8    WHAT THE PLANNING PROCESS LOOKS LIKE FOR MORE STORES, WHATEVER

02:45PM   9    THAT NUMBER OF STORES IS.

02:45PM  10        SO WHEN I SAY "WE NEED TO THINK ABOUT SCALE," THAT'S WHAT

02:45PM  11    I'M REFERRING TO.

02:45PM  12    Q.   OKAY.  AND THE TERM "SCALE," THAT REFERS TO LIKE A FURTHER

02:45PM  13    EXPANSION; RIGHT?

02:45PM  14    A.   RIGHT.  THE TERM "SCALE" IS FURTHER IN MORE STORES.

02:45PM  15    Q.   SCALE MEANS LIKE IF I CAN MAKE ONE WIDGET, OR WHATEVER THE

02:46PM  16    OBJECT IS, LIKE SCALE WOULD BE MAKING 1,000 OF THOSE ONCE I

02:46PM  17    MASTER HOW TO MAKE 1; RIGHT?

02:46PM  18    A.   THE DEFINITION IS NOT PERFECT, RIGHT?  THE SCALE COULD BE

02:46PM  19    FROM 1 TO 5, IT COULD BE 1 TO 10.  BUT THE IDEA OF SCALE IS TO

02:46PM  20    GO BEYOND WHAT WE ARE TODAY.

02:46PM  21    Q.   OKAY.  BUT IN THE CASE OF THE WALGREENS-THERANOS

02:46PM  22    PARTNERSHIP, THE IDEA OF SCALE WAS TO WORK, AS YOU SAY, CRAWL,

02:46PM  23    WALK, RUN, BUT THE HOPE WAS TO GET TO A SCALE THAT WAS, YOU

02:46PM  24    KNOW, LARGE, LIKE THOUSANDS OF STORES; RIGHT?

02:46PM  25    A.    THE GOAL WAS TO GET TO 2500 STORES OR A NATIONWIDE

02:46PM  1    ROLLOUT.  THAT WAS THE HOPE.

02:46PM  2         AND SO WHEN I'M THINKING ABOUT SCALE -- AND, AGAIN, IT'S A

02:46PM  3    BROAD STATEMENT -- BUT I WANT TO BE VERY CLEAR, SCALE COULD BE

02:46PM  4    IN A STATE.  SCALE COULD BE IN A CITY.  SCALE COULD BE

02:46PM  5    NATIONWIDE.

02:46PM  6         SO AS WE ARE THINKING ABOUT -- AT THE TIME WHEN WE WERE

02:46PM  7    THINKING ABOUT WHAT THE NEXT STEPS LOOKED LIKE, THE STATEMENT

02:46PM  8    REFERS TO LET'S DETERMINE WHAT SCALE LOOKS LIKE NOW.  YOU KNOW,

02:47PM  9    IS IT EXPANSION FURTHER INTO ARIZONA?  IS IT FURTHER EXPANSION

02:47PM  10   INTO OTHER STATES?  IS IT EXPANDING INTO OTHER PARTS OF THE

02:47PM  11   COUNTRY?

02:47PM  12        WHATEVER THE CASE IS, THAT IS WHAT I'M SPEAKING ABOUT,

02:47PM  13   THAT WE NEED TO START TO THINK ABOUT WHAT SCALE LOOKS LIKE AND

02:47PM  14   WHAT IS GOING TO BE REQUIRED TO ACTUALLY DO IT.

02:47PM  15   Q.   AND THE IDEA WAS TO WORK WITH THERANOS TO TRY TO TOGETHER

02:47PM  16   FIGURE OUT WHAT MADE SENSE; RIGHT?

02:47PM  17   A.   YES.  THE CAPABILITIES OF BOTH ORGANIZATIONS HAVE TO BE

02:47PM  18   READY, WHETHER IT'S ON THE THERANOS SIDE OR ON THE WALGREENS

02:47PM  19   SIDE.

02:47PM  20        AGAIN, YOU KNOW, IT'S HARD TO CLAP WITH ONE HAND.  YOU

02:47PM  21   HAVE TO CLAP WITH TWO HANDS.

02:47PM  22   Q.   RIGHT.

02:47PM  23   A.   SO WHAT WE WERE TRYING TO DO WAS TO START TO HELP BOTH

02:47PM  24   TEAMS TO UNDERSTAND THAT WE HAVE TO START TO PLAN.

02:47PM  25        AGAIN, WE'RE GOING TO MONITOR THE PILOT, WE'RE GOING TO

02:47PM   1     MONITOR THE RESULTS, WE'RE GOING TO MONITOR THE METRICS THAT WE

02:47PM   2     HAD DEFINED TOGETHER.

02:47PM   3          AS WE SEE SUCCESS, WE WILL THEN DETERMINE WHERE THE NEXT

02:47PM   4     LAUNCHES LOOK LIKE, OR WHAT THE NEXT LAUNCHES WILL BE.

02:48PM   5     Q.   OKAY.  GOING DOWN THE PAGE, YOU SEE THERE'S A, I GUESS --

02:48PM   6     I'LL CALL IT A PARAGRAPH, BUT IT'S REALLY A SENTENCE.  IT SAYS,

02:48PM   7     "PER NIMESH, THE TIMING IS RIGHT BECAUSE THIS IS WHEN WE ARE

02:48PM   8     SELECTING THE WELL EXPERIENCE STORES FOR '15, '16, AND '17";

02:48PM   9     RIGHT?

02:48PM  10     A.   YES.

02:48PM  11     Q.   AND THE CONCEPT THERE WAS TO, AS MUCH AS POSSIBLE, WORK ON

02:48PM  12     THE THERANOS PROJECT IN PARALLEL WITH THE WELL EXPERIENCE

02:48PM  13     STORES?

02:48PM  14     A.   YEAH.  JUST TO REITERATE WHAT I THINK I WAS EXPLAINING

02:48PM  15     BEFORE, THE WELL EXPERIENCE STORES AND THAT ENTIRE PROJECT WAS

02:48PM  16     THE REDESIGNING OF THE WALGREENS STORES, TO MAKE IT MORE

02:48PM  17     CUSTOMER FRIENDLY, TO MAKE IT MORE PATIENT FRIENDLY.

02:48PM  18          AND THE IDEA WAS THAT WE WERE GOING TO DO CONSTRUCTION,

02:48PM  19     AND TO MINIMIZE DISRUPTION TO CUSTOMERS, TO OUR STORES, TO THE

02:48PM  20     TEAM MEMBERS, IF WE CAN COMBINE CONSTRUCTION EFFORTS TOGETHER,

02:48PM  21     EVERYONE WINS.

02:48PM  22          AND THAT WAS THE IDEA HERE, THAT WE WERE SELECTING STORES

02:48PM  23     FOR THE WELL EXPERIENCE PROJECT.

02:48PM  24          IF THERE ARE STORES THAT WILL ALSO HAVE THE THERANOS

02:49PM  25     SERVICE, THEN LET'S START TO LOOK AT WHAT THAT LOOKS LIKE SO WE

02:49PM 1    CAN PLAN FORWARD.

02:49PM 2    Q.   RIGHT.  GOING TO THE NEXT PAGE OF THIS EXHIBIT, IT'S

02:49PM 3    PAGE 8.

02:49PM 4         DO YOU SEE AT THE VERY TOP IT SAYS, "PER NIMESH, WE SHOULD

02:49PM 5    HAVE A VIEW ON WHAT DOES THERANOS AND HEALTH CARE CLINIC LOOK

02:49PM 6    LIKE AS A BUNDLED SUITE OF SERVICES TOGETHER."

02:49PM 7         DO YOU SEE THAT?

02:49PM 8    A.   YES, I DO.

02:49PM 9    Q.   AND THAT'S WHY YOU HAD INVITED PEOPLE TO PARTICIPATE WHO

02:49PM 10   WERE FROM THE HEALTH CARE CLINIC SIDE OF WALGREENS OPERATIONS;

02:49PM 11   RIGHT?

02:49PM 12   A.   CORRECT.

02:49PM 13   Q.   TO TALK ABOUT HOW THERANOS AND THE HEALTH CARE CLINIC SIDE

02:49PM 14   OF WALGREENS BUSINESS COULD WORK TOGETHER?

02:49PM 15   A.   RIGHT.  AGAIN, JUST TO MAKE SURE EVERYONE UNDERSTANDS, THE

02:49PM 16   HEALTH CARE CLINICS WERE THESE CLINICS THAT WERE RUN BY NURSE

02:49PM 17   PRACTITIONERS AND PROVIDED ACUTE CARE SERVICES, PRIMARY CARE

02:49PM 18   SERVICES INSIDE OF A STORE.

02:49PM 19        THERE WERE ABOUT 400 ACROSS THE NATION FOR WALGREENS, AND

02:50PM 20   IF THERE WERE NEW HEALTH CARE CLINICS THAT NEEDED TO BE BUILT,

02:50PM 21   OR IF THERE WERE SERVICES THAT NEEDED TO BE COMBINED, WE NEEDED

02:50PM 22   TO UNDERSTAND THAT, NOT ONLY FROM A CONSTRUCTION STANDPOINT,

02:50PM 23   BUT FROM A WORK FLOW STANDPOINT.

02:50PM 24        SO, AGAIN, WE CAN'T SNAP OUR FINGERS AND JUST DO THIS.

02:50PM 25   IT'S COMPLEX.  WE NEED TO PLAN FOR IT.

JHAVERI CROSS BY MR. COOPERSMITH

02:50PM 1        AND THAT'S WHY, WHEN I'M REFERRING TO ALL OF THESE THINGS

02:50PM 2   IS HOW DO WE START TO PLAN A GO FORWARD DIRECTION?

02:50PM 3   Q.   RIGHT.  AND THE NURSE PRACTITIONERS WHO STAFF THE ABOUT

02:50PM 4   400 HEALTH CARE CLINICS, THEY WERE PEOPLE THAT SOMEONE COULD GO

02:50PM 5   TO A WALGREENS STORE TO SEE TO GET SOMETHING TREATED; RIGHT?

02:50PM 6   A.   THAT'S RIGHT.

02:50PM 7   Q.   SO, FOR EXAMPLE, IF I SPRAINED MY ANKLE ON THE BASKETBALL

02:50PM 8   COURT, I COULD GO TO A WALGREENS HEALTH CARE CLINIC AND THEY

02:50PM 9   MIGHT TAPE UP MY ANKLE?

02:50PM 10  A.   RIGHT.  IT'S A LIMITED SCOPE OF SERVICE.  WHATEVER THE

02:50PM 11  SCOPE OF PRACTICE IS FOR A NURSE PRACTITIONER, THEY WOULD

02:50PM 12  PERFORM THOSE DUTIES.

02:50PM 13  Q.   AND IT COULD BE MORE COMPLICATED THAN A SPRAINED ANKLE,

02:51PM 14  RIGHT?  IT IS WHATEVER A NURSE PRACTITIONER COULD DO WITH HIS

02:51PM 15  OR HER LICENSURE; RIGHT?

02:51PM 16  A.   THAT'S RIGHT.  WHATEVER THEIR SCOPE OR PRACTICE ALLOWS

02:51PM 17  THEM TO DO IS WHAT WE OFFERED.

02:51PM 18       NOW, EVEN IN THAT INSTANCE, THERE ARE CERTAIN THINGS THAT

02:51PM 19  ARE WITHIN THE SCOPE OF PRACTICE, BUT WE STILL DID NOT PERFORM

02:51PM 20  THEM IN A RETAIL CLINIC BECAUSE THEY MAY NOT HAVE THE TOOLS OR

02:51PM 21  THEY MAY NOT BE ABLE TO DO THAT IN THAT PARTICULAR LOCATION.

02:51PM 22       SO ALL OF THE SERVICES THAT WE PROVIDED IN THOSE CLINICS

02:51PM 23  ARE WITHIN THE SCOPE OF PRACTICE OF A NURSE PRACTITIONER, BUT,

02:51PM 24  AGAIN, NOT THEIR FULL SCOPE.  IT'S WHATEVER THEY CAN PERFORM AT

02:51PM 25  THE STORE.

02:51PM  1    Q.   OKAY.  AND ONE OF THE THINGS THAT A NURSE PRACTITIONER

02:51PM  2    COULD DO IS TAKE A VENOUS DRAW FROM AN ARM IF HE OR SHE HAD TO?

02:51PM  3    A.   YES.

02:51PM  4    Q.   OKAY.  BECAUSE THEY'RE TRAINED TO DO THAT, JUST LIKE A

02:51PM  5    PHLEBOTOMIST; RIGHT?

02:51PM  6    A.   THEY ARE TRAINED TO DO THAT.

02:51PM  7         AGAIN, NURSE PRACTITIONERS HAVE AN UNDERGRADUATE DEGREE OF

02:51PM  8    BEING A REGISTERED NURSE, AND THEN THEY GO ON TO BECOME A NURSE

02:51PM  9    PRACTITIONER.  A REGISTERED NURSE, OF COURSE WITHIN THEIR SCOPE

02:52PM  10   OF PRACTICE, CAN DO A BLOOD DRAW.

02:52PM  11        BUT AS THEY BECOME A NURSE PRACTITIONER, THE AMOUNT OF

02:52PM  12   BLOOD DRAWS THAT THEY DO MINIMIZE AND IT'S NOT SOMETHING THAT

02:52PM  13   THEY USUALLY DO WITHIN THAT SCOPE.

02:52PM  14        OBVIOUSLY THEY'RE LOOKING AT DIAGNOSING CONDITIONS AND

02:52PM  15   TREATING CONDITIONS RATHER THAN DOING BLOOD DRAWS.

02:52PM  16   Q.   RIGHT.  BUT THESE ARE NURSE PRACTITIONERS WHO WORKED FOR

02:52PM  17   WALGREENS; RIGHT?

02:52PM  18   A.   THEY WORKED FOR A PROFESSIONAL ORGANIZATION.  THEY DIDN'T

02:52PM  19   WORK DIRECTLY FOR WALGREENS.

02:52PM  20   Q.   OKAY.  BUT THEY WERE UNDER THE CONTROL OF WALGREENS IN

02:52PM  21   TERMS OF THE SERVICES THAT THEY WERE PROVIDING FOR WALGREENS;

02:52PM  22   RIGHT?

02:52PM  23   A.   WE DID NOT DICTATE THEIR SCOPE OF PRACTICE.  THAT'S NOT

02:52PM  24   WHAT WALGREENS DOES FOR ANY OF OUR HEALTH CARE PROFESSIONALS.

02:52PM  25   Q.   OKAY.  SO THEY WERE HIRED BY A PROFESSIONAL ORGANIZATION

02:52PM   1    THAT WALGREENS THEN CONTRACTED WITH?

02:52PM   2    A.   CORRECT.

02:52PM   3    Q.   BUT IF WALGREENS WANTED THAT CONTRACTOR TO PROVIDE THAT

02:52PM   4    THE NURSE PRACTITIONER WOULD CONDUCT VENOUS DRAWS, WALGREENS

02:52PM   5    COULD DO THAT WITH THE PROFESSIONAL ORGANIZATION; RIGHT?

02:52PM   6    A.   WITH THE APPROPRIATE LEADERSHIP AGREEMENT, YES.

02:52PM   7    Q.   RIGHT.   OKAY.   AND THEN IF YOU GO ON IN THE EXHIBIT, IT

02:53PM   8    SAYS THAT "SUNNY BALWANI IS LOOKING FOR A LIMITED LIABILITY FOR

02:53PM   9    DATA."

02:53PM  10         AND BELOW THAT THERE ARE SOME BULLETS, AND IT SAYS, "STORE

02:53PM  11    SELECTION CRITERIA TO BE PROVIDED BY THERANOS."

02:53PM  12         SO THAT HAS TO DO WITH WHICH WALGREENS STORES WOULD BE

02:53PM  13    SELECTED FOR NEW THERANOS LOCATIONS; RIGHT?

02:53PM  14    A.   WELL, THIS IS NOT SELECTING THE STORES, IT'S THE SELECTION

02:53PM  15    CRITERIA.

02:53PM  16         SO WHAT ARE THE THINGS THAT THERANOS IS LOOKING FOR THAT

02:53PM  17    WOULD CONSTITUTE A STORE THAT WE WOULD SELECT FOR THE SITE?

02:53PM  18         SO IT'S NOT A QUESTION OF HERE'S 8,000 STORES, TELL ME

02:53PM  19    WHICH STORES YOU WANT TO BE IN.

02:53PM  20         WHAT WE WERE ASKING FOR FROM THE THERANOS TEAM IS, WHAT

02:53PM  21    ARE THE CRITERIA THAT YOU'RE LOOKING FOR?   IS IT THE NUMBER OF

02:53PM  22    PHYSICIANS AROUND THE AREA?   IS IT A STORE THAT IS 24 HOURS?

02:53PM  23    IS IT A STORE THAT IS HIGH VOLUME?   LOW VOLUME?   IN A RURAL

02:53PM  24    AREA?   URBAN AREA?

02:54PM  25         WHAT WE WERE LOOKING FOR IS CRITERIA, AND THAT CRITERIA

02:54PM 1    WOULD THEN BE USED TO COME BACK AND SAY HERE ARE THE STORES

02:54PM 2    THAT MEET THAT CRITERIA, AND THERANOS AND WALGREENS WOULD THEN

02:54PM 3    AGREE UPON THOSE STORES.

02:54PM 4    Q.   OKAY.  AND YOU MENTIONED THE ISSUE OF HIGH VOLUME STORES.

02:54PM 5    SO DIFFERENT WALGREENS STORES HAD DIFFERENT SORT OF CUSTOMER

02:54PM 6    VOLUME; IS THAT FAIR?

02:54PM 7    A.   YES, THAT'S FAIR.

02:54PM 8    Q.   AND THERE WERE SOME STORES MAYBE IN MORE POPULATED AREAS

02:54PM 9    THAT HAD MORE PATIENTS COMING TO THE STORES?

02:54PM 10   A.   YEAH.

02:54PM 11   Q.   OR CUSTOMERS I SHOULD SAY?

02:54PM 12   A.   YEAH, I WOULDN'T MAKE A CORRELATION BETWEEN POPULATION AND

02:54PM 13   VOLUME, BUT I WOULD SAY SIMPLY THAT EACH STORE HAD A DIFFERENT

02:54PM 14   PROFILE AND COULD BE HIGH VOLUME, LOW VOLUME, MEDIUM VOLUME.

02:54PM 15   Q.   OKAY.  AND THE HEALTH CARE CLINICS, YOU KNOW, THE

02:54PM 16   APPROXIMATELY 400 OF THOSE, THAT -- SOME OF THOSE WERE IN HIGH

02:54PM 17   TRAFFIC, HIGH VOLUME AREAS; RIGHT?

02:54PM 18   A.   YEAH.  AGAIN, IT COULD BE.  THE CRITERIA FOR WHERE WE PUT

02:54PM 19   A CLINIC IS NOT ALWAYS VOLUME OR HOURS OF OPERATION.  IT COULD

02:54PM 20   BE BECAUSE THERE'S A LACK OF HEALTH CARE SERVICES IN THAT

02:55PM 21   PARTICULAR COMMUNITY, AND IN THOSE CASES WE WOULD PUT A CLINIC

02:55PM 22   IN TO PROVIDE THOSE SERVICES.

02:55PM 23       SO THERE'S A LOT OF DIFFERENT CRITERIA THAT WE LOOK AT TO

02:55PM 24   PUT THESE TYPES OF SERVICES IN.

02:55PM 25   Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT, WHICH IS 1861.  AND I

02:55PM   1      DON'T RECALL WHETHER THIS IS ALREADY IN EVIDENCE.

02:55PM   2            IT'S NOT.  SO LET'S LOOK AT IT BEFORE WE DISPLAY IT.

02:55PM   3            1861, DO YOU SEE THIS IS AN EMAIL FROM PATTY HAWORTH AGAIN

02:55PM   4      TO A GROUP OF PEOPLE?

02:55PM   5      A.   YES, SIR.

02:55PM   6      Q.   AND IS THIS THE JULY 10TH WALGREENS-THERANOS PARTNERSHIP

02:55PM   7      MEETING MINUTES AND ACTION ITEMS?

02:55PM   8      A.   YES, SIR.

02:55PM   9      Q.   AND IS THIS MS. HAWORTH TRANSMITTING ANOTHER SET OF

02:55PM  10      MINUTES THAT ARE DESIGNED TO ACCURATELY REFLECT WHAT HAPPENED

02:55PM  11      AT THE MEETING?

02:56PM  12      A.   YES, SIR.

02:56PM  13            MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 1861.

02:56PM  14            MR. SCHENK:  NO OBJECTION.

02:56PM  15            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:56PM  16       (GOVERNMENT'S EXHIBIT 1861 WAS RECEIVED IN EVIDENCE.)

02:56PM  17      BY MR. COOPERSMITH:

02:56PM  18      Q.   OKAY.  LOOKING AT THE FIRST PAGE, YOU SEE THAT'S THE EMAIL

02:56PM  19      FROM MS. HAWORTH, AND THEN IT INCLUDES A GROUP OF PEOPLE,

02:56PM  20      INCLUDING MR. BALWANI AND YOURSELF.

02:56PM  21            DO YOU SEE THAT?

02:56PM  22      A.   YES, SIR.

02:56PM  23      Q.   AND THEN BELOW THAT IT HAS A SECTION CALLED ACTION ITEMS.

02:56PM  24            AND ONE OF THEM, NUMBER 5, IS "PLAN FOR TRANSITION FROM

02:56PM  25      PHLEBOTOMISTS IN STORES BY DECEMBER 31ST."

