1

2                 UNITED STATES DISTRICT COURT

3               NORTHERN DISTRICT OF CALIFORNIA

4                      SAN JOSE DIVISION

5

         UNITED STATES OF AMERICA,          )
6                                           )  CR-18-00258-EJD
                         PLAINTIFF,         )
7                                           )  SAN JOSE, CALIFORNIA
                    VS.                     )
8                                           )  APRIL 20, 2022
         RAMESH "SUNNY" BALWANI,            )
9                                           )  VOLUME 20
                         DEFENDANT.         )
10       _____   )  PAGES 3163 - 3450
                                               **SEALED PAGES 3222 - 3233**
11

12

13              TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
14

     A P P E A R A N C E S:
15

     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
16                         BY:  JOHN C. BOSTIC
                                JEFFREY B. SCHENK
17                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
18
                           BY:  ROBERT S. LEACH
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
             (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

     OFFICIAL COURT REPORTERS:
22                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
23                              LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

1    A P P E A R A N C E S: (CONT'D)

2    FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                             BY:  MOLLY MCCAFFERTY
3                                 SHAWN ESTRADA
                             THE ORRICK BUILDING
4                            405 HOWARD STREET
                             SAN FRANCISCO, CALIFORNIA 94105
5
                             BY:  JEFFREY COOPERSMITH
6                                 AARON BRECHER
                                  AMANDA MCDOWELL
7                            701 FIFTH AVENUE, SUITE 5600
                             SEATTLE, WASHINGTON 98104
8
                             BY:  STEPHEN CAZARES
9                            77 SOUTH FIGUEROA STREET, SUITE 3200
                             LOS ANGELES, CALIFORNIA 90017
10
                             BY:  AMY WALSH
11                           51 W 52ND STREET
                             NEW YORK, NEW YORK 10019
12

13   ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                             BY:  MADDI WACHS, PARALEGAL
14                                SARA SLATTERY, PARALEGAL

15                           ORRICK, HERRINGTON & SUTCLIFFE
                             JENNIFER CYGNOR, PARALEGAL
16                           REESE ONATE

17                           PROLUMINA
                             BY:  COREY ALLEN
18                           2200 SIXTH AVENUE, SUITE 425
                             SEATTLE, WASHINGTON 98121
19
                             UNITED STATES POSTAL INSPECTION SERVICE
20                           BY:  CHRISTOPHER MCCOLLOW

21                           FEDERAL BUREAU OF INVESTIGATION
                             BY:  MARIO C. SCUSSEL
22
                             UNITED STATES FOOD & DRUG
23                           ADMINISTRATION
                             BY:  GEORGE SCAVDIS
24

25

1

2                          INDEX OF PROCEEDINGS

3       GOVERNMENT'S:

4       **ADAM ROSENDORFF**
        DIRECT EXAM BY MR. BOSTIC                P. 3236
5       CROSS-EXAM BY MR. COOPERSMITH            P. 3400

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3166

```
                        INDEX OF EXHIBITS

                        IDENT.         EVIDENCE

     GOVERNMENT'S

     3231                              3259
     1049                              3263
     1491                              3273
     1432                              3278
     1772                              3289
     2188                              3295
     1724                              3310
     2099                              3313
     4836                              3320
     4145                              3325
     4147                              3328
     4840                              3332
     4222                              3337
     1555                              3340
     4116                              3343
     4189                              3345
     1214                              3350
     4124                              3352
     4014                              3357
     1717                              3359
     4292                              3360
     4182                              3364
     4181                              3369
     4520                              3372
     4047                              3378
     4323                              3381
     4314                              3386
     4330                              3389
     2228                              3393


     DEFENDANT'S

     20304                             3406
     20305                             3412
     7386                              3424
```

|       |                                                              |
|-------|--------------------------------------------------------------|
|       | 1     SAN JOSE, CALIFORNIA                    APRIL 20, 2022  |
| 08:36AM | 2                   P R O C E E D I N G S                  |
| 08:36AM | 3        (COURT CONVENED AT 8:36 A.M.)                     |
| 08:36AM | 4        (JURY OUT AT 8:36 A.M.)                           |

08:36AM  5        THE COURT:  THANK YOU.  GOOD MORNING.  THANK YOU FOR

08:36AM  6   YOUR COURTESY.

08:36AM  7        WE'RE ON THE RECORD.

08:36AM  8        ALL COUNSEL ARE PRESENT.

08:36AM  9        DEFENSE COUNSEL IS PRESENT.  THE DEFENDANT IS PRESENT.

08:36AM 10        WE'RE OUTSIDE OF THE PRESENCE OF THE JURY TO TALK ABOUT A

08:36AM 11   COUPLE OF MATTERS.

08:37AM 12        FIRST OF ALL, JUROR NUMBER 8, WE RECEIVED A -- I THINK WE

08:37AM 13   RECEIVED AN EMAIL FROM HIM, A TEXT FROM HIM, OUR CLERK DID,

08:37AM 14   INDICATING THAT I BELIEVE HE HAS A MEDICAL APPOINTMENT TODAY AT

08:37AM 15   3:00.

08:37AM 16        IS THAT RIGHT?

08:37AM 17        THE CLERK:  YES.

08:37AM 18        THE COURT:  SO HE TOLD US YESTERDAY THAT HE WAS

08:37AM 19   SEEKING AN APPOINTMENT.  APPARENTLY IT'S AT 3:00 TODAY.

08:37AM 20        TIMING-WISE, WE'D PROBABLY HAVE TO BREAK EARLY, WOULDN'T

08:37AM 21   WE?  I DON'T KNOW WHERE THE DOCTOR IS, BUT TO ALLOW HIM TO GET

08:37AM 22   THERE.

08:37AM 23        I EXPECT TO BRING HIM IN TODAY AND CONTINUE OUR

08:37AM 24   CONVERSATION WITH HIM ABOUT HIS THOUGHTS AND -- ANY THOUGHTS

08:37AM 25   JUST IMMEDIATELY FROM ANY OF YOU ABOUT WHAT WE SHOULD DO?

08:38AM 1          MR. SCHENK:  THANK YOU, YOUR HONOR.

08:38AM 2      OUR UNDERSTANDING IS THAT WE NEED TO BREAK AT 2:15 OR

08:38AM 3  THEREABOUTS TODAY TO ALLOW JUROR NUMBER 8 SUFFICIENT TIME TO

08:38AM 4  GET TO THIS APPOINTMENT.

08:38AM 5      WE RECEIVED AN EMAIL LAST NIGHT FROM THE DEFENSE

08:38AM 6  INDICATING THAT THEY OPPOSE EXCUSING JUROR NUMBER 8 AT THIS

08:38AM 7  POINT, AND I WONDER IF WE SHOULD GIVE THE DEFENSE AN

08:38AM 8  OPPORTUNITY TO FURTHER EXPAND THE RECORD ON THEIR VIEWS ON

08:38AM 9  THAT.

08:38AM 10         THE COURT:  MR. COOPERSMITH.

08:38AM 11         MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

08:38AM 12     IT MIGHT BE THAT ULTIMATELY THIS JUROR WILL HAVE TO BE

08:38AM 13  EXCUSED DEPENDING ON HIS SITUATION, UNFORTUNATE SITUATION.

08:38AM 14     AT THIS POINT MY UNDERSTANDING, IF I HAVE ALL OF THE

08:38AM 15  FACTS, IS THAT HE HAS A MEDICAL APPOINTMENT TODAY AT 3:00.  AS

08:38AM 16  MR. SCHENK SAID.  HE WOULD HAVE TO LEAVE AT 2:15.

08:38AM 17  UNFORTUNATELY, THAT WOULD MEAN BREAKING EARLY, BUT I DON'T

08:38AM 18  THINK THAT'S A REASON TO DISMISS THE JUROR AT THIS POINT.

08:38AM 19     HE MIGHT GET GOOD NEWS.  WE CERTAINLY ALL HOPE THAT FOR

08:38AM 20  HIM.

08:38AM 21     BUT IF NOT, AND IT TURNS OUT THAT THIS IS GOING TO BE A

08:39AM 22  DISTRACTION OR IT'S GOING TO BE IMPOSSIBLE FOR HIM TO SERVE

08:39AM 23  BECAUSE HE'S GOING TO BE SWAMPED WITH MEDICAL APPOINTMENTS AND

08:39AM 24  THAT'S WHAT HE'S GOING TO BE DOING, THEN IT MIGHT BE THAT WE'LL

08:39AM 25  HAVE TO REACH THAT POINT TO EXCUSE HIM.

08:39AM  1          BUT I JUST DON'T THINK THAT WE'RE AT THAT POINT NOW.

08:39AM  2     THAT'S THE REASON FOR THE EMAIL THAT MR. SCHENK MENTIONED.

08:39AM  3              THE COURT:  SURE.  OKAY.

08:39AM  4         WELL, WE'LL BRING HIM IN AND TALK ABOUT IT, AND I'M BEING

08:39AM  5     CAREFUL TO TALK ABOUT -- THIS ISN'T SEALED YET, AND I DON'T SEE

08:39AM  6     ANY MEMBERS OF THE PUBLIC PRESENT, ALTHOUGH THE COURTROOM IS

08:39AM  7     OPEN.

08:39AM  8         I THINK IT WAS JUST HIM TELLING US ABOUT HIS RECENT

08:39AM  9     MEDICAL HISTORY ABOUT GETTING THE TEST, AND THEN BEING, I DON'T

08:39AM 10     WANT TO SAY IMMEDIATELY, BUT REFERRED TO A SPECIALIST CAUSES

08:39AM 11     SOME CONCERN.

08:39AM 12              GENTLEMEN, IF THAT HAPPENED TO US, WE WOULD BE CONCERNED.

08:39AM 13              MR. COOPERSMITH:  OF COURSE.

08:39AM 14              THE COURT:  SO THAT RAISES SOME, SOME LEVEL OF

08:39AM 15     CONCERN.

08:39AM 16         AND I KNOW YOU BOTH HAD A COLLOQUY WITH HIM YESTERDAY

08:39AM 17     ABOUT HIS ABILITY TO TRACK AND PAY ATTENTION.

08:40AM 18         I THOUGHT WE WOULD ENGAGE A CONVERSATION WITH HIM THIS

08:40AM 19     MORNING JUST TO BETTER INFORM US, AND THEN WE'LL SEE, WE'LL SEE

08:40AM 20     WHAT WE DO.

08:40AM 21         DOES THAT MAKE SENSE?  AND THEN WE'LL -- HOPEFULLY WE CAN

08:40AM 22     DO THIS BEFORE 9:00 O'CLOCK BEFORE WE GET STARTED.

08:40AM 23         IF HE'S GOING TO STAY, THEN TIME IS ALWAYS PRECIOUS, SO WE

08:40AM 24     WANT TO STAY TIMELY IF WE CAN.

08:40AM 25              MR. COOPERSMITH:  YES, ABSOLUTELY, YOUR HONOR.

08:40AM 1      THE ONLY THING I WOULD SAY IS, WE'LL SEE.  BUT HE MAY NOT

08:40AM 2  HAVE MORE INFORMATION THAN HE DID WHEN WE ENGAGED HIM YESTERDAY

08:40AM 3  AT 4:00 O'CLOCK.

08:40AM 4      IT SOUNDS LIKE HE MAY HAVE MORE INFORMATION AFTER HIS

08:40AM 5  APPOINTMENT.

08:40AM 6          THE COURT:  OH, FOR SURE.

08:40AM 7          MR. COOPERSMITH:  AND UNFORTUNATELY HE MISSED A CALL

08:40AM 8  FROM HIS PHYSICIAN'S OFFICE.

08:40AM 9      AND THEN WE ARE NOT IN SESSION TOMORROW, SO IT SEEMS LIKE

08:40AM 10 THERE WOULD BE TIME AFTER TODAY TO SORT THIS OUT WITH HIM WHEN

08:40AM 11 HE HAS MORE INFORMATION.

08:40AM 12     BUT ABSOLUTELY, IF HE HAS MORE TO SAY TODAY, THEN WE WOULD

08:40AM 13 BE GOOD TO GO.

08:40AM 14         THE COURT:  I DON'T THINK WE'LL GET ANY ADDITIONAL

08:40AM 15 MEDICAL INFORMATION TODAY.

08:41AM 16     I THINK WHAT I WAS TALKING ABOUT WAS HIS PERSONAL PSYCHIC

08:41AM 17 INFORMATION ABOUT HIS EMOTIONS AND HOW HE'S FEELING AND

08:41AM 18 PROCESSING THIS.

08:41AM 19         MR. COOPERSMITH:  I WOULD IMAGINE HE'S PRETTY

08:41AM 20 STRESSED OUT UNTIL HE GETS THE NEWS, YOU KNOW, ONE WAY OR THE

08:41AM 21 OTHER.

08:41AM 22     AND IF IT'S BAD NEWS, AT LEAST HE'LL KNOW WHAT HE'S

08:41AM 23 DEALING WITH AT THIS POINT.

08:41AM 24     SO THIS IS PROBABLY THE MOST STRESSFUL TIME, I WOULD

08:41AM 25 IMAGINE.

08:41AM  1              THE COURT:  YEAH, I WOULD THINK SO.  YEAH, NOT

08:41AM  2       KNOWING.

08:41AM  3          AND THEN THE SECOND ISSUE -- ANYTHING FURTHER ON THAT?

08:41AM  4              MR. SCHENK:  NO, YOUR HONOR.

08:41AM  5              MR. COOPERSMITH:  NO, YOUR HONOR.

08:41AM  6              THE COURT:  AND THEN THE SECOND ISSUE IS

08:41AM  7       DR. ROSENDORFF AND HIS HEALTH.  DID HE TEST TODAY?  DO WE HAVE

08:41AM  8       INFORMATION ABOUT THAT?

08:41AM  9              MR. BOSTIC:  GOOD MORNING, YOUR HONOR.

08:41AM  10             THE COURT:  GOOD MORNING.

08:41AM  11             MR. BOSTIC:  SO SINCE WE SPOKE YESTERDAY AFTERNOON,

08:41AM  12      MY UNDERSTANDING IS THAT DR. ROSENDORFF HAS CONTINUED TO BE

08:41AM  13      ASYMPTOMATIC.  HE'S FEELING FINE.

08:41AM  14          I'M AWARE THAT HE TESTED YESTERDAY EVENING, LAST NIGHT,

08:41AM  15      AND RECEIVED A NEGATIVE RESULT.

08:41AM  16          I BELIEVE HE'S ARRIVING AT THE COURTHOUSE NOW, OR HE MIGHT

08:41AM  17      HAVE ARRIVED ACTUALLY A MINUTE OR TWO AGO, SO WE COULD ASK HIM.

08:42AM  18          BUT I REQUESTED TO BE INFORMED OF ANY UNFAVORABLE CHANGES

08:42AM  19      IN HIS CONDITION, AND I HAVEN'T GOTTEN ANY BAD NEWS.

08:42AM  20             THE COURT:  OKAY.  DOES IT MAKE SENSE TO HAVE HIM

08:42AM  21      TEST THIS MORNING, OR DOES THAT MATTER?

08:42AM  22          SHOULD WE TALK TO DR. SCHENK ABOUT THAT?

08:42AM  23          (LAUGHTER.)

08:42AM  24             THE COURT:  DOES IT MATTER IF HE TESTED NEGATIVE

08:42AM  25      LAST NIGHT?  IS IT LIKELY TO BE A CHANGE IF HE TESTED THIS

```
08:42AM   1    MORNING?
08:42AM   2            MR. BOSTIC:  HE MAY HAVE TESTED THIS MORNING ON HIS
08:42AM   3    OWN, YOUR HONOR.  I JUST DON'T KNOW.  I HAVEN'T BEEN IN TOUCH
08:42AM   4    WITH HIM THIS MORNING.
08:42AM   5            THE COURT:  ALL RIGHT.
08:42AM   6            MR. BOSTIC:  SO THAT MIGHT BE A QUESTION TO ASK HIM
08:42AM   7    IF HE'S AVAILABLE, AND I MIGHT STEP OUTSIDE AND SEE IF I CAN
08:42AM   8    FIND OUT THAT INFORMATION NOW.
08:42AM   9            THE COURT:  MAYBE MR. SCHENK.
08:42AM  10        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)
08:42AM  11            MR. BOSTIC:  I THINK AN AGENT IS ASKING HIM THAT
08:42AM  12    QUESTION AT THE MOMENT.
08:42AM  13            THE COURT:  GREAT.  OKAY.
08:42AM  14        THAT WILL BETTER INFORM US AS TO WHAT WE SHOULD DO.
08:43AM  15        AND THEN I THOUGHT LAST NIGHT ABOUT, DO WE INFORM THE JURY
08:43AM  16    ABOUT HIS SITUATION?
08:43AM  17        AND I'M NOT CERTAIN THAT'S NECESSARY, BUT I'M HAPPY TO
08:43AM  18    HEAR, YOU KNOW, AND RECEIVE YOUR THOUGHTS AND GUIDANCE ON THAT.
08:43AM  19            MR. BOSTIC:  SO I THINK WE'LL END UP DEFERRING TO
08:43AM  20    THE COURT ON THAT, YOUR HONOR.
08:43AM  21        THAT'S AN EASY ANSWER FOR ME TO GIVE.
08:43AM  22        I'LL NOTE THAT WE TALKED YESTERDAY ABOUT BUILDING
08:43AM  23    MANAGEMENT INFORMING US WHEN THERE HAD BEEN A CONFIRMED CASE OF
08:43AM  24    COVID IN THE BUILDING, WE GET THOSE EMAILS.
08:43AM  25            THE COURT:  RIGHT.  RIGHT.
```

08:43AM  1          MR. BOSTIC:  TWO THINGS I NOTED ABOUT THOSE

08:43AM  2    SITUATIONS.  ONE, THOSE EMAILS ARE ANONYMOUS.  THEY DON'T

08:43AM  3    IDENTIFY THE PERSON WHO TESTED POSITIVE; AND MORE IMPORTANTLY,

08:43AM  4    THEY'RE ONLY SENT OUT WHEN SOMEONE IS IN THE BUILDING WHO

08:43AM  5    ACTUALLY HAS A CONFIRMED CASE.

08:43AM  6          THE COURT:  RIGHT.

08:43AM  7          MR. BOSTIC:  THEY'RE NOT SENT OUT WHEN SOMEONE

08:43AM  8    THINKS THEY MAY HAVE BEEN AROUND SOMEONE WHO TESTED POSITIVE.

08:43AM  9       I THINK THE COURT OBSERVED YESTERDAY CORRECTLY THAT IN OUR

08:44AM 10    DAY-TO-DAY LIVES, THE PANDEMIC IS HEADING IN THE RIGHT

08:44AM 11    DIRECTION, BUT IT'S STILL PRESENT TO A DEGREE THAT MANY PEOPLE

08:44AM 12    IN THE COURTROOM, OR SEVERAL PEOPLE IN THE COURTROOM ON ANY

08:44AM 13    GIVEN DAY MAY HAVE BEEN IN CONTACT WITH SOMEONE WHO ENDED UP

08:44AM 14    HAVING COVID AT SOME POINT IN THE RECENT PAST.

08:44AM 15       IT'S IMPOSSIBLE TO KNOW EVERY TIME THAT HAPPENS.

08:44AM 16       SO I DON'T THINK IT'S CLEARLY INCUMBENT ON THE COURT TO

08:44AM 17    INFORM THE JURY ABOUT IT.

08:44AM 18          THE COURT:  MR. COOPERSMITH.

08:44AM 19          MR. COOPERSMITH:  I DON'T HAVE STRONG VIEWS THAT THE

08:44AM 20    COURT SHOULD INFORM THE JURY.  HE'S ASYMPTOMATIC, HE'S TESTED

08:44AM 21    NEGATIVE.  HE SAYS HE'S FEELING OKAY APPARENTLY.

08:44AM 22       OBVIOUSLY, WE'LL ALL REGRET THAT IF IT TURNS OUT HE HAS

08:44AM 23    COVID IN A COUPLE OF DAYS, BUT I DON'T HAVE ANY MORE TO ADD

08:44AM 24    THAT WHAT MR. BOSTIC SAID.

08:44AM 25          THE COURT:  WHAT ABOUT, MR. BOSTIC, WE WILL FACE

08:44AM 1    THIS FIRST QUESTION AFTER THE COURT INTRODUCES HIM AND ASKS HIM

08:44AM 2    TO STATE HIS NAME AND MR. BOSTIC IS GOING TO SAY, THE COURT HAS

08:45AM 3    GIVEN HIM PERMISSION, IF YOU'VE TESTED, TO REMOVE YOUR MASK.

08:45AM 4          MR. COOPERSMITH:  RIGHT.

08:45AM 5          THE COURT:  ANY OBJECTION TO HIM TAKING HIS MASK

08:45AM 6    OFF, OR WHAT ARE YOUR THOUGHTS ON THAT?

08:45AM 7          MR. COOPERSMITH:  I DON'T HAVE ANY OBJECTION TO HIM

08:45AM 8    TAKING HIS MASK OFF.

08:45AM 9       AS YOU SAID, THE WAY THE WORLD IS NOW, WE'RE PROBABLY ALL

08:45AM 10   EXPOSED ALL OF THE TIME, AND I'M PRETTY FAR AWAY.

08:45AM 11      BUT THAT SAID, APART FROM MY PERSONAL DISTANCE, HE -- I'M

08:45AM 12   COMFORTABLE WITH IT.

08:45AM 13      OBVIOUSLY WE'RE MAKING DECISIONS FOR OTHER PEOPLE, AND

08:45AM 14   THAT'S THE PROBLEM.

08:45AM 15      BUT WHAT I WOULD NOT WANT TO SEE IS HIM TESTIFYING IN A

08:45AM 16   MASK.  I THINK THAT'S --

08:45AM 17         THE COURT:  THAT'S THE NEXT QUESTION.

08:45AM 18         MR. COOPERSMITH:  RIGHT.  YEAH.

08:45AM 19         THE COURT:  THAT'S THE NEXT QUESTION.  SHOULD HE

08:45AM 20   TESTIFY WITH A MASK, OR SHOULD HE TESTIFY WITH A CLEAR, A CLEAR

08:45AM 21   SHIELD, WHICH WE'VE DONE?

08:45AM 22         MR. COOPERSMITH:  YEAH, WE, WE -- IF THE COURT'S

08:45AM 23   JUDGMENT IS THAT HE SHOULD WEAR A MASK, WE WOULD BE OKAY WITH A

08:45AM 24   CLEAR SHIELD.

08:45AM 25      WE WOULDN'T WANT A MASK THAT HIDES HIS FACE.

```
08:46AM   1              THE COURT:  SURE.  I UNDERSTAND.

08:46AM   2              MR. BOSTIC:  I DON'T HAVE A POSITION ON THAT,

08:46AM   3    YOUR HONOR.

08:46AM   4         THE COURTS -- THE WAY WE'VE BEEN ASKING THOSE QUESTIONS OF

08:46AM   5    WITNESSES AND THE POLICY HAS BEEN IF THE WITNESS IS FULLY

08:46AM   6    VACCINATED, THEY MAY TESTIFY WITHOUT A MASK.

08:46AM   7         DR. ROSENDORFF IS FULLY VACCINATED.

08:46AM   8         WE HAVEN'T BEEN ASKING WITNESSES ABOUT EXPOSURE OR

08:46AM   9    POSSIBLE EXPOSURE.  THAT HASN'T BEEN A CONDITION.

08:46AM  10         THE GOVERNMENT WOULD NOT OPPOSE DR. ROSENDORFF TESTIFYING

08:46AM  11    BEHIND A FACE SHIELD, A CLEAR SHIELD.

08:46AM  12         I'LL NOTE THAT THOSE DO CREATE SOME ISSUES SOMETIMES WITH

08:46AM  13    THE MICROPHONE PICKING UP THE AUDIO.

08:46AM  14              THE COURT:  THEY DO.  AND WE DO HAVE THE PLEXIGLASS

08:46AM  15    SHIELDS UP SURROUNDING THE WITNESS, AND AS WELL AS THE BENCH,

08:46AM  16    AND YOU HAVE SOME MODIFIED THERE.

08:46AM  17         WE HAVE A -- I THINK WE HAVE A FAN UNDERNEATH.

08:46AM  18         DO WE HAVE THE AIR PURIFIER UNDER THE WITNESS?  HAS THAT

08:46AM  19    BEEN ON DURING TESTIMONY?

08:46AM  20         WE'LL TURN IT ON DURING HIS TESTIMONY AT A MINIMUM.

08:46AM  21         CAN WE TRY IT NOW JUST SO WE GET AN IDEA OF THE NOISE

08:47AM  22    LEVEL AND WHETHER MS. RODRIGUEZ WILL BE INTERFERED.

08:47AM  23         (PAUSE IN PROCEEDINGS.)

08:48AM  24              THE COURT:  OKAY.  SO AT A MINIMUM, WE'LL KEEP THE

08:48AM  25    FAN ON AT THE WITNESS STAND, AND I THINK HE CAN KEEP HIS MASK
```

08:48AM  1      OFF.

08:48AM  2                  MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.

08:48AM  3                  THE COURT:  AND I DON'T THINK WE NEED TO NOTIFY

08:48AM  4      ANYONE ABOUT THAT, ALTHOUGH HE'LL BE ON ALL DAY.

08:48AM  5          YOU HEARD ME TALK ABOUT AIR CIRCULATES IN THIS COURTROOM

08:48AM  6      EVERY TEN MINUTES, SO --

08:48AM  7                  MR. BOSTIC:  I THINK THAT'S A GOOD THING, CORRECT,

08:48AM  8      YOUR HONOR, THE DEGREE OF CIRCULATION.

08:48AM  9                  THE COURT:  RIGHT.  RIGHT.

08:48AM 10                  MR. BOSTIC:  I'M INFORMED THAT DR. ROSENDORFF HAS

08:48AM 11      NOT TAKEN A TEST THIS MORNING.  I'M SURE HE'D BE WILLING TO.

08:48AM 12                  THE COURT:  OKAY.  WELL, WE'LL PROVIDE HIM WITH ONE.

08:48AM 13      SURE, LET'S DO THAT.  BECAUSE THAT'S A 10 MINUTE EVENT, I

08:48AM 14      THINK, OR 15.

08:49AM 15          LET ME -- CAN WE JUST GIVE THAT TO MR. SCHENK?

08:49AM 16                  MR. BOSTIC:  YES, THANK YOU.

08:49AM 17                  THE CLERK:  (HANDING.)

08:49AM 18                  THE COURT:  ANY OBJECTION TO THE COURT PROVIDING A

08:49AM 19      TEST FOR THIS WITNESS?

08:49AM 20                  MR. COOPERSMITH:  NO OBJECTION.

08:49AM 21                  THE COURT:  ALL RIGHT.  ANYTHING ELSE BEFORE WE

08:49AM 22      BREAK OR BRING IN THE WITNESS?

08:49AM 23                  MR. BOSTIC:  NOT FROM THE GOVERNMENT, YOUR HONOR.

08:49AM 24                  MR. COOPERSMITH:  NO, YOUR HONOR.

08:49AM 25          IN A FEW MINUTES WE CAN PASS AROUND AND HAND UP THE

08:49AM 1    REVISED INSTRUCTION FROM YESTERDAY'S ARGUMENT --

08:49AM 2            THE COURT:  OKAY.

08:49AM 3            MR. COOPERSMITH:  -- FOR THE COURT TO CONSIDER, AND

08:49AM 4    THE COURT CAN LOOK AT THAT.

08:49AM 5            THE COURT:  SO I WANT TO ASK -- THANK YOU.

08:49AM 6       I WANT TO ASK ANOTHER QUESTION.  THE GOVERNMENT IS ABOUT

08:49AM 7    TO CALL THIS WITNESS, DR. ROSENDORFF, AND HE'S THE SUBJECT OF

08:49AM 8    THE OTHER MOTION REGARDING WHETHER OR NOT QUESTIONS SHOULD BE

08:50AM 9    POSED TO HIM REGARDING HIS POST-THERANOS EMPLOYMENT.

08:50AM 10      AND I'M -- I WAS THINKING ABOUT THIS.  WE SAID LAST NIGHT

08:50AM 11   WE WILL PUT IT OVER UNTIL FRIDAY BECAUSE THAT'S WHEN IT IS

08:50AM 12   ANTICIPATED YOU WOULD BE IN CROSS, OR HE'D BE AVAILABLE FOR

08:50AM 13   CROSS.

08:50AM 14      BUT AS I THINK ABOUT IT, PERHAPS WE SHOULD DISCUSS THIS

08:50AM 15   NOW.  THE GOVERNMENT IS GOING TO INQUIRE OF HIM, AND I DON'T

08:50AM 16   KNOW IF A DECISION NOW WILL INFORM THE PARTIES, AT LEAST THE

08:50AM 17   GOVERNMENT, AS TO HOW YOUR DIRECT SHOULD BE ENGAGED AND AS TO

08:50AM 18   THE DEFENSE, PUTTING THE DEFENSE ON NOTICE AS TO ANY

08:50AM 19   OBJECTIONABLE QUESTIONS THAT THEY WANT TO RAISE DURING THE

08:50AM 20   DIRECT EXAMINATION.

08:50AM 21      IT JUST, IT SEEMS TO ME THAT MAYBE IT MADE SENSE TO TALK

08:50AM 22   ABOUT THIS A LITTLE BIT NOW, AT LEAST AS FAR AS WHETHER OR NOT

08:50AM 23   THE EXAMINATION WOULD BE PERMITTED FOR HIS POST-EMPLOYMENT PER

08:50AM 24   YOUR MOTION.

08:50AM 25           MR. COOPERSMITH:  RIGHT.  RIGHT.

08:50AM 1        YOUR HONOR, WE CAN ADDRESS IT NOW.  I OBVIOUSLY DON'T KNOW

08:50AM 2    WHETHER THE COURT'S RULING ON THAT MOTION WILL IMPACT THE WAY

08:51AM 3    THE GOVERNMENT CONDUCTS ITS DIRECT.

08:51AM 4        I SUSPECT NOT, BUT OBVIOUSLY MR. BOSTIC CAN SPEAK TO THAT.

08:51AM 5        SO WE'RE HAPPY TO ADDRESS IT NOW OR FRIDAY.

08:51AM 6        BUT YOU'RE RIGHT, IF MR. BOSTIC THINKS IT'S NECESSARY TO

08:51AM 7    RESOLVE THAT NOW BEFORE HIS DIRECT, THEN WE CAN TAKE IT UP NOW

08:51AM 8    FOR SURE.

08:51AM 9        MR. BOSTIC:  YOUR HONOR, THE ANSWER TO THAT IS I

08:51AM 10   THINK IF THE COURT RULES THE WAY THAT THE GOVERNMENT SUGGESTS,

08:51AM 11   WHICH IS THAT THIS SUBJECT MATTER IS OUTSIDE OF THE SCOPE OF

08:51AM 12   WHAT IS AT ISSUE IN THIS CASE, THAT IT'S EXCLUDABLE UNDER 403,

08:51AM 13   THAT IT THREATENS TO PULL US INTO NUMEROUS MINI TRIALS, IN THAT

08:51AM 14   CASE I DON'T THINK I WOULD NEED THAT ANSWER BEFORE DOING THE

08:51AM 15   DIRECT.

08:51AM 16       BUT IF THE DEFENSE IS GOING TO BE PERMITTED TO GO INTO ANY

08:51AM 17   OF THAT MATERIAL ON CROSS, IT WOULD BE HELPFUL TO KNOW FOR

08:51AM 18   PURPOSES OF MAPPING OUT THE DIRECT.

08:51AM 19       THE COURT:  SURE.  RIGHT.

08:51AM 20       WELL, I -- MAYBE WE SHOULD DISCUSS THIS.  WE'VE GOT -- AND

08:52AM 21   I APOLOGIZE.  WE'VE GOT ABOUT TEN MINUTES LEFT BEFORE 9:00, AND

08:52AM 22   WE STILL WANT TO TALK TO JUROR NUMBER 8.

08:52AM 23       BUT LET ME JUST GIVE YOU MY THOUGHTS ON THIS.  WHEN I

08:52AM 24   LOOKED AT THE PLEADINGS, YOUR PLEADING AND THE MOTION,

08:52AM 25   MR. COOPERSMITH, AND I CAPTURED THE SENTIMENT, I THINK I DO,

08:52AM  1    YOU'LL HELP ME, WE HAVE A DIRECTOR WHO HAD ISSUES IN HIS

08:52AM  2    EMPLOYMENT WITH YOUR CLIENT'S EMPLOYER.

08:52AM  3        HIS SUBSEQUENT EMPLOYMENT, REGRETTABLY FOR HIM, OR FOR

08:52AM  4    WHATEVER REASON THERE HAVE BEEN ISSUES AT THREE OF THE LABS

08:52AM  5    THAT HE HAS BEEN EMPLOYED AT SUBSEQUENT TO HIS EMPLOYMENT WITH

08:52AM  6    YOUR CLIENT'S COMPANY.

08:52AM  7        AND AT THE LAST TRIAL, ONE OF THOSE INVESTIGATIONS, I'LL

08:52AM  8    CALL IT, THE STATE, WAS IT CMS, WAS LOOKING AT THE LAB, AND

08:52AM  9    THEY HAD ACTUALLY FILED DOCUMENTS SAYING THAT YOU'RE AT

08:52AM  10   SIGNIFICANT RISK --

08:52AM  11       IS THAT THE LANGUAGE?

08:53AM  12           MR. COOPERSMITH:  IMMEDIATE JEOPARDY, YOUR HONOR.

08:53AM  13           THE COURT:  YES, IMMEDIATE JEOPARDY, THANK YOU.

08:53AM  14   -- AND MADE FINDINGS, WHICH WE KNOW FROM THE HOLMES TRIAL,

08:53AM  15   AND THAT'S SIGNIFICANT.  THAT'S WHAT I BELIEVE HAPPENED IN THIS

08:53AM  16   CASE.

08:53AM  17       AND THE COURT ALLOWED SOME INQUIRY BY DEFENSE IN THAT,

08:53AM  18   RECOGNIZING THAT THERE COULD BE SOME REASON FOR THE WITNESS TO

08:53AM  19   TESTIFY IN A WAY THAT PERHAPS -- BECAUSE THE CONCERN WAS THAT

08:53AM  20   THE SAME AGENCY'S INVESTIGATING HIM NOW, IF I REMEMBER THE

08:53AM  21   DEFENSE ARGUMENT, HE MIGHT, HIS TESTIMONY MIGHT BE SLANTED,

08:53AM  22   BIASED, OR SOMEHOW AFFECTED BY THE FACT THAT HIS TESTIMONY

08:53AM  23   COULD PERHAPS PUT HIM SIDEWAYS WITH HIS CURRENT INVESTIGATION.

08:53AM  24       WHAT I UNDERSTAND NOW IS, AND AFTER READING THE PLEADINGS,

08:53AM  25   IS THAT THAT ISSUE WAS RESOLVED.  THAT IMMEDIATE JEOPARDY WAS

08:53AM   1    WITHDRAWN.  IT TOOK SOME TIME TO DO IT, BUT I GUESS THAT'S THE

08:54AM   2    WAY GOVERNMENT AGENCIES WORK.  THEY DID A COUPLE OF

08:54AM   3    INVESTIGATIONS.  AS I UNDERSTAND IT, HE SENT LETTERS, THE CMS

08:54AM   4    PEOPLE REVIEWED THOSE LETTERS, DID NOT TAKE ACTION, AND THEN

08:54AM   5    THEY ACTUALLY MADE AN INSPECTION, AND THEN THEY WITHDREW THAT.

08:54AM   6        SO THAT ISSUE IS NO LONGER PRESENT.

08:54AM   7        THE ISSUES OF THE OTHER TWO -- SO IT DOESN'T APPEAR TO ME

08:54AM   8    THAT THAT BIAS ISSUE IS THERE.

08:54AM   9        THE ISSUE ABOUT THE OTHER COMPANIES, ONE OF THEM, WAS IT,

08:54AM  10    THAT HAD DIRECTORS, I THINK IT WAS UBIOME, U-B-I-O-M-E, HOWEVER

08:54AM  11    IT IS PRONOUNCED, TWO CEO'S WERE INDICTED THERE FOR BILLING

08:54AM  12    FRAUD.

08:54AM  13        AND I UNDERSTAND THAT, MR. COOPERSMITH, YOU SUGGEST THAT

08:54AM  14    THE INDICTMENT SUGGESTS LABORATORY ISSUES AND THINGS LIKE THAT,

08:54AM  15    BUT IT'S BILLING FRAUD.

08:54AM  16        AND DR. ROSENDORFF WAS NOT CHARGED IN THAT CASE.

08:55AM  17        THERE WAS ANOTHER, INVITAE, I-N-V-I-T-A-E, HE WAS THE LAB

08:55AM  18    DIRECTOR THERE FROM 2015 TO 2017, AND THERE WAS SOME

08:55AM  19    INVESTIGATION OF SOMETHING THERE.

08:55AM  20        BUT APPARENTLY THERE WAS, AT LEAST FROM MY READING OF THE

08:55AM  21    PLEADINGS, AND MAYBE YOU'LL CORRECT ME, THERE WERE -- IT

08:55AM  22    APPEARS THAT HE, DR. ROSENDORFF, WAS NOT A SUBJECT OF

08:55AM  23    INVESTIGATION THERE EITHER.

08:55AM  24        SO MY SENSE IS, FROM WHAT YOU'VE TOLD ME, THAT THE ISSUE

08:55AM  25    NOW IS NOT SO MUCH DIRECT BIAS, BUT REPUTATIONAL BIAS, I THINK

3181

08:55AM 1    IS WHAT YOU SAID, AND IS THAT -- WHAT I'M TRYING TO DO IS TO

08:55AM 2    DETERMINE -- IT SEEMS TO ME THAT POST-EMPLOYMENT EVIDENCE, HE'S

08:56AM 3    BEEN A BAD DIRECTOR SINCE HE LEFT THERANOS IN NOVEMBER OF 2014,

08:56AM 4    HE WENT ON 2015 TO 2017 TO INVITAE, I THINK IT IS, HE WAS AT

08:56AM 5    UBIOME FOR A FEW MONTHS, AND THEN HE WENT TO PERKIN ELMER IN

08:56AM 6    JANUARY OF '21, I THINK, AND EACH ONE OF THOSE PLACES HAVE HAD

08:56AM 7    SOME KIND OF A HICCUP OR ISSUE, AND THE MOST SERIOUS BEING

08:56AM 8    FEDERAL INDICTMENTS AS TO THE TWO CEO'S REGARDING BILLING, AND

08:56AM 9    THAT SUGGESTS THAT, I SUPPOSE, THAT HE'S A BAD LAB DIRECTOR AND

08:56AM 10   THE JURY SHOULD MAKE A DECISION ON THAT.

08:56AM 11        THAT SEEMS TO BE CHARACTER EVIDENCE, PARTICULARLY

08:56AM 12   POST-EMPLOYMENT.

08:56AM 13        THE REPUTATIONAL, REPUTATIONAL DAMAGE IS SOMETHING THAT

08:57AM 14   ALL PROFESSIONALS ARE CONCERNED ABOUT.

08:57AM 15        BUT HOW DOES THAT, HOW DOES THAT WEIGH IN HERE WITH HIS

08:57AM 16   POST, POST-EMPLOYMENT?  HOW IS THAT RELEVANT HERE?

08:57AM 17             MR. COOPERSMITH:  YES, YOUR HONOR.  I'M HAPPY TO

08:57AM 18   ADDRESS THAT.  THANK YOU.

08:57AM 19             THE COURT:  YES.  THANK YOU.

08:57AM 20             MR. COOPERSMITH:  SO THE COURT I THINK HAS THE DATES

08:57AM 21   OF HIS EMPLOYMENT CORRECT, AND THOSE ARE THE THREE AFTER

08:57AM 22   THERANOS.

08:57AM 23        THE ONE THAT GOT THE IMMEDIATE JEOPARDY, THREE IMMEDIATE

08:57AM 24   JEOPARDIES ACTUALLY, WAS A LABORATORY CALLED PERKIN ELMER WHERE

08:57AM 25   HE STILL WORKS.

08:57AM   1        BY THE WAY, YOU'RE RIGHT THAT JUST IN FEBRUARY, RECENTLY,

08:57AM   2   CMS AND THE STATE OF CALIFORNIA TOLD HIM THAT THEY'VE RESOLVED

08:57AM   3   THAT AFTER NINE MONTHS OR SO.

08:57AM   4        THE COURT:  RIGHT.

08:57AM   5        MR. COOPERSMITH:  THAT DOESN'T MATTER TO OUR

08:57AM   6   ARGUMENT.  WE ARE NOT SEEKING TO INTRODUCE OR GETTING

08:57AM   7   PERMISSION TO ASK HIM QUESTIONS BASED ON TRYING TO SHOW THAT

08:57AM   8   HE'S A BAD LAB DIRECTOR.

08:58AM   9        WE'RE ALSO NOT TRYING TO SHOW BIAS IN THE SENSE THAT HE'S

08:58AM  10   TESTIFYING A CERTAIN WAY BECAUSE HE'S AFRAID OF BEING

08:58AM  11   PROSECUTED OR SUBJECTED TO ADDITIONAL REGULATORY ACTION.  WE'RE

08:58AM  12   NOT ARGUING THAT.  THAT MIGHT BE THE CASE, BUT THAT'S NOT OUR

08:58AM  13   ARGUMENT.

08:58AM  14        THE ARGUMENT IS REALLY ALL ABOUT, AS THE COURT SAID, ON

08:58AM  15   THE REPUTATIONAL SIDE.

08:58AM  16        AND THE ISSUE IS THIS:  THAT DR. ROSENDORFF -- I MEAN,

08:58AM  17   WHAT ARE THE CHANCES, RIGHT?  HE'S A LABORATORY DIRECTOR.  HE'S

08:58AM  18   A MEDICAL DOCTOR.  HE WORKED AT THERANOS.  OBVIOUSLY WE'RE

08:58AM  19   DEALING WITH THE ISSUES THAT ALLEGEDLY AROSE THERE.

08:58AM  20        AND THEN WE'VE GOT THREE OTHER LABS WHERE THERE'S VARYING

08:58AM  21   DEGREES OF ISSUES.

08:58AM  22        AND WHAT WE'RE TRYING TO DO HERE, YOUR HONOR, IS, IS GET

08:58AM  23   THE BIAS POINT AROUND.  AS YOU KNOW, THE LAW GIVES THE DEFENSE

08:58AM  24   LATITUDE ON PROBATIVE BIAS, BUT WE'RE TRYING TO DO THAT IN A

08:58AM  25   WAY THAT DOESN'T CREATE THE NEED FOR MINI TRIALS OR DIVERSIONS

3183

08:58AM   1    ABOUT LET'S GET INTO A WHOLE OTHER SEPARATE TRIAL ABOUT WHAT

08:59AM   2    ACTUALLY HAPPENED AT PERKIN ELMER.  THAT'S NOT THE ISSUE.  THE

08:59AM   3    DETAILS ACTUALLY DON'T MATTER THAT MUCH.

08:59AM   4         WHAT REALLY MATTERS IS THAT THIS IS A MEDICAL DOCTOR, A

08:59AM   5    PROFESSIONAL WHO HAS NOW BEEN AT FOUR DIFFERENT LABS.  ON HIS

08:59AM   6    LINKEDIN PAGE, FOR EXAMPLE, HE DELETES THE UBIOME EXPERIENCE

08:59AM   7    THAT HE WORKED THERE ALTOGETHER.  OBVIOUSLY HE DOESN'T WANT

08:59AM   8    THAT.

08:59AM   9         WITH RESPECT TO THERANOS, IT JUST SAYS BIOTECHNOLOGY

08:59AM  10    COMPANY IN SILICON VALLEY BECAUSE HE DOESN'T WANT TO BE

08:59AM  11    ASSOCIATED WITH THAT.

08:59AM  12         SO HE CLEARLY IS CONCERNED ABOUT HIS REPUTATION.

08:59AM  13         AND THE ISSUE IS, FOR SOMEONE LIKE THAT WHO NOW IN ANY

08:59AM  14    OTHER EMPLOYMENT OR CONFERENCES HE GOES TO OR WHATEVER, HE HAS

08:59AM  15    TO EXPLAIN, POTENTIALLY, HOW IS IT THAT I WAS LABORATORY

08:59AM  16    DIRECTOR AT THESE FOUR COMPANIES THAT ALL GOT INTO DIFFICULTIES

08:59AM  17    WITH THE FEDERAL AND STATE GOVERNMENT'S AND IT'S NOT -- IT'S

08:59AM  18    NOTHING TO DO WITH ME.  I'M PERFECTLY FINE.

08:59AM  19         I THINK HE'S GOT TO -- AND THIS IS THE DEFENSE THEORY OF

08:59AM  20    BIAS -- HE'S GOT TO SAY THAT IT IS SOMEONE ELSE'S FAULT.

09:00AM  21         AND HE'S ALSO GOT TO LAY IT ON AS THICK AS HE CAN, AND

09:00AM  22    WHETHER IT'S MR. BALWANI'S FAULT, WHICH I'M SURE HE'LL SAY

09:00AM  23    BASED ON THE DOCUMENTS AND THE PREVIOUS TESTIMONY IN THE OTHER

09:00AM  24    TRIAL, OR WHETHER IT'S DR. YOUNG'S FAULT OR OTHER PEOPLE'S

09:00AM  25    FAULT, MS. HOLMES'S FAULT, I THINK HE'S GOT TO, LIKE, CLAIM

3184

09:00AM 1    THAT HE WAS BASICALLY, YOU KNOW, SOME KIND OF HERO TO RAISE

09:00AM 2    ISSUES AT THERANOS AND REALLY LAY IT ON VERY THICK IN ORDER TO,

09:00AM 3    IN A VERY PUBLIC WAY, DEAL WITH THE REPUTATIONAL DAMAGE THAT

09:00AM 4    COMES WITH WORKING NOT ONLY AT THERANOS, BUT THESE OTHER THREE

09:00AM 5    LABS.

09:00AM 6         AND I THINK ALL TAKEN TOGETHER, I THINK THAT'S THE

09:00AM 7    REPUTATIONAL DAMAGE.

09:00AM 8         AND I WOULD CITE THE COURT TO THE U.S. VERSUS BROOKE CASE

09:00AM 9    FROM THE NINTH CIRCUIT, THAT'S 4 F.3D 1480.  AND THAT'S THE

09:00AM 10   CASE WHERE THE COURT GOES INTO, ON 1489 OF THAT OPINION, INTO

09:00AM 11   DETAIL ABOUT THE LATITUDE THAT SHOULD BE GIVEN TO THE DEFENSE

09:00AM 12   ON PROVING BIAS.

09:01AM 13        NOW, I AM, AND WE SAID THIS IN THE BRIEF, I'M MINDFUL OF

09:01AM 14   THE NEED TO NOT HAVE, YOU KNOW, HOURS OR DAYS OF TRIAL

09:01AM 15   TESTIMONY ABOUT SOME OTHER EMPLOYMENT OR OTHER LABORATORY.

09:01AM 16        WHAT WE INTEND TO DO IN THIS REGARD IS TO JUST SORT OF

09:01AM 17   BRING UP THE FACT THAT THERE WERE THESE INVESTIGATIONS, AND HE

09:01AM 18   DID WORK AT THESE COMPANIES, AND THE DATES THAT HE WORKED

09:01AM 19   THERE, AND SIMPLY TO BRING THAT OUT.

09:01AM 20        AND WE'RE NOT REALLY PLANNING TO GO INTO DETAIL ABOUT,

09:01AM 21   WELL, EXACTLY WHAT HAPPENED AT PERKIN ELMER?  AND EXACTLY WHAT

09:01AM 22   HAPPENED, OTHER THAN THE FACT THAT THERE WAS AN IMMEDIATE

09:01AM 23   JEOPARDY FINDING, AND WE'LL EVEN BRING IT OUT THAT IT WAS

09:01AM 24   EVENTUALLY RESOLVED IN NINE MONTHS.

09:01AM 25        THAT'S IT.  I'M NOT PLANNING TO PROBE, YOU KNOW, LET'S GET

09:01AM 1    INTO THE DETAILS OF EXACTLY WHAT THE SMART GUT PROGRAM WAS AT

09:01AM 2    UBIOME AND HOW THAT WORKED AND SO FORTH.

09:01AM 3        I WOULD JUST SAY, THOUGH, IN THAT REGARD, WITH REGARD TO

09:01AM 4    UBIOME IN PARTICULAR, WE DID, I THINK, CITE THE INDICTMENT IN

09:01AM 5    THE REPLY BRIEF WE FILED THE OTHER NIGHT.  AND IF THE COURT

09:02AM 6    NEEDS A COPY, I HAVE SOME HAND-UP COPIES AND I'VE HIGHLIGHTED

09:02AM 7    SOME SECTIONS.

09:02AM 8        BUT RIGHT DURING DR. ROSENDORFF'S TIME THERE, THAT'S WHEN

09:02AM 9    THEY REPORTED TO VALIDATE ONE OF THEIR TESTS THAT WAS DEEMED TO

09:02AM 10   BE FRAUDULENT BY THIS SAME U.S. ATTORNEY'S OFFICE, THE SMART

09:02AM 11   GUT PROGRAM.  HE WORKED THERE AT KEY TIMES.  THE INDICTMENT IS

09:02AM 12   CHOCK-FULL ABOUT HOW THERE'S A LACK OF MEDICAL NECESSITY AND

09:02AM 13   THERE'S PROBLEM WITH VALIDATIONS.

09:02AM 14       YES, THERE IS ALSO BILLING FRAUD AGAINST THE TWO FOUNDERS

09:02AM 15   OF THE COMPANY WHO ARE INDICTED.

09:02AM 16           THE COURT:  WHAT ARE THE CHARGES IN THE INDICTMENT?

09:02AM 17   IS THERE --

09:02AM 18           MR. COOPERSMITH:  THE CHARGES --

09:02AM 19           THE COURT:  ARE THERE CHARGES -- MY POINT IS, ARE

09:02AM 20   THERE CHARGES THAT CHARGE THE COMPANY WITH LABORATORY FRAUD?

09:02AM 21           MR. COOPERSMITH:  WELL, YES.

09:02AM 22           THE COURT:  OH.

09:02AM 23           MR. COOPERSMITH:  IT'S CONSPIRACY TO COMMIT HEALTH

09:02AM 24   CARE FRAUD, HEALTH CARE FRAUD, AND THEN THERE'S IDENTITY

09:02AM 25   CHARGES AND WIRE FRAUD CHARGES, AND SECURITIES FRAUD CHARGES.

3186

09:02AM  1      JUST TO BE CLEAR, I MEAN, THE HEALTH CARE FRAUD I THINK

09:03AM  2  DOES PRIMARILY, JUST TO BE CANDID, DID PRIMARILY RELATE TO THE

09:03AM  3  BILLING ISSUES, BUT THAT'S NOT OUR POINT.

09:03AM  4      THE POINT IS THAT THERE WAS A LAB DIRECTOR PRIOR TO

09:03AM  5  ROSENDORFF'S TENURE AT UBIOME WHO RESIGNED, AND THERE WERE TWO

09:03AM  6  LABORATORY DIRECTORS WHO BROUGHT ISSUES UP, AND ROSENDORFF IS

09:03AM  7  SANDWICHED IN THE MIDDLE AND DOESN'T DO ANYTHING, AND HE

09:03AM  8  EVENTUALLY GOT FIRED AFTER -- I THINK HE ONLY WORKED THERE

09:03AM  9  BETWEEN FEBRUARY AND NOVEMBER IN 2016.

09:03AM 10      BUT WE THINK THAT, YOU KNOW, THERE'S ENOUGH THERE, AND

09:03AM 11  EVEN APART FROM THE DETAILS AND EVEN APART FROM WHETHER HE'S A

09:03AM 12  SUBJECT OR HAD ANY EXPOSURE, YOU KNOW, FROM A CRIMINAL OR A

09:03AM 13  CIVIL STANDPOINT THERE, THAT'S NOT OUR POINT.

09:03AM 14      IT'S THAT MERELY BEING ASSOCIATED WITH THESE COMPANIES AS

09:03AM 15  LAB DIRECTOR CREATES A REPUTATIONAL TAINT THAT CREATES BIAS,

09:03AM 16  AND THAT'S WHAT WE WANT TO PROBE IN A LIMITED WAY SO, AS I

09:03AM 17  SAID, TO AVOID THE NEED FOR MINI TRIALS.

09:04AM 18          THE COURT:  SO JUST THE ASSOCIATION CREATES THAT

09:04AM 19  ISSUE.  THAT'S CHARACTER, ISN'T IT?

09:04AM 20          MR. COOPERSMITH:  NO, IT'S NOT, YOUR HONOR.  IT'S

09:04AM 21  BIAS.

09:04AM 22          THE COURT:  OKAY.

09:04AM 23          MR. COOPERSMITH:  AND WE'RE NOT SEEKING TO SHOW THAT

09:04AM 24  DR. ROSENDORFF IS A BAD PERSON, OR EVEN THAT HE'S A BAD LAB

09:04AM 25  DIRECTOR, BECAUSE I AGREE WITH THE COURT, THAT TO TRY TO BRING

09:04AM 1   OUT THAT HE'S A BAD LAB DIRECTOR, THAT'S WHERE YOU WOULD HAVE

09:04AM 2   TO GET INTO EXACTLY WHAT DID HE DO?  AND WHAT IS HIS FAULT AND

09:04AM 3   WHAT IS NOT HIS FAULT?  WE'RE NOT INTERESTED IN THAT.

09:04AM 4       WE'RE ONLY INTERESTED IN THE BIAS POINT, WHICH, AS I SAID,

09:04AM 5   THE LAW GIVES DEFENSE COUNSEL LATITUDE TO EXPLORE, AND THE JURY

09:04AM 6   SHOULD BE UNDERSTANDING EXACTLY WHAT MIGHT MOTIVATE THIS

09:04AM 7   WITNESS TO TESTIFY A CERTAIN WAY, AND IT'S JUST BIAS.  AND IT'S

09:04AM 8   THE BIAS ASSOCIATED WITH THE TAINT.

09:04AM 9       FOR EXAMPLE, IF I WERE TO ASK HIM, DR. ROSENDORFF, WHY DID

09:04AM 10  YOU REMOVE -- ISN'T THERE AN EMPLOYER ON YOUR LINKEDIN PAGE

09:04AM 11  THAT YOU REMOVED?

09:04AM 12      AND HE WOULD, ANSWERING HONESTLY, I BELIEVE HE WOULD SAY,

09:04AM 13  WELL, I ONLY WORKED THERE A SHORT TIME, AND I DON'T WANT TO BE

09:04AM 14  ASSOCIATED WITH A COMPANY THAT IS THE SUBJECT OF AN INDICTMENT,

09:05AM 15  RIGHT?

09:05AM 16      THAT WOULD SEEM LIKE TO BE THE HONEST ANSWER.

09:05AM 17      BUT HE CAN ANSWER HOWEVER HE WANTS.

09:05AM 18      THE POINT IS THAT'S WHAT HAPPENED, AND IT'S THE BIAS POINT

09:05AM 19  THAT WE'RE INTERESTED IN.

09:05AM 20          THE COURT:  OKAY.

09:05AM 21      MR. BOSTIC.

09:05AM 22          MR. BOSTIC:  YOUR HONOR, I THINK MR. COOPERSMITH'S

09:05AM 23  ARGUMENT ILLUSTRATES THE DANGER IN ALLOWING EXPLORATION OF

09:05AM 24  THESE POINTS.

09:05AM 25      HE BEGAN BY SAYING THE GOAL IS NOT TO SHOW THAT

3188

09:05AM  1    DR. ROSENDORFF IS A BAD LAB DIRECTOR, BUT THEN A MINUTE LATER

09:05AM  2    HE WAS ASKING, WHAT ARE THE CHANCES THAT DR. ROSENDORFF WOULD

09:05AM  3    WORK AT THESE MULTIPLE COMPANIES, EACH OF WHICH WOULD HAVE AN

09:05AM  4    ISSUE?

09:05AM  5         AND I THINK THE OBVIOUS AND INESCAPABLE INSINUATION THERE

09:05AM  6    IS THAT SOMEHOW DR. ROSENDORFF IS TO BLAME FOR THE ISSUES THAT

09:05AM  7    CAME UP AT THESE OTHER COMPANIES.

09:05AM  8         I THINK THE DEFENSE BRIEFING ASKS WHETHER DR. ROSENDORFF

09:05AM  9    SHOULD BE VIEWED AS A LAB INDUSTRY TYPHOID MARY.  IT'S THAT

09:05AM  10   KIND OF THINKING THAT ILLUSTRATES WHY THESE TOPICS ARE BEST

09:05AM  11   LEFT ALONE FOR PURPOSES OF THIS TRIAL UNDER 403.

09:06AM  12        ON THE BIAS POINT, I THINK WE SHOULD TALK ABOUT SOME OF

09:06AM  13   THE SPECIFIC FACTS OF THESE THREE COMPANIES, JUST TO MAKE SURE

09:06AM  14   THE RECORD IS CLEAR.

09:06AM  15        FIRST, WHEN IT COMES TO UBIOME, DR. ROSENDORFF WORKED

09:06AM  16   THERE, AS THE COURT NOTED, FOR A FEW MONTHS.  HE WAS ABSENT FOR

09:06AM  17   A SUBSTANTIAL PORTION OF THAT DUE TO A HEALTH ISSUE.  HE WAS IN

09:06AM  18   THE OFFICE VERY INFREQUENTLY.

09:06AM  19        WHEN HE WAS INTERVIEWED BY THE GOVERNMENT, HE MENTIONED

09:06AM  20   THAT THERE WERE SEVERAL KEY PEOPLE AT THE COMPANY, INCLUDING

09:06AM  21   THE CHIEF MEDICAL OFFICER, WHOM HE ONLY HAD INTRODUCTIONS WITH.

09:06AM  22        HE WAS NOT, IN SUM, HE WAS NOT VERY INVOLVED IN THE

09:06AM  23   OPERATIONS OF THAT COMPANY, AT LEAST FOR LARGE PERIODS OF TIME,

09:06AM  24   DURING THE TIME THAT HE WAS EMPLOYED THERE.

09:06AM  25        HE WAS INTERVIEWED BY THE GOVERNMENT IN CONNECTION WITH

09:06AM   1    ITS INVESTIGATION OF UBIOME ONCE.

09:06AM   2        HE WAS COOPERATIVE.  HE PROVIDED INFORMATION.  THAT WAS

09:06AM   3    THE END OF HIS INVOLVEMENT THERE.

09:06AM   4        THE NATURE OF THE CHARGES IN THAT CASE RELATE TO THE FACT

09:07AM   5    THAT THE EXECUTIVES OF THAT COMPANY, THE CO-CEO'S, CHOSE TO

09:07AM   6    BILL INSURANCE COMPANIES FOR TESTS THAT HAD NOT BEEN VALIDATED.

09:07AM   7        SO THIS IS INSURANCE BILLING FRAUD PERPETRATED BY THE

09:07AM   8    CEO'S OF THAT COMPANY THAT DID NOT INVOLVE THE COOPERATION OR

09:07AM   9    COMPLICITY OF DR. ROSENDORFF.

09:07AM   10       THERE'S NO INDICATION THAT HE WAS COMPLICIT IN THAT.

09:07AM   11       INDEED, IF HE HAD BEEN COMPLICIT, QUERY WHY HE WOULD HAVE

09:07AM   12   BEEN TERMINATED FROM THAT JOB.

09:07AM   13       HE WAS TERMINATED BECAUSE HE WAS NOT AVAILABLE ENOUGH.  HE

09:07AM   14   WAS NOT -- I THINK PARTLY DUE TO HIS HEALTH ISSUE, HE WAS NOT

09:07AM   15   ABLE TO GIVE THAT JOB THE ATTENTION THAT IT NEEDED.

09:07AM   16       THE OTHER LAB DIRECTORS WHO DID BECOME AWARE OF THE

09:07AM   17   BILLING ISSUE QUIT OR RAISED CONCERNED ABOUT IT.

09:07AM   18       I THINK MR. COOPERSMITH WANTS THE COURT TO INFER OR ASSUME

09:08AM   19   THAT BECAUSE OTHERS KNEW ABOUT IT, DR. ROSENDORFF MUST HAVE

09:08AM   20   KNOWN ABOUT IT AS WELL.

09:08AM   21       WHY IS THAT RELEVANT TO THE BIAS INQUIRY?

09:08AM   22       THAT'S RELEVANT AS CHARACTER EVIDENCE ONLY.  THIS, AGAIN,

09:08AM   23   SHOWS THAT AT LEAST A COMOTIVATION, A COMOTIVE OF THE DEFENSE

09:08AM   24   HERE IS TO DIRTY UP DR. ROSENDORFF AND TO TRY TO GET THE JURY

09:08AM   25   TO VIEW HIM AS AN INCOMPETENT OR UNETHICAL LAB DIRECTOR.

3190

09:08AM 1      OTHERWISE WHY IS IT NECESSARY TO SPECULATE ABOUT WHY HE

09:08AM 2   KNEW ABOUT THE WRONGDOING AT UBIOME, FOR WHICH THERE'S NO

09:08AM 3   EVIDENCE TO SUPPORT THAT HE DID KNOW ABOUT IT.

09:08AM 4      AND AGAIN, THE ISSUE -- THE LANGUAGE IN THE INDICTMENT AND

09:08AM 5   THE PRESS RELEASE ABOUT TESTS THAT WERE NOT VALIDATED YET AND

09:08AM 6   TESTS THAT WERE NOT MEDICALLY NECESSARY, AGAIN, THAT'S A

09:08AM 7   PROBLEM BECAUSE INSURANCE WERE BILLED FOR THOSE TESTS.

09:08AM 8      I UNDERSTAND THAT THE TESTS WERE VALIDATED AT UBIOME, AND

09:08AM 9   I ALSO UNDERSTAND THAT RESULTS WERE NOT SENT TO PATIENTS UNTIL

09:09AM 10  TESTS WERE VALIDATED.

09:09AM 11     SO IT DOESN'T -- THAT CASE DOES NOT INVOLVE THE SAME KIND

09:09AM 12  OF FRAUD ON PATIENTS THAT THIS CASE INVOLVES.

09:09AM 13     IT DOESN'T INVOLVE PATIENTS RECEIVING TEST RESULTS THAT

09:09AM 14  WERE SUBSEQUENTLY DEEMED TO BE INACCURATE.

09:09AM 15     INSTEAD, THIS IS AN INSURANCE BILLING ISSUE THAT IS NOT

09:09AM 16  CONNECTED TO DR. ROSENDORFF.

09:09AM 17     WHEN IT COMES TO INVITAE, I THINK THE DEFENSE AGAIN WANTS

09:09AM 18  THE COURT TO ASSUME THAT THE PENDING INVESTIGATION BY THE

09:09AM 19  DEPARTMENT OF JUSTICE RELATES TO SOMETHING IN THE LAB OR THE

09:09AM 20  EARLIER ISSUE THAT INVITAE HAD WHERE APPROXIMATELY 15 PEOPLE

09:09AM 21  MAY HAVE RECEIVED FALSE NEGATIVE RESULTS FOR A RARE CANCER

09:09AM 22  MUTATION.

09:09AM 23     THAT'S NOT THE CASE.  I CAN TELL THE COURT THOSE TWO

09:09AM 24  THINGS APPEAR TO BE INDEPENDENT.  I HAVE A BASIC UNDERSTANDING

09:09AM 25  OF THE NATURE OF THE PENDING INVESTIGATION, AND OBVIOUSLY I

09:09AM   1    CAN'T REVEAL THE DETAILS, BUT IT DOES NOT RELATE TO

09:10AM   2    DR. ROSENDORFF'S TIME AT THE COMPANY OR HIS CONDUCT IN THE LAB.

09:10AM   3        SO THESE ARE TWO SEPARATE THINGS.  I THINK BRINGING OUT

09:10AM   4    THAT PENDING INVESTIGATION WOULD BE MISLEADING BECAUSE IT WOULD

09:10AM   5    CREATE THE IMPLICATION, THE INSINUATION THAT THAT MIGHT HAVE

09:10AM   6    BEEN RELATED TO DR. ROSENDORFF'S TIME OR WHAT HE DID, AND

09:10AM   7    THAT'S SIMPLY NOT THE CASE.

09:10AM   8        FINALLY, WHEN IT COMES TO PERKIN ELMER, THE COURT, I

09:10AM   9    THINK, UNDERSTANDS THE FACTS THERE.  THIS WAS SOMETHING THAT

09:10AM  10    WAS HANGING OVER THE LAB DURING THE TIME OF THE HOLMES TRIAL.

09:10AM  11    IT'S NO LONGER HANGING OVER THE LAB.

09:10AM  12        THAT'S WHY THE COURT ALLOWED SOME EXPLORATION OF THAT

09:10AM  13    TOPIC DURING THE LAST TRIAL WAS THE PENDENCY OF THAT

09:10AM  14    INVESTIGATION.

09:10AM  15        IT'S NO LONGER PENDING, AND IT'S BEEN RESOLVED IN FAVOR OF

09:10AM  16    THE LAB.  SO THERE'S NOW NO ARGUMENT THAT CONSEQUENCES HANGING

09:10AM  17    OVER DR. ROSENDORFF MIGHT IN SOME WAY GIVE HIM AN INCENTIVE TO

09:10AM  18    SHAPE HIS TESTIMONY IN A FAVORABLE WAY TO THE GOVERNMENT.

09:10AM  19        SO THE DEFENSE HERE IS IN A FAR WEAKER POSITION THAN THE

09:11AM  20    HOLMES TEAM WAS WHEN THEY WERE ASKING TO BE ALLOWED TO EXPLORE

09:11AM  21    THIS SUBJECT MATTER, AND I THINK THE COURT'S RULING SHOULD

09:11AM  22    REFLECT THAT.

09:11AM  23        WHEN IT COMES TO THE DEFENSE'S BIAS OR INCENTIVE ARGUMENT,

09:11AM  24    I THINK IT'S IMPORTANT TO NOTE THAT THAT WOULD APPLY TO SO MANY

09:11AM  25    SITUATIONS, AND IT'S SO FAR FROM THE TYPICAL SITUATION WHERE WE

3192

09:11AM  1    SEE A GOVERNMENT WITNESS BEING CROSS-EXAMINED ABOUT BIAS, WHICH

09:11AM  2    IS WHERE THERE'S A COOPERATOR ON THE STAND WHO HAS ENGAGED IN

09:11AM  3    THEIR OWN ILLEGAL CONDUCT, AND MAYBE HE'S ENTERED INTO A

09:11AM  4    COOPERATION PLEA AGREEMENT WITH THE GOVERNMENT, WHERE THERE ARE

09:11AM  5    TERMS DESCRIBING THE BENEFIT THAT THAT WITNESS MIGHT OBTAIN,

09:11AM  6    WHERE THERE'S AN UNDERSTANDING THAT THAT WITNESS MIGHT NOT BE

09:11AM  7    CHARGED FOR CRIMES OR MIGHT GET A BREAK ON SENTENCING BY VIRTUE

09:11AM  8    OF COOPERATION WITH THE GOVERNMENT, NONE OF THAT IS PRESENT

09:11AM  9    HERE.

09:11AM  10        THE SPECULATIVE NATURE OF DR. ROSENDORFF'S INCENTIVE TO

09:11AM  11   HELP THE GOVERNMENT MEANS THAT THE DEFENSE'S ARGUMENT IS FAR

09:12AM  12   WEAKER THAN IN A CASE LIKE THAT.

09:12AM  13        EVERY WITNESS HAS A MOTIVE TO PROTECT THEIR REPUTATION,

09:12AM  14   AND DR. ROSENDORFF'S TESTIMONY IN CONNECTION WITH THERANOS IS

09:12AM  15   RELEVANT ONLY TO HIS REPUTATION IN CONNECTION WITH THERANOS.

09:12AM  16        THE GOVERNMENT DOESN'T PLAN TO ASK HIM ABOUT THOSE

09:12AM  17   SUBSEQUENT LABS.

09:12AM  18        SO HIS TESTIMONY HERE ON DIRECT WON'T BEAR ON HOW PEOPLE

09:12AM  19   VIEW HIM IN CONNECTION WITH THOSE SUBSEQUENT EMPLOYERS.

09:12AM  20        IF HE HAD A STERLING RECORD, IF NONE OF HIS OTHER

09:12AM  21   COMPANIES HAD HAD ISSUES, HE WOULD STILL HAVE THE SAME

09:12AM  22   INCENTIVE TO LOOK GOOD IN THIS CASE TO PRESERVE HIS STERLING

09:12AM  23   REPUTATION.

09:12AM  24        IT'S SIMILAR TO THE CASE LAW THAT THE DEFENSE CITED WHEN

09:12AM  25   WE WERE TALKING ABOUT WEALTH EVIDENCE WHERE THE CASE LAW SAYS

3193

09:12AM  1    THAT BOTH RICH PEOPLE AND POOR PEOPLE HAVE AN INCENTIVE TO GET

09:12AM  2    MORE MONEY, SO THAT'S NOT RELEVANT TO THAT INCENTIVE.

09:12AM  3         I WOULD ARGUE THE SAME IS TRUE HERE.  TO THE EXTENT

09:12AM  4    DR. ROSENDORFF HAS AN INCENTIVE TO NOT TAKE THE BLAME FOR WHAT

09:13AM  5    HAPPENED AT THERANOS, THE DEFENSE CAN EXPLORE THAT AS PERMITTED

09:13AM  6    ON CROSS WITHOUT GETTING INTO THESE OTHER COMPANIES AND

09:13AM  7    EXTRANEOUS INFORMATION THAT DOESN'T BEAR ON WHAT IS HAPPENING

09:13AM  8    IN THIS TRIAL.

09:13AM  9         FINALLY, I'LL JUST NOTE THAT THE CASE LAW CITED BY THE

09:13AM 10    DEFENSE, AND AS I UNDERSTAND IT THE CASE LAW ON THIS TOPIC OF

09:13AM 11    BIAS, MAKES CLEAR THAT THE DEFENSE HAS MORE LATITUDE TO

09:13AM 12    CROSS-EXAMINE ON BIAS IN CASES WHERE THE WITNESS'S CREDIBILITY

09:13AM 13    IS MORE AT ISSUE.

09:13AM 14         SO IN A CASE WHERE THE GOVERNMENT'S CASE DEPENDS ON THE

09:13AM 15    CREDIBILITY OF A CERTAIN WITNESS, THE DEFENDANT'S RIGHTS TO

09:13AM 16    EXPLORE BIAS ARE HEIGHTENED.

09:13AM 17         THAT'S NOT THE CASE HERE.  AS THE COURT WILL SEE,

09:13AM 18    DR. ROSENDORFF IS GOING TO TESTIFY ABOUT FACTS THAT OCCURRED

09:13AM 19    AND FACTS THAT ARE CORROBORATED BY EMAIL.

09:13AM 20         WE'RE NOT GOING TO BE ASKING THE JURY TO RELY SOLELY ON

09:13AM 21    DR. ROSENDORFF'S RECITATION OF EVENTS.  WE'LL GO THROUGH DOZENS

09:14AM 22    OF EXHIBITS WITH HIM.

09:14AM 23         SO I DON'T THINK HIS CREDIBILITY IS AT ISSUE SUCH THAT THE

09:14AM 24    DEFENSE HAS THAT KIND OF HEIGHTENED RIGHT TO EXPLORE.

09:14AM 25         AND REALLY FINALLY, MR. COOPERSMITH'S REMARK THAT HE WOULD

09:14AM   1    ONLY INTEND TO EXPLORE THESE ISSUES AT A SUPERFICIAL LEVEL

09:14AM   2    SHOULD ONLY INCREASE THE COURT'S CONCERN.

09:14AM   3         IT ONLY TAKES A FEW QUESTIONS TO CREATE THIS IMPROPER

09:14AM   4    INSINUATION AND IMPLICATION THAT DR. ROSENDORFF WAS TO BLAME

09:14AM   5    FOR THESE ISSUES.

09:14AM   6         THE BURDEN WOULD BE ON THE GOVERNMENT TO SHOW THE JURY

09:14AM   7    WHAT THE TRUTH WAS, TO PROVIDE THE FULL PICTURE, TO EXONERATE

09:14AM   8    DR. ROSENDORFF IN CONNECTION WITH THESE OTHER EVENTS THAT HAVE

09:14AM   9    NOTHING TO DO WITH WHAT WE'RE HERE TO DECIDE.

09:14AM  10              THE COURT:  ALL RIGHT.  THANK YOU.

09:14AM  11         THAT'S ONE POINT -- I DIDN'T WANT TO INTERRUPT YOU,

09:14AM  12    MR. COOPERSMITH, BUT YOU SUGGEST, WE JUST WANT TO ASK HIM THESE

09:14AM  13    BRIEF THINGS ABOUT IT.  WE'RE NOT GOING TO GO IN DEPTH.

09:14AM  14         BUT BY ASKING THOSE QUESTIONS, THE RESPONSE BY THE

09:14AM  15    GOVERNMENT WOULD HAVE TO, FOR REHABILITATION PURPOSES, WE WOULD

09:15AM  16    HAVE TO GO INTO EACH OF THOSE SEPARATE EVENTS TO GIVE THE JURY

09:15AM  17    A FULL PICTURE OF DR. ROSENDORFF'S INVOLVEMENT AS TO EACH OF

09:15AM  18    THOSE.  IT SEEMS LIKE THAT'S WHAT WOULD HAVE TO HAPPEN.

09:15AM  19         MY EXPECTATION, AND MR. BOSTIC JUST TOLD US THIS AND

09:15AM  20    ANSWERED THE QUESTION, MY EXPECTATION WOULD BE THAT IF YOU WERE

09:15AM  21    TO JUST TOUCH ON THEM, AS YOU SAID YOU WOULD, AND I APPRECIATE

09:15AM  22    THAT, YOUR RECOGNITION THAT YOUR INTENT WOULD BE JUST TO

09:15AM  23    MINIMALLY PROBE, THAT WOULD -- AND MR. BOSTIC JUST TOLD US THE

09:15AM  24    GOVERNMENT WOULD THEN FEEL OBLIGATED TO REHABILITATE OR PROVIDE

09:15AM  25    OTHER INFORMATION FOR THE JURY TO GIVE A FULLER EXPLANATION,

09:15AM 1   WHICH IS THAT MINI TRIAL THAT YOU SPOKE OF AND THAT WE TALKED

09:15AM 2   ABOUT.

09:15AM 3        BUT LET ME HEAR YOUR RESPONSE.

09:15AM 4          MR. COOPERSMITH:  SURE, YOUR HONOR.  I'LL ADDRESS

09:15AM 5   THAT FIRST, AND THEN I HAVE SOME OTHER RESPONSES, BUT THANK

09:15AM 6   YOU.

09:15AM 7          THE COURT:  SURE.

09:15AM 8          MR. COOPERSMITH:  SO ON THAT POINT THAT THE COURT

09:16AM 9   JUST RAISED, TWO POINTS.

09:16AM 10       FIRST OF ALL, THE FACT THAT THE GOVERNMENT MIGHT FEEL A

09:16AM 11  NEED TO PROBE THIS MORE WITH DR. ROSENDORFF TO EXPLAIN, HAVE

09:16AM 12  HIM EXPLAIN HIMSELF ABOUT HOW HE WASN'T INVOLVED OR HE WASN'T

09:16AM 13  AT FAULT AT THESE OTHERS COMPANIES, THE FACT THAT THE

09:16AM 14  GOVERNMENT -- I'LL START AGAIN.

09:16AM 15       THE FACT THAT THE GOVERNMENT FEELS THAT NEED IS NOT A

09:16AM 16  REASON FOR THE DEFENSE -- TO DENY THE DEFENSE THE OPPORTUNITY

09:16AM 17  TO PROBE BIAS.

09:16AM 18         THE COURT:  NO.  AND PARDON ME FOR INTERRUPTING YOU.

09:16AM 19  I'M NOT SUGGESTING THAT.

09:16AM 20       WHAT I'M TALKING ABOUT IS THE EFFECT ON THE TRIAL TO THE

09:16AM 21  403 -- THE REALITY IS THAT'S WHAT IS GOING TO HAPPEN AND THAT'S

09:16AM 22  THE TIME CONSUMPTION.  I MEAN, THAT'S THE REALITY OF IT.

09:16AM 23         MR. COOPERSMITH:  RIGHT.

09:16AM 24       SO THIS IS REALLY ADDRESSED BY THE BROOKE CASE FROM THE

09:16AM 25  NINTH CIRCUIT THAT I CITED, AND THE COURT DISCUSSES THAT ON

3196

09:16AM  1    PAGE 1489.  THE COURT'S JUDGMENT IN THE OPINION IS THAT, FROM

09:17AM  2    THE NINTH CIRCUIT, IS THAT EVEN THOUGH, YES, THERE MIGHT BE

09:17AM  3    SOME NEED TO EXPEND SOME JUDICIAL RESOURCES ON DEALING WITH AN

09:17AM  4    ISSUE, IN THIS CASE IT WOULD BE COMING FROM THE GOVERNMENT, NOT

09:17AM  5    THE DEFENSE, THAT IS NOT A REASON TO DENY THE DEFENSE THAT

09:17AM  6    OPPORTUNITY TO PROBE BIAS, BECAUSE IT'S JUST THAT IMPORTANT.

09:17AM  7              THE COURT:  SURE, IN THE APPROPRIATE CASE.

09:17AM  8              MR. COOPERSMITH:  I'M SORRY?

09:17AM  9              THE COURT:  IN THE APPROPRIATE CASE.

09:17AM  10             MR. COOPERSMITH:  OF COURSE, YOUR HONOR.  I MEAN,

09:17AM  11   EVERY CASE IS DIFFERENT.  WE'RE OBVIOUSLY ASSERTING THIS CASE

09:17AM  12   IS ONE THAT THAT SHOULD BE ALLOWED.

09:17AM  13        IN ADDRESSING SOME OF MR. BOSTIC'S OTHER POINTS, I FEEL

09:17AM  14   LIKE WE'RE A BIT OF SHIPS PASSING IN THE NIGHT HERE IN SOME

09:17AM  15   WAYS, BECAUSE, FOR EXAMPLE, OUR COMMENT THAT, YOU KNOW,

09:17AM  16   DR. ROSENDORFF MIGHT BE TYPHOID MARY OF THE LAB INDUSTRY, THAT

09:17AM  17   IS NOT BECAUSE I WANT TO ASK HIM THAT OR TRY TO ESTABLISH THAT

09:17AM  18   HE'S A BAD LAB DIRECTOR.

09:17AM  19        IT'S THAT HE MIGHT BELIEVE FROM HIS, YOU KNOW, FOUR

09:17AM  20   DIFFERENT EXPERIENCES WITH FOUR DIFFERENT LABS, THAT HE MIGHT

09:17AM  21   BE PERCEIVED THAT WAY AS A TYPHOID MARY, AND THAT GIVES HIM AN

09:18AM  22   INCENTIVE TO TESTIFY IN A CERTAIN WAY, AND THAT'S THE BIAS.

09:18AM  23        SO WE USE THAT ISSUE JUST TO ILLUSTRATE THE BIAS, NOT TO

09:18AM  24   SAY THAT WE WOULD PROBE THAT.

09:18AM  25             AND OUR ARGUMENT IN THIS CASE IS DIFFERENT FROM THE

09:18AM  1    ARGUMENT THAT THE DEFENSE COUNSEL MADE IN THE HOLMES CASE.

09:18AM  2         THEIR ARGUMENT REALLY, AS I READ IT, HAD TO DO WITH

09:18AM  3    DR. ROSENDORFF'S INCENTIVE TO TESTIFY A CERTAIN WAY BECAUSE HE

09:18AM  4    WAS WORRIED ABOUT, YOU KNOW, BEING PROSECUTED OR SUBJECTED TO

09:18AM  5    REGULATORY ACTION BY THE FEDERAL OR STATE GOVERNMENT.

09:18AM  6         THAT IS NOT WHAT WE'RE SAYING, AND IT'S A COMPLETELY

09:18AM  7    DIFFERENT THING.

09:18AM  8         I WILL ALSO POINT OUT TO THE COURT THAT WE CITED THE CASE

09:18AM  9    IN OUR REPLY BRIEF, IT'S A SUPREME COURT CASE CALLED

09:18AM  10   UNITED STATES VERSUS ABEL, A-B-E-L, THAT'S AT 469 U.S. 45, AT

09:18AM  11   PAGE 52.

09:18AM  12        THAT TALKS ABOUT HOW IT'S NOT JUST THE FEAR OF A PARTY OR

09:19AM  13   PROSECUTION, BUT ALSO THE WITNESS'S SELF INTEREST THAT MIGHT

09:19AM  14   GIVE RISE TO BIAS, AND THAT'S WHAT WE'RE TALKING ABOUT HERE.

09:19AM  15        AND, YOUR HONOR, JUST GOING BACK TO THE FACTS.

09:19AM  16        WITH RESPECT TO INVITAE, STARTING WITH THAT ONE, WE HAVE

09:19AM  17   LIMITED KNOWLEDGE OF THAT, AND JUST TO TELL THE COURT THAT,

09:19AM  18   BECAUSE WE'RE NOT PRIVY TO THE INVESTIGATION THAT IS BEING

09:19AM  19   CONDUCTED BY THE DISTRICT OF MASSACHUSETTS, BUT I UNDERSTAND

09:19AM  20   THAT MR. BOSTIC AND MAYBE MR. LEACH MAY HAVE INQUIRED, AND I

09:19AM  21   APPRECIATE THEM DOING THAT.

09:19AM  22        THE ISSUE THERE, THOUGH, IS THAT WE HAD ASKED FOR

09:19AM  23   INFORMATION AS TO WHETHER THAT INVESTIGATION INCLUDED

09:19AM  24   DR. ROSENDORFF'S TIME AT INVITAE, AND THE REASON WHY WAS THAT

09:19AM  25   INTERESTING TO US IS BECAUSE THERE WERE 50,000 TESTS THAT WERE

3198

09:19AM  1    APPARENTLY WRONG AND, YOU KNOW, THAT WAS KIND OF A BIG DEAL FOR

09:19AM  2    THAT COMPANY.

09:19AM  3         AND SO WE JUST WANTED TO KNOW -- WE KNOW HE WORKED THERE

09:20AM  4    BETWEEN 2015 AND 2017, AND WE WANTED TO KNOW WHETHER THE

09:20AM  5    INVESTIGATION TOUCHED ON HIS TIME AS LAB DIRECTOR, BECAUSE IF

09:20AM  6    THERE WERE ERRORS, HE WOULD ALSO BE RESPONSIBLE.  AS THE COURT

09:20AM  7    HAS HEARD, HE'S THE LAB DIRECTOR.

09:20AM  8         WHAT WE GOT BACK FROM THE GOVERNMENT WAS THAT THERE WERE

09:20AM  9    NO DOCUMENTS IN THE GOVERNMENT'S POSSESSION THAT RELATED TO HIS

09:20AM  10   TIME, AND THAT'S INTERESTING, BUT WE DON'T KNOW FROM THAT

09:20AM  11   ANSWER WHETHER IT MEANT THAT THEY JUST DIDN'T GET THE DOCUMENTS

09:20AM  12   YET OR WHETHER -- YOU KNOW, SOMETIMES COMPANIES TAKE MONTHS TO

09:20AM  13   FERRET OUT DOCUMENTS AND PRODUCE THEM.

09:20AM  14        AND SO WHAT I'M HEARING TODAY, THOUGH, FROM MR. BOSTIC,

09:20AM  15   IS -- AND IF THERE'S FURTHER INFORMATION, I'M HAPPY TO GET

09:20AM  16   IT -- THAT THEY'RE NOW SAYING THAT THE SUBPOENA, THE

09:20AM  17   INVESTIGATION DOES NOT RELATE IN ANY WAY TO HIS TIME AT

09:20AM  18   INVITAE.

09:20AM  19        IF THAT'S THE CASE, I THINK WHAT THAT WOULD DO IS REMOVE

09:20AM  20   THE CONNECTION OF DR. ROSENDORFF TO THAT INVESTIGATION.  IT

09:20AM  21   WOULDN'T NECESSARILY REMOVE THE PERCEPTION OF BIAS, BUT THAT

09:20AM  22   MIGHT CHANGE THE SITUATION WITH INVITAE.

09:20AM  23        I JUST WANT TO MAKE SURE THAT'S REALLY THE CASE, BECAUSE

09:21AM  24   WE DON'T KNOW ONE WAY OR THE OTHER WHETHER THE INVESTIGATION

09:21AM  25   INCLUDED HIS TIME THERE OR NOT.

09:21AM  1        AS TO UBIOME, YOU KNOW, WHAT HAPPENED IN THAT CASE -- AND

09:21AM  2   THIS IS, YOU KNOW, AT PARAGRAPH 38 OF THE INDICTMENT, LINE 1 --

09:21AM  3   IT'S ABOUT DECEIVING HEALTH CARE PROVIDERS AND INSURANCE

09:21AM  4   PROVIDES REGARDING TESTS THAT WERE, QUOTE, "NOT VALIDATED AND

09:21AM  5   NOT MEDICALLY NECESSARY."

09:21AM  6        AND IF YOU'RE A MEDICAL DOCTOR, A PATHOLOGIST LIKE

09:21AM  7   DR. ROSENDORFF WHO IS THE LAB DIRECTOR OF A COMPANY LIKE A

09:21AM  8   COMPANY LIKE UBIOME, YOU ARE NOT SUPPOSED TO AUTHORIZE

09:21AM  9   UNMEDICALLY NECESSARY TESTS.  SO HE'S CONNECTED WITH THAT.

09:21AM 10        BUT I WOULD ALSO SUBMIT TO THE COURT, IT DOESN'T EVEN

09:21AM 11   MATTER THAT MUCH EXACTLY WHETHER HE'S INVOLVED IN DETAILS.

09:21AM 12   APPARENTLY HE WAS INTERESTING ENOUGH THAT HE WAS INTERVIEWED IN

09:21AM 13   THE UBIOME INVESTIGATION.  SO HE HAD SOME KNOWLEDGE APPARENTLY,

09:22AM 14   AT LEAST THE GOVERNMENT THOUGHT SO.

09:22AM 15        THE MORE RELEVANT POINT, THOUGH, IS THAT BEING CONNECTED

09:22AM 16   WITH THESE COMPANIES, BEING ASSOCIATED WITH THESE COMPANIES,

09:22AM 17   ONE AFTER THE OTHER AFTER HE LEAVES THERANOS, GIVES RISE TO

09:22AM 18   THIS NEED -- AND THIS IS THE BIAS -- TO TESTIFY THAT THERANOS,

09:22AM 19   LIKE, NOTHING WAS MY FAULT, I DID EVERYTHING RIGHT, IT'S

09:22AM 20   MR. BALWANI'S FAULT, OR IT'S DR. YOUNG'S FAULT, OR IT'S

09:22AM 21   MS. HOLMES'S FAULT, OR WHOEVER HE CAN BLAME AND NOT TAKING ANY

09:22AM 22   OF THAT BLAME UPON HIMSELF.

09:22AM 23        AND FOR THESE REASONS I THINK WE SHOULD BE ALLOWED TO

09:22AM 24   PROBE THIS IN THE LIMITED WAY THAT I HAVE DESCRIBED TO THE

09:22AM 25   COURT.

3200

09:22AM 1        THE COURT:  SO THAT ANALYSIS SUGGESTS THAT HE DID

09:22AM 2    HAVE FAULT THEN IN THESE -- IN EACH OF THESE THREE SUBSEQUENT

09:22AM 3    EMPLOYERS.

09:22AM 4        IS THAT RIGHT?

09:22AM 5        MR. COOPERSMITH:  YOU KNOW, HE MIGHT WELL,

09:22AM 6    YOUR HONOR.

09:22AM 7        BUT I'M ONLY TELLING THE COURT THAT NOT BECAUSE THAT'S

09:22AM 8    PART OF THE EXAMINATION, BUT JUST TO SHOW THAT IT'S NOT LIKE

09:22AM 9    HE'S COMPLETELY DISCONNECTED FROM THESE EVENTS, RIGHT?  HE'S AT

09:22AM 10   THESE COMPANIES.

09:22AM 11       THE COURT:  WELL, HE'S AN EMPLOYEE.

09:22AM 12       MR. COOPERSMITH:  HE IS.  HE'S NOT JUST AN EMPLOYEE.

09:22AM 13   HE'S THE LABORATORY DIRECTOR IN CHARGE OF THE TESTING THAT IS

09:23AM 14   GOING ON THERE BY FEDERAL REGULATION.  HE'S THE ULTIMATE

09:23AM 15   DECIDER OF WHAT TESTS --

09:23AM 16       THE COURT:  SURE.  BUT WHAT WE DON'T KNOW, AS FAR AS

09:23AM 17   THE UBIOME, WE DON'T KNOW IF THOSE TWO CEO'S WERE ROGUE AND

09:23AM 18   ACTED ON THEIR OWN WHEN THEY CHOSE TO BILL FOR TESTS, AS I

09:23AM 19   UNDERSTAND JUST AT A HIGH LEVEL, THAT THE TESTS THAT THEY

09:23AM 20   BILLED FOR MAY NOT HAVE BEEN APPROVED YET, AND IT MAY NOT HAVE

09:23AM 21   HAD ANYTHING TO DO WITH HIM.  MAYBE HE DID, MAYBE HE WAS

09:23AM 22   COMPLICIT.  BUT THAT'S STILL IN FLUX, I GUESS?

09:23AM 23       MR. COOPERSMITH:  YOUR HONOR, THAT'S ONLY RELEVANT

09:23AM 24   AS TO WHETHER WE'RE GOING TO SAY, WELL, DR. ROSENDORFF IS

09:23AM 25   CONNECTED ENOUGH WITH UBIOME THAT IT IS A POTENTIAL SOURCE OF

3201

09:23AM 1    BIAS.

09:23AM 2         AS TO THE ACTUAL FACTS OF UBIOME, I MEAN, WE'RE NOT

09:23AM 3    PLANNING TO ASK HIM, YOU KNOW, ISN'T IT TRUE THAT YOU APPROVED

09:23AM 4    MEDICALLY UNNECESSARY TESTS, AND IT'S IT TRUE -- THAT'S NOT

09:23AM 5    PART OF THE EXAMINATION, BUT I'M JUST TELLING THE COURT THAT

09:23AM 6    BECAUSE IT MIGHT BE NECESSARY TO CONNECT HIM, YOU KNOW, TO SOME

09:24AM 7    EXTENT TO THE COMPANY.

09:24AM 8         AND WHAT WE'RE TELLING YOU, YOU KNOW, IN TERMS OF THAT,

09:24AM 9    NOT FOR THE CROSS-EXAMINATION, IS THAT AS SOON AS A LAB

09:24AM 10   DIRECTOR AT UBIOME SAYS, THESE TESTS ARE NOT MEDICALLY

09:24AM 11   NECESSARY, I'M NOT AUTHORIZING THE RELEASE OF THESE RESULTS,

09:24AM 12   AND THAT'S MY POSITION, THEN THEY'RE NOT GOING TO BE ABLE TO

09:24AM 13   BILL THE INSURANCE COMPANIES.  THAT'S IT, RIGHT?

09:24AM 14        BUT AS SOON AS THE LAB DIRECTOR DECIDES, WELL, OKAY, I'M

09:24AM 15   JUST GOING TO GO ALONG WITH THIS AND EVEN IN ONE CASE VALIDATE

09:24AM 16   SOMETHING CALLED SMART GUT RIGHT IN THE TIME THAT HE WAS THERE,

09:24AM 17   THEN NOW THAT ENABLES THE FOUNDERS TO GO AHEAD WITH THEIR

09:24AM 18   MEDICAL BILLING FRAUD.

09:24AM 19        AND I'M ONLY TELLING THE COURT THAT BECAUSE HE WAS

09:24AM 20   CONNECTED ENOUGH WITH THIS THAT HE WOULD BE, AT LEAST FROM THE

09:24AM 21   DEFENSE THEORY, CONCERNED ENOUGH ABOUT HIS REPUTATION.

09:24AM 22        IF YOU'RE THE LABORATORY DIRECTOR AT UBIOME AND THE

09:24AM 23   FOUNDERS ARE INDICTED FOR, AMONG OTHER THINGS, FURNISHING

09:25AM 24   MEDICALLY UNNECESSARY TESTS AND BILLING INSURANCE COMPANIES, I

09:25AM 25   THINK YOU HAVE A REPUTATIONAL PROBLEM, AND THAT'S WHERE WE ARE

3202

09:25AM  1    WITH DR. ROSENDORFF.

09:25AM  2            THE COURT:  SO WOULD YOUR QUESTION BE THE SIMPLE

09:25AM  3    QUESTION, AS YOU SAY, SIR, DO YOU HAVE CONCERNS ABOUT YOUR

09:25AM  4    REPUTATION?  YES?  NO?

09:25AM  5            MR. COOPERSMITH:  YOU KNOW, I'M HOPEFUL THAT I MIGHT

09:25AM  6    ASK IT IN A MORE ARTFUL WAY, YOUR HONOR.

09:25AM  7        BUT I THINK THE QUESTIONS ARE, WHERE DID YOU WORK AFTER

09:25AM  8    THERANOS, AND LET'S ESTABLISH THOSE DATES; WHAT WERE THOSE

09:25AM  9    COMPANIES IN THE BUSINESS OF, PERIOD; AND ISN'T IT THE CASE

09:25AM  10   THAT ALL THREE OF THEM WERE SUBJECT TO INVESTIGATIONS,

09:25AM  11   INCLUDING UBIOME, INVITAE, AND PERKIN ELMER; AND ISN'T IT TRUE

09:25AM  12   WITH REGARD TO PERKIN ELMER THAT THAT WAS AN IMMEDIATE JEOPARDY

09:25AM  13   LETTER THAT WAS SENT TO YOU, DR. ROSENDORFF, FOR INCORRECT --

09:25AM  14   AND IS IT ALSO THE CASE THAT IT WAS EVENTUALLY RESOLVED AFTER

09:25AM  15   NINE MONTHS?  THAT'S IT.

09:26AM  16           THE COURT:  YOU WOULDN'T ASK HIM, ISN'T YOUR LAWYER

09:26AM  17   SITTING OUT IN THE AUDIENCE?

09:26AM  18           MR. COOPERSMITH:  NO, PROBABLY NOT.

09:26AM  19           THE COURT:  YOU SEE WHAT I'M SAYING.  THAT'S THE

09:26AM  20   NATURE OF IT.

09:26AM  21        OKAY.  MR. BOSTIC.

09:26AM  22           MR. BOSTIC:  YOUR HONOR, I FIND A LOT OF

09:26AM  23   MR. COOPERSMITH'S ARGUMENTS ALARMING.

09:26AM  24        I THINK, FRANKLY, HE'S DEMONSTRATING, THROUGH THIS

09:26AM  25   ARGUMENT, THAT HE'S NOT CAPABLE OF DISCUSSING THESE TOPICS

3203

09:26AM  1    WITHOUT MAKING IMPROPER INSINUATIONS AND ALLEGATIONS ABOUT

09:26AM  2    DR. ROSENDORFF'S INVOLVEMENT WHICH, AGAIN, JUST ARE NOT

09:26AM  3    SUPPORTED BY THE FACTS.

09:26AM  4         WHEN IT COMES TO UBIOME, I HEARD HIM JUST SAY THAT, AS A

09:26AM  5    LAB DIRECTOR, YOU'RE NOT SUPPOSED TO AUTHORIZE NONMEDICALLY

09:26AM  6    NECESSARY TESTS.

09:26AM  7         I'M NOT AWARE OF THAT REGULATION.  I -- THAT AREA OF THE

09:26AM  8    LAW IS NOT AT ISSUE HERE, AND IT'S NOT CLEAR THAT THAT WAS THE

09:26AM  9    PROBLEM IN THE UBIOME CASE.

09:26AM  10        AGAIN, THE UBIOME -- EXCUSE ME.  THE PROBLEM IN UBIOME WAS

09:26AM  11   THAT INSURANCE COMPANIES WERE BILLED FOR NONMEDICALLY NECESSARY

09:27AM  12   TESTS.

09:27AM  13        FROM THE LAB DIRECTOR'S PERSPECTIVE, MY UNDERSTANDING IS

09:27AM  14   THAT THE QUESTION IS WHETHER A TEST IS VALIDATED, WHETHER

09:27AM  15   IT'S -- WHETHER THE DATA SUPPORTS BEING ABLE TO RELEASE THAT

09:27AM  16   INFORMATION.

09:27AM  17        AND AGAIN, MY UNDERSTANDING OF THE FACTS IN UBIOME ARE

09:27AM  18   THAT IN THAT CASE THE TESTS WERE EVENTUALLY VALIDATED, AND IF

09:27AM  19   I'M REMEMBERING CORRECTLY, THE RESULTS WERE NOT RELEASED TO

09:27AM  20   PATIENTS UNTIL THE TESTS WERE VALIDATED, UNTIL THE DATA

09:27AM  21   SUPPORTED THE RELEASE OF THAT INFORMATION.

09:27AM  22        WHETHER THOSE TESTS WERE MEDICALLY NECESSARY OR NOT, AS I

09:27AM  23   UNDERSTAND IT, IS RELEVANT TO THE QUESTION OF WHETHER INSURANCE

09:27AM  24   COMPANIES CAN PROPERLY BE BILLED FOR IT, NOT WHETHER PATIENTS

09:27AM  25   CAN BE GIVEN THE OPTION TO TAKE THOSE TESTS.

3204

09:27AM   1          SO AGAIN, I DON'T SEE THE CONNECTION OR THE ALLEGATION

09:27AM   2    THAT DR. ROSENDORFF WAS INVOLVED IN WRONGDOING HERE.

09:27AM   3          I THINK IT'S ENTIRELY IMPROPER AND SPECULATIVE FOR

09:27AM   4    MR. COOPERSMITH TO SAY THAT THE DEFENDANTS IN THAT CASE COULD

09:28AM   5    NOT HAVE COMMITTED THEIR CRIME WITHOUT THE ASSISTANCE OF

09:28AM   6    DR. ROSENDORFF.  THAT'S WHAT I HEARD.

09:28AM   7          I HEARD THAT IF DR. ROSENDORFF HAD NOT BEEN COMPLICIT IN

09:28AM   8    AUTHORIZING THOSE TESTS, THEN THEY WOULDN'T HAVE BEEN ABLE TO

09:28AM   9    FRAUDULENTLY BILL THE INSURANCE COMPANIES.

09:28AM  10          BUT THAT'S SIMPLY NOT HOW THE GOVERNMENT SEES IT.  THAT'S

09:28AM  11    NOT HOW THE CASE WAS CHARGED.

09:28AM  12          AND SO TO ALLOW MR. COOPERSMITH TO QUESTION WITH THAT VIEW

09:28AM  13    OF THE FACTS HERE IS REALLY DANGEROUS UNDER 403.  I THINK IT

09:28AM  14    THREATENS -- OR IT CARRIES THE RISK OF THE JURY WALKING AWAY

09:28AM  15    WITH AN INACCURATE AND IRRELEVANT VIEW OF DR. ROSENDORFF'S

09:28AM  16    POTENTIAL INVOLVEMENT IN THIS COMPLETELY UNRELATED CRIME THAT

09:28AM  17    HAD -- IN WHICH HE WAS NOT IMPLICATED.

09:28AM  18          I THINK MR. COOPERSMITH'S RESPONSE TO THAT, IF I'M

09:28AM  19    UNDERSTANDING HIM CORRECTLY, IS THAT THE TRUTH DOESN'T MATTER.

09:28AM  20    IT DOESN'T MATTER WHETHER DR. ROSENDORFF WAS INVOLVED, WHETHER

09:28AM  21    HE WAS ACTUALLY TO BLAME FOR ANY OF THIS.

09:29AM  22          WHAT MATTERS IS THE APPEARANCE OF HIS INVOLVEMENT.  SO

09:29AM  23    JUST THE FACT THAT HE'S ASSOCIATED WITH THESE COMPANIES CREATES

09:29AM  24    THIS INCENTIVE FOR HIM TO BE BIASSED AND TRY TO DEFEND HIS

09:29AM  25    REPUTATION.

09:29AM 1       I WOULD JUST ASK THE COURT TO THINK ABOUT HOW MANY

09:29AM 2   SITUATIONS THAT KIND OF ARGUMENTS WOULD ENCOMPASS.

09:29AM 3       ANY WITNESS WHO WAS AROUND SOME WRONGDOING WHO HAS ALSO

09:29AM 4   BEEN CONNECTED TO SOME OTHER SCANDALS OR RUMORS THAT MIGHT

09:29AM 5   NEGATIVELY AFFECT THEIR REPUTATION MIGHT FEEL THE KIND OF

09:29AM 6   PRESSURE THAT MR. COOPERSMITH IS DESCRIBING.

09:29AM 7       DOES THAT MEAN THAT THOSE COMPLETELY UNRELATED SCANDALS

09:29AM 8   AND RUMORS AND UNCONFIRMED REPORTS CAN THEN BE FODDER FOR

09:29AM 9   CROSS-EXAMINATION OF THAT WITNESS SIMPLY BECAUSE, IN DEFENSE

09:29AM 10  COUNSEL'S MIND, THAT MAY CREATE A PRESSURE ON THAT WITNESS TO

09:29AM 11  TRY TO REHABILITATE THEIR OVERALL REPUTATION?

09:29AM 12      I THINK THAT'S FAR TOO ATTENUATED, FAR TOO SPECULATIVE TO

09:29AM 13  CREATE THE KIND OF BIAS THAT THE CASE LAW RECOGNIZES, SO I

09:30AM 14  DON'T THINK THAT SUPPORTS CROSS-EXAMINATION HERE.

09:30AM 15          THE COURT:  SO, MR. BOSTIC, THIS IS A UNIQUE

09:30AM 16  SITUATION WHERE THIS WITNESS, IN HIS POST-THERANOS EMPLOYMENT,

09:30AM 17  HAS EITHER CHOSEN POORLY OR SOMETHING HAS HAPPENED.  HE'S JUST

09:30AM 18  HAD A STREAK OF BAD LUCK.  BUT EACH COMPANY HE'S BEEN EMPLOYED

09:30AM 19  WITH HAD SOME ISSUES, THE MOST SERIOUS, OF COURSE, THE CEO'S

09:30AM 20  ARE SUBJECT TO THE FEDERAL INDICTMENT, AND THEN THE OTHERS WITH

09:30AM 21  TESTING ISSUES, ONE OF WHICH HAS BEEN RESOLVED.

09:30AM 22      SHOULD THAT IN ANY WAY COME IN?  DOESN'T THAT HAVE

09:30AM 23  RELEVANCE?  THE DEFENSE SAYS, WELL, THIS IS STRIKING IN THIS

09:30AM 24  CASE, IT'S VERY UNIQUE, IT'S A UNIQUE CIRCUMSTANCE, AND THE

09:30AM 25  JURY SHOULD, THEY SHOULD KNOW SOMETHING ABOUT THIS, AND THEN

3206

09:30AM  1    THEY SHOULD BE THE ONES TO WEIGH THE CREDIBILITY OF THE

09:30AM  2    WITNESS.

09:30AM  3          DOES THAT HAVE ANY IMPACT, OR SHOULDN'T THIS BE SOMETHING

09:30AM  4    THAT THEY SHOULD HAVE AVAILABLE TO THEM WHEN THEY JUDGE THE

09:31AM  5    CREDIBILITY OF DR. ROSENDORFF?

09:31AM  6          MR. BOSTIC:  SO TO THE EXTENT THAT IT'S STRIKING, I

09:31AM  7    THINK WE'RE BACK IN THE WORLD OF, AGAIN, LIKE THE COURT SAID,

09:31AM  8    LIKE MR. COOPERSMITH SAID, WHAT ARE THE CHANCES OF THIS

09:31AM  9    HAPPENING REPEATED TIMES?

09:31AM  10         COINCIDENCES DO HAPPEN.

09:31AM  11         I THINK WITHOUT A CONNECTION TO FAULT BY DR. ROSENDORFF,

09:31AM  12   WHICH STILL WOULD NOT MAKE IT NECESSARILY ADMISSIBLE BECAUSE

09:31AM  13   IT'S STILL IRRELEVANT, BUT WITHOUT CONNECTIONS TO FAULT BY

09:31AM  14   DR. ROSENDORFF, I THINK IT'S, IT'S AN EASIER QUESTION TO ANSWER

09:31AM  15   THAT THIS IS OUTSIDE OF THE SCOPE OF WHAT WE'RE HERE TO TALK

09:31AM  16   ABOUT IN THIS CASE.

09:31AM  17         THE FACT THAT THIS HAS HAPPENED OR THAT THERE HAVE BEEN

09:31AM  18   UNRELATED ISSUES AT DIFFERENT COMPANIES, I THINK TAKEN TOGETHER

09:31AM  19   WOULD BE RELEVANT IF IT WERE APPROPRIATE TO USE THESE THINGS AS

09:31AM  20   CHARACTER EVIDENCE FOR THIS WITNESS.

09:31AM  21         IF IT WERE APPROPRIATE TO TRY TO PAINT DR. ROSENDORFF AS A

09:31AM  22   BAD LAB DIRECTOR, THEN THE DEFENSE MIGHT HAVE MORE OF AN

09:32AM  23   ARGUMENT THAT THE JURY NEEDS TO KNOW ABOUT THESE THINGS.

09:32AM  24         BUT I THINK WE'VE ALL AGREED THAT THAT'S NOT AN

09:32AM  25   APPROPRIATE USE OF THAT MATERIAL, AND THAT'S NOT THE DEFENSE'S

09:32AM  1     STATED INTENTION.

09:32AM  2          SO I THINK, AGAIN, I THINK THE BIAS INCENTIVE, OR THE

09:32AM  3     INCENTIVE TO DEFEND HIS REPUTATION, IS TOO SPECULATIVE AND

09:32AM  4     ATTENUATED AND I THINK IT WOULD APPLY TO TOO MANY SITUATIONS.

09:32AM  5          I ALSO WOULD NOTE FOR THE COURT THAT THE INVITAE SUBPOENA,

09:32AM  6     I'M INFORMED THAT IT DOES COVER THE 2016 TIME PERIOD.

09:32AM  7          BUT MY UNDERSTANDING REMAINS THAT IT RELATES TO SEPARATE

09:32AM  8     CONDUCT FROM WHAT HAS BEEN DISCUSSED, AND I DON'T UNDERSTAND

09:32AM  9     DR. ROSENDORFF TO BE IMPLICATED IN THAT INVESTIGATION.

09:32AM 10          IF THE COURT HAS MORE QUESTIONS ABOUT THOSE DETAILS,

09:32AM 11     MR. LEACH WAS THE ONE WHO WAS IN TOUCH WITH THE DISTRICT OF

09:32AM 12     MASSACHUSETTS OFFICE ON THAT, SO I WOULD DEFER TO HIM IF THE

09:32AM 13     COURT HAS ADDITIONAL FACTUAL QUESTIONS.

09:32AM 14               THE COURT:  ALL RIGHT.  THANK YOU.

09:32AM 15          MR. COOPERSMITH.

09:32AM 16               MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:32AM 17          YOU KNOW, THE ISSUE ISN'T REALLY WHETHER DR. ROSENDORFF

09:33AM 18     WAS AT FAULT IN THESE OTHER CASES.

09:33AM 19          I THINK THE COURT CAPTURED THE SITUATION VERY WELL JUST

09:33AM 20     BEFORE MR. BOSTIC SPOKE ABOUT THIS IS EXTRAORDINARY, THIS IS AN

09:33AM 21     UNUSUAL SITUATION.

09:33AM 22          MAYBE IT'S JUST COINCIDENCE.  THAT DOES HAPPEN.

09:33AM 23          BUT THAT'S NOT REALLY RELEVANT TO THE INQUIRY OF WHETHER

09:33AM 24     IT SHOULD BE ALLOWED, THE CROSS SHOULD BE ALLOWED.

09:33AM 25          AND THE ISSUE ISN'T FAULT.  THE ISSUE ISN'T WHAT I EVEN

09:33AM 1    VIEW THE FACTS AS.  IT'S NOT WHETHER I, AS DEFENSE COUNSEL,

09:33AM 2    THINK HE IS MORE INVOLVED.  IT'S NOT ABOUT WHETHER I WOULD MAKE

09:33AM 3    A DIFFERENT DECISION IF I WAS STILL IN THE U.S. ATTORNEY'S

09:33AM 4    OFFICE.  THOSE ARE NOT THE ISSUES HERE.

09:33AM 5        THE ISSUES ARE SIMPLY WHETHER, IF YOU WERE INVOLVED WITH

09:33AM 6    THESE COMPANIES AND YOU WORKED THERE, AND APPARENTLY WE

09:33AM 7    UNDERSTAND THE SUBPOENA TO INVITAE DOES COVER THE TIME PERIOD,

09:33AM 8    OR AT LEAST SOME OF THE TIME PERIOD THAT DR. ROSENDORFF WAS

09:33AM 9    THERE, IF YOU'RE INVOLVED WITH THESE COMPANIES, YOU HAVE GOT

09:33AM 10   SOME EXPLAINING TO DO, AND THE EXPLAINING THAT YOU HAVE TO DO,

09:33AM 11   FROM DR. ROSENDORFF'S PERSPECTIVE, IS WHY IS IT NOT MY FAULT?

09:34AM 12   AND WHY IS IT THAT I'M AT ALL OF THESE COMPANIES?

09:34AM 13       AND JUST -- WE'RE NOT PLANNING TO PROBE EXACTLY, YOU KNOW,

09:34AM 14   WHAT HAPPENED AND WHAT HIS DUTIES WERE AND WHAT HE APPROVED AND

09:34AM 15   WHAT HE DIDN'T APPROVE.

09:34AM 16       IT'S REALLY JUST ABOUT THE WHOLE SITUATION REALLY CREATES

09:34AM 17   A REPUTATIONAL ISSUE, AND IT'S LIKE THAT'S IT, RIGHT?  AND IT'S

09:34AM 18   JUST A BIAS.

09:34AM 19       AND IT'S THE QUESTIONS THAT I LAID OUT FOR THE COURT A FEW

09:34AM 20   MINUTES AGO THAT WE WOULD ASK, AND WE'RE NOT SEEKING TO DO MINI

09:34AM 21   TRIALS, WE THINK THE JURY SHOULD KNOW ABOUT BIAS.

09:34AM 22       AND I JUST WANT TO AGAIN COMMEND THE COURT TO THE BROOKE

09:34AM 23   CASE, BECAUSE THAT'S THE CASE WHERE THE NINTH CIRCUIT REALLY

09:34AM 24   LAYS OUT HOW IMPORTANT THIS IS THAT THE JURY HEAR THE

09:34AM 25   INFORMATION, AND THE FACT THAT THE GOVERNMENT MIGHT FEEL THE

09:34AM 1    NEED TO EXPLAIN SOMETHING DOESN'T REALLY MATTER, AND THEY CAN

09:34AM 2    DO THAT IF THEY WANT.

09:34AM 3         THE COURT:  I AGREE WITH YOUR LATTER STATEMENT.  THE

09:34AM 4    DECISION THAT THE COURT MAKES IS NOT BECAUSE, OH, IT'S GOING TO

09:34AM 5    PUT SOME JEOPARDY OR LEAN THE SCALES FOR THE GOVERNMENT TO HAVE

09:34AM 6    TO DO SOMETHING OR THE OTHER, AND I DON'T WANT THEM TO DO THAT.

09:35AM 7         MR. COOPERSMITH:  OF COURSE.

09:35AM 8         THE COURT:  NO.  THAT'S NOT --

09:35AM 9         MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:35AM 10        THE COURT:  WHAT I'M LOOKING AT IS, WHAT IS THE --

09:35AM 11   IT ALMOST SOUNDS LIKE YOU SAY -- AND I APPRECIATE YOU SAYING --

09:35AM 12   NO, WE'RE NOT ASKING THAT HE'S AT FAULT.

09:35AM 13      BUT IT ALMOST SOUNDS LIKE THAT'S THE INSINUATION.  THAT'S

09:35AM 14   REALLY THE INSINUATION THAT THE JURY WOULD HAVE, IS THAT HE WAS

09:35AM 15   AT THESE THREE PLACES, THEY HAD PROBLEMS, AND WE'RE NOT GOING

09:35AM 16   TO PROBE WHETHER IT WAS HIS FAULT OR NOT, BUT WE'RE GOING TO

09:35AM 17   PROBE THAT YOUR REPUTATION IS AT RISK BECAUSE OF THOSE THINGS.

09:35AM 18      AND IT JUST, IT JUST LEAVES THAT QUESTION.  IT JUST SEEMS

09:35AM 19   TO ME, WITHOUT MORE, IT DOES, IT DOES LEAVE THE JURY WITH THAT

09:35AM 20   IMPRESSION THAT -- I KNOW YOU'RE AVOIDING SAYING THAT WE'RE NOT

09:35AM 21   GOING TO SAY HE'S A BAD LAB DIRECTOR, BUT THAT'S REALLY WHAT

09:35AM 22   THE JURY WILL RECEIVE, WON'T THEY?

09:35AM 23        MR. COOPERSMITH:  I UNDERSTAND.

09:35AM 24        THE COURT:  WHICH IS JUST CHARACTER EVIDENCE.

09:35AM 25        MR. COOPERSMITH:  RIGHT, AND THAT'S THE REASON WE'RE

09:35AM 1    NOT GOING THERE, RIGHT?  I MEAN, THERE MIGHT BE ARGUMENT THAT

09:36AM 2    WE COULD GO THERE, BUT THAT'S NOT WHAT I'M ASKING.

09:36AM 3        AND THE WAY THAT I'M PLANNING TO HANDLE THAT IS I'M NOT

09:36AM 4    GOING TO ASK DR. ROSENDORFF, LIKE, ANY QUESTIONS THAT TRY TO

09:36AM 5    DRAW OUT, YOU KNOW, WASN'T -- ISN'T IT TRUE, FOR EXAMPLE, THAT

09:36AM 6    UBIOME, THERE WAS A LACK OF MEDICAL NECESSITY THAT THE

09:36AM 7    GOVERNMENT ALLEGED?  AND AREN'T YOU THE LAB DIRECTOR?  AND

09:36AM 8    ISN'T IT YOUR JOB TO POLICE MEDICAL NECESSITY?

09:36AM 9        I'M NOT GOING TO ASK HIM THOSE QUESTIONS.

09:36AM 10       I SIMPLY WANT TO ASK HIM SOME BASIC QUESTIONS SO THE JURY

09:36AM 11   UNDERSTANDS HE WAS INVOLVED WITH THESE COMPANIES AND THE

09:36AM 12   CONCOMITANT INCENTIVE HE HAS TO SHAPE HIS TESTIMONY IN A

09:36AM 13   CERTAIN WAY IN THIS CASE, AND THEN HAVE THE ABILITY TO ARGUE AT

09:36AM 14   CLOSING THAT FOR THAT REASON, AND MAYBE OTHER REASONS UNRELATED

09:36AM 15   TO THAT, DR. ROSENDORFF, YOU KNOW, SHOULD NOT BE BELIEVED IN

09:36AM 16   ALL RESPECTS.

09:36AM 17       AND I THINK THAT'S WHAT THE DEFENSE CONFRONTATION CLAUSE

09:36AM 18   RIGHT SHOULD BE IN THIS SITUATION, RIGHT, IN TERMS OF PROBING

09:36AM 19   BIAS.

09:37AM 20           THE COURT:  WELL, THANK YOU.

09:37AM 21       THAT'S ALL YOU WANT TO ASK IS THE INITIAL QUESTIONS ABOUT

09:37AM 22   HIS EMPLOYMENT, THERE WERE PROBLEMS THERE, AND THEN THAT LEAVES

09:37AM 23   IT -- IT LEAVES A VACUUM, WHICH NATURE ABHORS, AS TO WHAT WERE

09:37AM 24   THE FACTS THEN?  BECAUSE THE JURY, TO GET THE FULL PICTURE

09:37AM 25   THEN, YOU'RE PRESENTING THEM, I'M JUST GOING TO GIVE THEM HALF

09:37AM   1    OF IT.

09:37AM   2         BUT TO GIVE THE FULL PICTURE THEN, THEY WOULD BE REQUIRED

09:37AM   3    TO KNOW THE REST, WOULDN'T THEY, TO MAKE A JUDGMENT AS TO

09:37AM   4    WHETHER OR NOT THEY SHOULD, AS YOU SAY, WHETHER OR NOT THEY

09:37AM   5    SHOULD BELIEVE HIM, THEY SHOULD ALSO BE INFORMED THAT THE FACTS

09:37AM   6    OF THE OTHER CASE, I WON'T GO THROUGH THEM, BUT THE FACTS OF

09:37AM   7    THE OTHER CASE.

09:37AM   8              MR. COOPERSMITH:  RIGHT.

09:37AM   9              THE COURT:  THAT WOULD SEEM TO BE WHAT WOULD HAVE TO

09:37AM  10    HAPPEN.

09:37AM  11              MR. COOPERSMITH:  WELL, THAT'S CERTAINLY THE

09:37AM  12    GOVERNMENT'S DECISION WHETHER THEY WANT TO ADD TO THE RECORD ON

09:37AM  13    THESE THINGS.

09:37AM  14         BUT, AGAIN, IT SOUNDS LIKE WE'RE IN AGREEMENT, THAT'S NOT

09:37AM  15    A REASON TO NOT ALLOW IT IN THE FIRST PLACE.

09:38AM  16         SO, YOUR HONOR, THAT ISSUE, THERE'S ALL KINDS OF

09:38AM  17    SITUATIONS, AS WE ALL KNOW, AT TRIAL WHERE THE JURY IS NOT TOLD

09:38AM  18    100 PERCENT OF ALL OF THE FACTS THAT WE KNOW.  THIS SITUATION

09:38AM  19    COMES UP ALMOST ON A DAILY BASIS AT TRIAL.

09:38AM  20         SO THE FACT THAT THEY ARE NOT GIVEN 100 PERCENT OF THE

09:38AM  21    FACTS OF WHAT HAPPENED AT THESE VARIOUS COMPANIES -- AND WHAT

09:38AM  22    I'M SAYING TO THE COURT IS THAT IT DOESN'T REALLY EVEN MATTER.

09:38AM  23         I MEAN, THE GOVERNMENT COULD EXPLORE ALL OF THE NOOKS AND

09:38AM  24    CRANNIES OF EXACTLY WHAT HAPPENED AT THESE COMPANIES, BUT IT

09:38AM  25    DOESN'T REALLY MATTER BECAUSE THE REPUTATIONAL BIAS POINT STILL

09:38AM 1    REMAINS DESPITE EVEN IF IT WERE 100 PERCENT TRUE, EVEN IF IT

09:38AM 2    WERE 100 PERCENT TRUE THAT DR. ROSENDORFF BEARS NO FAULT

09:38AM 3    WHATSOEVER FOR THE EVENTS AT THESE COMPANIES, IT STILL WOULD

09:38AM 4    NOT MATTER TO HIS INCENTIVE TO SHADE HIS TESTIMONY A CERTAIN

09:38AM 5    WAY IN THIS CASE TO ESCAPE THE CONCLUSION THAT HE IS SOME KIND

09:38AM 6    OF TYPHOID MARY, TO USE THAT PHRASE.

09:39AM 7        SO THAT'S ALL WE HAVE ON THIS, YOUR HONOR, BUT WE THINK

09:39AM 8    THAT THE CROSS-EXAMINATION IN THE LIMITED SENSE THAT I HAVE

09:39AM 9    LAID OUT SHOULD BE ALLOWED.

09:39AM 10        MR. BOSTIC:  JUST VERY BRIEFLY.

09:39AM 11        I KEEP COMING BACK TO SITUATIONS WHERE THE COURTS HAVE

09:39AM 12    APPROVED THIS KIND OF CROSS-EXAMINATION ON BIAS.  WE'RE SO FAR

09:39AM 13    FROM THOSE SITUATIONS HERE.

09:39AM 14        WE'RE SO FAR FROM THE SITUATION OF A COOPERATOR WHO

09:39AM 15    CREATED OTHER CRIMES OR OTHER CRIMES RELATED TO THE DEFENDANT.

09:39AM 16        I ALSO THINK OF SITUATIONS INVOLVING GIGLIO AND HENTHORN

09:39AM 17    INQUIRIES WHERE THERE MAY HAVE BEEN A COMPLAINT MADE AGAINST A

09:39AM 18    LAW ENFORCEMENT OFFICER OR AN INVESTIGATION OPENED AGAINST THAT

09:39AM 19    INDIVIDUAL.

09:39AM 20        IN THOSE CASES, MY UNDERSTANDING IS THAT WHEN THE

09:39AM 21    INVESTIGATION IS RESOLVED FAVORABLY TO THE OFFICER, OR EVEN

09:39AM 22    WHEN THE INVESTIGATION IS PENDING, THAT EXISTENCE OF THE

09:39AM 23    COMPLAINT OR INVESTIGATION MAY NOT BE DISCOVERABLE OR AT LEAST

09:39AM 24    ADMISSIBLE DURING A TRIAL.

09:39AM 25        HOW IS THAT DIFFERENT FROM THIS CASE?

09:39AM   1          ACCORDING TO MR. COOPERSMITH'S ARGUMENT, THE DEFENSE

09:39AM   2     SHOULD BE ALLOWED TO CROSS-EXAMINE LAW ENFORCEMENT OFFICERS,

09:39AM   3     FOR EXAMPLE, ABOUT UNCONFIRMED COMPLAINTS OR OPEN

09:40AM   4     INVESTIGATIONS THAT HAVEN'T RESOLVED YET, THINGS THAT RESOLVE

09:40AM   5     FAVORABLY TO THEM, ALL BECAUSE THOSE THINGS MIGHT ADD A

09:40AM   6     PRESSURE TO THAT PERSON TO DEFEND THEIR REPUTATION IN THE CASE

09:40AM   7     AT BAR.

09:40AM   8          BUT TO THE EXTENT A WITNESS, ANY WITNESS, OR

09:40AM   9     DR. ROSENDORFF HAS AN INCENTIVE TO MAKE THEMSELVES LOOK GOOD IN

09:40AM   10    CONNECTION WITH A GIVEN CASE, WHAT THEY'RE HERE TO TALK ABOUT,

09:40AM   11    THE DEFENSE CAN EXPLORE THAT AS PERMITTED ON CROSS IN RELATION

09:40AM   12    TO THAT SAME CASE.

09:40AM   13         THERE'S NO NEED FOR THE DEFENSE TO GO INTO UNRELATED

09:40AM   14    MATTERS BASED ON THE ARGUMENT THAT MIGHT COMPOUND OR INCREASE

09:40AM   15    THE WITNESS'S INCENTIVE TO DEFEND THEIR REPUTATION, ESPECIALLY

09:40AM   16    WHERE DOING SO IS SO DANGEROUS AND CREATES THE RISK AND REALLY

09:40AM   17    WOULD LEAD TO THE UNAVOIDABLE AFFECT OF THIS JURY WALKING AWAY

09:40AM   18    THINKING THAT DR. ROSENDORFF WAS INCOMPETENT OR UNETHICAL AS A

09:40AM   19    LAB DIRECTOR BECAUSE OF THE IMPLICATIONS FROM THE DEFENSE'S

09:41AM   20    QUESTION.

09:41AM   21              THE COURT:  ANYTHING FURTHER, MR. COOPERSMITH?

09:41AM   22              MR. COOPERSMITH:  YOUR HONOR, JUST THAT I DON'T FIND

09:41AM   23    MR. BOSTIC'S PARADE OF HORRIBLES ARGUMENT PERSUASIVE.

09:41AM   24         AS THE COURT ALREADY SAID, WE'RE IN AN UNUSUAL, UNIQUE

09:41AM   25    SITUATION WITH DR. ROSENDORFF HAVING WORKED AT THESE FOUR

3214

09:41AM   1    DIFFERENT COMPANIES, AND SO I THINK EVERY CASE SORT OF STANDS

09:41AM   2    ON ITS OWN FACTS AND THAT'S WHERE WE ARE ON THIS ONE.

09:41AM   3         AND THEN, YOU KNOW, REGARDING WHAT THE JURY MIGHT THINK, I

09:41AM   4    THINK THE POINT IS THAT THE JURY SHOULD KNOW THAT HE'S BEEN

09:41AM   5    INVOLVED WITH COMPANIES THAT HAVE BEEN THE SUBJECT OF THESE

09:41AM   6    FEDERAL CIVIL REGULATORY AND CRIMINAL MATTERS AND THAT THEY CAN

09:41AM   7    CONCLUDE WHATEVER THEY WANT.

09:41AM   8         THAT'S THE POINT.  IT IS A JURY DECISION ON HOW MUCH

09:41AM   9    WEIGHT TO PUT ON THE BIAS OF THE WITNESS.

09:41AM  10         THE GOVERNMENT CERTAINLY HAS EVERY ABILITY, ON RECROSS, TO

09:41AM  11    EXPLAIN THAT HE WASN'T CHARGED, HE WASN'T THREATENED TO BE

09:41AM  12    RECHARGED, HE WASN'T GIVEN IMMUNITY.  I MEAN, WHATEVER THEY

09:41AM  13    WANT TO DO TO SHOW THAT IT WAS NOT HIS FAULT, THEY CAN

09:42AM  14    CERTAINLY DO IF THEY CHOOSE TO DO THAT.

09:42AM  15         BUT THAT DOESN'T, I THINK, TAKE AWAY FROM THE ABILITY OF

09:42AM  16    THE DEFENSE TO PROBE BIAS.

09:42AM  17         AND THAT'S WHAT JURIES DO.  THEY LOOK AT ALL OF THE FACTS

09:42AM  18    AND THE BIAS AND WHAT INCENTIVES THE WITNESS MIGHT HAVE, AND

09:42AM  19    THEY MAKE DECISIONS ACCORDINGLY.

09:42AM  20         SO WITH THAT, WE WILL JUST SUBMIT IT TO THE COURT.

09:42AM  21         THE COURT:  OKAY.  THANK YOU.  AND THANKS FOR THE

09:42AM  22    CONVERSATION THIS MORNING.  I SURPRISED YOU BY THAT AND SAID WE

09:42AM  23    WERE GOING TO DO IT FRIDAY, BUT I THOUGHT IT IMPORTANT TO TALK

09:42AM  24    TODAY.

09:42AM  25         I DID USE THE WORD "EXTRAORDINARY," AND I GUESS EVERY CASE

09:42AM 1    IS EXTRAORDINARY, AND THE FACTS ARE PROBABLY MORE UNIQUE THAN

09:42AM 2    EXTRAORDINARY WITH DR. ROSENDORFF AND HIS POST-THERANOS

09:42AM 3    EMPLOYMENT, AND WE KNOW ABOUT THAT WITH THESE THREE COMPANIES.

09:42AM 4         I UNDERSTAND WHAT YOU'RE NOT SAYING IS YOU'RE NOT SAYING

09:42AM 5    THIS IS CHARACTER EVIDENCE, MR. COOPERSMITH, BUT YOU'RE SAYING

09:42AM 6    THAT THE JURY SHOULD BE INFORMED ABOUT THIS NOT FOR CHARACTER,

09:43AM 7    BUT FOR REPUTATIONAL BIAS OF THE WITNESS, AND I'M NOT SURE THAT

09:43AM 8    I CAN -- I UNDERSTAND HOW TO PARSE THOSE THE WAY THAT YOU'VE

09:43AM 9    PHRASED IT.

09:43AM 10        I HAVE CONCERNS THAT IF THIS WERE TO COME IN, IT WOULD

09:43AM 11   CREATE -- UNDER 403, O THINK IT CREATES SIGNIFICANT ISSUES

09:43AM 12   ABOUT WHETHER OR NOT THE PROBATIVE VALUE AS TO THE REPUTATIONAL

09:43AM 13   BIAS THAT YOU SUGGEST AND THE TENSION BETWEEN THAT, AND THE

09:43AM 14   JURY LOOKING AT THIS AS CHARACTER EVIDENCE I THINK IS ALSO

09:43AM 15   UNIQUE, AND PERHAPS EXTRAORDINARY AS WELL, AND THAT'S THE

09:43AM 16   DANGER OF IT.

09:43AM 17        I DO THINK THAT THAT MIX AND THE REASONS THAT YOU WOULD

09:43AM 18   LIKE TO GET IT IN IS REALLY ATTENUATED.  I DO SEE SOME

09:43AM 19   ATTENUATION TO IT, HIS INVOLVEMENT WITH THESE THREE COMPANIES.

09:44AM 20        PERKIN ELMER, YOU KNOW, THAT WAS RESOLVED.  THE ISSUES

09:44AM 21   THAT WERE PRESENTED IN THE HOLMES CASE WERE RESOLVED, AND I

09:44AM 22   DON'T KNOW WHAT THAT ADDS TO THE REPUTATIONAL BIAS.

09:44AM 23        THE OTHER TWO CASES WHERE THERE WAS SOME INVESTIGATIONS

09:44AM 24   AND CEO'S INDICTED, AND THAT'S -- THERE'S NO INDICATION,

09:44AM 25   NOTWITHSTANDING HE WAS AN EMPLOYEE THERE, HE WAS INVOLVED IN

3216

09:44AM  1    THAT.  HE CERTAINLY WASN'T CHARGED OR YOU'D TELL ME IF HE WAS.

09:44AM  2        AND THAT CREATES THE OPPORTUNITY FOR A JURY TO, I THINK,

09:44AM  3    TO SPECULATE AS TO HIM UNTOWARDLY AND UNFAIRLY, AND THAT'S WHAT

09:44AM  4    I TOLD YOUR COLLEAGUE WHAT THIS IS ALL ABOUT, A PURSUIT FOR

09:44AM  5    FAIRNESS.

09:44AM  6        AT THIS POINT I'M GOING TO RESPECTFULLY DECLINE YOUR

09:44AM  7    INVITATION TO PROBE IN THESE MATTERS.

09:45AM  8        I DO THINK THAT IT DOES, AT LEAST TO ME, APPEAR TO BE

09:45AM  9    INAPPROPRIATE CHARACTER EVIDENCE.

09:45AM 10        BIAS IS ALWAYS RELEVANT, AND YOU WILL BE PERMITTED TO

09:45AM 11    PROBE, TO PROBE BIAS AS APPROPRIATE.  I'M NOT GOING TO DENY YOU

09:45AM 12    THAT OPPORTUNITY.

09:45AM 13        BUT NOT FOR THE REASONS THAT YOU'VE TOLD ME IN REGARDS TO

09:45AM 14    THE SPECIFIC EMPLOYMENTS HERE.  I THINK UNDER 403 THAT IS MORE,

09:45AM 15    AND THE COURT FINDS THAT THAT -- FOR THE REASONS THAT YOU'VE

09:45AM 16    INDICATED, THAT IS MORE PREJUDICIAL THAN PROBATIVE.

09:45AM 17        THERE WILL BE SOME QUESTIONS THAT -- AND I DON'T KNOW WHAT

09:45AM 18    THE WITNESS WILL SAY, BUT HE MAY SAY THINGS THAT WILL PROVIDE

09:45AM 19    YOU THE OPPORTUNITY TO ASK BIAS QUESTIONS.

09:45AM 20        BUT IN THE TOTALITY OF THE CIRCUMSTANCES, HIS POST

09:45AM 21    EMPLOYMENT AT THERANOS AND THE ISSUES THAT CAME UP IN REGARD TO

09:45AM 22    THOSE POST EMPLOYMENT, I SEE THE RELEVANCE OF THAT SPECULATIVE

09:46AM 23    AND ATTENUATED.

09:46AM 24        THE REPUTATIONAL BIAS THAT HE HAS, HE MAY HAVE THAT FOR

09:46AM 25    OTHER REASONS, INCLUDING BEING CONNECTED WITH THERANOS, AND YOU

3217

09:46AM  1      CAN ASK HIM ABOUT THAT AND WHAT WAS THAT AND MAYBE HE HAS

09:46AM  2      CONCERNS ABOUT THAT.

09:46AM  3           BUT FOR NOW I'M GOING TO DENY THE MOTION AS TO THOSE THREE

09:46AM  4      SPECIFIC INSTANCES.

09:46AM  5                MR. COOPERSMITH:  I UNDERSTAND, YOUR HONOR.

09:46AM  6           JUST ONE POINT OF CLARIFICATION.  AND YOU MIGHT REMEMBER

09:46AM  7      THIS, YOUR HONOR, FROM THE PREVIOUS TRIAL.  THERE IS AN ISSUE

09:46AM  8      TOWARDS THE END OF DR. ROSENDORFF'S TIME AT THERANOS WHERE HE

09:46AM  9      IS INTERVIEWING AT THE INVITAE COMPANY, AND I THINK HE MISSES A

09:46AM  10     MEETING BECAUSE HE'S GOING TO AN INTERVIEW.

09:46AM  11               THE COURT:  RIGHT.

09:46AM  12               MR. COOPERSMITH:  THAT MAY COME UP ON CROSS.

09:46AM  13               THE COURT:  RIGHT.

09:46AM  14               MR. COOPERSMITH:  SO I WANT TO MAKE SURE THAT AS

09:46AM  15     SOON AS I MENTION THE WORD "INVITAE," THE GOVERNMENT DOESN'T

09:47AM  16     JUMP UP AND TAKE MY HEAD OFF OR SOMETHING.

09:47AM  17               THE COURT:  NO.  RIGHT.

09:47AM  18           WELL, QUERY WHETHER IT WAS RELEVANT AND WHETHER IT WAS HIS

09:47AM  19     POST EMPLOYMENT IN THIS CASE, AND I DON'T KNOW IF YOU'LL ASK

09:47AM  20     THOSE QUESTIONS OR NOT.  WE'LL SEE.

09:47AM  21               MR. COOPERSMITH:  BUT THAT'S A DIFFERENT --

09:47AM  22               THE COURT:  I RECALL THAT, HE MISSED WORK BECAUSE HE

09:47AM  23     WAS, I THINK -- AT LEAST THAT'S WHAT THE TESTIMONY WAS

09:47AM  24     PREVIOUSLY.

09:47AM  25               MR. COOPERSMITH:  RIGHT.  AND TO THE EXTENT THAT

09:47AM   1    THAT IS SOMETHING I WANT TO PROBE, I'M NOT SURE YET, BUT I JUST

09:47AM   2    WANTED TO CLARIFY THAT.

09:47AM   3              THE COURT:  YES.

09:47AM   4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

09:47AM   5         AND JUST FOR WHAT IT'S WORTH, I UNDERSTAND THE COURT'S

09:47AM   6    RULING, AND THE LAST THING I'LL SAY, AND I PROMISE, IF THE

09:47AM   7    EVIDENCE OR THE CROSS-EXAMINATION WAS ALLOWED, WHAT I WOULD DO

09:47AM   8    IN CLOSING IS POINT TO THE BIAS OF THE WITNESS INSTRUCTION AND

09:47AM   9    NOT ANYTHING ABOUT CHARACTER OR ANYTHING LIKE THAT.

09:47AM  10         SO I WOULD CABIN IT THAT WAY IF IT WERE ALLOWED IN.  I

09:47AM  11    WILL JUST SAY THAT.

09:47AM  12              BUT I UNDERSTAND THE COURT'S RULING.

09:47AM  13              THE COURT:  BUT THAT'S ALWAYS -- IT DOESN'T PRECLUDE

09:47AM  14    YOU FROM TALKING ABOUT THAT, I DON'T THINK.  I'M NOT TELLING

09:48AM  15    YOU HOW TO TRY YOUR CASE, FORGIVE ME.

09:48AM  16         BUT THIS WITNESS'S CONNECTION WITH A COMPANY THAT, YOU

09:48AM  17    KNOW, HAS BEEN IN THE PRESS, ET CETERA, THAT IN AND OF ITSELF

09:48AM  18    PRESENTS SOME, AS YOU TALK ABOUT, REPUTATIONAL ISSUES THAT THIS

09:48AM  19    WITNESS MAY HAVE, AND THAT'S FAIR GAME.

09:48AM  20         DO YOU UNDERSTAND WHAT I'M TALKING ABOUT?

09:48AM  21              MR. COOPERSMITH:  THAT HE WAS ASSOCIATED WITH

09:48AM  22    THERANOS?

09:48AM  23              THE COURT:  RIGHT.

09:48AM  24              MR. COOPERSMITH:  YES, YOUR HONOR, I UNDERSTAND THAT

09:48AM  25    THAT WOULD BE FAIR GAME, AND THAT IS DIFFERENT.  SO THANK YOU

09:48AM 1    FOR THAT.

09:48AM 2              THE COURT:  SURE.  SURE.

09:48AM 3              MR. COOPERSMITH:  OKAY.  YOUR HONOR, JUST TWO QUICK

09:48AM 4    THINGS WHILE I'M HERE.  IF I COULD JUST HAND UP THE REVISED

09:48AM 5    INSTRUCTION FROM YESTERDAY'S ARGUMENT.

09:48AM 6              THE COURT:  SURE.  I'LL RECEIVE IT.  WE WON'T TAKE

09:48AM 7    IT UP NOW.

09:48AM 8              MR. COOPERSMITH:  YES, YOUR HONOR.  JUST TO HAVE THE

09:48AM 9    COURT IN POSSESSION OF IT.

09:48AM 10        (HANDING.)

09:48AM 11             MR. COOPERSMITH:  THANK YOU.

09:48AM 12        AND THE LAST THING IS I DON'T KNOW IF THE COURT READ THIS

09:48AM 13   OR REMEMBERS IT, BUT --

09:48AM 14             THE COURT:  THANK YOU.

09:48AM 15             MR. COOPERSMITH:  OKAY.  THE OTHER POINT I WAS GOING

09:48AM 16   TO RAISE IS THAT IN DOCKET 1381, WE FILED A BENCH MEMO WE

09:49AM 17   CALLED IT, AND THE ISSUE WAS ABOUT THE USE OF VIDEO CLIPS AND

09:49AM 18   TRANSCRIPTS AS SUBSTANTIVE EVIDENCE IN CROSS-EXAMINATION.

09:49AM 19        AND WE DON'T KNOW EXACTLY WHAT WILL HAPPEN BECAUSE WE

09:49AM 20   DON'T KNOW YET, OF COURSE, WHETHER DR. ROSENDORFF WILL TESTIFY

09:49AM 21   INCONSISTENTLY TO SOME PRIOR TESTIMONY YET.

09:49AM 22        BUT IF HE DOES, AND YOU KNOW, IT LOOKED LIKE HE DID THAT

09:49AM 23   IN THE PREVIOUS TRIAL, IF THAT HAPPENS, I JUST WANTED TO MAKE

09:49AM 24   SURE THAT WE ALERTED THAT BECAUSE I WANT TO UNDERSTAND THE

09:49AM 25   COURT'S POSITION ON THAT SO WE DON'T WASTE JURY TIME WITH

09:49AM  1    ARGUMENTS OR SIDE-BARS, YOU KNOW, WHILE THE JURY IS IN SESSION.

09:49AM  2         THE COURT:  OKAY.

09:49AM  3         MR. COOPERSMITH:  I KNOW THAT WE'RE NOW NOT ARGUING

09:49AM  4    THE MOTION THE COURT JUST HEARD ON FRIDAY.

09:49AM  5    I DO HAVE A COLLEAGUE, MS. SCHURICHT, WHO IS SITTING IN

09:49AM  6    THE BACK AND WOULD LIKE TO ADDRESS THE COURT ON THAT POINT.

09:49AM  7    PERHAPS FRIDAY MORNING MIGHT BE A TIME JUST SO WE CAN GET THAT

09:49AM  8    OUT BEFORE THE JURY IS IN SESSION.

09:49AM  9         THE COURT: SURE.  OKAY.

09:50AM  10        MR. BOSTIC:  ARE WE TALKING ABOUT THE BENCH MEMO

09:50AM  11   THAT DEFENSE COUNSEL JUST REFERENCED?

09:50AM  12        MR. COOPERSMITH:  DOCUMENT 1381 ABOUT USE OF VIDEO

09:50AM  13   CLIPS AND SUCH THINGS DURING CROSS-EXAMINATION.

09:50AM  14        MR. BOSTIC:  WE WILL BE AVAILABLE TO ADDRESS THAT,

09:50AM  15   YOUR HONOR.

09:50AM  16        THE COURT:  OKAY.  GREAT.  THANK YOU.

09:50AM  17   SO LET'S, LET'S TAKE A BREAK, AND WHAT I'D LIKE TO DO

09:50AM  18   IS -- WHY DON'T WE MEET WITH JUROR NUMBER 8, BUT WHY DON'T WE

09:50AM  19   DO THAT IN THE UNUSED JURY ROOM BEHIND US, AND COUNSEL, A

09:50AM  20   COUPLE OF MEMBERS FROM YOUR TEAM CAN MEET WITH US BACK THERE.

09:50AM  21   WE'LL GIVE A COUPLE OF MINUTES FOR MS. RODRIGUEZ TO SET UP.

09:50AM  22   AND AGAIN, WE'LL TALK WITH THIS JUROR.  THIS CONVERSATION

09:50AM  23   WILL UNDOUBTEDLY TOUCH ON SOME PERSONAL MATTERS OF THIS JUROR

09:50AM  24   THAT ARE NOT APPROPRIATE FOR A PUBLIC HEARING, SO WE'LL HAVE

09:50AM  25   THAT CONVERSATION PRIVATELY WITH THE JUROR.  PARDON ME.

3221

09:50AM 1          OKAY.  LET'S BREAK AND DO THAT, AND THEN WE'LL START

09:50AM 2     TRIAL.

09:51AM 3          (RECESS FROM 9:51 A.M. UNTIL 10:14 A.M.)

09:51AM 4          (SEALED PROCEEDINGS PAGES 3222 - 3233.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
09:51AM    1       ///

10:17AM    2              (OPEN COURT AT 10:14 A.M.)

10:17AM    3              (RECESS FROM 10:14 A.M. UNTIL 10:22 A.M.)

10:22AM    4          (JURY IN AT 10:22 A.M.)

10:22AM    5              THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK

10:22AM    6       YOU.

10:22AM    7          GOOD MORNING EVERYONE.

10:22AM    8          THE RECORD SHOULD REFLECT ALL COUNSEL ARE PRESENT,

10:22AM    9       MR. BALWANI IS PRESENT.

10:22AM   10          OUR JURY AND ALTERNATES ARE PRESENT.

10:22AM   11          LADIES AND GENTLEMEN, GOOD MORNING.  THANK YOU FOR YOUR

10:22AM   12       PATIENCE.  WE HAD TO TAKE CARE OF SOME MATTERS TODAY OUTSIDE OF

10:22AM   13       YOUR PRESENCE.

10:22AM   14          FIRST OF ALL, LET ME ASK YOU THE QUESTION.

10:22AM   15          DURING THE BREAK, HAVE ANY OF YOU HAD CAUSE TO IN ANY WAY

10:22AM   16       LEARN ANYTHING, DISCUSS, SEE, READ, OR IN ANY WAY LEARN

10:22AM   17       ANYTHING ABOUT THIS CASE DURING THE BREAK?  IF SO, PLEASE RAISE

10:22AM   18       YOUR HAND.

10:22AM   19          I SEE NO HANDS.  THANK YOU AGAIN FOR THAT.

10:22AM   20          LADIES AND GENTLEMEN, I JUST WANTED TO TALK TO YOU ABOUT

10:23AM   21       OUR SCHEDULING.  WE HAVE -- FORMER JUROR NUMBER 8 HAS BEEN

10:23AM   22       EXCUSED, AND HE'S BEEN REPLACED BY OUR ALTERNATE, SO WE

10:23AM   23       RECOGNIZE THAT, AND THANK YOU.

10:23AM   24          ALL OF YOU NOW ARE SEATED IN THE BOX NOW.  SO IT IS A FULL

10:23AM   25       FLIGHT IN THAT REGARD.
```

10:23AM 1    WE WILL GO UNTIL 4:00 TODAY.  WE'LL BE ABLE TO GO TO 4:00

10:23AM 2    NOTWITHSTANDING OUR LATE, LATE START.

10:23AM 3    AND I ALSO WANT TO TELL YOU THAT, BECAUSE OF SCHEDULING

10:23AM 4    ISSUES, WE'RE GOING TO TAKE A WITNESS OUT OF ORDER.  SO

10:23AM 5    MR. JHAVERI WAS TESTIFYING YESTERDAY.  WE'RE GOING TO INTERRUPT

10:23AM 6    HIS TESTIMONY AND CALL A NEW WITNESS TODAY, A DIFFERENT

10:23AM 7    WITNESS, WHO WILL TESTIFY TODAY AND PERHAPS THROUGH THE BALANCE

10:23AM 8    OF THIS WEEK WE HOPE.

10:23AM 9    BUT THESE THINGS, THIS IS VERY COMMON.  AS YOU MIGHT

10:23AM 10   IMAGINE IN A LENGTHY CASE, SCHEDULING ISSUES DO COME UP AND

10:24AM 11   THESE ISSUES DO ARISE SOMETIMES.

10:24AM 12   SO WE'LL BREAK AND WE'LL INTERRUPT MR. JHAVERI'S

10:24AM 13   TESTIMONY.

10:24AM 14   THE GOVERNMENT HAS ANOTHER WITNESS TO CALL?

10:24AM 15        MR. BOSTIC:  YES, YOUR HONOR.

10:24AM 16   THE UNITED STATES CALLS DR. ADAM ROSENDORFF.

10:24AM 17        THE COURT:  ALL RIGHT.  THANK YOU.

10:24AM 18   SIR, IF YOU WOULD JUST STAND THERE FOR A MOMENT AND FACE

10:24AM 19   OUR COURTROOM DEPUTY.

10:24AM 20   **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS SWORN.)**

10:24AM 21        THE WITNESS:  I DO.

10:24AM 22        THE COURT:  ALL RIGHT.  PLEASE HAVE A SEAT HERE,

10:25AM 23   SIR.  LET ME INVITE YOU TO HAVE A SEAT.

10:25AM 24   MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE

10:25AM 25   MICROPHONE AND THE CHAIR AS YOU NEED.

10:25AM  1          WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

10:25AM  2     AND THEN SPELL IT, PLEASE.

10:25AM  3          THE WITNESS:  MAY I TAKE OFF MY MASK, YOUR HONOR?

10:25AM  4          THE COURT:  YES.

10:25AM  5          THE WITNESS:  MY NAME IS ADAM ROSENDORFF.  A-D-A-M,

10:25AM  6     R-O-S-E-N-D-O-R-F-F.

10:25AM  7          THE COURT:  THANK YOU.

10:25AM  8     COUNSEL.

10:25AM  9          MR. BOSTIC:  THANK YOU, YOUR HONOR.

10:25AM 10                        **DIRECT EXAMINATION**

10:25AM 11     BY MR. BOSTIC:

10:25AM 12     Q.   GOOD MORNING, DR. ROSENDORFF.

10:25AM 13     A.   GOOD MORNING.

10:25AM 14     Q.   I UNDERSTAND THE COURT HAS AUTHORIZED YOU TO REMOVE YOUR

10:25AM 15     MASK, WHICH IS THE RULE IN THIS COURT FOR WITNESSES WHO ARE

10:25AM 16     FULLY VACCINATED.

10:25AM 17          DO YOU UNDERSTAND THAT?

10:25AM 18     A.   YES.

10:25AM 19     Q.   WERE YOU AT ONE TIME EMPLOYED BY A COMPANY CALL THERANOS?

10:25AM 20     A.   YES.

10:25AM 21     Q.   AND WHAT WAS YOUR POSITION WHEN YOU WERE AT THE COMPANY?

10:25AM 22     A.   LABORATORY DIRECTOR.

10:25AM 23     Q.   AND DO YOU REMEMBER THE APPROXIMATE DATES OF YOUR

10:25AM 24     EMPLOYMENT AT THERANOS?

10:25AM 25     A.   I BELIEVE IT WAS APRIL 2013 TO NOVEMBER 2014.

10:26AM 1   Q.   AND WHEN YOU LEFT THE COMPANY IN NOVEMBER 2014, WERE YOU

10:26AM 2   TERMINATED OR WERE YOU LAID OFF OR DID YOU QUIT?

10:26AM 3   A.   I GAVE THE COMPANY 60 DAY NOTICE VIA EMAIL.  I EXPRESSED

10:26AM 4   THANKS FOR THE OPPORTUNITY OF WORKING THERE.

10:26AM 5        TO MY KNOWLEDGE, I QUIT THE COMPANY.

10:26AM 6   Q.   WE'LL GO THROUGH YOUR TIME AT THE COMPANY SOMEWHAT

10:26AM 7   CHRONOLOGICALLY, SO WE'LL TALK MORE ABOUT YOUR DEPARTURE LATER.

10:26AM 8        BUT FOR NOW, CAN YOU JUST TELL US IN A COUPLE OF SENTENCES

10:26AM 9   WHY YOU MADE THE DECISION TO RESIGN FROM THERANOS?

10:26AM 10  A.   I WAS INITIALLY VERY EXCITED TO WORK AT THE COMPANY.  I

10:26AM 11  THOUGHT THERE WAS GREAT PROMISE IN THE FINGERSTICK TECHNOLOGY,

10:26AM 12  ALTHOUGH I WASN'T EXACTLY SURE WHAT THE TECHNOLOGY WAS WHEN I

10:27AM 13  JOINED BECAUSE OF THE SECRECY SURROUNDING THE COMPANY.

10:27AM 14       AS TIME WENT BY, THE FREQUENCY AND SEVERITY OF COMPLAINTS

10:27AM 15  THAT I WAS GETTING FROM CLINICIANS REALLY REACHED A CRESCENDO

10:27AM 16  AND IT GOT TO A POINT WHERE I FELT LIKE MY INTEGRITY AS A

10:27AM 17  PHYSICIAN WAS AT RISK.

10:27AM 18       I WAS ALSO VERY CONCERNED ABOUT THE UNWILLINGNESS OF

10:27AM 19  MANAGEMENT TO CONDUCT PROFICIENCY TESTING AS REQUIRED BY LAW.

10:27AM 20  Q.   WE'LL TALK ABOUT THOSE TOPICS SOME MORE IN DETAIL.

10:27AM 21       BUT FIRST, CAN YOU SUMMARIZE FOR US YOUR EDUCATION,

10:27AM 22  BEGINNING WITH UNDERGRADUATE?

10:27AM 23  A.   YEAH.

10:27AM 24       I ATTENDED UNDERGRADUATE IN SOUTH AFRICA AT THE UNIVERSITY

10:27AM 25  OF, IT'S A LONG WORD, WIWATERSRAND.  I COULD SPELL IT IF WOULD

10:28AM  1      YOU LIKE.  OKAY.

10:28AM  2          I GRADUATED IN '92.

10:28AM  3          I DID PRE-MEDICINE AT COLUMBIA.  IN '95 I STARTED MEDICAL

10:28AM  4      SCHOOL AT MOUNT SINAI.

10:28AM  5          I TOOK FIVE YEARS FOR MEDICAL SCHOOL.  I TOOK A YEAR OFF

10:28AM  6      AS A HOWARD HUGHES FELLOW TO DO BASIC SCIENCE RESEARCH IN A

10:28AM  7      LABORATORY AT THAT TIME.

10:28AM  8          UPON GRADUATION IN 2000, I STARTED WORKING AS A

10:28AM  9      POST-DOCTORAL FELLOW AT HARVARD MEDICAL SCHOOL IN

10:28AM 10      ELLIOTT KIEFF'S LABORATORY.  I DID THAT FOR ABOUT FOUR OR FIVE

10:28AM 11      YEARS.

10:28AM 12          AND AT THE END I DID A RESIDENCY IN CLINICAL PATHOLOGY,

10:28AM 13      OTHERWISE KNOWN AS LABORATORY MEDICINE, FROM 2005 TO 2008.

10:28AM 14      Q.   AND CAN I ASK YOU TO DEFINE WHAT A RESIDENCY IS, PLEASE?

10:28AM 15      A.   SURE.

10:28AM 16          A RESIDENCY IS SPECIALTY TRAINING THAT, AFTER GRADUATING

10:29AM 17      MEDICAL SCHOOL, THE PATH IS ONE DOES A RESIDENCY TO OBTAIN

10:29AM 18      SPECIALTY TRAINING IN A SPECIFIC FIELD SUCH AS PEDIATRICS,

10:29AM 19      SURGERY, MEDICINE, ET CETERA.

10:29AM 20      Q.   AND YOUR RESIDENCY WAS IN CLINICAL PATHOLOGY?

10:29AM 21      A.   YES.

10:29AM 22      Q.   AFTER YOUR EDUCATION AND RESIDENCY, CAN YOU JUST SUMMARIZE

10:29AM 23      FOR US YOUR EMPLOYMENT HISTORY LEADING UP TO THERANOS?

10:29AM 24      A.   IN 2008 I WAS APPOINTED AS AN ASSISTANT PROFESSOR AT THE

10:29AM 25      UNIVERSITY OF PITTSBURGH.  MY JOB WAS THERE WAS TO OVERSEE

ROSENDORFF DIRECT BY MR. BOSTIC

```
10:29AM  1    LABORATORY TESTING AT CHILDREN'S HOSPITAL OF PITTSBURGH, WHICH

10:29AM  2    HAD JUST BEEN BUILT AT THE TIME.

10:29AM  3         I ALSO HAD A SMALL BASIC SCIENCE RESEARCH LAB.

10:29AM  4         AND I WAS THERE UNTIL MY EMPLOYMENT AT THERANOS IN

10:29AM  5    CALIFORNIA IN 2013.

10:29AM  6    Q.   AND I'M SORRY IF YOU SAID THIS, BUT WHAT WAS YOUR JOB

10:29AM  7    TITLE OR THE NAME OF YOUR POSITION AT THE UNIVERSITY OF

10:30AM  8    PITTSBURGH LABORATORY?

10:30AM  9    A.   I WAS THE LABORATORY DIRECTOR THERE.

10:30AM 10    Q.   AND DID THAT LABORATORY AT UNIVERSITY OF PITTSBURGH

10:30AM 11    PERFORM CLINICAL TESTING ON BLOOD SAMPLES FOR PATIENTS?

10:30AM 12    A.   YES.

10:30AM 13    Q.   WE TALKED ABOUT THIS TERM LAB DIRECTOR A COUPLE OF TIMES.

10:30AM 14    COULD YOU TELL US, JUST AT A BASIC LEVEL, WHAT IS A LAB

10:30AM 15    DIRECTOR?

10:30AM 16    A.   A LABORATORY DIRECTOR IS REALLY THE PERSON WHO DIRECTS THE

10:30AM 17    LABORATORY.  THEY'RE RESPONSIBLE FOR A NUMBER OF AREAS IN THE

10:30AM 18    LAB, BUT SUCH AS TRAINING OF LABORATORY TECHNICIANS; SIGNING

10:30AM 19    OFF ON LAB REPORTS, THE LAB DIRECTOR'S NAME IS ON EVERY REPORT;

10:30AM 20    SIGNING OFF ON QC PROFICIENCY TESTING; VALIDATIONS.

10:30AM 21         REALLY A WHOLE NUMBER OF DUTIES WHICH ARE LAID OUT IN THE

10:31AM 22    FEDERAL CLIA REGULATIONS.

10:31AM 23         BUT WHEN I WORK FOR A COMPANY, THERE ARE OTHER

10:31AM 24    RESPONSIBILITIES THAT YOU MIGHT HAVE TO ASSUME AS WELL.

10:31AM 25    Q.   AND TO BE A LAB DIRECTOR LIKE YOU WERE AT THE UNIVERSITY
```

10:31AM  1     OF PITTSBURGH AND AT THERANOS, ARE THERE SPECIFIC CREDENTIALS

10:31AM  2     OR QUALIFICATIONS THAT ONE HAS TO HAVE?

10:31AM  3     A.   YES.  THERE'S TWO PATHS TO BE A LAB DIRECTOR.

10:31AM  4          FOR A HIGH COMPLEXITY LABORATORY, YOU EITHER HAVE TO BE AN

10:31AM  5     M.D. OR A PH.D., AND I BELIEVE YOU HAVE TO HAVE AT LEAST TWO

10:31AM  6     YEARS OF EXPERIENCE WORKING IN A HIGH COMPLEXITY LAB.

10:31AM  7          FOR A PH.D., YOU HAVE TO BE SPECIALTY BOARDED BY A BOARD

10:31AM  8     THAT IS RECOGNIZED BY CMS.

10:31AM  9     Q.   OKAY.  AND WHAT ABOUT THE RESPONSIBILITIES OF A LAB

10:31AM  10    DIRECTOR?  FOR EXAMPLE, DOES A LAB DIRECTOR HAVE ANY ROLE IN

10:32AM  11    CONNECTION WITH MONITORING THE ACCURACY AND RELIABILITY OF THE

10:32AM  12    LAB TESTS?

10:32AM  13    A.   YES, ABSOLUTELY.

10:32AM  14    Q.   AND IN THAT ROLE, DOES A LAB DIRECTOR CONCERN HIM OR

10:32AM  15    HERSELF WITH ACCURACY AND PRECISION?

10:32AM  16    A.   YES.

10:32AM  17    Q.   AS YOU UNDERSTOOD IT, AS LAB DIRECTOR AT THERANOS, CAN YOU

10:32AM  18    JUST EXPLAIN THE DIFFERENCE BETWEEN THOSE TWO, STARTING WITH

10:32AM  19    ACCURACY.

10:32AM  20         WHAT IS ACCURACY IN THIS CONTEXT?

10:32AM  21    A.   ACCURACY IS FORMALLY DEFINED AS THE CLOSENESS OF A

10:32AM  22    LABORATORY RESULT TO THE TRUE RESULT.

10:32AM  23         PRECISION WAS THE OTHER ONE?

10:32AM  24    Q.   PRECISION WAS THE OTHER ONE.

10:32AM  25         LET ME ASK YOU ONE QUESTION ABOUT ACCURACY, THOUGH.

ROSENDORFF DIRECT BY MR. BOSTIC                           3241

10:32AM   1        IS ACCURACY IMPORTANT IN CLINICAL LAB TESTING?  AND IF SO,

10:32AM   2   WHY?

10:32AM   3   A.   IT'S CRITICAL BECAUSE HEALTH CARE PROVIDERS RELY ON

10:32AM   4   ACCURATE LABORATORY RESULTS TO MAKE MEDICAL DECISIONS.

10:33AM   5   Q.   WE'LL GET INTO MORE DETAIL ON THIS LATER, BUT FOR NOW I

10:33AM   6   WANT TO ASK YOU, DURING YOUR TIME AS LABORATORY DIRECTOR AT

10:33AM   7   THERANOS, DID YOU SEE PROBLEMS WITH THE ACCURACY OF THE

10:33AM   8   THERANOS BLOOD TESTS?

10:33AM   9   A.   YES, I DID.

10:33AM  10   Q.   WE WERE TALKING ABOUT PRECISION ALSO.

10:33AM  11        CAN YOU EXPLAIN WHAT THAT IS AND HOW IT'S DIFFERENT FROM

10:33AM  12   ACCURACY?

10:33AM  13   A.   PRECISION IS A PROPERTY OF A LAB TEST WHERE YOU GET -- YOU

10:33AM  14   DO REPEAT TESTING ON ONE SAMPLE, AND YOU LOOK TO SEE HOW CLOSE

10:33AM  15   THE RESULTS ARE TO EACH OTHER, AND IT REALLY GOES TO THE

10:33AM  16   RELIABILITY OF AN ASSAY.

10:33AM  17        THE PRECISION IS MEASURED BY A VARIABLE CALLED THE CV, OR

10:33AM  18   A COEFFICIENT OF VARIABILITY.  THE LOWER THE CV, THE MORE

10:33AM  19   PRECISE THE ASSAY IS; IN OTHER WORDS, THE MORE REPRODUCIBLE IT

10:34AM  20   IS.  SO PRECISION AND REPRODUCIBILITY ARE THE SAME CONCEPT.

10:34AM  21   Q.   AND WHEN IT COMES TO PRECISION OR REPRODUCIBILITY, YOU

10:34AM  22   TALKED ABOUT THAT CV MEASURE.  IS THAT JUST A POINT OF PRIDE

10:34AM  23   FOR LABS, OR DOES THAT MATTER FOR CLINICAL PATIENT TESTING?

10:34AM  24   A.   NO, IT ABSOLUTELY MATTERS, BECAUSE IF YOU -- THE TOTAL

10:34AM  25   ERROR OF A LABORATORY TEST IS THE SUM OF PRECISION AND

ROSENDORFF DIRECT BY MR. BOSTIC                                    3242

10:34AM   1    ACCURACY, AND SO IF A TEST HAS POOR PRECISION, IT WILL INCREASE

10:34AM   2    THE TOTAL ERROR, THE TOTAL ALLOWABLE ERROR, AND CMS ACTUALLY

10:34AM   3    HAS GUIDELINES AS TO WHAT THE TOTAL ALLOWABLE ERROR IS FOR A

10:34AM   4    NUMBER OF ANALYTES.

10:34AM   5    Q.   AND I'LL ASK YOU THE SAME QUESTION THAT I DID FOR

10:34AM   6    ACCURACY, WHICH IS, DURING YOUR TIME AS LABORATORY DIRECTOR AT

10:34AM   7    THERANOS, DID YOU SEE PROBLEMS WITH THE PRECISION OF THE

10:34AM   8    THERANOS TESTS?

10:34AM   9    A.   I DID, YES, ABSOLUTELY.

10:34AM  10    Q.   DOES THE ROLE OF LAB DIRECTOR, IN YOUR EXPERIENCE, INCLUDE

10:35AM  11    RESPONSIBILITY FOR COMMUNICATIONS WITH DOCTORS AND PATIENTS AS

10:35AM  12    WELL?

10:35AM  13    A.   YES, IT DOES.

10:35AM  14    Q.   AND DID YOU DO THAT BOTH AT THERANOS AND UNIVERSITY OF

10:35AM  15    PITTSBURGH?

10:35AM  16    A.   YES.

10:35AM  17    Q.   AND HOW ABOUT RESEARCHING AND DEVELOPING ASSAYS FOR THE

10:35AM  18    LAB TO RUN?  DOES THE LAB DIRECTOR PARTICIPATE IN THAT?

10:35AM  19    A.   HE OR SHE DOES.  IT DEPENDS ON THE LABORATORY.  AT

10:35AM  20    PITTSBURGH BY AND LARGE WE USED FDA APPROVED METHODS.  THERE

10:35AM  21    WERE A COUPLE OF LABORATORY DEVELOPED TESTS IN BIOCHEMICAL

10:35AM  22    GENETICS THAT WERE UP AND RUNNING, BUT THERE WAS NO NEW TEST

10:35AM  23    DEVELOPMENT REALLY WHILE I WAS THERE, SO I WASN'T INVOLVED IN

10:35AM  24    THE R&D AND TEST DEVELOPMENT PROCESS.

10:35AM  25          AT THERANOS I WAS INVOLVED IN THE TEST DEVELOPMENT

10:35AM  1    PROCESS.

10:35AM  2    Q.   AND GENERALLY, WHAT WAS YOUR INVOLVEMENT IN THE ASSAY

10:36AM  3    DEVELOPMENT PROCESS AT THERANOS?

10:36AM  4    A.   UM, I HAD TO BASICALLY APPROVE THE TOLERANCES FOR

10:36AM  5    VALIDATION, WHAT CV'S WOULD BE ACCEPTABLE, WHAT ACCURACY WOULD

10:36AM  6    BE ACCEPTABLE, AND GENERALLY TO LOOK OVER THE METHODOLOGY FOR

10:36AM  7    THE VALIDATION.

10:36AM  8    Q.   AND YOU USED A TERM, "VALIDATION."

10:36AM  9         WHAT IS TEST VALIDATION IN THIS CONTEXT?

10:36AM 10    A.   VALIDATION IS REALLY A SERIES OF PROCEDURE IN THE R&D LAB

10:36AM 11    WHERE YOU'RE TESTING THE TEST ITSELF FOR -- YOU'RE DETERMINING

10:36AM 12    THAT IT MEETS THE CMS CRITERIA FOR A LABORATORY DEVELOPED TEST,

10:36AM 13    AND THERE ARE A NUMBER OF CRITERIA THERE, NOT JUST ACCURACY AND

10:36AM 14    PRECISION.

10:36AM 15         YOU'RE MAKING SURE THAT THE TEST IS APPROPRIATE FOR

10:36AM 16    PATIENT USE BEFORE A SINGLE PATIENT GETS TESTED.

10:37AM 17    Q.   AND THAT VALIDATION STEP, IF AN ASSAY IS VALIDATED AND

10:37AM 18    THEN USED ON PATIENTS, IS THERE ANY NEED TO CONTINUE TO MONITOR

10:37AM 19    THE PERFORMANCE AND THE RELIABILITY OF THAT ASSAY GOING

10:37AM 20    FORWARD?

10:37AM 21    A.   YES, ABSOLUTELY.  VALIDATIONS ARE DONE UNDER IDEAL

10:37AM 22    CONDITIONS AND GENERALLY DO NOT TAKE INTO ACCOUNT PREANALYTIC

10:37AM 23    FACTORS SUCH AS SPECIMEN COLLECTION OR TRANSPORTATION.

10:37AM 24         VALIDATIONS ARE RUN BY R&D SCIENTISTS FOR THE MOST PART

10:37AM 25    WHO DO NOT HAVE ANY PROFESSIONAL RESPONSIBILITY TO REPRESENT

10:37AM  1      DATA ACCURATELY IN THE VALIDATION.

10:37AM  2          SO IT'S ESSENTIAL THAT AFTER THE VALIDATION YOU PERFORM

10:37AM  3      QUALITY CONTROL PROFICIENCY TESTING, YOU KEEP AN EYE OUT FOR

10:37AM  4      WHAT THE DATA IS TELLING YOU, FOR WHAT CLINICIANS ARE TELLING

10:38AM  5      YOU ABOUT DISCREPANCIES, THINGS THAT DON'T MAKE SENSE.

10:38AM  6      Q.   THINKING ABOUT YOUR PREVIOUS EXPERIENCE WITH BLOOD TESTING

10:38AM  7      AT THE UNIVERSITY OF PITTSBURGH, CAN YOU GIVE US A SUMMARY OF

10:38AM  8      THE KINDS OF BLOOD ANALYZERS THAT YOU CAME FAMILIAR WITH IN

10:38AM  9      THAT ROLE?

10:38AM  10     A.   AT THE UNIVERSITY OF PITTSBURGH WE HAD BECKMAN

10:38AM  11     INSTRUMENTS, I BELIEVE DXC 1600, SOMETHING LIKE THAT, BOTH FOR

10:38AM  12     THE GENERAL CHEMISTRY AND THE IMMUNO ANALYZERS.

10:38AM  13     Q.   AND WERE THOSE COMMERCIALLY AVAILABLE, THAT IS, PURCHASED

10:38AM  14     FROM A THIRD PARTY COMPANY?

10:38AM  15     A.   YES.

10:38AM  16     Q.   DID THE LAB AT THE UNIVERSITY OF PITTSBURGH MAKE ANY

10:38AM  17     CHANGES OR MODIFICATIONS TO THE BLOOD TESTS RUN ON THOSE

10:38AM  18     DEVICES?

10:38AM  19     A.   NO, THEY DID NOT.

10:38AM  20     Q.   HOW ABOUT AT THE UNIVERSITY OF PITTSBURGH, CAN YOU

10:38AM  21     ESTIMATE APPROXIMATELY HOW MANY BLOOD TESTS THE LAB DID DURING

10:39AM  22     YOUR TIME AS LABORATORY DIRECTOR?  AND IF IT'S EASIER TO

10:39AM  23     ESTIMATE ON A YEARLY BASIS, YOU CAN DO THAT.

10:39AM  24     A.   IT WAS OVER A MILLION TESTS A YEAR.

10:39AM  25     Q.   AND WHEN YOU WERE AT UNIVERSITY OF PITTSBURGH, WERE YOU

10:39AM   1      INVOLVED IN THE CONDUCTING OF PROFICIENCY TESTING FOR THOSE

10:39AM   2      TESTS?

10:39AM   3      A.   I SIGNED OFF ON THE PROFICIENCY TESTING, YES.

10:39AM   4      Q.   HOW ABOUT QUALITY CONTROL?  WERE YOU SIMILARLY OVERSEEING

10:39AM   5      QUALITY CONTROL FOR THOSE TESTS?

10:39AM   6      A.   YES.

10:39AM   7      Q.   FROM THAT AND FROM OVERSEEING THAT LAB, DID YOU GET A

10:39AM   8      GENERAL SENSE OF HOW THOSE COMMON, COMMERCIALLY AVAILABLE

10:39AM   9      ANALYZERS PERFORMED ON BLOOD TESTS?

10:39AM  10      A.   YES.  THE RATE OF QC FAILURE WAS AT MOST 2 OR 3 PERCENT ON

10:39AM  11      A BAD DAY.

10:39AM  12           GO AHEAD, SORRY.

10:40AM  13      Q.   THANK YOU.

10:40AM  14           LET'S TALK ABOUT THERANOS SPECIFICALLY.  HOW DID YOU FIRST

10:40AM  15      LEARN ABOUT THE COMPANY?

10:40AM  16      A.   I WAS -- AS I DISCUSSED PREVIOUSLY, I HAD READ WALTER

10:40AM  17      ISAACSON'S BIOGRAPHY OF STEVE JOBS AND I GOT REALLY EXCITED

10:40AM  18      ABOUT INNOVATION IN SILICON VALLEY, AND I STARTED LOOKING

10:40AM  19      AROUND FOR JOBS WHERE -- THAT HAD A SIGNIFICANT INNOVATION

10:40AM  20      COMPONENT, AND MOST OF THOSE WERE IN SILICON VALLEY.

10:40AM  21           AND THEN I FOUND A POSITION THAT WAS BEING ADVERTISED ON

10:40AM  22      LINKEDIN AT WALTER -- NOT WALTER.  BARRY HAMORY WAS, I BELIEVE,

10:40AM  23      THE RECRUITER, AND I GOT IN TOUCH WITH HIM AND THAT'S HOW THAT

10:40AM  24      PROCESS STARTED.

10:40AM  25      Q.   AND DID YOU THEN PURSUE THE POSITION AT THERANOS?

ROSENDORFF DIRECT BY MR. BOSTIC                    3246

10:40AM  1    A.   YES.

10:40AM  2    Q.   AND DID YOU INTERVIEW FOR THAT JOB?

10:40AM  3    A.   YES.

10:40AM  4    Q.   WHAT DO YOU REMEMBER ABOUT THE INTERVIEW PROCESS?

10:40AM  5    A.   THEY FLEW ME OUT FROM PITTSBURGH.  I STAYED AT A HOTEL

10:41AM  6    PRETTY CLOSE TO THE AIRPORT.  THEY WANTED ME TO COME TO THE

10:41AM  7    OFFICE AROUND 6:00 P.M. I BELIEVE, WHICH I THOUGHT WAS UNUSUAL

10:41AM  8    THAT THEY WOULD BE HAVING AN INTERVIEW, YOU KNOW, AT 6:00 P.M.,

10:41AM  9    BUT I INTERPRETED THAT AS A SIGN OF DEDICATION OF THE FOLKS

10:41AM  10   THAT WERE THERE THAT WOULD BE WORKING SO LATE.

10:41AM  11   Q.   WITH WHOM WERE YOU INTERVIEWING?

10:41AM  12   A.   SURE.  I INTERVIEWED WITH DANIEL YOUNG, WITH

10:41AM  13   SUNNY BALWANI, AND WITH ELIZABETH HOLMES.

10:41AM  14   Q.   AND IN THOSE INTERVIEWS, DID YOU LEARN ABOUT THE

10:41AM  15   TECHNOLOGY OF THE COMPANY OR WHAT THE COMPANY WAS DOING?

10:41AM  16   A.   NO, NOTHING WAS DISCLOSED TO ME DURING THOSE INTERVIEWS.

10:41AM  17   Q.   WERE YOU EVENTUALLY OFFERED THE JOB AS LABORATORY DIRECTOR

10:41AM  18   AT THERANOS?

10:41AM  19   A.   YES.

10:41AM  20   Q.   WHAT WAS YOUR UNDERSTANDING OF THE WORK AT THE COMPANY

10:42AM  21   WHEN YOU ACCEPTED THE JOB AS LABORATORY DIRECTOR?

10:42AM  22   A.   I HAD READ SOME -- I TRIED TO OBTAIN AS MUCH INFORMATION

10:42AM  23   AS I COULD BEFORE DECIDING TO WORK THERE, AND I HAD READ A

10:42AM  24   NUMBER OF PATENTS THAT SEEMED INTERESTING TO ME INVOLVING

10:42AM  25   ANTIBODY COATED TIPS AND WIRELESS TRANSMISSION OF PATIENT DATA

ROSENDORFF DIRECT BY MR. BOSTIC

10:42AM  1    AND MICROFLUIDICS AND ALL KINDS OF PATENTS THAT SEEMED

10:42AM  2    INTERESTING.

10:42AM  3        I BELIEVED AT THE TIME THAT THEY HAD A REALLY CUTTING

10:42AM  4    EDGE, NOVEL TECHNOLOGY THAT WAS GOING TO REVOLUTIONIZE

10:42AM  5    DIAGNOSTICS.

10:42AM  6    Q.  AND AT THAT TIME, WAS YOUR UNDERSTANDING BASED ON THE

10:42AM  7    PUBLICLY AVAILABLE INFORMATION THAT YOU HAD BEEN ABLE TO FIND,

10:42AM  8    OR WAS IT BASED ON WHAT MR. BALWANI AND OTHERS HAD TOLD YOU IN

10:42AM  9    THE INTERVIEW PROCESS?

10:42AM  10   A.  IT WAS BASED ON INFORMATION THAT I GATHERED FROM THE

10:43AM  11   INTERNET AND AN INTERVIEW WITH MS. HOLMES WITH STANFORD SOON

10:43AM  12   AFTER SHE HAD STARTED THE COMPANY.

10:43AM  13   Q.  LET ME ASK YOU A COUPLE OF QUESTIONS ABOUT HOW YOU FIT

10:43AM  14   INTO THE STRUCTURE OF THE COMPANY.

10:43AM  15       FIRST OF ALL, YOUR TITLE WAS LAB DIRECTOR; IS THAT

10:43AM  16   CORRECT?

10:43AM  17   A.  CORRECT.

10:43AM  18   Q.  WAS THERE ANYONE ELSE AT THE COMPANY DURING YOUR TIME

10:43AM  19   THERE THAT HELD A SIMILAR OR EQUIVALENT LAB DIRECTOR ROLE?

10:43AM  20   A.  YES.

10:43AM  21   Q.  AND WHO WAS THAT?

10:43AM  22   A.  MARK PANDORI.

10:43AM  23   Q.  AND HOW DID YOUR JOB OR RESPONSIBILITIES RELATE TO HIS?

10:43AM  24   A.  MARK PANDORI HAD SPECIALTY KNOWLEDGE IN INFECTIOUS DISEASE

10:43AM  25   DIAGNOSTICS.  HE HAD COME FROM A PUBLIC HEALTH LABORATORY WHERE

10:43AM 1    THEY WERE DOING A LOT OF INFECTIOUS DISEASE.

10:43AM 2        AND FROM -- MY UNDERSTANDING WAS THAT MARK WAS GOING TO BE

10:44AM 3    HEADING UP THE MOLECULAR MICROBIOLOGY SECTION OF THERANOS OR

10:44AM 4    EFFORT AT THERANOS, YEAH.

10:44AM 5    Q.   AND BETWEEN YOU AND DR. PANDORI, DID ONE OF YOU OUTRANK

10:44AM 6    THE OTHER?  WERE YOU CO-EQUALS?

10:44AM 7    A.   SO -- WHOA.  I WAS THE LABORATORY OF RECORD ON THE CLIA

10:44AM 8    LICENSE, SO I BELIEVE HIS TITLE WAS CO-LABORATORY DIRECTOR, BUT

10:44AM 9    I DON'T RECALL EXACTLY.

10:44AM 10   Q.   WERE THERE OTHER POSITIONS AT THE COMPANY THAT REPORTED TO

10:44AM 11   YOU AS LABORATORY DIRECTOR?

10:44AM 12   A.   I WAS NOT TOLD WHEN I STARTED WORKING THERE WHO MY DIRECT

10:44AM 13   REPORTS WOULD BE.

10:44AM 14   Q.   THROUGH YOUR WORK AT THE COMPANY, DID YOU COME TO

10:44AM 15   UNDERSTAND WHETHER THERE WAS ANYONE ELSE REPORTING TO YOU AT

10:44AM 16   THE COMPANY.

10:44AM 17   A.   MY UNDERSTANDING WAS THAT THE SUPERVISORS WOULD REPORT TO

10:44AM 18   ME.

10:44AM 19   Q.   AND WHAT SUPERVISORS ARE WE TALKING ABOUT HERE?  I'M NOT

10:45AM 20   ASKING FOR THEIR NAMES, BUT JUST WHAT ROLE DID THEY HAVE IN THE

10:45AM 21   LAB?

10:45AM 22   A.   SO THERE WERE TWO TYPES OF SUPERVISORS, THERE WERE

10:45AM 23   TECHNICAL SUPERVISORS AND A GENERAL SUPERVISOR.

10:45AM 24       AND A TECHNICAL SUPERVISOR REALLY OVERSEES THE TECHNICAL

10:45AM 25   FUNCTIONING OF THE LAB, PROFICIENCY TESTING.

10:45AM  1        A GENERAL SUPERVISOR HAS RESPONSIBILITIES, OPERATIONAL

10:45AM  2    RESPONSIBILITIES, BUT BOTH SUPERVISORS DOCUMENT QUALITY

10:45AM  3    EXCEPTIONS OR ERRORS THAT ARE OCCURRING IN THE LAB, OR ANYTHING

10:45AM  4    THAT DOESN'T FOLLOW AN SOP, THE SUPERVISORS ARE RESPONSIBLE FOR

10:45AM  5    RECORDING THAT, AND ALSO FOR IMPLEMENTING REMEDIAL MEASURES TO

10:45AM  6    ENSURE THAT THEY DO NOT RECUR.

10:45AM  7    Q.   AND AS LABORATORY DIRECTOR, WERE YOU OVER THE STAFF IN THE

10:45AM  8    LAB WHO WERE ACTUALLY CONDUCTING THE THERANOS BLOOD TESTS?

10:45AM  9    A.   I WOULD SAY NO.  THE THERANOS PROPRIETARY BLOOD TESTING

10:46AM 10    WAS CONDUCTED IN A LABORATORY CALLED NORMANDY WHICH WAS DOWN IN

10:46AM 11    THE BASEMENT.

10:46AM 12        NISHIT DOSHI WAS THE SITE LEADER THERE ESSENTIALLY.

10:46AM 13        SUNNY BALWANI WAS VERY INVOLVED IN DIRECTING NORMANDY, AND

10:46AM 14    I DON'T FEEL THAT I WAS GIVEN THE AUTHORITY TO DIRECT WHAT WAS

10:46AM 15    GOING ON IN NORMANDY, NO.

10:46AM 16    Q.   OKAY.  UNDERSTOOD.

10:46AM 17        TECHNICALLY, THOUGH, FROM AN ORGANIZATIONAL CHART

10:46AM 18    PERSPECTIVE, WERE YOU THE LABORATORY DIRECTOR FOR THE LAB,

10:46AM 19    INCLUDING THE NORMANDY PORTION?

10:46AM 20    A.   YES.

10:46AM 21    Q.   SO WERE YOU A SUPERIOR TO THE STAFF WHO WERE RUNNING THE

10:46AM 22    TESTS IN THAT SECTION OF THE BUSINESS?

10:46AM 23    A.   YES.

10:46AM 24    Q.   OKAY.  YOU MENTIONED MR. BALWANI.

10:46AM 25        WHOM DID YOU REPORT TO WHEN YOU WERE LAB DIRECTOR AT

10:47AM 1    THERANOS?

10:47AM 2    A.   MR. BALWANI.

10:47AM 3    Q.   AND WHAT WAS HIS JOB TITLE THERE AT THE TIME, IF YOU

10:47AM 4    RECALL?

10:47AM 5    A.   PRESIDENT, CHIEF OPERATING OFFICER.

10:47AM 6    Q.   YOU MENTIONED THAT YOU OBTAINED AN M.D. DEGREE; IS THAT

10:47AM 7    CORRECT?

10:47AM 8    A.   CORRECT.

10:47AM 9    Q.   DURING YOUR TIME AS LAB DIRECTOR AT THE COMPANY, ARE YOU

10:47AM 10   AWARE OF ANY OTHER MEDICAL DOCTORS WHO WERE WORKING FULL TIME

10:47AM 11   FOR THERANOS?

10:47AM 12   A.   THE ONLY ONE I CAN THINK OF WAS BILL FRISK WHO WAS ON THE

10:47AM 13   BOARD OF DIRECTORS, BUT THAT'S NOT A FULL-TIME POSITION.

10:47AM 14        AND THEN THERE WAS DR. JAIN, I BELIEVE HER NAME WAS, WHO

10:47AM 15   WAS A CONSULTANT, WHO WAS A PHYSICIAN, TOO.  SHE CAME IN

10:47AM 16   OCCASIONALLY.

10:47AM 17   Q.   DID THERE COME A TIME IN 2013 WHEN THERANOS LAUNCHED ITS

10:47AM 18   TESTING SERVICES TO THE GENERAL PUBLIC?

10:47AM 19   A.   YES.

10:47AM 20   Q.   AND DO YOU REMEMBER APPROXIMATELY WHEN THAT WAS?

10:47AM 21   A.   IT WAS EARLY SEPTEMBER.  I BELIEVE IT WAS AROUND

10:48AM 22   SEPTEMBER 9TH.

10:48AM 23   Q.   AND DID THERANOS CONTINUE TO OFFER BLOOD TESTING SERVICES

10:48AM 24   TO THE PUBLIC THROUGHOUT THE REST OF YOUR TIME AT THE COMPANY,

10:48AM 25   THAT IS, THROUGH AT LEAST NOVEMBER OF 2014?

10:48AM   1    A.   YES.

10:48AM   2    Q.   SO AS LABORATORY DIRECTOR, LEADING UP TO THE TIME OF THAT

10:48AM   3    SEPTEMBER 2013 LAUNCH, WHAT WORK WERE YOU DOING?

10:48AM   4        AGAIN, THIS IS IN THE WEEKS LEADING UP TO THAT SEPTEMBER

10:48AM   5    LAUNCH.

10:48AM   6    A.   I WAS WORKING WITH DANIEL YOUNG COMING UP WITH CRITERIA

10:48AM   7    AND METHODOLOGY FOR THE VALIDATIONS.   I WAS MAKING SURE THAT

10:48AM   8    SOP'S WERE IN PLACE.   I WAS OVERSEEING THE SUPERVISORS, TRYING

10:48AM   9    TO GET TRAINING SQUARED AWAY.   THAT KIND OF THING.

10:48AM  10    Q.   LET'S TALK ABOUT THE DEVICES THAT WERE USED AT THERANOS

10:48AM  11    FOR BLOOD TESTING.

10:48AM  12        FIRST, ARE YOU FAMILIAR WITH AN ANALYZER CALLED THE

10:49AM  13    EDISON?

10:49AM  14    A.   YES.

10:49AM  15    Q.   AND WHAT WAS THE EDISON?

10:49AM  16    A.   THE EDISON WAS A BLACK BOX ABOUT THE SIZE OF A MACINTOSH

10:49AM  17    COMPUTER.

10:49AM  18        IN ANY EVENT, IT WAS DESIGNED FOR IMMUNOASSAYS.   THESE ARE

10:49AM  19    ASSAYS OF SMALL MOLECULES, PROTEINS, HORMONES, ET CETERA.

10:49AM  20    Q.   AND DURING YOUR TIME AS LAB DIRECTOR, DID THERANOS USE THE

10:49AM  21    EDISON TO RUN CLINICAL PATIENT SAMPLES?

10:49AM  22    A.   YES.

10:49AM  23    Q.   AND WERE THERE OTHER THERANOS MANUFACTURED ANALYZERS THAT

10:49AM  24    YOU KNEW OF BESIDES THE EDISON?

10:49AM  25    A.   I WAS TOLD THAT THERE WAS SOMETHING CALLED THE MINILAB IN

ROSENDORFF DIRECT BY MR. BOSTIC

10:49AM   1    DEVELOPMENT, AND THE 4S IN DEVELOPMENT.

10:49AM   2    Q.   AND WERE THOSE DEVICES THAT WERE IN DEVELOPMENT, AS YOU

10:49AM   3    WERE TOLD, EVER ACTUALLY USED IN THE CLINICAL LAB AT THERANOS?

10:50AM   4    A.   NOT TO MY KNOWLEDGE.

10:50AM   5    Q.   WHY NOT?

10:50AM   6    A.   I WAS TOLD BY NUMEROUS PEOPLE THAT THE 4S WAS --

10:50AM   7              MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  THIS IS A

10:50AM   8    HEARSAY ANSWER.

10:50AM   9              THE COURT:  SUSTAINED.

10:50AM   10   BY MR. BOSTIC:

10:50AM   11   Q.   DID MR. BALWANI EVER MAKE ANY STATEMENTS TO YOU ABOUT

10:50AM   12   WHETHER THOSE NEXT GENERATION DEVICES WOULD BE USED FOR

10:50AM   13   CLINICAL PATIENT TESTING?

10:50AM   14   A.   YES, HE DID.

10:50AM   15   Q.   WHAT DID HE SAY TO YOU ABOUT THAT?

10:50AM   16   A.   IT WAS AROUND THE SUMMER OF 2013, I WAS SITTING IN HIS

10:50AM   17   OFFICE WITH KERRY ELENITOBA.  WHO IS A SUPERVISOR, AND SUNNY

10:50AM   18   SAID THAT THERE WOULD BE A WHOLE ROOM FILLED WITH MINILABS

10:50AM   19   RUNNING TESTING DAY IN AND DAY OUT; THAT THE TECHNOLOGY WAS

10:50AM   20   SUPERIOR TO THE FDA APPROVED TESTS.

10:51AM   21   Q.   AND THAT DEVICE THAT MR. BALWANI TOLD YOU WOULD BE RUNNING

10:51AM   22   THOSE TESTS, DID THAT EVER COME TO HAPPEN?  WAS THAT DEVICE

10:51AM   23   EVER USED IN A ROOM THAT WAY FOR RUNNING PATIENT TESTS?

10:51AM   24   A.   NO, IT DID NOT.

10:51AM   25   Q.   YOU MENTIONED THAT YOU WERE INVOLVED IN THE VALIDATION

10:51AM  1    WORK FOR THE THERANOS DERIVED TESTS; IS THAT RIGHT?

10:51AM  2    A.   YES.

10:51AM  3    Q.   AND DID YOU EVER GET ANY VALIDATION SUBMISSIONS FOR THOSE

10:51AM  4    NEXT GENERATION DEVICES?

10:51AM  5    A.   NO, I DID NOT.

10:51AM  6    Q.   DID YOU EVER SEE ONE OF THOSE NEXT GENERATION DEVICES IN

10:51AM  7    PERSON AS FAR AS YOU REMEMBER?

10:51AM  8    A.   NO, I DID NOT.

10:51AM  9    Q.   SO WE'VE COVERED THE IN-HOUSE THERANOS MADE ANALYZERS;

10:51AM 10    CORRECT?

10:51AM 11         DID THERANOS ALSO USE ANALYZERS THAT WERE MADE BY THIRD

10:51AM 12    PARTIES, BY OTHER COMPANIES?

10:51AM 13    A.   YES.

10:51AM 14    Q.   DID THERANOS USE SOME OF THOSE DEVICES FOR FINGERSTICK

10:52AM 15    TESTING?

10:52AM 16    A.   YES.

10:52AM 17    Q.   OKAY.  CAN YOU TELL US ABOUT THAT CATEGORY OF DEVICES?

10:52AM 18    A.   THE CLINICAL CHEMISTRY TESTS RUN ON THE FINGERSTICK WERE

10:52AM 19    RUN ON THE SIEMENS ADVIA INSTRUMENTS THAT HAD BEEN MODIFIED TO

10:52AM 20    RUN SMALL FINGER DROPLETS, SMALL SAMPLES.  IT INVOLVED DILUTION

10:52AM 21    OF THE FINGERSTICK PLASMA OR SERUM AND VARIOUS HARDWARE

10:52AM 22    MODIFICATIONS TO THE EDISON -- I'M SORRY, TO THE SIEMENS

10:52AM 23    INSTRUMENT AND MODIFICATIONS TO THE SOFTWARE AND THE WAY THE

10:52AM 24    INSTRUMENT OPERATED.

10:52AM 25         I WON'T GET INTO THE TECHNICAL DETAILS OF THAT.

| | | |
|---|---|---|
| 10:52AM | 1 | Q.   THAT PRACTICE OF USING MODIFIED THIRD PARTY DEVICES FOR |
| 10:52AM | 2 | TESTS -- WELL, LET ME ASK, WAS THAT USED FOR ACTUAL PATIENT |
| 10:52AM | 3 | TESTING AT THERANOS? |
| 10:52AM | 4 | A.   YES, IT WAS. |
| 10:52AM | 5 | Q.   AND WHEN DID THAT PRACTICE START, IF YOU REMEMBER? |
| 10:52AM | 6 | A.   I RECALL AT THE TIME OF THE LAUNCH. |
| 10:53AM | 7 | Q.   DID YOU HAVE ANY CONVERSATIONS WITH MR. BALWANI AS TO WHY |
| 10:53AM | 8 | THE COMPANY WAS USING MODIFIED THIRD PARTY DEVICES FOR PATIENT |
| 10:53AM | 9 | TESTING? |
| 10:53AM | 10 | A.   NO, I DID NOT. |
| 10:53AM | 11 | Q.   DID YOU EVER GET AN EXPLANATION FROM HIM AS TO WHY THAT |
| 10:53AM | 12 | WAS HAPPENING? |
| 10:53AM | 13 | A.   NO, I DID NOT. |
| 10:53AM | 14 | Q.   DO YOU KNOW WHETHER MS. HOLMES AND MR. BALWANI APPROVED |
| 10:53AM | 15 | THE COMPANY'S USE OF THIRD PARTY DEVICES? |
| 10:53AM | 16 | A.   YES, THEY DID. |
| 10:53AM | 17 | Q.   AND WAS THE COMPANY'S USE OF MODIFIED THIRD PARTY DEVICES |
| 10:53AM | 18 | SOMETHING THAT WAS PUBLIC?  SOMETHING THAT COULD BE SHARED |
| 10:53AM | 19 | OUTSIDE OF THE COMPANY?  OR WAS IT KEPT SECRET WITHIN THE |
| 10:53AM | 20 | COMPANY? |
| 10:53AM | 21 | A.   NO.  IT WAS SUBJECT TO STRICT SECRECY.  EVEN THE SIEMENS |
| 10:53AM | 22 | TECHNICAL REPS WHO WOULD COME IN TO SERVICE THE INSTRUMENTS |
| 10:53AM | 23 | WERE NOT ALLOWED TO SEE ANY EVIDENCE OF MODIFICATION. |
| 10:54AM | 24 | Q.   DID THE COMPANY ALSO USE UNMODIFIED THIRD PARTY DEVICES |
| 10:54AM | 25 | FOR PATIENT TESTING? |

10:54AM  1    A.   YES.

10:54AM  2    Q.   AND WHEN DID THAT START, IF YOU REMEMBER?

10:54AM  3    A.   WHEN I STARTED IN THE LAB, THERANOS WAS DOING TESTING FOR

10:54AM  4    SAFEWAY EMPLOYEES.  I BELIEVE IT WAS VENOUS BLOOD ONLY RUN ON

10:54AM  5    THE SIEMENS INSTRUMENT UNMODIFIED, AND THE IMMULITE, SIEMENS

10:54AM  6    IMMULITE UNMODIFIED.

10:54AM  7    Q.   AND DID THAT TESTING FOR SAFEWAY HAPPEN BEFORE THE

10:54AM  8    COMMERCIAL LAUNCH IN SEPTEMBER OF 2013?

10:54AM  9    A.   YES.

10:54AM  10   Q.   DID THAT TESTING FOR SAFEWAY INVOLVE ANY THERANOS SPECIFIC

10:54AM  11   TESTING ANALYZERS?

10:54AM  12   A.   NO.

10:54AM  13   Q.   DID IT INVOLVE ANY EVEN THERANOS MODIFIED THIRD PARTY

10:54AM  14   ANALYZERS?

10:54AM  15   A.   NO.

10:54AM  16   Q.   DID YOU HAVE ANY CONVERSATIONS WITH MR. BALWANI ABOUT WHY

10:55AM  17   THE COMPANY WAS USING UNMODIFIED THIRD PARTY DEVICES FOR

10:55AM  18   PATIENT TESTING?

10:55AM  19   A.   NO, I DID NOT.

10:55AM  20   Q.   WAS THERANOS ABLE TO RUN ALL OF THE TESTS THAT IT WAS

10:55AM  21   OFFERING SOLELY USING THE EDISON?

10:55AM  22   A.   NO.

10:55AM  23   Q.   WAS THERANOS ABLE TO RUN ALL OF THE TESTS THAT IT WAS

10:55AM  24   OFFERING JUST USING THE EDISON AND THE MODIFIED THIRD PARTY

10:55AM  25   DEVICES?

10:55AM    1    A.   NO.  NO.

10:55AM    2         I CAN EXPLAIN FURTHER, BUT NO.

10:55AM    3    Q.   PLEASE DO.

10:55AM    4    A.   OKAY.  ON -- FREQUENTLY IF TESTS WERE NOT OFFERED BY

10:55AM    5    THERANOS, VENOUS BLOOD WOULD HAVE TO BE DRAWN.  THOSE WOULD BE

10:55AM    6    RUN ON UNMODIFIED FDA APPROVED DEVICES.

10:55AM    7         THERE WERE ALSO SMALLER DEVICES SUCH AS A BLOOD LEAD

10:56AM    8    ANALYZER AND A RUBY -- ABBOTT RUBY HEMATOLOGY ANALYZER THAT WAS

10:56AM    9    USED FOR CBC'S THAT WOULD BE DONE UNMODIFIED.

10:56AM   10    Q.   SO ARE WE TALKING ABOUT OTHER THIRD PARTY ANALYZERS,

10:56AM   11    NON-THERANOS DEVICES, BUT SMALLER THAN THE BIG ONES THAT WE

10:56AM   12    HAVE BEEN TALKING ABOUT?

10:56AM   13    A.   THE ABBOTT INSTRUMENT WAS PRETTY BIG.  IT'S PROBABLY ABOUT

10:56AM   14    THE SAME, MAYBE A LITTLE SMALLER THAN THE SIEMENS ONE.

10:56AM   15    Q.   LEADING UP TO THE COMMERCIAL LAUNCH IN SEPTEMBER OF 2013,

10:56AM   16    TELL US ABOUT THE PACE OF THINGS.

10:56AM   17         WERE THINGS MOVING QUICKLY?  SLOWLY?  WHAT DO YOU REMEMBER

10:56AM   18    ABOUT THAT?

10:56AM   19    A.   IT WAS EXTREMELY RUSHED AND HURRIED.  THERE WAS IMMENSE

10:57AM   20    PRESSURE PUT ON R&D AND THE LAB TECHS AND MYSELF TO GET THINGS

10:57AM   21    VALIDATED AND GENERATE DATA.  THE ADVIA'S WERE RUNNING 24 HOURS

10:57AM   22    A DAY.  THE R&D STAFF WAS EXHAUSTED.

10:57AM   23    Q.   AND WHAT TIME PERIOD ARE WE TALKING ABOUT HERE?  FOR HOW

10:57AM   24    LONG DID YOU FEEL THAT PRESSURE AND DID YOU FEEL LIKE THINGS

10:57AM   25    WERE BEING RUSHED?

10:57AM 1      A.   FOR ABOUT TWO TO THREE MONTHS BEFORE THE LAUNCH.

10:57AM 2      Q.   AND YOU MENTIONED PRESSURE.

10:57AM 3          WHO WAS IMPOSING THAT PRESSURE?  WHERE DID IT COME FROM AT

10:57AM 4      THE COMPANY?

10:57AM 5      A.   MR. BALWANI.

10:57AM 6      Q.   AND YOU MENTIONED PRESSURE FROM MR. BALWANI TO THE R&D

10:57AM 7      GROUP.

10:57AM 8          WHAT WAS MR. BALWANI'S CONNECTION TO THE R&D GROUP, IF

10:57AM 9      THERE WAS ONE?

10:57AM 10     A.   MR. BALWANI WAS REALLY INVOLVED IN OPERATIONS AT ALL

10:58AM 11     LEVELS, BOTH THE CLIA LAB AND R&D.  HE WORKED CLOSELY WITH

10:58AM 12     DANIEL YOUNG IN R&D AND OTHERS.  HE CONTROLLED WHO COULD GO

10:58AM 13     FROM LDT TO THE CLIA LAB, WHO HAD KEY CARD ACCESS, WHERE

10:58AM 14     RESOURCES WERE ASSIGNED, ET CETERA.

10:58AM 15     Q.   HOW ABOUT WHEN IT CAME TO THE CLINICAL LAB?  WAS

10:58AM 16     MR. BALWANI INVOLVED IN THE OPERATIONS OF THE CLINICAL LAB?

10:58AM 17     A.   YES, HE WAS.

10:58AM 18     Q.   HOW SO?

10:58AM 19     A.   HE MADE A NUMBER OF SPUR-OF-THE MOMENT DECISIONS TO FIRE

10:58AM 20     VARIOUS PEOPLE THAT -- WITHOUT CONSULTING ME AS THE LABORATORY

10:58AM 21     DIRECTOR.

10:58AM 22         HE WOULD PUT PEOPLE ON TO WORKING ON THE EDISONS VERSUS

10:58AM 23     WORKING ON R&D.

10:59AM 24         HE KEPT AN EYE ON INVENTORY.  I REMEMBER THERE WAS A HUGE

10:59AM 25     STINK ABOUT INVENTORY THAT RESULTED IN A CLS BEING FIRED.

10:59AM   1          BUT HE WAS INVOLVED ON A DAILY BASIS ON LABORATORY

10:59AM   2   OPERATIONS, YES.

10:59AM   3          MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

10:59AM   4          THE COURT:  YES.

10:59AM   5          MR. BOSTIC:  (HANDING.)

10:59AM   6          THE WITNESS:  THANK YOU.

10:59AM   7          MR. BOSTIC:  (HANDING.)

10:59AM   8   Q.   DR. ROSENDORFF, I'VE HANDED YOU A BINDER OF DOCUMENTS, AND

10:59AM   9   I'LL ASK YOU TO TURN TO TAB 3231, PLEASE.

10:59AM  10       LET ME KNOW WHEN YOU'RE THERE.

11:00AM  11   A.   I HAVE IT.

11:00AM  12   Q.   OKAY.  AND IS 3231 AN EMAIL BETWEEN YOU AND OTHER

11:00AM  13   INDIVIDUALS AT THERANOS FROM AUGUST 2013?

11:00AM  14   A.   I SEE IT'S FROM NICHOLAS HAASE TO A NUMBER OF INDIVIDUALS.

11:00AM  15       AT LEAST LOOKING AT THE FIRST EMAIL, I'M CC'D ON IT.

11:00AM  16   Q.   OKAY.  AND, GENERALLY SPEAKING, DOES THIS EMAIL DISCUSS

11:00AM  17   THE STATUS OF ASSAY VALIDATION LEADING UP TO THE LAUNCH?

11:00AM  18   A.   YES.

11:00AM  19          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 3231.

11:00AM  20          MR. COOPERSMITH:  802, YOUR HONOR.  OBJECTION.

11:00AM  21          MR. BOSTIC:  MAY I LAY A FOUNDATION?

11:00AM  22          THE COURT:  YES.

11:00AM  23   BY MR. BOSTIC:

11:00AM  24   Q.   DR. ROSENDORFF, AROUND THIS TIME PERIOD, LET ME ASK YOU,

11:00AM  25   LOOKING AT THE NAMES ON THESE EMAILS, ARE YOU FAMILIAR WITH THE

11:01AM  1      NAMES ON THESE EMAILS?

11:01AM  2      A.   YES, I'M GENERALLY FAMILIAR WITH ALL OF THEM.

11:01AM  3      Q.   AND, GENERALLY SPEAKING, WERE THESE INDIVIDUALS INVOLVED

11:01AM  4      IN THE ASSAY VALIDATION WORK LEADING UP TO THE COMMERCIAL

11:01AM  5      LAUNCH?

11:01AM  6      A.   YES.

11:01AM  7      Q.   AND AROUND THAT TIME PERIOD, DID YOU AND OTHERS AT

11:01AM  8      THERANOS COMMUNICATE BY EMAIL ABOUT THE STATUS OF THINGS WHEN

11:01AM  9      IT CAME TO ASSAY VALIDATION?

11:01AM  10     A.   YES.

11:01AM  11     Q.   AND WERE THOSE EMAILS USED TO KEEP TRACK OF AND COORDINATE

11:01AM  12     THAT PROCESS OF VALIDATION?

11:01AM  13     A.   YES.

11:01AM  14     Q.   IN SENDING THOSE EMAILS, WAS IT IMPORTANT FOR THE SENDERS

11:01AM  15     TO BE ACCURATE IN THE DETAILS THAT THEY INCLUDED?

11:01AM  16     A.   YES, ESSENTIAL.

11:01AM  17     Q.   AND WERE EMAILS LIKE THESE PRESERVED BY THE COMPANY SO

11:01AM  18     THAT THEY COULD BE REFERENCED LATER IF SOMEONE NEEDED TO?

11:01AM  19     A.   TO MY KNOWLEDGE, YES.

11:01AM  20          MR. BOSTIC:  YOUR HONOR, WE OFFER 3231 AS A BUSINESS

11:01AM  21     RECORD.

11:01AM  22          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:02AM  23     (GOVERNMENT'S EXHIBIT 3231 WAS RECEIVED IN EVIDENCE.)

11:02AM  24     BY MR. BOSTIC:

11:02AM  25     Q.   LET'S START ON THE SECOND PAGE AND TOP EMAIL.

11:02AM  1        DO YOU SEE THIS IS A MESSAGE FROM MS. HOLMES ON

11:02AM  2   AUGUST 31ST?

11:02AM  3        CAN YOU REMIND US HOW FAR OUT THAT WAS FROM THE EVENTUAL

11:02AM  4   COMMERCIAL LAUNCH OF THE TESTING?

11:02AM  5   A.   NINE DAYS, I BELIEVE.

11:02AM  6   Q.   OKAY.  NINE DAYS BEFORE THE LAUNCH, MS. HOLMES SENDS AN

11:02AM  7   EMAIL TO SEVERAL INDIVIDUALS AT THERANOS, CC'ING MR. BALWANI.

11:02AM  8        DO YOU SEE THAT?

11:02AM  9   A.   YES, I DO.

11:02AM 10   Q.   AND SHE SAYS, "LET ME KNOW TOTAL NUMBER OF GC MICRO-SAMPLE

11:02AM 11   ASSAYS THAT HAVE COMPLETED VALIDATION AS OF TOMORROW (ADVIA AND

11:02AM 12   OTHER PLATFORMS)."

11:02AM 13        DO YOU SEE THAT?

11:02AM 14   A.   YES, I DO.

11:02AM 15   Q.   AND SHE SAYS "GC-MICRO SAMPLE ASSAYS."  WHAT DOES THAT

11:02AM 16   REFER TO?

11:02AM 17   A.   GC IS SHORT FOR GENERAL CHEMISTRY, AND MICRO-SAMPLES ARE

11:03AM 18   FINGERSTICK AND THOSE WOULD BE RUN ON THE MODIFIED SIEMENS

11:03AM 19   INSTRUMENT.

11:03AM 20   Q.   AND WHAT KINDS OF TESTS ARE INCLUDED IN GENERAL CHEMISTRY?

11:03AM 21   CAN YOU GIVE US EXAMPLES OF THE MOST COMMON ONE?

11:03AM 22   A.   COMPLETE METABOLIC PANEL, WHICH IS VERY, VERY COMMONLY

11:03AM 23   ORDERED IN MEDICAL SETTINGS.

11:03AM 24   Q.   DID YOU SAY COMPLETE METABOLIC PANEL?

11:03AM 25   A.   YEAH, COMPLETE METABOLIC PANEL, OR BASIC METABOLIC PANEL.

11:03AM  1        I DON'T RECALL THE ANALYTES ON EACH OF THOSE PANELS, BUT

11:03AM  2    REALLY BREAD AND BUTTER THINGS LIKE SODIUM, POTASSIUM,

11:03AM  3    CHLORIDE, GLUCOSE, BICARBONATE.

11:03AM  4    Q.   THANK YOU.  LET'S LOOK AT PAGE 1 OF THIS EMAIL, SO MOVING

11:03AM  5    FORWARD IN TIME, TO SEE THE RESPONSE.

11:03AM  6        LET'S ZOOM IN ON THE MESSAGE FROM ROSE EDMONDS.

11:04AM  7        DO YOU SEE ON THE BOTTOM IT INDICATES THAT ROSE EDMONDS

11:04AM  8    WAS A DEVELOPMENT SCIENTIST AT THERANOS?

11:04AM  9    A.   YES.

11:04AM  10   Q.   AND SHE WRITES BACK TO MS. HOLMES'S QUESTIONS AND SHE

11:04AM  11   SAYS, "AS OF RIGHT NOW, NONE OF OUR ASSAYS ARE COMPLETELY

11:04AM  12   THROUGH VALIDATION INCLUDING CLINICAL SAMPLE TESTING WITH

11:04AM  13   FINGERSTICK."

11:04AM  14       DO YOU SEE THAT?

11:04AM  15   A.   YES.

11:04AM  16   Q.   AND WHAT DID THAT MEAN IN TERMS OF THE READINESS OF THOSE

11:04AM  17   TESTS TO BE USED ON PATIENTS?

11:04AM  18   A.   IT'S A FAIRLY DIRE SITUATION, I WOULD SAY.  IT'S NINE DAYS

11:04AM  19   BEFORE THE LAUNCH AND NONE OF THE ASSAYS INTENDED FOR THE

11:04AM  20   LAUNCH ARE THROUGH VALIDATION.  THAT DOESN'T REALLY ALLOW MUCH

11:04AM  21   TIME FOR TROUBLESHOOTING OR FINE TUNING.

11:04AM  22   Q.   COULD THESE ASSAYS HAVE BEEN USED ON PATIENTS WITHOUT THE

11:04AM  23   DEVELOPMENT PROCESS IN YOUR VIEW?

11:05AM  24   A.   NO.

11:05AM  25   Q.   THE DATE SET FOR THE LAUNCH, WAS THAT SET BY YOU AS

11:05AM  1    LABORATORY DIRECTOR?

11:05AM  2    A.    NO, IT WAS NOT.

11:05AM  3    Q.    WHO SET THE LAUNCH DATE AT THERANOS, IF YOU KNOW?

11:05AM  4    A.    ELIZABETH AND SUNNY.

11:05AM  5    Q.    IF YOU HAD SET THAT TIMETABLE AND THE LAUNCH DATE, WOULD

11:05AM  6    YOU HAVE ALLOWED ADDITIONAL TIME FOR ASSAY VALIDATION?

11:05AM  7    A.    ABSOLUTELY.

11:05AM  8    Q.    GENERALLY SPEAKING, HOW WERE YOU FEELING ABOUT THE

11:05AM  9    COMPANY'S READINESS FOR A COMMERCIAL LAUNCH IN SEPTEMBER OF

11:05AM 10    2013?

11:05AM 11    A.    I WAS UNEASY.

11:05AM 12    Q.    AND WHAT WAS MAKING YOU UNEASY AT THAT TIME?

11:05AM 13    A.    I FELT LIKE R&D WAS BEING PRESSURED TO PRODUCE DATA THAT

11:05AM 14    INDICATED A CERTAIN RESULT.

11:05AM 15         I WASN'T ENTIRELY SURE IF I SHOULD TRUST WHAT I WAS

11:06AM 16    LOOKING AT, BUT I DECIDED TO TRUST.

11:06AM 17         NONE OF THE TESTING REALLY TOOK INTO ACCOUNT THE

11:06AM 18    PREANALYTIC FACTORS THAT I MENTIONED EARLIER IN MY TESTIMONY,

11:06AM 19    THINGS THAT COULD HAPPEN DURING COLLECTION OR WHEN SAMPLES SAT

11:06AM 20    OUT FOR A LONG TIME, SO I DIDN'T FEEL LIKE THE VALIDATION

11:06AM 21    NECESSARILY REFLECTED THE LIFE OF A SAMPLE.

11:06AM 22         AND I ALSO HAD SOME CONCERNS ABOUT USING VENOUS BLOOD FOR

11:06AM 23    THE PRECISION COMPONENT OF THE VALIDATIONS.

11:06AM 24    Q.    AND ON THAT LAST POINT, WHY DID THAT CONCERN YOU?

11:06AM 25    A.    BECAUSE WE WOULD BE COLLECTING BLOOD BY FINGERSTICK, WHICH

11:06AM    1        PROBABLY WAS MORE VARIABLE IN TERMS OF ITS COLLECTION.

11:06AM    2             AND THERE WAS A PRACTICAL PROBLEM THERE, WHICH WAS YOU

11:06AM    3        COULDN'T REALLY DO PRECISION FINGERSTICK.  YOU WOULD HAVE TO

11:07AM    4        STICK ALL OF THE FINGERS AND TOES OF A VOLUNTEER TO DO

11:07AM    5        PRECISION.

11:07AM    6        Q.   YOU TALKED ABOUT PRESSURE TO ACHIEVE CERTAIN RESULTS IN

11:07AM    7        THE VALIDATION WORK.

11:07AM    8             DO YOU RECALL THAT?

11:07AM    9        A.   YES.

11:07AM   10        Q.   AND WHERE WAS THAT PRESSURE COMING FROM AS YOU PERCEIVED

11:07AM   11        IT?

11:07AM   12        A.   FROM SUNNY AND ELIZABETH.

11:07AM   13        Q.   CAN I ASK YOU TO LOOK AT TAB 1049 IN YOUR BINDER, PLEASE.

11:07AM   14        A.   I HAVE.

11:07AM   15        Q.   AND IS 1049 AN EMAIL CHAIN INCLUDING YOU AND MR. BALWANI

11:07AM   16        RELATING TO THE COMPANY'S READINESS FOR LAUNCH?

11:07AM   17        A.   SO THE TOP ONE IS FROM SUNNY TO ELIZABETH.  IT SAYS, "RE:

11:07AM   18        CONCERNS ABOUT THE LAUNCH."

11:07AM   19        Q.   AND EARLIER IN THAT CHAIN, DO YOU SEE THAT IT BEGINS WITH

11:08AM   20        A MESSAGE FROM YOU TO MS. HOLMES AND DANIEL YOUNG?

11:08AM   21        A.   YES.

11:08AM   22             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1049.

11:08AM   23             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:08AM   24             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:08AM   25             (GOVERNMENT'S EXHIBIT 1049 WAS RECEIVED IN EVIDENCE.)

BY MR. BOSTIC:

Q.   LET'S START AT THE BOTTOM OF PAGE 1 AND LOOK AT YOUR

EMAIL.

     SO AGAIN, WE'RE AT AUGUST 29TH, 2013, AND LESS THAN

TWO WEEKS TO THE COMMERCIAL LAUNCH; RIGHT?

A.   YES.

Q.   AND YOU SAY, "HI ELIZABETH,

     "I HAVE SOME MEDICAL AND OPERATIONAL CONCERNS ABOUT OUR

READINESS FOR 9/9."

A.   YES.

Q.   AND WHAT PROMPTED YOU TO SEND THIS EMAIL TO MS. HOLMES?

A.   I DIDN'T FEEL THAT RAISING THESE ISSUES TO MR. BALWANI

WOULD HAVE HAD ANY TRACTION, OR I THOUGHT THAT RAISING THESE

ISSUES PERHAPS WOULD BE MET WITH HOSTILITY.

     AND I ALSO FELT THAT ELIZABETH, AS THE CEO OF THE COMPANY,

REALLY NEEDED TO KNOW ABOUT THESE ISSUES.

Q.   LET'S LOOK AT THE ISSUES THAT YOU RAISED.

     SO AT THE BOTTOM OF THIS PAGE UNDER GLUCOSE, YOU WRITE,

"SIGNIFICANT NEGATIVE BIAS EXISTS FOR GLUCOSE."

     WHAT DID YOU MEAN BY THAT?

A.   IT MEANS THAT THE READINGS WE ARE GETTING ON THE

FINGERSTICK ARE SYSTEMATICALLY LOWER THAN YOU WOULD GET ON

VENOUS BLOOD THAT RISES TO A LEVEL OF CLINICAL SIGNIFICANCE.

Q.   AND WHY WERE YOU CONCERNED ABOUT THAT?  WHY WAS THAT A

PROBLEM?

11:09AM  1    A.   IT'S A PROBLEM BECAUSE, FOR INSTANCE, FASTING BLOOD

11:09AM  2    GLUCOSE IS USED TO DIAGNOSE DIABETES.  THERE'S A THRESHOLD OF

11:09AM  3    126 ABOVE WHICH YOU'RE DIAGNOSED WITH DIABETES SO --

11:10AM  4            MR. COOPERSMITH:  YOUR HONOR, I'M GOING TO OBJECT

11:10AM  5    AND MOVE TO STRIKE UNDER 702.

11:10AM  6            THE COURT:  I'LL -- THE LAST PORTION OF THIS

11:10AM  7    TESTIMONY, LADIES AND GENTLEMEN, REGARDING THOSE MEASUREMENTS

11:10AM  8    IS STRICKEN.

11:10AM  9        YOU CAN LAY A FOUNDATION, IF YOU CAN.

11:10AM 10            MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.  THANK YOU.

11:10AM 11    Q.   DR. ROSENDORFF, GENERALLY SPEAKING, WHAT IS A BIAS IN THE

11:10AM 12    CONTEXT OF LABORATORY TESTING?

11:10AM 13    A.   A BIAS IS -- A BIAS IS A MEASURE OF HOW FAR A LABORATORY

11:10AM 14    TEST DEVIATES FROM THE CORRECT VALUE, FROM THE TRUE VALUE.

11:10AM 15    Q.   SO DOES THE EXISTENCE OF A BIAS IN A LABORATORY TEST HAVE

11:10AM 16    ANY EFFECT ON THE ACCURACY OR RELIABILITY OF THAT TEST?

11:10AM 17            MR. COOPERSMITH:  OBJECTION.  702.

11:10AM 18            THE COURT:  CAN YOU LAY A FOUNDATION?

11:10AM 19            MR. BOSTIC:  SURE.

11:11AM 20    Q.   DR. ROSENDORFF, IN YOUR ROLE AS LABORATORY DIRECTOR AT

11:11AM 21    THERANOS, WAS BIAS SOMETHING THAT MATTERED TO YOU?

11:11AM 22    A.   YES.

11:11AM 23    Q.   AND WHY DID BIAS MATTER TO YOU AS THERANOS LABORATORY

11:11AM 24    DIRECTOR?

11:11AM 25    A.   BIAS --

11:11AM  1          MR. COOPERSMITH:  YOUR HONOR, SAME OBJECTION.

11:11AM  2          THE COURT:  OVERRULED.

11:11AM  3       YOU CAN ANSWER THE QUESTION.

11:11AM  4          THE WITNESS:  SO AS I MENTIONED, TOTAL ALLOWABLE

11:11AM  5  ERROR IS THE SUM OF BIAS AND PRECISION.

11:11AM  6       BIAS IS ANOTHER TERM FOR ACCURACY ESSENTIALLY.  IF THERE'S

11:11AM  7  SIGNIFICANT BIAS, THERE'S PROBLEMS WITH ACCURACY.

11:11AM  8  BY MR. BOSTIC:

11:11AM  9  Q.  ALL RIGHT.  LET'S LOOK AT PAGE 2 IN YOUR EMAIL.  ZOOM IN

11:11AM 10  ON THE TOP PARAGRAPH.

11:11AM 11       AND THERE YOU NOTE A DIFFERENCE IN REFERENCE RANGE FOR THE

11:11AM 12  THERANOS CHEMISTRIES VERSUS WHAT YOU WERE SEEING ON THE SIEMENS

11:12AM 13  CHEMISTRIES.

11:12AM 14       DO YOU SEE THAT?

11:12AM 15  A.  YES.

11:12AM 16  Q.  AND CAN YOU EXPLAIN FOR US WHY THAT WAS A CAUSE FOR

11:12AM 17  CONCERN FOR YOU AT THAT TIME?

11:12AM 18          MR. COOPERSMITH:  OBJECTION.  702.

11:12AM 19          THE COURT:  OVERRULED.

11:12AM 20       YOU CAN ANSWER THE QUESTION, SIR.

11:12AM 21  BY MR. BOSTIC:

11:12AM 22  Q.  WOULD YOU LIKE THE QUESTION AGAIN, DR. ROSENDORFF?

11:12AM 23  A.  YES, PLEASE.

11:12AM 24  Q.  THE QUESTION IS, THE DIFFERENCE BETWEEN THE RANGES ON THE

11:12AM 25  THERANOS CHEMISTRIES VERSUS THE SIEMENS CHEMISTRIES, WHY DID

11:12AM  1    THAT MATTER TO YOU AS LABORATORY DIRECTOR?  WHY WERE YOU

11:12AM  2    RAISING IT TO THE CEO?

11:12AM  3    A.   REFERENCE RANGES FOR GLUCOSE ARE EXTREMELY WELL, WELL

11:12AM  4    ESTABLISHED.  SO WHATEVER METHOD IS BEING USED, THOSE REFERENCE

11:12AM  5    RANGES SHOULD CLOSELY MATCH THE PUBLISHED GLUCOSE REFERENCE

11:12AM  6    RANGES.

11:12AM  7         IF THEY ARE SIGNIFICANTLY BELOW IT, AS IS THE CASE HERE,

11:12AM  8    THAT INDICATES A PROBLEM WITH THE ASSAY.

11:13AM  9    Q.   YOU GO ON TO DISCUSS THE RECOMMENDED MAXIMUM BIAS AND THE

11:13AM  10   CB THAT YOU WERE OBSERVING AT THERANOS.

11:13AM  11        DO YOU SEE THAT?

11:13AM  12   A.   YES.

11:13AM  13   Q.   AND YOU SAY, "THE TOTAL ALLOWABLE ERROR (PRECISION PLUS

11:13AM  14   BIAS) IS 10 PERCENT, WHICH MEANS THAT OUR ENTIRE ERROR BUDGET

11:13AM  15   HAS ALREADY BEEN SPENT JUST ON PRECISION."

11:13AM  16        CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

11:13AM  17   A.   SO TOTAL ALLOWABLE ERROR IS THE SUM OF PRECISION AND BIAS.

11:13AM  18        THE PRECISION IS ALREADY 8 PERCENT, WHICH IS PRETTY CLOSE

11:13AM  19   TO 10 PERCENT.  IT'S NOT THE ENTIRE ERROR BUDGET, BUT IT'S

11:13AM  20   PRETTY CLOSE TO IT.

11:13AM  21        SO WE WOULD HAVE FAILED TOTAL ALLOWABLE ERROR JUST BASED

11:13AM  22   ON PRECISION ALONE.

11:13AM  23   Q.   AT THE END OF THAT PARAGRAPH, YOU ASK A QUESTION OF THE

11:13AM  24   CEO.

11:13AM  25        YOU SAY, "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR

| | | |
|---|---|---|
| 11:14AM | 1 | CHEMISTRY?" |
| 11:14AM | 2 | DO YOU SEE THAT? |
| 11:14AM | 3 | A.   YES, I DO. |
| 11:14AM | 4 | Q.   WHAT WERE YOU SUGGESTING THERE? |
| 11:14AM | 5 | A.   A BASIC PROBLEM WITH THE CHEMISTRY OF THERANOS METHODS. |
| 11:14AM | 6 | Q.   IN OTHER WORDS, THIS WOULD BE GOING BACK TO THE DRAWING |
| 11:14AM | 7 | BOARD IN A SENSE? |
| 11:14AM | 8 | A.   EXACTLY. |
| 11:14AM | 9 | Q.   LET'S LOOK FURTHER DOWN THE SAME PAGE UNDER SODIUM. |
| 11:14AM | 10 | YOU WRITE, "I NOTICED FOR ONE OF THE DEMOS A FEW PATIENTS |
| 11:14AM | 11 | HAD SODIUM VALUES IN THE 120'S, WHEREAS 99 PERCENT OF HEALTHY |
| 11:14AM | 12 | PATIENTS SHOULD HAVE HAD SODIUMS BETWEEN 135-145?" |
| 11:14AM | 13 | DO YOU SEE THAT? |
| 11:14AM | 14 | A.   YES. |
| 11:14AM | 15 | Q.   AND CAN YOU EXPLAIN WHAT THIS MEANS AND WHY YOU FELT THIS |
| 11:14AM | 16 | WAS WORTH RAISING TO MS. HOLMES? |
| 11:14AM | 17 | A.   IF A PATIENT TRULY HAS SODIUM IN THE 120'S, IT WOULD |
| 11:14AM | 18 | RESULT IN THEIR BRAIN SWELLING, DELIRIUM.  THAT'S A LIFE |
| 11:14AM | 19 | THREATENING SITUATION. |
| 11:14AM | 20 | Q.   YOU SEEM TO BE REFERENCING A RELATIVELY SMALL NUMBER OF |
| 11:15AM | 21 | RESULTS THAT YOU HAD SEEN IN THE COMPANY; IS THAT CORRECT? |
| 11:15AM | 22 | A.   OH, YOU'RE REFERRING TO A FEW PATIENTS IN THE DEMOS. |
| 11:15AM | 23 | Q.   YES. |
| 11:15AM | 24 | A.   YES. |
| 11:15AM | 25 | Q.   AS LABORATORY DIRECTOR, CAN INDIVIDUAL PROBLEMATIC RESULTS |

11:15AM 1    ALERT YOU TO PROBLEMS ABOUT THE ACCURACY OF A BLOOD ASSAY?

11:15AM 2    A.   YES.

11:15AM 3             MR. COOPERSMITH:  OBJECTION.  702.  MOVE TO STRIKE.

11:15AM 4             THE COURT:  OVERRULED.  THE ANSWER WILL REMAIN.

11:15AM 5    BY MR. BOSTIC:

11:15AM 6    Q.   LET'S LOOK AT HOW YOU END THIS MESSAGE.

11:15AM 7         IN THE BOTTOM PARAGRAPH YOU WRITE, "I WOULD LIKE US TO BE

11:15AM 8    THE BEST THAT WE CAN BE.  A FEW MORE WEEKS TO SORT THROUGH

11:15AM 9    THESE MEDICAL AND LOGISTICAL ISSUES, AND GETTING THE PROPER

11:15AM 10   LEVEL OF TRAINING AND STAFFING WOULD HELP US TREMENDOUSLY."

11:15AM 11        WHAT WERE YOU ASKING FOR HERE?

11:15AM 12   A.   I WAS ASKING FOR MORE TIME TO MAKE SURE THAT THE ASSAYS

11:15AM 13   WERE MEDICALLY -- OF MEDICAL VALUE, AND THAT THERE WAS THE

11:16AM 14   RIGHT LEVEL OF TRAINING AND STAFFING IN THE LABORATORY TO RUN

11:16AM 15   THOSE TESTS.

11:16AM 16   Q.   IN OTHER WORDS, WERE YOU ASKING TO DELAY THE COMMERCIAL

11:16AM 17   LAUNCH OF THE COMPANY'S TESTING?

11:16AM 18   A.   CORRECT.

11:16AM 19   Q.   WAS THAT A REQUEST THAT YOU MADE LIGHTLY?

11:16AM 20   A.   NO, NOT AT ALL.

11:16AM 21   Q.   WHY DID YOU THINK IT WAS NECESSARY TO MAKE THAT REQUEST?

11:16AM 22   A.   IN THE INTEREST OF NOT HARMING PATIENTS.

11:16AM 23   Q.   BETWEEN MS. HOLMES AND MR. BALWANI, DURING YOUR TIME AT

11:16AM 24   THE COMPANY, WHO WAS MOST INVOLVED IN THE RUNNING AND

11:16AM 25   OPERATIONS OF THE CLINICAL LAB?

11:16AM  1    A.   MR. BALWANI.

11:16AM  2    Q.   YOU SENT THIS EMAIL -- WELL, LET'S GO BACK TO PAGE 1 OF

11:16AM  3    THIS EMAIL AND ZOOM IN ON THE HEADER OF YOUR MESSAGE.

11:16AM  4         YOU SENT THIS TO MS. HOLMES AND DANIEL YOUNG.

11:16AM  5         DO YOU SEE THAT?

11:16AM  6    A.   YES, I DID.

11:16AM  7    Q.   WHY DID YOU NOT INCLUDE MR. BALWANI ON THIS EMAIL ABOUT

11:17AM  8    YOUR CONCERNS?

11:17AM  9    A.   WHEN I RAISED CONCERNS TO MR. BALWANI, HE WOULD -- THERE

11:17AM  10   WOULD BE ONE OF TWO RESPONSES.  HE WOULD EITHER CHALLENGE ME

11:17AM  11   THAT THERE WEREN'T REAL CONCERNS, OR HE WOULD DEFLECT TO

11:17AM  12   MR. YOUNG.

11:17AM  13        THERE WAS A THIRD OPTION WHERE HE WOULD SAY THAT HE WOULD

11:17AM  14   ADDRESS THEM, HE WOULD LOOK INTO THEM AND ADDRESS IT.

11:17AM  15   Q.   AND HAD THAT BEEN YOUR EXPERIENCE WITH MR. BALWANI WHEN

11:17AM  16   YOU HAD RAISED CONCERNS PRIOR TO SENDING THIS EMAIL IN LATE

11:17AM  17   AUGUST 2013?

11:17AM  18   A.   YES.

11:17AM  19   Q.   LET'S LOOK AT THE TOP HALF OF THIS PAGE.  A LITTLE FURTHER

11:17AM  20   DOWN, PLEASE.  LET'S JUST INCLUDE THE WHOLE TOP HALF.

11:17AM  21        PERFECT.

11:17AM  22        DR. ROSENDORFF, DO YOU SEE THAT MS. HOLMES THEN FORWARDED

11:17AM  23   YOUR EMAIL TO MR. BALWANI ON THAT SAME DAY?

11:17AM  24   A.   YES.

11:17AM  25   Q.   AND DO YOU SEE THEN MR. BALWANI'S RESPONSE?  HE SAYS, "WE

3271

11:18AM   1     WILL TALK TO HIM."

11:18AM   2     A.   YES.

11:18AM   3     Q.   DO YOU REMEMBER A CONVERSATION WITH MR. BALWANI ABOUT YOUR

11:18AM   4     CONCERNS LEADING UP TO THE LAUNCH?

11:18AM   5     A.   I DO NOT.

11:18AM   6     Q.   MR. BALWANI SAYS, "I ASSUME WE CAN USE SIEMENS CHEMISTRY

11:18AM   7     FOR GLUCOSE AND SODIUM?  IF YES THEN WE SHOULD."

11:18AM   8          DO YOU SEE THAT?

11:18AM   9     A.   YES.

11:18AM  10     Q.   AND DOES THAT MEAN NOT USING THERANOS SPECIFIC TECHNOLOGY?

11:18AM  11     A.   YES.

11:18AM  12     Q.   OKAY.  WE CAN PUT THAT ASIDE.

11:18AM  13          LET ME ASK YOU ABOUT -- WELL, LET ME ASK YOU A SIMPLER

11:18AM  14     QUESTION.

11:18AM  15          WERE YOUR CONCERNS ABOUT THE COMPANY'S READINESS FOR

11:18AM  16     LAUNCH ADDRESSED AND RESOLVED PRIOR TO THE LAUNCH OF TESTING

11:18AM  17     SERVICES AT THERANOS?

11:18AM  18     A.   TO SOME EXTENT, YES.

11:18AM  19     Q.   WERE THEY RESOLVED COMPLETELY?

11:18AM  20     A.   NO.

11:18AM  21     Q.   DID YOU LATER DEVELOP ADDITIONAL CONCERNS ABOUT THE

11:18AM  22     TESTING?

11:18AM  23     A.   YES.

11:18AM  24     Q.   WE SAW A MENTION OF SOME SODIUM RESULTS FROM DEMOS

11:19AM  25     CONDUCTED AT THE COMPANY.

11:19AM   1        DO YOU RECALL THAT?

11:19AM   2    A.   YES.

11:19AM   3    Q.   GENERALLY, DID YOU HAVE A ROLE IN THE TECHNOLOGY

11:19AM   4    DEMONSTRATIONS THAT WERE DONE AT THERANOS?

11:19AM   5    A.   MY ROLE WAS TO REVIEW THE RESULTS WITH DANIEL AFTER THE

11:19AM   6    DEMOS WERE COMPLETED.

11:19AM   7    Q.   AND FOR THESE VIP DEMOS, WERE YOU EVER PRESENT AT

11:19AM   8    PRESENTATIONS THAT MR. BALWANI OR MS. HOLMES MADE TO VIP'S

11:19AM   9    WHERE THEY WERE EXPLAINING WHAT THE THERANOS TECHNOLOGY WAS?

11:19AM  10    A.   I WAS NOT.

11:19AM  11    Q.   OKAY.  CAN I ASK YOU TO TURN TO TAB 1491 IN YOUR BINDER,

11:19AM  12    PLEASE.

11:19AM  13    A.   I'M THERE.

11:19AM  14    Q.   OKAY.  AND IS EXHIBIT 1491 AN EMAIL CHAIN THAT INCLUDES

11:20AM  15    YOU AND OTHERS AT THERANOS RELATING TO ONE OF THESE

11:20AM  16    DEMONSTRATIONS?

11:20AM  17    A.   YES.

11:20AM  18             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1491.

11:20AM  19             MR. COOPERSMITH:  802, YOUR HONOR.  OBJECTION.

11:20AM  20             MR. BOSTIC:  I BELIEVE THE BUSINESS RECORD

11:20AM  21    FOUNDATION HAS BEEN LAID THROUGH A PREVIOUS WITNESS, BUT I CAN

11:20AM  22    DO IT AGAIN IF NECESSARY.

11:20AM  23             THE COURT:  YOU'RE SEEKING TO ADMIT THIS AS A

11:20AM  24    BUSINESS RECORD?

11:20AM  25             MR. BOSTIC:  YES, YOUR HONOR.

| | | |
|---|---|---|
| 11:20AM | 1 | THE COURT:  ANY OBJECTION TO THAT, MR. COOPERSMITH? |
| 11:20AM | 2 | MR. COOPERSMITH:  WHETHER OR NOT THAT IS THE CASE, I |
| 11:20AM | 3 | DON'T THINK IT'S A BUSINESS RECORD, AND MY OBJECTION STANDS. |
| 11:20AM | 4 | THE COURT:  DO YOU -- LET'S DO AN 803(6) FOUNDATION |
| 11:20AM | 5 | IF YOU CAN. |
| 11:20AM | 6 | BY MR. BOSTIC: |
| 11:20AM | 7 | Q.   DR. ROSENDORFF, DO YOU RECOGNIZE THE INDIVIDUALS ON THIS |
| 11:20AM | 8 | EMAIL CHAIN? |
| 11:20AM | 9 | A.   YES, I DO. |
| 11:20AM | 10 | Q.   AND WHEN IT CAME TO THE VIP TESTS AND DEMONSTRATIONS THAT |
| 11:20AM | 11 | WERE RUN AT THERANOS, WAS EMAIL SIMILARLY USED AS A MECHANISM |
| 11:20AM | 12 | FOR COORDINATING AND TRACKING THE PROGRESS OF THOSE TESTS? |
| 11:21AM | 13 | A.   YES.  APART FROM PHONE CALLS, THAT WAS THE ONLY METHOD, |
| 11:21AM | 14 | AND FACE TO FACE. |
| 11:21AM | 15 | Q.   THANK YOU. |
| 11:21AM | 16 | AND IN THOSE EMAILS, WAS IT IMPORTANT FOR THE INDIVIDUALS |
| 11:21AM | 17 | RELAYING INFORMATION TO DO SO ACCURATELY? |
| 11:21AM | 18 | A.   ABSOLUTELY. |
| 11:21AM | 19 | Q.   AND WERE EMAILS LIKE THESE PRESERVED SO THAT THEY COULD BE |
| 11:21AM | 20 | REFERENCED LATER? |
| 11:21AM | 21 | A.   YES, TO MY KNOWLEDGE. |
| 11:21AM | 22 | MR. BOSTIC:  YOUR HONOR, WE OFFER 1491. |
| 11:21AM | 23 | THE COURT:  THIS IS ADMITTED UNDER 803(6).  IT MAY |
| 11:21AM | 24 | BE PUBLISHED. |
| 11:21AM | 25 | (GOVERNMENT'S EXHIBIT 1491 WAS RECEIVED IN EVIDENCE.) |

11:21AM  1    BY MR. BOSTIC:

11:21AM  2    Q.   AND LET'S START WITH THE BOTTOM OF PAGE 2.

11:21AM  3         AND DO YOU SEE, DR. ROSENDORFF, THAT THIS BEGINS -- OR

11:21AM  4    WE'RE LOOKING AT AN EMAIL FROM SOMEONE NAMED MAX FOSQUE TO

11:21AM  5    OTHERS AT THERANOS?

11:21AM  6    A.   YES.

11:21AM  7    Q.   AND HE ASKS FOR A FOLLOW-UP ON WHY BRIAN GROSSMAN HAS NOT

11:21AM  8    BEEN RELEASED YET.

11:21AM  9         DO YOU RECOGNIZE THAT NAME BY ANY CHANCE?

11:22AM 10    A.   I DO RECOGNIZE IT.  I DON'T RECALL EXACTLY WHO

11:22AM 11    BRIAN GROSSMAN IS, OR WAS.

11:22AM 12    Q.   OKAY.  IN MR. FOSQUE'S EMAIL, IN THE LAST SENTENCE HE

11:22AM 13    SAYS, "THIS IS CRITICAL TO GET OUT ASAP."

11:22AM 14         DO YOU SEE THAT?

11:22AM 15    A.   YES.

11:22AM 16    Q.   AND LET'S LOOK AT THE TOP OF PAGE 2, AND HERE DO YOU SEE A

11:22AM 17    FOLLOW-UP MESSAGE FROM MR. FOSQUE TO YOU AND MARK PANDORI?

11:22AM 18    A.   YES.

11:22AM 19    Q.   AND HE SAYS, "THIS PATIENT (BRIAN GROSSMAN) IS A VIP,

11:22AM 20    WOULD YOU MIND LOOKING INTO THE SLOW DOWN HERE?"

11:22AM 21         DO YOU SEE THAT?

11:22AM 22    A.   YES.

11:22AM 23    Q.   HE THEN SAYS, "I BELIEVE H.PYLORI IS RUN ON PREDICATE,

11:22AM 24    PERHAPS THERE IS SOME ISSUE WITH THE MACHINE?  LET US KNOW."

11:22AM 25         DO YOU SEE THAT?

ROSENDORFF DIRECT BY MR. BOSTIC

11:22AM 1     A.   YES.

11:22AM 2     Q.   AND WHAT DOES THAT MEAN?  WHAT IS H.PYLORI, AND WHAT DOES

11:22AM 3     PREDICATE MEAN IN THIS CONTEXT?

11:22AM 4     A.   H.PYLORI IS A BACTERIA THAT IS PRESENT IN THE STOMACH WITH

11:22AM 5     INDIVIDUALS WITH PEPTIC ULCER DISEASE.

11:23AM 6          THE TREATMENT FOR PEPTIC ULCER DISEASE IS TO FIND OUT IF

11:23AM 7     H.PYLORI IS THERE, AND IF IT IS, YOU GIVE ANTIBIOTICS TO GET

11:23AM 8     RID OF IT.

11:23AM 9     Q.   AND HOW ABOUT THE MENTION OF THE PREDICATE?  IT SAYS "THAT

11:23AM 10    TEST IS RUN ON THE PREDICATE."  WHAT DOES THAT MEAN?

11:23AM 11    A.   PREDICATE WOULD BE THE FDA APPROVED UNMODIFIED DEVICE.

11:23AM 12    Q.   IN OTHER WORDS, A NON-THERANOS DEVICE?

11:23AM 13    A.   CORRECT.

11:23AM 14    Q.   AND LET'S GO TO THE TOP OF PAGE 1, PLEASE.  LET'S LOOK AT

11:23AM 15    THE TOP TWO MESSAGES THERE.

11:23AM 16         DO YOU SEE HERE THAT MR. FOSQUE ASKS IN THE BOTTOM OF THAT

11:23AM 17    EMAIL, "THIS IS ON THE IMMULITE, CORRECT?"

11:23AM 18    A.   YES.

11:23AM 19    Q.   AND THEN DR. PANDORI RESPONDS AND CONFIRMS THAT YES, IT

11:23AM 20    WAS.

11:23AM 21         DO YOU SEE THAT?

11:23AM 22    A.   YES.

11:23AM 23    Q.   SO IN OTHER WORDS, THIS VIP'S TEST WAS BEING CONDUCTED NOT

11:23AM 24    ON A THERANOS ANALYZER, BUT ON A THIRD PARTY ANALYZER?

11:24AM 25    A.   YES.

| | | |
|---|---|---|
| 11:24AM | 1 | Q.   OKAY.  THANK YOU.  YOU CAN SET THAT ASIDE. |
| 11:24AM | 2 | WE TALKED A FEW MINUTES AGO ABOUT THE IMPORTANCE OF |
| 11:24AM | 3 | ACCURACY IN THE CONTEXT OF CLINICAL LAB TESTING. |
| 11:24AM | 4 | DO YOU REMEMBER THAT? |
| 11:24AM | 5 | A.   YES. |
| 11:24AM | 6 | Q.   AND IS QC, OR QUALITY CONTROL, PART OF ENSURING ACCURACY |
| 11:24AM | 7 | FOR LAB TESTING? |
| 11:24AM | 8 | A.   YES. |
| 11:24AM | 9 | Q.   HOW DID QUALITY CONTROL WORK AT THERANOS?  WHAT WAS THE |
| 11:24AM | 10 | STANDARD PRACTICE? |
| 11:24AM | 11 | A.   QUALITY CONTROL ON THE EDISONS WAS RUN USING BIORADS, |
| 11:24AM | 12 | COMMERCIALLY AVAILABLE VIALS OF QUALITY CONTROLLED MATERIAL. |
| 11:24AM | 13 | THE FIRST THING WE DID WAS TO RUN THAT MATERIAL MULTIPLE |
| 11:24AM | 14 | TIMES TO ESTABLISH A QC RANGE, A LOW, A MEDIUM, AND A HIGH QC |
| 11:24AM | 15 | RANGE. |
| 11:24AM | 16 | AND THEN EVERY TIME -- I'M SORRY, BEFORE EVERY SHIFT WHEN |
| 11:25AM | 17 | A PARTICULAR EDISON WAS BEING USED, IT HAD TO PASS QUALITY |
| 11:25AM | 18 | CONTROL TO BE USED. |
| 11:25AM | 19 | Q.   AND IN PLAIN ENGLISH, WHAT ARE YOU DOING WHEN YOU'RE |
| 11:25AM | 20 | RUNNING THOSE SAMPLES ON THE EDISON MACHINES FOR QC PURPOSES? |
| 11:25AM | 21 | A.   YOU'RE ENSURING THAT THE MACHINE RETURNS A RESULT THAT IS |
| 11:25AM | 22 | ACCURATE. |
| 11:25AM | 23 | Q.   AND HOW DOES RUNNING THOSE QC SAMPLES LET YOU CONFIRM |
| 11:25AM | 24 | THAT? |
| 11:25AM | 25 | A.   THE RESULT YOU GET HAS TO BE WITHIN A PREDEFINED RANGE, A |

11:25AM  1    NARROW ENOUGH RANGE THAT YOU'RE REASSURED THAT WHEN YOU GO AND

11:25AM  2    TEST PATIENT SAMPLES, THAT THAT RESULT IS GOING TO BE ACCURATE.

11:25AM  3    Q.   AND IS THE CORRECT RESULT FOR THOSE SAMPLES KNOWN PRIOR TO

11:25AM  4    RUNNING THE TEST?

11:25AM  5    A.   THERE ARE RANGES THAT ARE SUPPLIED BY THE MANUFACTURER,

11:25AM  6    AND THEN AS I MENTIONED, WE ESTABLISHED OUR OWN RANGES.

11:25AM  7    Q.   WHAT WOULD HAPPEN IF, DURING THE QUALITY CONTROL CHECK, AN

11:26AM  8    ANALYZER FAILED TO RETURN THE CORRECT ANSWER FOR A SAMPLE?

11:26AM  9    A.   THE FIRST -- SO ALL LEVELS HAVE TO PASS.  THE FIRST STEP

11:26AM  10   IS YOU RUN THE QC MATERIAL AGAIN.

11:26AM  11       IF IT FAILS AGAIN, YOU HAVE TO RECALIBRATE THE INSTRUMENT

11:26AM  12   AND THEN RUN THE QC AGAIN.

11:26AM  13   Q.   OKAY.  WAS THE QUALITY CONTROL PERFORMANCE OF ANALYZERS AT

11:26AM  14   THERANOS A FREQUENT TOPIC OF DISCUSSION DURING YOUR TIME AT THE

11:26AM  15   COMPANY?

11:26AM  16   A.   YES.

11:26AM  17   Q.   AND DID THAT INCLUDE CONVERSATIONS WITH BOTH MR. BALWANI

11:26AM  18   AND MS. HOLMES?

11:26AM  19   A.   I RECALL CONVERSATIONS WITH MS. HOLMES ABOUT QUALITY

11:26AM  20   CONTROL.

11:26AM  21       I DON'T SPECIFICALLY RECALL TALKING TO MR. BALWANI ABOUT

11:26AM  22   QUALITY CONTROL.

11:26AM  23   Q.   OKAY.  WE'LL LOOK AT SOME DOCUMENTS SHORTLY THAT MIGHT

11:26AM  24   REFRESH YOUR RECOLLECTION ON THAT.

11:26AM  25   A.   OKAY.

ROSENDORFF DIRECT BY MR. BOSTIC

11:26AM 1   Q.   FOR NOW, IF I COULD ASK YOU TO TURN TO TAB 1432 IN YOUR

11:26AM 2   BINDER.

11:27AM 3   A.   I HAVE IT.

11:27AM 4   Q.   AND IS 1432 AN EMAIL CHAIN BETWEEN YOU AND OTHERS AT THE

11:27AM 5   COMPANY DISCUSSING THIS TOPIC, QUALITY CONTROL FOR THE

11:27AM 6   ANALYZER?

11:27AM 7   A.   I BELIEVE SO, YES.

11:27AM 8   Q.   AND DURING YOUR TIME AT THE COMPANY, WAS EMAIL REGULARLY

11:27AM 9   USED TO COORDINATE AND TRACK QUALITY CONTROL?

11:27AM 10  A.   YES.

11:27AM 11          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1432.

11:27AM 12          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:27AM 13          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:27AM 14      (GOVERNMENT'S EXHIBIT 1432 WAS RECEIVED IN EVIDENCE.)

11:27AM 15  BY MR. BOSTIC:

11:27AM 16  Q.   AND ON 1432, LET'S START WITH PAGE 6.  AND IF WE CAN ZOOM

11:28AM 17  IN ON YOUR MESSAGE TO MS. CHEUNG IN THE MIDDLE OF THE PAGE?

11:28AM 18  A.   YES.

11:28AM 19  Q.   THE SUBJECT HERE IS QC FOR EDISONS.

11:28AM 20      IS THAT QUALITY CONTROL FOR EDISONS?

11:28AM 21  A.   YES.

11:28AM 22  Q.   AND YOU ASK ERIKA CHEUNG IF SHE HAPPENS TO HAVE THE

11:28AM 23  VITAMIN D RANGES.

11:28AM 24      DO YOU SEE THAT?

11:28AM 25  A.   YES.

11:28AM  1    Q.   AND LET'S GO TO PAGE 5 AND LET'S LOOK AT YOUR RESPONSE

11:28AM  2    FROM THE INFORMATION THAT YOU RECEIVED AT THE BOTTOM OF THE

11:28AM  3    PAGE.

11:28AM  4         YOU WRITE, "ERIKA,

11:28AM  5         "THE CV AT 18-NANOGRAMS PER MILLILITER IS WAY TOO HIGH."

11:28AM  6         DO YOU SEE THAT?

11:28AM  7    A.   YES.

11:28AM  8    Q.   YOU SAY, "ACCORDING TO OUR VALIDATIONS IT SHOULD BE AROUND

11:28AM  9    20 PERCENT."

11:28AM  10         CAN YOU EXPLAIN WHAT YOUR REFERENCING THERE MEANS?

11:28AM  11   A.   SO FOR THIS PARTICULAR ANALYTE, AND I CAN'T SEE FROM THE

11:29AM  12   EMAILS WHAT THAT ANALYTE IS, BUT WE RAN TWO LEVELS, LEVEL 1 AND

11:29AM  13   LEVEL 2, THAT'S IN THE BOX IN THE MIDDLE OF THE EMAIL, AND THE

11:29AM  14   COEFFICIENT OF VARIATION FOR LEVEL 1 IS 33 PERCENT, THAT'S WHEN

11:29AM  15   YOU MEASURE THIS ANALYTE AT 17.7, AND IT'S BASICALLY WAY HIGHER

11:29AM  16   THAN WHAT WE SAW DURING VALIDATION.

11:29AM  17   Q.   AND AS LABORATORY DIRECTOR, WHY WAS A HIGH CV CONCERNING

11:29AM  18   TO YOU?

11:29AM  19   A.   IT GOES DIRECTLY TO THE RELIABILITY OF THE ASSAY.

11:29AM  20   Q.   DOES A HIGH CV MAKE IT MORE OR LESS RELIABLE?

11:29AM  21   A.   LESS.

11:29AM  22   Q.   AND YOU KNOW THAT ACCORDING TO VALIDATIONS IT SHOULD BE

11:29AM  23   AROUND 20 PERCENT.

11:29AM  24        WAS THIS A UNIQUE SITUATION DURING YOUR TIME AT THERANOS,

11:30AM  25   SEEING THE PERFORMANCE OF AN ASSAY GET WORSE AT THE VALIDATION

11:30AM   1    STAGE?

11:30AM   2    A.   YES.

11:30AM   3    Q.   AND THIS WAS UNIQUE OR SOMETHING THAT YOU SAW MULTIPLE

11:30AM   4    TIMES?

11:30AM   5    A.   ROUTINE.

11:30AM   6    Q.   OKAY.  AND WAS THAT A PROBLEM, THE EXPERIENCE OF AN ASSAY

11:30AM   7    PERFORMING WORSE AFTER THE VALIDATION STAGE?

11:30AM   8    A.   ABSOLUTELY.

11:30AM   9    Q.   AND WHY WAS THAT A PROBLEM?

11:30AM  10    A.   IT BASICALLY INDICATED TO ME THAT THE VALIDATION DATA WAS

11:30AM  11    NOT A REASONABLE OR TRUE REPRESENTATION OF HOW THE TEST

11:30AM  12    ACTUALLY RAN ON REAL PATIENT SAMPLES OR IN PRODUCTION REALLY.

11:30AM  13    Q.   LET'S GO TO PAGE 3 IN THIS EMAIL CHAIN.  AND LET'S ZOOM IN

11:30AM  14    ON THE BOTTOM OF THE PAGE.

11:30AM  15        WE SEE HERE THAT YOU'RE RECEIVING AN EMAIL HERE THAT SAYS,

11:31AM  16    "THE CV'S ARE HIGH BETWEEN DEVICES."

11:31AM  17        DO YOU SEE THAT?

11:31AM  18    A.   YES.

11:31AM  19    Q.   AND THEN IT SAYS, "SINCE WE ARE ALLOWED TO REMOVE 2 DATA

11:31AM  20    POINTS FROM 6, I HAVE ATTEMPTED TO DO THAT WITH BOTH THE LEVEL

11:31AM  21    1 AND 2 DATA AND IT IMPROVES THINGS."

11:31AM  22        DO YOU SEE THAT?

11:31AM  23    A.   YES.

11:31AM  24    Q.   AND COULD YOU TELL US WHAT THIS IS REFERRING TO?

11:31AM  25    A.   SO AT THIS POINT IN TIME, THREE INSTRUMENTS, THREE EDISONS

11:31AM   1    WOULD BE USED TO DO A SINGLE TEST.  THAT WOULD INVOLVE THREE

11:31AM   2    CARTRIDGES, AND EACH CARTRIDGE HAS TWO DATA POINTS, SO YOU GET

11:31AM   3    SIX DATA POINTS.  AND THE PRACTICE AT THE TIME WAS TO ALLOW TWO

11:31AM   4    DATA POINTS TO BE REMOVED OUT OF THE SIX.

11:32AM   5         HOWEVER, THERE WAS NO ALGORITHM FOR IT AND THERE WASN'T

11:32AM   6    ANY SOP.

11:32AM   7    Q.   OKAY.  WHEN YOU TALK ABOUT THREE DEVICES BEING USED TO RUN

11:32AM   8    ONE TEST, DOES THAT MEAN THAT IF A PATIENT NEEDED MULTIPLE

11:32AM   9    ASSAYS RUN BY THE EDISON, THEN MULTIPLE GROUPS OF THREE DEVICES

11:32AM  10    WOULD BE NEEDED TO SERVICE THAT ONE PATIENT'S TEST?

11:32AM  11    A.   CORRECT.

11:32AM  12    Q.   LET'S LOOK UP AT THE TOP OF PAGE 3.

11:32AM  13         AND YOU ASK A QUESTION HERE.  YOU ASK, "IN CONSIDERING

11:32AM  14    QC" -- I'M SORRY, THIS IS AT THE BOTTOM OF THE EMAIL, "IF THE

11:32AM  15    CV'S ARE VERY HIGH OR THE RANGES OVERLAP, WHICH 2 DATA POINTS

11:33AM  16    (WHICH 1 OUT OF 3 CARTRIDGES) SHOULD WE REMOVE FROM THE DATA

11:33AM  17    SET FOR QC GOING FORWARD?  IS THERE A PROTOCOL FOR THIS?"

11:33AM  18         DO YOU SEE THAT?

11:33AM  19    A.   YES.

11:33AM  20    Q.   AND LET'S LOOK AT PAGE 2 AND ZOOM IN ON THE TEXT OF THE

11:33AM  21    EMAIL THERE WHERE SHARADA TELLS YOU, "I BELIEVE AN ALGORITHM

11:33AM  22    FOR OUTLIER REMOVAL HAS BEEN INCORPORATED IN THE SOFTWARE APP

11:33AM  23    PROCESS."

11:33AM  24         DO YOU SEE THAT?

11:33AM  25    A.   YES.

11:33AM  1    Q.   AND LET'S GO TO PAGE 1 AND ZOOM IN ON THE TEXT IN THE

11:33AM  2    MIDDLE OF THE PAGE.

11:33AM  3         DO YOU SEE THERE WHERE MS. SIVARAMAN SAYS, "AT THIS TIME

11:33AM  4    OUR OUTLIER REMOVAL PROCEDURE IS MANUAL"?

11:33AM  5    A.   YES.

11:33AM  6    Q.   AS LABORATORY DIRECTOR, WERE YOU AWARE OF ANY STATISTICAL

11:33AM  7    OR MATHEMATICAL PROCESS THAT THERANOS USED TO REMOVE AND

11:34AM  8    IDENTIFY OUTLIERS?

11:34AM  9    A.   NO.  I REPEATEDLY ASKED DANIEL YOUNG ABOUT THIS, BUT I

11:34AM 10    WASN'T AWARE OF A STATISTICAL METHOD THAT WAS BEING USED, NO.

11:34AM 11    Q.   YOU TESTIFIED EARLIER ABOUT THE OTHER KINDS OF BLOOD

11:34AM 12    ANALYZERS THAT YOU WORKED WITH.

11:34AM 13         DO YOU REMEMBER THAT?

11:34AM 14    A.   YES.

11:34AM 15    Q.   AND YOU ALSO WORKED WITH THIRD PARTY BLOOD ANALYZERS; IS

11:34AM 16    THAT RIGHT?

11:34AM 17    A.   YES.

11:34AM 18    Q.   FOR THOSE OTHER DEVICES, DO YOU KNOW OF ANY THAT ARE

11:34AM 19    REQUIRED TO BE OPERATED IN GROUPS WHERE MULTIPLE ANALYZERS ARE

11:34AM 20    REQUIRED TO RUN A SINGLE TEST?

11:34AM 21    A.   NO.

11:34AM 22         I JUST WANT TO ADD THAT ONE OF THE JUSTIFICATIONS THAT I

11:34AM 23    WAS GIVEN FOR REMOVING THESE OUTLIERS WAS THAT THERE WOULD BE

11:34AM 24    SO-CALLED DARK, D-A-R-K, COUNTS, WHICH IS WHERE A TIP BASICALLY

11:35AM 25    DOESN'T WORK.  YOU GET A VERY, VERY LOW VALUE.

11:35AM 1      Q.   AND IN YOUR EXPERIENCE, THOUGH, WAS THIS PRACTICE OF

11:35AM 2      IGNORING DATA, REMOVING OUTLIERS, LIMITED ONLY TO CASES WHERE

11:35AM 3      THERE WERE DARK COUNTS?

11:35AM 4      A.   NO.

11:35AM 5      Q.   LET'S LOOK AT THE TOP MESSAGE ON THIS PAGE TO WRAP UP THIS

11:35AM 6      EXHIBIT.

11:35AM 7           YOU RESPOND TO SHARADA SIVARAMAN AND YOU SAID, "YES, I

11:35AM 8      AGREE THE WITHIN-INSTRUMENT PRECISION IS GOOD BUT THE BETWEEN

11:35AM 9      INSTRUMENT PRECISION IS NOT."

11:35AM 10          WHAT DOES THAT MEAN IN PLAIN LANGUAGE?

11:35AM 11     A.   IT MEANS THAT IF YOU DO REPEAT MEASUREMENTS ON ONE

11:35AM 12     INSTRUMENT, WITHIN ONE INSTRUMENT, THE PRECISION IS MUCH BETTER

11:36AM 13     THAN WHEN YOU COMPARE THE RESULTS YOU GET ACROSS TWO OR MORE

11:36AM 14     INSTRUMENTS.

11:36AM 15     Q.   AND WHEN YOU SAY "TWO OR MORE INSTRUMENTS," ARE WE TALKING

11:36AM 16     ABOUT MULTIPLE EDISONS?

11:36AM 17     A.   YES.

11:36AM 18     Q.   SO THE EDISONS WERE DISAGREEING WITH EACH OTHER; IS THAT

11:36AM 19     RIGHT?

11:36AM 20     A.   YES.

11:36AM 21     Q.   AND YOU SAY IN YOUR EMAIL, "THIS MIGHT BE A MANUFACTURING

11:36AM 22     ISSUE."

11:36AM 23          DO YOU SEE THAT?

11:36AM 24     A.   YES.

11:36AM 25     Q.   AND WHO IS MANUFACTURING THESE DEVICES AND REAGENTS?

11:36AM   1    A.   THERANOS IN THE NEWARK FACILITY.

11:36AM   2    Q.   OKAY.  WE CAN PUT THAT ASIDE.

11:36AM   3         YOUR HONOR, I'D LIKE TO SHOW EXHIBIT 1633.  I BELIEVE IT'S

11:36AM   4    PRE-ADMITTED.

11:36AM   5         MAY WE PUBLISH?

11:36AM   6              THE COURT:  CERTAINLY.

11:36AM   7         AND, LADIES AND GENTLEMEN, WHILE WE DO THAT, WHY DON'T WE

11:36AM   8    TAKE A STANDING BREAK AND STRETCH IF YOU WOULD LIKE FOR JUST A

11:36AM   9    MOMENT.

11:36AM   10        (STRETCHING.)

11:37AM   11             THE COURT:  YOU TOO, DOCTOR.  FEEL FREE.

11:37AM   12        (STRETCHING.)

11:37AM   13             THE COURT:  ALL RIGHT.  THANK YOU.

11:37AM   14        AND IT'S 1633?

11:37AM   15             MR. BOSTIC:  1633.

11:37AM   16             THE COURT:  THANK YOU.

11:37AM   17   BY MR. BOSTIC:

11:37AM   18   Q.   OKAY.  DR. ROSENDORFF, DO YOU SEE WHAT HAS BEEN MARKED AS

11:37AM   19   1633 ON THE SCREEN IN FRONT OF YOU?

11:37AM   20   A.   YES.

11:37AM   21   Q.   AND DO YOU SEE THAT THIS IS AN EMAIL FROM LANGLY GEE TO

11:37AM   22   YOU, MARK PANDORI, AND OTHERS AT THERANOS WITH THE SUBJECT LINE

11:37AM   23   FAILED QC?

11:37AM   24   A.   YES.

11:37AM   25   Q.   AND HE WRITES TO MARK AND SAYS, "THE OTHER DAY YOU ASKED

11:37AM  1    FOR A NUMBER OF FAILED QC ELISA RUNS.  FOR MARCH, 26 PERCENT

11:37AM  2    RUNS FAILED."

11:38AM  3        DO YOU SEE THAT?

11:38AM  4    A.   YES.

11:38AM  5    Q.   AND LET'S LOOK AT THE NEXT PAGE AND ACTUALLY LOOK AT THAT

11:38AM  6    DATA.

11:38AM  7        AND, DR. ROSENDORFF, CAN YOU EXPLAIN JUST AT A HIGH LEVEL

11:38AM  8    WHAT WE'RE LOOKING AT IN THIS TABLE?

11:38AM  9    A.   THIS TABLE REFERS TO QC FAILURES FOR THE EDISON FOR THE

11:38AM  10   MONTH OF MARCH.

11:38AM  11       TWO LEVELS FOR EACH ASSAY ARE REFERENCED, THE LOW LEVEL

11:38AM  12   AND THE HIGH LEVEL.

11:38AM  13       THE TABLE SHOWS THE NUMBER OF QC FAILURES FOR EACH LEVEL

11:38AM  14   BY ASSAY GOING FROM VITAMIN D AT THE TOP TO TST AT THE BOTTOM.

11:38AM  15       THE PERCENTAGE OF FAILURES AS A PERCENTAGE OF ALL OF THE

11:38AM  16   QC RUN FOR THAT ASSAY IS SHOWN IN THE RIGHT COLUMN.

11:38AM  17       AND THEN THE BOTTOM RIGHT YOU'VE GOT AN AVERAGE OF THOSE

11:39AM  18   PERCENTAGE FAILURES ACROSS ALL OF THE ASSAYS.

11:39AM  19   Q.   OKAY.  AND LET'S LOOK AT A COUPLE OF THOSE.

11:39AM  20       FOR EXAMPLE, FOR VITAMIN D, DO YOU SEE AN 18 PERCENT

11:39AM  21   FAILURE RATE FOR QUALITY CONTROL?

11:39AM  22   A.   YES.

11:39AM  23   Q.   FOR PSA OR TPSA, THERE'S A 29 PERCENT FAILURE RATE.

11:39AM  24       DO YOU SEE THAT?

11:39AM  25   A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC

11:39AM 1    Q.   AND WHAT WAS THE TPSA TEST?

11:39AM 2    A.   PROSTATE SPECIFIC ANTIGEN.  A "T" MEANS TOTAL.

11:39AM 3    Q.   AND WHAT IS THAT TEST USED FOR CLINICALLY, IF YOU KNOW

11:39AM 4    FROM BEING A LAB DIRECTOR?

11:39AM 5    A.   IT IS A SCREENING TEST FOR PROSTATE CANCER.

11:39AM 6    Q.   HOW ABOUT TST?  FOR THAT ASSAY WE SEE A FAILURE RATE OF

11:39AM 7    45 PERCENT.

11:39AM 8         DO YOU SEE THAT?

11:39AM 9    A.   YES.

11:39AM 10   Q.   AND WHAT IS THE TST?

11:39AM 11   A.   TESTOSTERONE.

11:39AM 12   Q.   AND HOW IS THAT USED CLINICALLY?

11:39AM 13   A.   TESTOSTERONE IS REALLY ONE OF THESE VOGUE-ISH ANALYTES.

11:40AM 14   IT'S IN VOGUE AT THE MOMENT.  MEN WHO FEEL DECREASED LIBIDO,

11:40AM 15   ENERGY, LIKE TO HAVE THEIR TESTOSTERONE MEASURED SO THEY CAN

11:40AM 16   SUPPLEMENT THAT.

11:40AM 17   Q.   IS IT RELEVANT TO SOME MEDICAL CONDITIONS EXPERIENCED BY

11:40AM 18   FEMALE PATIENTS?

11:40AM 19   A.   YES, I BELIEVE THERE ARE A NUMBER OF ENDOCRINE

11:40AM 20   ABNORMALITIES WHERE A FEMALE PATIENT COULD HAVE A HIGH

11:40AM 21   TESTOSTERONE, YES.

11:40AM 22   Q.   AND HOW ABOUT TT3?  WHAT IS THE TT3 ASSAY?

11:40AM 23   A.   TOTAL T3, OR TRIIODOTHYRONINE, IT'S A MEASURE OF THYROID

11:40AM 24   FUNCTION.

11:40AM 25   Q.   AND FOR THAT ONE, THE QUALITY CONTROL FAILURE RATE AT

11:40AM  1      THERANOS WAS 51 PERCENT.

11:41AM  2          DO YOU SEE THAT?

11:41AM  3      A.   YES.

11:41AM  4      Q.   AS LABORATORY DIRECTOR, WERE QUALITY CONTROL FAILURE RATES

11:41AM  5      LIKE THESE CONCERNING TO YOU?

11:41AM  6      A.   YES.

11:41AM  7      Q.   WHY?

11:41AM  8      A.   WELL, TAKE, FOR INSTANCE, TT3.  IF QC IS FAILING HALF OF

11:41AM  9      THE TIME, OR 50 PERCENT OF THE TIME, IT INDICATES THAT THE

11:41AM  10     PATIENT RESULT WOULD BE INACCURATE HALF OF THE TIME.

11:41AM  11     Q.   YOU TESTIFIED BEFORE THAT IF THE MACHINE FAILED QUALITY

11:41AM  12     CONTROL, THEN IT WOULD NOT BE USED IMMEDIATELY FOR PATIENT

11:41AM  13     TESTING; IS THAT RIGHT?

11:41AM  14     A.   CORRECT.

11:41AM  15     Q.   DOES FOLLOWING THAT RULE REMOVE YOUR CONCERN ABOUT

11:41AM  16     INACCURATE RESULTS GOING OUT TO PATIENTS WHEN QC RATES LOOK

11:41AM  17     LIKE THIS?

11:41AM  18     A.   NO.

11:41AM  19     Q.   WHY NOT?

11:41AM  20     A.   BECAUSE EVEN A BROKEN CLOCK IS CORRECT TWICE A DAY.

11:41AM  21     Q.   CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

11:42AM  22     A.   WELL, YOU COULD JUST KEEP TESTING THE QC MATERIAL UNTIL IT

11:42AM  23     HAPPENS TO PASS, BUT THAT DOESN'T MEAN THAT YOUR ASSAY IS

11:42AM  24     RELIABLE BY ANY MEANS.

11:42AM  25     Q.   UM --

11:42AM  1    A.   YOU ONLY GET ONE SHOT WITH A PATIENT SAMPLE.

11:42AM  2    Q.   AND WITH A PATIENT SAMPLE -- LET ME BACK UP.

11:42AM  3         WITH THESE QUALITY CONTROL SAMPLES, WHEN THE TEST WAS RUN,

11:42AM  4    WAS THERE A WAY OF KNOWING RIGHT AWAY WHETHER THE RESULT WAS

11:42AM  5    ACCURATE OR INACCURATE?

11:42AM  6    A.   IF IT FELL OUT OF THE RANGE, THEN IT WOULD BE DEEMED

11:42AM  7    INACCURATE.

11:42AM  8    Q.   HOW ABOUT FOR A PATIENT SAMPLE?  WHEN YOU RUN A PATIENT

11:42AM  9    SAMPLE, IS THERE A WAY OF KNOWING RIGHT AWAY WHETHER THE RESULT

11:42AM 10    IS ACCURATE OR INACCURATE?

11:42AM 11    A.   THERE'S NO WAY.

11:42AM 12    Q.   OKAY.  WE'RE LOOKING AT DATA FROM MARCH OF 2014 AND THE

11:42AM 13    QUALITY CONTROL FAILURES FOR THAT MONTH; CORRECT?

11:42AM 14    A.   YES.

11:42AM 15    Q.   DO YOU REMEMBER MARCH BEING AN ESPECIALLY BAD MONTH FOR

11:43AM 16    QUALITY CONTROL AT THERANOS, OR IS THIS PERFORMANCE TYPICAL OF

11:43AM 17    WHAT YOU SAW FROM THE THERANOS DEVICES AS LAB DIRECTOR?

11:43AM 18    A.   TYPICAL.

11:43AM 19    Q.   OKAY.  WE CAN PUT THAT ASIDE.

11:43AM 20         DID THE POOR QUALITY CONTROL PERFORMANCE OF THE THERANOS

11:43AM 21    DEVICES CAUSE OPERATIONAL PROBLEMS IN THE LAB?

11:43AM 22    A.   YES, ABSOLUTELY.

11:43AM 23         FOR INSTANCE, IF AN INSTRUMENT HAD TO BE TAKEN OUT OF

11:43AM 24    PRODUCTION FOR RECALIBRATION, THAT WOULD TAKE SEVERAL HOURS.

11:43AM 25    THAT INSTRUMENT WOULD NOT BE AVAILABLE FOR TESTING.  IT RESULTS

| | | |
|---|---|---|
| 11:43AM | 1 | IN SHORTAGES OF INSTRUMENTS. |
| 11:43AM | 2 | Q.   AND WERE QUALITY CONTROL FAILURES SO COMMON THAT THOSE |
| 11:43AM | 3 | SHORTAGES ACTUALLY CAME ABOUT? |
| 11:43AM | 4 | A.   YES. |
| 11:43AM | 5 | Q.   CAN I ASK YOU TO LOOK AT TAB 1772 IN YOUR BINDER. |
| 11:44AM | 6 | A.   I HAVE IT. |
| 11:44AM | 7 | Q.   IS THAT AN EMAIL CHAIN BETWEEN YOU, MR. BALWANI, AND |
| 11:44AM | 8 | OTHERS AT THE COMPANY RELATING TO THIS ISSUE OF QC PERFORMANCE |
| 11:44AM | 9 | AND OPERATIONAL PROBLEMS? |
| 11:44AM | 10 | A.   YES. |
| 11:44AM | 11 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1772. |
| 11:44AM | 12 | MR. COOPERSMITH:  OBJECTION.  401, YOUR HONOR. |
| 11:44AM | 13 | THE COURT:  MR. BOSTIC, WHAT IS THE RELEVANCE OF |
| 11:44AM | 14 | THIS? |
| 11:44AM | 15 | MR. BOSTIC:  SO, YOUR HONOR, THIS IS THE WITNESS |
| 11:44AM | 16 | INFORMING MR. BALWANI OF POOR QUALITY CONTROL PERFORMANCE WITH |
| 11:44AM | 17 | THE THERANOS ANALYZERS THAT ACTUALLY RISES TO A LEVEL THAT |
| 11:44AM | 18 | CREATES A BACKLOG OF EDISON TESTS.  THE FACT THAT THE DEFENDANT |
| 11:44AM | 19 | WAS PUT ON NOTICE HERE IS RELEVANT. |
| 11:45AM | 20 | THE COURT:  THANK YOU. |
| 11:45AM | 21 | THE OBJECTION IS OVERRULED.  IT'S ADMITTED, AND IT MAY BE |
| 11:45AM | 22 | PUBLISHED. |
| 11:45AM | 23 | (GOVERNMENT'S EXHIBIT 1772 WAS RECEIVED IN EVIDENCE.) |
| 11:45AM | 24 | BY MR. BOSTIC: |
| 11:45AM | 25 | Q.   AND LET'S START ON 1772 ON PAGE 3. |

ROSENDORFF DIRECT BY MR. BOSTIC

11:45AM 1          AND DO YOU SEE AN EMAIL THEREFROM ROMINA RIENER TO YOU ON

11:45AM 2     JANUARY 11TH, 2014?

11:45AM 3     A.   YES.

11:45AM 4     Q.   AND CAN YOU REMIND US HOW MANY MONTHS INTO THERANOS

11:45AM 5     OFFERING PATIENT TESTING IS THIS?

11:45AM 6     A.   I THINK THAT'S TEN MONTHS IF MY MATH IS CORRECT.

11:45AM 7     Q.   APPROXIMATELY?

11:45AM 8     A.   YEAH.

11:45AM 9     Q.   AND IN HER EMAIL SHE SAYS, "ADAM,

11:45AM 10         "HERE IS AN UPDATE ON WHERE WE ARE TODAY WITH SAMPLES AND

11:45AM 11    QC'S."

11:45AM 12         DO YOU SEE THAT?

11:45AM 13    A.   YES.

11:45AM 14    Q.   AND LET'S LOOK AT A COUPLE OF EXAMPLES, AND IF WE ZOOM IN

11:45AM 15    ON THAT FIRST TABLE, WE SEE THAT FOR TPSA -- DID YOU SAY THAT

11:45AM 16    WAS PROSTATE SPECIFIC ANTIGEN?

11:45AM 17    A.   YES.

11:45AM 18    Q.   AND FOR THAT ONE, OUT OF THREE READERS, ONLY ONE PASSED

11:46AM 19    BOTH QC.

11:46AM 20         DO YOU SEE THAT?

11:46AM 21    A.   YES.

11:46AM 22    Q.   AND UNDER NOTES, IT SAYS RERUNNING QC; CORRECT?

11:46AM 23    A.   YES.

11:46AM 24    Q.   DOWN AT THE BOTTOM FOR VITAMIN D, IT SAYS OUT OF FOUR

11:46AM 25    READERS, NOT ONE PASSED BOTH QUALITY CONTROLS.

ROSENDORFF DIRECT BY MR. BOSTIC

11:46AM  1          DO YOU SEE THAT?

11:46AM  2     A.   YES.

11:46AM  3     Q.   AND UNDER THE NOTES THERE, AGAIN IT SAYS RERUNNING QC.

11:46AM  4          DO YOU SEE THAT?

11:46AM  5     A.   YES.

11:46AM  6     Q.   AND LET'S GO TO PAGE 2 AND ZOOM IN ON THE TOP TABLE.  SO

11:46AM  7     MOVING FORWARD IN TIME.

11:46AM  8          AND WE GET AN UPDATE ON THESE NUMBERS; IS THAT RIGHT?

11:46AM  9     A.   YES.

11:46AM  10    Q.   SO AFTER THOSE RERUNS, FOR PSA, THE NUMBERS ARE STILL THE

11:46AM  11    SAME; CORRECT?

11:46AM  12    A.   YES, ONE OUT OF THREE.

11:46AM  13    Q.   AND OUT OF THREE RUNS, ONLY ONE PASSED.

11:46AM  14         AND THEN IT SAYS RERAN QC, FAILED AGAIN.

11:46AM  15         DO YOU SEE THAT?

11:46AM  16    A.   YES.

11:46AM  17    Q.   AND FOR VITAMIN D, TWO PASSED.

11:46AM  18         DO YOU SEE THAT?

11:46AM  19    A.   YES.

11:46AM  20    Q.   AND IT SAYS RERAN QC, ONLY TWO PASSED.

11:47AM  21         LET'S GO TO PAGE 1 AND ZOOM IN ON YOUR MESSAGE IN THE

11:47AM  22    MIDDLE OF THE PAGE.

11:47AM  23         THIS CAUSED YOU TO SEND AN EMAIL TO MR. BALWANI WITH THE

11:47AM  24    SUBJECT LINE EDISON BACKLOGS.

11:47AM  25         DO YOU SEE THAT?

ROSENDORFF DIRECT BY MR. BOSTIC

11:47AM  1     A.   YES.

11:47AM  2     Q.   AND YOU MARKED IT HIGH IMPORTANCE?

11:47AM  3     A.   YES.

11:47AM  4     Q.   AND YOU SAY "HI SUNNY,

11:47AM  5          "IT LOOKS LIKE THERE IS QUITE A BACKLOG OF EDISON TESTS.

11:47AM  6     FOR INSTANCE, FOR TSH, THERE ARE 4 EDISONS THAT ARE AVAILABLE

11:47AM  7     AND PASSED QC, AND 23 PENDING TESTS TO BE RUN."

11:47AM  8          WHAT PROMPTED YOU TO SEND THIS INFORMATION TO MR. BALWANI?

11:47AM  9     A.   I WAS ACTUALLY REALLY IRRITATED WITH MR. BALWANI BECAUSE I

11:47AM  10    HAD HEARD IN A LAB MEETING FROM BRIAN MARTIN THAT MR. BALWANI

11:47AM  11    HAD INSTRUCTED --

11:47AM  12              MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  THIS IS

11:47AM  13    HEARSAY.  MOVE TO STRIKE.

11:47AM  14              MR. BOSTIC:  I THINK IF HE'S ABOUT TO RELAY

11:48AM  15    MR. BALWANI'S STATEMENTS, THAT'S NOT HEARSAY, YOUR HONOR.

11:48AM  16              MR. COOPERSMITH:  HE WAS RELAYING A DIFFERENT

11:48AM  17    PERSON'S STATEMENT.

11:48AM  18              THE COURT:  I'M SORRY?

11:48AM  19              MR. COOPERSMITH:  YOUR HONOR, HE WAS RELAYING

11:48AM  20    SOMEONE ELSE'S STATEMENTS.

11:48AM  21              THE COURT:  WELL, MR. BOSTIC, IF YOU CAN INQUIRE AS

11:48AM  22    TO THE SOURCE OF THE STATEMENT.

11:48AM  23    BY MR. BOSTIC:

11:48AM  24    Q.   SO, DR. ROSENDORFF, I HAD ASKED YOU, I HAD ASKED YOU WHAT

11:48AM  25    CAUSED YOU TO SEND THIS EMAIL TO MR. BALWANI.

11:48AM  1        AND RATHER THAN ANSWER IN TERMS OF WHAT YOU HEARD, CAN YOU

11:48AM  2    JUST DESCRIBE FOR US WHY YOU THOUGHT THIS ISSUE DESERVED

11:48AM  3    MR. BALWANI'S ATTENTION?

11:48AM  4           MR. COOPERSMITH:  SAME OBJECTION.  IT'S ALREADY

11:48AM  5    BASED ON WHAT HE HEARD FROM A PERSON OTHER THAN MR. BALWANI.

11:48AM  6           THE COURT:  OVERRULED.

11:48AM  7       YOU CAN ANSWER THE QUESTION.

11:48AM  8           THE WITNESS:  MR. BALWANI HAD INSTRUCTED THE

11:48AM  9    LABORATORY STAFF TO ALIQUOT BLOOD FROM VACUTAINERS TO CTN'S AND

11:48AM  10   THEN RUN THEM ON THE EDISONS.

11:48AM  11       WE ALREADY WERE EXPERIENCING A BACKLOG ON THE EDISONS, AND

11:49AM  12   THIS PRACTICE MADE NO SENSE TO ME.  IT MADE NO SENSE ON ANY

11:49AM  13   LEVEL WHATSOEVER, AND IT WAS AN EXAMPLE OF HOW MR. BALWANI

11:49AM  14   WOULD MAKE DECISIONS WITHOUT CONSULTING ME.

11:49AM  15   BY MR. BOSTIC:

11:49AM  16   Q.   SO WE UNDERSTAND, WHAT ARE WE TALKING ABOUT WHEN WE'RE

11:49AM  17   TALKING ABOUT ALIQUOTING SAMPLES FROM A VACUTAINER TO A CTN?

11:49AM  18   WHAT DOES THAT MEAN?

11:49AM  19   A.   SO THE VENOUS BLOOD GOES INTO THE VACUTAINER, IT'S A

11:49AM  20   PLASTIC TUBE, A COUPLE MILS OF BLOOD.

11:49AM  21       AND THE PRACTICE HERE WAS TO TAKE A PIPET AND TRANSFER

11:49AM  22   THAT BLOOD FROM THE VACUTAINER INTO A CTN, WHICH IS THE DEVICE

11:49AM  23   THAT WAS USED TO COLLECT THE FINGERSTICK SAMPLES.

11:49AM  24   Q.   AND BECAUSE IT WAS A VENOUS SAMPLE AND A VACUTAINER, COULD

11:49AM  25   THAT SAMPLE HAVE BEEN RUN ON A STANDARD FDA APPROVED DEVICE?

11:50AM 1    A.   ABSOLUTELY, AND SHOULD HAVE.

11:50AM 2    Q.   AND WHY DID YOU OBJECT TO THE PRACTICE OF TAKING A VENOUS

11:50AM 3    SAMPLE FROM A VACUTAINER AND RUNNING IT ON A THERANOS ANALYZER?

11:50AM 4    A.   THAT WOULD INVOLVE SOMEBODY GOING INTO A TUBE AND

11:50AM 5    MANIPULATING THE TUBE, AND SO THERE'S THE POSSIBILITY OF

11:50AM 6    CONTAMINATION THERE, OR MIXUPS IN THE ALIQUOT PROCESS.

11:50AM 7         IT WOULD SEEM TO BE AN EFFORT TO REPRESENT THAT THAT

11:50AM 8    FINGERSTICK BLOOD HAD BEEN COLLECTED RATHER THAN VENOUS BLOOD.

11:50AM 9         AND IT WAS ALSO CAUSING OPERATIONAL PROBLEMS AND BACKLOGS.

11:50AM 10   Q.   AND WERE THOSE BACKLOGS CAUSED BY NOT HAVING ENOUGH

11:50AM 11   EDISONS AVAILABLE TO RUN THE TESTS THAT WERE ON DECK?

11:51AM 12   A.   CORRECT.

11:51AM 13   Q.   AND DID THE QC FAILURES HAVE ANY EFFECT ON THAT BACKLOG?

11:51AM 14   A.   YES.

11:51AM 15   Q.   HOW SO?

11:51AM 16   A.   AS I MENTIONED, A QC FAILURE WOULD NECESSITATE RERUNNING

11:51AM 17   THE QC, AND THEN IF FAILS AGAIN, YOU WOULD HAVE TO RECALIBRATE.

11:51AM 18   SO IT WOULD REALLY ADD HOURS ON TO THE TURN-AROUND TIME OF THE

11:51AM 19   LABORATORY TESTS.  DAYS MAYBE.

11:51AM 20   Q.   LET'S -- THANK YOU.  LET'S LOOK AT THE TOP OF THIS PAGE,

11:51AM 21   PAGE 1, AND SEE MR. BALWANI'S RESPONSE.

11:51AM 22        FIRST, HE INCLUDES OTHERS ON THIS EMAIL, INCLUDING

11:51AM 23   MS. HOLMES AND DANIEL YOUNG.

11:51AM 24        DO YOU SEE THAT?

11:51AM 25   A.   YES.

11:51AM   1    Q.   HE SAYS, "WE NEED THIS MESS RESOLVED ASAP."

11:51AM   2         DO YOU SEE THAT?

11:51AM   3    A.   YES.

11:51AM   4    Q.   AND HE NOTES THAT HE HAS BEEN ASKING FOR MORE READERS FOR

11:51AM   5    OVER TWO WEEKS NOW, AND HE NOTES THE TOTAL NUMBER OF WORKING

11:52AM   6    READY CALIBRATED EDISONS.

11:52AM   7         DO YOU SEE THAT?

11:52AM   8    A.   YES.

11:52AM   9    Q.   AND MR. BALWANI'S SOLUTION TO THE PROBLEM WAS MORE

11:52AM  10    EDISONS; IS THAT RIGHT?

11:52AM  11    A.   YES, HE SAYS MORE READERS, CORRECT.

11:52AM  12    Q.   OKAY.  WE CAN PUT THAT ASIDE.

11:52AM  13         AND IF I CAN ASK YOU TO TURN TO TAB 2188.

11:52AM  14    A.   I HAVE IT.

11:52AM  15    Q.   AND IS 2188 AN EMAIL BETWEEN YOU AND MR. BALWANI RELATING

11:52AM  16    TO QUALITY CONTROL FAILURES WITH THERANOS TESTS?

11:52AM  17    A.   YES.

11:52AM  18              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2188.

11:52AM  19              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:52AM  20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:53AM  21         (GOVERNMENT'S EXHIBIT 2188 WAS RECEIVED IN EVIDENCE.)

11:53AM  22    BY MR. BOSTIC:

11:53AM  23    Q.   OKAY.  LET'S START WITH THE ORIGINAL MESSAGE ON PAGE 2 AT

11:53AM  24    THE BOTTOM.

11:53AM  25         SO FIRST, DR. ROSENDORFF, LET'S SEE HOW THIS CONVERSATION

11:53AM  1    BEGAN.  WE'RE LOOKING AT AN EMAIL FROM YOU TO MS. HOLMES AND

11:53AM  2    MR. BALWANI; IS THAT RIGHT?

11:53AM  3    A.   YES.

11:53AM  4    Q.   AND THIS IS NOVEMBER 3RD, 2014; IS THAT CORRECT?

11:53AM  5    A.   YES.

11:53AM  6    Q.   CAN YOU REMIND US WHAT MONTH YOU LEFT THE COMPANY?

11:53AM  7    A.   NOVEMBER 2014.

11:53AM  8    Q.   WAS THIS MORE THAN A YEAR AFTER THERANOS BEGAN PATIENT

11:53AM  9    TESTING?

11:53AM  10   A.   CORRECT.

11:53AM  11   Q.   IN YOUR EMAIL YOU SAY, "I WOULD PREFER IF ALL THERANOS

11:53AM  12   TESTS SHOWED REFERENCE RANGES THAT WERE SPECIFIC TO THE SAMPLE

11:53AM  13   TYPE AND METHOD BEING USED."

11:53AM  14       CAN YOU EXPLAIN WHAT YOU WERE ASKING FOR HERE AND WHY?

11:53AM  15   A.   REALLY THERE WAS A LACK OF LITERATURE ABOUT WHAT REFERENCE

11:53AM  16   RANGES WERE IN FINGERSTICK BLOOD VERSUS VERY WELL ESTABLISHED

11:53AM  17   REFERENCE RANGES FOR VENOUS BLOOD.

11:54AM  18       I DIDN'T THINK THAT VENOUS BLOOD AND CAPILLARY BLOOD AND

11:54AM  19   FINGERSTICK BLOOD WERE EQUIVALENT NECESSARILY, SO IT WAS BETTER

11:54AM  20   PRACTICE, MORE CAUTIOUS PRACTICE TO HAVE SEPARATE REFERENCE

11:54AM  21   RANGES FOR CAPILLARY VERSUS VENOUS BLOOD.

11:54AM  22   Q.   YOU LAY OUT THREE KINDS OF TESTING SCENARIOS IN YOUR

11:54AM  23   EMAIL.

11:54AM  24       DO YOU SEE THAT?

11:54AM  25   A.   YES.

11:54AM  1      Q.   AND THE FIRST ONE IS TESTING CAPILLARY BLOOD USING A

11:54AM  2      THERANOS TEST; IS THAT RIGHT?

11:54AM  3      A.   YES.

11:54AM  4      Q.   AND THE THIRD ONE IS TESTING VENOUS BLOOD ON A PREDICATE

11:54AM  5      TEST; IS THAT RIGHT?

11:54AM  6      A.   YES.

11:54AM  7      Q.   AND THAT WOULD MEAN A NON-THERANOS FDA APPROVED DEVICE?

11:54AM  8      A.   CORRECT.

11:54AM  9      Q.   AND SCENARIO 2 INVOLVES USING VENOUS BLOOD ON A THERANOS

11:54AM 10      TEST; IS THAT CORRECT?

11:54AM 11      A.   YES.

11:54AM 12      Q.   AND YOU SAY IN YOUR EMAIL IN TERMS OF NUMBER 2, "WE SHOULD

11:54AM 13      DISCONTINUE THIS PRACTICE."

11:54AM 14           DO YOU SEE THAT?

11:54AM 15      A.   YES.

11:54AM 16      Q.   AND WHY DID YOU RECOMMEND DISCONTINUING THAT PRACTICE?

11:54AM 17      A.   IT RELATES BACK TO THE PREVIOUS EMAIL THAT WE DISCUSSED

11:55AM 18      WHERE CONTAMINATION BACKLOGS AND LACK OF TRANSPARENCY ABOUT

11:55AM 19      WHAT SAMPLE'S ACTUALLY BEING RUN.

11:55AM 20      Q.   AND AT ANY POINT DURING YOUR EMPLOYMENT AT THE COMPANY,

11:55AM 21      DID MR. BALWANI AGREE TO DISCONTINUE THE TESTING OF VENOUS

11:55AM 22      BLOOD ON THE THERANOS ANALYZER?

11:55AM 23      A.   I DON'T BELIEVE HE CONCEDED THE POINT IN THIS EXCHANGE.

11:55AM 24           I DON'T RECALL FURTHER CONVERSATIONS ON IT.

11:55AM 25      Q.   OKAY.  LET'S GO TO PAGE 1 AND LOOK AT THE TOP HALF.

11:55AM  1          AND YOU'RE HAVING A ONE-ON-ONE EMAIL EXCHANGE WITH

11:55AM  2     MR. BALWANI; CORRECT?

11:55AM  3     A.   YES.

11:55AM  4     Q.   AND AT THE BOTTOM OF THIS EMAIL SELECTION IT SAYS,

11:55AM  5     "FINALLY (AND THERE IS OBJECTIVE DATA ON THIS), THE RATE OF QC

11:56AM  6     FAILURE IS LOWER ON PREDICATE DEVICES THAN IT IS ON EDISONS, AS

11:56AM  7     IS THE THROUGHPUT OF PREDICATE DEVICES."

11:56AM  8          FIRST OF ALL, WHEN YOU SAY, "THE RATE OF QC FAILURE IS

11:56AM  9     LOWER ON PREDICATE DEVICES THAN IT IS ON EDISONS," WHAT DID YOU

11:56AM 10     MEAN BY THAT?

11:56AM 11     A.   IT MEANS THAT THE FDA APPROVED INSTRUMENTS FAILED QC MUCH

11:56AM 12     MORE RARELY THAN DID THE EDISONS.

11:56AM 13     Q.   AND YOU SAY THAT "THERE IS OBJECTIVE DATA ON THIS."

11:56AM 14          HOW DID YOU KNOW THAT TO BE ABLE TO TELL MR. BALWANI?

11:56AM 15     A.   WE HAD OBJECTIVE DATA ON OUR QC PERFORMANCE FOR EACH

11:56AM 16     MONTH.

11:56AM 17     Q.   SO THIS WAS ALL, OR AT LEAST PARTLY, BASED ON DATA

11:56AM 18     GENERATED WITHIN THERANOS ITSELF?

11:56AM 19     A.   YES.

11:56AM 20     Q.   BY THE WAY, YOU SAY IN THAT SAME EMAIL, "AS IS THE

11:56AM 21     THROUGHPUT OF PREDICATE DEVICES."  HOW DID THE THROUGHPUT OF

11:56AM 22     PREDICATE DEVICES COMPARE TO THE THROUGHPUT OF THE EDISON

11:57AM 23     DEVICES?

11:57AM 24     A.   MUCH HIGHER THROUGHPUT ON PREDICATE DEVICES.

11:57AM 25     Q.   DOES THAT MEAN THAT THEY COULD HANDLE MORE TESTS IN LESS

11:57AM 1      TIME?

11:57AM 2      A.   YES.

11:57AM 3      Q.   MR. BALWANI RESPONDS TO YOUR EMAIL.  HE SAYS, "ADAM,"

11:57AM 4      PERIOD, "THIS IS NOT THE CASE."

11:57AM 5           DO YOU SEE THAT?

11:57AM 6      A.   YES.

11:57AM 7      Q.   DID MR. BALWANI EVER PROVIDE YOU WITH ANY EVIDENCE

11:57AM 8      SUPPORTING HIS DISAGREEMENT WITH WHAT YOU SAID ABOUT THE

11:57AM 9      EDISONS DOING WORSE ON QC?

11:57AM 10     A.   NO.  IT'S JUST A FLAT REBUTTAL.

11:57AM 11     Q.   HE SAYS ALSO, "WHEN A DEVICE FAILS, WE ALWAYS TAKE THE

11:57AM 12     RIGHT CORRECTIVE ACTION AND MAKE SURE IT DOESN'T IMPACT THE

11:57AM 13     QUALITY OF RESULTS."

11:57AM 14          DO YOU SEE THAT?

11:57AM 15     A.   YES.

11:57AM 16     Q.   DOES THAT POINT RESOLVE, OR DID THAT POINT RESOLVE YOUR

11:57AM 17     CONCERNS ABOUT THE RELIABILITY OF THERANOS'S TESTS IN LIGHT OF

11:58AM 18     THE QC PERFORMANCE?

11:58AM 19     A.   NO.

11:58AM 20     Q.   WHY NOT?

11:58AM 21     A.   AS I MENTIONED, THE CORRECTIVE ACTION FOR QC FAILURES IS

11:58AM 22     TO RERUN THE QC.  IF IT HAPPENS TO PASS AGAIN -- I'M SORRY.

11:58AM 23               THE COURT:  IS THERE AN ISSUE WITH THE MACHINE?

11:58AM 24          THE SCREEN IS OUT.  I SEE.

11:58AM 25          GIVE ME JUST A SECOND, MR. BOSTIC.

11:58AM  1        IT LOOKS LIKE ONE OF OUR SCREENS IN THE JURY BOX IS OUT.

11:58AM  2    CAN YOU JUST MAYBE SEE IF THE WIRES ARE ATTACHED.

11:58AM  3            THE CLERK:  I CAN, BUT I HAVE TO GET BACK IN THERE.

11:58AM  4            MR. BOSTIC:  YOUR HONOR, THIS WAS MY LAST QUESTION

11:58AM  5    BEFORE CHANGING TOPICS, SO IF THE COURT NEEDED TO TAKE A BREAK?

11:58AM  6            THE COURT:  WELL, WE CAN DO THAT NOW.

11:58AM  7        WHY DON'T YOU -- CAN THE JURORS SEE THE OTHER MONITORS?

11:58AM  8    I'M SEEING THUMBS UP.  YES.  OKAY.  SO LET'S PROCEED FOR JUST A

11:58AM  9    MOMENT.

11:58AM  10       THANK YOU, MR. BOSTIC.

11:58AM  11   BY MR. BOSTIC:

11:58AM  12   Q.  SO, DR. ROSENDORFF, I THINK THE QUESTION PENDING WAS

11:59AM  13   MR. BALWANI'S POINT ABOUT TAKING CORRECTIVE ACTION WHEN A

11:59AM  14   DEVICE FAILED QC, DID THAT ADDRESS YOUR CONCERNS ABOUT THE

11:59AM  15   QUALITY OF THERANOS'S TEST RESULTS?

11:59AM  16   A.  NO.

11:59AM  17   Q.  AND WHY NOT?

11:59AM  18   A.  FOR INSTANCE, WHEN QC FAILS HALF OF THE TIME, IF IT FAILS

11:59AM  19   ONCE, YOU RERUN THE QC.  IT'S NOW GOT A 50 PERCENT CHANCE OF

11:59AM  20   WORKING.

11:59AM  21       IF IT HAPPENS TO WORK, YOU GO AHEAD AND RUN YOUR SAMPLES,

11:59AM  22   YOUR PATIENT SAMPLES.

11:59AM  23       WHAT THAT MEANS, IN ESSENCE, IS THAT THERE'S A 50 PERCENT

11:59AM  24   CHANCE OF THE PATIENT RESULTS BEING ACCURATE.

11:59AM  25   Q.  OKAY.  THANK YOU.

| | | |
|---|---|---|
| 11:59AM | 1 | WE CAN SET THAT EXHIBIT ASIDE. |
| 11:59AM | 2 | I'M ABOUT TO SHIFT GEARS, YOUR HONOR. |
| 11:59AM | 3 | THE COURT:  DO YOU HAVE OTHER EXHIBITS? |
| 11:59AM | 4 | MR. BOSTIC:  YES. |
| 11:59AM | 5 | THE COURT:  OKAY.  LET'S TAKE OUR BREAK NOW, LADIES |
| 11:59AM | 6 | AND GENTLEMEN.  LET'S TAKE OUR BREAK.  WE'LL TAKE 30 MINUTES, |
| 11:59AM | 7 | AND THEN WE'LL RESUME. |
| 12:00PM | 8 | YOU CAN STAND DOWN, DOCTOR.  THANK YOU. |
| 12:00PM | 9 | (JURY OUT AT 12:00 P.M.) |
| 12:00PM | 10 | THE COURT:  THE RECORD SHOULD REFLECT THAT THE JURY |
| 12:00PM | 11 | HAS LEFT FOR THEIR BREAK. |
| 12:00PM | 12 | WE'LL TRY TO CORRECT THIS MONITOR SITUATION. |
| 12:00PM | 13 | ANYTHING BEFORE WE BREAK, COUNSEL? |
| 12:01PM | 14 | MR. BOSTIC:  NO, YOUR HONOR. |
| 12:01PM | 15 | MR. COOPERSMITH:  NO, YOUR HONOR. |
| 12:01PM | 16 | (RECESS FROM 12:01 P.M. UNTIL 12:40 P.M.) |
| 12:41PM | 17 | (JURY IN AT 12:41 P.M.) |
| 12:41PM | 18 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 12:41PM | 19 | ALL RIGHT.  THANK YOU. |
| 12:41PM | 20 | WE'RE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT |
| 12:41PM | 21 | ARE PRESENT ONCE AGAIN. |
| 12:41PM | 22 | OUR JURY IS PRESENT. |
| 12:41PM | 23 | MR. BOSTIC, YOU'D LIKE TO CONTINUE? |
| 12:41PM | 24 | MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU. |
| 12:41PM | 25 | Q.   DR. ROSENDORFF, WELCOME BACK. |

12:41PM   1      A.   THANK YOU.

12:41PM   2      Q.   I WANT TO FOLLOW UP ON ONE TOPIC THAT WE DISCUSSED BEFORE

12:41PM   3      THE BREAK, WHICH IS THE TIME PERIOD AROUND THE COMMERCIAL

12:41PM   4      LAUNCH OF THE TESTING SERVICES.

12:41PM   5           DO YOU REMEMBER THAT TIME PERIOD?

12:41PM   6      A.   YES.

12:41PM   7      Q.   AND AROUND THAT TIME PERIOD, WE LOOKED AT AN EMAIL THAT

12:41PM   8      YOU SENT TO MS. HOLMES REQUESTING THAT THE LAUNCH BE DELAYED.

12:41PM   9           DO YOU REMEMBER THAT?

12:41PM  10      A.   YES.

12:41PM  11      Q.   BESIDES THAT EMAIL, DID YOU HAVE ANY CONVERSATIONS WITH

12:42PM  12      EITHER MS. HOLMES OR MR. BALWANI ABOUT THAT TOPIC, WHETHER THE

12:42PM  13      LAUNCH COULD BE DELAYED OR NOT?

12:42PM  14      A.   YES, I HAD A CONVERSATION WITH MS. HOLMES ABOUT IT.

12:42PM  15      Q.   AND WHEN DID THAT TAKE PLACE?  WAS IT BEFORE THE LAUNCH

12:42PM  16      DATE?

12:42PM  17      A.   IT WAS A COUPLE OF DAYS BEFORE THE LAUNCH, YES.

12:42PM  18      Q.   AND WHAT DO YOU REMEMBER ABOUT THAT CONVERSATION?

12:42PM  19               MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HEARSAY.

12:42PM  20               THE COURT:  OVERRULED.

12:42PM  21           YOU CAN ANSWER THE QUESTION, SIR.

12:42PM  22               THE WITNESS:  I WAS FEELING VERY UNCOMFORTABLE ABOUT

12:42PM  23      THE READINESS OF THE LAB FOR THE LAUNCH.  I -- ELIZABETH HAD

12:42PM  24      PAPERS STUCK TO HER WINDOW, THERE WAS A COUNTDOWN CLOCK FOR THE

12:42PM  25      LAUNCH.

12:42PM  1          I WENT INTO HER OFFICE.  I TOLD HER THAT I HAD SERIOUS,

12:42PM  2     GRAVE CONCERNS ABOUT SODIUM, POTASSIUM, GLUCOSE VALUES.

12:42PM  3          SHE WAS VERY NERVOUS.  SHE WASN'T HER UNUSUAL SELF, THIS

12:43PM  4     CONFIDENT, ASSURED CEO.

12:43PM  5          SHE SEEMED SCARED, FRANKLY.  HER KNEE WAS TAPPING.

12:43PM  6          AND SHE SAID THAT THE WORST CASE SCENARIO, THE LABORATORY

12:43PM  7     COULD REVERT TO VENOUS DRAWS FOR THESE TESTS THAT I WAS WORRIED

12:43PM  8     ABOUT.

12:43PM  9     BY MR. BOSTIC:

12:43PM  10    Q.   DURING THAT CONVERSATION, WAS MS. HOLMES RECEPTIVE TO THE

12:43PM  11    IDEA OF PUSHING BACK THE LAUNCH DATE?

12:43PM  12    A.   NO, SHE WAS NOT.

12:43PM  13    Q.   DO YOU RECALL HER SAYING ANYTHING SPECIFIC ABOUT THAT?

12:43PM  14    A.   NO.  IT WAS NEVER -- SHE NEVER OFFERED THAT AS A SOLUTION.

12:43PM  15    Q.   YOU SAID THAT MS. HOLMES SAID THAT, WORST CASE SCENARIO,

12:43PM  16    THE COMPANY COULD USE NON-THERANOS TECHNOLOGY; IS THAT RIGHT?

12:43PM  17    A.   CORRECT.

12:43PM  18    Q.   GOING FORWARD, DID YOU HAVE FURTHER DISCUSSIONS WITH

12:44PM  19    MR. BALWANI AND MS. HOLMES ABOUT WHETHER THERANOS SHOULD USE

12:44PM  20    NON-THERANOS TECHNOLOGY FOR SOME TESTS?

12:44PM  21    A.   THERE WAS AN EMAIL EXCHANGE SPECIFICALLY REGARDING HCG

12:44PM  22    TESTING THAT I BELIEVE MR. BALWANI WAS ON WHERE I ORDERED THE

12:44PM  23    LAB TO DISCONTINUE THE EDISON TESTING FOR HCG.

12:44PM  24          I SUGGESTED AT ONE POINT TO RUN POTASSIUM NEAT.  I

12:44PM  25    SUGGESTED IT TO DANIEL.  I THINK SUNNY WAS ON THAT EMAIL CHAIN,

ROSENDORFF DIRECT BY MR. BOSTIC

12:44PM  1    TOO.

12:44PM  2    Q.   AND I THINK WE'LL LOOK AT ONE OR TWO OF THOSE.

12:44PM  3    A.   YEAH.

12:44PM  4    Q.   AND I GUESS WHAT I'M ASKING NOW IS, GENERALLY SPEAKING,

12:44PM  5    WERE MR. HOLMES -- MR. BALWANI AND MS. HOLMES RECEPTIVE TO THAT

12:44PM  6    IDEA OF DISCONTINUING USE OF THE THERANOS TECHNOLOGY AND USING

12:44PM  7    THIRD PARTY DEVICES INSTEAD?

12:44PM  8    A.   NOT AT ALL.  IT WAS TABOO TO SUGGEST THAT, YEAH.

12:45PM  9    Q.   AND WHAT GAVE YOU THAT IMPRESSION?  WAS IT THE SPECIFIC

12:45PM  10   INSTANCES THAT YOU'RE REFERENCING?

12:45PM  11   A.   YES.

12:45PM  12   Q.   I'D LIKE TO TALK TO YOU NEXT ABOUT PROFICIENCY TESTING AT

12:45PM  13   THERANOS.

12:45PM  14   A.   YES.

12:45PM  15   Q.   FIRST, CAN YOU TELL US WHAT PROFICIENCY TESTING IS AT A

12:45PM  16   LAB AND HOW IT FITS IN WITH QUALITY CONTROL?

12:45PM  17   A.   IN ORDER FOR A LAB TO OPERATE, IT NEEDS TO CONDUCT

12:45PM  18   PROFICIENCY TESTING AT LEAST TWICE A YEAR FOR ALL, FOR ALL OF

12:45PM  19   THE CMS LISTED ANALYTES THAT REQUIRE PROFICIENCY TESTING.

12:45PM  20        GOOD LABORATORY PRACTICE, YOU WOULD DO PROFICIENCY TESTING

12:45PM  21   FOR ALL OF THE ANALYTES.

12:45PM  22        YOU SIGN UP WITH AN ORGANIZATION LIKE COLLEGE OF AMERICAN

12:45PM  23   PATHOLOGISTS, CAP, OR NEW YORK STATE, OR AMERICAN PROFICIENCY

12:45PM  24   INSTITUTE.  TWICE A YEAR THEY SEND YOU VIALS WITH MATERIAL IN

12:46PM  25   IT THAT MIMICS A HUMAN SAMPLE.

12:46PM 1        YOU THEN RUN THESE SAMPLES.  YOU GET A NUMBER, YOU GET A

12:46PM 2    RESULT, YOU WRITE IT DOWN ONLINE OR ON A PIECE OF PAPER, SEND

12:46PM 3    IT BACK TO THESE COMPANIES, OR ORGANIZATIONS, AND THEN A FEW

12:46PM 4    WEEKS LATER THEY'LL LET YOU KNOW HOW YOU DID.

12:46PM 5        AND ONE KEY ASPECT TO PROFICIENCY TESTING IS THAT YOU'RE

12:46PM 6    COMPARED TO YOUR PEERS, SO THE RESULT THAT YOU GET IS COMPARED

12:46PM 7    TO ALL OF THE OTHER USERS OF THE SAME METHOD.

12:46PM 8    Q.   AND WHEN WE'RE TALKING ABOUT THE SAME METHOD, DO YOU MEAN

12:46PM 9    THE SAME CHEMISTRY RUN ON THE SAME DEVICE?

12:46PM 10   A.   YES.

12:46PM 11   Q.   HOW DOES PROFICIENCY TESTING WORK THEN IN THE CONTEXT OF

12:46PM 12   DEVICES THAT ARE ONLY USED IN ONE PLACE, LIKE THE THERANOS

12:46PM 13   EDISONS?

12:46PM 14   A.   FOR LDT'S THE STANDARD PRACTICE IS YOU DO ALTERNATIVE

12:46PM 15   PROFICIENCY.

12:46PM 16   Q.   AND WHAT IS THAT?  HOW IS THAT DIFFERENT FROM NORMAL PT?

12:47PM 17   A.   THERE ARE DIFFERENT APPROACHES TO THIS.  ONE IS TO

12:47PM 18   BASICALLY CONTRIVE SPECIMENS WITH DIFFERENT LEVELS OF ANALYTES

12:47PM 19   IN THEM AND HAND THEM OFF TO THE LAB AND HAVE THEM TESTED.

12:47PM 20       YOU TRY NOT TO HAVE THESE TWO GROUPS COMMUNICATE TO EACH

12:47PM 21   OTHER TO BLIND THE PROCESS SOMEWHAT.

12:47PM 22       ANOTHER APPROACH IS YOU SPLIT THE SAMPLES AND YOU TEST

12:47PM 23   SOME AT YOUR OWN LAB AND YOU SEND THE OTHERS OUT TO BE TESTED

12:47PM 24   AT A DIFFERENT LAB AND YOU COMPARE THE RESULTS.

12:47PM 25       OR IN THERANOS'S CASE, YOU COULD COMPARE THE RESULTS THAT

12:47PM   1    YOU WOULD GET BY FINGERSTICK TO THE RESULTS YOU WOULD GET

12:47PM   2    USING, YOU KNOW, ON THE PREDICATE DEVICES.  SO YOU WOULD

12:47PM   3    COMPARE THE LDT TO THE PREDICATE DEVICE.

12:47PM   4    Q.   AND WHAT IS THE POINT OF DOING THIS KIND OF PROFICIENCY

12:47PM   5    TESTING?

12:47PM   6        WE'VE TALKED ALREADY TODAY ABOUT VALIDATION OF ASSAYS, AND

12:47PM   7    ON GOING QUALITY CONTROL.

12:47PM   8        WHY, AS A LAB DIRECTOR, DO YOU WANT TO SEE PROFICIENCY

12:48PM   9    TESTING AS WELL?

12:48PM  10    A.   WELL, ONE ASPECT -- MAYBE I HAVEN'T SPOKEN ABOUT IT

12:48PM  11    BEFORE -- IS THAT YOU CAN HAVE QC DRIFT WHERE YOUR QC RANGES

12:48PM  12    CAN DRIFT OVER TIME.  SO YOU MIGHT STILL BE IN WITH YOUR QC,

12:48PM  13    BUT YOU ACTUALLY, YOU'RE STARTING TO GET INTO A ZONE WHERE

12:48PM  14    YOU'RE REPORTING INACCURATE TESTS.

12:48PM  15        IT'S A FURTHER CHECK OF ACCURACY, I WOULD SAY.

12:48PM  16        IT ALSO ALLOWS YOU TO MAKE SURE THAT YOUR METHOD IS

12:48PM  17    COMPARABLE TO -- WHAT YOU'RE GETTING IS THE SAME AS WHAT OTHERS

12:48PM  18    ARE GETTING IN THE COMMUNITY FOR TEST VALUE.

12:48PM  19    Q.   SO LET'S TALK ABOUT PROFICIENCY TESTING AT THERANOS

12:48PM  20    SPECIFICALLY.

12:48PM  21        WHAT DO YOU RECALL ABOUT HOW PT WORKED AT THE COMPANY?

12:48PM  22    A.   WHEN I ARRIVED AT THE COMPANY, PT WAS BEING RUN ON THE

12:48PM  23    PREDICATE DEVICES USING API, AMERICAN PROFICIENCY INSTITUTE, OR

12:49PM  24    NEW YORK STATE SAMPLES.

12:49PM  25        OVER TIME, THE LABORATORY WAS DOING MOSTLY FINGERSTICK AND

12:49PM   1    MOSTLY LDT'S, AND BECAUSE THE REGULATIONS SAY YOU HAVE TO DO

12:49PM   2    PROFICIENCY WITH YOUR PRIMARY METHOD, IN MY MIND, THESE LDT'S

12:49PM   3    HAD BECOME THE PRIMARY METHOD.

12:49PM   4         SO, FOR INSTANCE, ON THE BLOOD ANALYZER WE WOULD DO

12:49PM   5    PROFICIENCY TESTING ON THE FDA APPROVED BLOOD ANALYZER, BUT WE

12:49PM   6    WEREN'T USING THAT AT ALL AFTER A WHILE FOR CBC'S, WE WERE

12:49PM   7    USING FLOW CYTOMETRY FOR CBC'S.

12:49PM   8    Q.   AND IS CBC COMPLETE BLOOD COUNT?

12:49PM   9    A.   YES.

12:49PM  10    Q.   AND WHY IS THAT A PROBLEM, IF IT IS, THE MISMATCH BETWEEN

12:49PM  11    WHAT DEVICES ARE USED FOR PROFICIENCY VERSUS DIFFERENT DEVICES

12:50PM  12    USED FOR PATIENT TESTING?

12:50PM  13    A.   WELL, FIRST OF ALL, JUST UPPER -- YOU KNOW IN TERMS OF

12:50PM  14    GOOD LABORATORY PRACTICE, IT DOESN'T TELL YOU HOW YOUR LDT IS

12:50PM  15    WORKING, WHETHER IT'S WORKING WELL OR BADLY, AND LEGALLY IT'S A

12:50PM  16    FORM OF CHEATING.

12:50PM  17    Q.   AT THERANOS, DID YOU RAISE -- WELL, LET ME JUST ASK --

12:50PM  18         MR. COOPERSMITH:  I MOVE TO STRIKE THE LAST ANSWER.

12:50PM  19    IT CALLS FOR AN IMPROPER LEGAL CONCLUSION.

12:50PM  20         THE COURT:  THE WORD "CHEATING"?

12:50PM  21         MR. COOPERSMITH:  YES, YOUR HONOR.

12:50PM  22         THE COURT:  OVERRULED.

12:50PM  23    BY MR. BOSTIC:

12:50PM  24    Q.   DR. ROSENDORFF, DURING YOUR TIME AT THE COMPANY, DID YOU

12:50PM  25    HAVE CONCERNS ABOUT THE WAY THE COMPANY WAS DOING OR NOT DOING

| | | |
|---|---|---|
| 12:50PM | 1 | PROFICIENCY TESTING? |
| 12:50PM | 2 | A.   YES. |
| 12:50PM | 3 | Q.   DID YOU RAISE THOSE CONCERNS TO MANAGEMENT ABOVE YOU? |
| 12:50PM | 4 | A.   REPEATEDLY, YES. |
| 12:50PM | 5 | Q.   DID THAT INCLUDE CONVERSATIONS WITH MR. BALWANI? |
| 12:50PM | 6 | A.   YES. |
| 12:50PM | 7 | Q.   WHAT DO YOU REMEMBER ABOUT THOSE CONVERSATIONS AND |
| 12:51PM | 8 | MR. BALWANI'S ATTITUDE ABOUT YOUR CONCERNS? |
| 12:51PM | 9 | A.   I REMEMBER AN INCIDENT WHERE WE DECIDED TO RUN LEFTOVER PT |
| 12:51PM | 10 | SAMPLE ON THE EDISONS WHERE MR. BALWANI -- WHERE THE RESULTS OF |
| 12:51PM | 11 | THOSE SHOWED THAT WE WERE FAILING -- WE WEREN'T ACCURATELY |
| 12:51PM | 12 | REPORTING THOSE VALUES, AND I WROTE A LONG EMAIL CHAIN WHERE HE |
| 12:51PM | 13 | BASICALLY SAID THERE'S A PROBLEM WITH THE PT SPECIMENS, THAT |
| 12:51PM | 14 | THERE ISN'T A PROBLEM WITH THE MACHINES, IT'S THESE SPECIMENS |
| 12:51PM | 15 | THAT ARE OFF. |
| 12:51PM | 16 | Q.   DID YOU HAVE CONVERSATIONS WITH MR. BALWANI ABOUT THE NEED |
| 12:51PM | 17 | FOR THE ALTERNATIVE ASSESSMENT OF PROFICIENCY THAT YOU WERE |
| 12:51PM | 18 | MENTIONING A MOMENT AGO? |
| 12:51PM | 19 | A.   YES. |
| 12:51PM | 20 | Q.   AND HOW DID HE REACT TO THOSE CONVERSATIONS?  WAS THE |
| 12:52PM | 21 | SITUATION RESOLVED AT THERANOS? |
| 12:52PM | 22 | A.   SO I MET WITH DANIEL IN 2013 AND WE DISCUSSED ALTERNATIVE |
| 12:52PM | 23 | PROFICIENCY.  THERE WAS AN SOP THAT WAS PUT TOGETHER THAT I |
| 12:52PM | 24 | SIGNED. |
| 12:52PM | 25 | THERE WAS NO DOCUMENT CONTROL AT THERANOS, SO IF I SIGNED |

12:52PM 1    SOMETHING, THE CONTENT COULD HAVE BEEN CHANGED COMPLETELY AND

12:52PM 2    MY SIGNATURE WOULD STILL BE APPENDED TO THAT DOCUMENT.

12:52PM 3        THE -- I WAS KIND OF LOSING TRACK OF YOUR QUESTION.  CAN

12:52PM 4    YOU REPEAT YOUR QUESTION?

12:52PM 5    Q.   SURE.  I CAN TRY TO ASK A MORE DIRECT QUESTION.

12:52PM 6        YOU SAID YOU DISCUSSED WITH MR. BALWANI THE NEED FOR

12:52PM 7    ALTERNATIVE PROFICIENCY; CORRECT?

12:52PM 8    A.   YES.

12:52PM 9    Q.   AND DID THERANOS EVER IMPLEMENT ALTERNATIVE PROFICIENCY

12:52PM 10   TESTING IN A WAY THAT SATISFIED YOUR CONCERNS?

12:52PM 11   A.   NO.  I RECALL SPECIFICALLY MR. BALWANI SAYING THAT WE WERE

12:53PM 12   DOING TOO MANY QUALITY EXERCISES AND SO, FOR INSTANCE, R&D

12:53PM 13   WOULD DO QUALITY EXERCISES TO CHECK ACCURACY INDEPENDENTLY OF

12:53PM 14   ANY SOP.

12:53PM 15       AND MR. BALWANI WAS AWARE OF THOSE EXERCISES.

12:53PM 16   Q.   SO IT MAY BE THAT YOU JUST ANSWERED MY NEXT QUESTION, BUT

12:53PM 17   I'LL ASK IT ANYHOW, WHICH IS, AS THE LAB DIRECTOR, WHY DIDN'T

12:53PM 18   YOU JUST CAUSE THERANOS TO DO ALTERNATIVE PROFICIENCY THE RIGHT

12:53PM 19   WAY?  WHAT, IF ANYTHING, WAS STOPPING YOU FROM FIXING THIS

12:53PM 20   PROBLEM YOURSELF?

12:53PM 21   A.   I WASN'T DIRECTING INDIVIDUALS TO DO THINGS OR ASSIGNING

12:53PM 22   RESOURCES FOR SPECIFIC PROJECTS.

12:53PM 23   Q.   AND WHY WAS THAT?

12:53PM 24   A.   I WAS NOT GIVEN THAT AUTHORITY AT THERANOS.

12:53PM 25   Q.   WHO DID HAVE THAT ROLE AT THERANOS OF ASSIGNING PEOPLE AND

12:53PM   1      ALLOCATING RESOURCES?

12:53PM   2      A.   SUNNY.

12:53PM   3      Q.   CAN I ASK YOU TO LOOK AT TAB 1724 IN YOUR BINDER, PLEASE.

12:54PM   4           AND DO YOU SEE --

12:54PM   5      A.   I'M SORRY.  GIVE ME A SEC.

12:54PM   6      Q.   OF COURSE.  TAKE YOUR TIME.

12:54PM   7      A.   I HAVE IT.

12:54PM   8      Q.   DO YOU SEE AT 1724 AN EMAIL FROM YOU TO CHINMAY PANGARKAR

12:54PM   9      IN MAY OF 2014 ABOUT PROFICIENCY TESTING FOR EDISONS?

12:54PM  10      A.   YES.

12:54PM  11               MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1724.

12:54PM  12               MR. COOPERSMITH:  OBJECTION, 802.

12:54PM  13               MR. BOSTIC:  YOUR HONOR, THE SOLE CONTENT OF THIS

12:54PM  14      EMAIL IS A QUESTION, SO I THINK BY DEFINITION IT'S NOT COMING

12:54PM  15      IN FOR ITS TRUTH.

12:54PM  16               THE COURT:  OBJECTION IS OVERRULED.  THIS IS

12:54PM  17      ADMISSIBLE.

12:54PM  18           THIS IS FROM MR. ROSENDORFF?

12:55PM  19               MR. BOSTIC:  YES, YOUR HONOR.

12:55PM  20               THE COURT:  IT'S ADMISSIBLE, AND IT MAY BE

12:55PM  21      PUBLISHED.

12:55PM  22           (GOVERNMENT'S EXHIBIT 1724 WAS RECEIVED IN EVIDENCE.)

12:55PM  23               MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:55PM  24      Q.   LET'S LOOK AT 1724 AND ZOOM IN ON THE CONTENT.

12:55PM  25           DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU TO

12:55PM   1      CHINMAY PANGARKAR ON MAY 13TH, 2014?

12:55PM   2      A.   YES.

12:55PM   3      Q.   AND THE SUBJECT IS PT TESTING FOR EDISONS; IS THAT RIGHT?

12:55PM   4      A.   YES.

12:55PM   5      Q.   AND DOES THIS RELATE TO PROFICIENCY TESTING FOR THE

12:55PM   6      THERANOS ANALYZER?

12:55PM   7      A.   YES, IT DOES.

12:55PM   8      Q.   AND IN THE EMAIL YOU ASK FOR AN UPDATE OR ANY UPDATES ON

12:55PM   9      PLANS FOR PROFICIENCY TESTING FOR THE EDISON ASSAYS.

12:55PM  10           DO YOU SEE THAT?

12:55PM  11      A.   YES.

12:55PM  12      Q.   AND WHY WERE YOU ASKING CHINMAY PANGARKAR THIS QUESTION AT

12:55PM  13      THIS TIME?

12:55PM  14      A.   BECAUSE DESPITE AN SOP AND AGREEMENT, OSTENSIVE AGREEMENT

12:55PM  15      THAT THIS SHOULD BE DONE, IT WASN'T BEING DONE.  SO I WAS

12:55PM  16      TRYING TO EXERT SOME AUTHORITY.

12:55PM  17      Q.   AND WHO WAS CHINMAY PANGARKAR SUCH THAT YOU THOUGHT IT WAS

12:55PM  18      THE RIGHT THING TO DO TO SEND HIM THIS EMAIL?

12:56PM  19      A.   HE WAS AN INDIVIDUAL WHO INITIALLY HAD DEVELOPED THE CBC

12:56PM  20      ASSAY USING FLOW CYTOMETRY, AND THEN HE WAS PUT ON TO THE

12:56PM  21      EDISONS.  I THINK IT WAS AFTER SUREKHA LEFT OR SHARADA LEFT,

12:56PM  22      BUT I DON'T RECALL EXACTLY.

12:56PM  23      Q.   LET ME ASK A DIFFERENT WAY.  WHY EMAIL CHINMAY INSTEAD OF

12:56PM  24      MR. BALWANI?

12:56PM  25      A.   I DIDN'T TRUST THAT MR. BALWANI WOULD INSTRUCT CHINMAY TO

12:56PM  1    PERFORM PROFICIENCY TESTING.

12:56PM  2    Q.   AND WAS THAT BASED ON YOUR PREVIOUS INTERACTIONS WITH HIM

12:56PM  3    ON THAT TOPIC?

12:56PM  4    A.   YES.

12:56PM  5    Q.   ONE MORE THING.

12:56PM  6         IN THE HEADER OF THIS EMAIL, DO YOU SEE A BCC FIELD?

12:57PM  7    A.   YES.

12:57PM  8    Q.   AND YOU BCC THIS EMAIL TO A GMAIL ADDRESS.

12:57PM  9         DO YOU SEE THAT?

12:57PM  10   A.   YES.

12:57PM  11   Q.   AND CAN YOU EXPLAIN WHAT IS HAPPENING THERE AND WHY THAT

12:57PM  12   IS THERE?

12:57PM  13   A.   THAT'S MY PERSONAL GMAIL ADDRESS.

12:57PM  14        I HAD BECOME SO FRUSTRATED WITH MY INSTRUCTIONS NOT BEING

12:57PM  15   FOLLOWED, AND WAS ALSO STARTING TO REALIZE THAT IN THE EYES OF

12:57PM  16   THE LAW I WOULD BE HELD RESPONSIBLE, THAT I DECIDED TO FORWARD

12:57PM  17   RELEVANT EMAILS TO MY GMAIL IN THE EVENT OF A GOVERNMENT

12:57PM  18   INVESTIGATION.

12:57PM  19   Q.   AND THIS WAS HAPPENING AT LEAST AS EARLY AS MAY OF 2014?

12:57PM  20   A.   YES.

12:57PM  21   Q.   AND YOU LEFT THE COMPANY APPROXIMATELY SIX MONTHS LATER?

12:57PM  22   A.   YES.

12:57PM  23   Q.   OKAY.  WE CAN PUT THAT ASIDE.

12:57PM  24        AND IF I COULD ASK YOU TO TURN TO 2099.

12:58PM  25   A.   I HAVE IT.

12:58PM  1   Q.   OKAY.  AND IS 2099 ANOTHER EMAIL BETWEEN YOU AND SOMEONE

12:58PM  2   AT THERANOS RELATING TO PROFICIENCY TESTING AND CMS REPORTING?

12:58PM  3   A.   YES.

12:58PM  4        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2099.

12:58PM  5        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

12:58PM  6        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:58PM  7        (GOVERNMENT'S EXHIBIT 2099 WAS RECEIVED IN EVIDENCE.)

12:58PM  8   BY MR. BOSTIC:

12:58PM  9   Q.   OKAY.  IF WE CAN JUST ZOOM IN ON THE TOP THIRD OF THE PAGE

12:58PM  10  OR SO.

12:58PM  11       DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU TO

12:58PM  12  DANIEL YOUNG AND SOMEONE NAMED BRAD ARINGTON?

12:58PM  13  A.   YES, I DO.

12:58PM  14  Q.   AND WHO WAS BRAD ARINGTON AT THERANOS?

12:58PM  15  A.   HE WAS THE IN-HOUSE COUNSEL, CHIEF COUNSEL.

12:58PM  16  Q.   AND YOU WRITE IN THIS EMAIL -- OCTOBER 16TH, 2014; IS THAT

12:59PM  17  RIGHT?

12:59PM  18  A.   YES.

12:59PM  19  Q.   YOU SAY, "BRAD,

12:59PM  20       "I WOULD LIKE TO DE-ENROLL IN CMS REPORTING FOR THE

12:59PM  21  FOLLOWING ANALYTES BASED ON THE FACT THAT THEY ARE NO LONGER

12:59PM  22  RUN ON METHODS FOR WHICH THERE IS A PEER-GROUP (THERANOS LDT

12:59PM  23  METHODS), AND BASED ON THE FACT THAT THEY ARE NO LONGER RUN ON

12:59PM  24  PREDICATE METHODS PRIMARILY."

12:59PM  25       DO YOU SEE THAT?

12:59PM   1     A.   YES.

12:59PM   2     Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS AND WHY YOU WERE

12:59PM   3     SENDING THIS EMAIL?

12:59PM   4     A.   WHEN YOU SIGN UP WITH AMERICAN PROFICIENCY INSTITUTE OR

12:59PM   5     NEW YORK STATE, CAP, TO DO PROFICIENCY TESTING, THOSE GROUPS

12:59PM   6     REPORT THOSE RESULTS TO CMS FOR THE CMS REPORTING METHODS,

12:59PM   7     WHICH ARE LISTED LOWER DOWN IN THE EMAIL.

12:59PM   8         IN ADDITION, THE STATUTE, THE CFR CLIA STATUTE, CLEARLY

12:59PM   9     SAYS THAT YOU SHOULD RUN PROFICIENCY TESTING FOR YOUR PRIMARY

01:00PM  10     METHOD, THAT'S THE METHOD THAT YOU USE MOST OFTEN.

01:00PM  11         THIS WAS NOT THE CASE.  THERANOS WAS RUNNING PROFICIENCY

01:00PM  12     TESTING ON THE PREDICATE INSTRUMENTS.

01:00PM  13     Q.   AND HOW WOULD THIS EMAIL ADDRESS THAT PROBLEM?

01:00PM  14     A.   WE WOULD NOT BE LEADING CMS TO BELIEVE THAT THOSE ANALYTES

01:00PM  15     WERE THE PRIMARY METHOD.  IT WOULD BE MISLEADING TO CMS TO

01:00PM  16     CONTINUE TO REPORT PROFICIENCY ON THOSE ANALYTES WHEN THEY WERE

01:00PM  17     NO LONGER OUR PRIMARY METHODS.

01:00PM  18     Q.   THIS IS OCTOBER 2014, ABOUT A MONTH BEFORE YOU LEFT THE

01:00PM  19     COMPANY; IS THAT RIGHT?

01:00PM  20     A.   YES.

01:00PM  21     Q.   IN LATE 2014, WERE THERE ANY IN-PERSON MEETINGS WITH

01:00PM  22     THERANOS MANAGEMENT ON THIS TOPIC, PROFICIENCY TESTING?

01:00PM  23     A.   YES, THERE WAS A LARGE MEETING IN THE TRI-QUARTER

01:01PM  24     CONFERENCE ROOM.

01:01PM  25     Q.   AND WHAT WAS THE CONTENT AND OUTCOME OF THAT MEETING?

01:01PM  1    A.   IT WAS AN ATTEMPT ON MY PART TO IMPLEMENT THE ALTERNATIVE

01:01PM  2    PROFICIENCY THAT WE HAD BEEN DISCUSSING FOR MONTHS.

01:01PM  3         I LEFT THE MEETING.  VARIOUS -- SUNNY SAID TO ELIZABETH,

01:01PM  4    IT'S UP TO YOU.  WE CAN DE-ENROLL IN THE CMS REPORTING OR NOT.

01:01PM  5         I DIDN'T COME OUT OF THE MEETING WITH A CLEAR -- WITH

01:01PM  6    ASSIGNED TASKS LIKE YOU'RE SUPPOSED TO COME OUT OF THE MEETING

01:01PM  7    WITH ASSIGNED TASKS TO VARIOUS PEOPLE, OR A PLAN, OR JUST WITH

01:01PM  8    THE GENERAL FEELING THAT THIS WOULD EVEN BE DONE.

01:01PM  9         I FELT IT WAS LIP SERVICE.

01:02PM 10    Q.   YOU SAID MR. BALWANI SAID SOMETHING ABOUT DE-ENROLLING

01:02PM 11    DURING THAT MEETING; IS THAT RIGHT?

01:02PM 12    A.   YES, YES.

01:02PM 13    Q.   AND WHEN HE SAID IT WAS UP TO YOU, TO WHOM WAS HE

01:02PM 14    SPEAKING?

01:02PM 15    A.   TO ELIZABETH.

01:02PM 16    Q.   AND FOLLOWING THAT MEETING, DID YOU SENSE ANY PROGRESS

01:02PM 17    BEING MADE IN THE RIGHT DIRECTION ON GETTING ALTERNATIVE

01:02PM 18    PROFICIENCY TESTING IMPLEMENTED AT THERANOS?

01:02PM 19    A.   NO, NONE AT ALL.

01:02PM 20    Q.   IN THIS EMAIL, WE SEE THAT FOUR DAYS AFTER YOU EMAILED

01:02PM 21    BRAD ARINGTON AND DANIEL YOUNG, YOU FORWARDED THAT CHAIN TO

01:02PM 22    YOUR GMAIL ADDRESS.

01:02PM 23         DO YOU SEE THAT?

01:02PM 24    A.   YES.

01:02PM 25    Q.   AND WAS THIS FOR THE SAME REASON THAT YOU PREVIOUSLY

01:02PM   1    DISCUSSED?

01:02PM   2    A.   YES.

01:02PM   3    Q.   HAD THAT PRACTICE CONTINUED THROUGHOUT THE SECOND HALF OF

01:02PM   4    2014?

01:02PM   5    A.   YES.

01:02PM   6    Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:02PM   7         AS LABORATORY DIRECTOR AT THERANOS, DID YOU HAVE ANY ROLE

01:02PM   8    IN RESPONDING TO OR MONITORING COMPLAINTS OR QUESTIONS THAT

01:03PM   9    CAME IN FROM DOCTORS AND PATIENTS?

01:03PM  10    A.   YES, I DID.

01:03PM  11    Q.   HOW DID YOU FIT INTO THAT PROCESS?

01:03PM  12    A.   IF THE COMPLAINT HAD TO DO WITH A MEDICAL ISSUE OR IT WAS

01:03PM  13    A RESULT THAT DIDN'T MAKE SENSE, IT WOULD BE ESCALATED TO ME,

01:03PM  14    AND I WOULD BE ASKED TO TALK TO THE CLINICIAN.

01:03PM  15    Q.   WHO ELSE WAS INVOLVED IN THAT ASPECT OF THERANOS'S

01:03PM  16    BUSINESS?  AND I'M TALKING SPECIFICALLY ABOUT RESPONDING TO

01:03PM  17    DOCTORS AND PATIENTS WHO MIGHT HAVE CONCERNS OR QUESTIONS ABOUT

01:03PM  18    THE THERANOS TEST RESULTS.

01:03PM  19    A.   THE FIRST POINT OF CONTACT WOULD BE A CUSTOMER SERVICE

01:03PM  20    REP.  I THINK HER NAME WAS ANNA.

01:03PM  21         ELIZABETH'S BROTHER, CHRISTIAN, WAS REALLY THE ONE WHO

01:03PM  22    BROKERED THOSE CONVERSATIONS.

01:03PM  23    Q.   AND WHAT WAS CHRISTIAN HOLMES'S JOB OR POSITION AT THE

01:04PM  24    COMPANY, IF YOU RECALL?

01:04PM  25    A.   HE INITIALLY WAS INVOLVED WITH THE ARIZONA ROLLOUTS, AND

01:04PM 1    THEN HE GOT PUT ON TO THIS CUSTOMER COMPLAINT ROLE.

01:04PM 2    Q.   AND DID CHRISTIAN HOLMES HAVE A POSITION WITHIN THE

01:04PM 3    THERANOS CLINICAL LAB?

01:04PM 4    A.   NO, HE DID NOT.

01:04PM 5    Q.   AND DID CHRISTIAN HOLMES HAVE A SCIENCE OR MEDICAL

01:04PM 6    BACKGROUND AS YOU UNDERSTOOD IT?

01:04PM 7    A.   NO, HE DID NOT.

01:04PM 8    Q.   AND WHAT WAS CHRISTIAN HOLMES'S ROLE IN HANDLING

01:04PM 9    COMPLAINTS FROM DOCTORS AND PATIENTS?

01:04PM 10   A.   HE WOULD DECIDE WHAT HAD TO BE ESCALATED TO ME, AND HE

01:04PM 11   WOULD COMMUNICATE THESE QUERIES OR COMPLAINTS TO ME, AND HE

01:04PM 12   WOULD ALSO MAKE SURE THAT THEY HAD BEEN ADDRESSED.

01:04PM 13   Q.   AND ONCE HE HANDED AN ISSUE OFF TO YOU, DID HE THEN STAND

01:04PM 14   BACK AND LET YOU MAKE THE DECISIONS YOU THOUGHT WERE

01:04PM 15   APPROPRIATE, OR DID HE HAVE SOME INFLUENCE IN HOW THOSE ISSUES

01:04PM 16   WERE HANDLED?

01:04PM 17   A.   WELL, MY JOB WAS BASICALLY TO TRY TO EXPLAIN AWAY LAB

01:05PM 18   RESULTS THAT DIDN'T MAKE SENSE USING, WHAT MEDICATIONS WAS THE

01:05PM 19   PATIENT ON?  WHAT WAS THE METHOD THAT WAS USED?  MAYBE THERE

01:05PM 20   WAS A DIFFERENT METHOD.

01:05PM 21       I WAS PRESSURED TO COME UP WITH OTHER EXPLANATIONS ABOUT

01:05PM 22   WHY LAB TESTS DIDN'T MAKE SENSE.

01:05PM 23       AND AT ONE POINT I REFUSED TO TRY TO DO THE SPIN AND SAID

01:05PM 24   I WOULDN'T BE TALKING TO THE DOCTOR ANYMORE.

01:05PM 25       AND THEN HE ESCALATED THAT TO HIS SISTER, ELIZABETH.

ROSENDORFF DIRECT BY MR. BOSTIC

01:05PM  1    Q.   OKAY.  WHEN YOU SAY THAT YOUR JOB WAS TO EXPLAIN AWAY TEST

01:05PM  2    RESULTS, DO YOU MEAN THAT THAT'S A NORMAL, APPROPRIATE PART OF

01:05PM  3    THE JOB OF THE LAB DIRECTOR?

01:05PM  4    A.   NO.  THE NORMAL JOB OF THE LAB DIRECTOR IS TO TAKE THESE

01:05PM  5    COMPLAINTS VERY SERIOUSLY.

01:05PM  6         IT'S NOT JUST THAT I WOULD EXPLAIN THEM AWAY.  I WOULD

01:05PM  7    ALSO DO A THOROUGH TECHNICAL REVIEW TO SEE IF ANYTHING HAD GONE

01:06PM  8    WRONG IN THE PROCESS OF TESTING THESE SAMPLE.

01:06PM  9    Q.   YOU TALKED ABOUT FEELING PRESSURE TO ENGAGE IN THAT

01:06PM  10   EXPLAINING AWAY.

01:06PM  11        WHERE DID THAT PRESSURE COME FROM?

01:06PM  12   A.   FROM SUNNY AND ELIZABETH.

01:06PM  13   Q.   YOU TESTIFIED THAT YOU WERE ALSO A LABORATORY DIRECTOR AT

01:06PM  14   UNIVERSITY OF PITTSBURGH BEFORE COMING TO THERANOS; IS THAT

01:06PM  15   RIGHT?

01:06PM  16   A.   YES.

01:06PM  17   Q.   AND HOW DID THIS PART OF THE JOB COMPARE BETWEEN THOSE TWO

01:06PM  18   PLACES?  FOR EXAMPLE, IN TERMS OF FREQUENCY OF COMPLAINTS FROM

01:06PM  19   DOCTORS AND PATIENTS ABOUT RESULTS, DID YOU SEE THAT HAPPENING

01:06PM  20   MORE COMMONLY AT THERANOS OR LESS COMMONLY AS COMPARED TO THE

01:06PM  21   PITTSBURGH LAB?

01:06PM  22   A.   MUCH MORE COMMONLY AT THERANOS.

01:06PM  23        ALSO WITH A MUCH LOWER TESTING VOLUME.

01:06PM  24   Q.   AND HOW DOES THE TESTING VOLUME PLAY INTO HOW CONCERNING

01:07PM  25   THIS WAS FOR YOU?

01:07PM 1     A.   WELL, THE MORE TESTS YOU RUN, THE MORE COMPLAINTS YOU'RE

01:07PM 2     GOING TO GET.  IT'S JUST THAT'S HOW THE NUMBERS WORK.

01:07PM 3          IF 3 PERCENT OF TESTS HAVE PROBLEMS, THE MORE TESTS YOU

01:07PM 4     RUN, THAT 3 PERCENT IS A LARGER NUMBER.

01:07PM 5          AT PITTSBURGH WE RAN MANY MORE TESTS AND HAD FAR FEWER

01:07PM 6     COMPLAINTS.

01:07PM 7     Q.   HOW ABOUT IN TERMS OF RESPONDING TO THOSE COMPLAINTS?  DID

01:07PM 8     THINGS WORK DIFFERENTLY AT THERANOS VERSUS UNIVERSITY OF

01:07PM 9     PITTSBURGH AS FAR AS YOUR FREEDOM TO COMMUNICATE WITH DOCTORS

01:07PM 10    AND PATIENTS AND WHAT YOU SAID TO THEM?

01:07PM 11    A.   YES.  MY COMMUNICATION WITH THE DOCTORS WAS NOT MONITORED,

01:07PM 12    POLICED, ENFORCED, ET CETERA, AT PITTSBURGH.  I WAS FREE TO

01:07PM 13    MEET WITH THE DOCTORS IN MY OFFICE ONE ON ONE.

01:08PM 14    Q.   LET'S LOOK AT SOME EXAMPLES OF SPECIFIC PATIENT RESULTS

01:08PM 15    THAT YOU REVIEWED WHILE YOU WERE AT THERANOS.

01:08PM 16         I'D LIKE TO START BY TALKING ABOUT THE HCG ASSAY.  WHAT IS

01:08PM 17    THE HCG ASSAY AND WHAT IS ITS CLINICAL USE?

01:08PM 18    A.   HCG STANDS FOR HUMAN CHORIONIC GONADOTROPIN.

01:08PM 19         IT'S THE PREGNANCY HORMONE.  IT'S USED TO DETECT

01:08PM 20    PREGNANCIES.

01:08PM 21    Q.   AND DID THERANOS OFFER AN HCG TEST DURING YOUR TIME AS LAB

01:08PM 22    DIRECTOR?

01:08PM 23    A.   YES.

01:08PM 24    Q.   AND DO YOU RECALL WHAT DEVICE THERANOS USED TO PERFORM THE

01:08PM 25    HCG TEST?

01:08PM 1    A.   IT STARTED OFF ON THE IMMULITE AND THEN WENT OVER TO THE

01:08PM 2    EDISON.

01:08PM 3    Q.   DURING YOUR TIME AT THERANOS, DID YOU SEE PROBLEMS WITH

01:08PM 4    THE ACCURACY OF THE HCG TESTS ON THE EDISON?

01:08PM 5    A.   YES, I DID.

01:08PM 6    Q.   CAN I ASK YOU TO LOOK AT TAB 4836, PLEASE.

01:09PM 7    A.   I HAVE IT.  I HAVE IT.

01:09PM 8    Q.   OKAY.  AND LET'S START ON, LET'S SEE, PAGE 6, PLEASE.

01:09PM 9         AND, FIRST OF ALL, IS THIS AN EMAIL CHAIN BETWEEN YOU AND

01:09PM 10   OTHER INDIVIDUALS AT THERANOS ABOUT PRECISION OF THE HCG ASSAY?

01:09PM 11   A.   JUST GIVE ME A SECOND SO I CAN SCROLL BACK TO THE

01:09PM 12   BEGINNING.

01:09PM 13   Q.   OF COURSE.

01:09PM 14   A.   WHOOPS.

01:09PM 15        YES, THE SUBJECT IS HCG PRECISION.

01:09PM 16   Q.   AND DO YOU SEE THAT BOTH MR. BALWANI AND MS. HOLMES ARE ON

01:09PM 17   THIS EMAIL CHAIN?

01:09PM 18   A.   YES.

01:09PM 19            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4836.

01:09PM 20            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:10PM 21            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:10PM 22        (GOVERNMENT'S EXHIBIT 4836 WAS RECEIVED IN EVIDENCE.)

01:10PM 23   BY MR. BOSTIC:

01:10PM 24   Q.   AND LET'S GO TO PAGE 6 TO THE ORIGINAL EMAIL ON THIS

01:10PM 25   CHAIN.

ROSENDORFF DIRECT BY MR. BOSTIC                                3321

01:10PM   1        DO YOU SEE THIS BEGINS WITH AN EMAIL THAT YOU'RE NOT ON TO

01:10PM   2   DANIEL YOUNG AND TO KARTHIK JAYASURYA.

01:10PM   3        AND SHARADA SIVARAMAN WRITES, "DID YOU HAVE A CHANCE TO GO

01:10PM   4   OVER HCG PRECISION DATA?"

01:10PM   5        AND THEN IT SAYS, "I AM CONCERNED ABOUT THE PROGRESSIVE

01:10PM   6   JUMP IN SIGNAL THAT WE SAW AND WANTED TO KNOW AHEAD OF TIME IF

01:10PM   7   A REPEAT EXERCISE IS REQUIRED."

01:10PM   8        DO YOU SEE THAT?

01:10PM   9   A.   YES.

01:10PM  10   Q.   LET'S LOOK AT PAGE 5, AND THE BOTTOM OF THE PAGE TO

01:10PM  11   CAPTURE THAT BOTTOM MESSAGE.

01:10PM  12        WE SEE HERE KARTHIK WRITES BACK, "ACCORDING TO DOCUMENT

01:11PM  13   SENT BY ADAM, DECISION LEVELS ARE AS FOLLOWS?"

01:11PM  14        DO YOU SEE THAT?

01:11PM  15   A.   YES.

01:11PM  16   Q.   AND CAN YOU ORIENT US HERE, WHAT STAGE IN THE PROCESS WAS

01:11PM  17   THIS, AND DO YOU RECALL WHAT KIND OF INFORMATION YOU WOULD HAVE

01:11PM  18   BEEN PROVIDING AT THIS STAGE?

01:11PM  19   A.   YEAH, ABSOLUTELY.

01:11PM  20        THIS IS DURING PRE-VALIDATION WHERE MY ROLE IS TO SAY WHAT

01:11PM  21   LEVELS OF THIS PREGNANCY HORMONE ARE CLINICALLY SIGNIFICANT OR

01:11PM  22   ARE USED AS TRIGGERS TO MAKE A CLINICAL DECISION?

01:11PM  23        AND ONE LEVEL THAT IS REALLY IMPORTANT IS THAT LEVEL OF 5,

01:11PM  24   BECAUSE ABOVE THAT LEVEL A WOMAN IS PREGNANT.

01:11PM  25   Q.   OKAY.  LET'S LOOK AT PAGE 4.  SO WE'RE MOVING FORWARD IN

01:11PM  1    TIME, AND WE SEE SOME EMAILS FROM YOU IN THIS EMAIL CHAIN.

01:11PM  2         AND DO YOU SEE GENERALLY THERE IS DISCUSSION ABOUT THOSE

01:11PM  3    DECISION LEVELS, WHAT ARE THE IMPORTANT CONCENTRATIONS FOR THIS

01:12PM  4    ANALYTE?

01:12PM  5    A.   YES.

01:12PM  6    Q.   OKAY.  AND DO YOU SEE THAT DANIEL YOUNG ASKS YOU ABOUT

01:12PM  7    ALLOWABLE ERRORS AT EACH OF THOSE LEVELS?

01:12PM  8    A.   YES.

01:12PM  9    Q.   AND WHAT DOES THAT MEAN?

01:12PM 10    A.   THE ALLOWABLE ERROR IS THE -- HOW MUCH ERROR OR INACCURACY

01:12PM 11    IN THE TEST IS GOING TO BE ALLOWED, AND IT'S THE SUM OF THE CV

01:12PM 12    OF PRECISION AND THE ACCURACY OR THE BIAS AS I'VE DISCUSSED

01:12PM 13    PREVIOUS.

01:12PM 14    Q.   OKAY.  LET'S LOOK AT THE TOP OF PAGE 3 IN THIS CHAIN.

01:12PM 15         AND DO YOU SEE THERE'S AN EMAIL FROM KARTHIK JAYASURYA TO

01:12PM 16    YOU AND OTHERS WHERE HE ASKS YOU, "IS THERE A WAY WE CAN RELAX

01:12PM 17    THE TAE CRITERIA AT THIS 50 LEVEL CONCENTRATION?"

01:12PM 18         DO YOU SEE THAT?

01:12PM 19    A.   YES.

01:12PM 20    Q.   AND IT SAYS, "CURRENTLY, OUR PRECISION STANDS AT

01:13PM 21    23 PERCENT WHICH IS MUCH MORE THAN TAE (15 PERCENT)."

01:13PM 22    A.   YES.

01:13PM 23    Q.   CAN YOU EXPLAIN WHAT THIS MEANS?

01:13PM 24    A.   SO TAE IS THE SUM OF THE PRECISION AND ACCURACY.

01:13PM 25         HERE THE PRECISION IS ALREADY 23 PERCENT, WHICH IS HIGHER

01:13PM  1    THAN THE TOTAL ERROR THAT IS ALLOWABLE, SO AT THIS DECISION

01:13PM  2    LEVEL, THE VALIDATION IS FAILING.

01:13PM  3    Q.   OKAY.  LET'S LOOK AT YOUR RESPONSE ON PAGE 2.

01:13PM  4         AND YOU WRITE IN YOUR EMAIL BACK AT THE BOTTOM OF THE

01:13PM  5    FIRST PARAGRAPH THERE, "MY CONCERN WITH RELAXING THE TOTAL

01:13PM  6    ALLOWABLE ERROR AROUND OR NEAR A DECISION POINT IS MAKING THE

01:13PM  7    WRONG CALL FOR A PATIENT."

01:13PM  8         DO YOU SEE THAT?

01:13PM  9    A.   YES.

01:13PM  10   Q.   AND THEN BELOW THAT YOU INCLUDE THE CV'S FOR THE IMMULITE

01:13PM  11   ASSAY; IS THAT CORRECT?

01:13PM  12   A.   YES.

01:13PM  13   Q.   OKAY.  AND IF WE JUST LOOK AT THAT TABLE BRIEFLY.

01:13PM  14        DO YOU SEE FOR THE IMMULITE ASSAY, THE CV NUMBERS WERE

01:14PM  15   SIGNIFICANTLY LOWER THAN WHAT THERANOS WAS SEEING FOR ITS HCG

01:14PM  16   ASSAY AT THIS TIME?

01:14PM  17   A.   YES.

01:14PM  18   Q.   LET'S GO TO PAGE 1.  LET'S LOOK AT THE BOTTOM OF THAT

01:14PM  19   PAGE.

01:14PM  20        AND SHARADA SIVARAMAN EMAILS MR. BALWANI INDIVIDUALLY

01:14PM  21   ABOUT THIS ON OCTOBER 30TH, 2013.

01:14PM  22        DO YOU SEE THAT?

01:14PM  23   A.   YES.

01:14PM  24   Q.   AND THE SUBJECT LINE IS HCG PRECISION.

01:14PM  25        AND SHE WRITES TO TELL HIM, "THE REPEAT EXERCISE OF ENTIRE

01:14PM   1     PRECISION WAS COMPLETED ON TUESDAY AND THE DATA WAS SENT OUT TO

01:14PM   2     DANIEL AND KARTHIK."

01:14PM   3          SHE THEN SAYS, "WE STILL DO NOT PASS AT THE THIRD

01:14PM   4     PRECISION LEVEL BECAUSE OUR PRECISION AT THAT LEVEL IS

01:14PM   5     23 PERCENT BUT WE ARE ONLY ALLOWED TAE OF 15 PERCENT."

01:15PM   6          DO YOU SEE MR. BALWANI BEING INFORMED OF THAT?

01:15PM   7     A.   YES, I SEE THAT.

01:15PM   8     Q.   ABOVE THAT MESSAGE, HE THEN EMAILS DANIEL YOUNG,

01:15PM   9     SAMARTHA ANEKAL, AND ELIZABETH HOLMES, NOTING THAT THE

01:15PM   10    PRECISION HAD BEEN RUN TWICE AT THAT POINT.

01:15PM   11         DO YOU SEE THAT?

01:15PM   12    A.   YES.

01:15PM   13    Q.   AND HE ASKS OTHERS TO LOOK INTO IT AND FIGURE OUT WHY THE

01:15PM   14    COMPANY IS MISSING THAT.

01:15PM   15         DO YOU SEE THAT?

01:15PM   16    A.   YES.

01:15PM   17    Q.   LET'S CONTINUE TO TRACK SOME ISSUES WITH THE HCG ASSAY.

01:15PM   18         LET'S GO TO TAB 4145 IN YOUR BINDER NEXT.

01:15PM   19    A.   I HAVE IT.

01:15PM   20    Q.   AND AT 4145, DO YOU SEE AN EMAIL CHAIN INCLUDING

01:16PM   21    INDIVIDUALS AT THERANOS AND INCLUDING MR. BALWANI AND

01:16PM   22    MS. HOLMES RELATING TO HCG RESULTS?

01:16PM   23    A.   YES.

01:16PM   24              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4145.

01:16PM   25              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:16PM   1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:16PM   2              (GOVERNMENT'S EXHIBIT 4145 WAS RECEIVED IN EVIDENCE.)

01:16PM   3    BY MR. BOSTIC:

01:16PM   4    Q.   LET'S START AT THE BOTTOM HALF OF PAGE 3.

01:16PM   5         DO YOU SEE THAT THIS BEGINS WITH AN EMAIL FROM SOMEONE

01:16PM   6    NAMED AMELIA AGUIRRE TO CLS@THERANOS.COM?

01:16PM   7    A.   YES.

01:16PM   8    Q.   AND DO YOU KNOW WHAT CLS STANDS FOR AT THE COMPANY?

01:16PM   9    A.   CLS IS CLINICAL LABORATORY SCIENTISTS.  THESE ARE PEOPLE

01:16PM  10    WITH TRAINING AND CERTIFICATION TO RELEASE PATIENT RESULTS.

01:16PM  11    Q.   OKAY.  AND THIS EMAIL SAYS, "PHYSICIAN IS CALLING ABOUT

01:17PM  12    RESULTS FOR HCG.  NOTES IN LIS INDICATE HCG RESULTS ARE OORL,

01:17PM  13    DO NOT RELEASE UNTIL FURTHER NOTICE."

01:17PM  14         DO YOU SEE THAT?

01:17PM  15    A.   YES.

01:17PM  16    Q.   AND WHAT WAS HAPPENING HERE?  AND WHAT DOES OORL MEAN?

01:17PM  17    A.   OORL IS OUT OF REFERENCE RANGE LOW.

01:17PM  18    Q.   AND WHAT WOULD THE SIGNIFICANCE OF THAT BE IN CONNECTION

01:17PM  19    WITH THIS KIND OF HCG TEST?

01:17PM  20    A.   CORRECTION.  OORL IS OUT OF REPORTABLE RANGE LOW.

01:17PM  21         THE SIGNIFICANCE WAS THAT THE LABORATORY INFORMATION

01:17PM  22    SYSTEM HAD FLAGGED THIS RESULT AND THAT THE CLS HAD CAUGHT

01:17PM  23    THIS, AND SHE'S SAYING, YOU KNOW, DON'T RELEASE THIS UNTIL

01:17PM  24    FURTHER NOTICE.

01:17PM  25    Q.   OKAY.  LET'S LOOK AT THE TOP OF PAGE 3.

01:17PM 1       AND WE SEE SOME MORE DETAILS REPORTED ABOUT THIS HCG

01:18PM 2   RESULT; CORRECT?

01:18PM 3   A.   YES.

01:18PM 4   Q.   AND IT READS, "IN ESSENCE, THE HCG VALUE FOR THIS PATIENT

01:18PM 5   WAS HIGH ON MAY 21ST (INDICATING PREGNANCY) AND THEN DROPPED

01:18PM 6   VERY VERY LOW ON MAY 23RD, POSSIBLY INDICATING A MISCARRIAGE OR

01:18PM 7   ABORTION."

01:18PM 8       DO YOU SEE THAT?

01:18PM 9   A.   YES.

01:18PM 10  Q.   AND IT SAYS, "SO WE WANT TO BE CAREFUL WITH THIS ONE."

01:18PM 11      DID I READ THAT CORRECTLY?

01:18PM 12  A.   YES.

01:18PM 13  Q.   OKAY.  LET'S GO TO PAGE 2 AND ZOOM IN ON THE TOP

01:18PM 14  TWO-THIRDS OF THE PAGE.

01:18PM 15      DO YOU SEE THERE'S A MESSAGE FROM MR. BALWANI TO

01:18PM 16  DANIEL YOUNG ABOUT THIS RESULT?

01:18PM 17      HE SAYS, "PLEASE KEEP ME IN LOOP ON THIS.  I ASSUME THIS

01:18PM 18  WAS RUN ON EDISONS?"

01:18PM 19      DO YOU SEE THAT?

01:18PM 20  A.   YES.

01:18PM 21  Q.   AND AROUND THIS TIME, WAS THERANOS OFFERING AN HCG TEST ON

01:18PM 22  ITS EDISON ANALYZER?

01:19PM 23  A.   YES.

01:19PM 24  Q.   AND LET'S LOOK AT THE TOP OF THIS PAGE.  ACTUALLY, WE'RE

01:19PM 25  THERE ALREADY.

ROSENDORFF DIRECT BY MR. BOSTIC

01:19PM   1          WE SEE THERE'S A RESPONSE TO MR. BALWANI INDICATING, YES,

01:19PM   2   THE TEST WAS RUN ON EDISONS.

01:19PM   3          DO YOU SEE THAT?

01:19PM   4   A.   YES.

01:19PM   5   Q.   LET'S GO TO PAGE 1 AND LOOK AT THE TOP HALF.

01:19PM   6          DO YOU SEE HERE THAT DANIEL YOUNG GIVES MR. BALWANI SOME

01:19PM   7   MORE INFORMATION ABOUT THIS HCG RESULT AND HE SAYS, "PHYSICIAN

01:19PM   8   NOTED THAT IT WOULD BE SURPRISING TO SEE THE COUNT DROP SO

01:19PM   9   MUCH, EVEN WITH A MISCARRIAGE.  HENCE THE AGREEMENT TO COLLECT

01:19PM  10   ANOTHER SAMPLE."

01:19PM  11          DO YOU SEE THAT?

01:19PM  12   A.   YES.

01:19PM  13   Q.   AND THEN AT THE TOP OF THE PAGE MS. HOLMES WRITES TO

01:19PM  14   MR. BALWANI INDIVIDUALLY, AND SHE SAYS, "I'VE DONE MANY

01:19PM  15   MEETINGS ON THIS TODAY."

01:19PM  16          DO YOU SEE THAT?

01:19PM  17   A.   YES.

01:19PM  18   Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:20PM  19          LET'S LOOK AT 4147.

01:20PM  20   A.   OKAY.

01:20PM  21   Q.   AROUND THIS TIME PERIOD, SO IN MAY OF 2014, DID YOU HAVE

01:20PM  22   CONCERNS AS LABORATORY DIRECTOR ABOUT THE ACCURACY AND

01:20PM  23   RELIABILITY OF THERANOS'S HCG ASSAY?

01:20PM  24   A.   YES, I DID.

01:20PM  25   Q.   AND WHAT WERE THOSE CONCERNS BASED ON?

01:20PM 1    A.   MY CONCERNS WERE BASED ON WILDLY FLUCTUATING HCG LEVELS ON

01:20PM 2    ORIGINAL TESTING AND RETESTING EVEN ON THE SAME SAMPLE, AND

01:20PM 3    ALSO ON CONSECUTIVE SAMPLES.

01:20PM 4    Q.   AT 4147, ARE WE LOOKING AT AN EMAIL FROM YOU TO OTHERS AT

01:20PM 5    THERANOS RELAYING A DECISION BASED ON THOSE CONCERNS?

01:20PM 6    A.   YES.

01:20PM 7              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4147.

01:20PM 8              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:20PM 9              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:21PM 10       (GOVERNMENT'S EXHIBIT 4147 WAS RECEIVED IN EVIDENCE.)

01:21PM 11   BY MR. BOSTIC:

01:21PM 12   Q.   OKAY.  AND LET'S ZOOM IN ON YOUR FIRST EMAIL ON THE BOTTOM

01:21PM 13   OF THE PAGE.

01:21PM 14       YOU SENT AN EMAIL ON FRIDAY, MAY 30TH, 2014, AND IT SAYS

01:21PM 15   TO CLS.

01:21PM 16       WAS THIS TO ONE PERSON OR MORE THAN ONE?

01:21PM 17   A.   IT WAS TO THE CLS GROUP EMAIL.

01:21PM 18   Q.   AND THE SUBJECT IS HCG TESTING, AND YOU MARK IT HIGH

01:21PM 19   IMPORTANCE.

01:21PM 20       DO YOU SEE THAT?

01:21PM 21   A.   YES.

01:21PM 22   Q.   AND YOU WRITE IN ALL CAPS, "NUMBER 1, ALL FURTHER HCG

01:21PM 23   TESTING (CTN OR VACUTAINER) IS TO BE RUN ON THE IMMULITE."

01:21PM 24       DO YOU SEE THAT?

01:21PM 25   A.   YES.

01:21PM   1    Q.   AND NUMBER 2 SAYS, "HOLD ALL EDISON CTN RESULTS -- DO NOT

01:21PM   2    RELEASE."

01:21PM   3         DO YOU SEE THAT?

01:21PM   4    A.   YES.

01:21PM   5    Q.   AND WHAT DECISION WERE YOU MAKING HERE, AND WHY?

01:21PM   6    A.   I WAS MAKING THE DECISION TO DISCONTINUE HCG TESTING ON

01:21PM   7    THE EDISON BECAUSE I DIDN'T TRUST IT, AND TO MOVE IT ON TO THE

01:22PM   8    IMMULITE, BACK ON TO THE IMMULITE.

01:22PM   9    Q.   AND WAS THIS SOMETHING THAT YOU DID LIGHTLY OR IMPULSIVELY

01:22PM  10    AT THERANOS AS LAB DIRECTOR?

01:22PM  11    A.   NO.  I KNEW IT WAS GOING TO BE A VERY, VERY UNPOPULAR

01:22PM  12    DECISION.

01:22PM  13    Q.   WHAT MADE YOU THINK THAT THIS WAS GOING TO BE AN UNPOPULAR

01:22PM  14    DECISION, AND WHO DID YOU THINK IT WAS GOING TO BE UNPOPULAR

01:22PM  15    WITH?

01:22PM  16    A.   WITH SUNNY AND ELIZABETH.  THEY WERE REALLY PUSHING FOR

01:22PM  17    MORE AND MORE TESTS TO BE RUN ON THE EDISONS.

01:22PM  18    Q.   SO DESPITE KNOWING THAT IT WAS GOING TO BE UNPOPULAR WITH

01:22PM  19    YOUR BOSSES, WHY DID YOU DECIDE TO MAKE THIS DECISION AND SEND

01:22PM  20    THIS EMAIL?

01:22PM  21    A.   TO PROTECT WOMEN.

01:22PM  22    Q.   ARE YOU TALKING ABOUT THE PATIENTS WHO WERE RELYING ON

01:22PM  23    THERANOS?

01:22PM  24    A.   THE PATIENTS, YES.

01:22PM  25    Q.   LET'S ZOOM OUT AND LOOK AT THE TOP PORTION OF THIS PAGE.

01:22PM   1          AND DO YOU SEE AT THE TOP MR. BALWANI FORWARDS THE EMAIL

01:23PM   2     THAT YOU SENT TO CLS TO MS. HOLMES INDIVIDUALLY?

01:23PM   3          DO YOU SEE THAT?

01:23PM   4     A.   YES.

01:23PM   5     Q.   DO YOU KNOW WHETHER MR. BALWANI WAS PART OF THE CLS EMAIL

01:23PM   6     GROUP?

01:23PM   7     A.   I DO NOT RECALL.

01:23PM   8     Q.   DID MR. BALWANI HAVE A POSITION WITHIN THE THERANOS

01:23PM   9     CLINICAL LAB?

01:23PM  10     A.   NO, HE DID NOT.

01:23PM  11     Q.   TO BE A CLS --

01:23PM  12     A.   JUST A CLARIFICATION.  HE DID NOT HAVE A -- HE WAS NOT ON

01:23PM  13     THE ROSTER, THE LIST OF PERSONNEL THAT WE SENT TO CMS.

01:23PM  14     Q.   WHAT DOES CLS STAND FOR?

01:23PM  15     A.   CMS?  I'M SORRY?

01:23PM  16     Q.   CLS.

01:23PM  17     A.   OH, CLS.  CLINICAL LABORATORY SCIENTIST.

01:23PM  18     Q.   AND DOES A CLINICAL LABORATORY SCIENTIST HAVE TO HAVE

01:23PM  19     CERTAIN CREDENTIALS OR QUALIFICATIONS?

01:23PM  20     A.   YES.

01:23PM  21     Q.   AND WHAT ARE THOSE?

01:23PM  22     A.   THEY HAVE TO HAVE COMPLETED TRAINING IN A -- CLS IS A

01:24PM  23     CALIFORNIA SPECIFIC QUALIFICATION.  IT'S RECOGNIZED BY

01:24PM  24     LABORATORY FIELD SERVICES, PART OF CALIFORNIA DEPARTMENT OF

01:24PM  25     PUBLIC HEALTH.

01:24PM   1        THOSE FOLKS HAVE TO GO THROUGH A TRAINING PROGRAM, THEY

01:24PM   2    HAVE TO TAKE AN EXAM.

01:24PM   3    Q.   DID MR. BALWANI HAVE THOSE QUALIFICATIONS AS YOU

01:24PM   4    UNDERSTOOD IT?

01:24PM   5    A.   NO, HE DID NOT.

01:24PM   6    Q.   WAS MR. BALWANI A CLINICAL LAB SCIENTIST AT THERANOS AS

01:24PM   7    FAR AS YOU KNEW?

01:24PM   8    A.   NO, HE WAS NOT.

01:24PM   9    Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:24PM  10        AND LET'S GO TO 4840.

01:24PM  11        LET ME ASK, AS YOU TURN THERE, DO YOU REMEMBER ANY

01:24PM  12    IN-PERSON CONVERSATIONS WITH MR. BALWANI OR MS. HOLMES AROUND

01:24PM  13    THIS TIME PERIOD ABOUT HCG TESTING?

01:24PM  14    A.   YES.

01:25PM  15    Q.   WHAT DO YOU REMEMBER ABOUT THOSE CONVERSATIONS?

01:25PM  16    A.   I REMEMBER ENCOUNTERING ELIZABETH IN THE FRONT SECTION OF

01:25PM  17    THE OFFICE IN PALO ALTO AND HER ASKING ME HOW THINGS ARE GOING

01:25PM  18    AND ME SAYING THAT I WAS FREAKING OUT.

01:25PM  19    Q.   AND DID YOU EXPLAIN WHAT YOU WERE FREAKING OUT ABOUT WHEN

01:25PM  20    MS. HOLMES ASKED YOU?

01:25PM  21    A.   YES.

01:25PM  22    Q.   AND WHAT DID YOU TELL HER?

01:25PM  23    A.   I TOLD HER THAT OUR HCG TESTING WAS CAUSING HARM.

01:25PM  24    Q.   AND HOW DID MS. HOLMES REACT TO HEARING FROM HER LAB

01:25PM  25    DIRECTOR THAT THE THERANOS HCG TEST WAS CAUSING HARM?

01:25PM  1    A.   SHE SEEMED FAIRLY COMPOSED, THAT IT WAS JUST ANOTHER

01:25PM  2    PROBLEM TO SOLVE.

01:25PM  3    Q.   AND GOING FORWARD, FOLLOWING YOUR EMAIL WHERE YOU DECIDED

01:26PM  4    TO STOP USING THE THERANOS ANALYZER FOR HCG TESTING --

01:26PM  5    A.   YES.

01:26PM  6    Q.   -- DID THERANOS, IN FACT, CEASE ALL USE OF THE EDISON FOR

01:26PM  7    HCG?

01:26PM  8    A.   MY UNDERSTANDING WAS NO, THAT IT WENT BACK ON THE IMMULITE

01:26PM  9    WITHOUT MY KNOWLEDGE.

01:26PM  10   Q.   YOU SAID IT WENT BACK ON THE IMMULITE --

01:26PM  11   A.   I'M SORRY.  IT WENT BACK ON THE EDISON WITHOUT MY

01:26PM  12   KNOWLEDGE.

01:26PM  13   Q.   OKAY.  LET'S LOOK AT 4840.

01:26PM  14        DO YOU HAVE THAT IN FRONT OF YOU?

01:26PM  15   A.   YES.

01:26PM  16   Q.   AND IS THIS ANOTHER EMAIL CHAIN INTERNALLY AT THERANOS,

01:26PM  17   INCLUDING MR. BALWANI, AND RELATING TO THE STATUS OF SOME HCG

01:26PM  18   RESULTS?

01:26PM  19   A.   YES.

01:26PM  20        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4840.

01:26PM  21        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:27PM  22        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:27PM  23        (GOVERNMENT'S EXHIBIT 4840 WAS RECEIVED IN EVIDENCE.)

01:27PM  24   BY MR. BOSTIC:

01:27PM  25   Q.   OKAY.  AND WE'VE REDACTED SOME PATIENT INFORMATION HERE,

01:27PM  1    DR. ROSENDORFF, SO I'LL ASK YOU NOT TO READ OUT LOUD THAT

01:27PM  2    PORTION OF IT.

01:27PM  3        BUT LOOKING AT PAGE 3, DO YOU SEE THAT THERE IS AN EMAIL

01:27PM  4    FROM AMELIA AGUIRRE ABOUT A PHYSICIAN LOOKING FOR RESULTS FOR A

01:27PM  5    PATIENT WITH AN HCG TEST?

01:27PM  6    A.   YES.

01:27PM  7    Q.   OKAY.  AND LET'S LOOK ABOVE THAT AT THE RESPONSE FROM

01:27PM  8    ROMINA RIENER.

01:27PM  9        DO YOU SEE THAT SHE WRITES, "WE RAN THAT SAMPLE YESTERDAY

01:27PM 10    BUT THE RESULTS CAME OUT INVALID (FAILED RUN).  IT IS STILL

01:27PM 11    PENDING A RERUN."

01:27PM 12        DO YOU SEE THAT?

01:27PM 13    A.   YES.

01:27PM 14    Q.   AND WHAT WAS A FAILED RUN OR AN INVALID RESULT ON AN

01:27PM 15    EDISON?

01:27PM 16    A.   IT BASICALLY MEANS THAT THE EDISON EITHER ABORTED BEFORE

01:28PM 17    IT COULD COMPLETE THE RUN, OR IT DIDN'T PRODUCE ACCEPTABLE DATA

01:28PM 18    WITHIN THE INSTRUMENT.

01:28PM 19    Q.   OKAY.  LET'S KEEP FOLLOWING THIS CHAIN AND GO TO PAGE 2,

01:28PM 20    SO MOVING FORWARD IN TIME.

01:28PM 21        AND LET'S ZOOM IN ON THE BOTTOM THIRD OF THE PAGE.

01:28PM 22        DO YOU SEE AN EMAIL FROM MAX FOSQUE THAT SAYS "I BELIEVE

01:28PM 23    TINA JUST BROUGHT THIS UPSTAIRS, WE CAN RUN NEAT ON THE

01:28PM 24    IMMULITE."

01:28PM 25        DO YOU SEE THAT?

ROSENDORFF DIRECT BY MR. BOSTIC

01:28PM  1    A.   YES.

01:28PM  2    Q.   AND CAN YOU REMIND US WHAT PARTS OF THE LAB WERE UPSTAIRS

01:28PM  3    VERSUS DOWNSTAIRS?

01:28PM  4    A.   UPSTAIRS SUNNY CALLED IT JURASSIC PARK.  IT WAS THE FDA

01:28PM  5    APPROVED INSTRUMENTS, FDA APPROVED INSTRUMENTS.

01:28PM  6    Q.   IN OTHER WORDS, THE NON-THERANOS COMMERCIALLY AVAILABLE

01:28PM  7    DEVICES?

01:28PM  8    A.   RIGHT.

01:28PM  9    Q.   AND WAS THE IMMULITE ONE OF THOSE?

01:28PM 10    A.   YES.

01:28PM 11    Q.   TINA LIN REPORTS SHE BROUGHT THE SAMPLE UPSTAIRS, BUT HODA

01:29PM 12    SAID THEY CAN'T RUN IT.

01:29PM 13         DO YOU SEE THAT?

01:29PM 14    A.   YES.

01:29PM 15    Q.   AND LET'S KEEP SCROLLING UP.  AND THERE'S ANOTHER MESSAGE

01:29PM 16    FROM TINA LIN JUST ON THAT SAME PAGE, STILL ON 2, WHERE MS. LIN

01:29PM 17    SAYS, "WE'RE MINUTES AWAY FROM FINDING OUT WHETHER HCG ON

01:29PM 18    EITHER OF THE EDISON DEVICES HAVE PASSED."

01:29PM 19         DO YOU SEE THAT?

01:29PM 20    A.   YES.

01:29PM 21    Q.   AND WHAT IS THAT REFERRING TO?

01:29PM 22    A.   IT'S REFERRING TO RUNNING QC ON EITHER OF THE EDISON

01:29PM 23    DEVICES, WHICH I TAKE TO MEAN THAT THERE WERE ONLY TWO THAT

01:29PM 24    WERE BEING USED FOR HCG, AND THAT THEY WERE CLOSE TO

01:29PM 25    DETERMINING WHETHER THE QC PASSED.

01:29PM  1     Q.   SO, IN OTHER WORDS, WHETHER THOSE EDISON DEVICES WOULD BE

01:29PM  2     AVAILABLE TO EVEN RUN THIS SAMPLE; CORRECT?

01:29PM  3     A.   YES.

01:29PM  4     Q.   LET'S LOOK AT PAGE 1, SO AGAIN MOVING FORWARD IN TIME.

01:29PM  5     ZOOM IN ON THE BOTTOM.

01:30PM  6          AND DO YOU SEE THAT MS. LIN FOLLOWS UP AND REPORTS, "LEVEL

01:30PM  7     2 FOR HCG JUST BARELY FAILED ON BOTH READERS, SORRY."

01:30PM  8          DO YOU SEE THAT?

01:30PM  9     A.   YES.

01:30PM 10     Q.   AND DOES IT MEAN THAT THOSE READERS, ACCORDING TO QUALITY

01:30PM 11     CONTROL, COULDN'T BE COUNTED ON TO RUN THE HCG SAMPLE THAT DAY?

01:30PM 12     A.   CORRECT.

01:30PM 13     Q.   AND LET'S SCROLL UP FROM THERE.

01:30PM 14          AND DO YOU SEE A MESSAGE FROM CHRISTIAN HOLMES TO HIS

01:30PM 15     SISTER, ELIZABETH HOLMES?

01:30PM 16     A.   YES, AND TO SUNNY.

01:30PM 17     Q.   AND LET'S LOOK AT THE FIRST ONE, JUST TO MS. HOLMES FIRST,

01:30PM 18     WHERE CHRISTIAN SAYS, "JUST FYI -- HCG RIGHT NOW CAUSING SOME

01:30PM 19     SERIOUS ISSUES AND PATIENT COMPLAINT."

01:30PM 20          DO YOU SEE THAT?

01:30PM 21     A.   YES.

01:30PM 22     Q.   AND ABOVE THAT HE WRITES, "WE ALSO HAVE A CAPACITY ISSUE

01:30PM 23     RIGHT NOW."

01:30PM 24          DO YOU SEE THAT REPORT?

01:30PM 25     A.   YES.

01:31PM   1    Q.   ABOVE THAT DO YOU SEE THAT MS. HOLMES RESPONDS TO

01:31PM   2    CHRISTIAN HOLMES AND INCLUDES MR. BALWANI?

01:31PM   3    A.   YES.

01:31PM   4    Q.   OKAY.  SHE SAYS, "WE'LL CONNECT IN DETAIL ON THIS AS SOON

01:31PM   5    AS I'M OUT."

01:31PM   6         SHE SAYS, "SUNNY, THIS IS ALREADY HANDLED -- JUST FYI."

01:31PM   7         DO YOU SEE THAT?

01:31PM   8    A.   YES.

01:31PM   9    Q.   AND LET'S LOOK AT THE FINAL EMAIL IN THIS CHAIN ON THE TOP

01:31PM  10    OF PAGE 1, AND DO YOU SEE CHRISTIAN HOLMES WRITES TO MS. HOLMES

01:31PM  11    AND MR. BALWANI, AND IN THE SECOND PARAGRAPH, HE SAYS, "AS FOR

01:31PM  12    CURRENT STATUS OF HCG, WE ARE WORKING IN PARALLEL TO RUN SAMPLE

01:31PM  13    ON EDISON AS WELL AS IMMULITE.  BUT FOUND OUT THIS MORNING THAT

01:31PM  14    REAGENTS FOR IMMULITE ARE ON ORDER AND BACK ORDERED."

01:31PM  15         DO YOU SEE THAT?

01:31PM  16    A.   YES.

01:31PM  17    Q.   AND CAN YOU DESCRIBE WHAT THE PROBLEM WAS HERE?

01:31PM  18    A.   THE PROBLEM WAS THAT THERE WERE NOT ENOUGH REAGENTS TO RUN

01:32PM  19    THE HCG ON THE IMMULITE OF THE FDA APPROVED INSTRUMENT.

01:32PM  20    Q.   AND WOULD THAT HAVE BEEN A PROBLEM IF THE EDISON DEVICES

01:32PM  21    COULD HAVE BEEN COUNTED ON THAT DAY TO RUN THE HCG SAMPLE?

01:32PM  22    A.   SORRY.  DID YOU SAY COULDN'T BE COUNTED ON?

01:32PM  23    Q.   WOULD THAT HAVE STILL BEEN A PROBLEM IF THE EDISONS COULD

01:32PM  24    HAVE BEEN USED TO RUN THE HCG?

01:32PM  25    A.   OH, IT WOULDN'T HAVE BEEN A PROBLEM IF YOU COULD HAVE USED

01:32PM  1   THE EDISONS, YES.

01:32PM  2   Q.   OKAY.  IF WE CAN PUT THAT ASIDE AND PLEASE TURN TO 4222.

01:32PM  3        BY THE WAY, WE JUST LOOKED AT AN EXHIBIT FROM JUNE 13TH

01:32PM  4   ABOUT -- LESS THAN TWO WEEKS AFTER YOU HAD DECIDED TO TAKE HCG

01:32PM  5   TESTING OFF THE EDISON; CORRECT?

01:32PM  6   A.   YES.

01:32PM  7   Q.   AS FAR AS YOU RECALL, DID YOU EVER GO BACK ON THAT

01:32PM  8   DECISION AND AUTHORIZE THERANOS TO USE THE EDISON TO TEST HCG?

01:33PM  9   A.   I DID NOT.

01:33PM  10  Q.   DO YOU HAVE 4222 IN FRONT OF YOU?

01:33PM  11  A.   YES.

01:33PM  12  Q.   AND AT 4222, DO YOU SEE AN EMAIL CHAIN, AGAIN INTERNAL AT

01:33PM  13  THERANOS, INCLUDING MR. BALWANI AND MS. HOLMES RELATING TO AN

01:33PM  14  HCG ISSUE?

01:33PM  15  A.   YES.

01:33PM  16          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4222.

01:33PM  17          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:33PM  18          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:33PM  19      (GOVERNMENT'S EXHIBIT 4222 WAS RECEIVED IN EVIDENCE.)

01:33PM  20  BY MR. BOSTIC:

01:33PM  21  Q.   LET'S START AT THE VERY BOTTOM OF PAGE 1, AND DO YOU SEE,

01:33PM  22  DR. ROSENDORFF, THAT WE'RE ABOUT TO LOOK AT AN EMAIL FROM

01:34PM  23  ALLISON MARTIN TO SOMEONE NAMED ERIC NELSON, AND THE SUBJECT IS

01:34PM  24  RE LABS?

01:34PM  25  A.   YES.

01:34PM  1    Q.   AND LET'S LOOK AT THE CONTENT OF THAT ON THE NEXT PAGE.

01:34PM  2         AND DO YOU SEE THAT ALLISON MARTIN IS WORKING AT AN M.D.

01:34PM  3    OFFICE?

01:34PM  4    A.   YES.

01:34PM  5    Q.   AND SHE EMAILS, AND IN THE SECOND PARAGRAPH SHE SAYS, "WE

01:34PM  6    SENT A PATIENT OF OURS IN FOR HER 48-HOUR REPEAT ON HER QBHCG."

01:34PM  7         DO YOU SEE THAT?

01:34PM  8    A.   YES.

01:34PM  9    Q.   SHE SAYS, "HER INITIAL TEST CAME BACK AT 160 (RUN AT A

01:34PM  10   DIFFERENT LAB) AND WHEN WE SENT HER BACK IN FOR HER REPEAT WITH

01:34PM  11   YOUR LAB, THE RESULTS CAME BACK AT LESS THAN 7.82."

01:34PM  12        DO YOU SEE THAT?

01:34PM  13   A.   YES.

01:34PM  14   Q.   AND THE PERSON FROM THE DOCTOR'S OFFICE WRITES, "BECAUSE

01:34PM  15   HER TEST CAME BACK NEGATIVE, WE HAD HER DISCONTINUE HER CURRENT

01:34PM  16   MEDICATIONS AND BEGAN GETTING HER READY FOR HER NEXT CYCLE."

01:34PM  17        DO YOU SEE THAT?

01:35PM  18   A.   YES.

01:35PM  19   Q.   AND THE EMAIL CONTINUES.  "A FEW WEEKS LATER SHE WENT BACK

01:35PM  20   IN FOR ANOTHER QBHCG AND IT CAME BACK AT OVER 2,000.  WE

01:35PM  21   BROUGHT HER IN AND I SCANNED HER AND THERE WAS IN FACT A BABY

01:35PM  22   AND A HEARTBEAT.

01:35PM  23        "OUR CONCERN IS THAT YOUR LAB TOLD US SHE HAD A NEGATIVE

01:35PM  24   PREGNANCY, WE RELAYED THAT TO OUR PATIENT AND CONTINUED OUR

01:35PM  25   PROTOCOL AS SHE WASN'T PREGNANT."

01:35PM   1              DO YOU SEE THAT INFORMATION?

01:35PM   2     A.   YES.

01:35PM   3     Q.   LET'S GO TO PAGE 1 IN THIS EMAIL.  LET'S ZOOM IN ON THE

01:35PM   4     MIDDLE OF THE PAGE.

01:35PM   5              AND DO YOU SEE THERE'S AN EMAIL FROM KIMBERLY ALPHONSO

01:35PM   6     FORWARDING THIS INFORMATION TO CHRISTIAN HOLMES AND

01:35PM   7     SUNNY BALWANI?

01:36PM   8     A.   YES.

01:36PM   9     Q.   AND MR. BALWANI IN TURN SENDS IT TO ELIZABETH HOLMES

01:36PM  10     INDIVIDUALLY WITH THE NOTE "PLEASE SEE BELOW."

01:36PM  11              DO YOU SEE THAT?

01:36PM  12     A.   YES.

01:36PM  13     Q.   AND AT THE TOP OF THIS PAGE, MS. HOLMES ASKS MR. BALWANI,

01:36PM  14     "HOW DID THAT HAPPEN?"

01:36PM  15              AND HE RESPONDS "FINDING OUT."

01:36PM  16              DO YOU SEE THAT?

01:36PM  17     A.   YES.

01:36PM  18     Q.   AND IS THIS ANOTHER EXAMPLE OF PROBLEMS WITH THE THERANOS

01:36PM  19     HCG ASSAY CONTINUING INTO SEPTEMBER 2014?

01:36PM  20     A.   YES.

01:36PM  21     Q.   DURING YOUR TIME AT THE COMPANY, WERE THE ISSUES WITH THE

01:36PM  22     THERANOS HCG ASSAY EVER RESOLVED TO YOUR SATISFACTION?

01:36PM  23     A.   NO.

01:36PM  24     Q.   LET'S TALK ABOUT A DIFFERENT TEST.  AND IF I COULD ASK YOU

01:37PM  25     TO TURN TO EXHIBIT 1555, PLEASE, IN YOUR BINDER.

01:37PM   1    A.   I HAVE IT.

01:37PM   2    Q.   AND AT 1555, DO YOU SEE AN EMAIL CHAIN, INCLUDING YOURSELF

01:37PM   3    AND MR. BALWANI AND OTHERS AT THERANOS, CONCERNING HDL VALUES

01:37PM   4    AT THERANOS?

01:37PM   5    A.   YES.

01:37PM   6              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1555.

01:37PM   7              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:37PM   8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:37PM   9         (GOVERNMENT'S EXHIBIT 1555 WAS RECEIVED IN EVIDENCE.)

01:37PM  10    BY MR. BOSTIC:

01:37PM  11    Q.   AND LET'S LOOK AT PAGE 4.

01:37PM  12         ON THE FIRST EMAIL IN THIS CHAIN, DO YOU SEE YOU WRITE TO

01:37PM  13    MR. BALWANI AND DANIEL YOUNG, CC'ING ELIZABETH HOLMES, ON

01:37PM  14    FEBRUARY 20TH, 2014?

01:37PM  15    A.   YES.

01:37PM  16    Q.   AND IN YOUR MESSAGE WITH THE SUBJECT LINE HDL VALUES --

01:38PM  17    FIRST OF ALL, WHAT WAS THE HDL TEST AT THERANOS?

01:38PM  18    A.   SO HDL IS HIGH DENSITY LIPO PROTEIN.  IT'S A FORM OF GOOD

01:38PM  19    CHOLESTEROL.

01:38PM  20    Q.   AND WHAT DEVICE DID THERANOS USE TO TEST HDL?

01:38PM  21    A.   THE SIEMENS ADVIA MODIFIED.

01:38PM  22    Q.   OKAY.  SO A THIRD PARTY DEVICE MODIFIED TO RUN IN A

01:38PM  23    THERANOS SPECIFIC WAY?

01:38PM  24    A.   YES.

01:38PM  25    Q.   LOOKING AT PAGE 4 OF YOUR EMAIL, YOU SAY "I WOULD LIKE TO

01:38PM  1    DISCONTINUE P-HDL TESTING, AND REVERT TO LIHEP VACUTAINER

01:38PM  2    SAMPLES FOR HDL, UNTIL WE HAVE FOUND OUT WHAT THE ROOT CAUSE IS

01:38PM  3    FOR THE LOW HDL VALUES, AND CORRECTED THE PROBLEM."

01:38PM  4         DO YOU SEE THAT?

01:38PM  5    A.   YES.

01:38PM  6    Q.   YOU SAY, "I DO NOT FEEL THAT REPORTING THIS HDL IN LIGHT

01:39PM  7    OF THE SPATE OF LOW HDL'S THAT WE HAVE BEEN HAVING IS GOOD

01:39PM  8    MEDICAL PRACTICE."

01:39PM  9         CAN YOU EXPLAIN WHAT YOU WERE SEEING AROUND THIS TIME AND

01:39PM  10   WHY YOU THOUGHT IT WAS NECESSARY TO CEASE THERANOS SPECIFIC

01:39PM  11   TESTING FOR THIS ASSAY?

01:39PM  12   A.   I WAS SEEING, WITH REFERENCE TO THE PREVIOUS EMAIL, THAT

01:39PM  13   THE MEAN HDL HAD DROPPED SIGNIFICANTLY.

01:39PM  14        I WAS ALSO SEEING HDL'S COME OUT OF THE ANALYZERS WITH THE

01:39PM  15   PRETTY LOW VALUES, AND I DIDN'T FEEL THAT IT WAS A GOOD IDEA TO

01:39PM  16   CONTINUE USING THE THERANOS TEST FOR HDL.

01:39PM  17   Q.   LET'S GO FORWARD IN THIS EMAIL CHAIN AND SEE THE

01:39PM  18   RESPONSES.

01:39PM  19        FIRST, LET'S LOOK AT PAGE 2 AT THE TOP.

01:39PM  20   A.   YES, I HAVE IT.

01:39PM  21   Q.   AND DO YOU SEE THERE'S A MESSAGE FROM SUNNY BALWANI TO

01:40PM  22   YOU, DANIEL YOUNG, AND ELIZABETH HOLMES ON THIS TOPIC?

01:40PM  23   A.   YES.

01:40PM  24   Q.   AND HE SAYS, "WE MUST RESOLVE THIS ASAP.

01:40PM  25        "DANIEL, PUT EVERYONE NEEDED ON THIS PROJECT, INCLUDING

01:40PM   1    SAM AND EREZ, NISHIT AND TINA."

01:40PM   2         AND HE SAYS, "WE CAN'T NOT REVERT BACK TO VENIPUNCTURE FOR

01:40PM   3    HDL."

01:40PM   4         DO YOU SEE THAT?

01:40PM   5    A.   I THINK WHAT HE MEANS IS THAT WE CAN'T -- WELL, I DON'T

01:40PM   6    WANT TO PUT WORDS IN HIS MOUTH, BUT PERHAPS HE MEANS WE CAN'T

01:40PM   7    REVERT BACK TO VENIPUNCTURE FOR HDL.

01:40PM   8    Q.   SO THERE'S EITHER A DOUBLE NEGATIVE OR A TYPO HAPPENING

01:40PM   9    HERE?

01:40PM  10    A.   YES.

01:40PM  11    Q.   AND LET ME ASK YOU, BASED ON YOUR CONVERSATIONS WITH

01:40PM  12    MR. BALWANI AROUND THIS TIME, WAS HE SUPPORTIVE OF THE IDEA OF

01:40PM  13    DISCONTINUING THERANOS TESTING AND USING COMMERCIALLY AVAILABLE

01:40PM  14    MACHINES INSTEAD?

01:40PM  15    A.   NO, HE WAS NOT.

01:40PM  16    Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:41PM  17         AND LET'S GO TO 4116.

01:41PM  18    A.   OKAY.

01:41PM  19    Q.   AND AT 4116, DO YOU SEE AN EMAIL CHAIN INCLUDING A

01:41PM  20    DISCUSSION BETWEEN YOU, MR. BALWANI, AND OTHERS ABOUT A

01:41PM  21    BICARBONATE TEST?

01:41PM  22    A.   YES.

01:41PM  23              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4116.

01:41PM  24              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:41PM  25              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:41PM   1           (GOVERNMENT'S EXHIBIT 4116 WAS RECEIVED IN EVIDENCE.)

01:41PM   2    BY MR. BOSTIC:

01:41PM   3    Q.   AND, DR. ROSENDORFF, WAS BICARBONATE, OR C02, YET ANOTHER

01:41PM   4    TEST OFFERED BY THERANOS DURING THIS TIME PERIOD?

01:41PM   5    A.   YES.

01:41PM   6    Q.   WHAT WAS BICARBONATE?  WHAT WAS ITS CLINICAL SIGNIFICANCE?

01:41PM   7    A.   BICARBONATE GOES UP IN PATIENTS WITH OBSTRUCTIVE LUNG

01:42PM   8    DISEASE.  IT BASICALLY TRAPS C02 AND IT CHANGES THE ACID BASE

01:42PM   9    IN THE BLOOD.

01:42PM   10   Q.   OKAY.  AND LOOKING AT THIS EMAIL, AND ZOOMING IN ON YOUR

01:42PM   11   MESSAGE TO MR. BALWANI AND MARK PANDORI, THIS IS MARCH 31ST,

01:42PM   12   2014; CORRECT?

01:42PM   13   A.   YES.

01:42PM   14   Q.   AND YOU WRITE, "HI SUNNY,

01:42PM   15        "AT LEAST 2/3 OF OUR PATIENTS ARE READING BELOW THE NORMAL

01:42PM   16   RANGE FOR BICARBONATE."

01:42PM   17        YOU THEN SAY, "I DO NOT EXPECT OUTPATIENTS TO HAVE

01:42PM   18   ABNORMAL BICARB VALUES."

01:42PM   19        DO YOU SEE THAT?

01:42PM   20   A.   YES.

01:42PM   21   Q.   AND YOU THEN REFERENCE A "STUDY WITH SIX DAYS OF DATA THAT

01:42PM   22   ALSO SHOWS THAT BICARB IS READING ABOUT 30 PERCENT LOWER THAN

01:42PM   23   MATCHED VENOUS, EVEN AFTER THE CORRECTION OF THE VALUE FOR

01:42PM   24   BIAS."

01:42PM   25   A.   YES.

01:42PM  1    Q.   CAN YOU PUT THAT IN PLAIN LANGUAGE FOR US?  WHAT PROBLEM

01:42PM  2    WERE YOU SEEING WITH BICARBONATE TESTING AT THIS TIME?

01:43PM  3    A.   SO THE BICARB RESULTS WE WERE GETTING IN THE LAB WERE

01:43PM  4    GENERALLY VERY LOW.

01:43PM  5         AS I SAY IN THIS EMAIL, TWO-THIRDS OF THE PATIENTS WERE

01:43PM  6    READING BELOW THE NORMAL RANGE FOR BICARB, WHICH I WOULDN'T

01:43PM  7    EXPECT AT ALL WITH HEALTHY PATIENTS WALKING INTO WALGREENS.

01:43PM  8    Q.   AND DID THAT CAUSE YOU TO HAVE CONCERNS ABOUT THE

01:43PM  9    DEPENDABILITY OR THE ACCURACY OF THE TEST?

01:43PM  10   A.   YES, AND THE ABILITY OF THE CONTAINER TO HOLD THE BICARB,

01:43PM  11   HOLD THE C02, BECAUSE MY EXPLANATION WAS THAT THE C02 WAS

01:43PM  12   ESCAPING RAPIDLY FROM THE CONTAINERS.

01:43PM  13   Q.   AND WHEN YOU SAY THE CONTAINERS, WHAT CONTAINERS ARE WE

01:43PM  14   TALKING ABOUT?

01:43PM  15   A.   THE CAPILLARY TUBE AND NANOTAINER, THE CTN CONTAINER.

01:43PM  16   Q.   AND THAT WAS A THERANOS-SPECIFIC DEVICE?

01:44PM  17   A.   YES.

01:44PM  18   Q.   IN SEEING THESE RESULTS AND THEORIZING ABOUT THE LOSS OF

01:44PM  19   BICARBONATE FROM THE SAMPLES, WERE YOU LOOKING AT AN ISSUE THAT

01:44PM  20   YOU DIDN'T SEE COME UP IN CONVENTIONAL TESTING FOR BICARBONATE?

01:44PM  21   A.   YES.

01:44PM  22   Q.   AND THIS WAS SOMETHING THAT WAS UNIQUE TO THERANOS?

01:44PM  23   A.   YES.

01:44PM  24   Q.   LET'S LOOK AT TAB 4189 NEXT.  IT'S 4189.

01:44PM  25   A.   I HAVE IT.

01:44PM  1    Q.   OKAY.  AND AT 4189, DO YOU SEE ANOTHER EMAIL INCLUDING YOU

01:44PM  2    AND MR. BALWANI RELATING TO BICARBONATE RESULTS?

01:45PM  3    A.   YES.

01:45PM  4            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4189.

01:45PM  5            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:45PM  6            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:45PM  7        (GOVERNMENT'S EXHIBIT 4189 WAS RECEIVED IN EVIDENCE.)

01:45PM  8    BY MR. BOSTIC:

01:45PM  9    Q.   AND LET'S START WITH THE EMAIL AT THE BOTTOM HERE FROM

01:45PM  10   MAX FOSQUE.

01:45PM  11   A.   YES.

01:45PM  12   Q.   AND IT READS, "PER ELIZABETH'S REQUEST, IN THE SHORT TERM,

01:45PM  13   PLEASE DO NOT PUT ANY COMMENT/NOTE ON THE RESULT REPORT IF C02

01:45PM  14   VALUES ARE VOIDED."

01:45PM  15       DO YOU SEE THAT?

01:45PM  16   A.   YES.

01:45PM  17   Q.   IT SAYS, "IF DOCTORS CALL TO INQUIRE, WE HAVE PROVIDED THE

01:45PM  18   FOLLOWING MESSAGING TO THE CUSTOMER SERVICE TEAM."

01:45PM  19       FIRST OF ALL, WHAT WOULD IT MEAN IF C02 VALUES WERE VOIDED

01:45PM  20   AT THERANOS, AND WAS THAT SOMETHING THAT YOU WERE SEEING AROUND

01:45PM  21   THIS TIME?

01:45PM  22   A.   YES.  I INSTRUCTED ALL OF THE C02 VALUES AT THIS TIME TO

01:46PM  23   BE VOIDED.

01:46PM  24       WHAT WOULD IT MEAN?  IT WOULD MEAN THAT THE TESTS THAT THE

01:46PM  25   DOCTORS WERE ORDERING THAT THEY THOUGHT THEY WOULD GET, THEY

01:46PM 1      WEREN'T GETTING CONSISTENTLY, AND THE PATIENTS.

01:46PM 2      Q.   THE MESSAGING PROVIDED TO THE CUSTOMER SERVICE TEAM THAT

01:46PM 3      WOULD BE GIVEN TO DOCTORS READS, "CO2 RESULTS WERE NOT REPORTED

01:46PM 4      DUE TO TEMPORARY UNAVAILABILITY OF THIS TEST FOR THIS SAMPLE."

01:46PM 5           DO YOU SEE THAT?

01:46PM 6      A.   YES.

01:46PM 7      Q.   AND LET'S LOOK UP YOUR RESPONSE TO THIS.  AND WE SEE AN

01:46PM 8      EMAIL FROM YOU TO MR. BALWANI INDIVIDUALLY; CORRECT?

01:46PM 9      A.   YES.

01:46PM 10     Q.   THIS IS LATE AUGUST, 2014.

01:46PM 11          AND YOU WRITE, "SUNNY,

01:46PM 12          "I AM THINKING THAT SINCE WE VOID ALL ABNORMAL BICARBONATE

01:46PM 13     RESULTS, THE TEST HAS LOST ANY DIAGNOSTIC VALUE, AND PROBABLY

01:46PM 14     ALSO RELIABILITY WHEN RESULTS ARE REPORTED IN THE NORMAL

01:46PM 15     RANGE."

01:46PM 16          DO YOU SEE THAT?

01:46PM 17     A.   YES.

01:46PM 18     Q.   AND CAN YOU EXPLAIN WHAT YOU WERE REFERENCING HERE?  WHAT

01:47PM 19     DOES THAT MEAN?

01:47PM 20     A.   WHAT I'M REFERENCING HERE IS A PATIENT WHO HAS A HIGH

01:47PM 21     BICARBONATE VALUE AND THEN THE CO2 ESCAPES FROM THE CTN.  BY

01:47PM 22     THE TIME WE TEST IT IN THE LAB, THE RESULTS ARE NORMAL,

01:47PM 23     QUOTE-UNQUOTE.  BUT THAT DOESN'T REALLY REFLECT WHAT IS GOING

01:47PM 24     ON IN THE PATIENT.

01:47PM 25     Q.   AND THAT EMAIL FROM YOU TO MR. BALWANI REFERENCES THE

01:47PM   1    VOIDING OF "ALL ABNORMAL BICARBONATE RESULTS."

01:47PM   2         DO YOU SEE THAT?

01:47PM   3    A.   YES.

01:47PM   4    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

01:47PM   5    A.   ANY BICARBONATE VALUE THAT WAS ABOVE OR BELOW THE

01:47PM   6    REFERENCE RANGE LIMITS WOULD BE VOIDED.

01:47PM   7    Q.   AND DOES THAT MEAN IT WOULD NOT BE REPORTED TO THE

01:47PM   8    PATIENT?

01:47PM   9    A.   CORRECT.

01:47PM   10   Q.   SO IN THAT CASE, ARE WE TALKING ABOUT A SAMPLE THAT WAS

01:47PM   11   ACTUALLY RUN, BUT BECAUSE OF THE RESULT, IT IS NOT REPORTED TO

01:47PM   12   THE PATIENT?

01:47PM   13   A.   CORRECT.

01:47PM   14   Q.   SO LOOKING BACK AT THE MESSAGE THAT WAS TO BE GIVEN TO

01:48PM   15   DOCTORS IN THAT SITUATION, LET'S GO BACK TO THAT TOWARDS THE

01:48PM   16   BOTTOM OF THE PAGE, DO YOU SEE WHERE IT SAYS, "C02 RESULTS WERE

01:48PM   17   NOT REPORTED DUE TO TEMPORARY UNAVAILABILITY OF THIS TEST"?

01:48PM   18   A.   YES.

01:48PM   19   Q.   IS THAT AN ACCURATE DESCRIPTION OF WHAT WAS HAPPENING

01:48PM   20   HERE?  WAS TEST ACTUALLY UNAVAILABLE?

01:48PM   21   A.   UNAVAILABLE.

01:48PM   22   Q.   AND WAS THE TEST UNAVAILABLE, OR WERE THE SAMPLES ACTUALLY

01:48PM   23   BEING TESTED?

01:48PM   24   A.   THE SAMPLES WERE BEING TESTED, AND THE RESULTS THAT WERE

01:48PM   25   OUT OF RANGE WERE BEING VOIDED.

01:48PM 1    Q.   OKAY.

01:48PM 2    A.   BUT MY RECOLLECTION IS THAT AT ONE POINT WE JUST STOPPED

01:48PM 3    REPORTING CO2 COMPLETELY.

01:48PM 4    Q.   I SEE.  OKAY.  THANK YOU.

01:48PM 5         LOOKING AT THE TOP OF THIS EMAIL, DO YOU SEE THAT

01:48PM 6    MR. BALWANI FORWARDS THIS EMAIL CHAIN TO MS. HOLMES?

01:48PM 7    A.   YES.

01:48PM 8    Q.   DID MR. BALWANI EVER CHANGE THAT POLICY ABOUT HOW TO

01:48PM 9    MESSAGE TO DOCTORS, OR DO YOU REMEMBER ANY CONVERSATIONS WITH

01:49PM 10   HIM AFTERWARDS?

01:49PM 11   A.   NO.

01:49PM 12   Q.   OKAY.  IF YOU COULD PUT THAT ASIDE.

01:49PM 13        I'D LIKE TO TALK TO YOU ABOUT ONE MORE ASSAY, OR ONE MORE

01:49PM 14   CATEGORY OF ASSAYS, AND THAT'S THE ISE ASSAY.

01:49PM 15        ARE YOU FAMILIAR WITH THAT ABBREVIATION?

01:49PM 16   A.   YES.

01:49PM 17   Q.   AND WHAT DOES ISE STAND FOR?

01:49PM 18   A.   ION SELECTIVE ELECTRODE.

01:49PM 19   Q.   AND WHAT KINDS OF ASSAYS ARE INCLUDED IN THAT CATEGORY?

01:49PM 20   A.   SODIUM, POTASSIUM, CHLORIDE.

01:49PM 21   Q.   AND DID THERANOS OFFER THOSE ASSAYS TO PATIENTS DURING

01:49PM 22   YOUR TIME AS LAB DIRECTOR?

01:49PM 23   A.   YES.

01:49PM 24   Q.   AND WHAT DEVICE, OR WHAT KIND OF DEVICE, DID THE COMPANY

01:49PM 25   USE TO DO ISE ASSAYS?

01:49PM 1    A.   MODIFIED SIEMENS.

01:49PM 2    Q.   SO, AGAIN, WE'RE TALKING ABOUT NON-THERANOS THIRD PARTY

01:49PM 3    DEVICES RUNNING IN A THERANOS UNIQUE WAY?

01:49PM 4    A.   YES.

01:49PM 5    Q.   CAN I ASK YOU TO TURN TO TAB 1214 IN YOUR BINDER.

01:50PM 6    A.   1214?

01:50PM 7    Q.   1214.

01:50PM 8    A.   OKAY.  GOT IT.

01:50PM 9    Q.   AND AT THE OUTSET, LET ME ASK, DURING YOUR TIME AT

01:50PM 10   THERANOS, DID THE COMPANY HAVE REPEATED PROBLEMS WITH ITS ISE

01:50PM 11   TEST?

01:50PM 12   A.   YES.

01:50PM 13   Q.   AND AT 1214, DO WE SEE AN EMAIL CHAIN INCLUDING

01:50PM 14   MR. BALWANI, AND YOU FURTHER DOWN THE CHAIN, RELATING TO SOME

01:50PM 15   OF THOSE ISSUES?

01:50PM 16   A.   I'M NOT SEEING A 1214.  I'M SORRY.

01:50PM 17   Q.   OH.  DO YOU NOT HAVE 1214 IN YOUR BINDER?

01:51PM 18   A.   OH, IT'S EXHIBIT 1214?

01:51PM 19   Q.   YES.

01:51PM 20   A.   I'M SORRY.  AND YOU'RE ASKING ME ABOUT?

01:51PM 21   Q.   FOR NOW, WHETHER THIS IS AN EMAIL CHAIN INCLUDING YOU AND

01:51PM 22   MR. BALWANI ADDRESSING GENERAL CHEMISTRY TESTS AND ISE

01:51PM 23   PROBLEMS?

01:51PM 24   A.   YES.

01:51PM 25        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1214.

01:51PM   1          MR. COOPERSMITH:  NO OBJECTION.

01:51PM   2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:51PM   3          (GOVERNMENT'S EXHIBIT 1214 WAS RECEIVED IN EVIDENCE.)

01:51PM   4   BY MR. BOSTIC:

01:51PM   5   Q.   AND LET'S START AT THE BOTTOM OF PAGE 2 AND LET'S LOOK AT

01:51PM   6   THE HEADER THERE.

01:51PM   7          DO YOU SEE WE'RE ABOUT TO LOOK AT AN EMAIL FROM

01:51PM   8   MR. BALWANI TO YOU AND OTHERS AT THE COMPANY?

01:51PM   9   A.   YES.

01:51PM  10   Q.   OKAY.  LET'S LOOK AT THE TEXT OF THAT EMAIL ON THE

01:51PM  11   FOLLOWING PAGE.

01:51PM  12          IF WE ZOOM IN AT THE TOP, MR. BALWANI WRITES, "I WOULD

01:51PM  13   LIKE THE 2 ADVIA'S ON NORMANDY TO BE 100 PERCENT DEDICATED TO

01:51PM  14   CLIA MICRO SAMPLES STARTING THIS WEEK (OR NEXT WEEKEND AT THE

01:51PM  15   LATEST)."

01:51PM  16          DO YOU SEE THAT?

01:51PM  17   A.   YES.

01:51PM  18   Q.   AND HE SAYS, "I WOULD LIKE 1 ADVIA SET UP TO PROCESS ONLY

01:52PM  19   OUR FINGERSTICK/MICRO SAMPLES FOR GC AND THE OTHER SET UP FOR

01:52PM  20   OUR IMMUNOASSAYS."

01:52PM  21          DO YOU SEE THAT?

01:52PM  22   A.   YES.

01:52PM  23   Q.   AND WHAT DID GC STAND FOR?

01:52PM  24   A.   GENERAL CHEMISTRIES.

01:52PM  25   Q.   AND DID THAT INCLUDE THE ISE ASSAYS THAT WE ARE TALKING

ROSENDORFF DIRECT BY MR. BOSTIC

01:52PM    1        ABOUT NOW?

01:52PM    2        A.   YES.

01:52PM    3        Q.   AND LET'S GO TO PAGE 1 AND LOOK AT THE BOTTOM, AND DO YOU

01:52PM    4        SEE THAT WE'RE LOOKING AT A RESPONSE FROM ROSE EDMONDS TO

01:52PM    5        MR. BALWANI?

01:52PM    6        A.   YES.

01:52PM    7        Q.   AND SHE SAYS SHE'S SOMEWHAT CONCERNED WITH THE FEASIBILITY

01:52PM    8        OF MAKING THIS CHANGE SO QUICKLY.

01:52PM    9             DO YOU SEE THAT?

01:52PM   10        A.   YES.

01:52PM   11        Q.   IT SAYS, "TODAY WE WERE GOING TO START AN EXPERIMENT TO

01:52PM   12        TRY TO TROUBLESHOOT THE ISE VARIABILITY."

01:52PM   13             DO YOU REMEMBER ISE VARIABILITY BEING A PROBLEM AT

01:52PM   14        THERANOS AT THIS TIME?

01:52PM   15        A.   YES, ABSOLUTELY.

01:52PM   16        Q.   CAN YOU DESCRIBE WHAT THAT MEANS?

01:52PM   17        A.   FREQUENTLY THE POTASSIUM VALUES WERE EXTREMELY HIGH.  BUT

01:53PM   18        IT WASN'T JUST POTASSIUM.  WE HAD PROBLEMS WITH SODIUM, TOO,

01:53PM   19        AND CHLORIDE.

01:53PM   20        Q.   WAS THAT AN ONGOING PROBLEM WITH TESTING AT THERANOS?

01:53PM   21        A.   YES.

01:53PM   22        Q.   LET'S LOOK AT MR. BALWANI'S RESPONSE TO THIS.

01:53PM   23             AND AGAIN, LET'S ORIENT OURSELVES IN TIME.  THIS IS

01:53PM   24        NOVEMBER 4TH, 2013; CORRECT?

01:53PM   25        A.   YES.

01:53PM  1    Q.   LESS THAN TWO MONTHS AFTER THE COMPANY BEGAN PATIENT

01:53PM  2    TESTING?

01:53PM  3    A.   YES.

01:53PM  4    Q.   IT SAYS, "THE ADVIA/GC SCENARIO CONTINUES TO BE A MESS."

01:53PM  5         DO YOU SEE THAT?

01:53PM  6    A.   YES.

01:53PM  7    Q.   OKAY.  WE CAN PUT THAT ASIDE AND LET'S GO TO 4124 NEXT.

01:54PM  8         OKAY.  DO YOU HAVE 4124?

01:54PM  9    A.   YES.

01:54PM  10   Q.   AND IS THAT ANOTHER EMAIL CHAIN, INCLUDING YOU AND

01:54PM  11   MR. BALWANI, RELATING TO SOME PROBLEMATIC RESULTS FOR

01:54PM  12   POTASSIUM?

01:54PM  13   A.   YES.

01:54PM  14           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4124.

01:54PM  15           MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

01:54PM  16           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:54PM  17       (GOVERNMENT'S EXHIBIT 4124 WAS RECEIVED IN EVIDENCE.)

01:54PM  18   BY MR. BOSTIC:

01:54PM  19   Q.   FIRST, DR. ROSENDORFF, WHAT IS THE POTASSIUM TEST USED FOR

01:54PM  20   CLINICALLY?

01:54PM  21   A.   IT'S USED TO MEASURE KIDNEY FUNCTION, AND IT'S ALSO

01:54PM  22   MONITORED BECAUSE IT CAUSES HEART RHYTHM PROBLEMS WHICH COULD

01:54PM  23   BE LETHAL IF THE POTASSIUM IS VERY HIGH.

01:54PM  24   Q.   LET'S GO TO PAGE 2 AND LOOK AT THE BEGINNING OF THIS EMAIL

01:54PM  25   CHAIN, AND LET'S ZOOM IN ON THAT INITIAL EMAIL MESSAGE.

ROSENDORFF DIRECT BY MR. BOSTIC

01:55PM 1      AND DO YOU SEE THAT THERE'S A MESSAGE THAT READS, "HERE IS

01:55PM 2   SOME FEEDBACK FROM KARI REEDY IN THE FIELD TODAY," FROM A

01:55PM 3   PARTICULAR DOCTOR'S OFFICE.

01:55PM 4      DO YOU SEE THAT?

01:55PM 5   A.   YES.

01:55PM 6   Q.   AND IT SAYS, "THIS DOCTOR LIKES OUR LAB AND HAS SENT 3

01:55PM 7   PATIENTS.  HE DOES NOT TRUST OUR POTASSIUM TEST, HOWEVER."

01:55PM 8   A.   YES.

01:55PM 9   Q.   AND THEN IT GOES INTO DETAIL, "HE WAS CALLED LATE AT NIGHT

01:55PM 10  REGARDING A PATIENT THAT HAD ABNORMALLY HIGH LEVELS OF

01:55PM 11  POTASSIUM.  THE PATIENT WAS IN NYC AT THE TIME OF THE CALL, SO

01:55PM 12  THE DOCTOR HAD TO CONTACT THEM WHILE THEY WERE OUT OF TOWN.

01:55PM 13  THEY DID A RETEST IN NEW YORK AND THE RESULTS CAME BACK

01:55PM 14  COMPLETELY NORMAL."

01:55PM 15     DO YOU SEE THAT?

01:55PM 16  A.   YES.

01:55PM 17  Q.   "DR. STAMP SAID THAT K PLUS" -- AND I ASKED, IS THAT

01:55PM 18  POTASSIUM?

01:55PM 19  A.   YES, IT IS.

01:55PM 20  Q.   "THAT POTASSIUM IS A TRICKY ONE TO COLLECT BECAUSE OF

01:55PM 21  CLOTTING AND SUCH."

01:56PM 22     AND HE SAID HE ALSO MENTIONED THAT HE WAS WILLING TO SHARE

01:56PM 23  MORE INFORMATION.

01:56PM 24     DO YOU SEE THAT?

01:56PM 25  A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC

01:56PM   1    Q.   LET'S GO TO PAGE 1 IN THE SAME CHAIN.  LET'S LOOK AT THE

01:56PM   2    EMAIL FROM DANIEL YOUNG IN THE MIDDLE.

01:56PM   3         HE SAYS, "I'M NOT SURE THAT THIS DOCTOR WAS ASKING ABOUT

01:56PM   4    THE CRITICAL VALUE FOR POTASSIUM."

01:56PM   5         DO YOU SEE THAT?

01:56PM   6    A.   YES.

01:56PM   7    Q.   AND ABOVE THAT MESSAGE, MR. BALWANI WRITES, "BUT DO WE

01:56PM   8    KNOW IF THIS RESULT WAS ACCURATE GIVEN THAT THIS IS AN ISE

01:56PM   9    ASSAYS.  THAT'S WHAT I WAS REFERRING TO."

01:56PM  10         DO YOU SEE THAT?

01:56PM  11    A.   YES, I DO.

01:56PM  12    Q.   AND AROUND THIS TIME PERIOD, APRIL 2014, WAS MR. BALWANI

01:56PM  13    AWARE OF PROBLEMS THAT THERANOS HAD BEEN HAVING WITH ITS ISE

01:57PM  14    ASSAYS?

01:57PM  15    A.   YES, HE WAS.

01:57PM  16    Q.   AND HOW DO YOU KNOW THAT?

01:57PM  17    A.   FROM THIS EMAIL, CONVERSATIONS, AND OTHER EMAILS.

01:57PM  18    Q.   OKAY.  ABOVE THAT MESSAGE FROM MR. BALWANI, WE SEE

01:57PM  19    DANIEL YOUNG WRITES BACK TO MR. BALWANI, AND YOU ARE NO LONGER

01:57PM  20    ON THE EMAIL CHAIN AT THIS POINT; IS THAT CORRECT?

01:57PM  21    A.   CORRECT.

01:57PM  22    Q.   AND DANIEL YOUNG SAYS, "SOME POTASSIUM RESULTS CAN RUN

01:57PM  23    HIGH WITH SLIGHT SAMPLE HEMOLYSIS."

01:57PM  24         DO YOU SEE THAT?

01:57PM  25    A.   YES.

01:57PM  1    Q.   AND WHAT IS HEMOLYSIS?

01:57PM  2    A.   HEMOLYSIS IS THE BURSTING OF RED BLOOD CELLS.  IT CAN

01:57PM  3    EITHER OCCUR IN THE BODY IN CERTAIN DISEASES, OR IT CAN HAPPEN

01:57PM  4    WHEN YOU COLLECT THE BLOOD.

01:58PM  5    Q.   AND DANIEL YOUNG GOES ON TO SAY, "WE REVIEW THE IMAGES FOR

01:58PM  6    ALL SAMPLES WITH HIGH K RESULTS AND THEN CLIA DETERMINES IF A

01:58PM  7    RERUN IS NEEDED OR NOT."

01:58PM  8         DO YOU SEE THAT?

01:58PM  9    A.   YES.

01:58PM  10   Q.   CAN YOU EXPLAIN WHAT WAS HAPPENING HERE, THIS VISUAL

01:58PM  11   REVIEW AS YOU UNDERSTAND IT?

01:58PM  12   A.   THIS INVOLVES LOOKING AT AN IMAGE OF THE CTN, AND AROUND

01:58PM  13   THAT TIME, SOMEWHAT OF A COTTAGE INDUSTRY HAD SPRUNG UP

01:58PM  14   REGARDING WHAT R&D THOUGHT WOULD RESULT IN HIGH POTASSIUM IF

01:58PM  15   THEY SAW A FIBRIN STRAND OR A CLOT, OR IF THE SAMPLE LOOKED

01:58PM  16   PINK TO THE EYE, THEY TRIED TO COME UP WITH A CATALOG OF IMAGES

01:58PM  17   THAT COULD ALERT THE OPERATOR TO A HEMOLYSIS PROBLEM OR A

01:58PM  18   CLOTTING PROBLEM, FOR INSTANCE.

01:59PM  19   Q.   FROM YOUR TIME AS LAB DIRECTOR AT THERANOS, DID YOU HAVE

01:59PM  20   AN UNDERSTANDING AS TO WHETHER THIS HEMOLYSIS PROBLEM WAS MORE

01:59PM  21   OR LESS COMMON IN THE THERANOS FINGERSTICK SAMPLES VERSUS

01:59PM  22   STANDARD VEIN SAMPLES?

01:59PM  23   A.   MUCH MORE COMMON.

01:59PM  24   Q.   MUCH MORE COMMON IN WHICH?

01:59PM  25   A.    IN THE THERANOS SAMPLES, THE FINGERSTICKS.

01:59PM   1    Q.   FINALLY, IN THIS EMAIL CHAIN, LET'S LOOK AT THE TOP OF

01:59PM   2    PAGE 1.   AND WE SEE HERE A MESSAGE FROM MR. BALWANI TO THE CEO,

01:59PM   3    MS. HOLMES, ON APRIL 17TH, 2014; CORRECT?

01:59PM   4    A.   YES.

01:59PM   5    Q.   AND REFERENCING THAT VISUAL INSPECTION, MR. BALWANI

01:59PM   6    WRITES, "SEE BELOW.   THIS IS WHAT WE ARE DOING TODAY WITH OUR

01:59PM   7    LIMITED RESOURCES.   THIS IS WHAT DANIEL HAS TO DO MANUALLY."

01:59PM   8        AND THEN HE WRITES, "NOT SCALEABLE."

01:59PM   9        DO YOU SEE THAT?

01:59PM   10   A.   YES, I DO.

01:59PM   11   Q.   THE STEP OF HAVING TO VISUALLY INSPECT A HIGH POTASSIUM

01:59PM   12   SAMPLE FOR HEMOLYSIS, WOULD THAT ADD TIME TO THE TESTING

02:00PM   13   PROCESS?

02:00PM   14   A.   ABSOLUTELY.

02:00PM   15   Q.   AND WAS THERANOS STRUGGLING AROUND THIS TIME WITH

02:00PM   16   LABORATORY BACKLOGS DUE TO FACTORS INCLUDING EQUIPMENT

02:00PM   17   RELIABILITY?

02:00PM   18   A.   YES.

02:00PM   19   Q.   OKAY.   WE CAN SET THAT ONE ASIDE.

02:00PM   20        LET'S GO TO 4014.

02:00PM   21   A.   I HAVE IT.

02:00PM   22   Q.   OKAY.   YOU BEAT ME THERE.

02:00PM   23        OKAY.   AND AT 4014, DO YOU SEE ADDITIONAL COMMUNICATIONS,

02:00PM   24   INCLUDING MR. BALWANI, RELATING TO ISE PROBLEMS?

02:00PM   25   A.   YES.

02:00PM  1                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4014.

02:01PM  2                    MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:01PM  3                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:01PM  4            (GOVERNMENT'S EXHIBIT 4014 WAS RECEIVED IN EVIDENCE.)

02:01PM  5       BY MR. BOSTIC:

02:01PM  6       Q.   AND LET'S LOOK FIRST AT THE BOTTOM OF PAGE 1.

02:01PM  7       A.   YES.

02:01PM  8       Q.   AND DO YOU SEE THAT THIS IS DANIEL YOUNG WRITING WITH A

02:01PM  9       FEW UPDATES RELATED TO CLIA OPERATIONS?

02:01PM 10       A.   YES.

02:01PM 11       Q.   OKAY.  AND HE'S WRITING TO MR. BALWANI AND MS. HOLMES;

02:01PM 12       CORRECT?

02:01PM 13       A.   YES.

02:01PM 14       Q.   LET'S LOOK AT PAGE 2.

02:01PM 15            AND ZOOM IN ON ITEM 3 IN THE LIST.

02:01PM 16            THIS IS OCTOBER 2013.

02:01PM 17            AND DR. YOUNG WRITES REGARDING ELECTROLYTES/ISE:

02:01PM 18            "OUR NA, K, CL TEST RESULTS ARE STILL NOT AS RELIABLE AS I

02:01PM 19       WOULD LIKE."

02:01PM 20            DO YOU SEE THAT?

02:01PM 21       A.   YES, I DO.

02:01PM 22       Q.   IS THAT SODIUM, POTASSIUM, AND CHLORIDE RESPECTIVELY?

02:02PM 23       A.   YES, IT IS.

02:02PM 24       Q.   DR. YOUNG THEN SAYS, "I'VE ASKED NICK HAASE TO RUN SOME

02:02PM 25       ADDITIONAL TESTS TO SEE IF WE CAN USE CALIBRATORS INSTEAD OF

ROSENDORFF DIRECT BY MR. BOSTIC

02:02PM 1    CONTROLS."

02:02PM 2        DO YOU SEE THAT?

02:02PM 3    A.   YES.

02:02PM 4    Q.   AND LET'S GO TO PAGE 1.  LET'S LOOK AT A FOLLOW-UP MESSAGE

02:02PM 5    FROM DANIEL YOUNG TO MR. BALWANI ON OCTOBER 21ST.

02:02PM 6        HE SAYS, "JUST A QUICK UPDATE, WE ARE STILL HAVING ISE

02:02PM 7    CHALLENGES."

02:02PM 8        DO YOU SEE THAT?

02:02PM 9    A.   YES.

02:02PM 10   Q.   AND HE SAYS, "THERE ARE SEVERAL RESULTS RECENTLY THAT ARE

02:02PM 11   OUT OF RANGE NORMAL THAT I DO NOT BELIEVE.  SO AS A RESULT WE

02:02PM 12   ARE NOT REPORTING THESE RESULTS."

02:02PM 13       DO YOU SEE THAT?

02:02PM 14   A.   YES.

02:02PM 15   Q.   OKAY.  AND LET'S LOOK AT THE VERY TOP OF PAGE 1.  AND WE

02:02PM 16   SEE SOME MORE EXPLANATION FROM DANIEL YOUNG TO MR. BALWANI AND

02:02PM 17   MS. HOLMES SAYING, "THERE HAVE BEEN RESULTS FOR WHICH ALL ISE

02:03PM 18   RESULTS ARE OUT OF RANGE.  FOR EXAMPLE, POTASSIUM IS HIGH, AND

02:03PM 19   CHLORIDE AND SODIUM ARE LOW RELATIVE TO THE REFERENCE RANGE."

02:03PM 20       DO YOU SEE THAT?

02:03PM 21   A.   YES.

02:03PM 22   Q.   AND HE THEN REFERENCES SOME MORE IN-HOUSE STUDIES TO TRY

02:03PM 23   AND RESOLVE THE PROBLEM.

02:03PM 24       DO YOU SEE THAT?

02:03PM 25   A.   YES.

02:03PM   1    Q.   AND LET'S GO NEXT TO 1717.

02:03PM   2    A.   I HAVE IT.

02:03PM   3    Q.   OKAY.  SO WE'RE MOVING FORWARD IN TIME.

02:03PM   4         DO YOU SEE THAT THIS IS AN EMAIL CHAIN FROM MAY OF 2014,

02:03PM   5    INCLUDING MR. BALWANI, AND RELATING TO ISE PROBLEMS?

02:03PM   6    A.   YES.

02:03PM   7              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1717.

02:03PM   8              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:03PM   9              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:03PM   10        (GOVERNMENT'S EXHIBIT 1717 WAS RECEIVED IN EVIDENCE.)

02:03PM   11   BY MR. BOSTIC:

02:03PM   12   Q.   AND LET'S START ON PAGE 2 AT THE BOTTOM.

02:04PM   13        AND DO YOU SEE THAT MONTHS LATER YOU RECEIVE AN EMAIL

02:04PM   14   INDICATING "ALMOST EVERY ISE SAMPLE NEEDS A RE-RUN SINCE THEY

02:04PM   15   ARE HIGH."

02:04PM   16        DO YOU SEE THAT?

02:04PM   17   A.   YES.

02:04PM   18   Q.   YOU ARE ALSO TOLD THAT, "MOST OF THE TIME THE RE-RUN VALUE

02:04PM   19   IS ALSO HIGH OR THE SAME."

02:04PM   20   A.   YES.

02:04PM   21   Q.   "IS THERE A WAY WE CAN HAVE LIMIT ON RE-RUNS?"

02:04PM   22        DO YOU SEE THAT?

02:04PM   23   A.   YES.

02:04PM   24   Q.   AND LET'S SEE HOW YOU RESPONDED.  GO UP ONE EMAIL.

02:04PM   25        AND YOU, IN RESPONSE, FORWARDED THIS INFORMATION TO

02:04PM  1    MR. BALWANI DIRECTLY; CORRECT?

02:04PM  2    A.   YES, I DID.

02:04PM  3    Q.   AND IN MAY OF 2014 YOU TELL HIM, "SUNNY,

02:04PM  4         "SORRY TO BOTHER YOU.  I'D LIKE TO CORRECT OUR ISE

02:04PM  5    PROBLEM."

02:04PM  6         AND THEN YOU REFERENCE HIM -- YOU REFERENCE FOR HIM THE

02:04PM  7    MESSAGE BELOW; CORRECT?

02:04PM  8    A.   YES.

02:04PM  9    Q.   YOU SAY YOU BELIEVE "THAT SODIUM, POTASSIUM, AND CHLORIDE

02:04PM  10   SHOULD HAVE A DEDICATED CTN AND BE RUN NEAT ON THE ADVIA."

02:04PM  11        DO YOU SEE THAT?

02:05PM  12   A.   YES.

02:05PM  13   Q.   AND WAS THE ADVIA A THERANOS DEVICE?

02:05PM  14   A.   NO.  IT WAS A SIEMENS DEVICE.

02:05PM  15   Q.   OKAY.  WE CAN SET THAT ASIDE.

02:05PM  16        AND LET'S LOOK AT 4292.

02:05PM  17   A.   I HAVE IT.

02:05PM  18   Q.   AND AT 4292, THAT EXHIBIT, DO YOU SEE AN EMAIL FROM

02:05PM  19   OCTOBER 2014 INCLUDING MR. BALWANI AND REFERENCING ISE ISSUES?

02:05PM  20   A.   YES.

02:05PM  21           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4292.

02:05PM  22           MR. COOPERSMITH:  NO OBJECTION.

02:06PM  23           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:06PM  24        (GOVERNMENT'S EXHIBIT 4292 WAS RECEIVED IN EVIDENCE.)

02:06PM  25   BY MR. BOSTIC:

02:06PM  1    Q.   OKAY.  LET'S GO TO THE BOTTOM OF PAGE 2.

02:06PM  2         DO YOU SEE HERE THAT THIS BEGINS WITH AN EMAIL ABOUT, "A

02:06PM  3    PHYSICIAN CALLED TODAY ASKING WHY ISE'S WEREN'T INCLUDED ON A

02:06PM  4    FINAL REPORT"?

02:06PM  5    A.   YES.

02:06PM  6    Q.   AND DO YOU NOTE THAT IT SAYS THE LADY THAT THIS PERSON

02:06PM  7    SPOKE TO MENTIONED THAT THEY REALLY NEEDED THE SODIUM RESULT

02:06PM  8    BECAUSE THIS PATIENT HAD LOW SODIUM LEVELS AND THAT'S WHAT THEY

02:06PM  9    WERE CHECKING.

02:06PM  10        DO YOU SEE THAT?

02:06PM  11   A.   YES.

02:06PM  12   Q.   AND THEN IT SAYS, "I NOTICED THE SODIUM RESULTS WERE

02:06PM  13   CRITICAL LOW, SO I ASSUME THAT'S WHY WE AVOIDED IT."

02:06PM  14        DO YOU SEE THAT?

02:06PM  15   A.   YES.

02:06PM  16   Q.   AND EXPLAIN WHAT THAT MEANS IN TERMS OF THERANOS'S

02:06PM  17   PRACTICES AROUND THIS TIME.

02:06PM  18   A.   AROUND THIS TIME, IF THE SODIUM VALUE WAS CRITICALLY LOW

02:06PM  19   OR BELOW REFERENCE RANGE, IT WOULD BE VOIDED.  IT WOULD NOT BE

02:07PM  20   REPORTED.

02:07PM  21        HOWEVER, AS THIS EMAIL INDICATES, THAT LOW RESULT COULD

02:07PM  22   ACTUALLY BE THE TRUE RESULTS.  YOU WOULDN'T KNOW EITHER WAY.

02:07PM  23   Q.   OKAY.  LET'S LOOK AT YOUR RESPONSE TO THIS ON THAT SAME

02:07PM  24   PAGE, PAGE 2.  LET'S ZOOM IN ON YOUR MESSAGE.

02:07PM  25        AND YOU FORWARD THIS INFORMATION TO MR. BALWANI AND

ROSENDORFF DIRECT BY MR. BOSTIC

02:07PM  1    MS. HOLMES DIRECTLY; RIGHT?

02:07PM  2    A.   YES.

02:07PM  3    Q.   AND YOU WRITE, "I WANTED TO BRING THIS IMPORTANT ISSUE TO

02:07PM  4    YOUR ATTENTION," AND YOU DISCUSS THE LAB'S PRACTICE OF VOIDING

02:07PM  5    THE RESULT IF THE SODIUM IS OUTSIDE OF A CERTAIN RANGE.

02:07PM  6        DO YOU SEE THAT?

02:07PM  7    A.   YES.

02:07PM  8    Q.   YOU WRITE, "BECAUSE WE HAVE NO WAY OF KNOWING FOR SURE

02:07PM  9    WHETHER THE RESULT IS TRULY ABNORMAL OR ARTIFACTUAL TO THE

02:07PM  10   ASSAY, OR RELATED TO A SPECIMEN INTEGRITY ISSUE."

02:07PM  11       DO YOU SEE THAT?

02:07PM  12   A.   YES.

02:07PM  13   Q.   IF THE THERANOS ASSAY HAD BEEN WORKING RELIABLY AND

02:08PM  14   ACCURATELY DURING THIS TIME PERIOD, WOULD YOU HAVE FELT THAT

02:08PM  15   UNCERTAINTY ABOUT THE VALIDITY THE RESULTS THAT YOU WERE

02:08PM  16   SEEING?

02:08PM  17   A.   NO.

02:08PM  18   Q.   IN THE THIRD PARAGRAPH OF YOUR EMAIL, IN THE MIDDLE YOU

02:08PM  19   WRITE "I AM NOT SURE OF THE CLINICAL VALUE OF THE SODIUM ASSAY

02:08PM  20   IN WHICH THE ONLY TIME WE CAN REPORT IT IS WHEN IT IS NOT

02:08PM  21   CRITICAL, AND THE VERY SITUATIONS THAT REQUIRE ACCURATE

02:08PM  22   MEASUREMENT AND REPORTING OF ABNORMAL OF SODIUM RESULTS ARE

02:08PM  23   VOIDED."

02:08PM  24       EXPLAIN WHAT YOU MEAN BY THAT.

02:08PM  25   A.   SINCE WE ARE ONLY REPORTING RESULTS FOR SODIUM IN THIS

02:08PM   1    CASE THAT WERE NOT IN THE CRITICAL RANGE, EVERY RESULT WE PUT

02:08PM   2    OUT -- EVERY RESULT THAT THE LAB PUTS OUT FOR SODIUM SHOWS THAT

02:08PM   3    THE RESULT IS NORMAL.  IF IT'S NOT NORMAL, THEN WE VOID IT.

02:08PM   4         SO IF A PATIENT HAD AN ABNORMAL SODIUM, THEY WOULD NEVER

02:08PM   5    KNOW.

02:08PM   6         SO, YOU KNOW, THERE ARE MEDICAL CONDITIONS THAT RESULT IN

02:09PM   7    SODIUM GOING CRITICAL THAT I WASN'T CONFIDENT IN REPORTING.

02:09PM   8    Q.   AT THE END OF YOUR EMAIL YOU ASK, "HOW IS THE 4S SODIUM

02:09PM   9    DOING?  MAYBE WE CAN USE THE 4S FOR ISE'S?"

02:09PM   10        DO YOU SEE THAT?

02:09PM   11   A.   YES.

02:09PM   12   Q.   IS THAT REFERENCING THE NEXT GENERATION THERANOS ANALYZER?

02:09PM   13   A.   YES.

02:09PM   14   Q.   AND REMIND US WHETHER YOU EVER SAW ONE OF THOSE NEXT

02:09PM   15   GENERATION THERANOS DEVICES IN PERSON?

02:09PM   16   A.   I NEVER DID.

02:09PM   17   Q.   WERE YOU EVER ABLE TO USE THE 4S DEVICE OR SOMETHING

02:09PM   18   SIMILAR TO SOLVE THIS ISE PROBLEM?

02:09PM   19   A.   I WAS NOT.

02:09PM   20   Q.   OKAY.  YOU CAN SET THAT ASIDE.

02:10PM   21        ONE MORE EMAIL CHAIN ABOUT ISE'S.  LET'S LOOK AT 4182.

02:10PM   22   A.   I HAVE IT.

02:10PM   23   Q.   AT 4182, DO YOU SEE AN EMAIL CHAIN FROM AUGUST OF 2013

02:10PM   24   RELATING TO A COLLECTION OF LABORATORY ISSUES?

02:10PM   25   A.   YES.

02:10PM   1              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4182.

02:10PM   2              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:10PM   3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:10PM   4         (GOVERNMENT'S EXHIBIT 4182 WAS RECEIVED IN EVIDENCE.)

02:10PM   5    BY MR. BOSTIC:

02:10PM   6    Q.   OKAY, LET'S GO TO THE BOTTOM OF PAGE 3.

02:10PM   7         DO YOU SEE THAT WE'RE -- AT THE VERY BOTTOM OF THE PAGE,

02:10PM   8    WE'RE ABOUT TO LOOK AT AN EMAIL FROM TRACY MASSON?

02:11PM   9    A.   OH, YES, RIGHT AT THE BOTTOM, UH-HUH.

02:11PM   10   Q.   OKAY.  LET'S LOOK AT THAT EMAIL ON PAGE 4.

02:11PM   11        OKAY.  IN THIS EMAIL, THERE'S A REQUEST, "COULD YOU PLEASE

02:11PM   12   CHECK ON THESE RESULTS?"

02:11PM   13        AND IT'S SENT TO MR. BALWANI AND OTHERS AND THE SUBJECT IS

02:11PM   14   BOT EXPERIENCE.

02:11PM   15        DO YOU SEE THAT?

02:11PM   16   A.   YES.

02:11PM   17   Q.   IS BOT SHORT FOR PHLEBOTOMIST EXPERIENCE?

02:11PM   18   A.   YES.

02:11PM   19   Q.   "THESE ARE FOR," AND THEN WE'VE REDACTED THE NAME, ONE OF

02:11PM   20   OUR PHLEBOTOMISTS.

02:11PM   21        DO YOU SEE THAT?

02:11PM   22   A.   YES, I SEE IT.

02:11PM   23   Q.   AND THE TEXT IN BOLD SAYS, "I HAVE BEEN ON ANTICOAGULANT

02:11PM   24   FOR ABOUT 14 YEARS NOW.  I HAVE BEEN WITHIN RECOMMENDED PT INR

02:11PM   25   RANGE FOR ABOUT 13 YEARS, PROMPTING THE SAME DOSAGE FOR OVER A

02:12PM 1      DECADE."

02:12PM 2           DO YOU SEE THAT?

02:12PM 3      A.   YES.

02:12PM 4      Q.   "I RECENTLY HAD MY STANDING ORDER SWITCHED TO THERANOS FOR

02:12PM 5      MY PT INR MONITORING."

02:12PM 6           DO YOU SEE THAT?

02:12PM 7      A.   YES.

02:12PM 8      Q.   AND IT SAYS, "FOR THE FIRST TIME I HAD A CTN DRAW FOR MY

02:12PM 9      PT INR."

02:12PM 10          DO YOU SEE THAT?

02:12PM 11     A.   YES.

02:12PM 12     Q.   "I WAS SURPRISED WHEN THE RESULTS CAME OUT OF RANGE TOO

02:12PM 13     LOW."

02:12PM 14          THERE'S THEN A MENTION OF A SECOND CTN RESULT THAT WAS

02:12PM 15     ALSO EXTREMELY LOW.

02:12PM 16          DO YOU SEE THAT?

02:12PM 17     A.   YES.

02:12PM 18     Q.   FIRST OF ALL, THE PT INR TEST, THIS IS NOT AN ISE TEST;

02:12PM 19     CORRECT?

02:12PM 20     A.   IT IS NOT.

02:12PM 21     Q.   IS THIS ANOTHER TYPE OF TEST THAT THERANOS OFFERED

02:12PM 22     PATIENTS?

02:12PM 23     A.   YES.

02:12PM 24     Q.   AND DESCRIBE FOR US WHAT PT INR IS AND WHY IT MATTERS.

02:12PM 25     A.   SO PT STANDS FOR PROTHROMBIN, AND INR IS -- I THINK IT'S

02:12PM   1    INTERNATIONAL NOMALIZATION RATIO.  IN ANY EVENT, THAT'S NOT

02:12PM   2    IMPORTANT.

02:12PM   3         WHAT THE ASSAY IS USED FOR IS TO MONITOR THE EFFECTIVENESS

02:13PM   4    OF THE ANTICOAGULANT COUMADIN.

02:13PM   5    Q.   OKAY.  IN THIS CASE THE PATIENT CONTINUES TO REPORT THAT

02:13PM   6    AFTER THE SECOND CTN RESULT FROM THERANOS WAS ALSO EXTREMELY

02:13PM   7    LOW, HER DOCTOR INCREASED HER COUMADIN FOR ONE DOSE.

02:13PM   8         DO YOU SEE THAT?

02:13PM   9    A.   YES.

02:13PM   10   Q.   AND SHE REPORTS THAT SHE HAS NOT FELT RIGHT SINCE THE ONE

02:13PM   11   INCREASED DOSE, AND SHE HAS ALSO EXPERIENCED OTHER PROBLEMATIC

02:13PM   12   SYMPTOMS.

02:13PM   13        DO YOU SEE THAT?

02:13PM   14   A.   YES.

02:13PM   15   Q.   AND SHE ALSO SAYS THAT SHE ASKED FOR ANOTHER STANDING

02:13PM   16   ORDER DRAW AT THE END OF HER SHIFT YESTERDAY.

02:13PM   17        THIS TIME SHE WANTED THE DRAW SWITCHED FROM CTN TO A

02:13PM   18   VENOUS DRAW.

02:13PM   19        DO YOU SEE THAT?

02:13PM   20   A.   YES.

02:13PM   21   Q.   AND WHAT WOULD THAT MEAN IN TERMS OF WHAT DEVICE WAS BEING

02:13PM   22   USED TO RUN THE TEST?

02:13PM   23   A.   THE PT INR WAS BEING RUN USING AN LDT AT THIS POINT.

02:14PM   24   Q.   DOES THAT MEAN A THERANOS SPECIFIC METHOD?

02:14PM   25   A.   YES.

02:14PM  1    Q.   AND WOULD SWITCHING TO A VENOUS DRAW MEAN THAT IT WAS NO

02:14PM  2    LONGER RUN ON A THERANOS SPECIFIC METHOD?

02:14PM  3    A.   YES.

02:14PM  4    Q.   LOOKING DOWN AT THE BOTTOM OF THIS PAGE, WE SEE THAT AFTER

02:14PM  5    THE VEIN DRAW IN THAT TEST, THE PATIENT SAYS, "MY DOCTOR JUST

02:14PM  6    CALLED ME BECAUSE MY PT INR RESULTS NOW SHOW THAT IT IS VERY

02:14PM  7    HIGH."

02:14PM  8        DO YOU SEE THAT?

02:14PM  9    A.   YES.

02:14PM  10   Q.   AND SO IT'S GONE FROM VERY LOW TO VERY HIGH AFTER

02:14PM  11   SWITCHING THE METHOD; CORRECT?

02:14PM  12   A.   YES.

02:14PM  13   Q.   LET'S LOOK AT PAGE 5 OF THIS EXHIBIT.

02:14PM  14       AND THIS PATIENT'S -- THE PHLEBOTOMIST'S EMAIL CONTINUES.

02:14PM  15       "FOR TESTING ACCURACY, I WILL BE GETTING BOTH A

02:14PM  16   VENIPUNCTURE AND A CTN DRAW ON MONDAY TO COMPARE RESULTS, AS

02:14PM  17   THIS INFORMATION WOULD BE OF UTMOST IMPORTANCE TO THERANOS AND

02:14PM  18   ULTIMATELY TO THE WELL-BEING OF OUR PATIENTS."

02:15PM  19       DO YOU SEE THAT?

02:15PM  20   A.   YES.

02:15PM  21   Q.   OKAY.  LET'S GO TO PAGE 1 OF THIS EXHIBIT.

02:15PM  22       AND AT THE BOTTOM OF THE PAGE THERE'S A MESSAGE FROM

02:15PM  23   MR. BALWANI TO DANIEL YOUNG.

02:15PM  24       DO YOU SEE HE SAYS, "DANIEL.  THE NET NET OF THIS SEEMS TO

02:15PM  25   SUGGEST THAT OUR PT WAS REPORTING RESULTS TOO LOW."

ROSENDORFF DIRECT BY MR. BOSTIC

02:15PM 1          DO YOU SAY THAT?

02:15PM 2     A.   YES.

02:15PM 3     Q.   AND DO YOU AGREE THAT THAT SCENARIO INDICATED PROBLEMS

02:15PM 4     WITH THE REPORTING OF THE THERANOS PT TEST?

02:15PM 5     A.   YES, ABSOLUTELY.

02:15PM 6     Q.   ABOVE MR. BALWANI'S MESSAGE, DANIEL YOUNG WRITES, "AS I

02:15PM 7     MENTIONED, I HAD SOME CONCERNS A FEW WEEKS BACK ABOUT SAMPLE

02:15PM 8     STABILITY FOR PT INR."

02:15PM 9          DO YOU SEE THAT?

02:15PM 10    A.   YES.

02:15PM 11    Q.   ABOVE THAT MESSAGE, MR. BALWANI WRITES, ARE THERE ANY

02:16PM 12    OTHER ASSAYS THAT DR. YOUNG HAS CONCERNS WITH?

02:16PM 13         DO YOU SEE THAT?

02:16PM 14    A.   YES.

02:16PM 15    Q.   AND LET'S ZOOM IN ON DR. YOUNG'S RESPONSE.  AND DO YOU SEE

02:16PM 16    THERE A LIST OF MULTIPLE THERANOS ASSAYS THAT DR. YOUNG WAS

02:16PM 17    TELLING MR. BALWANI THAT HE WAS CONCERNED ABOUT?

02:16PM 18    A.   YES.

02:16PM 19    Q.   AND THIS IS IN AUGUST 2014; CORRECT?

02:16PM 20    A.   YES.

02:16PM 21    Q.   APPROXIMATELY FOR HOW MANY MONTHS HAD THERANOS BEEN

02:16PM 22    OFFERING PATIENT TESTING AT THIS POINT?

02:16PM 23    A.   ABOUT 11 MONTHS.

02:16PM 24    Q.   LET'S LOOK AT 4181.

02:16PM 25              THE COURT:  SHOULD WE TAKE OUR BREAK NOW?  I THOUGHT

02:16PM  1    WE WOULD HAVE ONE LAST BREAK.

02:16PM  2         LET'S TAKE ABOUT 20 MINUTES, FOLKS, ABOUT 20 MINUTES.

02:16PM  3              MR. BOSTIC:  YOUR HONOR, NOT TO DELAY IT, BUT AFTER

02:16PM  4    THIS LAST TWO MINUTE EXHIBIT, I'M SHIFTING GEARS.

02:17PM  5              THE COURT:  OH, I DON'T WANT TO BREAK YOUR RHYTHM.

02:17PM  6              MR. BOSTIC:  JUST TWO MORE MINUTES, YOUR HONOR.

02:17PM  7    THANK YOU.

02:17PM  8              THE COURT:  LET'S DO THAT.

02:17PM  9    BY MR. BOSTIC:

02:17PM 10    Q.   DR. ROSENDORFF, DO YOU HAVE 4181 IN FRONT OF YOU?

02:17PM 11    A.   YES, I DO.

02:17PM 12    Q.   AND IS THAT A CONTINUATION OF THE SAME EMAIL CHAIN THAT WE

02:17PM 13    WERE JUST LOOKING AT?

02:17PM 14    A.   YES.

02:17PM 15              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4181.

02:17PM 16              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:17PM 17              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:17PM 18         (GOVERNMENT'S EXHIBIT 4181 WAS RECEIVED IN EVIDENCE.)

02:17PM 19    BY MR. BOSTIC:

02:17PM 20    Q.   LET'S ZOOM IN ON THE TOP HALF OF PAGE 1.

02:17PM 21         DO YOU SEE THAT WE'RE LOOKING AT THAT SAME EMAIL MESSAGE

02:17PM 22    FROM DANIEL YOUNG TO MR. BALWANI ABOUT HIS CONCERNS ABOUT A

02:17PM 23    THERANOS TEST?

02:17PM 24    A.   YES.

02:17PM 25    Q.   AND HE MENTIONS A STUDY PLAN TO EVALUATE THE PROBLEM;

02:17PM   1     CORRECT?

02:17PM   2     A.   YES.

02:17PM   3     Q.   MR. BALWANI RESPONDS BY SENDING AN INDIVIDUAL MESSAGE TO

02:17PM   4     MS. HOLMES AT THE TOP OF THE PAGE.

02:17PM   5          DO YOU SEE THAT?

02:17PM   6     A.   YES.

02:17PM   7     Q.   AND HE WRITES, "ALWAYS ANOTHER STUDY AFTER THE FACT."

02:18PM   8          DO YOU SEE THAT LANGUAGE?

02:18PM   9     A.   YES.

02:18PM   10    Q.   WHEN YOU WERE LABORATORY DIRECTOR AT THERANOS, WERE YOU

02:18PM   11    AWARE OF A SERIES OF INTERNAL STUDIES THAT THE COMPANY WOULD DO

02:18PM   12    TO TRY TO FIGURE OUT WHY IT WAS HAVING PROBLEMS WITH TESTS?

02:18PM   13    A.   YES, CONSTANTLY.

02:18PM   14    Q.   GENERALLY SPEAKING, DID YOU DRAW ANY COMFORT FROM THE

02:18PM   15    RESULTS OF THOSE STUDIES?

02:18PM   16         LET ME ASK IT A DIFFERENT WAY.  DID THE STUDIES CONDUCTED

02:18PM   17    INTERNALLY AT THERANOS RESOLVE YOUR CONCERNS ABOUT THE ACCURACY

02:18PM   18    AND RELIABILITY OF THE THERANOS TESTS?

02:18PM   19    A.   THE FIRST FEW TIMES IT HAPPENED, I WOULD SAY YES.  I WOULD

02:18PM   20    LOOK AT THE STUDY DATA AND THINGS SEEMED TO BE CORRECTED.

02:18PM   21         BUT AS TIME WENT ON, BY AND LARGE, NO, THEY DID NOT.

02:18PM   22    Q.   GENERALLY SPEAKING, DID THOSE STUDIES RESULT IN PERMANENT

02:18PM   23    FIXES TO THE ACCURACY PROBLEMS THAT YOU WERE SEEING?

02:18PM   24    A.   THEY DID NOT.

02:19PM   25              MR. BOSTIC:  THIS MIGHT BE A GOOD TIME FOR A BREAK,

02:19PM  1      YOUR HONOR.  THANK YOU.

02:19PM  2                  THE COURT:  ALL RIGHT.  LET'S TAKE 20 MINUTES.

02:19PM  3      THANK YOU.

02:43PM  4            (RECESS FROM 2:19 P.M. UNTIL 2:43 P.M.)

02:43PM  5                  THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD.

02:43PM  6      ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

02:44PM  7      OUR JURY IS PRESENT.

02:44PM  8      MR. BOSTIC.

02:44PM  9                  MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:44PM 10      Q.   DR. ROSENDORFF, BEFORE THE BREAK WE WERE TALKING ABOUT

02:44PM 11      SOME INSTANCES INVOLVING THERANOS TEST RESULTS AND QUESTIONS

02:44PM 12      AND COMPLAINTS FROM PATIENTS AND DOCTORS; CORRECT?

02:44PM 13      A.   YES.

02:44PM 14      Q.   AND DO YOU RECALL SEEING INSTANCES OF THOSE WHERE THOSE

02:44PM 15      REPORTS FROM OUTSIDE OF THERANOS WERE FORWARDED ALONG TO

02:44PM 16      MR. BALWANI?

02:44PM 17      A.   YES.

02:44PM 18      Q.   CAN I ASK YOU TO TURN TO TAB 4520 IN YOUR BINDER, PLEASE.

02:44PM 19      4520.

02:44PM 20      A.   YES.

02:44PM 21      Q.   AND AT 4520, DO YOU SEE AN EMAIL FROM MAX FOSQUE TO

02:44PM 22      MR. BALWANI IN SEPTEMBER OF 2015?

02:44PM 23      A.   YES.

02:44PM 24      Q.   AND I'LL ASK YOU TO LOOK AT THE FIRST ATTACHMENT TO THAT

02:44PM 25      EMAIL, WHICH IS ON PAGE 2 OF THE EXHIBIT.

02:44PM  1     A.   YES.

02:44PM  2     Q.   AND -- WELL, LET ME ASK YOU, HAVE YOU REVIEWED THIS

02:45PM  3     DOCUMENT PRIOR TO THIS MOMENT?

02:45PM  4     A.   YES, I HAVE.

02:45PM  5     Q.   OKAY.  ARE YOU FAMILIAR, GENERALLY, WITH THE CONTENTS OF

02:45PM  6     THIS DOCUMENT?

02:45PM  7     A.   YES.

02:45PM  8     Q.   DOES IT CONTAIN A WRITE-UP OF COMPLAINTS THAT YOU WERE

02:45PM  9     FAMILIAR WITH DURING YOUR TIME AT THE COMPANY?

02:45PM  10    A.   SOME OF THEM I RECALL, AND SOME OF THEM I DON'T RECALL.

02:45PM  11              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4520.

02:45PM  12              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:45PM  13              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:45PM  14         (GOVERNMENT'S EXHIBIT 4520 WAS RECEIVED IN EVIDENCE.)

02:45PM  15              MR. BOSTIC:  AND, YOUR HONOR, 4520 HAS TWO

02:45PM  16    ATTACHMENTS.  MY PLAN IS -- BOTH ATTACHMENTS HAVE PERSONALLY

02:45PM  17    IDENTIFIABLE INFORMATION OF PATIENTS.

02:45PM  18         WE WON'T PUBLISH THOSE.  WE HAVE A REDACTED VERSION OF THE

02:45PM  19    FIRST ATTACHMENT, AND WE WON'T PUBLISH THE SECOND ATTACHMENT

02:45PM  20    FOR TODAY.

02:45PM  21              THE COURT:  ALL RIGHT.  THANK YOU.

02:45PM  22    BY MR. BOSTIC:

02:45PM  23    Q.   SO, DR. ROSENDORFF, LOOKING AT THE EMAIL ITSELF, THIS IS

02:46PM  24    DATED SEPTEMBER 14TH, 2015.

02:46PM  25         DO YOU SEE THAT?

02:46PM 1    A.   YES.

02:46PM 2    Q.   AND CAN YOU REMIND US WHEN YOU LEFT THE COMPANY?

02:46PM 3    A.   I LEFT IN NOVEMBER OF 2014.

02:46PM 4    Q.   OKAY.

02:46PM 5    A.   THIS WOULD BE ALMOST A YEAR AFTER I LEFT.

02:46PM 6    Q.   OKAY.  MR. FOSQUE WRITES MR. BALWANI, HE SAYS, "SEE MY

02:46PM 7    UPDATES ATTACHED."

02:46PM 8         AND THEN THERE ARE TWO DOCUMENTS ATTACHED, ONE IS

02:46PM 9    APPENDIX B, AND THEN THERE'S AN ATTACHMENT FINAL LOG OF

02:46PM 10   COMPLAINTS AND IRQ'S.

02:46PM 11        DO YOU SEE THAT?

02:46PM 12   A.   YES.

02:46PM 13   Q.   LET'S GO TO PAGE 2 OF THIS EXHIBIT AND LOOK AT SOME OF THE

02:46PM 14   CONTENT IN THAT FIRST ATTACHMENT.

02:46PM 15        FIRST OF ALL, DO YOU SEE THAT THE TITLE OF THIS DOCUMENT

02:46PM 16   IS PATIENTS MENTIONED IN ROSENDORFF'S EMAILS?

02:46PM 17   A.   YES.

02:46PM 18   Q.   AND SO, FOR EXAMPLE, JUST HIGHLIGHTING A FEW OF THESE

02:46PM 19   EXAMPLES, DO YOU SEE THAT UNDER ITEM 1, ABOUT HALFWAY DOWN THIS

02:46PM 20   PAGE, IT SAYS, "ROSENDORFF NOTED THAT A REVIEW OF DATA SHOWED

02:47PM 21   THAT CALCIUM DATA WAS RUNNING HIGH?"

02:47PM 22   A.   YES, I SEE THAT.

02:47PM 23   Q.   AND DO YOU RECALL PROBLEMS WITH CALCIUM RESULTS DURING

02:47PM 24   YOUR TIME AT THERANOS?

02:47PM 25   A.   YES, I DO.

02:47PM 1      Q.   AND LET'S LOOK BRIEFLY AT PAGE 4 OF THIS EXHIBIT.

02:47PM 2           DO YOU SEE A HEADING IN THIS MEMO TO MR. BALWANI THAT

02:47PM 3      READS ISE AND POTASSIUM RESULTS AROUND MARCH 2014?

02:47PM 4      A.   YES.

02:47PM 5      Q.   AND HALFWAY DOWN THAT FIRST PARAGRAPH, DO YOU SEE LANGUAGE

02:47PM 6      THAT SAYS, "DANIEL YOUNG NOTED THAT THE DATA LOOKED 'VERY BAD'

02:47PM 7      FOR A TABLE OF CHLORIDE, POTASSIUM, AND SODIUM RESULTS AND THE

02:47PM 8      RERUN RESULTS WERE NOT GOOD (VERY HIGH)."

02:47PM 9           DO YOU SEE THAT LANGUAGE?

02:47PM 10     A.   YES.

02:47PM 11     Q.   AND DO YOU RECALL PROBLEMS AT THERANOS WITH THESE ASSAYS

02:48PM 12     IN MARCH OF 2014?

02:48PM 13     A.   YES, I DO.

02:48PM 14     Q.   FURTHER DOWN, DO YOU SEE THERE'S REFERENCE TO, IN THE

02:48PM 15     SECOND PARAGRAPH THERE, THERANOS MEASURING A CERTAIN NUMBER OF

02:48PM 16     POTASSIUMS AND AN OBSERVATION ABOUT HOW MANY WERE OUT OF RANGE

02:48PM 17     HIGH?

02:48PM 18     A.   YES.

02:48PM 19     Q.   AND DO YOU REMEMBER WHETHER YOU VIEWED THAT AS A SIGN OF

02:48PM 20     PROBLEMS WITH THE RELIABILITY OF THE THERANOS ASSAY?

02:48PM 21     A.   ABSOLUTELY.

02:48PM 22     Q.   AND THE LAST PARAGRAPH THERE, OR THE THIRD PARAGRAPH, IT

02:48PM 23     SAYS, "ON APRIL 22ND, 2014, ROSENDORFF WROTE TO SUNNY BALWANI,

02:48PM 24     'I WANTED TO ALERT YOU TO A PROBLEM WITH THE ISE RESULTS.'"

02:48PM 25          WE JUST DISCUSSED THIS, BUT DO YOU RECALL THERANOS

02:48PM  1    EXPERIENCING NUMEROUS PROBLEMS WITH ISE RESULTS DURING THIS

02:48PM  2    TIME PERIOD?

02:49PM  3    A.   YES, I DO.

02:49PM  4    Q.   LET'S LOOK AT PAGE 9 OF THIS EXHIBIT.

02:49PM  5         AND AT THE BOTTOM OF THAT PAGE YOU'LL SEE THERE'S A

02:49PM  6    HEADING ABOUT VITAMIN D RESULTS IN OCTOBER AND NOVEMBER OF

02:49PM  7    2014.

02:49PM  8         DO YOU SEE THAT?

02:49PM  9    A.   YES, I SEE IT.

02:49PM  10   Q.   AND DO YOU SEE SOME DISCUSSION THERE ABOUT CONCERNS ABOUT

02:49PM  11   THE REPRODUCIBILITY OF THE ASSAY?

02:49PM  12   A.   YES.  YES.

02:49PM  13   Q.   DO YOU RECALL --

02:49PM  14   A.   THIS IS FROM MR. MORIN.  THESE ARE HIS WORDS, I BELIEVE.

02:49PM  15   Q.   YES.  THANK YOU.

02:49PM  16        DO YOU RECALL IN OCTOBER AND NOVEMBER OF 2014 THERANOS

02:50PM  17   HAVING PROBLEMS WITH ITS VITAMIN D ASSAY?

02:50PM  18   A.   YES.

02:50PM  19             MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

02:50PM  20             THE COURT:  YES.

02:50PM  21             MR. BOSTIC:  (HANDING.)

02:50PM  22        SO I'VE JUST HANDED THE WITNESS A VERSION OF THE SECOND

02:50PM  23   ATTACHMENT TO THIS EMAIL, AND THIS ATTACHMENT IS PRESENT IN THE

02:50PM  24   BINDERS THAT WERE GIVEN TO THE COURT AND COUNSEL.

02:50PM  25             THE COURT:  OKAY.

02:50PM  1    BY MR. BOSTIC:

02:50PM  2    Q.   DR. ROSENDORFF, DO YOU HAVE IN FRONT OF YOU A PRINTOUT OF

02:50PM  3    AN EXCEL TABLE?

02:50PM  4    A.   YES, I DO.

02:50PM  5    Q.   AND I WON'T ASK YOU TO READ ANY OF THE CONTENT, OR TO READ

02:50PM  6    OUT LOUD ANY OF THE CONTENT, BUT DO YOU SEE THAT THAT TABLE

02:50PM  7    CONTAINS WRITE-UPS OF NUMEROUS COMPLAINTS AND QUESTIONS SENT IN

02:50PM  8    TO THERANOS ABOUT ITS TEST RESULTS?

02:50PM  9    A.   YES, IT DOES.

02:50PM  10   Q.   OKAY.  THANK YOU.  YOU CAN SET THAT ASIDE.

02:51PM  11        DR. ROSENDORFF, DURING YOUR TIME AT THE COMPANY, DID YOU

02:51PM  12   HAVE ANY REACTIONS TO PUBLIC INFORMATION THAT YOU SAW ABOUT THE

02:51PM  13   COMPANY'S TECHNOLOGY OR WHAT IT COULD DO?

02:51PM  14   A.   YES, I DID.

02:51PM  15   Q.   WHAT DO YOU REMEMBER IN THAT REGARD?

02:51PM  16   A.   I REMEMBER A "FORTUNE" ARTICLE BY ROGER PARLOFF.

02:51PM  17   BASICALLY IT WAS, IT WAS AN INTERVIEW WITH ELIZABETH, AND IT

02:51PM  18   MADE A NUMBER OF CLAIMS REGARDING THERANOS TECHNOLOGY THAT WERE

02:51PM  19   JUST NOT TRUE.

02:51PM  20   Q.   DO YOU REMEMBER SEEING THAT ARTICLE AROUND THE TIME THAT

02:51PM  21   IT CAME OUT?

02:51PM  22   A.   YES.  YES.

02:51PM  23   Q.   HOW DID THAT -- HOW DID SEEING THAT ARTICLE MAKE YOU FEEL

02:52PM  24   ABOUT YOUR EMPLOYMENT WITH THE COMPANY?

02:52PM  25        MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

ROSENDORFF DIRECT BY MR. BOSTIC

02:52PM  1          THE COURT:  SUSTAINED.

02:52PM  2   BY MR. BOSTIC:

02:52PM  3   Q.   DID YOU HAVE ANY CONVERSATIONS WITH ANYONE AT THERANOS

02:52PM  4   ABOUT WHAT YOU HAD SEEN IN THAT "FORTUNE" ARTICLE?

02:52PM  5   A.   NO, I DID NOT.

02:52PM  6   Q.   WHY DID YOU NOT RAISE THE FALSE STATEMENTS YOU SAW IN THAT

02:52PM  7   ARTICLE TO MR. BALWANI, FOR EXAMPLE?

02:52PM  8          MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

02:52PM  9          THE COURT:  I'M SORRY?

02:52PM  10          MR. COOPERSMITH:  OBJECTION.  RELEVANCE.

02:52PM  11          THE COURT:  OVERRULED.

02:52PM  12          THE WITNESS:  I DIDN'T THINK IT WAS MY PLACE TO, TO

02:52PM  13   MONITOR THE COMPANY'S COMMUNICATION TO JOURNALISTS.

02:52PM  14      MY JOB WAS TO TRY TO MAINTAIN THE QUALITY OF LABORATORY

02:52PM  15   TESTING.

02:52PM  16   BY MR. BOSTIC:

02:52PM  17   Q.   CAN I ASK YOU TO TURN TO 4047 IN YOUR BINDER.

02:53PM  18   A.   I HAVE IT.

02:53PM  19   Q.   OKAY.  IN 4047, DO YOU SEE AN EMAIL CHAIN INCLUDING

02:53PM  20   YOURSELF, MR. BALWANI, AND MS. HOLMES RELATING TO AN UPCOMING

02:53PM  21   INSPECTION OF THERANOS?

02:53PM  22   A.   YES, I DO.

02:53PM  23          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4047.

02:53PM  24          MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  THERE'S A

02:53PM  25   GLITCH IN MY BINDER THAT DOESN'T HAVE THE EXHIBIT.

02:53PM   1        MR. BOSTIC:  WE CAN PROVIDE AN EXTRA.

02:53PM   2        (PAUSE IN PROCEEDINGS.)

02:54PM   3        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:54PM   4        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:54PM   5        (GOVERNMENT'S EXHIBIT 4047 WAS RECEIVED IN EVIDENCE.)

02:54PM   6   BY MR. BOSTIC:

02:54PM   7   Q.   DR. ROSENDORFF, WE'RE LOOKING AT AN EMAIL FROM

02:54PM   8   NOVEMBER 2013; CORRECT?

02:54PM   9   A.   YES.

02:54PM  10   Q.   AROUND THIS TIME, WAS THERE AN INSPECTION OF THERANOS BY

02:54PM  11   AUDITORS?

02:54PM  12   A.   YES, THERE WAS.

02:54PM  13   Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

02:54PM  14   A.   ANY CLIA LABORATORY IS INSPECTED ONCE WHEN IT OPENS UP,

02:54PM  15   AND THEN THE INSPECTORS COME ON SITE AGAIN SHORTLY THEREAFTER,

02:54PM  16   AND THEN AFTER THAT THEY COME ONCE EVERY TWO YEARS TO INSPECT.

02:54PM  17        SO THESE WOULD BE FOLKS FROM LABORATORY FIELD SERVICES

02:55PM  18   THAT WOULD BE ENFORCING THE CMS REGULATIONS, CLIA REGULATIONS.

02:55PM  19   Q.   LOOKING AT THIS EMAIL, LET'S ZOOM IN ON THE TEXT OF

02:55PM  20   MS. HOLMES'S EMAIL.

02:55PM  21        AND SHE WRITES TO DANIEL YOUNG, YOU, AND OTHERS AT

02:55PM  22   THERANOS, CC'ING MR. BALWANI; CORRECT?

02:55PM  23   A.   YES.

02:55PM  24   Q.   AND SHE SAYS, "LET ME KNOW IF THE PATH FOR WALKING THE

02:55PM  25   AUDITORS IN AND DOWNSTAIRS HAS BEEN CEMENTED SO WE AVOID AREAS

02:55PM  1    THAT CANNOT BE ACCESSED, AND WHAT THAT PATH IS."

02:55PM  2        DO YOU SEE THAT?

02:55PM  3    A.   YES.

02:55PM  4    Q.   AND THEN LET'S LOOK AT THE FOLLOW-UP MESSAGE FROM

02:55PM  5    MS. HOLMES.

02:55PM  6        SHE SAYS, "(KERRY PLEASE DELINEATE THIS BASED ON WHAT WE

02:55PM  7    DID WITH THE NEW YORK INSPECTOR RECENTLY AND SEND THAT OUT)."

02:55PM  8        DO YOU SEE THAT?

02:55PM  9    A.   YES, I DO.

02:55PM  10   Q.   AROUND THIS TIME, DO YOU RECALL OTHER DISCUSSION ABOUT

02:56PM  11   AREAS OF THE THERANOS FACILITY THAT SHOULD OR SHOULD NOT BE

02:56PM  12   ACCESSED DURING THIS INSPECTION?

02:56PM  13   A.   YES.  MR. BALWANI WAS VERY CLEAR THAT THE INSPECTORS

02:56PM  14   SHOULDN'T GO INTO THE R&D AREAS; THAT THE INSPECTORS SHOULDN'T

02:56PM  15   GO INTO THE NORMANDY LAB.

02:56PM  16   Q.   AND ARE YOU DESCRIBING A CONVERSATION THAT YOU HAD WITH

02:56PM  17   MR. BALWANI IN PERSON OR OVER THE PHONE?

02:56PM  18   A.   IT'S, IT'S MY RECOLLECTION.  I CAN'T POINT TO A SPECIFIC

02:56PM  19   CONVERSATION THAT I HAD WITH HIM.

02:56PM  20   Q.   THE DIRECTION THAT MR. BALWANI GAVE AS TO ACCESSING THE

02:56PM  21   NORMANDY LAB.

02:56PM  22       FIRST OF ALL, WHAT WAS THE NORMANDY LAB?

02:56PM  23           MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  HE DOESN'T

02:56PM  24   REMEMBER THE CONVERSATION, SO --

02:56PM  25           THE COURT:  WELL, I THINK THE QUESTION WAS, WHAT WAS

02:56PM   1     THE NORMANDY LAB?

02:56PM   2              MR. COOPERSMITH:  WELL, HE CAN ANSWER THAT ONE, YES,

02:57PM   3     YOUR HONOR.

02:57PM   4              THE COURT:  I THINK SO TOO.

02:57PM   5          YOU CAN ANSWER THE QUESTION, SIR.

02:57PM   6              THE WITNESS:  THE NORMANDY LAB WAS THE DOWNSTAIRS

02:57PM   7     LAB IN THE BASEMENT ESSENTIALLY OF THE BUILDING WHERE ALL OF

02:57PM   8     THE THERANOS TESTS WERE BEING RUN.

02:57PM   9     BY MR. BOSTIC:

02:57PM  10     Q.   AND I UNDERSTAND YOU CAN'T PLACE A SPECIFIC CONVERSATION

02:57PM  11     IN TIME IN YOUR MIND, BUT WHAT DIRECTION DO YOU REMEMBER, IF

02:57PM  12     ANY, GETTING FROM MR. BALWANI ABOUT ACCESS TO THE NORMANDY LAB

02:57PM  13     DURING THIS INSPECTION?

02:57PM  14     A.   THAT FOLKS SHOULD NOT BE GOING IN AND OUT OF THE LAB

02:57PM  15     DURING THE PERIOD OF THE INSPECTION.

02:57PM  16     Q.   DID YOU ALSO HAVE DISCUSSIONS WITH DANIEL YOUNG ABOUT THE

02:57PM  17     NORMANDY LAB AND THE INSPECTORS WHO WOULD BE CONDUCTING THIS

02:57PM  18     INSPECTION?

02:57PM  19     A.   WHEN THE INSPECTORS CAME ON SITE, WE WENT INTO A

02:57PM  20     CONFERENCE ROOM, AND WE WERE SHOWING THEM THE VALIDATION

02:57PM  21     REPORTS FOR THE EDISON AND FOR THE THERANOS GENERAL CHEMISTRY

02:57PM  22     TESTS, AND I EMAILED DR. YOUNG AND SAID, ESSENTIALLY, YOU KNOW,

02:58PM  23     SHOULD WE MENTION THE NORMANDY LAB TO THEM?  AND HE RESPONDED,

02:58PM  24     NOT UNLESS THEY EXPLICITLY ASK US.

02:58PM  25     Q.   AND WERE YOU WITH THE INSPECTORS FOR SOME OR ALL OF THE

02:58PM  1    INSPECTION THAT THEY CONDUCTED AT THIS TIME?

02:58PM  2    A.   SOME OF IT.  NOT ALL OF IT.

02:58PM  3    Q.   TO YOUR KNOWLEDGE, DID THOSE INSPECTORS EVER ACTUALLY TOUR

02:58PM  4    THE NORMANDY SECTION OF THE LAB?

02:58PM  5    A.   NOT TO MY KNOWLEDGE.

02:58PM  6    Q.   TO YOUR KNOWLEDGE, DID THOSE INSPECTORS EVER SEE AN EDISON

02:58PM  7    DEVICE?

02:58PM  8    A.   NOT TO MY KNOWLEDGE.

02:58PM  9    Q.   OKAY.  WE CAN SET THOSE ASIDE.

02:58PM  10        LET'S LOOK AT 4323, AND I WANT TO START TO TALK ABOUT THE

02:58PM  11   CIRCUMSTANCES OF YOUR DEPARTURE FROM THE COMPANY.

02:58PM  12   A.   YES.

02:58PM  13   Q.   SO TAB 4323.

02:59PM  14   A.   OKAY.  I HAVE IT.

02:59PM  15   Q.   OKAY.  IS THAT AN EMAIL CHAIN INCLUDING MR. BALWANI, AND

02:59PM  16   FURTHER DOWN YOU, FROM NOVEMBER OF 2014?

02:59PM  17   A.   YES.

02:59PM  18            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4323.

02:59PM  19            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

02:59PM  20            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:59PM  21        (GOVERNMENT'S EXHIBIT 4323 WAS RECEIVED IN EVIDENCE.)

02:59PM  22   BY MR. BOSTIC:

02:59PM  23   Q.   OKAY.  LET'S START WITH THE FIRST EMAIL, WHICH IS ON

02:59PM  24   PAGE 4.

02:59PM  25        AND DO YOU SEE THIS BEGINS WITH AN EMAIL TO

02:59PM  1    CHRISTIAN HOLMES ABOUT AN ESCALATED CALL FROM A DOCTOR, OR A

02:59PM  2    DOCTOR'S OFFICE?

02:59PM  3    A.   OH.  THIS EMAIL IS FROM MEGAN TO CHRISTIAN.

02:59PM  4    Q.   OKAY.  AND DO YOU SEE THAT IT RELATES TO A CALL FROM A

02:59PM  5    MEDICAL PRACTICE?

02:59PM  6    A.   YES.

02:59PM  7    Q.   OKAY.  AND IT SAYS THAT THE DOCTOR AT THIS PRACTICE IS

03:00PM  8    CONCERNED ABOUT THE HDL AND LDL RESULTS IN THE LIPID PANEL FOR

03:00PM  9    A GIVEN PATIENT.

03:00PM  10        DO YOU SEE THAT?

03:00PM  11   A.   YES.

03:00PM  12   Q.   AND IT'S REPORTED THAT THE HDL AND LDL ARE NOT ADDING UP,

03:00PM  13   AND SO THE THOUGHT IS THAT THE LDL IS A FALSE READING.

03:00PM  14        DO YOU SEE THAT?

03:00PM  15   A.   YES.

03:00PM  16   Q.   CAN YOU EXPLAIN WHAT THAT MEANS?  AND START BY TELLING US

03:00PM  17   ABOUT THE RELATIONSHIP BETWEEN HDL AND LDL.

03:00PM  18   A.   WELL, THEY'RE BOTH FORMS OF CHOLESTEROL.

03:00PM  19        LDL IS THE BAD CHOLESTEROL, AND HDL IS THE GOOD ONE.

03:00PM  20        THESE CHOLESTEROL METABOLIZE IN THE LIVER AND CONVERT INTO

03:00PM  21   THESE DIFFERENT FORMS, AND THE RELATIONSHIP BETWEEN THE TWO IS

03:00PM  22   THAT THERE'S AN EQUATION WHERE YOU ADD UP THE HDL AND LDL AND

03:00PM  23   DO A FEW OTHER THINGS AND THEN YOU GET TO WHAT THE TOTAL

03:01PM  24   CHOLESTEROL SHOULD BE.

03:01PM  25   Q.   AND LET'S GO TO PAGE 3 OF THIS EXHIBIT AND WE'LL SEE SOME

03:01PM  1    MORE ABOUT THAT.

03:01PM  2           AND LOOK AT YOUR EMAIL AT THE BOTTOM OF THIS PAGE.

03:01PM  3           AND, FIRST OF ALL, YOU REPORT THAT YOU HAVE SPOKEN TO THE

03:01PM  4    DOCTOR'S PRACTICE AND INDICATED THAT THERANOS WOULD ATTEMPT TO

03:01PM  5    RERUN THE SAMPLE.

03:01PM  6           DO YOU SEE THAT?

03:01PM  7    A.   YES.

03:01PM  8    Q.   AND THEN YOU EXPLAIN THAT THE PROBLEM IS THAT THE SUM OF

03:01PM  9    THE LDL AND THE HDL ARE GREATER THAN THE TOTAL CHOLESTEROL

03:01PM  10   MEASUREMENT?

03:01PM  11   A.   YES.

03:01PM  12   Q.   SO YOU SAY ONE OR MORE OF THESE MEASUREMENTS MUST BE

03:01PM  13   INCORRECT.

03:01PM  14          DO YOU SEE THAT?

03:01PM  15   A.   YES.

03:01PM  16   Q.   AND YOU THEN SAY, "THERE ARE NO PATIENT FACTORS THAT CAN

03:01PM  17   EXPLAIN THIS."

03:01PM  18          WHAT DID YOU MEAN BY THAT?

03:01PM  19   A.   THERE'S NO -- THERE'S NOTHING THAT THE PATIENT HAD EATEN,

03:01PM  20   THERE'S NO DRUG THAT THE PATIENT MIGHT HAVE BEEN TAKING,

03:01PM  21   THERE'S NO DISEASE THAT THE PATIENT MIGHT HAVE HAD THAT WOULD

03:01PM  22   EXPLAIN THIS DISCREPANCY BETWEEN THE CALCULATED TOTAL

03:02PM  23   CHOLESTEROL, WHICH IS AT LEAST 230, AND WHAT WAS MEASURED,

03:02PM  24   WHICH WAS 221.

03:02PM  25   Q.   OKAY.  LET'S LOOK AT PAGE 2, AND THE BOTTOM HALF OF THAT

03:02PM   1    PAGE.

03:02PM   2         AND FIRST, DO YOU SEE AN EMAIL FROM CHRISTIAN HOLMES TO

03:02PM   3    YOU AND OTHERS WHERE HE OFFERS A RESPONSE EXPLAINING THAT

03:02PM   4    DISCREPANCY?

03:02PM   5    A.   YES.

03:02PM   6    Q.   AND HE GOES INTO THE MARGINS OF ERROR UNDER CLIA.

03:02PM   7         DO YOU SEE THAT?

03:02PM   8    A.   YES.

03:02PM   9    Q.   AND AN OFFERED EXPLANATION, IN OTHER WORDS; IS THAT

03:02PM   10   CORRECT?

03:02PM   11   A.   YES.

03:02PM   12   Q.   AND YOUR EMAIL ABOVE SAYS, "I'M GOING TO PASS ON THIS

03:02PM   13   ONE."

03:02PM   14        DO YOU SEE THAT?

03:02PM   15   A.   YES.

03:02PM   16   Q.   AND WHAT DID YOU MEAN BY THAT?

03:02PM   17   A.   I HAD HAD ENOUGH.  I WAS TIRED OF RUNNING INTERFERENCE FOR

03:03PM   18   THERANOS, COMING UP WITH JUSTIFICATIONS OR EXPLANATIONS FOR

03:03PM   19   THINGS THAT DIDN'T MAKE SENSE.

03:03PM   20        I DIDN'T FEEL THAT I WAS BEING RESPONSIBLE AS A PHYSICIAN

03:03PM   21   TALKING TO OTHER PHYSICIANS.

03:03PM   22   Q.   SO PARTICULARLY IN THIS CASE, WHAT WERE YOU UNWILLING TO

03:03PM   23   DO?

03:03PM   24   A.   TO EXPLAIN AWAY THE DISCREPANCY OR TO JUSTIFY IT SAYING

03:03PM   25   THAT, YOU KNOW, THAT THERE'S A 10 PERCENT ERROR, WHICH WOULD

03:03PM   1      MAKE IT ACCEPTABLE.

03:03PM   2      Q.   OKAY.  LET'S LOOK AT YOUR RESPONSE.

03:03PM   3           CHRISTIAN HOLMES ASKS YOU TO CLARIFY WHAT YOU MEAN, AND

03:03PM   4      ABOVE THAT LET'S LOOK AT WHAT YOU SAY.

03:03PM   5           YOU SAY ON NOVEMBER 14TH, 2014, ABOUT THESE HDL AND LDL

03:03PM   6      RESULTS, "IF YOU'RE ASKING ME TO DEFEND THESE VALUES, THEN THE

03:03PM   7      ANSWER IS NO."

03:03PM   8           DO YOU SEE THAT?

03:03PM   9      A.   YES.

03:03PM  10      Q.   AND IS THAT FOR THE REASON THAT YOU JUST DESCRIBED?

03:03PM  11      A.   YES.

03:03PM  12      Q.   AND LET'S LOOK AT PAGE 1.  AND AT THE BOTTOM OF THE PAGE,

03:04PM  13      CHRISTIAN HOLMES, MS. HOLMES'S BROTHER, WRITES BACK TO YOU AND

03:04PM  14      SAID, "ADAM, IF YOU ARE GOING TO REFUSE TO SPEAK WITH A

03:04PM  15      CLINICIAN WHO IS ASKING TO SPEAK WITH OUR LAB DIRECTOR ABOUT

03:04PM  16      INTERPRETING A PATIENT'S RESULTS, THEN SO BE IT, BUT SIMPLY

03:04PM  17      PASSING ON GETTING BACK TO THIS DOC IS NOT AN OPTION."

03:04PM  18           DO YOU SEE THAT?

03:04PM  19      A.   YES.

03:04PM  20      Q.   AND HE THEN INCLUDES DANIEL YOUNG.

03:04PM  21           DO YOU SEE THAT?

03:04PM  22      A.   YES.

03:04PM  23      Q.   AND LET'S GO UP IN THIS CHAIN.  IF WE CAN CAPTURE THE TOP

03:04PM  24      HALF OF THE PAGE.

03:04PM  25           OKAY.  FIRST, DO YOU SEE CHRISTIAN HOLMES THEN EMAILS

03:04PM   1   SUNNY BALWANI AND ELIZABETH HOLMES ABOUT THIS?

03:04PM   2   A.   YES.

03:04PM   3   Q.   AND ESSENTIALLY HE IS COMPLAINING ABOUT YOUR REFUSAL TO

03:04PM   4   SPEAK TO THIS DOCTOR AND JUSTIFY THE RESULTS; CORRECT?

03:04PM   5   A.   YES, HE IS.

03:04PM   6   Q.   MS. HOLMES WRITES BACK TO HER BROTHER, "YOU HANDLED THIS

03:04PM   7   EXCELLENTLY.  THE LAST NOTE TO ADAM BELOW, ESPECIALLY THE

03:05PM   8   SECOND SENTENCE, WAS EXACTLY RIGHT."

03:05PM   9        DO YOU SEE THAT?

03:05PM  10   A.   YES.

03:05PM  11   Q.   AND MR. BALWANI IS INCLUDED ON THAT EMAIL?

03:05PM  12   A.   YES, HE IS.

03:05PM  13   Q.   LET'S LOOK AT 4314.

03:05PM  14   A.   I HAVE IT.

03:05PM  15   Q.   OKAY.  AND IS THIS A CONTINUATION OF THAT SAME EMAIL

03:05PM  16   CHAIN?

03:05PM  17   A.   YES.

03:05PM  18            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4314.

03:05PM  19            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

03:05PM  20            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:05PM  21        (GOVERNMENT'S EXHIBIT 4314 WAS RECEIVED IN EVIDENCE.)

03:05PM  22   BY MR. BOSTIC:

03:05PM  23   Q.   AND LET'S GO TO PAGE 2 AND ZOOM IN ON THE TOP THIRD OR SO.

03:05PM  24        OKAY.  SO DO YOU SEE HERE YOUR RESPONSE TO

03:05PM  25   CHRISTIAN HOLMES'S EMAIL ABOUT YOUR REFUSAL TO JUSTIFY THE

03:05PM   1    RESULTS?

03:05PM   2    A.   YES.

03:05PM   3    Q.   AND YOU WRITE, "I WILL HAPPILY SPEAK TO THE CLINICIAN BUT

03:06PM   4    I WILL NOT DEFEND THE RESULTS.  I THINK THIS IS WHAT YOU ARE

03:06PM   5    LOOKING FOR NO?"

03:06PM   6         DO YOU SEE THAT?

03:06PM   7    A.   YES.

03:06PM   8    Q.   AND LET'S GO TO PAGE 1 AND ZOOM IN ON THE BOTTOM OF THE

03:06PM   9    PAGE.

03:06PM  10         YOU SEND A FOLLOW-UP EMAIL WITHOUT GETTING A RESPONSE

03:06PM  11    BACK.

03:06PM  12         DO YOU SEE THAT?

03:06PM  13    A.   YES.

03:06PM  14    Q.   AND YOU SAY, "TO CLARIFY:

03:06PM  15         "NUMBER 1, THIS IS NOT A QUESTION OF INTERPRETING RESULTS,

03:06PM  16    THIS IS A QUESTION OF THE RELIABILITY AND ACCURACY OF THE

03:06PM  17    RESULTS."

03:06PM  18         DO YOU SEE THAT?

03:06PM  19    A.   YES.

03:06PM  20    Q.   AND YOU THEN SAY, "THE MOST CONSTRUCTIVE THING AT THIS

03:06PM  21    POINT IS TO OFFER RELIABLE AND ROBUST ASSAYS, NOT TO SPIN."

03:06PM  22         DO YOU SEE THAT?

03:06PM  23    A.   YES.

03:06PM  24    Q.   AND WHICH OF THOSE DID YOU FEEL LIKE THERANOS WAS DOING AT

03:06PM  25    THE TIME THIS WAS HAPPENING?

03:06PM   1    A.   I'M SORRY.  COULD YOU SAY AGAIN?

03:06PM   2    Q.   SURE.  YOU'RE SETTING UP A DISTINCTION BETWEEN OFFERING

03:06PM   3    RELIABLE AND ROBUST ASSAYS AS OPPOSED TO SPINNING.

03:06PM   4        WHICH ONE OF THOSE DID YOU FEEL LIKE THERANOS WAS DOING

03:07PM   5    AROUND THIS TIME?

03:07PM   6    A.   SPINNING.

03:07PM   7    Q.   YOU SAY, "FURTHER, 100 PERCENT HONESTY AND TRANSPARENCY TO

03:07PM   8    THE PATIENT IS ESSENTIAL."

03:07PM   9        DO YOU SEE THAT?

03:07PM  10    A.   YES, I DO.

03:07PM  11    Q.   AND YOU SAY, "MY FIRST DUTY IS NOT TO THERANOS, BUT TO THE

03:07PM  12    PATIENT AS PER MY HIPPOCRATIC OATH," PRIMUM NON -- AND I WON'T

03:07PM  13    TRY TO PRONOUNCE THAT LATIN WORD.

03:07PM  14        DO YOU SEE THAT?

03:07PM  15    A.   YES, I DO.

03:07PM  16    Q.   AND FINALLY, YOU CLARIFY THAT YOU NEVER SAID THAT YOU

03:07PM  17    WOULDN'T TALK TO THE DOCTOR; IS THAT RIGHT?

03:07PM  18    A.   YES.

03:07PM  19    Q.   AND AFTER A RESPONSE ABOVE THAT FROM CHRISTIAN HOLMES, HE

03:07PM  20    AGAIN FORWARDS THE CHAIN TO ELIZABETH HOLMES AND SUNNY BALWANI

03:07PM  21    AT THE TOP OF THE PAGE.

03:07PM  22        DO YOU SEE THAT?

03:07PM  23    A.   YES.

03:07PM  24    Q.   AND CHRISTIAN HOLMES WRITES TO LET MS. HOLMES AND

03:07PM  25    MR. BALWANI KNOW, HE SAYS, "HIS RESPONSE TO THIS WAS TO DO A

03:07PM   1   VACUTAINER REDRAW AND I ENDED THE CONVERSATION AT THAT POINT."

03:08PM   2        DO YOU SEE THAT?

03:08PM   3   A.   YES, I DO.

03:08PM   4   Q.   AND WHEN IT SAYS, "HIS RESPONSE," IS THAT REFERRING TO

03:08PM   5   YOUR RESPONSE TO CHRISTIAN HOLMES?

03:08PM   6   A.   YES, IT DOES.

03:08PM   7   Q.   AND WHEN YOU SUGGESTED DOING A VACUTAINER REDRAW, WHAT DID

03:08PM   8   THAT MEAN AND WHY WOULD IT SOLVE THE PROBLEM IN YOUR MIND?

03:08PM   9   A.   IT MEANS THAT THE CHOLESTEROL PANEL WOULD BE RUN ON THE

03:08PM  10   ADVIA FDA APPROVED PREDICATE INSTRUMENT, AVOIDING THE ACCURACY

03:08PM  11   PROBLEMS.

03:08PM  12   Q.   AVOIDING THE ACCURACY PROBLEM BY NOT USING THERANOS

03:08PM  13   SPECIFIC TECHNOLOGY?

03:08PM  14   A.   CORRECT.

03:08PM  15   Q.   OKAY.  WE CAN SET THAT ASIDE.

03:08PM  16        LET'S LOOK AT 4330, PLEASE.

03:08PM  17        AND AT 4330, DO YOU SEE AN EMAIL CHAIN INCLUDING YOU,

03:09PM  18   MR. BALWANI, AND MS. HOLMES RELATING TO YOUR CONCERNS ABOUT THE

03:09PM  19   COMPANY?

03:09PM  20   A.   YES, I DO.

03:09PM  21             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 4330.

03:09PM  22             MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

03:09PM  23             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:09PM  24        (GOVERNMENT'S EXHIBIT 4330 WAS RECEIVED IN EVIDENCE.)

03:09PM  25   BY MR. BOSTIC:

03:09PM  1    Q.   AND LET'S GO TO PAGE 3.

03:09PM  2         DO YOU SEE HERE, DR. ROSENDORFF, THAT YOU'RE EMAILING

03:09PM  3    MR. BALWANI AND CC'ING MS. HOLMES ON NOVEMBER 14TH, 2014,

03:09PM  4    ASKING ABOUT WHETHER THERANOS INTENDS TO TEST SAMPLES TO RULE

03:09PM  5    OUT OR DIAGNOSE EBOLA AT THE 7373 -- EXCUSE ME, AT THE 7373

03:09PM  6    GATEWAY ADDRESS?

03:09PM  7    A.   YES, I DO.

03:09PM  8    Q.   AND YOU SAY, IF THAT IS CORRECT, YOU ARE WONDERING WHY, AS

03:10PM  9    LAB DIRECTOR, YOU WERE NOT INVOLVED IN THE DECISION.

03:10PM 10         DO YOU SEE THAT?

03:10PM 11    A.   YES, I DO.

03:10PM 12    Q.   LET'S GO TO PAGE 2.  MS. HOLMES DENIED THAT THAT WAS GOING

03:10PM 13    TO HAPPEN; CORRECT?

03:10PM 14    A.   YES, SHE DOES.

03:10PM 15    Q.   LET'S LOOK AT THE TOP OF PAGE 2 AND LOOK AT ANOTHER

03:10PM 16    MESSAGE FROM YOU.

03:10PM 17         THIS LEADS TO A MESSAGE FROM YOU THAT SAYS, "ELIZABETH,

03:10PM 18         "I FEEL REALLY UNCOMFORTABLE WITH WHAT IS HAPPENING RIGHT

03:10PM 19    NOW IN THIS COMPANY."

03:10PM 20         DO YOU SEE THAT?

03:10PM 21    A.   YES.

03:10PM 22    Q.   YOU SAY, "IS THERE ANY WAY YOU CAN GET SPENCER BACK ON THE

03:10PM 23    CLIA LICENSE AND TAKE ME OFF?"

03:10PM 24    A.   YES.

03:10PM 25    Q.   "I AM FEELING PRESSURED TO VOUCH FOR RESULTS THAT I CANNOT

03:10PM  1    BE CONFIDENT IN, AND ALSO IN A NUMBER OF CASES WHERE I GET

03:10PM  2    QUESTIONS ABOUT ASSAYS, I DO NOT KNOW WHAT METHOD IS BEING

03:10PM  3    USED, IE VACUTAINERS ALIQUOTTED INTO CTN'S, ET CETERA."

03:10PM  4         DO YOU SEE THAT?

03:10PM  5    A.   YES.

03:10PM  6    Q.   AND DID THIS BECOME -- DID YOUR MESSAGE REFER TO SOMETHING

03:11PM  7    BEYOND THE TESTING OF EBOLA?

03:11PM  8    A.   YES.  IT REALLY WENT TO MY SENSE THAT I WAS BEING LIED TO,

03:11PM  9    I WASN'T BEING KEPT IN THE LOOP, THAT I HAD NO WAY OF OPERATING

03:11PM 10    EFFICIENTLY AS LAB DIRECTOR IF I DIDN'T EVEN KNOW WHAT SAMPLE

03:11PM 11    WAS BEING PROCESSED, VENOUS VERSUS CAPILLARY.

03:11PM 12         IT WAS JUST IMPOSSIBLE TO FUNCTION IN THAT KIND OF

03:11PM 13    CULTURE.

03:11PM 14    Q.   AND YOUR REQUEST TO GET SPENCER BACK ON THE CLIA LICENSE

03:11PM 15    AND TAKE YOU OFF, WHAT WOULD THAT MEAN IN TERMS OF YOUR ROLE

03:11PM 16    WITH THE COMPANY?

03:11PM 17    A.   SINCE I HAD BEEN HIRED TO BE THE LABORATORY DIRECTOR, I

03:11PM 18    WOULD NOT BE THE LABORATORY DIRECTOR ANYMORE, YEAH.

03:11PM 19    Q.   LET'S GO TO PAGE 1 AND LOOK AT MS. HOLMES'S RESPONSE.

03:12PM 20         SHE WRITES, "ADAM:

03:12PM 21         "HOW SAD AND DISAPPOINTING TO SEE THIS FROM YOU."

03:12PM 22         SHE WRITES, "OUTSIDE OF THE FACT YOU'VE NEVER EMAILED ME

03:12PM 23    ON ANY CONCERNS YOU ALLUDE TO THERE BEFORE BUT NOW EMAIL THIS,

03:12PM 24    YOU KNOW FROM EVERY CONVERSATION WE'VE EVER HAD TOGETHER HOW

03:12PM 25    FUNDAMENTAL IT IS TO ALL OF US FOR YOU OR ANY EMPLOYEE NEVER TO

03:12PM   1    DO ANYTHING YOU'RE NOT COMPLETELY CONFIDENT IN."

03:12PM   2        DO YOU SEE THAT?

03:12PM   3    A.   YES, I DO.

03:12PM   4    Q.   DID THOSE WORDS RING TRUE TO YOU FROM MS. HOLMES IN

03:12PM   5    NOVEMBER OF 2014?

03:12PM   6    A.   NO, THEY DID NOT.

03:12PM   7    Q.   WHY NOT?

03:12PM   8    A.   IT FELT LIKE A, IT FELT LIKE THIS EMAIL HAD BEEN CRAFTED

03:12PM   9    BY HER LAWYERS.

03:12PM  10        I KNOW SO MANY INSTANCES WHERE EMPLOYEES WERE PRESSURED TO

03:12PM  11    DO THINGS THAT THEY WEREN'T COMFORTABLE DOING, INCLUDING

03:12PM  12    MYSELF, AND IT JUST SEEMED COMPLETELY DISINGENUOUS TO ME.

03:12PM  13    Q.   AND BY THIS TIME IN NOVEMBER OF 2014, HAD YOU HAD

03:13PM  14    CONVERSATIONS AND COMMUNICATIONS WITH MS. HOLMES WHERE YOU HAD

03:13PM  15    RAISED YOUR CONCERNS ABOUT THINGS AT THE COMPANY?

03:13PM  16    A.   YES.

03:13PM  17    Q.   AND HAD YOU HAD SIMILAR CONVERSATIONS WITH MR. BALWANI?

03:13PM  18    A.   YES.

03:13PM  19    Q.   LET'S LOOK AT THE TOP OF PAGE 1.

03:13PM  20        DO YOU SEE THERE THAT MS. HOLMES FORWARDS THIS EMAIL CHAIN

03:13PM  21    TO MR. BALWANI?

03:13PM  22    A.   YES, I SEE THAT.

03:13PM  23    Q.   LET'S GO TO EXHIBIT 2228, PLEASE.

03:13PM  24    A.   OKAY.

03:13PM  25    Q.   OKAY.  AND AT 2228, DO YOU SEE ANOTHER EMAIL EXCHANGE,

03:13PM  1    INCLUDING MR. BALWANI AND YOURSELF, LEADING UP TO THE END OF

03:13PM  2    YOUR TIME AT THE COMPANY?

03:13PM  3    A.   YES, I DO.

03:13PM  4            MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT OFFERS 2228.

03:14PM  5            MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

03:14PM  6            THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

03:14PM  7        (GOVERNMENT'S EXHIBIT 2228 WAS RECEIVED IN EVIDENCE.)

03:14PM  8    BY MR. BOSTIC:

03:14PM  9    Q.   OKAY.   LET'S START AT THE BOTTOM OF PAGE 2.

03:14PM 10        AND DO YOU SEE HERE THIS IS AN EMAIL DISCUSSING A REDRAW?

03:14PM 11    A.   YES.

03:14PM 12    Q.   AND IT SAYS, "THE CHLORIDE WAS CRITICAL HIGH AND THE

03:14PM 13    COLLECTED CTN WAS QNS FOR RERUN."

03:14PM 14        DO YOU SEE THAT?

03:14PM 15    A.   YES.

03:14PM 16    Q.   AND WHAT DOES "QNS FOR RERUN" MEAN?

03:14PM 17    A.   IT MEANS THERE WASN'T ENOUGH TO RUN IT AGAIN.

03:14PM 18    Q.   SO, IN OTHER WORDS, THERE WAS A PROBLEM WITH THE TEST AND

03:14PM 19    THERE WAS NOT ENOUGH SAMPLE TO TEST IT AGAIN?

03:14PM 20    A.   CORRECT.

03:14PM 21    Q.   LET'S LOOK AT THE TOP OF PAGE 2 AT THE MESSAGE FROM YOU TO

03:14PM 22    MS. HOLMES AND MR. BALWANI.

03:14PM 23        AND YOU WRITE, "ELIZABETH/SUNNY,

03:14PM 24        "WE ARE STILL VOIDING CRITICAL ISE RESULTS AND ASKING FOR

03:14PM 25    REDRAW.   THIS MEANS WE WOULD MISS A TRULY CRITICAL ISE RESULT.

03:15PM  1    BY THE SAME TOKEN IT CALLS INTO QUESTION THE ACCURACY OF EVEN

03:15PM  2    THE NORMAL ISE RESULTS."

03:15PM  3         DO YOU SEE THAT?

03:15PM  4    A.   YES, I DO.

03:15PM  5    Q.   AND YOU ASK THEM, "ARE YOU BOTH COMFORTABLE WITH THIS?"

03:15PM  6         IS THAT RIGHT?

03:15PM  7    A.   YES.

03:15PM  8    Q.   AND THIS PRACTICE OF VOIDING CRITICAL ISE RESULTS, WOULD

03:15PM  9    THAT HAVE BEEN NECESSARY IN YOUR VIEW HAD THERANOS NOT HAD

03:15PM  10   ACCURACY PROBLEMS WITH ITS ISE TESTS?

03:15PM  11   A.   NO, IT WOULD NOT HAVE BEEN NECESSARY.

03:15PM  12   Q.   LET'S GO TO PAGE 1 AND LOOK AT MR. BALWANI'S RESPONSE.

03:15PM  13        AT THE BOTTOM OF THE PAGE THERE HE SAYS, "ADAM.  SEE

03:15PM  14   ATTACHED.

03:15PM  15        "MICHAEL JUMPED THE GUN IN REQUESTING THIS REDRAW.  AND SO

03:15PM  16   DID YOU IN JUMPING TO CONCLUSION WITHOUT UNDERSTANDING THE

03:15PM  17   PROCESS."

03:15PM  18        AND HE SAYS, "WE HAVE VERY HIGH CONFIDENCE IN EVERY RESULT

03:15PM  19   WE ARE RELEASING."

03:15PM  20        DO YOU SEE THAT LANGUAGE?

03:15PM  21   A.   YES.

03:15PM  22   Q.   AT THIS TIME, AS THERANOS LABORATORY DIRECTOR, DID YOU

03:15PM  23   HAVE VERY HIGH CONFIDENCE IN EVERY RESULT THE LAB WAS

03:16PM  24   RELEASING?

03:16PM  25   A.   NO, I DID NOT.

03:16PM   1    Q.   LET'S SEE YOUR RESPONSE.   LET'S GO ONE EMAIL UP.

03:16PM   2         AND YOU SENT AN EMAIL TO ELIZABETH HOLMES INDIVIDUALLY.

03:16PM   3         DO YOU SEE THAT?

03:16PM   4    A.   YES, I DO.

03:16PM   5    Q.   AND YOU SAY, "ELIZABETH,

03:16PM   6         "I FIND SUNNY'S RESPONSE OFFENSIVE AND DISINGENUOUS.

03:16PM   7         "HE SHOULD APOLOGIZE."

03:16PM   8         DO YOU SEE THAT REQUEST?

03:16PM   9    A.   YES, I DO.

03:16PM  10    Q.   AND LET'S LOOK AT THE TOP PORTION OF THIS PAGE.

03:16PM  11         AND DO YOU SEE THAT MS. HOLMES FORWARDS THIS WITHOUT

03:16PM  12    COMMENT TO MR. BALWANI?

03:16PM  13    A.   YES.

03:16PM  14    Q.   AND HIS RESPONSE IS, "WE NEED TO RESPOND TO HIM NOW AND

03:16PM  15    CUT HIM MONDAY."

03:16PM  16         DO YOU SEE THAT?

03:16PM  17    A.   YES.

03:16PM  18    Q.   WHEN I ASKED YOU EARLIER WHAT THE CIRCUMSTANCES WERE OF

03:16PM  19    YOUR LEAVING THE COMPANY, YOU STATED THAT YOU QUIT; IS THAT

03:16PM  20    CORRECT?

03:16PM  21    A.   YES.

03:16PM  22    Q.   DID MR. BALWANI OR MS. HOLMES EVER TERMINATE YOUR

03:16PM  23    EMPLOYMENT?

03:16PM  24    A.   NO, NOT TO MY KNOWLEDGE, NO.

03:17PM  25    Q.   OKAY.   AROUND THIS TIME, DID YOU MAKE THE DECISION TO END

03:17PM  1    YOUR EMPLOYMENT WITH THE COMPANY?

03:17PM  2    A.   I AGREED WITH SUNNY TO SHOW UP TO THE THERANOS OFFICES,

03:17PM  3    THE NEW OFFICES IN PALO ALTO TO ESSENTIALLY SIGN DOCUMENTS THAT

03:17PM  4    WOULD TAKE ME OFF THE LICENSE.

03:17PM  5    Q.   OKAY.

03:17PM  6    A.   SO I SHOWED UP AT THE TIME I SAID I WOULD.

03:17PM  7    Q.   OKAY.  UNDERSTOOD.

03:17PM  8    A.   YEAH.

03:17PM  9    Q.   WE CAN TAKE THAT DOWN.

03:17PM  10        YOUR HONOR, I WOULD LIKE TO SHOW PORTIONS OF 5387H, WHICH

03:17PM  11   IS ALREADY IN EVIDENCE?

03:17PM  12          THE COURT:  YES.

03:17PM  13   BY MR. BOSTIC:

03:17PM  14   Q.   AND LET'S GO TO PAGE 30 OF THAT EXHIBIT, MS. WACHS.

03:18PM  15        AND IF WE CAN ZOOM IN ON THAT CONTENT.

03:18PM  16        DR. ROSENDORFF, DO YOU SEE ON THE SCREEN IN FRONT OF YOU

03:18PM  17   TEXT MESSAGES BETWEEN MS. HOLMES AND MR. BALWANI IN NOVEMBER OF

03:18PM  18   2014?

03:18PM  19   A.   YES, I DO.

03:18PM  20   Q.   AND THIS IS AROUND THE TIME OF THE CONVERSATION THAT WE

03:18PM  21   WERE JUST LOOKING AT; CORRECT?

03:18PM  22   A.   YES, IT IS.

03:18PM  23   Q.   AND AROUND THE TIME THAT YOU WERE DECIDING TO LEAVE THE

03:18PM  24   COMPANY?

03:18PM  25   A.   I HAD ALREADY GIVEN NOTICE TWO MONTHS PRIOR.

03:18PM   1    Q.   OKAY.  UNDERSTOOD.

03:18PM   2         THIS WAS THE TIME OF YOUR ACTUAL DEPARTURE?

03:18PM   3    A.   CORRECT.  CORRECT.

03:18PM   4    Q.   DO YOU SEE THAT MS. HOLMES AND MR. BALWANI ARE TEXTING.

03:18PM   5    FOR EXAMPLE, MS. HOLMES SAYS, "JUST FINISHED CALLS.

03:18PM   6    ALICE WALTON IN FOR 50.  CONFIRMED 100 GREG."

03:18PM   7         DO YOU SEE THAT?

03:18PM   8    A.   YES, I DO.

03:18PM   9    Q.   MR. BALWANI SAYS, "AWESOME.  I WAS THINKING TODAY.  THEY

03:18PM  10    ARE NOT INVESTING IN OUR COMPANY THEY ARE INVESTING IN OUR

03:18PM  11    DESTINY."

03:18PM  12         DO YOU SEE THAT?

03:18PM  13    A.   YES.

03:18PM  14    Q.   AND THERE'S A DISCUSSION OF THE TOTAL AMOUNT BEING 100 OR

03:18PM  15    150.

03:18PM  16         DO YOU SEE THAT?

03:18PM  17    A.   YES.

03:18PM  18    Q.   AND IT SAYS, "RUPERT OVER 100."

03:19PM  19         DO YOU SEE THAT?

03:19PM  20    A.   YES.

03:19PM  21    Q.   AND WERE YOU AWARE DURING THE TIME THAT YOU WERE

03:19PM  22    DISCUSSING YOUR CONCERNS WITH MR. BALWANI AND MS. HOLMES THAT

03:19PM  23    THEY WERE RAISING TENS OF MILLIONS OF DOLLARS FROM INVESTORS?

03:19PM  24    A.   I WAS NOT.

03:19PM  25    Q.   LET'S LOOK AT PAGE 35 OF THIS EXHIBIT.

ROSENDORFF DIRECT BY MR. BOSTIC

03:19PM 1          AND DO YOU SEE ON THE SCREEN NOW TEXT MESSAGES BETWEEN

03:19PM 2    MR. BALWANI AND MS. HOLMES FROM LATE DECEMBER 2014?

03:19PM 3    A.   YES, I SEE.

03:19PM 4    Q.   WAS THIS AFTER YOUR DEPARTURE FROM THE COMPANY?

03:19PM 5    A.   YES, IT IS.

03:19PM 6    Q.   MS. HOLMES SENDS THE TEXT AT THE TOP THAT SAYS, "THIS YEAR

03:19PM 7    IS OUR YEAR."

03:19PM 8          DO YOU SEE THAT?

03:19PM 9    A.   YES.

03:19PM 10   Q.   AND SHE SAYS, "WE CAN NEVER FORGET THIS TIGER."

03:19PM 11         MR. BALWANI SAYS, "I KNOW.  I AM FOCUSSED ON IT.

03:19PM 12         "WE WILL EXECUTE THIS YEAR."

03:19PM 13         DO YOU SEE THAT?

03:19PM 14   A.   YES, I DO.

03:19PM 15   Q.   MS. HOLMES SAYS, "I KNOW.  I'M FOCUSSED ON TOO.

03:20PM 16         "AND FOR OUR KIDS NEVER FORGET WHO WE ARE."

03:20PM 17         DO YOU SEE THAT?

03:20PM 18   A.   YES.

03:20PM 19   Q.   AND MR. BALWANI'S COMMENT, "WE WILL EXECUTE THIS YEAR," DO

03:20PM 20   YOU REMEMBER WHEN THERANOS BEGAN OFFERING ITS TESTS TO

03:20PM 21   PATIENTS?

03:20PM 22   A.   EARLY SEPTEMBER 2013.

03:20PM 23   Q.   WE CAN TAKE THAT DOWN.  THANK YOU, MS. WACHS.

03:20PM 24         DR. ROSENDORFF, YOUR DECISION TO LEAVE THE COMPANY, DID

03:20PM 25   YOU MAKE IT LIGHTLY?

03:20PM 1    A.   NO, I DID NOT.

03:20PM 2    Q.   WHEN YOU INITIALLY JOINED THE COMPANY, YOU MENTIONED THAT

03:20PM 3    YOU WERE EXCITED ABOUT WORKING THERE; IS THAT CORRECT?

03:20PM 4    A.   YES.

03:20PM 5    Q.   AT A HIGH LEVEL, GENERALLY SPEAKING, WHAT MOTIVATED YOU TO

03:20PM 6    TURN YOUR BACK ON THAT AND TO LEAVE THE COMPANY IN LATE 2014?

03:20PM 7    A.   I BECAME PROGRESSIVELY DISILLUSIONED AND CAME TO REALIZE

03:20PM 8    THAT THE COMPANY REALLY DIDN'T HAVE ANY GROUNDBREAKING

03:20PM 9    TECHNOLOGY THAT WAS BEING USED FOR PATIENT TESTING.

03:21PM 10        I WAS ALSO INCREDIBLY UNCOMFORTABLE WITH MY CONNECTION

03:21PM 11   WITH THE COMPANY AS A PHYSICIAN, AND ESSENTIALLY MALPRACTICE I

03:21PM 12   FELT THAT WAS BEING COMMITTED AT THE COMPANY.

03:21PM 13        IT WAS MY FIRST CORPORATE JOB OUT OF ACADEMIA.  I DIDN'T

03:21PM 14   KNOW HOW COMPANIES WERE SUPPOSED TO FUNCTION, BUT I SETTLED

03:21PM 15   WITH MY -- IT WAS A MORALE ISSUE FOR ME, AN ETHICAL ISSUE, AND

03:21PM 16   I DECIDED TO LEAVE.

03:21PM 17   Q.   THANK YOU, DR. ROSENDORFF.

03:21PM 18        NO FURTHER QUESTIONS AT THIS TIME.

03:21PM 19            THE COURT:  CROSS-EXAMINATION?

03:21PM 20            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  JUST A

03:21PM 21   MOMENT TO SET UP.

03:21PM 22            THE COURT:  SURE.

03:21PM 23            MR. COOPERSMITH:  THANK YOU.

03:21PM 24            THE COURT:  FOLKS, YOU CAN STAND AND STRETCH IF YOU

03:21PM 25   WOULD LIKE WHILE THINGS GET ORGANIZED.

ROSENDORFF CROSS BY MR. COOPERSMITH                                    3400

```
03:23PM    1              (STRETCHING.)

03:23PM    2              (PAUSE IN PROCEEDINGS.)

03:23PM    3                    THE COURT:  OKAY.  THANK YOU.

03:23PM    4                    MR. COOPERSMITH:  YOUR HONOR, MAY I APPROACH?

03:23PM    5                    THE COURT:  YES.

03:23PM    6                    MR. COOPERSMITH:  (HANDING.)

03:23PM    7              (PAUSE IN PROCEEDINGS.)

03:24PM    8                    MR. COOPERSMITH:  AND MAY I APPROACH AGAIN,

03:24PM    9         YOUR HONOR?

03:24PM   10              (HANDING.)

03:24PM   11                    THE WITNESS:  THANKS.

03:24PM   12                    THE COURT:  MR. COOPERSMITH.

03:24PM   13                    MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  AND THANK

03:24PM   14         YOU FOR THE COURT'S INDULGENCE WHILE I ASSEMBLED THE DIFFERENT

03:25PM   15         BINDERS.  I APPRECIATE THAT.

03:25PM   16                    THE COURT:  OF COURSE.

03:25PM   17                              CROSS-EXAMINATION

03:25PM   18         BY MR. COOPERSMITH:

03:25PM   19         Q.   DR. ROSENDORFF, GOOD AFTERNOON.  I'M JEFF COOPERSMITH AND

03:25PM   20         I REPRESENT SUNNY BALWANI.

03:25PM   21         A.   GOOD AFTERNOON.

03:25PM   22         Q.   AND I'LL BE ASKING YOU QUESTIONS FOR THE COURSE OF THE

03:25PM   23         DAY, AND THEN I THINK WE'LL PROBABLY BE CONTINUING ON FRIDAY.

03:25PM   24         OKAY?

03:25PM   25         A.   YEAH.
```

03:25PM   1    Q.   OKAY.  SO LET'S JUST START FROM THE BEGINNING.

03:25PM   2         I THINK YOU SAID ON DIRECT THAT YOU HAD BEEN INTERESTED IN

03:25PM   3    A JOB IN SILICON VALLEY?

03:25PM   4    A.   YES.

03:25PM   5    Q.   AND THAT YOU HAD FOUND THERANOS THROUGH A POST ON LINKEDIN

03:25PM   6    I THINK YOU SAID?

03:25PM   7    A.   YES.

03:25PM   8    Q.   AND THEN YOU CAME OUT TO THE BAY AREA TO DO AN INTERVIEW?

03:25PM   9    A.   YES.

03:25PM  10    Q.   AND I THINK YOU SAID THE INTERVIEW WAS AT 6:00 P.M.?

03:25PM  11    A.   IT WAS IN, IT WAS IN THE EARLY EVENING, YES.

03:25PM  12    Q.   AND WAS YOUR INTERVIEWING CONTINUING TO THE NEXT DAY, OR

03:25PM  13    WAS THAT IT?  YOU HAD AN EVENING INTERVIEW?

03:25PM  14    A.   THAT WAS IT.

03:25PM  15    Q.   AND HOW LATE INTO THE EVENING DID YOU STAY AT THERANOS FOR

03:25PM  16    THE INTERVIEW?

03:25PM  17    A.   I DON'T RECALL.

03:25PM  18    Q.   OKAY.  BUT YOU BELIEVED AT THE TIME THAT THE HOUR OF THE

03:26PM  19    INTERVIEW WAS A REFLECTION OF THE DEDICATION OF THE PEOPLE WHO

03:26PM  20    WORKED AT THERANOS?

03:26PM  21    A.   YES.  I WAS THINKING POSITIVELY, YES.

03:26PM  22    Q.   OKAY.  AND THEN I THINK YOU SAID ALSO THAT BEFORE YOU

03:26PM  23    JOINED THE COMPANY, YOU HAD DONE SOME OF YOUR OWN RESEARCH,

03:26PM  24    SUCH AS YOU COULD, ON THE INTERNET AND SO FORTH?

03:26PM  25    A.   YES.

03:26PM  1    Q.   AND YOU FOUND THAT THE COMPANY HAD OBTAINED PATENTS FOR A

03:26PM  2    NUMBER OF INVENTIONS THAT THE COMPANY HAD?

03:26PM  3    A.   YES.

03:26PM  4    Q.   AND THAT GAVE YOU CONFIDENCE IN JOINING THE COMPANY?

03:26PM  5    A.   YES.

03:26PM  6    Q.   OKAY.  NOW, WHEN YOU FIRST JOINED, IT WAS IN APRIL OF

03:26PM  7    2013; IS THAT CORRECT?

03:26PM  8    A.   I BELIEVE SO.

03:26PM  9    Q.   AND AT THAT POINT THE COMPANY WAS NOT CONDUCTING PATIENT

03:26PM  10   TESTING AT -- THROUGH THE WALGREENS PROGRAM?

03:26PM  11   A.   CORRECT.

03:26PM  12   Q.   BUT I THINK YOU SAID THAT THEY WERE CONDUCTING SOME

03:26PM  13   TESTING FOR EMPLOYEES OF SAFEWAY; IS THAT RIGHT?

03:26PM  14   A.   CORRECT.

03:26PM  15   Q.   AND THE SAFEWAY EMPLOYEES TESTING, THAT WAS THROUGH FDA

03:27PM  16   APPROVED PREDICATE DEVICES; IS THAT RIGHT?

03:27PM  17   A.   YES.

03:27PM  18   Q.   OKAY.  WAS THERE A LAB DIRECTOR THERE WHEN YOU FIRST

03:27PM  19   JOINED THERANOS?

03:27PM  20   A.   THE PREVIOUS LAB DIRECTOR, ARNE GELB, HAD QUIT IN DISGUST,

03:27PM  21   AND THERE WAS A PART-TIME INTERIM LAB DIRECTOR, SPENCER HIRAKI,

03:27PM  22   AT THAT TIME.  HE WAS THE LAB DIRECTOR AS I RECALL AT THAT

03:27PM  23   TIME.

03:27PM  24   Q.   SO THE LAB DIRECTOR ON THE CLIA LICENSE AT THE TIME THAT

03:27PM  25   YOU JOINED THERANOS WAS SPENCER HIRAKI?

ROSENDORFF CROSS BY MR. COOPERSMITH

03:27PM  1    A.   CORRECT.

03:27PM  2    Q.   AND DR. GELB, I THINK YOU SAID HE QUIT?

03:27PM  3    A.   CORRECT.

03:27PM  4    Q.   BUT YOU NONETHELESS STAYED ON AT THERANOS?

03:27PM  5    A.   I DIDN'T KNOW THE CIRCUMSTANCES OF HIS DEPARTURE WHEN I

03:27PM  6    JOINED.

03:27PM  7    Q.   OKAY.  BUT THEN AFTER YOU JOINED, YOU LEARNED SOMETHING

03:27PM  8    ABOUT DR. GELB?

03:27PM  9    A.   AT SOME POINT, YES.

03:27PM 10    Q.   AND THEN YOU STAYED ON NONETHELESS?

03:28PM 11    A.   YES.

03:28PM 12    Q.   OKAY.  SO IN ORDER TO RUN A CLINICAL LAB, THERE NEEDS TO

03:28PM 13    BE A CERTIFICATION FROM, OR A LICENSE RATHER FROM CMS; IS THAT

03:28PM 14    CORRECT?

03:28PM 15    A.   CORRECT.

03:28PM 16    Q.   AND CMS IS THE CENTER FOR MEDICARE AND MEDICAID SERVICES?

03:28PM 17    A.   CORRECT.

03:28PM 18    Q.   AND ONE OF THE RESPONSIBILITIES OF THAT GOVERNMENT AGENCY

03:28PM 19    IS TO REGULATE CLINICAL LABS IN THE UNITED STATES?

03:28PM 20    A.   CORRECT.

03:28PM 21    Q.   AND TO, IN SOME CASES, INSPECT LABS?

03:28PM 22    A.   CORRECT.

03:28PM 23    Q.   AND SOMETIMES THEY USE STATE PARTNERS TO ALSO DO

03:28PM 24    INSPECTIONS OF LABS; IS THAT RIGHT?

03:28PM 25    A.   USUALLY THEY USE STATE PARTNERS, YES.

03:28PM   1    Q.   AND ONE SUCH STATE DEPARTMENT WOULD BE THE CALIFORNIA

03:28PM   2    DEPARTMENT OF HEALTH LABORATORY FIELD SERVICES?

03:28PM   3    A.   CORRECT.

03:28PM   4    Q.   OKAY.  AND IN ADDITION TO DOING THAT, YOU WERE AWARE THAT

03:28PM   5    CMS ALSO ISSUES REGULATIONS THAT GOVERN THE OPERATION OF

03:28PM   6    CLINICAL LABS; IS THAT RIGHT?

03:28PM   7    A.   YES.

03:28PM   8    Q.   AND YOU, AS A LAB DIRECTOR, ONCE YOU WERE A LAB DIRECTOR,

03:28PM   9    YOU WERE BOUND BY THOSE REGULATIONS?

03:28PM   10   A.   YES, AS IS THE OPERATOR OF THE LABORATORY.

03:29PM   11   Q.   RIGHT.  WE'LL TALK ABOUT THAT IN A MINUTE.

03:29PM   12        NOW, I WANT TO JUST SHOW YOU AN EXHIBIT, WHICH I KNOW IT'S

03:29PM   13   GOING TO BE A LITTLE BIT DIFFICULT TO FIND IN THE NUMEROUS

03:29PM   14   BINDERS I'VE GIVEN YOU, BUT IF YOU COULD TRY TO FIND 20304.

03:29PM   15             THE COURT:  ANY IDEA WHAT BINDER IT WOULD BE IN?

03:29PM   16             MR. COOPERSMITH:  IT SHOULD BE IN THE SECOND OF THE

03:29PM   17   TWO EXHIBIT BINDERS, YOUR HONOR.

03:29PM   18        AND THE SAME FOR DR. ROSENDORFF.

03:30PM   19             THE WITNESS:  I HAVE IT.

03:30PM   20   BY MR. COOPERSMITH:

03:30PM   21   Q.   OKAY.  AND DO YOU SEE THAT EXHIBIT 20304 IS AN EMAIL

03:30PM   22   STRING FROM AROUND NOVEMBER 18TH OR 19TH OF 2013?

03:30PM   23   A.   YES.

03:30PM   24   Q.   AND THIS RELATES TO HIRING A CERTAIN GENTLEMAN NAMED

03:30PM   25   LANGLY GEE; IS THAT CORRECT?

```
03:30PM   1      A.    YES.

03:30PM   2      Q.    OKAY.  AND YOU SEE YOUR OWN NAME ON THE EMAIL STRING?

03:30PM   3      A.    YES.

03:30PM   4              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20304.

03:30PM   5              MR. BOSTIC:  HEARSAY.

03:30PM   6              THE COURT:  DO YOU WANT TO -- THE OBJECTION IS

03:30PM   7      HEARSAY.

03:30PM   8          DO YOU WANT TO LAY A FOUNDATION?

03:30PM   9              MR. COOPERSMITH:  IF THE COURT REQUIRES, YES.

03:30PM  10              THE COURT:  I THINK WE'VE BEEN DOING THAT.

03:30PM  11              MR. COOPERSMITH:  OKAY.

03:30PM  12      Q.    DR. ROSENDORFF, WHILE YOU WERE AT THERANOS, DID YOU

03:31PM  13      COMMUNICATE WITH OTHER PEOPLE AT THERANOS THROUGH EMAIL?

03:31PM  14      A.    YES, I DID.

03:31PM  15      Q.    AND DID YOU SEND AND RECEIVE A LOT OF EMAILS WHEN YOU WERE

03:31PM  16      AT THERANOS?

03:31PM  17      A.    YES, I DID.

03:31PM  18      Q.    AND WAS THAT, IN FACT, A PRIMARY MEANS OF COMMUNICATION?

03:31PM  19      A.    YES, IT WAS.

03:31PM  20      Q.    AND WHEN YOU COMMUNICATED INFORMATION TO PEOPLE, INCLUDING

03:31PM  21      THE RECRUITING DEPARTMENT AT THERANOS, WERE YOU TRYING TO BE AS

03:31PM  22      ACCURATE AS POSSIBLE?

03:31PM  23      A.    YES.

03:31PM  24      Q.    AND WAS IT NECESSARY TO BE ACCURATE SO THAT THE COMPANY

03:31PM  25      HAD ACCURATE INFORMATION ABOUT WHO WAS BEING HIRED AND WHAT THE
```

03:31PM 1    RECRUITING SITUATION WAS?

03:31PM 2    A.   YES.

03:31PM 3    Q.   AND DID YOU -- WERE THESE EMAILS RETAINED AT THERANOS SO

03:31PM 4    THAT PEOPLE COULD REFER BACK TO THEM IF THAT WAS EVER

03:31PM 5    NECESSARY?

03:31PM 6    A.   YES.

03:31PM 7             MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20304.

03:31PM 8             THE COURT:  AS A BUSINESS RECORD?

03:31PM 9             MR. COOPERSMITH:  YES, YOUR HONOR.

03:31PM 10            THE COURT:  ALL RIGHT.  IT'S ADMITTED UNDER 803(6).

03:31PM 11   THANK YOU.

03:31PM 12       (DEFENDANT'S EXHIBIT 20304 WAS RECEIVED IN EVIDENCE.)

03:31PM 13   BY MR. COOPERSMITH:

03:31PM 14   Q.   OKAY.  LET'S GO TO THE SECOND AND THIRD PAGES.  I THINK

03:32PM 15   THAT'S THE EARLIEST IN TIME EMAIL, DR. ROSENDORFF.

03:32PM 16   A.   OKAY.

03:32PM 17   Q.   AND THIS IS AN EMAIL FROM STEPHANIE POLIS.

03:32PM 18       DO YOU SEE THAT?

03:32PM 19   A.   YES.

03:32PM 20   Q.   AND IT'S TO A NUMBER OF PEOPLE, INCLUDING YOURSELF, AND

03:32PM 21   DR. YOUNG AND OTHERS.

03:32PM 22       DO YOU SEE THAT?

03:32PM 23   A.   YES.

03:32PM 24   Q.   AND THE SUBJECT IS AN INTERVIEW OF LANGLY GEE?

03:32PM 25   A.   YES.

03:32PM   1    Q.   AND THEN IT SAYS CLIA QA/QC MANAGER OR LABORATORY GENERAL

03:32PM   2    SUPERVISOR.

03:32PM   3         DO YOU SEE THAT?

03:32PM   4    A.   YES.

03:32PM   5    Q.   AND SO AT THIS TIME, WAS MR. GEE BEING CONSIDERED FOR ONE

03:32PM   6    OF THOSE POSITIONS, EITHER QA/QC MANAGER OR LABORATORY GENERAL

03:32PM   7    SUPERVISOR?

03:32PM   8    A.   I RECALL THAT THE QA/QC PART.  I DON'T INDEPENDENTLY

03:32PM   9    RECALL THE LAB GENERAL SUPERVISOR PART.

03:32PM  10    Q.   OKAY.  YOU REMEMBER THAT HE WAS BEING CONSIDERED FOR THE

03:32PM  11    QA/QC MANAGER POSITION?

03:32PM  12    A.   YES.

03:32PM  13    Q.   AND IS THAT QUALITY ASSURANCE, QUALITY CONTROL?

03:32PM  14    A.   YES.

03:32PM  15    Q.   AND SO IS THE IDEA THAT HE WOULD BE HIRED TO SUPERVISE

03:33PM  16    THAT PROCESS AT THERANOS, THE QUALITY CONTROL AND QUALITY

03:33PM  17    ASSURANCE?

03:33PM  18    A.   YES.

03:33PM  19    Q.   OKAY.  AND THEN YOU -- IT LOOKS LIKE, IF YOU GO TO THE

03:33PM  20    BOTTOM OF PAGE 2 AND THEN ON TO PAGE 3, THESE ARE YOUR COMMENTS

03:33PM  21    ABOUT MR. GEE AFTER YOU INTERVIEWED HIM; IS THAT RIGHT?

03:33PM  22    A.   YES.

03:33PM  23    Q.   AND YOU WROTE, "WELL SPOKEN, INTELLIGENT, TONS OF QA/QC

03:33PM  24    EXPERIENCE AT TETHYS, WHERE HE HAS BEEN ENSURING CLIA

03:33PM  25    COMPLIANCE FOR THE LAST YEAR - COMPANY IS CLOSING."

03:33PM   1           DO YOU SEE THAT?

03:33PM   2    A.   YES.

03:33PM   3    Q.   AND YOU WROTE THOSE WORDS, SIR?

03:33PM   4    A.   YES.

03:33PM   5    Q.   AND THEN IT GOES ON TO SAY, "EXPERIENCE WITH CAP

03:33PM   6    INSPECTIONS, I.T., DOCUMENT CONTROL, AND NEW YORK STATE AND

03:33PM   7    CLIA COMPLIANCE, AND CAPA DOCUMENTATION."

03:33PM   8           DO YOU SEE THAT?

03:33PM   9    A.   YES.

03:33PM  10    Q.   AND THEN IT GOES ON, "HAS EXPERIENCE WITH PROTOCOLS

03:33PM  11    DEALING WITH WHOLE BLOOD DILUTION FOR A TEST PANEL TO PREDICT

03:34PM  12    DIABETES RISK."

03:34PM  13           DO YOU SEE THAT?

03:34PM  14    A.   YES.

03:34PM  15    Q.   AND YOU THOUGHT THOSE WERE POSITIVE ATTRIBUTES FOR SOMEONE

03:34PM  16    WHO WAS BEING CONSIDERED AS THE QA/QC MANAGER?

03:34PM  17    A.   I THOUGHT THEY WERE RELEVANT TO THE JOB, YES.

03:34PM  18    Q.   AND THEN IT SAYS, "PRIOR TO THIS HE WAS AT BIORAD FOR OVER

03:34PM  19    10 YEARS WITH EXPERIENCE IN MANUFACTURING, MEETING ISO

03:34PM  20    STANDARDS AND GMP."

03:34PM  21           DO YOU SEE THAT?

03:34PM  22    A.   YES.

03:34PM  23    Q.   AND GMP MEANS GOOD MANUFACTURING PRACTICES?

03:34PM  24    A.   YES.

03:34PM  25    Q.   AND THAT'S A SYSTEM OF QUALITY FOR MANUFACTURING AS

03:34PM   1    OPPOSED TO LABORATORY TESTING; IS THAT RIGHT?

03:34PM   2    A.   PARDON ME?

03:34PM   3    Q.   I'M SORRY.  GMP, GOOD MANUFACTURING PRACTICE, THAT'S A

03:34PM   4    SYSTEM OF QUALITY FOR MANUFACTURING; IS THAT RIGHT?

03:34PM   5    A.   CORRECT.

03:34PM   6    Q.   AND THEN IT SAYS -- OH, AND BIORAD, THAT'S THE SAME

03:34PM   7    COMPANY THAT MADE THE QUALITY CONTROL MATERIAL THAT THERANOS

03:34PM   8    USED; IS THAT RIGHT?

03:34PM   9    A.   CORRECT.

03:34PM   10   Q.   AND THEN THE QUESTION IS, "DO YOU THINK WE SHOULD HIRE

03:35PM   11   THIS CANDIDATE?"

03:35PM   12        AND YOU WROTE YES; IS THAT CORRECT?

03:35PM   13   A.   YES.

03:35PM   14   Q.   SO YOU SUPPORTED HIRING MR. GEE?

03:35PM   15   A.   YES.

03:35PM   16   Q.   AND THE COMPANY IN GENERAL SUPPORTED HIRING MR. GEE?

03:35PM   17   A.   YES.

03:35PM   18   Q.   AND MR. BALWANI SUPPORTED HIRING MR. GEE?

03:35PM   19   A.   I ASSUME SO.

03:35PM   20   Q.   AND THEN IF YOU GO TO PAGE 1, AND THEN IT GOES ON TO

03:35PM   21   PAGE 2, AND YOU WROTE EXCELLENT CANDIDATE.

03:35PM   22        DO YOU SEE THAT?

03:35PM   23   A.   YES.

03:35PM   24   Q.   AND THEN I WON'T READ THE PART ON TOP OF PAGE 2, BUT IT'S

03:35PM   25   BASICALLY THE SAME SENTIMENT THAT YOU EXPRESSED IN YOUR

03:35PM  1    INTERVIEW COMMENTS; IS THAT RIGHT?

03:35PM  2    A.   YES.

03:35PM  3    Q.   AND THEN IF WE CAN PUT PAGE 2 ON THE TOP ON THE SCREEN SO

03:35PM  4    THE JURY CAN SEE THAT.

03:35PM  5         OKAY.  LEAVE THAT UP FOR A MINUTE.

03:35PM  6         OKAY.  GOING TO THE FIRST PAGE, DR. ROSENDORFF, THEN

03:36PM  7    LEANNE PELUFFO --

03:36PM  8         DO YOU SEE THAT?

03:36PM  9    A.   YES.

03:36PM  10   Q.   -- WHO WAS A RECRUITING COORDINATOR AT THERANOS?

03:36PM  11   A.   YES.

03:36PM  12   Q.   AND SHE WROTE, "THANK YOU FOR THE FEEDBACK, ADAM.  WOULD

03:36PM  13   YOU SAY HE IS BETTER FIT FOR THE CLIA QA/QC MANAGER OR LAB

03:36PM  14   GENERAL SUPERVISOR?"

03:36PM  15        RIGHT?

03:36PM  16   A.   YES.

03:36PM  17   Q.   AND YOU WROTE, "PROBABLY A BETTER QA/QC BUT WOULD MAKE AN

03:36PM  18   EXCELLENT GS," OR GENERAL SUPERVISOR, "AS WELL."

03:36PM  19        DO YOU SEE THAT?

03:36PM  20   A.   I SEE THAT.

03:36PM  21   Q.   THAT WAS YOUR VIEW OF MR. GEE AT THE TIME?

03:36PM  22   A.   I DON'T HAVE AN INDEPENDENT RECOLLECTION OTHER THAN WHAT

03:36PM  23   I'M READING IN FRONT OF ME, SIR.

03:36PM  24   Q.   BUT WHEN YOU WROTE THOSE WORDS, YOU WERE TRYING TO BE

03:36PM  25   ACCURATE AND CORRECT AT THE TIME; IS THAT RIGHT?

03:36PM 1     A.   YES.

03:36PM 2     Q.   OKAY.  SO YOU BELIEVED MR. GEE WOULD BE HELPFUL TO YOU TO

03:36PM 3     HELP SUPERVISE THE QUALITY CONTROL AREA OF THE COMPANY?

03:36PM 4     A.   YES.

03:36PM 5     Q.   AND HE FROM TIME TO TIME PERFORMED QUALITY CONTROL TASKS,

03:36PM 6     IN FACT, HE SUPERVISED THOSE TASKS; IS THAT RIGHT.

03:36PM 7     A.   NO, I DON'T THINK THAT'S ACCURATE.

03:36PM 8     Q.   WELL, YOU RELIED ON MR. GEE TO WORK ON QUALITY CONTROL

03:37PM 9     ISSUES AT THERANOS?

03:37PM 10    A.   HE RECORDED THE QUALITY CONTROL PERFORMANCE.

03:37PM 11    Q.   THANK YOU, DR. ROSENDORFF.

03:37PM 12         AND FROM TIME TO TIME, HE PRESENTED TO YOU AND OTHERS

03:37PM 13    ABOUT THE QUALITY CONTROL PERFORMANCE THAT HE HAD BEEN

03:37PM 14    RECORDING; IS THAT CORRECT?

03:37PM 15    A.   YES.

03:37PM 16    Q.   OKAY.  I'D LIKE TO HAVE YOU LOOK AT ANOTHER EXHIBIT, AND

03:37PM 17    IT SHOULD BE IN THE SAME BINDER, JUST A FEW TABS UP AT 20305.

03:37PM 18    A.   UH-HUH.

03:37PM 19    Q.   OKAY.  DO YOU HAVE 20305 IN FRONT OF YOU?

03:37PM 20    A.   YES.

03:37PM 21    Q.   OKAY.  AND THIS IS A DOCUMENT THAT IS HEADED CLINICAL

03:37PM 22    LABORATORY IMPROVEMENT AMENDMENTS, CLIA APPLICATION FOR

03:37PM 23    CERTIFICATION?

03:38PM 24    A.   YES.

03:38PM 25    Q.   AND IF YOU WANT TO FLIP THROUGH THE DOCUMENT, YOU KNOW,

03:38PM  1    PLEASE GO RIGHT AHEAD.

03:38PM  2         BUT THIS IS THE APPLICATION FOR CERTIFICATION BY CMS TO

03:38PM  3    OPERATE A CLINICAL LABORATORY AT THERANOS; CORRECT?

03:38PM  4    A.   YES.

03:38PM  5    Q.   AND YOU WERE LISTED AS THE LAB DIRECTOR ON IT?

03:38PM  6    A.   YES.

03:38PM  7    Q.   AND YOU PARTICIPATED IN FILLING OUT THIS FORM SO IT COULD

03:38PM  8    BE SUBMITTED TO THAT GOVERNMENT AGENCY, CMS?

03:38PM  9    A.   YES.

03:38PM 10    Q.   AND YOU SIGNED THE DOCUMENT?

03:38PM 11    A.   YES.

03:38PM 12    Q.   AND YOU WERE TRYING TO BE AS ACCURATE AS YOU COULD BE WHEN

03:38PM 13    YOU SUBMITTED THIS TO THE GOVERNMENT?

03:38PM 14    A.   YES.

03:38PM 15              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 20305?

03:38PM 16              MR. BOSTIC:  NO OBJECTION.

03:38PM 17              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:38PM 18         (DEFENDANT'S EXHIBIT 20305 WAS RECEIVED IN EVIDENCE.)

03:38PM 19    BY MR. COOPERSMITH:

03:38PM 20    Q.   SO LOOKING AT THE FIRST PAGE, THERE IS THE TITLE, THIS IS

03:38PM 21    THE APPLICATION FOR CERTIFICATION.

03:38PM 22         AND THE DATE OF THE DOCUMENT, JUST TO SORT OF ORIENT US,

03:38PM 23    IF YOU GO TO PAGE 4 OF THE DOCUMENT?

03:39PM 24    A.   YES.

03:39PM 25    Q.   AND IS THAT YOUR SIGNATURE THERE, DR. ROSENDORFF?

03:39PM   1    A.   YES.

03:39PM   2    Q.   AND THEN THE DATE IS NOVEMBER 25TH, 2013.

03:39PM   3         AM I READING THAT RIGHT?

03:39PM   4    A.   YES.

03:39PM   5    Q.   OKAY.  IS THAT WHEN YOU SUBMITTED THE DOCUMENT?

03:39PM   6    A.   YES.

03:39PM   7    Q.   AND THAT WAS ACTUALLY A FEW WEEKS BEFORE OR SHORTLY BEFORE

03:39PM   8    THE INSPECTION THAT YOU TALKED ABOUT WITH MR. BOSTIC ON DIRECT

03:39PM   9    EXAMINATION?

03:39PM  10    A.   I DON'T RECALL THE EXACT DATE OF THE INSPECTION.

03:39PM  11    Q.   OKAY.

03:39PM  12    A.   IT WAS AROUND THEN.

03:39PM  13    Q.   AROUND THEN.  OKAY.

03:39PM  14         AND THEN IF YOU GO TO THE FIRST PAGE, YOU SEE THE NAME OF

03:39PM  15    THE DIRECTOR IS ROSENDORFF ADAM, OR ADAM ROSENDORFF.

03:39PM  16         DO YOU SEE THAT?

03:39PM  17    A.   YES.

03:39PM  18    Q.   BECAUSE YOU WERE THE LABORATORY DIRECTOR?

03:39PM  19    A.   CORRECT.

03:39PM  20    Q.   AND BY THIS TIME YOU WERE ON THE CLIA LICENSE, OR WERE YOU

03:39PM  21    APPLYING TO BE ON THE CLIA LICENSE?

03:39PM  22    A.   I DON'T RECALL EXACTLY.

03:39PM  23    Q.   OKAY.  BUT YOU DID END UP ON THE CLIA LICENSE; IS THAT

03:40PM  24    CORRECT?

03:40PM  25    A.   YES.

ROSENDORFF CROSS BY MR. COOPERSMITH

03:40PM  1    Q.   OKAY.  AND IF YOU GO TO THE PAGE 3 OF THE DOCUMENT?

03:40PM  2    A.   YES.

03:40PM  3    Q.   DO YOU SEE THERE'S A SECTION CALLED WAIVED TESTING?

03:40PM  4    A.   YES.

03:40PM  5    Q.   AND IT SAYS -- IT INDICATES THAT "THE ESTIMATED TOTAL

03:40PM  6    ANNUAL TEST VOLUME FOR ALL WAIVED TESTS PERFORMED."

03:40PM  7         DO YOU SEE THAT?

03:40PM  8    A.   YES.

03:40PM  9    Q.   AND IS THE NUMBER 200 THERE?

03:40PM  10   A.   YES.

03:40PM  11   Q.   AND IS THAT YOUR HANDWRITING?

03:40PM  12   A.   I DON'T KNOW ACTUALLY TO BE HONEST.

03:40PM  13   Q.   OKAY.  BUT NONETHELESS, THAT'S WHAT THE NUMBER IS, AM I

03:40PM  14   READING IT RIGHT, 200?

03:40PM  15   A.   YES.

03:40PM  16   Q.   AND CAN YOU TELL US WHAT A WAIVED TEST IS?

03:40PM  17   A.   IT'S A CATEGORY OF TESTING THAT REQUIRES MINIMAL SKILLS

03:40PM  18   AND IT'S SUBJECT TO A LOWER LEVEL OF REGULATION THAN HIGH

03:40PM  19   COMPLEXITY TESTING.

03:41PM  20   Q.   OKAY.  SO IF THERE'S A WAIVED TEST, THE TEST WOULD BE

03:41PM  21   SOMETHING THAT SOMEONE WITH MINIMAL OR LOWER SKILLS COULD

03:41PM  22   CONDUCT?

03:41PM  23   A.   YES.

03:41PM  24   Q.   AS OPPOSED TO LIKE SOMEONE LIKE A CLINICAL LAB SCIENTIST?

03:41PM  25   A.   CORRECT.

03:41PM 1    Q.   OKAY.  AND ARE YOU AWARE THAT WITH WAIVED TESTING, THAT

03:41PM 2    SOMETIMES THOSE DEVICES COULD BE PLACED IN THE FIELD?

03:41PM 3    A.   I'M SORRY, WHAT DO YOU MEAN BY "IN THE FIELD"?

03:41PM 4    Q.   LIKE IN A PHYSICIAN'S OFFICE OR A HOSPITAL OR --

03:41PM 5    A.   YES, YES.

03:41PM 6    Q.   OKAY.  THANK YOU.

03:41PM 7         AND THEN IF YOU GO TO PAGE 5 OF THE DOCUMENT, YOU SEE

03:41PM 8    THERE'S A LABORATORY TESTING DECLARATION THERE?

03:41PM 9    A.   YES.

03:41PM 10   Q.   AND THEN THERE'S HANDWRITING THAT FILLS IN A NUMBER OF THE

03:42PM 11   INFORMATION FOR THE VARIOUS ASSAYS.

03:42PM 12        DO YOU SEE THAT?

03:42PM 13   A.   YES.

03:42PM 14   Q.   AND IS THAT YOUR HANDWRITING?

03:42PM 15   A.   I BELIEVE SO, YES.

03:42PM 16   Q.   OKAY.  THEN IF YOU GO TO THE NEXT PAGE, PAGE 6, DO YOU SEE

03:42PM 17   THERE'S A SECTION CALLED HIV --

03:42PM 18   A.   THAT IS NOT -- I'M SORRY.  GO AHEAD.

03:42PM 19   Q.   I'M SORRY.  I'LL FINISH MY QUESTION.

03:42PM 20   A.   YEAH, PLEASE DO.

03:42PM 21   Q.   THE SECTION IS CALLED "LIST ALL OTHER TESTS PERFORMED AND

03:42PM 22   ANNUAL TEST VOLUME."

03:42PM 23        DO YOU SEE THAT?

03:42PM 24   A.   YES.

03:42PM 25   Q.   OKAY.  AND THEN THERE'S A -- THE FIRST ONE LISTED IS HIV

03:42PM  1      RNA" I BELIEVE IT SAYS AVANT, "REALTIME PCR."

03:42PM  2          DO YOU SEE THAT?

03:42PM  3      A.   YES.

03:42PM  4      Q.   OKAY.  AND THAT'S A MOLECULAR TEST FOR HIV; IS THAT

03:42PM  5      CORRECT?

03:42PM  6      A.   YES.

03:42PM  7      Q.   AND THERANOS OFFERED THAT ON FDA PREDICATE MACHINES?

03:42PM  8      A.   CORRECT.

03:42PM  9      Q.   AT ALL TIMES THAT YOU WERE THERE; CORRECT?

03:43PM  10     A.   NO.  I THINK FOR A SHORT TIME HEPATITIS C WAS OFFERED ON

03:43PM  11     THE EDISON.

03:43PM  12     Q.   OKAY.  THANK YOU.

03:43PM  13          BUT JUST TALKING ABOUT HIV?

03:43PM  14     A.   YES, TO MY KNOWLEDGE.

03:43PM  15     Q.   AND ALL OF THE TIME YOU WERE AT THERANOS, THE HIV TEST WAS

03:43PM  16     OFFERED ON AN UNMODIFIED FDA APPROVED PREDICATE MACHINE;

03:43PM  17     CORRECT?

03:43PM  18     A.   YES.

03:43PM  19     Q.   OKAY.

03:43PM  20     A.   THAT'S NOT MY HANDWRITING, BY THE WAY.

03:43PM  21     Q.   OKAY.  IF YOU GO TO THE NEXT, PAGE 7?

03:43PM  22     A.   UH-HUH.

03:43PM  23     Q.   DO YOU SEE THERE'S SOMETHING CALLED DIRECTOR'S

03:43PM  24     ATTESTATION?

03:43PM  25     A.   YES.

03:43PM   1      Q.   AND THIS IS A FORM THAT YOU FILLED OUT AND SIGNED; IS THAT

03:43PM   2      CORRECT?

03:43PM   3      A.   YES.

03:43PM   4      Q.   AND THAT YOU SAID, EFFECTIVE AUGUST 6TH, 2013, I AM THE

03:43PM   5      LABORATORY DIRECTOR.

03:43PM   6           DO YOU SEE THAT?

03:43PM   7      A.   YES.

03:43PM   8      Q.   AND DOES THAT REFRESH YOUR MEMORY THAT YOU WERE THE

03:44PM   9      LABORATORY DIRECTOR AT THERANOS AS OF AUGUST 6TH, 2013?

03:44PM  10      A.   IT DOESN'T REFRESH MY MEMORY.  I'M JUST READING IT, AS YOU

03:44PM  11      ARE TODAY.

03:44PM  12      Q.   OKAY.  DO YOU HAVE ANY REASON TO DOUBT THAT THAT DATE THAT

03:44PM  13      YOU WROTE DOWN IS CORRECT?

03:44PM  14      A.   NO.  IT SOUNDS ABOUT RIGHT.

03:44PM  15      Q.   OKAY.  AND NOW, BELOW THAT IT HAS THE ADDRESS OF THERANOS;

03:44PM  16      RIGHT?

03:44PM  17      A.   YES.

03:44PM  18      Q.   AND THERE'S A CLIA NUMBER.

03:44PM  19           DO YOU SEE THAT?

03:44PM  20      A.   YES.

03:44PM  21      Q.   AND WHAT IS A CLIA NUMBER?

03:44PM  22      A.   UM, IT'S A, IT'S A NUMBER THAT LFS GIVES TO A LAB.  SO

03:44PM  23      THIS WOULD HAVE BEEN THE NUMBER THAT WAS GIVEN TO THE LAB WHEN

03:44PM  24      IT FIRST OPENED, SO THAT'S REFERENCED IN ALL COMMUNICATIONS

03:44PM  25      WITH LFS.

03:44PM   1      Q.   YOU MEAN LABORATORY FIELD SERVICES?

03:44PM   2      A.   CORRECT.

03:44PM   3      Q.   OKAY.  AND THEN BELOW THAT IT SAYS, "AS THE DIRECTOR OR

03:44PM   4      CO-DIRECTOR, I ASSUME ALL DIRECTORSHIP RESPONSIBILITIES FOR

03:44PM   5      CLIA AND STATE OF CALIFORNIA PURPOSES."

03:44PM   6           DO YOU SEE THAT?

03:45PM   7      A.   YES.

03:45PM   8      Q.   AND THEN IT GOES ON, "I UNDERSTAND THAT AS A DIRECTOR OF

03:45PM   9      THIS LABORATORY, I AM RESPONSIBLE FOR THE ACCURACY AND

03:45PM  10      RELIABILITY OF ALL TESTING PERFORMED BY THE LABORATORY AND FOR

03:45PM  11      ENSURING THAT THE LABORATORY MEETS ALL APPLICABLE CLIA AND

03:45PM  12      STATE REQUIREMENTS AS STIPULATED IN BOTH FEDERAL AND CALIFORNIA

03:45PM  13      LAWS," AND IT HAS CITATIONS TO VARIOUS REGULATIONS.

03:45PM  14           DO YOU SEE THAT?

03:45PM  15      A.   YES.

03:45PM  16      Q.   OKAY.  AND THAT WAS WHAT YOU WERE ATTESTING TO, ONE OF THE

03:45PM  17      THINGS YOU WERE ATTESTING TO WHEN YOU SIGNED THIS DOCUMENT; IS

03:45PM  18      THAT CORRECT?

03:45PM  19      A.   YES.

03:45PM  20      Q.   AND, IN FACT, AS THE LABORATORY DIRECTOR ON THE CLIA

03:45PM  21      LICENSE, YOU WERE, IN FACT, RESPONSIBLE FOR THE ACCURACY AND

03:45PM  22      RELIABILITY OF ALL TESTING; IS THAT CORRECT?

03:45PM  23      A.   SO AS I SAID, THE LABORATORY OWNER IS JOINTLY RESPONSIBLE

03:45PM  24      WITH THE DIRECTOR FOR ANY DEFICIENCIES, AND IF THE LABORATORY

03:45PM  25      SANCTIONED, BOTH THE OWNER AND THE LABORATORY DIRECTOR ARE

ROSENDORFF CROSS BY MR. COOPERSMITH                               3419

03:45PM  1    SANCTIONED.

03:45PM  2    Q.   RIGHT.  SO THAT'S WHAT IS DISCUSSED IN THAT SECOND

03:46PM  3    PARAGRAPH RIGHT BELOW THAT; RIGHT?

03:46PM  4    A.   YES.

03:46PM  5    Q.   AND YOU'RE ALSO ATTESTING THAT YOU UNDERSTAND THAT YOU

03:46PM  6    WOULD -- "WILL BE HELD JOINTLY AND SEVERALLY RESPONSIBLE WITH

03:46PM  7    THE LABORATORY OWNERS FOR ANY VIOLATIONS OF LAW BY THE CLINICAL

03:46PM  8    LABORATORY."

03:46PM  9         DO YOU SEE THAT?

03:46PM 10    A.   YES.

03:46PM 11    Q.   AND SO THE OWNER COULD BE RESPONSIBLE FOR PROBLEMS, ALONG

03:46PM 12    WITH YOURSELF?

03:46PM 13    A.   YES.

03:46PM 14    Q.   OKAY.  BUT YOU ARE ATTESTING THAT YOU ARE RESPONSIBLE FOR

03:46PM 15    THE ACCURACY AND RELIABILITY OF ALL TESTING PERFORMED BY THE

03:46PM 16    LABORATORY; CORRECT?

03:46PM 17    A.   YES.

03:46PM 18    Q.   AND IF YOU GO TO THE NEXT PAGE, THIS IS PAGE 8, DO YOU SEE

03:46PM 19    THERE'S ANOTHER FORM CALLED LABORATORY PERSONNEL REPORT?

03:46PM 20    A.   YES.

03:46PM 21    Q.   AND SO THIS IS WHERE YOU WROTE DOWN THE PEOPLE WHO WORKED

03:46PM 22    IN THE CLIA LABORATORY -- OR I'M SORRY.  LET ME BE MORE

03:46PM 23    ACCURATE.

03:46PM 24         THERE'S A LIST HERE OF THE PEOPLE WHO WORKED IN THE CLIA

03:46PM 25    LABORATORY AS OF THE TIME THIS FORM WAS FILLED OUT; IS THAT

ROSENDORFF CROSS BY MR. COOPERSMITH

03:47PM  1     RIGHT?

03:47PM  2     A.   YES.

03:47PM  3     Q.   OKAY.  AND ONE OF THEM -- THE FIRST ONE IS YOURSELF,

03:47PM  4     ADAM ROSENDORFF.

03:47PM  5          DO YOU SEE THAT?

03:47PM  6     A.   YES, I DO.

03:47PM  7     Q.   AND THE NEXT PERSON LISTED IS HODA ALAMDAR.

03:47PM  8          DO YOU SEE THAT?

03:47PM  9     A.   IT'S ALAMDAR.

03:47PM  10    Q.   OKAY.  AND SHE WAS A CLINICAL LAB SCIENTIST; CORRECT?

03:47PM  11    A.   YES.

03:47PM  12    Q.   ACTUALLY, IT MIGHT BE EASIER TO GO TO PAGE 9.  THERE'S A

03:47PM  13    SIMILAR LIST ON PAGE 9.

03:47PM  14         DO YOU SEE THAT?

03:47PM  15    A.   YES.

03:47PM  16    Q.   AND THIS HAS THE EMPLOYEE NAME AND THE FUNCTION OF THE

03:47PM  17    VARIOUS PEOPLE ON THE RIGHT-HAND COLUMN?

03:47PM  18    A.   YES.

03:47PM  19    Q.   OKAY.  AND SO GOING BACK TO THE LIST, MS. ALAMDAR, I'LL

03:47PM  20    PRONOUNCE HER NAME RIGHT HOPEFULLY, THAT WAS -- SHE WAS A CLS;

03:47PM  21    RIGHT?

03:47PM  22    A.   YES.

03:47PM  23    Q.   AND THEN THERE'S CHI NGUYEN.

03:47PM  24         DO YOU SEE THAT?

03:47PM  25    A.   YES.

03:47PM 1   Q.   ALSO A CLS?

03:47PM 2   A.   YES.

03:47PM 3   Q.   AND SARAH CABAYAN, ALSO A CLS?

03:48PM 4   A.   YES.

03:48PM 5   Q.   AND THEN KERRY ELENITOBA-JOHNSON, SHE'S A TECHNICAL

03:48PM 6   SUPERVISOR; IS THAT RIGHT?

03:48PM 7   A.   CORRECT.

03:48PM 8   Q.   AND A TECHNICAL SUPERVISOR IS ACTUALLY SOMETHING THAT IS

03:48PM 9   REQUIRED BY THE CMS REGULATIONS; IS THAT RIGHT?

03:48PM 10  A.   YEAH.  I'M NOT SURE EXACTLY, BUT I THINK A LAB NEEDS AT

03:48PM 11  LEAST ONE TS, ONE GS, AND A DIRECTOR.

03:48PM 12  Q.   ONE TECHNICAL SUPERVISOR AND ONE GENERAL SUPERVISOR, ALONG

03:48PM 13  WITH THE LAB DIRECTOR; RIGHT?

03:48PM 14  A.   YEAH.

03:48PM 15  Q.   AND THE TECHNICAL SUPERVISOR ROLE, THAT'S ACTUALLY

03:48PM 16  SOMETHING REQUIRED BY THE CMS GOVERNMENT REGULATIONS?

03:48PM 17  A.   YES.

03:48PM 18  Q.   AND THE SAME WITH THE GENERAL SUPERVISOR?

03:48PM 19  A.   YES.

03:48PM 20  Q.   OKAY.  AND THEN THE GENERAL SUPERVISOR LISTED HERE IS

03:48PM 21  LI DING-CHIANG.

03:48PM 22       DO YOU SEE THAT?

03:48PM 23  A.   YES.

03:48PM 24  Q.   AND THEN THERE ARE OTHER PEOPLE LISTED HERE AS LABORATORY

03:48PM 25  TECHNICIANS.

ROSENDORFF CROSS BY MR. COOPERSMITH

03:49PM   1          DO YOU SEE THAT?

03:49PM   2     A.   YES.

03:49PM   3     Q.   AND ONE OF THEM WAS SURAJ SAKSENA.

03:49PM   4          DO YOU SEE THAT?

03:49PM   5     A.   YES.

03:49PM   6     Q.   AND YOU KNEW DR. SAKSENA; RIGHT?

03:49PM   7     A.   YES.

03:49PM   8     Q.   AND HE WAS A PH.D. WHO WORKED AT THERANOS?

03:49PM   9     A.   I DON'T RECALL HIS DEGREE.

03:49PM  10     Q.   OKAY.  AND THEN ANOTHER LABORATORY TECHNICIAN LISTED HERE

03:49PM  11     IS NISHIT DOSHI.

03:49PM  12          DO YOU SEE THAT?

03:49PM  13     A.   YES.

03:49PM  14     Q.   AND ALSO A PERSON WHO HAD A PH.D.?

03:49PM  15     A.   I DON'T REMEMBER.

03:49PM  16     Q.   OKAY.  AND THEN IF YOU GO TO THE NEXT PAGE, WHICH IS

03:49PM  17     PAGE 10 --

03:49PM  18     A.   YES.

03:49PM  19     Q.   -- AND THIS IS A FORM THAT THE STATE FILLS OUT; IS THAT

03:49PM  20     CORRECT?

03:49PM  21     A.   THIS IS THE FIRST TIME THAT I'VE SEEN THIS FORM.

03:49PM  22     Q.   OKAY.  AND HAVE YOU EVER SEEN THIS TYPE OF FORM BEFORE?

03:49PM  23     A.   NO.

03:49PM  24     Q.   OKAY.  BUT DO YOU SEE THAT THE SIGNATURE AT THE BOTTOM

03:50PM  25     DATED JANUARY 21ST, 2014, IS NOT YOUR SIGNATURE; RIGHT?

03:50PM  1    A.   CORRECT.

03:50PM  2    Q.   AND THE PERSON WHO IS THE INSPECTOR LISTED AT THE TOP IS

03:50PM  3    EILEEN NORKIN.

03:50PM  4         DO YOU SEE THAT?

03:50PM  5    A.   YES.

03:50PM  6    Q.   AND IT SAYS DATE OF INSPECTION, DECEMBER 3RD, 2013.

03:50PM  7         DO YOU SEE THAT?

03:50PM  8    A.   YES.

03:50PM  9    Q.   AND THAT'S THE INSPECTION THAT YOU WERE TALKING ABOUT WITH

03:50PM  10   MR. BOSTIC; IS THAT RIGHT?

03:50PM  11   A.   I BELIEVE SO, YES.

03:50PM  12   Q.   AND DO YOU REMEMBER MEETING MS. NORKIN DURING THAT

03:50PM  13   INSPECTION?

03:50PM  14   A.   I REMEMBER MEETING THE INSPECTOR, YES.

03:50PM  15   Q.   OKAY.  IF YOU COULD GO TO ANOTHER EXHIBIT, WHICH IS GOING

03:50PM  16   TO BE I BELIEVE IN THE FIRST OF YOUR BINDERS, AND IT'S

03:50PM  17   EXHIBIT 7386.

03:51PM  18   A.   I'VE GOT IT.

03:51PM  19   Q.   THANK YOU.

03:51PM  20        AND DO YOU RECOGNIZE THIS AS THE CERTIFICATE OF COMPLIANCE

03:51PM  21   ISSUED BY CMS?

03:51PM  22   A.   YES.

03:51PM  23   Q.   FOR THERANOS?

03:51PM  24   A.   YES.

03:51PM  25   Q.   AND DO YOU SEE YOUR NAME ON IT AS LABORATORY DIRECTOR?

03:51PM   1    A.   YES.

03:51PM   2              MR. COOPERSMITH:  YOUR HONOR, WE OFFER 7386.

03:51PM   3              MR. BOSTIC:  NO OBJECTION.

03:51PM   4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:51PM   5         (DEFENDANT'S EXHIBIT 7386 WAS RECEIVED IN EVIDENCE.)

03:51PM   6    BY MR. COOPERSMITH:

03:51PM   7    Q.   OKAY.  THIS IS THE RESULT, BASICALLY, OF THE APPLICATION

03:51PM   8    THAT WE WERE JUST LOOKING AT; IS THAT RIGHT?

03:51PM   9    A.   YES.

03:51PM   10   Q.   AND THE EFFECTIVE DATE IS JANUARY 9TH, 2014.

03:51PM   11        DO YOU SEE THAT?

03:51PM   12   A.   YES.

03:51PM   13   Q.   AND THEN IT EXPIRES IN JANUARY 2016.

03:51PM   14        DO YOU SEE THAT?

03:51PM   15   A.   YES.

03:51PM   16   Q.   AND THEN IT'S LISTED YOURSELF AS THE LABORATORY DIRECTOR?

03:51PM   17   A.   YES.

03:51PM   18   Q.   OKAY.  AND THEN DO YOU SEE BELOW THAT, AT THE BOTTOM OF

03:52PM   19   THE PAGE, IT HAS LAB CERTIFICATION CODE AND EFFECTIVE DATES?

03:52PM   20   A.   YES.

03:52PM   21   Q.   OKAY.  AND THERE ARE SOME EFFECTIVE DATES THAT ARE EARLIER

03:52PM   22   THAN DECEMBER OF 2013.

03:52PM   23        DO YOU SEE THAT?

03:52PM   24   A.   YES.

03:52PM   25   Q.   AND IS THAT BECAUSE THE THERANOS LAB HAD BEEN IN

03:52PM  1    OPERATION, YOU KNOW, EARLIER FOR SOME PURPOSES?

03:52PM  2    A.   I DON'T KNOW.

03:52PM  3    Q.   OKAY.  BUT YOU SEE THE DATES ON THE PAGE AT LEAST?

03:52PM  4    A.   YES, I DO.

03:52PM  5    Q.   OKAY.  DR. ROSENDORFF, I'D LIKE YOU TO TAKE A LOOK AT, IT

03:52PM  6    SHOULD BE IN THE SAME BINDER, IT'S EXHIBIT 7603, AND THEN DD,

03:52PM  7    LIKE DAVID DAVID.

03:53PM  8    A.   I HAVE IT.

03:53PM  9    Q.   OKAY.  AND DO YOU SEE THAT THIS IS REGULATIONS RELATING TO

03:53PM  10   THE DUTIES OF A LABORATORY DIRECTOR FOR LABORATORIES CONDUCTING

03:53PM  11   HIGH COMPLEXITY TESTING?

03:53PM  12   A.   YES.

03:53PM  13   Q.   AND THERE ARE SEVERAL REGULATIONS HERE WHICH ARE NUMBERED

03:53PM  14   IN ORDER.

03:53PM  15        DO YOU SEE THAT?

03:53PM  16   A.   YES.

03:53PM  17   Q.   AND THE FIRST ONE DEALS WITH THE NEED FOR A LABORATORY

03:53PM  18   DIRECTOR; CORRECT?

03:53PM  19   A.   PARDON ME, SIR.

03:53PM  20   Q.   I'M SORRY, DR. ROSENDORFF.  THE FIRST -- WELL, LET ME STEP

03:53PM  21   BACK.

03:53PM  22        YOUR HONOR, WE OFFER 7603DD, WHICH IS A REGULATIONS

03:53PM  23   PROMULGATED BY CMS, FOR THE RECORD.

03:53PM  24             MR. BOSTIC:  401 AND 403, YOUR HONOR.

03:53PM  25             THE COURT:  CAN YOU ESTABLISH -- MAYBE YOU WANT TO

03:54PM   1    LAY SOME MORE FOUNDATIONAL ISSUES REGARDING THAT.

03:54PM   2           MR. COOPERSMITH:  SURE, YOUR HONOR.  I WILL DO THAT.

03:54PM   3    Q.   DR. ROSENDORFF, AS WE DISCUSSED BEFORE, THERE'S A SET OF

03:54PM   4    REGULATIONS THAT GOVERN THE OPERATION OF CLIA LABS IN THE

03:54PM   5    UNITED STATES?

03:54PM   6    A.   CORRECT.

03:54PM   7    Q.   AND THOSE REGULATIONS ARE ISSUED BY CMS?

03:54PM   8    A.   YES.

03:54PM   9    Q.   AND SOME OF THE REGULATIONS DEAL WITH THE DUTY OF A LAB

03:54PM   10   DIRECTOR; IS THAT RIGHT?

03:54PM   11   A.   CORRECT.

03:54PM   12   Q.   AND WHEN YOU WERE AT THERANOS, THOSE REGULATIONS GOVERNED

03:54PM   13   YOUR CONDUCT AS WELL?

03:54PM   14   A.   GOVERNED MY?

03:54PM   15   Q.   YOUR CONDUCT.

03:54PM   16   A.   YES.

03:54PM   17   Q.   AND THAT YOU WERE FAMILIAR WITH THE REGULATIONS WHILE YOU

03:54PM   18   WORKED AT THERANOS?

03:54PM   19   A.   YES.

03:54PM   20   Q.   AND YOU DID YOUR BEST TO ABIDE BY THEM?

03:54PM   21   A.   YES, I DID.

03:54PM   22   Q.   AND YOU WANTED TO MAKE SURE YOU WERE IN COMPLIANCE AS BEST

03:54PM   23   YOU COULD; RIGHT?

03:54PM   24   A.   AS BEST I COULD BE ALLOWED UNDER THE CIRCUMSTANCES, YES.

03:54PM   25   Q.   OKAY.  BUT YOU TOOK THAT RESPONSIBILITY SERIOUSLY?

03:54PM   1    A.    ABSOLUTELY.

03:54PM   2              MR. COOPERSMITH:  OKAY.  YOUR HONOR, WE OFFER

03:54PM   3    7603DD.

03:55PM   4              MR. BOSTIC:  SAME OBJECTION AS TO ADMITTING THE

03:55PM   5    REGULATIONS.

03:55PM   6              THE COURT:  I'D LIKE TO TALK YOU ABOUT THIS, BUT CAN

03:55PM   7    YOU ASK SOME MORE QUESTIONS ABOUT SOMETHING ELSE IN THE LAST

03:55PM   8    FIVE MINUTES?

03:55PM   9              MR. COOPERSMITH:  YES, YOUR HONOR.

03:55PM  10              THE COURT:  LET'S DO THAT.

03:55PM  11    BY MR. COOPERSMITH:

03:55PM  12    Q.    SO NOT TALKING ABOUT THIS PARTICULAR DOCUMENT,

03:55PM  13    DR. ROSENDORFF, BUT JUST STICKING WITH THE SUBJECT OF

03:55PM  14    REGULATIONS.

03:55PM  15        A LAB DIRECTOR FOR A CLINICAL LAB DOESN'T HAVE TO BE AT

03:55PM  16    THE LAB FULL TIME; CORRECT?

03:55PM  17    A.    CORRECT.

03:55PM  18    Q.    AND, IN FACT, A LAB DIRECTOR COULD BE A LAB DIRECTOR WITH

03:55PM  19    AS MANY AS FIVE LABS ALL AT THE SAME TIME; RIGHT?

03:55PM  20    A.    CORRECT.  I DON'T KNOW IF THAT'S A CLIA REG OR A STATE

03:55PM  21    REG, BUT, YES, THAT'S MY UNDERSTANDING.

03:55PM  22    Q.    OKAY.  MAYBE WE'LL LOOK AT THAT LATER.

03:55PM  23        BUT WHETHER IT'S CLIA OR STATE, YOU'RE FAMILIAR WITH THE

03:55PM  24    REQUIREMENT, OR THE REGULATION THAT ALLOWS A LAB DIRECTOR TO BE

03:55PM  25    A LAB DIRECTOR FOR AS MANY AS FIVE LABS; RIGHT?

03:56PM    1      A.   CORRECT.

03:56PM    2      Q.   AND AT TIMES IN YOUR CAREER, YOU YOURSELF HAVE BEEN THE

03:56PM    3      LAB DIRECTOR OF MORE THAN ONE LABORATORY AT THE SAME TIME?

03:56PM    4      A.   CORRECT.

03:56PM    5      Q.   AND THAT'S NOT UNUSUAL IN THE LAB INDUSTRY?

03:56PM    6      A.   NO, IT IS NOT.

03:56PM    7      Q.   BUT WHEN YOU WERE AT THERANOS, YOU WERE THE FULL TIME LAB

03:56PM    8      DIRECTOR?

03:56PM    9      A.   CORRECT.

03:56PM   10      Q.   YOU DIDN'T HAVE ANOTHER JOB?

03:56PM   11      A.   I DID NOT.

03:56PM   12      Q.   YOU COULD HAVE PERHAPS SUPERVISED A DIFFERENT LABORATORY,

03:56PM   13      BUT YOU DIDN'T DO THAT; RIGHT?

03:56PM   14      A.   I REALLY -- THE MAGNITUDE OF PROBLEMS THERE WERE SUCH THAT

03:56PM   15      I WOULDN'T HAVE BEEN ABLE TO DO THAT.

03:56PM   16      Q.   YOU BELIEVED THAT THERANOS REQUIRED YOUR FULL-TIME

03:56PM   17      ATTENTION?

03:56PM   18      A.   CORRECT.

03:56PM   19      Q.   AND WHILE YOU WERE AT THERANOS, ONE OF THE

03:56PM   20      RESPONSIBILITIES THAT YOU HAD WAS TO SIGN OFF ON STANDARD

03:56PM   21      OPERATING PROCEDURES?

03:56PM   22      A.   YES.

03:56PM   23      Q.   AND THOSE WERE KNOWN AS SOP'S?

03:56PM   24      A.   CORRECT.

03:56PM   25      Q.   AND YOU WOULD AGREE THAT HAVING SOP'S IN PLACE IN A

03:56PM    1    LABORATORY WAS IMPORTANT?

03:56PM    2    A.   YES.

03:56PM    3    Q.   AND THAT FOLLOWING THOSE SOP'S WAS IMPORTANT?

03:56PM    4    A.   YES.

03:56PM    5    Q.   AND YOU HAD ASSISTANCE IN DEVELOPING SOP'S?

03:57PM    6    A.   YES.

03:57PM    7    Q.   YOU DIDN'T WRITE ALL OF THEM YOURSELF; RIGHT?

03:57PM    8    A.   NO.

03:57PM    9    Q.   BUT SOMETIMES YOU AUTHORED SOME OF THE SOP'S?

03:57PM   10    A.   I DON'T RECALL.

03:57PM   11    Q.   BUT IN ORDER FOR AN SOP TO BE IN PLACE IN THE THERANOS

03:57PM   12    LAB, YOU WOULD HAVE TO SIGN OFF ON IT?

03:57PM   13    A.   CORRECT.

03:57PM   14    Q.   AND IF THERE WASN'T AN SOP, THEN THERE WASN'T ANYTHING

03:57PM   15    GUIDING THE PRACTICES OF THE LAB; RIGHT?

03:57PM   16    A.   THAT'S CORRECT.

03:57PM   17    Q.   AND THAT WOULDN'T BE ACCEPTABLE; RIGHT?

03:57PM   18    A.   CORRECT.

03:57PM   19    Q.   AND IF THERE WAS AN SOP, PEOPLE WERE NOT FREE TO DO

03:57PM   20    SOMETHING DIFFERENT FROM WHAT THE SOP REQUIRED; RIGHT?

03:57PM   21    A.   CORRECT.

03:57PM   22    Q.   UNLESS YOU, AND IN CONSULTATION WITH OTHERS, DECIDED TO

03:57PM   23    CHANGE THE SOP?

03:57PM   24    A.   CORRECT.

03:57PM   25    Q.   OKAY.

```
03:57PM  1        YOUR HONOR, I'M GOING TO GO TO A DIFFERENT TOPIC, BUT

03:57PM  2   MAYBE THIS IS A GOOD TIME TO TAKE OUR BREAK.

03:57PM  3            THE COURT:  SURE.  LET'S BREAK AND TAKE OUR EVENING

03:57PM  4   RECESS, LADIES AND GENTLEMEN.

03:57PM  5        PLEASE RECALL THAT WE ARE NOT IN SESSION TOMORROW,

03:57PM  6   THURSDAY, BUT WE WILL BE IN SESSION FRIDAY, FRIDAY NEXT, NOT

03:58PM  7   TOMORROW, BUT FRIDAY AT 9:00 A.M. WE WILL BEGIN.

03:58PM  8        AND I BELIEVE WE FINISH, IS IT AT 3:00 O'CLOCK,

03:58PM  9   MS. ROBINSON?

03:58PM 10            THE CLERK:  YES.

03:58PM 11            THE COURT:  PROBABLY ABOUT 2:45 AGAIN, A LITTLE

03:58PM 12   BEFORE 3:00.

03:58PM 13        LET ME REMIND YOU OF THE ADMONITION.  PLEASE DO NOT DO ANY

03:58PM 14   INVESTIGATION, DISCUSS, WATCH, OR DO ANYTHING TO LEARN ANYTHING

03:58PM 15   ABOUT THIS CASE DURING THE BREAK.

03:58PM 16        HAVE A GOOD EVENING, AND WE'LL SEE YOU FRIDAY.  THANK YOU.

03:59PM 17        (JURY OUT AT 3:59 P.M.)

03:59PM 18            THE COURT:  DR. ROSENDORFF, YOU CAN LEAVE NOW.

03:59PM 19   WE'LL SEE YOU FRIDAY.

03:59PM 20        PLEASE BE SEATED.

03:59PM 21            THE WITNESS:  THANK YOU, YOUR HONOR.

03:59PM 22            THE COURT:  THE RECORD SHOULD REFLECT THAT OUR JURY

03:59PM 23   HAS LEFT FOR THE DAY.

03:59PM 24        DR. ROSENDORFF HAS LEFT THE COURTROOM.

03:59PM 25        ALL COUNSEL AND MR. BALWANI REMAIN.
```

3431

03:59PM 1        REGARDING THIS EXHIBIT, 7603DD, I WANTED TO ASK YOU,

03:59PM 2    MR. COOPERSMITH, ABOUT -- ONE OF THE CONCERNS THAT I HAVE IS

03:59PM 3    WHAT SHOULD WE DO, IF THIS IS ADMITTED, WHAT SHOULD WE DO

03:59PM 4    ABOUT -- I THINK I EXPRESSED THIS ON SOME OTHER REGULATIONS.

04:00PM 5        MY CONCERN IS THAT THE JURY MIGHT LOOK AT THIS AND USE

04:00PM 6    THIS RATHER THAN THE COURT'S INSTRUCTIONS AND FINAL

04:00PM 7    INSTRUCTIONS AS TO THEIR DETERMINATION.

04:00PM 8        I WAS CURIOUS WHAT YOU WOULD DO IF THIS WERE ADMITTED AND

04:00PM 9    HOW WOULD YOU -- WHAT IS YOUR PURPOSE?

04:00PM 10            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  I

04:00PM 11   UNDERSTAND.

04:00PM 12       THE PURPOSE IS JUST TO MAKE SURE THAT THE JURY UNDERSTANDS

04:00PM 13   WHAT HE'S REQUIRED TO DO AND WHAT HE UNDERSTANDS HE'S REQUIRED

04:00PM 14   TO DO BASED ON THE REGULATION.

04:00PM 15       AND I'M NOT TRYING TO SUPPLANT THE COURT'S PROVINCE TO

04:00PM 16   INSTRUCT THE JURY ON THE LAW.

04:00PM 17            THE COURT:  SURE.

04:00PM 18            MR. COOPERSMITH:  AND FRANKLY, THE JURY COULD BE

04:00PM 19   TOLD THAT AS FAR AS I'M CONCERNED.

04:00PM 20       BUT IT'S JUST TO SORT OF SET A BASELINE FOR WHAT A LAB

04:00PM 21   DIRECTOR IS SUPPOSED TO DO --

04:00PM 22            THE COURT:  RIGHT.

04:00PM 23            MR. COOPERSMITH:  -- SO WE ALL UNDERSTAND WHAT THOSE

04:00PM 24   DUTIES ARE.

04:00PM 25            THE COURT:  I APPRECIATE THAT.

3432

04:00PM  1    COULD YOU ACCOMPLISH THIS BY USING THIS AS A

04:00PM  2    DEMONSTRATIVE?

04:00PM  3         MR. COOPERSMITH:  PROBABLY, YOUR HONOR.

04:00PM  4         THE COURT:  AND DISPLAYING IT FOR THE JURY AND FOR

04:00PM  5    HIM AND ASKING WHETHER HE AGREES, DISAGREES, UNDERSTANDS,

04:01PM  6    ET CETERA, WITH THOSE?

04:01PM  7         AND THEN IF YOU WANTED TO USE THAT AGAIN, I'M NOT

04:01PM  8    DIRECTING YOUR CASE AT ALL, BUT SUGGESTING THAT IT COULD BE

04:01PM  9    USED AS A DEMONSTRATIVE IN CLOSING IF THAT WAS YOUR INTENT.

04:01PM 10         MR. COOPERSMITH:  YOU KNOW, YOUR HONOR, GIVEN THE

04:01PM 11    COURT'S CONCERN, I THINK THAT WOULD WORK JUST FINE.  WE CAN DO

04:01PM 12    IT THAT WAY.

04:01PM 13         AND, YOU KNOW, I'M FINE WITH IT.

04:01PM 14         THE COURT:  THAT'S JUST A CONCERN THAT I HAD.

04:01PM 15         MR. BOSTIC.

04:01PM 16         MR. BOSTIC:  SO THE GOVERNMENT SHARES THE COURT'S

04:01PM 17    CONCERN.  THAT'S WHAT MOTIVATED THE OBJECTION.

04:01PM 18         I THINK HAVING IT AS A DEMONSTRATIVE AND NOT IN EVIDENCE

04:01PM 19    IS A STEP IN THE RIGHT DIRECTION, BUT I STILL THINK IT CARRIES

04:01PM 20    SOME DANGER OF HOLDING OUT A LAW TO THE JURY AND WHAT ARE WE

04:01PM 21    ASKING THEM TO DO WITH IT?

04:01PM 22         ARE WE ASKING THEM TO JUDGE DR. ROSENDORFF'S PERFORMANCE

04:01PM 23    AGAINST IT OR TO JUDGE THERANOS'S COMPLIANCE WITH IT?

04:01PM 24         THOSE AREN'T THE QUESTIONS THAT ARE FACING THIS JURY, AND

04:02PM 25    I THINK THERE IS SOME DANGER THAT THEY WILL BE CONFUSED AND

3433

```
04:02PM   1    COME TO BELIEVE THAT EITHER A VIOLATION OF SOME PROVISION IN

04:02PM   2    HERE IS RELEVANT TO THEIR DETERMINATION, OR COMPLIANCE WITH A

04:02PM   3    PROVISION IN HERE IS RELEVANT TO THEIR DETERMINATION.

04:02PM   4         I HEAR WHAT MR. COOPERSMITH IS SAYING ABOUT ESTABLISHING

04:02PM   5    THE RESPONSIBILITIES OF THE LAB DIRECTOR, BUT I DON'T SENSE ANY

04:02PM   6    FRICTION BETWEEN MR. COOPERSMITH AND THE WITNESS ON THAT POINT.

04:02PM   7         I THINK DR. ROSENDORFF HAS A GOOD UNDERSTANDING OF WHAT

04:02PM   8    THE JOB OF A LAB DIRECTOR REQUIRES, AND I DON'T THINK IT'S

04:02PM   9    NECESSARY TO HAVE THIS AUTHORITY IN FRONT OF THE JURY AS

04:02PM  10    SOMETHING THAT THEY NEED TO RELY ON WHEN THERE DOESN'T SEEM TO

04:02PM  11    BE ANY CONTROVERSY ABOUT WHAT A LAB DIRECTOR DOES OR DOESN'T

04:02PM  12    DO.

04:02PM  13              MR. COOPERSMITH:  YOUR HONOR, FIRST OF ALL, I WOULD

04:02PM  14    NOTE THAT DURING DIRECT, MR. -- OR DR. ROSENDORFF TESTIFIED

04:03PM  15    EXTENSIVELY ABOUT LEGAL REQUIREMENTS.

04:03PM  16         HE TESTIFIED ABOUT HOW THERE WERE CERTAIN REQUIREMENTS FOR

04:03PM  17    PROFICIENCY TESTING, AND HE DIDN'T BELIEVE THAT IT WAS BEING

04:03PM  18    FOLLOWED, AND YOU KNOW, HE WAS SENDING EMAILS ABOUT THAT.

04:03PM  19         AND SO THAT WAS A PART OF THE DIRECT.

04:03PM  20         I THINK WE SAW SOMETHING SIMILAR WITH DR. PANDORI WHEN HE

04:03PM  21    TESTIFIED.

04:03PM  22         SO IT'S INTERESTING FOR THE GOVERNMENT TO HAVE GONE DOWN

04:03PM  23    THAT ROAD AND THEN OBJECTED TO A MUCH MORE BASIC SET OF

04:03PM  24    REGULATIONS WHICH GOVERNS DR. ROSENDORFF'S CONDUCT AND SETS THE

04:03PM  25    STANDARD.
```

3434

04:03PM   1      SO I'M COMFORTABLE DOING IT AS A DEMONSTRATIVE IF THE

04:03PM   2   COURT IS CONCERNED ABOUT THE DOCUMENT BEING IN EVIDENCE, BUT I

04:03PM   3   THINK IT'S IMPORTANT FOR THE JURY TO HEAR WHAT THE LAW REQUIRES

04:03PM   4   DR. ROSENDORFF TO DO, ESPECIALLY SINCE HE HAS AN UNDERSTANDING

04:03PM   5   OF THAT.

04:03PM   6      THE COURT:  WELL, ALL RIGHT.  THANK YOU.

04:03PM   7      I SUPPOSE MY CONCERN IS, IS THIS GOING TO BE USED SOMEHOW

04:03PM   8   TO ARGUE TO THE JURY THAT HE VIOLATED WHATEVER THE REGULATIONS

04:04PM   9   MIGHT BE AND, THEREFORE, HE'S -- HIS, WHATEVER, HIS CREDIBILITY

04:04PM  10   SHOULD BE QUESTIONED, OR --

04:04PM  11      MR. COOPERSMITH:  ACTUALLY NOT, YOUR HONOR.  I'LL BE

04:04PM  12   VERY TRANSPARENT.  THAT'S NOT REALLY THE PURPOSE.

04:04PM  13      THE PURPOSE IS JUST TO EXPLAIN WHAT THE DUTIES OF A LAB

04:04PM  14   DIRECTOR ARE AND TO, AGAIN, BE TRANSPARENT.  LIKE, WHAT ARE HIS

04:04PM  15   DUTIES AND WHAT ARE OTHER PEOPLE'S DUTIES, SUCH AS MR. BALWANI

04:04PM  16   OR OTHERS, AND JUST TO UNDERSTAND WHAT THAT IS.

04:04PM  17      AND HE SAID HE TAKES IT SERIOUSLY.

04:04PM  18      I'M NOT TRYING TO MAKE A CASE THAT HE VIOLATED ONE OF

04:04PM  19   THESE LABORATORY DIRECTOR REGULATIONS AND THEREFORE HE'S LIABLE

04:04PM  20   FOR SOMETHING OR GUILTY OF SOMETHING.

04:04PM  21      MR. BOSTIC:  AND, YOUR HONOR, IF THAT'S THE CASE,

04:04PM  22   THEN WHY DO WE NEED THE LAW?

04:04PM  23      THIS WITNESS CAN TESTIFY ABOUT WHAT HIS JOB DUTIES WERE.

04:04PM  24   HE LIVED AND BREATHED THEM FOR HIS ENTIRE TIME WITH THE

04:04PM  25   COMPANY.

3435

04:04PM   1          SO HE CAN TALK ABOUT WHAT BEING A LAB DIRECTOR MEANT AT

04:04PM   2    THERANOS, WHAT HE DID, AND WHAT FELL UNDER HIS RESPONSIBILITY

04:04PM   3    AND WHAT DIDN'T.

04:04PM   4          THE GOVERNMENT'S QUESTION IS, WHY DOES IT MATTER WHAT THE

04:04PM   5    LAW REQUIRES?  WHAT IS THE JURY SUPPOSED TO DO WITH THAT?  ARE

04:05PM   6    THEY SUPPOSED TO JUDGE WHETHER DR. ROSENDORFF COMPLIED WITH THE

04:05PM   7    LAW?  WHY IS IT IMPORTANT THAT THERE IS THIS AUTHORITY THAT

04:05PM   8    REQUIRES THOSE THINGS?

04:05PM   9          YES, DR. ROSENDORFF TESTIFIED ABOUT THE REGULATIONS ON

04:05PM   10   DIRECT.

04:05PM   11         I DIDN'T ASK HIM QUESTIONS ABOUT THAT.  THAT'S WHERE HIS

04:05PM   12   ANSWERS WENT.

04:05PM   13         AGAIN, THAT IS DIFFERENT FROM PUTTING UP OR DISPLAYING THE

04:05PM   14   TEXT OF THE LAW TO A JURY WHEN THAT'S NOT A LAW AT ISSUE IN THE

04:05PM   15   CASE AND THEY'RE NOT BEING ASKED TO JUDGE CONDUCT AGAINST IT.

04:05PM   16             THE COURT:  WELL, THAT'S WHAT I WAS ASKING ABOUT, IF

04:05PM   17   YOU WERE GOING TO ATTACK HIS PERFORMANCE OR CRITICIZE, IN SOME

04:05PM   18   WAY BRING PERFORMANCE INTO QUESTION REGARDING A DEFICIENCY IN

04:05PM   19   THE REGULATIONS.  THAT PRESENTS THE PROBLEM.

04:05PM   20             MR. COOPERSMITH:  YEAH, I UNDERSTAND, YOUR HONOR.

04:05PM   21         IF I ATTACK HIS PERFORMANCE, IT WILL NOT BE BECAUSE I'M

04:05PM   22   ARGUING HE VIOLATED THIS REGULATION.

04:05PM   23         ALL I WANT TO DO IS PUT THE REGULATION UP IN FRONT OF THE

04:06PM   24   JURY, PERHAPS AS A DEMONSTRATIVE IF THAT'S WHAT THE COURT WOULD

04:06PM   25   PREFER, AND THEN TO JUST SAY, DO YOU UNDERSTAND THAT THIS WAS

04:06PM  1   THE DUTY OF A LAB DIRECTOR?

04:06PM  2         AS SIMPLE AS THAT, AND THEN WE'LL MOVE ON.  THAT'S THE

04:06PM  3   GOAL.

04:06PM  4              THE COURT:  SURE.

04:06PM  5              MR. COOPERSMITH:  AND IT'S NOT TO TRY TO CREATE SOME

04:06PM  6   KIND OF, YOU KNOW, OTHER TRIAL THAT DR. ROSENDORFF IS GUILTY OF

04:06PM  7   SOMETHING.

04:06PM  8              THE COURT:  SO ARE YOU TELLING ME -- AND I'M NOT

04:06PM  9   ASKING YOU -- DON'T ANSWER THIS QUESTION IF YOU HAVE DISCOMFORT

04:06PM 10   BECAUSE I'M NOT GOING TO ASK YOU TO REVEAL ANY DEFENSE OR

04:06PM 11   ANYTHING -- BUT ARE YOU TELLING ME THAT THE PURPOSE OF THIS IS

04:06PM 12   TO LET THE JURY KNOW THAT THIS WITNESS UNDERSTANDS HIS

04:06PM 13   OBLIGATIONS UNDER THE REGULATIONS OF A LAB DIRECTOR?  AND JUST

04:06PM 14   TO SOLIDIFY THAT?

04:06PM 15         AND THE SECOND PART IS THAT IT'S NOT YOUR INTENT, AT SOME

04:06PM 16   POINT, TO ATTACK HIS PERFORMANCE, CREDIBILITY, ACTIONS OR

04:06PM 17   ANYTHING BY SUGGESTING THAT HE WAS DEFICIENT UNDER ANY OF THESE

04:06PM 18   REGULATIONS.

04:06PM 19              MR. COOPERSMITH:  NOT DEFICIENT BASED ON THE

04:06PM 20   REGULATIONS, YOUR HONOR.

04:07PM 21         BUT I DO THINK IT'S IMPORTANT TO SHOW THE JURY THAT HE

04:07PM 22   UNDERSTANDS THESE OBLIGATIONS, AND THAT THEY ARE -- WHAT THE

04:07PM 23   OBLIGATIONS ARE.  AND HE'S FAMILIAR WITH THIS, HE'S TESTIFIED

04:07PM 24   TO THAT.

04:07PM 25              THE COURT:  RIGHT.  AND SO AT SOME POINT I GUESS

3437

04:07PM 1    DOWN THE ROAD, IS THERE GOING TO BE A QUESTION ABOUT, WELL,

04:07PM 2    LAST WEDNESDAY I SHOWED YOU THESE REGULATIONS, YOU KNEW THE

04:07PM 3    OBLIGATION, YET YOU DID THIS CONTRARY TO THE REGULATIONS?

04:07PM 4        IS THAT A SCENARIO THAT WE'RE GOING TO HAVE?  AND YOU

04:07PM 5    DON'T HAVE TO ANSWER THAT IF YOU DON'T WANT TO.

04:07PM 6        I'M JUST -- YOU SEE WHAT MY CONCERN IS, THOUGH.

04:07PM 7            MR. COOPERSMITH:  I DO, YOUR HONOR, AND I DON'T HAVE

04:07PM 8    THAT IN MIND.

04:07PM 9            MR. BOSTIC:  YOUR HONOR -- APOLOGIES.

04:07PM 10           MR. COOPERSMITH:  NO, I'M DONE.

04:07PM 11           MR. BOSTIC:  ONE MORE RISK HERE BESIDES THAT,

04:07PM 12   BESIDES AN INSINUATION OR ALLEGATION OF WRONGDOING OR A

04:07PM 13   VIOLATION BY DR. ROSENDORFF, THERE'S THE DANGER THAT LOOKING AT

04:07PM 14   THE LANGUAGE OF THIS REGULATION, FOR EXAMPLE, I THINK THE

04:07PM 15   PORTION THAT MR. COOPERSMITH WILL BE MOST INTERESTED IN IS THIS

04:07PM 16   SECTION THAT SAYS "THE LABORATORY DIRECTOR IS RESPONSIBLE FOR

04:08PM 17   THE OVERALL OPERATION AND ADMINISTRATION OF THE LABORATORY."

04:08PM 18       IT THEN GOES ON TO SAY "THAT INCLUDES ACCURATELY AND

04:08PM 19   PROFICIENTLY PERFORMING TEST PROCEDURES AND RECORDING AND

04:08PM 20   REPORTING TEST RESULTS PROMPTLY."

04:08PM 21       THIS IS A CASE ALLEGING THAT THE DEFENDANT COMMITTED WIRE

04:08PM 22   FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD BY KNOWINGLY

04:08PM 23   OVERSEEING A LAB THAT PROVIDED DEFICIENT RESULTS TO PATIENTS.

04:08PM 24       HAVING THIS JURY SEE THE LAW THAT SAYS THAT A LAB DIRECTOR

04:08PM 25   IS RESPONSIBLE FOR THE ACCURACY OF THOSE TESTS HAS A REAL RISK

3438

04:08PM 1    OF CONFUSING THEM.

04:08PM 2        I THINK WHEN JURIES SEE -- WHEN THE UNINITIATED SEE THE

04:08PM 3    LAW, WHETHER IT'S IN THE FORM OF THE REGULATION OR A STATUTE, I

04:08PM 4    THINK THEY'LL BE INCLINED TO CONCLUDE THAT THAT ANALYSIS

04:08PM 5    GOVERNS THEIR FINDINGS IN THIS CASE, WHICH IS NOT THE CASE.

04:08PM 6        THE WIRE FRAUD ALLEGATIONS DON'T -- AREN'T GOVERNED BY

04:09PM 7    THIS TEXT, AND I'M NOT SURE THAT A CURATIVE INSTRUCTION FROM

04:09PM 8    THE COURT REALLY SOLVES THAT RISK OF CONFUSION.

04:09PM 9            THE COURT:  THAT WAS MY NEXT QUESTION WAS GOING TO

04:09PM 10   BE COULDN'T THAT -- AND I SHARE YOUR CONCERN, OR I RECOGNIZE

04:09PM 11   THE CONCERN -- COULDN'T THAT BE RESOLVED BY A JURY INSTRUCTION

04:09PM 12   AND/OR THE COURT NOT ALLOWING EITHER OF YOU TO ARGUE THIS

04:09PM 13   REGULATION IN REGARDS TO THE CHARGES THAT ARE FACING

04:09PM 14   MR. BALWANI?

04:09PM 15           MR. COOPERSMITH:  RIGHT.  YOUR HONOR, I AM NOT

04:09PM 16   SURE -- I MEAN, I GUESS I UNDERSTAND WHY MR. BOSTIC DOESN'T

04:09PM 17   WANT IT IN.

04:09PM 18       BUT I DO UNDERSTAND -- I DO BELIEVE THAT THE JURY SHOULD

04:09PM 19   UNDERSTAND WHAT DOES DR. ROSENDORFF UNDERSTAND AND WHAT DOES

04:09PM 20   THE REGULATION PROVIDE AS TO HIS OBLIGATIONS AS A LAB DIRECTOR.

04:09PM 21       AND OBVIOUSLY IF HE WANTS TO SAY, WHICH HE ALREADY HAS

04:09PM 22   SAID, THAT, "YES, BUT MR. BALWANI PREVENTED ME FROM FULFILLING

04:09PM 23   MY RESPONSIBILITY," HE CAN SAY THAT IF HE WANTS.

04:10PM 24       BUT I THINK WE HAVE TO SORT OF ESTABLISH WHAT IS THE

04:10PM 25   BASELINE OF WHAT HE'S SUPPOSED TO DO UNDER THE REG.

3439

04:10PM  1          AND THEN THE OTHER THING THAT I JUST WANTED TO MENTION TO

04:10PM  2     THE COURT IS THAT IF I REMEMBER CORRECTLY IN THE OTHER TRIAL,

04:10PM  3     IN THE HOLMES TRIAL -- I KNOW THAT DOESN'T BIND THE COURT, BUT

04:10PM  4     AT LEAST IT'S A DATA POINT -- THAT THE DEFENSE INTRODUCED NOT

04:10PM  5     JUST THIS REGULATION, BUT THE ENTIRE BOOK OF LAB REGULATIONS.

04:10PM  6     I DON'T RECALL WHETHER THERE'S AN OBJECTION.  I BELIEVE THERE

04:10PM  7     MAY NOT HAVE BEEN.

04:10PM  8          BUT IN ANY EVENT, THAT'S WHAT CAME IN.

04:10PM  9          I DON'T REMEMBER THE DEFENSE ARGUING IN THAT CASE, NOT

04:10PM 10     THAT THAT BINDS ME OR THE COURT OR ANYTHING, THE TYPE OF THINGS

04:10PM 11     THAT THE COURT IS CONCERNED ABOUT.

04:10PM 12          SO I THINK IT WAS REALLY ADMITTED FOR THE SAME PURPOSE,

04:10PM 13     AND IT MIGHT HAVE BEEN WITHOUT OBJECTION.

04:10PM 14          BUT I THINK WE'RE SEEKING TO ADMIT THE LIMITED SET OF

04:10PM 15     REGULATIONS, NOT THE ENTIRE BOOK.

04:10PM 16          THE COURT:  YEAH, THAT WAS A VERY DIFFERENT

04:10PM 17     CIRCUMSTANCE.  THERE WAS A DIFFERENT, I THINK, NOTICE ISSUE

04:10PM 18     REGARDING SOME OF THE PARTIES INVOLVED IN THAT CASE AT THAT

04:10PM 19     TIME, IF I RECALL CORRECTLY.

04:11PM 20          AND THE DEFENSE -- THERE WAS A LIMITATION AS TO A CERTAIN

04:11PM 21     PORTION, BUT THE DEFENSE SAID LET IT ALL IN, WE WOULD LIKE IT

04:11PM 22     ALL TO COME IN, WHICH THE GOVERNMENT DIDN'T OBJECT TO IT I

04:11PM 23     THINK AT THAT TIME.

04:11PM 24          DIFFERENT CIRCUMSTANCES.

04:11PM 25          MR. COOPERSMITH:  RIGHT.  JUST A DATA POINT,

3440

```
04:11PM   1        YOUR HONOR.

04:11PM   2             THE COURT:  RIGHT.  I APPRECIATE THAT.

04:11PM   3        WELL, I DO HAVE SOME CONCERNS ABOUT HAVING IT COME IN IN

04:11PM   4   EVIDENCE.

04:11PM   5        LET ME JUST TELL YOU, I'M GOING TO SUSTAIN THE OBJECTION.

04:11PM   6   I DON'T THINK THE RELEVANCE OF THIS IS, FOR WHAT THE CHARGES

04:11PM   7   ARE HERE AND FOR THE PURPOSE THAT YOU HAVE ARTICULATED, AS WELL

04:11PM   8   AS 403, I DO THINK THERE WOULD BE PREJUDICE, UNFAIR PREJUDICE

04:11PM   9   ALLOWING THIS, AND IT WOULD CREATE CONFUSION WITH THE JURY IF

04:11PM  10   THEY WERE TO HEAR THIS, READ THIS, SEE THIS IN EVIDENCE IN THE

04:11PM  11   JURY ROOM.

04:11PM  12        WHETHER OR NOT -- SO I'M NOT GOING TO ALLOW IT TO COME

04:11PM  13   INTO EVIDENCE.

04:11PM  14        NOW, WHETHER OR NOT THEY'LL BE ABLE TO LOOK AT IT AS A

04:11PM  15   DEMONSTRATIVE, I'D LIKE YOU TO -- I'D LIKE TO TASK YOU TO THINK

04:12PM  16   ABOUT WHAT IT IS YOU WOULD LIKE TO PUT UP, OR MAYBE YOU'LL TELL

04:12PM  17   ME TODAY YOU WOULD LIKE TO PUT THE ENTIRETY OF THIS ON, OR THE

04:12PM  18   PIECES THAT SPEAK TO HIS -- THERE'S THAT FIRST PARAGRAPH THAT

04:12PM  19   MR. BOSTIC MENTIONED, AND ARE YOU GOING TO WED HIM TO HIS

04:12PM  20   RESPONSIBILITIES AND REMIND HIM, ISN'T THIS WHAT THE

04:12PM  21   REGULATIONS SAYS, ET CETERA.

04:12PM  22             MR. COOPERSMITH:  RIGHT.  IF I WERE PERMITTED TO PUT

04:12PM  23   THIS EXHIBIT UP AS A DEMONSTRATIVE, I THINK WHAT I WOULD DO IS

04:12PM  24   SIMPLY NOT GO OVER EVERY WORD OF IT, IT'S TOO LONG, BUT CERTAIN

04:12PM  25   PORTIONS THAT DEAL WITH THE RESPONSIBILITIES OF A LAB DIRECTOR
```

04:12PM  1    I WOULD HIGHLIGHT AND SAY, DO YOU UNDERSTAND THAT'S THE

04:12PM  2    REQUIREMENT?

04:12PM  3         AND HE WOULD PRESUMABLY SAY YES.

04:12PM  4         I'M NOT SURE WHY HE WOULD SAY ANYTHING ELSE.

04:12PM  5         AND THEN WE WOULD MOVE ON.

04:12PM  6         THE OTHER THING I WANTED TO MENTION, YOUR HONOR, THOUGH,

04:12PM  7    BECAUSE GIVEN THE COURT'S RULING -- AND I'M NOT SURE I'M GOING

04:12PM  8    TO DO THIS, BUT JUST TO THROW THIS OUT -- AS I SAID BEFORE, THE

04:12PM  9    GOVERNMENT ON DIRECT DID BRING OUT THROUGH THIS WITNESS, AND

04:12PM 10    ALSO THROUGH DR. PANDORI, THAT THERE WERE CERTAIN LEGAL

04:13PM 11    REQUIREMENTS FOR PROFICIENCY TESTING, AND THAT DR. ROSENDORFF

04:13PM 12    TESTIFIED THAT HE DIDN'T THINK THERANOS WAS MEETING THOSE LEGAL

04:13PM 13    REQUIREMENTS BECAUSE IT WASN'T TESTING PT ON THE PRIMARY

04:13PM 14    METHOD, WHICH HE BELIEVED AT THE TIME TO BE THE THERANOS

04:13PM 15    METHODS.

04:13PM 16         SO HAVING -- THE GOVERNMENT, HAVING DONE THAT, THERE ARE

04:13PM 17    REGULATIONS THAT DEAL WITH HOW PT IS SUPPOSED TO BE CONDUCTED.

04:13PM 18    THERE ARE OTHER MATERIALS FROM CMS, THERE ARE OTHER

04:13PM 19    AUTHORITATIVE MATERIALS.

04:13PM 20         I THINK THAT SINCE THE GOVERNMENT BROUGHT THAT INTO THE

04:13PM 21    CASE, NOW THROUGH TWO WITNESSES, IF I WANTED TO SHOW, LIKE,

04:13PM 22    WHAT THE REGULATIONS ACTUALLY REQUIRE ON THE PT TESTING AND THE

04:13PM 23    PRIMARY METHODS AND WHAT AAP IS, I FEEL LIKE THAT WOULD BE FAIR

04:13PM 24    GAME BASED ON WHAT THE GOVERNMENT DID.

04:13PM 25         AND I JUST WANT TO MAKE SURE THAT THAT IS NOT PART OF THE

04:13PM  1    EQUATION HERE WHEN WE'RE TALKING ABOUT REGULATIONS.

04:13PM  2         BUT I JUST THOUGHT I WOULD NOTE THAT.

04:13PM  3         BUT GOING BACK TO THE CMS REGULATIONS I WAS TRYING TO

04:13PM  4    ADMIT, THE LABORATORY DIRECTOR REGULATIONS, I WOULD ASK THE

04:14PM  5    COURT TO ALLOW IN THIS DEMONSTRATIVE.  IF THE COURT WOULD LIKE

04:14PM  6    MORE INFORMATION ABOUT WHAT I PLAN TO PUT ON THE DEMONSTRATIVE,

04:14PM  7    IT MIGHT TAKE US THE EVENING TO DO IT, BUT WE CAN PUT IT UP ON

04:14PM  8    A SLIDE AND WE CAN BRING IT TO THE COURT'S ATTENTION EITHER

04:14PM  9    TOMORROW OR SOMETHING.

04:14PM  10        THE COURT:  WELL, THAT'S WHAT I'M GOING TO ASK YOU

04:14PM  11   TO DO IS, AT A MINIMUM, WE'LL PROBABLY DISCUSS IT FRIDAY

04:14PM  12   MORNING AMONGST ALL OF THE OTHER TOPICS.

04:14PM  13        BUT BEFORE I ALLOW IT, I DO WANT TO SEE WHAT IT IS YOU

04:14PM  14   INTEND AND YOUR INTENT AND HOW YOU WISH TO USE IT, AND ALSO TO

04:14PM  15   FOLLOW UP ON HOW IT WOULD BE USED IN THE CASE, THAT IS, IN YOUR

04:14PM  16   ARGUMENT AND INSTRUCTIONS OR HOW WE'D -- HOW THAT WOULD FIT

04:14PM  17   WITH ALL OF THAT, RECOGNIZING THE CONCERNS THAT I HAVE ABOUT

04:14PM  18   THE JURY HAVING --

04:14PM  19        MR. COOPERSMITH:  YES, YOUR HONOR.

04:14PM  20        THE COURT:  -- THIS REGULATION.

04:14PM  21        THEY'RE NOT GOING TO HAVE IT IN EVIDENCE, AND -- BUT

04:14PM  22   YOU'VE TOLD ME YOU DON'T INTEND TO ARGUE IT IN THAT WAY, SO

04:14PM  23   I'LL TASK YOU WITH PUTTING SOMETHING TOGETHER AND I'LL LOOK AT

04:15PM  24   IT.

04:15PM  25        TO YOUR OTHER POINT ABOUT OTHER REGULATIONS, YOU KNOW, I

3443

```
04:15PM   1      APPRECIATE THE WARNING ON THAT, THE NOTICE I SHOULD SAY, ON

04:15PM   2      THAT.  WE'LL SEE WHAT THE FOUNDATION IS.

04:15PM   3          OF COURSE, BEFORE ANY OF THIS COMES IN, THERE HAS TO BE A

04:15PM   4      FOUNDATION LAID.

04:15PM   5          AND AS TO THOSE OTHER THINGS, YOU KNOW, THAT'S DEPENDENT

04:15PM   6      ON YOUR EXAMINATION OF THE WITNESS AND WE'LL SEE WHERE THAT

04:15PM   7      TAKES US.

04:15PM   8              MR. COOPERSMITH:  YES, YOUR HONOR.

04:15PM   9              THE COURT:  OKAY.

04:15PM  10              MR. COOPERSMITH:  THANK YOU.

04:15PM  11              THE COURT:  ANYTHING FURTHER TONIGHT?

04:15PM  12              MR. BOSTIC:  NO, YOUR HONOR.

04:15PM  13              THE COURT:  ALL RIGHT.

04:15PM  14              MR. COOPERSMITH:  THERE IS ONE THING, YOUR HONOR.

04:15PM  15          YOU HAD ASKED US EARLIER TO CONSIDER THE STIPULATION ABOUT

04:15PM  16      THE "WIRED" ARTICLE.

04:15PM  17              THE COURT:  OH, YES, RIGHT.

04:15PM  18              MR. COOPERSMITH:  AND OBVIOUSLY THE JURY IS GONE AT

04:15PM  19      THE MOMENT, BUT WE WOULD REQUEST THAT THE COURT READ THE

04:15PM  20      INSTRUCTION TO THE JURY AT THIS --

04:15PM  21              THE COURT:  THE STIPULATION?

04:15PM  22              MR. COOPERSMITH:  I'M SORRY, THE STIPULATION, YES,

04:15PM  23      YOUR HONOR.

04:15PM  24              THE COURT:  WELL, THERE IS AN INSTRUCTION THAT I

04:15PM  25      WILL READ WITH THEM.  I'LL TELL THEM WHAT THE STIPULATION
```

04:15PM  1    MEANS.

04:15PM  2              MR. COOPERSMITH:  YES, YOUR HONOR.

04:15PM  3        I THINK IT WOULD BE -- I THINK IT WOULD BE APPROPRIATE FOR

04:15PM  4    THE COURT TO TELL THE JURY THAT THIS RELATES TO DR. PANDORI'S

04:16PM  5    TESTIMONY, WHICH THEY HEARD, AND THEN READ THE STIPULATION TO

04:16PM  6    THE JURY, SOMETHING TO THAT EFFECT.

04:16PM  7              THE COURT:  OKAY.

04:16PM  8              MR. BOSTIC:  YOUR HONOR, I DON'T THINK IT'S

04:16PM  9    NECESSARY.

04:16PM 10        DURING DR. PANDORI'S TESTIMONY, DEFENSE COUNSEL NOTED ON

04:16PM 11    THE RECORD IN FRONT OF THE JURY THAT THE PARTIES HAD STIPULATED

04:16PM 12    TO THE PUBLICATION DATE OF THAT ARTICLE.

04:16PM 13        ALSO, ON REDIRECT THE GOVERNMENT INTRODUCED AN EMAIL

04:16PM 14    SHOWING THAT MR. BALWANI HAD BEEN SENT A COPY OF THAT ARTICLE

04:16PM 15    ON THE PUBLICATION DATE, FEBRUARY 18TH.

04:16PM 16              THE COURT:  RIGHT.

04:16PM 17              MR. BOSTIC:  THE PUBLICATION DATE THAT THE DEFENSE

04:16PM 18    IS TRYING TO ESTABLISH.

04:16PM 19        SO THE STIPULATION DOESN'T ACCOMPLISH ANYTHING BEYOND THAT

04:16PM 20    EXCEPT TO, I THINK, MAYBE GIVE THE JURY THE FALSE IMPRESSION

04:16PM 21    THAT SOMETHING NEEDS TO BE FIXED ABOUT WHAT HAPPENED WITH

04:16PM 22    DR. PANDORI'S TESTIMONY, WHICH I DON'T AGREE WITH.

04:16PM 23              THE COURT:  RIGHT.  DID YOU STIPULATE ON THE RECORD?

04:16PM 24              MR. BOSTIC:  THE STIPULATION IS SIGNED, YOUR HONOR,

04:16PM 25    YES.

3445

04:16PM  1          THE COURT:  RIGHT.  BUT IT WASN'T STIPULATED IN

04:16PM  2     FRONT OF THE JURY.  THE JURY DIDN'T KNOW ABOUT THAT.

04:16PM  3          I RECEIVED THE STIPULATION, AND IT WAS SIGNED BY THE

04:16PM  4     PARTIES, AND THAT WAS AFTER THE CLOSE OF TESTIMONY.

04:16PM  5          MR. COOPERSMITH:  RIGHT.

04:17PM  6          JUST TO BE CLEAR ON THE EVENTS, SO WE WERE CONCERNED ABOUT

04:17PM  7     QUESTIONS THAT MR. BOSTIC ASKED DR. PANDORI ABOUT WHETHER THE

04:17PM  8     "WIRED" ARTICLE IN THE EXHIBIT WAS THE SAME "WIRED" ARTICLE

04:17PM  9     THAT LED DR. PANDORI, ACCORDING TO HIS TESTIMONY, TO LEAVE THE

04:17PM  10    COMPANY.

04:17PM  11         OUR POINT WAS OBVIOUSLY THAT THIS "WIRED" ARTICLE THAT HE

04:17PM  12    WAS TALKING ABOUT IS THE STRAW THAT BROKE THE CAMEL'S BACK

04:17PM  13    ACTUALLY WAS THREE MONTHS EARLIER AND HE RECEIVED IT IN AN

04:17PM  14    EMAIL.

04:17PM  15         AND MR. BOSTIC HAD ASKED QUESTIONS DESIGNED TO SHOW THAT

04:17PM  16    DR. PANDORI -- THAT IT MIGHT NOT BE THE SAME ARTICLE, IT MIGHT

04:17PM  17    BE SOMETHING DIFFERENT.

04:17PM  18         AND IT WAS, IN FACT, THE SAME ARTICLE, BECAUSE IT TURNS

04:17PM  19    OUT THAT "WIRED" MAGAZINE PUBLISHES THEIR MATERIAL ONLINE

04:17PM  20    BEFORE THEY ACTUALLY RELEASE THE PRINT EDITION.

04:17PM  21         SO --

04:17PM  22         THE COURT:  THAT WAS THE QUESTION THAT YOUR

04:17PM  23    COLLEAGUE PUT TO --

04:17PM  24         MR. COOPERSMITH:  NO.  THIS WAS MR. BOSTIC'S

04:17PM  25    QUESTIONS.

3446

04:17PM 1          THE COURT:  NO, NO.

04:17PM 2      WHAT I'M SAYING IS THAT YOUR COLLEAGUE ASKED THAT QUESTION

04:17PM 3  JUST AT THE CLOSE, I THINK, OF MR. PANDORI'S TESTIMONY.

04:18PM 4      I THINK IT WAS SOMETHING ABOUT, DO YOU KNOW IF "WIRED"

04:18PM 5  PUBLISHES ONLINE THEIR ARTICLES BEFORE IT'S IN PRINT?

04:18PM 6      THAT WAS THE LAST QUESTION ASKED.

04:18PM 7          MR. COOPERSMITH:  RIGHT, RIGHT.  THAT WAS

04:18PM 8  MR. CAZARES'S QUESTION.

04:18PM 9          THE COURT:  RIGHT.

04:18PM 10         MR. COOPERSMITH:  HE WAS TRYING TO DO WHAT HE

04:18PM 11 COULD AT THAT POINT ON --

04:18PM 12         THE COURT:  THAT'S RIGHT.

04:18PM 13         MR. COOPERSMITH:  -- ON RECROSS, I THINK IT MIGHT

04:18PM 14 HAVE BEEN, TO DEAL WITH THAT ISSUE.

04:18PM 15         THE COURT:  RIGHT.  AND WHETHER OR NOT THIS WITNESS,

04:18PM 16 THAT WITNESS HAD ANY FOUNDATION FOR THAT.  AND HE SAID, NO, HE

04:18PM 17 HAD NO KNOWLEDGE ABOUT THAT.

04:18PM 18         MR. COOPERSMITH:  HE DIDN'T KNOW ABOUT IT.

04:18PM 19         THE COURT:  RIGHT.  RIGHT.  SO I UNDERSTAND THE

04:18PM 20 STIPULATION.  I UNDERSTAND.

04:18PM 21     YOU'VE TOLD ME THAT YOU'VE SHOWED THE GOVERNMENT THAT, IN

04:18PM 22 FACT, THAT'S WHAT THEY DO.

04:18PM 23         MR. COOPERSMITH:  AND, YOUR HONOR, WHAT I WAS GOING

04:18PM 24 TO DO -- JUST TO FINISH THE THOUGHT, I'M SORRY -- IS THAT WE

04:18PM 25 CONFERRED WITH MR. BOSTIC AND HIS TEAM ABOUT THE CONCERN THAT

3447

04:18PM 1     WE HAVE WITH THE QUESTIONS, AND FORTUNATELY, IN THIS INSTANCE,

04:18PM 2     WE WERE ABLE TO RESOLVE THIS ISSUE WITH THE GOVERNMENT THROUGH

04:18PM 3     THE STIPULATION.

04:18PM 4         THE ORIGINAL STIPULATION THAT WE HAD SENT OVER TO THE

04:18PM 5     GOVERNMENT ACTUALLY HAD LANGUAGE THAT IT WOULD BE SHOWN TO THE

04:18PM 6     JURY.

04:18PM 7         THE GOVERNMENT DIDN'T WANT THAT BECAUSE I THINK THE

04:18PM 8     RESPONSE THAT I GOT, IF I REMEMBER IT, WAS, WELL, THAT'S ALWAYS

04:18PM 9     GOING TO BE THE CASE, IT COULD BE USED AS EVIDENCE, RIGHT?

04:19PM 10        SO AT THIS POINT, GIVEN THESE CIRCUMSTANCES, WHILE THE

04:19PM 11    ISSUE WAS RELATIVELY FRESH IN MIND, THE JURY SHOULD BE TOLD

04:19PM 12    ABOUT THE STIPULATION BEFORE IT GOES ON FOR MONTHS AND NOW THEY

04:19PM 13    HAVE NO IDEA WHAT THAT EVEN RELATES TO.

04:19PM 14        SO THAT'S OUR REQUEST.

04:19PM 15            THE COURT:  OKAY.  NO.  I UNDERSTAND.

04:19PM 16        AND THE STIPULATION WAS SIGNED AFTER THE WITNESS LEFT,

04:19PM 17    AFTER HE WAS EXCUSED, IF I RECALL CORRECTLY; IS THAT RIGHT?

04:19PM 18        I THINK I RECEIVED IT AFTER HIS TESTIMONY.

04:19PM 19            MR. COOPERSMITH:  YES, YOUR HONOR.

04:19PM 20            MR. BOSTIC:  I THINK IT WAS SIGNED BEFOREHAND, AND

04:19PM 21    THAT'S WHAT ALLOWED THE DEFENSE TO INDICATE ON THE RECORD IN

04:19PM 22    FRONT OF THE JURY THAT THERE WAS SUCH A STIPULATION.  SO THAT'S

04:19PM 23    IN THE RECORD, AND THE JURY KNOWS ABOUT IT.

04:19PM 24        IT WAS, I THINK, SUBMITTED TO THE COURT AFTER THE WITNESS

04:19PM 25    LEFT.

3448

04:19PM 1          THE COURT:  OKAY.  THAT'S A PIECE I DON'T REMEMBER.

04:19PM 2          MR. COOPERSMITH:  I DON'T RECALL THAT, EITHER.

04:19PM 3          THE COURT:  I HAVE TO -- LET ME LOOK AT THE

04:19PM 4   TRANSCRIPT AND SEE.

04:19PM 5      THIS IS WHY I RAISE IT.  I HAVE THE WRITTEN STIPULATION.

04:19PM 6   I WASN'T CERTAIN WHETHER THE JURY HAD BEEN INFORMED OF A

04:19PM 7   STIPULATION.  BECAUSE TYPICALLY WHEN THERE'S A STIPULATION, THE

04:19PM 8   COURT WILL READ THE STIPULATION AND ADVISE, NOTWITHSTANDING THE

04:20PM 9   PRELIMINARY INSTRUCTIONS, WILL ADVISE THE JURY WHAT A

04:20PM 10  STIPULATION MEANS.

04:20PM 11         MR. COOPERSMITH:  AND THAT'S OUR REQUEST HERE,

04:20PM 12  YOUR HONOR.

04:20PM 13         THE COURT:  RIGHT.

04:20PM 14         MR. BOSTIC:  AND, YOUR HONOR, JUST TO FILL OUT THE

04:20PM 15  RECORD.

04:20PM 16         THE COURT:  YES.

04:20PM 17         MR. BOSTIC:  THERE ARE OTHER STIPULATIONS KIND OF IN

04:20PM 18  THE PIKE AS WELL OR IN THE CHAMBER AS WELL.

04:20PM 19         THE COURT:  RIGHT.

04:20PM 20         MR. BOSTIC:  THERE'S STIPULATIONS REGARDING EMAIL

04:20PM 21  AUTHENTICITY, THERE IS STIPULATION FOR THE INTERSTATE ELEMENT

04:20PM 22  FOR THE WIRES.  THE GOVERNMENT DOESN'T SEE ANY REASON WHY THEY

04:20PM 23  SHOULDN'T ALL BE HANDLED TOGETHER WHENEVER IT MAKES THE MOST

04:20PM 24  SENSE FOR THE FLOW OF TRIAL.

04:20PM 25         THE COURT:  RIGHT.  WELL, THAT MAKES SENSE, TOO.

3449

04:20PM 1     THOSE ARE NECESSARY ELEMENTS, AND I UNDERSTAND THE PARTIES HAVE

04:20PM 2     REACHED AGREEMENT ON SOME OF THOSE THINGS.

04:20PM 3              MR. COOPERSMITH:  YEAH.  WE'RE JUST TRYING TO DO

04:20PM 4     WHAT WE CAN TO STREAMLINE THE TRIAL AND NOT CALL UNNECESSARY

04:20PM 5     WITNESSES, AND THAT'S THE POINT OF THAT.

04:20PM 6              THE COURT:  RIGHT.  EXACTLY.  AND AT THE APPROPRIATE

04:20PM 7     TIME I WILL READ THOSE IN.  I WILL LEAVE IT TO YOU TO TELL ME

04:20PM 8     WHEN YOU AGREE THAT TIME IS.

04:20PM 9              MR. COOPERSMITH:  RIGHT.  AND HERE WE'RE JUST ASKING

04:21PM 10    FOR THE SAME THING.

04:21PM 11             THE COURT:  OH, WE'RE BACK TO THAT.

04:21PM 12             MR. COOPERSMITH:  ALAS.

04:21PM 13             THE COURT:  OKAY.  NO.

04:21PM 14       WELL, AS I SAID, I'LL CHECK THE TRANSCRIPT, BUT THAT'S WHY

04:21PM 15    I RAISED IT BECAUSE I DID WANT TO -- I THINK IT'S APPROPRIATE

04:21PM 16    FOR THE COURT, THE JUDGE, TO SPEAK AT LEAST IN THIS CASE ABOUT

04:21PM 17    THE STIPULATION.  AND THAT'S WHAT I'LL INTEND TO DO.

04:21PM 18       AND WE'LL DO THAT FIRST THING THEN ON FRIDAY.

04:21PM 19             MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

04:21PM 20             THE COURT:  AND I WILL TAKE THE BLAME FOR IT.  I

04:21PM 21    FORGOT TO TELL YOU, LADIES AND GENTLEMEN, IT WAS MR. EDLIN'S

04:21PM 22    TESTIMONY OR MR. -- WHOEVER IT WAS.

04:21PM 23             MR. COOPERSMITH:  I DEEPLY APPRECIATE THAT,

04:21PM 24    YOUR HONOR.

04:21PM 25       AND THE OTHER THING THE COURT HAS PENDING BEFORE IT IS

3450

04:21PM  1    THE, ISSUE OF THE OTHER INSTRUCTION THAT WE ARGUED EARLIER.

04:21PM  2              THE COURT:  RIGHT.

04:21PM  3              MR. COOPERSMITH:  SO I GUESS THOSE ARE THE TWO

04:21PM  4    THINGS THAT YOU MIGHT, OR MIGHT NOT, TELL THE JURY.

04:21PM  5              THE COURT:  RIGHT.  OKAY.

04:21PM  6              MR. COOPERSMITH:  RIGHT.  THANK YOU.

04:21PM  7              THE COURT:  THANK YOU.

04:21PM  8              MR. BOSTIC:  THANK YOU, YOUR HONOR.

04:21PM  9         (COURT ADJOURNED AT 4:21 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
17    CERTIFICATE NUMBER 8076

18

19    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
20    CERTIFICATE NUMBER 9595

21         DATED:  APRIL 20, 2022

22

23

24

25