1

2                     UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,          )
6                                       )  CR-18-00258-EJD
                     PLAINTIFF,         )
7                                       )  SAN JOSE, CALIFORNIA
             VS.                        )
8                                       )  MAY 13, 2022
     RAMESH "SUNNY" BALWANI,            )
9                                       )  VOLUME 29
                     DEFENDANT.         )
10   _____   )  PAGES 5563 - 5837

11

12                  TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                   UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                            BY:  JOHN C. BOSTIC
16                               JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

18                          BY:  ROBERT S. LEACH
                                 KELLY VOLKAR
19                          1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA 94612
20
             (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
     OFFICIAL COURT REPORTER:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23

24        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
25

```
 1    A P P E A R A N C E S: (CONT'D)

 2    FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                              BY:  MOLLY MCCAFFERTY
 3                                 SHAWN ESTRADA
                              THE ORRICK BUILDING
 4                            405 HOWARD STREET
                              SAN FRANCISCO, CALIFORNIA 94105
 5
                              BY:  JEFFREY COOPERSMITH
 6                                 AARON BRECHER
                                   AMANDA MCDOWELL
 7                            701 FIFTH AVENUE, SUITE 5600
                              SEATTLE, WASHINGTON 98104
 8
                              BY:  STEPHEN CAZARES
 9                            77 SOUTH FIGUEROA STREET, SUITE 3200
                              LOS ANGELES, CALIFORNIA 90017
10
                              BY:  AMY WALSH
11                            51 W 52ND STREET
                              NEW YORK, NEW YORK 10019
12

13    ALSO PRESENT:          OFFICE OF THE U.S. ATTORNEY
                             BY:  MADDI WACHS, PARALEGAL
14                                SARA SLATTERY, PARALEGAL

15                           ORRICK, HERRINGTON & SUTCLIFFE
                             JENNIFER CYGNOR, PARALEGAL
16
                             PROLUMINA
17                           BY:  COREY ALLEN
                             2200 SIXTH AVENUE, SUITE 425
18                           SEATTLE, WASHINGTON 98121

19                           UNITED STATES POSTAL INSPECTION SERVICE
                             BY:  CHRISTOPHER MCCOLLOW
20
                             FEDERAL BUREAU OF INVESTIGATION
21                           BY:  MARIO C. SCUSSEL

22                           UNITED STATES FOOD & DRUG
                             ADMINISTRATION
23                           BY:  GEORGE SCAVDIS

24

25
```

INDEX OF PROCEEDINGS

GOVERNMENT'S:

**LYNETTE SAWYER**
CROSS-EXAM BY MS. WALSH (RES.)          P. 5568
REDIRECT EXAM BY MR. LEACH              P. 5583
RECROSS-EXAM BY MS. WALSH               P. 5586


**CHRISTOPHER LUCAS**
DIRECT EXAM BY MR. BOSTIC               P. 5588
CROSS-EXAM BY MR. COOPERSMITH           P. 5635
REDIRECT EXAM BY MR. BOSTIC             P. 5721
RECROSS-EXAM BY MR. COOPERSMITH         P. 5735


**AUDRA ZACHMAN**
DIRECT EXAM BY MR. BOSTIC               P. 5763
CROSS-EXAM BY MS. MCDOWELL              P. 5793
REDIRECT EXAM BY MR. BOSTIC             P. 5817
RECROSS-EXAM BY MS. MCDOWELL            P. 5822


**BRITTANY GOULD**
DIRECT EXAM BY MR. LEACH                P. 5825

INDEX OF EXHIBITS

                           IDENT.        EVIDENCE

GOVERNMENT'S

| | IDENT. | EVIDENCE |
|---|---|---|
| 5095 | | 5598 |
| 5132 | | 5606 |
| 5143 | | 5609 |
| 5144 | | 5612 |
| 5444 | | 5615 |
| 5447 | | 5619 |
| 5837 | | 5627 |
| 5836 | | 5628 |
| 1770 | | 5632 |
| 3530, PGS. 29 & 42 | | 5708 |
| 3530, PG. 25 | | 5710 |
| 1805 | | 5766 |
| 5410 | | 5773 |
| 2044 | | 5774 |
| 3305 | | 5775 |
| 5411 | | 5776 |
| 5184 | | 5788 |
| 2083 | | 5790 |
| 5412 | | 5791 |
| 4242 | | 5801 |

DEFENDANT'S

| | IDENT. | EVIDENCE |
|---|---|---|
| 20033 | | 5576 |
| 20651 | | 5577 |
| 7366, EXCLUDING PG. 1 | | 5620 |
| 20698 | | 5675 |
| 12604 | | 5718 |
| 12022, PGS. 1-5 & 26 | | 5726 |
| 20071 | | 5805 |
| 20074 | | 5815 |

|   |   |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    MAY 13, 2022 |
| 2 | P R O C E E D I N G S |
| 09:07AM 3 | (COURT CONVENED AT 9:07 A.M.) |
| 09:07AM 4 | (JURY IN AT 9:07 A.M.) |
| 09:07AM 5 | THE COURT:  THANK YOU.  PLEASE BE SEATED. |
| 09:07AM 6 | ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT. |
| 09:07AM 7 | THE JURY AND ALTERNATES ARE PRESENT. |
| 09:07AM 8 | GOOD MORNING, LADIES AND GENTLEMEN.  NICE TO SEE YOU AGAIN |
| 09:07AM 9 | ON THIS FRIDAY NEXT. |
| 09:07AM 10 | LET ME ASK YOU THAT QUESTION BEFORE WE BEGIN. |
| 09:07AM 11 | DURING THE BREAK, HAVE ANY OF YOU HAD CAUSE TO READ, |
| 09:07AM 12 | LEARN, DISCUSS, OR IN ANY WAY DO ANY INVESTIGATION ABOUT THIS |
| 09:07AM 13 | CASE? |
| 09:07AM 14 | IF SO, IF YOU WOULD PLEASE RAISE YOUR HAND. |
| 09:07AM 15 | I SEE NO HANDS. |
| 09:08AM 16 | THANK YOU FOR YOUR CONTINUED RECOGNITION OF THE |
| 09:08AM 17 | ADMONITION. |
| 09:08AM 18 | WE'RE GOING TO CONTINUE.  I THINK MS. SAWYER IS ON THE |
| 09:08AM 19 | STAND, DR. SAWYER. |
| 09:08AM 20 | MS. WALSH, YOU'RE READY TO CROSS-EXAMINE AGAIN? |
| 09:08AM 21 | MS. WALSH:  I AM, YOUR HONOR.  THANK YOU. |
| 09:08AM 22 | THE COURT:  GREAT.  GREAT.  LET'S BRING HER IN. |
| 09:08AM 23 | GOOD MORNING, DR. SAWYER. |
| 09:08AM 24 | PLEASE MAKE YOURSELF COMFORTABLE. |
| 09:08AM 25 | THE WITNESS:  THANK YOU. |

09:08AM 1          THE COURT:  YOU CAN TAKE YOUR MASK OFF AGAIN IF YOU

09:08AM 2    WOULD LIKE.

09:08AM 3          THE WITNESS:  THANK YOU.

09:08AM 4          THE COURT:  AND WHEN YOU ARE COMFORTABLE, WOULD YOU

09:08AM 5    JUST STATE YOUR NAME AGAIN, PLEASE.

09:08AM 6          THE WITNESS:  LYNETTE SAWYER.

09:08AM 7          THE COURT:  THANK YOU.  I'LL REMIND YOU, YOU'RE

09:08AM 8    STILL UNDER OATH.

09:08AM 9          **(GOVERNMENT'S WITNESS, LYNETTE SAWYER, WAS PREVIOUSLY**

09:09AM 10   **SWORN.)**

09:09AM 11         THE COURT:  MS. WALSH.

09:09AM 12         MS. WALSH:  THANK YOU, YOUR HONOR.

09:09AM 13              **CROSS-EXAMINATION (RESUMED)**

09:09AM 14   BY MS. WALSH:

09:09AM 15   Q.   GOOD MORNING, DR. SAWYER.

09:09AM 16   A.   GOOD MORNING.

09:09AM 17   Q.   SO I WANTED TO ASK YOU SOME QUESTIONS ABOUT YOUR TESTIMONY

09:09AM 18   ON WEDNESDAY.  AND I WANT TO START WITH YOUR UNDERSTANDING OF

09:09AM 19   THERANOS'S USE OF ITS OWN LDT'S.

09:09AM 20        YOU TESTIFIED ON DIRECT THAT YOU BELIEVED WHILE YOU WERE

09:09AM 21   WORKING AT THERANOS THAT THERANOS WAS RUNNING ALL OF ITS TESTS

09:09AM 22   ON COMMERCIALLY AVAILABLE FDA APPROVED DEVICES; IS THAT RIGHT?

09:09AM 23   A.   ALL THE SOP'S I SAW AND REVIEWED WERE FOR COMMERCIAL

09:09AM 24   DEVICES WITH A COUPLE OF EXCEPTIONS, WHICH HAD TO DO WITH

09:09AM 25   BACTERIA IN STOOLS.

09:09AM   1    Q.   SO WAS IT YOUR BELIEF WHILE YOU WERE WORKING THERE, THAT

09:10AM   2    THERANOS WAS RUNNING ALL OF ITS TESTS ON FDA APPROVED DEVICES?

09:10AM   3    A.   YES, BECAUSE IF THEY WEREN'T, I SHOULD HAVE SEEN THE SOP'S

09:10AM   4    FOR SOMETHING ELSE.

09:10AM   5    Q.   OKAY.  AND YOU ALSO TESTIFIED THAT YOU HAD BEEN WORKING IN

09:10AM   6    THE LAB INDUSTRY FOR A FEW DECADES; RIGHT?

09:10AM   7    A.   YEAH.

09:10AM   8    Q.   OKAY.  AND YOU UNDERSTOOD THAT THERANOS HAD DEVELOPED ITS

09:10AM   9    OWN TECHNOLOGY AT THE TIME; RIGHT?

09:10AM   10   A.   NO.  I UNDERSTOOD THAT THEY WERE DEVELOPING SOMETHING.

09:10AM   11   Q.   OKAY.

09:10AM   12   A.   I DIDN'T KNOW ITS STATUS.

09:10AM   13   Q.   SO WERE YOU -- YOU WERE AWARE IN 2013 THERE WAS PUBLICITY

09:10AM   14   ABOUT THERANOS'S ROLLOUT IN WALGREENS OF ITS TESTING SERVICES?

09:10AM   15   A.   VERY PERIPHERALLY.

09:10AM   16   Q.   ALL RIGHT.  LET'S, IF WE COULD, PULL UP WHAT IS ALREADY IN

09:10AM   17   EVIDENCE --

09:10AM   18        IF I COULD PUBLISH, YOUR HONOR, EXHIBIT 1113?

09:10AM   19             THE COURT:  SURE.

09:10AM   20        AND, DR. SAWYER, IF YOU COULD JUST PULL THAT MICROPHONE A

09:11AM   21   LITTLE CLOSER TO YOU, THAT WOULD BE HELPFUL.

09:11AM   22             THE WITNESS:  OKAY.

09:11AM   23             THE COURT:  DOES IT MOVE?  I THINK IT --

09:11AM   24             THE WITNESS:  YEAH.  I WAS JUST TRYING NOT TO HIT IT

09:11AM   25   WITH THE PAGES.

09:11AM   1              THE COURT:  RIGHT.  THERE IS THAT.

09:11AM   2     BY MS. WALSH:

09:11AM   3     Q.   OKAY.  SO LOOKING AT EXHIBIT 1113, THIS IS THE JOINT PRESS

09:11AM   4     RELEASE FOR THERANOS'S ROLLOUT IN WALGREENS.

09:11AM   5          DO YOU SEE THAT?

09:11AM   6     A.   UH-HUH.

09:11AM   7     Q.   AND THE TITLE OF THE PRESS RELEASE IS "THERANOS SELECTS

09:11AM   8     WALGREENS AS A LONG-TERM PARTNER THROUGH WHICH TO OFFER ITS NEW

09:11AM   9     CLINICAL LABORATORY SERVICE."

09:11AM   10          DO YOU SEE THAT?

09:11AM   11    A.   YES.

09:11AM   12    Q.   AND THE DATE OF THIS PRESS RELEASE IS SEPTEMBER 9TH, 2013;

09:11AM   13    RIGHT?

09:11AM   14    A.   OKAY.

09:11AM   15    Q.   AND I JUST WANT TO READ THE FIRST PARAGRAPH, WHICH STATES

09:11AM   16    THAT:  "THERANOS AND WALGREENS TODAY ANNOUNCED A LONG-TERM

09:11AM   17    PARTNERSHIP TO BRING ACCESS TO THERANOS'S NEW LAB TESTING

09:11AM   18    SERVICE THROUGH WALGREENS PHARMACIES NATIONWIDE.  AS THE

09:11AM   19    SERVICE BECOMES AVAILABLE THROUGH WALGREENS" -- SORRY --

09:12AM   20    "THROUGH THERANOS WELLNESS CENTERS INSIDE WALGREENS STORES,

09:12AM   21    CONSUMERS WILL BE ABLE TO ACCESS LESS INVASIVE AND MORE

09:12AM   22    AFFORDABLE CLINICIAN-DIRECTED LAB TESTING, FROM A BLOOD SAMPLE

09:12AM   23    AS SMALL AS A FEW DROPS, OR 1/1,000 THE SIZE OF A TYPICAL BLOOD

09:12AM   24    DRAW.  THE SAMPLES ARE EITHER TAKEN FROM A TINY FINGERSTICK OR

09:12AM   25    A MICRO-SAMPLE TAKEN FROM TRADITIONAL METHODS."

09:12AM 1          SO MY QUESTION, DR. SAWYER, IS BEING IN THE LAB INDUSTRY

09:12AM 2     AT THE TIME, DO YOU REMEMBER SEEING THIS ANNOUNCEMENT?

09:12AM 3     A.   NO.

09:12AM 4     Q.   OKAY.  WHEN YOU STARTED AT THERANOS, OR SHORTLY BEFORE YOU

09:12AM 5     STARTED AT THERANOS, DID YOU GO TO THERANOS'S WEBSITE AT THE

09:12AM 6     TIME?

09:12AM 7     A.   NO, I DID NOT.

09:12AM 8     Q.   OKAY.  LET'S PULL UP EXHIBIT 5805, WHICH IS IN EVIDENCE.

09:12AM 9          THIS IS THERANOS'S WEBSITE.

09:12AM 10         AND I JUST WANT TO READ ON PAGE 1.  "ONE TINY DROP CHANGES

09:13AM 11    EVERYTHING."

09:13AM 12         DO YOU SEE THAT?

09:13AM 13    A.   I DO.

09:13AM 14    Q.   "NOW FOR THE FIRST TIME, OUR HIGH COMPLEXITY

09:13AM 15    CLIA-CERTIFIED LABORATORY CAN PERFORM YOUR TESTS QUICKLY AND

09:13AM 16    ACCURATE ON SAMPLES AS SMALL AS A SINGLE DROP."

09:13AM 17         DO YOU SEE THAT?

09:13AM 18    A.   I DO.

09:13AM 19    Q.   AND THEN IF WE CAN FLIP TO PAGE 3 UNDER "A FEW DROPS IS

09:13AM 20    ALL IT TAKES."

09:13AM 21         IT SAYS, "THERANOS'S PATENTED TECHNOLOGY CAN ANALYZE

09:13AM 22    SAMPLES AS SMALL AS 1/1,000 THE SIZE OF A TYPICAL BLOOD DRAW."

09:13AM 23         DO YOU SEE THAT?

09:13AM 24    A.   I DO.

09:13AM 25    Q.   AND YOU DON'T HAVE ANY RECOLLECTION OF SEEING ANY OF THESE

09:13AM  1      STATEMENTS WHEN YOU STARTED WORKING AT THERANOS IN 2014?

09:13AM  2      A.   NO, I DID NOT GO TO THEIR WEBSITE.

09:13AM  3           AS I SAID BEFORE, I WAS ANTICIPATING IT TO BE A TWO TO

09:13AM  4      THREE MONTH, VERY SHORT-TERM ASSIGNMENT.

09:13AM  5      Q.   OKAY.  AND EVEN THOUGH YOU DIDN'T GO TO THEIR WEBSITE, YOU

09:13AM  6      DIDN'T HEAR ABOUT THERANOS'S NEW TECHNOLOGY KIND OF IN THE NEWS

09:14AM  7      OR ANYTHING LIKE THAT?

09:14AM  8      A.   I HEARD, I HEARD THE NAME.  I KNEW THEY WERE DEVELOPING

09:14AM  9      NEW TECHNOLOGY.

09:14AM 10           I DIDN'T KNOW THE STATUS OF ITS ACTUAL USE.

09:14AM 11      Q.   BUT YOU KNEW THEY WERE DEVELOPING NEW TECHNOLOGY?

09:14AM 12      A.   UH-HUH.

09:14AM 13      Q.   AND YOU KNEW THEY HAD A CLIA LAB?

09:14AM 14      A.   YES, I DID.

09:14AM 15      Q.   OKAY.  BUT YOU DIDN'T SEE ANYTHING IN THE NEWS ABOUT THEM

09:14AM 16      USING THE NEW TECHNOLOGY IN THE CLIA LAB, IS THAT WHAT YOU'RE

09:14AM 17      SAYING?

09:14AM 18      A.   CORRECT.

09:14AM 19      Q.   OKAY.  YOU ALSO TESTIFIED ON DIRECT THAT YOUR ONLY CONTACT

09:14AM 20      THAT YOU HAD IN THE -- FROM THE LAB WAS A PERSON NAMED

09:14AM 21      MICHELLE LEE; IS THAT RIGHT?

09:14AM 22      A.   I BELIEVE THAT WAS HER NAME.  MY RECOLLECTION IS THAT

09:14AM 23      THAT'S HER NAME.  SOMETHING SIMILAR TO THAT AT LEAST.

09:14AM 24      Q.   OKAY.  COULD IT HAVE BEEN MOLLY LEE?

09:14AM 25      A.   YES, IT COULD HAVE BEEN.

09:14AM  1    Q.   OKAY.  AND YOU SAID SHE WAS THE PERSON WHO SENT YOU THE

09:14AM  2    SOP'S TO SIGN; IS THAT RIGHT?

09:14AM  3    A.   CORRECT.

09:14AM  4    Q.   AND YOU ALSO TESTIFIED THAT YOU HAD NO CONTACT WITH THE

09:14AM  5    TECHNICAL SUPERVISOR IN THE LAB; RIGHT?

09:14AM  6    A.   CORRECT.

09:14AM  7    Q.   AND NO CONTACT WITH THE GENERAL SUPERVISOR IN THE LAB;

09:14AM  8    RIGHT?

09:15AM  9    A.   CORRECT.

09:15AM  10   Q.   BUT YOU DID REVIEW SOP'S; CORRECT?

09:15AM  11   A.   I DID.

09:15AM  12   Q.   OKAY.  AND SO LET'S PULL SOME OF THE ONES THAT YOU DID

09:15AM  13   REVIEW THAT ARE IN EVIDENCE UP FOR YOU TO LOOK AT AGAIN.

09:15AM  14        AND WHY DON'T WE START WITH EXHIBIT 20575.  AND IF WE CAN

09:15AM  15   LOOK AT THE FIRST PAGE OF THIS.

09:15AM  16        SO YOU SEE YOUR SIGNATURE, DR. SAWYER, AT THE BOTTOM;

09:15AM  17   CORRECT?

09:15AM  18   A.   YES.

09:15AM  19   Q.   AND IF WE GO UP, THE SIGNATURES AT THE BOTTOM, MR. ALLEN.

09:15AM  20        THE ONE ABOVE YOUR SIGNATURE IS GODFRED MASINDE, PH.D.

09:15AM  21        DO YOU SEE THAT?

09:15AM  22   A.   I DO.

09:15AM  23   Q.   AND HE WAS LISTED AS THE TECHNICAL SUPERVISOR; CORRECT?

09:15AM  24   A.   ON THAT DOCUMENT, YES.

09:15AM  25   Q.   RIGHT.  THAT'S HIS TITLE IN THE DOCUMENT, RIGHT, THE

09:16AM 1    DOCUMENT YOU SIGNED?

09:16AM 2    A.   YES.

09:16AM 3    Q.   OKAY.  AND SO YOU DIDN'T REACH OUT TO DR. MASINDE TO TALK

09:16AM 4    ABOUT THE LAB?

09:16AM 5    A.   I DID NOT.

09:16AM 6    Q.   OKAY.  AND IF WE GO ONE UP.

09:16AM 7         LINA CASTRO, SHE'S LISTED AS THE CLINICAL LABORATORY

09:16AM 8    SCIENTIST.

09:16AM 9         DO YOU SEE THAT?

09:16AM 10   A.   I DO.

09:16AM 11   Q.   AND I TAKE IT YOU DID NOT REACH OUT TO HER EITHER; RIGHT?

09:16AM 12   A.   I DID NOT.

09:16AM 13   Q.   AND THEN THE NEXT ONE IS LINDSAY MARSH.

09:16AM 14        DO YOU SEE THAT?

09:16AM 15   A.   UH-HUH, I DO.

09:16AM 16   Q.   AND HER TITLE IS CLINICAL LABORATORY ASSOCIATE; CORRECT?

09:16AM 17   A.   YES.

09:16AM 18   Q.   AND YOU DID NOT REACH OUT TO THAT PERSON TO TALK ABOUT THE

09:16AM 19   LAB EITHER; RIGHT?

09:16AM 20   A.   I DID NOT.

09:16AM 21   Q.   OKAY.  LET'S NOW PULL UP 10526, WHICH IS ANOTHER SOP THAT

09:16AM 22   YOU SIGNED IN EVIDENCE.

09:16AM 23        AGAIN, I JUST POINT YOU TO GODFRED MASINDE.

09:16AM 24        DO YOU SEE THAT?

09:16AM 25   A.   UH-HUH, I DO.

09:16AM 1    Q.   AND HE'S THE TECHNICAL SUPERVISOR.

09:17AM 2         AND THEN THERE ARE SOME OTHER NAMES ON THE SOP THAT IS

09:17AM 3    SIGNED; RIGHT?

09:17AM 4    A.   YES.

09:17AM 5    Q.   AND YOU DIDN'T REACH OUT TO ANY OF THOSE PEOPLE; RIGHT?

09:17AM 6    A.   NO, I DID NOT.

09:17AM 7    Q.   OKAY.  AND IF YOU CAN TURN IN YOUR BINDER TO 20033.

09:17AM 8         DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU?

09:17AM 9    A.   YES, I DO.

09:17AM 10   Q.   AND THIS IS ANOTHER STANDARD OPERATING PROCEDURE; RIGHT?

09:17AM 11   A.   YES, IT IS.

09:17AM 12   Q.   AND THE EFFECTIVE DATE IS 12-2-2014; CORRECT?

09:17AM 13   A.   HUH --

09:17AM 14   Q.   ON THE TOP?

09:17AM 15   A.   THAT IS A DATE THAT THEY WERE SIGNED.

09:17AM 16        TECHNICALLY, ACTUALLY IT'S NOT EFFECTIVE UNTIL I SIGN IT.

09:18AM 17   Q.   OKAY.  AND YOU SIGNED IT ON 5-5-2015.

09:18AM 18        DO YOU SEE THAT?

09:18AM 19   A.   YES.

09:18AM 20   Q.   AND THAT'S YOUR SIGNATURE; RIGHT?

09:18AM 21   A.   CORRECT.

09:18AM 22   Q.   OKAY.

09:18AM 23        YOUR HONOR, WE OFFER 20033.

09:18AM 24        MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:18AM 25        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:18AM   1              (DEFENDANT'S EXHIBIT 20033 WAS RECEIVED IN EVIDENCE.)

09:18AM   2       BY MS. WALSH:

09:18AM   3       Q.   AND JUST LOOKING AT THE FIRST PAGE, THIS WAS ALSO SIGNED,

09:18AM   4       BEFORE YOU SIGNED IT, BY HODA ALAMDAR.

09:18AM   5            DO YOU SEE THAT?

09:18AM   6       A.   I DO.

09:18AM   7       Q.   AND SHE -- HER TITLE WAS GENERAL SUPERVISOR; RIGHT?

09:18AM   8       A.   YES.

09:18AM   9       Q.   AND YOU DIDN'T REACH OUT TO HER TO TALK TO HER ABOUT THE

09:18AM  10       LAB, DID YOU?

09:18AM  11       A.   NO.

09:18AM  12       Q.   AND THEN ABOVE THAT IS LANGLY GEE; RIGHT?

09:18AM  13       A.   YES.

09:18AM  14       Q.   AND HE IS THE -- OR WAS THE QA/QC MANAGER; RIGHT?

09:18AM  15       A.   YES.

09:18AM  16       Q.   AND I THINK YOU TESTIFIED ON WEDNESDAY THAT HE WAS SOMEONE

09:18AM  17       WHO YOU SIGNED A DELEGATION FOR; IS THAT CORRECT?

09:18AM  18       A.   CORRECT.

09:18AM  19       Q.   BUT YOU DIDN'T REACH OUT TO HIM TO TALK ABOUT THE LAB; IS

09:18AM  20       THAT RIGHT?

09:18AM  21       A.   NO, I DID NOT.

09:18AM  22       Q.   AND THEN JUST ONE MORE.  IF WE CAN TAKE THAT DOWN.

09:19AM  23            IF YOU CAN TURN IN YOUR BINDER TO 20651.

09:19AM  24       A.   YES.

09:19AM  25       Q.   OKAY.  JUST LOOKING AT THAT -- WELL, YOU CAN LOOK AT THE

09:19AM  1    WHOLE EXHIBIT, BUT FOCUSSING YOU ON THE FIRST PAGE.  THIS IS

09:19AM  2    ANOTHER SOP THAT YOU SIGNED; CORRECT?

09:19AM  3    A.   YES.

09:19AM  4    Q.   AND YOU SIGNED IT ON MAY 5TH, 2015; RIGHT?

09:19AM  5    A.   YES.

09:19AM  6         MS. WALSH:  YOUR HONOR, WE OFFER 20651.

09:19AM  7         MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:19AM  8         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:19AM  9         (DEFENDANT'S EXHIBIT 20651 WAS RECEIVED IN EVIDENCE.)

09:19AM  10   BY MS. WALSH:

09:19AM  11   Q.   IF WE CAN TAKE A LOOK AT THE FIRST PAGE.  THIS RELATES TO

09:19AM  12   THERANOS LIS APPLICATION USER GUIDE; RIGHT?

09:19AM  13   A.   YES.

09:19AM  14   Q.   AND LIS STANDS FOR LABORATORY INFORMATION SYSTEM?

09:19AM  15   A.   YES.

09:19AM  16   Q.   OKAY.  AND YOU SEE THAT ABOVE YOUR NAME THIS WAS SIGNED BY

09:19AM  17   MONETTE ROCKYMORE; IS THAT RIGHT?

09:19AM  18   A.   YES, IT LOOKS THAT WAY, YES.

09:19AM  19   Q.   AND SHE WAS A CLINICAL LAB SCIENTIST; CORRECT?

09:20AM  20   A.   YES.

09:20AM  21   Q.   AND DID YOU REACH OUT TO HER ABOUT ANY BUSINESS IN THE

09:20AM  22   LAB?

09:20AM  23   A.   NO, I DID NOT.

09:20AM  24   Q.   AND THEN MAX FOSQUE.

09:20AM  25        DO YOU SEE THAT?

09:20AM    1       A.   I DO.

09:20AM    2       Q.   AND HE WAS A PRODUCT MANAGER; CORRECT?  OR ACCORDING TO

09:20AM    3    THIS DOCUMENT.

09:20AM    4       A.   YES.

09:20AM    5       Q.   AND I TAKE IT YOU DID NOT REACH OUT TO HIM ABOUT

09:20AM    6    THERANOS'S BUSINESS; RIGHT?

09:20AM    7       A.   CORRECT.

09:20AM    8       Q.   OKAY.  YOU CAN TAKE THAT DOWN, MR. ALLEN.

09:20AM    9            OKAY.  SO THESE SOP'S THAT WE JUST LOOKED AT, THEY'RE NOT

09:20AM   10    THE ONLY SOP'S THAT YOU SIGNED DURING YOUR TENURE; RIGHT?

09:20AM   11       A.   CORRECT.

09:20AM   12       Q.   AND YOU REVIEWED AND SIGNED OFF ON OTHER SOP'S AND OTHER

09:20AM   13    DOCUMENTS RELATING TO THE CLIA LAB; CORRECT?

09:20AM   14       A.   YES.

09:20AM   15       Q.   AND YOU DID THAT THROUGHOUT YOUR TENURE AT THERANOS;

09:20AM   16    RIGHT?

09:20AM   17       A.   YES.

09:20AM   18       Q.   AND YOU ENDED UP SIGNING HUNDREDS OF SOP'S, POLICIES AND

09:20AM   19    DOCUMENTS; RIGHT?

09:20AM   20       A.   YES.

09:20AM   21       Q.   AND THOSE -- WE'RE NOT GOING TO GO THROUGH ALL OF THEM,

09:20AM   22    BUT THOSE DOCUMENTS WERE SIMILAR TO THE ONES THAT WE SAW IN

09:21AM   23    THAT THEY HAD SIGNATURES ABOVE YOURS BEFORE YOU SIGNED; IS THAT

09:21AM   24    RIGHT?

09:21AM   25       A.   YES.

09:21AM  1    Q.   OKAY.  AND I JUST WANT TO CONFIRM THAT YOU DIDN'T REACH

09:21AM  2    OUT TO ANY OF THOSE PEOPLE ABOUT THE THERANOS LAB; IS THAT

09:21AM  3    CORRECT?

09:21AM  4    A.   THAT IS CORRECT.

09:21AM  5         IF I HAD SERIOUS QUESTIONS ABOUT THE SOP'S, I MIGHT HAVE.

09:21AM  6    BUT THE SOP'S WERE ACTUALLY IN VERY GOOD SHAPE.

09:21AM  7    Q.   OKAY.  AND YOU TESTIFIED THAT YOU WANTED A LIST OF

09:21AM  8    PERSONNEL; RIGHT?

09:21AM  9    A.   YES.

09:21AM  10   Q.   AND WE SAW MANY DIFFERENT NAMES THAT WERE PERSONNEL IN THE

09:21AM  11   LAB; RIGHT?

09:21AM  12   A.   YES.

09:21AM  13   Q.   AND WE SAW THEIR TITLES; CORRECT?

09:21AM  14   A.   YES.

09:21AM  15   Q.   OKAY.  YOU JUST DIDN'T HAVE THEM IN ONE PLACE ON A LIST;

09:21AM  16   RIGHT?

09:21AM  17   A.   CORRECT.

09:21AM  18   Q.   OKAY.  AND DID YOU -- YOU DIDN'T REACH OUT TO ANY OF THOSE

09:21AM  19   PEOPLE TO GET THE LIST ALL IN ONE PLACE, DID YOU?

09:21AM  20   A.   MOST OF THEM WOULDN'T HAVE HAD IT.

09:21AM  21   Q.   WELL, DID YOU REACH OUT TO ANY OF THEM TO ASK?

09:21AM  22   A.   NO, I DID NOT.

09:21AM  23   Q.   OKAY.  YOU ALSO TESTIFIED THAT YOU HAD NO CONTACT WITH

09:22AM  24   YOUR CO-LAB DIRECTOR; RIGHT?

09:22AM  25   A.   YES.

09:22AM  1    Q.   AND THERE WAS NO DISCUSSION, AS YOU TESTIFIED ON

09:22AM  2    WEDNESDAY, ABOUT HOW TO DIVIDE UP YOUR RESPONSIBILITIES; RIGHT?

09:22AM  3    A.   CORRECT.

09:22AM  4    Q.   AND YOU ALSO TESTIFIED ABOUT, I THINK, YOU HADN'T HEARD OF

09:22AM  5    SUNIL DHAWAN WHILE YOU WERE WORKING AT THERANOS; RIGHT?

09:22AM  6    A.   CORRECT.

09:22AM  7    Q.   IF YOU COULD WAIT UNTIL I FINISH THE QUESTION, IT WOULD BE

09:22AM  8    EASIER FOR THE COURT REPORTER.

09:22AM  9         BUT YOU DID KNOW THAT THERE WAS A CO-LAB DIRECTOR WHEN YOU

09:22AM 10    STARTED WORKING AT THERANOS; RIGHT?

09:22AM 11    A.   I DID.

09:22AM 12    Q.   OKAY.  AND YOU DIDN'T ASK ANYONE WHO THE CO-LAB DIRECTOR

09:22AM 13    WAS; IS THAT CORRECT?

09:22AM 14    A.   YES.

09:22AM 15    Q.   AND I TAKE IT YOU DIDN'T TAKE ANY STEPS TO REACH OUT TO

09:22AM 16    WHOEVER THAT CO-LAB DIRECTOR WAS AT THE TIME; RIGHT?

09:22AM 17    A.   CORRECT.

09:22AM 18    Q.   YOU ALSO TESTIFIED ON WEDNESDAY THAT YOU NEVER -- YOU WERE

09:23AM 19    NEVER ASKED TO VISIT THE LAB; CORRECT?

09:23AM 20    A.   CORRECT.

09:23AM 21    Q.   AND, IN FACT, YOU NEVER SET FOOT IN THE LAB; RIGHT?

09:23AM 22    A.   YES.

09:23AM 23    Q.   OKAY.  BUT YOU DIDN'T ASK ANYONE FOR A TOUR OF THE

09:23AM 24    THERANOS LAB, DID YOU?

09:23AM 25    A.   NO, I DID NOT.

SAWYER CROSS BY MS. WALSH (RES.)

09:23AM 1    Q.   OKAY.  AND YOU ALSO, AS BEING THE CO-LAB DIRECTOR, YOU HAD

09:23AM 2    THE TELEPHONE NUMBER AND ADDRESS OF THE LAB; RIGHT?

09:23AM 3    A.   I DID HAVE THE ADDRESS, YES.

09:23AM 4    Q.   OKAY.  BUT YOU ALSO HAD THE TELEPHONE NUMBER, DIDN'T YOU?

09:23AM 5    A.   I PROBABLY DID.  I DON'T RECALL FOR SURE.

09:23AM 6    Q.   OKAY.  IF YOU CAN -- I JUST WANT TO SHOW YOU SOMETHING TO

09:23AM 7    REFRESH YOUR RECOLLECTION ON THAT.

09:23AM 8         IF YOU CAN TURN TO 10562 IN YOUR BINDER.

09:23AM 9    A.   YES.

09:23AM 10   Q.   IF YOU LOOK AT THE PAGE ENDING -- IT'S THE THIRD PAGE BUT

09:24AM 11   THE PAGE ENDING IN 0437.

09:24AM 12        DO YOU SEE THAT?

09:24AM 13   A.   YES.

09:24AM 14   Q.   AND THAT'S A FORM THAT YOU SIGNED; RIGHT?

09:24AM 15   A.   YES.

09:24AM 16   Q.   OKAY.  AND LOOKING AT THE TOP BOX OF INFORMATION, DOES

09:24AM 17   THAT REFRESH YOUR RECOLLECTION AS TO WHETHER YOU HAD THE LAB'S

09:24AM 18   TELEPHONE NUMBER?

09:24AM 19   A.   YES, I DEFINITELY HAVE SEEN IT.

09:24AM 20   Q.   SO YOU HAD THE PHONE NUMBER?

09:24AM 21   A.   I DID.

09:24AM 22   Q.   OKAY.  AND I JUST WANT TO CONFIRM, YOU, YOU NEVER CALLED

09:24AM 23   THE LAB TO SCHEDULE AN APPOINTMENT TO GO SEE THE LAB; RIGHT?

09:24AM 24   A.   CORRECT.

09:24AM 25   Q.   AND YOU NEVER -- YOU KNEW THE ADDRESS OF THE LAB; CORRECT?

SAWYER CROSS BY MS. WALSH (RES.)

09:24AM  1    A.   I DID.

09:24AM  2    Q.   AND YOU NEVER JUST TOOK A DRIVE OVER TO VISIT THE LAB ON

09:24AM  3    YOUR OWN; IS THAT RIGHT?

09:24AM  4    A.   THAT IS TRUE.

09:24AM  5    Q.   OKAY.  AND SO YOU TESTIFIED ON WEDNESDAY THAT YOUR LEVEL

09:25AM  6    OF COMMUNICATION WITH THE LAB WAS A MATTER OF FRUSTRATION TO

09:25AM  7    YOU AND LED TO YOU DECIDING NOT TO RENEW YOUR CONTRACT; IS THAT

09:25AM  8    FAIR?

09:25AM  9    A.   THAT'S PART OF IT.

09:25AM  10        AND PART OF IT WAS JUST BECAUSE IT WAS SUPPOSED TO BE A

09:25AM  11   VERY SHORT-TERM CONTRACT.

09:25AM  12   Q.   OKAY.  BUT THAT LEVEL OF COMMUNICATION WAS, AT LEAST YOU

09:25AM  13   TESTIFIED TO ON WEDNESDAY, WAS A MATTER OF FRUSTRATION TO YOU?

09:25AM  14   A.   IT WAS.

09:25AM  15   Q.   OKAY.  BUT IT'S FAIR TO SAY, ISN'T IT, THAT YOU NEVER

09:25AM  16   REACHED OUT TO ANY OF THE SCIENTISTS IN THE LAB TO TALK TO

09:25AM  17   THEM; RIGHT?

09:25AM  18   A.   I DID NOT PUSH, I DID NOT PUSH IT FROM MY SIDE, NO.  THAT

09:25AM  19   IS CORRECT.

09:25AM  20   Q.   AND YOU NEVER ASKED ANYONE, AS YOU JUST TESTIFIED, TO GET

09:25AM  21   A TOUR; RIGHT?

09:25AM  22   A.   CORRECT.

09:25AM  23   Q.   AND YOU NEVER JUST DROVE UP AS THE LAB DIRECTOR TO SAY,

09:25AM  24   HEY, I'M HERE, I WANT TO SEE THE LAB; RIGHT?

09:25AM  25   A.   THAT IS TRUE.

09:25AM   1         I ALSO KNOW FROM EXPERIENCE THAT IN TODAY'S LABORATORY,

09:25AM   2    THAT DOESN'T WORK VERY WELL IN GENERAL BECAUSE OF WORK

09:25AM   3    SCHEDULES AND THE LIKE.

09:26AM   4    Q.   OKAY.  PUTTING LOGISTICS ASIDE, THOUGH, YOU NEVER TOOK ANY

09:26AM   5    STEPS TO VISIT THE LAB?

09:26AM   6    A.   TRUE.

09:26AM   7    Q.   IS THAT FAIR?

09:26AM   8    A.   YEP.

09:26AM   9         MS. WALSH:  OKAY.  NO FURTHER QUESTIONS, YOUR HONOR.

09:26AM  10         THE COURT:  REDIRECT?

09:26AM  11         MR. LEACH:  BRIEFLY, YOUR HONOR.  THANK YOU.

09:26AM  12                    **REDIRECT EXAMINATION**

09:26AM  13    BY MR. LEACH:

09:26AM  14    Q.   GOOD MORNING, DR. SAWYER.

09:26AM  15    A.   GOOD MORNING.

09:26AM  16    Q.   ON WEDNESDAY YOU WERE ASKED SOME QUESTIONS ABOUT AN

09:26AM  17    INDIVIDUAL NAMED JERRY HURST; CORRECT?

09:26AM  18    A.   YES.

09:26AM  19    Q.   AND MR. HURST NEVER TOLD YOU ANYTHING ABOUT THERANOS

09:26AM  20    RUNNING LDT'S; IS THAT RIGHT?

09:26AM  21    A.   THAT IS TRUE.

09:26AM  22    Q.   HE NEVER TOLD YOU ANYTHING ABOUT THERANOS USING A DEVICE

09:26AM  23    CALLED EDISON?

09:26AM  24    A.   NOT BY THAT NAME, NO.

09:26AM  25    Q.   HE NEVER TOLD YOU THAT THERANOS WAS USING, IN ITS CLINICAL

09:27AM 1    LAB, A DEVICE THAT THERANOS HAD MANUFACTURED?

09:27AM 2    A.   CORRECT.

09:27AM 3    Q.   OKAY.  YOU HAD NO DISCUSSIONS WITH HIM ABOUT LDT'S OR

09:27AM 4    THERANOS MANUFACTURED ANALYZERS WITH MR. HURST?

09:27AM 5              MS. WALSH:  OBJECTION.  HEARSAY.

09:27AM 6              THE COURT:  YOU'RE JUST ASKING IF SHE HAD A

09:27AM 7    CONVERSATION, NOT THE CONTENT?

09:27AM 8              MR. LEACH:  CORRECT.

09:27AM 9              THE COURT:  OVERRULED.

09:27AM 10             THE WITNESS:  CORRECT.

09:27AM 11   BY MR. LEACH:

09:27AM 12   Q.   OKAY.  YOU ALSO WERE ASKED -- YOU SAID AS THE LAB DIRECTOR

09:27AM 13   YOU WERE AWARE THAT THERE WERE A SMALL NUMBER OF LDT'S RELATING

09:27AM 14   TO BACTERIA IN STOOLS.

09:27AM 15        DO I HAVE THAT RIGHT?

09:27AM 16   A.   YES.

09:27AM 17   Q.   THAT'S NOT BLOOD TESTING?

09:27AM 18   A.   CORRECT.

09:27AM 19   Q.   YOU ALSO WERE ASKED SOME QUESTIONS OR SOME QUESTIONS ABOUT

09:27AM 20   QUALITY CONTROL.

09:27AM 21        DO YOU RECALL QUESTIONS FROM MS. WALSH ABOUT THAT?

09:27AM 22   A.   YES.

09:27AM 23   Q.   SHE ASKED YOU ABOUT THE IMPORTANCE OF QUALITY CONTROL?

09:27AM 24   A.   YES.

09:27AM 25   Q.   AND WHY IS QUALITY CONTROL IMPORTANT?

09:27AM  1     A.   BECAUSE THAT'S THE WAY IN WHICH YOU DEMONSTRATE THAT YOUR

09:28AM  2     ASSAYS ARE WORKING.

09:28AM  3     Q.   OKAY.  SO IF YOU ARE REPEATEDLY FAILING QUALITY CONTROL,

09:28AM  4     THAT CAN HAVE IMPLICATIONS FOR ACCURACY AND RELIABILITY?

09:28AM  5     A.   ABSOLUTELY.

09:28AM  6     Q.   YOU WERE ASKED QUESTIONS ABOUT SOP'S THAT YOU SIGNED?

09:28AM  7     A.   YES.

09:28AM  8     Q.   AND ALL OF THOSE SOP'S RELATED TO ORDINARY FDA APPROVED

09:28AM  9     MACHINES?

09:28AM  10    A.   YES.

09:28AM  11    Q.   THE HUNDREDS OF SOP'S THAT YOU SIGNED WERE RELATED TO FDA

09:28AM  12    APPROVED DEVICES?

09:28AM  13    A.   YES.

09:28AM  14    Q.   NOT THERANOS DEVICES?

09:28AM  15    A.   CORRECT.

09:28AM  16    Q.   YOU ALSO WERE SHOWN EXHIBIT 1107, THAT WALGREENS PRESS

09:28AM  17    RELEASE?

09:28AM  18    A.   YES.

09:28AM  19    Q.   THAT'S NOT SOMETHING THAT YOU EVER SAW AT THE TIME;

09:28AM  20    CORRECT?

09:28AM  21    A.   CORRECT.

09:28AM  22         MR. LEACH:  MAY I HAVE ONE MOMENT, YOUR HONOR?

09:28AM  23         THE COURT:  YES.

09:28AM  24    (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

09:29AM  25         MR. LEACH:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

09:29AM  1          THANK YOU.

09:29AM  2          THANK YOU, DR. SAWYER.

09:29AM  3              MS. WALSH:  I HAVE A FEW FOLLOW-UP.

09:29AM  4              THE COURT:  SURE.

09:29AM  5                      **RECROSS-EXAMINATION**

09:29AM  6   BY MS. WALSH:

09:30AM  7   Q.   MR. HURST AND YOU WERE UNAWARE THAT THERANOS WAS RUNNING

09:30AM  8   ITS OWN LDT'S TO TEST BLOOD.

09:30AM  9          IS THAT WHAT YOU REMEMBER?

09:30AM 10   A.   I CAN ABSOLUTELY NOT SPEAK FOR WHAT JERRY HURST WAS OR WAS

09:30AM 11   NOT AWARE OF.

09:30AM 12   Q.   BUT YOU WERE NOT AWARE OF IT?

09:30AM 13   A.   I WAS NOT AWARE OF THE FACT THAT THEY WERE ACTUALLY DOING

09:30AM 14   IT.

09:30AM 15          I WAS AWARE OF THE FACT THAT THEY WERE DEVELOPING

09:30AM 16   SOMETHING.

09:30AM 17   Q.   OKAY.  AND MR. LEACH JUST ASKED YOU ABOUT THE IMPORTANCE

09:30AM 18   OF QUALITY CONTROL?

09:30AM 19   A.   YES.

09:30AM 20   Q.   DO YOU REMEMBER THAT?

09:30AM 21          AND THE PERSON, AS FAR AS YOU WERE AWARE, THE PERSON IN

09:30AM 22   CHARGE OF QUALITY CONTROL IN THE THERANOS LAB WAS LANGLY GEE;

09:30AM 23   IS THAT RIGHT?

09:30AM 24   A.   YES.

09:30AM 25   Q.   AND HE'S THE PERSON THAT YOU DELEGATED THAT RESPONSIBILITY

09:30AM   1          TO; IS THAT RIGHT?

09:30AM   2          A.   YES.

09:30AM   3                   MS. WALSH:  I HAVE NOTHING FURTHER, YOUR HONOR.

09:30AM   4                   THE COURT:  MR. LEACH?

09:30AM   5                   MR. LEACH:  NOTHING FURTHER.

09:30AM   6                   THE COURT:  MAY THIS WITNESS BE EXCUSED?

09:30AM   7                   MR. LEACH:  SHE MAY, YES.

09:30AM   8                   MS. WALSH:  YES.

09:30AM   9                   THE COURT:  YOU'RE EXCUSED.

09:30AM  10                   THE WITNESS:  THANK YOU.

09:30AM  11                   THE COURT:  YOU'RE WELCOME.

09:31AM  12          DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

09:31AM  13                   MR. BOSTIC:  YES, YOUR HONOR.

09:31AM  14          THE UNITED STATES CALLS CHRIS LUCAS.

09:31AM  15          (PAUSE IN PROCEEDINGS.)

09:31AM  16                   THE COURT:  GOOD MORNING, SIR.

09:31AM  17                   THE WITNESS:  YES.

09:31AM  18                   THE COURT:  IF YOU WOULD COME OVER TO THE SIDE AND

09:32AM  19          FACE OUR COURTROOM DEPUTY, AND RAISE YOUR RIGHT HAND, SHE HAS A

09:32AM  20          QUESTION FOR YOU.

09:32AM  21                   THE WITNESS:  I'LL TAKE THE QUESTION.

09:32AM  22          **(GOVERNMENT'S WITNESS, CHRISTOPHER LUCAS, WAS SWORN.)**

09:32AM  23                   THE WITNESS:  I DO.

09:32AM  24                   THE COURT:  PLEASE HAVE A SEAT UP HERE, SIR, AND

09:32AM  25          MAKE YOURSELF COMFORTABLE.

09:32AM  1                    THE WITNESS:  THANK YOU.

09:32AM  2                    THE COURT:  YOU'RE WELCOME.

09:32AM  3                    THE WITNESS:  GOOD MORNING, JUDGE.

09:32AM  4                    THE COURT:  FEEL FREE TO ADJUST THAT CHAIR AND

09:32AM  5      MICROPHONE AS YOU NEED.  THERE'S SOME WATER THERE SHOULD YOU

09:32AM  6      WISH TO PARTAKE.

09:32AM  7                    THE WITNESS:  OKAY.

09:32AM  8                    THE COURT:  AND WHEN YOU ARE COMFORTABLE, WOULD YOU

09:32AM  9      PLEASE STATE YOUR NAME AND THEN SPELL IT, PLEASE.

09:32AM  10                   THE WITNESS:  SURE.  MY NAME IS CHRISTOPHER LUCAS.

09:32AM  11     C-H-R-I-S-T-O-P-H-E-R, LUCAS, L-U-C-A-S.

09:32AM  12                   THE COURT:  THANK YOU.  COUNSEL.

09:32AM  13                   MR. BOSTIC:  THANK YOU.

09:32AM  14                          **DIRECT EXAMINATION**

09:32AM  15     BY MR. BOSTIC:

09:32AM  16     Q.   GOOD MORNING, MR. LUCAS.

09:32AM  17     A.   GOOD MORNING.

09:32AM  18     Q.   MR. LUCAS, IF YOU'RE FULLY VACCINATED, I UNDERSTAND THE

09:32AM  19     COURT WILL ALLOW YOU TO TESTIFY WITHOUT A MASK IF YOU'RE

09:32AM  20     COMFORTABLE DOING SO.

09:32AM  21     A.   I AM COMFORTABLE.  THANK YOU.

09:33AM  22     Q.   MR. LUCAS, WERE YOU AN INVESTOR IN A COMPANY CALLED

09:33AM  23     THERANOS?

09:33AM  24     A.   YES, WE WERE.

09:33AM  25     Q.   I WANT TO ASK YOU SOME QUESTIONS ABOUT THAT THIS MORNING,

LUCAS DIRECT BY MR. BOSTIC

09:33AM   1   BUT FIRST LET ME ASK YOU A FEW QUESTIONS ABOUT YOUR BACKGROUND.

09:33AM   2   A.   SURE.

09:33AM   3   Q.   CAN WE START WITH YOUR EDUCATION.  CAN YOU SUMMARIZE YOUR

09:33AM   4   EDUCATION FOR US?

09:33AM   5   A.   I HAVE A BACHELOR'S IN ENGINEERING FROM UCLA AND AN MBA

09:33AM   6   FROM U.S.C.

09:33AM   7   Q.   AND CAN YOU GIVE US A SUMMARY OF YOUR EMPLOYMENT HISTORY

09:33AM   8   AFTER YOU OBTAINED THOSE DEGREES?

09:33AM   9   A.   YES.  GENERALLY I WORKED AT TECHNOLOGY STARTUPS AS A CFO

09:33AM  10   AND IN SOME CASES SALES POSITIONS.

09:33AM  11        AND THEN LATER AFTERWARDS -- AND I'VE BEEN AROUND VENTURE

09:33AM  12   CAPITAL, DUE TO SOME MEMBERS OF MY FAMILY, FOR MOST OF MY LIFE.

09:33AM  13   AND SO STARTING IN THE LATE '90S, I STARTED A VENTURE FIRM.

09:34AM  14   Q.   IS THAT YOUR CURRENT OCCUPATION, WORKING IN VENTURE

09:34AM  15   CAPITAL?

09:34AM  16   A.   CORRECT.

09:34AM  17   Q.   LET ME ASK YOU FIRST, THE TECHNOLOGY STARTUPS YOU WORKED

09:34AM  18   WITH BEFORE, WERE ANY IN THE BIOTECH FIELD?

09:34AM  19   A.   NO.

09:34AM  20   Q.   LET'S TALK ABOUT YOUR CURRENT PROFESSION THEN.

09:34AM  21        WHERE ARE YOU CURRENTLY EMPLOYED?

09:34AM  22   A.   OUR FIRM IS BLACK DIAMOND VENTURES.

09:34AM  23   Q.   AND WHAT DOES BLACK DIAMOND VENTURES DO?

09:34AM  24   A.   AS I SAID, I'M IN THE VENTURE BUSINESS, AND WE INVEST IN

09:34AM  25   TECHNOLOGY COMPANIES.

09:34AM   1   Q.   AND WHAT IS YOUR POSITION AT BLACK DIAMOND VENTURES?

09:34AM   2   A.   I'M MANAGING DIRECTOR.

09:34AM   3   Q.   AND IN PLAIN LANGUAGE, WHAT DOES THAT TITLE MEAN?

09:34AM   4   A.   I STARTED THE FIRM BACK IN THE LATE '90S, AND I'M A SENIOR

09:34AM   5   PERSON IN THE FIRM.

09:34AM   6   Q.   AND IN THAT ROLE, HAVE YOU WORKED ON A NUMBER OF

09:34AM   7   INVESTMENTS IN COMPANIES AS PART OF BLACK DIAMOND VENTURES?

09:34AM   8   A.   YES.

09:34AM   9   Q.   I'D LIKE TO TALK TO YOU A BIT ABOUT HOW YOU APPROACH

09:35AM  10   EVALUATING A POTENTIAL INVESTMENT.

09:35AM  11        FIRST OF ALL, ARE THERE STANDARD STEPS THAT BLACK DIAMOND

09:35AM  12   TAKES IN THE PROCESS OF LOOKING AT A COMPANY THAT IT MIGHT

09:35AM  13   INVEST IN?

09:35AM  14   A.   WELL, I THINK ALL VENTURE FIRMS TYPICALLY FOLLOW THE SAME.

09:35AM  15   WE, IN PARTICULAR, GENERALLY INVEST IN COMPANIES THAT HAVE BEEN

09:35AM  16   REFERRED TO US BY OTHERS THAT WE KNOW.

09:35AM  17        AND ONCE WE'VE BEEN INTRODUCED TO THE COMPANY, THEN WE DO

09:35AM  18   OUR DUE DILIGENCE, WHICH INCLUDES MARKET ANALYSIS, THE

09:35AM  19   COMPANY'S TECHNOLOGY, THE PERSONNEL, AND WHAT THEY'RE TRYING TO

09:35AM  20   ACCOMPLISH.

09:35AM  21        SO IT'S QUITE STANDARD FOR FIRMS LIKE US.

09:35AM  22   Q.   AND IN DOING THAT RESEARCH, GATHERING THAT INFORMATION,

09:35AM  23   WHAT ARE YOUR SOURCES OF INFORMATION ABOUT THE COMPANY?

09:36AM  24   A.   SO WE WOULD HAVE ANALYSTS OR OURSELVES LOOK AT ANY

09:36AM  25   AVAILABLE MATERIAL, TALK TO ANY OF OUR FRIENDS OR PROFESSIONALS

09:36AM   1    THAT WOULD HAVE SOME EXPERTISE IN THAT PARTICULAR AREA.

09:36AM   2    Q.   DOES THAT PROCESS TYPICALLY INVOLVE GETTING INFORMATION

09:36AM   3    FROM THE COMPANY ITSELF?

09:36AM   4    A.   AND, OF COURSE, FROM THE COMPANY.  THEY WOULD TYPICALLY

09:36AM   5    PUT TOGETHER WHAT IS CALLED THE DATA ROOM WHERE THEY'D HAVE ALL

09:36AM   6    OF THE FINANCIAL INFORMATION, ANY OF THE PATENT INFORMATION AND

09:36AM   7    SO FORTH, THERE THAT WE COULD THEN REVIEW.

09:36AM   8    Q.   AND WHEN YOU'RE LOOKING AT A COMPANY AND CONSIDERING

09:36AM   9    WHETHER TO INVEST, DO YOU CATEGORIZE THOSE INVESTMENTS BASED ON

09:36AM   10   HOW MATURE THE COMPANY IS, HOW LONG IT'S BEEN AROUND AND THINGS

09:36AM   11   LIKE THAT?

09:36AM   12   A.   YES.  TYPICALLY THOSE WHO HAVE JUST STARTED OBVIOUSLY ARE

09:36AM   13   THE MOST RISKY AND POTENTIALLY, BECAUSE OF THE VALUATION, HAVE

09:37AM   14   A LOWER VALUATION, AND YOU WOULD HOPE TO THEN MAKE A HIGHER

09:37AM   15   MULTIPLE ON WHAT YOU'VE INVESTED AT THAT TIME.

09:37AM   16        AND WE TYPICALLY INVEST FROM THAT STAGE ALL OF THE WAY UP

09:37AM   17   TO MORE MATURE COMPANIES WHERE MAYBE YOU'RE MORE -- WHERE IT'S

09:37AM   18   MORE CLEAR THAT YOU WILL MAKE A RETURN, BUT IT WOULD BE A LESS

09:37AM   19   RETURN BECAUSE THE RISK PROFILE WOULD HAVE GONE DOWN BY THEN.

09:37AM   20   Q.   ON THE TOPIC OF RISK, AS SOMEONE EXPERIENCED IN MAKING

09:37AM   21   THESE KINDS OF INVESTMENTS, IS THERE RISK INHERENT IN EVERY

09:37AM   22   INVESTMENT OF THIS TYPE?

09:37AM   23   A.   YES.

09:37AM   24   Q.   OVER THE COURSE OF YOUR CAREER, HAS EVERY ONE OF YOUR

09:37AM   25   INVESTMENTS TURNED OUT TO RETURN A PROFIT?

09:37AM  1     A.   I'D LIKE TO SAY THAT, BUT I CAN'T.  IT IS RISK.

09:38AM  2          THE TYPICAL VC PROFILE IS MAYBE A FEW INVESTING IN TEN

09:38AM  3     COMPANIES, MAYBE ONE OR TWO IS A BIG HOME RUN, AND SOME ARE

09:38AM  4     OKAY, AND THREE OR FOUR YOU TAKE A ZERO.

09:38AM  5     Q.   SO LET ME ASK YOU SOME QUESTIONS ABOUT THERANOS THEN.

09:38AM  6          HOW DID YOU FIRST BECOME AWARE OF THE COMPANY, THERANOS?

09:38AM  7     A.   I WAS INTRODUCED BY MY UNCLE, DON LUCAS, WHO HAD BEEN

09:38AM  8     INTRODUCED TO ELIZABETH HOLMES BACK IN I THINK AROUND 2004,

09:38AM  9     2005.  SOMETHING LIKE THAT.

09:38AM  10         AND HE WAS VERY IMPRESSED WITH HER AND WHAT SHE WAS TRYING

09:38AM  11    TO DO.  AND THEN I MET HER BECAUSE OF HIM.

09:38AM  12    Q.   AND DID YOUR UNCLE, DON LUCAS, END UP HAVING A ROLE OR A

09:38AM  13    JOB IN CONNECTION WITH THERANOS?

09:38AM  14    A.   HE DID INVEST IN THE COMPANY, PERSONALLY JOINED THE BOARD,

09:39AM  15    AND FOR A WHILE HE WAS CHAIRMAN.

09:39AM  16    Q.   DID THERE COME A TIME WHEN HE STEPPED BACK FROM HIS

09:39AM  17    INVOLVEMENT WITH THERANOS AND WAS NO LONGER ON THE BOARD?

09:39AM  18    A.   HE DID, AND THAT WAS THE FIRST PART OF 2013.

09:39AM  19    Q.   WHEN YOU FIRST BECAME AWARE OF THERANOS, DID THERE COME A

09:39AM  20    TIME WHEN YOU CONSIDERED INVESTING IN THERANOS YOURSELF?

09:39AM  21    A.   YES.

09:39AM  22    Q.   AND DID YOU END UP INVESTING IN THE COMPANY?

09:39AM  23    A.   WE DID.

09:39AM  24    Q.   AND WHAT WAS THE APPROXIMATE TIME OF YOUR FIRST INVESTMENT

09:39AM  25    IN THERANOS?

09:39AM   1    A.   2006.

09:39AM   2    Q.   AND DO YOU REMEMBER THE APPROXIMATE AMOUNT OF THAT FIRST

09:39AM   3    INVESTMENT?

09:39AM   4    A.   THE FIRST INVESTMENT WAS ABOUT 400,000.

09:39AM   5    Q.   AND WHAT WAS THE SOURCE OF THAT MONEY?  IS THESE -- ARE

09:39AM   6    THESE PERSONAL FUNDS THAT WE'RE TALKING ABOUT THAT BDT IS

09:39AM   7    INVESTING?

09:39AM   8    A.   WE HAVE INDIVIDUAL INVESTORS AND THAT NET COMPRISE THE

09:40AM   9    MAJORITY OF THE FUNDS.  AND THEN IN EVERY DEAL WE DO, I INVEST

09:40AM   10   ALSO PERSONALLY.

09:40AM   11   Q.   AROUND THE TIME OF THAT FIRST INVESTMENT IN 2006, DID YOU

09:40AM   12   HAVE ANY CONVERSATIONS WITH MS. HOLMES ABOUT THE COMPANY?

09:40AM   13   A.   YES.

09:40AM   14   Q.   GENERALLY, WHAT WAS THE PURPOSE OF THOSE CONVERSATIONS

09:40AM   15   WITH MS. HOLMES AROUND THE TIME OF YOUR FIRST INVESTMENT?

09:40AM   16   A.   GENERALLY, TO UNDERSTAND WHAT SHE WAS TRYING TO ACCOMPLISH

09:40AM   17   AND CLEARLY GET TO KNOW ELIZABETH AS WELL.

09:40AM   18   Q.   LEADING UP TO THAT 2006 INVESTMENT, DID YOU HAVE A CHANCE

09:40AM   19   TO REVIEW ANY WRITTEN MATERIALS ABOUT THERANOS?

09:40AM   20   A.   YES.  I THINK THERE WAS A RUDIMENTARY BUSINESS PLAN AT THE

09:40AM   21   TIME AND WHICH DESCRIBED THE TECHNOLOGY AND WHAT THEY WERE

09:40AM   22   TRYING TO ACCOMPLISH.

09:40AM   23   Q.   AND SO AT THAT TIME, FROM THE BUSINESS PLAN THAT YOU WERE

09:40AM   24   GIVEN AND FROM YOUR CONVERSATIONS WITH MS. HOLMES, WHAT DID YOU

09:41AM   25   UNDERSTAND THE COMPANY'S TECHNOLOGY TO BE?

09:41AM 1    A.   IT WAS WITH A -- SHE HAD ALWAYS TALKED ABOUT HER FEAR OF

09:41AM 2    NEEDLES AND HAVING HER BLOOD DRAWN, AND THAT THAT'S A PROBLEM

09:41AM 3    FOR MANY PEOPLE, WHICH IT IS, AND THAT WITH A SMALL AMOUNT OF

09:41AM 4    BLOOD, WITH A PINPRICK OF BLOOD, HER GOAL AND MISSION WAS TO

09:41AM 5    THEN BE ABLE TO RUN GENERALLY ANY BLOOD TEST ON HER TECHNOLOGY.

09:41AM 6    Q.   AND YOU JUST USED THE WORDS "GOAL" AND "MISSION," AND THAT

09:41AM 7    LEADS TO MY NEXT QUESTION, WHICH IS WHAT DID YOU UNDERSTAND TO

09:41AM 8    BE THE STATE OF THE TECHNOLOGY BACK THEN IN 2006?  HOW FAR

09:41AM 9    ALONG WAS IT?

09:41AM 10   A.   MAYBE -- CERTAINLY WELL AT THE EARLY STAGE.  AND AT THAT

09:41AM 11   TIME, FRANKLY, WE DIDN'T KNOW IF IT WOULD EVER FULLY WORK OR

09:42AM 12   NOT BECAUSE IT WAS SO EARLY.

09:42AM 13       BUT IT SOUNDED SO PROMISING AND WHERE WE COULD GO WITH THE

09:42AM 14   TECHNOLOGY, THAT WE MADE THE DECISION TO INVEST.

09:42AM 15   Q.   CAN YOU TELL US ABOUT WHAT THOSE FACTS DO TO YOUR

09:42AM 16   ASSESSMENT OF THE RISK OF THE INVESTMENT?  WE'RE TALKING ABOUT

09:42AM 17   THE FACT THAT THE TECHNOLOGY IS IN THE EARLY STAGE, YOU'RE NOT

09:42AM 18   SURE WHETHER IT'S GOING TO WORK.

09:42AM 19       HOW DOES THAT CAUSE YOU TO WEIGH THE RISK OF THIS

09:42AM 20   INVESTMENT?

09:42AM 21   A.   A VERY HIGH RISK.

09:42AM 22   Q.   WAS THE 2006 INVESTMENT THE ONLY TIME THAT

09:42AM 23   BLACK DIAMOND VENTURES INVESTED IN THERANOS?

09:42AM 24   A.   WE INVESTED TWO TIMES ACTUALLY IN 2006, ONE EARLY IN THE

09:42AM 25   YEAR AND THEN ONE LATER IN THE YEAR.

09:42AM 1          AND THEN WE INVESTED AGAIN IN 2013, THE END OF 2013.

09:42AM 2     Q.   AND DO YOU RECALL THE APPROXIMATE AMOUNT OF THAT 2013

09:42AM 3     INVESTMENT?

09:42AM 4     A.   ABOUT 5.4 MILLION.

09:43AM 5     Q.   SO I'D LIKE TO ASK YOU ABOUT INFORMATION THAT YOU HAD

09:43AM 6     LEARNED FROM THERANOS BETWEEN THOSE TWO INVESTMENTS, BETWEEN

09:43AM 7     2006 AND 2013.

09:43AM 8          FIRST OF ALL, AFTER YOUR 2006 INVESTMENT IN THERANOS, DID

09:43AM 9     YOU RECEIVE MORE INFORMATION ABOUT THE COMPANY OVER THE YEARS?

09:43AM 10    A.   YES.

09:43AM 11    Q.   AND HOW DID YOU GET THAT INFORMATION?

09:43AM 12    A.   GENERALLY FROM -- DIRECTLY FROM ELIZABETH.

09:43AM 13    Q.   WERE THERE OTHER SOURCES THAT YOU HAD FOR INFORMATION

09:43AM 14    BETWEEN 2006 AND 2013?

09:43AM 15    A.   IF I TALKED TO ANY OF THE FOLKS AT THE COMPANY, IT WOULD

09:43AM 16    HAVE BEEN FROM THEM.

09:43AM 17         BUT IN TERMS OF ANY WRITTEN MATERIAL -- ACTUALLY, I

09:43AM 18    SHOULD -- YES, THERE WAS A FINANCIAL PERSON AT THE COMPANY BACK

09:43AM 19    THEN THAT I WORKED WITH AS WELL, BUT PRIMARILY MOST OF THE

09:44AM 20    INFORMATION CAME DIRECTLY FROM ELIZABETH.

09:44AM 21    Q.   AND HOW FREQUENTLY WERE YOU IN TOUCH WITH MS. HOLMES

09:44AM 22    DURING THAT TIME PERIOD, IF YOU CAN ESTIMATE?

09:44AM 23    A.   IN PERSON, MAYBE A HALF A DOZEN TO A DOZEN TIMES A YEAR,

09:44AM 24    AND ON THE PHONE, MAYBE MORE FREQUENTLY.  BUT SOMETHING LIKE

09:44AM 25    THAT.

LUCAS DIRECT BY MR. BOSTIC

09:44AM 1     Q.   AND DURING THOSE CONVERSATIONS, DID MS. HOLMES GIVE YOU

09:44AM 2     INFORMATION ABOUT THE COMPANY'S TECHNOLOGY?

09:44AM 3     A.   YES.

09:44AM 4     Q.   AND DURING THOSE CONVERSATIONS, DID MS. HOLMES GIVE YOU

09:44AM 5     UPDATES ABOUT THE COMPANY'S BUSINESS ACTIVITY?

09:44AM 6     A.   YES.

09:44AM 7     Q.   YOU MENTIONED THAT YOUR UNCLE, DON LUCAS, WAS CHAIRMAN OF

09:44AM 8     THE BOARD DURING SOME OF THAT TIME; IS THAT CORRECT?

09:44AM 9     A.   YES.

09:44AM 10    Q.   AND DID YOU ALSO GET INFORMATION ABOUT THERANOS FROM HIM?

09:44AM 11    A.   YES.

09:44AM 12    Q.   HOW WOULD YOU DESCRIBE THE KINDS OF INFORMATION THAT YOU

09:45AM 13    GOT FROM HIM VERSUS THE KINDS OF INFORMATION YOU GOT FROM

09:45AM 14    MS. HOLMES, WERE THE RELATIVE AMOUNTS OF INFORMATION THAT YOU

09:45AM 15    GOT FROM THOSE TWO?

09:45AM 16    A.   GENERALLY IT WAS CONSISTENT.

09:45AM 17         WHAT ELIZABETH WOULD TELL ME, DON MAY HAVE TOLD ME.  MAYBE

09:45AM 18    ELIZABETH WOULD GO INTO MORE SPECIFICS, BUT IT WAS DURING THAT

09:45AM 19    EARLY PERIOD.  IT WAS VERY EXCITING.  VERY POSITIVE

09:45AM 20    INFORMATION.

09:45AM 21    Q.   AND BETWEEN THOSE TWO INDIVIDUALS, YOUR UNCLE, DON LUCAS,

09:45AM 22    AND ELIZABETH HOLMES, THE CEO, WAS ONE OF THEM YOUR PRIMARY

09:45AM 23    SOURCE OF INFORMATION ABOUT THERANOS?

09:45AM 24    A.   PROBABLY EQUAL DURING THE EARLY, EARLY PERIODS.

09:45AM 25    Q.   DID THAT STOP BEING THE CASE WHEN YOUR UNCLE STEPPED AWAY

09:45AM    1     FROM THE BOARD AT THE BEGINNING OF 2013?

09:45AM    2     A.   YES.

09:45AM    3     Q.   GENERALLY SPEAKING, DURING YOUR CONVERSATIONS WITH

09:46AM    4     MS. HOLMES, WERE THE UPDATES THAT SHE GAVE YOU ABOUT THE

09:46AM    5     COMPANY POSITIVE OR NEGATIVE?

09:46AM    6     A.   POSITIVE TO VERY POSITIVE.

09:46AM    7     Q.   DO YOU RECALL DURING THAT TIME PERIOD EVER HEARING ANY

09:46AM    8     SIGNIFICANT NEGATIVE NEWS ABOUT THERANOS FROM MS. HOLMES?

09:46AM    9     A.   NOT THAT I RECALL.

09:46AM   10     Q.   DURING THAT TIME PERIOD, HOW DID THE LEVEL OF INFORMATION

09:46AM   11     AND TRANSPARENCY THAT YOU WERE GETTING COMPARE TO WHAT YOU HAD

09:46AM   12     EXPERIENCED WITH OTHER SIMILAR INVESTMENTS?

09:46AM   13     A.   ACTUALLY, HIGHLY IRREGULAR.  SHE WAS VERY GUARDED IN HOW

09:46AM   14     MUCH INFORMATION SHE PROVIDED.  FINANCIAL INFORMATION IN

09:46AM   15     PARTICULAR WAS VERY MINIMAL.

09:46AM   16     Q.   AND YOU FOUND THAT UNUSUAL COMPARED TO PREVIOUS

09:46AM   17     INVESTMENTS THAT YOU HAD WORKED WITH?

09:47AM   18     A.   YES.  COMPLETELY OUT OF THE ORDINARY.

09:47AM   19     Q.   PRIOR TO YOUR INVOLVEMENT WITH THERANOS, HAD YOU INVESTED

09:47AM   20     IN COMPANIES THAT HAD PROPRIETARY TECHNOLOGY THAT THEY WERE

09:47AM   21     TRYING TO PROTECT FROM COMPETITORS?

09:47AM   22     A.   YES.

09:47AM   23     Q.   AND DID THE LEVEL OF SECRECY AND LACK OF TRANSPARENCY WITH

09:47AM   24     THERANOS STRIKE YOU AS UNUSUAL EVEN COMPARED TO THOSE OTHER

09:47AM   25     COMPANIES?

09:47AM   1    A.   YES.

09:47AM   2    Q.   IF I COULD ASK YOU.

09:47AM   3         MAY I APPROACH, YOUR HONOR?

09:47AM   4              THE COURT:   YES.

09:47AM   5              MR. BOSTIC:   (HANDING.)

09:47AM   6    Q.   MR. LUCAS, IN THE BINDER THAT I'VE JUST HANDED YOU, CAN I

09:47AM   7    ASK YOU TO TURN TO TAB 5095.

09:48AM   8         AND BEFORE WE LOOK AT THAT DOCUMENT, LET ME ASK YOU,

09:48AM   9    DURING THIS TIME PERIOD 2006 TO, LET'S SAY, THE FIRST HALF OF

09:48AM   10   2013, WAS THERE ANY PUBLICLY AVAILABLE INFORMATION ABOUT

09:48AM   11   THERANOS THAT YOU RECALL?

09:48AM   12   A.   I BELIEVE TOWARD 2013, OR 2012, 2013 MAYBE THERE WERE SOME

09:48AM   13   ARTICLES STARTING TO COME OUT ABOUT THE COMPANY.

09:48AM   14        BUT EARLIER ON THERE WASN'T A LOT OF -- IT WAS VERY MUCH

09:48AM   15   IN THE STEALTH MODE, SO THERE WAS NOT MUCH INFORMATION, IF ANY.

09:48AM   16   Q.   OKAY.   UNDERSTOOD.

09:48AM   17        LOOKING AT EXHIBIT 5095.   DO YOU SEE THAT THAT'S AN EMAIL

09:48AM   18   DATED JULY 30TH, 2013, FROM THERANOS TO A GROUP OF INDIVIDUALS,

09:49AM   19   INCLUDING YOU?

09:49AM   20   A.   YES.

09:49AM   21              MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT OFFERS 5095.

09:49AM   22              MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

09:49AM   23              THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

09:49AM   24        (GOVERNMENT'S EXHIBIT 5095 WAS RECEIVED IN EVIDENCE.)

09:49AM   25   BY MR. BOSTIC:

09:49AM  1    Q.   MR. LUCAS, YOU'LL SEE THAT THE VERSION ON THE SCREEN,

09:49AM  2    WE'VE REDACTED EMAIL ADDRESSES.

09:49AM  3         BUT DO YOU SEE ONE THAT SAYS CHRIS@BDTVENTURES.COM?

09:49AM  4    A.   YES.

09:49AM  5    Q.   IS THAT YOUR WORK EMAIL ADDRESS?

09:49AM  6    A.   YES.

09:49AM  7    Q.   AND LET'S ZOOM IN ON -- AND FIRST OF ALL, AT THE VERY TOP

09:49AM  8    OF THIS PAGE, DO YOU SEE THAT THIS EMAIL IS SENT FROM THERANOS,

09:49AM  9    AND IT'S SENT TO A GROUP OF BCC'ED INDIVIDUALS BUT ALSO TO AN

09:49AM  10   ADDRESS SHAREHOLDERINFO@THERANOS.COM?

09:49AM  11   A.   YES.

09:49AM  12   Q.   LET'S GO DOWN AND LOOK AT THE CONTENT OF THIS MESSAGE.

09:49AM  13        THE EMAIL TO SHAREHOLDERS READS, "IT IS WITH GREAT

09:49AM  14   PLEASURE THAT I WRITE TO INFORM YOU OF OUR UPCOMING CONSUMER

09:50AM  15   LAUNCH."

09:50AM  16        DO YOU SEE THAT?

09:50AM  17   A.   YES.

09:50AM  18   Q.   DO YOU REMEMBER LEARNING ABOUT AN UPCOMING CONSUMER LAUNCH

09:50AM  19   IN MIDDLE OF 2013?

09:50AM  20   A.   YES.

09:50AM  21   Q.   HOW DID YOU TAKE THIS NEWS AS SOMEONE WHO HAD INVESTED IN

09:50AM  22   THE COMPANY?

09:50AM  23   A.   WONDERFUL, RIGHT?

09:50AM  24   Q.   DESCRIBE HOW THIS WAS GOOD NEWS FOR YOU?

09:50AM  25   A.   WELL, IT MEANT THE COMPANY -- THE TECHNOLOGY WAS READY FOR

09:50AM   1    PRIME TIME AND ABLE TO BE SOLD INTO THE MARKETPLACE.

09:50AM   2    Q.   AND DO YOU SEE THAT IN THE THIRD PARAGRAPH DOWN IT

09:50AM   3    MENTIONS A NEW WEBSITE BEING PREPARED IN ANTICIPATION OF THE

09:50AM   4    LAUNCH?

09:50AM   5    A.   YES.

09:50AM   6    Q.   OKAY.  WE CAN SET THAT ASIDE.

09:50AM   7         IF I CAN ASK YOU TO LOOK AT EXHIBIT 1102.

09:51AM   8         I BELIEVE THIS EXHIBIT HAS BEEN ADMITTED ALREADY.

09:51AM   9         MAY WE PUBLISH, YOUR HONOR?

09:51AM   10            THE COURT:  YES.  YES.

09:51AM   11   BY MR. BOSTIC:

09:51AM   12   Q.   MR. LUCAS, DO YOU SEE HERE AN EMAIL SENT ON SEPTEMBER 7TH,

09:51AM   13   2013?

09:51AM   14   A.   YES.

09:51AM   15   Q.   AND DO YOU SEE THAT IT'S TO A GROUP OF INDIVIDUALS, AND

09:51AM   16   INCLUDING YOU, ABOUT A QUARTER OF THE WAY DOWN THE PAGE, NEAR

09:51AM   17   THE TOP, ON THE LEFT SIDE?

09:51AM   18   A.   YES.

09:51AM   19   Q.   AND THIS IS SENT FROM THERANOS TO THAT SAME

09:51AM   20   SHAREHOLDERINFO@THERANOS.COM ADDRESS.

09:51AM   21        DO YOU SEE THAT?

09:51AM   22   A.   YES.

09:51AM   23   Q.   THIS EMAIL READS, "TO OUR SHAREHOLDERS,

09:51AM   24        "I AM DELIGHTED TO SHARE THAT WE HAVE NOW BEGUN THE

09:51AM   25   COMMERCIAL LAUNCH OF THE NEW PRODUCTS AND SERVICES WE'VE BEEN

09:51AM   1        WORKING ON FOR THE PAST YEARS."

09:52AM   2             DO YOU SEE THAT?

09:52AM   3        A.   YES.

09:52AM   4        Q.   WHAT WAS THE SIGNIFICANCE OF THAT NEWS TO YOU AS AN

09:52AM   5        INVESTOR?

09:52AM   6        A.   WELL, EARLIER, AS I SAID, IT'S NOW -- IF YOU SAY IT'S

09:52AM   7        LAUNCHING, IT'S GOING OUT IN THE MARKETPLACE.  SO GREAT NEWS.

09:52AM   8        Q.   DO YOU SEE THAT THIS MESSAGE TO SHAREHOLDERS ALSO REFERS

09:52AM   9        THEN TO THE COMPANY'S NEW WEBSITE AT WWW.THERANOS.COM?

09:52AM  10        A.   YES.

09:52AM  11        Q.   AND IT ALSO PROVIDES A LINK TO AN ARTICLE PUBLISHED BY

09:52AM  12        "THE WALL STREET JOURNAL."

09:52AM  13             DO YOU SEE THAT?

09:52AM  14        A.   YES.

09:52AM  15        Q.   AND LET'S LOOK AT THAT ARTICLE, WHICH IS 1106, WHICH HAS

09:52AM  16        ALREADY BEEN ADMITTED.

09:52AM  17             MAY WE PUBLISH, YOUR HONOR?

09:52AM  18                  THE COURT:  YES.

09:52AM  19        BY MR. BOSTIC:

09:52AM  20        Q.   AND DO YOU SEE HERE A "WALL STREET JOURNAL" ARTICLE FROM

09:52AM  21        EARLY SEPTEMBER TITLED "ELIZABETH HOLMES:  THE BREAKTHROUGH OF

09:52AM  22        INSTANT DIAGNOSIS"?

09:52AM  23        A.   YES.

09:52AM  24        Q.   AND DO YOU REMEMBER READING THIS ARTICLE WHEN IT CAME OUT?

09:53AM  25        A.   I'M SURE I DID.

09:53AM   1    Q.   DURING THAT TIME PERIOD, WERE YOU READING EVERYTHING YOU

09:53AM   2    COULD FIND IN THE PRESS ABOUT THERANOS?

09:53AM   3    A.   ABSOLUTELY.

09:53AM   4    Q.   DID THAT HAVE ANYTHING TO DO WITH THE LEVEL OF

09:53AM   5    TRANSPARENCY THAT YOU WERE GETTING FROM MS. HOLMES AND THE

09:53AM   6    COMPANY?

09:53AM   7    A.   NOT NECESSARILY.

09:53AM   8    Q.   IS THAT SOMETHING THAT YOU WOULD DO WITH ANY COMPANY THAT

09:53AM   9    YOU HAD INVESTED IN?

09:53AM  10    A.   OH, YES.  ABSOLUTELY.

09:53AM  11    Q.   I'D LIKE TO SHOW YOU SOME OF THE CONTENT IN THIS ARTICLE.

09:53AM  12    LET'S START WITH THE FIRST INDENTED PARAGRAPH.

09:53AM  13        AND DO YOU SEE THERE THERE'S A REFERENCE TO "SECRET THAT

09:53AM  14    HUNDREDS OF EMPLOYEES ARE NOW REFINING INVOLVES DEVICES THAT

09:53AM  15    AUTOMATE AND MINIATURIZE MORE THAN 1,000 LABORATORY TESTS, FROM

09:53AM  16    ROUTINE BLOOD WORK TO ADVANCED GENETIC ANALYSES"?

09:53AM  17    A.   YES.

09:53AM  18    Q.   AND DO YOU SEE THE NEXT SENTENCE SAYS, "THERANOS'S

09:53AM  19    PROCESSES ARE FASTER, CHEAPER AND MORE ACCURATE THAN THE

09:53AM  20    CONVENTIONAL METHODS AND REQUIRE ONLY MICROSCOPIC BLOOD

09:54AM  21    VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF."

09:54AM  22        DO YOU SEE THAT?

09:54AM  23    A.   YES.

09:54AM  24    Q.   AND WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF WHAT

09:54AM  25    THE TECHNOLOGY COULD DO BASED ON YOUR CONVERSATIONS WITH

09:54AM  1   MS. HOLMES?

09:54AM  2   A.   THAT CERTAINLY WAS THE HOPE, THAT AT SOME TIME IT WOULD DO

09:54AM  3   ALL OF THE TESTS.

09:54AM  4        I DID NOT BELIEVE AT THE TIME THAT -- YOU KNOW, THIS IS

09:54AM  5   MORE OF A MARKETING.  I DID NOT BELIEVE AT THE TIME THAT THE

09:54AM  6   COMPANY COULD DO 1,000 TESTS.

09:54AM  7        MAYBE THEY COULD DO DOZENS OF TESTS, BUT --

09:54AM  8   Q.   SORRY.  GO -- FINISH YOUR ANSWER, PLEASE.

09:54AM  9   A.   OH.  JUST DOZENS OF TESTS, THE MOST COMMON TESTS THAT

09:54AM  10  WOULD BE PRESCRIBED, IF THAT'S THE RIGHT WORD.

09:54AM  11  Q.   SO YOU UNDERSTOOD AT THIS TIME THAT THE COMPANY'S

09:54AM  12  TECHNOLOGY COULD PERFORM DOZENS OF TESTS?

09:54AM  13  A.   YES.

09:54AM  14  Q.   AND WHERE DID THAT UNDERSTANDING COME FROM?

09:55AM  15  A.   FROM ELIZABETH.

09:55AM  16  Q.   AND WHEN WE'RE TALKING ABOUT THE COMPANY'S TECHNOLOGY,

09:55AM  17  WERE YOU AWARE OF A PARTICULAR DEVICE OR GROUP OF DEVICES THAT

09:55AM  18  THE COMPANY WAS USING TO RUN THESE TESTS?

09:55AM  19  A.   WELL, THERE WAS THE COLLECTION AND IT WOULD BE -- THE

09:55AM  20  BLOOD WOULD BE PUT IN A CARTRIDGE, AND THE CARTRIDGE WAS THEN

09:55AM  21  INSERTED INTO AN ANALYZER, IF THAT'S WHAT IT WAS CALLED, I'M

09:55AM  22  FORGETTING, AND THE ANALYZER WAS ABOUT THE SIZE OF A PC.

09:55AM  23  Q.   AND YOUR UNDERSTANDING ABOUT THE ANALYZER AND WHAT IT

09:55AM  24  LOOKED LIKE, WHERE DID THAT UNDERSTANDING COME FROM?

09:55AM  25  A.   I SAW IT.

09:55AM   1    Q.   WHERE DID YOU SEE IT?

09:55AM   2    A.   BOTH AT THE COMPANY AND THEN OUTSIDE WE WOULD HAVE AN

09:56AM   3    INVESTORS' CONFERENCE OR MY UNCLE HAD AN INVESTORS' CONFERENCE,

09:56AM   4    AND SHE WOULD BRING IT.

09:56AM   5    Q.   SO WAS THAT ANALYZER THAT YOU DESCRIBED BEING THE SIZE OF

09:56AM   6    A PC, SOMETHING THAT YOU DISCUSSED MULTIPLE TIMES WITH

09:56AM   7    MS. HOLMES?

09:56AM   8    A.   YES.

09:56AM   9    Q.   THIS SENTENCE THAT SAYS, "THERANOS'S PROCESSES ARE FASTER,

09:56AM  10    CHEAPER AND MORE ACCURATE THAN CONVENTIONAL METHODS."

09:56AM  11         WAS THE ACCURACY OF THERANOS'S TESTS IMPORTANT TO YOU AS

09:56AM  12    SOMEONE WHO HAD INVESTED IN THE COMPANY?

09:56AM  13    A.   WELL, ACCURACY IS VERY IMPORTANT.  I'M JUST LOOKING HERE.

09:56AM  14    "MORE ACCURATE THAN CONVENTIONAL METHODS."

09:56AM  15         YOU WOULD TYPICALLY JUST HOPE AND BELIEVE THAT IF TESTED

09:56AM  16    TO THE GOLD STANDARD OF ALREADY COMMERCIALLY AVAILABLE

09:56AM  17    MACHINES, THAT THE RESULTS WOULD BE CONSISTENT.

09:56AM  18         SO I DON'T NECESSARILY RECOLLECT THAT THEY WOULD BE MORE

09:57AM  19    ACCURATE, BUT CERTAINLY AT LEAST AS ACCURATE AS THE COMMERCIAL

09:57AM  20    MACHINES.

09:57AM  21    Q.   THE CLAIM THAT THERANOS'S TESTS WERE MORE ACCURATE, HOW

09:57AM  22    DID THAT AFFECT YOUR VIEW OF YOUR INVESTMENT IN THE COMPANY, IF

09:57AM  23    IT WOULD AT ALL?

09:57AM  24    A.   WELL, IF THAT WERE TRUE, IT WOULD JUST BE ONE MORE ADDED

09:57AM  25    BONUS THAT MORE ACCURATE, FASTER, AND AS THE ARTICLE SAYS,

09:57AM  1    CHEAPER THAN CONVENTIONAL METHODS.

09:57AM  2    Q.   OKAY.  YOU CAN SAID THAT ASIDE FOR NOW.

09:57AM  3         AND LET ME ASK YOU TO TURN TO TAB 5132 IN YOUR BINDER.

09:57AM  4         DO YOU SEE AT 5132 THERE'S AN EMAIL CHAIN INCLUDING

09:57AM  5    MESSAGES BETWEEN YOU AND MS. HOLMES FROM NOVEMBER OF 2013?

09:57AM  6    A.   YES.

09:57AM  7              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5132.

09:58AM  8         (PAUSE IN PROCEEDINGS.)

09:58AM  9              MR. COOPERSMITH:  YOUR HONOR, OUR OBJECTION IS 802

09:58AM 10    AND 401.

09:58AM 11              MR. BOSTIC:  SO, YOUR HONOR, I DON'T THINK THIS

09:58AM 12    NEEDS TO COME IN FOR THE TRUTH.  IT'S BEING OFFERED TO SHOW THE

09:58AM 13    CONVERSATION THAT THIS INVESTOR WAS HAVING WITH MS. HOLMES

09:58AM 14    AROUND THE TIME LEADING UP TO HIS SECOND INVESTMENT IN 2013.

09:58AM 15              THE COURT:  SO THIS MEMORIALIZES A CONVERSATION AND

09:58AM 16    THE PURPOSE OF IT FROM YOUR SEEKING TO ADMIT IT IS THAT IT

09:58AM 17    MEMORIALIZES CONVERSATIONS THAT WERE ATTENDANT TO THE

09:59AM 18    INVESTMENT.

09:59AM 19         YOU'RE NOT ASKING THAT IT BE ADMITTED FOR THE TRUTH OF THE

09:59AM 20    MATTER ASSERTED?

09:59AM 21              MR. BOSTIC:  CORRECT, YOUR HONOR.

09:59AM 22         IT'S RELEVANT TO SHOW THE STATEMENTS THAT WERE MADE BY

09:59AM 23    MS. HOLMES AND WHAT SHE WAS AWARE OF AT THE TIME.

09:59AM 24              THE COURT:  ALL RIGHT.  THANK YOU.

09:59AM 25         SO THERE WAS AN OBJECTION UNDER FEDERAL RULES OF EVIDENCE

09:59AM  1      802, LADIES AND GENTLEMEN, THAT THIS IS HEARSAY.

09:59AM  2          I'M GOING TO OVERRULE THAT OBJECTION AND ALLOW THIS TO BE

09:59AM  3      ADMITTED, AND NOT FOR THE TRUTH OF THE MATTER ASSERTED.

09:59AM  4          AGAIN, YOU'VE HEARD ME SAY THAT AS TO OTHER PIECES OF

09:59AM  5      EVIDENCE, BUT AS TO THE CONVERSATION BETWEEN THE WITNESS AND

09:59AM  6      MS. HOLMES, AND IT'S NOT OFFERED AGAIN FOR THE TRUTH OF THE

09:59AM  7      MATTER ASSERTED.  IT GOES TO ANY NOTICE ISSUES AND ALSO AS TO

09:59AM  8      THE SUBSTANTIATION OF A CONVERSATION DURING THE TIME PERIOD.

09:59AM  9          SO FOR THAT LIMITED PURPOSE, IT IS ADMITTED.

09:59AM 10              MR. COOPERSMITH:  YOUR HONOR, TO POINT OUT THE

10:00AM 11      NOTICE ISSUE -- I'M SORRY.  REGARDING THE NOTICE ISSUE, JUST TO

10:00AM 12      BE CLEAR, MR. BALWANI IS NOT ON THIS EMAIL STRING.

10:00AM 13              THE COURT:  YOU'LL BE ABLE TO ASK THAT QUESTION

10:00AM 14      WHEN -- IF YOU CHOOSE TO CROSS-EXAMINE THIS WITNESS.

10:00AM 15              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

10:00AM 16              THE COURT:  OKAY.

10:00AM 17              MR. BOSTIC:  MAY WE PUBLISH, YOUR HONOR?

10:00AM 18              THE COURT:  YES.

10:00AM 19          (GOVERNMENT'S EXHIBIT 5132 WAS RECEIVED IN EVIDENCE.)

10:00AM 20      BY MR. BOSTIC:

10:00AM 21      Q.   LET'S START, IF WE COULD, ON PAGE 5.  AND LET'S LOOK AT

10:00AM 22      THE BOTTOM OF THE PAGE AND THE MESSAGE FROM SOMEONE NAMED

10:00AM 23      STEPHANIE HAGEN TO YOU AND LEONA GARRIOTT IN LATE OCTOBER 2013.

10:00AM 24          DO YOU SEE THAT?

10:00AM 25      A.   YES.

10:00AM   1    Q.   AND YOU SEE THAT THIS REFERENCES A MEETING THAT YOU

10:00AM   2    PREVIOUSLY HAD WITH MS. HOLMES?

10:00AM   3    A.   YES.

10:00AM   4    Q.   AROUND THIS TIME PERIOD, WERE YOUR REGULAR CONVERSATIONS

10:00AM   5    WITH MS. HOLMES CONTINUING?

10:00AM   6    A.   YES.

10:00AM   7    Q.   LET'S LOOK AT PAGE 4 OF THIS EXHIBIT.

10:01AM   8       AND DO YOU SEE THAT HERE THERE'S AN EMAIL FROM YOU BACK TO

10:01AM   9    STEPHANIE HAGEN ON OCTOBER 24TH, 2013?

10:01AM 10    A.   YES.

10:01AM 11    Q.   AND YOU MENTION AN ANNUAL MEETING AND WHETHER MS. HOLMES

10:01AM 12    MIGHT HAVE AVAILABILITY THAT DAY.

10:01AM 13       DO YOU SEE THAT?

10:01AM 14    A.   YES.

10:01AM 15    Q.   AND THEN BELOW YOU ADD A PARAGRAPH REGARDING THERANOS,

10:01AM 16    WHICH WAS SENT OUT BY NEWT GINGRICH TO HIS CONSTITUENTS WHICH

10:01AM 17    INCLUDED ONE OF YOUR INVESTORS.

10:01AM 18       DO YOU SEE THAT?

10:01AM 19    A.   YES.

10:01AM 20    Q.   AND DO YOU SEE THAT THAT CONTENT THAT WAS SENT OUT

10:01AM 21    APPARENTLY BY MR. GINGRICH SAYS THAT, "THERANOS IS A

10:01AM 22    BREAKTHROUGH BIOTECH COMPANY WHICH MAY SAVE $61 BILLION IN

10:01AM 23    MEDICARE AND $96.1 BILLION IN MEDICAID OVER THE NEXT DECADE."

10:01AM 24       DO YOU SEE THAT LANGUAGE?

10:01AM 25    A.   I DO.

10:01AM   1    Q.   AND AFTER THAT IT SAYS, "ITS NEW TECHNOLOGY CONDUCTS A

10:01AM   2    BATTERY OF UP TO 1,000 COMMON MEDICAL TESTS VERY INEXPENSIVE

10:01AM   3    AND FROM JUST ONE DROP OF BLOOD."

10:02AM   4         DO YOU SEE THAT?

10:02AM   5    A.   I DO.

10:02AM   6    Q.   AND SO YOU UNDERSTOOD AT THE TIME THAT THERANOS'S

10:02AM   7    TECHNOLOGY WAS CAPABLE OF CONDUCTING, I THINK YOU SAID, DOZENS

10:02AM   8    OF TESTS; IS THAT RIGHT?

10:02AM   9    A.   YES.

10:02AM   10   Q.   AND YOU SAW BACK THEN, APPARENTLY, THAT CLAIMS WERE

10:02AM   11   CIRCULATING THAT THE TECHNOLOGY COULD DO MANY MORE TESTS THAN

10:02AM   12   THAT.

10:02AM   13        FAIR TO SAY?

10:02AM   14   A.   YES, AND THAT WAS CERTAINLY THE GOAL.

10:02AM   15   Q.   LET'S GO FORWARD IN THIS EMAIL CHAIN TO PAGE 2.

10:02AM   16   A.   ACTUALLY, IF I COULD ASK, WHEN I'M LOOKING AT THIS, EVEN

10:02AM   17   THOUGH I HAVE MY GLASSES ON, IF THE FONT COULD BE PUMPED UP.

10:02AM   18   Q.   IF WE CAN ZOOM IN MORE?

10:02AM   19   A.   YES.

10:02AM   20   Q.   OF COURSE.

10:02AM   21   A.   YEAH.

10:02AM   22   Q.   AT THE TOP OF THIS PAGE, MAYBE A THIRD OF THE WAY DOWN, DO

10:02AM   23   YOU SEE THAT THIS EMAIL CHAIN WAS FORWARDED TO

10:02AM   24   ELIZABETH HOLMES.

10:03AM   25        MAYBE WE CAN ZOOM IN ON THAT.

| | | |
|---|---|---|
| 10:03AM | 1 | A.   YES, YES. |
| 10:03AM | 2 | Q.   AND DO YOU SEE THAT MS. HOLMES WAS SENT THIS ON |
| 10:03AM | 3 | NOVEMBER 5TH, 2013? |
| 10:03AM | 4 | A.   YES. |
| 10:03AM | 5 | Q.   OKAY.  WE CAN SET THAT ASIDE. |
| 10:03AM | 6 | LET ME ASK YOU TO LOOK AT TAB 5143. |
| 10:03AM | 7 | AND DO YOU HAVE 5143? |
| 10:03AM | 8 | A.   I DO. |
| 10:03AM | 9 | Q.   AND IS 5143 AN EMAIL CHAIN BETWEEN YOU AND THERANOS IN |
| 10:03AM | 10 | DECEMBER OF 2013? |
| 10:03AM | 11 | A.   YES. |
| 10:03AM | 12 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5143. |
| 10:03AM | 13 | MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR. |
| 10:03AM | 14 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:03AM | 15 | (GOVERNMENT'S EXHIBIT 5143 WAS RECEIVED IN EVIDENCE.) |
| 10:03AM | 16 | BY MR. BOSTIC: |
| 10:04AM | 17 | Q.   LET'S START ON THE SECOND PAGE HERE. |
| 10:04AM | 18 | AND DO YOU SEE THAT THIS BEGINS WITH A MESSAGE FROM |
| 10:04AM | 19 | THERANOS TO STOCKHOLDERS? |
| 10:04AM | 20 | A.   YES. |
| 10:04AM | 21 | Q.   AND MAYBE WE CAN ZOOM IN ON THE TOP COUPLE PARAGRAPHS OF |
| 10:04AM | 22 | THAT MESSAGE. |
| 10:04AM | 23 | AND DO YOU SEE THAT THIS MESSAGE READS FROM DECEMBER 2013, |
| 10:04AM | 24 | "WITH OUR LAUNCH TO CONSUMER HEALTH CARE THIS YEAR, WE ARE |
| 10:04AM | 25 | RAPIDLY SCALING TO ESTABLISH A NATIONAL FOOTPRINT AND CAPTURE |

10:04AM  1    THE OPPORTUNITY WE HAVE TO SERVE AS THE ONLY CERTIFIED NATIONAL

10:04AM  2    LABORATORY CAPABLE OF RUNNING ANY OF ITS LABORATORY TESTS FROM

10:04AM  3    A FEW TINY DROPLETS OF BLOOD."

10:04AM  4        DO YOU SEE THAT?

10:04AM  5    A.   YES.

10:04AM  6    Q.   AND AT THE BOTTOM OF THAT PARAGRAPH IT SAYS, "AS WE

10:04AM  7    PREPARE FOR 2014 AND CLOSING YEAR END, WE ARE ACTIVELY

10:04AM  8    INVESTING IN INFRASTRUCTURE TO BUILD THIS NEW INDUSTRY WE HAVE

10:04AM  9    CREATED."

10:04AM  10        DO YOU SEE THAT?

10:04AM  11   A.   YES.

10:04AM  12   Q.   THAT CLAIM THAT THE COMPANY WAS INVESTING IN

10:04AM  13   INFRASTRUCTURE TO BUILD THAT NEW INDUSTRY, WHAT DID THAT SIGNAL

10:04AM  14   TO YOU AS AN INVESTOR?

10:04AM  15   A.   AGAIN, AS WE WERE TALKING BEFORE THAT IT'S NOW READY, THE

10:05AM  16   TECHNOLOGY IS READY FOR PRIME TIME, AND TO ROLL IT OUT

10:05AM  17   THROUGHOUT THE COUNTRY.

10:05AM  18   Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.

10:05AM  19        DO YOU SEE THAT THE BOTTOM HALF OF THE PAGE IS A MESSAGE

10:05AM  20   FROM SOMEONE NAMED ANA QUINTANA?

10:05AM  21   A.   YES.

10:05AM  22   Q.   AND WHO WAS ANA QUINTANA?

10:05AM  23   A.   SHE HAS WORKED WITH ME AS A PRINCIPAL BACK IN AROUND 2000,

10:05AM  24   AND NOW SHE'S ALSO A SENIOR PERSON IN THE FIRM AS A PARTNER.

10:05AM  25   Q.   AND WHAT DOES HER ROLE MEAN THEN AT

LUCAS DIRECT BY MR. BOSTIC

10:05AM  1    BLACK DIAMOND VENTURES?  WHAT KIND OF WORK DOES SHE DO?

10:05AM  2    A.   SHE ALSO HELPS VET THE VARIOUS COMPANIES THAT WE LOOK AT

10:05AM  3    TO INVEST.

10:05AM  4    Q.   AND HER MESSAGE TO THERANOS CC'S YOU ON DECEMBER 16TH.

10:06AM  5        DO YOU SEE THAT?

10:06AM  6    A.   YES.

10:06AM  7    Q.   AND SHE WRITES, "BLACK DIAMOND VENTURES IS INTERESTED IN

10:06AM  8    IN INCREASING ITS EQUITY POSITION IN THERANOS."

10:06AM  9        DO YOU SEE THAT?

10:06AM  10   A.   YES.

10:06AM  11   Q.   AND LET ME ASK, FIRST OF ALL, AT THIS TIME ON

10:06AM  12   DECEMBER 16TH, HAD THE FINAL DECISION BEEN MADE TO INVEST MORE

10:06AM  13   MONEY IN THERANOS OR WERE THERE SOME ADDITIONAL QUESTIONS TO BE

10:06AM  14   ANSWERED, IF YOU RECALL?

10:06AM  15   A.   WELL, WE CERTAINLY WERE INTERESTED IN INCREASING OUR

10:06AM  16   INVESTMENT.  AND THE WAY OUR FIRM WORKED IS ALL OF OUR

10:06AM  17   INVESTORS ARE INDIVIDUALS, AND THEN WE WOULD TYPICALLY HAVE THE

10:06AM  18   CEO OF THE COMPANY PRESENT TO OUR GROUP, AND IT'S AFTER THAT

10:06AM  19   TIME, ONCE WE DETERMINE INTEREST FROM OUR INVESTORS, THEN WE

10:06AM  20   MAKE THE FINAL DECISION TO INVEST.

10:06AM  21   Q.   IF I COULD ASK YOU TO LOOK NEXT AT TAB 5144, WHICH IS THE

10:07AM  22   NEXT ONE.

10:07AM  23       AND AT 5144, DO YOU SEE SOME CONTINUING DISCUSSION IN THIS

10:07AM  24   SAME EMAIL CHAIN?

10:07AM  25   A.   YES.

10:07AM   1          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5144.

10:07AM   2          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:07AM   3          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:07AM   4      (GOVERNMENT'S EXHIBIT 5144 WAS RECEIVED IN EVIDENCE.)

10:07AM   5    BY MR. BOSTIC:

10:07AM   6    Q.   LET'S START ON PAGE 3.

10:07AM   7         DO YOU SEE HERE IT BEGINS WITH THAT SAME MESSAGE TO

10:07AM   8    SHAREHOLDERS?

10:07AM   9    A.   YES.

10:07AM  10    Q.   AND LET'S LOOK AT PAGE 2.  LET'S ZOOM IN ON YOUR MESSAGE

10:07AM  11    IN THE MIDDLE OF THE PAGE.

10:07AM  12         THIS IS DECEMBER 18TH, 2013, TWO DAYS AFTER THE MESSAGE WE

10:07AM  13    WERE JUST LOOKING AT; RIGHT?

10:07AM  14    A.   YES.

10:07AM  15    Q.   AND DO YOU SEE HERE THAT YOU SEND SOME QUESTIONS BACK TO

10:07AM  16    THERANOS?

10:07AM  17    A.   YES.

10:07AM  18    Q.   I WANT TO ASK YOU ABOUT A COUPLE OF THESE.  THE FIRST

10:07AM  19    QUESTION SAYS, "WHEN AND HOW CAN WE EXPECT A PARTIAL OR FULL

10:08AM  20    LIQUIDITY EVENT?"

10:08AM  21         DO YOU SEE THAT?

10:08AM  22    A.   YES.

10:08AM  23    Q.   AND CAN YOU DESCRIBE WHAT THAT MEANS AND WHY YOU WERE

10:08AM  24    ASKING ABOUT THAT?

10:08AM  25    A.   WELL, WHEN YOU INVEST IN A COMPANY, AND YOU'RE OBVIOUSLY

10:08AM  1    INVESTING TO MAKE A RETURN FOR YOUR INVESTORS, AND THE WAY YOU

10:08AM  2    DO THAT, IS YOU EITHER HAVE A PARTIAL LIQUIDITY EVENT, MEANING

10:08AM  3    A PARTIAL SALE OF YOUR STOCKS, OR A FULL LIQUIDITY EVENT WHERE

10:08AM  4    YOU'RE SELLING EITHER ALL OF YOUR STOCK OR THE COMPANY ITSELF

10:08AM  5    HAS BEEN SOLD.

10:08AM  6    Q.   AND HAD YOU HAD CONVERSATIONS WITH MS. HOLMES ABOUT THE

10:08AM  7    POSSIBILITY OF A LIQUIDITY EVENT?

10:08AM  8    A.   YES.

10:08AM  9    Q.   NUMBER 4 IN YOUR LIST SAYS, "WE HAVE EXPRESSED INTEREST IN

10:08AM  10   THIS ROUND, HOWEVER, OUR CONCERN IS THAT THE EXPECTED CLOSING

10:08AM  11   DATE OF DECEMBER 31ST, 2013, MAY PRECLUDE US FROM

10:08AM  12   PARTICIPATING.  DUE TO THIS SHORT PERIOD OF TIME, IS AN

10:09AM  13   EXTENSION CONTEMPLATED?"

10:09AM  14       DO YOU SEE THAT?

10:09AM  15   A.   YES.

10:09AM  16   Q.   AND CAN YOU DESCRIBE WHY THE CLOSING DATE WAS CREATING

10:09AM  17   SOME DIFFICULTY OR MIGHT HAVE PRECLUDED BLACK DIAMOND VENTURES

10:09AM  18   FROM PARTICIPATING?

10:09AM  19   A.   WELL, BECAUSE IT WAS SO SHORT, WE MAY NOT HAVE BEEN ABLE

10:09AM  20   TO GO GET ALL OF THE INFORMATION OUT TO OUR INVESTORS AND HAVE

10:09AM  21   THE CONVERSATIONS TO DETERMINE THEIR INTEREST, FIRSTLY;

10:09AM  22       AND THEN, SECONDLY, HAVE THEM ALL WIRE THEIR FUNDS SO WE

10:09AM  23   COULD MAKE THE DECEMBER 31ST TIMEFRAME.

10:09AM  24   Q.   WERE YOU FEELING TIME PRESSURE TO GET THESE THINGS FIGURED

10:09AM  25   OUT IN TIME FOR THAT CLOSING DATE?

10:09AM  1            MR. COOPERSMITH:  OBJECTION.  LEADING.

10:09AM  2            THE COURT:  WELL, IT WAS LEADING.  IF YOU WANT TO

10:09AM  3   REPHRASE.

10:09AM  4   BY MR. BOSTIC:

10:09AM  5   Q.   HOW DID THE APPROACHING CLOSING DATE AFFECT YOUR PROCESS

10:09AM  6   AND YOUR FEELING ABOUT INVESTIGATING OR EXPLORING THIS

10:09AM  7   INVESTMENT?

10:09AM  8   A.   WELL, WE CERTAINLY HAD TO HUSTLE AND -- BUT I UNDERSTOOD

10:10AM  9   THE REASON THAT IT HAD TO CLOSE BY DECEMBER 31ST AS WALGREENS

10:10AM 10   HAD SOME SORT OF AGREEMENT WITH THE COMPANY TO -- I'M

10:10AM 11   FORGETTING A LITTLE BIT -- BUT TO CONVERT SOME OF THE MONEY

10:10AM 12   THAT THEY LOANED TO THE COMPANY INTO EQUITY, AND IT HAD TO BE

10:10AM 13   ACCOMPLISHED BY THE END OF 2013.

10:10AM 14   Q.   AND WHERE DID THAT UNDERSTANDING COME FROM?

10:10AM 15   A.   FROM ELIZABETH.

10:10AM 16   Q.   DID MS. HOLMES GIVE YOU AN EXPLANATION AS TO WHY THIS

10:10AM 17   OPPORTUNITY TO INVEST WAS NOT ANNOUNCED BEFORE

10:10AM 18   MID-DECEMBER 2013?

10:10AM 19   A.   I DON'T RECALL.

10:10AM 20   Q.   DO YOU SEE AT THE TOP OF PAGE 2, IF WE CAN ZOOM IN THERE,

10:10AM 21   THERE'S A REFERENCE TO A CALL THAT HAD HAPPENED RECENTLY

10:10AM 22   BETWEEN YOU AND MS. HOLMES?

10:11AM 23   A.   YES.

10:11AM 24   Q.   AROUND THIS TIME PERIOD, SO MID-DECEMBER 2013, DID YOU

10:11AM 25   CONTINUE TO BE IN FREQUENT CONTACT WITH ELIZABETH HOLMES, THE

10:11AM  1    CEO?

10:11AM  2    A.   YES.

10:11AM  3    Q.   AND DID YOU CONTINUE TO GET INFORMATION FROM HER ABOUT THE

10:11AM  4    COMPANY'S TECHNOLOGY AND BUSINESS?

10:11AM  5    A.   YES.

10:11AM  6    Q.   OKAY.  WE CAN SET THAT ASIDE.

10:11AM  7         LET'S LOOK AT 5444.

10:11AM  8         AND AT 5444, DO YOU SEE AN EMAIL CHAIN BETWEEN YOU AND

10:11AM  9    MS. HOLMES IN LATE DECEMBER 2013?

10:11AM  10   A.   YES.

10:11AM  11            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5444.

10:11AM  12            MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:11AM  13            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:11AM  14        (GOVERNMENT'S EXHIBIT 5444 WAS RECEIVED IN EVIDENCE.)

10:11AM  15   BY MR. BOSTIC:

10:11AM  16   Q.   LET'S START ON PAGE 2.

10:11AM  17        DO YOU SEE THAT IN THE TOP HALF OF THE PAGE THERE'S A

10:11AM  18   MESSAGE FROM YOU TO MS. HOLMES ON DECEMBER 25TH, 2013?

10:12AM  19   A.   YES.  I'M ONLY SMILING THAT I EVEN EMAILED ON CHRISTMAS.

10:12AM  20        (LAUGHTER.)

10:12AM  21   BY MR. BOSTIC:

10:12AM  22   Q.   OKAY.  LET'S LOOK AT A MESSAGE THAT YOU SENT THE DAY

10:12AM  23   BEFORE TO SEE HOW THIS CONVERSATION GOT STARTED ACTUALLY.

10:12AM  24        AT THE BOTTOM OF PAGE 2, DO YOU SEE THAT THIS BEGINS WITH

10:12AM  25   A MESSAGE FROM YOU TO MS. HOLMES THE PREVIOUS DAY?

10:12AM 1   A.   YES.  AND IT STILL GOES, WHY AM I EMAILING ON

10:12AM 2   CHRISTMAS EVE?  BUT ANYWAY.

10:12AM 3        (LAUGHTER.)

10:12AM 4   BY MR. BOSTIC:

10:12AM 5   Q.   FAIR TO SAY YOU WERE WORKING HARD DURING THIS TIME PERIOD

10:12AM 6   TO TRY TO MEET THAT DECEMBER 31ST DEADLINE?

10:12AM 7   A.   YES.

10:12AM 8        AND TO ADD SOME COLOR, I TOLD ANA I WOULD NOT SHAVE UNTIL

10:13AM 9   WE FINISHED THE FINANCING.  SO WE WENT FOR SOME PERIOD OF TIME

10:13AM 10  24/7 ACTUALLY.

10:13AM 11  Q.   AND LET'S LOOK AT THE FOLLOWING PAGE AND LOOK AT THE

10:13AM 12  CONTENT OF YOUR DECEMBER 24TH EMAIL.

10:13AM 13       DO YOU SEE THERE YOU ARE ASKING MS. HOLMES SOME QUESTIONS?

10:13AM 14  A.   YES.

10:13AM 15  Q.   AND YOU SAY AT THE TOP, "THERE IS SIGNIFICANT INTEREST IN

10:13AM 16  PARTICIPATING IN THIS ROUND.  THE CHALLENGE WILL BE GETTING ALL

10:13AM 17  OF THE FUNDS PRIOR TO YEAREND."

10:13AM 18       DO YOU SEE THAT?

10:13AM 19  A.   YES.

10:13AM 20  Q.   AND YOU THEN ASK, ARE THE STRATEGIC PARTNERS CONVERTING

10:13AM 21  THE ENTIRE AMOUNT OF THEIR NOTES IN THIS OFFERING?

10:13AM 22       DO YOU SEE THAT QUESTION?

10:13AM 23  A.   YES.

10:13AM 24  Q.   AND THEN YOU ALSO ASK "HOW MUCH NEW CAPITAL IS COMING IN?"

10:13AM 25       DO YOU SEE THAT?

10:13AM 1  A.  YES.

10:13AM 2  Q.  AND WHY WERE YOU INTERESTED IN THE ANSWERS TO THOSE

10:13AM 3  QUESTIONS?

10:13AM 4  A.  WELL, SO IF YOU'RE SCALING UP AND TRY TO BUILD THE

10:13AM 5  INFRASTRUCTURE, YOU WANT TO MAKE SURE THAT THE REQUISITE AMOUNT

10:14AM 6  OF MONEY IS COMING IN, AND I'M FORGETTING THE ANSWERS AT THE

10:14AM 7  TIME, BUT CLEARLY A LARGE AMOUNT OF MONEY IS COMING IN.

10:14AM 8  Q.  LET'S LOOK AT THE ANOTHER QUESTION YOU HAD IN THE SAME

10:14AM 9  CHAIN ON PAGE 1 OF THE EXHIBIT.

10:14AM 10      DO YOU SEE TOWARDS THE BOTTOM OF THE PAGE THERE'S A

10:14AM 11  MESSAGE FROM YOU ON DECEMBER 26TH WHERE YOU SAY, "ON A

10:14AM 12  DIFFERENT TOPIC."

10:14AM 13      YOU ASK, "ONE OF OUR INVESTORS ASKED WHAT INFORMATION WAS

10:14AM 14  PROVIDED TO THE STRATEGIC PARTNERS SO THAT THEY COULD MAKE

10:14AM 15  THEIR DECISION WHETHER TO CONVERT OR NOT?"

10:14AM 16      DO YOU SEE THAT QUESTION?

10:14AM 17  A.  YES.

10:14AM 18  Q.  AND CAN YOU EXPLAIN WHAT YOU WERE ASKING HERE?

10:14AM 19  A.  WELL, AS I SAID EARLIER, THAT THERE WAS SOME PROVISION

10:14AM 20  FOR, AND I BELIEVE IT WAS WALGREENS, YOU KNOW, WHAT INFORMATION

10:14AM 21  WAS BEING PROVIDED TO THEM SO THAT THEY COULD DECIDE WHETHER TO

10:14AM 22  CONVERT INTO THIS EQUITY, INTO THIS EQUITY RAISE.

10:15AM 23  Q.  AROUND THIS TIME PERIOD, WERE YOU AND THE INVESTORS WHO

10:15AM 24  WORK WITH BLACK DIAMOND VENTURES INTERESTED IN TRYING TO GET

10:15AM 25  MORE INFORMATION FROM THERANOS?

10:15AM 1      A.   SURE.

10:15AM 2      Q.   LET'S LOOK AT THE MESSAGE JUST ABOVE THAT, WHERE

10:15AM 3      MS. HOLMES RESPONDS TO YOUR QUESTION AND SAYS, "OUR RECENT

10:15AM 4      MILESTONES IN ENTERING THIS 180 BILLION PLUS INDUSTRY, AND THE

10:15AM 5      POTENTIAL OUR PARTNERS THINK WE HAVE TO REVOLUTIONIZE HEALTH

10:15AM 6      CARE, OBVIOUSLY ALSO SPEAK FOR THEMSELVES IN THIS CONTEXT BASED

10:15AM 7      ON EVERYTHING IN THE PUBLIC DOMAIN..."

10:15AM 8           DO YOU SEE THAT?

10:15AM 9      A.   YES.

10:15AM 10     Q.   AND DO YOU RECALL MS. HOLMES GIVING YOU ANY ADDITIONAL,

10:15AM 11     FOR EXAMPLE, WRITTEN MATERIALS AROUND THIS TIME PERIOD

10:15AM 12     DETAILING WHAT THE COMPANY WAS DOING?

10:15AM 13     A.   I DON'T RECALL.

10:15AM 14     Q.   AND JUST ABOVE THAT YOU WRITE, "AS WE PULL TOGETHER OUR

10:16AM 15     FINANCING, I WOULD LIKE TO HAVE A CONVERSATION WITH YOU."

10:16AM 16          DO YOU SEE THAT?

10:16AM 17     A.   YES.

10:16AM 18     Q.   OKAY.  LET'S LOOK AT 5447.

10:16AM 19          SO THROUGHOUT THIS TIME PERIOD, DID YOU CONTINUE TO BE IN

10:16AM 20     TOUCH WITH MS. HOLMES NOT ONLY BY EMAIL BUT ALSO BY TELEPHONE?

10:16AM 21     A.   I WOULD SAY SO, YES.

10:16AM 22     Q.   LOOKING AT 5447, DO YOU SEE THAT THAT IS AN EMAIL CHAIN

10:16AM 23     BETWEEN BLACK DIAMOND VENTURES AND THERANOS RELATING TO YOUR

10:16AM 24     INVESTMENT?

10:16AM 25     A.   YES.

LUCAS DIRECT BY MR. BOSTIC

10:16AM 1          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5447.

10:16AM 2          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:16AM 3          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:16AM 4      (GOVERNMENT'S EXHIBIT 5447 WAS RECEIVED IN EVIDENCE.)

10:16AM 5   BY MR. BOSTIC:

10:16AM 6   Q.   LET'S ZOOM IN ON THE SECOND TO THE TOP EMAIL.

10:16AM 7        DO YOU SEE HERE, MR. LUCAS, THERE'S A MESSAGE FROM

10:17AM 8   MS. QUINTANA, CC'ING YOU AND CONFIRMING THAT THE WIRE FROM

10:17AM 9   BLACK DIAMOND VENTURES WAS INITIATED THAT MORNING?

10:17AM 10  A.   YES.

10:17AM 11  Q.   AND DO YOU SEE THAT THE AMOUNT OF THE INVESTMENT WAS

10:17AM 12  $5,349,900?

10:17AM 13  A.   YES.

10:17AM 14  Q.   AND WAS THAT BLACK DIAMOND VENTURES'S, I GUESS, THIRD

10:17AM 15  INVESTMENT IN THERANOS?

10:17AM 16  A.   CORRECT.

10:17AM 17  Q.   OKAY.  AND THE DATE OF THIS IS DECEMBER 31ST, 2013;

10:17AM 18  CORRECT?

10:17AM 19  A.   YES.

10:17AM 20  Q.   AND WE CAN SET THAT ASIDE.

10:17AM 21        LET'S LOOK AT 7366, WHICH SHOULD BE AT THE BACK OF YOUR

10:17AM 22  BINDER.

10:17AM 23        AND DO YOU HAVE 7366 IN FRONT OF YOU?

10:17AM 24  A.   I DO.

10:17AM 25  Q.   AND LET'S START ON THE SECOND PAGE, AND I'LL ASK YOU TO

10:17AM  1    LOOK AT THAT PAGE OF THE DOCUMENT.

10:17AM  2        DO YOU SEE THAT THAT IS A MESSAGE FROM MS. QUINTANA,

10:18AM  3    CC'ING YOU AND INCLUDING SOME MATERIALS RELATING TO THE

10:18AM  4    THERANOS INVESTMENT?

10:18AM  5    A.   YES.

10:18AM  6        MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT OFFERS

10:18AM  7    EXHIBIT 7366, EXCLUDING PAGE 1.

10:18AM  8        MR. COOPERSMITH:   NO OBJECTION, YOUR HONOR.

10:18AM  9        THE COURT:   IT'S ADMITTED, EXCLUDING PAGE 1.   THE

10:18AM  10   BALANCE IS ADMITTED.   IT MAY BE PUBLISHED.

10:18AM  11       (DEFENDANT'S EXHIBIT 7366, EXCLUDING PAGE 1, WAS RECEIVED

10:18AM  12   IN EVIDENCE.)

10:18AM  13   BY MR. BOSTIC:

10:18AM  14   Q.   AND LET'S START WITH PAGE 2 OF THAT EXHIBIT.

10:18AM  15       AND DO YOU SEE HERE WE'RE LOOKING AT A MESSAGE SENT ON

10:18AM  16   DECEMBER 29TH, 2013?

10:18AM  17   A.   YES.

10:18AM  18   Q.   AND THE TEXT OF THAT EMAIL SAYS, "DEAR BDT INVESTOR,

10:18AM  19       "THANK YOU FOR YOUR INTEREST AND PARTICIPATION IN THIS

10:18AM  20   SERIES C-1 STOCK FINANCING."

10:18AM  21       WAS THIS RELATING TO THE THERANOS INVESTMENT?

10:19AM  22   A.   YES.

10:19AM  23   Q.   AND IT SAYS, "PER OUR COUNSEL'S RECOMMENDATION, WE WOULD

10:19AM  24   LIKE TO SHARE ADDITIONAL INFORMATION AND DISCLOSURES IN THE

10:19AM  25   ATTACHED ACKNOWLEDGEMENT LETTER AND ACCOMPANYING EXHIBIT A."

10:19AM 1        DO YOU SEE THAT?

10:19AM 2    A.   YES.

10:19AM 3    Q.   AND THEN IF WE LOOK AT PAGE 4 OF THE EXHIBIT.

10:19AM 4        DO YOU SEE THAT THIS IS A COVER LETTER FROM

10:19AM 5    BLACK DIAMOND VENTURES TO SOME OF ITS INVESTORS?

10:19AM 6    A.   YES.

10:19AM 7    Q.   CAN YOU EXPLAIN FOR US WHAT THE PURPOSE OF THIS LETTER

10:19AM 8    WAS, IF YOU RECALL?

10:19AM 9    A.   YES, IT -- AS I'VE SAID BEFORE, THEY WERE NOT VERY

10:19AM 10   TRANSPARENT WITH THE INFORMATION AND FINANCIALS, PATENT

10:19AM 11   PORTFOLIO, ET CETERA, ET CETERA, SO WE WANTED TO MAKE SURE THAT

10:20AM 12   OUR INVESTORS WERE CLEAR EYED IN UNDERSTANDING THAT THAT WAS

10:20AM 13   THE CASE.

10:20AM 14   Q.   AND WHEN YOU SAY, "THEY WERE NOT VERY TRANSPARENT," ARE

10:20AM 15   YOU REFERRING TO MS. HOLMES AND THERANOS?

10:20AM 16   A.   YES.

10:20AM 17   Q.   AND THIS STEP OF SENDING OUT THIS KIND OF DISCLOSURE OR

10:20AM 18   DOCUMENT TO BDT INVESTORS, WAS THIS SOMETHING THAT COMMONLY

10:20AM 19   HAPPENED WITH INVESTMENTS AT BLACK DIAMOND VENTURES?

10:20AM 20   A.   NO.

10:20AM 21   Q.   LET'S LOOK AT PAGE 6 OF THE EXHIBIT.

10:20AM 22       DO YOU SEE HERE WE'RE LOOKING AT THE DISCLOSURE THAT WAS

10:20AM 23   SENT TO THE BDT INVESTORS?

10:20AM 24   A.   YES.

10:20AM 25   Q.   LET'S LOOK AT PAGE 8 OF THIS SAME DOCUMENT.  LET'S ZOOM IN

10:20AM   1     ON THE BOTTOM PORTION OF THE PAGE WHICH IS REPRESENTATIONS,

10:21AM   2     WARRANTIES, DELIVERABLES, AND COVENANTS.

10:21AM   3         DO YOU SEE THERE THAT THERE IS SOME LANGUAGE THAT SAYS

10:21AM   4     THAT "THE PURCHASE AGREEMENT DOES NOT PROVIDE MANY OF THE

10:21AM   5     STANDARD REPRESENTATIONS, WARRANTIES AND DELIVERABLES WE WOULD

10:21AM   6     EXPECT TO SEE IN AN INVESTMENT OF THIS NATURE, AND THOSE THAT

10:21AM   7     HAVE BEEN PROVIDED ARE SERIOUSLY CURTAILED."

10:21AM   8         DO YOU SEE THAT?

10:21AM   9     A.   YES.

10:21AM   10    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS IN PLAIN LANGUAGE?

10:21AM   11    A.   THAT THE INFORMATION THAT WE WOULD HAVE EXPECTED TO HAVE,

10:21AM   12    WE DID NOT HAVE, AND SO WE WANTED TO DISCLOSE AND LET OUR

10:21AM   13    INVESTORS KNOW THAT WE DID NOT HAVE THAT INFORMATION.

10:21AM   14    Q.   WOULD BLACK DIAMOND VENTURES HAVE PREFERRED TO HAVE HAD

10:21AM   15    MORE DETAILED INFORMATION FROM THERANOS PRIOR TO MAKING THAT

10:21AM   16    DECEMBER 2013 INVESTMENT?

10:21AM   17    A.   YES.

10:21AM   18    Q.   LET'S LOOK AT THE FOLLOWING PAGE.  AND THERE'S A LIST OF

10:21AM   19    THINGS THAT THE PURCHASE AGREEMENT DOES NOT CONTAIN.

10:22AM   20        AND DO YOU SEE THAT THAT INCLUDES, FOR EXAMPLE, UNDER ITEM

10:22AM   21    3 -- OH, SORRY, AT THE TOP OF THE PAGE.

10:22AM   22        "COMPLIANCE CERTIFICATE OF AN OFFICER OF THERANOS,

10:22AM   23    CERTIFYING TO THE TRUTH AND CORRECTNESS OF THERANOS'S

10:22AM   24    REPRESENTATIONS AND WARRANTIES IN THE PURCHASE AGREEMENT."

10:22AM   25        DO YOU SEE THAT?

10:22AM   1    A.   YES.

10:22AM   2    Q.   AND THEN THERE IS SOME ADDITIONAL LANGUAGE BELOW THAT

10:22AM   3    UNDER B THAT SAYS, "THE AMENDED AND RESTATED INVESTORS' RIGHTS

10:22AM   4    AGREEMENT LACKS REPRESENTATIONS, WARRANTIES, AND COVENANTS

10:22AM   5    TYPICAL FOR AN INVESTMENT OF THIS TYPE."

10:22AM   6         DO YOU SEE THAT?

10:22AM   7    A.   YES.

10:22AM   8    Q.   AND IS THAT A SIMILAR DISCLOSURE ABOUT THE LACK OF

10:22AM   9    INFORMATION THAT HAD COME FROM THERANOS?

10:22AM  10    A.   CORRECT.

10:22AM  11    Q.   GIVEN THAT YOU WOULD HAVE WANTED MORE INFORMATION FROM

10:23AM  12    THERANOS PRIOR TO THIS INFORMATION, AND THE FACT THAT YOU TOOK

10:23AM  13    THE STEP OF SENDING THIS OUT TO YOUR INVESTORS, LET ME ASK YOU,

10:23AM  14    WHAT MADE YOU PERSONALLY COMFORTABLE WITH MOVING FORWARD WITH

10:23AM  15    THIS INVESTMENT AT THIS TIME?

10:23AM  16    A.   MY RELATIONSHIP WITH ELIZABETH.  I BELIEVE SHE WAS

10:23AM  17    TRUTHFUL AND EARNEST IN WHAT SHE WAS TRYING TO ACCOMPLISH,

10:23AM  18    NUMBER ONE;

10:23AM  19         AND, SECONDLY, THIS WAS ALL COINCIDENT WITH WALGREENS

10:23AM  20    GOING TO ROLL OUT THE TECHNOLOGY, AND YOU WOULD HOPE AND DREAM

10:23AM  21    A COMPANY THE SIZE OF WALGREENS WOULD WANT TO ROLL OUT YOUR

10:23AM  22    TECHNOLOGY.

10:23AM  23         SO THAT WAS EXTREMELY VALIDATING.

10:23AM  24    Q.   DID THIS INVESTMENT BY BDT RELY MORE ON PERSONAL TRUST AND

10:23AM  25    THE HONESTY OF THE CEO THAN THE TYPICAL INVESTMENT THAT YOU

10:23AM 1      MADE?

10:23AM 2                MR. COOPERSMITH:  OBJECTION.  LEADING.

10:23AM 3                THE COURT:  SUSTAINED.

10:24AM 4      BY MR. BOSTIC:

10:24AM 5      Q.  HOW DID THIS INVESTMENT COMPARE TO PREVIOUS INVESTMENTS

10:24AM 6      THAT YOU HAD MADE IN TERMS OF HOW MUCH YOU WERE RELYING ON THE

10:24AM 7      HONESTY OF THE CEO?

10:24AM 8      A.  WELL, YOU HOPE YOU'RE RELYING ON THE HONESTY OF ALL OF THE

10:24AM 9      CEO'S AND FOUNDERS THAT YOU'RE WORKING WITH, IN PARTICULAR AS

10:24AM 10     IT RELATES TO ELIZABETH AND THERANOS, BECAUSE THE INFORMATION

10:24AM 11     WAS NOT READILY AVAILABLE.  YOU REALLY HAD TO HAVE A LOT OF

10:24AM 12     TRUST IN HER AND THE OTHERS THAT YOU SPOKE WITH.

10:24AM 13     Q.  WE CAN SET THIS EXHIBIT ASIDE.

10:24AM 14         LET ME ASK YOU, JUST SO WE'RE CLEAR ABOUT THE SOURCES OF

10:24AM 15     INFORMATION THAT YOU HAD WHEN YOU INVESTED.

10:24AM 16         YOU TESTIFIED ABOUT YOUR UNCLE, DON LUCAS, AND RECEIVING

10:24AM 17     INFORMATION FROM HIM ABOUT THERANOS; IS THAT CORRECT?

10:24AM 18     A.  CORRECT.

10:24AM 19     Q.  AND CAN YOU REMIND US WHEN THAT STOPPED, WHEN HE WAS NO

10:24AM 20     LONGER A REGULAR SOURCE OF INFORMATION FOR YOU ABOUT THE

10:24AM 21     COMPANY?

10:24AM 22     A.  I'D SAY COMPLETELY BY EARLY 2013, BUT CERTAINLY ALSO

10:25AM 23     DURING 2012.

10:25AM 24     Q.  SO FAIR TO SAY AT LEAST A YEAR OR APPROXIMATELY A YEAR

10:25AM 25     BEFORE --

10:25AM  1    A.    YES.

10:25AM  2    Q.    -- YOU MADE THE 2013 INVESTMENT?

10:25AM  3    A.    YES.

10:25AM  4    Q.    SO IN THE YEAR ACTUALLY LEADING UP TO YOUR INVESTMENT, DID

10:25AM  5    YOU GET SOME INFORMATION FROM THE THERANOS WEBSITE THAT YOU

10:25AM  6    RELIED ON?

10:25AM  7    A.    YES.

10:25AM  8    Q.    HOW ABOUT NEWS ARTICLES?  DID THOSE PLAY A ROLE IN

10:25AM  9    EDUCATING YOU AND HELPING YOU EVALUATE YOUR INVESTMENT

10:25AM  10   DECISION?

10:25AM  11   A.    YES.

10:25AM  12   Q.    YOU TALKED ABOUT A VISIT TO THERANOS HEADQUARTERS.

10:25AM  13         DO YOU RECALL THAT VISIT?

10:25AM  14   A.    I'VE BEEN THERE A FEW TIMES.  I'M NOT SURE WHICH VISIT --

10:25AM  15   Q.    FAIR ENOUGH.

10:25AM  16   A.    -- YOU'RE TALKING ABOUT.

10:25AM  17   Q.    LET'S TALK ABOUT DURING THE SECOND HALF OF 2013.  DID YOU

10:26AM  18   VISIT THERANOS ONE OR MORE TIMES DURING THAT TIME PERIOD?

10:26AM  19   A.    I WOULD EXPECT SO, YES.

10:26AM  20   Q.    AND DO YOU REMEMBER ON YOUR VISIT BEING SHOWN THE

10:26AM  21   COMPANY'S TECHNOLOGY?

10:26AM  22   A.    YES.

10:26AM  23   Q.    DO YOU RECALL WHO GAVE YOU THE TOUR OR WHO WAS SHOWING YOU

10:26AM  24   AROUND DURING YOUR VISIT OR VISITS IN THE LATTER HALF OF 2013?

10:26AM  25   A.    I WOULD EXPECT THAT IT WAS ELIZABETH AND/OR ONE OF THE LAB

10:26AM 1    DIRECTORS.

10:26AM 2    Q.   AND DURING YOUR VISITS TO THE COMPANY, YOU TESTIFIED THAT

10:26AM 3    YOU WERE SHOWN THE THERANOS ANALYZER AND YOU DESCRIBED ITS

10:26AM 4    SIZE.

10:26AM 5        DO YOU RECALL THAT?

10:26AM 6    A.   YES.

10:26AM 7    Q.   WERE YOU EVER SHOWN A THIRD PARTY NON-THERANOS BLOOD

10:26AM 8    ANALYZER DURING YOUR VISITS TO THE COMPANY?

10:27AM 9    A.   NO.

10:27AM 10   Q.   YOU ALSO TESTIFIED THAT YOU WERE IN REGULAR CONTACT WITH

10:27AM 11   MS. HOLMES IN DISCUSSING THE COMPANY'S TECHNOLOGY AND BUSINESS

10:27AM 12   LEADING UP TO YOUR INVESTMENT; IS THAT RIGHT?

10:27AM 13   A.   YES.

10:27AM 14   Q.   DID THE STATEMENTS THAT SHE WAS MAKING TO YOU AT THAT TIME

10:27AM 15   MATTER TO YOUR THOUGHT PROCESS ABOUT WHETHER TO INVEST IN THE

10:27AM 16   COMPANY OR NOT?

10:27AM 17   A.   YES.

10:27AM 18   Q.   DURING THAT TIME PERIOD, DID YOU EVER HAVE A CONVERSATION

10:27AM 19   WITH SUNNY BALWANI?

10:27AM 20   A.   NO.

10:27AM 21   Q.   DO YOU RECALL EVER MEETING SUNNY BALWANI?

10:27AM 22   A.   NO.

10:27AM 23   Q.   IF I COULD ASK YOU TO LOOK AT TAB 5837 IN YOUR BINDER.

10:27AM 24       DURING YOUR CONVERSATIONS WITH MS. HOLMES, DO YOU RECALL

10:28AM 25   HER EVER TALKING ABOUT SUNNY BALWANI?

10:28AM   1    A.   I DON'T BELIEVE SO.

10:28AM   2    Q.   LOOKING AT 5837, DO YOU SEE THAT THAT'S AN EMAIL BETWEEN

10:28AM   3    MS. QUINTANA AND THERANOS, CC'ING YOU, RELATING TO YOUR

10:28AM   4    DECEMBER INVESTMENT?

10:28AM   5    A.   IS THAT RESPONDING FROM ANA TO THERANOS, IS THAT WHAT

10:28AM   6    YOU'RE SAYING?

10:28AM   7    Q.   YES.  DO YOU SEE THAT?

10:28AM   8    A.   YES.

10:28AM   9         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5837.

10:28AM  10         MR. COOPERSMITH:  NO OBJECTION.

10:28AM  11         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:28AM  12    (GOVERNMENT'S EXHIBIT 5837 WAS RECEIVED IN EVIDENCE.)

10:28AM  13    BY MR. BOSTIC:

10:28AM  14    Q.   AND DO YOU SEE ABOUT A THIRD OF THE WAY DOWN THE PAGE, OR

10:28AM  15    MAYBE A QUARTER, THERE'S AN EMAIL FROM MS. QUINTANA TO

10:28AM  16    THERANOS, CC'ING YOU ON DECEMBER 23RD?

10:29AM  17    A.   YES.

10:29AM  18    Q.   AND IT TALKS ABOUT THE MECHANICS OF THE INVESTMENT AND

10:29AM  19    WHAT ENTITIES WILL BE INVOLVED; RIGHT?

10:29AM  20    A.   YES.

10:29AM  21    Q.   AND LET'S LOOK ABOVE THAT.

10:29AM  22         AND DO YOU SEE, WHILE THAT EMAIL WAS SENT TO THERANOS,

10:29AM  23    MR. BALWANI THEN FORWARD THE EMAIL TO MS. HOLMES THE FOLLOWING

10:29AM  24    DAY.

10:29AM  25         DO YOU SEE THAT?

| | | |
|---|---|---|
| 10:29AM | 1 | A.   YES. |
| 10:29AM | 2 | Q.   AND HIS MESSAGE IS, "JUST MAKING SURE YOU SAW THIS..." |
| 10:29AM | 3 | DO YOU SEE THAT? |
| 10:29AM | 4 | A.   YES. |
| 10:29AM | 5 | Q.   AND IF WE LOOK AT THE BOTTOM OF THIS PAGE, DO YOU SEE THAT |
| 10:29AM | 6 | THERE'S A MESSAGE FROM THERANOS, AND WE SEE THAT THE EMAIL |
| 10:29AM | 7 | ADDRESS THERE IS SHAREHOLDERINFO@THERANOS.COM? |
| 10:29AM | 8 | A.   YES. |
| 10:29AM | 9 | Q.   IF I COULD ASK YOU TO TURN TO 5836. |
| 10:30AM | 10 | AND AT 5836, DO YOU SEE ANOTHER SIMILAR EMAIL INCLUDING |
| 10:30AM | 11 | MS. QUINTANA, THAT THERANOS ADDRESS, MR. BALWANI, AND |
| 10:30AM | 12 | MS. HOLMES? |
| 10:30AM | 13 | A.   YES. |
| 10:30AM | 14 | MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5836. |
| 10:30AM | 15 | MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR. |
| 10:30AM | 16 | THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED. |
| 10:30AM | 17 | (GOVERNMENT'S EXHIBIT 5836 WAS RECEIVED IN EVIDENCE.) |
| 10:30AM | 18 | BY MR. BOSTIC: |
| 10:30AM | 19 | Q.   MR. LUCAS, DO YOU SEE HERE THAT WE HAVE ANOTHER EMAIL FROM |
| 10:30AM | 20 | MS. QUINTANA TO THAT SHAREHOLDER INFO ADDRESS AT THERANOS? |
| 10:30AM | 21 | A.   YES. |
| 10:30AM | 22 | Q.   AND THIS IS ON DECEMBER 30TH, 2013; IS THAT RIGHT? |
| 10:30AM | 23 | A.   YES. |
| 10:30AM | 24 | Q.   AND THEN IF WE LOOK ABOVE THAT, WE SEE THAT MR. BALWANI |
| 10:30AM | 25 | FORWARDS THAT EMAIL TO THE THERANOS EMAIL ADDRESS DIRECTLY TO |

10:30AM  1    ELIZABETH HOLMES.

10:30AM  2         DO YOU SEE THAT?

10:30AM  3    A.   YES.

10:30AM  4    Q.   AROUND THIS TIME PERIOD, DO YOU RECALL MS. HOLMES EVER

10:31AM  5    MENTIONING TO YOU WHETHER MR. BALWANI EVER HAD A ROLE IN

10:31AM  6    CONNECTION WITH YOUR INVESTMENT?

10:31AM  7    A.   I DON'T RECALL.

10:31AM  8    Q.   OKAY.  WE CAN SET THAT ASIDE.

10:31AM  9         I'D LIKE TO ASK YOU JUST A COUPLE OF QUESTIONS ABOUT YOUR

10:31AM 10    UNDERSTANDING OF THE COMPANY'S STATUS AT THE TIME THAT YOU MADE

10:31AM 11    YOUR INVESTMENT.

10:31AM 12         WE TALKED ABOUT THE SOURCES OF INFORMATION THAT YOU HAD.

10:31AM 13    BUT LET ME ASK YOU, AT THE TIME THAT YOU INVESTED IN THE

10:31AM 14    COMPANY, WHAT DID YOU UNDERSTAND ITS TECHNOLOGY TO BE?

10:31AM 15    A.   WE'RE TALKING IN 2013?

10:31AM 16    Q.   YES, IN LATE 2013.

10:31AM 17    A.   YEAH.  THAT IT WAS FULLY FUNCTIONING, CAPABLE OF DOING, AS

10:31AM 18    I SAID EARLIER, DOING DOZENS OF TESTS, AND THIS WAS ALL BASED

10:32AM 19    ON A FEW DROPS OF BLOOD.

10:32AM 20    Q.   AND WHEN YOU WERE UNDERSTANDING THE COMPANY'S TECHNOLOGY,

10:32AM 21    DID YOUR UNDERSTANDING INVOLVE A SINGLE ANALYZER THAT WAS BEING

10:32AM 22    USED OR A GROUP OF DIFFERENT KINDS OF ANALYZERS?

10:32AM 23    A.   I BELIEVE MY UNDERSTANDING WAS THAT IT WAS ONE CARTRIDGE

10:32AM 24    GOES INTO ONE ANALYZER AND, SURE, YOU COULD HAVE MULTIPLE

10:32AM 25    ANALYZERS, BUT EACH ANALYZER WOULD HANDLE ONE SAMPLE.

10:32AM 1    Q.  AROUND THE TIME OF YOUR 2013 INVESTMENT, WOULD IT HAVE

10:32AM 2    SURPRISED YOU TO HEAR THAT THE THERANOS ANALYZER YOU SAW WAS

10:32AM 3    NEVER USED FOR MORE THAN A DOZEN TESTS IN THE CLINICAL LAB?

10:32AM 4    A.  PLEASE SAY AGAIN.

10:32AM 5    Q.  SURE.

10:32AM 6        WOULD IT HAVE BEEN NEW INFORMATION FOR YOU THAT IN 2013,

10:33AM 7    THERANOS COULD USE ITS EDISON ANALYZER FOR FEWER THAN A DOZEN

10:33AM 8    TESTS IN THE LAB?

10:33AM 9    A.  YES, THAT WOULD HAVE BEEN SURPRISING.

10:33AM 10   Q.  WOULD THAT HAVE BEEN INCONSISTENT WITH THE UNDERSTANDING

10:33AM 11   THAT YOU HAD FOLLOWING YOUR CONVERSATIONS WITH MS. HOLMES?

10:33AM 12   A.  YES.

10:33AM 13   Q.  HOW ABOUT PARTNERSHIPS THAT THE COMPANY HAD?  WHEN YOU

10:33AM 14   INVESTED IN 2013, WERE YOU AWARE OF THE PARTNERSHIP WITH

10:33AM 15   WALGREENS?

10:33AM 16   A.  YES.

10:33AM 17   Q.  AND WAS THE STATUS OF THAT PARTNERSHIP RELEVANT TO YOUR

10:33AM 18   VIEW OF THE COMPANY'S TECHNOLOGY?

10:33AM 19   A.  PARAMOUNT.

10:33AM 20   Q.  AND WHY WAS THAT?

10:33AM 21   A.  BECAUSE WALGREENS WAS GETTING READY TO ROLL IT OUT

10:33AM 22   NATIONALLY, AND THAT WAS VERY EXCITING AND VALIDATING FOR THE

10:33AM 23   COMPANY.

10:33AM 24   Q.  STILL ON THE SUBJECT OF PARTNERSHIPS.

10:33AM 25       DID YOU HAVE ANY CONVERSATIONS WITH MS. HOLMES ABOUT THE

10:33AM   1   COMPANY'S WORK WITH THE U.S. MILITARY OR DEPARTMENT OF DEFENSE?

10:34AM   2   A.   YES.

10:34AM   3   Q.   AND WHAT DID MS. HOLMES TELL YOU ABOUT THAT?

10:34AM   4   A.   THAT IT WAS VERY EXCITING, THAT THE TECHNOLOGY WAS BEING

10:34AM   5   USED IN THE MIDDLE EAST AND IN PARTICULAR IN THE -- ON THE

10:34AM   6   BATTLEFIELD.

10:34AM   7   Q.   AND YOU SAID THAT WAS EXCITING.  WHY WAS THAT EXCITING FOR

10:34AM   8   YOU AS AN INVESTOR?

10:34AM   9   A.   THAT, AGAIN, THE TECHNOLOGY WAS OPERATING, WORKING, AND

10:34AM  10   THAT THE MILITARY FOUND IT VERY HELPFUL FOR THEM.

10:34AM  11        AND SO OBVIOUSLY IF THEY THOUGHT IT WAS GOOD, POTENTIALLY

10:34AM  12   THEY WOULD ORDER -- PLACE A NICE ORDER FOR A LOT OF THE

10:34AM  13   TECHNOLOGY, AND ANALYZERS, AND SO FORTH.

10:34AM  14   Q.   THAT TOPIC, THAT BEING THE MILITARY'S USE OF THE THERANOS

10:34AM  15   ANALYZER, WAS THAT SOMETHING THAT YOU DISCUSSED WITH MS. HOLMES

10:34AM  16   ONCE OR MULTIPLE TIMES?

10:35AM  17   A.   MULTIPLE TIMES.

10:35AM  18   Q.   HOW ABOUT THE COMPANY'S FINANCIAL HEALTH?

10:35AM  19        BASED ON YOUR CONVERSATIONS WITH MS. HOLMES, AND THE

10:35AM  20   PUBLIC INFORMATION THAT YOU HAD READ, AND THE COMMUNICATIONS

10:35AM  21   FROM THERANOS, WHAT WAS YOUR UNDERSTANDING ABOUT HOW THE

10:35AM  22   COMPANY WAS DOING FINANCIALLY?

10:35AM  23   A.   AND AGAIN, THIS IS THE 2013 TIMEFRAME?

10:35AM  24   Q.   YES.

10:35AM  25   A.   CLEARLY THE COMPANY NEEDED TO RAISE MONEY TO SCALE UP AND

10:35AM   1    FOR THE INFRASTRUCTURE AND ROLLOUT.  SO WE CERTAINLY UNDERSTOOD

10:35AM   2    THAT.

10:35AM   3         AND AS I SAID EARLIER, A LARGE AMOUNT OF MONEY WAS BEING

10:35AM   4    RAISED, AND AT THAT TIME MY UNDERSTANDING WAS THAT AT LEAST A

10:35AM   5    COUPLE HUNDRED MILLION DOLLARS.

10:35AM   6    Q.   AND THE FACT THAT THAT MONEY WAS BEING RAISED FOR, AS YOU

10:35AM   7    SAID, SCALING, HOW DID THAT AFFECT YOUR VIEW OF THE INVESTMENT

10:35AM   8    AND THE RISK OF THE INVESTMENT?

10:35AM   9    A.   AGAIN, VERY EXCITING.  WE WERE ROLLING OUT, AND WE ARE

10:36AM  10    GOING TO HAVE SOME BIG REVENUE.

10:36AM  11    Q.   AFTER YOUR 2013 INVESTMENT, DID YOU CONTINUE TO STAY IN

10:36AM  12    CONTACT WITH MS. HOLMES ABOUT THE COMPANY?

10:36AM  13    A.   YES.

10:36AM  14    Q.   AND DID YOU CONTINUE TO SOMETIMES GET COMMUNICATIONS FROM

10:36AM  15    MS. HOLMES AND THERANOS?

10:36AM  16    A.   YES.

10:36AM  17    Q.   LET ME ASK YOU TO LOOK AT TAB 1770.

10:36AM  18         DO YOU SEE AT 1770 THERE'S AN EMAIL FROM THERANOS TO

10:36AM  19    THERANOS SHAREHOLDERS DATED JUNE 12TH, 2014?

10:36AM  20    A.   YES.

10:36AM  21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1770.

10:37AM  22              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:37AM  23              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:37AM  24         (GOVERNMENT'S EXHIBIT 1770 WAS RECEIVED IN EVIDENCE.)

10:37AM  25    BY MR. BOSTIC:

10:37AM  1    Q.   SO WE SEE THIS EMAIL IN JUNE OF 2014; IS THAT CORRECT?

10:37AM  2    A.   YES.

10:37AM  3    Q.   AND WE'VE REDACTED EMAIL ADDRESSES EXCEPT FOR YOURS AND

10:37AM  4    MS. HOLMES; IS THAT CORRECT?

10:37AM  5    A.   YES.

10:37AM  6    Q.   AND LET'S LOOK AT PAGE 2.

10:37AM  7         AND DO YOU SEE HERE THAT THERE'S A MESSAGE FROM THERANOS

10:37AM  8    TO SHAREHOLDERS, SAYING IN THAT SECOND PARAGRAPH, "WITH THIS

10:37AM  9    EMAIL, WE'RE VERY PLEASED TO SHARE WITH YOU THIS MONTH'S

10:37AM 10    'FORTUNE' MAGAZINE COVER STORY."

10:37AM 11         IT SAYS, "'FORTUNE' DID IN-DEPTH RESEARCH TO UNDERSTAND

10:37AM 12    THE IMPACT OF OUR WORK" -- EXCUSE ME, "THE IMPACT OUR WORK WILL

10:37AM 13    HAVE ON THE WORLD, AND WE SELECTIVELY SHARED MORE OF OUR WORK

10:37AM 14    FOR THIS PIECE."

10:37AM 15         DO YOU SEE THAT?

10:37AM 16    A.   YES.

10:37AM 17    Q.   AND LET'S TURN THE PAGE TO PAGE 3.

10:37AM 18         AND DO YOU SEE THERE THAT THE EMAIL INCLUDES THE CONTENT

10:37AM 19    OF THIS ARTICLE FROM "FORTUNE" IN JUNE OF 2014?

10:38AM 20    A.   YES.

10:38AM 21    Q.   YES.  AND DO YOU RECALL READING THIS ARTICLE WHEN IT CAME

10:38AM 22    OUT IN MID-JUNE OF 2014?

10:38AM 23    A.   YES.

10:38AM 24    Q.   AND DO YOU RECALL THAT THAT ARTICLE WAS POSITIVE ABOUT

10:38AM 25    THERANOS?

LUCAS DIRECT BY MR. BOSTIC

10:38AM  1    A.    EXTREMELY.

10:38AM  2              MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

10:38AM  3              THE COURT:  YES.

10:38AM  4         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

10:38AM  5              MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

10:38AM  6              THE COURT:  YOU'LL HAVE CROSS-EXAMINATION,

10:38AM  7    MR. COOPERSMITH?

10:38AM  8              MR. COOPERSMITH:  YES, YOUR HONOR.

10:38AM  9              THE COURT:  FOLKS, WOULD YOU LIKE TO STAND UP NOW OR

10:38AM 10    TAKE A BRIEF BREAK NOW?

10:38AM 11         LET'S TAKE ABOUT 10 MINUTES, 15 MINUTE BREAK, AND THEN

10:38AM 12    WE'LL ENGAGE CROSS-EXAMINATION.

10:38AM 13         WE'LL BE BACK IN 15 MINUTES.

10:38AM 14              THE WITNESS:  OKAY.

10:38AM 15         (RECESS FROM 10:38 A.M. UNTIL 11:10 A.M.)

11:10AM 16              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

11:10AM 17    ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

11:10AM 18         OUR JURY IS PRESENT.

11:10AM 19         DO YOU HAVE CROSS-EXAMINATION, MR. COOPERSMITH?

11:10AM 20              MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

11:10AM 21         MAY I REMOVE MY MASK?

11:10AM 22              THE COURT:  YES, YES.  OF COURSE.

11:10AM 23              MR. COOPERSMITH:  THANK YOU.

11:10AM 24    ///

11:10AM 25    ///

**CROSS-EXAMINATION**

11:10AM    2    BY MR. COOPERSMITH:

11:10AM    3    Q.   GOOD MORNING.  MR. LUCAS.

11:10AM    4    A.   GOOD MORNING.

11:10AM    5    Q.   I'M JEFF COOPERSMITH.  I REPRESENT SUNNY BALWANI IN THIS

11:10AM    6    CASE.

11:10AM    7         AND I'M GOING TO ASK YOU SOME QUESTIONS ABOUT YOUR

11:10AM    8    EXPERIENCES THAT ARE RELEVANT TO THIS MATTER.  OKAY?

11:10AM    9    A.   SURE.

11:10AM   10    Q.   THANK YOU.

11:10AM   11         SO JUST TO START OFF WITH, AND I THINK YOU TALKED ABOUT

11:10AM   12    THIS ON DIRECT, BUT, IN FACT, YOU'VE NEVER MET MR. BALWANI?

11:10AM   13    A.   CORRECT.

11:10AM   14    Q.   AND YOU'VE NEVER HAD A CONVERSATION WITH MR. BALWANI?

11:10AM   15    A.   NO.

11:10AM   16    Q.   AND YOU -- IN FACT, IN THE COURTROOM TODAY, IS THIS THE

11:10AM   17    FIRST TIME THAT YOU'VE EVER EVEN SEEN HIM?

11:10AM   18    A.   YES.

11:10AM   19    Q.   AND YOUR CONTACT AT THERANOS WAS PRIMARILY

11:11AM   20    ELIZABETH HOLMES?

11:11AM   21    A.   CORRECT.

11:11AM   22    Q.   NOT MR. BALWANI?

11:11AM   23    A.   THAT'S CORRECT.

11:11AM   24    Q.   AND JUST TO BE ABSOLUTELY CLEAR, YOU NEVER SPOKE WITH

11:11AM   25    MR. BALWANI BEFORE ANY INVESTMENT YOU MADE OR YOUR FIRM MADE IN

LUCAS CROSS BY MR. COOPERSMITH

11:11AM 1    THERANOS?

11:11AM 2    A.   NO.

11:11AM 3    Q.   AND NOT BEFORE THE 2006 INVESTMENT?

11:11AM 4    A.   NO.

11:11AM 5    Q.   OR THE SECOND 2006 INVESTMENT?

11:11AM 6    A.   NO.

11:11AM 7    Q.   OR THE 2013 INVESTMENT?

11:11AM 8    A.   NO.

11:11AM 9    Q.   AND MR. BALWANI WAS NEVER ANNOUNCED AS BEING A PARTICIPANT

11:11AM 10   ON ANY PHONE CALL YOU WERE ON PERTAINING TO THERANOS?

11:11AM 11   A.   NOT TO MY KNOWLEDGE.

11:11AM 12   Q.   OR ANYTHING ELSE?

11:11AM 13   A.   CORRECT.

11:11AM 14   Q.   AND THERE'S NOTHING THAT MR. BALWANI EVER SAID OR DID THAT

11:11AM 15   INFLUENCED ANY OF YOUR DECISIONS TO INVEST IN THERANOS;

11:11AM 16   CORRECT?

11:11AM 17   A.   CORRECT.

11:11AM 18   Q.   OKAY.  LET'S JUST PIVOT TO ELIZABETH HOLMES, WHO YOU DID

11:11AM 19   HAVE A RELATIONSHIP WITH; RIGHT?

11:12AM 20   A.   YES, I HAD A -- SO I HAD BUSINESS RELATIONSHIP.

11:12AM 21        (LAUGHTER.)

11:12AM 22   BY MR. COOPERSMITH:

11:12AM 23   Q.   I DIDN'T MEAN TO IMPLY ANYTHING DIFFERENT.

11:12AM 24   A.   SORRY.

11:12AM 25   Q.   A BUSINESS RELATIONSHIP?

LUCAS CROSS BY MR. COOPERSMITH

11:12AM 1    A.   YES.

11:12AM 2    Q.   AND YOU MET ELIZABETH HOLMES IN 2006?

11:12AM 3    A.   PROBABLY SOONER.

11:12AM 4    Q.   BEFORE 2006?

11:12AM 5    A.   YES.

11:12AM 6    Q.   OKAY.  AND YOU MET HER BECAUSE YOUR UNCLE, DON LUCAS,

11:12AM 7    WAS --

11:12AM 8    A.   MADE THE INTRODUCTION, YES.

11:12AM 9    Q.   HE MADE THE INTRODUCTION?

11:12AM 10   A.   YES.

11:12AM 11   Q.   AND YOUR UNCLE, DON LUCAS, WAS ONE OF THE EARLY INVESTORS

11:12AM 12   IN THERANOS?

11:12AM 13   A.   CORRECT.

11:12AM 14   Q.   AND EVENTUALLY HE BECAME A MEMBER OF THE BOARD OF

11:12AM 15   DIRECTORS AT THERANOS?

11:12AM 16   A.   THAT'S RIGHT.

11:12AM 17   Q.   AND HE EVEN BECAME THE CHAIRMAN OF THE BOARD OF DIRECTORS?

11:12AM 18   A.   YES.

11:12AM 19   Q.   AND YOUR UNCLE, DON LUCAS, HE HAS A REPUTATION IN THE

11:12AM 20   INVESTMENT COMMUNITY HERE IN SILICON VALLEY; IS THAT RIGHT?

11:12AM 21   A.   YES.  HE HAD A GREAT CAREER.

11:12AM 22   Q.   RIGHT.

11:12AM 23   A.   YES.

11:13AM 24   Q.   AND CAN YOU JUST BRIEFLY DESCRIBE WHAT THAT WAS?

11:13AM 25   A.   HE, EARLY ON, WAS WITH THE FIRST VENTURE CAPITAL FIRM ON

11:13AM   1   THE WEST COAST, WHICH WAS CALLED DRAPER, GAITHER & ANDERSON.

11:13AM   2       AND AFTER THAT, HE WENT OUT ON HIS OWN AND WAS A PRIVATE

11:13AM   3   INVESTOR.

11:13AM   4   Q.   OKAY.  AND HE INVESTED IN SOME NOW FAMOUS SILICON VALLEY

11:13AM   5   COMPANIES?

11:13AM   6   A.   YES.

11:13AM   7   Q.   AND ONE OF THEM WAS ORACLE?

11:13AM   8   A.   YES.

11:13AM   9   Q.   AND THAT YOU CONSIDERED YOUR UNCLE, DON LUCAS, A SAVVY

11:13AM   10  INVESTOR?

11:13AM   11  A.   YES.

11:13AM   12  Q.   ONE OF THE BEST?

11:13AM   13  A.   AS I SAID, HE HAD A GREAT CAREER, YEAH.

11:13AM   14  Q.   AND A LOT OF THINGS THAT YOU PRACTICED IN YOUR OWN CAREER,

11:13AM   15  YOU LEARNED FROM DON LUCAS?

11:13AM   16  A.   CORRECT.

11:13AM   17  Q.   NOW, GOING BACK TO MS. HOLMES, WHEN YOU MET HER AND DURING

11:13AM   18  THE TIME THAT YOU WERE IN A BUSINESS RELATIONSHIP WITH HER --

11:14AM   19  A.   (LAUGHTER.)

11:14AM   20  Q.   YOU FOUND HER TO BE ARTICULATE?

11:14AM   21  A.   ABSOLUTELY.

11:14AM   22  Q.   ENGAGING?

11:14AM   23  A.   YES.

11:14AM   24  Q.   GENERALLY IMPRESSIVE?

11:14AM   25  A.   VERY IMPRESSIVE.

11:14AM 1    Q.   VERY HARD WORKING?

11:14AM 2    A.   VERY HARD WORKING.

11:14AM 3    Q.   AND VERY DRIVEN TO ACCOMPLISH THE GOALS THAT SHE HAD SET

11:14AM 4    FOR HERSELF?

11:14AM 5    A.   ABSOLUTELY.

11:14AM 6    Q.   AND THAT YOU BELIEVED THAT SHE HAD A WONDERFUL VISION FOR

11:14AM 7    THE COMPANY THAT ULTIMATELY BECAME THERANOS; CORRECT?

11:14AM 8    A.   YES.

11:14AM 9    Q.   AND YOU'RE AWARE THAT YOUR UNCLE, DON LUCAS, HAD A SIMILAR

11:14AM 10   OPINION OF HER?

11:14AM 11   A.   YES.

11:14AM 12   Q.   AND WHEN YOU MAKE INVESTMENTS, YOU PUT A LOT OF FAITH IN

11:14AM 13   THE FOUNDERS OF A COMPANY?

11:14AM 14   A.   YES.   THAT WAS ONE OF HIS PRIMARY TENETS WAS YOU'RE

11:14AM 15   INVESTING IN THE PEOPLE.

11:14AM 16   Q.   OKAY.   AND ALSO YOU FOUND MS. HOLMES VERY PASSIONATE ABOUT

11:14AM 17   WHAT SHE DID?

11:14AM 18   A.   YES.

11:14AM 19   Q.   AND SINCERE?

11:14AM 20   A.   YES.

11:14AM 21   Q.   AND THAT WAS ANOTHER REASON WHY YOU WERE COMFORTABLE WITH

11:14AM 22   YOUR INVESTMENTS --

11:14AM 23   A.   YES.

11:14AM 24   Q.   -- AND INVOLVEMENT WITH THERANOS?

11:14AM 25   A.   YES.

LUCAS CROSS BY MR. COOPERSMITH

11:15AM 1    Q.   YES?

11:15AM 2    A.   YES.

11:15AM 3    Q.   OKAY.  PIVOTING TO ANOTHER PERSON.

11:15AM 4         YOU ALSO KNEW OF A STANFORD PROFESSOR NAMED

11:15AM 5    CHANNING ROBERTSON?

11:15AM 6    A.   YES.

11:15AM 7    Q.   AND YOU'VE MET DR. ROBERTSON?

11:15AM 8    A.   I HAVE.

11:15AM 9    Q.   AND YOU UNDERSTAND THAT DR. ROBERTSON HAD A LONG AND

11:15AM 10   DISTINGUISHED CAREER AT STANFORD UNIVERSITY?

11:15AM 11   A.   YES.

11:15AM 12   Q.   AND HE WAS IN THE CHEMICAL ENGINEERING DEPARTMENT?

11:15AM 13   A.   YES.

11:15AM 14   Q.   AND, IN FACT, AT ONE POINT HE HAD BEEN A DEAN AT STANFORD?

11:15AM 15   A.   I, I DON'T KNOW, BUT, YES.

11:15AM 16   Q.   AND YOU UNDERSTAND THAT THERE WAS A CONNECTION BETWEEN

11:15AM 17   MS. HOLMES AND PROFESSOR ROBERTSON AT STANFORD?

11:15AM 18   A.   YES.

11:15AM 19   Q.   AND YOU'VE MET PROFESSOR ROBERTSON; RIGHT?

11:15AM 20   A.   MAYBE A COUPLE OF TIMES, YES.

11:15AM 21   Q.   OKAY.  AND, IN FACT, YOU MET HIM IN THE CONTEXT OF

11:15AM 22   THERANOS; CORRECT?

11:15AM 23   A.   THAT WOULD HAVE BEEN THE ONLY REASON.

11:15AM 24   Q.   RIGHT.

11:15AM 25        AND YOU HAD A DISCUSSION WITH DR. ROBERTSON ABOUT

11:16AM  1    THERANOS'S TECHNOLOGY?

11:16AM  2    A.   YES.

11:16AM  3    Q.   AND DR. ROBERTSON TOLD YOU THAT --

11:16AM  4              MR. BOSTIC:  OBJECTION.  HEARSAY IF IT'S BEING

11:16AM  5    OFFERED FOR THE TRUTH.

11:16AM  6              MR. COOPERSMITH:  IT'S BEING OFFERED TO SHOW THE

11:16AM  7    INFORMATION THAT THE INVESTOR HAD GOING INTO THE INVESTMENTS.

11:16AM  8              THE COURT:  FOR THE TRUTH OF THAT INFORMATION?

11:16AM  9              MR. COOPERSMITH:  NO.  JUST FOR NOTICE TO MR. LUCAS.

11:16AM  10             THE COURT:  THAT HE RECEIVED INFORMATION FROM THE

11:16AM  11   DOCTOR?

11:16AM  12             MR. COOPERSMITH:  YES, YOUR HONOR.

11:16AM  13             THE COURT:  ALL RIGHT.  THIS WILL BE ADMITTED NOT

11:16AM  14   FOR THE TRUTH OF THE MATTER ASSERTED, LADIES AND GENTLEMEN, BUT

11:16AM  15   JUST AS TO THE ISSUE OF INFORMATION PROVIDED IN REGARDS TO THIS

11:16AM  16   INVESTMENT BY MR. LUCAS.

11:16AM  17             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:16AM  18   Q.   SO LET ME STATE MY QUESTION AGAIN.

11:16AM  19        MR. LUCAS, DR. ROBERTSON TOLD YOU THAT THE THERANOS

11:16AM  20   TECHNOLOGY WORKED GREAT?

11:16AM  21   A.   YES.

11:16AM  22   Q.   AND THAT WAS IMPORTANT TO YOU; RIGHT?

11:16AM  23   A.   YES, VALIDATING.

11:17AM  24   Q.   BECAUSE DR. ROBERTSON WAS A SCIENTIST?

11:17AM  25   A.   YES.

11:17AM   1   Q.   AND SOMEONE WHO WOULD HAVE HAD SUPERIOR KNOWLEDGE TO YOUR

11:17AM   2   OWN ABOUT TECHNICAL MATTERS LIKE THAT?

11:17AM   3   A.   YES.

11:17AM   4   Q.   AND YOU UNDERSTAND THAT DR. ROBERTSON ALSO JOINED THE

11:17AM   5   THERANOS BOARD AT SOME POINT?

11:17AM   6   A.   YES.

11:17AM   7   Q.   AND HE WAS A MENTOR TO ELIZABETH HOLMES?

11:17AM   8   A.   YES.

11:17AM   9   Q.   OKAY.   TURNING TO -- BACK TO MS. HOLMES FOR A MINUTE.

11:17AM  10        YOU WERE AWARE -- WELL, EVEN THOUGH YOU NEVER MET

11:17AM  11   MR. BALWANI, YOU HAD HEARD HIS NAME AT SOME POINT I'M ASSUMING?

11:17AM  12   A.   YES.   THE TIMEFRAME, I DON'T REMEMBER.

11:17AM  13   Q.   OKAY.   AND, IN FACT, YOU KNEW THAT MS. HOLMES HAD A

11:17AM  14   ROMANTIC RELATIONSHIP WITH A PERSON WHO HAD BECOME AN EXECUTIVE

11:17AM  15   AT THERANOS; CORRECT?

11:18AM  16   A.   YES.   AGAIN, I DON'T KNOW IN WHAT TIMEFRAME.

11:18AM  17   Q.   OKAY.   LET ME SHOW YOU SOMETHING THAT MIGHT REFRESH YOUR

11:18AM  18   MEMORY.   IF YOU COULD TURN -- WELL, I BETTER HAND OUT THE

11:18AM  19   BINDERS FIRST.

11:18AM  20   A.   OKAY.

11:18AM  21             MR. COOPERSMITH:   MAY I, YOUR HONOR?

11:18AM  22             THE COURT:   YES.

11:18AM  23             MR. COOPERSMITH:   (HANDING.)

11:18AM  24        MAY I APPROACH THE WITNESS, YOUR HONOR?

11:18AM  25             THE COURT:   YES.

11:18AM  1        MR. COOPERSMITH:  (HANDING.)

11:19AM  2   Q.   OKAY.  MR. LUCAS, JUST TO SEE IF I CAN REFRESH YOUR MEMORY

11:19AM  3   ABOUT THIS PARTICULAR POINT, COULD YOU PLEASE FIND IN YOUR

11:19AM  4   BINDER THAT I'VE JUST HANDED YOU TAB 4873.

11:19AM  5        YOU FOUND IT?

11:19AM  6   A.   OH, YES.

11:19AM  7   Q.   THANK YOU.  AND YOU KNOW WHO BRYAN TOLBERT IS?

11:19AM  8   A.   YES.

11:19AM  9   Q.   AND HE WAS ANOTHER INVESTOR IN THERANOS?

11:19AM  10  A.   YES.

11:19AM  11  Q.   AND HE WORKED FOR AN INDIVIDUAL NAMED CRAIG HALL; RIGHT?

11:19AM  12  A.   CORRECT.

11:19AM  13  Q.   AND CRAIG HALL IS THE HEAD OF THE HALL GROUP; CORRECT?

11:19AM  14  A.   YES.

11:19AM  15  Q.   AND MR. HALL IS ALSO AN INVESTOR WHO INVESTS IN VARIOUS

11:20AM  16  COMPANIES; RIGHT?

11:20AM  17  A.   CORRECT.

11:20AM  18  Q.   AND THROUGH HIS COMPANY, ALSO THERANOS?

11:20AM  19  A.   YES.

11:20AM  20  Q.   AND YOU UNDERSTAND MR. HALL AT ONE POINT WAS THE LARGEST

11:20AM  21  SHAREHOLDER IN AMERICAN AIRLINES; IS THAT RIGHT?

11:20AM  22  A.   THAT'S AS I UNDERSTAND IT, YES.

11:20AM  23  Q.   OKAY.  SO YOU HAD A LOT OF CONVERSATIONS WITH

11:20AM  24  BRYAN TOLBERT OVER THE YEARS ABOUT THERANOS; RIGHT?

11:20AM  25  A.   CORRECT.

11:20AM 1    Q.    AND HE WAS -- YOU PROVIDED INFORMATION THAT YOU WERE

11:20AM 2    LEARNING TO MR. TOLBERT?

11:20AM 3    A.    YES.

11:20AM 4    Q.    AND THAT'S INFORMATION THAT YOU OBTAINED FROM YOUR UNCLE,

11:20AM 5    DON LUCAS?

11:20AM 6    A.    YES, BACK WHEN HE WAS INVOLVED, YES.

11:20AM 7    Q.    RIGHT.  AND ALSO INFORMATION THAT YOU LEARNED FROM

11:20AM 8    ELIZABETH HOLMES?

11:20AM 9    A.    CORRECT.

11:20AM 10   Q.    RIGHT.  IF YOU WOULD TURN IN THE DOCUMENT THAT I'VE JUST

11:20AM 11   REFERRED YOU TO, TO PAGE 18.

11:21AM 12   A.    OKAY.

11:21AM 13   Q.    AND YOU SEE THERE ARE SOME HEADINGS THAT CORRESPOND TO

11:21AM 14   DATES?

11:21AM 15   A.    YES.

11:21AM 16   Q.    AND DO YOU SEE THE ONE FOR JULY 14TH, 2011?

11:21AM 17   A.    I DO.

11:21AM 18   Q.    AND THERE ARE SEVERAL BULLET POINTS DOWN THERE?

11:21AM 19   A.    YES.

11:21AM 20   Q.    AND YOU SEE THE LAST OF THE BULLET POINTS IN THAT SECTION?

11:21AM 21   A.    YES.

11:21AM 22   Q.    AND WITHOUT READING IT OUT LOUD, JUST READING IT TO

11:21AM 23   YOURSELF, JUST TAKE A SECOND TO READ IT.

11:21AM 24         AND THEN I JUST -- I'M GOING TO ASK YOU IF THAT REFRESHES

11:21AM 25   YOUR MEMORY THAT YOU KNEW THAT ELIZABETH HOLMES HAD A BOYFRIEND

11:21AM  1    WHO WAS WORKING AT THERANOS?

11:21AM  2    A.   THAT WOULD CERTAINLY -- IS THIS -- AND THESE ARE

11:21AM  3    CONVERSATIONS WITH CHRIS LUCAS AND THIS -- HOW DID THIS -- HOW

11:21AM  4    IS THIS -- WHO HAS PREPARED THIS.

11:22AM  5    Q.   RIGHT.  SO I'LL DO THE BEST I CAN TO ASK YOU A QUESTION

11:22AM  6    THAT MIGHT HELP.

11:22AM  7    A.   OKAY.

11:22AM  8    Q.   SO AS I SAID, YOU HAD A LOT OF DISCUSSIONS WITH

11:22AM  9    BRYAN TOLBERT; RIGHT?

11:22AM  10   A.   YES.

11:22AM  11   Q.   AND YOU UNDERSTAND THAT SOMETIMES WHEN YOU HAVE

11:22AM  12   CONVERSATIONS WITH PEOPLE, THEY TAKE NOTES?

11:22AM  13   A.   YES.

11:22AM  14   Q.   OKAY.  AND I KNOW THAT THESE AREN'T YOUR NOTES.  OKAY?

11:22AM  15   A.   THAT'S FOR SURE.

11:22AM  16   Q.   RIGHT.  WE KNOW THAT.

11:22AM  17        BUT THE ONLY QUESTION I HAVE, AND YOU CAN ANSWER EITHER

11:22AM  18   WAY, BUT LOOKING AT THE SECTION THAT I JUST DIRECTED YOU TO --

11:22AM  19   A.   YEAH.

11:22AM  20   Q.   -- DOES THAT REFRESH YOUR RECOLLECTION THAT YOU TOLD

11:22AM  21   MR. TOLBERT THAT MS. HOLMES HAD A BOYFRIEND WHO HAD JOINED

11:22AM  22   THERANOS?

11:22AM  23   A.   I HAVE NO REASON TO DISBELIEVE THAT THIS IS INACCURATE.

11:22AM  24   Q.   OKAY.  SO YOU THINK THAT --

11:22AM  25   A.   THAT IT IS INDEED ACCURATE.

11:22AM   1         AND I DID AT SOME POINT THAT MR. BALWANI HAD SOLD HIS

11:23AM   2   COMPANY SUCCESSFULLY AND THAT HE WAS INVOLVED.  I JUST DIDN'T

11:23AM   3   KNOW AT WHAT TIME PERIOD.

11:23AM   4   Q.   SO IN THIS CASE NOT JUST A BUSINESS RELATIONSHIP, BUT

11:23AM   5   ANOTHER TYPE OF RELATIONSHIP; RIGHT?

11:23AM   6   A.   YES.  AND IT SEEMS THAT THIS IDENTIFIES THAT DATE.

11:23AM   7   Q.   RIGHT.

11:23AM   8         SO IS IT THE CASE, MR. LUCAS, THAT YOU KNEW THAT

11:23AM   9   MS. HOLMES WAS IN A ROMANTIC RELATIONSHIP WITH ANOTHER PERSON

11:23AM  10   WHO JOINED THERANOS AS AN EXECUTIVE PRIOR TO YOUR 2013

11:23AM  11   INVESTMENT?

11:23AM  12   A.   IT APPEARS TO BE THE CASE, YES.

11:23AM  13   Q.   OKAY.  THANK YOU.

11:23AM  14         LET'S JUST GO NOW TO A DIFFERENT SUBJECT, MR. LUCAS, WHICH

11:23AM  15   IS YOUR OWN INVESTMENT BACKGROUND.  AND I WON'T BELABOR THE

11:23AM  16   POINT BECAUSE I KNOW YOU TALKED ABOUT THIS ON DIRECT.

11:23AM  17         BUT YOU'VE BEEN AN INVESTOR NOW FOR AT LEAST A COUPLE OF

11:24AM  18   DECADES; RIGHT?

11:24AM  19   A.   YES.

11:24AM  20   Q.   AND YOU CONSIDER YOURSELF A GOOD JUDGE OF INVESTMENTS, YOU

11:24AM  21   KNOW, AS BEST YOU CAN; RIGHT?

11:24AM  22   A.   AS BEST YOU CAN, YEP.

11:24AM  23   Q.   AND AS YOU SAID, IN YOUR VENTURE CAPITAL WORLD, YOU DON'T

11:24AM  24   EXPECT A WINNER EVERY TIME THAT YOU MAKE AN INVESTMENT; RIGHT?

11:24AM  25   A.   CORRECT.

LUCAS CROSS BY MR. COOPERSMITH

11:24AM  1   Q.   THAT WOULD BE NICE?

11:24AM  2   A.   IT WOULD BE GREAT.

11:24AM  3   Q.   BUT THAT'S NOT REALITY?

11:24AM  4   A.   CORRECT.

11:24AM  5   Q.   AND SO THAT -- I THINK, JUST TO BE CLEAR, YOUR NUMBERS

11:24AM  6   THAT YOU GAVE DURING DIRECT, IS THAT IF YOU HAD TEN COMPANIES

11:24AM  7   THAT A VENTURE CAPITAL FIRM LIKE YOUR OWN INVESTED IN, IF THREE

11:24AM  8   OR FOUR WENT -- WERE COMPLETE ZEROS, THAT WOULD NOT BE

11:24AM  9   SURPRISING; RIGHT?

11:24AM  10  A.   CORRECT.

11:24AM  11  Q.   RIGHT.

11:24AM  12       SO YOU'RE JUST HOPING THAT THE FEW WINNERS THAT YOU'RE

11:24AM  13  ABLE TO PICK ARE PROFITABLE ENOUGH THAT IT OUTWEIGHS THE OTHER

11:24AM  14  ONES THAT ARE NOT; RIGHT?

11:24AM  15  A.   THAT'S RIGHT.

11:24AM  16  Q.   RIGHT.

11:24AM  17       AND YOU NEVER KNOW, RIGHT?  EVERY INVESTMENT YOU GO INTO,

11:25AM  18  YOU HAVE HIGH HOPES THAT IT'S GOING TO BE A SUCCESS; RIGHT?

11:25AM  19  A.   EVERY TIME.

11:25AM  20  Q.   BECAUSE OTHERWISE YOU WOULDN'T DO IT?

11:25AM  21  A.   THAT'S RIGHT.

11:25AM  22  Q.   BUT YOU KNOW REALISTICALLY THAT THAT'S JUST NOT HOW IT'S

11:25AM  23  GOING TO TURN OUT?

11:25AM  24  A.   THAT'S RIGHT.

11:25AM  25  Q.   RIGHT.

LUCAS CROSS BY MR. COOPERSMITH

11:25AM  1          SO YOU KNOW GOING IN THAT YOU'RE ALMOST GOING TO ALMOST

11:25AM  2     INDEFINITELY LOSE MONEY ON MOST OF THE INVESTMENTS THAT YOU

11:25AM  3     MAKE; RIGHT?

11:25AM  4     A.   WELL, MAYBE NOT MOST, BUT, YES, THERE'S A HIGH

11:25AM  5     PROBABILITY, ESPECIALLY OF THOSE THAT ARE EARLY STAGE.

11:25AM  6     Q.   OKAY.  AND YOU HAVE A TEAM OF PEOPLE THAT WORK FOR YOU --

11:25AM  7     AND YOU SAID THAT YOU'RE THE MOST SENIOR PERSON AT

11:25AM  8     BLACK DIAMOND VENTURES?

11:25AM  9     A.   YES.

11:25AM  10    Q.   AND SO YOU HAVE A TEAM OF PEOPLE WHO HELP YOU EVALUATE

11:25AM  11    WHERE TO PLACE THE BETS --

11:25AM  12    A.   YES.

11:25AM  13    Q.   -- AND WHERE NOT TO PLACE THE BETS; RIGHT?

11:25AM  14    A.   YES.

11:25AM  15    Q.   OKAY.  AND MS. QUINTANA IS ONE OF THOSE PEOPLE?

11:25AM  16    A.   YES.

11:25AM  17    Q.   AND THERE ARE OTHER PEOPLE, TOO, RIGHT?

11:25AM  18    A.   YES.  AND ADVISORS AND FRIENDS AND SO FORTH, YES.

11:26AM  19    Q.   OKAY.  NOW, IN CONNECTION WITH YOUR 2006 INVESTMENTS, YOU

11:26AM  20    RECEIVED FROM -- SOME WRITTEN MATERIALS FROM THERANOS; CORRECT?

11:26AM  21    A.   YES.

11:26AM  22    Q.   AND I THINK YOU DESCRIBED THEM AS RUDIMENTARY; IS THAT

11:26AM  23    RIGHT?

11:26AM  24    A.   YES.  IF I RECALL, IT WAS MAYBE 20 PAGES LONG DESCRIBING

11:26AM  25    THE TECHNOLOGY AND WHAT IT COULD POTENTIALLY BE USED FOR.

LUCAS CROSS BY MR. COOPERSMITH

11:26AM  1    Q.   OKAY.  AND YOU RECALL THAT THERE WAS A PARTICULAR DOCUMENT

11:26AM  2    THAT YOU GOT THAT WENT THROUGH THE DIFFERENT VERSIONS OF THE

11:26AM  3    THERANOS DEVICE THAT MIGHT OCCUR OVER TIME?

11:26AM  4    A.   I JUST DON'T RECALL.

11:26AM  5    Q.   OKAY.  AND JUST TO SEE IF I CAN HELP YOU.  SO VERSIONS,

11:27AM  6    WHAT I MEAN BY THAT IS, YOU KNOW, EDISON 1.0, 2.0, 3.0, 4.0,

11:27AM  7    5.0 --

11:27AM  8    A.   YES.

11:27AM  9    Q.   -- THAT SORT OF THING?

11:27AM  10   A.   YES.

11:27AM  11        AND LIKE OTHER TECHNOLOGY, MAKING SOMETHING FASTER,

11:27AM  12   SMALLER, MORE POWERFUL, FOLLOWING THE TYPICAL CURVE OF, YOU

11:27AM  13   KNOW, A LOT OF TECHNOLOGY.

11:27AM  14   Q.   RIGHT.

11:27AM  15   A.   YEAH.

11:27AM  16   Q.   AND SO YOU UNDERSTAND THAT EVEN IF A COMPANY HAS DEVELOPED

11:27AM  17   SOME TECHNOLOGY, IT'S GOING TO, IF IT'S SMART, CONTINUE TO

11:27AM  18   IMPROVE AND WORK ON THE TECHNOLOGY; RIGHT?

11:27AM  19   A.   CORRECT.

11:27AM  20   Q.   SO, FOR EXAMPLE, IF APPLE COMES UP WITH AN IPHONE, IT

11:27AM  21   MIGHT STILL BE WORKING ON NEW VERSIONS OF THE IPHONE; RIGHT?

11:27AM  22   A.   YES.

11:27AM  23   Q.   AND THE VERSION THAT THEY PUT OUT MIGHT BE A PERFECTLY

11:27AM  24   GOOD SERVICEABLE IPHONE; RIGHT?

11:27AM  25   A.   YES.

11:27AM  1    Q.   BUT THEY MIGHT THINK OF SOME NEW FEATURES THAT THEY COULD

11:27AM  2    ADD TO IT; RIGHT?

11:27AM  3    A.   YES.

11:27AM  4    Q.   AND SOME WAY TO MAKE THE USER EXPERIENCE BETTER?

11:27AM  5    A.   THAT'S RIGHT.

11:27AM  6    Q.   OR IT MIGHT BE ABLE TO DO MORE OR CONTAIN MORE APPS ON IT;

11:28AM  7    RIGHT?

11:28AM  8    A.   SURE.

11:28AM  9    Q.   AND BY THE SAME TOKEN, THE THERANOS DEVICES OVER TIME, THE

11:28AM  10   FIRST ONE MIGHT BE ABLE TO DO A FEW ASSAYS; RIGHT?

11:28AM  11        AND THEN LATER VERSIONS --

11:28AM  12   A.   YES.

11:28AM  13   Q.   -- MIGHT BE ABLE TO HANDLE MORE ASSAYS; RIGHT?

11:28AM  14   A.   CORRECT.

11:28AM  15   Q.   OKAY.  AND THAT'S WHAT YOU WOULD EXPECT?

11:28AM  16   A.   YEAH, THAT WOULD BE A NATURAL LIFECYCLE.

11:28AM  17   Q.   OKAY.  AND DO YOU HAVE A MEMORY, MR. LUCAS, THAT THE

11:28AM  18   DOCUMENT THAT I WAS DESCRIBING A MINUTE AGO, ACTUALLY TALKED

11:28AM  19   ABOUT THE THERANOS 3.0 SERIES OF DEVICES?

11:28AM  20   A.   I DON'T REMEMBER.

11:28AM  21   Q.   OKAY.  IF I COULD SHOW YOU ANOTHER TAB.  IT'S TAB 12022 IN

11:28AM  22   YOUR BINDER.

11:29AM  23   A.   YES.

11:29AM  24   Q.   IF YOU GO ON THE VARIOUS PAGES OF THAT DOCUMENT TO THE

11:29AM  25   VERY BOTTOM RIGHT, YOU'LL SEE SOME NUMBERS THAT ACTUALLY START

11:29AM  1    WITH LETTERS AND THEN ARE NUMBERS.

11:29AM  2         WE CALL THEM BATES NUMBERS.

11:29AM  3    A.   YES.

11:29AM  4    Q.   OKAY.  AND IF YOU COULD GO TO THE ONE THAT IS ENDING IN

11:29AM  5    806.

11:29AM  6    A.   YES.

11:29AM  7    Q.   AND ALSO, MR. LUCAS, IF YOU WANT TO LOOK AT THE FIRST PAGE

11:29AM  8    OF THE EXHIBIT, 12022, JUST TO ORIENT YOURSELF TO WHAT IT IS,

11:29AM  9    THAT IS ALSO FINE.

11:30AM  10   A.   YES.

11:30AM  11   Q.   OKAY.  AND LOOKING AT THAT PAGE ENDING IN 806, IS THAT A

11:30AM  12   DOCUMENT THAT YOU SAW IN CONNECTION WITH YOUR EARLIER

11:30AM  13   INVESTMENT IN THERANOS?

11:30AM  14   A.   YES.

11:30AM  15   Q.   AND DOES THAT REFRESH YOUR MEMORY THAT THERE WAS

11:30AM  16   DISCUSSION OF THE THERANOS 3.0 DEVICE?

11:30AM  17   A.   SURE.  THAT'S WHAT IT SAYS THERE, SO YES.

11:30AM  18   Q.   OKAY.  AND YOU UNDERSTOOD THAT THE THERANOS 3.0 DEVICE,

11:30AM  19   SET FORTH BACK IN THIS TIME PERIOD, WAS EXPECTED TO BE ABLE TO

11:30AM  20   DO ABOUT TEN ASSAYS?

11:30AM  21   A.   ON LOOKING BACK, LOOKING AT THIS, YES.

11:30AM  22   Q.   OKAY.  AND THEN LATER VERSIONS WOULD DO MORE ASSAYS?

11:30AM  23   A.   YES.

11:30AM  24   Q.   AND EVENTUALLY THE THERANOS 5.0 SERIES MIGHT BE ABLE TO DO

11:31AM  25   MORE THAN A THOUSAND ASSAYS; RIGHT?

LUCAS CROSS BY MR. COOPERSMITH                                      5652

11:31AM  1   A.   YES.

11:31AM  2   Q.   AND YOU KNEW AT THE TIME THAT YOU WERE WORKING WITH

11:31AM  3   THERANOS, THAT YOU NEVER BELIEVED IT COULD DO MORE THAN DOZENS

11:31AM  4   OF ASSAYS; RIGHT?

11:31AM  5   A.   CORRECT.

11:31AM  6   Q.   OKAY.  AND WERE YOU AWARE AT THE TIME OF YOUR 2013

11:31AM  7   INVESTMENT, MR. LUCAS, THAT THERANOS HAD BEEN RUNNING OVER 50

11:31AM  8   FINGERSTICK ASSAYS WITH THEIR -- IN THEIR LAB?

11:31AM  9   A.   WELL, AS I SAID, I BELIEVED THEY COULD DO DOZENS.

11:31AM 10   Q.   OKAY.  AND 50 WOULD BE DOZENS; RIGHT?

11:31AM 11   A.   YEAH.  SURE.

11:31AM 12   Q.   OKAY.  SO ACTUALLY THE DOZENS THAT YOU BELIEVED THERANOS

11:31AM 13   COULD DO, WERE MORE THAN WHAT MS. HOLMES HAD PREDICTED THERANOS

11:31AM 14   3.0 SERIES COULD DO BACK IN THE 2005 TIME PERIOD; RIGHT?

11:32AM 15   A.   THAT WOULD BE, THAT WOULD BE CORRECT.

11:32AM 16   Q.   RIGHT.

11:32AM 17        AND YOU KNEW THIS THE WHOLE TIME THAT YOU WERE ASSOCIATED

11:32AM 18   OR WORKING WITH THERANOS, INCLUDING DURING ALL OF THE TIME THAT

11:32AM 19   YOU WERE AN INVESTOR; RIGHT?

11:32AM 20   A.   WELL, THIS IS -- I WOULD HAVE SEEN THIS WHENEVER THIS WAS,

11:32AM 21   2005, AND THIS WAS GOING FORWARD PROJECTING.  AND AS YOU SEE,

11:32AM 22   THE TIMEFRAME GOES FROM 2005 TO 2010.

11:32AM 23        SO IN 2010, YOU HAVE THE THERANOS 5.0 DOING MORE THAN A

11:32AM 24   THOUSAND TESTS.

11:32AM 25   Q.   RIGHT.

LUCAS CROSS BY MR. COOPERSMITH                                              5653

11:32AM  1              BUT SOMETIMES, YOU UNDERSTAND, THAT WHAT COMPANIES PREDICT

11:32AM  2       WILL HAPPEN IN A PARTICULAR YEAR, IT MIGHT GO SLOWER THAN THAT;

11:32AM  3       RIGHT?

11:32AM  4       A.    YEAH.  NO, THAT'S RIGHT.

11:32AM  5       Q.    AND THAT'S FAIR; RIGHT?

11:32AM  6       A.    YES.

11:32AM  7       Q.    AND THAT WOULDN'T BE ALARMING TO YOU; RIGHT?

11:33AM  8       A.    AS LONG AS WE WERE PROGRESSING THAT WAY, YES, THAT WOULD

11:33AM  9       NOT BE ALARMING.

11:33AM  10      Q.    RIGHT.

11:33AM  11             AND, IN FACT, EVEN THOUGH YOU HAD SEEN A PREDICTION IN

11:33AM  12      2005, BY THE TIME THAT YOU INVESTED IN 2013, YOU STILL BELIEVED

11:33AM  13      THAT THERANOS COULD ONLY DO DOZENS OF ASSAYS; RIGHT?

11:33AM  14      A.    THAT'S RIGHT.

11:33AM  15      Q.    NOT HUNDREDS?

11:33AM  16      A.    THAT'S RIGHT.

11:33AM  17      Q.    AND NOT THOUSANDS?

11:33AM  18      A.    CORRECT.

11:33AM  19      Q.    OKAY.  AND YOU ALSO UNDERSTOOD, AS A SAVVY INVESTOR, THAT

11:33AM  20      THERE WERE ALL SORTS OF RISKS ASSOCIATED WITH DEVELOPMENT OF

11:33AM  21      THIS COMPANY AND ITS TECHNOLOGY?

11:33AM  22      A.    YES.

11:33AM  23      Q.    AND, FOR EXAMPLE, ONE RISK WOULD BE REGULATORY RISK?

11:33AM  24      A.    YES.

11:33AM  25      Q.    AND THAT SOMETIMES A COMPANY HAS TO DEAL WITH REGULATORS

11:33AM   1    AND THERE MIGHT BE SOME LIMITS ON WHAT THEY COULD ROLL OUT AT A

11:33AM   2    PARTICULAR TIME; RIGHT?

11:33AM   3    A.   YES.

11:33AM   4    Q.   AND YOU ALSO KNEW THAT THERANOS, WHEN IT LAUNCHED WITH

11:34AM   5    WALGREENS, AND WE'LL TALK ABOUT THIS MORE IN A MINUTE, IT WAS

11:34AM   6    ACTUALLY COLLECTING SAMPLES AT WALGREENS; RIGHT?

11:34AM   7    A.   YES.

11:34AM   8    Q.   IT WASN'T PLACING THE DEVICES IN THE WALGREENS STORES?

11:34AM   9    A.   THE INTENTION WAS TO PLACE THE DEVICES INTO STORES.

11:34AM   10        AND I THINK THERE WAS A DECISION, EITHER MUTUALLY OR BY

11:34AM   11   ONE OF THE OTHER THAT EVENED IT UP, THAT THEY WERE JUST

11:34AM   12   COLLECTING THE SAMPLES IN THE STORES.

11:34AM   13   Q.   AND WHEN YOU SAY "MUTUALLY" YOU MEAN --

11:34AM   14   A.   BETWEEN WALGREENS AND THERANOS.

11:34AM   15   Q.   RIGHT.

11:34AM   16        SO YOU KNEW THAT BEFORE YOUR 2013 INVESTMENT?

11:34AM   17   A.   NO, THAT'S NOT CORRECT.

11:34AM   18   Q.   OKAY.  YOU KNEW THAT AT SOME POINT DURING YOUR INVESTMENT?

11:34AM   19   A.   AFTER 2013.

11:34AM   20   Q.   OKAY.

11:34AM   21   A.   YES.

11:34AM   22   Q.   YOU UNDERSTOOD --

11:34AM   23   A.   I BELIEVE.

11:34AM   24   Q.   -- AT SOME POINT THAT THERE HAD BEEN A DECISION, PERHAPS

11:35AM   25   MUTUALLY, THAT THE DEVICES WOULD NOT BE PLACED IN THE STORES,

11:35AM 1  BUT SAMPLES WOULD BE COLLECTED AND TRANSPORTED TO A LAB AT

11:35AM 2  THERANOS; RIGHT?

11:35AM 3  A.   YES.

11:35AM 4  Q.   AND THAT WASN'T -- THAT DIDN'T ALARM YOU IN ANY WAY;

11:35AM 5  RIGHT?

11:35AM 6  A.   NO.

11:35AM 7  Q.   OKAY.  DURING DIRECT YOU TALKED ABOUT YOUR TWO 2006

11:35AM 8  INVESTMENTS; RIGHT?

11:35AM 9  A.   YES.

11:35AM 10  Q.   AND ONE OF THEM WAS EARLIER IN THE YEAR?

11:35AM 11  A.   CORRECT.

11:35AM 12  Q.   AND THE OTHER ONE WAS IN THE FALL OF 2006?

11:35AM 13  A.   YES.

11:35AM 14  Q.   AND I THINK YOU SAID THE INITIAL INVESTMENT IN 2006 WAS

11:35AM 15  FOR $400,000?

11:35AM 16  A.   CORRECT.

11:35AM 17  Q.   AND THAT WAS FUNDS THAT CAME FROM PARTIALLY YOURSELF BUT

11:35AM 18  ALSO OTHER INVESTORS IN BLACK DIAMOND VENTURES?

11:36AM 19  A.   THAT'S RIGHT.

11:36AM 20  Q.   AND THE LATER INVESTMENT, I'M NOT SURE WE GOT A NUMBER ON

11:36AM 21  THAT, BUT DO YOU RECALL WHAT THE AMOUNT OF THE SECOND

11:36AM 22  INVESTMENT IN 2006 WAS?

11:36AM 23  A.   I THINK IT WAS ABOUT A MILLION AND 2.

11:36AM 24  Q.   OKAY.  LET'S JUST TAKE A LOOK AT THAT REAL QUICK.

11:36AM 25       IF YOU COULD GO TO EXHIBIT 12003A.

11:36AM 1   A.   COULD YOU SAY THE NUMBER AGAIN.

11:36AM 2   Q.   SURE.

11:36AM 3        IT'S EXHIBIT 12003 AND THEN A CAPITAL A AT THE END.

11:37AM 4   A.   OH, YES, I HAVE IT.

11:37AM 5   Q.   OKAY.  AND LOOKING AT PAGE -- LOOKING AT THE SAME TYPES OF

11:37AM 6   NUMBERS, THE PAGE ENDING WITH 8291.

11:37AM 7        DO YOU SEE THAT?

11:37AM 8   A.   YES.

11:37AM 9   Q.   AND LOOKING AT PARAGRAPH 1.2, DOES THAT HELP YOU WITH

11:37AM 10  ANSWERING A QUESTION ABOUT HOW MUCH -- HOW MUCH MONEY PER SHARE

11:37AM 11  YOU PAID FOR THAT SECOND 2006 INVESTMENT?

11:37AM 12  A.   YES.

11:37AM 13  Q.   AND WHAT WAS THE AMOUNT?

11:37AM 14  A.   $2.82 PER SHARE.

11:37AM 15  Q.   OKAY.  AND HOW MANY SHARES DID YOU PURCHASE AT THAT TIME?

11:38AM 16  A.   WELL, IF IT WAS ABOUT A MILLION 2 AND DIVIDE BY 2.82, IT'S

11:38AM 17  ABOUT 4,000 -- I'M SORRY, 400,000 SHARES.

11:38AM 18  Q.   OKAY.  AND DO YOU UNDERSTAND THAT AT THAT TIME,

11:38AM 19  MR. BALWANI DIDN'T WORK FOR THERANOS?

11:38AM 20  A.   NOT TO MY KNOWLEDGE, BUT --

11:38AM 21  Q.   OKAY.  LET'S JUST MOVE TO 2007, MR. LUCAS.  SO THIS IS THE

11:38AM 22  YEAR FOLLOWING THOSE TWO INVESTMENTS; RIGHT?

11:38AM 23       AND YOU AT THAT POINT WERE WORKING WITH MS. HOLMES TO HELP

11:38AM 24  DEVELOP SOME FINANCIAL MODELS?

11:38AM 25  A.   YES.

11:38AM 1    Q.   AND YOU DID THAT BECAUSE YOU WANTED TO HELP HER UNDERSTAND

11:38AM 2    HOW TO PUT TOGETHER A FINANCIAL MODEL?

11:38AM 3    A.   JUST TO HELP BECAUSE THEY DIDN'T HAVE THE ABILITY TO DO

11:39AM 4    THAT, THAT'S RIGHT.

11:39AM 5    Q.   RIGHT.

11:39AM 6         BUT YOU HAD THAT SORT OF EXPERIENCE; RIGHT?

11:39AM 7    A.   YES.

11:39AM 8    Q.   OKAY.  AND YOU WERE -- WHAT YOU WERE PUTTING TOGETHER WAS

11:39AM 9    FINANCIAL PROJECTIONS; RIGHT?

11:39AM 10   A.   YES.

11:39AM 11   Q.   NOT FINANCIAL STATEMENTS?

11:39AM 12   A.   CORRECT.

11:39AM 13   Q.   AND PROJECTIONS ARE WHERE YOU'RE JUST TRYING TO PREDICT IF

11:39AM 14   THINGS GO A CERTAIN WAY, HOW MUCH REVENUE A COMPANY COULD EARN;

11:39AM 15   RIGHT?

11:39AM 16   A.   CORRECT.

11:39AM 17   Q.   AND AS AN INVESTOR, YOU UNDERSTAND THE DIFFERENCE BETWEEN

11:39AM 18   A FINANCIAL PROJECTION OF THAT NATURE AND A FINANCIAL

11:39AM 19   STATEMENT; RIGHT?

11:39AM 20   A.   YES.

11:39AM 21   Q.   BECAUSE A FINANCIAL STATEMENT WOULD BE ACTUALLY SAYING

11:39AM 22   WHAT ACTUALLY OCCURRED; RIGHT?

11:39AM 23   A.   CORRECT.

11:39AM 24   Q.   AND THAT IF SOMETHING IS LABELLED PROJECTED STATEMENT,

11:39AM 25   THEN YOU WOULD EXPECT IT TO BE A PROJECTION RATHER THAN A

11:39AM  1    FINANCIAL STATEMENT; CORRECT?

11:39AM  2    A.   CORRECT.

11:39AM  3    Q.   DO YOU REMEMBER THE TIME PERIOD 2008, 2009, AND IN

11:40AM  4    PARTICULAR, THAT THERE WAS A FINANCIAL CRISIS GOING ON IN THE

11:40AM  5    WORLD AT THAT TIME?

11:40AM  6    A.   YES.

11:40AM  7    Q.   WOULD YOU PREFER TO FORGET THAT TIMEFRAME?

11:40AM  8    A.   YES.

11:40AM  9        (LAUGHTER.)

11:40AM  10   BY MR. COOPERSMITH:

11:40AM  11   Q.   OKAY.  BUT THAT DID HAPPEN; RIGHT?

11:40AM  12   A.   IT HAPPENED.

11:40AM  13   Q.   AND THERE WERE A LOT OF COMPANIES AND OTHERS WHO WERE

11:40AM  14   STRUGGLING DURING THAT TIME PERIOD; RIGHT?

11:40AM  15   A.   YES.

11:40AM  16   Q.   AND INVESTMENT DOLLARS WERE A LITTLE BIT HARDER TO COME BY

11:40AM  17   FOR COMPANIES TRYING TO MAKE A GO OF IT; RIGHT?

11:40AM  18   A.   YEAH.

11:40AM  19   Q.   AND YOU YOURSELF AT BLACK DIAMOND VENTURES HAD TO TIGHTEN

11:40AM  20   YOUR BELT TO SOME EXTENT; IS THAT FAIR?

11:40AM  21   A.   I DON'T REALLY RECALL.

11:40AM  22   Q.   OKAY.  BECAUSE YOU PREFER TO FORGET THAT TIME PERIOD?

11:40AM  23   A.   WELL, NO.

11:40AM  24       IT'S -- WE'RE STILL MAKING OUR INVESTMENTS, BUT OUR

11:40AM  25   COMPANIES THAT WE INVESTED IN WOULD MAYBE HAVE TO TIGHTEN UP,

11:40AM  1    BUT NOT NECESSARILY OUR FIRM IN TERMS OF OUR OPERATING COSTS.

11:41AM  2    Q.   OKAY.  AND YOU UNDERSTAND THAT A COMPANY LIKE THERANOS IN

11:41AM  3    THAT TIME PERIOD, 2009, WOULD HAVE A HARDER TIME RAISING

11:41AM  4    CAPITAL BECAUSE OF THE WAY THE WORLD WAS AT THAT POINT; RIGHT?

11:41AM  5              MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

11:41AM  6    LACKS FOUNDATION.

11:41AM  7              THE COURT:  SUSTAINED.

11:41AM  8    BY MR. COOPERSMITH:

11:41AM  9    Q.   OKAY.  WELL, WAS THAT TRUE OF BASICALLY THE WHOLE

11:41AM 10    CORPORATE INVESTMENT WORLD, MR. LUCAS?

11:41AM 11    A.   YOU KNOW, I, I DON'T REALLY REMEMBER.  THAT WAS A

11:41AM 12    FINANCIAL CRISIS REALLY WITH MORTGAGE BACK SECURITIES AND ALL,

11:41AM 13    AND I -- GENERALLY IT WAS NOT A GREAT TIME FOR THE STOCK MARKET

11:41AM 14    AND SO FORTH.

11:41AM 15        I JUST DON'T RECALL AS IT RELATED TO OUR COMPANIES, YOU

11:41AM 16    KNOW, HOW THEY WERE DOING.

11:41AM 17    Q.   OKAY.  DO YOU KNOW THAT IN THAT TIMEFRAME IN 2009,

11:41AM 18    MR. BALWANI GUARANTEED A LOAN FOR $10 MILLION TO THERANOS?

11:42AM 19    A.   I DID NOT KNOW THIS AT THE TIME I DON'T BELIEVE.

11:42AM 20    Q.   OKAY.

11:42AM 21    A.   I HAD SUBSEQUENTLY HEARD THAT, BUT I'M NOT SURE I KNEW

11:42AM 22    THAT AT THE TIME.

11:42AM 23    Q.   AND YOU UNDERSTAND THAT MR. BALWANI ACTUALLY INCREASED

11:42AM 24    THAT LINE OF CREDIT TO $12 MILLION SHORTLY THEREAFTER?

11:42AM 25    A.   I DON'T KNOW.

11:42AM 1    Q.   AND YOU UNDERSTAND THAT HE DID THAT SO THERANOS COULD

11:42AM 2    CONTINUE TO OPERATE?

11:42AM 3    A.   CERTAINLY AT THE TIME I DID NOT KNOW THAT --

11:42AM 4    Q.   OKAY.

11:42AM 5    A.   -- THAT I CAN REMEMBER.

11:42AM 6         BUT INDEED, IF THAT HAPPENED, THAT WAS A GOOD THING.

11:42AM 7    Q.   RIGHT.

11:42AM 8         AND, IN FACT, AT THAT TIME YOU, AS AN INVESTOR IN

11:42AM 9    THERANOS, IF THAT WAS THE WAY THAT THE COMPANY SURVIVED, THAT

11:42AM 10   WOULD HAVE PREVENTED A COMPLETE LOSS OF YOUR INVESTMENT RIGHT

11:42AM 11   THEN AND THERE; RIGHT?

11:42AM 12              MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

11:42AM 13              THE COURT:  SUSTAINED.

11:43AM 14   BY MR. COOPERSMITH:

11:43AM 15   Q.   MR. LUCAS, IF THE COMPANY HAD GONE UNDER BECAUSE IT

11:43AM 16   COULDN'T OBTAIN ANY FINANCING IN 2009, YOU WOULD HAVE LOST YOUR

11:43AM 17   INVESTMENT RIGHT THEN AND THERE?

11:43AM 18   A.   CORRECT.

11:43AM 19              MR. BOSTIC:  OBJECTION.

11:43AM 20              THE COURT:  THE ANSWER WILL REMAIN.

11:43AM 21   BY MR. COOPERSMITH:

11:43AM 22   Q.   AND IF MR. BALWANI HELPED THE COMPANY SURVIVE, THEN THAT

11:43AM 23   WOULD HAVE PREVENTED THAT FROM HAPPENING; FAIR?

11:43AM 24              MR. BOSTIC:  OBJECTION.

11:43AM 25              THE COURT:  I THINK YOU'VE DEVELOPED THAT.

11:43AM   1          MR. COOPERSMITH:  OKAY.  THANK YOU.

11:43AM   2     Q.   LET'S TALK ABOUT 2013.  AND YOU UNDERSTAND THAT BEFORE

11:43AM   3     2013 ACTUALLY, THERANOS HAD ESTABLISHED A RELATIONSHIP WITH

11:43AM   4     WALGREENS?

11:43AM   5     A.   YES.

11:43AM   6     Q.   AND YOU UNDERSTAND WALGREENS IS A VERY LARGE RETAILER?

11:43AM   7     A.   YES.

11:43AM   8     Q.   AND IT'S IN THE PHARMACY BUSINESS BASICALLY; RIGHT?

11:43AM   9     A.   YES.

11:43AM  10     Q.   AND YOU UNDERSTAND IT OPERATES THOUSANDS OF STORES IN THE

11:43AM  11     UNITED STATES?

11:43AM  12     A.   YEP.

11:43AM  13     Q.   AND EVEN MORE INTERNATIONALLY?

11:43AM  14     A.   YES.

11:44AM  15     Q.   AND I THINK YOU SAID THIS ON DIRECT, BUT A PARTNER LIKE

11:44AM  16     WALGREENS WOULD BE VERY DESIRABLE FOR A COMPANY LIKE THERANOS

11:44AM  17     TRYING TO DEVELOP ITS TECHNOLOGY AND GET INTO THE MARKETPLACE?

11:44AM  18     A.   ABSOLUTELY.

11:44AM  19     Q.   AND YOU HAD -- THE FACT THAT WALGREENS WAS PARTNERING WITH

11:44AM  20     THERANOS WAS SOMETHING THAT WAS A POSITIVE FOR YOU IN DECIDING

11:44AM  21     HOW TO PROCEED WITH THERANOS?

11:44AM  22     A.   YES.

11:44AM  23     Q.   RIGHT.

11:44AM  24          AND YOU UNDERSTAND THAT THEY HAD THE RETAIL EXPERIENCE TO

11:44AM  25     ACCOMPLISH SOMETHING LIKE A LARGE ROLLOUT OF THERANOS

| | | |
|---|---|---|
| 11:44AM | 1 | TECHNOLOGY? |
| 11:44AM | 2 | A.   YES. |
| 11:44AM | 3 | Q.   OKAY.  AND THAT WAS IMPORTANT TO YOUR DECISION TO INVEST? |
| 11:44AM | 4 | A.   CORRECT. |
| 11:44AM | 5 | Q.   IF WE COULD TAKE A LOOK AT ANOTHER TAB IN YOUR BINDER, |
| 11:44AM | 6 | EXHIBIT 20432. |
| 11:45AM | 7 | IS THAT IN YOUR BINDER, MR. LUCAS? |
| 11:45AM | 8 | A.   20432? |
| 11:45AM | 9 | Q.   YES. |
| 11:45AM | 10 | A.   NO. |
| 11:45AM | 11 | Q.   OKAY. |
| 11:45AM | 12 | CAN I HAVE A MOMENT, YOUR HONOR? |
| 11:45AM | 13 | THE COURT:  YES. |
| 11:45AM | 14 | (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.) |
| 11:45AM | 15 | MR. COOPERSMITH:  I'M TOLD, YOUR HONOR, THAT THIS IS |
| 11:45AM | 16 | AN EXHIBIT THAT IS IN EVIDENCE.  SO CAN WE PUT IT ON THE SCREEN |
| 11:45AM | 17 | WITH YOUR PERMISSION, YOUR HONOR? |
| 11:46AM | 18 | THE COURT:  YES. |
| 11:46AM | 19 | BY MR. COOPERSMITH: |
| 11:46AM | 20 | Q.   OKAY.  SO CAN YOU SEE THAT ON YOUR SCREEN? |
| 11:46AM | 21 | A.   YES. |
| 11:46AM | 22 | Q.   AND YOU SEE THAT THIS IS A -- SOMETHING FROM |
| 11:46AM | 23 | WWW.WALGREENS.COM? |
| 11:46AM | 24 | A.   YES. |
| 11:46AM | 25 | Q.   AND THIS IS SOMETHING THAT YOU REVIEWED BEFORE YOUR |

11:46AM  1    INVESTMENT IN DECEMBER OF 2013?

11:46AM  2    A.   I'M SURE.

11:46AM  3    Q.   OKAY.  AND YOU SEE AT THE BEGINNING IT SAYS,

11:46AM  4    "THERANOS INC. AND WALGREENS TODAY CELEBRATE THE OPENING OF THE

11:46AM  5    NEW THERANOS WELLNESS CENTERS LOCATED AT WALGREENS STORES IN

11:46AM  6    THE PHOENIX METROPOLITAN AREA."

11:46AM  7        DO YOU SEE THAT?

11:46AM  8    A.   YES.

11:46AM  9    Q.   AND IT GOES ON TO SAY, "THIS MARKS THE NEXT STEP IN

11:46AM  10   THERANOS AND WALGREENS PLANNED NATIONAL ROLLOUT OF THERANOS

11:46AM  11   WELLNESS CENTERS."

11:46AM  12       DO YOU SEE THAT?

11:46AM  13   A.   YES.

11:46AM  14   Q.   OKAY.  AND THEN IF YOU GO TO -- I THINK YOU SAW -- WELL,

11:46AM  15   LET ME JUST POINT YOU TO THE SECOND PARAGRAPH.

11:46AM  16       DO YOU SEE THAT IT SAYS, "THE NEW THERANOS WELLNESS

11:46AM  17   CENTERS WILL PROVIDE PHOENIX AREA CONSUMERS WITH ACCESS TO LESS

11:47AM  18   INVASIVE AND MORE AFFORDABLE CLINICIAN-DIRECTED LAB TESTING

11:47AM  19   FROM A BLOOD SAMPLE AS SMALL AS A FEW DROPS."

11:47AM  20       DO YOU SEE THAT?

11:47AM  21   A.   YES.

11:47AM  22   Q.   AND THEN IT SAYS, "THE MICRO-SAMPLES COLLECTED BY

11:47AM  23   CERTIFIED PHLEBOTOMISTS OR TRAINED WALGREENS TECHNICIANS ARE

11:47AM  24   TAKEN FROM EITHER A TINY FINGERSTICK OR TRADITIONAL METHODS."

11:47AM  25       AND THEN IT GOES ON?

11:47AM  1    A.   YES.

11:47AM  2    Q.   AND A TRADITIONAL METHOD MEANS GETTING A NEEDLE IN THE ARM

11:47AM  3    TO TAKE BLOOD; RIGHT?

11:47AM  4    A.   YEAH.

11:47AM  5    Q.   AND AT THE TIME YOU SAID THAT YOU KNEW THAT THERANOS COULD

11:47AM  6    DO DOZENS OF TESTS?

11:47AM  7    A.   THAT'S RIGHT.

11:47AM  8    Q.   AND YOU KNEW THAT THERE WERE MORE BLOOD TESTS THAT

11:47AM  9    SOMETIMES DOCTORS OR PATIENTS NEEDED TO GET BEYOND THE DOZENS

11:47AM 10    OF TESTS; RIGHT?

11:47AM 11    A.   THAT'S RIGHT.

11:47AM 12    Q.   AND SO THE ONES THAT THERANOS COULDN'T DO BEYOND THE

11:47AM 13    DOZENS, THEY WOULD HAVE TO BE DONE BY SOME OTHER METHOD; RIGHT?

11:47AM 14    A.   YES.

11:47AM 15    Q.   AND THAT MIGHT BE TRADITIONAL METHODS; RIGHT?

11:47AM 16    A.   CORRECT.

11:47AM 17    Q.   AND YOU KNEW THAT BEFORE YOU INVESTED IN 2013?

11:48AM 18    A.   YES.

11:48AM 19    Q.   OKAY.  AT THIS TIME, THIS IS AN ANNOUNCEMENT TO CONSUMERS

11:48AM 20    IN THE PHOENIX METROPOLITAN AREA.

11:48AM 21        IF WE GO TO THE NEXT EXHIBIT, YOU SEE AT THE TOP IT SAYS,

11:48AM 22    "NEW THERANOS WELLNESS CENTERS ARE LOCATED AT THE FOLLOWING

11:48AM 23    WALGREENS STORES, WITH PLANS TO ADD ADDITIONAL LOCATIONS ON AN

11:48AM 24    ONGOING BASIS."

11:48AM 25        DO YOU SEE THAT?

LUCAS CROSS BY MR. COOPERSMITH

11:48AM  1    A.   YES.

11:48AM  2    Q.   AND THERE ARE TWO DIFFERENT ADDRESSES BOTH IN THE PHOENIX

11:48AM  3    AREA; RIGHT?

11:48AM  4    A.   YES.

11:48AM  5    Q.   PHOENIX AND SCOTTSDALE.

11:48AM  6         SO THAT'S TWO STORES IN THE PHOENIX AREA; CORRECT?

11:48AM  7    A.   YES.

11:48AM  8    Q.   AND YOU KNEW THAT THEY ALSO HAD ONE STORE NEAR HERE IN

11:48AM  9    PALO ALTO, CALIFORNIA?

11:48AM  10   A.   YES.

11:48AM  11   Q.   OKAY.  SO THAT'S THREE STORES?

11:48AM  12   A.   YES.

11:48AM  13   Q.   OKAY.  SO AT THIS TIME, THIS IS NOVEMBER, ABOUT A MONTH OR

11:48AM  14   SO BEFORE YOU INVESTED, YOU UNDERSTOOD THAT THERANOS HAD THREE

11:48AM  15   STORES THAT WERE COLLECTING BLOOD SAMPLES WHICH WERE WALGREENS

11:49AM  16   LOCATIONS?

11:49AM  17   A.   YES.

11:49AM  18   Q.   OKAY.  AND YOU UNDERSTOOD ALSO THAT THERANOS HAD A GOAL TO

11:49AM  19   ROLL OUT MANY, MANY MORE STORES; RIGHT?

11:49AM  20   A.   CORRECT.

11:49AM  21   Q.   AND THAT WALGREENS WOULD BE INVOLVED WITH THAT PROJECT

11:49AM  22   BECAUSE THEY WERE THEIR STORES; RIGHT?

11:49AM  23   A.   YES.

11:49AM  24   Q.   OKAY.  AND IF THAT PROJECT SUCCEEDED, YOUR INVESTMENT

11:49AM  25   COULD HAVE BECOME VERY, VERY VALUABLE INDEED; RIGHT?

LUCAS CROSS BY MR. COOPERSMITH

11:49AM  1    A.   ONE WOULD HAVE BELIEVED SO, YES.

11:49AM  2    Q.   RIGHT.

11:49AM  3         AND YOU ALSO UNDERSTOOD THAT WHEN YOU ARE TRYING TO ROLL

11:49AM  4    OUT NEW PRODUCTS OR SERVICES ON THAT TYPE OF A SCALE, THERE ARE

11:49AM  5    A LOT OF RISKS INVOLVED WITH THAT?

11:49AM  6    A.   CERTAINLY RISKS IN DEVELOPING THE INFRASTRUCTURE, YES.

11:49AM  7    Q.   RIGHT.

11:49AM  8         AND THAT FOR VARIOUS REASONS, IT MIGHT NOT HAPPEN?

11:49AM  9    A.   THAT WOULD BE AT THAT POINT MORE OF AN EXECUTION RISK THAN

11:50AM  10   A TECHNOLOGY RISK.

11:50AM  11   Q.   OKAY.  WELL, LET'S CALL IT EXECUTION RISK.

11:50AM  12        THAT WOULD JUST BE RISK INVOLVED WITH PUTTING TOGETHER ALL

11:50AM  13   OF THE MOVING PARTS THAT WOULD BE NECESSARY TO ROLL OUT MORE

11:50AM  14   AND MORE STORES; RIGHT?

11:50AM  15   A.   YES.

11:50AM  16   Q.   AND THOSE RISKS ARE REAL; RIGHT?

11:50AM  17   A.   SURE.

11:50AM  18   Q.   OKAY.  AND YOU UNDERSTOOD, THOUGH, BECAUSE YOU MENTIONED

11:50AM  19   TECHNOLOGY RISK, YOUR UNDERSTANDING AT THE TIME WAS THAT THE

11:50AM  20   TECHNOLOGY WAS FUNCTIONAL; RIGHT?

11:50AM  21   A.   YES.

11:50AM  22   Q.   AND THAT'S WHAT YOU HAD EXPECTED AT THE TIME; RIGHT?

11:50AM  23   A.   YES.

11:50AM  24   Q.   AND, IN FACT, YOU WOULD HAVE EXPECTED WALGREENS TO NOT DO

11:50AM  25   A PROJECT LIKE THIS UNLESS THEY WERE CONFIDENT IN THE

LUCAS CROSS BY MR. COOPERSMITH

11:50AM 1    TECHNOLOGY?

11:50AM 2              MR. BOSTIC:  OBJECTION.  401, CALLS FOR SPECULATION.

11:50AM 3              MR. COOPERSMITH:  YOUR HONOR, HE'S A BUSINESS PERSON

11:50AM 4    WHO I THINK HAD AN UNDERSTANDING OF THIS, AND --

11:50AM 5              THE COURT:  WHY DON'T YOU ASK HIM RELATED TO HIS

11:50AM 6    BUSINESS EXPERIENCE AND INVESTMENT EXPERIENCE.

11:50AM 7              MR. COOPERSMITH:  SURE, YOUR HONOR.  THANK YOU.

11:50AM 8    Q.   SO, MR. LUCAS, YOU HAVE DECADES OF INVESTMENT AND BUSINESS

11:51AM 9    EXPERIENCE; CORRECT?

11:51AM 10   A.   YES.

11:51AM 11   Q.   AND YOU UNDERSTOOD THAT WALGREENS HAD TO MAKE A DECISION

11:51AM 12   TO PARTNER WITH THERANOS ON THESE ROLLOUT PROJECTS; RIGHT?

11:51AM 13   A.   YES.

11:51AM 14   Q.   OKAY.  AND BASED ON YOUR BUSINESS EXPERIENCE AND

11:51AM 15   KNOWLEDGE, WOULD YOU HAVE EXPECTED WALGREENS TO HAVE -- BE

11:51AM 16   CONFIDENT IN THE TECHNOLOGY BEFORE THEY AGREED TO DO SOMETHING

11:51AM 17   LIKE THIS?

11:51AM 18             MR. BOSTIC:  SAME OBJECTIONS.  401, 403, CALLS FOR

11:51AM 19   SPECULATION.

11:51AM 20             THE COURT:  OVERRULED.  HE CAN ANSWER THE QUESTION

11:51AM 21   BASED ON HIS EXPERIENCE.

11:51AM 22             THE WITNESS:  ASK AGAIN, PLEASE.

11:51AM 23   BY MR. COOPERSMITH:

11:51AM 24   Q.   SURE, MR. LUCAS.

11:51AM 25             BASED ON YOUR BUSINESS EXPERIENCE, YOU WOULD HAVE EXPECTED

11:51AM 1    WALGREENS TO HAVE AND BE CONFIDENT IN THE TECHNOLOGY BEFORE

11:52AM 2    THEY EMBARKED ON A PROJECT WITH THERANOS TO PUT THESE BLOOD

11:52AM 3    TESTING SERVICES IN ITS OWN STORES?

11:52AM 4    A.   YES.

11:52AM 5    Q.   AND DID YOU KNOW THAT WALGREENS HAD THERANOS DEVICES IN

11:52AM 6    ITS POSSESSIONS FOR YEARS PRIOR TO THE ROLLOUT?

11:52AM 7    A.   I DON'T RECALL.

11:52AM 8    Q.   AND DOES THAT SURPRISE YOU IF THAT WAS THE CASE?

11:52AM 9    A.   NO.

11:52AM 10   Q.   BECAUSE THAT WOULD FIT WITH YOUR EXPECTATION THAT

11:52AM 11   WALGREENS WOULD WANT TO KNOW OR UNDERSTAND THE TECHNOLOGY

11:52AM 12   BEFORE IT WENT INTO A ROLLOUT PROJECT WITH THERANOS; RIGHT?

11:52AM 13   A.   YEAH, THAT WOULD BE REASONABLE.

11:52AM 14   Q.   RIGHT.

11:52AM 15        AND DID YOU KNOW THAT WALGREENS ACTUALLY HAD THE ABILITY

11:52AM 16   TO USE THE DEVICE TO RUN TESTS AT ITS OWN HEADQUARTERS IN

11:52AM 17   ILLINOIS?

11:52AM 18   A.   AGAIN, I WOULD THINK THAT THAT'S REASONABLE.

11:52AM 19   Q.   OKAY.  ALSO, I WANT TO SHOW YOU AN EXHIBIT THAT IS ALREADY

11:53AM 20   IN EVIDENCE.

11:53AM 21        YOUR HONOR, IT'S EXHIBIT 20553.  MAY I PUT THAT IN FRONT

11:53AM 22   OF THE WITNESS?

11:53AM 23             THE COURT:  YES.

11:53AM 24             MR. COOPERSMITH:  THANK YOU.

11:53AM 25   Q.   OKAY.  SO WE'RE ALL LOOKING AT 20553.

LUCAS CROSS BY MR. COOPERSMITH

11:53AM  1          AND YOU SEE THERE'S A -- ON PAGE 2, THERE'S A SUMMARY OF

11:53AM  2    HOPKINS/WALGREENS/THERANOS MEETING?

11:53AM  3          DO YOU SEE THAT?

11:53AM  4    A.   YES.

11:53AM  5    Q.   AND YOU SEE THE PARTICIPANTS?

11:53AM  6    A.   YES.

11:53AM  7    Q.   AND THERE ARE SOME DOCTORS FROM JOHNS HOPKINS.

11:53AM  8          DO YOU SEE THAT?

11:53AM  9    A.   YES.

11:53AM  10   Q.   AND THEN THERE ARE SOME PEOPLE FROM -- WELL, ONE PERSON

11:53AM  11   FROM WALGREENS; CORRECT?

11:53AM  12   A.   YES.

11:53AM  13   Q.   AND THEN THERE'S SOME PEOPLE FROM THERANOS, NAMELY,

11:53AM  14   MS. HOLMES AND MR. BALWANI?

11:53AM  15   A.   YES.

11:53AM  16   Q.   AND THEN THERE'S ANOTHER PERSON.

11:53AM  17          YOU KNOW WHAT JOHNS HOPKINS IS; RIGHT?

11:54AM  18   A.   YES.

11:54AM  19   Q.   AND WHAT IS IT?

11:54AM  20   A.   IT'S ONE OF THE TOP UNIVERSITIES AND HERE IN THIS CASE

11:54AM  21   FROM THEIR TOP RATED HOSPITAL.

11:54AM  22   Q.   OKAY.  THANK YOU.

11:54AM  23          AND THEN IF YOU GO TO THE SECOND PAGE OF THE DOCUMENT, YOU

11:54AM  24   SEE THAT THERE ARE SOME KEY FINDINGS.

11:54AM  25          AND IT SAYS, "BASED ON THIS EVALUATION, THE CONSENSUS OF

11:54AM  1    THE HOPKINS TEAM WAS AS FOLLOWS."

11:54AM  2         AND THEN IT HAS THESE VARIOUS BULLET POINTS BLOWN OUT.

11:54AM  3         DO YOU SEE THAT?

11:54AM  4    A.   YES.

11:54AM  5    Q.   AND THEN THE FIRST ONE IS, "THE TECHNOLOGY IS NOVEL AND

11:54AM  6    SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE AND

11:54AM  7    SPECIAL ASSAYS."

11:54AM  8         DO YOU SEE THAT?

11:54AM  9    A.   YES.

11:54AM 10    Q.   AND I WON'T READ ALL OF THEM, BUT IF YOU GO TO THE LAST

11:54AM 11    BULLET POINT IT SAYS, "NO MAJOR WEAKNESSES WERE IDENTIFIED."

11:54AM 12         DO YOU SEE THAT?

11:54AM 13    A.   YES.

11:54AM 14    Q.   AND CONSISTENT WITH WHAT WE WERE JUST TALKING ABOUT, THE

11:54AM 15    FACT THAT THERE WAS A MEETING WITH JOHNS HOPKINS AND THEIR TEAM

11:54AM 16    WAS INVOLVED WITH WALGREENS AND EVALUATING THE TECHNOLOGY, THAT

11:54AM 17    SEEMS REASONABLE TO YOU, TOO; RIGHT?

11:55AM 18    A.   YES.

11:55AM 19              MR. BOSTIC:  OBJECTION.  401.

11:55AM 20              THE COURT:  REASONABLE FOR -- I'M GOING TO SUSTAIN

11:55AM 21    THE OBJECTION.

11:55AM 22              MR. COOPERSMITH:  OKAY.  WELL, LET ME ASK ANOTHER

11:55AM 23    QUESTION, YOUR HONOR.  THANK YOU.

11:55AM 24    Q.   MR. LUCAS, BASED ON YOUR KNOWLEDGE AND EXPERIENCE, A

11:55AM 25    COMPANY LIKE WALGREENS, USING JOHNS HOPKINS TO HELP THEM

11:55AM   1    EVALUATE THERANOS TECHNOLOGY, THAT WOULD FIT WITH YOUR

11:55AM   2    EXPECTATIONS ABOUT WHAT A BIG RETAILER LIKE WALGREENS COULD DO;

11:55AM   3    CORRECT?

11:55AM   4    A.   CORRECT.

11:55AM   5    Q.   OKAY.  LET'S TALK ABOUT THE PERIOD OF TIME LEADING UP TO

11:55AM   6    YOUR INVESTMENT IN LATE 2013.  OKAY?

11:55AM   7         AND DURING DIRECT EXAMINATION, YOU WERE SHOWN A NEWSPAPER

11:55AM   8    ARTICLE FROM "THE WALL STREET JOURNAL."

11:56AM   9         DO YOU RECALL THAT?

11:56AM   10   A.   YES.

11:56AM   11   Q.   AND IT WAS ABOUT THERANOS; RIGHT?

11:56AM   12   A.   YES.

11:56AM   13   Q.   AND IT WAS BY A WRITER NAMED JOSEPH RAGO?  YOU DON'T

11:56AM   14   REMEMBER THAT?

11:56AM   15   A.   I DON'T.

11:56AM   16   Q.   OKAY.  AND I THINK DURING DIRECT YOU WERE SHOWN SOME

11:56AM   17   PASSAGES ABOUT THERANOS REFINING A THOUSAND TESTS.

11:56AM   18        DO YOU REMEMBER THAT?

11:56AM   19   A.   YES.

11:56AM   20   Q.   AND YOU SAID THAT YOU UNDERSTOOD THAT THEY ONLY -- AS YOU

11:56AM   21   UNDERSTOOD IT, THEY WERE DOING DOZENS OF TESTS; RIGHT?

11:56AM   22   A.   YES.

11:56AM   23   Q.   OKAY.  AND IN YOUR WORLD OF VENTURE CAPITAL, SOMETIMES

11:56AM   24   THERE'S NEWSPAPER STORIES ABOUT COMPANIES; RIGHT?

11:56AM   25   A.   YES.

11:56AM   1    Q.   AND YOU TRY TO LOOK AT THOSE; RIGHT?

11:56AM   2    A.   YES.

11:56AM   3    Q.   BUT YOU DON'T MAKE INVESTMENT DECISIONS BASED ON WHAT YOU

11:56AM   4    READ IN THE NEWSPAPER, DO YOU?

11:56AM   5    A.   IT DEPENDS WHAT THE NEWSPAPER SAYS.  YOU CERTAINLY TAKE

11:57AM   6    INTO ACCOUNT WHAT YOU'RE GOING TO -- WHAT YOU READ AND

11:57AM   7    CROSS-REFERENCE IT.

11:57AM   8    Q.   RIGHT.

11:57AM   9         BUT NEWSPAPER ARTICLES, LIKE, GET FACTS WRONG ALL OF THE

11:57AM  10    TIME, DON'T THEY?

11:57AM  11    A.   THEY CAN.

11:57AM  12    Q.   RIGHT.

11:57AM  13         SO YOU HAVE TO UNDERSTAND THAT WHEN YOU'RE READING A

11:57AM  14    NEWSPAPER ARTICLE; RIGHT?

11:57AM  15    A.   YES.

11:57AM  16    Q.   AND THAT'S WHY YOU HAVE TEAMS OF ANALYSTS AND PEOPLE TO

11:57AM  17    HELP YOU EVALUATE THESE COMPANIES; RIGHT?

11:57AM  18    A.   WELL, AND ADVISORS AND SO FORTH, YES.

11:57AM  19    Q.   RIGHT.

11:57AM  20         OKAY.  NOW, ON DIRECT EXAMINATION, DO YOU REMEMBER YOU

11:57AM  21    WERE ASKED SOME QUESTIONS BY MR. BOSTIC ABOUT THE COMPRESSED

11:57AM  22    TIMEFRAME IN LATE 2013 TO MAKE AN INVESTMENT DECISION?

11:57AM  23    A.   YES.

11:57AM  24    Q.   AND I THINK YOU SAW AN EMAIL SORT OF ANNOUNCING THE

11:57AM  25    OPPORTUNITY THAT WAS AROUND DECEMBER 16TH, 2013.

LUCAS CROSS BY MR. COOPERSMITH

| | | |
|---|---|---|
| 11:57AM | 1 | DO YOU REMEMBER THAT? |
| 11:58AM | 2 | A.   YES. |
| 11:58AM | 3 | Q.   AND THAT THE INVESTMENT DECISION AND THE ACTUAL |
| 11:58AM | 4 | INVESTMENT, THAT WAS MADE ON DECEMBER 31ST, 2013; RIGHT? |
| 11:58AM | 5 | A.   YES. |
| 11:58AM | 6 | Q.   OKAY.  AND YOU HAD TO WORK REALLY HARD DURING THAT |
| 11:58AM | 7 | APPROXIMATELY TWO WEEK PERIOD TO GET THIS DONE; RIGHT? |
| 11:58AM | 8 | A.   NO TIME TO SHAVE. |
| 11:58AM | 9 | (LAUGHTER.) |
| 11:58AM | 10 | BY MR. COOPERSMITH: |
| 11:58AM | 11 | Q.   RIGHT. |
| 11:58AM | 12 | AND DO YOU HAVE A PHOTO FROM THAT ERA, MR. LUCAS? |
| 11:58AM | 13 | A.   I'M SURE I DO. |
| 11:58AM | 14 | Q.   OKAY.  AND SO THERE WAS NOTHING THAT WAS FORCING YOUR FIRM |
| 11:58AM | 15 | TO INVEST IN THERANOS AT THAT TIME; RIGHT? |
| 11:58AM | 16 | A.   CORRECT. |
| 11:58AM | 17 | Q.   YOU COULD HAVE DECIDED NOT TO INVEST? |
| 11:58AM | 18 | A.   THAT'S RIGHT. |
| 11:58AM | 19 | Q.   AND YOU COULD HAVE DECIDED TO ENJOY CHRISTMAS AND NOT DO |
| 11:58AM | 20 | ALL OF THAT WORK; RIGHT? |
| 11:58AM | 21 | A.   THAT'S RIGHT. |
| 11:58AM | 22 | Q.   OKAY.  SO YOU SAID SOMETHING ON DIRECT ABOUT WHY YOU |
| 11:58AM | 23 | UNDERSTOOD THERE WAS A NEED FOR A COMPRESSED TIMEFRAME; RIGHT? |
| 11:58AM | 24 | A.   YES. |
| 11:58AM | 25 | Q.   AND IT HAD TO DO WITH ANOTHER TRANSACTION INVOLVING |

11:59AM  1    WALGREENS?

11:59AM  2    A.   YES.

11:59AM  3    Q.   OKAY.  AND LET'S JUST TALK ABOUT THAT FOR A MINUTE.

11:59AM  4         SO LET'S START WITH EXHIBIT 20698, WHICH SHOULD BE IN YOUR

11:59AM  5    BINDER.

11:59AM  6    A.   YES.

11:59AM  7    Q.   OKAY.  THANK YOU.

11:59AM  8         YOU SEE THIS IS A THERANOS INC. INVESTORS' RIGHTS

11:59AM  9    AGREEMENT FROM FEBRUARY 3RD, 2006?

11:59AM 10    A.   YES.

11:59AM 11    Q.   AND THIS WAS A DOCUMENT THAT YOU SIGNED IN CONNECTION WITH

11:59AM 12    THE FIRST OF YOUR INVESTMENTS IN THERANOS BACK IN 2006;

11:59AM 13    CORRECT?

11:59AM 14    A.   YEAH, I EXPECT SO, YES.

11:59AM 15    Q.   RIGHT.

11:59AM 16         AND IF YOU WANT TO LOOK AT THAT, YOU CAN TURN TO PAGE 28

11:59AM 17    OF THE DOCUMENT.  AND THESE ARE THE PAGES, AND THE NUMBERS ARE

11:59AM 18    IN THE MIDDLE AT THE BOTTOM.

12:00PM 19    A.   YES.

12:00PM 20    Q.   AND DO YOU SEE YOUR SIGNATURE THERE?

12:00PM 21    A.   YES.

12:00PM 22    Q.   SO, AGAIN, THIS WAS AN INVESTORS' RIGHTS AGREEMENT THAT

12:00PM 23    YOU SIGNED ON BEHALF OF BLACK DIAMOND VENTURES AROUND

12:00PM 24    FEBRUARY 3RD, 2006; CORRECT?

12:00PM 25    A.   CORRECT.

12:00PM   1        MR. COOPERSMITH:  YOUR HONOR, WE OFFER

12:00PM   2   EXHIBIT 20698.

12:00PM   3        MR. BOSTIC:  NO OBJECTION.

12:00PM   4        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:00PM   5        (DEFENDANT'S EXHIBIT 20698 WAS RECEIVED IN EVIDENCE.)

12:00PM   6   BY MR. COOPERSMITH:

12:00PM   7   Q.   SO LET'S GO TO THE FIRST PAGE.  THAT'S WHAT WE JUST

12:00PM   8   DESCRIBED.

12:00PM   9        AND IF YOU GO IN PARTICULAR -- WELL, FIRST OF ALL, LET ME

12:00PM  10   JUST ASK YOU THIS QUESTION.  WHAT IS AN INVESTOR RIGHTS

12:00PM  11   AGREEMENT?

12:00PM  12   A.   WELL, IT IS WHAT IT SAYS, IT'S INVESTORS' RIGHTS

12:00PM  13   AGREEMENT.  IT SETS FORTH THE VARIOUS PROVISIONS THAT EACH

12:00PM  14   INVESTOR HAS IN MAKING AN INVESTMENT IN THE COMPANY.

12:01PM  15   Q.   OKAY.  AND, MR. LUCAS, SO THE VARIOUS PROVISIONS OF THIS

12:01PM  16   DOCUMENT SET FORTH DIFFERENT, YOU KNOW, TERMS AND CONDITIONS

12:01PM  17   ABOUT WHAT RIGHTS YOU HAVE AS AN INVESTOR; IS THAT RIGHT?

12:01PM  18   A.   CORRECT.

12:01PM  19   Q.   THAT'S FAIR IN A NUTSHELL?

12:01PM  20        AND IF YOU GO TO PAGE 20 OF THE EXHIBIT, THERE'S THOSE

12:01PM  21   NUMBERS IN THE VERY BOTTOM MIDDLE.

12:01PM  22   A.   OKAY.

12:01PM  23   Q.   AND YOU SEE THERE'S THIS PROVISION 4.1, RIGHT OF FIRST

12:01PM  24   OFFER TO SIGNIFICANT HOLDERS.

12:01PM  25        DO YOU SEE THAT?

12:01PM   1      A.   YES.

12:01PM   2      Q.   AND IT READS, "THE COMPANY HEREBY GRANTS TO EACH INVESTOR

12:01PM   3      WHO PURCHASES AT LEAST 268,244 SHARES OF SERIES B PREFERRED

12:01PM   4      STOCK (AS PRESENTLY CONSTITUTED AND SUBJECT TO SUBSEQUENT

12:01PM   5      ADJUSTMENTS," IT GOES ON, "THE RIGHT OF FIRST OFFER TO PURCHASE

12:02PM   6      ITS PRO RATA SHARE OF NEW SECURITIES (AS DEFINED)," AND THEN IT

12:02PM   7      GOES ON.

12:02PM   8           DO YOU SEE THAT?

12:02PM   9      A.   YES.

12:02PM   10     Q.   AND SO THIS WAS A PROVISION THAT ENTITLED YOU TO

12:02PM   11     PARTICIPATE IN FUTURE FUNDRAISING ROUNDS; CORRECT?

12:02PM   12     A.   IT GAVE YOU THE RIGHT, NOT THE OBLIGATION.

12:02PM   13     Q.   CORRECT?

12:02PM   14     A.   CORRECT.

12:02PM   15     Q.   AND SO IF THERANOS WAS ENGAGING IN NEW FUNDRAISING, IT

12:02PM   16     WOULD HAVE TO GO TO INVESTORS LIKE YOURSELF AND SAY, HEY, DO

12:02PM   17     YOU WANT TO PARTICIPATE IN THIS NEW FUNDRAISING ROUND?

12:02PM   18     A.   YES.

12:02PM   19     Q.   AND YOU COULD SAY YES OR NO?

12:02PM   20     A.   CORRECT.

12:02PM   21     Q.   AND THAT WOULD -- ANYONE WHO SIGNED THIS INVESTOR RIGHTS

12:02PM   22     AGREEMENT WOULD BASICALLY BE IN THAT SAME BOAT; RIGHT?

12:02PM   23     A.   YEAH.

12:02PM   24     Q.   SO IF THERANOS WAS HONORING ITS COMMITMENTS WHEN IT WAS

12:02PM   25     ENGAGING IN NEW FINANCING, IT WOULD HAVE TO FIRST COME TO

12:02PM  1        INVESTORS LIKE YOURSELF AND SAY, "DO YOU WANT TO PARTICIPATE IN

12:02PM  2    THIS OR NOT?"

12:02PM  3        RIGHT?

12:02PM  4    A.   YES, IN YOUR PRO RATA RIGHT.

12:02PM  5    Q.   RIGHT.

12:02PM  6    A.   YES.

12:02PM  7    Q.   SO IN THAT LATE 2013 TIMEFRAME, YOU KNEW THAT THERANOS WAS

12:03PM  8    ABOUT TO EMBARK ON A NEW FUNDRAISING ROUND; RIGHT?

12:03PM  9    A.   YES.

12:03PM  10   Q.   AND IT WAS APPROACHING YOU FIRST AND OTHER INVESTORS TO

12:03PM  11   SEE IF YOU WANTED TO PARTICIPATE; RIGHT?

12:03PM  12   A.   I EXPECT THAT WAS THE CASE.

12:03PM  13   Q.   RIGHT.

12:03PM  14   A.   I DON'T REMEMBER, BUT, YEAH.

12:03PM  15   Q.   SO IF THAT WAS THE CASE, THAT WOULD BE THERANOS HONORING

12:03PM  16   ITS AGREEMENT FROM ALL OF THE WAY BACK IN 2006; RIGHT?

12:03PM  17   A.   YES.

12:03PM  18   Q.   OKAY.  LET'S TAKE A LOOK AT ANOTHER DOCUMENT WHICH IS

12:03PM  19   ALREADY IN EVIDENCE, AND THAT SHOULD BE DOCUMENT 1387.

12:03PM  20        IT SHOULD BE IN YOUR BINDER, MR. LUCAS.

12:03PM  21   A.   SHOULD I LOOK ON THE SCREEN?

12:03PM  22   Q.   YOU KNOW, WHATEVER YOU PREFER.  IF IT'S EASIER FOR YOU TO

12:03PM  23   DO A HARD COPY, IT'S IN THE BINDER.  BUT IF YOU WANT TO LOOK AT

12:03PM  24   THE SCREEN, THAT'S ALSO FINE.

12:03PM  25   A.   OKAY.

12:03PM  1    Q.   OKAY.  SO YOU SEE THAT THIS IS A LETTER DATED

12:04PM  2    DECEMBER 31ST, 2013?

12:04PM  3    A.   YES.

12:04PM  4    Q.   AND IT'S ADDRESSED TO THERANOS?

12:04PM  5    A.   YES.

12:04PM  6    Q.   AND YOU SEE THAT THIS IS A LETTER THAT REFLECTS AN

12:04PM  7    AMENDMENT TO THE AGREEMENT BETWEEN WALGREENS AND THERANOS?

12:04PM  8    A.   I DON'T SEE WHERE IT SAYS WALGREENS YET, BUT --

12:04PM  9    Q.   OKAY.  WELL, JUST TAKE A MINUTE OR A SECOND EVEN TO READ

12:04PM  10   THE FIRST PARAGRAPH.

12:04PM  11   A.   YES.

12:04PM  12   Q.   OKAY.  SO THIS IS AN AMENDMENT TO THE AGREEMENT BETWEEN

12:04PM  13   WALGREENS AND THERANOS?

12:04PM  14        OKAY.  AND YOU DIDN'T ACTUALLY SEE THIS AT THE TIME OF

12:04PM  15   YOUR INVESTMENT; RIGHT?

12:04PM  16   A.   NO.

12:04PM  17   Q.   OKAY.  AND IF YOU GO TO THE VERY LAST PAGE, YOU SEE IT'S

12:04PM  18   SIGNED BY A VICE PRESIDENT AT WALGREENS AS WELL AS MS. HOLMES?

12:05PM  19        DO YOU SEE THAT?

12:05PM  20   A.   YES.

12:05PM  21   Q.   AND LET'S GO, FIRST OF ALL, TO PARAGRAPH 7, WHICH IS ON

12:05PM  22   PAGE 5 OF THE EXHIBIT.

12:05PM  23        DO YOU SEE THAT ADDITIONAL EQUITY RIGHTS SECTION?

12:05PM  24   A.   YES.

12:05PM  25   Q.   AND HERE IT SAYS, "THE PARTIES," WALGREENS AND THERANOS,

12:05PM   1    "AGREE THAT THE $50 MILLION OF THE $75 MILLION PAYMENT MADE BY

12:05PM   2    WALGREENS PURSUANT TO SECTION 3 ABOVE MAY BE CONVERTED, AT

12:05PM   3    WALGREENS OPTION, INTO EQUITY ON SUCH TERMS AS ARE MADE

12:05PM   4    AVAILABLE TO INVESTORS IN THERANOS'S PLANNED EQUITY FINANCING

12:05PM   5    IN THE FIRST QUARTER OF 2014."

12:05PM   6         RIGHT?

12:05PM   7         AND THEN IT GOES ON TO SAY THAT, "THE PARTIES ALSO AGREE

12:05PM   8    THAT UPON SIGNING THIS AGREEMENT, WALGREENS WILL RECEIVE AN

12:05PM   9    OPTION TO PURCHASE UP TO $50 MILLION IN THERANOS EQUITY ON THE

12:05PM   10   TERMS MADE AVAILABLE TO INVESTORS WHO INVESTED IN THE PRIOR

12:05PM   11   EQUITY PURCHASING (E.G. $15 A SHARE)."

12:05PM   12        DO YOU SEE THAT?

12:05PM   13   A.   YES.

12:05PM   14   Q.   AND THAT $15 A SHARE IS WHAT YOU PAID FOR YOUR INVESTMENT;

12:06PM   15   RIGHT?

12:06PM   16   A.   YES.

12:06PM   17   Q.   AND WHEN WE TALK ABOUT EQUITY, WE'RE TALKING ABOUT

12:06PM   18   PURCHASING STOCK?

12:06PM   19   A.   PURCHASING PREFERRED STOCK IN THIS CASE.

12:06PM   20   Q.   AND PREFERRED STOCK IS A FORM OF EQUITY?

12:06PM   21   A.   YES.

12:06PM   22   Q.   OKAY.  AND IT REFERENCES IN THE PARAGRAPH THAT I JUST READ

12:06PM   23   SECTION 3.  SO CAN WE LOOK AT THAT ON THE PREVIOUS PAGE.

12:06PM   24        AND YOU SEE IT SAYS INNOVATION FEE?

12:06PM   25   A.   YES.

12:06PM  1    Q.   OKAY.  AND YOU SEE IT SAYS THAT "AS DETAILED IN SECTION 6

12:06PM  2    OF SCHEDULE B OF THE AGREEMENT, WALGREENS IS TO MAKE AN

12:06PM  3    INNOVATION FEE PAYMENT OF UP TO $100 MILLION TO THERANOS."

12:06PM  4         DO YOU SEE THAT?

12:06PM  5    A.   YES.

12:06PM  6    Q.   AND THEN IT SAYS, GOING A COUPLE SENTENCES MORE, "TO THAT

12:06PM  7    END (AND SUBJECT TO SECTION 7) CAN," WHICH WE JUST LOOKED AT,

12:06PM  8    "THE PARTIES HAVE AGREED THAT WALGREENS SHALL ACCELERATE

12:07PM  9    PAYMENT OF THE INNOVATION FEE SO THAT $75 MILLION OF THE

12:07PM  10   PRE-PURCHASE WILL BECOME IMMEDIATELY DUE AND PAYABLE AT THE

12:07PM  11   CLOSE OF BUSINESS ON DECEMBER 31ST, 2013."

12:07PM  12        DO YOU SEE THAT?

12:07PM  13   A.   YES.

12:07PM  14   Q.   AND IT GOES ON TO SAY THAT "WALGREENS COMMITS TO WIRE

12:07PM  15   IMMEDIATELY AVAILABLE FUNDS IN SUCH AMOUNT OF FIVE BUSINESS

12:07PM  16   DAYS AFTER THE DATE HEREOF."

12:07PM  17        DO YOU SEE THAT?

12:07PM  18   A.   YES.

12:07PM  19   Q.   AND THIS WAS SIGNED ON DECEMBER 31ST, 2013?

12:07PM  20   A.   YES.

12:07PM  21   Q.   OKAY.  NOW, BASED ON YOUR EXPERIENCE IN BUSINESS AND AS AN

12:07PM  22   INVESTOR, AFTER AN AGREEMENT WHERE -- ACTUALLY I'LL WITHDRAW

12:07PM  23   THAT.  LET ME SHOW YOU ONE OTHER THING BEFORE I ASK THAT.

12:07PM  24        LET'S GO TO PARAGRAPH 1 OF THE AGREEMENT.

12:07PM  25        DO YOU SEE THE NATIONAL ROLLOUT; NEW MARKET ENTRY SECTION?

12:07PM 1    A.   YES.

12:07PM 2    Q.   AND IT SAYS, "THE PARTIES SHALL WORK TOGETHER TO DEVELOP A

12:07PM 3    FORECAST THAT DETAILS THE ANTICIPATED ROLLOUT DATES FOR

12:07PM 4    THERANOS SERVICES IN INDIVIDUAL U.S. STATES/TERRITORIES."

12:08PM 5         DO YOU SEE THAT?

12:08PM 6    A.   YES.

12:08PM 7    Q.   AND IT GOES ON TO SAY, "THE PARTIES ARE COMMITTED TO

12:08PM 8    TAKING ALL STEPS REASONABLE NECESSARY TO ENSURE A SUCCESSFUL

12:08PM 9    NATIONAL ROLLOUT OF THE THERANOS SERVICES."

12:08PM 10        AND IT GOES ON.

12:08PM 11        DO YOU SEE THAT?

12:08PM 12   A.   YES.

12:08PM 13   Q.   AND SO HAVING THAT IN MIND, THAT AGREEMENT, AS WELL AS THE

12:08PM 14   AGREEMENT FOR WALGREENS TO ACCELERATE PAYMENT OF A $75 MILLION

12:08PM 15   INNOVATION FEE, BASED ON YOUR EXPERIENCE AS AN INVESTOR, YOU

12:08PM 16   WOULD EXPECT THAT A DEAL LIKE THIS WOULD INCREASE THE VALUE OF

12:08PM 17   THERANOS?

12:08PM 18        MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

12:08PM 19   702, 401.

12:08PM 20        THE COURT:  I'LL SUSTAIN THE OBJECTION AS YOU FRAMED

12:08PM 21   THE QUESTION.

12:08PM 22        MR. COOPERSMITH:  OKAY.  LET ME SEE IF I CAN ASK

12:08PM 23   SOME OTHER QUESTIONS, YOUR HONOR.

12:08PM 24   Q.   SO, MR. LUCAS, YOU ARE FAMILIAR WITH THE CONCEPT OF VALUE

12:08PM 25   OF COMPANIES?

12:08PM  1    A.   YES.

12:08PM  2    Q.   AND THAT IN THE VENTURE CAPITAL WORLD THAT YOU LIVE IN,

12:09PM  3    THAT'S AN IMPORTANT CONCEPT TO UNDERSTAND WHAT YOUR INVESTMENT

12:09PM  4    MAY BE WORTH AT ANY ONE TIME; RIGHT?

12:09PM  5    A.   YES.

12:09PM  6    Q.   AND IT'S ALSO AN IMPORTANT CONCEPT TO UNDERSTAND WHETHER

12:09PM  7    THE PRICE THAT YOU'RE PAYING PER SHARE OF STOCK IS A FAIR

12:09PM  8    PRICE; RIGHT?

12:09PM  9    A.   YES.

12:09PM 10    Q.   BECAUSE YOU WOULDN'T WANT TO OVERPAY IF A COMPANY WAS

12:09PM 11    VALUED VERY LOW, YOU WOULDN'T WANT TO PAY MORE PER SHARE;

12:09PM 12    RIGHT?

12:09PM 13    A.   THAT'S RIGHT.

12:09PM 14    Q.   AND THE COMPANY, AS YOU UNDERSTAND IT, WOULDN'T WANT TO

12:09PM 15    HAVE YOU PAY MUCH LOWER THAN WHAT THE REAL VALUE OF THE SHARES

12:09PM 16    WERE WORTH; RIGHT?

12:09PM 17    A.   YES.

12:09PM 18    Q.   AND YOU UNDERSTAND THAT THERE'S A CORRELATION BETWEEN THE

12:09PM 19    VALUE OF THE COMPANY AND THE PRICE PER SHARE?

12:09PM 20         DO YOU UNDERSTAND THAT?

12:09PM 21    A.   I DO.

12:09PM 22    Q.   ALL RIGHT.  AND THE HIGHER THE VALUE OF THE COMPANY, THE

12:09PM 23    GREATER THE PRICE PER SHARE WOULD BE; RIGHT?

12:09PM 24    A.   YES.

12:09PM 25    Q.   AND BY THE SAME TOKEN, THE LOWER THE VALUE OF THE COMPANY,

12:09PM  1     THE LOWER THE VALUE OF THE COMPANY WOULD BE.

12:09PM  2          IS THAT FAIR?

12:09PM  3     A.   YES.

12:09PM  4     Q.   AND YOU UNDERSTAND THAT THERE ARE A LOT OF DIFFERENT

12:10PM  5     FACTORS THAT WOULD AFFECT THE VALUE OF THE COMPANY, AND,

12:10PM  6     THEREFORE, THE SHARE PRICE?

12:10PM  7     A.   YES.

12:10PM  8     Q.   AND ONE FACTOR WOULD BE WHAT THE COMPANY EXPECTS THEIR

12:10PM  9     FUTURE REVENUE WOULD BE; IS THAT CORRECT?

12:10PM  10    A.   CORRECT.

12:10PM  11    Q.   AND ANOTHER FACTOR WOULD BE THE COLLECTION OF TALENTED

12:10PM  12    PERSONNEL THAT THE COMPANY HAS ASSEMBLED TO WORK FOR IT?

12:10PM  13    A.   CORRECT.

12:10PM  14    Q.   AND ANOTHER VALUE WOULD BE WHAT RELATIONSHIPS AND

12:10PM  15    CONTRACTS THE COMPANY HAS?

12:10PM  16    A.   THAT'S RIGHT.

12:10PM  17    Q.   AND FOR A COMPANY LIKE THERANOS, HAVING A RELATIONSHIP

12:10PM  18    WITH WALGREENS WOULD BE A FACTOR IN THE VALUE OF THE COMPANY?

12:10PM  19    A.   ABSOLUTELY.

12:10PM  20    Q.   AND IF WALGREENS MAKES A COMMITMENT, AS WE HAVE JUST SEEN,

12:10PM  21    TO PUT IN $75 MILLION, AND IN A CONTRACT, SAY, THEY'RE

12:10PM  22    COMMITTED TO A NATIONAL ROLLOUT, IN YOUR EXPERIENCE, WOULD THAT

12:10PM  23    INCREASE THE SHARE PRICE?

12:10PM  24    A.   YES, IT WOULD.

12:10PM  25    Q.   OKAY.  AND THAT WAS GOING TO HAPPEN AFTER DECEMBER 31ST,

12:10PM   1    2013; CORRECT?

12:11PM   2    A.   CORRECT.

12:11PM   3    Q.   AND YOU WERE GIVEN A CHANCE TO INVEST BEFORE THAT

12:11PM   4    HAPPENED?

12:11PM   5    A.   CORRECT.

12:11PM   6    Q.   AND YOU UNDERSTOOD THAT AFTER THE FIRST OF THE YEAR OF

12:11PM   7    2014, THE PRICE THAT YOU MIGHT HAVE TO PAY FOR THERANOS MIGHT

12:11PM   8    BE HIGHER; RIGHT?

12:11PM   9    A.   ONE WOULD HOPE SO, YEP.

12:11PM   10   Q.   AND YOU WERE ACTUALLY GIVEN AN OPPORTUNITY TO INVEST IN

12:11PM   11   THERANOS AT THAT HIGHER PRICE IN JANUARY OF 2014?

12:11PM   12   A.   YES.

12:11PM   13   Q.   AND YOU DECIDED NOT TO?

12:11PM   14   A.   CORRECT.

12:11PM   15   Q.   BECAUSE YOU HAD PURCHASED AT THE EARLIER $15 PRICE?

12:11PM   16   A.   WE ALREADY HUSTLED AND GOT IT DONE.

12:11PM   17   Q.   YOU GOT IT DONE AND GOT THE BETTER PRICE; RIGHT?

12:11PM   18   A.   YES.

12:11PM   19   Q.   OKAY.  DO YOU REMEMBER BEFORE YOU ACTUALLY INVESTED, OR

12:12PM   20   YOUR FIRM VESTED, YOU WERE ON A CONFERENCE CALL WITH SOME OTHER

12:12PM   21   INVESTORS AND MS. HOLMES AS WELL?

12:12PM   22   A.   YES.

12:12PM   23   Q.   AND THAT WAS ON DECEMBER 20TH, 2013?

12:12PM   24   A.   YES.

12:12PM   25   Q.   AND ONE OF THE PEOPLE ON THAT CALL WAS BRYAN TOLBERT?

12:12PM  1    A.   YES.

12:12PM  2    Q.   AND ONE OF THE PEOPLE ON THAT CALL WAS CRAIG HALL?

12:12PM  3    A.   YES, HE WAS ALSO, YES.

12:12PM  4    Q.   OKAY.  ON DIRECT EXAMINATION, THE GOVERNMENT ASKED YOU

12:12PM  5    SOME QUESTIONS ABOUT INFORMATION THAT YOU HAD RECEIVED FROM

12:12PM  6    MS. HOLMES ABOUT MILITARY RELATIONSHIPS THAT THERANOS HAD?

12:12PM  7    A.   YES.

12:12PM  8    Q.   YOU DON'T REMEMBER THE EXACT WORDS THAT MS. HOLMES SAID AT

12:12PM  9    THIS POINT; CORRECT?

12:12PM 10    A.   OBVIOUSLY I DON'T REMEMBER THE EXACT WORDS, BUT I

12:13PM 11    CERTAINLY REMEMBER THE INTENT AND WHAT WAS SAID.

12:13PM 12    Q.   AND YOU TOOK AWAY FROM WHATEVER SHE SAID THAT THERE WAS A

12:13PM 13    RELATIONSHIP WITH THE MILITARY WHERE THERANOS WAS -- WHERE THE

12:13PM 14    MILITARY WAS USING THERANOS DEVICES IN THE FIELD?

12:13PM 15    A.   IN THE FIELD.

12:13PM 16    Q.   THAT'S WHAT YOU TOOK AWAY FROM WHATEVER WAS SAID?

12:13PM 17    A.   CORRECT.

12:13PM 18    Q.   BUT YOU DON'T REMEMBER THE EXACT WORDS?

12:13PM 19    A.   CORRECT.

12:13PM 20    Q.   OKAY.  MAYBE THIS IS OBVIOUS FROM THE QUESTIONS THAT WAS

12:13PM 21    ASKED OF YOU EARLIER, BUT MR. BALWANI WAS NOT ON THAT CALL ON

12:13PM 22    DECEMBER 20TH, 2013?

12:13PM 23    A.   NOT THAT I KNOW OF.

12:13PM 24    Q.   GOING WITH THE TOPIC OF THE 2013 INVESTMENT THAT YOU MADE,

12:13PM 25    YOU UNDERSTOOD THAT FOR THERANOS TO EMBARK ON THAT KIND OF

12:14PM 1    FINANCING THROUGH INVESTORS, THE BOARD WOULD HAVE TO APPROVE

12:14PM 2    THOSE ACTIONS?

12:14PM 3    A.   YES.

12:14PM 4    Q.   AND YOU KNEW WHO THE MEMBERS OF THE BOARD WERE; RIGHT?

12:14PM 5    A.   I COULDN'T TELL YOU NOW, BUT AT THE TIME, SURE.  I WOULD

12:14PM 6    HAVE KNOWN.

12:14PM 7    Q.   OKAY.  AND THE COMPOSITION OF THE THERANOS BOARD AT THE

12:14PM 8    TIME GAVE YOU SOME CONFIDENCE; IS THAT RIGHT?

12:14PM 9    A.   ABSOLUTELY.

12:14PM 10   Q.   GOING BACK TO THE TECHNOLOGY FOR A MINUTE, YOU UNDERSTOOD

12:14PM 11   THAT --

12:14PM 12   A.   UH-HUH.

12:14PM 13   Q.   -- THAT EVEN AFTER THE LAUNCH WITH WALGREENS, THAT

12:14PM 14   THERANOS WOULD CONTINUE TO DEVELOP ITS SMALL SAMPLE ASSAYS?

12:14PM 15   A.   YES.

12:14PM 16   Q.   AND IT WOULD -- SO A COMPANY COULD BE BOTH TRYING TO SCALE

12:15PM 17   UP ITS OPERATIONS BY ROLLING OUT WITH WALGREENS AND ALSO

12:15PM 18   CONTINUE TO BE A DEVELOPING COMPANY AT THE SAME TIME?

12:15PM 19   A.   YES.

12:15PM 20   Q.   MR. BOSTIC ASKED YOU ON DIRECT A QUESTION ABOUT WHETHER IT

12:15PM 21   MATTERED TO YOU IF THE THERANOS BLOOD TESTING ANALYZER COULD

12:15PM 22   ONLY DO 12 TESTS.

12:15PM 23       DO YOU REMEMBER THAT QUESTION?

12:15PM 24   A.   YES.

12:15PM 25   Q.   AND YOU DON'T KNOW IF IT'S TRUE THAT THE THERANOS

LUCAS CROSS BY MR. COOPERSMITH

12:15PM 1    TECHNOLOGY, THE ANALYZER COULD ONLY DO 12 TESTS; CORRECT?

12:15PM 2    A.   I DID NOT KNOW THAT.

12:15PM 3    Q.   IN OTHER WORDS, AS YOU SIT HERE TODAY, IT MIGHT HAVE BEEN

12:15PM 4    CAPABLE OF DOING A LOT MORE TESTS?

12:15PM 5    A.   I BELIEVE IT WAS CAPABLE OF DOING MORE THAN 12 TESTS.

12:15PM 6    Q.   DOZENS; RIGHT?

12:15PM 7    A.   THAT'S WHAT I SAID, YEAH.

12:15PM 8    Q.   RIGHT.

12:15PM 9         AND WHEN YOU INVEST IN A COMPANY LIKE THERANOS, AS AN

12:15PM 10   INVESTOR, YOU DON'T EXPECT TO BE INVOLVED IN EVERY DECISION

12:16PM 11   THAT MANAGEMENT OF THE COMPANY MAKES; RIGHT?

12:16PM 12   A.   NO.

12:16PM 13   Q.   OR THAT THE BOARD MAKES?

12:16PM 14   A.   CERTAINLY NOT.

12:16PM 15   Q.   AND THERE ARE SOME LIMITED THINGS THAT AN INVESTOR MIGHT

12:16PM 16   GET THE VOTE ON; RIGHT?

12:16PM 17   A.   DEPENDING ON THE SIZE OF YOUR INVESTMENT, YES, IT COULD BE

12:16PM 18   VERY LIMITED.

12:16PM 19   Q.   RIGHT.

12:16PM 20        BUT DAY-TO-DAY DECISIONS, WHAT BUSINESS DECISIONS THE

12:16PM 21   COMPANY MAKES, THAT'S NOT SOMETHING THAT INVESTORS GET INVOLVED

12:16PM 22   WITH?

12:16PM 23   A.   AGAIN, IT DEPENDS ON THE SIZE OF THE INVESTOR AND WHETHER

12:16PM 24   THE INVESTOR IS ON THE BOARD.

12:16PM 25   Q.   OKAY.  BUT YOU WEREN'T EXPECTING TO BE INVOLVED IN

12:16PM  1    DAY-TO-DAY DECISION MAKING AT THERANOS?

12:16PM  2    A.    THAT'S CORRECT.

12:16PM  3    Q.    OKAY.  AND YOU WOULD EXPECT THE MANAGEMENT OF THE COMPANY

12:16PM  4    AND THE BOARD TO MAKE THE DECISIONS THAT THEY THOUGHT WERE AS

12:16PM  5    PRUDENT AS THEY COULD POSSIBLY MAKE TO BENEFIT EVERYBODY,

12:17PM  6    INCLUDING INVESTORS?

12:17PM  7    A.    YES.

12:17PM  8    Q.    RIGHT.

12:17PM  9          AND IF, IN A THERANOS LAB OPERATION, THEY DECIDED TO USE

12:17PM  10   ONE ANALYZER VERSUS A DIFFERENT ANALYZER, THAT'S NOT SOMETHING

12:17PM  11   THAT YOU WOULD EXPECT TO HAVE INPUT INTO AS AN INVESTOR; RIGHT?

12:17PM  12   A.    NO.  ONE WOULD BELIEVE THAT IT WAS THERANOS'S ANALYZERS.

12:17PM  13   Q.    RIGHT.

12:17PM  14         BUT IF THERANOS HAD THE CAPABILITY TO RUN MANY BLOOD TESTS

12:17PM  15   ON ITS ANALYZER, BUT DECIDED THAT IT WOULD NOT MAKE ECONOMIC

12:17PM  16   SENSE TO DO THAT RIGHT AWAY, AND INSTEAD USE A COMMERCIAL

12:17PM  17   ANALYZER, THAT'S NOT A BUSINESS DECISION THAT YOU WOULD EXPECT

12:17PM  18   TO BE INVOLVED IN AS AN INVESTOR, IS IT?

12:17PM  19   A.    THAT WOULD HAVE BEEN SHOCKING TO ME TO KNOW.

12:17PM  20   Q.    OKAY.  BECAUSE YOU THOUGHT THAT THEY WERE USING THEIR OWN

12:17PM  21   ANALYZERS; CORRECT?

12:17PM  22   A.    CORRECT.

12:17PM  23   Q.    BUT IF IT MADE BUSINESS SENSE TO DO IT DIFFERENTLY FOR

12:17PM  24   SOME ASSAY OR CERTAIN ASSAYS, THE MANAGEMENT HAD A RIGHT TO

12:17PM  25   MAKE THAT DECISION; RIGHT?

12:18PM  1    A.   THEY HAVE A RIGHT TO MAKE ANY DECISION.  AND --

12:18PM  2    Q.   AND IF -- SORRY.

12:18PM  3    A.   AGAIN, I KNEW THAT SOME TESTS THERANOS COULD NOT DO ON

12:18PM  4    THEIR OWN MACHINES, AND THEY'D HAVE TO BE RUN ON A COMMERCIAL

12:18PM  5    ANALYZER.

12:18PM  6    Q.   RIGHT.

12:18PM  7         SO IF THERANOS DECIDED IT COULD DO AN ASSAY ON THEIR

12:18PM  8    MACHINE, BUT IT MADE MORE SENSE TO KEEP THAT GOING ON THE

12:18PM  9    COMMERCIAL ANALYZER, AS YOU'VE JUST SAID, THAT'S A BUSINESS

12:18PM 10    DECISION THAT THEY COULD MAKE; RIGHT?

12:18PM 11    A.   THEY COULD, SURE.

12:18PM 12    Q.   I THINK YOU SAID YOU UNDERSTOOD THE CONCEPT OF COMMONLY

12:18PM 13    ORDERED TESTS?

12:18PM 14    A.   YES.

12:18PM 15    Q.   AND SO THERE ARE SOME BLOOD TESTS, AS YOU UNDERSTOOD IT,

12:18PM 16    THAT WERE MORE COMMON FOR PATIENTS AND DOCTORS TO WANT TO GET;

12:18PM 17    RIGHT?

12:18PM 18    A.   YES.

12:18PM 19    Q.   AND THERE ARE OTHER BLOOD TESTS THAT MIGHT NOT BE SO

12:18PM 20    COMMON; RIGHT?

12:18PM 21    A.   YES.

12:18PM 22    Q.   AND THAT YOU UNDERSTOOD THAT THERANOS WAS TRYING TO USE

12:18PM 23    ITS TECHNOLOGY FOR THE MORE COMMONLY ORDERED BLOOD TESTS;

12:18PM 24    RIGHT?

12:18PM 25    A.   THAT WAS CERTAINLY THE FIRST PRIORITY.

LUCAS CROSS BY MR. COOPERSMITH

12:19PM 1    Q.   AND THOSE WERE THE DOZENS THAT YOU WERE --

12:19PM 2    A.   YES.

12:19PM 3    Q.   OKAY.  BUT THEN FOR OTHERS LESS COMMONLY ORDERED, YOU

12:19PM 4    UNDERSTOOD THAT THEY WOULD HAVE TO USE SOME DIFFERENT TYPE OF

12:19PM 5    ANALYZER?

12:19PM 6    A.   SURE.

12:19PM 7    Q.   OKAY.  AND DID YOU KNOW, MR. LUCAS, WHILE YOU WERE AN

12:19PM 8    INVESTOR IN THERANOS, THAT THERANOS'S RESEARCH AND DEVELOPMENT

12:19PM 9    TEAM HAD DEVELOPED HUNDREDS OF SMALL SAMPLE ASSAYS?

12:19PM 10   A.   NO.

12:19PM 11   Q.   BUT DOES THAT SURPRISE YOU?

12:19PM 12   A.   WELL, THAT WAS, THAT WAS THE FUTURE.  SO IF THEY DID AND

12:19PM 13   THEY DID WORK, GREAT.

12:19PM 14   Q.   OKAY.  DURING YOUR DIRECT EXAMINATION, YOU LOOKED AT AN

12:20PM 15   EXHIBIT THAT I'D LIKE TO TAKE YOU BACK TO, AND THAT'S

12:20PM 16   EXHIBIT 1770, 1770.

12:20PM 17        AND THAT WOULD, I THINK, BE IN THE GOVERNMENT'S --

12:20PM 18   A.   I'M LOOKING IN HERE.

12:20PM 19   Q.   YOU CAN DO THAT.  I THINK WE CAN PUT IT UP ON THE SCREEN

12:20PM 20   BECAUSE IT'S IN EVIDENCE, IF THAT'S EASIER FOR YOU?

12:20PM 21   A.   UH-HUH.

12:20PM 22   Q.   AND THIS IS A DOCUMENT THAT THE GOVERNMENT SHOWED YOU.

12:20PM 23   IT'S 1770.

12:20PM 24        DO YOU SEE THAT?

12:20PM 25   A.   THANK YOU.  YES.

12:20PM  1    Q.   I'M NOT SURE, MR. ALLEN, WE HAVE THE RIGHT EXHIBIT UP.

12:20PM  2         OH, I SEE.  OKAY.  YEAH, LET'S LOOK AT THE ONE ON THE

12:20PM  3    SCREEN.

12:20PM  4         SO YOU SEE THE FIRST PAGE.  AND IF YOU COULD GO TO THE

12:20PM  5    THIRD PAGE.

12:20PM  6         THAT'S A PICTURE OF MS. HOLMES; RIGHT?

12:21PM  7    A.   YES.

12:21PM  8    Q.   ON THE COVER OF "FORTUNE" MAGAZINE?

12:21PM  9    A.   YES.

12:21PM  10   Q.   RIGHT.

12:21PM  11        AND THIS WAS AN ARTICLE IN "FORTUNE" THAT YOU READ, BUT

12:21PM  12   THAT WAS AFTER YOUR INVESTMENT; RIGHT?

12:21PM  13   A.   YES.  I DON'T SEE THE DATE HERE, BUT I BELIEVE IT WAS --

12:21PM  14   SURE, I'M WELL FAMILIAR WITH THE ARTICLE.  I JUST FORGET WHEN

12:21PM  15   IT CAME OUT.

12:21PM  16   Q.   OKAY.  BUT IF THE ARTICLE CAME OUT IN THE SUMMER OF 2014,

12:21PM  17   THAT WOULD BE AFTER YOUR INVESTMENT; RIGHT?

12:21PM  18   A.   YES.

12:21PM  19   Q.   OKAY.  AND BELOW THAT, THOUGH, THERE'S THIS ANECDOTE.

12:21PM  20        DO YOU SEE THAT?  AND I DON'T THINK MR. BOSTIC REVIEWED

12:21PM  21   THAT WITH YOU.

12:21PM  22        THIS SAYS, "AN ANECDOTE FROM OUR TEAM RE:  A RECENT

12:21PM  23   CUSTOMER EXPERIENCE IN SCOTTSDALE."

12:21PM  24        DO YOU SEE THAT?

12:21PM  25   A.   YES.

12:21PM   1    Q.   AND IT SAYS, "TODAY A QUADRUPLE AMPUTEE VISITED THERANOS

12:22PM   2    AT THE WALGREENS LOCATED IN SCOTTSDALE.  DUE TO HIS CONDITION,

12:22PM   3    HE REGULARLY RECEIVES ARTERIAL DRAWS FROM HIS NECK FOR BASIC

12:22PM   4    BLOOD WORK.  OUR ABILITY TO RUN HIS TESTS FROM A FEW DROPS OF

12:22PM   5    BLOOD ENABLED OUR TEAM TO COLLECT HIS SAMPLE IN A NANOTAINER

12:22PM   6    FROM AN APPENDAGE FOR THE FIRST TIME.  AT THE END OF THE

12:22PM   7    COLLECTION THE MAN WAS OVERWHELMED WITH EMOTION.  HE EXPLAINED

12:22PM   8    TO HIS GIRLFRIEND THAT HE WOULD NEVER AGAIN HAVE TO GET A

12:22PM   9    NEEDLE STUCK INTO HIS NECK.  WITH TEARS IN HIS EYES HE THANKED

12:22PM  10    OUR TEAM FOR OUR DEDICATION TO MAKING PEOPLE'S LIFE BETTER.  HE

12:22PM  11    DECLARED HIMSELF A CUSTOMER FOR LIFE."

12:22PM  12         DO YOU SEE THAT?

12:22PM  13    A.   I DO.

12:22PM  14    Q.   AND YOU DON'T KNOW THIS INDIVIDUAL, I AM ASSUMING; RIGHT?

12:22PM  15    A.   I DO NOT.

12:22PM  16    Q.   BUT THIS WAS PART OF, AS YOU UNDERSTOOD IT, THE THERANOS

12:22PM  17    MISSION TO MAKE IT EASIER FOR PEOPLE TO GET THE CARE THEY

12:22PM  18    NEEDED; RIGHT?

12:22PM  19    A.   YES.

12:22PM  20    Q.   OKAY.  AND LET'S GO TO THE NEXT PAGE.

12:22PM  21         AND THIS IS FROM SOMEONE NAMED FRAN.

12:22PM  22         DO YOU SEE THAT?

12:22PM  23    A.   YES.

12:22PM  24    Q.   AND THIS IS ON MAY 22ND, 2014.  LET'S LOOK AT THIS AS

12:23PM  25    WELL.

12:23PM 1       SHE SAYS, "THIS IS AN EMAIL I SENT TO ALL EMAIL ADDRESSES

12:23PM 2   I HAVE.  USE IT, IF YOU CAN, TO HELP OTHERS.

12:23PM 3       "HI EVERYONE,

12:23PM 4       "YES, ME AGAIN," WITH A LOT OF I'S.  "I KNOW, I KNOW YOU

12:23PM 5   NEVER HEAR FROM ME AND NOW TWO EMAILS.  C'EST LA VIE.

12:23PM 6       "AS MOST, IF NOT ALL OF YOU KNOW, I'VE BEEN TYPE 1

12:23PM 7   DIABETIC SINCE AGE OF 2.  OK SO I SHOULD SAY 3 BECAUSE I DID

12:23PM 8   GET OUT OF THE HOSPITAL ON THE THIRD BIRTHDAY BUT DAMMIT I AM

12:23PM 9   TAKING CREDIT FOR EVERY SECOND OF THIS DISEASE.

12:23PM 10      "I'VE BEEN GETTING BLOOD DRAWN EVERY 2-3 MONTHS FOR

12:23PM 11  51 YEARS AND 27 DAYS.  AT TIMES EVEN MORE OFTEN THANKS TO

12:23PM 12  STUPID ME CHOOSING TO GET ON A MOTORCYCLE AND DRIVE IT ON THE

12:23PM 13  FREEWAY, IF DRIVING IS WHAT YOU WANT TO CALL IT!

12:23PM 14      "I THINK YOU ALL HAVE CLEAR PICTURE THAT I'VE BEEN STUCK

12:23PM 15  BY PHLEBOTOMISTS, AKA VAMPIRES MANY TIMES OVER.  I CAN COUNT ON

12:24PM 16  TWO HANDS THE NUMBER OF VAMPIRES I WOULD HAVE HIRED TO BE MY

12:24PM 17  OWN PERSONAL PHLEBOTOMIST IF I HAD THE MONEY.  GOING FOR LAB

12:24PM 18  WORK HAS NOT BEEN AN EASY PART OF DIABETES.

12:24PM 19      "HOWEVER, THAT HAS CHANGED.  I WENT TO THERANOS WEDNESDAY

12:24PM 20  MORNING FOR MY LABS.  THERANOS HAS ITS OWN LOCATIONS AND THE

12:24PM 21  ONE I WENT TO WAS IN A WALGREENS.  I HAD THE SAME OLD BLOOD

12:24PM 22  TEST THAT I'VE BEEN HAVING DONE EVERY 2-3 MONTHS WHERE THEY

12:24PM 23  NORMALLY TAKE FOUR VIALS OF BLOOD.  WEDNESDAY MORNING I HAD

12:24PM 24  THREE FINGER POKES AND THREE ADORABLE ITTY BITTY NANOTAINERS OF

12:24PM 25  BLOOD TAKEN.  IT WAS AWESOME, AMAZING, INTERESTING, PAIN FREE,

12:24PM  1    STRESS FREE, AND DOWN RIGHT FUN EXPERIENCE.  I NEVER IMAGINED

12:24PM  2    IN MY LIFETIME I WOULD EVER SAY THOSE WORDS ABOUT HAVING LABS

12:24PM  3    DONE."

12:24PM  4         THEN LET'S GO ON.

12:24PM  5         "EVERYONE, WHICH IS ABOUT SIX PEOPLE, FROM THERANOS I HAVE

12:24PM  6    SPOKEN WITH HAVE BEEN FRIENDLY, PROFESSIONAL, RESPECTFUL, AND A

12:24PM  7    PLEASURE TO WORK WITH.  THE FACILITY WAS CLEAN, TIDY,

12:24PM  8    COMFORTABLE AND ALL AROUND PEACEFUL.

12:24PM  9         "HMMM.  COULD GET GET ANY BETTER?  YES.  MY INSURANCE HAS

12:25PM 10    NOT CONTRACTED WITH THERANOS ONLY LABCORP.  ONE OF THE PLEASANT

12:25PM 11    INDIVIDUALS I SPOKE WITH AT THERANOS OFFERED TO CALCULATE THE

12:25PM 12    COST FOR ALL THESE TEES I WAS HAVING DONE.  I FIGURED WHAT DO I

12:25PM 13    HAVE TO LOSE?  SHE CAME BACK WITH $34.80.  I WAS ABSOLUTELY

12:25PM 14    FLOORED AND SAID IS THAT ALL?  I CHOSE TO TREAT MYSELF AND SAY

12:25PM 15    THE HELL WITH MY INSURANCE.  NOW MIND YOU THESE IDENTICAL LAB

12:25PM 16    COST MY INSURANCE $876.92 THE LAST TIME I WENT IN IN

12:25PM 17    FEBRUARY 2014."

12:25PM 18         AND THEN JUST TO FINISH IT UP.  IF YOU GO TO THE NEXT

12:25PM 19    PAGE, IT SAYS, "PLEASE PASS THIS ON TO AS MANY PEOPLE AS YOU

12:25PM 20    KNOW."

12:25PM 21         AND THEN SHE GOES ON, RIGHT?

12:25PM 22         NOW, AGAIN, MR. LUCAS, THIS, AS YOU UNDERSTOOD IT, WAS

12:25PM 23    PART OF THE MISSION OF THERANOS; RIGHT?

12:26PM 24    A.   YEAH.

12:26PM 25    Q.   TO PROVIDE PEOPLE WITH THAT LEVEL OF CARE TO MAKE THINGS

12:26PM 1      EASIER FOR THEM; RIGHT?

12:26PM 2      A.   YES.

12:26PM 3      Q.   AND MS. HOLMES HAD TOLD YOU ABOUT THAT, THAT VISION GOING

12:26PM 4      ALL OF THE WAY BACK TO 2005?

12:26PM 5      A.   CORRECT.

12:26PM 6      Q.   AND YOU WERE EXCITED ABOUT THAT; RIGHT?

12:26PM 7      A.   YES.

12:26PM 8      Q.   AND THAT WAS -- A PATIENT LIKE THIS IS BASICALLY

12:26PM 9      CONFIRMATION OF THAT VISION STARTING TO BECOME A REALITY?

12:26PM 10     A.   YES.

12:26PM 11     Q.   OKAY.  YOU CAN PUT THAT ASIDE, MR. LUCAS.

12:26PM 12          ON DIRECT EXAMINATION YOU WERE SHOWN A PARTICULAR

12:26PM 13     DOCUMENT, AND THAT IS EXHIBIT 7366.  AND THAT WOULD BE IN THE

12:26PM 14     GOVERNMENT'S BINDER, OR YOU CAN LOOK AT IT ON THE SCREEN.

12:27PM 15          OKAY.  DO YOU HAVE THAT IN FRONT OF YOU?

12:27PM 16     A.   YES.

12:27PM 17     Q.   AND YOU SEE THERE'S AN EMAIL -- IT'S AFTER THE COVER PAGE.

12:27PM 18     I GUESS IT'S PAGE 2.

12:27PM 19          IT'S AN EMAIL FROM MS. QUINTANA TO HERSELF AND THEN IT

12:27PM 20     COPIES YOU AND YASMIN IBARRA.

12:27PM 21          DO YOU SEE THAT?

12:27PM 22     A.   YES.

12:27PM 23     Q.   OKAY.  AND THIS IS AN EMAIL THAT YOU CAUSED TO BE SENT TO

12:28PM 24     BDT INVESTORS; RIGHT?

12:28PM 25     A.   YES.

12:28PM   1    Q.   AND SO THESE WERE INVESTORS IN YOUR COMPANY?

12:28PM   2    A.   CORRECT.

12:28PM   3    Q.   OKAY.  SO IN ORDER FOR YOU TO RAISE THE MONEY TO INVEST IN

12:28PM   4    A TRANSACTION LIKE THE ONE WITH THERANOS, YOU WOULD OFTENTIMES

12:28PM   5    HAVE INVESTORS UNDERLYING THAT WHO WOULD PUT IN MONEY; RIGHT?

12:28PM   6    A.   NOT OFTEN.  ALWAYS.

12:28PM   7    Q.   ALWAYS.

12:28PM   8    A.   I MEAN, THAT'S HOW IT WORKED.

12:28PM   9         WE WOULD HAVE OUR GROUP OF INVESTORS, WE WOULD GO TO THEM,

12:28PM  10    THEY WOULD DECIDE WHETHER THEY WANTED TO INVEST OR NOT, AND

12:28PM  11    THIS WAS JUST A STANDARD WAY WE DID IT.

12:28PM  12    Q.   RIGHT.

12:28PM  13         SO THESE PEOPLE, LIKE THESE INVESTORS IN BDT, THEY WOULD

12:28PM  14    BASICALLY BE INDIRECT INVESTORS IN THERANOS; RIGHT?

12:28PM  15    A.   YES.  WE WERE THE DIRECT -- OUR BDT ENTITY WAS THE DIRECT

12:28PM  16    INVESTOR, AND THEY ALL HAD CONTRIBUTED CAPITAL TO OUR

12:29PM  17    BLACK DIAMOND ENTITY.

12:29PM  18    Q.   RIGHT.

12:29PM  19         AND THEY, IN TYPICAL FASHION, DON'T HAVE THESE OTHER

12:29PM  20    INVESTORS IN YOUR COMPANY, THEY DON'T HAVE DIRECT INTERACTION

12:29PM  21    OR COMMUNICATION WITH THE COMPANY LIKE THERANOS?

12:29PM  22    A.   THEY WOULD IF WE HAD SOMEONE ON THE PHONE OR A CONFERENCE,

12:29PM  23    THEN THEY COULD ASK QUESTIONS INDIRECTLY AND TALK.

12:29PM  24         BUT IN THE NORMAL COURSE OF BUSINESS, NO.

12:29PM  25    Q.   AND IN THE CASE OF THERANOS, THEY DIDN'T HAVE ANY

LUCAS CROSS BY MR. COOPERSMITH

12:29PM 1    COMMUNICATION, AS YOU UNDERSTAND IT, WITH THERANOS?

12:29PM 2    A.   A FEW DID.

12:29PM 3    Q.   A FEW DID?  OKAY.

12:29PM 4    A.   YES.

12:29PM 5    Q.   BUT NOT ALL OF THEM?

12:29PM 6    A.   CORRECT.

12:29PM 7    Q.   OKAY.  SO FOR THE PEOPLE WHO AT LEAST DIDN'T HAVE ANY

12:29PM 8    COMMUNICATION WITH THERANOS, THEY WOULD HAVE TO RELY ON WHAT

12:29PM 9    YOU WERE TELLING THEM IN DISCLOSING, OR NOT DISCLOSING TO THEM,

12:29PM 10    IN ORDER TO MAKE A DECISION ABOUT WHAT TO DO; RIGHT?

12:29PM 11    A.   YES.

12:30PM 12    Q.   OKAY.  AND BECAUSE OF THAT FACT, YOU WANTED TO SEND THEM A

12:30PM 13    LETTER TO MAKE IT CLEAR THAT YOU WERE LACKING SOME INFORMATION

12:30PM 14    HERE THAT YOU MIGHT NORMALLY HAVE?

12:30PM 15    A.   YES.

12:30PM 16    Q.   SO THAT IT WAS CLEAR FOR ALL CONCERNED THAT THIS WAS NOT A

12:30PM 17    TYPICAL SITUATION WHERE YOU HAD ACCESS TO A LOT MORE

12:30PM 18    INFORMATION ABOUT THE COMPANY?

12:30PM 19    A.   YES.

12:30PM 20    Q.   OKAY.  AND, IN FACT, IF YOU GO TO THIS PAGE, IT SAYS IN

12:30PM 21    THE SECOND SENTENCE AFTER THE GREETING, IT SAYS, "PER OUR

12:30PM 22    COUNSEL'S RECOMMENDATION, WE WOULD LIKE TO SHARE ADDITIONAL

12:30PM 23    INFORMATION."

12:30PM 24        DO YOU SEE THAT?

12:30PM 25    A.   YES.

12:30PM  1    Q.   AND SO YOU WERE ACTUALLY DOING THIS BECAUSE YOU HAD A

12:30PM  2    LAWYER WHO WAS TELLING YOU THIS IS A GOOD IDEA; RIGHT?

12:30PM  3    A.   CORRECT.

12:30PM  4    Q.   AND THEN IF YOU GO TO A COUPLE OF PAGES AFTER THAT,

12:30PM  5    THERE'S THE ACTUAL LETTER TO BLACK DIAMOND INVESTORS; RIGHT?

12:30PM  6    A.   YES.

12:30PM  7    Q.   OKAY.  LET'S GO TO THE MIDDLE PARAGRAPH OR THE THIRD

12:31PM  8    PARAGRAPH.

12:31PM  9         THERE'S A SENTENCE THAT READS, "ALL TERMS OF THESE

12:31PM  10   TRANSACTIONS WERE UNANIMOUSLY APPROVED BY A SPECIAL COMMITTEE,

12:31PM  11   CONSISTING ONLY OF DIRECTORS WHO ARE INDEPENDENT OF THE FOUNDER

12:31PM  12   OPERATING ON THE ADVICE OF LEADING COUNSEL FROM THE TOP LAW

12:31PM  13   FIRMS IN THE COUNTRY."

12:31PM  14        DO YOU SEE THAT?

12:31PM  15   A.   YES.

12:31PM  16   Q.   AND THAT'S REFERRING TO THE TRANSACTIONS THAT WOULD CLOSE

12:31PM  17   BY DECEMBER 31ST, INCLUDING A 5 TO 1 FORWARD STOCK SPLIT?

12:31PM  18   A.   YES.

12:31PM  19   Q.   OKAY.  SO YOU WERE CONVEYING TO YOUR INVESTORS THAT THE

12:31PM  20   TRANSACTIONS AT ISSUE WERE APPROVED BY A SPECIAL COMMITTEE;

12:31PM  21   RIGHT?

12:31PM  22   A.   YES.

12:31PM  23   Q.   AND THAT'S A SPECIAL COMMITTEE OF THERANOS'S BOARD OF

12:32PM  24   DIRECTORS?

12:32PM  25   A.   YES.

12:32PM  1    Q.   RIGHT.

12:32PM  2         AND YOU COMMUNICATED TO YOUR INVESTORS THAT THAT SPECIAL

12:32PM  3    COMMITTEE WAS OPERATING INDEPENDENTLY OF THE FOUNDER OF

12:32PM  4    THERANOS?

12:32PM  5    A.   YES.

12:32PM  6    Q.   AND THAT FOUNDER WAS MS. ELIZABETH HOLMES; RIGHT?

12:32PM  7    A.   CORRECT.

12:32PM  8    Q.   OKAY.  IF YOU GO TO THE NEXT PAGE.  AT THE VERY TOP THERE

12:32PM  9    IT SAYS, "YOU SHOULD NOT CONSTRUE THE CONTENTS OF THIS LETTER

12:32PM  10   AND ATTACHED EXHIBIT A AS LEGAL OR INVESTMENT ADVICE, BUT

12:32PM  11   RATHER, YOU SHOULD CONSULT WITH YOUR OWN ATTORNEY AND PERSONAL

12:32PM  12   BUSINESS AND TAX ADVISERS TO ARRIVE AT YOUR OWN EVALUATION OF

12:32PM  13   THE INVESTMENT."

12:32PM  14        RIGHT?

12:32PM  15   A.   YES.

12:32PM  16   Q.   YOU WANTED TO MAKE SURE YOUR PEOPLE WHO WERE INVESTORS

12:32PM  17   COULD MAKE THEIR OWN DECISIONS AND NOT JUST SAY, WELL, BECAUSE

12:32PM  18   CHRIS LUCAS LIKES THIS DEAL, I THINK I'LL DO IT, TOO; RIGHT?

12:32PM  19   A.   CORRECT.

12:32PM  20   Q.   IF WE GO TO THE NEXT PAGE, YOU SEE THERE'S A VOTING RIGHTS

12:33PM  21   SECTION.

12:33PM  22   A.   YES.

12:33PM  23   Q.   AND THEN IT TALKS ABOUT "THE MANAGEMENT OF THERANOS,

12:33PM  24   THERANOS'S BOARD OF DIRECTORS AND AN INDEPENDENT COMMITTEE OF

12:33PM  25   THERANOS'S BOARD RECOMMENDED THAT IN CONJUNCTION WITH THE

12:33PM  1    SERIES C-1 FINANCING, THERANOS AMEND AND RESTATE ITS GOVERNING

12:33PM  2    DOCUMENTS TO CREATE A DUAL-CLASS STRUCTURE OF CLASS A AND

12:33PM  3    CLASS B COMMON STOCK."

12:33PM  4        DO YOU SEE THAT?

12:33PM  5    A.   YES.

12:33PM  6    Q.   AND DO YOU UNDERSTAND THAT IT'S TALKING ABOUT THIS BECAUSE

12:33PM  7    THE COMMON STOCK WOULD BASICALLY BE THE VOTING CONTROL OF THE

12:33PM  8    COMPANY; RIGHT?

12:33PM  9    A.   NO.  TYPICALLY WHEN IT'S A DUAL-CLASS STOCK, IT'S GIVING

12:33PM 10    ME FOUNDER CONTROL OF THE COMPANY AND NOT THE INVESTORS.

12:33PM 11    Q.   RIGHT.

12:33PM 12        AND, IN FACT, IT SAYS THAT IN THE NEXT SENTENCE; RIGHT?

12:33PM 13        IT SAYS, "THE PURPOSE OF THIS DUAL-CLASS STRUCTURE IS TO

12:33PM 14    PROVIDE THE FOUNDER AND CHIEF EXECUTIVE OFFICER OF THERANOS,

12:34PM 15    ELIZABETH HOLMES (THE FOUNDER)," AND IT GOES ON, "WITH 100-TO-1

12:34PM 16    VOTING RIGHTS AS THE SOLE HOLDER OF CLASS B COMMON STOCK."

12:34PM 17        RIGHT?

12:34PM 18    A.   YES.

12:34PM 19    Q.   AND WHAT THIS SAYS, IS THAT THE THERANOS BOARD OF

12:34PM 20    DIRECTORS, INCLUDING AN INDEPENDENT COMMITTEE, DECIDED TO GIVE

12:34PM 21    ELIZABETH HOLMES VOTING CONTROL OF THERANOS; RIGHT?

12:34PM 22    A.   IT DID.

12:34PM 23    Q.   RIGHT.

12:34PM 24        NOT SUNNY BALWANI?

12:34PM 25    A.   CORRECT.

LUCAS CROSS BY MR. COOPERSMITH

12:34PM 1   Q.   AND YOU KNEW THAT BEFORE YOUR INVESTMENT; RIGHT?

12:34PM 2   A.   CORRECT.

12:34PM 3   Q.   AND YOU KNEW THAT SHE HAD VOTING CONTROL, SO THE DIRECTION

12:34PM 4   OF THE COMPANY WOULD BE ENTIRELY UP TO HER?

12:34PM 5   A.   CORRECT.

12:34PM 6   Q.   LET'S GO TO A COUPLE OF MORE PAGES AFTER THAT.

12:34PM 7        THERE'S A SECTION CALLED REPRESENTATIONS, WARRANTIES,

12:35PM 8   DELIVERABLES AND COVENANTS GIVEN TO SERIES C-1 INVESTORS.

12:35PM 9        DO YOU SEE THAT?

12:35PM 10  A.   YES.

12:35PM 11  Q.   AND THIS SAYS, "THE SERIES C-1 PREFERRED STOCK PURCHASE

12:35PM 12  AGREEMENT (THE PURCHASE AGREEMENT) LACKS REPRESENTATIONS,

12:35PM 13  WARRANTIES, AND DELIVERABLES STANDARD FOR AN INVESTMENT OF THIS

12:35PM 14  TYPE."

12:35PM 15       DO YOU SEE THAT, MR. LUCAS?

12:35PM 16  A.   YES.

12:35PM 17  Q.   AND THEN IT GOES ON AND SAYS, "THE PURCHASE AGREEMENT DOES

12:35PM 18  NOT PROVIDE MANY OF THE STANDARD REPRESENTATIONS, WARRANTIES

12:35PM 19  AND DELIVERABLES WE WOULD EXPECT TO SEE IN AN INVESTMENT OF

12:35PM 20  THIS NATURE AND THOSE THAT HAVE BEEN PROVIDED ARE SERIOUSLY

12:35PM 21  CURTAILED.  SPECIFICALLY, THE PURCHASE AGREEMENT DOES NOT

12:35PM 22  PROVIDE THE FOLLOWING."

12:35PM 23       AND THEN IT HAS SOME THINGS THAT IT DOESN'T PROVIDE;

12:35PM 24  RIGHT?

12:35PM 25       SO YOU'RE TELLING YOUR INVESTORS HERE THAT THERE'S LIMITED

12:35PM  1      INFORMATION ABOUT THERANOS AVAILABLE; RIGHT?

12:35PM  2      A.   YES.

12:35PM  3      Q.   AND YOU'RE TELLING THEM THAT YOU SHOULD KNOW THAT BEFORE

12:36PM  4      YOU CAN MAKE A DECISION TO INVEST THROUGH

12:36PM  5      BLACK DIAMOND VENTURES?

12:36PM  6      A.   THAT'S RIGHT.

12:36PM  7      Q.   AND YOU WERE AWARE OF THAT, TOO, IN TERMS OF ANY FUNDS

12:36PM  8      THAT YOU PUT INTO THE DEAL; RIGHT?

12:36PM  9      A.   YES.

12:36PM  10     Q.   RIGHT.

12:36PM  11          AND IF YOU GO TO ONE MORE SECTION JUST AFTER THAT, THIS IS

12:36PM  12     IN THE SECTION ABOUT WHAT THINGS WERE NOT AVAILABLE, AND THIS

12:36PM  13     SAYS IN PARAGRAPH IV -- WELL, LET'S LOOK AT PARAGRAPH III

12:36PM  14     FIRST.

12:36PM  15          IT SAYS, "COMPLIANCE CERTIFICATE OF AN OFFICER OF

12:36PM  16     THERANOS, CERTIFYING TO THE TRUTH AND CORRECTNESS OF THERANOS'S

12:36PM  17     REPRESENTATIONS AND WARRANTIES IN THE PURCHASE AGREEMENT."

12:36PM  18          RIGHT?

12:36PM  19     A.   YES.

12:36PM  20     Q.   SO NORMALLY YOU WOULD HAVE THAT TYPE OF COMPLIANCE

12:36PM  21     CERTIFICATE?

12:36PM  22     A.   NOT NECESSARILY, BUT IN THIS CASE THAT'S CERTAINLY WHAT

12:36PM  23     OUR LAWYER SAID.

12:36PM  24     Q.   OKAY.  AND IF YOU GO TO THE NEXT SECTION, IV, THIS IS

12:37PM  25     AMONG THE THINGS THAT ARE NOT AVAILABLE, "REPRESENTATIONS AND

LUCAS CROSS BY MR. COOPERSMITH

12:37PM  1    WARRANTIES REGARDING ITS SUBSIDIARY (OR LACK THEREOF),

12:37PM  2    FINANCIAL STATEMENTS."

12:37PM  3        DO YOU SEE THAT?

12:37PM  4    A.   YES.

12:37PM  5    Q.   AND SO YOU HAD NO FINANCIAL STATEMENTS?

12:37PM  6    A.   CORRECT.

12:37PM  7    Q.   AND THEN ANOTHER THING IN THERE IS "ABSENCE OF MATERIALLY

12:37PM  8    ADVERSE CHANGES."

12:37PM  9        RIGHT?

12:37PM 10    A.   CORRECT.

12:37PM 11    Q.   RIGHT.  YOU DIDN'T HAVE THAT?

12:37PM 12        AND THEN IF YOU GO ON, THERE'S A SECTION OR A PHRASE

12:37PM 13    "MATERIAL CONTRACTS."

12:37PM 14        RIGHT?

12:37PM 15    A.   YES.

12:37PM 16    Q.   AND THAT'S ANOTHER THING THAT YOU DIDN'T HAVE?

12:37PM 17    A.   YES.

12:37PM 18    Q.   AND, IN FACT, THE CONTRACT OR THE AMENDMENT TO THE

12:37PM 19    CONTRACT BETWEEN WALGREENS AND THERANOS THAT I'VE SHOWED YOU

12:37PM 20    EARLIER IN YOUR TESTIMONY, THAT'S, AS YOU SAID, NOT SOMETHING

12:37PM 21    THAT YOU HAD BEFORE YOU MADE THIS INVESTMENT DECISION; RIGHT?

12:37PM 22    A.   THAT'S RIGHT.

12:37PM 23    Q.   BUT THAT'S THE KIND OF THING THAT YOU MIGHT WANT TO SEE IN

12:37PM 24    OTHER TYPES OF DEALS; RIGHT?

12:37PM 25    A.   YES, AND NOT ALWAYS.

12:38PM   1          AGAIN, YOU GO BACK TO TRUST OF THE PEOPLE THAT YOU'RE

12:38PM   2   DOING BUSINESS WITH.  YOU DON'T OBVIOUSLY NECESSARILY LOOK AT

12:38PM   3   ALL OF THE CONTRACTS.

12:38PM   4   Q.   WELL, I THINK YOU SAID YOU MIGHT HAVE SOMETHING CALLED,

12:38PM   5   LIKE, A DATA ROOM?  IS THAT A PHRASE THAT YOU USED?

12:38PM   6   A.   YES.

12:38PM   7   Q.   OKAY.  AND YOU MIGHT HAVE DOCUMENTS TO LOOK AT?

12:38PM   8   A.   AND THAT -- YES.

12:38PM   9   Q.   AND YOU MIGHT NOT BE ABLE TO PERSONALLY LOOK AT

12:38PM  10   EVERYTHING; RIGHT?

12:38PM  11   A.   RIGHT.

12:38PM  12   Q.   YOU WOULD HAVE YOUR STAFF --

12:38PM  13   A.   YES.

12:38PM  14   Q.   -- LOOK AT IT; RIGHT?

12:38PM  15          OKAY.  BUT WHEN YOU ARE IN A SITUATION -- WELL, LET ME ASK

12:38PM  16   YOU THIS FIRST.  THIS TYPE OF LETTER THAT YOU JUST SAID AND WE

12:38PM  17   JUST LOOKED AT AND YOU LOOKED AT WITH MR. BOSTIC, YOU NEVER DID

12:38PM  18   THAT IN ANY OTHER INVESTMENT THAT YOU EVER MADE; RIGHT?

12:38PM  19   A.   THAT'S CORRECT.

12:38PM  20   Q.   LIKE, ALL OF THAT TIME THAT YOU FOUNDED YOUR COMPANY IN

12:38PM  21   THE LATE 1990S?

12:38PM  22   A.   THAT'S CORRECT.

12:38PM  23   Q.   OKAY.  SO THIS WAS VERY UNUSUAL?

12:38PM  24   A.   IT WAS.

12:39PM  25          AND IF I MAY EXPAND A LITTLE BIT?  YOU HAVE, IN THERANOS,

12:39PM   1    PROBABLY THE MOST PRESTIGIOUS BOARD OF A PRIVATE COMPANY AT THE

12:39PM   2    TIME.

12:39PM   3         YOU KNOW, YOU CERTAINLY RELY ON THE FOLKS THAT ARE

12:39PM   4    OPERATING THE COMPANY THAT ARE ON THE BOARD OF THE COMPANY, AND

12:39PM   5    THAT GIVES YOU, IN ABSENCE OF SOME OF THIS MATERIAL, IT GIVES

12:39PM   6    YOU A LOT OF CONFIDENCE IN WHAT IS HAPPENING WITH THE COMPANY.

12:39PM   7    Q.   RIGHT.

12:39PM   8         AND IN ADDITION, YOU KNEW THAT WALGREENS WAS PARTNERING

12:39PM   9    WITH THERANOS; RIGHT?

12:39PM  10    A.   THANK YOU.  THAT PROBABLY WAS THE EXCLAMATION POINT, THAT

12:39PM  11    THEY HAD A DEAL WITH WALGREENS, WERE ROLLING OUT, AND NOW WE'RE

12:39PM  12    GOING TO HAVE SOME REAL REVENUE.

12:39PM  13    Q.   RIGHT.  THANK YOU, MR. LUCAS.

12:39PM  14         BUT THE REASON WHY YOU SENT THIS LETTER TO YOUR INVESTORS,

12:39PM  15    IS THAT YOU WANTED TO MAKE SURE THAT THEY UNDERSTOOD THAT THERE

12:40PM  16    WAS SOME ADDITIONAL RISKS ASSOCIATED WITH THIS BECAUSE OF THE

12:40PM  17    LACK OF SOME OF THIS INFORMATION?

12:40PM  18    A.   YES.  WHAT WE WROTE HERE IS ACCURATE.

12:40PM  19    Q.   RIGHT.  BECAUSE YOU WANTED YOUR INVESTORS TO UNDERSTAND

12:40PM  20    THAT THERE WAS SOME ADDITIONAL RISKS ASSOCIATED WITH THIS DEAL;

12:40PM  21    RIGHT?

12:40PM  22    A.   YES.

12:40PM  23    Q.   OKAY.  AND THE REASON WHY YOU WOULD BE WILLING, OR YOUR

12:40PM  24    INVESTORS WHO DECIDED TO PARTICIPATE, WERE COMFORTABLE WITH

12:40PM  25    THAT IS BECAUSE IF THERANOS HAD SUCCESSFULLY ROLLED OUT ITS

12:40PM 1    STORES, INVESTORS IN THERANOS STOOD TO MAKE A LOT OF MONEY;

12:40PM 2    RIGHTS?

12:40PM 3    A.   HOPE SO, YEAH.

12:40PM 4    Q.   THAT WAS THE WHOLE POINT; RIGHT?  RIGHT?

12:40PM 5    A.   YES.

12:40PM 6    Q.   AND IN THE WORLD OF VENTURE CAPITAL, THAT'S WHAT YOU'RE

12:40PM 7    GOING FOR, RIGHT, IS TO BASICALLY HIT A HOME RUN; RIGHT?

12:40PM 8    A.   YES.

12:40PM 9    Q.   AND THAT SOMETIMES IN THE VENTURE CAPITAL WORLD,

12:40PM 10   ESPECIALLY IN THIS PART OF THE COUNTRY, YOU CALL THOSE

12:40PM 11   UNICORNS; RIGHT?

12:40PM 12   A.   THAT WORD WAS NOT USED BACK THEN.  BUT, YES, TODAY, SURE.

12:41PM 13   Q.   BUT YOU UNDERSTAND WHAT THAT MEANS TODAY; RIGHT?

12:41PM 14   A.   SURE.

12:41PM 15   Q.   AND THAT'S WHAT YOU'RE HOPING FOR, IS THAT YOU'RE GOING TO

12:41PM 16   BE INVESTING IN SOMETHING THAT TURNS OUT TO BE A UNICORN;

12:41PM 17   RIGHT?

12:41PM 18   A.   YES.  AND ONE WOULD THINK AT THE TIME, GIVEN THE ROLLOUT

12:41PM 19   OF WALGREENS, THAT WOULD HAVE BEEN THE BEGINNING.

12:41PM 20   Q.   BUT YOU KNOW FROM YOUR LONG EXPERIENCE, MR. LUCAS, THAT

12:41PM 21   THAT PROSPECT OF HIGH REWARD DOESN'T COME WITHOUT TAKING

12:41PM 22   SIGNIFICANT RISK; RIGHT?

12:41PM 23   A.   CERTAINLY BACK WHEN WE INVEST IN 2006, THAT'S CORRECT.

12:41PM 24       IF YOU'RE INVESTING IN A ROLLOUT WITH A FIRM LIKE

12:41PM 25   WALGREENS, YOU'RE GETTING MORE ASSURANCE AND CERTAINTY THAT

12:41PM   1    WE'RE GOING TO HAVE A SUCCESSFUL INVESTMENT.

12:41PM   2    Q.   RIGHT.

12:41PM   3         THAT'S REASSURING THAT YOU HAVE SOMETHING LIKE WALGREENS

12:41PM   4    ASSOCIATED WITH THIS; RIGHT?

12:42PM   5    A.   SURE.

12:42PM   6    Q.   RIGHT.

12:42PM   7         BUT NONETHELESS, THIS WASN'T YOUR FIRST RODEO; RIGHT?  DO

12:42PM   8    YOU KNOW THAT EXPRESSION?

12:42PM   9    A.   YES.

12:42PM  10    Q.   OKAY.

12:42PM  11    A.   THAT'S RIGHT.  BUT THIS IS GETTING LATER STAGE IN A

12:42PM  12    COMPANY, WHERE YOU'RE GETTING MORE CONFIDENT THAT YOU'RE GOING

12:42PM  13    TO BE SUCCESSFUL BECAUSE OF THIS.

12:42PM  14    Q.   RIGHT.

12:42PM  15         BUT YOU WOULD AGREE WITH ME AS A GENERAL PROPOSITION, THAT

12:42PM  16    TREMENDOUS REWARD DOESN'T COME WITHOUT ALSO TAKING SIGNIFICANT

12:42PM  17    RISK?

12:42PM  18    A.   GENERALLY THAT'S RIGHT.

12:42PM  19    Q.   AND ONE RISK WE DISCUSSED DURING THE COURSE OF OUR

12:42PM  20    CONVERSATION TODAY IS THE EXECUTION RISK; RIGHT?

12:42PM  21    A.   THAT'S TRUE.

12:42PM  22    Q.   MEANING THE ABILITY TO ACTUALLY EXECUTE ON ROLLING OUT ALL

12:42PM  23    OF THESE WALGREENS STORES?

12:42PM  24    A.   YES.

12:42PM  25    Q.   OKAY.  LET'S GO SPECIFICALLY TO THE DOCUMENTS THAT WENT

LUCAS CROSS BY MR. COOPERSMITH

12:42PM 1    ALONG WITH YOUR INVESTMENT.

12:42PM 2        IF YOU COULD TAKE A LOOK AT EXHIBIT 3530.

12:43PM 3        I THINK THAT MIGHT ALREADY BE IN EVIDENCE.  MAYBE NOT.  I

12:43PM 4    DON'T KNOW THAT IT'S IN EVIDENCE, SO LET'S LOOK AT THIS

12:43PM 5    TOGETHER, MR. LUCAS.

12:43PM 6            THE COURT:  LET ME -- AS TO THIS EXHIBIT, PAGES 1

12:43PM 7    THROUGH 24 AND 32 WERE ADMITTED ON APRIL 29TH.

12:43PM 8        ON MAY 11, PAGE 42 WAS DISPLAYED, BUT THAT SHOULD BE

12:43PM 9    ADMITTED NOW IN RETROSPECT.  IT WAS NOT ADMITTED WHEN IT WAS

12:43PM 10   DISPLAYED.

12:43PM 11       BY THE PARTIES ARE MOVING FOR 42 TO BE ADMITTED I THINK.

12:43PM 12       MR. BOSTIC, WAS THAT YOURS?

12:43PM 13           MR. BOSTIC:  NO OBJECTION, YOUR HONOR.  I BELIEVE

12:43PM 14   PAGE 29 MIGHT BE IN THE SAME CATEGORY.

12:44PM 15           THE COURT:  RIGHT, 29 AND 42.

12:44PM 16       THOSE WILL BE ADMITTED.

12:44PM 17       ANY OBJECTION TO THAT?

12:44PM 18           MR. COOPERSMITH:  NO, YOUR HONOR.

12:44PM 19           THE COURT:  THOSE PAGES ARE ADMITTED.

12:44PM 20       SO THAT'S THE UNIVERSE OF THE EXHIBIT THAT WAS ADMITTED,

12:44PM 21   AND IF YOUR QUESTION FALLS WITHIN THAT.

12:44PM 22       IF NOT, THEN YOU'LL HAVE TO MOVE TO THE ADMISSION OF ANY

12:44PM 23   OTHER PAGE.

12:44PM 24       (GOVERNMENT'S EXHIBIT 3530, PAGES 29 AND 42, WERE RECEIVED

12:44PM 25   IN EVIDENCE.)

12:44PM 1      MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  LET ME SEE

12:44PM 2    IF I CAN TAKE CARE OF THAT RIGHT NOW.

12:44PM 3      BECAUSE THERE IS, IN ADDITION TO PAGE 29, AND YOUR HONOR

12:44PM 4    SAID 42, THERE IS ANOTHER PAGE I WOULD LIKE TO ADMIT, WHICH IS

12:44PM 5    PAGE 25.

12:44PM 6      LET ME ASK, WITH YOUR HONOR'S PERMISSION, TO ESTABLISH

12:44PM 7    WHAT THAT IS.

12:44PM 8      THE COURT:  ALL RIGHT.

12:44PM 9    BY MR. COOPERSMITH:

12:44PM 10   Q.  MR. LUCAS, DO YOU SEE PAGE 25 OF THE EXHIBIT THAT IS ON

12:44PM 11   YOUR SCREEN?  IT'S NOT ADMITTED INTO EVIDENCE YET.

12:45PM 12     THE COURT:  CAN YOU BLOW THAT UP A LITTLE BIT,

12:45PM 13   PLEASE.

12:45PM 14     (PAUSE IN PROCEEDINGS.)

12:45PM 15   BY MR. COOPERSMITH:

12:45PM 16   Q.  DO YOU SEE -- ARE YOU ABLE TO SEE PAGE 25?

12:45PM 17   A.  YES.

12:45PM 18   Q.  THANK YOU.  IS THAT YOUR SIGNATURE ON THIS STOCK PURCHASE

12:45PM 19   AGREEMENT?

12:45PM 20   A.  YES.

12:45PM 21   Q.  AND IS IT DATED DECEMBER 31ST, 2013?

12:45PM 22   A.  CORRECT.

12:45PM 23     MR. COOPERSMITH:  YOUR HONOR, WE MOVE TO ADMIT

12:45PM 24   PAGE 25 AS WELL.

12:45PM 25     MR. BOSTIC:  NO OBJECTION.

12:45PM  1              THE COURT:  IT'S ADMITTED.  PAGE 25 IS ADMITTED, AND

12:45PM  2      IT MAY BE PUBLISHED.

12:45PM  3          (GOVERNMENT'S EXHIBIT 3530, PAGE 25 WAS RECEIVED IN

12:45PM  4      EVIDENCE.)

12:45PM  5      BY MR. COOPERSMITH:

12:45PM  6      Q.   THANK YOU.

12:45PM  7          MR. ALLEN, CAN YOU GO TO THE FIRST PAGE OF THE EXHIBIT,

12:45PM  8      PAGE 1.

12:45PM  9          AND TO GET ORIENTED HERE, IT SAYS AMENDED AND RESTATED

12:45PM 10      SERIES C-1 PREFERRED STOCK PURCHASE AGREEMENT.

12:46PM 11          DO YOU SEE THAT?

12:46PM 12      A.   YES.

12:46PM 13      Q.   AND IT SAYS THERE'S A CLOSING DATE, AND THE INITIAL

12:46PM 14      CLOSING DATE IS JULY 1, 2010; RIGHT?

12:46PM 15      A.   YES.

12:46PM 16      Q.   BUT YOU SIGNED THE DOCUMENT ON DECEMBER 31ST, 2013; IS

12:46PM 17      THAT RIGHT?

12:46PM 18      A.   YEAH, IT LOOKS SO.

12:46PM 19      Q.   RIGHT.

12:46PM 20          AND YOU UNDERSTOOD THAT YOU WERE INVESTING AT THE END OF

12:46PM 21      DECEMBER 2013 IN THE VERY LAST OF WHAT WAS CALLED THE C-1

12:46PM 22      FINANCING ROUND?

12:46PM 23      A.   THANK YOU FOR REFRESHING MY MEMORY.

12:46PM 24      Q.   AND DOES THAT HELP YOU?

12:46PM 25      A.   THAT APPEARS TO BE THE CASE, YEAH.

LUCAS CROSS BY MR. COOPERSMITH

12:46PM  1    Q.   OKAY.  THANKS.

12:46PM  2         LET'S GO TO PAGE 11 OF THE EXHIBIT.  DO YOU SEE THERE'S A

12:46PM  3    SECTION CALLED REPRESENTATIONS AND WARRANTIES OF INVESTORS?

12:46PM  4    A.   YES.

12:46PM  5    Q.   OKAY.  NOW, WE TALKED A FEW MOMENTS AGO ABOUT HOW, WHEN

12:47PM  6    YOU INVEST IN A COMPANY LIKE THERANOS, SOME, OR MAYBE IN SOME

12:47PM  7    CASES ALL, OF THE MONEY COMES FROM INVESTORS WHO INVEST THROUGH

12:47PM  8    BLACK DIAMOND VENTURES; RIGHT?

12:47PM  9    A.   YES, IN OUR CASE, YES.

12:47PM  10   Q.   RIGHT.

12:47PM  11        AND THAT YOU HAVE AGREEMENTS WITH YOUR OWN INVESTORS TO

12:47PM  12   DOCUMENT THEIR INVESTMENTS IN BLACK DIAMOND VENTURES AND ALL OF

12:47PM  13   THE TERMS AND CONDITIONS OF THOSE?

12:47PM  14   A.   YES.

12:47PM  15   Q.   RIGHT?

12:47PM  16        AND YOU YOURSELF, IN THOSE DOCUMENTS, YOU AND YOUR TEAM,

12:47PM  17   YOU HAVE PEOPLE SIGN -- INVESTORS IN YOUR COMPANY SIGN

12:47PM  18   REPRESENTATIONS AND WARRANTIES; CORRECT?

12:47PM  19   A.   YES.

12:47PM  20   Q.   AND SOMETIMES THEY HAVE TO REPRESENT THINGS LIKE THEY

12:47PM  21   UNDERSTAND THE INVESTMENT IS SPECULATIVE AND THINGS OF THAT

12:47PM  22   NATURE; RIGHT?

12:47PM  23   A.   CORRECT.

12:47PM  24   Q.   AND YOU INSIST ON HAVING THEM SIGN THAT BEFORE THEY'RE

12:47PM  25   ALLOWED TO INVEST; RIGHT?

LUCAS CROSS BY MR. COOPERSMITH

| | | |
|---|---|---|
| 12:47PM | 1 | A.   YES. |
| 12:47PM | 2 | Q.   AND YOU EXPECT THOSE PEOPLE TO TAKE THAT SERIOUSLY; RIGHT? |
| 12:47PM | 3 | A.   YES. |
| 12:47PM | 4 | Q.   AND IF THEY DON'T BELIEVE WHAT THEY'RE SIGNING IS CORRECT, |
| 12:47PM | 5 | YOU WOULD EXPECT THEM NOT TO SIGN; RIGHT? |
| 12:48PM | 6 | A.   CORRECT. |
| 12:48PM | 7 | Q.   AND THE PEOPLE WHO INVEST THROUGH YOUR COMPANY -- JUST |
| 12:48PM | 8 | DESCRIBE THE GENERAL NATURE OF THOSE TYPES OF INVESTORS.  WHAT |
| 12:48PM | 9 | KIND OF PEOPLE ARE THEY? |
| 12:48PM | 10 | A.   I THINK WHAT YOU'RE -- WELL, SPECIFICALLY THEY NEED TO BE |
| 12:48PM | 11 | ACCREDITED INVESTORS, WHICH MEANS THAT THEY HAVE A NET WORTH |
| 12:48PM | 12 | THAT WOULD ALLOW THEM TO TAKE A LOSS IN THE INVESTMENT AND IT |
| 12:48PM | 13 | NOT MATERIALLY OR SIGNIFICANTLY IMPACT THEM. |
| 12:48PM | 14 | Q.   OKAY.  AND SOMETIMES THOSE INVESTORS EVEN HAVE LEGAL |
| 12:48PM | 15 | COUNSEL LOOKING AT THE DOCUMENTS BEFORE THEY SIGN THEM; RIGHT? |
| 12:48PM | 16 | A.   YES. |
| 12:48PM | 17 | Q.   OKAY.  AND SOMETIMES YOU HAVE LEGAL COUNSEL LOOK AT |
| 12:48PM | 18 | DOCUMENTS BEFORE YOU SIGN ON TO INVESTMENTS THAT YOUR COMPANY |
| 12:48PM | 19 | MAKES; RIGHT? |
| 12:48PM | 20 | A.   YES. |
| 12:48PM | 21 | Q.   OKAY.  AND YOU EXPECT THAT -- WELL, LET'S JUST GO TO SOME |
| 12:48PM | 22 | OF THESE PROVISIONS. |
| 12:48PM | 23 | SO WE'RE LOOKING AT SECTION 4.  AND THE FIRST ONE IS 4.2 |
| 12:49PM | 24 | THAT I WANT TO TALK TO YOU ABOUT.  THAT'S CALLED INVESTMENT |
| 12:49PM | 25 | INTENT; RIGHT? |

12:49PM   1          AND YOU SEE IN THAT PARAGRAPH IT SAYS, AMONG OTHER THINGS,

12:49PM   2     "SUCH INVESTOR HAS NO PRESENT INTENTION OF SELLING, GRANTING

12:49PM   3     ANY PARTICIPATION IN, OR OTHERWISE DISTRIBUTING THE SAME."

12:49PM   4          DO YOU SEE THAT?

12:49PM   5     A.   YES.

12:49PM   6     Q.   AND WHEN YOU, ON BEHALF OF BLACK DIAMOND VENTURES, SIGN AN

12:49PM   7     AGREEMENT LIKE THIS, YOU'RE BEING SINCERE WHEN YOU REPRESENT

12:49PM   8     SOMETHING LIKE THAT; CORRECT?

12:49PM   9     A.   YES.

12:49PM  10     Q.   RIGHT.

12:49PM  11          AND SO IF YOU HAD INVESTMENT -- IF YOU HAD AN INTENT TO

12:49PM  12     IMMEDIATELY TURN AROUND AND SELL YOUR SHARES SOMEHOW, YOU

12:49PM  13     WOULDN'T SIGN THAT; RIGHT?

12:49PM  14     A.   YEAH, THAT'S THE CASE.  AND THERE ARE OTHER PROVISIONS

12:49PM  15     THAT IF SOMETHING LIKE THAT WERE TO HAPPEN, THEY WOULD HAVE TO

12:49PM  16     BE OFFERED BACK TO THE COMPANY.

12:49PM  17     Q.   OKAY.  AND THEN THERE'S A NEXT SECTION THAT IS 4.3, AND IT

12:50PM  18     SAYS INVESTMENT EXPERIENCE.

12:50PM  19          AND THIS IS A PARAGRAPH, YOU UNDERSTAND, WHERE YOU AS AN

12:50PM  20     INVESTOR ARE REPRESENTING YOU HAVE SUBSTANTIAL EXPERIENCE IN

12:50PM  21     EVALUATING AND INVESTING IN PRIVATE PLACEMENT TRANSACTIONS.

12:50PM  22          DO YOU SEE THAT?

12:50PM  23     A.   YES.

12:50PM  24     Q.   AND IT ALSO GOES ON TO SAY THAT YOU'RE CAPABLE OF

12:50PM  25     EVALUATING THE MERITS AND RISKS OF THE INVESTMENT; RIGHT?

12:50PM   1    A.   YES.

12:50PM   2    Q.   AND THEN THE NEXT SECTION, 4.4, SAYS SPECULATIVE NATURE OF

12:50PM   3    THE INVESTMENT?

12:50PM   4    A.   YES.

12:50PM   5    Q.   AND IT SAYS, "SUCH INVESTOR UNDERSTANDS AND ACKNOWLEDGES

12:50PM   6    THAT THE COMPANY HAS A LIMITED FINANCIAL AND OPERATING HISTORY

12:50PM   7    AND THAT AN INVESTMENT IN THE COMPANY IS HIGHLY SPECULATIVE AND

12:50PM   8    INVOLVES SUBSTANTIAL RISKS."

12:50PM   9         RIGHT?

12:50PM  10    A.   YES.

12:50PM  11    Q.   AND IT GOES ON TO SAY, "SUCH INVESTOR CAN BEAR THE

12:50PM  12    ECONOMIC RISK OF SUCH INVESTOR'S INVESTMENT AND IS ABLE,

12:51PM  13    WITHOUT IMPAIRING SUCH INVESTOR'S FINANCIAL CONDITION, TO HOLD

12:51PM  14    THE SHARES AND THE CONVERSION SHARES FOR AN INDEFINITE PERIOD

12:51PM  15    OF TIME AND TO SUFFER A COMPLETE LOSS OF SUCH INVESTOR'S

12:51PM  16    INVESTMENT."

12:51PM  17         RIGHT?

12:51PM  18    A.   YES.

12:51PM  19    Q.   AND WHEN YOU SIGNED THIS AGREEMENT, YOU KNOW THAT'S WHAT

12:51PM  20    YOU'RE REPRESENTING; RIGHT?

12:51PM  21    A.   CORRECT.

12:51PM  22    Q.   AND THAT IS A TRUE STATEMENT, OTHERWISE YOU WOULDN'T SIGN

12:51PM  23    IT; RIGHT?

12:51PM  24    A.   CORRECT.

12:51PM  25    Q.   AND THEN ACCESS TO DATA.  IT SAYS, "SUCH INVESTOR HAS HAD

12:51PM    1    AN OPPORTUNITY TO ASK QUESTIONS OF AND RECEIVE ANSWERS FROM,

12:51PM    2    THE OFFICERS OF THE COMPANY" --

12:51PM    3              THE COURT:  MR. COOPERSMITH, IF YOU COULD SLOW DOWN

12:51PM    4    WHEN YOU READ.

12:51PM    5              MR. COOPERSMITH:  YES, YOUR HONOR.  OF COURSE.

12:51PM    6

12:51PM    7    Q.   ANYWAY, I WON'T READ THIS AGAIN.  BUT YOU SEE WHAT IT SAYS

12:51PM    8    ON THE PAGE; RIGHT?

12:51PM    9    A.   YES.

12:51PM   10    Q.   AND THIS IS ANOTHER PROVISION THAT YOU SIGNED WHEN YOU

12:51PM   11    INVEST -- WHEN YOU INVESTED IN THERANOS?

12:51PM   12    A.   CORRECT.

12:51PM   13    Q.   AND THEN IF YOU GO A LITTLE BIT FURTHER INTO THAT

12:51PM   14    PARAGRAPH, THAT SAME ONE, IT SAYS THAT "SUCH INVESTOR

12:51PM   15    ACKNOWLEDGES THAT ANY BUSINESS PLANS PREPARED BY THE COMPANY

12:51PM   16    HAVE BEEN, AND CONTINUE TO BE, SUBJECT TO CHANGE AND THAT ANY

12:52PM   17    PROJECTIONS INCLUDED IN SUCH BUSINESS PLANS OR OTHERWISE ARE

12:52PM   18    NECESSARILY SPECULATIVE IN NATURE, AND IT CAN BE EXPECTED THAT

12:52PM   19    SOME OR ALL OF THE ASSUMPTIONS UNDERLYING THE PROJECTIONS WILL

12:52PM   20    NOT MATERIALIZE OR WILL VARY SIGNIFICANTLY FROM ACTUAL

12:52PM   21    RESULTS."

12:52PM   22         DO YOU SEE THAT?

12:52PM   23    A.   YES.

12:52PM   24    Q.   AND I THINK WE TALKED ABOUT THIS CONCEPT EARLIER, BUT DO

12:52PM   25    YOU UNDERSTAND THAT MANAGEMENT OF THE COMPANY, DEPENDING ON THE

12:52PM   1    CIRCUMSTANCES AT HAND, MAY HAVE TO PIVOT AND MAKE DIFFERENT

12:52PM   2    DECISIONS THAN WHAT THEY STARTED OUT THINKING THAT THEY WOULD

12:52PM   3    DO?

12:52PM   4        IS THAT FAIR?

12:52PM   5    A.   FAIR.

12:52PM   6    Q.   AND THIS IS ANOTHER THING THAT YOU AGREED TO WHEN YOU MAKE

12:52PM   7    AN INVESTMENT; RIGHT?

12:52PM   8    A.   YES.

12:52PM   9    Q.   AND YOU'RE SINCERE WHEN YOU SIGN THAT; RIGHT?

12:52PM  10    A.   YES.

12:52PM  11    Q.   OKAY.  AND THEN YOU -- THE NEXT ONE IS 4.6, THE CONCEPT OF

12:52PM  12    ACCREDITED INVESTOR.

12:52PM  13        WE ALREADY TALKED ABOUT THAT CONCEPT; RIGHT?

12:52PM  14    A.   YES.

12:52PM  15    Q.   AND THEN 4.9, THIS SAYS NO PUBLIC MARKET.

12:53PM  16        DO YOU SEE THAT?

12:53PM  17    A.   YES.

12:53PM  18    Q.   AND THIS JUST MEANS THAT YOU KNOW THAT THE COMPANY IS NOT

12:53PM  19    A PUBLIC COMPANY; RIGHT?

12:53PM  20    A.   CORRECT.

12:53PM  21    Q.   AND SO YOU CAN'T DECIDE TO SELL YOUR SHARES ON THE STOCK

12:53PM  22    MARKET LIKE THE NEW YORK STOCK EXCHANGE?

12:53PM  23    A.   THAT'S CORRECT.

12:53PM  24    Q.   OR THE NASDAQ MARKET, OR SOME OTHER STOCK EXCHANGE; RIGHT?

12:53PM  25    A.   RIGHT.

12:53PM 1    Q.   ALL RIGHT.  SO THAT MEANS THAT IT'S GOING TO BE A LOT

12:53PM 2    TOUGHER TO SELL YOUR SHARES COMPARED TO INVESTING IN A PUBLIC

12:53PM 3    COMPANY; RIGHT?

12:53PM 4    A.   YES.

12:53PM 5    Q.   OKAY.  AND YOU UNDERSTAND THAT WHEN YOU'RE INVESTING?

12:53PM 6    A.   I DO.

12:53PM 7    Q.   SO YOU MIGHT BE IN FOR THE LONG HAUL?

12:53PM 8    A.   LONG HAUL.

12:53PM 9    Q.   RIGHT.

12:53PM 10        AND THEN IF YOU GO TO PAGE 7 -- I'M SORRY, PAGE 21 OF THE

12:53PM 11   EXHIBIT.  THERE'S A PARTICULAR SECTION THAT IS 7.8.

12:53PM 12        AND THIS SAYS THAT, "THIS AGREEMENT," REFERRING TO THE

12:53PM 13   STOCK PURCHASE AGREEMENT, "INCLUDING THE EXHIBITS ATTACHED

12:53PM 14   HERETO, CONSTITUTE THE FULL AND ENTIRE UNDERSTANDING AND

12:54PM 15   AGREEMENT AMONG THE PARTIES WITH REGARD TO THE SUBJECTS HEREOF

12:54PM 16   AND SUPERSEDE ANY PRIOR AGREEMENTS OR UNDERSTANDINGS WITH

12:54PM 17   RESPECT TO THE SUBJECT MATTER HEREOF, INCLUDING, WITHOUT

12:54PM 18   LIMITATION, THE PRIOR AGREEMENT, WHICH IS SUPERSEDED HEREBY AND

12:54PM 19   OF NO FURTHER FORCE OR EFFECT."

12:54PM 20        DO YOU SEE THAT?

12:54PM 21   A.   YES.

12:54PM 22   Q.   OKAY.  SO THIS IS ANOTHER THING THAT YOU'RE AGREEING TO

12:54PM 23   WHEN YOU MAKE THE INVESTMENT; RIGHT?

12:54PM 24   A.   YES, THAT'S RIGHT.

12:54PM 25   Q.   AND WHEN YOU MADE THE THERANOS INVESTMENT?

LUCAS CROSS BY MR. COOPERSMITH

12:54PM   1     A.   YES.

12:54PM   2     Q.   AND WHAT IT'S SAYING IS ANY OTHER UNDERSTANDINGS OR

12:54PM   3     AGREEMENTS THAT YOU THINK MIGHT EXIST ARE NOT THE CASE, AND, IN

12:54PM   4     FACT, THE AGREEMENT THAT YOU'RE SIGNING IS THE SOLE AGREEMENT

12:54PM   5     BETWEEN YOU AND THE COMPANY; CORRECT?

12:54PM   6     A.   YES.

12:54PM   7     Q.   OKAY.   I HAVE ONE MORE EXHIBIT TO SHOW YOU, MR. LUCAS.

12:55PM   8     THAT'S EXHIBIT 12604.   THIS IS NOT IN EVIDENCE YET, BUT IF YOU

12:55PM   9     COULD LOOK AT IT ON YOUR SCREEN OR YOU CAN FIND IT IN THE

12:55PM   10    BINDER AS YOU PREFER.

12:55PM   11         EXHIBIT 12604.

12:55PM   12         MR. ALLEN, MR. LUCAS WOULD RATHER SEE IT ON THE SCREEN.

12:55PM   13    ARE YOU ABLE TO PUT THAT UP JUST FOR MR. LUCAS?

12:55PM   14         OKAY.   THIS IS AN EMAIL FROM YOU TO JAMES L, WITH A COPY

12:55PM   15    TO ANA QUINTANA, ON APRIL 17TH, 2014; IS THAT CORRECT?

12:56PM   16    A.   YES.

12:56PM   17    Q.   AND IT RELATES TO SOME DEVELOPMENTS AT THERANOS?

12:56PM   18    A.   YES.

12:56PM   19         MR. COOPERSMITH:   YOUR HONOR, WE OFFER

12:56PM   20    EXHIBIT 12604.

12:56PM   21         MR. BOSTIC:   NO OBJECTION.

12:56PM   22         THE COURT:   IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:56PM   23         (DEFENDANT'S EXHIBIT 12604 WAS RECEIVED IN EVIDENCE.)

12:56PM   24    BY MR. COOPERSMITH:

12:56PM   25    Q.   OKAY.   SO, MR. LUCAS, WE TALKED ABOUT EARLIER THE BOARD OF

12:56PM  1    DIRECTORS AT THERANOS AND YOUR VIEW OF THE BOARD; RIGHT?

12:56PM  2         AND HERE'S A PRESS RELEASE ANNOUNCING THAT

12:56PM  3    WILLIAM H. FRIST, M.D., IS JOINING THE BOARD OF DIRECTORS.

12:56PM  4         DO YOU SEE THAT?

12:56PM  5    A.   YES.

12:56PM  6              THE COURT:  EXCUSE ME.  WE NEED THE MONITORS ON IN

12:56PM  7    THE JURY BOX.

12:56PM  8              MR. COOPERSMITH:  YES, YOUR HONOR.

12:56PM  9         CAN WE PUBLISH THE EXHIBIT, YOUR HONOR?

12:56PM 10              THE COURT:  YES.

12:56PM 11              MR. COOPERSMITH:  THANK YOU.

12:56PM 12    Q.   OKAY.  SO NOW WE CAN ALL SEE IT, MR. LUCAS.

12:56PM 13         AND YOU SEE IT'S AN ANNOUNCEMENT THAT WILLIAM H. FRIST,

12:56PM 14    M.D., IS JOINING THE THERANOS BOARD OF DIRECTORS?

12:57PM 15    A.   YES.

12:57PM 16    Q.   AND YOU KNOW WHO THAT IS; RIGHT?

12:57PM 17    A.   YES.

12:57PM 18    Q.   AND DR. FRIST WAS A U.S. SENATOR?

12:57PM 19    A.   CORRECT.

12:57PM 20    Q.   AND AS IT SAYS HERE, "ALSO A NATIONALLY RECOGNIZED HEART

12:57PM 21    AND LUNG TRANSPLANT SURGEON"?

12:57PM 22    A.   YES.

12:57PM 23    Q.   AND IT GOES ON, AND I WON'T READ IT ALL, BUT IT EXPLAINS

12:57PM 24    WHAT HIS BIO WAS; RIGHT?

12:57PM 25    A.   CORRECT.

LUCAS CROSS BY MR. COOPERSMITH

12:57PM 1    Q.   AND YOU VIEWED THIS AS A VERY POSITIVE DEVELOPMENT; RIGHT?

12:57PM 2    A.   YES.

12:57PM 3    Q.   BECAUSE DR. FRIST WAS NOT ONLY SOMEONE WHO HAD BEEN IN A

12:57PM 4    POSITION OF LEADERSHIP IN THE U.S. SENATE, BUT HE ALSO WAS A

12:57PM 5    MEDICAL DOCTOR; RIGHT?

12:57PM 6    A.   YES.

12:57PM 7    Q.   AND YOU EXPECT DR. FRIST TO HAVE PARTICULAR KNOWLEDGE OF

12:57PM 8    HEALTH CARE SUCH AS WHAT THERANOS WAS ENGAGED IN; CORRECT?

12:57PM 9         MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

12:57PM 10        THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

12:57PM 11        THE WITNESS:  CERTAINLY ONE WOULD THINK THAT HE

12:57PM 12   WOULD HAVE MORE KNOWLEDGE THAN SOMEONE WHO IS NOT A PHYSICIAN.

12:57PM 13   BY MR. COOPERSMITH:

12:57PM 14   Q.   RIGHT.

12:57PM 15        SO THIS, AGAIN, YOU VIEWED AS A POSITIVE; RIGHT?

12:58PM 16   A.   YES, ABSOLUTELY.

12:58PM 17   Q.   AND AT THE TOP YOU WROTE "AGREED" WITH AN EXCLAMATION

12:58PM 18   POINT THAT IT WAS A GREAT APPOINTMENT; RIGHT?

12:58PM 19   A.   YES.

12:58PM 20   Q.   THANK YOU, MR. LUCAS.

12:58PM 21        I HAVE NO FURTHER QUESTIONS FOR YOU AT THIS TIME.

12:58PM 22        THE COURT:  REDIRECT?

12:58PM 23        MR. BOSTIC:  YES, YOUR HONOR, BRIEFLY.

12:58PM 24        MR. COOPERSMITH:  I'M SORRY, YOUR HONOR.  I'M TOLD

12:58PM 25   MY TEAM COULD USE A FEW MINUTES OF A BREAK.  IS THAT POSSIBLE

| | | |
|---|---|---|
| 12:58PM | 1 | FOR -- |
| 12:58PM | 2 | THE COURT:  WELL, I'M JUST INQUIRING OF OUR SCHEDULE |
| 12:58PM | 3 | HERE. |
| 12:58PM | 4 | MR. BOSTIC, YOU'LL HAVE A FEW MINUTES OF REDIRECT AND THEN |
| 12:58PM | 5 | I ANTICIPATE SOME RECROSS AFTER THAT? |
| 12:58PM | 6 | LET'S -- WHY DON'T WE TAKE OUR -- LET'S TAKE OUR AFTERNOON |
| 12:58PM | 7 | BREAK NOW, LADIES AND GENTLEMEN.  LET'S TAKE ABOUT 30 MINUTES. |
| 12:58PM | 8 | WE'LL TAKE A BREAK.  WE'LL COME BACK IN ABOUT 30 MINUTES. |
| 12:58PM | 9 | THE WITNESS:  OKAY. |
| 12:58PM | 10 | MR. COOPERSMITH:  YOUR HONOR, THANK YOU. |
| 12:58PM | 11 | (RECESS FROM 12:58 P.M. UNTIL 1:36 P.M.) |
| 01:36PM | 12 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD. |
| 01:36PM | 13 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 01:36PM | 14 | MR. BOSTIC, DID YOU HAVE REDIRECT? |
| 01:36PM | 15 | MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU. |
| 01:36PM | 16 | **REDIRECT EXAMINATION** |
| 01:36PM | 17 | BY MR. BOSTIC: |
| 01:37PM | 18 | Q.  GOOD AFTERNOON, MR. LUCAS. |
| 01:37PM | 19 | I'D LIKE TO ASK YOU JUST A FEW TOPICS ON CROSS-EXAMINE. |
| 01:37PM | 20 | A.  SURE. |
| 01:37PM | 21 | Q.  FIRST, MR. COOPERSMITH ASKED YOU SOME QUESTIONS ABOUT SOME |
| 01:37PM | 22 | WORK YOU DID WITH THERANOS ON A FINANCIAL MODEL. |
| 01:37PM | 23 | DO YOU RECALL THOSE QUESTIONS? |
| 01:37PM | 24 | A.  YES. |
| 01:37PM | 25 | Q.  DO YOU RECALL THE APPROXIMATE TIMEFRAME WHEN YOU WERE |

LUCAS REDIRECT BY MR. BOSTIC

01:37PM   1    DOING THAT WORK WITH THE COMPANY?

01:37PM   2    A.   MAYBE 2007, 2008.  SOMETHING LIKE THAT.

01:37PM   3    Q.   DO YOU RECALL IT BEING -- THAT IT WAS CLOSER TO YOUR FIRST

01:37PM   4    INVESTMENT AND SECOND INVESTMENT THAN THE 2013 INVESTMENT?

01:37PM   5    A.   CORRECT.

01:37PM   6    Q.   WAS THAT WORK ON THE FINANCIAL MODEL WITH THERANOS

01:37PM   7    COMPLETE SOME TIME BEFORE THE 2013 INVESTMENT TO YOUR

01:38PM   8    RECOLLECTION?

01:38PM   9    A.   YES.

01:38PM   10   Q.   IF THERANOS PROVIDED FINANCIAL PROJECTIONS TO INVESTORS IN

01:38PM   11   2014, WOULD YOU HAVE HAD ANY INVOLVEMENT WITH PREPARING THOSE

01:38PM   12   PROJECTIONS?

01:38PM   13   A.   NO.

01:38PM   14   Q.   WHEN YOU DID THAT WORK WITH THERANOS, CAN YOU DESCRIBE

01:38PM   15   WHAT YOUR CONTRIBUTION WAS, IF YOU REMEMBER?

01:38PM   16   A.   I WAS WORKING, AND I'M FORGETTING HER LAST NAME, BUT WITH

01:38PM   17   RASHITA, WHO IS THE CONTROLLER, I BELIEVE, AND I WAS HELPING

01:38PM   18   HER PUT TOGETHER -- WE WERE TAKING THE PROJECTIONS FROM THOSE

01:38PM   19   WHO WERE MAKING THEM AND PUTTING THEM INTO A FORMAT THAT WAS

01:38PM   20   READABLE BASICALLY.

01:38PM   21   Q.   AND WHEN YOU SAY "TAKING THE PROJECTIONS FROM THOSE THAT

01:39PM   22   WERE MAKING THEM," DID YOU HAVE AN UNDERSTANDING ABOUT WHO WAS

01:39PM   23   ACTUALLY MAKING THE PROJECTIONS THEMSELVES?

01:39PM   24   A.   CERTAINLY ELIZABETH WOULD HAVE BEEN PART OF THAT, AND

01:39PM   25   OTHERS AT THE COMPANY, BUT I DON'T KNOW WHO ELSE.

01:39PM 1    Q.   LET ME ASK THAT A SLIGHTLY DIFFERENT WAY.

01:39PM 2         AS PART OF YOUR ROLE IN CONNECTION WITH THE FINANCIAL

01:39PM 3    MODEL, DID YOU HAVE ANYTHING TO DO WITH GENERATING THE

01:39PM 4    PROJECTIONS OR MAKING ASSUMPTIONS ABOUT WHAT WOULD HAPPEN WITH

01:39PM 5    THE BUSINESS OR THE TECHNOLOGY?

01:39PM 6    A.   NO.

01:39PM 7    Q.   BETWEEN YOU AND THE PEOPLE WHO WERE WORKING AT THERANOS,

01:39PM 8    WHO HAD MORE INFORMATION ABOUT WHAT THE COMPANY WAS DOING AND

01:39PM 9    WHAT THE TECHNOLOGY WAS CAPABLE OF DURING THAT TIME PERIOD?

01:39PM 10   A.   WHO OTHER THAN -- I GUESS I'M NOT --

01:39PM 11   Q.   I'M ASKING -- SURE.  LET ME ASK THAT A BETTER WAY.

01:39PM 12        LET ME ASK, FINANCIAL PROJECTIONS SOMETIMES RELY ON

01:40PM 13   ASSUMPTIONS ABOUT WHAT IS GOING TO HAPPEN WITH A BUSINESS AND

01:40PM 14   ITS TECHNOLOGY; IS THAT RIGHT?

01:40PM 15   A.   YES.

01:40PM 16   Q.   WHEN YOU WERE WORKING ON THE FINANCIAL MODEL BACK IN THAT

01:40PM 17   APPROXIMATELY 2007 TIME PERIOD, DID YOU HAVE MORE OR LESS

01:40PM 18   INFORMATION THAN THE PEOPLE WHO ARE ACTUALLY WORKING AT

01:40PM 19   THERANOS ABOUT WHAT THE COMPANY WAS DOING AND WHAT THOSE

01:40PM 20   ASSUMPTIONS REASONABLY MIGHT BE?

01:40PM 21   A.   YEAH, CERTAINLY LESS.

01:40PM 22   Q.   OKAY.  DO YOU RECALL -- DO YOU STILL HAVE THE BLACK BINDER

01:40PM 23   IN FRONT OF YOU?

01:40PM 24   A.   YES.

01:40PM 25   Q.   COULD I ASK YOU TO TURN BACK TO TAB 12022 IN THAT BINDER?

01:40PM  1    A.   SAY THE NUMBER AGAIN.

01:40PM  2    Q.   SURE.  IT'S 12022, IN THE BLACK BINDER.

01:41PM  3    A.   OH, I'M SORRY.  THE BLACK BINDER.

01:41PM  4    Q.   FROM THE DEFENSE.

01:41PM  5    A.   YES.

01:41PM  6    Q.   AND IN 12022, DO YOU RECALL THAT THIS WAS AN EMAIL THAT

01:41PM  7    MS. HOLMES SENT YOU IN DECEMBER OF 2005 AND IT ATTACHED A SLIDE

01:41PM  8    PRESENTATION?

01:41PM  9    A.   12022?

01:41PM  10   Q.   UH-HUH.

01:41PM  11   A.   MAYBE IT WAS ADMITTED ON THE SCREEN.  IT IS BLANK.

01:41PM  12        MR. BOSTIC:  YOUR HONOR, MAY I GIVE HIM MY COPY?

01:41PM  13   MAY I APPROACH, YOUR HONOR?

01:41PM  14        THE COURT:  YES.

01:41PM  15        MR. BOSTIC:  (HANDING.)

01:41PM  16   Q.   DO YOU NOW HAVE A COPY OF DEFENSE EXHIBIT 12022?

01:42PM  17   A.   OH, YES.  THIS WAS SOMEWHERE IN HERE.

01:42PM  18   Q.   THAT'S ALL RIGHT.  WE CAN USE THE COPY THAT YOU HAVE

01:42PM  19   THERE.

01:42PM  20        DO YOU SEE THAT IT IS AN EMAIL FROM DECEMBER 2005 FROM

01:42PM  21   MS. HOLMES TO YOU?

01:42PM  22   A.   YES.

01:42PM  23   Q.   AND IT ATTACHES A SLIDE PRESENTATION.  AND YOU REVIEWED

01:42PM  24   ONE OF THOSE SLIDES WITH MR. COOPERSMITH; IS THAT RIGHT?

01:42PM  25   A.   YES.

01:42PM 1       MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT WOULD LIKE

01:42PM 2   TO ADMIT PAGES 1 THROUGH 5 AND 26, WHICH IS THE SLIDE THAT

01:42PM 3   MR. COOPERSMITH REVIEWED WITH THE WITNESS.

01:42PM 4       MR. COOPERSMITH:  YOUR HONOR, CAN I JUST INQUIRE

01:42PM 5   BECAUSE I MAY HAVE DIFFERENT PAGE NUMBERS.

01:42PM 6       IS THE PAGE NUMBER MR. BOSTIC IDENTIFIED AS PAGE 26 THE

01:42PM 7   SAME AS BATES NUMBER 806?

01:42PM 8       MR. BOSTIC:  I DON'T HAVE IT IN FRONT OF ME, BUT I

01:42PM 9   CAN SEE THAT MR. COOPERSMITH HAS IT OPENED TO THE CORRECT PAGE.

01:42PM 10      IT'S SLIDE NUMBER 22.  IT'S THE 26TH PAGE IN THE EXHIBIT.

01:43PM 11      THE COURT:  SLIDE NUMBER, I'M SORRY, 22?

01:43PM 12      MR. BOSTIC:  THE SLIDE IS NUMBERED 22 IN THE LOWER

01:43PM 13  RIGHT, I THINK.

01:43PM 14      THE COURT:  YES.  IT'S 806.  YES.

01:43PM 15      MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

01:43PM 16      WE HAVE NO OBJECTION TO THAT SLIDE THAT I REVIEWED WITH

01:43PM 17  MR. LUCAS.

01:43PM 18      THE COURT:  OKAY.

01:43PM 19      MR. COOPERSMITH:  I DO HAVE AN OBJECTION TO THE REST

01:43PM 20  OF IT, AND I'LL NOTE SINCE THE EXHIBIT IS NOT IN EVIDENCE,

01:43PM 21  UNDER RULE 612, THE GOVERNMENT WOULD ONLY BE ENTITLED TO ADMIT

01:43PM 22  THE PAGE THAT HE REVIEWED WITH MR. LUCAS.

01:43PM 23      SO NO OBJECTION TO BATES NUMBER 806, BUT OBJECTION TO THE

01:43PM 24  REST OF IT UNDER 401 AND 802.

01:43PM 25      THE COURT:  WHAT WAS THE OTHER PAGE?

01:43PM    1              MR. BOSTIC:  PAGES 1 THROUGH 5 I'M SEEKING TO ADMIT,

01:43PM    2    YOUR HONOR.  THAT'S THE EMAIL ATTACHING IT AS WELL AS THE FIRST

01:43PM    3    PAGE OF THE PRESENTATION, JUST TO ORIENT THE JURY TO WHAT WE'RE

01:43PM    4    LOOKING AT.

01:43PM    5              THE COURT:  DO YOU HAVE OBJECTION TO THOSE PAGES?

01:43PM    6              MR. COOPERSMITH:  JUST TO MAKE SURE I HAVE THE RIGHT

01:43PM    7    PAGES, YOUR HONOR.

01:43PM    8              THE COURT:  SO WE ARE TALKING ABOUT 781, 782, AND

01:44PM    9    783, AND 785, I BELIEVE.

01:44PM   10              MR. COOPERSMITH:  NO, YOUR HONOR.  NOW THAT I'VE

01:44PM   11    SEEN THOSE, I DON'T HAVE AN OBJECTION TO THOSE.

01:44PM   12              THE COURT:  I HOPE I GOT THOSE NUMBERS RIGHT.  WE'LL

01:44PM   13    SEE.  I WILL ADMIT THOSE, AND WE'LL SEE WHAT HAPPENS.

01:44PM   14         (LAUGHTER.)

01:44PM   15              MR. COOPERSMITH:  WE'LL HOPE FOR THE BEST.

01:44PM   16              THE COURT:  YES.  THEY'RE ADMITTED, AND THEY MAY BE

01:44PM   17    PUBLISHED.

01:44PM   18              MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:44PM   19         (DEFENDANT'S EXHIBIT 12022, PAGES 1-5 AND 26, WAS RECEIVED

01:44PM   20    IN EVIDENCE.)

01:44PM   21              MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:44PM   22    Q.   SO, MR. LUCAS ON THE SCREEN IN FRONT OF YOU.  DO YOU SEE

01:44PM   23    THE EMAIL THAT MS. HOLMES SENT YOU IN DECEMBER OF 2005?

01:44PM   24    A.   YES.

01:44PM   25    Q.   AND YOU SEE THERE ARE A NUMBER OF ATTACHMENTS, BUT LET'S

01:44PM  1    LOOK AT PAGE 5 OF THIS EXHIBIT WHICH SHOULD BE ON THE SCREEN

01:44PM  2    NOW.

01:44PM  3         AND DO YOU SEE HERE, THE FIRST PAGE OF THE SLIDE SHOW THAT

01:44PM  4    YOU WERE SENT, THAT SAYS, "THERANOS REDEFINING HEALTH CARE,"

01:45PM  5    AND IT'S DATED DECEMBER 22ND, 2005?

01:45PM  6    A.   YES.

01:45PM  7    Q.   LET'S NOW GO TO PAGE 26 OF THE EXHIBIT.

01:45PM  8         AND DO YOU RECALL REVIEWING THIS PAGE WITH MR. COOPERSMITH

01:45PM  9    DURING YOUR CROSS-EXAMINATION?

01:45PM 10    A.   YES.

01:45PM 11    Q.   THIS PAGE OF THE SLIDE PRESENTATION SHOWS SOME PROJECTED

01:45PM 12    GENERATIONS OF THE THERANOS ANALYZER; IS THAT RIGHT?

01:45PM 13    A.   CORRECT.

01:45PM 14    Q.   I JUST WANT TO NOTE A FEW THINGS HERE WITH YOU.

01:45PM 15         FIRST OF ALL, YOU NOTED THAT THE TIMELINE HERE ONLY GOES

01:45PM 16    UNTIL 2010; IS THAT RIGHT?

01:45PM 17    A.   YES.

01:45PM 18    Q.   AND SO WHEN YOU WERE MAKING YOUR DECISION ABOUT WHETHER TO

01:45PM 19    INVEST IN 2013, YOU ALREADY WOULD HAVE BEEN BEYOND THE PERIOD

01:45PM 20    OF TIME COVERED BY THIS PROJECTION FROM 2005; IS THAT RIGHT?

01:45PM 21    A.   CORRECT.

01:45PM 22    Q.   LOOKING AT WHAT THOSE DIFFERENT GENERATIONS WERE PROJECTED

01:46PM 23    TO BE ABLE TO DO, I WANT TO DRAW YOUR ATTENTION TO THE THERANOS

01:46PM 24    3.0 LINE.

01:46PM 25         DO YOU SEE THERE THAT IT INDICATES THAT THE 3.0 GENERATION

01:46PM  1    WOULD HAVE THE ABILITY TO DO TEN ASSAYS?

01:46PM  2    A.   YES.

01:46PM  3    Q.   AND DO YOU SEE THAT THE 4.0 GENERATION WAS PROJECTED TO

01:46PM  4    HAVE THE ABILITY TO DO 100 ASSAYS?

01:46PM  5    A.   YES.

01:46PM  6    Q.   WHEN YOU WERE INVESTING IN 2013, WHAT WAS YOUR

01:46PM  7    UNDERSTANDING ABOUT HOW MANY TESTS THE ANALYZER COULD DO BASED

01:46PM  8    ON YOUR CONVERSATIONS WITH MS. HOLMES?

01:46PM  9    A.   AS I SAID EARLIER, IT WAS DOZENS THAT I BELIEVED.  AND I

01:46PM 10    WOULD NOT HAVE REMEMBERED THIS SLIDE BACK THEN.

01:46PM 11    Q.   FAIR TO SAY THAT THIS PROJECTION BACK IN 2005 WAS NOT IN

01:46PM 12    YOUR MIND IN 2013?

01:46PM 13              MR. COOPERSMITH:  OBJECTION.  LEADING.

01:46PM 14              THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

01:47PM 15              THE WITNESS:  CORRECT.  THIS WAS NOT IN MY MIND.

01:47PM 16    BY MR. BOSTIC:

01:47PM 17    Q.   DURING ANY OF YOUR CONVERSATIONS WITH MS. HOLMES BEFORE

01:47PM 18    YOU INVENTED -- EXCUSE ME.

01:47PM 19         DURING ANY OF YOUR CONVERSATIONS WITH MS. HOLMES BEFORE

01:47PM 20    YOU INVESTED IN 2013, DID SHE EVER TELL YOU THAT THERANOS WAS

01:47PM 21    STILL USING ITS 3.0 SERIES DEVICE IN ITS CLINICAL LAB FOR

01:47PM 22    PATIENT TESTING?

01:47PM 23    A.   I DON'T RECALL.

01:47PM 24    Q.   DID MS. HOLMES EVER TELL YOU THAT THE VERSION OF THE

01:47PM 25    ANALYZER THAT WAS BEING USED FOR PATIENT TESTING WAS ONLY BEING

01:47PM   1    USED FOR NO MORE THAN A DOZEN TESTS?

01:47PM   2    A.   NO.

01:47PM   3    Q.   DID MS. HOLMES EVER TELL YOU THAT THE 4.0 GENERATION OF

01:47PM   4    THE ANALYZER, WHICH ACCORDING TO THIS CHART WOULD BE ABLE TO DO

01:47PM   5    100 ASSAYS, WAS NEVER DEVELOPED TO THE POINT THAT IT WAS

01:47PM   6    ACTUALLY USED FOR PATIENT CLINICAL TESTING AT THERANOS?

01:48PM   7         WOULD YOU LIKE THAT QUESTION AGAIN?

01:48PM   8    A.   NO.   JUST LOOKING.   I WAS GETTING READY FOR AN OBJECTION.

01:48PM   9         (LAUGHTER.)

01:48PM  10              THE WITNESS:   THERE.   SEE.

01:48PM  11              MR. COOPERSMITH:   I JUST LIKE TO THROW PEOPLE OFF.

01:48PM  12         (LAUGHTER.)

01:48PM  13              THE COURT:   THIS IS BASKETBALL SEASON AND YOU WENT

01:48PM  14    IN FOR A LAY UP.

01:48PM  15              THE WITNESS:   I DID.

01:48PM  16              THE COURT:   SO LET'S GET BACK IN THE GAME.

01:48PM  17              THE WITNESS:   I'M SORRY.   NOW YOU DO HAVE TO REPEAT

01:48PM  18    THE QUESTION.

01:48PM  19         (LAUGHTER.)

01:48PM  20    BY MR. BOSTIC:

01:48PM  21    Q.   LET ME ASK IT THE SAME WAY, WHICH IS, BEFORE YOU INVESTED

01:48PM  22    IN -- OR AT ANY TIME DURING YOUR CONVERSATIONS WITH MS. HOLMES,

01:48PM  23    DID SHE TELL YOU THAT THE 4.0 SERIES ANALYZER, WHICH ACCORDING

01:48PM  24    TO THIS WOULD BE ABLE TO DO 100 ASSAYS, WAS NEVER DEVELOPED TO

01:48PM  25    THE POINT THAT IT WAS ACTUALLY USED FOR CLINICAL TESTING BY

01:48PM  1    THERANOS?

01:48PM  2    A.   SO I DON'T RECALL THAT AT THAT TIME WE WERE TALKING ABOUT

01:48PM  3    GENERATIONS.

01:49PM  4         SO I COULDN'T TELL YOU WHAT GENERATION WE WERE ON OR NOT.

01:49PM  5    Q.   DID SHE EVER TELL YOU GENERALLY THAT THE VERSION OF THE

01:49PM  6    DEVICE THAT COULD DO 100 ASSAYS, OR MORE THAN 12 ASSAYS, HAD

01:49PM  7    NOT BEEN DEVELOPED TO THE POINT THAT IT WAS USED IN THE

01:49PM  8    CLINICAL LABORATORY?

01:49PM  9    A.   NO.

01:49PM  10   Q.   WOULD THAT HAVE BEEN SURPRISING TO YOU AT THE TIME?

01:49PM  11   A.   YES.

01:49PM  12        AS I SAID, I THOUGHT WE COULD DO DOZENS.

01:49PM  13   Q.   OKAY.  WE CAN PUT THAT ASIDE.

01:49PM  14        YOU WERE ALSO ASKED BY MR. COOPERSMITH ABOUT YOUR RELIANCE

01:49PM  15   ON NEWS STORIES.

01:49PM  16        DO YOU RECALL THAT QUESTION?

01:49PM  17   A.   YES.

01:49PM  18   Q.   AND HE ASKED YOU SOMETHING TO THE EFFECT OF WHETHER YOU

01:49PM  19   INVEST BASED ON THINGS YOU READ IN THE NEWSPAPER.

01:49PM  20        DO YOU REMEMBER BEING ASKED THAT?

01:49PM  21   A.   YES.

01:49PM  22   Q.   IN FACT, CAN THE CONTENT OF NEWSPAPER ARTICLES SOMETIMES

01:49PM  23   MAKE A DIFFERENCE FOR YOU IN EVALUATING AN INVESTMENT?

01:50PM  24   A.   SURE.

01:50PM  25   Q.   AND IN SITUATIONS WHERE THE EXECUTIVES OF A COMPANY SEND

01:50PM 1    YOU A PARTICULAR NEWSPAPER ARTICLE OR REFERENCE IT, AS WE SAW

01:50PM 2    WITH "THE WALL STREET JOURNAL" ARTICLE AND THE

01:50PM 3    "FORTUNE" ARTICLE, DOES THAT HAVE ANY EFFECT ON YOUR

01:50PM 4    WILLINGNESS TO RELY ON THE CONTENT OF THAT ARTICLE?

01:50PM 5    A.   IT CAN.

01:50PM 6    Q.   WHEN YOU READ "THE WALL STREET JOURNAL" ARTICLE IN

01:50PM 7    SEPTEMBER 2013, WERE YOU AWARE THAT MS. HOLMES AND MR. BALWANI

01:50PM 8    HAD RECEIVED AN ADVANCE COPY OF THAT ARTICLE AND HAD AN

01:50PM 9    OPPORTUNITY TO COMMENT ON IT?

01:50PM 10            MR. COOPERSMITH:  OBJECTION.  FOUNDATION.

01:50PM 11            THE COURT:  WELL, OVERRULED.

01:50PM 12        THE QUESTION ASKED IF HE WAS AWARE.

01:50PM 13            THE WITNESS:  NO, I WASN'T AWARE.

01:50PM 14   BY MR. BOSTIC:

01:50PM 15   Q.   IF YOU HAD BEEN AWARE OF THAT, WOULD THAT HAVE INCREASED

01:50PM 16   YOUR COMFORT WITH RELYING ON THE CONTENT OF THAT ARTICLE?

01:50PM 17            MR. COOPERSMITH:  SAME OBJECTION.

01:51PM 18            THE COURT:  OVERRULED.

01:51PM 19   BY MR. BOSTIC:

01:51PM 20   Q.   WOULD YOU LIKE THE QUESTION AGAIN?

01:51PM 21   A.   YES.

01:51PM 22   Q.   IF YOU HAD KNOWN THAT MS. HOLMES AND MR. BALWANI HAD

01:51PM 23   RECEIVED A COPY OF "THE WALL STREET JOURNAL" ARTICLE AND HAD AN

01:51PM 24   OPPORTUNITY TO COMMENT ON IT, WOULD THAT HAVE INCREASED YOUR

01:51PM 25   COMFORT LEVEL WITH RELYING ON THE CONTENT OF THE ARTICLE?

LUCAS REDIRECT BY MR. BOSTIC

01:51PM 1    A.   AND WHEN YOU SAY THEY COULD HAVE COMMENTED ON THAT, YOU

01:51PM 2    MEAN BACK TO THE AUTHOR, THE REPORTER, AND LET THAT BE QUOTED

01:51PM 3    IN THERE?

01:51PM 4    Q.   YES, SIR.

01:51PM 5    A.   AGAIN, I'M GETTING A LITTLE CONFUSED.  BUT IT WOULD HAVE

01:51PM 6    BEEN FINE IF THEY HAD AN ADVANCE COPY AND THEY WERE ABLE TO

01:51PM 7    COMMENT, THAT WOULD BE GREAT.

01:52PM 8    Q.   OKAY.  YOU WERE ASKED SOME QUESTIONS ABOUT WHAT YOU EXPECT

01:52PM 9    WHEN YOU INVEST IN A COMPANY.

01:52PM 10        AND I THINK YOU WERE SPECIFICALLY ASKED SOMETHING LIKE

01:52PM 11   WHEN YOU INVEST IN A COMPANY, WHETHER YOU EXPECT TO BE INVOLVED

01:52PM 12   IN ALL OF THE BUSINESS DECISIONS MANAGEMENT MAKES.

01:52PM 13        DO YOU REMEMBER BEING ASKED THAT?

01:52PM 14   A.   YES.

01:52PM 15   Q.   AND I THINK YOUR ANSWER WAS YOU DON'T NECESSARILY EXPECT

01:52PM 16   TO BE INVOLVED IN EVERY BUSINESS DECISION; IS THAT RIGHT?

01:52PM 17   A.   CORRECT.

01:52PM 18   Q.   WHEN YOU INVEST IN A COMPANY, WHAT DO YOU EXPECT IN TERMS

01:52PM 19   OF GETTING HONEST AND ACCURATE INFORMATION FROM THE EXECUTIVES

01:52PM 20   OF THE COMPANY?

01:52PM 21   A.   REGARDLESS OF AMOUNT, I WOULD EXPECT TO HAVE A TRUTHFUL

01:52PM 22   RELATIONSHIP.

01:52PM 23   Q.   DURING THAT SAME LINE OF QUESTIONING, MR. COOPERSMITH

01:52PM 24   ASKED YOU ABOUT THE COMPANY'S DECISION TO USE ONE KIND OF

01:52PM 25   ANALYZER VERSUS A DIFFERENT KIND OF ANALYZER.

01:52PM  1          DO YOU REMEMBER THAT?

01:53PM  2     A.   YES.

01:53PM  3     Q.   AND HE ASKED YOU WHETHER IT WOULD HAVE BOTHERED YOU IF THE

01:53PM  4     COMPANY COULD HAVE DONE -- WELL, LET ME START THAT AGAIN.

01:53PM  5          HE POSED A HYPOTHETICAL INVOLVING A SITUATION WHERE THE

01:53PM  6     COMPANY COULD HAVE DONE MORE KINDS OF TESTS THAN WHAT IT

01:53PM  7     ACTUALLY DID ON THE EDISON ANALYZER.

01:53PM  8          DO YOU REMEMBER THAT DISCUSSION?

01:53PM  9     A.   YES.

01:53PM 10     Q.   LET ME ASK, DO YOU KNOW WHAT THE CAPABILITIES WERE OF THE

01:53PM 11     EDISON ANALYZER THAT THERANOS WAS USING FOR PATIENT TESTING?

01:53PM 12     A.   AGAIN, JUST THAT IT COULD DO DOZENS OF TESTS.

01:53PM 13     Q.   DO YOU KNOW WHETHER THAT DEVICE, FOR EXAMPLE, EVEN HAD THE

01:53PM 14     PARTS NECESSARY TO RUN A CBC TEST?

01:53PM 15     A.   THAT IS CERTAINLY ONE OF THE COMMON TESTS AND ONE WOULD --

01:53PM 16     I CERTAINLY BELIEVE SO.

01:53PM 17     Q.   WOULD YOU WOULD HAVE BEEN SURPRISED BACK THEN TO LEARN

01:54PM 18     THAT THE ANALYZER THAT THERANOS HAD MADE AND WAS USING FOR

01:54PM 19     PATIENT TESTING DIDN'T HAVE THE PARTS TO RUN A CBC TEST?

01:54PM 20     A.   YES.

01:54PM 21     Q.   AND FINALLY, DO YOU REMEMBER THAT ON CROSS-EXAMINATION YOU

01:54PM 22     WERE SHOWN SOME REPORTS FROM A COUPLE OF THERANOS PATIENTS?

01:54PM 23     A.   YES.

01:54PM 24     Q.   AND DO YOU RECALL THAT GENERALLY THOSE REPORTS PRAISED THE

01:54PM 25     EXPERIENCE THAT THOSE PATIENTS HAD GETTING THEIR BLOOD DRAWN

01:54PM 1    FROM THERANOS?

01:54PM 2    A.   YES.

01:54PM 3    Q.   DO YOU RECALL EITHER OF THOSE REPORTS SAYING ANYTHING

01:54PM 4    ABOUT THE ACCURACY OR THE RELIABILITY OF THOSE RESULTS?

01:54PM 5    A.   NO.

01:54PM 6    Q.   DURING ANY OF YOUR CONVERSATIONS WITH MS. HOLMES, DID SHE

01:54PM 7    INFORM YOU ABOUT ANY ACCURACY PROBLEMS THAT THERANOS WAS HAVING

01:54PM 8    WITH ITS TESTS?

01:54PM 9    A.   NO.

01:54PM 10   Q.   AS AN INVESTOR, HOW WOULD YOU FEEL ABOUT INVESTING IN A

01:54PM 11   COMPANY WHERE PATIENTS HAD A PLEASANT EXPERIENCE DURING A BLOOD

01:54PM 12   DRAW, BUT THEN LATER RECEIVED RESULTS OF QUESTIONABLE ACCURACY

01:55PM 13   OR RELIABILITY?

01:55PM 14            MR. COOPERSMITH:  OBJECTION.  CALLS FOR SPECULATION.

01:55PM 15   LACKS FOUNDATION.

01:55PM 16            THE COURT:  THIS IS AS -- AGAIN, THIS IS AS TO HIS

01:55PM 17   THOUGHTS AS AN INVESTOR, INVESTING BASED ON HIS EXPERIENCE.

01:55PM 18            MR. BOSTIC:  AS TO WHAT WOULD HAVE MATTERED TO HIM,

01:55PM 19   YES.

01:55PM 20            THE COURT:  OVERRULED.

01:55PM 21      YOU CAN ANSWER THE QUESTION, SIR.

01:55PM 22            THE WITNESS:  OKAY.  VERY HAPPY FOR THE GREAT

01:55PM 23   EXPERIENCE THAT THEY MAY HAVE HAD.  NOT GOOD IF IT'S NOT

01:55PM 24   ACCURATE, NOT GOOD AT ALL.

01:55PM 25            MR. BOSTIC:  NO FURTHER QUESTIONS.

01:55PM   1          THANK YOU.

01:55PM   2               THE COURT:  MR. COOPERSMITH.

01:55PM   3          YOU CAN JUST HANG ON TO THAT, AND MR. COOPERSMITH WILL

01:55PM   4     HAVE SOME QUESTIONS FOR YOU.

01:55PM   5               THE WITNESS:  OKAY.

01:55PM   6               MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

01:56PM   7                         **RECROSS-EXAMINATION**

01:56PM   8     BY MR. COOPERSMITH:

01:56PM   9     Q.   JUST A FEW QUESTIONS, MR. LUCAS.

01:56PM  10          SO JUST NOW ON REDIRECT, MR. BOSTIC ASKED YOU ABOUT

01:56PM  11     ASSUMPTIONS THAT UNDERLIE FINANCIAL PROJECTIONS.

01:56PM  12          DO YOU REMEMBER THAT QUESTION?

01:56PM  13     A.   YES.

01:56PM  14     Q.   AND THE WAY FINANCIAL PROJECTIONS WORK, IS THAT IF THE

01:56PM  15     ASSUMPTIONS THAT GO INTO THE PROJECTION CHANGED, THEN THE

01:56PM  16     PROJECTION WOULD CHANGE.

01:56PM  17          IS THAT FAIR?

01:56PM  18     A.   CORRECT.

01:56PM  19     Q.   BECAUSE THERE ARE VARIABLES THAT GO INTO A PROJECTION;

01:56PM  20     RIGHT?

01:56PM  21     A.   YES.

01:56PM  22     Q.   AND SO IN THAT EXERCISE, THE ASSUMPTIONS ARE JUST AN

01:56PM  23     ATTEMPT TO DO YOUR BEST TO UNDERSTAND WHAT THE FUTURE MIGHT

01:56PM  24     LOOK LIKE; RIGHT?

01:56PM  25     A.   YES.

01:56PM  1    Q.   AND YOU COULD PLUG IN DIFFERENT ASSUMPTIONS AND THEN THE

01:56PM  2    OUTPUT WOULD BE DIFFERENT; RIGHT?

01:56PM  3    A.   OF COURSE.

01:56PM  4    Q.   AND YOU COULD EVEN DO LIKE SORT OF BEST CASE SCENARIO

01:56PM  5    ASSUMPTIONS AND WORST CASE SCENARIO ASSUMPTIONS, THINGS LIKE

01:56PM  6    THAT; RIGHT?

01:56PM  7    A.   YES.

01:56PM  8    Q.   SO MR. BOSTIC SHOWED YOU THE PAGE WE WERE DISCUSSING.  AND

01:57PM  9    LET'S JUST BRING IT UP.  IT'S THAT PAGE BATES NUMBER 806 OF

01:57PM  10   EXHIBIT 12022.

01:57PM  11       THIS WAS THE PAGE THAT YOU WERE JUST LOOKING AT WITH

01:57PM  12   MR. BOSTIC.  OKAY.

01:57PM  13       SO YOU HAVE TESTIFIED THAT THERANOS, IN YOUR

01:57PM  14   UNDERSTANDING, COULD DO DOZENS OF TESTS; RIGHT?

01:57PM  15   A.   YES.

01:57PM  16   Q.   IN FACT, YOU'VE SAID THAT MANY TIMES TODAY; RIGHT?

01:57PM  17       AND IF WE HAD DOZENS OF TESTS THAT COULD RUN ON A THERANOS

01:57PM  18   ANALYZER, THAT WOULD BE SOMEWHERE BETWEEN, ON THIS CHART,

01:57PM  19   VERSION 3.0 AND 4.0; IS THAT RIGHT?

01:57PM  20   A.   CORRECT.

01:57PM  21   Q.   SO THAT MIGHT BE AROUND 3.5?

01:57PM  22   A.   SURE.

01:57PM  23   Q.   OKAY.  AND THEN FINALLY, THERE WAS A QUESTION THAT YOU

01:57PM  24   WERE ASKED ABOUT THOSE PEOPLE IN THAT EXHIBIT WHO THE

01:58PM  25   GOVERNMENT INTRODUCED THAT HAD SOME PRAISE FOR THERANOS AND THE

01:58PM   1    EXPERIENCE THAT THEY HAD; RIGHT?

01:58PM   2    A.   YES.

01:58PM   3    Q.   AND YOU DON'T KNOW THOSE PEOPLE; RIGHT?

01:58PM   4    A.   I DO NOT.

01:58PM   5    Q.   BUT WE READ IT TOGETHER HERE TODAY; RIGHT?

01:58PM   6    A.   YES.

01:58PM   7    Q.   AND IN YOUR EXPERIENCE, YOU WOULD NOT EXPECT PEOPLE TO

01:58PM   8    PRAISE THEIR EXPERIENCE WITH THERANOS IF THEY ACTUALLY HAD A

01:58PM   9    PROBLEM WITH THE ACCURACY OF THE TEST, WOULD YOU?

01:58PM  10    A.   I WOULDN'T THINK SO.

01:58PM  11    Q.   SO, FOR EXAMPLE, IF YOU HAD A GOOD EXPERIENCE AT A

01:58PM  12    BUSINESS, OR A DOCTOR'S OFFICE, OR A BLOOD TEST FOR THAT

01:58PM  13    MATTER, AND YOU THOUGHT THE LIGHTING WAS NICE AND THE PEOPLE

01:58PM  14    WERE KIND, BUT YOU ACTUALLY, YOU KNOW, GOT A BAD PRODUCT, OR

01:58PM  15    THE RESTAURANT'S FOOD GAVE YOU FOOD POISONING, WOULD YOU WRITE

01:58PM  16    A GLOWING REVIEW OF HOW GREAT THE EXPERIENCE WAS AT THAT POINT?

01:58PM  17    A.   NOT ME.

01:58PM  18    Q.   OKAY.

01:58PM  19         NO FURTHER QUESTIONS.

01:59PM  20              MR. BOSTIC:  NOTHING FURTHER, YOUR HONOR.

01:59PM  21              THE COURT:  MAY THIS WITNESS BE EXCUSED?

01:59PM  22              MR. BOSTIC:  NO, YOUR HONOR.

01:59PM  23              MR. COOPERSMITH:  YES, YOUR HONOR.

01:59PM  24              THE COURT:  YOU MAY BE EXCUSED.

01:59PM  25              THE WITNESS:  THANK YOU, YOUR HONOR.

01:59PM 1    HAVE A GREAT WEEKEND.

01:59PM 2         THE COURT:  YOU AS WELL.

01:59PM 3         THE WITNESS:  THANK YOU.

01:59PM 4         THE COURT:  DOES THE GOVERNMENT HAVE ANOTHER WITNESS

01:59PM 5    TO CALL?

01:59PM 6         MR. BOSTIC:  YES, YOUR HONOR.

01:59PM 7       THE UNITED STATES CALLS DR. AUDRA ZACHMAN.

01:59PM 8         MR. COOPERSMITH:  YOUR HONOR, I THINK THERE'S A

01:59PM 9    MATTER THAT WE NEED TO TAKE UP WITH THE COURT.  THANK YOU.  NOT

01:59PM 10   SURPRISINGLY, YOUR HONOR.

01:59PM 11        THE COURT:  SO BEFORE WE BRING THE WITNESS IN,

01:59PM 12   LADIES AND GENTLEMEN, CAN I HAVE ABOUT TEN MINUTES WITH THESE

01:59PM 13   LAWYERS OUTSIDE OF YOUR PRESENCE.  LET'S TAKE ABOUT TEN

01:59PM 14   MINUTES.

02:00PM 15      (JURY OUT AT 2:00 P.M.)

02:00PM 16        THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:00PM 17      THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT THE

02:00PM 18   COURTROOM.

02:00PM 19      ALL COUNSEL, MR. BALWANI IS PRESENT.  THE NEXT WITNESS IS

02:00PM 20   NOT PRESENT.  JUST COUNSEL AND THEIR STAFF ARE PRESENT.

02:00PM 21      WE'LL HAVE A DISCUSSION NOW ABOUT 1434, WHICH IS THE

02:00PM 22   DEFENSE MOTION TO LIMIT TESTIMONY OF PATIENT B.G., BUT I THINK

02:00PM 23   THIS ALSO COVERS THE NEXT WITNESS, THE DOCTOR AS WELL.

02:00PM 24      FIRST OF ALL, MY THRESHOLD QUESTION IS IT'S NOW 2:00

02:00PM 25   O'CLOCK.  WILL WE BE ABLE TO FINISH THE TESTIMONY OF BOTH OF

02:01PM  1    THESE WITNESSES TODAY?

02:01PM  2         I UNDERSTAND THAT THEY TRAVEL.  THEY'RE HERE FROM PHOENIX,

02:01PM  3    ARE THEY, OR FROM ARIZONA?

02:01PM  4             MR. LEACH:  THANK YOU, YOUR HONOR.  YES.

02:01PM  5         I DON'T KNOW WHAT THE CROSS-EXAMINATION WILL BE OF THESE

02:01PM  6    TWO WITNESSES, BUT THE DIRECT EXAMINATIONS WILL BE VERY SIMILAR

02:01PM  7    TO THE LENGTH OF WHAT THE COURT OBSERVED IN THE HOLMES CASE.

02:01PM  8         I THINK IT'S PROBABLY ABOUT 40 MINUTES FOR DR. ZACHMAN AND

02:01PM  9    ABOUT 15 ON DIRECT EXAM FOR PATIENT B.G.

02:01PM  10        SO MY HOPE AND EXPECTATION WOULD BE THAT WE CAN FINISH

02:01PM  11   THEM TODAY.

02:01PM  12            THE COURT:  OKAY.  COUNSEL.

02:01PM  13            MS. ESTRADA:  YES, YOUR HONOR.  I THINK THAT'S TRUE

02:01PM  14   FOR THE DEFENSE AS WELL, WE SHOULD BE ABLE TO FINISH TODAY.

02:01PM  15            THE COURT:  OKAY.  GREAT.  THANK YOU FOR THAT.

02:01PM  16        WE HAVE THIS MOTION HERE -- WELL, I SHOULD HAVE YOU STATE

02:01PM  17   YOUR APPEARANCE.

02:02PM  18            MS. ESTRADA:  I APOLOGIZE.  SHAWN ESTRADA ON BEHALF

02:02PM  19   OF MR. BALWANI.  AND I REMOVED MY MASK.  I HOPE THAT'S OKAY.

02:02PM  20            THE COURT:  THAT'S FINE.  AND YOU RISE TO ENGAGE THE

02:02PM  21   EXAMINATION AND ALSO TO ARGUE THIS MOTION?

02:02PM  22            MS. ESTRADA:  I WON'T BE CONDUCTING THE EXAMINATION.

02:02PM  23   MS. MCDOWELL WILL BE.

02:02PM  24            THE COURT:  OKAY.

02:02PM  25            MS. ESTRADA:  BUT I DO RISE FOR THIS MOTION.

5740

02:02PM  1            THE COURT:  OKAY.  THANK YOU.

02:02PM  2        THIS IS A MOTION TO THEN -- WELL, TO REVIEW THE COURT'S

02:02PM  3    RULING ON THE MOTIONS IN LIMINE AND TO -- I THINK WHAT YOU WANT

02:02PM  4    ME TO DO IS TO LIMIT CERTAIN TESTIMONY.

02:02PM  5            MS. ESTRADA:  IN PART, YES, YOUR HONOR.

02:02PM  6            THE COURT:  RIGHT.

02:02PM  7            MS. ESTRADA:  THERE'S A HEARSAY ISSUE WITH RESPECT

02:02PM  8    TO TESTIMONY FROM PATIENT B.G. REGARDING STATEMENTS THAT

02:02PM  9    DR. ZACHMAN MADE TO HER.

02:02PM 10        AND THEN IN ADDITION TO THAT, THERE ARE 403 MATTERS THAT

02:02PM 11    WE WOULD LIKE TO ADDRESS WITH RESPECT TO PORTIONS OF TESTIMONY

02:02PM 12    LIKELY TO COME OUT IN BOTH DR. ZACHMAN AND PATIENT B.G.'S

02:03PM 13    TESTIMONY.

02:03PM 14            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

02:03PM 15        AND IN THE COURT'S RULING AT 1326, I THINK IT'S PAGE 18 IS

02:03PM 16    WHAT YOU INFORM ME IN YOUR MOTION, THE COURT MADE ITS RULING AS

02:03PM 17    TO THE MOTION IN LIMINE.  I THINK THAT YOUR MOTION WAS TO

02:03PM 18    INSTRUCT THE PROSECUTION NOT TO ASK QUESTIONS DESIGNED TO

02:03PM 19    ELICIT CERTAIN RESPONSES.

02:03PM 20        I THINK I UNDERSTAND WHAT THE ISSUES ARE, THAT THE -- I

02:03PM 21    THINK WE BOTH UNDERSTAND THE ISSUES, THAT THE DOCTOR'S

02:03PM 22    STATEMENTS TO THE PATIENT WOULD BE HEARSAY, BUT THE STATEMENTS

02:03PM 23    OF THE PATIENT WOULD NOT BE AND IT MIGHT BE AN 803(4)

02:03PM 24    EXCEPTION.

02:03PM 25            LET ME START WITH THAT.  MR. LEACH.

02:03PM 1        MR. LEACH:  WE DON'T QUIBBLE WITH THAT GENERAL

02:03PM 2   PROPOSITION, YOUR HONOR.

02:03PM 3        BUT THE STATEMENTS FROM THE DOCTOR TO THE PATIENTS ARE

02:03PM 4   OFFERED FOR THE NONHEARSAY PURPOSE OF EXPLAINING THE PATIENT'S

02:04PM 5   CONDUCT AS A RESULT OF THE ADVICE.

02:04PM 6        SO MS. GOULD IS TOLD OF A TEST RESULT AND SHE GOES OUT AND

02:04PM 7   GETS ANOTHER TEST RESULT.

02:04PM 8        SO IT'S NOT OFFERED FOR THE TRUTH.  IT'S OFFERED TO

02:04PM 9   EXPLAIN THE CONTENT -- EXPLAIN THE CONDUCT.

02:04PM 10       IT'S ALSO OFFERED FOR THE NONHEARSAY PURPOSE OF

02:04PM 11  MATERIALITY OF WHETHER THE RESULT MATTERED TO THE PATIENT AND

02:04PM 12  WHETHER THERE WAS A FRAUD COMMITTED HERE.

02:04PM 13       SO I'M SURE PORTIONS OF THE CONVERSATION ARE OFFERED FOR A

02:04PM 14  HEARSAY PURPOSE, BUT THE ENTIRETY OF THE CONVERSATION IS BOTH

02:04PM 15  HEARSAY AND A NONHEARSAY PURPOSE.

02:04PM 16       DR. ZACHMAN CERTAINLY CAN TESTIFY TO WHAT THE RESULT IS.

02:04PM 17  I'M NOT SURE WHAT THE POINT OF HIDING THE FACT THAT

02:04PM 18  PATIENT B.G. LEARNED OF THAT RESULT WOULD BE OR HOW THAT CAUSES

02:05PM 19  PREJUDICE, AND SO I DON'T SEE A 403 PROBLEM THERE.

02:05PM 20       THE COURT:  SO I'M NOT TRYING TO MANAGE YOUR

02:05PM 21  EXAMINATION, BUT MY SENSE IS THAT THE DEFENSE IS NOT OBJECTING

02:05PM 22  TO THE FACT OF THE TEST ITSELF COMING INTO EVIDENCE.

02:05PM 23       MS. ESTRADA:  THAT'S CORRECT, YOUR HONOR.

02:05PM 24       THE COURT:  AND SO THEN THE NEXT STEP, AS I LOOKED

02:05PM 25  AT THIS, WAS HOW DO WE SOLVE THAT PROBLEM THEN?  DOES IT COME

02:05PM  1    IN THROUGH THE DOCTOR, OR IS IT A QUESTION OF WHAT DID YOU

02:05PM  2    LEARN WHEN YOU WENT TO THE DOCTOR?

02:05PM  3        WELL, I LEARNED THAT I HAD, I HAD WHATEVER THE LEVEL IS,

02:05PM  4    OR SOMETHING LIKE THAT.

02:05PM  5        NOW, HOW ELSE WOULD SHE LEARN THAT BUT FROM THE DOCTOR?

02:05PM  6    BUT IT'S HER KNOWLEDGE.

02:05PM  7        AND THAT SEEMS THAT THAT FORMS THE BASIS OF THEN ANY

02:05PM  8    SUBSEQUENT CONDUCT THAT SHE MAY HAVE ENGAGED IN.

02:05PM  9            MS. ESTRADA:  I CAN SPEAK TO THAT, YOUR HONOR.

02:05PM 10            THE COURT:  YES.  SURE.

02:05PM 11            MS. ESTRADA:  WITH RESPECT TO -- OF COURSE

02:05PM 12    DR. ZACHMAN CAN TESTIFY THAT PATIENT B.G. RECEIVED TEST

02:05PM 13    RESULTS.

02:05PM 14        AND PATIENT B.G. CAN TESTIFY BASED ON HER PERSONAL

02:06PM 15    KNOWLEDGE OF WHAT THE RESULTS WERE.

02:06PM 16        SO OUR ISSUE IS NOT WITH RESPECT TO THE RESULTS

02:06PM 17    THEMSELVES.  IT'S THE HIGHLY EMOTIONAL TESTIMONY FROM

02:06PM 18    PATIENT B.G. AND DR. ZACHMAN ABOUT HER PRIOR MISCARRIAGES

02:06PM 19    BEFORE SHE EVEN SOUGHT THE TEST, ABOUT SPECULATIVE POTENTIAL

02:06PM 20    TREATMENT OPTIONS --

02:06PM 21            THE COURT:  OKAY.

02:06PM 22            MS. ESTRADA:  -- THAT ARE HIGHLY EMOTIONAL AND

02:06PM 23    HIGHLY PREJUDICIAL, PARTICULARLY GIVEN WHAT WE KNOW ACTUALLY

02:06PM 24    HAPPENED IS THAT DR. ZACHMAN HAD PATIENT B.G. BE RETESTED.

02:06PM 25            THE COURT:  RIGHT.  SO LET'S -- PARDON ME.  LET'S

02:06PM 1    PARSE THAT FOR JUST A MOMENT.

02:06PM 2        SO SOMEHOW THE RECORD IS GOING TO REFLECT -- YOU HAVE NO

02:06PM 3    PROBLEM WITH THE RECORD REFLECTING THE TEST RESULTS WERE X,

02:06PM 4    WHETHER THAT COMES FROM THE DOCTOR SAYING, YES, I TESTED HER,

02:06PM 5    HER TEST RESULTS WERE X.

02:06PM 6        AND THEN THE PATIENT TESTIFIES, I LEARNED MY TEST RESULTS

02:06PM 7    WERE X.

02:06PM 8        LET ME JUST ASK YOU, HER SUBSEQUENT CONDUCT SHOULD BE --

02:07PM 9    SHOULDN'T IT BE BASED ON HER PERSONAL EXPERIENCE AND HOW MUCH

02:07PM 10   OF THAT PERSONAL EXPERIENCE SHOULD COME IN, WHICH IS WHAT YOUR

02:07PM 11   POINT IS?

02:07PM 12       IS IT ONE MISCARRIAGE, TWO MISCARRIAGE, THREE MISCARRIAGES

02:07PM 13   OR IS IT I'VE HAD PREGNANCY DIFFICULTIES IN THE PAST, AND I

02:07PM 14   KNEW THAT THIS TEST RESULT WAS RELATED TO A PROBLEM WITH

02:07PM 15   PREGNANCY?

02:07PM 16           MS. ESTRADA:  SO RULE 403 REQUIRES THAT

02:07PM 17   SUBSTANTIALLY MORE PREJUDICIAL THAN PROBATIVE EVIDENCE BE

02:07PM 18   EXCLUDED AS THE COURT, OF COURSE, KNOWS.

02:07PM 19       AND SO THIS IS A WIRE FRAUD CASE.  WHAT IS RELEVANT AND

02:07PM 20   PROBATIVE AND ADMISSIBLE IS WHETHER OR NOT PATIENT B.G.'S

02:07PM 21   RESULTS WERE INACCURATE, AND WHETHER SHE HAD MISCARRIAGES PRIOR

02:07PM 22   TO RECEIVING THAT TEST HAS NO BEARING ON WHETHER OR NOT THOSE

02:07PM 23   RESULTS WERE ACCURATE.

02:07PM 24       IN ADDITION TO THAT, WHAT POTENTIAL HIGHLY PREJUDICIAL

02:08PM 25   TREATMENT OPTIONS DR. ZACHMAN CAN CONSIDER --

02:08PM  1          THE COURT:  THAT'S THE NEXT LEVEL.  WE'RE GOING TO

02:08PM  2    GET TO THAT.

02:08PM  3          MS. ESTRADA:  OKAY.  MISCARRIAGES.

02:08PM  4          THE COURT:  MR. LEACH.

02:08PM  5          MR. LEACH:  YOUR HONOR, THIS IS A WIRE FRAUD CASE

02:08PM  6    ABOUT BLOOD TESTING.  IT IS NOT A WIRE FRAUD CASE ABOUT CARS,

02:08PM  7    ABOUT MORTGAGE BACKED SECURITIES.  IT'S ABOUT BLOOD TESTING.

02:08PM  8    AND IT'S NATURALLY FRAUGHT WITH PEOPLE'S PERSONAL HEALTH AND

02:08PM  9    PERSONAL EXPERIENCES.

02:08PM 10        THE OTHER SIDE TODAY READ THE ENTIRETY OF A PAGE OF A

02:08PM 11    PERSON'S EXPERIENCE ABOUT DIABETES, ABOUT HAVING IT SINCE HE

02:08PM 12    WAS THREE YEARS OLD.

02:08PM 13        YOU CANNOT DIVORCE THE PATIENT EXPERIENCES FROM THEIR

02:08PM 14    MEDICAL HISTORY OR THE CHOICES THEY HAVE TO MAKE BASED ON WHAT

02:08PM 15    THEY'RE GETTING.

02:08PM 16        A RELEVANT ISSUE IN THIS CASE IS WHETHER OR NOT THE TEST

02:08PM 17    RESULTS WERE MATERIAL TO THE RECIPIENTS.

02:08PM 18        THE TEST RESULT AND THE NUMBER AND THE CONTEXT WITH WHICH

02:08PM 19    IT'S RECEIVED IS RELEVANT TO WHETHER OR NOT THIS MATTERED.

02:09PM 20        IF THIS WITNESS WERE TO TESTIFY I GOT A ZERO HCG COUNT AND

02:09PM 21    IT DIDN'T MEAN ANYTHING TO ME, YOU KNOW, I WOULD HAVE BEEN

02:09PM 22    HAPPY WITH ANY NUMBER, THAT PERSON IS NOT DEFRAUDED.

02:09PM 23        THIS PERSON RECEIVED AN INACCURATE RESULT.  IT MATTERED TO

02:09PM 24    HER BECAUSE SHE WAS THERE FOR A REASON.  IT'S ONE ASSOCIATED

02:09PM 25    WITH THE PARTICULAR BLOOD TEST AT ISSUE HERE.

02:09PM 1        AND THE FACT THAT SHE'S DISCUSSING PARTICULAR TREATMENT

02:09PM 2    OPTIONS WITH HER PHYSICIAN IS EVIDENCE OF THE MATERIALITY OF

02:09PM 3    THE NUMBER AND THE MATERIALITY OF WHAT SHE'S BEING TOLD BY

02:09PM 4    THESE DEFENDANTS.

02:09PM 5        AND IT -- WHAT THE DEFENSE IS TRYING TO DO HERE IS

02:09PM 6    SANITIZE A CASE ABOUT BLOOD TESTING RESULTS INTO SOMETHING

02:09PM 7    COMPLETELY DIFFERENT.

02:09PM 8        THEY'VE BEEN READING ANECDOTE AFTER ANECDOTE OF PATIENTS

02:09PM 9    WHO ARE HAPPY WITH THE LAYOUT OF THE ROOM AND HAPPY WITH THE

02:09PM 10   FINGER PRICK.  IT CUTS BOTH WAYS FOR BOTH SIDES.

02:09PM 11       THIS IS NOT UNFAIRLY PREJUDICIAL.  THIS GOES TO

02:10PM 12   MATERIALITY, AND IT GOES TO EXPLAINING HER SUBSEQUENT CONDUCT

02:10PM 13   AND HOW THESE RESULTS MATTERED TO HER.

02:10PM 14       AND I APPRECIATE THAT IT'S A CONTEXT WITH SOME

02:10PM 15   SENSITIVITY, BUT IT'S NOT THAT -- ITS PROBATIVE VALUE COULD NOT

02:10PM 16   BE HIGHER FOR MATERIALITY, AND WE'RE IN THE WORLD OF BLOOD

02:10PM 17   TESTING.  AND IT'S NOT THE GOVERNMENT THAT CHOSE THAT, IT'S

02:10PM 18   THIS DEFENDANT.

02:10PM 19            MS. ESTRADA:  YOUR HONOR, WITH RESPECT TO

02:10PM 20   MATERIALITY, I THINK YOUR HONOR SAID JUST A MINUTE AGO THAT

02:10PM 21   PATIENT B.G. COULD TESTIFY ABOUT HER PREVIOUS MEDICAL

02:10PM 22   EXPERIENCE WITHOUT RUNNING AFOUL OF RULE 403.

02:10PM 23       WE CAN SHOW MATERIALITY BASED ON SHE THOUGHT SHE WAS

02:10PM 24   PREGNANT SO SHE SOUGHT A BLOOD TEST AND WENT TO HER DOCTOR.

02:10PM 25            WHETHER OR NOT SHE HAD THREE MISCARRIAGES PRIOR IS

02:10PM   1    SUBSTANTIALLY MORE PREJUDICIAL THAN IT IS PROBATIVE TO HER

02:10PM   2    DECISION TO GO TO THERANOS, TO BE BLOOD TESTED WHEN SHE THOUGHT

02:11PM   3    SHE MAY BE PREGNANT.

02:11PM   4        AND SHE CAN TESTIFY THAT SHE WORRIED THAT IT WAS HIGH RISK

02:11PM   5    BASED ON HER PREVIOUS MEDICAL EXPERIENCE, BUT FOR TESTIMONY

02:11PM   6    THAT SHE HAD RECEIVED -- THAT SHE HAD EXPERIENCED THREE

02:11PM   7    MISCARRIAGES IS HIGHLY PREJUDICIAL.

02:11PM   8            THE COURT:  NO, I UNDERSTAND THAT.  IT'S A SENSITIVE

02:11PM   9    NATURE.  I THINK MR. LEACH CONCEDES THAT.

02:11PM  10        THIS IS WHAT I WAS TALKING ABOUT EARLIER IN MY PREFATORY

02:11PM  11    COMMENTS ABOUT HOW DOES THAT -- I THINK IT'S MATERIAL.  IT

02:11PM  12    FORMS HER BASIS OF KNOWLEDGE AS TO WHY THE HCG COUNT MATTERED

02:11PM  13    TO HER AS OPPOSED TO SOMEONE WITHOUT THAT EXPERIENCE.  I THINK

02:11PM  14    THAT'S RELEVANT.  I THINK THAT HAS SOME RELEVANCE TO HER AS

02:11PM  15    WELL AS I THINK THERE IS SOME SUBSEQUENT CONDUCT THAT IS

02:11PM  16    RELEVANT.

02:11PM  17        BUT HOW TO PARSE THAT OUT?  I DON'T WANT TO USE THE WORD

02:11PM  18    "SANITIZE," BUT HOW TO PARSE THAT OUT FOR YOUR 403 CONCERNS IS

02:12PM  19    SOMETHING THAT I WOULD LIKE TO DISCUSS.

02:12PM  20            MS. ESTRADA:  SURE.  IF I COULD SPEAK TO THAT,

02:12PM  21    YOUR HONOR?

02:12PM  22            THE COURT:  YES.

02:12PM  23            MS. ESTRADA:  I THINK FOR A WOMAN WHO GOES AND GETS

02:12PM  24    HER BLOOD TESTED BECAUSE SHE THINKS SHE MIGHT BE PREGNANT AND

02:12PM  25    SHE, I BELIEVE, TOOK AN AT-HOME PREGNANCY TEST, AND THEY ARE

02:12PM   1    HER BLOOD TEST RESULTS TO BE LOWER THAN SHE MIGHT EXPECT

02:12PM   2    BECAUSE SHE THINKS THAT SHE IS PREGNANT, THAT IS WHAT IS

02:12PM   3    PROBATIVE HERE.

02:12PM   4        HER PRIOR EXPERIENCE AND PRIOR KNOWLEDGE REGARDING HER

02:12PM   5    MISCARRIAGES HAS NO BEARING ON WHETHER OR NOT HER TEST RESULTS

02:12PM   6    WERE INACCURATE.  AND SHE WENT TO THE DOCTOR BECAUSE SHE

02:12PM   7    THOUGHT SHE WAS PREGNANT.

02:12PM   8            THE COURT:  BUT DOESN'T THAT -- DOESN'T HER

02:12PM   9    SENSITIVITY AS TO THAT BLOOD TEST AND WHAT IT MEANS TO HER AND

02:12PM   10   HER EXPERIENCE REGARDING BLOOD TESTS, IT SEEMS THAT THERE IS

02:12PM   11   SOME RELEVANCE TO THAT, AS TO WHY SHE WENT TO THE DOCTOR, AND

02:12PM   12   THEN WHAT SHE RECEIVED FROM THE DOCTOR, AND THEN THE RETEST.

02:13PM   13   THE DOCTOR IS GOING TO TESTIFY, I PRESUME, THAT THE NUMBERS

02:13PM   14   WERE A LITTLE ODD, SO THE DOCTOR ORDERED A RETEST, I THINK.

02:13PM   15       SO THERE'S SOME -- IN THAT CONTINUUM, I THINK THAT HAS

02:13PM   16   TO -- IT SEEMS TO ME THAT THAT'S PART OF THAT STORY.

02:13PM   17            MS. ESTRADA:  WELL, I RESPECTFULLY, YOUR HONOR, I

02:13PM   18   THINK PATIENT B.G. CAN TESTIFY THAT SHE KNEW THAT A DROP IN HER

02:13PM   19   HCG LEVELS COULD MEAN MISCARRIAGE, BUT SHE DOESN'T NEED TO TELL

02:13PM   20   THE JURY THAT SHE KNEW THAT BECAUSE SHE HAD EXPERIENCED

02:13PM   21   MISCARRIAGES BEFORE.  THAT'S PREJUDICIAL.

02:13PM   22            THE COURT:  OKAY.

02:13PM   23            MR. LEACH:  IT GOES TO MATERIALITY, YOUR HONOR,

02:13PM   24   BECAUSE IT'S NOT JUST THE RESULT ITSELF, BUT IT'S HOW FAR OFF

02:13PM   25   THE RESULT IS.

02:13PM 1        PART OF THE DEFENSE IN THIS CASE IS BAD BLOOD TESTS ARE A

02:14PM 2    FACT OF LIFE.  AND IT'S THE DEVIATION IN THE PARTICULAR NUMBERS

02:14PM 3    HERE AND HOW THIS PARTICULAR WITNESS UNDERSTANDS THEIR

02:14PM 4    SIGNIFICANCE THAT EXTENUATES THE MATERIALITY ARGUMENT.

02:14PM 5        SHE'S GOING TO SAY, I WAS HIGHLY SENSITIVE TO EVEN A SMALL

02:14PM 6    CHANGE IN MY HCG BECAUSE THIS IS AN IMPORTANT TEST WHERE IF

02:14PM 7    IT'S NOT PROGRESSING, THAT COULD MEAN BAD THINGS.

02:14PM 8        AND HOW DO YOU KNOW THAT?  I KNOW THAT FROM MY PRIOR

02:14PM 9    EXPERIENCE.

02:14PM 10       I DON'T SEE A MEANINGFUL DIFFERENCE BETWEEN YOU WERE --

02:14PM 11   THIS WAS A HIGH RISK PREGNANCY OR YOU KNEW FROM YOUR EXPERIENCE

02:14PM 12   THIS WAS A HIGH RISK PREGNANCY VERSUS I HAD SOME EXPERIENCE

02:14PM 13   HERE.  I THINK THAT'S REALLY DANCING ON THE HEAD OF A PIN.

02:14PM 14            THE COURT:  WELL, THERE IS SENSITIVITY TO

02:14PM 15   MISCARRIAGE AND JUST THAT WORD "MISCARRIAGE."

02:14PM 16       AND IT DOES, IT CARRIES WITH IT A SYMPATHETIC TONE, IT

02:14PM 17   DOES.

02:14PM 18       AND I UNDERSTAND COUNSEL'S POINT, WHEN THERE'S THREE OF

02:15PM 19   THEM.

02:15PM 20       SO THAT'S WHY I WAS WONDERING ABOUT HOW TO PHRASE THAT.

02:15PM 21       I DO THINK IT'S MATERIAL THAT HER PERSONAL EXPERIENCE

02:15PM 22   FORMS HER SUBSEQUENT CONDUCT, HER UNIVERSE OF KNOWLEDGE, WHICH

02:15PM 23   IS TO INFORM WHAT DID I DO AND WHAT DID I DO BECAUSE OF MY

02:15PM 24   CIRCUMSTANCE, NOT A GENERAL MEMBER OF THE PUBLIC, BUT MY

02:15PM 25   CIRCUMSTANCE?  WHAT DID IT CAUSE ME AND WHAT EFFECT DID THAT

02:15PM  1    HAVE ON ME TO DO WHAT I DID NEXT BASED ON THAT RESULT?  AND

02:15PM  2    AGAIN, BASED ON HER UNIVERSE OF KNOWLEDGE.

02:15PM  3         BUT HAVING HER SAY THIS WAS THE THIRD TIME, AND MY HEAD

02:15PM  4    WAS SPINNING, AND I DIDN'T KNOW WHAT TO THINK, THAT'S PROBABLY

02:15PM  5    403 TERRITORY.

02:15PM  6         SO, MR. LEACH, I'M NOT GOING TO PRECLUDE YOU FROM ASKING

02:15PM  7    THAT QUESTION, AGAIN, TO FORM HER UNIVERSE OF KNOWLEDGE.

02:15PM  8         BUT IF IT COMES OUT AS TO PRIOR ISSUES REGARDING

02:16PM  9    PREGNANCY, FERTILITY ISSUES, THOSE TYPES OF THINGS, WHICH IS

02:16PM 10    SOMETHING THAT IS REGRETTABLY COMMON IN OUR CULTURE, I THINK

02:16PM 11    THAT WOULD SOLVE THE 403 ISSUE.

02:16PM 12              MR. LEACH:  UNDERSTOOD.

02:16PM 13              THE COURT:  AND I DON'T KNOW HOW THAT COMES OUT IN

02:16PM 14    YOUR EXAMINATION OR NOT.  BUT I GUESS WHAT I'M SAYING IS THAT

02:16PM 15    TO THE EXTENT THAT THE MOTION ASKS THAT SHE NOT TESTIFY ABOUT

02:16PM 16    THREE TIMES IN A ROW MISCARRIAGES.

02:16PM 17              MR. LEACH:  I DON'T THINK I WOULD ASK ABOUT THE

02:16PM 18    NUMBER, YOUR HONOR.

02:16PM 19              THE COURT:  NO.

02:16PM 20              MR. LEACH:  AND I CAN TRY TO LEAD IN A WAY TO AVOID

02:16PM 21    THE NUMBER.

02:16PM 22         I DO INTEND TO ASK "HAVE YOU HAD DIFFICULTY GETTING

02:16PM 23    PREGNANT IN THE PAST?"

02:16PM 24              THE COURT:  RIGHT.

02:16PM 25              MR. LEACH:  I THINK THAT'S FAIR, AND IT EXPLAINS HER

```
02:16PM   1    REASONS FOR GOING.

02:16PM   2         AND I DO INTEND TO ASK, WHEN YOU GOT THE, I'LL CALL IT,

02:16PM   3    THE INACCURATE RESULT FROM THERANOS.

02:16PM   4              THE COURT:  RIGHT.

02:16PM   5              MR. LEACH:  MY FRIENDS ON THE OTHER SIDE MIGHT

02:16PM   6    DISAGREE.  BUT WHEN YOU GOT THOSE RESULTS, DID YOU DISCUSS

02:17PM   7    TREATMENT ACTIONS WITH DR. ZACHMAN?

02:17PM   8              THE COURT:  OR NEXT STEPS.

02:17PM   9              MR. LEACH:  AND NEXT STEPS.

02:17PM  10              THE COURT:  RIGHT.  MAYBE NEXT STEPS IS THE WAY, OR

02:17PM  11    TREATMENT OPTIONS.

02:17PM  12         I UNDERSTAND THERE IS SOME, AGAIN, SOME SENSITIVITY ABOUT

02:17PM  13    THAT.  TREATMENT, I DON'T KNOW, ON THE FLY I'M TRYING TO THINK

02:17PM  14    HOW GENTLE TO PHRASE THAT QUESTION.

02:17PM  15         AND MAYBE TREATMENT OPTIONS IS, YOU KNOW, MEDICAL

02:17PM  16    RECOMMENDATIONS GOING FORWARD.

02:17PM  17         THERE IS SOME SENSITIVITY TO THAT.

02:17PM  18         AND I THINK THE JURY COULD BE -- THE MAKEUP OF OUR JURY, I

02:17PM  19    THINK IT'S -- AND I'M NOT TALKING ABOUT GENDER MAKEUP AT ALL.

02:17PM  20    I'M JUST THINKING THAT THEM BEING FROM THE COMMUNITY IN GENERAL

02:17PM  21    AND OUR COMMON KNOWLEDGE OF THESE ISSUES IS SENSITIVE.

02:17PM  22              MR. LEACH:  I APPRECIATE THE COURT'S COMMENTS,

02:17PM  23    YOUR HONOR.

02:17PM  24         I DO NEED TO EMPHASIZE, WE TODAY SAT THROUGH

02:18PM  25    MR. COOPERSMITH LITERALLY READING AN EMAIL ABOUT A PARTICULAR
```

02:18PM 1       DIABETIC EXPERIENCE.

02:18PM 2               THE COURT:  YES.

02:18PM 3               MR. LEACH:  AND I THINK THAT'S JUST THE NATURE OF

02:18PM 4       THE SUBJECT MATTER THAT WE'RE TALKING ABOUT.

02:18PM 5           I DON'T THINK 403 REQUIRES WORDSMITHING OF A PARTICULAR

02:18PM 6       PATIENT'S EXPERIENCE TO A WAY THAT, YOU KNOW, JUST CREATES AN

02:18PM 7       ENVIRONMENT THAT WE'RE NOT TALKING ABOUT WHAT IS ALLEGED IN THE

02:18PM 8       INDICTMENT.

02:18PM 9               THE COURT:  NO.  I UNDERSTAND.

02:18PM 10              MR. LEACH:  SO I CAN ASK LEADING QUESTIONS THERE TO

02:18PM 11      TRY TO AVOID WHAT THE COURT IS EXPRESSING.

02:18PM 12              THE COURT:  OKAY.  I APPRECIATE THAT.  THAT'S ALL

02:18PM 13      I'M ASKING YOU TO DO.

02:18PM 14          I DO THINK THAT HER EXPERIENCE WITH PREGNANCIES, AGAIN,

02:18PM 15      FORMS HER UNIVERSE OF KNOWLEDGE, HER UNIVERSE OF EXPERIENCE

02:18PM 16      SUCH THAT SHE CAN -- WOULD BE PERMITTED TO TESTIFY ABOUT WHAT

02:18PM 17      DO THESE BLOOD RESULTS MEAN TO HER BASED ON HER UNDERSTANDING

02:18PM 18      AND WHAT SHE DID NEXT.

02:19PM 19              MS. ESTRADA:  I'M SORRY.  ONE BRIEF CLARIFYING

02:19PM 20      BEFORE WE MOVE ON TO THE NEXT PIECE, WHICH IS THAT WE -- I

02:19PM 21      THINK YOUR HONOR'S RULING SHOULD APPLY BOTH TO PATIENT B.G.

02:19PM 22      TESTIMONY AND DR. ZACHMAN'S.

02:19PM 23              THE COURT:  WELL, THAT'S WHERE WE ARE NEXT, AREN'T

02:19PM 24      WE?

02:19PM 25              MS. ESTRADA:  OH.

02:19PM   1            THE COURT:  AND DR. ZACHMAN, WHAT DO YOU OBJECT TO

02:19PM   2     HER TESTIMONY?

02:19PM   3            MS. ESTRADA:  DR. ZACHMAN, IF SHE WERE TO TESTIFY

02:19PM   4     SIMILARLY THAT PATIENT B.G. HAD EXPERIENCED THREE PRIOR

02:19PM   5     MISCARRIAGES.

02:19PM   6            THE COURT:  OH, I SEE.  I SEE.

02:19PM   7         MR. BOSTIC, YOU RISE FOR DR. ZACHMAN.

02:19PM   8            MR. BOSTIC:  YOUR HONOR, IN CASE IT'S HELPFUL, I'LL

02:19PM   9     BE DOING THE DIRECT OF DR. ZACHMAN, AND I SPOKE TO HER

02:19PM  10     YESTERDAY AND REMINDED MYSELF OF THE RELEVANCE OF THAT

02:19PM  11     PATIENT'S PREVIOUS EXPERIENCE.

02:19PM  12         AND SO JUST TO GIVE THE COURT THE BACKGROUND.  THE REASON

02:19PM  13     WHY IT'S RELEVANT DURING DR. ZACHMAN'S TESTIMONY IS THAT

02:20PM  14     PATIENT B.G.'S PREVIOUS EXPERIENCES, AND IN PARTICULAR A FAILED

02:20PM  15     PREGNANCY THAT SHE HAD EXPERIENCED THE SUMMER BEFORE THE

02:20PM  16     PREGNANCY THAT LED TO THE THERANOS TEST, WAS THE REASON WHY

02:20PM  17     DR. ZACHMAN WANTED A SERIES OF HCG FOR THIS PATIENT.

02:20PM  18         SO IT'S AN INTEGRAL PART OF THE STORY ABOUT THIS DOCTOR'S

02:20PM  19     TREATMENT OF THIS PATIENT AND WHY WE ENDED UP HERE IN THE FIRST

02:20PM  20     PLACE, WHY HCG TESTING WAS BEING DONE.

02:20PM  21         SO IT'S ALL PART OF THE DOCTOR TESTIFYING ABOUT THE

02:20PM  22     TREATMENT OF THE PATIENT, AND HOW HCG TESTING IS USED, AND WHY

02:20PM  23     IT'S USED, WHICH SEEMS LIKE IT'S THE CORE OF THE KIND OF

02:20PM  24     TESTIMONY WE WOULD EXPECT TO HEAR FROM A DOCTOR TESTIFYING

02:20PM  25     UNDER CIRCUMSTANCES LIKE THIS.

02:20PM 1          THE COURT:  RIGHT.

02:20PM 2          MS. ESTRADA:  YOUR HONOR, I THINK I WOULD MAKE ALL

02:20PM 3   OF MY SAME ARGUMENTS THAT I DID JUST A MINUTE AGO ABOUT THE

02:21PM 4   PROBATIVE VALUE OF DR. ZACHMAN'S TESTIMONY, BUT I WON'T REPEAT

02:21PM 5   MYSELF.

02:21PM 6          THE COURT:  YES.

02:21PM 7          MS. ESTRADA:  WHAT I WILL SAY IS FOR THE SAME

02:21PM 8   REASONS THAT THE COURT JUST RULED THAT PATIENT B.G.'S TESTIMONY

02:21PM 9   ABOUT HER THREE PRIOR MISCARRIAGES IS PREJUDICIAL, THE SAME IS

02:21PM 10  TRUE COMING FROM DR. ZACHMAN.

02:21PM 11         AND I THINK DR. ZACHMAN CAN TESTIFY IN THE SAME WAY, THAT

02:21PM 12  BASED ON HER PATIENT'S PRIOR MEDICAL HISTORY, SHE MADE THE

02:21PM 13  DECISIONS SHE MADE, AND THAT DOES NOT RUN AFOUL OF RULE 403,

02:21PM 14  BUT WHEREAS IF DR. ZACHMAN WERE TO TESTIFY THAT PATIENT B.G.

02:21PM 15  HAD EXPERIENCED THREE PRIOR MISCARRIAGES, THAT ABSOLUTELY RUNS

02:21PM 16  AFOUL OF RULE 403.

02:21PM 17         THE COURT:  IF DR. ZACHMAN TESTIFIES THAT HER

02:21PM 18  PATIENT HAD PREVIOUS DIFFICULTIES WITH PREGNANCIES, WHICH IS I

02:21PM 19  THINK THE GRAVAMEN OF WHAT HER TESTIMONY WOULD BE, MR. BOSTIC?

02:21PM 20         MR. BOSTIC:  YES, YOUR HONOR.  BUT I THINK IN

02:22PM 21  PARTICULAR, IN DR. ZACHMAN'S MIND WAS THE PARTICULAR FAILED

02:22PM 22  PREGNANCY THAT HAPPENED JUST A FEW MONTHS BEFORE THIS PREGNANCY

02:22PM 23  THAT PROMPTED THE TESTING.

02:22PM 24         THE COURT:  RIGHT.

02:22PM 25         MR. BOSTIC:  I THINK THE TESTIMONY OF A DOCTOR IS

02:22PM 1    DIFFERENT, TOO.

02:22PM 2         THE TESTIMONY OF THE PERSON WHO WENT THROUGH THIS, TALKING

02:22PM 3    ABOUT HER OWN MISCARRIAGES IS OBVIOUSLY MORE EVOCATIVE AND

02:22PM 4    EMOTIONALLY CHARGED THAN A DOCTOR DISCUSSING THE SIGNIFICANCE

02:22PM 5    OF THAT EVENT FROM A CLINICAL PERSPECTIVE.

02:22PM 6         THE COURT:  SORRY TO INTERRUPT YOU.

02:22PM 7         BUT THE TESTIMONY WOULD BE -- THE ANTICIPATED TESTIMONY

02:22PM 8    WOULD BE THAT THE DOCTOR WOULD SAY THAT THERE WAS A FAILED

02:22PM 9    PREGNANCY, A DIFFICULT PREGNANCY, A FAILED PREGNANCY?

02:22PM 10        MR. BOSTIC:  THAT'S WHAT I WOULD ANTICIPATE,

02:22PM 11   YOUR HONOR.

02:22PM 12        THE COURT:  RIGHT.

02:22PM 13        MR. BOSTIC:  I WOULD NOT EXPECT HER TO USE THE TERM

02:22PM 14   "MISCARRIAGE" EITHER.

02:22PM 15        THE COURT:  OR THE NUMBER.

02:22PM 16        MR. BOSTIC:  I DON'T BELIEVE SO, YOUR HONOR.

02:22PM 17        THE COURT:  RIGHT.  IT JUST REFERS BACK TO THAT.

02:22PM 18        AND THAT HAS -- FROM A CLINICAL STANDPOINT, I DON'T THINK

02:22PM 19   THAT RAISES THE 403 ISSUES AS MUCH AS IT DOES FROM THE ACTUAL

02:23PM 20   PATIENT, WHICH IS WHAT I THINK WE HAVE TAKEN CARE OF BEFORE.

02:23PM 21        SO I'M GOING TO ALLOW THE DOCTOR TO TESTIFY IN THE

02:23PM 22   CLINICAL MEDICAL WAY ABOUT A FAILED PREGNANCY, IF YOU WILL, IF

02:23PM 23   THAT'S HOW SHE TESTIFIES.

02:23PM 24        MS. ESTRADA:  JUST ONE PRIOR AS OPPOSED TO THREE?

02:23PM 25        THE COURT:  WELL, I THINK THAT'S WHAT MR. BOSTIC

02:23PM   1    SAID.  THERE MIGHT BE A HISTORY AND SHE MIGHT TESTIFY THAT

02:23PM   2    THERE WAS A HISTORY OF ISSUES WITH FERTILITY ISSUES OR

02:23PM   3    PREGNANCY ISSUES.

02:23PM   4         BUT IT SOUNDS LIKE THE TESTING REALLY RESOLVED, THIS MOST

02:23PM   5    RECENT TESTING REVOLVES FROM THIS LAST FAILED PREGNANCY.

02:23PM   6              MR. BOSTIC:  THAT'S MY IMPRESSION, YOUR HONOR.

02:23PM   7         THIS PATIENT STARTED SEEING THIS DOCTOR AFTER THAT MOST

02:23PM   8    RECENT FAILED PREGNANCY.

02:23PM   9              THE COURT:  RIGHT.

02:23PM  10              MR. BOSTIC:  SO THIS IS NOT THE DOCTOR WHO TREATED

02:23PM  11    THIS PATIENT THROUGH THAT SERIES OF PREGNANCIES.

02:23PM  12              THE COURT:  CORRECT, CORRECT.

02:23PM  13              MR. BOSTIC:  AND I THINK IT WAS THE MOST RECENT ONE

02:23PM  14    IN HER MIND WHEN SHE WAS MAKING THE --

02:23PM  15              THE COURT:  RIGHT.  THE HISTORY WAS WITH A TREATING

02:24PM  16    DOCTOR.

02:24PM  17         WHAT ABOUT TREATMENT OPTIONS?

02:24PM  18              MR. BOSTIC:  I THINK IN THE SAME WAY WE SEE THE SAME

02:24PM  19    DIFFERENCES BETWEEN HAVING THE PATIENT HERSELF DISCUSS IT

02:24PM  20    VERSUS A DOCTOR.

02:24PM  21         I THINK A DOCTOR NEEDS TO BE ABLE TO TALK ABOUT THE COURSE

02:24PM  22    OF TREATMENT THAT A PATIENT UNDERWENT AND THE DECISION MAKING.

02:24PM  23         THAT AGAIN GOES TO MATERIALITY, BECAUSE IT SHOWS HOW THIS

02:24PM  24    TESTING IS USED, AND THE FOLLOW-ON DECISIONS THAT STEM FROM ONE

02:24PM  25    RESULT VERSUS ANOTHER RESULT.

02:24PM 1      THE COURT:  WHAT WOULD THE TESTIMONY BE LIKE OR WHAT

02:24PM 2  WOULD YOU ASK ABOUT THAT?

02:24PM 3      IS THERE TESTIMONY FROM THE DOCTOR THAT SHE, THE DOCTOR,

02:24PM 4  PRESCRIBED EITHER SPECIFIC OR GAVE GENERAL INFORMATION?

02:24PM 5      MR. BOSTIC:  NO, YOUR HONOR.

02:24PM 6      AND I DON'T INTEND TO AFFIRMATIVELY SEEK TESTIMONY ABOUT

02:24PM 7  WHAT WOULD HAVE HAPPENED DOWN THE ROAD IF THIS TEST RESULT

02:24PM 8  HADN'T BEEN PROVEN FALSE.

02:24PM 9      THE COURT:  RIGHT.

02:24PM 10      MR. BOSTIC:  BUT MY CONCERN IS THAT IN ANSWERING THE

02:25PM 11  QUESTIONS, THE WITNESS MIGHT DESCRIBE WHAT THE NEXT STEPS WOULD

02:25PM 12  HAVE BEEN, AND I JUST DON'T WANT HER TO BE UNDULY LIMITED IN

02:25PM 13  THAT WAY FROM JUST DESCRIBING THAT AT A SUPERFICIAL LEVEL.

02:25PM 14      THE COURT:  RIGHT.  AND I THINK YOUR OBJECTION,

02:25PM 15  COUNSEL, WAS WITH THE DOCTOR TELLING -- OR EXCUSE ME, THE

02:25PM 16  PATIENT TESTIFYING ABOUT WHAT THE DOCTOR TOLD HER, HER

02:25PM 17  TREATMENT OPTIONS WERE.

02:25PM 18      MS. ESTRADA:  YES, BASED ON HEARSAY.

02:25PM 19      THE COURT:  YES.

02:25PM 20      MS. ESTRADA:  AND THEN ALSO BASED ON 403.

02:25PM 21      THE COURT:  RIGHT.

02:25PM 22      SO WHAT ABOUT THAT?  THAT IS, B.G. TESTIFIED THE DOCTOR

02:25PM 23  TOLD ME I COULD X, Y, Z, 1, 2, 3.

02:25PM 24      MR. BOSTIC:  SO, YOUR HONOR, MR. LEACH WAS PREPARED

02:25PM 25  TO HANDLE THE ARGUMENTS, AND I DON'T WANT TO SWITCH BACK AND

5757

02:25PM   1    FORTH TOO MANY TIMES, BUT I JUMPED UP ONLY TO GIVE SOME CONTEXT

02:25PM   2    FOR DR. ZACHMAN.

02:25PM   3              THE COURT:  RIGHT.

02:25PM   4              MR. BOSTIC:  BUT IT SEEMS, AGAIN, FOR THE SAME

02:25PM   5    REASONS THAT THE PATIENT SHOULD BE ABLE TO TESTIFY ABOUT HER

02:25PM   6    EXPERIENCE, AND I THINK 403 IS A LINE DRAWING EXERCISE FOR THE

02:26PM   7    COURT.

02:26PM   8        I THINK THE COURT HAS CONSIDERED WHERE TO DRAW THE LINE ON

02:26PM   9    THIS VERY TOPIC A FEW TIMES BOTH IN THE LAST TRIAL AND IN THIS

02:26PM  10    TRIAL, AND I THINK THE COURT HAS DONE A GOOD JOB IN THE PAST OF

02:26PM  11    DRAWING THAT LINE.  I DON'T SEE ANY REASON TO REMOVE IT NOW.

02:26PM  12              MR. LEACH:  SORRY TO JUMP BACK AND FORTH,

02:26PM  13    YOUR HONOR.

02:26PM  14        WITH RESPECT TO HEARSAY, THE TREATMENT OPTIONS ARE NOT

02:26PM  15    HEARSAY.  THEY'RE NOT FACTUAL ASSERTIONS.  IT'S A DESCRIPTION

02:26PM  16    OF THE TOPICS OF WHAT THE CONVERSATION MARKS.

02:26PM  17        IT'S IN ESSENCE A DIRECTIVE OR A PROPOSAL OR A QUESTION.

02:26PM  18    YOU KNOW, THESE ARE THE FOUR THINGS THAT YOU COULD DO, AND

02:26PM  19    THOSE AREN'T FACTUAL ASSERTIONS.  THEY'RE THE DOCTOR'S

02:26PM  20    STATEMENT OF THE POSSIBLE OPTIONS.

02:26PM  21        SO I'M NOT, I'M NOT -- I DON'T THINK THERE'S AN 803

02:26PM  22    PROBLEM.

02:26PM  23        WITH RESPECT TO THE HEARSAY OR THE 403 ISSUE, AGAIN, IT'S

02:26PM  24    RELEVANT TO EXPLAIN WHAT THIS PATIENT DID AND WHETHER OR NOT,

02:26PM  25    YOU KNOW, A 1,250 NUMBER OR A 125 NUMBER MATTERED TO HER.

5758

02:27PM   1    SO I CAN KEEP IT AT THE LEVEL THAT WE TALKED ABOUT,

02:27PM   2    POSSIBLE MEDICAL OPTIONS.

02:27PM   3         BUT THAT'S NOT HEARSAY AND I THINK IT'S -- WHATEVER 403

02:27PM   4    CONCERNS THERE ARE, ARE OUTWEIGHED BY THE MATERIALITY OF THE

02:27PM   5    NEWS SHE'S RECEIVING AND WHETHER OR NOT SHE WAS DEFRAUDED OR

02:27PM   6    NOT.

02:27PM   7              THE COURT:  THANK YOU.  SO IT SOUNDS LIKE YOUR

02:27PM   8    EXAMINATION WOULD BE, AND DID YOU DISCUSS -- OR MEDICAL OPTIONS

02:27PM   9    BASED ON THE TEST RESULTS?  AND SHE'LL SAY YES OR NO.

02:27PM  10         AND THEN YOU'LL ASK HER, WHAT DID YOU DO NEXT PRESUMABLY.

02:27PM  11    AND THAT WILL MOVE INTO THE RETEST?

02:27PM  12              MR. LEACH:  YES.

02:27PM  13              THE COURT:  I SEE.  OKAY.

02:27PM  14              MS. ESTRADA:  I THINK IF THE QUESTION WAS, DID YOU

02:27PM  15    DISCUSS MEDICAL OPTIONS, AND THE ANSWER WAS YES, AND THEN IT

02:27PM  16    MOVED INTO RETEST, THEN THAT WOULD -- I THINK WE WOULD HAVE NO

02:28PM  17    OBJECTION TO THAT.

02:28PM  18              THE COURT:  WELL, YES, THAT'S WHAT I JUST HEARD

02:28PM  19    MR. LEACH JUST SAY, THEY DISCUSSED MEDICAL OPTIONS.

02:28PM  20         MY SENSE IS THAT PEOPLE ARE GOING TO UNDERSTAND WHAT THAT

02:28PM  21    MEANS, MEDICAL OPTIONS.

02:28PM  22         I DON'T SEE ANY 403 ISSUE AS TO THAT GENERAL DESCRIPTION

02:28PM  23    OF MEDICAL OPTIONS, A DESCRIPTION OF -- WITH DESCRIPTIVE

02:28PM  24    DIALOGUE OF PROCEDURES AND HOW AND WHAT AND WHAT HAPPENS IS TOO

02:28PM  25    FAR, RIGHT?  AND THAT'S NOT WHAT IS GOING ON.

02:28PM   1          MS. ESTRADA:  PRECISELY.

02:28PM   2       AND I THINK WE JUST -- OBVIOUSLY THIS IS VERY EMOTIONAL,

02:28PM   3    HIGHLY EMOTIONAL TESTIMONY, AND I'M HEARING FROM THE GOVERNMENT

02:28PM   4    MAYBE SOME CONCERNS.

02:28PM   5       BUT WE JUST REALLY HOPE AND EXPECT THE GOVERNMENT TO

02:28PM   6    INSTRUCT THEIR WITNESSES TO ADHERE TO THE COURT'S RULING, TO

02:28PM   7    LEAD THEIR WITNESSES TO ENSURE THAT THEY DON'T RUN AFOUL OF

02:28PM   8    RULE 403.

02:28PM   9       I DON'T THINK THAT WE'LL HAVE ANY ISSUE.

02:28PM  10          THE COURT:  DO YOU LACK CONFIDENCE THAT MR. LEACH IS

02:29PM  11    NOT GOING TO DO THAT?

02:29PM  12          MS. ESTRADA:  DEFINITELY NOT, BUT I JUST WANT TO

02:29PM  13    MAKE SURE OF THAT.

02:29PM  14          THE COURT:  BECAUSE YOU LACK CONFIDENCE?

02:29PM  15          MS. ESTRADA:  NO, BECAUSE IF A WITNESS BLURTS

02:29PM  16    SOMETHING OUT, THE RISK OF THAT -- OR THE -- RUNNING AFOUL OF

02:29PM  17    403 IS VERY PROBLEMATIC.

02:29PM  18          THE COURT:  SURE.  I THINK WE ALL UNDERSTAND.  I

02:29PM  19    HAVE CONFIDENCE IN MR. LEACH, AS I DO IN YOUR TEAM, THAT WHEN

02:29PM  20    THE COURT -- WHEN WE HAVE A CONVERSATION ABOUT LIMITING

02:29PM  21    TESTIMONY OR THE INTRODUCTION OF EVIDENCE, YOU'RE GOING TO DO

02:29PM  22    YOUR BEST TO FOLLOW IT.

02:29PM  23          MS. ESTRADA:  OF COURSE.

02:29PM  24          THE COURT:  BUT WE KNOW THAT ABSENT YOU GOING OUT

02:29PM  25    AND HANDING WITNESSES A SCRIPT, WHICH IS NOT PERMITTED, WE CAN

02:29PM  1    ONLY DO THE BEST THAT WE CAN, AND THAT'S WHY WE'RE TALKING

02:29PM  2    HERE.

02:29PM  3         OKAY.  ANYTHING FURTHER?

02:29PM  4              MS. ESTRADA:  WELL, THERE WAS ONE OTHER, JUST

02:29PM  5    QUICKLY, YOUR HONOR, ONE OTHER BUCKET OF TESTIMONY WITH RESPECT

02:29PM  6    TO PATIENT B.G.'S POTENTIAL TESTIMONY ABOUT HOW, WHEN SHE WENT

02:29PM  7    TO DR. ZACHMAN'S OFFICE, SHE BROUGHT HER DAUGHTER WITH HER, SHE

02:30PM  8    RECEIVED A GOODIE BAG OF ITEMS FOR NEW MOMS.  THAT TESTIMONY,

02:30PM  9    WE ALSO THINK, IS LIKELY TO EVOKE AN EMOTIONAL RESPONSE IN THE

02:30PM  10   JURY, AND IT'S NOT PROBATIVE, AND WE WOULD JUST ASK THAT --

02:30PM  11              THE COURT:  MR. LEACH.

02:30PM  12              MR. LEACH:  IT IS PROBATIVE, YOUR HONOR.

02:30PM  13        THE DEFENDANT OR THE VICTIM THOUGHT SHE WAS PREGNANT WHEN

02:30PM  14   SHE WALKED INTO THE OFFICE.  SHE WAS ADVISED BY THERANOS

02:30PM  15   WALKING OUT THAT SHE WAS NOT.

02:30PM  16        I DON'T SEE HOW THE FACT THAT SHE BRINGS HER DAUGHTER TO

02:30PM  17   THE APPOINTMENT OR THE INITIAL ENTHUSIASM TO BEING -- THINKING

02:30PM  18   SHE WAS PREGNANT THAT'S ELIMINATED BY VIRTUE OF THIS TEST

02:30PM  19   RESULT IS SOMEHOW INFLAMMATORY OR SO FAR AFIELD OF WHAT THIS

02:30PM  20   VICTIM'S EXPERIENCE IS THAT IT'S NOT APPROPRIATE TO EXPLAIN THE

02:30PM  21   BLOOD TEST THAT SHE GOT.

02:30PM  22        AND I JUST FEEL -- AND I HATE TO REPEAT MYSELF.  YOU KNOW,

02:31PM  23   WE CAN'T GIVE HER A SCRIPT.  WE CAN'T SANITIZE THIS SO WE'RE

02:31PM  24   TALKING ABOUT SOMETHING OTHER THAN WHAT IT IS, BLOOD TESTS

02:31PM  25   OFFERED BY THE DEFENDANT.

02:31PM  1          THE COURT:  OKAY.  THANK YOU.

02:31PM  2          I DON'T -- I'M GOING TO ALLOW THAT TESTIMONY TO COME IN.

02:31PM  3   I DON'T SEE THAT IT'S A 403 ISSUE.  I DON'T SEE THAT AS ANY

02:31PM  4   UNFAIR PREJUDICE OUTWEIGHING THE PROBATIVE VALUE OF HER

02:31PM  5   EXPERIENCE THERE.  THERE'S BEEN TALK ABOUT EXPERIENCE.

02:31PM  6          OKAY.  SO SHOULD WE BRING HER IN NOW?

02:31PM  7          MS. ESTRADA:  NOTHING FURTHER.

02:31PM  8          THE COURT:  GREAT.  THANK YOU.

02:31PM  9          MR. LEACH:  THANK YOU.

02:31PM  10         THE COURT:  AND WE'LL BRING THE JURY IN.

02:31PM  11       (JURY IN AT 2:31 P.M.)

02:34PM  12         THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE

02:34PM  13   RECORD.  OUR JURY IS NOW PRESENT.

02:34PM  14        ALL COUNSEL AND MR. BALWANI IS PRESENT.

02:34PM  15        LET'S CALL THE NEXT WITNESS.

02:34PM  16        MR. BOSTIC.

02:34PM  17         MR. BOSTIC:  YES, YOUR HONOR.

02:34PM  18        THE UNITED STATES CALLS AUDRA ZACHMAN.

02:34PM  19         THE COURT:  GOOD AFTERNOON.  COME FORWARD.

02:34PM  20     IF YOU COULD COME TO THE SIDE HERE AND FACE OUR COURTROOM

02:34PM  21   WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

02:34PM  22     **(GOVERNMENT'S WITNESS, AUDRA ZACHMAN, WAS SWORN.)**

02:34PM  23         THE WITNESS:  I DO.

02:35PM  24         THE COURT:  PLEASE HAVE A SEAT UP HERE.  LET ME ASK

02:35PM  25   YOU TO MAKE YOURSELF COMFORTABLE.  ADJUST THE CHAIR AND

02:35PM  1      MICROPHONE AS YOU NEED.

02:35PM  2           THERE'S SOME WATER THERE IF YOU NEED TO REFRESH YOURSELF.

02:35PM  3           WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

02:35PM  4      AND SPELL IT, PLEASE.

02:35PM  5                THE WITNESS:  YES.  MAY I REMOVE THIS?

02:35PM  6                THE COURT:  YOU'RE FULLY VACCINATED?

02:35PM  7                THE WITNESS:  I AM.

02:35PM  8                THE COURT:  YES, YOU MAY.

02:35PM  9                THE WITNESS:  AUDRA ZACHMAN, A-U-D-R-A,

02:35PM 10      Z-A-C-H-M-A-N.

02:35PM 11                THE COURT:  ALL RIGHT.  THANK YOU.

02:35PM 12           MR. BOSTIC IS GOING TO ASK YOU SOME QUESTIONS.  I'M JUST

02:35PM 13      GOING TO SHARE SOME HOUSEKEEPING SUGGESTIONS.

02:35PM 14           IF YOU WOULD WAIT UNTIL HE FINISHES HIS QUESTION ENTIRELY

02:35PM 15      BEFORE YOU ANSWER IT, EVEN IF YOU KNOW WHAT THE QUESTION IS

02:35PM 16      GOING TO BE.  WAIT UNTIL YOU HEAR THE QUESTION, AND HE PROMISES

02:35PM 17      TO DO THE SAME WITH YOUR ANSWER.

02:35PM 18           IS THAT RIGHT, MR. BOSTIC?

02:35PM 19                MR. BOSTIC:  ABSOLUTELY, YOUR HONOR.

02:35PM 20           (LAUGHTER.)

02:35PM 21                THE COURT:  GREAT.  THANK YOU VERY MUCH.  THANK YOU.

02:35PM 22                THE WITNESS:  THANK YOU.

02:35PM 23      ///

02:35PM 24      ///

02:35PM 25      ///

**DIRECT EXAMINATION**

BY MR. BOSTIC:

Q.   GOOD AFTERNOON, DR. ZACHMAN.

A.   HELLO.

Q.   LET ME ASK YOU A FEW QUESTIONS ABOUT YOUR BACKGROUND.

     FIRST OF ALL, ARE YOU CURRENTLY EMPLOYED?

A.   I AM.

Q.   AND WHERE DO YOU WORK?

A.   I WORK AT A COMPANY CALLED TIA.

Q.   AND WHAT KIND OF BUSINESS IS THAT?

A.   IT'S A PRIMARY CARE OFFICE FOR WOMEN.

Q.   AND WHAT IS YOUR PROFESSION?

A.   I'M A NURSE PRACTITIONER.

Q.   WERE YOU EMPLOYED AT THAT SAME PRACTICE IN 2014?

A.   I WAS NOT.

Q.   WHERE WERE YOU EMPLOYED IN 2014?

A.   AT SOUTHWEST CONTEMPORARY WOMEN'S CARE.

Q.   AND WERE YOU ALSO WORKING AS A NURSE PRACTITIONER THERE?

A.   I WAS.

Q.   CAN YOU TELL US IN PLAIN TERMS WHAT A NURSE PRACTITIONER

IS AND HOW IT COMPARES TO, SAY, A MEDICAL DOCTOR OR A, SAY, A

REGISTERED NURSE?

A.   SO A NURSE PRACTITIONER IS A LICENSED MEDICAL PROFESSIONAL

WHO CAN SEE AND DIAGNOSE AND TREAT PATIENTS INDEPENDENT OF A

MEDICAL DOCTOR.

ZACHMAN DIRECT BY MR. BOSTIC

02:36PM  1        A REGISTERED NURSE IS A LESSER DEGREE.  IT'S A BACHELOR'S

02:37PM  2  WHO CANNOT WORK INDEPENDENTLY.  THEY NEED THE GUIDANCE OF A

02:37PM  3  HIGHER DEGREE.

02:37PM  4  Q.   CAN YOU TELL US A LITTLE BIT ABOUT THE PLACE YOU WERE

02:37PM  5  WORKING IN 2014?  I THINK YOU SAID IT WAS SOUTHWEST

02:37PM  6  CONTEMPORARY?

02:37PM  7  A.   THAT'S RIGHT, SOUTHWEST CONTEMPORARY WOMEN'S CARE.  IT'S

02:37PM  8  OBVIOUSLY A PRACTICE FOR WOMEN.

02:37PM  9  Q.   AND -- BUT HOW MANY NURSE PRACTITIONERS WORKED THERE WHEN

02:37PM  10  YOU WORKED THERE IN 2014?

02:37PM  11  A.   WE HAD THREE OFFICE LOCATIONS.  THERE WERE PROBABLY 20

02:37PM  12  PROVIDERS ALTOGETHER.

02:37PM  13        AT MY LOCATION THERE WERE MAYBE SEVEN OF THEM.

02:37PM  14  Q.   AND HOW ABOUT YOUR PRACTICE THERE, CAN YOU TELL US ROUGHLY

02:37PM  15  WHAT THE NATURE OF YOUR PRACTICE WAS, VOLUME OF PATIENTS,

02:37PM  16  THINGS LIKE THAT?

02:37PM  17  A.   SURE.

02:37PM  18        I WOULD SEE WOMEN, SOME PREGNANT, SOME NOT, AND ON AVERAGE

02:38PM  19  I WOULD SEE 20 A DAY EVERY DAY.

02:38PM  20  Q.   AND DID YOUR PRACTICE INCLUDE WORKING WITH PATIENTS OR

02:38PM  21  TREATING PATIENTS THROUGHOUT THEIR ENTIRE PREGNANCIES?

02:38PM  22  A.   YES, SOME.

02:38PM  23  Q.   IN YOUR PRACTICE, DID YOU EVER HAVE ANY EXPERIENCE WITH

02:38PM  24  TEST RESULTS FROM A BLOOD TESTING COMPANY CALLED THERANOS?

02:38PM  25  A.   I DID.

02:38PM 1    Q.   AND DID YOU EXPERIENCE SOME PROBLEMS WITH THE RESULTS THAT

02:38PM 2    YOU RECEIVED FROM THERANOS?

02:38PM 3    A.   I DID.

02:38PM 4    Q.   HOW DID YOU FIRST HEAR ABOUT THE COMPANY?

02:38PM 5    A.   IN 2014, I HAD A ROLE IN THE PRACTICE AS THE KIND OF LEAD

02:38PM 6    IN A GROUP THAT WE HAD CALLED THE PRODUCT COMMITTEE THAT WAS

02:38PM 7    JUST KIND OF A STOPPING POINT.

02:38PM 8         WE WOULD GET A LOT OF DIFFERENT LABS, DIFFERENT COMPANIES,

02:38PM 9    DIFFERENT REPRESENTATIVES, ET CETERA, COMING THROUGH.  SO WE

02:39PM 10   WOULD HAVE A GO-TO PERSON WHO WOULD FILTER THROUGH THAT.

02:39PM 11        SO I WAS THE HEAD OF THAT PRODUCT COMMITTEE IN 2014.  AND

02:39PM 12   A REPRESENTATIVE OF THERANOS CAME THROUGH THE OFFICE.

02:39PM 13   Q.   AND I'M SORRY IF YOU SAID, BUT WHAT WAS THE PURPOSE OF THE

02:39PM 14   PRODUCT COMMITTEE AT THE PRACTICE?

02:39PM 15   A.   TO FILTER THROUGH A LOT OF WHAT CAME THROUGH, TO SEE IF IT

02:39PM 16   WAS APPLICABLE TO THE PRACTICE, AND IF IT WAS SOMETHING WORTH

02:39PM 17   LEARNING MORE ABOUT, SOMETHING WE MIGHT USE OR PREFER.

02:39PM 18   Q.   SO ARE WE TALKING ABOUT OUTSIDE VENDORS WHO WANT TO

02:39PM 19   PROVIDE THEIR SERVICES TO THE PRACTICE?

02:39PM 20   A.   YES.

02:39PM 21   Q.   AND DID THERANOS APPROACH YOU PITCHING ITS BLOOD TESTING

02:39PM 22   SERVICES IN YOUR ROLE ON THE PRODUCT COMMITTEE?

02:39PM 23   A.   YES.

02:39PM 24        MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

02:39PM 25        THE COURT:  YES.

02:39PM  1              MR. BOSTIC:  (HANDING.)

02:39PM  2              THE WITNESS:  THANK YOU.

02:39PM  3      BY MR. BOSTIC:

02:39PM  4      Q.   DR. ZACHMAN, I'VE JUST HANDED YOU A BINDER WITH A FEW

02:39PM  5      DOCUMENTS.

02:39PM  6           IF I COULD ASK YOU TO LOOK FIRST AT TAB 1805.

02:40PM  7           AND AT 1805, DO YOU SEE AN EMAIL BETWEEN YOU AND SOMEONE

02:40PM  8      AT THERANOS IN JUNE OF 2014?

02:40PM  9      A.   I DO.

02:40PM 10              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 1805.

02:40PM 11              MS. MCDOWELL:  NO OBJECTION.

02:40PM 12              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:40PM 13           (GOVERNMENT'S EXHIBIT 1805 WAS RECEIVED IN EVIDENCE.)

02:40PM 14      BY MR. BOSTIC:

02:40PM 15      Q.   LET'S ZOOM IN ON THE CONTENT OF THIS PAGE.

02:40PM 16           DO YOU SEE HERE, DR. ZACHMAN, AT THE BOTTOM IS AN EMAIL

02:40PM 17      FROM YOU TO SOMEONE NAMED PEGGY SCHAPLER?

02:40PM 18      A.   I DO.

02:40PM 19      Q.   AND DID MS. SCHAPLER WORK AT THERANOS?

02:40PM 20      A.   ALTHOUGH I DON'T REMEMBER THAT DETAIL, IT APPEARS TO BE

02:40PM 21      TRUE HERE.

02:40PM 22      Q.   IN YOUR EMAIL YOU WRITE, "THANK YOU FOR YOUR INTEREST IN A

02:40PM 23      PARTNERSHIP WITH SWCWC."

02:40PM 24           DID THAT STAND FOR THE PRACTICE NAME?

02:40PM 25      A.   IT DOES.

02:40PM 1    Q.   WHAT DID YOU MEAN BY "PARTNERSHIP"?  WHAT KIND OF

02:40PM 2    PARTNERSHIP WERE YOU EXPLORING WITH THERANOS AT THIS TIME?

02:40PM 3    A.   TO SEE IF, IN GENERAL, IT WAS A LAB THAT HAD SERVICES THAT

02:41PM 4    MIGHT BE USED BY PATIENTS IN OUR PRACTICE, BUT ALSO IN HAVING

02:41PM 5    AN OFFICE LOCATION CLOSE TO AND IN THE SAME BUILDING AS ONE OF

02:41PM 6    OUR LOCATIONS.

02:41PM 7    Q.   OKAY.  SO WE'RE TALKING ABOUT TWO DIFFERENT KINDS OF

02:41PM 8    DEALING, BASICALLY?  ONE, WHETHER THE PRACTICE WOULD USE

02:41PM 9    THERANOS FOR BLOOD TESTING, AND THEN RELATEDLY, WHETHER

02:41PM 10   THERANOS WOULD ACTUALLY HAVE A PRESENCE IN ONE OF SOUTHWEST'S

02:41PM 11   BUILDINGS?

02:41PM 12   A.   YES.

02:41PM 13   Q.   IN MS. SCHAPLER'S RESPONSE TO YOU ON JUNE 20TH, DO YOU SEE

02:41PM 14   SHE WRITES, "WE WELCOME THE OPPORTUNITY TO COME AND TALK TO

02:41PM 15   YOUR COMMITTEE ABOUT THERANOS."

02:41PM 16        DO YOU SEE THAT?

02:41PM 17   A.   I DO.

02:41PM 18   Q.   AND DID THAT END UP HAPPENING?  DID A REPRESENTATIVE OR

02:41PM 19   REPRESENTATIVES FROM THERANOS COME AND SPEAK TO THE SOUTHWEST

02:41PM 20   CONTEMPORARY PRODUCT COMMITTEE?

02:42PM 21   A.   YES.

02:42PM 22   Q.   AND DID THAT HAPPEN AROUND THIS TIME, EARLY SUMMER 2014?

02:42PM 23   A.   YES.

02:42PM 24   Q.   AS PART OF YOUR ROLE ON THE PRODUCT COMMITTEE, I THINK YOU

02:42PM 25   USED THE TERM FILTERING OUT SOME OF THE PITCHES THAT WOULD COME

02:42PM   1    TO THE PRACTICES; IS THAT RIGHT?

02:42PM   2    A.   YES.

02:42PM   3    Q.   AND DID THAT ROLE INCLUDE A RESPONSIBILITY FOR EVALUATING

02:42PM   4    AND DECIDING ON WHICH OUTSIDE VENDORS THE PRODUCT WOULD WORK

02:42PM   5    WITH?

02:42PM   6    A.   YES.

02:42PM   7    Q.   AND WHAT WAS YOUR INDIVIDUAL ROLE IN THAT PROCESS?

02:42PM   8    A.   IN REGARDS TO THERANOS OR IN GENERAL?

02:42PM   9    Q.   HOW ABOUT IN GENERAL?

02:42PM   10   A.   MY ROLE WAS TO SET UP A MEETING THAT WAS LONGER, STILL

02:42PM   11   ONLY ABOUT 50 MINUTES LONG, BUT AS OPPOSED TO A BRIEF

02:42PM   12   INTRODUCTION, TO HAVE SOMETHING A LITTLE MORE FORMAL, TO

02:42PM   13   LISTEN, TAKE NOTES, OF COURSE ASK QUESTIONS, AND SEE IF I FELT

02:43PM   14   THAT ANYTHING THAT WAS BEING PRESENTED WOULD BE APPROPRIATE TO

02:43PM   15   THEN BRING TO A LARGER GROUP, AND THEN I WOULD -- OF ALL OF OUR

02:43PM   16   PROVIDERS IN THE PRACTICE, AND THEN I WOULD RELAY BACK MY

02:43PM   17   OPINION.

02:43PM   18   Q.   AND WHEN POTENTIAL VENDORS ARE PRESENTED TO THE PRACTICE

02:43PM   19   AS A WHOLE, HOW WOULD THE DECISION BE MADE ABOUT WHETHER THE

02:43PM   20   PRACTICE WOULD WORK WITH THAT VENDOR OR NOT?

02:43PM   21   A.   WE WOULD MEET AS A PRACTICE, ALL OF THE PROVIDERS WOULD,

02:43PM   22   AND WE WOULD KIND OF PASS AROUND THE NOTES THAT I WAS ABLE TO

02:43PM   23   TAKE FROM THE MEETING, I WOULD SPEAK ABOUT WHAT I WAS ABLE TO

02:43PM   24   LEARN, I WOULD GIVE MY OPINION, AND THEN WE WOULD KIND OF HAVE

02:43PM   25   A GROUP CONSENSUS AND VOTE ABOUT IT.

02:43PM  1    Q.   AND DID YOU GO THROUGH THAT PROCESS WITH REGARD TO

02:43PM  2    THERANOS?

02:43PM  3    A.   YES.

02:43PM  4    Q.   AND DID SOUTHWEST CONTEMPORARY END UP USING THERANOS FOR

02:43PM  5    BLOOD TESTING AFTER THAT?

02:43PM  6    A.   YES.

02:43PM  7    Q.   AND BASED ON HAVING GONE THROUGH THAT PROCESS, DO YOU HAVE

02:44PM  8    A SENSE OF WHAT FACTORS WERE IMPORTANT FOR SOUTHWEST IN

02:44PM  9    DECIDING ON WHETHER TO USE THERANOS OR NOT?

02:44PM  10   A.   YES.

02:44PM  11   Q.   AND WHAT WERE THOSE FACTORS?  WHAT MATTERED TO YOU AND THE

02:44PM  12   OTHER PRACTITIONERS?

02:44PM  13   A.   WHEN IT COMES TO LAB RESULTS, I THINK IT IS VERY IMPORTANT

02:44PM  14   TO KNOW THAT THE RESULTS ARE RELIABLE; THAT THEY ARE ACCESSIBLE

02:44PM  15   TO THE PATIENT, WHETHER IT BE FROM A LOCATION OR COST

02:44PM  16   STANDPOINT; THAT THEY'RE MINIMALLY INVASIVE, IF THAT'S

02:44PM  17   AVAILABLE; AND THAT THERE'S A QUICK TURN-AROUND TIME.  THAT WAS

02:44PM  18   IMPORTANT TO ME.

02:44PM  19   Q.   YOU MENTIONED RELIABILITY FIRST.

02:44PM  20        CAN YOU EXPLAIN WHAT YOU MEAN BY "RELIABILITY" IN THE

02:44PM  21   CONTEXT OF BLOOD TESTS?

02:44PM  22   A.   SURE.

02:44PM  23        SO FOR ME, RELIABILITY MEANS THAT THE RESULT THAT YOU'RE

02:44PM  24   GETTING BACK IS THAT YOU CAN INTERPRET FOR YOUR PATIENT AS

02:45PM  25   BEING TRUE, A TRUE REPRESENTATION OF THE PICTURE.

02:45PM 1    Q.   YOU ALSO MENTIONED PATIENT COMFORT, OR SOMETHING TO THAT

02:45PM 2    EFFECT?

02:45PM 3    A.   UH-HUH.

02:45PM 4    Q.   AND YOU ALSO TALKED ABOUT COST AND SPEED AND

02:45PM 5    ACCESSIBILITY; IS THAT RIGHT?

02:45PM 6    A.   YES.

02:45PM 7    Q.   DO YOU REMEMBER THE PITCH THAT THERANOS GAVE WHEN IT

02:45PM 8    VISITED YOUR PRACTICE IN SUMMER OF 2014?

02:45PM 9    A.   BRIEFLY.

02:45PM 10   Q.   DID THERANOS MENTION OR MAKE ANY CLAIMS RELEVANT TO THE

02:45PM 11   FACTORS WE'VE BEEN TALKING ABOUT?

02:45PM 12   A.   YES.

02:45PM 13       I REMEMBER THOSE POINTS BEING DIFFERENT THAN OTHER LABS

02:45PM 14   AND SPOKEN ABOUT IN REGARDS TO ONLY NEEDING A FINGERSTICK FOR

02:45PM 15   SOME LABS VERSUS A VENOUS PUNCTURE AND HAVING A VERY QUICK

02:45PM 16   TURN-AROUND TIME, WITHIN A DAY OR TWO, AND BEING COST

02:45PM 17   EFFECTIVE, AND TRANSPARENT IN THEIR COST TO THE PATIENT.

02:45PM 18   Q.   AND DO YOU REMEMBER THERANOS SAYING ANYTHING TO YOU IN THE

02:46PM 19   PRACTICE ABOUT THE ACCURACY OR THE RELIABILITY OF ITS TESTS?

02:46PM 20   A.   I REMEMBER NOT WONDERING IF IT WAS RELIABLE.  I DON'T

02:46PM 21   REMEMBER SPECIFIC DETAIL.

02:46PM 22   Q.   HOW ABOUT REGARDING HAVING A THERANOS PRESENCE IN THE

02:46PM 23   BUILDING?

02:46PM 24   A.   UH-HUH.

02:46PM 25   Q.   WHAT DO YOU RECALL ABOUT HOW THAT ARRANGEMENT WAS GOING TO

ZACHMAN DIRECT BY MR. BOSTIC

02:46PM  1    WORK?

02:46PM  2    A.  IT WAS AT A LOCATION OF SOUTHWEST THAT I DIDN'T WORK OUT

02:46PM  3    OF.

02:46PM  4        BUT THERE WAS A VACANT BUILDING RIGHT BELOW WHERE WE SAW

02:46PM  5    PATIENTS.  AND THE -- YOU KNOW, THE PRACTICE WAS EXCITED ABOUT

02:46PM  6    THAT, ABOUT BEING ABLE TO SEND PATIENTS JUST RIGHT DOWNSTAIRS

02:46PM  7    TO HAVE THEIR BLOOD WORK DONE.

02:46PM  8    Q.  AND DID THAT END UP MATERIALIZING?

02:46PM  9    A.  YES.

02:46PM  10   Q.  FOLLOWING THE PROCESS WITH THE PRODUCT COMMITTEE, THE

02:47PM  11   PRACTICE STARTED REFERRING PATIENTS TO THERANOS FOR PATIENT

02:47PM  12   TESTING?

02:47PM  13   A.  YES.

02:47PM  14   Q.  AND DID YOU PERSONALLY REFER SOME OF YOUR PATIENTS TO

02:47PM  15   THERANOS FOR PATIENT TESTING?

02:47PM  16   A.  YES.

02:47PM  17   Q.  DURING YOUR TREATMENT DURING THAT TIME PERIOD, DID YOU SEE

02:47PM  18   A PATIENT NAMED BRITTANY GOULD?

02:47PM  19   A.  I DID.

02:47PM  20   Q.  AND WHEN DID MS. GOULD BECOME A PATIENT OF YOURS, IF YOU

02:47PM  21   REMEMBER?

02:47PM  22   A.  IN 2014.

02:47PM  23   Q.  AND HOW DID SHE INITIALLY PRESENT?  WHAT BROUGHT HER TO

02:47PM  24   YOU?

02:47PM  25   A.  FOR A ROUTINE EXAM, FOR A WELL WOMAN VISIT.

02:47PM 1  Q.  WAS SHE PREGNANT AT THE TIME THAT YOU FIRST SAW MS. GOULD?

02:47PM 2  A.  NO.

02:47PM 3  Q.  AT SOME POINT IN 2014, DID MS. GOULD BECOME PREGNANT?

02:47PM 4  A.  YES.

02:47PM 5  Q.  AND DID YOU SEE HER FOR AN EXAMINATION SHORTLY AFTER THAT?

02:47PM 6  A.  YES.

02:47PM 7  Q.  CAN YOU PLACE US IN TIME?  DO YOU REMEMBER APPROXIMATELY

02:47PM 8  WHEN IN 2014 YOU FIRST STARTED SEEING MS. GOULD AS A PATIENT

02:48PM 9  WHO WAS EXPECTING?

02:48PM 10  A.  I BELIEVE I SAW HER IN THE SUMMER OF 2014 AND MORE OF JULY

02:48PM 11  TIMEFRAME, KIND OF MID-SUMMER, AND THEN THAT PREGNANCY DID NOT

02:48PM 12  RESULT IN A VIABLE PREGNANCY.  AND I SAW HER AGAIN FOR A

02:48PM 13  SUBSEQUENT PREGNANCY IN LATE SEPTEMBER.

02:48PM 14  Q.  SO IN THE LATE SEPTEMBER TIME PERIOD WHEN MS. GOULD FIRST

02:48PM 15  SAW YOU IN CONNECTION WITH THAT PREGNANCY, DID YOU HAVE A SENSE

02:48PM 16  IN THAT FIRST VISIT AS TO HOW LONG THE PREGNANCY WAS?

02:48PM 17  A.  VERY EARLY.  SHE HAD HAD PREVIOUS PREGNANCY LOSSES.  AND

02:48PM 18  SO WHEN SHE ARRIVED FOR THAT PREGNANCY, IT WAS A LITTLE BIT

02:48PM 19  EARLIER THAN MOST TEND TO COME IN.

02:48PM 20  Q.  FROM YOUR STANDPOINT AS A TREATING PHYSICIAN, WHAT WERE

02:48PM 21  THE NEXT STEPS, IN YOUR MIND, FOR TREATING THIS PREGNANT

02:48PM 22  PATIENT?

02:48PM 23  A.  BEING THAT SHE WAS VERY EARLY ALONG, WE WEREN'T ABLE TO

02:49PM 24  SEE AN ULTRASOUND YET.  WE DIDN'T TRY TO DO AN ULTRASOUND.  WE

02:49PM 25  KNEW WE COULDN'T SEE ANYTHING ON THE ULTRASOUND AT THAT TIME.

02:49PM 1      SO THE NEXT STEP IN PROVIDING CARE IN SOMEONE IN EARLY

02:49PM 2  PREGNANCY, IS TO DRAW BLOOD WORK.

02:49PM 3  Q.   AND IN DRAWING THE BLOOD WORK, WAS THERE A PARTICULAR TEST

02:49PM 4  THAT YOU WERE INTENDING TO HAVE RUN?

02:49PM 5  A.   THERE IS.  THERE'S AN HCG.

02:49PM 6  Q.   AND WHAT IS HCG?  CAN YOU GIVE US A HIGH LEVEL VIEW?

02:49PM 7  A.   SURE.  IT'S A HORMONE THAT IS SECRETED IN EARLY PREGNANCY

02:49PM 8  THAT WE CAN TREND TO PROVIDE REASSURANCE OR INSIGHT AS TO HOW

02:49PM 9  THE PREGNANCY IS GOING.

02:49PM 10  Q.   AND IN CONNECTION WITH MS. GOULD, DID YOU ORDER OR REVIEW

02:50PM 11  A SERIES OF HCG TESTS FOR HER IN SEPTEMBER AND OCTOBER OF 2014?

02:50PM 12  A.   I DID.

02:50PM 13  Q.   IF I CAN ASK YOU TO LOOK IN YOUR BINDER AT TAB 5410.

02:50PM 14  A.   YES.

02:50PM 15  Q.   AT 5410, DO YOU SEE A LAB REPORT FOR AN HCG TEST FOR

02:50PM 16  MS. GOULD DATED SEPTEMBER 30TH, 2014?

02:50PM 17  A.   I DO.

02:50PM 18      MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5410.

02:50PM 19      MS. MCDOWELL:  NO OBJECTION.

02:50PM 20      THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:50PM 21  (GOVERNMENT'S EXHIBIT 5410 WAS RECEIVED IN EVIDENCE.)

02:50PM 22  BY MR. BOSTIC:

02:50PM 23  Q.   SO, DR. ZACHMAN, ARE WE NOW LOOKING AT A LAB REPORT FROM A

02:50PM 24  BLOOD TESTING LAB CALLED QUEST DIAGNOSTICS FOR MS. GOULD?

02:50PM 25  A.   YES.

02:50PM  1    Q.   AND DO WE SEE HERE THAT THE HCG LEVEL IS REPORTED HERE AS

02:51PM  2    BEING 1005?

02:51PM  3    A.   YES.

02:51PM  4    Q.   OKAY.  IF I COULD ASK YOU TO LOOK NEXT AT TAB 20044.

02:51PM  5         AND AT TAB 20044, DO YOU SEE ANOTHER LAB REPORT FOR

02:51PM  6    MS. GOULD, AT THIS TIME FROM THERANOS, AND DATED FROM A VISIT

02:51PM  7    OF OCTOBER 2ND, 2014?

02:51PM  8    A.   YES.

02:51PM  9              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2044.

02:51PM 10              MS. MCDOWELL:  NO OBJECTION.

02:51PM 11              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:51PM 12         (GOVERNMENT'S EXHIBIT 2044 WAS RECEIVED IN EVIDENCE.)

02:51PM 13    BY MR. BOSTIC:

02:51PM 14    Q.   SO, DR. ZACHMAN, WE SEE HERE ON THE FIRST PAGE THE RESULTS

02:51PM 15    FROM A VISIT ON OCTOBER 2ND, AS WE'VE SAID.

02:51PM 16         DO YOU SEE THAT?

02:52PM 17    A.   I DO.

02:52PM 18    Q.   AND THIS TIME THERE'S A LABEL.  IT SAYS CHORIOGONADOTROPIN

02:52PM 19    ON THE LEFT SIDE.

02:52PM 20         DO YOU SEE THAT?

02:52PM 21    A.   YES.

02:52PM 22    Q.   AND IS THAT THE SAME THING AS HCG?

02:52PM 23    A.   YES.

02:52PM 24    Q.   AND THE REPORT VALUE IS 12,558.

02:52PM 25         IS THAT RIGHT?

02:52PM  1      A.   YES.

02:52PM  2      Q.   AND LET'S LOOK AT PAGE 2 OF THIS EXHIBIT.  AND DO YOU SEE

02:55PM  3      NOW THAT WE'RE LOOKING AT A RESULT FROM REVISIT TWO DAYS LATER,

02:55PM  4      ON OCTOBER 4TH, 2014?

02:55PM  5      A.   YES.

02:55PM  6      Q.   AND THIS IS ALSO FROM THERANOS; CORRECT?

02:55PM  7      A.   CORRECT.

02:55PM  8      Q.   AND THE RESULT REPORTED ON THIS DATE IS 125.58 FOR HCG?

02:55PM  9      A.   YES.

02:55PM  10     Q.   OKAY.  NEXT, LET'S LOOK AT TAB 3305.

02:55PM  11          AT 3305, DO YOU SEE WE'RE LOOKING AT ANOTHER RESULT FOR

02:55PM  12     MS. GOULD FROM QUEST DIAGNOSTICS AGAIN, AND THIS ONE IS DATED

02:55PM  13     OCTOBER 6TH, 2014?

02:55PM  14     A.   YES.

02:55PM  15              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS 3305.

02:55PM  16              MS. MCDOWELL:  NO OBJECTION.

02:55PM  17              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:55PM  18          (GOVERNMENT'S EXHIBIT 3305 WAS RECEIVED IN EVIDENCE.)

02:55PM  19     BY MR. BOSTIC:

02:55PM  20     Q.   AND, DR. ZACHMAN, DO WE SEE HERE THE RESULTS FROM THIS

02:55PM  21     OCTOBER 6TH DRAW, SO TWO DAYS LATER, IS BACK UP TO A LEVEL

02:55PM  22     OF -- LET'S SEE.  CAN I READ THAT?

02:55PM  23     A.   I THINK IT'S 9,559.

02:55PM  24     Q.   THAT LOOKS RIGHT.  THANK YOU.

02:55PM  25     A.   YES.

02:55PM   1    Q.   SO THAT WAS THE HCG VALUE ON THAT DATE?

02:55PM   2    A.   YES.

02:55PM   3    Q.   FINALLY, LET'S LOOK AT 5411.  AND AT 5411, ARE WE LOOKING

02:55PM   4    AT YET ANOTHER RESULT FROM MS. GOULD FROM THE QUEST DIAGNOSTICS

02:55PM   5    TESTING LAB FROM A DRAW ON OCTOBER 8TH, 2014?

02:55PM   6    A.   YES.

02:55PM   7              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5411.

02:55PM   8              MS. MCDOWELL:  NO OBJECTION.

02:55PM   9              THE COURT:  IT'S ADMITTED.

02:55PM   10        IT MAY BE PUBLISHED.

02:55PM   11        (GOVERNMENT'S EXHIBIT 5411 WAS RECEIVED IN EVIDENCE.)

02:55PM   12   BY MR. BOSTIC:

02:55PM   13   Q.   SO HERE WE'RE LOOKING AT RESULTS FROM OCTOBER 8TH, TWO

02:55PM   14   DAYS AFTER THE PREVIOUS DRAW; IS THAT CORRECT?

02:55PM   15   A.   YES.

02:55PM   16   Q.   AND THE TOTAL IS 17,716 FOR HCG; IS THAT RIGHT?

02:55PM   17   A.   YES.

02:55PM   18   Q.   WHAT WAS THE ULTIMATE OUTCOME OF MS. GOULD'S PREGNANCY

02:55PM   19   THAT BEGAN IN SEPTEMBER OF 2014?

02:55PM   20   A.   SHE HAD A SUCCESSFUL VIABLE PREGNANCY AND DELIVERY.

02:55PM   21   Q.   I'D LIKE TO ASK YOU SOME QUESTIONS YOUR INTERPRETATION AND

02:55PM   22   THE CONCLUSIONS THAT YOU DREW FROM THE BLOOD TESTS RESULTS THAT

02:55PM   23   WE JUST LOOKED AT.

02:55PM   24   A.   OKAY.

02:55PM   25   Q.   BUT FIRST LET ME ASK YOU SOME MORE QUESTIONS ABOUT YOUR

ZACHMAN DIRECT BY MR. BOSTIC

02:55PM 1    BACKGROUND.

02:55PM 2    A.   OKAY.

02:55PM 3    Q.   CAN YOU SUMMARIZE FOR US YOUR EDUCATION BEGINNING WITH

02:55PM 4    COLLEGE?

02:55PM 5    A.   SURE.

02:55PM 6         I GOT MY BACHELOR OF NURSING DEGREE AT ASU IN ARIZONA;

02:55PM 7    THEN I PROCEEDED TO WORK AS A NURSE IN LABOR AND DELIVERY AND

02:55PM 8    ANTEPARTUM AND POSTPARTUM UNITS.

02:55PM 9         AND THEN I WENT ON TO GET MY DOCTOR OF NURSING PRACTICE

02:55PM 10   SPECIALIZING IN WOMEN'S HEALTH.

02:55PM 11   Q.   AND FOLLOWING OBTAINING DEGREES, CAN YOU GIVE US AN

02:55PM 12   OVERVIEW OF YOUR WORK EXPERIENCE?

02:55PM 13   A.   UH-HUH.

02:55PM 14        I WORKED AS A NURSE IN WOMEN AND INFANT SERVICES, LIKE I

02:55PM 15   JUST SAID; AND THEN AS A NURSE PRACTITIONER I WORKED AT

02:55PM 16   SOUTHWEST CONTEMPORARY WOMEN'S CARE AS A PRACTITIONER FOR EIGHT

02:55PM 17   YEARS BEFORE MY ROLE AT MY CURRENT COMPANY.

02:55PM 18   Q.   DID YOU, AS PART OF YOUR TRAINING, DID YOU PARTICIPATE IN

02:55PM 19   AN INTERNSHIP?

02:55PM 20   A.   YES.  I DID MY INTERNSHIP AT SOUTHWEST CONTEMPORARY WHILE

02:55PM 21   I WAS GETTING MY DEGREE.

02:55PM 22   Q.   UNDERSTOOD.

02:55PM 23        HAVE YOU MENTIONED YOUR CLINICAL RESIDENCY?  DID YOU GO

02:55PM 24   THROUGH ONE OF THOSE?

02:55PM 25   A.   YES.  SO THAT WAS ALSO HERE, AND THEN I IMPLEMENTED MY

02:55PM  1    DISSERTATION AND PROJECT STILL AT SOUTHWEST CONTEMPORARY

02:56PM  2    WOMEN'S CARE.

02:56PM  3    Q.   AND IN CONNECTION WITH YOUR WORK AS A NURSE PRACTITIONER,

02:56PM  4    DO YOU HOLD PROFESSIONAL LICENSES OR CERTIFICATIONS?

02:56PM  5    A.   I DO.

02:56PM  6    Q.   AND DO THOSE COME WITH REQUIREMENTS FOR CONTINUING

02:56PM  7    EDUCATION TO BE RECERTIFIED?

02:56PM  8    A.   THEY DO.

02:56PM  9    Q.   AND ARE THOSE LICENSES CURRENT?

02:56PM  10   A.   THEY ARE.

02:56PM  11   Q.   AND WERE THEY CURRENT IN 2014 AS WELL?

02:56PM  12   A.   THEY WERE.

02:56PM  13   Q.   I'D LIKE TO TALK SPECIFICALLY ABOUT YOUR KNOWLEDGE AND

02:56PM  14   TRAINING WHEN IT COMES TO HCG.

02:56PM  15        DID YOU RECEIVE ANY EDUCATION WHILE YOU WERE OBTAINING

02:56PM  16   YOUR DEGREES ON INTERPRETING HCG RESULTS?

02:56PM  17   A.   I DID.

02:56PM  18   Q.   CAN YOU DESCRIBE THAT BRIEFLY?

02:56PM  19   A.   SURE.

02:56PM  20        AS A ROUTINE PART OF MY EDUCATION, OR ANYONE I WOULD THINK

02:56PM  21   WHO IS SPECIALIZING IN WOMEN'S HEALTH, YOU LEARN ABOUT HCG, HOW

02:56PM  22   IT'S PRODUCED, AND WHAT YOU EXPECT THE TRENDS TO BE IN A

02:57PM  23   PREGNANT PATIENT.

02:57PM  24   Q.   SO THAT WAS PART OF YOUR FORMAL EDUCATION.

02:57PM  25        HOW ABOUT AFTER YOU OBTAINED YOUR DEGREES, DID YOU GAIN

ZACHMAN DIRECT BY MR. BOSTIC

02:57PM 1    MORE EXPERIENCE IN INTERPRETING HCG RESULTS?

02:57PM 2    A.   YES, IT'S A COMMON USED RESULT.

02:57PM 3    Q.   I'D LIKE TO GET AN IDEA OF THE VOLUME OF EXPERIENCE YOU'VE

02:57PM 4    HAD WITH HCG RESULTS.

02:57PM 5         I THINK YOU TESTIFIED PREVIOUSLY THAT YOU AVERAGED ABOUT

02:57PM 6    20 PATIENTS PER DAY DURING ACTIVE PRACTICE; IS THAT RIGHT?

02:57PM 7    A.   YES.

02:57PM 8    Q.   AND WAS THAT THE CASE THROUGHOUT MOST OF YOUR CAREER AS A

02:57PM 9    NURSE PRACTITIONER?

02:57PM 10   A.   YES.

02:57PM 11   Q.   CAN YOU ESTIMATE FOR US ABOUT HOW MANY HCG TESTS YOU WOULD

02:57PM 12   REVIEW, WHETHER IT'S YEARLY OR WEEKLY?  HOWEVER IT'S EASIEST

02:57PM 13   FOR YOU.

02:57PM 14   A.   I WOULD GUESSTIMATE THAT MAYBE 5 PER DAY WOULD BE A NORMAL

02:57PM 15   VOLUME TO INTERPRET, SO 25 A WEEK.

02:57PM 16   Q.   SO 25 PER WEEK.

02:57PM 17        GIVEN THE LENGTH OF YOUR CAREER, CAN YOU ESTIMATE THEN

02:58PM 18   APPROXIMATELY HOW MANY TOTAL HCG TESTS YOU'VE REVIEWED?  AND

02:58PM 19   AGAIN, JUST AT A VERY GENERAL LEVEL.

02:58PM 20   A.   YES.  I WOULDN'T SAY SPECIFICALLY BECAUSE I DON'T HAVE A

02:58PM 21   CALCULATOR, BUT I WOULD SAY OVER A THOUSAND.

02:58PM 22   Q.   AND OVER THE COURSE OF YOUR CAREER IN REVIEWING THAT

02:58PM 23   THOUSAND-PLUS HCG TESTS, IN EACH OF THOSE CASES, DID THE RESULT

02:58PM 24   COME FROM AN OUTSIDE LAB BASED ON THE BLOOD DRAW OF A PATIENT?

02:58PM 25   A.   YES.

02:58PM 1        MR. BOSTIC:  YOUR HONOR, AT THIS TIME WE OFFER

02:58PM 2  DR. ZACHMAN AS AN EXPERT IN THE AREA OF INTERPRETING HUMAN

02:58PM 3  CHORIOGONADOTROPIN, OR HCG, TEST RESULTS.

02:58PM 4        THE COURT:  COUNSEL?

02:58PM 5        MS. MCDOWELL:  NO OBJECTION.

02:58PM 6        THE COURT:  ALL RIGHT.  THANK YOU.

02:58PM 7     THIS WITNESS THEN WILL BE PERMITTED TO TESTIFY PURSUANT TO

02:58PM 8  FEDERAL RULE OF EVIDENCE 702 AS AN EXPERT IN HCG AND MATTERS

02:59PM 9  RELATED TO IT.

02:59PM 10    LADIES AND GENTLEMEN, YOU WILL RECEIVE A FINAL INSTRUCTION

02:59PM 11 AS TO HOW YOU MAY TREAT THIS TESTIMONY AND THIS EVIDENCE.

02:59PM 12 THANK YOU.

02:59PM 13    YOU CAN PROCEED.

02:59PM 14        MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:59PM 15 Q.   DR. ZACHMAN, IS HCG CATEGORIZED AS A QUALITATIVE OR

02:59PM 16 QUANTITATIVE TEST?

02:59PM 17 A.   THERE'S BOTH.

02:59PM 18 Q.   AND WHEN IT COMES TO THE QUANTITATIVE VARIETY OF HCG

02:59PM 19 TESTING, HOW DO TREATING PHYSICIANS USE THE NUMBERS THAT THEY

02:59PM 20 GET BACK?

02:59PM 21 A.   WE UTILIZE IT -- IT COMES BACK AS A VALUE, AND LESS THAN 5

02:59PM 22 IS CONSIDERED A NONPREGNANT PATIENT AND GREATER THAN 5 IS

02:59PM 23 CONSIDERED PREGNANT, KIND OF AN OVERARCHING VIEW OF WHAT THAT

02:59PM 24 COULD MEAN, AND THEN WE REPEAT THAT LAB.  A SINGLE VALUE ISN'T

02:59PM 25 VERY TELLING IN A POSITIVE STATUS.  IT'S MORE WHAT HAPPENS

ZACHMAN DIRECT BY MR. BOSTIC

02:59PM 1    AFTER THAT, WHERE DOES IT TREND.

02:59PM 2    Q.   SO IN THE CASE THEN OF A HEALTHY AND VIABLE PREGNANCY,

03:00PM 3    WHAT KIND OF TREND ARE YOU EXPECTING TO OBSERVE?

03:00PM 4    A.   IN EARLY PREGNANCY YOU'RE EXPECTING IT TO DOUBLE ABOUT

03:00PM 5    EVERY 48 HOURS.

03:00PM 6    Q.   AND IF YOU DID NOT SEE THAT DOUBLING, WHAT IS THAT A SIGN

03:00PM 7    OF TO YOU AS A TREATING PHYSICIAN OR A TREATING NURSE

03:00PM 8    PRACTITIONER?

03:00PM 9    A.   IT CAN BE A SIGN OF A THREATENED PREGNANCY, MAYBE A

03:00PM 10   MISPLACED PREGNANCY, SOMETHING LIKE AN ECTOPIC PREGNANCY OR

03:00PM 11   PERHAPS A PREGNANCY THAT IS PERHAPS MORE THAN THREATENED AND IS

03:00PM 12   A MISCARRIAGE.

03:00PM 13   Q.   I'D LIKE TO TALK TO YOU ABOUT THE SPECIFIC RESULTS THAT

03:00PM 14   BRITTANY GOULD OBTAINED BOTH FROM THERANOS AND FROM THE

03:00PM 15   CONVENTIONAL LAB.

03:00PM 16        AND IF YOU LOOK AT THE FIRST TAB IN YOUR BINDER, THERE'S A

03:00PM 17   TAB LABELLED DEMONSTRATIVE.

03:00PM 18        DO YOU SEE THAT?

03:00PM 19   A.   I DO.

03:00PM 20   Q.   AND DOES THAT ACCURATELY REFLECT THE SERIES OF TEST

03:00PM 21   RESULTS THAT MS. GOULD OBTAINED, INCLUDING THE DATES?

03:01PM 22   A.   IT DOES.

03:01PM 23        MR. BOSTIC:  YOUR HONOR, I'D LIKE TO DISPLAY THIS TO

03:01PM 24   THE JURY AS A DEMONSTRATIVE.

03:01PM 25        THE COURT:  ANY OBJECTION, COUNSEL?

ZACHMAN DIRECT BY MR. BOSTIC                                    5782

03:01PM   1            MS. MCDOWELL:  NO OBJECTION.

03:01PM   2            THE COURT:  ALL RIGHT.  THIS WILL BE DISPLAYED AS A

03:01PM   3   DEMONSTRATIVE, LADIES AND GENTLEMEN.

03:01PM   4       IT WILL NOT BE INTRODUCED INTO EVIDENCE, BUT IT'S ADMITTED

03:01PM   5   AND DISPLAYED TO YOU TO EXPLAIN TESTIMONY.

03:01PM   6            AND YOU CAN DISPLAY THAT NOW.

03:01PM   7            MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:01PM   8   Q.  OKAY.  DR. ZACHMAN, DO WE SEE NOW THE SERIES OF RESULTS

03:01PM   9   THAT BRITTANY GOULD OBTAINED FROM THESE TWO LABS?

03:01PM  10   A.  YES.

03:01PM  11   Q.  I'D LIKE TO START WITH THE FIRST ONE.  THAT'S A VALUE OF

03:01PM  12   1,005 ON SEPTEMBER 30TH.

03:01PM  13       DO YOU SEE THAT?

03:01PM  14   A.  YES.

03:01PM  15   Q.  AND WHAT WOULD THAT VALUE OR WHAT DID THAT VALUE SIGNAL TO

03:01PM  16   YOU AS HER TREATING MEDICAL PROFESSIONAL?

03:01PM  17   A.  THAT SHE WAS PREGNANT.

03:01PM  18   Q.  MOVING ON TO THE NEXT VALUE.  THAT'S TWO DAYS LATER;

03:01PM  19   CORRECT?  AND THIS ONE IS FROM THERANOS?

03:01PM  20   A.  YES.

03:01PM  21   Q.  AND THAT VALUE JUMPS UP TO 12,558; IS THAT RIGHT?

03:02PM  22   A.  YES.

03:02PM  23   Q.  AND CAN YOU REMIND US WHAT YOU WOULD HAVE EXPECTED TO SEE

03:02PM  24   IN A NORMAL HEALTHY PREGNANCY OVER THIS TWO-DAY PERIOD?

03:02PM  25   A.  YES.  WE OFTEN SEE ABOUT A DOUBLE, SO MAYBE SOMETHING

ZACHMAN DIRECT BY MR. BOSTIC

03:02PM 1    AROUND 2,000 WOULD HAVE BEEN MORE APPROPRIATE OR ANTICIPATED.

03:02PM 2    Q.   ON ITS OWN, WAS THIS MUCH HIGHER RESULT ANY CAUSE FOR

03:02PM 3    CONCERN FOR YOU AT THE TIME?

03:02PM 4    A.   YES.

03:02PM 5    Q.   AND WHY IS THAT?

03:02PM 6    A.   IT'S UNEXPLAINABLE MEDICALLY.

03:02PM 7    Q.   MOVING ON.  ANOTHER TWO DAYS FORWARD IN TIME.  LOOKING AT

03:02PM 8    THE RESULT FROM OCTOBER 4TH, THE NUMBER AGAIN FROM THERANOS

03:02PM 9    FALLS BACK DOWN TO ABOUT 125.

03:02PM 10   DO YOU SEE THAT?

03:02PM 11   A.   YES.

03:02PM 12   Q.   WHAT WOULD THAT KIND OF DROP SIGNAL TO YOU AS A NURSE

03:02PM 13   PRACTITIONER TREATING THE PREGNANT PATIENT, AGAIN, THE DROP

03:02PM 14   FROM ABOUT 12,000 DOWN TO 125?

03:03PM 15   A.   IT SIGNIFIES EITHER A THREATENED PREGNANCY OR A LOSS OF A

03:03PM 16   PREGNANCY.

03:03PM 17   Q.   AND IS THAT KIND OF DROP POSSIBLY CONSISTENT WITH A

03:03PM 18   HEALTHY AND VIABLE PREGNANCY?

03:03PM 19   A.   NO.

03:03PM 20   Q.   IN YOUR EXPERIENCE AS A NURSE PRACTITIONER, HAVE YOU EVER

03:03PM 21   SEEN A HEALTHY VIABLE PREGNANCY THAT EXHIBITED THIS KIND OF

03:03PM 22   DRAMATIC DROP IN HCG LEVELS OVER A TWO DAY PERIOD?

03:03PM 23   A.   NO.

03:03PM 24   Q.   WE NOW SWITCH BACK TO THE CONVENTIONAL LABS, SONORAQUEST,

03:03PM 25   FOR THE OCTOBER 6TH RESULT.

03:03PM   1          DO YOU SEE THAT?

03:03PM   2    A.   YES.

03:03PM   3    Q.   AND THE RESULT ON THAT DAY WAS 9,559; IS THAT CORRECT?

03:03PM   4    A.   YES.

03:03PM   5    Q.   AND SO WE'VE NOW JUMPED BACK UP FROM 125 TO ALMOST 10,000;

03:03PM   6    IS THAT RIGHT?

03:03PM   7    A.   YES.

03:03PM   8    Q.   AND WHEN YOU RECEIVED THAT RESULT, WHAT WERE YOU THINKING

03:03PM   9    ABOUT THE STATUS OF MS. GOULD'S PREGNANCY?

03:03PM  10    A.   IT WAS A LITTLE BIT CONFUSING.

03:04PM  11    Q.   EXPLAIN WHY, WHY WERE THESE SEQUENCE OF NUMBERS CONFUSING?

03:04PM  12    A.   WELL, YOU WOULDN'T -- IT BRINGS INTO QUESTION WHICH ONE OF

03:04PM  13    THESE RESULTS TO BELIEVE.

03:04PM  14          IF 125 WAS THE TRUE VALUE, IF IT WAS A HEALTHY PREGNANCY,

03:04PM  15    IT'S NOT GOING TO DOUBLE.  YOU KNOW, ALMOST 9,000 IS MORE THAN

03:04PM  16    DOUBLE.

03:04PM  17          IF IT'S A LOSS OF A PREGNANCY, IT SHOULDN'T GO UP.  SO IT

03:04PM  18    JUST DIDN'T FIT THE PICTURE.

03:04PM  19    Q.   AND THEN FINALLY, ON OCTOBER 8TH SONORAQUEST, THE

03:04PM  20    CONVENTIONAL LAB, RETURNED THE RESULT OF 17,716.

03:04PM  21          DO YOU SEE THAT?

03:04PM  22    A.   YES.

03:04PM  23    Q.   BETWEEN THE 6TH AND THE 8TH, WAS THAT KIND OF JUMP

03:04PM  24    SIGNIFICANT TO YOU AS SOMEONE TRYING TO DETERMINE THE STATUS OF

03:04PM  25    THE PREGNANCY?

03:04PM   1    A.   SURE.  THAT IS A REASSURING SIGN TO SEE AS IT IS.  IT'S

03:04PM   2    ABOUT DOUBLE IN 48 HOURS.

03:05PM   3    Q.   LOOKING AT THIS OVERALL SEQUENCE OF RESULTS --

03:05PM   4    A.   UH-HUH.

03:05PM   5    Q.   I WANT TO ASK YOU TO SET ASIDE THE THERANOS RESULTS FOR A

03:05PM   6    SECOND --

03:05PM   7    A.   UH-HUH.

03:05PM   8    Q.   -- AND LOOK ONLY AT THE THREE SONORAQUEST RESULTS, AND

03:05PM   9    TELL ME IF, IN YOUR VIEW, THOSE THREE RESULTS ARE CONSISTENT,

03:05PM  10    IF THEY MAKE SENSE TOGETHER AS SIGNIFYING A VIABLE PREGNANCY?

03:05PM  11    A.   THEY DO.

03:05PM  12    Q.   AND CAN YOU EXPLAIN WHY THAT'S THE CASE?

03:05PM  13    A.   SURE.

03:05PM  14         SO YOU WOULD ANTICIPATE THE TREND TO GO EVERY 48 HOURS

03:05PM  15    LIKE THIS, A THOUSAND TO 2-ISH THOUSAND TO 4,000 OR 4500, AND

03:05PM  16    THEN TO 9,000, AND DOUBLE THAT ABOUT 17-, 18,000.

03:05PM  17    Q.   AND SO IF THE THERANOS RESULTS WERE NOT IN THE PICTURE, IN

03:05PM  18    OTHER WORDS, YOU WOULD BE LOOKING AT TESTS CONSISTENT WITH A

03:05PM  19    HEALTHY PREGNANCY?

03:05PM  20    A.   YES.

03:05PM  21    Q.   LOOKING AT THE THERANOS RESULTS, HOWEVER, AND THAT'S BOTH

03:05PM  22    FOR OCTOBER 2ND AND OCTOBER 4TH RESULTS, DID YOU REACH A

03:06PM  23    CONCLUSION ABOUT THE ACCURACY OF THE THERANOS TEST RESULTS?

03:06PM  24    A.   I FELT THAT THEY WERE INACCURATE.

03:06PM  25    Q.   AND WHAT MADE YOU THINK THAT?  OR WHAT LED YOU TO THAT

03:06PM   1    CONCLUSION?

03:06PM   2    A.   THAT THEY WERE NOT NEAR THE ANTICIPATED VALUES.  I HAD --

03:06PM   3    WITH THE DROP, THE 125 DROP, I HAD CONTACTED BRITTANY TO SEE IF

03:06PM   4    SHE WAS EXPERIENCING SIGNS OF A MISCARRIAGE, AND SHE WAS NOT.

03:06PM   5    IT BROUGHT A LOT INTO THE QUESTION ABOUT THE VALIDITY.

03:06PM   6    Q.   IN YOUR OPINION AS A MEDICAL PROFESSIONAL, GIVEN THAT

03:06PM   7    MS. GOULD'S PREGNANCY WAS ULTIMATELY HEALTHY AND DELIVERED AT

03:06PM   8    TERM, COULD BOTH OF THESE THERANOS RESULTS HAVE ACCURATELY

03:06PM   9    REFLECTED THE TRUE HCG LEVELS IN HER BLOOD AT THE TIME?

03:06PM  10    A.   NO.

03:06PM  11    Q.   AND DID YOU REACH THAT CONCLUSION, APPLYING THE SAME

03:07PM  12    SCIENTIFIC PRINCIPLES THAT YOU APPLY -- DID YOU REACH THAT

03:07PM  13    CONCLUSION, APPLYING THE SAME SCIENTIFIC PRINCIPLES THAT YOU

03:07PM  14    USE IN YOUR DAY-TO-DAY PRACTICE?

03:07PM  15    A.   YES.

03:07PM  16    Q.   LET ME ASK YOU TO -- ONE MORE VERSION OF THIS QUESTION.

03:07PM  17    IF YOU IGNORE THE OCTOBER 4TH, 2014 RESULTS --

03:07PM  18    A.   YES.

03:07PM  19    Q.   -- AND LOOK AT THE DROP FROM ABOUT 12,558 TO 9,559, IF YOU

03:07PM  20    JUST LOOK AT THE OCTOBER 2ND AND OCTOBER 6TH RESULTS, AND IF

03:07PM  21    YOU SEE A DROP FROM ABOUT 12,000 DOWN TO 9,000 OVER 4 DAYS,

03:07PM  22    WHAT WOULD THAT SIGNIFY TO YOU ABOUT THE STATUS OF THE

03:07PM  23    PREGNANCY?

03:07PM  24    A.   IT WOULD BE CONSIDERED A THREATENED PREGNANCY.

03:08PM  25    Q.   WOULD A DROP LIKE THAT EVER BE CONSISTENT WITH A HEALTHY

03:08PM   1    PREGNANCY THAT ENDED UP RESULTING IN A DELIVERY?

03:08PM   2    A.   NO.

03:08PM   3    Q.   OF THE THOUSAND-PLUS HCG TESTS THAT YOU'VE REVIEWED OVER

03:08PM   4    THE COURSE OF YOUR CAREER TREATING PATIENTS, HAVE YOU EVER

03:08PM   5    ENCOUNTERED PROBLEMS LIKE WHAT YOU SAW WITH THE THERANOS TEST

03:08PM   6    RESULTS FOR HCG?

03:08PM   7    A.   NO.

03:08PM   8    Q.   LET ME ASK YOU A FEW MORE FACTUAL QUESTIONS ABOUT THE

03:08PM   9    EVENTS THAT CAME AFTER THESE RESULTS.

03:08PM  10        AFTER YOU RECEIVED THESE TEST RESULTS, DID YOU HAVE

03:08PM  11    CONVERSATIONS WITH ANYONE AT THERANOS?

03:08PM  12    A.   I DID.

03:08PM  13    Q.   AND WHAT WAS THE PURPOSE OF THOSE CONVERSATIONS?

03:08PM  14    A.   TO LOOK FOR AN EXPLANATION OF, OF WHAT THESE RESULTS

03:08PM  15    SHOULD HAVE BEEN.

03:08PM  16    Q.   AND IF I COULD ASK YOU TO TURN IN YOUR BINDER TO TAB 5184.

03:09PM  17        COULD YOU SEE AT 5184 THERE'S AN EMAIL CHAIN INTERNALLY AT

03:09PM  18    THERANOS RELATING TO TEST RESULTS, INCLUDING THOSE OF

03:09PM  19    MS. GOULD?

03:09PM  20    A.   YES.

03:09PM  21             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5184.

03:09PM  22             MS. MCDOWELL:  802 AND FOUNDATION.

03:09PM  23             THE COURT:  MR. BOSTIC.

03:09PM  24             MR. BOSTIC:  I THINK THE FOUNDATION HAS BEEN LAID

03:09PM  25    THROUGH OTHER WITNESSES FOR THIS AS A BUSINESS RECORD.

03:09PM   1        I'LL ALSO POINT OUT THAT MR. BALWANI IS ON THESE EMAILS,

03:09PM   2   SO THEY'RE RELEVANT FOR NOTICE.

03:09PM   3            THE COURT:  IS THIS AN 803(6) PURPOSE?

03:09PM   4            MR. BOSTIC:  YES, YOUR HONOR.

03:09PM   5            THE COURT:  THANK YOU.  THE OBJECTION IS OVERRULED.

03:09PM   6   THIS WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

03:09PM   7        (GOVERNMENT'S EXHIBIT 5184 WAS RECEIVED IN EVIDENCE.)

03:09PM   8   BY MR. BOSTIC:

03:09PM   9   Q.   LET'S LOOK FIRST AT THE MIDDLE EMAIL ON THE FIRST PAGE.

03:10PM  10        DO YOU SEE THERE'S A MESSAGE FROM TINA LIN TO A GROUP OF

03:10PM  11   INDIVIDUALS AT THERANOS, INCLUDING MR. BALWANI?

03:10PM  12   A.   I SEE THAT.

03:10PM  13   Q.   AND IN THE BODY OF THE EMAIL THERE'S SOME MENTION OF

03:10PM  14   MR. GOULD -- I'M SORRY, MS. GOULD'S TEST RESULTS.

03:10PM  15        DO YOU SEE THAT?

03:10PM  16   A.   I DO.

03:10PM  17   Q.   AND YOU SEE THAT THERE WAS A RERUN FOR THE OCTOBER 4TH

03:10PM  18   SAMPLE?

03:10PM  19   A.   YES.

03:10PM  20   Q.   AND IT SAYS THAT THE RESULT SHOULD BE MULTIPLIED BY 100

03:10PM  21   AND SO IT WOULD BE 125.58 TIMES 100, OR 12,558.

03:10PM  22        DO YOU SEE THAT?

03:10PM  23   A.   I DO.

03:10PM  24   Q.   OKAY.  IF WE COULD GO BACK TO THE DEMONSTRATIVE.

03:10PM  25        LET ME ASK YOU TWO QUESTIONS ABOUT THAT OCTOBER 4TH

03:10PM  1    NUMBER.

03:10PM  2        FIRST OF ALL, IF THAT NUMBER WERE ADJUSTED TO BE 12,558,

03:11PM  3    IT WOULD BE PRECISELY IDENTICAL TO THE RESULT FROM TWO DAYS

03:11PM  4    AGO.

03:11PM  5        WOULD THAT BE CORRECT?

03:11PM  6    A.   CORRECT.

03:11PM  7    Q.   IN YOUR EXPERIENCE, IS THAT SOMETHING THAT YOU WOULD

03:11PM  8    EXPECT TO SEE, AND THAT IS, TWO HCG RESULTS COME BACK TO

03:11PM  9    PRECISELY THE SAME VALUE, THE SAME DIGIT, TWO DAYS APART?

03:11PM  10   A.   I WOULD NOT ANTICIPATE THAT.

03:11PM  11   Q.   IF IT DID COME BACK THAT WAY AND YOU SAW THAT HCG LEVELS

03:11PM  12   HAD STAYED EXACTLY THE SAME OVER A TWO DAY PERIOD, WHAT, IF

03:11PM  13   ANYTHING, WOULD THAT TELL YOU ABOUT THE HEALTH OF THE

03:11PM  14   PREGNANCY?

03:11PM  15   A.   IT WOULD BE A CAUSE FOR CONCERN.

03:11PM  16   Q.   AND WOULD THAT CONCERN BE COMPOUNDED IF THE LEVEL DROPPED

03:11PM  17   TO DOWN BELOW 10,000 FOR THE NEXT RESULT?

03:11PM  18   A.   YES.

03:11PM  19   Q.   OKAY.  WE CAN PUT THAT ASIDE.

03:11PM  20       IF I COULD ASK YOU TO LOOK AT TAB 2083.

03:12PM  21       DO YOU SEE AT 2083 THERE'S AN EMAIL BETWEEN YOU AND

03:12PM  22   SOMEONE AT THERANOS RELATING TO AN HCG TEST?

03:12PM  23   A.   YES.

03:12PM  24          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2083.

03:12PM  25          MS. MCDOWELL:  NO OBJECTION.

03:12PM  1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:12PM  2          (GOVERNMENT'S EXHIBIT 2083 WAS RECEIVED IN EVIDENCE.)

03:12PM  3     BY MR. BOSTIC:

03:12PM  4     Q.   HERE, DR. ZACHMAN, WE SEE AN EMAIL FROM SOMEONE NAMED

03:12PM  5     LESLIE NEVILLE AT THERANOS, AND SHE'S CHECKING BACK TO MAKE

03:12PM  6     SURE THAT YOU CHECKED WITH CHRISTIAN HOLMES REGARDING TO THE

03:12PM  7     HCG TEST.

03:12PM  8          DO YOU SEE THAT?

03:12PM  9     A.   I DO.

03:12PM 10     Q.   DO YOU REMEMBER SPEAKING WITH CHRISTIAN HOLMES IN

03:12PM 11     CONNECTION WITH YOUR CONCERNS ABOUT HCG?

03:12PM 12     A.   I REMEMBER SPEAKING TO A MAN OR A MALE VOICE.  I DON'T

03:12PM 13     REMEMBER WHO.

03:12PM 14     Q.   WERE YOU AWARE, WHEN YOU WERE SPEAKING TO THAT PERSON,

03:12PM 15     ABOUT WHETHER THEY WERE RELATED TO THE CEO OF THE COMPANY, FOR

03:12PM 16     EXAMPLE?

03:12PM 17     A.   I -- WHEN I FIRST FILED THE COMPLAINT, I SPOKE TO SOMEONE

03:13PM 18     WHO SOUNDED MORE LIKE THEY WERE MORE HR.

03:13PM 19          AND WHEN I HAD A FORMAL CONVERSATION ABOUT IT, IT WAS --

03:13PM 20     THE IMPRESSION WAS GIVEN THAT I WAS SPEAKING TO SOMEONE WHO WAS

03:13PM 21     PERHAPS HIGHER UP IN THE COMPANY.

03:13PM 22     Q.   IF I COULD ASK YOU TO TURN TO 5412 IN YOUR BINDER.

03:13PM 23          AT 5412, DO YOU SEE AN EMAIL BETWEEN YOU AND SOMEONE AT

03:13PM 24     THERANOS AGAIN IN OCTOBER OF 2014 RELATING TO THESE HCG ISSUES?

03:13PM 25     A.   YES.  SORRY.

03:13PM  1                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5412.

03:13PM  2                    MS. MCDOWELL:  NO OBJECTION.

03:13PM  3                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:13PM  4            (GOVERNMENT'S EXHIBIT 5412 WAS RECEIVED IN EVIDENCE.)

03:14PM  5       BY MR. BOSTIC:

03:14PM  6       Q.   HERE, DR. ZACHMAN, DO YOU SEE THIS IS A MESSAGE FROM

03:14PM  7       CLIENTSOLUTIONS@THERANOS.COM, BUT IT'S SIGNED "BEST REGARDS,

03:14PM  8       CHRISTIAN"?

03:14PM  9       A.   YES.

03:14PM  10      Q.   WOULD THIS HAVE BEEN AFTER YOU HAD SOME CONVERSATIONS OVER

03:14PM  11      THE TELEPHONE WITH A THERANOS REPRESENTATIVE?

03:14PM  12      A.   YES.

03:14PM  13      Q.   AND YOU SEE THAT THIS EMAIL READS IN THE SECOND PARAGRAPH,

03:14PM  14      "WE HAVE INVESTIGATED THE MATTER THAT YOU BROUGHT TO OUR

03:14PM  15      ATTENTION RECENTLY AND HAVE DISCOVERED THAT IN THREE OUT OF

03:14PM  16      FOUR CASES, POST-ANALYTICAL HUMAN ERRORS, RESULTED IN THE

03:14PM  17      REPORTING OF INCORRECT RESULT VALUES."

03:14PM  18           DO YOU SEE THAT?

03:14PM  19      A.   YES.

03:14PM  20      Q.   AND DO YOU HAVE A MEMORY AROUND THIS TIME OF DISCUSSING

03:14PM  21      ADDITIONAL RESULTS BESIDES JUST MS. GOULD'S WITH SOMEONE AT

03:14PM  22      THERANOS?

03:14PM  23      A.   I DON'T.

03:14PM  24      Q.   DO YOU READ THIS EMAIL AS INDICATING THAT YOU WOULD HAVE

03:14PM  25      BEEN DISCUSSING MULTIPLE RESULTS AT THAT TIME?

ZACHMAN DIRECT BY MR. BOSTIC

03:14PM 1    A.   I DO.

03:14PM 2    Q.   YOU SEE HERE THAT CHRISTIAN GOES ON TO EXPLAIN THAT THAT

03:15PM 3    HUMAN ERROR CAME IN THE FORM OF REPORTING THE VALUES AS 1/100TH

03:15PM 4    OF THE TRUE CLINICAL VALUES THAT SHOULD HAVE BEEN REPORTED.

03:15PM 5         DO YOU SEE THAT?

03:15PM 6    A.   YES.

03:15PM 7    Q.   AND DO YOU SEE ABOVE THAT THERE'S THE CLAIM THAT "OUR

03:15PM 8    ASSAYS AND OUR SYSTEMS PERFORMED PERFECTLY WELL, HOWEVER, WE

03:15PM 9    IDENTIFIED 1 STEP IN POST PROCESSING THAT WAS THE CAUSE OF THIS

03:15PM 10   ERROR."

03:15PM 11        DO YOU SEE THAT?

03:15PM 12   A.   I DO.

03:15PM 13   Q.   AND THEN FINALLY, THERE ARE REPRESENTATIONS ABOUT HAVING

03:15PM 14   FIXED THE PROBLEM.

03:15PM 15        DO YOU SEE THOSE?

03:15PM 16   A.   YES.

03:15PM 17   Q.   OKAY.  WE CAN SET THAT ASIDE.

03:15PM 18        OVER THE COURSE OF CONVERSATIONS WITH REPRESENTATIVES AT

03:15PM 19   THERANOS, DID YOU EVER GET WHAT YOU FELT WERE SATISFACTORY

03:15PM 20   EXPLANATIONS FOR THE PROBLEMS THAT YOU HAD SEEN?

03:16PM 21   A.   NO.

03:16PM 22   Q.   DID THERE COME A TIME WHEN YOU STOPPED REFERRING YOUR

03:16PM 23   PATIENTS TO THERANOS FOR BLOOD TESTING?

03:16PM 24   A.   I WOULD RECOMMEND THAT THEY GO ELSEWHERE.

03:16PM 25   Q.   AND WHAT WAS THE REASON FOR YOU MAKING THAT DECISION AND

03:16PM  1    STOPPING SENDING YOUR PATIENTS TO THERANOS?

03:16PM  2    A.   I DIDN'T FEEL THAT I COULD MAKE APPROPRIATE DECISIONS

03:16PM  3    BASED OFF OF THE LAB VALUES I MIGHT RECEIVE.

03:16PM  4    Q.   AT THE TIME THAT YOU MADE THAT DECISION TO STOP SENDING

03:16PM  5    YOUR PATIENTS TO THERANOS, DO YOU KNOW WHETHER YOUR ENTIRE

03:16PM  6    PRACTICE, SOUTHWEST CONTEMPORARY, MADE THAT SAME DECISION OR

03:16PM  7    NOT?

03:16PM  8    A.   I DO NOT THINK IT WAS MADE ALTOGETHER AT THAT TIME.

03:16PM  9    Q.   DID THERE COME A TIME LATER WHEN THE PRACTICE AS A WHOLE

03:16PM  10   MADE THAT DECISION TO STOP USING THERANOS?

03:16PM  11   A.   YES.

03:16PM  12           MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

03:16PM  13           THE COURT:  YES.

03:16PM  14      (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:17PM  15           MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

03:17PM  16           THE COURT:  CROSS-EXAMINATION?

03:17PM  17           MS. MCDOWELL:  YES, YOUR HONOR.

03:17PM  18      MAY I APPROACH, YOUR HONOR?

03:17PM  19           THE COURT:  YES.

03:17PM  20           MS. MCDOWELL:  (HANDING.)

03:17PM  21                        **CROSS-EXAMINATION**

03:18PM  22   BY MS. MCDOWELL:

03:18PM  23   Q.   GOOD AFTERNOON, DR. ZACHMAN.

03:18PM  24      MY NAME IS AMANDA MCDOWELL.  I REPRESENT MR. BALWANI.  AND

03:18PM  25   I HAVE A FEW QUESTIONS FOR YOU TODAY.

ZACHMAN CROSS BY MS. MCDOWELL

03:18PM 1    SO YOU TESTIFIED JUST NOW THAT YOU REVIEWED MS. GOULD'S

03:18PM 2    THERANOS TEST RESULTS; RIGHT?

03:18PM 3    A.   YES.

03:18PM 4    Q.   AND YOU TESTIFIED THAT YOU NOTICED A DROP IN HER HCG

03:18PM 5    NUMBERS FROM HER THERANOS RESULTS; CORRECT?

03:18PM 6    A.   CORRECT.

03:18PM 7    Q.   AND WHEN YOU SAW HER RESULTS, YOU SPOKE TO MS. GOULD;

03:18PM 8    CORRECT?

03:18PM 9    A.   CORRECT.

03:18PM 10   Q.   AND YOU ADVISED MS. GOULD TO REPEAT HER LABS; CORRECT?

03:18PM 11   A.   YES.

03:18PM 12   Q.   AND SHE DID REPEAT HER LABS; RIGHT?

03:18PM 13   A.   YES.

03:18PM 14   Q.   AND THERE ARE OTHER OCCASIONS WHERE YOU HAVE TO RECOMMEND

03:18PM 15   TO YOUR PATIENTS THAT THEY SHOULD REPEAT THEIR LABS; CORRECT?

03:18PM 16   A.   CORRECT.

03:18PM 17   Q.   AND IT HAPPENS SOMETIMES?

03:18PM 18   A.   TO RECOMMEND A REPEAT?  YES.

03:18PM 19   Q.   IT'S NOT UNIQUE TO THERANOS; CORRECT?

03:18PM 20   A.   CORRECT.

03:18PM 21   Q.   SO AFTER YOU RECEIVED MS. GOULD'S RESULT, YOU TESTIFIED

03:19PM 22   THAT YOU SPOKE TO THERANOS; RIGHT?

03:19PM 23   A.   CORRECT.

03:19PM 24   Q.   TO REPORT YOUR CONCERNS; CORRECT?

03:19PM 25   A.   CORRECT.

03:19PM   1    Q.   AND THERANOS LOOKED INTO IT; RIGHT?

03:19PM   2    A.   YES.

03:19PM   3              MS. MCDOWELL:  YOUR HONOR, PERMISSION TO PUBLISH

03:19PM   4    PREVIOUSLY ADMITTED EXHIBIT 5184?

03:19PM   5              THE COURT:  YES.

03:19PM   6              MS. MCDOWELL:  IT'S NOT SHOWING ON THE SCREEN FOR

03:19PM   7    ME.  I'M SORRY.

03:19PM   8    Q.   OKAY.  CAN YOU SEE THAT ON YOUR SCREEN?

03:19PM   9    A.   YES.

03:19PM  10    Q.   THIS IS AN EMAIL THAT YOU REVIEWED WITH MR. BOSTIC JUST

03:19PM  11    NOW.

03:19PM  12         DO YOU RECALL THAT?

03:19PM  13    A.   YES.

03:19PM  14    Q.   OKAY.  AND IF WE CAN LOOK AT THE BEGINNING OF THIS EMAIL

03:19PM  15    CHAIN.  THERE'S AN EMAIL FROM MR. BALWANI ON OCTOBER 6TH, 2014.

03:19PM  16         DO YOU SEE THAT?

03:19PM  17    A.   I SEE THAT.

03:19PM  18    Q.   AND HE WRITES AN EMAIL TO TINA LIN AND OTHERS; CORRECT?

03:20PM  19    A.   I SEE THAT.

03:20PM  20    Q.   AND MR. BALWANI WRITES, "CAN U GUYS REVIEW AND CLEAR THIS

03:20PM  21    TOMORROW.  I WOULD LIKE THIS CLEARED.  THX."

03:20PM  22         DO YOU SEE THAT?

03:20PM  23    A.   I SEE THAT.

03:20PM  24    Q.   AND SCROLLING DOWN THE LIST, THERE'S A LIST OF NAMES THAT

03:20PM  25    ARE REDACTED FOR PATIENT PRIVACY, BUT AT THE END OF THE LIST

03:20PM   1        YOU SEE BRITTANY GOULD; CORRECT?

03:20PM   2        A.   I SEE THAT.

03:20PM   3        Q.   AND THEN LOOKING TOWARDS THE END OF THE CHAIN, THERE'S AN

03:20PM   4        EMAIL BACK TO MR. BALWANI FROM MS. LIN ON OCTOBER 7TH, 2014.

03:20PM   5            DO YOU SEE THAT?

03:20PM   6        A.   I DO.

03:20PM   7        Q.   AND MR. BALWANI IS INFORMED REGARDING BRITTANY GOULD, HER

03:20PM   8        VISIT ON 10/2 WAS OORH.

03:20PM   9            DO YOU SEE THAT?

03:20PM  10        A.   I DO.

03:20PM  11        Q.   AND DO YOU UNDERSTAND THAT TO MEAN OUT OF RANGE HIGH?

03:21PM  12        A.   I -- NO.  I'M NOT FAMILIAR WITH THOSE ACRONYMS.

03:21PM  13        Q.   IS OORH CONSISTENT --

03:21PM  14        A.   IT MAKES SENSE.  I'M SORRY.  YES, THAT MAKES SENSE.

03:21PM  15        Q.   OKAY.  AND TINA LIN ALSO REPORTS TO MR. BALWANI, "HER

03:21PM  16        VISIT ON 10/4 WAS ALSO OORH INITIALLY, BUT WE DID A DILUTED

03:21PM  17        RERUN.  THE RESULT SHOULD BE MULTIPLIED BY 100 (IT WOULD BE

03:21PM  18        125.58 TIMES 100 EQUALS 12,558).

03:21PM  19            DO YOU SEE THAT?

03:21PM  20        A.   YES.

03:21PM  21        Q.   AND MS. LIN REPORTS, "AND THAT SHOULD CLOSE IT OUT..."

03:21PM  22        A.   CORRECT.

03:21PM  23        Q.   AND SO MS. LIN IS REPORTING TO MR. BALWANI HERE THAT

03:21PM  24        MS. GOULD'S RESULTS SHOULD HAVE BEEN MULTIPLIED BY 100;

03:22PM  25        CORRECT?

03:22PM   1      A.   THAT'S WHAT I SEE, CORRECT.

03:22PM   2      Q.   AND SHE'S REPORTING A DECIMAL ERROR; CORRECT?

03:22PM   3      A.   CORRECT.

03:22PM   4      Q.   SO AFTER THAT, THERANOS FOLLOWED UP WITH YOU AGAIN;

03:22PM   5      CORRECT?

03:22PM   6      A.   CORRECT.

03:22PM   7           MS. MCDOWELL:  YOUR HONOR, PERMISSION TO PUBLISH

03:22PM   8      PREVIOUSLY ADMITTED EXHIBIT 2083?

03:22PM   9           THE COURT:  YES.

03:22PM  10      BY MS. MCDOWELL:

03:22PM  11      Q.   SO, DR. ZACHMAN, THIS IS ANOTHER EMAIL THAT YOU LOOKED AT

03:22PM  12      WITH THE GOVERNMENT?

03:22PM  13           YOU SEE HERE THAT ON OCTOBER 14TH, 2014, LESLIE NEVILLE

03:22PM  14      FROM THERANOS CHECKED BACK WITH YOU; CORRECT?

03:22PM  15      A.   CORRECT.

03:22PM  16      Q.   ABOUT MS. GOULD'S RESULTS; RIGHT?

03:22PM  17      A.   CORRECT.

03:22PM  18      Q.   AND THEN THERANOS REACHED OUT TO YOU AGAIN; CORRECT?

03:22PM  19      A.   CORRECT.

03:22PM  20           MS. MCDOWELL:  YOUR HONOR, PERMISSION TO PUBLISH

03:22PM  21      PREVIOUSLY ADMITTED EXHIBIT 5412?

03:22PM  22           THE COURT:  YES.

03:23PM  23      BY MS. MCDOWELL:

03:23PM  24      Q.   DR. ZACHMAN, THIS IS ANOTHER EMAIL THAT YOU LOOKED AT WITH

03:23PM  25      THE GOVERNMENT FROM THERANOS TO YOU?

ZACHMAN CROSS BY MS. MCDOWELL

03:23PM 1     DO YOU SEE THAT?

03:23PM 2     A.   I DO.

03:23PM 3     Q.   ON OCTOBER 22ND, 2014; RIGHT?

03:23PM 4     A.   YES.

03:23PM 5     Q.   AND IN THE MIDDLE OF THE EMAIL THERANOS REPORTS TO YOU

03:23PM 6     "THE VALUES FOR ASSAY IN QUESTION REPORTED WERE 1/100TH OF THE

03:23PM 7     TRUE CLINICAL VALUES THAT SHOULD HAVE BEEN REPORTED."

03:23PM 8     DO YOU SEE THAT?

03:23PM 9     A.   YES.

03:23PM 10    Q.   SO SHE IS REPORTING TO YOU THAT THERE'S A DECIMAL ERROR

03:23PM 11    WITH MS. GOULD'S RESULT; CORRECT?

03:23PM 12    A.   CORRECT.

03:23PM 13    Q.   AND YOU SEE ALSO IN THIS EMAIL THAT THERANOS REPORTED THAT

03:23PM 14    CORRECTIVE ACTION HAD BEEN TAKEN; RIGHT?

03:23PM 15    A.   I SEE THAT.

03:23PM 16    Q.   AND YOU SEE TOWARDS THE END OF THIS EMAIL THAT THERANOS

03:23PM 17    SINCERELY APOLOGIZED FOR THE ERROR; RIGHT?

03:23PM 18    A.   YES.

03:23PM 19    Q.   AND MR. HOLMES PROVIDED HIS PERSONAL EMAIL AND CONTACT

03:23PM 20    INFORMATION; CORRECT?

03:23PM 21    A.   I SEE THAT.

03:23PM 22    Q.   OKAY.

03:24PM 23    YOUR HONOR, PERMISSION TO PUBLISH PREVIOUSLY PUBLISHED

03:24PM 24    EXHIBITS 2044 AND 4242?

03:24PM 25         THE COURT:  YES.

ZACHMAN CROSS BY MS. MCDOWELL

03:24PM 1          MS. MCDOWELL:  AND I HAVE A DEMONSTRATIVE THAT I

03:24PM 2    WOULD LIKE TO PASS UP BASED ON THESE TWO EXHIBITS.

03:24PM 3          THE COURT:  OKAY.  DO YOU WANT TO USE THE ELMO FOR

03:24PM 4    THIS?

03:24PM 5          MS. MCDOWELL:  ACTUALLY, I'M GOING TO USE THE SPLIT

03:24PM 6    SCREEN WITH MR. ALLEN.

03:24PM 7       PERMISSION TO PUBLISH?

03:24PM 8          THE COURT:  YES.

03:24PM 9       AND DID YOU WANT THE WITNESS TO HAVE A COPY?

03:24PM 10         MS. MCDOWELL:  I WAS GOING TO PUT IT ON THE SCREEN.

03:24PM 11   Q.  SO, DR. ZACHMAN, YOU CAN SEE ON THE LEFT-HAND SIDE OF THIS

03:24PM 12   SCREEN HERE MS. GOULD'S OCTOBER 2ND, 2014 TEST; RIGHT?

03:24PM 13   A.  YES.

03:24PM 14   Q.  AND YOU SEE THAT REFLECTED ON THE CALENDAR ON THE

03:25PM 15   RIGHT-HAND SIDE OF YOUR SCREEN; CORRECT?

03:25PM 16   A.  YES.

03:25PM 17   Q.  OKAY.  IF YOU CAN GO TO THE NEXT PAGE OF THAT RESULT.

03:25PM 18      SO, DR. ZACHMAN, DO YOU SEE HERE MS. GOULD'S TEST RESULT

03:25PM 19   AND THE DATE OF THE VISIT IS LISTED AS OCTOBER 4TH, 2014;

03:25PM 20   RIGHT?

03:25PM 21   A.  YES.

03:25PM 22   Q.  AND DO YOU SEE THAT REFLECTED ON THE CALENDAR HERE?

03:25PM 23   A.  YES.

03:25PM 24   Q.  AND DO YOU SEE THAT THIS REPORT, THE RESULT VALUE IS

03:25PM 25   125.58; RIGHT?

ZACHMAN CROSS BY MS. MCDOWELL

03:25PM  1    A.   YES.

03:25PM  2    Q.   AND AT THE BOTTOM OF THE RESULT THE REPORT DATE IS LISTED

03:25PM  3    AS OCTOBER 6TH, 2014.

03:25PM  4        DO YOU SEE THAT?

03:25PM  5    A.   I SEE THAT.

03:25PM  6    Q.   OKAY.  AND THAT SHOULD BE REFLECTED ON THE CALENDAR ON

03:25PM  7    YOUR SCREEN?

03:25PM  8    A.   OKAY.

03:25PM  9    Q.   OKAY.  AND THEN IF WE CAN PUT UP EXHIBIT 4242.

03:26PM  10       I APOLOGIZE, YOUR HONOR.  I THINK EXHIBIT 4242 IS NOT YET

03:26PM  11   IN EVIDENCE.  I APOLOGIZE.

03:26PM  12           THE COURT:  DID YOU WANT TO INTRODUCE IT?

03:26PM  13           MS. MCDOWELL:  I DO.

03:26PM  14           THE COURT:  ANY OBJECTION, MR. BOSTIC, TO 4242?

03:26PM  15           MR. BOSTIC:  YOUR HONOR, IF WE CAN JUST HAVE THE

03:26PM  16   WITNESS LAY A FOUNDATION FOR THIS EXHIBIT.

03:26PM  17           THE COURT:  SURE.

03:26PM  18   BY MS. MCDOWELL:

03:26PM  19   Q.   SO, DR. ZACHMAN, I APOLOGIZE.  COULD YOU TURN IN YOUR

03:26PM  20   BINDER TO A TAB LABELLED 4242.

03:26PM  21   A.   OKAY.

03:26PM  22   Q.   AND DO YOU SEE HERE THAT THIS IS A THERANOS TEST RESULT

03:26PM  23   FOR MS. GOULD?

03:26PM  24   A.   I SEE THAT.

03:26PM  25   Q.   AND YOU SEE HERE YOU'RE LISTED AS THE PHYSICIAN; CORRECT?

03:26PM  1    A.   CORRECT.

03:26PM  2    Q.   AND YOU SEE THAT THE VISIT DATE IS OCTOBER 4TH, 2014;

03:27PM  3    RIGHT?

03:27PM  4    A.   I SEE THAT.

03:27PM  5    Q.   AND YOU SEE A RESULT VALUE HERE; RIGHT?

03:27PM  6    A.   YES.

03:27PM  7    Q.   FOR AN HCG TEST; CORRECT?

03:27PM  8    A.   CORRECT.

03:27PM  9         MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:27PM  10   EXHIBIT 4242.

03:27PM  11        MR. BOSTIC:  NO OBJECTION, YOUR HONOR.  I'LL NOTE

03:27PM  12   THAT THIS IS ALREADY IN EVIDENCE AS EXHIBIT 2444.

03:27PM  13        THE COURT:  I THINK IT IS.  I THINK WE LOOKED AT

03:27PM  14   THIS.

03:27PM  15        MS. MCDOWELL:  OH, OKAY.  I'M SORRY.

03:27PM  16        THE COURT:  NO, NO.  THAT'S QUITE ALL RIGHT.  I'LL

03:27PM  17   ADMIT IT, AND IT MAY BE PUBLISHED.

03:27PM  18     (GOVERNMENT'S EXHIBIT 4242 WAS RECEIVED IN EVIDENCE.)

03:27PM  19   BY MS. MCDOWELL:

03:27PM  20   Q.   OKAY.  SO, DR. ZACHMAN, ON YOUR SCREEN HERE IS A TEST

03:27PM  21   RESULT FOR MS. GOULD; RIGHT?

03:27PM  22   A.   YES.

03:27PM  23   Q.   AND THE VISIT DATE IS OCTOBER 4TH, 2014; RIGHT?

03:27PM  24   A.   YES.

03:27PM  25   Q.   AND THE RESULT VALUE IS 12,558; RIGHT?

03:27PM   1    A.   RIGHT.

03:27PM   2    Q.   AND THERE'S A CORRECTED -- THIS IS LISTED AS A CORRECTED

03:27PM   3    RESULT; RIGHT?

03:27PM   4    A.   CORRECT.

03:27PM   5    Q.   AND DO YOU SEE AT THE BOTTOM THERE'S A REPORT DATE OF

03:27PM   6    OCTOBER 8TH, 2014.

03:27PM   7         DO YOU SEE THAT?

03:27PM   8    A.   I SEE THAT.

03:27PM   9    Q.   OKAY.  AND THAT SHOULD BE REFLECTED ON THE CALENDAR.

03:28PM  10         IF WE CAN GO BACK TO THE PREVIOUS EXHIBIT ONE MORE TIME.

03:28PM  11         SO WE'RE LOOKING AT EXHIBIT 2044.  THIS IS THE VISIT FROM

03:28PM  12    OCTOBER 2ND, 2014; RIGHT?

03:28PM  13    A.   YES.

03:28PM  14    Q.   OKAY.  AND YOU SEE HERE THE VALUE AGAIN IS 12,558; RIGHT?

03:28PM  15    A.   I SEE THAT.

03:28PM  16    Q.   AND THE REPORT DATE AT THE BOTTOM IS OCTOBER 8TH, 2014;

03:28PM  17    RIGHT?

03:28PM  18    A.   YES.

03:28PM  19    Q.   SO THIS SHOULD BE REFLECTED ON YOUR CALENDAR.

03:28PM  20         SO YOU SEE HERE ON OCTOBER 8TH, TWO DIFFERENT REPORTS FOR

03:28PM  21    MS. GOULD WERE ISSUED BY THERANOS; CORRECT?

03:28PM  22    A.   I SEE THAT.

03:28PM  23    Q.   AND DO YOU SEE ON OCTOBER 6TH THERE WAS A REPORT FOR HER

03:28PM  24    SECOND VISIT; RIGHT?  AND THAT WAS MULTIPLIED BY 100; RIGHT?

03:28PM  25    A.   I SEE THAT.

ZACHMAN CROSS BY MS. MCDOWELL

03:28PM 1    Q.   AND REPORTED ON OCTOBER 8TH; CORRECT?

03:28PM 2    A.   CORRECT.

03:29PM 3    Q.   AND THEN THERE WAS A SECOND REPORT ISSUED ON OCTOBER 8TH

03:29PM 4    FOR HER FIRST VISIT; CORRECT?

03:29PM 5    A.   I SEE THAT.

03:29PM 6    Q.   SO THOSE ARE IDENTICAL RESULTS; RIGHT?

03:29PM 7    A.   THAT'S RIGHT.

03:29PM 8    Q.   AND YOU TESTIFIED THAT THAT WOULDN'T FIT THE CLINICAL

03:29PM 9    PICTURE; CORRECT?

03:29PM 10   A.   CORRECT.

03:29PM 11   Q.   IF SOMEONE AT THERANOS HAD MADE A TRANSCRIPTION ERROR AND

03:29PM 12   ACCIDENTALLY REPORTED THE SAME RESULT TWICE, WOULD THAT BE ONE

03:30PM 13   EXPLANATION FOR THESE IDENTICAL RESULTS?

03:30PM 14   A.   NOT TO ME, NO.

03:30PM 15   Q.   IF THE SAME RESULT WAS ACCIDENTALLY REPORTED TWICE, COULD

03:30PM 16   THAT BE ONE EXPLANATION FOR THESE IDENTICAL RESULTS; CORRECT?

03:30PM 17   A.   TO ME, THE VALUE DOESN'T MAKE SENSE, THE NUMBER ITSELF.

03:30PM 18   Q.   OKAY.  I UNDERSTAND THE VALUE DOESN'T MAKE SENSE, BUT IF

03:30PM 19   SOMEONE ACCIDENTALLY REPORTED THE SAME RESULT TWICE, THAT WOULD

03:30PM 20   BE ONE EXPLANATION FOR THE IDENTICAL RESULT; CORRECT?

03:30PM 21   A.   CORRECT.

03:30PM 22   Q.   SO YOU TESTIFIED TODAY THAT YOU MADE A DECISION TO STOP

03:30PM 23   USING THERANOS; CORRECT?

03:30PM 24   A.   CORRECT.

03:30PM 25   Q.   BUT YOUR CLINIC DID RESUME USING THERANOS IN 2015; RIGHT?

ZACHMAN CROSS BY MS. MCDOWELL

03:30PM 1    A.   YES.

03:30PM 2    Q.   AND YOUR CLINIC ALSO SET UP AN ELECTRONIC INTERFACE TO

03:30PM 3    SEND MORE LAB ORDERS TO THERANOS AFTER MS. GOULD'S TEST; RIGHT?

03:30PM 4    A.   I DON'T REMEMBER.

03:30PM 5    Q.   IF YOU COULD TURN IN YOUR BINDER TO EXHIBIT 20071.  LET ME

03:30PM 6    KNOW WHEN YOU HAVE IT IN FRONT OF YOU?

03:30PM 7    A.   I DO.

03:30PM 8    Q.   OKAY.  THANKS.

03:30PM 9         DO YOU SEE THIS IS AN EMAIL FROM MOLLY JO RILEY; RIGHT?

03:30PM 10   A.   YES.

03:30PM 11   Q.   AND SHE'S AN EMPLOYEE OF SOUTHWEST CONTEMPORARY WOMEN'S

03:31PM 12   CARE; RIGHT?

03:31PM 13   A.   YES.

03:31PM 14   Q.   AND YOU SEE THAT THIS EMAIL IS SENT TO SEVERAL GROUPS AT

03:31PM 15   YOUR FORMER CLINIC; RIGHT?

03:31PM 16   A.   YES.

03:31PM 17   Q.   AND INCLUDING SWCWC PROVIDERS AT -- IT'S A MOUTHFUL.

03:31PM 18   SWCWCPROVIDERS@SWCWC.NET.

03:31PM 19        DO YOU SEE THAT?

03:31PM 20   A.   YES.

03:31PM 21   Q.   AND YOU WERE A PROVIDER AT THE CLINIC AND RECEIVED EMAILS

03:31PM 22   THROUGH THIS GROUP; CORRECT?

03:31PM 23   A.   CORRECT.

03:31PM 24   Q.   OKAY.

03:31PM 25        YOUR HONOR, WE MOVE TO ADMIT EXHIBIT 20071.

03:31PM   1              MR. BOSTIC:  NO OBJECTION.

03:31PM   2              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:31PM   3         (DEFENDANT'S EXHIBIT 20071 WAS RECEIVED IN EVIDENCE.)

03:31PM   4    BY MS. MCDOWELL:

03:31PM   5    Q.   OKAY.  YOU SEE HERE THE EMAIL THAT I JUST REFERENCED WAS

03:31PM   6    SENT ON OCTOBER 4TH, 2015; RIGHT?

03:31PM   7    A.   YES.

03:31PM   8    Q.   AND THE SUBJECT IS THERANOS ELECTRONIC ORDERS AND RESULTS;

03:31PM   9    CORRECT?

03:31PM   10   A.   CORRECT.

03:31PM   11   Q.   AND MS. RILEY REPORTS, "GOOD MORNING EVERYONE,

03:32PM   12        "THE BIDIRECTIONAL INTERFACE WITH THERANOS HAS BEEN SET

03:32PM   13   UP.  WE ARE NOW ABLE TO SEND LAB ORDERS TO AND RECEIVE RESULTS

03:32PM   14   FROM THERANOS ELECTRONICALLY.  THE PROCESS IS THE SAME AS WHAT

03:32PM   15   WE DO FOR SONORAQUEST, PROPATH, AND LABCORP.  PLEASE LET ME

03:32PM   16   KNOW IF YOU HAVE ANY QUESTIONS."

03:32PM   17        DO YOU SEE THAT?

03:32PM   18   A.   I DO.

03:32PM   19   Q.   AND THIS IS AFTER MS. GOULD'S RESULTS; CORRECT?

03:32PM   20   A.   CORRECT.

03:32PM   21   Q.   AND ISN'T IT RIGHT, DR. ZACHMAN, THAT THERE WERE OVER A

03:32PM   22   THOUSAND VISITS TO THERANOS FROM YOUR PATIENT'S CLINICS AFTER

03:32PM   23   MS. GOULD'S RESULTS?

03:32PM   24   A.   I WOULDN'T BE SURPRISED TO HEAR THAT THERE WAS.

03:32PM   25   Q.   OKAY.  AND ISN'T IT RIGHT THAT THERE WERE OVER 200 HCG

03:32PM   1      TESTS ORDERED FROM YOUR PATIENT'S CLINICS AFTER MS. GOULD'S

03:32PM   2      RESULTS?

03:32PM   3      A.   ALTHOUGH I DON'T KNOW THE NUMBERS, I WOULDN'T BE

03:32PM   4      SURPRISED.

03:32PM   5      Q.   AND YOUR PATIENTS ALSO RECEIVED HCG RESULTS FROM THERANOS

03:32PM   6      AFTER MS. GOULD'S RESULTS; CORRECT?

03:33PM   7      A.   I'M SURE THAT THEY DID.

03:33PM   8      Q.   OKAY.  IF YOU COULD LOOK AT EXHIBIT 20073 IN YOUR BINDER.

03:33PM   9      A.   YES, I'M HERE.  SORRY.

03:33PM   10     Q.   THANK YOU.  YOU SEE THIS IS A SPREADSHEET; RIGHT?

03:33PM   11     A.   YES.

03:33PM   12     Q.   AND THERE ARE A LOT OF PAGES HERE, BUT YOU SEE THAT THERE

03:33PM   13     ARE SEVERAL COLUMNS; RIGHT?

03:33PM   14     A.   CORRECT.

03:33PM   15     Q.   AND THERE ARE ORDER DATES LISTED HERE; RIGHT?

03:33PM   16     A.   YES.

03:33PM   17     Q.   AND BLOOD TESTS LISTED HERE AS WELL?

03:33PM   18     A.   YES.

03:33PM   19     Q.   AND WHEN YOU WERE WORKING AT YOUR FORMER CLINIC, YOU GUYS

03:33PM   20     REGULARLY PRESERVED MEDICAL DATA OF YOUR PATIENTS; CORRECT?

03:33PM   21     A.   CORRECT.

03:33PM   22           MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:33PM   23     EXHIBIT 20073 BASED ON A STIPULATION OF THE PARTIES.

03:33PM   24           MR. BOSTIC:  SO, YOUR HONOR, WE STIPULATE AS TO

03:33PM   25     AUTHENTICITY, BUT IT'S NOT CLEAR, AND I'M NOT SURE WHETHER THIS

03:34PM   1    WITNESS CAN TELL US WHAT WE'RE ACTUALLY LOOKING AT HERE.

03:34PM   2              THE COURT:  WELL, THIS NEEDS SOME FOUNDATION.

03:34PM   3              MS. MCDOWELL:  OKAY.

03:34PM   4    Q.   SO YOU SEE HERE THAT THERE ARE SEVERAL COLUMNS ON THE

03:34PM   5    FIRST PAGE; RIGHT?

03:34PM   6    A.   I SEE THAT.

03:34PM   7    Q.   AND YOU SEE THAT THERE ARE LAB ORDER NUMBERS FOR YOUR

03:34PM   8    FORMER CLINIC; CORRECT?

03:34PM   9    A.   I SEE LAB ORDER NUMBERS, YES.

03:34PM  10    Q.   AND YOU SEE ORDERS FOR DIFFERENT BLOOD TESTS; CORRECT?

03:34PM  11    A.   I SEE THAT.

03:34PM  12    Q.   OKAY.  AND IF YOU CAN TURN TO PAGE 23 OF THIS DOCUMENT.

03:34PM  13         YOU SEE THAT THERE'S A LIST OF PROVIDERS -- OH, SORRY.

03:34PM  14    A.   SORRY.  WHOOPS.  I'M THERE.  THANK YOU.

03:34PM  15    Q.   OKAY.  YOU SEE THERE'S A LIST OF PROVIDERS LISTED HERE;

03:34PM  16    CORRECT?

03:34PM  17    A.   I SEE THAT, YES.

03:34PM  18    Q.   AND DO YOU RECOGNIZE THESE AS YOUR FORMER COLLEAGUES?

03:34PM  19    A.   I DO.

03:34PM  20    Q.   AND DO YOU SEE YOUR NAME ON THIS AS WELL?

03:34PM  21    A.   I SEE IT.

03:34PM  22    Q.   AND YOU SEE THAT THERE IS A COLUMN FOR PATIENT PERSON

03:35PM  23    NUMBER; RIGHT?

03:35PM  24    A.   I SEE THAT.

03:35PM  25    Q.   AND DID YOUR CLINIC REFER TO ITS PATIENTS AS IT PRESERVED

ZACHMAN CROSS BY MS. MCDOWELL

03:35PM  1    ITS RECORD THROUGH A NUMBERING SYSTEM LIKE THIS?

03:35PM  2    A.   YES.

03:35PM  3    Q.   AND YOU SEE THERE'S A PRACTICE CODE; CORRECT?

03:35PM  4    A.   I SEE THAT.

03:35PM  5    Q.   AND ARE YOU FAMILIAR WITH THE PRACTICE CODE SWC?

03:35PM  6    A.   I WOULD ASSUME IT'S SOUTHWEST WOMEN'S CARE.

03:35PM  7    Q.   OKAY.  AND YOU SEE THERE'S A FACILITY NAME COLUMN;

03:35PM  8    CORRECT?

03:35PM  9    A.   I SEE THAT.

03:35PM  10   Q.   AND THE FACILITY NAME IS THERANOS; RIGHT?

03:35PM  11   A.   I SEE THAT.

03:35PM  12   Q.   OKAY.  SO THIS IS A SPREADSHEET REFLECTING YOUR FORMER

03:35PM  13   CLINIC'S PATIENTS WHO VISITED THERANOS; CORRECT?

03:35PM  14   A.   THAT'S WHAT IT APPEARS.

03:35PM  15          MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:35PM  16   EXHIBIT 20073.

03:35PM  17          MR. BOSTIC:  SO, YOUR HONOR, AGAIN, NO OBJECTION AS

03:35PM  18   TO THE AUTHENTICITY, BUT IT'S STILL NOT CLEAR TO ME THAT THIS

03:35PM  19   WITNESS CAN TELL US EXACTLY WHAT WE'RE LOOKING AT, SO SAME

03:36PM  20   OBJECTION.

03:36PM  21          THE COURT:  I THINK THERE'S -- AS TO PAGE 23 ON -- I

03:36PM  22   DON'T SEE ANY DATES.  MAYBE YOU CAN GET A FOUNDATION FOR THAT.

03:36PM  23          MS. MCDOWELL:  SO ALSO -- I DON'T KNOW IF THERE'S

03:36PM  24   BEEN A MISCOMMUNICATION, BUT MY UNDERSTANDING IS THAT WE HAVE

03:36PM  25   STIPULATED TO AUTHENTICATION AND HEARSAY, BUT IT'S NOT HEARSAY.

ZACHMAN CROSS BY MS. MCDOWELL                                      5809

03:36PM  1            SO I'M -- I GUESS I'M -- I DON'T KNOW IF WE NEED TO CLEAR

03:36PM  2       THIS UP.

03:36PM  3                 MR. BOSTIC:  SO, YOUR HONOR, I THINK MAYBE MY

03:36PM  4       OBJECTION IS BETTER FRAMED AS A RELEVANCE OBJECTION.

03:36PM  5                 THE COURT:  RIGHT.

03:36PM  6            PARDON ME, MR. BOSTIC.  THAT WAS THE BASIS, A 401 AS TO

03:36PM  7       THE TIME STAMPING OF THIS.

03:36PM  8                 MS. MCDOWELL:  OKAY.

03:36PM  9       Q.   SO THERE ARE ORDER DATES LISTED HERE, RIGHT, ON --

03:36PM  10      A.   BACK AT THE BEGINNING?

03:36PM  11      Q.   YES.  YOU CAN SEE THAT THERE ARE ORDERS INTO 2015;

03:36PM  12      CORRECT?

03:36PM  13      A.   I SEE THAT.

03:36PM  14      Q.   OKAY.  AND THEN IF YOU COULD TURN TO PAGE 23, YOU SEE

03:37PM  15      THERE ARE ALSO LAB ORDER DATES GOING INTO 2016; RIGHT?

03:37PM  16      A.   ON PAGE 22?

03:37PM  17      Q.   ON PAGE 22, YES.

03:37PM  18      A.   YES, I SEE THAT.

03:37PM  19      Q.   OKAY.  AND YOU TESTIFIED THAT YOU STOPPED USING THERANOS

03:37PM  20      AFTER MS. GOULD'S RESULTS; CORRECT?

03:37PM  21      A.   I DID NOT RECOMMEND THAT PATIENTS GO THERE.

03:37PM  22      Q.   BECAUSE YOU HAD CONCERNS ABOUT THE ACTIONS OF THERANOS

03:37PM  23      BLOOD TESTS; RIGHT?

03:37PM  24      A.   THAT'S CORRECT.

03:37PM  25      Q.   AND THIS SPREADSHEET REFLECTS A LIST OF PATIENTS FROM YOUR

03:37PM   1        FORMER CLINIC THAT CONTINUED USING THERANOS AFTER MS. GOULD'S

03:37PM   2        TEST; CORRECT?

03:37PM   3        A.   I SEE THAT, BUT I, I CERTAINLY -- PATIENTS CAN GO WHERE

03:37PM   4        THEY WOULD LIKE TO GET THEIR BLOOD WORK DONE.

03:37PM   5        Q.   OKAY.  AND YOU SEE ON PAGE 29 OF THIS DOCUMENT, DO YOU SEE

03:37PM   6        YOUR NAME HERE LISTED?

03:37PM   7        A.   I DO.

03:37PM   8        Q.   AND DO YOU SEE THE LAB FACILITY ASSOCIATED WITH THE ROW

03:38PM   9        THAT HAS YOUR NAME IS LISTED AS THERANOS?

03:38PM  10        A.   YES, I SEE THAT.

03:38PM  11        Q.   OKAY.  AND COULD YOU TURN TO PAGE 36, PLEASE.

03:38PM  12             DO YOU SEE YOUR NAME IS LISTED TWICE HERE ON THIS PAGE?

03:38PM  13        A.   I SEE IT.

03:38PM  14        Q.   OKAY.  AND DO YOU SEE THE LAB FACILITY ASSOCIATED WITH

03:38PM  15        THAT ROW AS THERANOS?  DO YOU SEE THAT?

03:38PM  16        A.   I SEE IT.

03:38PM  17        Q.   OKAY.  AND DO YOU SEE THIS IS A LARGE SPREADSHEET; RIGHT?

03:38PM  18        A.   I WOULD AGREE.

03:38PM  19        Q.   AND IT APPEARS THAT IT'S BEEN SPLIT UP INTO COLUMNS;

03:38PM  20        RIGHT?

03:38PM  21        A.   YES.

03:38PM  22        Q.   OKAY.

03:38PM  23             SO, YOUR HONOR, WE MOVE TO ADMIT EXHIBIT 20073.

03:38PM  24             I ALSO HAVE A BUSINESS RECORDS DECLARATION FROM SOUTHWEST

03:38PM  25        CONTEMPORARY WOMEN'S CARE THAT I'VE SHARED WITH THE GOVERNMENT,

03:38PM  1    AND I'M HAPPY TO PASS UP TODAY.

03:38PM  2           THE COURT:  AS TO PAGES 23 TO 44, THE RELEVANCE

03:39PM  3    OBJECTION IS SUSTAINED UNLESS THERE'S A TIME STAMP AS TO THESE.

03:39PM  4    IF YOUR STIPULATION COVERS THAT TIME STAMP, THAT WOULD FILL

03:39PM  5    THAT VACUUM.

03:39PM  6           MS. MCDOWELL:  WELL, CAN I PASS UP THE DECLARATION?

03:39PM  7           THE COURT:  SURE.

03:39PM  8           MS. MCDOWELL:  THANK YOU.

03:39PM  9           THE COURT:  DO YOU HAVE THIS, MR. BOSTIC?

03:39PM 10           MR. BOSTIC:  I DO.

03:39PM 11           MS. MCDOWELL:  I ACTUALLY HAVE ONE AND ONE FROM

03:39PM 12    YESTERDAY.

03:39PM 13           THE COURT:  DO YOU WANT TO BE HEARD ON THE

03:39PM 14    OBJECTION?

03:39PM 15           MR. BOSTIC:  THE GOVERNMENT'S OBJECTION IS 401,

03:39PM 16    YOUR HONOR.

03:39PM 17           THE COURT:  WHAT WOULD YOU LIKE?

03:39PM 18           MS. MCDOWELL:  THE BATE STAMP OF THIS DOCUMENT,

03:39PM 19    YOUR HONOR, BEGINS WITH SWCWC 6 AND PROCEEDS --

03:40PM 20           THE COURT:  SO I AM -- PAGE 23 --

03:40PM 21           MS. MCDOWELL:  YES.

03:40PM 22           THE COURT:  -- ON IS WHAT I'M LOOKING AT.  THE BATE

03:40PM 23    STAMP ENDS IN 28.

03:40PM 24           MS. MCDOWELL:  RIGHT.

03:40PM 25           SO THIS IS A LARGE EXHIBIT THAT RANGES THE BATE STAMP 6

03:40PM  1    THROUGH 49.  SO STARTING ON PAGE 23 ENCOMPASSES PART OF THIS

03:40PM  2    LARGER DOCUMENT.  AND THIS DECLARATION HERE COVERS THE BATES

03:40PM  3    RANGES OF THIS SPREADSHEET.

03:40PM  4          THE COURT:  SO DOES THIS HAVE THE DATES IN IT, THAT

03:41PM  5    YOU'VE HANDED ME, THE DATES THAT CORRESPOND TO PAGES 23 ONWARD?

03:41PM  6          MS. MCDOWELL:  SO, YOUR HONOR, I THINK THE WAY THIS

03:41PM  7    WAS PRODUCED TO US IS IN THIS FASHION.

03:41PM  8        SO IT'S AN EXCEL SPREADSHEET THAT HAS BEEN BROKEN UP.

03:41PM  9          THE COURT:  RIGHT.

03:41PM  10         MS. MCDOWELL:  SO IT WOULD ALL CONNECT TOGETHER.

03:41PM  11       SO THE DATES ARE ACTUALLY THE ORDER DATES THAT ARE ON

03:41PM  12   PAGES 1 TO 23.

03:41PM  13         THE COURT:  OF THE STIPULATION YOU GAVE ME.

03:41PM  14         MS. MCDOWELL:  I'M SORRY.  PAGES 1 TO 2 THROUGH OF

03:41PM  15   THE EXHIBIT HAS THE DATES, AND IF THIS WAS A NATIVE EXCEL, THE

03:41PM  16   COLUMNS WOULD EXPAND AND SHOW THE REMAINING INFORMATION

03:41PM  17   BEGINNING ON PAGE 23.

03:41PM  18         THE COURT:  OH.  I SEE.  I SEE.

03:42PM  19       MR. BOSTIC.

03:42PM  20         MR. BOSTIC:  I'LL STAND ON THE 401 OBJECTION.

03:42PM  21       I THINK ALSO 403, GIVEN THE FORMAT OF THIS DOCUMENT, GIVEN

03:42PM  22   THAT IT'S DIFFICULT OR IMPOSSIBLE TO IDENTIFY THE DATES FOR

03:42PM  23   MANY OF THESE ROWS AND GIVEN THAT I DON'T THINK THIS WITNESS

03:42PM  24   CAN TELL US HOW THIS WAS GENERATED.  I THINK 401 AND 403.

03:42PM  25         THE COURT:  YOU KNOW, IF YOU COULD GET A DIFFERENT

03:42PM   1    EXHIBIT.  I DO THINK IT'S -- I CAN'T TRACK WHERE THIS IS.  I

03:42PM   2    APPRECIATE THAT IT'S AN EXCEL SHEET THAT HAS BEEN -- IT SEEMS

03:42PM   3    LIKE IT'S BEEN SEPARATED OR SPLIT UP SOMEHOW, AND MAYBE THE

03:42PM   4    WITNESS CAN LAY A FOUNDATION FOR THE EXCEL SHEET.  IF SHE CAN,

03:42PM   5    THAT'S ONE THING.

03:42PM   6         BEFORE I'LL ADMIT IT, I THINK IT NEEDS TO BE PUT TOGETHER

03:43PM   7    IN A MORE WHOLESOME AND FULSOME FASHION.

03:43PM   8              MS. MCDOWELL:  OKAY.  UNDERSTOOD, YOUR HONOR.

03:43PM   9              THE COURT:  SO I'LL SUSTAIN THE OBJECTION AS TO

03:43PM   10   THESE PAGES.

03:43PM   11   BY MS. MCDOWELL:

03:43PM   12   Q.  SO YOU TESTIFIED, DR. ZACHMAN, THAT YOU STOPPED

03:43PM   13   RECOMMENDING YOUR PATIENTS TO THERANOS AFTER MS. GOULD'S TESTS;

03:43PM   14   RIGHT?

03:43PM   15   A.  CORRECT.

03:43PM   16   Q.  BUT YOU DID HAVE PATIENTS THAT IN FACT VISITED THERANOS

03:43PM   17   AFTER MS. GOULD'S TESTS; CORRECT?

03:43PM   18   A.  CORRECT.

03:43PM   19   Q.  AND YOU COULD HAVE TOLD YOUR PATIENTS NOT TO USE THERANOS;

03:43PM   20   RIGHT?

03:43PM   21   A.  I DID.

03:43PM   22   Q.  BUT YOUR PATIENTS DID, IN FACT, USE THERANOS; RIGHT?

03:43PM   23   A.  YES.

03:43PM   24   Q.  AND THOUSANDS OF PATIENTS FROM YOUR CLINIC USED THERANOS

03:43PM   25   AS WELL; RIGHT?

ZACHMAN CROSS BY MS. MCDOWELL                                    5814

03:43PM    1       A.   I DON'T KNOW HOW MANY DID.

03:43PM    2       Q.   BUT A LARGE NUMBER FROM YOUR CLINIC USED THERANOS;

03:43PM    3   CORRECT?

03:43PM    4       A.   I WOULD THINK.

03:44PM    5       Q.   SO THERE CAME A TIME, DR. ZACHMAN, THAT THE GOVERNMENT

03:44PM    6   MADE A REQUEST OF YOU; RIGHT?

03:44PM    7       A.   CORRECT.

03:44PM    8       Q.   AND THEY REQUESTED THAT YOU LOOK THROUGH ALL OF YOUR

03:44PM    9   PATIENT FILES; RIGHT?

03:44PM   10       A.   CORRECT.

03:44PM   11       Q.   AND TRY TO LOCATE ANY OTHER THERANOS RESULTS THAT YOU FELT

03:44PM   12   WERE INACCURATE; RIGHT?

03:44PM   13       A.   CORRECT.

03:44PM   14       Q.   AND YOU COMPLIED WITH THAT REQUEST; CORRECT?

03:44PM   15       A.   CORRECT.  BUT TO BE A LITTLE MORE SPECIFIC, IT WAS FOR

03:44PM   16   HCG'S.

03:44PM   17       Q.   OKAY.

03:44PM   18       A.   YEAH.

03:44PM   19       Q.   SO YOU SEARCHED YOUR PATIENT FILES FOR THERANOS RESULTS OF

03:44PM   20   HCG TESTS; RIGHT?

03:44PM   21       A.   CORRECT.

03:44PM   22       Q.   OKAY.  AND YOU CONDUCTED THE SEARCH; RIGHT?

03:44PM   23       A.   I DID.

03:44PM   24       Q.   AND IT WAS THOROUGH; CORRECT?

03:44PM   25       A.   CORRECT.

03:44PM 1    Q.   AND YOU TOOK THE GOVERNMENT'S REQUEST SERIOUSLY; RIGHT?

03:44PM 2    A.   I DID.

03:44PM 3    Q.   AND AFTER CONDUCTING THAT SEARCH, YOU REPORTED THAT YOU

03:44PM 4    DID NOT FIND MUCH THAT WAS OUT OF PLACE; CORRECT?

03:44PM 5    A.   CORRECT.

03:44PM 6    Q.   COULD YOU TURN TO EXHIBIT 20074 IN YOUR BINDER.

03:45PM 7         DO YOU SEE THIS IS AN EMAIL FROM YOU IN JANUARY OF 2021?

03:45PM 8    A.   ON THE BACK SIDE I THINK?

03:45PM 9    Q.   YES.

03:45PM 10   A.   YES.

03:45PM 11   Q.   AND DO YOU SEE THAT THIS WAS SENT TO GEORGE SCAVDIS?

03:45PM 12   A.   I SEE THAT.

03:45PM 13   Q.   OKAY.  AND YOU UNDERSTAND HE WORKS FOR THE GOVERNMENT;

03:45PM 14   RIGHT?

03:45PM 15   A.   I DO.

03:45PM 16        MS. MCDOWELL:  YOUR HONOR, WE MOVE TO ADMIT

03:45PM 17   EXHIBIT 20074.

03:45PM 18        MR. BOSTIC:  NO OBJECTION.

03:45PM 19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:45PM 20   (DEFENDANT'S EXHIBIT 20074 WAS RECEIVED IN EVIDENCE.)

03:45PM 21   BY MS. MCDOWELL:

03:45PM 22   Q.   SO, DR. ZACHMAN, YOU SEE AN EMAIL FROM YOU ON JANUARY 5TH,

03:45PM 23   2021; RIGHT?

03:45PM 24   A.   YES, I SEE THAT.

03:45PM 25   Q.   AND YOU HAVE REPORTED, "I HAVE REVIEWED ALL OF THE CHARTS

03:45PM  1    AND DID NOT COME UP WITH MUCH THAT SEEMED OUT OF PLACE.  I WILL

03:45PM  2    RUN A COUPLE BY DR. LINNERSON TOMORROW TO BE SURE HE AGREES."

03:46PM  3        DO YOU SEE THAT?

03:46PM  4    A.   YES.

03:46PM  5    Q.   AND THEN IF WE COULD LOOK UP, YOU RESPONDED AGAIN ON

03:46PM  6    JANUARY 8TH, 2021; RIGHT?

03:46PM  7    A.   YES.

03:46PM  8    Q.   AND THE SUBJECT LINE IS THERANOS; CORRECT?

03:46PM  9    A.   CORRECT.

03:46PM  10   Q.   AND YOU WROTE, "AFTER A THOROUGH REVIEW, IT HAS BEEN

03:46PM  11   DETERMINED THAT THERE WERE NOT ANY QUANT RESULTS THAT, IF IN

03:46PM  12   QUESTION, MADE ANY CLINICAL DIFFERENCE."

03:46PM  13       DO YOU SEE THAT?

03:46PM  14   A.   I DO.

03:46PM  15   Q.   "THE CASE WITH B.G.," AND THAT'S MS. GOULD; CORRECT?

03:46PM  16   A.   CORRECT.

03:46PM  17   Q.   "AND HER INTERACTION WITH ME IS THE ONLY CIRCUMSTANCE THAT

03:46PM  18   HAD QUANT VALUES THAT WERE OVERTLY ABNORMAL AND MADE A

03:46PM  19   DIFFERENCE TO HER CARE."

03:46PM  20       DO YOU SEE THAT?

03:46PM  21   A.   I DO.

03:46PM  22   Q.   AND YOU APOLOGIZE THAT YOU DID NOT HAVE MORE TO REPORT;

03:46PM  23   CORRECT?

03:46PM  24   A.   CORRECT.

03:46PM  25           MS. MCDOWELL:  YOUR HONOR, MAY I HAVE A MOMENT?

03:46PM  1              THE COURT:  YES.

03:46PM  2         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:47PM  3              MS. MCDOWELL:  NO FURTHER QUESTIONS.

03:47PM  4              MR. BOSTIC:  BRIEFLY, YOUR HONOR.

03:47PM  5                    **REDIRECT EXAMINATION**

03:47PM  6    BY MR. BOSTIC:

03:47PM  7    Q.   HELLO, DR. ZACHMAN.

03:47PM  8    A.   HELLO.

03:47PM  9    Q.   LET ME ASK YOU JUST A FEW QUESTIONS ABOUT THE TOPICS YOU

03:48PM 10    DISCUSSED ON REDIRECT OR ON CROSS.

03:48PM 11         FIRST OF ALL, STARTING WITH THE EMAIL THAT YOU WERE JUST

03:48PM 12    LOOKING AT WHERE YOU REPORTED BACK TO AN INVESTIGATOR FOR THE

03:48PM 13    GOVERNMENT THAT MS. GOULD'S RESULTS WERE THE ONLY CIRCUMSTANCE

03:48PM 14    THAT HAD QUANT VALUES THAT WERE OVERTLY ABNORMAL AND MADE A

03:48PM 15    DIFFERENCE TO HER CARE.

03:48PM 16         CAN YOU EXPLAIN WHAT YOU MEANT BY THOSE TWO THINGS?

03:48PM 17    A.   SURE.

03:48PM 18         THERE WERE SOME VALUES IN REVIEW OR IN ANY CLINICAL

03:48PM 19    SETTING OF A QUANT THAT COULD BE A COUPLE POINTS HIGHER OR A

03:48PM 20    COUPLE POINTS LOWER, BUT HER VALUES WERE EXTREMELY OUT OF A

03:48PM 21    RANGE THAT WAS ANTICIPATED, AND IT MADE A DIFFERENCE TO HER

03:48PM 22    CLINICAL CARE AS I REPORTED TO HER WHEN IT DROPPED TO 125 THAT

03:49PM 23    I WAS SUSPECTING THAT SHE HAD LOST THE PREGNANCY.

03:49PM 24    Q.   AND AFTER LOOKING AT RECORDS AT YOUR PRACTICE, YOU DIDN'T

03:49PM 25    SEE ANY OTHER INSTANCES WHERE THOSE THINGS WERE TRUE INVOLVING

03:49PM  1     A THERANOS RESULT; IS THAT CORRECT?

03:49PM  2     A.   CORRECT.

03:49PM  3     Q.   AND IS THAT WHAT YOU WERE REPORTING TO THE GOVERNMENT?

03:49PM  4     A.   YES.

03:49PM  5     Q.   YOU WERE ALSO ASKED ABOUT WHETHER PATIENTS OF YOUR

03:49PM  6     PRACTICE CONTINUED TO USE THERANOS AFTER YOUR EXPERIENCE WITH

03:49PM  7     MS. GOULD'S RESULTS.

03:49PM  8          DO YOU REMEMBER THAT?

03:49PM  9     A.   YES.

03:49PM  10    Q.   AFTER YOU MADE THE DECISION NOT TO SEND YOUR PATIENTS TO

03:49PM  11    THERANOS ANYMORE, WAS THERE ANYTHING YOU COULD DO TO STOP YOUR

03:49PM  12    PATIENTS FROM USING THERANOS, FORCE THEM NOT TO USE IT?

03:49PM  13    A.   NO.

03:49PM  14    Q.   YOU TESTIFIED THAT YOU WOULD SAY SOMETHING TO PATIENTS

03:49PM  15    WHEN THEY CHOSE TO GO TO THERANOS AFTER YOUR PROBLEMS WITH

03:49PM  16    MS. GOULD'S RESULTS; IS THAT RIGHT?

03:49PM  17    A.   I VOICED CONCERN, YES.

03:49PM  18    Q.   WHAT KINDS OF THINGS WOULD YOU SAY TO THEM?

03:49PM  19    A.   THAT I HAD HAD AN EXPERIENCE THAT HAS LED ME TO QUESTION

03:50PM  20    THE VALIDITY OF THE RESULTS THAT I WOULD SEE.

03:50PM  21    Q.   ON THE CHART THAT YOU WERE SHOWN ON CROSS-EXAMINATION, DID

03:50PM  22    YOU SEE THAT HCG TESTING CONTINUED THROUGH A LARGE PART OF

03:50PM  23    2015?

03:50PM  24    A.   YES.

03:50PM  25              MR. BOSTIC:  YOUR HONOR, EXHIBIT 4533 HAS ALREADY

ZACHMAN REDIRECT BY MR. BOSTIC

03:50PM  1    BEEN ADMITTED.  MAY WE PUBLISH?

03:50PM  2              THE COURT:  YES.

03:50PM  3    BY MR. BOSTIC:

03:50PM  4    Q.   DR. ZACHMAN, HAVE YOU SEEN THIS DOCUMENT BEFORE?

03:50PM  5    A.   I SAW IT YESTERDAY.

03:50PM  6    Q.   YESTERDAY FOR THE FIRST TIME?

03:50PM  7    A.   YES, FOR THE FIRST TIME.

03:50PM  8    Q.   OKAY.  IF I COULD DRAW YOUR ATTENTION TO THE TABLE AT THE

03:50PM  9    BOTTOM OF THIS DOCUMENT.

03:50PM  10       DO YOU SEE THERE THERE'S A LIST OF THERANOS ASSAYS AND THE

03:50PM  11   DATES ON WHICH THEY WERE RUN?

03:50PM  12   A.   YES, I SEE THAT.

03:50PM  13   Q.   AND DO YOU SEE THAT THIS CHART INDICATES THAT THERANOS

03:50PM  14   STOPPED RUNNING THE HCG ON ITS EDISON DEVICE IN JANUARY OF

03:51PM  15   2015?

03:51PM  16       DO YOU SEE THAT DATE?

03:51PM  17   A.   YES, I SEE THAT.

03:51PM  18   Q.   WE CAN SET THAT ASIDE.

03:51PM  19       DURING YOUR CONVERSATIONS WITH THERANOS, WERE YOU EVER

03:51PM  20   TOLD AT ANY TIME THAT THERANOS'S LAB DIRECTOR MADE THE DECISION

03:51PM  21   TO HALT ALL HCG TESTING ON THE COMPANY'S EDISON DEVICE IN MAY

03:51PM  22   OF 2014?

03:51PM  23   A.   NO.

03:51PM  24              MR. BOSTIC:  YOUR HONOR, PERMISSION TO PUBLISH

03:51PM  25   EXHIBIT 4520, WHICH IS ALREADY IN EVIDENCE?

03:51PM  1                    THE COURT:  YES.

03:51PM  2     BY MR. BOSTIC:

03:51PM  3     Q.   DURING YOUR CONVERSATIONS WITH THERANOS, DID ANYONE FROM

03:51PM  4     THE COMPANY TELL YOU THAT THE COMPANY HAD EXPERIENCED OTHER

03:51PM  5     PROBLEMS WITH HCG TESTING ORDERED BY OTHER DOCTORS?

03:51PM  6     A.   NO.

03:51PM  7     Q.   IF WE COULD LOOK AT PAGE 15 OF THIS EXHIBIT.

03:52PM  8          AND IN THE MIDDLE OF THE PAGE THERE'S AN ENTRY FROM

03:52PM  9     AUGUST 14TH, 2014.

03:52PM  10         AND MAYBE, MS. WACHS, IF WE CAN JUST ZOOM IN ON THE

03:52PM  11    LEFT-SIDE COLUMN SO WE CAN GET A LITTLE BIGGER.  PERFECT.

03:52PM  12    THANK YOU.

03:52PM  13         DO YOU SEE THE SECOND ITEM IN THIS TABLE LISTS A REPORT

03:52PM  14    WHERE A PATIENT WAS DRAWN IN JULY OF 2014 AND THERE WAS SOME

03:52PM  15    ISSUES RELATING TO THE VALIDITY OF THE HCG RESULTS?

03:52PM  16    A.   I SEE THE DATE THERE.  I SEE THAT THERE'S QUESTION ABOUT

03:52PM  17    THE VALUE.

03:52PM  18    Q.   AND DO YOU SEE THAT IT WAS REPORTED THAT THOSE RESULTS LED

03:52PM  19    SOMEONE TO CONCLUDE THAT THE PATIENT WAS LIKELY MISCARRYING,

03:52PM  20    BUT IT WAS NOT COMMUNICATED WITH THE PATIENT?

03:53PM  21    A.   I SEE THAT.

03:53PM  22    Q.   AND DO YOU SEE THAT AFTER THE RESULTS INDICATING A

03:53PM  23    MISCARRYING, THERE WAS A THIRD DRAW AT SONORAQUEST, A

03:53PM  24    NON-THERANOS LAB, WHICH RETURNED A MUCH HIGHER HCG RESULT.

03:53PM  25         DO YOU SEE THAT?

03:53PM  1    A.   YES.

03:53PM  2    Q.   WAS THAT THE SAME EXPERIENCE THAT YOU HAD WITH MS. GOULD?

03:53PM  3    A.   YES.

03:53PM  4    Q.   LET'S GO TO PAGE 17 ON THIS CHART.

03:53PM  5         IN THE MIDDLE OF THAT PAGE THERE'S AN ENTRY FROM

03:53PM  6    AUGUST 28TH, 2014.

03:53PM  7         DO YOU SEE HERE THAT IN AUGUST IT'S REPORTED THAT THE

03:53PM  8    PATIENT WENT IN FOR HCG AND CAME OUT WITH A VALUE OF 600,000

03:53PM  9    BUT THEN 2 DAYS LATER CAME BACK AT A LEVEL OF 3,000?

03:53PM  10   A.   YES, I SEE THAT.

03:53PM  11   Q.   AND THEN YOU SEE THAT SAME PATIENT WENT TO A NON-THERANOS

03:53PM  12   LAB AFTER THERANOS AND THE NUMBER JUMPED BACK UP TO 50,000?

03:53PM  13   A.   I SEE THAT.

03:53PM  14   Q.   DOES THAT ALSO REMIND YOU OF THE RESULTS THAT YOU SAW WITH

03:54PM  15   MS. GOULD, YOUR PATIENT?

03:54PM  16   A.   IT DOES.

03:54PM  17   Q.   LET'S GO TO PAGE 20 NEXT.

03:54PM  18        AND THERE, THERE ARE ENTRIES ON SEPTEMBER 26TH AND 28TH OF

03:54PM  19   2014.

03:54PM  20        AND DO YOU SEE THAT THERE ON THE RIGHT SIDE IN THE LOWER

03:54PM  21   RIGHT THERE ARE MORE REPORTS ABOUT COMPLAINTS THAT THERANOS

03:54PM  22   RECEIVED IN SEPTEMBER OF 2014 ABOUT ITS HCG RESULTS?

03:54PM  23   A.   I SEE THAT.

03:54PM  24   Q.   AGAIN, DID ANYONE AT THERANOS TELL YOU AT ANY TIME ABOUT

03:54PM  25   THE PROBLEMS THAT THERANOS WAS EXPERIENCING WITH ITS HCG

03:54PM  1    TESTING?

03:54PM  2    A.   NO.

03:54PM  3    Q.   THANK YOU.

03:55PM  4         NO FURTHER QUESTIONS.

03:55PM  5              MS. MCDOWELL:  BRIEFLY, YOUR HONOR.

03:55PM  6                    **RECROSS-EXAMINATION**

03:55PM  7    BY MS. MCDOWELL:

03:55PM  8    Q.   DR. ZACHMAN, YOU WERE ASKED IF YOU WERE AWARE THAT

03:55PM  9    THERANOS HAD HALTED THE USE OF THE EDISON FOR THE HCG RESULT IN

03:55PM  10   2014.

03:55PM  11        DO YOU RECALL THAT?

03:55PM  12   A.   I RECALL THAT QUESTION.

03:55PM  13   Q.   AND WERE YOU AWARE THAT THERANOS'S LAB DIRECTOR ALLOWED

03:55PM  14   HCG TO GO BACK ON THE EDISON IN JUNE OF 2014?  ARE YOU AWARE OF

03:55PM  15   THAT?

03:55PM  16   A.   NO.

03:55PM  17              MR. BOSTIC:  OBJECTION.  MISSTATES THE EVIDENCE.

03:55PM  18              THE COURT:  I THINK YOU SHOULD LAY A BETTER

03:55PM  19   FOUNDATION FOR THAT QUESTION.  I'LL SUSTAIN THE QUESTION AS

03:55PM  20   IT'S ASKED.

03:55PM  21   BY MS. MCDOWELL:

03:55PM  22   Q.   ARE YOU AWARE THAT THE LAB DIRECTOR, THERANOS'S LAB

03:55PM  23   DIRECTOR WOULD BE THE PERSON THAT WOULD MAKE A DECISION AS TO

03:55PM  24   WHETHER TO BRING THE EDISON BACK ONLINE FOR HCG TESTING?  ARE

03:55PM  25   YOU AWARE OF THAT?

03:55PM  1      A.   I AM NOT AWARE OF THAT.

03:56PM  2      Q.   OKAY.

03:56PM  3           NO FURTHER QUESTIONS, YOUR HONOR.

03:56PM  4                THE COURT:  ANYTHING FURTHER, MR. BOSTIC?

03:56PM  5                MR. BOSTIC:  NO, YOUR HONOR.

03:56PM  6                THE COURT:  MAY THIS WITNESS BE EXCUSED?

03:56PM  7                MR. BOSTIC:  YES, YOUR HONOR.

03:56PM  8                THE COURT:  MS. MCDOWELL.

03:56PM  9                MS. MCDOWELL:  YES, YOUR HONOR.

03:56PM 10                THE COURT:  YOU MAY BE EXCUSED.

03:56PM 11           DOES THE GOVERNMENT HAVE ANOTHER WITNESS?

03:56PM 12                MR. LEACH:  WE DO, YOUR HONOR.  I NOTE THE TIME.

03:56PM 13                THE COURT:  I THINK WE CAN -- LADIES AND GENTLEMEN,

03:56PM 14      I HAVE -- WE HAVE -- THERE'S ONE LAST WITNESS THAT IS HERE

03:56PM 15      TODAY.

03:56PM 16           I'VE TALKED TO COUNSEL EARLIER, AND I THINK THAT THE

03:56PM 17      TOTALITY OF THIS TESTIMONY IS GOING TO BE 30 MINUTES.

03:56PM 18           IS THAT ACCURATE?

03:56PM 19                MR. LEACH:  I THINK THE GOVERNMENT'S DIRECT IS

03:56PM 20      APPROXIMATELY 15 MINUTES AT THE MOST, YOUR HONOR.  I JUST DON'T

03:56PM 21      WANT TO BE KEEPING THE JURY FROM THE WEEKEND.

03:56PM 22                MS. MCDOWELL:  SIMILAR SENTIMENTS.  I THINK THE

03:56PM 23      CROSS WILL BE BRIEF.

03:56PM 24                THE COURT:  OKAY.  LADIES AND GENTLEMEN, IF I COULD

03:56PM 25      IMPOSE ON YOU.

ZACHMAN RECROSS BY MS. MCDOWELL

03:56PM 1        I'D LIKE TO FINISH THIS WITNESS'S TESTIMONY TODAY IF WE

03:57PM 2    COULD SO WE DON'T HAVE TO HAVE THIS WITNESS COME BACK MONDAY.

03:57PM 3        IT WOULD BE ABOUT 30 MINUTES.  YOU JUST HEARD THESE

03:57PM 4    LAWYERS.

03:57PM 5        SO I'M GOING TO ALLOW THE GOVERNMENT TO CALL THIS WITNESS

03:57PM 6    NOW, AND WE'LL GET STARTED.

03:57PM 7        THANK YOU, MR. LEACH.

03:57PM 8        WHO DO YOU CALL?

03:57PM 9            MR. LEACH:  THE GOVERNMENT CALLS BRITTANY GOULD.

03:57PM 10           THE COURT:  THANK YOU.

03:57PM 11       GOOD AFTERNOON.  IF YOU WOULD COME FORWARD AND FACE OUR

03:57PM 12   COURTROOM DEPUTY AND RAISE YOUR RIGHT HAND.  SHE HAS A QUESTION

03:57PM 13   FOR YOU.

03:57PM 14       **(GOVERNMENT'S WITNESS, BRITTANY GOULD, WAS SWORN.)**

03:57PM 15           THE WITNESS:  YES.

03:58PM 16           THE COURT:  PLEASE HAVE A SEAT UP HERE.

03:58PM 17       MAKE YOURSELF COMFORTABLE.  ADJUST THE CHAIR AND

03:58PM 18   MICROPHONE AS YOU NEED.

03:58PM 19           THE WITNESS:  OKAY.

03:58PM 20           THE COURT:  AND THERE'S WATER THERE FOR REFRESHMENT

03:58PM 21   SHOULD YOU WISH.

03:58PM 22       WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

03:58PM 23   AND THEN SPELL IT, PLEASE.

03:58PM 24           THE WITNESS:  BRITTANY GOULD, B-R-I-T-T-A-N-Y,

03:58PM 25   G-O-U-L-D.

ZACHMAN RECROSS BY MS. MCDOWELL

03:58PM  1              THE COURT:  THANK YOU.

03:58PM  2       COUNSEL.

03:58PM  3              MR. LEACH:  THANK YOU, YOUR HONOR.

03:58PM  4                    **DIRECT EXAMINATION**

03:58PM  5       BY MR. LEACH:

03:58PM  6       Q.   MS. GOULD, IF YOU'RE FULLY VACCINATED AND COMFORTABLE, YOU

03:58PM  7       HAVE THE COURT'S PERMISSION TO TESTIFY WITHOUT YOUR MASK.

03:58PM  8       A.   OKAY.  THANK YOU.

03:58PM  9       Q.   YOU'RE WELCOME.  WHERE DO YOU LIVE, MS. GOULD?

03:58PM  10      A.   I LIVE IN ARIZONA.

03:58PM  11      Q.   HOW LONG HAVE YOU LIVED IN ARIZONA?

03:58PM  12      A.   APPROXIMATELY 19 YEARS.

03:58PM  13      Q.   AND WHAT DO YOU DO FOR A LIVING?

03:58PM  14      A.   I'M IN THE MEDICAL FIELD.  I'M A MEDICAL ASSISTANT.

03:58PM  15      Q.   AND WHAT ARE YOUR JOB DUTIES AS A MEDICAL ASSISTANT?

03:58PM  16      A.   DRAWING BLOOD FOR PATIENTS, COMMUNICATING TEST RESULTS,

03:58PM  17      ESCORTING THEM BACK TO THEIR PATIENT ROOMS, AND BEING THE

03:58PM  18      LIAISON BETWEEN THE DOCTOR AND THE PATIENT.

03:59PM  19      Q.   WOULD YOU MIND PULLING YOUR MICROPHONE A LITTLE BIT

03:59PM  20      CLOSER.  I WANT TO MAKE SURE EVERYBODY CAN HEAR YOU.

03:59PM  21      A.   YES.  BETTER?

03:59PM  22      Q.   OKAY.  PERFECT.

03:59PM  23           WHAT TYPES OF PRACTICES HAVE YOU WORKED IN AS A MEDICAL

03:59PM  24      ASSISTANT?

03:59PM  25      A.   PRIMARY CARE.  I'VE DONE NEUROSURGERY AS WELL AS

03:59PM  1    GASTROENTEROLOGY.

03:59PM  2    Q.   SO PRIMARY CARE?

03:59PM  3    A.   UH-HUH.

03:59PM  4    Q.   AND WHAT DOES THAT INVOLVE?

03:59PM  5    A.   JUST GENERAL PRACTICE, FAMILY CARE.  SO WE SEE ALL AGES.

03:59PM  6    Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD 2014.

03:59PM  7         DO YOU HAVE THAT TIME PERIOD IN MIND?

03:59PM  8    A.   YES.

03:59PM  9    Q.   AND WHERE WERE YOU WORKING AT THAT TIME?

03:59PM  10   A.   I WAS WORKING FOR A DOCTOR, DR. CYNTHIA BARRY.

03:59PM  11   Q.   OKAY.  AND WHAT DID YOU DO FOR DR. BARRY?

03:59PM  12   A.   SHE WAS A PRIMARY CARE PHYSICIAN.  SO AT HER OFFICE, I

03:59PM  13   WOULD DRAW BLOOD, AND ESCORT THE PATIENTS TO THEIR EXAM ROOMS,

03:59PM  14   AND THINGS OF THAT SORT.

03:59PM  15   Q.   OKAY.  SO YOU HAD EXPERIENCE DRAWING BLOOD FROM PATIENTS?

03:59PM  16   A.   YES, UH-HUH.

03:59PM  17              THE COURT:  IS THAT YES?

03:59PM  18              THE WITNESS:  YES.

03:59PM  19              MR. LEACH:  THANK YOU, YOUR HONOR.

03:59PM  20   Q.   IN OR AROUND THIS TIME, DID YOU BECOME FAMILIAR WITH A

03:59PM  21   COMPANY CALLED THERANOS?

03:59PM  22   A.   YES.

03:59PM  23   Q.   AND HOW DID YOU BECOME FAMILIAR WITH THERANOS?

03:59PM  24   A.   WE HAD A REPRESENTATIVE COME INTO DR. BARRY'S OFFICE WITH

04:00PM  25   INFORMATION REGARDING THEIR LAB.

ZACHMAN RECROSS BY MS. MCDOWELL

04:00PM 1    Q.   WHAT TYPES OF INFORMATION DID THE REPRESENTATIVE BRING IN?

04:00PM 2    A.   THEY BROUGHT US A LIST OF PRICES AND LOCATIONS, THINGS OF

04:00PM 3    THAT SORT.

04:00PM 4    Q.   OKAY.  DID THE BROCHURES ALSO TALK ABOUT HOW THERANOS

04:00PM 5    WOULD DRAW BLOOD?

04:00PM 6    A.   YES.

04:00PM 7    Q.   AND WHAT DO YOU REMEMBER?

04:00PM 8    A.   IT WAS A FINGER POKE.

04:00PM 9    Q.   OKAY.  AND WAS THAT IMPRESSIVE TO YOU?

04:00PM 10   A.   YES.

04:00PM 11   Q.   AND WHY WAS THAT IMPRESSIVE TO YOU?

04:00PM 12   A.   LESS INVASIVE FORM OF DRAWING BLOOD.

04:00PM 13   Q.   WERE YOU IMPRESSED BY THE COST?

04:00PM 14   A.   YES.

04:00PM 15   Q.   AND WERE YOU IMPRESSED BY THE CONVENIENCE OF THE

04:00PM 16   LOCATIONS?

04:00PM 17   A.   YES.

04:00PM 18   Q.   OKAY.  IN OR AROUND THIS TIME, DID YOU START TO RECOMMEND

04:00PM 19   THERANOS TO SOME OF YOUR PATIENTS?

04:00PM 20   A.   YES, CORRECT.

04:00PM 21   Q.   AND WHAT WOULD YOU TELL THEM?

04:00PM 22   A.   WE WOULD JUST OFFER THEM THAT LAB AS AN ALTERNATIVE AND IT

04:00PM 23   WAS AT THE PATIENT'S DISCRETION, BUT WE DID OFFER THAT.

04:00PM 24   Q.   OKAY.  AND YOU WERE EXCITED ABOUT THE WAY THERANOS DREW

04:00PM 25   BLOOD?

ZACHMAN RECROSS BY MS. MCDOWELL

04:00PM 1    A.   CORRECT.

04:00PM 2    Q.   OKAY.  IN THIS SAME TIME PERIOD, 2014, DID YOU ALSO SEEK

04:01PM 3    MEDICAL CARE FROM SOMEONE NAMED DR. ZACHMAN?

04:01PM 4    A.   YES.

04:01PM 5    Q.   OKAY.  AND DID YOU -- IN THIS TIME PERIOD, WERE YOU AND

04:01PM 6    YOUR HUSBAND TRYING TO HAVE A BABY?

04:01PM 7    A.   YES.

04:01PM 8    Q.   AND HAD CONCEIVING CHILDREN BEEN EASY FOR YOU?

04:01PM 9    A.   NO.

04:01PM 10   Q.   AND IN THE FALL OF 2014, DID YOU LEARN THAT YOU WERE

04:01PM 11   EXPECTING?

04:01PM 12   A.   YES.

04:01PM 13   Q.   HOW DID YOU LEARN THAT YOU WERE EXPECTING?

04:01PM 14   A.   INITIALLY IT WAS AN AT-HOME PREGNANCY TEST.

04:01PM 15   Q.   AN AT-HOME TEST THAT YOU BOUGHT OFF THE SHELF?

04:01PM 16   A.   CORRECT.

04:01PM 17   Q.   AND DID YOU GO IN TO SEE DR. ZACHMAN?

04:01PM 18   A.   CORRECT.

04:01PM 19   Q.   AND WAS DR. ZACHMAN FAMILIAR WITH YOUR, YOUR MEDICAL

04:01PM 20   HISTORY?

04:01PM 21   A.   YES.

04:01PM 22   Q.   WAS SHE FAMILIAR WITH SOME OF THE DIFFICULTIES THAT YOU

04:01PM 23   HAD CONCEIVING CHILDREN?

04:01PM 24   A.   YES.

04:01PM 25   Q.   LET ME DRAW YOUR ATTENTION TO WHAT IS IN EVIDENCE AS

04:01PM   1    EXHIBIT 5410.

04:02PM   2              PERMISSION TO DISPLAY, YOUR HONOR?

04:02PM   3                    THE COURT:  YES.

04:02PM   4    BY MR. LEACH:

04:02PM   5    Q.   MS. GOULD, ARE YOU ABLE TO SEE THAT ON THE SCREEN?

04:02PM   6    A.   YES.

04:02PM   7    Q.   AND DO YOU SEE YOUR NAME IN THE LEFT CORNER?

04:02PM   8    A.   YES.

04:02PM   9    Q.   AND DO YOU SEE A REFERENCE TO SOUTHWEST CONTEMPORARY

04:02PM  10    WOMEN'S CARE IN THE LEFT CORNER?

04:02PM  11    A.   YES.

04:02PM  12    Q.   AND DO YOU SEE THE DATE DRAWN?  AND DO THESE APPEAR TO BE

04:02PM  13    LAB RESULTS RELATING TO YOUR PREGNANCY IN 2014?

04:02PM  14    A.   YES.  CORRECT.

04:02PM  15    Q.   AND THERE'S A DATE DRAWN OF SEPTEMBER 30TH, 2014.

04:02PM  16         DO YOU SEE THAT?

04:02PM  17    A.   YES.

04:02PM  18    Q.   AND FURTHER BELOW THERE'S A VALUE FOR SOMETHING CALLED HCG

04:02PM  19    QUANTITATIVE.

04:02PM  20         DO YOU SEE THAT?

04:02PM  21    A.   YES.

04:02PM  22    Q.   WERE YOU FAMILIAR WITH THE TERM HCG?

04:02PM  23    A.   YES.

04:02PM  24    Q.   AND THAT WAS A -- WHAT DID YOU UNDERSTAND HCG TO BE?

04:02PM  25    A.   IT'S A HORMONE THAT IS PRESENT DURING PREGNANCY THAT GOES

04:02PM  1    HIGHER DURING PREGNANCY.

04:02PM  2    Q.   OKAY.  SO YOU UNDERSTOOD AT THE TIME THAT YOU WANTED TO

04:02PM  3    SEE YOUR NUMBERS GOING UP --

04:02PM  4    A.   CORRECT.

04:02PM  5    Q.   -- WITH RESPECT TO -- WE NEED TO SPEAK ONE AT A TIME TO

04:02PM  6    MAKE SURE THE COURT REPORTER GETS IT DOWN.

04:03PM  7         SO MY QUESTION IS THAT YOU WANTED TO MAKE SURE THAT YOU

04:03PM  8    SEE NUMBERS GOING UP OVER TIME?

04:03PM  9    A.   YES.

04:03PM  10   Q.   AND WAS THE HCG NUMBER IMPORTANT TO YOU?

04:03PM  11   A.   YES.

04:03PM  12   Q.   HOW SO?

04:03PM  13   A.   I WOULD EXPECT TO SEE THAT NUMBER DOUBLING EVERY 48 HOURS

04:03PM  14   IN A HEALTHY PREGNANCY.

04:03PM  15   Q.   OKAY.  AND IN OR AROUND THE TIME PERIOD SEPTEMBER 30TH,

04:03PM  16   2014, DID YOU MEET WITH DR. ZACHMAN ABOUT YOUR PREGNANCY?

04:03PM  17   A.   YES.

04:03PM  18   Q.   AND DID SHE CONVEY TO YOU THIS HCG NUMBER OF ABOUT A

04:03PM  19   THOUSAND?

04:03PM  20   A.   YES.

04:03PM  21   Q.   AND WAS THAT GOOD NEWS?

04:03PM  22   A.   YES.

04:03PM  23   Q.   OKAY.  DID SHE ALSO RECOMMEND THAT YOU SEEK FURTHER HCG

04:03PM  24   TESTING?

04:03PM  25   A.   YES.

04:03PM  1    Q.   AND WAS THAT BASICALLY EVERY TWO DAYS?

04:03PM  2    A.   CORRECT.  APPROXIMATELY.

04:03PM  3    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED

04:03PM  4    AS EXHIBIT 2444.

04:03PM  5         PERMISSION TO PUBLISH, YOUR HONOR?

04:03PM  6              THE COURT:  YES.

04:03PM  7    BY MR. LEACH:

04:03PM  8    Q.   AND IF WE CAN ZOOM IN ON THE TOP HALF, MS. WACHS.

04:03PM  9         DO YOU SEE THE LOGO FOR THERANOS IN THE TOP LEFT CORNER,

04:04PM  10   MS. GOULD?

04:04PM  11   A.   YES.

04:04PM  12   Q.   IN OR AROUND THIS TIME PERIOD OCTOBER 2ND, 2014, DID YOU

04:04PM  13   DECIDE TO HAVE YOUR BLOOD DRAWN FROM THERANOS?

04:04PM  14   A.   YES.

04:04PM  15   Q.   AND WHY DID YOU DO THAT?

04:04PM  16   A.   OUT OF CONVENIENCE.

04:04PM  17   Q.   OKAY.  WERE YOU ALSO ATTRACTED BY THE COST?

04:04PM  18   A.   YES.

04:04PM  19   Q.   WERE YOU ALSO ATTRACTED BY THE FACT THAT YOUR BLOOD WOULD

04:04PM  20   BE DRAWN BY A FINGERSTICK?

04:04PM  21   A.   YES, RIGHT.

04:04PM  22   Q.   AND WHERE DID YOU GET YOUR TEST?

04:04PM  23   A.   INSIDE OF A WALGREENS.

04:04PM  24   Q.   OKAY.  AND TELL US ABOUT YOUR EXPERIENCE IN WALGREENS?

04:04PM  25   A.   IT WAS UNREMARKABLE.  I MEAN, THE ONLY THING I COULD

ZACHMAN RECROSS BY MS. MCDOWELL

04:04PM 1    RECALL WAS THE FINGER POKE.

04:04PM 2    Q.   AND DO YOU REMEMBER HOW YOU PAID FOR YOUR TEST?

04:04PM 3    A.   I CAN'T RECALL.

04:04PM 4    Q.   AT SOME TIME AROUND -- IF WE GO TO THE NEXT PAGE, PLEASE.

04:04PM 5         AND IF WE CAN ZOOM IN, MS. WACHS.

04:04PM 6         DO YOU SEE THE DATE OF THIS VISIT IS OCTOBER 4TH, 2014, IN

04:05PM 7    THE RIGHT CORNER, MS. GOULD?

04:05PM 8    A.   YES.

04:05PM 9    Q.   AND THAT'S TWO DAYS AFTER YOUR FIRST VISIT TO THERANOS?

04:05PM 10   A.   CORRECT.

04:05PM 11   Q.   AND SO AFTER YOUR FIRST VISIT, YOU WENT BACK FOR A SECOND

04:05PM 12   TEST?

04:05PM 13   A.   CORRECT.

04:05PM 14   Q.   AND WHY DID YOU DO THAT?

04:05PM 15   A.   AGAIN, CONVENIENCE.  NOTHING STRUCK ME AS ALARMING.

04:05PM 16   Q.   OKAY.  AND DID THE FACT THAT IT WOULD BE DRAWN BY A

04:05PM 17   FINGERSTICK, WAS THAT ATTRACTIVE TO YOU THEN?

04:05PM 18   A.   YES.

04:05PM 19   Q.   THIS REPORTS AN HCG RESULT OF 125.58.

04:05PM 20        DO YOU SEE THAT?

04:05PM 21   A.   YES.

04:05PM 22   Q.   IN OR AROUND THIS TIME PERIOD, OCTOBER 4TH, 2014, DID YOU

04:05PM 23   HAVE CONTACT WITH DR. ZACHMAN ABOUT THIS RESULT?

04:05PM 24   A.   YES.

04:05PM 25   Q.   WHAT DID SHE TELL YOU?

04:05PM   1    A.   THAT MY NUMBERS WERE FALLING.

04:05PM   2    Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN, THAT YOUR

04:05PM   3    NUMBERS WERE FALLING?

04:05PM   4    A.   I INTERPRETED IT THAT MY BODY WAS MISCARRYING.

04:05PM   5    Q.   AND DID YOU HAVE CONVERSATIONS WITH DR. ZACHMAN ABOUT

04:05PM   6    POSSIBLE MEDICAL TREATMENT ASSOCIATED WITH YOUR FALLING HCG

04:06PM   7    RESULT?

04:06PM   8    A.   YES.

04:06PM   9    Q.   DID DR. ZACHMAN ALSO RECOMMEND THAT YOU GET RETESTED?

04:06PM   10   A.   YES.

04:06PM   11   Q.   OKAY.  AND DID YOU, IN FACT, GET RETESTED?

04:06PM   12   A.   YES.

04:06PM   13   Q.   AND WHAT DID YOU DO?

04:06PM   14   A.   WE WENT TO SONORAQUEST.

04:06PM   15   Q.   OKAY.  LET'S LOOK AT WHAT IS IN EVIDENCE AS EXHIBIT 3305.

04:06PM   16        DO YOU SEE, MS. GOULD, THERE'S A DATE DRAWN OF

04:06PM   17   OCTOBER 6TH, 2014?

04:06PM   18   A.   YES.

04:06PM   19   Q.   AND DO YOU SEE YOUR NAME IN THE LEFT CORNER?

04:06PM   20   A.   YES.

04:06PM   21   Q.   OKAY.  AND DO YOU SEE THERE'S AN HCG VALUE IN ROUGHLY THE

04:06PM   22   MIDDLE OF THE PAGE OF 9,559?

04:06PM   23   A.   YES.

04:06PM   24   Q.   OKAY.  IN OR AROUND THIS TIME, DID YOU HAVE CONVERSATIONS

04:06PM   25   WITH DR. ZACHMAN ABOUT THIS TEST RESULT?

ZACHMAN RECROSS BY MS. MCDOWELL

04:06PM 1    A.   YES.

04:06PM 2    Q.   AND WHY DID YOU GO TO QUEST AS OPPOSED TO THERANOS?

04:07PM 3    A.   THIS LAB, I BELIEVE, WAS DRAWN IN THE OFFICE AT

04:07PM 4    DR. ZACHMAN'S.

04:07PM 5    Q.   OKAY.  AND DID YOU HAVE CONVERSATIONS WITH DR. ZACHMAN

04:07PM 6    ABOUT WHAT THE VALUE THAT WAS REPORTED, 9,559 MEANT?

04:07PM 7    A.   YES.

04:07PM 8    Q.   OKAY.  AND WHAT DID SHE TELL YOU?

04:07PM 9    A.   IT WAS CONFUSING.  I CAN'T RECALL THE EXACT CONVERSATION,

04:07PM 10   BUT IT WAS CONFUSING.

04:07PM 11   Q.   OKAY.  WAS THIS MORE OPTIMISTIC IN TERMS OF HAVING A

04:07PM 12   VIABLE PREGNANCY?

04:07PM 13   A.   YES.

04:07PM 14   Q.   AND DID YOU MAKE THE DECISION TO GET RETESTED AFTER THIS

04:07PM 15   TEST WITH SONORAQUEST?

04:07PM 16   A.   YES.

04:07PM 17   Q.   LET'S LOOK AT WHAT IS IN EVIDENCE AS EXHIBIT 5411.

04:07PM 18        DO YOU SEE THE DATE DRAWN HERE IS OCTOBER 8TH, 2014?

04:07PM 19   A.   YES.

04:07PM 20   Q.   SO TWO DAYS AFTER THE LAST TEST THAT WE JUST SAW?

04:08PM 21   A.   YES.

04:08PM 22   Q.   AND THE VALUE HERE IS 17,716?

04:08PM 23   A.   YES.

04:08PM 24   Q.   AND WAS THIS FURTHER GOOD NEWS IN TERMS OF A VIABLE

04:08PM 25   PREGNANCY?

5835

04:08PM  1    A.   CORRECT.   CORRECT.

04:08PM  2    Q.   AND DID YOU ULTIMATELY GIVE BIRTH TO A GIRL?

04:08PM  3    A.   I DID, YES.

04:08PM  4    Q.   AFTER YOUR EXPERIENCE WITH THERANOS, DID YOU EVER GO BACK?

04:08PM  5    A.   NO.

04:08PM  6    Q.   WHY NOT?

04:08PM  7    A.   THE INACCURACY.

04:08PM  8    Q.   AFTER THIS EXPERIENCE WITH THERANOS, DID YOU EVER

04:08PM  9    RECOMMEND THAT DR. BARRY SEND PATIENTS TO THERANOS?

04:08PM  10   A.   NO.

04:08PM  11           MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

04:08PM  12           THE COURT:  YES.

04:08PM  13        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

04:08PM  14           MR. LEACH:  NO FURTHER QUESTIONS FOR MS. GOULD.

04:09PM  15           THE COURT:  ALL RIGHT.  ANY CROSS-EXAMINATION?

04:09PM  16           MS. MCDOWELL:  WE DON'T HAVE ANY QUESTIONS FOR THIS

04:09PM  17   WITNESS, YOUR HONOR.

04:09PM  18           THE COURT:  ALL RIGHT.  IS THIS WITNESS EXCUSED?

04:09PM  19           MR. LEACH:  YES.

04:09PM  20           MS. MCDOWELL:  YES.

04:09PM  21           THE COURT:  ALL RIGHT.  YOU'RE EXCUSED.

04:09PM  22        ALL RIGHT.  THANK YOU.  THE RECORD SHOULD REFLECT THAT

04:09PM  23   MS. GOULD HAS LEFT THE COURTROOM.  ALL COUNSEL ARE PRESENT.

04:09PM  24   OUR JURY IS PRESENT.

04:09PM  25           LADIES AND GENTLEMEN, THANK YOU, THANK YOU VERY MUCH,

5836

04:09PM 1    LADIES AND GENTLEMEN OF THE JURY, FOR ALLOWING ME TO GO OVER.

04:09PM 2    THE LAWYERS WERE EFFICIENT AS PROMISED AND ALLOWED THIS WITNESS

04:09PM 3    TO COMPLETE HER TESTIMONY TODAY.  SO THANK YOU VERY MUCH.

04:09PM 4        DO YOU HAVE ANOTHER WITNESS TO CALL TODAY?

04:09PM 5        (LAUGHTER.)

04:09PM 6            MR. LEACH:  I DON'T INTEND TO DISAPPOINT ANYBODY,

04:09PM 7    BUT, NO, NOT TODAY.

04:09PM 8            THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL TAKE OUR

04:09PM 9    WEEKEND BREAK THEN, SHALL WE?

04:09PM 10       DURING THE BREAK, PLEASE DO NOT DISCUSS ANYTHING ABOUT

04:09PM 11   THIS CASE OR IN ANY WAY TRY TO LEARN ANYTHING ABOUT IT.

04:09PM 12       THANK YOU FOR YOUR PATIENCE IN HAVING ME REPEAT THAT

04:10PM 13   QUESTION WHEN WE END EVERY DAY WITH.  AND YOU KNOW THE FIRST

04:10PM 14   THING I'M GOING TO DO WHEN I ASK YOU THAT QUESTION ON TUESDAY.

04:10PM 15   I THINK TUESDAY IS OUR NEXT SESSION.

04:10PM 16       HAVE A GOOD WEEKEND.  ENJOY.  I THINK IT'S GOING TO BE

04:10PM 17   SUNNY THIS WEEKEND, SO ENJOY.  STAY HEALTHY.  AND WE'LL SEE YOU

04:10PM 18   NEXT TUESDAY.  THANK YOU.

04:10PM 19       (JURY OUT AT 4:10 P.M.)

04:10PM 20           THE COURT:  PLEASE BE SEATED.  THANK YOU.

04:10PM 21   THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT.  ALL

04:10PM 22   COUNSEL, MR. BALWANI ARE PRESENT.

04:10PM 23       SO WE'LL PROCEED WITH THE GOVERNMENT'S NEXT WITNESS ON

04:11PM 24   TUESDAY I PRESUME; IS THAT RIGHT?

04:11PM 25           MR. SCHENK:  YES, YOUR HONOR.

5837

04:11PM    1              THE COURT:  OKAY.  GREAT.  THANK YOU.  HAVE A GOOD

04:11PM    2    WEEKEND.  THANK YOU.

04:11PM    3              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:11PM    4         (COURT ADJOURNED AT 4:11 P.M.)

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3                        CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  MAY 13, 2022

19

20

21

22

23

24

25