```
1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )
6                                    )   CR-18-00258-EJD
                    PLAINTIFF,       )
7                                    )   SAN JOSE, CALIFORNIA
               VS.                   )
8                                    )   MAY 18, 2022
    RAMESH "SUNNY" BALWANI,          )
9                                    )   VOLUME 31
                    DEFENDANT.       )
10  _____  )   PAGES 5872 - 6157

11

12              TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13                UNITED STATES DISTRICT JUDGE

14  A P P E A R A N C E S:

15  FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
           (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
    OFFICIAL COURT REPORTERS:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23                         LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25            TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1      A P P E A R A N C E S: (CONT'D)

 2      FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                BY:  MOLLY MCCAFFERTY
 3                                   SHAWN ESTRADA
                                THE ORRICK BUILDING
 4                              405 HOWARD STREET
                                SAN FRANCISCO, CALIFORNIA 94105
 5
                                BY:  JEFFREY COOPERSMITH
 6                                   AARON BRECHER
                                     AMANDA MCDOWELL
 7                              701 FIFTH AVENUE, SUITE 5600
                                SEATTLE, WASHINGTON 98104
 8
                                BY:  STEPHEN CAZARES
 9                              77 SOUTH FIGUEROA STREET, SUITE 3200
                                LOS ANGELES, CALIFORNIA 90017
10
                                BY:  AMY WALSH
11                              51 W 52ND STREET
                                NEW YORK, NEW YORK 10019
12

13      ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                                BY:  MADDI WACHS, PARALEGAL
14                                   SARA SLATTERY, PARALEGAL

15                              ORRICK, HERRINGTON & SUTCLIFFE
                                JENNIFER CYGNOR, PARALEGAL
16
                                PROLUMINA
17                              BY:  CHRISTIAN TIEDEMANN
                                2200 SIXTH AVENUE, SUITE 425
18                              SEATTLE, WASHINGTON 98121

19                              UNITED STATES POSTAL INSPECTION SERVICE
                                BY:  CHRISTOPHER MCCOLLOW
20
                                FEDERAL BUREAU OF INVESTIGATION
21                              BY:  MARIO C. SCUSSEL

22                              UNITED STATES FOOD & DRUG
                                ADMINISTRATION
23                              BY:  GEORGE SCAVDIS

24

25
```

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**MARK BURNES**
DIRECT EXAM BY MR. SCHENK              P. 5877
CROSS-EXAM BY MR. COOPERSMITH          P. 5911
REDIRECT EXAM BY MR. SCHENK            P. 5927


**MEHRL ELLSWORTH**
DIRECT EXAM BY MR. SCHENK              P. 5930


**BRENT BINGHAM**
DIRECT EXAM BY MR. BOSTIC              P. 5940
CROSS-EXAM BY MR. COOPERSMITH          P. 5964


**ERIN TOMPKINS**
DIRECT EXAM BY MR. BOSTIC              P. 5977
CROSS-EXAM BY MR. COOPERSMITH          P. 5991
REDIRECT EXAM BY MR. BOSTIC            P. 6012


**BRIAN GROSSMAN**
DIRECT EXAM BY MR. LEACH               P. 6036
CROSS-EXAM BY MS. WALSH                P. 6138

INDEX OF EXHIBITS

                    IDENT.          EVIDENCE

GOVERNMENT'S

4938, PAGES 2 AND 8                      5886
4415                                     5896
5839                                     5948
5840                                     5950
2730                                     5952
2729                                     5955
5843                                     5960
5838                                     5961
5483                                     5982
5484                                     5990
1360                                     6055
1404                                     6057
1422                                     6081
4077                                     6086
1443                                     6106
1454                                     6113
1477                                     6117
5441                                     6122
1482                                     6125
1505                                     6127
1506                                     6128
5858, REDACTED                           6137




DEFENDANT'S

20683, PAGES 1 AND 9                     5995
14259, REDACTED                          6006

5876

```
            1    SAN JOSE, CALIFORNIA                      MAY 18, 2022

            2                    P R O C E E D I N G S

09:05AM     3         (COURT CONVENED AT 9:05 A.M.)

09:05AM     4         (JURY IN AT 9:05 A.M.)

09:05AM     5             THE COURT:  WE ARE BACK ON THE RECORD IN THE BALWANI

09:05AM     6    MATTER.  ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.

09:05AM     7         OUR JURORS ARE PRESENT.

09:06AM     8         GOOD MORNING, LADIES AND GENTLEMEN.

09:06AM     9         BEFORE WE START TESTIMONY, LET ME ASK THE JURORS THE

09:06AM    10    QUESTION:  HAVE ANY OF YOU HAD OCCASION TO LEARN ABOUT, READ,

09:06AM    11    DISCUSS, OR IN ANY WAY DO ANY INVESTIGATION ABOUT THIS CASE

09:06AM    12    DURING OUR BREAK?

09:06AM    13         IF SO, PLEASE RAISE YOUR HAND.

09:06AM    14         THANK YOU.  I SEE NO HANDS.  THANK YOU VERY MUCH.

09:06AM    15         DOES THE GOVERNMENT HAVE A WITNESS TO CALL?

09:06AM    16             MR. SCHENK:  YES, YOUR HONOR.

09:06AM    17         THE UNITED STATES CALLS DR. MARK BURNES.

09:06AM    18             THE COURT:  THANK YOU.

09:07AM    19         (PAUSE IN PROCEEDINGS.)

09:07AM    20             THE COURT:  GOOD MORNING, SIR.  IF YOU WOULD COME

09:07AM    21    FORWARD.

09:07AM    22         I'LL INVITE YOU TO STAND OVER HERE WHILE YOU FACE OUR

09:07AM    23    COURTROOM DEPUTY.  IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS

09:07AM    24    A QUESTION FOR YOU.

09:07AM    25         **(GOVERNMENT'S WITNESS, MARK BURNES, WAS SWORN.)**
```

09:07AM  1              THE WITNESS:  YES, I DO.

09:07AM  2              THE CLERK:  THANK YOU.

09:07AM  3              THE COURT:  PLEASE HAVE A SEAT UP HERE, SIR.

09:07AM  4          LET ME INVITE YOU TO MAKE YOURSELF COMFORTABLE.  ADJUST

09:07AM  5      THAT CHAIR AND MICROPHONE AS YOU NEED.

09:07AM  6          AND THERE'S SOME WATER THERE SHOULD YOU CARE TO --

09:07AM  7              THE WITNESS:  THANK YOU.

09:07AM  8              THE COURT:  -- REFRESH YOURSELF.

09:07AM  9          OF COURSE.

09:07AM 10          AND WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR

09:07AM 11      NAME AND THEN SPELL IT, PLEASE.

09:07AM 12              THE WITNESS:  DR. MARK BURNES, B-U-R-N-E-S.

09:07AM 13              THE COURT:  AND IS MARK M-A-R-K?

09:08AM 14              THE WITNESS:  YES.

09:08AM 15              THE COURT:  GREAT.  THANK YOU.

09:08AM 16              MR. SCHENK:  THANK YOU VERY MUCH, YOUR HONOR.

09:08AM 17                        **DIRECT EXAMINATION**

09:08AM 18      BY MR. SCHENK:

09:08AM 19      Q.   GOOD MORNING, DR. BURNES.

09:08AM 20      A.   GOOD MORNING.

09:08AM 21      Q.   I SEE YOU'RE GOING TO TESTIFY THIS MORNING WITH A CLEAR

09:08AM 22      MASK ON; IS THAT CORRECT?

09:08AM 23      A.   YES.

09:08AM 24              MR. SCHENK:  AND I BELIEVE THERE'S NO OBJECTION FROM

09:08AM 25      THE DEFENSE TO THAT PROCEDURE, YOUR HONOR.

09:08AM   1              MR. COOPERSMITH:  THERE IS NONE, YOUR HONOR.

09:08AM   2              THE COURT:  ALL RIGHT.  THANK YOU.

09:08AM   3              MR. SCHENK:  THANK YOU.

09:08AM   4    Q.   DR. BURNES, ARE YOU CURRENTLY EMPLOYED?

09:08AM   5    A.   I'M SELF-EMPLOYED AS A PHYSICIAN.

09:08AM   6    Q.   YOU SAID AS A PHYSICIAN.  AS A MEDICAL DOCTOR?

09:08AM   7    A.   YES.

09:08AM   8    Q.   AND WHAT TYPE OF MEDICINE DO YOU PRACTICE?

09:08AM   9    A.   INTERNAL MEDICINE.

09:08AM  10    Q.   HOW LONG HAVE YOU DONE THAT?

09:08AM  11    A.   SINCE 1992.

09:08AM  12    Q.   WOULD YOU BRIEFLY DESCRIBE FOR THE JURY YOUR EDUCATIONAL

09:08AM  13    BACKGROUND?

09:08AM  14    A.   I WENT TO UNDERGRADUATE SANTA CLARA UNIVERSITY HERE.

09:08AM  15         THEN I WAS GONE INTO THE MILITARY SERVICE FOR ABOUT SIX

09:08AM  16    YEARS.

09:08AM  17         THEN I WENT TO POST-GRADUATE SCHOOL IN TUCSON, ARIZONA,

09:08AM  18    THE UNIVERSITY OF ARIZONA, FOR ONE YEAR.

09:08AM  19         THEN I APPLIED AND WAS ACCEPTED TO MEDICAL SCHOOL AT

09:09AM  20    ST. LOUIS UNIVERSITY IN ST. LOUIS, MISSOURI IN 1985 TIMEFRAME.

09:09AM  21         I GRADUATED FROM THERE IN 1989.

09:09AM  22         I PERFORMED RESIDENCY IN PHOENIX, ARIZONA, AND I COMPLETED

09:09AM  23    IN 1992.

09:09AM  24         AND THEN I OPENED PRIVATE PRACTICE AT THAT TIME IN

09:09AM  25    PHOENIX.

09:09AM   1    Q.   YOU OPENED YOUR OWN PRIVATE PRACTICE IN THE PHOENIX AREA

09:09AM   2    IN 1992?

09:09AM   3    A.   YES.

09:09AM   4    Q.   AND WHAT TYPE OF MEDICINE DO YOU PRACTICE AT THIS PRIVATE

09:09AM   5    PRACTICE?

09:09AM   6    A.   INTERNAL MEDICINE, WHICH IS GENERALLY FOUNDING CARE FOR

09:09AM   7    ADULTS AND ELDERLY, MOSTLY OLDER FOLKS.

09:09AM   8    Q.   YOU SAID INTERNAL MEDICINE IS GENERALLY TO CARE FOR, I'M

09:09AM   9    SORRY?

09:09AM  10    A.   ADULTS.  BUT MOST OF MY PRACTICE IS ELDERLY.

09:09AM  11    Q.   IN THE COURSE OF YOUR MEDICAL TRAINING, DID YOU GAIN

09:09AM  12    EXPERIENCE WITH A BLOOD TEST THAT IS KNOWN AS PSA?

09:09AM  13    A.   YES.

09:09AM  14    Q.   WOULD YOU DESCRIBE THAT EXPERIENCE TO THE JURY, YOUR

09:10AM  15    TRAINING?

09:10AM  16    A.   INITIALLY IT WAS -- THE TRAINING INVOLVED MEDICAL SCHOOL

09:10AM  17    COURSES, FOLLOWED UP IN RESIDENCY, AND THEN IT'S BEEN PART OF

09:10AM  18    MY PRACTICE FOR THE LAST 30 YEARS.

09:10AM  19    Q.   AND TELL ME ABOUT THAT PART.  WHAT TYPE OF EXPERIENCE DO

09:10AM  20    YOU HAVE WITH THE PSA BLOOD TEST THROUGH THE COURSE OF YOUR OWN

09:10AM  21    PRIVATE PRACTICE?

09:10AM  22    A.   I'VE USED IT FOR HELPING DIAGNOSE EARLY PROSTATE CANCER

09:10AM  23    PRIMARILY OVER THE LAST 30 YEARS.

09:10AM  24         I'LL EXPLAIN FURTHER IF YOU NEED ME TO.

09:10AM  25    Q.   SURE.  THANK YOU.

09:10AM  1    A.   PSA STANDS FOR PROSTATIC SPECIFIC ANTIGEN.  BASICALLY IT'S

09:10AM  2    A WASTE PRODUCT IS THE WAY I EXPLAIN IT THAT COMES FROM THE

09:10AM  3    PROSTATE GLAND AND GOES INTO THE BLOOD.  AND IT'S PROPORTIONAL

09:10AM  4    TO THE SIZE AND ACTIVITY OF THE PROSTATE GLAND.

09:11AM  5         SO AS MEN GET OLDER, THE PROSTATE GENERALLY GETS LARGER

09:11AM  6    AND THE PSA RESULTS IN THE BLOOD GENERALLY TENDS TO FULLY RISE

09:11AM  7    OVER TIME.

09:11AM  8         THE REASON WE MEASURE IT MOSTLY IN GENTLEMEN, MEN OVER AGE

09:11AM  9    50 GENERALLY, IS YOU TRY AND DETECT A RISE OF USUALLY ABOUT

09:11AM 10    SUSPICIOUS ENOUGH TO CONSIDER THAT PROSTATE CANCER MAY BE A

09:11AM 11    POSSIBILITY.

09:11AM 12    Q.   AND DID YOU JUST SAY TO DETECT A RISE?

09:11AM 13    A.   YES.  THE -- INITIALLY WHEN IT WAS DEVELOPED I BELIEVE BY

09:11AM 14    THE NIH ABOUT 35 YEARS AGO OR SO, IT WAS TO BE USED AS A

09:11AM 15    DETECTION TOOL FOR DOCTORS FOR PROSTATE CANCER, EARLY

09:11AM 16    DETECTION.

09:11AM 17         AND THIS HAS NOT BEEN CHANGED ON THE LAB WORK, BUT YOU'LL

09:11AM 18    SEE RANGES THAT I MIGHT SHOW YOU LATER IN LAB WORK THAT RANGE

09:11AM 19    FROM 0 TO 4 AS THE NORMAL RANGE, BUT THAT'S NOT REALLY USEFUL.

09:12AM 20         FROM WHAT I DESCRIBED, AS THE PROSTATE GROWS, THE PSA IN

09:12AM 21    THE BLOOD SLOWLY RISES AT DIFFERENT RATES IN DIFFERENT MEN.

09:12AM 22         SO WHAT WE'RE LOOKING FOR IS NOT THE TOTAL VALUE.  IT

09:12AM 23    SHOULD BE A SLOW, STEADY RISE IN A FAIRLY STRAIGHT LINE.

09:12AM 24         BUT IF WE SEE IT JUMP UP MORE THAN TWO OR THREE TIMES,

09:12AM 25    THEN WE GET SUSPICIOUS FOR THE POSSIBILITY OF PROSTATE CANCER.

BURNES DIRECT BY MR. SCHENK

09:12AM 1    Q.   AND IN THE COURSE OF YOUR PRACTICE, HAVE YOU HAD AN

09:12AM 2    OPPORTUNITY TO ORDER THE PSA BLOOD TEST FOR YOUR PATIENTS?

09:12AM 3    A.   YES.

09:12AM 4    Q.   DO YOU HAVE THE ABILITY TO ESTIMATE FOR US HOW MANY TIMES

09:12AM 5    YOU'VE ORDERED A PSA TEST SINCE YOU OPENED YOUR PRACTICE IN

09:12AM 6    '92?

09:12AM 7    A.   WELL, FOR 30 YEARS FOR MEN OVER 50 -- I HAVE A SMALL

09:12AM 8    PRACTICE NOW, BUT OVER THE YEARS THE NUMBER OF TESTS IS

09:13AM 9    PROBABLY OVER 10,000.

09:13AM 10   Q.   AND HAVE YOU HAD THE OPPORTUNITY TO SEE OR EVALUATE THE

09:13AM 11   RESULTS FROM THOSE ORDERS, THE ACTUAL PSA SCORES?

09:13AM 12   A.   YES, I DO THAT ROUTINELY.

09:13AM 13   Q.   AND WHEN YOU'VE EVALUATED THOSE SCORES, HAVE YOU HAD THE

09:13AM 14   OPPORTUNITY TO EVALUATE SCORES BOTH WITHIN THE REFERENCE RANGE

09:13AM 15   THAT YOU JUST DESCRIBED TO US AND OUTSIDE OF THE REFERENCE

09:13AM 16   RANGE?

09:13AM 17   A.   YES.

09:13AM 18   Q.   HAVE YOU HAD THE OPPORTUNITY TO EVALUATE SCORES THAT ARE

09:13AM 19   ABNORMAL OR MUCH HIGHER THAN THE REFERENCE RANGE?

09:13AM 20   A.   YES.

09:13AM 21   Q.   HAVE YOU -- DO YOU HAVE THE ABILITY TO ESTIMATE FOR US HOW

09:13AM 22   OFTEN THAT OCCURS, THAT IS, YOU RECEIVE AN ABNORMAL SCORE?

09:13AM 23   A.   WHAT I WOULD CONSIDER ABNORMAL, THAT WOULD INSTILL SOME

09:13AM 24   SUSPICION TO LOOK FURTHER, PROBABLY, PROBABLY ABOUT, I'M

09:13AM 25   GUESSING, ABOUT 4- TO 500.

09:14AM   1    Q.   YOU MENTIONED A MOMENT AGO THAT THE PSA TEST IS USED AS A

09:14AM   2    TOOL TO HELP DIAGNOSE PROSTATE CANCER; IS THAT CORRECT?

09:14AM   3    A.   THAT'S ITS PRIMARY PURPOSE.

09:14AM   4    Q.   HAVE YOU HAD THE OPPORTUNITY DURING YOUR PRACTICE TO

09:14AM   5    DIAGNOSE PROSTATE CANCER FOR SOME OF YOUR PATIENTS?

09:14AM   6    A.   YES.

09:14AM   7    Q.   AND DO YOU KNOW HOW OFTEN THAT OCCURS?  HOW MANY

09:14AM   8    PATIENTS --

09:14AM   9    A.   OVER THE LAST 30 YEARS, THIS HAS HELPED ME DIAGNOSE EARLY

09:14AM  10    ABOUT 200 PATIENTS WITH PROSTATE CANCER.

09:14AM  11    Q.   THANK YOU.

09:14AM  12         YOUR HONOR, THE GOVERNMENT NOW OFFERS DR. BURNES AS AN

09:14AM  13    EXPERT IN THE AREA OF DIAGNOSING PROSTATE CANCER, THE BLOOD

09:14AM  14    TEST FOR PSA, AND INTERPRETING PSA TEST RESULTS.

09:14AM  15              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

09:14AM  16              THE COURT:  THANK YOU.

09:14AM  17         THIS WITNESS WILL BE PERMITTED, LADIES AND GENTLEMEN, TO

09:14AM  18    TESTIFY AS AN EXPERT AS TO THOSE AREAS AS ARTICULATED BY

09:14AM  19    MR. SCHENK.

09:14AM  20         YOU WILL BE GIVEN, IN THE FINAL INSTRUCTIONS, INSTRUCTIONS

09:14AM  21    ON HOW YOU MAY USE THIS TESTIMONY.

09:15AM  22         MR. SCHENK.

09:15AM  23              MR. SCHENK:  THANK YOU.

09:15AM  24    Q.   DR. BURNES, I'D NOW LIKE TO ASK YOU SOME QUESTIONS ABOUT A

09:15AM  25    PARTICULAR BLOOD TESTING LAB BY THE NAME OF THERANOS.

09:15AM  1          ARE YOU FAMILIAR WITH THE COMPANY THERANOS?

09:15AM  2     A.   YES.

09:15AM  3     Q.   DO YOU REMEMBER HOW YOU FIRST BECAME FAMILIAR WITH

09:15AM  4     THERANOS?

09:15AM  5     A.   I BELIEVE IT WAS A MARKETING REPRESENTATIVE THAT CAME TO

09:15AM  6     THE OFFICE.

09:15AM  7     Q.   CAME TO YOUR OFFICE?

09:15AM  8     A.   YES.

09:15AM  9     Q.   AND, AGAIN, WHERE IS THAT LOCATED?

09:15AM  10    A.   IN GOODYEAR, ARIZONA.

09:15AM  11    Q.   IS GOODYEAR NEAR THE PHOENIX AREA?

09:15AM  12    A.   YES, IT'S PART OF THE METROPOLITAN AREA.

09:15AM  13    Q.   AND WHAT DO YOU RECALL ABOUT THE LAB, THERANOS?  WHAT WAS

09:15AM  14    IT ADVERTISED TO YOU AS OFFERING?

09:15AM  15    A.   IT WAS OFFERING A NEW FORM OF LAB TESTING, WHICH I WAS

09:15AM  16    VERY EXCITED TO HEAR ABOUT.  AS A -- WE WERE TRYING TO -- THE

09:15AM  17    TEST THAT I ROUTINELY DO AS A FAMILY DOCTOR, CBC'S, CHEMISTRY

09:16AM  18    TESTS AND THE LIKE, AND SO HAVING TO DRAW MULTIPLE TUBES OF

09:16AM  19    BLOOD FROM PATIENTS, AND MUCH OF THAT GETS TOSSED ANYWAY.

09:16AM  20         WITH A PINPRICK, THEY SHOWED THAT THEY COULD OBTAIN MOST

09:16AM  21    OF THESE TESTS THAT WAY, WHICH IS A DROP OF BLOOD, AND ON THAT,

09:16AM  22    A MUCH SUBSTANTIALLY REDUCED COST.

09:16AM  23         SO IT WAS VERY EXCITING FOR THIS NEW LAB AND IT HELD

09:16AM  24    PROMISE FOR THEM.

09:16AM  25    Q.   YOU DESCRIBED A PINPRICK OF BLOOD.  DO YOU KNOW WHAT PART

09:16AM  1    OF THE BODY THAT BLOOD WAS DRAWN?

09:16AM  2    A.   I ACTUALLY NEVER SAW IT.  I ASSUME IT WAS FROM THE FINGER.

09:16AM  3    Q.   YOU SAID THAT THE TECHNOLOGY WAS VERY EXCITING BECAUSE OF

09:16AM  4    THE SIZE DIFFERENCE BETWEEN THE THERANOS --

09:16AM  5    A.   YES.

09:16AM  6              THE COURT:  YOU KNOW --

09:16AM  7              THE WITNESS:  WHAT WAS THE QUESTION AGAIN, SIR?

09:16AM  8              THE COURT:  WHAT WOULD BE HELPFUL, DOCTOR, IS TO LET

09:16AM  9    HIM FINISH THE QUESTION BEFORE YOU ANSWER, AND THAT WOULD HELP

09:16AM 10    THE COURT REPORTER, TOO, TO REPORT EVERYTHING AND THE QUESTION

09:17AM 11    AND ANSWER.

09:17AM 12              THE WITNESS:  I APOLOGIZE.

09:17AM 13              THE COURT:  NO.  THAT'S QUITE ALL RIGHT.

09:17AM 14        I'M GOING TO ASK MR. SCHENK TO ASK HIS QUESTION AGAIN,

09:17AM 15    PLEASE.

09:17AM 16              MR. SCHENK:  YES.  THANK YOU.

09:17AM 17    Q.   YOU DESCRIBED A MEASURE OF EXCITEMENT REGARDING THE

09:17AM 18    THERANOS LAB TESTING BECAUSE OF THE SIZE OF THE BLOOD DRAW AND

09:17AM 19    BECAUSE OF THE COST; IS THAT RIGHT?

09:17AM 20    A.   YES.

09:17AM 21    Q.   AND AS A RESULT OF THAT EXCITEMENT OR INTEREST, DID YOU

09:17AM 22    SUGGEST THAT SOME OF YOUR PATIENTS GET THEIR LABS DONE AT

09:17AM 23    THERANOS?

09:17AM 24    A.   YES.

09:17AM 25    Q.   ARE YOU FAMILIAR WITH A PATIENT BY THE NAME OF

09:17AM  1    MEHRL ELLSWORTH?

09:17AM  2         AND LET ME SPELL THAT.  IT'S M-E-H-R-L, AND THE LAST NAME

09:17AM  3    IS E-L-L-S-W-O-R-T-H.

09:17AM  4         ARE YOU FAMILIAR WITH DR. ELLSWORTH?

09:17AM  5    A.   YES.

09:17AM  6    Q.   AND WAS HE A PATIENT OF YOURS AROUND THE 2015 TIMEFRAME?

09:17AM  7    A.   YES.

09:17AM  8         MR. SCHENK:  YOUR HONOR, MAY I APPROACH?

09:17AM  9         THE COURT:  YES.

09:17AM  10        MR. SCHENK:  THANK YOU.

09:18AM  11   Q.   DOCTOR, I'VE HANDED YOU A BINDER OF EXHIBITS.  I WONDER IF

09:18AM  12   YOU'LL TURN TO THE SECOND TAB IN THE BINDER.  IT'S EXHIBIT

09:18AM  13   NUMBER 4938.

09:18AM  14        ARE YOU FAMILIAR WITH THE DOCUMENTS LOCATED AT TAB 4938?

09:18AM  15   A.   YES.

09:18AM  16   Q.   AND WHAT ARE THESE DOCUMENTS?

09:18AM  17   A.   THESE ARE LABORATORY RESULTS FROM THERANOS.

09:18AM  18   Q.   FOR WHICH INDIVIDUAL?

09:18AM  19   A.   DR. ELLSWORTH.

09:18AM  20        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 4938.

09:18AM  21        MR. COOPERSMITH:  YOUR HONOR, WE OBJECT TO THE FIRST

09:18AM  22   PAGE, WHICH LOOKS TO BE JUST A DECLARATION.

09:18AM  23        ALSO, THOUGH, THE SECOND PAGE AND THE THIRD PAGE.

09:18AM  24        AND REGARDING THE SECOND AND THE THIRD PAGE, YOUR HONOR,

09:19AM  25   WE WOULD POINT YOU TO THE RESULTS SECTION OF BOTH OF THOSE, AND

09:19AM  1    WE OBJECT TO THOSE PAGES UNDER 401 AND 403 AND BASED ON

09:19AM  2    PREVIOUS DISCUSSIONS WITH THE COURT.

09:19AM  3         WE DO NOT OBJECT TO PAGES 4, 5, 6, 7 AND 8 OF THE EXHIBIT.

09:19AM  4              THE COURT:  MR. SCHENK.

09:19AM  5              MR. SCHENK:  YOUR HONOR, I DO NOT NEED THE FIRST

09:19AM  6    PAGE, SO I WOULD SEEK TO ADMIT PAGES 2 THROUGH 8.

09:19AM  7         WITH REGARD TO PAGES 2 AND 3, THEY ARE RECORDS BOTH OF

09:19AM  8    THERANOS AND OF DR. BURNES'S PRACTICE.  THEY WERE DOCUMENTS

09:19AM  9    PROVIDED TO DR. BURNES, AND ALSO TO THE PATIENT AFTER RECEIVING

09:19AM 10    TESTS AT THERANOS, AND THEY ARE AN IMPORTANT PART OF THE STORY

09:20AM 11    THAT BOTH DR. BURNES AND DR. ELLSWORTH CAN TESTIFY TO.

09:20AM 12              MR. COOPERSMITH:  YOUR HONOR, I WOULD ALSO POINT THE

09:20AM 13    COURT TO THE REPORT DATES ON PAGES 2 AND 3 AT THE BOTTOM

09:20AM 14    CENTER, AND IT'S IN MARCH OF 2016, AND THAT'S PART OF OUR

09:20AM 15    OBJECTION, YOUR HONOR.

09:20AM 16              THE COURT:  ANYTHING ON THAT, MR. SCHENK?

09:20AM 17              MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

09:20AM 18              THE COURT:  ALL RIGHT.  THANK YOU.

09:20AM 19         I'LL ADMIT THESE OVER OBJECTION, AND THE PROBATIVE VALUE

09:20AM 20    OF THESE OUTWEIGH ANY PREJUDICE THAT EXISTS.

09:20AM 21         SO THEY'RE ADMITTED, AND THEY MAY BE PUBLISHED.

09:20AM 22    (GOVERNMENT'S EXHIBIT 4938, PAGES 2 AND 8, WAS RECEIVED.)

09:20AM 23              MR. SCHENK:  THANK YOU, YOUR HONOR.

09:20AM 24    Q.  IF WE COULD START, DR. BURNES, ON PAGE 7 OF THIS EXHIBIT.

09:21AM 25              YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

09:21AM  1              THE COURT:  SURE.

09:21AM  2              (PAUSE IN PROCEEDINGS.)

09:21AM  3      BY MR. SCHENK:

09:21AM  4      Q.   DR. BURNES, ON THE SCREEN IN FRONT OF YOU, DO YOU SEE THE

09:21AM  5      EXHIBIT 4938, PAGE 7?

09:21AM  6      A.   YES.

09:21AM  7      Q.   AND THE PATIENT'S NAME ON THIS VERSION HAS BEEN REDACTED;

09:21AM  8      IS THAT CORRECT?

09:21AM  9      A.   YES.

09:21AM 10      Q.   THE VERSION THAT YOU HAVE IN FRONT OF YOU, DOES THAT

09:21AM 11      VERSION HAVE THE PATIENT'S NAME?

09:21AM 12      A.   YES.

09:21AM 13      Q.   WHAT IS THE PATIENT'S NAME?

09:21AM 14      A.   MEHRL, M-E-H-R-L, ELLSWORTH, E-L-L-S-W-O-R-T-H.

09:21AM 15      Q.   THANK YOU.

09:21AM 16           I'D LIKE TO ASK YOU A FEW QUESTIONS ABOUT THIS DOCUMENT,

09:22AM 17      BUT, FIRST, DID YOU HAVE OCCASION TO ORDER A PSA TEST FOR

09:22AM 18      DR. ELLSWORTH?

09:22AM 19      A.   YES.

09:22AM 20      Q.   AND PLEASE DESCRIBE THAT TO THE JURY.  WHAT WERE THE

09:22AM 21      CIRCUMSTANCES?

09:22AM 22      A.   THE PATIENT WAS LEAVING THE COUNTRY IN A COUPLE OF MONTHS

09:22AM 23      FOR MISSIONARY WORK OVERSEAS FOR ABOUT TWO YEARS, AND HIS

09:22AM 24      CHURCH ASKED THAT A RECENT PSA BE OBTAINED.

09:22AM 25           NORMALLY WE DO THAT WITH OUR WELLNESS EXAMS AND ANNUAL

09:22AM   1    PHYSICALS IS OUT OF SEQUENCE THEN.

09:22AM   2         PART OF THE ISSUE IS THAT THAT TEST WAS FAIRLY EXPENSIVE,

09:22AM   3    AND SO THAT'S PART OF THE REASON THAT I WOULD USE THERANOS

09:22AM   4    SOMETIMES.

09:22AM   5         SO AT THIS TIME I SENT DR. ELLSWORTH TO OBTAIN A PSA FOR

09:22AM   6    HIS MISSIONARY CLEARANCE.

09:22AM   7    Q.   YOU SAID THAT THE PSA TEST WAS OUT OF SEQUENCE.

09:22AM   8         DO YOU MEAN OUTSIDE OF THE NORMAL ANNUAL PHYSICAL THAT YOU

09:23AM   9    DESCRIBED?

09:23AM  10    A.   YES.

09:23AM  11         AND SO INSURANCE WILL NORMALLY COVER IT ABOUT EVERY YEAR

09:23AM  12    OR SO.  I GET THE TEST ABOUT EVERY YEAR OR YEAR AND A HALF OR

09:23AM  13    SO FOR MEN OVER 50.

09:23AM  14         I DON'T RECALL EXACTLY THE CIRCUMSTANCES, BUT IT WAS

09:23AM  15    REQUESTED BY THE TIMING OF THIS CHURCH, SO HE WAS PROBABLY

09:23AM  16    GOING TO HAVE TO PAY FOR IT, SO THAT'S WHY WE USED THE LAB.

09:23AM  17    Q.   THANK YOU.

09:23AM  18         NOW I'D LIKE TO ASK YOU ABOUT PORTIONS OF THE DOCUMENT.

09:23AM  19         FIRST, AT THE VERY TOP, DO YOU SEE A FAX HEADER?  IT'S

09:23AM  20    ALSO ZOOMED IN ON THE SCREEN IF THAT'S EASIER.

09:23AM  21    A.   OKAY.  YES, UH-HUH.

09:23AM  22    Q.   AND WHAT IS THE DATE?

09:23AM  23    A.   MAY 16TH, 2015.

09:23AM  24    Q.   THANK YOU.

09:23AM  25         AND WAS IT YOUR PRACTICE TO HAVE YOUR PATIENT'S LAB

BURNES DIRECT BY MR. SCHENK                                    5889

```
09:23AM   1    RESULTS FAXED TO YOUR OFFICE?

09:23AM   2    A.   YES.

09:23AM   3    Q.   WOULD THAT FAX HAVE ARRIVED AT YOUR OFFICE IN ARIZONA?

09:23AM   4    A.   YES.

09:23AM   5    Q.   I WOULD LIKE TO NOW ZOOM IN ON THE VISIT DATE SECTION.

09:24AM   6    IT'S JUST ABOVE THE SUMMARY OF ABNORMAL RESULTS TABLE.

09:24AM   7         DO YOU SEE THAT?

09:24AM   8    A.   YES.

09:24AM   9    Q.   AND WHAT IS THE VISIT DATE?

09:24AM   10   A.   MAY 14TH, 2015.

09:24AM   11   Q.   DO YOU RECALL WHETHER DR. ELLSWORTH HAD SEVERAL PSA TESTS

09:24AM   12   CONDUCTED AT THERANOS?

09:24AM   13   A.   YES.

09:24AM   14   Q.   AND WAS THIS THE FIRST ONE?

09:24AM   15   A.   YES.

09:24AM   16   Q.   NOW I'D LIKE TO SHOW YOU UNDER THE SECTION THAT IS TITLED

09:24AM   17   PSA, TOTAL.

09:24AM   18        DO YOU SEE THAT?

09:24AM   19   A.   YES.

09:24AM   20   Q.   IT SAYS PROSTATE SPECIFIC ANTIGEN TOTAL, AND THEN THERE'S

09:24AM   21   A RESULT.

09:24AM   22        WHAT IS THE RESULT?

09:24AM   23   A.   26.1.

09:24AM   24   Q.   WHAT DOES THAT MEAN TO YOU?

09:24AM   25   A.   THAT'S ELEVATED SIGNIFICANTLY.
```

09:24AM 1    Q.   AND WHEN YOU SAY "ELEVATED," DO YOU MEAN IN RELATION TO

09:24AM 2    PRIOR SCORES FOR DR. ELLSWORTH?

09:25AM 3    A.   NOT ONLY FOR HIS PRIOR SCORES, BUT THAT LEVEL OF ELEVATION

09:25AM 4    IS CONCERNING NO MATTER WHAT HIS PREVIOUS SCORES HAD BEEN.

09:25AM 5    Q.   SO IT'S OBJECTIVELY HIGH OR ELEVATED?

09:25AM 6    A.   YES.

09:25AM 7    Q.   THANK YOU.

09:25AM 8    A.   IF I COULD CLARIFY FOR THE COURT AND THE JURY?

09:25AM 9    Q.   PLEASE.

09:25AM 10   A.   IF HE IS A NEW PATIENT THAT I HAD NEVER SEEN BEFORE AND I

09:25AM 11   GOT THAT RESULT, I WOULD BE VERY, VERY CONCERNED THAT THAT

09:25AM 12   RESULT WAS SO HIGH.

09:25AM 13   Q.   AND HOW ABOUT IN THIS SITUATION WHERE DR. ELLSWORTH WAS A

09:25AM 14   PREVIOUS PATIENT OF YOURS?  DESCRIBE TO US YOUR REACTION OR

09:25AM 15   RESPONSE TO THIS SCORE FOR DR. ELLSWORTH SPECIFICALLY.

09:25AM 16   A.   I FELT MOST LIKELY IT WAS PROBABLY NOT CORRECT.

09:25AM 17        HAVING DONE THIS FOR MANY YEARS, THAT LARGE OF A CHANGE --

09:25AM 18   TRADITIONALLY IT WAS IN THE RANGE OF ABOUT 2, AND EVEN IF HE

09:25AM 19   WAS TO DEVELOP PROSTATE CANCER OVER THE NEXT YEAR OR TWO, THAT

09:25AM 20   WOULD BE AMAZING.  I HAVE NEVER SEEN SUCH A RISE IN TWO YEARS.

09:25AM 21   Q.   I'M SORRY.  YOU SAID YOU NEVER HAVE SEEN?

09:26AM 22   A.   SUCH A RISE IN TWO YEAR DUE TO THE PROSTATE CANCER.  THERE

09:26AM 23   WERE OTHER REASONS FOR IT TO BE HIGH.

09:26AM 24   Q.   WHAT WOULD THOSE OTHER REASONS BE?

09:26AM 25   A.   PROSTATE TRAUMA.

09:26AM  1    Q.   AND DO YOU KNOW WHETHER THAT WAS PRESENT IN

09:26AM  2    DR. ELLSWORTH'S CASE?

09:26AM  3    A.   NO.

09:26AM  4    Q.   AND BY "NO," YOU MEAN YOU DON'T KNOW, OR IT WAS NOT

09:26AM  5    PRESENT?

09:26AM  6    A.   NO, IT WAS NOT PROSTATE TRAUMA.  THE PATIENT WOULD KNOW IF

09:26AM  7    HE HAD PROSTATE TRAUMA.

09:26AM  8    Q.   AND SO WAS THERE A BIOLOGICAL EXPLANATION FOR THIS HIGH OR

09:26AM  9    THIS SIGNIFICANT RISE?

09:26AM  10   A.   I DO NOT BELIEVE SO.

09:26AM  11   Q.   A LITTLE FURTHER DOWN IN THE DOCUMENT IT LOOKS LIKE THERE

09:26AM  12   IS SOME HANDWRITING.

09:26AM  13        DO YOU SEE THAT?

09:26AM  14   A.   YES.

09:26AM  15   Q.   WHOSE HANDWRITING IS THAT?

09:26AM  16   A.   MINE.

09:26AM  17   Q.   AND COULD YOU READ THAT TO THE JURY?  IT'S ALSO ZOOMED IN

09:26AM  18   ON THE SCREEN IF THAT'S EASIER.

09:26AM  19   A.   VERY SIGNIFICANT RISE, RECHECK, MAYBE LAB ERROR.

09:26AM  20   Q.   AND TO THE RIGHT OF THERE, THERE LOOKS TO BE A STAMP WITH

09:26AM  21   SOME HANDWRITING.

09:26AM  22        DO YOU SEE THAT?

09:26AM  23   A.   YES.

09:26AM  24   Q.   WHAT IS THIS?

09:27AM  25   A.   THIS IS OUR STANDARD STAMP FOR WHEN WE RECEIVE LAB WORK.

09:27AM  1    IT'S SORT OF -- IT'S A CHECK AND BALANCE.

09:27AM  2         SO INITIALLY IT'S INITIALLED BY WHOEVER RECEIVES IT.  THEY

09:27AM  3    PUT THE DATE AND THEN INITIAL IT.

09:27AM  4         THEN IT'S FORWARDED TO ME.

09:27AM  5         AND THEN I WILL INITIAL IT AND THEN DECIDE IF -- I'LL JUST

09:27AM  6    HAVE THE MEDICAL ASSISTANT CALL THE PATIENT IF IT LOOKS NORMAL,

09:27AM  7    OR IF IT'S NOT NORMAL, THEN I'LL CALL THE PATIENT AND TALK TO

09:27AM  8    THEM.

09:27AM  9    Q.   AND WE SEE -- I'M SORRY.

09:27AM 10    A.   AND THAT LAST THING THAT SAYS NOTIFIED PATIENT, THAT IS

09:27AM 11    WHO NOTIFIES THE PATIENT, EITHER MYSELF OR AN OFFICE STAFF

09:27AM 12    MEMBER.

09:27AM 13    Q.   THANK YOU.  AND I WAS GOING TO ASK YOU ABOUT THAT.

09:27AM 14         THE NOTIFIED, DOES THAT SAY PT?

09:27AM 15    A.   THAT'S ABBREVIATION FOR PATIENT.

09:27AM 16    Q.   THERE'S A DATE OF MAY 18TH.

09:27AM 17         WHAT DOES THAT MEAN?

09:27AM 18    A.   THAT'S THE DATE THAT I CONTACTED THE PATIENT.

09:27AM 19    Q.   THERE'S A LINE WITH THE TITLE WHO AND MAYBE SOME INITIALS.

09:28AM 20         IS THAT RIGHT?

09:28AM 21    A.   YES.

09:28AM 22    Q.   ARE THOSE YOUR INITIALS?

09:28AM 23    A.   YES.

09:28AM 24    Q.   AND SO DOES THAT MEAN THAT YOU CONTACTED DR. ELLSWORTH TO

09:28AM 25    DISCUSS THIS SCORE?

BURNES DIRECT BY MR. SCHENK

```
09:28AM   1      A.   YES.

09:28AM   2      Q.   IF YOU'LL NOW TURN ONE PAGE PRIOR IN THE EXHIBIT, PAGE 6.

09:28AM   3           WHAT ARE WE LOOKING AT ON PAGE 6?

09:28AM   4      A.   ANOTHER PROSTATE TEST.

09:28AM   5      Q.   IF YOU COULD LOOK AT THE VISIT DATE, IT'S JUST ABOVE

09:28AM   6      PSA 3?

09:28AM   7      A.   MAY 18, 2015.

09:28AM   8      Q.   SO THE FIRST VISIT DATE FROM THE FIRST DOCUMENT WE LOOKED

09:28AM   9      AT WAS MAY 14.

09:28AM  10           DID YOU ASK THAT DR. ELLSWORTH OBTAIN A SECOND PSA TEST

09:28AM  11      AFTER THIS FIRST ONE THAT GENERATED A SCORE OF 26?

09:28AM  12      A.   YES.

09:28AM  13      Q.   AND IS THIS LAB REPORT THE SCORE AFTER THIS SECOND PSA LAB

09:29AM  14      TEST?

09:29AM  15      A.   YES.

09:29AM  16      Q.   UNDER PSA, TOTAL, WHAT IS THE SCORE THAT WAS RETURNED THIS

09:29AM  17      TIME?

09:29AM  18      A.   1.71.

09:29AM  19      Q.   WHEN YOU RECEIVED THAT SCORE, HOW DID YOU FEEL ABOUT THIS

09:29AM  20      PARTICULAR LAB TEST?

09:29AM  21      A.   I FELT IT WAS MUCH MORE CONSISTENT WITH THE EXPECTED

09:29AM  22      RESULT.

09:29AM  23      Q.   THERE'S ALSO SOME HANDWRITING ON THIS DOCUMENT.

09:29AM  24           DO YOU SEE THAT?

09:29AM  25      A.   YES.
```

09:29AM  1      Q.   DO YOU RECOGNIZE THE HANDWRITING?

09:29AM  2      A.   IT IS MINE.

09:29AM  3      Q.   AND ALSO IF YOU WOULD READ THIS TO THE JURY.  IT'S ON THE

09:29AM  4      SCREEN ZOOMED IN IF THAT'S EASIER.

09:29AM  5      A.   MAY 19TH, 2015, "DISCUSS WITH THERANOS CLEARLY SOME FORM

09:29AM  6      OF LAB ERROR OCCURRED AND WILL WORK WITH THEM TO MAKE THIS

09:29AM  7      RIGHT FOR PATIENT AND CONFIRM ACCURACY.  MOST LIKELY TESTING IN

09:30AM  8      ERROR FROM MAY 14TH."

09:30AM  9      Q.   IN THESE NOTES THERE'S A REFERENCE TO A CONVERSATION WITH

09:30AM 10      THERANOS; IS THAT RIGHT?  "DISCUSS WITH THERANOS"?

09:30AM 11      A.   YES.

09:30AM 12      Q.   AND DO YOU HAVE A RECOLLECTION OF REACHING OUT TO THERANOS

09:30AM 13      AFTER THESE TWO TESTS?

09:30AM 14      A.   YES.

09:30AM 15      Q.   AND DESCRIBE FOR THE JURY THAT.  WHAT DID YOU DO?

09:30AM 16      A.   WE REACHED OUT TO TRY AND CONTACT A MEDICAL DIRECTOR ABOUT

09:30AM 17      THE DISCREPANCY.

09:30AM 18      Q.   WERE YOU SUCCESSFUL?

09:30AM 19      A.   YES.  THEY WERE VERY EASY TO CONTACT AND VERY PLEASANT TO

09:30AM 20      TALK TO.

09:30AM 21      Q.   AND WHAT DO YOU RECALL FROM THAT COMMUNICATION?

09:30AM 22           DO YOU REMEMBER THE SUBJECT OR THE TOPICS THAT WERE

09:30AM 23      DISCUSSED?

09:30AM 24      A.   I DISCUSSED THAT DR. ELLSWORTH'S USUAL RESULTS WERE

09:30AM 25      RUNNING THE RANGE OF ABOUT 2 AND WE GOT THE VALUE OF 26, WHICH

09:30AM  1    I BELIEVED WAS NOT CORRECT.

09:30AM  2         SO THEY HAD DR. ELLSWORTH REPEAT IT FOUR DAYS LATER AND IT

09:30AM  3    CAME BACK WITH A VALUE OF 1.71, WHICH WAS MORE CONSISTENT WITH

09:30AM  4    WHAT WAS EXPECTED.

09:31AM  5         SO I COULDN'T LET HIM GO FOR TWO YEARS WITH ONE LAB VERY

09:31AM  6    HIGH AND NORMAL -- I COULDN'T LET HIM GO WITH ONE LAB VALUE

09:31AM  7    VERY, VERY HIGH AND THE OTHER ONE NORMAL.

09:31AM  8         SO MY POINT WITH TALKING TO THERANOS WAS IF WE COULD

09:31AM  9    REPEAT THIS ONE MORE TIME AND IF WE GOT A THIRD ONE THAT WAS

09:31AM  10   CONSISTENT WITH WHAT I EXPECTED THE RESULT, I FELT COMFORTABLE

09:31AM  11   ENOUGH, I WOULD LET HIM GO.

09:31AM  12   Q.   I SEE.  DID YOU REQUEST THAT DR. ELLSWORTH HAVE A THIRD

09:31AM  13   PSA TEST?

09:31AM  14   A.   YES.

09:31AM  15   Q.   JUST BRIEFLY, DO WE ALSO SEE A SIMILAR STAMP THAT YOU

09:31AM  16   DESCRIBED TO THE JURY ON THAT FIRST LAB FORM HERE ON THE SECOND

09:31AM  17   ONE?

09:31AM  18   A.   YES.

09:31AM  19   Q.   AND DID YOU ALSO DISCUSS WITH DR. ELLSWORTH THIS SECOND

09:31AM  20   SCORE, THE 1.71 SCORE?

09:32AM  21   A.   AT SOME POINT WHERE IT SAYS, "NOTIFY PATIENT, L.M." STANDS

09:32AM  22   FOR LEFT MESSAGE.

09:32AM  23        APPARENTLY HE WAS GONE OUT OF TOWN AT THAT TIME.

09:32AM  24   Q.   I SEE.  SO AT SOME POINT --

09:32AM  25   A.   AT SOME POINT WE REACHED HIM.

09:32AM  1     Q.   THANK YOU.

09:32AM  2          I'D LIKE YOU TO NOW TURN TO THE FIRST TAB IN THE BINDER.

09:32AM  3     IT'S EXHIBIT 4415.

09:32AM  4          DR. ELLSWORTH -- I'M SORRY.  DR. BURNES, IS THIS A CHAIN

09:32AM  5     OF EMAILS THAT YOU WERE NOT ON?

09:32AM  6     A.   YES.

09:32AM  7               MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 4415

09:32AM  8     UNDER 803(6).

09:32AM  9               MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

09:32AM 10               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:32AM 11          (GOVERNMENT'S EXHIBIT 4415 WAS RECEIVED IN EVIDENCE.)

09:32AM 12     BY MR. SCHENK:

09:32AM 13     Q.   DR. BURNES, IF WE COULD START ON PAGE 8 OF THIS DOCUMENT.

09:33AM 14          DO YOU SEE ON PAGE 8 AT THE BOTTOM AN EMAIL FROM AN

09:33AM 15     INDIVIDUAL NAMED AMELIA AGUIRRE?

09:33AM 16     A.   YES.

09:33AM 17     Q.   AND THE DATE OF THIS IS MAY 19TH, 2015.

09:33AM 18          DO YOU RECALL MAY 19TH FALLING RIGHT AROUND THIS TIME OF

09:33AM 19     DR. ELLSWORTH'S SECOND PSA TEST?

09:33AM 20     A.   YES.

09:33AM 21     Q.   AND IN THE EMAIL IT SAYS THAT DR. MARK BURNES CALLED TO

09:33AM 22     DISCUSS RESULTS FROM A PSA THAT WERE VERY HIGH AND A RETEST

09:33AM 23     THAT WAS NORMAL.

09:33AM 24          DO YOU SEE THAT?  HIGH ON THE 14TH AND NORMAL ON THE 18TH?

09:33AM 25     A.   YES.

09:33AM 1    Q.   AND IS THIS THE CONVERSATION THAT YOU WERE JUST DESCRIBING

09:33AM 2    A MOMENT AGO WHEN YOU REACHED OUT TO THERANOS TO DISCUSS

09:33AM 3    DR. ELLSWORTH'S LAB RESULTS?

09:33AM 4    A.   COULD YOU REPHRASE THAT, PLEASE?

09:33AM 5    Q.   YES.  DID YOU, IN FACT, REACH OUT TO THERANOS AROUND THIS

09:33AM 6    TIME --

09:33AM 7    A.   YES.

09:33AM 8    Q.   -- AROUND MAY 19TH TO DISCUSS DR. ELLSWORTH'S LAB RESULTS?

09:34AM 9    A.   YES.

09:34AM 10   Q.   AND IF YOU WILL NOW TURN TO THE TOP OF PAGE 9 OF THIS

09:34AM 11   EXHIBIT.

09:34AM 12       THE EMAIL CONTINUES, "BECAUSE OF THIS, HE IS NOT CONVINCED

09:34AM 13   THAT THE RESULTS FROM MAY 14TH BELONG TO HIS PATIENT."

09:34AM 14       THE VERSION ON THE SCREEN IS REDACTED, DR. BURNES.

09:34AM 15       IS THE VERSION IN YOUR BINDER UNREDACTED?

09:34AM 16   A.   THAT IS CORRECT.

09:34AM 17   Q.   AND WHAT NAME IS IN THE VERSION IN YOUR BINDER?

09:34AM 18   A.   M. ELLSWORTH.

09:34AM 19   Q.   YOU WERE, IT SAYS, CONCERNED THAT THE RESULTS FROM

09:34AM 20   MAY 14TH MIGHT NOT BELONG TO DR. ELLSWORTH, BUT MAY BELONG TO A

09:34AM 21   DIFFERENT PATIENT; IS THAT CORRECT?

09:34AM 22   A.   I DON'T RECOLLECT MY THINKING THAT WAS THE CAUSE AT THE

09:34AM 23   TIME.  IT COULD HAVE BEEN, BUT I DON'T REMEMBER THINKING THAT

09:34AM 24   WAS THE ISSUE.

09:34AM 25   Q.   AND YOU DON'T HAVE A SPECIFIC RECOLLECTION OF EXPRESSING

09:34AM  1    THAT PARTICULAR CONCERN?

09:34AM  2    A.   NO.

09:34AM  3    Q.   IF WE COULD NOW TURN A FEW PAGES EARLIER IN THIS EMAIL

09:35AM  4    CHAIN, I'D LIKE TO DRAW YOUR ATTENTION TO PAGE 4.

09:35AM  5         ON PAGE 4, DO YOU SEE AN EMAIL THAT WAS AUTHORED BY

09:35AM  6    SOMEONE NAMED DANIEL YOUNG?

09:35AM  7    A.   YES.

09:35AM  8    Q.   IN THE EMAIL, DO YOU SEE WHERE DR. YOUNG WRITES,

09:35AM  9    "CHRISTIAN DOES NOT DO THOSE CALLS ANYMORE.  DAN FLOREY HELPS

09:35AM 10    WITH THESE NOW"?

09:35AM 11         DO YOU SEE THAT?

09:35AM 12    A.   YES.

09:35AM 13    Q.   "DAN -- WE DON'T KNOW WHY THE FIRST SAMPLE CAME BACK SO

09:35AM 14    HIGH.  IT WAS ACTUALLY RERUN, AND CONFIRMED HIGH ORIGINALLY.  A

09:35AM 15    SAMPLE MIXUP IS POSSIBLE AS THE DOCTOR SUGGESTED, BUT HARD TO

09:35AM 16    CONFIRM AT THIS POINT."

09:35AM 17         DO YOU SEE THAT?

09:35AM 18    A.   YES.

09:35AM 19    Q.   IF NOW YOU'LL TURN TO PAGE 3.

09:35AM 20         ON THE BOTTOM HALF OF THE EMAIL, DO YOU SEE AN EMAIL FROM

09:36AM 21    DAN FLOREY IN -- WE'RE NOW IN JUNE, JUNE 15TH OF 2015?

09:36AM 22    A.   YES.

09:36AM 23    Q.   DR. BURNES, DID YOU ASK DR. ELLSWORTH TO HAVE A FOLLOWUP

09:36AM 24    PSA TEST, A THIRD ONE, IN JUNE OF 2015?

09:36AM 25    A.   YES.

09:36AM  1    Q.   IN THIS EMAIL, DO YOU SEE WHERE THERE IS INFORMATION

09:36AM  2    TOWARDS THE BOTTOM, MAY 14TH, WITH AN ACCESSION NUMBER AND A

09:36AM  3    PSA SCORE?

09:36AM  4    A.   YES.

09:36AM  5    Q.   AND THE PSA SCORE LISTED WAS 26.1; IS THAT RIGHT?

09:36AM  6    A.   YES.

09:36AM  7    Q.   WAS THAT THE FIRST SCORE THAT WE SAW FOR DR. ELLSWORTH?

09:36AM  8    A.   YES.

09:36AM  9    Q.   AND ON THIS DOCUMENT, DO YOU SEE A SECOND PSA MAY 18TH

09:36AM  10   WITH A SCORE OF 1.7?

09:36AM  11   A.   YES.

09:36AM  12   Q.   WAS THAT THE SECOND SCORE FOR DR. ELLSWORTH'S PSA TEST?

09:36AM  13   A.   YES.

09:36AM  14   Q.   AND IF YOU'LL TURN TO PAGE 4 AT THE VERY TOP.

09:37AM  15        DID DR. ELLSWORTH HAVE A THIRD PSA TEST AT THERANOS ON OR

09:37AM  16   AROUND JUNE 11TH?  DO YOU RECALL THAT?

09:37AM  17   A.   YES.

09:37AM  18   Q.   AND HERE THE SCORE IS LISTED AS A 22.8; IS THAT RIGHT?

09:37AM  19            THE COURT:  I'M SORRY.  WHAT PAGE?

09:37AM  20            THE WITNESS:  YEAH, I'M TRYING TO FIND IT.

09:37AM  21            MR. SCHENK:  THE VERY TOP OF PAGE 4.

09:37AM  22   Q.   DR. BURNES, DO YOU SEE THAT?  IT'S ALSO ON THE SCREEN.

09:37AM  23   A.   I SEE IT ON THE SCREEN.  I JUST DON'T SEE IT ON THIS PAGE.

09:37AM  24   JUST ABOVE "THANKS, DAN."

09:37AM  25        OH, I'M SORRY.  IT'S AT THE VERY, VERY TOP.

BURNES DIRECT BY MR. SCHENK

09:37AM 1          YES, I SEE IT, 22.8.

09:37AM 2     Q.   AND WAS THAT THE THIRD PSA SCORE THAT DR. ELLSWORTH

09:37AM 3     RECEIVED FROM THERANOS?

09:37AM 4     A.   YES.

09:37AM 5     Q.   JUST A COUPLE MORE EMAILS TO GO THROUGH.

09:38AM 6          IF YOU TURN NOW TO PAGE 3 OF THIS DOCUMENT AT THE VERY

09:38AM 7     TOP.

09:38AM 8          ACTUALLY, LET'S CAPTURE THE FROM LINE, WHICH WOULD BE AT

09:38AM 9     THE VERY BOTTOM OF PAGE 2.

09:38AM 10         IF YOU'LL TURN TO PAGE 2 AT THE VERY, VERY BOTTOM, DO YOU

09:38AM 11    SEE THE BEGINNING OF AN EMAIL?

09:38AM 12    A.   YES.

09:38AM 13    Q.   AND THE FROM LINE READS SUNNY BALWANI; IS THAT CORRECT?

09:38AM 14    A.   YES.

09:38AM 15    Q.   AND NOW WE'LL TURN TO PAGE 3 TO CAPTURE THE CONTENT.

09:38AM 16         DO YOU SEE WHERE MR. BALWANI WRITES, "DANIEL.  I DO NOT

09:38AM 17    BELIEVE SAMPLE MIX UP IS POSSIBLE BY A REMOTE SHOT IN OUR

09:38AM 18    SYSTEM BUT SINCE THE MOST RECENT VISIT IS ON JUNE 11TH AND

09:38AM 19    SHOULD HAVE THE SAMPLE IN OUR LABS, WE SHOULD BE ABLE TO CHECK

09:38AM 20    THE LABEL ON SAMPLE ACROSS THE ENTIRE SYSTEMS.  WE SHOULD START

09:38AM 21    BY RERUNNING THE SAMPLE TO START AND THE WORK BACKWARDS FROM

09:39AM 22    THERE."

09:39AM 23         DO YOU SEE THAT?

09:39AM 24    A.   YES.

09:39AM 25    Q.   AND THEN THERE'S ANOTHER PARAGRAPH BELOW WHERE MR. BALWANI

09:39AM  1    GIVES FURTHER INSTRUCTIONS.

09:39AM  2        DO YOU SEE THAT ALSO?

09:39AM  3        BEGINNING "TINA."

09:39AM  4    A.   YES.

09:39AM  5    Q.   NOW WOULD YOU PLEASE TURN TO PAGE 2.

09:39AM  6        ON PAGE 2, THERE'S A RESPONSE FROM DANIEL YOUNG TO

09:39AM  7    SUNNY BALWANI AND OTHERS.

09:39AM  8        DO YOU SEE THAT?

09:39AM  9    A.   YES.

09:39AM 10    Q.   MR. -- DR. YOUNG WRITES, "THE MOST RECENT SAMPLE WAS

09:39AM 11    FLAGGED FOR HEMOLYSIS AND CLOTTING.  THE SAMPLE WAS USED FOR

09:39AM 12    THE PSA RESULT.

09:39AM 13        "PSA FROM VISITS 1 AND 3 WERE RUN ON EDISON.  VISIT 2 WAS

09:39AM 14    RUN IN PHOENIX."

09:39AM 15        DO YOU SEE THAT?

09:39AM 16    A.   YES.

09:40AM 17    Q.   AND FINALLY, "THIS IS LOOKING LIKE EITHER A SAMPLE

09:40AM 18    INTEGRITY ISSUE, OR SOME OTHER INTERFERANT IN THE PATIENT

09:40AM 19    SAMPLE AFFECTED THE PSA TEST ON EDISON."

09:40AM 20        DID I READ THAT CORRECTLY?

09:40AM 21    A.   YES.

09:40AM 22    Q.   AND IF WE JUST FINISH THIS AND IF YOU'LL TURN TO PAGE 1.

09:40AM 23        DO YOU SEE AT THE VERY BOTTOM WHERE MR. BALWANI WRITES,

09:40AM 24    "IF IT IS THEN WE SHOULD EXPLAIN THIS TO DOC."

09:40AM 25        DO YOU SEE THAT?

09:40AM    1      A.   YES.

09:40AM    2      Q.   AND, DR. BURNES, DO YOU HAVE A RECOLLECTION OF SOMEONE AT

09:40AM    3      THERANOS TELLING YOU THAT THERE WERE ISSUES WITH THE INTEGRITY

09:40AM    4      OF DR. ELLSWORTH'S SAMPLE?

09:40AM    5      A.   I DON'T RECALL.

09:40AM    6      Q.   AT THE VERY TOP THERE ARE TWO EMAILS, FIRST FROM

09:40AM    7      DAN FLOREY TO MR. BALWANI, AND THEN AN EMAIL FROM MR. BALWANI

09:40AM    8      TO ELIZABETH HOLMES.

09:40AM    9           DO YOU SEE THOSE TWO EMAILS?

09:41AM   10      A.   I SEE THE FIRST ONE FROM DAN TO SUNNY.

09:41AM   11           WHERE IS THE SECOND ONE.

09:41AM   12      Q.   LET'S TALK ABOUT THAT ONE, AND THEN I'LL MOVE UP TO THE

09:41AM   13      NEXT ONE.

09:41AM   14      A.   OKAY.

09:41AM   15      Q.   THE ONE FROM MR. FLOREY, DO YOU SEE THAT IT SUMMARIZES A

09:41AM   16      CONVERSATION WITH YOU, WITH SOMEONE NAMED DR. BURNES?

09:41AM   17           DO YOU SEE THAT WITHIN THIS EMAIL?

09:41AM   18      A.   YES.

09:41AM   19      Q.   THE CALL WAS POSITIVE AND IT SOUNDS LIKE YOU DESCRIBE THE

09:41AM   20      THERANOS PLAN AS SOLID.

09:41AM   21           DO YOU SEE THAT?

09:41AM   22      A.   YES.

09:41AM   23      Q.   AND ABOVE THIS EMAIL FROM DAN FLOREY, DO YOU SEE AN EMAIL

09:41AM   24      WITH NO CONTENT, JUST A FORWARD FROM MR. BALWANI TO MS. HOLMES?

09:41AM   25      A.   YES.

09:41AM 1    Q.   THANK YOU.

09:41AM 2         I'D LIKE TO NOW TURN YOU BACK TO THE EXHIBIT WITH THE TEST

09:41AM 3    RESULTS.  THAT'S 4938.  IF YOU'LL TURN TO PAGE 5.

09:42AM 4         DO YOU SEE ON PAGE 5 A LAB TEST RESULT FOR DR. ELLSWORTH

09:42AM 5    FROM A JUNE 11, 2015 VISIT DATE?

09:42AM 6    A.   YES.

09:42AM 7    Q.   AND, DR. BURNES, IS THIS THE THIRD THERANOS PSA TEST FOR

09:42AM 8    DR. ELLSWORTH?

09:42AM 9    A.   YES.

09:42AM 10   Q.   HERE THERE'S A SUMMARY OF ABNORMAL RESULTS AND A PSA,

09:42AM 11   TOTAL.

09:42AM 12        DO YOU SEE THOSE TWO BOXES?

09:42AM 13   A.   YES.

09:42AM 14   Q.   AND WHAT IS THE PSA SCORE THIS TIME FOR DR. ELLSWORTH?

09:42AM 15   A.   22.8.

09:42AM 16   Q.   WHEN YOU RECEIVED THIS AS A THIRD SCORE -- A MOMENT AGO

09:42AM 17   YOU EXPLAINED TO THE JURY THE FIRST WAS QUITE HIGH AND THE

09:42AM 18   SECOND SCORE WAS AS EXPECTED.

09:42AM 19        YOU DIDN'T WANT TO LET DR. ELLSWORTH TRAVEL WITH THESE TWO

09:42AM 20   SCORES, SO YOU WANTED HIM TO HAVE A THIRD?

09:43AM 21   A.   YES.

09:43AM 22   Q.   A TIEBREAKER.

09:43AM 23        WHEN YOU RECEIVED THIS SCORE OF 22, THEN WHAT WERE YOU

09:43AM 24   THINKING?  HOW DID YOU FEEL?

09:43AM 25   A.   THERE WAS SOMETHING NOT CORRECT WITH THE LABS.

09:43AM  1   Q.   AND WHY DID YOU THINK THAT THERE WAS NOT SOMETHING CORRECT

09:43AM  2   WITH THE LABS AS OPPOSED TO A QUESTION ABOUT DR. ELLSWORTH'S

09:43AM  3   HEALTH?

09:43AM  4   A.   THE FIRST IS THAT IT WAS FAR HIGHER THAN WOULD BE EXPECTED

09:43AM  5   EVEN IF HE DEVELOPED CANCER OVER THE PREVIOUS TWO YEARS; THE

09:43AM  6   SECOND WAS THE FACT THAT WE HAD A VALUE ON THE SECOND DRAW THAT

09:43AM  7   WAS CONSISTENT WITH THE EXPECTED RESULT, AND THESE OTHER TWO

09:43AM  8   WERE EXTRAORDINARILY MUCH HIGHER THAT WOULD BE EXPECTED.

09:43AM  9   Q.   AT THE VERY BOTTOM OF THIS DOCUMENT, DO YOU SEE A SECTION

09:43AM 10   UNDER THE TITLE "PERFORMING SITE"?

09:43AM 11   A.   YES.

09:43AM 12   Q.   AND IS THE PERFORMING SITE AN ADDRESS IN NEWARK,

09:43AM 13   CALIFORNIA?

09:43AM 14   A.   YES.

09:44AM 15   Q.   AND THERE'S ALSO THAT SAME STAMP WITH SOME HANDWRITING; IS

09:44AM 16   THAT RIGHT?

09:44AM 17   A.   YES.

09:44AM 18   Q.   IT LOOKS LIKE "SPOKE WITH PATIENT ON JUNE 15TH" IS

09:44AM 19   WRITTEN.

09:44AM 20        IS THAT CORRECT?

09:44AM 21   A.   YES.

09:44AM 22   Q.   AFTER YOU RECEIVED THIS THIRD PSA SCORE FOR DR. ELLSWORTH,

09:44AM 23   WHAT WAS YOUR PLAN?  WHAT DID YOU WANT TO DO NEXT?

09:44AM 24   A.   WELL, I BECAME VERY DISTRUSTFUL THAT I COULD RELY ON THIS

09:44AM 25   TEST FOR DR. ELLSWORTH BEFORE HE LEFT FOR TWO YEARS.

09:44AM  1    Q.   SO WHAT DID YOU DO?

09:44AM  2    A.   I ASKED THAT THEY COULD PERFORM THE TEST BY THEIR

09:44AM  3    TRADITIONAL METHOD AT THEIR COSTS, HOWEVER IT'S USUALLY DONE,

09:44AM  4    NOT THE NEW THERANOS WAY, AND I BELIEVE THEY SAID THEY WOULD DO

09:44AM  5    THAT.

09:44AM  6    Q.   AND I'M SORRY.  YOU SAID THAT YOU WANTED -- YOU MADE A

09:44AM  7    SPECIAL OR A SPECIFIC REQUEST?

09:44AM  8    A.   YES.  BECAUSE HE HAD ALREADY PAID FOR TWO TESTS, THE FIRST

09:44AM  9    TWO, TO MAKE THIS RIGHT FOR THE PATIENT, I ASKED THAT THEY, AT

09:44AM  10   THEIR EXPENSE, THIS IS FURTHER THEIR ISSUE, THAT THEY WOULD

09:45AM  11   JUST ARRANGE TO HAVE IT DONE BY THE TRADITIONAL METHOD.

09:45AM  12   Q.   I SEE.  AS OPPOSED TO HOW YOU UNDERSTOOD THE THERANOS DRAW

09:45AM  13   TO BE?

09:45AM  14   A.   YES.

09:45AM  15   Q.   IF YOU'LL NOW TURN TO PAGE 4 OF THIS EXHIBIT.

09:45AM  16        DR. BURNES, IS THIS NOW A FOURTH THERANOS PSA TEST FOR

09:45AM  17   YOUR PATIENT, DR. ELLSWORTH?

09:45AM  18   A.   YES.

09:45AM  19   Q.   AND WAS THIS VISIT DATE JUNE 30TH, 2015?

09:45AM  20        DO YOU SEE THAT?

09:45AM  21   A.   YES.

09:45AM  22   Q.   AND THIS TIME, WHAT IS THE PSA SCORE?

09:45AM  23   A.   0.95.

09:45AM  24   Q.   AND UNDER "KEY" TOWARD THE BOTTOM OF THE DOCUMENT, DO YOU

09:45AM  25   SEE A DESCRIPTION OF WHERE THE TEST WAS PROCESSED?

09:45AM 1    A.   YES.

09:45AM 2    Q.   AND IS THIS ONE NOW BEING PROCESSED IN SCOTTSDALE,

09:45AM 3    ARIZONA?

09:45AM 4    A.   YES.

09:45AM 5    Q.   AT A THERANOS LABORATORY?

09:45AM 6    A.   YES.

09:45AM 7    Q.   NOW THAT YOU HAVE THIS FOURTH PSA TEST FROM DR. ELLSWORTH

09:46AM 8    ON WHAT YOU DESCRIBED AS A TRADITIONAL METHOD, HOW DID YOU THEN

09:46AM 9    FEEL ABOUT GIVING SOME MEDICAL ADVICE TO DR. ELLSWORTH BEFORE

09:46AM 10   HE TOOK HIS TRIP?

09:46AM 11   A.   I FELT COMFORTABLE AND IT WOULD BE OKAY FOR HIM TO

09:46AM 12   LEAVE --

09:46AM 13   Q.   WHY?

09:46AM 14   A.   -- FOR TWO YEARS.

09:46AM 15   Q.   I'M SORRY.  WHY?

09:46AM 16   A.   I FELT REASSURED THAT THAT WAS THE EXPECTED VALUE, AND I

09:46AM 17   FELT COMFORTABLE ENOUGH THAT I COULD LET HIM GO WITHOUT FURTHER

09:46AM 18   TESTING.

09:46AM 19   Q.   I WOULD LIKE TO SHOW YOU JUST A COUPLE MORE PAGES.  IF

09:46AM 20   YOU'LL TURN NOW TO PAGE 3 IN THIS EXHIBIT.

09:46AM 21       DO YOU SEE ON PAGE 3 A DOCUMENT THAT WAS FAXED TO YOUR

09:46AM 22   OFFICE IN MARCH OF 2016?

09:46AM 23   A.   I SEE THE DATE AT THE TOP, MARCH 29TH, 2016.

09:46AM 24   Q.   THANK YOU.

09:46AM 25       AND WAS THIS NOW THE FOLLOWING YEAR AFTER DR. ELLSWORTH'S

09:47AM  1    FOUR TESTS IN 2015?

09:47AM  2    A.   YES, THIS IS ABOUT NINE MONTHS LATER.

09:47AM  3    Q.   UNDER REPORT STATUS FINAL, DO YOU SEE WHERE THIS SAYS THIS

09:47AM  4    REPORT CONTAINS CORRECTED RESULTS AT THE VERY TOP ACROSS FROM

09:47AM  5    THE THERANOS LOGO?

09:47AM  6    A.   YES, I SEE THAT.

09:47AM  7    Q.   AND DID THERANOS PROVIDE TO YOUR OFFICE SOME CORRECTED

09:47AM  8    RESULTS REGARDING DR. ELLSWORTH'S 2015 TESTS?

09:47AM  9    A.   YES.

09:47AM  10   Q.   AND IN THIS ONE UNDER VISIT DATE, DO YOU SEE THAT IT'S

09:47AM  11   MAY 14TH, 2015?

09:47AM  12   A.   YES.

09:47AM  13   Q.   WAS THAT DR. ELLSWORTH'S VERY FIRST PSA TEST AT THERANOS?

09:47AM  14   A.   YES.

09:47AM  15   Q.   UNDER THE PSA, TOTAL BOX, DO YOU SEE ACROSS FROM PROSTATE

09:47AM  16   SPECIFIC ANTIGEN, TOTAL, IT READS VOID -- 26.1?

09:47AM  17   A.   YES.

09:47AM  18   Q.   AND THEN THERE'S A "C" IN BRACKETS.

09:48AM  19        DO YOU SEE THAT?

09:48AM  20   A.   YES.

09:48AM  21   Q.   AND UNDER THE KEY TOWARDS THE BOTTOM, DOES "C" STAND FOR

09:48AM  22   CORRECTED?

09:48AM  23   A.   YES.

09:48AM  24   Q.   WHEN YOU RECEIVED THIS IN MARCH OF 2016, WHAT DID YOU DO

09:48AM  25   WITH IT?

09:48AM   1    A.   I SIMPLY FILED IT AWAY.

09:48AM   2    Q.   I'M SORRY?

09:48AM   3    A.   I SIMPLY FILED IT IN THE CHART.

09:48AM   4    Q.   OKAY.  LET'S TURN NOW TO PAGE 2 OF THE EXHIBIT.

09:48AM   5         DO YOU SEE ANOTHER CORRECTED LAB RESULT FOR DR. ELLSWORTH

09:48AM   6    ALSO SENT IN MARCH OF 2016?

09:48AM   7    A.   WHAT PAGE ARE WE SUPPOSED TO BE ON?

09:48AM   8    Q.   PAGE 2.

09:48AM   9    A.   OKAY.

09:48AM   10   Q.   IS THIS ANOTHER CORRECTED REPORT FROM THERANOS FOR

09:49AM   11   DR. ELLSWORTH THAT YOU RECEIVED IN MARCH OF 2016?

09:49AM   12   A.   YES.

09:49AM   13   Q.   DOES THIS ONE CORRECT THE JUNE 11TH, 2015 LAB RESULT?

09:49AM   14   A.   YES.

09:49AM   15   Q.   WAS THAT THE 22.8 PSA SCORE FOR DR. ELLSWORTH?

09:49AM   16   A.   YES.

09:49AM   17   Q.   AND, AGAIN, DO YOU SEE THAT THE 22.8 IS A CORRECTED VALUE

09:49AM   18   ACCORDING TO THE KEY?

09:49AM   19   A.   YES.

09:49AM   20   Q.   AND DID YOU DO -- SORT OF TAKE A SIMILAR ACTION WITH THIS

09:49AM   21   DOCUMENT, THAT IS, FILE IT AWAY IN THE CHART?

09:49AM   22   A.   YES.

09:49AM   23   Q.   AND DID YOU HAVE A CONVERSATION WITH DR. ELLSWORTH AFTER

09:49AM   24   YOU RECEIVED THESE TWO VOIDED OR CORRECTED RESULTS?

09:49AM   25   A.   HE WAS OUT OF THE COUNTRY.

09:49AM   1    Q.   IF YOU'LL --

09:49AM   2    A.   NO.

09:49AM   3    Q.   I'M SORRY?

09:49AM   4    A.   NO, I DID NOT.

09:49AM   5    Q.   IF YOU'LL NOW TURN TO PAGE 8 OF THIS EXHIBIT.

09:50AM   6         DO YOU SEE THE DOCUMENT LOCATED ON PAGE 8 OF THIS EXHIBIT?

09:50AM   7    A.   YES.

09:50AM   8    Q.   WHAT IS THIS DOCUMENT?

09:50AM   9    A.   THIS IS A LABORATORY RESULT.

09:50AM  10    Q.   FOR WHICH PATIENT?

09:50AM  11    A.   DR. ELLSWORTH.

09:50AM  12    Q.   AND ON THE RIGHT SIDE AT THE TOP, DO YOU SEE THE

09:50AM  13    COLLECTION DATE?

09:50AM  14    A.   YES, FEBRUARY 28TH, 2017.

09:50AM  15    Q.   SO THIS IS NOW A COUPLE OF YEARS AFTER THE FOUR THERANOS

09:50AM  16    TESTS WE HAVE BEEN DISCUSSING?

09:50AM  17    A.   YES.

09:50AM  18    Q.   AND NOW WHAT IS DR. ELLSWORTH'S PSA SCORE?

09:50AM  19    A.   2.0.

09:50AM  20    Q.   THANK YOU.

09:50AM  21         IF WE CAN JUST BRING UP ONE LAST TIME PAGE 7, THE VERY

09:50AM  22    FIRST THERANOS TEST RESULT.

09:50AM  23         DR. BURNES, DO YOU RECALL THIS ONE?  THIS IS THE ORIGINAL

09:50AM  24    26.1 FROM THERANOS.

09:50AM  25    A.   YES.

09:50AM 1    Q.   DO YOU HAVE AN OPINION ON WHETHER THIS TEST WAS ACCURATE

09:50AM 2    OR WAS NOT ACCURATE?

09:50AM 3    A.   WHICH TEST ARE WE TALKING ABOUT?

09:51AM 4    Q.   THE ONE THAT IS ON THE SCREEN IN FRONT OF YOU, THE 26.1,

09:51AM 5    THE VERY FIRST THERANOS TEST.

09:51AM 6    A.   THIS TEST, I BELIEVE, WAS IN ERROR.

09:51AM 7    Q.   AND WHY DO YOU SAY THAT?

09:51AM 8    A.   IT WAS SO FAR OUT OF RANGE FOR ANY CAUSE SHORT OF TRAUMA

09:51AM 9    THAT IT DIDN'T MAKE ANY SENSE.

09:51AM 10   Q.   AND YOU SAID "FOR ANY CAUSE SHORT OF TRAUMA."  WERE YOU

09:51AM 11   ALSO ABLE TO RULE OUT TRAUMA?

09:51AM 12   A.   TRAUMA IS USUALLY WHEN A PATIENT CANNOT URINATE AND THEY

09:51AM 13   SHOW UP IN AN EMERGENCY ROOM AND THEY TRY TO PASS A CATHETER

09:51AM 14   AND IT TRAUMATIZES THEM -- THEY PUT IN A URINE CATHETER, AND IN

09:51AM 15   THE COURSE OF TRYING TO PASS A CATHETER INTO THE BLADDER,

09:51AM 16   SOMETIMES IT WILL STRIKE THE PROSTATE AND CAUSE TRAUMA AND

09:52AM 17   DAMAGE.

09:52AM 18   Q.   AND THAT IS A POTENTIAL CAUSE OF A VERY HIGH PSA SCORE?

09:52AM 19   A.   YES.  I HAD ONE THAT WAS, LIKE, VALUED AT 60 FROM TRAUMA

09:52AM 20   FROM A CATHETER.

09:52AM 21   Q.   WERE YOU ABLE TO RULE OUT THAT POTENTIAL BIOLOGICAL

09:52AM 22   EXPLANATION IN DR. ELLSWORTH'S CASE?

09:52AM 23   A.   YES.

09:52AM 24   Q.   AND BY RULING THAT OUT, DOES THAT GIVE YOU ADDITIONAL

09:52AM 25   CONFIDENCE REGARDING YOUR CONCLUSION THAT THIS FIRST TEST

09:52AM   1    RESULT WAS NOT ACCURATE?

09:52AM   2    A.   YES.

09:52AM   3              MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

09:52AM   4              THE COURT:  YES.  DISCUSSION.

09:52AM   5         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

09:52AM   6              MR. SCHENK:  THANK YOU, DR. BURNES.

09:52AM   7         NO FURTHER QUESTIONS.

09:52AM   8              THE COURT:  CROSS-EXAMINATION?

09:53AM   9                       **CROSS-EXAMINATION**

09:53AM  10    BY MR. COOPERSMITH:

09:53AM  11    Q.   GOOD MORNING, DR. BURNES.

09:53AM  12    A.   HELLO.

09:53AM  13    Q.   MY NAME IS JEFF COOPERSMITH, AND I REPRESENT MR. BALWANI.

09:53AM  14         I'M GOING TO ASK YOU SOME QUESTIONS ABOUT YOUR EXPERIENCE

09:53AM  15    WITH THERANOS.  OKAY?

09:53AM  16         SO AS YOU -- I THINK YOU SAID ON DIRECT THAT YOUR PRACTICE

09:53AM  17    IS IN INTERNAL MEDICINE IN THE PHOENIX AREA?

09:53AM  18    A.   YES.

09:53AM  19    Q.   AND FOR PATIENT MEHRL ELLSWORTH, I THINK YOU SAID HE HAD

09:53AM  20    TO PAY OUT OF POCKET FOR THESE TESTS?

09:53AM  21    A.   YES.

09:53AM  22    Q.   BECAUSE THEY WERE NOT IN THE NORMAL CYCLE OF PHYSICAL

09:53AM  23    CHECKUPS; IS THAT RIGHT?

09:53AM  24    A.   YES.

09:53AM  25    Q.   SO BECAUSE OF THAT, DID YOU FIND IT ADVANTAGEOUS FOR YOUR

09:53AM   1      PATIENT THAT THERANOS OFFERED LOW PRICES?

09:54AM   2      A.   YES.

09:54AM   3      Q.   AND YOU KNEW THAT BECAUSE SOMEONE AT THERANOS HAD TOLD YOU

09:54AM   4      ABOUT THEIR PRICES?

09:54AM   5      A.   YES, AND THERE WAS A SHEET THAT WAS PROVIDED THAT SHOWED

09:54AM   6      THE PRICES.

09:54AM   7      Q.   OKAY.  AND WERE THOSE SHEETS AVAILABLE PUBLICLY AS FAR AS

09:54AM   8      YOU KNOW FOR THERANOS?

09:54AM   9      A.   I PRESUME SO.

09:54AM   10     Q.   OKAY.  AND FOR MOST LABS THAT YOU HAVE EXPERIENCE WITH,

09:54AM   11     SUCH AS LABCORP, ARE THEY PUBLISHING THEIR PRICES ON THEIR

09:54AM   12     WEBSITE OR BEING TRANSPARENT ABOUT THAT?

09:54AM   13     A.   NO.

09:54AM   14     Q.   OKAY.  SO LET'S TALK ABOUT THE LAB RESULTS FOR

09:54AM   15     DR. ELLSWORTH.

09:54AM   16          AND I CALL HIM DR. ELLSWORTH BECAUSE DR. ELLSWORTH IS

09:54AM   17     ACTUALLY A DENTIST; IS THAT RIGHT?

09:54AM   18     A.   YES.

09:54AM   19     Q.   AND HE WAS A LONG-TIME PATIENT OF YOURS?

09:54AM   20     A.   YES.

09:54AM   21     Q.   AND THE PSA TEST THAT YOU HAD ORDERED FOR DR. ELLSWORTH,

09:54AM   22     THAT WAS NOT THE FIRST TIME THAT YOU USED THERANOS FOR ONE OF

09:54AM   23     YOUR PATIENTS; CORRECT?

09:55AM   24     A.   CORRECT.

09:55AM   25     Q.   AND, IN FACT, PRIOR TO DR. ELLSWORTH, YOU HAD BEEN USING

09:55AM  1    THERANOS FOR SOME PATIENTS FOR ABOUT A YEAR PRIOR TO

09:55AM  2    DR. ELLSWORTH'S TESTS?

09:55AM  3    A.   YES, THAT'S PROBABLY TRUE.

09:55AM  4    Q.   AND FOR THOSE OTHER PATIENTS THAT YOU SENT TO THERANOS,

09:55AM  5    THERE WERE NO OTHER ISSUES; CORRECT?

09:55AM  6    A.   NO, NONE THAT I COULD FIND.

09:55AM  7    Q.   AND YOU FOUND THE OTHER RESULTS FROM THERANOS, BEFORE THE

09:55AM  8    ELLSWORTH RESULT THAT WE'LL TALK ABOUT IN A MINUTE, TO BE

09:55AM  9    ACCURATE AND RELIABLE AS FAR AS YOU COULD TELL?

09:55AM 10    A.   I COULDN'T FIND ANY TESTS THAT WERE CONCERNING.

09:55AM 11    Q.   NO TESTS THAT WERE CONCERNING.  OKAY.

09:55AM 12         WELL, LET'S TALK ABOUT DR. ELLSWORTH.

09:55AM 13         SO THE GOVERNMENT SHOWED YOU EXHIBIT 4938, WHICH IS A

09:55AM 14    COLLECTION OF LAB RESULTS.

09:55AM 15         DO YOU HAVE THAT IN FRONT OF YOU?

09:55AM 16    A.   YES.

09:55AM 17    Q.   OKAY.  THANK YOU.

09:55AM 18         SO LET'S START WITH THE EARLIEST RESULT IN TIME, AND THAT

09:55AM 19    IS ON PAGE 7 OF THE EXHIBIT.

09:55AM 20         DO YOU SEE THAT?

09:55AM 21    A.   YES.

09:55AM 22    Q.   AND THAT'S THE VISIT DATE FROM MAY 14TH, 2015?

09:55AM 23    A.   YES.

09:55AM 24    Q.   OKAY.  AND IF YOU LOOK AT THE TOP, JUST TO START OUT WITH,

09:55AM 25    YOU SEE THAT THERE'S A DATE ON THE FAX LINE OF MAY 16TH, 2015?

09:56AM    1    A.   YES.

09:56AM    2    Q.   AND THAT IS THE DATE THAT YOU RECEIVED THE REPORT FOR THIS

09:56AM    3    PARTICULAR TEST FOR DR. ELLSWORTH; CORRECT?

09:56AM    4    A.   YES.

09:56AM    5    Q.   AND THEN THERE'S THERANOS FAX SERVER NEXT TO THAT.

09:56AM    6         IF YOU GO TO THE VERY RIGHT, DO YOU SEE THAT THERE'S AN

09:56AM    7    ADDRESS OF THE LAB?

09:56AM    8    A.   YES.

09:56AM    9    Q.   OKAY.  AND ON DIRECT EXAMINATION MR. SCHENK HAD SHOWED YOU

09:56AM   10    SOME NOTATIONS AND SOME OTHER RESULTS THAT INDICATED WHERE THE

09:56AM   11    TEST WAS PERFORMED.

09:56AM   12         DO YOU REMEMBER THAT?

09:56AM   13    A.   YES.

09:56AM   14    Q.   OKAY.  AND ON THIS PAGE WE DON'T SEE THAT PARTICULAR

09:56AM   15    NOTATION; CORRECT?

09:56AM   16    A.   NO, NOT THAT I RECOGNIZE.

09:56AM   17    Q.   OKAY.  AND THEN DO YOU SEE THE ADDRESS OF THE LAB IS ON

09:56AM   18    THE RIGHT WHERE IT IS HIGHLIGHTED ON THE SCREEN, THAT'S IN

09:56AM   19    SCOTTSDALE, ARIZONA?

09:56AM   20    A.   YES.

09:56AM   21    Q.   AND THERE'S A FAX NUMBER WHICH IS A 650 NUMBER?

09:57AM   22    A.   YES.

09:57AM   23    Q.   OKAY.  DO YOU KNOW, DR. ELLSWORTH, WHERE THIS FAX WAS

09:57AM   24    TRANSMITTED FROM?

09:57AM   25    A.   I'M DR. BURNES.

09:57AM   1      Q.   I'M SORRY, WHAT DID I CALL YOU?

09:57AM   2           DR. BURNES, OF COURSE.  MY MISTAKE.

09:57AM   3           DID YOU -- DO YOU KNOW WHERE THIS FAX WAS TRANSMITTED FROM

09:57AM   4      TO YOUR OFFICE?

09:57AM   5      A.   NO.

09:57AM   6      Q.   OKAY.  ALL RIGHT.

09:57AM   7           LOOKING AT THE RESULT THOUGH, THIS IS THE 26.1 RESULT?

09:57AM   8      A.   YES.

09:57AM   9      Q.   OKAY.  AND WHEN YOU SAW THAT, IT DIDN'T TAKE YOU LONG TO

09:57AM  10      CONCLUDE THAT THERE WAS SOME KIND OF ERROR MOST LIKELY; IS THAT

09:57AM  11      RIGHT?

09:57AM  12      A.   I COULDN'T TRUST IT.

09:57AM  13      Q.   RIGHT.  BECAUSE THAT WAS A LEVEL MUCH HIGHER THAN WHAT YOU

09:57AM  14      WOULD EXPECT FOR A PATIENT LIKE DR. ELLSWORTH?

09:57AM  15      A.   YES.

09:57AM  16      Q.   OKAY.  AND AS A RESULT, YOU HAD ANOTHER TEST DONE; RIGHT?

09:57AM  17      A.   YES.

09:57AM  18      Q.   SO JUST PAUSING ON THAT FOR A MINUTE, IN YOUR CAREER, YOU

09:58AM  19      HAVE SEEN ON OCCASION THAT LABORATORIES CAN MAKE ERRORS; RIGHT?

09:58AM  20      A.   YES.

09:58AM  21      Q.   AND, IN FACT, YOU HAD AN EXPERIENCE EARLIER THAN THE

09:58AM  22      DR. ELLSWORTH SITUATION WITH LABCORP MAKING AN ERROR; CORRECT?

09:58AM  23      A.   YES.

09:58AM  24      Q.   AND WHEN LABCORP MADE AN ERROR, YOU KNOW, YOU DIDN'T TRUST

09:58AM  25      THAT PARTICULAR RESULT EITHER; RIGHT?

09:58AM   1       A.    NO.

09:58AM   2       Q.    AND I THINK THE ERROR THAT YOU REMEMBER FROM LABCORP

09:58AM   3       WAS -- HAD TO DO WITH AN ASSAY CALLED CREATINE?

09:58AM   4       A.    YES.

09:58AM   5       Q.    AND WHAT IS CREATINE?

09:58AM   6       A.    CREATINE IS A WASTE PRODUCT FROM MUSCLE, LIKE PSA IS FROM

09:58AM   7       THE PROSTATE, AND CREATINE IS FROM MUSCLE, AND IT'S CLEARED

09:58AM   8       FROM THE BODY AS A WASTE PRODUCT THROUGH THE KIDNEY.

09:58AM   9            SO IT'S A VERY SIMPLE WAY ON THE LAB TEST TO DETERMINE

09:58AM  10       ROUGH KIDNEY FUNCTION.

09:58AM  11       Q.    OKAY.  AND WHEN THAT ERROR OCCURRED WITH LABCORP, DID YOU

09:58AM  12       MAKE A CONCLUSION THAT LABCORP WAS INCAPABLE OF PRODUCING

09:59AM  13       ACCURATE TESTS FOR YOUR PATIENTS?

09:59AM  14       A.    NO, BUT IT NEEDED TO BE LOOKED INTO.

09:59AM  15       Q.    OKAY.  AND DO YOU KNOW -- OTHER THAN THAT ERROR THAT YOU

09:59AM  16       PERSONALLY EXPERIENCED WITH LABCORP WITH THE PATIENT, DO YOU

09:59AM  17       KNOW HOW MANY OTHER ERRORS THAT LABCORP MAKES OVER TIME WITH

09:59AM  18       OTHER PATIENTS?

09:59AM  19       A.    THEY'RE RARE.  SOMETIMES IT MIGHT BE IMPOSSIBLE TO CATCH

09:59AM  20       THEM.  BUT THEY ARE VERY RARE.

09:59AM  21       Q.    OKAY.  BUT LABS DO MAKE ERRORS?

09:59AM  22       A.    YES.

09:59AM  23       Q.    AND THAT COULD BE CAUSED FROM A VARIETY OF REASONS; RIGHT?

09:59AM  24       A.    YES.

09:59AM  25       Q.    AND, FOR EXAMPLE, LIKE AN ERROR IN THE SAMPLE COLLECTION

09:59AM    1      COULD BE A REASON?

09:59AM    2      A.    YES.

09:59AM    3      Q.    AND AN ISSUE WITH THE SAMPLE INTEGRITY COULD BE A REASON?

09:59AM    4      A.    YES.

09:59AM    5      Q.    AND AN ISSUE WITH THE WAY THE LABORATORY USES REAGENTS

09:59AM    6      COULD BE A REASON?

09:59AM    7      A.    YES.

09:59AM    8      Q.    OR A MISTAKE USING EXPIRED REAGENTS COULD BE A REASON?

09:59AM    9      A.    YES.

09:59AM   10      Q.    AND MANY OTHER REASONS THAT WE COULD THINK OF IF WE ALL

09:59AM   11      HAD THE TIME; RIGHT?

09:59AM   12      A.    YES.

09:59AM   13      Q.    SO LET'S GO BACK TO THE EXHIBIT, WHICH IS EXHIBIT 4938.

10:00AM   14            AND DO YOU SEE ON PAGE 6 THERE'S A NOTATION ERROR IN YOUR

10:00AM   15      HANDWRITING FOR MAY 19TH, 2015?  I THINK YOU READ THAT DURING

10:00AM   16      YOUR DIRECT EXAMINATION.

10:00AM   17            DO YOU REMEMBER THAT?

10:00AM   18      A.    YES.

10:00AM   19      Q.    AND SO YOU HAD A CONVERSATION WITH THE LAB; IS THAT

10:00AM   20      CORRECT?

10:00AM   21      A.    YES.

10:00AM   22      Q.    OKAY.  AND I THINK YOU FOUND -- YOU SAID YOU FOUND THEM

10:00AM   23      PLEASANT TO TALK TO?

10:00AM   24      A.    YES.

10:00AM   25      Q.    AND THEY WEREN'T AGGRESSIVE OR COMBATIVE OR ANYTHING LIKE

10:00AM  1      THAT?

10:00AM  2      A.   NO.

10:00AM  3      Q.   OKAY.  AND IF YOU GO TO EXHIBIT 4415, WHICH IS THE OTHER

10:00AM  4      EXHIBIT THAT YOU LOOKED AT ON DIRECT.

10:00AM  5      A.   WHICH PAGE?

10:00AM  6      Q.   I'M SORRY.  IT'S ON PAGE 8 IS WHAT I'M GOING TO TALK

10:01AM  7      ABOUT.

10:01AM  8           AND DO YOU HAVE THAT PAGE, DR. BURNES?

10:01AM  9      A.   YES.

10:01AM  10     Q.   OKAY.  AND YOU SEE THAT THERE'S AN EMAIL FROM

10:01AM  11     AMELIA AGUIRRE AT THE BOTTOM?

10:01AM  12     A.   OH.

10:01AM  13     Q.   YES.  THANK YOU.

10:01AM  14          AND DO YOU SEE THAT MS. AGUIRRE REPORTS THAT YOU HAD

10:01AM  15     CALLED TO TALK ABOUT THE PSA RESULTS; RIGHT?

10:01AM  16     A.   YES.

10:01AM  17     Q.   AND THAT IS THAT MAY 9TH CALL THAT WE SAW THAT YOU HAD

10:01AM  18     NOTATED ON THE LAB RESULT?

10:01AM  19     A.   YES.

10:01AM  20     Q.   AND THIS IS THE PERSON THAT YOU FOUND TO BE PLEASANT WHEN

10:01AM  21     YOU CALLED THAT FIRST TIME; RIGHTS?

10:01AM  22     A.   YES.

10:01AM  23     Q.   OKAY.  AND WHAT -- WHEN YOU TALKED TO MS. AGUIRRE, I THINK

10:01AM  24     YOU SAID ON DIRECT THAT YOU THOUGHT IT WOULD BE WISE TO GET THE

10:01AM  25     THIRD TEST FOR DR. ELLSWORTH?

```
10:01AM   1        A.   YES.

10:01AM   2        Q.   IS THAT RIGHT?

10:01AM   3             AND THEN YOU DID THAT; RIGHT?

10:01AM   4        A.   YES.

10:01AM   5        Q.   IF YOU GO BACK TO THE OTHER EXHIBIT, 4938, AND THEN

10:02AM   6        PAGE 3.  I'M SORRY.  PAGE 5.

10:02AM   7             AND THIS IS THE THIRD RESULT; IS THAT CORRECT?

10:02AM   8        A.   YES.

10:02AM   9        Q.   AND THEN YOU HAD ANOTHER CONVERSATION WITH A THERANOS

10:02AM  10        REPRESENTATIVE AFTER THAT TEST; IS THAT RIGHT?

10:02AM  11        A.   YES.

10:02AM  12        Q.   AND IF YOU GO BACK TO EXHIBIT 4415, THIS TIME YOU SPOKE TO

10:02AM  13        THE LAB DIRECTOR?  THIS TIME YOU SPOKE TO THE LAB DIRECTOR?

10:02AM  14        A.   YES.

10:02AM  15        Q.   AND THAT WAS DR. DANIEL YOUNG?

10:03AM  16        A.   I BELIEVE SO.  I ASKED FOR THE NATIONAL LAB DIRECTOR.

10:03AM  17        Q.   OKAY.  AND YOU WERE CONNECTED WITH DR. YOUNG?

10:03AM  18        A.   I BELIEVE SO.  I DON'T REMEMBER THE NAME ITSELF.

10:03AM  19        Q.   SO WE'LL CALL HIM THE LAB DIRECTOR IN THAT CASE.

10:03AM  20             SO THE LAB DIRECTOR THAT YOU TALKED TO, YOU UNDERSTAND

10:03AM  21        THAT WAS HIS POSITION?

10:03AM  22        A.   YES.

10:03AM  23        Q.   AND THE LAB DIRECTOR WAS ALSO PLEASANT AND RESPONSIVE TO

10:03AM  24        YOUR CONCERNS?

10:03AM  25        A.   YES.
```

10:03AM  1     Q.   AND I THINK YOU SAID ON DIRECT THAT YOU DON'T RECALL

10:03AM  2     WHETHER HE EXPLAINED IT WAS, IN HIS VIEW, A SAMPLE INTEGRITY

10:03AM  3     ISSUE?

10:03AM  4     A.   I DON'T RECALL THAT.

10:03AM  5     Q.   OKAY.  YOU DON'T RECALL IT EITHER WAY?

10:03AM  6     A.   YES, I DON'T RECALL EXACTLY.  I DON'T REALLY TRULY RECALL,

10:03AM  7     BUT I WOULDN'T ASSUME THAT THAT WAS A PATIENT MIXUP.

10:03AM  8     Q.   OKAY.  AND PUTTING ASIDE THE PATIENT MIXUP -- WELL, LET'S

10:03AM  9     TALK ABOUT THAT FOR A MINUTE.  SO ONE POSSIBLE ERROR A LAB

10:03AM  10    COULD MAKE IS THAT THEY COULD SWITCH THE SAMPLE AND YOU'RE

10:03AM  11    GETTING RESULTS FOR THE WRONG PATIENT; RIGHT?

10:03AM  12    A.   YES.

10:03AM  13    Q.   AND YOU DIDN'T THINK THAT HAPPENED HERE?

10:03AM  14    A.   I DIDN'T BELIEVE SO.

10:04AM  15    Q.   OKAY.

10:04AM  16    A.   BUT IT'S POSSIBLE.

10:04AM  17    Q.   AND WHEN YOU TALKED TO THE LAB DIRECTOR AFTER THAT THIRD

10:04AM  18    TEST, THAT LAB DIRECTOR DIDN'T TELL YOU THAT THE EXPLANATION

10:04AM  19    WAS SAMPLE MIXUP; RIGHT?

10:04AM  20    A.   NO.

10:04AM  21    Q.   OKAY.  AND YOU DON'T REMEMBER WHETHER THE EXPLANATION HAD

10:04AM  22    TO DO WITH THE SAMPLE INTEGRITY OF DR. ELLSWORTH'S SAMPLE?

10:04AM  23    A.   COULD YOU REPHRASE THAT QUESTION?

10:04AM  24    Q.   SURE.  DO YOU REMEMBER ONE WAY OR THE OTHER WHETHER THE

10:04AM  25    LAB DIRECTOR TOLD YOU THAT HE THOUGHT THE PROBLEM HERE WAS A

10:04AM 1    SAMPLE INTEGRITY ISSUE?

10:04AM 2    A.   I BELIEVE I WOULD ACCEPT THAT BECAUSE I DIDN'T THINK -- IT

10:04AM 3    WOULD BE VERY, VERY UNLIKELY TO HAVE LABS SWITCHED TWICE.

10:04AM 4    Q.   AND THAT ISSUE OF SAMPLE INTEGRITY, THAT WOULD BE A

10:04AM 5    PLAUSIBLE EXPLANATION FOR WHY THESE RESULTS SEEMED OFF?

10:04AM 6    A.   IT COULD BE.

10:04AM 7    Q.   OKAY.  AND IF WE JUST STAY WITH EXHIBIT 4415 FOR A MINUTE

10:05AM 8    AND YOU GO TO PAGE 2.

10:05AM 9         THERE'S AN EMAIL FROM DANIEL YOUNG TO MR. BALWANI AND

10:05AM 10   TINA LIN AND OTHERS.

10:05AM 11        AND THAT FIRST LINE SAYS, "THE MOST RECENT SAMPLE (EDTA

10:05AM 12   PCTN) WAS FLAGGED FOR HEMOLYSIS AND CLOTTING.  THIS SAMPLE WAS

10:05AM 13   USED FOR THE PSA RESULT."

10:05AM 14        DO YOU SEE THAT?

10:05AM 15   A.   YES.

10:05AM 16   Q.   AND SO THIS WAS THE INTERNAL EXPLANATION THAT DR. YOUNG

10:05AM 17   WAS GIVING; IS THAT RIGHT?

10:05AM 18   A.   I PRESUME SO.  I WASN'T MADE AWARE OF THAT AT THAT TIME.

10:05AM 19   Q.   RIGHT.  BUT YOU UNDERSTAND THAT THIS IS AN INTERNAL EMAIL

10:05AM 20   THAT YOU'RE NOT COPIED ON; RIGHT?

10:05AM 21   A.   YES.

10:05AM 22   Q.   AND THAT WOULD BE A MISTAKE THAT THE LAB MADE, TO BE

10:05AM 23   CLEAR, IF THEY HAD NOTICED HEMOLYSIS AND CLOTTING, BUT USED THE

10:06AM 24   SAMPLE FOR PATIENT TESTING ANYWAY; RIGHT?

10:06AM 25            MR. SCHENK:  OBJECTION.  FOUNDATION.

10:06AM 1             THE COURT:  DO YOU WANT TO LAY A FOUNDATION AS TO

10:06AM 2     HIS KNOWLEDGE, IF HE RECALLS?

10:06AM 3             MR. COOPERSMITH:  SURE.

10:06AM 4     Q.  DR. BURNES, LET ME JUST ASK YOU AS CLEAR AS I CAN, IF A

10:06AM 5     LAB NOTICES THAT THERE IS HEMOLYSIS AND CLOTTING IN A SAMPLE,

10:06AM 6     DO YOU AGREE THAT THEY SHOULD NOT THEN GO FORWARD AND USE THAT

10:06AM 7     FOR THE LAB TEST?

10:06AM 8     A.  I'M AN EXPERT IN INTERPRETING RESULTS, BUT TO BE HONEST,

10:06AM 9     IT'S BEEN 30 YEARS SINCE I WAS IN RESIDENCY AND THE MECHANICS

10:06AM 10    OF HOW THINGS ARE DONE I DON'T RECALL EXACTLY.

10:06AM 11    Q.  OKAY.  BUT DOES THAT SOUND CORRECT TO YOU?

10:06AM 12    A.  YES.

10:06AM 13    Q.  OKAY.

10:06AM 14            MR. SCHENK:  OBJECTION.  MOVE TO STRIKE.

10:06AM 15            THE COURT:  SUSTAINED.  LACK OF FOUNDATION.

10:06AM 16        THAT LAST RESPONSE, THE ANSWER IS STRICKEN, LADIES AND

10:06AM 17    GENTLEMEN.

10:06AM 18        YOU CAN ASK ANOTHER QUESTION.

10:06AM 19            MR. COOPERSMITH:  OKAY.  THANKS, YOUR HONOR.

10:06AM 20    Q.  SO LET'S GO TO PAGE 3 OF THE EXHIBIT.

10:07AM 21        ACTUALLY, WE CAN START ON THE VERY, VERY BOTTOM OF PAGE 2,

10:07AM 22    JUST SO WE SEE, AGAIN, THE EMAIL.

10:07AM 23        THIS IS AN EMAIL FROM MR. BALWANI.

10:07AM 24        DO YOU SEE THAT?

10:07AM 25    A.  YES.

| | | |
|---|---|---|
| 10:07AM | 1 | Q.   OKAY.  AND THEN GOING TO THE NEXT PAGE, JUST TO SEE THE |
| 10:07AM | 2 | CONTENT. |
| 10:07AM | 3 | SO MR. BALWANI'S FIRST REACTION WAS, "TINA.  CAN YOU |
| 10:07AM | 4 | INVESTIGATE THIS?" |
| 10:07AM | 5 | DO YOU SEE THAT? |
| 10:07AM | 6 | A.   YES. |
| 10:07AM | 7 | Q.   AND THEN THE NEXT LINE SAYS, "DANIEL.  I DO NOT BELIEVE |
| 10:07AM | 8 | SAMPLE MIXUP IS POSSIBLE BY A REMOTE SHOT IN OUR SYSTEM BUT |
| 10:07AM | 9 | SINCE THE MOST RECENT VISIT IS ON 6/11 AND SHOULD HAVE THE |
| 10:07AM | 10 | SAMPLE IN OUR LABS, WE SHOULD BE ABLE TO CHECK THE LABEL ON |
| 10:07AM | 11 | SAMPLE ACROSS THE ENTIRE SYSTEMS." |
| 10:07AM | 12 | AND THEN IT GOES ON.  "WE SHOULD START BY RERUNNING THE |
| 10:07AM | 13 | SAMPLE TO START AND THE WORK BACKWARDS FROM THERE." |
| 10:07AM | 14 | DO YOU SEE THAT? |
| 10:07AM | 15 | A.   YES. |
| 10:07AM | 16 | Q.   OKAY.  SO READING THIS ON THE PAGE, AND I UNDERSTAND YOU |
| 10:07AM | 17 | WEREN'T PART OF THIS EMAIL, BUT IT APPEARS TO YOU THAT |
| 10:08AM | 18 | MR. BALWANI WAS JUST TRYING TO MAKE HIS LAB STAFF GET TO THE |
| 10:08AM | 19 | BOTTOM OF THIS; RIGHT? |
| 10:08AM | 20 | MR. SCHENK:  OBJECTION.  CALLS FOR SPECULATION. |
| 10:08AM | 21 | THE COURT:  SUSTAINED. |
| 10:08AM | 22 | BY MR. COOPERSMITH: |
| 10:08AM | 23 | Q.   WITHOUT ASKING THE QUESTION, YOU SEE THE WORDS ON THE |
| 10:08AM | 24 | PAGES I JUST READ; RIGHT? |
| 10:08AM | 25 | A.   YES. |

10:08AM  1    Q.   OKAY.  AND WOULD YOU EXPECT A LAB LIKE THERANOS TO HAVE A

10:08AM  2    SYSTEM WHERE YOU COULD ACTUALLY DO THE THINGS THAT MR. BALWANI

10:08AM  3    WAS ASKING TO BE CHECKED?

10:08AM  4              MR. SCHENK:  OBJECTION.  SPECULATION.  FOUNDATION.

10:08AM  5              MR. COOPERSMITH:  I'M ASKING FOR HIS PERSONAL

10:08AM  6    KNOWLEDGE WHAT HE WOULD EXPECT IN HIS EXPERIENCE.

10:08AM  7              THE COURT:  WELL, HE TOLD US EARLIER THAT IT'S BEEN

10:08AM  8    30 YEARS SINCE HE'S BEEN INVOLVED IN THIS.  I THINK THERE'S A

10:08AM  9    LACK OF FOUNDATION, UNLESS YOU CAN LAY ONE.

10:08AM 10              MR. COOPERSMITH:  OKAY.  I WILL DO THAT, YOUR HONOR.

10:08AM 11    Q.   DR. BURNES, EVEN THOUGH YOU DON'T WORK IN THE LABORATORY

10:08AM 12    INDUSTRY, YOU'RE A MEDICAL DOCTOR, YOU HAVE SOME KNOWLEDGE,

10:08AM 13    EVEN IF IT'S OLD, ABOUT HOW LABORATORIES ARE SUPPOSED TO

10:08AM 14    OPERATE; IS THAT FAIR?

10:08AM 15    A.   YES.

10:08AM 16    Q.   OKAY.  AND ONE THING THAT I WOULD -- IS IT FAIR TO SAY

10:08AM 17    THAT YOU WOULD EXPECT A LABORATORY TO KEEP RECORDS OF THE

10:09AM 18    PATIENT TESTING THAT THEY HAVE GOING ON?

10:09AM 19              MR. SCHENK:  OBJECTION.  FOUNDATION.  IT CALLS FOR

10:09AM 20    SPECULATION, AND RELEVANCE FROM THIS WITNESS.

10:09AM 21              THE COURT:  I'LL SUSTAIN THE 104 OBJECTION.

10:09AM 22              MR. COOPERSMITH:  OKAY.

10:09AM 23    Q.   WELL, LET ME JUST ASK YOUR PERSONAL KNOWLEDGE, DR. BURNES.

10:09AM 24    OVER YOUR CAREER ORDERING LAB TESTS, HAVE YOU HAD OCCASION

10:09AM 25    TO, EVEN ON MANY OCCASIONS, TO TALK TO PEOPLE WHO WORK AT

10:09AM  1    CLINICAL LABORATORIES?

10:09AM  2    A.   NOT OFTEN, TO BE HONEST.

10:09AM  3    Q.   OKAY.  BUT WHEN YOU DO, YOU INTERACT WITH LAB STAFF; IS

10:09AM  4    THAT FAIR?

10:09AM  5    A.   ONLY MY MEDICAL ASSISTANT.

10:09AM  6    Q.   IN OTHER WORDS -- LET ME ASK A CLEARER QUESTION.  YOU KNOW

10:09AM  7    HOW YOU HAD THOSE CALLS WITH THERANOS PERSONNEL THAT WE JUST

10:09AM  8    DISCUSSED?

10:09AM  9    A.   YES.

10:09AM  10   Q.   AND AT OTHER TIMES, EVEN WITH OTHER LABS, YOU'VE HAD, OVER

10:09AM  11   TIME, EVEN IF IT'S NOT THAT OFTEN, YOU'VE HAD QUESTIONS OR

10:10AM  12   COMMENTS, YOU HAVE HAD CONVERSATIONS WITH OTHER PEOPLE WHO WORK

10:10AM  13   AT DIFFERENT LABORATORIES?

10:10AM  14   A.   TO BE HONEST, VERY INFREQUENTLY, AND MOSTLY BECAUSE THEY

10:10AM  15   WEREN'T AS EASY TO ANSWER THE PHONE AS THERANOS WAS.

10:10AM  16   Q.   OKAY.

10:10AM  17   A.   IT'S VERY DIFFICULT TO GET AHOLD OF SOMEBODY AT, LIKE,

10:10AM  18   LABCORP.

10:10AM  19   Q.   I SEE.  IN THE THERANOS CASE IT WAS EASY TO GET AHOLD OF

10:10AM  20   SOMEONE?

10:10AM  21   A.   YES, IT WAS.  THAT'S WHY I REMEMBER IT SO WELL.

10:10AM  22   Q.   UNDERSTOOD.  THANK YOU.

10:10AM  23        AND THEN IF WE CONTINUE ON PAGE 3 AT 4415, YOU SEE THAT

10:10AM  24   LAST PARAGRAPH OF THE EMAIL THAT WE WERE READING SAYS, "TINA.

10:10AM  25   CAN YOU PLEASE OWN THIS AND UPDATE ME IN REALTIME.

10:10AM 1          "MAX.  CAN U FREE UP YOUR TIME AND START TRACKING THIS

10:10AM 2     SAMPLE AND AA AND MAKE SURE EVERYTHING CHECKS OUT THERE.  HAVE

10:10AM 3     SOMEONE PHYSICALLY LOOK AT LABELS TO MAKE SURE LABELS MATCH

10:10AM 4     WITH WHAT WAS DRAWN AT PSC AND THE ONE PRINTED IN LAB IF

10:11AM 5     PRINTED IN LAB."

10:11AM 6          DO YOU SEE THAT?

10:11AM 7     A.   YES.

10:11AM 8     Q.   AND DO YOU UNDERSTAND THAT THAT WAS MR. BALWANI GIVING

10:11AM 9     THAT DIRECTION; CORRECT?

10:11AM 10    A.   YES.

10:11AM 11    Q.   IF YOU GO TO PAGE 6, THERE'S AN EMAIL FROM MAY 19TH.

10:11AM 12         DO YOU SEE THAT?

10:11AM 13    A.   YES.

10:11AM 14    Q.   FROM CATHERINE HUNKLER.

10:11AM 15         DO YOU SEE THAT?

10:11AM 16    A.   YES.

10:11AM 17    Q.   AND THEN THE CONTENT THERE SAYS, "THE TUBE BARCODED," AND

10:11AM 18    THEN IT HAS A BAR CODE NUMBER, "HAD A BIG CLOT IN IT -- MIGHT

10:11AM 19    THIS HAVE AFFECTED RESULTS IF NOT CAUGHT AT THE INITIAL RUN?"

10:11AM 20         DO YOU SEE THAT?

10:11AM 21    A.   YES.

10:11AM 22    Q.   AND SO YOU UNDERSTAND THAT THIS IS AN INTERNAL EMAIL FROM

10:11AM 23    THERANOS DISCUSSING THE ISSUE OF A CLOT IN THE COLLECTION TUBE.

10:11AM 24         IS THAT FAIR?

10:11AM 25    A.   YES.

| | | |
|---|---|---|
| 10:11AM | 1 | Q.   OKAY. |
| 10:12AM | 2 | MAY I HAVE A MOMENT, YOUR HONOR? |
| 10:12AM | 3 | THE COURT:  YES. |
| 10:12AM | 4 | (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.) |
| 10:12AM | 5 | MR. COOPERSMITH:  NO FURTHER QUESTIONS, YOUR HONOR. |
| 10:12AM | 6 | THE COURT:  REDIRECT? |
| 10:13AM | 7 | **REDIRECT EXAMINATION** |
| 10:13AM | 8 | BY MR. SCHENK: |
| 10:13AM | 9 | Q.   GOOD MORNING AGAIN, DOCTOR. |
| 10:13AM | 10 | MR. COOPERSMITH ASKED YOU SOME QUESTIONS REGARDING YOUR |
| 10:13AM | 11 | EXPERIENCE WITH LABCORP AND THE CREATINE ASSAY. |
| 10:13AM | 12 | DO YOU RECALL THAT DISCUSSION? |
| 10:13AM | 13 | A.   YES. |
| 10:13AM | 14 | Q.   AND I THINK YOU SAID YOU HAD AN EXPERIENCE WHERE THERE |
| 10:13AM | 15 | WERE RESULTS THAT YOU QUESTIONED THAT CAME FROM LABCORP; IS |
| 10:13AM | 16 | THAT RIGHT? |
| 10:13AM | 17 | A.   IT WAS MULTIPLE LABS. |
| 10:13AM | 18 | Q.   I'M SORRY.  IT WAS MULTIPLE LABS? |
| 10:13AM | 19 | A.   IT WAS ABOUT FOUR IN ONE WEEK. |
| 10:13AM | 20 | Q.   NOT JUST LABCORP, OTHER -- |
| 10:13AM | 21 | A.   IT WAS JUST LABCORP. |
| 10:13AM | 22 | Q.   I SEE.  MULTIPLE LAB RESULTS FROM LABCORP ALL INVOLVING |
| 10:13AM | 23 | CREATINE; IS THAT CORRECT? |
| 10:13AM | 24 | A.   YES. |
| 10:13AM | 25 | Q.   IN THIS INSTANCE WHEN YOU HAD THERANOS RERUN THE SAMPLE, |

10:13AM 1    THE FIRST ONE WE'VE TALKED ABOUT WAS IN THE 20'S AND WAS HIGH;

10:13AM 2    CORRECT?

10:13AM 3    A.   YES.

10:13AM 4    Q.   AND THE SECOND ONE WAS WHAT YOU WOULD HAVE EXPECTED, WAS

10:13AM 5    WITHIN THE REFERENCE RANGE; IS THAT RIGHT?

10:13AM 6    A.   YES.

10:13AM 7    Q.   AND THEN THERANOS, AT YOUR REQUEST, RERAN IT A THIRD TIME.

10:14AM 8         DO YOU RECALL WHAT THAT SCORE WAS, THE THIRD ONE?

10:14AM 9    A.   I BELIEVE THAT WAS ABOUT A 22.

10:14AM 10   Q.   AND WHAT CONCLUSIONS DID YOU DRAW ABOUT THAT?

10:14AM 11   A.   THE ODDS WERE THAT THERE WAS SOMETHING WRONG WITH THE LAB

10:14AM 12   TEST.

10:14AM 13   Q.   SO WHEN YOU POINTED OUT TO THEM THAT THE FIRST SCORE WAS

10:14AM 14   SOMETHING THAT YOU HAD QUESTIONS ABOUT AND YOU DID THIS

10:14AM 15   TIEBREAKER BEFORE SENDING DR. ELLSWORTH ON HIS TRIP, THE THIRD

10:14AM 16   SCORE THAT CAME BACK SIMILARLY CAUSED YOU TO HAVE SOME CONCERNS

10:14AM 17   ABOUT WHETHER THAT THIRD SCORE WAS ACCURATE OR NOT; IS THAT

10:14AM 18   RIGHT?

10:14AM 19   A.   YES.

10:14AM 20   Q.   EVEN AFTER YOU BROUGHT TO THEIR ATTENTION THAT THERE MIGHT

10:14AM 21   BE PROBLEMS?

10:14AM 22   A.   YES.

10:14AM 23   Q.   THANK YOU.

10:14AM 24        NO FURTHER QUESTIONS.

10:14AM 25        MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

| | | |
|---|---|---|
| 10:14AM | 1 | THE COURT:  MAY THIS WITNESS BE EXCUSED? |
| 10:14AM | 2 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 10:14AM | 3 | MR. SCHENK:  YES. |
| 10:14AM | 4 | THE COURT:  THANK YOU, SIR.  YOU'RE EXCUSED.  THANK |
| 10:14AM | 5 | YOU. |
| 10:15AM | 6 | DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL? |
| 10:15AM | 7 | MR. SCHENK:  THE UNITED STATES CALLS |
| 10:15AM | 8 | DR. MEHRL ELLSWORTH. |
| 10:15AM | 9 | THE COURT:  THANK YOU. |
| 10:15AM | 10 | FOLKS, YOU CAN STAND UP AND STRETCH IF YOU WOULD LIKE |
| 10:15AM | 11 | WHILE DR. ELLSWORTH COMES IN. |
| 10:15AM | 12 | (STRETCHING.) |
| 10:15AM | 13 | THE COURT:  GOOD MORNING, SIR. |
| 10:15AM | 14 | IF YOU COULD STAND OVER HERE AND RAISE YOUR RIGHT HAND |
| 10:15AM | 15 | WHILE YOU FACE OUR COURTROOM DEPUTY, SHE HAS A QUESTION FOR |
| 10:15AM | 16 | YOU. |
| 10:15AM | 17 | THE WITNESS:  OKAY. |
| 10:15AM | 18 | **(GOVERNMENT'S WITNESS, MEHRL ELLSWORTH, WAS SWORN.)** |
| 10:15AM | 19 | THE WITNESS:  YES. |
| 10:15AM | 20 | THE CLERK:  THANK YOU. |
| 10:16AM | 21 | THE COURT:  WE INVITE YOU TO HAVE A SEAT HERE, SIR, |
| 10:16AM | 22 | AND MAKE YOURSELF COMFORTABLE. |
| 10:16AM | 23 | FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU |
| 10:16AM | 24 | NEED. |
| 10:16AM | 25 | AND WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR |

10:16AM   1    NAME AND THEN SPELL IT, PLEASE.

10:16AM   2              THE WITNESS:  MEHRL K. ELLSWORTH, DR. ELLSWORTH.

10:16AM   3    M-E-H-R-L, ELLSWORTH, E-L-L-S-W-O-R-T-H.

10:16AM   4              THE COURT:  THANK YOU.

10:16AM   5         MR. SCHENK.

10:16AM   6              MR. SCHENK:  THANK YOU, YOUR HONOR.

10:16AM   7                        **DIRECT EXAMINATION**

10:16AM   8    BY MR. SCHENK:

10:16AM   9    Q.   DR. ELLSWORTH, IF YOU'RE FULLY VACCINATED, I UNDERSTAND,

10:16AM  10    WITH THE COURT'S PERMISSION, YOU CAN TESTIFY WITHOUT A MASK ON.

10:16AM  11    A.   THANK YOU.  I WILL DO THAT.

10:16AM  12    Q.   THANK YOU.

10:16AM  13         DR. ELLSWORTH, I WANT TO DRAW YOUR ATTENTION TO THE MAY OR

10:16AM  14    JUNE 2015 TIMEFRAME.

10:16AM  15         DO YOU HAVE THAT TIMEFRAME IN MIND?

10:16AM  16    A.   2018?

10:16AM  17    Q.   2015.

10:16AM  18    A.   '15?  YES, I DO.

10:16AM  19    Q.   WERE YOU EMPLOYED AT THAT TIME?

10:17AM  20    A.   YES.  I WAS A PRACTICING DENTIST IN ARIZONA.

10:17AM  21    Q.   AND WHERE IN ARIZONA?

10:17AM  22    A.   MY OFFICE IS IN LITCHFIELD PARK.

10:17AM  23    Q.   AND DID YOU ALSO RESIDE IN ARIZONA AT THAT TIME?

10:17AM  24    A.   YES.  I LIVED THREE BLOCKS FROM MY OFFICE.

10:17AM  25    Q.   AT THAT TIME, AGAIN, THE MAY, JUNE 2015 TIMEFRAME, WERE

10:17AM 1   YOU PLANNING TO TAKE A LENGTHY INTERNATIONAL TRIP?

10:17AM 2   A.   YES.  I HAD BEEN REQUESTED TO BE THE HUMANITARIAN DIRECTOR

10:17AM 3   IN THAILAND, MIRAMAR AND LAOS BY THE CHURCH OF JESUS CHRIST.

10:17AM 4   ANYWAY, MORMON CHURCH, OKAY.

10:17AM 5   Q.   THANK YOU.

10:17AM 6        DID YOU HAVE A PHYSICIAN, A PERSONAL PHYSICIAN IN ARIZONA

10:17AM 7   AT THE TIME?

10:17AM 8   A.   YES.

10:17AM 9   Q.   AND WHO IS THAT?

10:17AM 10  A.   DR. BURNES.

10:17AM 11  Q.   BEFORE YOU TOOK THIS TRIP, DID YOU HAVE SOME LAB WORK

10:17AM 12  DONE?

10:17AM 13  A.   YES.  I HAD AN ANNUAL PHYSICAL DONE, AND WE HAD MOVED, AT

10:18AM 14  THE REQUEST OF MY CHURCH PEOPLE, THAT I WOULD BE CLEARED FOR

10:18AM 15  MEDICAL SERVICE IN ANOTHER COUNTRY.

10:18AM 16  Q.   I SEE.  SOME LAB WORK BEFORE YOU TOOK THIS TRIP?

10:18AM 17  A.   YES.

10:18AM 18  Q.   AMONG THE BLOOD TESTS, DID YOU GET ORDERS TO TAKE A PSA

10:18AM 19  TEST?

10:18AM 20  A.   YES.

10:18AM 21         MR. SCHENK:  YOUR HONOR, MAY I APPROACH AGAIN?

10:18AM 22         THE COURT:  YES.

10:18AM 23         MR. SCHENK:  (HANDING.)

10:18AM 24  Q.   DR. ELLSWORTH, I'VE HANDED YOU A BINDER OF DOCUMENTS THAT

10:18AM 25  I'M GOING TO ASK YOU TO LOOK AT IN PARTICULAR IN A MOMENT.

ELLSWORTH DIRECT BY MR. SCHENK                                    5932

10:18AM   1          BUT WHEN YOU WERE GETTING THIS LAB WORK DONE, DID YOU

10:18AM   2    SPEAK WITH DR. BURNES ABOUT WHERE YOU SHOULD GO TO HAVE YOUR

10:18AM   3    LAB WORK DONE?

10:18AM   4    A.   YES.

10:18AM   5    Q.   AND WHAT DID YOU DISCUSS?

10:18AM   6    A.   HE RECOMMENDED, SINCE IT WAS -- WE COMPLETED THE MAJOR

10:18AM   7    BATTERY, BUT THE PSA HAD BEEN EXCLUDED, THAT IT WOULD BE A

10:19AM   8    SIMPLE MATTER TO JUST RUN OVER TO WALGREENS AND THERANOS WAS

10:19AM   9    AVAILABLE THERE ON -- ON AN INEXPENSIVE AND QUICK BASIS.

10:19AM  10    Q.   DID YOU EVENTUALLY GO TO THERANOS FOR YOUR BLOOD TESTS?

10:19AM  11    A.   YES.

10:19AM  12    Q.   AND DID YOU EXPECT THAT THE BLOOD TEST RESULTS THAT YOU

10:19AM  13    RECEIVED FROM THERANOS WOULD BE ACCURATE?

10:19AM  14    A.   YES.

10:19AM  15    Q.   WHY DID YOU EXPECT THAT?

10:19AM  16    A.   THEY WERE INTEGRATED INTO THE WALGREENS STRUCTURE, SO

10:19AM  17    BETWEEN BEING A REPUTABLE FIRM AND DR. BURNES'S RECOMMENDATION,

10:19AM  18    ACCURACY WOULD BE EXPECTED.

10:19AM  19    Q.   ACCURACY OF THE BLOOD TESTS, AS YOU SAY, WOULD JUST BE

10:19AM  20    EXPECTED?

10:19AM  21    A.   YES.

10:19AM  22    Q.   I'D LIKE TO NOW HAVE YOU TURN TO PAGE 7 OF TAB 4938.

10:19AM  23          YOUR HONOR, PERMISSION TO PUBLISH?

10:20AM  24               THE COURT:  YES.

10:20AM  25               THE WITNESS:  PAGE 7?

| | | |
|---|---|---|
| 10:20AM | 1 | BY MR. SCHENK: |
| 10:20AM | 2 | Q.   YES, SIR.  ACTUALLY, AT THE BOTTOM OF THE DOCUMENT THERE'S |
| 10:20AM | 3 | A TRIAL EXHIBIT NUMBER AND A PAGE NUMBER, SORT OF. |
| 10:20AM | 4 |     DO YOU SEE THAT? |
| 10:20AM | 5 | A.   I'LL JUST COUNT THE PAGES. |
| 10:20AM | 6 |     I'M ON THE LAST PAGE; IS THAT CORRECT? |
| 10:20AM | 7 | Q.   ONE PAGE BEFORE THE LAST PAGE. |
| 10:20AM | 8 | A.   OKAY.  THERANOS. |
| 10:20AM | 9 |     OKAY.  I SEE IT. |
| 10:20AM | 10 | Q.   AND IT'S ALSO ON THE SCREEN IN FRONT OF YOU IF THAT ENDS |
| 10:20AM | 11 | UP BEING -- |
| 10:20AM | 12 | A.   YEAH, YEAH, THAT'S GOOD. |
| 10:20AM | 13 | Q.   DOCTOR, IS THIS THE FIRST -- DID YOU GET MULTIPLE BLOOD |
| 10:20AM | 14 | TESTS AT THERANOS? |
| 10:20AM | 15 | A.   YES. |
| 10:20AM | 16 | Q.   AND DO YOU SEE ON THIS DOCUMENT THERE'S A VISIT DATE OF |
| 10:20AM | 17 | MAY 14TH, 2015? |
| 10:20AM | 18 |     DO YOU SEE THAT? |
| 10:20AM | 19 | A.   YES. |
| 10:20AM | 20 | Q.   WAS THIS THE VERY FIRST -- |
| 10:20AM | 21 | A.   CORRECT. |
| 10:20AM | 22 | Q.   -- PSA BLOOD TEST AT THERANOS? |
| 10:21AM | 23 | A.   YES. |
| 10:21AM | 24 | Q.   AND DO YOU SEE THE SCORE HERE WAS A 26? |
| 10:21AM | 25 | A.   YES. |

ELLSWORTH DIRECT BY MR. SCHENK                                              5934

10:21AM  1    Q.   BEFORE THIS TEST, HAD YOU RECEIVED PRIOR PSA TEST SCORES

10:21AM  2    JUST IN YOUR -- IN THE HISTORY OF YOUR MEDICAL EXPERIENCE?

10:21AM  3    A.   YES.  I HAD HAD ANNUAL PHYSICALS DONE BY DR. BURNES FOR AT

10:21AM  4    LEAST FOUR YEARS PREVIOUSLY, AND SO WE HAD A PROFILE OF WHAT WE

10:21AM  5    WOULD EXPECT TO BE A PSA READING.

10:21AM  6    Q.   AND HOW DID THIS 26 COMPARE WITH YOUR PREVIOUS SCORES?

10:21AM  7    A.   I HAD ALWAYS BEEN AROUND 2 IN THE PAST, SO THIS WAS, I

10:21AM  8    GUESS YOU WOULD CALL, A TEN-FOLD INCREASE.

10:21AM  9    Q.   I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THE TEST

10:21AM 10    EXPERIENCE.

10:21AM 11         DO YOU RECALL WHERE YOU WENT TO GET THE BLOOD DRAW?

10:21AM 12    A.   I WENT TO THE WALGREENS RETAIL PHARMACY IN TECHNICALLY

10:22AM 13    GOODYEAR, BUT ABOUT A HALF A MILE FROM DR. BURNES'S OFFICE AND

10:22AM 14    ABOUT A HALF A MILE FROM MY OFFICE.

10:22AM 15    Q.   AND THAT'S GENERALLY IN THE PHOENIX, ARIZONA AREA?

10:22AM 16    A.   GENERALLY.  ON THE WEST SIDE WHEN YOU CONSIDER PHOENIX,

10:22AM 17    YES.

10:22AM 18    Q.   WHAT PART OF YOUR BODY WAS THE BLOOD DRAWN FROM?  DO YOU

10:22AM 19    REMEMBER?

10:22AM 20    A.   IT WAS DONE AS A FINGERSTICK.

10:22AM 21    Q.   HOW ABOUT THE PAYMENT?  DO YOU REMEMBER IF YOU PAID OUT OF

10:22AM 22    POCKET OR IF INSURANCE PAID?

10:22AM 23         DO YOU HAVE A RECOLLECTION?

10:22AM 24    A.   I JUST PRESENTED MY PERSONAL CREDIT CARD AND PAID FOR IT

10:22AM 25    IN ALL CASES THAT WAY.

10:22AM   1    Q.   WHAT DO YOU MEAN "IN ALL CASES"?

10:22AM   2    A.   FOR THE SUBSEQUENT TESTING, TESTS, TOO.

10:22AM   3    Q.   I SEE.  SO IN ADDITION TO THIS THERANOS TEST, YOU

10:22AM   4    PERSONALLY PAID FOR OTHER THERANOS TESTS?

10:22AM   5    A.   YES.

10:22AM   6    Q.   AFTER YOU RECEIVED THIS HIGH SCORE, THE 26, WHAT DID YOU

10:23AM   7    DO NEXT?

10:23AM   8    A.   ONCE THE NUMBER CAME IN, THEN THERE WAS A DISCUSSION WITH

10:23AM   9    DR. BURNES.  HE QUESTIONED THE RESULTS BEING OUT OF CHARACTER,

10:23AM  10    AND I THINK IT WAS, WHAT, THREE OR FOUR DAYS LATER, WE SAID

10:23AM  11    LET'S DO IT AGAIN AND SEE IF WE CAN GET A CONSISTENT RESULT.

10:23AM  12    Q.   AND NOW IF YOU'LL TURN ONE PAGE PRIOR IN THIS EXHIBIT,

10:23AM  13    PAGE 6.

10:23AM  14         DO YOU SEE A LAB RESULT FOLLOWING A VISIT NOW ON MAY 18TH

10:23AM  15    OF 2015?

10:23AM  16    A.   CORRECT.

10:23AM  17    Q.   WAS THIS THE SECOND THERANOS PSA TEST THAT YOU RECEIVED?

10:23AM  18    A.   YES.

10:23AM  19    Q.   AND DID YOU GO TO THE SAME WALGREENS?

10:23AM  20    A.   YES.

10:23AM  21    Q.   AND DID YOU ALSO RECEIVE THIS VIA FINGERSTICK?

10:23AM  22    A.   YES.

10:23AM  23    Q.   AND I THINK YOU TESTIFIED ALREADY, DID YOU PERSONALLY USE

10:23AM  24    YOUR OWN FUNDS, YOUR PERSONAL FUNDS TO PAY FOR THIS?

10:23AM  25    A.   YES.

10:23AM   1    Q.   THANK YOU.

10:23AM   2         THE SCORE HERE IS A 1.71.

10:24AM   3         DO YOU SEE THAT?

10:24AM   4    A.   YES.

10:24AM   5    Q.   WAS THAT SCORE MORE CONSISTENT WITH THE RESULTS THAT YOU

10:24AM   6    HISTORICALLY HAD SEEN?

10:24AM   7    A.   YES, BECAUSE I ALWAYS STAYED UNDER 2.

10:24AM   8    Q.   DID YOU END UP GETTING A THIRD TEST?

10:24AM   9    A.   YES.

10:24AM  10    Q.   I'M SORRY.  WHY?

10:24AM  11    A.   YES.

10:24AM  12    Q.   AND WHY?  THE FIRST WAS OVER 20, AND THEN YOU HAVE THE

10:24AM  13    1.7.  WHY DID YOU GET A THIRD TEST?

10:24AM  14    A.   DR. BURNES'S SUGGESTION WAS, WELL, SINCE YOU'RE GOING

10:24AM  15    INTERNATIONAL, LET'S DO TWO OUT OF THREE AND SEE WHAT WE CAN

10:24AM  16    COME UP WITH.

10:24AM  17    Q.   IF YOU'LL NOW TURN ONE PAGE PRIOR IN THE EXHIBIT, WE'RE

10:24AM  18    NOW ON TO PAGE 5.

10:24AM  19         IS THIS A TEST RESULT FOR YOUR PSA TEST ON

10:24AM  20    JUNE 11TH, 2015?

10:24AM  21    A.   YES.

10:24AM  22    Q.   NOW, IS THIS THE THIRD TEST THAT YOU --

10:24AM  23    A.   YES.

10:24AM  24    Q.   THANK YOU.

10:24AM  25         THIS TIME IT LOOKS LIKE THE SCORE WAS A 22.8.

10:24AM   1           DO YOU SEE THAT?

10:24AM   2      A.   YES.

10:24AM   3      Q.   AND SO THIS IS HIGH LIKE THE FIRST ONE; IS THAT RIGHT?

10:24AM   4      A.   CORRECT.

10:24AM   5      Q.   AND WAS THIS ALSO AT THE SAME WALGREENS?

10:25AM   6      A.   YES.

10:25AM   7      Q.   VIA FINGERSTICK?

10:25AM   8      A.   YES.

10:25AM   9      Q.   AND YOU PERSONALLY PAID WITH YOUR OWN FUNDS?

10:25AM  10      A.   YES.

10:25AM  11      Q.   SO NOW THAT YOU HAVE ONE HIGH SCORE, ONE LOWER OR EXPECTED

10:25AM  12      SCORE, AND NOW A THIRD HIGHER SCORE, WHAT DID YOU DO NEXT?

10:25AM  13      A.   THERE WAS, YOU MIGHT SAY, A LONGER DISCUSSION WITH

10:25AM  14      DR. BURNES.  HE SAID THAT WE CAN'T REALLY ACCEPT THIS RESULT

10:25AM  15      BASED ON YOUR PREVIOUS HISTORY, AND I THINK IT'S FAULTY.  I'M

10:25AM  16      GOING TO TALK TO THE THERANOS REGIONAL PEOPLE.

10:25AM  17           I DON'T KNOW THE EXACT ONES THAT HE SPOKE WITH, BUT I KNOW

10:25AM  18      THAT THERE WAS A DISCUSSION WITH THERANOS THAT -- WE WERE

10:25AM  19      TRYING TO BE HELPFUL TO THEM.

10:25AM  20           THERE WASN'T ANY GREAT CONCERN ON MY PART.  I HAD NO

10:25AM  21      SYMPTOMS.

10:25AM  22           AND DR. BURNES FACILITATED THEN AN ADDITIONAL TEST BEING

10:26AM  23      DONE.

10:26AM  24      Q.   AND WAS THIS FOURTH ONE DIFFERENT IN LOCATION AND THE FORM

10:26AM  25      OF THE BLOOD DRAW THAN THE PRIOR THREE?

10:26AM  1    A.   YES.  SO THERANOS HAD HIRED A PHLEBOTOMIST TO COME

10:26AM  2    DIRECTLY TO MY OFFICE, SO I LAID DOWN IN MY DENTAL CHAIR, PUT

10:26AM  3    MY ARM OUT, AND HAD A VENOUS BLOOD DRAW.

10:26AM  4    Q.   IF YOU'LL NOW TURN TO ONE PAGE PRIOR, THAT'S PAGE 4 OF THE

10:26AM  5    EXHIBIT, IT LOOKS LIKE THE DATE IS JUNE 30TH, 2015.

10:26AM  6         DO YOU SEE THAT?

10:26AM  7    A.   YES.

10:26AM  8    Q.   AND THIS TIME THE SCORE IS A 0.95; IS THAT RIGHT?

10:26AM  9    A.   YES.

10:26AM  10   Q.   YOU SAID THIS ONE, THE FORM OF A BLOOD DRAW WAS DIFFERENT.

10:26AM  11   THIS ONE WAS TAKEN FROM YOUR VEIN?

10:26AM  12   A.   YES.

10:26AM  13   Q.   THE FIRST THREE WERE ALL FINGERSTICK; IS THAT RIGHT?

10:26AM  14   A.   YES.

10:26AM  15   Q.   DID YOU PAY FOR THIS FOURTH ONE?

10:26AM  16   A.   NO.  THAT WAS -- THERE WAS NO PAYMENT REQUESTED, OR I

10:26AM  17   GUESS REALLY OFFERED.  IT WAS JUST THE PERSON CAME TO MY

10:26AM  18   OFFICE.  THERE WAS SOME KIND OF APPOINTMENT MADE WITH MY STAFF,

10:27AM  19   AND SHE WAS IN AND OUT IN PROBABLY 15 MINUTES, OR 10.

10:27AM  20   Q.   AND AFTER YOU RECEIVED THIS FOURTH THERANOS BLOOD TEST,

10:27AM  21   DID YOU THEN, IN FACT, TAKE THE TRIP THAT WE HAVE BEEN

10:27AM  22   DISCUSSING?

10:27AM  23   A.   YES.

10:27AM  24   Q.   THANK YOU.

10:27AM  25        YOUR HONOR, MAY I HAVE ONE MOMENT?

| | | |
|---|---|---|
| 10:27AM | 1 | THE COURT:  YES. |
| 10:27AM | 2 | (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.) |
| 10:27AM | 3 | MR. SCHENK:  THANK YOU VERY MUCH, DOCTOR. |
| 10:27AM | 4 | NO FURTHER QUESTIONS. |
| 10:27AM | 5 | THE WITNESS:  THANK YOU. |
| 10:27AM | 6 | THE COURT:  CROSS-EXAMINATION? |
| 10:27AM | 7 | MR. COOPERSMITH:  WE HAVE NO QUESTIONS FOR |
| 10:27AM | 8 | DR. ELLSWORTH. |
| 10:27AM | 9 | THE COURT:  THANK YOU. |
| 10:27AM | 10 | MAY THIS WITNESS BE EXCUSED? |
| 10:27AM | 11 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 10:27AM | 12 | MR. SCHENK:  NO, YOUR HONOR. |
| 10:27AM | 13 | THE COURT:  YOU'RE EXCUSED.  THANK YOU, SIR. |
| 10:28AM | 14 | DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL? |
| 10:28AM | 15 | MR. BOSTIC:  YES, YOUR HONOR. |
| 10:28AM | 16 | THE UNITED STATES CALLED BRENT BINGHAM. |
| 10:28AM | 17 | THE COURT:  GOOD MORNING, SIR.  IF YOU COULD JUST |
| 10:28AM | 18 | COME FORWARD HERE AND RAISE YOUR RIGHT HAND AND FACE OUR |
| 10:28AM | 19 | COURTROOM DEPUTY, SHE HAS A QUESTION FOR YOU. |
| 10:28AM | 20 | **(GOVERNMENT'S WITNESS, BRENT BINGHAM, WAS SWORN.)** |
| 10:28AM | 21 | THE WITNESS:  I DO. |
| 10:28AM | 22 | THE COURT:  PLEASE HAVE A SEAT UP HERE, SIR.  I'LL |
| 10:29AM | 23 | INVITE YOU TO MAKE YOURSELF COMFORTABLE. |
| 10:29AM | 24 | THE WITNESS:  THANK YOU. |
| 10:29AM | 25 | THE COURT:  YOU'RE WELCOME. |

10:29AM 1        FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU

10:29AM 2   NEED.

10:29AM 3        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

10:29AM 4   AND THEN SPELL IT, PLEASE.

10:29AM 5        THE WITNESS:  MY NAME IS BRENT BINGHAM.  B-R-E-N-T,

10:29AM 6   B-I-N-G-H-A-M.

10:29AM 7        THE COURT:  THANK YOU.

10:29AM 8   COUNSEL.

10:29AM 9        MR. BOSTIC:  THANK YOU, YOUR HONOR.

10:29AM 10                   **DIRECT EXAMINATION**

10:29AM 11  BY MR. BOSTIC:

10:29AM 12  Q.   GOOD MORNING, MR. BINGHAM.

10:29AM 13  A.   GOOD MORNING.

10:29AM 14  Q.   IF YOU ARE FULLY VACCINATED AND ARE COMFORTABLE DOING SO,

10:29AM 15  I UNDERSTAND THE COURT WILL ALLOW YOU TO TESTIFY WITHOUT A

10:29AM 16  MASK.

10:29AM 17  A.   OKAY.  I AM.

10:29AM 18  Q.   MR. BINGHAM, WAS THERE A TIME WHEN YOU HAD SOME BLOOD

10:29AM 19  TESTING DONE BY A LAB CALLED THERANOS?

10:29AM 20  A.   YES.

10:29AM 21  Q.   AND DO YOU REMEMBER APPROXIMATELY WHAT YEAR THAT TOOK

10:29AM 22  PLACE?

10:29AM 23  A.   2015.

10:29AM 24  Q.   I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT THAT TESTING, BUT

10:29AM 25  LET ME GET SOME BACKGROUND ABOUT YOU FIRST IF I COULD.

10:30AM 1          WHERE DO YOU CURRENTLY LIVE?

10:30AM 2     A.   PHOENIX, ARIZONA.

10:30AM 3     Q.   AND IS THAT WHERE YOU WERE LIVING IN THE 2015 TIME AS

10:30AM 4     WELL?

10:30AM 5     A.   YES.

10:30AM 6     Q.   IN 2015, WERE YOU EMPLOYED?

10:30AM 7     A.   YES.

10:30AM 8     Q.   AND WHAT WAS YOUR PROFESSION AT THAT TIME?

10:30AM 9     A.   AT THAT TIME I WAS SELF-EMPLOYED DOING BODY WORK THERAPY.

10:30AM 10    Q.   AND DID YOU HAVE A CAREER WHERE YOU WERE IN A DIFFERENT

10:30AM 11    PROFESSION BEFORE THAT?

10:30AM 12    A.   YEAH.  I HAD SEVERAL GEOLOGISTS BEFORE THAT, FIELD

10:30AM 13    GEOLOGISTS IN MINING.

10:30AM 14         ALSO A MINER ENGINEER UNDERGROUND.

10:30AM 15    Q.   AND FOR APPROXIMATELY HOW MANY YEARS DID YOU WORK IN

10:30AM 16    GEOLOGY AND MINE ENGINEERING?

10:30AM 17    A.   BASICALLY 20, 20 YEARS.

10:30AM 18    Q.   LEADING UP TO THE 2015 TIME PERIOD, HAD YOU HAD

10:31AM 19    SIGNIFICANT EXPERIENCE WITH BLOOD TESTING?

10:31AM 20    A.   YES.

10:31AM 21    Q.   HOW DID YOU COME TO HAVE EXPERIENCE WITH BLOOD TESTING?

10:31AM 22    A.   I HAVE A GENETIC MUTATION THAT CAUSES ME TO MAKE TOO MANY

10:31AM 23    PLATELETS, SO I NEED TO KEEP TRACK OF MY PLATELET COUNT.

10:31AM 24    Q.   AND YOU SAID YOU NEED TO KEEP TRACK OF YOUR PLATELET

10:31AM 25    COUNT.

BINGHAM DIRECT BY MR. BOSTIC                                            5942

10:31AM   1          DO YOU DO THAT THROUGH BLOOD TESTING?

10:31AM   2    A.   YES.

10:31AM   3    Q.   AND GENERALLY SPEAKING, ABOUT HOW FREQUENTLY DO YOU GET A

10:31AM   4    BLOOD TEST TO MONITOR YOUR PLATELET COUNT?

10:31AM   5    A.   ON AVERAGE, FOUR TIMES A YEAR.

10:31AM   6    Q.   AND THE CONDITION THAT YOU WERE DIAGNOSED WITH, CAN YOU

10:31AM   7    TELL US A LITTLE BIT ABOUT THAT, WHAT THE SYMPTOMS ARE AND WHY

10:31AM   8    IT'S NECESSARY THAT YOU MONITOR YOUR PLATELET COUNT?

10:31AM   9    A.   YEAH.  THE MUTATION SIGNALS TO MAKE MORE PLATELETS THAN I

10:31AM  10    NEED, AND IT'S CONTROLLED BY A DRUG CALLED HYDROXYUREA, AND

10:32AM  11    ALSO ASPRIN, BABY ASPRIN EVERY DAY.

10:32AM  12          IT'S IMPORTANT FOR ME TO KNOW WHAT MY PLATELETS ARE

10:32AM  13    BECAUSE THERE'S AN ENVIRONMENTAL CAUSES, LIKE IF I GET A -- I

10:32AM  14    CAN CONTROL MY PLATELETS IN A SECONDARY WAY, LIKE THROUGH DIET;

10:32AM  15    AND DURING HAYFEVER SEASON, IT WILL MAKE MY PLATELETS GO UP; OR

10:32AM  16    IF I GET STUNG BY INSECTS, THAT WILL MAKE ME SPIKE MY PLATELETS

10:32AM  17    AS WELL.

10:32AM  18    Q.   AND DOES THE CONDITION THAT YOU HAVE MANIFEST IN ANY

10:32AM  19    SYMPTOMS IN YOU?  DOES IT CAUSE ANY EFFECTS IN THE WAY YOU

10:32AM  20    FEEL?

10:32AM  21    A.   YES, IT DOES.

10:32AM  22    Q.   CAN YOU DESCRIBE THOSE?

10:32AM  23    A.   THOSE EFFECTS ARE LETHARGY AS THEY GET HIGH; ALSO I'LL GET

10:33AM  24    TINGLING IN MY HANDS AND EXTREMITIES; I HAVE BEEN ABLE TO, BY

10:33AM  25    THE WAY IT MAKES ME FEEL, BASICALLY GAUGE WHAT MY PLATELETS

```
10:33AM    1      ARE.

10:33AM    2      Q.   AND WHEN WERE YOU FIRST DIAGNOSED WITH THE CONDITION THAT

10:33AM    3      WE ARE TALKING ABOUT?

10:33AM    4      A.   2010.

10:33AM    5      Q.   AND HAVE YOU BEEN GETTING REGULAR PLATELET TESTING SINCE

10:33AM    6      THEN?

10:33AM    7      A.   YES.

10:33AM    8      Q.   AND DO YOU STILL GET REGULAR PLATELET TESTING EVEN TODAY?

10:33AM    9      A.   YES, I DO.

10:33AM   10      Q.   ARE YOU AWARE OF WHETHER OR NOT THE PLATELET TEST IS PART

10:33AM   11      OF A BLOOD TEST PANEL CALLED THE COMPLETE BLOOD COUNT?

10:33AM   12      A.   YES, I AM.

10:33AM   13      Q.   AND IS IT?

10:33AM   14      A.   IT IS.

10:33AM   15      Q.   AND YOU MENTIONED THAT, FROM PAYING ATTENTION TO YOUR

10:34AM   16      SYMPTOMS, YOU WERE ABLE TO GET A SENSE OF HOW DIFFERENT

10:34AM   17      PLATELET LEVELS WOULD AFFECT YOU; IS THAT RIGHT?

10:34AM   18      A.   THAT'S CORRECT.

10:34AM   19      Q.   CAN YOU EXPLAIN THAT?  WHAT LEVELS WERE YOU USED TO SEEING

10:34AM   20      IN YOUR PLATELET TEST, AND HOW DID THAT CORRESPOND TO HOW YOU

10:34AM   21      WOULD FEEL?

10:34AM   22      A.   THE NORMAL RANGE IS 125 TO 400, AND I FEEL PRETTY NORMAL

10:34AM   23      CLEAR UP TO AROUND THE MID 700'S.

10:34AM   24           AND SO I KEEP IT AT -- TRY TO KEEP IT IN THAT RANGE, LIKE,

10:34AM   25      50 PERCENT ABOVE THE HIGH END OF NORMAL RANGE.
```

BINGHAM DIRECT BY MR. BOSTIC                                          5944

10:34AM  1    Q.   SO THE SYMPTOMS THAT YOU MENTIONED, THE LETHARGY AND OTHER

10:34AM  2    SYMPTOMS, YOU START NOTICING THOSE AT AROUND LEVEL 800; IS THAT

10:35AM  3    CORRECT?

10:35AM  4    A.   YEAH, IF I START APPROACHING 800.  AND BY 900, IT'S,

10:35AM  5    IT'S -- I'M NOT DOING MUCH.

10:35AM  6    Q.   AND OVER THE YEARS YOU'VE GOTTEN THESE PLATELET TEST

10:35AM  7    RESULTS, WHAT LEVELS DO YOU TYPICALLY SEE IN YOUR SYSTEM GIVEN

10:35AM  8    YOUR CONDITION AND THE MEDICATION THAT YOU'RE ON?

10:35AM  9    A.   I'M PRETTY MUCH BETWEEN 700 AND 750.

10:35AM 10    Q.   AND LEADING UP TO SUMMER OF 2015, WHERE WERE YOU GETTING

10:35AM 11    YOUR PLATELET TESTING DONE?

10:35AM 12    A.   COULD YOU REPEAT?

10:35AM 13    Q.   SURE.  LEADING UP TO SUMMER OF 2015, WHAT LAB WERE YOU

10:35AM 14    USING FOR PLATELET TESTING?

10:35AM 15    A.   OH.  I USED A LAB BASED OUT OF CALIFORNIA -- I MEAN,

10:35AM 16    FLORIDA.  I COULD GET ONLINE AND ORDER UP A LAB AND PAY FOR IT,

10:35AM 17    AND THEN I WOULD GET A WRITTEN ORDER SIGNED BY A DOCTOR IN

10:36AM 18    FLORIDA AND THEN I WOULD GO TO LABCORP TO GET THE LAB DONE.

10:36AM 19    Q.   SO THE ACTUAL PLACE WHERE THE BLOOD WAS DRAWN AND THE

10:36AM 20    ANALYSIS WAS DONE YOU SAID WAS LABCORP?

10:36AM 21    A.   YES.

10:36AM 22    Q.   AND WAS THAT IN THE PHOENIX AREA AS WELL?

10:36AM 23    A.   YES.

10:36AM 24    Q.   YOU MENTIONED PAYING FOR IT.

10:36AM 25         IS IT YOUR PRACTICE TO PAY DIRECTLY FOR THE PLATELET

10:36AM    1     TESTING THAT YOU GET DONE?

10:36AM    2     A.   YEAH, I PAY OUT OF POCKET.

10:36AM    3     Q.   LET'S TALK ABOUT THERANOS THEN.

10:36AM    4          HOW DID YOU FIRST LEARN ABOUT THAT COMPANY?

10:36AM    5     A.   THROUGH THE PRESS, MEDIA, DIFFERENT SOURCES.

10:36AM    6     Q.   AND WAS THIS IN THE TIME PERIOD LEADING UP TO WHEN YOU

10:36AM    7     EVENTUALLY WENT TO THEM FOR TESTING?

10:36AM    8     A.   YES, IT WAS.

10:36AM    9     Q.   SO YOU MENTIONED PRESS AND OTHER SOURCES.  I JUST WANT TO

10:36AM   10     MAKE SURE THAT WE'RE COVERING EVERYTHING.

10:36AM   11          SO BESIDES PRESS ARTICLES, WHAT ELSE DO YOU REMEMBER

10:36AM   12     SEEING, OR WHERE ELSE DO YOU REMEMBER LOOKING FOR INFORMATION

10:36AM   13     ABOUT THERANOS?

10:36AM   14     A.   MAINLY FROM READING STUFF ONLINE.  LIKE, I WOULD READ

10:37AM   15     "WIRED" MAGAZINE A LOT ON TECHNOLOGICAL INNOVATIONS.

10:37AM   16          MY MEMORY OF EXACTLY WHERE I SAW IT ISN'T THAT CLEAR, BUT

10:37AM   17     I JUST KNOW THE WAY I WOULD LOOK FOR INFORMATION.

10:37AM   18     Q.   AND THAT'S MY NEXT QUESTION.

10:37AM   19          YOU MENTIONED LOOKING FOR INFORMATION, SO LET ME ASK, THE

10:37AM   20     INFORMATION THAT YOU SAW ABOUT THERANOS, WAS IT THINGS THAT YOU

10:37AM   21     HAPPENED TO COME UPON IN JUST BROWSING FOR OTHER NEWS, OR DID

10:37AM   22     YOU SPECIFICALLY INVESTIGATE THE COMPANY BEFORE YOU WENT THERE?

10:37AM   23     A.   WELL, THAT WAS INITIALLY THAT WAY, BUT THEN I STARTED

10:37AM   24     LOOKING FOR IT.

10:37AM   25     Q.   AS PART OF THAT INVESTIGATION, DID YOU ALSO VISIT THE

10:37AM 1    THERANOS WEBSITE?

10:37AM 2    A.   YES.

10:37AM 3    Q.   YOU MENTIONED THAT YOU READ "WIRED" FREQUENTLY AROUND THAT

10:37AM 4    TIME PERIOD; IS THAT CORRECT?

10:38AM 5    A.   CORRECT.

10:38AM 6    Q.   I'D LIKE TO SHOW YOU AN ARTICLE THAT IS ALREADY IN

10:38AM 7    EVIDENCE AS EXHIBIT 5801.

10:38AM 8         MAY WE PUBLISH, YOUR HONOR?

10:38AM 9            THE COURT:   YES.

10:38AM 10   BY MR. BOSTIC:

10:38AM 11   Q.   LET'S GO TO THE SECOND PAGE OF THIS EXHIBIT.

10:38AM 12        MR. BINGHAM, DO YOU SEE HERE THERE'S A TITLE, "ONE DROP,

10:38AM 13   INFINITE DATA, HOW ELIZABETH HOLMES BUILT A BETTER BLOOD TEST?"

10:38AM 14        DO YOU SEE THAT?

10:38AM 15   A.   YES.

10:38AM 16   Q.   AND IF WE CAN, LET'S ZOOM IN ON THE CONTENT OF THAT FIRST

10:38AM 17   PAGE.   APOLOGIES, THIS WILL BE A LITTLE DIFFICULT TO READ.

10:38AM 18        BUT I'LL DRAW YOUR ATTENTION TO THE BOTTOM OF THAT

10:38AM 19   PARAGRAPH, AND DO YOU SEE THAT IT SAYS, "INSTEAD OF VIALS OF

10:38AM 20   BLOOD, ONE FOR EVERY TEST NEEDED, THERANOS REQUIRES ONLY A

10:38AM 21   PINPRICK AND A DROP OF BLOOD"?

10:38AM 22        DO YOU SEE THAT?

10:38AM 23   A.   YES, YES.

10:38AM 24   Q.   AND IT SAYS, "WITH THAT, THEY CAN PERFORM HUNDREDS OF

10:38AM 25   TESTS, FROM STANDARD CHOLESTEROL CHECKS TO," LET'S GO TO THE

BINGHAM DIRECT BY MR. BOSTIC

10:38AM  1    NEXT PAGE, ZOOM IN ON THE UPPER LEFT, "TO SOPHISTICATED GENETIC

10:39AM  2    ANALYSES."

10:39AM  3        DO YOU SEE THAT?

10:39AM  4    A.   YES.

10:39AM  5    Q.   AND IT GOES ON TO SAY, "THE RESULTS ARE FASTER, MORE

10:39AM  6    ACCURATE, AND FAR CHEAPER THAN CONVENTIONAL METHODS."

10:39AM  7        DO YOU SEE THAT?

10:39AM  8    A.   YES, I DO.

10:39AM  9    Q.   LET ME ASK, AROUND THE TIME THAT YOU WERE LOOKING INTO

10:39AM  10   THERANOS AND DECIDING WHERE TO GET YOUR BLOOD WORK DONE, DID

10:39AM  11   CLAIMS ABOUT ACCURACY MATTER TO YOU?

10:39AM  12   A.   YES.

10:39AM  13   Q.   CAN YOU EXPLAIN WHY THAT IS THE CASE?

10:39AM  14   A.   IT'S THE CASE BECAUSE I HAVE A -- THE DISEASE THAT I HAVE

10:39AM  15   CAUSES MY PLATELETS TO -- NEED TO BE CONTROLLED BY A

10:39AM  16   MEDICATION, AND I LIKE TO MINIMIZE THE MEDICATION BECAUSE IN

10:39AM  17   THE LONG RUN IT CAN WORK TOO WELL, AND BECAUSE I HAVE A DISEASE

10:40AM  18   OF EXCESS, I MAKE TOO MANY PLATELETS.

10:40AM  19       BUT THE CELLS THE DRUG I TAKE GOES AFTER CAN ALSO AFFECT

10:40AM  20   POTENTIALLY RED BLOOD CELLS AND WHITE BLOOD CELLS, SO I WANT TO

10:40AM  21   MINIMIZE THAT LEVEL.

10:40AM  22       SO IT'S IMPORTANT FOR ME TO KNOW IF I CAN CONTROL IT WITH

10:40AM  23   DIET, EXERCISE, AND THINGS THAT I CAN DO.

10:40AM  24   Q.   AND THAT IS ALL IN FURTHERANCE OF THE GOAL OF NOT TAKING

10:40AM  25   MORE OF THAT MEDICATION THAN YOU NEED TO?

10:40AM   1    A.   YES.

10:40AM   2              MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

10:40AM   3              THE COURT:  YES.

10:40AM   4              MR. BOSTIC:  (HANDING.)

10:40AM   5    Q.   MR. BINGHAM, I'D LIKE TO GO OVER A FEW DOCUMENTS WITH YOU.

10:40AM   6    I'VE JUST HANDED YOU A BINDER.

10:40AM   7         IF I COULD START BY ASKING YOU TO TURN TO TAB 5839.

10:41AM   8    A.   OKAY.

10:41AM   9    Q.   AND AT 5839, DO YOU SEE AN EMAIL FROM THERANOS CUSTOMER

10:41AM  10    SERVICE TO YOU IN AUGUST OF 2015?

10:41AM  11    A.   YES, I DO.

10:41AM  12              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5839.

10:41AM  13              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:41AM  14              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:41AM  15         (GOVERNMENT'S EXHIBIT 5839 WAS RECEIVED IN EVIDENCE.)

10:41AM  16    BY MR. BOSTIC:

10:41AM  17    Q.   DO YOU SEE, MR. BINGHAM, THAT THIS IS AN EMAIL SENT TO YOU

10:41AM  18    FROM CUSTOMERSERVICE@THERANOS.COM?

10:41AM  19    A.   YES, I DO.

10:41AM  20    Q.   AND IT SAYS, "THERANOS, YOUR VISIT CODE," AND THEN THE

10:41AM  21    TEXT SAYS "WELCOME TO THERANOS."

10:41AM  22         DO YOU SEE THAT?

10:41AM  23    A.   YES, I DO.

10:41AM  24    Q.   AROUND THIS TIME PERIOD, DID YOU START GOING TO THERANOS

10:41AM  25    FOR BLOOD TESTING?

10:41AM 1     A.   YES.

10:41AM 2     Q.   WHY DID YOU DECIDE TO SWITCH FROM LABCORP AND TRY OUT

10:41AM 3     THERANOS IN AUGUST OF 2015?

10:41AM 4     A.   UM, THE MAIN REASON WAS THAT THERANOS HAD MADE IT POSSIBLE

10:42AM 5     TO ORDER MY OWN LAB TESTS IN ARIZONA, AND THEN THE PRICE, IT

10:42AM 6     WAS LIKE AROUND $5.

10:42AM 7     Q.   AND WAS THAT LESS EXPENSIVE THAN THE CONVENTIONAL LAB YOU

10:42AM 8     HAD BEEN GOING TO BEFORE?

10:42AM 9     A.   YEAH, AN ORDER OF MAGNITUDE LESS.

10:42AM 10    Q.   AROUND THIS TIME PERIOD, SO AUGUST 12TH OF 2015, DID YOU

10:42AM 11    GO TO THERANOS FOR A PLATELET TEST FOR THE FIRST TIME?

10:42AM 12    A.   YES.

10:42AM 13    Q.   DO YOU STILL HAVE THE RESULTS THAT YOU OBTAINED FROM THIS

10:42AM 14    FIRST BLOOD TEST AT THERANOS?

10:42AM 15    A.   NO, I DO NOT.

10:42AM 16    Q.   AND DO YOU REMEMBER ANYTHING ABOUT WHAT THOSE RESULTS WERE

10:42AM 17    AND WHAT YOUR REACTION TO THEM WERE?

10:42AM 18    A.   I REMEMBER THAT THEY WERE HIGH COMPARED TO HOW I FELT.

10:42AM 19    Q.   CAN YOU TELL US MORE ABOUT THAT?

10:43AM 20       YOU TESTIFIED EARLIER THAT YOUR RESULTS WERE TYPICALLY

10:43AM 21    ABOVE THE REFERENCE RANGE; IS THAT RIGHT?

10:43AM 22    A.   CORRECT.

10:43AM 23    Q.   AND SO WHAT WAS IT ABOUT THE THERANOS RESULTS THAT GAVE

10:43AM 24    YOU PAUSE?

10:43AM 25    A.   THAT THE WAY THAT I FELT DIDN'T CORRELATE WITH THE NUMBERS

10:43AM  1    THAT PRESENTED.

10:43AM  2    Q.   FOR THAT FIRST VISIT, DO YOU RECALL HOW YOUR BLOOD WAS

10:43AM  3    DRAWN?  HOW THE SAMPLE WAS TAKEN?

10:43AM  4    A.   A FINGER, THE METHOD THAT THEY WERE ADVERTISING.

10:43AM  5    Q.   A BLOOD DRAW FROM A FINGER PRICK?

10:43AM  6    A.   YES.

10:43AM  7    Q.   FOLLOWING THAT TEST RESULT THAT YOU SAID DIDN'T QUITE

10:43AM  8    MATCH HOW YOU WERE FEELING, WHAT DID YOU DECIDE ABOUT WHETHER

10:43AM  9    TO KEEP USING THERANOS OR NOT?

10:43AM  10   A.   I DECIDED TO KEEP TRYING FOR A BIT TO SEE.

10:43AM  11   Q.   AND YOU SAID "TO SEE."

10:43AM  12        WHAT WERE YOU TRYING TO SEE IN CONTINUING TO USE THERANOS?

10:44AM  13   A.   SEE IF IT WOULD CORRELATE TO THE WAY THAT I WAS FEELING.

10:44AM  14   Q.   IF I COULD ASK YOU TO TURN THE PAGE TO TAB 5840.

10:44AM  15        AND AT 5840, DO YOU SEE ANOTHER MESSAGE FROM THERANOS

10:44AM  16   RELATING TO A SECOND VISIT TO THAT LAB?

10:44AM  17   A.   YES, I DO.

10:44AM  18        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5840.

10:44AM  19        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:44AM  20        THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

10:44AM  21        (GOVERNMENT'S EXHIBIT 5840 WAS RECEIVED IN EVIDENCE.)

10:44AM  22   BY MR. BOSTIC:

10:44AM  23   Q.   MR. BINGHAM, DO YOU SEE HERE THAT THIS IS A VISIT TO

10:44AM  24   THERANOS ON AUGUST 21ST, 2015?

10:44AM  25   A.   YES, I DO.

10:44AM  1    Q.   AND THIS IS ABOUT TEN DAYS AFTER THE PREVIOUS VISIT THAT

10:44AM  2    WE LOOKED AT THE RECORD FOR; IS THAT RIGHT?

10:44AM  3    A.   YES.

10:44AM  4    Q.   AND WHY DID YOU GO SO SOON THIS TIME AFTER THE LAST TIME?

10:45AM  5    I THINK YOU TESTIFIED EARLIER THAT TYPICALLY THERE WOULD BE A

10:45AM  6    COUPLE OF MONTHS IN BETWEEN YOUR TESTS.

10:45AM  7    A.   BECAUSE I WAS, I WAS ON A TRACK TO SEE IF I WANTED TO USE

10:45AM  8    THEM.

10:45AM  9    Q.   SO IS THIS STILL PART OF EVALUATING THE LAB TO SEE IF THEY

10:45AM  10   COULD RETURN RESULTS THAT YOU THOUGHT WERE RELIABLE?

10:45AM  11   A.   YES, AND ALSO THE PRICE.

10:45AM  12   Q.   OKAY.  FOR THIS SECOND VISIT, DO YOU STILL HAVE THE

10:45AM  13   RECORDS THAT SHOW WHAT THE ACTUAL NUMBERS WERE WHEN YOU GOT

10:45AM  14   THAT?

10:45AM  15   A.   NO, I DO NOT.  THEY WERE ON THE WEBSITE THAT THERANOS HAD.

10:45AM  16   Q.   OKAY.  TELL US ABOUT THAT.  HOW WERE YOU ABLE TO ACCESS

10:45AM  17   THE RESULTS AT THIS TIME?

10:45AM  18   A.   ON HERE IT SAYS -- LET'S SEE.  THEY WOULD GIVE ME A CODE,

10:46AM  19   BUT ON THIS 5840 I DON'T SEE THAT CODE.  I SAW IT ON 5839.

10:46AM  20   Q.   BUT SPEAKING GENERALLY, DID YOU GET HARD COPY RESULTS IN

10:46AM  21   THE MAIL?  WERE YOU EMAILED THE RESULTS THEMSELVES?

10:46AM  22   A.   NO, NO, I WAS NOT.

10:46AM  23   Q.   BUT HOW DID YOU GET THE ACTUAL RESULTS?

10:46AM  24   A.   I WOULD LOOK ON THE WEBSITE AND HAVE AN ACCESSIBLE FILE

10:46AM  25   THERE.

10:46AM  1   Q.   FOLLOWING THIS RESULT, DID YOU HAVE A REACTION TO THE

10:46AM  2   VALUE THAT YOU WERE GETTING BACK AND DID YOU MAKE ANY DECISIONS

10:46AM  3   ABOUT WHAT TO DO NEXT?

10:46AM  4   A.   YEAH.  AND I TALKED TO MY DOCTOR ABOUT IT AND DECIDED TO

10:46AM  5   DO THE COMPARATIVE LAB.

10:46AM  6   Q.   AND WHEN YOU SAY "COMPARATIVE LAB," WHAT ARE YOU REFERRING

10:46AM  7   TO?

10:46AM  8   A.   WELL, I WAS GOING TO GO TO ANOTHER -- HE HAD A LAB THAT HE

10:46AM  9   USED, SO I WAS GOING TO GET A THERANOS DRAW, AND THEN I DROVE

10:46AM  10   OVER TO THE OTHER LAB AND GOT A DRAW FROM THEM, TOO.

10:47AM  11   Q.   AND WHY DID YOU DECIDE TO TAKE THAT ADDITIONAL STEP?

10:47AM  12   A.   BECAUSE I WANTED TO CHECK THE NUMBERS BETWEEN EACH OTHER.

10:47AM  13   Q.   AT THIS POINT, WERE THE NUMBERS THAT YOU WERE GETTING FROM

10:47AM  14   THERANOS STILL NOT LINING UP WITH WHAT YOU WERE FEELING?

10:47AM  15   A.   YEAH, THEY WERE NOT.

10:47AM  16   Q.   LET ME ASK YOU TO LOOK AT TAB 2730 IN YOUR BINDER.

10:47AM  17   A.   I'M THERE.

10:47AM  18   Q.   AND AT 2730, DO YOU SEE A LAB REPORT FROM THERANOS

10:47AM  19   DETAILING SOME OF YOUR RESULTS FROM A VISIT AT THE END OF

10:47AM  20   AUGUST 2015?

10:47AM  21   A.   YES, I DO.

10:47AM  22          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2730.

10:47AM  23          MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:47AM  24          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:47AM  25          (GOVERNMENT'S EXHIBIT 2730 WAS RECEIVED IN EVIDENCE.)

| | |
|---|---|
| 10:47AM  1 | BY MR. BOSTIC: |
| 10:47AM  2 | Q.   SO, MR. BINGHAM, CAN YOU TELL US WHAT WE'RE LOOKING AT |
| 10:47AM  3 | HERE? |
| 10:47AM  4 | A.   THIS IS A LAB THAT I COPIED SO I COULD SHOW IT TO MY |
| 10:48AM  5 | DOCTOR FROM THERANOS. |
| 10:48AM  6 | Q.   SO IS THAT WHY -- WELL, LET ME -- LET ME ASK, WAS THIS THE |
| 10:48AM  7 | LAB THAT YOU TOOK FROM THERANOS FOR THE PURPOSE OF COMPARING IT |
| 10:48AM  8 | WITH A CONVENTIONAL LAB RESULT? |
| 10:48AM  9 | A.   YES, IT IS. |
| 10:48AM 10 | Q.   AND DO YOU SEE AT THE TOP OF THIS SCREEN IT INDICATES THAT |
| 10:48AM 11 | THE VISIT DATE FOR THIS LAB WAS ON AUGUST 27TH, 2015? |
| 10:48AM 12 | A.   YES. |
| 10:48AM 13 | Q.   AND THE LOCATION OF THE DRAW SHOWS UP AS THERANOS SERVICE |
| 10:48AM 14 | CENTER ON 16TH STREET IN PHOENIX. |
| 10:48AM 15 | DO YOU SEE THAT? |
| 10:48AM 16 | A.   YES. |
| 10:48AM 17 | Q.   AND IS THAT WHERE YOU WENT TO GET YOUR BLOOD DRAWN? |
| 10:48AM 18 | A.   YES, IT IS. |
| 10:48AM 19 | Q.   MOVING DOWN THAT PAGE A LITTLE BIT. |
| 10:48AM 20 | DO YOU SEE THAT THERE'S A SECTION HIGHLIGHTED, SUMMARY OF |
| 10:48AM 21 | ABNORMAL RESULTS? |
| 10:48AM 22 | A.   YES, I DO. |
| 10:48AM 23 | Q.   AND ONE OF THE ENTRIES THERE READS PLT. |
| 10:48AM 24 | DO YOU SEE THAT? |
| 10:48AM 25 | A.   YES. |

10:48AM 1   Q.   AND IS THAT THE ABBREVIATION FOR THE PLATELET RESULT?

10:48AM 2   A.   IT IS.

10:48AM 3   Q.   AND THE RESULT LISTED HERE IS 909.6.

10:49AM 4        DO YOU SEE THAT?

10:49AM 5   A.   THAT'S CORRECT.

10:49AM 6   Q.   AND IT'S FLAGGED AS HIGH; IS THAT RIGHT?

10:49AM 7   A.   YES.

10:49AM 8   Q.   WHAT WAS YOUR REACTION TO GETTING THIS RESULT OF 900-PLUS

10:49AM 9   ON THIS DAY IN AUGUST OF 2015?

10:49AM 10  A.   THAT IT WASN'T RIGHT.

10:49AM 11  Q.   AND WHAT MADE YOU THINK THAT?

10:49AM 12  A.   THE WAY I FELT, AND THEN -- BASICALLY THE WAY I FELT.  I

10:49AM 13  DIDN'T FEEL LIKE IT WAS IN THE 900'S.

10:49AM 14  Q.   AND CAN YOU JUST EXPLAIN IN DETAIL WHAT YOU MEAN BY THE

10:49AM 15  WAY YOU FELT?

10:49AM 16  A.   IF I WAS AT 900, I WOULD BE, LIKE, WANTING TO BE HOME IN

10:49AM 17  BED BASICALLY.

10:49AM 18  Q.   IT WOULD MANIFEST IN THAT LETHARGY THAT YOU WERE TALKING

10:49AM 19  ABOUT EARLIER?

10:49AM 20  A.   CORRECT.

10:49AM 21  Q.   IF I COULD ASK YOU TO TURN BACK IN YOUR BINDER ONE TAB TO

10:49AM 22  2729.

10:49AM 23       AND AT 2729, DO YOU SEE ANOTHER LAB REPORT FOR YOU FROM A

10:50AM 24  COLLECTION ON THAT SAME DAY, BUT THIS TIME FROM ACCESS MEDICAL

10:50AM 25  LABORATORIES?

10:50AM  1    A.   YES, I DO.

10:50AM  2              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 2729.

10:50AM  3              MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

10:50AM  4              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:50AM  5         (GOVERNMENT'S EXHIBIT 2729 WAS RECEIVED IN EVIDENCE.)

10:50AM  6              MR. BOSTIC:

10:50AM  7    Q.   OKAY.  SO, MR. BINGHAM, IF WE ZOOM IN ON THE TOP PORTION,

10:50AM  8    DO WE SEE THAT THIS IS FROM ACCESS MEDICAL LABORATORIES?

10:50AM  9         IS THAT ANOTHER BLOOD TESTING LAB?

10:50AM 10    A.   YES.  IT'S THE ONE THAT MY PHYSICIAN USED.

10:50AM 11    Q.   AND DID YOUR PHYSICIAN SEND YOU TO THIS LAB ON THIS DATE?

10:50AM 12    A.   HE TOOK THE DRAW AND THEN SENT IT TO THEM.

10:50AM 13    Q.   OKAY.  AND THE COLLECTION DATE HERE IS AUGUST 27TH, 2015;

10:50AM 14    IS THAT RIGHT?

10:50AM 15    A.   CORRECT.

10:50AM 16    Q.   AND WAS THAT THE SAME DATE AS THE BLOOD DRAW FROM

10:50AM 17    THERANOS?

10:50AM 18    A.   YES, IT WAS.

10:50AM 19    Q.   DID YOU INTENTIONALLY VISIT BOTH LABS ON THE SAME DATE?

10:50AM 20    A.   YES, I DID.

10:50AM 21    Q.   AND WHY DID YOU CHOOSE TO DO IT THAT WAY?

10:51AM 22    A.   BECAUSE I FIGURED I SHOULD BE AS CLOSE AS POSSIBLE.

10:51AM 23    Q.   WAS THIS FOR A COMPARISON PURPOSE?

10:51AM 24    A.   FOR COMPARISON PURPOSES.

10:51AM 25    Q.   LET'S LOOK FURTHER DOWN ON THAT PAGE.

BINGHAM DIRECT BY MR. BOSTIC                                                5956

10:51AM 1      AND DO YOU SEE UNDER COMPLETE BLOOD COUNT THERE'S A LINE

10:51AM 2   FOR PLATELET COUNT?

10:51AM 3   A.   YES, I SEE IT.

10:51AM 4   Q.   AND DO YOU SEE INDICATED THERE IS THE NUMBER 756?

10:51AM 5   A.   YES, I DO.

10:51AM 6   Q.   AND COMPARING THOSE TWO RESULTS, THE 909 FROM THERANOS AND

10:51AM 7   THE 756 FROM THE CONVENTIONAL LAB, WAS THERE ONE OF THOSE THAT

10:51AM 8   LINED UP MORE WITH HOW YOUR SYMPTOMS WERE PRESENTING THAT DAY?

10:51AM 9   A.   YES, THIS LAB, THE ACCESS LAB.

10:51AM 10  Q.   OKAY.  WE CAN SET THAT ASIDE.

10:51AM 11       AFTER YOU RECEIVED THOSE AUGUST RESULTS AND YOU DID THE

10:51AM 12  COMPARISON, DID YOU TAKE ANY ACTION?

10:52AM 13  A.   YEAH.  SHORTLY THEREAFTER, AFTER COMMUNICATING WITH MY

10:52AM 14  DOCTOR, I ENDED UP CALLING.

10:52AM 15  Q.   AND YOU SAID THAT YOU CALLED.

10:52AM 16       WHO DID YOU CALL AT THAT TIME?

10:52AM 17  A.   THE NUMBER FOR THERANOS.

10:52AM 18  Q.   DO YOU REMEMBER THE DATE OF YOUR CALL TO THERANOS?

10:52AM 19  A.   NOT EXACTLY.  IT WAS EARLY IN SEPTEMBER.

10:52AM 20  Q.   OKAY.

10:52AM 21  A.   LIKE THE 10TH OR SOMETHING.  LIKE THE 10TH OR SOMEWHERE

10:52AM 22  AROUND THERE.

10:52AM 23  Q.   WOULD LOOKING AT A COMPLAINT LOG ENTRY FROM YOUR CALL ON

10:52AM 24  THAT DAY REFRESH YOUR MEMORY ABOUT WHEN IT WAS?

10:52AM 25  A.   YEAH, UH-HUH.

| | | |
|---|---|---|
| 10:52AM | 1 | Q.   IF I COULD ASK YOU TO LOOK AT TAB 5841 IN YOUR BINDER. |
| 10:53AM | 2 | ACTUALLY, THE PRINT HERE IS SO SMALL. |
| 10:53AM | 3 | YOUR HONOR, COULD WE DISPLAY THIS ONLY FOR THE WITNESS -- |
| 10:53AM | 4 | THE COURT:  YES. |
| 10:53AM | 5 | MR. BOSTIC:  -- SO THAT WE CAN ZOOM IN? |
| 10:53AM | 6 | THE COURT:  SURE. |
| 10:53AM | 7 | MR. BOSTIC:  SO, MS. WACHS, IF WE CAN DISPLAY FOR |
| 10:53AM | 8 | THE WITNESS PAGE 16 OF TAB 5841. |
| 10:53AM | 9 | AND IF WE CAN ZOOM IN ON IT. |
| 10:53AM | 10 | THE WITNESS:  I CAN SEE IT. |
| 10:53AM | 11 | BY MR. BOSTIC: |
| 10:53AM | 12 | Q.   OKAY.  CAN YOU SEE YOUR NAME LISTED THERE AS SOMEONE WHO |
| 10:53AM | 13 | CALLED THERANOS? |
| 10:53AM | 14 | A.   UH-HUH. |
| 10:53AM | 15 | Q.   I'LL JUST ASK YOU TO TAKE A MOMENT TO REVIEW THAT ROW TO |
| 10:53AM | 16 | YOURSELF WITHOUT READING IT OUT LOUD. |
| 10:53AM | 17 | A.   YES.  MOVE IT A HAIR, A LITTLE BIT.  THAT'S GOOD.  OKAY. |
| 10:53AM | 18 | Q.   DOES THAT REFRESH YOUR MEMORY ABOUT THE DATE ON WHICH YOU |
| 10:54AM | 19 | MADE THAT PHONE CALL TO THERANOS? |
| 10:54AM | 20 | A.   YEAH.  IT SAID SEPTEMBER 12TH. |
| 10:54AM | 21 | Q.   SO I'LL ASK YOU TO JUST LOOK AT THAT TABLE ONE MORE TIME |
| 10:54AM | 22 | AT THE DATE ON THE FAR LEFT? |
| 10:54AM | 23 | A.   UH-HUH. |
| 10:54AM | 24 | Q.   AND DO YOU SEE A DATE INDICATING A CALL IN OCTOBER 2015? |
| 10:54AM | 25 | A.   OH, THAT'S WHAT I MEAN.  SORRY. |

BINGHAM DIRECT BY MR. BOSTIC

10:54AM 1          LET'S SEE.  YEAH, 10/12/2015.

10:54AM 2     Q.   DID YOU CALL THERANOS IN OCTOBER OF 2015?

10:54AM 3     A.   YES.

10:54AM 4     Q.   AND WHAT WAS THE PURPOSE OF YOUR CALL TO THERANOS AT THAT

10:54AM 5     TIME?

10:54AM 6     A.   I WANTED THEM TO KNOW -- BECAUSE I WANTED IT TO WORK, IT

10:54AM 7     WAS CONVENIENT, I WANTED TO LET THEM KNOW THAT THE PLATELETS

10:55AM 8     WEREN'T MATCHING UP WITH WHAT THEY -- THAT THEIR RESULTS WERE

10:55AM 9     INCORRECT.

10:55AM 10    Q.   AND YOU SAID YOU WANTED IT TO WORK.

10:55AM 11         WHY DID YOU WANT THERANOS TO BE A LAB THAT YOU COULD RELY

10:55AM 12    ON?

10:55AM 13    A.   CONVENIENCE.

10:55AM 14    Q.   AND YOU MENTIONED THE COST EARLIER AS WELL.

10:55AM 15    A.   YEAH, THE COST AND CONVENIENCE.

10:55AM 16    Q.   DURING THAT CALL, DO YOU REMEMBER WHOM YOU SPOKE TO?

10:55AM 17    A.   NO, I DON'T.

10:55AM 18    Q.   DO YOU REMEMBER WHETHER DURING THAT CALL YOU GOT ANY

10:55AM 19    EXPLANATIONS FOR THE RESULTS THAT YOU WERE SEEING?

10:55AM 20    A.   NO.  I DON'T EVEN KNOW IF, IF THIS RECORDED A MESSAGE OR

10:55AM 21    NOT.  I CAN'T REMEMBER.

10:55AM 22    Q.   ALL RIGHT.  DO YOU RECALL WHETHER THIS WAS THE ONLY

10:55AM 23    POTENTIAL CONVERSATION THAT YOU HAD WITH SOMEONE AT THERANOS,

10:55AM 24    OR WERE THERE ANY FOLLOW-UP DISCUSSIONS?

10:55AM 25    A.   I WOULD HAVE CONVERSATIONS WITH PEOPLE WHO DREW MY BLOOD.

10:56AM 1    Q.   AND -- I'M SORRY.  I DIDN'T MEAN TO INTERRUPT YOU.

10:56AM 2    A.   BUT THEY COULDN'T EVER ANSWER.

10:56AM 3    Q.   WHAT QUESTIONS WERE YOU ASKING THOSE PEOPLE?

10:56AM 4         AND LET ME START JUST BY CLARIFYING.  ARE YOU TALKING

10:56AM 5    ABOUT THE INDIVIDUALS WHO WORKED FOR THERANOS OR WALGREENS WHO

10:56AM 6    WERE DRAWING THE BLOOD FOR THESE TESTS?

10:56AM 7    A.   YEAH, THE PEOPLE WHO WOULD ACTUALLY DRAW THE BLOOD.

10:56AM 8    Q.   AND WHAT QUESTIONS WERE YOU ASKING THEM?

10:56AM 9    A.   FOR WHEN THEY STOPPED DOING THE FINGER PRICK AND STARTED

10:56AM 10   DRAWING CONVENTIONALLY, I ASKED THEM WHY THEY WERE DOING THAT.

10:56AM 11   Q.   SO LET ME CIRCLE BACK TO THAT THEN.

10:56AM 12        YOU TESTIFIED THAT FOR THE FIRST TEST THAT YOU HAD, THE

10:56AM 13   BLOOD WAS DRAWN BY A FINGERSTICK; IS THAT RIGHT?

10:56AM 14   A.   YES.

10:56AM 15   Q.   AT SOME POINT DID YOU HAVE THERANOS TESTS THAT WERE DRAWN

10:56AM 16   BY A VEIN DRAW INSTEAD OF THE FINGERSTICK?

10:56AM 17   A.   YES.

10:56AM 18   Q.   DO YOU RECALL WHEN THAT SWITCH HAPPENED?

10:56AM 19   A.   I VAGUELY REMEMBER AT LEAST TWO, SO I THINK THOSE WERE THE

10:57AM 20   FIRST TWO.

10:57AM 21   Q.   WHEN YOU WERE GETTING VEIN DRAWS, YOU TESTIFIED THAT YOU

10:57AM 22   ASKED THE STAFF THERE WHY THAT WAS HAPPENING; IS THAT RIGHT?

10:57AM 23   A.   CORRECT.

10:57AM 24   Q.   AND WHAT KINDS OF RESPONSES DID YOU GET BACK?

10:57AM 25   A.   WE DON'T KNOW.  THEY -- IT WAS JUST AN ANSWER THAT IS MORE

| | | |
|---|---|---|
| 10:57AM | 1 | OF, LIKE, SAYING IT WAS OUT OF THEIR PROVINCE TO KNOW WHY. |
| 10:57AM | 2 | Q.   FOLLOWING THOSE EXPERIENCES AND YOUR CALL TO THERANOS IN |
| 10:57AM | 3 | OCTOBER 2015, DID YOU USE THE LAB AGAIN AFTER THAT? |
| 10:57AM | 4 | A.   I USED IT ONE LAST TIME. |
| 10:57AM | 5 | Q.   AND IF I COULD ASK YOU TO LOOK AT 5843 IN YOUR BINDER. |
| 10:57AM | 6 | A.   OKAY. |
| 10:57AM | 7 | Q.   AND AT 5843, DO YOU SEE AN EMAIL MEMORIALIZING A VISIT |
| 10:57AM | 8 | AFTER OCTOBER 2015? |
| 10:57AM | 9 | A.   YES, DECEMBER 11TH, 2015. |
| 10:58AM | 10 | Q.   ALL RIGHT. |
| 10:58AM | 11 | YOUR HONOR, THE GOVERNMENT OFFERS 5843. |
| 10:58AM | 12 | MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR. |
| 10:58AM | 13 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:58AM | 14 | (GOVERNMENT'S EXHIBIT 5843 WAS RECEIVED IN EVIDENCE.) |
| 10:58AM | 15 | BY MR. BOSTIC: |
| 10:58AM | 16 | Q.   AND, MR. BINGHAM, DO YOU SEE HERE THERE'S AN EMAIL |
| 10:58AM | 17 | MEMORIALIZING -- |
| 10:58AM | 18 | THE COURT:  THE MONITORS ARE NOT ON.  LET'S SEE. |
| 10:58AM | 19 | ARE THEY ON?  NO. |
| 10:58AM | 20 | JUROR:  IT TAKES TIME. |
| 10:58AM | 21 | THE COURT:  NOW THEY'RE ON. |
| 10:58AM | 22 | MR. BOSTIC:  THANK YOU, YOUR HONOR. |
| 10:58AM | 23 | Q.   MR. BINGHAM, IS THIS AN EMAIL CONFIRMING A VISIT TO |
| 10:58AM | 24 | THERANOS WHERE YOU WENT THERE ON DECEMBER 11TH, 2015? |
| 10:58AM | 25 | A.   CORRECT. |

| 10:58AM | 1 | Q.   WHY GO BACK TO THERANOS IN DECEMBER GIVEN THE EXPERIENCES |

10:58AM  1   Q.   WHY GO BACK TO THERANOS IN DECEMBER GIVEN THE EXPERIENCES

10:58AM  2   THAT YOU HAD HAD IN AUGUST AND OCTOBER?

10:59AM  3   A.   I WANTED TO SEE ONE LAST TIME IF IT WAS GOING TO BE IN

10:59AM  4   LINE WITH WHAT MY EXPECTATIONS WERE.

10:59AM  5   Q.   HAD YOU HAD ANY COMMUNICATIONS WITH THERANOS IN BETWEEN

10:59AM  6   YOUR CALL AND THIS TIME THAT HAD INCREASED YOUR CONFIDENCE?

10:59AM  7   A.   NO.

10:59AM  8   Q.   IF I COULD ASK YOU TO LOOK AT 5838.

10:59AM  9        AND ONCE YOU GET THERE.

10:59AM 10   A.   OKAY.

10:59AM 11   Q.   FOR THE VISIT TO THERANOS IN DECEMBER 2015, DO YOU STILL

10:59AM 12   HAVE A COPY OF THE RESULTS THEMSELVES?

10:59AM 13   A.   NO, I DO NOT.

10:59AM 14   Q.   AT 5838, ARE YOU LOOKING AT A MESSAGE THAT YOU RECEIVED

11:00AM 15   FROM THERANOS FOLLOWING THAT?

11:00AM 16   A.   YES.

11:00AM 17        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5838.

11:00AM 18        MR. COOPERSMITH:  NO OBJECTION, YOUR HONOR.

11:00AM 19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:00AM 20        (GOVERNMENT'S EXHIBIT 5838 WAS RECEIVED IN EVIDENCE.)

11:00AM 21   BY MR. BOSTIC:

11:00AM 22   Q.   SO, MR. BINGHAM, IS THIS AN EMAIL THAT YOU RECEIVED A FEW

11:00AM 23   DAYS AFTER THAT DECEMBER 11TH VISIT TO THERANOS?

11:00AM 24   A.   YES, IT WAS A FEW DAYS THE FOLLOWING WEEK.

11:00AM 25   Q.   IT SAYS HERE, "HI MR. BINGHAM,

11:00AM   1        "OUR LABORATORY STAFF RECENTLY CONTACTED YOU OR YOUR

11:00AM   2   DESIGNATED EMERGENCY CONTACT REGARDING A LAB RESULT THAT MAY

11:00AM   3   INDICATE THE NEED FOR IMMEDIATE MEDICAL ATTENTION."

11:00AM   4        DO YOU SEE THAT?

11:00AM   5   A.   YES.

11:00AM   6   Q.   HAD YOU RECEIVED ONE OF THESE ALERT MESSAGES BEFORE FROM

11:00AM   7   THERANOS?

11:00AM   8   A.   NO, I HAD NOT.

11:00AM   9   Q.   AROUND THIS TIME PERIOD, TELL US ABOUT YOUR SYMPTOMS, IF

11:00AM  10   YOU REMEMBER.  WERE THEY UNIQUE IN ANY WAY?

11:00AM  11   A.   NO.  I WAS FEELING PRETTY NORMAL.

11:01AM  12   Q.   WERE YOU FEELING THE SAME WAY THAT YOU WOULD FEEL WHEN YOU

11:01AM  13   WOULD GET YOUR TYPICAL RESULTS BACK SHOWING A PLATELET LEVEL OF

11:01AM  14   ABOUT 700?

11:01AM  15   A.   THAT'S CORRECT.

11:01AM  16   Q.   FOLLOWING THIS LAST VISIT TO THERANOS, DID YOU CONTINUE TO

11:01AM  17   USE THE LAB?

11:01AM  18   A.   NO.  THIS WAS THE ICING ON THE CAKE.  THEY HADN'T REACHED

11:01AM  19   OUT TO ME AT ALL.  THIS IS ALL I GOT.

11:01AM  20        AND I ACTUALLY LAUGHED WHEN I READ IT BECAUSE I JOKED TO

11:01AM  21   MY WIFE, WELL, I GUESS I SHOULD GO TO THE EMERGENCY ROOM.  BUT

11:01AM  22   I KNEW I DIDN'T NEED TO.

11:01AM  23   Q.   SO I THINK YOU MAYBE JUST EXPLAINED IT, BUT WHY WAS THIS

11:01AM  24   FUNNY TO YOU AT THE TIME?

11:01AM  25   A.   BECAUSE IT WAS WRONG.

11:01AM  1    Q.  AND DID THIS FINAL EXPERIENCE HAVE ANY EFFECT ON YOUR

11:01AM  2    WILLINGNESS TO GO TO THERANOS AGAIN IN THE FUTURE?

11:02AM  3    A.  YEAH.  I NEVER WENT AGAIN.

11:02AM  4    Q.  WHEN YOU DID GO TO THERANOS, YOU TOLD US A LITTLE BIT

11:02AM  5    ABOUT THE EXPERIENCE THAT YOU HAD THERE.

11:02AM  6        ASIDE FROM THE ANSWERS, OR NONANSWERS, THAT YOU GOT TO THE

11:02AM  7    QUESTION ABOUT THE VEIN DRAWS, DID YOU FIND THE STAFF WORKING

11:02AM  8    AT THOSE LOCATIONS TO BE POLITE AND PROFESSIONAL?

11:02AM  9    A.  YES, I DID.

11:02AM 10    Q.  HOW ABOUT THE FACILITIES THEMSELVES?  WERE THEY CLEAN AND

11:02AM 11    WELCOMING?

11:02AM 12    A.  YEAH, IT WAS A GOOD SETUP.

11:02AM 13    Q.  SO AS FAR AS THE ACTUAL EXPERIENCE OF VISITING THERANOS

11:02AM 14    AND HAVING THE BLOOD DRAWN, WAS THAT A RELATIVELY PLEASANT

11:02AM 15    EXPERIENCE?

11:02AM 16    A.  YES.

11:02AM 17    Q.  AS A PATIENT, WHAT IS MORE IMPORTANT TO YOU, HAVING THAT

11:02AM 18    KIND OF PLEASANT EXPERIENCE, OR HAVING BLOOD TEST RESULTS THAT

11:02AM 19    ARE ACCURATE AND RELIABLE?

11:02AM 20    A.  ACCURATE AND RELIABLE IS WHAT I NEED.

11:03AM 21            MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR?

11:03AM 22            THE COURT:  YES.

11:03AM 23        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:03AM 24            MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

11:03AM 25            THE COURT:  CROSS-EXAMINATION?

**CROSS-EXAMINATION**

11:03AM  1

11:03AM  2    BY MR. COOPERSMITH:

11:03AM  3    Q.   GOOD MORNING, MR. BINGHAM.

11:03AM  4    A.   GOOD MORNING.

11:03AM  5    Q.   MY NAME IS JEFF COOPERSMITH, AND I REPRESENT MR. BALWANI

11:03AM  6    IN THIS CASE.

11:03AM  7    A.   UH-HUH.

11:03AM  8    Q.   AND I'M GOING TO ASK YOU SOME QUESTIONS TO FOLLOW UP ON

11:03AM  9    SOME OF THE THINGS THAT MR. BOSTIC ASKED.

11:03AM  10        OKAY?

11:03AM  11   A.   OKAY.

11:03AM  12   Q.   SO TO START WITH, MR. BOSTIC, ON DIRECT EXAMINATION,

11:03AM  13   TALKED ABOUT A CALL THAT YOU HAD MADE AT ONE POINT TO THERANOS.

11:03AM  14   A.   CORRECT.

11:03AM  15   Q.   AND YOU SPOKE TO SOMEONE THERE?

11:04AM  16   A.   I THINK IT WAS A RECORDING.  I JUST RECORDED THE MESSAGE.

11:04AM  17   Q.   OKAY.  I THINK HE SHOWED YOU SOMETHING TO REFRESH YOUR

11:04AM  18   MEMORY, AND THAT WAS ON OCTOBER 12TH OF 2015.

11:04AM  19        DO YOU REMEMBER THAT?

11:04AM  20   A.   YES.

11:04AM  21   Q.   OKAY.  AND WHEN YOU CALLED, YOU DON'T REMEMBER WHO THE

11:04AM  22   OTHER SIDE OF THE LINE, WHETHER IT WAS A RECORDING OR A REAL

11:04AM  23   PERSON, YOU DON'T KNOW WHERE THEY ACTUALLY WERE, DO YOU?

11:05AM  24   A.   NO, I DO NOT.

11:05AM  25   Q.   YEAH.  AND YOU LIVE IN ARIZONA?

BINGHAM CROSS BY MR. COOPERSMITH

11:05AM  1    A.   YES.

11:05AM  2    Q.   AND SO THEY COULD HAVE BEEN IN ARIZONA FOR ALL YOU KNOW;

11:05AM  3    RIGHT?

11:05AM  4    A.   YEAH.  I TALKED TO EMPLOYEES WHEN I WENT TO GET MY BLOOD

11:05AM  5    DRAWS AND THEY TOLD ME THAT THEY HAD A FACILITY IN --

11:05AM  6              MR. BOSTIC:  OBJECTION.  HEARSAY.

11:05AM  7              THE COURT:  SUSTAINED.

11:05AM  8         THAT LAST RESPONSE IS STRICKEN, LADIES AND GENTLEMEN.

11:05AM  9    BY MR. COOPERSMITH:

11:05AM  10   Q.   OKAY.  SO PUTTING ASIDE WHAT ANYONE SAID TO YOU, YOU

11:05AM  11   VISITED WALGREENS IN ARIZONA; CORRECT?

11:05AM  12   A.   CORRECT.

11:05AM  13   Q.   YEAH.  AND, AGAIN, JUST SO WE'RE CLEAR FOR THE RECORD,

11:05AM  14   WHEN YOU MADE THAT CALL IN OCTOBER OF 2015, YOU DON'T KNOW

11:05AM  15   WHERE THE PERSON OR RECORDING WAS LOCATED ON THE OTHER SIDE OF

11:05AM  16   THE LINE; CORRECT?

11:05AM  17   A.   CORRECT.

11:05AM  18   Q.   OKAY.  SO LET'S JUST TALK ABOUT THE TESTING FOR A MINUTE.

11:05AM  19        SO YOU HAD A TOTAL OF FOUR TESTS AT THERANOS; CORRECT?

11:05AM  20   A.   CORRECT.

11:05AM  21   Q.   AND THE FIRST TEST THAT YOU HAD, WAS THAT A VENOUS DRAW OR

11:05AM  22   A FINGERSTICK?

11:05AM  23   A.   FINGERSTICK.

11:05AM  24   Q.   AND WHEN I SAY "VENOUS DRAW" -- WE HAVE TO BE CAREFUL NOT

11:05AM  25   TO TALK OVER EACH OTHER.

11:05AM   1          WHEN I SAY "VENOUS DRAW," DO YOU UNDERSTAND THAT'S THE

11:05AM   2     TYPICAL WAY OF BLOOD BEING DRAWN FROM THE ARM?

11:05AM   3     A.   YES, I DO.

11:05AM   4     Q.   AND FINGERSTICK IS JUST A LITTLE PRICK ON THE FINGER;

11:06AM   5     RIGHT?

11:06AM   6     A.   YES.

11:06AM   7     Q.   AND THE VERY FIRST TEST THAT YOU TOOK, YOU RECALL THAT

11:06AM   8     BEING A FINGERSTICK?

11:06AM   9     A.   YES.

11:06AM   10    Q.   OKAY.  I THINK YOU SAID ON DIRECT THAT BECAUSE OF YOUR

11:06AM   11    CONDITION -- AND I'M SORRY ABOUT THAT -- BUT BECAUSE OF THE

11:06AM   12    CONDITION THAT YOU HAVE, YOU HAVE TO GET BLOOD TESTS TO MONITOR

11:06AM   13    YOUR PLATELET COUNT; RIGHT?

11:06AM   14    A.   YES.

11:06AM   15    Q.   AND YOU HAD BEEN DOING THIS FOR HOW MANY YEARS BEFORE YOU

11:06AM   16    STARTED GOING TO THERANOS?

11:06AM   17    A.   SINCE I WAS DIAGNOSED.

11:06AM   18    Q.   AND ABOUT WHEN WAS THAT?

11:06AM   19    A.   2010.

11:06AM   20    Q.   OKAY.  SO BY THE TIME YOU WENT TO THERANOS, IT HAD ALREADY

11:06AM   21    BEEN AROUND FIVE YEARS THAT YOU HAD BEEN HAVING THESE BLOOD

11:06AM   22    TESTS?

11:06AM   23    A.   YES.

11:06AM   24    Q.   OKAY.  AND ALL OF THE OTHER BLOOD TESTS THAT YOU HAD

11:06AM   25    BEFORE YOU FIRST WENT TO THERANOS, WERE THEY ALL VENOUS DRAW OR

| | | |
|---|---|---|
| 11:06AM | 1 | WERE SOME OF THEM FINGERSTICK? |
| 11:06AM | 2 | A.   ALL VENOUS DRAW. |
| 11:06AM | 3 | Q.   ALL VENOUS DRAW.  OKAY. |
| 11:06AM | 4 | THE SECOND, THIRD, AND FOURTH TESTS, THE OTHER THREE TESTS |
| 11:06AM | 5 | AFTER THAT FIRST ONE AT THERANOS, DO YOU RECALL WHETHER THEY |
| 11:06AM | 6 | WERE VENOUS DRAW OR FINGERSTICK? |
| 11:07AM | 7 | A.   I DO NOT RECALL CLEARLY. |
| 11:07AM | 8 | I THINK I HAD TWO FINGER PRICKS TOTAL. |
| 11:07AM | 9 | Q.   OKAY.  I WANT TO SHOW YOU SOMETHING TO SEE IF I COULD |
| 11:07AM | 10 | REFRESH YOUR MEMORY ABOUT THAT. |
| 11:07AM | 11 | A.   OKAY. |
| 11:07AM | 12 | Q.   AND IN -- LET ME HAND YOU A BINDER.  ONE MINUTE. |
| 11:07AM | 13 | MAY I APPROACH, YOUR HONOR? |
| 11:07AM | 14 | THE COURT:  YES. |
| 11:07AM | 15 | MR. COOPERSMITH:  (HANDING.) |
| 11:07AM | 16 | THANK YOU. |
| 11:07AM | 17 | Q.   OKAY.  MR. BINGHAM, THERE'S A SERIES OF TABS WITH NUMBERS |
| 11:07AM | 18 | THERE. |
| 11:07AM | 19 | IF YOU COULD TURN TO TAB 28131. |
| 11:08AM | 20 | A.   I'M THERE. |
| 11:08AM | 21 | Q.   AND DO YOU SEE THAT THIS IS A MEMO REFLECTING A PRIOR |
| 11:08AM | 22 | INTERVIEW YOU GAVE TO PEOPLE AT THE U.S. GOVERNMENT? |
| 11:08AM | 23 | A.   YES. |
| 11:08AM | 24 | Q.   AND YOU REMEMBER THAT? |
| 11:08AM | 25 | A.   YES. |

BINGHAM CROSS BY MR. COOPERSMITH

```
11:08AM   1      Q.   OKAY.  AND IF YOU COULD TURN TO THE SECOND PAGE, AND IF

11:08AM   2      YOU GO TO THE THIRD FULL PARAGRAPH, AND IT'S A VERY SHORT

11:08AM   3      PARAGRAPH, AND IT CONSISTS OF ONLY ONE SENTENCE STARTING WITH

11:08AM   4      THE WORD "THERANOS USED."

11:08AM   5           DO YOU SEE THAT?

11:08AM   6      A.   YES.

11:08AM   7      Q.   AND IF YOU COULD READ IT OUT TO YOURSELF, PLEASE.  NOT OUT

11:08AM   8      LOUD.

11:09AM   9           AND DOES THAT REFRESH YOUR MEMORY THAT THE FIRST TEST YOU

11:09AM  10      HAD AT THERANOS WAS FINGERSTICK, AND THE REMAINDER VISITS WERE

11:09AM  11      USING THE VEIN DRAW?

11:09AM  12      A.   YES.

11:09AM  13      Q.   THANK YOU, MR. BINGHAM.

11:09AM  14           OKAY.  DURING YOUR DIRECT EXAMINATION YOU SAW A -- ONE

11:09AM  15      THERANOS REPORT WITH SOME LAB RESULTS FOR YOU.

11:09AM  16           DO YOU REMEMBER THAT ON DIRECT EXAMINATION?

11:09AM  17      A.   COULD YOU REPEAT?

11:09AM  18      Q.   I CAN MAKE IT EVEN MORE CLEAR.  MY APOLOGIES.

11:09AM  19           IF YOU COULD TAKE A LOOK IN THE BINDER THAT THE GOVERNMENT

11:09AM  20      HANDED YOU, MR. BOSTIC HANDED YOU, IF YOU COULD GO TO

11:09AM  21      EXHIBIT 22 -- I'M SORRY, 2730.

11:09AM  22      A.   I'M THERE.

11:09AM  23      Q.   AND THAT WAS A REPORT FROM THERANOS THAT YOU RECEIVED

11:10AM  24      BASED ON A VISIT THAT YOU HAD FOR A BLOOD TEST ON AUGUST 27TH

11:10AM  25      OF 2015; IS THAT RIGHT?
```

11:10AM   1    A.   CORRECT.

11:10AM   2    Q.   OKAY.  AND OTHER THAN THAT REPORT, THE OTHER REPORTS THAT

11:10AM   3    YOU HAD FOR VISITS AT THERANOS, THE OTHER THREE, I THINK YOU

11:10AM   4    SAID YOU NO LONGER HAVE COPIES OF THOSE REPORTS; IS THAT RIGHT?

11:10AM   5    A.   NO, I DO NOT.

11:10AM   6    Q.   YOU DON'T.  OKAY.

11:10AM   7         BUT I THINK YOU ALSO SAID ON DIRECT THAT YOU AT ONE POINT

11:10AM   8    WERE ABLE TO ACCESS THOSE REPORTS ON THERANOS'S WEBSITE?

11:10AM   9    A.   YES.

11:10AM   10   Q.   AND YOU HAD, LIKE, A PASSCODE TO BE ABLE TO GET INTO THAT

11:10AM   11   SYSTEM?

11:10AM   12   A.   I THINK THAT'S HOW IT WORKED, YEAH.

11:10AM   13   Q.   OKAY.  AND DID YOU DISCUSS WITH THE GOVERNMENT WHETHER YOU

11:10AM   14   COULD OBTAIN ANY OF THESE OTHER REPORTS?

11:10AM   15   A.   WHETHER I WHAT?

11:10AM   16   Q.   DID YOU DISCUSS WITH THE GOVERNMENT WHETHER YOU COULD

11:10AM   17   OBTAIN ANY OF THESE OTHER THREE REPORTS THAT WE DON'T HAVE IN

11:10AM   18   COURT TODAY?

11:10AM   19   A.   I TRIED, YEAH.

11:10AM   20   Q.   OKAY.  DID YOU WORK WITH THE GOVERNMENT ON THAT?

11:11AM   21   A.   NO.

11:11AM   22   Q.   OKAY.  AND DID THEY EVER TELL YOU THAT THEY HAD ANY

11:11AM   23   ABILITY TO RECOVER ANY OF THOSE REPORTS?

11:11AM   24         MR. BOSTIC:  OBJECTION.  HEARSAY.  401.

11:11AM   25         THE WITNESS:  NO.

11:11AM 1          THE COURT:  SUSTAINED.

11:11AM 2          THE LAST ANSWER IS STRICKEN, LADIES AND GENTLEMEN.

11:11AM 3     BY MR. COOPERSMITH:

11:11AM 4     Q.   SO YOU JUST TRIED ON YOUR OWN TO SEE IF YOU COULD FIND

11:11AM 5     THOSE; IS THAT RIGHT?

11:11AM 6     A.   THE REASON WHY I HAD THIS ONE IS BECAUSE I COPIED IT TO

11:11AM 7     SHOW IT TO MY DOCTOR, SO IT WAS IN MY GMAIL ACCOUNT.  SO IT WAS

11:11AM 8     EASY TO RECOVER.

11:11AM 9          I DON'T HAVE ACCESS TO THE OTHERS.

11:11AM 10    Q.   OKAY.  SO YOU WERE NOT ABLE TO RECOVER ANY OTHER REPORTS,

11:11AM 11    RESULTS FROM THE THERANOS SYSTEM WHEN YOU TRIED TO DO THAT; IS

11:11AM 12    THAT RIGHT.

11:11AM 13    A.   YEAH.

11:11AM 14    Q.   OKAY.  I THINK YOU TESTIFIED ON DIRECT THAT YOU HAD

11:11AM 15    UNDERSTOOD, GOING INTO YOUR FIRST VISIT AT THERANOS, THAT

11:12AM 16    THERANOS WAS WORKING TO DO TESTING ON FINGERSTICK SAMPLES;

11:12AM 17    RIGHT?

11:12AM 18    A.   YES.

11:12AM 19    Q.   AND, IN FACT, THE FIRST TIME YOU WENT IN, THAT'S WHAT

11:12AM 20    HAPPENED; RIGHT?

11:12AM 21    A.   YES.

11:12AM 22    Q.   BUT THEN THE OTHER TIMES YOU HAD VENOUS DRAWS; RIGHT?

11:12AM 23    A.   YES.

11:12AM 24    Q.   AND YOU WEREN'T ABLE TO FIGURE OUT WHY THAT WAS BASED ON

11:12AM 25    THE CONVERSATIONS THAT YOU WERE HAVING; RIGHT?

BINGHAM CROSS BY MR. COOPERSMITH

11:12AM  1    A.   I WAS NOT ABLE TO.

11:12AM  2    Q.   OKAY.  MAYBE THIS IS AN OBVIOUS QUESTION, BUT WHEN YOU HAD

11:12AM  3    A VENOUS DRAW, YOU KNEW WHAT WAS HAPPENING; RIGHT?  YOU KNEW

11:12AM  4    THEY WERE TAKING A VENOUS DRAW FROM YOUR ARM AS OPPOSED TO YOUR

11:12AM  5    FINGER; RIGHT?

11:12AM  6    A.   I HOPE SO, YES.

11:12AM  7    Q.   RIGHT.  BECAUSE THERE WAS A PERSON, A PHLEBOTOMIST.  YOU

11:12AM  8    KNOW THAT TERM?

11:12AM  9    A.   YES, I DO.

11:12AM  10   Q.   AND THAT PERSON ACTUALLY TOOK A NEEDLE AND PUT IT IN A

11:12AM  11   VEIN IN YOUR ARM; RIGHT?

11:12AM  12   A.   YES.  I'VE HAD MANY.

11:12AM  13   Q.   AND WHEN YOU SAW THAT HAPPENING, IF YOU WANTED TO LEAVE

11:12AM  14   THE ROOM AND, YOU KNOW, TO DECLINE THE TEST, YOU COULD HAVE

11:12AM  15   DONE THAT; RIGHT?

11:13AM  16   A.   IF I WANTED TO, YES.

11:13AM  17   Q.   RIGHT.  BUT YOU DECIDED TO GO FORWARD, BECAUSE YOU WANTED

11:13AM  18   TO HAVE YOUR BLOOD TESTED; RIGHT?

11:13AM  19   A.   YES.

11:13AM  20   Q.   OKAY.  SO I THINK YOU DESCRIBED THAT THERE WAS -- YOU

11:13AM  21   KNOW, BASED ON HOW YOU FEEL AND YOUR MONITORING OF YOUR OWN

11:13AM  22   CONDITION, YOU SEE A KIND OF CORRELATION BETWEEN THE PLATELET

11:13AM  23   LEVEL RESULTS AND HOW YOU FEEL; IS THAT RIGHT?

11:13AM  24   A.   CORRECT.

11:13AM  25   Q.   OKAY.  BUT WHEN YOU GO OVER TIME AND HAVE TAKEN LAB TESTS

BINGHAM CROSS BY MR. COOPERSMITH

11:13AM  1    AT OTHER LABS, EVEN BESIDES THERANOS, YOUR RESULTS ARE NOT

11:13AM  2    ALWAYS PRECISELY THE SAME INDICATING EXACTLY HOW YOU FEEL;

11:13AM  3    RIGHT?

11:13AM  4         AND LET ME ASK A BETTER QUESTION AND I'LL WITHDRAW THAT

11:13AM  5    ONE.

11:13AM  6         SO, FOR EXAMPLE, IF YOU'RE FEELING FINE -- AND I'M HOPING

11:13AM  7    YOU'RE FEELING FINE TODAY -- BUT IF YOU'RE FEELING FINE AND YOU

11:13AM  8    TAKE A BLOOD TEST, YOUR RESULTS MIGHT BE IN THE 700 LEVEL; IS

11:13AM  9    THAT RIGHT?

11:13AM  10   A.   RIGHT.

11:14AM  11   Q.   BUT IT COULD BE 702 OR 710 OR 720?  IT'S NOT ALWAYS

11:14AM  12   PRECISELY THE SAME; CORRECT?

11:14AM  13   A.   CORRECT.

11:14AM  14   Q.   SO IF YOU'RE FEELING FINE AND YOU GET A BLOOD TEST, THOSE

11:14AM  15   RESULTS FROM THE LAB COULD VARY, YOU KNOW, BY WHATEVER AMOUNT;

11:14AM  16   IS THAT FAIR?

11:14AM  17   A.   YES.

11:14AM  18   Q.   OKAY.  BUT THEN WHEN IT GETS TO A SIGNIFICANTLY HIGHER

11:14AM  19   LEVEL, THAT GENERALLY CORRELATES WITH HOW YOU FEEL; RIGHT?

11:14AM  20   A.   CORRECT.

11:14AM  21   Q.   BUT YOUR LEVELS AT TIMES HAVE BEEN AS HIGH AS 900 OR SO;

11:14AM  22   IS THAT RIGHT?

11:14AM  23   A.   OTHER THAN 1.2 OR -3 MILLION, YEAH.

11:14AM  24   Q.   OKAY.  SO EVEN HIGHER THAN 900.

11:14AM  25         AND ONE OF THE -- ARE YOU AWARE FROM YOUR OWN EXPERIENCE

BINGHAM CROSS BY MR. COOPERSMITH

11:14AM  1    FROM YOUR OWN CONDITION THAT ONE OF THE THINGS THAT COULD

11:14AM  2    UNFORTUNATELY HAPPEN WITH A PERSON WITH HIGH PLATELET COUNTS IS

11:14AM  3    THAT THERE'S A DANGER OF BLOOD CLOTS?

11:14AM  4    A.   I'M VERY AWARE OF THAT.

11:15AM  5    Q.   RIGHT.  AND THAT'S ONE REASON, I'M ASSUMING, THAT YOU

11:15AM  6    MONITOR THIS AND TAKE BLOOD TESTS AND TAKE MEDICATIONS AT

11:15AM  7    TIMES; IS THAT RIGHT?

11:15AM  8    A.   YEAH, I TAKE MEDICATION CONSISTENTLY SINCE I WAS

11:15AM  9    DIAGNOSED.

11:15AM  10   Q.   RIGHT.  AND YOU UNDERSTAND THE REFERENCE RANGE FOR PEOPLE

11:15AM  11   WHO DON'T HAVE THIS PARTICULAR MEDICAL CONDITION BASICALLY IS

11:15AM  12   AROUND 0 TO 400.  IS THAT THE RANGE?

11:15AM  13          MR. BOSTIC:  OBJECTION.  MISSTATES THE TESTIMONY.

11:15AM  14          THE COURT:  ARE YOU ASKING FOR HIS KNOWLEDGE?

11:15AM  15          MR. COOPERSMITH:  WELL, LET ME ASK A BETTER

11:15AM  16   QUESTION.

11:15AM  17   Q.   SO, MR. BINGHAM, WHAT DO YOU UNDERSTAND IS THE REFERENCE

11:15AM  18   RANGE FOR SOMEONE WHO DOESN'T HAVE THIS PARTICULAR CONDITION

11:15AM  19   THAT YOU UNFORTUNATELY SUFFER FROM?

11:15AM  20   A.   125 TO 450, SOMEWHERE AROUND THERE.

11:15AM  21   Q.   SO EVEN A LEVEL OF 700 OR SO WOULD BE SIGNIFICANTLY HIGHER

11:15AM  22   THAN NORMAL RANGE; IS THAT RIGHT?

11:15AM  23   A.   YES.

11:15AM  24   Q.   OKAY.  AND FOR SOMEONE WHO DOESN'T HAVE THIS CONDITION, IF

11:15AM  25   THEY TESTED IN THE 700S, THE LABORATORY OR THE DOCTOR MIGHT

BINGHAM CROSS BY MR. COOPERSMITH                                    5974

11:16AM    1    HAVE SOME CAUSE FOR ALARM IF THE TEST WAS THAT HIGH IF THEY

11:16AM    2    DIDN'T KNOW THE PERSON HAD THIS PARTICULAR CONDITION THAT YOU

11:16AM    3    HAD; IS THAT FAIR?

11:16AM    4            MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

11:16AM    5            THE COURT:  SUSTAINED.

11:16AM    6            MR. COOPERSMITH:  OKAY.  I'LL MOVE ON, YOUR HONOR.

11:16AM    7    THANK YOU.

11:16AM    8    Q.   THE PLATELET COUNT TEST THAT YOU HAD AT THERANOS, AND YOU

11:16AM    9    TESTIFIED THAT YOU DIDN'T THINK THOSE WERE CORRECT, THAT WAS

11:16AM   10    YOUR ONLY COMPLAINT ABOUT THE TEST THAT YOU HAD AT THERANOS;

11:16AM   11    CORRECT?

11:16AM   12    A.   YES.

11:17AM   13            MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

11:17AM   14            THE WITNESS:  WELL, I'M SORRY.  THE OTHER COMPLAINT

11:17AM   15    WAS THAT THEY NEVER CONTACTED ME.

11:17AM   16    BY MR. COOPERSMITH:

11:17AM   17    Q.   RIGHT.  SO THEY NEVER CONTACTED YOU AND THE PLATELET TEST,

11:17AM   18    AND THE PLATELET COUNT TEST SEEMED OFF, RIGHT, BUT YOU HAD NO

11:17AM   19    OTHER COMPLAINT ABOUT THE BLOOD TESTING THAT YOU HAD DONE AT

11:17AM   20    THERANOS; CORRECT?

11:17AM   21    A.   CORRECT.

11:17AM   22            MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

11:17AM   23            THE COURT:  ANY REDIRECT?

11:17AM   24            MR. BOSTIC:  NO, YOUR HONOR.

11:17AM   25            THE COURT:  MAY THE WITNESS BE EXCUSED?

11:17AM   1          MR. COOPERSMITH:  YES, YOUR HONOR.

11:17AM   2          MR. BOSTIC:  NO, YOUR HONOR.

11:17AM   3          THE COURT:  YOU'RE EXCUSED, SIR.

11:17AM   4          THE WITNESS:  THANK YOU.

11:17AM   5          THE COURT:  YOU'RE WELCOME.

11:17AM   6       DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

11:17AM   7          MR. BOSTIC:  YES, YOUR HONOR.

11:17AM   8       THE GOVERNMENT CALLS ERIN TOMPKINS.

11:17AM   9          THE COURT:  DO YOU HAVE ANY IDEA OF WHAT YOUR DIRECT

11:18AM  10   WOULD BE?

11:18AM  11          MR. BOSTIC:  SO I WOULD ESTIMATE 20 TO 30 MINUTES

11:18AM  12   FOR THE DIRECT, YOUR HONOR.

11:18AM  13          THE COURT:  SHOULD WE TAKE A BREAK NOW?  LET'S DO

11:18AM  14   THAT.  LET'S TAKE OUR BREAK NOW.

11:18AM  15       THANK YOU FOR THAT INFORMATION, MR. BOSTIC.

11:18AM  16       LET'S TAKE OUR FIRST BREAK.  WE'LL TAKE ABOUT 30 MINUTES,

11:18AM  17   PLEASE, AND THEN WE'LL COME BACK.

11:21AM  18          (RECESS FROM 11:18 A.M. UNTIL 11:56 A.M.)

         19

         20

         21

         22

         23

         24

         25

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 11:56AM  | 1  | **AFTERNOON SESSION**                                    |
| 11:56AM  | 2  | THE COURT:  THANK YOU.  PLEASE BE SEATED.                |
| 11:56AM  | 3  | WE'RE BACK ON THE RECORD.                                |
| 11:56AM  | 4  | THE PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.        |
| 11:56AM  | 5  | OUR JURY IS PRESENT.                                     |
| 11:56AM  | 6  | MR. BOSTIC, DO YOU HAVE A WITNESS TO CALL?               |
| 11:57AM  | 7  | MR. BOSTIC:  YES, YOUR HONOR.                            |
| 11:57AM  | 8  | THE UNITED STATES CALLS ERIN TOMPKINS.                   |
| 11:57AM  | 9  | THE COURT:  GOOD MORNING.  IF YOU WILL COME FORWARD,     |
| 11:57AM  | 10 | PLEASE, AND STAND OVER HERE WHILE YOU FACE OUR COURTROOM |
| 11:57AM  | 11 | DEPUTY, AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU. |
| 11:57AM  | 12 | **(GOVERNMENT'S WITNESS, ERIN TOMPKINS, WAS SWORN.)**    |
| 11:57AM  | 13 | THE WITNESS:  I DO.                                      |
| 11:57AM  | 14 | THE CLERK:  THANK YOU.                                   |
| 11:57AM  | 15 | THE COURT:  PLEASE HAVE A SEAT UP HERE.  I'LL INVITE     |
| 11:57AM  | 16 | YOU TO MAKE YOURSELF COMFORTABLE.                        |
| 11:57AM  | 17 | FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED. |
| 11:58AM  | 18 | THERE IS ALSO SOME WATER THERE THAT YOU CAN ENJOY IF YOU |
| 11:58AM  | 19 | NEED.                                                    |
| 11:58AM  | 20 | THE WITNESS:  THANK YOU.                                 |
| 11:58AM  | 21 | THE COURT:  YOU'RE WELCOME.                              |
| 11:58AM  | 22 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 11:58AM  | 23 | AND THEN SPELL IT, PLEASE.                               |
| 11:58AM  | 24 | THE WITNESS:  YES.  MY NAME IS ERIN TOMPKINS.  THAT      |
| 11:58AM  | 25 | IS SPELLED T-O-M-P-K-I-N-S.                              |

11:58AM  1          THE COURT:  THANK YOU.

11:58AM  2      COUNSEL.

11:58AM  3          MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:58AM  4                    **DIRECT EXAMINATION**

11:58AM  5   BY MR. BOSTIC:

11:58AM  6   Q.   GOOD MORNING, MS. TOMPKINS.

11:58AM  7   A.   GOOD MORNING.

11:58AM  8   Q.   IF YOU ARE FULLY VACCINATED AND COMFORTABLE DOING SO, I

11:58AM  9   UNDERSTAND THE COURT WILL ALLOW YOU TO TESTIFY WITHOUT A MASK.

11:58AM  10  A.   I AM FULLY VACCINATED, SO I'LL GO AHEAD AND TAKE THIS OFF.

11:58AM  11  Q.   LET ME START BY ASKING YOU, WAS THERE A TIME THAT YOU

11:58AM  12  RECEIVED BLOOD TESTING SERVICES FROM A COMPANY CALLED THERANOS?

11:58AM  13  A.   YES.

11:58AM  14  Q.   AND DO YOU REMEMBER APPROXIMATELY WHEN THAT WAS?

11:58AM  15  A.   I BELIEVE IT WAS MAY OF 2015.

11:58AM  16  Q.   I'D LIKE TO ASK YOU SOME QUESTIONS ABOUT YOUR EXPERIENCE

11:58AM  17  WITH THERANOS, BUT FIRST LET ME ASK YOU JUST A FEW BACKGROUND

11:58AM  18  QUESTIONS.

11:58AM  19      WHERE DO YOU LIVE CURRENTLY?

11:59AM  20  A.   I CURRENTLY LIVING IN PHOENIX, ARIZONA.

11:59AM  21  Q.   AND WERE YOU LIVING IN THE PHOENIX AREA IN 2015?

11:59AM  22  A.   YES, I WAS.

11:59AM  23  Q.   WERE YOU EMPLOYED AT THAT TIME?

11:59AM  24  A.   YES, I WAS.

11:59AM  25  Q.   WHERE DID YOU WORK?

11:59AM   1      A.   I WAS A MUSIC DIRECTOR AT A SMALL METHODIST CONGREGATION;

11:59AM   2      I HAD PRIVATE VOICE STUDENTS; AND FOR HALF OF THE YEAR I WAS

11:59AM   3      A -- LIKE A TEACHING ARTIST FOR ARIZONA OPERA.

11:59AM   4      Q.   CAN YOU GIVE US A BRIEF SUMMARY OF YOUR EDUCATIONAL

11:59AM   5      BACKGROUND POST HIGH SCHOOL?

11:59AM   6      A.   YES.  I HAVE A BACHELOR'S IN MUSIC FROM SOUTHERN METHODIST

11:59AM   7      UNIVERSITY.

11:59AM   8      Q.   SO TURNING THEN TO YOUR CONTACT WITH THERANOS, HOW DID YOU

11:59AM   9      FIRST HEAR ABOUT THAT COMPANY?

11:59AM  10      A.   I BELIEVE THE FIRST TIME WAS SEEING THE MAGAZINE ON MY

11:59AM  11      FATHER'S COFFEE TABLE, "FORBES," WITH HER ON THE COVER.  I

11:59AM  12      THINK THAT WAS THE FIRST.  THERE MAY HAVE BEEN A TELEVISION

11:59AM  13      SPOT OR COMMERCIAL OR SOMETHING.

11:59AM  14          AND THEN AFTER THAT THERE WAS A RECOMMENDATION ON FACEBOOK

12:00PM  15      THAT I LOOKED INTO.

12:00PM  16      Q.   SO I'D LIKE TO TAKE THOSE KIND OF ONE AT A TIME.

12:00PM  17      A.   SURE.

12:00PM  18      Q.   FIRST YOU SAID YOU SAW A MAGAZINE AT A RELATIVE'S HOUSE

12:00PM  19      WITH SOMEONE ON THE COVER.  WHO DID YOU SEE?

12:00PM  20      A.   WITH ELIZABETH HOLMES ON THE COVER, YES.

12:00PM  21      Q.   THANK YOU.

12:00PM  22          AND JUST FOR THE COURT REPORTER'S SAKE, IF WE CAN MAKE

12:00PM  23      SURE NOT TO TALK OVER EACH OTHER?

12:00PM  24          AND THEN YOU ALSO MENTIONED THAT YOU MIGHT HAVE SEEN SOME

12:00PM  25      ADVERTISING FOR THE COMPANY?

12:00PM  1    A.   YES.  I BELIEVE AT SOME POINT THERE WAS A COMMERCIAL THAT

12:00PM  2    I SAW.  I'M NOT SURE WHERE.

12:00PM  3    Q.   AND THEN FINALLY YOU MENTIONED SOMETHING THAT YOU SAW ON

12:00PM  4    SOCIAL MEDIA.  WAS THAT THE THIRD SOURCE?

12:00PM  5    A.   YES.

12:00PM  6    Q.   AT THAT TIME, THAT IS, BEFORE YOU WENT TO THE COMPANY,

12:00PM  7    WHAT DID YOU KNOW ABOUT THERANOS AND ANYTHING THAT MADE IT

12:00PM  8    DIFFERENT FROM CONVENTIONAL LABS?

12:00PM  9    A.   I WAS FASCINATED BY THE PROPOSED, YOU KNOW, SINGLE DROP IN

12:00PM 10    A CAPSULE IDEA OF REVOLUTIONIZING BLOOD WORK FROM ANYTHING THAT

12:00PM 11    I HAD EVER HEARD OF BEFORE.

12:00PM 12        AND I WAS ALSO VERY ADMIRABLE OF THE YOUNG CEO.

12:01PM 13    Q.   TALKING ABOUT THE SMALL SAMPLE SIZE, WHY WAS THAT

12:01PM 14    APPEALING TO YOU AS SOMEONE CONSIDERING WHETHER TO GO THERE?

12:01PM 15    A.   WELL, I MEAN, IT'S JUST FASCINATING, FRANKLY.  AND THE --

12:01PM 16    IF WE CAN ACCOMPLISH THOSE SORTS OF THINGS WITHOUT TAKING MORE

12:01PM 17    BLOOD THAN IS ABSOLUTELY NECESSARY, THAT WAS -- THAT WAS

12:01PM 18    COMPELLING.

12:01PM 19    Q.   AT SOME POINT IN 2015, DID YOU DECIDE TO HAVE A BLOOD

12:01PM 20    TEST?

12:01PM 21    A.   YES.

12:01PM 22    Q.   AND DID YOU DECIDE TO GO TO THERANOS FOR THAT BLOOD TEST?

12:01PM 23    A.   YES.

12:01PM 24    Q.   AND WHAT MADE YOU CHOOSE THERANOS AT THAT TIME?

12:01PM 25    A.   AT THE TIME, TWO TOP PRIORITIES, OBVIOUSLY ACCURACY, BUT

12:01PM   1   ALSO COST OF THE TEST WAS A BIG CONCERN.

12:01PM   2   Q.   LET'S TAKE THOSE IN REVERSE ORDER AND START WITH COST.

12:01PM   3   A.   OKAY.

12:01PM   4   Q.   AROUND THIS TIME, WERE YOU PLANNING TO PAY DIRECTLY FOR

12:01PM   5   THIS BLOOD TEST IN 2015?

12:02PM   6   A.   YES, BECAUSE I WAS UNINSURED.

12:02PM   7   Q.   AND IS THAT WHAT, IN FACT, ENDED UP HAPPENING?  DID YOU

12:02PM   8   GET A TEST FROM THERANOS THAT YOU PAID FOR OUT OF POCKET?

12:02PM   9   A.   YES.

12:02PM   10  Q.   AND WHAT WAS IT ABOUT THE COST CONCERNS THAT MADE THERANOS

12:02PM   11  ATTRACTIVE TO YOU?

12:02PM   12  A.   FROM EVERYTHING I HAD SEEN LOCALLY IN ARIZONA, THE

12:02PM   13  FEEDBACK WAS THAT IT WAS -- IF YOU'RE PAYING OUT OF POCKET, OR

12:02PM   14  IF MAYBE YOU'RE NOT, THAT IT WAS JUST MORE AFFORDABLE.

12:02PM   15  Q.   YOU MENTIONED ACCURACY IN ADDITION TO COST IS SOMETHING

12:02PM   16  THAT WAS IMPORTANT TO YOU; IS THAT RIGHT?

12:02PM   17  A.   YES.  WELL, OF COURSE, YES.

12:02PM   18  Q.   WHY DO YOU SAY "OF COURSE"?  WHY WAS ACCURACY IMPORTANT TO

12:02PM   19  YOU IN SEEKING OUT A PLACE TO GET A BLOOD TEST?

12:02PM   20  A.   I THINK IT'S FAIR, I THINK IT'S FAIR TO ASSUME MOST PEOPLE

12:02PM   21  WANTING BLOOD WORK DONE ARE HOPING FOR ACCURATE RESULTS.

12:02PM   22  Q.   AND FROM YOUR PERSPECTIVE, SPECIFICALLY WAS ACCURACY THE

12:02PM   23  MOST IMPORTANT FACTOR FOR YOU IN DECIDING WHERE TO GET A BLOOD

12:02PM   24  TEST?

12:02PM   25  A.   I THINK THAT'S A DIFFICULT QUESTION TO ANSWER ACTUALLY,

12:03PM  1    BECAUSE IF I HAD GONE ANYWHERE ELSE, I WOULD HAVE EXPECTED

12:03PM  2    ACCURATE RESULTS.

12:03PM  3    Q.   LET ME ASK A DIFFERENT QUESTION THEN.

12:03PM  4         WE TALKED ABOUT PRICE AND THE BENEFITS OF TESTS BEING

12:03PM  5    AFFORDABLE.

12:03PM  6         FROM YOUR PERSPECTIVE AS A PATIENT, IS THERE ANY VALUE IN

12:03PM  7    BLOOD TESTS THAT ARE AFFORDABLE BUT ARE NOT SUFFICIENTLY

12:03PM  8    ACCURATE OR RELIABLE?

12:03PM  9    A.   NO.

12:03PM  10   Q.   DO YOU REMEMBER ANYTHING ABOUT YOUR EXPERIENCE OF GETTING

12:03PM  11   BLOOD DRAWN FROM THERANOS?

12:03PM  12   A.   I REMEMBER EXPECTING A PIN PRICK AND GETTING A VENOUS

12:03PM  13   DRAW.

12:03PM  14   Q.   AND DO YOU REMEMBER WHERE THAT HAPPENED?

12:03PM  15   A.   I BELIEVE IT WAS IN A WALGREENS.

12:03PM  16   Q.   OKAY.  DO YOU REMEMBER WHETHER YOU ASKED ANYONE AT

12:03PM  17   THERANOS QUESTIONS ABOUT WHY YOU WERE HAVING THAT DRAW METHOD

12:03PM  18   INSTEAD OF WHAT YOU EXPECTED?

12:03PM  19   A.   I DON'T REMEMBER.  I THINK I DIDN'T ASK ANY QUESTIONS.  I

12:03PM  20   JUST SORT OF WENT WITH IT.

12:04PM  21            MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

12:04PM  22            THE COURT:  YES.

12:04PM  23            MR. BOSTIC:  (HANDING.)

12:04PM  24   Q.   MS. TOMPKINS, I'VE JUST HANDED YOU A BINDER WITH A COUPLE

12:04PM  25   OF DOCUMENTS IN IT.

12:04PM 1      THE DEFENSE HAS A COPY, AND I BELIEVE THE COURT HAS ONE

12:04PM 2   ALSO.

12:04PM 3           THE COURT:  YES.

12:04PM 4   BY MR. BOSTIC:

12:04PM 5   Q.   MS. TOMPKINS, IF I COULD ASK YOU TO TURN TO TAB 5483 IN

12:04PM 6   THE BINDER IN FRONT OF YOU.

12:04PM 7   A.   UH-HUH.

12:04PM 8   Q.   AND DO YOU RECOGNIZE WHAT IS AT 5483?

12:04PM 9   A.   UH-HUH.

12:04PM 10  Q.   IS THIS --

12:04PM 11          THE COURT:  IS THAT YES?

12:04PM 12          THE WITNESS:  YES.  YES, IT IS.

12:04PM 13  BY MR. BOSTIC:

12:04PM 14  Q.   THANK YOU, MS. TOMPKINS.

12:04PM 15      AND IS THIS A LAB REPORT FROM THERANOS TO YOU FROM MAY OF

12:04PM 16  2015?

12:04PM 17  A.   YES.  IT WAS SENT TO MY GENERAL PRACTITIONER, BUT IT IS

12:04PM 18  FOR ME.

12:04PM 19          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5483.

12:04PM 20      I'LL NOTE THAT EXTRANEOUS LAB RESULTS HAVE BEEN REDACTED

12:04PM 21  IN THE COPY THAT WE'RE OFFERING.

12:05PM 22          MR. COOPERSMITH:  NO OBJECTION TO THIS EXHIBIT,

12:05PM 23  YOUR HONOR.

12:05PM 24          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:05PM 25      (GOVERNMENT'S EXHIBIT 5483 WAS RECEIVED IN EVIDENCE.)

12:05PM 1    BY MR. BOSTIC:

12:05PM 2    Q.   SO IF WE CAN ZOOM IN FIRST ON THE TOP OF THE PAGE.

12:05PM 3         SO, MS. TOMPKINS, DO YOU SEE YOUR NAME APPEARING AT THE

12:05PM 4    TOP THERE?

12:05PM 5    A.   YES.

12:05PM 6    Q.   AND OVER TO THE RIGHT, YOU SEE UNDER PHYSICIAN THERE'S A

12:05PM 7    NAME, GERALD ASIN.

12:05PM 8         DO YOU SEE THAT?

12:05PM 9    A.   YES.

12:05PM 10   Q.   AND DO YOU RECOGNIZE THAT NAME?

12:05PM 11   A.   YES.

12:05PM 12   Q.   WHO WAS DR. ASIN?

12:05PM 13   A.   HE WAS MY GENERAL PRACTITIONER DOCTOR AT THE TIME.

12:05PM 14   Q.   AND WAS THIS TEST IN MAY OF 2015 ORDERED THROUGH HIM?

12:05PM 15   A.   YES, IT WAS.

12:05PM 16   Q.   AND YOU MENTIONED THAT THE RESULTS WERE SENT BACK TO HIM;

12:05PM 17   IS THAT CORRECT?

12:05PM 18   A.   CORRECT.

12:05PM 19   Q.   AT THE TOP OF THIS PAGE, DO YOU SEE THAT THERE'S A FAX

12:05PM 20   STAMP, OR A FAX STAMP LEGEND ACROSS THE TOP?

12:05PM 21   A.   YES.

12:05PM 22   Q.   WITH A DATE?

12:05PM 23   A.   YES, I DO.

12:05PM 24   Q.   SORRY.  WITH THE DATE INDICATING THAT IT WAS SENT ON

12:06PM 25   MAY 11TH, 2015?

TOMPKINS DIRECT BY MR. BOSTIC

12:06PM  1    A.   YES, I DO.

12:06PM  2    Q.   AND DO YOU SEE NEXT TO THAT IS WRITTEN THERANOS FAX

12:06PM  3    SERVER?

12:06PM  4    A.   YES.

12:06PM  5    Q.   AND DO YOU SEE A LITTLE FURTHER DOWN ON THE RIGHT-HAND

12:06PM  6    SIDE OF THE PAGE THERE'S SOME CONTACT INFORMATION FOR THERANOS

12:06PM  7    LISTING A FAX NUMBER?

12:06PM  8    A.   YES, I DO.

12:06PM  9    Q.   AND DO YOU SEE THAT THAT FAX NUMBER BEGINS WITH A 650 AREA

12:06PM  10   CODE?

12:06PM  11   A.   YES, I DO.

12:06PM  12   Q.   LET'S GO DOWN AND LOOK AT THE RESULTS THEMSELVES, AND

12:06PM  13   SPECIFICALLY AT A SECTION THAT IS LABELLED SUMMARY OF ABNORMAL

12:06PM  14   RESULTS.

12:06PM  15       DO YOU SEE THAT?

12:06PM  16   A.   I DO, YES.

12:06PM  17   Q.   AND LISTED THERE AT THE VERY TOP IS A TEST NAME LABELED

12:06PM  18   HIV-1 PLUS 2 AB.

12:06PM  19       DO YOU SEE THAT?

12:06PM  20   A.   YES.

12:06PM  21   Q.   AND THE RESULT FOR THAT TEST IS LISTED AS REACTIVE.

12:06PM  22       DO YOU SEE THAT?

12:06PM  23   A.   YES, I DO.

12:06PM  24   Q.   AND THAT RESULT IS FLAGGED BECAUSE OF THE REACTIVE RETURN.

12:06PM  25       DO YOU SEE THAT?

12:06PM  1    A.   YES.

12:06PM  2    Q.   DO YOU REMEMBER RECEIVING THIS RESULT IN MAY OF 2015?

12:07PM  3    A.   YES.

12:07PM  4    Q.   AND WHAT WAS YOUR REACTION TO SEEING THIS REACTIVE RESULT

12:07PM  5    AT THAT TIME?  DID IT SURPRISE YOU?

12:07PM  6    A.   IT SURPRISED AND TERRIFIED ME.

12:07PM  7    Q.   BASED ON YOUR MEDICAL HISTORY UP UNTIL THAT POINT -- LET

12:07PM  8    ME ASK, HAD YOU EVER BEEN DIAGNOSED WITH HIV OR AIDS?

12:07PM  9    A.   NO.

12:07PM  10   Q.   HAVE YOU EVER BEEN DIAGNOSED WITH HIV OR AIDS?

12:07PM  11   A.   NO.

12:07PM  12   Q.   HAVE YOU EVER EXPERIENCED ANY SYMPTOMS ATTRIBUTED TO HIV

12:07PM  13   OR AIDS?

12:07PM  14   A.   NO.

12:07PM  15   Q.   HAVE YOU EVER RECEIVED TREATMENT FOR HIV OR AIDS?

12:07PM  16   A.   NO.

12:07PM  17   Q.   LET'S LOOK AT A LITTLE FURTHER DOWN, IT MIGHT BE ON THE

12:07PM  18   NEXT PAGE OF THIS EXHIBIT, AND IN THE MIDDLE OF THE PAGE YOU

12:07PM  19   SEE THERE'S A BREAKDOWN FOR A SERIES OF HIV TESTS THAT WERE RUN

12:07PM  20   ON YOUR SAMPLE?

12:07PM  21   A.   YES, I SEE THAT.

12:08PM  22   Q.   AND DO YOU SEE THAT THE TEST FOR HIV-1 PLUS 2 ANTIBODIES

12:08PM  23   HAS THAT REACTIVE LABEL NEXT TO IT?

12:08PM  24   A.   YES, I SEE THAT.

12:08PM  25   Q.   DO YOU SEE THAT THE OTHER TESTS FOR HIV-1 ANTIBODIES,

12:08PM   1    HIV-2 ANTIBODIES, AND HIV-1 RNA ARE ALL LISTED AS NON-REACTIVE

12:08PM   2    OR NOT DETECTED?

12:08PM   3    A.   YES, I SEE THAT.

12:08PM   4    Q.   THEN LET'S GO DOWN TO THE BOTTOM UNDER NOTES, THIS MIGHT

12:08PM   5    BE ON THE FOLLOWING PAGE, AND THERE'S A BOX UNDER HIV-1 RNA,

12:08PM   6    AND THEN UNDER THAT BOX DO YOU SEE THERE'S A SECTION CALLED LAB

12:08PM   7    NOTES?

12:08PM   8    A.   YES.

12:08PM   9    Q.   AND IT READS THERE, "HIV ANTIBODIES WERE NOT CONFIRMED AND

12:08PM   10   HIV-1 RNA WAS NOT DETECTED.  NO LABORATORY EVIDENCE OF HIV-1

12:08PM   11   INFECTION.  FOLLOW-UP TESTING FOR HIV-2 SHOULD BE PERFORMED IF

12:08PM   12   CLINICALLY INDICATED."

12:08PM   13        DO YOU SEE THAT?

12:09PM   14   A.   YES, I DO.

12:09PM   15   Q.   LET'S GO BACK TO THE FIRST PAGE, AND GO BACK TO THAT

12:09PM   16   REACTIVE RESULT FOR HIV-1 PLUS 2 ANTIBODIES?

12:09PM   17   A.   YES.

12:09PM   18   Q.   OKAY.  DO YOU SEE THAT ON THE SCREEN IN FRONT OF YOU?

12:09PM   19   A.   YES, I DO.

12:09PM   20   Q.   BASED ON YOUR KNOWLEDGE OF YOUR MEDICAL HISTORY, ARE YOU

12:09PM   21   AWARE OF ANY REASON WHY HIV ANTIBODIES WOULD BE PRESENT IN YOUR

12:09PM   22   BLOOD, OR WOULD HAVE BEEN IN MAY OF 2015?

12:09PM   23   A.   NO, I AM NOT.  AND I KNOW THAT PROBABLY SEEMS LIKE A

12:09PM   24   STRANGE RESPONSE, BUT I AM NOT.  I HAVE NO REASON TO THINK THAT

12:09PM   25   THEY WOULD BE IN MY BLOODSTREAM.

12:09PM 1    Q.   FOLLOWING THE RECEIPT OF THIS RESULT, WHAT ACTION DID YOU

12:09PM 2    TAKE, IF ANY?

12:09PM 3    A.   I FOLLOWED UP WITH -- WELL, I SPOKE TO MY DOCTOR FOR

12:09PM 4    AWHILE, AND THEN I FOLLOWED UP WITH THERANOS DIRECTLY, AND --

12:09PM 5    UH-HUH.

12:09PM 6    Q.   I'M SORRY.  YOU CAN FINISH YOUR ANSWER.  I DIDN'T MEAN TO

12:09PM 7    TALK OVER YOU.

12:09PM 8    A.   I DIDN'T MEAN TO TALK OVER YOU EITHER.

12:10PM 9         AND I SPOKE TO A CUSTOMER SERVICE AGENT TRYING TO GET SOME

12:10PM 10   MORE INFORMATION.

12:10PM 11   Q.   THAT CALL TO THERANOS, WHY DID YOU DECIDE TO MAKE THAT

12:10PM 12   CALL?

12:10PM 13   A.   BECAUSE I WAS CONFUSED AND FRIGHTENED AND WANTED TO SEE IF

12:10PM 14   THERE WAS SOME INFORMATION I COULD GET THAT WOULD EXPLAIN WHY

12:10PM 15   THIS INFORMATION WAS GIVEN TO ME, WHY THESE -- LIKE, HOW COULD

12:10PM 16   THIS CONSULT BE POSSIBLE?

12:10PM 17   Q.   AND DURING THAT CALL WITH THERANOS, DO YOU RECALL SPEAKING

12:10PM 18   TO A MEDICAL PROFESSIONAL AT ANY POINT?

12:10PM 19   A.   INITIALLY I HAD NO MEMORY OF SPEAKING TO ANYONE BESIDES

12:10PM 20   THE CUSTOMER SERVICE AGENT.

12:10PM 21        IN THE TRIAL WITH MS. HOLMES, HOWEVER, I WAS PRESENTED

12:10PM 22   WITH AN EXCHANGE OF --

12:10PM 23            MR. COOPERSMITH:  YOUR HONOR, OBJECTION.  IF WE

12:10PM 24   COULD JUST LIMIT THIS ANSWER.

12:10PM 25            THE COURT:  WHY DON'T YOU ASK ANOTHER QUESTION?

12:10PM  1              MR. BOSTIC:  SURE.

12:10PM  2              THE WITNESS:  OKAY.

12:10PM  3      BY MR. BOSTIC:

12:10PM  4      Q.   SO, MS. TOMPKINS, IF I COULD JUST ASK YOU TO TESTIFY BASED

12:11PM  5      ON YOUR MEMORY SITTING HERE TODAY --

12:11PM  6      A.   RIGHT.

12:11PM  7      Q.   -- DO YOU HAVE A RECOLLECTION OF SPEAKING TO A MEDICAL

12:11PM  8      PROFESSIONAL AT THERANOS?  AND I'M NOT ASKING HOW YOU LEARNED

12:11PM  9      OR HOW YOU WERE REFRESHED.

12:11PM  10     A.   RIGHT.  I HAVE A RECOLLECTION OF SPEAKING TO A SECOND

12:11PM  11     PERSON.  I DO NOT KNOW THAT THAT SECOND PERSON WAS A MEDICAL

12:11PM  12     PROFESSIONAL.

12:11PM  13     Q.   LET ME ASK A MORE GENERAL QUESTION.

12:11PM  14          IN THE CONVERSATIONS THAT YOU HAD WITH EITHER OF THE, IT

12:11PM  15     SOUNDS LIKE, TWO PEOPLE THAT YOU SPOKE TO AT THERANOS --

12:11PM  16     A.   UH-HUH.

12:11PM  17     Q.   -- DURING THOSE CONVERSATIONS, DID YOU RECEIVE AN

12:11PM  18     EXPLANATION FOR OR A CORRECTION FOR YOUR LAB RESULTS THAT YOU

12:11PM  19     FOUND SATISFYING?

12:11PM  20     A.   NO.

12:11PM  21     Q.   WHAT DO YOU REMEMBER ABOUT THOSE CONVERSATIONS?

12:11PM  22     A.   I WAS VERY EMOTIONAL AT THE TIME, AND I REMEMBER WHEN I

12:11PM  23     HAD THE FIRST CONVERSATION WITH THE CUSTOMER SERVICE AGENT

12:12PM  24     ASKING HER, ASKING HER THINGS THAT SHOULD HAVE BEEN ASKED OF A

12:12PM  25     MEDICAL PROFESSIONAL, AND HER SAYING, MA'AM, I'M JUST A

12:12PM   1    CUSTOMER SERVICE AGENT, LET ME REMIND YOU OF THAT.  LIKE, THESE

12:12PM   2    ARE NOT THINGS THAT I CAN ANSWER FOR YOU, WHICH I UNDERSTAND.

12:12PM   3         BUT THE LITTLE I REMEMBER ABOUT THE SECOND PERSON WAS THAT

12:12PM   4    THERE WAS MENTION OF THE ALGORITHM AT SOME POINT, BUT IT DIDN'T

12:12PM   5    MAKE MUCH SENSE TO ME.  IT DIDN'T ANSWER MY QUESTIONS, IF THAT

12:12PM   6    MAKES SENSE.

12:12PM   7    Q.   AFTER YOU GOT THESE RESULTS BACK AND SPOKE TO THERANOS,

12:12PM   8    DID YOU TAKE ANY ADDITIONAL ACTIONS TO TRY TO CONFIRM THAT TEST

12:12PM   9    RESULT?

12:12PM   10   A.   WITH THERANOS?

12:12PM   11   Q.   OR WITH ANOTHER --

12:12PM   12   A.   FOLLOWUP?  YES, I WAS ABLE TO GET AN EXAMINATION ABOUT

12:12PM   13   THREE MONTHS LATER AT A WOMEN'S CLINIC.

12:12PM   14   Q.   AND DID THAT EXAMINATION INCLUDE A TEST FOR HIV?

12:13PM   15   A.   YES.

12:13PM   16   Q.   AND DO YOU RECALL WHAT THE RESULT WAS?

12:13PM   17   A.   NEGATIVE.

12:13PM   18   Q.   AND DO YOU TODAY STILL HAVE A COPY OF THOSE RESULTS?

12:13PM   19   A.   NO.  I WAS NOT ABLE TO TRACK THOSE DOWN.

12:13PM   20   Q.   I'LL ASK YOU TO TURN TO TAB 5484 IN YOUR BINDER, PLEASE.

12:13PM   21   A.   OKAY.

12:13PM   22   Q.   AND AT 5484, DO YOU SEE A LAB REPORT FOR A TEST THAT YOU

12:13PM   23   HAD DONE AROUND AUGUST 10TH OF 2021?

12:13PM   24   A.   YES.

12:13PM   25        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5484.

12:13PM 1          MR. COOPERSMITH:  NOTHING BEYOND WHAT WAS PREVIOUSLY

12:13PM 2    DISCUSSED BEFORE, YOUR HONOR.

12:13PM 3          THE COURT:  ALL RIGHT.  THANK YOU.

12:13PM 4       THIS IS ADMITTED AND MAY BE PUBLISHED.

12:13PM 5       (GOVERNMENT'S EXHIBIT 5484 WAS RECEIVED IN EVIDENCE.)

12:13PM 6    BY MR. BOSTIC:

12:13PM 7    Q.   SO, MS. TOMPKINS, DO YOU SEE THAT IT INDICATES AT THE TOP

12:13PM 8    THIS IS FROM CONTRA COSTA HEALTH SERVICES?

12:13PM 9    A.   YES.

12:13PM 10   Q.   WERE YOU RESIDING OR STAYING IN THE CONTRA COSTA AREA IN

12:14PM 11   AUGUST OF 2021?

12:14PM 12   A.   YES, I WAS.

12:14PM 13   Q.   AND DO YOU SEE YOUR NAME THERE AT THE TOP?

12:14PM 14   A.   YES.

12:14PM 15   Q.   AND THIS IS LABELED "HUMAN IMMUNODEFICIENCY VIRUS (HIV)

12:14PM 16   ANTIGEN/ANTIBODY TEST RESULTS."

12:14PM 17       DO YOU SEE THAT?

12:14PM 18   A.   YES.

12:14PM 19   Q.   AND LET'S LOOK AT THE RESULTS.  LET'S GO DOWN A LITTLE

12:14PM 20   BIT.

12:14PM 21       DO YOU SEE FROM YOUR TEST IN AUGUST OF 2021, THE RESULT

12:14PM 22   REPORTED BACK WAS NEGATIVE.

12:14PM 23       DO YOU SEE THAT?

12:14PM 24   A.   YES, I DO.

12:14PM 25   Q.   I TAKE IT YOU WERE NOT SURPRISED BY THIS RESULT?

| | | |
|---|---|---|
| 12:14PM | 1 | A.   NO, I WAS NOT. |
| 12:14PM | 2 | Q.   NEXT TO THAT NEGATIVE CHECK IT READS, "EVIDENCE OF HIV |
| 12:14PM | 3 | ANTIGEN OR ANTIBODY WERE NOT DETECTED." |
| 12:14PM | 4 | DO YOU SEE THAT? |
| 12:14PM | 5 | A.   YES. |
| 12:14PM | 6 | Q.   FOLLOWING YOUR EXPERIENCE WITH THERANOS, DID YOU CONTINUE |
| 12:14PM | 7 | TO USE THAT LAB FOR TESTING AT ANY POINT? |
| 12:14PM | 8 | A.   THERANOS? |
| 12:14PM | 9 | Q.   YES. |
| 12:14PM | 10 | A.   NO. |
| 12:15PM | 11 | MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR? |
| 12:15PM | 12 | THE COURT:  YES. |
| 12:15PM | 13 | (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.) |
| 12:15PM | 14 | MR. BOSTIC:  NOTHING FURTHER.  THANK YOU. |
| 12:15PM | 15 | THE COURT:  CROSS-EXAMINATION? |
| 12:15PM | 16 | **CROSS-EXAMINATION** |
| 12:15PM | 17 | BY MR. COOPERSMITH: |
| 12:15PM | 18 | Q.   GOOD AFTERNOON, MS. TOMPKINS. |
| 12:15PM | 19 | A.   GOOD AFTERNOON, SIR. |
| 12:15PM | 20 | Q.   MY NAME IS JEFF COOPERSMITH, AND I REPRESENT MR. BALWANI |
| 12:15PM | 21 | IN THIS CASE. |
| 12:15PM | 22 | I'M GOING TO ASK YOU SOME QUESTIONS TO FOLLOW UP ON SOME |
| 12:15PM | 23 | THINGS THAT MR. BOSTIC ASKED YOU ABOUT.  OKAY? |
| 12:15PM | 24 | A.   UH-HUH, YES. |
| 12:15PM | 25 | Q.   THANK YOU. |

12:16PM   1          SO JUST TO MAKE SURE I UNDERSTAND, YOU HAD A BLOOD TEST

12:16PM   2    WITH THERANOS IN MAY OF 2015?

12:16PM   3    A.   CORRECT.

12:16PM   4    Q.   AND YOU GOT THAT THROUGH YOUR DOCTOR, WHICH WAS

12:16PM   5    DR. GERALD ASIN?

12:16PM   6    A.   CORRECT.

12:16PM   7    Q.   OKAY.  AND BEFORE THAT, YOU HAD NOT USED THERANOS BEFORE?

12:16PM   8    A.   NO, I HAD NOT.

12:16PM   9    Q.   AND THE BLOOD TEST THAT YOU ACTUALLY GOT, DID YOU GET THAT

12:16PM   10   AT A WALGREENS STORE?

12:16PM   11   A.   YES.

12:16PM   12   Q.   AND IT WAS A DRAW FROM YOUR VEIN IN YOUR ARM; IS THAT

12:16PM   13   RIGHT?

12:16PM   14   A.   CORRECT.

12:16PM   15   Q.   OKAY.  AND WHOSE IDEA WAS IT TO GET THE HIV TEST, YOU OR

12:16PM   16   DR. ASIN?

12:16PM   17   A.   OH, ME.

12:16PM   18   Q.   OKAY.  MS. TOMPKINS, LET'S JUST GO TO YOUR TEST RESULT FOR

12:16PM   19   A MINUTE.

12:16PM   20       SO THE GOVERNMENT SHOWED YOU EXHIBIT 5483.  AND IF YOU

12:17PM   21   COULD TURN TO THAT.  IT WILL ALSO BE ON THE SCREEN.  WHATEVER

12:17PM   22   YOUR PREFERENCE IS.

12:17PM   23       AND IF WE COULD LOOK AT PAGE 2 FOR STARTERS.

12:17PM   24       DO YOU SEE THAT SECTION THAT YOU REVIEWED WITH MR. BOSTIC

12:17PM   25   WHERE IT HAS THE FOUR RESULTS STARTING WITH HIV-1 PLUS 2 AB,

12:17PM  1    AND THEN CONTINUING WITH THE LAST ONE, HIV-1 RNA.

12:17PM  2        DO YOU SEE THAT?

12:17PM  3    A.   YES, I SEE THAT.

12:17PM  4    Q.   AND JUST SO WE UNDERSTAND IT, THESE RESULTS WERE ALL FROM

12:17PM  5    THAT ONE SINGLE VENOUS DRAW BLOOD TEST YOU HAD AT THE WALGREENS

12:17PM  6    STORE; RIGHT?

12:17PM  7    A.   YES, THEY WERE NOT MULTIPLE DRAWS THAT I RECALL.

12:17PM  8    Q.   RIGHT.

12:17PM  9    A.   UH-HUH.

12:17PM  10   Q.   THANK YOU.  IN OTHER WORDS, YOU DID NOT GO TO THERANOS

12:17PM  11   FOUR DIFFERENT TIMES TO GET THESE FOUR?

12:17PM  12   A.   NO, NO.

12:17PM  13   Q.   SO YOU GOT THESE RESULTS ALL AT ONCE; RIGHT?

12:17PM  14   A.   YES.

12:17PM  15   Q.   OKAY.  AND THE ONE THAT -- AND THEY WERE SENT TO YOUR

12:17PM  16   DOCTOR'S OFFICE; RIGHT?

12:17PM  17   A.   CORRECT.

12:17PM  18   Q.   AND THEN THE DOCTOR IN TURN REVIEWED THE RESULTS WITH YOU?

12:18PM  19   A.   YES.

12:18PM  20   Q.   OKAY.  SO YOU HAD THE DOCTOR TO TALK TO TO ASK ANY

12:18PM  21   QUESTIONS THAT YOU MIGHT WANT TO ASK; RIGHT?

12:18PM  22   A.   I MEAN, SORT OF.  I'M NOT QUITE SURE WHAT YOU MEAN BY

12:18PM  23   THAT.  I -- YES, HE'S A MEDICAL PROFESSIONAL, AND WE WERE BOTH

12:18PM  24   SURPRISED BY THE RESULTS.

12:18PM  25   Q.   RIGHT.  AND YOU HAD A CONVERSATION WITH HIM ABOUT THIS?

12:18PM  1    A.   YES.

12:18PM  2    Q.   OKAY.  AND IF YOU GO TO THE PAGE 3 OF THE DOCUMENT, YOU

12:18PM  3    SEE THERE'S A SENTENCE THERE, AND I WON'T READ THE WHOLE THING

12:18PM  4    OVER, OF COURSE MR. BOSTIC DID THAT, BUT THERE'S ONE SENTENCE

12:18PM  5    THAT SAYS NO LABORATORY EVIDENCE OF HIV-1 INFECTION.

12:18PM  6         DO YOU SEE THAT?

12:18PM  7    A.   YES, I DO.

12:18PM  8    Q.   SO THAT MEANS THAT GOOD, YOU DIDN'T HAVE HIV; RIGHT?

12:18PM  9              MR. BOSTIC:  OBJECTION.  FOUNDATION.

12:18PM  10             THE COURT:  SUSTAINED.

12:19PM  11   BY MR. COOPERSMITH:

12:19PM  12   Q.   WELL, IS THAT WHAT YOU UNDERSTOOD THAT YOUR LAB NOTES

12:19PM  13   SAID, NO EVIDENCE OF HIV-1 INFECTION?

12:19PM  14   A.   AT THE TIME, NO, I DON'T THINK I DID UNDERSTAND THAT

12:19PM  15   BECAUSE THE RESULTS SHOWED REACTIVE.

12:19PM  16   Q.   BUT YOU SEE THE LAB NOTE; RIGHT?

12:19PM  17   A.   I SEE THE LAB NOTE HERE, YES.

12:19PM  18   Q.   OKAY.  I WANT TO SHOW YOU A DIFFERENT EXHIBIT SO WE CAN

12:19PM  19   TRY TO UNDERSTAND THIS, AND IT'S EXHIBIT 206 -- I'M SORRY --

12:19PM  20   20683.  I'M GOING TO HAVE TO HAND YOU A BINDER BECAUSE IT'S NOT

12:19PM  21   IN THE ONE YOU HAVE.

12:19PM  22   A.   OH, OKAY.

12:19PM  23             MR. COOPERSMITH:  MAY I APPROACH, YOUR HONOR?

12:19PM  24             THE COURT:  YES.

12:19PM  25             MR. COOPERSMITH:  (HANDING.)

| | | |
|---|---|---|
| 12:20PM | 1 | THE COURT:  WOULD YOU STATE THE NUMBER AGAIN, |
| 12:20PM | 2 | PLEASE. |
| 12:20PM | 3 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 12:20PM | 4 | IT'S 20683.  20683. |
| 12:20PM | 5 | YOUR HONOR, PURSUANT TO OUR DISCUSSION, WE ARE OFFERING |
| 12:20PM | 6 | THE ADMISSION OF PAGES 1 AND 9 OF THE DOCUMENT. |
| 12:20PM | 7 | AND I BELIEVE WITHOUT OBJECTION IN THAT REGARD. |
| 12:20PM | 8 | MR. BOSTIC:  NO OBJECTION, YOUR HONOR. |
| 12:20PM | 9 | THE COURT:  ALL RIGHT.  THOSE PAGES ARE ADMITTED, |
| 12:21PM | 10 | AND THEY MAY BE PUBLISHED. |
| 12:21PM | 11 | (DEFENDANT'S EXHIBIT 20683, PAGES 1 AND 9, WAS RECEIVED IN |
| 12:21PM | 12 | EVIDENCE.) |
| 12:21PM | 13 | BY MR. COOPERSMITH: |
| 12:21PM | 14 | Q.  OKAY.  LET'S START WITH PAGE 1. |
| 12:21PM | 15 | DO YOU SEE ON PAGE 1 THIS DOCUMENT IS CALLED LABORATORY |
| 12:21PM | 16 | TESTING FOR THE DIAGNOSIS OF HIV INFECTION; RIGHT? |
| 12:21PM | 17 | A.  YES. |
| 12:21PM | 18 | Q.  AND THEN AT THE VERY BOTTOM, IF WE JUST BLOW THAT UP, YOU |
| 12:21PM | 19 | SEE THIS IS SOMETHING THAT IS PUBLISHED BY THE CENTERS FOR |
| 12:21PM | 20 | DISEASE CONTROL AND PREVENTION. |
| 12:21PM | 21 | DO YOU SEE THAT? |
| 12:21PM | 22 | A.  YES, I DO. |
| 12:21PM | 23 | Q.  AND DO YOU UNDERSTAND THAT THAT IS A FEDERAL AGENCY THAT |
| 12:21PM | 24 | WORKS ON INFECTIOUS DISEASE IN THE UNITED STATES? |
| 12:21PM | 25 | A.  YES, I DO. |

5996

12:21PM   1    Q.   OKAY.  LET'S TURN TO PAGE 9.

12:21PM   2         DO YOU SEE THERE THAT THERE'S A DIAGRAM?

12:21PM   3    A.   YES, I SEE IT.

12:21PM   4    Q.   AND THEN THE DIAGRAM IS HEADED "RECOMMENDED LABORATORY HIV

12:21PM   5    TESTING ALGORITHM FOR SERUM OR PLASMA SPECIMENS"?

12:21PM   6    A.   YES, I SEE THAT.

12:21PM   7    Q.   OKAY.  SO IN THE CDC DIAGRAM, YOU SEE AT THE TOP IT STARTS

12:22PM   8    OUT WITH "HIV-1/2 ANTIGEN/ANTIBODY COMBINATION IMMUNOASSAY."

12:22PM   9         DO YOU SEE THAT?

12:22PM  10    A.   YES.

12:22PM  11    Q.   OKAY.  AND MR. TIEDEMANN, CAN YOU PUT ON THE SCREEN THE

12:22PM  12    PREVIOUS EXHIBIT WE WERE LOOKING AT, WHICH IS 5483, AND IN

12:22PM  13    PARTICULAR PAGE 2.

12:22PM  14         AND THEN IF WE CAN BLOW UP THE RESULTS FOR THOSE FOUR

12:22PM  15    RESULTS IN THE MIDDLE.

12:22PM  16         THANK YOU.  ALL RIGHT.

12:22PM  17         SO COMPARING THE TWO DOCUMENTS, DO YOU SEE THAT "HIV-1/2

12:22PM  18    ANTIGEN/ANTIBODY COMBINATION IMMUNOASSAY," YOU SEE THAT ON THE

12:22PM  19    LEFT-HAND SIDE?

12:22PM  20    A.   YES.

12:22PM  21    Q.   AND THEN THAT'S FROM THE CENTERS FOR DISEASE CONTROL

12:22PM  22    PUBLICATION; RIGHT?

12:23PM  23         AND THEN ON THE RIGHT-HAND SIDE IS YOUR TEST RESULT AND IT

12:23PM  24    SAYS HIV-1 PLUS 2 AB.

12:23PM  25         DO YOU SEE THAT?

12:23PM 1    A.   YES, I DO SEE THAT.

12:23PM 2    Q.   OKAY.  AND THAT'S THE ONE THAT SAID REACTIVE; RIGHT?

12:23PM 3    A.   CORRECT.

12:23PM 4    Q.   OKAY.  AND THEN IF YOU GO BACK TO THE LEFT-HAND SIDE, THE

12:23PM 5    CDC PUBLICATION, DO YOU SEE THAT IT SAYS THERE'S TWO CHOICES,

12:23PM 6    EITHER PLUS OR MINUS.

12:23PM 7         DO YOU SEE THAT?

12:23PM 8    A.   YES.

12:23PM 9    Q.   AND IF IT'S MINUS, THEN IT SAYS BELOW THAT, NEGATIVE FOR

12:23PM 10   HIV-1 AND HIV-2 ANTIBODIES AND P24 AB.

12:23PM 11        DO YOU SEE THAT?

12:23PM 12   A.   YES.

12:23PM 13   Q.   AND THEN ON THE LEFT SIDE OF THE PLUS OR MINUS, IT ALSO

12:23PM 14   HAS A PLUS OPTION.

12:23PM 15        DO YOU SEE THAT?

12:23PM 16   A.   YES, I SEE THAT.

12:23PM 17   Q.   AND THEN IF YOU GO DOWN BELOW THE PLUS OPTION, THERE ARE

12:24PM 18   OTHER THINGS THAT WOULD HAVE TO BE DONE IN THAT EVENT; RIGHT?

12:24PM 19   A.   UH-HUH.

12:24PM 20   Q.   AND THEN THE NEXT THING THAT HAPPENS ON THE CDC FLOW CHART

12:24PM 21   IS "HIV-1/HIV-2 ANTIBODY DIFFERENTIATION IMMUNOASSAY."

12:24PM 22        DO YOU SEE THAT?

12:24PM 23   A.   YES, I DO.

12:24PM 24   Q.   OKAY.  AND THEN IF YOU GO TO YOUR PATIENT RESULTS ON THE

12:24PM 25   RIGHT SIDE, YOU SEE THERE ARE TWO ADDITIONAL TESTS THAT ARE THE

12:24PM  1      SECOND AND THIRD TESTS, HIV-1 AB.

12:24PM  2          DO YOU SEE THAT?

12:24PM  3      A.   YES.

12:24PM  4      Q.   AND THEN SEPARATELY HIV-2 AB.

12:24PM  5          DO YOU SEE THAT?

12:24PM  6      A.   YES, I DO.

12:24PM  7      Q.   AND THE RESULT FOR BOTH OF THOSE IS NONREACTIVE?

12:24PM  8      A.   THAT'S CORRECT.

12:24PM  9      Q.   OKAY.  LET'S GO BACK TO THE OTHER SIDE CDC PUBLICATION,

12:24PM  10     AND YOU SEE WHAT THE CDC PROTOCOL IS FOR VARIOUS SCENARIOS

12:24PM  11     DEPENDING ON WHAT HAPPENS WITH THE HIV-1 AND THE HIV-2 TESTS.

12:24PM  12         SO THE FIRST EXAMPLE ON THE LEFT SIDE IS HIV-1 IS POSITIVE

12:25PM  13     AND HIV-2 IS NEGATIVE; RIGHT?

12:25PM  14     A.   YES, I SEE THAT.

12:25PM  15     Q.   AND THEN GOING TO THE RIGHT, IT SAYS HIV-1 IS NEGATIVE AND

12:25PM  16     HIV-2 IS POSITIVE.

12:25PM  17         DO YOU SEE THAT?

12:25PM  18     A.   YES, I SEE THAT.

12:25PM  19     Q.   AND ANOTHER SCENARIO IS BOTH WOULD BE POSITIVE; RIGHT?

12:25PM  20     A.   CORRECT.

12:25PM  21     Q.   RIGHT.  AND THEN THE FOURTH SCENARIO ON THE LINE THAT

12:25PM  22     WE'RE LOOKING AT IS HIV-1 IS NEGATIVE OR INDETERMINATE AND

12:25PM  23     HIV-2 IS NEGATIVE.

12:25PM  24         DO YOU SEE THAT?

12:25PM  25     A.   YES.

12:25PM  1    Q.   AND IF WE GO TO YOUR PATIENT RESULTS, BOTH OF YOUR HIV-1

12:25PM  2    AND HIV-2 AB RESULTS WERE NONREACTIVE; RIGHT?

12:25PM  3    A.   CORRECT.

12:25PM  4    Q.   AND THEN IF WE GO BACK TO THE LEFT-HAND SIDE, THE CDC

12:26PM  5    PROTOCOL, YOU SEE BELOW THE BOTH NEGATIVE LINE THAT WE WERE

12:26PM  6    JUST LOOKING AT THAT THERE'S ANOTHER STEP, WHICH IS THE HIV-1

12:26PM  7    NAT.

12:26PM  8        DO YOU SEE THAT?

12:26PM  9    A.   YES, AND I DON'T KNOW WHAT THAT IS BECAUSE IT'S NOWHERE --

12:26PM  10   Q.   RIGHT.  SO IF WE GO TO THE LEFT-HAND SIDE OF THE SAME BOX,

12:26PM  11   AT THE VERY BOTTOM DO YOU SEE THERE'S A NOTATION THAT SAYS NAT?

12:26PM  12   A.   OH, GOT IT.

12:26PM  13   Q.   AND WHAT DOES IT SAY AFTER THAT?

12:26PM  14   A.   NUCLEIC ACID TEST, AND SO OF COURSE THAT'S WHAT NAT IS.

12:26PM  15   Q.   RIGHT.

12:26PM  16   A.   SORRY.  IT TOOK ME A MOMENT.

12:26PM  17   Q.   NO PROBLEM.

12:26PM  18       AND THEN AFTER THAT TEST, IF WE GO TO THE RIGHT-HAND SIDE,

12:26PM  19   HIV-1 NAT -- I'M SORRY, ON THE CDC CHART -- WELL, OKAY, LET'S

12:26PM  20   GO TO YOUR PATIENT RESULT.

12:26PM  21       DO YOU SEE THERE'S AN HIV-1 RNA RESULT?

12:26PM  22   A.   YES, I DO.

12:26PM  23   Q.   AND THAT'S NOT DETECTED; RIGHT?

12:26PM  24   A.   CORRECT.

12:26PM  25   Q.   AND YOU UNDERSTAND THAT'S A -- I THINK YOU SAID YOU

TOMPKINS CROSS BY MR. COOPERSMITH                    6000

12:27PM  1    UNDERSTOOD WHAT RNA WAS?

12:27PM  2    A.   YES, I UNDERSTAND WHAT RNA IS.

12:27PM  3    Q.   YES.  AND THAT'S BASICALLY LIKE A PCR TEST.

12:27PM  4         ARE YOU FAMILIAR WITH THAT TERM?

12:27PM  5    A.   PCR?  NO, I DON'T BELIEVE SO.

12:27PM  6    Q.   OKAY.  ARE YOU FAMILIAR WITH COVID PROTOCOLS THAT WE'VE

12:27PM  7    ALL BEEN UNFORTUNATELY GOING THROUGH?

12:27PM  8    A.   YES.

12:27PM  9    Q.   AND ARE YOU FAMILIAR WITH THE FAST RAPID TEST?

12:27PM  10   A.   YES, I AM.

12:27PM  11   Q.   AND ARE YOU FAMILIAR WITH THE CONFIRMATORY TEST THAT YOU

12:27PM  12   CAN DO AND WAIT A DAY OR SO FOR?

12:27PM  13   A.   YES, YES.

12:27PM  14   Q.   AND DO YOU UNDERSTAND THAT THAT CONFIRMATORY TEST IS A PCR

12:27PM  15   OR NUCLEIC ACID TEST?

12:27PM  16   A.   NO.

12:27PM  17   Q.   YOU DON'T KNOW THAT?

12:27PM  18   A.   NO, I DON'T KNOW THAT.

12:27PM  19   Q.   OKAY.  THAT'S FINE.

12:27PM  20        ANYWAY, YOU SEE THAT, GOING TO THE LEFT-HAND SIDE, THE CDC

12:27PM  21   PROTOCOL, THEN IT HAS AFTER THE HIV-1 NUCLEIC ACID TEST, NAT,

12:27PM  22   THEN IT HAS TWO CHOICES, RIGHT, HIV-1 NAT POSITIVE, OR HIV-1

12:28PM  23   NAT NEGATIVE.

12:28PM  24        AND MR. TIEDEMANN, IF YOU CAN HIGHLIGHT THAT.

12:28PM  25        THOSE ARE THE TWO CHOICES; RIGHT?

12:28PM   1    A.   CORRECT.

12:28PM   2    Q.   RIGHT.

12:28PM   3    A.   YES.

12:28PM   4    Q.   AND THEN IF IT'S HIV-1 NAT NEGATIVE, THEN THE FINAL THING

12:28PM   5    THERE IS NEGATIVE FOR HIV-1.

12:28PM   6         DO YOU SEE THAT?

12:28PM   7    A.   I DO.

12:28PM   8    Q.   OKAY.  WOULD YOU EXPECT YOUR DOCTOR TO BE FAMILIAR WITH

12:28PM   9    THE CENTER FOR DISEASE CONTROL PROTOCOL?

12:28PM  10         MR. BOSTIC:  OBJECTION.  CALLS FOR SPECULATION.

12:28PM  11    401.  403.

12:28PM  12         THE COURT:  IT DOES CALL FOR SPECULATION, DOESN'T

12:28PM  13    IT?

12:28PM  14         MR. COOPERSMITH:  OKAY.  I'LL ASK A DIFFERENT

12:28PM  15    QUESTION, YOUR HONOR.

12:28PM  16    Q.   MS. TOMPKINS, DO YOU KNOW IF DR. ASIN IS FAMILIAR WITH THE

12:28PM  17    CDC PROTOCOLS?

12:28PM  18         MR. BOSTIC:  401, 403, YOUR HONOR.

12:28PM  19         THE COURT:  UNLESS YOU LAY A FOUNDATION.

12:29PM  20         MR. COOPERSMITH:  I'M JUST ASKING HER PERSONAL

12:29PM  21    KNOWLEDGE.

12:29PM  22         THE COURT:  RIGHT.  UNLESS YOU LAY A FOUNDATION FOR

12:29PM  23    THE 401 OBJECTION.

12:29PM  24    BY MR. COOPERSMITH:

12:29PM  25    Q.   SURE.  AS FAR AS YOU KNOW, IS DR. ASIN A MEDICAL DOCTOR?

12:29PM  1      A.   YES.

12:29PM  2      Q.   OKAY.  YOU'RE CONFIDENT IN THAT?

12:29PM  3      A.   YES.

12:29PM  4      Q.   AND DO YOU UNDERSTAND THAT -- WELL, IN FACT, YOU GOT YOUR

12:29PM  5      HIV TEST THROUGH DR. ASIN; RIGHT?

12:29PM  6      A.   YES, I DID.

12:29PM  7      Q.   AND YOU HAD A CONVERSATION WITH HIM ABOUT THOSE; RIGHT?

12:29PM  8      A.   I DID.

12:29PM  9      Q.   OKAY.  NOW, YOU ALSO SAID ON DIRECT THAT YOU HAD A COUPLE

12:29PM 10      OF CONVERSATIONS WITH PEOPLE AT THERANOS; IS THAT RIGHT?

12:29PM 11      A.   I BELIEVE I HAD TWO, AND THEN I DIDN'T REMEMBER THE SECOND

12:29PM 12      ONE INITIALLY, BUT I DO BELIEVE I HAD TWO.

12:29PM 13      Q.   THANK YOU.

12:29PM 14           I WANT TO SHOW YOU AN EXHIBIT.  IT'S GOING TO BE IN THE

12:29PM 15      BINDER THAT I HANDED YOU, MS. TOMPKINS.

12:29PM 16      A.   UH-HUH.

12:29PM 17      Q.   AND THAT'S EXHIBIT 14259.

12:30PM 18      A.   DID YOU SAY 14?

12:30PM 19      Q.   YES.  SORRY.  IT'S EXHIBIT 14259.

12:30PM 20      A.   OH, OKAY.

12:30PM 21      Q.   AND DO YOU SEE THAT THIS IS AN EMAIL STRING FROM MAY 12TH

12:30PM 22      OF 2015?

12:30PM 23      A.   YES, I DO.

12:30PM 24      Q.   AND YOU'RE NOT ON THESE EMAILS; RIGHT?

12:30PM 25      A.   NO, I AM NOT.

12:30PM  1          MR. COOPERSMITH:  YOUR HONOR, WE OFFER EXHIBIT 14259

12:30PM  2   FOR THE FOLLOWING REASONS:  THE BATES NUMBER IS PART OF THE

12:30PM  3   STIPULATION WITH THE GOVERNMENT ON AUTHENTICITY AND WE OFFER IT

12:30PM  4   UNDER THE BUSINESS RECORDS EXCEPTION; 803(6) IN THAT FOUNDATION

12:30PM  5   HAS BEEN PREVIOUSLY LAID FOR EXACTLY THIS TYPE OF INTERNAL

12:31PM  6   EMAIL.

12:31PM  7          IN FACT, WITH THE PREVIOUS WITNESS, WE SAW AN INTERNAL

12:31PM  8   EMAIL LIKE THIS.

12:31PM  9          SO WE WOULD OFFER IT FOR THOSE REASONS.

12:31PM 10          MR. BOSTIC:  SO, YOUR HONOR, I WOULD OBJECT UNDER

12:31PM 11   HEARSAY, 801.  THERE ARE A COUPLE OF LAYERS OF HEARSAY HERE.  I

12:31PM 12   DON'T AGREE THE FOUNDATION HAS BEEN LAID.

12:31PM 13          THE COURT:  SO AUTHENTICITY HAS BEEN STIPULATED TO?

12:31PM 14          MR. BOSTIC:  CORRECT, YOUR HONOR.

12:31PM 15          THE COURT:  RIGHT.  SO THE REMAINING BASIS FOR

12:31PM 16   803(6), DID YOU WANT TO GO THROUGH THAT?  HOW DO YOU PROPOSE TO

12:31PM 17   DEAL WITH THAT?

12:31PM 18          MR. COOPERSMITH:  YES, YOUR HONOR.  SO TWO

12:31PM 19   POSSIBILITIES.

12:31PM 20          THIS WITNESS, MS. TOMPKINS, SHE DIDN'T WORK AT THERANOS,

12:31PM 21   SO SHE'S NOT GOING TO HAVE ANY KNOWLEDGE OF THE INTERNAL EMAILS

12:31PM 22   OF THERANOS, RIGHT.  I'M CONFIDENT OF THAT.

12:31PM 23          HOWEVER, WE THINK THAT, THROUGH THE PREVIOUS WITNESSES

12:31PM 24   THAT THE COURT HAS SEEN OVER THE COURSE OF THIS TRIAL, OVER AND

12:32PM 25   OVER AGAIN WE HAVE BEEN LAYING FOUNDATION FOR EXACTLY THIS TYPE

12:32PM  1    OF INTERNAL EMAIL DISCUSSING A PATIENT RESULT OR ADDRESSING

12:32PM  2    OTHER MATTERS WITHIN THE LABORATORY AT THERANOS.

12:32PM  3         SO WE THINK THAT'S ADEQUATE FOUNDATION UNDER 803(6).

12:32PM  4         IF FOR ANY REASON YOUR HONOR DOESN'T AGREE WITH THAT, WE

12:32PM  5    WOULD ALSO OFFER IT FOR A NONHEARSAY PURPOSE, NOTICE TO

12:32PM  6    MR. BALWANI OF THE MANNER IN WHICH THIS PARTICULAR MATTER WITH

12:32PM  7    MS. TOMPKINS WAS HANDLED, BECAUSE AS YOU CAN SEE, MR. BALWANI

12:32PM  8    IS ON THE EMAIL STRING.

12:32PM  9              THE COURT:  MR. BOSTIC.

12:32PM 10              MR. BOSTIC:  IT'S HEARSAY.  IT'S NOT JUST THIS

12:32PM 11    EMAIL.  THE EMAIL REFLECTS MULTIPLE CONVERSATIONS, AGAIN,

12:32PM 12    OUTSIDE OF COURT, INCLUDING BY INDIVIDUALS WHO ARE NOT

12:32PM 13    WITNESSES IN THIS CASE.

12:33PM 14         AND AS TO NOTICE, I DON'T THINK THAT MR. BALWANI'S NOTICE

12:33PM 15    OF THIS SPECIFIC INTERACTION IS RELEVANT UNDER 401.

12:33PM 16              THE COURT:  WELL, I HAD THAT THOUGHT AS WELL.

12:33PM 17         DO YOU WANT TO REDACT SOME OF THIS?  IT SEEMS LIKE THERE'S

12:33PM 18    MULTIPLE HEARSAY HERE.

12:33PM 19         IF YOU WANT TO ATTEMPT TO DO THAT, YOU CAN ASK OTHER

12:33PM 20    QUESTIONS WHILE YOU ATTEMPT TO DO THAT.

12:33PM 21              MR. COOPERSMITH:  YOUR HONOR, I CAN DO THAT.

12:33PM 22         I WOULD JUST SAY, THOUGH, THAT I THINK WE HAVE SEEN A

12:33PM 23    PLETHORA OF EXHIBITS WITH THE SAME MULTIPLE HEARSAY.  THAT'S

12:33PM 24    THE ESSENCE OF A BUSINESS RECORD.

12:33PM 25         AND I THINK THERE'S BEEN, INCLUDING WITH THE PREVIOUS

12:33PM   1      WITNESS, LOTS OF THESE DOCUMENTS THAT REFLECT INTERNAL

12:33PM   2      CONVERSATIONS.

12:33PM   3          BUT ON THE NOTICE ISSUE, IF I CAN QUICKLY ADDRESS THAT,

12:33PM   4      EVEN IF WE ENTER IT FOR THAT NONHEARSAY PURPOSE, I THINK THAT

12:33PM   5      THE NOTICE -- JUST TO BE VERY SPECIFIC, THIS IS THE GOVERNMENT

12:33PM   6      ARGUING THIS PARTICULAR ISSUE WITH MS. TOMPKINS'S HIV TEST, AND

12:33PM   7      THIS WOULD BE NOTICE TO MR. BALWANI OF SPECIFICALLY HOW THIS

12:33PM   8      VERY ISSUE WITH MS. TOMPKINS'S TEST WAS HANDLED AND HOW IT

12:34PM   9      SHOULD BE HANDLED BASED ON PEOPLE IN THE LAB TELLING HIM WHAT

12:34PM  10      THEY THOUGHT.

12:34PM  11          SO THAT IS, IN OUR VIEW, CLASSIC NOTICE TO MR. BALWANI.

12:34PM  12      EVEN IF IT CAN'T COME IN UNDER 801(3)(6), IT WOULD BE FOR THAT

12:34PM  13      NOTICE PURPOSE.

12:34PM  14              THE COURT:  I THINK THERE'S STILL SOME REDACTIONS

12:34PM  15      THAT NEED TO BE COMPLETED, AND MAYBE THAT LITTLE PARAGRAPH IS

12:34PM  16      SOMETHING THAT YOU SHOULD LOOK AT.

12:34PM  17          BUT IF YOU CAN ASK ANOTHER QUESTION WHILE YOU LOOK AT

12:34PM  18      THIS --

12:34PM  19              MR. COOPERSMITH:  WELL, YOUR HONOR, IF THE CONCERN

12:34PM  20      IS THE SECOND EMAIL IN THE STRING, WAS THAT THE COURT'S

12:34PM  21      CONCERN?

12:34PM  22              THE COURT:  FROM MR. FLOREY, IS THAT IT?

12:34PM  23              MR. COOPERSMITH:  WELL, OKAY.  YOU'RE TALKING ABOUT

12:34PM  24      THE EMAIL FROM MR. FLOREY?

12:34PM  25              THE COURT:  YES.

TOMPKINS CROSS BY MR. COOPERSMITH

12:34PM 1          MR. COOPERSMITH:  OKAY.

12:34PM 2      IF THE COURT WANTS TO REDACT THAT EMAIL, IT'S NOT MY

12:34PM 3  PREFERENCE, YOUR HONOR.  I THINK IT'S ADMISSIBLE FOR THE

12:34PM 4  PURPOSES THAT I GAVE.  BUT IF THAT'S THE COURT'S RULING, THEN

12:34PM 5  WE WOULD REDACT THAT EMAIL.

12:35PM 6          THE COURT:  IF THAT'S REDACTED, THEN I'LL ADMIT THIS

12:35PM 7  FOR NOTICE ONLY --

12:35PM 8          MR. COOPERSMITH:  OKAY.

12:35PM 9          THE COURT:  -- NOTICE TO YOUR CLIENT.  NOT FOR THE

12:35PM 10  TRUTH OF THE MATTER ASSERTED.

12:35PM 11          MR. COOPERSMITH:  OKAY.

12:35PM 12      AND I MIGHT ASK HER A QUESTION, NOT FROM THE DOCUMENT,

12:35PM 13  ABOUT THE MATTERS DISCUSSED IN THAT EMAIL THAT'S GOING TO BE

12:35PM 14  REDACTED.

12:35PM 15      BUT I UNDERSTAND THE DOCUMENT WILL BE ADMITTED WITHOUT

12:35PM 16  THAT PORTION.

12:35PM 17          THE COURT:  OKAY.

12:35PM 18          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:35PM 19      SO MAY WE PUBLISH THE REDACTED VERSION?

12:35PM 20          THE COURT:  YES.

12:35PM 21          MR. COOPERSMITH:  AND ARE WE CLEAR ON WHAT IS GOING

12:35PM 22  TO BE REDACTED?

12:35PM 23      (DEFENDANT'S EXHIBIT 14259, REDACTED, WAS RECEIVED IN

12:35PM 24  EVIDENCE.)

12:35PM 25  BY MR. COOPERSMITH:

12:35PM  1    Q.   OKAY.  NOW CAN YOU SEE THE EXHIBIT ON YOUR SCREEN,

12:35PM  2    MS. TOMPKINS?

12:35PM  3    A.   YES, I CAN.

12:35PM  4    Q.   SO LET'S GO TO THE VERY BOTTOM EMAIL THAT IS ON YOUR

12:35PM  5    SCREEN.  AND THAT'S FROM LAUREN TSUGAWA.

12:36PM  6         DO YOU SEE THAT?

12:36PM  7    A.   YES, I SEE IT.

12:36PM  8    Q.   AND SHE WRITES, "I JUST SPOKE WITH GUEST," AND YOU CAN

12:36PM  9    JUST MAKE OUT THE E AND THE T.

12:36PM  10        DO YOU SEE THAT?

12:36PM  11   A.   YES, I SEE THAT.

12:36PM  12   Q.   AND THAT'S YOUR INITIALS, E.T.?

12:36PM  13   A.   THOSE ARE MY INITIALS, YES.

12:36PM  14   Q.   OKAY.  AND THEN IT HAS AN ACC NUMBER.

12:36PM  15        AND IT GOES ON TO SAY, "SHE WANTS A CALL BACK TO EXPLAIN

12:36PM  16   WHY SHE TESTED NON-REACTIVE FOR HIV-1 AND 2, AND NOT DETECTED

12:36PM  17   FOR HIV-1 RNA BUT REACTIVE FOR HIV-1 PLUS 2.  SHE SAID SHE

12:36PM  18   ALREADY CALLED DR. ASIN AND HE TOLD HER TO CALL US."

12:36PM  19        DO YOU SEE THAT?

12:36PM  20   A.   YES, I DO SEE THAT.

12:36PM  21   Q.   SO, IN FACT, YOU DID HAVE THIS INITIAL CONVERSATION WITH A

12:36PM  22   CUSTOMER SERVICE REPRESENTATIVE?

12:36PM  23   A.   YES, I DID.

12:36PM  24   Q.   AND YOU MAY NOT REMEMBER THE NAME, BUT IT APPEARS THAT'S

12:36PM  25   LAUREN TSUGAWA; IS THAT RIGHT?

12:36PM  1    A.   I DON'T REMEMBER THE NAME OF THE PERSON I HAD THAT

12:36PM  2    CONVERSATION WITH, I'M SORRY.

12:36PM  3    Q.   TOTALLY UNDERSTANDABLE.

12:36PM  4         NOW, AFTER THAT, THOUGH, AS YOU CAN SEE FROM THIS EMAIL,

12:37PM  5    IT SAYS YOU WANTED A CALL BACK, AND IN FACT, YOU DID WANT A

12:37PM  6    CALL BACK; IS THAT RIGHT?

12:37PM  7    A.   YES.

12:37PM  8    Q.   AND THEN YOU HAD ANOTHER CONVERSATION WITH ANOTHER PERSON

12:37PM  9    THEN AT THERANOS; IS THAT RIGHT?

12:37PM 10    A.   APPARENTLY, YES.

12:37PM 11    Q.   AND YOU CAN'T REMEMBER WHO THAT WAS EITHER; RIGHT?

12:37PM 12    A.   NO.  I DON'T REMEMBER THE PERSON'S NAME.  I REMEMBER JUST

12:37PM 13    NOW THAT IT HAPPENED.

12:37PM 14    Q.   OKAY.  AND YOU ALSO CAN'T REMEMBER IF THE PERSON WHO YOU

12:37PM 15    SPOKE TO THE SECOND TIME WAS A MEDICAL PROFESSIONAL OR ANOTHER

12:37PM 16    CUSTOMER SERVICE REPRESENTATIVE?

12:37PM 17    A.   CORRECT.

12:37PM 18    Q.   OKAY.  IF YOU JUST THINK ABOUT THAT CALL AS BEST YOU CAN,

12:37PM 19    I KNOW IT'S SOME YEARS AGO, DO YOU REMEMBER GOING OVER THE CDC

12:37PM 20    PROTOCOL WITH THE PERSON ON THE PHONE?

12:37PM 21    A.   I REMEMBER MENTION -- LIKE, I REMEMBER HEARING A MENTION

12:37PM 22    OF IT.  I DON'T KNOW THAT THE TERM "CDC PROTOCOL" WAS ACTUALLY

12:37PM 23    USED, BUT THE PERSON DID TRY TO EXPLAIN TO ME, LIKE, HOW THE

12:38PM 24    TEST WORKS ESSENTIALLY.

12:38PM 25    Q.   OKAY.  THANK YOU, MS. TOMPKINS.

TOMPKINS CROSS BY MR. COOPERSMITH

12:38PM  1        I'M SORRY.  WERE YOU FINISHED WITH YOUR ANSWER?  I

12:38PM  2   DIDN'T --

12:38PM  3   A.   THAT'S THE BEST I CAN RECALL.

12:38PM  4   Q.   OKAY.  THANK YOU.

12:38PM  5        SO LET'S LOOK AT THE EMAIL ABOVE THE ONE THAT HAS BEEN

12:38PM  6   REDACTED.

12:38PM  7        AND THEN THERE'S AN EMAIL FROM MR. BALWANI.  AND HE

12:38PM  8   WRITES, "WE SHOULD POINT TO HER PHYSICIAN.  WE SHOULDN'T TRY TO

12:38PM  9   ANSWER THIS QUESTION FOR HER..."

12:38PM 10        DO YOU SEE THAT?

12:38PM 11   A.   OH, THAT'S THE ONE FROM MR. BALWANI.

12:38PM 12   Q.   YES.

12:38PM 13   A.   YES, I SEE THAT.

12:38PM 14   Q.   AND YOU ACTUALLY HAD A PHYSICIAN; RIGHT?

12:38PM 15   A.   YES, WITH WHOM I HAD ALREADY SPOKEN.

12:38PM 16   Q.   RIGHT.  THAT'S DR. ASIN?

12:38PM 17   A.   YES.

12:38PM 18   Q.   AND ABOVE THAT THERE'S AN EMAIL FROM MICAH NIES.

12:38PM 19        DO YOU SEE THAT?

12:38PM 20   A.   I'M TRYING TO FIND IT.  THERE WE GO, YES.

12:39PM 21   Q.   AND THEN THAT'S TO MR. BALWANI AND OTHERS.

12:39PM 22        DO YOU SEE THAT?

12:39PM 23   A.   YES, I DO.

12:39PM 24   Q.   AND THAT MICAH SAYS, "AGREED.  THIS IS REALLY A

12:39PM 25   CONVERSATION BETWEEN HER AND HER PHYSICIAN TO ENSURE THAT SHE

12:39PM   1    IS FULLY INFORMED ABOUT TESTING AND HER OPTIONS."

12:39PM   2        DO YOU SEE THAT?

12:39PM   3    A.   YES, I DO.

12:39PM   4    Q.   AND THIS SAYS, "THE CLS" -- JUST STOPPING THERE, DO YOU

12:39PM   5    HAVE ANY UNDERSTANDING THAT THAT MEANS CLINICAL LAB SCIENTIST?

12:39PM   6    A.   I DO NOW.

12:39PM   7    Q.   BECAUSE I JUST TOLD YOU THAT?

12:39PM   8    A.   YES.

12:39PM   9    Q.   OKAY.  AND THEN IT SAYS, "AND/OR DANIEL CAN SUPPORT THE

12:39PM  10    PHYSICIAN TO SUPPORT HIS PATIENT."

12:39PM  11        DO YOU SEE THAT?

12:39PM  12    A.   I DO SEE THAT.

12:39PM  13    Q.   OKAY.  YOU CAN PUT THAT EXHIBIT ASIDE, OR -- YES, WE'LL

12:39PM  14    TAKE IT OFF THE SCREEN.

12:39PM  15        OKAY.  THE GOVERNMENT ASKED YOU ABOUT ANOTHER EXHIBIT.  I

12:39PM  16    BELIEVE IT WAS 5484.

12:39PM  17        IF YOU CAN FIND THAT --

12:40PM  18    A.   I HAVE IT.

12:40PM  19    Q.   YOU HAVE THAT?  GREAT.

12:40PM  20        EXHIBIT 5484 IS THE TEST THAT YOU HAD IN AUGUST OF 2021;

12:40PM  21    IS THAT RIGHT?

12:40PM  22    A.   YES.

12:40PM  23    Q.   AND YOU WENT TO GET THIS TEST AT THE CONTRA COSTA HEALTH

12:40PM  24    SERVICES LAB?

12:40PM  25    A.   THAT'S CORRECT, YES.

12:40PM  1    Q.   AND YOU GOT A RECOMMENDATION TO GO TO THAT LAB BY A

12:40PM  2    GOVERNMENT FBI AGENT; IS THAT RIGHT?

12:40PM  3    A.   I REQUESTED HELP FINDING A LOCATION TO GET ANOTHER TEST

12:40PM  4    DONE.

12:40PM  5    Q.   OKAY.

12:40PM  6    A.   I WAS NOT TOLD DO THIS.  I ASKED FOR HELP AND SHE AGREED

12:40PM  7    TO LOOK FOR ME.

12:40PM  8    Q.   RIGHT.  AND SHE RECOMMENDED THAT THAT'S ONE OF THE PLACES

12:40PM  9    YOU COULD GO GET THE TEST?

12:40PM  10   A.   YES.

12:40PM  11   Q.   AND THAT WAS A FEMALE FBI AGENT?

12:40PM  12   A.   YES.

12:40PM  13   Q.   AND THE REASON YOU WANTED TO DO THAT WAS BECAUSE YOU

12:40PM  14   WANTED TO HAVE ANOTHER PIECE OF EVIDENCE FOR THIS CASE?

12:40PM  15   A.   A RECENT, YEAH, A RECENT TEST.

12:40PM  16   Q.   OKAY.  IF YOU LOOK AT THIS, THIS WAS A TEST THAT WAS DONE

12:40PM  17   WITH A SWAB ON YOUR CHEEK; IS THAT RIGHT?

12:41PM  18   A.   THAT'S CORRECT.

12:41PM  19   Q.   AND IT LOOKS LIKE IT SAYS WHAT THE MECHANISM IS.

12:41PM  20        DO YOU SEE IN THE FIRST PARAGRAPH AFTER YOUR NAME AND

12:41PM  21   OTHER INFORMATION, IT SAYS THAT IT WAS PERFORMED USING THE

12:41PM  22   ALERE DETERMINED HIV RAPID TEST KIT.

12:41PM  23        DO YOU SEE THAT?

12:41PM  24   A.   I DO SEE THAT.

12:41PM  25   Q.   OKAY.  AND THEN IF YOU GO DOWN, DO YOU SEE WHERE IT SAYS

12:41PM 1    NEGATIVE?

12:41PM 2    A.   YES.

12:41PM 3    Q.   AND THEN IT READS, "EVIDENCE OF HIV ANTIGEN OR ANTIBODY

12:41PM 4    WERE NOT DETECTED."

12:41PM 5         RIGHT?

12:41PM 6    A.   YES, I SEE THAT.

12:41PM 7    Q.   AND THEN "A NEGATIVE TEST RESULT ONLY REFLECTS THE HIV

12:41PM 8    ANTIGEN/ANTIBODY STATUS ON THE DATE THAT THE SPECIMEN WAS

12:41PM 9    OBTAINED FROM THE ABOVE-NAMED PERSON."

12:41PM 10        DO YOU SEE THAT?

12:41PM 11   A.   YES, I DO.

12:41PM 12   Q.   AND THAT WOULD HAVE BEEN AUGUST 10TH, 2021?

12:41PM 13   A.   THAT'S CORRECT.

12:41PM 14   Q.   AND THIS WOULD HAVE BEEN ABOUT SIX YEARS AFTER THE

12:41PM 15   THERANOS TEST; IS THAT RIGHT?

12:41PM 16   A.   APPROXIMATELY, YES.

12:42PM 17   Q.   OKAY.

12:42PM 18        NOTHING FURTHER, YOUR HONOR.

12:42PM 19             THE COURT:  REDIRECT?

12:42PM 20             MR. BOSTIC:  BRIEFLY, YOUR HONOR.

12:42PM 21                    **REDIRECT EXAMINATION**

12:42PM 22   BY MR. BOSTIC:

12:42PM 23   Q.   MS. TOMPKINS, JUST A COUPLE OF FOLLOW-UP QUESTIONS FOR

12:42PM 24   YOU.

12:42PM 25        DO YOU RECALL LOOKING AT EXHIBIT 14259 WITH

12:42PM 1     MR. COOPERSMITH?

12:42PM 2     A.   YES, I DO.

12:42PM 3     Q.   AND THAT EXHIBIT INDICATES THAT YOU CALLED THERANOS TO TRY

12:42PM 4     TO GET AN EXPLANATION FOR WHY YOU TESTED NONREACTIVE FOR HIV-1

12:42PM 5     AND 2 AND NOT DETECTED FOR HIV-1 RNA, BUT REACTIVE FOR HIV-1

12:42PM 6     PLUS 2.

12:42PM 7          DO YOU REMEMBER THAT?

12:42PM 8     A.   YES.

12:42PM 9     Q.   AND IS THAT WHY YOU CALLED THERANOS TO TRY TO GET AN

12:42PM 10    EXPLANATION FOR THE RESULTS THAT YOU WERE SEEING?

12:42PM 11    A.   THAT'S EXACTLY WHY.

12:42PM 12    Q.   AFTER YOUR CONVERSATIONS WITH PEOPLE AT THERANOS, AND

12:42PM 13    AFTER YOUR DISCUSSION WITH MR. COOPERSMITH JUST NOW, AND YOUR

12:42PM 14    REVIEW OF THE CDC MATERIALS, DO YOU HAVE ANY EXPLANATION FOR

12:42PM 15    WHY YOU TESTED REACTIVE FOR HIV-1 AND 2 ANTIBODIES IN MAY OF

12:43PM 16    2015 OTHER THAN THAT TEST NOT BEING ACCURATE?

12:43PM 17    A.   NO.

12:43PM 18              MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

12:43PM 19              MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

12:43PM 20              THE COURT:  MAY THIS WITNESS BE EXCUSED?

12:43PM 21              MR. COOPERSMITH:  YES, YOUR HONOR.

12:43PM 22              MR. LEACH:  YES, YOUR HONOR.

12:43PM 23              THE COURT:  YOU'RE EXCUSED.

12:43PM 24              THE WITNESS:  THANK YOU.

12:43PM 25              THE COURT:  YOU'RE WELCOME.

6014

| | | |
|---|---|---|
| 12:43PM | 1 | THE WITNESS:  SHOULD I LEAVE THE BOOKS UP HERE? |
| 12:43PM | 2 | THE COURT:  JUST LEAVE IT HERE AND WE'LL CLEAN IT |
| 12:43PM | 3 | UP. |
| 12:43PM | 4 | DO YOU HAVE ANOTHER WITNESS TO CALL? |
| 12:43PM | 5 | MR. BOSTIC:  YES, YOUR HONOR. |
| 12:43PM | 6 | THE COURT:  DO YOU WANT TO HAVE A DISCUSSION BEFORE |
| 12:43PM | 7 | THE WITNESS TESTIFIES? |
| 12:43PM | 8 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 12:43PM | 9 | THE COURT:  WELL, THIS IS A GOOD TIME FOR A BREAK. |
| 12:43PM | 10 | LET'S ALL TAKE A BREAK AND WE'LL BE BACK IN JUST A MOMENT. |
| 12:44PM | 11 | (JURY OUT AT 12:44 P.M.) |
| 12:44PM | 12 | THE COURT:  ALL RIGHT.  PLEASE BE SEATED. |
| 12:44PM | 13 | THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT THE |
| 12:44PM | 14 | COURTROOM.  MS. TOMPKINS HAS LEFT THE COURTROOM. |
| 12:44PM | 15 | ALL COUNSEL AND MR. BALWANI ARE PRESENT. |
| 12:44PM | 16 | THE NEXT WITNESS, MR. LEACH, IS? |
| 12:44PM | 17 | MR. LEACH:  BRIAN GROSSMAN, YOUR HONOR. |
| 12:44PM | 18 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:44PM | 19 | MS. WALSH? |
| 12:44PM | 20 | MS. WALSH:  YES, YOUR HONOR.  WE JUST HAD A FEW |
| 12:44PM | 21 | ISSUES WE WANTED TO RAISE WITH THE COURT. |
| 12:44PM | 22 | YOUR HONOR, THE GOVERNMENT NOTIFIED US THAT THEY INTEND TO |
| 12:44PM | 23 | OFFER ANSWERS TO INTERROGATORIES THAT WERE LODGED IN THE CIVIL |
| 12:45PM | 24 | LITIGATION BROUGHT BY PFM AGAINST THERANOS AND MS. HOLMES AND |
| 12:45PM | 25 | MR. BALWANI. |

6015

12:45PM 1        THERE ARE THREE EXHIBITS IN QUESTION, 5860, 5858, AND

12:45PM 2    5859.  ALL OF THEM WERE FILED OR SIGNED SIX MONTHS AFTER

12:45PM 3    MR. BALWANI LEFT THERANOS.

12:45PM 4        THE FIRST SET, 5860, WAS LODGED BY THERANOS, AND THE TWO

12:45PM 5    OTHERS WERE BY MR. BALWANI INDIVIDUALLY.

12:45PM 6        SO THESE DOCUMENTS ARE WELL AFTER THE CHARGED CONSPIRACY,

12:45PM 7    THEY'RE WELL AFTER MR. GROSSMAN'S PFM INVESTMENT IN THE CASE,

12:45PM 8    THEY'RE WELL AFTER MR. BALWANI LEAVES THERANOS.

12:46PM 9        I JUST DON'T SEE THE RELEVANCE OF THEM.

12:46PM 10        AND CERTAINLY AS TO THE THERANOS INTERROGATORY ANSWERS,

12:46PM 11    MR. BALWANI WAS NOT DIRECTING THERANOS IN ANY WAY TO ANSWER

12:46PM 12    THOSE INTERROGATORIES.  HE WAS LONG GONE AND HAD NO CONTROL

12:46PM 13    OVER THE ATTORNEYS OR ANYONE ELSE WHO ANSWERED THOSE

12:46PM 14    INTERROGATORIES.

12:46PM 15        SO WE WOULD OBJECT TO THEIR ADMISSION ON 401 AND 403 AND,

12:46PM 16    AS TO THE THERANOS ONES, HEARSAY.

12:46PM 17            THE COURT:  OKAY.

12:46PM 18        MR. LEACH.

12:46PM 19            MR. LEACH:  YOUR HONOR, EXHIBIT 5858 IS

12:46PM 20    MR. BALWANI'S SIGNED, SWORN, UNDER OATH ANSWERS TO QUESTIONS IN

12:46PM 21    A LAWSUIT INVOLVING, I WANT TO SAY THE EXACT SAME BUT I'LL BE

12:46PM 22    CAREFUL, SUBSTANTIALLY THE SAME ALLEGATIONS THAT ARE AT ISSUE

12:46PM 23    WITH THIS CASE.

12:47PM 24        HE'S ASKED QUESTIONS, WHAT DID YOU TELL PFM?

12:47PM 25        AND HE ANSWERS THEM UNDER OATH.

6016

```
12:47PM   1            THIS IS THE EQUIVALENT OF TESTIMONY THAT HE GAVE BEFORE

12:47PM   2      THE S.E.C. OR IN THIS COURT.  HE SHOULD BE HELD TO THE ANSWERS.

12:47PM   3      THESE ARE SWORN ADMISSIONS BY HIM.

12:47PM   4            I CAN'T EVEN COMPREHEND THE RELEVANCE OR THE 403

12:47PM   5      OBJECTION.

12:47PM   6            THE TIMING OF WHEN HE MADE THE ADMISSION IS COMPLETELY

12:47PM   7      IRRELEVANT.

12:47PM   8            UNDER THAT LOGIC, THE THINGS THAT HE SAYS UNDER OATH IN

12:47PM   9      THIS COURTROOM WOULD NOT BE ADMISSIBLE, AND WE KNOW THAT'S NOT

12:47PM  10      RIGHT.

12:47PM  11            SO THESE ARE HIS SWORN ANSWERS TO QUESTIONS LITERALLY

12:47PM  12      ABOUT THE SUBJECT MATTER OF THIS LAWSUIT.  I CAN'T COMPREHEND

12:47PM  13      SOMETHING MORE RELEVANT OR MORE WITHIN THE GOVERNMENT'S PURVIEW

12:47PM  14      TO OFFER IF IT WANTS.

12:47PM  15            THAT'S EXHIBIT 5858.

12:47PM  16            AND MY INTENTION IS NOT TO OFFER THE ENTIRE DOCUMENT, BUT

12:47PM  17      THERE ARE SPECIFIC QUESTIONS HE'S ASKED, AND I -- AND THESE ARE

12:48PM  18      INTERROGATORIES, SO I DON'T THINK THERE'S A RULE OF

12:48PM  19      COMPLETENESS ISSUE HERE.  HE'S ASKED A QUESTION, HE'S ABLE TO

12:48PM  20      CONSULT WITH HIS LAWYERS, AND THEN HE GIVES AN ANSWER UNDER

12:48PM  21      OATH.

12:48PM  22            SO --

12:48PM  23            THE COURT:  LET ME ASK YOU, DO YOU INTEND TO LAY A

12:48PM  24      FOUNDATION FOR THE JURY AS TO WHAT AN INTERROGATORY IS AND THAT

12:48PM  25      PROTOCOL, THAT PROCEDURE?
```

6017

12:48PM 1          MR. LEACH:  I INTEND TO ASK THIS WITNESS, WHO WAS A

12:48PM 2     PARTY TO THE LAWSUIT WHO RECEIVED THESE DOCUMENTS AND KNOWS THE

12:48PM 3     CONTEXT, WAS THERE AN OCCASION WHEN YOU WERE -- WHEN YOU,

12:48PM 4     THROUGH YOUR LAWYERS, WERE ABLE TO ASK QUESTIONS OF MR. BALWANI

12:48PM 5     UNDER OATH?  DO YOU KNOW WHAT THIS DOCUMENT IS?  DO YOU SEE THE

12:48PM 6     SIGNATURE OF MR. BALWANI?

12:48PM 7          I DON'T INTEND TO GET INTO THE DETAILS OF THE LAWSUIT.  I

12:48PM 8     DON'T INTEND -- I DON'T NEED TO INTRODUCE THE COVER PAGE.

12:48PM 9          BUT IT'S THE QUESTION AND THE ANSWER AND THE FACT THAT

12:48PM 10    IT'S COMING FROM MR. BALWANI THAT I THINK IS FULLY APPROPRIATE

12:48PM 11    THROUGH A LITIGANT IN THAT LAWSUIT.

12:48PM 12         THE COURT:  AND SO HE WILL BE ABLE TO, TO YOUR

12:49PM 13    QUESTION, HE'LL BE ABLE TO SAY HE LOOKED AT THIS EITHER WITH OR

12:49PM 14    WITHOUT COUNSEL, BUT HE'S SEEN IT BEFORE?

12:49PM 15         MR. LEACH:  YES.

12:49PM 16         THE COURT:  OKAY.  AND IS IT A -- WHAT ARE WE

12:49PM 17    TALKING ABOUT?  IS IT TWO QUESTIONS?  A SENTENCE?  A PARAGRAPH?

12:49PM 18         MR. LEACH:  MY CURRENT INTENTION, YOUR HONOR, IS ONE

12:49PM 19    PAGE.  IT'S A QUESTION ABOUT HOW MUCH STOCK MR. BALWANI OWNED.

12:49PM 20         I HAVEN'T MADE A FINAL DECISION ON THE REMAINDER.

12:49PM 21         THE EXHIBIT 5858 IS 40 PAGES LONG, BUT I DON'T INTEND TO

12:49PM 22    INTRODUCE EVERY SINGLE QUESTION AND EVERY SINGLE ANSWER.

12:49PM 23         SO --

12:49PM 24         THE COURT:  OKAY.

12:49PM 25         MR. LEACH:  MS. WALSH ALSO MENTIONED THERANOS'S

12:49PM  1    RESPONSES TO THE INTERROGATORIES.

12:49PM  2         AND THE REASON THOSE ARE ADMISSIBLE IS IN CERTAIN

12:49PM  3    INTERROGATORY RESPONSES, MR. BALWANI SAYS, UNDER OATH, IN

12:50PM  4    RESPONSE, MR. BALWANI INCORPORATES -- IT SAYS IS, I THINK HE

12:50PM  5    MEANT ITS, "RESPONSE TO INTERROGATORY 14 AS FULLY SET FORTH

12:50PM  6    HERE.  HE, UNDER CERTAIN CIRCUMSTANCES, INCORPORATES THERANOS'S

12:50PM  7    ANSWER, BASICALLY SAYING, I'M MAKING THIS A PART OF MY ANSWER.

12:50PM  8         SO I DON'T THINK IT MATTERS WHO SIGNED THERANOS'S

12:50PM  9    INTERROGATORIES, WHEN THEY WERE MADE.

12:50PM 10         MR. BALWANI IS INCORPORATING THAT AS PART OF HIS ANSWER,

12:50PM 11    AND IF I SAY, IN RESPONSE TO A QUESTION HERE, SEE THIS

12:50PM 12    DOCUMENT, I SHOULD -- THAT'S PART OF MY ANSWER.

12:50PM 13         SO THAT'S WHY I THINK IT WOULD BE APPROPRIATE IF THE

12:50PM 14    GOVERNMENT CHOOSES TO INTRODUCE THOSE PORTIONS OF THERANOS'S

12:50PM 15    RESPONSES.

12:50PM 16              THE COURT:  SO THESE ARE, THESE ARE -- 5860 IS THE

12:50PM 17    THERANOS'S RESPONSE, THE COMPANY'S RESPONSES TO

12:50PM 18    INTERROGATORIES, AND THERE'S A QUESTION IN HERE, OR EXCUSE ME,

12:50PM 19    AN ANSWER FROM MR. BALWANI IN THAT?

12:50PM 20              MR. LEACH:  IN THIS, BOTH THERANOS AND MR. BALWANI

12:50PM 21    ARE ASKED QUESTIONS SEPARATELY.

12:51PM 22         IN HIS ANSWER, MR. BALWANI SAYS, UNDER OATH, I INCORPORATE

12:51PM 23    WHAT THERANOS SAYS IN RESPONSE TO THIS QUESTION.

12:51PM 24         AND IT'S THAT EXPRESS INCORPORATION THAT MAKES IT AN

12:51PM 25    ADOPTED ADMISSION OR AN AUTHORIZED ADMISSION.

6019

```
12:51PM   1          SO IT'S NOT HEARSAY.  IT'S SOMETHING THAT MR. BALWANI IS
12:51PM   2    SAYING OR ADOPTING UNDER OATH.
12:51PM   3          THE COURT:  I UNDERSTAND.
12:51PM   4       MR. BALWANI, YOU SEEK TO GET IN WHATEVER HE SAID, I
12:51PM   5    INCORPORATE NUMBER 14, AND YOU'RE SEEKING TO INTRODUCE
12:51PM   6    NUMBER 14?
12:51PM   7          MR. LEACH:  YES.
12:51PM   8          THE COURT:  OKAY.
12:51PM   9          MR. LEACH:  I'M USING THAT AS AN EXAMPLE,
12:51PM  10    YOUR HONOR.  I DON'T HAVE THE PARTICULAR ONE HANDY.
12:51PM  11          THE COURT:  RIGHT.  OKAY.
12:51PM  12          MS. WALSH:  YOUR HONOR, MAY I BE HEARD?
12:51PM  13          THE COURT:  WHAT ABOUT 59, MR. LEACH?
12:51PM  14          MR. LEACH:  59 IS ANOTHER RESPONSE BY MR. BALWANI
12:51PM  15    HIMSELF TO QUESTIONS POSED TO HIM IN THE PFM LITIGATION.
12:51PM  16       I'VE BEEN UNABLE TO LOCATE MR. BALWANI'S ACTUAL
12:52PM  17    VERIFICATION FOR THIS DOCUMENT, BUT IT'S SIGNED BY HIS LAWYERS
12:52PM  18    IN THE COURSE OF VERY SERIOUS LITIGATION, AND I THINK THESE,
12:52PM  19    THESE ARE MR. BALWANI'S PERSONAL RESPONSES TO QUESTIONS.
12:52PM  20       IT'S NOT -- DEPENDING ON HOW THE TESTIMONY DEVELOPS, I
12:52PM  21    DON'T REALLY FORESEE OFFERING ANY PORTION OF 59, BUT IT -- FOR
12:52PM  22    ALL OF THE REASONS THAT 58 IS ADMISSIBLE, 59 WOULD BE EQUALLY
12:52PM  23    ADMISSIBLE.
12:52PM  24          THE COURT:  IS THERE AN AGENCY THEORY THAT YOU'RE
12:52PM  25    SUGGESTING, AND HOW DO YOU -- IN REGARDS TO THE LAWYERS, FOR
```

6020

12:52PM   1      FOUNDATIONAL PURPOSES, AND HOW DOES THAT GET ESTABLISHED?

12:52PM   2              MR. LEACH:   THESE ARE LAWYERS FROM MR. COOPERSMITH'S

12:52PM   3      FORMER LAW FIRM WHO ARE PREPARING THESE INTERROGATORIES.   THEY

12:52PM   4      SAY ON THEM, "WE REPRESENT MR. BALWANI."

12:52PM   5          MR. GROSSMAN WAS ALSO --

12:52PM   6              THE COURT:   THAT'S MY QUESTION.   HOW DO WE KNOW WHO

12:52PM   7      THESE LAWYERS ARE AND THEIR CONNECTION TO MR. BALWANI?

12:52PM   8              MR. LEACH:   I MEAN, MR. GROSSMAN WAS ALSO ASKED

12:53PM   9      QUESTIONS BY MR. BALWANI'S LAWYERS IN THIS CASE.

12:53PM  10          I THINK HE CAN SAY WE -- I WANT TO BE CAREFUL, BECAUSE I

12:53PM  11      DON'T WANT TO INJECT GRATUITOUSLY DETAILS OF THAT LAWSUIT FOR

12:53PM  12      OTHER REASONS THAT I THOUGHT THE DEFENDANT WOULD OBJECT TO.

12:53PM  13          BUT MR. GROSSMAN IS FAMILIAR WITH THE LITIGATION.   HE

12:53PM  14      KNOWS HE SUED MR. BALWANI.   HE KNOWS MR. BALWANI HAS HAD

12:53PM  15      LAWYERS IN THAT CASE.   HE KNOWS HE DIRECTED HIS LAWYERS TO

12:53PM  16      PROPOUND QUESTIONS TO MR. BALWANI'S TEAM, AND HE KNOWS HE GOT

12:53PM  17      RESPONSES.

12:53PM  18          AND THE LAWYERS THAT ARE LISTED IN 58 ARE THE SAME LAWYERS

12:53PM  19      WHO ARE LISTED IN 59, OR IN 59.

12:53PM  20          SO I DON'T THINK THERE'S A -- I THINK THE GOVERNMENT HAS

12:53PM  21      SATISFIED ANY FOUNDATION FOR AGENCY.

12:53PM  22              THE COURT:   OKAY.   THANK YOU.

12:53PM  23          AND IS THE -- WHAT IS THE STATUS OF THAT LITIGATION THAT

12:53PM  24      THESE INTERROGATORIES ARE RELATED TO?

12:53PM  25              MR. LEACH:   IT WAS RESOLVED SEVERAL YEARS AGO.

6021

| | | |
|---|---|---|
| 12:53PM | 1 | THE COURT:  OKAY.  OKAY. |
| 12:54PM | 2 | IS THAT IN ANY WAY GOING TO COME UP IN THIS CASE? |
| 12:54PM | 3 | MR. LEACH:  IT IS NOT MY INTENTION TO MAKE -- I WANT |
| 12:54PM | 4 | TO DO THIS IN AS GENERIC A WAY AS POSSIBLE.  IT WAS NOT MY |
| 12:54PM | 5 | INTENTION TO REFER TO IT AS A LAWSUIT. |
| 12:54PM | 6 | IT WAS TO DO IT, WAS THERE AN OCCASION WHEN MR. BALWANI |
| 12:54PM | 7 | PROVIDED SWORN ANSWERS TO QUESTIONS THAT YOU HAD?  TO TRY TO DO |
| 12:54PM | 8 | IT THAT WAY. |
| 12:54PM | 9 | SO I HAVE NO INTENTION OF GETTING INTO THE SUBSTANCE OF |
| 12:54PM | 10 | THE LAWSUIT OR THE RESOLUTION OF THAT LAWSUIT. |
| 12:54PM | 11 | I CAN IMAGINE SCENARIOS WHERE THE DEFENSE OPENS THE DOOR |
| 12:54PM | 12 | TO WHAT HAPPENED IN THAT LAWSUIT, BUT I, I -- IT'S NOT THE |
| 12:54PM | 13 | GOVERNMENT'S INTENTION, NOR DID THE GOVERNMENT DO THIS IN THE |
| 12:54PM | 14 | HOLMES CASE, TO GET INTO THE SUBSTANCE OF THE CASE. |
| 12:54PM | 15 | THE COURT:  OKAY. |
| 12:54PM | 16 | MS. WALSH. |
| 12:54PM | 17 | MS. WALSH:  THANK YOU, YOUR HONOR. |
| 12:54PM | 18 | SO I DON'T -- ON THE COPY I HAVE OF 5858, THERE'S NO |
| 12:54PM | 19 | SIGNATURE BY MR. BALWANI, SO I DON'T SEE WHERE HE SWEARS OR |
| 12:55PM | 20 | SIGNS ANYTHING, NOR WITH 5859.  THEY'RE JUST TYPED NAMES WITH |
| 12:55PM | 21 | TWO SLASHES AND AN S ABOVE HIS ATTORNEYS' NAMES. |
| 12:55PM | 22 | SO I DON'T THINK THIS IS A SWORN STATEMENT BY MR. BALWANI, |
| 12:55PM | 23 | AND I DO THINK A FOUNDATION WOULD HAVE TO BE LAID, A TIGHTER |
| 12:55PM | 24 | FOUNDATION FROM THE AGENTS SAYING WE WERE ACTING ON |
| 12:55PM | 25 | MR. BALWANI'S BEHALF IN THIS LAWSUIT. |

6022

| | |
|---|---|
| 12:55PM | 1 |

SO THAT GOES TO IS THIS A SWORN STATEMENT BY MR. BALWANI.

IN ADDITION, I THINK THERE'S A REAL 403 ISSUE HERE.  WE'RE
GOING TO IMPORT ALLEGATIONS AND ANSWERS TO INTERROGATORIES FROM
A CIVIL LAWSUIT BROUGHT BY THIS WITNESS AND THAT REALLY ARE NOT
NECESSARY IN THIS CASE.  IT'S GOING TO CAUSE CONFUSION FOR THE
JURY, I THINK.

THE JURORS, THE JURORS MAY SAY OR THINK, WELL, IF PFM SUED
MR. BALWANI, THEN THERE MUST BE SOMETHING THERE, AND THEY'RE
GOING TO WONDER WHAT HAPPENED TO THE LAWSUIT, HOW IT WAS
RESOLVED, DID MR. GROSSMAN GET HIS MONEY BACK.

THERE ARE ALL KINDS OF QUESTIONS THAT THIS IS GOING TO
TRIGGER IN THE JURORS' MINDS, AND THEY MAY START SPECULATING
ABOUT WHAT THE RESULT OF THAT LAWSUIT WAS.

I THINK IT'S TOTALLY INAPPROPRIATE TO BRING THIS EVIDENCE
IN FRONT OF THE JURY.

THE COURT:  ONE OF THOSE THINGS THAT THEY COULD
SPECULATE ON WOULD BE THE BIAS OF THE WITNESS AS AGAINST YOUR
CLIENT AND THAT THEY SHOULD CONSIDER THAT BIAS WHEN THEY WEIGH
THE CREDIBILITY OF THE TESTIMONY.

MS. WALSH:  SURE.  BUT THAT WOULD BE DEFENSE
COUNSEL'S CHOICE TO BRING OUT THAT BIAS, AND WEIGHING THOSE TWO
THINGS, WE THINK IT'S MORE APPROPRIATE TO KEEP THE
INTERROGATORIES OUT OF THE CRIMINAL CASE.

THE COURT:  OKAY.

MR. LEACH:  THESE ARE SWORN STATEMENTS UNDER OATH IN

```
12:57PM   1      A SERIOUS LAWSUIT BROUGHT BY ONE OF THE INVESTORS IN THIS CASE.

12:57PM   2          I'M NOT SURE WHY THE DEFENDANT SHOULD BE EXCUSED FROM HIS

12:57PM   3      OWN WORDS SIMPLY BECAUSE IT CAME UP IN A LAWSUIT, AND I THINK

12:57PM   4      THERE ARE WAYS TO MANAGE THOSE 403 CONCERNS WITHOUT LEADING TO

12:57PM   5      THE PARADE OF HORRIBLES THAT MS. WALSH IS THINKING ABOUT.

12:57PM   6          WITH RESPECT TO THE VERIFICATION, I HAVE A MORE RECENT

12:57PM   7      COPY, WHICH I CAN PROVIDE TO THE DEFENSE, WHICH HAS THE

12:57PM   8      VERIFICATION.  MY APOLOGIES WHAT I SENT LAST NIGHT LACKED THAT.

12:57PM   9          BUT THESE ARE HIS SWORN STATEMENTS IN A SUBSTANTIALLY

12:57PM  10      SIMILAR LAWSUIT.  I -- WHATEVER CONCERNS THERE ARE ABOUT THE

12:57PM  11      JURY SPECULATING ABOUT WHAT HAPPENED THERE ARE OUTWEIGHED BY

12:57PM  12      THE PROBATIVE NATURE OF HIS SWORN STATEMENTS UNDER OATH.

12:57PM  13              THE COURT:  SO, SO WHAT I HEAR YOU SAYING IS THAT

12:57PM  14      YOU DO NOT INTEND TO -- IF THEY'RE ADMITTED, PART OF YOUR

12:57PM  15      FOUNDATION IS NOT TO ASK MR. GROSSMAN ABOUT THE LITIGATION PER

12:58PM  16      SE?

12:58PM  17              MR. LEACH:  NOT AT ALL, YOUR HONOR.

12:58PM  18              THE COURT:  ISN'T IT A FACT THAT YOU SUED HIM, AND

12:58PM  19      IN RESPONSE TO THAT LAWSUIT, YOU GOT THIS?  OR SOMETHING LIKE

12:58PM  20      THAT?  YOU'RE NOT GOING TO DO THAT?

12:58PM  21              MR. LEACH:  THAT IS NOT THE GOVERNMENT'S INTENT IN

12:58PM  22      THE DIRECT EXAMINATION.  WE DID NOT DO THAT IN THE HOLMES CASE.

12:58PM  23          I DO -- YOU KNOW, I COULD IMAGINE A CROSS-EXAMINATION

12:58PM  24      WHERE THEY'RE FAULTING MR. GROSSMAN FOR NOT BRINGING AN ACTION

12:58PM  25      QUICKER.
```

6024

12:58PM   1        I CAN MANAGE A CROSS-EXAMINATION OF MR. GROSSMAN WHERE

12:58PM   2   THEY'RE TALKING ABOUT ISSUES IN 2016 OR 2017 WHERE THEY MAY

12:58PM   3   OPEN THE DOOR TO WHAT HAPPENED IN THAT LAWSUIT OR BIAS, AS THE

12:58PM   4   GOVERNMENT, OR AS THE COURT HAS SUGGESTED.

12:58PM   5        BUT I DON'T INTEND TO TALK ABOUT THE FACT THAT THERE WAS A

12:58PM   6   LAWSUIT OR WHAT THE OUTCOME WAS OR WHAT THE ALLEGATIONS WERE.

12:58PM   7        I APPRECIATE THE 403 CONCERNS THERE.

12:58PM   8        THE COURT:  AND IS THE CONVERSATION IN THE

12:58PM   9   INTERROGATORIES ABOUT THE CONDUCT THAT OCCURRED WITHIN THE

12:58PM  10   CHARGED PERIOD IN THE INDICTMENT?

12:59PM  11        MR. LEACH:  YES, YOUR HONOR.

12:59PM  12        THE COURT:  OKAY.

12:59PM  13        MS. WALSH:  YOUR HONOR, IT WOULD BE HELPFUL TO

12:59PM  14   KNOW -- SO I TAKE IT THE ONLY INTERROGATORY ANSWER THAT HAS A

12:59PM  15   VERIFICATION IS 5858.

12:59PM  16        IS THAT CORRECT, MR. LEACH?

12:59PM  17        MR. LEACH:  YES.

12:59PM  18        MS. WALSH:  OKAY.  AND IT WOULD BE HELPFUL TO KNOW

12:59PM  19   WHICH PARAGRAPH THE GOVERNMENT INTENDS TO OFFER, BECAUSE WE MAY

12:59PM  20   HAVE 106 ADDITIONS TO THOSE WHATEVER PARAGRAPHS.

12:59PM  21        MR. LEACH:  DESCRIBE YOUR OWNERSHIP STAKE IN

12:59PM  22   THERANOS.

12:59PM  23        THE COURT:  OKAY.  LET ME JUST TELL YOU NOW, I

12:59PM  24   WOULD, OVER YOUR OBJECTION, ALLOW 5860, 5858 TO COME IN.  THE

12:59PM  25   COURT FINDS THAT IF THEY ARE RELATED, AS YOU SUGGEST, TO

6025

12:59PM 1    CONDUCT THAT OCCURRED DURING THE CHARGED PERIOD OF THE

12:59PM 2    INDICTMENT, THEY ARE STATEMENTS BY THE DEFENDANT IN THIS CASE

12:59PM 3    THAT RELATE TO THE CONDUCT THAT FALLS WITHIN THE CHARGED PERIOD

01:00PM 4    OF THE INDICTMENT.  THOSE WOULD BE ADMITTED.

01:00PM 5         5859 I'M GOING TO RESERVE ON ABSENT ANOTHER FOUNDATION ON

01:00PM 6    THAT.

01:00PM 7         AND WHAT I'M GOING TO DO IS GIVE YOU A CHANCE TO MEET AND

01:00PM 8    CONFER FOR A MOMENT TO SHARE WITH YOU THE PAGES THAT YOU SEEK,

01:00PM 9    MR. LEACH, TO INTRODUCE.  SHOW THAT PAGE, WHATEVER IT IS, AND

01:00PM 10   TO GIVE MS. WALSH AN OPPORTUNITY TO SUGGEST 106 OR WHATEVER

01:00PM 11   ELSE YOU WOULD LIKE.

01:00PM 12        MS. WALSH:  SURE, YOUR HONOR.

01:00PM 13        AND COULD I JUST GET SOME CLARITY?  I JUST WANT TO MAKE

01:00PM 14   SURE I UNDERSTAND THE COURT'S RULING.

01:00PM 15        5860 IS THE ENTIRETY OF THERANOS'S ANSWERS TO THE

01:00PM 16   INTERROGATORIES.

01:00PM 17        THE COURT:  THAT'S NOT WHAT HE'S -- I THOUGHT

01:00PM 18   MR. LEACH SAID HE'S GOING TO ASK ONE QUESTION ABOUT THAT THAT

01:00PM 19   REFERENCES NUMBER 14, "I INCORPORATE MY ANSWERS IN 14," AND

01:00PM 20   THEN 14'S RESPONSE WOULD COME IN.

01:00PM 21        IS THAT WHAT YOU SAID, MR. LEACH?

01:00PM 22        MR. LEACH:  I ONLY OFFERED -- I USED 14 AS AN

01:00PM 23   EXAMPLE.  I DON'T HAVE EXACTLY WHICH ONE IN MIND.

01:01PM 24        BUT IT WOULD ONLY BE UNDER THE CIRCUMSTANCES WHERE

01:01PM 25   MR. BALWANI IS INCORPORATING THERANOS'S ANSWERS.

6026

01:01PM 1      I WOULDN'T DO IT IN A CIRCUMSTANCE WHERE HE DIDN'T DO

01:01PM 2  THAT.

01:01PM 3          THE COURT:  THE WHOLE DOCUMENT IS NOT COMING IN?

01:01PM 4          MR. LEACH:  NO, NO, NO.

01:01PM 5          MS. WALSH:  THAT'S WHAT I WONDERED.

01:01PM 6          THE COURT:  RIGHT.

01:01PM 7          MS. WALSH:  THERE IS ANOTHER DOCUMENT WE WANTED TO

01:01PM 8  RAISE WITH THE COURT IF THAT'S OKAY.

01:01PM 9          THE COURT:  SURE.

01:01PM 10         MS. WALSH:  THIS IS EXHIBIT 2984.  IT APPEARS TO BE

01:01PM 11 NOTES THAT MR. GROSSMAN TOOK WHILE WATCHING AN INTERVIEW OF

01:01PM 12 MS. HOLMES, AND THEY ARE KIND OF BULLET POINTS.

01:01PM 13     I HAVE A COPY, YOUR HONOR.  IF I COULD HAND IT UP?

01:01PM 14         THE COURT:  SURE.

01:01PM 15     YOU HAVE THIS, MR. LEACH?

01:01PM 16         MR. LEACH:  I DO.

01:01PM 17         MS. WALSH:  SO IT LOOKS LIKE BULLET POINTS OF WHAT

01:01PM 18 HE IS HEARING FROM MS. HOLMES DURING THIS INTERVIEW, AND THEN

01:01PM 19 AT THE BOTTOM THERE ARE TWO PARAGRAPHS DESCRIBING HIS MENTAL

01:02PM 20 IMPRESSIONS OF HER PERFORMANCE AND HIS SPECULATION AS TO WHY

01:02PM 21 THE FDA DID A SURPRISE INSPECTION AND MAYBE WHAT THAT HAS TO DO

01:02PM 22 WITH THERANOS TECHNOLOGY.

01:02PM 23     THE DATE OF THIS IS OCTOBER 21ST, 2015.

01:02PM 24     I THINK ITS PROBATIVE VALUE, GIVEN IT'S HIS IMPRESSIONS OF

01:02PM 25 WHAT HE'S WATCHING AT THE TIME OF MS. HOLMES, NOT EVEN

6027

01:02PM 1      MR. BALWANI, IT HAS LITTLE PROBATIVE VALUE.

01:02PM 2          THE LAST TWO PARAGRAPHS ARE COMPLETELY SPECULATIVE AND HIS

01:02PM 3      MENTAL IMPRESSIONS OF WHAT IS GOING ON.

01:02PM 4          AND I THINK THAT IN ADDITION, THESE IMPRESSIONS THAT HE'S

01:02PM 5      GIVING DID NOT INFORM HIS INVESTMENT DECISION SINCE HIS

01:02PM 6      INVESTMENT DECISION WAS MADE IN FEBRUARY 2014, MONTHS BEFORE

01:02PM 7      THIS INTERVIEW.

01:02PM 8          SO I THINK IT HAS CLOSE TO NO PROBATIVE VALUE, AND IT IS

01:03PM 9      PREJUDICIAL BECAUSE HE'S GIVING HIS OPINION ABOUT WHAT IS GOING

01:03PM 10     ON DURING HER INTERVIEW.

01:03PM 11             THE COURT:  MR. LEACH.

01:03PM 12             MR. LEACH:  THANK YOU, YOUR HONOR.

01:03PM 13         THIS IS THE FIRST TIME THAT I'M HEARING OF THE OBJECTIONS

01:03PM 14     TO THIS PARTICULAR DOCUMENT, SO I'LL JUST EXPLAIN WHY I THINK

01:03PM 15     THE GOVERNMENT MIGHT BE USING THIS.

01:03PM 16         IT'S NOT MY INTENT --

01:03PM 17             THE COURT:  GO AHEAD.  I THINK YOU'RE GOING TO THE

01:03PM 18     QUESTION THAT I WAS GOING TO ASK.

01:03PM 19             MR. LEACH:  IT'S NOT MY INTENTION TO OFFER 2894

01:03PM 20     DURING THE DIRECT EXAMINATION.

01:03PM 21             THE COURT:  OKAY.

01:03PM 22             MR. LEACH:  I MAY CHOOSE TO ASK MR. GROSSMAN

01:03PM 23     QUESTIONS ABOUT OBSERVING THE INTERVIEW.

01:03PM 24         DEPENDING ON WHAT HE'S ABLE -- THAT HE OBSERVED OF

01:03PM 25     MS. HOLMES.

6028

01:03PM  1          DEPENDING ON WHAT HE REMEMBERS OR DOESN'T REMEMBER, I MAY

01:03PM  2    USE 2804 TO REFRESH HIM.

01:03PM  3          THE REASON HIS OBSERVATIONS OF MS. HOLMES'S STATEMENT IN

01:03PM  4    OCTOBER 2015 ARE RELEVANT IS BECAUSE IN THE TEXT MESSAGES ON

01:03PM  5    THE SAME DAY, MS. HOLMES AND MR. BALWANI ARE TEXTING BACK AND

01:04PM  6    FORTH AND MR. BALWANI WRITES, "WORRIED ABOUT THE COMMENTS YOU

01:04PM  7    JUST MADE TO 'THE WALL STREET JOURNAL.'"

01:04PM  8          THIS IS RELEVANT, EVEN AFTER THE INVESTMENT DECISION, NOT

01:04PM  9    FOR MR. GROSSMAN'S STATE OF MIND, BUT TO THE DEFENDANT'S STATE

01:04PM  10   OF MIND WHEN HE SEES HIS COCONSPIRATOR MAKING A PUBLIC

01:04PM  11   STATEMENT IN THE FACE OF PUBLIC ALLEGATIONS, AND HE SAYS

01:04PM  12   ESSENTIALLY, I'M WORRIED ABOUT WHAT YOU JUST SAID.

01:04PM  13          THE COURT:  THANK YOU.

01:04PM  14          THAT, THAT, THE TEXT MESSAGES, AND I RECALL THAT TEXT

01:04PM  15   MESSAGE, FOR PURPOSES OF THE COURT TRYING TO MAINTAIN AND VIEW

01:04PM  16   WHETHER OR NOT A PRIMA FACIE CASE HAS BEEN SHOWN OF CONSPIRACY

01:04PM  17   SUCH THAT IT WOULD INVOKE OTHER EVIDENTIARY RULINGS AS TO

01:04PM  18   ADMISSION OF COCONSPIRATOR STATEMENTS, ET CETERA, THAT

01:04PM  19   FOUNDATION THAT MR. LEACH SUGGESTS HERE, IF IT WAS -- AND I'M

01:04PM  20   TAKING YOUR WORD ON IT -- IF IT WAS THE SAME DAY AS THE

01:05PM  21   INTERVIEW, THAT WOULD SEEM TO SUPPORT AT LEAST A PRIMA FACIE

01:05PM  22   CONVERSATION THAT MIGHT BE IN FURTHERANCE OF AT THAT TIME,

01:05PM  23   WHICH WOULD ALLOW FOR -- I'M NOT SUGGESTING THE DOCUMENT COMES

01:05PM  24   IN, AND I'M, I'M RELIEVED TO HEAR MR. LEACH IS NOT SEEKING TO

01:05PM  25   INTRODUCE THE DOCUMENT.

6029

01:05PM  1          BUT PROBING QUESTIONS ABOUT MR. GROSSMAN'S OPINIONS ABOUT

01:05PM  2     WHAT HE OBSERVED FROM THE CODEFENDANT, SEVERED CODEFENDANT HAS

01:05PM  3     SOME RELEVANCE IN REGARDS TO, AS MR. LEACH SAID, AND I'M HAPPY

01:05PM  4     TO HEAR YOUR COMMENT ON THIS, AS MR. LEACH SAID, THE TEXTING

01:05PM  5     THAT WAS CONCURRENT WITH THE INTERVIEW, WHICH SEEMS TO SUGGEST,

01:05PM  6     AT LEAST PRIMA FACIE, CONSPIRACY.

01:05PM  7          SO I'M HAPPY TO HEAR FROM YOU ON THAT.

01:05PM  8          MS. WALSH:   YEAH.  SO ON THE TEXTS, I UNDERSTAND

01:06PM  9     THAT THE TEXTS ARE IN, AND MR. LEACH CAN READ THOSE TEXTS AND

01:06PM  10    THEY SAY WHAT THEY SAY.

01:06PM  11         BUT JUST BECAUSE MR. BALWANI IS SAYING TO MS. HOLMES, "I'M

01:06PM  12    CONCERNED ABOUT WHAT YOU'RE SAYING OR WHAT YOU SAID," I DON'T

01:06PM  13    SEE HOW THAT MAKES MR. GROSSMAN'S SUBJECTIVE OPINIONS ABOUT

01:06PM  14    WHAT SHE SAID LONG AFTER HE INVESTED RELEVANT AT ALL.

01:06PM  15         I DON'T UNDERSTAND THE CONNECTION AND HOW THE TEXTS

01:06PM  16    SOMEHOW GIVE MR. GROSSMAN'S SUBJECTIVE IMPRESSIONS RELEVANCE.

01:06PM  17    THEY'RE COMPLETELY SEPARATE.

01:06PM  18         THE COURT:   SO HE STILL HAD HIS INVESTMENT AT THE

01:06PM  19    TIME OF THE INTERVIEW.  THEY HAD INVESTED?

01:06PM  20         MS. WALSH:   HE DID STILL HAVE HIS INVESTMENT, YEAH.

01:06PM  21         THE COURT:   THEY WERE INVESTORS IN THE COMPANY, SO

01:06PM  22    THE COMPANY HAD THEIR FUNDS.

01:06PM  23         MS. WALSH:   RIGHT.  BUT THEY HAD MADE THE INVESTMENT

01:06PM  24    MANY YEARS BEFORE.

01:06PM  25         AND I DON'T THINK MR. LEACH IS GOING BEYOND THE INVESTMENT

6030

01:06PM   1      AS FAR AS OTHER CONVERSATIONS THAT MR. GROSSMAN AND MR. BALWANI

01:07PM   2   HAD BECAUSE I THINK THAT THERE'S A RELEVANCE ISSUE WITH THEM.

01:07PM   3          AND THIS ESPECIALLY IS JUST -- MR. GROSSMAN WATCHING

01:07PM   4   MS. HOLMES ON T.V. AND GIVING HIS RANDOM IMPRESSIONS ABOUT HER

01:07PM   5   PERFORMANCE, I JUST DON'T SEE THE PROBATIVE VALUE OF IT.

01:07PM   6              THE COURT:  MR. LEACH.

01:07PM   7              MR. LEACH:  FIRST OF ALL, I AGREE WITH THE DEFENSE

01:07PM   8   THAT STATEMENTS -- CONVERSATIONS BETWEEN MR. BALWANI AND

01:07PM   9   MR. GROSSMAN ARE NOT RELEVANT EXCEPT TO THE EXTENT THAT THEY

01:07PM  10   ILLUMINATE MR. BALWANI'S STATE OF MIND.  I THINK HIS STATE OF

01:07PM  11   MIND THROUGHOUT THE CONSPIRACY IS RELEVANT.

01:07PM  12          I WANT TO BE CLEAR ABOUT WHAT THE GOVERNMENT INTENDS TO DO

01:07PM  13   HERE.  I DON'T INTEND TO ASK MR. GROSSMAN ABOUT HIS IMPRESSIONS

01:07PM  14   OF MS. HOLMES OR WHETHER HE THOUGHT SHE WAS CREDIBLE OR WHAT

01:07PM  15   HIS OVERALL TAKEAWAY WAS.

01:07PM  16          I INTEND TO ASK, DOES HE REMEMBER WHAT MS. HOLMES SAID?

01:07PM  17   DOES HE REMEMBER MS. HOLMES SAYING WE NEVER USED COMMERCIALLY

01:07PM  18   BASED LAB EQUIPMENT FOR FINGERSTICK SAMPLES?

01:08PM  19          AND THEN IN CLOSING ARGUMENT WE CAN COMPARE THIS WITNESS'S

01:08PM  20   MEMORY OF WHAT MS. HOLMES SAID IS AGAINST THE TEXT MESSAGE AND

01:08PM  21   SEE MR. BALWANI'S REACTION TO THAT.

01:08PM  22          IT'S NO GREATER THAN THAT.  I DON'T INTEND TO GET INTO

01:08PM  23   MENTAL IMPRESSIONS OR THOUGHTS ABOUT CREDIBILITY OR ANYTHING

01:08PM  24   REFLECTED IN THAT NOTE.

01:08PM  25          IT'S REALLY, DID YOU OBSERVE MS. HOLMES SAY X?

6031

01:08PM 1           YES.

01:08PM 2           AND WE KNOW FROM THE TEXT MESSAGES THAT THAT CAUSED

01:08PM 3    MR. BALWANI SOME HEARTBURN.

01:08PM 4           AND THAT'S CLEARLY RELEVANT TO HIS STATE OF MIND AND THE

01:08PM 5    EXISTENCE OF A CONSPIRACY.

01:08PM 6              MS. WALSH:  BUT, YOUR HONOR, WE ALREADY KNOW FROM

01:08PM 7    THE TEXT MESSAGES THAT IT MAY HAVE CAUSED HEARTBURN.

01:08PM 8           WE DON'T NEED MR. GROSSMAN'S GLOSS -- HIS OWN PERSONAL

01:08PM 9    GLOSS THAT WAS NEVER COMMUNICATED TO MR. BALWANI, BY THE WAY --

01:08PM 10   BASED ON HIS OWN THOUGHTS AS TO WHAT MS. HOLMES SAID.

01:08PM 11          I DON'T SEE HOW THERE'S REAL PROBATIVE VALUE IN HIM

01:08PM 12   TESTIFYING TO THAT.

01:09PM 13             THE COURT:  OKAY.  AS FAR AS THE TIME CONSUMPTION

01:09PM 14   UNDER 403 ANALYSIS, WHAT IS THAT GOING TO BE, MR. LEACH?

01:09PM 15             MR. LEACH:  I DON'T FORESEE THIS TAKING MORE THAN

01:09PM 16   FIVE MINUTES OF EXAMINATION, YOUR HONOR.

01:09PM 17          AND HONESTLY, I'M, I'M STILL WEIGHING WHETHER WE WILL BE

01:09PM 18   GETTING INTO THIS PERIOD AT ALL.  BUT IF IT TAKES UP ANY

01:09PM 19   PORTION OF THE DIRECT, IT WILL BE LESS THAN FIVE MINUTES.

01:09PM 20             THE COURT:  IT WILL CERTAINLY BE LESS THAN THE TIME

01:09PM 21   THAT WE HAVE SPENT DISCUSSING IT.

01:09PM 22             MR. LEACH:  YES.

01:09PM 23             THE COURT:  OKAY.

01:09PM 24             MS. WALSH:  IF I COULD INQUIRE, YOUR HONOR, IN

01:09PM 25   ADDITION, IF MR. LEACH HAS SOME ESTIMATE ON HIS DIRECT?  THAT

6032

01:09PM 1    MIGHT BE HELPFUL IN PLANNING.

01:09PM 2         THE COURT:  ANY IDEA ON THAT, MR. LEACH?

01:09PM 3         MR. LEACH:  AS THE COURT MAY TELL FROM SOME OF MY

01:09PM 4    RESPONSES TO THE QUESTIONS, I'M NOT EXACTLY SURE.  I THINK IN

01:09PM 5    THE HOLMES CASE IT WAS ABOUT TWO AND A HALF HOURS, AND MY GOAL

01:09PM 6    IS TO COME IN SOONER ON THAT.

01:09PM 7         THE COURT:  OKAY.

01:09PM 8         MR. LEACH:  SO TWO HOURS IS WHAT I CAN GUESS.

01:10PM 9         THE COURT:  OKAY.

01:10PM 10        MS. WALSH:  OKAY.  THANK YOU.

01:10PM 11        THE COURT:  YOU SHOULD PROBABLY GET AN ANSWER FROM

01:10PM 12   ME ABOUT THIS.

01:10PM 13        MS. WALSH:  YES, YES.

01:10PM 14     (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

01:10PM 15        MS. WALSH:  YES, YOUR HONOR.

01:10PM 16        THE COURT:  SO I WILL PERMIT -- FIRST OF ALL, I'M

01:10PM 17   NOT GOING TO ALLOW 2894 TO BE ADMITTED INTO EVIDENCE.

01:10PM 18     BUT I WILL PERMIT YOU, MR. LEACH, TO ASK QUESTIONS OF THE

01:10PM 19   WITNESS, DID MS. HOLMES SAY X?

01:10PM 20     BUT NOT TO DRAW UPON HIS OPINION AS TO CREDIBILITY OR ANY

01:10PM 21   OF THOSE THINGS, HOW IS SHE DOING, OR TO RATE HER PERFORMANCE

01:10PM 22   OR ANYTHING LIKE THAT.  DID YOU BELIEVE HER?  THAT'S NOT

01:10PM 23   RELEVANT.

01:10PM 24     BUT WHAT WOULD BE AND COULD BE RELEVANT IS HIS ABILITY TO

01:10PM 25   RECALL WHAT SHE SAID REGARDING, HER REPRESENTATIONS REGARDING

6033

01:10PM 1      THE COMPANY.

01:11PM 2           AND AS WE HAVE SAID, THE CONNECTION TO MR. BALWANI IS THE

01:11PM 3      TEXT MESSAGE.  IN THIS CASE IT SEEMS LIKE IT WAS ON THE SAME

01:11PM 4      DATE OF THE ARTICLE.

01:11PM 5           SO I'LL PERMIT THAT TO COME IN.

01:11PM 6           IF IT BECOMES CUMULATIVE, IF IT GOES TOO FAR, I'LL

01:11PM 7      CERTAINLY HEAR FROM THE PARTIES ABOUT THAT.

01:11PM 8           OKAY.  THERE WAS ANOTHER THING?

01:11PM 9           MS. WALSH:  THERE WAS.  THIS RELATES TO SCHEDULING.

01:11PM 10          THE COURT:  YES.

01:11PM 11          MS. WALSH:  SO I KNOW THAT THE GOVERNMENT'S MOTION

01:11PM 12     RELATED TO THE LIS IS FOR FRIDAY MORNING.

01:11PM 13          THE COURT:  YES.

01:11PM 14          MS. WALSH:  AND WE WANT TO REQUEST THAT THAT BE

01:11PM 15     PUSHED TO MONDAY.  WE DON'T ANTICIPATE CALLING THE EXPERT THAT

01:11PM 16     WOULD BE THE SUBJECT OF THAT MOTION.  WE WOULD LIKE A LITTLE

01:11PM 17     MORE TIME TO DIGEST WHAT THE GOVERNMENT SAID AND RESPOND TO IT,

01:11PM 18     AND WE CAN BE PREPARED TO ADDRESS IT ON MONDAY MORNING.

01:11PM 19          THE COURT:  I'M SORRY, YOU DON'T INTEND TO CALL?

01:11PM 20          MS. WALSH:  RICHARD SONNIER.

01:12PM 21          THE COURT:  IN YOUR DEFENSE?

01:12PM 22          MS. WALSH:  NO, ON FRIDAY.  FRIDAY.  I WAS UNCLEAR.

01:12PM 23          THE COURT:  THANK YOU.

01:12PM 24          MS. WALSH:  WE HAD ORIGINALLY INDICATED THAT WE

01:12PM 25     MIGHT, AND WE DO NOT INTEND TO DO THAT.

6034

01:12PM  1                    THE COURT:  OKAY.

01:12PM  2                    MS. WALSH:  SO IT DOESN'T NEED TO BE DECIDED BEFORE

01:12PM  3       FRIDAY.

01:12PM  4            AND IF THE GOVERNMENT RESTS, WE WILL HAVE AT LEAST TWO

01:12PM  5       WITNESSES THAT WE -- I MEAN, WE HAVEN'T DECIDED FINALLY --

01:12PM  6                    THE COURT:  SURE.

01:12PM  7                    MS. WALSH:  -- BUT THAT WE ARE CONTEMPLATING, SO WE

01:12PM  8       CAN BE PREPARED TO GO ON THAT.

01:12PM  9                    THE COURT:  THANK YOU.

01:12PM 10            WELL, I'D LIKE TO KEEP IT AT 8:30 ON FRIDAY.  I KNOW WE

01:12PM 11       HAD YESTERDAY A FULL DAY TO -- I'M SURE WE ALL BENEFITTED FROM

01:12PM 12       THE BREAK.  AND I THINK MR. COOPERSMITH WANTED -- RATHER THAN

01:12PM 13       PRESS ON, WE TOOK A BREAK AND WAITED FOR THE HEALTH OF THE

01:12PM 14       JUROR TO IMPROVE, WHICH IT HAD.  I'M GLAD HE'S BACK WITH US

01:12PM 15       TODAY.

01:12PM 16            BUT I'D LIKE TO KEEP US ON SCHEDULE FOR THE 8:30 FOR THAT,

01:12PM 17       AT LEAST OUR INITIAL HEARING.  HOPEFULLY WE CAN RESOLVE IT

01:13PM 18       THEN.

01:13PM 19            IF NOT, WE CERTAINLY CAN BEGIN THE DISCUSSION.

01:13PM 20                    MS. WALSH:  SURE.

01:13PM 21                    THE COURT:  ALL RIGHT.

01:13PM 22                    MS. WALSH:  ALL RIGHT.

01:13PM 23                    THE COURT:  LET'S TAKE ABOUT FIVE MINUTES AND WE'LL

01:13PM 24       COME BACK AND MR. GROSSMAN WILL BE HERE.

01:13PM 25                    MR. LEACH:  OKAY.

6035

| | | |
|---|---|---|
| 01:13PM | 1 | (RECESS FROM 1:13 P.M. UNTIL 1:23 P.M.) |
| 01:23PM | 2 | THE COURT:  ALL RIGHT.  THANK YOU FOR YOUR PATIENCE, |
| 01:23PM | 3 | LADIES AND GENTLEMEN. |
| 01:23PM | 4 | WE'RE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT |
| 01:23PM | 5 | ARE PRESENT ONCE AGAIN. |
| 01:24PM | 6 | MR. LEACH. |
| 01:24PM | 7 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 01:24PM | 8 | THE UNITED STATES CALLS BRIAN GROSSMAN. |
| 01:24PM | 9 | THE COURT:  SIR, IF YOU WOULD COME HERE AND FACE OUR |
| 01:24PM | 10 | COURTROOM DEPUTY AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION |
| 01:24PM | 11 | FOR YOU. |
| 01:24PM | 12 | **(GOVERNMENT'S WITNESS, BRIAN GROSSMAN, WAS SWORN.)** |
| 01:24PM | 13 | THE WITNESS:  I DO. |
| 01:24PM | 14 | THE COURT:  PLEASE HAVE A SEAT UP HERE, SIR.  MAKE |
| 01:24PM | 15 | YOURSELF COMFORTABLE. |
| 01:24PM | 16 | FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU |
| 01:24PM | 17 | NEED. |
| 01:24PM | 18 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 01:24PM | 19 | AND THEN SPELL IT, PLEASE. |
| 01:24PM | 20 | THE WITNESS:  DO I NEED TO KEEP MY MASK ON? |
| 01:24PM | 21 | THE COURT:  ARE YOU FULLY VACCINATED? |
| 01:24PM | 22 | THE WITNESS:  YES.  THAT'S OKAY. |
| 01:24PM | 23 | THE COURT:  NO, GO AHEAD AND TAKE IT OFF.  THAT'S |
| 01:24PM | 24 | FINE. |
| 01:25PM | 25 | THE WITNESS:  BRIAN GROSSMAN.  B-R-I-A-N, |

01:25PM   1      G-R-O-S-S-M-A-N.

01:25PM   2                  THE COURT:  COUNSEL.

01:25PM   3                  MR. LEACH:  THANK YOU, YOUR HONOR.

01:25PM   4                         **DIRECT EXAMINATION**

01:25PM   5      BY MR. LEACH:

01:25PM   6      Q.   GOOD AFTERNOON, MR. GROSSMAN.

01:25PM   7      A.   GOOD AFTERNOON.

01:25PM   8      Q.   WHERE DO YOU WORK?

01:25PM   9      A.   I WORK FOR A FIRM CALLED PFM HEALTH SCIENCES.

01:25PM   10     Q.   AND WHAT IS PFM HEALTH SCIENCES?

01:25PM   11     A.   WE ARE AN S.E.C. REGISTERED INVESTMENT ADVISOR.

01:25PM   12          WE HAVE THREE DIFFERENT FUNDS.  WE HAVE A HEDGE FUND; WE

01:25PM   13     HAVE A LONG ONLY FUND; AND WE HAVE A PRIVATE, A FUND INVESTING

01:25PM   14     IN PRIVATE COMPANIES.

01:25PM   15     Q.   AND WHEN YOU SAY S.E.C. REGISTERED INVESTMENT ADVISOR,

01:25PM   16     S.E.C. IS THE U.S. SECURITIES AND EXCHANGE COMMISSION?

01:25PM   17     A.   YES.

01:25PM   18     Q.   THAT'S THE GOVERNMENT AGENCY THAT REGULATES SECURITIES?

01:26PM   19     A.   THAT'S CORRECT.

01:26PM   20     Q.   OKAY.  AND WHAT IS A REGISTERED INVESTMENT ADVISOR?

01:26PM   21     A.   WE, AS PART OF -- I'M NOT A LEGAL EXPERT ON THE PROCESS,

01:26PM   22     BUT OVER A CERTAIN ASSET SIZE, YOU'RE REQUIRED TO COMPLY WITH

01:26PM   23     S.E.C. REGULATIONS, FILE QUARTERLY STATEMENTS OF OWNERSHIP,

01:26PM   24     SECURITIES THAT YOU OWN, AND AS PART OF THAT, YOU'RE AUDITED BY

01:26PM   25     THE S.E.C. FROM TIME TO TIME, AND THEY GO THROUGH YOUR BOOKS

01:26PM   1    AND RECORDS.

01:26PM   2         AND SO WE HAVE BEEN AN S.E.C. REGISTERED INVESTMENT

01:26PM   3    ADVISOR I THINK SINCE THE MIDDLE OF THE LAST DECADE.  SO 2005

01:26PM   4    OR '06, SOMEWHERE IN THAT.

01:26PM   5    Q.   AND THE ADVISOR YOU WORK FOR IS PARTNERSHIP FUND

01:26PM   6    MANAGEMENT?

01:26PM   7    A.   YEAH, PFM HEALTH SCIENCES.

01:26PM   8    Q.   AND WHAT DO YOU DO FOR PFM HEALTH SCIENCES?

01:26PM   9    A.   I'M THE MANAGING PARTNER.  I ALSO AM THE PORTFOLIO MANAGER

01:26PM  10    FOR ALL OF THE FUNDS.

01:26PM  11    Q.   IN OR ABOUT FEBRUARY OF 2014, DID PFM INVEST IN A COMPANY

01:27PM  12    CALLED THERANOS?

01:27PM  13    A.   YES.

01:27PM  14    Q.   I HAVE SOME QUESTIONS ABOUT THAT, BUT FIRST LET ME ASK YOU

01:27PM  15    TO PLEASE DESCRIBE YOUR EDUCATIONAL BACKGROUND.

01:27PM  16    A.   MY -- I WENT -- I WENT -- I ATTENDED COLLEGE IN THE

01:27PM  17    UNIVERSITY OF PENNSYLVANIA.  I GRADUATED IN 1996 WITH A DEGREE,

01:27PM  18    WITH A DEGREE -- A BACHELOR OF SCIENCE IN ECONOMICS.

01:27PM  19         FROM THERE I STARTED WORKING ORIGINALLY AT JP MORGAN.  I

01:27PM  20    WORKED AT JP MORGAN ASSET MANAGEMENT FOR FIVE YEARS, FROM 1996

01:27PM  21    UNTIL 2001.

01:27PM  22         IN 2001 I LEFT JP MORGAN FOR A FIRM CALLED PEQUOT.  IT WAS

01:27PM  23    ACTUALLY A HEDGE FUND.

01:27PM  24         AND THEN PEQUOT, WITHIN A FEW MONTHS, SPLIT INTO TWO

01:27PM  25    FIRMS.

01:27PM   1          I LEFT PEQUOT AS PART OF THE GROUP THAT STARTED ANOTHER

01:28PM   2     FIRM CALLED ANDOR CAPITAL.  I WAS AT ANDOR CAPITAL FROM '01 TO

01:28PM   3     2004.

01:28PM   4          AND THEN SINCE 2004 I'VE BEEN AT PARTNERSHIP FUND

01:28PM   5     MANAGEMENT, OR PFM HEALTH SCIENCES AS WE NOW CALL IT.

01:28PM   6     Q.   SO YOU'VE BEEN AT PFM SINCE APPROXIMATELY 2004?

01:28PM   7     A.   THAT'S CORRECT.

01:28PM   8     Q.   OKAY.  SO ROUGHLY 18 YEARS?

01:28PM   9     A.   YES.

01:28PM  10     Q.   CAN YOU GIVE US A SENSE AT A HIGH LEVEL OF WHO SOME OF

01:28PM  11     PFM'S INVESTORS ARE?

01:28PM  12     A.   WE HAVE A VARIETY OF INVESTORS FROM INDIVIDUALS ALL OF THE

01:28PM  13     WAY UP TO LARGE, WELL, HIGH NET WORTH INVESTORS.  WE HAVE

01:28PM  14     INDIVIDUALS; WE HAVE CORPORATE PENSION PLANS; WE HAVE SOVEREIGN

01:28PM  15     GOVERNMENT PENSION PROGRAMS; AND WE HAVE STATE PENSION

01:28PM  16     PROGRAMS, ALL AS INVESTORS IN PFM.

01:29PM  17     Q.   SO STATE PENSION PROGRAMS, WHAT ARE THOSE?

01:29PM  18     A.   THOSE WOULD BE LIKE THE STATE OF CALIFORNIA, THE STATE OF

01:29PM  19     TEXAS, THE STATE OF UTAH THAT TAKE THEIR EMPLOYEE RETIREMENT

01:29PM  20     ASSETS AND HIRE DIFFERENT MANAGERS TO INVEST PART OF THAT --

01:29PM  21     PART OF THOSE RETIREMENT SAVINGS.

01:29PM  22          AND SO WE, WE HAVE -- WE -- OVER THE YEARS WE'VE HAD

01:29PM  23     RELATIONSHIPS WITH A NUMBER OF DIFFERENT STATES AS PART OF A --

01:29PM  24     WE WOULD BE ONE OF THEIR EXTERNAL INVESTMENT MANAGERS IS HOW

01:29PM  25     THEY WOULD DESCRIBE IT.

01:29PM  1    Q.   AND DID I HEAR YOU SAY YOU ALSO INVEST MONEY ON BEHALF OF

01:29PM  2    CORPORATE PENSION FUNDS?

01:29PM  3    A.   WE HAVE -- YEAH, WE HAVE CORPORATE PENSION PLANS; WE HAVE

01:29PM  4    HIGH NET WORTH INDIVIDUALS; WE HAVE FIRMS THAT REPRESENT A

01:29PM  5    SERIES OF HIGH NET WORTH FAMILIES, WHAT WE WOULD CALL

01:29PM  6    MULTI-FAMILY OFFICES; AND THEN OUR OWN EMPLOYEES ACTUALLY MAKE

01:30PM  7    UP A FAIR -- A SIGNIFICANT PART OF THE CAPITAL THAT WE INVEST.

01:30PM  8    Q.   AND YOU HAVE A HAND IN INVESTING ON BEHALF OF PFM?

01:30PM  9    A.   YES.

01:30PM  10   Q.   AND WHAT IS YOUR ROLE?

01:30PM  11   A.   MY ROLE IS, AS I SAID BEFORE, THE PORTFOLIO MANAGER.  I'M

01:30PM  12   THE FINAL DECISION IN TERMS OF WHAT GOES INTO THE FUND, WHAT

01:30PM  13   GOES OUT OF THE FUND.

01:30PM  14        WE HAVE A COLLABORATIVE INVESTMENT PROCESS, SO WE HAVE

01:30PM  15   SENIOR AND JUNIOR INVESTMENT PROFESSIONALS THAT ARE INVOLVED IN

01:30PM  16   BOTH THE RESEARCH AND THEN ULTIMATELY HELP ADVISE DECISION

01:30PM  17   MAKING, INVESTMENT DECISIONS.

01:30PM  18        BUT AT THE END OF THE DAY, I'M THE FINAL DECISION-MAKER

01:30PM  19   FOR THE PORTFOLIO.

01:30PM  20        AND I'M ALSO IN CHARGE OF RISK MANAGEMENT, MANAGING THE

01:30PM  21   FUND.  YOU KNOW, WHEN MARKET ENVIRONMENTS AREN'T AS -- OR CAN

01:30PM  22   BE A LITTLE TURBULENT, LIKE RIGHT NOW.

01:30PM  23        SO THOSE WOULD BE MY RESPONSIBILITIES.

01:31PM  24        I ALSO MANAGE THE FIRM, ALTHOUGH I HAVE A REALLY GOOD TEAM

01:31PM  25   THAT DOES MOST OF THE DAY-TO-DAY, MANAGES THE DAY-TO-DAY

01:31PM  1    OPERATIONS OF OUR INVESTMENT BUSINESS -- OR OF THE

01:31PM  2    NONINVESTMENT PART OF OUR FIRM.

01:31PM  3         SO I ALSO HAVE THOSE RESPONSIBILITIES, WHICH I DELEGATE

01:31PM  4    THE MAJORITY OF THAT.

01:31PM  5    Q.   DOES PFM INVEST IN PUBLIC COMPANIES OR PRIVATE COMPANIES

01:31PM  6    OR SOME COMBINATION OF BOTH?

01:31PM  7    A.   WE INVEST IN BOTH.

01:31PM  8    Q.   OKAY.  AND HOW DO YOU GO ABOUT DOING THAT?

01:31PM  9    A.   WE HAVE A PROCESS FOR -- A RESEARCH PROCESS, AN INVESTMENT

01:31PM  10   PROCESS THAT WE HAVE DEVELOPED OVER THE LAST, YOU KNOW, TWO

01:31PM  11   DECADES GOING BACK TO EVEN THE PEQUOT PERIOD.

01:31PM  12        AND IT'S REALLY AROUND UNDERSTANDING THE FUNDAMENTAL

01:31PM  13   QUALITATIVE INSIGHTS AROUND A COMPANY, A PRODUCT, A TECHNOLOGY

01:31PM  14   AND HOW THAT'S LIKELY TO IMPACT SOME TYPE OF MARKET.  MAYBE

01:32PM  15   IT'S FOR A DRUG, MAYBE IT'S FOR A NEW MEDICAL DEVICE, MAYBE

01:32PM  16   IT'S A NEW PIECE OF SOFTWARE FOR HOSPITALS.

01:32PM  17        WE THEN SPEND A LOT OF EFFORT TO TRANSLATE THOSE INSIGHTS

01:32PM  18   INTO AN ACTUAL FORECAST FOR THE BUSINESS, INCLUDING INCOME

01:32PM  19   STATEMENT, BALANCE SHEET, CASH FLOWS.

01:32PM  20        AND THEN WE TRY TO -- WE TRY TO, IN THAT TRANSLATION

01:32PM  21   PROCESS, WHEN WE QUANTIFY OUR INVESTMENT, WE TRY TO -- WE'RE

01:32PM  22   LOOKING FOR A VIEW OF THE BUSINESS THAT IS DIFFERENT, IN OTHER

01:32PM  23   WORDS, IT'S GOING TO GROW FASTER AND IT'S GOING TO BE MORE

01:32PM  24   PROFITABLE.

01:32PM  25        AND OFTENTIMES WE'LL LOOK OUT OVER MANY YEARS, 5, 10,

01:32PM 1    15 YEARS INTO THE FUTURE WHEN WE, WHEN WE DO THAT TYPE OF

01:32PM 2    ANALYSIS.

01:32PM 3         AND SO THAT'S, THAT'S OUR PROCESS.

01:32PM 4         AND WE INVEST IN THE HEALTH CARE SECTOR, ACROSS ALL OF THE

01:32PM 5    HEALTH CARE SECTOR, AND WE HAVE A TEAM OF PEOPLE THAT

01:32PM 6    SPECIALIZE IN DIFFERENT PARTS OF HEALTH CARE.

01:33PM 7    Q.   LET ME PLEASE DIRECT YOUR ATTENTION, MR. GROSSMAN, TO THE

01:33PM 8    TIME PERIOD DECEMBER OF 2013.

01:33PM 9         DO YOU HAVE THAT TIME PERIOD IN MIND?

01:33PM 10   A.   YES.

01:33PM 11   Q.   IN OR AROUND THAT TIME PERIOD, DID YOU MEET WITH

01:33PM 12   INDIVIDUALS FROM THERANOS ABOUT A POSSIBLE INVESTMENT IN THE

01:33PM 13   COMPANY?

01:33PM 14   A.   YES.

01:33PM 15   Q.   WHO DID YOU MEET WITH?

01:33PM 16   A.   WE MET WITH, WE MET WITH MS. HOLMES AND MR. BALWANI.

01:33PM 17   Q.   OKAY.  AND WHEN YOU SAY "WE," WHO ARE YOU TALKING ABOUT?

01:33PM 18   A.   IT WAS MYSELF AND MY PARTNER AT THE TIME WHOSE NAME WAS

01:33PM 19   CHRISTOPHER JAMES.  THE TWO OF US MET WITH MR. BALWANI AND

01:33PM 20   MS. HOLMES.

01:33PM 21   Q.   WHERE DID YOU MEET WITH MS. HOLMES AND MR. BALWANI?

01:33PM 22   A.   WE MET IN THEIR OFFICES IN PALO ALTO.  I THINK IT WAS

01:33PM 23   CALIFORNIA AVENUE.  AND, YEAH, THAT'S WHERE THE MEETING WAS.

01:33PM 24   Q.   HOW DID THIS OPPORTUNITY COME ABOUT?

01:33PM 25   A.   MY -- I DON'T -- I BELIEVE MY PARTNER HEARD ABOUT THE

01:34PM  1   COMPANY FROM ONE OF HIS FRIENDS OR ONE OF HIS INVESTMENTS, ONE

01:34PM  2   OF HIS FRIENDS IN THE INVESTMENT BUSINESS, AND AS A HEALTH CARE

01:34PM  3   FUND, OR SINCE OUR FIRM HAS A HEALTH CARE EXPERTISE, I THINK MY

01:34PM  4   PARTNER WAS ASKED IF HE KNEW ABOUT THE COMPANY.

01:34PM  5       AND THAT'S KIND OF WHEN IT FIRST SHOWED UP.  THAT'S THE

01:34PM  6   FIRST TIME I REMEMBER HEARING ABOUT THE COMPANY.

01:34PM  7   Q.   AND YOU MET WITH MR. BALWANI AND MS. HOLMES AT SOME POINT

01:34PM  8   IN DECEMBER OF 2013?

01:34PM  9   A.   YES.

01:34PM 10   Q.   OKAY.  TELL US ABOUT THAT MEETING.  WHAT HAPPENED?

01:34PM 11   A.   WELL, WE -- WE DROVE, WE DROVE DOWN FROM SAN FRANCISCO TO

01:34PM 12   MEET WITH THEM.

01:34PM 13       WE REALLY -- I DIDN'T REALLY KNOW MUCH ABOUT THE COMPANY

01:34PM 14   OTHER THAN READING A FEW PRESS RELEASES THAT AT THAT POINT WERE

01:34PM 15   AVAILABLE.

01:34PM 16       SO I -- YOU KNOW, I HAD A VERY OPEN MIND.  WE WERE GOING

01:34PM 17   DOWN THERE TO JUST SORT OF HEAR THE STORY.

01:35PM 18       I REMEMBER ARRIVING AT THE BUILDING, GOING THROUGH THE

01:35PM 19   SECURITY PROCESS TO KIND OF GET INTO THE LOBBY, THROUGH THE

01:35PM 20   LOBBY.

01:35PM 21       EVENTUALLY WE WERE USHERED THROUGH WHAT WAS A LOBBY AREA

01:35PM 22   INTO, YOU KNOW, PAST THE KITCHEN, PAST A WHOLE BUNCH OF PEOPLE

01:35PM 23   WORKING, INTO A CONFERENCE ROOM IN THE BACK OF THE BUILDING,

01:35PM 24   AND THAT'S WHERE WE, THAT'S WHERE WE MET MS. HOLMES AND

01:35PM 25   MR. BALWANI.

01:35PM  1          THAT WAS -- SO WE SAT DOWN AND THEY WALKED US THROUGH THE

01:35PM  2     BUSINESS, THE THERANOS BUSINESS.

01:35PM  3          AND SO THEY STARTED OUT TALKING ABOUT THE TECHNOLOGY, WHAT

01:35PM  4     IT COULD DO, THAT IT COULD MATCH ALL THOUSAND CPT CODES THAT

01:35PM  5     REFERENCE LABORATORIES LIKE QUEST AND LABCORP, THE COMPANIES

01:35PM  6     THAT DO A LOT OF THE LAB TESTING, THAT IT COULD DO ALL OF THOSE

01:36PM  7     TESTS.

01:36PM  8          THEY DESCRIBED FOR US HOW THE LAST TEN YEARS THEY HAD BEEN

01:36PM  9     IN STEALTH MODE AND OVER THAT TIME THEY HAD BEEN WORKING WITH

01:36PM  10    THE GOVERNMENT, THE DEPARTMENT OF DEFENSE, AND THE

01:36PM  11    PHARMACEUTICAL INDUSTRY, AND THEY DESCRIBED BOTH OF THOSE, BOTH

01:36PM  12    OF THOSE ACTIVITIES.

01:36PM  13         THE DEPARTMENT OF DEFENSE, THEY TALKED ABOUT HOW THEIR

01:36PM  14    TECHNOLOGY HAD BEEN, WAS BEING USED ON MEDEVACS, HOW IMPORTANT

01:36PM  15    IT WAS, HOW IT ACTUALLY SAVED LIVES IN THE BATTLEFIELD TO GET

01:36PM  16    REALLY IMPORTANT DIAGNOSTIC INFORMATION TO EMERGENCY --

01:36PM  17    MILITARY EMERGENCY ROOMS WITHIN AN HOUR THAT SAVED LIVES.

01:36PM  18         THEY TALKED ABOUT THE PHARMACEUTICAL INDUSTRY AND HOW THEY

01:36PM  19    HAD NUMEROUS PHARMACEUTICAL CLIENTS THAT HAD ASKED THEM TO USE

01:36PM  20    THEIR TECHNOLOGY, DEVELOP SPECIFIC TESTS FOR EXPERIMENTAL

01:36PM  21    MEDICINES, WHICH THEY THEN, WHICH THEY THEN DID AND PROVIDED

01:36PM  22    THAT SERVICE TO THOSE COMPANIES.

01:37PM  23         AND THEY SAID THAT THERE WERE SO MANY THINGS THAT THEY HAD

01:37PM  24    TO DO WORKING WITH THE PHARMACEUTICAL COMPANIES, SO MANY

01:37PM  25    DIFFERENT TESTS THAT THEY HAD TO DEVELOP, THAT THAT'S WHAT

01:37PM 1    OPENED THEIR EYES TO THE IDEA THAT, YOU KNOW, WE SHOULD, WE

01:37PM 2    SHOULD DO A BROAD RETAIL PRODUCT.

01:37PM 3         THEY, THEY THEN TALKED ABOUT THE QUALITY OF THE TECHNOLOGY

01:37PM 4    AND EXPLAINED TO US THAT THEIR SYSTEMS, THEIR PROPRIETARY

01:37PM 5    TECHNOLOGY WAS ACTUALLY SUPERIOR TO THE CONVENTIONAL LABORATORY

01:37PM 6    SYSTEMS THAT WERE USED.

01:37PM 7         AND THEY DESCRIBED THE VARIABILITY THAT EXISTS IN A

01:37PM 8    TYPICAL REFERENCE LAB WHERE YOU SEE ALL SORTS OF DIFFERENT

01:37PM 9    THIRD PARTY EQUIPMENT.  ALL OF THAT EQUIPMENT HAS HUMAN LAB

01:37PM 10   TECHNICIANS THAT OPERATE THAT EQUIPMENT, THERE'S DIFFERENT

01:37PM 11   CHEMICALS THAT GO THAT NEED TO BE USED WITH DIFFERENT SYSTEMS,

01:37PM 12   AND THAT INTRODUCES A LOT OF VARIABILITY INTO TESTING RESULTS,

01:37PM 13   BOTH BETWEEN DIFFERENT PIECES OF EQUIPMENT IN THE SAME LAB, AND

01:38PM 14   THEN BETWEEN DIFFERENT LABORATORIES.

01:38PM 15        AND THEY CONTRASTED THAT TO THEIR TECHNOLOGY, WHICH WAS

01:38PM 16   EVERYTHING WAS CONTAINED, YOU KNOW, IN, IN ONE, IN ONE SYSTEM.

01:38PM 17        AND AS A RESULT, THEY HAD NO HUMAN VARIATION, AND THEY

01:38PM 18   EXPLAINED TO US THAT THAT DRAMATICALLY DECREASED THE

01:38PM 19   VARIABILITY AND THE CONSISTENCY OF RESULTS ON THEIR PROPRIETARY

01:38PM 20   TECHNOLOGY, AND I THINK THEY TOLD US SOMETHING TO THE ORDER OF,

01:38PM 21   YOU KNOW, LESS THAN 3 PERCENT OR 4 PERCENT KIND OF VARIATION,

01:38PM 22   SYSTEM LEVEL VARIATION.

01:38PM 23        AND THEY COMPARED THAT TO TESTS, I THINK THEY USED THE

01:38PM 24   EXAMPLE LIKE HIGH DENSITY LIPOPROTEIN, OR HDL, WHERE YOU CAN

01:38PM 25   SEE 30, 35 PERCENT VARIATION WITHIN THE SAME LAB JUST BECAUSE

01:38PM 1    OF INHERENTLY, YOU KNOW, ALL OF THE SOURCES OF POTENTIAL ERROR

01:39PM 2    AND VARIANCE THAT COULD OCCUR.

01:39PM 3         SO THEY EXPLAINED THAT TO US.

01:39PM 4         WE THEN PIVOTED BACK --

01:39PM 5    Q.   MR. GROSSMAN, I DON'T MEAN TO INTERRUPT YOU, BUT I DID

01:39PM 6    HAVE SOME FOLLOW-UP QUESTIONS ABOUT WHAT YOU JUST DESCRIBED.

01:39PM 7    SO I DON'T MEAN TO CUT YOU OFF.

01:39PM 8         BUT LET ME ASK YOU AND GO BACK TO WHERE YOU STARTED, WHICH

01:39PM 9    WAS THE SECURITY PROCEDURES THAT YOU WERE GOING THROUGH IN

01:39PM 10   THERE.

01:39PM 11        YOU'VE BEEN AT PRIVATE COMPANIES BEFORE AS PART OF YOUR

01:39PM 12   INVESTMENT PROCESS; CORRECT?

01:39PM 13   A.   YES.

01:39PM 14   Q.   AND YOU'VE HAD AN OPPORTUNITY TO -- HOW DID THERANOS'S

01:39PM 15   COMPARE TO WHAT YOU HAD EXPERIENCED PREVIOUSLY?

01:39PM 16   A.   THAT'S ACTUALLY KIND OF WHY I REMEMBER IT IS IT'S -- IT'S

01:39PM 17   VERY UNUSUAL FOR A PRIVATE COMPANY TO HAVE THAT KIND OF

01:39PM 18   SECURITY.

01:39PM 19        NORMALLY YOU GET OFF THE ELEVATOR AND YOU'RE IN THE OFFICE

01:39PM 20   AND THERE'S A FEW PEOPLE THERE.

01:39PM 21        AND THIS WAS, THIS WAS LIKE, YOU KNOW, TRYING TO GET INTO

01:39PM 22   A FORTUNE 500 COMPANY AND, YOU KNOW, WITH, YOU KNOW, SECURITY,

01:39PM 23   YOU KNOW, IMPOSING SORT OF SECURITY TYPE, YOU KNOW, PEOPLE THAT

01:39PM 24   WERE IN THE LAB BEE AREA.

01:40PM 25        IT WAS JUST A -- IT HAD A DIFFERENT FEEL, A VERY DIFFERENT

01:40PM  1    FEEL FROM WHAT WE TYPICALLY SEE FROM PRIVATE COMPANIES.

01:40PM  2    Q.   AND WHO DID MOST OF THE TALKING IN THIS MEETING IN

01:40PM  3    DECEMBER OF 2013 WITH MS. HOLMES AND MR. BALWANI?

01:40PM  4    A.   THIS FIRST MEETING, MS. HOLMES DID MOST OF THE TALKING IN

01:40PM  5    THE FIRST MEETING.

01:40PM  6    Q.   AND WERE THERE ANY TIMES WHEN MR. BALWANI INTERRUPTED OR

01:40PM  7    DISAGREED WITH MS. HOLMES?

01:40PM  8    A.   NO, NOT TO MY MEMORY.

01:40PM  9    Q.   AND DID MS. HOLMES AND MR. BALWANI MAKE STATEMENTS TO YOU

01:40PM 10    ABOUT USE OF THERANOS'S TECHNOLOGY BY THE MILITARY?

01:40PM 11    A.   YES.

01:40PM 12    Q.   AND I THINK YOU DESCRIBED YOU WERE TOLD IT WAS BEING USED

01:40PM 13    ON MEDEVAC HELICOPTERS?

01:40PM 14    A.   YEAH, THEY SAID THEY HAD BEEN WORKING WITH THE DEPARTMENT

01:40PM 15    OF DEFENSE AND THE MILITARY FOR THE LAST TEN YEARS, THAT IT HAD

01:40PM 16    BEEN ONE OF THE REASONS THAT -- IT ALLOWED -- THE WORK THAT IT

01:40PM 17    HAD BEEN DOING WITH THE GOVERNMENT HAD ALLOWED THE COMPANY TO

01:40PM 18    GET THROUGH THIS SORT OF STEALTH MODE WHERE THEY WERE -- YOU

01:40PM 19    KNOW, THEY HADN'T RAISED MONEY IN I THINK OVER A DECADE.

01:41PM 20         SO, YEAH, THE GOVERNMENT -- AND THEN OBVIOUSLY THE --

01:41PM 21    USING THIS TECHNOLOGY IN THE BATTLEFIELD ON MEDEVAC

01:41PM 22    HELICOPTERS, YOU KNOW, SPEAKS TO THE, YOU KNOW, THE, THE -- YOU

01:41PM 23    KNOW -- I MEAN, THE GOVERNMENT WOULD NEVER USE A PIECE OF

01:41PM 24    TECHNOLOGY ON SOLDIERS OR IN THE BATTLEFIELD, YOU KNOW, THEY

01:41PM 25    WOULDN'T JUST DO THAT KIND OF CASUALLY.  THEY WOULD HAVE TO GO

01:41PM  1    THROUGH A MAJOR VETTING PROCESS.

01:41PM  2        AND, YOU KNOW, SO IT WAS A -- YOU KNOW, IT WAS AN

01:41PM  3    IMPRESSIVE STATEMENT.

01:41PM  4    Q.   WERE YOU ALSO IMPRESSED BY WHAT MS. HOLMES AND MR. BALWANI

01:41PM  5    SAID ABOUT PHARMACEUTICAL COMPANIES?

01:41PM  6    A.   YES, WE WERE.

01:41PM  7        WE KNEW -- WE KNOW THOSE COMPANIES VERY WELL, THE MERCKS,

01:41PM  8    THE AMGENS, THE PFIZERS.  THE MOST IMPORTANT ASSET THAT THEY

01:41PM  9    HAVE ARE EXPERIMENTAL MEDICINES, AND THE TINIEST MISTAKE IN THE

01:42PM  10   CLINICAL TRIAL CAN SET ONE OF THOSE NEW MEDICINES BACK FOR

01:42PM  11   YEARS.  IT CAN COMPROMISE A CLINICAL TRIAL.  AND SO THEY TAKE

01:42PM  12   THAT MORE SERIOUSLY THAN ANYTHING ELSE IN THE COMPANY.

01:42PM  13       AND SO THE FACT THAT THEY WERE USING THIS DIAGNOSTIC

01:42PM  14   EQUIPMENT IN THOSE CLINICAL TRIAL SETTINGS ON ACTUAL HUMANS,

01:42PM  15   YOU KNOW, THAT WAS ANOTHER, YOU KNOW, REALLY IMPRESSIVE

01:42PM  16   STATEMENT AND JUST SPOKE TO THE QUALITY OF THE PRODUCT AND THE,

01:42PM  17   THE CAPABILITIES OF THE TECHNOLOGY.

01:42PM  18   Q.   AND MS. HOLMES AND MR. BALWANI MADE STATEMENTS TO YOU

01:42PM  19   ABOUT ELIMINATING THE PREANALYTIC ERRORS?  DID I HEAR YOU SAY

01:42PM  20   SOMETHING TO THAT EFFECT?

01:42PM  21   A.   YEAH.  THEY EXPLAINED THAT THIS IS THE -- THE SYSTEM

01:42PM  22   VARIATION ON THEIR TECHNOLOGY WAS DRAMATICALLY LESS THAN THE

01:42PM  23   TYPICAL THIRD PARTY EQUIPMENT THAT ARE USED IN REFERENCE LABS

01:42PM  24   LIKE QUEST OR LABCORP.

01:43PM  25       SO, YES, THAT -- AND I ACTUALLY THEY ACTUALLY QUOTED US A

01:43PM  1    NUMBER, I THINK IT WAS, LIKE, LESS THAN 3 PERCENT OR LESS THAN

01:43PM  2    4 PERCENT OR SOMETHING LIKE THAT.

01:43PM  3    Q.   IN THIS MEETING IN DECEMBER OF 2013 WITH MS. HOLMES AND

01:43PM  4    MR. BALWANI, DID THEY SHOW YOU ANY THERANOS DEVICES?

01:43PM  5    A.   I DON'T RECALL SPECIFICALLY IF IT WAS THAT MEETING OR THE

01:43PM  6    NEXT MEETING, BUT WE DID SEE DEVICES WHEN WE WERE THERE, YES.

01:43PM  7    Q.   DESCRIBE THE DEVICES YOU WERE SHOWN ULTIMATELY.

01:43PM  8    A.   I REMEMBER THEY HAD TWO, TWO DEVICES THAT THEY SHOWED US.

01:43PM  9         THEY SHOWED US THE DEVICE THAT THEY USED I THINK IN THE

01:43PM 10    CLINICAL TRIAL SETTING.  THEY HAD A BANK OF THOSE DEVICES ON

01:43PM 11    TABLES, YOU KNOW, IN A ROOM, IN THE LOBBY AREA FROM WHAT I

01:43PM 12    REMEMBER.

01:43PM 13         AND THEN THEY HAD A SEPARATE ROOM WHERE THEY HAD THE, THE

01:43PM 14    RETAIL, THE CURRENT SORT OF SAMPLE PROCESSING UNIT.  THAT WAS,

01:44PM 15    THAT WAS A DIFFERENT SIZE.  IT WAS -- I THINK IT WAS A LITTLE

01:44PM 16    SMALLER OR A LITTLE BIT WIDER (INDICATING), AND IT HAD MORE OF

01:44PM 17    A USER INTERFACE, A DIFFERENT USER INTERFACE.  THEY HAD A

01:44PM 18    SCREEN THAT I THINK WAS DIFFERENT.

01:44PM 19         AND SO THEY HAD A SEPARATE ROOM WITH THOSE DEVICES THAT

01:44PM 20    WERE, THAT WERE -- WITH THOSE DEVICES, AGAIN, FROM WHAT I

01:44PM 21    REMEMBER, ON A TABLE.

01:44PM 22    Q.   AND THIS IS A ROOM THAT MS. HOLMES AND MR. BALWANI SHOWED

01:44PM 23    YOU?

01:44PM 24    A.   YEAH.  I, I DON'T REMEMBER WHETHER IT WAS ON THE WAY IN OR

01:44PM 25    THE WAY OUT, BUT, YEAH, WE -- I REMEMBER TOURING THAT ROOM.

01:44PM   1          IT WAS IN BETWEEN THE SECURITY AREA AND THE KITCHEN AS YOU

01:44PM   2   WALKED INTO THE BUILDING.  THIS IS THEIR OLD -- THESE ARE THEIR

01:44PM   3   OLD OFFICES BEFORE THEY MOVED OUT ONTO PAGE MILL ROAD.

01:44PM   4   Q.   OKAY.  AND I OBSERVED YOU USING HAND GESTURES IN

01:44PM   5   DESCRIBING THE DEVICES, WHICH AREN'T GOING TO SHOW UP IN THE

01:44PM   6   RECORD.

01:44PM   7          SO CAN YOU GIVE US A SENSE OF HOW BIG THE DEVICES WERE?

01:44PM   8   WHAT THE DIMENSIONS WERE?  HOW THEY COMPARED TO OTHER MEDICAL

01:45PM   9   EQUIPMENT YOU WOULD HAVE OBSERVED?

01:45PM  10   A.   YEAH, THE DEVICES WERE -- THEY WERE THE SIZE OF KIND OF A

01:45PM  11   PC, AND ONE WAS A LITTLE BIT TALLER AND THE OTHER WAS A LITTLE

01:45PM  12   BIT WIDER, BUT ROUGHLY THAT SIZE.  THE FORM FACTOR OF A, OF A

01:45PM  13   PC.

01:45PM  14   Q.   AND WAS THE SIZE OF THE DEVICES ATTRACTIVE TO YOU?

01:45PM  15   A.   I MEAN, IT WAS, YEAH, SHOCKING HOW SMALL THE DEVICES WERE

01:45PM  16   RELATIVE TO WHAT THEY COULD DO, YES.

01:45PM  17   Q.   AND WHY WAS THAT ATTRACTIVE TO YOU?

01:45PM  18   A.   WELL, IT'S -- YOU KNOW, A CONVENTIONAL REFERENCE

01:45PM  19   LABORATORY HAS THOUSANDS OF SQUARE FEET, AND THEY HAVE

01:45PM  20   THOUSANDS OF SQUARE FEET BECAUSE THEY HAVE DIFFERENT EQUIPMENT

01:45PM  21   THAT DOES DIFFERENT TYPES OF ANALYSES.

01:45PM  22          AND IT'S -- SO TO BE ABLE TO TAKE ALL OF THAT AND

01:45PM  23   MINIATURIZE IT INTO SOMETHING THE SIZE OF A PC WAS JUST A --

01:45PM  24   YOU KNOW, IT WAS KIND OF A REVOLUTIONARY APPROACH TO DIAGNOSTIC

01:46PM  25   TESTING.

01:46PM  1    Q.   IN THIS MEETING IN DECEMBER OF 2013, DID MS. HOLMES OR

01:46PM  2    MR. BALWANI MAKE ANY STATEMENTS ABOUT THE AMOUNT OF REVENUE

01:46PM  3    BEING GENERATED BY THERANOS'S RELATIONSHIP WITH PHARMA AND THE

01:46PM  4    MILITARY?

01:46PM  5    A.   I DON'T SPECIFICALLY RECALL -- WELL, I DO REMEMBER AT THE

01:46PM  6    END OF THE MEETING THEY TOLD US THAT THEY HAD RAISED, OH, I

01:46PM  7    WANT TO SAY IT WAS $220 MILLION OVER THE LAST TEN YEARS THROUGH

01:46PM  8    WORKING WITH THE MILITARY AND PHARMA.

01:46PM  9         I DON'T RECALL IF THEY BROKE OUT WHICH WAS WHICH, BUT THAT

01:46PM 10    REVENUE IS WHAT SUSTAINED THE COMPANY OVER THAT TEN YEAR PERIOD

01:46PM 11    THAT THEY WERE IN STEALTH MODE BUILDING THE NUMBER OF TESTS FOR

01:46PM 12    THE RETAIL PRODUCT.

01:46PM 13    Q.   SO YOU WERE TOLD THAT THERANOS HAD 220 MILLION IN REVENUE?

01:46PM 14    A.   YES.

01:46PM 15    Q.   IN SOME COMBINATION FROM PHARMACEUTICAL COMPANIES AND THE

01:47PM 16    MILITARY?

01:47PM 17    A.   CORRECT.

01:47PM 18    Q.   AND WAS THAT IMPRESSIVE TO YOU?

01:47PM 19    A.   YES, IT WAS.

01:47PM 20    Q.   AND WHY WAS IT IMPRESSIVE TO YOU?

01:47PM 21    A.   YES.  WELL, FIRST OF ALL, MILITARY ACCOUNTS AND REVENUE

01:47PM 22    FROM THE GOVERNMENT GO THROUGH A WHOLE VETTING PROCESS,

01:47PM 23    PROCUREMENT PROCESS.  THERE'S TECHNICAL DUE DILIGENCE.

01:47PM 24         SO THE FACT THAT NOT ONLY WAS THE TECHNOLOGY USED IN A

01:47PM 25    BATTLEFIELD SETTING, BUT IT HAD GONE THROUGH THAT WHOLE

01:47PM  1    PROCUREMENT PROCESS WAS EXTREMELY IMPRESSIVE.

01:47PM  2         AND THEN ON THE PHARMACEUTICAL SIDE, THERE ARE -- AS I

01:47PM  3    SAID BEFORE, THAT IS SUCH A CRITICALLY SENSITIVE AREA, YOU

01:47PM  4    KNOW, USING DIAGNOSTIC EQUIPMENT IN A CLINICAL TRIAL SETTING,

01:47PM  5    THE FACT THAT THEY WERE PAYING FOR THOSE SERVICES AND COMPETING

01:47PM  6    AGAINST GREAT COMPANIES, COMAX, IQVIA, PPD, I MEAN, THESE ARE

01:48PM  7    GLOBAL FORTUNE 500 COMPANIES THAT DO THIS TYPE OF CLINICAL

01:48PM  8    TRIAL WORK AND THEY PROVIDE THE LABORATORY SERVICES ASSOCIATED

01:48PM  9    WITH THOSE TRIALS.

01:48PM 10         SO THAT WAS, AGAIN, IT WAS A REAL, A REAL -- IT WAS VERY

01:48PM 11    IMPRESSIVE THAT THEY HAD GENERATED THAT MUCH BUSINESS WITH THE

01:48PM 12    PHARMACEUTICAL INDUSTRY OVER THE LAST TEN YEARS.

01:48PM 13    Q.   HOW DID THIS MEETING IN DECEMBER OF 2013 END?

01:48PM 14    A.   WELL, WE TALKED ABOUT THE WALGREENS DEAL.

01:48PM 15         THEY HIGHLIGHTED THAT THEY WERE -- ACTUALLY, AT THAT POINT

01:48PM 16    IN TIME THEY WERE, THEY WERE IN THE PROCESS OF ROLLING OUT TO

01:48PM 17    ALL 8100 WALGREENS STORES.

01:48PM 18         THEY WERE USING THEIR PROPRIETARY TECHNOLOGY ON ACTUAL

01:48PM 19    HUMANS.  THEY WERE DOING TESTS AND BEING REIMBURSED, WHICH IS A

01:48PM 20    TERM THAT WE USE, WHICH BASICALLY MEANS THAT YOU'RE BEING PAID

01:48PM 21    FOR THOSE SERVICES BY TYPICALLY AN INSURANCE COMPANY.

01:48PM 22         SO THEY WERE -- SO THEY EXPLAINED THAT THAT WAS A -- THIS

01:49PM 23    WASN'T, YOU KNOW, WE ARE GOING TO DO THIS.  THEY WERE ACTUALLY

01:49PM 24    DOING THAT.

01:49PM 25         THEY ALSO TALKED ABOUT THE VERTICAL INTEGRATION, WHICH WE

01:49PM 1    WERE -- WHICH WAS ANOTHER SURPRISING STATEMENT.

01:49PM 2         AND WHEN THEY SAY VERTICALLY INTEGRATED, THEY WERE

01:49PM 3    EXPLAINING THAT THEY WANTED TO, AND THEY WERE, MAKING ALL OF

01:49PM 4    THEIR OWN PROPRIETARY TECHNOLOGY.

01:49PM 5         AND IN THE MEDICAL DEVICE FIELD, IN THE CLINICAL

01:49PM 6    DIAGNOSTIC FIELD, THAT IS VERY UNUSUAL.  IT'S SORT OF LIKE WHAT

01:49PM 7    YOU SEE WITH TECHNOLOGY, IPHONES.  MOST OF THAT IS OUTSOURCED

01:49PM 8    TO COMPANIES THAT ARE -- THAT MAKE OR ASSEMBLE THOSE TYPES OF

01:49PM 9    MACHINES.

01:49PM 10        AND THE SAME IS TRUE IN THE MEDICAL DEVICE AND CLINICAL

01:49PM 11   DIAGNOSTICS PHASE.

01:49PM 12        SO THE FACT THAT THEY'RE GOING TO BE MAKING THEIR OWN

01:49PM 13   PROPRIETARY TECHNOLOGY WAS SURPRISING, AND THEY EXPLAINED THAT

01:49PM 14   THIS WAS BECAUSE IT ALLOWED THEM TO CONTROL THE COSTS, AND IT

01:49PM 15   WAS AN IMPORTANT SOURCE OF COMPETITIVE ADVANTAGE, SOMETHING

01:49PM 16   THAT WE KIND OF BUILT ON IN SUBSEQUENT MEETINGS.

01:49PM 17        AND THEN THE LAST THING WAS WE SORT OF LEFT AND ENDED AT

01:50PM 18   SORT OF THE FINANCING.  WE'RE LOOKING TO RAISE MONEY, WE

01:50PM 19   HAVEN'T RAISED MONEY IN A LONG TIME, AND, YOU KNOW, IF YOU'RE

01:50PM 20   INTERESTED, LET US KNOW IF THERE'S AN INTEREST IN FOLLOWING UP

01:50PM 21   AFTER THIS INITIAL MEETING.

01:50PM 22   Q.   YOU MENTIONED THERE WAS A REFERENCE TO VERTICAL

01:50PM 23   INTEGRATION AND THIS CONCEPT OF MAKING ALL OF YOUR OWN

01:50PM 24   EQUIPMENT.

01:50PM 25        WAS THAT ATTRACTIVE TO YOU?

01:50PM   1    A.   YEAH.  IT WAS, IT WAS AN UNUSUAL, IT WAS AN UNUSUAL

01:50PM   2    STRATEGY FOR A COMPANY, A COMPANY AT THEIR STAGE.

01:50PM   3         BUT I THINK IT HIGHLIGHTED JUST HOW UNIQUE AND SPECIAL THE

01:50PM   4    PROPRIETARY TECHNOLOGY WAS AND HOW IMPORTANT IT WAS THAT THEY

01:50PM   5    CONTROLLED, THAT THEY CONTINUED TO DRIVE THAT TECHNOLOGY DOWN

01:50PM   6    THE COST CURVE.

01:50PM   7         THEY -- THIS KIND OF CAME UP IN SUBSEQUENT MEETINGS, BUT,

01:50PM   8    YOU KNOW, WE REALLY PUSHED THEM ON WHY NOT JUST SELL THE

01:51PM   9    TECHNOLOGY?  WHY NOT JUST BE A CLINICAL DIAGNOSTICS OR MEDICAL

01:51PM  10    DEVICE COMPANY?

01:51PM  11         AND THE ANSWER WAS THAT THEY WANTED TO USE -- BY BEING

01:51PM  12    VERTICALLY INTEGRATING AND MAKING THEIR OWN EQUIPMENT, THAT

01:51PM  13    PROVIDED THEM AN ENORMOUS COST ADVANTAGE IN THE LABORATORY

01:51PM  14    SERVICES BUSINESS.  THEY WERE COMPETING AGAINST COMPANIES THAT

01:51PM  15    HAD TO BUY THIRD PARTY EQUIPMENT THAT COST A LOT OF MONEY, AND

01:51PM  16    THEN THEY HAD TO GET PEOPLE TO WORK THAT EQUIPMENT.

01:51PM  17         SO BY HAVING THEIR OWN EQUIPMENT AND MAKING IT THEMSELVES,

01:51PM  18    THEY HAD THE ABILITY TO REMOVE A NUMBER OF THE -- THEY COULD

01:51PM  19    CONTINUE TO DRIVE DOWN THE COMPLEXITY OF THE DEVICE, THEY COULD

01:51PM  20    DRIVE COST DOWN.

01:51PM  21         AND IT PROVIDED THEM A HUGE COST ADVANTAGE WHEN IT CAME TO

01:51PM  22    DELIVERING LABORATORY SERVICES AGAINST AN INCUMBENT INDUSTRY

01:51PM  23    THAT WAS, FOR ALL INTENTS AND PURPOSES, HADN'T CHANGED IN 30,

01:51PM  24    40 YEARS, AND THAT'S THE LABCORPS AND THE QUESTS OF THE WORLD.

01:52PM  25    Q.   THANK YOU, MR. GROSSMAN.

01:52PM   1        I'VE PLACED BEFORE YOU A BINDER OF DOCUMENTS.  DO YOU HAVE

01:52PM   2    THAT IN FRONT OF YOU?

01:52PM   3    A.   YES.

01:52PM   4            MR. LEACH:  DOES THE COURT HAVE A COPY?

01:52PM   5            THE COURT:  YES.

01:52PM   6    BY MR. LEACH:

01:52PM   7    Q.   I'D LIKE TO DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS

01:52PM   8    EXHIBIT 1360.

01:52PM   9    A.   OKAY.

01:52PM  10    Q.   AND DO YOU SEE IN THE BODY OF THIS DOCUMENT THERE'S AN

01:52PM  11    EMAIL FROM SOMEONE NAMED CHRIS JAMES TO ELIZABETH HOLMES, WITH

01:52PM  12    A COPY TO SUNNY BALWANI AND YOURSELF?

01:52PM  13    A.   YES, I DO.

01:52PM  14    Q.   AND DO YOU SEE THAT THIS IS DATED DECEMBER 23RD, 2013?

01:52PM  15    A.   YES.

01:52PM  16    Q.   AND IS THIS CLOSE IN TIME TO YOUR INITIAL MEETING WITH

01:52PM  17    MS. HOLMES AND MR. BALWANI?

01:52PM  18    A.   YES.  I BELIEVE IT WAS AFTER OUR INITIAL MEETING, YES.

01:52PM  19    Q.   OKAY.  AND DOES THIS RELATE TO FOLLOWUP MR. JAMES HAD WITH

01:53PM  20    YOU AND MS. HOLMES AND MR. BALWANI?

01:53PM  21    A.   YES.

01:53PM  22            MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

01:53PM  23    EXHIBIT 1360.

01:53PM  24            MS. WALSH:  NO OBJECTION.

01:53PM  25            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

GROSSMAN DIRECT BY MR. LEACH                                      6055

01:53PM   1          (GOVERNMENT'S EXHIBIT 1360 WAS RECEIVED IN EVIDENCE.)

01:53PM   2               MR. LEACH:  MS. WACHS, IF WE CAN ZOOM IN ON THE TOP.

01:53PM   3     Q.   MR. GROSSMAN, LET ME FIRST DRAW YOUR ATTENTION TO

01:53PM   4     MR. JAMES'S INITIAL EMAIL ON DECEMBER 19TH.

01:53PM   5          DO YOU SEE WHERE HE WROTE, "ELIZABETH, I WAS JUST CHECKING

01:53PM   6     IN TO SEE IF WE CAN MOVE THE PROCESS FORWARD.  I UNDERSTAND UR

01:53PM   7     PRIORITIES ON GETTING YEAR END CLOSE DONE, BUT WE ARE VERY

01:53PM   8     INTERESTED."

01:53PM   9          DO YOU SEE THAT?

01:53PM  10     A.   YES.

01:53PM  11     Q.   AND WAS IT TRUE IN OR AROUND THIS TIME PERIOD THAT PFM WAS

01:53PM  12     VERY INTERESTED IN A POTENTIAL INVESTMENT?

01:53PM  13     A.   YES, WE WERE VERY IMPRESSED THAT -- WITH WHAT WE LEARNED

01:53PM  14     IN THE FIRST MEETING.

01:53PM  15     Q.   AND THEN UP AT THE TOP MR. JAMES WRITES, "ELIZABETH AND

01:53PM  16     SUNNY,

01:53PM  17          "WE WILL FOLLOW UP WITH DUE DILIGENCE QUESTIONS AND A CALL

01:54PM  18     WITH SUNNY WHEN IT WORKS.  IN TERMS OF THE SIZE, WE ARE VERY

01:54PM  19     FLEXIBLE.  OUR HEALTH CARE FUND CAN DO FROM 5 MIN TO 25 PLUS."

01:54PM  20          DO YOU SEE THAT?

01:54PM  21     A.   YES.

01:54PM  22     Q.   AND AFTER THIS INITIAL MEETING WITH MS. HOLMES AND

01:54PM  23     MR. BALWANI, DID YOU CONTINUE TO ENGAGE WITH MR. BALWANI TO GET

01:54PM  24     INFORMATION ABOUT THERANOS?

01:54PM  25     A.   YES.

01:54PM 1    Q.   LET ME MOVE FORWARD IN TIME TO JANUARY OF 2014.

01:54PM 2         MS. WACHS, WE CAN TAKE THIS DOWN.

01:54PM 3         DID YOU MEET WITH MS. HOLMES AND MR. BALWANI AGAIN EARLY

01:54PM 4    IN JANUARY OF 2014?

01:54PM 5    A.   YES.

01:54PM 6    Q.   WHERE WAS THIS MEETING?

01:54PM 7    A.   THAT MEETING WAS ALSO -- IT WAS IN THEIR CORPORATE

01:54PM 8    HEADQUARTERS ON CALIFORNIA AVENUE IN PALO ALTO.

01:54PM 9    Q.   OKAY.  WHO ATTENDED THIS MEETING?

01:54PM 10   A.   THIS MEETING WE BROUGHT A NUMBER OF OTHER INVESTMENT

01:54PM 11   PROFESSIONALS FROM OUR FIRM.

01:54PM 12        SO WE HAD VIVEK KHANNA, WHO IS OUR -- HE'S OUR HEALTH CARE

01:55PM 13   SERVICES ANALYST; WE HAD ALEX RABODZEY, WHO IS OUR BIOTECH

01:55PM 14   DIAGNOSTICS ANALYST; AND THEN I THINK WE HAD SRI BALASURYAN,

01:55PM 15   WHO WAS OUR JUNIOR ANALYST AT THE TIME AND HELPS WITH A LOT OF

01:55PM 16   THE MODEL BUILDING AND KIND OF WORKED FOR EVERYBODY, WORKED FOR

01:55PM 17   A NUMBER OF THE SENIOR PEOPLE.

01:55PM 18        I WAS ALSO THERE.

01:55PM 19        AND I DON'T RECALL WHETHER MY PARTNER, CHRIS, WAS THERE OR

01:55PM 20   NOT.  HE MAY HAVE BEEN.

01:55PM 21   Q.   OKAY.  WERE YOU SHOWN ANY DOCUMENTS DURING THIS MEETING?

01:55PM 22   A.   YES.  THIS MEETING WE WERE SHOWN -- THEY HAD A

01:55PM 23   PRESENTATION ON A LAPTOP AND THAT INCLUDED A NUMBER OF -- IT

01:55PM 24   INCLUDED A PRESENTATION.  IT HAD, IT HAD SCIENTIFIC TESTING

01:55PM 25   INFORMATION, AND IT ALSO HAD -- THEY ALSO HAD A FINANCIAL MODEL

01:55PM   1    OF THE COMPANY THAT WE, WE REVIEWED IN THAT MEETING.

01:56PM   2    Q.   PRIOR TO THIS MEETING, DID YOU PROPOUND QUESTIONS TO

01:56PM   3    MR. BALWANI ON CERTAIN TOPICS THAT YOU WERE LOOKING FOR

01:56PM   4    INFORMATION ON?

01:56PM   5    A.   YES.  WE -- OUR TEAM PUT TOGETHER A LIST OF QUESTIONS SO

01:56PM   6    THAT WE COULD MAKE THE NEXT MEETING AS PRODUCTIVE AS POSSIBLE.

01:56PM   7         SO WE ASSEMBLED THOSE QUESTIONS AND THEN SENT THEM TO I

01:56PM   8    BELIEVE IT WAS MR. BALWANI.

01:56PM   9    Q.   LET ME DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS

01:56PM   10   EXHIBIT 1404.

01:56PM   11        DOES THIS APPEAR TO BE AN EMAIL FROM MR. BALWANI TO YOU

01:56PM   12   AND OTHERS DATED JANUARY 7TH, 2014?

01:56PM   13   A.   YES.

01:56PM   14   Q.   AND DO YOU SEE THE TOPIC DUE DILIGENCE QUESTIONS?

01:57PM   15   A.   YES.

01:57PM   16        MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

01:57PM   17   EXHIBIT 1404.

01:57PM   18        MS. WALSH:  NO OBJECTION.

01:57PM   19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:57PM   20   (GOVERNMENT'S EXHIBIT 1404 WAS RECEIVED IN EVIDENCE.)

01:57PM   21        MR. LEACH:  LET'S START, IF WE COULD, MS. WACHS, AT

01:57PM   22   THE BOTTOM OF PAGE 1.

01:57PM   23   Q.   DO YOU SEE, MR. GROSSMAN, THE DATE OF THIS IS

01:57PM   24   JANUARY 6TH, 2014?

01:57PM   25   A.   YES.

01:57PM 1     Q.   AND THE SUBJECT IS DUE DILIGENCE QUESTIONS?

01:57PM 2     A.   YES.

01:57PM 3     Q.   AND IN THE FIRST PARAGRAPH YOU WROTE, "I HOPE YOU BOTH HAD

01:57PM 4     AN ENJOYABLE FINISH TO WHAT WAS OBVIOUSLY A TREMENDOUSLY

01:57PM 5     SUCCESSFUL YEAR FOR THE COMPANY."

01:57PM 6         AND THEN YOU CONTINUE.  "BELOW IS OUR LIST OF DUE

01:57PM 7     DILIGENCE QUESTIONS.  WE WERE HOPING TO START THE PROCESS AS

01:57PM 8     SOON AS POSSIBLE."

01:57PM 9         DO YOU SEE THAT?

01:57PM 10     A.   YES.

01:57PM 11     Q.   AND DOES THIS INCLUDE A LIST OF QUESTIONS THAT YOU PUT

01:57PM 12     FORTH TO MS. HOLMES AND MR. BALWANI ABOUT WHAT YOU WANTED TO

01:57PM 13     LEARN ABOUT THERANOS?

01:57PM 14     A.   YES.

01:57PM 15     Q.   OKAY.  AND IF WE COULD ZOOM BACK UP, MS. WACHS, TO THE

01:58PM 16     NEXT EMAIL IN THE CHAIN.

01:58PM 17         DO YOU SEE A RESPONSE FROM MR. BALWANI?

01:58PM 18     A.   YES.

01:58PM 19     Q.   AND DO YOU SEE WHERE HE WROTE IN THE SECOND PARAGRAPH, "WE

01:58PM 20     ARE AVAILABLE THIS WEDNESDAY FROM 1-5 P.M. OR ON FRIDAY FROM 9

01:58PM 21     A.M. TO 1 P.M. AT OUR OFFICE.  WE CAN COVER ALL OF YOUR

01:58PM 22     QUESTIONS IN DETAIL."

01:58PM 23         IS THAT WHAT MR. BALWANI WROTE TO YOU?

01:58PM 24     A.   YES.

01:58PM 25     Q.   OKAY.  AND IF WE CAN ZOOM OUT AGAIN, MS. WACHS.  AND

01:58PM   1    ACTUALLY, IF WE CAN GO ONE MORE UP THE CHAIN.

01:58PM   2         DOES IT APPEAR THAT YOU AND MR. BALWANI CONFIRMED A

01:58PM   3    MEETING FOR FRIDAY THAT FIRST OR SECOND WEEK OF JANUARY AT

01:58PM   4    THERANOS'S OFFICES?

01:58PM   5    A.   YES.

01:58PM   6    Q.   OKAY.  I'D LIKE TO GO THROUGH SOME OF THE QUESTIONS THAT

01:58PM   7    YOU ASKED ON PAGE 2.

01:59PM   8         BEFORE WE GET TO THE QUESTIONS, IN THIS YOU WROTE, DEAL

01:59PM   9    TEAM:  BRIAN GROSSMAN, ALEX RABODZEY, VIVEK KHANNA, AND

01:59PM  10    SRI BALASURYAN?

01:59PM  11         DO YOU SEE THAT?

01:59PM  12    A.   YES.

01:59PM  13    Q.   AND ARE THOSE FOLKS THAT WORK WITHIN YOUR COMPANY?

01:59PM  14    A.   YES.

01:59PM  15    Q.   AND YOU HAVE AN OUTLINE WITH SEVEN BULLETS BEGINNING WITH

01:59PM  16    TECHNOLOGY AND ENDING IN FINANCIAL MODEL/PROJECTIONS.

01:59PM  17         DO YOU SEE THAT?

01:59PM  18    A.   YES.

01:59PM  19    Q.   AND DO THESE COVER THE TOPICS THAT YOU WERE TRYING TO GET

01:59PM  20    INFORMATION FROM MS. HOLMES AND MR. BALWANI ABOUT TO MAKE AN

01:59PM  21    INVESTMENT DECISION?

01:59PM  22    A.   YES.

01:59PM  23    Q.   OKAY.  LET'S ZOOM IN ON PARAGRAPH 1 IF WE COULD,

01:59PM  24    MS. WACHS.

01:59PM  25         YOUR FIRST QUESTION WAS, "HOW DOES YOUR ACCURACY AND SPEED

01:59PM   1    STACK UP AGAINST TRADITIONAL TESTS."

01:59PM   2        DO YOU SEE THAT?

01:59PM   3    A.   YES.

01:59PM   4    Q.   AND WHY WERE YOU ASKING THAT?

02:00PM   5    A.   WELL, WE WANTED TO UNDERSTAND WHETHER THE TECHNOLOGY WAS

02:00PM   6    BETTER THAN CONVENTIONAL DIAGNOSTIC EQUIPMENT, WHETHER IT WAS

02:00PM   7    EQUIVALENT, WHETHER IT WAS MAYBE NOT QUITE AS GOOD BUT IT WAS

02:00PM   8    FASTER.

02:00PM   9        WE WANTED TO REALLY UNDERSTAND EXACTLY WHAT THE

02:00PM  10    CAPABILITIES WERE, WHAT THE LIMITATIONS WERE SO THAT WE COULD

02:00PM  11    UNDERSTAND HOW THIS WAS LIKELY GOING TO IMPACT THE LAB TESTING

02:00PM  12    MARKET OVER THE NEXT COUPLE OF YEARS.

02:00PM  13    Q.   AND DID THIS TOPIC COME UP IN YOUR MEETING WITH MS. HOLMES

02:00PM  14    AND MR. BALWANI AT THERANOS'S OFFICES?

02:00PM  15    A.   YES.

02:00PM  16    Q.   AND WHAT DID THEY TELL YOU?

02:00PM  17    A.   THIS WAS ONE OF THE FIRST THINGS WE TALKED ABOUT IN THE

02:00PM  18    MEETING, IN THE SECOND MEETING SUBSEQUENT TO THIS.

02:00PM  19        AND THEY REITERATED WHAT THEY TOLD US IN THE FIRST

02:00PM  20    MEETING, WHICH WAS THEIR TECHNOLOGY COULD DO EVERYTHING THAT A

02:00PM  21    REFERENCE LAB OFFERS IN A RETAIL SETTING.

02:00PM  22        THEY -- THERE WERE NO LIMITATIONS.  IT TOOK A LOT OF WORK.

02:01PM  23    IT WAS HARD WORK TO KIND OF GET TO THIS POINT, BUT THEY WERE

02:01PM  24    CRYSTAL CLEAR THAT THEY NEEDED TO WAIT UNTIL THEY HAD

02:01PM  25    100 PERCENT COVERAGE BEFORE THEY ROLLED OUT A RETAIL STRATEGY.

02:01PM  1        THEY EXPLAINED HOW THE ONE CHALLENGING AREA FOR THEM WAS

02:01PM  2   MEASURING -- WAS A PROCESS -- AN ANALYTIC TECHNOLOGY CALLED

02:01PM  3   CULTURING WHERE YOU GROW MICROORGANISMS.

02:01PM  4        THEY SAID THAT WAS ONE OF THE HARDEST THINGS THAT THEY HAD

02:01PM  5   TO DEAL WITH.

02:01PM  6        AND THEY EXPLAINED THAT THEY HAD A TECHNOLOGICAL

02:01PM  7   BREAKTHROUGH THAT THEY HAD DEVELOPED ON THEIR OWN CALLED

02:01PM  8   NUCLEIC ACID AMPLIFICATION, WHICH ALLOWED THEM TO IDENTIFY

02:01PM  9   THESE MICROORGANISMS, WHICH CAN BE BACTERIA OR VIRUSES, IN A

02:01PM 10   MATTER OF MINUTES INSTEAD OF WHAT TYPICALLY TOOK TWO OR THREE

02:01PM 11   DAYS, AND THAT WAS GOING TO FORM THE BASIS OF AN ENTIRELY NEW

02:02PM 12   BUSINESS FOCUSSING ON HELPING HOSPITALS OR REPLACING -- USING

02:02PM 13   THIS TECHNOLOGY TO HELP TEST FOR THESE TYPES OF BACTERIA AND

02:02PM 14   VIRUSES, THESE MICROORGANISMS.

02:02PM 15        SO THAT, THAT -- AND I GUESS THE ONLY OTHER THING IS THAT

02:02PM 16   THEY -- YOU KNOW, THAT I WOULD ADD IS THAT THEY DESCRIBED, YOU

02:02PM 17   KNOW, THE WHOLE PROCESS OF HOW YOU HAVE TO DEVELOP THE TEST,

02:02PM 18   VALIDATE THE TEST, AND THEN BRING THAT UP IN THEIR CLIA

02:02PM 19   LABORATORY.

02:02PM 20        AND THEY WERE -- THEY EMPHASIZED TO US THAT THEY DID THIS,

02:02PM 21   EVERY ONE OF THESE TESTS THEY DEVELOPED AND VALIDATED WAS DONE

02:02PM 22   ON THEIR PROPRIETARY SYSTEMS.

02:02PM 23   Q.   YOU GO ON TO ASK, "WHAT ARE THE KEY TESTS FROM A

02:03PM 24   COMMERCIAL STANDPOINT AND HOW DOES ACCURACY AND SPEED COMPARE

02:03PM 25   SPECIFICALLY ON THOSE?

02:03PM  1          "CAN YOU ANALYZE SAMPLES AT POC (WALGREENS) OR WILL IT

02:03PM  2   NEED TO GO TO A CLIA FACILITY?

02:03PM  3          "WHAT ARE THE LIMITATIONS TO THE TECHNOLOGY?  WHAT TESTS

02:03PM  4   ARE NOT FEASIBLE?"

02:03PM  5          WERE THESE QUESTIONS YOU POSED TO MS. HOLMES AND

02:03PM  6   MR. BALWANI IN YOUR MEETING IN JANUARY OF 2014?

02:03PM  7   A.   YES.

02:03PM  8   Q.   AND WHAT WERE YOU TOLD?

02:03PM  9   A.   WELL, THE ANSWER -- SO GOING KIND OF ONE BY ONE, THERE

02:03PM 10   WERE OVER A THOUSAND BILLING CODES FOR LABORATORIES -- THAT

02:03PM 11   LABORATORIES USED IN THE RETAIL SETTING.  THEY COULD MATCH --

02:03PM 12   THEIR ANALYTIC TECHNIQUES COULD MATCH ALL OF THOSE.  SO THEY

02:03PM 13   REITERATED THAT.

02:03PM 14          THEY EXPLAINED THAT THEY COULD GET RESULTS IN FOUR HOURS,

02:03PM 15   WHICH WAS FASTER THAN TYPICAL REFERENCE LABS.

02:04PM 16          AND THEY TALKED ABOUT HOW THAT HAD THE POTENTIAL TO CHANGE

02:04PM 17   THE PARADIGM WHERE PHYSICIANS AND PATIENTS INTERACT.  YOU COULD

02:04PM 18   HAVE YOUR LAB TESTS DONE ON THE SAME DAY THAT YOU SEE YOUR

02:04PM 19   DOCTOR, AND HOW PROFOUND THAT WAS.

02:04PM 20          THEY ALSO EXPLAINED THAT A TECHNOLOGY LIKE THIS THAT WAS

02:04PM 21   SAFER, EASIER TO ACCESS, FASTER, AS WE GOT MORE INTO THE

02:04PM 22   MEETING, LESS EXPENSIVE, WOULD DRAMATICALLY INCREASE THE SIZE

02:04PM 23   OF THE MARKET.  SO THEY ALSO KIND OF EXPLAINED THAT TO US.

02:04PM 24          THEY -- AS FAR AS THE THIRD -- THE NEXT BULLET POINT, THEY

02:04PM 25   EXPLAINED HOW THEY HAD A TWO-STAGE APPROACH TO THE RETAIL

02:04PM  1      SETTING.

02:04PM  2           STAGE ONE WOULD BE USING THEIR PROPRIETARY TECHNOLOGY IN

02:04PM  3      THEIR OWN CLIA LABORATORY FACILITIES, COLLECTING SPECIMENS FROM

02:04PM  4      WALGREENS LOCATIONS, AND THEN ANALYZING THEM LOCALLY.

02:05PM  5           PHASE TWO WOULD BE WHERE THEY WOULD ACTUALLY USE THE --

02:05PM  6      THEY WOULD DEPLOY THE SAMPLE PROCESSING UNIT INTO THE WALGREENS

02:05PM  7      SETTING.

02:05PM  8           SO THEY EXPLAINED THOSE WERE THE TWO PHASES.

02:05PM  9           AND AS FAR AS LIMITATIONS AND WHAT WASN'T FEASIBLE, THEY

02:05PM  10     SAID THERE WAS NOTHING THAT WAS -- THAT THERE WERE NO

02:05PM  11     LIMITATIONS TO THE TECHNOLOGY.

02:05PM  12     Q.   YOU SAID THERE WAS A DISCUSSION ABOUT COSTS OR THE COST OF

02:05PM  13     THE DEVICE.

02:05PM  14          DO YOU RECALL THAT COMING UP IN THIS JANUARY MEETING?

02:05PM  15     A.   YES.

02:05PM  16          THEY EXPLAINED TO US THAT -- WELL, THERE WERE SORT OF TWO

02:05PM  17     ASPECTS OF COST.

02:05PM  18          THE FIRST IS THAT THEY EXPLAINED THAT THEIR DEVICES

02:05PM  19     ALREADY, THEY ALREADY COST LESS THAN SOME OF THE OTHER

02:05PM  20     EQUIPMENT THAT THIRD PARTY LABORATORIES HAD TO BUY, AND THAT

02:05PM  21     THEY USED AN EXAMPLE OF A COMPANY CALLED CEPHEID AND ANOTHER

02:05PM  22     COMPANY CALL ILLUMINA, BOTH OF WHICH SELL EXPENSIVE MOLECULAR

02:05PM  23     DIAGNOSTIC EQUIPMENT, SO THE TYPE OF STUFF THAT CAN IDENTIFY,

02:06PM  24     THAT CAN IDENTIFY GENETIC MATERIAL WITHIN A SAMPLE.

02:06PM  25          THEY ALREADY HAD -- THEIR TECHNOLOGY ALREADY COST

02:06PM 1    20 PERCENT LESS THAN THOSE MACHINES, AND THEY HAD A -- THEY

02:06PM 2    BELIEVED THEY WOULD BE 80 PERCENT BELOW THE COST OF THOSE

02:06PM 3    MACHINES WITHIN A SHORT PERIOD OF TIME AS THEY RAMPED

02:06PM 4    PRODUCTION OF THEIR MINILABS.

02:06PM 5        THEY ALSO EXPLAINED TO US THAT THIS WHOLE CONCEPT OF

02:06PM 6    TAKING THE ENTIRE LAB AND MINIATURIZING IT HAD PROFOUND

02:06PM 7    IMPLICATIONS FOR COST.

02:06PM 8        UNLIKE CONVENTIONAL LABORATORIES, YOU WOULDN'T HAVE TO

02:06PM 9    HAVE A BIG, THOUSANDS OF SQUARE FOOT FACILITY.  YOU WOULDN'T

02:06PM 10   HAVE TO PUT MULTIPLE MACHINES INTO THOSE FACILITIES.

02:06PM 11       THEY COULD SERVICE -- THE EXAMPLE THEY GAVE US WAS THE

02:06PM 12   PHOENIX MARKET.  THEY COULD SUPPORT THE ENTIRE PHOENIX ROLLOUT,

02:07PM 13   THE ENTIRE PHOENIX MARKET WITH A 200 SQUARE FOOT FACILITY USING

02:07PM 14   THE PROPRIETARY TECHNOLOGY.

02:07PM 15       AND THEY SAID IT PROVIDED AN ENORMOUS COST ADVANTAGE

02:07PM 16   RELATIVE TO THE QUESTS AND THE LABCORPS THAT THEY COMPETE WITH,

02:07PM 17   AND IT WAS THE REASON WHY THEY COULD OFFER THEIR SERVICE AT

02:07PM 18   HALF THE MEDICARE PRICE.

02:07PM 19   Q.   SO HAVING A DEVICE THAT WAS SMALLER AND COST LESS AND FIT

02:07PM 20   WITHIN A SMALLER SQUARE FOOTAGE AREA, THAT WAS WHAT WAS -- WAS

02:07PM 21   THAT ATTRACTIVE TO YOU?

02:07PM 22   A.   IT WAS A RADICAL CHANGE IN HOW THIS INDUSTRY OPERATED.

02:07PM 23   IT, IT WAS -- IT HAD ENORMOUS IMPLICATIONS FOR THE EXISTING

02:07PM 24   INDUSTRY.

02:07PM 25       AND IT'S ONE OF THE THINGS THAT, AS INVESTORS, WE LOOK FOR

02:07PM  1    IF YOU CAN FIND SOMETHING NEW THAT IS A WIN FOR EVERYBODY.  THE

02:07PM  2    PATIENT WINS, THE SYSTEM WINS, YOU KNOW, YOU HAVE BETTER HEALTH

02:08PM  3    OUTCOMES.

02:08PM  4         YOU KNOW, THIS SEEMED TO CHECK ALL OF THOSE BOXES BASED ON

02:08PM  5    THAT.

02:08PM  6    Q.  AND WERE YOU TOLD THAT THIS WAS SOMETHING THAT WAS

02:08PM  7    ASPIRATIONAL, THAT THERANOS HOPED TO DO ONE DAY?  OR SOMETHING

02:08PM  8    THAT THERANOS COULD DO IN JANUARY OF 2014?

02:08PM  9              MS. WALSH:  OBJECTION.  LEADING.

02:08PM  10             THE COURT:  OVERRULED.

02:08PM  11        YOU CAN ANSWER THE QUESTION.

02:08PM  12             THE WITNESS:  THEY TOLD US IN THE FIRST MEETING THAT

02:08PM  13   THEY WERE ALREADY USING THE TECHNOLOGY ON HUMANS IN THE ACTUAL

02:08PM  14   SETTING AT WALGREENS.  THAT WAS IN LATE DECEMBER.

02:08PM  15        AND THEY ALREADY TOLD US THAT IT HAD BEEN USED -- THEY

02:08PM  16   ALREADY TOLD US THAT IT HAD BEEN USED ON MEDEVACS IN THE

02:08PM  17   MILITARY ENVIRONMENT, BATTLEFIELD ENVIRONMENT, AND THAT IT HAD

02:08PM  18   BEEN USED FOR YEARS IN THE CLINICAL TRIAL PHARMACEUTICAL

02:08PM  19   SETTING.

02:08PM  20        SO OUR UNDERSTANDING WAS THAT THIS WAS A TECHNOLOGY THAT

02:09PM  21   EXISTED TODAY.  THERE WAS NOTHING ASPIRATIONAL ABOUT WHAT THEY

02:09PM  22   HAD TOLD US THE TECHNOLOGY WAS CAPABLE OF DOING.

02:09PM  23             MR. LEACH:  IF WE CAN ZOOM OUT, MS. WACHS, AND GO

02:09PM  24   DOWN TO --

02:09PM  25   Q.  DO YOU SEE THERE'S A HEADING NUMBER 2, INTELLECTUAL

02:09PM   1          PROPERTY AND BARRIERS TO ENTRY?

02:09PM   2          A.   I SHOULD ALSO SAY, THEY TOLD US THEY WAITED UNTIL THEY

02:09PM   3          COULD COVER THE FULL QUEST AND LABCORP MENU BEFORE THEY DID THE

02:09PM   4          WALGREENS PARTNERSHIP.

02:09PM   5          Q.   THANK YOU.

02:09PM   6               GOING BACK TO EXHIBIT 1404, DID YOU ALSO PUT TO MS. HOLMES

02:09PM   7          AND MR. BALWANI QUESTIONS ABOUT INTELLECTUAL PROPERTY AND

02:09PM   8          BARRIERS TO ENTRY?

02:09PM   9          A.   YES.

02:09PM   10         Q.   AND DID THOSE INCLUDE QUESTIONS ABOUT AN UNDERSTANDING OF

02:09PM   11         KEY PATENTS?

02:09PM   12         A.   YES.

02:09PM   13         Q.   IF WE CAN GO FURTHER DOWN IN THIS, DO YOU SEE THERE'S A

02:09PM   14         HEADING WALGREENS RELATIONSHIP AND COMMERCIAL STRATEGY?

02:09PM   15              DO YOU SEE THAT?

02:10PM   16         A.   I DO.

02:10PM   17         Q.   AND YOU WROTE, "IS THE WALGREENS RELATIONSHIP EXCLUSIVE?

02:10PM   18         CAN YOU SELL ANALYZERS TO PHYSICIANS?"

02:10PM   19              DO YOU SEE THAT?

02:10PM   20         A.   YES.

02:10PM   21         Q.   AND THEN IN THE NEXT BULLET, "WHAT IS THE TECHNICAL

02:10PM   22         LIMITATIONS FOR THE EXISTING ANALYZER THAT WILL BE ROLLED OUT

02:10PM   23         AS PART OF THE WALGREENS STRATEGY?"

02:10PM   24              DO YOU SEE THAT?

02:10PM   25         A.   I DO, YEAH.

02:10PM  1    Q.   AND WHAT DID YOU MEAN BY "ANALYZER"?

02:10PM  2    A.   WELL, THIS IS -- SOMETIMES WE TRY TO ASK THE SAME

02:10PM  3    QUESTION, LIKE, SIX, SEVEN DIFFERENT TIMES OR WAYS.

02:10PM  4         SO WE'RE STILL KIND OF ASKING THE SAME -- WE WANT TO BE

02:10PM  5    CRYSTAL CLEAR THAT THERE'S NO AMBIGUITY, THERE'S NO CONFUSION

02:10PM  6    AROUND WHAT THE TECHNOLOGY CAN AND CAN'T DO.

02:10PM  7         SO THIS IS ANOTHER SIMILAR QUESTION TO THE FIRST SECTION

02:10PM  8    THAT WE WENT THROUGH.

02:10PM  9         BUT -- SO WE'RE JUST TRYING TO UNDERSTAND WHAT -- WE'RE

02:10PM 10    REALLY TRYING TO UNDERSTAND, WHAT IS THE BUSINESS MODEL HERE?

02:10PM 11    ARE YOU -- IS WALGREENS YOUR ONLY PARTNER YOU'RE EVER GOING TO

02:10PM 12    HAVE?

02:11PM 13         IS -- ARE YOU ABLE TO WORK WITH OTHER RETAILERS?

02:11PM 14         WOULD YOU EVER CONSIDER SELLING THESE DEVICES TO

02:11PM 15    PHYSICIANS?

02:11PM 16         THE REASON THAT'S AN IMPORTANT QUESTION IS COMPANIES LIKE

02:11PM 17    CEPHEID -- WE TALKED ABOUT THAT A FEW MINUTES AGO -- THAT MAKE

02:11PM 18    THE MOLECULAR TESTING SYSTEMS, THEY HAD MULTIBILLION DOLLAR

02:11PM 19    MARKET CAPS.

02:11PM 20         AND THERANOS HAD TOLD US THAT THEIR TECHNOLOGY WAS

02:11PM 21    DRAMATICALLY BETTER THAN WHAT THOSE COMPANIES WERE ABLE TO DO

02:11PM 22    AT THAT POINT IN TIME.

02:11PM 23         SO WE WANTED TO UNDERSTAND IF THEY WERE THINKING ABOUT

02:11PM 24    SELLING THESE TO -- AS A MEDICAL DEVICE COMPANY.

02:11PM 25         AND THEN ON THE WALGREENS SIDE, YOU KNOW, WHAT, WHAT IS

02:11PM  1    THE NATURE OF THE RELATIONSHIP?

02:11PM  2         SO THOSE WERE ALL REALLY KEY QUESTIONS THAT WE NEEDED TO

02:11PM  3    UNDERSTAND AT THIS POINT.

02:11PM  4    Q.   OKAY.  YOU WERE ASKING, "WHAT IS THE TECHNICAL LIMITATIONS

02:11PM  5    FOR THE EXISTING ANALYZER THAT WILL BE ROLLED OUT?"

02:12PM  6         AT ANY POINT DID MS. HOLMES OR MR. BALWANI TELL YOU THAT

02:12PM  7    THE THERANOS ANALYZER WAS CURRENTLY BEING USED FOR ONLY A

02:12PM  8    HANDFUL OF TESTS IN THE CLIA LAB?

02:12PM  9    A.   NO.

02:12PM  10   Q.   AT ANY POINT IN TIME DID THEY TELL YOU THAT THERANOS WAS

02:12PM  11   USING MODIFIED COMMERCIALLY AVAILABLE MACHINES TO PERFORM SOME

02:12PM  12   OF THE FINGERSTICK TESTS IN THE CLIA LAB?

02:12PM  13   A.   NO.

02:12PM  14   Q.   AT ANY POINT DID THEY TELL YOU THAT THERANOS WAS USING

02:12PM  15   COMMERCIALLY AVAILABLE MACHINES TO DO THE REMAINDER OF TESTS IN

02:12PM  16   THE CLIA LAB?

02:12PM  17   A.   NO.

02:12PM  18   Q.   WOULD THAT HAVE BEEN RELEVANT TO YOUR INVESTMENT DECISION?

02:12PM  19   A.   IT WOULD HAVE BEEN EXTREMELY RELEVANT.

02:12PM  20   Q.   HOW SO?

02:12PM  21   A.   FIRST OF ALL, IT WOULDN'T HAVE MADE ANY ECONOMIC SENSE.  I

02:12PM  22   MEAN, YOU CAN'T BUY EXPENSIVE THIRD PARTY EQUIPMENT AT HIGHER

02:12PM  23   PRICES THAN HUGE COMPANIES LIKE LABCORP AND QUEST, THE COST

02:12PM  24   THAT THEY WOULD PAY TO BUY THOSE BECAUSE THEY'RE A HUGE

02:12PM  25   SUPPLIER -- A HUGE CUSTOMER, AND THEN CHARGE HALF THE PRICE?

02:13PM 1      I MEAN THAT DOESN'T MAKE ANY -- WE WOULD USE THE TERM THAT

02:13PM 2  DOESN'T REALLY HAVE ANY INDUSTRIAL LOGIC TO IT.  SO THAT

02:13PM 3  WOULDN'T HAVE MADE ANY SENSE.

02:13PM 4      BUT MORE THAN THAT, I MEAN, THE, THE INVESTMENT

02:13PM 5  OPPORTUNITY HERE WAS BEHIND A TECHNOLOGY THAT WAS CAPABLE OF

02:13PM 6  DOING EVERYTHING A COMMERCIAL LABORATORY OFFERED, AND TO DO IT

02:13PM 7  FASTER, TO DO IT MORE CONVENIENTLY, TO DO IT -- TO KEEP TRACK

02:13PM 8  OF YOUR DATA SO THAT A PATIENT COULD POTENTIALLY DOWN THE ROAD

02:13PM 9  IDENTIFY HEALTH ISSUES BEFORE THEY BECAME REALLY PROBLEMATIC,

02:13PM 10 AND WHERE THE PAYOR, WHETHER IT WAS AN INDIVIDUAL PAYING OUT OF

02:13PM 11 POCKET, WHETHER IT WAS AN INSURANCE COMPANY OR THE FEDERAL

02:13PM 12 GOVERNMENT WOULD BE SAVING MONEY, AND IN THE PROCESS EXPAND THE

02:13PM 13 USE OF DIAGNOSTIC TESTING.

02:13PM 14     I THINK WE ALL APPRECIATE HOW IMPORTANT, AFTER THE LAST

02:13PM 15 COUPLE YEARS OF THE PANDEMIC, HOW IMPORTANT ACCURATE DIAGNOSTIC

02:14PM 16 INFORMATION IS.  THERE JUST ISN'T ENOUGH OF THAT IN OUR SYSTEM.

02:14PM 17     SO, YOU KNOW THAT WAS THE -- THAT'S WHY IT WAS SO OPEN

02:14PM 18 ENDED AND TRANSFORMATIVE AND EXCITING TO US AS INVESTORS.

02:14PM 19 Q.  LET'S MOVE FORWARD TO PAGE 3, IF WE COULD, UNDER THE

02:14PM 20 WALGREENS RELATIONSHIP AND COMMERCIAL STRATEGY.

02:14PM 21     IN THE FIRST BULLET YOU WROTE, "WHAT DOES THE WALGREENS

02:14PM 22 SYSTEM COST TO PRODUCE, HOW WILL THAT CHANGE OVER TIME, AND

02:14PM 23 WHAT IS THE TRANSFER PRICING YOU HAVE AGREED TO?"

02:14PM 24     DID -- IS THIS ANOTHER QUESTION THAT YOU POSED TO

02:14PM 25 MS. HOLMES AND MR. BALWANI?

02:14PM  1    A.   YES.

02:14PM  2    Q.   AND WHEN YOU WERE ASKING -- WHY WERE YOU ASKING ABOUT WHAT

02:14PM  3    THE WALGREENS SYSTEM COST TO PRODUCE WAS?

02:14PM  4    A.   WE JUST WANTED TO MAKE SURE THAT THE UNIT ECONOMICS TO

02:14PM  5    BOTH THERANOS AND WALGREENS MADE SENSE, THAT BOTH COMPANIES

02:14PM  6    COULD BENEFIT FROM THIS TECHNOLOGY.

02:15PM  7         AND SO UNDERSTANDING HOW THE ECONOMICS WORKED BETWEEN THE

02:15PM  8    TWO COMPANIES WAS IMPORTANT TO THE DUE DILIGENCE PROCESS.

02:15PM  9    Q.   SO IF THERANOS HAD TO BUY SIEMENS MACHINES TO FULFILL SOME

02:15PM  10   OF ITS TESTING, WOULD THAT HAVE BEEN RESPONSIVE TO THIS

02:15PM  11   QUESTION?

02:15PM  12   A.   THEY NEVER EXPLAINED -- THEY NEVER TALKED ABOUT BUYING ANY

02:15PM  13   THIRD PARTY EQUIPMENT IN THE CONTEXT OF ANY OF THESE QUESTIONS.

02:15PM  14        SO, YES, IT WOULD HAVE BEEN RELEVANT.  IT WOULD HAVE LED

02:15PM  15   TO A WHOLE SERIES OF QUESTIONS.  IT WOULD HAVE BEEN IN DIRECT

02:15PM  16   CONFLICT TO THE STATEMENTS THEY HAD ALREADY MADE THAT THERE

02:15PM  17   WERE NO LIMITATIONS, AND THAT THEY COULD REPRODUCE THE WHOLE

02:15PM  18   MENU OF TESTS.

02:15PM  19        SO IT WOULD HAVE RAISED A WHOLE BUNCH OF RED FLAGS AND

02:15PM  20   QUESTIONS AT THAT POINT IN THE DUE DILIGENCE PROCESS.

02:15PM  21   Q.   IN THE NEXT BULLET YOU WROTE, "HOW DOES VALIDATION PROCESS

02:15PM  22   WORK AS YOU ROLL THIS OUT?  DO ANALYZERS NEED TO BE VALIDATED

02:15PM  23   IN THE FIELD?"

02:16PM  24        AND AGAIN, WHAT DID YOU MEAN BY "ANALYZERS"?

02:16PM  25   A.   THIS IS THE MINILAB, THEIR SAMPLE PROCESSING UNIT.  THAT'S

GROSSMAN DIRECT BY MR. LEACH

02:16PM   1   WHAT ANALYZERS ARE REFERRING TO, THEIR PROPRIETARY SAMPLE

02:16PM   2   PROCESSING UNIT.

02:16PM   3   Q.   AND IF WE CAN ZOOM OUT, PLEASE, MS. WACHS.

02:16PM   4        FURTHER DOWN YOU WROTE, ROUGHLY HALFWAY DOWN, "WHAT IS THE

02:16PM   5   CAP X FROM THE WALGREENS ROLLOUT?  WHAT IS THE INVESTMENT ON

02:16PM   6   THE THERANOS SIDE?  WHAT IS THE WALGREENS INVESTMENT?"

02:16PM   7        WHAT IS CAP X?

02:16PM   8   A.   YEAH, YEAH.  THAT'S A SHORT TERM THAT WE USED FOR CAPITAL

02:16PM   9   EXPENDITURES.

02:16PM  10        AND THE WAY THE ACCOUNTING RULES WORK FOR PUBLIC

02:16PM  11   COMPANIES, YOU HAVE TO -- IF YOU'RE GOING TO SPEND MONEY ON A

02:16PM  12   NEW BUILDING, OR IF YOU'RE GOING TO BUILD A NEW AREA WITHIN THE

02:16PM  13   WALGREENS STORE, OR IF YOU'RE GOING TO MAKE A MACHINE LIKE THE

02:16PM  14   THERANOS PROPRIETARY SAMPLE PROCESSING UNITS, THOSE ARE ALL

02:17PM  15   CAPITAL -- THOSE AREN'T -- YOU DON'T EXPENSE THOSE THE WAY YOU

02:17PM  16   MIGHT THINK.

02:17PM  17        THOSE ACTUALLY ARE CAPITALIZED ON THE BALANCE SHEET, AND

02:17PM  18   THEN OVER SOME PERIOD OF TIME, IT DEPENDS ON KIND OF WHAT THE

02:17PM  19   ASSET IS, IT MAY BE 2 OR 3 YEARS, IT MAY BE 10 YEARS, IT MAY BE

02:17PM  20   30 YEARS, YOU DEPRECIATE THAT CAPITAL INVESTMENT.

02:17PM  21        AND THEN THAT'S WHAT FLOWS THROUGH THE INCOME STATEMENT.

02:17PM  22        SO THIS IS IMPORTANT FOR UNDERSTANDING THE LONG-TERM

02:17PM  23   MARGINS OF THE BUSINESS.

02:17PM  24        BUT AS YOU THINK ABOUT THAT, YOUR CASH OUT OF POCKET IS

02:17PM  25   HIGHER AS YOU RAMP UP YOUR CAPITAL SPENDING, SO YOU NEED A LOT

02:17PM  1    OF CASH EVEN THOUGH IT DOESN'T FLOW THROUGH THE P&L, THE INCOME

02:17PM  2    STATEMENT RIGHT AWAY.

02:17PM  3         SO WE WANTED TO UNDERSTAND WHO IS PAYING FOR WHAT; HOW

02:17PM  4    MUCH CASH YOU'RE GOING TO NEED; HOW MUCH CASH DO YOU NEED ON

02:17PM  5    THE BALANCE SHEET TO SUCCESSFULLY COMMERCIALIZE THIS PRODUCT IN

02:17PM  6    THE RETAIL SETTING?

02:17PM  7         AND THEN WHAT IS WALGREENS GOING TO PAY FOR AND WHAT ARE

02:17PM  8    YOU GOING TO PAY FOR?

02:18PM  9    Q.   SO IS THIS YOUR EFFORT TO UNDERSTAND SOME OF THE ECONOMICS

02:18PM  10   AROUND SOME THE WALGREENS AND THERANOS RELATIONSHIP?

02:18PM  11   A.   YES.

02:18PM  12   Q.   AND IF THERANOS WERE PURCHASING SIEMENS DEVICES TO FULFILL

02:18PM  13   THE WALGREENS ROLLOUT, WOULD THAT HAVE BEEN RESPONSIVE TO THIS

02:18PM  14   QUESTION?

02:18PM  15   A.   YES.

02:18PM  16   Q.   FURTHER DOWN YOU WROTE, "HOW MANY TESTS DO YOU NEED TO RUN

02:18PM  17   FOR YOU TO TURN PROFIT ON THE SYSTEM WHEN ACCOUNTING FOR THE

02:18PM  18   COST OF THE SYSTEM ITSELF?"

02:18PM  19        DO YOU SEE THAT ON THE SECOND BULLET HERE?

02:18PM  20   A.   YES.

02:18PM  21   Q.   IS THAT ANOTHER EFFORT FOR YOU TO TRY TO UNDERSTAND SOME

02:18PM  22   OF THE ECONOMICS BEHIND THIS?

02:18PM  23   A.   YES, IT IS, AND UNDERSTAND, YOU KNOW, WHAT IS, WHAT IS THE

02:18PM  24   BREAK EVEN ON -- WHAT ARE THE ACTUAL OPERATING ECONOMICS ON THE

02:18PM  25   PROPRIETARY TECHNOLOGY.

02:18PM 1    Q.   LET'S ZOOM OUT, MS. WACHS.

02:18PM 2         IF WE CAN ZOOM IN ON THE BOTTOM PORTION OF THE PAGE.

02:18PM 3         DO YOU SEE THAT YOU ALSO HAVE QUESTIONS RELATING TO

02:19PM 4    HOSPITAL MARKET, REIMBURSEMENT, AND REGULATORY?

02:19PM 5    A.   YES.

02:19PM 6    Q.   OKAY.  AND YOUR FIRST BULLET UNDER REGULATORY WAS, "WHAT

02:19PM 7    ARE THE LIMITATIONS ON THE SYSTEM FROM THE REGULATORY

02:19PM 8    STANDPOINT?"

02:19PM 9         DO YOU SEE THAT?

02:19PM 10   A.   YES.

02:19PM 11   Q.   IS THAT A QUESTION THAT YOU PUT TO MS. HOLMES AND

02:19PM 12   MR. BALWANI?

02:19PM 13   A.   YES.

02:19PM 14   Q.   AND WHAT DID THEY SAY?

02:19PM 15   A.   THEY EXPLAINED THAT AS A LAB SERVICE PROVIDER, THEY'RE

02:19PM 16   REGULATED NOT BY THE FDA DIRECTLY, BUT THEY OPERATE UNDER THE

02:19PM 17   CLIA AMENDMENTS.

02:19PM 18        AND THE CLIA AMENDMENTS ARE LAWS THAT WERE PASSED IN THE

02:19PM 19   LATE 1980S THAT SET STANDARDS FOR LABORATORY OPERATIONS, AND IF

02:19PM 20   YOU MEET THOSE STANDARDS, YOU'RE ALLOWED TO BILL THE FEDERAL

02:19PM 21   GOVERNMENT, MEDICARE, MEDICAID -- MEDICARE BEING THE PROGRAM

02:19PM 22   FOR OVER 65, AND MEDICAID BEING THE PROGRAM FOR THE CHILDREN

02:20PM 23   AND SOME OF THE LOWER INCOME OLDER POPULATIONS.

02:20PM 24        SO THEY EXPLAINED THAT THAT WAS THEIR REGULATOR.

02:20PM 25        THEY EXPLAINED THE PROCESS OF HOW THEY ARE REGULATED

02:20PM   1    WITHIN THAT.  THEY HAVE TO GO THROUGH A PROFICIENCY TESTING

02:20PM   2    PROCESS WHERE THEY'RE SENT SAMPLES.  THEY HAVE TO MATCH THOSE

02:20PM   3    SAMPLES ON THE PROPRIETARY TECHNOLOGY.

02:20PM   4        AND THEY TOLD US THAT THEY HAD BEEN ALREADY DOING THIS AND

02:20PM   5    THAT THEY HAD REPEATEDLY AND CONSISTENTLY ACCURATELY READ ALL

02:20PM   6    OF THOSE SAMPLES IN PROFICIENCY TESTING FOR THEIR CLIA LAB.

02:20PM   7        THEY DID, HOWEVER, SAY THAT THEY WANTED TO PURSUE A MORE

02:20PM   8    RIGOROUS, HIGHER STANDARD FOR THEIR TECHNOLOGY.

02:20PM   9        THEY ACTUALLY INTENDED TO FILE FOR FDA APPROVAL FOR ALL OF

02:20PM  10    THEIR TESTS AND ALL OF THEIR EQUIPMENT, WHICH WAS A HIGHER

02:20PM  11    STANDARD THAN THE REST OF THE LAB INDUSTRY OPERATED UNDER.

02:20PM  12        THE REST OF THE LAB INDUSTRY DIDN'T DO THAT.  THEY BOUGHT

02:20PM  13    THIRD PARTY EQUIPMENT.  THEY RAN THOSE WITHIN THEIR LABS, AND

02:21PM  14    THAT WAS A REGULATORY SAFE ZONE TO DO THAT.

02:21PM  15        THEY WANTED TO GO THROUGH THE WHOLE PROCESS OF GETTING FDA

02:21PM  16    APPROVAL.

02:21PM  17        SO THEY EXPLAINED TO US ACTUALLY IN THAT SECOND MEETING

02:21PM  18    THAT THEY WERE GOING TO GET ALL OF THEIR ASSAYS APPROVED.

02:21PM  19        AND I THINK -- I REMEMBER MR. BALWANI SAYING NOBODY,

02:21PM  20    NOBODY IN THIS INDUSTRY HAS EVER FILED THOUSANDS OF ASSAYS WITH

02:21PM  21    THE FDA, NOBODY.

02:21PM  22        AND IT WAS IMPORTANT BECAUSE THIS WAS GOING TO BE -- FOR

02:21PM  23    THE CONSUMER, FOR THE PHYSICIAN, YOU KNOW, THIS WOULD BE A REAL

02:21PM  24    IMPORTANT STAMP OF APPROVAL GETTING FDA APPROVAL FOR ALL OF

02:21PM  25    THESE.

GROSSMAN DIRECT BY MR. LEACH

02:21PM 1      THEY DIDN'T NEED THAT TO OPERATE THE BUSINESS, BUT IT WAS

02:21PM 2  SOMETHING THAT THEY INTENDED TO DO ANYWAYS.

02:21PM 3      SO THAT WAS KIND OF THE SUBSTANCE OF THE CONVERSATION

02:21PM 4  AROUND THIS.

02:21PM 5  Q.   YOU MENTIONED SOMETHING CALLED PROFICIENCY TESTING.

02:21PM 6      DID MS. HOLMES AND MR. BALWANI TELL YOU THAT THEY WERE

02:21PM 7  SENDING THEIR SAMPLES TO SOME OUTSIDE PROFICIENCY TESTING

02:22PM 8  PROVIDER?

02:22PM 9  A.   NO.  WELL, THEY TOLD US THAT IN 2000 -- LATE 2015 OR 2016

02:22PM 10 AFTER THEY HAD HAD A MAJOR REGULATORY PROBLEM DEVELOP, THEY DID

02:22PM 11 ADMIT THAT I THINK PUBLICLY, AND THAT WAS THE FIRST TIME THAT

02:22PM 12 WE HAD HEARD OF THAT.

02:22PM 13     SO AT NO POINT IN THE DUE DILIGENCE PROCESS DID THEY

02:22PM 14 EXPLAIN THAT TO US.

02:22PM 15 Q.   OKAY.  LET'S GO TO PAGE 4.  THERE ARE SOME QUESTIONS FOR

02:22PM 16 FINANCIAL MODEL/PROJECTIONS.

02:22PM 17     DO YOU SEE THAT?

02:22PM 18 A.   YES.

02:22PM 19 Q.   AND YOU WROTE, "WHAT IS THE COST OF THE WALGREENS ROLLOUT?

02:22PM 20     "WHAT IS THE CURRENT COST OF A WALGREENS ANALYZER, HOW

02:22PM 21 WILL THAT CHANGE OVER TIME?

02:22PM 22     "WHAT ARE THE OTHER SIGNIFICANT OPERATING COSTS AND HOW

02:22PM 23 WILL THEY CHANGE OVER TIME?"

02:22PM 24     DO YOU SEE THOSE QUESTIONS?

02:22PM 25 A.   YES.

02:22PM  1    Q.   AND IS THIS ADDITIONAL EFFORT ON YOUR PART TO TRY TO

02:23PM  2    UNDERSTAND THE ECONOMICS OF WHAT THERANOS IS OFFERING?

02:23PM  3    A.   YES.  AND THERE'S ANOTHER REASON WHY WE WERE ASKING THESE

02:23PM  4    QUESTIONS IS WE WERE MODELING -- WE WERE BUILDING OUR OWN

02:23PM  5    FINANCIAL MODEL.

02:23PM  6         WE WERE FORECASTING THE SALES, AN OBVIOUS THING TO DO, BUT

02:23PM  7    WE WANTED TO MAKE SURE THAT THE COST OF GENERATING THOSE

02:23PM  8    SALES -- THAT THEY NEEDED ANALYZERS IN ORDER TO GENERATE THOSE

02:23PM  9    REVENUES, SO WE WANTED TO MAKE SURE -- WE WANTED TO BE CRYSTAL

02:23PM 10    CLEAR, WHAT DO YOU NEED TO ACTUALLY SPEND?  HOW MANY ANALYZERS

02:23PM 11    DO YOU NEED TO MAKE?  WHAT EQUIPMENT DO YOU NEED TO BUY IN

02:23PM 12    ORDER TO DELIVER THE REVENUE THAT YOU'VE DESCRIBED IN THIS

02:23PM 13    MEETING THAT YOU'VE -- THAT YOU'RE GOING TO -- YOU'RE GOING

02:23PM 14    TO -- YOU EXPECT TO GENERATE OVER THE LIFE OF THIS PARTNERSHIP?

02:23PM 15         AND SO WE REALLY WANTED TO -- AS WE WERE MODELING THIS

02:23PM 16    OUT, WE WANTED TO UNDERSTAND EXACTLY WHAT THE CASH NEEDS OF THE

02:23PM 17    BUSINESS ARE AS THEY RAMPED THE REVENUE.

02:23PM 18         IT WASN'T JUST THE RETAIL SIDE.  THEY WERE ALSO USING THE

02:23PM 19    SAME PROPRIETARY SAMPLE PROCESSING UNITS FOR THE HOSPITAL SIDE

02:24PM 20    AND THE HOSPITAL BUSINESS WHERE THEY WERE GOING TO BE REPLACING

02:24PM 21    THE HOSPITAL LABORATORIES OR DOING THE, THE INFECTIOUS

02:24PM 22    DISEASE -- THE INFECTION TESTING.

02:24PM 23         AND THEN ALSO THEY WERE GOING TO BE PROVIDING COLLECTION

02:24PM 24    DEVICES TO PHYSICIAN OFFICES.

02:24PM 25         SO WE WANTED TO MAKE SURE THAT WE HAD A VERY ACCURATE

GROSSMAN DIRECT BY MR. LEACH

02:24PM 1    SENSE OF WHAT THE CASH THEY WERE GOING TO HAVE TO INVEST TO

02:24PM 2    DELIVER ENOUGH EQUIPMENT TO GENERATE THE TYPE OF REVENUE THAT

02:24PM 3    THEY HOPED TO GENERATE.

02:24PM 4        SO -- AND THAT SORT OF LEADS TO THE, YOU KNOW, HOW MUCH

02:24PM 5    CASH DO YOU NEED IN THE BUSINESS TO GET TO BREAK EVEN, TO

02:24PM 6    EVENTUALLY BE PROFITABLE?

02:24PM 7        AND AS AN INVESTOR, THAT'S A STANDARD QUESTION THAT YOU

02:24PM 8    WOULD WANT TO BE ABLE TO -- OR A STANDARD THING THAT WE WOULD

02:24PM 9    WANT TO UNDERSTAND IN ANY INVESTMENT.

02:24PM 10   Q.   IF THERANOS HAD BEEN USING THIRD PARTY EQUIPMENT, SAY FROM

02:25PM 11   SIEMENS, WOULD THAT HAVE BEEN RESPONSIVE TO THE QUESTIONS THAT

02:25PM 12   YOU'RE ASKING HERE ABOUT THE COST OF THE ANALYZER?

02:25PM 13   A.   YOU WOULD HAVE THOUGHT THAT WOULD HAVE COME UP AT THIS

02:25PM 14   STAGE OF THE MEETING, YES.

02:25PM 15   Q.   DID IT EVER COME UP?

02:25PM 16   A.   NO.

02:25PM 17   Q.   YOU ALSO WROTE, "WHAT ARE GM ON THE ANALYZERS, THE TESTS?"

02:25PM 18       DO YOU SEE THAT?

02:25PM 19   A.   YES.

02:25PM 20   Q.   AND WHAT IS GM?

02:25PM 21   A.   GM IS ANOTHER ONE OF THESE SHORTHAND TERMS.  THAT'S

02:25PM 22   REFERRING TO GROSS MARGIN, AND GROSS MARGIN IS JUST THE COST OF

02:25PM 23   THE MACHINE, WHAT YOU SELL THE MACHINE FOR VERSUS WHAT IT COSTS

02:25PM 24   TO MAKE THE MACHINE, THAT WOULD BE YOUR GROSS MARGIN.

02:25PM 25       AND SO WE'RE TRYING TO UNDERSTAND THE COST, LIKE, WHAT IS

02:25PM  1    THE COST OF MAKING THESE MACHINES, WHICH THEY TOLD US WAS

02:25PM  2    SOMETHING AROUND $40,000, MAYBE A LITTLE HIGHER IN THAT ZIP

02:26PM  3    CODE, AND THEY WERE GOING TO DRIVING THAT COST DOWN TO $10,000

02:26PM  4    TO $15,000.

02:26PM  5         AND THEN ALSO, WHAT ARE THE COSTS OF MAKING THE ASSAYS,

02:26PM  6    THE TESTS THEMSELVES?  THAT ALSO IS NOT A COSTLESS PROCESS

02:26PM  7    EITHER.

02:26PM  8         SO WE WANTED TO UNDERSTAND THE MARGINS.

02:26PM  9         AND, YOU KNOW, THIS FEEDS BACK INTO THE HIGHER THE

02:26PM  10   MARGINS, THE LESS CASH YOU'RE GOING TO NEED OVER THE NEXT

02:26PM  11   COUPLE OF YEARS TO BREAK EVEN IN PROFITABILITY.

02:26PM  12        SO I WAS JUST TRYING TO UNDERSTAND THE NATURE OF THE

02:26PM  13   BUSINESS.

02:26PM  14   Q.   AND DURING THIS MEETING IN JANUARY, DID MR. BALWANI MAKE

02:26PM  15   STATEMENTS TO YOU ABOUT THE GM OF THE ANALYZERS?

02:26PM  16   A.   WELL, THE, THE -- HE EXPLAINED THAT -- HE FOCUSSED ON THE

02:26PM  17   COST OF THE ANALYZERS, BECAUSE THEY WEREN'T GOING TO BE SELLING

02:26PM  18   THE ANALYZERS THEMSELVES, THEY WERE GOING TO BE USING THEM FOR

02:26PM  19   THEIR OWN LABORATORY.

02:26PM  20        SO IT WAS MORE OF THE GROSS MARGIN ON THE LABORATORY

02:26PM  21   SERVICES BUSINESS OVERALL, SO USING THESE PROPRIETARY PIECES OF

02:26PM  22   TECHNOLOGY THAT THEY WERE MAKING THEMSELVES TO PROVIDE A COST

02:26PM  23   ADVANTAGE AGAINST OTHER LABORATORIES THAT ARE BUYING THIRD

02:27PM  24   PARTY EQUIPMENT.

02:27PM  25        AND THEN OBVIOUSLY CHARGING -- THE REVENUE THAT YOU'RE

02:27PM   1    GETTING IS THE PRICE THAT YOU CHARGE THE RETAIL CUSTOMER, WHICH

02:27PM   2    IN THIS CASE WAS 50 PERCENT OF THE MEDICARE PRICE.

02:27PM   3         SO THAT WAS YOUR REVENUE.

02:27PM   4         THE COST WAS THE ANALYZERS THAT THEY WERE MAKING, AND THEN

02:27PM   5    WHAT WAS LEFT OVER WOULD HAVE BEEN THE GROSS MARGIN ON THE

02:27PM   6    RETAIL BUSINESS.

02:27PM   7         NOW, THAT SAME MATH, THEY GAVE US IN THAT FIRST MEETING --

02:27PM   8    IN THAT SECOND MEETING, THEY GAVE US MARGINS FOR ALL OF THE

02:27PM   9    BUSINESSES.  THEY GAVE US MARGINS FOR THE RETAIL BUSINESS, THE

02:27PM  10    HOSPITAL BUSINESS, THE PHYSICIAN BUSINESS, THE HOSPITAL

02:27PM  11    REPLACEMENT BUSINESS.  I THINK THEY EVEN HAD A MARGIN FOR THE

02:27PM  12    PHARMA SERVICE BUSINESS THEY GAVE US IN THAT FIRST MEETING.

02:27PM  13    Q.   AND DID MR. BALWANI WALK YOU THROUGH ANY TYPE OF FINANCIAL

02:27PM  14    MODEL THAT THERANOS HAD PREPARED?

02:27PM  15    A.   THAT WAS THE SECOND MEETING WHERE WE SAW THEIR FINANCIAL

02:27PM  16    MODEL FOR THE FIRST TIME, YES.

02:27PM  17    Q.   YOU USED THE WORD "MINILAB" EARLIER.  DID MS. HOLMES AND

02:28PM  18    MR. BALWANI DRAW ANY CONNECTION BETWEEN THE MINILAB AND

02:28PM  19    MAINFRAME COMPUTERS?

02:28PM  20    A.   YES.  THIS WAS TOWARDS THE EARLIER PART OF OUR FIRST

02:28PM  21    MEETING.  THEY WANTED TO BE VERY CLEAR THAT THIS TECHNOLOGY WAS

02:28PM  22    NOT ANOTHER POINT OF CARE TEST.

02:28PM  23         POINT OF CARE TEST IS KIND OF LIKE THE HOME PREGNANCY TEST

02:28PM  24    OR NOW THE HOME COVID TEST.  IT DOES ONE THING.  YOU CAN BUY IT

02:28PM  25    AT THE DRUG STORE.  IT'S LOW TECHNOLOGY BUT WORKS PRETTY WELL.

02:28PM  1          BUT THEY, THEY -- I THINK WE ACTUALLY MADE THE MISTAKE OF

02:28PM  2     CALLING IT A POINT OF CARE TESTING PLATFORM.

02:28PM  3          AND THEY IMMEDIATELY STOPPED, NO, NO, NO, NO.  THIS IS NOT

02:28PM  4     A POINT OF CARE PRODUCT.  WE HAVE TAKEN THE ENTIRE LAB AND

02:28PM  5     MINIATURIZED IT.  THIS IS A MINILAB, AND THAT HAS PROFOUND

02:28PM  6     IMPLICATIONS FOR HOW WE WILL PROVIDE LABORATORY SERVICES GOING

02:29PM  7     FORWARD.

02:29PM  8          THIS IS WHERE WE GOT INTO THE, YOU KNOW, WE CAN SERVICE

02:29PM  9     THE ENTIRE PHOENIX MARKET IN A 200 SQUARE FOOT FACILITY.

02:29PM 10          BUT THE CONCEPT WAS, YOU KNOW, THIS IS PC'S VERSUS

02:29PM 11     MAINFRAMES.  THIS IS, YOU KNOW, THE OLD WAY OF DOING IT VERSUS

02:29PM 12     THE NEW WAY OF DOING IT.  THIS IS A DISTRIBUTED INTERCONNECTED

02:29PM 13     NETWORK OF DEVICES.

02:29PM 14          SO, YEAH, THAT WAS A VERY IMPORTANT POINT THAT THEY MADE

02:29PM 15     IN THAT SECOND MEETING.

02:29PM 16     Q.   LET ME DRAW YOUR ATTENTION, MR. GROSSMAN, TO WHAT HAS BEEN

02:29PM 17     MARKET AS EXHIBIT 1422.

02:29PM 18          THE COURT:  WHILE MR. GROSSMAN FINDS THAT, LADIES

02:29PM 19     AND GENTLEMEN, WOULD YOU STAND UP AND STRETCH FOR JUST A

02:29PM 20     MOMENT.

02:29PM 21          (STRETCHING.)

02:30PM 22          MR. LEACH:  MAY I INQUIRE?

02:30PM 23     Q.   MR. GROSSMAN, IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND

02:30PM 24     MR. BALWANI DATED JANUARY 14TH, 2014?

02:30PM 25     A.   IF I COULD JUST HAVE A MINUTE TO REVIEW IT?

02:30PM 1      Q.   SURE.

02:30PM 2      A.   YES, IT IS.

02:30PM 3               MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

02:30PM 4      EXHIBIT 1422.

02:30PM 5               MS. WALSH:  NO OBJECTION.

02:30PM 6               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:30PM 7          (GOVERNMENT'S EXHIBIT 1422 WAS RECEIVED IN EVIDENCE.)

02:30PM 8      BY MR. LEACH:

02:30PM 9      Q.   AND IF WE CAN START ON PAGE 2, MS. WACHS.

02:31PM 10          DOWN AT THE BOTTOM, MR. GROSSMAN, DO YOU SEE AN EMAIL

02:31PM 11     DATED JANUARY 10TH, 2014 FROM YOU TO MR. BALWANI?

02:31PM 12     A.   YES.

02:31PM 13     Q.   AND YOU WROTE, "THANKS AGAIN FOR THE TIME YOU SPENT WITH

02:31PM 14     OUR TEAM WALKING US THROUGH THE THERANOS STORY."

02:31PM 15          DO YOU SEE THAT?

02:31PM 16     A.   YES.

02:31PM 17     Q.   IS THAT A REFERENCE TO THE MEETING THAT YOU HAD WITH

02:31PM 18     MS. HOLMES AND MR. BALWANI IN PALO ALTO?

02:31PM 19     A.   YES.

02:31PM 20     Q.   YOU THEN WROTE, "WE WILL LIKELY NEED A FEW DAYS TO PROCESS

02:31PM 21     EVERYTHING WE LEARNED TODAY.  ONE THING THAT WOULD BE

02:31PM 22     ESPECIALLY HELPFUL TO OUR DUE DILIGENCE PROCESS IS HAVING

02:31PM 23     ACCESS TO THE FINANCIAL MODEL WE REVIEWED WITH YOU TODAY."

02:31PM 24          DO YOU SEE THAT?

02:31PM 25     A.   YES.

02:31PM   1    Q.   WHAT DID YOU MEAN BY THAT?

02:31PM   2    A.   WE WANTED, WE WANTED A WORKABLE MICROSOFT EXCEL VERSION OF

02:31PM   3    THE MODEL THAT THEY SHOWED US ON I THINK IT WAS A LAPTOP IN

02:31PM   4    THAT, IN THAT MEETING, SECOND MEETING IN EARLY JANUARY.

02:31PM   5    Q.   OKAY.  AND IF WE COULD ZOOM OUT, THERE'S A REPLY FROM

02:32PM   6    MR. BALWANI AT THE TOP.

02:32PM   7         DO YOU SEE WHERE HE COMMITS TO SENDING YOU THE MODEL OVER

02:32PM   8    THE WEEKEND?

02:32PM   9    A.   YES.

02:32PM  10    Q.   OKAY.  AND LET'S GO TO PAGE 1, MS. WACHS.

02:32PM  11         AND IF WE CAN FOCUS ON THE BOTTOM PORTION OF THE EMAIL

02:32PM  12    FROM MR. GROSSMAN ON MONDAY, JANUARY 13TH.

02:32PM  13         YOU WROTE AGAIN, "SUNNY,

02:32PM  14         "WE ARE VERY INTERESTED IN MOVING FORWARD."

02:32PM  15         DO YOU SEE THAT?

02:32PM  16    A.   YES.

02:32PM  17    Q.   AND THAT WAS ACCURATE AT THE TIME?

02:32PM  18    A.   YES.

02:32PM  19    Q.   IN THE THIRD PARAGRAPH YOU WROTE, "BEYOND THAT THE WAG

02:32PM  20    ENDORSEMENT OBVIOUSLY SPEAKS TO THE STRENGTH AND ROBUSTNESS OF

02:32PM  21    THE TECHNOLOGY PLATFORM.  AS DOES THE UNH AGREEMENT YOU HAVE IN

02:32PM  22    PLACE.  DO YOU THINK WE COULD HAVE A QUICK CONVERSATION WITH

02:32PM  23    SOMEBODY AT WAG AND UNH WHO CAN SPEAK SPECIFICALLY TO THE

02:32PM  24    TECHNICAL DUE DILIGENCE THEY PERFORMED?"

02:32PM  25         DO YOU SEE THAT?

02:33PM  1    A.   YES.

02:33PM  2    Q.   AND WHAT IS UNH?

02:33PM  3    A.   UNH IS THE SHORTHAND, IT'S THE STOCK SYMBOL TICKER FOR

02:33PM  4    UNITED HEALTH CARE.

02:33PM  5    Q.   AND WAG IS A REFERENCE TO WALGREENS?

02:33PM  6    A.   THAT'S CORRECT.  THAT'S A REFERENCE -- THAT'S THE TICKER

02:33PM  7    AT THE TIME.  IT'S ACTUALLY CHANGED.  IT'S NOW WBA.

02:33PM  8         BUT AT THE TIME IT WAS WAG WAS THE TICKER FOR WALGREENS.

02:33PM  9    Q.   AND WHY WERE YOU INTERESTED IN SPEAKING TO SOMEBODY AT WAG

02:33PM  10   AND UNH?

02:33PM  11   A.   WELL, THEY -- IN THE SECOND MEETING, THERANOS EXPLAINED TO

02:33PM  12   US THAT THEY HAD CONTRACTS, THEY HAD AGREEMENTS WITH BOTH THE

02:33PM  13   BLUE CROSS, BLUE SHIELD ORGANIZATION, THAT'S THE NON FOR

02:33PM  14   PROFIT -- EVERY STATE HAS A NON FOR PROFIT

02:33PM  15   BLUE CROSS, BLUE SHIELD HEALTH PLAN.  THERE'S A PARENT

02:33PM  16   ORGANIZATION THAT SITS ABOVE THAT, AND THEY EXPLAINED THAT THAT

02:34PM  17   PARENT ORGANIZATION HAD INVESTED IN THERANOS AND THAT, AS A

02:34PM  18   RESULT OF THE RELATIONSHIP WITH THE PARENT

02:34PM  19   BLUE CROSS, BLUE SHIELD, THEY HAD CONTRACTS WITH ALL OF THE --

02:34PM  20   COMMERCIAL CONTRACTS TO BE REIMBURSED TO BE PAID FOR LAB

02:34PM  21   SERVICES WITH ALL OF THE BLUES PLANS.

02:34PM  22        AND THEN THEY EXPLAINED THAT THEY HAD A SIMILAR CONTRACT

02:34PM  23   WITH UNITED HEALTH CARE, WHICH FOR US WAS VERY SURPRISING

02:34PM  24   BECAUSE UNITED HEALTH CARE GOES THROUGH THIS REALLY PUBLIC

02:34PM  25   PROCESS OF BIDDING THEIR LAB SERVICES OUT TO ONE PROVIDER, AND

02:34PM  1    I THINK AT THIS POINT LABCORP WAS THE ONE PROVIDER THAT THEY

02:34PM  2    CHOSE.

02:34PM  3         AND SO WE WERE SURPRISED THAT THEY WERE ABLE TO GET A

02:34PM  4    CONTRACT WITH UNITED, AND THE COMPANY EXPLAINED TO US THAT IT

02:34PM  5    WAS BECAUSE THEIR TECHNOLOGY WAS SO DIFFERENT, IT WAS SO MUCH

02:34PM  6    BETTER, FASTER.

02:34PM  7         YOU KNOW, THERE WAS A CONTRACTUAL OUT.  IT ALLOWED UNITED

02:34PM  8    HEALTH CARE TO CONTRACT WITH THEM.

02:34PM  9         AND THAT THERE WAS A LOT OF SLIPPAGE, THERE WAS A LOT OF

02:35PM 10    STUFF THAT DIDN'T GO THROUGH LABCORP THAT COST UNITED HEALTH

02:35PM 11    CARE MORE MONEY, THEY HAD TO PAY HIGHER RATES FOR THAT.

02:35PM 12         SO WE WANTED TO SPEAK TO SOMEBODY AT UNITED HEALTH CARE

02:35PM 13    THAT WAS INVOLVED IN THE DEAL.  IT WAS A PUBLIC COMPANY, SO WE

02:35PM 14    CAN'T JUST -- YOU KNOW, WE HAVE TO BE CAREFUL FROM A COMPLIANCE

02:35PM 15    STANDPOINT.  WE CAN'T JUST BE CALLING RANDOM PEOPLE UP.

02:35PM 16         WE HAVE TO BE VERY CAREFUL ABOUT THE RULES OF HOW YOU

02:35PM 17    INTERACT WITH PUBLIC COMPANIES.

02:35PM 18         SO WE WERE HOPING THAT THERANOS WOULD PROVIDE US SOMEBODY

02:35PM 19    AT UNITED HEALTH CARE WHO COULD SPEAK TO THEIR PROCESS, HOW

02:35PM 20    THEY CAME TO FIND THE COMPANY, HOW THIS IS GOING TO WORK WITH

02:35PM 21    UNITED HEALTH CARE FROM THAT STANDPOINT.

02:35PM 22         OBVIOUSLY WALGREENS WAS THE BIG RETAIL PARTNERSHIP, AND AT

02:35PM 23    THAT POINT IN TIME IT HAD BEEN PUBLICLY ANNOUNCED IN THE FALL

02:35PM 24    OF '13, AND SO WE WANTED TO SPEAK TO SOMEONE AT WALGREENS

02:35PM 25    BESIDES THE CEO, CFO, THOSE C-SUITE EXECUTIVES WHO HAD MADE

02:36PM 1   PUBLIC STATEMENTS.

02:36PM 2       WE WERE LOOKING FOR SOMEONE KIND OF MIDDLE OF THE

02:36PM 3   ORGANIZATION THAT WAS MORE INVOLVED IN BUSINESS DEVELOPMENT OR

02:36PM 4   HAD BEEN KIND OF INVOLVED IN THIS, IN THE DEAL, PUTTING THE

02:36PM 5   DEAL TOGETHER.

02:36PM 6   Q.   HOW DID MR. BALWANI RESPOND TO THIS REQUEST TO SPEAK TO

02:36PM 7   SOMEBODY FROM WAG AND UNITED HEALTH CARE?

02:36PM 8   A.   YEAH.  HE, HE -- SO THIS WAS A PHONE CALL SUBSEQUENT TO

02:36PM 9   THIS EMAIL, AND HE WAS -- HE WAS VERY UNCOMFORTABLE WITH EITHER

02:36PM 10  OF THOSE, EITHER OF THOSE.

02:36PM 11      HE, HE FELT THAT IT WOULD LOOK WEIRD, IT WOULD -- THEY HAD

02:36PM 12  A GREAT RELATIONSHIP, AND IT WOULD MAKE THEM LOOK BAD.  YOU

02:36PM 13  KNOW, HE WAS UNCOMFORTABLE.  THEY WOULDN'T WANT TO TALK TO

02:36PM 14  INVESTORS.

02:36PM 15      AND SO, YOU KNOW, HE BASICALLY SHUT IT DOWN.  HE SAID, NO,

02:36PM 16  WE'RE NOT WILLING TO DO THAT.

02:36PM 17      HE DID OFFER TO SHOW US THE SIGNATURE PAGE OF THE

02:37PM 18  WALGREENS -- I'M SORRY, THE UNITED HEALTH CARE CONTRACT THAT

02:37PM 19  THEY HAD SIGNED SO THAT HE COULD PROVE TO US THAT THERE WAS IN

02:37PM 20  FACT AN ACTUAL DOCUMENT.

02:37PM 21      SO HE WAS WILLING TO BRING THAT INTO A CONFERENCE ROOM

02:37PM 22  THAT WE COULD SEE.

02:37PM 23      BUT HE, HE -- YOU KNOW, HE WAS UNWILLING TO GRANT US THIS,

02:37PM 24  EITHER OF THESE REQUESTS.

02:37PM 25  Q.   AND THIS IS DATED JANUARY 13TH, 2014.

02:37PM   1          LET ME MOVE FORWARD IN TIME TO JANUARY 17TH, 2014, AND

02:37PM   2     DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS EXHIBIT 4077.

02:37PM   3          DO YOU HAVE THAT IN FRONT OF YOU?

02:37PM   4     A.   YEAH.   SORRY.

02:37PM   5     Q.   IS THIS AN EMAIL FROM MR. BALWANI TO YOU DATED

02:37PM   6     JANUARY 17TH, 2014?

02:38PM   7     A.   YES.

02:38PM   8     Q.   AND DOES IT ATTACH A LENGTHY POWERPOINT WITH INFORMATION

02:38PM   9     RELATING TO THERANOS?

02:38PM   10    A.   YES, IT DOES.

02:38PM   11         MR. LEACH:   YOUR HONOR, THE GOVERNMENT OFFERS

02:38PM   12    EXHIBIT 4077.

02:38PM   13         MS. WALSH:   NO OBJECTION.

02:38PM   14         THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

02:38PM   15    (GOVERNMENT'S EXHIBIT 4077 WAS RECEIVED IN EVIDENCE.)

02:38PM   16         MR. LEACH:   LET'S ZOOM IN ON THE TOP HALF, IF WE

02:38PM   17    COULD, MS. WACHS.

02:38PM   18    Q.   MR. GROSSMAN, DO YOU SEE WHERE MR. BALWANI WROTE, "BRIAN.

02:38PM   19         "ATTACHED PLEASE FIND A PDF WHICH IS A VERY CONFIDENTIAL

02:38PM   20    SLIDE DECK OF DISCUSSIONS WE HAD."

02:38PM   21         DO YOU SEE THAT?

02:38PM   22    A.   YES.

02:38PM   23    Q.   "IT ALSO INCLUDES A VERY DETAILED SECTION ON DATA WHICH

02:38PM   24    ALEX HAD REQUESTED."

02:38PM   25         IS ALEX A REFERENCE TO MR. RABODZEY?

02:38PM  1    A.   YES.

02:38PM  2    Q.   AND THEN THERE IS SOME PASSWORD INFORMATION TO OPEN UP THE

02:38PM  3    FILE?

02:38PM  4    A.   YES.

02:38PM  5    Q.   AND FURTHER BELOW HE SAYS, "WE WILL MAIL YOU THE

02:39PM  6    PROJECTIONS/FINANCIAL MODEL SHORTLY."

02:39PM  7         DO YOU SEE THAT?

02:39PM  8    A.   YES.

02:39PM  9    Q.   AND THE POWERPOINT THAT IS ATTACHED TO THIS, IS THIS

02:39PM 10    SOMETHING THAT YOU AND YOUR TEAM REVIEWED?

02:39PM 11    A.   YES.

02:39PM 12    Q.   AND WAS IT RELEVANT TO PFM'S INVESTMENT DECISION?

02:39PM 13    A.   YES.

02:39PM 14    Q.   OKAY.  I'D LIKE TO WALK THROUGH SOME OF THE PAGES OF THE

02:39PM 15    POWERPOINT WITH YOU IF WE COULD.

02:39PM 16    A.   OKAY.

02:39PM 17    Q.   AND LET'S JUST START ON PAGE 3.

02:39PM 18    A.   DO YOU WANT ME TO FLIP OR DO YOU WANT TO PUT IT ON THE

02:39PM 19    SCREEN?

02:39PM 20    Q.   WE'LL PUT IT ON THE SCREEN, AND IF YOU WANT TO FLIP

02:39PM 21    THROUGH, YOU'RE ALSO ABLE TO DO THAT.

02:39PM 22         DO YOU SEE THE TITLE THERANOS?

02:39PM 23    A.   YES.

02:39PM 24    Q.   AND IT SAYS, "THIS PRESENTATION AND ITS CONTENTS ARE

02:39PM 25    THERANOS PROPRIETARY AND CONFIDENTIAL," BELOW?

02:39PM 1      A.   YES.

02:39PM 2      Q.   OKAY.  LET'S DISPLAY IF WE COULD, MS. WACHS, PAGE 67.

02:40PM 3           MR. GROSSMAN, DO YOU SEE IN THE UPPER LEFT THERE'S THE

02:40PM 4      TITLE -- WELL, IN THE TOP LEFT IT SAYS, OVERVIEW:  THERANOS

02:40PM 5      SYSTEMS.

02:40PM 6           AND THEN TO THE LEFT IN A BOX OF THERANOS SYSTEMS, THERE'S

02:40PM 7      AN IMAGE OF TWO DEVICES.

02:40PM 8           DO YOU SEE THAT?

02:40PM 9      A.   YES.

02:40PM 10     Q.   AND WHAT DID YOU UNDERSTAND THOSE TO BE?

02:40PM 11     A.   THOSE WERE THE MINILABS.  THE ONE ON THE LEFT WAS THE

02:40PM 12     MINILAB, THE RETAIL PRODUCT THAT THEY WERE BUILDING AND USING

02:40PM 13     IN THEIR CLIA LABS.

02:40PM 14          I THINK THE ONE ON THE RIGHT WAS THE OLDER, OLDER VERSION

02:40PM 15     THAT THEY USED IN CLINICAL TRIALS I THINK.

02:40PM 16     Q.   AND DO THESE BEAR RESEMBLANCE TO THE DEVICES THAT

02:40PM 17     MR. BALWANI SHOWED YOU?

02:40PM 18     A.   YES.

02:40PM 19     Q.   AT ANY POINT IN TIME DID MR. BALWANI SHOW YOU SIEMENS

02:40PM 20     MACHINES?

02:40PM 21     A.   NO.

02:40PM 22     Q.   DID HE EVER TELL YOU THAT THERANOS SYSTEMS INCLUDED

02:40PM 23     SIEMENS MACHINES?

02:40PM 24     A.   NO.

02:40PM 25     Q.   TO THE RIGHT THERE'S AN IMAGE -- OR THE WORDS "CARTRIDGES"

02:40PM   1    AND THEN AN IMAGE.

02:41PM   2         WHAT DID YOU UNDERSTAND THIS TO BE?

02:41PM   3    A.   THESE WERE THE -- THESE ARE THE ASSAYS.  THESE ARE THE,

02:41PM   4    THESE ARE THE REAL ESTATE WHERE THE ASSAYS RESIDE, WHICH ARE

02:41PM   5    THEN LOADED INTO THE ANALYZERS.

02:41PM   6    Q.   AND TO THE RIGHT, OR IN THE BOX BELOW, IT SAYS THERANOS

02:41PM   7    SYSTEMS:  BACKEND ANALYTICAL INFRASTRUCTURE.

02:41PM   8         DO YOU SEE THAT?

02:41PM   9    A.   YES.

02:41PM   10   Q.   AND WHAT DID YOU UNDERSTAND TO BE CONVEYED HERE?

02:41PM   11   A.   THIS IS THE WHOLE IDEA THAT THEY'RE GOING TO ACTUALLY CARE

02:41PM   12   ABOUT THE PATIENT AND THE DATA THAT THEY GENERATE FROM PATIENTS

02:41PM   13   AND USE IT -- FIRST OF ALL, KEEP TRACK OF IT SO THAT, AS A

02:41PM   14   PATIENT, YOU COULD HAVE ACCESS TO YOUR DATA OVER TIME

02:41PM   15   CONVENIENTLY THROUGH A MOBILE APP OR A WEB PAGE.

02:41PM   16        AND THEN THEY WERE GOING TO DEVELOP ANALYTICS AROUND THAT

02:42PM   17   DATA THAT HELPED PROMOTE BETTER HEALTH OUTCOMES THAT COULD

02:42PM   18   IDENTIFY SOMEBODY WHO IS LIKELY TO HAVE A MEDICAL CONDITION

02:42PM   19   BEFORE IT WOULD SHOW UP IN THE CURRENT MEDICAL DIAGNOSTIC

02:42PM   20   PARADIGM.

02:42PM   21        AND SO THAT REQUIRED A WHOLE -- AND ACTUALLY,

02:42PM   22   MR. BALWANI -- THIS WAS PARTICULARLY AN IMPORTANT AREA TO HIM

02:42PM   23   COMING FROM THE SOFTWARE WORLD AND HIS TIME I THINK AT

02:42PM   24   MICROSOFT.

02:42PM   25        SO THIS WAS AN IMPORTANT ASPECT OF THEIR LONGER TERM

02:42PM 1      STRATEGY.

02:42PM 2      Q.   AND LET'S GO BACK ONE PAGE TO PAGE 66.

02:42PM 3           DO YOU SEE THE HEADING PRODUCTS, MR. GROSSMAN?

02:42PM 4      A.   YES.

02:42PM 5      Q.   AND THE FIRST TEXT UNDERNEATH THAT SAYS, "DEVICE.

02:43PM 6           "MINILAB AND 4S FOR AUTOMATED PROCESSING."

02:43PM 7           DO YOU SEE THAT?

02:43PM 8      A.   YES.

02:43PM 9      Q.   AND IS THAT CONSISTENT WITH STATEMENTS THAT MR. BALWANI

02:43PM 10     AND MS. HOLMES MADE TO YOU ABOUT THE DEVICE THAT THERANOS WAS

02:43PM 11     USING?

02:43PM 12     A.   YES.

02:43PM 13     Q.   AT ANY POINT IN TIME DID THEY MENTION SIEMENS MACHINES?

02:43PM 14     A.   NO.

02:43PM 15     Q.   BENEATH THAT IT SAYS, "CARTRIDGE.

02:43PM 16          "AUTOMATED CONSUMABLES FOR 75 PLUS ASSAYS SIMULTANEOUSLY

02:43PM 17     ACROSS ALL SAMPLE TYPES (BLOOD, URINE, TISSUE, ET CETERA)."

02:43PM 18          AND DID YOU UNDERSTAND THAT THERANOS WAS USING AUTOMATED

02:43PM 19     CONSUMABLES FOR 75 PLUS ASSAYS AT THE TIME?

02:43PM 20     A.   THEY ACTUALLY TOLD US IN OUR MEETING THAT IT WAS 75, BUT,

02:43PM 21     YES, THAT'S KIND OF ROUGHLY -- THAT'S ROUGHLY ACCURATE.

02:43PM 22     Q.   OKAY.  AND THEN THERE'S A LINE FOR "BLOOD COLLECTION

02:43PM 23     DEVICES."

02:43PM 24          DO YOU SEE THAT?

02:43PM 25     A.   YES.

02:43PM 1    Q.   "AUTOMATED SAMPLE COLLECTION FOR MICRO SAMPLE VOLUMES

02:43PM 2    (BLOOD, URINE, TISSUE, ET CETERA) CUSTOMIZED FOR PEDIATRICS,

02:44PM 3    PHLEBOTOMY, AND A FULL RANGE OF COLLECTION PROCEDURES."

02:44PM 4         WHAT DID YOU UNDERSTAND THIS TO BE GETTING AT?

02:44PM 5    A.   THIS WAS THEIR OWN PROPRIETARY COLLECTION TECHNOLOGY,

02:44PM 6    THE -- THEY CALLED IT -- SORRY.

02:44PM 7         THEY REFERRED TO IT AS THE NANOTAINER, A VACUTAINER IS

02:44PM 8    SORT OF THE, IT'S KIND OF LIKE A -- THERE'S A COMPANY THAT

02:44PM 9    MARKETS THE VACUTAINER I THINK IS THEIR TRADE NAME, SO I THINK

02:44PM 10   THEY WERE USING THAT AS A -- SO IT WAS A NAME THAT PHYSICIANS

02:44PM 11   AND PHLEBOTOMISTS WERE FAMILIAR WITH.

02:44PM 12        SO THEY HAD THEIR NANOTAINER, AND THEN THEY HAD THEIR OWN

02:44PM 13   SMALL COLLECTION DEVICES FOR BLOOD DRAWS.

02:44PM 14   Q.   THEN IT SAYS, "ASSAYS.

02:44PM 15        "CHEMISTRIES, 800 PLUS 10 MENU, AND TPS LIBRARY."

02:44PM 16        WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:44PM 17   A.   THAT THIS IS JUST THE TESTS THAT THEY'RE GOING TO BE

02:45PM 18   OFFERING ON THEIR PROPRIETARY TECHNOLOGY.

02:45PM 19   Q.   AND WAS THE INFORMATION ON THIS SLIDE RELEVANT TO PFM'S

02:45PM 20   INVESTMENT DECISION?

02:45PM 21   A.   IT WAS CONSISTENT WITH WHAT THEY TOLD US IN OUR MEETING,

02:45PM 22   YES.

02:45PM 23   Q.   LET'S GO BACK TO PAGE 8 IF WE COULD, MS. WACHS.

02:45PM 24        DO YOU SEE THE HEADING "PRESS," MR. GROSSMAN?

02:45PM 25   A.   YES.

02:45PM 1    Q.   AND THERE'S AN IMAGE OF SOMETHING FROM "THE

02:45PM 2    WALL STREET JOURNAL" THAT SAYS "ELIZABETH HOLMES:  THE

02:45PM 3    BREAKTHROUGH OF INSTANT DIAGNOSIS."

02:45PM 4         DO YOU SEE THAT?

02:45PM 5    A.   YES.

02:45PM 6    Q.   AND IT APPEARS TO BE WRITTEN BY SOMEONE NAMED JOSEPH RAGO?

02:45PM 7    A.   YES.

02:45PM 8    Q.   IS THIS SOMETHING THAT YOU WOULD HAVE REVIEWED AND

02:45PM 9    CONSIDERED AT THE TIME?

02:45PM 10   A.   YES.

02:45PM 11   Q.   AND THERE'S A LINE ON THIS SLIDE RIGHT ABOVE THE CARTOON

02:45PM 12   IMAGE WHERE IT SAYS, "THE SECRET THAT HUNDREDS OF EMPLOYEES ARE

02:45PM 13   NOW REFINING."

02:45PM 14        MAYBE IF WE CAN ZOOM IN A LITTLE BIT MORE ON THAT,

02:46PM 15   MS. WACHS.

02:46PM 16        "THE SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW REFINING

02:46PM 17   INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE MORE THAN 1,000

02:46PM 18   LABORATORY TESTS."

02:46PM 19        DO YOU SEE THAT LANGUAGE?

02:46PM 20   A.   YES.

02:46PM 21   Q.   IS THAT CONSISTENT WITH STATEMENTS THAT MS. HOLMES AND

02:46PM 22   MR. BALWANI MADE TO YOU?

02:46PM 23   A.   VERY.

02:46PM 24   Q.   OKAY.  LET'S LOOK AT PAGE 9.

02:46PM 25        DO YOU SEE THE HEADING "PRESS"?

02:46PM   1    A.   YES.

02:46PM   2    Q.   AND THERE APPEARS TO BE EXCERPTS OF A PRESS RELEASE TITLED

02:46PM   3    "THERANOS SELECTS WALGREENS AS A LONG-TERM PARTNER THROUGH

02:46PM   4    WHICH TO OFFER ITS NEW CLINICAL LABORATORY SERVICE."

02:46PM   5         DO YOU SEE THAT?

02:46PM   6    A.   I DO.

02:46PM   7    Q.   AND WAS THIS INFORMATION THAT YOU CONSIDERED AT THE TIME

02:46PM   8    OF YOUR INVESTMENT?

02:46PM   9    A.   YES.

02:46PM  10    Q.   AND WAS THIS RELEVANT TO YOU?

02:46PM  11    A.   YES, IT WAS.

02:46PM  12    Q.   AND THERE'S A LINE RIGHT BEFORE "PALO ALTO, CALIFORNIA AND

02:47PM  13    DEERFIELD, ILLINOIS."

02:47PM  14         "WITH FIRST LOCATION LAUNCHING THIS MONTH IN

02:47PM  15    SILICON VALLEY, CONSUMERS CAN NOW COMPLETE ANY

02:47PM  16    CLINICIAN-DIRECTED LAB TEST WITH AS LITTLE AS A FEW DROPS OF

02:47PM  17    BLOOD AND RESULTS AVAILABLE IN A MATTER OF HOURS."

02:47PM  18         DO YOU SEE THAT?

02:47PM  19    A.   YES.

02:47PM  20    Q.   AND IS THAT CONSISTENT WITH STATEMENTS MS. HOLMES AND

02:47PM  21    MR. BALWANI MADE TO YOU IN YOUR MEETINGS WITH THEM?

02:47PM  22    A.   YES.

02:47PM  23    Q.   LET'S GO TO PAGE 17, PLEASE.

02:47PM  24         DO YOU SEE THE HEADING, "SAME TESTS, A WHOLE NEW

02:47PM  25    APPROACH"?

02:47PM  1    A.   YES.

02:47PM  2    Q.   AND DO YOU SEE SOME IMAGES OF A FINGER AND A RED DOT AND

02:47PM  3    SOME TYPE OF TUBE?

02:47PM  4    A.   I DO.

02:47PM  5    Q.   AND WHAT DID YOU UNDERSTAND TO BE DISPLAYED HERE?

02:47PM  6    A.   THIS IS THE ACTUAL PROCESS OF GETTING THE -- TAKING THE

02:48PM  7    SAMPLE FROM A FINGER, AND ON THE RIGHT YOU CAN SEE THE

02:48PM  8    NANOTAINER, WHICH IS THE DEVICE THAT THE BLOOD IS STORED IN AS

02:48PM  9    IT'S TRANSPORTED FROM THE COLLECTION SITE TO THE ANALYSIS SITE.

02:48PM 10    Q.   AND THIS SAYS, "THERANOS RUNS ANY TEST AVAILABLE IN

02:48PM 11    CENTRAL LABORATORIES, AND PROCESSES ALL SAMPLE TYPES."

02:48PM 12         WAS THAT RELEVANT INFORMATION TO YOU?

02:48PM 13    A.   YES.

02:48PM 14    Q.   AND THEN AT THE BOTTOM IT SAYS, "THERANOS PROVIDES THE

02:48PM 15    HIGHEST LEVEL OF OVERSIGHT, AUTOMATION, AND STANDARDIZATION IN

02:48PM 16    OUR PRE- AND POST-ANALYTIC PROCESSES, ENSURING THE HIGHEST

02:48PM 17    LEVELS OF ACCURACY AND PRECISION."

02:48PM 18         WAS THAT RELEVANT TO YOU?

02:48PM 19    A.   YES.

02:48PM 20    Q.   LET'S LOOK AT THE NEXT PAGE, PAGE 18.

02:48PM 21         DO YOU SEE THE HEADING, "SPECIALIZED FOR EVERY SPECIALTY"?

02:49PM 22    A.   YES.

02:49PM 23    Q.   AND BENEATH THAT DO YOU SEE WHERE IT SAYS, "THERANOS IS A

02:49PM 24    NEW STANDARD IN LAB TESTING THAT CAN HELP EVERY PRACTICE.  AND

02:49PM 25    WE OFFER EVEN MORE SPECIALIZED TOOLS FOR PATIENTS WITH SPECIFIC

02:49PM  1    NEEDS."

02:49PM  2         DO YOU SEE THAT?

02:49PM  3    A.   I DO, YES.

02:49PM  4    Q.   OKAY.  I'D LIKE TO ZOOM IN, IF WE CAN, MS. WACHS, ON THE

02:49PM  5    TEXT UNDERNEATH PEDIATRICS AND GERIATRICS.

02:49PM  6         UNDER PEDIATRICS, MR. GROSSMAN, DO YOU SEE WHERE IT SAYS,

02:49PM  7    "BUT SINCE WE ONLY REQUIRE TINY DROPS, OUR TESTS ARE LESS

02:49PM  8    TRAUMATIC, GIVING YOU MORE SMILES AND FEWER TEARS."

02:49PM  9         IS THAT CONSISTENT WITH STATEMENTS THAT MR. BALWANI MADE

02:49PM  10   TO YOU?

02:49PM  11   A.   YES.

02:49PM  12   Q.   AND TO THE RIGHT UNDER GERIATRICS IT SAYS, "NO MORE

02:49PM  13   SEARCHING FOR VEINS.  NO MORE PAINFUL DRAWS FROM THE KNUCKLE OR

02:49PM  14   BACK OF THE HAND."

02:49PM  15        DO YOU SEE THAT?

02:49PM  16   A.   YES.

02:49PM  17   Q.   IS THAT CONSISTENT WITH STATEMENTS THAT MR. BALWANI MADE

02:49PM  18   TO YOU PRIOR TO YOUR INVESTMENT?

02:49PM  19   A.   YES.

02:49PM  20   Q.   AND WAS THIS SIGNIFICANT TO YOU?

02:50PM  21   A.   YES, IT WAS, BECAUSE THIS IS PART OF THE REASON WHY THE

02:50PM  22   MARKET FOR LAB SERVICES COULD EXPAND DRAMATICALLY WITH THE

02:50PM  23   TECHNOLOGY LIKE THIS, WHICH IS SOMETHING THAT THEY TALKED ABOUT

02:50PM  24   ACTUALLY IN THE SECOND MEETING.  THE MARKET FOR DIAGNOSTIC

02:50PM  25   TESTING COULD EASILY DOUBLE WITH A PRODUCT, A TECHNOLOGY LIKE

02:50PM  1    THIS THAT WOULD BE ABLE TO -- YOU KNOW, WHERE A LOT OF TESTS

02:50PM  2    JUST UNFORTUNATELY AREN'T DONE BECAUSE IT'S PAINFUL, BECAUSE

02:50PM  3    IT'S SCARY.

02:50PM  4        I MEAN, I HAD TO CHASE MY DAUGHTER AROUND THE BACKYARD TO

02:50PM  5    GET A LAB AND TO GET HER TO TAKE BLOOD ONCE.  I MEAN, IT'S A

02:50PM  6    REAL ISSUE.

02:50PM  7        SO, YES, THIS -- IT WAS VERY -- AND OBVIOUSLY IT'S -- YOU

02:50PM  8    KNOW, ANY TIME YOU HAVE A PRODUCT THAT IS BETTER, FASTER,

02:50PM  9    CHEAPER, MORE ACCURATE, YOU KNOW, THAT'S, THAT'S ALWAYS A -- AN

02:50PM 10    ATTRACTIVE -- THOSE ARE VERY ATTRACTIVE CHARACTERISTICS FOR ANY

02:50PM 11    NEW TYPE TECHNOLOGY RELATIVE TO WHAT THE EXISTING INCUMBENT

02:51PM 12    PRODUCT'S TECHNOLOGIES ARE LIKE.

02:51PM 13    Q.   LET'S GO TO THE NEXT PAGE, PAGE 19.

02:51PM 14        DO YOU SEE THE HEADING "FASTER RESULTS.  FASTER ANSWERS"?

02:51PM 15    A.   YES.

02:51PM 16    Q.   AND IN THE MIDDLE IT SAYS, "4 HOURS OR LESS"?

02:51PM 17    A.   YES.

02:51PM 18    Q.   IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:51PM 19    A.   THIS ALSO CAME UP IN THAT SECOND MEETING, YES.  THEY

02:51PM 20    TALKED ABOUT THE 4 HOUR TURN-AROUND TIME.

02:51PM 21    Q.   OKAY.  LET'S LOOK AT PAGE 21, PLEASE.

02:51PM 22        DO YOU SEE THE HEADING "A NEW STANDARD IN QUALITY.

02:51PM 23        "THE HIGHEST LEVELS IN ACCURACY"?

02:51PM 24    A.   YES.

02:51PM 25    Q.   AND THEN THERE'S A CIRCLE, "LESS THAN 10 PERCENT

02:51PM  1    COEFFICIENT OF VARIATION," AND THEN ABOVE THAT IT SAYS

02:51PM  2    "VITAMIN D."

02:51PM  3        WAS THIS RELEVANT TO YOU?

02:51PM  4    A.   YES, BECAUSE VITAMIN D IS A NOTORIOUSLY DIFFICULT TEST,

02:52PM  5    AND THEY EXPLAINED THAT US TO US IN THE DUE DILIGENCE PROCESS,

02:52PM  6    WHERE YOU SEE HUGE AMOUNTS OF VARIATION WITH CONVENTIONAL

02:52PM  7    EQUIPMENT BY THIRD PARTY SUPPLIERS.

02:52PM  8        SO, YOU KNOW, THAT'S -- THIS IS A PARTICULARLY HARD

02:52PM  9    ANALYSIS TO DO, AND TO DO IT ACCURATELY AND CONSISTENTLY.

02:52PM  10   Q.   SO I'M GATHERING YOU WERE IMPRESSED THAT THERANOS DID

02:52PM  11   THAT?

02:52PM  12   A.   YEAH.  THERE'S ACTUALLY A COMPANY THAT JUST FOCUSSED ON

02:52PM  13   VITAMIN D, A PUBLIC COMPANY THAT THAT WAS THEIR WHOLE BUSINESS.

02:52PM  14   THEY WERE ACTUALLY ACQUIRED, I DON'T REMEMBER IF IT WAS AFTER

02:52PM  15   OR BEFORE.

02:52PM  16       BUT THIS WAS AN AREA THAT WE, AS INVESTORS, WERE FAMILIAR

02:52PM  17   WITH THE VITAMIN D SPACE.

02:52PM  18   Q.   AND THEN BENEATH THAT IT SAYS, "BY SYSTEMATICALLY

02:52PM  19   CONTROLLING AND STANDARDIZING OUR PROCESSES, THERANOS OFFERS

02:52PM  20   TESTS WITH THE HIGHEST LEVELS OF ACCURACY.

02:52PM  21       "THERANOS AUTOMATES PRE- AND POST-ANALYTIC PROCESSES,

02:52PM  22   DRASTICALLY MINIMIZING HUMAN PROCESSING -- THE CAUSE OF THE

02:52PM  23   MAJORITY OF LAB TEST ERRORS."

02:53PM  24       WAS THIS RELEVANT INFORMATION TO YOUR INVESTMENT?

02:53PM  25   A.   YES, IT WAS.

02:53PM 1    Q.   LET'S LOOK AT PAGE 24, PLEASE.

02:53PM 2         DO YOU SEE THE HEADING "COST SAVINGS"?

02:53PM 3    A.   YES.

02:53PM 4    Q.   AND THEN IT SAYS, "THE FULL RANGE OF TESTS.  A FRACTION OF

02:53PM 5    THE COSTS"?

02:53PM 6    A.   YES.

02:53PM 7    Q.   WE SAW IN YOUR DUE DILIGENCE QUESTIONS, YOU ASKED A NUMBER

02:53PM 8    OF QUESTIONS ABOUT THE COST OF THE ANALYZER AND THE ECONOMICS

02:53PM 9    AROUND THIS; IS THAT CORRECT?

02:53PM 10   A.   YES.

02:53PM 11   Q.   OKAY.  AND DID YOU HAVE THE IMPRESSION THAT THERANOS COULD

02:53PM 12   PROVIDE ALL OF THESE TESTS WITH A MINI ANALYZER PROFITABLY?

02:53PM 13   A.   YES.

02:53PM 14   Q.   AND WAS THAT BASED ON STATEMENTS FROM MR. BALWANI?

02:53PM 15   A.   IT WAS BASED ON A COUPLE OF THINGS.  ONE WAS THE UNIT

02:53PM 16   ECONOMICS, OR THE COST OF MAKING THE ANALYZER.  IT WAS ALREADY

02:53PM 17   40,000.  THEY WERE GOING TO DRIVE THAT DOWN TO 10- OR 15,000.

02:54PM 18        THE DRAMATICALLY SMALLER SIZE THAT THEY WOULD NEED TO

02:54PM 19   PROVIDE LABORATORY SERVICES, SO LESS REAL ESTATE, LESS PEOPLE,

02:54PM 20   LESS LAB TECHS, LESS EQUIPMENT, LESS CHEMICALS THAN THOSE BIG

02:54PM 21   THIRD PARTY MACHINES NEEDED.

02:54PM 22        AND THEN THEY ACTUALLY GAVE US MARGINS.  SO HE -- WHEN WE

02:54PM 23   WENT THROUGH THE FINANCIAL MODEL IN THE SECOND MEETING, THEY

02:54PM 24   HAD -- NOT ONLY DID THEY HAVE THEIR REVENUE PROJECTIONS BY

02:54PM 25   MONTH THROUGH 2014 AND 2015 WITH THE ROLLOUT AT WALGREENS.

02:54PM 1          AND THEN ALSO IN THAT MEETING WE ALSO LEARNED FOR THE

02:54PM 2     FIRST TIME THAT SAFEWAY WAS ANOTHER ONE OF THEIR PARTNERS.

02:54PM 3          SO THEY HAD ALL OF THAT BY MONTH.

02:54PM 4          BUT THEY ALSO HAD THE MARGINS ASSOCIATED WITH THAT.

02:54PM 5          AND, YES, THEY WERE PROFITABLE, SURPRISINGLY PROFITABLE.

02:54PM 6          I MEAN, YOU WOULD NEVER BE ABLE TO DRIVE PROFITS AT THAT

02:54PM 7     PRICE POINT TO THE MARKET USING EXPENSIVE THIRD PARTY

02:54PM 8     EQUIPMENT.

02:54PM 9          I MEAN, AND THE MODELS WOULD WORK.

02:54PM 10         SO, YEAH, WE WENT THROUGH -- I CAN'T REMEMBER EXACTLY WHAT

02:55PM 11    THE MARGINS WERE, BUT I HAVE THAT IN MY -- YOU KNOW, WE TOOK

02:55PM 12    NOTES AND THEN WE HAVE THEIR MODEL.

02:55PM 13         BUT, YEAH, IT WAS, IT WAS A PROFITABLE SERVICE AS IT

02:55PM 14    RAMPED UP THROUGH 2014 INTO 2015.

02:55PM 15    Q.   LET'S GO FORWARD INTO PAGE 33.

02:55PM 16         DO YOU SEE THE HEADING "KEY DEPLOYMENTS"?

02:55PM 17    A.   YES.

02:55PM 18    Q.   AND THERE'S A REFERENCE TO MEDICARE/MEDICAID;

02:55PM 19         RETAIL;

02:55PM 20         EMERGENCY ROOMS/HOSPITALS.

02:55PM 21         THE REVENUE PROJECTION THAT YOU SAW, DID IT ALSO INCLUDE

02:55PM 22    REVENUE FROM HOSPITAL SERVICES?

02:55PM 23    A.   YES.

02:55PM 24    Q.   AND THERE'S ALSO A REFERENCE TO DOD;

02:55PM 25         PHARMA.

GROSSMAN DIRECT BY MR. LEACH

02:55PM 1          DO YOU SEE THAT?

02:55PM 2     A.   I DO.

02:55PM 3     Q.   AND DID YOU UNDERSTAND DOD TO BE DEPARTMENT OF DEFENSE?

02:55PM 4     A.   YES, THAT'S EXACTLY WHAT IT MEANT, DEPARTMENT OF DEFENSE.

02:56PM 5     Q.   AND PHARMA IS A REFERENCE TO PHARMACEUTICAL COMPANIES?

02:56PM 6     A.   THE CLINICAL TRIAL ANALYSIS THAT THEY DID FOR

02:56PM 7     PHARMACEUTICAL COMPANIES WITH EXPERIMENTAL MEDICINES.

02:56PM 8     Q.   LET ME DRAW YOUR ATTENTION TO PAGE 38.

02:56PM 9          DO YOU SEE AN IMAGE OF A BILLBOARD WITH THE WORDS "THE

02:56PM 10    BLOOD TEST, REINVENTED"?

02:56PM 11    A.   YES.

02:56PM 12    Q.   WHAT DID YOU UNDERSTAND THIS TO BE?

02:56PM 13    A.   THIS WAS AN ADVERTISEMENT.  I DON'T KNOW IF IT WAS AN

02:56PM 14    ACTUAL BILLBOARD OR A PROPOSED BILLBOARD, BUT THIS WAS JUST

02:56PM 15    SORT OF GOOD, YOU KNOW, REALLY ATTRACTIVE MARKETING, THE SIZE

02:56PM 16    OF THE NANOTAINER, THE AMOUNT OF BLOOD THAT THEY NEEDED TO RUN

02:56PM 17    STANDARD ANALYTIC EXPERIMENTS BEING DRAMATICALLY LESS THAN

02:56PM 18    ANYONE -- YOU KNOW, EVERYONE HAS GIVEN BLOOD AT SOME POINT.

02:56PM 19          SO, YEAH, I THINK IT'S JUST SORT OF A PUNCHY, SLICK

02:57PM 20    BILLBOARD THAT WOULD BE ON THE SIDE OF 101 OR SOMETHING LIKE

02:57PM 21    THAT.

02:57PM 22    Q.   FURTHER ON, LET'S LOOK AT PAGE 43.

02:57PM 23          DO YOU SEE TO THE LEFT IT SAYS, "SHELF BLADE NUMBER 1"?

02:57PM 24    A.   YES.

02:57PM 25    Q.   AND THEN IF WE ZOOM IN ON THE TEXT, MAYBE WE CAN ZOOM IN A

02:57PM   1    LITTLE BIT MORE ON "GOODBYE BIG BAD NEEDLE," MS. WACHS.

02:57PM   2        GREAT.

02:57PM   3        DO YOU SEE WHERE IT SAYS, "ONLY A TINY SAMPLE FROM A

02:57PM   4    FINGERTIP AND NOTHING ELSE.

02:57PM   5        "ALL YOUR TESTS, EASY AND PAINLESSLY."

02:57PM   6    A.   YES, I DO.

02:57PM   7    Q.   AND ARE THOSE STATEMENTS THAT MR. BALWANI MADE TO YOU?

02:57PM   8    A.   YES.

02:57PM   9    Q.   LET'S GO TO PAGE 51, PLEASE.

02:58PM  10        DO YOU SEE THE HEADING "NEW POSSIBILITIES IN THE LAB"?

02:58PM  11    A.   YES.

02:58PM  12    Q.   AND TO THE LEFT THERE'S A COLUMN UNDER THE HEADING,

02:58PM  13    "ROUTINE, SPECIALTY AND ESOTERIC TESTING.

02:58PM  14        "ALL 1,000 PLUS CURRENTLY RUN TESTS/CPT CODES ARE

02:58PM  15    AVAILABLE THROUGH THERANOS."

02:58PM  16        IS THAT SOMETHING MR. BALWANI TOLD YOU?

02:58PM  17    A.   YES.

02:58PM  18    Q.   "THERANOS RUNS ANY TESTS AVAILABLE IN CENTRAL

02:58PM  19    LABORATORIES."

02:58PM  20        IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:58PM  21    A.   YES.

02:58PM  22    Q.   "THERANOS CAN PROCESS ANY SAMPLE TYPE."

02:58PM  23        IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:58PM  24    A.   YES.

02:58PM  25    Q.   AND THEN TO THE RIGHT, "THE UNPRECEDENTED LACK OF

02:58PM  1    VARIATION WITH THERANOS YIELDS:

02:58PM  2         "HIGHER INTEGRITY DATA AND LONGITUDINAL TRENDING."

02:58PM  3         IS THAT SOMETHING THAT MR. BALWANI TOLD YOU?

02:58PM  4    A.   YES.  THE LONGITUDINAL DATA IS WHAT -- IS REFERRING TO THE

02:59PM  5    IDEA THAT WITH THERANOS AND THE APP AND THEIR DATABASE, YOU

02:59PM  6    WOULD BE ABLE TO FOLLOW YOUR OWN DATA OVER MANY, MANY YEARS.

02:59PM  7    Q.   AND WAS THIS INFORMATION RELEVANT TO YOUR INVESTMENT

02:59PM  8    DECISION?

02:59PM  9    A.   YES.

02:59PM  10   Q.   LET'S GO TO PAGE 62, PLEASE.

02:59PM  11        DO YOU SEE THE HEADING "THERANOS'S CLIA QUALITY

02:59PM  12   STANDARDS"?

02:59PM  13   A.   YES.

02:59PM  14   Q.   AND THERE'S A LINE TWO DOWN, "QUALITY CONTROL (QC).

02:59PM  15        "MECHANISM TO ENSURE ALL TESTING PROCEDURES MEET HIGHEST

02:59PM  16   STANDARDS."

02:59PM  17        WAS THIS INFORMATION RELEVANT TO YOU?

02:59PM  18   A.   YES.

02:59PM  19   Q.   THERE'S ALSO A REFERENCE TO PROFICIENCY TESTING, AND IT

02:59PM  20   SAYS "TESTING FOR ACCURACY AND CONTROL COMPARISONS; BIENNIAL

02:59PM  21   AUDITS OF TESTING ACCURACY."

03:00PM  22        DO YOU SEE THAT?

03:00PM  23   A.   YES.

03:00PM  24   Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

03:00PM  25   A.   THE PROFICIENCY TESTING PROCESS IS I THINK MAYBE TWO OR

03:00PM 1     THREE TIMES A YEAR WHERE YOU'RE SENT REFERENCE SAMPLES AND YOU

03:00PM 2     HAVE TO CORRECTLY MEASURE THOSE.

03:00PM 3         AND THAT'S HOW YOU MAINTAIN YOUR CLIA ACCREDITATION.

03:00PM 4         AND IF YOU PASS THAT TESTING, IF YOU CAN ACCURATELY READ

03:00PM 5     THOSE SAMPLES, YOU -- YOU'RE CLIA CERTIFIED AND YOU'RE ALLOWED

03:00PM 6     TO BILL MEDICARE AND MEDICAID FOR LAB SERVICES.

03:00PM 7         AND THIS CAME UP EARLY IN THE SECOND MEETING WHEN WE ASKED

03:00PM 8     ABOUT WHAT IS THE, IS THE FDA THE REGULATORY VALUE HERE, AND

03:00PM 9     THEY KIND OF WALKED US THROUGH HOW THIS WORKS.

03:00PM 10        AND THEN, YOU KNOW, THEY HAD SAID THEIR CLIA LAB, WITH

03:00PM 11    THEIR MENU OF TESTS IN THE RETAIL SETTING, HAD REPEATEDLY

03:00PM 12    MATCHED ALL OF THESE REFERENCE SAMPLES, AND THEY -- FOR

03:01PM 13    EVERYTHING THAT THEY OFFERED.

03:01PM 14    Q.   LET'S LOOK AT THE NEXT PAGE, PAGE 63.

03:01PM 15        AND BEFORE I ASK THAT, AT ANY POINT DID MR. BALWANI

03:01PM 16    MENTION SOMETHING CALLED ALTERNATIVE ASSESSMENT OF PROFICIENCY?

03:01PM 17    A.   I DON'T RECALL THAT, NO.

03:01PM 18    Q.   THIS SAYS, "CLIA SURVEYS AND AUDITS."

03:01PM 19        DOWN AT THE BOTTOM, "THERANOS MAINTAINS CLIA ACCREDITATION

03:01PM 20    AS A HIGH COMPLEXITY LAB AND HAS PASSED ALL AUDITS WITHOUT A

03:01PM 21    SINGLE DEFICIENCY TO MAINTAIN THIS STATUS."

03:01PM 22        WAS THIS RELEVANT TO YOU?

03:01PM 23    A.   VERY RELEVANT.  THIS -- AS THE COMPANY TOLD US, THIS

03:01PM 24    STANDARD IS ACTUALLY A HIGHER STANDARD THAN THE FDA APPROVAL

03:01PM 25    PROCESS FOR WHETHER IT'S A 510(K), WHICH IS A REGULATORY FILING

03:01PM 1     TYPE.

03:01PM 2          SO, A, THEY TOLD US THAT THIS WAS ACTUALLY A REALLY

03:01PM 3     IMPORTANT -- THIS WAS, I THINK MR. BALWANI USED THE TERM, "THE

03:02PM 4     TRUTH," BECAUSE YOU HAVE TO MEASURE SOMETHING AGAINST -- YOU

03:02PM 5     HAVE TO IDENTIFY THESE SAMPLES THAT YOU SENT.

03:02PM 6          AND, YOU KNOW, IT WAS -- DESPITE -- YOU KNOW, THERE'S NO

03:02PM 7     BETTER VALIDATION TO THE TECHNOLOGY.  YOU CAN SAY WHATEVER --

03:02PM 8     ANYONE, ANYONE WHO IS THREATENED BY THIS TYPE OF OPEN ENDED

03:02PM 9     TECHNOLOGY, THEY CAN SAY WHATEVER THEY WANT TO THEIR

03:02PM 10    SHAREHOLDERS, OH, IT DOESN'T WORK, BLAH BLAH.

03:02PM 11         BUT WHEN YOU HAVE -- WHEN YOU PASS THE CLIA ACCREDITATION

03:02PM 12    STANDARD FOR EVERYTHING YOU OFFER, THE WHOLE MENU, THAT IN AND

03:02PM 13    OF ITSELF SPEAKS VOLUMES TO THE CAPABILITIES OF THE TECHNOLOGY.

03:02PM 14         SO, YES, THIS WAS A VERY KEY AND IMPORTANT DISCLOSURE.

03:02PM 15    Q.   AND DID MR. BALWANI TELL YOU THAT THIS WAS SOMETHING THAT

03:02PM 16    THEY HAD ALREADY DONE AS OF JANUARY OF 2014?

03:02PM 17    A.   HE SAID THAT THEY HAD REPEATEDLY AND ACCURATELY MET

03:02PM 18    THESE -- MEASURED THESE SAMPLES IN THEIR CLIA LAB.

03:02PM 19    Q.   OKAY.  LET'S LOOK AT PAGE 64.

03:03PM 20         DO YOU SEE WHERE IT SAYS "VALIDATION OF THERANOS"?

03:03PM 21    A.   YES.

03:03PM 22    Q.   "THERANOS HAS BEEN COMPREHENSIVELY VALIDATED OVER THE

03:03PM 23    COURSE OF THE LAST SEVEN YEARS BY TEN OF THE FIFTEEN LARGEST

03:03PM 24    PHARMACEUTICAL COMPANIES."

03:03PM 25         DO YOU SEE THAT LANGUAGE?

03:03PM   1    A.   YES.

03:03PM   2    Q.   AND WAS THIS RELEVANT TO YOU?

03:03PM   3    A.   YES.

03:03PM   4    Q.   OKAY.  MS. WACHS, PLEASE GO TO PAGE 69.

03:03PM   5         DO YOU SEE THE HEADING, "EXCERPTS FROM THERANOS'S TEST

03:03PM   6    MENU"?

03:03PM   7    A.   YES.

03:03PM   8    Q.   AND THEN IT SAYS, "105 TESTS SHOWN, ANOTHER 20 PLUS PAGES

03:03PM   9    SHOW ALL AVAILABLE TESTS WITH THERANOS."

03:03PM   10        DO YOU SEE THAT?

03:03PM   11   A.   YES.

03:03PM   12   Q.   AND WHAT DID YOU UNDERSTAND THIS TO BE?

03:03PM   13   A.   THIS WAS THE TEST -- THE RETAIL TEST MENU THAT THEY WERE

03:04PM   14   OFFERING.

03:04PM   15   Q.   AND DID YOU UNDERSTAND THESE WERE THE TESTS THAT THERANOS

03:04PM   16   WAS PERFORMING ON ITS DEVICE?

03:04PM   17   A.   THESE WERE THE TESTS THAT THEY WERE PERFORMING ON THEIR

03:04PM   18   PROPRIETARY TECHNOLOGY IN THEIR CLIA LAB, YES.

03:04PM   19   Q.   OKAY.  THANK YOU, MS. WACHS.  WE CAN TAKE THIS DOWN.

03:04PM   20        LET ME PLEASE DRAW YOUR ATTENTION TO EXHIBIT 1443.

03:04PM   21        IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND MR. BALWANI

03:04PM   22   IN THE JANUARY 2014 TIME PERIOD, MR. GROSSMAN?

03:04PM   23   A.   I'M SORRY.  YES.

03:05PM   24             MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:05PM   25   EXHIBIT 1443.

03:05PM  1          MS. WALSH:  NO OBJECTION.

03:05PM  2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:05PM  3          (GOVERNMENT'S EXHIBIT 1443 WAS RECEIVED IN EVIDENCE.)

03:05PM  4          MR. LEACH:  IF WE CAN ZOOM IN, MS. WACHS, ON THE

03:05PM  5   BOTTOM PORTION OF PAGE 1.

03:05PM  6   Q.   MR. GROSSMAN, YOU APPEAR TO WRITE ON JANUARY 20TH, 2014,

03:05PM  7   "HERE ARE A FEW OF THE TOPICS FOR TOMORROW."

03:05PM  8          DO YOU SEE THAT?

03:05PM  9   A.   YES.

03:05PM  10  Q.   AND DID YOU HAVE A FOLLOW-UP PHONE CALL WITH MR. BALWANI

03:05PM  11  SHORTLY AFTER THIS EMAIL?

03:05PM  12  A.   YES, WE DID.

03:05PM  13  Q.   OKAY.  YOU WROTE, "COMPETITION.  IS THERE ANYBODY OUT

03:05PM  14  THERE RIGHT NOW THEY ARE AWARE OF?"

03:05PM  15         AND THEN IN THE LAST TWO QUESTIONS YOU WROTE, "DO THEY SEE

03:05PM  16  ANOTHER LAB IN A BOX EMERGE?  WHAT IS THEIR TIME TO MARKET

03:05PM  17  ADVANTAGE?"

03:05PM  18         DO YOU SEE THAT?

03:05PM  19  A.   YES.

03:05PM  20  Q.   AND WHAT DID YOU MEAN BY "LAB IN A BOX"?

03:05PM  21  A.   WELL, THAT WAS THE WHOLE CONCEPT OF THE MINILAB WAS YOU'RE

03:06PM  22  SHRINKING THE ENTIRE REFERENCE LABORATORY DOWN INTO THIS PC

03:06PM  23  SIZED CONTAINER, BOX.

03:06PM  24         YOU KNOW, THIS IS THE MINILAB.  THIS IS THE MINIATURIZING

03:06PM  25  THE LAB, NOT THE POINT OF CARE TEST.

03:06PM   1         AND SO WE WEREN'T AWARE OF ANY COMPANY THAT WAS PURSUING A

03:06PM   2   STRATEGY LIKE THIS, BUT WE WANTED TO MAKE SURE THAT WE HADN'T

03:06PM   3   MISSED ANY COMPETITORS THAT WE HAD TO FOCUS ON.

03:06PM   4         PART OF THIS IS WE'RE TRYING TO REALLY UNDERSTAND, WHAT IS

03:06PM   5   THE REAL COMPETITIVE MODE HERE?  WHAT IS THE REAL -- WHAT ARE

03:06PM   6   THE BARRIERS TO ENTRY?  IS IT PATENTS?  IS IT THE LEAD, THE

03:06PM   7   FIRST MOVER ADVANTAGE THEY HAD?  IS IT ALL THE MONEY?

03:06PM   8         WE WERE REALLY TRYING TO UNDERSTAND HOW LONG WILL IT BE

03:06PM   9   BEFORE -- A, WILL THERE BE COMPETITORS; AND, B, HOW LONG WILL

03:07PM  10   IT TAKE BEFORE COMPETITORS SHOW UP THAT HAVE TECHNOLOGY THAT

03:07PM  11   CAN POTENTIALLY RIVAL THERANOS'S DEVELOPMENT?

03:07PM  12   Q.   IN THE NEXT PARAGRAPH YOU WROTE, "WE WANT TO REVISIT THE

03:07PM  13   FDA APPROVED PROCESS FOR ASSAYS AND ANALYZER.  WILL THE

03:07PM  14   ANALYZER BE AN FDA APPROVED DEVICE?"

03:07PM  15         DO YOU SEE THAT TEXT?

03:07PM  16   A.   YES.

03:07PM  17   Q.   AND BY "ANALYZER," WERE YOU REFERRING TO THE MINILAB?

03:07PM  18   A.   YES.

03:07PM  19   Q.   FURTHER DOWN BELOW IN THE NEXT PARAGRAPH YOU WROTE IN

03:07PM  20   LINE 2, "HOW WILL THIS WORK IN PHASE II OF THE ROLLOUT WHERE

03:07PM  21   THEY ARE PUTTING ANALYZERS IN THE STORES?  SAME FOR PHYSICIAN

03:07PM  22   OFFICE.  WILL EACH PHYSICIAN OFFICE BE REQUIRED TO BE CLIA

03:07PM  23   CERTIFIED?"

03:07PM  24         WHAT WERE YOU GETTING AT THERE?

03:07PM  25   A.   WE WERE TRYING TO UNDERSTAND HOW THE REGULATIONS OF THIS

03:07PM   1    TECHNOLOGY WILL IMPACT THE LONGER TERM BUSINESS MODEL THERE.

03:07PM   2         AND FOR US, THESE QUESTIONS ARE ALSO RELATED TO OUR

03:08PM   3    FINANCIAL MODEL THAT WE'RE TRYING TO BUILD, THE LONGER TERM

03:08PM   4    FINANCIAL MODEL.

03:08PM   5         THEY GAVE US A MODEL FOR 2014 AND '15 BY THE MONTH, AND SO

03:08PM   6    WE HAVE THAT TO SORT OF WORK WITH.

03:08PM   7         BUT THEN AS WE GOT BEYOND 2015, WE HAD TO SORT OF BUILD

03:08PM   8    OUR OWN, OUR OWN MODEL.

03:08PM   9         SO PART OF THESE QUESTIONS ARE JUST TRYING TO UNDERSTAND

03:08PM  10    HOW -- WHAT IS -- HOW DO WE THINK ABOUT HOW THIS IS GOING TO BE

03:08PM  11    USED IN THE REAL WORLD AND, YOU KNOW, IS IT GOING TO BE USED --

03:08PM  12    WHAT ARE THE POTENTIAL, WHAT ARE THE POTENTIAL HURDLES THEY

03:08PM  13    HAVE TO GET OVER IN THESE DIFFERENT MARKET SEGMENTS, THE

03:08PM  14    HOSPITAL MARKET, THE PHYSICIAN MARKET, THE RETAIL SETTING?

03:08PM  15         AND, YOU KNOW, HOW DO WE THINK ABOUT THE REGULATORY RISKS,

03:08PM  16    IF THERE ARE REGULATORY RISKS.

03:08PM  17         AND SO THAT'S WHERE THESE QUESTIONS ARE GOING.

03:08PM  18         SO, YOU KNOW, WE ACTUALLY ENDED UP -- THE WAY WE ENDED UP

03:08PM  19    MODELING THE COMPANY, WE TRIED TO TAKE THE REGULATORY ISSUES

03:08PM  20    OFF THE TABLE AND FOCUS ON HUB AND SPOKE, IN OTHER WORDS, BIG

03:09PM  21    METROPOLITAN AREAS WHERE YOU DIDN'T HAVE TO PUT THE SYSTEMS IN

03:09PM  22    WALGREENS STORES.

03:09PM  23         BUT THE PHYSICIAN OFFICE IS ACTUALLY A REGULATORY SAFE

03:09PM  24    HARBOR WHERE THE COMPANY EXPLAINED THAT YOU ACTUALLY CAN DO

03:09PM  25    TESTING WITHIN -- THESE DEVICES CAN BE USED THERE, YOU CAN DO

03:09PM  1    TESTING WITHIN PHYSICIAN OFFICES.  THEY ARE A SAFE AREA FOR

03:09PM  2    CLIA REGULATIONS.

03:09PM  3          BUT THEY WERE NOT FOCUSSED ON PUTTING THESE DEVICES IN

03:09PM  4    PHYSICIAN OFFICES.  THEY WERE MORE FOCUSSED ON NANOTAINERS AND

03:09PM  5    COLLECTING SPECIMENS FROM PHYSICIAN OFFICES AND THEN TAKING

03:09PM  6    THEM TO THEIR LOCAL LABORATORY AND THEN PROCESSING THOSE.

03:09PM  7          WE, WE -- AND THE, THE -- WE, WE -- THIS -- THE FIRST

03:10PM  8    THING WE TALKED ABOUT IN THIS WAS REALLY AROUND, DO YOU WANT TO

03:10PM  9    BE A MEDICAL DEVICE COMPANY OR DO YOU WANT TO BE AN INTEGRATED

03:10PM 10    LAB SERVICE PROVIDER?

03:10PM 11          WE, AGAIN, KIND OF PUSHED HIM, MR. BALWANI, ON THAT POINT,

03:10PM 12    AND HE WAS VERY CLEAR, WE DO NOT WANT TO BE A MEDICAL DEVICE

03:10PM 13    COMPANY.

03:10PM 14          AND THAT CHANGES THE REGULATORY RISKS.

03:10PM 15          SO ONCE, ONCE THEY DECIDED NOT TO BE IN THE BUSINESS OF

03:10PM 16    SELLING DEVICES TO THIRD PARTIES, THAT CHANGED A LOT OF FDA

03:10PM 17    REGULATED RISKS, SO THAT WAS AN IMPORTANT PART OF THIS

03:10PM 18    CONVERSATION.

03:10PM 19    Q.   IN THAT SECOND TO LAST PARAGRAPH YOU WROTE, "WE WANT TO

03:10PM 20    BETTER UNDERSTAND THE MANUFACTURING RAMP OF ANALYZERS.  CAN

03:10PM 21    THEY MAKE THEM AT HIGHER VOLUME WITHOUT SACRIFICING PRODUCT

03:10PM 22    QUALITY?  WHERE DO THEY MAKE THEM?  WE'D LIKE TO SEE THAT PART

03:10PM 23    OF THE OPERATION IF POSSIBLE.  WHY DID THEY DECIDE TO MAKE THE

03:10PM 24    ANALYZERS VERSUS OUTSOURCE THEM?"

03:10PM 25          DO YOU SEE THAT LANGUAGE?

03:10PM  1    A.   YES.

03:10PM  2    Q.   IS THIS ANOTHER EFFORT BY YOU TO UNDERSTAND THEIR VERTICAL

03:11PM  3    INTEGRATION?

03:11PM  4    A.   YES.   WE WANTED TO UNDERSTAND, ESPECIALLY NOW THAT WE HAVE

03:11PM  5    THE ROLLOUT, YOU KNOW, COULD THEY MAKE ENOUGH -- COULD THEY

03:11PM  6    ACTUALLY MAKE ENOUGH OF THEIR OWN PROPRIETARY ANALYZERS TO MEET

03:11PM  7    THE DEMAND FORECAST THAT THEY HAD FROM WALGREENS OVER THE

03:11PM  8    NEXT -- OVER 2014 AND '15, IN ADDITION TO THE DEMAND THAT THEY

03:11PM  9    EXPECTED TO GET FROM HOSPITAL LABORATORIES.

03:11PM  10        SO, YOU KNOW, IT'S ONE THING TO BE ABLE TO MAKE AN

03:11PM  11   ANALYZER.

03:11PM  12        IT'S A WHOLE OTHER THING TO BE ABLE TO MAKE HUNDREDS OF

03:11PM  13   THEM, AND THEN TO MAKE THEM SO THEY ACTUALLY PERFORM IN THE

03:11PM  14   REAL WORLD.

03:11PM  15        SO WE REALLY WANTED TO FOCUS ON, YOU KNOW, CAN YOU

03:11PM  16   ACTUALLY DELIVER HIGH QUALITY EQUIPMENT?   CAN YOU ACTUALLY MAKE

03:11PM  17   YOUR OWN PROPRIETARY HIGH QUALITY EQUIPMENT AT SCALE?   DO YOU

03:11PM  18   HAVE A FACILITY TO DO THAT?   WE HADN'T SEEN A MANUFACTURING

03:11PM  19   FACILITY.

03:11PM  20        SO THAT'S REALLY -- AND MAKING SURE THAT TIES BACK TO OUR

03:11PM  21   FINANCIAL FORECAST, SO THEY HAVE ENOUGH CASH TO INVEST IN THIS

03:12PM  22   LAB INFRASTRUCTURE BUILD OUT.

03:12PM  23   Q.   IN RESPONSE TO THESE QUESTIONS, DID MR. BALWANI SAY

03:12PM  24   ANYTHING ABOUT SIEMENS MACHINES?

03:12PM  25   A.   NO, HE DID NOT.

03:12PM 1    Q.   DID HE SAY ANYTHING ABOUT THIRD PARTY ANALYZERS?

03:12PM 2    A.   NO, HE DID NOT.

03:12PM 3    Q.   AT ANY POINT IN TIME DID MR. BALWANI TALK ABOUT THE

03:12PM 4    DURABILITY OF THE DEVICE OR ITS ABILITY TO WITHSTAND HARSH

03:12PM 5    CONDITIONS?

03:12PM 6    A.   YES.  AS PART OF THIS CONVERSATION, HE EXPLAINED HOW EACH

03:12PM 7    ONE OF THESE DEVICES ACTUALLY HAS, HE USED THE TERM, A

03:12PM 8    HEARTBEAT.  IT'S CONNECTED TO THE NETWORK WIRELESSLY.

03:12PM 9         AND SO THEY CAN, THEY CAN TRACK HOW EACH ONE OF THEIR

03:12PM 10   PROPRIETARY SYSTEMS IS PERFORMING.

03:12PM 11        AND BECAUSE OF THE WORK THAT THEY DID WITH THE MILITARY,

03:12PM 12   THEY KNEW EXACTLY HOW TO CALIBRATE THESE THINGS.  THEY KNEW

03:12PM 13   WHERE THEY TEND TO RUN INTO PROBLEMS.

03:12PM 14        AND SO THEY LEARNED OVER THE LAST TEN YEARS FROM THAT

03:12PM 15   EXPERIENCE, YOU KNOW, AND IT'S MADE THESE MACHINES MORE ROBUST.

03:13PM 16        HE EXPLAINED THAT -- I USE THE EXAMPLE THAT THEY KNOW THAT

03:13PM 17   ABOVE 120 DEGREES, FROM THE MILITARY EXPERIENCE, THE MACHINES

03:13PM 18   HAVE PROBLEMS.

03:13PM 19        BUT THAT WASN'T GOING TO BE AN ISSUE IN THE COMMERCIAL

03:13PM 20   RETAIL SETTING.

03:13PM 21        BUT THAT'S THE TYPE OF STUFF THAT THEY LEARNED SO THAT

03:13PM 22   THEY FELT REALLY CONFIDENT THAT THEY COULD MAKE NOT ONLY ENOUGH

03:13PM 23   OF THESE, BUT THEY COULD MAKE THEM WHERE THEY WILL PERFORM AS

03:13PM 24   EXPECTED IN A 24/7 TYPE PRODUCTION ENVIRONMENT.

03:13PM 25        WE, WE -- I THINK THE NUMBER, I THINK WE TALKED ABOUT THEY

03:13PM  1    COULD MAKE UP TO 200 A MONTH, AND BASED ON THE MODEL THAT THEY

03:13PM  2    SENT US, MR. BALWANI WAS PRETTY CONFIDENT THAT THEY WOULDN'T

03:13PM  3    NEED -- THESE THINGS ARE SO ROBUST, THEY WORK SO WELL IN THE

03:13PM  4    REAL WORLD, WE WOULDN'T NEED MORE THAN 50 A MONTH TO -- THIS IS

03:14PM  5    KIND OF FOR 2014 -- IN ORDER TO MORE THAN MEET THE DEMAND, THE

03:14PM  6    DEMAND RAMP THAT THEY EXPECTED.

03:14PM  7    Q.   DID MR. BALWANI SAY ANYTHING ABOUT THE DEVICE BEING IN

03:14PM  8    AFGHANISTAN?

03:14PM  9    A.   THAT'S WHERE THEY LEARNED THAT -- THAT'S THE -- HE WAS

03:14PM 10    EXPLAINING THAT THE, THE USE OF THESE DEVICES WITH THE MILITARY

03:14PM 11    AND THE INFORMATION THAT THEY RECEIVED FROM THESE DEVICES IN

03:14PM 12    THAT SETTING HAS HELPED THEM ENGINEER THEM EVEN BETTER FOR THIS

03:14PM 13    REAL WORLD RETAIL ROLLOUT.

03:14PM 14        AND ONE OF THE PRINCIPAL LEARNINGS WAS TEMPERATURE.  THEY

03:14PM 15    LEARNED THAT ABOVE 120 DEGREES FAHRENHEIT, OR MAYBE IT WAS

03:14PM 16    100 -- SOMETHING LIKE THAT, 120, 125 -- THAT THE MACHINES DON'T

03:14PM 17    WORK.

03:14PM 18        AND SO THAT'S AN EXAMPLE OF HOW THE FEEDBACK FROM THE

03:14PM 19    BATTLEFIELD HELPED BUILD A MORE ROBUST PROPRIETARY SAMPLE

03:14PM 20    PROCESSING UNIT.

03:14PM 21    Q.   LET ME NEXT DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS

03:14PM 22    EXHIBIT 1454.

03:15PM 23        IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND MR. BALWANI

03:15PM 24    IN THE JANUARY 2014 TIME PERIOD LEADING UP TO PFM'S INVESTMENT?

03:15PM 25    A.   YES.

03:15PM    1                    MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:15PM    2     EXHIBIT 1454.

03:15PM    3                    MS. WALSH:  NO OBJECTION.

03:15PM    4                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:15PM    5               (GOVERNMENT'S EXHIBIT 1454 WAS RECEIVED IN EVIDENCE.)

03:15PM    6     BY MR. LEACH:

03:15PM    7     Q.   MR. GROSSMAN, LET ME DRAW YOUR ATTENTION TO THE BOTTOM

03:15PM    8     PORTION OF THE PAGE.

03:15PM    9          DO YOU SEE WHERE YOU WROTE TO MR. BALWANI, "THANKS AGAIN

03:15PM   10     FOR THE TIME YESTERDAY."

03:15PM   11          IN THIS TIME PERIOD, WERE YOU HAVING PHONE CALLS WITH

03:15PM   12     MR. BALWANI?

03:15PM   13     A.   YES.

03:15PM   14     Q.   OKAY.  AND THAT'S ALL IN AN EFFORT TO GET INFORMATION

03:15PM   15     ABOUT THERANOS TO MAKE AN INVESTMENT DECISION?

03:15PM   16     A.   I BELIEVE WE, WE HAD A PHONE CONVERSATION RELATED TO THE

03:15PM   17     PREVIOUS EMAIL WE JUST WENT OVER.

03:15PM   18     Q.   OKAY.

03:15PM   19     A.   AND SO THIS, I THINK, EMAIL WAS AFTER THAT PHONE

03:16PM   20     CONVERSATION TOOK PLACE.

03:16PM   21     Q.   YOU THEN WROTE, "I THINK WE'VE ANSWERED THE MAJORITY OF

03:16PM   22     OUR OPEN QUESTIONS AND HAVE JUST A FEW REMAINING ISSUES TO

03:16PM   23     ADDRESS.  WE WOULD LIKE TO ADD A FEW CONSULTANTS TO THE NDA AS

03:16PM   24     WE DISCUSSED YESTERDAY.  WE'D ALSO LIKE TO SPEAK WITH SOMEBODY,

03:16PM   25     IF THEY ARE OPEN TO IT, FROM UNITED HEALTH CARE."

03:16PM  1          DO YOU SEE THAT?

03:16PM  2     A.   YES.

03:16PM  3     Q.   AND YOU NEVER GOT ACCESS TO ANYBODY FROM UNITED HEALTH

03:16PM  4     CARE?

03:16PM  5     A.   NO.

03:16PM  6     Q.   AND WHAT WAS THE RESPONSE WHEN YOU WANTED TO BRING

03:16PM  7     CONSULTANTS IN?

03:16PM  8     A.   WELL, IN THIS EMAIL, THIS EMAIL ABOVE THIS SECTION KIND OF

03:16PM  9     ANSWERS THAT QUESTION.

03:16PM 10          I MEAN, WE, WE -- THEY WERE RELUCTANT, BUT AS LONG AS WE

03:16PM 11     DIDN'T TALK ABOUT ANYTHING RELATED TO THE COMPANY, THEIR

03:16PM 12     REGULATORY STRATEGY, THEIR BUSINESS RELATIONSHIP WITH

03:16PM 13     WALGREENS, THEIR ROLLOUT ON THE RETAIL SETTING, THEIR

03:16PM 14     PARTNERSHIP WITH WALGREENS, I MEAN, SO THEY WERE RELUCTANT, BUT

03:17PM 15     THEY DID AGREE AS LONG AS WE DIDN'T TALK ABOUT ANY OF THE

03:17PM 16     RELEVANT BUSINESS ISSUES THAT WE NEEDED TO ENGAGE THE

03:17PM 17     CONSULTANT ON.

03:17PM 18          SO IT WAS KIND OF A DEAD END, BUT, YOU KNOW, WE, WE TRIED.

03:17PM 19     Q.   OKAY.  AND YOU THEN WROTE, "LASTLY, WE WOULD STILL LIKE TO

03:17PM 20     SEE THE LAB AND THE ANALYZER IN ACTION IF THAT'S POSSIBLE."

03:17PM 21          DO YOU SEE THAT LANGUAGE?

03:17PM 22     A.   YES.

03:17PM 23     Q.   OKAY.  AND IF WE CAN GO TO MR. BALWANI'S RESPONSE,

03:17PM 24     MS. WACHS.

03:17PM 25          DO YOU SEE IN THE THIRD PARAGRAPH WHERE MR. BALWANI WROTE,

03:17PM 1    "SPEAKING WITH UHG WON'T BE POSSIBLE."

03:17PM 2    A.   YEAH.   UHG IS REFERRING TO UNITED HEALTH CARE GROUP.

03:17PM 3    THAT'S THE TERM THAT THERANOS USED FOR UNITED HEALTH CARE.

03:17PM 4         WE USED THE STOCK TICKER UNH, SO THAT'S THE SAME ENTITY.

03:17PM 5    Q.   OKAY.   YOU THEN WROTE, "IF WALKING THROUGH OUR LAB" --

03:17PM 6    EXCUSE ME.

03:17PM 7         MR. BALWANI WROTE, "IF WALKING THROUGH OUR LAB BECOMES THE

03:17PM 8    LAST REMAINING ITEM ON THE LIST, THEN WE CAN WALK 1 PERSON,

03:18PM 9    PERHAPS YOURSELF, THROUGH OUR BSL-2 LAB WHERE WE ARE RUNNING

03:18PM 10   BANKS OF OUR DEVICES."

03:18PM 11        DO YOU SEE THAT?

03:18PM 12   A.   YES.

03:18PM 13   Q.   AND AT SOME POINT DID YOU GET A TOUR OF THERANOS?

03:18PM 14   A.   YES.

03:18PM 15   Q.   AND WHAT DID YOU SEE?

03:18PM 16   A.   WELL, WE DID A TOUR OF THE LAB, AND THIS WAS ALSO AT THEIR

03:18PM 17   PALO ALTO CORPORATE HEADQUARTERS, AND WE WENT INTO A LAB THAT

03:18PM 18   WAS SET UP WITH RACKS, METAL RACKS, WHERE THEY HAD A WHOLE

03:18PM 19   BUNCH OF MINILABS THAT WERE RUNNING SAMPLES.

03:18PM 20   Q.   AND DURING THIS TOUR OF THE LAB, DID YOU SEE ANY SIEMENS

03:18PM 21   MACHINES?

03:18PM 22   A.   NO.

03:18PM 23   Q.   DID YOU SEE ANY DEVICES MANUFACTURED BY SOMEONE OTHER THAN

03:18PM 24   THERANOS?

03:18PM 25   A.   NO.

03:18PM  1    Q.   AND WERE YOU ALSO GIVEN A TOUR OF THE MANUFACTURING

03:19PM  2    FACILITY?

03:19PM  3    A.   YES, WE REQUESTED -- THAT'S ONE OF THE ITEMS THAT WE

03:19PM  4    REQUESTED, TO SEE THE MANUFACTURING FACILITY.

03:19PM  5    Q.   AND WHO ARRANGED THE TOUR OF THE MANUFACTURING FACILITY?

03:19PM  6    A.   MR. BALWANI DID.

03:19PM  7    Q.   AND WHAT DID YOU SEE DURING YOUR TOUR OF THE MANUFACTURING

03:19PM  8    FACILITY?

03:19PM  9    A.   WE WALKED THROUGH THE WHOLE FACILITY.  IT WAS A BIG

03:19PM  10   FACILITY.  WE MET HIM OUT IN FRONT.

03:19PM  11        THEY ACTUALLY HAD A LAB THAT THEY WERE IN THE PROCESS OF

03:19PM  12   BRINGING UP TO CLIA STANDARDS, SO WE SAW THE SPACE THAT THEY

03:19PM  13   WERE GOING TO BE USING FOR THEIR, THEIR NEW CLIA LAB.

03:19PM  14        AND THEN WE WALKED THROUGH THE MANUFACTURING PLANT, THE

03:19PM  15   WHOLE -- WE STARTED WHERE THEY WERE MACHINING BOTH PLASTIC AND

03:19PM  16   METAL PARTS, AND THEY WALKED US THROUGH THE WHOLE -- ALL OF THE

03:19PM  17   SPECIAL EQUIPMENT THAT THEY BOUGHT FROM I THINK SOME JAPANESE

03:19PM  18   COMPANY.

03:19PM  19        AND THEN WE WENT TO THE ASSEMBLY SIDE OF THE PLANT, AND

03:19PM  20   THEN WE FINISHED IN THE DISTRIBUTION WHERE THEY WERE KIND OF

03:20PM  21   PACKAGING AND SHIPPING DEVICES.

03:20PM  22   Q.   DURING THIS TOUR OF THE MANUFACTURING FACILITY, DID YOU

03:20PM  23   SEE ANY SIEMENS DEVICES?

03:20PM  24   A.   NO.

03:20PM  25   Q.   DID MR. BALWANI DRAW YOUR ATTENTION TO ANY SIEMENS

03:20PM 1      DEVICES?

03:20PM 2      A.   NO.

03:20PM 3      Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS

03:20PM 4      EXHIBIT 1477.

03:20PM 5          IS THIS ANOTHER EMAIL BETWEEN YOU AND MR. BALWANI IN

03:20PM 6      JANUARY OF 2014 LEADING UP TO PFM'S INVESTMENT?

03:20PM 7      A.   YES.

03:20PM 8              MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:20PM 9      EXHIBIT 1477.

03:20PM 10             MS. WALSH:  NO OBJECTION.

03:20PM 11             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:20PM 12         (GOVERNMENT'S EXHIBIT 1477 WAS RECEIVED IN EVIDENCE.)

03:20PM 13             MR. LEACH:  IF YOU COULD ZOOM IN ON THE TOP HALF,

03:20PM 14     MS. WACHS.

03:20PM 15     Q.   MR. GROSSMAN, DO YOU SEE THE SUBJECT OF THIS EMAIL IS

03:20PM 16     QUESTIONS FOR CALL ON FINANCIAL MODEL?

03:20PM 17     A.   YES.

03:20PM 18     Q.   AND AT SOME POINT DID YOU HAVE ANOTHER CONVERSATION WITH

03:21PM 19     MR. BALWANI ABOUT THE FINANCIAL MODEL THAT HE HAD PROVIDED TO

03:21PM 20     PFM?

03:21PM 21     A.   YES.

03:21PM 22     Q.   OKAY.  YOU WROTE, "SUNNY -- HERE ARE THE QUESTIONS."

03:21PM 23         AND THEN IN THE THIRD ROW, "CAN WAG WALK AWAY OR DIAL BACK

03:21PM 24     THE ROLLOUT IF THEY ARE NOT SATISFIED WITH THE UPTAKE?"

03:21PM 25         WHY WERE YOU ASKING THAT QUESTION?

03:21PM  1    A.   WE JUST WANTED TO UNDERSTAND, YOU KNOW, HOW CONNECTED THE

03:21PM  2    TWO ORGANIZATIONS WERE, AND THEY HAD A REALLY STRONG

03:21PM  3    PARTNERSHIP, AND WE WERE -- I WANTED TO MAKE SURE IT WASN'T TOO

03:21PM  4    GOOD IN THE SENSE THAT THERANOS -- THAT IT WASN'T A FAIR DEAL,

03:21PM  5    IT WAS TOO GOOD FOR THERANOS RELATIVE TO WALGREENS, AND SO WE

03:21PM  6    WANTED TO UNDERSTAND WHAT LEGALLY WALGREENS'S ABILITY TO

03:21PM  7    DISENGAGE FROM THERANOS WAS.

03:21PM  8    Q.   YOU THEN WROTE, "WHAT IS PHARMA SERVICE REVENUES?  WHAT IS

03:22PM  9    MARGIN ON THIS?"

03:22PM  10        DO YOU SEE THAT?

03:22PM  11   A.   YES.

03:22PM  12   Q.   AND DID YOU INCORPORATE REVENUES FROM PHARMACEUTICAL

03:22PM  13   COMPANIES INTO THE MODEL THAT PFM PREPARED TO UNDERSTAND

03:22PM  14   THERANOS'S BUSINESS?

03:22PM  15   A.   YES.  THIS WAS -- THEY TOLD US IN THE FIRST MEETING THAT

03:22PM  16   THEY WERE SHIFTING THEIR EMPHASIS IN THE NEAR TERM TO THE

03:22PM  17   RETAIL ROLLOUT, BUT THEY STILL HAD A VERY, A VERY -- A BIG

03:22PM  18   FOCUS ON CONTINUING TO WORK WITH PHARMA.  IT WAS IN THE

03:22PM  19   FINANCIAL MODEL THAT THEY SHOWED US.

03:22PM  20        WE ACTUALLY, WE ACTUALLY INTRODUCED THEM TO COMPANIES

03:22PM  21   TRYING TO HELP THEM GET BUSINESS.  THAT WAS AFTER THE

03:22PM  22   INVESTMENT WAS MADE, WHICH -- SO, YEAH, THIS WAS, THIS WAS

03:22PM  23   ANOTHER REVENUE LINE IN THE FINANCIAL MODEL.

03:22PM  24   Q.   BASED ON STATEMENTS FROM MR. BALWANI, DID YOU BELIEVE THAT

03:22PM  25   THERANOS CURRENTLY HAD REVENUE FROM PHARMACEUTICAL COMPANIES?

03:22PM   1    A.   YES.

03:22PM   2    Q.   AND THEN IF WE CAN ZOOM OUT, MS. WACHS.

03:23PM   3         FURTHER DOWN BELOW YOU WROTE, "HOW DO THEY DEAL WITH THE

03:23PM   4    VENOUS DRAW ISSUE?  I HAD TESTS DONE TODAY IN PA WALGREENS AND

03:23PM   5    HAD TO GET VENOUS DRAW."

03:23PM   6         DO YOU SEE THAT LANGUAGE?

03:23PM   7    A.   YES.

03:23PM   8    Q.   FIRST OF ALL, IS IT TRUE THAT YOU HAD A TEST DONE IN A

03:23PM   9    PALO ALTO WALGREENS AND HAD TO GET A VENOUS DRAW?

03:23PM   10   A.   YES.

03:23PM   11   Q.   TELL US ABOUT THAT.

03:23PM   12   A.   I WENT IN -- EVERYONE ON OUR TEAM, I THINK EVERYONE, HAD

03:23PM   13   THEIR TESTS DONE AT SOME POINT.

03:23PM   14        SO WE WENT INTO THE PALO ALTO -- I WENT INTO THE PALO ALTO

03:23PM   15   WALGREENS UNANNOUNCED, AND I HAD A PHYSICIAN ORDER A BUNCH OF

03:23PM   16   TESTS, AND SO IT WAS JUST PART OF -- IT WAS PART OF OUR DUE

03:23PM   17   DILIGENCE PROCESS.  WE WANTED TO MAKE SURE EVERYONE, MULTIPLE

03:23PM   18   PEOPLE WENT THROUGH THE PROCESS OF USING THE SERVICE IN

03:24PM   19   PALO ALTO.

03:24PM   20   Q.   AND WHEN YOU GOT A VENOUS DRAW IN PALO ALTO, DID THAT

03:24PM   21   SURPRISE YOU?

03:24PM   22   A.   A LITTLE BIT.

03:24PM   23   Q.   OKAY.  DID YOU HAVE CONVERSATIONS WITH MR. BALWANI ABOUT

03:24PM   24   THAT?

03:24PM   25   A.   YES.

03:24PM    1    Q.   WHAT DID HE TELL YOU?

03:24PM    2    A.   HE SAID IT WAS UNUSUAL, VERY UNUSUAL.

03:24PM    3         HE SAID THAT MY PHYSICIAN ORDERED A VERY, VERY WEIRD TEST

03:24PM    4    THAT NO ONE ORDERS AND THAT, YOU KNOW, THERE WERE -- YOU KNOW,

03:24PM    5    AND THEY HAD TOLD US THAT THEY WERE -- THEY COULD DO AT THE

03:24PM    6    CURRENT POINT IN TIME 99 PERCENT OF THE TESTS, AND THERE WERE A

03:24PM    7    FEW THINGS THAT WOULD TAKE A FEW MONTHS, LIKE SIX MONTHS, LESS

03:24PM    8    THAN SIX MONTHS TO TRANSITION TO FINGERSTICK.

03:24PM    9         AND SO, YOU KNOW, IT KIND OF FELL WITHIN THAT CATEGORY IS

03:24PM   10    WHAT HE EXPLAINED TO ME.

03:24PM   11    Q.   DID YOU BELIEVE THAT, EVEN IF YOUR BLOOD WAS BEING DRAWN

03:24PM   12    FROM A VEIN, THE BLOOD WAS BEING TESTED ON A THERANOS ANALYZER?

03:25PM   13    A.   THAT WAS OUR UNDERSTANDING.

03:25PM   14              MS. WALSH:  OBJECTION.  LEADING.

03:25PM   15              THE COURT:  LEADING?  WAS IT LEADING?  IS THAT WHAT

03:25PM   16    YOU --

03:25PM   17              MS. WALSH:  YES.

03:25PM   18              THE COURT:  WHY DON'T YOU RE-ASK THE QUESTION?

03:25PM   19              MR. LEACH:  I CAN ASK A BETTER QUESTION, YOUR HONOR.

03:25PM   20    Q.   YOU HAD YOUR BLOOD DRAWN FROM THE VEIN IN THE PALO ALTO

03:25PM   21    WALGREENS; IS THAT RIGHT, MR. GROSSMAN?

03:25PM   22    A.   YES.

03:25PM   23    Q.   IN YOUR OWN MIND, DID YOU HAVE AN UNDERSTANDING OF WHAT

03:25PM   24    TYPE OF DEVICE YOUR BLOOD WOULD BE TESTED ON?

03:25PM   25    A.   YES.

03:25PM  1     Q.   WHAT WAS THAT?

03:25PM  2     A.   IT WOULD HAVE BEEN TESTED ON THERANOS'S PROPRIETARY

03:25PM  3     TECHNOLOGY.

03:25PM  4     Q.   SO WAS THERE ANYTHING ABOUT THE FACT THAT YOUR BLOOD WAS

03:25PM  5     BEING DRAWN FROM A VEIN THAT GAVE YOU REASON TO THINK THAT

03:25PM  6     THERANOS WAS USING SOME OTHER TYPE OF EQUIPMENT?

03:25PM  7     A.   NO.

03:25PM  8     Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE MARKED

03:26PM  9     AS EXHIBIT 5441.

03:26PM  10         DO YOU RECOGNIZE THIS?

03:26PM  11    A.   IT'S AN EMAIL, YES.

03:26PM  12    Q.   IS THIS AN EMAIL FROM YOU TO SOMEONE NAMED ADAM CLAMMER?

03:26PM  13    A.   YES.

03:26PM  14    Q.   AND WHO IS ADAM CLAMMER?

03:26PM  15    A.   HE WAS A CONSULTANT AND A FRIEND, A PERSONAL FRIEND, AND

03:26PM  16    CONSULTANT THAT WE, WE -- THAT THERANOS APPROVED, AND WE

03:26PM  17    ADDED -- HE WAS, HE WAS INCLUDED IN THE CONFIDENTIALITY

03:26PM  18    AGREEMENTS.

03:27PM  19         AND SO -- AND HE WAS AN INDIVIDUAL THAT HAD INVESTED IN

03:27PM  20    COMPANIES IN THE HEALTH CARE SPACE IN HIS CAREER.

03:27PM  21         HE WASN'T REALLY AN EXPERT IN ANY ONE AREA OF THE LAB

03:27PM  22    SPACE, BUT HE HAD INVESTED IN LABORATORY COMPANIES EARLIER IN

03:27PM  23    HIS CAREER.

03:27PM  24         SO HE'S SOMEONE THAT WE BROUGHT IN TO BE ANOTHER SET OF

03:27PM  25    EYES ON OUR DUE DILIGENCE PROCESS.

03:27PM  1    Q.   AND THERE'S AN ATTACHMENT, THERANOS_V12.XLSX.

03:27PM  2         DO YOU SEE THAT?

03:27PM  3    A.   YES.

03:27PM  4    Q.   AND WHAT IS THE ATTACHMENT?

03:27PM  5    A.   THIS IS A FINANCIAL MODEL, OR A SIMPLE FINANCIAL MODEL --

03:27PM  6    OR A MODEL THAT WE HAD PUT TOGETHER, A FINANCIAL MODEL THAT WE

03:27PM  7    HAD BUILT WITH THREE DIFFERENT SCENARIOS THAT WE SENT IN.

03:27PM  8         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:27PM  9    EXHIBIT 5441.

03:27PM 10         MS. WALSH:  NO OBJECTION.

03:27PM 11         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:27PM 12    (GOVERNMENT'S EXHIBIT 5441 WAS RECEIVED IN EVIDENCE.)

03:28PM 13         MR. LEACH:  IF YOU COULD ZOOM IN ON THE TOP,

03:28PM 14    MS. WACHS.

03:28PM 15    Q.   DO YOU SEE WHERE YOU WROTE TO MR. CLAMMER ON JANUARY 29TH,

03:28PM 16    2014, "CELL D113 ON PFM REV MODEL IS SCENARIO.  1, 2, 3, FOR

03:28PM 17    THE BEAR, BASE, BULL."

03:28PM 18         DO YOU SEE THAT?

03:28PM 19    A.   YES.

03:28PM 20    Q.   AND WHAT DID YOU MEAN BY BEAR, BASE, AND BULL?

03:28PM 21    A.   THIS IS KIND OF A REFERENCE TO BAD, MIDDLE OF THE ROAD,

03:28PM 22    AND THEN A POSITIVE SCENARIO FOR THE FINANCIAL MODEL, BEAR

03:28PM 23    BEING -- OR REFERENCE BEAR MARKET, BAD OUTCOME; BASE CASE IS

03:28PM 24    KIND OF THE, WHAT WE -- SORT OF OUR AVERAGE VIEW, OUR AVERAGE

03:28PM 25    FORECAST; AND THEN BULL IS KIND OF LIKE BULL MARKET, AND THAT'S

03:28PM  1    THE UPSIDE, THE UPSIDE SCENARIO.

03:29PM  2    Q.    AND WHEN YOU CALCULATE A BEAR CASE SCENARIO, WHAT IS THE

03:29PM  3    PURPOSE OF DOING THAT?

03:29PM  4    A.    WHAT WE'RE TRYING TO DO IS TAKE OUR RESEARCH, ALL OF THE

03:29PM  5    QUALITATIVE INFORMATION THAT WE ACCUMULATE IN THE DUE DILIGENCE

03:29PM  6    PROCESS, AND THEN TRANSLATE THAT INTO A SET OF NUMBERS.

03:29PM  7          AND SO, YOU KNOW, FOR THE BEAR CASE, WE WOULD WANT IT TO

03:29PM  8    REFLECT SOME OF THE, YOU KNOW, THE RISKS OR, YOU KNOW, THE --

03:29PM  9    ANYTHING THAT WE'D, IN THE DUE DILIGENCE PROCESS, IDENTIFIED

03:29PM  10   THAT COULD LEAD TO A LESS FAVORABLE FORECAST FOR THE BUSINESS.

03:29PM  11         WE TRY TO KIND OF INCORPORATE THAT INTO, INTO THAT

03:29PM  12   SCENARIO.

03:29PM  13   Q.    LET ME DRAW YOUR ATTENTION, PLEASE, TO PAGE 44 OF THIS

03:29PM  14   DOCUMENT.

03:30PM  15         EXCUSE ME, MS. WACHS.  44.  PERFECT.

03:30PM  16         AND IF WE CAN ZOOM IN ON THE TEXT.

03:30PM  17         DO YOU SEE THE THERANOS LOGO AT THE TOP OF THIS PAGE,

03:30PM  18   MR. GROSSMAN?

03:30PM  19   A.    YES.

03:30PM  20   Q.    AND YOU SAID THAT THE EXCEL FILE IS A MODEL THAT PFM PUT

03:30PM  21   TOGETHER.

03:30PM  22         DOES THE PFM MODEL ALSO INCLUDE THE PROJECTIONS THAT

03:30PM  23   THERANOS HAD PROVIDED TO YOU?

03:30PM  24   A.    THAT'S CORRECT.

03:30PM  25   Q.    AND IS THIS THE PORTION OF THE MODEL INCLUDING PROJECTIONS

03:30PM  1      THAT THERANOS HAD PROVIDED?

03:30PM  2      A.    YES.

03:30PM  3      Q.    AND ARE THESE NUMBERS THAT YOU HAD DISCUSSIONS WITH

03:30PM  4      MR. BALWANI ABOUT?

03:30PM  5      A.    YES.

03:30PM  6      Q.    OKAY.  SO MUCH OF THIS DOCUMENT IS PREPARED BY PFM, BUT

03:30PM  7      THIS PORTION IS PREPARED BY THERANOS?

03:30PM  8      A.    THAT IS CORRECT.

03:30PM  9      Q.    OKAY.  AND UP AT THE TOP THERE'S A ROW FOR 2014 DEVICE

03:30PM  10     COST PLUS INSTALLATION/CONFIG, AND THERE'S A NUMBER 70,000 TO

03:31PM  11     THE RIGHT.

03:31PM  12          DO YOU SEE THAT?

03:31PM  13     A.    YES.

03:31PM  14     Q.    AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

03:31PM  15     A.    THAT'S THE COST OF, THE FULL COST OF THE MINILAB,

03:31PM  16     INCLUDING THE INSTALLATION, THE CONFIGURATION, THE TRAINING.

03:31PM  17          THAT WAS OUR UNDERSTANDING OF WHAT THAT NUMBER REFERRED

03:31PM  18     TO.

03:31PM  19     Q.    OKAY.  AND SAME QUESTION FOR THE NEXT ROW, 2015 DEVICE

03:31PM  20     COST?

03:31PM  21     A.    YES.

03:31PM  22     Q.    THAT RELATES TO THE MINILAB?

03:31PM  23     A.    ALSO THE MINILAB.  AS THEY MOVED TO HIGHER PRODUCTION

03:31PM  24     VOLUME, THE COST COMES DOWN.

03:31PM  25     Q.    OKAY.  AT ANY POINT IN TIME DURING YOUR DISCUSSION ABOUT

03:31PM 1    DEVICE COST, DID MR. BALWANI PROVIDE DEVICE COSTS FOR A SIEMENS

03:31PM 2    MACHINE?

03:31PM 3    A.    NO.

03:31PM 4    Q.    WOULD THAT HAVE BEEN RELEVANT TO YOUR INVESTMENT DECISION?

03:31PM 5    A.    YES, IT WOULD HAVE.

03:31PM 6    Q.    LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 1482.

03:32PM 7         IS THIS ANOTHER EMAIL EXCHANGE BETWEEN YOU AND MR. BALWANI

03:32PM 8    IN THE JANUARY 2014 TIME PERIOD?

03:32PM 9    A.    YES.

03:32PM 10         MR. LEACH:  YOUR HONOR, THE GOVERNMENT OFFERS

03:32PM 11   EXHIBIT 1482.

03:32PM 12         MS. WALSH:  NO OBJECTION.

03:32PM 13         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:32PM 14   (GOVERNMENT'S EXHIBIT 1482 WAS RECEIVED IN EVIDENCE.)

03:32PM 15         MR. LEACH:  AND IF WE CAN PLEASE GO TO PAGE 2,

03:32PM 16   MS. WACHS.

03:32PM 17   Q.    I DRAW YOUR ATTENTION, MR. GROSSMAN, TO THE BOTTOM PORTION

03:32PM 18   WHERE YOU WROTE ON JANUARY 28TH, "SUNNY, JUST TO CONFIRM WE

03:32PM 19   STILL WOULD LIKE TO SEE THE NEWARK AND THE THERANOS CLIA LAB."

03:32PM 20         DO YOU SEE THAT LANGUAGE?

03:32PM 21   A.    YES.

03:32PM 22   Q.    AND IS THAT A REFERENCE TO WHAT WE TALKED ABOUT EARLIER,

03:32PM 23   THE TOUR THAT YOU GOT OF THE MANUFACTURING FACILITY AND THE

03:32PM 24   LAB?

03:32PM 25   A.    YEAH, THE MANUFACTURING FACILITY IS LOCATED IN NEWARK JUST

03:33PM  1    OVER THE SAN MATEO BRIDGE, YES.

03:33PM  2    Q.   OKAY.  AND IF WE CAN GO UP THE CHAIN TO MR. BALWANI'S

03:33PM  3    EMAIL AT THE TOP.

03:33PM  4         DO YOU SEE WHERE MR. BALWANI WROTE, "WE CAN WALK YOU

03:33PM  5    THROUGH PART OF THE LAB WHERE WE HAVE DOZENS OF DEVICES BEING

03:33PM  6    USED.  HOWEVER, AS WE CHATTED BEFORE, IF YOU CAN LIMIT THIS TO

03:33PM  7    YOU AND VIKRAM, THAT WOULD BE APPRECIATED.  THANKS."

03:33PM  8         DO YOU SEE THAT?

03:33PM  9    A.   YES.

03:33PM 10    Q.   VIKRAM, IS THAT SOMEONE ON YOUR TEAM?

03:33PM 11    A.   HE'S REFERRING TO VIVEK.  I GUESS HE DIDN'T REMEMBER HIS

03:33PM 12    NAME.  BUT, YES --

03:33PM 13    Q.   OKAY.

03:33PM 14    A.   HE'S REFERRING TO VIVEK KHANNA, WHO HAS BEEN PART OF OUR

03:33PM 15    DUE DILIGENCE TEAM THE WHOLE TIME.  BUT THAT'S, THAT'S WHO

03:33PM 16    VIKRAM IS SUPPOSED TO REFERENCE.

03:33PM 17    Q.   OKAY.  AND, AGAIN, WHEN YOU WERE IN THE LAB, DID

03:33PM 18    MR. BALWANI DRAW YOUR ATTENTION TO ANY SIEMENS DEVICES?

03:33PM 19    A.   NO, HE DID NOT DRAW OUR ATTENTION TO ANY SIEMENS DEVICES.

03:34PM 20    Q.   WOULD THAT HAVE BEEN A RED FLAG FOR YOU?

03:34PM 21    A.   THAT WOULD HAVE BEEN A RED FLAG.

03:34PM 22    Q.   DID PFM ULTIMATELY INVEST IN THERANOS?

03:34PM 23    A.   YES, WE DID.

03:34PM 24    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED

03:34PM 25    AS EXHIBIT 1505.

03:34PM  1          DO YOU HAVE THAT IN FRONT OF YOU, MR. GROSSMAN?

03:34PM  2     A.   I DO, YES.

03:34PM  3     Q.   IS THIS SOMETHING CALLED SERIES C2 PREFERRED STOCK

03:34PM  4     PURCHASE AGREEMENT?

03:34PM  5     A.   YES.

03:34PM  6     Q.   AND DOES THIS RELATE TO PFM'S INVESTMENT IN THERANOS?

03:34PM  7     A.   YES.

03:34PM  8          MR. LEACH:  THE GOVERNMENT OFFERS EXHIBIT 1505.

03:34PM  9          MS. WALSH:  NO OBJECTION.

03:34PM 10          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:34PM 11     (GOVERNMENT'S EXHIBIT 1505 WAS RECEIVED IN EVIDENCE.)

03:34PM 12          MR. LEACH:  LET'S START WITH PAGE 1, MS. WACHS.

03:34PM 13     Q.   AND DO YOU SEE THAT THIS AGREEMENT STARTS WITH SECTION 1,

03:35PM 14     MR. GROSSMAN?

03:35PM 15     A.   YES.

03:35PM 16     Q.   I'D LIKE TO GO TO SECTION 4, WHICH BEGINS ON PAGE 6.

03:35PM 17          DO YOU SEE THAT THIS IS TITLED REPRESENTATIONS AND

03:35PM 18     WARRANTIES OF THE INVESTORS?

03:35PM 19     A.   YES.

03:35PM 20     Q.   AND IN THIS DOCUMENT, PFM AND ITS FUND IS THE INVESTOR?

03:35PM 21     A.   I BELIEVE THAT'S RIGHT.

03:35PM 22     Q.   OKAY.  AND IF WE LOOK AT PAGE 7.

03:35PM 23          DO YOU SEE THAT THERE ARE A NUMBER OF REPRESENTATIONS FROM

03:35PM 24     4.2 TO 4.6 RELATING TO INVESTMENT INTENT, INVESTMENT

03:35PM 25     EXPERIENCE, SPECULATIVE NATURE OF INVESTMENTS, ACCESS TO DATA,

03:35PM  1    AND ACCREDITED INVESTOR?

03:35PM  2        DO YOU SEE THOSE?

03:35PM  3    A.   YES.

03:35PM  4    Q.   AND ALL -- WOULD THESE REPRESENTATIONS HAVE BEEN -- IF PFM

03:35PM  5    SIGNED THIS, WOULD THOSE REPRESENTATIONS HAVE BEEN TRUE AT THE

03:35PM  6    TIME?

03:35PM  7    A.   YES.

03:35PM  8    Q.   OKAY.  LET'S LOOK AT EXHIBIT 1506.

03:36PM  9        IS THIS THE DOCUMENT WHEREBY PFM REPRESENTS ITS AGREEMENT

03:36PM  10   TO THE STOCK PURCHASE AGREEMENT?

03:36PM  11   A.   I BELIEVE THAT IS THE CASE, YES.

03:36PM  12   Q.   OKAY.

03:36PM  13       THE GOVERNMENT OFFERS EXHIBIT 1506.

03:36PM  14           MS. WALSH:  NO OBJECTION.

03:36PM  15           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:36PM  16       (GOVERNMENT'S EXHIBIT 1506 WAS RECEIVED IN EVIDENCE.)

03:36PM  17           MR. LEACH:  AND IF WE CAN ZOOM IN ON THE TOP HALF,

03:36PM  18   MS. WACHS, ALL OF THE WAY DOWN TO THE DATE, FEBRUARY 4TH, 2014.

03:36PM  19   Q.   OKAY.  THIS IS SIGNED BY SOMEBODY NAMED ERIC MOORE.  WHO

03:36PM  20   WAS ERIC MOORE?

03:36PM  21   A.   HE WAS THE CHIEF FINANCIAL OFFICER OF OUR FIRM AT THE

03:36PM  22   TIME, AND I THINK HE WAS A DESIGNATED SIGNATORY FOR OUR FIRM.

03:36PM  23   Q.   OKAY.  AND ABOVE THE SIGNATURE IT READS, "I ACKNOWLEDGE

03:37PM  24   AND AGREE THAT I AM INVESTING THE AGGREGATE DOLLAR VALUE OF

03:37PM  25   $55,479,993."

03:37PM   1          DO YOU SEE THAT?

03:37PM   2     A.   YES.

03:37PM   3     Q.   AND THIS IS SIGNED ON BEHALF OF SOMETHING CALLED

03:37PM   4     PARTNERSHIP INVESTMENTS LP.

03:37PM   5          WHAT IS THAT?

03:37PM   6     A.   PARTNER INVESTMENTS LP IS A FUND THAT WE USE TO COINVEST

03:37PM   7     ALONGSIDE OUR HEDGE FUND.

03:37PM   8          SO THIS IS FOR PEOPLE THAT -- TYPICALLY WHEN WE HAVE

03:37PM   9     EXCESS CAPACITY BEYOND WHAT OUR HEDGE FUND WOULD NEED, WE WILL

03:37PM  10     OFFER THAT CAPACITY TO BOTH EXISTING INVESTORS AND THOSE -- AND

03:37PM  11     PEOPLE WHO MAY NOT BE AN EXISTING INVESTOR.

03:37PM  12          WE AGGREGATE ALL OF THOSE INVESTMENT DOLLARS INTO THIS ONE

03:37PM  13     ENTITY SO THAT WE THEN WRITE ONE ADDITIONAL CHECK TO THE

03:37PM  14     COMPANY, AND IT MAKES IT EASIER FOR THE COMPANY TO -- AS

03:38PM  15     OPPOSED TO DEALING WITH ALL OF THE INDIVIDUALS.

03:38PM  16     Q.   AND DOES THIS ACCURATELY CAPTURE THE DATE AND THE AMOUNT

03:38PM  17     OF THE INVESTMENT BY PARTNER INVESTMENTS LP?

03:38PM  18     A.   YES.

03:38PM  19     Q.   OKAY.  LET'S GO DOWN FURTHER, MS. WACHS.

03:38PM  20          DO YOU SEE WHERE IT SAYS, "I ACKNOWLEDGE AND AGREE THAT I

03:38PM  21     AM INVESTING THE AGGREGATE DOLLAR VALUE OF $38,336,632 TO

03:38PM  22     PURCHASE A TOTAL OF," AND THEN THERE'S A NUMBER OF "SHARES OF

03:38PM  23     THE COMPANY'S SERIES C-2 PREFERRED STOCK."

03:38PM  24          DO YOU SEE THAT?

03:38PM  25     A.   YES.

```
03:38PM   1    Q.   AND THIS IS ON BEHALF OF SOMETHING CALLED PFM HEALTH CARE
03:38PM   2    MASTER FUND LP.
03:38PM   3         WHAT IS THAT?
03:38PM   4    A.   THAT'S THE ACTUAL HEDGE FUND, THE INSTITUTIONAL FUND THAT
03:38PM   5    WE OPERATE.  SO THIS WOULD BE THE FUND WHERE THE PENSION PLANS,
03:38PM   6    THEY WOULD INVEST THROUGH THIS VEHICLE.
03:39PM   7    Q.   AND DID YOU MAKE THE DECISION TO INVEST 38 MILLION IN
03:39PM   8    THERANOS ON BEHALF OF PFM HEALTH CARE MASTER FUND?
03:39PM   9    A.   YES.
03:39PM  10    Q.   AND DOES THIS ACCURATELY REFLECT THE DATE OF THE
03:39PM  11    INVESTMENT?
03:39PM  12    A.   YES.
03:39PM  13    Q.   AND FURTHER DOWN BELOW IT SAYS, "I ACKNOWLEDGE AND AGREE
03:39PM  14    THAT I AM INVESTING THE AGGREGATE DOLLAR VALUE OF $2,323,373."
03:39PM  15         DO YOU SEE THAT?
03:39PM  16    A.   YES.
03:39PM  17    Q.   AND THIS IS ON BEHALF OF SOMETHING CALLED PFM HEALTH CARE
03:39PM  18    PRINCIPALS FUND LP.
03:39PM  19         DO YOU SEE THAT?
03:39PM  20    A.   YES.
03:39PM  21    Q.   AND WHAT IS PFM HEALTH CARE PRINCIPALS FUND LP?
03:39PM  22    A.   THIS IS WHAT WE CALLED OUR FRIENDS AND FAMILY FUND.  THIS
03:39PM  23    IS FOR EMPLOYEES THAT DON'T MEET THE STANDARDS THAT ARE
03:39PM  24    REQUIRED, ASSET STANDARDS, THE INCOME STANDARDS THAT ARE
03:39PM  25    REQUIRED FOR THE MASTER FUND, THE INSTITUTIONAL FUND.
```

03:39PM  1        SO IT INCLUDES FRIENDS, FAMILY -- FRIENDS AND FAMILY,

03:39PM  2   EMPLOYEES THAT INVEST IN THE PRINCIPAL'S FUND, AND WE RUN THIS

03:40PM  3   FUND EXACTLY LIKE -- BOTH FUNDS ARE RUN SO THEY'RE EXACTLY

03:40PM  4   PARALLEL TO EACH OTHER, BUT THEY'RE SEPARATE LEGAL ENTITIES.

03:40PM  5   Q.   OKAY.  SO THREE SEPARATE PFM ENTITIES INVESTED IN THERANOS

03:40PM  6   IN EARLY FEBRUARY OF 2014?

03:40PM  7   A.   YES.

03:40PM  8   Q.   THANK YOU.

03:40PM  9        LET ME NEXT DRAW YOUR ATTENTION, PLEASE, TO EXHIBIT 5858.

03:40PM  10  A.   I DON'T HAVE THAT.

03:40PM  11  Q.   YOU DON'T HAVE THAT?

03:40PM  12       DO YOU HAVE THAT, YOUR HONOR?

03:40PM  13           THE COURT:  NO.  I DON'T THINK IT'S IN HIS BINDER.

03:41PM  14  BY MR. LEACH:

03:41PM  15  Q.   BEFORE I ASK ABOUT THE DOCUMENT, LET ME ASK A PRELIMINARY

03:41PM  16  QUESTION.

03:41PM  17       SO YOU INVEST IN FEBRUARY OF 2014?

03:41PM  18  A.   YES.

03:41PM  19  Q.   AND I'D LIKE TO MOVE FORWARD IN TIME TO OCTOBER OF 2015.

03:41PM  20       DO YOU HAVE THAT TIME PERIOD IN MIND?

03:41PM  21  A.   YES.

03:41PM  22  Q.   IN OR AROUND THAT TIME PERIOD, DID YOU BECOME AWARE OF A

03:41PM  23  "WALL STREET JOURNAL" ARTICLE THAT HAD NEGATIVE INFORMATION

03:41PM  24  ABOUT THERANOS?

03:41PM  25  A.   I KNOW EXACTLY WHERE I WAS STANDING WHEN I READ THE --

03:41PM  1                    MS. WALSH:  OBJECTION.

03:41PM  2                    THE COURT:  MR. GROSSMAN, I'M SORRY.

03:41PM  3                    MS. WALSH:  OBJECTION.  401, 403.

03:41PM  4                    THE COURT:  IS THIS ARTICLE IN EVIDENCE?

03:41PM  5                    MR. LEACH:  THE ARTICLE IS NOT.  THE FACT OF THE

03:41PM  6        ARTICLE IS, AND THIS IS PREFATORY TO --

03:41PM  7                    THE COURT:  SO I'LL OVERRULE THIS OBJECTION, AND YOU

03:41PM  8        CAN ASK YOUR QUESTION AGAIN.

03:41PM  9                    MR. LEACH:  OKAY.

03:41PM 10        Q.   DID YOU BECOME AWARE OF A NEWS ARTICLE RELATING TO

03:41PM 11        THERANOS IN OR AROUND OCTOBER OF 2015?

03:42PM 12        A.   YES, I DID.  I REMEMBER EXACTLY WHERE I WAS STANDING WHEN

03:42PM 13        I READ THE EMAIL, OR THE ARTICLE.  I REMEMBER EXACTLY WHERE I

03:42PM 14        WAS STANDING WHEN I SAW AND READ THE STORY.

03:42PM 15        Q.   ALSO IN THAT MONTH, OCTOBER OF 2015, DID YOU OBSERVE

03:42PM 16        ELIZABETH HOLMES MAKE STATEMENTS TO AT A "WALL STREET JOURNAL"

03:42PM 17        CONFERENCE?

03:42PM 18        A.   YES.

03:42PM 19        Q.   AND DURING THAT CONFERENCE, DID YOU TAKE NOTES OF WHAT

03:42PM 20        MS. HOLMES WAS SAYING?

03:42PM 21        A.   YES.

03:42PM 22        Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

03:42PM 23        AS EXHIBIT 2894.

03:42PM 24             DO YOU KNOW WHAT THIS DOCUMENT IS, MR. GROSSMAN?

03:42PM 25        A.   YES, I DO.

03:43PM 1    Q.   OKAY.  ARE THESE NOTES THAT YOU PREPARED ON OR ABOUT

03:43PM 2    OCTOBER 21ST, 2015?

03:43PM 3    A.   YES.

03:43PM 4    Q.   OKAY.  ARE THEY YOUR NOTES OF WHAT YOU OBSERVED AND HEARD

03:43PM 5    MS. HOLMES SAYING AT A CONFERENCE ON OR ABOUT OCTOBER 21ST,

03:43PM 6    2015?

03:43PM 7    A.   YES.

03:43PM 8    Q.   DURING THAT CONFERENCE, DID MS. HOLMES MAKE STATEMENTS TO

03:43PM 9    THE EFFECT THAT THERANOS HAD NEVER USED COMMERCIALLY BASED LAB

03:43PM 10   EQUIPMENT FOR FINGERSTICK SAMPLES?

03:43PM 11              MS. WALSH:  OBJECTION.

03:43PM 12              THE COURT:  OVERRULED.

03:43PM 13              THE WITNESS:  YES.

03:43PM 14   BY MR. LEACH:

03:43PM 15   Q.   SHE DID MAKE STATEMENTS TO THAT EFFECT?

03:43PM 16   A.   YES.

03:43PM 17   Q.   OKAY.  AND THIS WAS ON OCTOBER 21ST, 2015?

03:43PM 18   A.   YES.

03:43PM 19   Q.   OKAY.  LET ME --

03:43PM 20       WITH THE COURT'S PERMISSION, I WOULD LIKE TO DISPLAY WHAT

03:43PM 21   IS IN EVIDENCE AS EXHIBIT 5387H.

03:43PM 22              THE COURT:  5387H?

03:44PM 23              MR. LEACH:  YEAH, WHICH IS IN EVIDENCE.

03:44PM 24              THE COURT:  YES.

03:44PM 25              MR. LEACH:  AND IF WE CAN GO TO PAGE 122, MS. WACHS.

03:44PM   1    Q.   MR. GROSSMAN, I'M DISPLAYING SOME TEXT MESSAGES BETWEEN

03:44PM   2    MR. BALWANI AND MS. HOLMES.

03:44PM   3         YOU HAVEN'T SEEN THESE BEFORE, HAVE YOU?

03:44PM   4    A.   NO.

03:44PM   5    Q.   YOU WEREN'T A PARTY TO THESE?

03:44PM   6    A.   NO.

03:44PM   7    Q.   OKAY.  AND DO YOU SEE TO THE LEFT THERE'S A DATE

03:44PM   8    OCTOBER 21ST, 2015?

03:44PM   9    A.   YES.

03:44PM  10    Q.   AND THAT'S THE DATE OF "THE WALL STREET JOURNAL"

03:44PM  11    CONFERENCE WHERE MS. HOLMES WAS MAKING STATEMENTS?

03:44PM  12    A.   YES.

03:44PM  13    Q.   AND DO YOU SEE WHERE MR. BALWANI WROTE, "WORRIED ABOUT

03:44PM  14    YOUR QUOTE ALL FINGERSTICKS ON OUR TECHNOLOGY UNQUOTE COMMENT."

03:45PM  15         DO YOU SEE THAT LANGUAGE?

03:45PM  16    A.   YES.

03:45PM  17    Q.   OKAY.

03:45PM  18         MAY I HAVE A MOMENT, YOUR HONOR?

03:45PM  19              THE COURT:  YES.

03:45PM  20         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:45PM  21              MR. LEACH:  THANK YOU, MS. WACHS.  WE CAN TAKE THAT

03:45PM  22    DOWN.

03:45PM  23         YOUR HONOR, I'D LIKE TO DISPLAY TO MR. GROSSMAN ONLY AND

03:45PM  24    TO THE COURT WHAT WE HAVE MARKED AS EXHIBIT 5858.

03:45PM  25              THE COURT:  ALL RIGHT.

03:45PM  1    BY MR. LEACH:

03:45PM  2    Q.   ARE YOU ABLE TO SEE THAT ON THE SCREEN, MR. GROSSMAN?

03:45PM  3    A.   NOT YET.

03:45PM  4         OH, OKAY.

03:45PM  5    Q.   AND IF WE CAN GO TO PAGE 1.

03:46PM  6         AND I WOULD JUST LIKE YOU TO READ TO YOURSELF THE TITLE OF

03:46PM  7    THE DOCUMENTS IN BOLD ROUGHLY HALF OF THE WAY DOWN.

03:46PM  8    A.   OKAY.

03:46PM  9    Q.   DO YOU KNOW WHAT THIS DOCUMENT IS?

03:46PM  10   A.   YES.

03:46PM  11   Q.   OKAY.  AND IF I COULD DRAW YOUR ATTENTION TO PAGE 40.

03:46PM  12        DO YOU SEE THAT THERE'S A LINE FOR AN INDIVIDUAL TO SIGN?

03:46PM  13   A.   YES.

03:46PM  14   Q.   OKAY.  AND ARE YOU FAMILIAR WITH THE NAME THERE?

03:46PM  15   A.   YES.

03:46PM  16   Q.   OKAY.  LET ME NEXT ASK YOU TO GO TO PAGE 7.

03:46PM  17        DO YOU SEE THAT THIS IS A -- HALFWAY THROUGH THE PAGE,

03:47PM  18   THERE'S A QUESTION, AND THEN BENEATH THAT THERE'S A BULLET

03:47PM  19   HEADING AND THEN ANSWER?

03:47PM  20   A.   YES.

03:47PM  21   Q.   AND DO YOU BELIEVE THIS TO BE A --

03:47PM  22        WELL, YOUR HONOR, THE GOVERNMENT OFFERS PAGE 7 OF THIS

03:47PM  23   DOCUMENT WITH JUST THE QUESTION NUMBER 7 AND THE ANSWER TO

03:47PM  24   QUESTION NUMBER 7.

03:47PM  25        (PAUSE IN PROCEEDINGS.)

03:47PM  1            MS. WALSH:  YES, YOUR HONOR.

03:47PM  2        YOUR HONOR, IF WE CAN REDACT THE HEADINGS AND KEEP ONLY

03:47PM  3    THE PARAGRAPH STARTING WITH "DESCRIBE," AND THEN THE PARAGRAPH

03:47PM  4    STARTING WITH "MR.," BUT REDACTING "SUBJECT TO," I THINK THAT

03:47PM  5    WOULD CLEAR UP ISSUES THAT WE TALKED ABOUT EARLIER.

03:48PM  6            THE COURT:  MR. LEACH.

03:48PM  7            MR. LEACH:  I'M FINE WITH THOSE REDACTIONS,

03:48PM  8    YOUR HONOR.

03:48PM  9            THE COURT:  I'M SORRY.  DID YOU TIME STAMP THIS?

03:48PM 10            MR. LEACH:  I DID NOT, YOUR HONOR, BUT I'M PLEASED

03:48PM 11    TO DO THAT.

03:48PM 12            THE COURT:  OKAY.  WITH THOSE AGREED-UPON

03:48PM 13    REDACTIONS, THIS WILL BE ADMITTED.

03:48PM 14            MR. LEACH:  MAY I CONSULT WITH MS. WACHS FOR ONE

03:48PM 15    MOMENT --

03:48PM 16            THE COURT:  YES.

03:48PM 17            MR. LEACH:  -- BECAUSE I WANT TO MAKE SURE.

03:48PM 18            THE COURT:  OF COURSE.

03:49PM 19        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:49PM 20            MR. LEACH:  YOUR HONOR, I THINK WE MADE THE

03:49PM 21    APPROPRIATE REDACTIONS, AND IF I COULD --

03:49PM 22            THE COURT:  LET ME ASK YOU, YOU'VE CONSULTED WITH

03:49PM 23    MS. WALSH ABOUT THE REDACTIONS, AND YOU'RE IN AGREEMENT?

03:49PM 24            MS. WALSH:  YES, YOUR HONOR.

03:49PM 25            THE COURT:  ALL RIGHT.  THANK YOU.

03:49PM   1        THIS IS ADMITTED, AND IT MAY BE PUBLISHED.

03:49PM   2        (GOVERNMENT'S EXHIBIT 5858, REDACTED, WAS RECEIVED IN

03:49PM   3   EVIDENCE.)

03:49PM   4             THE COURT:  IS THAT UP ON THE SCREEN?  NOT YET.

03:49PM   5   IT'S NOT UP ON THE JURY'S SCREENS YET.

03:49PM   6             THE CLERK:  NOW IT IS.

03:49PM   7             THE COURT:  OKAY.

03:49PM   8   BY MR. LEACH:

03:49PM   9   Q.   MR. GROSSMAN, DO YOU SEE UP AT THE TOP IT SAYS, "DESCRIBE

03:49PM  10   YOUR OWNERSHIP STAKE IN THERANOS, INCLUDING WITHOUT ANY

03:49PM  11   LIMITATION ANY STOCK OPTIONS."

03:50PM  12        DO YOU SEE THAT?

03:50PM  13   A.   YES.

03:50PM  14   Q.   AND DO YOU UNDERSTAND THE REMAINDER OF THE TEXT TO BE A

03:50PM  15   STATEMENT THAT MR. BALWANI MADE ABOUT HIS OWNERSHIP OF

03:50PM  16   THERANOS'S STOCK?

03:50PM  17   A.   YES.

03:50PM  18   Q.   AND IT READS, "MR. BALWANI RESPONDS AS FOLLOWS:

03:50PM  19        "MR. BALWANI CURRENTLY OWNS 28,716,815 SHARES OF CLASS A

03:50PM  20   COMMON STOCK," AND THEN IT CONTINUES.

03:50PM  21        DO YOU SEE THAT?

03:50PM  22   A.   YES.

03:50PM  23   Q.   AND DO YOU UNDERSTAND THIS TO BE A STATEMENT THAT

03:50PM  24   MR. BALWANI MADE?

03:50PM  25   A.   YES.

03:50PM  1    Q.   OKAY.  AND THEN IF I COULD DRAW -- WITHOUT DISPLAYING IT

03:50PM  2    ON THE SCREEN, I JUST -- WELL, DO YOU UNDERSTAND THIS TO BE

03:50PM  3    MADE AT SOME POINT AFTER OCTOBER 15TH, 2015?

03:50PM  4    A.   YES.

03:50PM  5    Q.   THANK YOU, MR. GROSSMAN.

03:50PM  6         THANK YOU, YOUR HONOR.

03:50PM  7         I DON'T HAVE ANYTHING FURTHER.

03:50PM  8              THE COURT:  CROSS-EXAMINATION?

03:50PM  9              MS. WALSH:  YES, YOUR HONOR.

03:51PM 10         MAY I REMOVE MY MASK, YOUR HONOR?

03:51PM 11              THE COURT:  YES.  YES.

03:51PM 12                        **CROSS-EXAMINATION**

03:51PM 13    BY MS. WALSH:

03:51PM 14    Q.   GOOD AFTERNOON, MR. GROSSMAN.

03:51PM 15    A.   GOOD AFTERNOON.

03:51PM 16    Q.   MY NAME IS AMY WALSH, AND I REPRESENT SUNNY BALWANI.

03:51PM 17         SO WHAT I WANT TO ASK YOU ABOUT JUST FOR THE REMAINDER OF

03:51PM 18    THE AFTERNOON -- I THINK WE'RE GOING TO HAVE TO CONTINUE THIS

03:51PM 19    TOMORROW -- BUT WHAT I WANT TO START WITH IS YOUR BACKGROUND.

03:51PM 20         I KNOW YOU TESTIFIED TO THAT ON DIRECT.

03:52PM 21         BUT -- SO AFTER YOU GRADUATED FROM COLLEGE, YOU WORKED AT

03:52PM 22    JP MORGAN; IS THAT RIGHT?

03:52PM 23    A.   YES.

03:52PM 24    Q.   AND YOU WORKED THERE AS A RESEARCH ANALYST; CORRECT?

03:52PM 25    A.   THE FIRST TWO YEARS I WAS A RESEARCH ASSISTANT, PORTFOLIO

03:52PM  1    ASSISTANT, AND THEN THE LAST THREE YEARS I WAS A RESEARCH

03:52PM  2    ANALYST.

03:52PM  3    Q.   OKAY.  SO YOU WERE A RESEARCH ANALYST FOR THE LAST THREE

03:52PM  4    YEARS; RIGHT?

03:52PM  5    A.   YES.

03:52PM  6    Q.   OKAY.  AND WHEN YOU WERE A RESEARCH ANALYST, YOU COVERED

03:52PM  7    THE HEALTH CARE SECTOR; IS THAT RIGHT?

03:52PM  8    A.   YES.

03:52PM  9    Q.   OKAY.  AND THEN YOU WENT ON TO WORK FOR TWO DIFFERENT

03:52PM  10   HEDGE FUNDS; IS THAT CORRECT?

03:52PM  11   A.   IT WAS ACTUALLY THREE, BUT, YES.

03:52PM  12   Q.   OKAY.  THREE.

03:52PM  13       AND IN -- FOR THOSE THREE HEDGE FUNDS, YOU WERE ALSO AN

03:52PM  14   ANALYST; IS THAT RIGHT?

03:52PM  15   A.   FOR THE FIRST, I WAS AN ANALYST FROM 2001 THROUGH 2007,

03:53PM  16   2008; AND THEN AT THAT POINT I HANDED OFF MY ANALYST

03:53PM  17   RESPONSIBILITIES TO ANOTHER INDIVIDUAL AND MY PRIMARY FOCUS AT

03:53PM  18   THAT POINT WAS AS A PORTFOLIO MANAGER.

03:53PM  19   Q.   OKAY.

03:53PM  20   A.   FOR A FEW YEARS I DID BOTH.

03:53PM  21   Q.   SO LET'S TAKE THEM ONE AT A TIME.

03:53PM  22       SO YOU WENT TO THE FIRST HEDGE FUND; CORRECT?

03:53PM  23   A.   YES.

03:53PM  24   Q.   AND YOU WERE AN ANALYST THERE; RIGHT?

03:53PM  25   A.   YES.

03:53PM 1    Q.   AND WHILE YOU WERE AN ANALYST, YOU COVERED THE HEALTH CARE

03:53PM 2    SECTOR; IS THAT RIGHT?

03:53PM 3    A.   YES.

03:53PM 4    Q.   AND THEN YOU WENT ON TO THE SECOND HEDGE FUND; IS THAT

03:53PM 5    RIGHT?

03:53PM 6    A.   YES.

03:53PM 7    Q.   AND YOU ALSO WORKED AS AN ANALYST THERE; CORRECT?

03:53PM 8    A.   YES.

03:53PM 9    Q.   AND AS AN ANALYST THERE, YOU ALSO COVERED THE HEALTH CARE

03:53PM 10   SECTOR; IS THAT RIGHT?

03:53PM 11   A.   YES.

03:53PM 12   Q.   OKAY.  AND THEN YOU WENT ON TO A THIRD HEDGE FUND; IS THAT

03:53PM 13   RIGHT?

03:53PM 14   A.   YES.

03:53PM 15   Q.   AND YOU WERE AN ANALYST AT THAT HEDGE FUND, OR SOMETHING

03:53PM 16   DIFFERENT?

03:53PM 17   A.   I WAS AN ANALYST AT THAT HEDGE FUND, AND THEN BECAME A

03:53PM 18   PORTFOLIO MANAGER AT THAT HEDGE FUND.

03:54PM 19   Q.   OKAY.  BUT ALSO COVERING THE HEALTH CARE SECTOR; IS THAT

03:54PM 20   RIGHT?

03:54PM 21   A.   YES.

03:54PM 22   Q.   OKAY.  AND THEN AT SOME POINT YOU AND YOUR COLLEAGUES

03:54PM 23   STARTED PFM; CORRECT?

03:54PM 24   A.   YES.

03:54PM 25   Q.   OKAY.  AND I THINK YOU SAID THIS ON DIRECT, BUT YOU'RE THE

03:54PM  1      MANAGING PARTNER OF PFM; RIGHT?

03:54PM  2      A.   YES.

03:54PM  3      Q.   AND YOU'RE THE CHIEF INVESTMENT OFFICER; RIGHT?

03:54PM  4      A.   YES.

03:54PM  5      Q.   AND PFM HEALTH SCIENCES IS AN S.E.C. REGISTERED INVESTMENT

03:54PM  6      ADVISOR; CORRECT?

03:54PM  7      A.   YES.

03:54PM  8      Q.   AND SO THAT'S A REGULATED ENTITY; CORRECT?

03:54PM  9      A.   YES.

03:54PM  10     Q.   AND AS THAT REGULATED ENTITY, YOU HAVE TO FILE CERTAIN

03:54PM  11     DISCLOSURES WITH THE S.E.C.; RIGHT?

03:54PM  12     A.   YES.

03:54PM  13     Q.   AND SO THROUGHOUT ALL OF THIS EXPERIENCE, YOU HAVE ABOUT

03:54PM  14     20 YEARS OF EXPERIENCE IN THE BIOTECH SPACE; IS THAT FAIR?

03:54PM  15     A.   YEAH, THAT'S, THAT'S, THAT'S ACCURATE.

03:55PM  16     Q.   OKAY.  AND YOU ALSO HAVE ABOUT 20 YEARS EXPERIENCE

03:55PM  17     INVESTING IN HEALTH CARE COMPANIES; IS THAT RIGHT?

03:55PM  18     A.   A LITTLE BIT LONGER THAN THAT, BUT, YES.

03:55PM  19     Q.   OKAY.  AND THOSE HEALTH CARE COMPANIES THAT YOU'VE

03:55PM  20     INVESTED IN HAVE BEEN VARIOUS DIFFERENT SIZES; IS THAT RIGHT?

03:55PM  21     A.   YES.

03:55PM  22     Q.   SOME HAVE BEEN PUBLIC COMPANIES; RIGHT?

03:55PM  23     A.   YES.

03:55PM  24     Q.   LARGE ONES LIKE PFIZER AND UNITED HEALTH; RIGHT?

03:55PM  25     A.   YES.

03:55PM  1    Q.   AND SMALL STARTUPS; IS THAT RIGHT?

03:55PM  2    A.   YES.

03:55PM  3    Q.   AND SIZES IN BETWEEN THOSE TWO ENDS OF THE SPECTRUM;

03:55PM  4    CORRECT?

03:55PM  5    A.   YES.

03:55PM  6    Q.   OKAY.  AND WE JUST WENT THROUGH, OR MR. LEACH TOOK YOU

03:55PM  7    THROUGH THE THREE DIFFERENT ENTITIES THAT INVESTED IN THERANOS.

03:55PM  8         DO YOU REMEMBER THAT?

03:55PM  9    A.   YES.

03:55PM  10   Q.   AND I JUST WANT TO RUN THROUGH THOSE TO MAKE SURE I'M

03:55PM  11   CLEAR ON IT.

03:55PM  12        ONE WAS PARTNER INVESTMENTS LP; CORRECT?

03:56PM  13   A.   YES.

03:56PM  14   Q.   AND THEN THERE WAS HEALTH CARE MASTER FUND; RIGHT?

03:56PM  15   A.   YES.

03:56PM  16   Q.   AND THEN THE PFM HEALTH CARE PRINCIPALS FUND LP; RIGHT?

03:56PM  17   A.   YES.

03:56PM  18   Q.   OKAY.  AND THE HEALTH CARE MASTER FUND WAS THE LARGEST OF

03:56PM  19   THE THREE; IS THAT RIGHT?

03:56PM  20   A.   IT'S, IT'S QUITE -- I WANT TO ANSWER THE QUESTION.  THE

03:56PM  21   PARTNER INVESTMENTS ISN'T A FUND IN THE SENSE -- IT'S A

03:56PM  22   DIFFERENT ENTITY.  THERE'S NO -- WE -- SO HERE'S HOW I WOULD

03:56PM  23   ANSWER THE QUESTION.  SORRY.  BUT --

03:56PM  24   Q.   I DON'T MEAN TO INTERRUPT YOU.

03:56PM  25        MY QUESTION WAS ABOUT HEALTH CARE MASTER FUND.

03:56PM 1    A.   YEAH, MASTER FUND IS THE LARGEST -- LARGER THAN

03:56PM 2    PRINCIPALS.

03:56PM 3         PARTNER INVESTMENT HAS NO CAPITAL.  IT'S JUST A FUND THAT

03:56PM 4    HAS INDIVIDUAL DEALS THAT WE DO -- HAVE DONE OVER TIME.

03:57PM 5         SO IF YOU ADD UP THE DEALS THAT WERE IN PARTNER INVESTMENT

03:57PM 6    AT THAT TIME, IT WAS A MUCH SMALLER FUND THAN THE HEALTH CARE

03:57PM 7    MASTER FUND.

03:57PM 8    Q.   OKAY.  SO I JUST WANT TO FOCUS ON HEALTH CARE MASTER FUND

03:57PM 9    FOR THE TIME BEING.  OKAY?

03:57PM 10   A.   OKAY.

03:57PM 11   Q.   AND THAT'S THE LARGEST ONE; RIGHT?

03:57PM 12   A.   YES.

03:57PM 13   Q.   AND THE INVESTORS IN THAT FUND INCLUDED FAMILY OFFICES;

03:57PM 14   RIGHT?

03:57PM 15   A.   YES.

03:57PM 16   Q.   INSTITUTIONAL INVESTORS; CORRECT?

03:57PM 17   A.   YES.

03:57PM 18   Q.   AND HIGH NET WORTH INDIVIDUALS; IS THAT RIGHT?

03:57PM 19   A.   YES.

03:57PM 20   Q.   AND YOU WERE THE PORTFOLIO MANAGER OF THAT FUND; IS THAT

03:57PM 21   CORRECT?

03:57PM 22   A.   YES.

03:57PM 23   Q.   AND SO YOU, AS PORTFOLIO MANAGER, HAD THE ULTIMATE

03:57PM 24   AUTHORITY TO MAKE DECISIONS ABOUT INVESTMENTS; IS THAT TRUE?

03:57PM 25   A.   YES.

03:57PM  1    Q.   OKAY.  AND WHEN THE INVESTORS IN THAT FUND GIVE YOU THEIR

03:57PM  2    MONEY, THEY, THEY NO LONGER HAVE CONTROL OF THEIR MONEY; IS

03:57PM  3    THAT CORRECT?

03:57PM  4    A.   YES.

03:57PM  5    Q.   AND WHAT THE FUND INVESTS IN IS YOUR DECISION; IS THAT

03:58PM  6    RIGHT?

03:58PM  7    A.   WELL, WE HAVE FUND GUIDELINES THAT WE HAVE TO OPERATE

03:58PM  8    WITHIN.

03:58PM  9         SO WE HAVE LIMITS TO WHAT WE CAN INVEST IN, WHERE WE CAN

03:58PM  10   INVEST, JUST LIKE ANY FUND WOULD HAVE.

03:58PM  11   Q.   OKAY.  BUT WITHIN THOSE GUIDELINES, YOU ARE THE ULTIMATE

03:58PM  12   DECISION-MAKER; IS THAT RIGHT?

03:58PM  13   A.   YES.

03:58PM  14   Q.   OKAY.  SO NOW I WANT TO TURN TO THE DUE DILIGENCE PROCESS

03:58PM  15   THAT YOU ENGAGED IN REGARDING THERANOS?

03:58PM  16   A.   OKAY.

03:58PM  17   Q.   YOU HAD A TEAM OF PEOPLE WORKING WITH YOU; CORRECT?

03:58PM  18   A.   YES.

03:58PM  19   Q.   AND I WANT TO JUST RUN THROUGH SOME OF THOSE TEAM MEMBERS

03:58PM  20   AND THEIR BACKGROUND TO THE EXTENT THAT YOU KNOW.

03:58PM  21        CHRIS JAMES WAS -- CHRIS JAMES WAS YOUR PARTNER AT PFM; IS

03:58PM  22   THAT RIGHT?

03:58PM  23   A.   YES.

03:58PM  24   Q.   AND HE WAS ANOTHER PORTFOLIO MANAGER AT PFM; IS THAT

03:58PM  25   RIGHT?

03:58PM   1    A.   YES.

03:59PM   2    Q.   IS HE STILL THERE?

03:59PM   3    A.   NO.

03:59PM   4    Q.   AND AT THE TIME, HE DEFERRED TO YOU ON INVESTMENTS IN

03:59PM   5    HEALTH CARE COMPANIES; CORRECT?

03:59PM   6    A.   YES.

03:59PM   7    Q.   AND THAT WAS BECAUSE OF YOUR BACKGROUND IN THE HEALTH CARE

03:59PM   8    SECTOR; RIGHT?

03:59PM   9    A.   YES.

03:59PM   10   Q.   OKAY.  THEN THERE WAS ANOTHER GENTLEMAN NAMED

03:59PM   11   VIVEK KHANNA; RIGHT?

03:59PM   12   A.   YES.

03:59PM   13   Q.   AND HE WAS A SENIOR ANALYST AT PFM; CORRECT?

03:59PM   14   A.   YES.

03:59PM   15   Q.   AND HE ALSO HAD SIGNIFICANT EXPERIENCE IN THE HEALTH CARE

03:59PM   16   FIELD; RIGHT?

03:59PM   17   A.   YES.

03:59PM   18   Q.   HE HAD -- HIS EXPERIENCE SPANS 20 OR MORE YEARS WITH

03:59PM   19   HEALTH CARE COMPANIES; IS THAT RIGHT?

03:59PM   20   A.   I BELIEVE THAT'S RIGHT, YES.

03:59PM   21   Q.   OKAY.  AND HE FOCUSSED -- HIS CAREER FOCUSSED ON HEALTH

03:59PM   22   CARE COMPANIES, BUT ALSO ONCE HE GOT TO PFM, THAT'S WHAT HE

03:59PM   23   FOCUSSED ON; RIGHT?

03:59PM   24   A.   YES.

03:59PM   25   Q.   OKAY.  AND THEN THERE WAS ANOTHER GENTLEMAN NAMED

03:59PM   1       ALEX RABODZEY; IS THAT CORRECT?

04:00PM   2       A.   YES.

04:00PM   3       Q.   AND HE WAS ANOTHER SENIOR ANALYST AT PFM; RIGHT?

04:00PM   4       A.   YES.

04:00PM   5       Q.   NOW, HE HAD -- I BELIEVE IT'S DR. RABODZEY; RIGHT?

04:00PM   6       A.   I BELIEVE THAT'S RIGHT.

04:00PM   7       Q.   AND HE HAD MORE OF A SCIENCE BACKGROUND; IS THAT CORRECT?

04:00PM   8       A.   YES.

04:00PM   9       Q.   AND, IN FACT, HE HAD A BACHELOR'S DEGREE FROM THE MOSCOW

04:00PM  10       INSTITUTE OF PHYSICS AND TECHNOLOGY; IS THAT RIGHT?

04:00PM  11       A.   I BELIEVE THAT'S RIGHT.

04:00PM  12       Q.   OKAY.  AND THEN HE ALSO HAD A PH.D. IN BIOLOGICAL

04:00PM  13       ENGINEERING FROM M.I.T.; IS THAT RIGHT?

04:00PM  14       A.   YES.

04:00PM  15       Q.   AND WHILE AT M.I.T., HIS FOCUS WAS ON MICROFLUIDICS;

04:00PM  16       CORRECT?

04:00PM  17       A.   I DON'T RECALL WHAT HIS FOCUS, HIS PH.D. FOCUS WAS.

04:00PM  18       Q.   OKAY.  YEP.

04:00PM  19            AND DR. RABODZEY HAD DONE DUE DILIGENCE WORK IN THE PAST

04:00PM  20       IN CONNECTION WITH BIO AND LIFE SCIENCE COMPANIES; IS THAT

04:00PM  21       RIGHT?

04:00PM  22       A.   YES.

04:00PM  23       Q.   AND WHILE AT PFM, HE FOCUSSED ON BIOTECH COMPANIES;

04:00PM  24       CORRECT?

04:00PM  25       A.   YES.

04:00PM  1    Q.   AND SO ON THE THERANOS DEAL, HE KIND OF SERVED AS THE

04:01PM  2    SCIENCE EXPERT ON THE TEAM FOR DUE DILIGENCE; IS THAT FAIR?

04:01PM  3    A.   HE WAS -- WE BROKE UP THE RESPONSIBILITIES, SO HE WAS MORE

04:01PM  4    ON THE DATA SIDE, AND SOME OF THE REGULATORY ISSUES.

04:01PM  5    Q.   OKAY.  AND THE DATA RELATED TO THE SCIENCE; CORRECT?

04:01PM  6    A.   THE TESTING DATA THAT THEY HAD.

04:01PM  7    Q.   RIGHT.  THE DATA RELATED TO THE FUNCTIONING OF THE

04:01PM  8    THERANOS DEVICE; CORRECT?

04:01PM  9    A.   YES.

04:01PM 10    Q.   OKAY.  AND THEN THERE WAS ANOTHER GENTLEMAN NAMED

04:01PM 11    SRI BALASURYAN; IS THAT RIGHT?

04:01PM 12    A.   YES.

04:01PM 13    Q.   AND HE WAS A SENIOR ANALYST; CORRECT?

04:01PM 14    A.   YES.

04:01PM 15    Q.   AND HE WAS RESPONSIBLE FOR THE FINANCIAL MODELING THAT YOU

04:01PM 16    DID DURING YOUR DUE DILIGENCE; IS THAT RIGHT?

04:01PM 17    A.   YES.

04:01PM 18    Q.   OKAY.  AND HE HELPED CREATE THE MODEL WE JUST SAW THAT

04:01PM 19    CAME INTO EVIDENCE; RIGHT?

04:02PM 20    A.   YES.

04:02PM 21    Q.   AND HE ALSO HELPED CREATE SOME SLIDES FOR YOUR FINAL

04:02PM 22    PRESENTATION TO THE INVESTORS; IS THAT CORRECT?

04:02PM 23    A.   I'M NOT SURE WHO CREATED THE SLIDES.

04:02PM 24    Q.   OKAY.  MR. BALASURYAN, YOU DON'T KNOW WHETHER HE

04:02PM 25    PARTICIPATED IN CREATING THE SLIDES?

04:02PM 1     A.    IT CERTAINLY WAS A COLLABORATIVE EFFORTS.  I DON'T KNOW

04:02PM 2     WHAT PARTICULAR ASPECTS HE DID VERSUS OTHER TEAM MEMBERS.

04:02PM 3     Q.    OKAY.  DURING YOUR DUE DILIGENCE PROCESS, YOU ALSO HIRED

04:02PM 4     OUTSIDE EXPERTS, DIDN'T YOU?

04:02PM 5     A.    WHEN YOU -- COULD YOU BE A LITTLE MORE SPECIFIC WHEN YOU

04:02PM 6     SAY "HIRED"?

04:02PM 7     Q.    WELL, YOU PAID THEM TO WORK ON THE DEAL?

04:02PM 8     A.    NOT TO -- WE USE -- WE USE A THIRD -- WE USE THESE

04:02PM 9     ORGANIZATIONS THAT CONNECT US TO EXPERTS IN DIFFERENT AREAS OF

04:02PM 10    HEALTH CARE, AND SO WE'LL DO -- WE USE EXPERTS ALL OF THE TIME

04:03PM 11    FOR A SPECIFIC QUESTION.

04:03PM 12          BUT I DON'T RECALL HAVING A PAID EXPERT SPECIFIC FOR THE

04:03PM 13    THERANOS DEAL.

04:03PM 14    Q.    OKAY.

04:03PM 15    A.    BUT WE DID USE OUTSIDE EXPERTS THE WAY WE DO FOR ALL OF

04:03PM 16    OUR DUE DILIGENCE.

04:03PM 17    Q.    OKAY.  SO YOU USED OUTSIDE EXPERTS TO HELP WITH YOUR DUE

04:03PM 18    DILIGENCE ON THE THERANOS DEAL; CORRECT?

04:03PM 19    A.    YES.  YES.

04:03PM 20    Q.    AND ONE OF THOSE WAS MR. CLAMMER; IS THAT RIGHT?

04:03PM 21    A.    HE WAS NOT A PAID OUTSIDE EXPERT, NO.

04:03PM 22    Q.    OKAY.  BUT YOU USED HIM FOR HIS EXPERTISE; IS THAT FAIR?

04:03PM 23    A.    WE DID.  WE DID ADD HIM AS A MEMBER OF THE TEAM.  SO, YES,

04:03PM 24    HE WAS PART OF THE PROCESS.

04:03PM 25    Q.    OKAY.  AND SO WHEN YOU WERE DOING THIS DUE DILIGENCE, ALL

04:03PM  1    OF THESE INDIVIDUALS THAT WE JUST WENT THROUGH, YOU WERE ALL

04:03PM  2    WORKING TOGETHER AS A TEAM, WEREN'T YOU?

04:03PM  3    A.   WE ALL HAD OTHER RESPONSIBILITIES.  SO IT'S -- YOU KNOW,

04:03PM  4    PART OF BEING ANALYST, YOU HAVE TO PROCESS MULTIPLE THINGS AT

04:04PM  5    THE SAME TIME.

04:04PM  6    Q.   SO WERE YOU ALL WORKING TOGETHER AS A TEAM WHEN YOU DID

04:04PM  7    YOUR DUE DILIGENCE ON THERANOS?

04:04PM  8    A.   WE WERE, WE WERE WORKING AS A TEAM, YES.

04:04PM  9    Q.   AND --

04:04PM 10         THE COURT:  AND LET'S -- WHY DON'T WE BREAK NOW FOR

04:04PM 11    THE DAY?

04:04PM 12         WE'LL CONTINUE THE EXAMINATION ON FRIDAY, FRIDAY MORNING

04:04PM 13    IS OUR NEXT DATE, LADIES AND GENTLEMEN.

04:04PM 14         AND LET ME TELL YOU, WE'LL -- OUR SCHEDULED TIME TO BEGIN

04:04PM 15    IS AT 9:00 O'CLOCK.  I AM MEETING WITH THE LAWYERS BEFORE,

04:04PM 16    EARLIER, AND I RATHER EXPECT THAT WE'RE GOING TO GO A LITTLE

04:04PM 17    LONGER, SO WE'LL PROBABLY -- I'M THINKING 9:30 AT THE EARLIEST

04:04PM 18    IS THE TIME THAT WE'LL START, JUST FOR YOUR SCHEDULING

04:04PM 19    PURPOSES.

04:04PM 20         THE BREAKFAST ARRIVES, YOU KNOW, EARLY, SO FIRST COME,

04:04PM 21    FIRST SERVED ON THAT.

04:04PM 22         (LAUGHTER.)

04:04PM 23         THE COURT:  BUT I THINK THAT WE'LL START AT ABOUT

04:04PM 24    9:30, JUST TO GIVE YOU FAIR WARNING.

04:04PM 25         AND SAME WITH YOU, SIR.

6150

| | | |
|---|---|---|
| 04:04PM | 1 | THE WITNESS:  YES. |
| 04:04PM | 2 | THE COURT:  IF YOU COULD BE HERE SUCH THAT YOU COULD |
| 04:04PM | 3 | BEGIN AGAIN AT 9:30, THAT WOULD BE GREAT. |
| 04:05PM | 4 | THE WITNESS:  OKAY. |
| 04:05PM | 5 | THE COURT:  THANK YOU. |
| 04:05PM | 6 | WE'LL BE IN RECESS. |
| 04:05PM | 7 | BEFORE YOU GO, I REMIND YOU OF THE ADMONITION.  DON'T DO |
| 04:05PM | 8 | ANYTHING TO LEARN ANYTHING ABOUT THIS CASE, ANY INVESTIGATION, |
| 04:05PM | 9 | AND PLEASE DO NOT DISCUSS OR WATCH OR READ ANYTHING ABOUT THIS |
| 04:05PM | 10 | CASE. |
| 04:05PM | 11 | HAVE A GOOD EVENING.  WE'LL SEE YOU FRIDAY MORNING.  THANK |
| 04:05PM | 12 | YOU. |
| 04:05PM | 13 | (JURY OUT AT 4:05 P.M.) |
| 04:05PM | 14 | THE COURT:  MR. GROSSMAN, YOU CAN STAND DOWN.  THANK |
| 04:05PM | 15 | YOU. |
| 04:05PM | 16 | PLEASE BE SEATED.  THANK YOU. |
| 04:06PM | 17 | ALL RIGHT.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS |
| 04:06PM | 18 | LEFT FOR THE DAY. |
| 04:06PM | 19 | MR. GROSSMAN HAS LEFT THE COURTROOM. |
| 04:06PM | 20 | ALL COUNSEL AND MR. BALWANI ARE PRESENT. |
| 04:06PM | 21 | WE'LL GET TOGETHER AT 8:30, 8:15.  IF YOU'RE HERE, WE'LL |
| 04:06PM | 22 | START A LITTLE EARLY FOR OUR DISCUSSION ON THE PENDING MOTION. |
| 04:06PM | 23 | MS. WALSH:  YES, YOUR HONOR. |
| 04:06PM | 24 | CAN I RAISE ONE ISSUE WITH THE COURT REGARDING SCHEDULING? |
| 04:06PM | 25 | AND I DON'T KNOW, THE GOVERNMENT MIGHT ADDRESS THIS. |

6151

04:06PM   1                    THE COURT:  SURE.

04:06PM   2                    MS. WALSH:  SO WE'RE NOT SURE IF THE GOVERNMENT WAS

04:06PM   3      GOING TO CALL MR. KOVACEVICH.  LAST WE KNEW THIS MORNING, THEIR

04:06PM   4      INTENTION WAS TO CALL HIM.

04:06PM   5           WE HAVEN'T MADE A FINAL DECISION YET, BUT WE WILL LIKELY

04:06PM   6      START A DEFENSE CASE ON FRIDAY, AND WE HAVE A WITNESS WHO,

04:06PM   7      BECAUSE OF HER SCHEDULE, CAN REALLY ONLY BE HERE ON FRIDAY OR

04:06PM   8      TWO WEEKS FROM FRIDAY ESSENTIALLY.

04:07PM   9           IT'S NOT A LONG WITNESS, BUT WE WOULD LIKE TO FIT HER IN,

04:07PM  10      IF POSSIBLE.

04:07PM  11           AND I'M WONDERING -- I'D LIKE TO HEAR FROM THE GOVERNMENT

04:07PM  12      AS TO WHAT THEIR INTENTION IS AS TO HOW LONG THEIR CASE IS NOW

04:07PM  13      GOING TO LAST.

04:07PM  14           AND IF IT'S POSSIBLE, IF WE NEED TO STAY LATER ON FRIDAY,

04:07PM  15      WE WOULD MAKE THAT REQUEST TO TRY TO FIT THIS WITNESS IN.

04:07PM  16                    THE COURT:  WELL, YOU'RE IN CONTROL OF THAT.  YOU

04:07PM  17      HAVE CROSS-EXAMINATION.  IF YOUR CROSS-EXAMINATION IS ANOTHER

04:07PM  18      20 MINUTES, WE'LL CERTAINLY BE ABLE TO DO EVERYTHING YOU NEED

04:07PM  19      TO DO.  YOU'RE IN THE DRIVER'S SEAT.

04:07PM  20           MR. BOSTIC.

04:07PM  21                    MR. BOSTIC:  SO OF COURSE THE COURT IS CORRECT --

04:07PM  22      EXCUSE ME, THE COURT IS CORRECT, THE DEFENSE HAS THE CLOCK

04:07PM  23      RIGHT NOW.

04:07PM  24           AS FAR AS MR. KOVACEVICH, WE'RE STILL EXPLORING HIS

04:07PM  25      AVAILABILITY FOR FRIDAY, SO WE'LL LET THE DEFENSE KNOW AS SOON

04:07PM 1    AS WE KNOW WHAT IS HAPPENING IN TERMS OF THAT WITNESS.

04:07PM 2         I THINK FOR NOW IT WOULD BE PRUDENT TO PREPARE FOR BOTH

04:07PM 3    POSSIBILITIES, EITHER HIM TESTIFYING OR NOT.

04:08PM 4              THE COURT:  OKAY.  WELL, YOU'LL MEET AND CONFER AND

04:08PM 5    CONTINUE WITH THE COOPERATIVE SPIRIT THAT YOU HAVE ENGAGED IN

04:08PM 6    THROUGHOUT THIS TRIAL AND WORK THOSE ISSUES OUT.

04:08PM 7              MS. WALSH:  SURE.  WE WILL, YOUR HONOR.

04:08PM 8         BUT I GUESS I'M GIVING THE COURT A HEADS UP THAT WE MAY

04:08PM 9    REQUEST THAT THE COURT AND THE JURY STAY A LITTLE LATER IF WE

04:08PM 10   CAN TRY TO FIT THIS WITNESS IN.

04:08PM 11             THE COURT:  OKAY.  WE'RE COMPRESSING FRIDAY, AREN'T

04:08PM 12   WE, BECAUSE, AS I TOLD THE JURY, WE PROBABLY WON'T START UNTIL

04:08PM 13   9:30.

04:08PM 14             MS. WALSH:  YEAH.

04:08PM 15             THE COURT:  THAT'S JUST A FAIR ESTIMATE IF WE START

04:08PM 16   AT 8:15 OR SOMETHING LIKE THAT.  I'M THINKING THAT DISCUSSION

04:08PM 17   WILL TAKE AT LEAST THAT LONG.

04:08PM 18        AND I THINK THE DEFENSE WANTS TO KNOW THE DIRECTION OF

04:08PM 19   THINGS AS SOON AS POSSIBLE.

04:08PM 20        AND BECAUSE IT'S ON A FRIDAY, IT MAY BE THAT, I DON'T

04:08PM 21   KNOW, BUT IT MAY BE THAT YOU DON'T GET AN ANSWER UNTIL

04:09PM 22   MONDAY --

04:09PM 23             MS. WALSH:  SURE.

04:09PM 24             THE COURT:  -- NEXT WEEK ON THAT.

04:09PM 25        SO THERE'S THAT.

6153

04:09PM 1          AND THEN THERE'S THE -- YOU'RE FINISHING YOUR

04:09PM 2     CROSS-EXAMINATION.  AND I DON'T KNOW IF YOU KNOW HOW LONG

04:09PM 3     THAT'S GOING TO BE.  YOU DON'T HAVE TO TELL ME.

04:09PM 4          BUT THAT FACTORS INTO WHAT WE'RE GOING TO DO.

04:09PM 5          THEN, OF COURSE, WE DON'T KNOW IF THE WITNESS IS

04:09PM 6     AVAILABLE.

04:09PM 7          IT SOUNDS LIKE WE MAY HAVE COMPETING WITNESSES WITH

04:09PM 8     SIGNIFICANT LIMITATIONS, EITHER TIME OR HEALTH OR OTHERWISE.

04:09PM 9               MR. BOSTIC:  SO, YOUR HONOR, IT MIGHT BE HELPFUL FOR

04:09PM 10    US TO MAP OUT WHAT THAT DAY WOULD LOOK LIKE IF MR. KOVACEVICH

04:09PM 11    DID TESTIFY.

04:09PM 12         SO, YES, AN ESTIMATE ON REMAINING CROSS FOR THIS WITNESS

04:09PM 13    WOULD BE HELPFUL.

04:09PM 14         I CAN TELL THE COURT AND THE DEFENSE THAT THE DIRECT OF

04:09PM 15    MR. KOVACEVICH WOULD BE LESS THAN AN HOUR, PROBABLY

04:09PM 16    SIGNIFICANTLY LESS THAN AN HOUR.

04:09PM 17         SO I'M NOT SURE WHAT THAT WOULD LEAVE THE DAY LOOKING LIKE

04:09PM 18    IN TERMS OF REMAINING TIME.

04:09PM 19         WE WOULD ALSO, FROM OUR PERSPECTIVE, WE WOULD BE HAPPY TO

04:09PM 20    TAKE A WITNESS OUT OF ORDER IN ORDER TO ACCOMMODATE THE DEFENSE

04:10PM 21    WITNESS'S SCHEDULE SUBJECT TO THE NEED, IF MR. KOVACEVICH

04:10PM 22    TESTIFIES, TO HAVE HIM KIND OF ON AND OFF THE STAND IN ONE

04:10PM 23    BLOCK IF WE COULD.

04:10PM 24               THE COURT:  RIGHT.

04:10PM 25               MR. BOSTIC:  WE DON'T WANT HIM TO TRAVEL TO THE

6154

04:10PM 1     COURTHOUSE UNNECESSARILY, AND WE DON'T WANT TO INTERRUPT HIS

04:10PM 2     TESTIMONY FOR HIS SAKE.

04:10PM 3         BUT SUBJECT TO THAT, WE WOULD BE HAPPY TO ALTER THE ORDER.

04:10PM 4             THE COURT:  WELL, THAT'S ANOTHER POSSIBILITY IS TO

04:10PM 5     TAKE A WITNESS OUT OF ORDER.  I CAN'T REMEMBER IF WE'VE DONE

04:10PM 6     THAT IN THIS CASE.

04:10PM 7         I KNOW IT'S CERTAINLY --

04:10PM 8             MS. WALSH:  WE HAVE.

04:10PM 9             THE COURT:  YES.  AND THE JURY IS AWARE OF THAT.

04:10PM 10        AND THAT'S ANOTHER POSSIBILITY, MS. WALSH, THAT YOU WANT

04:10PM 11    TO TALK WITH YOUR TEAM ABOUT.

04:10PM 12            MS. WALSH:  SURE, SURE.

04:10PM 13            THE COURT:  IN ADDITION TO REDUCING YOUR

04:10PM 14    CROSS-EXAMINATION.  I'M SMILING WHEN I SAY THAT.  YOU DO

04:10PM 15    WHATEVER YOU NEED TO DO, BUT YOU'RE IN CONTROL OF THAT, SO --

04:10PM 16    OKAY.

04:10PM 17        SO YOU'LL DISCUSS, AND AT LEAST YOU'LL SHARE SOME THOUGHTS

04:10PM 18    ON THAT, AND THEN WE CAN TALK ABOUT IT MORE ON FRIDAY MORNING.

04:11PM 19            MS. WALSH:  SOUNDS GOOD.

04:11PM 20            MR. BOSTIC:  ONE MORE OTHER POINT, IF I COULD, ON

04:11PM 21    THE TOPIC OF THE DEFENSE BEGINNING ITS CASE.

04:11PM 22        TO MY KNOWLEDGE, THE GOVERNMENT HAS NOT YET RECEIVED ANY

04:11PM 23    JENCKS FROM THE DEFENSE.

04:11PM 24        SO I'M NOT SURE IF IT'S APPROPRIATE FOR THE COURT TO ORDER

04:11PM 25    THAT PRODUCTION AT THIS TIME, BUT IT'S JUST SOMETHING THAT I

6155

04:11PM  1    WANTED TO NOTE FOR THE RECORD.

04:11PM  2                THE COURT:  WHAT WOULD YOU LIKE ME TO DO ABOUT THAT,

04:11PM  3    MS. WALSH?

04:11PM  4                MS. WALSH:  YOUR HONOR, I WOULD LIKE TO CONFER WITH

04:11PM  5    MY TEAM.  I KNOW WE'VE BEEN DISCUSSING IT.  SO LET ME JUST

04:11PM  6    CONFER, AND WE CAN LET THE COURT KNOW.

04:11PM  7                THE COURT:  CAN YOU, CAN YOU INCLUDE THAT TOPIC IN

04:11PM  8    YOUR DISCUSSION WITH MR. BOSTIC AND HIS TEAM ABOUT WHEN YOU

04:11PM  9    PLAN ON --

04:11PM  10                MS. WALSH:  SURE.  OF COURSE.

04:11PM  11                THE COURT:  -- AND THEN WE'LL GO FROM THERE.

04:11PM  12          OKAY.  GREAT.

04:11PM  13                MS. WALSH:  THANK YOU.

04:11PM  14                THE COURT:  MR. LEACH.

04:11PM  15                MR. LEACH:  YOUR HONOR, I'M SORRY.  ONE MORE

04:11PM  16    HOUSEKEEPING MATTER.

04:11PM  17                THE COURT:  YES.  SURE.

04:11PM  18                MR. LEACH:  DURING THE EXAMINATION OF SO HAN SPIVEY

04:11PM  19    SEVERAL WEEKS AGO, THE COURT CONDITIONALLY ADMITTED

04:11PM  20    EXHIBIT 4859, WHICH IS BATES NUMBER RDV 012671.

04:12PM  21          IT'S A ONE-PAGE DOCUMENT WITH PROJECTED FINANCIAL

04:12PM  22    STATEMENTS AND SOME HANDWRITING ON IT.

04:12PM  23          THE COURT MAY RECALL IT FROM THE PRIOR TRIAL.

04:12PM  24          THE COURT CONDITIONALLY ADMITTED THE EXHIBIT SUBJECT TO --

04:12PM  25    IT CONDITIONALLY ADMITTED IT.

04:12PM   1          DURING THE EXAMINATION OF LISA PETERSON, WHO WAS THE

04:12PM   2     WITNESS WITH PERSONAL KNOWLEDGE OF THE DOCUMENT, THE GOVERNMENT

04:12PM   3     SHOWED HER EXHIBIT 1853, THE FIRST PAGE OF WHICH HAS THE SAME

04:12PM   4     BATES NUMBER.

04:12PM   5          THE COURT:  RIGHT.

04:12PM   6          MR. LEACH:  BUT WE USED A DIFFERENT EXHIBIT.

04:12PM   7     I JUST WOULD LIKE THE COURT TO ADVISE THE JURY THAT

04:12PM   8     WHATEVER THE CONDITIONS ON 4859 HAVE BEEN SATISFIED, AND WE

04:12PM   9     WOULD LIKE TO HAVE THAT DESCRIBED TO THE JURY BEFORE THE

04:12PM  10     GOVERNMENT RESTS.

04:12PM  11          THE COURT:  THANK YOU.

04:12PM  12          MR. COOPERSMITH:  YOUR HONOR, I'M JUST STANDING UP

04:12PM  13     BECAUSE THAT WAS A WITNESS THAT I HAD --

04:12PM  14          THE COURT:  YES.

04:13PM  15          MR. COOPERSMITH:  -- EARLIER IN THE TRIAL.  SO THANK

04:13PM  16     YOU.

04:13PM  17     WHAT MR. LEACH IS PROPOSING SOUNDS FINE.  I WOULD JUST

04:13PM  18     LIKE A CHANCE TO LOOK AT THE EXHIBIT AND SEE IT.

04:13PM  19          THE COURT:  SURE.

04:13PM  20          MR. COOPERSMITH:  I HAVE NO REASON TO DOUBT WHAT

04:13PM  21     MR. LEACH IS SAYING.

04:13PM  22     BUT IF WE COULD JUST ADVISE MR. LEACH AND THE COURT --

04:13PM  23          THE COURT:  WELL, YOU'RE GOING TO -- THIS IS ANOTHER

04:13PM  24     AGENDA ITEM FOR YOUR MEET AND CONFER AND ON FRIDAY WE'LL TALK

04:13PM  25     ABOUT IT.

6157

04:13PM  1                MR. COOPERSMITH:  THAT SOUNDS GOOD.

04:13PM  2                THE COURT:  OKAY.  GREAT.  THANKS FOR THE HEADS UP.

04:13PM  3                MR. LEACH:  I APPRECIATE IT.

04:13PM  4                THE COURT:  ALL RIGHT.

04:13PM  5           (COURT ADJOURNED AT 4:13 P.M.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                         CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076
17

18         _____
19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595
20

21         DATED:  MAY 18, 2022

22

23

24

25