1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )
6                                     )   CR-18-00258-EJD
                    PLAINTIFF,        )
7                                     )   SAN JOSE, CALIFORNIA
              VS.                     )
8                                     )   MAY 20, 2022
    RAMESH "SUNNY" BALWANI,           )
9                                     )   VOLUME 32
                    DEFENDANT.        )
10   _____ )   PAGES 6158 - 6417

11

12                TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13                UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                               KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
              (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22   OFFICIAL COURT REPORTER:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                         CERTIFICATE NUMBER 8074

24
              PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2    FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                              BY:  MOLLY MCCAFFERTY
 3                                 SHAWN ESTRADA
                              THE ORRICK BUILDING
 4                            405 HOWARD STREET
                              SAN FRANCISCO, CALIFORNIA 94105

 5
                              BY:  JEFFREY COOPERSMITH
 6                                 AARON BRECHER
                                   AMANDA MCDOWELL
 7                            701 FIFTH AVENUE, SUITE 5600
                              SEATTLE, WASHINGTON 98104
 8
                              BY:  STEPHEN CAZARES
 9                            77 SOUTH FIGUEROA STREET, SUITE 3200
                              LOS ANGELES, CALIFORNIA 90017
10
                              BY:  AMY WALSH
11                            51 W 52ND STREET
                              NEW YORK, NEW YORK 10019
12

13    ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                              BY:  MADDI WACHS, PARALEGAL
14                                 SARA SLATTERY, PARALEGAL

15                            ORRICK, HERRINGTON & SUTCLIFFE
                              JENNIFER CYGNOR, PARALEGAL
16
                              PROLUMINA
17                            BY:  CHRISTIAN TIEDEMANN
                              2200 SIXTH AVENUE, SUITE 425
18                            SEATTLE, WASHINGTON 98121

19                            UNITED STATES POSTAL INSPECTION SERVICE
                              BY:  CHRISTOPHER MCCOLLOW
20
                              FEDERAL BUREAU OF INVESTIGATION
21                            BY:  MARIO C. SCUSSEL

22                            UNITED STATES FOOD & DRUG
                              ADMINISTRATION
23                            BY:  GEORGE SCAVDIS

24

25
```

1

INDEX OF PROCEEDINGS

2

GOVERNMENT'S:

3

4   **BRIAN GROSSMAN**

CROSS-EXAM BY MS. WALSH (RES.)         P. 6166

5   REDIRECT EXAM BY MR. LEACH             P. 6302

6

7   DEFENDANT'S:

8   **TRACY WOOTEN**

DIRECT EXAM BY MR. COOPERSMITH         P. 6344

9   CROSS-EXAM BY MR. SCHENK               P. 6372
    REDIRECT EXAM BY MR. COOPERSMITH       P. 6403

10  RECROSS-EXAM BY MR. SCHENK             P. 6410
    FURTHER REDIRECT BY MR. COOPERSMITH    P. 6411

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF EXHIBITS

IDENT.        EVIDENCE

GOVERNMENT'S

| | IDENT. | EVIDENCE |
|---|---|---|
| 4052 | | 6179 |
| 4063 | | 6174 |
| 4088 | | 6244 |
| 4089 | | 6245 |
| 4093 | | 6277 |
| 4859 | | 6320 |
| 1049 | | 6375 |

DEFENDANT'S

| | IDENT. | EVIDENCE |
|---|---|---|
| 7353 | | 6168 |
| 7358 | | 6172 |
| 7376 | | 6185 |
| 7378 | | 6190 |
| 7388 | | 6201 |
| 7387 | | 6203 |
| 7390 | | 6204 |
| 7391 | | 6206 |
| 14002 | | 6225 |
| 7400 | | 6228 |
| 7397 | | 6232 |
| 20662 | | 6235 |
| 7493, REDACTED | | 6238 |
| 14054 | | 6255 |
| 14001 | | 6258 |
| 14057 | | 6260 |
| 14029 | | 6263 |
| 14055 | | 6265 |
| 13720A | | 6269 |
| 14072 | | 6293 |
| 7411 | | 6296 |

6162

```
 1    SAN JOSE, CALIFORNIA                    MAY 20, 2022

 2                     P R O C E E D I N G S

 3         (COURT CONVENED AT 9:38 A.M.)

 4         (JURY IN AT 9:38 A.M.)

 5            THE COURT:  GOOD MORNING, LADIES AND GENTLEMEN.

 6    THANK YOU AGAIN FOR YOUR COURTESY.

 7         LET'S GO ON THE RECORD IN THE BALWANI MATTER.  ALL COUNSEL

 8    ARE PRESENT.  MR. BALWANI IS PRESENT.

 9         OUR JURY IS PRESENT SAVE FOR JUROR NUMBER 2.

10         LADIES AND GENTLEMEN, BEFORE WE START, LET ME ASK YOU THAT

11    QUESTION THAT I POSE TO YOU.

12         DURING THE BREAK SINCE WE HAVE LAST SEEN YOU, HAVE ANY OF

13    YOU HAD CAUSE, OCCASION, TO LEARN ANYTHING, DISCUSS, READ OR

14    OTHERWISE DISCOVER ANYTHING ABOUT THIS CASE?  IF SO, WOULD YOU

15    PLEASE RAISE YOUR HAND.

16         I SEE NO HANDS.  THANK YOU AGAIN FOR THAT.

17         LADIES AND GENTLEMEN, I DO WANT TO INFORM YOU OF

18    SOMETHING.  IT APPEARS THAT YOU -- AT YOUR TIME HERE IN COURT

19    PREVIOUSLY, YOU MAY HAVE BEEN EXPOSED TO AN INDIVIDUAL WHO

20    TESTED POSITIVE FOR COVID LAST NIGHT.

21         NOW, FIRST OF ALL, LET ME ASK, IS ANYONE HERE FEELING

22    SYMPTOMATIC?  ANY OF OUR JURORS FEELING ANY SYMPTOMS?

23         AND WHEN I SAY "SYMPTOMATIC," I THINK THAT'S IN THE COMMON

24    CULTURE AND KNOWLEDGE NOW, RUNNING FEVERISH, COUGH, ANYTHING

25    LIKE THAT THAT WOULD GIVE IN ANY WAY AN INDICATION THAT YOU
```

09:40AM 1      MIGHT BE OTHER THAN WELL.

09:40AM 2              IF SO, WOULD YOU PLEASE RAISE YOUR HAND.

09:40AM 3              I SEE NO HANDS.

09:40AM 4              THANK YOU, LADIES AND GENTLEMEN.

09:40AM 5              I'VE DISCUSSED WITH COUNSEL THIS SITUATION.  AND WE HAVE,

09:40AM 6      OF COURSE, TURNED TO THE CDC GUIDELINES THAT DO GIVE US, ALL OF

09:40AM 7      US, INSTRUCTION ON PRECAUTIONS WE SHOULD TAKE AND ALSO

09:40AM 8      PROTOCOLS WE SHOULD FOLLOW IN REGARDS TO THESE SITUATIONS.

09:40AM 9              AFTER LOOKING AT THE PROTOCOLS AND DISCUSSING THIS WITH

09:40AM 10     COUNSEL, IT DOES APPEAR THAT WE CAN PROCEED WITH OUR TRIAL

09:40AM 11     TODAY BASED ON THE TIMING.

09:40AM 12             AGAIN, AS I SAID, THE POSITIVE TEST WAS LAST NIGHT.  AND

09:40AM 13     THE GUIDELINES DO ALLOW US THEN AND DO INDICATE THAT WE COULD

09:40AM 14     PROCEED WITHOUT ANYTHING FURTHER THIS MORNING.

09:41AM 15             THAT'S WHAT I INTEND TO DO AFTER DISCUSSING THIS WITH

09:41AM 16     COUNSEL.  THAT'S WHAT WE WOULD LIKE TO DO.

09:41AM 17             IN THAT VEIN THEN, WHAT I WILL DO AT THIS TIME, IS I AM

09:41AM 18     GOING TO EXCUSE JUROR NUMBER 2.  JUROR NUMBER 2 WILL BE

09:41AM 19     EXCUSED.

09:41AM 20             ANY OBJECTION TO THAT, COUNSEL?

09:41AM 21             MR. SCHENK:  NO, YOUR HONOR.

09:41AM 22             MR. COOPERSMITH:  NO, YOUR HONOR.  I DEFER TO THE

09:41AM 23     COURT.

09:41AM 24             THE COURT:  ALL RIGHT.  AND THAT MEANS THAT OUR NEXT

09:41AM 25     ALTERNATE, WHO IS ALTERNATE NUMBER 3, ALTERNATE NUMBER 3 WILL

09:41AM 1     BE MOVED TO REPLACE JUROR NUMBER 2 IN THE 12 JURORS SEATED.  SO

09:41AM 2     WE'LL MAKE THAT CHANGE NOW.

09:41AM 3          I ALSO WANT YOU TO KNOW, LADIES AND GENTLEMEN, THAT WE ARE

09:41AM 4     GOING TO PROVIDE YOU -- FIRST OF ALL, EACH OF YOU WILL GET A

09:41AM 5     COPY.  I'VE MADE COPIES, MY COURTROOM DEPUTY HAS MADE COPIES OF

09:41AM 6     THE CDC GUIDELINES FOR YOU, AND WE'LL GIVE YOU -- SHE'LL

09:41AM 7     PROVIDE A HARD COPY FOR YOU SOME TIME LATER TODAY FOR YOUR

09:41AM 8     REVIEW.

09:42AM 9          WE'RE ALSO GOING TO GIVE YOU TESTS, AND WE'LL SUPPLY YOU

09:42AM 10    AT THE END OF THE DAY, TESTS THAT -- TAKE-HOME TESTS THAT YOU

09:42AM 11    CAN TAKE.

09:42AM 12         PLEASE RECALL THAT AFTER TODAY OUR NEXT SESSION TOGETHER

09:42AM 13    WILL BE A WEEK FROM TODAY, FRIDAY.  AND WHAT I'M GOING TO ASK

09:42AM 14    YOU TO DO IS DURING THE NEXT WEEK, IF YOU COULD, PERHAPS

09:42AM 15    MID-WEEK OR LATER, PERHAPS WEDNESDAY OR THURSDAY, IF YOU COULD

09:42AM 16    JUST CONTACT MY COURTROOM DEPUTY AND JUST GIVE HER ANY UPDATES

09:42AM 17    ABOUT YOUR HEALTH OR ANY CHANGE IN YOUR HEALTH CONDITION, THAT

09:42AM 18    WOULD BE HELPFUL FOR US.

09:42AM 19         OR IN THE INTERIM, IF ANYTHING DEVELOPS WITH YOU, PLEASE

09:42AM 20    LET US KNOW AND KEEP US INFORMED ABOUT THAT.

09:42AM 21         SO WE'LL PROCEED TODAY.  AFTER DISCUSSING WITH COUNSEL,

09:42AM 22    WE'RE GOING TO FINISH WITH MR. GROSSMAN'S TESTIMONY THIS

09:42AM 23    MORNING.  HE'S ON CROSS-EXAMINATION.  THERE MAY BE REDIRECT.

09:43AM 24         AND THEN WE'LL FOLLOW TO SEE IF THERE'S ANY OTHER

09:43AM 25    WITNESSES THAT THE GOVERNMENT HAS.  IT MAY BE THAT IF THEY

6165

09:43AM  1    REST, THEN WE'LL MOVE INTO THE DEFENSE CASE, IF THERE IS ONE.

09:43AM  2        I SHOULD TELL YOU, ALL OF THIS MEANS THAT WE'LL PROBABLY

09:43AM  3    BREAK BEFORE 4:00 O'CLOCK TODAY.  THAT'S MY SENSE OF IT.

09:43AM  4        (SNEEZE.)

09:43AM  5        (LAUGHTER.)

09:43AM  6        THE COURT:  YOU KNOW, I SHOULD TELL YOU, IN THE

09:43AM  7    COURTROOM, TIMING IS EVERYTHING.  GOD BLESS.

09:43AM  8        (LAUGHTER.)

09:43AM  9        THE COURT:  ALL RIGHT.

09:43AM  10   COUNSEL, ANYTHING FURTHER BEFORE WE --

09:43AM  11        MR. SCHENK:  NO.  THANK YOU.

09:43AM  12        MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

09:43AM  13        THE COURT:  ALL RIGHT.  THANK YOU THEN.

09:43AM  14   LET'S CALL MR. GROSSMAN BACK, PLEASE.

09:44AM  15   THANK YOU.  GOOD MORNING, SIR.

09:44AM  16   PLEASE HAVE A SEAT, AND AGAIN, MAKE YOURSELF COMFORTABLE.

09:44AM  17   WHEN YOU ARE COMFORTABLE, SIR, WOULD YOU JUST PLEASE STATE

09:44AM  18   YOUR NAME AGAIN.

09:44AM  19        THE WITNESS:  YES.  BRIAN, B-R-I-A-N, GROSSMAN,

09:44AM  20   G-R-O-S-S-M-A-N.

09:44AM  21        THE COURT:  THANK YOU.

09:44AM  22        **(GOVERNMENT'S WITNESS, BRIAN GROSSMAN, WAS PREVIOUSLY**

09:44AM  23   **SWORN.)**

09:44AM  24        THE COURT:  MS. WALSH.

09:44AM  25        MS. WALSH:  THANK YOU, YOUR HONOR.

09:44AM  1          MAY I APPROACH THE BENCH?

09:44AM  2               THE COURT:  YES.

09:45AM  3               MS. WALSH:  AND MAY I APPROACH THE WITNESS?

09:45AM  4               THE COURT:  YES.

09:45AM  5               MS. WALSH:  (HANDING.)

09:45AM  6                    **CROSS-EXAMINATION (RESUMED)**

09:45AM  7     BY MS. WALSH:

09:45AM  8     Q.   ALL RIGHT.  WELCOME BACK, MR. GROSSMAN.

09:45AM  9     A.   THANK YOU.

09:45AM 10     Q.   I WANT TO DIRECT YOUR ATTENTION THIS MORNING TO WHEN YOU

09:45AM 11     FIRST HEARD OF THERANOS.

09:45AM 12          AND I JUST GAVE YOU A BINDER OF DOCUMENTS.  IF YOU COULD

09:45AM 13     TURN IN THAT BINDER TO EXHIBIT 7353.

09:46AM 14     A.   OKAY.

09:46AM 15     Q.   OKAY.  THAT'S AN EMAIL, IS IT NOT, BETWEEN YOU AND TWO OF

09:46AM 16     YOUR TEAM MEMBERS THAT YOU TESTIFIED ABOUT ON WEDNESDAY; IS

09:46AM 17     THAT RIGHT?

09:46AM 18     A.   THE TOP PART IS.

09:46AM 19          I THINK THE LOWER PART IS BETWEEN AN INDIVIDUAL, WHO IS

09:46AM 20     NOT PART OF PFM, AND MY BUSINESS PARTNER.  IT'S THE BEGINNING

09:46AM 21     OF THE CHAIN, YEAH.

09:46AM 22     Q.   RIGHT.

09:46AM 23          AND THAT'S MR. JAMES; IS THAT RIGHT?

09:46AM 24     A.   MR. JAMES IS MY BUSINESS PARTNER, AND THEN THOMAS LAFFONT

09:46AM 25     WOULD BE THE INDIVIDUAL WHO WAS NOT APART OF PFM.  THAT'S THE

09:46AM  1    BEGINNING OF THE EMAIL CHAIN.

09:46AM  2    Q.   RIGHT.

09:46AM  3         AND IN YOUR PROCESS OF GATHERING INFORMATION ABOUT

09:46AM  4    THERANOS, DID YOU COMMUNICATE WITH YOUR TEAM MEMBERS AND OTHER

09:46AM  5    PEOPLE OUTSIDE OF PFM BY EMAIL?

09:46AM  6    A.   YES.

09:46AM  7    Q.   OKAY.  AND WAS THAT A REGULAR PART OF HOW PFM COMMUNICATED

09:46AM  8    WITH EACH OTHER IN GATHERING INFORMATION ABOUT COMPANIES?

09:47AM  9    A.   IT COULD BE, YES.

09:47AM 10    Q.   THAT WAS ONE OF THE WAYS THAT YOU COMMUNICATED; RIGHT?

09:47AM 11    A.   IT -- INTERNALLY, YEAH, WE WOULD OFTEN USE EMAIL.  IT'S

09:47AM 12    NOT ALWAYS THE BEST, MOST CONVENIENT, BUT, YEAH, EMAILS

09:47AM 13    INTERNALLY.

09:47AM 14         AND THEN, YOU KNOW, OFTENTIMES ANALYSTS WILL REACH OUT TO

09:47AM 15    SOMEONE AND POTENTIALLY ASK ABOUT A PARTICULAR COMPANY OR --

09:47AM 16    YOU KNOW, THAT'S VERY NORMAL.

09:47AM 17    Q.   SO EMAIL WAS ONE OF THE WAYS THAT YOU COMMUNICATED ABOUT

09:47AM 18    COMPANIES THAT YOU WERE TRYING --

09:47AM 19    A.   YES.

09:47AM 20    Q.   -- THINKING ABOUT INVESTING IN?

09:47AM 21    A.   YES.

09:47AM 22    Q.   OKAY.  AND IT WAS IMPORTANT IN THOSE EMAILS TO BE ACCURATE

09:47AM 23    ABOUT THE INFORMATION YOU WERE COMMUNICATING; RIGHT?

09:47AM 24    A.   YES.

09:47AM 25    Q.   AND THOSE EMAILS WERE PRESERVED BY PFM SO THEY COULD BE

09:47AM  1    REFERRED TO LATER; IS THAT RIGHT?

09:47AM  2    A.   I BELIEVE WE HAVE A DOCUMENT RETENTION POLICY THAT IS

09:47AM  3    DRIVEN BY THE REGULATORY GUIDELINES FOR REGISTERED INVESTMENT

09:47AM  4    ADVISORS, YES.

09:47AM  5    Q.   SO THE EMAILS WERE PRESERVED?

09:48AM  6    A.   YES.

09:48AM  7             MS. WALSH:  YOUR HONOR, WE OFFER 7353.

09:48AM  8             MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:48AM  9             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:48AM 10        (DEFENDANT'S EXHIBIT 7353 WAS RECEIVED IN EVIDENCE.)

09:48AM 11             MS. WALSH:  GREAT.  I THINK IT'S UP ON THE SCREEN

09:48AM 12    NOW.

09:48AM 13    Q.   SO IF WE GO TO THE BOTTOM EMAIL, YOU MENTIONED

09:48AM 14    MR. LAFFONT; CORRECT?

09:48AM 15    A.   YES.

09:48AM 16    Q.   AND WHO IS MR. LAFFONT?

09:48AM 17    A.   HE'S AN INVESTMENT PROFESSIONAL AT ANOTHER FIRM.

09:48AM 18    Q.   OKAY.  AND HE WAS FORWARDING TO MR. JAMES THE THERANOS

09:48AM 19    WEBSITE.

09:48AM 20        DO YOU SEE THAT?

09:48AM 21    A.   YES.

09:48AM 22    Q.   AND WHAT MR. LAFFONT SAID IS "LET ME KNOW ASAP IF THIS

09:48AM 23    PRIVATE COMPANY IS OF INTEREST TO YOU."

09:48AM 24        DO YOU SEE THAT?

09:48AM 25    A.   I DO.

09:48AM   1      Q.   AND THEN HE SAYS, "ONE OF THE MOST IMPRESSIVE BOARDS I'VE

09:48AM   2      EVER SEEN."

09:48AM   3           DO YOU SEE THAT?

09:48AM   4      A.   YES.

09:48AM   5      Q.   AND YOU CAME TO LEARN THAT THERANOS'S BOARD CONTAINED

09:49AM   6      PROMINENT BUSINESS PEOPLE; IS THAT FAIR?

09:49AM   7      A.   YES.

09:49AM   8      Q.   AND ONE OF THOSE PEOPLE WAS DON LUCAS; RIGHT?

09:49AM   9      A.   I BELIEVE HE WAS A BOARD MEMBER, YES.

09:49AM  10      Q.   AND MR. LUCAS WAS THE CHAIR OF THE BOARD AT ORACLE;

09:49AM  11      CORRECT?

09:49AM  12      A.   I DON'T KNOW THAT.

09:49AM  13      Q.   YOU DON'T?

09:49AM  14      A.   I DON'T REALLY KNOW -- I VAGUELY REMEMBER DON LUCAS BEING

09:49AM  15      INVOLVED WITH THE COMPANY, BUT I DON'T KNOW WHO HE IS.  I DON'T

09:49AM  16      KNOW REALLY ANYTHING ABOUT HIM.

09:49AM  17      Q.   OKAY.  ANOTHER BOARD MEMBER WAS WILLIAM FRIST.  WERE YOU

09:49AM  18      AWARE OF THAT?

09:49AM  19      A.   I WAS AVAILABLE -- I WAS FAMILIAR WITH MR. FRIST, WHO WAS

09:49AM  20      THE SENATE MAJORITY LEADER WHEN HE WAS A U.S. SENATOR FROM

09:49AM  21      TENNESSEE.

09:49AM  22      Q.   OKAY.  AND HE WAS ALSO A MEDICAL DOCTOR, WAS HE NOT?

09:49AM  23      A.   YEAH, I BELIEVE HE WAS A -- YES, YES.

09:49AM  24      Q.   OKAY.  AND ANOTHER BOARD MEMBER WAS RICHARD KOVACEVICH.

09:50AM  25           DO YOU REMEMBER HIM BEING A BOARD MEMBER?

09:50AM 1     A.   I DO.

09:50AM 2     Q.   AND HE WAS THE CEO OF WELLS FARGO; CORRECT?

09:50AM 3     A.   I THINK HE MIGHT HAVE BEEN RETIRED AT THAT POINT, BUT I

09:50AM 4     THINK HE WAS A FORMER CEO OF WELLS FARGO.

09:50AM 5     Q.   OKAY.  AND SO MR. JAMES IN THIS EMAIL FORWARDS THE EMAIL

09:50AM 6     TO YOU.

09:50AM 7          DO YOU SEE THAT IN THE MIDDLE?

09:50AM 8     A.   YES, I DO.

09:50AM 9     Q.   AND MR. JAMES SAYS "WOULD YOU SAY SEE"; RIGHT?

09:50AM 10    A.   YES.

09:50AM 11    Q.   AND THEN YOU FORWARD THE EMAIL TO YOUR -- TO YOUR TWO TEAM

09:50AM 12    MEMBERS, MR. KHANNA AND DR. RABODZEY; RIGHT?

09:50AM 13    A.   YES.

09:50AM 14    Q.   AND YOU ASK "EITHER OF YOU HEARD OF THIS COMPANY?"

09:50AM 15         RIGHT?

09:50AM 16    A.   YES.

09:50AM 17    Q.   AND MR. KHANNA SAYS, "NO BUT LOOKS VERY INTERESTING."

09:51AM 18         CORRECT?

09:51AM 19    A.   YES.

09:51AM 20    Q.   AND WE CAN TAKE THAT DOWN.  THANK YOU.

09:51AM 21         THE FIRST MEETING THAT YOU HAD WITH ANYONE FROM THERANOS

09:51AM 22    WAS IN DECEMBER OF 2013; IS THAT RIGHT?

09:51AM 23    A.   THAT'S CORRECT.

09:51AM 24    Q.   AND AT THAT POINT IN TIME YOU KNEW THAT THERANOS HAD

09:51AM 25    ANNOUNCED A PARTNERSHIP WITH WALGREENS; RIGHT?

09:51AM  1    A.   THAT'S CORRECT.

09:51AM  2    Q.   AND THAT ANNOUNCEMENT HAD OCCURRED IN SEPTEMBER 2013;

09:51AM  3    RIGHT?

09:51AM  4    A.   I BELIEVE THAT'S RIGHT.

09:51AM  5    Q.   OKAY.  AND THEN LATER IN THE FALL, THERANOS OPENED ITS

09:51AM  6    FIRST PATIENT SERVICE CENTER INSIDE WALGREENS; CORRECT?

09:51AM  7    A.   YES.

09:51AM  8    Q.   AND THEN LATER ON IN THE FALL IT OPENED TWO OTHER STORES

09:51AM  9    IN ARIZONA; IS THAT RIGHT?

09:51AM  10   A.   I BELIEVE THAT'S RIGHT.

09:51AM  11   Q.   SO IF YOU COULD, MR. GROSSMAN, TURN TO EXHIBIT 7358 IN

09:51AM  12   YOUR BINDER.

09:51AM  13        DO YOU SEE THAT?

09:51AM  14   A.   I -- YES.

09:52AM  15   Q.   AND IS THAT ANOTHER EMAIL CHAIN WITH YOUR TEAM MEMBERS

09:52AM  16   ABOUT THERANOS AND ITS RELATIONSHIP WITH WALGREENS?

09:52AM  17   A.   DO YOU MIND IF I JUST READ THE --

09:52AM  18   Q.   NOT AT ALL.

09:52AM  19   A.   OKAY.

09:52AM  20        (PAUSE IN PROCEEDINGS.)

09:52AM  21           THE WITNESS:  OKAY.

09:52AM  22   BY MS. WALSH:

09:52AM  23   Q.   AND THIS EMAIL CHAIN IS IN NOVEMBER OF 2013; RIGHT?

09:52AM  24   A.   YES.

09:52AM  25   Q.   AND THAT'S PRIOR TO YOUR FIRST MEETING WITH THERANOS; IS

09:52AM 1       THAT CORRECT?

09:52AM 2       A.   YES.

09:52AM 3               MS. WALSH:  YOUR HONOR, WE OFFER 7358.

09:52AM 4               MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:52AM 5               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:52AM 6          (DEFENDANT'S EXHIBIT 7358 WAS RECEIVED IN EVIDENCE.)

09:52AM 7       BY MS. WALSH:

09:52AM 8       Q.   OKAY.  JUST TURNING TO THE BOTTOM OF THE EMAIL CHAIN, IT

09:52AM 9       STARTS WITH AN EMAIL FROM YOU TO DR. RABODZEY AND MR. KHANNA,

09:53AM 10      AND THE SUBJECT LINE IS, IS THIS SOMETHING WE SHOULD WORK UP ON

09:53AM 11      THE PRIVATE SIDE?

09:53AM 12         DO YOU SEE THAT?

09:53AM 13      A.   I DO, YES.

09:53AM 14      Q.   AND YOU FORWARD THE WEBSITE FOR THERANOS; RIGHT?

09:53AM 15      A.   YES.

09:53AM 16      Q.   AND MR. KHANNA REPLIES TO YOU, "YES, VERY GOOD FEEDBACK

09:53AM 17      FROM WALGREENS."

09:53AM 18         DO YOU SEE THAT?

09:53AM 19      A.   YES, WAG BEING THE STOCK TICKER FOR WALGREENS, YES.

09:53AM 20      Q.   YES.  THANK YOU.

09:53AM 21         WAG STANDS FOR WALGREENS; CORRECT?

09:53AM 22      A.   YEAH.

09:53AM 23      Q.   AND YOU THEN ASK IN RESPONSE, "WHAT DID THEY SAY?  HOW

09:53AM 24      WILL IT FIT IN WALGREENS'S BUSINESS GOING FORWARD?  WHAT DOES

09:53AM 25      IT MEAN FOR LH."

GROSSMAN CROSS BY MS. WALSH (RES.)

09:53AM  1            AND THAT'S LABCORP; RIGHT?

09:53AM  2      A.   YES.

09:53AM  3      Q.   AND "/DGX," THAT'S QUEST; CORRECT?

09:53AM  4      A.   YES.

09:53AM  5      Q.   AND "LONGER TERM?"

09:53AM  6            DO YOU SEE THAT?

09:53AM  7      A.   I DO.

09:53AM  8      Q.   AND LABCORP AND QUEST WERE TWO MAJOR PLAYERS IN THE LAB

09:54AM  9      BUSINESS; CORRECT?

09:54AM  10     A.   YES.

09:54AM  11     Q.   AND SO THEY WERE COMPETITORS OF THERANOS; CORRECT?

09:54AM  12     A.   YES.

09:54AM  13     Q.   AND THEN GOING UP THE CHAIN, MR. KHANNA REPLIES WITH

09:54AM  14     WALGREENS COLON?

09:54AM  15            AND THEN HE QUOTES A PARAGRAPH.

09:54AM  16            DO YOU SEE THAT PARAGRAPH?

09:54AM  17     A.   I DO.

09:54AM  18     Q.   AND THAT PARAGRAPH IS A QUOTE FROM AN ANALYST; CORRECT?

09:54AM  19     A.   THAT'S NOT CORRECT.

09:54AM  20     Q.   OKAY.  WHAT IS THAT QUOTE FROM?

09:54AM  21     A.   IT'S A QUOTE FROM SOMEONE THAT WOULD -- I GUESS THEIR

09:54AM  22     TITLE WOULD BE INSTITUTIONAL SALESPERSON.

09:54AM  23            SO THEIR JOB IS TO -- THEY'RE SORT OF LIKE A STOCKBROKER

09:54AM  24     TO INSTITUTIONAL ASSET MANAGERS BY PFM.  AND THEY'RE KIND OF A

09:54AM  25     LIAISON BETWEEN THE RESEARCH DEPARTMENT AND CLIENTS LIKE US.

09:54AM   1        AND SO THEY WILL OFTEN PARAPHRASE, AND THEY'LL OFTEN SORT

09:55AM   2    OF PUT THEIR OWN -- WRITE THEIR OWN DESCRIPTION OF RESEARCH

09:55AM   3    THAT THE FIRM IN THIS CASE, I THINK IT'S NOT LISTED HERE, BUT I

09:55AM   4    THINK IT'S COWEN, AND THEY'LL PUT THEIR OWN PERSPECTIVE,

09:55AM   5    THEY'LL EDIT THE RESEARCH THAT COMES OUT, AND THAT'S WHAT I

09:55AM   6    BELIEVE THIS PARAGRAPH IS.

09:55AM   7    Q.   OKAY.  AND SO WHAT MR. KHANNA IS QUOTING IS COWEN'S VIEW

09:55AM   8    AND RESEARCH REGARDING WALGREENS; IS THAT RIGHT?

09:55AM   9    A.   NOT QUITE.  IT'S ACTUALLY THIS ONE INDIVIDUAL'S VIEW OF

09:55AM  10    HIS INTERPRETATION OF WHAT THE ANALYST -- I THINK THE

09:55AM  11    ANALYST -- THIS IS PROBABLY MORE INFORMATION.

09:55AM  12        BUT THERE'S A MORNING MEETING THAT TYPICALLY HAPPENS, AND

09:55AM  13    THE ANALYST WILL GET ON AND SAY SOME THINGS, AND IT'S A BIG

09:55AM  14    NETWORK OF PEOPLE THAT CAN LISTEN.

09:55AM  15        AND THEN THE INDIVIDUAL THAT WROTE THIS, WROTE IN HIS OWN

09:55AM  16    WORDS, I BELIEVE, WHAT HIS TAKEAWAYS FROM THAT VERBAL

09:56AM  17    DESCRIPTION OR SOMETHING ALONG THOSE LINES.

09:56AM  18        SO IT WAS -- THAT INDIVIDUAL IS NOT NAMED IN THIS EMAIL,

09:56AM  19    BUT IT'S HIS WORDS.

09:56AM  20    Q.   AND THAT INDIVIDUAL IS SOMEONE FROM WALGREENS; IS THAT

09:56AM  21    CORRECT?

09:56AM  22    A.   NO, THAT'S NOT CORRECT.  THAT WOULD BE SOMEONE FROM COWEN,

09:56AM  23    WHICH IS THE INVESTMENT BANK THAT CHARLES RHYEE WORKS FOR.

09:56AM  24    Q.   OKAY.

09:56AM  25    A.   IT WOULD BE A COLLEAGUE OF CHARLES RHYEE.

09:56AM 1    Q.   OKAY.  AND MR. KHANNA IS RELAYING MR. RHYEE'S TAKEAWAY

09:56AM 2    FROM THAT; IS THAT RIGHT?

09:56AM 3    A.   YEAH, I MEAN -- YES.  BUT HE'S RELAYING THIS OTHER

09:56AM 4    INDIVIDUAL'S DESCRIPTION OF MR. RHYEE'S COMMENTS, YES.

09:56AM 5    Q.   SO THE ANSWER IS YES?

09:56AM 6    A.   YES.

09:56AM 7    Q.   OKAY.  AND SO WHAT HE SAYS IS, "RHYEE REMAINS BULLISH POST

09:56AM 8    MARKETING WITH THE IR TEAM."

09:56AM 9         AND IR STANDS FOR INVESTOR RELATIONS?

09:56AM 10   A.   YES, THAT'S EXACTLY RIGHT.

09:56AM 11   Q.   OKAY.  "SEVERAL UPDATES IN THE NOTE BUT PERHAPS MOST

09:57AM 12   INTERESTING IS THEIR EXPANSION INTO DIAGNOSTICS WITH THERANOS."

09:57AM 13        THAT'S REFERRING TO WALGREENS'S EXPANSION INTO DIAGNOSTICS

09:57AM 14   WITH THERANOS; CORRECT?

09:57AM 15   A.   YES.

09:57AM 16   Q.   "WE THINK IT WOULD BE A GAME CHANGER AND PLAYS INTO OUR

09:57AM 17   THESIS OF THE COMMUNITY PHARMACY BECOMING A DESTINATION FOR

09:57AM 18   BROADER ARRAY OF HEALTH CARE SERVICES.  THERANOS IS UNIQUE

09:57AM 19   GIVEN THEIR ABILITY TO RUN THE VAST MAJORITY OF STANDARD BLOOD

09:57AM 20   TESTS FROM A MUCH SMALLER SAMPLE OF BLOOD THAT CAN BE COLLECTED

09:57AM 21   FROM A FINGER PRICK BUT PERHAPS MORE IMPORTANTLY, PRICING IS

09:57AM 22   50 PERCENT OF MEDICARE."

09:57AM 23        DID I READ THAT ACCURATELY?

09:57AM 24   A.   YOU DID, VERY ACCURATELY.

09:57AM 25   Q.   AND THEN IF WE GO UP THE CHAIN, IT'S AN EMAIL FROM YOU,

09:57AM 1    YOUR REACTION TO THAT TO YOUR TEAM MEMBERS SAYING "WOWZER.

09:57AM 2    THAT'S QUITE AN ENDORSEMENT."

09:57AM 3         CORRECT?

09:57AM 4    A.   YES.

09:58AM 5    Q.   AND THAT ENDORSEMENT, WAS AN ENDORSEMENT BY MR. RHYEE; IS

09:58AM 6    THAT RIGHT?

09:58AM 7    A.   WELL, I THINK I'LL MAYBE GIVE MY PERSPECTIVE ON WHAT THAT

09:58AM 8    PARAGRAPH IS REFERRING TO.

09:58AM 9         I THINK, I THINK IT'S REALLY THE IR TEAM FROM WALGREENS.

09:58AM 10   SO IT'S THE WALGREENS -- I DON'T KNOW WHO FROM WALGREENS -- WHO

09:58AM 11   WAS -- MARKETING HERE REFERS TO THE IDEA THAT CHARLES RHYEE WAS

09:58AM 12   TAKING THE WALGREENS IR TEAM IN TO MEET WITH INVESTORS, LIKE

09:58AM 13   FIDELITY, JP MORGAN, YOU KNOW, STATE STREET.

09:58AM 14        AND IN THOSE MEETINGS, THE IR TEAM FROM WALGREENS WAS VERY

09:58AM 15   POSITIVE ABOUT THE THERANOS TECHNOLOGY, AND IT WAS PART OF A

09:58AM 16   BROADER STRATEGY THAT WALGREENS HAD TO TURN THEIR PHARMACIES

09:58AM 17   INTO MORE OF A SITE FOR DELIVERING HEALTH CARE OR A BROADER

09:58AM 18   STRATEGY.

09:58AM 19        SO HE'S REALLY REFERRING TO THE -- WHAT I'M REFERRING TO

09:59AM 20   IS THE IR TEAM FROM WALGREENS IS PUBLICLY MAKING POSITIVE

09:59AM 21   STATEMENTS ABOUT THERANOS.  THAT'S REALLY WHAT THE -- SORRY FOR

09:59AM 22   ALL OF THE EXCESS LANGUAGE, BUT, YEAH.

09:59AM 23   Q.   OKAY.  SO THE ENDORSEMENT THAT IS IN THIS EMAIL THAT WAS

09:59AM 24   WRITTEN BY THAT -- THAT WORD WAS WRITTEN BY YOU, YOU WERE

09:59AM 25   REFERRING TO THE ENDORSEMENT BY THE IR TEAM WITHIN WALGREENS;

| | | |
|---|---|---|
| 09:59AM | 1 | IS THAT RIGHT? |
| 09:59AM | 2 | A.   CORRECT, CORRECT. |
| 09:59AM | 3 | Q.   OKAY.  AND WALGREENS WAS A COMPANY THAT PFM WAS FAMILIAR |
| 09:59AM | 4 | WITH, WASN'T IT? |
| 09:59AM | 5 | A.   YES. |
| 09:59AM | 6 | Q.   PFM HAD OWNED STOCK IN WALGREENS AT VARIOUS POINTS IN |
| 09:59AM | 7 | TIME; IS THAT RIGHT? |
| 09:59AM | 8 | A.   THAT IS RIGHT. |
| 09:59AM | 9 | Q.   AND SO PFM WAS GETTING -- WOULD GET ANALYST REPORTS |
| 09:59AM | 10 | REGARDING WALGREENS; RIGHT? |
| 09:59AM | 11 | A.   YES. |
| 09:59AM | 12 | Q.   AND YOUR TEAM PERFORMED RESEARCH ON WALGREENS AS PART OF |
| 10:00AM | 13 | THEIR JOB; RIGHT? |
| 10:00AM | 14 | A.   WE HAD ONE INDIVIDUAL IN OUR TEAM THAT WAS RESPONSIBLE FOR |
| 10:00AM | 15 | THE SECTOR THAT WALGREENS WAS PART OF, WHICH WAS THE RETAIL |
| 10:00AM | 16 | PHARMACY SECTOR. |
| 10:00AM | 17 | AND SO THAT INDIVIDUAL WAS THE ONE WHO WAS RESPONSIBLE FOR |
| 10:00AM | 18 | JUST BASICALLY KEEPING TRACK OF THAT INDUSTRY, INCLUDING |
| 10:00AM | 19 | WALGREENS AND CVS AND RITE AID, AND EVEN SOME OF THE BIG |
| 10:00AM | 20 | RETAILERS LIKE TARGET THAT HAVE RETAIL PHARMACY OPERATIONS. |
| 10:00AM | 21 | Q.   SO THAT ONE PERSON KEPT TRACK OF AND DID HIS OWN RESEARCH |
| 10:00AM | 22 | ON WALGREENS; IS THAT RIGHT? |
| 10:00AM | 23 | A.   YES. |
| 10:00AM | 24 | Q.   OKAY.  AND SO PFM HAD SOME BASIC UNDERSTANDING ABOUT |
| 10:00AM | 25 | WALGREENS OPERATIONS; IS THAT FAIR? |

10:00AM  1    A.   YES.

10:00AM  2    Q.   AND YOU KNEW THAT WALGREENS WAS AN EXPERIENCED RETAILER;

10:00AM  3    RIGHT?

10:00AM  4    A.   YES.

10:00AM  5    Q.   IT HAD A POWERFUL BRAND; CORRECT?

10:00AM  6    A.   YES.

10:00AM  7    Q.   IT HAD A LARGE NATIONAL FOOTPRINT; CORRECT?

10:00AM  8    A.   YES.

10:00AM  9    Q.   AND IT HAD SIGNIFICANT EXPERIENCE IN RETAIL OPERATIONS; IS

10:00AM  10   THAT RIGHT?

10:00AM  11   A.   YES.

10:00AM  12   Q.   SO IT WAS A POSITIVE FACT FOR THERANOS, THAT WALGREENS WAS

10:01AM  13   PARTNERING WITH THERANOS; IS THAT FAIR?

10:01AM  14   A.   YES.

10:01AM  15   Q.   AND THAT WAS A FACTOR ULTIMATELY IN YOUR DECISION TO

10:01AM  16   INVEST, WAS IT NOT?

10:01AM  17   A.   YES.

10:01AM  18   Q.   IF YOU COULD TURN TO 4052 IN YOUR BINDER.

10:01AM  19        DO YOU SEE THAT?

10:01AM  20   A.   YEAH, I DO.

10:01AM  21   Q.   OKAY.  IS THIS ANOTHER EMAIL BETWEEN YOU AND MR. KHANNA --

10:01AM  22   A.   YES.

10:01AM  23   Q.   -- REGARDING RESEARCH ON THERANOS?

10:02AM  24   A.   UM, I MEAN, IT'S REGARDING THERANOS.  IT'S -- YES.

10:02AM  25             MS. WALSH:  YOUR HONOR, WE OFFER 4052.

10:02AM  1          MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:02AM  2          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:02AM  3          (GOVERNMENT'S EXHIBIT 4052 WAS RECEIVED IN EVIDENCE.)

10:02AM  4   BY MS. WALSH:

10:02AM  5   Q.   OKAY.  AND, MR. GROSSMAN, YOU ARE ASKING MR. KHANNA IF

10:02AM  6   THERE'S ANYTHING WALGREENS OR OTHERS HAVE SAID ABOUT THERANOS

10:02AM  7   THAT CAN HELP YOU PREPARE FOR YOUR MEETING WITH THERANOS;

10:02AM  8   CORRECT?

10:02AM  9   A.   IPV JUST WANTED TO ADD PUBLICLY, LIKE WHAT PUBLIC

10:02AM  10  STATEMENTS HAVE THEY MADE ABOUT THERANOS.

10:02AM  11         BUT, YES, I AGREE.

10:02AM  12  Q.   OKAY.  WHAT PUBLIC STATEMENTS THEY HAVE MADE ABOUT

10:02AM  13  THERANOS; RIGHT?

10:02AM  14  A.   CORRECT.

10:02AM  15  Q.   AND MR. KHANNA RESPONDS WITH "LH-" THAT'S LABCORP; RIGHT?

10:02AM  16  A.   YES.

10:02AM  17  Q.   "THEY THINK THE TECHNOLOGY DOES NOT WORK.  MENU VERY

10:02AM  18  LIMITED COMPARED TO LH," WHICH IS LABCORP, "AND DGX," WHICH IS

10:03AM  19  QUEST; RIGHT?

10:03AM  20  A.   YES.

10:03AM  21  Q.   DO YOU SEE THAT?

10:03AM  22  A.   YES, I DO, YES.

10:03AM  23  Q.   "COST OF DISTRIBUTION TO TESTING CENTERS IS HIGH."

10:03AM  24         DO YOU SEE THAT?

10:03AM  25  A.   I DO SEE THAT, YES.

10:03AM 1    Q.   "HOW DO U GET PATIENT REFERRALS INTO THE WAG STORE TO GET

10:03AM 2    BLOOD DRAWN.  STORE IN PALO ALTO IS NOT FUNCTIONAL."

10:03AM 3         DO YOU SEE THAT?

10:03AM 4    A.   YES, I DO SEE THAT.

10:03AM 5    Q.   "...NOT SURE IF THIS IS TRUE.  MOST DOCS HAVE A

10:03AM 6    PHLEBOTOMIST IN THEIR OFFICE AND ARE UNLIKELY TO ALLOW THIS

10:03AM 7    REVENUE LEAKAGE."

10:03AM 8         DO YOU SEE THAT?

10:03AM 9    A.   I DO.

10:03AM 10   Q.   AND JUST SKIPPING DOWN TO THE LAST LINE, "WAG -- THEY

10:03AM 11   THINK IT IS VERY EXCITING AND WILL LIKELY BUNDLE WITH THEIR

10:03AM 12   EXISTING PAYOR CONTRACTS."

10:03AM 13        DO YOU SEE THAT?

10:03AM 14   A.   I DO.

10:03AM 15   Q.   AND SO THIS WAS MR. KHANNA REACHING OUT TO HIS SOURCES TO

10:04AM 16   GET INFORMATION ABOUT THERANOS, ISN'T IT?

10:04AM 17            MR. LEACH:  OBJECTION, YOUR HONOR.  MISSTATES.

10:04AM 18            THE WITNESS:  I REALLY DON'T --

10:04AM 19            THE COURT:  EXCUSE ME, SIR.

10:04AM 20        SPECULATION, DID YOU SAY?

10:04AM 21            MR. LEACH:  SPECULATION AND MISSTATES WHAT THE

10:04AM 22   WITNESS SAID.

10:04AM 23            THE COURT:  I'LL SUSTAIN THE OBJECTION.  WHY DON'T

10:04AM 24   YOU ASK A DIFFERENT QUESTION.

10:04AM 25            MS. WALSH:  SURE, YOUR HONOR.

10:04AM  1    Q.   SO MR. KHANNA REACHED OUT TO LABCORP ACCORDING TO THIS

10:04AM  2    EMAIL; RIGHT?

10:04AM  3    A.   I DON'T BELIEVE THAT'S WHAT THIS EMAIL SAYS.

10:04AM  4    Q.   OKAY.  MR. KHANNA GOT INFORMATION ABOUT LABCORP; IS THAT

10:04AM  5    RIGHT?

10:04AM  6    A.   HE APPEARS TO HAVE FOUND SOMETHING THAT LABCORP HAS SAID

10:04AM  7    PUBLICLY ABOUT THIS COMPANY.  THAT WOULD BE MY INTERPRETATION.

10:04AM  8         BUT LIKE I SAID, I DON'T KNOW EXACTLY WHO HE SPOKE TO, HOW

10:04AM  9    HE ACQUIRED THIS INFORMATION.

10:04AM 10    Q.   OKAY.  BUT REGARDLESS OF HOW HE ACQUIRED IT, HE WAS

10:04AM 11    COMMUNICATING TO YOU INFORMATION THAT HE HAD RECEIVED ABOUT

10:04AM 12    THERANOS; IS THAT RIGHT?

10:04AM 13    A.   THAT DOES APPEAR TO BE RIGHT.

10:04AM 14    Q.   OKAY.  SO YOU TESTIFIED THAT YOUR FIRST MEETING AT

10:05AM 15    THERANOS WAS IN DECEMBER OF 2013; IS THAT RIGHT?

10:05AM 16    A.   YES.

10:05AM 17    Q.   AND THIS WAS AN INTRODUCTORY MEETING; CORRECT?

10:05AM 18    A.   YES.

10:05AM 19    Q.   YOU HAD DONE A LITTLE BIT OF RESEARCH ON THE INTERNET;

10:05AM 20    RIGHT?

10:05AM 21    A.   I BELIEVE THAT'S RIGHT.

10:05AM 22    Q.   BUT YOU HADN'T DONE KIND OF A FULL DUE DILIGENCE AT THAT

10:05AM 23    POINT IN TIME; IS THAT RIGHT?

10:05AM 24    A.   NO, WE DID NOT.

10:05AM 25    Q.   OKAY.  SO IT WAS KIND OF A GETTING-TO-KNOW-YOU MEETING

10:05AM  1    WITH MR. BALWANI AND MS. HOLMES; IS THAT RIGHT?

10:05AM  2    A.   I MEAN, WE WANTED TO HEAR THEIR STORY.

10:05AM  3    Q.   OKAY.  AND WHEN YOU HAD THAT MEETING IN DECEMBER, YOU

10:05AM  4    UNDERSTOOD AT THE TIME THAT THERANOS HAD ONLY A FEW STORES IN

10:05AM  5    WALGREENS; IS THAT RIGHT?

10:05AM  6    A.   YES.

10:05AM  7    Q.   A FEW PATIENT SERVICE CENTERS; CORRECT?

10:05AM  8    A.   YES.

10:05AM  9    Q.   OKAY.  THERE WAS ONE IN PALO ALTO; RIGHT?

10:05AM  10   A.   YES.

10:05AM  11   Q.   AND TWO IN ARIZONA; RIGHT?

10:06AM  12   A.   I BELIEVE THAT WAS -- THAT'S THE CASE, YES.

10:06AM  13   Q.   AND SO WHEN YOU MET, THEY HAD A TOTAL OF THREE PATIENT

10:06AM  14   SERVICE CENTERS IN ALL OF WALGREENS; IS THAT CORRECT?

10:06AM  15   A.   YES.

10:06AM  16   Q.   AND YOU LEARNED DURING THIS MEETING, DIDN'T YOU, THAT

10:06AM  17   THERANOS AND WALGREENS WERE TAKING A PHASED APPROACH TO THE

10:06AM  18   ROLLOUT; IS THAT RIGHT?

10:06AM  19   A.   WELL, I -- MY MEMORY OF THAT MEETING WAS THAT THEY WERE

10:06AM  20   GOING TO BE ROLLING OUT TO ALL OF THE 8100 STORES.  THEY HAD A

10:06AM  21   NATIONAL PLAN TO ROLL OUT NATIONALLY, AND THAT THE FIRST

10:06AM  22   MARKET, IF THAT'S THE PHASE, WOULD BE THE FIRST PHASE WOULD BE

10:06AM  23   IN THE PHOENIX MARKET.

10:06AM  24   Q.   OKAY.  SO LET ME -- MY QUESTION WAS NOT CLEAR.

10:06AM  25        YOU LEARNED DURING THAT MEETING THAT THE FIRST PHASE OF

10:06AM   1    THE ROLLOUT WAS GOING TO BE BASED ON A HUB AND SPOKE MODEL; IS

10:07AM   2    THAT CORRECT?

10:07AM   3    A.   I DON'T REMEMBER SPECIFICALLY IF WE TALKED ABOUT THAT IN

10:07AM   4    THE FIRST MEETING.

10:07AM   5         BUT WHAT I DO REMEMBER ABOUT THE FIRST MEETING WAS THAT

10:07AM   6    THEY HIGHLIGHTED THE 8100 WALGREENS STORES, THE NEED TO MOVE

10:07AM   7    QUICKLY AND ROLL THIS OUT NATIONALLY, AND THE FACT THAT THEY

10:07AM   8    WERE ACTUALLY USING THEIR PROPRIETARY TECHNOLOGY AT THAT POINT

10:07AM   9    IN TIME IN WALGREENS ON ACTUAL HUMANS AND HUMANS, AND THEY WERE

10:07AM  10    GETTING REIMBURSED FOR THAT.

10:07AM  11    Q.   SO WHETHER YOU LEARNED IT IN THE DECEMBER MEETING OR

10:07AM  12    LATER, AT SOME POINT YOU LEARNED THAT THEY WERE USING A HUB AND

10:07AM  13    SPOKE MODEL IN THE FIRST PHASE OF THE ROLLOUT; IS THAT CORRECT?

10:07AM  14    A.   YES.

10:07AM  15    Q.   AND THAT FIRST PHASE, THE HUB AND SPOKE MODEL INVOLVED

10:07AM  16    COLLECTING SAMPLES AT WALGREENS; RIGHT?

10:07AM  17    A.   YES.

10:07AM  18    Q.   AND SHIPPING THOSE SAMPLES TO THERANOS; RIGHT?

10:07AM  19    A.   YES.

10:07AM  20    Q.   AND TESTING THOSE SAMPLES IN THE THERANOS LAB; CORRECT?

10:07AM  21    A.   YES.

10:07AM  22    Q.   LIKE YOU WOULD DO IN A CENTRAL LAB; RIGHT?

10:08AM  23    A.   YES.

10:08AM  24    Q.   OKAY.  AND THAT THE THERANOS DEVICES WERE NOT GOING TO BE

10:08AM  25    IN THE WALGREENS STORES; IS THAT RIGHT?

10:08AM 1    A.   THAT IS RIGHT.

10:08AM 2    Q.   OKAY.  AND YOU ALSO LEARNED AT SOME POINT THAT THERE WAS

10:08AM 3    GOING TO BE A SECOND PHASE TO THE ROLLOUT; RIGHT?

10:08AM 4    A.   YES.

10:08AM 5    Q.   AND THAT SECOND PHASE WOULD INVOLVE PUTTING THE DEVICES

10:08AM 6    THEMSELVES IN THE WALGREENS STORES; RIGHT?

10:08AM 7    A.   YES.

10:08AM 8    Q.   AND YOU LEARNED ABOUT THAT TWO PHASED APPROACH FROM EITHER

10:08AM 9    MS. HOLMES OR MR. BALWANI, OR BOTH; IS THAT FAIR?

10:08AM 10   A.   YES.

10:08AM 11   Q.   OKAY.  AND YOU LEARNED THAT THE DEVICES WERE NOT GOING TO

10:08AM 12   BE IN THE WALGREENS STORES FROM THEM; IS THAT RIGHT?

10:08AM 13   A.   I'M SORRY.  CAN YOU BE A LITTLE MORE SPECIFIC.

10:08AM 14   Q.   YOU LEARNED THAT THE DEVICES WERE NOT GOING TO BE IN THE

10:08AM 15   WALGREENS STORES IN PHASE I FROM MS. HOLMES AND MR. BALWANI; IS

10:08AM 16   THAT RIGHT?

10:08AM 17   A.   YES, THAT IS CORRECT.

10:08AM 18   Q.   AND YOU ALSO LEARNED THAT DURING THE RETAIL ROLLOUT,

10:09AM 19   THERANOS WAS GOING TO PUT A PAUSE ON ANY PROJECTS IT WAS DOING

10:09AM 20   WITH THE MILITARY; IS THAT RIGHT?

10:09AM 21   A.   NO.

10:09AM 22   Q.   YOU LEARNED THAT THEY WERE PUTTING A PAUSE ON

10:09AM 23   PHARMACEUTICAL STUDIES DURING AT LEAST THE INITIAL PHASE OF THE

10:09AM 24   ROLLOUT, DIDN'T YOU?

10:09AM 25   A.   MAYBE YOU COULD BE SPECIFIC IN TERMS OF WHAT DID THE

10:09AM   1    INITIAL PHASE MEAN.

10:09AM   2    Q.   THE PHASE I OF THE ROLLOUT?

10:09AM   3    A.   NO, THAT WASN'T REALLY OUR UNDERSTANDING.

10:09AM   4    Q.   OKAY:  OKAY.  BUT YOU KNEW DURING THIS ROLLOUT, YOU KNEW

10:09AM   5    THAT YOU HAD EXPERIENCE WITH WALGREENS, AND WALGREENS HAD

10:09AM   6    EXPERIENCE IN RETAIL; RIGHT?

10:09AM   7    A.   YES.

10:09AM   8    Q.   AND YOU ALSO KNEW THAT THERANOS HAD NO EXPERIENCE IN

10:10AM   9    RETAIL; CORRECT?

10:10AM   10   A.   YES.

10:10AM   11   Q.   ALL RIGHT.  NEXT, I WANT TO TALK ABOUT INFORMATION THAT

10:10AM   12   YOU LEARNED AFTER THE DECEMBER 2013 MEETING.

10:10AM   13       SO IF YOU CAN TURN TO EXHIBIT 7376.

10:10AM   14       DO YOU HAVE THAT IN FRONT OF YOU?

10:10AM   15   A.   I DO, YEAH.

10:10AM   16   Q.   AND IS THAT ANOTHER EMAIL BETWEEN YOU AND YOUR TEAM

10:10AM   17   MEMBERS, MR. KHANNA AND DR. RABODZEY, ABOUT THERANOS?

10:11AM   18   A.   YES, IT IS.

10:11AM   19           MS. WALSH:  YOUR HONOR, WE OFFER EXHIBIT 7376.

10:11AM   20           MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:11AM   21           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:11AM   22       (DEFENDANT'S EXHIBIT 7376 WAS RECEIVED IN EVIDENCE.)

10:11AM   23   BY MS. WALSH:

10:11AM   24   Q.   OKAY.  SO THE SUBJECT LINE OF THIS IS THERANOS-COMMENTS ON

10:11AM   25   WALGREENS CALL.

10:11AM   1          DO YOU SEE THAT?

10:11AM   2     A.   I DO.

10:11AM   3     Q.   AND THE DATE OF THE EMAIL IS DECEMBER 20TH, 2013; RIGHT?

10:11AM   4     A.   YES.

10:11AM   5     Q.   OKAY.  AND THIS WAS COMMENTS THAT MR. KHANNA WAS RELAYING

10:11AM   6     ABOUT A WALGREENS EARNINGS CALL; IS THAT RIGHT?

10:11AM   7     A.   I MEAN, THESE ARE HIS -- THESE ARE STATEMENTS THAT

10:11AM   8     WALGREENS MADE ON THIS QUARTERLY -- COMPANIES HAVE THESE

10:11AM   9     QUARTERLY CONFERENCE CALLS, ALMOST ALL OF THEM DO, AND THEY

10:11AM  10     MAKE STATEMENTS, PREPARED STATEMENTS, AND THEN THEY ANSWER

10:11AM  11     QUESTIONS.

10:11AM  12          SO I BELIEVE THAT THIS EMAIL IS HIS NOTES FROM LISTENING

10:11AM  13     TO THE WALGREENS CALL, WHICH UNFORTUNATELY, THESE CALLS HAPPEN

10:11AM  14     VERY EARLY IN THE MORNING OUT HERE, SO THAT'S WHY IT'S 6:13 IN

10:12AM  15     THE MORNING.

10:12AM  16     Q.   OKAY.  SO THESE WERE MR. KHANNA'S NOTES OF THE EARNINGS

10:12AM  17     CALL THAT HE WAS RELAYING TO YOU; RIGHT?

10:12AM  18     A.   YES.

10:12AM  19     Q.   AND WHAT HE SAYS IS -- OR WHAT HE'S RELAYING TO YOU THAT

10:12AM  20     WALGREENS SAID DURING THE CALL --

10:12AM  21     A.   YES.

10:12AM  22     Q.   -- IS THAT "WE ARE VERY POSITIVE ON THERANOS, IT IS HALF

10:12AM  23     THE COST OF MEDICARE REIMBURSEMENT.

10:12AM  24          "DISRUPTIVE TECHNOLOGY.

10:12AM  25          "WE HAVE ASSETS, HEALTH CARE PROFESSIONALS, LOCATION AND

GROSSMAN CROSS BY MS. WALSH (RES.)

| | | |
|---|---|---|
| 10:12AM | 1 | CAN PLAY A MEANINGFUL ROLE IN HEALTH CARE." |
| 10:12AM | 2 | DO YOU SEE THAT? |
| 10:12AM | 3 | A.  I DO. |
| 10:12AM | 4 | Q.  "BETTER PATIENT EXPERIENCE." |
| 10:12AM | 5 | RIGHT? |
| 10:12AM | 6 | A.  YES. |
| 10:12AM | 7 | Q.  "HIGHEST STANDARD OF CARE." |
| 10:12AM | 8 | CORRECT? |
| 10:12AM | 9 | A.  YES. |
| 10:12AM | 10 | Q.  AND "BETTER, FASTER AND CHEAPER." |
| 10:12AM | 11 | DO YOU SEE THAT? |
| 10:12AM | 12 | A.  I DO. |
| 10:12AM | 13 | Q.  AND LOOK -- IF WE COULD PULL UP -- WE CAN TAKE THAT DOWN |
| 10:12AM | 14 | AND PULL UP 1360, WHICH IS IN EVIDENCE. |
| 10:13AM | 15 | AND WE SAW ON WEDNESDAY, THIS WAS AN EMAIL FROM MR. JAMES; |
| 10:13AM | 16 | RIGHT? |
| 10:13AM | 17 | A.  YES. |
| 10:13AM | 18 | Q.  AND THIS IS -- THE BOTTOM EMAIL IS DECEMBER 19TH, 2013; |
| 10:13AM | 19 | CORRECT? |
| 10:13AM | 20 | A.  YES. |
| 10:13AM | 21 | Q.  AND MR. JAMES IS EMAILING ELIZABETH HOLMES; RIGHT? |
| 10:13AM | 22 | A.  YES. |
| 10:13AM | 23 | Q.  AND THIS WAS AFTER YOUR MEETING WITH THERANOS IN DECEMBER |
| 10:13AM | 24 | OF 2013; RIGHT? |
| 10:13AM | 25 | A.  YES. |

10:13AM   1     Q.   SO HERE IT IS PFM THAT IS REACHING OUT TO THERANOS; IS

10:13AM   2     THAT CORRECT?

10:13AM   3     A.   YES, HE IS EMAILING MS. HOLMES.

10:13AM   4     Q.   RIGHT.

10:13AM   5          AND THIS REFLECTS AFTER THE MEETING THAT MR. JAMES REACHED

10:14AM   6     OUT TO MS. HOLMES; CORRECT?

10:14AM   7     A.   YES.

10:14AM   8     Q.   IT WASN'T THERANOS REACHING OUT TO PFM; RIGHT?

10:14AM   9     A.   THAT'S CORRECT.

10:14AM  10     Q.   SO IT WASN'T THERANOS PUTTING ANY PRESSURE AT THAT POINT

10:14AM  11     IN TIME ON THERANOS -- ON PFM TO INVEST IN THERANOS; RIGHT?

10:14AM  12     A.   THAT'S CORRECT.

10:14AM  13     Q.   OKAY.  AND MS. HOLMES RESPONDS, "CHRIS.

10:14AM  14          "THANKS FOR THIS NOTE AND YOUR COMMENTS BELOW.

10:14AM  15          "WE'RE INTERESTED IN TAKING THE NEXT STEPS."

10:14AM  16          AND SHE ASKED ABOUT SIZE OF THE INVESTMENT.

10:14AM  17          DO YOU SEE THAT?

10:14AM  18     A.   YES, I DO.

10:14AM  19     Q.   OKAY.  AND MR. JAMES SAYS, "WE WILL FOLLOW UP WITH DUE

10:14AM  20     DILIGENCE QUESTIONS AND A CALL WITH SUNNY WHEN IT WORKS."

10:14AM  21          AND THEN HE TALKS ABOUT SIZE AND BEING FLEXIBLE ABOUT

10:14AM  22     THAT.

10:14AM  23          DO YOU SEE THAT?

10:14AM  24     A.   I DO.

10:14AM  25     Q.   OKAY.  AND AT THIS POINT IN TIME, YOU HAD NOT MADE ANY

10:14AM  1    INVESTMENT DECISIONS YET, HAD YOU?

10:14AM  2    A.   NO, WE HAD NOT.

10:14AM  3    Q.   OKAY.  YOU WERE JUST KIND OF STARTING THE PROCESS; RIGHT?

10:14AM  4    A.   IT'S KIND OF AN AWKWARD DANCE THAT HAPPENS ON PRIVATE

10:15AM  5    DEALS WHERE THEY SORT OF WANT TO KNOW WHAT YOU INVEST BECAUSE

10:15AM  6    THEY HAVE OTHER INVESTORS THAT ARE TYPICALLY ALSO INTERESTED,

10:15AM  7    AND SO THEY TRY TO START TO GET A SENSE OF WHOSE -- WHO WANTS

10:15AM  8    TO INVEST WHAT INTO THE ROUND, BUT NO -- IT'S NOT -- NOTHING IS

10:15AM  9    KIND OF FINALIZED OR OFFICIAL AT THIS POINT.

10:15AM  10        WE HAD JUST -- WE HADN'T EVEN REALLY STARTED OUR WORK YET.

10:15AM  11   Q.   SO YOU HAD JUST STARTED YOUR PROCESS; IS THAT RIGHT?

10:15AM  12   A.   I BELIEVE, YEAH, BETWEEN THE FIRST MEETING AND THE SECOND

10:15AM  13   MEETING WE WERE JUST KIND OF STARTING TO RAMP UP.

10:15AM  14        BUT, YOU KNOW, IT'S THE HOLIDAYS AND PEOPLE ARE TIRED.

10:15AM  15   YOU KNOW, WE DIDN'T DO MUCH AT THE END OF DECEMBER.  WE TRY TO

10:15AM  16   GIVE PEOPLE A LITTLE BIT OF A BREAK.

10:15AM  17   Q.   SO YOU JUST HAD STARTED YOUR PROCESS; IS THAT CORRECT?

10:15AM  18   A.   YEAH.

10:15AM  19   Q.   OKAY.  AND YOU TALK ABOUT YOU WANTED TO AT THIS POINT GET

10:15AM  20   ADDITIONAL INFORMATION TO KIND OF START TO DIG INTO THERANOS;

10:15AM  21   IS THAT FAIR?

10:15AM  22   A.   YES.

10:15AM  23   Q.   OKAY.  AND YOU'RE HAVING A DIALOGUE ABOUT PUTTING TOGETHER

10:16AM  24   A LIST OF DUE DILIGENCE QUESTIONS; IS THAT RIGHT?

10:16AM  25   A.   I BELIEVE THAT WAS ONE OF THE NEXT THINGS THAT WE DID,

10:16AM 1    YES.

10:16AM 2    Q.   OKAY.  AND PULLING TOGETHER A DUE DILIGENCE TEAM; CORRECT?

10:16AM 3    A.   YES.

10:16AM 4    Q.   AND THAT'S A PRETTY STANDARD APPROACH YOU WOULD TAKE TO

10:16AM 5    INVESTING IN A PRIVATE COMPANY, ISN'T IT?

10:16AM 6    A.   IT IS, YES.

10:16AM 7    Q.   AND THE DUE DILIGENCE TEAM THAT YOU PUT TOGETHER, THAT

10:16AM 8    CONSISTED OF THE GENTLEMAN WE SPOKE ABOUT ON WEDNESDAY, AND WE

10:16AM 9    HAVE SEEN IN THESE EMAILS, MR. KHANNA, AND DR. RABODZEY, AND

10:16AM 10   MR. JAMES, AND OTHERS; IS THAT RIGHT?

10:16AM 11   A.   YES.

10:16AM 12   Q.   IF YOU COULD TURN TO 7378 IN YOUR BINDER.

10:17AM 13       SO THIS IS AN EMAIL CHAIN ON DECEMBER 24TH, 2013, AND IT'S

10:17AM 14   WITH MR. KHANNA AND MR. RABODZEY.

10:17AM 15       DO YOU SEE THAT?

10:17AM 16   A.   I DO, YES.

10:17AM 17   Q.   AND YOU SEE THE DATE; RIGHT?

10:17AM 18   A.   YES.

10:17AM 19   Q.   OKAY.  AND IS THIS ANOTHER EMAIL CHAIN IN CONNECTION WITH

10:17AM 20   DOING YOUR RESEARCH ON THERANOS?

10:17AM 21   A.   YES.

10:17AM 22           MS. WALSH:  YOUR HONOR, WE OFFER 7378.

10:17AM 23           MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:17AM 24           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:17AM 25       (DEFENDANT'S EXHIBIT 7378 WAS RECEIVED IN EVIDENCE.)

BY MS. WALSH:

Q.   SO IF WE GO DOWN TO THE BOTTOM EMAIL, THE FIRST ONE IS
FROM YOU, MR. GROSSMAN.

     DO YOU SEE THAT?

A.   I DO.

Q.   AND IT'S TO MR. KHANNA AND DR. RABODZEY; RIGHT?

A.   RIGHT.

Q.   AND YOU TELL THEM, "WE HAVE THE GREEN LIGHT TO MOVE
FORWARD."

     RIGHT?

A.   YES.

Q.   "THEY WANT A LIST OF DUE DILIGENCE QUESTIONS."

     CORRECT?

A.   YES.

Q.   AND YOU ASK THEM, "CAN U EACH PUT TOGETHER A LIST AND WE
CAN MERGE INTO 1 EMAIL WHICH WE CAN REVIEW BEFORE SENDING OFF
TO THE COMPANY."

     CORRECT?

A.   THAT'S CORRECT.

Q.   OKAY.  SO YOU'RE GOING TO WORK TOGETHER AS A TEAM TO PUT
TOGETHER QUESTIONS AND GET ANSWERS TO THOSE QUESTIONS.

     IS THAT FAIR?

A.   YES.

Q.   AND MOVING UP THE CHAIN, DR. RABODZEY WRITES, "I AM
ACTUALLY ON MY WAY TO WALGREENS WHERE THE MACHINE IS, AND I

10:18AM   1    WILL HAVE A LIST OF QUESTIONS, BUT I WANTED TO SEE IF WE CAN

10:18AM   2    GET A BIT MORE DATA FROM THEM ON THE SYSTEM, OFFERING, SPECS,

10:18AM   3    ET CETERA."

10:18AM   4         DO YOU SEE THAT?

10:18AM   5    A.   I DO.

10:18AM   6    Q.   BUT YOU CAME TO LEARN THAT AT THIS POINT IN TIME THERANOS

10:18AM   7    MACHINES WERE NOT IN WALGREENS; RIGHT?

10:18AM   8    A.   YES.

10:18AM   9    Q.   OKAY.  AND THEN MR. KHANNA RESPONDS, "OK.

10:18AM   10        "DO THE TEST."

10:18AM   11        THAT'S TO DR. RABODZEY; RIGHT?

10:18AM   12   A.   YES.

10:18AM   13   Q.   OKAY.  AND THEN DR. RABODZEY RESPONDS, "THEY DON'T WORK

10:19AM   14   TODAY."

10:19AM   15        THAT'S REFERRING TO WALGREENS, RIGHT, OR THERANOS INSIDE

10:19AM   16   OF WALGREENS?

10:19AM   17   A.   I THINK IT'S PROBABLY IN REFERENCE TO THE THERANOS

10:19AM   18   COLLECTION CENTER IN THE WALGREENS STORE.

10:19AM   19   Q.   RIGHT.

10:19AM   20        "IT'S A WHOLE CENTER HERE.  I DID TALK TO THEM THOUGH, THE

10:19AM   21   WALGREENS PERSON SAID IT THE SAME COST, SAME ACCURACY, BUT

10:19AM   22   SMALLER SAMPLE -- LESS BLOOD?"

10:19AM   23        DO YOU SEE THAT?

10:19AM   24   A.   I DO.

10:19AM   25   Q.   "YOU NEED AN ORDER FROM YOUR DOCTOR TO GET THE TEST, CAN'T

10:19AM 1    JUST WALK IN AND GET IT."

10:19AM 2        DO YOU SEE THAT?

10:19AM 3    A.   I DO.

10:19AM 4    Q.   SO TESTING FROM THERANOS WAS UNAVAILABLE AT WALGREENS, AT

10:19AM 5    LEAST IN WALGREENS THAT PARTICULAR DAY; RIGHT?

10:19AM 6    A.   WELL, I BELIEVE THIS WAS CHRISTMAS EVE.

10:19AM 7    Q.   RIGHT.  SO IT WAS UNAVAILABLE; CORRECT?

10:19AM 8    A.   I THINK THERE'S A LOT OF THINGS ON CHRISTMAS EVE THAT ARE

10:19AM 9    PROBABLY NOT AS AVAILABLE, BUT, YEAH.

10:19AM 10   Q.   RIGHT.

10:20AM 11   A.   DR. RABODZEY, HE LIVED IN PALO ALTO, SO HE LIVED NEAR THE

10:20AM 12   WALGREENS.

10:20AM 13       SO I THINK IT WAS CONVENIENT FOR HIM.  HE HAD OBVIOUSLY,

10:20AM 14   UNLIKE ME, FINISHED HIS CHRISTMAS SHOPPING.

10:20AM 15       (LAUGHTER.)

10:20AM 16   BY MS. WALSH:

10:20AM 17   Q.   THEY YOU GO.

10:20AM 18       BUT HE WAS UNABLE TO GET A TEST; CORRECT?

10:20AM 19   A.   THAT'S CORRECT.

10:20AM 20   Q.   OKAY.  LET'S TURN TO 4063.

10:20AM 21   A.   OKAY.

10:20AM 22   Q.   DO YOU SEE 4063?

10:20AM 23   A.   I DO SEE 4063.

10:20AM 24   Q.   OKAY.  AND IS 4063 AN EMAIL CHAIN BETWEEN YOU AND YOUR

10:21AM 25   TEAM MEMBERS ABOUT THE DUE DILIGENCE AND OTHER QUESTIONS THAT

10:21AM   1    YOU MIGHT HAVE ABOUT THERANOS?

10:21AM   2    A.   IT IS.  IT APPEARS TO BE QUESTIONS THAT WERE FORMING IN

10:21AM   3    ADVANCE OF OUR NEXT MEETING, YES.

10:21AM   4    Q.   OKAY.

10:21AM   5         YOUR HONOR, WE OFFER 4063.

10:21AM   6              MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:21AM   7              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:21AM   8         (GOVERNMENT'S EXHIBIT 4063 WAS RECEIVED IN EVIDENCE.)

10:21AM   9    BY MS. WALSH:

10:21AM  10    Q.   OKAY.  IF WE CAN TURN TO THE FIRST EMAIL IN TIME.

10:21AM  11         THE INITIAL ONE IS FROM MR. KHANNA; RIGHT?

10:21AM  12    A.   YES.  WELL, THE INITIAL, YEAH.

10:21AM  13    Q.   DO YOU SEE THAT?

10:21AM  14    A.   YEAH.

10:21AM  15    Q.   AND MR. KHANNA LISTS A BUNCH OF DIFFERENT QUESTIONS IN

10:21AM  16    THIS EMAIL; RIGHT?

10:21AM  17    A.   YES.

10:22AM  18    Q.   OKAY.  AND JUST STARTING WITH A COUPLE OF THE ONES AT THE

10:22AM  19    TOP HE ASKS, "CAN YOU RUN THE TEST IN WALGREENS STORE -- POINT

10:22AM  20    OF CARE TESTING.  IF NO, THEN WHAT IS THE STUMBLING BLOCK TO

10:22AM  21    RUNNING THE SAMPLE IN THE STORE AND PROVIDING THE PATIENT WITH

10:22AM  22    RESULTS AT POINT OF CARE -- WHAT IS YOUR CAPABILITY OF DOING

10:22AM  23    ESOTERIC TESTING AND HOW WILL YOU ADD NEW TESTS."

10:22AM  24         DO YOU SEE THAT?

10:22AM  25    A.   I DO.

10:22AM    1    Q.   OKAY.  AND THEN ABOUT HALF WAY DOWN THAT PARAGRAPH THERE'S

10:22AM    2    A SENTENCE THAT STARTS, "THE COST OF."

10:22AM    3         HE WANTS TO ASK ABOUT THE COST OF GETTING SAMPLE TO

10:22AM    4    CENTRAL THERANOS PROCESSING CENTER IN TIME FOR TURN AROUND

10:22AM    5    RESULTS.

10:22AM    6         DO YOU SEE THAT?

10:22AM    7    A.   I DO.

10:22AM    8    Q.   AND THEN I'M NOT GOING TO READ EVERY SINGLE ONE OF THESE

10:22AM    9    QUESTIONS, BUT IF YOU SKIP DOWN TO THE FUTURE, UNDER THE FUTURE

10:22AM   10    HEADING, HE ASKS, "WHAT WILL THE ANALYZERS LOOK LIKE IN 2-3

10:22AM   11    YEARS -- HOW MANY TESTS DO U THINK YOU WILL OFFER."

10:23AM   12         MEANING HOW MANY TESTS WILL THERANOS OFFER; RIGHT?

10:23AM   13    A.   YES.

10:23AM   14    Q.   "HOW DO YOU GET NEW TEST, R&D SPENDING, ET CETERA."

10:23AM   15         DO YOU SEE THAT?

10:23AM   16    A.   I DO.

10:23AM   17    Q.   OKAY.  AND SO THAT'S MR. KHANNA JUST IDENTIFYING SOME DUE

10:23AM   18    DILIGENCE QUESTIONS; CORRECT?

10:23AM   19    A.   YES.

10:23AM   20    Q.   AND THEN IF WE GO UP THE CHAIN, DR. RABODZEY ALSO ASKS

10:23AM   21    SOME QUESTIONS.

10:23AM   22         DO YOU SEE THAT?

10:23AM   23    A.   I DO.

10:23AM   24    Q.   AND HE SAYS, "MY QUESTIONS ARE BELOW."

10:23AM   25         DO YOU SEE THAT?

10:23AM   1    A.   YES.

10:23AM   2    Q.   AND THERE'S A SENTENCE A FEW LINES DOWN FROM THAT SAYING,

10:23AM   3    "THERANOS HAS A LIMITED MENU OF TESTS."

10:23AM   4         DO YOU SEE THAT?

10:23AM   5    A.   YES.

10:23AM   6    Q.   "AND DOCS WILL HAVE PROBLEMS SENDING PATIENTS TO LH,"

10:23AM   7    WHICH IS LABCORP; RIGHT?

10:23AM   8    A.   YES.

10:23AM   9    Q.   "FOR ONE TEST AND TO THERANOS FOR ANOTHER."

10:24AM   10        DO YOU SEE THAT?

10:24AM   11   A.   YES.

10:24AM   12   Q.   OKAY.  AND THEN IF YOU SKIP DOWN TO THE PARAGRAPH STARTING

10:24AM   13   WITH "THE WAG PERSON TOLD ME."

10:24AM   14        DR. RABODZEY SAYS, "THE WAG PERSON TOLD ME TODAY THAT THE

10:24AM   15   ONLY REASON WHY SHE THINKS IT IS A BETTER TEST IS BECAUSE IT IS

10:24AM   16   A SMALLER VOLUME SAMPLE."

10:24AM   17        DO YOU SEE THAT?

10:24AM   18   A.   I DO.

10:24AM   19   Q.   "THIS IS NOT A DEAL BREAKER FOR MOST PATIENTS UNLESS THEY

10:24AM   20   ARE HEMOPHILIACS OR HAVE TO DO TESTS TWICE A WEEK.  I THINK IT

10:24AM   21   IS ALSO CRITICAL TO UNDERSTAND WHERE DO THEY MAKE MONEY --

10:24AM   22   THEIR TESTS ARE VERY CHEAP AND WE NEED TO UNDERSTAND THE MARGIN

10:24AM   23   ON THESE TESTS AND HOW MANY TESTS NEED TO BE RUN TO REALLY MAKE

10:24AM   24   MONEY HERE."

10:24AM   25        DO YOU SEE THAT?

10:24AM   1    A.   I DO SEE THAT.

10:24AM   2    Q.   "I WOULD BE CONCERNED THAT THERE A CENTER LIKE THAT MAY

10:24AM   3    NOT BE PROFITABLE IN LOCATIONS WHERE THERE IS A DGX," WHICH IS

10:24AM   4    QUEST; RIGHT?

10:24AM   5    A.   YES, THAT IS QUEST.

10:24AM   6    Q.   "AND AN LH LAB," THAT'S LABCORP; RIGHT?

10:24AM   7    A.   YES.

10:25AM   8    Q.   "NEARBY JUST BECAUSE YOU DON'T HAVE THE VOLUME TO COVER

10:25AM   9    COSTS."

10:25AM  10         DO YOU SEE THAT?

10:25AM  11    A.   YES.

10:25AM  12    Q.   AND DR. RABODZEY GOES ON TO SAY, "ADDITIONALLY, I FOUND

10:25AM  13    NEW PATENTS THAT MAY PREDATE THEIR IP, SO I AM NOT SURE THAT

10:25AM  14    THEY CAN ACTUALLY PROTECT THE VALUE THEY MAY CREATE."

10:25AM  15         DO YOU SEE THAT?

10:25AM  16    A.   I DO.

10:25AM  17    Q.   AND YOU BECAME AWARE, DIDN'T YOU, THAT THERANOS HELD

10:25AM  18    PATENTS ON ITS TECHNOLOGY?

10:25AM  19    A.   YES.

10:25AM  20    Q.   AND THEY WERE TRYING TO PROTECT THEIR IP; RIGHT?

10:25AM  21    A.   YES.

10:25AM  22    Q.   LIKE ANY OTHER TECHNOLOGY COMPANY; CORRECT?

10:25AM  23    A.   AND THEY HAD VERY POWERFUL BOARD MEMBERS, YES.

10:25AM  24    Q.   AND ALSO, IN YOUR INVESTMENT EXPERIENCE, HAVING IP AND

10:25AM  25    PATENTS, THAT WOULD CREATE VALUE IN A COMPANY, WOULDN'T IT?

10:25AM   1    A.   IT'S, I THINK, PART OF A -- YES, IT'S PART OF A BIGGER

10:25AM   2    QUESTION FROM AN INVESTMENT PERSPECTIVE THAT WE TRY TO ANSWER,

10:26AM   3    WHICH ARE WHAT ARE THE BARRIERS TO ENTRY?  YOU KNOW, WHAT

10:26AM   4    PREVENTS ANOTHER COMPANY FROM COMPETING WITH A NEW TECHNOLOGY

10:26AM   5    OR AN EXISTING TECHNOLOGY?

10:26AM   6         AND IN PARTS OF THE WORLD LIKE THE U.S., PATENTS ARE OFTEN

10:26AM   7    ONE OF THE IMPORTANT BARRIERS TO ENTRY, NOT THE ONLY BARRIER TO

10:26AM   8    ENTRY, SOMETIMES NOT THE MOST IMPORTANT BARRIER TO ENTRY, BUT

10:26AM   9    SOMETHING FOR ANY NEW TECHNOLOGY THAT WE WOULD WANT TO

10:26AM   10   UNDERSTAND.

10:26AM   11   Q.   SURE.

10:26AM   12        BUT JUST GENERALLY SPEAKING, HAVING IP AND PATENTS IN A

10:26AM   13   COMPANY SIGNIFIES VALUE IN THAT COMPANY AS YOU AS -- IN YOUR

10:26AM   14   INVESTMENT EXPERIENCE?

10:26AM   15   A.   I MEAN --

10:26AM   16             MR. LEACH:  CALLS FOR SPECULATION.

10:26AM   17             THE WITNESS:  I MEAN, TECHNICALLY YOU CAN GET A

10:26AM   18   PATENT --

10:26AM   19             THE COURT:  PARDON ME, MR. GROSSMAN.

10:26AM   20             MR. LEACH:  OBJECTION.  IT CALLS FOR SPECULATION.

10:26AM   21   702.

10:26AM   22             THE COURT:  ARE YOU ASKING ABOUT HIS EXPERIENCE AND

10:26AM   23   WHAT PATENT A PATENT PORTFOLIO MIGHT MEAN TO THAT DECISION?

10:26AM   24             MS. WALSH:  I AM, YOUR HONOR.  BUT I CAN MOVE ON TO

10:27AM   25   ANOTHER TOPIC.

10:27AM   1           THE COURT:  OKAY.  FINE.

10:27AM   2   BY MS. WALSH:

10:27AM   3   Q.   OKAY.  IF YOU COULD TURN, MR. GROSSMAN, TO EXHIBIT 7388.

10:27AM   4   A.   OKAY.

10:27AM   5   Q.   SO 7388 IS AN EMAIL FROM LISA GILL; CORRECT?

10:27AM   6   A.   YES.

10:27AM   7   Q.   AND WHO IS LISA GILL?

10:27AM   8   A.   LISA GILL IS AN ANALYST.  SHE'S WHAT WE WOULD CALL A SALE

10:27AM   9   SIDE ANALYST.  SHE WORKS FOR A BANK, IN THIS CASE JP MORGAN,

10:27AM  10   AND HER JOB IS TO PUBLISH RESEARCH ON COMPANIES THAT SHE IS

10:27AM  11   RESPONSIBLE FOR COVERING.

10:28AM  12       SHE'S THE ANALYST THAT IS RESPONSIBLE FOR THE RETAIL

10:28AM  13   PHARMACY INDUSTRY, THE DRUG WHOLESALERS.  I DON'T KNOW.  A

10:28AM  14   COUPLE OF OTHERS.

10:28AM  15       SO, SO HER JOB IS TO PUBLISH RESEARCH.  WE'RE CLIENTS OF

10:28AM  16   JP MORGAN'S.  WE HAVE -- WE RECEIVE THEIR RESEARCH.

10:28AM  17   Q.   OKAY.  AND MS. GILL, IN THIS EMAIL, IS FORWARDING YOU SOME

10:28AM  18   RESEARCH RELATED TO THERANOS; IS THAT CORRECT?

10:28AM  19   A.   I, I -- WOULD YOU LIKE ME TO READ?

10:28AM  20   Q.   IF I COULD DIRECT YOUR ATTENTION TO THE LAST BULLET ON

10:28AM  21   THAT PAGE.

10:28AM  22       DO YOU SEE THAT?

10:28AM  23   A.   YEAH.  MAYBE I COULD JUST HAVE A MINUTE TO JUST --

10:28AM  24   Q.   SURE.

10:28AM  25       (PAUSE IN PROCEEDINGS.)

10:28AM  1            THE WITNESS:  OKAY.

10:29AM  2   BY MS. WALSH:

10:29AM  3   Q.   HAVE YOU READ IT?

10:29AM  4   A.   I MEAN, I SKIMMED IT.  YEAH.  A LOT TO READ.

10:29AM  5   Q.   WELL, JUST THE LAST BULLET.  IT'S ABOUT FIVE LINES LONG.

10:29AM  6   A.   OH.

10:29AM  7            (PAUSE IN PROCEEDINGS.)

10:29AM  8            THE WITNESS:  OKAY.

10:29AM  9   BY MS. WALSH:

10:29AM 10   Q.   OKAY.  SO IS THIS MS. GILL FORWARDING YOU RESEARCH ABOUT

10:29AM 11   WALGREENS, AND THAT LAST BULLET RELATES TO THERANOS?

10:29AM 12   A.   YES.

10:30AM 13   Q.   OKAY.

10:30AM 14            YOUR HONOR, WE OFFER 7388.

10:30AM 15            MR. LEACH:  801, YOUR HONOR, IF THIS IS BEING --

10:30AM 16   801.  IF IT'S BEING OFFERED FOR A NONHEARSAY PURPOSE, I HAVE NO

10:30AM 17   OBJECTION.

10:30AM 18            MS. WALSH:  IT'S A NONHEARSAY PURPOSE.

10:30AM 19            THE COURT:  THE PURPOSE IS?

10:30AM 20            MS. WALSH:  INFORMING MR. GROSSMAN IN WHAT HE IS

10:30AM 21   LEARNING ABOUT THERANOS AT THE TIME, WHICH ULTIMATELY INFORMS

10:30AM 22   HIS INVESTMENT DECISION.

10:30AM 23            THE COURT:  BUT NOT FOR THE TRUTH OF WHAT IS

10:30AM 24   REPRESENTED HERE NOT FOR THE TRUTH OF THE INVESTMENT DECISION?

10:30AM 25            MS. WALSH:  JUST ALL OF THE DATA THAT HE IS

10:30AM   1    GATHERING IN HIS DUE DILIGENCE PROCESS.  WHETHER IT'S TRUE OR

10:30AM   2    NOT, IT'S THE INFORMATION THAT HE'S GATHERING, AND THAT

10:30AM   3    ULTIMATELY AFFECTS HIS INVESTMENT DECISION.

10:30AM   4            THE COURT:  OKAY.  LADIES AND GENTLEMEN, THIS WILL

10:30AM   5    BE ADMITTED, AGAIN, PREVIOUSLY AS I HAVE TOLD YOU ON MANY

10:31AM   6    ITEMS, NOT FOR THE TRUTH OF THE MATTER ASSERTED IN THE

10:31AM   7    DOCUMENT, BUT IT'S ADMITTED SOLELY FOR THE PURPOSE OF SHOWING

10:31AM   8    THE -- THIS WITNESS, MR. GROSSMAN'S, -THE INFORMATION THAT

10:31AM   9    MR. GROSSMAN RECEIVED PURSUANT TO THE TESTIMONY HERE.  FOR THAT

10:31AM  10    LIMITED PURPOSE, IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:31AM  11            (DEFENDANT'S EXHIBIT 7388 WAS RECEIVED IN EVIDENCE.)

10:31AM  12            MS. WALSH:  THANK YOU.

10:31AM  13    Q.   OKAY.  AND IF WE JUST GO DOWN TO THE LAST BULLET.

10:31AM  14         SO MS. GILL IS FORWARDING YOU RESEARCH ABOUT WALGREENS,

10:31AM  15    BUT THIS LAST BULLET RELATES TO THERANOS; IS THAT RIGHT?

10:31AM  16    A.   I MEAN, SHE -- I GET HUNDREDS OF EMAILS LIKE THIS A DAY.

10:31AM  17    I'M ON HER EMAIL DISTRIBUTION LIST.  SO, YOU KNOW, SHE'S NOT

10:31AM  18    FORWARDING IT TO ME.  I'M ON A DISTRIBUTION LIST THAT BLASTS

10:31AM  19    OUT THOUSANDS OF PEOPLE EVERY TIME SHE WRITES A RESEARCH

10:31AM  20    REPORT.

10:31AM  21    Q.   OKAY.  SO SHE'S SENDING IT TO YOU, NOT FORWARDING IT TO

10:32AM  22    YOU; IS THAT WHAT YOU'RE SAYING?

10:32AM  23    A.   YES.

10:32AM  24    Q.   OKAY.  AND WHAT SHE'S SENDING YOU IS HER RESEARCH ON

10:32AM  25    WALGREENS; RIGHT?

10:32AM 1      A.   THEY HAD WHAT APPEARS TO BE AN ANNUAL SHAREHOLDER MEETING,

10:32AM 2      WHICH EVERY COMPANY, PUBLIC COMPANY DOES, AND THESE APPEAR TO

10:32AM 3      BE HER NOTES FROM THE ANNUAL SHAREHOLDERS MEETING.

10:32AM 4      Q.   OKAY.  SO IT'S HER NOTES FROM THE SHAREHOLDER MEETING

10:32AM 5      ABOUT -- OF WALGREENS; RIGHT?

10:32AM 6      A.   YES.

10:32AM 7      Q.   AND THE LAST BULLET THAT YOU JUST READ RELATES TO

10:32AM 8      THERANOS; CORRECT?

10:32AM 9      A.   YES.

10:32AM 10     Q.   OKAY.  AND WHAT THAT LAST BULLET SAYS IS "MANAGEMENT

10:32AM 11     BELIEVES," AND "MANAGEMENT" REFERS TO WALGREENS; RIGHT?

10:32AM 12     A.   YES.

10:32AM 13     Q.   "MANAGEMENT BELIEVES THAT THE THERANOS RELATIONSHIP WILL

10:32AM 14     BE A GAME CHANGER.  THE COMPANY INDICATED THAT THE LAB MARKET

10:32AM 15     THEY ARE TARGETING IS VALUED AT APPROXIMATELY $60 BILLION.  THE

10:32AM 16     PILOT IN PHOENIX IS GOING WELL, AND THE COMPANY DOES HAVE PLANS

10:33AM 17     TO ROLL IT OUT MORE BROADLY, ALTHOUGH MANAGEMENT NOTED THAT IT

10:33AM 18     WOULD BE MEASURED AS IT WANTS TO GET IT RIGHT.  THE

10:33AM 19     RELATIONSHIP WITH THERANOS IS NOT EXCLUSIVE, BUT 'DEEPLY

10:33AM 20     PREFERRED.'"

10:33AM 21          DO YOU SEE THAT?

10:33AM 22     A.   I DO.

10:33AM 23     Q.   "WITH WALGREENS INDICATING THAT IT WOULD BE THE ONLY

10:33AM 24     OPTION IF PATIENTS WANTED TO GET A LAB TEST IN A RETAIL

10:33AM 25     PHARMACY."

GROSSMAN CROSS BY MS. WALSH (RES.)                      6203

10:33AM  1          DO YOU SEE THAT?

10:33AM  2     A.   I DO.

10:33AM  3     Q.   OKAY.  AND IF WE COULD TURN TO 7387.

10:33AM  4     A.   7387?

10:33AM  5     Q.   RIGHT.  SO THIS IS AN EMAIL FROM MR. KHANNA.

10:33AM  6          DO YOU SEE THAT?

10:33AM  7     A.   YES.

10:33AM  8     Q.   TO YOU AND OTHERS; RIGHT?

10:34AM  9     A.   YES.

10:34AM 10     Q.   AND THE DATE IS JANUARY 9TH, 2014?

10:34AM 11     A.   YES.

10:34AM 12     Q.   OKAY.  AND HE'S FORWARDING YOU A SNIPPET FROM THAT SAME

10:34AM 13     REPORT; RIGHT?

10:34AM 14     A.   THAT APPEARS TO BE THE CASE, YES.

10:34AM 15     Q.   OKAY.

10:34AM 16          YOUR HONOR, WE OFFER 7387 WITH THE SAME -- FOR THE SAME

10:34AM 17     PURPOSE?

10:34AM 18              MR. LEACH:  WITH THAT LIMITATION, YOUR HONOR, NO

10:34AM 19     OBJECTION.

10:34AM 20              THE COURT:  ALL RIGHT.  THANK YOU.

10:34AM 21          LADIES AND GENTLEMEN, THIS IS ADMITTED NOT FOR THE TRUTH

10:34AM 22     OF THE MATTER ASSERTED, BUT FOR THE SAME REASONS THAT 7388 WAS

10:34AM 23     ADMITTED, THAT NOTICE AND THAT PURPOSE ONLY, AND IT MAY BE

10:34AM 24     PUBLISHED.

10:34AM 25          (DEFENDANT'S EXHIBIT 7387 WAS RECEIVED IN EVIDENCE.)

10:34AM   1      BY MS. WALSH:

10:34AM   2      Q.   AND WE DON'T ACTUALLY NEED TO REREAD THE SAME THING, BUT

10:34AM   3      JUST THAT MR. KHANNA WAS FORWARDING YOU THE SAME INFORMATION;

10:34AM   4      CORRECT?

10:34AM   5      A.   YES.

10:34AM   6      Q.   OKAY.  WE CAN TAKE THAT DOWN.

10:34AM   7           IF YOU CAN TURN TO 7390, MR. GROSSMAN.

10:35AM   8      A.   OKAY.

10:35AM   9      Q.   OKAY.  THIS IS AN EMAIL BETWEEN YOU AND DR. RABODZEY;

10:35AM   10     CORRECT?

10:35AM   11     A.   YES.

10:35AM   12     Q.   AND THE DATE IS JANUARY 10TH, 2014; RIGHT?

10:35AM   13     A.   YES.

10:35AM   14     Q.   AND IT'S AN EMAIL ABOUT WHAT YOU WANT HIM TO DO IN THE

10:35AM   15     MEETING THAT IS SCHEDULED AT THERANOS IN JANUARY 2014; RIGHT?

10:35AM   16     A.   JANUARY 10TH I THINK IS THE MEETING DAY, YES.

10:35AM   17                MS. WALSH:  OKAY.  YOUR HONOR, WE OFFER

10:35AM   18     EXHIBIT 7390.

10:35AM   19                MR. LEACH:  NO OBJECTION.

10:35AM   20                THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:35AM   21          (DEFENDANT'S EXHIBIT 7390 WAS RECEIVED IN EVIDENCE.)

10:35AM   22     BY MS. WALSH:

10:35AM   23     Q.   SO STARTING ON THE BOTTOM, YOU EMAIL DR. RABODZEY ON

10:35AM   24     JANUARY 9TH, 2014, AND YOU SAY, "U READY TO GO DOWN TO THERANOS

10:35AM   25     TOMORROW?"

10:35AM  1          AND HE RESPONDS, "YES, I WILL MEET YOU THERE.  WHY?

10:36AM  2     ANYTHING WE NEED?"

10:36AM  3          AND YOU RESPOND SAYING, "BRING YOU'RE A GAME.  U ARE THE

10:36AM  4     TECHNICAL EXPERT."

10:36AM  5          DO YOU SEE THAT?

10:36AM  6     A.   YES.

10:36AM  7     Q.   AND "NEED U TO BE REALLY SKEPTICAL."

10:36AM  8          DO YOU SEE THAT?

10:36AM  9     A.   I DO.

10:36AM 10     Q.   AND DR. RABODZEY WAS YOUR TECHNICAL EXPERT ON THIS TEAM

10:36AM 11     THAT WAS DOING DUE DILIGENCE ON THERANOS; IS THAT RIGHT?

10:36AM 12     A.   WE WANTED HIM TO FOCUS ON THE DATA, THE DATA, YES.

10:36AM 13     Q.   THE SCIENTIFIC DATA; RIGHT?

10:36AM 14     A.   YES.

10:36AM 15     Q.   OKAY.  AND HE HAD THE BACKGROUND TO DO THAT; CORRECT?

10:36AM 16     A.   YES.

10:36AM 17     Q.   OKAY.  WE CAN TAKE THAT DOWN.

10:36AM 18          AND SO THAT MEETING IN JANUARY, THAT TOOK PLACE ON

10:36AM 19     JANUARY 10TH, 2014; RIGHT?

10:36AM 20     A.   YES.

10:36AM 21     Q.   AND DURING THAT MEETING, AT THAT POINT IN TIME, THERANOS

10:36AM 22     STILL ONLY HAD THREE OF ITS PATIENT SERVICE CENTERS IN THREE

10:36AM 23     WALGREENS; IS THAT RIGHT?

10:36AM 24     A.   I BELIEVE THAT WAS RIGHT.

10:36AM 25     Q.   THE ONE IN PALO ALTO; RIGHT?

10:37AM   1      A.   YES.

10:37AM   2      Q.   AND THE TWO IN ARIZONA; CORRECT?

10:37AM   3      A.   I BELIEVE THAT'S THE CASE, YES.

10:37AM   4      Q.   OKAY.  IF YOU COULD TURN TO 7391.

10:37AM   5      A.   OKAY.

10:37AM   6      Q.   AND IS THIS AN EMAIL BETWEEN YOU AND YOUR TEAM MEMBERS,

10:37AM   7      RIGHT AFTER THE THERANOS MEETING, SHARING ALL OF YOUR VIEWS

10:37AM   8      ABOUT THE MEETING?

10:37AM   9      A.   IF I COULD JUST HAVE A MINUTE TO REVIEW?

10:37AM  10      Q.   SURE.

10:37AM  11           (PAUSE IN PROCEEDINGS.)

10:37AM  12               THE WITNESS:  OKAY.  YES.

10:38AM  13               MS. WALSH:  YOUR HONOR, WE OFFER 7391.

10:38AM  14               MR. LEACH:  NO OBJECTION.

10:38AM  15               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:38AM  16           (DEFENDANT'S EXHIBIT 7391 WAS RECEIVED IN EVIDENCE.)

10:38AM  17      BY MS. WALSH:

10:38AM  18      Q.   SO GOING DOWN TO THE FIRST IN TIME EMAIL.

10:38AM  19           THIS IS DR. RABODZEY COMMUNICATING TO YOU, MR. GROSSMAN,

10:38AM  20      AND TO MR. KHANNA; RIGHT?

10:38AM  21      A.   YES.

10:38AM  22      Q.   AND TO MR. BALASURYAN; RIGHT?

10:38AM  23      A.   YES.

10:38AM  24      Q.   AND WHAT WAS HIS TAKE ON THE MEETING THAT YOU JUST HAD

10:38AM  25      WITH THERANOS; RIGHT?

10:38AM 1   A.   I MEAN, I DIDN'T READ THE WHOLE -- ALL OF IT, BUT, YEAH,

10:38AM 2   THIS APPEARS TO BE HIS INITIAL IMPRESSIONS AFTER THE MEETING

10:38AM 3   THAT TOOK PLACE ON FRIDAY, JANUARY 10TH, 2014.

10:38AM 4   Q.   OKAY.  SO LET'S TAKE A LOOK AT SOME OF WHAT HE SAYS.

10:38AM 5        HE SAYS, "HI GUYS,

10:38AM 6        "MY TAKE ON THIS:

10:38AM 7        "EVERYTHING I'VE HEARD ABOUT TECHNOLOGY SOUNDS VERY GOOD,

10:39AM 8   BUT IT IS WORTH BOUNCING THIS OFF LABCORP AND QUEST AND CPHD."

10:39AM 9        DO YOU SEE THAT?

10:39AM 10  A.   I DO.

10:39AM 11  Q.   AND WHAT IS CPHD?

10:39AM 12  A.   CPHD IS THE TICKER FOR A PUBLICLY TRADED MOLECULAR

10:39AM 13  DIAGNOSTICS COMPANY CALLED CEPHEID.

10:39AM 14  Q.   OKAY.

10:39AM 15  A.   THEY WERE ACTUALLY BASED PROBABLY ABOUT FIVE MILES FROM

10:39AM 16  HERE.  THEY WERE ACQUIRED BY ANOTHER COMPANY CALLED DANAHER

10:39AM 17  ABOUT THREE OR FOUR YEARS AGO, FIVE YEARS AGO MAYBE.

10:39AM 18  Q.   OKAY.  AND HE SAYS, "IT IS WORTH BOUNCING THIS OFF GNMK."

10:39AM 19       DO YOU SEE THAT?

10:39AM 20  A.   I DO.

10:39AM 21  Q.   AND WHAT IS GNMK?

10:39AM 22  A.   THAT IS ALSO A TICKER AND ANOTHER COMPANY IN THE MOLECULAR

10:39AM 23  DIAGNOSTICS SPACE.  THE NAME OF THE COMPANY IS GENMARK.

10:39AM 24  Q.   OKAY.  SO DR. RABODZEY WANTS TO BOUNCE OFF WHAT HE HEARD

10:40AM 25  AT THE THERANOS MEETING OFF OF THESE OTHER PLAYERS IN THE

10:40AM  1    MARKET; CORRECT?

10:40AM  2    A.   YES.

10:40AM  3    Q.   AND THEN HE SAYS, "I AM NOT CONVINCED ON IP AND

10:40AM  4    COMPETITION -- PEOPLE WILL GO AFTER THEM AND I DON'T THINK THEY

10:40AM  5    CAN OWN THE SPACE."

10:40AM  6         DO YOU SEE THAT?

10:40AM  7    A.   I DO.

10:40AM  8    Q.   THEN IF YOU SKIP DOWN TO, "I THINK THEIR PROJECTIONS ARE A

10:40AM  9    BIT AGGRESSIVE."

10:40AM 10         DO YOU SEE THAT?

10:40AM 11    A.   I DO SEE THAT.

10:40AM 12    Q.   "FOR SPEED OF RAMP IN 2015"; RIGHT?

10:40AM 13         "AND BEYOND."

10:40AM 14         DO YOU SEE THAT?

10:40AM 15    A.   I DO SEE THAT.

10:40AM 16    Q.   OKAY.  "BUT WITH EXCELLENT EXECUTION ARE DOABLE AND CAN BE

10:40AM 17    EXCEEDED."

10:40AM 18         AND THEN HE GOES ON TO SAY, "WHAT THEY ARE NOT ACCOUNTING

10:40AM 19    FOR IS THE PUSHBACK FROM HL," WHICH IS LABCORP, "AND DGX,"

10:40AM 20    WHICH IS QUEST; RIGHT?

10:40AM 21    A.   YES.

10:40AM 22    Q.   AND THOSE ARE THE TWO MAIN COMPETITORS; CORRECT?

10:40AM 23    A.   THOSE ARE THE TWO MAIN COMPETITORS IN THE LAB SERVICES

10:41AM 24    BUSINESS, BUT THEY ALSO WERE GOING TO COMPETE AGAINST MOLECULAR

10:41AM 25    DIAGNOSTICS COMPANIES LIKE CEPHEID AND GENMARK AS WELL.

10:41AM   1          SO THEY WERE ALSO COMPETITORS.

10:41AM   2     Q.   OKAY.

10:41AM   3     A.   LABCORP -- THE ANSWER IS YES.

10:41AM   4          LABCORP AND QUEST WERE NOT THE ONLY COMPETITORS THAT

10:41AM   5     THERANOS WOULD HAVE.  THEY WERE THE TWO LARGEST COMPETITORS IN

10:41AM   6     THE LAB SERVICES BUSINESS.

10:41AM   7     Q.   UNDERSTOOD.

10:41AM   8          SO THEY WERE TWO OF THE COMPETITORS; IS THAT RIGHT?

10:41AM   9     A.   IN THE RETAIL SETTING, YES.

10:41AM  10     Q.   OKAY.  AND THEN THE LAST BULLET DR. RABODZEY SAYS, "I

10:41AM  11     WOULD LIKE TO LOOK AT TECHNICAL STAFF THEY SHOULD SEND AND GET

10:41AM  12     SOME FEEDBACK FROM COMPETITION, BUT IT IS A QUESTION TO YOU ON

10:41AM  13     HOW MUCH CAPITAL YOU WANT TO TIE UP HERE -- WE WILL MAKE MONEY,

10:41AM  14     BUT HARD TO SAY WHEN AND WHETHER IT WILL BE A 30 PERCENT PLUS

10:41AM  15     RETURN PER YEAR I WOULD SEEK FROM A PRIVATE DEAL."

10:41AM  16          DO YOU SEE THAT?

10:41AM  17     A.   YES.

10:41AM  18     Q.   OKAY.  AND THEN LET'S GO UP THE CHAIN TO YOUR REPLY TO

10:42AM  19     DR. RABODZEY.

10:42AM  20          AND WHAT YOU SAY IS, "CAN I GET EVERYBODY'S VIEWS ON THE

10:42AM  21     MEETING AND WHAT U THINK NEXT STEPS ARE?"

10:42AM  22          RIGHT?

10:42AM  23     A.   YES.

10:42AM  24     Q.   "LET'S TRY TO FIND A TIME TO DEBRIEF AS A GROUP.  MAYBE WE

10:42AM  25     CAN FIND A TIME AFTER MORN CALL ON MONDAY, ALTHOUGH I SUSPECT

10:42AM  1     THAT'S NOT REALISTIC GIVEN JPM."

10:42AM  2          DO YOU SEE THAT?

10:42AM  3     A.   I DO.

10:42AM  4     Q.   AND YOU'RE REFERRING TO A CONFERENCE THAT WAS OCCURRING IN

10:42AM  5     JANUARY OF 2014; RIGHT?

10:42AM  6     A.   YES.

10:42AM  7     Q.   AND THAT CONFERENCE WAS SPONSORED BY JP MORGAN; IS THAT

10:42AM  8     RIGHT?

10:42AM  9     A.   THAT'S CORRECT.

10:42AM  10    Q.   AND IT RELATED TO THE HEALTH CARE SECTOR; CORRECT?

10:42AM  11    A.   IT'S THE LARGEST HEALTH CARE CONFERENCE OF THE YEAR AND IT

10:42AM  12    HAPPENS TO BE IN SAN FRANCISCO EVERY JANUARY.

10:42AM  13    Q.   OKAY.  YOU SAY, "ON THE OTHER HAND THIS CONFERENCE WILL

10:42AM  14    GIVE US A CHANCE TO PROBE ALL OF THE RELEVANT COMPETITORS OVER

10:43AM  15    THE NEXT DAYS."

10:43AM  16         RIGHT?

10:43AM  17    A.   YES.

10:43AM  18    Q.   AND BECAUSE YOU'RE AT THE CONFERENCE; RIGHT?

10:43AM  19    A.   CORRECT.

10:43AM  20    Q.   AND YOU'RE ABLE TO TALK TO THE PLAYERS IN THE MARKET;

10:43AM  21    RIGHT?

10:43AM  22    A.   GO TO THEIR PRESENTATIONS, YEAH, THAT SORT OF STUFF.

10:43AM  23    Q.   AND YOU'RE ABLE TO TALK TO THE PLAYERS IN THE MARKET;

10:43AM  24    RIGHT?

10:43AM  25    A.   OR LISTEN TO THEIR PRESENTATIONS.  PROBABLY THAT'S THE

10:43AM 1     MORE REALISTIC.  BUT, YES, WE DON'T HAVE MEETINGS WITH EVERY

10:43AM 2     ONE OF THE COMPANIES AT THE CONFERENCE, BUT THEY HAVE

10:43AM 3     PRESENTATIONS, THEIR WEBCAST, YOU CAN LISTEN TO THEM, AND THEY

10:43AM 4     DO Q AND A SESSIONS AND SOME OF THEM ARE RECORDED.

10:43AM 5         SO IT WAS JUST A GOOD OPPORTUNITY TO KIND OF GET

10:43AM 6     EVERYONE'S PERSPECTIVE ON THIS COMPETITOR REALLY DISRUPTIVE

10:43AM 7     TECHNOLOGY.

10:43AM 8     Q.   OKAY.  AND THEN LET'S CONTINUE UP THE CHAIN FROM

10:43AM 9     MR. KHANNA.  HE PROVIDES HIS THOUGHTS AND HE SAYS, "I THINK

10:43AM 10    THEY HAVE DONE A LOT OF WORK."

10:43AM 11        AND HERE HE'S REFERRING TO THERANOS; RIGHT?

10:43AM 12    A.   YES, I BELIEVE THAT'S RIGHT.

10:44AM 13    Q.   "ON GETTING THEIR ASSAYS APPROVED AND MENU SEEMS MUCH

10:44AM 14    BROADER THAN MY INITIAL VIEWS.

10:44AM 15        "GREAT PARTNERS WALGREENS, SAFEWAY, DOD (STILL TO BE

10:44AM 16    SIZED)."

10:44AM 17        DO YOU SEE THAT?

10:44AM 18    A.   I DO.

10:44AM 19    Q.   AND THEN IF YOU GO DOWN, HALF WAY DOWN, "RISKS.

10:44AM 20        "IP AS YOU MENTIONED, EXECUTION WHEN YOU START COLLECTING

10:44AM 21    SAMPLES AND RUNNING THE TESTS IN A REGIONAL CENTER."

10:44AM 22        DO YOU SEE THAT?

10:44AM 23    A.   I DO.

10:44AM 24    Q.   AND RUNNING A TEST IN A REGIONAL CENTER IS THAT HUB AND

10:44AM 25    SPOKE MODEL; CORRECT?

10:44AM   1    A.   YES.

10:44AM   2    Q.   OKAY.  AND THEN IF WE GO DOWN TO CONCLUSION, HE SAYS, "I

10:44AM   3    WOULD LIKE THEM TO PUT US IN TOUCH WITH UNITED FOR US TO

10:44AM   4    DETERMINE THE REASON FOR THE THERANOS SELECTION GIVEN THAT

10:44AM   5    LABCORP IS THEIR EXCLUSIVE LAB PARTNER."

10:44AM   6         DO YOU SEE THAT?

10:44AM   7    A.   I DO.

10:44AM   8    Q.   "WE CAN CHECK WITH OTHER HOSPITALS AT THE CONFERENCE IF

10:45AM   9    THEY VIEW LABS AS A PROFIT CENTER OR NOT?"

10:45AM  10         RIGHT?

10:45AM  11    A.   YES, I SEE THAT.

10:45AM  12    Q.   AND SO MR. KHANNA IS ALSO TALKING ABOUT SPEAKING WITH

10:45AM  13    PLAYERS DURING THAT CONFERENCE; RIGHT?

10:45AM  14    A.   HE APPEARS TO THINK THAT HE'S GOING TO HAVE TIME TO TALK

10:45AM  15    TO OTHER HOSPITALS AT THE CONFERENCE, YES.

10:45AM  16    Q.   AND MR. KHANNA SAYS IN THE LAST BULLET, "THIS IS ONE OF

10:45AM  17    THE MOST INTERESTING COMPANIES I HAVE MET AND IT ALL COMES DOWN

10:45AM  18    TO EXECUTION."

10:45AM  19         DO YOU SEE THAT?

10:45AM  20    A.   I DO SEE THAT.

10:45AM  21    Q.   OKAY.  SO WE CAN TAKE THAT DOWN.

10:45AM  22         LET'S TURN TO EXHIBIT 4077, WHICH IS IN EVIDENCE.  SO IF

10:45AM  23    WE CAN PULL THAT UP.

10:46AM  24         AND YOU TESTIFIED ABOUT THIS ON WEDNESDAY, AND THIS IS AN

10:46AM  25    EMAIL THAT STARTS ON JANUARY 10TH, 2014; RIGHT?

GROSSMAN CROSS BY MS. WALSH (RES.)                          6213

10:46AM  1          DO YOU SEE THAT ON THE SCREEN?

10:46AM  2     A.   YES.

10:46AM  3     Q.   OKAY.  AND YOU THANKED MR. BALWANI FOR THE TIME THAT HE

10:46AM  4     SPENT WITH YOUR TEAM; RIGHT?

10:46AM  5     A.   YES.

10:46AM  6     Q.   IN THE LAST SENTENCE YOU SAY, "ONE THING THAT WOULD BE

10:46AM  7     ESPECIALLY HELPFUL TO OUR DUE DILIGENCE PROCESS IS HAVING

10:46AM  8     ACCESS TO THE FINANCIAL MODEL WE REVIEWED WITH YOU TODAY."

10:46AM  9          DO YOU SEE THAT?

10:46AM 10     A.   I DO.

10:46AM 11     Q.   BECAUSE IN THAT MEETING, HE REVIEWED A FINANCIAL MODEL

10:46AM 12     USING A LAPTOP; RIGHT?

10:46AM 13     A.   I BELIEVE IT WAS ON A LAPTOP, YES.

10:46AM 14     Q.   YEAH.  AND MR. BALWANI RESPONDS ON PAGE 1 OF THE EXHIBIT,

10:47AM 15     AND HE SAYS, "BRYAN.

10:47AM 16          "ATTACHED PLEASE FIND A PDF WHICH IS A VERY CONFIDENTIAL

10:47AM 17     SLIDE DECK OF DISCUSSIONS WE HAD.  IT ALSO INCLUDES A VERY

10:47AM 18     DETAILED SECTION ON DATA WHICH ALEX HAD REQUESTED."

10:47AM 19          THAT'S DR. RABODZEY; RIGHT?

10:47AM 20     A.   YES.

10:47AM 21     Q.   AND DR. RABODZEY WAS IN CHARGE OF LOOKING AT THAT DATA;

10:47AM 22     RIGHT?

10:47AM 23     A.   YES.

10:47AM 24     Q.   AND SO HE REQUESTED THAT HE GET THE DATA SO HE COULD LOOK

10:47AM 25     AT IT; CORRECT?

10:47AM  1    A.   YES.

10:47AM  2    Q.   AND MR. BALWANI COMPLIED WITH THAT REQUEST; CORRECT?

10:47AM  3    A.   YES.

10:47AM  4    Q.   AND HE SENT YOU THE SLIDE DECK; RIGHT?

10:47AM  5    A.   YES.

10:47AM  6    Q.   OKAY.  AND THEN IF YOU GO DOWN ABOUT HALF WAY, MR. BALWANI

10:47AM  7    SAYS, "WE WILL MAIL YOU THE PROJECTIONS/FINANCIAL MODEL

10:47AM  8    SHORTLY."

10:47AM  9         DO YOU SEE THAT?

10:47AM  10   A.   I DO.

10:47AM  11   Q.   OKAY.  AND YOU ULTIMATELY DO GET THAT MODEL; RIGHT?

10:47AM  12   A.   YES.

10:47AM  13   Q.   AND YOU GET A NATIVE COPY OF IT; RIGHT?

10:47AM  14   A.   WHAT DO YOU MEAN BY "NATIVE"?

10:48AM  15   Q.   IT WAS NOT A PDF THAT YOU GOT; CORRECT?  YOU GOT A SOFT

10:48AM  16   COPY OF THE MODEL?

10:48AM  17   A.   HE SENT US AN EXCEL FILE.

10:48AM  18   Q.   YES.

10:48AM  19   A.   THAT'S -- I DON'T KNOW IF THAT'S SOFT OR -- BUT IT WAS AN

10:48AM  20   EXCEL FILE THAT WAS PASSWORD PROTECTED, AND ONCE WE ENTERED THE

10:48AM  21   PASSWORD, WE WERE ABLE TO ACCESS THE MATERIAL IN THE

10:48AM  22   SPREADSHEET.

10:48AM  23   Q.   RIGHT.  SO HE SENT YOU THE ACTUAL EXCEL SPREADSHEET

10:48AM  24   ITSELF; RIGHT?

10:48AM  25   A.   WHICH IS WHAT WE REQUESTED.

GROSSMAN CROSS BY MS. WALSH (RES.)

10:48AM 1    Q.   RIGHT.  AND HE COMPLIED WITH YOUR REQUEST; RIGHT?

10:48AM 2    A.   HE DID, YES.

10:48AM 3    Q.   OKAY.  AND WHAT MR. BALWANI SAYS UNDER THE "PS" IS, "AT

10:48AM 4    THE CONFERENCE," AND HE'S REFERRING TO THE JP MORGAN

10:48AM 5    CONFERENCE; RIGHT?  OR THAT WAS YOUR UNDERSTANDING?

10:48AM 6    A.   YES, THAT IS MY UNDERSTANDING.

10:48AM 7    Q.   OKAY.  "THE INTERMOUNTAIN HEALTH SYSTEMS ANNOUNCED THE

10:48AM 8    STRATEGIC PARTNERSHIP WITH THERANOS."

10:49AM 9         DO YOU SEE THAT?

10:49AM 10   A.   I DO.

10:49AM 11   Q.   AND THAT HAPPENED AT THE CONFERENCE, DIDN'T IT?

10:49AM 12   A.   YES.

10:49AM 13   Q.   OKAY.  "AS YOU MAY KNOW, IMH IS ONE OF THE LARGEST

10:49AM 14   HOSPITAL NETWORKS IN THE U.S. AND, MORE IMPORTANTLY, ONE OF THE

10:49AM 15   MOST RESPECTED ORGANIZATIONS AND KEY THOUGHT LEADERS.

10:49AM 16   INTERMOUNTAIN ADDITIONALLY PARTICIPATED AS AN EQUITY INVESTOR

10:49AM 17   IN THERANOS IN THE RECENT 2013 CLOSE."

10:49AM 18        DO YOU SEE THAT?

10:49AM 19   A.   I DO, YES.

10:49AM 20   Q.   SO MR. BALWANI WAS ALSO LETTING YOU KNOW THAT THERANOS HAD

10:49AM 21   ALSO RAISED MONEY AT THE END OF 2013; RIGHT?

10:49AM 22   A.   YES, AND HE HAD ACTUALLY ALREADY TOLD US THAT.

10:49AM 23   Q.   AND THEN --

10:49AM 24   A.   HE HAD ALREADY DISCLOSED THAT TO US IN OUR, IN OUR MEETING

10:49AM 25   THAT TOOK PLACE A FEW DAYS BEFORE THAT ON DECEMBER 9TH OR 10TH,

| | |
|---|---|
| 10:49AM | 1 |
| 10:49AM | 2 |
| 10:50AM | 3 |
| 10:50AM | 4 |
| 10:50AM | 5 |

10:49AM   1    OR 10TH -- I'M SORRY.  A LOT OF DAYS AND MONTHS.  JANUARY 10TH.

10:49AM   2    THE EMAIL THAT TOOK PLACE ON JANUARY 10TH.  THIS EMAIL IS FROM

10:50AM   3    THE FOLLOWING WEEK.  SO WE ALREADY KNEW THAT.

10:50AM   4    Q.   AND HE TOLD YOU THAT; RIGHT?

10:50AM   5    A.   YEAH, HE ALREADY TOLD US THAT.

10:50AM   6    Q.   OKAY.  AND THE SECOND BULLET REFERS TO WALGREENS

10:50AM   7    ANNOUNCEMENT, COMMENTS ON THERANOS BY THEIR CEO AND CFO.

10:50AM   8        DO YOU SEE THAT?

10:50AM   9    A.   I DO.

10:50AM  10    Q.   AND WHAT HE SAYS IS, "GREG (CEO) - IN OUR HISTORY BOOK

10:50AM  11    THIS WILL BE A CRAWL, WALK, RUN.  WE HAVE LAUNCHED IN ONE STORE

10:50AM  12    IN PALO ALTO WHERE THERANOS IS LOCATED AND ARE BEGINNING A

10:50AM  13    ROLLOUT IN PHOENIX."

10:50AM  14        DO YOU SEE THAT?

10:50AM  15    A.   I DO.

10:50AM  16    Q.   AND SO LET'S TAKE A LOOK AT SOME OF THE SLIDES.

10:50AM  17        I KNOW MR. LEACH SHOWED YOU SOME.  AND I WANT TO SHOW YOU

10:50AM  18    SOME AS WELL.

10:50AM  19        SO IF WE COULD TURN TO --

10:51AM  20    A.   ARE YOU JUST GOING TO PUT THEM UP HERE?

10:51AM  21    Q.   YES.  I JUST HAVE TO GET THERE.  PAGE 16 OF THE EXHIBIT.

10:51AM  22        SO THE TITLE OF THE SLIDE IS THERANOS PATIENT SERVICE

10:51AM  23    CENTERS.

10:51AM  24        DO YOU SEE THAT?

10:51AM  25    A.   I DO.

10:51AM 1    Q.   OKAY.  AND WHAT IT SAYS IS, "THERANOS'S FOOTPRINT AT

10:51AM 2    RETAIL:

10:51AM 3         "THERANOS PATIENT SERVICE CENTERS ARE LOCATED WITHIN A

10:51AM 4    SMALLER RADIUS FROM THE PATIENT THAN CURRENTLY AVAILABLE."

10:51AM 5         DO YOU SEE THAT?

10:51AM 6    A.   I DO.

10:51AM 7    Q.   AND THAT PARAGRAPH IS WRITTEN IN THE PRESENT TENSE, IS IT

10:51AM 8    NOT.

10:51AM 9    A.   YES.

10:51AM 10   Q.   AND THEN THE NEXT PARAGRAPH SAYS, "THERANOS HAS MORE

10:51AM 11   PATIENT SERVICE CENTERS THAN ANY LAB PROVIDER IN CALIFORNIA."

10:52AM 12        DO YOU SEE THAT?

10:52AM 13   A.   YES.

10:52AM 14   Q.   AND THAT'S ALSO WRITTEN IN THE PRESENT TENSE; RIGHT?

10:52AM 15   A.   YES.

10:52AM 16   Q.   BUT YOU KNEW AT THIS TIME THAT THERANOS HAD ONLY THREE

10:52AM 17   PATIENT SERVICE CENTERS; CORRECT?

10:52AM 18   A.   YES.

10:52AM 19   Q.   AND, IN FACT, HAD ONLY ONE IN CALIFORNIA; RIGHT?

10:52AM 20   A.   I BELIEVE THAT'S RIGHT.

10:52AM 21   Q.   OKAY.  LET'S NOW TURN TO PAGE 33.

10:52AM 22        33 THE TITLE IS COMMERCIAL.

10:52AM 23        DO YOU SEE THAT?

10:52AM 24   A.   I DO.

10:52AM 25   Q.   AND IT DESCRIBES KEY DEPLOYMENTS; RIGHT?

10:52AM   1    A.   YES.

10:52AM   2    Q.   AND IF YOU GO DOWN TO THE THIRD BULLET, THAT REFERS TO

10:53AM   3    "EMERGENCY ROOMS, HOSPITALS, AND PROVIDER OFFICES."

10:53AM   4         DO YOU SEE THAT?

10:53AM   5    A.   I DO.

10:53AM   6    Q.   BUT YOU KNEW THAT THERANOS WAS NOT IN EMERGENCY ROOMS AT

10:53AM   7    THE TIME; RIGHT?

10:53AM   8    A.   I DON'T RECALL SPECIFICALLY WHAT WE WERE THINKING AT THAT

10:53AM   9    PARTICULAR DATE, BUT WE DEFINITELY EXPECTED THEM TO HAVE A

10:53AM  10    MAJOR PRESENCE IN HOSPITALS AND PROVIDE TESTING SERVICES TO

10:53AM  11    BOTH HOSPITALS ON AN OUTPATIENT BASIS, AND THEN ACTUALLY

10:53AM  12    REPLACE THE HOSPITAL LABORATORY.

10:53AM  13    Q.   IN THE FUTURE; CORRECT?

10:53AM  14    A.   LIKE I SAID, I DON'T REMEMBER SPECIFICALLY WHAT WE THOUGHT

10:53AM  15    AT THAT PARTICULAR POINT IN TIME.

10:53AM  16    Q.   OKAY.  LET'S GO DOWN TO THE NEXT BULLET.  "INTERNATIONAL

10:53AM  17    HEALTH CARE INFRASTRUCTURE."

10:53AM  18         DO YOU SEE THAT?

10:53AM  19    A.   I DO.

10:53AM  20    Q.   BUT YOU KNEW AT THE TIME THAT THERANOS WAS NOT OPERATING

10:53AM  21    INTERNATIONALLY; RIGHT?

10:53AM  22    A.   WE DID KNOW THAT.

10:54AM  23    Q.   OKAY.  AND THEN GOING DOWN TO "INFECTIOUS DISEASE AND

10:54AM  24    POPULATION THREATS."

10:54AM  25         DO YOU SEE THAT?

10:54AM  1    A.   I DO.

10:54AM  2    Q.   AND YOU KNEW THAT THERANOS WAS NOT ROLLING OUT ANYTHING

10:54AM  3    RELATED, AT THIS TIME, RELATED TO INFECTIOUS DISEASE AND

10:54AM  4    POPULATION THREATS; RIGHT?

10:54AM  5    A.   I DON'T BELIEVE THAT'S RIGHT.

10:54AM  6    Q.   OKAY.  LET'S GO DOWN TO DOD.

10:54AM  7         DO YOU SEE THAT?

10:54AM  8    A.   I DO.

10:54AM  9    Q.   YOU KNEW AT THE TIME THAT THERANOS -- OR YOU CAME TO LEARN

10:54AM  10   THAT THERANOS WAS NOT PROJECTING ANY REVENUE FROM ANY

10:54AM  11   DEPARTMENT OF DEFENSE PROJECT AT THAT TIME?

10:54AM  12   A.   NO, THAT'S NOT CORRECT.

10:54AM  13   Q.   OKAY.  SO WE'LL TAKE A LOOK AT THE MODEL, AND WE'LL COME

10:54AM  14   BACK TO THAT POINT.

10:55AM  15   A.   OKAY.

10:55AM  16   Q.   LET'S LOOK AT PAGE 34.

10:55AM  17        THIS IS TITLED THERANOS INFRASTRUCTURE.

10:55AM  18        DO YOU SEE THAT?

10:55AM  19   A.   YES.

10:55AM  20   Q.   AND IT SAYS, "NATIONAL RETAIL FOOTPRINT AND HEALTH PLAN

10:55AM  21   PARTNERSHIPS THROUGHOUT THE UNITED STATES FOR AN UNPRECEDENTED

10:55AM  22   INFRASTRUCTURE WHICH EXCEEDS THAT OF A COMMERCIAL LABORATORY IN

10:55AM  23   TODAY'S MARKET."

10:55AM  24        DO YOU SEE THAT?

10:55AM  25   A.   I DO.

10:55AM 1    Q.   BUT YOU KNEW AT THE TIME THAT THERANOS'S RETAIL FOOTPRINT

10:55AM 2    AT THAT TIME DID NOT EXCEED THAT OF ANY COMMERCIAL LABORATORY

10:55AM 3    IN TODAY'S MARKET; RIGHT?

10:55AM 4    A.   ARE YOU REFERRING TO THE DATE HE EMAILED THIS

10:55AM 5    PRESENTATION?

10:55AM 6    Q.   YEAH.

10:55AM 7    A.   THE DATE HE EMAILED THIS, YEAH, WE KNEW THAT THEY JUST

10:56AM 8    STARTED THE COMMERCIAL ROLLOUT.

10:56AM 9    Q.   RIGHT.  SO THIS STATEMENT IS NOT INDICATIVE OF WHAT

10:56AM 10   CURRENTLY EXISTED; RIGHT?

10:56AM 11   A.   WELL, I GUESS IT DOESN'T REFER TO THE JANUARY 12TH, WHEN

10:56AM 12   HE SENT US THIS PRESENTATION.

10:56AM 13        I THINK IT'S MORE REFERRING TO WHAT THEY EXPECTED THE

10:56AM 14   BUSINESS TO LOOK LIKE OVER THE NEXT COUPLE OF MONTHS.

10:56AM 15   Q.   SO IT WAS FUTURE LOOKING; CORRECT?

10:56AM 16   A.   I THINK IT WAS A REPRESENTATION OF WHAT THE BUSINESS

10:56AM 17   EXPECTED THEIR BUSINESS TO LOOK LIKE, YES.

10:56AM 18   Q.   OKAY.  AND IF WE LOOK AT SLIDE 35, DO YOU SEE THAT?

10:56AM 19   A.   I DO.

10:56AM 20   Q.   THAT'S THE MAP OF ALL OF THE WALGREENS STORES ALL OVER THE

10:56AM 21   COUNTRY; RIGHT?

10:56AM 22   A.   YEAH.  IT SEEMS LIKE A LOT OF WALGREENS STORES, BUT YEAH.

10:56AM 23        (LAUGHTER.)

10:56AM 24   BY MS. WALSH:

10:56AM 25   Q.   IT'S A LOT OF STORES; RIGHT?

10:56AM 1    A.   THERE'S NOTHING ELSE YOU COULD FIT IN THERE.

10:56AM 2    Q.   RIGHT.  IT'S A CROWDED MAP; CORRECT?

10:56AM 3         AND THE TITLE IS THERANOS INFRASTRUCTURE AT WALGREENS;

10:57AM 4    RIGHT?

10:57AM 5    A.   YES, THAT IS THE TITLE.

10:57AM 6    Q.   BUT YOU KNEW THAT THERANOS WAS NOT IN ALL OF THESE

10:57AM 7    WALGREENS STORES; CORRECT?

10:57AM 8    A.   AT THAT POINT IN TIME ON JANUARY 12TH, YES, WE KNEW THAT.

10:57AM 9    Q.   JUST ONE MORE ON PAGE 61.  THE TITLE OF THIS SLIDE IS THE

10:57AM 10   THERANOS LAB.

10:57AM 11        DO YOU SEE THAT?

10:57AM 12   A.   I DO.

10:57AM 13   Q.   AND THE FIRST PARAGRAPH SAYS, "PATIENT SERVICE CENTERS."

10:57AM 14        RIGHT?

10:57AM 15   A.   YES.

10:57AM 16   Q.   AND "PATIENT SERVICE CENTERS ALLOW FOR CONVENIENT PATIENT

10:57AM 17   ACCESS TO LABORATORY COLLECTION SITES, FAR EXCEEDING CURRENT

10:58AM 18   INDEPENDENT LABORATORY FOOTPRINTS."

10:58AM 19        DO YOU SEE THAT?

10:58AM 20   A.   I DO.

10:58AM 21   Q.   AND AT THIS POINT IN TIME IN JANUARY OF 2014, THERANOS'S

10:58AM 22   COLLECTION SITES DID NOT FAR EXCEED INDEPENDENT LAB FOOTPRINTS;

10:58AM 23   IS THAT RIGHT?

10:58AM 24   A.   ON JANUARY 12TH, THAT IS CORRECT, OF 2014, THAT IS

10:58AM 25   CORRECT.

10:58AM   1    Q.   OKAY.  LET'S PULL UP 1454, WHICH IS IN EVIDENCE.

10:59AM   2         DO YOU SEE THAT?

10:59AM   3    A.   I DO.

10:59AM   4    Q.   OKAY.  ALL RIGHT.  SO IF WE COULD TURN TO PAGE 2 OF THAT

10:59AM   5    EXHIBIT AND LOOK AT THE MIDDLE EMAIL, YOU WRITE TO MR. BALWANI

10:59AM   6    ON JANUARY 17TH, "SUNNY.

10:59AM   7         "THANKS FOR THE MATERIALS AND CONGRATS ON THE

10:59AM   8    INTERMOUNTAIN DEAL."

10:59AM   9         DO YOU SEE THAT?

10:59AM  10    A.   I DO.

10:59AM  11    Q.   AND THAT'S THE DEAL THAT WE WERE JUST REFERRING TO; RIGHT?

10:59AM  12    A.   YES.

10:59AM  13    Q.   AND THAT WAS ANNOUNCED AT THE JP MORGAN HEALTH CARE

10:59AM  14    CONFERENCE; IS THAT CORRECT?

10:59AM  15    A.   IT APPEARS TO BE, YEAH.

10:59AM  16    Q.   OKAY.  SORRY.  GO AHEAD.

10:59AM  17    A.   I DON'T RECALL SPECIFICALLY, BUT I THINK THAT WAS -- I

11:00AM  18    THINK THAT'S PROBABLY RIGHT.

11:00AM  19    Q.   OKAY.  AND YOU GO ON TO SAY, "THAT'S A GREAT VALIDATION

11:00AM  20    FOR THE TECHNOLOGY AND THE COMPANY.  I WAS WONDERING IF YOU

11:00AM  21    HAVE ANY TIME NEXT WEEK FOR A FOLLOW-UP MEETING.  WE HAVE A FEW

11:00AM  22    AREAS WE'D LIKE TO FOLLOW UP ON."

11:00AM  23         DO YOU SEE THAT?

11:00AM  24    A.   YES.

11:00AM  25    Q.   OKAY.  AND THEN IF WE GO UP THE CHAIN, MR. BALWANI

11:00AM   1   RESPONDS -- I'M SORRY.

11:00AM   2        IF WE GO UP THE CHAIN TO JANUARY 22ND AT 5:31 A.M., YOU

11:00AM   3   WRITE TO MR. BALWANI, "THANKS AGAIN FOR THE TIME YESTERDAY."

11:00AM   4        RIGHT?

11:00AM   5   A.   YES.

11:00AM   6   Q.   "I THINK WE'VE ANSWERED THE MAJORITY OF OUR OPEN QUESTIONS

11:00AM   7   AND HAVE JUST A FEW REMAINING ISSUES TO ADDRESS.  WE WOULD LIKE

11:00AM   8   TO ADD A FEW CONSULTANTS TO THE NDA AS WE DISCUSSED YESTERDAY.

11:00AM   9   WE'D ALSO LIKE TO SPEAK WITH SOMEBODY, IF THEY ARE OPEN TO IT,

11:01AM  10   FROM UNITED HEALTH CARE."

11:01AM  11        DO YOU SEE THAT?

11:01AM  12   A.   YES.

11:01AM  13   Q.   AND YOU TESTIFIED ON WEDNESDAY ABOUT YOUR WANTING TO TALK

11:01AM  14   TO SOMEONE FROM UNITED HEALTH CARE; RIGHT?

11:01AM  15   A.   YES.

11:01AM  16   Q.   BECAUSE YOUR UNDERSTANDING WAS THERANOS HAD A CONTRACT

11:01AM  17   WITH UNITED HEALTH CARE; CORRECT?

11:01AM  18   A.   THAT IS WHAT MR. -- THAT IS WHAT THE COMPANY TOLD US IN

11:01AM  19   THE SECOND MEETING ON DECEMBER 9TH, YES.

11:01AM  20   Q.   AND YOU TESTIFIED THAT MR. BALWANI WASN'T COMFORTABLE WITH

11:01AM  21   HAVING YOU TALK WITH SOMEONE FROM UNITED HEALTH CARE; RIGHT?

11:01AM  22   A.   THAT IS RIGHT.

11:01AM  23   Q.   OKAY.  AND MR. BALWANI OFFERED TO SHOW YOU THE CONTRACT

11:01AM  24   ITSELF; CORRECT?

11:01AM  25   A.   I BELIEVE HE OFFERED TO SHOW US THE SIGNATURE PAGES OF THE

```
11:01AM   1    CONTRACT, BUT -- SO I GUESS THAT WOULD BE A NO.

11:01AM   2        BUT KIND OF A YES.

11:01AM   3    Q.   OKAY.  AND YOU SAW, AT THE VERY LEAST, YOU SAW THE

11:01AM   4    SIGNATURE PAGE, RIGHT, OF THE CONTRACT?

11:02AM   5    A.   HE DID, HE DID SHOW -- I DO RECALL SEEING THE SIGNATURE

11:02AM   6    PAGE, YES.

11:02AM   7    Q.   OKAY.

11:02AM   8        MAY I APPROACH, YOUR HONOR?

11:02AM   9            THE COURT:  YES.

11:02AM  10            MS. WALSH:  (HANDING.)

11:02AM  11    Q.   DO YOU SEE WHAT HAS BEEN MARKED AS EXHIBIT 20812,

11:02AM  12    MR. GROSSMAN?

11:02AM  13    A.   I DO.

11:02AM  14    Q.   AND IF YOU TURN TO PAGE 19 OF THAT EXHIBIT.

11:03AM  15        DO YOU SEE THAT?

11:03AM  16    A.   I DO.

11:03AM  17    Q.   AND THAT'S THE SIGNATURE PAGE THAT MR. BALWANI SHOWED YOU;

11:03AM  18    RIGHT?

11:03AM  19    A.   I DON'T RECALL SPECIFICALLY.

11:03AM  20    Q.   WELL, YOU RECALL SEEING A CONTRACT, THAT SIGNATURE PAGE ON

11:03AM  21    A CONTRACT WITH UNITED HEALTH CARE; RIGHT?

11:03AM  22    A.   I REMEMBER SEEING SOMETHING -- SOME TYPE OF SIGNATURE, A

11:03AM  23    DOCUMENT IN A FOLDER, BUT I DON'T, I DON'T REMEMBER

11:03AM  24    SPECIFICALLY -- I DON'T HAVE A VIVID MEMORY OF THE DOCUMENT.

11:03AM  25    Q.   OKAY.  BUT YOU SEE MR. BALWANI'S SIGNATURE; CORRECT?
```

11:03AM  1    A.   I SEE MR. BALWANI'S SIGNATURE HERE, YES.

11:03AM  2    Q.   AND YOU SEE IT'S DATED JANUARY 11TH, 2013; RIGHT?

11:03AM  3    A.   I DO, YEP.

11:03AM  4    Q.   AND YOU SEE A SIGNATURE FOR UNITED HEALTH CARE INSURANCE

11:03AM  5    COMPANY; RIGHT?

11:03AM  6    A.   YES.

11:03AM  7    Q.   AND YOU SEE THAT THAT SIGNATURE IS DATED JANUARY 26TH,

11:04AM  8    2013?

11:04AM  9    A.   YES.

11:04AM  10   Q.   OKAY.  AND IS IT YOUR TESTIMONY THAT YOU DON'T RECALL

11:04AM  11   WHETHER THIS IS THE SIGNATURE PAGE THAT MR. BALWANI SHOWED YOU?

11:04AM  12   A.   I DON'T RECALL.

11:04AM  13   Q.   OKAY.  YOU CAN PUT THAT ASIDE.

11:04AM  14        IF YOU CAN TURN TO EXHIBIT 14002.

11:04AM  15   A.   OKAY.

11:04AM  16   Q.   AND THAT'S AN EMAIL BETWEEN YOU AND YOUR TEAM; RIGHT?

11:05AM  17   A.   YES.

11:05AM  18   Q.   AND IT'S ON JANUARY 15TH, 2014; RIGHT?

11:05AM  19   A.   YES.

11:05AM  20   Q.   AND IT'S AN EMAIL DISCUSSING THERANOS; CORRECT?

11:05AM  21   A.   YES.

11:05AM  22        MS. WALSH:  YOUR HONOR, WE OFFER 14002.

11:05AM  23        MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:05AM  24        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:05AM  25        (DEFENDANT'S EXHIBIT 14002 WAS RECEIVED IN EVIDENCE.)

11:05AM  1    BY MS. WALSH:

11:05AM  2    Q.   SO THIS IS DR. RABODZEY EMAILING MR. KHANNA AND YOU ON

11:05AM  3    JANUARY 15TH, 2014, AND THE SUBJECT IS MDX AND FDA.

11:05AM  4        DO YOU SEE THAT?

11:05AM  5    A.   I DO.

11:05AM  6    Q.   OKAY.  AND DR. RABODZEY SAYS IN THE EMAIL, "I CHECKED WITH

11:05AM  7    NSTG."

11:05AM  8        DO YOU SEE THAT?

11:05AM  9    A.   I DO.

11:05AM  10   Q.   AND THAT'S NANOSTRING TECHNOLOGIES; CORRECT?

11:05AM  11   A.   THAT'S THE TICKER -- THAT IS RIGHT.

11:05AM  12   Q.   AND THAT'S A BIOTECH COMPANY; CORRECT?

11:06AM  13   A.   IT'S A MOLECULAR DIAGNOSTICS.  IT'S A TESTING COMPANY,

11:06AM  14   DIAGNOSTICS COMPANY.

11:06AM  15   Q.   OKAY.

11:06AM  16   A.   THAT -- YEAH, THAT -- AND THAT'S THE STOCK TICKER SYMBOL.

11:06AM  17   Q.   OKAY.  AND DR. RABODZEY SAYS, "SO I CHECKED WITH NSTG, AND

11:06AM  18   THEY DID CONFIRM THAT A DEVICE USED FOR TESTING OUTSIDE OF THE

11:06AM  19   CLIA LAB HAS TO BE FDA CLEARED."

11:06AM  20        DO YOU SEE THAT?

11:06AM  21   A.   I DO.

11:06AM  22   Q.   "THIS WOULD APPLY TO THERANOS IF AND WHEN THEY DECIDE TO

11:06AM  23   MOVE THE DEVICE OUT OF THE CLIA LAB.

11:06AM  24        "NOT A BIG DEAL IN MY VIEW, BUT SOMETHING TO KEEP IN

11:06AM  25   MIND."

11:06AM  1        DO YOU SEE THAT?

11:06AM  2   A.   I DO.

11:06AM  3   Q.   SO DR. RABODZEY IS RAISING THE ISSUE OF THE FDA REQUIRING

11:06AM  4   THERANOS TO GET SOME SORT OF CLEARANCE OR APPROVAL TO MOVE THE

11:07AM  5   DEVICE OUTSIDE OF THE LAB; IS THAT CORRECT?

11:07AM  6   A.   I THINK HE'S RAISING THIS AS A POSSIBILITY, BUT OBVIOUSLY

11:07AM  7   WE DON'T KNOW AT THIS POINT IN TIME WHAT THE FDA IS GOING TO

11:07AM  8   DO, AND THE COMPANY HAD A VERY DIFFERENT PERSPECTIVE ON THE

11:07AM  9   REGULATORY PROCESS.

11:07AM  10  Q.   OKAY.  SO LET'S TURN TO 7399.

11:07AM  11  A.   I'M NOT SURE I HAVE THAT.

11:07AM  12        THE COURT:  7399?

11:07AM  13        MS. WALSH:  7399.  NOT THERE?

11:07AM  14        THE WITNESS:  NO.

11:08AM  15        MS. WALSH:  OKAY.  WE WILL BACK TO THAT.

11:08AM  16  Q.   OKAY.  LET'S TURN TO 7400.

11:08AM  17        DO YOU SEE 7400?

11:08AM  18  A.   I DO.

11:08AM  19  Q.   OKAY.  AND 7400 IS AN EMAIL FROM SHELLEY SMITH TO

11:08AM  20  MR. KHANNA.

11:08AM  21        DO YOU SEE THAT ON THE TOP?

11:09AM  22  A.   OH, YES.  SORRY.

11:09AM  23  Q.   OKAY.  AND WHO WAS SHELLEY SMITH?

11:09AM  24  A.   SHE WAS AN ADMINISTRATIVE ASSISTANT THAT WORKED WITH

11:09AM  25  MR. KHANNA.

11:09AM  1    Q.   OKAY.  AND THE DATE OF THE EMAIL IS JANUARY 23RD, 2014;

11:09AM  2    RIGHT?

11:09AM  3    A.   YES.

11:09AM  4    Q.   AND IT -- THIS IS AN EMAIL WHERE MR. KHANNA IS LOOKING

11:09AM  5    INTO HAVING A CONSULTATION WITH SOMEONE WHO KNOWS ABOUT

11:09AM  6    LABORATORY DEVELOPED TESTS; IS THAT RIGHT?

11:09AM  7    A.   MAYBE I COULD JUST REVIEW THE FILE HERE.

11:09AM  8    Q.   SURE.

11:09AM  9         (PAUSE IN PROCEEDINGS.)

11:09AM  10            THE WITNESS:  YES.

11:09AM  11   BY MS. WALSH:

11:09AM  12   Q.   OKAY.  AND PFM WAS TRYING TO CONSULT WITH PEOPLE ABOUT

11:09AM  13   LABORATORY DEVELOPED TESTS IN CONNECTION WITH A POTENTIAL

11:09AM  14   INVESTMENT IN THERANOS; IS THAT RIGHT?

11:09AM  15   A.   YES.

11:09AM  16   Q.   OKAY.  AND THIS IS AN EMAIL IN FURTHERANCE OF TRYING TO

11:10AM  17   CONSULT WITH AN EXPERT ON THAT?

11:10AM  18   A.   YES.

11:10AM  19            MS. WALSH:  YOUR HONOR, WE OFFER 7400.

11:10AM  20            MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:10AM  21            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:10AM  22        (DEFENDANT'S EXHIBIT 7400 WAS RECEIVED IN EVIDENCE.)

11:10AM  23   BY MS. WALSH:

11:10AM  24   Q.   OKAY.  SO MS. SMITH SAYS TO A PERSON NAMED ALEX, "A

11:10AM  25   CONSULTATION IS CONFIRMED WITH ANAND AKERKAR ON LABORATORY

GROSSMAN CROSS BY MS. WALSH (RES.)

11:10AM  1    DEVELOPED TESTS."

11:10AM  2         DO YOU SEE THAT?

11:10AM  3    A.   I DO.

11:10AM  4    Q.   AND THE BIO FOR DR. AKERKAR IS THAT HE, AND IT'S LAID OUT

11:10AM  5    IN THE EMAIL, IS THAT HE'S THE PRESIDENT AND CEO OF MDI

11:10AM  6    CONSULTANTS.

11:10AM  7         DO YOU SEE THAT?

11:10AM  8    A.   I DO.

11:10AM  9    Q.   AND THAT'S A FIRM THAT "PROVIDES QUALITY ASSURANCE,

11:10AM  10   REGULATORY AND CLINICAL SERVICES TO THE MEDICAL DEVICE,

11:10AM  11   PHARMACEUTICAL, AND FOOD INDUSTRIES."

11:10AM  12        RIGHT?

11:10AM  13   A.   YES.

11:11AM  14   Q.   AND A LITTLE FURTHER IT SAYS, "MDI'S SERVICES INCLUDE:

11:11AM  15   FDA REGULATORY STRATEGY DEVELOPMENT."

11:11AM  16        RIGHT?

11:11AM  17   A.   YES.

11:11AM  18   Q.   "CLINICAL TRIAL DEVELOPMENT."

11:11AM  19        CORRECT?

11:11AM  20   A.   YES.

11:11AM  21   Q.   AND THEN A LITTLE FURTHER DOWN IT SAYS, "DR. AKERKAR HAS

11:11AM  22   40 YEARS OF EXPERIENCE IN THE HEALTH CARE INDUSTRY."

11:11AM  23        RIGHT?

11:11AM  24   A.   YES.

11:11AM  25   Q.   OKAY.  AND THEN THERE ARE TWO SCREENING QUESTIONS THERE IN

11:11AM   1    THE EMAIL.  THE FIRST ONE IS, "ARE YOU FAMILIAR WITH AND ABLE

11:11AM   2    TO DISCUSS THE REQUIREMENTS THAT ARE NEEDED FOR LABORATORY

11:11AM   3    DEVELOPED TESTS?"

11:11AM   4         DO YOU SEE THAT?

11:11AM   5    A.   YES.

11:11AM   6    Q.   AND FOR LABORATORY DEVELOPED TESTS TO BE CLIA CERTIFIED;

11:11AM   7    RIGHT?

11:11AM   8    A.   YES.

11:11AM   9    Q.   AND HIS RESPONSE IS "I WROTE THE CLIA MANUAL FOR USERS OF

11:11AM   10   IVD TESTS AND QUITE FAMILIAR WITH ITS REGULATIONS."

11:11AM   11        DO YOU SEE THAT?

11:11AM   12   A.   I DO.

11:11AM   13   Q.   AND THEN THE SECOND QUESTION IS, "PLEASE DESCRIBE ANY

11:11AM   14   EXPERIENCE YOU HAVE SUBMITTING THESE TESTS FOR APPROVAL OR

11:11AM   15   EVALUATING THESE TESTS FOR FDA AND/OR CLIA APPROVAL AND

11:12AM   16   CERTIFICATION."

11:12AM   17        DO YOU SEE THAT?

11:12AM   18   A.   I DO.

11:12AM   19   Q.   AND HE RESPONDED, "WE HAVE GUIDED SEVERAL OF OUR CLIENTS

11:12AM   20   TO GET CLIA WAIVER."

11:12AM   21        RIGHT?

11:12AM   22   A.   YES.

11:12AM   23   Q.   SO IN THE PROCESS OF DOING YOUR DUE DILIGENCE ON THERANOS,

11:12AM   24   YOU WERE CONSULTING WITH EXPERTS IN THE FIELD TO GET ADVICE;

11:12AM   25   RIGHT?

11:12AM  1    A.   YES.

11:12AM  2    Q.   AND THIS IS ONE OF THOSE EXPERTS?

11:12AM  3    A.   YES.

11:12AM  4    Q.   OKAY.  IF WE CAN TURN TO 20662.

11:12AM  5             THE COURT:  WHILE WE DO THAT, FOLKS, WHY DON'T YOU

11:12AM  6    STAND UP AND STRETCH FOR A MOMENT.

11:12AM  7             THE WITNESS:  I'M SORRY.  WHAT WAS THE NUMBER?

11:12AM  8             MS. WALSH:  20662.

11:12AM  9          (STRETCHING.)

11:13AM  10            MS. WALSH:  MAY I PROCEED, YOUR HONOR?

11:13AM  11            THE COURT:  YES.

11:13AM  12            MS. WALSH:  BEFORE WE GO TO 20662, I HAVE LOCATED

11:13AM  13   THE MISSING EXHIBIT.

11:13AM  14         SO MAY I APPROACH, YOUR HONOR?

11:13AM  15            THE COURT:  YES.

11:13AM  16            MS. WALSH:  (HANDING.)

11:14AM  17   Q.   OKAY.  SO, MR. GROSSMAN, DO YOU HAVE EXHIBIT 7399 IN FRONT

11:14AM  18   OF YOU?

11:14AM  19   A.   I DO.

11:14AM  20   Q.   OKAY.  AND IS 7399 AN EMAIL FROM DR. RABODZEY TO YOU AND

11:14AM  21   MR. KHANNA?

11:14AM  22   A.   YES.

11:14AM  23   Q.   AND THE DATE OF THAT EMAIL IS JANUARY 21ST, 2014; CORRECT?

11:14AM  24   A.   YES.

11:14AM  25   Q.   AND THIS IS A COMMUNICATION FROM DR. RABODZEY TO YOU AND

11:14AM  1    MR. KHANNA ABOUT SOME RESEARCH HE HAD BEEN DOING IN CONNECTION

11:14AM  2    WITH THE THERANOS INVESTMENT; CORRECT?

11:14AM  3    A.   I HAVEN'T READ IT.  BUT DO YOU WANT ME TO READ THROUGH THE

11:14AM  4    EMAIL?

11:14AM  5    Q.   SURE.  TO ANSWER THAT QUESTION, SURE.

11:14AM  6    A.   OKAY.

11:14AM  7        (PAUSE IN PROCEEDINGS.)

11:15AM  8    A.   OKAY.

11:15AM  9    Q.   SO IS THAT AN EMAIL FROM DR. RABODZEY TO YOU ABOUT THE

11:15AM  10   THERANOS INVESTMENT?

11:15AM  11   A.   YES.

11:15AM  12           MS. WALSH:  OKAY.  YOUR HONOR, WE OFFER 7399.

11:15AM  13           MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:15AM  14           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:15AM  15       (DEFENDANT'S EXHIBIT 7399 WAS RECEIVED IN EVIDENCE.)

11:15AM  16   BY MS. WALSH:

11:15AM  17   Q.   SO, DR. RABODZEY SAYS, "HI GUYS."

11:15AM  18       AND THIS IS TO YOU AND MR. KHANNA.

11:15AM  19       "I DID SOME MORE READING ON THE CLIA REQUIREMENTS?"

11:16AM  20       AND THE CLIA REQUIREMENTS ARE THE REGULATIONS THAT APPLY

11:16AM  21   TO BLOOD TESTING LABS; CORRECT?

11:16AM  22   A.   I BELIEVE IT'S ANY LABORATORY THAT WANTS TO BILL THE

11:16AM  23   FEDERAL GOVERNMENT, EITHER MEDICARE OR MEDICAID PROGRAMS HAVE

11:16AM  24   TO MEET THE CLIA STANDARDS WHICH WERE LAID OUT IN THE LAW FROM

11:16AM  25   THE LATE 1980S.

11:16AM   1    Q.   AND DR. RABODZEY SAYS, "I DID SOME MORE READING ON THE

11:16AM   2    CLIA REQUIREMENTS, AND THERANOS SEEMS TO BE CORRECT THAT THE

11:16AM   3    CLIA CERTIFICATION DOES MEAN THAT THEIR TESTS MET A CERTAIN

11:16AM   4    LEVEL OF ACCURACY.

11:16AM   5         "THIS MAY OR MAY NOT BE SUFFICIENT TO MEET FDA CRITERIA,

11:16AM   6    BUT I HAVE NO REASON TO BELIEVE IT WON'T.

11:16AM   7         "I ASKED GPG FOR TWO CONSULTANTS:  ONE PERSON WHO

11:16AM   8    DEVELOPED LAB TESTS IN THE PAST AND CAN HELP EVALUATE THE

11:16AM   9    TECHNOLOGY AND ANOTHER PERSON WHO UNDERSTANDS CLIA AND FDA

11:16AM  10    REGULATIONS TO EVALUATE THE REQUIREMENTS THAT THERANOS HAD TO

11:17AM  11    MEET TO GET CLIA CERTIFICATION."

11:17AM  12         DO YOU SEE THAT?

11:17AM  13    A.   I DO.

11:17AM  14    Q.   AND THEN DR. RABODZEY GOES ON TO SAY, "ON THIS WHOLE

11:17AM  15    PHASE II STRATEGY," AND THAT'S A STRATEGY OF PUTTING THE

11:17AM  16    DEVICES IN THE STORES; IS THAT RIGHT?

11:17AM  17    A.   THAT'S FOR THE U.S. RETAIL, YES.

11:17AM  18    Q.   SO PUTTING THE DEVICES IN THE STORE?

11:17AM  19    A.   IN THE U.S. RETAIL SETTING, YES.

11:17AM  20    Q.   "I WOULD STICK TO THE VIEW SHARED BY THE LAWYERS WE SPOKE

11:17AM  21    WITH THAT THE FDA WILL WANT TO REGULATE TESTING AND WILL NOT

11:17AM  22    BUY INTO THIS IDEA OF CLOUD DATA, SO THEY WILL HAVE TO GET THE

11:17AM  23    DEVICE APPROVED BY THE FDA AND/OR THEY MAY NEED TO GET SOME

11:17AM  24    FORM OF CLIA CLEARANCE FOR THOSE WALGREENS LOCATIONS WHERE

11:17AM  25    SYSTEMS ARE DEPLOYED."

11:17AM  1          DO YOU SEE THAT?

11:17AM  2     A.   I DO.

11:17AM  3     Q.   AND THEN IF YOU SKIP DOWN A COUPLE OF SENTENCES,

11:17AM  4     DR. RABODZEY SAYS, "I WOULD THINK THIS IS NOT A BIG DEAL, BUT

11:17AM  5     MAYBE A BIT OF A DELAY FOR THAT PHASE ONLY, STILL THEY CAN WORK

11:17AM  6     AROUND THESE OBSTACLES QUICKLY AND CAPTURE VOLUME THROUGH THEIR

11:18AM  7     HUB AND SPOKE MODEL."

11:18AM  8          DO YOU SEE THAT?

11:18AM  9     A.   I DO.

11:18AM  10    Q.   AND THEN IN THE SECOND TO THE LAST SENTENCE HE SAYS, "IF

11:18AM  11    THEY DO GET AWAY WITH THIS CLOUD IDEA, THIS IS UPSIDE, BUT IN

11:18AM  12    THE ABSENCE OF A WRITTEN COMMITMENT FROM THE FDA, I AM NOT SURE

11:18AM  13    THIS COULD BE A BASE CASE."

11:18AM  14         DO YOU SEE THAT?

11:18AM  15    A.   I DO.

11:18AM  16    Q.   OKAY.  SO NOW LET'S GO TO EXHIBIT 20662 IN YOUR BINDER.

11:18AM  17         DO YOU SEE THAT?

11:18AM  18    A.   YEAH.

11:18AM  19    Q.   AND IS THIS ANOTHER EMAIL FROM DR. RABODZEY TO YOU AND

11:18AM  20    MR. KHANNA?

11:18AM  21    A.   YES, IT IS.

11:18AM  22    Q.   AND THAT'S JANUARY 24TH, 2014; RIGHT?

11:18AM  23    A.   YES.

11:18AM  24    Q.   AND IT'S ABOUT THERANOS; CORRECT?

11:18AM  25    A.   YES.

| | | |
|---|---|---|
| 11:18AM | 1 | MS. WALSH:  YOUR HONOR, WE OFFER 20662. |
| 11:19AM | 2 | MR. LEACH:  NO OBJECTION. |
| 11:19AM | 3 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:19AM | 4 | (DEFENDANT'S EXHIBIT 20662 WAS RECEIVED IN EVIDENCE.) |
| 11:19AM | 5 | BY MS. WALSH: |
| 11:19AM | 6 | Q.   OKAY.  JUST FOCUSSING ON THE TOP PART OF THE EMAIL. |
| 11:19AM | 7 | DR. RABODZEY SAYS TO YOU, "HERE IS SOMETHING TO DISCUSS |
| 11:19AM | 8 | WITH THERANOS:  WHILE THERE IS NO CLEAR GUIDANCE ON COEFFICIENT |
| 11:19AM | 9 | OF VARIATION NEEDED FOR CLIA CERTIFICATION BY TEST, IT IS |
| 11:19AM | 10 | USUALLY UNDER 5 PERCENT." |
| 11:19AM | 11 | DO YOU SEE THAT? |
| 11:19AM | 12 | A.   I DO. |
| 11:19AM | 13 | Q.   OKAY.  "BELOW IS A DESCRIPTION OF PARVOVIRUS TEST WITH CV |
| 11:19AM | 14 | OF 4.5 PERCENT." |
| 11:19AM | 15 | DO YOU SEE THAT? |
| 11:19AM | 16 | A.   I DO. |
| 11:19AM | 17 | Q.   AND THEN DR. RABODZEY POINTS OUT, "SAME TEST FROM THERANOS |
| 11:19AM | 18 | HAS AROUND 15-20 PERCENT INTERCARTRIDGE VARIATION; CORRECT? |
| 11:19AM | 19 | A.   YES. |
| 11:19AM | 20 | Q.   OKAY.  AND THAT'S HIGHER THAN 5 PERCENT; RIGHT? |
| 11:19AM | 21 | A.   15 TO 20 PERCENT IS HIGHER THAN 5 PERCENT, YES. |
| 11:20AM | 22 | Q.   OKAY.  AND THEN HE GOES ON TO SAY, "ALSO, SOME OF THEIR |
| 11:20AM | 23 | TESTS HAVE POOR R2." |
| 11:20AM | 24 | DO YOU SEE THAT? |
| 11:20AM | 25 | A.   I DO. |

11:20AM 1    Q.   "WHICH IS A BIT CONCERNING.

11:20AM 2        "I THINK WE NEED TO CLARIFY THAT WITH THEM.

11:20AM 3        "WHETHER THIS IS ACCEPTABLE AND WHETHER IT IS A DRAWBACK

11:20AM 4    OF METHODOLOGY AND IF THEY CAN IMPROVE (OR NEED TO IMPROVE)."

11:20AM 5        DO YOU SEE THAT?

11:20AM 6    A.   I DO.

11:20AM 7    Q.   SO DR. RABODZEY IN THIS EMAIL WAS EXPRESSING SOME CONCERNS

11:20AM 8    THAT HE HAD ABOUT THE DATA THAT HE HAD REVIEWED; RIGHT?

11:20AM 9    A.   I BELIEVE HE'S REFERRING TO THIS PARTICULAR TEST FROM

11:20AM 10   ANOTHER COMPANY SO THAT'S -- SORRY.

11:20AM 11       I THINK THE REFERENCE TO THIS PARVOVIRUS TEST IS FROM

11:20AM 12   ANOTHER COMPANY.  I DON'T KNOW, I DON'T KNOW WHAT COMPANY.

11:21AM 13   LIAISON LOOKS LIKE THE TRADE NAME, AND IT LOOKS LIKE A BELGIUM

11:21AM 14   COMPANY.  I REALLY DON'T KNOW WHAT THAT IS REFERRING TO.

11:21AM 15       BUT THEN HE DOES ALSO MAKE A COMMENT ON THE R SQUARED,

11:21AM 16   SOME OF THEIR TESTS HAVE POOR R SQUARED.  IT'S SUPPOSED TO READ

11:21AM 17   R SQUARED, NOT R2.

11:21AM 18       I DO THINK THAT IS REFERENCE TO THE SLIDE DECK THAT

11:21AM 19   MR. BALWANI SENT US.

11:21AM 20   Q.   RIGHT.

11:21AM 21       AND DR. RABODZEY, AS FAR AS YOU KNOW, WENT THROUGH THAT

11:21AM 22   DATA; RIGHT?

11:21AM 23   A.   YES.

11:21AM 24   Q.   AND WHAT HE'S POINTING OUT IS SOME OF THE CONCERNS THAT HE

11:21AM 25   HAD WITH THE DATA THAT THERANOS HAD PROVIDED; RIGHT?

11:21AM  1    A.   I MEAN, I DON'T KNOW EXACTLY WHAT HIS -- ALL I KNOW IS

11:21AM  2    WHAT HE WROTE HERE, WHICH IS, HE SAYS, "SOME OF THEIR TESTS

11:21AM  3    HAVE POOR R2, WHICH IS A BIT CONCERNING, I THINK WE NEED TO

11:22AM  4    CLARIFY THAT WITH THEM," AND THAT IS WHAT WE DID.

11:22AM  5    Q.   RIGHT.  AND THAT'S WHAT HE'S EXPRESSING IN THIS EMAIL;

11:22AM  6    CORRECT?

11:22AM  7    A.   NO.  HE'S DOING THE JOB WE TOLD HIM TO DO, WHICH WAS BE

11:22AM  8    SKEPTICAL, BRING YOUR A GAME, BUT DON'T BE OBNOXIOUS.

11:22AM  9    Q.   RIGHT.  AND HE'S DOING HIS JOB; RIGHT?

11:22AM 10    A.   HE'S DOING HIS JOB.

11:22AM 11    Q.   HE REVIEWED THE DATA?

11:22AM 12    A.   YES.

11:22AM 13    Q.   AND HE IS POINTING THINGS OUT TO YOU THAT HE OBSERVED IN

11:22AM 14    THE DATA; CORRECT?

11:22AM 15    A.   THAT PARTICULAR STATEMENT, I DO BELIEVE, REFERENCES THE

11:22AM 16    DATA THAT THEY SENT US.

11:22AM 17         I THINK THE TOP PART OF THE EMAIL IS REFERENCING SOMETHING

11:22AM 18    ELSE THAT THE COMPANY DIDN'T SEND US FROM A DIFFERENT COMPANY.

11:22AM 19    Q.   RIGHT.

11:22AM 20         BUT HE'S POINTING OUT IN THIS EMAIL THINGS THAT HE

11:22AM 21    OBSERVED IN THE THERANOS DATA; CORRECT?

11:22AM 22    A.   YES.

11:22AM 23    Q.   OKAY.  IF YOU COULD TURN TO 7403.

11:23AM 24         DO YOU SEE THAT?

11:23AM 25    A.   I DO.

11:23AM 1     Q.   OKAY.  IS THIS ANOTHER EMAIL FROM DR. RABODZEY TO YOU AND

11:23AM 2     MR. KHANNA?

11:23AM 3     A.   YES.

11:23AM 4     Q.   AND IT IS ON JANUARY 24TH, 2014; RIGHT?

11:23AM 5     A.   YES.

11:23AM 6     Q.   AND IT ALSO RELATES TO THERANOS; CORRECT?

11:23AM 7     A.   YES.

11:23AM 8              MS. WALSH:  YOUR HONOR, WE OFFER 7403.

11:23AM 9              MR. LEACH:  YOUR HONOR, NO OBJECTION TO THE FIRST

11:23AM 10    HALF OF PAGE 1.

11:23AM 11         THE REMAINDER LOOKS TO BE ABOUT 30 OR 40 PAGES, WE WOULD

11:23AM 12    OBJECT TO ON 801 AND 702.

11:23AM 13             MS. WALSH:  YEAH, THAT'S FINE, YOUR HONOR.  I JUST

11:24AM 14    WANTED THE TOP PORTION OF PAGE 1.

11:24AM 15             THE COURT:  SO THE TOP PORTION OF PAGE 1, ONLY THE

11:24AM 16    BOTTOM WILL BE REDACTED, AND ONLY THAT PAGE; IS THAT RIGHT?

11:24AM 17             MS. WALSH:  THAT'S CORRECT, YEAH.

11:24AM 18             THE COURT:  ALL RIGHT.  WITH THAT CAVEAT, IT'S

11:24AM 19    ADMITTED, AND IT MAY BE PUBLISHED.

11:24AM 20        (DEFENDANT'S EXHIBIT 7493, REDACTED, WAS RECEIVED IN

11:24AM 21    EVIDENCE.)

11:24AM 22    BY MS. WALSH:

11:24AM 23    Q.   OKAY.  SO THIS IS ANOTHER EMAIL FROM DR. RABODZEY.  AND

11:24AM 24    WHAT HE TELLS YOU IN THIS EMAIL IS, "HERE ARE THE REFERENCE

11:24AM 25    DOCUMENTS FOR OUR DISCUSSION TODAY."

GROSSMAN CROSS BY MS. WALSH (RES.)

11:24AM   1          "NUMBER 1, DECK ON VALIDATION AND I PASTED THE SLIDE WITH

11:24AM   2     SUGGESTED CV OF 5-10 PERCENT."

11:24AM   3          DO YOU SEE THAT?

11:24AM   4     A.   I DO.

11:24AM   5     Q.   AND CV STANDS FOR COEFFICIENT OF VARIATION; RIGHT?

11:24AM   6     A.   YES.

11:24AM   7     Q.   NUMBER 2 HE SAYS, "PARVOVIRUS IGG ASSAY WITH 4 PERCENT CV

11:25AM   8     VERSUS THERANOS AT 15-20 PERCENT (SEE PAGE 143 OF THEIR

11:25AM   9     PRESENTATION)."

11:25AM  10          RIGHT?

11:25AM  11     A.   YES, I SEE THAT.

11:25AM  12     Q.   AND HE'S REFERRING TO THE SLIDE DECK THAT MR. BALWANI SENT

11:25AM  13     YOU; RIGHT?

11:25AM  14     A.   I BELIEVE THAT'S RIGHT, ALTHOUGH THERE'S A PRESENTATION

11:25AM  15     THAT HE ATTACHED TO THIS EMAIL, SO I DON'T KNOW IF IT'S

11:25AM  16     REFERRING TO SOMETHING IN THAT PRESENTATION.

11:25AM  17     Q.   OKAY.

11:25AM  18     A.   I GUESS I'M NOT SURE.

11:25AM  19     Q.   YEAH.

11:25AM  20          SO LET'S PULL UP 4077, WHICH IS IN EVIDENCE, AND WE'LL GO

11:25AM  21     TO PAGE 145 OF THE EXHIBIT.

11:26AM  22          DO YOU SEE PAGE 145?

11:26AM  23     A.   YES.

11:26AM  24     Q.   AND DO YOU SEE THAT IT SAYS PARVOVIRUS IGG; RIGHT?

11:26AM  25     A.   YES.

11:26AM 1    Q.   AND THERE'S A COLUMN, 1, 2, 3, THERE'S A COLUMN THAT SAYS

11:26AM 2    INTERCARTRIDGES.

11:26AM 3         DO YOU SEE THAT?

11:26AM 4    A.   I DO.

11:26AM 5    Q.   AND PERCENT CV.

11:26AM 6         DO YOU SEE THAT?

11:26AM 7    A.   I DO.

11:26AM 8    Q.   AND THE PERCENT RANGES ARE 13 TO APPROXIMATELY 21 PERCENT.

11:26AM 9         DO YOU SEE THAT?

11:26AM 10   A.   I SEE THAT COLUMN, YES.

11:26AM 11   Q.   OKAY.  AND THAT'S WHAT DR. RABODZEY WAS REFERRING TO IN

11:26AM 12   THE EMAIL ON 7403, RIGHT, ITEM 2?

11:26AM 13   A.   I MEAN, I'M NOT SURE WHAT HE'S REFERRING TO BECAUSE THE

11:27AM 14   COEFFICIENT OF VARIATION SHOULD BE FOR THE WHOLE DATA SET.  SO

11:27AM 15   I DON'T KNOW -- SO I'M NOT SURE THAT WHAT HE'S REFERRING TO IN

11:27AM 16   THIS EMAIL AND IS REFERENCING EACH ONE OF THESE SAMPLES.

11:27AM 17        SO I'M NOT SURE IS THE ANSWER TO MY QUESTION, TO YOUR

11:27AM 18   QUESTION.

11:27AM 19   Q.   OKAY.  BUT YOU SEE IN HIS EMAIL HE REFERRED TO PAGE 143 OF

11:27AM 20   THEIR PRESENTATION.

11:27AM 21        DO YOU REMEMBER THAT?

11:27AM 22   A.   I DO, YES.

11:27AM 23   Q.   AND DO YOU SEE THAT BATES STAMP IN THE BOTTOM RIGHT-HAND

11:27AM 24   CORNER OF THIS DOCUMENT, IT'S 143?

11:27AM 25        DO YOU SEE THAT?

11:27AM 1    A.   I DO.

11:27AM 2    Q.   OKAY.  SO LET'S GO BACK TO 7403.

11:27AM 3         AND HE SAYS IN ITEM 3, "I ALSO ATTACHED TWO MORE DATA

11:27AM 4    PRESENTATION WITH ILLUSTRATIVE GRAPHS OF R SQUARED FOR COMMONLY

11:27AM 5    USED TESTS.  MOST OF THEM ARE GREATER THAN 95 PERCENT VERSUS

11:28AM 6    THERANOS USUALLY UNDER 95 PERCENT WITH THE EXCEPTION OF SIMPLE

11:28AM 7    GENERAL CHEMISTRY."

11:28AM 8         DO YOU SEE THAT?

11:28AM 9    A.   I DO.

11:28AM 10   Q.   OKAY.  AND HE GOES ON TO SAY, "BASICALLY, MY CONCERN IS

11:28AM 11   THAT THEIR METHODOLOGY IS STILL RAW AND/OR THEY MAY BE PUSHING

11:28AM 12   LIMITS HERE."

11:28AM 13        DO YOU SEE THAT?

11:28AM 14   A.   I DO.

11:28AM 15   Q.   "I DO NOT THINK IT'S A DEAL BREAKER AS LONG AS THEY CAN

11:28AM 16   GET CLIA AND FDA APPROVAL ON THEIR TESTS AND CAN MAINTAIN

11:28AM 17   CERTIFICATION IN FUTURE."

11:28AM 18        DO YOU SEE THAT?

11:28AM 19   A.   I DO.

11:28AM 20   Q.   HE GOES ON TO SAY, "NOTE, THAT THEY WILL HAVE TO RERUN

11:28AM 21   THESE TESTS QUARTERLY AND LABCORP AND QUEST WILL EAT THEM ALIVE

11:28AM 22   IF THERE IS ANY EVIDENCE OF 20 PERCENT CV HERE."

11:28AM 23        DO YOU SEE THAT?

11:28AM 24   A.   I DO.

11:28AM 25   Q.   HE GOES ON TO SAY, "GOOD EXAMPLE OF WHAT I AM REFERRING TO

11:28AM  1    IS PAGE 137 THE LH ASSAY.  THEIR R SQUARED IS PRETTY POOR AT

11:29AM  2    .91."

11:29AM  3         DO YOU SEE THAT?

11:29AM  4    A.  I DO.

11:29AM  5    Q.  "AND THERE ARE VERY FEW DATA POINTS AT THE HIGHER END OF

11:29AM  6    RANGE."

11:29AM  7         DO YOU SEE THAT?

11:29AM  8    A.  YES.

11:29AM  9    Q.  AND HE SAYS, "THIS COMPARES TO 0.992 R SQUARED FOR LEINCO

11:29AM 10    LH TEST ON 110 SAMPLES VERSUS THEIR APPROXIMATE 20."

11:29AM 11         DO YOU SEE THAT?

11:29AM 12    A.  I DO.

11:29AM 13    Q.  OKAY.  SO DR. RABODZEY IS GOING THROUGH THE DATA; RIGHT?

11:29AM 14    A.  YES.

11:29AM 15    Q.  AND IT'S THE DATA THAT THERANOS PROVIDED; CORRECT?

11:29AM 16    A.  THAT'S CORRECT.

11:29AM 17    Q.  AND HE'S RAISING ISSUES THAT HE SEES TO YOU; RIGHT?

11:29AM 18    A.  HE'S ANALYZING, AND HE'S DOING EXACTLY WHAT WE ASKED HIM

11:29AM 19    TO DO, WHICH IS TO GO THROUGH THE DATA WITH A SKEPTICAL LENS

11:29AM 20    AND ANALYZE IT.

11:29AM 21    Q.  RIGHT.  AND HE'S RAISING SOME ISSUES WHICH HE SEES TO YOU;

11:30AM 22    RIGHT?

11:30AM 23    A.  YES.

11:30AM 24    Q.  OKAY.  LET'S GO TO 4088.

11:30AM 25         DO YOU SEE 4088?

11:30AM 1    A.    I DO.

11:30AM 2    Q.    AND THE TOP PART OF 4088 IS AN EMAIL BETWEEN YOU AND

11:30AM 3    ADAM CLAMMER; CORRECT?

11:30AM 4    A.    YES, IT IS.

11:30AM 5    Q.    AND THAT'S ON JANUARY 28TH, 2014; RIGHT?

11:30AM 6    A.    YES.

11:30AM 7    Q.    AND MR. CLAMMER WAS WORKING ON THE THERANOS DUE DILIGENCE

11:31AM 8    WITH YOU; CORRECT?

11:31AM 9    A.    HE WASN'T REALLY WORKING ON THE DUE DILIGENCE, BUT HE WAS

11:31AM 10   SOMEONE THAT WE DID HAVE HIM, WE DID HAVE HIM -- THERANOS

11:31AM 11   APPROVED HIS -- ADDED HIM TO OUR CONFIDENTIALITY AGREEMENTS SO

11:31AM 12   WE WERE ABLE TO SHARE INFORMATION WITH HIM AS LONG AS IT DIDN'T

11:31AM 13   TALK ABOUT THEIR TECHNOLOGY, THEIR ROLLOUT, THEIR WALGREENS

11:31AM 14   RELATIONSHIP, ANY OF THE KIND OF KEY BUSINESS PIECES OF THEIR

11:31AM 15   STRATEGY, WE WERE ABLE TO SHARE INFORMATION.

11:31AM 16        AND AS I TESTIFIED YESTERDAY, HE WAS A FRIEND OF MY

11:31AM 17   PARTNER, AND HE'S SOMEONE WHO HAD INVESTED IN PRIVATE COMPANIES

11:31AM 18   IN HIS -- - EARLIER IN HIS CAREER IN THE HEALTH CARE SPACE.

11:31AM 19   Q.    OKAY.  BUT HE WAS PARTICIPATING WITH YOU HELPING YOU OUT

11:31AM 20   WITH DUE DILIGENCE; IS THAT FAIR?

11:31AM 21   A.    I MEAN HE -- OKAY.  YES.

11:31AM 22   Q.    AND WHAT YOU STATED TO MR. CLAMMER IS -- OH, I'M SORRY.

11:32AM 23   THIS IS NOT IN EVIDENCE.

11:32AM 24        SO, YOUR HONOR, WE MOVE 4088 INTO EVIDENCE.

11:32AM 25             MR. LEACH:  NO OBJECTION, YOUR HONOR.

```
11:32AM   1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:32AM   2         (GOVERNMENT'S EXHIBIT 4088 WAS RECEIVED IN EVIDENCE.)

11:32AM   3    BY MS. WALSH:

11:32AM   4    Q.   WHAT YOU SAY, MR. GROSSMAN, TO MR. CLAMMER IS "LOT OF

11:32AM   5    DEBATE INTERNALLY ON ACCURACY."

11:32AM   6         DO YOU SEE THAT?

11:32AM   7    A.   YES.

11:32AM   8    Q.   "I THINK IT'S BASICALLY TRUE, BUT NOT NECESSARILY EVERY

11:32AM   9    TEST TODAY."

11:32AM  10         DO YOU SEE THAT?

11:32AM  11    A.   YES.

11:32AM  12    Q.   "I THINK WITHIN 6-12 MONTHS THEY WILL BE THERE.  THERE ARE

11:32AM  13    1300 TESTS ON CLINICAL FEE SCHEDULE, 400 ARE 99 PERCENT OF

11:32AM  14    VOLUME AND 600 ARE 99 PERCENT."

11:32AM  15         DO YOU SEE THAT?

11:32AM  16    A.   I DO.

11:32AM  17    Q.   AND THEN YOU GO ON TO SAY, "M.D.'S DON'T CARE ABOUT DATA.

11:32AM  18    AS LONG AS ITS CLIA CERTIFIED LAB RUNNING THE TEST THEY ASSUME

11:32AM  19    IT'S COMMODITY."

11:32AM  20         DO YOU SEE THAT?

11:33AM  21    A.   YES.

11:33AM  22    Q.   "CAN TALK IN GENERAL TERMS ABOUT FINANCIALS."

11:33AM  23         CORRECT?

11:33AM  24    A.   YES.

11:33AM  25    Q.   OKAY.  LET'S GO TO 4089.
```

11:33AM  1        DO YOU SEE THIS EMAIL, MR. GROSSMAN?

11:33AM  2    A.   YES.

11:33AM  3    Q.   AND THIS IS FROM DR. RABODZEY AGAIN; RIGHT?

11:33AM  4    A.   YES.

11:33AM  5    Q.   AND IT'S TO YOU AND MR. KHANNA AND OTHERS?

11:33AM  6    A.   YES.

11:33AM  7    Q.   AND IT'S ON JANUARY 28TH, 2014; CORRECT?

11:33AM  8    A.   YES.

11:33AM  9    Q.   AND IT RELATES TO THERANOS TECHNICAL AND REGULATORY

11:33AM 10    ASSESSMENT; RIGHT?

11:33AM 11    A.   THAT'S THE SUBJECT, YES.

11:33AM 12    Q.   OKAY.

11:33AM 13        YOUR HONOR, WE OFFER 4089.

11:34AM 14            MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:34AM 15            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:34AM 16        (GOVERNMENT'S EXHIBIT 4089 WAS RECEIVED IN EVIDENCE.)

11:34AM 17    BY MS. WALSH:

11:34AM 18    Q.   OKAY.  IF WE CAN TURN TO PAGE 2 OF THIS EXHIBIT.

11:34AM 19    ACTUALLY, I'M SORRY.  LET'S START ON PAGE 1.

11:34AM 20        DR. RABODZEY --

11:34AM 21    A.   COULD I HAVE A MINUTE TO REVIEW THE EMAIL OR READ THE

11:34AM 22    EMAIL?

11:34AM 23    Q.   SURE.

11:34AM 24    A.   ARE WE GOING TO GO OVER ALL OF IT?

11:34AM 25    Q.   NOT ALL OF IT, BUT MUCH OF IT.

11:34AM  1            (PAUSE IN PROCEEDINGS.)

11:34AM  2                 THE WITNESS:  OKAY.

11:36AM  3       BY MS. WALSH:

11:36AM  4       Q.   OKAY.

11:36AM  5       A.   YEAH.

11:36AM  6       Q.   ALL RIGHT.  SO THIS IS AN EMAIL WHERE DR. RABODZEY IS

11:36AM  7       REPORTING ON A CALL THAT HE HAD WITH SOMEONE IN THE INDUSTRY

11:36AM  8       WHO HAD DEVELOPED TESTS AND HAD EXPERIENCE IN PREPARING 510(K)

11:36AM  9       SUBMISSIONS; RIGHT?

11:36AM  10      A.   YES.

11:36AM  11      Q.   OKAY.  AND DR. RABODZEY SAYS, "HERE IS THE SUMMARY OF MY

11:36AM  12      RESEARCH AND THE CALL."

11:36AM  13           DO YOU SEE THAT?

11:36AM  14      A.   I DO.

11:36AM  15      Q.   AND THEN IF WE GO DOWN ABOUT HALF WAY IN THAT FIRST

11:36AM  16      PARAGRAPH HE SAYS, "IMPORTANT DISTINCTION BETWEEN CLIA AND FDA:

11:36AM  17      CMS CLIA PROGRAM DOES NOT ADDRESS THE CLINICAL VALIDITY OF ANY

11:37AM  18      TEST."

11:37AM  19           DO YOU SEE THAT?

11:37AM  20      A.   I DO.

11:37AM  21      Q.   "THAT IS, THE ACCURACY WITH WHICH THE TEST IDENTIFIES,

11:37AM  22      MEASURES, OR PREDICTS THE PRESENCE OR ABSENCE OF A CLINICAL

11:37AM  23      CONDITION OR PREDISPOSITION IN A PATIENT."

11:37AM  24           DO YOU SEE THAT?

11:37AM  25      A.   I DO.

11:37AM   1    Q.   "ON THE OTHER HAND, FDA EVALUATES THE CLINICAL VALIDITY OF

11:37AM   2    A TEST UNDER ITS PREMARKET CLEARANCE."

11:37AM   3         DO YOU SEE THAT?

11:37AM   4    A.   I DO.

11:37AM   5    Q.   "AND APPROVAL PROCESSES."

11:37AM   6         DO YOU SEE THAT?

11:37AM   7    A.   I DO.

11:37AM   8    Q.   OKAY.  AND THEN LET'S SKIP DOWN TO THE HEADING, "LET ME

11:37AM   9    DIGEST THIS IN A SIMPLE WAY."

11:37AM  10         DO YOU SEE THAT?

11:37AM  11    A.   I DO.

11:37AM  12    Q.   AND THEN DR. RABODZEY SAYS, "THE FDA COULD CHOOSE TO SEND

11:37AM  13    CEASE AND DESIST ORDER TO THERANOS ANY TIME BECAUSE THEIR TESTS

11:37AM  14    ARE NOT FDA CLEARED.  HISTORICALLY, THE FDA DID NOT DO THIS, SO

11:37AM  15    THERANOS IS CORRECT THAT SUCH AN AGGRESSIVE SCENARIO IS

11:37AM  16    UNLIKELY IN THE NEAR FUTURE."

11:37AM  17         DO YOU SEE THAT?

11:37AM  18    A.   I DO.

11:37AM  19    Q.   AND THEN LET'S FLIP TO PAGE 2.

11:38AM  20         DR. RABODZEY GIVES HIS CONCLUSION.

11:38AM  21         AND WHAT HE SAYS IS, "MY TAKE IS THAT WE DO NOT HAVE

11:38AM  22    ENOUGH INFORMATION TO ANSWER THE QUESTION OF WHETHER THE FDA

11:38AM  23    WILL DECIDE TO REGULATE THERANOS AND WHEN.  WE ALSO DO NOT KNOW

11:38AM  24    WHETHER THERANOS WILL HAVE ENOUGH DATA ON THE 99 PERCENT OF THE

11:38AM  25    TESTING VOLUME TO SATISFY FDA REQUIREMENTS."

11:38AM  1          DO YOU SEE THAT?

11:38AM  2     A.   I DO.

11:38AM  3     Q.   "SINCE WE CANNOT GET ACCESS TO THEIR FDA COMMUNICATION ON

11:38AM  4     THIS TOPIC AND DO NOT HAVE A COMPREHENSIVE ACCESS TO DATA

11:38AM  5     UNDERLYING THE CHARTS THEY PRESENTED, I THINK THERE IS RISK

11:38AM  6     HERE."

11:38AM  7          DO YOU SEE THAT?

11:38AM  8     A.   I DO.

11:38AM  9     Q.   "THUS, MY CONCLUSION IS THAT WE HAVE TO ACCOUNT FOR RISK

11:38AM 10     THAT THE FDA WILL DECIDE TO REGULATE THERANOS MUCH EARLIER THAN

11:38AM 11     THEY THINK, WHICH MAY SLOW DOWN OR DERAIL THE LAUNCH."

11:38AM 12          DO YOU SEE THAT?

11:38AM 13     A.   I DO.

11:39AM 14     Q.   AND THEN HE SAYS, "WE ALSO HAVE TO ASSUME THAT THERE IS A

11:39AM 15     POSSIBILITY THAT THEY WILL NEVER BE ABLE TO GET CERTAIN TESTS

11:39AM 16     APPROVED BY THE FDA AND THEY WILL REMAIN VENOUS BLOOD DRAW

11:39AM 17     TESTS (WHICH THEY MENTIONED)."

11:39AM 18          DO YOU SEE THAT?

11:39AM 19     A.   I DO.

11:39AM 20     Q.   AND THEN UNDER ACTION HE SAYS, "I THINK THERE IS A LOW,

11:39AM 21     BUT UNQUANTIFIABLE, POSSIBILITY THAT EITHER THE FDA WILL BE

11:39AM 22     MORE AGGRESSIVE THAN THERANOS THINKS AND/OR THAT SOME OF THEIR

11:39AM 23     TESTS WILL NOT CLEAR FDA REVIEW.  IT IS NOT UNUSUAL TO SEE

11:39AM 24     RISKS LIKE THESE IN EARLY STAGE INVESTMENTS, SO THIS IS NOT A

11:39AM 25     PROBLEM PER SE, BUT IT IS SOMETHING THAT WE NEED TO BE MINDFUL

11:39AM  1    OF AND SOMETHING THAT WE NEED TO ACCOUNT FOR IN OUR VALUATION

11:39AM  2    OF THE COMPANY."

11:39AM  3        DO YOU SEE THAT?

11:39AM  4    A.  I DO.

11:39AM  5    Q.  "BASICALLY, I WOULD ASSUME 10-25 PERCENT CHANCE OF A MAJOR

11:39AM  6    DELAY OR PROBLEMS WITH GETTING ALL OF THE TESTS ON THE MARKET

11:39AM  7    THROUGH THE FDA."

11:39AM  8        DO YOU SEE THAT?

11:39AM  9    A.  I DO.

11:39AM 10    Q.  OKAY.  SO DR. RABODZEY IS GIVING YOU HIS TAKE ON

11:40AM 11    REGULATORY RISKS THAT WERE INVOLVED WITH THERANOS; IS THAT

11:40AM 12    FAIR?

11:40AM 13    A.  HE'S GIVING US HIS ASSESSMENT OF THE RISKS OF THE FDA

11:40AM 14    APPROVAL PROCESS THAT THE COMPANY WAS PURSUING, WHICH WAS ABOVE

11:40AM 15    AND BEYOND THE REQUIREMENTS THAT THEY NEEDED TO OPERATE A CLIA

11:40AM 16    LABORATORY AND PROVIDE LABORATORY SERVICES.  IT'S SOMETHING

11:40AM 17    THAT THEY TOLD US THAT THEY WERE GOING TO DO ABOVE AND BEYOND

11:40AM 18    WHAT THEY NEEDED TO DO.

11:40AM 19        SO THAT PART OF THE BUSINESS STRATEGY MR. OR DR. RABODZEY

11:40AM 20    IS ANALYZING THAT ASPECT OF THEIR REGULATORY STRATEGY.

11:40AM 21    Q.  RIGHT.  AND HE SAYS IN THE EMAIL, "THE FDA COULD CHOOSE TO

11:40AM 22    SEND A CEASE AND DESIST ORDER TO THERANOS ANY TIME."

11:40AM 23        YOU REMEMBER THAT; RIGHT?

11:40AM 24    A.  YES.

11:40AM 25    Q.  OKAY.

```
11:41AM   1              MR. LEACH:  YOUR HONOR, I'M SORRY TO INTERRUPT.  ONE
11:41AM   2    OF OUR JURORS --
11:41AM   3              THE COURT:  OH, I'M SORRY.  SHOULD WE TAKE A BREAK?
11:41AM   4              JUROR:  YES.
11:41AM   5              THE COURT:  LET'S DO THAT.  WE'VE BEEN GOING ABOUT
11:41AM   6    TWO HOURS NOW.  LET'S TAKE 30 MINUTES, LADIES AND GENTLEMEN,
11:41AM   7    AND THEN WE'LL COME BACK.  THANK YOU.
11:42AM   8         (JURY OUT AT 11:42 A.M.)
11:42AM   9              THE COURT:  MR. GROSSMAN, YOU CAN STAND DOWN AS
11:42AM  10    WELL.
11:42AM  11         PLEASE BE SEATED.  THE RECORD SHOULD REFLECT THAT OUR JURY
11:42AM  12    HAS LEFT FOR OUR BREAK.  MR. GROSSMAN HAS LEFT THE COURTROOM.
11:42AM  13         ALL COUNSEL AND MR. BALWANI REMAIN.
11:42AM  14         LET ME JUST GO THROUGH JUST A SCHEDULE, TIMING SCHEDULE
11:42AM  15    FOR TODAY.
11:42AM  16         MS. WALSH, DO YOU -- ANY IDEA HOW MUCH LONGER YOU HAVE?
11:42AM  17              MS. WALSH:  YES, YOUR HONOR.  I THINK IT WILL BE
11:42AM  18    CLOSE TO TWO HOURS LONG.
11:42AM  19              THE COURT:  TWO MORE HOURS?
11:42AM  20              MS. WALSH:  I THINK SO.
11:42AM  21              THE COURT:  OKAY.  THANK YOU.
11:42AM  22         AND THEN, MR. LEACH, YOU MAY HAVE SOME REDIRECT?
11:43AM  23              MR. LEACH:  YES, YOUR HONOR.
11:43AM  24              THE COURT:  OKAY.  SO WE HAVE DEFERRED -- WE WERE
11:43AM  25    GOING TO START WITH A DISCUSSION THIS MORNING REGARDING A
```

11:43AM  1      GOVERNMENT'S MOTION.  I DON'T HAVE THE DOCKET IN FRONT OF ME.

11:43AM  2          I DID RECEIVE AN OPPOSITION LAST NIGHT AT 9:53 P.M.  I

11:43AM  3      THINK THE MOTION WAS FILED TUESDAY AT 11:53 A.M., I BELIEVE.

11:43AM  4      AND WE WERE GOING TO HAVE DISCUSSION THIS MORNING.

11:43AM  5          I'M CURIOUS IF THE GOVERNMENT WILL FILE A REPLY TO THE

11:43AM  6      OPPOSITION THAT WAS FILED LAST NIGHT?

11:43AM  7          MS. VOLKAR, WHY DON'T YOU COME UP.  THANK YOU.

11:43AM  8          MY THOUGHT IS IF THE GOVERNMENT WISHED TO FILE AN

11:43AM  9      OPPOSITION TO THAT -- EXCUSE ME, A REPLY TO THE OPPOSITION.

11:44AM 10          SHE CAN JUST GO TO THIS ONE.

11:44AM 11              MS. WALSH:  I'M SORRY, YOUR HONOR.

11:44AM 12              THE COURT:  IT'S PROBABLY EASIER TO USE THIS ONE AND

11:44AM 13      THEN MR. COOPERSMITH CAN USE YOURS.

11:44AM 14              MR. COOPERSMITH:  IT FEELS UNCOMFORTABLE OVER HERE,

11:44AM 15      YOUR HONOR.

11:44AM 16              THE COURT:  IT'S BEEN A LONG TIME.

11:44AM 17              MR. COOPERSMITH:  IT'S BEEN A LONG TIME, YEAH.

11:44AM 18              MS. VOLKAR:  SORRY, YOUR HONOR.

11:44AM 19          THE GOVERNMENT DOES NOT SEE A NEED TO FILE A REPLY, BUT,

11:44AM 20      OF COURSE, IF IT WOULD AID THE COURT IN DOING SO.

11:44AM 21          WHEN WE WERE TOLD YESTERDAY THAT THE DEFENSE WOULD BE

11:44AM 22      FILING AROUND 10:00 P.M., I THINK IT WAS ALREADY LATE

11:44AM 23      AFTERNOON, WE ASSUMED THERE WON'T BE TIME FOR REPLY THIS

11:44AM 24      MORNING.

11:44AM 25          SO THAT'S A LONG WINDED WAY TO SAY WE'RE HAPPY TO DO

11:44AM 1    WHATEVER WOULD AID THE COURT, BUT WE'RE READY TO ARGUE, I

11:44AM 2    GUESS, WHENEVER THE TIME PERMITS FOR THE COURT.

11:44AM 3         THE COURT:  SURE.  THANK YOU.

11:44AM 4    WELL, THE TIMING OF THE FILINGS, I DIDN'T EXPECT A REPLY

11:44AM 5    WOULD BE FILED SUCH THAT IT COULD BE ARGUED THIS MORNING AT

11:44AM 6    8:15 WHEN WE INITIALLY SCHEDULED IT.

11:44AM 7         AND SO I'M THINKING NOW, JUST BECAUSE OF OUR SCHEDULE WITH

11:45AM 8    TESTIMONY TODAY, WE MAY HAVE ANOTHER THREE HOURS WITH THIS

11:45AM 9    WITNESS IT SOUNDS LIKE, AND THEN DEPENDING IF YOU REST.

11:45AM 10   I THINK, MR. COOPERSMITH, YOU'VE TOLD ME THAT YOU HAVE A

11:45AM 11   WITNESS THAT YOU WOULD LIKE TO GET ON TODAY.

11:45AM 12        MR. COOPERSMITH:  YES, YOUR HONOR.  SHE'S HERE.  I

11:45AM 13   KNOW WE HAVE THE CLOCK BECAUSE THE COURT STATED IT PREVIOUSLY,

11:45AM 14   BUT I THINK, YOU KNOW, THIS IS, IN OUR VIEW, IMPORTANT TO

11:45AM 15   MS. WALSH TO FINISH HER CROSS.

11:45AM 16   AND WE DO WANT TO TRY TO GET DR. WOOTEN ON TODAY,

11:45AM 17   W-O-O-T-E-N.

11:45AM 18   I'M HOPING THERE WILL BE TIME FOR THAT IN THE AFTERNOON.

11:45AM 19   SHE'S NOT A LONG WITNESS.  OBVIOUSLY I DON'T KNOW WHAT THE

11:45AM 20   CROSS WILL BE.

11:46AM 21   I THINK, AS I SAID, HER DIRECT WOULD NOT BE LONGER THAN

11:46AM 22   ABOUT 40 MINUTES IN MY ESTIMATION.

11:46AM 23        THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THE

11:46AM 24   CANDOR IN THE SCHEDULING.

11:46AM 25   I DON'T THINK WE'RE GOING TO HAVE TIME TO ARGUE THE MOTION

11:46AM   1    FULSOME THIS AFTERNOON -- TODAY.

11:46AM   2         WE DID HAVE DISRUPTIONS BECAUSE OF OUR JUROR SITUATION.

11:46AM   3    SO THAT OCCUPIED SOME TIME.

11:46AM   4         SO LET ME -- I'M DOING THIS NOW TO TELL YOU, MS. VOLKAR,

11:46AM   5    THAT WHY DON'T I GIVE YOU AN OPPORTUNITY TO FILE A REPLY, AND

11:46AM   6    IF YOU COULD GET THAT FILED BY MAYBE SUNDAY, 6:00 P.M., NO

11:46AM   7    LATER THAN, I THINK THAT WOULD BE HELPFUL, AND I'LL LOOK AND

11:46AM   8    SEE WHEN WE CAN HAVE A DISCUSSION ABOUT THAT MOTION.

11:47AM   9         I'M TRYING TO MOVE THINGS SUCH THAT WE CAN HAVE SOME TIME

11:47AM  10    MONDAY MORNING, AND I'LL SEE WHAT I CAN DO ABOUT THAT.  BUT WE

11:47AM  11    HAVE A CRIMINAL CALENDAR THAT DAY.  WE HAVE SOME CALENDARS THAT

11:47AM  12    MORNING AND AFTERNOON.  LET'S ME SEE WHAT I CAN DO.

11:47AM  13              MR. COOPERSMITH:  WE'RE HAPPY TO ARGUE IT MONDAY.

11:47AM  14              THE COURT:  YOU WON'T HAVE ANY TIME TODAY.

11:47AM  15              MR. COOPERSMITH:  I APPRECIATE THAT, OF COURSE.

11:47AM  16         I DO HAVE A CONFLICT FROM APPROXIMATELY 9:30 TO 10:30 A.M.

11:47AM  17    ON MONDAY.  IT WOULD BE DIFFICULT TO MOVE IT.  I'M NOT GOING TO

11:47AM  18    SAY IMPOSSIBLE, BUT THAT IS JUST ON MY CALENDAR.

11:47AM  19              THE COURT:  WELL, WE'LL SEE WHAT WE CAN, WE'LL SEE

11:47AM  20    WHAT WE CAN DO.

11:47AM  21         I THINK WE HAVE A -- WE'LL SEE.

11:47AM  22         I KNOW I HAVE SOMETHING SCHEDULED I THINK AT 10:30, BUT

11:47AM  23    LET'S SEE WHAT WE CAN DO.

11:47AM  24              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

11:47AM  25              THE COURT:  OKAY.

| | | |
|---|---|---|
| 11:47AM | 1 | MS. VOLKAR:  THANK YOU, YOUR HONOR. |
| 11:48AM | 2 | (RECESS FROM 11:48 A.M. UNTIL 12:22 P.M.) |
| 12:22PM | 3 | (JURY IN AT 12:22 P.M.) |
| 12:22PM | 4 | THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES |
| 12:22PM | 5 | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 12:22PM | 6 | MS. WALSH. |
| 12:22PM | 7 | MS. WALSH:  THANK YOU, YOUR HONOR. |
| 12:23PM | 8 | Q.  ALL RIGHT.  HELLO, MR. GROSSMAN AGAIN. |
| 12:23PM | 9 | IF YOU COULD TURN IN YOUR BINDER TO 14054. |
| 12:23PM | 10 | A.  OKAY. |
| 12:23PM | 11 | Q.  IS THIS ANOTHER EMAIL FROM DR. RABODZEY TO YOU, AND |
| 12:23PM | 12 | MR. KHANNA, AND DR. BALASURYAN ABOUT THERANOS DILIGENCE CALLS? |
| 12:23PM | 13 | A.  SURE.  I'D LIKE TO READ THROUGH IT. |
| 12:23PM | 14 | Q.  SURE.  TAKE YOUR TIME. |
| 12:23PM | 15 | (PAUSE IN PROCEEDINGS.) |
| 12:23PM | 16 | THE WITNESS:  OKAY. |
| 12:24PM | 17 | BY MS. WALSH: |
| 12:24PM | 18 | Q.  SO IS THAT ANOTHER EMAIL FROM DR. RABODZEY TO YOU |
| 12:24PM | 19 | REGARDING THERANOS DILIGENCE CALLS? |
| 12:24PM | 20 | A.  YES. |
| 12:24PM | 21 | Q.  OKAY.  AND THAT THE EMAIL IS ON JANUARY 29TH, 2014; IS |
| 12:24PM | 22 | THAT RIGHT? |
| 12:24PM | 23 | A.  YES. |
| 12:24PM | 24 | MS. WALSH:  YOUR HONOR, WE OFFER 14054. |
| 12:24PM | 25 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |

12:24PM  1          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:24PM  2          (DEFENDANT'S EXHIBIT 14054 WAS RECEIVED IN EVIDENCE.)

12:24PM  3     BY MS. WALSH:

12:24PM  4     Q.   OKAY.  SO IF YOU LOOK AT THE EMAIL, DR. RABODZEY SAYS TO

12:24PM  5     YOU, "BRIAN,

12:24PM  6          "WE HAD ONE MORE DILIGENCE CALL TODAY WITH A SCIENTIST WHO

12:24PM  7     DEVELOPS LAB BASED TESTS, AND HE CONFIRMED EVERY POINT THAT

12:24PM  8     THERANOS MADE WITH THE EXCEPTION OF PUTTING MACHINES AT

12:24PM  9     WALGREENS LOCATIONS."

12:24PM  10         DO YOU SEE THAT?

12:24PM  11    A.   YES.

12:24PM  12    Q.   AND THEN DR. RABODZEY GOES ON TO SAY, "HIS VIEW WAS THAT

12:25PM  13    CLIA APPROVAL IS ENOUGH AS LONG AS YOU HAVE MACHINES INSIDE OF

12:25PM  14    THE CLIA LAB.  NO NEED FOR FDA APPROVAL.

12:25PM  15         "THERANOS MEETS CLIA REQUIREMENTS ON MOST OF THEIR TESTS

12:25PM  16    AS WE KNOW."

12:25PM  17         DO YOU SEE THAT?

12:25PM  18    A.   YES, I DO.

12:25PM  19    Q.   HE SAID -- CONTINUING ON.

12:25PM  20         DR. RABODZEY IS RELAYING TO YOU, "HE SAID, HOWEVER, THAT

12:25PM  21    IF YOU WANT TO PUT A MACHINE IN A WALGREENS LOCATION, IT HAS TO

12:25PM  22    BE FDA CLEARED.

12:25PM  23         "HE DID ACKNOWLEDGE THAT THIRD PARTY DEVICE STANDARDS ARE

12:25PM  24    MUCH HIGHER THAN CLIA.

12:25PM  25         "ADDITIONALLY, HE DID BELIEVE THAT WHILE MINIATURIZING --"

12:25PM  1              THE COURT:  SO, MS. WALSH, CAN YOU SLOW DOWN WHEN

12:25PM  2      YOU READ A DOCUMENT FOR OUR REPORTER'S BENEFIT.

12:25PM  3              MS. WALSH:  SURE.  APOLOGIES.

12:25PM  4      Q.  "HE DID BELIEVE THAT WHILE MINIATURIZING LABCORP TEST MENU

12:25PM  5      IS POSSIBLE, IT WILL BE VERY HARD TO DO ONE SOME TESTS AND

12:26PM  6      ACCURACY WILL DETERIORATE (BUT WE ALREADY KNOW THAT)."

12:26PM  7          DO YOU SEE THAT?

12:26PM  8      A.  I SEE THAT.

12:26PM  9      Q.  AND THEN DR. RABODZEY GOES ON TO SAY, "OVERALL, I THINK

12:26PM 10      ACROSS THE 3 REGULATORY/SCIENCE CALLS I FEEL THAT THERE IS

12:26PM 11      SMALL RISK TO IMPLEMENTATION IF THE FDA CHOOSES TO EXERCISE

12:26PM 12      THEIR AUTHORITY, BUT THIS WOULD BE UNUSUAL.  SO, I WOULD STILL

12:26PM 13      STICK TO MY LOW 10-20 PERCENT CHANCE THAT THE IMPLEMENTATION

12:26PM 14      GETS DETAILED BY THE FDA."

12:26PM 15          DO YOU SEE THAT?

12:26PM 16      A.  I DO.

12:26PM 17      Q.  "THE FDA DEMANDING MORE REGULATION AND A DECENT CHANCE

12:26PM 18      THAT THE SOME TESTS MAY NOT PASS THE FDA 501(K) REVIEW."

12:26PM 19          DO YOU SEE THAT?

12:26PM 20      A.  YES.

12:26PM 21      Q.  AND THEN IN THE LAST PARAGRAPH HE SAYS, "ON A SIDE NOTE, I

12:27PM 22      AM NOT SURE WHAT THERANOS IS DOING WITH MY TEST, BUT I STILL

12:27PM 23      HAVE NOT GOTTEN THE RESULTS AND I SPOKE TO ONEMEDICAL AND THEY

12:27PM 24      DID NOT GET MY RESULTS EITHER."

12:27PM 25          DO YOU SEE THAT?

```
12:27PM   1      A.   YES, I DO.

12:27PM   2      Q.   OKAY.  SO YOU UNDERSTOOD AT THE TIME THAT DR. RABODZEY HAD

12:27PM   3      GONE IN FOR A TEST AT WALGREENS; RIGHT?

12:27PM   4      A.   YES.

12:27PM   5      Q.   AND HE HAD GOTTEN A THERANOS TEST; RIGHT?

12:27PM   6      A.   YES.

12:27PM   7      Q.   AND AS OF THIS EMAIL, HE STILL HAD NOT GOTTEN HIS RESULTS;

12:27PM   8      RIGHT?

12:27PM   9      A.   THAT APPEARS TO BE THE CASE, YES.

12:27PM  10      Q.   OKAY.  SO LET'S TURN NOW TO 14101.

12:27PM  11           DO YOU SEE THAT EMAIL?

12:27PM  12      A.   I DO.

12:27PM  13      Q.   DO YOU NEED A MINUTE TO READ IT?

12:27PM  14      A.   I DO.  YES.  THANK YOU.

12:28PM  15           (PAUSE IN PROCEEDINGS.)

12:28PM  16               THE WITNESS:  OKAY.

12:28PM  17      BY MS. WALSH:

12:28PM  18      Q.   OKAY.  AND THIS IS AN EMAIL, AGAIN, FROM DR. RABODZEY TO

12:28PM  19      YOU AND MR. KHANNA; RIGHT?

12:28PM  20      A.   YES.

12:28PM  21      Q.   AND IT WAS SENT ON JANUARY 26TH, 2014; CORRECT?

12:28PM  22      A.   YES.

12:29PM  23      Q.   AND IT RELATES TO THE THERANOS TEST HE TOOK; RIGHT?

12:29PM  24      A.   YES.

12:29PM  25               MS. WALSH:  YOUR HONOR, WE OFFER 14001.
```

12:29PM 1          MR. LEACH:  NO OBJECTION.

12:29PM 2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:29PM 3          (DEFENDANT'S EXHIBIT 14001 WAS RECEIVED IN EVIDENCE.)

12:29PM 4   BY MS. WALSH:

12:29PM 5   Q.   OKAY.  SO IN THE FIRST LINE YOU SEE DR. RABODZEY SAYS,

12:29PM 6   "DID THE TEST TODAY."

12:29PM 7          DO YOU SEE THAT?

12:29PM 8   A.   I DO.

12:29PM 9   Q.   AND THEN IF WE SKIP DOWN A FEW BULLETS TO BLOOD DRAW

12:29PM 10  ITSELF, DO YOU SEE THE LINE "BLOOD DRAW ITSELF"?

12:29PM 11  A.   I DO.

12:29PM 12  Q.   AND HE SAYS, "BLOOD DRAW ITSELF WAS QUITE PAINLESS, BUT

12:29PM 13  THE TECH DID ACKNOWLEDGE THAT SOME WOMEN FIND IT UNCOMFORTABLE

12:29PM 14  AS THEIR FINGERS NEED TO BE SQUEEZED HARD AND IT IS A BIT

12:29PM 15  PAINFUL.

12:29PM 16      "THEY DID DRAW TWO SAMPLES, NOT ONE (4 NANOTAINERS)

12:29PM 17  BECAUSE I HAD TO DO CBC AND THE LIPID PANEL, BUT THESE ARE THE

12:30PM 18  TWO MOST COMMON THINGS THAT ARE ORDERED.  WAS NOT A BIG DEAL,

12:30PM 19  BUT IT TAKES MORE TIME AND INCREMENTALLY HARDER TO SQUEEZE MORE

12:30PM 20  BLOOD FOR THE SECOND DRAW (DON'T NEED TO PUNCTURE TWICE

12:30PM 21  THOUGH)."

12:30PM 22      DO YOU SEE THAT?

12:30PM 23  A.   I DO.

12:30PM 24  Q.   AND THEN HE SAYS, "THE TECH TOLD ME THEY ARE NOW IN A TEST

12:30PM 25  MODE AND TRYING TO OPTIMIZE THINGS VERY WELL AND CONVERT ALL

12:30PM   1    VENOUS DRAW TESTS BEFORE STARTING LARGER PROMOTIONAL CAMPAIGN."

12:30PM   2        DO YOU SEE THAT?

12:30PM   3    A.   I DO.

12:30PM   4    Q.   OKAY.  AND SO YOU KNEW AT THIS POINT IN TIME IN JANUARY OF

12:30PM   5    2014 THAT THERANOS WAS DOING SOME VENOUS TESTING; IS THAT

12:30PM   6    RIGHT?

12:30PM   7    A.   YES.

12:30PM   8    Q.   OKAY.  AND YOU TESTIFIED ON YOUR DIRECT ON WEDNESDAY THAT

12:31PM   9    YOU BELIEVED THE VENOUS DRAWS WERE BEING TESTED ON VENOUS

12:31PM  10    TECHNOLOGY; IS THAT RIGHT?

12:31PM  11    A.   YES.

12:31PM  12    Q.   BUT DURING YOUR CONVERSATIONS THERANOS, YOU DON'T REMEMBER

12:31PM  13    HAVING ANY DISCUSSIONS WITH ANYONE AT THERANOS ABOUT HOW THEY

12:31PM  14    WERE TESTING THOSE VENOUS DRAWS, DO YOU?

12:31PM  15    A.   I DON'T RECALL SPECIFICALLY.

12:31PM  16    Q.   OKAY.  LET'S TURN NOW TO 14057.

12:31PM  17    A.   I'M ASSUMING YOU MEAN BEFORE WE INVESTED.

12:31PM  18    Q.   DURING YOUR DUE DILIGENCE PROCESS.

12:31PM  19    A.   YEAH.

12:31PM  20    Q.   1547 -- I'M SORRY.  14057.

12:32PM  21    A.   OKAY.

12:32PM  22    Q.   AND THIS IS AN EMAIL BETWEEN YOU AND MR. BALWANI, AND THEN

12:32PM  23    LATER IN THE CHAIN BETWEEN YOU, AND DR. RABODZEY, MR. KHANNA,

12:32PM  24    AND DR. BALASURYAN.

12:32PM  25        DO YOU SEE THAT?

12:32PM   1    A.   YEAH.  I'M JUST LOOKING AT ALL OF THE --

12:32PM   2    Q.   SURE.

12:32PM   3    A.   OKAY.  YES, I SEE THAT.

12:32PM   4    Q.   OKAY.  AND THIS IS AN EMAIL DISCUSSING SOME OPEN ITEMS

12:32PM   5    RELATING TO YOUR POTENTIAL INVESTMENT IN THERANOS; IS THAT

12:32PM   6    RIGHT?

12:32PM   7    A.   WELL, LET ME JUST READ IT THEN.

12:32PM   8    Q.   SURE.

12:33PM   9         (PAUSE IN PROCEEDINGS.)

12:33PM   10            THE WITNESS:  OKAY.  I'M SORRY.  WHAT WAS THE

12:33PM   11   QUESTION?

12:33PM   12   BY MS. WALSH:

12:33PM   13   Q.   WHETHER THIS EMAIL IS AN EMAIL ABOUT SOME OPEN ITEMS

12:33PM   14   RELATING TO PFM'S POTENTIAL INVESTMENT IN THERANOS?

12:33PM   15   A.   YES, IT IS.

12:33PM   16   Q.   OKAY.  YOUR HONOR, WE OFFER 14057.

12:33PM   17            MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:33PM   18            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:33PM   19        (DEFENDANT'S EXHIBIT 14057 WAS RECEIVED IN EVIDENCE.)

12:33PM   20   BY MS. WALSH:

12:33PM   21   Q.   AND, MR. GROSSMAN, JUST FOCUSSING ON THE FIRST PAGE OF

12:33PM   22   THIS CHAIN.

12:33PM   23   A.   THE FIRST PAGE, YOU MEAN IN THE --

12:33PM   24   Q.   OF THE EXHIBIT?

12:33PM   25   A.   AT THE END OF THE CHAIN OR THE BEGINNING?

12:33PM  1    Q.   THE END IN TIME, THE FIRST PAGE OF THE EXHIBIT.

12:33PM  2    A.   OKAY.

12:33PM  3    Q.   DO YOU SEE THAT?

12:33PM  4    A.   YES.

12:33PM  5    Q.   OKAY.  I JUST WANT TO FOCUS YOU ON THE EMAIL FROM YOU TO

12:33PM  6    MR. BALWANI WHERE YOU SAY, "THANKS SUNNY."

12:33PM  7         DO YOU SEE THAT?

12:33PM  8    A.   YES.

12:33PM  9    Q.   SO YOU SAY, "THANKS SUNNY.

12:33PM 10         "BY THE WAY, MY TEST RESULTS WHICH I HAVE TAKEN AT

12:34PM 11    WALGREENS YESTERDAY AT 3:45 HAVE NOT BEEN DELIVERED TO MY

12:34PM 12    PHYSICIAN."

12:34PM 13         DO YOU SEE THAT?

12:34PM 14    A.   I DO SEE THAT.

12:34PM 15    Q.   AND IT'S ON THE SCREEN AS WELL IF THAT'S EASIER.

12:34PM 16         AND THEN MOVING UP THE CHAIN, MR. BALWANI RESPONDS TO YOU.

12:34PM 17         DO YOU SEE THAT?

12:34PM 18    A.   I DO SEE THAT.

12:34PM 19    Q.   AND HE SAYS, "SURE.

12:34PM 20         "ON YOUR TESTS.  THERE WAS A CONTROL THAT FAILED ON ONE OF

12:34PM 21    THE ASSAYS AND THE LAB RERAN THE SAMPLE (AS IS THE PROCEDURE)

12:34PM 22    AND THEY WERE HOLDING BACK RESULTS FOR ALL OF THE OTHER TESTS

12:34PM 23    UNTIL THE ENTIRE ORDER WAS COMPLETE.  I TOLD THEM TO RELEASE

12:34PM 24    THE PARTIAL (WHICH THEY DID) BUT THEN ALSO NOTIFIED ME FEW

12:34PM 25    MINUTES BACK THAT THE LAST REMAINING TEST WAS COMPLETED

```
12:34PM   1    SUCCESSFULLY AND THE FULL RESULT WAS RELEASED.  YOUR DOCTOR

12:34PM   2    SHOULD HAVE ALL OF THE RESULTS."

12:34PM   3         DO YOU SEE THAT?

12:34PM   4    A.   I DO.

12:34PM   5    Q.   OKAY.  AND MR. BALWANI WAS RELAYING TO YOU THE DETAILS OF

12:35PM   6    WHAT HAD HAPPENED WITH YOUR TEST; RIGHT?

12:35PM   7    A.   I MEAN -- YES, HE WAS EXPLAINING.  I DON'T KNOW HOW

12:35PM   8    DETAILED.  I WOULDN'T SAY IT WAS VERY DETAILED, BUT HE WAS

12:35PM   9    EXPLAINING, I THINK, WHY MY PHYSICIAN HAD NOT HEARD -- HAD NOT

12:35PM  10    RECEIVED A LAB RESULT YET.

12:35PM  11    Q.   OKAY.  BUT HE WAS TELLING YOU THAT THERE WAS A CONTROL

12:35PM  12    THAT FAILED ON ONE OF THE ASSAYS; RIGHT?  HE SAYS THAT TO YOU;

12:35PM  13    RIGHT?

12:35PM  14    A.   THAT'S DEFINITELY WHAT THAT SAYS.

12:35PM  15    Q.   OKAY.

12:35PM  16    A.   YES.

12:35PM  17    Q.   AND THEN YOU FORWARD THAT FROM MR. BALWANI TO

12:35PM  18    DR. RABODZEY, MR. KHANNA, AND DR. BALASURYAN.

12:35PM  19         DO YOU SEE THAT?

12:35PM  20    A.   I DO.

12:35PM  21    Q.   AND YOU SAY, "REAL WORLD."

12:35PM  22         DO YOU SEE THAT?

12:35PM  23    A.   I DO.

12:35PM  24    Q.   OKAY.  IF YOU COULD TURN NOW TO 10429.

12:36PM  25    A.   OKAY.
```

12:36PM  1    Q.   AND IS THAT AN EMAIL BETWEEN YOU AND DR. RABODZEY, AND

12:36PM  2    MR. KHANNA, AND DR. BALASURYAN ON JANUARY 29TH, 2014?

12:36PM  3    A.   YES.

12:36PM  4    Q.   OKAY.  AND PART OF THE EMAIL CHAIN IS YOU FORWARDING

12:36PM  5    INFORMATION YOU GOT FROM THERANOS AT THE BOTTOM THERE; RIGHT?

12:36PM  6    A.   YES.

12:36PM  7    Q.   OKAY.  AND THIS IS IN CONNECTION WITH THE TESTS THAT YOUR

12:36PM  8    TEAM WAS TAKING IN WALGREENS, THERANOS TESTS; IS THAT RIGHT?

12:36PM  9    A.   I BELIEVE THIS WAS RELATED TO MR. RABODZEY'S TEST RESULTS.

12:37PM 10         MS. WALSH:   OKAY.  YOUR HONOR, WE OFFER 14029.

12:37PM 11         MR. LEACH:   NO OBJECTION.

12:37PM 12         THE COURT:   IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:37PM 13         (DEFENDANT'S EXHIBIT 14029 WAS RECEIVED IN EVIDENCE.)

12:37PM 14    BY MS. WALSH:

12:37PM 15    Q.   SO FOCUSSING ON THE FIRST EMAIL IN TIME AT THE BOTTOM,

12:37PM 16    THIS IS AN EMAIL FROM JEFFREY BLICKMAN WHO WORKED AT THERANOS;

12:37PM 17    RIGHT?

12:37PM 18    A.   YES, THAT APPEARS TO BE THE CASE.

12:37PM 19    Q.   UH-HUH.  AND HE WAS EMAILING YOU; CORRECT?

12:37PM 20    A.   YES.

12:37PM 21    Q.   AND COPYING MR. RABODZEY; RIGHT?

12:37PM 22    A.   YES.

12:37PM 23    Q.   OKAY.  AND MR. BLICKMAN SAYS, "HI BRIAN -- SUNNY PASSED

12:37PM 24    ALONG YOUR NOTE REGARDING MR. RABODZEY'S TEST RESULTS.  WE

12:37PM 25    INVESTIGATED THIS FURTHER AND CONFIRMED THAT OUR LAB RELEASED

12:37PM   1    THE RESULTS TO OUR ORDERING PHYSICIAN YESTERDAY (1/28).  WE

12:37PM   2    WERE CONTACTED THIS MORNING BY THE PHYSICIAN'S OFFICE WHO ASKED

12:37PM   3    THAT WE RESEND THE RESULTS TO A SECONDARY FAX NUMBER AS THE

12:37PM   4    FIRST MACHINE HAD NOT RECEIVED THE REPORT.  IT WAS CONFIRMED

12:38PM   5    SOON THEREAFTER AND THE FINAL REPORT HAD BEEN RECEIVED."

12:38PM   6         DO YOU SEE THAT?

12:38PM   7    A.   I DO.

12:38PM   8    Q.   OKAY.  AND THEN YOU -- IN THE EMAIL ABOVE THAT, YOU WROTE,

12:38PM   9    "STILL TOOK A LONG TIME."

12:38PM  10         DO YOU SEE THAT?

12:38PM  11    A.   I DO.

12:38PM  12    Q.   OKAY.  AND THEN ULTIMATELY DR. RABODZEY REPLIES TO YOU AT

12:38PM  13    THE TOP.

12:38PM  14         DO YOU SEE THAT?

12:38PM  15    A.   I DO.

12:38PM  16    Q.   AND DR. RABODZEY SAYS, "GOT THE RESULTS.

12:38PM  17         "LOOKS CONSISTENT WITH PREVIOUS TESTS."

12:38PM  18         DO YOU SEE THAT?

12:38PM  19    A.   YES.

12:38PM  20    Q.   OKAY.  IF WE COULD TURN TO 14055.

12:39PM  21    A.   OKAY.

12:39PM  22    Q.   OKAY.  SO 14055 APPEARS TO BE A CONTINUATION OF THAT CHAIN

12:39PM  23    THAT WE SAW IN 14029; RIGHT?

12:39PM  24    A.   YES, IT DOES.

12:39PM  25    Q.   AND THE TOP PART OF THAT CHAIN, THAT IS A NEW EMAIL IS

12:39PM   1    FROM DR. RABODZEY TO YOU AND OTHER MEMBERS OF YOUR TEAM;

12:39PM   2    CORRECT?

12:39PM   3    A.   YES.

12:39PM   4    Q.   AND IT'S ABOUT THAT SAME THERANOS TEST; RIGHT?

12:39PM   5    A.   YES.

12:39PM   6              MS. WALSH:  YOUR HONOR, WE OFFER 14055.

12:39PM   7              MR. LEACH:  NO OBJECTION.

12:39PM   8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:39PM   9         (DEFENDANT'S EXHIBIT 14055 WAS RECEIVED IN EVIDENCE.)

12:39PM  10    BY MS. WALSH:

12:39PM  11    Q.   SO JUST FOCUSSING ON THE TOP PART OF THAT CHAIN,

12:39PM  12    DR. RABODZEY SAYS, "AFTER YOU SAY IT STILL TOOK A LONG TIME,"

12:40PM  13    HIS REPLAY IS, "THIS IS THE PROBLEM WITH LACK OF CONNECTION TO

12:40PM  14    DOCS OFFICE -- MY DOC STILL DID NOT CALL ME AND DID NOT SEND

12:40PM  15    THE RESULTS.

12:40PM  16         "I THINK THIS IS SOMETHING THAT CAN BE RESOLVED IN FUTURE

12:40PM  17    WHEN EVERYONE STARTS USING EMR."

12:40PM  18         AND WHAT DOES EMR STAND FOR, MR. GROSSMAN?

12:40PM  19    A.   IT STANDS FOR ELECTRONIC MEDICAL RECORD.

12:40PM  20    Q.   OKAY.  AND THEN HE CONTINUES.

12:40PM  21         "BUT FOR THE NEXT FEW YEARS, THIS 4HR TURNAROUND TIME

12:40PM  22    BENEFIT WILL BE MUTED BY THE FACT THAT IT STILL TAKES DAYS FOR

12:40PM  23    DOCS TO ACTUALLY SEND THE RESULTS TO PATIENTS?"

12:40PM  24         DO YOU SEE THAT?

12:40PM  25    A.   I DO.

12:40PM   1    Q.   OKAY.  AND YOU UNDERSTOOD THAT NOT ALL DOCTORS AT THIS

12:40PM   2    POINT IN TIME HAD IMPLEMENTED ELECTRONIC MEDICAL RECORDS YET;

12:40PM   3    IS THAT RIGHT?

12:40PM   4    A.   NO, I WOULDN'T AGREE WITH THAT.

12:40PM   5    Q.   SO IT'S YOUR TESTIMONY THAT ALL DOCTORS HAD IMPLEMENTED

12:40PM   6    EMR?

12:40PM   7    A.   I MEAN, PRETTY MUCH 100 PERCENT OF THE MARKET HAD EMR'S BY

12:41PM   8    2014.

12:41PM   9         YOU KNOW, THERE'S, THERE'S 30 DIFFERENT SOFTWARE

12:41PM  10    PROVIDERS.  SOME OF THEM GIVE IT AWAY.  THE LARGEST MEDICAL

12:41PM  11    PRACTICES HAVE ALL STANDARDIZED AROUND THREE OR FOUR PROVIDERS.

12:41PM  12         AND THEN IN THE 2011, AMERICAN RECOVERY AND REINVESTMENT

12:41PM  13    ACT, THE GOVERNMENT BASICALLY GAVE MONEY TO PHYSICIAN PRACTICES

12:41PM  14    TO BUY EMR.

12:41PM  15         SO AT THAT POINT YOU SAW A HUGE SPIKE IN EMR UPTAKE IN

12:41PM  16    MEDICAL OFFICES.  SO BY THIS POINT EVERYBODY HAD ONE.

12:41PM  17    Q.   OKAY.  BUT MR. -- DR. RABODZEY'S DOCTOR APPARENTLY DIDN'T

12:41PM  18    BECAUSE THE RESULTS HAD TO BE FAXED; IS THAT RIGHT?

12:41PM  19    A.   YOU KNOW, I'M NOT SURE THAT'S THE ISSUE HERE.

12:41PM  20         YOU KNOW, I THINK WHAT MOST LIKELY THIS IS REFERRING TO IS

12:41PM  21    WHETHER OR NOT HE HAD AN ELECTRONIC CONNECTION FROM THEIR EMR

12:41PM  22    TO THE WALGREENS PHARMACY.  THAT'S A WHOLE SEPARATE ISSUE.

12:42PM  23         BUT DR. RABODZEY IS NOT REALLY AN EXPERT IN THE MEDICAL

12:42PM  24    SOFTWARE SPACE, AND SO I THINK HE'S TRYING TO EXPLAIN WHAT

12:42PM  25    HAPPENED, BUT I DON'T THINK HE HAS AS MUCH DETAILED

12:42PM  1    UNDERSTANDING OF HOW THAT PARTICULAR PART OF HEALTH CARE WORKS.

12:42PM  2    Q.   OKAY.  BUT WHAT HE'S TELLING YOU IN THIS EMAIL IS "THE

12:42PM  3    PROBLEM WAS THE LACK OF DIRECT CONNECTION TO THE DOCTOR'S

12:42PM  4    OFFICE."

12:42PM  5         RIGHT?  DO YOU SEE THOSE WORDS THERE?

12:42PM  6    A.   YES, I DO.

12:42PM  7    Q.   AND HE SAYS HE THINKS THIS IS SOMETHING THAT CAN BE

12:42PM  8    RESOLVED IN THE FUTURE WHEN EVERYONE STARTS USING EMR.

12:42PM  9         DO YOU SEE THOSE WORDS?

12:42PM 10    A.   I DO SEE THOSE WORDS.

12:42PM 11    Q.   OKAY.  SO I WANT TO SHIFT TOPICS TO THE FINANCIAL MODELS.

12:43PM 12         IF YOU COULD TURN IN YOUR BINDER TO 1422 -- ACTUALLY, IT'S

12:43PM 13    IN EVIDENCE, SO WE CAN PULL IT UP.

12:43PM 14         IF WE CAN TURN TO PAGE 2 OF THIS EXHIBIT.  WE'VE LOOKED AT

12:43PM 15    IT BEFORE, BUT JUST TO ORIENT OURSELVES.

12:43PM 16         ON JANUARY 10TH YOU TOLD MR. BALWANI THAT ONE OF THE

12:43PM 17    THINGS THAT WOULD BE ESPECIALLY HELPFUL IN YOUR DUE DILIGENCE

12:43PM 18    PROCESS WAS TO GET ACCESS TO THE FINANCIAL MODEL.

12:43PM 19         DO YOU SEE THAT?

12:43PM 20    A.   I DO, YES.

12:43PM 21    Q.   OKAY.  AND HE RESPONDS, "I WILL SEND YOU THE MODEL OVER

12:43PM 22    THE WEEKEND."

12:43PM 23         DO YOU SEE THAT?

12:43PM 24    A.   I DO.

12:44PM 25    Q.   AND MR. BALWANI EVENTUALLY SENT YOU THE EXCEL SPREADSHEET

12:44PM  1    AS YOU TESTIFIED EARLIER; RIGHT?

12:44PM  2    A.   THAT'S CORRECT.

12:44PM  3    Q.   AND THAT SPREADSHEET ENABLED YOU TO SEE ALL THE

12:44PM  4    ASSUMPTIONS THAT WENT INTO THE MODEL; RIGHT?

12:44PM  5    A.   YES.

12:44PM  6    Q.   AND THE FORMULAS THAT WERE IMPLEMENTED INTO THE MODEL;

12:44PM  7    RIGHT?

12:44PM  8    A.   YES.

12:44PM  9    Q.   OKAY.  WHAT I'D LIKE TO DO IS SHOW ONLY MR. GROSSMAN

12:44PM  10   EXHIBIT 13720A, AND COUNSEL AND THE COURT, OF COURSE.

12:44PM  11          THE COURT:  JUST TO MR. GROSSMAN?

12:44PM  12          MS. WALSH:  YES, JUST TO HIM.

12:45PM  13      (PAUSE IN PROCEEDINGS.)

12:45PM  14   BY MS. WALSH:

12:45PM  15   Q.   OKAY.  DO YOU SEE THAT EXCEL SPREADSHEET ON THE SCREEN,

12:45PM  16   MR. GROSSMAN?

12:45PM  17   A.   I DO.

12:45PM  18   Q.   AND WE CAN GO THROUGH THE TABS IF YOU WANT, BUT DO YOU

12:45PM  19   RECOGNIZE THAT AS THE EXCEL SPREADSHEET THAT MR. BALWANI SENT

12:45PM  20   YOU IN 2014?

12:45PM  21   A.   I BELIEVE THAT IT LOOKS TO ME THAT IT LOOKS LIKE THAT

12:45PM  22   DOCUMENT, YES.

12:45PM  23   Q.   OKAY.

12:45PM  24   A.   OR THAT FILE.

12:45PM  25          MS. WALSH:  YOUR HONOR, WE OFFER 13720A.

12:45PM  1                    MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:45PM  2                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:45PM  3              (DEFENDANT'S EXHIBIT 13720A WAS RECEIVED IN EVIDENCE.)

12:46PM  4      BY MS. WALSH:

12:46PM  5      Q.   OKAY.  SO LET ME ASK YOU A COUPLE OF QUESTIONS ABOUT HOW

12:46PM  6      THESE MODELS WORK.

12:46PM  7              SO THE MODEL -- THIS TYPE OF MODEL IS MODELING FUTURE

12:46PM  8      PERFORMANCE; IS THAT FAIR?

12:46PM  9      A.   YES.

12:46PM  10     Q.   AND THE WAY IT WORKS IS THAT YOU COME UP WITH CERTAIN

12:46PM  11     ASSUMPTIONS ABOUT, FOR EXAMPLE, HOW MANY STORES YOU'RE GOING TO

12:46PM  12     BE IN OR HOW MANY TEST PER PATIENT WILL COME THROUGH THE STORE

12:46PM  13     AS INPUTS INTO THE MODEL; CORRECT?

12:46PM  14     A.   I MEAN, THAT'S CERTAINLY ONE WAY TO MODEL THE FUTURE.

12:46PM  15     Q.   OKAY.  AND IF YOU CHANGE THOSE ASSUMPTIONS, THAT WILL

12:46PM  16     CHANGE THE OUTPUT IN THE MODEL; IS THAT FAIR?

12:46PM  17     A.   YES.  IT'S JUST MATH.  SO IF YOU CHANGE THE -- ANY CELL

12:46PM  18     THAT REFERENCES ANOTHER CELL AND IS A CALCULATION WILL CHANGE

12:46PM  19     IF YOU CHANGE THE UNDERLYING ASSUMPTION.

12:46PM  20     Q.   OKAY.  SO LET'S TAKE A LOOK AT THE FIRST HALF WHICH IS

12:47PM  21     MACRO ASSUMPTIONS.  AND THIS CONTAINED SOME ASSUMPTIONS ABOUT

12:47PM  22     RETAIL PHARMACY MARKET IN THE UNITED STATES.

12:47PM  23              DO YOU SEE THAT?

12:47PM  24     A.   YES.

12:47PM  25     Q.   AND THERE IS SOME MARKET DATA THAT WAS ALSO INCLUDED?

12:47PM  1          DO YOU SEE THAT IN THE MIDDLE THERE?

12:47PM  2     A.   I DO.

12:47PM  3     Q.   OKAY.  AND THEN IF WE CAN GO TO THE TAB LABELLED THERANOS

12:47PM  4     MARKET ASSUMPTIONS.

12:47PM  5          ON THE TOP LEFT DO YOU SEE RX LOCATIONS?  DO YOU SEE THAT?

12:47PM  6     A.   YES.

12:47PM  7     Q.   OKAY.  AND ONE OF THOSE IS WALGREENS; RIGHT?

12:47PM  8     A.   YES.

12:47PM  9     Q.   AND THEN IF WE SCROLL TO JANUARY 2014, WHICH IS GOING TO

12:48PM  10    BE -- YEAH, THERE YOU GO.

12:48PM  11         DO YOU SEE JANUARY 2014?

12:48PM  12    A.   I DO.

12:48PM  13    Q.   AND ACROSS FROM WALGREENS FOR RX LOCATIONS IT LISTS 11.

12:48PM  14         DO YOU SEE THAT?

12:48PM  15    A.   I DO SEE THAT.

12:48PM  16    Q.   AND THERANOS AT THE TIME WAS NOT IN 11 WALGREENS STORES;

12:48PM  17    RIGHT?

12:48PM  18    A.   WHAT TIME ARE YOU REFERRING TO?

12:48PM  19    Q.   JANUARY 2014.

12:48PM  20    A.   I DON'T BELIEVE, I DON'T BELIEVE THEY WERE IN 11 -- I

12:48PM  21    DON'T RECALL WHEN THEY, WHEN THEY EXPANDED TO 11.  I DON'T KNOW

12:48PM  22    IF IT WAS JANUARY OR FEBRUARY.

12:48PM  23    Q.   WELL, WEREN'T THEY IN THREE STORES IN JANUARY 2014?

12:48PM  24    A.   I THINK THAT WAS WHEN -- WHEN YOU ASKED ME THAT QUESTION,

12:48PM  25    I THINK THAT WAS AT THE SECOND MEETING THAT WE HAD ON

12:48PM  1    JANUARY 10TH.  AT THAT POINT IN TIME I THINK THEY HAD THREE.  I

12:48PM  2    DON'T RECALL HOW MANY THEY HAD AT THIS POINT IN JANUARY.

12:48PM  3    Q.   OKAY.  BUT IT'S FAIR TO SAY THAT YOU DON'T REMEMBER THEM

12:49PM  4    HAVING 11 STORES AT THAT TIME; IS THAT RIGHT?

12:49PM  5    A.   I DON'T REMEMBER BY THE END OF THE MONTH WHAT THEY HAD.

12:49PM  6    Q.   OKAY.  BUT THAT'S SOMETHING THAT YOU COULD VERIFY ONLINE;

12:49PM  7    RIGHT?

12:49PM  8    A.   I GUESS.  I GUESS WE COULD.

12:49PM  9    Q.   AT THE TIME THAT YOU WERE LOOKING AT THIS MODEL, RIGHT,

12:49PM 10    YOU COULD VERIFY ONLINE HOW MANY STORES THERANOS WAS IN; RIGHT?

12:49PM 11    A.   I BELIEVE THEY WOULD HAVE -- I DON'T, I DON'T KNOW -- I

12:49PM 12    ASSUMED THAT'S POSSIBLE, YES.

12:49PM 13    Q.   OKAY.  AND THEN IF WE LOOK AT THE REVENUE FOR

12:49PM 14    FEBRUARY 2014, WHICH IS COLUMN J, ROW 19.

12:49PM 15         SO ROW 19, DO YOU SEE WHERE IT SAYS REVENUE?

12:50PM 16    A.   I DO.

12:50PM 17    Q.   YEAH.  AND YOU SEE IF YOU CLICK ON ONE OF THOSE CELLS, AT

12:50PM 18    THE TOP THERE'S A FORMULA GENERATING THOSE NUMBERS; RIGHT?

12:50PM 19    A.   YES.

12:50PM 20    Q.   AND THAT'S SIMILAR TO THE FORMULA THAT I JUST REFERRED TO

12:50PM 21    THAT IF THE FORMULA CHANGES, IT MAY CHANGE THE OUTPUT THAT

12:50PM 22    AFFECTS OTHER CELLS; IS THAT FAIR?

12:50PM 23    A.   I MEAN, IT SHOULD, YES.

12:50PM 24    Q.   OKAY.  AND THEN UNDER RETAIL PHARMACIES IS PHYSICIANS'

12:50PM 25    OFFICES.

GROSSMAN CROSS BY MS. WALSH (RES.)

12:50PM  1          DO YOU SEE THAT?

12:50PM  2     A.   I DO SEE THAT.

12:50PM  3     Q.   AND YOU SEE THAT NO REVENUE IS PROJECTED FOR JANUARY OR

12:50PM  4     FEBRUARY 2014.

12:50PM  5          DO YOU SEE THAT?

12:50PM  6     A.   YES.

12:50PM  7     Q.   OKAY.  AND THEN GOING DOWN, DO YOU SEE HOSPITALS

12:50PM  8     (COURIER)?

12:50PM  9     A.   YES.

12:50PM  10    Q.   AND NO REVENUE IS PROJECTED FOR JANUARY, FEBRUARY,

12:51PM  11    MARCH 2014 FOR HOSPITALS (COURIER).

12:51PM  12         DO YOU SEE THAT?

12:51PM  13    A.   I DO SEE THAT, YES.

12:51PM  14    Q.   AND THEN IF YOU GO TO HOSPITALS (ONSITE).

12:51PM  15         DO YOU SEE THAT?

12:51PM  16    A.   I DO.

12:51PM  17    Q.   THERE'S NO REVENUE AT ALL PROJECTED IN 2014.

12:51PM  18         DO YOU SEE THAT?

12:51PM  19    A.   I DO.

12:51PM  20    Q.   AND THERE'S NONE, NO REVENUE, UNTIL -- PROJECTED UNTIL

12:51PM  21    APRIL 2015; CORRECT?

12:51PM  22    A.   THAT IS CORRECT.

12:51PM  23    Q.   OKAY.  AND THEN IF WE GO BACK, DO YOU SEE DOD IN RED?

12:51PM  24    A.   I DO.

12:51PM  25    Q.   AND DOD STOOD FOR DEPARTMENT OF DEFENSE.

12:51PM   1              WAS THAT YOUR UNDERSTANDING?

12:51PM   2      A.    THAT WAS.

12:51PM   3      Q.    AND THAT ROW FOR DOD SAYS TBD; CORRECT?

12:51PM   4      A.    CORRECT.

12:51PM   5      Q.    AND IT'S TBD ALL OF THE WAY THROUGH THE MODEL; RIGHT?

12:51PM   6      A.    YES.

12:51PM   7      Q.    THERE'S NO PROJECTED REVENUE LISTED FOR THE DEPARTMENT OF

12:52PM   8      DEFENSE; CORRECT?

12:52PM   9      A.    IT'S JUST TBD.

12:52PM  10      Q.    RIGHT.  SO NO REVENUE IS LISTED?

12:52PM  11      A.    YEAH, I SUPPOSE.  IT JUST SAYS TO BE DETERMINED.

12:52PM  12      Q.    OKAY.  BUT THERE'S NOT A NUMBER THERE; IS THAT FAIR?

12:52PM  13      A.    I AGREE WITH THAT.

12:52PM  14      Q.    OKAY.  THEN UNDER DOD YOU SEE THE WORD INTERNATIONAL?

12:52PM  15      A.    YES.

12:52PM  16      Q.    AND THAT IS ALSO TBD; RIGHT?

12:52PM  17      A.    RIGHT.

12:52PM  18      Q.    THERE'S NO NUMBER FIGURE FOR REVENUE; RIGHT?

12:52PM  19      A.    NO.

12:52PM  20      Q.    AND THEN GOING DOWN IT LISTS MINILAB NEW PRODUCTION.

12:52PM  21              DO YOU SEE THAT?

12:52PM  22      A.    I DO SEE THAT, YES.

12:52PM  23      Q.    OKAY.  AND THERE'S NOTHING LISTED FOR JANUARY AND

12:52PM  24      FEBRUARY 2014; RIGHT?

12:52PM  25      A.    THAT'S CORRECT.

| | | |
|---|---|---|
| 12:52PM | 1 | Q.   AND THEN CUMULATIVE MINILAB INVENTORY. |
| 12:52PM | 2 | DO YOU SEE THAT? |
| 12:52PM | 3 | A.   I DO. |
| 12:52PM | 4 | Q.   AND THERE'S NOTHING LISTED FOR JANUARY AND FEBRUARY 2014 |
| 12:53PM | 5 | AS WELL; RIGHT? |
| 12:53PM | 6 | A.   YES. |
| 12:53PM | 7 | Q.   OKAY.  THEN IF WE CAN GO TO THE TAB LABELLED PRO FORMA |
| 12:53PM | 8 | INCOME STATEMENT, IF WE GO TO ROW 17, AGAIN, DOD IS LISTED AS |
| 12:53PM | 9 | TBD; RIGHT? |
| 12:53PM | 10 | A.   YES. |
| 12:53PM | 11 | Q.   AND THEN THERE'S SOMETHING CALLED OPERATING EXPENSES R&D |
| 12:53PM | 12 | COSTS. |
| 12:53PM | 13 | DO YOU SEE THAT? |
| 12:53PM | 14 | A.   I DO. |
| 12:53PM | 15 | Q.   AND THEN WHAT IS LISTED THERE IS KILLER SOFTWARE APPS AND |
| 12:53PM | 16 | SUPPORT. |
| 12:53PM | 17 | DO YOU SEE THAT? |
| 12:53PM | 18 | A.   I DO. |
| 12:53PM | 19 | Q.   AND THEN THE AMOUNT FOR RESEARCH AND DEVELOPMENT COST |
| 12:53PM | 20 | INCREASES EVERY YEAR, DOESN'T IT? |
| 12:53PM | 21 | A.   YES, IT DOES. |
| 12:53PM | 22 | Q.   OKAY.  ALL RIGHT.  WE CAN TAKE THAT DOWN. |
| 12:54PM | 23 | IF YOU CAN TURN NOW TO 1477. |
| 12:54PM | 24 | A.   YOU KNOW WHAT, I DON'T THINK I HAVE 14077. |
| 12:54PM | 25 | Q.   NO.  IT'S 1477. |

12:54PM   1    A.   OKAY.

12:54PM   2    Q.   AND SO THIS IS AN EMAIL FROM YOU TO MR. BALWANI.

12:54PM   3         DO YOU SEE THAT?

12:54PM   4    A.   YES, I DO.

12:54PM   5    Q.   ACTUALLY, I THINK THIS IS IN EVIDENCE.  SO WE CAN PULL IT

12:54PM   6    UP.

12:54PM   7         RIGHT.  SO MR. LEACH ASKED YOU ABOUT THIS.  THESE WERE

12:55PM   8    YOUR QUESTIONS REGARDING THE FINANCIAL MODEL.

12:55PM   9         DO YOU SEE THAT?

12:55PM  10    A.   I DO.

12:55PM  11    Q.   OKAY.  AND YOU POSE A LOT OF DIFFERENT QUESTIONS ABOUT THE

12:55PM  12    MODEL; RIGHT?

12:55PM  13    A.   YES.

12:55PM  14    Q.   AND ABOUT TWO-THIRDS OF THE WAY DOWN YOU SAY, "IN MODEL

12:55PM  15    YOU HAVE 11 ACTIVE SITES IN JANUARY GOING TO 21 IN FEBRUARY,

12:55PM  16    AND THEN 41 IN APRIL.  IS THAT SCHEDULE STILL REALISTIC?"

12:55PM  17         DO YOU SEE THAT?

12:55PM  18    A.   I DO.

12:55PM  19    Q.   AND THEN YOU ASK, "HOW DO YOU DEAL WITH THE VENOUS DRAW

12:55PM  20    ISSUE.  I HAD TESTS DONE TODAY IN PALO ALTO WALGREENS AND HAD

12:55PM  21    TO GET VENOUS DRAW.  I WASN'T OFFERED FINGERSTICK."

12:55PM  22         AND THEN YOU GO ON TO ASK QUESTIONS ABOUT A CPT AND A

12:55PM  23    LICENSED LPT.

12:55PM  24         AND THEN YOU ASK, "IN REAL WORLD, WHAT PERCENT OF PATIENTS

12:55PM  25    NEED A VENOUS BLOOD DRAW?"

12:55PM 1          DO YOU SEE THAT?

12:56PM 2     A.   I DO.

12:56PM 3     Q.   OKAY.  WE CAN TAKE THAT DOWN.

12:56PM 4          LET'S GO TO 5441.

12:56PM 5          AND THIS IS IN EVIDENCE, SO WE CAN PULL IT UP.

12:56PM 6          THIS IS THE EMAIL THAT YOU TESTIFIED ABOUT ON DIRECT WHERE

12:56PM 7     YOU ARE SENDING ADAM CLAMMER THE THERANOS SPREADSHEET; IS THAT

12:56PM 8     RIGHT?

12:56PM 9     A.   YES.

12:56PM 10    Q.   AND YOU SAY, "CELL D113 ON PFM REV MODEL IS SCENARIO.  1,

12:56PM 11    2, 3 FOR THE BEAR, BASE, BULL."

12:56PM 12         DO YOU REMEMBER THAT?

12:56PM 13    A.   YES.

12:56PM 14    Q.   AND I THINK YOU TESTIFIED TO THIS ON DIRECT, BUT YOU BUILT

12:56PM 15    ESSENTIALLY THREE DIFFERENT SCENARIOS THAT WAS YOUR ANALYSIS OF

12:56PM 16    THERANOS; RIGHT?  THREE DIFFERENT ECONOMIC SCENARIOS; IS THAT

12:57PM 17    RIGHT?

12:57PM 18    A.   THREE DIFFERENT FORECASTS.

12:57PM 19    Q.   THREE DIFFERENT FORECASTS.  OKAY.

12:57PM 20         AND THE BEAR WAS THE MOST PESSIMISTIC IN THE FORECAST, I

12:57PM 21    GUESS.  IS THAT FAIR?

12:57PM 22    A.   OF THE THREE FORECASTS, THE BEAR WAS THE LOWEST.

12:57PM 23    Q.   RIGHT.  AND THE BULL WAS THE HIGHEST; RIGHT?

12:57PM 24    A.   THAT'S RIGHT.

12:57PM 25    Q.   AND THE BASE WAS IN THE MIDDLE; RIGHT?

12:57PM   1    A.   YES.

12:57PM   2    Q.   OKAY.  AND SO IF WE COULD SHOW JUST MR. GROSSMAN, 4093,

12:57PM   3    AND COUNSEL, OF COURSE.

12:57PM   4         DO YOU SEE THAT, MR. GROSSMAN?

12:57PM   5    A.   I DO SEE THAT, YES.

12:57PM   6    Q.   OKAY.  IS THIS PFM'S MODEL THAT PFM BUILT?

12:57PM   7    A.   IT LOOKS LIKE IT, YES.

12:57PM   8    Q.   AND THIS MODEL WAS USED IN MAKING THE DECISION WHETHER OR

12:58PM   9    NOT TO INVEST IN THERANOS; IS THAT RIGHT?

12:58PM   10   A.   YES.

12:58PM   11            MS. WALSH:  YOUR HONOR, WE OFFER 4093.

12:58PM   12            MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:58PM   13            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:58PM   14      (GOVERNMENT'S EXHIBIT 4093 WAS RECEIVED IN EVIDENCE.)

12:58PM   15   BY MS. WALSH:

12:58PM   16   Q.   SO IF WE CAN SHOW -- YEAH, THE BLUE TABS ALONG THE BOTTOM,

12:58PM   17   THOSE WERE IMPORTED FROM THERANOS'S MODEL; IS THAT RIGHT?

12:58PM   18   A.   I'M NOT SURE.

12:58PM   19            MR. LEACH:  YOUR HONOR.

12:58PM   20            THE CLERK:  MY APOLOGIES.

12:58PM   21            THE COURT:  OH, THE MONITOR.

12:58PM   22        ARE THEY ON NOW?  NOT YET.  OKAY.

12:58PM   23        ARE YOU GOOD?  THANK YOU.

12:58PM   24   BY MS. WALSH:

12:58PM   25   Q.   SO LET'S LOOK AT ONE OF THOSE TABS, AND MAYBE THAT WILL

12:59PM   1    HELP YOU.

12:59PM   2         LET'S LOOK AT THE BALANCE SHEET TAB.

12:59PM   3         DO YOU RECOGNIZE THIS AS NUMBERS FROM THERANOS THAT YOU

12:59PM   4    REFERRED TO?

12:59PM   5    A.   IT LOOKS LIKE THAT.  YES, IT LOOKS FAMILIAR.

12:59PM   6    Q.   OKAY.  SO LET'S GO DOWN TO ROW 34, WHICH IS LABELLED

12:59PM   7    COMMON STOCK.

12:59PM   8         DO YOU SEE THAT?

12:59PM   9    A.   I DO.

12:59PM  10    Q.   AND THE AMOUNT OF COMMON STOCK THAT WAS ISSUED WAS

12:59PM  11    19,806,000.

12:59PM  12         DO YOU SEE THAT?

12:59PM  13    A.   I DO.

12:59PM  14    Q.   OKAY.  AND THESE NUMBERS NEED TO BE MULTIPLIED BY 1,000;

12:59PM  15    RIGHT?

12:59PM  16    A.   I'M NOT SURE.

12:59PM  17    Q.   CAN WE GO TO THE TOP OF THIS.  CAN YOU SEE HOW --

12:59PM  18    A.   YES.

12:59PM  19    Q.   AND IT'S FAIR TO SAY THAT ALL OF THESE HAVE TO BE

12:59PM  20    MULTIPLIED BY A THOUSAND TO BE ACCURATE; RIGHT?

12:59PM  21    A.   YES.

12:59PM  22    Q.   AND SO IN COMMON STOCK IT SHOWS 19,806,000; RIGHT?

01:00PM  23    A.   YES.

01:00PM  24    Q.   AND THEN IN PREFERRED STOCK, THE ROW UNDER THAT IT SHOWS

01:00PM  25    206,138,000; RIGHT?

01:00PM 1    A.   YES.

01:00PM 2    Q.   AND IF YOU ADD THE TWO OF THOSE TOGETHER, IT'S ROUGHLY

01:00PM 3    224 MILLION; RIGHT?

01:00PM 4    A.   YES.

01:00PM 5    Q.   OKAY.  AND THOSE TWO ROWS MEAN THAT THERANOS HAD RAISED

01:00PM 6    ABOUT 225 MILLION BY ISSUING STOCK; CORRECT?

01:00PM 7    A.   I'M NOT SURE.  I'M NOT AN EXPERT ON BALANCE SHEET AND

01:00PM 8    ACCOUNTING FOR THIS, SO I DON'T KNOW FOR SURE.

01:00PM 9    Q.   DON'T YOU REVIEW BALANCE SHEETS AS PART OF YOUR DAILY

01:00PM 10   BUSINESS?

01:00PM 11   A.   WE DO, BUT IT GETS PRETTY COMPLICATED WHEN IT COMES TO THE

01:00PM 12   ISSUING STOCK AND BOOK VALUE, ACCUMULATED PAID IN CAPITAL,

01:00PM 13   WHICH THEY DON'T HAVE LISTED HERE.

01:00PM 14       SO, I MEAN, IT'S HARD FOR ME TO ANSWER JUST LOOKING AT

01:00PM 15   THIS.  BUT THAT -- I DO AGREE THAT IT REPRESENTS $225 MILLION

01:01PM 16   BETWEEN THOSE TWO LINES, OR I GUESS ROW 34 AND ROW 35.

01:01PM 17   Q.   AND THAT CORRESPONDS TO STOCK, THERANOS STOCK; RIGHT?

01:01PM 18   A.   YES.

01:01PM 19   Q.   OKAY.  IF WE CAN LOOK AT LINE 36, WHICH IS ACCUMULATED

01:01PM 20   DEFICIT.

01:01PM 21       DO YOU SEE THAT?

01:01PM 22   A.   I DO.

01:01PM 23   Q.   AND ACCUMULATED DEFICIT IS HOW MUCH MONEY A COMPANY LOSES

01:01PM 24   SINCE ITS INCEPTION; RIGHT?

01:01PM 25   A.   I BELIEVE THAT'S RIGHT, BUT, AGAIN, I'M NOT AN ACCOUNTING

01:01PM 1    EXPERT.  BUT, YES, I BELIEVE THAT'S, THAT'S RIGHT.

01:01PM 2    Q.   OKAY.  AND WHAT THIS SHOWS IS AN ACCUMULATED DEFICIT OF

01:01PM 3    250,527,000; RIGHT?

01:01PM 4    A.   YES.

01:01PM 5    Q.   AND SO IN ADDITION TO THE MODEL THAT THERANOS GAVE YOU,

01:01PM 6    YOUR TEAM COLLECTED MORE INFORMATION; IS THAT FAIR?

01:02PM 7    A.   YES.

01:02PM 8    Q.   OKAY.  AND THAT WAS SEPARATE AND APART FROM THE NUMBERS

01:02PM 9    THAT THERANOS PROVIDED TO YOU; CORRECT?

01:02PM 10   A.   ARE YOU REFERRING SPECIFICALLY TO THE MODEL OR JUST IN

01:02PM 11   GENERAL?

01:02PM 12   Q.   FOCUSSING ON THE FINANCIALS.

01:02PM 13   A.   OKAY.

01:02PM 14   Q.   SO WHAT I'M GOING TO DIRECT YOU TO IS THE ORANGE TABS.

01:02PM 15   LET'S LOOK AT THOSE.

01:02PM 16       IF WE CAN LOOK AT THE TABLE LABELLED HIGH GROWTH COMPS.

01:02PM 17       SO THIS IS INFORMATION THAT YOUR TEAM PUT INTO THIS MODEL;

01:02PM 18   RIGHT?

01:02PM 19   A.   YES.

01:02PM 20   Q.   OKAY.  AND IT SHOWS THE PERFORMANCE OF OTHER COMPANIES IN

01:02PM 21   THE MARKET; RIGHT?

01:02PM 22   A.   THESE ARE OTHER, THESE ARE OTHER COMPANIES, WHAT WE REFER

01:02PM 23   TO AS DISRUPTIVE OPEN ENDED TECHNOLOGY COMPANIES.

01:02PM 24   Q.   RIGHT.  AND YOU'RE PUTTING THOSE INTO YOUR MODEL; RIGHT?

01:02PM 25   A.   WELL, THEY'RE NOT IN OUR FORECASTS, THE BASE CASE, THE

01:02PM  1    BEAR CASE, THE BULL CASE.

01:02PM  2         THIS IS, THIS IS A SEPARATE TAB THAT JUST LOOKS AT HOW

01:03PM  3    SIMILAR DISRUPTIVE, EXCITING, OPEN ENDED BUSINESSES, HOW THEY

01:03PM  4    ARE VALUED AND HOW THEY GREW.  THAT'S WHAT THIS TAB IS.

01:03PM  5    Q.   OKAY.  BUT IT REPRESENTS ANOTHER SET OF DATA THAT WAS

01:03PM  6    AVAILABLE TO YOU THAT WENT INTO THE MIX OF YOUR EVALUATION OF

01:03PM  7    THE FINANCIAL OPPORTUNITY OF INVESTING AT THERANOS; RIGHT?

01:03PM  8    A.   YEAH.  THIS WAS MORE AROUND VALUATION, HOW TO THINK ABOUT

01:03PM  9    HOW TO VALUE THERANOS WHEN, YOU KNOW, IN THREE, FOUR, FIVE, SIX

01:03PM  10   YEARS IT WAS A BIGGER COMPANY.

01:03PM  11   Q.   OKAY.  AND SO YOU USED THESE DATA POINTS TO HELP YOU

01:03PM  12   DETERMINE HOW TO VALUE THERANOS; CORRECT?

01:03PM  13   A.   YES.

01:03PM  14   Q.   OKAY.  IF WE CAN THEN GO TO THE TAB LABELLED CHARTS.

01:03PM  15        DO YOU SEE THAT?

01:03PM  16   A.   I DO.

01:03PM  17   Q.   AND THIS TAB INCLUDES STATISTICS ABOUT THE U.S. LAB

01:03PM  18   MARKET; RIGHT?

01:03PM  19   A.   YES, IT APPEARS TO.

01:04PM  20   Q.   OKAY.  AND THESE WERE OTHER DATA POINTS THAT YOU WERE

01:04PM  21   USING IN YOUR ANALYSIS; RIGHT?

01:04PM  22   A.   YEAH.  I DON'T KNOW -- I DON'T THINK WE REALLY USED THIS.

01:04PM  23   I THINK THIS WAS A -- THIS WAS SOMETHING THAT WE INCLUDED IN A

01:04PM  24   PRESENTATION.  THIS WAS A SLIDE FROM A PRESENTATION THAT WE

01:04PM  25   HAD.

01:04PM  1          SO I DON'T THINK IT ACTUALLY TIED BACK TO THE, TO THE

01:04PM  2    FINANCIAL MODEL THAT WE BUILT.

01:04PM  3    Q.   OKAY.  BUT THE TOTAL U.S. LAB MARKET WAS RELEVANT IN YOUR

01:04PM  4    CONSIDERATION OF THE INVESTMENT, WASN'T IT?

01:04PM  5    A.   I MEAN, ONLY IN THE SENSE THAT IT'S JUST GOOD TO HAVE

01:04PM  6    THOSE KIND OF BIG PICTURE NUMBERS HANDY, BUT IT WASN'T DIRECTLY

01:04PM  7    TIED INTO ANY OF THE FORECASTS, OR ME, OF THE MODELING WE DID

01:04PM  8    OF THERANOS AS A BUSINESS.

01:04PM  9    Q.   OKAY.  EVEN IF IT WASN'T DIRECTLY TIED IN, IT WAS RELEVANT

01:04PM  10   TO YOUR ANALYSIS AS TO WHAT THE TOTAL U.S. LAB MARKET WAS;

01:04PM  11   RIGHT?

01:04PM  12   A.   YEAH, WE ALWAYS WANTED TO KNOW WHAT THE TOTAL SIZE OF THE

01:05PM  13   MARKET IS.

01:05PM  14   Q.   OKAY.  AND THEN IF WE CAN GO TO THE TAB LABELLED CENSUS

01:05PM  15   DATA.

01:05PM  16        THIS TAB CONTAINS, YOU SEE AT THE TOP, ANNUAL ESTIMATES OF

01:05PM  17   POPULATION OF METROPOLITAN, MICROPOLITAN STATISTICAL AREAS.

01:05PM  18        DO YOU SEE THAT?

01:05PM  19   A.   I DO.

01:05PM  20   Q.   AND THIS IS THE CENSUS DATA FOR LARGE AND SMALL CITIES

01:05PM  21   ACROSS THE UNITED STATES; RIGHT?

01:05PM  22   A.   YES.

01:05PM  23   Q.   AND THIS WAS ANOTHER DATA POINT THAT WAS RELEVANT IN THE

01:05PM  24   WHOLE MIX OF INFORMATION THAT YOU WERE CONSIDERING; CORRECT?

01:05PM  25   A.   YES.

01:05PM  1    Q.   THEN IF WE CAN GO TO THE GREEN TABS.

01:05PM  2         LET'S GO TO THE ONE PFM REV MODEL BOTTOMS UP.

01:05PM  3         DO YOU SEE THAT?

01:05PM  4    A.   I DO.

01:05PM  5    Q.   OKAY.  AND THIS CONTAINS SOME OF THE DATA PERTAINING TO

01:06PM  6    THE BEAR, BASE, AND BULL ESTIMATES.

01:06PM  7         DO YOU SEE THOSE REFERENCES AT THE BOTTOM OF THE SCREEN?

01:06PM  8    A.   I DO.

01:06PM  9    Q.   OKAY.  IF WE CAN THEN GO TO THE TAB LABELLED STORE BUILD.

01:06PM  10        OKAY.  THIS IS AN ANALYSIS OF THERANOS'S POTENTIAL KIND OF

01:06PM  11   INFILTRATION IN THESE MARKETS; RIGHT?

01:06PM  12   A.   THIS IS, THIS IS AN ANALYSIS THAT LOOKS AT OUR REVENUE

01:06PM  13   FORECAST, WHICH WE USED -- WE BUILT OUR REVENUE FORECAST -- THE

01:06PM  14   COMPANY GAVE US TWO YEARS OF FINANCIAL INFORMATION, '14 AND

01:06PM  15   '15, AND WE USED THAT TO HELP US MODEL THE COMPANY IN '14 AND

01:06PM  16   '15.

01:06PM  17        BEYOND THAT, WE WERE ON OUR OWN.  SO WE MADE SOME

01:06PM  18   ASSUMPTIONS ABOUT PENETRATION INTO THE TOTAL METROPOLITAN

01:06PM  19   MARKETS THAT WE EXPECTED TO ROLL OUT, AND THAT'S HOW WE

01:07PM  20   FORECAST REVENUE.

01:07PM  21        AND THEN JUST TO SORT OF CHECK, WE TOOK THOSE REVENUE

01:07PM  22   FORECASTS AND COMPARED THAT TO THE TOTAL NUMBER OF THERANOS --

01:07PM  23   I'M SORRY, THE TOTAL NUMBER OF WALGREENS AND SAFEWAY STORES IN

01:07PM  24   THOSE 18 URBAN AREAS THAT WE ASSUMED THEY WERE ROLLING OUT IN.

01:07PM  25        SO THIS ANALYSIS IS JUST A SECONDARY ANALYSIS COMPARING

01:07PM 1    THE REVENUE, WHICH WE MODEL, VERSUS THE TOTAL NUMBER OF RETAIL

01:07PM 2    STORES THAT THEY HAD IN THOSE PARTICULAR MARKETS.

01:07PM 3        AND WE USED THE, WE USED THE DATA YOU REFERRED TO BEFORE

01:07PM 4    TO HELP US DRIVE THE -- CREATE THESE REVENUE ASSUMPTIONS BASED

01:07PM 5    ON THE TOTAL NUMBER OF PEOPLE, AND THEN THE AVERAGE NUMBER OF

01:07PM 6    TESTS PER PEOPLE PER -- NOT PEOPLE, PER PERSON.  THAT WAS HOW

01:07PM 7    WE MODELLED THE COMPANY BEYOND 2015.

01:07PM 8    Q.   OKAY.  AND THIS WAS A SLIGHTLY DIFFERENT WAY OF LOOKING AT

01:07PM 9    THE DATA IN ORDER TO FORECAST; IS THAT FAIR?

01:07PM 10   A.   YEAH.  WE WANTED TO -- WE -- YES, IT WAS A DIFFERENT WAY

01:08PM 11   OF FORECASTING REVENUES USING THE TOTAL NUMBER OF PEOPLE IN

01:08PM 12   THESE URBAN MARKETS THAT WE WERE ASSUMING WERE GOING TO BE

01:08PM 13   ROLLED OUT OVER THE NEXT COUPLE OF YEARS.

01:08PM 14   Q.   OKAY.  SO LET'S GO NEXT TO THE TAB LABELLED VALUATION.

01:08PM 15       THIS IS MORE ANALYSIS THAT YOUR TEAM DID; RIGHT?

01:08PM 16   A.   YES.

01:08PM 17   Q.   AND LET'S GO TO ROW 19, COLUMN C, THERANOS NET REVENUE.

01:08PM 18       AND WHAT IS PROJECTED IS 249 MILLION NET REVENUE FOR 2014;

01:08PM 19   RIGHT?

01:08PM 20   A.   YES.

01:08PM 21   Q.   OKAY.  AND THEN ROW 19, COLUMN D IS FOR 2015.  AND WHAT IS

01:08PM 22   PROJECTED IS 1.558 BILLION NET REVENUE FOR 2015; RIGHT?

01:09PM 23   A.   YES.

01:09PM 24   Q.   AND YOU'RE MAKING THESE PROJECTIONS IN EARLY 2014;

01:09PM 25   CORRECT?

01:09PM  1    A.    THAT'S CORRECT.

01:09PM  2    Q.    AND YOU WERE AWARE AT THE TIME THAT THERANOS HAD

01:09PM  3    $25 MILLION IN REVENUE AT THAT TIME; RIGHT?

01:09PM  4    A.    YES.

01:09PM  5    Q.    AND SO YOU WERE PROJECTING GROWTH IN 2014 TO GO FROM

01:09PM  6    25 MILLION TO 250 MILLION; IS THAT RIGHT?

01:09PM  7    A.    YES.

01:09PM  8    Q.    AND THEN IN 2015 YOU WERE PROJECTING GROWTH TO GO FROM

01:09PM  9    250 MILLION TO 1.56 BILLION; IS THAT CORRECT?

01:09PM  10   A.    THAT'S CORRECT.

01:09PM  11   Q.    AND THAT LAST INCREASE WAS AN INCREASE OF 525 PERCENT; IS

01:09PM  12   THAT RIGHT?

01:09PM  13   A.    YES.

01:09PM  14   Q.    OKAY.  LET'S GO TO THE ROW ON THIS TAB, ROW 3, COLUMN B,

01:09PM  15   WHICH IS TOTAL VALUE.

01:09PM  16        DO YOU SEE THAT?

01:09PM  17   A.    I DO.

01:10PM  18   Q.    OKAY.  AND SO ACCORDING TO YOUR MODEL, YOU ASSESS THE

01:10PM  19   TOTAL VALUE OF THERANOS TO BE $20.3 BILLION; IS THAT RIGHT?

01:10PM  20   A.    WELL, THIS IS THE U.S. PORTION OF THEIR BUSINESS, YES.

01:10PM  21   Q.    RIGHT.

01:10PM  22   A.    YOU'RE ASSUMING THAT -- WE'RE NOT INCLUDING ANY OF THE

01:10PM  23   OTHER INTERNATIONAL MARKETS IN THIS MODEL.  THIS IS JUST THE

01:10PM  24   U.S. RETAIL HOSPITAL, HOSPITAL (COURIER), PHARMA SERVICES, AND

01:10PM  25   THE PHYSICIAN OFFICE BUSINESS.

01:10PM  1    Q.   RIGHT.  BECAUSE THE INTERNATIONAL, THERANOS TOLD YOU OR

01:10PM  2    INDICATED THAT THERE WAS NO REVENUE EXPECTED ON THAT; RIGHT?

01:10PM  3    A.   THEY -- THAT'S NOT -- I DON'T THINK THAT'S QUITE ACCURATE.

01:10PM  4         I THINK WHAT THEY TOLD US WAS THAT THERE WAS NO NEAR TERM

01:10PM  5    REVENUE.

01:10PM  6         BUT EVEN IN OUR SECOND MEETING, THEY EXPLAINED A MAJOR

01:10PM  7    INITIATIVE TO PARTNER WITH EUROPEAN RESELLERS AND LAUNCH THEIR

01:11PM  8    SERVICE IN MULTIPLE EUROPEAN COUNTRIES.

01:11PM  9         SO OVER THE COURSE OF THIS MODEL, WHICH REALLY GOES OUT

01:11PM  10   FOR MANY YEARS, THE EUROPEAN OPPORTUNITY, THE GLOBAL

01:11PM  11   OPPORTUNITY WAS AN ENORMOUS PART OF THE VALUE HERE.  BUT WE

01:11PM  12   WERE NOT INCLUDING THAT IN THIS ANALYSIS HERE.

01:11PM  13        SO TO ANSWER THAT QUESTION, THAT 20 BILLION WAS THE VALUE

01:11PM  14   OF THE U.S. BUSINESS.  THE 20 BILLION IN CELL B3, WAS JUST U.S.

01:11PM  15   PART OF THERANOS.

01:11PM  16   Q.   RIGHT.  IT DID NOT INCLUDE INTERNATIONAL; RIGHT?

01:11PM  17   A.   NO.

01:11PM  18   Q.   AND PFM'S INVESTMENT IN THAT C2 ROUND THAT WE LOOKED AT ON

01:11PM  19   WEDNESDAY, THAT WAS AT $17 A SHARE; CORRECT?

01:11PM  20   A.   I BELIEVE THAT'S RIGHT, YES.

01:11PM  21   Q.   AND THERANOS'S VALUATION BASED ON $17 A SHARE WAS

01:11PM  22   $9 BILLION; CORRECT?

01:11PM  23   A.   I BELIEVE THAT'S, THAT'S ROUGHLY RIGHT, YES.

01:11PM  24   Q.   OKAY.  I WANTED TO ASK YOU ONE MORE THING ABOUT YOUR

01:12PM  25   MODEL.  THERE WAS NO ASSUMPTION IN THERE OR PROJECTION BASED ON

GROSSMAN CROSS BY MS. WALSH (RES.)

01:12PM 1    THERANOS DOING ANY WORK WITH THE MILITARY; IS THAT RIGHT?

01:12PM 2    A.   I DON'T BELIEVE WE INCLUDED THE MILITARY, EVEN THOUGH, AS

01:12PM 3    YOU HIGHLIGHTED A MOMENT AGO, THEY HAD TBD IN THEIR MODEL --

01:12PM 4    Q.   OKAY.

01:12PM 5    A.   -- THAT THEY SENT US.

01:12PM 6    Q.   OKAY.

01:12PM 7    A.   BUT WE DID INCLUDE THE PHARMA SERVICES REVENUE.  OBVIOUSLY

01:12PM 8    YOU CAN SEE THAT THERE.

01:12PM 9    Q.   BUT NO MILITARY; RIGHT?

01:12PM 10   A.   THAT'S RIGHT.

01:12PM 11   Q.   OKAY.  WE CAN TAKE THAT MODEL DOWN.

01:12PM 12        OKAY.  SO MR. BALWANI PROVIDED YOU WITH A SLIDE DECK THAT

01:12PM 13   WAS PRESENTED IN THE THERANOS MEETING; RIGHT?

01:12PM 14   A.   YES.

01:12PM 15   Q.   AND HE PRESENTED -- HE SENT YOU THE EXCEL VERSION OF THE

01:12PM 16   SPREADSHEET SO YOU COULD SEE ALL OF THE ASSUMPTIONS BEHIND HIS

01:13PM 17   NUMBERS; CORRECT?

01:13PM 18   A.   YES.

01:13PM 19   Q.   AND HE ANSWERED QUESTIONS FOR YOU WHEN YOU HAD QUESTIONS;

01:13PM 20   RIGHT?

01:13PM 21   A.   YES.

01:13PM 22   Q.   AND YOU SPOKE TO OTHER PEOPLE BESIDES MR. BALWANI AND

01:13PM 23   MS. HOLMES; RIGHT?

01:13PM 24   A.   YES.

01:13PM 25   Q.   YOU SPOKE TO A PERSON NAMED CHANNING ROBERTSON; IS THAT

01:13PM  1    CORRECT?

01:13PM  2    A.   YES.

01:13PM  3    Q.   AND YOU SPOKE TO, I GUESS IT'S DR. ROBERTSON, TWO

01:13PM  4    DIFFERENT TIMES, RIGHT, BEFORE YOUR INVESTMENT?

01:13PM  5    A.   I BELIEVE THAT'S RIGHT.

01:13PM  6    Q.   OKAY.  SO LET'S TAKE A LOOK AT 7398.

01:13PM  7         DO YOU SEE THAT?

01:13PM  8    A.   OH, I'M SORRY.

01:13PM  9    Q.   AND THIS IS AN EMAIL BETWEEN YOU AND DAVID BRADY ON

01:13PM  10   JANUARY 18TH; RIGHT?

01:13PM  11   A.   YES.

01:13PM  12   Q.   AND IT'S REGARDING -- AND THE SUBJECT LINE IS COMPANY;

01:14PM  13   RIGHT?

01:14PM  14   A.   YES.

01:14PM  15   Q.   AND COMPANY REFERS TO THERANOS; CORRECT?

01:14PM  16   A.   YES.

01:14PM  17   Q.   OKAY.  AND IS THIS AN EMAIL WHERE YOU WERE GETTING

01:14PM  18   INFORMATION ABOUT DR. ROBERTSON?

01:14PM  19   A.   I MEAN, I'M GETTING HIS CELL PHONE INFORMATION IF THAT'S

01:14PM  20   HOPEFULLY RESPONSIVE TO YOUR QUESTION, AND IT'S ABOUT WHERE HE

01:14PM  21   IS AT THAT POINT IN TIME.

01:14PM  22   Q.   SURE.  OKAY.

01:14PM  23        AND YOU KNEW THAT, THAT DR. ROBERTSON WAS A PROFESSOR AT

01:14PM  24   STANFORD UNIVERSITY; RIGHT?

01:14PM  25   A.   YES.

01:14PM   1    Q.   AND HE WAS A PROFESSOR OF CHEMICAL ENGINEERING; CORRECT?

01:14PM   2    A.   I BELIEVE THAT'S RIGHT, YES.

01:14PM   3    Q.   AND YOU KNEW THAT HE IS SOMEONE WHO HELPED

01:14PM   4    ELIZABETH HOLMES START THERANOS; RIGHT?

01:14PM   5    A.   YES.

01:14PM   6    Q.   OKAY.  AND HE HAD BEEN ON THE STANFORD FACULTY FOR MANY

01:14PM   7    DECADES; CORRECT?

01:14PM   8    A.   I DON'T KNOW HOW LONG, BUT I BELIEVE THAT'S ACCURATE.

01:15PM   9    Q.   OKAY.  AND YOU KNEW DR. ROBERTSON WAS ALSO ON THE BOARD AT

01:15PM  10    THERANOS; RIGHT?

01:15PM  11    A.   I'M NOT SURE IF I KNEW THAT AT THAT POINT IN TIME, BUT I

01:15PM  12    KNEW HE WAS INVOLVED WITH THE COMPANY.

01:15PM  13    Q.   OKAY.  AND HE WAS A WELL RESPECTED SCIENTIST; RIGHT?

01:15PM  14    A.   YES.

01:15PM  15    Q.   AND HE HAD BEEN INVOLVED IN OTHER HEALTH CARE STARTUPS.

01:15PM  16         IS THAT FAIR?

01:15PM  17    A.   YES.

01:15PM  18    Q.   AND YOU RELIED ON THE INFORMATION THAT DR. ROBERTSON

01:15PM  19    PROVIDED TO YOU; IS THAT RIGHT?

01:15PM  20    A.   YES.

01:15PM  21    Q.   OKAY.  ALL RIGHT.  IF YOU COULD TURN TO EXHIBIT 20200.

01:16PM  22    A.   OKAY.

01:16PM  23    Q.   OKAY.  AND JUST TURN TO PAGE -- ACTUALLY, IF YOU COULD

01:16PM  24    TURN TO PAGE 1 OF THE EXHIBIT.

01:16PM  25         YOU SAID YOU REMEMBERED HAVING TWO CALLS WITH

01:16PM   1      DR. ROBERTSON; RIGHT?

01:16PM   2      A.   YES.

01:16PM   3      Q.   AND ONE WAS IN JANUARY; CORRECT?

01:16PM   4      A.   YES.

01:16PM   5      Q.   AND THE OTHER ONE WAS IN FEBRUARY; RIGHT?

01:16PM   6      A.   I BELIEVE THAT'S RIGHT.

01:16PM   7      Q.   BUT BOTH WERE BEFORE YOU MADE YOUR INVESTMENT; CORRECT?

01:16PM   8      A.   I BELIEVE THAT'S RIGHT.

01:16PM   9      Q.   OKAY.  AND IF YOU CAN TURN TO PAGE 5.

01:16PM   10     A.   OKAY.

01:16PM   11     Q.   AND DR. ROBERTSON TOLD YOU DURING YOUR SECOND CALL WITH

01:17PM   12     HIM THAT THERANOS WAS WAY BEYOND PROOF OF CONCEPT.

01:17PM   13          DID HE TELL YOU THAT?

01:17PM   14     A.   YES.

01:17PM   15     Q.   AND THAT WENT INTO -- THAT WAS ANOTHER DATA POINT IN YOU

01:17PM   16     MAKING YOUR DECISION TO INVEST; RIGHT?

01:17PM   17     A.   YES.

01:17PM   18     Q.   AND HE ALSO SAID THE TECHNOLOGY WORKS; RIGHT?

01:17PM   19     A.   YES.

01:17PM   20     Q.   OKAY.  AND HE ALSO SAID THAT IT'S --

01:17PM   21              MR. LEACH:  YOUR HONOR, I HAVE A HEARSAY OBJECTION.

01:17PM   22     I THINK THIS IS BEING OFFERED FOR A DIFFERENT PURPOSE, AND IF

01:17PM   23     THAT'S THE CASE, THEN I HAVE NO OBJECTION.

01:17PM   24              THE COURT:  ARE YOU MOVING THIS EXHIBIT INTO

01:17PM   25     EVIDENCE?

01:17PM  1                    MS. WALSH:  NO.

01:17PM  2                    MR. LEACH:  IT'S TO THE PREVIOUS QUESTION ABOUT --

01:17PM  3                    THE COURT:  RIGHT.

01:17PM  4          THEN THE PREVIOUS QUESTION CALLED FOR HEARSAY.

01:17PM  5                    MS. WALSH:  YOUR HONOR, IT'S REALLY OFFERED FOR A

01:17PM  6     NONHEARSAY PURPOSE, WHICH IS THIS IS MORE INFORMATION THAT

01:17PM  7     MR. GROSSMAN IS GETTING IN MAKING A DECISION WHETHER TO INVEST

01:17PM  8     IN THERANOS.

01:17PM  9          IT'S NOT OFFERED FOR THE TRUTH.  IT'S WHAT THE EFFECT IT

01:18PM  10    HAD ON HIS STATE OF MIND IN MAKING THE DECISION WHETHER OR NOT

01:18PM  11    TO INVEST.

01:18PM  12                   MR. LEACH:  I HAVE NO ISSUE WITH THAT, YOUR HONOR.

01:18PM  13                   THE COURT:  SO, LADIES AND GENTLEMEN, IN RESPONSE TO

01:18PM  14    MR. GROSSMAN'S PREVIOUS ANSWER TO THE QUESTION OF WHAT

01:18PM  15    DR. ROBERTSON TOLD HIM, THAT RESPONSE IS NOT IN EVIDENCE FOR

01:18PM  16    THE TRUTH OF THE MATTER ASSERTED BY THE DOCTOR, NOR HIS

01:18PM  17    OPINIONS.

01:18PM  18          IT'S OFFERED SOLELY FOR THE IMPACT AND EFFECT ON

01:18PM  19    MR. GROSSMAN IN REGARDS TO ACCUMULATION OF INFORMATION

01:18PM  20    REGARDING THE DECISION TO INVEST AND FOR THAT PURPOSE ONLY.

01:18PM  21    BY MS. WALSH:

01:18PM  22    Q.   AND SO, MR. GROSSMAN, DR. ROBERTSON SAID THERANOS IS WAY

01:18PM  23    BEYOND PROOF OF CONCEPT; RIGHT?

01:18PM  24    A.   HE DID SAY THAT.

01:19PM  25    Q.   AND HE TOLD YOU THAT HIS VIEW WAS THE TECHNOLOGY WORKED;

01:19PM  1    RIGHT?

01:19PM  2    A.   THAT WAS HIS GENERAL MESSAGE, YES.

01:19PM  3    Q.   AND HE TOLD YOU THAT THE TEAM AT THERANOS WAS PHENOMENAL,

01:19PM  4    HE HAD NEVER SEEN ANYTHING LIKE THIS IN THE 40 STARTUPS HE HAS

01:19PM  5    WORKED ON; IS THAT RIGHT?

01:19PM  6    A.   I DON'T RECALL THAT SPECIFICALLY, BUT I DO KNOW THAT HE

01:19PM  7    SAID THAT THERE WAS A GOOD TEAM OF PEOPLE AT THE COMPANY.

01:19PM  8    Q.   OKAY.  AND IF YOU COULD TURN TO 14072.

01:19PM  9    A.   OKAY.

01:19PM  10   Q.   OKAY.  IS THIS AN EMAIL BETWEEN YOU AND CHRIS JAMES ON

01:20PM  11   JANUARY 26TH, 2014?

01:20PM  12   A.   IT IS, YES.

01:20PM  13   Q.   AND THIS EMAIL RELATES TO A THERANOS INVESTMENT; IS THAT

01:20PM  14   RIGHT?

01:20PM  15   A.   YES.

01:20PM  16   Q.   AND IT ALSO RELATES TO A CALL THAT YOU HAD WITH

01:20PM  17   DR. ROBERTSON; RIGHT?

01:20PM  18   A.   THE FIRST CALL, YES.

01:20PM  19   Q.   THE FIRST CALL, CORRECT.

01:20PM  20        THE SECOND CALL WAS IN FEBRUARY; RIGHT?

01:20PM  21   A.   YES.

01:20PM  22   Q.   OKAY.

01:20PM  23        YOUR HONOR, WE OFFER 14072.

01:20PM  24        MR. LEACH:  NO OBJECTION, YOUR HONOR.

01:20PM  25        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:20PM 1        (DEFENDANT'S EXHIBIT 14072 WAS RECEIVED IN EVIDENCE.)

01:20PM 2   BY MS. WALSH:

01:20PM 3   Q.   SO IF WE JUST GO DOWN TO THE BOTTOM OF THAT CHAIN FIRST.

01:20PM 4        MR. JAMES IS REACHING OUT TO YOU, MR. GROSSMAN, SAYING,

01:20PM 5   "WHEN CAN U DO THERANOS INTERNAL PRESENTATION?"

01:20PM 6        DO YOU SEE THAT?

01:20PM 7   A.   I DO.

01:20PM 8   Q.   "WE NEED TO FIRM UP SIZE IN NEXT COUPLE OF DAYS AT

01:20PM 9   LATEST."

01:20PM 10       AND THEN YOU REPLY IN THE TOP EMAIL AND YOU SAY, "WELL,

01:21PM 11  I'M TAKING OFF TUESDAY AFTERNOON.  IDEALLY WE SHOULD TRY TO DO

01:21PM 12  A FIRST PASS ON TUESDAY MORNING.  OTHERWISE THURSDAY, I COULD

01:21PM 13  DIAL IN, LEAD THE MEETING FROM NEW YORK AND THE DEAL TEAM WOULD

01:21PM 14  BE IN SAN FRANCISCO IN BIG CONFERENCE ROOM."

01:21PM 15       AND YOU'RE TALKING ABOUT THE PRESENTATION, AREN'T YOU?

01:21PM 16  A.   I BELIEVE, YES, HE'S ASKING ME ABOUT AN INTERNAL THERANOS

01:21PM 17  PRESENTATION.

01:21PM 18       SO I THINK THAT PART OF THE EMAIL I'M RESPONDING TO THE

01:21PM 19  INTERNAL THERANOS PRESENTATION.

01:21PM 20  Q.   OKAY.  AND THAT PRESENTATION WAS TO POTENTIAL INVESTORS IN

01:21PM 21  THERANOS; IS THAT RIGHT?

01:21PM 22  A.   I'M NOT SURE.  I DON'T REMEMBER THAT PRESENTATION.  I

01:21PM 23  DON'T BELIEVE I ACTUALLY WAS PART OF THAT PRESENTATION, SO I'M

01:21PM 24  NOT SURE WHO WAS THERE.

01:21PM 25       BUT I -- I'LL TELL YOU WHAT MY UNDERSTANDING WAS.  IT WAS

01:21PM  1    FOR INTERNAL PEOPLE AT THE EVENT, OUR OWN EMPLOYEES THAT WERE

01:22PM  2    INTERESTED IN POTENTIALLY INVESTING.

01:22PM  3    Q.   OKAY.  AND -- RIGHT.  SO THAT PRESENTATION WAS A

01:22PM  4    PRESENTATION ABOUT POTENTIAL INVESTMENT IN THERANOS; RIGHT?

01:22PM  5    A.   YEAH.  AND AS THE EMAIL SAYS, IT'S AN INTERNAL

01:22PM  6    PRESENTATION.

01:22PM  7    Q.   SURE.  AND EVEN THOUGH YOU WEREN'T IN SAN FRANCISCO, YOU

01:22PM  8    LED THAT PRESENTATION FROM NEW YORK; IS THAT RIGHT?

01:22PM  9    A.   I DON'T BELIEVE THAT I WAS INVOLVED IN THIS PRESENTATION.

01:22PM  10   SO, NO, I DIDN'T LEAD IT FROM NEW YORK.

01:22PM  11   Q.   OKAY.  YOU DIDN'T PARTICIPATE IN IT AT ALL?

01:22PM  12   A.   I DON'T REMEMBER IT SPECIFICALLY.  I HAVE NO MEMORY OF

01:22PM  13   THIS PRESENTATION, SO I DON'T KNOW -- I DON'T BELIEVE I WAS

01:22PM  14   INVOLVED IN THIS MEETING.

01:22PM  15   Q.   OKAY.  BUT YOU WERE LEADING THE EFFORT TO DECIDE WHETHER

01:22PM  16   TO INVEST IN THERANOS; RIGHT?

01:22PM  17   A.   I HAVE THE FINAL SAY, LIKE I DO FOR EVERYTHING, IN THE

01:22PM  18   PORTFOLIO.

01:22PM  19        BUT IT WAS A COLLABORATIVE TEAM EFFORT.  WE HAD THREE

01:22PM  20   SENIOR PEOPLE WORKING ON IT, ONE JUNIOR PERSON, AND ANY OF THEM

01:22PM  21   WOULD HAVE BEEN QUALIFIED TO DESCRIBE THE INVESTMENT, THE

01:23PM  22   COMPANY TO THEIR COLLEAGUES INTERNALLY.

01:23PM  23   Q.   OKAY.  SO JUST MOVING DOWN THE EMAIL, IN THE SECOND

01:23PM  24   PARAGRAPH I THE SECOND SENTENCE YOU SAY, "I'M FEELING EVEN

01:23PM  25   BETTER ABOUT THIS NOW. "

01:23PM  1        THAT'S REFERRING TO THE INVESTMENT IN THERANOS; IS THAT

01:23PM  2   RIGHT?

01:23PM  3   A.   YES.

01:23PM  4   Q.   "I HAD A MIND BLOWING CALL WITH ELIZABETH'S PROFESSOR WHO

01:23PM  5   HELPED HER START THIS."

01:23PM  6        THAT'S A REFERENCE TO DR. ROBERTSON; IS THAT RIGHT?

01:23PM  7   A.   YES.

01:23PM  8   Q.   AND THAT'S THE JANUARY CALL; CORRECT?

01:23PM  9   A.   YES.

01:23PM  10  Q.   AND THEN YOU SAY, "WAS THE ORIGINAL BOARD MEMBER."

01:23PM  11       DO YOU SEE THAT?

01:23PM  12  A.   I DO.

01:23PM  13  Q.   OKAY.  LET'S TURN TO 7411.

01:24PM  14  A.   OKAY.

01:24PM  15  Q.   IS 7411 AN EMAIL FROM DR. RABODZEY TO YOU, AND MR. KHANNA,

01:24PM  16  AND MS. SUMME?

01:24PM  17       DO YOU SEE THAT?

01:24PM  18  A.   I DO.

01:24PM  19  Q.   OKAY.  AND THE DATE OF THE EMAIL IS JANUARY 30TH, 2014;

01:24PM  20  RIGHT?

01:24PM  21  A.   YES.

01:24PM  22  Q.   AND IT RELATES TO THE FINAL VERSION OF THE THERANOS

01:24PM  23  PRESENTATION; CORRECT?

01:24PM  24  A.   THAT'S WHAT IT SAYS, YES.

01:24PM  25  Q.   OKAY.  AND IT ATTACHES A PDF RELATED TO THERANOS; CORRECT?

01:24PM 1    A.   YES.

01:24PM 2    Q.   AND THIS IS ONE OF THE PRESENTATIONS THAT WAS MADE IN

01:24PM 3    DECIDING WHETHER TO INVEST IN THERANOS; CORRECT?

01:24PM 4    A.   THIS WAS A PRESENTATION THAT WAS FOR I BELIEVE THIS

01:24PM 5    INTERNAL MEETING.

01:24PM 6    Q.   OKAY.

01:25PM 7         YOUR HONOR, WE OFFER 7411.

01:25PM 8              MR. LEACH:  NO OBJECTION.

01:25PM 9              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:25PM 10        (DEFENDANT'S EXHIBIT 7411 WAS RECEIVED IN EVIDENCE.)

01:25PM 11   BY MS. WALSH:

01:25PM 12   Q.   SO IT WAS YOUR -- I THINK YOU JUST SAID THIS, IT WAS YOUR

01:25PM 13   ENTIRE TEAM WHO PUT THIS SLIDE DECK TOGETHER; IS THAT RIGHT?

01:25PM 14   A.   IT WAS A COLLABORATIVE EFFORT.  I'M NOT SURE WHO ON THE

01:25PM 15   TEAM DID WHAT AS IT RELATES TO THIS PARTICULAR DOCUMENT.

01:25PM 16   Q.   OKAY.  BUT YOUR TEAM MEMBERS WORKED IN COLLABORATION TO

01:25PM 17   COME UP WITH A WORK PRODUCT; CORRECT?

01:25PM 18   A.   YES.

01:25PM 19   Q.   AND THIS IS THE RESULT OF THAT WORK; RIGHT?

01:25PM 20   A.   YES.

01:25PM 21   Q.   OKAY.  AND THIS -- YOU BELIEVE THIS WAS PRESENTED

01:25PM 22   INTERNALLY TO EMPLOYEES WHO MAY HAVE WANTED TO INVEST IN

01:25PM 23   THERANOS; IS THAT RIGHT?

01:25PM 24   A.   THAT'S MY UNDERSTANDING.  I DON'T RECALL SPECIFICALLY.

01:26PM 25        AND AS I SAID BEFORE, I WASN'T PART OF THIS MEETING.

01:26PM 1    Q.   OKAY.  BUT IS IT FAIR TO SAY THAT IN WHATEVER PRESENTATION

01:26PM 2    WAS GIVEN TO THE PFM EMPLOYEES, YOU WOULD HAVE INCLUDED WHAT

01:26PM 3    YOU VIEWED AS THE RELEVANT INFORMATION TO COMMUNICATE; IS THAT

01:26PM 4    RIGHT?

01:26PM 5    A.   WELL, WE CERTAINLY WOULDN'T WANT TO GIVE THEM EVERY PIECE

01:26PM 6    OF INFORMATION THAT WE ACCUMULATED.  THAT WOULDN'T -- THAT

01:26PM 7    WOULD HAVE TAKEN WAY TOO LONG.

01:26PM 8         SO I THINK WE, WE -- THE EFFORT IS REALLY AROUND GIVING

01:26PM 9    THEM A VIEW OF THE COMPANY AND THE BUSINESS WITHOUT GIVING THEM

01:26PM 10   TOO MUCH DETAIL.

01:26PM 11   Q.   OKAY.  BUT YOU WOULD INCLUDE THE RELEVANT THINGS THAT YOU

01:26PM 12   FELT WERE IMPORTANT; RIGHT?

01:26PM 13   A.   I MEAN, THAT'S A SUBJECTIVE PERSPECTIVE.  I MEAN,

01:26PM 14   DIFFERENT PEOPLE MAY THINK DIFFERENT THINGS ARE RELEVANT, BUT,

01:26PM 15   YEAH, WE WOULD CERTAINLY WANT PEOPLE TO WALK AWAY AND

01:26PM 16   UNDERSTAND THE COMPANY.

01:26PM 17   Q.   OKAY.  SO LET'S TAKE A LOOK AT SLIDE 3, WHICH IS MARKET

01:27PM 18   OVERVIEW.

01:27PM 19        GREAT.  AND THIS WAS THE SLIDE THAT WE JUST LOOKED AT IN

01:27PM 20   YOUR MODEL, RIGHT, AND YOU SAID THIS WAS A PART OF THE

01:27PM 21   PRESENTATION; CORRECT?

01:27PM 22   A.   YES.

01:27PM 23   Q.   OKAY.  AND THIS WAS JUST INFORMATION ABOUT THE U.S. LAB

01:27PM 24   MARKET, DIFFERENT SEGMENTS WITHIN THAT MARKET TO GIVE SOME

01:27PM 25   CONTEXT TO THE INVESTMENT; CORRECT?

01:27PM   1    A.   YES.

01:27PM   2    Q.   OKAY.  AND THEN IF WE CAN GO TO SLIDE 4.  THAT'S LABELLED

01:27PM   3    BUSINESS OVERVIEW.

01:27PM   4         LET'S GO DOWN TO THE THIRD BULLET.

01:27PM   5         YOU SAY IN THE THIRD BULLET, "MODEST NUMBER OF CURRENT

01:27PM   6    TESTS REQUIRE VENOUS BLOOD DRAW, WHICH WILL BE TRANSITIONED TO

01:28PM   7    FINGERSTICK IN THE NEXT FEW MONTHS."

01:28PM   8         DO YOU SEE THAT?

01:28PM   9    A.   I DO.

01:28PM  10    Q.   AND THE NEXT BULLET SAYS, "ANNOUNCE ROLLOUT OF PLATFORM IN

01:28PM  11    8,000 PLUS WALGREENS STORES NATIONWIDE."

01:28PM  12         DO YOU SEE THAT?

01:28PM  13    A.   IT'S NOT ON THIS SCREEN.  THERE WE GO.

01:28PM  14    Q.   YES.

01:28PM  15    A.   YES.

01:28PM  16    Q.   AND THEN GOING DOWN TO THE LAST BULLET, "FASTER AND MORE

01:28PM  17    CONVENIENT LAB TESTING EXPERIENCE FOR CONSUMER -- WALGREENS

01:28PM  18    OPEN 24/7," ET CETERA.

01:28PM  19         DO YOU SEE THAT?

01:28PM  20    A.   I DO.

01:28PM  21    Q.   NOW IF WE CAN GO TO SLIDE 5.

01:28PM  22         SLIDE 5 IS LABELLED BUSINESS OUTLOOK.  AND THERE'S AN

01:28PM  23    UPSIDE SCENARIO AND A DOWNSIDE SCENARIO.

01:28PM  24         DO YOU SEE THAT?

01:28PM  25    A.   I DO.

01:28PM  1    Q.   OKAY.  AND WE'RE GOING TO GO THROUGH SOME OF THE DOWNSIDE

01:29PM  2    SCENARIO.

01:29PM  3         SO THE FIRST BULLET SAYS, "HUB AND SPOKE MODEL LIMITS

01:29PM  4    THERANOS TO SELECTED MAJOR CITIES."

01:29PM  5         IS THAT RIGHT?

01:29PM  6    A.   YES.

01:29PM  7    Q.   OKAY.  THE NEXT IS, "LOBBYING EFFORTS FROM QUEST AND

01:29PM  8    LABCORP DELAY CUTS IN MEDICARE REIMBURSEMENT."

01:29PM  9         DO YOU SEE THAT?

01:29PM  10   A.   I DO SEE THAT.

01:29PM  11   Q.   AND THE NEXT ONE, "RETAIL STORES REQUIRE STAFFING OF

01:29PM  12   PHLEBOTOMISTS REDUCING PROFITABILITY IN RETAIL SEGMENT."

01:29PM  13        DO YOU SEE THAT?

01:29PM  14   A.   I DO SEE THAT.

01:29PM  15   Q.   AND THEN SKIPPING DOWN TO THE SECOND TO THE LAST BULLET,

01:29PM  16   "EXECUTION OF THE ROLLOUT TAKES LONGER BECAUSE OF TEST

01:29PM  17   VALIDATION."

01:29PM  18        DO YOU SEE THAT?

01:29PM  19   A.   I DO.

01:29PM  20   Q.   "GEOGRAPHIC CONSTRAINTS, PAYER CONTRACTING AND OTHER

01:29PM  21   UNFORESEEN CIRCUMSTANCES."

01:29PM  22        THE NEXT BULLET SAYS, "CUSTOMER EXPERIENCE IS NOT AS GOOD

01:29PM  23   AS EXPECTED AND DISTRIBUTION PARTNERS SCALE BACK THEIR

01:29PM  24   ROLLOUT."

01:29PM  25        DO YOU SEE THAT?

01:30PM  1    A.   I DO.

01:30PM  2    Q.   AND SO THOSE WERE ALL POTENTIAL DOWNSIDES; RIGHT?

01:30PM  3    A.   YES.

01:30PM  4    Q.   AND ON THE UPSIDE SCENARIO, IF WE LOOK AT THE SECOND

01:30PM  5    BULLET IT SAYS, "REGULATORY APPROVAL REQUIRED TO PLACE THERANOS

01:30PM  6    UNITS WITHIN RETAIL STORES VERSUS HUB AND SPOKE MODEL."

01:30PM  7         DO YOU SEE THAT?

01:30PM  8    A.   I DO.

01:30PM  9    Q.   AND SO THAT WOULD BE A GOOD THING, RIGHT, IF THERANOS GOT

01:30PM 10    APPROVAL TO PUT ITS DEVICE RUNNING TESTS INTO WALGREENS; RIGHT?

01:30PM 11    A.   YES.  THIS KIND OF REFERENCES OUR BULL CASE, WHICH WE

01:30PM 12    TRIED TO KIND OF BUILD OUR BASE CASE AND DOWNSIDE CASE AROUND

01:30PM 13    THE HUB AND SPOKE MODEL, WHICH TOOK THAT REGULATORY RISK OFF

01:30PM 14    THE TABLE.

01:30PM 15         BUT IF THEY WERE ABLE TO GET APPROVAL TO PUT THEM IN THE

01:30PM 16    THERANOS STORES, WE JUST WANTED PEOPLE TO KNOW THAT THAT WOULD

01:30PM 17    BE AN UPSIDE SCENARIO VERSUS WHAT WE'RE MODELING AS OUR BASE

01:31PM 18    CASE.

01:31PM 19         SO THAT'S WHY WE INCLUDED THAT BULLET POINT THERE.

01:31PM 20    Q.   OKAY.  AND IN THIS PRESENTATION, THERE'S NO MENTION OF ANY

01:31PM 21    DEPARTMENT OF DEFENSE BUSINESS; CORRECT?

01:31PM 22    A.   THAT'S CORRECT.

01:31PM 23    Q.   AND THERE'S NO MENTION THAT THERANOS HAD $220 MILLION IN

01:31PM 24    REVENUE SINCE ITS INCEPTION; RIGHT?

01:31PM 25    A.   YEAH.  LIKE I SAID, WE'RE NOT GOING TO PUT EVERY SINGLE

01:31PM 1   DATA POINT FROM ALL OF OUR MEETINGS INTO THIS DOCUMENT.

01:31PM 2       SO THERE ARE OTHER THINGS THAT WOULD NOT BE IN HERE, TOO.

01:31PM 3   Q.   OKAY.  ABOUT $220 MILLION IN REVENUE SINCE INCEPTION IS

01:31PM 4   DEFINITELY NOT IN THIS PRESENTATION; RIGHT?

01:31PM 5   A.   I MEAN, I HAVE NOT BEEN THROUGH THE WHOLE PRESENTATION,

01:31PM 6   BUT I DON'T BELIEVE IT'S ON THIS PAGE.

01:31PM 7   Q.   OKAY.  DO YOU WANT TO TAKE A LOOK AT IT TO MAKE SURE.

01:31PM 8   A.   NO.  THAT'S OKAY.  WE CAN KEEP GOING.

01:31PM 9   Q.   OKAY.  AND THERE'S NOTHING -- YOU TESTIFIED ON WEDNESDAY

01:31PM 10  THAT MS. HOLMES AND MR. BALWANI TOLD YOU THAT THE DEVICE HAD

01:32PM 11  FLOWN ON MEDEVACS IN AFGHANISTAN AND HAD SAVED SOLDIERS' LIVES.

01:32PM 12      DO YOU REMEMBER THAT TESTIMONY?

01:32PM 13  A.   I DO.

01:32PM 14  Q.   AND THERE'S NOTHING ABOUT THAT IN THIS PRESENTATION, IS

01:32PM 15  THERE?

01:32PM 16  A.   NO.

01:32PM 17  Q.   OKAY.

01:32PM 18      MAY I HAVE A MOMENT, YOUR HONOR?

01:32PM 19          THE COURT:  FOLKS, IF YOU WANT TO STAND UP FOR A

01:32PM 20  MINUTE, FEEL FREE.

01:32PM 21      YOU MAY AS WELL.

01:32PM 22          THE WITNESS:  THANK YOU.

01:33PM 23      (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

01:33PM 24      (STRETCHING.)

01:33PM 25          MS. WALSH:  I HAVE NO FURTHER QUESTIONS AT THIS

01:33PM  1    TIME.

01:33PM  2              THE COURT:  THANK YOU.

01:33PM  3         REDIRECT?

01:33PM  4              MR. LEACH:  THANK YOU, YOUR HONOR.

01:33PM  5                    **REDIRECT EXAMINATION**

01:33PM  6    BY MR. LEACH:

01:34PM  7    Q.   GOOD AFTERNOON, MR. GROSSMAN.

01:34PM  8    A.   GOOD AFTERNOON.

01:34PM  9    Q.   I HAVE A FEW QUESTIONS RELATING TO SOME OF THE QUESTIONS

01:34PM 10    THAT MS. WALSH ASKED YOU ON CROSS-EXAMINATION.

01:34PM 11         AND I'D LIKE TO START WHERE MS. WALSH ENDED.

01:34PM 12         DO YOU RECALL BEING ASKED QUESTIONS ABOUT MS. HOLMES AND

01:34PM 13    MR. BALWANI'S STATEMENTS ABOUT THE THERANOS DEVICE BEING ON

01:34PM 14    MEDEVAC HELICOPTERS.

01:35PM 15         DO YOU RECALL THOSE QUESTIONS?

01:35PM 16    A.   I DO.

01:35PM 17    Q.   AND WHAT, AGAIN, DID MS. HOLMES AND MR. BALWANI TELL YOU

01:35PM 18    IN THAT DECEMBER 2013 MEETING ABOUT MEDEVACS?

01:35PM 19              MS. WALSH:  OBJECTION.  ASKED AND ANSWERED.

01:35PM 20              THE COURT:  OVERRULED.

01:35PM 21              THE WITNESS:  THEY, THEY -- IT WAS AT THE BEGINNING

01:35PM 22    OF THE MEETING, AFTER THEY HAD TOLD US THAT THEY HAD BEEN IN

01:35PM 23    STEALTH MODE FOR OVER TEN YEARS.

01:35PM 24         AND DURING THAT TEN YEAR PERIOD OF TIME, THEY HAD BEEN

01:35PM 25    WORKING WITH THE DEPARTMENT OF DEFENSE AND THEIR TECHNOLOGY HAD

01:35PM 1    BEEN DEPLOYED ON MEDEVACS, AND THEY WENT THROUGH THIS EXAMPLE

01:35PM 2    ABOUT HOW GIVING DIAGNOSTIC INFORMATION TO THE EMERGENCY ROOM

01:35PM 3    IN THE MILITARY SETTING WITHIN A SHORT -- WITHIN AN HOUR SAVED

01:35PM 4    LIVES, AND THEIR TECHNOLOGY HAD BEEN DOING THAT IN THE

01:35PM 5    BATTLEFIELD.

01:35PM 6         THEY ALSO, SUBSEQUENT TO THAT, TOLD US IT WAS ALSO USED TO

01:35PM 7    IDENTIFY, AGAIN, IN THE BATTLEFIELD, SOLDIERS THAT GOT SICK,

01:35PM 8    THEY COULD QUICKLY, WITH THIS TECHNOLOGY, IDENTIFY THE VIRUS OR

01:35PM 9    THE BACTERIA, AND THAT ALSO WAS ABLE TO SAVE LIVES.

01:36PM 10   Q.   AND SUBSEQUENT TO THAT DECEMBER 2013 MEETING, DID

01:36PM 11   MR. BALWANI ALSO SAY THAT THE DEVICE HAD BEEN IN AFGHANISTAN?

01:36PM 12   A.   YES.  WE WERE ASKING HIM ABOUT HOW RELIABLE THIS EQUIPMENT

01:36PM 13   WAS IN THE REAL WORLD, HOW WILL IT HOLD UP IF YOU HAVE TO RUN

01:36PM 14   YOUR MINILABS 24/7 TO SUPPORT THESE DIFFERENT RETAIL

01:36PM 15   GEOGRAPHIES, AND HE EXPLAINED HOW EACH DEVICE HAD A HEARTBEAT,

01:36PM 16   THEY COULD MONITOR THE DEVICE REMOTELY, AND THE WORK AND THE

01:36PM 17   TIME THAT THEY HAD SPENT WITH THE MILITARY USING THIS

01:36PM 18   TECHNOLOGY HAD GIVEN THEM IMPORTANT INSIGHTS FOR HOW A REAL

01:36PM 19   WORLD APPLICATION WOULD WORK.

01:36PM 20        THE ENVIRONMENT IN THE MILITARY BEING CHALLENGING,

01:36PM 21   DIFFICULT, YOU KNOW, THE PLACES WHERE THIS WAS USED, THE

01:36PM 22   WEATHER, THE HUMIDITY, YOU KNOW, THE, THE -- JUST A LOT OF

01:36PM 23   DUST, THOSE TYPES OF THINGS REALLY HELPED THEM CREATE A VERY

01:37PM 24   ROBUST REAL WORLD 24/7 WORK FORCE ANALYZER.

01:37PM 25   Q.   AND THE STATEMENTS ABOUT MEDEVACS, AFGHANISTAN, USED BY

01:37PM 1    THE MILITARY, WERE THEY RELEVANT TO YOU?

01:37PM 2    A.   THEY WERE VERY RELEVANT.  I MEAN, AS I SAID THE OTHER DAY,

01:37PM 3    YOU KNOW WHAT -- ANYTHING THAT THE MILITARY WOULD USE ON A

01:37PM 4    SOLDIER HAS TO GO THROUGH A RIGOROUS VETTING PROCESS AND MEET

01:37PM 5    THE HIGHEST STANDARDS.

01:37PM 6        AND SO -- NOT TO MENTION HOW DIFFICULT CONDITIONS CAN BE

01:37PM 7    IN THE PARTS OF THE WORLD WHERE OUR MILITARY AT THAT POINT IN

01:37PM 8    TIME HAD BEEN DEPLOYED, YOU KNOW, THE MIDDLE EAST, AFGHANISTAN,

01:37PM 9    THOSE TYPES OF PLACES.  IT COULD BE REALLY HARSH ENVIRONMENTS

01:37PM 10   TO OPERATE A DEVICE LIKE THIS.

01:37PM 11       SO FOR ALL OF THOSE REASONS, WE WERE IMPRESSED AND IT

01:37PM 12   REALLY SPOKE TO HOW MUCH THIS COMPANY HAD ACCOMPLISHED OVER

01:38PM 13   THAT TEN YEAR STEALTH PERIOD.

01:38PM 14   Q.   MS. WALSH SHOWED YOU A POWERPOINT PRESENTATION THAT YOU

01:38PM 15   DID NOT PREPARE FOR A MEETING THAT YOU DID NOT ATTEND.  IT

01:38PM 16   DOESN'T MAKE REFERENCE TO MEDEVACS.

01:38PM 17       DOES THAT MEAN THAT THAT INFORMATION IS NOT RELEVANT TO

01:38PM 18   YOU?

01:38PM 19   A.   NO.  WE WERE INVESTING, WE WERE INVESTING IN THE RETAIL

01:38PM 20   HOSPITAL PHYSICIAN ROLLOUT.

01:38PM 21       AS IMPRESSIVE AS THE MEDEVAC EXAMPLE WAS, I'M NOT SURE

01:38PM 22   THAT THAT WOULD BE A GREAT BUSINESS.  I'M NOT SURE WHAT THE

01:38PM 23   MARKET OPPORTUNITY FOR THIS TECHNOLOGY IN A MILITARY SETTING

01:38PM 24   WOULD BE.

01:38PM 25       IT PROBABLY WOULDN'T BE THE TYPE OF THING THAT WE WOULD

01:38PM   1   GET REALLY EXCITED ABOUT.

01:38PM   2        SO OUR FOCUS FROM AN INVESTMENT PERSPECTIVE IS HOW THIS

01:38PM   3   TECHNOLOGY WAS GOING TO BE ROLLED OUT, USED IN A REAL WORLD

01:38PM   4   SETTING BOTH THE RETAIL SIDE, AND ACTUALLY JUST AS IMPORTANTLY,

01:38PM   5   THE HOSPITAL AND THE PHYSICIAN OFFICE PIECE OF IT WAS ALSO

01:38PM   6   EQUALLY IMPORTANT AS WAS THE INTERNATIONAL OPPORTUNITY THAT WE

01:39PM   7   DID NOT INCLUDE IN OUR BASE CASE -- ACTUALLY IN ANY OF OUR

01:39PM   8   ANALYSES.

01:39PM   9   Q.   DID THE STATEMENTS ABOUT THE MILITARY LEND CREDIBILITY TO

01:39PM   10  THE REVENUE PROJECTIONS THAT THERANOS WAS PROVIDING YOU?

01:39PM   11  A.   YES.

01:39PM   12  Q.   HOW SO?

01:39PM   13  A.   IT JUST -- YOU KNOW, I MEAN, IT KIND OF GOES TO JUST THE

01:39PM   14  SEAL OF APPROVAL THAT THE TECHNOLOGY VALIDATION THAT YOU HAVE

01:39PM   15  AS AN INVESTOR OR ANYONE WHO HEARS THOSE TYPES OF

01:39PM   16  REPRESENTATIONS, YOU KNOW, YOU CANNOT NOT IMPRESSED WITH WHAT

01:39PM   17  THAT TECHNOLOGY IS CAPABLE OF, HOW IT'S BEEN USED, AND

01:39PM   18  OBVIOUSLY, YOU KNOW, CONSISTENT WITH WALGREENS WANTING TO USE

01:39PM   19  THIS IN THEIR RETAIL SETTINGS, CONSISTENT WITH REALLY WELL

01:39PM   20  RESPECTED HOSPITAL ORGANIZATIONS LIKE INTERMOUNTAIN HEALTH,

01:39PM   21  DIGNITY HEALTH WAS ANOTHER PARTNER THAT THEY HAD IN CALIFORNIA,

01:39PM   22  THEY RUN ONE OF THE LARGEST NETWORKS OF HOSPITALS IN THE ENTIRE

01:40PM   23  COUNTRY, AND THEN OBVIOUSLY SAFEWAY.

01:40PM   24       YOU KNOW, THEY ALL HAD A SIMILAR PERSPECTIVE ON WHAT THIS

01:40PM   25  TECHNOLOGY WAS CAPABLE OF DOING.

01:40PM  1    Q.   WHILE WE'RE ON THE SUBJECT OF THE MODEL, THE MODEL THAT

01:40PM  2    PFM DEVELOPED THAT MS. WALSH SHOWED YOU IN EXHIBIT 13702A, AND

01:40PM  3    WE LOOKED AT SOME BLUE TABS AND SOME ORANGE TABS.  THE BLUE

01:40PM  4    TABS RELATED TO THERANOS?

01:40PM  5    A.   I BELIEVE THE BLUE TABS WERE THE THERANOS TABS, YES.

01:40PM  6    Q.   AND THAT WAS INFORMATION PROVIDED BY THERANOS?

01:40PM  7    A.   YES.

01:40PM  8    Q.   AND IS THAT WHERE YOU START WHEN PUTTING TOGETHER YOUR OWN

01:40PM  9    MODEL?

01:40PM  10   A.   YEAH, WE, WE USED -- WE RELIED HEAVILY ON THEIR 2014 AND

01:40PM  11   '15 MONTHLY PROJECTIONS, VERY DETAILED ROLLOUTS FOR BOTH --

01:41PM  12   WELL, REALLY ALL OF THE BUSINESSES, INCLUDING WALGREENS,

01:41PM  13   SAFEWAY, THE HOSPITAL BUSINESS, THE PHYSICIAN OFFICE BUSINESS,

01:41PM  14   AND EVEN THE PHARMACEUTICAL SERVICES BUSINESS, THE CLINICAL

01:41PM  15   TRIALS BUSINESS, ALL OF THAT WE HAD DETAILED FORECASTS.

01:41PM  16        SO WE USED -- WE RELIED HEAVILY ON THOSE ESTIMATES FOR '14

01:41PM  17   AND '15.

01:41PM  18        BEYOND THAT, WE HAD TO COME UP WITH OUR OWN METHODOLOGY,

01:41PM  19   OUR OWN WAY OF FORECASTING REVENUES, SO AT THAT POINT WE KIND

01:41PM  20   OF TRANSFERRED TO A DIFFERENT WAY OF MODELING THE COMPANY.

01:41PM  21        BUT WE DID TAKE THEIR ESTIMATES, AND WE USED THOSE.

01:41PM  22        BUT WE ALSO HAD LOWER NUMBERS THAN THE COMPANY.

01:41PM  23        SO OUR, OUR BASE CASE 2014 AND 2015 WAS BELOW THE COMPANY

01:41PM  24   MODEL THAT THEY SENT US.

01:41PM  25        THE BEAR CASE WAS EVEN MORE BELOW.

01:41PM  1         SO IT FACTORED HEAVILY INTO OUR ANALYTIC MODELING

01:41PM  2   EXERCISE.  AND THEN BEYOND 2015, WE HAD TO MAKE OUR OWN

01:41PM  3   ASSUMPTIONS.

01:41PM  4   Q.   AND DID YOU ASSUME THE GOOD FAITH OF THE PROJECTIONS THAT

01:42PM  5   MR. BALWANI WAS GIVING YOU?

01:42PM  6   A.   YES, ESPECIALLY SINCE THE SECOND MEETING THE DESCRIPTION

01:42PM  7   OF HOW WELL THE PARTNERSHIP WAS GOING, RAISED OUR NUMBERS

01:42PM  8   TWICE, I THINK WE FELT LIKE THEY HAD EXCELLENT VISIBILITY INTO

01:42PM  9   THE INITIAL ROLLOUT OF THIS TECHNOLOGY, BOTH WITH WALGREENS AND

01:42PM 10   SAFEWAY AND THE OTHER IMPORTANT REVENUE LINES AS WELL.

01:42PM 11   Q.   OKAY.  YOU ALSO MENTIONED INTERMOUNTAIN AND DIGNITY.

01:42PM 12         THOSE ARE HOSPITAL CHAINS?

01:42PM 13   A.   YES.

01:42PM 14   Q.   WOULD IT SURPRISE YOU THAT THERANOS HAD NO REVENUE FROM

01:42PM 15   HOSPITAL CHAINS IN 2014 AND 2015?

01:42PM 16   A.   THAT WOULD BE --

01:42PM 17              MS. WALSH:  OBJECTION.

01:42PM 18              THE COURT:  OVERRULED.

01:42PM 19              THE WITNESS:  THAT WOULD BE SHOCKING.

01:42PM 20   BY MR. LEACH:

01:42PM 21   Q.   MS. WALSH ALSO WALKED YOU THROUGH PORTIONS OF THE MODEL

01:42PM 22   RELATING TO THE DEVICE COSTS AND SOME OF THE ASSUMPTIONS WITHIN

01:42PM 23   THE THERANOS MODEL.

01:42PM 24         DO YOU RECALL THAT?

01:42PM 25   A.   YEAH.  PER MY LAST ANSWER, NOT ONLY WOULD IT BE SHOCKING,

01:43PM  1    IT WOULD DIRECTLY CONTRADICT STATEMENTS THAT THE COMPANY HAD

01:43PM  2    MADE TO US OVER MULTIPLE MEETINGS IF THERE WAS ZERO REVENUES IN

01:43PM  3    THE HOSPITAL BUSINESS IS THE QUESTION.  THAT'S WHY I SAID

01:43PM  4    SHOCKING.  SORRY.

01:43PM  5    Q.   THANK YOU FOR THAT, MR. GROSSMAN.

01:43PM  6         GOING BACK TO THE MODEL, YOU WERE SHOWN SOME OF THE MARKET

01:43PM  7    ASSUMPTIONS AND SOME COSTS RELATING TO THE THERANOS DEVICE.

01:43PM  8         DO YOU RECALL THAT?

01:43PM  9    A.   MAYBE YOU COULD BE A LITTLE MORE SPECIFIC.

01:43PM  10   Q.   YOU WERE SHOWN IN THE BLUE SPREADSHEETS SOME TABS WITH,

01:43PM  11   YOU KNOW, ASSUMPTIONS ABOUT THE NUMBER OF RETAIL PHARMACIES?

01:43PM  12   A.   OH, YES.

01:43PM  13   Q.   AT ANY POINT IN TIME IN THE THERANOS MODEL, DID YOU SEE A

01:43PM  14   REFERENCE TO SIEMENS MACHINES?

01:43PM  15   A.   NO.

01:43PM  16   Q.   DID YOU SEE ANYTHING SUGGESTING TO YOU THAT THERANOS WOULD

01:43PM  17   NEED TO BUY THIRD PARTY ANALYZERS TO DO ITS BLOOD TESTING

01:44PM  18   BUSINESS?

01:44PM  19   A.   NO.  AND AS I THINK I MENTIONED ON WEDNESDAY, I MEAN, IT

01:44PM  20   WOULDN'T HAVE MADE ANY ECONOMIC SENSE.  THEY WOULD HAVE HAD TO

01:44PM  21   BUY THOSE MACHINES AT A HIGHER PRICE THAN LABCORP AND QUEST.

01:44PM  22   THEY'RE CHARGING HALF THE PRICE OF MEDICARE.  I MEAN, IT

01:44PM  23   DOESN'T MAKE ANY ECONOMIC SENSE WHY YOU WOULD DO THAT.

01:44PM  24        SO, NO, THAT -- THERE WAS NO REFERENCE OR MENTION OF ANY

01:44PM  25   OF THAT IN THE MODEL OR ANY OF THE MEETINGS.

01:44PM   1   Q.   AND I'M GATHERING FROM YOUR STATEMENTS THAT SUCH

01:44PM   2   INFORMATION WOULD HAVE BEEN RELEVANT TO YOU?

01:44PM   3   A.   YES.

01:44PM   4   Q.   MS. WALSH ALSO SHOWED YOU EXHIBIT 4089.  AND IF WE CAN

01:44PM   5   CALL THAT UP, PLEASE.

01:44PM   6        DO YOU RECALL QUESTIONS ABOUT THIS EMAIL FROM DR. RABODZEY

01:44PM   7   ABOUT FDA APPROVAL?

01:45PM   8   A.   I DO.

01:45PM   9   Q.   OKAY.  AND IF WE COULD ZOOM IN ON THE BOTTOM PORTION UNDER

01:45PM  10   "LET ME DIGEST THIS IN A SIMPLE WAY."

01:45PM  11        DO YOU SEE BULLET 3 WHERE IT SAYS, "LH AND DGX ARE USING

01:45PM  12   MINI (I AM NOT SURE IF ALL) FDA APPROVED TESTS AND THEY ARE

01:45PM  13   USING FDA APPROVED MACHINES, WHILE THERANOS IS NOT."

01:45PM  14        DO YOU SEE THAT LANGUAGE?

01:45PM  15   A.   YES.

01:45PM  16   Q.   AND WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF

01:45PM  17   THERANOS'S BUSINESS AT THE TIME?

01:45PM  18   A.   THAT WAS CONSISTENT WITH OUR UNDERSTANDING THAT THEY WOULD

01:45PM  19   HAVE THEIR OWN PROPRIETARY MINILABS IN THEIR CLIA LABORATORIES

01:45PM  20   PROCESSING HUMAN SAMPLES FROM THOSE WALGREENS STORES IN

01:45PM  21   ADDITION TO THE PHYSICIAN OFFICE, IN ADDITION TO THE SAMPLES

01:45PM  22   THEY COLLECTED FROM PHYSICIAN OFFICES.

01:45PM  23   Q.   AND THAT UNDERSTANDING WAS BASED ON YOUR PHONE CALLS WITH

01:45PM  24   MR. BALWANI, YOUR MEETINGS WITH MR. BALWANI AND THE WRITTEN

01:46PM  25   MATERIALS THAT HE PROVIDED?

01:46PM 1    A.    YES.

01:46PM 2    Q.    AND I THINK YOU SAID THAT THERANOS TOLD YOU THAT THEY

01:46PM 3    DIDN'T BELIEVE THAT FDA APPROVAL WAS REQUIRED BUT THEY INTENDED

01:46PM 4    TO PURSUE THAT?

01:46PM 5    A.    YES, THAT CAME UP IN, IN OUR SECOND MEETING, AND IT WAS A

01:46PM 6    FREQUENT TOPIC IN CONVERSATIONS WITH THE COMPANY.

01:46PM 7          THEY EXPLAINED THAT AS A LAB SERVICE PROVIDER, NOT A

01:46PM 8    MEDICAL OR DIAGNOSTIC EQUIPMENT MANUFACTURER, AS A LAB SERVICE

01:46PM 9    PROVIDER, THEY HAD TO MEET THE CLIA STANDARDS, WHICH ACTUALLY

01:46PM 10   THEY EXPLAINED TO US FROM THEIR PERSPECTIVE, THAT WAS A HIGHER

01:46PM 11   STANDARD, AND THEY HAD TO, THEY HAD TO MEASURE SOMETHING

01:46PM 12   ACCURATELY.  THEY REFERRED TO IT AS THE TRUTH.

01:46PM 13         AND SO AS LONG AS THEY OPERATED IN THE CLIA LAB

01:46PM 14   ENVIRONMENT, THEY WERE FREE TO USE THEIR PROPRIETARY TECHNOLOGY

01:46PM 15   AND CONTINUE TO PROVIDE THAT RETAIL PRODUCT.

01:46PM 16         THE FDA APPROVAL PROCESS WAS SOMETHING THAT THEY OFFERED

01:47PM 17   AS A STRATEGY THAT THEY WERE GOING TO PURSUE, WHICH WOULD PUT

01:47PM 18   THEIR TECHNOLOGY ON AN EVEN HIGHER PLANE, AND WOULD SORT OF

01:47PM 19   ELEVATE IT RELATIVE TO WHAT THE REST OF THE LABORATORY INDUSTRY

01:47PM 20   IS DOING, WHICH IS OPERATING IT UNDER THE CLIA LAWS IN THESE

01:47PM 21   CLIA REGULATORY ENVIRONMENTS.

01:47PM 22         AND SO -- AND, YOU KNOW, THEN THAT'S THE, THAT'S THE

01:47PM 23   STATEMENT THAT MR. BALWANI MADE ABOUT NOBODY, NOBODY FILES

01:47PM 24   THOUSANDS OF ASSAYS WITH THE FDA.

01:47PM 25         THEY HAD SUBMITTED IN NOVEMBER, AND THEN WE HAD MULTIPLE

01:47PM  1    FOLLOWUPS OVER THIS AND TRYING TO UNDERSTAND THE FDA STRATEGY.

01:47PM  2         IT WAS IMPORTANT IN THE SENSE THAT, YOU KNOW, IT WAS GOOD

01:47PM  3    MARKETING, AND I THINK THAT'S THE PART THAT WE REALLY WANTED TO

01:47PM  4    UNDERSTAND, ESPECIALLY SINCE WE WERE INVESTING OVER A COUPLE

01:47PM  5    YEAR PERIOD, AND WE REALLY WANTED THAT FDA APPROVAL TO KIND OF

01:47PM  6    HELP GET SOME GOOD PUBLICITY FOR THE PLATFORM.

01:47PM  7         BUT IN TERMS OF THE BUSINESS AND THE WAY WE MODELLED IT,

01:48PM  8    THE WAY WE OPERATED AND THE LAB OPERATIONS, THEY WERE PRETTY

01:48PM  9    CLEAR THEY DIDN'T NEED FDA APPROVAL TO PROVIDE LABORATORY

01:48PM 10    SERVICES.

01:48PM 11         AND THEY EVEN FELT IN PHASE II, WHERE THEY WERE GOING TO

01:48PM 12    PUT THE MACHINES IN THE WALGREENS STORES, THEY FELT THAT THEY

01:48PM 13    HAD A STRATEGY THAT WOULD HAVE AVOIDED THE NEED FOR FDA

01:48PM 14    APPROVAL IN PHASE II.

01:48PM 15         NOW, WE WENT AND DID OUR OWN ANALYSIS ON THAT, AND WE FELT

01:48PM 16    THAT PARTICULAR PIECE WAS A LITTLE RISKIER.  SO WE REFLECTED

01:48PM 17    THAT IN HOW WE MODELLED THE COMPANY, AND THAT'S WHY WE CHOSE

01:48PM 18    THE HUB AND SPOKE MODEL.

01:48PM 19         AND EVEN THOUGH THE COMPANY HAS A VERY COMPETENT

01:48PM 20    PERSPECTIVE ON THE REGULATION, THE ABILITY TO USE THE MACHINES,

01:48PM 21    AND EVEN THOUGH THE COMPANY HAS A VERY STRONG OPTIMISTIC VIEW

01:48PM 22    OF THE REGULATORY RISK AROUND USING MINILABS IN WALGREENS,

01:48PM 23    WE'RE GOING TO TAKE A LITTLE BIT MORE OF A CONSERVATIVE VIEW OF

01:48PM 24    THAT, WHICH IS WHY WE MODELLED THE COMPANY ON OUR BASE CASE AND

01:49PM 25    OUR DOWNSIDE CASE USING THE HUB AND SPOKE MODEL, WHERE THEY

01:49PM  1    DIDN'T NEED FDA APPROVAL PUTTING THE DEVICES IN THE WALGREENS

01:49PM  2    IN ORDER TO GENERATE THOSE TYPES OF REVENUES.

01:49PM  3        IT WOULD BE A -- JUST A CLASSIC KIND OF REFERENCE

01:49PM  4    LABORATORY MODEL.

01:49PM  5    Q.   MS. WALSH ALSO ASKED YOU SOME QUESTIONS ABOUT

01:49PM  6    EXHIBIT 7391.

01:49PM  7        IF WE CAN PLEASE CALL THAT UP, MS. WACHS?

01:49PM  8        AND IF WE CAN GO TO THE NEXT PAGE, PLEASE.  I WANT TO

01:49PM  9    START FROM THE EMAIL FROM DR. RABODZEY ON JANUARY 10TH, 2014.

01:49PM 10        DO YOU SEE THAT?

01:49PM 11    A.   I DO.

01:49PM 12    Q.   AND THIS IS AFTER YOUR SECOND MEETING WITH MR. BALWANI IN

01:49PM 13    PALO ALTO IN EARLY JANUARY?

01:49PM 14    A.   YES.

01:49PM 15    Q.   OKAY.  AND MR. RABODZEY SAYS, "EVERYTHING I'VE HEARD ABOUT

01:49PM 16    THE TECHNOLOGY SOUNDS VERY GOOD, BUT IT IS WORTH BOUNCING THIS

01:50PM 17    OFF LH AND DGX," AND SOME OTHER ACRONYMS, "OBVIOUSLY WITHOUT

01:50PM 18    DISCLOSING ANYTHING WE SHOULD BE DISCLOSING."

01:50PM 19        WAS THIS A NORMAL PART OF YOUR PROCESS, TO SPEAK TO OTHERS

01:50PM 20    WITHIN THE INDUSTRY ABOUT WHAT THEY'VE HEARD ABOUT ANOTHER

01:50PM 21    COMPANY?

01:50PM 22    A.   YES.

01:50PM 23    Q.   AND IS THIS PART OF YOUR PROCESS IN EVALUATING

01:50PM 24    INVESTMENTS?

01:50PM 25    A.   YES.

01:50PM 1    Q.   DID YOU DISCLOSE ANY CONFIDENTIAL INFORMATION FROM

01:50PM 2    THERANOS TO ANY OUTSIDERS?

01:50PM 3    A.   NOT TO MY KNOWLEDGE, NO.

01:50PM 4    Q.   AND WHEN YOU'RE GATHERING INFORMATION ABOUT A POTENTIAL

01:50PM 5    INVESTMENT, CAN YOU WEIGHT WHETHER YOU RELY MORE ON WHAT YOU'RE

01:50PM 6    HEARING FROM OUTSIDERS VERSUS WHAT YOU'RE HEARING FROM THE

01:50PM 7    COMPANY ITSELF?

01:50PM 8    A.   SO MAYBE TWO PERSPECTIVES ON THAT.

01:50PM 9         ONE IS, HEARING WHAT OTHER COMPANIES HAVE TO SAY THAT IS

01:50PM 10   NOT POSITIVE CAN BE HELPFUL TO ASKING QUESTIONS AND TO HELP YOU

01:51PM 11   FORM QUESTIONS WHEN YOU DO MEET WITH MANAGEMENT.

01:51PM 12        AND, TWO, IT'S A NORMAL PART OF -- IT'S A NORMAL RESPONSE.

01:51PM 13   ANY TIME A COMPANY IN AN EXISTING INDUSTRY IS STRENGTHENED BY

01:51PM 14   SOMETHING DISRUPTIVE, SOMETHING NEW, SOMEBODY OPEN ENDED,

01:51PM 15   THEY'RE ALWAYS GOING TO HAVE SOME, YOU KNOW, WHAT WE WOULD CALL

01:51PM 16   COUNTER DETAIL, SOME ARGUMENT OR MULTIPLE ARGUMENTS FOR WHY

01:51PM 17   THAT COMPANY ISN'T REALLY A RISK, ISN'T REALLY A THREAT.

01:51PM 18        SO IT'S VERY NORMAL, TYPICAL KIND OF THING THAT WE WOULD

01:51PM 19   HEAR.

01:51PM 20        AND THEN AS I SAID BEFORE, WE WANT TO USE THAT TO HELP US

01:51PM 21   ASK BETTER QUESTIONS.  IN OTHER WORDS, WHY IS THAT WRONG?

01:51PM 22   OKAY.  FINE.

01:51PM 23        AND SO I THINK IN THE BEGINNING OF OUR DUE DILIGENCE

01:51PM 24   PROCESS, WE WERE JUST TRYING TO GET ALL OF THE -- AS MUCH

01:51PM 25   PUBLIC INFORMATION AS WE COULD SO THAT THEY WOULD -- THAT COULD

01:51PM  1    GO INTO THE FORMULATION OF OUR DUE DILIGENCE QUESTIONS THAT WE

01:51PM  2    SENT THE COMPANY.

01:51PM  3    Q.   AND WE CAN GO BACK TO THE FIRST PAGE, MS. WACHS.

01:52PM  4         DR. KHANNA OR MR. KHANNA ALSO PROVIDES SOME THOUGHTS AND

01:52PM  5    ONE OF THEM WAS, "PRICING OF MEDICARE IS INTERESTING, BUT OTHER

01:52PM  6    COMMERCIAL PAYORS ARE ALREADY REIMBURSING AT 50-70 PERCENT."

01:52PM  7         "THEY CITE MOORE'S LAW AS DRIVING DOWN COGS -- WE NEED TO

01:52PM  8    GET COMFORTABLE WITH THIS TRAJECTORY."

01:52PM  9         FIRST OF ALL, WHAT IS MOORE'S LAW?

01:52PM 10    A.   IT'S A RELATIONSHIP BETWEEN VOLUME AND COST THAT THE

01:52PM 11    FORMER CHAIRMAN AND CEO OF INTEL WAS FAMOUS FOR KIND OF

01:52PM 12    EXPLAINING.

01:52PM 13         IT'S A COST VOLUME RELATIONSHIP THAT INTEL USED THAT HAS

01:53PM 14    BECOME PART OF COMMON BUSINESS TERMS THAT EVERYONE -- THAT

01:53PM 15    PEOPLE USE TO DESCRIBE THAT RELATIONSHIP BETWEEN HIGHER

01:53PM 16    MANUFACTURING VOLUMES AND LOWER COSTS.

01:53PM 17         AND I THINK IN PARTICULAR, IT REFERS TO THE ABILITY OF

01:53PM 18    EVERY 18 MONTHS YOU CAN CUT YOUR COST IN HALF BY DOUBLING YOUR

01:53PM 19    VOLUME.  SOME RELATIONSHIP ALONG THOSE LINES.

01:53PM 20    Q.   AND IT SAYS, "THEY CITE MOORE'S LAW."

01:53PM 21         WHO IS THE "THEY" IN WHAT MR. KHANNA IS WRITING HERE?

01:53PM 22    A.   I, I -- THIS IS, I BELIEVE, REFERRING TO COMMENTS THAT

01:53PM 23    THERANOS MADE TO US IN THAT JANUARY 10TH DUE DILIGENCE MEETING,

01:53PM 24    WHICH MR. KHANNA WAS PART OF THAT MEETING.

01:53PM 25         THAT WAS THE FIRST TIME THAT HE HAD HEARD THE COMPANY, AND

01:53PM   1    THEY TALKED ABOUT HOW MOORE'S LAW WOULD HELP THEM DRIVE DOWN

01:53PM   2    THE COST OF BOTH -- THE EQUIPMENT ORIGINALLY WAS GOING TO BE

01:54PM   3    20, 80 PERCENT OF THE COST OF THE COMPETITIVE EQUIPMENT, AND

01:54PM   4    THEY THOUGHT THEY COULD DRIVE THAT DOWN TO 10- TO 15,000.

01:54PM   5        IT ALSO APPLIED TO THE ASSAYS, LOADING ASSAYS ON

01:54PM   6    CARTRIDGES, AND THEY WOULD ALSO HAVE ECONOMIES OF SCALE.  THEY

01:54PM   7    WOULD HAVE COST ADVANTAGES FROM THE VOLUME GROWTH THAT THEY

01:54PM   8    WOULD SEE ON THE TESTING SIDE.

01:54PM   9    Q.   YOU ALSO WERE SHOWN -- THANK YOU, MS. WACHS.  WE CAN TAKE

01:54PM  10    THAT DOWN.

01:54PM  11        MS. WALSH ALSO WALKED YOU THROUGH THE POWERPOINT THAT

01:54PM  12    MR. BALWANI PROVIDED TO YOU IN THE MIDDLE OF JANUARY.

01:54PM  13        DO YOU RECALL QUESTIONS ABOUT THAT?

01:54PM  14    A.   YES.

01:54PM  15    Q.   AND THE POWERPOINT THAT YOU GOT, WAS THAT AN IMPORTANT

01:54PM  16    DOCUMENT, AS PART OF YOUR REVIEW OF THE THERANOS INVESTMENT?

01:54PM  17    A.   YES.

01:54PM  18    Q.   AND SHE SHOWED YOU A CHART OF THE WALGREENS, OF ALL OF THE

01:54PM  19    DIFFERENT WALGREENS WITHIN THE UNITED STATES.

01:54PM  20        DO YOU REMEMBER THAT?

01:54PM  21    A.   YES.

01:54PM  22    Q.   AND THE RIGHT-HAND SIDE WAS ALL GREEN.

01:55PM  23        DO YOU REMEMBER THAT?

01:55PM  24    A.   YEAH.  YOU COULDN'T FIT ANYTHING ELSE IN THERE.

01:55PM  25    Q.   OKAY.  AND YOU UNDERSTOOD THAT THAT WAS FUTURE LOOKING?

01:55PM 1    A.   YEAH.  THAT WAS THE ROLLOUT FOR THE NEXT TWO OR THREE

01:55PM 2    YEARS.

01:55PM 3    Q.   OKAY.  HOW DID YOU UNDERSTAND THAT?

01:55PM 4    A.   WELL, THEY EXPLAINED TO US THAT -- I MEAN, THE FIRST THING

01:55PM 5    WE TALKED ABOUT IN THE SECOND MEETING AT THEIR CORPORATE

01:55PM 6    HEADQUARTERS WAS HOW THEY HAD TO MOVE QUICKLY TO ROLL OUT

01:55PM 7    NATIONALLY WITH WALGREENS AND HOW THEY NEEDED MONEY TO HELP

01:55PM 8    BUILD MINILABS TO INVEST IN THEIR DATABASE, AND SOME OF THE

01:55PM 9    I.T. THAT -- YOU KNOW, THE INFORMATION TECHNOLOGY THAT THEY

01:55PM 10   NEEDED TO BUILD THE DATA ANALYTICS AROUND THE TESTING VOLUMES

01:55PM 11   THAT THEY WOULD BE -- THE GROWTH IN THE TESTING VOLUMES FROM

01:55PM 12   THE NATIONAL ROLLOUT OF WALGREENS.

01:55PM 13        SO FROM THE VERY BEGINNING, THAT WAS A HUGE FOCUS.  AND

01:55PM 14   THAT WAS THE REASON WHY THEY WERE RAISING MONEY.

01:56PM 15   Q.   AND IT WAS SOMETHING THAT THEY TOLD YOU?

01:56PM 16   A.   YES.

01:56PM 17   Q.   OKAY.  MS. HOLMES AND MR. BALWANI?

01:56PM 18   A.   BOTH.

01:56PM 19   Q.   OKAY.  LET'S GO TO 4077, PAGE 51.

01:56PM 20        DO YOU SEE THAT NEW POSSIBILITIES IN LAB?

01:56PM 21        IT SHOULD BE ON THE SCREEN, TOO.

01:56PM 22   A.   I DO.

01:56PM 23   Q.   AND DO YOU SEE WHERE IT SAYS, "ALL 1,000 PLUS CURRENTLY

01:56PM 24   RUN TESTS/CPT CODES ARE AVAILABLE THROUGH THERANOS."

01:56PM 25   A.   I DO.

GROSSMAN REDIRECT BY MR. LEACH                                    6317

01:56PM   1    Q.   AND DID YOU BELIEVE THAT TO BE FORWARD LOOKING?

01:56PM   2    A.   NO.

01:56PM   3    Q.   DID YOU BELIEVE THAT TO BE ASPIRATIONAL?

01:56PM   4    A.   NO.

01:56PM   5    Q.   AT ANY POINT IN TIME DID MS. HOLMES OR MR. BALWANI TELL

01:56PM   6    YOU THAT WAS FORWARD LOOKING OR ASPIRATIONAL?

01:56PM   7    A.   NO.

01:56PM   8    Q.   AND BENEATH THAT IT SAYS, "THERANOS RUNS ANY TEST

01:56PM   9    AVAILABLE IN CENTRAL LABORATORIES."

01:56PM  10         DO YOU BELIEVE THAT TO BE FORWARD LOOKING?

01:56PM  11    A.   NO.

01:56PM  12    Q.   AT ANY POINT IN TIME DID MR. BALWANI TELL YOU THAT WAS

01:56PM  13    FORWARD LOOKING?

01:56PM  14    A.   NO.

01:56PM  15    Q.   IF WE CAN GO TO PAGE.

01:57PM  16         DO YOU SEE THE HEADING, "EXCERPTS FROM THERANOS'S TEST

01:57PM  17    MENU"?

01:57PM  18    A.   I DO.

01:57PM  19    Q.   DO YOU SEE THAT?

01:57PM  20    A.   YES.

01:57PM  21    Q.   OKAY.  DID YOU BELIEVE THIS TO BE FORWARD LOOKING?

01:57PM  22    A.   NO.

01:57PM  23    Q.   OKAY.  DID MR. BALWANI EVER TELL YOU THAT THIS WAS FORWARD

01:57PM  24    LOOKING?

01:57PM  25    A.   NO.

GROSSMAN REDIRECT BY MR. LEACH

01:57PM 1    Q.   LET'S GO BACK TO PAGE 67.

01:57PM 2         DO YOU SEE THE IMAGE OF THE THERANOS SYSTEMS?

01:57PM 3    A.   YES.

01:57PM 4    Q.   DID MR. BALWANI EVER TELL YOU THAT THESE WERE ANALYZERS

01:57PM 5    THAT WE USED TO USE FOR ALL OF OUR ASSAYS SOME DAY?

01:57PM 6    A.   NO.

01:57PM 7    Q.   AND IF WE COULD GO TO 66.  THERE'S A DESCRIPTION OF

01:57PM 8    PRODUCTS.

01:57PM 9         DO YOU SEE THAT?

01:57PM 10   A.   I DO.

01:57PM 11   Q.   AND THE DEVICE IS MINILAB AND 4S.

01:58PM 12        DO YOU SEE THAT?

01:58PM 13   A.   I DO.

01:58PM 14   Q.   AND DID YOU BELIEVE THAT TO BE FORWARD LOOKING?

01:58PM 15   A.   NO.

01:58PM 16        MR. LEACH:  YOUR HONOR, MAY I HAVE A MOMENT?

01:58PM 17        THE COURT:  YES.

01:58PM 18   (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:58PM 19        MR. LEACH:  THANK YOU, MR. GROSSMAN.  I HAVE NO

01:58PM 20   FURTHER QUESTIONS.

01:58PM 21        THANK YOU, YOUR HONOR.

01:58PM 22        MS. WALSH:  NOTHING FURTHER, YOUR HONOR.

01:58PM 23        THE COURT:  MAY THIS WITNESS BE EXCUSED?

01:58PM 24        MS. WALSH:  YES, YOUR HONOR.

01:58PM 25        MR. LEACH:  YES.

6319

01:58PM 1          THE COURT:  MR. GROSSMAN, YOU'RE EXCUSED.

01:58PM 2          THE WITNESS:  THANK YOU.

01:58PM 3          THE COURT:  LET ME INQUIRE, WAS THERE AN EXHIBIT

01:59PM 4    THAT WAS GOING TO BE INTRODUCED BY STIPULATION OR OTHERWISE?

01:59PM 5          MR. LEACH:  WE HAVE TWO HOUSEKEEPING MATTERS,

01:59PM 6    YOUR HONOR.

01:59PM 7          THE COURT:  YES.

01:59PM 8          MR. LEACH:  I THINK I HAVE THE FIRST ONE AND

01:59PM 9    MR. SCHENK HAS THE SECOND ONE.

01:59PM 10         THE COURT:  OKAY.  THAT'S FINE.

01:59PM 11         MR. LEACH:  THE FIRST ONE IS EXHIBIT 4859, WHICH WAS

01:59PM 12   CONDITIONALLY ADMITTED DURING THE TESTIMONY OF MS. SPIVEY.  I

01:59PM 13   UNDERSTAND THERE'S NO OBJECTION TO IT BEING FULLY ADMITTED AT

01:59PM 14   THIS TIME.

01:59PM 15         MR. COOPERSMITH:  MAY I JUST INQUIRE OF MR. LEACH

01:59PM 16   FOR A SECOND, YOUR HONOR?

01:59PM 17         THE COURT:  SURE.

01:59PM 18      (DISCUSSION OFF THE RECORD.)

01:59PM 19         MR. COOPERSMITH:  THAT'S CORRECT, YOUR HONOR.  NO

01:59PM 20   OBJECTION.

01:59PM 21         THE COURT:  ALL RIGHT.  THANK YOU.

01:59PM 22      LADIES AND GENTLEMEN, YOU MAY RECALL, AND IT MAY BE

01:59PM 23   REFLECTED IN THE NOTES IF YOU TOOK SOME, THAT EXHIBIT 4859 WAS

01:59PM 24   ADMITTED ONLY CONDITIONALLY PENDING FURTHER EVIDENCE.  THAT

01:59PM 25   ITEM 4859 IS NOW ADMITTED IN TOTAL.

02:00PM   1          SO IT IS IN EVIDENCE.

02:00PM   2          (GOVERNMENT'S EXHIBIT 4859 WAS RECEIVED IN EVIDENCE.)

02:00PM   3              MR. LEACH:  MY COLLEAGUE, MR. SCHENK, HAS A

02:00PM   4     STIPULATION THAT I BELIEVE THE PARTIES HAVE REACHED.

02:00PM   5              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

02:00PM   6              MR. SCHENK:  MAY I APPROACH?

02:00PM   7              THE COURT:  YES.  THANK YOU.

02:00PM   8              MR. SCHENK:  (HANDING.)

02:00PM   9              THE COURT:  THANK YOU.

02:00PM  10          MR. SCHENK, I'VE BEEN HANDED DOCUMENT 1355, WHICH IS

02:00PM  11     TITLED TRIAL STIPULATION 1.  IT APPEARS THAT THE PARTIES HAVE

02:00PM  12     AGREED TO THIS STIPULATION AND THESE ITEMS; IS THAT CORRECT?

02:00PM  13              MR. SCHENK:  YES, IT IS.

02:01PM  14              THE COURT:  IS THAT CORRECT, MR. COOPERSMITH?

02:01PM  15              MR. COOPERSMITH:  YES, YOUR HONOR.

02:01PM  16              THE COURT:  ALL RIGHT.  THANK YOU.

02:01PM  17          THEN, LADIES AND GENTLEMEN, I'M GOING TO READ A

02:01PM  18     STIPULATION TO YOU NOW AND THIS WILL BECOME PART OF THE RECORD

02:01PM  19     AS WELL, AND YOU'LL HAVE THIS DOCUMENT IN EVIDENCE.

02:01PM  20          THE STIPULATION BETWEEN COUNSEL IS AS FOLLOWS:  "THE

02:01PM  21     UNITED STATES AND RAMESH BALWANI THROUGH UNDERSIGNED COUNSEL

02:01PM  22     HEREBY STIPULATE AND AGREE AS FOLLOWS:

02:01PM  23          "1.  IN 2013 AND 2014 THERANOS MAINTAINED A BANK ACCOUNT

02:01PM  24     AT COMERICA BANK.  DURING THIS TIME PERIOD, THERANOS RECEIVED

02:02PM  25     MONEY VIA THE WIRE TRANSFERS LISTED BELOW FROM THE BANK

6321

ACCOUNTS LISTED BELOW TO THERANOS'S COMERICA ACCOUNT.  THESE

FUNDS WERE TRANSMITTED BY WIRES IN INTERSTATE COMMERCE WITHIN

THE MEANING OF 18 UNITED STATES CODE SECTION 1343 VIA THE

FEDWIRE FUNDS SERVICE OPERATED BY THE FEDERAL RESERVE BANK OF

NEW YORK.  EACH WIRE IS AN INTERSTATE WIRE COMMUNICATION."

I'LL NOW READ THESE TRANSFERS TO YOU, LADIES AND

GENTLEMEN.

AGAIN, A COPY OF THIS DOCUMENT WILL BE WITH YOU IN

EVIDENCE.

I WILL READ THE DATES, THE AMOUNT OF THE TRANSFER, I WILL

READ WHO THE TRANSFER IS FROM AND WHO THE TRANSFER IS TO.

"DATE:  12-30-2013; THE AMOUNT OF WIRE TRANSFER $99,990

FROM ALAN EISENMAN'S CHARLES SCHWAB, WELLS FARGO BANK ACCOUNT

TO THERANOS'S COMERICA BANK ACCOUNT.

"DECEMBER 31, 2013; $5,349,900 FROM BLACK DIAMOND VENTURES

PACIFIC WESTERN BANK ACCOUNT TO THERANOS'S COMERICA BANK

ACCOUNT.

"DECEMBER 31, 2013; $4,875,000 FROM HALL PHOENIX/INWOOD

LIMITED TEXAS CAPITAL BANK ACCOUNT TO THERANOS'S COMERICA BANK

ACCOUNT.

"FEBRUARY 6TH, 2014; $38,336,632 FROM PFM HEALTH CARE

MASTER FUND LP'S CITIBANK ACCOUNT TO THERANOS'S COMERICA BANK

ACCOUNT.

"OCTOBER 31ST, 2014; $99,999,984 FROM LAKE SHORE CAPITAL

MANAGEMENT, LP'S NORTHERN CHICAGO BANK ACCOUNT TO THERANOS

6322

```
02:05PM  1        COMERICA BANK ACCOUNT.

02:05PM  2             "OCTOBER 31, 2014; $5,999,997 FROM MOSLEY FAMILY HOLDINGS

02:05PM  3        LLC'S JP MORGAN CHASE ACCOUNT TO THERANOS'S COMERICA BANK

02:05PM  4        ACCOUNT.

02:05PM  5             "AUGUST 3, 2015; $1,126,661 FROM THERANOS'S WELLS FARGO

02:05PM  6        BANK ACCOUNT TO HORIZON MEDIA'S JP MORGAN CHASE BANK ACCOUNT."

02:05PM  7             THIS IS DATED MARCH 11, 2022, AND IT'S SIGNED BY

02:06PM  8        ROBERT LEACH FOR THE GOVERNMENT AND AMY WALSH FOR THE

02:06PM  9        DEFENDANT.

02:06PM 10             COUNSEL, DID I READ THAT STIPULATION ACCURATELY?

02:06PM 11                  MR. SCHENK:  YES.  THANK YOU.

02:06PM 12                  MR. COOPERSMITH:  YES, YOUR HONOR.

02:06PM 13                  THE COURT:  ALL RIGHT.  THANK YOU.

02:06PM 14             LADIES AND GENTLEMEN, THAT IS THE STIPULATION THAT HAS

02:06PM 15        BEEN ENTERED BY THE PARTIES.  PLEASE RECALL IN MY PRELIMINARY

02:06PM 16        INSTRUCTIONS I INSTRUCTED YOU WHAT THE STIPULATION MEANS, AND

02:06PM 17        THIS IS PART OF THE EVIDENCE IN THIS CASE.  YOU WILL RECEIVE

02:06PM 18        FINAL INSTRUCTIONS, AGAIN, AS TO STIPULATIONS.

02:06PM 19             ANYTHING FURTHER AS TO HOUSEKEEPING MATTERS FROM THE

02:06PM 20        GOVERNMENT?

02:06PM 21                  MR. SCHENK:  NO, YOUR HONOR.

02:06PM 22                  THE COURT:  DOES THE GOVERNMENT HAVE ANOTHER WITNESS

02:06PM 23        TO CALL?

02:06PM 24                  MR. SCHENK:  YOUR HONOR, THE UNITED STATES RESTS.

02:06PM 25                  THE COURT:  ALL RIGHT.  THANK YOU.
```

6323

02:06PM  1      LADIES AND GENTLEMEN, THE UNITED STATES HAS RESTED IN THIS

02:06PM  2  MATTER.  THAT MEANS THAT THEY HAVE PUT ON ALL OF THE EVIDENCE

02:06PM  3  IN THEIR CASE-IN-CHIEF THAT THEY WISH TO PRESENT TO YOU.

02:06PM  4      LET ME TURN TO THE DEFENDANTS.  DOES THE DEFENDANT HAVE

02:06PM  5  ANY EVIDENCE TO OFFER?

02:06PM  6          MR. COOPERSMITH:  WE DO, YOUR HONOR.  WE HAVE SOME

02:07PM  7  MATTERS TO TAKE UP WITH THE COURT OUTSIDE OF THE PRESENCE OF

02:07PM  8  THE JURY.

02:07PM  9          THE COURT:  ALL RIGHT.  SHOULD WE TAKE A BRIEF

02:07PM  10  RECESS FOR THAT.

02:07PM  11          MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:07PM  12          THE COURT:  THANK YOU.  LET'S TAKE A BRIEF RECESS,

02:07PM  13  LADIES AND GENTLEMEN, SO I CAN TALK WITH THE LAWYERS.

02:07PM  14      (JURY OUT AT 2:07 P.M.)

02:07PM  15          THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:07PM  16      THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT THE

02:07PM  17  COURTROOM.

02:07PM  18      ALL COUNSEL, MR. BALWANI REMAIN.

02:07PM  19      MR. COOPERSMITH.

02:07PM  20          MR. COOPERSMITH:  YES, YOUR HONOR.

02:08PM  21      BEFORE I PROCEED, COULD I TAKE A THREE MINUTE COMFORT

02:08PM  22  BREAK?  WOULD THAT BE --

02:08PM  23          THE COURT:  SURE.  LET'S TAKE FIVE MINUTES, AND THEN

02:08PM  24  WE'LL COME BACK AND WE'LL PROCEED.

02:08PM  25          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

```
02:08PM    1          (RECESS FROM 2:08 P.M. UNTIL 2:25 P.M.)

02:25PM    2          (JURY OUT AT 2:25 P.M.)

02:25PM    3          THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

02:25PM    4    THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

02:25PM    5          MR. BALWANI IS PRESENT.  WE'RE OUTSIDE OF THE PRESENCE OF

02:25PM    6    THE JURY.

02:25PM    7          MR. COOPERSMITH.

02:26PM    8          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  THANK YOU

02:26PM    9    FOR THE ACCOMMODATION.

02:26PM   10          THE COURT:  OF COURSE.

02:26PM   11          MR. COOPERSMITH:  SO WE HAVE TWO MATTERS TO TAKE UP

02:26PM   12    AT THIS TIME NOW THAT THE GOVERNMENT HAS RESTED.

02:26PM   13          THE FIRST ONE IS AN ORAL MOTION THAT WE WOULD LIKE TO MAKE

02:26PM   14    TO STRIKE CERTAIN TESTIMONY FROM A WITNESS THAT THE GOVERNMENT

02:26PM   15    CALLED NAMED SARAH BENNETT.  THE COURT MAY RECALL THAT WAS A

02:26PM   16    WITNESS WHO WAS AN EMPLOYEE OF CMS.

02:26PM   17          THE COURT:  OKAY.

02:26PM   18          MR. COOPERSMITH:  YES, YOUR HONOR.

02:26PM   19          IN PARTICULAR, IN THE TRANSCRIPT OF THIS TRIAL AT PAGE

02:26PM   20    5088, LINE 16 TO PAGE 509 -- AT PAGES 5088, LINE 16 TO

02:26PM   21    PAGE 5094, LINE 6, AND THEN IN ADDITION, AT PAGE 5130, LINE 15

02:27PM   22    TO 5134, LINE 4.

02:27PM   23          THAT TESTIMONY OF MS. BENNETT RELATES TO SOMETHING KNOWN

02:27PM   24    AS THE PATIENT IMPACT ASSESSMENT THAT THERANOS PREPARED,

02:27PM   25    SOMEONE AT THERANOS PREPARED.
```

6325

02:27PM 1    I'LL ALSO NOTE THAT THE KEY OR THE CRUCIAL TESTIMONY IS AT

02:27PM 2    LINE -- I'M SORRY, PAGE 5133, LINE 21 TO 5134, LINE 4.  THAT'S

02:27PM 3    A BRIEF QUESTION AND ANSWER, AND WHEN I READ IT, I THINK THE

02:27PM 4    COURT WILL UNDERSTAND WHAT I'M GETTING AT HERE.

02:27PM 5    SO THE QUESTION WAS AT PAGE 5133, LINE 21:

02:27PM 6    "AND WHAT DID THERANOS TELL YOU IN CONNECTION WITH ANY

02:27PM 7    POSSIBLE PATIENT IMPACT?"

02:27PM 8    AND THEN THERE'S AN OBJECTION BASED ON HEARSAY, RELEVANCE,

02:27PM 9    FOUNDATION, AND RULE 702.

02:28PM 10   THE COURT OVERRULED THE OBJECTION.

02:28PM 11   THE WITNESS THEN ANSWERED:  "THERANOS SAID THAT THE

02:28PM 12   LABORATORY HAD CONCLUDED THAT THERE'S A POSSIBLE PATIENT IMPACT

02:28PM 13   FOR EVERY TEST REPORTED FROM THE LABORATORY'S TPS 3.5

02:28PM 14   INSTRUMENT."

02:28PM 15   THAT WAS THE TESTIMONY.  THAT'S THE CORE OF WHAT WE'RE

02:28PM 16   MOVING TO STRIKE, YOUR HONOR.

02:28PM 17   THE REST OF THE TESTIMONY THAT I CITED BY PAGE AND LINE

02:28PM 18   NUMBER, THAT IS THE FOUNDATION, BASICALLY, TO GET TO THAT POINT

02:28PM 19   OF THE QUESTION AND ANSWER.

02:28PM 20   SO THE REASON THAT WE'RE MOVING TO STRIKE, YOUR HONOR, IS

02:28PM 21   THAT THIS IS CLEARLY HEARSAY.  THIS IS -- THERE'S NO NONHEARSAY

02:28PM 22   PURPOSE FOR THE STATEMENT.

02:28PM 23   THE GOVERNMENT, I BELIEVE, SUGGESTED THERE MIGHT BE NOTICE

02:28PM 24   TO THE CMS EMPLOYEE, MS. BENNETT.  I DON'T THINK THAT IS A

02:28PM 25   RELEVANT REASON TO HAVE IT ADMITTED OR ALLOW THE QUESTION AND

6326

02:28PM 1    ANSWER.

02:28PM 2        THE NOTICE TO MS. BENNETT IS IRRELEVANT AT THAT POINT IN

02:28PM 3    TIME, AND IT'S HEARSAY.

02:28PM 4        AND WHAT I RECALL FROM THE TIME THAT TESTIMONY WAS

02:29PM 5    OFFERED, YOUR HONOR, WAS THAT THERE WAS AN ARGUMENT THAT THIS

02:29PM 6    WAS AN AGENCY SITUATION.  THERE WAS AN ADMISSION UNDER

02:29PM 7    801(D)(2).

02:29PM 8        I JUST WANT TO TICK THROUGH THOSE, SO MY ARGUMENT IS AS

02:29PM 9    CLEAR AS I CAN MAKE IT.

02:29PM 10        THE STATEMENT, OF COURSE, WAS NOT MADE BY MR. BALWANI.

02:29PM 11   THERE WAS NO EVIDENCE THAT DR. DAS, WHO WE BELIEVE IS THE

02:29PM 12   PERSON WHO WROTE THE -- OR AUTHORED THE STATEMENT, THERE WAS NO

02:29PM 13   EVIDENCE THAT DR. DAS WAS REPRESENTING MR. BALWANI UNDER

02:29PM 14   SUBSECTION (D)(2)(A); THERE'S NO EVIDENCE THAT MR. BALWANI

02:29PM 15   ADOPTED OR BELIEVED THE STATEMENT TO BE TRUE UNDER (D)(2)(B);

02:29PM 16   THERE'S NO EVIDENCE THAT MR. BALWANI AUTHORIZED DR. DAS TO MAKE

02:29PM 17   THE STATEMENT UNDER SUBSECTION (D)(2)(C); THERE'S NO EVIDENCE

02:29PM 18   THAT DR. DAS WAS MR. BALWANI'S AGENT, NOT AN ACTUAL AGENT AND

02:29PM 19   NOT AN APPARENT AGENT FOR PURPOSES OF THE STATEMENT; THERE'S NO

02:29PM 20   EVIDENCE, OF COURSE, THAT DR. DAS WAS A COCONSPIRATOR UNDER

02:30PM 21   (D)(2)(E); AND THERE IS NO EVIDENCE THAT MR. BALWANI SUPERVISED

02:30PM 22   DR. DAS.

02:30PM 23        IN FACT, THE COURT MAY RECALL WHAT WE DO KNOW ABOUT

02:30PM 24   DR. DAS FROM THE PREVIOUS TRIAL, HE OBVIOUSLY DIDN'T TESTIFY

02:30PM 25   HERE.  WHAT WE KNOW FROM THE PREVIOUS TRIAL, AND THAT'S THE

6327

02:30PM 1    TRIAL TRANSCRIPT OF THE HOLMES TRIAL AT PAGE 5794, THAT DR. DAS

02:30PM 2    TESTIFIED HE HAD QUITE A MINIMUM NUMBER OF INTERACTIONS WITH

02:30PM 3    MR. BALWANI, FAIRLY LIMITED CHANCES TO INTERACT.

02:30PM 4        SO FOR THESE REASONS, YOUR HONOR, WE THINK THAT THE

02:30PM 5    STATEMENT SHOULD BE STRICKEN OR STRUCK FROM THE RECORD.

02:30PM 6        I'LL JUST ADD, YOUR HONOR, THAT DR. DAS'S CONCLUSION THAT

02:30PM 7    WENT INTO THAT QUESTION ABOUT PATIENT IMPACT AND THE CONCLUSION

02:30PM 8    THAT DR. DAS HAD REACHED THAT THERE WAS A POSSIBLE PATIENT

02:30PM 9    IMPACT FOR EVERY TEST REPORTED ON THE 3.5 EDISON, THAT WAS THE

02:31PM 10   RESULT OF A SOPHISTICATED TECHNICAL ANALYSIS USING THE LIS

02:31PM 11   SYSTEM.  THE GOVERNMENT CONCEDED THAT AT DOCKET 1440 AT

02:31PM 12   PAGE 14.

02:31PM 13       AND BY OFFERING THIS CONCLUSION AS HEARSAY THROUGH

02:31PM 14   MS. BENNETT, THE GOVERNMENT IS REALLY INFRINGING ON

02:31PM 15   MR. BALWANI'S CONFRONTATION CLAUSE RIGHTS TO TEST THE

02:31PM 16   STATEMENT, TO TEST THE QUALIFICATIONS AND THE CONCLUSIONS OF

02:31PM 17   DR. DAS BASED ON THE DATA THAT DR. DAS REVIEWED, WHICH WE THINK

02:31PM 18   IS NO LONGER AVAILABLE.

02:31PM 19       AND THEN THE HEARSAY APPROACH TO GETTING IN THAT EVIDENCE

02:31PM 20   I THINK EXACERBATES THE PROBLEM OF THE MISSING LIS DATABASE,

02:31PM 21   BECAUSE THAT WAS THE BASIS OF WHAT DR. DAS WAS REVIEWING IN

02:31PM 22   ORDER TO REACH THAT CONCLUSION.

02:31PM 23       SO FOR THOSE REASONS, YOUR HONOR, WE ARE MOVING TO STRIKE

02:31PM 24   THAT TESTIMONY, AND I HAVE ALREADY CITED THE LINES AND PAGE

02:31PM 25   NUMBERS.

02:31PM 1               THE COURT:  ALL RIGHT.  THANK YOU.

02:32PM 2          MR. LEACH.

02:32PM 3               MR. LEACH:  YOUR HONOR, THE GOVERNMENT OPPOSES THE

02:32PM 4    MOTION TO STRIKE MS. BENNETT'S TESTIMONY.

02:32PM 5          WE THINK THE COURT APPROPRIATELY RULED IN THE MOMENT

02:32PM 6    REGARDING THE POTENTIAL PATIENT IMPACT WAS APPROPRIATE AT THE

02:32PM 7    TIME.  THE STATEMENTS WERE NOT HEARSAY.

02:32PM 8          MR. BALWANI WAS THE CHIEF OPERATING OFFICER OF THE COMPANY

02:32PM 9    AT THE TIME, AND THERE ARE MULTIPLE SPREADSHEETS SHOWING THAT

02:32PM 10   AS CHIEF OPERATING OFFICER, HE HAD RESPONSIBILITY FOR THE

02:32PM 11   ENTIRE LAB.  AND IN THE CONTEXT OF THIS PARTICULAR INSPECTION,

02:32PM 12   HE PROVIDED A DOCUMENT TO CMS THAT SAYS I'M FULLY RESPONSIBLE

02:32PM 13   FOR THE LAB.  HE CONTINUED IN THAT EMPLOYMENT THROUGH JULY OF

02:33PM 14   2016.  SO WE THINK IT'S NOT HEARSAY UNDER 801(D)(2).

02:33PM 15         IN ADDITION, IT'S APPROPRIATELY OFFERED FOR THE NONHEARSAY

02:33PM 16   PURPOSE OF EXPLAINING WHY MS. BENNETT DID NOT PUT IN HER

02:33PM 17   STATEMENT OF DEFICIENCIES OR ANY SUBSEQUENT ITERATION OF THEM A

02:33PM 18   PATIENT IMPACT ASSESSMENT WITH RESPECT TO THE PARTICULAR THINGS

02:33PM 19   SHE WAS FINDING.

02:33PM 20         THERE WERE MULTIPLE QUESTIONS IN CROSS-EXAMINATION WHERE

02:33PM 21   THE DEFENSE ELICITED TESTIMONY, "AND YOU DIDN'T SAY HERE THERE

02:33PM 22   WAS A POTENTIAL PATIENT IMPACT?"

02:33PM 23         THE REASON FOR THAT IS BECAUSE THE LAB IS EXPECTED TO DO

02:33PM 24   THAT AND THE LAB DIRECTOR, UNDER THE SUPERVISION OF MS. HOLMES

02:33PM 25   AND MR. BALWANI, ARE EXPECTED TO DO THAT.  AND THE EVIDENCE WAS

6329

02:33PM 1    IMPORTANT CONTEXT TO EXPLAIN WHY THAT INFORMATION WASN'T THERE,

02:33PM 2    AND IT WASN'T ADDED IN A SECOND PERIOD OF TIME.

02:33PM 3         FINALLY, IT'S NOT EXPERT TESTIMONY.  IT'S THE CONCLUSIONS

02:34PM 4    MADE IN THE TIME BY APPROPRIATE PERSONNEL IN THERANOS.  I DON'T

02:34PM 5    THINK IT'S APPROPRIATE TO LOOK TO EVIDENCE IN THE HOLMES CASE

02:34PM 6    ABOUT WHAT THE BASIS OF THE ADMISSION IS IN THIS CASE.

02:34PM 7         BUT MY MEMORY OF DR. DAS IS THAT HE DID NOT RELY ON THE

02:34PM 8    LIS FOR THOSE CONCLUSIONS.  HE RELIED ON VALIDATION REPORTS,

02:34PM 9    WHICH ARE IN EVIDENCE IN THIS CASE.

02:34PM 10        SO FOR A HOST OF REASONS, WE THINK THE MOTION TO STRIKE

02:34PM 11   SHOULD BE DENIED.  AND THE COURT MADE THE APPROPRIATE RULINGS

02:34PM 12   IN THE MOMENT, I WOULD SAY AFTER EXTENSIVE ARGUMENT FROM, FROM

02:34PM 13   BOTH SIDES, AND AN OPPORTUNITY BY THE COURT TO GO BACK AND

02:34PM 14   REVIEW ITS MOTION AND IN LIMINE ORDER.  SO I SEE NO REASON TO

02:34PM 15   REVISIT THOSE.  THE ADMISSION WASN'T CONDITIONED ON ANY

02:34PM 16   SUBSEQUENT EVIDENCE.

02:34PM 17        SO FOR ALL OF THESE REASONS AND OTHERS, WE OPPOSE THE

02:34PM 18   MOTION.  AND TO THE EXTENT THAT THE COURT HAS FURTHER CONCERNS

02:34PM 19   ABOUT IT, WE WOULD LIKE THE OPPORTUNITY TO BRIEF IT AT AN

02:34PM 20   APPROPRIATE TIME.

02:35PM 21             THE COURT:  OKAY.  THANK YOU.

02:35PM 22             MR. COOPERSMITH:  YOUR HONOR, I'M HAPPY TO BRIEF THE

02:35PM 23   ISSUE IF THE COURT FOUND THAT -- FINDS THAT HELPFUL.

02:35PM 24        BUT I'LL JUST SAY THAT THE BASIC ISSUE HERE, OF COURSE, IS

02:35PM 25   WHO IS MR. DAS -- DR. DAS SPEAKING FOR WHEN HE MAKES THE

02:35PM  1    STATEMENT THAT WAS ADMITTED THROUGH MS. BENNETT, NOT DR. DAS.

02:35PM  2        AND HE WORKED FOR THERANOS, WE ALL KNOW THAT.  BUT HE'S

02:35PM  3    NOT MR. BALWANI'S AGENT.  THERE'S BEEN NO EVIDENCE ADDUCED AT

02:35PM  4    THIS TRIAL THAT MR. -- DR. DAS IS MR. BALWANI'S AGENT OR THAT

02:35PM  5    MR. BALWANI IN ANY WAY AUTHORIZED THIS.

02:35PM  6        AND GENERAL STATEMENTS THAT MR. BALWANI WAS STILL THE COO

02:35PM  7    I DON'T THINK DO IT, ESPECIALLY GIVEN WHAT WE KNOW IS THAT

02:35PM  8    THERE WAS LITTLE INTERACTION BETWEEN THE TWO.

02:35PM  9        AND THEN AS FOR THE NONHEARSAY PURPOSE, AS I'VE SAID, I

02:35PM  10   THINK THAT WOULD BE, YOU KNOW, A SIGNIFICANT 403 AND

02:35PM  11   CONFRONTATION CLAUSE PROBLEM ISSUE TO HAVE -- TO ALLOW THAT

02:35PM  12   KIND OF TESTIMONY FOR THE SIMPLE REASON OF GIVING THE CMS

02:36PM  13   EMPLOYEE NOTICE.

02:36PM  14       BUT I DON'T EVEN SEE HOW THAT'S RELEVANT THAT SHE HAS

02:36PM  15   NOTICE OF SOMETHING THAT WOULD HAVE ENABLED HER TO DECIDE WHAT

02:36PM  16   TO DO WITH THE LAB AFTER THE STATEMENT WAS MADE, WHICH WAS SOME

02:36PM  17   TIME IN THE SPRING OF 2016.  THAT WOULD BE AFTER ALL OF THE

02:36PM  18   EVENTS REALLY AT ISSUE OCCURRED, INCLUDING THE CMS INSPECTION

02:36PM  19   AND THE CMS REPORT, WHICH WAS IN JANUARY '16.

02:36PM  20       SO I DON'T THINK THAT THOSE THINGS SHOULD SWAY IT.

02:36PM  21       AGAIN, WE'RE HAPPY TO BRIEF IT --

02:36PM  22           THE COURT:  OKAY.

02:36PM  23           MR. COOPERSMITH:  -- IF THAT'S WHAT THE COURT WANTS,

02:36PM  24   BUT I DON'T THINK IT IS ADMISSIBLE.

02:36PM  25       AND THEN THE LAST THING I'LL SAY IS THAT IF IT IS ONLY FOR

6331

02:36PM 1   THE NONHEARSAY PURPOSE, THEN THERE WAS NO LIMITING INSTRUCTION,

02:36PM 2   AND THE JURY WAS NOT TOLD THAT THAT'S THE ONLY THING THAT THEY

02:36PM 3   CAN CONSIDER IT FOR.  AT A BEAR MINIMUM, THAT WOULD BE

02:36PM 4   APPROPRIATE.

02:36PM 5       BUT OUR ARGUMENT IS THAT THE WHOLE TESTIMONY SHOULD BE

02:36PM 6   STRUCK.

02:36PM 7            THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

02:36PM 8            MR. LEACH:  NO, YOUR HONOR.

02:36PM 9            THE COURT:  OKAY.  ANYTHING FURTHER?

02:36PM 10            MR. COOPERSMITH:  NO, YOUR HONOR.

02:36PM 11            THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANKS.

02:37PM 12       I'LL LOOK AT THIS.

02:37PM 13       DO YOU NEED A DECISION ON THIS BEFORE YOU BEGIN YOUR

02:37PM 14   CASE-IN-CHIEF?

02:37PM 15            MR. COOPERSMITH:  NO, YOUR HONOR.

02:37PM 16            THE COURT:  ALL RIGHT.  I'LL TAKE THIS UNDER

02:37PM 17   ADVISEMENT, AND I'LL LOOK AT THE PAGES THAT YOU CITED.

02:37PM 18       AND SHOULD I WISH YOU TO FILE SOME LIMITED BRIEFING, I'LL

02:37PM 19   ASK YOU FOR THAT.

02:37PM 20       WILL THAT IN ANY WAY JEOPARDIZE YOUR ABILITY TO GO

02:37PM 21   FORWARD?

02:37PM 22            MR. COOPERSMITH:  NO, YOUR HONOR.

02:37PM 23            THE COURT:  ALL RIGHT.  OKAY.  THANK YOU.

02:37PM 24            MR. COOPERSMITH:  AND THEN THE SECOND MATTER IS THAT

02:37PM 25   AT THIS TIME WE MOVE FOR JUDGMENT OF ACQUITTAL UNDER RULE 29.

6332

02:37PM  1    WE MOVE FOR JUDGMENT OF ACQUITTAL BECAUSE WE BELIEVE THE

02:37PM  2   GOVERNMENT'S CASE HAS FAILED TO PRESENT SUFFICIENT EVIDENCE ON

02:37PM  3   EVERY ELEMENT OF EVERY COUNT.

02:37PM  4    WE ARE HAPPY TO ADDRESS THIS IN MORE DETAIL WHEN IT'S

02:37PM  5   CONVENIENT FOR THE COURT AT A LATER TIME, BUT WE DO WANT TO

02:37PM  6   MAKE THAT MOTION NOW UNDER RULE 29.

02:37PM  7        THE COURT:  OKAY.  THANK YOU.

02:37PM  8      MR. LEACH, ANYTHING AT LEAST FOR THIS PRELIMINARILY?

02:37PM  9         MR. LEACH:  NO, YOUR HONOR.

02:37PM  10   WE OPPOSE THE MOTION.  WE BELIEVE THE GOVERNMENT HAS

02:37PM  11  SUBMITTED SUFFICIENT EVIDENCE TO SUPPORT EACH OF THE ELEMENTS

02:38PM  12  OF EACH OF THE COUNTS, AND THE COURT IS WITHIN ITS PREROGATIVE

02:38PM  13  TO DECIDE THE MOTION OR RESERVE UNTIL A LATER DATE.

02:38PM  14        THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

02:38PM  15     ANYTHING FURTHER?

02:38PM  16        MR. COOPERSMITH:  NO, YOUR HONOR.

02:38PM  17        THE COURT:  WELL, UNDER RULE 29(B), THE COURT WILL

02:38PM  18  RESERVE ANY POSITION ON THIS, BUT THE RECORD SHOULD REFLECT

02:38PM  19  THAT YOU HAVE TIMELY MADE A RULE 29 MOTION AT THE CLOSE OF THE

02:38PM  20  GOVERNMENT'S CASE AND PRIOR TO ANY EVIDENCE OFFERED BY THE

02:38PM  21  DEFENDANT.

02:38PM  22    SO YOUR RULE 29 MOTION IS PRESERVED FOR THAT PURPOSE, AND

02:38PM  23  UNDER RULE 29(B), THE COURT WILL RESERVE ANY DECISION UNTIL A

02:38PM  24  LATER TIME.

02:38PM  25        MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

| | | |
|---|---|---|
| 02:38PM | 1 | THE COURT:  YOU'RE WELCOME. |
| 02:38PM | 2 | ANYTHING FURTHER ON THIS? |
| 02:38PM | 3 | MR. COOPERSMITH:  NO, YOUR HONOR. |
| 02:38PM | 4 | THE COURT:  OKAY. |
| 02:38PM | 5 | DO YOU HAVE A WITNESS TO CALL THEN? |
| 02:38PM | 6 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 02:38PM | 7 | THE COURT:  ALL RIGHT.  SHOULD WE BRING THE JURY IN |
| 02:38PM | 8 | NOW? |
| 02:38PM | 9 | MR. COOPERSMITH:  THAT WOULD BE FINE. |
| 02:38PM | 10 | MR. LEACH:  YES, YOUR HONOR. |
| 02:38PM | 11 | THE COURT:  OKAY. |
| 02:41PM | 12 | (JURY IN AT 2:41 P.M.) |
| 02:41PM | 13 | THE COURT:  PLEASE BE SEATED.  THANK YOU, LADIES AND |
| 02:41PM | 14 | GENTLEMEN. |
| 02:41PM | 15 | ALL RIGHT.  WE'RE BACK ON THE RECORD. |
| 02:41PM | 16 | OUR JURY AND ALTERNATES ARE PRESENT. |
| 02:41PM | 17 | ALL COUNSEL ARE PRESENT.  THE DEFENDANT IS PRESENT. |
| 02:41PM | 18 | MR. COOPERSMITH, DOES THE DEFENSE HAVE A WITNESS TO CALL? |
| 02:41PM | 19 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 02:41PM | 20 | THE DEFENSE CALLS DR. TRACY WOOTEN. |
| 02:41PM | 21 | THE COURT:  ALL RIGHT.  GOOD AFTERNOON.  IF YOU |
| 02:42PM | 22 | WOULD COME FORWARD AND STAND OVER HERE WHILE YOU FACE OUR |
| 02:42PM | 23 | COURTROOM DEPUTY.  IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS |
| 02:42PM | 24 | A QUESTION FOR YOU. |
| 02:42PM | 25 | **(DEFENDANT'S WITNESS, TRACY WOOTEN, WAS SWORN.)** |

02:42PM 1                    THE WITNESS:  YES.

02:42PM 2                    THE COURT:  THANK YOU.

02:42PM 3          PLEASE HAVE A SEAT UP HERE AND MAKE YOURSELF COMFORTABLE.

02:42PM 4                    THE WITNESS:  OKAY.

02:42PM 5                    THE COURT:  PLEASE FEEL FREE TO ADJUST THE CHAIR AND

02:42PM 6     MICROPHONE AS YOU NEED.

02:42PM 7          THERE'S SOME WATER THERE FOR YOUR REFRESHMENT SHOULD YOU

02:42PM 8     WISH IT.

02:42PM 9          WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

02:42PM 10    AND THEN SPELL IT, PLEASE.

02:42PM 11                   THE WITNESS:  TRACY WOOTEN.  T-R-A-C-Y, WOOTEN,

02:42PM 12    W-O-O-T-E-N.

02:42PM 13                   THE COURT:  THANK YOU.

02:43PM 14         COUNSEL.

02:43PM 15                   MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

02:43PM 16                        **DIRECT EXAMINATION**

02:43PM 17    BY MR. COOPERSMITH:

02:43PM 18    Q.   GOOD AFTERNOON, DR. WOOTEN.

02:43PM 19    A.   GOOD AFTERNOON.

02:43PM 20    Q.   AND DO YOU PREFER TO TESTIFY IN A CLEAR MASK AS YOU HAVE

02:43PM 21    ON RIGHT NOW?

02:43PM 22    A.   WHAT?

02:43PM 23    Q.   IF YOU WOULD LIKE TO TESTIFY IN A CLEAR MASK, THAT'S FINE.

02:43PM 24    I JUST WANTED TO ASK YOU.

02:43PM 25    A.   OH, THAT'S FINE.

02:43PM 1    Q.   OKAY.  DR. WOOTEN, WHERE DID YOU TRAVEL FROM TO ATTEND

02:43PM 2    COURT THIS AFTERNOON?

02:43PM 3    A.   I CAME FROM PHOENIX, ARIZONA.

02:43PM 4    Q.   AND WHAT DO YOU DO IN PHOENIX, ARIZONA?

02:43PM 5    A.   I'M A LICENSED NATUROPATHIC PHYSICIAN.

02:43PM 6    Q.   AND WHAT IS A NATUROPATHIC PHYSICIAN?

02:43PM 7    A.   A NATUROPATHIC PHYSICIANS ARE PRIMARY CARE PROVIDERS THAT

02:43PM 8    USE A HOLISTIC APPROACH TO TREAT THEIR PATIENTS.

02:43PM 9    Q.   AND WHEN YOU SAY "HOLISTIC APPROACH," COULD YOU GIVE US A

02:43PM 10   BIT LITTLE MORE DETAIL ABOUT WHAT THAT MEANS?

02:43PM 11   A.   YES, DEFINITELY.

02:43PM 12        SO WE DIAGNOSE AND TREAT ACUTE OR CHRONIC ILLNESSES.  WE

02:43PM 13   TRY TO TREAT THE WHOLE BODY AND LOOK FOR UNDERLYING ISSUES THAT

02:44PM 14   CAUSE THE ILLNESS VERSUS JUST TREAT THE SYMPTOMS.

02:44PM 15   Q.   OKAY.  THANK YOU.

02:44PM 16        IN ARIZONA, IS THERE A LICENSE YOU HAVE TO OBTAIN TO BE A

02:44PM 17   NATUROPATHIC PHYSICIAN?

02:44PM 18   A.   YES.  WE HAVE TO HAVE A DOCTORATE OF NATUROPATHIC MEDICINE

02:44PM 19   AND WE ALSO HAVE TO HAVE A MEDICAL LICENSE.

02:44PM 20   Q.   AND WHO ISSUES THAT LICENSE?

02:44PM 21   A.   THE ARIZONA BOARD OF NATUROPATHIC -- I'M SORRY.

02:44PM 22   NP BOMAX, AND THEN WE HAVE A LICENSING BOARD.

02:44PM 23   Q.   OKAY.  AND HOW LONG HAVE YOU BEEN A NATUROPATHIC PHYSICIAN

02:44PM 24   IN THE PHOENIX, ARIZONA AREA?

02:44PM 25   A.   SEVENTEEN YEARS.

02:44PM  1    Q.   SO DOES THAT GO BACK TO ABOUT 2005?

02:44PM  2    A.   CORRECT, I GRADUATED.

02:44PM  3    Q.   AND WHAT EDUCATION DID YOU HAVE TO OBTAIN TO BECOME A

02:44PM  4    NATUROPATHIC PHYSICIAN?

02:44PM  5    A.   YOU HAVE TO HAVE AN UNDERGRAD DEGREE, AND THEN GO TO A

02:44PM  6    NATUROPATHIC MEDICAL SCHOOL, AND THEN PASS A MEDICAL BOARD

02:45PM  7    EXAM.

02:45PM  8    Q.   ARE THERE EXAMS THAT YOU HAVE TO TAKE?

02:45PM  9    A.   YES, WE HAVE A MEDICAL LICENSE.

02:45PM  10   Q.   OKAY.  AND WHERE DID YOU GO TO UNDERGRADUATE?

02:45PM  11   A.   ORAL ROBERTS UNIVERSITY.

02:45PM  12   Q.   DID YOU GRADUATE FROM ORAL ROBERTS?

02:45PM  13   A.   I DID.

02:45PM  14   Q.   AND WHERE DID YOU ATTEND NATUROPATHIC MEDICAL SCHOOL?

02:45PM  15   A.   SOUTHWEST COLLEGE OF NATUROPATHIC MEDICINE.

02:45PM  16   Q.   WHERE IS THAT?

02:45PM  17   A.   IN TEMPE, ARIZONA.

02:45PM  18   Q.   OKAY.  TEMPE, ARIZONA.  IS THAT NEAR WHERE YOU CURRENTLY

02:45PM  19   LIVE?

02:45PM  20   A.   CORRECT.

02:45PM  21   Q.   WHAT WAS YOUR UNDERGRADUATE DEGREE IN?

02:45PM  22   A.   EXERCISE PHYSIOLOGY.

02:45PM  23   Q.   OKAY.  DO YOU WORK FOR AN EMPLOYER OR DO YOU HAVE YOUR OWN

02:45PM  24   BUSINESS?

02:45PM  25   A.   I HAVE A PRIVATE PRACTICE.  I WORK FOR MYSELF.

02:45PM   1    Q.   YOU HAVE YOUR OWN PRACTICE?

02:45PM   2    A.   YEAH.

02:45PM   3    Q.   AND WHAT IS THE NAME OF YOUR PRACTICE?

02:45PM   4    A.   WOOTEN NATUROPATHIC.

02:45PM   5    Q.   AND HOW LONG HAVE YOU HAD THAT BUSINESS?

02:45PM   6    A.   SEVENTEEN YEARS.

02:46PM   7    Q.   AND DO YOU HAVE EMPLOYEES THAT WORK FOR YOU?

02:46PM   8    A.   I DO.

02:46PM   9    Q.   AND DO YOU HAVE PATIENTS WHO COME TO SEE YOU FOR YOUR

02:46PM  10    MEDICAL SERVICES?

02:46PM  11    A.   I DO.

02:46PM  12    Q.   AS WE SIT HERE TODAY, ABOUT HOW MANY PATIENTS DO YOU HAVE

02:46PM  13    OVERALL IN YOUR PRACTICE?

02:46PM  14    A.   CURRENTLY THIS YEAR I HAVE SEEN OVER 500.

02:46PM  15    Q.   AND IF YOU THINK BACK TO THE, YOU KNOW, 2015 TIMEFRAME,

02:46PM  16    HOW MANY PATIENTS WILL YOU ESTIMATE YOU WOULD HAVE HAD IN YOUR

02:46PM  17    PRACTICE AT THAT TIME?

02:46PM  18    A.   PROBABLY AROUND 350.

02:46PM  19    Q.   OKAY.  SO HAS YOUR PRACTICE GROWN SINCE 2015?

02:46PM  20    A.   IT HAS.

02:46PM  21    Q.   IN CONNECTION WITH YOUR PRACTICE -- WELL, LET ME ASK YOU

02:46PM  22    THIS FIRST, IN ARIZONA, CAN A NATUROPATHIC PHYSICIAN LIKE

02:46PM  23    YOURSELF PRESCRIBE MEDICATION FOR PATIENTS?

02:46PM  24    A.   WE CAN.

02:46PM  25    Q.   AND THAT'S ALLOWED BY YOUR LICENSING?

02:46PM  1    A.   CORRECT.

02:46PM  2    Q.   AND CAN A NATUROPATHIC PHYSICIAN IN ARIZONA ORDER BLOOD

02:46PM  3    TESTS FOR PATIENTS?

02:46PM  4    A.   WE CAN.

02:46PM  5    Q.   AND DO YOU DO THAT?

02:46PM  6    A.   YES.

02:46PM  7    Q.   FOR WHAT PURPOSE DO YOU ORDER BLOOD TESTS FOR YOUR

02:46PM  8    PATIENTS IN GENERAL?

02:46PM  9    A.   I DO A LOT OF LAB TESTING TO ESTABLISH A BASE LINE TO HELP

02:47PM  10   ME WITH DIAGNOSING AND TREATMENT AND ALSO TO MONITOR THERAPIES.

02:47PM  11   Q.   WHEN YOU SAY, "TO ESTABLISH A BASE LINE," CAN YOU GIVE US

02:47PM  12   A LITTLE MORE DETAIL ABOUT WHAT THAT MEANS?

02:47PM  13   A.   YES.   TYPICALLY WHEN A PATIENT COMES TO ME, IF THEY

02:47PM  14   HAVEN'T HAD BLOOD WORK DONE RECENTLY WITHIN THE LAST TWO

02:47PM  15   MONTHS, I GET BLOOD WORK DONE TO SEE WHAT THEIR STARTING STATS

02:47PM  16   ARE, AND THEN, THEREFORE, WHEN WE START TREATMENT, I HAVE A

02:47PM  17   BASE LINE.

02:47PM  18   Q.   OKAY.   AND IF YOU'RE TREATING A HEALTHY PATIENT IN YOUR

02:47PM  19   PRACTICE, IN GENERAL, ABOUT HOW OFTEN WOULD YOU HAVE BLOOD

02:47PM  20   TESTS DONE FOR THAT PATIENT?

02:47PM  21   A.   IF THE PATIENT IS HEALTHY AND ALSO DEPENDING ON THE

02:47PM  22   ISSUES, ABOUT EVERY THREE MONTHS.

02:47PM  23   Q.   ABOUT EVERY THREE MONTHS?

02:47PM  24   A.   CORRECT.

02:47PM  25   Q.   AND IS THAT, IN YOUR VIEW, DR. WOOTEN, A FREQUENT -- A LOT

02:47PM  1    OF BLOOD TESTS --

02:47PM  2    A.   YES.

02:47PM  3    Q.   -- GIVEN OTHER SITUATIONS?

02:47PM  4    A.   CORRECT.

02:47PM  5    Q.   AND WHY DO YOU DO SO MANY BLOOD TESTS?

02:48PM  6    A.   BECAUSE I WANT TO ESTABLISH TREATMENT AND MAKE SURE THE

02:48PM  7    THERAPY IS GOING IN THE RIGHT DIRECTION, AND ALSO MAKE SURE WE

02:48PM  8    CATCH ANYTHING.  IT IS MORE OF A PREVENTATIVE HOLISTIC

02:48PM  9    APPROACH.  SO WE WANT TO MAKE SURE THINGS ARE GOING IN THE

02:48PM  10   RIGHT DIRECTION BEFORE THEY GO OFF.

02:48PM  11   Q.   SO, IF I UNDERSTAND THAT, WHEN YOU ORDER BLOOD TESTS FOR

02:48PM  12   YOUR PATIENTS, DO YOU LOOK AT THE TRENDS THAT THE PATIENTS ARE

02:48PM  13   EXPERIENCING?

02:48PM  14   A.   CORRECT.

02:48PM  15   Q.   OKAY.  AND DO YOU COMPARE ONE BLOOD TEST TO THE OTHER FOR

02:48PM  16   THAT PURPOSE?

02:48PM  17   A.   ABSOLUTELY.

02:48PM  18   Q.   OKAY.  AND IS THAT COMMON IN THE NATUROPATHIC MEDICAL

02:48PM  19   FIELD TO ORDER BLOOD TESTS AS YOU UNDERSTAND IT?

02:48PM  20   A.   YES.

02:48PM  21            MR. SCHENK:  OBJECTION.  702.

02:48PM  22            THE COURT:  ARE YOU ASKING IF THIS IS HOW SHE WAS

02:48PM  23   TRAINED?

02:48PM  24            MR. COOPERSMITH:  HER OWN EXPERIENCE AND HOW SHE WAS

02:48PM  25   TRAINED, YES, YOUR HONOR.

02:48PM   1              THE COURT:  I'LL ALLOW THAT ANSWER TO REMAIN.

02:48PM   2              MR. COOPERSMITH:  OKAY.  I'M NOT SURE WE GOT AN

02:48PM   3     ANSWER, BUT MAYBE I CAN ASK IT AGAIN, YOUR HONOR.

02:48PM   4              THE COURT:  HER ANSWER WAS YES.

02:48PM   5              MR. COOPERSMITH:  OKAY.  THANK YOU.  THAT'S HELPFUL.

02:49PM   6     Q.   OKAY.  DR. WOOTEN, IS THAT PRACTICE THAT YOU ENGAGE OF

02:49PM   7     HAVING PATIENTS TAKE BLOOD TESTS AND THEN COMPARE THE RESULTS,

02:49PM   8     DOES THAT GIVE YOU AN OPPORTUNITY TO COMPARE THE DIFFERENT

02:49PM   9     BLOOD TESTS THAT THE PATIENTS ARE TAKING OVER TIME?

02:49PM  10     A.   CORRECT, YES.

02:49PM  11     Q.   AND WE'LL GET TO THERANOS IN A MINUTE, BUT PUTTING THAT

02:49PM  12     ASIDE, WHERE, PRIOR TO 2015, LET'S SAY, DID YOU SEND YOUR

02:49PM  13     PATIENTS FOR BLOOD TESTS?

02:49PM  14     A.   I MAINLY USED SONORAQUEST LABS.

02:49PM  15     Q.   SONORAQUEST?

02:49PM  16     A.   YES.

02:49PM  17     Q.   AND IS THAT A WELL ESTABLISHED LAB IN ARIZONA?

02:49PM  18     A.   IT IS.

02:49PM  19     Q.   AND ABOUT HOW LONG BEFORE 2015 HAD YOU BEEN SENDING YOUR

02:49PM  20     PATIENTS TO SONORAQUEST?

02:49PM  21     A.   2006.

02:49PM  22     Q.   AND DO YOU USE OTHER LABS OR HAD YOU USED OTHER LABS IN

02:49PM  23     ADDITION TO SONORAQUEST?

02:49PM  24     A.   YES, I HAVE.

02:49PM  25     Q.   CAN YOU REMEMBER THE NAMES?

02:49PM  1     A.   YES, LIKE LABCORP.

02:49PM  2     Q.   IS LABCORP ONE?

02:49PM  3     A.   YES.

02:49PM  4     Q.   ANYTHING ELSE THAT YOU CAN REMEMBER?

02:49PM  5     A.   AND THEN I ALSO USE SPECIALTY LABS FOR FOOD TESTING.

02:50PM  6     Q.   OKAY.  IN CONNECTION WITH YOUR EXPERIENCE WITH

02:50PM  7     SONORAQUEST, TAKING THAT ONE, CAN YOU REMEMBER WHETHER OR NOT

02:50PM  8     THERE WERE ANY ERRORS THAT YOU EVER GOT FOR A PATIENT?

02:50PM  9              MR. SCHENK:  OBJECTION.  401 AND 702.

02:50PM  10             THE COURT:  SUSTAINED.

02:50PM  11    BY MR. COOPERSMITH:

02:50PM  12    Q.   OKAY.  SO, DR. WOOTEN, AT SOME POINT DID YOU HEAR ABOUT A

02:50PM  13    COMPANY CALLED THERANOS?

02:50PM  14    A.   YES, I HAD.

02:50PM  15    Q.   AND HOW DID YOU LEARN ABOUT THERANOS?

02:50PM  16    A.   WHEN I FIRST HEARD ABOUT IT, A FEW REPS CAME INTO MY

02:50PM  17    OFFICE GIVING ME BROCHURES AND TELLING ME ABOUT THEIR LAB.

02:50PM  18    Q.   OKAY.  DO YOU KNOW WHEN THAT WAS?

02:50PM  19    A.   I BELIEVE IT WAS IN 2014.

02:50PM  20    Q.   OKAY.  AND DID YOU IMMEDIATELY START SENDING PATIENTS TO

02:50PM  21    THERANOS?

02:50PM  22    A.   I DID NOT.

02:50PM  23    Q.   AT SOME POINT DID YOU START SENDING PATIENTS TO THERANOS?

02:50PM  24    A.   I DID.

02:50PM  25    Q.   AND WHEN WAS THAT?

02:51PM   1     A.   PROBABLY 2015.

02:51PM   2     Q.   AND DO YOU REMEMBER WHEN IN 2015?

02:51PM   3     A.   I DON'T KNOW EXACTLY.

02:51PM   4     Q.   OKAY.  WHY DID YOU START USING THERANOS FOR SENDING

02:51PM   5     PATIENTS FOR LAB TESTS?

02:51PM   6     A.   ANOTHER PATIENT CAME INTO MY OFFICE WITH LABS FROM

02:51PM   7     THERANOS WHICH TRIGGERED MY MEMORY ABOUT THERANOS.  AND THEN I

02:51PM   8     LIKED THE SETUP OF THERANOS.  THEY WERE AVAILABLE FOR MY

02:51PM   9     PATIENTS, THEY WERE EASILY ACCESSIBLE.  SO I STARTED USING

02:51PM   10    THERANOS.

02:51PM   11    Q.   OKAY.  AND AT THE TIME, LET'S JUST SAY IN 2015, 2016

02:51PM   12    TIMEFRAME, CAN YOU TELL US APPROXIMATELY HOW MANY PATIENTS YOU

02:51PM   13    SENT TO THERANOS FOR LAB TESTING?

02:51PM   14    A.   I BELIEVE I SENT OVER 150.

02:51PM   15    Q.   AND WOULD EACH OF THOSE PATIENTS, AMONG THE APPROXIMATELY

02:51PM   16    150, GENERALLY HAVE HAD ONLY ONE LAB TEST OR MULTIPLE LAB

02:51PM   17    TESTS?

02:51PM   18    A.   MULTIPLE.

02:52PM   19    Q.   AND AT THE TIME THAT YOU WERE SENDING PATIENTS TO

02:52PM   20    THERANOS, WAS THAT THE ONLY LAB THAT YOU WERE SENDING PATIENTS

02:52PM   21    TO?

02:52PM   22    A.   NO.

02:52PM   23    Q.   AND HOW DID YOU DECIDE, OR HOW DID THE PATIENTS DECIDE, IF

02:52PM   24    YOU KNOW, WHICH LAB THE PATIENT SHOULD GO TO?

02:52PM   25    A.   YEAH.  SO I STILL USE SONORAQUEST IN MY PRACTICE.  SO

02:52PM   1    DEPENDING ON THE TIME OF DAY AND THE SCHEDULING OF THE PATIENT,

02:52PM   2    SO IF THE PATIENT WAS COMING EARLY IN THE MORNING, I WOULD DO

02:52PM   3    SONORAQUEST.  IF THEY COULDN'T DO BLOOD DRAW IN MY OFFICE THAT

02:52PM   4    DAY, I WOULD SEND THEM TO THERANOS.

02:52PM   5    Q.  AT WHAT POINT, IF YOU CAN REMEMBER, DID YOU STOP SENDING

02:52PM   6    PATIENTS TO THERANOS?

02:52PM   7    A.  2016.

02:52PM   8    Q.  AND DID YOU STOP BECAUSE OF ANY PROBLEM THAT AROSE AT

02:52PM   9    THERANOS?

02:52PM   10             MR. SCHENK:  OBJECTION.  RELEVANCE.

02:52PM   11             THE COURT:  SUSTAINED.

02:52PM   12   BY MR. COOPERSMITH:

02:52PM   13   Q.  AT SOME POINT WERE YOU STILL ABLE TO SEND LAB TESTS TO

02:52PM   14   THERANOS, PATIENTS TO THERANOS.

02:52PM   15        WAS THERE A TIME WHEN IT WAS NOT POSSIBLE FOR YOU TO SEND

02:52PM   16   PATIENTS TO THERANOS ANYMORE?

02:52PM   17   A.  CORRECT.

02:53PM   18   Q.  OKAY.  DURING THE TIME, JUST AT A GENERAL LEVEL FOR

02:53PM   19   STARTERS, DURING THE TIME THAT YOU WERE SENDING PATIENTS TO

02:53PM   20   THERANOS, DO YOU RECALL ANYTHING OUT OF THE ORDINARY WITH THE

02:53PM   21   LAB TESTING THAT YOU WERE GETTING?

02:53PM   22             MR. SCHENK:  OBJECTION.  702.

02:53PM   23             THE COURT:  SUSTAINED.

02:53PM   24             MR. COOPERSMITH:  YOUR HONOR, THIS IS JUST BASED ON

02:53PM   25   HER OWN OBSERVATIONS OF WHAT SHE OBSERVED IN HER PRACTICE.

02:53PM   1                    THE COURT:  YOU CAN TRY TO LAY A FOUNDATION IF YOU

02:53PM   2      WOULD LIKE.

02:53PM   3                    MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

02:53PM   4      Q.   DR. WOOTEN, IN YOUR PRACTICE, DID YOU HAVE OCCASION TO

02:53PM   5      REVIEW THE BLOOD TESTS THAT CAME BACK FROM THE THERANOS LAB?

02:53PM   6      A.   YES.

02:53PM   7      Q.   AND DID YOU HAVE A CHANCE TO REVIEW THE BLOOD TEST THAT

02:53PM   8      CAME BACK FROM OTHER LABS LIKE SONORAQUEST?

02:53PM   9      A.   YES.

02:53PM  10      Q.   DID YOU REVIEW EACH AND EVERY LAB TEST THAT CAME BACK FROM

02:53PM  11      THOSE LABS?

02:53PM  12      A.   YES.

02:53PM  13      Q.   IS THAT PART OF YOUR JOB AS A NATUROPATHIC PHYSICIAN?

02:53PM  14      A.   YES.

02:53PM  15      Q.   AND IN THE COURSE OF REVIEWING THOSE, DID YOU HAVE

02:53PM  16      OCCASION TO COMPARE THE RESULTS FROM THE DIFFERENT THERANOS

02:53PM  17      TESTS THAT THE PATIENTS WERE GETTING OVER TIME?

02:53PM  18      A.   YES.

02:53PM  19      Q.   AND DID YOU HAVE A CHANCE TO COMPARE THE THERANOS LAB

02:54PM  20      TESTS THAT YOU WERE RECEIVING WITH THE LAB TESTS FROM OTHER

02:54PM  21      LABS SUCH AS SONORAQUEST?

02:54PM  22      A.   YES.

02:54PM  23      Q.   AND BASED ON THAT COMPARISON, WERE YOU ABLE TO FORM ANY

02:54PM  24      OBSERVATION ABOUT WHETHER THE LAB TESTS APPEARED TO MATCH OR

02:54PM  25      NOT MATCH?

02:54PM   1              MR. SCHENK:  OBJECTION.  702.  CALLS FOR AN EXPERT

02:54PM   2    OPINION.

02:54PM   3              THE COURT:  SUSTAINED.  SUSTAINED.

02:54PM   4              MR. COOPERSMITH:  YOUR HONOR, JUST FOR THE RECORD,

02:54PM   5    I'M NOT ASKING FOR AN EXPERT OPINION, I'M JUST ASKING WHAT SHE

02:54PM   6    OBSERVED ON THE PAPER THAT CAME BACK TO HER.

02:54PM   7         I'M NOT ASKING HER TO INTERPRET ANYTHING.  IT'S SIMPLY

02:54PM   8    WHAT SHE OBSERVED ON THE PAGE.

02:54PM   9              THE COURT:  SUSTAINED.

02:54PM  10              MR. COOPERSMITH:  OKAY.

02:54PM  11    Q.   DR. WOOTEN, DID YOU YOURSELF AT SOME POINT HAVE YOUR OWN

02:54PM  12    BLOOD TESTED AT THERANOS?

02:54PM  13    A.   YES.

02:54PM  14    Q.   AND WHEN YOU DID THAT?  DO YOU REMEMBER WHAT TYPE OF BLOOD

02:54PM  15    DRAW IT WAS?

02:54PM  16    A.   YES.

02:54PM  17    Q.   AND WHAT DO YOU REMEMBER ABOUT THAT?

02:54PM  18    A.   WHICH LAB DID I DRAW MYSELF?

02:54PM  19    Q.   YES.

02:54PM  20    A.   I DID AN HCG.

02:54PM  21    Q.   OKAY.  BUT WHAT TYPE OF DRAW WAS IT?  WAS IT A VEIN --

02:55PM  22    A.   OH.  IT WAS A VENOUS.

02:55PM  23    Q.   A VENOUS DRAW?

02:55PM  24    A.   IT WAS.

02:55PM  25    Q.   FOR THE OTHER PATIENTS, OTHER THAN YOURSELF, DO YOU

02:55PM   1    REMEMBER WHETHER THIS WAS A VEIN DRAW OR A FINGERSTICK?

02:55PM   2    A.   IT WAS A VENOUS.

02:55PM   3    Q.   FOR ALL OF THE OTHER PATIENTS?

02:55PM   4    A.   OH, I'M NOT SURE.

02:55PM   5    Q.   OKAY.  SO JUST TO BE CLEAR, FOR -- OTHER THAN YOURSELF,

02:55PM   6    FOR ALL OF THE OTHER PATIENTS THAT YOU SENT TO THERANOS FOR

02:55PM   7    YOUR LAB TESTS, DO YOU KNOW ONE WAY OR THE OTHER WHETHER THEY

02:55PM   8    GOT FINGERSTICK TESTING, BLOOD FROM THE FINGER, OR A DRAW FROM

02:55PM   9    THE ARM?

02:55PM   10   A.   NO.

02:55PM   11   Q.   YOU DON'T KNOW EITHER WAY?

02:55PM   12   A.   I DON'T KNOW EITHER WAY.

02:55PM   13   Q.   DID YOU CARE?

02:55PM   14   A.   NO, I DID NOT.

02:55PM   15   Q.   WHY DIDN'T YOU CARE?

02:55PM   16   A.   IT WASN'T IMPORTANT TO ME.  I WAS JUST LOOKING FOR THE LAB

02:55PM   17   RESULTS.

02:55PM   18   Q.   OKAY.  LET'S GO BACK TO YOUR OWN TESTING.

02:55PM   19   A.   YES.

02:55PM   20   Q.   AND WE'LL GET TO HCG IN A MINUTE.

02:55PM   21        BUT DID YOU TEST YOUR OWN -- DID YOU HAVE TESTS AT

02:55PM   22   THERANOS FOR YOURSELF OTHER THAN HCG?

02:56PM   23   A.   YES.

02:56PM   24   Q.   AND WHAT TYPES OF TESTS WERE THOSE?

02:56PM   25   A.   I DID A REGULAR CHEM PANEL, A CBC PANEL, A THYROID PANEL,

02:56PM  1    A LIPID PANEL.

02:56PM  2    Q.   ARE THOSE COMMONLY ORDERED TESTS?

02:56PM  3    A.   YES.

02:56PM  4    Q.   AND ARE THOSE SIMILAR TO THE TESTS THAT YOU WOULD ORDER

02:56PM  5    FOR YOUR OTHER PATIENTS?

02:56PM  6    A.   CORRECT.

02:56PM  7    Q.   AND BY THE WAY, JUST GOING BACK TO THE OTHER PATIENTS FOR

02:56PM  8    A MINUTE, DID YOU MAKE TREATMENT DECISIONS BASED ON THE LAB

02:56PM  9    RESULTS THAT YOU WERE GETTING FROM THERANOS?

02:56PM  10   A.   YES.

02:56PM  11   Q.   AND DID YOU BELIEVE YOU HAD A SOUND BASIS TO MAKE THOSE

02:56PM  12   TREATMENT DECISIONS?

02:56PM  13             MR. SCHENK:   OBJECTION.   702.

02:56PM  14             THE COURT:   SUSTAINED.

02:56PM  15   BY MR. COOPERSMITH:

02:56PM  16   Q.   DR. WOOTEN, WHEN YOU MADE TREATMENT DECISIONS FOR YOUR

02:56PM  17   PATIENTS, WERE THERE -- WAS THERE --

02:56PM  18        WELL, LET ME JUST MOVE ON, YOUR HONOR.

02:56PM  19        SO, DR. WOOTEN, LET'S GO BACK TO YOUR OWN TESTING.

02:56PM  20   A.   YES.

02:56PM  21   Q.   SO THE COMMON -- THE TESTS THAT YOU DESCRIBED THAT YOU

02:56PM  22   TOOK, WERE THOSE COMMONLY ORDERED TESTS?

02:57PM  23   A.   YES.

02:57PM  24   Q.   WHEN YOU TOOK THOSE COMMONLY ORDERED TESTS, DID YOU JUST

02:57PM  25   TAKE ONE TEST AT THERANOS OR WERE THERE MULTIPLE TESTS OVER

02:57PM   1    TIME?

02:57PM   2    A.   I DON'T RECALL EXACTLY, BUT I REMEMBER THERE WAS THREE TO

02:57PM   3    FOUR.

02:57PM   4    Q.   SO OVER TIME, DO YOU REMEMBER TAKING THREE TO FOUR

02:57PM   5    DIFFERENT BLOOD TESTS FOR YOURSELF?

02:57PM   6    A.   CORRECT.

02:57PM   7    Q.   OKAY.  AND THOSE WERE ALL AT THERANOS?

02:57PM   8    A.   YES.

02:57PM   9    Q.   AND THE THREE DIFFERENT BLOOD TESTS THAT YOU TOOK AT

02:57PM   10   THERANOS, DID YOU GET RESULTS FROM THERANOS FOR YOUR OWN BLOOD

02:57PM   11   TESTS?

02:57PM   12   A.   YES.

02:57PM   13   Q.   OKAY.  AND DID YOU LOOK AT THE NUMBERS ON THE PAGE THAT

02:57PM   14   CAME BACK FOR THE TEST RESULTS?

02:57PM   15   A.   YES.

02:57PM   16   Q.   AND DID YOU LOOK AT THE NUMBERS ON THE PAGE LOOKING AT ONE

02:57PM   17   SET OF RESULTS, VERSUS ANOTHER SET OF RESULTS, VERSUS THE THIRD

02:57PM   18   AND FOURTH SET OF RESULTS?

02:57PM   19   A.   YES.

02:57PM   20            MR. SCHENK:  OBJECTION.  VAGUE.

02:57PM   21            THE COURT:  YOU KNOW, COULD YOU BE A LITTLE MORE

02:58PM   22   SPECIFIC WITH THAT QUESTION.

02:58PM   23            MR. COOPERSMITH:  SURE, YOUR HONOR.

02:58PM   24            THE COURT:  WHY DON'T YOU ASK ANOTHER QUESTION.  IF

02:58PM   25   THERE WAS AN ANSWER, THE ANSWER IS STRICKEN.  YOU CAN ASK

02:58PM   1        ANOTHER QUESTION.

02:58PM   2                    MR. COOPERSMITH:  SURE.

02:58PM   3        Q.   SO, DR. WOOTEN, WHEN YOU GOT THE LAB RESULTS BACK FROM

02:58PM   4        THERANOS -- WELL, FIRST OF ALL, DID YOU GET TEST RESULTS BACK

02:58PM   5        FROM THERANOS?

02:58PM   6        A.   I DID.

02:58PM   7                    THE COURT:  THIS IS REGARDING THE WITNESS'S TEST?

02:58PM   8                    MR. COOPERSMITH:  I'M SORRY?

02:58PM   9                    THE COURT:  THE WITNESS'S TEST?

02:58PM  10                    MR. COOPERSMITH:  FOR HER OWN TEST.

02:58PM  11                    THE COURT:  OKAY.  THANK YOU.

02:58PM  12        BY MR. COOPERSMITH:

02:58PM  13        Q.   AND WHEN YOU GOT THE TEST RESULTS BACK, WHAT DID THE PAGE

02:58PM  14        LOOK LIKE GENERALLY?

02:58PM  15        A.   IT WOULD BE A LIST OF ALL OF THE TESTS THAT I ORDERED WITH

02:58PM  16        THE RESULTS.

02:58PM  17        Q.   OKAY.  AND ARE THE RESULTS EXPRESSED IN A NUMERICAL FORM?

02:58PM  18        A.   YES.

02:58PM  19        Q.   THERE'S A NUMBER?

02:58PM  20        A.   THERE'S A NUMBER.

02:58PM  21        Q.   OKAY.  AND DID YOU, FOR THE SECOND TEST AND THE THIRD TEST

02:58PM  22        AND SO FORTH, DID YOU -- WERE THOSE TESTS ALSO LIKE THAT WHERE

02:58PM  23        THEY HAD NUMBERS NEXT TO THE PARTICULAR TESTS THAT WERE TAKEN?

02:58PM  24        A.   CORRECT.

02:58PM  25        Q.   OKAY.  AND DID YOU EVER LOOK AT THE NUMBERS FROM THE

02:58PM   1    DIFFERENT TESTS AND COMPARE THEM TO ONE ANOTHER?

02:59PM   2              MR. SCHENK:  OBJECTION.  702.

02:59PM   3              THE COURT:  WELL, SHE CAN ANSWER THAT QUESTION YES

02:59PM   4    OR NO.

02:59PM   5              THE WITNESS:  YES.

02:59PM   6    BY MR. COOPERSMITH:

02:59PM   7    Q.   OKAY.  AND WHAT WAS THAT COMPARISON?

02:59PM   8         I MEAN, IT IS JUST HER OWN TESTS, YOUR HONOR, THE NUMBERS

02:59PM   9    ON THE PAGE THAT SHE'S OBSERVING WITH HER OWN EYES.

02:59PM   10             MR. SCHENK:  OBJECTION.  702.

02:59PM   11             THE COURT:  I THINK IT IS, YES.  SO SUSTAINED.

02:59PM   12    PARDON ME.

02:59PM   13             MR. COOPERSMITH:  OKAY.  YOUR HONOR, COULD I HAVE A

02:59PM   14    MOMENT?

02:59PM   15             THE COURT:  OF COURSE.

02:59PM   16        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:00PM   17             MR. COOPERSMITH:  YOUR HONOR, COULD WE HAVE A BRIEF

03:00PM   18    SIDE-BAR?

03:00PM   19             THE COURT:  SURE.  OKAY.

03:00PM   20        YOU AND -- WHO WOULD LIKE TO JOIN?

03:00PM   21        MR. SCHENK?

03:00PM   22             MR. SCHENK:  YES.

03:00PM   23             THE COURT:  LADIES AND GENTLEMEN, WE'RE GOING TO GO

03:00PM   24    IN THE BACK ROOM FOR JUST A MOMENT.  EVERYONE ELSE COULD STAY

03:00PM   25    HERE IN THE COURTROOM.

03:00PM  1          WHILE WE'RE GONE, LADIES AND GENTLEMEN, DO NOT DISCUSS

03:00PM  2     AMONGST YOURSELVES ANYTHING ABOUT THIS CASE AND FORM ANY

03:00PM  3     OPINION ABOUT IT.

03:00PM  4          WE'LL BRING OUR COURT REPORTER BACK.

03:00PM  5          (SIDE-BAR CONFERENCE ON THE RECORD.)

03:25PM  6          THE COURT:  OKAY.  WE ARE OUTSIDE OF THE PRESENCE OF

03:25PM  7     THE JURY IN THE DELIBERATION ROOM THAT IS NOT BEING USED.

03:25PM  8          COUNSEL ARE PRESENT.

03:25PM  9          MR. COOPERSMITH.

03:25PM 10          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

03:25PM 11          WE OBVIOUSLY TRY TO KEEP THESE SIDE-BARS TO A MINIMUM, SO

03:25PM 12     I APPRECIATE THE COURT'S TIME.

03:25PM 13          THE COURT:  SURE.  NO, I UNDERSTAND.

03:25PM 14          MR. COOPERSMITH:  SO, FIRST OF ALL, WITH REGARD TO

03:25PM 15     HER REMEMBERING RESULTS AND SAYING I THOUGHT THESE WERE SIMILAR

03:25PM 16     OR NOT SIMILAR, I THINK THIS IS VERY -- ALMOST IDENTICAL TO THE

03:25PM 17     TESTIMONY THAT THE GOVERNMENT OFFERED FROM PATIENT

03:25PM 18     BRENT BINGHAM WHO TESTIFIED THAT THERE WAS NO PHYSICIAN.  AND

03:25PM 19     HE OBVIOUSLY WASN'T AN EXPERT.  HE WAS A GENTLEMAN WHO HAD A

03:25PM 20     MEDICAL CONDITION THAT REQUIRED HIM TO TAKE A LOT OF PLATELET

03:25PM 21     COUNT TESTS, AND HE TALKED ABOUT HIS LEVELS AND HOW THOSE

03:25PM 22     CORRELATED, AND HOW IN MOST OF THE CASES, EXCEPT I THINK FOR

03:25PM 23     ONE, HE DIDN'T HAVE ANY LAB RESULTS.

03:25PM 24          HE JUST SAID THAT THEY DIDN'T SEEM RIGHT GIVEN HOW HE

03:25PM 25     FELT.  OBVIOUSLY THERE WAS NO QUESTION OF EXPERT TESTIMONY.

03:25PM   1          SO I THINK IT'S SIMILAR TO THAT.

03:25PM   2          AND THEN I ALSO WANT TO POINT OUT, YOUR HONOR, THAT

03:25PM   3    DR. ROSENDORFF TESTIFIED ABOUT ALL MATTERS OF TECHNICAL

03:25PM   4    SUBJECTS, AND HE WAS NOT QUALIFIED AS AN EXPERT EITHER.

03:25PM   5          HE IS A DOCTOR, AND DR. WOOTEN IS A NATUROPATHIC DOCTOR.

03:25PM   6          SO I DON'T REALLY SEE HOW THESE QUESTIONS ABOUT HER JUST

03:25PM   7    OBSERVATION -- I'M NOT ASKING HER TO INTERPRET ANYTHING.  I'M

03:25PM   8    NOT ASKING HER TO INTERPRET, YOU KNOW, WHAT CREATINE IS AND

03:25PM   9    WHAT LEVELS ARE APPROPRIATE AND NOT APPROPRIATE.

03:25PM  10          I'M JUST ASKING HER TO SAY, EVEN WITH HER OWN TESTS, MY

03:25PM  11    RESULTS OVER SEVERAL DIFFERENT LAB TESTS WITH THERANOS WERE

03:25PM  12    CONSISTENT OR NOT CONSISTENT, WHATEVER SHE CHOOSES TO TESTIFY.

03:25PM  13          AND THEN WITH --

03:25PM  14              THE COURT:  WHAT DOES THAT MEAN "CONSISTENT"?

03:25PM  15              MR. COOPERSMITH:  IN OTHER WORDS, LIKE, I TOOK A

03:25PM  16    TEST AT THERANOS AND WHATEVER THE ASSAY WAS, LET'S SAY IT WAS

03:25PM  17    CHOLESTEROL, AND THEN SHE TAKES ANOTHER TEST AT THERANOS A FEW

03:25PM  18    MONTHS LATER, AND SHE RECALLS THEM BEING CONSISTENT, LIKE THE

03:25PM  19    NUMBERS WERE THE SAME NUMBER OR VERY SIMILAR NUMBERS, RIGHT?

03:25PM  20          OR THE SAME WOULD BE TRUE FOR A PATIENT EVEN IF IT WASN'T

03:25PM  21    HERSELF.

03:25PM  22          SO I'M NOT ASKING, YOU KNOW, COULD YOU TELL ME MORE ABOUT

03:25PM  23    WHAT THAT MEANS.

03:25PM  24          I'M JUST ASKING HER IS THAT THE EXPERIENCE THAT YOU HAD?

03:25PM  25          SO I DON'T THINK THAT IS EXPERT TESTIMONY.  I THINK IT'S

03:25PM  1    JUST OBSERVATION.  AND I THINK THE COURT IS FAMILIAR WITH THE

03:25PM  2    SUBJECT.  WE'VE HAD EXTENSIVE BRIEFING ON THE LINE OF EXPERT

03:25PM  3    TESTIMONY AND NOT EXPERT TESTIMONY.

03:25PM  4         THE OTHER THING I WANTED TO SAY, YOUR HONOR, IS THAT THIS

03:25PM  5    CASE HAS BEEN ABOUT THERANOS, THE GOVERNMENT'S PRESENTATION

03:25PM  6    THAT THERANOS IS JUST A LAB THAT IS NOT CAPABLE OF PRODUCING

03:25PM  7    RESULTS THAT YOU CAN TRUST.

03:25PM  8         AND I THINK IT SHOULD BE THE CASE THAT SHE HAS HAD, AND

03:25PM  9    SHE WILL TESTIFY, I BELIEVE, THAT THERE ARE OTHER LABS, SUCH AS

03:25PM 10    SONORAQUEST, WHERE SHE HAD SOME BAD EXPERIENCES.

03:25PM 11         DR. BURNES TALKED ABOUT THAT.  HE HAD A BAD EXPERIENCE

03:25PM 12    WITH LABCORP.

03:25PM 13         I DON'T THINK THAT'S EXPERT TESTIMONY.  THAT'S NOT 401 OR

03:25PM 14    403.

03:25PM 15         I THINK IT'S CORE TO THE DEFENSE THAT EVERY LABORATORY

03:25PM 16    MAKES ERRORS.  AND THIS IS A WITNESS FROM HER OWN PERSONAL

03:25PM 17    OBSERVATION CAN SAY I GOT LABS BACK FROM SONORAQUEST THAT JUST

03:25PM 18    WEREN'T RIGHT.

03:25PM 19         AND SHE'S IN A REALLY GREAT POSITION TO DO THAT BECAUSE

03:25PM 20    SHE ORDERED SO MANY BLOOD TESTS, AND SHE CAN DO THAT

03:25PM 21    COMPARISON.

03:25PM 22         SO WE ARE NOT SURE -- I MEAN, THE GOVERNMENT CAN MAKE

03:25PM 23    THEIR OBJECTIONS, BUT WE DON'T THINK THAT THEY'RE WELL TAKEN.

03:25PM 24              THE COURT:  OKAY.

03:25PM 25              MR. COOPERSMITH:  AND THEN THE LAST THING I WOULD

03:25PM 1    SAY, IS THAT WE CAN QUALIFY HER AS AN EXPERT.

03:25PM 2          THE COURT:  HAS SHE BEEN LISTED?

03:25PM 3          MR. COOPERSMITH:  I'M GOING TO SAY NO.

03:25PM 4       BUT WE WEREN'T ANTICIPATING THIS TYPE OF OBJECTION, WHICH

03:25PM 5    WE THINK IS REALLY NOT APPROPRIATE.

03:25PM 6          THE COURT:  OKAY.

03:25PM 7          MR. SCHENK:  THANK YOU.

03:25PM 8       I'LL ADDRESS A COUPLE OF THE POINTS THAT MR. COOPERSMITH

03:25PM 9    MADE AND ALLOW MR. BOSTIC TO ADDRESS THE PARTICULAR STATEMENTS

03:25PM 10   ABOUT PATIENT BRENT BINGHAM.

03:25PM 11         FIRST, ON THIS IDEA THAT NOW THEY'RE GOING TO QUALIFY THIS

03:25PM 12   INDIVIDUAL AS AN EXPERT.  I DON'T KNOW HOW THEY GET LEAVE OF

03:25PM 13   COURT TO MAKE SUCH A LATE DISCLOSURE AT THIS POINT.

03:25PM 14         THEY SAT THROUGH THE ELIZABETH HOLMES TRIAL.

03:25PM 15         THIS IS NOT A CASE WHERE THEY WERE SURPRISED BY NEARLY ANY

03:25PM 16   WITNESS THAT TESTIFIED.

03:25PM 17         SO THE IDEA THAT NOT ONLY THROUGHOUT THE COURSE OF OUR

03:25PM 18   TRIAL, THE BALWANI TRIAL THEY DIDN'T BECOME AWARE OF THE NEED

03:25PM 19   TO QUALIFY THIS INDIVIDUAL AS AN EXPERT, BUT STARTING LAST

03:25PM 20   AUGUST WHEN THEY SAT THROUGH A TRIAL WHERE MANY OF THE SAME

03:25PM 21   WITNESSES TESTIFIED CONSISTENTLY SUGGESTS THAT THEY SHOULD HAVE

03:25PM 22   TO MAKE A PARTICULAR SHOWING TO THE COURT FOR WHY THEY SHOULD

03:25PM 23   BE EXCUSED FROM THE RULES REGARDING EXPERT DISCLOSURES.

03:25PM 24         THEY MET PRIOR OBLIGATIONS.  THEY MADE EXPERT DISCLOSURES

03:25PM 25   TO US THAT WERE TIMELY.  THEY CHOSE NOT TO DISCLOSE THIS

03:25PM 1    INDIVIDUAL.

03:25PM 2        WE DO HAVE QUESTIONS, SHOULD IT GET THERE, ABOUT HER

03:25PM 3    QUALIFICATIONS TO TESTIFY AS AN EXPERT.  BUT THAT'S THE CART

03:25PM 4    BEFORE THE HORSE.  THE COURT SHOULD NOT ALLOW A LATE DISCLOSURE

03:25PM 5    ON THIS ISSUE.

03:25PM 6        MR. COOPERSMITH RAISED A COUPLE OF POINTS THAT I WILL

03:25PM 7    RESPOND TO.  THE FIRST OF THE SUBSTANTIVE POINTS WAS PROBLEMS

03:25PM 8    AT QUEST OR OTHER LABS SHOULD COME IN THROUGH THIS WITNESS

03:25PM 9    BECAUSE THEY'RE RELEVANT.

03:25PM 10       IT SIMPLY IS NOT TRUE.  THEY DON'T MEET THE 401 TEST, AND

03:25PM 11   THROUGH THIS WITNESS IT'S 403.  BECAUSE IF SHE'S NOT AN EXPERT,

03:25PM 12   THERE'S NO EXPLANATION, THERE'S NO TESTIMONY ABOUT THE BASIS

03:25PM 13   FOR THE DIFFERENCES.

03:25PM 14       ALL SHE SAYS FROM -- WITHOUT PROVIDING ANY EXPERT

03:25PM 15   TESTIMONY IS I GOT A SEVEN FROM QUEST AND I GOT A THREE FROM

03:25PM 16   THERANOS.

03:25PM 17       AND IF THERE'S NO EXPERT TESTIMONY, THERE'S NO ANALYSIS

03:25PM 18   THAT IS PROVIDED, AND, THEREFORE, IT ISN'T 401 AND IT ALSO IS

03:25PM 19   403, NO COMPARISON ABOUT THE FAILURES AND HER OPINION OF QUEST

03:25PM 20   IS ADMISSIBLE ABSENT SOME DISCLOSURE THAT WASN'T MADE, A

03:25PM 21   QUALIFICATION THAT SHE WOULDN'T MEET.

03:25PM 22       MR. COOPERSMITH ALSO SUGGESTED THAT SOMEHOW IT'S RELEVANT

03:25PM 23   FOR HER TO TESTIFY THAT EITHER ON HER OWN, OR ON ANOTHER

03:25PM 24   PATIENT'S TEST, ONE MONTH THE CHOLESTEROL SCORE WAS X AND THREE

03:25PM 25   MONTHS LATER THE CHOLESTEROL SCORE WAS ALSO X, AND THAT'S

03:25PM  1    RELEVANT OF ANYTHING, AND THAT DOES NOT PROVE THAT THERANOS IS

03:25PM  2    CAPABLE OF GENERATING ACCURATE RESULTS.  IT MIGHT BE CAPABLE OF

03:25PM  3    GENERATING CONSISTENT RESULTS, BUT THAT DOESN'T SAY ANYTHING

03:25PM  4    ABOUT ACCURACY.

03:25PM  5        AND TO SUGGEST BECAUSE TWO NUMBERS WERE THE SAME DOESN'T

03:25PM  6    SAY ANYTHING.  IT DOESN'T ASSIST THIS THE JURY AT ALL TO SAY A

03:25PM  7    TEST SEVERAL MONTHS LATER WAS JUST LIKE A TEST TODAY.

03:25PM  8        IT WOULD REQUIRE HER TO SAY AND I ATE THE SAME FOOD AND MY

03:25PM  9    LIFESTYLE WAS SIMILAR OR HERE ARE ALL OF THE REASONS WHY A

03:25PM  10   SECOND TEST THAT MIRRORED THE FIRST TEST HELPED ME BELIEVE THAT

03:25PM  11   I COULD TRUST THERANOS.  IT REQUIRED THAT TESTIMONY IN ORDER TO

03:25PM  12   MAKE JUST TWO NUMBERS RELEVANT.

03:25PM  13       IT REQUIRES SOME FURTHER EXPLANATION.  THAT ALSO IS

03:25PM  14   PROPERLY EXCLUDED AT THIS POINT.

03:25PM  15       I'M GOING TO ALLOW MR. BOSTIC TO ADDRESS THE BRENT BINGHAM

03:25PM  16   ISSUE.

03:25PM  17           MR. BOSTIC:  THANK YOU, YOUR HONOR.  I'LL ADDRESS

03:25PM  18   BRIEFLY THE POINTS MR. COOPERSMITH MADE ABOUT BRENT BINGHAM AND

03:25PM  19   ADAM ROSENDORFF.

03:25PM  20       WHEN IT CAME TO BRENT BINGHAM, PIVOTALLY, THERE WAS NO

03:25PM  21   JUDGMENT OR OPINION DELIVERED BY MR. BINGHAM.  WE WERE NEVER

03:25PM  22   ASKING THE JURY TO RELY ON HIS ULTIMATE OPINION AS TO WHETHER A

03:25PM  23   TEST RESULT WAS ACCURATE OR NOT.

03:25PM  24       IN THAT CASE THERE WAS ONE INSTANCE WHERE HE HAD PARALLEL

03:25PM  25   TESTING DONE BY THERANOS AT A CONVENTIONAL LAB.  THOSE RESULTS

03:25PM  1    CAME IN, BUT HE DIDN'T MAKE ANY JUDGMENT AS TO WHETHER THOSE

03:25PM  2    TWO WERE CONSISTENT, I THINK WAS THE TERM THAT MR. COOPERSMITH

03:25PM  3    JUST USED.

03:25PM  4         THAT KIND OF TESTIMONY COMING FROM A DOCTOR WOULD BE

03:25PM  5    ESPECIALLY PROBLEMATIC AND CROSS INTO 702 LAND BECAUSE THEN WE

03:25PM  6    WOULD BE ASKED TO RELY ON THAT DOCTOR'S MEDICAL JUDGMENT IN

03:25PM  7    TERMS OF WHAT IS CONSISTENT VERSUS INCONSISTENT.

03:25PM  8         WITH MR. BINGHAM, HE WAS TESTIFYING ABOUT HIS EXPERIENCE

03:25PM  9    OF HOW THE NUMBERS THAT HE WOULD GET BACK FROM LABS MATCHED UP

03:25PM 10    OR DID NOT MATCH UP WITH HIS ACTUAL SYMPTOMS THAT HE COULD

03:25PM 11    EXPERIENCE AND THAT HE WAS IN THE ONLY POSITION TO TESTIFY

03:25PM 12    ABOUT.  SO THAT IS A DIFFERENT KIND OF TESTIMONY FROM THE

03:25PM 13    TESTIMONY THAT IS BEING OFFERED NOW.

03:25PM 14              THE COURT:  LET ME STOP YOU THERE.  THAT WAS

03:25PM 15    SOMETHING THAT I THINK WE ALL HEARD.

03:25PM 16         MR. BINGHAM WAS NOT AN EXPERT, BUT HE WAS -- HE COULD

03:25PM 17    TESTIFY ABOUT AND HE TOLD US ABOUT HIS CONDITION, HIS HISTORY

03:25PM 18    OF LIVING WITH THE CONDITION, AND HIS PERSONAL KNOWLEDGE OF HOW

03:25PM 19    HE FEELS BASED ON ELEVATIONS AND INCREASES.

03:25PM 20         HIS OPINION ABOUT THE LABS WAS BASED ON HIM RECEIVING

03:25PM 21    TESTING -- AS I RECALL, AND PLEASE HELP ME IF YOU HAVE A

03:25PM 22    DIFFERENT MEMORY, OF RECEIVING TEST RESULTS THAT DID NOT

03:25PM 23    CORRELATE WITH HIS PHYSICAL SYMPTOMS.

03:25PM 24         AND SO I SUPPOSE I DON'T WANT TO CALL HIM AN EXPERT OF HIS

03:25PM 25    OWN FEELINGS, BUT THAT'S IN ESSENCE WHAT HE WAS SAYING, I KNOW

03:25PM   1    WHEN I FEEL THIS WAY, MY NUMBERS ARE GOING TO BE HERE.  I FELT

03:25PM   2    THIS WAY, I SAW THE NUMBERS, THOSE DID NOT CORRELATE.

03:25PM   3         THAT'S DIFFERENT, THOUGH.  I THINK ASKING THIS WITNESS TO

03:25PM   4    TESTIFY ABOUT THE NUMBERS AND WHAT THEY MEAN WHEN SHE DOESN'T

03:25PM   5    HAVE THE SAME TYPE OF MR. BINGHAM REFERENCE POINT, HER

03:25PM   6    REFERENCE POINT IS GOING TO BE THEN EXPERT OR OTHERWISE SPECIAL

03:25PM   7    TESTIMONY THAT I THINK WOULD REQUIRE THAT.  THAT'S WHY I

03:25PM   8    SUSTAINED THE 702 OBJECTION.

03:25PM   9              MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

03:25PM  10    THAT'S HELPFUL.

03:25PM  11         SO, FIRST OF ALL, WITH MR. BINGHAM, YOUR HONOR IS RIGHT

03:25PM  12    THAT I THINK HE HAD FOUR TESTS.  FOR SOME OF THE TESTS HE TOOK

03:25PM  13    AT THERANOS, HE WAS ABLE TO SAY THAT IT WASN'T CONSISTENT WITH

03:25PM  14    HOW I KNOW I USUALLY FEEL AT A CERTAIN LEVEL OF PLT, RIGHT?  HE

03:25PM  15    DID SAY THAT.  AND I SUPPOSE HE KNOWS HOW HE FEELS, RIGHT?

03:25PM  16         OF COURSE, FOR HIM TO SAY THIS CORRELATES OR DOESN'T

03:25PM  17    CORRELATE WITH A CERTAIN LEVEL OF PLT DOESN'T SEEM TO GET INTO

03:25PM  18    THAT 702 AREA.

03:25PM  19         BUT MORE TO THE POINT, YOUR HONOR, THERE WAS, AS

03:25PM  20    MR. BOSTIC SAID, THERE WAS THIS ONE TEST WHERE HE HAD HAVE

03:25PM  21    PARTICULAR RESULTS, AND THERE WAS A PARTICULAR TEST WHERE HE

03:25PM  22    GOT THE THERANOS TEST AND IT WAS AROUND 1100 FOR HIS PLT, AND

03:25PM  23    HE GOT ANOTHER TEST FROM A DIFFERENT LAB AND I THINK HE

03:25PM  24    DELIBERATELY GOT THE COMPARISON.

03:25PM  25              THE COURT:  SAME DAY.

03:25PM  1          MR. COOPERSMITH:  WITHIN AN HOW ARE OR SO, AND THAT

03:25PM  2     RESULT CAME BACK AT AROUND 700.

03:25PM  3          AND HE TESTIFIED THAT -- THAT CAME INTO EVIDENCE.  AND HE

03:25PM  4     SAID, WELL, THAT'S THE PROBLEM, RIGHT, IT'S DIFFERENT, RIGHT?

03:25PM  5          SO I THINK THAT'S SIMILAR, REALLY ALMOST IDENTICAL, IN OUR

03:25PM  6     VIEW, TO WHAT WE'RE TRYING TO HAVE DR. WOOTEN TESTIFY TO.

03:25PM  7          THE COURT:  WELL, THE DIFFERENCE IS, THOUGH, ISN'T

03:25PM  8     IT, IS THAT THE REFERENCE POINT OF HIS REFERENCE POINT WAS HIS

03:25PM  9     OWN PERSONAL KNOWLEDGE ABOUT THAT'S HIS EXPERTISE, IF YOU WILL,

03:25PM  10    I KNEW THESE -- THERE WAS SOMETHING WRONG WITH THAT.

03:25PM  11         AND TO HAVE HER ANSWER THIS QUESTION IS GOING TO CALL UPON

03:25PM  12    HER ANALYSIS, ISN'T IT?  SHE'S NOT MR. BINGHAM -- SHE'S NOT

03:25PM  13    TESTIFYING ABOUT HER OWN PERSONAL PHYSICAL CHARACTERISTICS AND

03:25PM  14    COMPARING IT WITH TESTS THAT WAY.

03:25PM  15         MR. COOPERSMITH:  RIGHT.

03:25PM  16         THE COURT:  SO I THINK THERE'S A DIFFERENCE.  OR

03:25PM  17    HELP ME WITH THAT.

03:25PM  18         MR. COOPERSMITH:  I THINK THERE'S A DIFFERENCE.  I'M

03:25PM  19    NOT SURE IT'S A LEGALLY MEANINGFUL DIFFERENCE.

03:25PM  20         BUT HERE'S ONE THING THAT I THINK, YOU KNOW, MR. SCHENK

03:25PM  21    ADDRESSED, WELL, WE DIDN'T NOTICE THE EXPERT.

03:25PM  22         WHAT WE RELIED ON IS WHEN WE HAD OUR MIL'S BACK IN THE

03:25PM  23    FALL, WE HAD FILED MIL'S WITH RESPECT TO DR. DAS, WHO WE

03:25PM  24    THOUGHT WAS GOING TO TESTIFY, AND HE ENDED UP NOT BEING CALLED.

03:25PM  25         BUT WE HAD HIGHLIGHTED CERTAIN TESTIMONY FROM THE

03:25PM  1      ELIZABETH HOLMES'S CASE AND WE SAID, WELL, IF THEY WERE TO ASK

03:25PM  2      THESE SAME QUESTIONS, WE THINK IT WOULD BE EXPERT OPINION IN

03:25PM  3      THE WAY THAT HE TESTIFIED.

03:25PM  4          AND THE COURT, I BELIEVE, ULTIMATELY DEFERRED ON RULING ON

03:25PM  5      THOSE QUESTIONS, BUT I DO REMEMBER --

03:25PM  6              THE COURT:  FOR DR. DAS?

03:25PM  7              MR. COOPERSMITH:  YEAH.  AND IF I'M WRONG, I'M SURE

03:25PM  8      SOMEONE WILL TELL ME.

03:25PM  9          BUT WHAT I RECALL ABOUT THAT RULING, WAS THAT THE COURT

03:25PM 10      FELT THAT IF THE DOCTOR WAS SIMPLY TESTIFYING ABOUT WHAT HE

03:25PM 11      OBSERVED IN THE COURSE OF HIS DUTIES AND WORK, JUST LIKE

03:25PM 12      DR. ROSENDORFF WAS, LIKE, TALKING ABOUT WHAT HE OBSERVED IN THE

03:25PM 13      COURSE OF HIS WORK, THEN THAT WOULD BE APPROPRIATE AS NONEXPERT

03:25PM 14      TESTIMONY, AND THAT'S WHAT DR. WOOTEN IS DOING OR TRYING TO DO.

03:25PM 15              THE COURT:  I THINK IT'S DIFFERENT, THOUGH.  I THINK

03:25PM 16      THAT THOSE, THOSE DOCTORS WORKED AT THERANOS, AND THEY HAD

03:25PM 17      INTIMACY WITH THERANOS, AND THEIR OBSERVATIONS ARE A LITTLE

03:25PM 18      DIFFERENT.  I DON'T THINK THEY'RE THE SAME.

03:25PM 19              MR. COOPERSMITH:  I SEE WHAT YOU'RE SAYING,

03:25PM 20      YOUR HONOR.

03:25PM 21          BUT SHE WORKS AT WOOTEN NATUROPATHIC MEDICINE; RIGHT?

03:25PM 22      THAT'S HER BUSINESS.

03:25PM 23              THE COURT:  SURE.

03:25PM 24          BUT IF SHE CAN TESTIFY LIKE MR. BINGHAM DID ABOUT HER OWN

03:25PM 25      RESULTS, WE'RE IN BINGHAM FIELD, IF YOU'LL PARDON ME.  I

03:25PM   1      INTERRUPTED YOU.

03:25PM   2              MR. COOPERSMITH:  IF I COULD SAY ONE MORE THING?

03:25PM   3      AND I'M SORRY.  I DON'T MEAN TO INTERRUPT MR. BOSTIC.

03:25PM   4          BUT JUST BY WAY OF PROFFER, THERE IS ADDITIONAL TESTIMONY,

03:25PM   5      WHICH IS WHAT I BELIEVE SHE'LL SAY IS HER OWN EXPERIENCE WITH

03:25PM   6      HCG TESTING.  AND THIS IS VERY SIMILAR TO BRITTANY GOULD,

03:25PM   7      RIGHT?

03:25PM   8          SHE'S GOING TO SAY SHE WANTED TO KNOW IF SHE WAS PREGNANT,

03:25PM   9      AND SHE TOOK AN HCG TEST AT THERANOS.  AND THEN SHE KNOWS,

03:25PM  10      BECAUSE IT'S IMPORTANT TO SEE IF IT DOUBLES, SHE KNOWS THAT

03:25PM  11      FROM HER EXPERIENCE, SO SHE GOES AND TAKES ANOTHER THERANOS

03:25PM  12      TEST, AND THAT'S TWO TESTS, AND SHE SEES IT'S DOUBLED AND THEN

03:25PM  13      SHE WAS PREGNANT AND HAD A SUCCESSFUL DELIVERY OF HER BABY.

03:25PM  14              THE COURT:  SO YOU WANT TO ASK DID YOU GET AN HCG

03:25PM  15      TEST AT THERANOS?

03:25PM  16          YES.

03:25PM  17          AND WHAT DID IT SAY?  PREGNANT?  NOT PREGNANT?

03:25PM  18              MR. COOPERSMITH:  WELL, IT WOULD HAVE A VALUE.

03:25PM  19              THE COURT:  A NUMBER?

03:25PM  20              MR. COOPERSMITH:  YEAH.

03:25PM  21              THE COURT:  AND DID THAT HELP YOU ASSESS WHETHER OR

03:25PM  22      NOT YOU WERE PREGNANT OR YOU THOUGHT YOU WERE PREGNANT?

03:25PM  23              MR. COOPERSMITH:  RIGHT.

03:25PM  24              THE COURT:  AND THEN ULTIMATELY DID YOU DELIVER A

03:25PM  25      HEALTHY CHILD?

03:25PM  1          MR. COOPERSMITH:  EXACTLY, YOUR HONOR, WITH ONE

03:25PM  2    EXTRA LITTLE PIECE.

03:25PM  3          SO SHE TAKES AN HCG AT THERANOS, IT HAS A VALUE, WHICH

03:25PM  4    INDICATES PREGNANCY, AND THEN SHE TAKES ANOTHER TEST.

03:25PM  5          AND AS THE COURT REMEMBERS FROM THE OTHER WITNESSES, SHE

03:25PM  6    RECALLS THE VALUE DOUBLING, WHICH INDICATES A VIABLE PREGNANCY,

03:25PM  7    THEN SHE GOES FORWARD WITH GETTING OBGYN CARE.

03:25PM  8          THE COURT:  DO YOU WANT TO SPEAK TO THAT?

03:25PM  9          MR. SCHENK:  YOUR HONOR, THAT FACT THAT THE HCG

03:25PM  10   VALUE SHOULD DOUBLE, WAS QUALIFIED EXPERT TESTIMONY FROM

03:25PM  11   DR. ZACHMAN.

03:25PM  12          THE COURT:  RIGHT.

03:25PM  13          MR. SCHENK:  WE WILL OBJECT.  OUR PLAN WOULD BE TO

03:25PM  14   OBJECT.

03:25PM  15          THE COURT:  THAT'S HOW THAT CAME IN.

03:25PM  16          MR. COOPERSMITH:  THAT'S ALREADY IN THE RECORD.  THE

03:25PM  17   GOVERNMENT HAS ESTABLISHED WHAT THE HCG SHOULD LOOK LIKE.  I

03:25PM  18   JUST WANT TO ASK HER DID IT DOUBLE.  I WON'T ASK HER IS THAT

03:25PM  19   INDICATIVE OF ANYTHING.  I DON'T NEED TO GET INTO WHAT DOUBLING

03:25PM  20   MEANS.

03:25PM  21          IT'S KIND OF INTERESTING, THE GOVERNMENT ALREADY ELICITED

03:25PM  22   THAT TESTIMONY FROM DR. ZACHMAN, AND I THINK EVERYONE IN THE

03:25PM  23   COURTROOM KNOWS THAT.

03:25PM  24          THE COURT:  SO IF YOU WANT TO ASK HER DID YOU --

03:25PM  25   WERE YOU CURIOUS ABOUT WHETHER YOU WERE PREGNANT OR NOT?  AND

03:25PM   1    YOU WENT TO THERANOS, YOU GOT TESTING, THE TESTING SUGGESTED TO

03:25PM   2    YOU THAT YOU WERE.  AND DID YOU DELIVER, DID YOU DELIVER A

03:25PM   3    HEALTHY CHILD?

03:25PM   4        YES.

03:25PM   5        YOU CAN ASK HER THOSE QUESTIONS.

03:25PM   6            MR. COOPERSMITH:  OKAY.  OKAY.  THAT'S HELPFUL.

03:25PM   7    THANK YOU.

03:25PM   8        THE OTHER THING I THINK TO ASK HER IN GENERAL, ALL OF THE

03:25PM   9    TIME THAT SHE WAS SENDING PATIENTS TO THERANOS, DID SHE EVER

03:25PM  10    HAVE A BAD EXPERIENCE, I THINK --

03:25PM  11            THE COURT:  IS THE QUESTION WERE YOU COMFORTABLE

03:25PM  12    SENDING YOUR PATIENTS THERE?

03:25PM  13            MR. COOPERSMITH:  WERE YOU COMFORTABLE SENDING YOUR

03:25PM  14    PATIENTS THERE?  AND DO YOU KEEP ON DOING THAT; RIGHT?

03:25PM  15            MR. SCHENK:  I HAVE NO OBJECTION TO WERE YOU

03:25PM  16    COMFORTABLE SENDING YOUR PATIENTS TO THERANOS.

03:25PM  17            THE COURT:  AND SHE DID IT.

03:25PM  18            MR. COOPERSMITH:  SHE KEPT ON DOING IT.

03:25PM  19            THE COURT:  YES, THAT'S FINE.

03:25PM  20        MR. BOSTIC.

03:25PM  21            MR. BOSTIC:  THAT'S DIFFERENT FROM THE FIRST

03:25PM  22    QUESTION THAT MR. COOPERSMITH PROFFERED, DID YOU EVER HAVE A

03:25PM  23    BAD EXPERIENCE?

03:25PM  24        WHEN YOU ASK A DOCTOR, DID YOU EVER HAVE A BAD EXPERIENCE,

03:25PM  25    ONE INTERPRETATION OF THAT IS DID YOU EVER GET AN INACCURATE

03:25PM  1    TEST RESULT BACK WHEN THE GOVERNMENT'S WITNESSES TESTIFIED

03:25PM  2    ABOUT INACCURATE RESULTS, AND THAT WAS NOTICED EXPERT

03:25PM  3    TESTIMONY, THIS IS JUST THE INVERSE OF THAT, DID THAT EVER

03:25PM  4    HAPPEN?

03:25PM  5        FOR HER TO SAY NO, IS THE SAME KIND OF TESTIMONY THAT THE

03:25PM  6    GOVERNMENT'S EXPERTS PROVIDED AFTER BEING NOTICED AS EXPERTS.

03:25PM  7            THE COURT:  SURE.

03:25PM  8            MR. BOSTIC:  BRIEFLY ON THE COMPARISON WITH THE

03:25PM  9    DOCTORS WHO ACTUALLY WORKED AT THERANOS.

03:25PM  10        DRS. ROSENDORFF AND DAS, I THINK THE COURT HIT ON THAT

03:25PM  11    DISTINCTION.  THE KEY DIFFERENCE IS THEY WERE ON THE INSIDE

03:25PM  12    SEEING HOW THE COMPANY WAS HANDLING THESE PROBLEMS AND WHAT THE

03:25PM  13    COMPANY WAS AWARE OF COLLECTIVELY.

03:25PM  14        DR. ROSENDORFF ESPECIALLY RAISED CONCERNS TO THIS

03:25PM  15    DEFENDANT AND ULTIMATELY QUIT HIS JOB BECAUSE OF THE PROBLEMS

03:25PM  16    THAT HE WAS SEEING.

03:25PM  17        SO HIS TESTIMONY ABOUT ISSUES THAT HE SAW WITH TEST

03:25PM  18    RESULTS WAS DIRECTLY RELEVANT TO THE ISSUES IN THIS CASE

03:25PM  19    BECAUSE THEY WENT TO THE ACTIONS THAT HE TOOK AND DIRECTLY TO

03:25PM  20    THIS DEFENDANT'S NOTICE AND INTENT.

03:25PM  21        THE SAME CAN'T BE SAID FOR ANYTHING THAT THIS WITNESS IS

03:25PM  22    OFFERING.

03:25PM  23            THE COURT:  I THINK THAT'S THE DISTINCTION, I CALL

03:25PM  24    IT THE INTIMACY, BUT, YOU KNOW, THEY WORKED THERE.

03:25PM  25            MR. COOPERSMITH:  I DON'T THINK THAT'S -- WELL, I

03:25PM   1    UNDERSTAND THE DISTINCTION.  I DON'T THINK THAT'S THE REASON,

03:25PM   2    FROM MY RECOLLECTION OF THE COURT'S RULING, WHY THAT TESTIMONY

03:25PM   3    WAS ALLOWED.

03:25PM   4              THE COURT:  WELL, I'M SORRY TO INTERRUPT YOU.

03:25PM   5              MR. COOPERSMITH:  SURE.

03:25PM   6              THE COURT:  THAT INTIMACY, THAT CONNECTION, THAT

03:25PM   7    EXPERIENCE, THIS WITNESS DOES NOT HAVE FOR WHATEVER IT IS.

03:25PM   8              MR. COOPERSMITH:  YES, THAT IS TRUE.

03:25PM   9              THE COURT:  THAT'S WHY I'M NOT GOING TO PERMIT HER

03:25PM  10    TO TESTIFY CONCURRENT WITH THEIR TESTIMONY UNDER THAT THEORY.

03:25PM  11              MR. COOPERSMITH:  OKAY.  I UNDERSTAND.

03:25PM  12         WHAT SHE IS INTIMATELY FAMILIAR WITH IS NOT INSIDE

03:25PM  13    THERANOS, SHE WASN'T THERE, BUT SHE'S FAMILIAR WITH A LOT OF

03:25PM  14    THERANOS LAB RESULTS THAT SHE'S SEEING OVER AND OVER AGAIN.

03:25PM  15    THAT'S WHAT SEES INTIMATELY FAMILIAR WITH.

03:25PM  16              THE COURT:  AND YOU CAN ASK HER, WERE YOU

03:25PM  17    COMFORTABLE -- WAS IT 500 TESTS?  I CAN'T REMEMBER.

03:25PM  18         WERE YOU COMFORTABLE SENDING YOUR PATIENTS THERE?  AND SHE

03:25PM  19    WILL TELL US.

03:25PM  20              MR. COOPERSMITH:  OKAY.  THANK YOU, YOUR HONOR.

03:25PM  21         ONE LAST THING ON THE DOUBLING OF THE HCG ISSUE.

03:25PM  22         I RECALL THAT BRITTANY GOULD TESTIFIED THAT HCG IS

03:25PM  23    SUPPOSED TO DOUBLE.

03:25PM  24              THE COURT:  SHE HAD TRAINING.

03:25PM  25              MR. COOPERSMITH:  SHE WAS A NONMEDICAL EXPERT.  SHE

03:25PM 1   HAS TRAINING HERSELF AS THIS WITNESS HAD.

03:25PM 2           THE COURT:  I'M TRYING TO REMEMBER IF MS. GOULD --

03:25PM 3   AND WHAT WAS THE SOURCE OF HER INFORMATION AND DID SHE TESTIFY

03:25PM 4   TO DOUBLING.  I THINK SHE DID.

03:25PM 5           MR. BOSTIC:  I THINK, YOUR HONOR, SHE HAS WORKED IN

03:25PM 6   MEDICAL OFFICES BEFORE, BUT SHE DIDN'T TESTIFY AS AN EXPERT

03:25PM 7   WITNESS.

03:25PM 8           THE COURT:  RIGHT, RIGHT.

03:25PM 9           MR. BOSTIC:  HER TESTIMONY FOLLOWED THAT OF

03:25PM 10  DR. ZACHMAN WHO BROUGHT IN THAT FACT.

03:25PM 11     HER KNOWLEDGE OF HOW HCG WAS SUPPOSED TO WORK CAME FROM

03:25PM 12  HER KNOWLEDGE AS A PATIENT IS MY RECOLLECTION.

03:25PM 13          MR. COOPERSMITH:  RIGHT.

03:25PM 14          MR. SCHENK:  THERE WAS NO OBJECTION.

03:25PM 15          THE COURT:  THAT'S TRUE, THERE WASN'T.

03:25PM 16          MR. COOPERSMITH:  WELL, YOU KNOW, YES.  SO NOW WE'RE

03:25PM 17  INTO ANGELS ON THE HEAD OF THE PIN.

03:25PM 18     THERE IS ACTUALLY TESTIMONY IN THE RECORD THAT HCG IS

03:25PM 19  SUPPOSED TO DOUBLE, SO I'M NOT SURE WHY THIS IS SUCH A VERBOTEN

03:25PM 20  SUBJECT AT THIS POINT, BUT OKAY.

03:25PM 21          THE COURT:  SO WERE YOU COMFORTABLE CONTINUING TO

03:25PM 22  SEND YOUR PATIENTS TO THERANOS FOR TEST?  YES, NO, WHATEVER

03:25PM 23  SHE'LL SAY.

03:25PM 24     YOU WANT TO THEN ASK HER, WAS THERE A TIME WHEN YOU WERE

03:25PM 25  SEEKING TO CONCEIVE, OR HOWEVER DELICATELY YOU WANT TO ASK THAT

03:25PM   1      QUESTION, I'M NOT SURE.

03:25PM   2           AND SHE'LL SAY YES.

03:25PM   3           WHAT DID YOU DO?

03:25PM   4           I WENT TO GET HCG TESTING.  OKAY.

03:25PM   5           WHERE DID YOU GO?

03:25PM   6           THERANOS.

03:25PM   7           YOU GOT YOUR RESULT.

03:25PM   8           DID YOU GO BACK?

03:25PM   9           YES.

03:25PM  10           AND YOU WANT TO ASK THE NUMBER, WHAT WAS THE VALUE, OR DO

03:25PM  11      YOU WANT TO ASK HER DID THAT VALUE DOUBLE IN YOUR SECOND TEST?

03:25PM  12              MR. COOPERSMITH:  I THINK I WOULD ASK HER IF THE

03:25PM  13      FIRST TEST SHE GOT AT THERANOS, LIKE, PRODUCED A VALUE, AND

03:25PM  14      WHETHER THAT VALUE WAS CONSISTENT WITH PREGNANCY.

03:25PM  15           AND SHE'LL SAY, YES, I THINK.

03:25PM  16           AND THEN I'LL ASK IF SHE GOT ANOTHER TEST.  AND I'LL SAY,

03:25PM  17      DID THAT VALUE TELL YOU ANYTHING?

03:25PM  18           AND SHE'LL SAY THAT THAT VALUE TOLD ME THERE WAS A VIABLE

03:25PM  19      PREGNANCY AND THEN I WENT TO SEE AN OBGYN.

03:25PM  20              MR. SCHENK:  THAT IS EXPERT.  THE FIRST QUESTION, IS

03:25PM  21      THE NUMBER CONSISTENT WITH PREGNANCY, AND THE SECOND QUESTION,

03:25PM  22      IS IT VIABLE, WERE THE EXACT QUESTIONS THAT ZACHMAN TESTIFIED

03:25PM  23      TO.

03:25PM  24              THE COURT:  IF YOU COULD ASK THAT SUCH THAT IT

03:25PM  25      DOESN'T CALL FOR EXPERT TESTIMONY.

03:25PM  1          MR. COOPERSMITH:  I THINK I CAN.

03:25PM  2          THE COURT:  I THINK YOU CAN TOO.

03:25PM  3          MR. COOPERSMITH:  DID YOU TAKE A TEST?  DID YOU GET

03:25PM  4   A VALUE?  AND DID YOU TAKE ANOTHER TEST?  DID YOU GET A VALUE

03:25PM  5   AND DID YOU GO SEE AN OB.

03:25PM  6          THE COURT:  ABSOLUTELY.  SHE WENT TO THERANOS, SHE

03:25PM  7   GOT A TEST.  SHE WENT TO THERANOS, SHE GOT A TEST.  IT TOLD HER

03:25PM  8   SOMETHING, AND IT ULTIMATELY CAME TO FRUITION.

03:25PM  9          MR. COOPERSMITH:  RIGHT.  IF I COULD REMEMBER THOSE

03:25PM 10   QUESTIONS, THEN I WILL ENDEAVOR.

03:25PM 11       YOUR HONOR, JUST SO I UNDERSTAND THE COURT'S GUIDANCE,

03:25PM 12   WHAT I WAS PLANNING TO ASK HER, AND I THOUGHT THERE WAS NO

03:25PM 13   OBJECTION TO THIS, BUT I COULD BE CORRECTED, IS THAT I'LL ASK

03:25PM 14   HER IF SHE EVER HAD A BAD EXPERIENCE WITH SENDING PATIENTS TO

03:25PM 15   THERANOS, AND I THINK SHE'LL SAY NO.

03:25PM 16          THE COURT:  NO.  I WOULD -- THERE WAS AN OBJECTION

03:25PM 17   TO THAT, AND I DON'T KNOW IF YOU OBJECTED YET TO THAT QUESTION.

03:25PM 18   MAYBE YOU HADN'T.

03:25PM 19          MR. SCHENK:  YES, THAT IS AN OBJECTIONABLE QUESTION.

03:25PM 20          THE COURT:  WHAT YOU SAID WAS THAT YOU CONTINUE TO

03:25PM 21   SEND PATIENTS THERE DURING YOUR PRACTICE.  WERE YOU COMFORTABLE

03:25PM 22   DOING SO, CONTINUING?

03:25PM 23          MR. COOPERSMITH:  OKAY.

03:25PM 24          THE COURT:  AND HOW MANY YEARS WAS THAT?  AND WHEN

03:25PM 25   YOU CONTINUED, AND CONTINUING, AND CONTINUING.

WOOTEN DIRECT BY MR. COOPERSMITH

03:25PM   1           YOU CAN DO THAT IN 9, 10, 11 -- I DON'T KNOW HOW MANY IT

03:25PM   2   WAS.

03:25PM   3           MR. COOPERSMITH:  I DON'T HAVE ANYTHING ELSE,

03:25PM   4   YOUR HONOR.

03:25PM   5           THE COURT:  OKAY.

03:25PM   6           MR. SCHENK:  NOTHING FURTHER.

03:25PM   7           THE COURT:  GREAT.

03:25PM   8       DO YOU THINK WE'LL FINISH BY 4:00 TODAY?

03:25PM   9           MR. COOPERSMITH:  I DON'T HAVE -- BASED ON THIS, I

03:25PM  10   DON'T HAVE THAT MUCH MORE.

03:25PM  11           THE COURT:  RIGHT.

03:25PM  12           MR. COOPERSMITH:  SO I GUESS THAT'S UP TO THE

03:25PM  13   GOVERNMENT.

03:25PM  14           THE COURT:  OKAY.  THANK YOU.

03:25PM  15           MR. SCHENK:  THANK YOU.

03:25PM  16       (END OF DISCUSSION AT SIDE-BAR.)

03:26PM  17           THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

03:26PM  18       ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

03:26PM  19       THANK YOU FOR YOUR PATIENCE, LADIES AND GENTLEMEN.

03:26PM  20       MR. COOPERSMITH.

03:26PM  21           MR. COOPERSMITH:  YES.  THANK YOU.

03:26PM  22   Q.   DR. WOOTEN, I'M JUST GOING TO ASK YOU SOME MORE QUESTIONS.

03:26PM  23   A.   YEAH.

03:26PM  24   Q.   SO, FIRST OF ALL, DO YOU KNOW WHEN PATIENTS THAT YOU HAD

03:26PM  25   WENT TO THERANOS FOR THEIR LAB TESTS, DO YOU KNOW WHERE THEY

03:26PM  1    WENT TO GET THOSE TESTS?

03:26PM  2    A.   WHAT LOCATION?

03:26PM  3    Q.   YEAH, OR JUST IN GENERAL WHERE THEY WOULD GO?

03:26PM  4    A.   YES.

03:26PM  5            THE COURT:  MR. COOPERSMITH, COULD YOU SPEAK IN THE

03:26PM  6    MIKE?

03:26PM  7            MR. COOPERSMITH:  YES, OF COURSE.

03:26PM  8            THE COURT:  THAT WOULD BE HELPFUL.

03:26PM  9    BY MR. COOPERSMITH:

03:26PM 10    Q.   SO LET ME ASK THE QUESTION AGAIN, DR. WOOTEN.

03:27PM 11         WHEN YOUR PATIENTS, AS WE DISCUSSED EARLIER, WENT TO

03:27PM 12    THERANOS TO GET THEIR BLOOD TESTS, DO YOU KNOW WHERE THEY WENT

03:27PM 13    TO GET THEIR BLOOD DRAWN?

03:27PM 14    A.   THEY WENT TO THE WALGREENS LOCATION.

03:27PM 15    Q.   AND WERE THERE WALGREENS LOCATIONS NEAR YOUR OFFICE?

03:27PM 16    A.   THERE WERE WALGREENS NEAR THEIR HOME OR WORK.

03:27PM 17    Q.   OKAY.  AND DID YOUR PATIENTS, JUST IN GENERAL AT A HIGH

03:27PM 18    LEVEL, GENERALLY LIKE TO GO TO THERANOS?

03:27PM 19    A.   YES, THEY DID.

03:27PM 20    Q.   FOR ABOUT HOW LONG -- I THINK YOU SAID THAT YOU STARTED

03:27PM 21    USING THERANOS IN 2015?

03:27PM 22    A.   YES.

03:27PM 23    Q.   AND THEN THAT PRACTICE OF SENDING PATIENTS TO THERANOS

03:27PM 24    ENDED SOME TIME IN 2016; IS THAT RIGHT?

03:27PM 25    A.   CORRECT.

03:27PM   1    Q.   AND WERE YOU COMFORTABLE SENDING PATIENTS THERE FOR THAT

03:27PM   2    TIME PERIOD?

03:27PM   3    A.   VERY COMFORTABLE.

03:27PM   4    Q.   AND YOU CONTINUED TO SEND PATIENTS TO THERANOS DURING THAT

03:28PM   5    WHOLE PERIOD OF TIME?

03:28PM   6    A.   CORRECT.

03:28PM   7    Q.   AND ABOUT HOW MANY PATIENTS WAS THAT?

03:28PM   8    A.   OVER 150.

03:28PM   9    Q.   OKAY.  LET'S GO BACK TO HCG TESTING FOR A MINUTE.

03:28PM  10    A.   YES.

03:28PM  11    Q.   OKAY.  IN -- WAS THERE A TIME WHEN YOU TOOK AN HCG TEST

03:28PM  12    THROUGH THERANOS?

03:28PM  13    A.   YES.

03:28PM  14    Q.   AND WHERE DID YOU GO TO GET THAT TEST?

03:28PM  15    A.   I WENT TO A WALGREENS LOCATION.

03:28PM  16    Q.   OKAY.  AND WHY DID YOU WANT TO GET A THERANOS TEST FOR

03:28PM  17    HCG?

03:28PM  18    A.   I WANTED TO CONFIRM MY RESULTS.

03:28PM  19    Q.   OKAY.  CONFIRM YOUR RESULTS FOR WHAT?

03:28PM  20    A.   FROM A URINE TEST THAT I TOOK.

03:28PM  21    Q.   FOR WHAT CONDITION?

03:28PM  22    A.   FOR PREGNANCY.  I'M SORRY.

03:28PM  23    Q.   OKAY.  SO DID YOU TAKE AN HCG TEST AT THERANOS?

03:28PM  24    A.   YES, I DID.

03:28PM  25    Q.   OKAY.  AND DID YOU GET A RESULT FOR THAT?

03:28PM  1      A.   YES, I DID.

03:28PM  2      Q.   AND DID YOU REVIEW THE RESULT?

03:28PM  3      A.   I DID.

03:28PM  4      Q.   DID YOU THEN AT ANY POINT AFTER THAT TAKE ANOTHER HCG TEST

03:29PM  5      AT THERANOS?

03:29PM  6      A.   I DID.

03:29PM  7      Q.   AND DID YOU GET A RESULT FOR THAT?

03:29PM  8      A.   I DID.

03:29PM  9      Q.   DID YOU REVIEW THAT RESULT?

03:29PM  10     A.   I DID.

03:29PM  11     Q.   AND DID YOU COMPARE THAT RESULT TO THE FIRST RESULT?

03:29PM  12     A.   I DID.

03:29PM  13     Q.   AND WHAT DID YOU DO AFTER THAT SECOND RESULT?

03:29PM  14     A.   WHAT DID I DO?

03:29PM  15     Q.   YEAH.

03:29PM  16     A.   I CALLED AN OB TO MAKE AN APPOINTMENT.

03:29PM  17     Q.   WHEN YOU SAY "OB," AN OBSTETRICIAN GYNECOLOGIST?

03:29PM  18     A.   CORRECT.

03:29PM  19     Q.   AND WERE YOU PREGNANT?

03:29PM  20     A.   YES, I WAS.

03:29PM  21     Q.   AND DID YOU ACTUALLY HAVE A CHILD?

03:29PM  22     A.   I DID.

03:29PM  23     Q.   HOW OLD IS THAT CHILD TODAY?

03:29PM  24     A.   FIVE AND A HALF.

03:29PM  25          MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

03:29PM   1          THE COURT:  CROSS-EXAMINATION?

03:29PM   2          MR. SCHENK:  YES.  THANK YOU.

03:30PM   3       YOUR HONOR, MAY I APPROACH?

03:30PM   4          THE COURT:  YES.

03:30PM   5          MR. SCHENK:  (HANDING.)

03:30PM   6                    **CROSS-EXAMINATION**

03:30PM   7    BY MR. SCHENK:

03:30PM   8    Q.   GOOD AFTERNOON, DR. WOOTEN.

03:30PM   9    A.   GOOD AFTERNOON.

03:30PM   10   Q.   MY NAME IS JEFF SCHENK, AND I REPRESENT THE UNITED STATES

03:30PM   11   IN THIS MATTER.  IT'S NICE TO MEET YOU.

03:30PM   12   A.   NICE TO MEET YOU.

03:30PM   13   Q.   I'D LIKE TO START BY ASKING YOU ABOUT A VIEW THAT YOU JUST

03:31PM   14   EXPRESSED ON DIRECT, AND, THAT IS, THAT YOU WERE COMFORTABLE

03:31PM   15   SENDING PATIENTS OF YOURS TO THERANOS, TO THE LOCATIONS WITHIN

03:31PM   16   WALGREENS STORES IN THE PHOENIX AREA TO GET BLOOD TESTING.

03:31PM   17        IS THAT ACCURATE?

03:31PM   18   A.   CORRECT.

03:31PM   19   Q.   AND THAT WAS ABOUT IN THE -- I THINK YOU SAID 2015 AND

03:31PM   20   2016 TIMEFRAME?

03:31PM   21   A.   CORRECT.

03:31PM   22   Q.   ABOUT 150 PATIENTS OF YOURS IN TOTAL; IS THAT RIGHT?

03:31PM   23   A.   CORRECT.

03:31PM   24   Q.   SO I WANT TO COME BACK TO THAT IN JUST A MOMENT, BUT I

03:31PM   25   WANT TO SPEND A MOMENT TO TALK TO YOU ABOUT HOW YOU PREPARED TO

03:31PM  1    TESTIFY TODAY?

03:31PM  2    A.   YES.

03:31PM  3    Q.   BEFORE YOU COMING, DID YOU MEET WITH THE DEFENSE TO TALK

03:31PM  4    ABOUT YOUR TESTIMONY?

03:31PM  5    A.   I DID.

03:31PM  6    Q.   WAS THAT IN PERSON, OR WAS THAT ON SKYPE OR FACEBOOK OR

03:31PM  7    SOMETHING?

03:31PM  8    A.   BOTH.

03:31PM  9    Q.   BOTH?

03:31PM 10    A.   UH-HUH.

03:31PM 11    Q.   DID YOU SEE DOCUMENTS?  DID THEY GIVE YOU ANYTHING TO

03:31PM 12    REVIEW IN ADVANCE OF TESTIMONY?

03:31PM 13    A.   NO.

03:31PM 14    Q.   DID YOU TAKE NOTES?  DID YOU WRITE DOWN?

03:32PM 15    A.   NO.

03:32PM 16    Q.   DID THEY TELL YOU NOT TO TAKE NOTES OR THAT'S NOT YOUR

03:32PM 17    PRACTICE?

03:32PM 18    A.   THAT'S NOT MY PRACTICE.

03:32PM 19    Q.   OKAY.  HOW ABOUT THEN, DID YOU NOTICE WHETHER PEOPLE ON

03:32PM 20    THE DEFENSE SIDE WERE TAKING NOTES?  DO YOU RECALL?

03:32PM 21    A.   I DON'T RECALL.

03:32PM 22    Q.   AND I THINK YOU SAID THEY DIDN'T SHOW YOU DOCUMENTS; IS

03:32PM 23    THAT RIGHT?

03:32PM 24    A.   CORRECT.

03:32PM 25    Q.   OKAY.  SO I WANT TO GO THROUGH SOME DOCUMENTS WITH YOU.

03:32PM   1    AND ESSENTIALLY WHAT I'M WONDERING IS NOW SEEING THESE

03:32PM   2    DOCUMENTS, BECAUSE IT SOUNDS LIKE YOU MAY NOT HAVE SEEN THEM

03:32PM   3    BEFORE, WHETHER IT AFFECTS THAT VIEW, IF YOU WOULD CHANGE YOUR

03:32PM   4    VIEW ABOUT WHETHER YOU WERE COMFORTABLE SENDING PATIENTS TO

03:32PM   5    THERANOS.

03:32PM   6        I'VE HANDED YOU A BINDER OF DOCUMENTS JUST A MOMENT AGO,

03:32PM   7    AND I WONDER IF YOU'LL TURN TO THE FIRST TAB IN THE BINDER,

03:32PM   8    IT'S TAB 1049.

03:32PM   9    A.   OKAY.

03:32PM   10            MR. SCHENK:   YOUR HONOR, PERMISSION TO PUBLISH 1049?

03:32PM   11   THAT HAS BEEN PREVIOUSLY ADMITTED.

03:32PM   12            THE COURT:   YES.

03:32PM   13       (GOVERNMENT'S EXHIBIT 1049 WAS RECEIVED IN EVIDENCE.)

03:33PM   14            THE COURT:   WE HAVE TO -- WE LOST OUR DIRECTOR.

03:33PM   15   SHE'LL BE RIGHT BACK.

03:33PM   16       (LAUGHTER.)

03:33PM   17   BY MR. SCHENK:

03:33PM   18   Q.   SO NOW THERE'S A DOCUMENT ON THE SCREEN IN FRONT OF YOU.

03:33PM   19   YOU ALSO HAVE A PAPER COPY, SO PLEASE USE WHATEVER IS EASIER

03:33PM   20   FOR YOU.

03:33PM   21   A.   OKAY.

03:33PM   22   Q.   THERE'S AN EMAIL ON THE MIDDLE OF THE PAGE FROM

03:33PM   23   ADAM ROSENDORFF TO ELIZABETH HOLMES, AND THERE'S A SUBJECT,

03:33PM   24   CONCERNS ABOUT THE LAUNCH.

03:33PM   25       DO YOU SEE THAT?

03:33PM 1    A.   I DO.

03:33PM 2    Q.   AND YOU SAID YOU PREPARED FOR TESTIMONY TODAY BY MEETING

03:34PM 3    WITH INDIVIDUALS FROM THE DEFENSE TEAM.

03:34PM 4         WAS THE INDIVIDUAL WHO WAS JUST ASKING YOU QUESTIONS,

03:34PM 5    MR. COOPERSMITH, WAS HE ONE OF THE PEOPLE THAT YOU MET WITH?

03:34PM 6    A.   YES.

03:34PM 7    Q.   SO WHEN YOU WERE PREPARING TO TESTIFY, DID MR. COOPERSMITH

03:34PM 8    TELL YOU THAT DR. ADAM ROSENDORFF WAS THERANOS'S LAB DIRECTOR

03:34PM 9    IN 2013?

03:34PM 10   A.   NO.

03:34PM 11   Q.   DID MR. COOPERSMITH TELL YOU THAT DR. ROSENDORFF SENT AN

03:34PM 12   EMAIL JUST BEFORE THE LAUNCH WITH WALGREENS EXPRESSING THESE

03:34PM 13   MEDICAL AND OPERATIONAL CONCERNS?

03:34PM 14        MR. COOPERSMITH:  OBJECTION, YOUR HONOR.  401.  IT'S

03:34PM 15   NOT RELEVANT.

03:34PM 16        THE COURT:  MR. SCHENK.

03:34PM 17        MR. SCHENK:  SHE TESTIFIED SHE WAS COMFORTABLE

03:34PM 18   SENDING PATIENTS TO THERANOS, AND I'M JUST WONDERING WHETHER

03:34PM 19   ANY OF THIS WOULD CHANGE HER OPINION ABOUT WHETHER SHE WAS

03:34PM 20   COMFORTABLE SENDING PATIENTS TO THERANOS.

03:34PM 21        MR. COOPERSMITH:  YOUR HONOR, THE EMAIL HE'S SHOWING

03:34PM 22   HER IS FROM 2013.  SHE HAS NO TESTIMONY ABOUT THAT TIME PERIOD,

03:34PM 23   AND I DON'T THINK THIS IS RELEVANT TO HER TESTIMONY.

03:34PM 24        THE COURT:  IF YOU HAVE SOMETHING THAT IS CLOSER IN

03:34PM 25   TIME TO THIS.

03:35PM   1          MR. SCHENK:  YOUR HONOR, IF I MAY?

03:35PM   2          THE COURT:  YES.

03:35PM   3          MR. SCHENK:  I THINK THAT'S THE POINT, THIS WAS

03:35PM   4   AVAILABLE INFORMATION.  IT DIDN'T POST DATE THE TIME THAT SHE

03:35PM   5   WAS SENDING PATIENTS TO THERANOS.

03:35PM   6      IT WAS INFORMATION THAT THERANOS HAD SENT -- IF THIS WAS

03:35PM   7   INFORMATION THAT THERANOS WAS SHARING WITH INDIVIDUALS LIKE

03:35PM   8   DR. WOOTEN, IT MIGHT HAVE AFFECTED HER DECISION TO SEND

03:35PM   9   PATIENTS.  IT ALSO MIGHT HAVE AFFECTED HER DECISION TO TESTIFY.

03:35PM  10   SHE JUST EXPRESSED AN OPINION.

03:36PM  11          (PAUSE IN PROCEEDINGS.)

03:36PM  12          THE COURT:  SO YOU'RE ASKING HAD SHE KNOWN THIS

03:36PM  13   INFORMATION, WOULD IT AFFECT HER OPINION, --

03:36PM  14          MR. SCHENK:  PRECISELY.

03:36PM  15          THE COURT:  -- HER COMFORT LEVEL?

03:36PM  16          MR. SCHENK:  PRECISELY.

03:36PM  17          MR. COOPERSMITH:  YOUR HONOR, I DON'T SEE HOW

03:36PM  18   SOMETHING THAT DR. ROSENDORFF SAYS IN 2013 HAS ANY BEARING TO

03:36PM  19   DR. WOOTEN'S EXPERIENCE BEING COMFORTABLE WITH SENDING HER

03:36PM  20   PATIENTS IN 2015 AND 2016.

03:36PM  21      IT JUST SEEMS APPLES AND ORANGES HERE, AND I DON'T THINK

03:36PM  22   IT'S RELEVANT.

03:36PM  23          THE COURT:  WELL, MR. SCHENK, I'LL ALLOW YOU TO ASK

03:36PM  24   QUESTIONS ABOUT WHETHER OR NOT SHE WAS INFORMED OF THIS

03:36PM  25   INFORMATION AND WHAT EFFECT THAT HAD, IF ANY.

03:36PM  1         SO I'LL OVERRULE THE OBJECTION FOR THIS QUESTION.  SO YOU

03:36PM  2     CAN START OVER.

03:36PM  3              MR. SCHENK:  THANK YOU.

03:36PM  4     Q.   DR. WOOTEN, DO YOU SEE HERE AN EMAIL FROM SOMEONE NAMED

03:37PM  5     DR. ADAM ROSENDORFF?

03:37PM  6     A.   YES.

03:37PM  7     Q.   SENT IN 2013?

03:37PM  8     A.   YES.

03:37PM  9     Q.   AND THE SUBJECT IS ABOUT CONCERNS ABOUT THE LAUNCH, THE

03:37PM  10    SUBJECT LINE?

03:37PM  11    A.   YES.

03:37PM  12    Q.   AND MY FIRST QUESTION IS WHEN PREPARING TO TESTIFY TODAY,

03:37PM  13    DID MR. COOPERSMITH SHOW YOU THIS EMAIL?

03:37PM  14    A.   NO.

03:37PM  15    Q.   AND I'M WONDERING IF NOW, SEEING THIS EMAIL WHERE THE LAB

03:37PM  16    DIRECTOR IS EXPRESSING MEDICAL AND OPERATIONAL CONCERNS ABOUT

03:37PM  17    THERANOS'S READINESS FOR LAUNCH, WHETHER IF YOU HAD KNOWN THAT

03:37PM  18    WHEN DECIDING TO SEND YOUR PATIENTS TO THERANOS, TO THE

03:37PM  19    WALGREENS LOCATIONS, WOULD THAT HAVE AFFECTED YOUR OPINION

03:37PM  20    ABOUT WHETHER YOU WOULD SEND YOUR PATIENTS TO A THERANOS INSIDE

03:37PM  21    OF A WALGREENS STORE?

03:37PM  22    A.   IT MAY HAVE BACK IN 2013.

03:37PM  23    Q.   I'M SORRY?

03:37PM  24    A.   IT MAY HAVE BACK IN 2013.

03:37PM  25    Q.   AND IF WE CAN NOW ZOOM OUT OF THE EMAIL AND LOOK UP AT THE

03:37PM 1       TOP OF IT.

03:37PM 2           DO YOU SEE THAT THIS EMAIL GETS FORWARDED TO AN INDIVIDUAL

03:38PM 3       NAMED SUNNY BALWANI?

03:38PM 4       A.   YES.

03:38PM 5       Q.   AND YOU MENTIONED TO ME THAT IT MAY HAVE AFFECTED YOUR

03:38PM 6       OPINION IN 2013; IS THAT RIGHT?

03:38PM 7       A.   CORRECT.

03:38PM 8       Q.   AND BY THAT, DO YOU MEAN IF THERANOS'S LAB DIRECTOR WAS

03:38PM 9       EXPRESSING SOME CONCERNS ABOUT WHETHER THERANOS WAS READY TO

03:38PM 10      LAUNCH, YOU WOULD WANT TO KNOW WHETHER THEY WERE FIXED, AND

03:38PM 11      WHETHER THERE WERE PROBLEMS, AND IF THERE WERE PROBLEMS, AND IT

03:38PM 12      WOULD HAVE BEEN HELPFUL TO KNOW IF THE PROBLEMS WERE FIXED

03:38PM 13      BEFORE YOU REFERRED PATIENTS; IS THAT ACCURATE?

03:38PM 14      A.   CORRECT.

03:38PM 15      Q.   THANK YOU.

03:38PM 16          WOULD YOU NOW TURN TO TAB 4147.

03:38PM 17          YOUR HONOR, 4147 HAS ALREADY BEEN ADMITTED.  PERMISSION TO

03:38PM 18      PUBLISH?

03:38PM 19              THE COURT:  YES.

03:38PM 20              MR. SCHENK:  THANK YOU.

03:38PM 21      Q.   IF WE COULD LOOK AT THE EMAIL, THE THIRD ONE DOWN FROM

03:39PM 22      ADAM ROSENDORFF AGAIN.

03:39PM 23          DR. WOOTEN, DID MR. COOPERSMITH SHOW YOU THIS EMAIL BEFORE

03:39PM 24      YOU TESTIFIED TODAY?

03:39PM 25      A.   NO.

WOOTEN CROSS BY MR. SCHENK

03:39PM 1    Q.   AND YOU TESTIFIED ON DIRECT THAT YOU YOURSELF HAD HCG

03:39PM 2    TESTING DONE; IS THAT RIGHT?

03:39PM 3    A.   YES.

03:39PM 4    Q.   AND YOU MADE THE DECISION TO GET HCG TESTING DONE AT

03:39PM 5    THERANOS; CORRECT?

03:39PM 6    A.   YES.

03:39PM 7    Q.   AND DID YOU ALSO REFER SOME OF YOUR PATIENTS TO THERANOS

03:39PM 8    FOR HCG TESTING?

03:39PM 9    A.   I CANNOT RECALL.

03:39PM 10   Q.   I'LL SHOW YOU A DOCUMENT IN A MOMENT THAT MIGHT HELP

03:39PM 11   REFRESH, BUT BEFORE WE GET THERE, A SIMILAR QUESTION HERE.

03:39PM 12       DO YOU SEE NUMBER 1 WHERE DR. ROSENDORFF IS HALTING HCG

03:39PM 13   TESTING?

03:39PM 14       DO YOU SEE THAT?

03:39PM 15   A.   CORRECT.

03:39PM 16   Q.   AND IF YOU HAD KNOWN IN 2015 THAT HCG TESTING AT THERANOS

03:39PM 17   HAD BEEN HALTED BY THE LAB DIRECTOR, WOULD THAT HAVE AFFECTED

03:39PM 18   YOUR DECISION TO YOURSELF GO GET HCG TESTING AT THERANOS?

03:39PM 19   A.   IT WOULDN'T HAVE HALTED ME IN 2015.

03:40PM 20   Q.   WHY IS THAT?  YOU WOULD HAVE ASSUMED THEY FIXED THE

03:40PM 21   PROBLEM?

03:40PM 22   A.   CORRECT.

03:40PM 23   Q.   I SEE.

03:40PM 24       BUT IF THEY HADN'T, WOULD THAT HAVE AFFECTED YOUR OPINION?

03:40PM 25   A.   CORRECT.

03:40PM  1    Q.   NOW LOOK AT THE VERY TOP.

03:40PM  2         DO YOU SEE THAT THIS EMAIL GETS FORWARDED -- I'M SORRY,

03:40PM  3    GETS SENT FROM MR. BALWANI TO MS. HOLMES?  DO YOU SEE AT THE

03:40PM  4    VERY TOP?

03:40PM  5    A.   YES.

03:40PM  6    Q.   WOULD YOU NOW TURN TO TAB 5421.

03:40PM  7         5421 HAS BEEN PREVIOUSLY ADMITTED.

03:40PM  8         PERMISSION TO PUBLISH, YOUR HONOR?

03:40PM  9              THE COURT:  YES.

03:40PM  10   BY MR. SCHENK:

03:40PM  11   Q.   DO YOU SEE, DR. WOOTEN, DO YOU SEE THIS EMAIL HERE?  WAS

03:40PM  12   THIS SHOWN TO YOU BY MR. COOPERSMITH BEFORE YOU TESTIFIED?

03:40PM  13   A.   NO.

03:40PM  14   Q.   IN THIS EMAIL, DO YOU SEE WHERE IT SAYS THAT 33 EDISONS QC

03:40PM  15   ON JUNE 24TH IN THE EVENING, 20 EDISONS PASSED, 9 EDISONS FOR,

03:41PM  16   AND THEN IT LISTS SOME ASSAYS.

03:41PM  17        AND DO YOU SEE HCG IS INCLUDED AS ONE OF THE ASSAYS?

03:41PM  18   A.   CORRECT.

03:41PM  19   Q.   AND DO YOU SEE THAT IT SAYS THAT NINE EDISONS FAILED

03:41PM  20   LEVEL 1 AND/OR LEVEL 2 QC ON HCG?

03:41PM  21   A.   YES.

03:41PM  22   Q.   SO NOW SEEING THAT SOME EDISON DEVICES WERE FAILING QC FOR

03:41PM  23   THE HCG ASSAY, DO YOU THINK THAT KNOWLEDGE WOULD HAVE AFFECTED

03:41PM  24   YOUR DECISION, EITHER YOURSELF TO GET HCG TESTING AT THERANOS,

03:41PM  25   OR TO REFER PATIENTS?

03:41PM  1    A.   IT WOULD NOT.

03:41PM  2    Q.   WHY IS THAT?

03:41PM  3    A.   BECAUSE I KNEW I WAS PREGNANT, SO I WANTED TO CONFIRM IT,

03:41PM  4    AND IT WAS EASY TO CONFIRM.

03:41PM  5    Q.   YOU KNEW YOU WERE PREGNANT BECAUSE OF THE URINE TEST?

03:41PM  6    A.   CORRECT.

03:41PM  7    Q.   AND WAS PART OF YOUR CONFIDENCE YOUR MEDICAL TRAINING?

03:41PM  8    A.   CORRECT.

03:41PM  9    Q.   SO HOW ABOUT THE SAME QUESTION FOR YOUR PATIENTS.  WOULD

03:41PM  10   YOU STILL FEEL COMFORTABLE REFERRING ONE OF YOUR PATIENTS WHO

03:42PM  11   DID NOT HAVE MEDICAL TRAINING AND DID NOT HAVE CONFIDENCE IN

03:42PM  12   THE URINE TEST, WOULD YOU REFER THEM TO THERANOS FOR HCG

03:42PM  13   TESTING?

03:42PM  14   A.   I WOULD.

03:42PM  15   Q.   EVEN THOUGH YOU SEE IT FAILS QC.

03:42PM  16        WHY IS THAT?

03:42PM  17   A.   BECAUSE IF I KNOW THE PERSON IS PREGNANT, AND I KNOW TO

03:42PM  18   USE A BACK-UP LAB TO CONFIRM THE RESULTS EITHER WAY.

03:42PM  19   Q.   I'M SORRY.  I MISSED WHAT YOU SAID AFTER --

03:42PM  20   A.   I WOULD USE A DIFFERENT LAB TO CONFIRM THE RESULTS EITHER

03:42PM  21   WAY.

03:42PM  22   Q.   I SEE.  SO YOU WOULDN'T TRUST THE THERANOS, YOU WOULD GO

03:42PM  23   TO A DIFFERENT LAB ANYWAY?

03:42PM  24   A.   IF I FELT THAT THE THERANOS LAB WAS INCORRECT.

03:42PM  25   Q.   THEN YOU -- IF YOU THOUGHT THEY WERE INCORRECT, YOU

WOOTEN CROSS BY MR. SCHENK

03:42PM   1    WOULDN'T USE THEM?

03:42PM   2    A.   CORRECT.

03:42PM   3    Q.   OKAY.  AND THIS WASN'T INFORMATION THAT YOU HAD AT THE

03:42PM   4    TIME WHEN YOU SAID EARLIER YOU WERE COMFORTABLE SENDING

03:42PM   5    PATIENTS?

03:42PM   6    A.   CORRECT.

03:42PM   7    Q.   I GOT IT.  THANK YOU.

03:42PM   8         BEFORE YOU TESTIFIED TODAY, DID MR. COOPERSMITH TELL YOU A

03:43PM   9    STORY ABOUT A PATIENT NAMED BRITTANY GOULD?

03:43PM  10    A.   NO.

03:43PM  11    Q.   HE DIDN'T TELL YOU THERE WAS A PATIENT WHO WAS NOT A

03:43PM  12    DOCTOR WHO WENT TO THERANOS AND GOT AN HCG TEST THAT TOLD HER

03:43PM  13    SHE DID NOT HAVE A VIABLE PREGNANCY WHEN SHE DID?

03:43PM  14    A.   NO.

03:43PM  15    Q.   YOU DIDN'T KNOW THAT?

03:43PM  16    A.   NO.

03:43PM  17    Q.   KNOWING THAT NOW, WOULD YOU BE COMFORTABLE REFERRING

03:43PM  18    PATIENTS IN THE 2015 TIMEFRAME?

03:43PM  19    A.   I WOULD STILL BE COMFORTABLE?

03:43PM  20    Q.   YOU STILL WOULD REFER PATIENTS?

03:43PM  21    A.   UH-HUH.

03:43PM  22    Q.   IS IT BECAUSE OF THE REASON YOU TOLD ME A MOMENT AGO, AND

03:43PM  23    THAT'S BECAUSE YOU WOULD GO TO ANOTHER LAB TO GET A

03:43PM  24    CONFIRMATORY TEST, SO YOU WOULDN'T REALLY RELY ON THAT FIRST

03:43PM  25    THERANOS TEST?

03:43PM  1    A.   IF I TRULY BELIEVED THE PATIENT WAS PREGNANT, YES, I WOULD

03:43PM  2    DO A FOLLOWUP.  BUT OTHER LABS MAKE HONEST MISTAKES, TOO.

03:43PM  3    Q.   THERE'S MISTAKES THAT OCCUR AT VARIOUS LABS?

03:43PM  4    A.   YEAH.

03:43PM  5    Q.   RIGHT.

03:43PM  6         AND IF THERE WAS, IN THIS OTHER LAB THAT, AS YOU SAY, IT

03:43PM  7    WOULD MAKE AN HONEST MISTAKE, WOULD YOU EXPECT THAT IN THAT

03:43PM  8    LAB, THE ACTUAL LAB DIRECTORS, THE MEDICAL PROFESSIONALS, WOULD

03:44PM  9    BE THE ONES MAKING THE DECISIONS, IS THAT HOW YOU WOULD EXPECT

03:44PM  10   IT TO WORK, NOT MBA'S, FOR INSTANCE?

03:44PM  11        MR. COOPERSMITH:  OBJECTION.  LACKS FOUNDATION.

03:44PM  12   MISSTATES TESTIMONY.

03:44PM  13        THE COURT:  SUSTAINED.  SUSTAINED.

03:44PM  14   BY MR. SCHENK:

03:44PM  15   Q.   YOU SAID YOU FEEL COMFORTABLE SENDING PATIENTS TO THERANOS

03:44PM  16   BECAUSE ALL LABS MAKE MISTAKES?

03:44PM  17   A.   CORRECT.

03:44PM  18   Q.   AND I'M SORT OF WONDERING ABOUT YOUR CONFIDENCE LEVEL IN

03:44PM  19   LABS TO FIX PROBLEMS.

03:44PM  20        IF MISTAKES ARE INEVITABLE, THEN WE SHOULD SPEND A MOMENT

03:44PM  21   TALKING ABOUT HOW THOSE MISTAKES GET FIXED IF THEY'RE

03:44PM  22   INEVITABLE.

03:44PM  23        AND WHEN YOU WOULD EXPECT A LAB TO FIX THEIR MISTAKES, WHO

03:44PM  24   THERE WOULD YOU EXPECT TO DO THAT, TO MAKE THOSE DECISIONS AT

03:44PM  25   THE LAB?

03:44PM  1      A.    TO WHOEVER IS IN CHARGE OF THE LAB.

03:44PM  2      Q.    WHOEVER IS IN CHARGE OF THE LAB?

03:44PM  3      A.    UH-HUH.

03:44PM  4      Q.    THANK YOU.

03:44PM  5            YOU SAID THAT IF THE THERANOS TEST WASN'T RELIABLE, AND

03:44PM  6      YOU STILL UNDERSTOOD THAT THE PATIENT WAS PREGNANT, YOU WOULD

03:44PM  7      SEND THEM OUT TO GET A CONFIRMATORY TEST, A SECOND TEST?

03:45PM  8      A.    CORRECT.

03:45PM  9      Q.    IF THE THERANOS TEST SAID TO MS. GOULD THAT SHE WAS NOT

03:45PM  10     PREGNANT AND SHE WAS PREGNANT, THERE'S NO OTHER VALUE TO THAT

03:45PM  11     LAB TEST, RIGHT, AN INACCURATE LAB TEST HAS NO VALUE?  WE AGREE

03:45PM  12     ON THAT?

03:45PM  13     A.    CORRECT.

03:45PM  14     Q.    SO WHEN YOU TELL ME YOU WOULD GO TO ANOTHER LAB, IT'S

03:45PM  15     BECAUSE YOU WOULD DISREGARD OR IGNORED THE THERANOS LAB TEST;

03:45PM  16     CORRECT?

03:45PM  17     A.    CORRECT.

03:45PM  18     Q.    YOU AND I HAVE BEEN TALKING ABOUT A PATIENT YOU DON'T

03:45PM  19     KNOW, SOMEONE NAMED BRITTANY GOULD, WHO RECEIVED AN INACCURATE

03:45PM  20     HCG TEST.

03:45PM  21           I ASSUME THAT STORY IS NOT SURPRISING TO YOU.  DO YOU

03:45PM  22     RECALL ONE OF YOUR PATIENTS HAVING AN HCG TEST FROM THERANOS

03:45PM  23     VOIDED?

03:45PM  24     A.    I DON'T RECALL.

03:45PM  25     Q.    YOU DON'T RECALL THAT?

03:45PM   1          AT TAB 5861 -- THIS HAS NOT BEEN ADMITTED -- WOULD YOU

03:45PM   2    TURN TO PAGE 42.

03:46PM   3          PLEASE DON'T READ OUT LOUD THE CONTENT OF THE DOCUMENT.

03:46PM   4    I'M JUST ASKING IF THIS REFRESHES YOUR RECOLLECTION THAT ONE OF

03:46PM   5    YOUR PATIENTS THAT WAS SENT TO THERANOS AND GOT AN HCG HAD THAT

03:46PM   6    TEST VOIDED.

03:46PM   7          DOES THIS REFRESH YOUR RECOLLECTION THAT THAT HAPPENED?

03:46PM   8    A.   WHAT PAGE AM I LOOKING AT?

03:46PM   9              THE COURT:  THE PAGES ARE IN THE MIDDLE ON THE

03:46PM  10    BOTTOM IN THE SMALL PRINT I THINK.

03:46PM  11          IS THAT RIGHT, MR. SCHENK?

03:46PM  12              MR. SCHENK:  YES.  THANK YOU, YOUR HONOR.

03:46PM  13              THE COURT:  THE LOWER.

03:46PM  14              MR. COOPERSMITH:  THE VERY BOTTOM OF THE DOCUMENT,

03:46PM  15    SORT OF IN THE CENTER IT SAYS TRIAL EXHIBIT 861, AND THEN PAGE,

03:46PM  16    AND IT'S A FIVE DIGIT NUMBER.

03:46PM  17              THE WITNESS:  OKAY.

03:46PM  18              MR. SCHENK:  42.

03:46PM  19    Q.   WOULD YOU LIKE THE QUESTION AGAIN?

03:47PM  20    A.   YES.

03:47PM  21    Q.   THE QUESTION IS, DOES LOOKING AT THIS DOCUMENT REFRESH

03:47PM  22    YOUR RECOLLECTION THAT ONE OF YOUR PATIENTS THAT WENT TO

03:47PM  23    THERANOS FOR AN HCG TEST HAD THAT TEST RESULT VOIDED?

03:47PM  24    A.   I CAN'T RECALL.

03:47PM  25    Q.   YOU DON'T RECALL.

03:47PM   1            DO YOU RECALL THIS AT LEAST OCCURRING IN THE LATTER PART,

03:47PM   2     LIKE DECEMBER OF 2014, OR DOES THE DOCUMENT REFRESH YOUR

03:47PM   3     RECOLLECTION THAT THAT'S WHEN THIS OCCURRED?

03:47PM   4     A.   THE DATE AGAIN?

03:47PM   5     Q.   DECEMBER OF 2014?

03:47PM   6     A.   2014.  I CAN'T RECALL.

03:48PM   7            MR. SCHENK:  YOUR HONOR, PERMISSION TO PUBLISH

03:48PM   8     ADMITTED EXHIBIT 4533.

03:48PM   9            THE COURT:  YES.

03:48PM   10    BY MR. SCHENK:

03:48PM   11    Q.   DR. WOOTEN, BEFORE TESTIFYING TODAY, DID MR. COOPERSMITH

03:48PM   12    SHOW YOU THIS DOCUMENT THAT SHOWS WHEN THERANOS WAS RUNNING

03:48PM   13    CERTAIN TESTS ON THE EDISON DEVICE?

03:48PM   14    A.   NO.

03:48PM   15    Q.   IF WE COULD ZOOM IN ON THAT CHART.

03:48PM   16           DO YOU SEE THERE THAT HCG WAS TESTED ON THE EDISON DURING

03:48PM   17    THE DECEMBER 2014 TIMEFRAME?

03:48PM   18           DO YOU SEE THAT?

03:48PM   19    A.   YES.

03:48PM   20    Q.   SO IF NOW SEEING THAT ONE OF YOUR PATIENTS HAD A VOIDED

03:48PM   21    TEST IN THIS DECEMBER TIMEFRAME, WOULD YOU STILL FEEL

03:48PM   22    COMFORTABLE SENDING PATIENTS TO THERANOS?

03:48PM   23    A.   NOT FOR AN HCG TEST.

03:48PM   24    Q.   COULD YOU NOW TURN TO EXHIBIT 1548 IN THE BINDER.

03:49PM   25           YOUR HONOR, PERMISSION TO PUBLISH 1548?  IT'S BEEN

03:49PM   1    PREVIOUSLY ADMITTED.

03:49PM   2             THE COURT:  YES.

03:49PM   3    BY MR. SCHENK:

03:49PM   4    Q.   IF WE CAN BRING UP THE EXCEL DOCUMENT, MS. WACHS.

03:49PM   5         DR. WOOTEN, DO YOU SEE HERE AN EXCEL CHART THAT CONTAINS

03:49PM   6    SOME VARIOUS ASSAYS DOWN THE LEFT-HAND COLUMN?

03:49PM   7    A.   YES.

03:49PM   8    Q.   AND DID MR. COOPERSMITH SHOW YOU THIS DOCUMENT BEFORE YOU

03:49PM   9    TESTIFIED TODAY?

03:49PM   10   A.   NO.

03:49PM   11   Q.   ON PSA, DO YOU SEE WHERE IT COMPARES THERANOS TEST RESULTS

03:49PM   12   TO THE PREDICATE METHOD?

03:49PM   13        DO YOU SEE THAT?

03:49PM   14   A.   YES.

03:49PM   15   Q.   AND DO YOU SEE HOW THE PREDICATE, IF YOU FOLLOW ME THROUGH

03:50PM   16   IN COLUMNS D, E, F, AND G, THE PREDICATE REPEATS ITSELF?  IT

03:50PM   17   GETS 3.1 AND THEN 3.1 AGAIN.

03:50PM   18        DO YOU SEE THAT?

03:50PM   19   A.   YES.

03:50PM   20   Q.   AND THEN 7.5 AND 7.5 AGAIN.

03:50PM   21        DO YOU SEE THAT?

03:50PM   22   A.   YES.

03:50PM   23   Q.   BUT BELOW ON THE THERANOS DEVICE, DO YOU SEE HOW THE

03:50PM   24   RERUNS ARE DIFFERENT, IT'S 1.9, AND THEN IT'S 2.6 OR IT'S 4.9,

03:50PM   25   AND THEN IT'S 7.2?

03:50PM  1        DO YOU SEE THAT FOR PSA?

03:50PM  2     A.  YES.

03:50PM  3     Q.  SEEING HERE THAT IN FEBRUARY OF 2014, IF YOU WOULD LIKE TO

03:50PM  4     LOOK -- I MOVED QUICKLY PAST IT, BUT THIS WAS ATTACHED TO AN

03:50PM  5     EMAIL THAT WAS FROM FEBRUARY OF 2014.  IF YOU TURN BACK TO THAT

03:50PM  6     FIRST PAGE.

03:50PM  7     A.  I'M SORRY.  WHAT PAGE?

03:50PM  8     Q.  PAGE 1 OF TRIAL EXHIBIT 1548.

03:50PM  9     A.  OKAY.

03:50PM  10    Q.  DO YOU SEE THAT THAT'S AN EMAIL DATED IN FEBRUARY OF 2014?

03:51PM  11    A.  YES.

03:51PM  12    Q.  SO IF YOU HAD KNOWN THAT THERANOS WAS NOT GETTING THESE

03:51PM  13    REPEATABLE PSA VALUES, WOULD YOU HAVE BEEN COMFORTABLE SENDING

03:51PM  14    YOUR PATIENTS TO THERANOS FOR PSA TESTS?

03:51PM  15        MR. COOPERSMITH:  OBJECTION.  MISCHARACTERIZES PRIOR

03:51PM  16    TESTIMONY ABOUT THIS DOCUMENT.

03:51PM  17        THE COURT:  I'M SORRY, SAY AGAIN.

03:51PM  18        MR. COOPERSMITH:  OBJECTION.  IT'S LACK OF

03:51PM  19    FOUNDATION BECAUSE IT MISCHARACTERIZES THE PRIOR TESTIMONY AND

03:51PM  20    THE EVIDENCE ABOUT THIS PARTICULAR EXHIBIT.

03:51PM  21        THE COURT:  YOU KNOW, I'M GOING TO SUSTAIN THE

03:51PM  22    OBJECTION FOR DIFFERENT GROUNDS, AS TO TESTIFYING TO THIS.  I

03:51PM  23    DON'T THINK SHE'S QUALIFIED TO TESTIFY ABOUT THESE.

03:51PM  24        MR. SCHENK:  OKAY.  I'LL MOVE ON.

03:51PM  25        THE COURT:  SO I'LL SUSTAIN THE OBJECTION.

03:51PM  1            MR. SCHENK:  OKAY.  PERMISSION TO PUBLISH 4938.

03:52PM  2            THE COURT:  YES.

03:52PM  3    BY MR. SCHENK:

03:52PM  4    Q.   DR. WOOTEN, BEFORE HE TESTIFIED TODAY, DID MR. COOPERSMITH

03:52PM  5    TALK TO YOU ABOUT A CERTAIN PATIENT NAMED MEHRL ELLSWORTH?

03:52PM  6    A.   NO.

03:52PM  7    Q.   HAVE YOU SEEN MEHRL ELLSWORTH'S TESTS BEFORE?

03:52PM  8    A.   NO.

03:52PM  9    Q.   AND DO YOU SEE HERE THAT DR. ELLSWORTH RECEIVED A PSA

03:52PM  10   SCORE IN THE 20'S ON THIS TEST, 26.1?

03:52PM  11   A.   YES.

03:52PM  12   Q.   YOU TOLD ME A MOMENT AGO YOU WOULDN'T FEEL COMFORTABLE

03:52PM  13   SENDING HCG, OR PATIENTS WHO NEEDED AN HCG TEST, TO THERANOS

03:52PM  14   NOW SEEING THE DOCUMENTS THAT I'VE SHOWN YOU; IS THAT FAIR?

03:52PM  15   A.   THAT'S FAIR.

03:52PM  16   Q.   AND SAME QUESTION FOR PSA.  IF YOU KNEW THAT

03:52PM  17   MEHRL ELLSWORTH RECEIVED A 26 ON HIS PSA WHEN THAT'S NOT AN

03:52PM  18   ACCURATE VALUE, WOULD YOU FEEL COMFORTABLE SENDING YOUR

03:52PM  19   PATIENTS FOR A PSA TEST TO THERANOS?

03:52PM  20            MR. COOPERSMITH:  YOUR HONOR, 702.

03:52PM  21            THE COURT:  SUSTAINED.  SUSTAINED.

03:53PM  22        (LAUGHTER.)

03:53PM  23            MR. SCHENK:  PERMISSION TO PUBLISH 4182?

03:53PM  24            THE COURT:  YES.

03:53PM  25   BY MR. SCHENK:

WOOTEN CROSS BY MR. SCHENK                                    6391

03:53PM  1    Q.   I'LL GIVE YOU A MINUTE.

03:53PM  2    A.   YES.

03:53PM  3    Q.   BEFORE TESTIFYING TODAY, DID MR. COOPERSMITH SHOW YOU THIS

03:53PM  4    EXHIBIT 4182?

03:53PM  5    A.   NO.

03:53PM  6    Q.   IN THE TOP EMAIL HERE, THE ONE THAT GOES FROM SOMEONE

03:53PM  7    NAMED DANIEL YOUNG TO SUNNY BALWANI, DO YOU SEE A LIST OF

03:53PM  8    ISSUES WITH ASSAYS BEING DISCUSSED, PT INR, HCG, TESTOSTERONE,

03:53PM  9    VITAMIN B12, TSH, CO2 AND A FEW MORE IN THE LAST BULLET.

03:53PM  10       DO YOU SEE THAT?

03:53PM  11   A.   I DO.

03:53PM  12   Q.   AND SO THEN THE SAME QUESTION.  IF YOU KNEW THAT INSIDE OF

03:54PM  13   THERANOS THEY WERE DISCUSSING ISSUES WITH THIS HALF A DOZEN OR

03:54PM  14   SO ASSAYS AT THE TIME, WOULD YOU HAVE FELT COMFORTABLE SENDING

03:54PM  15   YOUR PATIENTS TO THERANOS IN THE 2015, 2016 TIMEFRAME?

03:54PM  16   A.   WHICH TIMEFRAME?

03:54PM  17   Q.   THIS EMAIL IS DATED AUGUST OF 2014, AND I THINK YOU AND I

03:54PM  18   JUST LOOKED AT AN EXAMPLE OF A PATIENT THAT YOU SENT IN

03:54PM  19   DECEMBER OF 2014.

03:54PM  20       DO YOU RECALL THAT?

03:54PM  21   A.   CORRECT.

03:54PM  22   Q.   SO IT LOOKS LIKE YOU WERE EVEN SENDING PATIENTS TO

03:54PM  23   THERANOS IN 2014; IS THAT RIGHT?

03:54PM  24   A.   I ASSUME SO.

03:54PM  25   Q.   IT LOOKS LIKE IT?

WOOTEN CROSS BY MR. SCHENK                                        6392

03:54PM   1    A.   YEAH.

03:54PM   2    Q.   SO SEEING THIS EMAIL NOW IN THE AUGUST 2014 TIMEFRAME, IF

03:54PM   3    YOU HAD KNOWN THAT INSIDE THE FOUR WALLS AT THERANOS THEY WERE

03:55PM   4    DISCUSSING THESE KIND OF ASSAY ISSUES, WOULD YOU STILL FEEL

03:55PM   5    COMFORTABLE SENDING PATIENTS TO THERANOS?

03:55PM   6    A.   WOULD THEY LET ME KNOW THAT THEY WERE VOIDED OR INCORRECT?

03:55PM   7    Q.   I'M SORRY?

03:55PM   8    A.   WAS THE LAB LETTING ME KNOW THAT THEY WERE INCORRECT?

03:55PM   9    Q.   WAS THE LAB?

03:55PM   10   A.   WAS THE LAB GOING TO LET ME KNOW THAT THE VALUE WAS

03:55PM   11   INCORRECT?

03:55PM   12   Q.   IT WOULD BE HELPFUL IF --

03:55PM   13   A.   RIGHT.

03:55PM   14   Q.   I'M SORRY.  WOULD IT BE HELPFUL TO EVEN ANSWER MY

03:55PM   15   QUESTION.  IF YOU KNEW WHETHER THE LAB WAS LETTING YOU KNOW

03:55PM   16   ABOUT THESE KIND OF VOIDED ASSAYS, IS THAT WHAT YOU'RE SAYING?

03:55PM   17   A.   RIGHT.  WITH THE PATIENT THAT WE HAD WITH THE HCG, I KNEW

03:55PM   18   IT WAS VOIDED, SO LET ME RETEST ANOTHER WAY.

03:55PM   19   Q.   SURE.  SO, FOR INSTANCE, YOU SEE HCG IS HERE?

03:55PM   20   A.   RIGHT.

03:55PM   21   Q.   AND THIS IS IN AUGUST.

03:56PM   22        AND THE ONE WE TALKED ABOUT WAS -- YOU ACTUALLY SENT

03:56PM   23   SOMEONE IN DECEMBER.  SO EVEN AFTER THE LAB IS TALKING ABOUT

03:56PM   24   ISSUES; RIGHT?

03:56PM   25        HOW ABOUT VITAMIN B12?  SO IF YOU'LL GO BACK TO THAT

03:56PM    1     EXHIBIT THAT I POINTED TO YOU A MOMENT AGO, EXHIBIT 5861.

03:56PM    2         LET ME KNOW WHEN I'VE POINTED YOU TO ENOUGH PAGE NUMBERS

03:56PM    3     TO ANSWER MY QUESTION.

03:56PM    4         START AT PAGE 89.

03:56PM    5     A.   ONE MOMENT.

03:56PM    6     Q.   THE SAME LITTLE PAGE NUMBERS AT THE VERY, VERY BOTTOM?

03:56PM    7     A.   WHAT IS THE TAB?  I'M SORRY.

03:56PM    8     Q.   SORRY.  IT'S 5821.

03:56PM    9         I'M SORRY, 5861.

03:56PM   10     A.   5861.  OKAY.  I'M THERE.

03:56PM   11     Q.   AND IF YOU'LL LOOK AT PAGE 89.

03:56PM   12     A.   YES.

03:56PM   13     Q.   SO I THINK YOU ASKED ME IF THERE WERE INSTANCES WHEN THESE

03:56PM   14     KINDS OF TESTS WERE LAB TESTS THAT YOUR PATIENTS HAD THAT

03:57PM   15     THERANOS THEN VOIDED.

03:57PM   16         AND DO YOU SEE HERE IS AN EXAMPLE?

03:57PM   17     A.   RIGHT, I SEE THE B12 IS VOIDED.

03:57PM   18     Q.   AND HOW ABOUT PAGES -- YOU CAN LOOK AT PAGE 47.

03:57PM   19     A.   OKAY.  OKAY.

03:57PM   20     Q.   DO YOU SEE THAT ONE, TOO?

03:57PM   21     A.   YES.

03:57PM   22     Q.   AND 94, PAGE 94?

03:58PM   23     A.   YES.

03:58PM   24     Q.   PAGE 143?

03:58PM   25     A.   YES.

WOOTEN CROSS BY MR. SCHENK

03:58PM  1    Q.   I CAN KEEP GOING, BUT LET ME CHECK AND SEE.  IS THAT

03:58PM  2    ENOUGH?

03:58PM  3    A.   OH, THAT'S ENOUGH.  I'VE GOT THEM RIGHT HERE.

03:58PM  4    Q.   SO JUST TO CLOSE THE LOOP ON THAT.

03:58PM  5         THEN IS YOUR ANSWER THAT YOU WOULD THEN NOT BE COMFORTABLE

03:58PM  6    SENDING PATIENTS -- YOU WOULDN'T HAVE BEEN COMFORTABLE SENDING

03:58PM  7    PATIENTS IF YOU HAD KNOWN THIS?

03:58PM  8    A.   WELL, I THINK I DID KNOW THIS BECAUSE THEY SAID THAT

03:58PM  9    WITHDRAW IS RECOMMENDED.

03:58PM  10        I WOULDN'T HAVE BEEN COMFORTABLE IF THEY -- I WOULD NOT

03:58PM  11   HAVE BEEN COMFORTABLE --

03:59PM  12   Q.   YOU WOULD NOT HAVE BEEN COMFORTABLE SENDING PATIENTS TO

03:59PM  13   THERANOS --

03:59PM  14   A.   -- IF THEY DIDN'T LET ME KNOW THAT IT WAS VOIDED.

03:59PM  15   Q.   HELP ME UNDERSTAND THAT.

03:59PM  16        YOU'RE SENDING PATIENTS TO GET A BLOOD TEST?

03:59PM  17   A.   RIGHT, UH-HUH.

03:59PM  18   Q.   AND THAT LAB COMPANY HAS TO VOID THE TESTS?

03:59PM  19   A.   RIGHT.

03:59PM  20   Q.   AND YOU'RE SAYING YOU'RE COMFORTABLE BECAUSE YOU KNOW THEY

03:59PM  21   VOIDED THE TESTS?

03:59PM  22   A.   ON CERTAIN TESTS, YES.

03:59PM  23        SO IF THEY WOULD HAVE GIVEN ME A B12, THEY DIDN'T VOID IT

03:59PM  24   OUT, AND I THOUGHT IT WAS AN ACCURATE TEST, THEN I WOULD HAVE

03:59PM  25   BEEN NOT COMFORTABLE.

WOOTEN CROSS BY MR. SCHENK

03:59PM  1              BUT SINCE YOU TOLD ME TO REDRAW IT, THEN I WOULD REDRAW IT

03:59PM  2    AT A DIFFERENT LAB.

03:59PM  3    Q.   OH.  YOU WOULDN'T GO BACK TO THERANOS AFTER GETTING THE

03:59PM  4    VOID?

03:59PM  5    A.   CORRECT.

03:59PM  6    Q.   BECAUSE YOU WOULD WANT IT TO BE ACCURATE THE FIRST TIME?

03:59PM  7              YOU SAID IF THEY TOLD YOU TO VOID THIS TEST, YOU WOULD

03:59PM  8    APPRECIATE KNOWING THAT BECAUSE THEN YOU COULD SEND YOUR

03:59PM  9    PATIENT TO A DIFFERENT LAB; IS THAT RIGHT?

03:59PM 10    A.   CORRECT.

03:59PM 11    Q.   AND I GUESS MY QUESTION WAS, IF YOU HAD SEEN THIS EMAIL,

03:59PM 12    THE ONE THAT IS ON THE SCREEN IN FRONT OF YOU --

04:00PM 13    A.   UH-HUH.

04:00PM 14    Q.   -- THAT SHOWED IN AUGUST OF 2014, THERANOS DISCUSSING

04:00PM 15    ISSUES RELATING TO VARIOUS ASSAYS, INCLUDING VITAMIN B12, IF

04:00PM 16    YOU HAD KNOWN THAT INFORMATION, WOULD YOU HAVE BEEN COMFORTABLE

04:00PM 17    FOR EVEN SENDING THEM TO THERANOS IN THE FIRST PLACE?

04:00PM 18    A.   CORRECT.

04:00PM 19    Q.   AND I'M WONDERING WHAT YOUR ANSWER IS?

04:00PM 20    A.   OH.  I PROBABLY WOULDN'T HAVE ASKED FOR THOSE TESTS AT

04:00PM 21    THERANOS.

04:00PM 22    Q.   YOU WOULD HAVE TRUSTED OTHER TESTS AT THERANOS, BUT NOT

04:00PM 23    THESE?

04:00PM 24    A.   CORRECT.

04:00PM 25    Q.   INTERESTING.  OKAY.

04:00PM   1          WOULD YOU TURN NOW TO 4189.

04:00PM   2          YOUR HONOR, 4189 HAS BEEN PREVIOUSLY ADMITTED.

04:00PM   3          PERMISSION TO PUBLISH?

04:00PM   4              THE COURT:  YES.

04:00PM   5     BY MR. SCHENK:

04:00PM   6     Q.   DR. WOOTEN, DO YOU SEE THE SECOND EMAIL DOWN FROM THE TOP

04:01PM   7     FROM DR. ROSENDORFF TO MR. BALWANI?

04:01PM   8     A.   YES.

04:01PM   9     Q.   AND DID MR. COOPERSMITH SHOW YOU THIS BEFORE YOU TESTIFIED

04:01PM  10     TODAY?

04:01PM  11     A.   NO.

04:01PM  12     Q.   DO YOU SEE WHERE THE LAB DIRECTOR WRITES TO MR. BALWANI IN

04:01PM  13     AUGUST OF 2014, "I AM THINKING THAT SINCE WE VOID ALL ABNORMAL

04:01PM  14     BICARBONATE RESULTS, THE TEST HAS LOST ANY DIAGNOSTIC VALUE,

04:01PM  15     AND PROBABLY ALSO RELIABILITY WHEN RESULTS ARE REPORTED IN THE

04:01PM  16     NORMAL RANGE.  FOR INSTANCE, THE CORRECT BICARB VALUE IN THE

04:01PM  17     PATIENT MAY, IN FACT, BE HIGH AND DUE TO OUTGASSING THE BICARB

04:01PM  18     MIGHT NORMALIZE AND WE WOULD BE REPORTING A FALSELY NORMAL

04:01PM  19     BICARB, WHEN IN FACT IT SHOULD BE HIGH.

04:01PM  20          "PROBABLY WE SHOULD DISCONTINUE THIS METHOD UNTIL WE HAVE

04:01PM  21     WORKED IT OUT BETTER."

04:01PM  22          DO YOU SEE THAT?

04:01PM  23     A.   YES.

04:01PM  24     Q.   IF YOU HAD KNOWN ABOUT THERANOS'S CHALLENGES WITH C02 AT

04:01PM  25     THIS TIME, WOULD YOU HAVE STILL FELT COMFORTABLE SENDING YOUR

04:02PM  1      PATIENTS TO THERANOS?

04:02PM  2      A.   NOT UNTIL THEY WORKED IT OUT.

04:02PM  3      Q.   WOULD YOU TURN TO 1555.

04:02PM  4           MR. SCHENK:  YOUR HONOR, 1555 HAS ALSO BEEN

04:02PM  5      ADMITTED.

04:02PM  6           PERMISSION TO PUBLISH?

04:02PM  7               THE COURT:  YES.

04:02PM  8               MR. SCHENK:  IF WE COULD GO TO PAGE 2 ON 1555.

04:02PM  9      Q.   DO YOU SEE THE EMAIL AT THE VERY TOP FROM MR. BALWANI TO

04:02PM 10      SOMEONE NAMED DANIEL YOUNG, ADAM ROSENDORFF, AND

04:02PM 11      ELIZABETH HOLMES, THAT ONE AT THE VERY TOP.

04:02PM 12      A.   YES.

04:02PM 13      Q.   WHEN YOU WERE PREPARING TO TESTIFY TODAY, I TAKE IT

04:02PM 14      MR. COOPERSMITH DIDN'T SHOW YOU THIS ONE ALSO?

04:02PM 15      A.   CORRECT.

04:02PM 16      Q.   DO YOU SEE WHERE MR. BALWANI WRITES, "DANIEL, PUT EVERYONE

04:02PM 17      NEEDED ON THIS PROJECT, INCLUDING SAM AND EREZ, NISHIT AND

04:03PM 18      TINA.  WE CANNOT REVERT BACK TO VENIPUNCTURE FOR HDL."

04:03PM 19           DO YOU SEE THAT?

04:03PM 20      A.   YES.

04:03PM 21      Q.   YOU WERE TELLING ME A MOMENT AGO THAT YOU WOULDN'T FEEL

04:03PM 22      COMFORTABLE SENDING PATIENTS TO THERANOS UNTIL THEY'VE WORKED

04:03PM 23      IT OUT.

04:03PM 24           I'VE SHOWED YOU SOME ISSUES AND YOU WOULD WANT THEM TO

04:03PM 25      WORK OUT THE PROBLEMS BEFORE YOU FELT COMFORTABLE SENDING

04:03PM  1     PATIENTS BACK TO THERANOS?

04:03PM  2     A.   CORRECT.

04:03PM  3     Q.   AND WHEN YOU ARE ASSUMING OR HOPING OR WISHING THAT

04:03PM  4     THERANOS DOES WORK OUT THOSE PROBLEMS, ARE YOU PUTTING SOME

04:03PM  5     TRUST OR SOME FAITH THAT THEY WOULD DO THAT?  THAT IF THEY'RE

04:03PM  6     SEEING PROBLEMS, THAT THERANOS WOULD TRY TO FIX THOSE PROBLEMS?

04:03PM  7     IS THAT AN ASSUMPTION THAT YOU'RE MAKING?

04:03PM  8     A.   UH-HUH.

04:03PM  9     Q.   I'M SORRY?

04:03PM  10    A.   CORRECT.

04:03PM  11    Q.   AND WHEN YOU'RE MAKING THAT ASSUMPTION THAT THERANOS

04:03PM  12    WOULD, IF THEY IDENTIFIED THESE PROBLEMS -- YOU TOLD ME A

04:03PM  13    MOMENT AGO THAT ALL LABS HAVE PROBLEMS.

04:03PM  14         AND WHEN I'VE SHOWN YOU THESE AT THERANOS, YOUR HOPE IS

04:03PM  15    THAT THEY WOULD TRY TO FIX THEM WHEN THEY BECOME AWARE OF THEM

04:04PM  16    AT THERANOS; IS THAT RIGHT?

04:04PM  17    A.   CORRECT.

04:04PM  18    Q.   AND WHEN YOU'RE MAKING THAT ASSUMPTION, WHEN YOU'RE HOPING

04:04PM  19    THAT AT THERANOS THEY ARE WORKING TO FIX THOSE PROBLEMS, ARE

04:04PM  20    YOU PUTTING YOUR FAITH OR YOUR TRUST IN THE MEDICAL

04:04PM  21    PROFESSIONALS AT THERANOS TO MAKE THOSE CHANGES?

04:04PM  22    A.   CORRECT.

04:04PM  23    Q.   THANK YOU.

04:04PM  24         IF YOU'LL TURN TO 2228.

04:04PM  25         YOUR HONOR, 2228 HAS BEEN PREVIOUSLY ADMITTED.

04:04PM   1          PERMISSION TO PUBLISH?

04:04PM   2                THE COURT:  YES.

04:04PM   3      BY MR. SCHENK:

04:04PM   4      Q.   AT THE VERY TOP OF THIS EMAIL, DR. WOOTEN, DO YOU SEE

04:04PM   5      WHERE MR. BALWANI WRITES TO MS. HOLMES, "WE NEED TO RESPOND TO

04:04PM   6      HIM NOW AND CUT HIM MONDAY."

04:04PM   7          DO YOU SEE THAT?

04:04PM   8      A.   YES.

04:04PM   9      Q.   AND DID MR. COOPERSMITH TELL YOU THAT MR. BALWANI WAS

04:04PM  10      TALKING ABOUT THE MEDICAL PROFESSIONALS THAT YOU AND I WERE

04:04PM  11      JUST TALKING ABOUT, DR. ROSENDORFF, CUTTING HIM ON MONDAY?

04:04PM  12      A.   NO.

04:04PM  13      Q.   WHEN YOU WERE PREPARING TO TESTIFY TODAY, MR. COOPERSMITH

04:05PM  14      DIDN'T TELL YOU ABOUT MR. BALWANI SENDING AN EMAIL TALKING

04:05PM  15      ABOUT FIRING THE LAB DIRECTOR AT THERANOS?

04:05PM  16      A.   CORRECT.

04:05PM  17      Q.   IF WE COULD BRING UP EXHIBIT 5387H, PAGE 31.

04:05PM  18          YOUR HONOR, THIS HAS BEEN PREVIOUSLY ADMITTED.  I DON'T

04:05PM  19      THINK THIS ONE IS IN THE BINDER.  JUST ON THE SCREEN.

04:05PM  20          WILL THAT BE OKAY?

04:05PM  21                THE COURT:  YES.

04:05PM  22      BY MR. SCHENK:

04:05PM  23      Q.   5387H, PAGE 31.

04:05PM  24          DR. WOOTEN, DO YOU SEE SOME TEXT MESSAGES NOW ON THE

04:05PM  25      SCREEN IN FRONT OF YOU?

04:05PM 1    A.   I DO.

04:05PM 2    Q.   AND DID MR. COOPERSMITH SHOW YOU TEXT MESSAGES BETWEEN

04:05PM 3    MR. BALWANI AND MS. HOLMES BEFORE YOU TESTIFIED TODAY?

04:05PM 4    A.   NO, HE DID NOT.

04:05PM 5    Q.   DO YOU SEE HERE WHERE MR. BALWANI IS WRITING ABOUT THE

04:05PM 6    DISASTER ZONE THAT THE LAB WAS IN NOVEMBER OF 2014?

04:05PM 7            MR. COOPERSMITH:  OBJECTION.  HE'S NOT READING THE

04:05PM 8    TEXT APPROPRIATELY.  HE'S JUST PARAPHRASING IT.

04:06PM 9            THE COURT:  WELL, DO YOU WANT HIM TO READ THE TEXT?

04:06PM 10           MR. COOPERSMITH:  I THINK WE CAN ALL SEE IT.

04:06PM 11       (LAUGHTER.)

04:06PM 12           MR. COOPERSMITH:  BUT I DON'T THINK HE'S ALLOWED TO

04:06PM 13   JUST GIVE HIS OWN SPIN ON IT.

04:06PM 14           MR. SCHENK:  I THINK I AM ALLOWED TO ASK THE

04:06PM 15   QUESTIONS HOW I WANT.

04:06PM 16           THE COURT:  WELL, GO AHEAD AND ASK THE QUESTIONS.

04:06PM 17   BY MR. SCHENK:

04:06PM 18   Q.   THIS TEXT MESSAGE THAT IS NOW ON THE SCREEN SAYS,

04:06PM 19   "NORMANDY LAB IS AN" EXPLETIVE "DISASTER ZONE.  GLAD I CAME

04:06PM 20   HERE.  WILL WORK ON FIXING THIS."

04:06PM 21       DO YOU SEE THAT?

04:06PM 22   A.   YES.

04:06PM 23   Q.   SO IN DECEMBER OF 2014, JUST A FEW DAYS LATER, WITH THAT

04:06PM 24   VERY FIRST HCG -- DO YOU REMEMBER THAT FIRST HCG LAB THAT YOU

04:06PM 25   AND I JUST LOOKED AT A LITTLE WHILE AGO?

04:06PM  1      A.   YES.

04:06PM  2      Q.   DO YOU REMEMBER IT WAS RIGHT AT THE BEGINNING OF DECEMBER

04:06PM  3      OF 2014?

04:06PM  4      A.   YES.

04:06PM  5      Q.   SO DAYS EARLIER, DAYS BEFORE YOU SENT YOUR PATIENT TO GET

04:06PM  6      THAT HCG TEST, MR. BALWANI IS SENDING THIS TEXT.

04:06PM  7           IF YOU HAD KNOWN THAT, WOULD YOU STILL HAVE SENT HER TO

04:06PM  8      GET THAT HCG TEST?

04:06PM  9      A.   I WOULD NOT.

04:06PM  10     Q.   ONE LAST TOPIC I WANT TO COVER WITH YOU.

04:07PM  11          TODAY ISN'T THE FIRST TIME THAT THERANOS HAS CALLED UPON

04:07PM  12     YOU TO SPEAK OUT ON ITS BEHALF; IS THAT RIGHT?

04:07PM  13     A.   CORRECT.

04:07PM  14     Q.   TO SAY THINGS NICE ABOUT THERANOS?

04:07PM  15     A.   CORRECT.

04:07PM  16     Q.   THE PRIOR TIME THAT YOU WERE ASKED TO WAS AFTER "THE

04:07PM  17     WALL STREET JOURNAL" CAME OUT IN 2015, AND IT WAS PARTICULARLY

04:07PM  18     NEGATIVE.  THERANOS WAS TRYING TO FIND ADVOCATES, I THINK THEY

04:07PM  19     WERE CALLED, IN THE ARIZONA COMMUNITY TO GO ON T.V. OR RECORD

04:07PM  20     ADVERTISING FOR THERANOS TO CHANGE THE NARRATIVE, TO CHANGE

04:07PM  21     PUBLIC OPINION, AND THEY ASKED YOU TO DO IT THEN ALSO; IS THAT

04:07PM  22     RIGHT?

04:07PM  23     A.   I DO REMEMBER THEM ASKING ME TO DO A VIDEO FOR THEM.

04:07PM  24     Q.   TO DO A VIDEO.  RIGHT.

04:07PM  25          AND YOU SAT THROUGH THE VIDEO AND YOU SAID THINGS ABOUT

04:07PM 1      THERANOS; RIGHT?

04:07PM 2      A.   CORRECT.

04:07PM 3      Q.   AND BEFORE YOU DID THAT, DID ANYBODY SHOW YOU ANY OF THE

04:07PM 4      DOCUMENTS I JUST SHOWED YOU?

04:07PM 5      A.   NO.

04:07PM 6      Q.   NO ONE SHOWED YOU THE EMAILS?

04:07PM 7      A.   NO.

04:07PM 8      Q.   NO ONE SHOWED YOU THE TEXT MESSAGES?

04:08PM 9      A.   NO.

04:08PM 10     Q.   NO ONE ASKED YOU QUESTIONS ABOUT YOUR LAB RESULTS, THE

04:08PM 11     ONES I SHOWED YOU, COMPARED TO THE EMAILS THAT WERE GOING ON

04:08PM 12     INSIDE THE FOUR WALLS OF THERANOS?

04:08PM 13     A.   CORRECT.

04:08PM 14     Q.   NO ONE DID THAT BEFORE THEY ASKED YOU TO SIT FOR THAT

04:08PM 15     VIDEO?

04:08PM 16     A.   NO.

04:08PM 17     Q.   THANK YOU.

04:08PM 18          NO FURTHER QUESTIONS.

04:08PM 19              THE COURT:  REDIRECT?

04:08PM 20              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

04:08PM 21          MAY I PROCEED?

04:08PM 22              THE COURT:  YES.

04:08PM 23     ///

04:08PM 24     ///

04:08PM 25     ///

04:08PM  1                    **REDIRECT EXAMINATION**

04:08PM  2    BY MR. COOPERSMITH:

04:08PM  3    Q.   MS. WOOTEN, LET'S START OFF WHERE MR. SCHENK LEFT OFF.

04:08PM  4         DO YOU RECALL MAKING A VIDEO OR APPEARING IN A VIDEO FOR

04:08PM  5    THERANOS?

04:08PM  6    A.   I DO RECALL.

04:08PM  7    Q.   AND DID YOU GET PAID ANYTHING FOR THAT?

04:08PM  8    A.   I DID NOT.

04:08PM  9    Q.   MS. WOOTEN -- DR. WOOTEN, MR. SCHENK ASKED YOU SOME

04:09PM  10   QUESTIONS AND HE SHOWED YOU SOME DOCUMENTS WITH SOME INTERNAL

04:09PM  11   EMAILS OF THERANOS.

04:09PM  12        DO YOU REMEMBER THAT A FEW MINUTES AGO?

04:09PM  13   A.   YES.

04:09PM  14   Q.   AND YOU TESTIFIED THAT YOU HAD NEVER SEEN THOSE THINGS

04:09PM  15   BEFORE; CORRECT?

04:09PM  16   A.   CORRECT.

04:09PM  17   Q.   AND YOU DIDN'T WORK AT THERANOS; RIGHT?

04:09PM  18   A.   CORRECT.

04:09PM  19   Q.   AND YOU TESTIFIED THAT SOME OF THOSE THINGS MIGHT GIVE YOU

04:09PM  20   PAUSE; IS THAT FAIR?

04:09PM  21   A.   CORRECT.

04:09PM  22   Q.   OKAY.  BUT WERE YOU COMFORTABLE SENDING YOUR PATIENTS TO

04:09PM  23   THERANOS DURING THE TIME PERIOD THAT YOU SENT THEM THERE?

04:09PM  24   A.   I WAS.

04:09PM  25   Q.   AND, IN FACT, NOW WE KNOW THAT YOU ACTUALLY STARTED

04:09PM 1      SENDING PATIENTS OF THERANOS AS EARLY AS 2014; IS THAT RIGHT?

04:09PM 2      A.   YES.

04:09PM 3      Q.   AND WHY WERE YOU COMFORTABLE SENDING YOUR PATIENTS TO

04:09PM 4      THERANOS?

04:09PM 5            MR. SCHENK:  OBJECTION.  702.

04:09PM 6            THE COURT:  SHE CAN ANSWER THE QUESTION.

04:09PM 7      YOU CAN ANSWER THAT QUESTION.

04:09PM 8            THE WITNESS:  CAN YOU REPEAT THE QUESTION.  I'M

04:09PM 9      SORRY.

04:09PM 10     BY MR. COOPERSMITH:

04:09PM 11     Q.   WHY WERE YOU COMFORTABLE SENDING YOUR PATIENTS TO THERANOS

04:09PM 12     ALL OF THAT TIME?

04:09PM 13     A.   DURING THE WHOLE TIME I SENT THEM?

04:09PM 14     Q.   YEAH.  WHY WERE YOU COMFORTABLE?

04:09PM 15     A.   BECAUSE I REVIEWED THE LABS.  I TEST QUITE OFTEN.  I DO A

04:10PM 16     COMPARATIVE WITH OTHER LABS, AND THE RESULTS THAT I WAS GETTING

04:10PM 17     FOR MY PATIENTS, THEY WERE -- WHAT IS THE WORD I'M LOOKING FOR?

04:10PM 18     -- THEY WERE CONSISTENT WITH OTHER LABS AS WELL.

04:10PM 19     Q.   OKAY.  DR. WOOTEN, I WANT TO SHOW YOU AN EXHIBIT THAT IS

04:10PM 20     PREVIOUSLY IN EVIDENCE.

04:10PM 21         IF WE CAN PULL UP EXHIBIT 13876.

04:10PM 22         OKAY.  DID I EVER SHOW YOU THIS DOCUMENT BEFORE?

04:10PM 23     A.   NO.

04:10PM 24     Q.   OKAY.  SO MR. SCHENK SHOWED YOU A DOCUMENT WHERE

04:10PM 25     ADAM ROSENDORFF, A LAB DIRECTOR, WAS TALKING ABOUT STOPPING HCG

04:10PM 1      TESTING ON A CERTAIN INSTRUMENT.

04:10PM 2          DO YOU RECALL THAT?

04:10PM 3      A.   YES.

04:10PM 4      Q.   OKAY.  AND DID MR. SCHENK SHOW YOU THIS EMAIL ON DIRECT --

04:10PM 5      ON CROSS RATHER?

04:10PM 6      A.   NO.

04:11PM 7      Q.   AND DID MR. SCHENK EVER ASK YOU ANY QUESTIONS DURING HIS

04:11PM 8      CROSS-EXAMINATION, ABOUT DR. ROSENDORFF KNOWING FULL WELL THAT

04:11PM 9      THE HCG WAS GOING BACK ON THE EDISON?

04:11PM 10             MR. SCHENK:  OBJECTION.  LEADING.

04:11PM 11             THE COURT:  WHY DON'T YOU REPHRASE THAT QUESTION.

04:11PM 12     BY MR. COOPERSMITH:

04:11PM 13     Q.   DID MR. SCHENK, ON HIS CROSS-EXAMINATION, TELL YOU

04:11PM 14     ANYTHING ABOUT DR. ROSENDORFF APPROVING OR KNOWING ABOUT HCG

04:11PM 15     GOING BACK ON THE EDISON DEVICE AFTER HE INITIALLY SAID TO

04:11PM 16     STOP?

04:11PM 17     A.   I'M SORRY.  COULD YOU REPEAT THE QUESTION.

04:11PM 18     Q.   WERE YOU ASKED THOSE QUESTIONS DURING CROSS?

04:11PM 19     A.   NO.

04:11PM 20     Q.   OKAY.  AND YOU SAID ON, I THINK ON CROSS THAT YOU THOUGHT

04:11PM 21     THAT YOU WOULD EXPECT A LAB AT THERANOS TO FIX ANY PROBLEMS?

04:11PM 22     A.   CORRECT.

04:11PM 23     Q.   AND DO YOU HAVE ANY KNOWLEDGE WHETHER THEY WERE DOING THAT

04:11PM 24     OR NOT DOING THAT?

04:11PM 25     A.   NO.

04:11PM   1    Q.   AND WAS -- WERE THE EMAILS THAT MR. SCHENK WAS SHOWING

04:12PM   2    YOU, THE OTHER DOCUMENTS, CONSISTENT WITH YOUR OWN EXPERIENCE

04:12PM   3    AT THERANOS?

04:12PM   4    A.   NO.

04:12PM   5    Q.   BECAUSE WAS YOUR OWN EXPERIENCE AT THERANOS GOOD OR BAD?

04:12PM   6    A.   IT WAS GOOD.

04:12PM   7    Q.   MR. SCHENK SHOWED YOU SOME DOCUMENTS IN THE EXHIBIT, AND

04:12PM   8    IF YOU COULD TURN IN THE GOVERNMENT'S BINDER TO TAB 5861.

04:12PM   9         TAKE A LOOK AT PAGES 1 AND 12.

04:12PM  10    A.   YES.

04:12PM  11    Q.   DO YOU KNOW WHO SHAWN WOOTEN IS?

04:12PM  12    A.   YES, HE'S MY BROTHER.

04:12PM  13    Q.   IS THAT YOUR BROTHER?

04:12PM  14    A.   YES.

04:12PM  15    Q.   DID YOU HAVE YOUR BROTHER GO AND TAKE LABS AT THERANOS?

04:13PM  16    A.   I DID.

04:13PM  17    Q.   MORE THAN ONCE?

04:13PM  18    A.   I BELIEVE SO, YES.

04:13PM  19    Q.   MR. SCHENK ASKED YOU SOME QUESTIONS ABOUT HCG, AND YOU

04:13PM  20    TESTIFIED ON DIRECT THAT YOU YOURSELF HAD HCG TESTS AT

04:13PM  21    THERANOS; IS THAT RIGHT?

04:13PM  22    A.   YES.

04:13PM  23    Q.   AND YOU HAD TWO DIFFERENT TESTS AT THERANOS?

04:13PM  24    A.   CORRECT.

04:13PM  25    Q.   DID YOU HAVE ANY EXPERIENCE -- BAD EXPERIENCES OR ISSUES

04:13PM  1    WITH THOSE HCG TESTS?

04:13PM  2    A.   NO, I DID NOT.

04:13PM  3    Q.   MR. SCHENK ASKED YOU SOME QUESTIONS ABOUT SOME RESULTS

04:13PM  4    THAT YOU GOT THAT WERE VOIDED.

04:13PM  5    A.   YES.

04:13PM  6    Q.   AND IF A LAB HAD MADE A MISTAKE IN ANY WAY, WOULD YOU

04:13PM  7    EXPECT THEM TO DO THAT?

04:13PM  8    A.   YES.

04:13PM  9    Q.   AND IS THERANOS THE ONLY LAB THAT EVER DID THAT?

04:13PM  10   A.   NO.

04:13PM  11           MR. SCHENK:  OBJECTION.  401.

04:13PM  12           THE COURT:  SUSTAINED.  THE ANSWER IS STRICKEN,

04:13PM  13   LADIES AND GENTLEMEN.

04:13PM  14   BY MR. COOPERSMITH:

04:13PM  15   Q.   WHEN YOU GOT SOME VOIDED RESULTS FROM THERANOS, WHAT WAS

04:14PM  16   YOUR REACTION TO THAT?

04:14PM  17   A.   I WOULD DISREGARD THE TEST.

04:14PM  18   Q.   RIGHT.  BUT DID YOU CARE THAT THERANOS WAS VOIDING TESTS

04:14PM  19   OR NOT?  DID IT MATTER TO YOU?

04:14PM  20           MR. SCHENK:  OBJECTION.  RELEVANCE.

04:14PM  21           THE COURT:  IN RELATION TO HER PRACTICE?

04:14PM  22           MR. COOPERSMITH:  YES, YOUR HONOR.

04:14PM  23           THE COURT:  YOU CAN ANSWER THE QUESTION IN RELATION

04:14PM  24   TO YOUR PRACTICE.

04:14PM  25           THE WITNESS:  SURE.  CAN YOU ASK THE QUESTION AGAIN.

04:14PM   1    BY MR. COOPERSMITH:

04:14PM   2    Q.   SURE.

04:14PM   3         IN RELATION TO YOUR PRACTICE AS A NATUROPATHIC PHYSICIAN,

04:14PM   4    WHEN YOU GOT THESE VOIDED RESULTS FROM THERANOS, DID YOU CARE?

04:14PM   5    A.   OH, NO.

04:14PM   6    Q.   AND WHY NOT?

04:14PM   7    A.   BECAUSE I HAVE AN ONGOING TREND OF MY PATIENT'S LABS AND

04:14PM   8    IN SYMPTOMOLOGY, AND I MONITOR MY PATIENTS VERY CLOSELY.

04:14PM   9         SO WHEN I SEE AN OUTLIER, I DON'T DIAGNOSE JUST BASED ON

04:14PM  10    THAT ONE OUTLIER.

04:14PM  11    Q.   OKAY.  AND WERE THE, THE FACT THAT YOU GOT SOME VOIDED

04:15PM  12    RESULTS, DID THAT CHANGE YOUR VIEW OF YOUR EXPERIENCE WITH

04:15PM  13    THERANOS WHEN YOU GOT THOSE?

04:15PM  14    A.   NO.

04:15PM  15    Q.   AND ARE YOU -- DID YOU TESTIFY TODAY BASED ON YOUR OWN

04:15PM  16    EXPERIENCE WITH THERANOS?  DID YOU TESTIFY BASED ON YOUR OWN

04:15PM  17    EXPERIENCE WITH THERANOS?

04:15PM  18    A.   OH, BOTH.

04:15PM  19    Q.   WHEN YOU SAY BOTH?

04:15PM  20    A.   LIKE MY OWN EXPERIENCE AND THEN THE EXPERIENCE MY PATIENTS

04:15PM  21    HAD.

04:15PM  22    Q.   OKAY.  AND THAT'S THE BASIS OF YOUR KNOWLEDGE, YOUR OWN

04:15PM  23    EXPERIENCE AND THEN YOUR PATIENT'S AS WELL; CORRECT?

04:15PM  24    A.   CORRECT.

04:15PM  25    Q.   AND THEN THE THINGS THAT MR. SCHENK SHOWED YOU, THOSE WERE

04:15PM 1    OUTSIDE OF YOUR WORLD, SO TO SPEAK; RIGHT?

04:15PM 2    A.   CORRECT.

04:15PM 3    Q.   AND SO IN WHAT YOU KNEW, DID THERANOS -- WERE YOU WILLING

04:15PM 4    TO KEEP SENDING PATIENTS TO THERANOS?

04:15PM 5    A.   CORRECT.

04:15PM 6    Q.   AND IF YOU HAD RECEIVED SOME INFORMATION THAT THERANOS WAS

04:15PM 7    HAVING A PROBLEM WITH ONE TEST OR THE OTHER OVER TIME, WOULD

04:15PM 8    YOU HAVE DECIDED TO JUST NOT SEND PATIENTS THERE ANYMORE?

04:15PM 9    A.   NOT TO ORDER THAT TEST.

04:16PM 10   Q.   OKAY.  WELL, WHAT WOULD YOU HAVE NEEDED, MORE INFORMATION?

04:16PM 11   A.   YES.

04:16PM 12   Q.   AND WHAT MORE INFORMATION WOULD YOU HAVE WANTED?

04:16PM 13   A.   DID THEY GET THE TEST RESULT, WAS THERE AN ISSUE WITH IT,

04:16PM 14   DID IT AFFECT THE RESULTS THAT THEY WERE GETTING.

04:16PM 15   Q.   AND WOULD YOU WANT TO KNOW THE TOTAL NUMBER OF TESTS THAT

04:16PM 16   THERANOS WAS CONDUCTING ON THAT PARTICULAR TEST?

04:16PM 17        WOULD YOU WANT TO KNOW THE TOTAL NUMBER OF TESTS AND WHAT

04:16PM 18   PERCENTAGE OF THE PROBLEM -- WHAT PERCENTAGE OF THE TESTS WERE

04:16PM 19   PROBLEMATIC?

04:16PM 20   A.   CORRECT.

04:16PM 21   Q.   OKAY.  MR. SCHENK SHOWED YOU A TEXT MESSAGE?

04:16PM 22   A.   YES.

04:16PM 23   Q.   HAD YOU EVER SEEN THAT BEFORE?

04:16PM 24   A.   NO.

04:16PM 25   Q.   DO YOU KNOW WHAT MR. BALWANI WAS REFERRING TO?

04:16PM   1    A.   NO.

04:16PM   2    Q.   DO YOU KNOW WHAT ASPECT OF THE NORMANDY LAB AT THAT TIME

04:16PM   3    HE CONSIDERED TO BE A QUOTE, "DISASTER"?

04:16PM   4    A.   NO.

04:16PM   5    Q.   DO YOU HAVE ANY KNOWLEDGE ABOUT THAT AT ALL?

04:17PM   6    A.   NOT AT ALL.

04:17PM   7    Q.   DO YOU HAVE ANY CONTEXT AT ALL FOR ANY OF THE MATERIAL

04:17PM   8    THAT MR. SCHENK SHOWED YOU?

04:17PM   9    A.   NO.

04:17PM  10         MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

04:17PM  11         THE COURT:  RECROSS?

04:17PM  12                    **RECROSS-EXAMINATION**

04:17PM  13    BY MR. SCHENK:

04:17PM  14    Q.   HI, DR. WOOTEN.  I JUST WANT TO FOLLOW UP ON ONE AREA.

04:17PM  15         MR. COOPERSMITH ASKED YOU ABOUT A FAMILY MEMBER THAT YOU

04:17PM  16    ALSO SENT TO THERANOS?

04:17PM  17    A.   YES, I DID.

04:17PM  18    Q.   THAT FAMILY MEMBER HAD VOIDED TESTS AS WELL; IS THAT

04:17PM  19    RIGHT?

04:17PM  20    A.   CAN YOU POINT OUT.

04:17PM  21    Q.   YEAH, I WOULD BE HAPPY TO.

04:17PM  22         YOU CAN START ON PAGE 2.  DO YOU SEE A VOIDED -- A GROUP

04:17PM  23    OF VOIDED TESTS ON PAGE 2?

04:17PM  24    A.   CORRECT.

04:18PM  25    Q.   DO YOU SEE A GROUP OF -- OH, I'M SORRY.

04:18PM   1          DO YOU SEE ONE MORE VOIDED TEST ON PAGE 7 FOR A FAMILY

04:18PM   2    MEMBER?

04:18PM   3    A.   CORRECT.

04:18PM   4    Q.   DO YOU SEE ANOTHER ONE ON PAGE 12 FOR A FAMILY MEMBER?

04:18PM   5    A.   YES.

04:18PM   6    Q.   AND IF YOU'LL TURN TO PAGE 158.

04:18PM   7          DO YOU SEE EVEN YOURSELF HAD A VOIDED TEST FROM THERANOS?

04:18PM   8    A.   YES.

04:19PM   9    Q.   THANK YOU.

04:19PM  10          NO FURTHER QUESTIONS.

04:19PM  11              THE COURT:  ANYTHING FURTHER?

04:19PM  12              MR. COOPERSMITH:  JUST BRIEFLY, YOUR HONOR.

04:19PM  13                   **FURTHER REDIRECT EXAMINATION**

04:19PM  14    BY MR. COOPERSMITH:

04:19PM  15    Q.   DR. WOOTEN, MR. SCHENK JUST ASKED YOU ABOUT SOME VOIDED

04:19PM  16    TESTS?

04:19PM  17    A.   YEAH.

04:19PM  18    Q.   AND WE'VE DISCUSSED THAT TOPIC ALREADY.  RIGHT?

04:19PM  19    A.   RIGHT.

04:19PM  20    Q.   BUT MY QUESTION TO YOU IS, WHEN YOU GOT THE VOIDED TEST,

04:19PM  21    DID YOU LOOK AT THE ORIGINAL TEST AS WELL?

04:19PM  22              MR. SCHENK:  OBJECTION.  BEYOND THE SCOPE.

04:19PM  23              THE COURT:  YOU CAN ANSWER THAT QUESTION.

04:19PM  24              THE WITNESS:  OKAY.  CAN YOU REPEAT THE QUESTION.

04:19PM  25    BY MR. COOPERSMITH:

WOOTEN FURTHER REDIRECT BY MR. COOPERSMITH                    6412

04:19PM  1    Q.   SURE.

04:19PM  2         WHEN YOU GOT THE VOIDED TEST, DID YOU ALSO LOOK AT THE

04:19PM  3    ORIGINAL TEST?

04:19PM  4    A.   THE ORIGINAL TEST.

04:19PM  5    Q.   THAT THERANOS CONDUCTED AT THE TIME THAT THE PATIENT, BE

04:19PM  6    IT A FAMILY MEMBER, FIRST VISITED THERANOS?

04:20PM  7    A.   I WANT TO MAKE SURE THAT YOU'RE TALKING ABOUT THE

04:20PM  8    ORIGINAL --

04:20PM  9    Q.   OKAY.  LET ME ASK A SIMILAR BUT HOPEFULLY BETTER QUESTION.

04:20PM  10   A.   YEAH.

04:20PM  11   Q.   SO WHEN YOU GOT A TEST RESULT FROM THERANOS THAT THEY SAID

04:20PM  12   SHOULD BE VOIDED, FIRST OF ALL, DID YOU KNOW WHY THERANOS WAS

04:20PM  13   VOIDING --

04:20PM  14        MR. SCHENK:  OBJECTION.  BEYOND THE SCOPE.

04:20PM  15        THE COURT:  YOU'RE GETTING BEYOND THE SCOPE.

04:20PM  16   WHY DON'T YOU ASK ANOTHER QUESTION.

04:20PM  17        MR. COOPERSMITH:  SURE, YOUR HONOR.

04:20PM  18   Q.   AND DID YOU -- AT THE TIME -- THE VOIDED TEST, RIGHT, WHEN

04:20PM  19   YOU GET A VOIDED TEST, DOES THAT MEAN THAT THERE WAS A TEST AT

04:20PM  20   SOME PREVIOUS TIME?

04:20PM  21        IN OTHER WORDS, LIKE, IF -- FOR THERANOS TO SEND YOU A

04:20PM  22   NOTICE THAT SOMETHING IS BEING VOIDED, DOES THAT MEAN THAT

04:20PM  23   THERE WAS A TEST AT SOME PREVIOUS TIME BEFORE THAT NOTICE?

04:20PM  24   A.   I THINK IT'S SAYING THAT IT WAS VOIDED THROUGH THE DRAW --

04:20PM  25   THE DAY OF THE DRAW.

6413

```
04:20PM   1        Q.   OKAY.  I SEE.

04:20PM   2        A.   UH-HUH.

04:20PM   3        Q.   AND WAS THAT ALARMING TO YOU IN ANY WAY?

04:20PM   4        A.   ALARMING THAT IT WAS VOIDED?

04:20PM   5        Q.   YEP.

04:20PM   6        A.   NO.

04:20PM   7        Q.   OKAY.  AND IF THERANOS WAS STILL AROUND TODAY, BASED ON

04:21PM   8        YOUR OWN EXPERIENCE, WOULD YOU SEND PATIENTS THERE?

04:21PM   9                  MR. SCHENK:  OBJECTION.  BEYOND THE SCOPE.

04:21PM  10                  THE COURT:  SUSTAINED.  SUSTAINED.

04:21PM  11                  MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.

04:21PM  12                  THE COURT:  ANYTHING FURTHER?

04:21PM  13                  MR. SCHENK:  NO, YOUR HONOR.

04:21PM  14                  THE COURT:  MAY THIS WITNESS BE EXCUSED?

04:21PM  15                  MR. COOPERSMITH:  YES, YOUR HONOR.

04:21PM  16                  MR. SCHENK:  YES, YOUR HONOR.

04:21PM  17                  THE COURT:  ALL RIGHT.  THANK YOU, DOCTOR.

04:21PM  18             LADIES AND GENTLEMEN, WE'RE GOING TO TAKE OUR BREAK NOW.

04:21PM  19        I APOLOGIZE.  I THOUGHT WE WOULD BREAK EARLY, BUT WE EXTENDED

04:21PM  20        THROUGH THE AFTERNOON.

04:21PM  21             THANK YOU FOR YOUR PATIENCE.  I WANTED TO FINISH THIS LAST

04:21PM  22        WITNESS'S TESTIMONY, SO I APPRECIATE YOUR ACCOMMODATION.

04:21PM  23             WE WILL BE IN RECESS.

04:21PM  24             I THINK WE HAVE A LONG BREAK.  WE'RE NOT DUE TO RETURN

04:21PM  25        UNTIL NEXT FRIDAY, WHICH IS -- WHAT DATE IS THAT?
```

6414

04:22PM 1          THE CLERK:  27TH, YOUR HONOR.

04:22PM 2          THE COURT:  MAY 27TH.  THIS IS A VERY LONG BREAK.

04:22PM 3      SO IT'S EVER IMPORTANT NOW FOR YOU DURING THIS BREAK TO

04:22PM 4  NOT, NOT DISCUSS THIS CASE WITH ANYONE, NOT TO DO ANY

04:22PM 5  INDEPENDENT RESEARCH, READ, LISTEN TO OR DISCUSS ANYTHING ABOUT

04:22PM 6  THIS CASE AND TO PLEASE AVOID AS BEST YOU CAN ANY INFORMATION

04:22PM 7  THAT MAY COME TO YOUR ATTENTION.

04:22PM 8      IF YOU SEE SOMETHING ON A TELEVISION OR HEAR SOMETHING,

04:22PM 9  TURN IT OFF, TURN AWAY.

04:22PM 10     I WILL, ON MAY 27TH, ASK YOU AGAIN WHETHER YOU'VE BEEN

04:22PM 11 SUCCESSFUL IN CONTINUING TO AVOID LEARNING ANYTHING ABOUT THIS

04:22PM 12 CASE.

04:22PM 13     WE WILL GIVE YOU, I THINK WE HAVE PROVIDED YOU WITH SOME

04:22PM 14 TEST KITS AGAIN.  WE HAVEN'T DONE THAT YET?

04:22PM 15     OKAY.  YOU'LL GET THOSE.

04:22PM 16     DO YOU HAVE THOSE, MS. ROBINSON?

04:22PM 17         THE CLERK:  YES, I DO.

04:22PM 18         THE COURT:  GREAT.  YOU'LL GET THOSE WHEN YOU LEAVE

04:22PM 19 TODAY.

04:22PM 20     WE'LL ALSO PROVIDE YOU WITH THE CDC GUIDANCE WEB PAGE HARD

04:23PM 21 COPY THAT YOU CAN REFERENCE.

04:23PM 22     I'D ASK YOU TO KEEP IN CONTACT WITH MS. ROBINSON NEXT WEEK

04:23PM 23 AS TO IF THERE'S ANY CHANGE IN YOUR HEALTH CONDITIONS, PLEASE

04:23PM 24 ALERT HER AND LET US KNOW THAT AS WELL.

04:23PM 25     OTHER THAN THAT, PLEASE STAY HEALTHY AND ENJOY.  I THINK

UNITED STATES COURT REPORTERS

6415

04:23PM   1    WE HAVE SOME GOOD WEATHER COMING UP.  ENJOY NEXT WEEK.

04:23PM   2        I'M SURE YOUR EMPLOYERS WILL BE HAPPY TO SEE YOU AGAIN FOR

04:23PM   3    A BIT, AND WE WELCOME YOU REACQUAINTING YOURSELF WITH ALL OF

04:23PM   4    THOSE OTHER THINGS.

04:23PM   5        SO HAVE A GOOD BREAK.  WE'LL SEE YOU NEXT FRIDAY.  THAT'S

04:23PM   6    GOING TO BE AT 9:00 A.M., 9:00 A.M., FOLKS.

04:24PM   7        (JURY OUT AT 4:24 P.M.)

04:24PM   8        THE COURT:  THANK YOU.  PLEASE BE SEATED.

04:24PM   9        THE RECORD SHOULD REFLECT OUR JURY HAS LEFT FOR THE DAY.

04:24PM  10        SO, COUNSEL, WE CAN -- WE HAVE ADJUSTED OUR SCHEDULE FOR

04:24PM  11    MONDAY.

04:24PM  12        I SHOULD TELL YOU WE HAVE A SENTENCING AT 10:30 AM AND

04:24PM  13    THEN ANOTHER MATTER ON AT 1:00 O'CLOCK.

04:24PM  14        I THINK WE CAN FIT OUR CONVERSATION ABOUT THE PENDING

04:24PM  15    MOTION IN PERHAPS THAT MORNING IF WE START AT 8:30.  I THINK WE

04:24PM  16    COULD AT LEAST GET SOME THINGS DONE, AND THEN IF WE NEEDED TO,

04:24PM  17    WE'LL TAKE A BREAK AND COME BACK IN THAT INTERIM BETWEEN THE

04:25PM  18    CONCLUSION OF THE SENTENCING MATTER AND THE 1:00 P.M. START.

04:25PM  19        SO LET'S DO THAT.  LET'S SEE IF WE CAN HAVE SOME

04:25PM  20    DISCUSSION MONDAY.

04:25PM  21        I THINK THE TIME FOR THE REST OF THE WEEK, UNFORTUNATELY,

04:25PM  22    IS NOT AVAILABLE.

04:25PM  23        OKAY.  AGAIN, IF -- I'LL RECEIVE THE GOVERNMENT'S REPLY

04:25PM  24    6:00 P.M. SUNDAY, AND I DON'T NEED ANYTHING ELSE FROM THE

04:25PM  25    DEFENSE ON THAT.  WE'LL HAVE THEN A MOTION, AN OPPOSITION, AND

6416

04:25PM   1      A REPLY, AND THAT SHOULD BE SUFFICIENT.

04:25PM   2           AND I SAY 6:00 P.M.  I WELCOME RECEIVING IT ANY EARLIER.

04:25PM   3           ALL RIGHT.  ANYTHING FURTHER BEFORE WE BREAK?

04:25PM   4                MR. COOPERSMITH:  YOUR HONOR, JUST ON THAT

04:25PM   5      SCHEDULING ISSUE.

04:25PM   6           SO 8:30 A.M. ON MONDAY I THINK THE COURT SAID?

04:25PM   7                THE COURT:  RIGHT.

04:25PM   8                MR. COOPERSMITH:  AND I TOLD THE COURT EARLIER THAT

04:25PM   9      WE HAD -- I HAD AN APPOINTMENT AT 9:45.

04:26PM  10           IF I'M ABLE TO MOVE THAT, WHICH NOW THAT I SEE THE COURT'S

04:26PM  11      JAMMED SCHEDULE, I WILL ATTEMPT THAT, MAYBE I'LL JUST LET

04:26PM  12      MS. ROBINSON KNOW, AND WE WOULDN'T HAVE TO TAKE A BREAK IF WE

04:26PM  13      NEEDED MORE TIME AFTER THE 9:45.

04:26PM  14           IN OTHER WORDS, I THINK THE COURT SAID WE WOULD COME BACK

04:26PM  15      LATER IN THE AFTERNOON.  BUT IF I'M ABLE TO MOVE THAT 9:45,

04:26PM  16      COULD THE COURT SORT OF CONTINUE AS LONG AS NECESSARY UNTIL THE

04:26PM  17      MATTER YOU HAVE AT 10:00, 10:30?

04:26PM  18                THE COURT:  YOU KNOW, I HAVE TO CONFESS, THAT WAS MY

04:26PM  19      INTENT.

04:26PM  20                MR. COOPERSMITH:  I SEE.

04:26PM  21                THE COURT:  I THOUGHT WE WOULD JUST GO FORWARD.  I

04:26PM  22      APOLOGIZE.  I REMEMBER YOU SAID YOU HAD A CONFLICT.  BUT I

04:26PM  23      THOUGHT WE WOULD GO 8:30 TO 10:30.

04:26PM  24                MR. COOPERSMITH:  I KNOW I'M GOING TO HAVE A

04:26PM  25      CONFLICT, YOUR HONOR.

6417

04:26PM  1              THE COURT:  I APOLOGIZE.

04:26PM  2          SO -- WELL, WE'LL SEE WHAT WE CAN DO.

04:26PM  3              MR. COOPERSMITH:  NO.  I UNDERSTAND THE SCHEDULE.

04:26PM  4      THANK YOU.

04:26PM  5              THE COURT:  THANK YOU.  HAVE GOOD A WEEKEND.  THANK

04:26PM  6      YOU.

04:26PM  7          (COURT ADJOURNED AT 4:26 P.M.)

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                        CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  MAY 20, 2022
19

20

21

22

23

24

25