1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,          )
6                                       )  CR-18-00258-EJD
                   PLAINTIFF,           )
7                                       )  SAN JOSE, CALIFORNIA
              VS.                       )
8                                       )  JUNE 23, 2022
     RAMESH "SUNNY" BALWANI,            )
9                                       )  VOLUME 40
                   DEFENDANT.           )
10   _____   )  PAGES 7400 - 7556

11

12                  TRANSCRIPT OF TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
13                  UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                            BY:  JOHN C. BOSTIC
16                               JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

18                          BY:  ROBERT S. LEACH
                                 KELLY VOLKAR
19                          1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA 94612
20
          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
     OFFICIAL COURT REPORTERS:
22                               IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                 CERTIFICATE NUMBER 8074
23                               LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                 TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2      FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                BY:  MOLLY MCCAFFERTY
 3                                   SHAWN ESTRADA
                                THE ORRICK BUILDING
 4                              405 HOWARD STREET
                                SAN FRANCISCO, CALIFORNIA 94105
 5
                                BY:  JEFFREY COOPERSMITH
 6                                   AARON BRECHER
                                     AMANDA MCDOWELL
 7                              701 FIFTH AVENUE, SUITE 5600
                                SEATTLE, WASHINGTON 98104
 8
                                BY:  STEPHEN CAZARES
 9                              77 SOUTH FIGUEROA STREET, SUITE 3200
                                LOS ANGELES, CALIFORNIA 90017
10
                                BY:  AMY WALSH
11                              51 W 52ND STREET
                                NEW YORK, NEW YORK 10019
12

13      ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                                BY:  MADDI WACHS, PARALEGAL
14                                   SARA SLATTERY, PARALEGAL

15                              ORRICK, HERRINGTON & SUTCLIFFE
                                JENNIFER CYGNOR, PARALEGAL
16
                                PROLUMINA
17                              BY:  COREY ALLEN
                                2200 SIXTH AVENUE, SUITE 425
18                              SEATTLE, WASHINGTON 98121

19                              UNITED STATES POSTAL INSPECTION SERVICE
                                BY:  CHRISTOPHER MCCOLLOW
20
                                FEDERAL BUREAU OF INVESTIGATION
21                              BY:  MARIO C. SCUSSEL

22                              UNITED STATES FOOD & DRUG
                                ADMINISTRATION
23                              BY:  GEORGE SCAVDIS

24

25
```

7402

INDEX OF PROCEEDINGS


DEFENDANT'S CLOSING ARGUMENT BY MR. COOPERSMITH        P.7411

7403

```
 1    SAN JOSE, CALIFORNIA                    JUNE 23, 2022
 2                    P R O C E E D I N G S
 3         (COURT CONVENED AT 12:04 P.M.)
 4         (JURY OUT AT 12:04 P.M.)
 5             THE COURT:  LET'S GO ON THE RECORD IN THE BALWANI
 6    CASE.
 7         ALL COUNSEL ARE PRESENT.  MR. BALWANI IS PRESENT.
 8         WE ARE OUTSIDE OF THE PRESENCE OF OUR JURY.  I JUST WANTED
 9    TO TALK WITH COUNSEL A LITTLE BIT ABOUT SCHEDULING, PLEASE, AND
10    WHERE WE'RE AT.
11         MAYBE COUNSEL CAN COME TO THE LECTERN.
12         MR. COOPERSMITH, YOU'RE IN YOUR ARGUMENT.  I'M JUST
13    CURIOUS IF YOU'RE ABLE TO TELL ME YOUR THOUGHTS ABOUT
14    SCHEDULING.
15         MY NOTES REFLECT THAT YOU'VE ARGUED 7 HOURS AND
16    45 MINUTES, AND I JUST WANT TO FOLLOW UP WITH ANY SCHEDULE THAT
17    YOU MIGHT HAVE TO OFFER.
18             MR. COOPERSMITH:  YES, YOUR HONOR, I CAN DO THAT.
19         SO I EXPECT TO FINISH MY ARGUMENTS TODAY.
20             THE COURT:  OKAY.
21             MR. COOPERSMITH:  I THINK THAT THE COURT SAID
22    YESTERDAY WE MIGHT HAVE UNTIL AS LATE AS 5:00 O'CLOCK TODAY.
23             THE COURT:  I THINK I ASKED THE JURORS THAT, AND
24    HOPEFULLY WE'LL HAVE THAT AVAILABLE TO US.
25             MR. COOPERSMITH:  RIGHT.  AND I MAY NOT NEED ALL OF
```

12:05PM 1    THAT TIME, BUT I'M GOING TO TRY VERY HARD TO FINISH THE

12:06PM 2    ARGUMENTS TODAY.

12:06PM 3        AND IT COULD BE THERE'S A LITTLE TIME FOR THE GOVERNMENT'S

12:06PM 4    REBUTTAL, OR MAYBE NOT, JUST DEPENDING ON HOW WAS IT GOES.

12:06PM 5          THE COURT:  AND BY ASKING THAT, I'M NOT SUGGESTING

12:06PM 6    IN ANY WAY, TO SUGGEST TO YOU IN ANY WAY WHAT YOUR SCHEDULE

12:06PM 7    SHOULD BE.  I'M TRYING TO INFORM MYSELF AS TO SCHEDULING.

12:06PM 8         MR. COOPERSMITH:  I DON'T TAKE IT THAT WAY,

12:06PM 9    YOUR HONOR.

12:06PM 10        THE COURT:  RIGHT.

12:06PM 11     MR. BOSTIC.

12:06PM 12        MR. BOSTIC:  THANK YOU, YOUR HONOR.  FOR THE

12:06PM 13    GOVERNMENT'S REBUTTAL, OBVIOUSLY WE NEED TO SEE WHAT ELSE IS

12:06PM 14    COVERED IN THE DEFENSE'S CLOSING, BUT MY GOAL IS TO MAKE THAT

12:06PM 15    SIGNIFICANTLY LESS THAN HALF A DAY, SO I WOULD HOPE THAT THAT

12:06PM 16    CAN BE DONE IN TWO HOURS OR SO.

12:06PM 17        THE COURT:  OKAY.

12:06PM 18        MR. BOSTIC:  IF THE DEFENSE'S CLOSING TAKES THE VAST

12:06PM 19    MAJORITY OF THIS AFTERNOON, I MIGHT ASK THE COURT WHETHER WE

12:06PM 20    CAN BEGIN AND END THE REBUTTAL TOMORROW MORNING RATHER THAN

12:06PM 21    STARTING IT TODAY, BUT WE'LL SEE HOW IT GOES.

12:06PM 22        THE COURT:  SURE.  THANK YOU FOR THAT.  THAT'S

12:06PM 23    HELPFUL.

12:06PM 24        THE OTHER QUESTION I HAD IS WE HAVE A JUROR WHO HAS -- WE

12:07PM 25    KNOW FROM HER RESPONSE IS UNAVAILABLE JULY 26TH, I THINK,

12:07PM 1    THROUGH -- EXCUSE ME, JUNE 26TH THROUGH JULY 5TH, I BELIEVE.  I

12:07PM 2    THINK SHE'S AVAILABLE JULY 5TH.

12:07PM 3         AND SHOULD THE JURY GET THE CASE TOMORROW -- SHE'S STILL

12:07PM 4    PART OF THE JURY NOW.  SHOULD THE JURY GET THE CASE TOMORROW,

12:07PM 5    MY THOUGHTS ARE THAT WE SHOULD SEE WHAT THEY DO WITH THE CASE

12:07PM 6    AND THEN DECIDE ON A PROTOCOL AS TO WHAT TO DO WITH THIS JUROR.

12:07PM 7    I BELIEVE IT'S JUROR NUMBER 10.

12:07PM 8         MR. COOPERSMITH:  YOUR HONOR, I HAD A THOUGHT ABOUT

12:07PM 9    THAT THAT I WOULD LIKE TO SUGGEST TO THE COURT.  AND I DID HAVE

12:07PM 10   A BRIEF CONVERSATION WITH MR. SCHENK AND MS. ROBINSON EARLIER

12:07PM 11   ABOUT THIS.

12:07PM 12        I'M NOT REPRESENTING THAT I'VE RESEARCHED THIS, BUT I JUST

12:07PM 13   WANTED TO THROW THIS OUT, THAT JUROR NUMBER 10 I THINK IT IS,

12:07PM 14   SINCE SHE IS GOING ON A VACATION I BELIEVE ON THE 26TH, SHE

12:08PM 15   WILL HAVE HEARD ALL OF THE CASE, AND INCLUDING ALL OF THE

12:08PM 16   ARGUMENTS, RIGHT?  AND THE INSTRUCTIONS OF THE COURT.

12:08PM 17        AND THEN IT SEEMS LIKE SHE'S LEAVING ON SUNDAY, THE JURY

12:08PM 18   MIGHT HAVE A LITTLE TIME TO DELIBERATE TOMORROW.

12:08PM 19        BUT ASSUMING THE JURY DOESN'T REACH A VERDICT TOMORROW,

12:08PM 20   THEN SHE WOULD NOT BE ABLE TO PARTICIPATE IN THE DELIBERATIONS

12:08PM 21   PRESUMABLY MONDAY, RIGHT?  SO SHE WOULD BE THEN RELEASED AS A

12:08PM 22   JUROR.

12:08PM 23        BUT MY SUGGESTION IS THAT, INSTEAD OF RELEASING HER

12:08PM 24   ALTOGETHER, IS TO CONTINUE TO HAVE HER UNDER THE COURT'S

12:08PM 25   ADMONITION ABOUT LOOKING AT THE PRESS AND SO FORTH, AND THEN

12:08PM 1   HAVING HER BASICALLY SWITCHED FROM A SEATED JUROR TO AN

12:08PM 2   ALTERNATE.

12:08PM 3       THE ONLY REASON I SUGGEST THAT IS BECAUSE I THINK THERE

12:08PM 4   MAY BE SOME OTHER DAYS WHERE ONE OR MORE JURORS AREN'T

12:08PM 5   AVAILABLE FOR THE END OF NEXT WEEK, AND IF THERE'S NO VERDICT

12:08PM 6   BY, SAY, THE 29TH, AND THERE MAY OR MAY NOT BE, THEN WE WOULD

12:08PM 7   HAVE AN EXTRA ALTERNATE THAT COULD BE CALLED BACK.  AND

12:08PM 8   OBVIOUSLY THE JURY IN THAT SITUATION HAS TO START DELIBERATIONS

12:09PM 9   ANEW.

12:09PM 10      BUT THAT WOULD GIVE US A LITTLE -- AN EXTRA SAFETY VALVE

12:09PM 11  IN CASE COVID OR WHATEVER HAPPENS, WE COULD HAVE ANOTHER JUROR

12:09PM 12  THAT COULD COME BACK WHEN SHE FINISHES WITH HER VACATION, WHICH

12:09PM 13  MIGHT BE THE 5TH OR 6TH.

12:09PM 14      SO JUST THROWING IT OUT.  AGAIN, MR. SCHENK AND I CHATTED

12:09PM 15  AND I DON'T THINK EITHER OF US ARE SURE THAT THAT'S POSSIBLE.

12:09PM 16  LIKE I DON'T HAVE ANY PRECEDENT TO CITE.  BUT I THINK IT'S

12:09PM 17  SOMETHING THAT I WANTED TO THROW OUT.

12:09PM 18          THE COURT:  SURE.  I THINK TO YOUR POINT, I BELIEVE

12:09PM 19  THAT WE HAVE INFORMATION THAT ANOTHER JUROR HAS INDICATED

12:09PM 20  TRAVEL PLANS FOR THE 30TH AND THEN RETURNING THE 5TH, I

12:09PM 21  BELIEVE.  I THINK IT'S THAT LONG WEEKEND.

12:09PM 22          THE CLERK:  SHE'S RETURNING THE 4TH, BUT WE DO HAVE

12:09PM 23  ANOTHER JUROR OUT ON THE 5TH.

12:09PM 24          THE COURT:  I'M SORRY.

12:09PM 25          THE CLERK:  WE HAVE A THIRD JUROR OUT ON THE 5TH FOR

7407

12:09PM 1    THE LONG WEEKEND.

12:09PM 2              THE COURT:  I SEE.

12:09PM 3              THE CLERK:  AS WELL AS THAT ONE WHO DEPARTS.

12:09PM 4              THE COURT:  SO WE MIGHT LOSE A JUROR ON THE 5TH,

12:09PM 5    POTENTIALLY TWO.

12:09PM 6         MR. SCHENK.

12:09PM 7              MR. SCHENK:  THANK YOU, YOUR HONOR.  A FEW THOUGHTS

12:09PM 8    ON THAT.

12:09PM 9         FIRST, I THINK THAT'S CORRECT.  MY UNDERSTANDING IS THAT

12:09PM 10   THE JURY COULD DELIBERATE WHEN THEY GET THE CASE TOMORROW,

12:10PM 11   FRIDAY, AND THEN MONDAY THROUGH THURSDAY, AND WE WOULD LOSE OUR

12:10PM 12   FIRST DELIBERATING JUROR ON THURSDAY.

12:10PM 13        AND THEN I BELIEVE THEY'RE UNABLE TO DELIBERATE THE ENTIRE

12:10PM 14   WEEK OF THE 4TH BECAUSE OF VARIOUS TRAVEL ISSUES.  I THINK ONE

12:10PM 15   OF THE JURORS IS OUT FROM THE 30TH TO THE 4TH OR 5TH, AND THEN

12:10PM 16   MY NOTES REFLECT A DIFFERENT JUROR OUT THROUGH THE 8TH.  MAYBE

12:10PM 17   I'M WRONG ABOUT THAT.  I THOUGHT THERE WAS ANOTHER JUROR WHO

12:10PM 18   HAD TRAVEL.

12:10PM 19             THE COURT:  I DON'T THINK SO.  AND I SHOULD GET MY

12:10PM 20   GREEN SHEET OFF MY DESK.

12:10PM 21             THE CLERK:  YOUR HONOR, THAT JUROR --

12:10PM 22             THE COURT:  LET ME LOOK AT THE SHEET.

12:10PM 23        (PAUSE IN PROCEEDINGS.)

12:10PM 24             THE COURT:  I SHOW ONE JUROR, 5, UNAVAILABLE JULY 5,

12:11PM 25   AND THE REST MY BOXES ARE GREEN, IF YOU WILL.

7408

12:11PM  1          MR. COOPERSMITH:  I THINK THERE'S SOME NOTATION ON

12:11PM  2   THE BOTTOM WHERE JURORS ARE UNAVAILABLE ON THE 30TH OF JUNE AND

12:11PM  3   THEN JULY 1ST.  SO THOSE TWO DAYS NEXT WEEK IT LOOKS LIKE ONE

12:11PM  4   OR MORE JURORS IS NOT AVAILABLE.

12:11PM  5          THE COURT:  YES.  JUROR NUMBER 9 LOOKS LIKE

12:11PM  6   UNAVAILABILITY FROM THE 4TH THROUGH THE 8TH.

12:11PM  7        BUT THERE'S AN INDICATION THAT THAT JUROR COULD BE HERE,

12:11PM  8   IF NECESSARY.  SO SHOULD IT BE NECESSARY, IT SOUNDS LIKE THAT

12:11PM  9   JUROR IS WILLING TO CHANGE THAT JUROR'S PLANS.

12:11PM  10         MR. COOPERSMITH:  RIGHT.  THAT'S HELPFUL.

12:11PM  11        BUT I THINK IF I'M RIGHT, YOUR HONOR, THERE'S NO -- THE

12:11PM  12   JURY WON'T BE ABLE TO DELIBERATE ON JUNE 30TH, AND THEY WILL

12:11PM  13   NOT BE ABLE TO DELIBERATE ON JULY 1ST OR JULY 5TH.

12:11PM  14        SO THAT WHAT WOULD HAPPEN IS THAT THE JURY COULD

12:11PM  15   DELIBERATE WHATEVER TIME TOMORROW, MONDAY AND TUESDAY OF NEXT

12:12PM  16   WEEK, WHICH IS THE 27TH AND 28TH, AND THEN ALSO WEDNESDAY, THE

12:12PM  17   29TH, BUT THEN IT WOULD GO DARK UNTIL JULY 6TH IS HOW I READ

12:12PM  18   THAT CHART, ASSUMING THAT THE JUROR WHO IS UNAVAILABLE FROM THE

12:12PM  19   4TH THROUGH 8TH IS WILLING TO STAY.

12:12PM  20         THE COURT:  RIGHT.

12:12PM  21         MR. SCHENK:  YES, YOUR HONOR.  THAT'S WHAT I WAS

12:12PM  22   REFERRING TO WITH REGARD TO JUROR NUMBER 9 AS POTENTIALLY

12:12PM  23   HAVING SOME CONFLICTS THAT WEEK.

12:12PM  24        WE DO STILL HAVE DELIBERATION TIME TOMORROW AND THE FIRST

12:12PM  25   PART OF THE WEEK NEXT WEEK.

12:12PM  1       I APPRECIATE THE SUGGESTION THAT MR. COOPERSMITH MADE.  I

12:12PM  2   SAID I WOULD LIKE TO SPEND A LITTLE TIME LOOKING INTO THIS

12:12PM  3   ISSUE.  I DON'T KNOW IF WE CAN.

12:12PM  4       THE COURT:  I DON'T, EITHER.  IT'S A CASE OF FIRST

12:12PM  5   IMPRESSION FOR ME.  I'VE NEVER HAD THAT HAPPEN, AND I EXPECT IT

12:12PM  6   WOULD, IF IT WERE TO HAPPEN, AT A MINIMUM I WOULD WANT A

12:13PM  7   STIPULATION FROM ALL PARTIES, INCLUDING THE DEFENSE, INDICATING

12:13PM  8   THAT YOU'VE THOROUGHLY DISCUSSED THIS WITH YOUR CLIENT AND

12:13PM  9   YOU'RE WILLING TO PROCEED IN THAT FASHION.

12:13PM 10       MR. COOPERSMITH:  YES.  THAT MAKES SENSE,

12:13PM 11   YOUR HONOR.  WE'LL DISCUSS THAT.

12:13PM 12       IN ADDITION, I THINK MAYBE MR. SCHENK AND I ARE BOTH GOING

12:13PM 13   TO LOOK INTO THIS FOR TODAY OR TONIGHT, AND THEN WE SHOULD BE

12:13PM 14   ABLE TO HAVE AN ANSWER FOR THE COURT.

12:13PM 15       THE COURT:  SURE.

12:13PM 16       MR. COOPERSMITH:  THERE MAY NOT BE ANY PRECEDENT.

12:13PM 17   IT MAY TRULY BE A CASE OF FIRST IMPRESSION, BUT IF THERE'S

12:13PM 18   ANYTHING YEA OR NAY, WE CAN TELL YOUR HONOR.

12:13PM 19       THE COURT:  ALL RIGHT.  WELL, THEN THANK YOU FOR THE

12:13PM 20   DISCUSSION.

12:13PM 21       WE'LL HAVE TO MAKE A DECISION TOMORROW AS TO JUROR

12:13PM 22   NUMBER 10, AND RIGHT NOW THAT JUROR IS A SITTING JUROR AND WILL

12:13PM 23   CONTINUE TO SIT.  THAT JUROR'S UNAVAILABILITY IS -- PRESUMABLY

12:14PM 24   WOULD BEGIN AFTER 5:00 P.M. TOMORROW.  SO WE'LL CERTAINLY HAVE

12:14PM 25   SOME INFORMATION, AND DEPENDING ON A DECISION, WE CAN CALL THAT

| | | |
|---|---|---|
| 12:14PM | 1 | JUROR OUT AND SPEAK WITH THAT PERSON INDIVIDUALLY AND GET MORE |
| 12:14PM | 2 | INFORMATION. |
| 12:14PM | 3 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 12:14PM | 4 | MR. SCHENK:  AGREED. |
| 12:14PM | 5 | THE COURT:  OKAY.  THANK YOU.  THANKS. |
| 12:14PM | 6 | ANYTHING FURTHER THEN ABOUT SCHEDULING? |
| 12:14PM | 7 | MR. SCHENK:  NO, YOUR HONOR. |
| 12:14PM | 8 | THE COURT:  THANK YOU.  THANKS FOR THE HELP ON THAT. |
| 12:14PM | 9 | I APPRECIATE IT. |
| 12:14PM | 10 | OKAY.  WE CAN BRING THEM IN.  I'M JUST GOING TO GET THAT |
| 12:14PM | 11 | SHEET. |
| 12:14PM | 12 | (PAUSE IN PROCEEDINGS.) |
| 12:19PM | 13 | (JURY IN AT 12:19 P.M.) |
| 12:19PM | 14 | THE COURT:  THANK YOU.  YOU MAY BE SEATED.  WE'RE |
| 12:19PM | 15 | BACK ON THE RECORD IN THE BALWANI MATTER. |
| 12:19PM | 16 | OUR JURORS AND ALL COUNSEL ARE PRESENT.  MR. BALWANI IS |
| 12:19PM | 17 | PRESENT. |
| 12:19PM | 18 | BEFORE I ASK MR. COOPERSMITH TO CONTINUE WITH HIS |
| 12:19PM | 19 | ARGUMENT, LET ME ASK OUR JURY AND ALTERNATES, DURING OUR BREAK, |
| 12:19PM | 20 | HAVE ANY OF YOU HAD CAUSE TO LEARN, DISCUSS, READ, LISTEN TO, |
| 12:19PM | 21 | OR IN ANY WAY LEARN ANYTHING ABOUT THIS CASE? |
| 12:19PM | 22 | IF SO, PLEASE RAISE YOUR HAND. |
| 12:19PM | 23 | I SEE NO HANDS.  THANK YOU AGAIN ON BEHALF OF COUNSEL AND |
| 12:19PM | 24 | THE COURT.  THANK YOU FOR YOUR CONTINUED FIDELITY TO THE |
| 12:19PM | 25 | COURT'S ADMONITION.  I APPRECIATE IT. |

12:19PM  1            AND, MR. COOPERSMITH, IF YOU WOULD LIKE TO CONTINUE.

12:19PM  2            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:19PM  3            **(MR. COOPERSMITH RESUMED HIS CLOSING ARGUMENT ON BEHALF OF**

12:19PM  4    **THE DEFENDANT.)**

12:19PM  5            MR. COOPERSMITH:  GOOD AFTERNOON EVERYONE.

12:19PM  6        WE'RE GOING TO CONTINUE WITH THE CLOSING ARGUMENT TODAY,

12:20PM  7    DAY THREE AS THEY SAY.  I DO EXPECT TO BE FINISHED TODAY, SO

12:20PM  8    HOPEFULLY I'LL BE ABLE TO DO THAT.

12:20PM  9        NOW, I JUST WANT TO ORIENT EVERYONE.  WHEN WE LEFT OFF

12:20PM 10    TODAY -- I'M SORRY, YESTERDAY, WE WERE TALKING ABOUT THE

12:20PM 11    SPECIFIC THERANOS INVESTORS, AND I'M JUST SHOWING THE ROAD MAP

12:20PM 12    SLIDE SO EVERYONE SEES WHERE WE ARE AT THIS POINT.

12:20PM 13        AND I TALKED ABOUT SOME OF THE INVESTORS, MR. LUCAS AND

12:20PM 14    MR. TOLBERT, BUT WE WERE TALKING ABOUT MR. GROSSMAN.  AND YOU

12:20PM 15    ALL MIGHT REMEMBER, THIS IS THE GENTLEMAN WHO TESTIFIED WHO'S

12:20PM 16    WITH A FIRM CALLED PFM, PARTNER FUND MANAGEMENT.

12:20PM 17        SO WHEN WE LEFT OFF YESTERDAY, I WAS TALKING ABOUT THE

12:20PM 18    INTERNAL EMAILS WITHIN PFM THAT EXPLAINED THE RISKS THAT PFM

12:20PM 19    WAS WELL AWARE OF GOING INTO THE INVESTMENT WITH THERANOS.

12:21PM 20        AND I WANT TO PICK UP WHERE WE LEFT OFF ON THAT.  AND I'LL

12:21PM 21    SHOW YOU THIS EXHIBIT, WHICH IS 4088.  SO THIS IS AN EMAIL FROM

12:21PM 22    BRIAN GROSSMAN TO ADAM CLAMMER, WHO IS A PERSON THAT

12:21PM 23    MR. GROSSMAN HIRED TO ASSIST PFM WITH ITS INVESTMENT DECISION.

12:21PM 24    AND THAT'S ON JANUARY 28TH, 2014.  SO THAT'S BEFORE THE

12:21PM 25    INVESTMENT.

12:21PM  1    AND MR. GROSSMAN SAYS, "LOT OF DEBATE INTERNALLY ON

12:21PM  2    ACCURACY.  I THINK IT IS BASICALLY TRUE, BUT NOT NECESSARILY

12:21PM  3    EVERY TEST TODAY.  I THINK WITHIN 6-12 MONTHS THEY WILL BE

12:21PM  4    THERE."

12:21PM  5    LET'S JUST PAUSE THERE FOR A MINUTE.  SO MR. GROSSMAN

12:21PM  6    KNOWS FULL WELL THAT THERE'S NOT NECESSARILY PERFECTION OR EVEN

12:21PM  7    CLOSE TO THAT ON EVERY THERANOS TEST, AND THAT THE PROJECTION

12:21PM  8    OR THE HOPE IS THAT WITHIN 6 TO 12 MONTHS THAT THEY WILL BE

12:22PM  9    THERE.

12:22PM  10   IT GOES ON.  IT SAYS, "THERE ARE 1300 TESTS ON THE

12:22PM  11   CLINICAL FEE SCHEDULE," SO SORT OF THE UNIVERSE OF TESTS, AND

12:22PM  12   THEN HE SAYS, "400 ARE 99 PERCENT OF VOLUME, AND 600 ARE 99.9

12:22PM  13   PERCENT."

12:22PM  14   SO MR. GROSSMAN ALSO UNDERSTANDS THAT THERE ARE A LOT OF

12:22PM  15   TESTS THAT ARE NOT ORDERED VERY MUCH SO THAT YOU DON'T NEED TO

12:22PM  16   HAVE 1300 TESTS IN ORDER TO COVER THE WATERFRONT OF, YOU KNOW,

12:22PM  17   99 PERCENT, OR OBVIOUSLY IF YOU WANTED TO GET TO 90 PERCENT, IT

12:22PM  18   WOULD PRESUMABLY BE LESS THAN 600 OR LESS THAN 400.  SO

12:22PM  19   MR. GROSSMAN KNOWS ALL OF THAT.

12:22PM  20   AND THIS INFORMATION, THE WAY THAT MR. GROSSMAN IS GETTING

12:22PM  21   HIS INFORMATION, AS HE TESTIFIED, IS FROM THERANOS.

12:22PM  22   SO THERANOS IS TALKING TO MR. GROSSMAN, AND HE'S TALKING

12:22PM  23   TO HIS TEAM ABOUT THE RISKS THAT EXIST HERE.

12:23PM  24   LET'S GO TO THE NEXT SLIDE.

12:23PM  25   MORE DISCUSSION ABOUT RISK.  THE FDA COULD CHOOSE TO SEND

12:23PM 1    A CEASE AND DESIST ORDER TO THERANOS ANY TIME BECAUSE THEIR

12:23PM 2    TESTS ARE NOT CLEARED.  THERANOS IS CORRECT THAT SUCH AN

12:23PM 3    AGGRESSIVE SCENARIO WAS UNLIKELY BUT IT COULD HAPPEN.

12:23PM 4         CLIA, THAT'S THE CMS REGULATION, DOES NOT GUARANTEE THE

12:23PM 5    COMPANY THAT THE FDA WILL NOT GO AFTER THEM.  THERE ARE

12:23PM 6    EXAMPLES OF LARGE CLIA LABS OPERATING WITHOUT FDA APPROVAL, AND

12:23PM 7    THEY NAME SOME OF THOSE.

12:23PM 8         SO, AGAIN, HE KNOWS ABOUT THESE REGULATORY RISKS.

12:23PM 9         LET'S GO FURTHER.  THIS IS IN EXHIBIT 4089 STILL.

12:23PM 10        AND HERE YOU CAN SEE IN THE FIRST HIGHLIGHTED PORTION

12:23PM 11   UNDER THE NUMBER 4, "BASED ON THE DATA I HAVE SEEN SO FAR, I DO

12:23PM 12   NOT BELIEVE THERANOS HAS ADEQUATE DATA FOR FDA APPROVAL FOR

12:24PM 13   MANY OF ITS TESTS TODAY (THEY ARE CLEARLY WORKING ON THAT)."

12:24PM 14        SO MR. GROSSMAN KNOWS FULL WELL THEY ARE WORKING ON

12:24PM 15   CONTINUED R&D WORK.  "THE KEY LIMITATION IS SAMPLE SIZE, WHICH

12:24PM 16   IS EASY TO RESOLVE, BUT FOR SOME TESTS THE PROBLEM MAY BE

12:24PM 17   DEEPER (SEE BELOW TWO EXAMPLES WHERE IT IS JUST UNCLEAR WHETHER

12:24PM 18   INCREASING THE N WOULD ACTUALLY LEAD THE TIGHTER R2)."

12:24PM 19        THAT R2 IS THE CORRELATION BETWEEN THE THERANOS TEST AND

12:24PM 20   THE FDA APPROVED DEVICE.

12:24PM 21        SO THEY ARE NOT SUGAR COATING THIS, AS MR. SCHENK ARGUED

12:24PM 22   IN THE GOVERNMENT'S CLOSING.  I THINK MR. SCHENK SAID ANY TIME

12:24PM 23   MR. BALWANI IS PROVIDING INFORMATION TO INVESTORS, INTERACTING

12:24PM 24   WITH INVESTORS, HE'S ALWAYS ON THE SIDE OF MORE ENCOURAGING

12:24PM 25   INFORMATION.

12:24PM 1    BUT HERE THERANOS IS GIVING PFM DATA THAT THEY'RE ABLE TO

12:25PM 2    USE TO SHOW, WELL, YOU KNOW, THERE ARE SOME ISSUES HERE THAT WE

12:25PM 3    HAVE TO BE AWARE OF.  AND THAT'S THE OPPOSITE OF TRYING TO

12:25PM 4    INTEND TO DEFRAUD SOMEONE WHERE YOU'RE JUST GIVING EVERYONE

12:25PM 5    POSITIVE INFORMATION ALL OF THE TIME.

12:25PM 6    IT GOES ON.  OF COURSE IN THE MIDDLE SECTION IT SAYS "I

12:25PM 7    THINK THERE IS RISK HERE."  OF COURSE THERE IS.

12:25PM 8    AND THEN IF YOU GO DOWN TO THE BOTTOM HIGHLIGHTING, IT

12:25PM 9    SAYS, "IT IS NOT UNUSUAL TO SEE RISKS LIKE THESE IN EARLY STAGE

12:25PM 10   INVESTMENTS."

12:25PM 11   I'LL JUST PAUSE THERE.  SO MR. GROSSMAN UNDERSTANDS THIS

12:25PM 12   IS AN EARLY STAGE INVESTMENT, AND OF COURSE IT IS BECAUSE AT

12:25PM 13   THIS POINT THERE ARE THREE STORES AND THE GOAL IS TO GET TO

12:25PM 14   HUNDREDS OR THOUSANDS OF STORES.  SO THAT'S WHAT MR. GROSSMAN

12:25PM 15   UNDERSTANDS.

12:25PM 16   AND YOU KNOW, I SHOULD SAY, AND I'VE BEEN SAYING THIS A

12:25PM 17   LOT BECAUSE IT'S TRUE, THAT THESE ARE ALL DOCUMENTS THAT THE

12:25PM 18   DEFENSE HAD TO SHOW ABOUT WHAT PFM REALLY UNDERSTANDS AND WHAT

12:26PM 19   THEY'RE DISCUSSING, AND WHAT RISKS THEY'RE AWARE OF, AND WHAT

12:26PM 20   THEY LEARN FROM THERANOS.

12:26PM 21   AND DURING MR. GROSSMAN'S TESTIMONY, HE BASICALLY JUST

12:26PM 22   TESTIFIED FROM MEMORY FOR THE MOST PART WITHOUT ALL OF THESE

12:26PM 23   DOCUMENTS.

12:26PM 24   AND IT'S THE DOCUMENTS, THE CONTEMPORANEOUS DOCUMENTS THAT

12:26PM 25   EXISTED AT THE TIME THAT REALLY TELL THE STORY OF WHAT HAPPENED

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

12:26PM 1    AT THERANOS, NOT SOMEONE'S MEMORY, YOU KNOW, MANY, MANY YEARS

12:26PM 2    AFTER THE FACT AS WAS THE CASE WITH MR. GROSSMAN.

12:26PM 3         LET'S GO FURTHER ON THIS SAME POINT OF RISK.

12:26PM 4         HERE'S ANOTHER ONE, AN INTERNAL EMAIL WITH MR. GROSSMAN

12:26PM 5    AND HIS TEAM ON JANUARY 29TH, 2014.  "WE HAD ONE MORE DILIGENCE

12:26PM 6    CALL TODAY WITH A SCIENTIST WHO DEVELOPS LAB BASED TESTS, AND

12:26PM 7    HE CONFIRMED EVERY POINT THAT THERANOS MADE WITH THE EXCEPTION

12:26PM 8    OF PUTTING MACHINES AT WAG LOCATIONS."

12:26PM 9         SO PFM IS NOT JUST STANDING STILL EITHER.  THEY'RE DOING

12:26PM 10   WORK.  THEY'RE TALKING TO OUTSIDE SCIENTISTS, AND THEY'RE

12:26PM 11   CONFIRMING THINGS, OR IN SOME CASES NOT CONFIRMING THINGS.

12:27PM 12        "THERANOS MEETS CLIA REQUIREMENTS ON MOST OF THEIR TESTS

12:27PM 13   AS WE KNOW.

12:27PM 14        "FDA STANDARDS ARE MUCH HIGHER THAN CLIA."

12:27PM 15        OF COURSE WE KNOW LATER THERANOS GOT APPROVAL FOR ONE OF

12:27PM 16   ITS ASSAYS RUNNING ON THEIR SYSTEM.

12:27PM 17        AND THEN IF YOU GO DOWN TO THE BOTTOM WHERE IT'S

12:27PM 18   UNDERLINED THERE IT SAYS, "I CONTINUE TO BELIEVE THAT THIS IS

12:27PM 19   AN ACCEPTABLE RISK FOR A PRIVATE INVESTMENT AS LONG AS WE

12:27PM 20   BELIEVE UPSIDE IN THE BASE CASE SCENARIO JUSTIFIES TAKING THE

12:27PM 21   RISK OF AN FDA ACTION AND/OR ROLLOUT DELAY."

12:27PM 22        SO IT'S WHAT YOU WOULD THINK.  THIS IS A COMPANY WHO IS

12:27PM 23   GOING TO INVEST A LOT OF MONEY IN THERANOS AND IS LOOKING AT

12:27PM 24   THE RISK AND REWARD, AND YES, THEY UNDERSTAND THE RISKS, BUT

12:27PM 25   THEY ALSO UNDERSTAND THERE'S GREAT REWARD IF THE WALGREENS

12:27PM 1    ROLLOUT ISN'T DELAYED AND IT GOES FORWARD IN THE WAY THAT

12:27PM 2    EVERYONE HOPES IT WILL AT THIS POINT IN TIME AND EVEN LATER IN

12:27PM 3    2014 AND '15.

12:28PM 4        GO TO THE NEXT SLIDE.

12:28PM 5        THIS IS AN EMAIL BETWEEN MR. BALWANI AND MR. GROSSMAN AND

12:28PM 6    THIS IS ON JANUARY 28TH, 2014.

12:28PM 7        AND THIS IS ABOUT MR. GROSSMAN TOURING THE LAB.  SO, FIRST

12:28PM 8    OF ALL, MR. BALWANI WRITES THERE IN THE HIGHLIGHTED SECTION AT

12:28PM 9    THE BOTTOM, "LAB IS GOING TO BE VERY DIFFICULT AS LARGE PARTS

12:28PM 10   OF IT ARE PATENT PENDING AND/OR NOT FILED YET."

12:28PM 11       WELL, WHAT WE HAVE SEEN ON SEPTEMBER, I BELIEVE IT WAS

12:28PM 12   SEPTEMBER 9TH, IT'S SEPTEMBER IN 2013, IN FACT, THERANOS FILED

12:28PM 13   THAT PATENT FOR ITS MODIFIED PREDICATE DEVICES, WHICH THERANOS

12:28PM 14   CONSIDERED ITS PROPRIETARY TECHNOLOGY.  THAT PATENT WAS

12:28PM 15   PENDING.

12:28PM 16       SO THAT IS A TRUE STATEMENT.  AND THAT'S JUST THE ONE

12:28PM 17   PATENT.

12:28PM 18       THEN MR. GROSSMAN RESPONDS, "OK THANKS.  IS THERE A WAY WE

12:28PM 19   CAN SEE A PART OF THE LAB WITHOUT COMPROMISING THE PATENT

12:29PM 20   PENDING OR UNFILED PARTS OF IT?"

12:29PM 21       SO MR. GROSSMAN UNDERSTANDS THE PROPRIETARY TECHNOLOGY AND

12:29PM 22   HE'S NOT REALLY PUSHING IT.

12:29PM 23       AND HE SAYS, "THIS IS MORE A PERFUNCTORY EXERCISE TO MAKE

12:29PM 24   SURE THERE IS ACTUALLY A LAB THERE."

12:29PM 25       SO IT'S PERFUNCTORY.  MR. GROSSMAN WANTS TO MAKE SURE THAT

12:29PM 1    THERE'S ACTUALLY A LAB.  IT'S NOT JUST AN EMPTY BUILDING OR

12:29PM 2    SOMETHING.

12:29PM 3        WELL, OF COURSE THERE'S A LAB.  WE ALL KNOW THAT.

12:29PM 4        WHAT ELSE DOES MR. GROSSMAN KNOW?

12:29PM 5        SO THIS IS ON JANUARY 28TH AS WELL.  AND MR. BALWANI IS

12:29PM 6    EMAILING MR. GROSSMAN.  AND HE SAYS, "ON YOUR TESTS.  THERE WAS

12:29PM 7    A CONTROL THAT FAILED ON ONE OF THE ASSAYS AND THE LAB RERAN

12:29PM 8    THE SAMPLE."

12:29PM 9        SO THIS IS MR. BALWANI DIRECTLY TELLING MR. GROSSMAN, A

12:29PM 10   CONTROL FAILED, SO WE RERAN IT.  HE'S NOT SUGAR COATING IT.

12:29PM 11   HE'S NOT TRYING TO HIDE THAT FROM MR. GROSSMAN.  HE'S TELLING

12:29PM 12   HIM FLAT OUT BEFORE MR. GROSSMAN'S INVESTMENT, A CONTROL

12:29PM 13   FAILED.

12:29PM 14       AND WHAT DOES MR. GROSSMAN RESPOND WHEN HE FORWARDS THAT

12:30PM 15   EMAIL TO HIS TEAM, INCLUDING DR. RABODZEY, "REAL WORLD.  REAL

12:30PM 16   WORLD."  SO HE KNOWS.

12:30PM 17       HERE'S DR. RABODZEY TALKING ABOUT TESTS HE GOT AT

12:30PM 18   THERANOS.  SO OF COURSE THEY'RE GOING TO THERANOS AND TRYING

12:30PM 19   OUT THE SERVICE.

12:30PM 20       AND BRIAN GROSSMAN SAYS, "STILL TOOK A LONG TIME."

12:30PM 21       AND DR. RABODZEY SAYS "GOT THE RESULTS.

12:30PM 22       "LOOKS CONSISTENT WITH PREVIOUS TESTS."

12:30PM 23       SO THE TEST RESULTS LOOKED GOOD IN TERMS OF THE ACCURACY

12:30PM 24   OF THEM, BUT IT TOOK A LONG TIME.

12:30PM 25       AND I WANT TO TALK ABOUT THAT FOR A MINUTE, AND WE'LL SEE

12:30PM 1        THIS IN THE NEXT EXHIBIT AS WELL.  AND THAT IS, YOU SAW, AND

12:30PM 2    YOU MAY REMEMBER IN THE SLIDE DECK THAT PFM WAS SHOWN, THERE'S

12:30PM 3    A REFERENCE TO FOUR HOUR TURN-AROUND TIME.

12:30PM 4        AND I THINK THE GOVERNMENT SAID, WELL, YOU KNOW, THIS IS

12:30PM 5    ANOTHER AREA WHERE IT'S SOME KIND OF DECEPTIVE PRACTICE TO TELL

12:31PM 6    INVESTORS THAT, WELL, WE HAVE A FOUR HOUR TURN-AROUND TIME AT

12:31PM 7    THERANOS.

12:31PM 8        BUT ACTUALLY, AS I WAS SAYING YESTERDAY, THOSE SLIDES ARE

12:31PM 9    A MIX, A HODGEPODGE OF THINGS THAT ARE HAPPENING AND THINGS

12:31PM 10   THAT THE COMPANY IS HOPING, SOME OF THE PHASE II WHERE YOU'RE

12:31PM 11   GOING TO HAVE DEVICES AT THE STORE, SOME OF THE PHASE I.

12:31PM 12       BUT HERE MR. GROSSMAN KNOWS FULL WELL, AND HIS TEAM AS

12:31PM 13   WELL, THAT THERE'S NOT GOING TO BE A FOUR HOUR TURN-AROUND TIME

12:31PM 14   WITH THERANOS IF YOU'RE DOING AN ESSENTIAL LAB MODEL.  YOU'VE

12:31PM 15   GOT TO GET THE SAMPLE COLLECTED, YOU'VE GOT TO SHIP IT TO THE

12:31PM 16   LAB, AND THEN YOU'VE GOT TO DO THE TESTS AND GET THE RESULTS.

12:31PM 17       SO THEY'RE NOT HIDING THAT.  THEY'RE NOT PUTTING OUT

12:31PM 18   RESULTS QUICKER JUST TO PLEASE MR. GROSSMAN AND HIS TEAM.

12:31PM 19   THEY'RE PUTTING RESULTS OUT WHEN THEY GET OUT, AND THE PFM

12:31PM 20   PEOPLE UNDERSTAND THAT TOOK A LONG TIME.

12:31PM 21       SAME WITH THE NEXT EXHIBIT.  THIS IS ABOUT HAVING DIRECT

12:31PM 22   CONNECTIVITY TO PHYSICIANS' OFFICES.

12:32PM 23       AND DR. RABODZEY SAYS, "I THINK THIS IS SOMETHING THAT CAN

12:32PM 24   BE RESOLVED IN THE FUTURE WHEN EVERYONE STARTS USING EMR,"

12:32PM 25   ELECTRONIC MEDICAL RECORD, "WHERE FOR THE NEXT FEW YEARS THIS

12:32PM   1   FOUR HOUR TURN AROUND TIME BENEFIT WILL BE MUTED BY THE FACT

12:32PM   2   THAT IT STILL TAKES DAYS FOR THE DOCS TO ACTUALLY SEND THE

12:32PM   3   RESULTS TO PATIENTS."

12:32PM   4       AGAIN, THEY KNOW.  THIS IS ASPIRATIONAL AND THIS IS NOT

12:32PM   5   SOMETHING THAT IS HAPPENING RIGHT NOW, AND THEY KNOW THAT

12:32PM   6   FIRSTHAND BEFORE THEY ACTUALLY INVEST.

12:32PM   7       SO LET'S TALK ABOUT A DIFFERENT SUBJECT, WHICH IS THE

12:32PM   8   VENOUS DRAW ISSUE.

12:32PM   9       SO AS I SAID YESTERDAY, THE FACT THAT THERANOS IS DOING

12:32PM  10   VENOUS DRAWS AND TRADITIONAL METHODS IS RIGHT OUT THERE IN THE

12:32PM  11   PRESS RELEASE AND ON THE WEBSITE.  THERE'S NO HIDING FROM

12:32PM  12   INVESTORS, OR THE PUBLIC FOR THAT MATTER, AS THE GOVERNMENT HAS

12:32PM  13   SUGGESTED THAT THERE'S VENOUS DRAWS AT THERANOS.

12:32PM  14       MR. GROSSMAN HAD A SLIGHTLY DIFFERENT ANGLE ON THAT I

12:32PM  15   GUESS.  HE WAS TRYING TO SAY THAT HE DIDN'T -- HE THOUGHT THAT

12:33PM  16   EVEN IF THERE WAS A VENOUS DRAW, THAT STILL WOULD BE TESTED ON

12:33PM  17   THERANOS TECHNOLOGY.  THAT WAS HIS STATEMENT.  THAT WAS THE

12:33PM  18   ONLY INVESTOR WHO SAID THAT.

12:33PM  19       BUT HERE'S THE DIALOGUE WITH HIM ON CROSS-EXAMINATION.

12:33PM  20       "QUESTION:  SO YOU KNEW AT THIS POINT IN TIME IN JANUARY

12:33PM  21   OF 2014 THAT THERANOS WAS DOING SOME VENOUS TESTING; IS THAT

12:33PM  22   RIGHT?"

12:33PM  23       HIS ANSWER WAS YES.

12:33PM  24       AND OF COURSE HE KNOWS THAT BECAUSE IT WAS RIGHT OUT THERE

12:33PM  25   IN THE PUBLIC DOCUMENTS.

12:33PM   1          AND THEN IF YOU LOOK AT THE REST OF THIS, "DURING YOUR

12:33PM   2     CONVERSATIONS WITH THERANOS, YOU DON'T REMEMBER HAVING ANY

12:33PM   3     DISCUSSIONS WITH ANYONE AT THERANOS ABOUT HOW THEY WERE TESTING

12:33PM   4     THOSE VENOUS DRAWS, DO YOU?

12:33PM   5          "I DON'T RECALL SPECIFICALLY."

12:33PM   6          SO HE WAS NOT -- THERE WAS NO REPRESENTATION THAT HE WAS

12:33PM   7     TESTIFYING ABOUT WHERE SOMEONE AT THERANOS, INCLUDING

12:33PM   8     MR. BALWANI, TOLD HIM WE'RE DOING TESTING, EVEN IF IT'S

12:33PM   9     VENOUS DRAW, WE'RE STILL TESTING ON OUR OWN TECHNOLOGY.  NOBODY

12:33PM  10     REPRESENTED THAT TO HIM.

12:33PM  11          HE SAID THAT, BUT IT'S NOT BECAUSE OF ANYTHING THAT

12:34PM  12     MR. BALWANI OR ANYONE ELSE SAID.

12:34PM  13          OKAY.  I WANT TO TURN TO A DIFFERENT SUBJECT BUT STILL

12:34PM  14     REGARDING PFM ABOUT THE FINANCIAL MODELS SPREADSHEET.

12:34PM  15          OBVIOUSLY PFM IS A SOPHISTICATED INVESTOR.  THEY'RE

12:34PM  16     LOOKING AT THE UPSIDE OF INVESTING HERE BECAUSE THEY KNOW

12:34PM  17     THEY'RE TAKING A RISK AS WE JUST WENT THROUGH.

12:34PM  18          BUT IN ORDER TO JUSTIFY THAT, THEY ALSO HAVE TO UNDERSTAND

12:34PM  19     WHAT THE UPSIDE IS.  SO THERE IS FINANCIAL MODELING THAT

12:34PM  20     THERANOS, INCLUDING MR. BALWANI, GIVES THEM, AND THEN IN

12:34PM  21     ADDITION THERE'S FINANCIAL MODELING THAT PFM DOES ON ITS OWN.

12:34PM  22          THIS IS THE MODELING THAT THERANOS PROVIDED.

12:34PM  23          SO WHAT HAPPENED HERE IS THAT MR. BALWANI, AT

12:34PM  24     MR. GROSSMAN'S REQUEST, SENT MR. GROSSMAN AN ELECTRONIC COPY OF

12:34PM  25     THE MODEL.  NOT JUST A PIECE OF PAPER BUT HERE'S THE MODEL AND

12:34PM  1    IT'S IN AN EXCEL SPREADSHEET FORMAT AND THAT'S WHAT IS ON THE

12:34PM  2    SCREEN.

12:34PM  3        SO LET'S GO TO SOME OF THE ASPECTS OF THIS.

12:35PM  4        SO THERE'S TABS ON THE BOTTOM IN EXCEL AND HOW IT USUALLY

12:35PM  5    WORKS.  THE FIRST ONE IS CALLED MACRO ASSUMPTIONS AND YOU CAN

12:35PM  6    SEE HERE RETAIL PHARMACY U.S. ONLY, THE REVENUE PER REQUISITION

12:35PM  7    IS $35.  SO EVERY PATIENT WOULD BE PAYING $35 IN THIS MODEL.

12:35PM  8        THEN IT HAS THE FULLY LOADED COST FOR A MINILAB IN 2015 IS

12:35PM  9    ESTIMATED TO BE $50,000.  AND WE'LL COME BACK TO THAT POINT ON

12:35PM  10   THE COST.  BUT THAT'S BASICALLY WHAT IT COSTS TO PRODUCE A

12:35PM  11   MINILAB.  BUT THAT'S THE PATIENT REVENUE.

12:35PM  12       AND THEN IF YOU GO TO THE NEXT TAB, WHICH IS CALLED

12:35PM  13   THERANOS MARKET ASSUMPTIONS, THIS IS INFORMATION THAT THERANOS

12:35PM  14   PROVIDED TO PFM.

12:35PM  15       SO ON THIS ONE, IF YOU LOOK RIGHT AWAY ON JANUARY 14TH,

12:35PM  16   AND THAT'S WHERE THEY WERE AT THIS POINT WHEN PFM AND THERANOS

12:35PM  17   WERE TALKING, IT SAYS THAT THE MODEL HAS 11 STORES.

12:35PM  18       WELL, MR. GROSSMAN KNEW RIGHT AWAY THAT THERE WEREN'T 11

12:35PM  19   STORES, THERE WERE 3, AND HE TALKED ABOUT THAT ON THE WITNESS

12:36PM  20   STAND.  SO IMMEDIATELY THIS WAS OUT OF DATE.

12:36PM  21       IT'S JUST A PROJECTION.  IT'S NOT REFLECTING NECESSARILY

12:36PM  22   WHAT THE REALITY IS.  INCLUDING RIGHT FROM THE GET-GO, IT WAS

12:36PM  23   11 STORES AND THERE WERE ONLY 3.  MR. GROSSMAN KNEW THAT.

12:36PM  24       SO IF YOU SCROLL THROUGH THAT SAME LINE, YOU SEE THAT

12:36PM  25   THERE'S PROJECTIONS FOR HOW THE WALGREENS PROJECT WILL EXPAND

12:36PM 1    OVER TIME.  AND, YOU KNOW, IT KEEPS ON GOING ALL THROUGH 2015

12:36PM 2    UNTIL YOU GET TO, YOU KNOW, THOUSANDS OF STORES.

12:36PM 3         AND WE LOOKED AT THAT YESTERDAY, AND I WON'T REPEAT IT,

12:36PM 4    BUT THIS IS IN JANUARY '14, THE WALGREENS PARTNERSHIP WAS

12:36PM 5    REALLY JUST BEGINNING.  THE SKY WAS THE LIMIT.  AND THAT

12:36PM 6    REMAINED TRUE ALL THROUGH '14 AND '15.

12:36PM 7         BUT THIS IS, TO ORIENT US IN TIME, THIS IS EARLY 2014.

12:36PM 8    AND THIS IS A PROJECTION.

12:36PM 9         OBVIOUSLY MR. GROSSMAN AND HIS TEAM UNDERSTAND THAT MIGHT

12:36PM 10   NOT HAPPEN.  THAT'S CALLED EXECUTION RISK.

12:37PM 11        OKAY.  LOOK AT ROW 7, THOUGH, OF THIS CHART.  AND THIS IS

12:37PM 12   THE ROW THAT HAS THE NUMBER OF TESTS PER DAY PER LOCATION.

12:37PM 13        SO THAT'S IMPORTANT INFORMATION BECAUSE IF YOU'RE GOING TO

12:37PM 14   TRY TO PROJECT WHAT THE REVENUE MIGHT LOOK LIKE, YOU WANT TO

12:37PM 15   KNOW NOT ONLY THE NUMBER OF STORES, BUT HOW MANY TESTS PER DAY

12:37PM 16   ARE YOU GOING TO DO, AND HOW MANY TESTS PER DAY ARE YOU GOING

12:37PM 17   TO BE DOING AT EACH LOCATION?

12:37PM 18        AND YOU CAN SEE THE PROJECTION IS FOR JANUARY OF 2014

12:37PM 19   THERE'S GOING TO BE 10 PATIENTS PER STORE PER DAY, AND THEN

12:37PM 20   THERE'S JUST A PROJECTION OF HOW THAT WOULD EXPAND GOING

12:37PM 21   FORWARD.

12:37PM 22        IF YOU LOOK AT ROW 17, THAT'S THE TOTAL NUMBER OF RETAIL

12:37PM 23   LOCATIONS.  SO THAT'S SIMILAR TO WHAT WE JUST LOOKED AT.

12:37PM 24        THERE IS OTHER RETAIL RELATIONSHIPS THAT YOU'VE HEARD SOME

12:37PM 25   ABOUT, INCLUDING SAFEWAY.

12:37PM   1          THE GOVERNMENT DIDN'T PRESENT ANY EVIDENCE ON THAT.  BUT

12:37PM   2     THIS IS THE TOTAL RETAIL LOCATIONS, INCLUDING WALGREENS.

12:38PM   3          ROW 22 HAS TO DO WITH PHYSICIANS' OFFICES, AND WE'LL TALK

12:38PM   4     MORE ABOUT THAT, BUT THIS IS HOW MANY PHYSICIANS' OFFICES ARE

12:38PM   5     GOING TO BE USING THERANOS FOR BLOOD TESTS.  LIKE, FOR EXAMPLE,

12:38PM   6     WHEN WE GET TO DR. ZACHMAN AND HER CLINIC, THE SOUTHWEST

12:38PM   7     CONTEMPORARY WOMEN'S CLINIC, THAT WAS ONE OF THE PHYSICIANS'

12:38PM   8     OFFICES, BUT THERE WERE OTHERS, AND THAT'S WHAT THAT

12:38PM   9     REPRESENTS, THAT ROW, AND ESTIMATING HOW MANY THAT THERE WOULD

12:38PM  10     BE -- HOW MANY PHYSICIANS' OFFICES AND WHAT THE REVENUE WOULD

12:38PM  11     BE FROM THAT.

12:38PM  12          YOU CAN SEE THAT DOESN'T EVEN START UNTIL MARCH, SO

12:38PM  13     THEY'RE NOT ESTIMATING ANY PHYSICIANS' OFFICES IN JANUARY AND

12:38PM  14     FEBRUARY.  THEY'RE HOPING TO START THAT PROGRAM IN MARCH, AT

12:38PM  15     LEAST AS A PROJECTION.

12:38PM  16          HOSPITALS IS A ROW, HOSPITALS COURIER, PICKING UP SAMPLES

12:38PM  17     FROM THE HOSPITALS.  SAME THING.  THERE'S NOTHING ESTIMATED

12:38PM  18     UNTIL APRIL, AND THEN THERE'S TEN.

12:38PM  19          SO THIS IS JUST A PROJECTION THAT IS GIVEN TO MR. GROSSMAN

12:38PM  20     AND HIS TEAM.

12:39PM  21          HOSPITAL ONSITE SERVICES.  THERE'S NO REVENUE PROJECTED

12:39PM  22     THERE AT ALL UNTIL APRIL OF 2015 IF YOU SCROLL ALL OF THE WAY

12:39PM  23     THROUGH.  SO THEY'RE NOT THINKING ABOUT THAT FOR OVER A YEAR.

12:39PM  24          AND THEN DEPARTMENT OF DEFENSE, WHICH IS ROW 35, YOU HEARD

12:39PM  25     INVESTORS TALKING ABOUT THINKING THERE WAS A RELATIONSHIP WITH

12:39PM 1    DEPARTMENT OF DEFENSE, AND WE'LL TALK MORE ABOUT THAT.  WE DID

12:39PM 2    GO THROUGH THE MILITARY RELATIONSHIP YESTERDAY.

12:39PM 3         BUT HERE THE IMPORTANT POINT IS THAT IT'S ALL TO BE

12:39PM 4    DETERMINED.  THERE'S NO REVENUE PROJECTED AT ALL FOR THE

12:39PM 5    DEPARTMENT OF DEFENSE.

12:39PM 6         SO MR. GROSSMAN IS NOT RELYING ON A PROJECTION THAT THE

12:39PM 7    MILITARY IS GOING TO BE PAYING THERANOS MONEY BECAUSE IT'S ALL

12:39PM 8    TO BE DETERMINED.  THERE'S NO NUMBERS THERE.

12:39PM 9         IF YOU GO TO THE NEXT TAB OF THE SPREADSHEET, IT'S CALLED

12:39PM 10   A PRO FORMA INCOME STATEMENT.  AND THIS MAY LOOK FAMILIAR TO

12:39PM 11   YOU BECAUSE THERE'S OTHER INVESTORS, INCLUDING RDV, WHERE THAT

12:40PM 12   WAS MS. PETERSON WHO TESTIFIED, AND ALSO MR. MOSLEY WHO SAW A

12:40PM 13   VERY SIMILAR DOCUMENT IN OCTOBER, ACTUALLY EARLIER THAN THAT

12:40PM 14   WHEN IT GOT THOSE BINDERS.  AND IT LOOKS VERY SIMILAR.

12:40PM 15        BUT YOU'LL SEE, WHEN IT GETS TO THOSE INVESTORS, THAT THE

12:40PM 16   2013 COLUMN IS NO LONGER THERE, AND THEN THE 2014 AND '15

12:40PM 17   COLUMNS ARE, AND THE NUMBERS ARE DIFFERENT.

12:40PM 18        BUT HERE THIS IS THIS PROJECTION, IT'S PROJECTED STATEMENT

12:40PM 19   OF INCOME, AND IT HAS WHAT THEY'RE THINKING.  IF YOU LOOK AT

12:40PM 20   2013, WE KNOW FROM MS. SPIVEY'S TESTIMONY THAT $25 MILLION FROM

12:40PM 21   WALGREENS CAME IN IN 2013.

12:40PM 22        AND THEN FOR 2014 IT'S A PROJECTION.  AND THERE ARE

12:40PM 23   DIFFERENT SECTORS.  SO RETAIL PHARMACIES, THAT'S WALGREENS,

12:40PM 24   PHYSICIANS' OFFICES, HOSPITALS, ONSITE HOSPITALS, AND THEN

12:40PM 25   PHARMACEUTICAL SERVICES.  AND I'M GOING TO TALK ABOUT EACH OF

12:41PM  1    THOSE.  AND DEPARTMENT OF DEFENSE.

12:41PM  2        I'M GOING TO TALK ABOUT EACH OF THOSE AS I GO FURTHER

12:41PM  3    HERE.

12:41PM  4        JUST PAUSE ON THIS FOR A MINUTE.  THERE'S ALSO COST, AND

12:41PM  5    IF YOU LOOK AT ROW 23, I THINK IT IS, RETAIL PHARMACY.  SO FAR

12:41PM  6    THE COST IS, THAT'S THE COST OF REVENUE, AND EACH OF THOSE HAS

12:41PM  7    A COST ASSOCIATED WITH IT.

12:41PM  8        NOW, MR. GROSSMAN UNDERSTOOD THAT THIS WAS JUST A MODEL.

12:41PM  9    SO AS WITH ANY MODEL, IF YOU CHANGE THE ASSUMPTIONS, THEN THE

12:41PM  10   NUMBERS, THE REVENUE NUMBERS, AND ALL OF THE OTHER NUMBERS, ARE

12:41PM  11   GOING TO CHANGE, AND THAT'S THE WHOLE POINT OF THESE KINDS OF

12:41PM  12   PROJECTIONS.  NO ONE CAN PREDICT THE FUTURE.  WE ALL WISH WE

12:41PM  13   COULD, BUT WE CAN'T.

12:41PM  14       SO THE POINT IS LET'S MODEL THIS BASED ON THE INFORMATION

12:41PM  15   THAT WE HAVE AND IN THIS CASE DISCLOSE TO MR. GROSSMAN.  HE

12:42PM  16   UNDERSTOOD THAT THE SPREADSHEET ENABLED HIM TO SEE ALL OF THE

12:42PM  17   ASSUMPTIONS, THE FORMULAS THAT WENT INTO THE MODEL.

12:42PM  18       AND IF YOU GO TO THE NEXT PAGE.

12:42PM  19       AND HE UNDERSTOOD, OF COURSE, THAT IF YOU CHANGE THE

12:42PM  20   ASSUMPTIONS, THAT WILL CHANGE THE OUTPUT IN THE MODEL.  IT'S

12:42PM  21   JUST MATH, RIGHT?

12:42PM  22       AS I SAID A MINUTE AGO, LET'S TALK ABOUT THE SOURCES OF

12:42PM  23   INCOME IN THE MODEL.

12:42PM  24       SO THERE'S THE RETAIL PHARMACY SECTOR, THERE'S THE

12:42PM  25   PHYSICIANS' OFFICES, THERE'S THE HOSPITALS, AND THERE'S THE

12:42PM  1    PHARMACEUTICAL COMPANIES IN THAT SPREADSHEET THAT WE JUST SAW.

12:42PM  2        I DON'T HAVE DEPARTMENT OF DEFENSE THERE, THE DOD, BECAUSE

12:42PM  3    THOSE WERE ALL TO BE DETERMINED.  THESE WERE THE ONES WITH

12:42PM  4    NUMBERS WITH PROJECTIONS, SO LET'S GO THROUGH THOSE ONE AT A

12:42PM  5    TIME.

12:42PM  6        SO THE FIRST ONE IS RETAIL.  AND I WON'T REPEAT WHAT I HAD

12:42PM  7    SAID YESTERDAY ABOUT WALGREENS, BUT WALGREENS WAS COMMITTED TO

12:42PM  8    A NATIONAL ROLLOUT.  THE EARLY PERIOD OF ROLLOUT REFLECTED BOTH

12:42PM  9    PARTIES OPTIMISM, AND THE LATER WALGREENS PROJECTIONS GAVE

12:43PM  10   SUNNY A REASON TO BELIEVE THAT THE ROLLOUT WOULD CONTINUE.

12:43PM  11       AND AS I SAID YESTERDAY, MR. BALWANI CERTAINLY BELIEVED

12:43PM  12   THAT IN JANUARY 2014 WHEN HE'S TALKING TO MR. GROSSMAN, HE

12:43PM  13   BELIEVED THAT IN OCTOBER OF 2014 WHEN HE'S TALKING TO

12:43PM  14   MR. MOSLEY -- MS. PETERSON AND MR. MOSLEY, AND HE BELIEVES THAT

12:43PM  15   INTO 2015 WHEN WALGREENS IS STILL TELLING THERANOS THEY'RE

12:43PM  16   COMMITTED TO THE ROLLOUT, AND THEY WANT TO COME UP WITH PLANS

12:43PM  17   TO DO THAT.

12:43PM  18       BUT THAT'S THE RETAIL ISSUE.  SO THAT, THAT REVENUE

12:43PM  19   PROJECTION THAT WAS GIVEN TO PFM IS ALL BASED ON THE WALGREENS

12:43PM  20   PROGRAM AND OTHER RETAIL PROGRAMS THAT THERANOS HAS.

12:43PM  21       THE NEXT POINT IS PHYSICIANS' OFFICES THOUGH.  AND HERE

12:43PM  22   THE QUESTION IS LIKE WHAT IS THERANOS DOING TO TRY TO MAKE THAT

12:43PM  23   A REALITY, RIGHT?

12:43PM  24       AND REMEMBER, THEY WEREN'T SAYING THAT'S GOING TO HAPPEN

12:43PM  25   RIGHT AWAY.  THEY WERE LOOKING TO ADD PHYSICIANS' OFFICES AS

12:43PM   1    THE MONTHS AND YEARS WENT BY.

12:43PM   2        AND THIS IS FROM THE WALGREENS PARTNERSHIP MEETING MINUTES

12:44PM   3    FROM -- IT HAPPENS TO BE JANUARY OF 2015.  AND THE SOURCE IS

12:44PM   4    EXHIBIT 20238.

12:44PM   5        AND HERE THERE'S A RECITATION THAT THERE'S 180 TO 200

12:44PM   6    PHYSICIANS THAT ARE USING THERANOS EXCLUSIVELY AT THAT POINT IN

12:44PM   7    TIME.

12:44PM   8        SO THERANOS DID THE WORK.  I MEAN, AS YOU HEARD IN THE

12:44PM   9    TRIAL, YOU'VE GOT TO GO TO THESE PHYSICIANS' OFFICES, YOU'VE

12:44PM   10   GOT TO EXPLAIN TO THEM WHAT THE SERVICE IS.  BUT THERANOS WAS

12:44PM   11   DOING THE HARD WORK OF LIKE UP PHYSICIANS.

12:44PM   12       SO THIS REVENUE WAS NOT MADE UP.  IT WAS SOMETHING THAT

12:44PM   13   THEY WERE REALLY DOING, AND BY JANUARY OF 2015 THEY ACTUALLY

12:44PM   14   HAD A COUPLE OF HUNDRED PHYSICIANS' OFFICES LINED UP.

12:44PM   15       HOSPITAL SECTOR.  ALSO THERANOS WAS DOING THE HARD WORK OF

12:44PM   16   ADDING HOSPITALS.  THIS IS NOT SOMETHING THAT IS MADE UP

12:44PM   17   EITHER.

12:44PM   18       AND MR. GROSSMAN HIMSELF TESTIFIED THAT AT A CONFERENCE,

12:44PM   19   INTERMOUNTAIN HEALTH SYSTEMS, A VERY LARGE HEALTH SYSTEM,

12:45PM   20   ANNOUNCED THE STRATEGIC PARTNERSHIP WITH THERANOS, ONE OF THE

12:45PM   21   LARGEST HOSPITAL NETWORKS IN THE U.S.

12:45PM   22       SO THEY WERE LINING UP HOSPITALS TO USE THE THERANOS

12:45PM   23   SERVICE.  SO, AGAIN, THESE PROJECTIONS THAT WERE MADE TO

12:45PM   24   MR. GROSSMAN, THESE WERE NOT FRAUDULENT.  THESE WERE THINGS

12:45PM   25   THAT THE COMPANY INTENDED TO DO, AND DID DO.

12:45PM 1    THE NEXT ONE IS PHARMA.  AND THE GOVERNMENT SPENT A LITTLE

12:45PM 2    TIME ON THIS IN CLOSING, I BELIEVE, SAYING THAT THEY HAD

12:45PM 3    NOTHING GOING ON WITH PHARMACEUTICAL COMPANIES.  THAT'S NOT

12:45PM 4    TRUE, EITHER.

12:45PM 5    BUT LET'S START THIS TOPIC OF PHARMACEUTICAL -- PROJECTED

12:45PM 6    REVENUE FROM PHARMACEUTICAL COMPANIES IN THIS TESTIMONY FROM

12:45PM 7    MR. GROSSMAN.

12:45PM 8    AND HE SAYS THAT "THEY," MEANING THERANOS, "TOLD US IN THE

12:45PM 9    FIRST MEETING THAT THERANOS WAS SHIFTING THEIR EMPHASIS IN THE

12:45PM 10   NEAR TERM TO THE RETAIL ROLLOUT, BUT THEY STILL HAD A VERY, A

12:45PM 11   VERY -- A BIG FOCUS ON CONTINUING TO WORK WITH PHARMA.  IT WAS

12:46PM 12   IN THE FINANCIAL MODEL THAT THEY SHOWED US."

12:46PM 13   SO THAT'S TRUE.  IT WAS IN THE FINANCIAL MODEL THAT

12:46PM 14   THERANOS SHOWED MR. GROSSMAN, AND IT'S ALSO TRUE THAT THERANOS

12:46PM 15   WAS FOCUSSING AT THAT POINT ON RETAIL.

12:46PM 16   BUT IT'S ALSO TRUE THAT THEY DID HAVE A FOCUS ON

12:46PM 17   CONTINUING TO WORK WITH PHARMA, AND I WANT TO SHOW YOU EXACTLY

12:46PM 18   WHAT THAT LOOKED LIKE IN THE FOLLOWING EXHIBITS.

12:46PM 19   SO, FIRST OF ALL, THIS IS IN THE CONTRACT.  THIS IS IN THE

12:46PM 20   CONTRACT BETWEEN THERANOS AND WALGREENS IN 2012.  AND RIGHT IN

12:46PM 21   THE CONTRACT THOSE PARTIES CONTEMPLATED THERE WOULD BE

12:46PM 22   POTENTIAL BUSINESS PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES.

12:46PM 23   THERANOS WILL EXTEND ITS CLINICAL TRIAL INFRASTRUCTURE TO

12:46PM 24   INCLUDE WALGREENS STORES SO THAT PHARMACEUTICAL CLINICAL TRIAL

12:46PM 25   PATIENTS WILL HAVE THE OPTION TO HAVE THEIR SPECIMENS COLLECTED

12:46PM   1      AT A WALGREENS LOCATION.

12:46PM   2          SO THE CONCEPT IS NOT VERY DIFFERENT FROM RETAIL.  JUST

12:46PM   3      LIKE A RETAIL CUSTOMER WHO WANTS TO GET A BLOOD TEST CAN GO TO

12:46PM   4      A WALGREENS STORE, HOPEFULLY VERY CONVENIENT FOR THEM, A PERSON

12:47PM   5      WHO IS ENROLLED IN A CLINICAL TRIAL FOR A BIG PHARMA COMPANY

12:47PM   6      CAN SIMPLY, YOU KNOW -- AND THEY HAVE TO BE MONITORED, THEIR

12:47PM   7      BLOOD MARKERS ON WHATEVER ASSAY IT IS HAVE TO BE MONITORED,

12:47PM   8      THAT PERSON CAN GO TO THE WALGREENS STORE AND GET THE TEST

12:47PM   9      THERE AND THAT RESULT WILL GO TO THE CLINICAL TRIAL STUDY FOR

12:47PM  10      THAT RESEARCH PURPOSE.

12:47PM  11          SO THAT'S WHAT WALGREENS AND THERANOS CONTEMPLATED, AND

12:47PM  12      THAT WAS RIGHT IN THE CONTRACT.

12:47PM  13          AND THEN THERANOS WORKED ON TRYING TO MAKE THAT A REALITY.

12:47PM  14          SO OBVIOUSLY YOU PROJECT REVENUE.  THE KEY IS YOU'VE GOT

12:47PM  15      TO DO SOMETHING TO TRY TO MAKE THAT REAL, AND THERANOS DID DO

12:47PM  16      THAT.

12:47PM  17          SO HERE'S AN EMAIL FROM NOVEMBER 23RD, 2013.  IT'S FROM A

12:47PM  18      PERSON AT PFIZER.  IT SAYS, "CHRISTIAN."

12:47PM  19          AND THEN THE HIGHLIGHTED PART, "PLEASE TAKE MY MAIL AS AN

12:47PM  20      EXPRESSION OF INTEREST AND EXCITEMENT WITH YOUR TECHNOLOGY AND

12:47PM  21      ASPIRATIONS THAT WE CAN MOVE FORWARD WITH DISCUSSIONS AND

12:48PM  22      HOPEFULLY A PARTNERSHIP.  THIS WOULD BE AN EXCELLENT

12:48PM  23      OPPORTUNITY TO FURTHER ENGAGE PFIZER SENIOR MANAGEMENT."

12:48PM  24          SO CONTRARY TO THE GOVERNMENT'S CLAIM WITH MR. WEBER ON

12:48PM  25      THE STAND, THIS WAS NOT -- PFIZER WAS STILL INTERESTED EVEN IN

12:48PM  1     NOVEMBER OF 2013.  BUT THAT WAS PART OF THE PHARMACEUTICAL

12:48PM  2     REVENUE THAT THERANOS WAS HOPING FOR DOWN THE LINE.

12:48PM  3          AND THEN RESPONSE FROM MS. HOLMES, "WE ARE VERY INTERESTED

12:48PM  4     IN PUTTING A LONG TERM, STRATEGIC PARTNERSHIP IN PLACE WITH

12:48PM  5     PFIZER AND LOOK FORWARD TO THE OPPORTUNITY TO DISCUSS THAT."

12:48PM  6          THIS GOES ON WELL INTO '14, 2014.  THIS IS AN EMAIL FROM A

12:48PM  7     PERSON AT GENENTECH, ANOTHER PHARMACEUTICAL COMPANY.  AND HE'S

12:48PM  8     BACK FROM SABBATICAL AND WANTS TO PICK UP THE CONVERSATION

12:48PM  9     ABOUT HOW GENENTECH, ROCHE AND WALGREENS CAN COLLABORATE IN THE

12:48PM 10     CLINICAL TRIAL SPACE.

12:48PM 11          AND THEN IT SAYS, "WOULD YOU BE ABLE TO GET MYSELF AND

12:49PM 12     SEVERAL SENIOR LEADERS FROM GENENTECH AN INTRO TO

12:49PM 13     ELIZABETH HOLMES AND A VISIT TO THERANOS."  SO THERE'S INTEREST

12:49PM 14     FROM THAT PHARMACEUTICAL COMPANY AS WELL.

12:49PM 15          MORE ON GENENTECH.  THIS IS FROM ANOTHER GENENTECH PERSON.

12:49PM 16     "WE ARE LOOKING FORWARD TO AN EXPLORATORY MEETING TO DISCUSS A

12:49PM 17     POTENTIAL PARTNERSHIP WHERE WE CAN WORK TOGETHER TO EVOLVE AND

12:49PM 18     DECENTRALIZE THE CLINICAL TRIAL MODEL."

12:49PM 19          SO DECENTRALIZE MEANS THAT YOU CAN GO GET YOUR BLOOD

12:49PM 20     TESTED AT WALGREENS RATHER THAN GOING TO SOME CENTER WHERE LIKE

12:49PM 21     ALL OF THE PATIENTS HAVE TO GO.

12:49PM 22          MR. JHAVERI IS TRYING TO MOVE THIS FORWARD.

12:49PM 23          IF YOU GO TO SLIDE 20566.1.1, MR. ALLEN.

12:50PM 24          "HI SUNNY -- WOULD YOU BE AVAILABLE ON DECEMBER 4TH?  THIS

12:50PM 25     IS AN IMPORTANT MEETING WITH GENENTECH?"

12:50PM 1        AND IT CONTINUES, THIS IS ON OCTOBER 15TH, 2014, ABOUT THE

12:50PM 2    INTRO TO THERANOS AND ELIZABETH HOLMES.

12:50PM 3        "HOWIE WILL BE GIVING A CLINICAL TRIALS OVERVIEW AND THEN

12:50PM 4    WE'D LIKE TO SEE THE PALO ALTO STORE WITH THERANOS."

12:50PM 5        AND THEN IT TALKS ABOUT THEIR EXPRESSION OF INTEREST.  SO

12:50PM 6    THEY'RE TRYING TO LINE UP THESE MEETINGS TO MOVE THAT PROJECT

12:50PM 7    FORWARD SO THAT PATIENTS CAN END UP GOING TO WALGREENS FOR

12:50PM 8    THEIR CLINICAL TRIAL TESTS.

12:50PM 9        HERE'S THE NEXT ONE.  THIS IS WITHIN WALGREENS, DR. GOLUB

12:50PM 10   AT WALGREENS IS SAYING THAT ANOTHER ISSUE IS WHETHER THEY,

12:50PM 11   GENENTECH, CAN WORK DIRECTLY WITHOUT WAG, WITHOUT WALGREENS.

12:51PM 12   AS WE DISCUSSED, IT WAS MY IMPRESSION THAT THEY WERE

12:51PM 13   CONSIDERING THIS DURING THE VISIT TO OUR STORE.

12:51PM 14       YOU CAN SEE THAT MR. JHAVERI IN THE NEXT EMAIL ON

12:51PM 15   JANUARY 2ND, 2015, HE SAYS "THANKS HOWARD.  WE SHOULD NOT HAVE

12:51PM 16   THERANOS AND GENENTECH WORK WITHOUT US.  THERE IS A REVENUE

12:51PM 17   STREAM THAT WE WILL LOSE IF PATIENTS ARE NOT COMING TO THE

12:51PM 18   STORES FOR THE THERANOS SERVICE."

12:51PM 19       SO MR. JHAVERI UNDERSTANDS THIS IS A REVENUE STREAM, AND

12:51PM 20   THAT IS EXACTLY WHAT MR. BALWANI AND THERANOS PROJECTED WHEN

12:51PM 21   THEY WERE TALKING TO MR. GROSSMAN AND OTHER INVESTORS, THAT

12:51PM 22   THERE WOULD BE A POTENTIAL REVENUE STREAM.

12:51PM 23       NOW, IT TAKES A LOT OF WORK TO PUT THAT INTO ACTION.  IT

12:51PM 24   TAKES A LOT OF MEETINGS AND WORK.  AND SOMETIMES THE TIMEFRAME

12:51PM 25   OF THAT TAKES LONGER THAN YOU WANT, AND THAT'S THE WAY BUSINESS

12:51PM  1    WORKS.  BUT THEY ARE WORKING ON THIS, AND MR. JHAVERI CERTAINLY

12:51PM  2    THINKS THIS IS A REVENUE STREAM, JUST LIKE MR. BALWANI THOUGHT.

12:51PM  3         AND THEN THERE ARE OTHER PHARMACEUTICAL COMPANIES.  THIS

12:51PM  4    ONE IS ABOUT ABBOTT.  THEY WANT TO TALK ABOUT USING THERANOS

12:52PM  5    STORES FOR A TEST TRIAL, ANOTHER BIG PHARMACEUTICAL COMPANY.

12:52PM  6         AND THEN IF WE GO TO THE NEXT ONE.

12:52PM  7         IT'S ABOUT A MEETING WITH -- ABOUT A

12:52PM  8    PFIZER/WALGREENS/THERANOS RELATIONSHIP.  "REVIEWING PFIZER'S

12:52PM  9    PROPOSED SCOPE AND MODEL FOR THE WALGREENS PILOT."

12:52PM  10        "BRAINSTORM OF KEY METRICS TO BE CAPTURED AND MEASURED AS

12:52PM  11   A BASIS FOR COMPARISON TO OUR TRADITIONAL CLINIC-BASED STUDY

12:52PM  12   APPROACH."

12:52PM  13        SO MORE INTEREST FROM PFIZER.

12:52PM  14        AND HERE'S ANTHONY BROGNO FROM WALGREENS WHO WORKS CLOSELY

12:52PM  15   WITH CASEY KOZLOWSKI, IMPLEMENTING CLINICAL TRIALS IN OUR

12:53PM  16   STORES AND PFIZER IS INTERESTED IN CONDUCTING AN EXPERIMENT.

12:53PM  17        SO THIS IS IN FEBRUARY OF 2015 AND HE'S INVITING THE

12:53PM  18   THERANOS TEAM TO HELP WITH THAT.

12:53PM  19        SO JUST PAUSING THERE TO SUM UP THAT TOPIC BEFORE WE MOVE

12:53PM  20   ON.  SO THE GOVERNMENT SPENT SOME TIME SAYING THAT THE

12:53PM  21   PHARMACEUTICAL PROJECTION THAT WAS GIVEN TO MR. GROSSMAN AND

12:53PM  22   OTHER INVESTORS, LIKE MR. MOSLEY AND RDV, THE DEVOS FAMILY, IS

12:53PM  23   JUST NOT TRUE, THAT THERE'S NOTHING GOING ON, THERE'S NO

12:53PM  24   POSSIBILITY, THIS IS DEAD.

12:53PM  25        NO.  THERE'S ACTUALLY QUITE A LOT OF INTEREST IN MOVING

12:53PM 1    THAT FORWARD, AND YOU'RE MAKING A PROJECTION, AND THEN YOU'VE

12:53PM 2    GOT TO POUND THE PAVEMENT AND HAVE MEETINGS, AND YOU'VE GOT TO

12:53PM 3    PUT IT INTO MOTION.  SOMETIMES IT WORKS OUT, SOMETIMES IT

12:53PM 4    DOESN'T.

12:53PM 5        BUT WHEN YOU START WITH THE PROJECTION, IT DOESN'T MEAN

12:53PM 6    THE PROJECTION IS FRAUDULENT IF IT ENDS UP NOT ACTUALLY

12:53PM 7    OCCURRING.  YOU ONLY CAN GO WITH THE INFORMATION THAT YOU HAVE.

12:53PM 8        AND THAT'S WHAT I MEANT A COUPLE OF DAYS AGO WHEN I TALKED

12:53PM 9    ABOUT NOT LOOKING AT THIS CASE WITH THE BENEFIT OF HINDSIGHT.

12:54PM 10       SO WHAT YOU CAN'T DO IS SAY, WELL, WE KNOW NOW THAT THEY

12:54PM 11   DIDN'T ACTUALLY HAVE CLINICAL TRIAL PATIENTS COMING TO THERANOS

12:54PM 12   STORES.

12:54PM 13       AS IT TURNS OUT, THAT'S NOT RELEVANT.  WE HAVE TO LOOK AT

12:54PM 14   WHAT MR. BALWANI WAS SEEING AT THE TIME, AND WAS HE REASONABLE

12:54PM 15   IN PROJECTING REVENUE IN THE PHARMACEUTICAL SECTOR FROM THIS

12:54PM 16   CLINICAL TRIAL WORK?

12:54PM 17       AND THE ANSWER IS YES BECAUSE THEY WERE TRYING TO MOVE

12:54PM 18   THIS FORWARD.  AND THAT'S WHAT MR. BALWANI WAS SEEING THROUGH

12:54PM 19   HIS EYES IN REAL TIME.

12:54PM 20       I WANT TO MOVE ON, THOUGH, TO ANOTHER TOPIC, BUT STILL

12:54PM 21   REGARDING THE INVESTOR PFM AND MR. GROSSMAN.  AND THAT IS,

12:54PM 22   MR. GROSSMAN MADE A BIG DEAL ON THE WITNESS STAND ABOUT THE

12:54PM 23   COST OF COMMERCIAL DEVICES VERSUS THE COST OF THERANOS

12:54PM 24   ANALYZERS.

12:54PM 25       AND HE SAID THAT HE DIDN'T KNOW ABOUT THE COMMERCIAL

12:54PM  1    ANALYZERS, AND THE REASON THIS WAS SO CONCERNING TO HIM IS

12:54PM  2    BECAUSE HE THINKS COMMERCIAL ANALYZERS ARE REALLY EXPENSIVE.

12:55PM  3    HE DIDN'T SAY WHAT THAT COST WAS.  WE DIDN'T GET THAT EVIDENCE.

12:55PM  4        BUT HE THINKS THOSE ARE EXPENSIVE AND THAT YOU HAVE TO BUY

12:55PM  5    A LOT OF COMMERCIAL ANALYZERS AS OPPOSED TO MAKING THESE

12:55PM  6    SMALLER THERANOS EDISONS THAN, YOU KNOW, THAT'S GOING TO

12:55PM  7    JUST -- I THINK HIS WORDS WERE, THERE'S NO INDUSTRIAL LOGIC TO

12:55PM  8    THAT IS WHAT HE SAID.  YOU CAN'T HAVE LOWER PRICES IF YOU'RE

12:55PM  9    ALSO BUYING THESE COMMERCIAL MACHINES.

12:55PM  10       AND I JUST WANT TO TAKE A FEW MINUTES TO UNPACK THAT.

12:55PM  11       SO WHAT MR. GROSSMAN CAN'T TELL YOU AND DIDN'T TELL YOU IS

12:55PM  12   HE DOESN'T KNOW WHAT THE THIRD PARTY MACHINES COST.  HE DIDN'T

12:55PM  13   SAY ANYTHING ABOUT THAT.

12:55PM  14       HE DIDN'T KNOW WHETHER THERANOS WAS PURCHASING OR LEASING

12:55PM  15   THEM.

12:55PM  16       HE DOESN'T KNOW HOW MANY THERANOS HAS ALREADY IN THEIR

12:55PM  17   POSSESSION, COMMERCIAL DEVICES.

12:55PM  18       HE DOESN'T KNOW WHEN THERANOS BOUGHT THE COMMERCIAL

12:55PM  19   DEVICES THEY HAVE IN THEIR POSSESSION.

12:55PM  20       AND THERE REALLY ISN'T ANY EVIDENCE IN THIS CASE ABOUT HOW

12:55PM  21   THE COST OF THIRD PARTY DEVICES WOULD AFFECT THE THERANOS

12:55PM  22   FINANCIAL MODEL.

12:55PM  23       SO IF WE GO BACK TO THE SPREADSHEET THAT WE WERE LOOKING

12:56PM  24   AT BEFORE, THIS IS EXHIBIT 13720 CAPITAL A.  SO THERE'S THE

12:56PM  25   MACRO ASSUMPTIONS TAB.  AND AT THE TOP, 2014 DEVICE COST PLUS

12:56PM 1    INSTALLATION CONFIGURATION PLUS TRAINING IS ESTIMATED TO BE

12:56PM 2    $70,000.

12:56PM 3        AND THEN 2015 COST, THE SAME COST IS ESTIMATED TO BE

12:56PM 4    $50,000, PRESUMABLY BECAUSE AS YOU GET MORE EXPERIENCE, THERE'S

12:56PM 5    WHAT IS CALLED ECONOMIES OF SCALE AND MAYBE YOU CAN MAKE THEM

12:56PM 6    FOR LESS.

12:56PM 7        SO THAT'S THE COST PROJECTION.

12:56PM 8        IF WE GO TO THE MARKET ASSUMPTIONS TAB, AND IN PARTICULAR

12:56PM 9    ROWS 53 AND 54, THEN WE SEE THERE THE TOTAL NUMBER OF MINILABS

12:56PM 10   PRODUCED.  AND IF YOU SCROLL THROUGH THAT, IT JUST HAS AN

12:56PM 11   ESTIMATE OF OVER TIME HOW MANY MORE THEY'RE GOING TO HAVE TO

12:56PM 12   ADD EACH MONTH AS TIME GOES ON TO MEET THE DEMAND THAT THEY'RE

12:56PM 13   EXPECTING, THAT THEY'RE PROJECTING.

12:56PM 14       AND YOU CAN SEE BY THE END OF 2015 WHEN THE SPREADSHEET

12:57PM 15   STOPS, THEY ARE INTO 2,000 DEVICES.  SO YOU CAN DO THE MATH,

12:57PM 16   BUT, YOU KNOW, 2,000 DEVICES AT $50 TO $70 PER DEVICE IS QUITE

12:57PM 17   A LOT OF COST, AND THERE'S NO EVIDENCE IN THIS CASE ABOUT HOW

12:57PM 18   THAT COMPARES TO THE COST OF BUYING COMMERCIAL MACHINES LIKE

12:57PM 19   SIEMENS ADVIA.

12:57PM 20       SO MR. GROSSMAN IS SAYING THAT, THAT THIS WAS A HUGE BIG

12:57PM 21   DEAL.  BUT IF HE REALLY THOUGHT IT WAS A BIG DEAL AND HE REALLY

12:57PM 22   WAS PREPARED, HE WOULD KNOW OR HE WOULD HAVE HAD THE

12:57PM 23   INFORMATION ABOUT WHAT DOES IT COST TO BUY A COMMERCIAL DEVICE

12:57PM 24   AND HOW IS THAT AFFECT THE BOTTOM LINE, AND HE'S JUST SAYING

12:57PM 25   THAT, BUT HE REALLY DOESN'T REALLY HAVE ANY DATA.

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

12:57PM 1    SO AS IT TURNS OUT, THERE REALLY ISN'T ANY EVIDENCE THAT

12:57PM 2    THAT IS TRUE, THAT SOMEHOW THIS WOULD WIPE OUT THERANOS'S

12:57PM 3    BUSINESS MODEL IF THEY HAD TO BUY SOME COMMERCIAL DEVICES.

12:57PM 4        BUT IN ANY EVENT, EVEN PUTTING THAT ASIDE, PFM KNOWS FULL

12:57PM 5    WELL THAT THERANOS HAS COMMERCIAL DEVICES.

12:58PM 6        SO LET'S LOOK AT SOME OF THE SLIDES ON EXHIBIT 4077.  THIS

12:58PM 7    IS ONE OF THE SLIDES IN THE PRESENTATION THAT WAS PROVIDED TO

12:58PM 8    PFM.  AND YOU CAN SEE RIGHT HERE THEY'RE DOING A COMPARISON.

12:58PM 9    THIS IS THAT R2 NUMBER WHERE IT'S LOOKING AT THE CORRELATION

12:58PM 10   BETWEEN THE THERANOS DEVICE AND THE COMMERCIAL DEVICE.  YOU CAN

12:58PM 11   SEE RIGHT THERE THEY'RE HAVING TO COMPARE THERANOS TO A SIEMENS

12:58PM 12   IMMULITE.

12:58PM 13       SO THERE'S A DISCLOSURE THAT, YEAH, WE HAVE COMMERCIAL

12:58PM 14   DEVICES.  WE HAVE TO USE THEM TO DO THE COMPARISON, AND HERE

12:58PM 15   YOU GO.

12:58PM 16       SAME WITH THE NEXT SLIDE.

12:58PM 17       YOU CAN SEE THERE'S A SIEMENS ADVIA NOTED THERE.  THAT'S

12:58PM 18   RIGHT IN MR. GROSSMAN'S MATERIALS THAT HE AND DR. RABODZEY AND

12:58PM 19   HIS TEAM REVIEWED.

12:58PM 20       I JUST WANT TO RETURN TO THIS WHILE WE'RE ON THE SUBJECT

12:58PM 21   OF R2 AND DATA.

12:58PM 22       IF YOU CAN GO TO THE NEXT SLIDE.

12:58PM 23       WE TALKED ABOUT THIS A LITTLE TODAY, BUT HERE'S ANOTHER

12:59PM 24   EMAIL FROM JANUARY 24TH, 2014 WHERE DR. RABODZEY IS REPORTING

12:59PM 25   THAT THE PARVOVIRUS IGG ASSAY, WITH 4 PERCENT CV, AND IT SAYS

12:59PM  1    VERSUS THE THERANOS AT 15 TO 20 PERCENT, AND HE NAMES PAGE 143.

12:59PM  2         SO HE'S LOOKING THROUGH THIS PRESENTATION AND HE SEES THAT

12:59PM  3    THERE'S SOME COEFFICIENTS OF VARIATION THAT LOOKS HIGH.

12:59PM  4         AND HE GOES ON, BASICALLY MY CONCERN IS THAT THEIR

12:59PM  5    METHODOLOGY IS STILL RAW AND/OR THEY MAY BE PUSHING LIMITS

12:59PM  6    HERE.

12:59PM  7         AND HE GOES ON TO SAY IF THEY HAVE TO RERUN THESE TESTS

12:59PM  8    QUARTERLY -- NOTE THAT THEY WILL HAVE TO RERUN THESE TESTS

12:59PM  9    QUARTERLY AND LABCORP AND QUEST WILL EAT THEM ALIVE IF THERE'S

12:59PM  10   ANY EVIDENCE OF 20 PERCENT CV HERE.

12:59PM  11        AND THEN HE SAYS RIGHT BELOW THAT, THEIR R2 IS PRETTY

01:00PM  12   POOR AT .91.  THERE ARE VERY FEW DATA POINTS AT THE VERY HIGHER

01:00PM  13   END OF THE RANGE.  THIS COMPARES TO .992 R2, THE LEINCO LABCORP

01:00PM  14   TEST ON 110 SAMPLES VERSUS THEIR 20.

01:00PM  15        SO DR. RABODZEY AND MR. GROSSMAN, THEY KNOW FULL WELL.

01:00PM  16   AND I WANT TO SAY THIS BECAUSE IT'S BEARS REPEATING THAT THIS

01:00PM  17   IS THERANOS PROVIDING THE DATA.  THAT'S THE OPPOSITE OF INTENT

01:00PM  18   TO DEFRAUD.  THEY'RE PUTTING THE DATA OUT THERE.

01:00PM  19        AND IF PFM WANTS TO LOOK AT THAT AND SAY, WELL, IT SEEMS

01:00PM  20   LIKE THEY DON'T QUITE HAVE ALL OF THEIR TESTS WHERE THEY NEED

01:00PM  21   TO BE, THEY DON'T HAVE TO INVEST.  THEY UNDERSTAND THAT THEY'RE

01:00PM  22   INVESTING IN AN EARLY STAGE COMPANY AND THERE ARE A LOT OF

01:00PM  23   RISKS ASSOCIATED WITH THAT.

01:00PM  24        EVERYONE HOPES THAT THIS IS GOING TO WORK OUT AND THAT

01:00PM  25   THOSE R2'S WILL GET BETTER AND THAT THERANOS'S ROLLOUT WILL GO

01:00PM  1    VERY SMOOTHLY AND BE A SMASHING SUCCESS.

01:00PM  2         MR. BALWANI THINKS THAT AND MR. GROSSMAN IS WILLING TO

01:00PM  3    TAKE THE RISK ON THAT.

01:01PM  4         AS I SAID EARLIER, MR. GROSSMAN DID HIS OWN MODEL, AND HE

01:01PM  5    DID NOT JUST RELY ON THERANOS.

01:01PM  6         SO THAT'S THE NEXT SPREADSHEET I WANT TO SHOW YOU.

01:01PM  7         SO THIS IS EXHIBIT 4093.  THIS IS A LOT OF FINANCIAL

01:01PM  8    ANALYSIS THAT MR. GROSSMAN AND HIS TEAM DID.  AND THEY HAVE

01:01PM  9    THEIR OWN PROJECTIONS.

01:01PM 10         NOW, IF YOU LOOK AT THE TABS IN THE BOTTOM, THE ONES THAT

01:01PM 11    ARE THE ORANGE ONES AND THE BLUE ONES ARE GENERATED BY PFM.

01:01PM 12    OKAY.

01:01PM 13         BUT YOU CAN SEE IF YOU GO TO THE VALUATION TAB AND IF YOU

01:01PM 14    LOOK AT THE ROW THAT SAYS 2015, AND THEN IT HAS THE PERCENT

01:01PM 15    GROWTH FOR THERANOS NET REVENUE.

01:01PM 16         MR. ALLEN, IF YOU COULD JUST HIGHLIGHT THAT RIGHT THERE.

01:01PM 17    THANK YOU.

01:01PM 18         THAT'S 525 PERCENT.  SO AS A JUROR YOU DON'T HAVE TO CHECK

01:02PM 19    YOUR COMMON SENSE AT THE DOOR OF THE COURTHOUSE.  525 PERCENT

01:02PM 20    GROWTH IS EXTRAORDINARY.  WE ALL HOPE FOR 525 PERCENT GROWTH IN

01:02PM 21    ALL OF THE THINGS THAT WE DO.  BUT THAT'S ENORMOUSLY

01:02PM 22    SUCCESSFUL, AND THAT'S WHAT PFM THINKS COULD HAPPEN.

01:02PM 23         BUT WHEN YOU DO THAT, YOU KNOW THAT YOU'RE ALSO TAKING ON

01:02PM 24    A LOT OF RISKS THAT IT WON'T HAPPEN.  AND THAT'S THE WHOLE

01:02PM 25    RISK/REWARD ANALYSIS THAT THESE INVESTORS ARE IN.  YES, THEY

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

01:02PM 1     STAND TO GET A LOT WEALTHIER THAN THEY ALREADY ARE IF THE

01:02PM 2     WALGREENS ROLLOUT GOES REALLY WELL, BUT AS YOU SAW YESTERDAY,

01:02PM 3     THEY'RE ALSO ALL REPRESENTING THAT WE CAN AFFORD TO LOSE OUR

01:02PM 4     ENTIRE INVESTMENT AND WE KNOW THAT COULD HAPPEN.

01:02PM 5          IN FACT -- IF YOU GO TO THE NEXT SLIDE.

01:02PM 6          MR. GROSSMAN AND HIS TEAM VALUED THERANOS AT 20.3 BILLION.

01:03PM 7     AND THAT'S JUST FOR THE U.S. PORTION OF THE BUSINESS.

01:03PM 8          THERANOS DIDN'T VALUE THE BUSINESS EVEN THAT HIGH.

01:03PM 9          IF YOU GO TO THE NEXT SLIDE.

01:03PM 10         MR. GROSSMAN UNDERSTOOD THAT THERANOS WAS VALUING THE

01:03PM 11    BUSINESS AT THAT TIME AT $17 A SHARE AT 9 BILLION.

01:03PM 12         SO THEY WERE MUCH MORE BULLISH ON THERANOS THAN EVEN

01:03PM 13    THERANOS WAS.

01:03PM 14         OKAY.  I WANT TO TALK ABOUT ANOTHER ISSUE REGARDING

01:03PM 15    MR. GROSSMAN, AND THAT IS, HE TESTIFIED ABOUT A NUMBER OF

01:03PM 16    $220 MILLION.  AND YOU CAN SEE FROM THE TESTIMONY HERE THE

01:03PM 17    QUESTION IS, AND THIS IS ON DIRECT EXAMINATION BY THE

01:03PM 18    GOVERNMENT, "IN THIS MEETING IN DECEMBER OF 2013, DID

01:03PM 19    MS. HOLMES OR MR. BALWANI MAKE ANY STATEMENTS ABOUT THE AMOUNT

01:03PM 20    OF REVENUE BEING GENERATED BY THERANOS'S RELATIONSHIP WITH

01:03PM 21    PHARMA AND THE MILITARY?"

01:03PM 22         THAT'S THE QUESTION.

01:03PM 23         AND THE ANSWER FROM MR. GROSSMAN IS, "I DON'T SPECIFICALLY

01:04PM 24    RECALL."

01:04PM 25         AND THEN HE SAYS, "WELL, I DO REMEMBER AT THE END OF THE

01:04PM  1    MEETING THEY TOLD US THEY HAD RAISED," SO THE WORD "RAISED"

01:04PM  2    SUGGESTS RAISING MONEY FROM INVESTORS.

01:04PM  3        BUT THEN HE GOES ON AND SAYS, "OH" -- SO HE CAUGHT

01:04PM  4    HIMSELF, HE DIDN'T WANT TO SAY RAISE, "I WANT TO SAY IT WAS 220

01:04PM  5    MILLION OVER THE LAST TEN YEARS THROUGH WORKING WITH THE

01:04PM  6    MILITARY AND PHARMA."

01:04PM  7        AND THEN THE QUESTION FROM THE GOVERNMENT WAS, "SO YOU

01:04PM  8    WERE TOLD THAT THERANOS HAD 220 MILLION IN REVENUE?"

01:04PM  9        KIND OF A LEADING QUESTION CONFIRMING THAT.

01:04PM  10       AND HE WAS HAPPY TO SAY YES.

01:04PM  11       "IN SOME COMBINATION FROM PHARMACEUTICAL COMPANIES AND THE

01:04PM  12   MILITARY?

01:04PM  13       "CORRECT."

01:04PM  14       SO THAT'S HIS TESTIMONY ON DIRECT.

01:04PM  15       BUT ON CROSS HERE'S WHAT HAPPENED -- SO THERE ARE THESE

01:04PM  16   NUMBERS PROVIDED TO HIM ABOUT THE COMMON STOCK, THE AMOUNT OF

01:04PM  17   COMMON STOCK OUT THERE AND THE AMOUNT OF PREFERRED STOCK.  SO

01:04PM  18   THAT'S THE INVESTMENT.

01:05PM  19       GUESS WHAT?  IT'S 225,944,000 IF YOU ADD THAT UP.  SO

01:05PM  20   ABOUT $225 MILLION.  SO IT'S ALMOST IDENTICAL TO THE 220

01:05PM  21   MILLION THAT MR. GROSSMAN REMEMBERED.

01:05PM  22       REMEMBER, HE SAID RAISED, AND THEN HE SAID, OH, AND THEN

01:05PM  23   HE WENT ON AND CLAIMED THAT IT WAS SOMETHING HE THOUGHT WAS

01:05PM  24   ACTUAL REVENUE THAT THERANOS EARNED, LIKE MILITARY AND

01:05PM  25   PHARMACEUTICAL COMPANIES PAID 225 MILLION.

01:05PM 1    THAT'S THE NUMBER THAT, AT THAT POINT IN TIME, THERANOS

01:05PM 2    HAD RAISED SINCE ITS INCEPTION, SO GOING ALL OF THE WAY BACK TO

01:05PM 3    WHEN MS. HOLMES FOUND THE COMPANY BEFORE MR. BALWANI WAS THERE.

01:05PM 4    THAT'S THE NUMBER.

01:05PM 5        AND IF YOU GO TO THE NEXT SLIDE, HERE'S WHAT HAPPENED WHEN

01:05PM 6    HE WAS ASKED ABOUT THAT FURTHER.

01:05PM 7        "AND THOSE TWO ROWS MEAN THAT THERANOS HAD RAISED ABOUT

01:05PM 8    225 MILLION BY ISSUING STOCK; CORRECT?"

01:05PM 9        AND THIS GUY, IVY LEAGUE EDUCATED HEDGE FUND MANAGER AT

01:06PM 10   PFM, SAYS, "I'M NOT SURE.  I'M NOT AN EXPERT ON BALANCE SHEET

01:06PM 11   AND ACCOUNTING FOR THIS, SO I DON'T KNOW FOR SURE.

01:06PM 12       "DON'T YOU REVIEW BALANCE SHEETS AS PART OF YOUR DAILY

01:06PM 13   BUSINESS?"

01:06PM 14       HE SAYS, WE DO, BUT HE CLAIMS IT'S COMPLICATED.

01:06PM 15       AND THEN ULTIMATELY THE ANSWER IS "I DO AGREE THAT IT

01:06PM 16   REPRESENTS 225 MILLION BETWEEN THESE TWO LINES.

01:06PM 17       "AND THAT CORRESPONDS TO STOCK, THERANOS'S STOCK; RIGHT?

01:06PM 18       "YES."

01:06PM 19       SO HE WAS ABLE TO UNDERSTAND THAT ON THE WITNESS STAND,

01:06PM 20   BUT HE WANTED TO SAY HE DOESN'T UNDERSTAND BALANCE SHEETS.  BUT

01:06PM 21   AGAIN, DOES THAT MAKE ANY SENSE FROM MR. GROSSMAN?  HE DOESN'T

01:06PM 22   UNDERSTAND BALANCE SHEETS?  YOU ALL SAW HIM.  YOU ALL HEARD

01:06PM 23   HIM.  WE ALL KNOW HIS BACKGROUND.

01:06PM 24       LET'S TURN TO ANOTHER TOPIC INVOLVING MR. GROSSMAN, AND

01:06PM 25   THAT'S THE MILITARY.

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

01:06PM 1        SO HE CLAIMED THAT HE WAS TOLD, AND THERE'S NO DOCUMENTARY

01:06PM 2    EVIDENCE OF THIS, BUT HE SAID HE WAS TOLD THAT THERANOS HAD

01:07PM 3    USED ITS ANALYZER IN THE MILITARY IN BATTLE, OR ON THE

01:07PM 4    BATTLEFIELD AT LEAST, TREATING SOLDIERS.

01:07PM 5        THERE'S NO NOTES OF THAT.  THERE'S NO EMAILS ABOUT THAT.

01:07PM 6    THERE'S NOTHING FROM THERANOS.  THERE'S NOTHING INTERNALLY AT

01:07PM 7    PFM.  WE HAVE SEEN ZERO ON THAT, OTHER THAN MR. GROSSMAN SAYING

01:07PM 8    THAT.  THERE'S NO DEPARTMENT OF DEFENSE REVENUE ACCOUNTED FOR

01:07PM 9    IN THE MODELS.

01:07PM 10       AND JUST A FEW DAYS AFTER THAT -- SO THE PFM MEETING WAS

01:07PM 11   ABOUT 11 DAYS BEFORE THAT DECEMBER 20TH INVESTOR CALL AND

01:07PM 12   THAT'S WHEN WE WOULD HAVE KNOWN EXACTLY WHAT IN THIS TIMEFRAME

01:07PM 13   MS. HOLMES WAS SAYING ABOUT THE MILITARY RELATIONSHIP AND THE

01:07PM 14   OTHER TOPICS.  I WON'T GO INTO THAT AGAIN BECAUSE WE TALKED

01:07PM 15   ABOUT IT YESTERDAY, BUT THAT WAS OUR WINDOW TO UNDERSTAND IT,

01:07PM 16   BUT THE GOVERNMENT DIDN'T PLAY IT.

01:07PM 17       BUT HERE MR. GROSSMAN IS GOING FROM MEMORY, NO NOTES, NO

01:07PM 18   EVIDENCE, NO DOCUMENTARY EVIDENCE.

01:08PM 19       AND ISN'T IT POSSIBLE, RIGHT -- I MEAN, SURE, COULD THERE

01:08PM 20   HAVE BEEN DISCUSSIONS ABOUT THE POSSIBLE USE OF THERANOS

01:08PM 21   TECHNOLOGY WITH THE MILITARY?  SURE.  I MEAN THERANOS HAD BEEN

01:08PM 22   TALKING ABOUT THAT WITH THE MILITARY AS YOU SAW YESTERDAY WITH

01:08PM 23   A WHOLE LOT OF EMAILS WITH THE DIFFERENT MILITARY COMMANDS.

01:08PM 24       SO OVER THE COURSE OF NINE YEARS, CAN MR. GROSSMAN

01:08PM 25   REMEMBER THE EXACT WORDS?  COULD THAT HAVE MORPHED FROM THEY

01:08PM 1    TALKED ABOUT THE POSSIBLE USE IN THE MILITARY AND HOW THEY WERE

01:08PM 2    TRYING TO PUT THE THERANOS TECHNOLOGY IN USE WITH THE MILITARY,

01:08PM 3    OR EVEN THAT THE THERANOS DEVICE WAS BEING TESTED ON AIRCRAFT

01:08PM 4    IN AFRICA WITH TEMPERATURES ABOVE 100 DEGREES, WHICH ACTUALLY

01:08PM 5    HAPPENED, COULD THAT HAVE MORPHED INTO THEY'RE ACTUALLY USING

01:08PM 6    THAT TO TREAT SOLDIERS WHEN YOU COMBINE THAT WITH THE BURN

01:08PM 7    STUDY WHERE THEY WERE DOING A STUDY TO SEE HOW IN THE FUTURE

01:08PM 8    MILITARY PERSONNEL WHO UNFORTUNATELY SUFFERED BURN INJURIES

01:08PM 9    COULD BE TREATED?  I THINK THAT WE CAN'T REALLY TRUST SOMEONE'S

01:08PM 10   MEMORY FOR NINE YEARS, OR NINE YEARS LATER.

01:09PM 11       AND WE CERTAINLY CAN'T TRUST SOMEONE'S MEMORY BEYOND A

01:09PM 12   REASONABLE DOUBT AT THIS POINT GIVEN EVERYTHING ELSE WE KNOW

01:09PM 13   ABOUT THE MILITARY, EVERYTHING ELSE WE KNOW ABOUT THERANOS'S

01:09PM 14   RELATIONSHIP WITH THE MILITARY, AND THE FACT THAT THE

01:09PM 15   GOVERNMENT HAD THAT CHANCE, AS I SAID, TO LET US ALL HEAR

01:09PM 16   EXACTLY WHAT HAPPENED AND THEY DIDN'T DO IT.

01:09PM 17       NOW, MR. GROSSMAN, AS YOU HEARD, AND YOU MIGHT REMEMBER

01:09PM 18   THIS ON THE STAND, HE ACTUALLY SAID THAT HE HAD EMPLOYEES

01:09PM 19   WITHIN HIS COMPANY THAT WERE ALSO GIVEN AN OPPORTUNITY TO

01:09PM 20   INVEST.  THEY DIDN'T HAVE TO DO THAT.

01:09PM 21       BUT HE HAD THIS PRACTICE OF HE WOULD -- I THINK HE CALLED

01:09PM 22   IT CO-INVESTMENT WHERE OTHER PEOPLE COULD MAKE THE SAME

01:09PM 23   INVESTMENT IN PFM AS THE COMPANY WAS MAKING.  AND I WANT TO

01:09PM 24   TALK ABOUT THAT IN A MINUTE.

01:09PM 25       THE SLIDE ON THE SCREEN THOUGH -- ACTUALLY, LET'S TALK

01:09PM 1    ABOUT THAT.

01:09PM 2         SO THE BUSINESS OUTLOOK, THIS IS THE INTERNAL MEMORANDUM

01:09PM 3    FROM PFM TO ITS OWN EMPLOYEES EXPLAINING THE UPSIDE SCENARIO

01:10PM 4    AND THE DOWNSIDE SCENARIO OF INVESTING IN THERANOS.

01:10PM 5         AGAIN, THERE'S NOTHING IN HERE ABOUT THE MILITARY OR

01:10PM 6    FLYING ON HELICOPTERS OR TREATING SOLDIERS OR REVENUE FROM THE

01:10PM 7    MILITARY OR ANYTHING LIKE THAT.  IT'S ALL REALLY ABOUT THE

01:10PM 8    RETAIL PROGRAM AND THE RISKS AND REWARDS OF THAT.

01:10PM 9         AND THAT'S EXHIBIT 7411 IF YOU WANT TO LOOK AT THAT.

01:10PM 10        SO THIS IS ALL ABOUT WALGREENS.  THAT'S WHAT, THAT'S WHAT

01:10PM 11   WAS THERE TO MAKE INVESTORS LIKE PFM VERY, VERY WEALTHY INDEED.

01:10PM 12        AND THERE'S NO REASON -- THERE'S NO EVIDENCE IN THIS CASE

01:10PM 13   THAT MR. BALWANI DIDN'T UNDERSTAND AND BELIEVE THAT WALGREENS

01:10PM 14   WAS GOING TO BE, AS I SAID, A SMASHING SUCCESS.

01:10PM 15        THE GOVERNMENT SPENT SOME TIME IN CLOSING TALKING ABOUT

01:10PM 16   HOW, WELL, EVEN IF IT'S POSSIBLE THAT MR. BALWANI BELIEVED AND

01:11PM 17   IT WAS TRUE THAT WALGREENS WAS PLANNING TO ROLL OUT A LOT OF

01:11PM 18   STORES AND HAD A NATIONAL COMMITMENT, THE GOVERNMENT SAYS,

01:11PM 19   WELL, THAT STILL DOESN'T MATTER BECAUSE THE WHOLE BUSINESS

01:11PM 20   RELATIONSHIP WITH WALGREENS WAS BUILT ON SOME KIND OF FRAUD.

01:11PM 21        WELL, WE KNOW THAT'S NOT TRUE.  SO RIGHT FROM THE

01:11PM 22   BEGINNING BEFORE THEY EVER SIGN ANY CONTRACT WITH THERANOS,

01:11PM 23   THEY GOT JOHNS HOPKINS TO EVALUATE THE TECHNOLOGY.  THEY HAD

01:11PM 24   THE DEVICE IN THEIR POSSESSION TO TEST FOR A COUPLE YEARS.

01:11PM 25        SO THERE'S NO BASIS TO SAY THAT THIS WHOLE RELATIONSHIP

01:11PM   1    WAS BUILT ON FRAUD.

01:11PM   2         MR. GROSSMAN WAS IN THE SAME POSITION AS MR. BALWANI AT

01:11PM   3    THAT POINT.  MR. BALWANI THOUGHT THEY WERE POTENTIALLY GOING TO

01:11PM   4    HAVE GREAT SUCCESS WITH WALGREENS.  HE WAS WORKING EVERY DAY

01:11PM   5    WITH EVERYTHING HE HAD TO MAKE THAT A REALITY, AND MR. GROSSMAN

01:11PM   6    WAS EXCITED ABOUT THAT, TOO, AND ENDED UP MAKING A DECISION TO

01:11PM   7    INVEST DESPITE KNOWING, AS WE JUST REVIEWED, ALL OF THE RISKS

01:11PM   8    ASSOCIATED WITH THAT.

01:11PM   9         THAT'S THE END OF MR. GROSSMAN, THAT TOPIC.

01:11PM  10         BUT I WANT TO TALK ABOUT THE NEXT INVESTOR, WHICH IS THE

01:12PM  11    DEVOS FAMILY.  AND THEIR FAMILY COMPANY, THEIR FAMILY OFFICE IS

01:12PM  12    CALLED RDV.  IT STANDS FOR RICHARD DEVOS WHO, AS YOU HEARD, WAS

01:12PM  13    THE FOUNDER OF AMWAY, AND THAT WAS WHERE THE WEALTH CAME FROM.

01:12PM  14         SO LET'S TALK ABOUT RDV.  SO THIS IS THE BASIC STRUCTURE

01:12PM  15    THAT WE LEARNED FROM MS. PETERSON.  SO YOU'VE GOT THE DEVOS

01:12PM  16    FAMILY.  THOSE ARE THE DECISION MAKERS.  THOSE ARE THE PEOPLE

01:12PM  17    WHO RUN THE FAMILY OFFICE.  THERE'S AN INVESTMENT COMMITTEE AS

01:12PM  18    WE HEARD.  AND THAT'S A ROTATING GROUP OF WHAT THEY CALL

01:12PM  19    GENERATION 2 AND GENERATION 3 PEOPLE WITHIN THE DEVOS FAMILY.

01:12PM  20         AND THEN THERE'S JERRY TUBERGEN, WHO IS SORT OF THE

01:12PM  21    INVESTMENT PROFESSIONAL WHO LEADS THAT OFFICE.  THERE'S A GUY

01:12PM  22    NAMED RANDY DAMSTRA WHO REPORTS TO MR. TUBERGEN.  WE DIDN'T

01:13PM  23    HEAR FROM ANY OF THOSE PEOPLE ON THE TOP, EXCEPT FOR

01:13PM  24    LISA PETERSON WHO IS PICTURED THERE.  THAT WAS THE PERSON WHO

01:13PM  25    WE HEARD FROM, AND SHE'S ONE OF THE PEOPLE WHO WORKS AT RDV ON

01:13PM 1    EVALUATING, ANALYZING INVESTMENTS.

01:13PM 2        SHE WANTED TO BE INVOLVED WITH THE THERANOS INVESTMENT.

01:13PM 3    SHE HAD BEEN INTERESTED IN ELIZABETH HOLMES AND THERANOS AND

01:13PM 4    SHE ASKED TO BE ON THE PROJECT, AND SHE ENDED UP BEING ON THE

01:13PM 5    PROJECT.  BUT THAT'S WHO WE HEARD FROM.

01:13PM 6        WE DIDN'T HEAR FROM THE DECISION MAKERS.  WE DIDN'T HEAR

01:13PM 7    FROM THE DEVOS FAMILY.  WE DIDN'T EVEN HEAR FROM JERRY TUBERGEN

01:13PM 8    OR RANDY DAMSTRA WHAT ABOUT WHAT THEY THOUGHT.

01:13PM 9        RICK DEVOS, DICK DEVOS, DAN DEVOS, DOUG DEVOS, THESE WERE

01:13PM 10   THE FAMILY DECISION MAKERS ON THE INVESTMENT COMMITTEE.  WE

01:13PM 11   DIDN'T HEAR FROM ANY THEM.  WE DON'T KNOW WHAT THEY THOUGHT,

01:13PM 12   WHAT THEY HEARD, WHY THEY INVESTED IN THERANOS, WHAT RISKS THEY

01:13PM 13   WERE TAKING, NOTHING.

01:13PM 14       AND AS YOU HEARD FROM MS. PETERSON, SHE CAN'T EVEN SAY

01:14PM 15   THAT THESE DECISION MAKERS READ HER MEMOS.  THEY CERTAINLY

01:14PM 16   DIDN'T READ HER SECOND MEMO.  SHE CLAIMED THE FIRST MEMO THEY

01:14PM 17   REVIEWED ON THE PLANE, BUT SHE CAN'T SAY THAT ANYONE EVER READ

01:14PM 18   HER MEMOS.

01:14PM 19       NOW, WHY DIDN'T WE HEAR FROM RICK, DICK, DAN, AND

01:14PM 20   DOUG DEVOS?  I DON'T KNOW.  THE GOVERNMENT DIDN'T CALL THEM.

01:14PM 21   THEY INVESTED $100 MILLION.  YOU WOULD THINK THEY COULD BE

01:14PM 22   BOTHERED TO COME AND TESTIFY.  BUT WE DIDN'T HEAR FROM THEM.

01:14PM 23   WE ONLY HEARD FROM MS. PETERSON.

01:14PM 24       THE CENTRAL ISSUE WITH RDV, IF WE GO TO THE NEXT SLIDE, IS

01:14PM 25   ON THE LEFT, AND THAT IS 1853, AND THAT'S A HARD COPY OF THE

01:14PM 1    PART OF THE FINANCIAL MODEL THAT MR. BALWANI AND THERANOS PUT

01:14PM 2    TOGETHER THAT WAS SENT IN A BINDER TO RDV IN AROUND JULY 2014.

01:15PM 3        THERE WERE TWO BINDERS.  ONE HAD SOME SLIDES AND THIS

01:15PM 4    DOCUMENT AND OTHER THINGS, AND THEN THERE WAS A SECOND BINDER

01:15PM 5    THAT MS. PETERSON TESTIFIED ABOUT THAT WAS ALL FINANCIAL -- I'M

01:15PM 6    SORRY, ALL SCIENTIFIC DATA THAT NO ONE EVER LOOKED AT AT RDV.

01:15PM 7    THAT'S WHAT MS. PETERSON SAID.

01:15PM 8        BUT THIS WAS IN THE FIRST BINDER.  AND IF YOU LOOK AT

01:15PM 9    EXHIBIT 1853, YOU WILL SEE AS OF JULY -- MS. PETERSON KEPT

01:15PM 10   TALKING ABOUT OCTOBER, BUT THE DATE ON IT, IT'S ON THE PAGE

01:15PM 11   AFTER THIS, BUT IT'S DATED IN JULY OF 2014, NOT OCTOBER.

01:15PM 12       IN ANY EVENT, IT'S A PROJECTED STATEMENT OF INCOME.

01:15PM 13       THE DOCUMENT ON THE RIGHT THAT WE PUT UP THERE IS JUST THE

01:15PM 14   SAME DOCUMENT THAT YOU SAW A FEW MINUTES AGO WHEN I WAS TALKING

01:15PM 15   ABOUT MR. GROSSMAN.  THAT'S MR. GROSSMAN'S -- THAT'S THE DATA,

01:15PM 16   THE SOFT COPY OF THE MODEL THAT THERANOS SENT TO MR. GROSSMAN.

01:15PM 17       AND I'LL JUST PUT IT UP THERE SO YOU CAN SEE HOW SIMILAR

01:15PM 18   IT IS.  AND YOU CAN SEE, AS I SAID BEFORE, ON THE RDV VERSION

01:16PM 19   THAT IS ON THE LEFT, THE COLUMN 12/31/2013 IS JUST CUT OFF AND

01:16PM 20   THEY HAVE 2014 AND 2015.

01:16PM 21       SO IT'S BASICALLY THE SAME THING.  IT HAS THE SAME

01:16PM 22   SECTORS, RETAIL, PHYSICIANS, HOSPITALS, PHARMACEUTICAL, AND

01:16PM 23   THEN DOD IS TO BE DETERMINED, JUST LIKE IT WAS FOR PFM.  SO NO

01:16PM 24   DOD REVENUE PROJECTED.

01:16PM 25       ON THE RETAIL SIDE, THOUGH, THIS WAS A LOT OF THE

01:16PM   1    DISCUSSION WITH MS. PETERSON WHEN SHE WAS ON THE STAND, THE

01:16PM   2    PROJECTION WAS, AND SHE WROTE IN HANDWRITING YOU CAN SEE AT THE

01:16PM   3    TOP OF THE PAGE ON THE LEFT, IT'S EXHIBIT 1853, 900 LOCATIONS.

01:16PM   4        NOW, THE GOVERNMENT CLAIMS THAT THAT'S SOME OF FRAUDULENT

01:16PM   5    PROJECTION.  IF YOU'RE PROJECTING 900 LOCATIONS, WHICH COULD

01:17PM   6    GENERATE 470 MILLION I THINK IT SAYS ON THE REVENUE SIDE,

01:17PM   7    THAT'S SOMETHING FRAUDULENT BECAUSE THE GOVERNMENT CLAIMS THAT

01:17PM   8    MR. BALWANI WOULD HAVE UNDERSTOOD FROM MR. JHAVERI AND

01:17PM   9    WALGREENS THAT THEY WERE SCALING BACK IN THE MIDDLE OF 2014 AND

01:17PM   10   THAT MR. BALWANI WOULD NOT HAVE HAD A BASIS FOR TALKING ABOUT

01:17PM   11   THE POSSIBILITY, NOT THE GUARANTEE, BUT THE POSSIBILITY IN A

01:17PM   12   PROJECTION OF 900 STORES.

01:17PM   13       WELL, WE KNOW THAT'S NOT THE CASE.  WE WENT THROUGH

01:17PM   14   YESTERDAY ALL OF THE EMAILS, ALL OF THE PARTNERSHIP MEETING

01:17PM   15   MINUTES WITH -- ABOUT MR. JHAVERI AND WALGREENS, AND THIS

01:17PM   16   PARTNERSHIP WAS EXPANDING IN AUGUST AND AFTER AUGUST OF 2014.

01:17PM   17   MR. JHAVERI WAS BRAGGING TO MR. MIQUELON ABOUT HOW HE'S GOING

01:17PM   18   TO GET IT DONE.  AND MR. MIQUELON WAS SAYING ROCK ON.  AND

01:17PM   19   MR. JHAVERI WAS TALKING ABOUT ADDITIONAL MARKETS BEYOND

01:17PM   20   CALIFORNIA, ARIZONA, AND THE NEW YORK AREA.

01:18PM   21       AND THEN HE SENDS AN EMAIL TO MR. BALWANI IN THE MIDDLE OF

01:18PM   22   AUGUST 2014 AND SAYS WE'RE GOING TO TOUCH 2,000 STORES AND LET

01:18PM   23   ME KNOW WHICH ONES OUT OF THE 2,000 YOU WANT SELECTED AS GOLD

01:18PM   24   STORES, THE DEDICATED THERANOS SPACE STORES.

01:18PM   25       TALKING ABOUT WE'RE GOING TO BE IN EVERY HEALTH CARE

01:18PM 1    CLINIC THAT WALGREENS IS GOING TO OPERATE.

01:18PM 2        SO THIS CONCEPT THAT THE 900 IS SOMEHOW FRAUDULENT, THAT

01:18PM 3    IS SIMPLY NOT TRUE.

01:18PM 4        AND EVEN IF YOU EVALUATED THAT BY ANY STANDARD IT'S NOT

01:18PM 5    TRUE, BUT CERTAINLY IN THIS CRIMINAL CASE WHEN THE STANDARD IS

01:18PM 6    BEYOND A REASONABLE DOUBT, THERE IS NO WAY TO SAY THAT

01:18PM 7    MR. BALWANI'S REPRESENTATION THAT WE COULD GET TO 900 STORES IN

01:18PM 8    2015 IS SOMEHOW A FRAUDULENT REPRESENTATION.  IT SIMPLY IS NOT.

01:18PM 9        GOING TO 2014, THERE'S REVENUE PROJECTED THERE.  THE

01:18PM 10   DOCUMENT IS DATED IN JULY, BUT THE MEETING WITH MS. PETERSON

01:18PM 11   AND THE DEVOS FAMILY DECISION MAKERS WE DIDN'T HEAR FROM WAS IN

01:18PM 12   OCTOBER OF 2014, OCTOBER 14TH, TO BE PRECISE.

01:19PM 13       AND MS. PETERSON SAID, LOOK, I -- SHE WASN'T TOLD

01:19PM 14   SPECIFICALLY THAT THERANOS HAD THAT REVENUE, $140 MILLION IN

01:19PM 15   2014, BUT SHE SAID, WELL, IT WAS GETTING LATER IN THE YEAR AND

01:19PM 16   I WOULD ASSUME THAT THEY WERE GOING TO BE CLOSE.

01:19PM 17       BUT MS. PETERSON KNEW -- AND IT'S RIGHT IN HER MEMO.  IN

01:19PM 18   HER FIRST MEMO SHE TALKS ABOUT SHE KNOWS THEY'RE IN 22 STORES.

01:19PM 19   AND THEN BY OCTOBER, I THINK SHE KNOWS THAT THERE ARE ABOUT 40

01:19PM 20   STORES.

01:19PM 21       SO IT JUST DOESN'T ADD UP.  THEY KNOW HOW MANY STORES.

01:19PM 22   THEY KNOW THAT -- AND SHE TESTIFIED TO THIS -- TO HAVE THE

01:19PM 23   REVENUE THAT IS PROJECTED HERE, YOU HAVE TO HAVE A CERTAIN

01:19PM 24   NUMBER OF STORES THAT ARE COLLECTING BLOOD AT WALGREENS AND YOU

01:19PM 25   HAVE TO HAVE A CERTAIN NUMBER OF PHYSICIAN OFFICES.

01:19PM  1    AND THESE ARE THE ASSUMPTIONS THAT I WENT THROUGH WHEN I

01:19PM  2  WAS TALKING ABOUT MR. GROSSMAN.

01:19PM  3    SO MS. PETERSON KNOWS THIS.

01:19PM  4    SO IT'S JUST MATH, AS MR. GROSSMAN SAID.

01:19PM  5    IF THEY HAVE MORE STORES, THEY'LL HAVE MORE REVENUE.

01:19PM  6  THAT'S THE LONG AND SHORT OF IT.

01:19PM  7    SO THERE'S NO INTENTION TO MISLEAD RDV, AND IN ORDER TO DO

01:20PM  8  THAT, YOU'D HAVE TO TELL THEM, NO, WE'VE REALLY GOT HUNDREDS

01:20PM  9  AND HUNDREDS OF STORES.  IF YOU DID THAT, THAT WOULD BE A

01:20PM 10  PROBLEM.

01:20PM 11    BUT THIS IS WELL-KNOWN, AND WE KNOW THAT FROM

01:20PM 12  MS. PETERSON'S OWN MOUTH THAT SHE KNOWS HOW MANY STORES THAT

01:20PM 13  THERE ARE.

01:20PM 14    IF YOU CAN GO TO THE NEXT SLIDE.

01:20PM 15    THAT'S THE WE'RE GOING TO TOUCH 2,000 STORES IN 2015.

01:20PM 16  THAT'S IN MID-AUGUST.

01:20PM 17    AGAIN, GETTING THIS EMAIL -- REGARDLESS OF WHAT YOU THINK

01:20PM 18  ABOUT MR. JHAVERI OR HOW HE'S TRYING TO DISTANCE HIMSELF, WHEN

01:20PM 19  MR. BALWANI GETS AN EMAIL LIKE THAT, WHAT IS HE SUPPOSED TO

01:20PM 20  THINK?  OBVIOUSLY, YEAH, THIS IS GOING TO BE AN EXPANDING

01:20PM 21  PARTNERSHIP.  SO IF ANYTHING, THE 900 STORES THAT MR. BALWANI

01:20PM 22  TELLS RDV IS POSSIBLE IS CONSERVATIVE COMPARED TO THE 2,000.

01:20PM 23    HERE'S SOME TESTIMONY FROM MS. PETERSON.  AND SHE

01:21PM 24  UNDERSTANDS THAT THERE'S A RISK THAT THE COMPANY, DESPITE THE

01:21PM 25  GOALS, WOULD NOT ACTUALLY BE ABLE TO OPEN ALL OF THE WALGREENS

01:21PM  1     STORES THAT THEY WANTED TO.

01:21PM  2          KIND OF AN OBVIOUS POINT, BUT IT WAS CONFIRMED WITH

01:21PM  3     MS. PETERSON.

01:21PM  4          AND HERE'S HER DESCRIPTION OF THE MEETING.  SHE SEEMED TO

01:21PM  5     HAVE A POOR MEMORY ON CROSS IN A LOT OF WAYS, BUT SHE SAID THE

01:21PM  6     MEETING WAS FOUR OR FOUR AND A HALF HOURS.  SHE AGREED WITH

01:21PM  7     THAT.

01:21PM  8          AND THEN SHE SAID, WE SPENT A FAIR AMOUNT OF TIME ON THE

01:21PM  9     FINANCIALS AND WHAT MADE UP THE FINANCIALS.  SO SHE'S AGREEING

01:21PM  10    THAT THERE WAS A FINANCIAL DISCUSSION.  MR. BALWANI LED THE

01:21PM  11    DISCUSSION ACCORDING TO MS. PETERSON, AND SHE'S SAYS IT'S A

01:21PM  12    FOUR, FOUR AND A HALF HOUR MEETING AND THERE'S A FAIR AMOUNT OF

01:21PM  13    TIME SPENT ON THE FINANCIALS.

01:21PM  14         SO WHEN YOU THINK ABOUT THAT, IN THAT TIME, EVEN IF THE

01:21PM  15    WHOLE TIME WASN'T SPENT ON FINANCIALS, THE DISCUSSION

01:22PM  16    LOGICALLY, UNFORTUNATELY MS. PETERSON SAID SHE COULDN'T

01:22PM  17    REMEMBER, BUT THE WHOLE TIME IS NOT GOING TO BE SPENT ON THE

01:22PM  18    ONE PAGE THAT MS. PETERSON -- THAT WE JUST SAW, RIGHT,

01:22PM  19    EXHIBIT 1853.

01:22PM  20         WE KNOW WHAT A FINANCIAL DISCUSSION LOOKS LIKE.  WE KNOW

01:22PM  21    WHAT MR. BALWANI WAS TALKING ABOUT WITH MR. GROSSMAN WHERE

01:22PM  22    THERE'S ASSUMPTIONS, AND IF YOU'RE CHANGING THE ASSUMPTIONS,

01:22PM  23    IT'S GOING TO BE DIFFERENT DEPENDING ON WHAT YOU THINK THE

01:22PM  24    WORLD IS GOING TO LOOK LIKE IN THE FUTURE.

01:22PM  25         AND SO LOGICALLY, THAT'S THE DISCUSSION THAT MS. PETERSON

01:22PM    1    CAN'T REMEMBER.  THEY WOULDN'T HAVE SPENT THIS TIME JUST

01:22PM    2    LOOKING AT ONE PIECE OF PAPER.

01:22PM    3         UNFORTUNATELY, SHE COULDN'T REMEMBER.

01:22PM    4         IF WE LOOK AT THE NEXT SLIDE, QUESTION:  MR. BALWANI, HIS

01:22PM    5    PARTICULAR FOCUS AT THE MEETING WAS ON FINANCIAL INFORMATION?

01:22PM    6         SHE SAYS YES.

01:22PM    7         AND THEN HIGHLIGHTED DOWN ON THE BOTTOM OF THE PAGE, IF

01:22PM    8    THERE WAS MORE INFORMATION PRESENTED ON THE SCREEN, YOU JUST

01:22PM    9    CAN'T TELL US ABOUT THAT BECAUSE YOU DON'T REMEMBER IT TODAY?

01:22PM   10         CORRECT.

01:23PM   11         SO SHE'S CLAIMING SHE DOESN'T REMEMBER.  WE KNOW THERE WAS

01:23PM   12    A FINANCIAL DISCUSSION, AND WE KNOW IT TOOK SOME TIME, AND

01:23PM   13    LOGICALLY IT'S GOING OVER THE ASSUMPTIONS, AND IF WE DON'T HAVE

01:23PM   14    THE STORES, THE REVENUE IS NOT GOING TO BE THERE.  IF WE DON'T

01:23PM   15    HAVE THE PHYSICIANS' OFFICES, THE REVENUE IS NOT GOING TO BE

01:23PM   16    THERE.  BUT THAT'S WHAT EVERYONE IS HOPING FOR.

01:23PM   17         AND MR. GROSSMAN REMEMBERED THAT MR. BALWANI REVIEWED A

01:23PM   18    FINANCIAL MODEL USING A LAPTOP, RIGHT?  SO LOGICALLY THAT'S HOW

01:23PM   19    IT'S GOING TO WORK.  THIS SOFT COPY, THE EXCEL SPREADSHEET, WE

01:23PM   20    KNOW WHAT THAT LOOKS LIKE, THE SAME PAGE THAT MS. PETERSON GOT

01:23PM   21    IS EXACTLY THE SAME FORM THAT MR. GROSSMAN GOT, SO WE KNOW IT

01:23PM   22    EXISTS IN EXCEL ELECTRONIC FORM.  AND THAT WOULD BE LOGICALLY

01:23PM   23    WHAT YOU WOULD SEE ON THE SCREEN.  BUT AGAIN, MS. PETERSON

01:23PM   24    CAN'T REMEMBER.

01:23PM   25         WHAT SHE DID DO, THOUGH, IS FILL OUT THIS INTERNAL FORM.

01:23PM 1    AND THIS IS, AS SHE EXPLAINED, JUST AN INTERNAL FORM THAT

01:23PM 2    EXISTS WITHIN RDV AND THEY'VE GOT TO PUT DOWN SOME INFORMATION

01:24PM 3    ABOUT THE PLANNED END OF THE INVESTMENT AND THE RATE OF RETURN

01:24PM 4    THAT THEY'RE GOING TO EXPECT AND THINGS LIKE THAT.

01:24PM 5          AND ON THE PLANNED EXIT OR THE PLANNED END DATE OF THE

01:24PM 6    INVESTMENT, SHE WROTE GUESS, AND THEN SHE PUT DOWN SEVEN YEARS.

01:24PM 7          THIS INFORMATION DID NOT COME FROM THERANOS.

01:24PM 8          SO AS YOU HEARD, AND YOU MIGHT REMEMBER FROM HER

01:24PM 9    TESTIMONY, THIS WAS CONTEMPLATED TO BE A LONG TERM PARTNERSHIP

01:24PM 10   BETWEEN THERANOS AND RDV.  RDV WAS NOT GETTING INTO THIS

01:24PM 11   BECAUSE THEY WERE TRYING TO MAKE A QUICK BUCK, SOME QUICK TURN

01:24PM 12   AROUND AND SELL FOR A HIGHER PRICE IN A NEAR TERM.  THIS WAS A

01:24PM 13   LONG TERM PARTNERSHIP, AND THERANOS DID NOT EVEN PROVIDE AN END

01:24PM 14   DATE.

01:24PM 15         AND IF YOU GO DOWN, YOU CAN SEE IN HANDWRITING THERE THAT

01:24PM 16   MS. PETERSON SAID WAS HERS, IT SAYS "THE HOLD PERIOD IS

01:24PM 17   INDEFINITE."

01:24PM 18         SO WHEN YOU THINK ABOUT THAT LOGICALLY, WHY WOULD THERANOS

01:24PM 19   BE LIMITED TO TELLING THIS LONG TERM INVESTMENT THAT IS GOING

01:24PM 20   TO HOLD THEIR SHARES INDEFINITELY, LET'S TELL YOU WHAT IS GOING

01:25PM 21   ON IN THE CLIA LAB RIGHT NOW, AND SOMEHOW THEY CAN'T SAY

01:25PM 22   ANYTHING MORE ABOUT WHAT THEIR HOPES AND PLANS AND RESEARCH IS

01:25PM 23   TO TRY TO GO TO PHASE II AND WHAT THE DEVICES ARE GOING TO LOOK

01:25PM 24   LIKE WHEN THE 4S IS GOING TO BE PUT INTO USE.

01:25PM 25         WHY CAN'T THEY DO THAT IN A LONG TERM INVESTMENT

01:25PM 1    RELATIONSHIP?  WHY ARE THEY LIMITED TO JUST WHAT IS GOING ON IN

01:25PM 2    THE CLIA LAB RIGHT NOW AS THE GOVERNMENT IS CLAIMING?  AND THAT

01:25PM 3    LOGICALLY DOESN'T MAKE ANY SENSE.

01:25PM 4        "NO RETURN ESTIMATES WERE PROVIDED.  THESE ARE RDV

01:25PM 5    TARGETS."

01:25PM 6        SO SHE'S PUTTING DOWN SEVEN YEARS FIVE TIMES AT 30 PERCENT

01:25PM 7    INITIAL RETURN ON INVESTMENT, INITIAL RATE OF RETURN RATHER.

01:25PM 8    THESE ARE NUMBERS SHE'S COMING UP WITH FOR INTERNAL PURPOSES.

01:25PM 9        BUT THERANOS IS NOT REPRESENTING TO RDV, YOU'RE GOING TO

01:25PM 10   MAKE A CERTAIN AMOUNT OF MONEY OR WE'RE GUARANTEEING ANYTHING

01:25PM 11   OR THIS IS GOING TO GO REALLY WELL FOR YOU.

01:25PM 12       IT'S WE'RE PROJECTING WHAT COULD HAPPEN.

01:25PM 13       AND AS I SAID BEFORE, EVERY ONE OF THESE INVESTORS SIGNED

01:26PM 14   A DOCUMENT SAYING WE UNDERSTAND THAT THIS IS SPECULATIVE.  THE

01:26PM 15   PROJECTIONS MIGHT NOT BE -- THEY MIGHT NOT COME TO PASS, AND

01:26PM 16   WE'RE REPRESENTING THAT WE COULD LOSE EVERY SINGLE CENT OF OUR

01:26PM 17   INVESTMENT EVEN, IN THE CASE OF RDV, IF IT'S $100 MILLION.

01:26PM 18       NOW, AS I MENTIONED EARLIER, THERANOS DID PROVIDE A SECOND

01:26PM 19   BINDER TO RDV.

01:26PM 20       AND WE KNOW FROM PFM AND THE WORK THAT DR. RABODZEY DID AT

01:26PM 21   PFM IN PARTICULAR, THAT THERE WAS DATA IN THIS BINDER THAT

01:26PM 22   WASN'T ALL WINE AND ROSES.  AND PFM WAS FREE TO DO THAT.

01:26PM 23       BUT THE POINT I'M REALLY MAKING, EVEN IF PFM DIDN'T --

01:26PM 24   WHICH THEY DIDN'T, THEY DIDN'T EVEN LOOK AT THE SECOND BINDER,

01:26PM 25   THAT'S WHAT MS. PETERSON SAID.  THEIR CHOICE I GUESS.

01:26PM 1        BUT THE POINT IS THAT ONCE THERANOS IS PROVIDING THIS

01:26PM 2    SCIENTIFIC DATA, THEN, JUST LIKE WITH PFM, THERE WAS NO REASON

01:26PM 3    TO SEE THAT THERE'S FRAUDULENT INTENT.

01:27PM 4        FRAUDULENT INTENT IS WHERE YOU DON'T PROVIDE DATA THAT IS

01:27PM 5    NOT ALWAYS LOOKING TERRIFIC, RIGHT?  YOU WOULD ONLY PROVIDE

01:27PM 6    CHERRY PICKED, YOU WOULD ONLY PROVIDE THE GOOD NUMBERS AND NOT

01:27PM 7    ANYTHING THAT WOULD LEAD ANYONE TO QUESTION.

01:27PM 8        AND WE KNOW WHAT THAT DATA LOOKS LIKE BECAUSE WE KNOW WHAT

01:27PM 9    DR. RABODZEY DID IN THE CASE OF PFM.

01:27PM 10       OKAY.  SO MS. PETERSON, IT LOOKED LIKE, WHEN YOU LOOK AT

01:27PM 11   HER FIRST MEMO THAT SHE WROTE, AND THEN YOU LOOK AT THE

01:27PM 12   ROGER PARLOFF ARTICLE, YOU CAN SEE IF YOU DO THAT COMPARISON

01:27PM 13   THAT MOST OF WHAT MS. PETERSON PUT IN HER MEMO IS REALLY JUST

01:27PM 14   CRIBBED FROM THE PARLOFF ARTICLE.

01:27PM 15       BUT SHE HAD THIS WAY ON THE WITNESS STAND OF ANYTHING THAT

01:27PM 16   ANYBODY ASKED HER ABOUT THIS OCTOBER 14TH MEETING THAT SHE

01:28PM 17   ATTENDED WITH THE DEVOS DECISION MAKERS, SHE WOULD READILY

01:28PM 18   AGREE THAT ANYTHING THAT WAS SAID WAS ACTUALLY SAID, REGARDLESS

01:28PM 19   OF THE TOPIC.

01:28PM 20       IF YOU HAD ASKED HER, I SUSPECT, ABOUT ANY OTHER THING

01:28PM 21   THAT HAPPENED IN THE WORLD THAT WAS SAID AT THE MEETING, IF SHE

01:28PM 22   THOUGHT IT WOULD HELP THE GOVERNMENT, SHE WOULD SAY, YEAH, THAT

01:28PM 23   HAPPENED AT THE MEETING, TOO.  THAT WAS TOLD TO ME AS WELL,

01:28PM 24   RIGHT?

01:28PM 25       BUT HERE, SHE'S ACTUALLY GOT A PROBLEM BECAUSE SHE'S

01:28PM 1    CLAIMING THERE'S A PARTICULAR STATEMENT, RIGHT?

01:28PM 2        SO THE QUESTION IS, ON CROSS, "SO IS IT YOUR TESTIMONY

01:28PM 3    TODAY UNDER OATH THAT YOU RECEIVED A SPECIFIC STATEMENT FROM

01:28PM 4    MR. BALWANI THAT EVERY SINGLE TEST THAT THEY WERE DOING WAS RUN

01:28PM 5    ON A THERANOS ANALYZER?"

01:28PM 6        SHE SAYS, "I DON'T RECALL SPECIFICALLY WHO SAID IT, BUT

01:28PM 7    THAT'S WHAT WE WERE TOLD."

01:28PM 8        RIGHT?  SO THIS IS ONE OF THOSE EXAMPLES WHERE ANYTHING

01:28PM 9    ABOUT THIS OCTOBER 14TH MEETING, IF IT LOOKS BAD FOR

01:28PM 10   MR. BALWANI, SHE'S WILLING TO JUMP ON IT AND SAY, YEAH, THAT

01:29PM 11   WAS SAID TO ME, TOO.

01:29PM 12       BUT THEN HERE'S WHAT HAPPENED.  THERE WAS PRIOR TESTIMONY

01:29PM 13   THAT SHE GAVE ACTUALLY TO THE GRAND JURY, AND ONE OF THE GRAND

01:29PM 14   JURORS ASKED THIS QUESTION, AND THE QUESTION WAS:  "WELL, I

01:29PM 15   DON'T HEAR THAT THERE WAS EVER A STATEMENT THAT THE ACTUAL 150

01:29PM 16   OR 200 TESTS WERE ALL CONDUCTED USING THAT EQUIPMENT.  I DON'T

01:29PM 17   HEAR THAT STATEMENT."

01:29PM 18       THAT WAS A QUESTION THAT THE JUROR ASKED HER.

01:29PM 19       AND SHE SAID, "I DON'T RECALL A SPECIFIC, YOU KNOW, SHE

01:29PM 20   SAID THIS ON THIS DATE."

01:29PM 21       AND THEN SHE GOES ON TO SAY, YEAH, BUT EVERYTHING ELSE WE

01:29PM 22   WERE TOLD LED ME TO BELIEVE THAT.

01:29PM 23       BUT SHE WAS CLAIMING ON THE STAND, UNDER OATH, THAT THERE

01:29PM 24   WAS A SPECIFIC STATEMENT MADE BY EITHER MR. BALWANI OR

01:29PM 25   MS. HOLMES AT THIS OCTOBER 14TH MEETING THAT THEY WERE DOING

01:29PM 1    EVERY SINGLE TEST ON THE ANALYZER, BUT IN PRIOR TESTIMONY SHE

01:29PM 2    AGREED THAT SHE DIDN'T RECALL A SPECIFIC STATEMENT THAT SOMEONE

01:29PM 3    SAID THAT ON THAT DATE.

01:29PM 4        SO THAT'S WHY IT'S IMPORTANT TO REVIEW PRIOR TESTIMONY

01:30PM 5    SOMETIMES.  BUT THAT'S WHAT HAPPENED WITH MS. PETERSON.

01:30PM 6        SHE ALSO, IF YOU REMEMBER HER TESTIMONY, TALKED ABOUT THE

01:30PM 7    MILITARY RELATIONSHIP, BUT SHE COULDN'T SAY THERE WAS A

01:30PM 8    REPRESENTATION TO HER MADE ABOUT TREATING SOLDIERS ON THE

01:30PM 9    BATTLEFIELD.

01:30PM 10       OKAY.  IF YOU GO TO THE NEXT SLIDE.

01:30PM 11       SO HER TESTIMONY WAS THAT SHE WAS TRYING TO FIND ANYTHING

01:30PM 12   SHE COULD IN THE PUBLIC REALM, RIGHT, WHEN SHE WAS WORKING ON

01:30PM 13   THIS PROJECT ABOUT WHETHER RDV SHOULD INVEST IN THERANOS.

01:30PM 14       IT MAKES SENSE.  YOU WOULD DO GOOGLE SEARCHES AND SO

01:30PM 15   FORTH.

01:30PM 16       IF YOU WERE DOING THAT, IT WOULDN'T BE HARD TO FIND THE

01:30PM 17   THERANOS WEBSITE OR THE THERANOS PRESS RELEASE WITH WALGREENS,

01:30PM 18   RIGHT?

01:31PM 19       AND THE WEBSITE, AS YOU CAN SEE RIGHT THERE, SAYS "INSTEAD

01:31PM 20   OF A HUGE NEEDLE, WE CAN USE A TINY FINGERSTICK OR COLLECT A

01:31PM 21   MICRO-SAMPLE FROM A VENOUS DRAW."

01:31PM 22       SO THAT'S RIGHT OUT THERE.  THERE'S NO HIDING THE FACT

01:31PM 23   THAT THERE'S VENOUS DRAWS.

01:31PM 24       AND MS. PETERSON DOESN'T REMEMBER THAT.  BUT IF SHE'S

01:31PM 25   DOING A GOOGLE SEARCH, SHE'S DOING PUBLIC INFORMATION SEARCHES,

01:31PM 1      THERE'S NO REASON WHY SHE WOULDN'T COME ACROSS THAT.

01:31PM 2            IN ANY EVENT, IT'S RIGHT OUT THERE, SO THE INTENT IS TO

01:31PM 3      MAKE SURE THAT'S KNOWN TO THE PUBLIC.

01:31PM 4            AND THE SAME WITH THE WALGREENS PRESS RELEASE THAT WE SAW

01:31PM 5      BEFORE.

01:31PM 6            THIS IS THE ROGER PARLOFF ARTICLE.  THIS IS THE "FORTUNE"

01:31PM 7      MAGAZINE ARTICLE THAT CAME OUT IN JULY OF 2014 THAT YOU'VE

01:31PM 8      HEARD ABOUT.

01:31PM 9            AND RIGHT IN THE ARTICLE -- LET ME JUST STEP BACK FOR A

01:31PM 10     MINUTE.

01:31PM 11           SO MS. PETERSON WAS CLAIMING THAT SHE DOESN'T KNOW THAT

01:31PM 12     THE BLOOD IS BEING COLLECTED AT WALGREENS AND TRANSPORTED TO A

01:32PM 13     CENTRAL LAB.  SHE THINKS THAT THE TESTING IS GOING ON RIGHT IN

01:32PM 14     THE STORES WITH THE THERANOS TECHNOLOGY WITH THE EDISONS RIGHT

01:32PM 15     IN THE WALGREENS STORE.  AND THERE'S NO EVIDENCE ABOUT WHY SHE

01:32PM 16     THINKS THAT.

01:32PM 17           BUT RIGHT IN THE "FORTUNE" ARTICLE THAT SHE CLAIMS THAT

01:32PM 18     SHE READ, IT SAYS RIGHT THERE, "THE SCALE OF THERANOS'S

01:32PM 19     OPERATIONS AT THE MOMENT IS MODEST.  ITS PHLEBOTOMISTS

01:32PM 20     CURRENTLY TAKE PHYSICIAN ORDERED BLOOD DRAWS (AND SALIVA,

01:32PM 21     URINE, FECES, AND OTHER SAMPLES) AT COLLECTION CENTERS THE

01:32PM 22     COMPANY OPERATES AT ITS HEADQUARTERS IN PALO ALTO AND AT 21

01:32PM 23     WALGREENS, ONE IN PALO ALTO AND THE REST IN PHOENIX."

01:32PM 24           SO THAT'S RIGHT IN THE ARTICLE.  THIS WAS INFORMATION THAT

01:32PM 25     WAS PROVIDED THAT MS. PETERSON HAD, AND SO SHE WAS ON NOTICE OF

01:32PM   1    THAT IF SHE READ THE ARTICLE AS SHE CLAIMED.

01:32PM   2        BUT THEN SOMETHING INTERESTING THAT HAPPENED ON CROSS IS

01:33PM   3    THAT THE OTHER PARTS OF THE ARTICLE THAT SHE ALSO WOULD HAVE

01:33PM   4    HAD NOTICE OF, SHE CLAIMED NOT TO KNOW.

01:33PM   5        SO, FOR EXAMPLE -- LET'S GO TO SLIDE -- IT'S MARKED

01:33PM   6    1944.4.2, MR. ALLEN.  RIGHT.  THANK YOU.

01:33PM   7        SO HERE IN THE ARTICLE IT'S PROFESSOR ROBERTSON FROM

01:33PM   8    STANFORD.  HE SAYS, "WHEN I FINALLY CONNECTED WITH WHAT

01:33PM   9    ELIZABETH FUNDAMENTALLY IS, HE SAYS, I REALIZED THAT I COULD

01:33PM  10    HAVE JUST AS WELL BEEN LOOKING INTO THE EYES OF A STEVE JOBS OR

01:33PM  11    A BILL GATES."

01:33PM  12        SO THAT'S WHAT MS. PETERSON WAS INFORMED BY READING THIS

01:33PM  13    ARTICLE ABOUT WHAT PROFESSOR ROBERTSON THOUGHT ABOUT

01:33PM  14    ELIZABETH HOLMES.

01:33PM  15        IF YOU GO TO THE NEXT PAGE, THAT TOP ONE IS THE ONE WE

01:33PM  16    JUST WENT OVER ABOUT THE COLLECTION CENTERS AND NOT HAVING THE

01:34PM  17    DEVICES IN THE STORES.

01:34PM  18        AND THEN SHE WAS ALSO NOTIFIED THROUGH READING THIS

01:34PM  19    ARTICLE THAT WALGREENS CEO GREG WASSON TOLD THE AUTHOR OF THE

01:34PM  20    INTERVIEW THAT HE HOPES TO EVENTUALLY PUT THEM IN THE

01:34PM  21    PHARMACIES OF THE COMPANY'S EUROPEAN PARTNER CHAIN.

01:34PM  22        AND THEN THERE'S A QUOTE FROM THE CEO OF THE UCSF

01:34PM  23    CALIFORNIA MEDICAL CENTER, MARK LARET, I THINK THIS IS SO

01:34PM  24    EXCITING.  I MEAN, HERE IT IS, THIS IS THE TRUE TRANSFORMATION

01:34PM  25    OF HEALTH CARE RIGHT HERE IN FRONT OF US.

01:34PM  1        AND THEN IT GOES ON, THE FIRST TIME I HEARD ABOUT THIS, I

01:34PM  2   THOUGHT IT WAS -- AND THEN GO TO THE NEXT PAGE -- SNAKE OIL AND

01:34PM  3   MIRRORS SAYS DAVID HELFET, THE CHIEF OF ORTHOPEDIC TRAUMA AT

01:34PM  4   THE HOSPITAL FOR SPECIAL SURGERY IN MANHATTAN.

01:34PM  5        AND THEN MS. PETERSON WAS INFORMED BY THIS ARTICLE THAT

01:34PM  6   AFTER REVIEWING THE VOLUMINOUS VALIDATION STUDIES SUPPLIED TO

01:34PM  7   HIM BY THE COMPANY, HE'S BECOME A BELIEVER AND HE'S URGING THE

01:34PM  8   HOSPITAL TO CONSIDER ADOPTION.

01:35PM  9        IT'S REAL DATA, HE SAYS, IT'S NOT THEIR INTERPRETATION.

01:35PM 10        SO THAT'S WHAT MS. PETERSON WAS INFORMED OF AT THE TIME

01:35PM 11   BEFORE THEY INVESTED.

01:35PM 12        AND THEN THE ARTICLE ALSO INFORMED MS. PETERSON -- IF WE

01:35PM 13   GO, MR. ALLEN, TO 1944.7.2 -- THAT THERE WERE CHALLENGES, THAT

01:35PM 14   QUEST DIAGNOSTICS HAD A HUGE INFRASTRUCTURE, 45,000 PEOPLE,

01:35PM 15   3,000 VEHICLES, 20 AIRPLANES, 8 REGIONAL HUBS, AND SO FORTH.

01:35PM 16        SO MS. PETERSON IS INFORMED IN THIS ARTICLE THAT THERE'S

01:35PM 17   GOING TO BE A LOT OF WORK TO DO TO GET TO THE POINT OF

01:35PM 18   COMPETING WITH QUEST DIAGNOSTICS THAT ALREADY HAS ALL OF THAT

01:35PM 19   INFRASTRUCTURE.

01:35PM 20        REMEMBER, AT THE TIME SHE'S DEALING WITH THERANOS, THERE'S

01:35PM 21   AT MOST ABOUT 30 STORES.

01:35PM 22        AND THEN SHE'S ALSO INFORMED THAT DAVID BOIES, THE

01:36PM 23   ATTORNEY, IS ATTENDING THE BOARD MEETINGS.

01:36PM 24        SO MS. PETERSON, AS I SAID A MINUTE AGO -- IF YOU GO TO

01:36PM 25   THE NEXT SLIDE, MR. ALLEN -- SHE'S WILLING TO SAY WHATEVER SHE

01:36PM 1   CAN THAT IS NEGATIVE.  SO RIGHT HERE SHE'S ASKED "WHEN SOMEONE

01:36PM 2   IS PROJECTING A FUTURE OF A BUSINESS, FOR EXAMPLE, OPENING UP

01:36PM 3   HUNDREDS OF STORES AT WALGREENS, THERE'S NO GUARANTEES THAT

01:36PM 4   THAT WILL ACTUALLY HAPPEN?"

01:36PM 5       SHE SAID "CORRECT.  BUT THERE WERE FUNDAMENTAL THINGS THAT

01:36PM 6   WE WERE RELYING ON THAT WEREN'T TRUE."

01:36PM 7       AND SHE SAYS, "THAT THE ANALYZER ACTUALLY WORKED, AND IT

01:36PM 8   DIDN'T."

01:36PM 9       AND THE QUESTION WAS "YOU'VE NEVER TESTED THE THERANOS

01:36PM 10  ANALYZER.

01:36PM 11      "NO.

01:36PM 12      "SO YOU DON'T HAVE ANY FIRST-HAND KNOWLEDGE AS TO WHETHER

01:36PM 13  IT WORKS OR NOT; CORRECT?

01:36PM 14      "CORRECT."

01:36PM 15      AND SHE HAD TO AGREE WITH THAT.  SO MS. PETERSON IS LIKE

01:36PM 16  MORE THAN HAPPY TO SAY THE ANALYZER DOESN'T WORK.  BUT SHE

01:37PM 17  DOESN'T KNOW THAT.  SHE'S NOT A SCIENTIST.  SHE DOESN'T HAVE

01:37PM 18  THE DATA.

01:37PM 19      WE ARE AT TRIAL AND WE DON'T HAVE THE DATA BECAUSE, AS

01:37PM 20  I'LL TALK ABOUT IN A BIT, WE DON'T HAVE THE LABORATORY

01:37PM 21  INFORMATION SYSTEM.

01:37PM 22      BUT MS. PETERSON CERTAINLY DOESN'T HAVE ANYTHING TO TELL

01:37PM 23  HER WHETHER THE ANALYZER WORKS OR DOESN'T WORK.  SO FOR HER TO

01:37PM 24  MAKE THAT STATEMENT IS JUST SHOWING, YOU KNOW, SHE WANTS TO SAY

01:37PM 25  WHAT SHE HAS TO SAY IN ORDER TO LOOK BETTER.  YOU KNOW, SHE'S

01:37PM  1    WORKING FOR RDV, THAT'S HER EMPLOYER, AND, YOU KNOW, IT'S

01:37PM  2    BETTER TO SAY, YEAH, YOU KNOW, WE DIDN'T JUST TAKE A FLYER ON

01:37PM  3    WALGREENS LIKE EVERYONE ELSE, YOU KNOW, WE WERE FOOLED.  RIGHT?

01:37PM  4    SO SHE'S PRETTY MUCH WILLING TO SAY ANYTHING.

01:37PM  5         AND THEN THERE'S MORE ABOUT THAT.  SO IF YOU GO TO THE

01:37PM  6    NEXT SLIDE.

01:37PM  7         THE QUESTION TO HER WAS, "BUT YOU WOULD HAVE BEEN HAPPY

01:37PM  8    WITH ANYTHING OVER THE 40," 40 STORES, "RIGHT?"

01:37PM  9         SHE SAID "I THINK I SAID YESTERDAY, IF THEY HAD HIT HALF

01:38PM 10    OF THESE STORES, WE WOULD HAVE CONSIDERED THAT A SUCCESS."

01:38PM 11         AND THEN THE QUESTION IS, "AND YOU WOULD HAVE BEEN HAPPY

01:38PM 12    WITH EVEN 200 STORES IN 2015?"

01:38PM 13         AND THEN SHE FIGHTS ABOUT THIS AND SAYS "900."

01:38PM 14         BUT THEN SHE WAS REMINDED ON THE NEXT PAGE, "YOU TOLD THE

01:38PM 15    GOVERNMENT DURING AN INTERVIEW THAT YOU THOUGHT 900 STORES MAY

01:38PM 16    HAVE BEEN AMBITIOUS, BUT YOU WERE STILL COMFORTABLE WITH THE

01:38PM 17    INVESTMENT EVEN IF THERANOS WAS ONLY LOCATED IN 200 STORES?"

01:38PM 18         AND SHE SAYS OKAY.

01:38PM 19         "AND THAT'S WHAT YOU TOLD THE GOVERNMENT?"

01:38PM 20         AND SHE SAYS YES.

01:38PM 21         AND THEN SHE GOES ON TO A DIFFERENT ANSWER, AND THEN COMES

01:38PM 22    BACK TO IT ON LINE 9 THERE, "AND YOU WOULD HAVE STILL BEEN

01:38PM 23    COMFORTABLE IF THEY HAD ONLY 200 STORES IN 2015?"

01:38PM 24         AND THE ANSWER IS YES.

01:38PM 25         AND THAT'S BECAUSE SHE HAD PREVIOUSLY TOLD THE GOVERNMENT

01:38PM 1    THAT IN AN INTERVIEW AND SHE EVENTUALLY HAD TO ADMIT THAT.

01:38PM 2        THE POINT IS THAT EVEN IF YOU SOMEHOW BELIEVE THE

01:38PM 3    GOVERNMENT THAT THE WALGREENS PARTNERSHIP WAS SCALING BACK AND

01:39PM 4    THEY WERE GOING DOWN FROM 500 TO 200 STORES, WHICH AS I

01:39PM 5    EXPLAINED YESTERDAY IS NOT THE CASE, BUT EVEN IF IT WAS GOING

01:39PM 6    DOWN TO 200, THAT'S STILL SOMETHING THAT WOULD HAVE SATISFIED

01:39PM 7    MS. PETERSON AND THAT'S WHAT SHE SAID, AND AFTER A BIT OF A

01:39PM 8    STRUGGLE SHE HAD TO ADMIT THAT DURING CROSS-EXAMINATION.

01:39PM 9        AND THEN IN TERMS OF THE DEVOS FAMILY, MS. PETERSON AGREED

01:39PM 10   THAT BEFORE THE INVESTMENT MEMO, THE APPROVAL MEMO THAT SHE

01:39PM 11   WROTE, THAT THE DEVOS FAMILY HAD ALREADY COMMITTED VERBALLY,

01:39PM 12   AND SHE AGREED, YES, THEY DID COMMIT, THEY DID COMMIT VERBALLY

01:39PM 13   THAT THEY WANTED TO DO 100 MILLION.  IT WAS UNDERSTOOD.

01:39PM 14       I THINK SHE DESCRIBED THEY HAD THAT MEETING AND THERE WAS

01:39PM 15   A VERBAL COMMITMENT.

01:39PM 16       WE DON'T HAVE, AS I SAID BEFORE, RICK, DICK, DAN AND

01:39PM 17   DOUG DEVOS TO TELL US WHY THEY DID THAT, OR CHERI DEVOS I THINK

01:40PM 18   WAS ALSO THERE AT THAT MEETING.

01:40PM 19       BUT THAT'S WHAT HAPPENED.  SO THE REST OF IT WAS JUST

01:40PM 20   PAPERING THE FILE IN TERMS OF LISA PETERSON'S MEMO.

01:40PM 21       AND THEN JUST TO SHOW YOU EVEN ON THE SMALL THINGS,

01:40PM 22   MS. PETERSON, MAYBE YOU REMEMBER IT, MS. PETERSON, I WAS JUST

01:40PM 23   ASKING WHETHER JERRY TUBERGEN, WHO WAS THE HEAD OF THAT RDV

01:40PM 24   INVESTMENT GROUP, WAS AN EXPERT ON INVESTMENTS AND SHE, SHE WAS

01:40PM 25   FIGHTING ON THAT.

01:40PM  1    BUT THEN I SHOWED HER HER PREVIOUS TESTIMONY WHERE SHE DID

01:40PM  2    SAY HE WAS AN EXPERT ON INVESTMENTS AND SHE HAD TO AGREE.

01:40PM  3        AND I SAID "YOU AREN'T QUITE GETTING THERE WITH ME TODAY;

01:40PM  4    RIGHT?"

01:40PM  5        SHE SAID YES.

01:40PM  6        SO SHE WAS HAPPY TO ANSWER THE GOVERNMENT'S QUESTIONS WITH

01:40PM  7    NO PROBLEMS, BUT SHE JUST WASN'T GETTING THERE WITH THE DEFENSE

01:40PM  8    EVEN WHEN SHE HAD SAID THAT BEFORE UNDER OATH.

01:41PM  9        OKAY.  LET'S TURN TO MR. MOSLEY.

01:41PM 10        DO YOU REMEMBER MR. MOSLEY WAS A LAWYER AT CRAVATH,

01:41PM 11    SWAINE & MOORE IN NEW YORK AND HE SPECIALIZED IN TRUSTS AND

01:41PM 12    ESTATES.  THAT WAS THE WORK THAT HE DID IN HIS CAREER THERE.

01:41PM 13        AND HE HAD A LOT OF VERY HIGH PROFILE CLIENTS LIKE

01:41PM 14    HENRY KISSINGER AND OTHER WEALTHY FAMILIES, WHICH IS NOT

01:41PM 15    SURPRISING FOR A TRUST AND ESTATES LAWYER IN NEW YORK TO HAVE

01:41PM 16    WEALTHY PEOPLE AS CLIENTS.  SO THAT WAS MR. MOSLEY.

01:41PM 17        SO, FIRST OF ALL, JUST TO SET A BASELINE HERE.  HE HAD NOT

01:41PM 18    MET AND HAD NO CONVERSATIONS WITH MR. BALWANI UNTIL AUGUST OF

01:41PM 19    2014.

01:41PM 20        AND THEN IN THE MEMO HE WROTE -- YOU MIGHT REMEMBER

01:41PM 21    DR. KISSINGER ASKED HIM TO WRITE A MEMO AND HE WROTE THE MEMO,

01:41PM 22    BUT HE DRAFTED IT WITHOUT EVER HAVING ANY CONTACT WITH

01:41PM 23    MR. BALWANI OR ANY COMMUNICATIONS.

01:41PM 24        AND THIS IS JUST AN ILLUSTRATION OF THE MINDSET AT THIS

01:42PM 25    POINT, RIGHT?  SO AFTER ALL THAT HAS HAPPENED WITH THERANOS,

01:42PM 1    PEOPLE DON'T WANT TO AGREE THAT THEY APPROVE OF ANYTHING OR

01:42PM 2    THEY LIKE SOMETHING OR THEY DID ANYTHING THAT WAS HELPFUL TO

01:42PM 3    THERANOS BECAUSE IT'S RADIOACTIVE TO THEM NOW.  WE'RE IN THIS

01:42PM 4    FEDERAL CRIMINAL TRIAL AND THAT'S A HUGE BIG DEAL.

01:42PM 5        BUT HERE IT'S JUST A SMALL THING, BUT IT ILLUSTRATES THE

01:42PM 6    MINDSET.

01:42PM 7        MR. MOSLEY IS ASKED THE QUESTION, DID YOU ENCOURAGE THESE

01:42PM 8    INDIVIDUALS, THESE CLIENTS, HIS CLIENTS, TO INVEST IN THERANOS?

01:42PM 9        AND HE SAID NO, HE DIDN'T ENCOURAGE THEM.

01:42PM 10       BUT THEN YOU CAN SEE BACK IN REAL TIME -- AND THIS IS WHY

01:42PM 11   IT'S IMPORTANT TO HAVE THE DOCUMENTS, NOT JUST THE MEMORIES --

01:42PM 12   HE SAYS TO CHRISTOPHER BOIES, "I AM MORE THAN OKAY WITHOUT IT

01:42PM 13   AND HOPE ELIZABETH DOES NOT THINK IT NECESSARY.  IF I DID NOT

01:42PM 14   HAVE DEEP TRUST AND FAITH IN ELIZABETH, I WOULD NOT BE INVOLVED

01:43PM 15   WITH THERANOS AND RECOMMENDING AN INVESTMENT BY CLIENTS."

01:43PM 16       SO HE DID RECOMMEND THE INVESTMENT TO CLIENTS AND HE

01:43PM 17   DIDN'T WANT TO SAY IT ON THE WITNESS STAND.

01:43PM 18       MR. MOSLEY RECEIVED THE SAME DOCUMENT THAT WE SAW EARLIER

01:43PM 19   WITH MS. PETERSON.  AND HE ALSO HAD A MEETING OUT IN PALO ALTO

01:43PM 20   AT THERANOS.

01:43PM 21       SO THE SAME DISCUSSION THAT I ALREADY HAD ABOUT THIS

01:43PM 22   DOCUMENT APPLIES TO MR. MOSLEY.  IT WOULD HAVE BEEN A

01:43PM 23   DISCUSSION OF THE UNDERLYING ASSUMPTIONS.  AND, AGAIN, IT'S

01:43PM 24   PUBLIC THAT THERE ARE ONLY 40 STORES IN 2014 AND THAT THE BASIS

01:43PM 25   FOR THE 2015 PROJECTION IS THE CONTINUED ROLLOUT OF WALGREENS

01:43PM 1    AND THE OTHER ROLLOUTS THAT I EXPLAINED EARLIER ABOUT PHYSICIAN

01:43PM 2    OFFICES AND HOSPITALS AND SO FORTH.

01:43PM 3        SO MR. MOSLEY HAS THAT SAME INFORMATION.

01:43PM 4        BUT HE UNDERSTOOD THAT THESE WERE PROJECTIONS.  HE SAID

01:43PM 5    YES, HE UNDERSTOOD THEY WERE PROJECTIONS.

01:43PM 6        THEY WERE NOT ACTUAL FINANCIAL STATEMENTS?

01:44PM 7        CORRECT.

01:44PM 8        HE UNDERSTOOD THAT.

01:44PM 9        SO SOPHISTICATED INVESTORS, I THINK USING OUR COMMON

01:44PM 10   SENSE, KNOW THE DIFFERENCE BETWEEN PROJECTIONS AND FINANCIAL

01:44PM 11   STATEMENTS WHICH REPORT WHAT THE COMPANY ACTUALLY EARNED.

01:44PM 12       THIS IS MR. MOSLEY ON TESTING CAPABILITIES.  HE WAS ASKED

01:44PM 13   THE QUESTION, "YOU WERE TOLD BY MS. HOLMES THAT AT VARIOUS

01:44PM 14   TIMES IT COULD NOT DO ALL OF THE TESTS; CORRECT?"

01:44PM 15       HE SAYS ON THE STAND AT TRIAL HERE, "I WAS NOT TOLD THAT."

01:44PM 16       AND THEN IT GOES ON.

01:44PM 17       "SO MR. MOSLEY, FROM YOUR DEPOSITION," SO HE HAD PRIOR

01:44PM 18   TESTIMONY UNDER OATH IN A DEPOSITION, "FROM YOUR DEPOSITION

01:44PM 19   YOU'LL SEE THE QUESTION PUT TO YOU AT THIS TIME WAS:  SO AT

01:44PM 20   SOME POINT ELIZABETH TOLD YOU THAT THERANOS COULDN'T DO ALL OF

01:44PM 21   THE TESTS THAT PATIENTS MIGHT ORDER; IS THAT RIGHT?

01:44PM 22       "DO YOU SEE THAT?

01:44PM 23       "ANSWER:  I DO SEE THAT.

01:44PM 24       "QUESTION:  AND THEN YOU ANSWER I BELIEVE I WAS TOLD THAT

01:45PM 25   AT THAT -- AT VARIOUS TIMES IT COULD NOT DO ALL OF THE TESTS.

01:45PM  1          "DO YOU SEE THAT?

01:45PM  2          "YES, I DO.

01:45PM  3          "AND THOSE WERE YOUR WORDS?

01:45PM  4          "THOSE WERE MY WORDS."

01:45PM  5          SO HIS TESTIMONY AT TRIAL THAT HE WASN'T TOLD -- HIS

01:45PM  6    TESTIMONY AT TRIAL THAT HE GAVE HERE IS DIFFERENT FROM HIS

01:45PM  7    PRIOR SWORN TESTIMONY WHERE HE ADMITTED THAT HE DID KNOW THAT

01:45PM  8    THERANOS COULDN'T DO ALL OF THE TESTS.

01:45PM  9          AND AGAIN, YOU KNOW, MEMORIES FADE.  THE DEPOSITION WOULD

01:45PM 10    HAVE BEEN BEFORE TRIAL, OBVIOUSLY, AND IS CLOSER IN TIME.  SO

01:45PM 11    THAT WAS UNDER OATH, AND I THINK THAT'S WHAT WE CAN RELY ON.

01:45PM 12          NOW, ONE THING THAT WAS VERY IMPORTANT TO MR. MOSLEY WAS

01:45PM 13    THE PHARMACEUTICAL RELATIONSHIPS THAT THERANOS HAD, AND IN

01:45PM 14    PARTICULAR THIS ISSUE OF PHARMACEUTICAL COMPANIES

01:45PM 15    COMPREHENSIVELY VALIDATING THE THERANOS TECHNOLOGY.

01:46PM 16          SO MR. MOSLEY TESTIFIED ON DIRECT ABOUT SOMETHING IN

01:46PM 17    WRITING THAT SAID THERANOS HAS BEEN COMPREHENSIVELY VALIDATED

01:46PM 18    OVER THE COURSE OF THE LAST SEVEN YEARS BY TEN OF THE FIFTEEN

01:46PM 19    LARGEST PHARMACEUTICAL COMPANIES.

01:46PM 20          AND THEN THE QUESTION WAS, WAS THAT REPRESENTATION

01:46PM 21    SIGNIFICANT IN YOUR DECISION TO INVEST?

01:46PM 22          IT WAS.

01:46PM 23          SO MR. MOSLEY SAID THAT WAS AN IMPORTANT FACTOR.

01:46PM 24          WELL, AS I WENT THROUGH YESTERDAY, THERE'S NO EVIDENCE IN

01:46PM 25    THIS TRIAL THAT MR. BALWANI BELIEVED ANYTHING DIFFERENT OR HAD

01:46PM 1   ANY REASON TO BELIEVE ANYTHING DIFFERENT.  HE HAD A

01:46PM 2   GLAXOSMITHKLINE -- AN EMAIL FROM MS. HOLMES TO A

01:46PM 3   GLAXOSMITHKLINE PERSON IN DECEMBER OF 2009 THAT SAID THAT

01:46PM 4   GLAXOSMITHKLINE HAD COMPREHENSIVELY VALIDATED.  THERE WAS A

01:46PM 5   REPORT WITH A GLAXOSMITHKLINE LOGO.  IT EXPLAINED THE WORK THAT

01:46PM 6   GLAXOSMITHKLINE HAD DONE LOOKING AT THE THERANOS TECHNOLOGY.

01:46PM 7        MR. BALWANI GOT THAT.  THERE'S NO EVIDENCE IN THIS CASE

01:47PM 8   THAT HE HAD ANY REASON TO THINK THAT THERE WAS ANYTHING UNTRUE

01:47PM 9   ABOUT THAT.  IN FACT, AS I SAID, MS. HOLMES SENT THAT TO A

01:47PM 10  GLAXOSMITHKLINE EMPLOYEE NAMED THOMAS BREUER.

01:47PM 11       NOW GO AHEAD A FEW MONTHS IN APRIL OF 2010.

01:47PM 12  ELIZABETH HOLMES SENDS ADDITIONAL REPORTS NOT ONLY TO

01:47PM 13  GLAXOSMITHKLINE, BUT ALSO TO SCHERING-PLOUGH AND PFIZER TO

01:47PM 14  WALGREENS AND THE GOVERNMENT CLAIMS THAT SOMEHOW MR. BALWANI

01:47PM 15  SHOULD HAVE COMPARED A DOCUMENT THAT HE HAD A MONTH BEFORE IN

01:47PM 16  HIS INBOX AND PARSED IT AND MAYBE DONE SOME KIND OF RED LINE

01:47PM 17  COMPARISON AND FIGURED OUT THAT THERE WAS SOME DIFFERENCE, AND

01:47PM 18  THAT DOESN'T MAKE ANY SENSE AND I EXPLAINED THAT YESTERDAY.

01:47PM 19       BUT, IN ADDITION, THE GOVERNMENT DIDN'T EVEN TALK ABOUT

01:47PM 20  ALL OF THE OTHER PHARMACEUTICAL RELATIONSHIPS THAT THERANOS HAD

01:47PM 21  AND WHAT WORK WAS DONE THERE.

01:48PM 22       SO, MR. MOSLEY SAID THAT HE DID RELY ON THIS COMPREHENSIVE

01:48PM 23  VALIDATION.  IN FACT, IN THIS MEMO HE WROTE FOR DR. KISSINGER,

01:48PM 24  IF YOU LOOK AT THAT, YOU'LL SEE THAT HE SPENDS QUITE A BIT OF

01:48PM 25  TIME TALKING ABOUT PFIZER.

01:48PM  1    THAT IS NOT MR. BALWANI'S ISSUE.  THERE'S NO REASON TO

01:48PM  2    THINK THAT HE'S COMMITTING FRAUD, THERE'S NO EVIDENCE THAT HE'S

01:48PM  3    COMMITTING FRAUD, MISREPRESENTING TO PEOPLE LIKE MR. MOSLEY

01:48PM  4    THAT THERE ARE THESE PHARMACEUTICAL VALIDATIONS.

01:48PM  5    STARTING WITH GLAXOSMITHKLINE, MR. BALWANI HAD EVERY

01:48PM  6    REASON TO THINK THAT WAS TRUE, JUST LIKE MR. MOSLEY THOUGHT

01:48PM  7    THAT THAT WAS TRUE.

01:48PM  8    OKAY.  I WANT TO SWITCH TO ANOTHER INVESTOR NAMED

01:48PM  9    PATRICK MENDENHALL.

01:48PM  10    MR. MENDENHALL TESTIFIED THAT HE'S NOT A SUBJECT OF A

01:48PM  11    PARTICULAR COUNT IN THE INDICTMENT, BUT HE'S ANOTHER INVESTOR

01:48PM  12    IN THERANOS AND YOU HEARD HIS TESTIMONY AT TRIAL.

01:48PM  13    AND THE THING THAT I WANT TO DISCUSS ABOUT MR. MENDENHALL

01:49PM  14    IS THAT THERE'S A CERTAIN EMAIL THAT HE WROTE THAT IS SUPPOSED

01:49PM  15    TO BE A RECITATION OF WHAT MR. MENDENHALL HEARD FROM

01:49PM  16    MR. BALWANI DURING ABOUT A 45 MINUTE PHONE CALL.

01:49PM  17    SO THE GOVERNMENT SPENT SOME TIME ON THIS SO I WANT TO

01:49PM  18    SPEND SOME TIME ON IT, TOO, TO EXPLAIN SOME OF THE STATEMENTS

01:49PM  19    IN THERE.

01:49PM  20    SO THERE WAS A PHONE CALL IN DECEMBER OF 2013 WITH

01:49PM  21    MR. BALWANI, BETWEEN MR. BALWANI AND MR. MENDENHALL, AND THEN

01:49PM  22    MR. MENDENHALL WROTE THE MEMO.  AND THAT MEMO IS EXHIBIT 4059.

01:49PM  23    SO LET'S START WITH THE FIRST SET OF BULLET POINTS.

01:49PM  24    SO THESE ARE THINGS THAT ARE IN THE MEMO AND THEY'RE KIND

01:49PM  25    OF CALLED OUT THERE IN THE SCREEN SO YOU CAN SEE THEM A LITTLE

01:49PM 1    BIT BIGGER AND I WANT TO GO THROUGH THOSE STATEMENTS.

01:49PM 2        SO MR. MENDENHALL REPORTED ABOUT HIS CONVERSATION WITH

01:49PM 3    MR. BALWANI THAT THE SCIENCE, QUOTE-UNQUOTE, BEHIND THERANOS IS

01:49PM 4    COMPLETE; NO NEW SCIENCE IS NEEDED; AND NO NEW INVENTION IS

01:50PM 5    NEEDED.

01:50PM 6        SO IF THAT IS SUPPOSED TO BE TAKEN AS WE'RE NOT DOING

01:50PM 7    ANYTHING MORE, WE'RE NOT DOING ANYMORE RESEARCH AND

01:50PM 8    DEVELOPMENT, IT'S SORT OF LIKE, YOU KNOW, AT SOME POINT IN THE

01:50PM 9    1800'S SOMEONE INVENTED THE RAILROAD TIE, RIGHT, THE THINGS

01:50PM 10   THAT HOLD THE TRACKS TOGETHER FOR RAILROADS, AND THEY REALLY

01:50PM 11   HAVEN'T CHANGED MUCH.  IF YOU GO TO THE TRAIN TRACKS AROUND

01:50PM 12   TOWN, YOU WILL SEE BASICALLY THE SAME KIND OF RAILROAD TIE

01:50PM 13   THAT'S EXISTED FOR ALMOST 200 YEARS.

01:50PM 14       THAT'S A DEVICE IS THAT IS FULLY SET AND THERE'S REALLY

01:50PM 15   NOTHING YOU CAN DO TO IMPROVE IT.  MAYBE THERE IS.  BUT JUST

01:50PM 16   THINK ABOUT THAT, STILL A WOODEN PIECE OF WOOD THAT YOU CAN

01:50PM 17   NAIL A RAILROAD TRACK ON TO.

01:50PM 18       BUT WHEN YOU'RE TALKING ABOUT TECHNOLOGY, OF COURSE

01:50PM 19   THERE'S GOING TO BE RESEARCH AND DEVELOPMENT.

01:50PM 20       WE USED THE ANALOGY OF THE IPHONE.  APPLE MADE AN IPHONE7

01:51PM 21   OR AN IPHONE8 AND EVENTUALLY THEY'RE WORKING ON THE IPHONE10.

01:51PM 22       SO NO NEW SCIENCE, IT CAN'T MEAN -- AND I'LL SHOW YOU THE

01:51PM 23   TESTIMONY ABOUT THIS IN A MINUTE -- BUT IT CAN'T MEAN PENS

01:51PM 24   DOWN, WE'RE NOT DOING ANYTHING ELSE.  WE DON'T NEED TO DO

01:51PM 25   ANYTHING ELSE.

01:51PM 1        SO MR. MENDENHALL AGREED TO THAT WHEN YOU LOOK AT THE NEXT

01:51PM 2    TRANSCRIPT.  "AS A SOPHISTICATED INVESTOR, DO YOU UNDERSTAND

01:51PM 3    COMPANIES ARE ALWAYS TRYING TO IMPROVE AND PERFECT THEIR

01:51PM 4    PRODUCTS?"

01:51PM 5        HE SAID "I WOULD BELIEVE SO.  I MEAN, I WOULD THINK THAT

01:51PM 6    IF YOU CAN IMPROVE IT, YOU WOULD."

01:51PM 7        SO HE UNDERSTANDS THAT, AND THEN THERE'S THE IPHONE

01:51PM 8    ANALOGY.

01:51PM 9        MR. LUCAS.  "AND SO YOU UNDERSTAND THAT EVEN IF A COMPANY

01:51PM 10   HAS DEVELOPED SOME TECHNOLOGY, IT'S GOING TO, IF IT'S SMART,

01:51PM 11   CONTINUE TO IMPROVE AND WORK ON THE TECHNOLOGY; RIGHT?"

01:51PM 12       HE SAID CORRECT.

01:51PM 13       MR. MOSLEY, THE SAME THING.  GOING TO FURTHER ADVANCE ITS

01:51PM 14   TECHNOLOGY.

01:51PM 15       WHEN YOU GO TO THE RESEARCH AND DEVELOPMENT PROJECTIONS

01:52PM 16   THAT WERE PROVIDED, YOU CAN SEE THERE'S AN ENORMOUS AMOUNT OF

01:52PM 17   RESEARCH AND DEVELOPMENT EXPENSE THAT IS REVEALED TO INVESTORS,

01:52PM 18   IN THIS CASE MR. GROSSMAN.  SO THERE'S NO SECRET THAT THERANOS

01:52PM 19   IS GOING TO DO MORE R&D WORK.

01:52PM 20       SO THE SCIENCE IS COMPLETE MEANS THAT MR. BALWANI THINKS

01:52PM 21   THAT THEY HAVE A DEVICE.

01:52PM 22       AS YOU HEARD EARLIER, DR. GIBBONS NOTIFIED MR. BALWANI

01:52PM 23   FROM AN EARLY TIME, THEY DEMONSTRATED THESE GREAT CAPABILITIES

01:52PM 24   ON THE DEVICE.  SO THEY HAD THE DEVICE.  IT GOT ROBOTIC ARMS

01:52PM 25   AND DETECTING MACHINES AND IT CAN ANALYZE BLOOD SAMPLES.

01:52PM  1    THEY'VE GOT THAT.  THEY'RE USING THAT AT THE TIME THAT

01:52PM  2    MR. BALWANI IS TALKING TO MR. MENDENHALL.

01:52PM  3        BUT IF THAT'S SUPPOSED TO BE TAKEN AS WE'RE NOT GOING TO

01:52PM  4    DO ANYTHING ELSE EVER, THAT JUST CAN'T BE TRUE LOGICALLY, AND

01:52PM  5    MR. MENDENHALL DIDN'T UNDERSTAND IT THAT WAY EITHER.

01:53PM  6        MS. PETERSON ALSO UNDERSTOOD THE ENORMOUS AMOUNT OF R&D

01:53PM  7    EXPENSE THAT THERANOS WAS PROJECTING.

01:53PM  8        THIS IS PART OF AN EMAIL FROM MR. MENDENHALL, HIS POINT

01:53PM  9    10, THEY SAVED A PHARMA COMPANY $204 MILLION IN CLINICAL TRIAL

01:53PM  10   COSTS OVER NINE MONTHS, RIGHT?

01:53PM  11       SO WHAT ABOUT THAT?  WELL, HERE'S THE SLIDE, AND THIS IS

01:53PM  12   THERANOS SAVINGS TO PHARMACEUTICAL COMPANIES.  THIS COMES FROM

01:53PM  13   EXHIBIT 4059, AND THERE'S THIS MCKINSEY REPORT, A CONSULTING

01:53PM  14   COMPANY, AND IT EXPLAINS THERANOS'S IMPROVEMENT AND THE

01:53PM  15   PROBABILITY OF SUCCESS IN POINT OF CARE AND 15 TO 80 PERCENT

01:53PM  16   RESULTS, AND ESTIMATED NET PRESENT VALUE OF ABOUT $202 MILLION.

01:54PM  17       SO MR. BALWANI HAD A BASIS FOR TALKING ABOUT THE SAVINGS

01:54PM  18   TO PHARMACEUTICAL COMPANIES.  THAT WAS MR. MENDENHALL'S BULLET

01:54PM  19   NUMBER 10.

01:54PM  20       LET'S GO TO THE NEXT ONE.

01:54PM  21       MR. MENDENHALL'S BULLET NUMBER 12.  CURRENT CLINICAL

01:54PM  22   TRIALS TAKE 6 VIALS AND CAN RUN 10 TO 12 TESTS.  THERANOS TAKES

01:54PM  23   3 DROPS AND CAN RUN 60 TO 70 TESTS.

01:54PM  24       WELL, WE KNOW THAT ADAM ROSENDORFF ALONE SIGNED 57

01:54PM  25   VALIDATION REPORTS.  WHAT DOES THIS MEAN?  DID MR. MENDENHALL

01:54PM  1    WRITE THIS DOWN EXACTLY HOW MR. BALWANI SAID IT?

01:54PM  2         BUT WE KNOW THAT THERANOS CAN AT THIS POINT, NOT ONLY DID

01:54PM  3    DR. ROSENDORFF SIGN 57 VALIDATION REPORTS OVER TIME, BUT THEY

01:54PM  4    HAD DONE LOTS OF ASSAY DEVELOPMENT WORK AS WE HAVE HEARD.  SO,

01:54PM  5    YEAH, THEY CAN RUN 60 TO 70 TESTS.

01:54PM  6         LET'S GO TO BULLET 18 FROM MR. MENDENHALL.  THERANOS IS

01:55PM  7    HEAVILY PATENTED TECHNOLOGY AND INTELLECTUAL PROPERTY IS GEARED

01:55PM  8    UP TO PROTECT IT.  WE KNOW THAT'S TRUE.  YOU'VE SEEN ONE OF THE

01:55PM  9    PATENT APPLICATIONS ABOUT THEIR MODIFIED PREDICATES.

01:55PM 10         BULLET NUMBER 20.  THEY ARE PUBLISHING THEIR PRICES AND

01:55PM 11    RESULTS.  THIS IS A DIRECT ATTACK ON COMPETITION.

01:55PM 12         WE KNOW THAT'S TRUE.  WE SAW EVEN FROM THE FIRST WITNESS

01:55PM 13    IN THIS TRIAL, ERIKA CHEUNG, THAT THERANOS WAS PUTTING THEIR

01:55PM 14    PRICES OUT THERE, WHICH WAS UNUSUAL.  WE'VE HEARD TESTIMONY AT

01:55PM 15    TRIAL THAT LABS TYPICALLY DIDN'T DO THAT, BUT THAT'S WHAT

01:55PM 16    THERANOS DID.

01:55PM 17         BULLET NUMBER 2 ON THE FINANCIAL SIDE.  MR. MENDENHALL

01:55PM 18    WROTE THEY, MEANING THERANOS, CAN FUND GROWTH THRU CURRENT

01:55PM 19    OPERATIONS.  NO NEED FOR CAPITAL.

01:55PM 20         WELL, WE KNOW IN DECEMBER OF 2013, WALGREENS AGREED TO

01:55PM 21    ACCELERATE THE $75 MILLION INNOVATION FEE SO THAT THERANOS

01:55PM 22    COULD EXPAND THAT PARTNERSHIP WITH WALGREENS.  AND THAT

01:56PM 23    AMENDMENT TO THE WALGREENS CONTRACT WITH THERANOS WAS ON

01:56PM 24    DECEMBER 31ST OF 2013.

01:56PM 25         WE KNOW JUST FROM COMMON SENSE THAT THAT DIDN'T JUST

01:56PM 1    SPRING OUT OF NOTHING ON DECEMBER 31ST.  BEFORE WALGREENS IS

01:56PM 2    GOING TO COMMIT $75 MILLION, THERE'S GOING TO BE A DISCUSSION,

01:56PM 3    AND THIS DISCUSSION WITH MENDENHALL WAS JUST A SHORT TIME

01:56PM 4    BEFORE THAT SIGNED COMMITMENT TO $75 MILLION IN DECEMBER OF

01:56PM 5    2013.

01:56PM 6         SO, YEAH, THEY'RE GETTING $75 MILLION FROM WALGREENS.

01:56PM 7    THAT'S WHAT IT WAS.

01:56PM 8         AND AS YOU KNOW, AND I EXPLAINED WHEN I WAS TALKING ABOUT

01:56PM 9    CHRIS LUCAS, ALL OF THESE INVESTORS WHO HAD ORIGINALLY INVESTED

01:56PM 10   IN 2006 HAD THE RIGHT, THEY DIDN'T HAVE TO INVEST AGAIN, BUT

01:56PM 11   THERANOS HAD TO GIVE THEM THE OPPORTUNITY.

01:56PM 12        MR. JHAVERI, ABOUT THE INNOVATION FEE, WALGREENS AGREES TO

01:56PM 13   PAY THE THERANOS INNOVATION FEE FOR UP TO 100 MILLION.  SO HE'S

01:57PM 14   JUST TALKING ABOUT THE DOCUMENT.

01:57PM 15        SO HAN SPIVEY, WHO WAS ONE OF THE EARLY WITNESSES, AND SHE

01:57PM 16   SAID THAT THE MONEY FROM WALGREENS, THE INNOVATION FEE MONEY,

01:57PM 17   WAS FROM AN ACCOUNTING PERSPECTIVE CALLED DEFERRED REVENUE.

01:57PM 18   AND THEN SHE EXPLAINED THERE ARE SOME ACCOUNTING RULES ABOUT

01:57PM 19   WHEN A COMPANY CAN RECOGNIZE THE REVENUE OR NOT.

01:57PM 20        AND THAT'S HER JOB.  SHE'S AN ACCOUNTANT.

01:57PM 21        BUT I JUST WANT TO POINT OUT THAT THERANOS HAD THE CASH.

01:57PM 22   WHETHER IT WAS DEFERRED REVENUE OR NOT, THE CASH CAME IN THE

01:57PM 23   DOOR AND THEY HAD THAT.

01:57PM 24        SO IN EARLY JANUARY, THAT'S THE SPREADSHEET.

01:57PM 25   EXHIBIT 5172, THAT'S AT THE BOTTOM.  THAT'S THE SPREADSHEET

01:57PM   1    SHOWING THE CASH BALANCE SPREADSHEET, 25 MILLION COMES IN THE

01:57PM   2    DOOR IN EARLY JANUARY OF 2013.

01:57PM   3         AND IF YOU GO TO THE NEXT PAGE.

01:57PM   4         THE 75 MILLION ACTUALLY CAME IN IN EARLY JANUARY OF '14,

01:58PM   5    RIGHT AFTER WALGREENS COMMITMENT.

01:58PM   6         GENETIC AND HUMAN GENOME WORK.  SO THIS IS ANOTHER ONE OF

01:58PM   7    THE BULLET POINTS, OR ANOTHER ONE OF THE PARAGRAPHS IN

01:58PM   8    MR. MENDENHALL'S EMAIL.  HE SAYS, "THEY ARE NOW DOING GENETIC

01:58PM   9    AND HUMAN GENOME WORK THAT WILL PUSH HEALTH CARE INTO AREAS NOT

01:58PM  10    CURRENTLY ATTAINABLE."

01:58PM  11         WELL, THAT'S ALSO TRUE.  HERE'S THE EMAIL UPDATE ABOUT THE

01:58PM  12    THERANOS NUCLEIC ACID AMPLIFICATION FROM PRANAV PATEL JUST A

01:58PM  13    FEW DAYS REALLY BEFORE MR. BALWANI TALKS TO MR. MENDENHALL.

01:58PM  14    AND THEY'RE WORKING TOWARDS THE GOAL OF ASSAY DEVELOPMENT, 76

01:58PM  15    ASSAYS ARE COMPLETE, 16 ARE IN PROGRESS AND SO FORTH.  WE'VE

01:58PM  16    SEEN THIS EMAIL BEFORE.

01:58PM  17         BUT THIS IS ABOUT THE NUCLEIC ACID AMPLIFICATION.  SO THAT

01:58PM  18    WAS THE BASIS FOR MR. BALWANI'S STATEMENT.

01:58PM  19         SO THESE WERE MR. BALWANI TRYING TO BE AS ACCURATE AS HE

01:59PM  20    COULD.  AND AS MR. MENDENHALL SAID, HE WAS TRYING TO BE PRECISE

01:59PM  21    AND BRIEF, BUT HE EXPLAINED IT AS HE UNDERSTOOD IT.

01:59PM  22         AND THE THING THAT THE GOVERNMENT REALLY POINTS TO IS THIS

01:59PM  23    NO NEW SCIENCE NEEDED, BUT I'VE ALREADY TALKED ABOUT THAT.

01:59PM  24    THAT DOESN'T MAKE SENSE AS A FRAUDULENT MISREPRESENTATION WHEN

01:59PM  25    YOU'RE DEALING WITH SOPHISTICATED INVESTORS WHO KNOW, AND

01:59PM 1    THERANOS HAD DISCLOSED TO INVESTORS, THAT THEY'RE GOING TO HAVE

01:59PM 2    A LOT OF R&D.  WHY WOULD YOU DO THAT IF IT WAS GOING TO BE PENS

01:59PM 3    DOWN ON THE RESEARCH?

01:59PM 4        LET'S TALK ABOUT ALAN EISENMAN.  SO I'M JUST GOING THROUGH

01:59PM 5    THE INVESTORS NOW OBVIOUSLY.

01:59PM 6        MR. EISENMAN IS A SUBJECT OF THE COUNT IN THE INDICTMENT.

01:59PM 7    AND HIS INVESTMENT WAS ON DECEMBER 30TH OF 2013.

01:59PM 8        AS MR. LUCAS TESTIFIED, EVERYONE WHO ORIGINALLY INVESTED

01:59PM 9    IN 2006 WAS IN THE SAME BOAT.  AND MR. EISENMAN, AS YOU MAY

01:59PM 10   REMEMBER, WAS A VERY PERSISTENT INVESTOR WHO LIKED TO ASK A LOT

02:00PM 11   OF QUESTIONS, AND IF HE WASN'T GETTING AN ANSWER, HE WOULD GO

02:00PM 12   TO DIFFERENT PEOPLE TO GET THE ANSWER, AND HE WAS SOMETIMES

02:00PM 13   FRUSTRATING TO DEAL WITH, AND WE CAN SEE THAT FROM THE EMAIL

02:00PM 14   RECORD.

02:00PM 15       BUT THEY HAD TO GIVE HIM THE OPPORTUNITY TO INVEST,

02:00PM 16   WHETHER THEY LIKED HIM OR NOT, AND HE WAS ONE OF THOSE

02:00PM 17   INVESTORS WHO ORIGINALLY INVESTED IN 2006, SO HE HAD THE RIGHT

02:00PM 18   TO GET IT.  THERE WAS NOTHING MORE THAN THAT.

02:00PM 19       IF THEY COULD HAVE -- AND YOU'LL SEE IN A MINUTE, IF THEY

02:00PM 20   COULD HAVE NOT HAD TO DEAL WITH MR. EISENMAN ANYMORE, I THINK

02:00PM 21   THEY WOULD HAVE PREFERRED THAT.  BUT MR. EISENMAN HAD THE RIGHT

02:00PM 22   AND HE WANTED TO GET ON BOARD THE WALGREENS ROLLOUT TRAIN AS

02:00PM 23   WELL, ALONG WITH THE OTHERS.

02:00PM 24       NOW, IN THE EARLIER INVESTMENT, THE ONLY PERSON THAT HE

02:00PM 25   WAS INTERACTING WITH WAS ELIZABETH HOLMES INITIALLY.

02:00PM   1          IN 2010 MR. EISENMAN UNDERSTANDS THAT THERANOS IS AN EARLY

02:00PM   2     STAGE LIFE SCIENCES STARTUP THAT HAS IMMENSE RISK AND

02:01PM   3     UNPREDICTABILITY.  THIS MAY NOT CHANGE FOR YEARS TO COME.

02:01PM   4          AND THEN THE NEXT SLIDE.

02:01PM   5          IF YOU LOOK AT THESE EXHIBIT NUMBERS, I'LL JUST LEAVE IT

02:01PM   6     ON THE SCREEN FOR A MINUTE, 14103, 12285, 14224, AND SO FORTH,

02:01PM   7     THOSE EXHIBIT NUMBERS ARE ALL OF MR. -- NOT ALL, BUT SOME OF

02:01PM   8     MR. EISENMAN'S PERSISTENT COMMUNICATIONS WHERE HE UNDERSTANDS

02:01PM   9     HE DOESN'T HAVE ANY RIGHT TO GET INFORMATION, BUT HE'S SAYING

02:01PM   10    IT NONETHELESS.

02:01PM   11         AT ONE POINT HE'S TALKING ABOUT IPO'S, BUT HE'S BEING TOLD

02:01PM   12    THERE'S NOT GOING TO BE AN IPO.  SO HE'S JUST BADGERING NOT

02:01PM   13    ONLY THERANOS, MS. HOLMES AND MR. BALWANI, BUT OTHERS, TOO,

02:01PM   14    WHICH YOU'LL SEE.

02:01PM   15         IN FACT, WHEN YOU GO THROUGH THOSE EXHIBITS, IF YOU DO,

02:01PM   16    YOU'LL SEE THAT THERE'S THIS ONE EMAIL WHERE HE PUTS IN ALL

02:02PM   17    CAPS TO MS. HOLMES'S ADMINISTRATIVE ASSISTANT, HE PUTS IN ALL

02:02PM   18    CAPS, CAN YOU PLEASE RESPOND TODAY IN ALL CAPS.

02:02PM   19         AND YOU MAY REMEMBER THE QUESTION THAT MY COLLEAGUE,

02:02PM   20    MS. WALSH ASKED, ISN'T THAT YELLING IN AN EMAIL WHEN YOU PUT

02:02PM   21    THAT IN ALL CAPS?

02:02PM   22         AND HE SAID NO, HE DIDN'T KNOW THAT.

02:02PM   23         BUT THAT'S WHAT HE DID.

02:02PM   24         IF YOU GO TO THE NEXT SLIDE.

02:02PM   25         NANCY MINNIG WAS AN ASSISTANT FOR DON LUCAS.  THIS WAS THE

02:02PM 1    BOARD MEMBER.  DON LUCAS WAS ON THE BOARD.  AND HE WAS TRYING

02:02PM 2    TO GET INFORMATION FROM DON LUCAS AS WELL.

02:02PM 3         LET'S GO TO THE NEXT SLIDE.

02:02PM 4         DON LUCAS DECLINED TO COMMUNICATE WITH HIM.

02:02PM 5         SO THEN HE REACHED OUT LATER TO BILL FRIST, THE FORMER

02:02PM 6    SENATE MAJORITY LEADER AND HEART SURGEON, WHO IS ON THERANOS'S

02:02PM 7    BOARD.  SO HE REACHED OUT TO SENATOR FRIST, AND ULTIMATELY

02:02PM 8    SENATOR FRIST STOPPED COMMUNICATING WITH HIM AS WELL BECAUSE

02:02PM 9    PEOPLE FOUND MR. EISENMAN FRUSTRATING.

02:03PM 10        LET'S GO TO THE NEXT SLIDE.

02:03PM 11        THAT'S THE DOCUMENT THAT I EXPLAINED A MINUTE AGO WHERE

02:03PM 12   2006 INVESTORS HAD THIS RIGHT TO PARTICIPATE.

02:03PM 13        GO TO THE NEXT ONE.

02:03PM 14        NOW, THIS IS AN INTERESTING EXCHANGE BECAUSE MR. EISENMAN

02:03PM 15   WAS ASKED, DID YOU END UP SPEAKING TO MR. BALWANI ON THAT DATE?

02:03PM 16        THIS IS ABOUT A DECEMBER 2013 COMMUNICATION BETWEEN

02:03PM 17   MR. EISENMAN AND MR. BALWANI.

02:03PM 18        AND THEN MR. EISENMAN SAYS, DO YOU HAVE A NOTE THAT I

02:03PM 19   CAN --

02:03PM 20        AND THE QUESTION IS, NO.  I'M JUST ASKING YOU IF YOU

02:03PM 21   REMEMBER RECEIVING ANY IMPORTANT FACTS ABOUT THE COMPANY DURING

02:03PM 22   THAT PARTICULAR CALL?

02:03PM 23        THIS IS ON DIRECT, RIGHT?

02:03PM 24        ANSWER, MY RECOLLECTION IS THAT IT WAS A GENERAL CALL JUST

02:03PM 25   RATIFYING ALL OF THESE THINGS THAT I HAD LEARNED FROM

02:03PM 1    PAT MENDENHALL AND FROM THE EMAIL THAT I GOT FROM THE COMPANY

02:03PM 2    GENERALLY THAT THE TECHNOLOGY WORKED, THAT THIS WAS FOR GROWTH

02:04PM 3    CAPITAL.

02:04PM 4         SO HE'S CLAIMING THAT HE HAD THIS CALL WITH MR. BALWANI

02:04PM 5    AND MR. BALWANI TOLD HIM THAT THE TECHNOLOGY WORKED, RIGHT?

02:04PM 6         NOW, OF COURSE, AS I EXPLAINED BEFORE, IF MR. BALWANI SAID

02:04PM 7    THAT, THAT WOULD BE, FROM MR. BALWANI'S PERSPECTIVE, A TRUE

02:04PM 8    STATEMENT.

02:04PM 9         BUT LET'S GO TO WHAT HAPPENED WITH MR. EISENMAN.

02:04PM 10        SO THEN HE'S ASKED ON CROSS, DID HE TAKE NOTES OF PHONE

02:04PM 11   CALLS?

02:04PM 12        AND HE SAID YES, RIGHT, HE DID.

02:04PM 13        AND TO MAKE SURE HE GETS THEIR WORDS DOWN?

02:04PM 14        AND HE SAYS CORRECT.

02:04PM 15        AND THEN THE QUESTION IS -- HE'S HANDED A DOCUMENT AND

02:04PM 16   ASKED, DOES THIS CONTAIN ALL OF YOUR NOTES?

02:04PM 17        HE SAYS RIGHT.

02:04PM 18        THERE'S NOTHING MISSING FROM IT?

02:04PM 19        HE AGREES WITH THAT.

02:04PM 20        BECAUSE YOU TURNED ALL OF THESE OVER TO THE GOVERNMENT?

02:04PM 21        HE SAYS RIGHT.

02:04PM 22        AND THEN HE'S ASKED TO LOOK THROUGH THESE NOTES, THIS

02:04PM 23   COMPLETE COLLECTION OF NOTES, TO SEE IF THERE'S ANY NOTE

02:04PM 24   REFLECTING THIS TELEPHONE CALL WITH MR. BALWANI IN LATE

02:04PM 25   DECEMBER 2013.

02:04PM   1          AND HE LOOKS THROUGH IT.  THERE'S A PAUSE.

02:04PM   2          AND HE SAYS IT'S APPARENTLY NOT WRITTEN DOWN IN MY NOTES.

02:05PM   3          WELL, HE WAS SAYING IT ON THE STAND, BUT IT'S NOT IN HIS

02:05PM   4   NOTES THAT ARE SUPPOSED TO BE COMPREHENSIVE.

02:05PM   5          GO TO THE NEXT SLIDE.

02:05PM   6          AND JUST TO MAKE SURE THAT THE QUESTION IS ANSWERED, DO

02:05PM   7   YOU HAVE A SPECIFIC RECOLLECTION OF MR. BALWANI TELLING YOU IN

02:05PM   8   THAT PHONE CALL IN DECEMBER OF 2013 ANYTHING ABOUT THERANOS

02:05PM   9   TECHNOLOGY OR THERANOS ACTIVITIES?

02:05PM  10          DESPITE WHAT HE SAID ON DIRECT, HE HAD TO ADMIT THAT HE

02:05PM  11   DOES NOT HAVE A SPECIFIC RECOLLECTION.

02:05PM  12          SO THIS IS JUST AN EXAMPLE OF HOW PEOPLE, MAYBE NATURALLY,

02:05PM  13   YEARS AFTER THE FACT HAVE DIFFERENT MEMORIES THAN WHAT

02:05PM  14   OCCURRED.  THEY SAY THINGS ON THE STAND, AT THIS POINT THEY

02:05PM  15   HAVE, YOU KNOW, A BIT OF A BIAS BECAUSE, YOU KNOW, SOMETIMES

02:05PM  16   EVEN A LOT OF BIAS BECAUSE OF WHAT HAPPENED, THEY DID LOSE

02:05PM  17   MONEY, MAYBE THEY'RE UPSET ABOUT THAT, AND HERE THEY'RE IN A

02:05PM  18   FEDERAL CRIMINAL TRIAL AND IT'S LIKE A PILING ON EFFECT WHERE

02:05PM  19   EVERYONE WANTS TO SAY I WAS FOOLED OR I DIDN'T PROVE ANYTHING

02:05PM  20   OR I DIDN'T DO ANYTHING, AND MR. EISENMAN IS NO DIFFERENT.

02:05PM  21          BUT THAT'S WHY IT'S SO IMPORTANT TO LOOK AT THE

02:06PM  22   CONTEMPORANEOUS DOCUMENTS IN THIS CASE, AND THAT'S WHY, YOU

02:06PM  23   KNOW, WE'VE SPENT QUITE A LONG TIME NOT ONLY DURING TRIAL WITH

02:06PM  24   THE TESTIMONY, BUT HERE AT CLOSING NOW FOR THE THIRD DAY GOING

02:06PM  25   THROUGH THESE EMAILS TO SHOW YOU, THE JURY, WHAT REALLY

02:06PM  1    HAPPENED WITH ALL OF THE CONTEMPORANEOUS DOCUMENTS AND NOT JUST

02:06PM  2    RELYING ON PEOPLE'S MEMORIES, PEOPLE WHO HAVE AGENDAS AND

02:06PM  3    BIASES.

02:06PM  4         LET'S TALK A LITTLE BIT MORE ABOUT MR. EISENMAN.

02:06PM  5         SO HE SIGNED THE SAME AGREEMENT THAT I'VE BEEN TALKING

02:06PM  6    ABOUT ABOUT THE INVESTMENT BEING SPECULATIVE AND HE COULD

02:06PM  7    AFFORD TO LOSE EVERYTHING AND HE KNOWS THE BUSINESS MODEL MIGHT

02:06PM  8    CHANGE AND THE PROJECTIONS MIGHT CHANGE.

02:06PM  9         HE SIGNS ALL OF THIS, BUT HE CLAIMS HE DIDN'T REALLY MEAN

02:06PM  10   IT WHEN HE SIGNED IT.  HE THOUGHT IT WAS JUST SOMETHING THAT HE

02:06PM  11   HAD TO SIGN, OR IT WAS BOILER PLATE OR SOMETHING OF THAT

02:06PM  12   NATURE.

02:06PM  13        HE'S A LAWYER.  HE'S TRAINED AS A LAWYER.  HE DIDN'T

02:06PM  14   PRACTICE LAW FOR AWHILE.  HE DID THAT EARLIER IN HIS LIFE.

02:07PM  15        BUT YOU DON'T SIGN THINGS FOR AN INVESTMENT.

02:07PM  16        AND THE OTHER THING ABOUT MR. EISENMAN, HE INVESTED

02:07PM  17   $99,000 IN THIS 2013 ROUND.

02:07PM  18        THE 2006 INVESTMENT, THAT WAS MORE THAN THAT.  THAT HAS

02:07PM  19   NOTHING TO DO WITH MR. BALWANI.  THAT'S NOT AT ISSUE IN THIS

02:07PM  20   CASE.

02:07PM  21        BUT THE 2013 INVESTMENT WAS $99,000.  AND WHEN YOU THINK

02:07PM  22   ABOUT HOW FRUSTRATING MR. EISENMAN WAS AND HOW DIFFICULT HE WAS

02:07PM  23   TO DEAL WITH AND EVERYTHING YOU KNOW, DOES IT MAKE ANY SENSE

02:07PM  24   THAT MR. BALWANI WAS TRYING TO DEFRAUD MR. EISENMAN OUT OF HIS

02:07PM  25   $99,000 WHEN THEY HAVE $75 MILLION COMING IN FROM WALGREENS

02:07PM 1    JUST THAT SAME MONTH?

02:07PM 2         AGAIN, IT'S A MATTER OF USING COMMON SENSE.

02:07PM 3         MR. EISENMAN HAD AN OPPORTUNITY TO SELL HIS SHARES.  SO

02:07PM 4    EARLY ON IN 2010, MS. HOLMES -- AND THIS IS BECAUSE

02:07PM 5    MR. EISENMAN IS SO FRUSTRATED ABOUT HE WANTS INFORMATION AND HE

02:08PM 6    KEEPS ASKING THESE QUESTIONS AND HE'S NOT GETTING EVERYTHING HE

02:08PM 7    HAVE WANTS SO THERE WAS MAYBE MUTUAL FRUSTRATION.

02:08PM 8         MS. HOLMES SAYS "GIVEN YOUR FRUSTRATION LEVEL AND OUR

02:08PM 9    FRUSTRATION LEVEL WITH THIS INTERACTION, I STRONGLY ENCOURAGE

02:08PM 10   YOU TO RECONSIDER THE OPPORTUNITY I PRESENTED ON OUR LAST CALL

02:08PM 11   TO REALIZE THE RETURN ON YOUR INVESTMENT.  WE RECOGNIZE YOU

02:08PM 12   HAVE BEEN AN INVESTOR FOR SOME TIME, AND IF WE PROCEED WITH THE

02:08PM 13   TRANSACTION WE ARE PROPOSING, WE CAN PROVIDE YOU WITH A GREATER

02:08PM 14   THAN FIVE TIMES RETURN ON YOUR INVESTMENT IN THERANOS.  PLEASE

02:08PM 15   LET ME KNOW.  ELIZABETH."

02:08PM 16        SO THEN IF YOU GO TO THE NEXT PAGE, MS. HOLMES TELLS HIM

02:08PM 17   IN JUNE OF 2018 -- I'M SORRY, JUNE OF 2010, "WE ARE WORKING ON

02:08PM 18   PROCESSING YOUR REQUEST TO GET YOU THE PAPERS ON THE

02:08PM 19   TRANSACTION TO SELL YOUR SHARES."

02:08PM 20        AND THEN MR. EISENMAN CLAIMED ON THE STAND, WELL, MAYBE

02:08PM 21   THIS WASN'T SERIOUS.

02:09PM 22        BUT HE SAYS IN JULY OF 2010, "I HAVEN'T MADE A DECISION

02:09PM 23   WHETHER TO SELL STOCK."  AND HE WANT TO SCHEDULE QUARTERLY

02:09PM 24   UPDATES.

02:09PM 25        SO HE IS WAS NOT SATISFIED.  HE WANTS MORE INFORMATION

02:09PM  1    BECAUSE HE THINGS, WELL, MAYBE I'M LEAVING MONEY ON THE TABLE,

02:09PM  2    MAYBE I'LL MAKE EVEN MORE MONEY.

02:09PM  3        AND HE HAD TO ADMIT THAT IF HE HAD DONE THAT BACK IN 2010,

02:09PM  4    HE WOULD HAVE MADE $25 MILLION.

02:09PM  5        IF YOU HAD SOLD YOUR STOCK PURSUANT TO THIS OFFER, YOU

02:09PM  6    WOULD HAVE MADE ABOUT 25 MILLION?

02:09PM  7        AND HE FIGHTS AND HE SAYS MAYBE IT'S NOT RELEVANT, AND

02:09PM  8    THEN EVENTUALLY AFTER A STRUGGLE HE SAYS, YES, THE MATH IS

02:09PM  9    CORRECT, $25 MILLION.

02:09PM  10       THERE ARE OTHER OPPORTUNITIES LATER FOR MR. EISENMAN TO

02:09PM  11   SELL HIS SHARES.  I WON'T SPEND A LONG TIME ON THIS, BUT THIS

02:09PM  12   IS JUST AN INTERACTION WITH PEOPLE WHO OPERATE LIKE SECONDARY

02:09PM  13   MARKETS FOR PRIVATE COMPANIES LIKE THERANOS.

02:09PM  14       AS YOU HEARD DURING TRIAL, THERANOS WAS NOT A PUBLIC

02:09PM  15   COMPANY SO YOU CANNOT JUST GO TO THE NEW YORK STOCK EXCHANGE,

02:10PM  16   OR SOMETHING LIKE THAT, AND BUY SHARES.

02:10PM  17       BUT THERE ARE PEOPLE WHO HAVE SECONDARY MARKETS AND

02:10PM  18   MR. EISENMAN WAS DEALING WITH SOME OF THEM.  AND THAT'S WHAT

02:10PM  19   THIS EMAIL IS ABOUT.  HE WANTS TO SELL HIS SHARES IN SEPTEMBER

02:10PM  20   OF 2015.

02:10PM  21       AND THEN HE'S HAVING DIFFICULTY WITH THE PEOPLE WHO RUN

02:10PM  22   THE SECONDARY MARKET BECAUSE HE'S TALKING ABOUT NOT HAVING

02:10PM  23   ENOUGH INFORMATION AND IT'S SORT OF THE SAME THING AGAIN WITH

02:10PM  24   MR. EISENMAN.  HE NEEDS ACCURATE INFORMATION, WHAT IS IN THAT

02:10PM  25   PRICE, AND PEOPLE ARE TRYING TO HELP HIM, BUT HE'S PRETTY

02:10PM  1    DEMANDING.

02:10PM  2         LET'S GO TO THIS EMAIL.  SO THIS IS AN EMAIL BETWEEN

02:10PM  3    MR. EISENMAN AND MR. BALWANI.

02:10PM  4         AND MR. EISENMAN -- IF YOU GO TO THE BOTTOM OF THE PAGE,

02:10PM  5    MR. ALLEN -- HE SAYS, AMONG OTHER THINGS, WHAT IS THE SIZE OF

02:11PM  6    THIS ROUND, THIS INVESTMENT ROUND?  ARE THERE ANY DIRECTORS

02:11PM  7    PARTICIPATING?  AM I CORRECT THAT THERE WILL BE ANOTHER ROUND

02:11PM  8    OF APPROXIMATELY 200 MILLION IN JANUARY?

02:11PM  9         AND MR. BALWANI SAYS ALAN -- THIS IS BEFORE MR. EISENMAN

02:11PM  10   INVESTS -- "WE CAN'T ANSWER YOUR QUESTIONS ABOUT DIRECTORS,

02:11PM  11   OTHER INVESTORS, AND CERTAINLY NOT ABOUT ANY FUTURE INVESTMENT

02:11PM  12   ROUNDS AND SPECULATE ON WHAT THOSE VALUATIONS MAY BE.  THOSE

02:11PM  13   MAY OR MAY NOT HAPPEN."

02:11PM  14        HE SAYS, "SECONDLY, MY PERSONAL ASSISTANTS ARE NOT PRIVY

02:11PM  15   TO CONFIDENTIAL FINANCIAL INFORMATION SO PLEASE DON'T LEAVE

02:11PM  16   MESSAGES WITH THEM ABOUT COMPANY'S FINANCIAL DETAILS AND

02:11PM  17   ACTIVITIES.

02:11PM  18        "FINALLY, IF YOU CHOOSE TO INVEST, THE SIGNED DOCUMENTS

02:11PM  19   HAVE TO BE IN BY 12/31."

02:11PM  20        SO THIS DOESN'T SOUND LIKE MR. BALWANI SAYING TO

02:11PM  21   MR. EISENMAN, YEAH, PLEASE INVEST, YOU KNOW, HERE'S ALL OF THE

02:11PM  22   GREAT INFORMATION AND LET ME MAKE UP STUFF.  YOU KNOW, IF

02:11PM  23   YOU'RE NOT QUITE SATISFIED, I'LL JUST SAY WHATEVER.

02:11PM  24        HE'S SAY I CAN'T ANSWER THAT QUESTION, CAN'T PROVIDE THE

02:12PM  25   INFORMATION.  IF YOU CHOOSE TO INVEST, HERE'S WHAT YOU HAVE TO

02:12PM   1   DO.

02:12PM   2        SO AS I SAID BEFORE, MR. EISENMAN IS JUST BEING GIVEN THIS

02:12PM   3   OPPORTUNITY BECAUSE THERANOS HAS TO DO IT BASED ON THE PREVIOUS

02:12PM   4   CONTRACTUAL COMMITMENT.

02:12PM   5        BUT WE KNOW THAT MR. EISENMAN SPECIFICALLY TOLD

02:12PM   6   MR. BALWANI THAT HE WAS SPECIFICALLY DISCOURAGED FROM

02:12PM   7   INVESTING.

02:12PM   8        IF YOU GO TO THE NEXT EMAIL, LET'S JUST READ THIS FROM THE

02:12PM   9   BOTTOM.

02:12PM   10        SO THE EARLIEST EMAIL IN TIME HERE, MR. EISENMAN SAYS ON

02:12PM   11   JANUARY 21ST, 2015, SO THIS IS A LITTLE OVER A YEAR LATER AFTER

02:12PM   12   MR. EISENMAN'S INVESTMENT, AND MR. EISENMAN SAYS, ELIZABETH AND

02:12PM   13   SUNNY, THIS IS THE SECOND GOOGLE ALERT I HAVE RECEIVED RECENTLY

02:12PM   14   THAT CLAIMS THERANOS COULD BECOME OBSOLETE.  CAN WE HAVE A

02:12PM   15   CATCH UP CALL?

02:12PM   16        AND THEN MR. BALWANI RESPONDS TO HIM THAT SAME DAY.  "I

02:12PM   17   THINK THESE EMAILS ARE BEYOND RIDICULOUS.  YES, THERANOS, LIKE

02:12PM   18   ANY OTHER COMPANY, CAN BECOME OBSOLETE."

02:13PM   19        AND THEN HE SAYS, "YOU CONTINUE TO BOMBARD US WITH EMAILS

02:13PM   20   AND PHONE CALLS EVEN THOUGH JUST 12 SHORT MONTHS AGO I SPOKE

02:13PM   21   WITH YOU IN DETAIL THAT YOU WILL NOT GET ANY UPDATES, THAT YOU

02:13PM   22   SHOULDN'T INVEST, AND THAT MANAGEMENT WILL NOT BE SPENDING ANY

02:13PM   23   TIME WITH YOU PROVIDING YOU UPDATES AND RESPONDING TO YOUR

02:13PM   24   EMAILS ABOUT BUSINESS OPERATIONS, STRATEGY AND DETAILS."

02:13PM   25        SO MR. BALWANI IS SPECIFICALLY REMINDING MR. EISENMAN, I

02:13PM   1    TOLD YOU YOU SHOULD NOT TO INVEST.

02:13PM   2        AND LET'S SEE WHAT HAPPENS WHEN MR. EISENMAN RESPONDS.  HE

02:13PM   3    SAYS "SUNNY,

02:13PM   4        "WHEN WE SPOKE SEVERAL MONTHS AGO YOU SAID WE COULD HAVE A

02:13PM   5    SHORT QUARTERLY CALL.  I DON'T THINK THIS IS AN UNREASONABLE

02:13PM   6    REQUEST.

02:13PM   7        "I HEARD THAT THERE WAS FINANCIAL INFORMATION DISSEMINATED

02:13PM   8    ON THE JANUARY 2014 ROUND.  IF SO, IS THAT SOMETHING THAT YOU

02:13PM   9    CAN SHARE."

02:13PM  10        NOWHERE IN THIS EMAIL RESPONSE DOES MR. EISENMAN SAY, WHAT

02:13PM  11    ARE YOU TALKING ABOUT?  YOU DIDN'T TELL ME THAT I SHOULDN'T

02:13PM  12    INVEST.  YOU TOLD ME TO INVEST.

02:14PM  13        HE'S GIVEN THAT OPPORTUNITY AND HE SAYS NOTHING ABOUT

02:14PM  14    THAT.  HE DOESN'T DISAGREE WITH THAT.

02:14PM  15        AND IF IT WAS JUST THE ONE EXCHANGE, YOU MIGHT SAY, WELL,

02:14PM  16    MAYBE HE MISSED THAT OR HE DIDN'T RESPOND TO THAT.

02:14PM  17        BUT HE'S GIVEN ANOTHER OPPORTUNITY.

02:14PM  18        LET'S GO UP THE CHAIN.

02:14PM  19        MR. BALWANI SAYS, "NO ONE FROM THIS COMPANY HAS EVER

02:14PM  20    COMMITTED TO A SHORT QUARTERLY CALL WITH YOU OR ANY OTHER

02:14PM  21    INVESTOR SELECTIVELY.  I WAS VERY EXPLICITLY DISCOURAGING YOU

02:14PM  22    FROM INVESTING IN JANUARY OF 2014 AND NO INFORMATION HAS BEEN

02:14PM  23    DISSEMINATED."

02:14PM  24        IT'S OBVIOUSLY DECEMBER OF '13 BECAUSE THAT'S WHEN

02:14PM  25    MR. EISENMAN'S INVESTMENT WAS.

02:14PM   1        OKAY.  AND THEN MR. EISENMAN HAS HIS SECOND OPPORTUNITY.

02:14PM   2   HE WRITES, "IT WASN'T A FIRM COMMITMENT, ONLY A COURTESY,"

02:14PM   3   ABOUT GETTING INFORMATION.  "I WOULD HOPE AFTER 9 YEARS THERE

02:14PM   4   WOULD BE SOMETHING THERANOS COULD SHARE WITH US ON A REGULAR

02:14PM   5   BASIS.  WE HAVE BEEN MORE THAN PATIENT."

02:14PM   6        BUT AGAIN, SECOND OPPORTUNITY, MR. EISENMAN COULD SAY,

02:14PM   7   WHAT ARE YOU TALKING ABOUT SUNNY?  WHY ARE YOU SAYING YOU

02:14PM   8   DISCOURAGED ME FROM INVESTING?  THAT NEVER HAPPENED.

02:15PM   9        HE NEVER SAID THAT.  NOT JUST ONCE, BUT TWICE HE HAD THE

02:15PM  10   OPPORTUNITY.

02:15PM  11        SO WE KNOW THAT'S WHAT HAPPENED.  MR. BALWANI SPECIFICALLY

02:15PM  12   TOLD MR. EISENMAN, WHEN HE WAS INVESTING, DON'T INVEST.

02:15PM  13        AND YOU KNOW WHAT?  LOGICALLY THAT MAKES A LOT OF SENSE.

02:15PM  14   WHY WOULD ANYONE, MR. BALWANI INCLUDED, WANT TO GET

02:15PM  15   MR. EISENMAN'S 99,000?  THINK ABOUT THE TRADE-OFF.  YOU GET

02:15PM  16   $99,000 FOR AN INVESTMENT FROM EISENMAN, BUT YOU'VE GOT TO DEAL

02:15PM  17   WITH ALAN EISENMAN FOREVER.

02:15PM  18        SO I DON'T UNDERSTAND LIKE HOW THAT CAN BE A REAL THING.

02:15PM  19   AND IT MAKES SENSE THAT MR. BALWANI TOLD HIM NOT TO INVEST.

02:15PM  20        AND WHEN YOU THINK ABOUT IT FROM AN INTENT STANDPOINT,

02:15PM  21   THIS IS THE OPPOSITE OF AN INTENT TO DEFRAUD ALAN EISENMAN OUT

02:15PM  22   OF ANYTHING.  THEY DIDN'T WANT HIS MONEY.  THEY DIDN'T WANT HIS

02:15PM  23   INVESTMENT.

02:15PM  24        HE WAS SIMPLY GIVING HIM AN OPPORTUNITY BECAUSE THEY HAD

02:15PM  25   TO DO IT.  THEY WERE HONORING THEIR CONTRACTUAL COMMITMENT.

02:15PM   1        THAT'S THE THERANOS INVESTORS.

02:15PM   2        AND I WANT TO MOVE TO A TOTALLY DIFFERENT SUBJECT OF

02:16PM   3   THERANOS PATIENTS.

02:16PM   4        SO IF YOU GO TO SLIDE 506, MR. ALLEN.

02:16PM   5            THE COURT:  WHY DON'T WE DO THAT AFTER OUR BREAK?

02:16PM   6            MR. COOPERSMITH:  THAT SOUNDS GREAT.

02:16PM   7            JUROR:  YOUR HONOR, ONE THING.  THE MONITOR HERE IS

02:16PM   8   NOT WORKING.

02:16PM   9            THE COURT:  OKAY.  THANK YOU.  WE'LL CORRECT THAT

02:16PM  10   DURING THE BREAK.  THANK YOU.

02:16PM  11        WE'LL TAKE 20 MINUTES, PLEASE.

02:16PM  12        (RECESS FROM 2:16 P.M. UNTIL 2:40 P.M.)

02:40PM  13            THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:40PM  14        WE'RE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT

02:40PM  15   ARE PRESENT AGAIN.

02:40PM  16        OUR JURY IS PRESENT AND ALTERNATES.

02:40PM  17        MR. BALWANI IS PRESENT.

02:40PM  18        MR. COOPERSMITH.

02:40PM  19            MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

02:40PM  20        OKAY.  WELCOME BACK EVERYONE.  AS YOU CAN SEE WE'RE MOVING

02:40PM  21   DOWN THE LIST OF TOPICS, MAYBE NOT QUICKLY, BUT WE ARE MOVING.

02:40PM  22        AND WE'RE NOW ON THE TOPIC OF THERANOS PATIENTS, SO I WANT

02:40PM  23   TO JUST SPEND A LITTLE BIT OF TIME ON THAT.

02:40PM  24        SO THE FIRST THING, THOUGH, AND THIS RELATES TO THERANOS

02:41PM  25   PATIENTS, THERE'S A COUNT OF THE INDICTMENT, I THINK IT'S

02:41PM   1    COUNT TWELVE, THAT DEALS WITH THE WIRE TRANSMISSION OF SOME

02:41PM   2    MONEY TO BUY THE ADVERTISING IN THE PHOENIX, ARIZONA MARKET.

02:41PM   3         AND THE GOVERNMENT DURING THEIR CLOSING SHOWED YOU AN

02:41PM   4    EMAIL ABOUT THAT, AND MS. SPIVEY TALKED ABOUT THAT EMAIL.

02:41PM   5         THE WIRE TRANSFER OF APPROXIMATELY $1.2 MILLION, THAT DID

02:41PM   6    OCCUR, BUT HERE'S WHAT I WANT TO SAY ABOUT THAT COUNT.

02:41PM   7         WE JUST DON'T KNOW MUCH ABOUT IT.  SO THE ADVERTISING BUY,

02:41PM   8    IT'S LIKE AUGUST OF 2015.  WE DON'T KNOW WHAT THE AD SAID, WE

02:41PM   9    DON'T KNOW IF THERE WERE ADS THAT ACTUALLY RAN, WE DON'T KNOW

02:41PM   10   WHEN AND IF THEY RAN, WE DON'T KNOW WHO LOOKED AT THEM, WE

02:41PM   11   DON'T KNOW IF ANY OF THE PATIENTS THAT YOU'VE HEARD FROM DURING

02:42PM   12   TRIAL LOOKED AT THEM.

02:42PM   13        MS. SPIVEY WAS THE ONLY PERSON WHO TESTIFIED ABOUT THEM.

02:42PM   14   SO WE JUST DON'T KNOW.

02:42PM   15        IT'S PRETTY LATE IN THE DAY.  IT'S AT A POINT IN TIME

02:42PM   16   WHERE THERANOS WAS NOT USING, FOR THE MOST PART, ITS

02:42PM   17   PROPRIETARY TECHNOLOGY.  YOU KNOW, YOU SAW THE EXHIBIT ABOUT

02:42PM   18   THAT.

02:42PM   19        SO IT'S JUST A COUNT THAT SORT OF DOESN'T HAVE A LOT OF

02:42PM   20   FACTS BEHIND IT.

02:42PM   21        WHAT I WANT TO SAY ABOUT THAT, YOU KNOW, IN TERMS OF

02:42PM   22   REASONABLE DOUBT PERSPECTIVE, WHEN YOU DON'T KNOW IF THE ADS

02:42PM   23   RAN, WHEN THEY RAN, WHO SAW THEM, WHAT THE CONTENT WAS, IF THEY

02:42PM   24   EVEN RAN AT ALL, FROM A REASONABLE DOUBT PERSPECTIVE, OR FROM

02:42PM   25   ANY PERSPECTIVE, YOU CAN'T CONVICT ON THAT COUNT.

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

02:42PM 1       THE GOVERNMENT COULD HAVE BROUGHT IN DETAIL ABOUT WHAT THE

02:42PM 2  ADS WERE, WHO SAW THEM, WHAT HAPPENED.  THAT EMAIL THAT THEY

02:42PM 3  SHOWED YOU DOESN'T SUPPLY THAT.  IT LOOKS LIKE THERE'S SOME

02:42PM 4  CONTEMPLATION OF RADIO ADVERTISING, SOME OTHER THINGS.

02:42PM 5       BUT THERE'S NOTHING BEYOND THAT.  AND SO THAT COUNT SHOULD

02:43PM 6  BE A PRETTY QUICK DECISION I WOULD THINK WHEN YOU'RE

02:43PM 7  DELIBERATING.

02:43PM 8       BUT I WANT TO TALK ABOUT THE ACTUAL PATIENTS, THE REAL

02:43PM 9  SUBSTANCE.

02:43PM 10      AND THE FIRST ONE I WANT TO TALK ABOUT IS BRITTANY GOULD.

02:43PM 11 AND BRITTANY GOULD YOU HEARD FROM DURING TRIAL.  SHE'S NOT A

02:43PM 12 COUNT IN THE INDICTMENT, BUT SHE WAS A PATIENT WHO GOT A TEST,

02:43PM 13 A COUPLE OF TESTS AT THERANOS.

02:43PM 14      AND HER DOCTOR WAS DR. AUDRA ZACHMAN, AND THAT'S FROM THE

02:43PM 15 SOUTHWEST CONTEMPORARY WOMEN'S CLINIC IN PHOENIX, IN THE

02:43PM 16 PHOENIX AREA.

02:43PM 17      SO, FIRST OF ALL, LET'S JUST TALK ABOUT THE TEST THAT

02:43PM 18 MS. GOULD GOT.  AND THAT'S A TEST -- THIS IS THE HCG ASSAY.

02:43PM 19 THIS IS THE PREGNANCY TEST THAT WE WERE TALKING ABOUT DURING

02:43PM 20 TRIAL.  THAT TEST WAS ON OCTOBER 2ND OF 2014.

02:43PM 21      AND THEN THE SECOND TEST THAT MS. GOULD GOT WAS ON

02:44PM 22 OCTOBER 4TH, 2014.  AND IT HAS THE EXHIBIT NUMBER IF YOU WANT

02:44PM 23 TO LOOK AT THOSE REPORTS, THAT'S EXHIBIT 2044 AND EXHIBIT 4242.

02:44PM 24 SO THOSE WERE THE TWO TESTS.

02:44PM 25      AND YOU CAN SEE WHAT HAPPENED HERE.  TEST NUMBER 2 IS

02:44PM 1    REPORTED TO DR. ZACHMAN ON OCTOBER 6TH.  THAT'S THAT BLUE

02:44PM 2    WRITING THAT YOU CAN SEE ON THAT OCTOBER 6TH DATE.

02:44PM 3         BUT TEST NUMBER 1 IS NOT REPORTED UNTIL OCTOBER 8TH.

02:44PM 4         THE TEST NUMBER 2 REPORT SHOWS A VALUE OF 125.58.  AND

02:44PM 5    THAT, DR. ZACHMAN SAID, AND SHE'S RIGHT, THAT'S A VALUE THAT

02:44PM 6    DOESN'T MAKE SENSE.  THAT 125.58 HAS GOT TO BE WRONG.

02:44PM 7         AND WE KNOW IT'S GOT TO BE WRONG BECAUSE WE KNOW THAT

02:45PM 8    MS. GOULD HAD A VIABLE, SUCCESSFUL PREGNANCY LATER.  SO THE

02:45PM 9    125.58 WOULDN'T MAKE SENSE GIVEN THE PREVIOUS TESTING THAT

02:45PM 10   MS. GOULD HAD GOTTEN.

02:45PM 11        BUT WHAT HAPPENED?  AND WE'LL SEE THIS IN A MINUTE.

02:45PM 12   THERE'S A DECIMAL PLACE TRANSCRIPTION ERROR WHERE THE 125.58

02:45PM 13   SHOULD HAVE BEEN REPORTED AS 12,558.

02:45PM 14        AND THAT'S AN ERROR THAT SHOULD NEVER HAPPEN.  LABS SHOULD

02:45PM 15   NEVER MAKE THOSE ERRORS.  I THINK EVERYONE SHOULD AGREE ON

02:45PM 16   THAT.

02:45PM 17        BUT IN THIS TRIAL WE'RE NOT TALKING ABOUT TRANSCRIPTION

02:45PM 18   ERRORS.  WE'RE TALKING ABOUT WHETHER THERE'S SOME FUNDAMENTAL

02:45PM 19   PROBLEM WITH THE TESTING, NOT TRANSCRIPTION WHERE SOMEONE IN

02:45PM 20   THE LAB MAKES AN UNFORTUNATE ERROR.  BUT IT HAPPENED.  THAT'S

02:45PM 21   THE ERROR.

02:45PM 22        WE ALSO SAW YESTERDAY THAT IN THAT SAME MONTH OF OCTOBER

02:45PM 23   OF 2014, THERE WAS AN ALTERNATIVE ASSESSMENT PROCEDURE

02:46PM 24   HEAD-TO-HEAD COMPARISON BETWEEN THERANOS'S HCG TESTING ON

02:46PM 25   EDISON AND THE FDA APPROVED COMMERCIAL DEVICES, AND THAT PASSED

02:46PM   1    100 PERCENT.

02:46PM   2        SO THERE'S NO REASON WHY -- THERE'S NOT ANY EVIDENCE AT

02:46PM   3    THIS POINT IN TIME OR AT ANY POINT IN TIME THERE'S SOME

02:46PM   4    FUNDAMENTAL PROBLEM WITH THE HCG TEST.  THERE'S A TRANSCRIPTION

02:46PM   5    ERROR IN THIS CASE.

02:46PM   6        NOW, AS YOU KNOW FROM YESTERDAY AND FROM HEARING THE

02:46PM   7    TRIAL, THERE WAS A TIME AT THE END OF MAY OF 2014 WHERE

02:46PM   8    DR. ROSENDORFF STOPPED HCG TESTING.

02:46PM   9        BUT THEN WE ALSO SAW, ALTHOUGH IT WAS THE DEFENSE THAT HAD

02:46PM  10    TO SHOW IT TO YOU, THAT DR. ROSENDORFF QUICKLY APPROVED WITHIN

02:46PM  11    A FEW DAYS HCG TESTING GOING BACK ON EDISON.

02:46PM  12        SO WHEN YOU HAVE THAT SITUATION, THERE'S NO REASON WHY

02:46PM  13    MR. BALWANI WOULD THINK THAT THERE'S SOME FUNDAMENTAL PROBLEM

02:46PM  14    WITH HCG TESTING ON EDISON AT THERANOS.

02:46PM  15        BUT IN ANY EVENT, GOING BACK TO THE CHART THAT IS ON THE

02:46PM  16    SCREEN, MR. -- I'M SORRY, DR. ZACHMAN GOT THIS REPORT FROM

02:47PM  17    THERANOS WITH THIS UNFORTUNATE DECIMAL PLACE ERROR, SO IT'S

02:47PM  18    125.58.  RIGHTFULLY, SHE WAS CONFUSED ABOUT THAT.  IT DIDN'T

02:47PM  19    MAKE ANY SENSE.

02:47PM  20        WHEN SHE GETS THE SECOND REPORT, THOUGH -- SHE DOESN'T GET

02:47PM  21    TEST NUMBER 1 UNTIL OCTOBER 8TH.  SO A COUPLE OF DAYS LATER,

02:47PM  22    DR. ZACHMAN GETS THE TEST NUMBER 1 FOR THE FIRST TIME, WHICH IS

02:47PM  23    THE 12,558, AND THEN SHE GETS TEST NUMBER 2 CORRECTED.  SO

02:47PM  24    THEY'VE CORRECTED THE DECIMAL PLACE ERROR NOW A COUPLE OF DAYS

02:47PM  25    AND IT'S 12,558.

02:47PM   1          OKAY.  DR. ZACHMAN ALSO TESTIFIED, WELL, OKAY, THAT'S

02:47PM   2   GREAT THAT I GOT A CORRECTED REPORT, BUT IT STILL DOESN'T MAKE

02:47PM   3   ANY SENSE, IT SHOULD BE DOUBLING.

02:47PM   4          SO FROM TEST NUMBER 1 TO TEST NUMBER 2, THOSE ARE TWO DAYS

02:47PM   5   APART.  MS. GOULD GAVE HER FINGERSTICK SAMPLE ON OCTOBER 2ND

02:47PM   6   AND THEN ON THE 4TH.

02:47PM   7          SO ON THOSE TWO DAYS, IF SHE WAS PREGNANT, WHICH SHE WAS,

02:47PM   8   THE VALUE SHOULD HAVE DOUBLED.  AND DR. ZACHMAN IS SAYING,

02:48PM   9   YEAH, BUT IT'S 12,558 AND IT'S 12,558, SO THAT'S NOT DOUBLING.

02:48PM  10   THAT DOESN'T MAKE ANY SENSE.

02:48PM  11          SO WE HEARD DURING THE COURSE OF THIS TRIAL REPEATEDLY

02:48PM  12   THAT IN BLOOD TESTING IT'S NOT WHAT YOU CALL AN EXACT SCIENCE.

02:48PM  13   THESE ARE NOT LIKE DIGITAL RESULTS WHERE YOU GET A 1 OR A 0.

02:48PM  14   THESE ARE BLOOD TESTING RESULTS THAT COME WITHIN RANGES OF

02:48PM  15   5 PERCENT, 10 PERCENT, 20 PERCENT, SOMETIMES 30 PERCENT.

02:48PM  16          SO THE CHANCES OF GETTING THE SAME EXACT VALUE FOR TWO

02:48PM  17   DIFFERENT TESTS TWO DAYS APART ARE VERY, VERY SLIM.  I SUPPOSE

02:48PM  18   IN THE SCHEME OF THE UNIVERSE IT'S POSSIBLE.

02:48PM  19          SO REALLY WHAT IT LOOKS LIKE PROBABLY HAPPENED HERE --

02:48PM  20   AGAIN, VERY UNFORTUNATELY -- IS NOT ONE, BUT TWO TRANSCRIPTION

02:48PM  21   ERRORS WHERE SOMEBODY WROTE DOWN THE SAME VALUE IN THIS REPORT

02:48PM  22   FOR TEST NUMBER 1.

02:48PM  23          AND THAT'S MORE LIKELY THAN NOT WHAT HAPPENED BECAUSE OF

02:49PM  24   THAT IDENTICAL VALUE ISSUE.

02:49PM  25          BUT IN ANY EVENT, MOVING ON FROM THAT, THERANOS DID CATCH

02:49PM    1    THE DECIMAL PLACE ERROR, AND THEN IN AN EMAIL TO DR. ZACHMAN IT

02:49PM    2    SAYS "WE IDENTIFIED ONE STEP IN POST PROCESSING THAT WAS CAUSE

02:49PM    3    OF THIS ERROR.  IN ALL THREE CASES THE VALUES FOR ASSAY IN

02:49PM    4    QUESTION REPORTED WERE 1/100TH OF THE TRUE CLINICAL VALUES THAT

02:49PM    5    SHOULD HAVE BEEN REPORTED.  WE SINCERELY APOLOGIZE FOR THE

02:49PM    6    ERROR."

02:49PM    7         SO THEY CAUGHT THE DECIMAL PLACE ERROR.

02:49PM    8         AND ON THE OTHER POINT, DR. ZACHMAN WAS ASKED THE QUESTION

02:49PM    9    ON CROSS-EXAMINATION, "I UNDERSTAND THE VALUE DOESN'T MAKE

02:49PM   10    SENSE," THIS IS TALKING ABOUT THE 12,558 BEING REPORTED TWICE.

02:49PM   11    "I UNDERSTAND THE VALUE DOESN'T MAKE SENSE, BUT IF SOMEONE

02:49PM   12    ACCIDENTALLY REPORTED THE SAME RESULT TWICE, THIS WOULD BE ONE

02:49PM   13    EXPLANATION FOR THE IDENTICAL RESULT; CORRECT?"

02:49PM   14         SHE SAYS CORRECT.

02:50PM   15         DR. ZACHMAN DOESN'T KNOW THAT, BUT IT IS A POSSIBILITY

02:50PM   16    THAT EXISTS.

02:50PM   17         AND IT'S, AGAIN, WITH THE IDENTICAL VALUE, WHAT YOU KNOW,

02:50PM   18    WHAT YOU HAVE LEARNED AS A JURY ABOUT BLOOD TESTING, YOU KNOW,

02:50PM   19    IDENTICAL RESULTS WHEN THEY'RE DOING PROFICIENCY TESTING OR

02:50PM   20    QUALITY CONTROL OR ANY TYPE OF COMPARISON, IDENTICAL RESULTS.

02:50PM   21    THAT'S WHY EVERYTHING WE HAVE SEEN AT TRIAL, THERE'S ALWAYS A

02:50PM   22    COEFFICIENT OF VARIATION OR THERE'S A STANDARD DEVIATION RANGE,

02:50PM   23    AND IT'S, AGAIN, CERTAIN PERCENTAGE POINTS, IT COULD BE 10 OR

02:50PM   24    20 PERCENT, SOMETHING LIKE THAT.

02:50PM   25         SO THERE'S A PRETTY GOOD CHANCE, CERTAINLY FROM A BEYOND A

02:50PM  1    REASONABLE DOUBT PERSPECTIVE, THAT THIS ERROR, OR SORT OF

02:50PM  2    CASCADE OF ERRORS IN THE CASE OF MS. GOULD, IS NOT EVEN A

02:50PM  3    PROBLEM WITH THE DEVICE BUT REALLY A PROBLEM WITH SOME PEOPLE

02:50PM  4    WHO NEED SOME TRANSCRIPTION LESSONS AT THE THERANOS LAB.

02:50PM  5        LET'S MOVE ON FROM THAT THOUGH.  SHE WAS INFORMED ABOUT

02:50PM  6    THE DECIMAL PLACE ERROR.

02:50PM  7        SO WAS MR. BALWANI.  HE'S ON THIS EMAIL FROM TINA LIN ON

02:51PM  8    OCTOBER 7TH.  AND IT SAYS REGARDING BRITTANY GOULD, THIS SAME

02:51PM  9    PATIENT, "HER VISIT ON OCTOBER 2ND WAS OORH.  HER VISIT ON

02:51PM 10    OCTOBER 4TH WAS ALSO OORH INITIALLY BUT WE DID A DILUTED RERUN.

02:51PM 11    THE RESULT SHOULD BE MULTIPLIED BY 100."

02:51PM 12        YOU CAN SEE RIGHT THERE FROM THAT EMAIL, IT LOOKS LIKE

02:51PM 13    THERE WAS NO RESULT, LIKE A NUMBER VALUE FOR THE OCTOBER 2ND

02:51PM 14    TEST.  SO THAT SUPPORTS WHAT I'M SAYING IS THAT IF THERE WASN'T

02:51PM 15    A VALUE, THE CHANCES ARE SOMEONE JUST WROTE DOWN A VALUE THAT

02:51PM 16    WASN'T REALLY RIGHT, AND THAT'S NOT SOMETHING THAT MR. BALWANI

02:51PM 17    KNOWS ABOUT, BUT THERE'S TRANSCRIPTION ERRORS GOING ON HERE

02:51PM 18    THAT ARE UNFORTUNATELY GIVING THIS INFORMATION TO DR. ZACHMAN.

02:51PM 19        FORTUNATELY, IT DIDN'T AFFECT MS. GOULD ULTIMATELY, BUT

02:51PM 20    OBVIOUSLY THIS IS OF CONCERN IF THERE ARE TRANSCRIPTION ERRORS

02:51PM 21    GOING ON IN THE LAB.

02:52PM 22        BUT THEN THAT SECOND TEST ON OCTOBER 4TH, THAT'S THE

02:52PM 23    DECIMAL PLACE ERROR.

02:52PM 24        SO WHAT MR. BALWANI UNDERSTANDS, BECAUSE HE'S BEING

02:52PM 25    INFORMED OF THIS IN THIS EMAIL, WE MADE A DECIMAL PLACE ERROR.

02:52PM 1   AND HE WOULDN'T CONCLUDE AND SHOULDN'T CONCLUDE FROM THAT THAT

02:52PM 2   WE'VE GOT A FUNDAMENTAL PROBLEM WITH THE EDISON TESTING.  YOU

02:52PM 3   KNOW, WE'RE GIVING INACCURATE RESULTS OUT TO PATIENTS.

02:52PM 4        THIS IS THIS ONE TEST AND IT'S A DECIMAL PLACE ERROR.  SO

02:52PM 5   THAT'S WHAT MR. BALWANI WOULD HAVE, SHOULD HAVE REASONABLY

02:52PM 6   TAKEN AWAY FROM THIS EMAIL AND THIS EXPERIENCE WITH MS. GOULD.

02:52PM 7        NOW, AGAIN, ALL HUMAN ENDEAVORS, INCLUDING ESPECIALLY

02:52PM 8   BLOOD TESTING LABS, STRIVE FOR PERFECTION.  BUT DR. ZACHMAN

02:52PM 9   KNOWS FROM HER EXPERIENCE THAT LABORATORIES MAKE ERRORS, AND

02:52PM 10  SOMETIMES THERE'S A NEED TO REPEAT A TEST, AND IT'S NOT UNIQUE

02:52PM 11  TO THERANOS.

02:52PM 12       NOW, THE GOVERNMENT SHOWED YOU A SPREADSHEET.  THIS WAS IN

02:53PM 13  SEPTEMBER OF 2015.  MR. BALWANI AND A PROJECT MANAGER NAMED

02:53PM 14  MAX FOSQUE WERE WORKING ON UNDERSTANDING SOME OF THE CUSTOMER

02:53PM 15  SERVICE INQUIRIES AND COMPLAINTS THAT COME IN OVER TIME, AND

02:53PM 16  THEY COMPILE IT IN THIS SPREADSHEET.

02:53PM 17       AND THERE'S AN ENTRY FOR THIS DR. ZACHMAN.  AND YOU SEE

02:53PM 18  IT'S TALKING ABOUT THE HCG TEST.

02:53PM 19       AND ON THE RIGHT SIDE WHERE THERE'S HIGHLIGHTING, THE

02:53PM 20  NOTE, IN TERMS OF THE REMEDY NOTED IN THE CUSTOMER SERVICE LOG

02:53PM 21  IS, HUMAN ERROR IDENTIFIED, SOFTWARE UPDATED AND DOC WAS

02:53PM 22  CONTACTED FOR DISCUSSION.

02:53PM 23       SO THAT'S WHAT HAPPENED WITH DR. ZACHMAN.

02:53PM 24       SO ACCORDING TO THAT THERE'S SOME UPDATE IN THE SOFTWARE

02:53PM 25  TO TRY TO FIX, YOU KNOW, THIS HUMAN ERROR OF THE DECIMAL PLACE.

02:53PM  1          AND THEN IT SAYS ON THE ENTRY FROM JANUARY 28TH, 2015,

02:53PM  2     OFFICE, REFERRING IT LOOKS LIKE TO THE SOUTHWEST CONTEMPORARY

02:54PM  3     WOMEN'S CLINIC, WILL NOT SEND UNTIL WE DO CLINICAL TRIAL.

02:54PM  4     CHRISTIAN TO FOLLOW UP.

02:54PM  5          SO IT LOOKS LIKE BASED ON THAT NOTE THE SOUTHWEST CLINIC

02:54PM  6     WANTS, YOU KNOW, SOME MORE TESTING IN THIS, YOU KNOW, IT'S A

02:54PM  7     CLINICAL TRIAL, BEFORE THEY CAN RESUME TESTING.

02:54PM  8          AND JUST TO GO BACK FOR A MINUTE TO DR. ROSENDORFF, IN

02:54PM  9     JUNE OF 2014 HE HAD APPROVED RELEASING FINGERSTICK RESULT ON

02:54PM  10    EDISON.  SO ANY CLAIM THE GOVERNMENT MIGHT TRY TO MAKE THAT

02:54PM  11    DR. ROSENDORFF STOPPED HCG TESTING AND HE NEVER AUTHORIZED IT

02:54PM  12    AND THIS WAS SOME BRAINCHILD OF MR. BALWANI TO FORCE HCG

02:54PM  13    TESTING ON EDISON, THAT'S JUST NOT RIGHT.

02:54PM  14         BECAUSE DR. ROSENDORFF, DESPITE HIS TESTIMONY ON THE

02:54PM  15    STAND, AGAIN, GOING BACK TO THE CONTEMPORANEOUS DOCUMENTS, HE

02:54PM  16    WAS FORCED TO ADMIT THIS BECAUSE THERE WAS A DOCUMENT WHERE HE

02:54PM  17    APPROVED THIS, AND HE KNOWS FULL WELL THAT HE ALLOWED HCG

02:55PM  18    TESTING.  HE THOUGHT IT WAS SATISFACTORY IN JUNE -- EARLY JUNE

02:55PM  19    OF 2014.  THAT WAS BEFORE BRITTANY GOULD.

02:55PM  20         SO SOUTHWEST CLINIC, I MENTIONED A MINUTE AGO THIS NOTE

02:55PM  21    ABOUT THE CLINICAL TRIAL.

02:55PM  22         IF YOU GO TO THE NEXT SLIDE.

02:55PM  23         THEY CONTINUED TO USE THERANOS.  SO FIRST OF ALL,

02:55PM  24    EXHIBIT 20071.  IN OCTOBER OF 2015, MOLLY JO RILEY, WHO IS AN

02:55PM  25    EMPLOYEE OF THE SOUTHWEST CONTEMPORARY WOMEN'S CLINIC, IS

02:55PM 1    TALKING ABOUT THE BIDIRECTIONAL INTERFACE WITH THERANOS HAS

02:55PM 2    BEEN SET UP.  WE ARE NOW ABLE TO SEND LAB ORDERS TO AND RECEIVE

02:55PM 3    RESULTS FROM THERANOS ELECTRONICALLY.

02:55PM 4         SO OBVIOUSLY YOU DON'T SET UP AN ELECTRONIC INTERFACE WITH

02:55PM 5    THERANOS TO SEND LAB ORDERS IF YOU'RE NOT GOING TO USE THEIR

02:55PM 6    SERVICE ANYMORE.

02:55PM 7         AND IT SAYS THE PROCESS IS THE SAME AS FOR SONORAQUEST,

02:56PM 8    PROPATH, AND LABCORP.

02:56PM 9         20074 IS THE NEXT EXHIBIT.

02:56PM 10        SO IN THIS TRIAL WE KNOW THAT ALL LABS MAKE ERRORS.  THEY

02:56PM 11   CALLED ONE PATIENT WHO HAD AN ISSUE WITH HCG TESTING AT

02:56PM 12   THERANOS, BUT THAT'S NOT WHAT THIS TRIAL IS ABOUT, BECAUSE IF

02:56PM 13   THAT WAS WHAT THIS TRIAL WAS ABOUT, THEN ANY LAB COULD BE IN A

02:56PM 14   FEDERAL CRIMINAL TRIAL ANY DAY BECAUSE WE KNOW ALL LABS MAKE

02:56PM 15   ERRORS.

02:56PM 16        BUT THE ISSUE IS, IS THERE SOME SYSTEMIC, SOME WIDESPREAD

02:56PM 17   PROBLEM THAT MR. BALWANI KNOWS ABOUT, OR EVEN AT ALL.

02:56PM 18        AND HERE IT'S DR. ZACHMAN WHO IS HAVING A COMMUNICATION

02:56PM 19   WITH A FEDERAL AGENT NAMED GEORGE SCAVDIS, AND DR. ZACHMAN SAYS

02:56PM 20   AT THE BOTTOM THAT SHE HAS REVIEWED ALL OF THE CHARTS AND DID

02:57PM 21   NOT COME UP WITH MUCH THAT SEEMED OUT OF PLACE.  I WILL RUN A

02:57PM 22   COUPLE BY DR. LINNERSON TOMORROW TO MAKE SURE HE AGREES.

02:57PM 23        SO ANOTHER DOCTOR IN THE CLINIC, SHE WANTS TO RUN -- SHE'S

02:57PM 24   NOT JUST CHECKING HER OWN PATIENTS.  SHE'S ALSO TALKING TO

02:57PM 25   DR. LINNERSON.  AND SHE'S REVIEWING THE CHARTS AT THE REQUEST

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

02:57PM  1  OF THE GOVERNMENT TO SEE IF SHE CAN FIND MORE PROBLEMS.

02:57PM  2      AND THEN SHE REPORTS ON JANUARY 8TH, 2021.  "AFTER A

02:57PM  3  THOROUGH REVIEW, IT HAS BEEN DETERMINED THAT THERE WERE NOT ANY

02:57PM  4  QUANT RESULTS THAT, IF IN QUESTION, MADE ANY CLINICAL

02:57PM  5  DIFFERENCE.

02:57PM  6      "THE CASE WITH B.G. AND HER INTERACTION WITH ME IS THE

02:57PM  7  ONLY CIRCUMSTANCE THAT HAD QUANT VALUES THAT WERE OVERTLY

02:57PM  8  ABNORMAL AND MADE A DIFFERENCE TO HER CARE."

02:57PM  9      AND THEN SHE SAYS, "SORRY I DO NOT HAVE MORE TO REPORT."

02:57PM 10      SO APPARENTLY SHE WAS DOING HER BEST TO HELP THE

02:58PM 11  GOVERNMENT BECAUSE SHE'S SORRY SHE DIDN'T HAVE MORE TO REPORT.

02:58PM 12  AND THAT'S FINE.

02:58PM 13      BUT THOSE ARE THE FACTS, THAT IF THERE WAS SOME WIDESPREAD

02:58PM 14  PROBLEM, YOU WOULD EXPECT THAT DR. ZACHMAN WOULD HAVE PLENTY OF

02:58PM 15  ISSUES SHE COULD FIND.  AND SHE DID THE DIGGING AND SHE DIDN'T

02:58PM 16  FIND ANYTHING EXCEPT BRITTANY GOULD AND THAT'S WHAT SHE TOLD

02:58PM 17  AGENT SCAVDIS.

02:58PM 18      SO THEN YOU MIGHT REMEMBER THIS PIECE OF EVIDENCE CAME IN

02:58PM 19  TOWARDS THE END OF THE TRIAL.  IT'S EXHIBIT 20073A, AND IT'S A

02:58PM 20  NATIVE SPREADSHEET.  AND JUDGE DAVILA READ YOU A STIPULATION

02:58PM 21  THAT WE REACHED WITH THE GOVERNMENT ABOUT HOW THAT'S AN

02:58PM 22  AUTHENTIC SPREADSHEET PRODUCED BY SOUTHWEST CONTEMPORARY

02:58PM 23  WOMEN'S CLINIC, REFLECTS ALL SWCWC PATIENTS WHO RECEIVED

02:58PM 24  THERANOS BLOOD TESTING RESULTS AFTER AUGUST 2015.

02:58PM 25      AND THE SPREADSHEET -- THIS IS THE SPREADSHEET, AND IF YOU

02:59PM  1   WANT TO LOOK AT THAT YOU CAN LOOK AT IT DURING DELIBERATIONS,

02:59PM  2   BUT I WANT TO POINT OUT A FEW THINGS THAT APPEAR FROM THAT

02:59PM  3   SPREADSHEET, WHICH AGAIN IS EXHIBIT 20073A.

02:59PM  4        IF YOU GO TO THE NEXT SLIDE.

02:59PM  5        RIGHT.  SO ON THIS SPREADSHEET THERE'S 1,154 SOUTHWEST

02:59PM  6   CLINIC PATIENT VISITS TO THERANOS; THERE'S -- OF THOSE

02:59PM  7   PATIENTS, THERE ARE 277 HCG TESTS FROM THERANOS; AND THEN

02:59PM  8   DR. ZACHMAN'S OWN PATIENTS, APART FROM OTHER PROVIDERS AT THE

02:59PM  9   SOUTHWEST CLINIC, SHE HAD 21 PATIENT VISITS AFTER AUGUST OF

02:59PM  10  2015, AND THEN OF THOSE PATIENTS 12 RECEIVED HCG TESTS.

02:59PM  11       SO THERE WERE ALMOST 300, WE'LL CALL IT OVER 250, TESTS TO

03:00PM  12  PICK FROM AND COULDN'T FIND ANY PROBLEMS, AT LEAST THE ONES

03:00PM  13  AFTER AUGUST 15TH.  IT DOESN'T COUNT ANY TESTS BEFORE AUGUST OF

03:00PM  14  2015.

03:00PM  15       IF YOU GO TO THE NEXT SLIDE.

03:00PM  16       THAT'S THE ERROR RATE BASED ON WHAT WE KNOW.  WE KNOW

03:00PM  17  ABOUT MS. GOULD.  NOT CLEAR IF IT'S REALLY A PROBLEM WITH THE

03:00PM  18  THERANOS EDISON DEVICE OR JUST TRANSCRIPTION ERRORS.  BUT EVEN

03:00PM  19  IF WE CALL IT A PROBLEM WITH THE THERANOS EDISON, THAT'S 1 OUT

03:00PM  20  OF 277.

03:00PM  21       I SHOULD SAY THAT THERE'S TESTING THAT GOES ON AFTER

03:00PM  22  OCTOBER THAT ARE NOT EDISON TESTS.  SO THERE'S COMMERCIAL

03:00PM  23  TESTING THAT IS GOING ON AS WELL THAT THERANOS IS CONDUCTING

03:00PM  24  FOR HCG.

03:00PM  25       BUT THE GOVERNMENT'S CLAIM IN THIS CASE IS THAT ALL OF THE

03:00PM  1   THERANOS TESTING IS BAD, NOT JUST ON THE EDISON.

03:00PM  2        SO THAT'S THE ERROR RATE THAT WE KNOW FROM THE FACTS THAT

03:00PM  3   WERE INTRODUCED AT TRIAL.

03:00PM  4        LET'S GO TO BRENT BINGHAM, WHO WAS ANOTHER PATIENT.

03:01PM  5        MR. BINGHAM WAS THE GENTLEMAN WHO HAD A CONDITION

03:01PM  6   INVOLVING A NEED TO MONITOR HIS PLATELET COUNT.  AND HE TALKED

03:01PM  7   ABOUT HOW UNFORTUNATELY HE HAS THIS MEDICAL CONDITION AND THAT

03:01PM  8   HE HAS A SENSE OF THE PLATELET COUNT NUMBER AND HOW HE FEELS

03:01PM  9   AND WHEN THE PLATELET COUNT GETS TOO HIGH HE STARTS FEELING

03:01PM 10   BAD, SO THERE'S A NEED FOR HIM, FOR HIS PERSONAL ISSUE, TO LOOK

03:01PM 11   AT THOSE PLATELET COUNT NUMBERS.

03:01PM 12        BUT WHAT WE HAVE TO TALK ABOUT HERE IS THE LEVEL OF PROOF

03:01PM 13   THAT EXISTS HERE.  OBVIOUSLY WE CAN FEEL BAD FOR MR. BINGHAM

03:01PM 14   WHO UNFORTUNATELY HAS THIS CONDITION.

03:01PM 15        BUT LET'S GO TO THE NEXT SLIDE.

03:01PM 16        SO HE HAD FOUR TESTS AT THERANOS AND THE ONES THAT ARE

03:01PM 17   BLANK THERE ARE COMPLETELY UNKNOWN.  WE HAVE NO IDEA WHAT THOSE

03:01PM 18   REPORTS SAY BECAUSE WE DON'T HAVE THEM.  IF WE HAD THE

03:02PM 19   LABORATORY INFORMATION SYSTEM, WHICH WE CAN TALK ABOUT IN JUST

03:02PM 20   A BIT, WE WOULD HAVE THOSE, BUT WE DON'T.  SO WE DON'T.

03:02PM 21        SO WE DO HAVE ONE REPORT FROM AUGUST 27TH OF 2015, AND

03:02PM 22   I'LL TALK ABOUT THAT REPORT.

03:02PM 23        BUT BECAUSE WE DON'T HAVE THE OTHER REPORTS, BECAUSE WE

03:02PM 24   DON'T HAVE THE LIS, WE'RE LEFT, IN A FEDERAL CRIMINAL TRIAL

03:02PM 25   WHERE THE STANDARD OF PROOF IS BEYOND A REASONABLE DOUBT, TO

03:02PM   1       JUST GO BY MR. BINGHAM'S FEEL, LIKE HE HAS A SENSE THAT, YEAH,

03:02PM   2       HE REMEMBERS -- THIS IS SEVEN YEARS AGO, ALMOST SEVEN YEARS

03:02PM   3       AGO -- THAT I GOT A THERANOS TEST AND THE NUMBER I GOT,

03:02PM   4       WHATEVER IT WAS, BECAUSE WE DON'T KNOW WHAT IT WAS, IT DIDN'T

03:02PM   5       CORRELATE WITH THE WAY I WAS FEELING THAT DAY.

03:02PM   6            AND SO WE'VE GOT TO GO BY, BECAUSE OF THE GOVERNMENT'S

03:02PM   7       FAILURE TO GET THE LIS, AND I'LL TALK ABOUT THAT, WE'RE LEFT

03:02PM   8       WITH, IN A FEDERAL CRIMINAL TRIAL, LET'S THINK ABOUT HOW

03:02PM   9       MR. BINGHAM WAS FEELING THAT DAY OR IN THREE DAYS SEVEN YEARS

03:03PM  10       AGO AND LET'S BASE THE ISSUE OF MR. BALWANI'S GUILT OR NOT

03:03PM  11       GUILT ON THAT.  AND THAT DOESN'T MAKE ANY SENSE, BUT THAT'S

03:03PM  12       WHERE WE ARE.

03:03PM  13            AND I WANT TO TALK ABOUT THE 8/27/2015 RESULT.

03:03PM  14            LET'S GO TO THE NEXT SLIDE.

03:03PM  15            ONE MORE THING I GUESS BEFORE I DO.  HE ACTUALLY TRIED TO

03:03PM  16       RECOVER REPORTS FROM THE THERANOS SYSTEM AND HE COULDN'T DO

03:03PM  17       THAT BECAUSE OBVIOUSLY THAT DOESN'T EXIST.

03:03PM  18            SO THE FIRST TEST THAT MR. BINGHAM GOT AT THERANOS WAS

03:03PM  19       FINGERSTICK.  THAT'S THE FIRST ONE.  AND THE REMAINING VISITS

03:03PM  20       WERE USED USING THE VEIN DRAW.

03:03PM  21            SO WHAT THAT TELLS YOU RIGHT AWAY -- I'M GOING TO TALK

03:03PM  22       MORE ABOUT THAT FINGERSTICK TEST.  BUT HIS MEMORY IS THAT THE

03:03PM  23       FIRST TEST WAS FINGERSTICK, PINPRICK OF THE FINGER, AND THEN

03:03PM  24       THE REST WERE FROM THE VEIN.  THAT WAS HIS ANSWER.

03:03PM  25            SO WE KNOW THAT THE OTHER ONES FOR SURE, THE VEIN DRAWS,

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:03PM  1    WERE COMMERCIAL TRADITIONAL METHODS, RIGHT?  SO IT'S NOT REALLY

03:04PM  2    A PROBLEM WITH THERANOS'S TECHNOLOGY, WHATEVER THE PROBLEM

03:04PM  3    MIGHT HAVE BEEN.

03:04PM  4        THE FIRST ONE WE DON'T HAVE THE ACTUAL LAB REPORT FOR, SO

03:04PM  5    THE GOVERNMENT IS TRYING TO SECURE A CONVICTION OF MR. BALWANI

03:04PM  6    ON THAT, BUT THEY DON'T EVEN HAVE A LAB REPORT FROM

03:04PM  7    MR. BINGHAM.

03:04PM  8        LET'S GO TO THE NEXT SLIDE.

03:04PM  9        NOW, I WANT TO TALK ABOUT THAT FINGERSTICK TEST.  SO WE

03:04PM 10    KNOW WHAT HAPPENED WITH THE VEIN DRAWS.  VEIN DRAWS MEAN

03:04PM 11    TRADITIONAL METHODS, COMMERCIAL TESTING, FDA APPROVED.

03:04PM 12        BUT THERE'S AN INTERESTING THING ABOUT THIS PLATELET COUNT

03:04PM 13    TEST, AND THIS IS ONE OF THOSE TESTS WHERE A COMMERCIAL DEVICE

03:04PM 14    CAN BE USED TO TEST FINGERSTICK.  SO THIS IS FROM THE CMS

03:04PM 15    REPORT, THIS CALL OUT HERE, EXHIBIT 4621, AND THE PAGES I'M

03:04PM 16    GOING TO SHOW YOU ARE PAGES 32, 33, AND 38 OF THAT REPORT.

03:04PM 17        SO IT SAYS RIGHT HERE, "IT WAS THE PRACTICE OF THE

03:04PM 18    LABORATORY TO TEST PATIENT CAPILLARY CBC SPECIMENS USING TWO

03:05PM 19    DREW3 INSTRUMENTS THE LABORATORY DESIGNATED AS DREW2 AND

03:05PM 20    DREW3."

03:05PM 21        SO CAPILLARY SPECIMENS, THAT'S THE FINGERSTICK SAMPLE,

03:05PM 22    THAT'S WHAT THE EVIDENCE IS IN THIS TRIAL, AND THAT IS THE

03:05PM 23    CASE, AND THAT'S THE PRACTICE OF THE LABORATORY.

03:05PM 24        AND THE DREW3 IS NOT A THERANOS INSTRUMENT.

03:05PM 25        SO LET'S GO TO THE NEXT SLIDE.  THIS IS ALSO FROM THE CMS

03:05PM   1        REPORT.

03:05PM   2             "ACCORDING TO LABORATORY PERSONNEL, BETWEEN JUNE 27TH,

03:05PM   3        2015, AND SEPTEMBER 24TH, 2015, THE LABORATORY USED ONE OF THE

03:05PM   4        DREW3 INSTRUMENTS ON 30 DIFFERENT DAYS TO PERFORM AND REPORT

03:05PM   5        PATIENT CBC SPECIMENS AND USED THE OTHER DREW3 INSTRUMENT ON 87

03:05PM   6        DIFFERENT DAYS TO PERFORM AND REPORT PATIENT CBC SPECIMENS."

03:05PM   7             SO WE KNOW THAT MR. BINGHAM'S FIRST TEST, WHICH WAS THE

03:05PM   8        FINGERSTICK TEST, WAS AUGUST 11TH, 2015, SO IT'S IN THAT DATE

03:06PM   9        RANGE OF JUNE 27TH TO SEPTEMBER 24TH, 2015.

03:06PM  10             SO IT LOOKS LIKE THE FINGERSTICK RESULT THAT MR. BINGHAM

03:06PM  11        HAD, AND WE DON'T HAVE THE LAB REPORT, BUT IT LOOKS LIKE FROM

03:06PM  12        THE EVIDENCE THAT WE DO HAVE, THIS WAS RUN ON A DREW3.

03:06PM  13             SO THERE'S NO EVIDENCE IN THIS CASE THAT THERE WAS

03:06PM  14        ANYTHING WRONG WITH THE DREW3 OR THAT THESE COMMERCIAL TESTS

03:06PM  15        ARE A PROBLEM.

03:06PM  16             SO WHATEVER HAPPENED TO MR. BINGHAM IN THAT FIRST TEST,

03:06PM  17        THAT FINGERSTICK TEST, IT'S NOT A PROBLEM WITH THE THERANOS

03:06PM  18        TECHNOLOGY.

03:06PM  19             YOU KNOW, THE GOVERNMENT HAS THIS DOCUMENT, JUST LIKE WE

03:06PM  20        HAVE IT, BUT THEY HAVE NOT BROUGHT THIS OUT.  WE HAD TO GO DIG

03:06PM  21        THIS OUT AND EXPLAIN WHAT REALLY HAPPENED, AND THAT'S ONE OF

03:06PM  22        THE REASONS WHY I'M TALKING TO YOU FOR THREE DAYS, BECAUSE WE

03:06PM  23        HAVE TO SHOW YOU ALL OF THESE DOCUMENTS TO SHOW YOU THE REAL

03:06PM  24        FACTS.  THIS IS VERY DETAILED OBVIOUSLY.

03:06PM  25             BUT THAT'S WHAT HAPPENED ON HIS FIRST TEST.

03:06PM    1          SECOND, THIRD, FOURTH TEST FOR MR. BINGHAM WERE ALL ON

03:07PM    2     VENOUS DRAW, TRADITIONAL METHODS, AND THERE'S NO EVIDENCE THAT

03:07PM    3     THEY WERE RUN ON THERANOS TECHNOLOGY.

03:07PM    4          OKAY.  I WANT TO TALK ABOUT ONE OTHER ISSUE WITH REGARD TO

03:07PM    5     MR. BINGHAM.  SO ONE OF THE ELEMENTS -- I DON'T WANT TO DWELL

03:07PM    6     ON THIS, BUT THERE'S ACTUALLY AN ELEMENT OF THE FEDERAL CRIMES,

03:07PM    7     WIRE FRAUD CRIMES THAT MR. BALWANI IS CHARGED WITH AS YOU HEARD

03:07PM    8     THAT REQUIRES AN INTERSTATE WIRE COMMUNICATION.

03:07PM    9          I WOULD BE REMISS IN MY DUTIES IF I DIDN'T POINT THAT OUT

03:07PM   10     TO YOU THAT THE GOVERNMENT HASN'T MEANT THAT ELEMENT IN THE

03:07PM   11     CASE OF MR. BINGHAM.

03:07PM   12          AND THE COUNT OF THE INDICTMENT THAT RELATES TO

03:07PM   13     MR. BINGHAM RELATES TO A PHONE CALL.  IT'S NOT A TRANSMISSION

03:07PM   14     OF A REPORT OR SOMETHING LIKE THAT.  IT'S A PHONE CALL THAT HE

03:07PM   15     MADE TO THERANOS.

03:07PM   16          AND THE ONLY EVIDENCE THAT YOU'VE HEARD FROM THE

03:07PM   17     GOVERNMENT IS THAT, WELL, THE CUSTOMER SERVICE DEPARTMENT,

03:07PM   18     ACCORDING TO MR. EDLIN, WAS IN PALO ALTO.

03:08PM   19          BUT THE QUESTION WAS PUT TO MR. BINGHAM, "WHEN YOU CALLED,

03:08PM   20     YOU DON'T REMEMBER WHO THE OTHER SIDE OF THE LINE, WHETHER IT

03:08PM   21     WAS A RECORDING OR A REAL PERSON, YOU DON'T KNOW WHERE THEY

03:08PM   22     ACTUALLY WERE, DO YOU?"

03:08PM   23          HE SAYS, "NO, I DO NOT.

03:08PM   24          "AND SO THEY COULD HAVE BEEN IN ARIZONA FOR ALL YOU KNOW?"

03:08PM   25          HE SAYS YEAH.

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:08PM   1        SO WE DON'T HAVE IN THIS CASE A BEYOND A REASONABLE DOUBT

03:08PM   2   PROOF EVEN ON THAT ONE ELEMENT OF WHETHER THERE WAS INTERSTATE

03:08PM   3   COMMUNICATION.  MAYBE HE CALLED THERANOS CUSTOMER SERVICE.

03:08PM   4        WE KNOW OTHER PEOPLE CALLED AND GOT THROUGH TO ARIZONA.

03:08PM   5   WE KNOW THERE WAS AN ARIZONA LAB.  WE KNOW MR. BINGHAM WAS IN

03:08PM   6   ARIZONA.

03:08PM   7        SO THERE'S JUST NOT ENOUGH EVIDENCE HERE TO CONCLUDE THAT

03:08PM   8   THAT ELEMENT IS MET.  AND AGAIN, I THINK IT'S IMPORTANT TO

03:08PM   9   POINT THAT OUT BECAUSE THAT'S OBVIOUSLY MY JOB AS DEFENSE

03:08PM  10   COUNSEL.  EVEN IF IT SEEMS LIKE A SMALL ISSUE, IT IS ONE OF THE

03:08PM  11   ELEMENTS OF THE OFFENSE.  THAT'S WHY WE'RE IN FEDERAL COURT.

03:08PM  12   AS MR. SCHENK TOLD YOU, YOU NEED THAT INTERSTATE COMMUNICATION

03:08PM  13   ELEMENT TO BE MET.

03:09PM  14        LET'S TALK ABOUT ERIN TOMPKINS.  ERIN TOMPKINS IS A COUNT

03:09PM  15   OF THE INDICTMENT AS WELL, AND SHE TESTIFIED ABOUT AN HIV TEST

03:09PM  16   SHE GOT AT THERANOS.

03:09PM  17        SO LET'S JUST GO THROUGH THAT.

03:09PM  18        SO, FIRST OF ALL, THIS WAS A VEIN DRAW.  AND AS YOU'LL SEE

03:09PM  19   IN A SECOND WITH THE TESTIMONY OF DR. ROSENDORFF, THERANOS RAN

03:09PM  20   HIV TESTING ON COMMERCIAL EQUIPMENT, FDA APPROVED.  IT WASN'T

03:09PM  21   THEIR OWN TECHNOLOGY.  THAT'S DR. ROSENDORFF.

03:09PM  22        HE SAID THERANOS OFFERED THAT ON FDA PREDICATE MACHINES?

03:09PM  23        HE SAID CORRECT.

03:09PM  24        SO THIS WAS ANOTHER COMMERCIAL TEST.

03:09PM  25        AND THE GOVERNMENT REALLY DIDN'T GO INTO THAT IN THEIR

03:09PM  1    PRESENTATION, BECAUSE EVEN THOUGH THERE'S NO EVIDENCE THAT

03:09PM  2    THERE'S ANYTHING WRONG WITH THE COMMERCIAL HIV TESTING THAT

03:10PM  3    THERANOS WAS DOING, THEY'VE GOT THIS ONE PATIENT WHO HAD AN HIV

03:10PM  4    TEST THAT SHE THINKS WAS INACCURATE.

03:10PM  5         SO THAT SOUNDS BAD, RIGHT?  WE WOULD ALL WANT TO GET AN

03:10PM  6    ACCURATE HIV TEST.  NO ONE WANTS TO BE TOLD THEY HAVE HIV IF

03:10PM  7    THEY DON'T HAVE IT, OR EVEN IF THEY DO HAVE IT.

03:10PM  8         BUT I THINK THAT HERE, THIS WAS A SHINY OBJECT TO PUT IN

03:10PM  9    FRONT OF YOU.  LOOK AT THE PATIENT WHO GOT AN INACCURATE HIV

03:10PM  10   TEST.

03:10PM  11        THERE ARE MANY PROBLEMS WITH THAT, THE FIRST OF WHICH IS

03:10PM  12   THAT IT WAS NOT EVEN ON A THERANOS DEVICE.  NO EVIDENCE THAT

03:10PM  13   THERE'S ANYTHING WRONG WITH THE COMMERCIAL TEST.

03:10PM  14        SO LET'S MOVE ON TO MS. TOMPKINS'S REPORT.  SO THIS IS THE

03:10PM  15   REPORT THAT SHE GOT FROM THERANOS.  ACTUALLY, TO BE ACCURATE,

03:10PM  16   HER DOCTOR, DR. ASIN, GOT THIS REPORT.

03:10PM  17        SO YOU HAVE THIS PHYSICIAN.  THE GOVERNMENT DECIDED NOT TO

03:10PM  18   CALLED DR. ASIN, SO WE DIDN'T HEAR FROM THE DOCTOR AND WHAT HIS

03:10PM  19   INTERACTIONS WITH MS. TOMPKINS MIGHT HAVE BEEN.  YOU WOULD

03:11PM  20   THINK AS A MATTER OF COMMON SENSE THAT A MEDICAL DOCTOR WOULD

03:11PM  21   UNDERSTAND HOW THESE TESTS WORK AND HOW THE FOLLOW-UP TESTING

03:11PM  22   IS DONE AND WHAT THE CENTERS FOR DISEASE CONTROL RECOMMEND.

03:11PM  23        BUT WE DIDN'T HEAR FROM DR. ASIN.  WE HEARD FROM

03:11PM  24   MS. TOMPKINS.

03:11PM  25        SO THE FIRST TEST IS THIS HIV-1 PLUS 2 ANTIBODY TEST, AND

03:11PM  1    THAT WAS THE ONE THAT WAS REACTIVE.  SO THAT'S THE TEST, IT'S

03:11PM  2    THE ONE THAT'S NOT HIGHLIGHTED AT THE TOP.  THAT'S THE ONE THAT

03:11PM  3    MS. TOMPKINS IS COMPLAINING ABOUT REALLY.

03:11PM  4        BUT THESE OTHER TESTS, HIV-1 ANTIBODY AND THEN HIV-2

03:11PM  5    ANTIBODY SEPARATELY, THOSE ARE BOTH NONREACTIVE.  AND THEN THE

03:11PM  6    HIV-1 RNA, THAT'S THE NUCLEIC ACID TEST, NOT DETECTED.

03:11PM  7        AND THERE'S A NOTE RIGHT IN THE LAB REPORT THAT

03:11PM  8    MS. TOMPKINS GOT, "HIV ANTIBODIES WERE NOT CONFIRMED AND HIV-1

03:11PM  9    RNA WAS NOT DETECTED.  NO LABORATORY EVIDENCE OF HIV-1

03:12PM 10    INFECTION.  FOLLOW-UP TESTING FOR HIV-2 SHOULD BE PERFORMED IF

03:12PM 11    CLINICALLY INDICATED."

03:12PM 12        SO SHE'S BEING TOLD THAT SHE DOESN'T HAVE HIV.  THAT'S THE

03:12PM 13    BOTTOM LINE HERE.

03:12PM 14        BUT SHE'S UPSET, AND THAT'S HER RIGHT TO BE, ABOUT THE

03:12PM 15    REACTIVE.  I'M NOT SURE WHY SHE CAN'T JUST GET THAT EXPLANATION

03:12PM 16    FROM HER DOCTOR, BUT THAT WAS HER ISSUE.

03:12PM 17        IF YOU GO TO THE NEXT SLIDE.

03:12PM 18        THIS IS AN EXHIBIT THAT WE WENT OVER WITH MS. TOMPKINS ON

03:12PM 19    CROSS, NOT BECAUSE SHE KNOWS ANYTHING ABOUT THIS, MAYBE HER

03:12PM 20    DOCTOR WOULD, BUT IT WAS IMPORTANT TO SHOW YOU THAT THERANOS

03:12PM 21    FOLLOWED THE CDC GUIDANCE EXACTLY IN THE CASE OF MS. TOMPKINS.

03:12PM 22        AND THE CDC GUIDANCE CONTEMPLATES THAT THERE'S GOING TO BE

03:12PM 23    TIMES WHEN THERE'S A POSITIVE FOR HIV-1 AND 2 ANTIGEN TESTING.

03:12PM 24    THAT'S GOING TO HAPPEN.  AND THE CDC HAS THAT TAKEN INTO

03:12PM 25    ACCOUNT IN THE FLOW CHART.  AND IF YOU WANT TO LOOK AT THAT,

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:12PM  1    THAT'S EXHIBIT 20683, THE CDC RECOMMENDATION FOR HIV TESTING.

03:13PM  2         SO IF IT'S POSITIVE, THEN THE CDC DOESN'T SAY, STOP THERE

03:13PM  3    AND TELL THE PATIENT THEY HAVE HIV.  NO.  IT SAYS GO THROUGH

03:13PM  4    THE OTHER STEPS.

03:13PM  5         AND THE OTHER STEPS ARE TO DO THE HIV-1 AND THE HIV-2

03:13PM  6    SEPARATELY AS ANTIBODY TESTS, AND THAT'S WHAT THERANOS DID,

03:13PM  7    THOSE WERE NONREACTIVE, AND SO THAT'S GOOD NEWS FOR

03:13PM  8    MS. TOMPKINS.

03:13PM  9         AND THEN FINALLY, THEY'RE SUPPOSED TO CONFIRM WITH THE

03:13PM  10   HIV-1 NUCLEIC ACID TEST, THAT'S THE NAT, SO AT THE VERY BOTTOM

03:13PM  11   IT'S HIGHLIGHTED HIV-1 NAT, WHICH YOU CAN SEE IS DEFINED AS

03:13PM  12   NUCLEIC ACID TEST, THAT WAS DONE, AND IF THAT'S WHAT THE LAB

03:13PM  13   DOES AND IF IT'S NEGATIVE, THEN THE PERSON IS NEGATIVE FOR

03:13PM  14   HIV-1.

03:13PM  15        THAT'S EXACTLY WHAT THERANOS DID AND THAT'S EXACTLY WHAT

03:13PM  16   MS. TOMPKINS WAS TOLD.

03:13PM  17        SO THIS IS JUST, YOU KNOW, ONE OF THOSE TIMES THAT, FOR

03:14PM  18   WHATEVER REASON, SHE WAS POSITIVE, AS THE CDC CONTEMPLATES, FOR

03:14PM  19   THE ANTIGEN TEST, AND THEN THERANOS DID EXACTLY THE PROTOCOL,

03:14PM  20   FOLLOWED THROUGH, AND SHE WAS TOLD IN THE LAB NOTE, YOU DON'T

03:14PM  21   HAVE HIV.

03:14PM  22        AND THEN AS I SAID, IN ANY EVENT, SHE GOT A VENOUS DRAW

03:14PM  23   AND HER TEST WAS ON A COMMERCIAL DEVICE, SO I'M NOT SURE WHAT

03:14PM  24   THAT HAS TO DO WITH THIS TRIAL.

03:14PM  25        LET'S GO TO MEHRL ELLSWORTH, DR. ELLSWORTH.  HE'S A

03:14PM  1    DENTIST IN ARIZONA, AND HIS DOCTOR WAS DR. MARK BURNES.  THIS

03:14PM  2    IS A DIFFERENT ASSAY CALLED PSA, PROSTATE SPECIFIC ANTIGEN.

03:14PM  3    AND IT LOOK LIKE THERE WAS AN ERROR IN THE CASE OF

03:14PM  4    DR. ELLSWORTH.

03:14PM  5        SO LET'S LOOK AT THE LAB REPORTS.  HE HAS THESE FOUR

03:14PM  6    TESTS, MAY 14TH, MAY 18TH, JUNE 11TH, AND JUNE 30TH, ALL IN

03:14PM  7    2015.

03:14PM  8        SO LET'S LOOK FIRST AT WHAT WAS HAPPENING INTERNALLY AT

03:15PM  9    THERANOS.  SO THIS IS AN EMAIL FROM DAN FLOREY TO MR. BALWANI

03:15PM  10   AND A COPY TO DR. YOUNG AND OTHERS.

03:15PM  11       AND WHAT IT SAYS -- THIS IS SUNNY BALWANI TALKING.  "I DO

03:15PM  12   NOT BELIEVE SAMPLE MIX UP IS POSSIBLE BY A REMOTE SHOT IN OUR

03:15PM  13   SYSTEM."

03:15PM  14       SO MR. BALWANI IS NOT LATCHING ON TO THAT AS AN

03:15PM  15   EXPLANATION.  THAT WOULD BE A CONVENIENT EXPLANATION, BY THE

03:15PM  16   WAY.  IF THERE'S A SAMPLE MIXUP, THEN THAT'S BAD.  BUT THEN YOU

03:15PM  17   WOULDN'T HAVE TO WORRY ABOUT GETTING TO THE ROOT CAUSE OF

03:15PM  18   ANYTHING BECAUSE YOU WOULD UNDERSTAND WHAT HAPPENED.

03:15PM  19       BUT MR. BALWANI IS NOT SEARCHING FOR THAT.  HE WANTS TO

03:15PM  20   KNOW WHAT REALLY HAPPENED.

03:15PM  21       SO HE SAID, "WE SHOULD START BY RERUNNING THE SAMPLE TO

03:15PM  22   START AND THEN WORK BACKWARDS FROM THERE."

03:15PM  23       AND THEN HE SAYS, TINA CAN YOU PLEASE OWN THIS AND UPDATE

03:16PM  24   ME IN REAL TIME.  AND HE SAYS AGAIN PLEASE UPDATE ME IN REAL

03:16PM  25   TIME.

03:16PM  1        THIS IS THE OPPOSITE OF MR. BALWANI SAYING I DON'T CARE,

03:16PM  2   WE'RE MAKING MONEY FROM PATIENTS.  THEY'RE PAYING THEIR 35

03:16PM  3   BUCKS.  SO KEEP THE TESTING ROLLING.  HE DOESN'T SAY THAT.

03:16PM  4        HE SAYS PLEASE UPDATE ME IN REAL TIME, I REALLY WANT TO

03:16PM  5   KNOW WHAT IS GOING ON HERE.

03:16PM  6        CAN YOU GO BACK TO PAGE, MR. ALLEN, 4415.2.3.

03:16PM  7        SO INTERNALLY WITHIN THERANOS DR. YOUNG SAYS TO

03:16PM  8   MR. BALWANI AND OTHERS, "THE MOST RECENT SAMPLE (EDTA, P CTN)

03:16PM  9   WAS FLAGGED FOR HEMOLYSIS AND CLOTTING."

03:16PM 10        WE HEARD ABOUT THAT YESTERDAY WITH REGARD TO POTASSIUM AND

03:16PM 11   DURING TRIAL WITH DR. ROSENDORFF AND OTHERS, THAT THIS WAS A

03:16PM 12   SAMPLE COLLECTION PROBLEM, HEMOLYSIS AND CLOTTING.

03:16PM 13        IF THE LAB HAD THAT ISSUE AND RAN A SAMPLE ANYWAY, THEY

03:17PM 14   SHOULDN'T HAVE DONE THAT.

03:17PM 15        BUT, AGAIN, NOT NECESSARILY A PROBLEM WITH THE UNDERLYING

03:17PM 16   EDISON TESTS, WHICH AS WE KNOW MR. -- DR. ROSENDORFF VALIDATED

03:17PM 17   AND WAS THE SUBJECT, AGAIN, OF ONE OF THOSE ALTERNATIVE

03:17PM 18   ASSESSMENT PROCEDURE HEAD-TO-HEAD COMPARISONS WITH FDA APPROVED

03:17PM 19   TECHNOLOGY AND CAME UP 100 PERCENT PERFECT.

03:17PM 20        AND THAT WAS JUST A COUPLE OF MONTHS, I THINK IT WAS IN

03:17PM 21   MARCH, BEFORE THIS TEST.

03:17PM 22        SO LABS SHOULDN'T BE RUNNING SAMPLES UNDER HEMOLYSIZED AND

03:17PM 23   CLOTTING, BUT THAT WOULD EXPLAIN THE RESULT, AND THAT'S WHAT

03:17PM 24   DR. YOUNG WAS TALKING ABOUT.

03:17PM 25        LET'S GO TO SLIDE 538, MR. ALLEN.

03:17PM  1          OKAY.  SO DR. BURNES ON CROSS, HE TESTIFIED THAT HE HAD

03:17PM  2     BEEN USING OR IT'S PROBABLY THE CASE THAT HE HAD BEEN USING

03:18PM  3     THERANOS FOR SOME PATIENTS FOR ABOUT A YEAR PRIOR TO

03:18PM  4     DR. ELLSWORTH'S TEST.

03:18PM  5          AND THEN THE QUESTION PUT TO HIM WAS, AND FOR THOSE OTHER

03:18PM  6     PATIENTS THAT YOU SENT TO THERANOS THERE WERE NO OTHER ISSUES;

03:18PM  7     CORRECT?

03:18PM  8          HE SAID NO, NONE THAT I COULD FIND.

03:18PM  9          AND THE QUESTION WAS, AND YOU HAD FOUND THE OTHER RESULTS

03:18PM 10     FROM THERANOS BEFORE THE ELLSWORTH RESULT THAT WE'LL TALK ABOUT

03:18PM 11     IN A MINUTE, TO BE ACCURATE AND RELIABLE AS FAR AS YOU COULD

03:18PM 12     TELL?

03:18PM 13          AND HE SAID I COULDN'T FIND ANY TESTS THAT WERE

03:18PM 14     CONCERNING.

03:18PM 15          SO JUST LIKE DR. ZACHMAN, DR. BURNES DIDN'T HAVE ANY OTHER

03:18PM 16     ISSUES WITH THERANOS FOR ANY OTHER PATIENT.

03:18PM 17          SO, AGAIN, WE'RE TALKING ABOUT AN UNFORTUNATE COUPLE OF

03:18PM 18     ERRORS IN THE CASE OF DR. ELLSWORTH.

03:18PM 19          BUT THE LEVEL OF PROOF THAT YOU NEED TO SCIENTIFICALLY

03:18PM 20     DECIDE THAT PSA IS A BAD TEST, IS A BAD ASSAY, YOU WOULD HAVE

03:18PM 21     TO GET THE DATA, DO SOME KIND OF SCIENTIFIC METHODICAL OR

03:18PM 22     RIGOROUS, AND THEN YOU COULD ANALYZE THAT AND YOU COULD MAKE A

03:18PM 23     CONCLUSION.

03:18PM 24          AND I'LL JUST REMIND THE JURY OF WHAT I SAID YESTERDAY,

03:18PM 25     THAT'S WHAT THERANOS HAD TO DO.  THAT'S WHAT MR. BALWANI WAS

1    INFORMED THAT THERANOS HAD TO DO WHEN THEY WERE TRYING TO GET

2    FDA APPROVAL TO PROVE THAT ONE ASSAYS WORKED, RIGHT?

3         AND THE GOVERNMENT IS PRESENTING DR. ELLSWORTH, WHICH WE

4    SYMPATHIZE WITH THAT.  NO ONE WANTS TO SEE ANYONE GET AN

5    INACCURATE TEST.

6         BUT IN THIS TRIAL WE'RE NOT TALKING ABOUT THE LABORATORY

7    MADE AN ERROR AND WE CAN FIND ONE PATIENT.

8         AND I'LL SAY THIS.  IF THE THERANOS TESTING ON ITS DEVICES

9    AND COMMERCIAL DEVICES WAS REALLY SO BAD LIKE THE GOVERNMENT

10   SAID, WHY AREN'T THERE PATIENTS LINED UP AROUND THE BLOCK OF

11   THE COURTHOUSE WAITING TO TESTIFY HERE?  WHERE ARE THEY?

12        WHY IS THE GOVERNMENT, AFTER A LENGTHY INVESTIGATION,

13   CALLING FOUR PEOPLE, TWO OF WHICH, MS. TOMPKINS AND

14   MR. BINGHAM, HAD THEIR TESTING ON COMMERCIAL DEVICES AND THE

15   OTHER TWO, MS. GOULD AND DR. ELLSWORTH, HAVING THEIR TESTS ON

16   THERANOS DEVICES, BUT THEN WITH MS. GOULD THEY WERE NOT EVEN

17   SURE THERE WAS A DEVICE PROBLEM, IT WAS A TRANSCRIPTION ERROR.

18        SO WHERE ARE THESE PATIENTS LINED UP AROUND THE BLOCK

19   WAITING TO TESTIFY ABOUT THEIR INACCURATE RESULTS?  THEY'RE NOT

20   HERE.

21        DR. BURNES, ON THAT SAME POINT, TALKED ON REDIRECT

22   EXAMINATION WHEN THE GOVERNMENT WAS EXAMINING HIM ABOUT

23   LABORATORY ERRORS.  AND THE QUESTION PUT TO HIM WAS, "I THINK

24   YOU SAID YOU HAD AN EXPERIENCE WHERE THERE WERE RESULTS THAT

25   YOU QUESTIONED THAT CAME FROM LABCORP; IS THAT RIGHT?"

03:20PM  1            AND HE SAID -- THIS IS WHEN THE GOVERNMENT WAS QUESTIONING

03:20PM  2    HIM.  "IT WAS MULTIPLE LABS.

03:20PM  3            "I'M SORRY.  IT WAS MULTIPLE LABS?

03:20PM  4            "IT WAS ABOUT FOUR IN ONE WEEK."

03:20PM  5            SO HE HAD AN EXPERIENCE WITH LABCORP WITH AN ASSAY CALLED

03:20PM  6    CREATINE WHERE HE HAD FOUR PROBLEMS IN ONE WEEK WITH LABCORP,

03:20PM  7    FOUR IN ONE WEEK, AND WE HAD FOUR PATIENTS THAT CAME ON THE

03:20PM  8    STAND HERE AT TRIAL IN THE WHOLE TWO YEARS OR SO THAT THERANOS

03:20PM  9    WAS TESTING PATIENTS.

03:21PM 10            DR. ELLSWORTH ALSO TALKED ABOUT TO HIS KNOWLEDGE HOW AN

03:21PM 11    ERROR OCCURRED AND THERE ARE DIFFERENT TYPES OF THINGS THAT

03:21PM 12    COULD HAPPEN.  HE UNDERSTOOD THAT THERE COULD BE AN ISSUE WITH

03:21PM 13    SAMPLE INTEGRITY AND IT COULD BE A PROBLEM WITH HOW THE

03:21PM 14    LABORATORY USES REAGENTS.  IT COULD BE A MISTAKE USING EXPIRED

03:21PM 15    REAGENTS, AND MANY OTHER THINGS.

03:21PM 16            SO THESE ARE JUST SOME OF THE THINGS THAT DR. BURNES

03:21PM 17    TESTIFIED ABOUT THAT COULD CAUSE LAB ERROR.  AND THAT'S,

03:21PM 18    UNFORTUNATELY, A FACT OF LIFE IN THE LABORATORY INDUSTRY.

03:21PM 19            SO WHEN YOU BRING IN ONE PATIENT TO TESTIFY ABOUT PSA, YOU

03:21PM 20    KNOW, THAT'S UNFORTUNATE, BUT THAT DOESN'T PROVE THE CASE,

03:21PM 21    AND IT CERTAINLY DOESN'T PROVE THIS CASE BEYOND A REASONABLE

03:21PM 22    DOUBT.

03:21PM 23            AGAIN, AS I SAID WITH MR. BINGHAM, I DO WANT TO PAUSE ON

03:21PM 24    THIS ISSUE OF THE WIRE.

03:21PM 25            AND I SHOULD INCLUDE ERIN TOMPKINS.  SO I DIDN'T MENTION

03:22PM  1    THIS A MINUTE AGO WHEN I WAS TALKING ABOUT ERIN TOMPKINS, BUT

03:22PM  2    IT'S THE SAME ISSUE SO I'LL TALK ABOUT MS. TOMPKINS AND

03:22PM  3    DR. ELLSWORTH TOGETHER.

03:22PM  4        SO BOTH OF THEIR COUNTS IN THE INDICTMENT HAVE TO DO WITH

03:22PM  5    TRANSMISSION OF A LAB REPORT AND IT'S A FAXED LAB REPORT.  SO

03:22PM  6    THE INTERSTATE WIRE THAT THE GOVERNMENT IS CLAIMING EXISTS

03:22PM  7    WOULD BE A FAX TRANSMISSION OF A LAB REPORT FROM THERANOS TO

03:22PM  8    THESE PATIENTS.

03:22PM  9        THE PROBLEM IS THAT EVEN THOUGH ON THE THERANOS LAB REPORT

03:22PM  10    THAT YOU'LL SEE WHEN YOU DELIBERATE, IT HAS THE ADDRESS OF

03:22PM  11    THERANOS IN SCOTTSDALE, ARIZONA, AND THEN IT HAS A FAX NUMBER

03:22PM  12    THAT IS A 650 NUMBER WHICH WE KNOW IS LOCAL HERE IN CALIFORNIA.

03:22PM  13        BUT THEN IT SAYS CUSTOMER SERVICE.  IT HAS A CUSTOMER

03:22PM  14    SERVICE WEBSITE TAG.

03:22PM  15        SO WE DON'T KNOW IF THAT WAS REALLY THE FAX NUMBER WHERE

03:22PM  16    THE FAX CAME FROM.  IT'S A LETTERHEAD AT THE VERY TOP OF THOSE

03:22PM  17    REPORTS.

03:22PM  18        AND IT MIGHT MAKE SENSE TO BRING UP ONE SO IT'S MAYBE MORE

03:23PM  19    CLEAR WHAT I'M TALKING ABOUT.

03:23PM  20        MR. ALLEN, CAN YOU BRING UP EXHIBIT 5483.

03:23PM  21        RIGHT.  THANK YOU.

03:23PM  22        AND IF YOU LOOK AT THAT EXHIBIT, AND JUST SO IT'S CLEAR

03:23PM  23    WHILE I'M DESCRIBING IT, IF YOU HIGHLIGHT THE VERY TOP.

03:23PM  24        THAT'S WHAT I WAS JUST SAYING.  YOU'VE GOT THIS

03:23PM  25    SCOTTSDALE ROAD, SCOTTSDALE, ARIZONA ADDRESS.  THERE'S AN 855

03:23PM  1    NUMBER FOR THE LAB.

03:23PM  2         AND THEN THERE'S A 650 NUMBER FOR THE -- FOR SOMETHING

03:23PM  3    THAT IS A FAX NUMBER.

03:23PM  4         BUT THEN IT SAYS CUSTOMER SUPPORT AT THERANOS, SO MAYBE

03:23PM  5    THAT'S THE CUSTOMER SUPPORT NUMBER.  I'M NOT SURE.

03:23PM  6         BUT THEN AT THE TOP IT SAYS THERANOS FAX SERVER AND

03:23PM  7    THERE'S NO PHONE NUMBER.

03:23PM  8         SO IT COULD BE -- CERTAINLY IT'S POSSIBLE THAT THE FAX

03:24PM  9    CAME FROM A 650 NUMBER, AND IF THAT WERE TRUE, THEN IT WOULD BE

03:24PM 10    AN INTERSTATE WIRE BECAUSE IT WOULD GO FROM CALIFORNIA TO

03:24PM 11    ARIZONA.

03:24PM 12         BUT IF IT'S NOT THAT 650 NUMBER THAT IS PRINTED ON THE

03:24PM 13    LETTERHEAD, THEN WE JUST DON'T KNOW.

03:24PM 14         SO, AGAIN, WE'RE AT A CRIMINAL TRIAL AND IT'S MY JOB TO

03:24PM 15    POINT THESE THINGS OUT.  BUT THIS IS AN ELEMENT OF A FEDERAL

03:24PM 16    CRIMINAL OFFENSE.  SO I'VE GOT TO POINT OUT FOR MS. TOMPKINS,

03:24PM 17    AND ALSO FOR DR. ELLSWORTH, IT'S THE SAME FAX TAG INFORMATION

03:24PM 18    WHEN YOU LOOK AT HIS REPORT.

03:24PM 19         WE DON'T KNOW FOR SURE.  AND WE DON'T KNOW BEYOND A

03:24PM 20    REASONABLE DOUBT THAT THAT ELEMENT IS MET.

03:24PM 21         AND AS YOU'LL HEAR WHEN JUDGE DAVILA INSTRUCTS YOU, THE

03:24PM 22    GOVERNMENT HAS TO MEET ITS BURDEN OF PROVING THIS CASE BEYOND A

03:24PM 23    REASONABLE DOUBT ON EVERY SINGLE ELEMENT OF EVERY COUNT OF THIS

03:24PM 24    INDICTMENT.

03:24PM 25         OKAY.  IN TERMS OF PATIENTS IN GENERAL, THE QUESTION, OR

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:25PM 1    ONE OF THE QUESTIONS THAT YOU ULTIMATELY HAVE TO ANSWER, AGAIN

03:25PM 2    BEYOND A REASONABLE DOUBT, IS DID MR. BALWANI INTEND TO DEFRAUD

03:25PM 3    PATIENTS?  IN OTHER WORDS, DID HE INTEND TO DECEIVE AND CHEAT

03:25PM 4    THEM OUT OF THEIR MONEY?

03:25PM 5        IT'S NOT JUST ABOUT DID THEY GET A BAD LAB TEST OR WAS

03:25PM 6    THERE AN ERROR MADE OR WAS SOMEONE UNFORTUNATELY GIVEN

03:25PM 7    INFORMATION THAT WASN'T QUITE RIGHT ABOUT THEIR BLOOD TEST

03:25PM 8    RESULT?

03:25PM 9        IN ORDER TO BE GUILTY, IN ORDER FOR THE GOVERNMENT TO

03:25PM 10   PROVE HIM GUILTY BEYOND A REASONABLE DOUBT, THE GOVERNMENT HAS

03:25PM 11   TO SHOW THAT HE INTENDED TO CHEAT THESE PATIENTS, NOT JUST ANY

03:25PM 12   PATIENT, BUT THE PATIENTS WHO ACTUALLY PAID THEIR OWN MONEY AT

03:25PM 13   WALGREENS.  THEY HAVE TO SHOW THAT HE INTENDED TO DECEIVE OR

03:25PM 14   CHEAT THEM OUT OF THEIR MONEY.

03:25PM 15       AND AS WE'VE SEEN, THE PRICE WAS AROUND $35.

03:25PM 16       SO IS THERE EVIDENCE IN THIS CASE THAT MR. BALWANI'S

03:25PM 17   INTENT HERE WAS TO GET THAT $35?

03:25PM 18       AND FIRST OF ALL, AS YOU KNOW, THE THERANOS PRICE WAS

03:26PM 19   PRETTY LOW COMPARED TO OTHER LABS.  THEY ACTUALLY PUBLISH THEIR

03:26PM 20   LABS.

03:26PM 21       BUT IF YOU GO TO SLIDE 545, MR. ALLEN.

03:26PM 22       AS MS. SPIVEY TESTIFIED, MR. BALWANI DIDN'T EVEN -- I

03:26PM 23   SHOULD SAY THERANOS DIDN'T EVEN ASK WALGREENS FOR THE MONEY,

03:26PM 24   BECAUSE WHEN THE PATIENTS WENT TO WALGREENS, THEY PAID

03:26PM 25   WALGREENS, AND WALGREENS OWED THERANOS SOME MONEY, BUT THERANOS

03:26PM  1    NEVER GOT IT.

03:26PM  2         SO WHAT KIND OF INTENT TO DEFRAUD, DECEIVE, OR CHEAT

03:26PM  3    PATIENTS OUT OF THEIR MONEY IS THAT IF YOU DON'T EVEN BOTHER

03:26PM  4    GETTING IT?  IT DOESN'T MAKE ANY SENSE.

03:26PM  5         SO JUST FROM AN INTENT STANDPOINT, EVEN IF YOU PUT ASIDE

03:26PM  6    ALL OF THE OTHER ELEMENTS THAT HAVE TO BE PROVEN BEYOND A

03:26PM  7    REASONABLE DOUBT, IT JUST DOESN'T FLY.

03:26PM  8         AND THAT'S THE DEFINITION OF INTENT TO DEFRAUD THAT I JUST

03:26PM  9    TOLD YOU, BUT THAT'S THE WAY THAT IT WILL LOOK TO YOU IN THE

03:26PM  10   JURY INSTRUCTION WHEN JUDGE DAVILA INSTRUCTS YOU AS THE JURY.

03:26PM  11        OKAY.  I WANT TO TURN TO A DIFFERENT TOPIC, AND THAT IS

03:27PM  12   THE LABORATORY INFORMATION SYSTEM AT THERANOS.

03:27PM  13        AND YOU HEARD ABOUT THIS PRETTY LATE IN THE TESTIMONY.

03:27PM  14   THIS WAS TESTIMONY FROM AN EXPERT WITNESS THAT WE CALLED NAMED

03:27PM  15   RICHARD SONNIER.

03:27PM  16        BUT FIRST LET'S TALK ABOUT WHAT IS THE LABORATORY

03:27PM  17   INFORMATION SYSTEM AND WHY IT IS IMPORTANT.

03:27PM  18        SO WE KNOW FROM THE EVIDENCE IN THIS CASE THAT THERE IS

03:27PM  19   OVER A MILLION, WE DON'T KNOW HOW MUCH OVER A MILLION, IT COULD

03:27PM  20   BE MANY MILLIONS, BUT THERE'S A MILLION PLUS RESULTS.  AND

03:27PM  21   THAT'S ONLY IN THE NEWARK LAB.  IT DOESN'T EVEN INCLUDE THE

03:27PM  22   ARIZONA LAB.

03:27PM  23        AND THERE ARE 269 UNIQUE TESTS THAT WERE DONE AT THERANOS,

03:27PM  24   DIFFERENT BLOOD ASSAYS, AND THE GOVERNMENT CALLED FOUR

03:27PM  25   PATIENTS.  SO THOSE ARE THE GENERAL STATISTICS.

03:27PM 1      WE KNOW THE GOVERNMENT NEVER OBTAINED THE MILLION PLUS

03:27PM 2  PATIENT RESULTS TO DO ANY KIND OF ANALYSIS, OR ANY PART OF

03:27PM 3  THAT, EVEN A STATISTICALLY SIGNIFICANT SAMPLE OF THAT.

03:28PM 4      THEY PRESENTED NO SCIENTIFIC ANALYSIS OF THE ACCURACY AND

03:28PM 5  RELIABILITY OF THE TESTS BASED ON THAT.

03:28PM 6      AND THEY PRESENTED, AS I SAID BEFORE, THE FDA CLEARANCE

03:28PM 7  THAT THERANOS GETS, AS MR. BALWANI WAS INFORMED, REQUIRED

03:28PM 8  EXTENSIVE SCIENTIFIC ANALYSIS JUST TO PROVE ONE ASSAY RUNNING

03:28PM 9  ON THE THERANOS SYSTEM WAS GOOD ENOUGH FOR THE FDA.

03:28PM 10      SO THAT'S THE BASELINE.

03:28PM 11      DR. ROSENDORFF TESTIFIED QUITE A BIT ABOUT LIS AND WHY IT

03:28PM 12  WAS IMPORTANT.

03:28PM 13      SO THE QUESTION PUT TO HIM ON CROSS-EXAMINATION, SO IF YOU

03:28PM 14  WANTED TO LOOK UP ANY PATIENT RESULT YOU COULD DO THAT FROM

03:28PM 15  LIS?

03:28PM 16      HE SAID CORRECT, CORRECT.

03:28PM 17      AND IF YOU WANTED TO KNOW ALL OF THE, FOR EXAMPLE, HCG

03:28PM 18  TESTS DONE IN A CERTAIN MONTH, YOU COULD DO THAT WITH LIS;

03:28PM 19  RIGHT?

03:28PM 20      CORRECT.

03:28PM 21      LET ME PAUSE THERE FOR A MOMENT.

03:28PM 22      IF MS. GOULD DID IN FACT GET AN INACCURATE TEST BASED ON

03:28PM 23  SOMETHING WITH THE THERANOS EDISON MACHINE, AS OPPOSED TO

03:29PM 24  TRANSCRIPTION ERRORS, LET'S ASSUME THAT FOR A MINUTE, WITH LIS

03:29PM 25  YOU COULD LOOK AT EVERY OTHER PATIENT WHO GOT HCG RESULTS IN

03:29PM  1    OCTOBER OF 2014 WHEN MS. GOULD HAD HERS.

03:29PM  2         WE KNOW THERE WAS A VERY GOOD AAP HEAD-TO-HEAD COMPARISON

03:29PM  3    THAT MONTH, SO THAT SUGGESTS THE EDISON IS WORKING JUST FINE.

03:29PM  4         BUT IF WE REALLY WANTED TO ANALYZE THIS, WE CAN LOOK AT

03:29PM  5    WHAT ABOUT ALL OF THE OTHER PATIENTS IN OCTOBER?  WHAT ABOUT

03:29PM  6    SEPTEMBER?  WHAT ABOUT NOVEMBER?  AND WERE THOSE ISSUES?  WERE

03:29PM  7    THERE MORE ISSUES?  WAS THIS A ONE-OFF OR IS IT MULTIPLE ISSUES

03:29PM  8    WITH MULTIPLE PATIENTS?

03:29PM  9         AND THE GOVERNMENT HASN'T PRESENTED THAT BECAUSE THEY

03:29PM  10   CAN'T BECAUSE THEY DIDN'T GET THE LIS.

03:29PM  11        BUT DR. ROSENDORFF ACKNOWLEDGES THAT THAT'S WHAT YOU COULD

03:29PM  12   DO WITH THE LIS.

03:29PM  13        THE LIST GOES ON.  YOU WOULD DO A TECHNICAL REVIEW TO SEE

03:29PM  14   IF THINGS HAD GONE WRONG AND TRY TO UNDERSTAND WHAT HAPPENED?

03:29PM  15        YES.

03:29PM  16        AND WHEN AN ISSUE AROSE, YOU YOURSELF OR SOMEBODY ELSE

03:30PM  17   WOULD PULL INFORMATION FROM THE LIS TO PROVIDE DATA TO ADDRESS

03:30PM  18   THE SITUATION?

03:30PM  19        HE SAID YES.

03:30PM  20        AND THAT TYPE OF DATA COULD INCLUDE THE SPECIFIC ASSAY

03:30PM  21   THAT WAS USED?

03:30PM  22        YES.

03:30PM  23        AND THE MACHINE THAT IT WAS RUN ON?

03:30PM  24        SO IF HE WANTED TO KNOW, IF YOU HAVE SOME DOUBT ABOUT

03:30PM  25   MR. BINGHAM, FOR EXAMPLE, WHAT TYPE OF MACHINE?  WAS IT DREW3?

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:30PM  1    WAS IT SOMETHING ELSE?  YOU CAN LOOK AT LIS AND YOU'D KNOW WHAT

03:30PM  2    TYPE OF MACHINE MR. BINGHAM'S RESULT WAS RUN ON.

03:30PM  3         BUT WE DON'T HAVE THAT.

03:30PM  4         DR. ROSENDORFF GOES ON.

03:30PM  5         THE LIS WOULD TELL YOU THE REFERENCE RANGE, THE TIME OF

03:30PM  6    ARRIVAL IN THE LAB, THE TIME THE REPORT WAS RELEASED, THE

03:30PM  7    ACTUAL RESULTS, OF COURSE, THE QUALITY CONTROL INFORMATION.

03:30PM  8         AND THEN THE QUESTION PUT TO HIM WAS, YOU WERE ABLE TO LOG

03:30PM  9    IN, AND YOU DID LOG INTO THE LIS SYSTEM TO REVIEW DATA ON YOUR

03:30PM  10   OWN?

03:30PM  11        HE SAID YES I DID.

03:30PM  12        SO THIS WAS A TOOL THAT DR. ROSENDORFF USED WHEN HE WAS

03:30PM  13   THE LAB DIRECTOR AT THERANOS.

03:30PM  14        AND THE QUALITY CONTROL INFORMATION IS WORTH PAUSING ON

03:31PM  15   FOR A MINUTE.  AND THE GOVERNMENT HAS TOLD YOU IN QUITE A LOT

03:31PM  16   OF TIME HERE THAT QUALITY CONTROL IS LIKE REALLY BAD AT

03:31PM  17   THERANOS AND THIS IS IMPORTANT.

03:31PM  18        WELL, IF WE WANTED TO KNOW WHAT REALLY HAPPENED, IS MARCH

03:31PM  19   REALLY A TYPICAL MONTH WHERE THEY SHOWED YOU THAT SPREADSHEET?

03:31PM  20   IS MR. GEE RIGHT ABOUT THE 2,9 PERCENT QUALITY CONTROL FAILURE

03:31PM  21   AS OPPOSED TO SOME HIGHER NUMBER?  WHAT ABOUT OTHER MONTHS?

03:31PM  22        WHAT ABOUT SPECIFIC ASSAYS?  WHAT ABOUT THE QUALITY

03:31PM  23   CONTROL FOR HCG?  WHAT ABOUT THE QUALITY CONTROL FOR PSA?  AND

03:31PM  24   SO ON AND SO ON.

03:31PM  25        THIS IS THE TYPE OF INFORMATION THAT YOU WOULD HAVE IN LIS

03:31PM 1    THAT WE DON'T HAVE ACCESS TO, AND I'LL TALK ABOUT WHY THAT IS

03:31PM 2    IN A MINUTE.

03:31PM 3         DR. ROSENDORFF GOES ON THOUGH.

03:31PM 4         SO THE QUESTION PUT TO HIM WAS, AND ESSENTIALLY, WHEN AN

03:31PM 5    INQUIRY CAME IN, YOU WOULD USE LIS TO DO AN INVESTIGATION, TO

03:31PM 6    DO AN INVESTIGATION?

03:31PM 7         HE SAYS YES.

03:32PM 8         SO DR. ROSENDORFF HIMSELF IS USING LIS TO INVESTIGATE.

03:32PM 9         WOULDN'T IT MAKE SENSE FOR THE GOVERNMENT TO DO THEIR

03:32PM 10   INVESTIGATION USING THE DATA AS WELL?

03:32PM 11        THE QUESTION PUT TO DR. ROSENDORFF, AND ULTIMATELY

03:32PM 12   DETERMINE WHETHER YOU COULD TELL THE PHYSICIAN THE TEST IS

03:32PM 13   VALID OR, YOU KNOW, SOMETHING ELSE SHOULD BE DONE OR THAT SORT

03:32PM 14   OF THING?

03:32PM 15        HE SAYS CORRECT.

03:32PM 16        AND THEN THE QUESTION PUT TO HIM ON THIS PAGE OF THE

03:32PM 17   TRANSCRIPT IS, IF THERE WAS A PATIENT ON A PARTICULAR DAY WHERE

03:32PM 18   THERE WAS AN INQUIRY, AND YOU WANTED TO KNOW ALL OF THE OTHER

03:32PM 19   PATIENTS WHO HAD THAT SAME ASSAY RUN, COULD YOU LOOK AT LIS AND

03:32PM 20   LEARN THAT INFORMATION; RIGHT?

03:32PM 21        HE SAYS YES I COULD.

03:32PM 22        OKAY.  AND YOU COULD COMBINE THE INFORMATION FROM LIS WITH

03:32PM 23   OTHER INFORMATION ABOUT HOW THE PATIENT PRESENTED, AND SO

03:32PM 24   FORTH, TO COME UP WITH SOME CONCLUSIONS ABOUT WHAT HAD

03:33PM 25   OCCURRED?

03:33PM 1      HE SAID YES.

03:33PM 2          AND, IN FACT, YOU SAID THE OTHER DAY WHEN I WAS

03:33PM 3      QUESTIONING YOU, THE QC DATA WAS ONE THE THINGS IN THE LIS;

03:33PM 4      CORRECT?

03:33PM 5          YES.

03:33PM 6          AND IF WE WANTED TO KNOW EVERYTHING ABOUT THE QC DURING

03:33PM 7      ANY TIME PERIOD, WE COULD GO TO THE LIS AND LOOK AT THAT;

03:33PM 8      RIGHT?

03:33PM 9          HE SAYS YES.

03:33PM 10         ONE THING TO REMEMBER HERE, BECAUSE THE GOVERNMENT MAY

03:33PM 11     TELL YOU THIS IN REBUTTAL, THEY MAY TRY TO SAY, WELL, THE LIS

03:33PM 12     WILL TELL YOU THE PATIENT RESULT AND MIGHT TELL YOU SOMETHING

03:33PM 13     ABOUT QC -- ACTUALLY, IT WILL TELL YOU EVERYTHING ABOUT QC --

03:33PM 14     BUT THEY'LL SAY, MAYBE IN THEIR REBUTTAL, WELL, BUT IF YOU JUST

03:33PM 15     HAVE A PATIENT RESULT, HOW WOULD YOU KNOW IF IT WAS AN ACCURATE

03:33PM 16     RESULT OR NOT, RIGHT?

03:33PM 17         AND SO IF SOMEONE HAS A VALUE OF 750 ON A PLATELET COUNT

03:33PM 18     TEST, HOW DO YOU KNOW IF THAT'S CORRECT OR NOT?

03:33PM 19         WELL, DR. ROSENDORFF ACKNOWLEDGED THIS.  OF COURSE YOU

03:33PM 20     MIGHT NEED OTHER INFORMATION.  YOU MIGHT HAVE TO GO TO THE

03:33PM 21     PATIENT, YOU MIGHT HAVE TO GET OTHER RECORDS, BUT LIS IS AN

03:33PM 22     IMPORTANT PART OF THAT INVESTIGATION WHICH EVEN DR. ROSENDORFF

03:34PM 23     HAD TO DO WHEN HE GOT A PHYSICIAN INQUIRY.

03:34PM 24         SO IT'S EXTREMELY IMPORTANT THAT IN A SCIENTIFIC FRAUD

03:34PM 25     CASE, WHAT THIS IS, YOU NEED TO HAVE THE SCIENTIFIC DATA.

03:34PM  1        AND IT ACTUALLY GOES BEYOND JUST THE PATIENT -- THE SET OF

03:34PM  2   PATIENT COUNTS AND THE PATIENT CONSPIRACY COUNT.  IT GOES TO

03:34PM  3   THE INVESTOR COUNTS, THE CONSPIRACY AND THE WIRE FRAUD COUNTS,

03:34PM  4   TOO.

03:34PM  5        AND THE REASON IS THAT FUNDAMENTALLY WHAT THE GOVERNMENT

03:34PM  6   IS SAYING HERE, IS THAT MR. BALWANI REPRESENTED TO INVESTORS

03:34PM  7   THAT THE TECHNOLOGY WORKED, AND THE GOVERNMENT IS CLAIMING IT

03:34PM  8   DIDN'T, RIGHT?

03:34PM  9        WE'VE SHOWN YOU A LOT OF OTHER EVIDENCE WHY MR. BALWANI

03:34PM 10   BELIEVED REASONABLY THAT IT DID WORK AND THAT, IN FACT, IT DID,

03:34PM 11   BUT THE GOVERNMENT IS SAYING FUNDAMENTALLY IN THEIR

03:34PM 12   REPRESENTATION FROM INVESTORS IS THAT THE TECHNOLOGY DIDN'T

03:34PM 13   WORK AND THE INVESTORS WERE LURED INTO THIS THINKING THAT WAS

03:34PM 14   THE CASE.

03:34PM 15        WELL, LIST WOULD BE VERY VALUABLE IF YOU WANTED TO DO AN

03:34PM 16   ANALYSIS, DOES THE THERANOS TECHNOLOGY WORK?  WE COULD DO THAT

03:34PM 17   IN A RIGOROUS METHODICAL WAY, AND WE'VE LOST THAT OPPORTUNITY.

03:35PM 18        GO TO THE LAST SLIDE.

03:35PM 19        THIS IS WHEN MR. BALWANI WAS INFORMED.  YOU'VE SEEN THIS

03:35PM 20   BEFORE.  ALL OF THE WORK IT TAKES TO PROVE THAT AN ASSAY WORKS

03:35PM 21   IN THE EYES OF THE FDA, NOTHING EVEN APPROACHING THAT EVEN IF

03:35PM 22   YOU DIDN'T HAVE TO DO ALL OF THAT, NOTHING EVEN APPROACHING

03:35PM 23   THAT AT ALL WAS EVER DONE IN THIS CASE, IN A CASE WHERE THEY'RE

03:35PM 24   PROSECUTING MR. BALWANI FOR FEDERAL CRIMINAL OFFENSES.

03:35PM 25        LET'S GO TO THE NEXT SLIDE.

03:35PM   1        SO JUST SUMMING UP WHY LIS MATTERS.

03:35PM   2        THERE'S THE ABILITY TO LOOK UP ANY PATIENT RESULTS;

03:35PM   3        THERE'S THE ABILITY TOO LOOK UP ALL TESTS IN A CERTAIN

03:35PM   4    TIMEFRAME, FOR EXAMPLE, HCG IN OCTOBER OF 2014;

03:35PM   5        IT ENABLES A TECHNICAL REVIEW TO INVESTIGATE ISSUES AND

03:35PM   6    REVIEW ALL DATA ACROSS THE ITEMS THAT ARE LISTED THERE,

03:35PM   7    INCLUDING THE MACHINE THAT THE TEST WAS RUN ON.

03:35PM   8        AND, AS I SAID, DR. ROSENDORFF RELIED ON LIS FOR

03:36PM   9    COMMUNICATING WITH PHYSICIANS ABOUT THE ACCURACY OF TESTING.

03:36PM  10        LET'S TURN TO MR. SONNIER.

03:36PM  11        WHAT HAPPENED HERE?  WHY DON'T WE HAVE LIS?

03:36PM  12        AS YOU HEARD -- AND THIS IS WHAT MR. SONNIER WAS

03:36PM  13    EXPLAINING AS THE BASIS OF HIS OPINION.  HE WAS PROVIDED WITH A

03:36PM  14    LOT OF MATERIALS, AS HE SAID, AND HE REVIEWED THOSE MATERIALS.

03:36PM  15        ONE OF THE THINGS THAT HE SAID OCCURRED IS THAT -- AND

03:36PM  16    THERE'S NO DISPUTE ABOUT THIS I DON'T THINK -- THERANOS WAS

03:36PM  17    REQUESTED BY THE GOVERNMENT WITH SUBPOENAS, GRAND JURY

03:36PM  18    SUBPOENAS, THAT YOU SHOULD PRODUCE A COPY OF THE LIS.

03:36PM  19        AND ULTIMATELY NEAR THE END OF AUGUST, THEY PRODUCED A

03:36PM  20    HARD DRIVE, A USB DRIVE I THINK IT WAS CALLED, THAT SUPPOSEDLY

03:36PM  21    CONTAINED OR MAYBE DID CONTAIN A COPY OF THE LIS.

03:36PM  22        AS WE'LL SEE IN A MINUTE, THE GOVERNMENT'S TECHNICAL TEAM

03:37PM  23    COULD NOT OPEN IT.

03:37PM  24        THE DEFENSE WAS ALSO INTERESTED IN ACCESSING THIS LIS DATA

03:37PM  25    SO WE COULD SEE WHAT IT SAID.  AND WE HAD REQUESTED THAT

03:37PM 1      MR. SONNIER TRY TO ACCESS THAT SAME COPY.  HE TRIED IT.  HE

03:37PM 2      COULD NOT ACCESS THE COPY EITHER.

03:37PM 3          SO, SO FAR THE GOVERNMENT HAS A COPY, THEY CAN'T ACCESS

03:37PM 4      IT; THE DEFENSE HAS A COPY, WE CAN'T ACCESS IT, EITHER.  AND

03:37PM 5      THAT'S WHAT MR. SONNIER SAID HE UNDERSTOOD FROM ALL OF THE

03:37PM 6      MATERIAL THAT HE REVIEWED.

03:37PM 7          LET'S GO TO THE NEXT SLIDE.

03:37PM 8          THE GOVERNMENT UNDERSTOOD THAT THEY COULDN'T ACCESS THIS

03:37PM 9      COPY NO LATER THAN OCTOBER OF 2018.  AND THIS IS THE EMAIL

03:37PM 10     WHERE THE GOVERNMENT IS INFORMED BY THEIR OWN EMPLOYEE,

03:37PM 11     SUTTON PEIRCE.  AND IT'S AN EMAIL ON OCTOBER 5TH, 2018 TO

03:37PM 12     MR. SCHENK, TO MR. LEACH, AND TO MR. BOSTIC WITH A COPY TO

03:37PM 13     OTHER PEOPLE AT THE U.S. ATTORNEY'S OFFICE.

03:38PM 14         AND IT SAYS, "POSSIBLE ROUTES FORWARD."

03:38PM 15         WHAT ARE THE POSSIBLE ROUTES FORWARD?

03:38PM 16         PUSH BACK ON DEFENSE AND SEE IF THEY CAN BE PERSUADED TO

03:38PM 17     PRODUCE THIS IN A MANNER THAT CAN BE VIEWED.

03:38PM 18         I'M GOING TO COME BACK TO THAT IN A MINUTE BECAUSE I WANT

03:38PM 19     TO MAKE IT CLEAR THAT DEFENSE -- WE OBVIOUSLY CALL OURSELVES

03:38PM 20     THE DEFENSE.  I'M GOING TO EXPLAIN WHY THAT'S NOT A REFERENCE

03:38PM 21     TO MR. BALWANI'S DEFENSE TEAM.  THIS IS A REFERENCE TO

03:38PM 22     THERANOS.

03:38PM 23         MR. BALWANI HAD LEFT THERANOS TWO YEARS -- MORE THAN TWO

03:38PM 24     YEARS BEFORE.  MR. BALWANI LEFT THERANOS, AND MS. SPIVEY

03:38PM 25     TESTIFIED TO THIS, IN MAY OF 2016.  HE HAD A CONSULTING

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:38PM  1    RELATIONSHIP UNTIL JULY OF 2016, BUT NO LATER THAN JULY OF 2016

03:38PM  2    MR. BALWANI WAS GONE FROM THERANOS.

03:38PM  3        SO HE WAS NOT AT THERANOS WHEN THIS COPY AND THIS

03:38PM  4    DISMANTLING OF THE LIS SYSTEM WAS TAKING PLACE.  AND THAT'S

03:38PM  5    MS. SPIVEY'S TESTIMONY ON THAT POINT.

03:38PM  6        IF WE CAN GO BACK FOR A MINUTE, MR. ALLEN, JUST WHILE IT'S

03:38PM  7    UP HERE.

03:38PM  8        DEPARTURE WAS MAY 11TH, 2016.

03:39PM  9        AND THEN SHE TESTIFIED, JUST WHILE WE HAVE THIS TRANSCRIPT

03:39PM 10    UP, SHE WENT TO SAY GOODBYE.  SHE SAID THAT SHE WISHED HIM

03:39PM 11    WELL.  AND MS. SPIVEY TEARED UP BECAUSE SHE WAS SORRY TO SEE

03:39PM 12    HIM GO.

03:39PM 13        BUT LET'S GO BACK TO THE PREVIOUS SLIDE YOU HAD,

03:39PM 14    MR. ALLEN.

03:39PM 15        SO THEN THERE WERE THESE FOUR POSSIBLE ROUTES FORWARD THAT

03:39PM 16    THE U.S. ATTORNEY'S OFFICE OWN EMPLOYEE IS NOTIFYING THEM

03:39PM 17    ABOUT.

03:39PM 18        ONE IS SEE IF YOU CAN GET THEM PRODUCED IN A DIFFERENT

03:39PM 19    MANNER.

03:39PM 20        I'LL JUST GO TO THE THIRD ONE REAL QUICK.  CHECK WITH THE

03:39PM 21    FBI.  THEY MIGHT HAVE THE RESOURCES.

03:39PM 22        BUT THEN THE OTHER TWO ARE, THAT IS WHAT IS HIGHLIGHTED

03:39PM 23    HERE, PERHAPS THEY'LL CONSIDER HANDING OVER THEIR PHYSICAL SQL

03:39PM 24    SERVER AND WE CAN SET IT UP IN A WORK ROOM.

03:39PM 25        GO GET THE SERVERS AND LET'S SEE IF THAT WORKS.

03:39PM  1         AND THEN THE OTHER ONE IS IDENTIFY A VENDOR WHO COULD

03:39PM  2    PROCESS THE MATERIAL.

03:39PM  3         WELL, MR. SONNIER IS ONE SUCH VENDOR, BUT THERE ARE

03:39PM  4    OTHERS.

03:39PM  5         SO LET'S GO TO THE NEXT SLIDE.

03:40PM  6         I JUST WANT TO SHOW YOU A LITTLE BIT OF THE MISDIRECTION

03:40PM  7    THAT WAS GOING ON HERE.  THIS IS ON CROSS-EXAMINATION.

03:40PM  8         THE GOVERNMENT ASKED A QUESTION ABOUT -- TO MR. SONNIER.

03:40PM  9    AND HE'S REPORTING TO THE GOVERNMENT THAT THE LIS DATABASE WAS

03:40PM 10    ENCRYPTED BY SUNNY BALWANI AND SOMEONE NAMED

03:40PM 11    SHEKAR CHANDRASEKARAN.

03:40PM 12         DO YOU SEE THAT?

03:40PM 13         YES.

03:40PM 14         SO THE GOVERNMENT IN THIS PARTICULAR EXCHANGE WAS POINTING

03:40PM 15    OUT A DOCUMENT THAT THE -- THERE WAS A PERSON AT A FIRM CALLED

03:40PM 16    DORSEY THAT WAS REPRESENTING WHAT REMAINED OF THERANOS AFTER IT

03:40PM 17    NO LONGER EXISTED.  THEY WERE CALLED THE ASSIGNEE.

03:40PM 18         BUT IN ANY EVENT, THIS DORSEY LAWYER WAS TALKING ABOUT --

03:40PM 19    HIS KNOWLEDGE, THIS LAWYER, WAS THAT MR. BALWANI AND

03:40PM 20    MR. CHANDRASEKARAN HAD ENCRYPTED THE DRIVE.

03:40PM 21         BUT LET'S JUST BE CLEAR WHAT IS GOING ON HERE.  THIS WAS A

03:40PM 22    QUESTION PUT TO MR. SONNIER.  AND IF THE SUGGESTION WAS THAT

03:40PM 23    MR. BALWANI HAD ANYTHING TO DO WITH THIS ENCRYPTION PROBLEM

03:41PM 24    WHERE THE GOVERNMENT COULDN'T OPEN THE DRIVE AND THE DEFENSE

03:41PM 25    COULDN'T EITHER, THAT IS NOT CORRECT.

03:41PM 1        MR. BALWANI LEFT THERANOS IN MAY OF 2016.  AND SO THIS WAS

03:41PM 2    GOING ON IN 2018.  OF COURSE THE PATIENT DATABASE WITH ALL OF

03:41PM 3    THE PATIENT INFORMATION WAS ENCRYPTED.  OF COURSE MR. BALWANI,

03:41PM 4    AS THE COO OF THE COMPANY, WOULD WANT THAT.

03:41PM 5        AT THIS TRIAL WE HAVE SEEN OVER AND OVER AGAIN, WHEN

03:41PM 6    PATIENT RESULTS ARE BEING DISPLAYED, WE HAVE TO REDACT THEM

03:41PM 7    BECAUSE WE DON'T WANT TO PUBLICLY DISPLAY FOR THE PUBLIC

03:41PM 8    WATCHING THIS TRIAL, AND FOR EVEN YOU THE JURY, PEOPLE'S HEALTH

03:41PM 9    INFORMATION.

03:41PM 10        SO, OF COURSE, THE DATABASE, WHILE IT EXISTED AT THERANOS

03:41PM 11    WHILE MR. BALWANI WAS THERE, TWO YEARS LATER, OF COURSE, THIS

03:41PM 12    WAS ENCRYPTED.

03:41PM 13        SO IF THIS QUESTION WAS MEANT TO SUGGEST THAT MR. BALWANI

03:41PM 14    HAD ANYTHING TO DO WITH THIS ENCRYPTION PROBLEM THAT

03:41PM 15    MR. SONNIER WAS TALKING ABOUT, THAT IS JUST MISDIRECTION.

03:41PM 16        LET'S GO TO THE NEXT SLIDE.

03:41PM 17        THIS IS THE POSSIBLE ROUTES FORWARD SLIDE THAT WE HAVE

03:41PM 18    SEEN.

03:41PM 19        THIS IS THE EMAIL THAT THE GOVERNMENT PUT IN DURING THEIR

03:42PM 20    CROSS-EXAMINATION OF MR. SONNIER.

03:42PM 21        IT SAYS, "HI SUTTON," THAT'S THE SAME EMPLOYEE WHO TOLD

03:42PM 22    THEM TO GO GET THE SERVERS, SUTTON PEIRCE.

03:42PM 23        "I HAD A MEETING WITH THE AUSA'S," THAT'S MR. SCHENK,

03:42PM 24    MR. BOSTIC, AND MR. LEACH.  THOSE ARE THE ASSISTANT

03:42PM 25    U.S. ATTORNEYS ASSIGNED TO THIS CASE, THE AUSA'S.

03:42PM   1        "I HAD A MEETING WITH THE AUSA'S ON THIS CASE REGARDING

03:42PM   2   OUR OPTIONS AND WE ALL DECIDED TO DO THE FOLLOWING."

03:42PM   3        AND POSSIBLE ROUTES FORWARD ARE PUSH BACK ON DEFENSE AND

03:42PM   4   SEE IF THEY CAN BE PRODUCE THIS IN A DIFFERENT MANNER AND THEN

03:42PM   5   CHECK WITH THE FBI.

03:42PM   6        YOU CAN SEE AS A RESULT OF THIS MEETING THAT THEY

03:42PM   7   ELIMINATED THE TWO OPTIONS OF GOING TO GET THE SERVERS OR GOING

03:42PM   8   TO GET A VENDOR.  SO FOR SOME REASON, UNKNOWN TO US, THEY RULED

03:42PM   9   THOSE OUT AND THEY DECIDED NOT TO PURSUE THOSE OPTIONS.

03:42PM  10        LET'S GO TO THE NEXT SLIDE.

03:43PM  11        NOW, WHAT ABOUT THOSE TWO OPTIONS?

03:43PM  12        MR. SONNIER TESTIFIED THAT BASED ON THE EMAIL, THE FIRST

03:43PM  13   ONE THAT IS BEING TALKED ABOUT IN THAT PART OF THE TESTIMONY IS

03:43PM  14   THE OPTION OF GETTING THE SERVERS.

03:43PM  15        MR. SONNIER SAID, THIS OPTION -- THE QUESTION PUT TO HIM

03:43PM  16   WAS, AND THIS OPTION, WOULD THAT HAVE WORKED?

03:43PM  17        HE SAID THIS WOULD HAVE WORKED.

03:43PM  18        AND HOW ABOUT THE THIRD BULLET, IDENTIFY A VENDOR, IS THAT

03:43PM  19   ALSO AN OPTION THAT WAS NOT LISTED ON THE EXHIBIT?

03:43PM  20        YES.

03:43PM  21        WOULD THAT HAVE WORKED?

03:43PM  22        IT WOULD HAVE WORKED, YES.

03:43PM  23        SO MR. SONNIER TESTIFIED THAT EITHER GETTING THE SERVERS

03:43PM  24   OR HIRING A VENDOR WHO MIGHT HAVE SAID THE SAME THING, THOSE

03:43PM  25   WERE THE WAYS THAT WOULD HAVE WORKED TO RECOVER THE LIS IF THE

03:43PM  1    GOVERNMENT HAD DECIDED TO PURSUE THOSE INSTEAD OF RULING OUT

03:43PM  2    THOSE OPTIONS FOR UNKNOWN REASONS.

03:43PM  3        AND IF YOU'RE REALLY INTERESTED IN THE TRUTH IN A

03:44PM  4    SCIENTIFIC CASE WHERE YOU'RE TRYING TO TALK ABOUT LAB TESTING

03:44PM  5    AND WHETHER IT'S BAD ON A WIDESPREAD BASIS, WHY NOT DO WHATEVER

03:44PM  6    YOU CAN IN A FEDERAL CRIMINAL PROSECUTION TO GET THE SERVERS,

03:44PM  7    AND IF THAT IS GOING TO HELP YOU AND YOU CAN ANALYZE THE DATA,

03:44PM  8    THAT'S WHAT YOU NEED TO DO.

03:44PM  9        LET'S TALK ABOUT -- A LITTLE BIT MORE ABOUT MR. SONNIER.

03:44PM  10       BY THE WAY, MR. SONNIER, THAT'S UNREBUTTED EXPERT

03:44PM  11   TESTIMONY.  THE GOVERNMENT DID NOT CALL AN EXPERT.  THEY DID

03:44PM  12   NOT HAVE ANY ANSWER TO MR. SONNIER'S TESTIMONY AS AN EXPERT ON

03:44PM  13   MICROSOFT SQL SERVERS THAT THIS METHOD OF GETTING THE SERVERS

03:44PM  14   WOULD HAVE WORKED IF THE GOVERNMENT HAD PURSUED IT.

03:44PM  15       WELL, LET'S TALK ABOUT SOME OF THE OTHER THINGS THAT

03:44PM  16   HAPPENED WITH MR. SONNIER.  SO THERE WAS A SUGGESTION TO HIM

03:44PM  17   THAT HE DIDN'T HAVE PERSONAL KNOWLEDGE AND IT WAS SOMEHOW JUST

03:45PM  18   A HYPOTHETICAL THAT WAS PUT TO HIM.

03:45PM  19       HE SAID NO, ABSOLUTELY NOT.  THIS IS A SQL SERVER, IT'S A

03:45PM  20   KNOWN PRODUCT, IT'S WELL DOCUMENTED BY MICROSOFT, IT HAS

03:45PM  21   WELL-KNOWN RECOVERY TECHNIQUES, AS ALL OF THE EQUIPMENT WHICH

03:45PM  22   IT OPERATES.

03:45PM  23       GO TO THE NEXT SLIDE.

03:45PM  24       THE QUESTION PUT TO HIM ON DIRECT WAS WHAT ABOUT THE

03:45PM  25   MISSING PASSWORD ISSUE?  WOULD THAT AFFECT YOUR ABILITY TO

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:45PM  1    RECOVER THE DATA?

03:45PM  2         HE SAYS NO.

03:45PM  3         LET ME JUST PAUSE THERE FOR A MINUTE.  SO APPARENTLY THIS

03:45PM  4    HARD DRIVE COPY THAT WAS PROVIDED TO THE GOVERNMENT, AND ALSO

03:45PM  5    TO THE DEFENSE, THAT NO ONE COULD OPEN, THE PROBLEM WAS THIS

03:45PM  6    ENCRYPTION KEY THAT WAS MISSING, THAT WITHOUT THE ENCRYPTION

03:45PM  7    KEY YOU COULDN'T OPEN THE HARD DRIVE, AND NOBODY HAD THE

03:45PM  8    ENCRYPTION KEY.

03:45PM  9         AND WHAT MR. SONNIER TESTIFIED ABOUT WAS, WOULD YOU NEED

03:45PM 10    THE ENCRYPTION KEY?  AND HIS TESTIMONY WAS THAT IF YOU GOT THE

03:45PM 11    ORIGINAL SERVERS, YOU WOULD NOT NEED THE ENCRYPTION KEY?

03:45PM 12         YOU WOULD TO OPEN THE COPY THAT NO ONE COULD OPEN, BUT IF

03:45PM 13    YOU HAD GOTTEN THE SERVERS, YOU DIDN'T NEED THE ENCRYPTION KEY.

03:46PM 14    THAT WAS THE TESTIMONY, AND IT IS NOT REBUTTED BY ANYTHING THE

03:46PM 15    GOVERNMENT PUT ON.  BUT THAT'S WHAT HE'S TALKING ABOUT HERE.

03:46PM 16         WOULD THE MISSING PASSWORD OR ENCRYPTION KEY AFFECT HIS

03:46PM 17    ABILITY TO RECOVER THE DATA?

03:46PM 18         HE SAYS NO.

03:46PM 19         QUESTION:  HOW CAN YOU THEN BE CONFIDENT THAT THERE'S NO

03:46PM 20    OTHER SOFTWARE OR ENCRYPTION THAT WOULD PREVENT OUR ABILITY TO

03:46PM 21    ACCESS THIS DATA?

03:46PM 22         AND HE SAYS BECAUSE WE'RE USING A STANDARD MICROSOFT SQL

03:46PM 23    SERVER THERE'S REALLY -- AND A PARTICULAR FEATURE OF THAT

03:46PM 24    STANDARD SOFTWARE, THERE'S REALLY ONLY ONE WAY THAT THAT

03:46PM 25    STANDARD FEATURE CAN WORK.

03:46PM  1          AND WHAT IS THE RELATIONSHIP, IF ANY, BETWEEN THAT KIND OF

03:46PM  2     CUSTOMIZATION ON THE ONE HAND AND THE RECOVERABILITY OF THE

03:46PM  3     UNDERLYING DATA ON THE OTHER?

03:46PM  4          MR. SONNIER SAID IT HAD NOTHING TO DO WITH EACH OTHER.

03:46PM  5          AND WHAT WAS GOING ON HERE WAS THE GOVERNMENT WAS

03:46PM  6     SUGGESTING ON CROSS THAT MAYBE BECAUSE THE DATABASE WAS

03:46PM  7     CUSTOMIZED FOR A COMPANY LIKE THERANOS, THAT THAT WOULD MAKE IT

03:47PM  8     SOMEHOW DIFFERENT WHERE YOU COULDN'T RECOVER THE LIS IF YOU GOT

03:47PM  9     THE SERVERS.

03:47PM 10          MR. SONNIER TESTIFIED THAT ALL COMPANIES HAVE TO CUSTOMIZE

03:47PM 11     THE MICROSOFT SQL SERVER PRODUCT TO SOME EXTENT TO RUN THEIR

03:47PM 12     DATA FOR THEIR BUSINESS, WHATEVER THEIR BUSINESS HAPPENS TO BE.

03:47PM 13          AND THAT HE TESTIFIED REPEATEDLY THAT THAT DOES NOT AFFECT

03:47PM 14     IN ANY WAY THE ABILITY TO RECOVER THE DATA IF YOU HAVE THE

03:47PM 15     SERVERS AND THE HARD DRIVES.

03:47PM 16          IF WE GO TO THE NEXT.

03:47PM 17          SO THEN THERE WAS A QUESTION ABOUT, WELL, WHAT HAPPENED TO

03:47PM 18     THE SERVERS AND THE HARD DRIVES?

03:47PM 19          AND THE BASIS OF MR. SONNIER'S OPINION FROM THE MATERIAL

03:47PM 20     THAT HE REVIEWED WAS THAT AFTER THE LIS WAS DISASSEMBLED AT

03:47PM 21     THERANOS AT THE END OF AUGUST OF 2018, THE HARD DRIVES WERE

03:47PM 22     SENT TO ONE STORAGE LOCATION AND THE EQUIPMENT WENT TO A

03:47PM 23     DIFFERENT STORAGE LOCATION.

03:47PM 24          GO TO THE NEXT SLIDE.

03:47PM 25          AND THEN THE QUESTION PUT TO HIM ON CROSS, WHAT IS YOUR

03:47PM 1    UNDERSTANDING, IF YOU HAVE ONE, AS TO THE CURRENT LOCATION OF

03:48PM 2    THE ORIGINAL HARD DRIVES CONTAINING THE THERANOS LIS?

03:48PM 3        AND MR. SONNIER TESTIFIED, AGAIN FROM THE MATERIAL THAT HE

03:48PM 4    REVIEWED, NOTHING THAT I HAVE SEEN SAYS THAT THEY'RE ANYWHERE

03:48PM 5    OTHER THAN THE STORAGE LOCKERS THAT THEY WERE ORIGINALLY PLACED

03:48PM 6    INTO AFTER DISASSEMBLY.

03:48PM 7        LET'S GO TO THE NEXT SLIDE.

03:48PM 8        THIS SERIES OF QUESTIONS IS IMPORTANT BECAUSE THERE'S NO

03:48PM 9    EVIDENCE THAT ANYBODY FROM THE GOVERNMENT EVER TRIED TO RECOVER

03:48PM 10   THOSE ITEMS FROM THE STORAGE LOCATIONS, NO FEDERAL AGENT, NO

03:48PM 11   PROSECUTOR, NO ONE FROM THE GOVERNMENT.  IN THE MATERIALS THAT

03:48PM 12   MR. SONNIER REVIEWED, THERE'S NO EVIDENCE THAT HE HAD FOR HIM

03:48PM 13   THAT ANYONE FROM THE GOVERNMENT EVER TRIED TO GET THOSE SERVERS

03:48PM 14   OR THE HARD DRIVES.

03:48PM 15       AND THE GOVERNMENT PRESENTED NO SUCH EVIDENCE EITHER.  AND

03:48PM 16   YOU WOULD THINK THAT IF THEY HAD TRIED, THEY WOULD HAVE

03:48PM 17   PRESENTED IT, AND THEY DID NOT.

03:49PM 18       JUST A WORD ABOUT MR. SONNIER.  THIS IS THE INSTRUCTION

03:49PM 19   THAT JUDGE DAVILA WILL GIVE YOU.  "YOU HAVE HEARD TESTIMONY

03:49PM 20   FROM RICHARD SONNIER WHO TESTIFIED TO HIS OPINIONS AND THE

03:49PM 21   REASONS FOR HIS OPINIONS.  THIS OPINION TESTIMONY IS ALLOWED

03:49PM 22   BECAUSE OF THE EDUCATION OR EXPERIENCE OF THIS WITNESS."

03:49PM 23       SO HE WAS QUALIFIED AS AN EXPERT WITNESS ON MICROSOFT SQL

03:49PM 24   SERVER DATA RECOVERY AND DATA ENCRYPTION, AND THAT'S THE

03:49PM 25   OPINION THAT HE'S ENTITLED TO GIVE AND YOU'RE ENTITLED TO RELY

03:49PM   1        ON AT THIS TRIAL.

03:49PM   2             OKAY.  LET'S JUST SORT OF COMPARE RICHARD SONNIER TO THESE

03:49PM   3        UNKNOWN PEOPLE THAT THE GOVERNMENT TALKED ABOUT.

03:49PM   4             SO RICHARD SONNIER IS AN EXPERT, AS I SAID, IN SQL DATA

03:49PM   5        RECOVERY AND DATA ENCRYPTION.  HE HAS OVER 35 YEARS OF

03:49PM   6        EXPERIENCE.  HE HAS USED MICROSOFT SQL SERVER DAILY FOR THE

03:49PM   7        LAST 20 YEARS.

03:49PM   8             THE GOVERNMENT DIDN'T CALL THESE PEOPLE ON THE RIGHT, BUT

03:50PM   9        THEY DID REFERENCE THEM IN THE CROSS-EXAMINATION THEY DID OF

03:50PM   10       MR. SONNIER.

03:50PM   11            ONE OF THE PEOPLE THEY REFERENCED WAS DAVID TAYLOR, WHO

03:50PM   12       WAS IDENTIFIED AS A THERANOS CEO IN 2018.  TECHNICAL SKILLS

03:50PM   13       UNKNOWN.  WE HAVE NO INFORMATION ABOUT DAVID TAYLOR, WHATEVER

03:50PM   14       HE SAID ABOUT MICROSOFT SQL SERVER OR THE ABILITY TO RECOVER

03:50PM   15       IT, WE DON'T KNOW WHETHER HE HAD ANY BASIS OR ANY KNOWLEDGE OR

03:50PM   16       WHETHER HE HAS A TECHNICAL SKILLS.

03:50PM   17            MICHAEL CHUNG WAS ANOTHER PERSON THAT THE GOVERNMENT

03:50PM   18       IDENTIFIED WHO THEY DID NOT CALL.  AS FAR AS MR. SONNIER KNEW

03:50PM   19       FROM THE MATERIALS THAT HE LOOKED AT, HE WAS AN I.T. EQUIPMENT

03:50PM   20       MOVER WHO WAS TASKED WITH MOVING THE EQUIPMENT.  AGAIN, HIS

03:50PM   21       TECHNICAL SKILLS ARE UNKNOWN.  THERE'S NO INFORMATION ABOUT

03:50PM   22       WHAT HE KNOWS AND WHAT HE HAS TO BRING TO BEAR ON THE QUESTION

03:50PM   23       OF RECOVERY OF LIS.

03:50PM   24            ANOTHER PERSON REFERENCED WAS STEPHEN O'NEILL, A LAWYER AT

03:50PM   25       DORSEY.  IT'S A LAW FIRM.  AGAIN, TECHNICAL SKILLS UNKNOWN.  IN

03:51PM  1    ANY EVENT, HE'S A LAWYER.

03:51PM  2          UNKNOWN I.T. PERSON.  THERE WAS A PERSON WHO WASN'T NAMED

03:51PM  3    IN THE CROSS-EXAMINATION WHO HAD SOME KIND OF VIEW ABOUT HOW

03:51PM  4    HARD OR EASY IT WOULD BE TO RECOVER LIS, AND WE DON'T KNOW WHO

03:51PM  5    THAT PERSON IS OR WHAT THE PERSON'S TECHNICAL SKILLS ARE.

03:51PM  6          SO THAT'S WHAT WE HAVE FROM THE GOVERNMENT STACKED UP

03:51PM  7    AGAINST MR. SONNIER.

03:51PM  8          AND IF YOU THINK THEY HAD A REBUTTAL TO MR. SONNIER, THAT

03:51PM  9    HE WAS WRONG AND YOU COULDN'T RECOVER THIS AND GETTING THE

03:51PM  10   SERVERS WOULDN'T WORK, YOU WOULD THINK THEY WOULD HAVE

03:51PM  11   PRESENTED THAT BECAUSE IT'S IMPORTANT.  AND THEY DIDN'T, AND

03:51PM  12   THERE ISN'T.

03:51PM  13         AND WHAT HAS HAPPENED HERE IS THAT THE GOVERNMENT HAS

03:51PM  14   BROUGHT A SCIENTIFIC FRAUD CASE, IS TRYING TO CONVICT

03:51PM  15   MR. BALWANI OF WIRE FRAUD CRIMES, CONSPIRACY, WHERE HE'S

03:51PM  16   SUPPOSEDLY GIVING OUT INACCURATE TESTING ON A WIDESPREAD BASIS,

03:51PM  17   HE'S SUPPOSED TELLING INVESTORS THAT THE TECHNOLOGY WORKS WHEN

03:51PM  18   IT DOESN'T, AND WE DON'T HAVE ANY SCIENTIFIC PROOF, CERTAINLY

03:52PM  19   NOT BEYOND A REASONABLE DOUBT, THAT THAT'S THE CASE.

03:52PM  20         AND THE DEFENSE WANTED LIS.  WE TRIED TO GET IT, WE

03:52PM  21   COULDN'T GET IT.  THE GOVERNMENT DIDN'T GET THE SERVERS.  AND

03:52PM  22   THAT'S WHERE THE FAULT LIES, AND THAT'S WHY WE DON'T HAVE THIS

03:52PM  23   EVIDENCE.

03:52PM  24         AND LET'S GO TO THE NEXT SLIDE.

03:52PM  25         IT'S IMPOSSIBLE TO ASSESS LAB ERRORS WITHOUT LIS.  AND I

03:52PM   1    TALKED ABOUT THE IMPORTANCE IN THE INVESTOR CASE AS WELL.

03:52PM   2         AS YOU KNOW FROM DR. ROSENDORFF, ALL LABS MAKE ERRORS.  HE

03:52PM   3    REFERENCES THE UNIVERSITY OF PITTSBURGH IN HIS TESTIMONY, AND

03:52PM   4    AS WE SAW, HE TOLD A PHYSICIAN, DR. CHEN, IN AN EMAIL THAT

03:52PM   5    THERE WERE NO MORE INQUIRIES TO THERANOS COMPARED TO WHAT HE

03:52PM   6    EXPERIENCED AT THE UNIVERSITY OF PITTSBURGH.

03:52PM   7         DR. BURNES, WE SAW THIS JUST A FEW MINUTES AGO, HE HAD

03:52PM   8    FOUR ERRORS IN ONE WEEK FROM LABCORP.  SO LABORATORIES MAKE

03:52PM   9    ERRORS.

03:52PM  10         DR. WOOTEN, WHO THE DEFENSE CALLED, SHE KNOWS THERE'S

03:53PM  11    MISTAKES THAT OCCUR AT VARIOUS LABS.

03:53PM  12         I WANT TO SAY ONE OTHER -- WELL, I'LL DO THAT A LITTLE

03:53PM  13    LATER.

03:53PM  14         SO FAR LET'S TALK ABOUT ANOTHER THING THAT THE GOVERNMENT

03:53PM  15    PRESENTED, THE SO-CALLED FOSQUE SPREADSHEET.  THIS IS THE

03:53PM  16    SPREADSHEET FROM SEPTEMBER OF 2015.  I SHOWED YOU ONE ENTRY

03:53PM  17    FROM IT BEFORE, THAT WAS DR. ZACHMAN'S ENTRY.  BUT IT'S

03:53PM  18    BASICALLY CUSTOMER SERVICE INQUIRIES AND COMPLAINTS.  AND THE

03:53PM  19    GOVERNMENT PRESENTED THAT AND FROM TIME TO TIME DURING TRIAL

03:53PM  20    WOULD READ FROM IT.

03:53PM  21         THESE WERE SORT OF A MIX OF THINGS.  SOME INFORMATION ON

03:53PM  22    THERE YOU COULD DISCERN WHAT HAPPENED AND SOMETIMES YOU

03:53PM  23    COULDN'T, SOMETIMES THERE WAS INQUIRY, SOMETIMES YOU COULD SEE

03:53PM  24    WHAT THE RESOLUTION WAS.  AND IT'S ABOUT 230 OR SO ENTRIES ON

03:53PM  25    THERE.

03:53PM  1    I JUST WANT TO TALK ABOUT WHY THAT SPREADSHEET IS NOT A

03:53PM  2    SUBSTITUTE FOR LIS AND REALLY IS NOT THAT HELPFUL.

03:53PM  3    SO LET'S TALK ABOUT DR. BURNES'S ENTRY.  THIS WAS

03:54PM  4    DR. ELLSWORTH'S DOCTOR.

03:54PM  5    SO IN THAT SPREADSHEET, THIS IS EXHIBIT 4520, DR. BURNES

03:54PM  6    HAS HIS INQUIRY ABOUT THE PSA BEING HIGH ON MAY 14TH, AND THEN

03:54PM  7    NORMAL ON MAY 18TH, AND HE DOESN'T THINK THOSE THINGS ARE

03:54PM  8    RIGHT.

03:54PM  9    AND THEN IT SAYS ON THE RIGHT, THE LAB RERAN THE SAMPLE

03:54PM  10   AND DANIEL REACHED OUT TO THE PHYSICIAN.

03:54PM  11   SO THAT'S ALL THE NOTE SAYS.

03:54PM  12   WELL, THINK ABOUT WHAT WOULD HAPPEN IF THAT'S THE ONLY

03:54PM  13   THING WE HAD?

03:54PM  14   NOW, IT JUST SO HAPPENED THAT DR. BURNES WAS ONE OF THE

03:54PM  15   TWO PHYSICIANS THAT THE GOVERNMENT CALLED IN THIS CASE.  FOUR

03:54PM  16   PATIENTS, TWO PHYSICIANS.

03:54PM  17   DR. BURNES HAPPENED TO BE ONE OF THOSE, RIGHT?  AND WE

03:54PM  18   LEARNED A LOT FROM DR. BURNES WHEN HE TESTIFIED.

03:54PM  19   IF YOU WOULD GO TO THE NEXT SLIDE.

03:54PM  20   WE LEARNED THAT HE HAD BEEN USING THERANOS FOR A YEAR AND

03:54PM  21   HE COULDN'T FIND ANY OTHER PROBLEMS.  SO WE KNOW THAT ABOUT

03:54PM  22   DR. BURNES ONLY BECAUSE THE GOVERNMENT CALLED HIM.  BUT ALL OF

03:54PM  23   THE OTHER ISSUES, WE DON'T HAVE THE BENEFIT OF THAT

03:55PM  24   INFORMATION.  WE DON'T KNOW WHAT WAS GOING ON BECAUSE THESE

03:55PM  25   PATIENTS AND DOCTORS WEREN'T CALLED.

03:55PM   1        SO THAT SPREADSHEET IS NOT THE SAME AS THE LIS.  AND IT

03:55PM   2    HAS SOME INFORMATION ON IT, BUT IN ORDER TO PROVE THIS CASE,

03:55PM   3    YOU NEED THE LABORATORY INFORMATION SYSTEM.

03:55PM   4        BUT I WANT TO ILLUSTRATE THIS A LITTLE MORE WITH

03:55PM   5    DR. WOOTEN AGAIN.  SO DR. WOOTEN IS A NATUROPATHIC PHYSICIAN.

03:55PM   6    AND HER TREATMENT PHILOSOPHY IS TO DO A LOT BLOOD TESTS TO

03:55PM   7    CONTINUALLY MONITOR A PATIENT'S HEALTH.  SO SHE WAS IN A GOOD

03:55PM   8    POSITION TO SEE WHAT WAS GOING ON.

03:55PM   9        AND THE QUESTION PUT TO HER WAS WHY WERE YOU COMFORTABLE

03:55PM  10    SENDING YOUR PATIENTS TO THERANOS ALL OF THAT TIME?  AND THAT

03:55PM  11    GOES FROM 2014 TO 2016.

03:55PM  12        SHE SAYS DURING THE WHOLE TIME I SENT THEM?

03:55PM  13        YEAH.  WHY WERE YOU COMFORTABLE.

03:55PM  14        AND HER ANSWER IS BECAUSE I REVIEWED THE LABS.  I TEST

03:55PM  15    QUITE OFTEN.  I DO A COMPARISON WITH OTHER LABS AND THE RESULTS

03:56PM  16    I WAS GETTING FOR MY PATIENTS -- WHAT IS THE WORD I'M LOOKING

03:56PM  17    FOR? -- THEY WERE CONSISTENT WITH OTHER LABS AS WELL.

03:56PM  18        AND HOW ABOUT HOW MANY PATIENTS WAS THAT?

03:56PM  19        OVER 150.

03:56PM  20        SO SHE HAS 150 PATIENTS APPROXIMATELY, OVER 150.  SHE IS

03:56PM  21    TESTING THEM A LOT AND SHE DIDN'T SEE ANY ISSUES.  SHE SAW THAT

03:56PM  22    THEY WERE CONSISTENT.

03:56PM  23        SO THOSE WERE MORE TESTS WE'D HAVE IF WE HAD ACCESS TO

03:56PM  24    LIS.

03:56PM  25        OKAY.  WE'RE NOW DOWN TO THE LAST TOPIC IN THE ROAD MAP,

03:56PM 1    AND I'M SURE EVERYONE IS HAPPY ABOUT THAT, MOST OF ALL ME.

03:56PM 2         SO LET'S TALK ABOUT WHAT YOUR DECISION IS.  IT'S OBVIOUSLY

03:56PM 3    REALLY IMPORTANT.  IT'S IMPORTANT TO THE PUBLIC.  IT'S

03:57PM 4    IMPORTANT TO MR. BALWANI OF ALL PEOPLE.

03:57PM 5         SO FIRST OF ALL, AFTER MY CLOSING REMARKS AND THE

03:57PM 6    GOVERNMENT HAS A CHANCE TO TALK TO YOU ON REBUTTAL,

03:57PM 7    JUDGE DAVILA WILL INSTRUCT YOU ON THE LAW OF THIS CASE THAT YOU

03:57PM 8    SHOULD APPLY.  YOU WILL GET A COPY OF THE JURY INSTRUCTIONS.

03:57PM 9         YOU WON'T GET A COPY OF MY SLIDES AND YOU WON'T GET THE

03:57PM 10   TRANSCRIPT.  YOU WILL HAVE THE EXHIBITS TO WORK WITH.

03:57PM 11        AND THEN IF WE GO TO THE NEXT PAGE.

03:57PM 12        SO OBVIOUSLY THERE WILL BE A NEED TO ELECT A FOREPERSON,

03:57PM 13   AND YOU'LL DELIBERATE AND DISCUSS THE CASE.  THAT WILL BE THE

03:57PM 14   TIME WHEN YOU CAN DISCUSS THE CASE WHEN YOU'RE DELIBERATING.

03:57PM 15   YOU HAVE NOT BEEN ABLE TO DO THAT UP TO THIS POINT.

03:57PM 16        AND THE VERDICT, WHETHER GUILTY OR NOT GUILTY, MUST BE

03:57PM 17   UNANIMOUS.  SO YOU HAVE TO REACH UNANIMOUS AGREEMENT WHETHER

03:57PM 18   IT'S GUILTY OR NOT GUILTY ON EVERY ELEMENT OF EVERY OFFENSE IN

03:57PM 19   ORDER TO RETURN A VERDICT ON ANY OF THE COUNTS -- ON EACH OF

03:57PM 20   THE COUNTS.

03:57PM 21        AND THIS IS GOING TO BE -- IF YOU GO TO THE NEXT PAGE.

03:57PM 22        THIS IS GOING TO BE YOUR PREROGATIVE, NOT MINE, BUT

03:58PM 23   YOU'RE GOING TO GET A VERDICT FORM THAT AFTER YOU DELIBERATE

03:58PM 24   AND YOU MAKE A DECISION, IF YOU'RE ABLE TO REACH ONE, YOU WILL

03:58PM 25   HAVE TO FILL IN THIS CHART.

03:58PM   1    AND THE FACT THAT GUILTY IS LISTED FIRST IN ALL OF THESE

03:58PM   2    BOXES, THAT DOESN'T MATTER.  MR. BALWANI IS PRESUMED INNOCENT

03:58PM   3    UNTIL PROVEN BEYOND A REASONABLE DOUBT OTHERWISE.  AND SO EACH

03:58PM   4    OF THESE YOU'LL HAVE TO FILL IN, OR THE FOREPERSON WILL

03:58PM   5    PROBABLY FILL IN.

03:58PM   6    WHAT WE'RE SUGGESTING OBVIOUSLY FROM THE DEFENSE

03:58PM   7    STANDPOINT IS THAT ALL OF THOSE SHOULD BE FILLED IN WITH NOT

03:58PM   8    GUILTIES, AND THAT'S YOUR PREROGATIVE, BUT OBVIOUSLY THAT'S

03:58PM   9    WHAT WE'RE ASKING YOU TO DO.

03:58PM   10   LET'S GO TO THE NEXT PAGE.

03:58PM   11   AND THERE ARE GOING TO BE 12 OF THOSE BECAUSE THERE ARE 12

03:58PM   12   COUNTS.

03:58PM   13   OKAY.  THE GOVERNMENT HAS THE BURDEN OF PROOF HERE.  THEY

03:58PM   14   HAVE THE BURDEN TO PROVE THAT MR. BALWANI IS GUILTY ON EVERY

03:59PM   15   SINGLE ELEMENT OF EVERY COUNT BEYOND A REASONABLE DOUBT.  IF

03:59PM   16   YOU DON'T THINK THAT EVERY ELEMENT OF EVERY COUNT IS MET FOR

03:59PM   17   EACH OF THE COUNTS, YOU DON'T THINK THAT, YOU HAVE TO RETURN A

03:59PM   18   VERDICT OF NOT GUILTY.

03:59PM   19   MR. BALWANI DOES NOT HAVE TO PUT ON A CASE AS I'VE TOLD

03:59PM   20   YOU.  HE DOESN'T HAVE TO TESTIFY.

03:59PM   21   WE COULD HAVE SAT THERE THE WHOLE TIME AND DONE NOTHING.

03:59PM   22   BUT AS I SAID AT THE BEGINNING OF MY OPENING REMARKS A COUPLE

03:59PM   23   DAYS AGO, THANK GOODNESS WE DID BECAUSE WITHOUT THAT, YOU WOULD

03:59PM   24   NOT HAVE ALL OF THE INFORMATION THAT YOU HAVE THAT THE DEFENSE

03:59PM   25   HAD TO TELL YOU.

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

03:59PM 1      NOW, THE GOVERNMENT HAS TO PROVE, AMONG OTHER THINGS, THAT

03:59PM 2   MR. BALWANI HAD ACTUAL KNOWLEDGE IN ORDER TO BE GUILTY OF THE

03:59PM 3   OFFENSES, NOT THAT HE SHOULD HAVE KNOWN OR HE WAS NEGLIGENT OR

03:59PM 4   HE SHOULD HAVE HAD A DIFFERENT JUDGMENT.  HE HAS TO HAVE ACTUAL

03:59PM 5   KNOWLEDGE BEYOND A REASONABLE DOUBT.

03:59PM 6      YOU WOULD HAVE TO FIND BEYOND A REASONABLE DOUBT THAT THEY

04:00PM 7   INTENDED TO DEFRAUD PATIENTS AND INTENDED TO DEFRAUD INVESTORS

04:00PM 8   IN ORDER TO BE GUILTY OF THE COUNTS HE'S CHARGED WITH.

04:00PM 9      NOW, FROM THE GOVERNMENT'S STANDPOINT, THEY'VE PRESENTED

04:00PM 10   AN UNFAIR AND COMPLETELY INCOMPLETE -- COMPLETELY INCOMPLETE

04:00PM 11   PICTURE.

04:00PM 12      FIRST OF ALL, AS I SAID SEVERAL TIMES DURING MY CLOSING

04:00PM 13   REMARKS, THERE'S NO TAPE FOR MR. TOLBERT, WHO RECORDED A

04:00PM 14   CONVERSATION WITH INVESTORS.  THAT WOULD HAVE BEEN OUR CHANCE

04:00PM 15   TO HEAR THE TRUTH, THE ACTUAL WORDS.

04:00PM 16      THE GOVERNMENT ACTED LIKE THEY WERE SURPRISED WHEN

04:00PM 17   MR. TOLBERT SAID THAT HE PRODUCED IT TO THE GOVERNMENT,

04:00PM 18   MR. TOLBERT DISCUSSED THAT TAPE WITH THE GOVERNMENT.  WE DIDN'T

04:00PM 19   HEAR IT.  RIGHT THERE, REASONABLE DOUBT.  WHY AREN'T THEY

04:00PM 20   PLAYING YOU THE WORDS THAT MS. HOLMES ACTUALLY SPOKE TO

04:00PM 21   INVESTORS IF HER WORDS PROVE MISREPRESENTATIONS AND FRAUD?  WHY

04:00PM 22   DIDN'T THEY PLAY IT?

04:00PM 23      I JUST TALKED ABOUT A FEW MINUTES AGO ABOUT THE LABORATORY

04:00PM 24   INFORMATION SYSTEM.  THEY CALLED FOUR PATIENTS OUT OF A MILLION

04:00PM 25   PLUS LABORATORY RESULTS, AND THEY'RE TRYING TO SAY THAT THIS IS

04:01PM  1    PROOF OF THE LABORATORY BEING BAD ON A WIDESPREAD BASIS AND

04:01PM  2    THAT SOMEHOW MR. BALWANI KNOWS THAT.

04:01PM  3         THEY DIDN'T HAVE THREE OUT OF FOUR OF MR. BINGHAM'S

04:01PM  4    REPORTS, AND WE ARE RELYING IN A CRIMINAL CASE OF THIS

04:01PM  5    MAGNITUDE ON MR. BINGHAM'S -- HOW HE FELT ON PARTICULAR DAYS.

04:01PM  6         THE GOVERNMENT DIDN'T TELL YOU THAT TWO OUT OF THE FOUR

04:01PM  7    PATIENTS THAT YOU HEARD FROM HAD THEIR TESTS ON COMMERCIAL

04:01PM  8    DEVICES.  THEY ARE JUST TRYING TO BLOW STUFF BY HERE WITHOUT

04:01PM  9    THE GOING THROUGH FACTS.  WE HAD TO TELL YOU WHAT WAS REALLY

04:01PM  10   GOING ON WITH THE DEVICES THEY WERE BEING TESTED ON.

04:01PM  11        WHERE WAS DANIEL YOUNG?  HE WAS ON 78 EMAILS.  HE HAD HIS

04:01PM  12   HANDS ON EVERYTHING.  HE WAS THE PERSON WHO DID THE STUDIES AND

04:01PM  13   WHO TRIED TO FIX ANY PROBLEMS THAT DEVELOPED IN THE LAB, WHO

04:01PM  14   MR. BALWANI OBVIOUSLY FROM THE EMAIL RECORD HERE RELIED ON.

04:01PM  15        WHY ISN'T HE HERE?  WHY DIDN'T THE GOVERNMENT CALL HIM

04:01PM  16   AND TELL YOU WHAT HE THOUGHT?  HE WAS AT THERANOS FOR A VERY

04:02PM  17   LONG TIME.

04:02PM  18        WHY DIDN'T THE GOVERNMENT SHOW YOU THE CENTER FOR DISEASE

04:02PM  19   CONTROL GUIDANCE WITH MS. TOMPKINS WHEN THEY WERE TRYING TO

04:02PM  20   CLAIM THAT SHE GOT INACCURATE TESTS?  WOULDN'T IT BE IMPORTANT

04:02PM  21   TO LET YOU KNOW, WHICH WE DID, THAT THERANOS FOLLOWED THAT CDC

04:02PM  22   GUIDANCE TO THE LETTER?

04:02PM  23        WHERE'S LANGLY GEE, THE QUALITY CONTROL MANAGER?

04:02PM  24        YOU HEARD A LOT ABOUT QUALITY CONTROL.  THAT WAS THE

04:02PM  25   PERSON IN CHARGE OF QUALITY CONTROL.  HE WASN'T HERE.  THE

04:02PM  1    GOVERNMENT DIDN'T CALL HIM BECAUSE HE MIGHT BE ABLE TO TELL YOU

04:02PM  2    THE TRUTH.

04:02PM  3        NO OTHER KEY LEADERS IN THE SCIENTIFIC LEADERSHIP TEAM

04:02PM  4    WERE CALLED.

04:02PM  5        DR. SAKSENA, WHO WAS SLATED TO BE THE NEXT LAB DIRECTOR AS

04:02PM  6    EARLY AS 2014, THAT'S WHAT MR. BALWANI INTENDED, AND HE WASN'T

04:02PM  7    CALLED EITHER.

04:02PM  8        HODA ALAMDAR THAT YOU'VE HEARD A LOT OF ABOUT;

04:02PM  9    DR. NISHIT DOSHI, DR. CHINMAY PANGARKAR.  NONE OF THESE PEOPLE

04:02PM 10    WERE CALLED AS WITNESSES AT TRIAL TO TELL YOU WHAT WAS GOING ON

04:03PM 11    IN THE LAB.  DR. SIVARAMAN.

04:03PM 12        COMPLETELY MISLEADING PRESENTATIONS ABOUT ASSAYS LIKE HCG.

04:03PM 13    THE GOVERNMENT WOULD HAVE HAD YOU BELIEVE THAT ROSENDORFF,

04:03PM 14    DR. ROSENDORFF CALLED A STOP TO HCG AND HE NEVER ALLOWED IT TO

04:03PM 15    GO BACK ON EDISON, AND IT DID ANYWAY WITHOUT HIS KNOWLEDGE.

04:03PM 16        WELL, WE HAD TO SHOW YOU THE EMAILS WHERE DR. ROSENDORFF

04:03PM 17    ABSOLUTELY APPROVED TESTING GOING BACK ON EDISON.

04:03PM 18        THE GOVERNMENT CALLED MARK PANDORI WHO REPEATEDLY LIED ON

04:03PM 19    THE STAND AND IS STILL TRYING TO RELY ON DR. PANDORI.  YOU

04:03PM 20    HEARD THE GOVERNMENT'S CLOSING REMARKS WHERE THEY'RE STILL

04:03PM 21    TRYING TO RELY ON DR. PANDORI.

04:03PM 22        AS I SAID BEFORE, YOU CANNOT BELIEVE A SINGLE WORD THAT

04:03PM 23    DR. PANDORI SAID GIVEN THAT HE DENIED WRITING HIS OWN MEMO THAT

04:03PM 24    RECOMMENDED TO MR. BALWANI THAT THEY MAKE MORE EDISONS FOR

04:03PM 25    PATIENT TESTING.

04:03PM 1      NO BOARD MEMBERS WERE CALLED.  THEY WERE THE ULTIMATE

04:03PM 2    AUTHORITY IN THE COMPANY.  WE SAW THAT.  NOT A SINGLE BOARD

04:03PM 3    MEMBER.

04:03PM 4      WHERE IS WADE MIQUELON, THE CEO OF WALGREENS WHO INITIATED

04:04PM 5    THE RELATIONSHIP?

04:04PM 6      MR. JHAVERI DIDN'T COME INTO THE PICTURE UNTIL 2014.

04:04PM 7      THE GOVERNMENT CLAIMS THAT WALGREENS WAS DEFRAUDED FROM

04:04PM 8    THE VERY BEGINNING OF THE RELATIONSHIP, WHICH WENT BACK TO

04:04PM 9    2010.

04:04PM 10      WADE MIQUELON WAS THE PERSON.  WHERE IS HE IF THEY'RE

04:04PM 11   GOING TO TRY TO PROVE THAT?

04:04PM 12      WHERE IS DR. JAY ROSAN, THE MEDICAL DOCTOR AT WALGREENS

04:04PM 13   WHO HAD THE DEVICE TO TEXT FOR A COUPLE OF YEARS?  WHERE WAS

04:04PM 14   HE?

04:04PM 15      WHERE ARE ALL OF THE OTHER WITNESSES FROM THE

04:04PM 16   PHARMACEUTICAL COMPANIES?  WHERE IS THE GLAXOSMITHKLINE

04:04PM 17   WITNESS?

04:04PM 18      THE DOCUMENT THAT WE SAW THAT MR. BALWANI GOT SAYS THAT

04:04PM 19   GLAXOSMITHKLINE COMPREHENSIVELY VALIDATED THE THERANOS

04:04PM 20   TECHNOLOGY?  WHERE ARE THEY?  THE GOVERNMENT DIDN'T CALL THEM

04:04PM 21   EITHER.

04:04PM 22      WHERE IS GARY YAMAMOTO, THE PERSON AT CMS WHO ACTUALLY DID

04:04PM 23   THE FINGERSTICK TESTING ANALYSIS DURING THAT SEPTEMBER 2015

04:04PM 24   INSPECTION?

04:05PM 25      THEY CALLED MS. BENNETT.

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

04:05PM 1    WHERE IS GARY YAMAMOTO?  THE GOVERNMENT DIDN'T CALL HIM,

04:05PM 2    EITHER.

04:05PM 3    WHERE IS ROGER PARLOFF, THE JOURNALIST WHO WROTE THE

04:05PM 4    "FORTUNE" ARTICLE?  THE GOVERNMENT PUT FORWARD THE

04:05PM 5    "FORTUNE" ARTICLE.  BUT WHAT WAS MR. PARLOFF ACTUALLY TOLD BY

04:05PM 6    ELIZABETH HOLMES?  WHAT WERE HIS WORDS?  WHAT WERE MS. HOLMES'S

04:05PM 7    WORDS?  HOW DID THAT WORK?

04:05PM 8    WE DIDN'T HEAR FROM MR. PARLOFF, EITHER.

04:05PM 9    WE HEARD NO WITNESSES RELATING TO THE ADVERTISING COUNT,

04:05PM 10   COUNT TWELVE.

04:05PM 11   DID THE ADS RUN?  WHEN?  WHO SAW THEM?  WHAT DID THE ADS

04:05PM 12   SAY?  WE HAVE NO IDERE BECAUSE THE GOVERNMENT DIDN'T BOTHER TO

04:05PM 13   PROVE THAT.

04:05PM 14   WHERE IS CRAIG HALL?  HE IS AN INVESTOR WHO INVESTOR --

04:05PM 15   MR. TOLBERT WAS, CALLED BUT WHERE IS CRAIG HALL?

04:05PM 16   WHERE IS DAN, DOUG, RICK, AND DICK DEVOS, THE DECISION

04:05PM 17   MAKERS AT RDV, THE DEVOS FAMILY?  WOULDN'T IT BE NICE TO HEAR

04:05PM 18   FROM THAT DECISION MAKERS FROM THAT FAMILY AS TO WHAT THEY

04:05PM 19   REALLY THOUGHT, WHAT THEY REALLY INTENDED?  WE DIDN'T HEAR FROM

04:06PM 20   THEM, EITHER.

04:06PM 21   WE HAD TO PRESENT THE TRUTH THROUGH EMAILS AND DOCUMENTS,

04:06PM 22   AND THAT IS WHAT IS IMPORTANT HERE.  WHAT DO THE

04:06PM 23   CONTEMPORANEOUS DOCUMENTS REALLY SHOW, NOT THE WITNESS'S

04:06PM 24   MEMORIES FROM YEARS AND YEARS LATER.

04:06PM 25   AND THE CONTEMPORANEOUS DOCUMENTS SHOW THAT THERE'S NOT A

04:06PM 1    SINGLE TIME THAT MR. BALWANI EVER TOLD ANYBODY TO DO THE WRONG

04:06PM 2    THING, OR TO COMMIT FRAUD, AND THERE'S NOT A SINGLE TEXT

04:06PM 3    MESSAGE OR EMAIL WHERE HE TOLD MS. HOLMES THAT WE'RE IN A

04:06PM 4    CONSPIRACY OR LET'S CHEAT PEOPLE OR ANYTHING OF THAT NATURE.

04:06PM 5          NOW, AT THIS POINT, AS WE ALL KNOW, WE'RE IN A FEDERAL

04:06PM 6    CRIMINAL TRIAL.  AND THERANOS IS RADIOACTIVE TO PEOPLE.  IF

04:06PM 7    THERE ARE LAB PEOPLE LIKE DR. PANDORI AND DR. ROSENDORFF, THEY

04:06PM 8    DON'T WANT TO SAY AT THIS POINT, UNLESS THEY HAVE TO BECAUSE

04:06PM 9    THERE'S A DOCUMENT, THEY DON'T WANT TO SAY THAT THEY APPROVED

04:06PM 10   ANYTHING, THAT THEY AGREED TO ANYTHING AT THERANOS.

04:06PM 11         THEY WANT TO JUST SAY THAT, THEY WERE JUST SAYING THERE

04:06PM 12   WERE PROBLEMS AND THEY WERE THE HERO.  THAT'S WHAT LAB INDUSTRY

04:07PM 13   PEOPLE WANT TO SAY NOW, NOW THAT WE'RE IN THE ENVIRONMENT THAT

04:07PM 14   WE'RE IN.

04:07PM 15         BUSINESS PARTNERS LIKE WAG, WALGREENS, THEY WANT TO PLAY

04:07PM 16   DOWN BEING A CHEERLEADER FOR THERANOS, THAT THEY WERE TRYING TO

04:07PM 17   EXPAND THE PARTNERSHIP IN 2014 AND 2015.  THEY WANT TO SAY, OH,

04:07PM 18   WE WERE JUST SCALING BACK WHEN THE CONTEMPORARY DOCUMENTS TELL

04:07PM 19   EXACTLY THE OPPOSITE STORY.

04:07PM 20         THE WEALTHY, POWERFUL INVESTORS THAT WE HEARD FROM, THEY

04:07PM 21   WANT TO SAY WE WERE FOOLED.  THEY DON'T WANT TO SAY, WELL, WE

04:07PM 22   TOOK A FLYER ON GETTING REALLY RICH, EVEN RICHER BY LOOKING AT

04:07PM 23   A GREAT OPPORTUNITY AND HAVE A UNICORN SITUATION WITH THERANOS

04:07PM 24   WITH THE WALGREENS ROLLOUT.

04:07PM 25         INSTEAD, THEY WANT TO SAY, YOU KNOW, THEY WERE FOOLED.

04:07PM   1    THEY LOOK BETTER IN THE EYES OF THEIR INVESTORS, THEIR FUTURE

04:07PM   2    INVESTORS, THEIR FAMILY OFFICES, AND THEIR EMPLOYERS.

04:07PM   3        NOW, THE GOVERNMENT IS GOING TO GET UP ON REBUTTAL.  WE

04:07PM   4    DON'T HAVE A CHANCE TO HAVE FURTHER REBUTTAL.  THIS IS GOING TO

04:07PM   5    BE THE LAST TIME THAT YOU HEAR FROM ME, BUT THE GOVERNMENT DOES

04:07PM   6    GET TO GIVE YOU A REBUTTAL CLOSING ARGUMENT, AND THEY GET TO

04:08PM   7    TAKE ONE MORE SHOT AT CONVINCING YOU THAT MR. BALWANI IS GUILTY

04:08PM   8    OF SOMETHING BEYOND A REASONABLE DOUBT.

04:08PM   9        BUT WHATEVER THE GOVERNMENT SAYS IN THEIR REBUTTAL

04:08PM  10    CLOSING, WHAT THEY CAN'T CHANGE IS THE BLACK AND WHITE

04:08PM  11    TESTIMONY AND DOCUMENTS THAT WE, THE DEFENSE, SHARED WITH YOU;

04:08PM  12        THEY CAN'T CHANGE THE EMAIL WHERE MR. JHAVERI PROJECTS

04:08PM  13    2500 STORES IN MARCH OF 2015 IN AN INTERNAL EMAIL WITH

04:08PM  14    WALGREENS;

04:08PM  15        THEY CAN'T CHANGE THE FACT THAT MR. JHAVERI AT WALGREENS

04:08PM  16    TOLD SUNNY BALWANI THAT THEY WOULD TOUCH 2,000 STORES.  HE SENT

04:08PM  17    THAT EMAIL IN AUGUST OF 2014.  THEY CAN'T CHANGE THAT.

04:08PM  18        THEY CAN'T CHANGE THE PARTNERSHIP MEETING MINUTES,

04:08PM  19    EXHIBIT 1884, FROM AUGUST 6TH, 2014, SHOWING THE INTENTION OF

04:08PM  20    WALGREENS TO EXPAND THE ROLLOUT, NOT TO CONTRACT IT;

04:08PM  21        THEY CAN'T CHANGE THE JOHNS HOPKINS REPORT WHERE

04:08PM  22    JOHNS HOPKINS'S PHYSICIANS EVALUATED THERANOS' TECHNOLOGY AND

04:08PM  23    STATED THAT IT HAD NO MAJOR WEAKNESSES AND ITS STRENGTH WAS

04:08PM  24    ACCURACY;

04:09PM  25        THEY CAN'T CHANGE THE FACT THAT WALGREENS HAD THE DEVICE

04:09PM 1     TO TEST THEMSELVES;

04:09PM 2         THEY CAN'T CHANGE THE FACT THAT MR. BALWANI WAS INFORMED

04:09PM 3     BY AN EMAIL FROM IT DR. IAN GIBBONS THAT HE HAD MADE A MAJOR

04:09PM 4     BREAKTHROUGH AND DEMONSTRATED THE ABILITY TO DO SUPERIOR ASSAYS

04:09PM 5     ACROSS ALL FOUR BLOOD TESTING CATEGORIES;

04:09PM 6         THEY CAN'T CHANGE THE FACT THAT THERANOS DEVELOPED

04:09PM 7     HUNDREDS OF ASSAYS FOR SMALL BLOOD SAMPLES;

04:09PM 8         THEY CAN'T CHANGE THE FACT THAT THE ARMY BURN STUDY USED

04:09PM 9     THE THERANOS DEVICES FOR YEARS AND CAME UP WITH A PEER REVIEWED

04:09PM 10    PAPER BASED ON USING THE THERANOS TECHNOLOGY;

04:09PM 11        THEY CAN'T CHANGE THE FACT THAT MS. HOLMES SENT

04:09PM 12    GLAXOSMITHKLINE A REPORT SHOWING THAT GLAXOSMITHKLINE

04:09PM 13    COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY;

04:09PM 14        THEY CAN'T CHANGE THE FACT THAT CHANNING ROBERTSON TOLD

04:09PM 15    INVESTORS THAT THE TECHNOLOGY WORKS;

04:09PM 16        THEY CAN'T CHANGE THE FACT THAT DESPITE THE GOVERNMENT'S

04:09PM 17    CLAIMS, DR. ROSENDORFF GOT THE TIME HE NEEDED BEFORE THE

04:10PM 18    WALGREENS LAUNCH AND THAT THE LAUNCH STARTED WITH TWO ASSAYS.

04:10PM 19    NO ONE WAS PRESSURING DR. ROSENDORFF TO DO ANYTHING HE WASN'T

04:10PM 20    READY TO DO.

04:10PM 21        THEY CAN'T CHANGE THE FACT THAT THERANOS GOT THAT FDA

04:10PM 22    CLEARANCE ON ITS SYSTEM FOR THAT ASSAY HSV-1 ON ITS SYSTEM WITH

04:10PM 23    A NANOTAINER.  THEY APPLIED FOR THAT APPROVAL WITH THE FDA IN

04:10PM 24    NOVEMBER OF 2014.

04:10PM 25        THEY CAN'T CHANGE THE FACT THAT THERANOS FILED A PATENT

04:10PM  1    APPLICATION FOR ITS MODIFIED PREDICATE DEVICES THAT

04:10PM  2    MS. PETERSON, RDV, HAD IN THEIR MATERIALS A REFERENCE TO, THEY

04:10PM  3    CAN'T CHANGE THE FACT THAT THAT APPLICATION WAS FILED OR

04:10PM  4    INFORMING THE FDA ABOUT MODIFIED PREDICATES IN COMMERCIAL

04:10PM  5    DEVICES, DIRECTLY INFORMING THE FEDERAL GOVERNMENT.

04:10PM  6         THEY CAN'T CHANGE THE EXISTENCE OF THE PANDORI TRANSITION

04:10PM  7    MEMO WHERE HE SAYS TO MAKE MORE EDISONS OR THE OTHER TWO EMAILS

04:11PM  8    THAT DR. PANDORI SENT AFTER HE SUPPOSEDLY QUIT WHERE HE SAID

04:11PM  9    MAKE MORE EDISONS BECAUSE WE'RE GOING TO NEED THEM FOR PATIENT

04:11PM  10   TESTING.

04:11PM  11        DR. ROSENDORFF VALIDATING 57 ASSAYS ON EDISONS AND

04:11PM  12   MODIFIED PREDICATES OVER THE COURSE OF A YEAR;

04:11PM  13        DR. ROSENDORFF'S APPROVAL OF RESUMED TESTING FOR HCG ON

04:11PM  14   EDISONS;

04:11PM  15        THAT DR. SAKSENA INFORMED MR. BALWANI THAT HE WAS APPLYING

04:11PM  16   TO BE A LAB DIRECTOR, AND IT WAS TAKING LONGER THAN HE WAS

04:11PM  17   HOPING.  AND MR. BALWANI'S INTENT OBVIOUSLY BEING TO PUT A

04:11PM  18   PERMANENT LAB DIRECTOR IN PLACE SOONER RATHER THAN LATER.

04:11PM  19        DANIEL YOUNG, WHO IS THE LAB DIRECTOR IN ARIZONA, AND THE

04:11PM  20   FACT THAT HE WAS AVAILABLE TO SPEAK TO PEOPLE LIKE DR. BURNES

04:11PM  21   WHEN THERE WAS AN INQUIRY, THE GOVERNMENT WOULD HAVE YOU

04:11PM  22   BELIEVE THAT THERE WAS NO ONE HOME AT THE LAB WHEN WE KNOW THAT

04:11PM  23   DR. BURNES HAD NO TROUBLE GETTING THROUGH TO DR. YOUNG.

04:11PM  24        SOUTHWEST CONTEMPORARY WOMEN'S CLINIC, THOUSANDS OF

04:12PM  25   PATIENT'S TESTS AT THERANOS AFTER THE EXPERIENCE WITH

04:12PM  1        MS. GOULD;

04:12PM  2            THAT THE CMS INSPECTION REPORT HAD THIS IMMEDIATE JEOPARDY

04:12PM  3    FINDING, AND THAT WAS BASED ON AN ASSAY CALLED PT INR, RUN ON A

04:12PM  4    COMMERCIAL DEVICE.  IT HAD TO DO WITH REAGENT EXPIRATION IN TWO

04:12PM  5    DAYS RATHER THAN FIVE DAYS OR TEN DAYS AND THIS COMPLICATED

04:12PM  6    CALCULATION THAT MR. BALWANI KNEW NOTHING ABOUT.

04:12PM  7            THEY CAN'T CHANGE THE AAP REPORTS SHOWING THAT ASSAY AFTER

04:12PM  8    ASSAY WAS EVALUATED OVER AND OVER AGAIN, AND MR. BALWANI AND

04:12PM  9    CMS WERE INFORMED THAT THESE ASSAYS WERE PASSING MOST OF THE

04:12PM 10    TIME WITH 100 PERCENT SCORES AND SOMETIMES WITH 80 PERCENT

04:12PM 11    SCORES.

04:12PM 12            THAT THE DOD RELATIONSHIPS, THE DEPARTMENT OF DEFENSE,

04:12PM 13    WERE REAL.  THAT THEY HAD DEEP RELATIONSHIPS WITH DOD AND THEY

04:12PM 14    WERE ACTUALLY TESTING AN EDISON DEVICE IN AFRICA FLYING ON A

04:12PM 15    NONFIXED WING AIRCRAFT FLYING UNDER 10,000 FEET AT TEMPERATURES

04:13PM 16    OVER 100 DEGREES, AND THERE WAS LIEUTENANT GIVENS WHO WAS

04:13PM 17    REPORTING ON HER SUCCESSFUL EXPERIENCE WITH THAT.  YOU CAN'T

04:13PM 18    CHANGE THAT.

04:13PM 19            THEY CAN'T CHANGE THAT BOARD MEMBER SAM NUNN HAD THE

04:13PM 20    FINANCIAL INFORMATION IN HIS POSSESSION THAT THE GOVERNMENT

04:13PM 21    CLAIMS NOW IS FRAUDULENT;

04:13PM 22            THEY CAN'T CHANGE THE DISCLOSURE OF VENOUS DRAWS AND

04:13PM 23    TRADITIONAL METHODS TO THE WORLD AND TO INVESTORS;

04:13PM 24            THEY CAN'T CHANGE THAT THERANOS NEVER ASKED FOR THE

04:13PM 25    PATIENT MONEY EVEN THOUGH THEY'RE ACCUSING MR. BALWANI OF

04:13PM    1    INTENDING TO DEFRAUD PATIENTS;

04:13PM    2        THEY CAN'T CHANGE THE FACT THAT WHEN MR. BALWANI LEFT

04:13PM    3    THERANOS, THERE WAS $351 MILLION IN THE BANK AND INTELLECTUAL

04:13PM    4    PROPERTY ASSETS WHEN HE LEFT;

04:13PM    5        AND THEY CAN'T CHANGE THE FACT THAT MR. BALWANI NEVER SOLD

04:13PM    6    A SINGLE SHARE OF STOCK AT ANY TIME.

04:13PM    7        NOW, DURING ITS CLOSING THE GOVERNMENT DOUBLE DOWNED ON

04:13PM    8    SHOWING YOU ONLY A SMALL PART OF THE STORY.

04:13PM    9        ONE OF THE REASONS THAT MY CLOSING TOOK SEVERAL DAYS HERE

04:14PM   10    IS BECAUSE WE HAD TO SHOW YOU ALL OF THE EVIDENCE THAT THE

04:14PM   11    GOVERNMENT DIDN'T AND GO THROUGH IT.

04:14PM   12        FORTUNATELY, IN OUR SYSTEM, WHEN THE FEDERAL GOVERNMENT

04:14PM   13    BRINGS ITS AWESOME POWER TO BEAR TO PROSECUTE AN INDIVIDUAL

04:14PM   14    CITIZEN, IT'S YOU THE JURY WHO GETS TO DECIDE WHETHER THE

04:14PM   15    GOVERNMENT HAS PROVEN ITS CASE BEYOND A REASONABLE DOUBT.

04:14PM   16        AND YOU HAVE THIS CRUCIAL ROLE TO STAND BETWEEN THE

04:14PM   17    AWESOME POWER OF THE FEDERAL GOVERNMENT AND AN INDIVIDUAL LIKE

04:14PM   18    MR. BALWANI.  IT IS A WEIGHTY RESPONSIBILITY.

04:14PM   19        BUT YOU HAVE AN OPPORTUNITY HERE.  YOU CAN HOLD YOUR HEAD

04:14PM   20    HIGH AND YOU CAN TELL THE FEDERAL GOVERNMENT THAT IF IT CHOOSES

04:14PM   21    TO PROSECUTE SOMEONE LIKE MR. BALWANI, IT CAN'T GET AWAY WITH

04:14PM   22    BRINGING AN INCOMPLETE AND MISLEADING CASE; PRETENDING TO BE

04:14PM   23    SURPRISED ABOUT THE EXISTENCE OF A TAPE RECORDING OF THE ACTUAL

04:14PM   24    WORDS THAT ELIZABETH HOLMES SPOKE AND THEN NOT PLAYING IT;

04:14PM   25    PUTTING SOMEONE LIKE DR. PANDORI ON THE STAND WHO REPEATEDLY

CLOSING ARGUMENT BY MR. COOPERSMITH (RES.)

04:14PM 1    LIED, IGNORING FACTS, FOR EXAMPLE, DR. ROSENDORFF'S APPROVAL OF

04:15PM 2    THE RESUMPTION OF HCG TESTING ON THE EDISON; NOT SHOWING YOU

04:15PM 3    ALL OF THE EMAILS ABOUT WHAT INVESTORS REALLY KNEW AND THOUGHT

04:15PM 4    LIKE PFM; NOT SHOWING YOU THE REAL TRUTH OF THE WALGREENS

04:15PM 5    RELATIONSHIP; ITS USE AND EXPERIENCE WITH THE EDISON AND THE

04:15PM 6    JOHNS HOPKINS EVALUATION; AND DECIDING NOT TO GET THE CRUCIAL

04:15PM 7    LABORATORY INFORMATION SYSTEM DATABASE WITH ALL OF THE PATIENT

04:15PM 8    TESTING DATA, ALL OF THE QUALITY CONTROL DATA, AND INSTEAD TRY

04:15PM 9    TO PROVE THIS CASE WITH ANECDOTES FROM A HANDFUL OF WITNESSES.

04:15PM 10       WE THE DEFENSE HAD TO SHOW YOU THE TRUTH WHERE THE

04:15PM 11   GOVERNMENT DID NOT.

04:15PM 12       IN MR. SCHENK'S CLOSING REMARKS HE SAID, AND I'M QUOTING,

04:15PM 13   "TRUTH IS FATAL TO FRAUD."  TRUTH IS FATAL TO THIS PROSECUTION

04:15PM 14   OF MR. BALWANI.

04:15PM 15       I REALLY APPRECIATE YOUR ATTENTION OVER THE DAYS I'VE BEEN

04:16PM 16   TALKING TO YOU.  I'VE SEEN A LOT OF PEOPLE TAKING NOTES.  IT'S

04:16PM 17   A HARD THING TO DO, AND I DEEPLY APPRECIATE, AS DOES

04:16PM 18   MR. BALWANI, YOUR CAREFUL ATTENTION NOT ONLY DURING MY CLOSING

04:16PM 19   REMARKS BUT DURING THE WHOLE MONTH LONG PROCESS OF THIS TRIAL.

04:16PM 20       AS I SAID, I'M NOT GOING TO HAVE THE OPPORTUNITY TO TALK

04:16PM 21   TO YOU AGAIN OR GET A FURTHER REBUTTAL CLOSING.

04:16PM 22       BUT WHEN YOU'RE LISTENING TO THE GOVERNMENT'S REBUTTAL AND

04:16PM 23   WHEN YOU'RE IN THE JURY DELIBERATING, PLEASE REMEMBER THAT EVEN

04:16PM 24   IF THEIR NARRATIVE SOUNDS TIDY AND NEAT, THE CONTEMPORANEOUS

04:16PM 25   DOCUMENTS IN THIS CASE, THEY DON'T LIE, THE DOCUMENTS DON'T

04:16PM  1    EXAGGERATE, AND THEY DON'T HAVE HUMAN MOTIVATION.

04:16PM  2         IF YOU TAKE A HARD LOOK AT ALL OF THE EVIDENCE AND YOU

04:16PM  3    LOOK AT THEM THROUGH SUNNY BALWANI'S EYES, NOT WITH THE BENEFIT

04:16PM  4    OF HINDSIGHT, THE ONLY VERDICT SUPPORTED BY THE EVIDENCE AND

04:16PM  5    THE LACK OF EVIDENCE IS NOT GUILTY ON ALL COUNTS OF THE

04:16PM  6    INDICTMENT.

04:16PM  7         THANK YOU VERY MUCH.

04:16PM  8              THE COURT:  THANK YOU, COUNSEL.

04:16PM  9         LET ME TURN TO THE GOVERNMENT.  WILL THE GOVERNMENT HAVE A

04:17PM 10    REBUTTAL ARGUMENT?

04:17PM 11              MR. BOSTIC:  WE WILL, YOUR HONOR.

04:17PM 12              THE COURT:  WILL YOU BE ABLE TO COMPLETE YOUR

04:17PM 13    ARGUMENT WITH THE TIME WE HAVE LEFT IN THE DAY?

04:17PM 14              MR. BOSTIC:  NO, YOUR HONOR.  WE ARE PREPARED TO

04:17PM 15    BEGIN TODAY IF THE COURT WISHES.  IF WE BEGIN TOMORROW MORNING,

04:17PM 16    I'M CONFIDENT THAT WE CAN GET IT DONE IN THE FIRST HALF OF THE

04:17PM 17    DAY.

04:17PM 18              THE COURT:  ALL RIGHT.  THANK YOU.

04:17PM 19         LET'S -- LADIES AND GENTLEMEN, WE'VE HAD A LONG DAY TODAY.

04:17PM 20    I TOLD YOU -- I THINK I ASKED YOU TO PERHAPS GO UNTIL 5:00, BUT

04:17PM 21    IT'S ABOUT A QUARTER PAST 4:00.  WE TYPICALLY BREAK AT 4:00.

04:17PM 22    SO LET'S TAKE OUR EVENING RECESS NOW.  WE'LL START AT

04:17PM 23    9:00 A.M., 9:00 A.M. TOMORROW.

04:17PM 24         AND LET ME JUST -- I SEE NODS OF APPROVAL, AND I HAVE

04:17PM 25    APPRECIATE THAT.  I APPRECIATE THAT.

04:17PM 1        I THINK A BREAK NOW WOULD BENEFIT EVERYONE TO DIGEST WHAT

04:17PM 2   YOU'VE HEARD AND ALSO PREPARE FOR TOMORROW.

04:17PM 3        BUT, HOWEVER, DURING THE BREAK, REMEMBER, YOU ARE NOT, YOU

04:18PM 4   ARE NOT TO DELIBERATE THE CASE IN ANY WAY OR REACH ANY

04:18PM 5   CONCLUSION DURING THIS BREAK AT ALL.

04:18PM 6        YOUR DELIBERATIONS AND YOUR THOUGHTS ABOUT THE EVIDENCE IN

04:18PM 7   THIS CASE AND WHAT IT PROVES WILL NOT BEGIN AND SHOULD NOT

04:18PM 8   BEGIN, YOU SHOULD NOT EVEN BEGIN THINKING ABOUT THAT UNTIL,

04:18PM 9   UNTIL YOU HAVE HEARD THE REBUTTAL, AND UNTIL YOU HAVE HEARD MY

04:18PM 10  INSTRUCTIONS, AND UNTIL, ONLY UNTIL YOU HAVE THEN BEEN

04:18PM 11  CONSIGNED OR ASSIGNED RATHER TO THE JURY DELIBERATION ROOM

04:18PM 12  WHERE THERE YOU MAY THEN BEGIN YOUR DELIBERATIONS AND YOUR

04:18PM 13  THOUGHTS ABOUT THE EVIDENCE IN THIS CASE.  NOT BEFORE.

04:18PM 14       ALSO, LET ME REMIND YOU OF THE ADMONITION AGAIN.  PLEASE

04:18PM 15  DO NOT LEARN OR ATTEMPT TO LEARN ANYTHING ABOUT THIS CASE, TO

04:18PM 16  WATCH, LISTEN, OR DISCUSS THIS CASE IN ANY MANNER AT ALL.

04:18PM 17       WE WILL SEE YOU TOMORROW AT 9:00 O'CLOCK.

04:18PM 18       COUNSEL?

04:18PM 19            MR. BOSTIC:  YES, YOUR HONOR.

04:18PM 20            MR. COOPERSMITH:  YES, YOUR HONOR.

04:18PM 21            THE COURT:  9:00 O'CLOCK TOMORROW.  IF YOU WOULD

04:19PM 22  COLLECT YOURSELVES SUCH THAT WE CAN BEGIN AT 9:00 O'CLOCK.  MY

04:19PM 23  SENSE IS THAT ACCORDING TO THE GOVERNMENT, THEIR REBUTTAL

04:19PM 24  SHOULD ALLOW US TO HAVE ME INSTRUCT YOU AND I THINK

04:19PM 25  DELIBERATIONS CAN BEGIN EARLY AFTERNOON.  SO THAT'S MY SENSE.

04:19PM  1    SO HAVE A GOOD EVENING.  THANK YOU.

04:19PM  2         (JURY OUT AT 4:19 P.M.)

04:19PM  3              THE COURT:  PLEASE BE SEATED.  THANK YOU.

04:19PM  4         THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

04:19PM  5    DAY.  IT'S 4:20 IN THE AFTERNOON.

04:19PM  6         ANYTHING FURTHER BEFORE WE BREAK.

04:19PM  7              MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

04:20PM  8              MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.

04:20PM  9              THE COURT:  ALL RIGHT.  THANK YOU.  HAVE A GOOD

04:20PM 10    EVENING.

04:20PM 11              MR. COOPERSMITH:  YOU TOO, YOUR HONOR.

04:20PM 12         (COURT ADJOURNED AT 4:20 P.M.)

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                         CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076
17

18         _____

19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595
20

21         DATED:  JUNE 23, 2022

22

23

24

25