02:56PM   1      A.   YES.

02:56PM   2      Q.   AND WHAT IS THAT ABOUT?

02:56PM   3      A.   I'D HAVE TO TAKE A LOOK AT EXACTLY WHAT THE DETAILS ARE.

02:56PM   4      I DON'T REMEMBER EXACTLY WHAT THEY'RE REFERRING TO IN THIS.

02:56PM   5      Q.   OKAY.  AND THEN NUMBER 7 SAYS, "DEVELOP SCALEABLE

02:56PM   6      MENTORING PROGRAM OR HAVE WALGREENS HIRE BOTS."

02:57PM   7           DO YOU SEE THAT?

02:57PM   8      A.   YES.

02:57PM   9      Q.   AND ARE BOTS A SHORT FORM OF THE WORD PHLEBOTOMISTS?

02:57PM   10     A.   YES, IT IS.

02:57PM   11     Q.   AND SO DO YOU RECALL AT THIS POINT THERE WAS A DISCUSSION

02:57PM   12     ABOUT WALGREENS HIRING PHLEBOTOMISTS?

02:57PM   13     A.   YES.

02:57PM   14     Q.   IF YOU GO TO PAGE 2, YOU SEE ACTION NUMBER 14, AND IT SAYS

02:57PM   15     "CONFIRM 4 STORE SITE SELECTION FOR SOUTH BAY AREA OUT OF LIST

02:57PM   16     OF 5 CANDIDATE STORES PROVIDED BY MP&R."

02:57PM   17           DO YOU SEE THAT?

02:57PM   18     A.   YES.

02:57PM   19     Q.   WHAT IS MP&R?

02:57PM   20     A.   MARKET PLANNING, AND RESEARCH.

02:57PM   21     Q.   THAT'S ANOTHER PART OF WALGREENS?

02:57PM   22     A.   IT IS.

02:57PM   23     Q.   AND SO THIS IS ABOUT -- THIS ACTION ITEM HAS TO DO WITH

02:57PM   24     CHOOSING SITE SELECTION FOR ADDITIONAL WALGREENS STORES IN THE

02:57PM   25     BAY AREA THAT WOULD HAVE THERANOS BLOOD COLLECTION INSIDE OF

02:57PM   1    THEM?

02:57PM   2    A.   CORRECT.  SO THIS VALIDATES -- THE POINT THAT I WAS TRYING

02:57PM   3    TO MAKE HERE IS BASED ON THE CRITERIA THAT THERANOS PROVIDED

02:57PM   4    US, WE WOULD PROVIDE A LIST OF STORES.  SO WHAT WE'RE SAYING

02:58PM   5    HERE, NUMBER 14, IS TO CONFIRM A 4 STORE SITE SELECTION BASED

02:58PM   6    ON THE LIST THAT WE ARE PROVIDING MR. BALWANI.

02:58PM   7    Q.   OKAY.  AND THEN IF YOU GO TO NUMBER 15, IT SAYS, "SELECT

02:58PM   8    16 ADDITIONAL STORES IN NORTHERN CALIFORNIA."

02:58PM   9         THAT WAS ALSO AN ACTION ITEM?

02:58PM  10    A.   YES.

02:58PM  11    Q.   AND THEN NUMBER 17 SAYS, "SHARE DATA FOR SITE SELECTION

02:58PM  12    PROCESS WITH DAVE MILLER."

02:58PM  13         DO YOU SEE THAT?

02:58PM  14    A.   I DO.

02:58PM  15    Q.   AND WHO IS DAVE MILLER?

02:58PM  16    A.   DAVE MILLER IS THE HEAD OF MARKET PLANNING AND RESEARCH.

02:58PM  17    WHAT HIS TEAM DOES, THEY ACTUALLY LOOK AT AND DO THE DUE

02:58PM  18    DILIGENCE FOR ANY TYPE OF SITE SELECTION.

02:58PM  19         SO IF WE WANT TO OPEN UP A BRAND NEW WALGREENS STORE, ALL

02:58PM  20    OF THE DUE DILIGENCE, ALL OF THE INFORMATION GATHERING WOULD BE

02:58PM  21    DONE BY HIS DEPARTMENT.  SO WHAT DAVE MILLER AND THE MPR TEAM

02:58PM  22    IS DOING IS PLANNING OUT WHAT SOME OF THESE STORES AND WHAT

02:58PM  23    THOSE SELECTIONS LOOK LIKE BASED, AGAIN, ON THE CRITERIA THAT

02:59PM  24    IS PROVIDED TO US.

02:59PM  25    Q.   OKAY.  LET'S TURN TO PAGE 5 OF THE EXHIBIT.  THIS IS THE

02:59PM   1        PARTNERSHIP MEETING MINUTES THEMSELVES.

02:59PM   2             YOU SEE THERE'S A LIST OF AGENDA ITEMS?

02:59PM   3        A.   YES.

02:59PM   4        Q.   AND AFTER THE KICKOFF AND THE CURRENT STATUS AGENDA ITEMS,

02:59PM   5        THEN THERE'S AN ITEM FOR "2014/15 MARKET EXPANSION ARIZONA,

02:59PM   6        CALIFORNIA, AND TRI-STATE (NEW YORK, NEW JERSEY, CONNECTICUT)."

02:59PM   7             DO YOU SEE THAT?

02:59PM   8        A.   I DO.

02:59PM   9        Q.   AND SOMETIMES PEOPLE REFER TO THE NEW YORK, NEW JERSEY,

02:59PM   10       CONNECTICUT AREA AS THE TRI-STATE AREA; IS THAT RIGHT?

02:59PM   11       A.   THAT'S RIGHT.

02:59PM   12       Q.   AND IF YOU GO DOWN THE PAGE THERE'S MEETING NOTES, AND IT

02:59PM   13       SAYS THAT YOU KICKED OFF THE MEETING; RIGHT?

02:59PM   14       A.   YES.

02:59PM   15       Q.   AND IT SAYS, "INCREASE INPATIENT RAMP SINCE WE LAST MET.

02:59PM   16       WE HIT OUR FIRST 100 PATIENTS/DAY ON JULY 2ND."

03:00PM   17            DO YOU SEE THAT?

03:00PM   18       A.   I DO.

03:00PM   19       Q.   AND SO THE PATIENT TRAFFIC IS INCREASING; RIGHT?

03:00PM   20       A.   YES.

03:00PM   21       Q.   AND THEN IT SAYS, "INTRODUCE DR. PAT CARROLL, CHIEF

03:00PM   22       MEDICAL OFFICER OF THE HEALTH CARE CLINICS."

03:00PM   23            AM I READING THAT RIGHT?

03:00PM   24       A.   THAT'S RIGHT.

03:00PM   25       Q.   AND SO WAS PAT CARROLL, DR. CARROLL, INVITED TO THE

03:00PM   1    MEETING?

03:00PM   2    A.   I BELIEVE SO.  I DO NOT KNOW THAT FOR A FACT.

03:00PM   3    Q.   AND THAT WAS TO TALK ABOUT -- WELL, IF YOU'RE INTRODUCING

03:00PM   4    HIM, HE WOULD HAVE TO BE THERE; RIGHT?

03:00PM   5    A.   NOT PHYSICALLY.

03:00PM   6    Q.   HE COULD BE THERE ON THE PHONE?

03:00PM   7    A.   ON THE PHONE, YEAH.

03:00PM   8    Q.   OKAY.  BUT HE WAS EITHER THERE IN PERSON OR BY THE PHONE?

03:00PM   9    A.   CORRECT.

03:00PM   10   Q.   OKAY.  AND THE REASON THAT DR. CARROLL WAS THERE WAS TO

03:00PM   11   TALK ABOUT THE CONNECTION BETWEEN THE HEALTH CARE CLINICS AND

03:00PM   12   THERANOS SERVICES?

03:00PM   13   A.   THAT'S RIGHT.  AND WHAT WE WERE PLANNING AT THE TIME WAS,

03:00PM   14   WHAT IS OUR MENU OF SERVICES, NUMBER ONE?  CAN WE INCORPORATE

03:00PM   15   ANY OF THE SERVICES WITHIN THE CLINICS OR WITH THERANOS, AND SO

03:00PM   16   WE WANTED TO MAKE SURE THAT PAT CARROLL WAS THERE TO PROVIDE

03:01PM   17   ANY INPUT INTO THAT.

03:01PM   18   Q.   OKAY.  AND YOU SEE ON THE NEXT PAGE, PAGE 6, THERE ARE

03:01PM   19   SOME MORE BULLETS, AND IF I GO TO THE, I GUESS IT'S THE FIFTH

03:01PM   20   BULLET, IT SAYS, "GOAL IS BY THE END OF THE YEAR FOR THERANOS

03:01PM   21   BOTS TO BE OUT OF THE STORES AND WALGREENS STAFF TO TAKE OVER

03:01PM   22   THIS ROLE."

03:01PM   23        DO YOU SEE THAT?

03:01PM   24   A.   YES, I DO.

03:01PM   25   Q.   AND THAT WAS A GOAL THAT WAS DISCUSSED AT THIS MEETING?

03:01PM 1      A.   CORRECT.

03:01PM 2      Q.   AND IF WALGREENS TOOK OVER THE ROLE, THAT WOULD, AS LONG

03:01PM 3      AS THERE WAS A NEED FOR PHLEBOTOMISTS, BE AN EXTRA COST ITEM

03:01PM 4      FOR WALGREENS POTENTIALLY?

03:01PM 5      A.   WELL, WHAT WE'RE REFERRING TO HERE IS FOR THERANOS

03:01PM 6      PHLEBOTOMISTS, ALL PHLEBOTOMISTS TO BE OUT OF THE STORES AND

03:01PM 7      FOR WALGREENS STAFF, THE TRAINED TECHNICIANS TO TAKE OVER WHAT

03:01PM 8      IS A FINGERSTICK BLOOD DRAW.

03:01PM 9           SO THAT'S WHAT WE'RE REFERRING TO HERE.

03:01PM 10     Q.   BUT YOU'VE ALWAYS -- YOU UNDERSTOOD THAT THERE WAS ALWAYS

03:02PM 11     GOING TO BE A NEED FOR SOME LEVEL OF VENOUS DRAW; RIGHT?

03:02PM 12     A.   UNDERSTOOD.

03:02PM 13     Q.   AND THAT WOULD TAKE A PHLEBOTOMIST?

03:02PM 14     A.   THAT WOULD.

03:02PM 15     Q.   OR A NURSE PRACTITIONER?

03:02PM 16     A.   OR A NURSE PRACTITIONER.

03:02PM 17     Q.   OKAY.  AND IF WE GO DOWN THE PAGE IT'S IN THE MIDDLE, AND

03:02PM 18     MAYBE YOU CAN LOOK AT THE SCREEN AND WE'LL HIGHLIGHT THE

03:02PM 19     LANGUAGE.

03:02PM 20          IT SAYS, "WE ARE BUILDING OUT PRIVATE HEALTH ROOMS

03:02PM 21     CHAIN-WIDE AND WORKING WITH LEGAL TO GET THE GREEN LIGHT TO USE

03:02PM 22     THE HCC ROOMS; HOPING TO GET FROM AMY SHAPPERT IN THE NEXT

03:02PM 23     2 WEEKS."

03:02PM 24          DO YOU SEE THAT?

03:02PM 25     A.   YES.

03:02PM   1    Q.   AND WHO IS AMY SHAPPERT?

03:02PM   2    A.   AMY SHAPPERT WAS OUR COUNSEL FOR THE HEALTH CARE CLINICS.

03:02PM   3    Q.   OKAY.  SO THIS ITEM IS ABOUT BUILDING PRIVATE HEALTH

03:02PM   4    ROOMS; CORRECT?

03:02PM   5    A.   YES.

03:02PM   6    Q.   AND WORKING WITH LEGAL TO USE THE HCC ROOMS FOR THE

03:02PM   7    THERANOS BLOOD TESTING PURPOSES?

03:02PM   8    A.   CORRECT.

03:02PM   9         SO WHAT WE'RE DISCUSSING HERE IS THE SEPARATE ROOMS FOR

03:03PM  10    OTHER SERVICES, LIKE THERANOS SERVICES IS ONE TOPIC.

03:03PM  11         WHAT WE WERE TRYING TO UNDERSTAND IS CAN WE USE THE HEALTH

03:03PM  12    CARE CLINICS ITSELF, WHICH WERE FOR NURSE PRACTITIONERS

03:03PM  13    PROVIDING ACUTE CARE SERVICES, CAN WE USE THOSE ROOMS FOR

03:03PM  14    THERANOS SERVICES AS WELL?

03:03PM  15         AND THERE WERE SOME ISSUES THAT WE WANTED TO MAKE SURE

03:03PM  16    THAT WE CLEARED UP BEFORE MOVING FORWARD WITH IT.

03:03PM  17    Q.   OKAY.  AND IF YOU GO TO NEAR THE BOTTOM OF THE PAGE, THE

03:03PM  18    THIRD BULLET FROM THE BOTTOM, IT SAYS, "PER SUNNY, OFFERING NEW

03:03PM  19    STD PANEL LATER THIS MONTH FOR NUCLEIC ACIDS, HIV, SYPHILIS,

03:03PM  20    GONORRHEA, ET CETERA; 8 TESTS FOR $59."

03:03PM  21         DO YOU SEE THAT?

03:03PM  22    A.   YES.

03:03PM  23    Q.   AND SO THAT WOULD BE A PANEL OF STD TESTS AT THAT PRICE

03:03PM  24    POINT IN TERMS OF WHAT WAS DISCUSSED AT THE MEETING?

03:03PM  25    A.   YES.  WHAT WE DISCUSSED IS THE THERANOS TEAM WERE WORKING

03:04PM  1    ON THE V2 TESTS, AND IN THIS CASE IT WAS AN STD PANEL.

03:04PM  2        WE WERE TRYING TO UNDERSTAND, CAN WE OFFER THOSE TESTS

03:04PM  3    THROUGH OUR CLINICS AS WELL, AND SO THAT'S WHAT THIS IS

03:04PM  4    REFERRING TO.

03:04PM  5    Q.   AND IF THAT WENT FORWARD, THEN THE DEAL WITH WALGREENS IS

03:04PM  6    WALGREENS WOULD CAPTURE A PORTION OF THAT $59 FEE; CORRECT?

03:04PM  7    A.   I DON'T REMEMBER.  I DON'T THINK THAT WAS A COST SHARING

03:04PM  8    ON THAT MODEL.

03:04PM  9    Q.   OKAY.  BUT IN GENERAL, THAT'S HOW WALGREENS WAS HOPING TO

03:04PM  10   MAKE MONEY OUT OF THIS DEAL WITH THERANOS, RIGHT, THAT THEY

03:04PM  11   WOULD CAPTURE A PORTION OF THE FEE THAT WAS PAID FOR THE BLOOD

03:04PM  12   TESTS?

03:04PM  13   A.   NO.  THE AGREEMENT WITH WALGREENS WAS THAT IT WAS A PER

03:04PM  14   PATIENT FEE.  IT WAS NOT A PER TEST OR A PERCENTAGE OF THE

03:04PM  15   TEST.  IT WAS A PER PATIENT FEE.  SO IF IT WAS 100 PATIENTS, IT

03:05PM  16   WOULD BE 100 TIMES WHATEVER THE FEE IS, WHICH WOULD BE WHAT THE

03:05PM  17   REMUNERATION TO WALGREENS WOULD BE.

03:05PM  18   Q.   OKAY.  SO SOME PORTION OF THE PER PATIENT FEE IS HOW

03:05PM  19   WALGREENS WOULD, WOULD HAVE REVENUE FROM THE THERANOS PROGRAM;

03:05PM  20   RIGHT?

03:05PM  21   A.   NO, THERE WAS NO PERCENTAGE.

03:05PM  22        SO I WANT TO BE VERY CLEAR.  THE AGREEMENT WAS THAT EVERY

03:05PM  23   PATIENT THAT COMES INTO A WALGREENS TO RECEIVE THERANOS

03:05PM  24   SERVICES, WALGREENS WOULD BE REIMBURSED A SET FEE AS PART OF

03:05PM  25   THE CONTRACT.

03:05PM   1         THAT'S THE DOLLAR AMOUNT THAT WE WOULD RECEIVE, OR

03:05PM   2    WALGREENS WOULD RECEIVE.

03:05PM   3         SO IF IT'S $59 FOR A TEST, WE'RE NOT RECEIVING $59 OR

03:05PM   4    WE'RE NOT RECEIVING A PERCENTAGE OF THE $59.

03:05PM   5         WHAT WE ARE RECEIVING IS A FEE FOR THAT ONE PATIENT.

03:05PM   6    Q.   OKAY.  AND WAS THE ONE PATIENT, THE FEE PER PATIENT $10?

03:06PM   7    IS THAT WHAT YOU UNDERSTAND?

03:06PM   8    A.   THAT'S CORRECT.

03:06PM   9    Q.   SO IF THAT PATIENT PAID $59 FOR AN STD PANEL, WALGREENS

03:06PM  10    WOULD GET $10?

03:06PM  11    A.   FOR THAT PATIENT.

03:06PM  12    Q.   RIGHT, FOR THAT PATIENT?

03:06PM  13    A.   CORRECT.

03:06PM  14    Q.   OKAY.  THANK YOU.

03:06PM  15         IF YOU GO TO THE NEXT PAGE, DO YOU SEE THERE'S A HEADING

03:06PM  16    THAT'S CALLED 2014/15 MARKET EXPANSION:  ARIZONA, CALIFORNIA,

03:06PM  17    TRI-STATE AREA?

03:06PM  18    A.   I DO.

03:06PM  19    Q.   AND IN THIS PARTNERSHIP MEETING, THE DISCUSSION WAS A

03:06PM  20    POTENTIAL MARKET EXPANSION OF THESE THERANOS-WALGREENS STORES

03:06PM  21    IN THOSE THREE AREAS, ARIZONA, CALIFORNIA, AND THE TRI-STATE

03:06PM  22    AREA?

03:06PM  23    A.   CORRECT.  IN OUR DISCUSSION, AGAIN, BOTH TEAMS DISCUSSING

03:06PM  24    WHERE THE NEXT STATES WOULD BE, AGAIN, I WANT TO UNDERSCORE, WE

03:06PM  25    HAVE TO PLAN.  THERE'S A LOT THAT NEEDS TO GO INTO OPENING UP A

03:07PM  1    WALGREENS STORE, LET ALONE WALGREENS PLUS A THERANOS STORE.

03:07PM  2          SO WHAT WE'RE LOOKING TO DO HERE IS TO SAY, WHERE IS THE

03:07PM  3    NEXT EXPANSION THAT WE OUGHT TO BE THINKING ABOUT?  IN THIS

03:07PM  4    CASE ARIZONA, CALIFORNIA, NEW YORK, NEW JERSEY, CONNECTICUT.

03:07PM  5          SO AS YOU SEE FROM THE LIST OF THE BULLET POINTS, WE ARE

03:07PM  6    STARTING TO PLAN.

03:07PM  7    Q.   OKAY.  AND SO AS OF THIS DATE, THIS PARTNERSHIP MEETING IN

03:07PM  8    I THINK IT'S JULY 10TH, 2014, THE NEXT EXPANSION AREA

03:07PM  9    POTENTIALLY FOR EXPANSION WAS ADDITIONAL EXPANSION IN ARIZONA,

03:07PM  10   AND CALIFORNIA, AND THEN NEW EXPANSION IN THE TRI-STATE AREA;

03:07PM  11   CORRECT?

03:07PM  12   A.   THAT'S CORRECT.

03:07PM  13   Q.   OKAY.  AND THEN BELOW THAT, THERE'S A HEADING THAT SAYS

03:07PM  14   "ROAD AHEAD FOR ARIZONA IN 2014."

03:07PM  15          DO YOU SEE THAT?

03:07PM  16   A.   YES, I DO.

03:07PM  17   Q.   AND THAT WAS -- THAT AGENDA ITEM WAS RELATING TO

03:07PM  18   SPECIFICALLY WHAT THE PLANS WERE FOR ARIZONA, THAT PARTICULAR

03:07PM  19   MARKET?

03:07PM  20   A.   THAT'S CORRECT.

03:07PM  21   Q.   AND THAT'S A PLACE WHERE THERE WERE ALREADY STORES THAT

03:08PM  22   WERE OPERATING; RIGHT?

03:08PM  23   A.   THAT'S CORRECT.

03:08PM  24   Q.   THEN IF YOU GO TO THE NEXT PAGE, THERE'S A CALIFORNIA NEXT

03:08PM  25   STEPS SECTION.

```
03:08PM   1              DO YOU SEE THAT?

03:08PM   2    A.   I DO.

03:08PM   3    Q.   AND THE ITEMS DISCUSSED WERE "5 STORES IN BAY

03:08PM   4    AREA/PENINSULA LIVE BY SEPTEMBER 30TH."

03:08PM   5              DO YOU SEE THAT?

03:08PM   6    A.   I DO.

03:08PM   7    Q.   AND THEN "20 STORES BY 12/31."  THAT WAS A GOAL THAT WAS

03:08PM   8    DISCUSSED?

03:08PM   9    A.   IT WAS.

03:08PM  10    Q.   AND THEN THE "STAFF WILL BE WALGREENS PHLEBOTOMISTS"?

03:08PM  11    A.   CORRECT.

03:08PM  12    Q.   AND THAT WOULD MEAN IF THERE WERE WALGREENS PHLEBOTOMISTS,

03:08PM  13    THAT WALGREENS WAS PAYING THOSE PEOPLE?

03:08PM  14    A.   THAT'S THE ASSUMPTION, CORRECT.

03:08PM  15    Q.   RIGHT.

03:08PM  16              OKAY.  AND IF YOU GO TO PAGE 23.

03:09PM  17              DO YOU SEE THERE'S A --

03:09PM  18    A.   PAGE 23?

03:09PM  19    Q.   YEAH, PAGE 23 OF THE EXHIBIT.

03:09PM  20              OH, I SEE WHAT HAPPENED.  ONE SECOND, MR. JHAVERI.

03:09PM  21              ONE MOMENT, YOUR HONOR.

03:10PM  22              (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:10PM  23                   MR. COOPERSMITH:  THANK YOU FOR THE INDULGENCE,

03:10PM  24    YOUR HONOR.  I APPRECIATE IT.

03:10PM  25    Q.   I THINK I HAVE MY BINDER BACK TOGETHER, MR. JHAVERI.
```

03:10PM   1            I THINK THAT'S ALL FOR THAT EXHIBIT, SO WE CAN MOVE ON TO

03:10PM   2    THE NEXT ONE.

03:10PM   3            THE NEXT EXHIBIT IS 20228.

03:11PM   4            DO YOU HAVE 20228?

03:11PM   5    A.   I DO HAVE IT.

03:11PM   6    Q.   OKAY.  THANK YOU.

03:11PM   7            AND YOU RECOGNIZE THIS AS AN EMAIL, THE TOP EMAIL BETWEEN

03:11PM   8    YOU AND MR. BALWANI AND OTHERS?

03:11PM   9    A.   YES.

03:11PM  10    Q.   AND IT'S FROM THE END OF JULY, 2014?

03:11PM  11    A.   YES, FROM JULY 2014.

03:11PM  12            MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20228.

03:11PM  13            MR. SCHENK:  NO OBJECTION.

03:11PM  14            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:11PM  15        (DEFENDANT'S EXHIBIT 20228 WAS RECEIVED IN EVIDENCE.)

03:11PM  16    BY MR. COOPERSMITH:

03:11PM  17    Q.   OKAY.  IF YOU GO TO THE BOTTOM EMAIL, WHICH IS THE

03:12PM  18    EARLIEST IN TIME, MR. BALWANI WRITES ON JULY 28TH, AND THEN THE

03:12PM  19    EMAIL GOES ON TO THE NEXT PAGE, "NIM/CASEY,

03:12PM  20        "HOPE ALL IS WELL.  JUST WANT TO SEND YOU A FEW QUICK

03:12PM  21    UPDATES."

03:12PM  22            DO YOU SEE THAT?

03:12PM  23    A.   YES.

03:12PM  24    Q.   AND AT THE BOTTOM THERE HE WRITES, "SEPARATELY, I HAVEN'T

03:12PM  25    HEARD FROM HCC TEAM ON STI DISCUSSION SINCE I SENT THE

03:12PM   1    POWERPOINT TO THE TEAM."

03:12PM   2         DO YOU SEE THAT?

03:12PM   3    A.   YES.

03:12PM   4    Q.   OKAY.  AND STI AND STD, THAT MEANS THE SAME THING; RIGHT?

03:12PM   5    A.   INTERCHANGEABLE.

03:12PM   6    Q.   RIGHT.

03:12PM   7         AND THEN IF YOU GO TO THE EMAIL ON PAGE 1 FROM

03:12PM   8    CASEY KOZLOWSKI, HE WRITES:

03:12PM   9         "SUNNY, THANKS FOR THE NOTE -- THIS IS ALL GREAT NEWS.  I

03:12PM  10    ACTUALLY HAD A CALL REGARDING HCC STD TESTING TODAY -- MORE TO

03:12PM  11    COME ON THAT BUT THINGS ARE MOVING FORWARD.  PAT CARROLL WAS ON

03:13PM  12    THE CALL AND WILL BE IN ARIZONA WITH US NEXT WEEK.  WE'D LIKE

03:13PM  13    TO ADD THIS TO THE AGENDA FOR MEETING IF YOU DON'T MIND."

03:13PM  14         AND THEN IT SAYS, "ON AN UNRELATED NOTE, I HAD AN

03:13PM  15    INTERESTING CONVERSATION WITH STATE FARM RECENTLY.  THEY ARE

03:13PM  16    INTERESTED IN DOING LIFE INSURANCE PANELS WITH WALGREENS AND

03:13PM  17    THERANOS.  I'D LIKE TO SET UP SOME TIME WITH YOU LATER THIS

03:13PM  18    WEEK IF POSSIBLE TO GIVE YOU SOME BACKGROUND AND DETAILS ON

03:13PM  19    THEIR ASK."

03:13PM  20         DO YOU SEE THAT?

03:13PM  21    A.   YES.

03:13PM  22    Q.   AND THIS WAS ANOTHER POTENTIAL SOURCE OF PATIENTS WHERE IF

03:13PM  23    STATE FARM WOULD WANT PEOPLE TO COME AND DO BLOOD TESTS TO

03:13PM  24    UNDERWRITE LIFE INSURANCE?  IS THAT WHAT THIS IS ABOUT?

03:13PM  25    A.   THAT'S CORRECT.  AGAIN, WE WERE ALL TRYING TO MAKE THIS

03:13PM   1    SUCCESSFUL, AND SO CASEY KOZLOWSKI HAD A CONTACT AT STATE FARM

03:13PM   2    AND HAD A DISCUSSION ABOUT POTENTIALLY OFFERING THERANOS

03:13PM   3    SERVICES AS PART OF THE INSURANCE PANEL THAT THEY HAD TO HAVE.

03:13PM   4    Q.   AND THEN ABOVE THAT MR. BALWANI WRITES, "WE BROKE THRU 20

03:13PM   5    CUSTOMERS PER DAY THRESHOLD IN OUR PALO ALTO STORE.  22

03:14PM   6    PATIENTS TODAY.  2 COUPONS, 20 PAID CUSTOMERS."

03:14PM   7         DO YOU SEE THAT?

03:14PM   8    A.   YES.

03:14PM   9    Q.   AND THEN YOU WROTE, "THANK YOU SUNNY.  THIS IS TERRIFIC.

03:14PM  10    WE ARE STARTING TO MOVE MOUNTAINS.  CONGRATULATIONS."

03:14PM  11         DO YOU SEE THAT?

03:14PM  12    A.   YES.

03:14PM  13    Q.   AND THAT'S WHAT YOU THOUGHT AT THE TIME WHEN YOU WROTE

03:14PM  14    THAT; RIGHT?

03:14PM  15    A.   I DID.  IN JULY OF 2014, BOTH TEAMS CONTINUED TO WORK VERY

03:14PM  16    HARD TO MAKE THIS A SUCCESSFUL PROJECT, AND TO SEE 20 PATIENTS

03:14PM  17    IN A SINGLE DAY WAS VERY GOOD TO SEE.

03:14PM  18    Q.   OKAY.  LET'S GO TO THE NEXT EXHIBIT.  IT'S 1884, AND

03:14PM  19    THAT'S ALREADY IN EVIDENCE.

03:14PM  20         THIS IS A PARTNERSHIP MEETING FROM THE NEXT MONTH, AUGUST

03:14PM  21    OF 2014, AND PATTY HAWORTH SENT THIS AROUND; IS THAT CORRECT?

03:14PM  22    A.   ONE SECOND.  SORRY.

03:14PM  23    Q.   OF COURSE.

03:15PM  24    A.   OKAY.

03:15PM  25    Q.   MY QUESTION, JUST TO ORIENT US, WAS THIS WAS PARTNERSHIP

03:15PM   1    MEETING MINUTES FROM THE NEXT MONTH, AUGUST 2014; IS THAT

03:15PM   2    CORRECT?

03:15PM   3    A.   YES.

03:15PM   4    Q.   AND THEN IN THE BEGINNING, MS. HAWORTH WRITES, "PLEASE SEE

03:15PM   5    ATTACHED FOR REVISED SLIDE DECK."

03:15PM   6         JUST PAUSE THERE FOR A MINUTE.   I THINK YOU SAID THIS, BUT

03:15PM   7    THERE WERE SOMETIMES SLIDE POWERPOINT PRESENTATIONS THAT WERE

03:15PM   8    PRESENTED AT THESE MEETINGS?

03:15PM   9    A.   SURE, YES.

03:15PM   10   Q.   OKAY.   AND IN THIS CASE, MS. HAWORTH SENT AROUND A REVISED

03:15PM   11   VERSION?

03:15PM   12   A.   THAT'S WHAT IT SEEMS LIKE, YES.

03:15PM   13   Q.   AND THEN THE SMART GOALS, IS THAT A WALGREENS ACRONYM

03:15PM   14   FOR --

03:15PM   15   A.   NO.   SMART IS AN HR ACRONYM, AND I CAN'T -- DON'T ASK ME

03:15PM   16   TO TELL YOU WHAT THOSE WORDS OR LETTERS MEANS.

03:15PM   17        BUT IT'S BASICALLY GOALS THAT ARE SMART, THEY'RE

03:15PM   18   MEASURABLE, THEY'RE SOMETHING THAT YOU CAN TAKE ACTION ON.

03:15PM   19   THAT'S WHAT THAT IS REFERRING TO.

03:15PM   20   Q.   OKAY.   LET'S GO TO THE PARTNERSHIP MEETING MINUTES ITSELF.

03:16PM   21   LET'S START ON PAGE 4 OF THE DOCUMENT, AND THAT'S THE

03:16PM   22   PARTNERSHIP MEETING MINUTES.

03:16PM   23        AGAIN, THERE'S A GROUP OF ATTENDEES FROM THERANOS AND

03:16PM   24   WALGREENS AT THIS MEETING?

03:16PM   25   A.   YES.

03:16PM   1    Q.   AND IF YOU GO TO THE AGENDA ITEMS, YOU SEE PAT CARROLL IS

03:16PM   2    ONE OF THE PRESENTERS?

03:16PM   3    A.   YES.

03:16PM   4    Q.   AND THAT'S DR. CARROLL, THE CMO OF THE HEALTH CARE CLINIC

03:16PM   5    SIDE OF WALGREENS?

03:16PM   6    A.   THAT'S CORRECT.

03:16PM   7    Q.   OKAY.  AND THEN THERE'S A KICKOFF, AND IT SAYS, "SUNNY

03:16PM   8    KICKED OFF THE MEETING."

03:16PM   9         AND IT SAYS, "MOMENTUM IS BUILDING AND PATIENT UPTICK IS

03:16PM   10   OCCURRING."

03:16PM   11        RIGHT?

03:16PM   12   A.   YES.

03:16PM   13   Q.   AND THAT WAS TRUE AT THE TIME; RIGHT?

03:16PM   14   A.   YES.

03:16PM   15   Q.   AND THEN IT SAYS, "MET 3 TIMES IN A ROW (MAY 28TH,

03:16PM   16   JULY 10TH, AUGUST 7TH); NEXT MEETING IS OCTOBER 2ND."

03:17PM   17        RIGHT?

03:17PM   18   A.   THAT'S CORRECT.

03:17PM   19   Q.   AND SO THERE'S A PRETTY FAIR NUMBER OF PEOPLE THAT HAVE TO

03:17PM   20   GET TOGETHER TO HAVE ONE OF THESE MEETINGS; RIGHT?

03:17PM   21   A.   YES.

03:17PM   22   Q.   AND MEETING THAT OFTEN IS A SIGN THAT THERE'S A REAL

03:17PM   23   EFFORT BY THERANOS AND WALGREENS TO MOVE THE PROGRAM FORWARD;

03:17PM   24   RIGHT?

03:17PM   25   A.   YES.

03:17PM 1    Q.   AND THEN IF YOU GO TO THE NEXT BULLET, IT SAYS, "NIM

03:17PM 2    COMMENTED ON A BIG DAY FOR WALGREENS TO FOCUS US EVEN HARDER

03:17PM 3    FOR WHAT IS NEXT TO FOCUS ON INITIATIVES TO DRIVE VALUE TO

03:17PM 4    WALGREENS, OUR PARTNERS, AND U.S. HEALTH SYSTEM."

03:17PM 5         AND "THE BIG DAY," ARE YOU TALKING ABOUT THIS MEET ITSELF?

03:17PM 6    A.   YOU KNOW, I COULDN'T QUITE TELL YOU.  I DON'T REMEMBER

03:17PM 7    EXACTLY WHY I REFER TO IT AS "A BIG DAY."

03:17PM 8    Q.   OKAY.  AND THEN IT SAYS, "THE PROJECT TEAM IS IN THE

03:17PM 9    PROCESS OF PUTTING TOGETHER A CLEARLY ARTICULATED PLAYBOOK,

03:17PM 10   INCLUDING PEOPLE, PREPAREDNESS, MARKETING, OPERATIONS, LAUNCH

03:17PM 11   PLANS, ET CETERA."

03:18PM 12        DO YOU SEE THAT?

03:18PM 13   A.   YES.

03:18PM 14   Q.   AND SO ALL OF THOSE THINGS THAT ARE MENTIONED, AND MORE,

03:18PM 15   WOULD BE NECESSARY TO CONTINUE TO EXPAND THE PROGRAM WITH

03:18PM 16   THERANOS?

03:18PM 17   A.   YES.  IT'S ALL OF THOSE THINGS, MAKING SURE THAT THE PILOT

03:18PM 18   IS SUCCESSFUL, MAKING SURE THAT WE'RE HITTING ON THE METRICS,

03:18PM 19   MAKING SURE THAT BOTH COMPANIES ARE PREPARED AND HAVE THE

03:18PM 20   CAPABILITIES TO EXPAND, IT'S ALL OF THOSE THINGS THAT WE'RE

03:18PM 21   DISCUSSING HERE.  WHEN WE SAY "AN ARTICULATED PLAYBOOK," THAT

03:18PM 22   PLAYBOOK NEEDS TO INCLUDE ALL OF THAT.

03:18PM 23   Q.   RIGHT.  AND THEN IF YOU GO TO THE NEXT PAGE, PAGE 5, IT

03:18PM 24   SAYS, "MATT ECHOED NIM AND MENTIONED THE NEED FOR COST CONTROL;

03:18PM 25   COLLABORATION HAS IMPROVED SIGNIFICANTLY; WE CAN BE BRUTALLY

03:18PM  1    HONEST WITH EACH OTHER INTERNALLY AND HAVE A UNITED FRONT; NEED

03:18PM  2    TO SELL THE THERANOS/WALGREENS VALUE PROP."

03:18PM  3         DO YOU SEE THAT?

03:18PM  4    A.   YES.

03:18PM  5    Q.   AND WHO IS MATT IN THAT?

03:18PM  6    A.   MATT SESTO WAS ONE OF OUR REGIONAL VICE PRESIDENTS AND HE

03:19PM  7    OVERSAW THE STORE OPERATIONS FOR THE ARIZONA MARKET.

03:19PM  8         ALL OF OUR MARKETS THROUGHOUT THE COUNTRY HAVE LEADERS

03:19PM  9    THAT HAVE OVERSIGHT TO ENSURE THAT THE STORES ARE OPERATING

03:19PM  10   APPROPRIATELY, CUSTOMER SERVICE IS AT THE HIGHEST LEVEL, AND

03:19PM  11   ALL OF THE THINGS THAT GO INTO A RETAIL STORE.

03:19PM  12   Q.   OKAY.  AND THEN THE NEXT ITEM IS CURRENT STATUS.

03:19PM  13        DO YOU SEE THAT?

03:19PM  14   A.   YES.

03:19PM  15   Q.   AND AT THAT TIME IN AUGUST OF 2014, THERE WERE 30 STORES

03:19PM  16   LIVE.

03:19PM  17        DO YOU SEE THAT?

03:19PM  18   A.   YES.

03:19PM  19   Q.   AND THERE WERE WAVE 4 LAUNCH DATES FOR ADDITIONAL STORES

03:19PM  20   TO BE DETERMINED.

03:19PM  21        DO YOU SEE THAT?

03:19PM  22   A.   I DO SEE THAT.

03:19PM  23   Q.   AND TOTAL VISITS IN JULY, IS THAT THE TOTAL PATIENT VISITS

03:19PM  24   IN JULY OF 2014?

03:19PM  25   A.   CORRECT.  IT WAS TOTAL VISITS ACROSS ALL OF THOSE STORES

03:19PM  1    THAT WERE ACTIVE.

03:19PM  2         SO IN THIS CASE 2,637 PATIENTS CAME TO 30 STORES.

03:19PM  3    Q.   OKAY.  AND THE FOURTH ITEM THERE IS "27 OUT OF 30 STORES

03:20PM  4    ON DSL."

03:20PM  5         DO YOU KNOW WHAT THAT IS?

03:20PM  6    A.   YES, IT'S AN INTERNET CONNECTION.

03:20PM  7    Q.   SIX IS "MOSTLY IMPROVED PATIENT EXPERIENCE."

03:20PM  8         DO YOU SEE THAT?

03:20PM  9    A.   YES.

03:20PM 10    Q.   AND THEN NUMBER 7, THIS IS PART OF THE PATIENT EXPERIENCE,

03:20PM 11    RIGHT, "THE MEDIAN CHECK IN TIME EQUALS 5 MINUTES WITH A

03:20PM 12    DECREASE OF 1 MINUTE."

03:20PM 13         DO YOU SEE THAT?

03:20PM 14    A.   THAT'S CORRECT.

03:20PM 15    Q.   SO THAT MEANS FROM A PREVIOUS TIME THIS WAS MEASURED,

03:20PM 16    THERE HAD BEEN A DECREASE ON AVERAGE OF 1 MINUTE FOR THE CHECK

03:20PM 17    IN TIME?

03:20PM 18    A.   THAT'S RIGHT.

03:20PM 19    Q.   AND SO THAT WAS MOVING IN THE RIGHT DIRECTION?

03:20PM 20    A.   YES, IT WAS.

03:20PM 21    Q.   AND THEN MEDIAN WAIT TIME, SAME THING, MOVING IN THE RIGHT

03:20PM 22    DIRECTION?  ACTUALLY NOT.  IT'S INCREASED BY 1 MINUTE; RIGHT?

03:20PM 23    A.   THAT'S RIGHT.

03:20PM 24    Q.   OKAY.  AND THEN MEDIAN PERFORM TIME, WHAT IS THAT?

03:20PM 25    A.   THE PERFORM TIME IS THE ACTUAL BLOOD DRAW, AND SO WE WERE

03:20PM  1    MEASURING THAT AS WELL AND THAT INCREASED BY 2 MINUTES.

03:21PM  2    Q.   OKAY.  BELOW THAT, AFTER 1 THROUGH 10, IT SAYS -- I SPOKE

03:21PM  3    TOO FAST.

03:21PM  4         "MEDICARE/MEDICAID NOW CONSIDERS THERANOS A LARGE LAB WITH

03:21PM  5    40 LOCATIONS."

03:21PM  6         DO YOU SEE THAT?

03:21PM  7    A.   YES, I DO.

03:21PM  8    Q.   AND THEN IF YOU GO A FEW BULLETS DOWN, IT SAYS, "THERANOS

03:21PM  9    EXPERIENCE SURVEY SUMMARY RESULTS ARE OFF THE CHARTS."

03:21PM  10        DO YOU SEE THAT?

03:21PM  11   A.   I DO.

03:21PM  12   Q.   AND THAT WAS TRUE AT THE TIME?

03:21PM  13   A.   AT THE TIME.

03:21PM  14   Q.   AND IT SAYS, "NIM ASKED FOR MONTH-TO-MONTH TRENDING

03:21PM  15   REPORTS."

03:21PM  16        SO IT GOES ON.

03:21PM  17        DO YOU SEE THAT?

03:21PM  18   A.   YES.

03:21PM  19   Q.   AND BELOW THAT, THE NEXT BULLET SAYS, "BASELINE INFO

03:21PM  20   PROVIDED WHERE CUSTOMERS TYPICALLY GET THEIR PRESCRIPTIONS

03:21PM  21   FILLED; THIS IS PATIENT ACQUISITION INFO; NEED TO IDENTIFY

03:21PM  22   SYNERGIES; PER NIM, IMPORTANT TO GET SEGMENT OF 47 PERCENT THAT

03:21PM  23   DON'T USE WALGREENS TO FILL SCRIPTS."

03:21PM  24        DO YOU SEE THAT?

03:21PM  25   A.   I DO.

03:21PM  1    Q.   AND THIS IS REFERRING TO PRESCRIPTIONS; RIGHT?

03:22PM  2    A.   WHAT THIS IS REFERRING TO IS AS PART OF DOING THE ANALYSIS

03:22PM  3    OF WHO IS COMING IN TO GET THERANOS SERVICES, WE ALSO ASKED

03:22PM  4    THEM A QUESTION, WHERE DO YOU HAVE YOUR PRESCRIPTION FILLED?

03:22PM  5         SO AFTER -- IF YOU REMEMBER, ONCE THE BLOOD DRAW IS DONE,

03:22PM  6    WE WOULD HAND THEM A TABLET TO THEN INDICATE WHAT TYPE OF

03:22PM  7    EXPERIENCE THAT THEY HAD, AND ONE OF THE QUESTIONS THAT WE

03:22PM  8    ASKED THEM IS, WHERE DID YOU FILL YOUR PRESCRIPTION, OR WHERE

03:22PM  9    DO YOU FILL YOUR PRESCRIPTION?

03:22PM  10        AND ABOUT 47 PERCENT OF THOSE INDIVIDUALS THAT ACTUALLY

03:22PM  11   RESPONDED SAID THEY DIDN'T USE WALGREENS FOR THEIR

03:22PM  12   PRESCRIPTIONS.

03:22PM  13        AND SO MY COMMENT HERE IS, HOW DO WE ATTRACT THAT

03:22PM  14   47 PERCENT TO WALGREENS PHARMACIES TO HAVE THEIR PRESCRIPTIONS

03:22PM  15   FILLED?

03:22PM  16   Q.   OKAY.  SO IN OTHER WORDS, 47 PERCENT OF THE PEOPLE COMING

03:22PM  17   IN TO GET A THERANOS BLOOD DRAW WERE PEOPLE WHO DON'T

03:22PM  18   ORDINARILY GET PRESCRIPTIONS FILLED AT WALGREENS?

03:22PM  19   A.   CORRECT.  THEY MAY SHOP AT WALGREENS, BUT THEY MAY NOT GET

03:22PM  20   THEIR PRESCRIPTIONS FILLED AT WALGREENS, OR THEY MAY NOT HAVE A

03:22PM  21   PRESCRIPTION TO FILL.

03:22PM  22   Q.   SO THE OPPORTUNITY FOR WALGREENS IS TO HAVE THOSE PEOPLE

03:23PM  23   SWITCH TO GET THEIR PRESCRIPTIONS FILLED AT WALGREENS; RIGHT?

03:23PM  24   A.   CORRECT.  IF THEY HAD A PRESCRIPTION FILLED OR NEEDED A

03:23PM  25   PRESCRIPTION, THAT WE WOULD WANT THEM TO FILL IT AT WALGREENS.

03:23PM  1    Q.   THIS IS ONE OF THE BENEFITS POTENTIALLY OF THE THERANOS

03:23PM  2    PROGRAM FOR WALGREENS; RIGHT?

03:23PM  3    A.   CORRECT.   THESE ARE THE SYNERGIES WHY WE -- WHY THE

03:23PM  4    PARTNERSHIP MADE SENSE.   IT WAS A ONE STOP SHOP FOR CUSTOMERS

03:23PM  5    AND PATIENTS TO GET THEIR SERVICES FROM THE PHARMACY, AS WELL

03:23PM  6    AS IF THEY NEEDED ANY LAB SERVICES, THEY COULD ALSO OBTAIN LAB

03:23PM  7    SERVICES.

03:23PM  8    Q.   AND IF A PERSON CAME IN TO GET A THERANOS BLOOD TEST AND

03:23PM  9    ON THE WAY OUT BOUGHT SOME ITEMS FOR SALE AT WALGREENS, THAT

03:23PM  10   WOULD ALSO BE A BENEFIT TO WALGREENS; RIGHT?

03:23PM  11   A.   IT WOULD BE A BENEFIT.   UNFORTUNATELY, MOST PRESCRIPTION

03:23PM  12   CUSTOMERS DO NOT BUY THINGS ON THE FRONT OF STORE AT THE SAME

03:23PM  13   TRIP.

03:23PM  14   Q.   OKAY.   THAT'S WHAT YOU KNOW IN YOUR EXPERIENCE?

03:23PM  15   A.   WE DO KNOW THAT.

03:23PM  16   Q.   OKAY.   THEN IF YOU GO DOWN A LITTLE BIT, IT SAYS, "NIM AND

03:24PM  17   SUZANNE HANSEN ARE MEETING WITH LEGAL TEAM ON WEDNESDAY TO USE

03:24PM  18   CLINIC ROOMS AGNOSTICALLY FOR ANY SERVICE."

03:24PM  19        DO YOU SEE THAT?

03:24PM  20   A.   I DO.

03:24PM  21   Q.   AND THAT'S FOR -- THE ISSUE THERE IS POTENTIALLY PUTTING

03:24PM  22   BLOOD COLLECTION FOR THERANOS IN THESE HEALTH CARE CLINICS;

03:24PM  23   RIGHT?

03:24PM  24   A.   THAT'S CORRECT.

03:24PM  25   Q.   AND THEN IT SAYS BELOW THAT, "NIM EXPERIENCED BOTH A

03:24PM 1    VENOUS DRAW AND FINGERSTICK AND IT WENT SEAMLESSLY."

03:24PM 2        DO YOU SEE THAT?

03:24PM 3    A.   YES.

03:24PM 4    Q.   AND THAT'S WHAT WE WERE REFERRING TO BEFORE WHEN YOU WENT

03:24PM 5    AND HAD THOSE TWO TYPES OF BLOOD DRAWS ON YOURSELF?

03:24PM 6    A.   CORRECT.

03:24PM 7    Q.   OKAY.  IF YOU GO TO THE NEXT PAGE, DO YOU SEE THERE'S A

03:24PM 8    SECTION CALLED OPPORTUNITIES?

03:24PM 9    A.   I DO.

03:24PM 10   Q.   AND ONE OPPORTUNITY, THE FIRST ONE IS "SCALEABLE STRATEGY

03:24PM 11   FOR CHECK IN."

03:24PM 12       DO YOU SEE THAT?

03:25PM 13   A.   YES.

03:25PM 14   Q.   AND THAT'S TO MAKE SURE THE CHECK IN PROCESS IS SMOOTH SO

03:25PM 15   AS THE PARTNERSHIP EXPANDS, THE CHECK IN PROCESS WOULD GO

03:25PM 16   SMOOTH WITH THE NEW EXPANDED STORES; RIGHT?

03:25PM 17   A.   YEAH.  IT'S MUCH MORE THAN JUST SMOOTH.  WE NEED TO MAKE

03:25PM 18   SURE THAT IF WE HAD MULTIPLE PATIENTS COMING TO THE COUNTER,

03:25PM 19   THAT WE DON'T HAVE PATIENTS WAITING.  SO IT WASN'T ABOUT ONE

03:25PM 20   WINDOW WHERE A CUSTOMER COULD GO TO GET CHECKED IN.

03:25PM 21       IF THERE WERE MULTIPLE PATIENTS, WE NEEDED TO BE ABLE TO

03:25PM 22   MANAGE THAT FLOW AND MANAGE THAT ENTIRE VOLUME OF PATIENTS

03:25PM 23   COMING IN AND HAVING A GREAT EXPERIENCE.

03:25PM 24       SO, YES, IT WAS TO MAKE SURE IT WAS SMOOTH, BUT IT'S ALSO

03:25PM 25   TO ENSURE THAT WE CAN MANAGE A LARGER NUMBER OF PATIENTS.

03:25PM   1    Q.   OKAY.  AND THAT'S WHY THAT WAS BEING DISCUSSED AT THE

03:25PM   2    MEETING, TO MAKE SURE THAT AS THE PARTNERSHIP EXPANDED, YOU

03:25PM   3    COULD MANAGE IT CORRECTLY; RIGHT?

03:25PM   4    A.   RIGHT.  THESE WERE ALL PART OF THE METRICS THAT WE HAD

03:25PM   5    LOOKED AT BEFORE THAT WOULD CONSTITUTE SUCCESS OR NOT.

03:25PM   6    Q.   OKAY.  IF YOU GO DOWN THERE, THERE'S NUMBER 6.  DO YOU SEE

03:25PM   7    THAT UNDER OPPORTUNITIES?  AND IT READS, "ASSURANCE THAT

03:26PM   8    40 PERCENT OF STORES WILL BE DEDICATED SPACE (CONTRACTUAL

03:26PM   9    AGREEMENT); SUNNY WILL DISCUSS WITH NIM."

03:26PM  10         THAT'S THAT GOLD STORE ISSUE THAT WE TALKED ABOUT; RIGHT?

03:26PM  11    A.   THAT'S CORRECT.

03:26PM  12    Q.   AND THEN IT SAYS, "PER CASEY, WELL EXPERIENCE HAS BETTER

03:26PM  13    LABOR AND BETTER OUTCOMES, SO RECOMMEND FOLLOWING WELL

03:26PM  14    EXPERIENCE IN THE FUTURE."

03:26PM  15         DO YOU SEE THAT?

03:26PM  16    A.   I DO.

03:26PM  17    Q.   AND IT SAYS, "THIS WILL BE A SHARED SPACE, NOT DEDICATED";

03:26PM  18    RIGHT?

03:26PM  19    A.   THAT'S RIGHT.

03:26PM  20    Q.   AND SO THE WELL EXPERIENCE STORES WOULD BE STORES THAT

03:26PM  21    HAVE A SHARED SPACE FOR THERANOS BLOOD COLLECTION AND OTHER

03:26PM  22    PROGRAMS THAT WELL EXPERIENCE WAS WORKING ON?  IT WOULDN'T BE A

03:26PM  23    DEDICATED THERANOS SPACE; CORRECT?

03:26PM  24    A.   RIGHT.  ALL OF THE WELL EXPERIENCE STORES -- AGAIN, JUST

03:26PM  25    TO REMIND EVERYONE, THE PURPOSE OF THE WELL EXPERIENCE STORES

03:27PM   1    IS TO MAKE THE PHARMACIST MORE ACCESSIBLE.

03:27PM   2        SO WHEN YOU WALK IN, A PATIENT WALKS IN AND HAS A

03:27PM   3    QUESTION, THEY ARE ACCESSIBLE.

03:27PM   4        AND AT THE SAME TIME, ONE OF THE THINGS THAT THAT PATIENT

03:27PM   5    HAS TOLD US IS THAT THEY WOULD -- THEY VALUE PRIVACY WHEN

03:27PM   6    THEY'RE GETTING THE VACCINES OR ARE GETTING CONSULTED ON A

03:27PM   7    MEDICATION.

03:27PM   8        SO EACH OF THE WELL EXPERIENCE STORES, EVERY SINGLE ONE OF

03:27PM   9    THEM, HAD A CONSULTATION ROOM, AND THAT CONSULTATION ROOM WAS

03:27PM  10    PRIMARILY FOR THE USE OF THE PHARMACIST TO HAVE ANY TYPE OF

03:27PM  11    SERVICE OR CONSULTATION WITH THEIR PATIENTS.

03:27PM  12        IN THOSE STORES WHERE THERE WAS NO DEDICATED SPACE, YOU

03:27PM  13    KNOW, WE STILL WANTED TO DO THERANOS SERVICES, THEY WOULD SHARE

03:27PM  14    THE ROOM WITH THE PHARMACIST.

03:27PM  15    Q.   RIGHT.  SO THAT WOULDN'T BE LIKE A SEPARATE BUILD THAT

03:27PM  16    WALGREENS WOULD HAVE TO PAY FOR TO BUILD A DEDICATED THERANOS

03:27PM  17    SPACE WITHIN A WALGREENS STORE?

03:27PM  18    A.   THAT'S RIGHT.

03:27PM  19    Q.   OKAY.  GOING DOWN THE PAGE, IF WE CAN GO TO THE NEXT PAGE,

03:27PM  20    PAGE 7.

03:28PM  21        AT THE BOTTOM IT HAS THIS STD TESTING AGAIN?

03:28PM  22    A.   YES.

03:28PM  23    Q.   AND I DON'T KNOW IF I MENTIONED THIS, BUT STD IS SEXUALLY

03:28PM  24    TRANSPORTED DISEASE?

03:28PM  25    A.   THAT'S CORRECT.

03:28PM   1    Q.   AND STI ARE SEXUALLY TRANSMITTED INFECTION?

03:28PM   2    A.   THAT'S RIGHT.

03:28PM   3    Q.   AND THOSE ARE INTERCHANGABLE?

03:28PM   4    A.   INTERCHANGEABLE.

03:28PM   5    Q.   UNDER STD TESTING, UNDER THE SECOND BULLET THAT SAYS PAT,

03:28PM   6    THAT'S REFERRING TO DR. CARROLL?

03:28PM   7    A.   YES.

03:28PM   8    Q.   "PAT NEEDS A POINT PERSON FROM THERANOS TO PROVIDE

03:28PM   9    EXPEDITED RESPONSE TO ISSUES.  DANIEL YOUNG WAS ASSIGNED BY

03:28PM   10   SUNNY."

03:28PM   11        DO YOU SEE THAT?

03:28PM   12   A.   I DO.

03:28PM   13   Q.   IF YOU GO TO THE NEXT PAGE OF 1884, PAGE 8.

03:28PM   14        IT SAYS, "HCC IS ROLLING OUT STI PROTOCOL BASED EVALUATION

03:29PM   15   TESTING NATIONWIDE AND WILL USE THERANOS PANEL IN PHOENIX."

03:29PM   16        DO YOU SEE THAT?

03:29PM   17   A.   YES, I DO.

03:29PM   18   Q.   AND THEN GOING DOWN, I THINK WE TALKED ABOUT THIS BEFORE,

03:29PM   19   BUT "NURSES ARE ALREADY TRAINED ON VENOUS DRAWS AND COULD USE

03:29PM   20   PEDIATRIC TUBES WITH BUTTERFLY NEEDLES."

03:29PM   21        DO YOU SEE THAT?

03:29PM   22   A.   YES, I DO.

03:29PM   23   Q.   LET'S GO DOWN TO THE BOTTOM OF THE PAGE, AND THERE'S A

03:29PM   24   PLAN FOR FISCAL YEAR '15.

03:29PM   25        DO YOU SEE THAT?

03:29PM  1    A.   YES, I DO.

03:29PM  2    Q.   OKAY.  IT SAYS, "NEXT MARKET IS NORTHERN CALIFORNIA (5

03:29PM  3    STORES INITIALLY, THEN EXPAND FOR A TOTAL OF 40)"; RIGHT?

03:29PM  4    A.   CORRECT.

03:29PM  5    Q.   AND THEN ON THE PREVIOUS EXHIBIT, EXHIBIT 1851, WE HAD A

03:29PM  6    CALIFORNIA NEXT STEPS ITEM WHERE THERE WERE GOING TO BE FIVE

03:29PM  7    STORES IN THE BAY AREA LIVE BY SEPTEMBER 30TH, WITH A HOPE OR

03:30PM  8    PLAN FOR 20 STORES BY DECEMBER 31ST OF 2014.

03:30PM  9         DO YOU REMEMBER THAT?

03:30PM  10   A.   I DO.  AND IT ALSO HIGHLIGHTS THE POINT THAT THESE NUMBERS

03:30PM  11   CHANGED BASED ON WHAT WE WERE LEARNING, BASED ON WHAT WAS

03:30PM  12   HAPPENING IN THE BUSINESS AND WHAT WE WERE LEARNING ON THE

03:30PM  13   OPERATING MODEL.

03:30PM  14        SO WHETHER IT WAS 5 STORES, 20 STORES, 40 STORES, WE WERE

03:30PM  15   MAKING DECISIONS AS WE WERE LEARNING MORE.

03:30PM  16   Q.   RIGHT.  AND IN THIS PARTICULAR EXAMPLE, IN THE PREVIOUS

03:30PM  17   MINUTES FROM JULY 10TH, THE GOAL WAS TO HAVE AN EXPANSION OF 5

03:30PM  18   STORES IN THE BAY AREA, AND THEN 20 STORES BY DECEMBER 31ST;

03:30PM  19   RIGHT?

03:30PM  20   A.   CORRECT.

03:30PM  21   Q.   AND IN THE AUGUST 6TH PARTNERSHIP MEETING MINUTES, THAT

03:30PM  22   GOAL CHANGED WHERE THERE WAS GOING TO BE 5 STORES INITIALLY AND

03:30PM  23   THEN EXPAND TO 40 RATHER THAN 20; IS THAT RIGHT?

03:31PM  24   A.   THAT'S RIGHT.

03:31PM  25   Q.   AND SO IN THAT CASE, THERE WAS GOING TO BE AN INCREASE IN

03:31PM   1    THE NUMBER OF STORES, AT LEAST IN TERMS OF WHAT THE GOAL WAS;

03:31PM   2    RIGHT?

03:31PM   3    A.   THAT'S CORRECT.  AGAIN, AS WE'RE LEARNING AND AS THE

03:31PM   4    REQUIREMENTS CONTINUE TO CHANGE AND EVOLVE, WE MADE DECISIONS

03:31PM   5    BASED ON THE NUMBER OF STORES WE NEED TO PLAN FOR.

03:31PM   6    Q.   OKAY.  BUT IN TERMS OF THE PLAN AND WHAT YOU'RE PLANNING

03:31PM   7    FOR, IN THE CASE OF CALIFORNIA STORES GOING FROM 20 TO 40,

03:31PM   8    THAT'S AN EXPANSION, NOT A CONTRACTION; RIGHT?

03:31PM   9    A.   THAT'S CORRECT.

03:31PM   10   Q.   OKAY.  AND THEN THE NEXT BULLET SAYS, "EXPANSION BEYOND

03:31PM   11   THE 5 STORES WILL REQUIRE THERANOS DATA TO OBTAIN STORE

03:31PM   12   SELECTION."

03:31PM   13       DO YOU SEE THAT?

03:31PM   14   A.   I DO.

03:31PM   15   Q.   AND WE TALKED ABOUT THAT BEFORE.  THAT WOULD BE THERANOS

03:31PM   16   INPUT ON WHAT TYPE OF STORES WOULD THEY THINK WOULD BE BEST FOR

03:31PM   17   THEM TO MOVE INTO; RIGHT?

03:31PM   18   A.   RIGHT.  IT'S THE SELECTION CRITERIA THAT THERANOS WAS

03:31PM   19   LOOKING FOR ON WHICH STORES ACTUALLY MEET THOSE CRITERIA.

03:31PM   20   Q.   LET'S GO TO THE NEXT ITEM.  AND JUST TO ORIENT YOU,

03:31PM   21   MR. JHAVERI, IN THE EXHIBIT THAT WE LOOKED AT, WHICH WAS

03:32PM   22   EXHIBIT 1861, FROM JULY 10TH OF 2014, THE DISCUSSION WAS ABOUT

03:32PM   23   EXPANDING INTO -- OR EXPANDING IN CALIFORNIA, ARIZONA, AND THE

03:32PM   24   TRI-STATE AREA.

03:32PM   25       DO YOU REMEMBER THAT?

03:32PM   1    A.   I DO.

03:32PM   2    Q.   AND IN THIS NEXT SECTION, NOW THERE'S THOSE MARKETS AND

03:32PM   3    OTHER ADDITIONAL MARKETS THAT ARE LISTED IN TERMS OF

03:32PM   4    PRIORITIES.

03:32PM   5         DO YOU SEE THAT?

03:32PM   6    A.   I DO.

03:32PM   7    Q.   AND SO THE FIRST PRIORITY IS THE SAME, THE FIRST THREE AT

03:32PM   8    LEAST OF THESE BULLETS ARE THE SAME AREAS THAT WERE DISCUSSED

03:32PM   9    IN THE PREVIOUS MONTH'S MINUTES, CALIFORNIA, ARIZONA, AND THE

03:32PM  10    TRI-STATE AREA; IS THAT RIGHT?

03:32PM  11    A.   THAT IS RIGHT.

03:32PM  12    Q.   AND THE TRI-STATE AREA IS NEW YORK, NEW JERSEY, AND

03:32PM  13    CONNECTICUT?

03:32PM  14    A.   THAT'S RIGHT.

03:32PM  15    Q.   AND IN THOSE AREAS, DO YOU SEE AFTER THE WORD "CALIFORNIA"

03:32PM  16    THERE'S THE WORD "BLUE"?

03:32PM  17    A.   YES.

03:32PM  18    Q.   AND WHAT DOES THAT REFER TO?

03:32PM  19    A.   I DON'T KNOW.

03:32PM  20    Q.   IS THAT RED STATES, BLUE STATES, LIKE POLITICS?

03:33PM  21    A.   I COULDN'T TELL YOU.  I DON'T REMEMBER.

03:33PM  22    Q.   AND THEN IT HAS APPROXIMATELY 90.  IS THAT WHAT THAT

03:33PM  23    MEANS?

03:33PM  24    A.   THAT'S RIGHT.

03:33PM  25    Q.   AND THE PRIORITY ONE EXPANSION PLAN WOULD BE APPROXIMATELY

03:33PM   1    90 STORES IN CALIFORNIA?

03:33PM   2    A.   THAT IS RIGHT.  THAT IS WHAT THE ESTIMATE COULD BE.

03:33PM   3    Q.   AND THAT IS WHAT WAS DISCUSSED AT THE MEETING?

03:33PM   4    A.   THAT'S RIGHT.

03:33PM   5    Q.   AND THEN FOR ARIZONA, IT IS APPROXIMATELY 20?

03:33PM   6    A.   CORRECT.

03:33PM   7    Q.   AND THEN FOR THE TRI-STATE AREA, NEW YORK, NEW JERSEY,

03:33PM   8    CONNECTICUT, THEY'RE BLUE, I GUESS, BUT THERE ARE APPROXIMATELY

03:33PM   9    90?

03:33PM   10   A.   THAT'S RIGHT.

03:33PM   11   Q.   AND APPARENTLY THOSE STATES HAVE THE TOUGHEST AUDITS

03:33PM   12   ACCORDING TO WHAT WAS DISCUSSED AT THIS MEETING; RIGHT?

03:33PM   13   A.   YEAH, AND I THINK THAT'S A CRITICAL POINT WHY WE HAD TO

03:33PM   14   PLAN FORWARD.

03:33PM   15        SO I TALKED ABOUT ALL OF THE OPERATIONAL THINGS IN THE

03:33PM   16   CONSTRUCTION AND THE PLANNING OF EMPLOYEES AND TRAINING OF

03:33PM   17   EMPLOYEES.

03:34PM   18        THE OTHER PART OF THIS IS MAKING SURE THAT WE ARE WITHIN

03:34PM   19   THE GUIDELINES OF THE REGULATORY ENVIRONMENT FOR THAT STATE,

03:34PM   20   AND SO THERE MIGHT BE INSTANCES WHERE WE HAVE TO ASK FOR

03:34PM   21   WAIVERS OR CLEARANCE, OR APPROVALS FROM THE BODIES IN THAT

03:34PM   22   PARTICULAR STATES, WHICH IS ONE OF THE BIG REASONS WHY WE HAVE

03:34PM   23   TO PLAN FORWARD.

03:34PM   24        AGAIN, I KNOW I SOUND REPETITIVE, BUT YOU CAN'T WAKE UP IN

03:34PM   25   THE MORNING AND SAY I'M GOING TO OPEN UP 50 STORES TODAY.

03:34PM 1        IT TAKES MONTHS, POTENTIALLY YEARS DEPENDING ON THE STATE.

03:34PM 2   NEW YORK WAS THE ONE OF THE TOUGHEST STATES IN TERMS OF

03:34PM 3   REGULATORY ENVIRONMENT.  CALIFORNIA FOLLOWED VERY QUICKLY RIGHT

03:34PM 4   BEHIND IT IN TERMS OF OPENING A THERANOS SERVICES LAB INSIDE OF

03:34PM 5   A WALGREENS STORE.

03:34PM 6        SO THAT'S WHAT WE'RE TALKING ABOUT HERE IS WHILE

03:34PM 7   CALIFORNIA, 90 STORES, WE'RE HIGHLIGHTING IT HAS SOME OF THE

03:34PM 8   TOUGHEST REGULATIONS.  HOW DO WE PLAN FOR IT?  WHAT DO WE NEED

03:34PM 9   TO DO TO ACTUALLY MAKE THAT FEASIBLE FOR US?

03:34PM 10  Q.   AND THAT WAS THE POINT OF THIS DISCUSSION, TO TALK ABOUT

03:34PM 11  ALL OF THE LOGISTICS THAT WOULD GO INTO OPENING THAT NUMBER OF

03:35PM 12  STORES; RIGHT?

03:35PM 13  A.   THAT'S RIGHT.

03:35PM 14  Q.   AND FOR CALIFORNIA, APPROXIMATELY 90; ARIZONA,

03:35PM 15  APPROXIMATELY 20; AND THE TRI-STATE AREA, APPROXIMATELY 90, IF

03:35PM 16  MY MATH IS RIGHT, 90 PLUS 90 PLUS 20 IS 200; RIGHT?

03:35PM 17  A.   THAT'S CORRECT.

03:35PM 18  Q.   OKAY.  NOW, THE NEXT ITEM IS WYOMING?

03:35PM 19  A.   YES.

03:35PM 20  Q.   AND THERE'S A QUESTION MARK THERE.

03:35PM 21  A.   CORRECT.  WE WERE DISCUSSING, AND I DON'T REMEMBER

03:35PM 22  EXACTLY, BUT I KNOW THE THERANOS TEAM WAS LOOKING AT WYOMING

03:35PM 23  FOR SEVERAL REASONS, AND SO WE HAD PUT THAT DOWN AS A STATE

03:35PM 24  THAT WE SHOULD BE DISCUSSING, THINKING ABOUT IS THIS SOMETHING

03:35PM 25  THAT IS FEASIBLE FOR US.

03:35PM   1    Q.   OKAY.  AND THEN GOING TO THE NEXT GROUP, PRIORITY 2, WHICH

03:35PM   2    IS ON THE TOP OF PAGE 9, IN ADDITION TO THE APPROXIMATELY 200

03:35PM   3    THAT WERE BEING DISCUSSED IN THE AREAS IN PRIORITY 1, NOW WE'VE

03:35PM   4    GOT ADDITIONAL PRIORITY 2 AREAS; RIGHT?

03:35PM   5    A.   CORRECT.

03:36PM   6    Q.   AND THOSE ARE NOT ONES THAT WERE MENTIONED IN THE PREVIOUS

03:36PM   7    MONTH'S PARTNERSHIP MEETING; RIGHT?

03:36PM   8    A.   THAT'S RIGHT.  AGAIN, THIS PRIORITY 1, 2, AND 3.  AS YOU

03:36PM   9    CAN TELL, WE'RE RESETTING THE NUMBERS.

03:36PM  10         FISCAL YEAR '15, IF I REMEMBER CORRECTLY, INITIALLY WE HAD

03:36PM  11    500 STORES THAT WE HAD PLANNED FOR, AND BASED ON WHAT WE WERE

03:36PM  12    LEARNING IN THE PILOT AND WHAT WE WERE SEEING, WE HAD MOVED

03:36PM  13    THAT NUMBER DOWN TO ABOUT 200 FOR FISCAL YEAR '15, ALONG WITH

03:36PM  14    THE WELL EXPERIENCE STORES THAT WE WERE BUILDING.

03:36PM  15         SO WHAT WE WERE TRYING TO DO HERE IS TO UNDERSTAND WHAT

03:36PM  16    ARE OUR PRIORITIES GOING FORWARD FOR FISCAL YEAR '15, AND

03:36PM  17    THAT'S WHAT THIS IS LOOKING LIKE.

03:36PM  18    Q.   OKAY.  BUT JUST TO MAKE SURE THAT I GET MY QUESTION

03:36PM  19    ANSWERED --

03:36PM  20    A.   YES.

03:36PM  21    Q.   -- THERE WERE APPROXIMATELY 200 STORES IN CALIFORNIA,

03:36PM  22    ARIZONA, AND THE TRI-STATE AREA THAT WERE UNDER DISCUSSION AT

03:36PM  23    THIS MEETING; CORRECT?

03:36PM  24    A.   CORRECT, ROUND HIGH LEVEL NUMBERS.

03:37PM  25    Q.   AND WYOMING WAS A QUESTION MARK; RIGHT?

03:37PM  1    A.   CORRECT.

03:37PM  2    Q.   AND THERE WERE ADDITIONAL AREAS THAT WERE DISCUSSED AS

03:37PM  3    PRIORITY 2 AREAS FOR PLAN FOR FISCAL YEAR '15; CORRECT?

03:37PM  4    A.   YES.

03:37PM  5    Q.   AND THOSE WERE ILLINOIS, TEXAS, AND FLORIDA?

03:37PM  6    A.   THAT'S RIGHT.

03:37PM  7    Q.   AND THOSE ARE THREE VERY BIG STATES; RIGHT?

03:37PM  8    A.   THEY ARE.

03:37PM  9    Q.   FOR EXAMPLE, MUCH BIGGER THAN WYOMING?

03:37PM  10   A.   IT DEPENDS ON HOW YOU SAY IT'S BIG.

03:37PM  11   Q.   WELL, IN POPULATION?

03:37PM  12   A.   YES.

03:37PM  13   Q.   AND THE ILLINOIS, TEXAS, AND FLORIDA, THAT WAS NOT

03:37PM  14   SOMETHING THAT WAS DISCUSSED IN THE PREVIOUS MONTH'S

03:37PM  15   PARTNERSHIP MEETING?

03:37PM  16   A.   I DON'T RECALL.  I'D HAVE TO LOOK.

03:37PM  17   Q.   WELL, LET'S TAKE A LOOK AT EXHIBIT 1861, WHICH WAS THE

03:37PM  18   PREVIOUS MONTH, AND IF YOU LOOK AT PAGE 7 OF THAT EXHIBIT, DO

03:37PM  19   YOU SEE ANY MENTION THEREOF ILLINOIS, TEXAS, AND FLORIDA?

03:38PM  20   A.   NO, I DO NOT.

03:38PM  21   Q.   SO ILLINOIS, TEXAS, AND FLORIDA WERE ADDITIONAL AREAS

03:38PM  22   DISCUSSED IN THE AUGUST 2014 MEETING THAT WERE NOT DISCUSSED IN

03:38PM  23   THE JULY MEETING; CORRECT?

03:38PM  24   A.   CORRECT.

03:38PM  25   Q.   AND THEN IF YOU GO ON, THERE'S EVEN MORE.  THERE'S

03:38PM  1      PRIORITY 3; RIGHT?  THAT'S INDIANA, NEW MEXICO, AND

03:38PM  2      MISSISSIPPI; IS THAT RIGHT?

03:38PM  3      A.   THAT'S RIGHT.

03:38PM  4      Q.   AND EXCLUDED PENNSYLVANIA; IS THAT RIGHT?

03:38PM  5      A.   I DO.

03:38PM  6      Q.   AND THAT'S BECAUSE WALGREENS DIDN'T HAVE AN EXCLUSIVE

03:38PM  7      AGREEMENT WITH THERANOS IN PENNSYLVANIA?

03:38PM  8      A.   I DON'T RECALL ON WHAT THE ISSUE WAS WITH PENNSYLVANIA TO

03:38PM  9      BE QUITE HONEST.

03:38PM  10     Q.   OKAY.  AFTER THOSE PRIORITIES ARE DISCUSSED AS A PLAN FOR

03:38PM  11     FISCAL YEAR '15, THERE'S AN ADDITIONAL BULLET THAT SAYS, "PLAN

03:39PM  12     FOR FISCAL YEAR '15 IS TO FOLLOW THE WELL EXPERIENCE ROLLOUT AS

03:39PM  13     MUCH AS POSSIBLE."

03:39PM  14          DO YOU SEE THAT?

03:39PM  15     A.   YES.

03:39PM  16     Q.   AND WE'VE SEEN THAT BEFORE, THAT CONCEPT; RIGHT?

03:39PM  17     A.   CORRECT.

03:39PM  18     Q.   AND THE NEXT BULLET UNDER THAT IS "KEEPS BUILD-OUT COSTS

03:39PM  19     LOW"; RIGHT?

03:39PM  20     A.   YES.

03:39PM  21     Q.   AND THAT'S BECAUSE IF YOU WERE BUILDING A WELL EXPERIENCE

03:39PM  22     CONSTRUCTION PROJECT ANYWAY THAT WOULD HAVE A CONSULTATION

03:39PM  23     ROOM, YOU WOULDN'T HAVE TO THEN SPEND EVEN MORE TIME AND MONEY

03:39PM  24     BUILDING A DEDICATED THERANOS SPACE; RIGHT?

03:39PM  25     A.   CORRECT.  IT'S LIKE BUILDING YOUR HOME, RIGHT, IF YOU

03:39PM 1    BUILD ALL THREE FLOORS AND NOW YOU WANT TO ADD ANOTHER FLOOR IN

03:39PM 2    THE MIDDLE OF THAT, IT COSTS A LOT OF MONEY.

03:39PM 3    Q.   AND IT MINIMIZES DISRUPTION TO THE STORE?

03:39PM 4    A.   THAT'S RIGHT.

03:39PM 5    Q.   AND THERE ARE SOME SAFETY CONCERNS ASSOCIATED WITH

03:39PM 6    CONSTRUCTION; RIGHT?

03:39PM 7    A.   THAT'S RIGHT.  THAT'S RIGHT.

03:39PM 8    Q.   AND THEN BELOW THAT IT SAYS, "W.E., OR WELL EXPERIENCE

03:39PM 9    PERSONNEL, ARE OFTEN A GOOD FIT FOR THERANOS SERVICES"; RIGHT?

03:40PM 10   A.   THAT'S CORRECT.

03:40PM 11   Q.   AND THEN IT SAYS INITIAL GOAL FOR FISCAL YEAR '15

03:40PM 12   SEPTEMBER/AUGUST WAS 500 STORES.

03:40PM 13        WE SAW THAT IN A PREVIOUS EXHIBIT; RIGHT?

03:40PM 14   A.   THAT'S RIGHT.

03:40PM 15   Q.   AND THEN IT SAYS, "NEED TO REDEFINE THIS GOAL"; RIGHT?

03:40PM 16   A.   CORRECT.

03:40PM 17   Q.   AND THAT'S WHAT THIS DISCUSSION IS ABOUT, REDEFINING THE

03:40PM 18   GOAL THAT HAD BEEN 500 STORES IN 2015, AND NOW IT'S REDEFINING

03:40PM 19   THAT TO SOMETHING DIFFERENT; RIGHT?

03:40PM 20   A.   CORRECT.  IF YOU LOOK AT THE CHART --

03:40PM 21   Q.   WE'LL LOOK AT THE CHART.  LET'S GO THROUGH THIS STEP BY

03:40PM 22   STEP.

03:40PM 23   A.   I JUST WANT TO BE CLEAR.  SO THE 500 STORES WAS THE

03:40PM 24   INITIAL GOAL.  WE'RE NOW REDEFINING THAT GOAL TO A STORE NUMBER

03:40PM 25   THAT IS LESS THAN THAT BASED ON WHAT WE'RE SEEING IN THE --

03:40PM   1    Q.   AGAIN, I'LL GET TO THE CHART.  BUT I JUST WANT TO HAVE MY

03:40PM   2    QUESTIONS ANSWERED.

03:40PM   3    A.   UNDERSTOOD.

03:40PM   4         THE COURT:  LET HIM FINISH HIS ANSWER.

03:40PM   5         THE WITNESS:  SO WHAT I WAS --

03:40PM   6    BY MR. COOPERSMITH:

03:40PM   7    Q.   WELL, THERE'S NO QUESTION PENDING.  LET ME ASK A QUESTION,

03:40PM   8    OKAY?

03:40PM   9    A.   OKAY.

03:40PM  10    Q.   "THE INITIAL GOAL FOR FISCAL YEAR '15, SEPTEMBER TO

03:40PM  11    AUGUST, WAS 500 STORES.  NEED TO REDEFINE THIS GOAL."

03:41PM  12         DO YOU SEE THAT?

03:41PM  13    A.   I DO.

03:41PM  14    Q.   AND SO MY ONLY QUESTION RIGHT NOW IS, THE DISCUSSION AT

03:41PM  15    THIS MEETING, THIS IS THE AUGUST 2014 MEETING, IS THAT THE GOAL

03:41PM  16    FOR FISCAL YEAR '15 HAD BEEN 500 STORES; RIGHT?  AND WE SAW

03:41PM  17    THAT IN A PREVIOUS EXHIBIT?

03:41PM  18    A.   THAT'S CORRECT.

03:41PM  19    Q.   AND NOW THERE WAS A DISCUSSION ABOUT THE NEED TO REDEFINE

03:41PM  20    THAT GOAL; CORRECT?

03:41PM  21    A.   THAT'S RIGHT.

03:41PM  22    Q.   AND IT WAS TO REDEFINE THAT GOAL TO SOMETHING DIFFERENT,

03:41PM  23    SOMETHING DIFFERENT THAN 500 STORES; RIGHT?

03:41PM  24    A.   THAT'S CORRECT.

03:41PM  25    Q.   OKAY.  AND THE NEXT BULLET POINT RIGHT AFTER THAT, IT

03:41PM  1    SAYS, "NATIONWIDE EQUALS 2,000 TO 2,500 STORES AND 25 TO 30

03:41PM  2    MSA'S."

03:41PM  3         DO YOU SEE THAT?

03:41PM  4    A.   YES.

03:41PM  5    Q.   AND MSA IS METROPOLITAN STATISTICAL AREA; IS THAT RIGHT?

03:41PM  6    A.   THAT'S RIGHT.

03:41PM  7    Q.   AND, FOR EXAMPLE, THE BAY AREA MIGHT BE AN MSA?

03:42PM  8    A.   THAT'S RIGHT.

03:42PM  9    Q.   OR THE HOUSTON, TEXAS AREA MIGHT BE AN MSA, FOR EXAMPLE?

03:42PM  10   A.   THAT'S CORRECT.

03:42PM  11   Q.   OKAY.  SO IT GOES FURTHER, AND THE NEXT BULLET IS,

03:42PM  12   "ASSUMES LAUNCH IN PARALLEL MARKETS."

03:42PM  13        DO YOU SEE THAT?

03:42PM  14   A.   I DO.

03:42PM  15   Q.   AND THAT TO GET TO THE GOAL, THE PARALLEL MARKETS WOULD BE

03:42PM  16   THE MARKETS THAT WE WERE JUST DISCUSSING, CALIFORNIA, NEW YORK,

03:42PM  17   ARIZONA, POSSIBLY ILLINOIS, TEXAS, AND FLORIDA AND SO FORTH; IS

03:42PM  18   THAT RIGHT?

03:42PM  19   A.   THAT'S RIGHT.

03:42PM  20   Q.   AND IN ORDER TO EXECUTE THE GOAL, WHATEVER IT WAS, THERE

03:42PM  21   WOULD HAVE TO BE EXECUTION OF THE LAUNCH IN MULTIPLE MARKETS AT

03:42PM  22   THE SAME TIME; RIGHT?

03:42PM  23   A.   RIGHT.  WHATEVER THE NUMBER IS, IF WE'RE GOING TO HIT THAT

03:42PM  24   NUMBER BY THE SET DATE, WE COULDN'T DO ONE AFTER THE OTHER.  WE

03:42PM  25   WOULD HAVE TO DO IT IN A CONCURRENT FASHION TO BE ABLE TO HIT

03:42PM   1      THAT GOAL.

03:42PM   2      Q.   AND THAT'S WHAT THE DISCUSSION WAS AT THIS MEETING, RIGHT,

03:42PM   3      TO ASSUME THAT THERE WOULD BE THE ABILITY AND THE EXECUTION OF

03:42PM   4      A LAUNCH IN PARALLEL MARKETS; RIGHT?

03:42PM   5      A.   CORRECT.

03:42PM   6      Q.   MEANING MULTIPLE MARKETS AT THE SAME TIME?

03:43PM   7      A.   THAT'S RIGHT.

03:43PM   8      Q.   OKAY.  AND THEN IT SAYS, "NEED TO FIGURE OUT LAUNCH IN A

03:43PM   9      BOX CONCEPT."

03:43PM   10          DO YOU SEE THAT?

03:43PM   11     A.   YES.

03:43PM   12     Q.   AND LAUNCH IN A BOX MEANS A SET OF ALREADY PREPARED PLAN

03:43PM   13     AND METHOD TO QUICKLY IMPLEMENT THE LAUNCH OF A THERANOS STORE

03:43PM   14     IN ANY WALGREENS STORE THAT THE GROUP DECIDED WOULD BE

03:43PM   15     APPROPRIATE; RIGHT?

03:43PM   16     A.   YEAH.  LET ME EXPLAIN THIS A LITTLE BIT BECAUSE IT'S AN

03:43PM   17     IMPORTANT POINT.

03:43PM   18          AS WE WERE GOING THROUGH THE PILOT, THE DESIGN CHANGED,

03:43PM   19     AND THE MODEL CHANGED BECAUSE IT EVOLVED BASED ON OUR

03:43PM   20     LEARNINGS.

03:43PM   21          AND IN ORDER FOR US TO LAUNCH AND SCALE AT PACE, AT SPEED,

03:43PM   22     YOU HAVE TO HAVE SOMETHING THAT IS, AS WE CALLED IT, LAUNCH IN

03:43PM   23     A BOX, VERY QUICKLY YOU CAN REPLICATE IT OVER AND OVER AND

03:43PM   24     OVER.

03:43PM   25          AND SO WE HAD NOT YET FIGURED OUT WHAT THAT LAUNCH IN A

03:43PM   1    BOX WAS, AND SO IN ORDER FOR US TO START SCALING TO MULTIPLE

03:43PM   2    MARKETS, TO MULTIPLE STORES, TO MULTIPLE AREAS, WE HAD TO HAVE

03:44PM   3    THIS DONE, AND THAT'S WHAT I'M REFERRING TO HERE.

03:44PM   4    Q.   RIGHT.  SO, IN OTHER WORDS, IF I BAKE A CAKE AND I, LIKE,

03:44PM   5    KIND OF DO IT JUST BY EAR AND I'M PUTTING INGREDIENTS IN AND I

03:44PM   6    DON'T KNOW EXACTLY WHAT PROPORTIONS AND I'M TRYING TO FIGURE IT

03:44PM   7    OUT, IT MIGHT TASTE REALLY BAD; RIGHT?

03:44PM   8    A.   IT COULD.

03:44PM   9    Q.   BUT IF I ENDED UP HAVING A CAKE THAT TASTED GOOD AND I

03:44PM  10    WROTE DOWN EXACTLY WHAT I DID, NOW I WOULD HAVE A RECIPE;

03:44PM  11    RIGHT?

03:44PM  12    A.   THAT'S RIGHT.

03:44PM  13    Q.   AND THAT'S KIND OF WHAT LAUNCH IN A BOX IS; CORRECT?

03:44PM  14    A.   THAT'S RIGHT.

03:44PM  15    Q.   AND SO THAT WOULD BE NECESSARY TO SCALE AND TO GROW THE

03:44PM  16    PROGRAM IS TO HAVE SOME READY MADE PLAN THAT YOU COULD QUICKLY

03:44PM  17    IMPLEMENT TO OPEN ANY PARTICULAR NEW STORE; RIGHT?

03:44PM  18    A.   CORRECT.  AND IT, IT -- THAT LAUNCH IN A BOX ALSO HIT ON

03:44PM  19    ALL OF THE, YOU KNOW, THE TIMELINE, THE COST, THE READINESS.

03:44PM  20    ALL OF THOSE THINGS HAD TO BE COMPLETED BEFORE WE CAN DO THAT.

03:44PM  21         WALGREENS AT OUR HEIGHT, WE'RE OPENING A STORE EVERY

03:45PM  22    17 HOURS.  AND THE REASON THAT WE WERE ABLE TO DO THAT WAS

03:45PM  23    BECAUSE WE HAD A SET DESIGN, A CRITERIA, COST STRUCTURE, PLAN

03:45PM  24    TO ACTUALLY EXECUTE THIS, AND THAT'S WHAT WE NEEDED TO DO FOR

03:45PM  25    THIS PARTICULAR SERVICE AS WELL.

03:45PM   1    Q.   OKAY.  UNDERSTOOD.

03:45PM   2         AND THEN IF YOU GO TO THE NEXT BULLET, IT SAYS, "PLAN TO

03:45PM   3    BE IN EVERY HCC," OR HEALTH CARE CLINIC, "LOCATION."

03:45PM   4    A.   THAT'S CORRECT.

03:45PM   5    Q.   AND EVERY LOCATION AT THE TIME WAS AROUND 400; RIGHT?

03:45PM   6    A.   YEAH, IT WAS APPROXIMATELY 400 STORES.

03:45PM   7    Q.   AND IT ACTUALLY HAS A NUMBER BELOW THAT?  IF YOU LOOK AT

03:45PM   8    THE CHART, IT SAYS STD PROGRAM AT HCC, IT SAYS 430 EXISTING;

03:45PM   9    RIGHT?

03:45PM  10    A.   THAT'S CORRECT.

03:45PM  11    Q.   AND WITH 50 NEW HCC'S PLANNED IN 2015?

03:45PM  12    A.   THAT'S CORRECT.

03:45PM  13    Q.   AND SO IF THERANOS WAS IN EVERY HCC LOCATION, THAT WOULD

03:45PM  14    BE 480 STORES?

03:45PM  15    A.   CORRECT.

03:45PM  16    Q.   OKAY.  AND THEN YOU HAVE THE CHART; RIGHT?

03:45PM  17    A.   SIR, IF I COULD CLARIFY?  IT'S THE STD PROGRAM THAT WOULD

03:46PM  18    BE IN EVERY HCC.  IT'S NOT THE FULL SUITE OF THERANOS SERVICES.

03:46PM  19    THIS WOULD BE THE STD PROGRAM THAT WOULD BE IN HEALTH CARE

03:46PM  20    CLINICS.

03:46PM  21         THE ACTUAL THERANOS CLINICS WOULD BE THE LINE ABOVE THAT.

03:46PM  22    Q.   OKAY.  LET'S JUST TALK ABOUT THE BULLET POINTS THEN THAT

03:46PM  23    WE JUST WENT THROUGH.

03:46PM  24         SO THE INITIAL GOAL FOR FISCAL YEAR '15, SEPTEMBER-AUGUST,

03:46PM  25    WAS 500 STORES.  NEED TO REDEFINE THIS GOAL; RIGHT?

JHAVERI CROSS BY MR. COOPERSMITH

03:46PM  1        AND THAT'S REFERRING TO THE THERANOS STORES, THAT WOULD

03:46PM  2   BE -- IN OTHER WORDS, THE WALGREENS STORES WOULD HAVE THERANOS

03:46PM  3   BLOOD COLLECTION SERVICES IN THEM; RIGHT?

03:46PM  4   A.   CORRECT.  WHAT WE'RE REFERRING TO, THE 500 STORES, WAS THE

03:46PM  5   FULL SUITE OF SERVICES THAT WE CAN OFFER WITH THE THERANOS

03:46PM  6   SERVICES.

03:46PM  7   Q.   OKAY.  IN OTHER WORDS, THERANOS BLOOD COLLECTION?

03:46PM  8   A.   CORRECT.

03:46PM  9   Q.   AND WE TALKED ABOUT IN THE PRIOR MONTH IT HAD BEEN 500

03:47PM  10  STORES; RIGHT?  BUT THE REDEFINING OF THE GOAL IS TO REDEFINE

03:47PM  11  THE GOAL FOR HOW MANY OF THESE THERANOS BLOOD COLLECTION SITES

03:47PM  12  THERE WOULD BE IN WALGREENS STORES; RIGHT?

03:47PM  13  A.   THAT'S RIGHT.

03:47PM  14  Q.   IT'S NOT TO TALK ABOUT THE OTHER WALGREENS PROGRAMS, IT'S

03:47PM  15  ABOUT REDEFINING THE GOAL FOR THERANOS; RIGHT?

03:47PM  16  A.   FOR THE THERANOS LOCATIONS, SIMILAR TO THE 40 STORES THAT

03:47PM  17  WE ALREADY HAD IN OPERATION.

03:47PM  18  Q.   RIGHT.

03:47PM  19  A.   SO WHAT WE WERE LOOKING AT IS WE WERE PLANNING FOR 500 OF

03:47PM  20  THOSE STORES, AND WHAT THE STATEMENT IS, IS THAT WE NEED TO

03:47PM  21  REDEFINE THAT GOAL FOR THOSE TYPES OF STORES, AND THAT'S WHAT

03:47PM  22  I'M REFERRING TO HERE.

03:47PM  23       DOES THAT CLARIFY?

03:47PM  24  Q.   WERE THE 40 STORES GOLD STORES?

03:47PM  25  A.   I DON'T REMEMBER ALL OF THEM, HOW THEY WERE.

03:47PM  1    Q.   BUT THEY WERE ALL BUILT OUT LIKE DEDICATED THERANOS

03:47PM  2    SPACES; RIGHT?

03:47PM  3    A.   I BELIEVE SO.

03:47PM  4    Q.   OKAY.  SO THE 500 WAS TO BUILD THESE DEDICATED THERANOS

03:47PM  5    SPACES; RIGHT?

03:47PM  6    A.   500 STORES WAS TO -- I DON'T KNOW IF THIS WAS REFERRING TO

03:48PM  7    DEDICATED STORES, BUT IT WAS 500 THERANOS LOCATIONS.

03:48PM  8    Q.   OKAY.  BUT IN ANY EVENT, THIS SET OF BULLET POINTS THAT

03:48PM  9    WE'RE LOOKING AT WITH THE INITIAL GOAL AND THE REDEFINING OF

03:48PM  10   THE GOALS, THIS HAS TO DO WITH THERANOS IN PARTICULAR; RIGHT?

03:48PM  11   A.   IT HAS TO DO WITH THE THERANOS SERVICES THAT WE ARE

03:48PM  12   PUTTING INTO A WALGREENS STORE.

03:48PM  13   Q.   OKAY.

03:48PM  14   A.   RIGHT.

03:48PM  15   Q.   AND THEN THE SUBBULLETS BELOW THAT INITIAL GOAL BULLET,

03:48PM  16   THOSE ALSO ARE DIFFERENT BULLET POINTS THAT RELATE TO THIS

03:48PM  17   THERANOS PROGRAM; CORRECT?

03:48PM  18   A.   THAT'S RIGHT.

03:48PM  19   Q.   OKAY.  SO THE BULLET POINT THAT SAID, "PLAN TO BE IN EVERY

03:48PM  20   HCC LOCATION," THAT'S REFERRING TO THE THERANOS PROGRAM?

03:48PM  21   A.   IT IS.  BUT WHAT WE ACTUALLY PLANNED FOR IS THE STD

03:48PM  22   PROGRAM TO BE IN THE HEALTH CARE CLINICS.

03:48PM  23   Q.   IF THERANOS WAS IN EVERY HCC LOCATION, IF THAT'S THE PLAN

03:48PM  24   THAT IS BEING DISCUSSED, IF THAT WAS CARRIED OUT, THAT WOULD BE

03:48PM  25   480 STORES IN 2015; CORRECT?

JHAVERI CROSS BY MR. COOPERSMITH

03:48PM  1    A.   FOR THE FULL SERVICES; CORRECT.

03:49PM  2    Q.   OKAY.  AND THEN THERE IS WELL EXPERIENCE IN THE CHART.

03:49PM  3    THAT'S 2,000 STORES; RIGHT?

03:49PM  4    A.   THAT'S CORRECT.

03:49PM  5    Q.   AND IF THOSE STORES HAD A SHARED SPACE WITH THE WELL

03:49PM  6    EXPERIENCE AND THE THERANOS PROJECT, THOSE COULD BE ADDITIONAL

03:49PM  7    PLACES WHERE THERANOS BLOOD SAMPLES WERE COLLECTED; RIGHT?

03:49PM  8    A.   IT COULD BE.

03:49PM  9         BUT I WANT TO BE VERY CLEAR ABOUT WHAT THIS CHART IS

03:49PM  10   SHOWING.

03:49PM  11        IN FISCAL 2015, WE WERE PLANNING TO LAUNCH 2,000 WELL

03:49PM  12   EXPERIENCE STORES, NOT THERANOS, NOT OTHER SERVICES, JUST THE

03:49PM  13   WELL EXPERIENCE REMODEL.

03:49PM  14        WE WERE NOW PLANNING TO LAUNCH THERANOS FULLY SERVICES,

03:49PM  15   THE PATIENT SERVICES THAT WE TALKED ABOUT, OF 200.  WE WERE

03:49PM  16   HOPING THAT THOSE 200 OVERLAPPED WITH THE 2,000 SO WE'D HAVE

03:49PM  17   ONE CONSTRUCTION PROGRAM.

03:49PM  18        IN ADDITION TO THAT, WE ALSO WANTED TO LAUNCH THE STD

03:49PM  19   PROGRAM IN ALL OF THE HEALTH CARE CLINICS, WHICH IN THIS CASE

03:50PM  20   430 EXISTING, PLUS 50 NEW.  THAT WAS THE PLAN FOR 2015 THAT WE

03:50PM  21   WERE LOOKING TO DO.

03:50PM  22   Q.   OKAY.  DO YOU SEE HOW BELOW THE CHART IT SAYS NEXT STEPS?

03:50PM  23   A.   YES.

03:50PM  24   Q.   AND IT SAYS "CRITERIA ALIGNMENT, EG CLINIC, W.E.," ET

03:50PM  25   CETERA; RIGHT?

03:50PM  1    A.   YES.

03:50PM  2    Q.   AND THAT'S REFERRING TO THE HEALTH CARE CLINIC AND THE

03:50PM  3    WELL EXPERIENCE STORES; RIGHT?

03:50PM  4    A.   YES.

03:50PM  5    Q.   "GET A LIST OF 2,000 STORES WITH PHR'S."

03:50PM  6         DO YOU SEE THAT?

03:50PM  7    A.   YES.

03:50PM  8    Q.   AND IS THAT PRIVATE HEALTH ROOMS?

03:50PM  9    A.   IT IS.

03:50PM 10    Q.   SO ONE OF THE NEXT STEPS WAS TO HAVE A LIST OF ALL 2,000

03:50PM 11    WELL EXPERIENCE STORES THAT HAD PRIVATE HEALTH ROOMS; RIGHT?

03:50PM 12    A.   THAT'S RIGHT.

03:50PM 13    Q.   TO SEE ABOUT PUTTING THERANOS SERVICES IN THOSE?

03:50PM 14    A.   CORRECT.

03:50PM 15         REMEMBER, AGAIN, WE WERE PLANNING TO OPEN UP 200 THERANOS

03:50PM 16    LOCATIONS AS WE INDICATED ON THE CHART.

03:50PM 17         WHAT WE WERE TRYING TO DO WAS TO SAY, GET A LIST OF THE

03:51PM 18    2,000 STORES WHERE WE CAN INCORPORATE THOSE 200 STORES INTO,

03:51PM 19    FOR VARIOUS REASONS, IT MET THE CRITERIA, IT HAS THE SPACE,

03:51PM 20    THAT'S THE LOCATIONS THAT WE WANT TO GO TO, WHATEVER THOSE

03:51PM 21    REASONS WERE, WE WERE -- THEN ONE OF THE NEXT STEPS WAS LET'S

03:51PM 22    GET THE LIST OF 2,000 STORES AND LET'S DETERMINE, BASED ON THE

03:51PM 23    CRITERIA, WHICH OF THOSE 2,000 STORES WOULD BE INCORPORATED

03:51PM 24    WITH THERANOS SERVICES.

03:51PM 25    Q.   OKAY.  LET'S GO DOWN TO THE NEXT ONE.  THERE'S AN ACTION

03:51PM  1   ITEM, OR NEXT STEPS ITEM, "GET LIST OF W.E. STORES WITHIN THOSE

03:51PM  2   STATES."

03:51PM  3        DO YOU SEE THAT?

03:51PM  4   A.   YES.

03:51PM  5   Q.   AND THAT'S THE WELL EXPERIENCE STORES; RIGHT?

03:51PM  6   A.   CORRECT.

03:51PM  7   Q.   AND LET'S GO TO THE KEY ANCHORS DISCUSSION SECTION, WHICH

03:51PM  8   IS THE NEXT SECTION.

03:51PM  9        AND DO YOU SEE THERE'S A BULLET POINT THAT SAYS,

03:51PM 10   "THERANOS, WELL EXPERIENCE, HSRX, AND CLINICS ARE," IT SAYS TO.

03:51PM 11   WOULD THAT BE "TOP PRIORITIES"?

03:51PM 12   A.   ARE PROBABLY TOP PRIORITIES, CORRECT?

03:52PM 13   Q.   "ARE TOP PRIORITIES FOR THE COMPANY; 3 OUT OF THE 4 ARE

03:52PM 14   REPRESENTED ON THE THERANOS INITIATIVE."

03:52PM 15        DO YOU SEE THAT?

03:52PM 16   A.   YES.

03:52PM 17   Q.   AND HSRX, IS THAT A MAIL ORDER PRESCRIPTION PROGRAM THAT

03:52PM 18   WALGREENS HAD?

03:52PM 19   A.   NO.  IT'S JUST OUR HEALTH SYSTEMS PHARMACIES.  SO WE HAD

03:52PM 20   SEVERAL HUNDRED PHARMACIES THAT WERE LOCATED ON A HOSPITAL

03:52PM 21   CAMPUS, SO WHEN A PATIENT LEAVES AFTER THEY RECEIVE A SERVICE

03:52PM 22   AND THEY NEED A PRESCRIPTION FILLED, THEY CAN GO TO A WALGREENS

03:52PM 23   STORE RIGHT ON CAMPUS.

03:52PM 24   Q.   OKAY.  AND THOSE WEREN'T RELATED TO THERANOS; RIGHT?

03:52PM 25   A.   THEY WERE NOT.

03:52PM  1    Q.   TOTALLY DIFFERENT PROGRAM?

03:52PM  2    A.   THAT'S A TOTALLY DIFFERENT PROGRAM.

03:52PM  3    Q.   OKAY.  BUT THE THERANOS WELL EXPERIENCE IN CLINICS, WHEN

03:52PM  4    IT SAYS, "3 OUT OF 4 REPRESENTED ON THE THERANOS INITIATIVE,"

03:52PM  5    DO YOU SEE THAT?

03:52PM  6    A.   YES.

03:52PM  7    Q.   AND THE 3 OUT OF THE 4 ARE THERANOS, WELL EXPERIENCE, AND

03:52PM  8    CLINICS; RIGHT?

03:52PM  9    A.   YES.  WHAT WE WERE TRYING TO DO IS TO UNDERSTAND HOW ALL

03:52PM  10   THREE OF THEM OVERLAP, AND AS WE WERE TOUCHING THE STORES, THAT

03:53PM  11   WE CAN COMBINE SOME OF THESE EFFORTS.

03:53PM  12   Q.   OKAY.  I'M GOING TO COME BACK TO THIS EXHIBIT, BUT BEFORE

03:53PM  13   I DO, I JUST WANT TO SHOW YOU EXHIBIT 1891.

03:53PM  14        DO YOU SEE THIS IS AN EMAIL STRING BETWEEN YOU AND

03:53PM  15   MR. BALWANI ON AUGUST 12TH OF 2014?

03:53PM  16   A.   YES.

03:53PM  17   Q.   AND IT'S JUST THE TWO OF YOU ON THIS EMAIL EXCHANGE?

03:53PM  18   A.   YES, IT IS.

03:53PM  19   Q.   AND THIS RELATED TO THE STORE BUILD OUT ISSUE?

03:53PM  20   A.   THAT'S CORRECT.

03:53PM  21           MR. COOPERSMITH:  YOUR HONOR, WE OFFER 1891.

03:53PM  22           MR. SCHENK:  NO OBJECTION.

03:53PM  23           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:53PM  24        (GOVERNMENT'S EXHIBIT 1891 WAS RECEIVED IN EVIDENCE.)

03:53PM  25   BY MR. COOPERSMITH:

03:53PM  1    Q.   AND IN 1891, MR. BALWANI WRITES ON AUGUST 12TH, "HEY NIM,

03:54PM  2         "HOPE YOU ARE WELL.

03:54PM  3         "CAN WE TOUCH BASE OVER THE NEXT FEW DAYS TO CHAT ABOUT

03:54PM  4    OUR GOLD, SILVER, AND BRONZE STORE LAYOUTS AND DISTRIBUTION.

03:54PM  5    AS YOU MAY KNOW (MAY NOT KNOW ALSO) THAT IN ARIZONA AND

03:54PM  6    CALIFORNIA, AT LEAST 40 PERCENT OF THE STORES ARE TO BE GOLD

03:54PM  7    (DEDICATED THERANOS ROOMS) SO WANT TO MAKE SURE WE ARE TRACKING

03:54PM  8    THAT."

03:54PM  9         DO YOU SEE THAT?

03:54PM  10   A.   YES.

03:54PM  11   Q.   AND MR. BALWANI WAS REFERRING TO A CONTRACTUAL PROVISION

03:54PM  12   THAT WE LOOKED AT EARLIER ABOUT HOW 40 PERCENT OF THE STORES

03:54PM  13   HAD TO BE THIS GOLD LEVEL STORE; RIGHT?

03:54PM  14   A.   THAT'S RIGHT.

03:54PM  15   Q.   AND THEN YOU RESPONDED THE NEXT DAY.

03:54PM  16        DO YOU SEE THAT?

03:54PM  17   A.   YES.

03:54PM  18   Q.   AND YOU WROTE, "HI SUNNY -- YES, FULLY AWARE OF THE

03:54PM  19   TERMS -- WE ARE DETERMINING THE IMPLICATIONS OF THIS

03:54PM  20   REQUIREMENT.  THE BEST WAY TO MAKE THIS HAPPEN IS TO TRULY

03:54PM  21   DETERMINE THE STORE SELECTION FOR THE ENTIRE CHAIN NOW, BASED

03:54PM  22   ON THE CRITERIA."

03:54PM  23        DO YOU SEE THAT?

03:54PM  24   A.   YES.

03:54PM  25   Q.   AND THEN YOU WRITE, "WE ARE GOING TO TOUCH 2,000 STORES IN

03:55PM   1    2015 AND WOULD LIKE TO MAKE SURE WE PLACE 2 ROOMS IN THE STORES

03:55PM   2    WE WANT TO SELECT FOR GOLD LEVEL."

03:55PM   3         DO YOU SEE THAT?

03:55PM   4    A.   YES.

03:55PM   5    Q.   AND SO YOU'RE SAYING THERE THAT YOU'LL TOUCH 2,000 STORES

03:55PM   6    AND YOU WANT TO MAKE SURE THAT THE ONES THAT ARE SELECTED FOR

03:55PM   7    GOLD LEVEL HAVE THE TWO ROOMS THAT ARE REQUIRED UNDER THE

03:55PM   8    CONTRACT; RIGHT?

03:55PM   9    A.   CORRECT, VERY CONSISTENT WITH WHAT I'VE SAID, WHICH IS

03:55PM   10   TRYING TO MINIMIZE TOUCHES, AND IF WE CAN DETERMINE THE

03:55PM   11   CRITERIA, WHICH STORES ARE GOING TO BE SELECTED FOR THERANOS

03:55PM   12   SERVICES WITHIN THE 2,000 THAT WE'RE ALREADY TOUCHING, IT WOULD

03:55PM   13   MAKE DISRUPTION MUCH, MUCH LESS.

03:55PM   14   Q.   WELL, YOU'RE SAYING THAT THERE'S GOING TO BE A CERTAIN

03:55PM   15   NUMBER OF THE 2,000 STORES THAT ARE GOING TO BE SELECTED FOR

03:55PM   16   GOLD LEVEL BUILDS; RIGHT?

03:55PM   17   A.   RIGHT.  WHAT I'M ASKING MR. BALWANI IS THAT WE NEED TO

03:55PM   18   SELECT THE STORES THAT WILL BE PLACED AS A GOLD LEVEL SO WE CAN

03:55PM   19   PUT IN THOSE TWO ROOMS FOR THE THERANOS SERVICES.

03:56PM   20   Q.   IN THE EMAIL, YOU DON'T SAY THAT YOU'RE GOING TO TOUCH

03:56PM   21   2,000 WELL EXPERIENCE STORES IN SOME UNRELATED PROGRAM TO

03:56PM   22   THERANOS, DO YOU?

03:56PM   23   A.   NO.  THIS IS -- WHAT I'M REFERRING TO ON THE 2,000 STORES

03:56PM   24   IS THE WELL EXPERIENCE PROGRAM.

03:56PM   25   Q.   OKAY.  BUT THAT'S NOT WHAT YOU SAY IN THE EMAIL; RIGHT?

03:56PM 1    A.   I HAVEN'T SPECIFICALLY PUT WELL EXPERIENCE, BUT THAT'S

03:56PM 2    WHAT I'M REFERRING TO.

03:56PM 3    Q.   OKAY.  I HEAR YOU SAYING THAT, BUT WHAT YOU WROTE AT THE

03:56PM 4    TIME WAS "WE'RE GOING TO TOUCH 2,000 STORES IN 2015."  THAT'S

03:56PM 5    WHAT YOU TOLD MR. BALWANI ON AUGUST 13TH; CORRECT?

03:56PM 6    A.   CORRECT.

03:56PM 7    Q.   OKAY.  AND IS IT YOUR TESTIMONY TODAY, MR. JHAVERI, THAT

03:56PM 8    WHEN YOU SAID 2,000, YOU MEANT THESE ARE WELL EXPERIENCE STORES

03:56PM 9    THAT HAD NOTHING TO DO WITH THERANOS?

03:56PM 10   A.   NO.  WHAT I WAS REFERRING TO IS EXACTLY THE PREVIOUS

03:56PM 11   DOCUMENT THAT WE ARE LOOKING AT, WHICH WAS THAT WE'RE GOING TO

03:56PM 12   TOUCH 2,000 STORES FOR WELL EXPERIENCE IN 2015.

03:56PM 13        OF THOSE 2,000 STORES, WE ARE PLANNING FOR 200 THERANOS

03:57PM 14   STORES, OR THERANOS SERVICES WITHIN THOSE STORES.

03:57PM 15        AND SO WHAT WE ARE LOOKING FOR HERE, AND WHAT I'M ASKING

03:57PM 16   MR. BALWANI IS, WHAT ARE THOSE 200 STORES SO WE CAN PLAN FOR

03:57PM 17   WITHIN THOSE 2,000 STORES THAT WE ARE GOING TO BUILD OUT FOR

03:57PM 18   WELL EXPERIENCE IN 2015.

03:57PM 19        I MAY NOT HAVE SAID "WELL EXPERIENCE" IN FRONT OF 2,000,

03:57PM 20   BUT IT'S CONSISTENT WITH THE DOCUMENT THAT WE JUST REVIEWED

03:57PM 21   BEFORE.

03:57PM 22   Q.   OKAY.  MR. JHAVERI, YOU WERE TELLING MR. BALWANI IN THIS

03:57PM 23   EMAIL THAT WE'RE LOOKING AT THAT IF THE METRICS WERE MET AND

03:57PM 24   THE PROGRAM CONTINUED TO GO IN THE RIGHT DIRECTION, THAT THE

03:57PM 25   PLAN WAS TO TOUCH 2,000 THERANOS STORES IN 2015, THERANOS

03:57PM   1     COLLECTION SITES; CORRECT?

03:57PM   2     A.   THE PLAN WAS TO TOUCH 2,000 STORES FOR WELL EXPERIENCE.

03:57PM   3     Q.   THAT HAD THERANOS COLLECTION SITES IN THEM; CORRECT?

03:57PM   4     A.   200.

03:57PM   5     Q.   2,000?

03:57PM   6     A.   NO.  THE CHART SAID 200.

03:58PM   7     Q.   WELL, YOU WROTE 2,000 IN HERE; RIGHT, SIR?

03:58PM   8     A.   "WE ARE GOING TO TOUCH 2,000 STORES IN 2015 AND WE WOULD

03:58PM   9     LIKE TO MAKE SURE WE PLACED 2 ROOMS IN THE STORES THAT WE WANT

03:58PM  10     TO SELECT FOR GOLD LEVEL."

03:58PM  11     Q.   RIGHT.  FOR GOLD LEVEL?

03:58PM  12     A.   RIGHT.

03:58PM  13     Q.   THE GOLD LEVEL STORES WOULD HAVE TWO ROOMS?

03:58PM  14     A.   CORRECT.

03:58PM  15     Q.   AND OTHER STORES THAT WEREN'T GOLD LEVEL WOULDN'T HAVE TWO

03:58PM  16     ROOMS; RIGHT?

03:58PM  17     A.   CORRECT.

03:58PM  18     Q.   OKAY.  MR. JHAVERI, THIS IS NOT THE FIRST TIME THAT YOU'VE

03:58PM  19     TESTIFIED ABOUT MATTERS RELATING TO THERANOS; CORRECT?

03:58PM  20     A.   CORRECT.

03:58PM  21     Q.   IN FACT, YOU'VE TESTIFIED --

03:58PM  22          MR. SCHENK:  OBJECTION.  RELEVANCE.

03:58PM  23          THE COURT:  SUSTAINED.

03:58PM  24          MR. COOPERSMITH:  THIS IS IMPEACHMENT, YOUR HONOR.

03:58PM  25          THE COURT:  THIS IS A GOOD TIME FOR OUR BREAK.

| | | |
|---|---|---|
| 03:58PM | 1 | MR. COOPERSMITH:  OKAY.  YES, YOUR HONOR. |
| 03:58PM | 2 | THE COURT:  LADIES AND GENTLEMEN, WE'RE GOING TO |
| 03:58PM | 3 | TAKE OUR BREAK NOW.  IT'S 4:00 P.M.  I PROMISED YOU WE WOULD |
| 03:59PM | 4 | BREAK AT 4:00 TODAY, AFTER I TOLD YOU WE WOULD BREAK AT 2:45. |
| 03:59PM | 5 | SO WE'LL TAKE OUR EVENING BREAK NOW.  LET ME REMIND YOU OF |
| 03:59PM | 6 | THE ADMONISHMENT.  PLEASE DO NOT READ, LISTEN TO, OR IN ANY WAY |
| 03:59PM | 7 | LEARN ANYTHING ABOUT THIS CASE DURING OUR BREAK. |
| 03:59PM | 8 | AND WE'LL SEE YOU TOMORROW, TOMORROW AT 9:00 A.M., AND I |
| 03:59PM | 9 | BELIEVE WE CAN GO UNTIL 9:00 O'CLOCK -- EXCUSE ME -- |
| 03:59PM | 10 | (LAUGHTER.) |
| 03:59PM | 11 | THE COURT:  WE MAY GET THERE. |
| 03:59PM | 12 | LET ME ASK, PLEASE, JUROR NUMBER 8 TO REMAIN FOR A MOMENT. |
| 03:59PM | 13 | THE REST OF YOU HAVE A GOOD EVENING. |
| 03:59PM | 14 | AND, SIR, I'LL HAVE TO ASK YOU TO COME BACK TOMORROW AT |
| 03:59PM | 15 | 9:00 A.M., PLEASE. |
| 04:00PM | 16 | MR. JHAVERI, YOU MAY STAND DOWN. |
| 04:00PM | 17 | (JURY OUT AT 4:00 P.M.) |
| 04:00PM | 18 | (JUROR NUMBER 8 PRESENT.) |
| 04:00PM | 19 | MR. SCHENK:  YOUR HONOR, BRIEFLY ON THAT ISSUE, I |
| 04:00PM | 20 | INFORMED COUNSEL, AND MAYBE WITH THE COURT WE DISCUSSED THIS |
| 04:00PM | 21 | LAST WEEK.  I BELIEVE THAT MR. JHAVERI IS UNAVAILABLE THE REST |
| 04:00PM | 22 | OF THE WEEK, BUT I'VE ASKED COUNSEL FOR MR. JHAVERI TO HAVE A |
| 04:00PM | 23 | CONVERSATION WITH HIM WHILE WE HANDLE THIS OTHER ISSUE. |
| 04:00PM | 24 | THE COURT:  OKAY.  SO HE SHOULD NOT LEAVE THEN? |
| 04:00PM | 25 | MR. SCHENK:  CORRECT. |

| | | |
|---|---|---|
| 04:00PM | 1 | THE COURT:  THANK YOU.  THANK YOU FOR THAT. |
| 04:00PM | 2 | ALL RIGHT.  JUROR NUMBER 8 REMAINS, AND I WANTED TO TALK |
| 04:00PM | 3 | WITH YOU, JUROR NUMBER 8, ABOUT OUR CONVERSATION LAST WEEK AND |
| 04:01PM | 4 | SOME OTHER ISSUES REGARDING YOUR CONTINUED SERVICE HERE. |
| 04:01PM | 5 | SO THIS MAY TOUCH ON SOME PRIVATE, PRIVATE MATTERS, SO I |
| 04:01PM | 6 | AM GOING TO, AT THIS POINT, CLEAR THE COURTROOM OF ANYONE WHO |
| 04:01PM | 7 | IS NOT CONNECTED WITH THIS CASE, AND OTHERWISE SEAL THIS |
| 04:01PM | 8 | PORTION OF THE TRANSCRIPT FOR OUR CONVERSATION. |
| 04:01PM | 9 | I SEE IT LOOKS LIKE ALL PUBLIC MEMBERS, INDIVIDUALS WHO |
| 04:01PM | 10 | ARE NOT CONNECTED WITH THIS CASE HAVE LEFT THE COURTROOM. |
| 04:01PM | 11 | SO COUNSEL ARE HERE AND JUROR NUMBER 8. |
| 04:01PM | 12 | **(SEALED PROCEEDINGS PAGES 3143 - 3148.)** |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

3149

| | | |
|---|---|---|
| 04:01PM | 1 | /// |
| 04:08PM | 2 | (OPEN COURT AT 4:08 P.M.) |
| 04:08PM | 3 | THE COURT:  PLEASE BE SEATED.  THE COURTROOM IS NOW |
| 04:08PM | 4 | OPEN TO THE PUBLIC. |
| 04:08PM | 5 | DID YOU FIND OUT ANY INFORMATION ABOUT MR. JHAVERI'S |
| 04:08PM | 6 | SITUATION? |
| 04:08PM | 7 | GO RIGHT AHEAD AND CHECK. |
| 04:09PM | 8 | (PAUSE IN PROCEEDINGS.) |
| 04:09PM | 9 | THE COURT:  MR. SCHENK. |
| 04:09PM | 10 | MR. SCHENK:  UNFORTUNATELY, HE'S NOT AVAILABLE. |
| 04:09PM | 11 | HE'S GETTING ON A PLANE THIS EVENING TO FLY OUT. |
| 04:09PM | 12 | THE COURT:  I SEE.  DO YOU HAVE A WITNESS TO CALL |
| 04:09PM | 13 | TOMORROW? |
| 04:09PM | 14 | MR. BOSTIC:  YES, YOUR HONOR, WE DO. |
| 04:09PM | 15 | DR. ROSENDORFF WILL BE THE GOVERNMENT'S NEXT WITNESS, AND |
| 04:09PM | 16 | WE'RE COORDINATING WITH HIS COUNSEL TODAY. |
| 04:09PM | 17 | THE COURT:  I SEE.  OKAY. |
| 04:09PM | 18 | AS TO -- DO YOU ANTICIPATE THAT IF YOU TOLD HIM HE WOULD |
| 04:09PM | 19 | BE TESTIFYING TOMORROW THAT HE COULD BE HERE IN THE MORNING? |
| 04:09PM | 20 | MR. BOSTIC:  I UNDERSTAND HE'S AVAILABLE, |
| 04:09PM | 21 | YOUR HONOR.  SO I DON'T THINK -- I DON'T THINK NOTICE WILL BE A |
| 04:09PM | 22 | PROBLEM FOR HIM.  I THINK HE WILL BE ABLE TO BE HERE AT 9:00. |
| 04:09PM | 23 | THE COURT:  OKAY.  ALL RIGHT. |
| 04:09PM | 24 | MR. COOPERSMITH. |
| 04:09PM | 25 | MR. COOPERSMITH:  ON A SCHEDULING ISSUE, YOUR HONOR? |

3150

04:09PM  1                    THE COURT:  YES.

04:09PM  2                    MR. COOPERSMITH:  WELL, YOU KNOW, IT'S TOO BAD THAT

04:09PM  3       MR. JHAVERI CAN'T BE HERE, BUT I UNDERSTAND THAT HAPPENS, BUT

04:09PM  4       WE'LL JUST DEAL WITH IT AS IT COMES.

04:09PM  5                    THE COURT:  OKAY.  DO WE KNOW WHEN HE, WHEN HE,

04:09PM  6       MR. JHAVERI, WOULD NEXT BE -- WHY DON'T YOU COME UP TO THE

04:09PM  7       LECTERN.  YES, THANK YOU.

04:10PM  8                    MR. SCHENK:  THE COURT'S QUESTION WAS WHEN WOULD

04:10PM  9       MR. JHAVERI NEXT BE AVAILABLE?

04:10PM 10                    THE COURT:  YES.

04:10PM 11                    MR. SCHENK:  I DIDN'T HAVE ENOUGH TIME IN THE BREAK

04:10PM 12       TO CONFIRM THAT.

04:10PM 13            I DO NOT BELIEVE THAT HE WOULD BE AVAILABLE THE REST OF

04:10PM 14       THIS WEEK.

04:10PM 15                    THE COURT:  OKAY.

04:10PM 16                    MR. SCHENK:  I THINK HIS OBLIGATIONS IN ILLINOIS

04:10PM 17       OCCUPY AT LEAST THE REST OF THIS WEEK.  BUT I WILL SPEAK TO HIS

04:10PM 18       COUNSEL TODAY AND FIND OUT WHEN HE COULD NEXT COME HERE, AND

04:10PM 19       THEN I'LL IMMEDIATELY COMMUNICATE THAT TO MR. COOPERSMITH.

04:10PM 20                    THE COURT:  OKAY.  ALL RIGHT.

04:10PM 21            WELL, THANK YOU.  THANK YOU FOR THAT.

04:10PM 22            HE DID GIVE ME A VERY QUIZZICAL LOOK WHEN I SAID WE WILL

04:10PM 23       SEE YOU TOMORROW MORNING, WHICH IS TO SAY THAT I WAS OUT OF THE

04:10PM 24       LOOP ON THAT.

04:10PM 25            SO WE WILL THEN -- AND THANK YOU FOR LETTING ME KNOW THEN,

04:10PM  1        THIS DOES HAPPEN IN CASES.

04:10PM  2            I RECALL LAST WEEK WHEN WE WERE TALKING ABOUT ANOTHER

04:10PM  3    WITNESS, I KNOW, MR. COOPERSMITH, YOU EXPRESSED SOME CONCERN

04:11PM  4    ABOUT INTERRUPTING A WITNESS'S TESTIMONY, AND I DIDN'T

04:11PM  5    UNDERSTAND THE CONTEXT BECAUSE WE WERE JUST ABOUT FINISHED WITH

04:11PM  6    THAT WITNESS'S TESTIMONY, AND MAYBE THIS IS WHAT YOU WERE

04:11PM  7    REFERENCING.

04:11PM  8            MR. COOPERSMITH:  YES, YOUR HONOR.

04:11PM  9            YOUR HONOR, I RECOGNIZE THE PRACTICALITIES OF PEOPLE'S

04:11PM 10    LIVES AND TRAVEL.

04:11PM 11            OBVIOUSLY I THINK ALL OF US WOULD PREFER, ALL OF US, TO

04:11PM 12    CONTINUE THE WITNESS.  BUT THIS IS HOW IT'S GOING TO BE AND

04:11PM 13    WE'LL JUST HAVE TO TAKE HIM UP AT THE NEXT OPPORTUNITY; RIGHT?

04:11PM 14            THE COURT:  OKAY.  WE WILL DO THAT.

04:11PM 15            AND THEN TOMORROW I WILL TELL THE JURY THAT WE HAVE

04:11PM 16    INTERRUPTED MR. JHAVERI'S TESTIMONY BECAUSE OF SCHEDULING

04:11PM 17    ISSUES, AND THAT WE'LL TAKE UP ANOTHER WITNESS'S TESTIMONY.

04:11PM 18            AND WHAT'S -- DARE I ASK, DO YOU THINK DR. ROSENDORFF

04:11PM 19    WILL -- HE'LL BE FINISHED TOMORROW ABOUT 1:00 P.M., DO YOU

04:11PM 20    THINK, MR. BOSTIC?

04:11PM 21            MR. BOSTIC:  THAT SOUNDS GOOD TO THE GOVERNMENT,

04:11PM 22    YOUR HONOR.

04:11PM 23            SO JUST TO ANSWER THAT QUESTION, I THINK THAT WE WILL

04:11PM 24    FINISH THE DIRECT EXAM OF THAT WITNESS TOMORROW IF WE START AT

04:11PM 25    9:00.  I CAN'T SPEAK TO THE LENGTH OF THE CROSS-EXAMINATION.

3152

```
04:12PM   1                  THE COURT:  SURE.

04:12PM   2                  MR. BOSTIC:  BUT I THINK DIRECT WILL TAKE MORE THAN

04:12PM   3      HALF OF THE DAY, BUT LESS THAN THE WHOLE DAY.

04:12PM   4                  THE COURT:  AND WE'RE GOING UNTIL 4:00 TOMORROW.

04:12PM   5                  MR. BOSTIC:  I JUST WANT TO -- IN THE INTEREST OF

04:12PM   6      KEEPING THE COURT IN THE LOOP, I RECEIVED EMAIL NOTICE BY

04:12PM   7      DR. ROSENDORFF'S COUNSEL THIS AFTERNOON, THAT HE BELIEVES THAT

04:12PM   8      HE WAS EXPOSED TO SOMEONE WITH COVID UNFORTUNATELY ON FRIDAY

04:12PM   9      AND SATURDAY.

04:12PM  10          DR. ROSENDORFF IS FULLY VACCINATED AND HE DOES NOT HAVE

04:12PM  11      SYMPTOMS AT THIS TIME.

04:12PM  12          AS I UNDERSTAND IT, CDC GUIDELINES DO NOT REQUIRE HIM TO

04:12PM  13      ISOLATE OR QUARANTINE, BUT I WANTED THE COURT AND COUNSEL TO

04:12PM  14      KNOW THAT THAT'S WHAT WE'RE LEARNING ABOUT.

04:12PM  15                  THE COURT:  AND HE'S TESTED NEGATIVE?  IS THAT OUR

04:12PM  16      INFORMATION?

04:12PM  17                  MR. BOSTIC:  IF I COULD CHECK MY EMAIL?  I

04:12PM  18      APOLOGIZE.

04:12PM  19                  THE COURT:  SURE, GO RIGHT AHEAD.

04:13PM  20          MR. COOPERSMITH, WHILE HE'S CHECKING HIS EMAIL, WHAT ARE

04:13PM  21      YOUR THOUGHTS ON THAT?

04:13PM  22                  MR. COOPERSMITH:  MY THOUGHTS ARE I WILL BE CAREFUL

04:13PM  23      WHEN I ASK TO APPROACH A WITNESS.

04:13PM  24          I THINK WE SHOULD FOLLOW THE HEALTH GUIDELINES.  IF HE CAN

04:13PM  25      TESTIFY, THAT'S FINE.  IF THERE'S A SAFETY ISSUE, THEN
```

3153

04:13PM 1      YOUR HONOR WOULD MAKE THAT DECISION.

04:13PM 2            SO I DON'T THINK I HAVE ANY MORE TO ADD.

04:13PM 3               THE COURT:  THANK YOU.

04:13PM 4         THE ISSUE THEN BECOMES, DO I LET THE JURY -- AM I UNDER AN

04:13PM 5      OBLIGATION TO LET OUR JURY KNOW?  THAT'S PERSONAL INFORMATION,

04:13PM 6      HEALTH INFORMATION.

04:13PM 7         BUT I DO HAVE AN OBLIGATION, AS I'VE EXPRESSED TO YOU, AND

04:13PM 8      I THINK WE ALL RECOGNIZE THAT, TO -- FOR THE JURORS' HEALTH.

04:13PM 9      AND THEY'RE DISTANT AND ALL OF THAT, BUT SHOULD THEY BE

04:13PM 10     INFORMED THAT THERE'S SOMEONE IN THE COURTROOM WHO MAY HAVE

04:13PM 11     BEEN EXPOSED?  THAT'S CREATES AN ISSUE, A PROBLEM.

04:13PM 12        AND MY COLLEAGUES, YOUR COLLEAGUES ACROSS THE COUNTRY ARE

04:13PM 13     WRESTLING WITH THIS, WHAT TO DO WHEN A SITUATION LIKE THIS

04:13PM 14     COMES UP.

04:13PM 15              MR. BOSTIC:  IT'S HARD TO SAY NO TO THAT QUESTION,

04:14PM 16     YOUR HONOR.

04:14PM 17        I DO HAVE SOME CONCERNS ABOUT -- I MEAN, THIS KIND OF

04:14PM 18     THING SHOULD NOT BE STIGMATIZED AND IT SHOULD NOT BE THE KIND

04:14PM 19     OF THING THAT WOULD CAUSE A RATIONALE JUROR TO BE DISTRACTED

04:14PM 20     DURING A WITNESS'S TESTIMONY OR HOLD IT AGAINST THAT WITNESS,

04:14PM 21     BUT REALITY AND BIASES ARE WHAT THEY ARE.

04:14PM 22        SO I THINK THE COURT IS AWARE OF THAT AND I THINK IT'S

04:14PM 23     SOMETHING THAT NEEDS TO BE APPROACHED WITH SOME DELICACY.

04:14PM 24        ON THE TESTING POINT, I'M INFORMED THAT DR. ROSENDORFF

04:14PM 25     TOOK A TEST LAST NIGHT, AN ANTIGEN TEST, AND HE TESTED

3154

04:14PM   1    NEGATIVE.  SO I THINK HE WILL PROBABLY CONTINUE TO TEST TODAY,

04:14PM   2    AND WE'LL OF COURSE LET THE COURT KNOWS IF THAT CHANGES.

04:14PM   3         MR. COOPERSMITH:  YEAH.  I UNDERSTAND.

04:14PM   4         I SUPPOSE THE PROBLEM IS THE ISSUE WE CONFRONTED EARLIER

04:14PM   5    IN THE TRIAL WITH JURORS, WHAT HAPPENS -- THERE'S AN INCUBATION

04:14PM   6    PERIOD, RIGHT?  SO A NEGATIVE TEST AT THIS PARTICULAR MOMENT

04:14PM   7    MIGHT NOT BE AS INFORMATIVE AS WE WOULD LIKE IT TO BE, RIGHT,

04:14PM   8    IF IT'S NOT A PCR TEST AS I UNDERSTAND IT.

04:14PM   9         SO IT'S A TOUGH ONE.  YOUR HONOR MAKES A GREAT POINT.  IF

04:15PM  10    I WERE A JUROR AND IF I WAS ATTENDING A DINNER PARTY, I WOULD

04:15PM  11    WANT TO KNOW IF SOMEBODY WHO IS ATTENDING WAS POSSIBLY EXPOSED

04:15PM  12    TO COVID.

04:15PM  13         SO IT'S A TOUGH ONE.  I WOULD LIKE TO GET THIS TRIAL --

04:15PM  14    CONTINUE TO KEEP THE TRIAL MOVING.  WE'VE GOT A WITNESS.  I

04:15PM  15    KNOW YOUR HONOR FEELS THAT WAY, TOO.

04:15PM  16         SO IT'S A DILEMMA.  I WISH I COULD COME UP WITH A MAGIC

04:15PM  17    SOLUTION.

04:15PM  18         THE COURT:  WELL, THANK YOU.  I APPRECIATE THAT.

04:15PM  19    THERE AREN'T ANY.

04:15PM  20         WE'RE STILL IN UNCHARTERED WATERS, EVEN THOUGH WE'RE,

04:15PM  21    WE'RE -- IT'S KIND OF IN OUR REARVIEW MIRROR.

04:15PM  22         ONE OF MY COLLEAGUES IN FLORIDA MADE AN ORDER YESTERDAY

04:15PM  23    THAT CHANGED TRANSPORTATION LANDSCAPE SIGNIFICANTLY, AND WE'LL

04:15PM  24    SEE WHAT HAPPENS WITH THAT.

04:15PM  25         BUT THE QUESTION IS, SHOULD JURORS BE INFORMED THAT

04:15PM   1   SOMEONE WHO IS RIDING THE ELEVATOR, SOMEONE THAT THEY MAY HAVE

04:15PM   2   CONTACT WITH, THEY'LL HAVE CONTACT HERE IN THE COURTROOM WITH

04:15PM   3   THEM, ALBEIT NOT AS INTIMATE AS IN THE PUBLIC.  WE'VE GOT

04:15PM   4   SCREENS, WE HAVE MASKS, EVERYONE IS WEARING A MASK.

04:16PM   5        BUT NOTWITHSTANDING THAT, SHOULD THEY BE INFORMED?

04:16PM   6        YOU KNOW, MR. SCHENK, I THINK YOU'VE BEEN THE RESIDENT

04:16PM   7   EXPERT ON CDC.  NOT THAT MR. BOSTIC CAN'T SPEAK TO THE TOPIC,

04:16PM   8   BUT I THINK YOU'VE BEEN OF GREAT ASSISTANCE TO US IN OTHER

04:16PM   9   MATTERS LIKE THIS.

04:16PM  10        MR. SCHENK:  I THINK THIS IS THE FIRST TIME THAT

04:16PM  11   ANYBODY HAS ASKED MY OPINION OVER MR. BOSTIC'S, SO ALLOW ME TO

04:16PM  12   CELEBRATE THAT FOR A MOMENT.

04:16PM  13        THE COURT:  FIRST LET ME GO THROUGH A 702 VOIR DIRE.

04:16PM  14        MR. SCHENK:  YOUR HONOR, I THINK THAT THE CDC

04:16PM  15   GUIDELINES, OR GUIDANCE ON THIS ISSUE, SAYS THAT A VACCINATED

04:16PM  16   INDIVIDUAL WITH A KNOWN EXPOSURE, BUT WHO IS NOT SHOWING ANY

04:16PM  17   SYMPTOMS, DOES NOT NEED TO QUARANTINE NOR ISOLATE.

04:16PM  18        AND, IN FACT, I MENTIONED THIS TO MR. BOSTIC EARLIER, I

04:16PM  19   THINK THE GUIDANCE WAS ACTUALLY RECENTLY CHANGED SO THAT EVEN

04:16PM  20   UNVACCINATED INDIVIDUALS WHO HAVE AN EXPOSURE, BUT ARE

04:16PM  21   ASYMPTOMATIC, DO NOT HAVE TO QUARANTINE OR ISOLATE.

04:17PM  22        I'M NOT POSITIVE ABOUT THAT LAST ONE, BUT IT DOESN'T APPLY

04:17PM  23   IN THIS SITUATION BECAUSE DR. ROSENDORFF IS VACCINATED.

04:17PM  24        BUT HE WOULD BE ALLOWED -- FOR INSTANCE, IF HE WAS A JUROR

04:17PM  25   AND HE TOLD US HE WAS EXPOSED, THE TEST THAT HE TOOK IS NOT

04:17PM 1    RELEVANT TO THE ANALYSIS.  IT'S WHETHER HE IS SHOWING SYMPTOMS

04:17PM 2    OR NOT.  AND BECAUSE HE'S VACCINATED AND NOT SHOWING SYMPTOMS,

04:17PM 3    HE COULD CONTINUE HIS JURY SERVICE.

04:17PM 4         THAT DOESN'T ANSWER THE COURT'S QUESTIONS ABOUT WHETHER WE

04:17PM 5    SHOULD INFORM INDIVIDUALS.

04:17PM 6         I CAN TELL THE COURT WHEN THERE'S AN EXPOSURE IN A FEDERAL

04:17PM 7    BUILDING, I GET AN EMAIL ON IT.  I GET AN EMAIL IF THERE IS AN

04:17PM 8    EXPOSURE IN THE SAN FRANCISCO FEDERAL BUILDING.

04:17PM 9         SO ONCE WE OBTAIN DR. ROSENDORFF'S PERMISSION TO SHARE IT,

04:17PM 10   I THINK WE WOULD THEN LEAVE IT TO THE COURT TO MAKE A DECISION

04:17PM 11   ABOUT WHETHER TO SHARE THAT INFORMATION.

04:17PM 12        BUT I CERTAINLY GET WHERE THE COURT IS COMING FROM.

04:17PM 13             THE COURT:  WELL, I THINK WE SHOULD ASK

04:17PM 14   DR. ROSENDORFF THAT QUESTION TOMORROW IF YOU DON'T MIND, AND

04:17PM 15   JUST GET HIS THOUGHTS ON THAT.

04:18PM 16        AND THEN WE -- I WOULD ALSO INVITE YOU TO THINK ABOUT WHAT

04:18PM 17   COMMENT THE COURT SHOULD MAKE TO THE JURORS ABOUT A WITNESS AND

04:18PM 18   THAT THEY SHOULDN'T -- OBVIOUSLY IT'S NOT A STIGMA.  IT'S

04:18PM 19   OBVIOUSLY NOT SOMETHING THAT THEY SHOULD CONSIDER WHEN THEY

04:18PM 20   EVALUATE A WITNESS'S TESTIMONY.

04:18PM 21             MR. COOPERSMITH:  YOUR HONOR, THE CONCERN I HAVE IS

04:18PM 22   A LITTLE DIFFERENT.  IT'S THAT IF THE COURT WERE TO INFORM, I

04:18PM 23   SUPPOSE WITH DR. ROSENDORFF'S PERMISSION, THAT HE IS SOMEONE

04:18PM 24   WHO WAS EXPOSED TO COVID POTENTIALLY, HE'S TESTING NEGATIVE AT

04:18PM 25   THE MOMENT, BUT THAT'S NOT DISPOSITIVE, WHATEVER THE COURT'S

04:18PM  1    MESSAGE IS, THE QUESTION I HAVE IS, WHAT ARE THE JURORS

04:18PM  2    SUPPOSED TO DO WITH THAT INFORMATION?

04:18PM  3         AND IN THE CASE OF MR. SCHENK GETTING NOTICES FROM THE

04:18PM  4    BUILDING, I SUPPOSE MR. SCHENK COULD DECIDE TO WORK AT HOME

04:18PM  5    THAT DAY IF HE WAS CONCERNED.

04:18PM  6         THE JURORS DON'T REALLY HAVE THAT OPTION.

04:18PM  7         SO I THINK THERE WOULD HAVE TO BE A PLAN TO TELL THEM WHAT

04:18PM  8    THEY'RE SUPPOSED TO DO.  I MEAN, IS IT GOING TO BE THEIR

04:18PM  9    DECISION?  NORMALLY NOT.  IT'S NORMALLY THE COURT THAT SETS THE

04:19PM  10   SCHEDULE.

04:19PM  11        SO I'M JUST WONDERING WHAT THE NEXT STEP WOULD BE.

04:19PM  12             THE COURT:  WELL, YOU KNOW, THERE IS NO MANUAL ON

04:19PM  13   THIS, AND IT COULD BE THAT WE, YOU KNOW, WE HAVE TO HAVE A

04:19PM  14   DISCUSSION WITH EACH JUROR AND ASK THE JUROR'S COMFORT LEVEL.

04:19PM  15        I MEAN, THAT'S A POSSIBILITY, YOU KNOW, INDIVIDUALLY AND

04:19PM  16   SEE HOW THEY FEEL.  THEY'LL PROBABLY HAVE QUESTIONS ABOUT THAT.

04:19PM  17        THE REALITY OF TODAY'S WORLD IS THAT WE'RE ALL EXPOSED AT

04:19PM  18   SOME POINT OR ANOTHER, WHETHER WE KNOW IT OR NOT, AND

04:19PM  19   PARTICULARLY NOW WITH THE RELAXATION OF MANY, MANY ORDERS.

04:19PM  20        I THINK SANTA CLARA COUNTY WAS ONE OF THE LAST COUNTIES TO

04:19PM  21   RELAX THE MASK MANDATE, SO I SUPPOSE FROM AN EPIDEMIOLOGIST

04:20PM  22   STANDPOINT, WE'RE ALL AT RISK NOW.

04:20PM  23        SO MAYBE THIS ISN'T SUCH A BIG DEAL TO JURORS.  I JUST

04:20PM  24   DON'T KNOW ABOUT THAT.

04:20PM  25        I, TOO, GET THE EMAILS, THE FEDERAL EMAILS, AT LEAST FOR

04:20PM 1      OUR COURT EMAILS IF THERE'S BEEN AN EXPOSURE, AND IT'S

04:20PM 2      INFORMATIVE.

04:20PM 3            AND YOU'RE RIGHT, MR. COOPERSMITH, WE CAN MAKE DECISIONS

04:20PM 4      ON OUR OWN WHAT WE WANT TO DO, IF WE CAN WORK REMOTELY.

04:20PM 5            BUT WE HAVE A CAPTIVE AUDIENCE HERE, AND THEY HAVE DECIDED

04:20PM 6      TO MOVE CLOSER TOGETHER COLLECTIVELY, WHICH EXPRESSES THEIR

04:20PM 7      THOUGHT PROCESS.

04:20PM 8            WELL, WE'LL ALL GIVE THIS SOME THOUGHT, AND THINK ABOUT,

04:20PM 9      IF YOU WOULD, THOSE QUESTIONS, YOU KNOW, SCENARIOS.

04:20PM 10           WHY DON'T WE HAVE HIM COME TOMORROW, THEN, IF HE'S ABLE

04:20PM 11     TO.  WE'LL CHECK FIRST THING IN THE MORNING TO SEE IF HE'S

04:20PM 12     SYMPTOMATIC OR NOT.  HE'LL TAKE ANOTHER TEST IN THE MORNING, I

04:20PM 13     PRESUME, OR WE HAVE TESTS HERE THAT WE CAN PROVIDE HIM, AND

04:20PM 14     MAYBE WE'LL HAVE HIM TAKE A TEST IN FRONT OF THE JURY AND WE'LL

04:20PM 15     WAIT 15 MINUTES AND HE CAN SHOW THEM THE RESULTS.

04:21PM 16           NO, WE'RE NOT GOING TO DO THAT.

04:21PM 17           BUT WE HAVE TESTS HERE AVAILABLE FOR HIM AND WE CAN

04:21PM 18     PROVIDE HIM WITH THOSE TESTS AS WELL.

04:21PM 19           AND YOU, ANYONE HERE WHO WANTS TO TEST, OF COURSE.

04:21PM 20           ANY FURTHER THOUGHTS, MR. COOPERSMITH?

04:21PM 21                MR. COOPERSMITH:  NO, YOUR HONOR.  I THINK WE HAVE

04:21PM 22     THE FACTS AT HAND.

04:21PM 23                MR. SCHENK:  NOTHING FURTHER.

04:21PM 24                MR. BOSTIC:  NO.  THANK YOU, YOUR HONOR.

04:21PM 25                THE COURT:  WELL, WE'VE GOT A LOT TO THINK ABOUT

3159

04:21PM  1        TONIGHT.

04:21PM  2               SO WE'LL SEE YOU TOMORROW ABOUT 8:30 I GUESS.

04:21PM  3                   MR. COOPERSMITH:  YES, YOUR HONOR.

04:21PM  4            JUST A COUPLE OF SCHEDULING QUESTIONS.

04:21PM  5                   THE COURT:  SURE.

04:21PM  6                   MR. COOPERSMITH:  THE MOTION THAT WE DIDN'T ARGUE

04:21PM  7        THIS MORNING, IT'S RELEVANT TO DR. ROSENDORFF.

04:21PM  8            AS I SAID EARLIER, WE CAN DO THAT TOMORROW MORNING, OR WE

04:21PM  9        CAN DO IT FRIDAY MORNING.  I WAS JUST WONDERING WHAT THE

04:21PM 10        COURT'S PREFERENCE WAS FOR SCHEDULING THAT ISSUE.

04:21PM 11            THIS IS ABOUT HIS POST-THERANOS CAREER.

04:21PM 12                   THE COURT:  RIGHT.  IT SOUNDS, FROM MR. BOSTIC, THAT

04:21PM 13        YOU WON'T HAVE A CHANCE TO CROSS-EXAMINE HIM TOMORROW.  IT

04:21PM 14        SOUNDS LIKE THAT'S PERHAPS UNLIKELY.

04:21PM 15                   MR. BOSTIC:  I THINK IT IS LIKELY THAT

04:22PM 16        CROSS-EXAMINATION WILL BEGIN TOMORROW IF WE START AT 9:00, BUT

04:22PM 17        I'D BE VERY SURPRISED IF WE GOT TOWARDS THE END OF

04:22PM 18        MR. COOPERSMITH'S --

04:22PM 19                   MR. COOPERSMITH:  I DON'T THINK I'LL GET TO THAT

04:22PM 20        ISSUE.

04:22PM 21                   THE COURT:  THIS TOPIC, RIGHT.

04:22PM 22            I'M ALSO LOOKING AT IF WE START AT 8:30 TOMORROW, WE HAVE

04:22PM 23        TWO THINGS TO TALK ABOUT.  WE HAVE TO SPEAK WITH JUROR

04:22PM 24        NUMBER 8, AND THEN WE HAVE TO TALK ABOUT DR. ROSENDORFF'S

04:22PM 25        SITUATION AND STRATEGIZE WHAT WE DO WITH THAT.

3160

04:22PM 1        THAT DOESN'T BODE WELL FOR A 9:00 O'CLOCK START, DOES IT?

04:22PM 2            MR. COOPERSMITH:  NO.

04:22PM 3            THE COURT:  AND I THINK THAT'S HISTORICALLY WHAT

04:22PM 4    GUIDES OUR START TIME.

04:22PM 5        I SUSPECT WE'LL START AT 9:30, AND THEN DEPENDING ON WHAT

04:22PM 6    WE DECIDE TO DO, IF WE TALK WITH EACH JUROR, OR IF I SPEAK WITH

04:22PM 7    THEM COLLECTIVELY AND THEN IF I ASK THEM IF ANY OF THEM WANT TO

04:22PM 8    SPEAK PRIVATELY AND WE DO THAT, I SEE SOME CONSUMPTION OF TIME.

04:23PM 9    AND I DON'T MEAN THAT PEJORATIVELY.  YOU KNOW, IT'S GOING TO

04:23PM 10   TAKE SOME TIME TO GET STARTED, DEPENDING ON WHAT HAPPENS.

04:23PM 11           AND, YOU KNOW, ALSO DR. ROSENDORFF'S COMFORT.

04:23PM 12           MR. COOPERSMITH:  RIGHT, YOUR HONOR.

04:23PM 13       SO DOES THAT -- THAT SOUNDS LIKE THE AGENDA FOR TOMORROW.

04:23PM 14           FOR THE ARGUMENT ON THE POST-THERANOS CAREER, WOULD THE

04:23PM 15   COURT PREFER TO DO THAT FRIDAY MORNING?

04:23PM 16           THE COURT:  IT SOUNDS LIKE PROBABLY, UNLESS WE CAN

04:23PM 17   SQUEEZE IT IN TOMORROW, THAT'S PROBABLY WHEN IT WILL HAPPEN.

04:23PM 18   THAT'S MY SENSE OF IT.

04:23PM 19           MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

04:23PM 20   THAT MAKES SENSE.

04:23PM 21       AND THEN WITH REGARD TO ONE COMMENT THAT MR. BOSTIC MADE

04:23PM 22   IN THE COURSE OF TOMORROW MORNING, I DON'T THINK IT'S

04:23PM 23   APPROPRIATE TO INSTRUCT THE JURY THAT THEY SHOULDN'T HOLD IT

04:23PM 24   AGAINST DR. ROSENDORFF THAT HE WAS EXPOSED TO COVID.  I DON'T

04:23PM 25   REALLY SEE WHY THAT'S AN ISSUE.

04:23PM 1          THE COURT:  I DON'T THINK HE WAS ASKING THAT.  I

04:23PM 2     THINK THAT WAS JUST ONE OF OUR GENERAL TOPICS.

04:23PM 3          MR. COOPERSMITH:  OKAY.

04:23PM 4          THE COURT:  HOW DO WE -- WHAT DO WE DO WITH THAT?

04:23PM 5     WE DON'T HAVE A DEFINITIVE ANSWER ON WHAT WE'RE GOING TO DO.  I

04:23PM 6     THINK THAT WAS JUST -- THAT'S THE WAY I TOOK IT.

04:23PM 7          YOU KNOW, WE'RE ALL TALKING ABOUT WHAT IS THE EFFECT OF

04:24PM 8     THIS, AND WHAT DO WE TELL THE JURY ABOUT THIS?  DO WE TELL

04:24PM 9     THEM, DON'T HAVE SYMPATHY FOR HIM BECAUSE HE'S BEEN EXPOSED,

04:24PM 10    AND DON'T HOLD IT AGAINST HIM?

04:24PM 11         NO.  THIS IS JUST --

04:24PM 12         MR. COOPERSMITH:  RIGHT.

04:24PM 13         THE COURT:  IT'S ALL PART OF THE CONVERSATION.

04:24PM 14         MR. COOPERSMITH:  OKAY.  I UNDERSTAND, YOUR HONOR.

04:24PM 15    THANK YOU.

04:24PM 16         THE COURT:  YES.

04:24PM 17         MR. COOPERSMITH:  WITH REGARD TO THE WITNESS WHO

04:24PM 18    TESTIFIED TODAY, MR. JHAVERI, AGAIN, NOTHING WE HAVE TO DO NOW

04:24PM 19    BECAUSE HE'S COMING BACK EVENTUALLY, BUT THERE IS AN

04:24PM 20    EVIDENTIARY ISSUE OR TWO THAT WE WOULD LIKE TO TALK ABOUT WITH

04:24PM 21    RESPECT TO HIM THAT CAME UP IN THE COURSE OF CROSS.

04:24PM 22         BUT, AGAIN, HE'S NOT COMING TOMORROW, SO WE CAN DO THAT AT

04:24PM 23    ANOTHER POINT.

04:24PM 24         THE COURT:  RIGHT.  WE PROBABLY WON'T SEE HIM UNTIL

04:24PM 25    NEXT WEEK AT THE EARLIEST I WOULD THINK.

04:24PM  1          MR. COOPERSMITH:  YES, YOUR HONOR.

04:24PM  2          THE COURT:  RIGHT.

04:24PM  3       MR. BOSTIC, ANYTHING?

04:24PM  4          MR. BOSTIC:  NO, YOUR HONOR, NOTHING TO ADD.

04:24PM  5          THE COURT:  OKAY.  ALL RIGHT.

04:24PM  6       WELL, YOU HAVE YOUR HOMEWORK, AND WE'LL TALK TOMORROW.

04:24PM  7          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:24PM  8          MR. BOSTIC:  THANK YOU, YOUR HONOR.

04:24PM  9          MR. SCHENK:  THANK YOU, YOUR HONOR.

04:24PM 10          THE COURT:  ALL RIGHT.

04:24PM 11          THE CLERK:  COURT IS ADJOURNED.

04:24PM 12       (COURT ADJOURNED AT 4:24 P.M.)

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15
                    _____
16                  IRENE RODRIGUEZ, CSR, CRR
                    CERTIFICATE NUMBER 8076
17

18
                    _____
19                  LEE-ANNE SHORTRIDGE, CSR, CRR
                    CERTIFICATE NUMBER 9595
20

21                  DATED:  MARCH 19, 2022

22

23

24

25