1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4
     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
5                                     )
                     PLAINTIFF,       )   SAN JOSE, CALIFORNIA
6                                     )
              VS.                     )   JUNE 28, 2022
7                                     )
     RAMESH "SUNNY" BALWANI,          )   VOLUME 42
8                                     )
                     DEFENDANT.       )   PAGES 7734 - 7740
9    _____ )

10

11                 TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
12                UNITED STATES DISTRICT JUDGE

13

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
                             BY:  JOHN C. BOSTIC
16                                JEFFREY B. SCHENK
                             150 ALMADEN BOULEVARD, SUITE 900
17                           SAN JOSE, CALIFORNIA 95113

18                           BY:  ROBERT S. LEACH
                                  KELLY VOLKAR
19                           1301 CLAY STREET, SUITE 340S
                             OAKLAND, CALIFORNIA 94612

20

21           (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22

23   OFFICIAL COURT REPORTER:       SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S:  (CONT'D)

 2      FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 BY:  MOLLY MCCAFFERTY
 3                                    SHAWN ESTRADA
                                 THE ORRICK BUILDING
 4                               405 HOWARD STREET
                                 SAN FRANCISCO, CALIFORNIA 94105
 5

 6                               BY:  JEFFREY COOPERSMITH
                                      AARON BRECHER
 7                                    AMANDA MCDOWELL
                                 701 FIFTH AVENUE, SUITE 5600
 8                               SEATTLE, WASHINGTON 98104

 9                               BY:  STEPHEN CAZARES
                                 77 SOUTH FIGUEROA STREET, SUITE 3200
10                               LOS ANGELES, CALIFORNIA 90017

11                               BY:  AMY WALSH
                                 51 W 52ND STREET
12                               NEW YORK, NEW YORK 10019

13

14      ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                                 BY:  MADDI WACHS, PARALEGAL
15                                    SARA SLATTERY, PARALEGAL

16                               ORRICK, HERRINGTON & SUTCLIFFE
                                 JENNIFER CYGNOR, PARALEGAL
17
                                 PROLUMINA
18                               BY:  COREY ALLEN
                                 2200 SIXTH AVENUE, SUITE 425
19                               SEATTLE, WASHINGTON 98121

20                               UNITED STATES POSTAL INSPECTION SERVICE
                                 BY:  CHRISTOPHER MCCOLLOW
21
                                 FEDERAL BUREAU OF INVESTIGATION
22                               BY:  MARIO C. SCUSSEL

23                               UNITED STATES FOOD & DRUG
                                 ADMINISTRATION
24                               BY:  GEORGE SCAVDIS

25
```

```
1     SAN JOSE, CALIFORNIA                    JUNE 28, 2022

2                     P R O C E E D I N G S

3         (THE FOLLOWING PROCEEDINGS CONVENED OUTSIDE THE PRESENCE

4     OF THE JURY AT 2:20 P.M.)

5             THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK YOU

6      AGAIN FOR YOUR COURTESY.

7         LET'S GO ON THE RECORD IN 18-258.  UNITED STATES V. RAMESH

8     SUNNY BALWANI.

9         WHY DON'T I GET APPEARANCE OF THE PARTIES, JUST FOR THE

10    RECORD, PLEASE.

11            MR. SCHENK:  GOOD AFTERNOON, YOUR HONOR.

12    JEFF SCHENK AND JOHN BOSTIC FOR THE UNITED STATES.

13            THE COURT:  THANK YOU.  GOOD AFTERNOON.

14            MR. COOPERSMITH:  GOOD AFTERNOON, YOUR HONOR.

15    JEFF COOPERSMITH FOR MR. BALWANI, WHO IS PRESENT.  I'M

16    JOINED BY MY COLLEAGUES AMY WALSH, STEVE CAZARES,

17    SACHI SCHURICHT AND AARON BRECHER.

18            THE COURT:  THANK YOU.  GOOD AFTERNOON.  AND THANK

19    YOU FOR COMING BACK ON SUCH SHORT NOTICE.

20        I SHOULD SAY, WE DID -- WE HAVE RECEIVED A QUESTION FROM

21    OUR JURY.  AND I HAVE THE QUESTION HERE, AND I WILL ASK OUR

22    COURTROOM DEPUTY TO DISTRIBUTE SOME COPIES TO THE PARTIES.

23        I WILL GIVE YOU A COUPLE OF MOMENTS TO READ IT AND THEN WE

24    WILL DISCUSS.

25            MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
```

1                    THE COURT:  ALL RIGHT.  THANK YOU.

2            WE HAVE PROVIDED COPIES TO COUNSEL.  LET ME READ THE NOTE

3       AT THIS TIME.  THIS IS DATED 6-28, THE TIME IS 1:35.  IT'S NOTE

4       NUMBER 2.

5            THE NOTE READS:  "I WOULD LIKE TO KNOW WHAT HAPPENS IF THE

6       JURY CANNOT AGREE IN A SPECIFIC COUNT, WHAT OTHER OPTION WE

7       HAVE BESIDES GUILTY AND NOT GUILTY?"

8            IT'S SIGNED BY A JUROR WITH TODAY'S DATE, AND I'VE READ

9        IT VERBATIM.

10           AND COUNSEL, I HAVE SOME THOUGHTS, BUT I'M HAPPY TO HEAR

11      FROM YOU FOR SOME PROPOSED ANSWERS.

12           LET ME -- AS YOU APPROACH THE LECTERN, MY ATTENTION IS

13      IMMEDIATELY DRAWN TO 6.19, WHICH IS INSTRUCTION NUMBER 29.  AND

14      THE FIRST LINES 1 THROUGH 9 MIGHT BE HELPFUL, ALTHOUGH THE

15      ENTIRETY OF THE INSTRUCTION MIGHT BE HELPFUL AS WELL, BUT I'M

16      HOPING TO HEAR YOUR THOUGHTS.

17              MR. SCHENK:  YOUR HONOR, THAT WAS THE GOVERNMENT'S

18       SUGGESTION WAS TO POINT THEM TO 6.19 AS THE APPROPRIATE USEFUL

19       GUIDANCE AT THIS STAGE.

20              MR. COOPERSMITH:  I AGREE WITH THAT, YOUR HONOR.

21           I THINK THAT IS THE CORRECT INSTRUCTION, AND THAT'S THE

22       GUIDANCE THAT'S AVAILABLE TO THEM.

23              THE COURT:  OKAY.

24           NOW, RATHER THAN BRING THEM OUT AND INFORM THEM, I'M HAPPY

25      TO SEND A NOTE BACK TO THEM WITH THAT RESPONSE.  AND WOULD THAT

```
1    BE -- DO YOU AGREE WITH THAT?

2              MR. SCHENK:  WE AGREE WITH THAT APPROACH.

3              MR. COOPERSMITH:  YES, YOUR HONOR.

4              THE COURT:  ALL RIGHT.  THANK YOU.

5         SO LET'S WORDSMITH THE RESPONSE.  SHOULD THE RESPONSE BE,

6    "THE COURT REFERS THE JURY TO INSTRUCTION NUMBER 29, DUTY TO

7    DELIBERATE," WITHOUT MORE, OR WHAT WOULD YOU LIKE ADDED, IF

8    ANYTHING, TO THAT?

9              MR. SCHENK:  I DON'T THINK ANYTHING MORE NEEDS TO BE

10   ADDED.  THAT WOULD BE FINE.

11             MR. COOPERSMITH:  THE ONLY THING THAT COMES TO MIND,

12   YOUR HONOR, IS TO SAY THAT ALL THE INSTRUCTIONS ARE IMPORTANT,

13   THOSE ARE THE INSTRUCTIONS, BUT FOR THE PARTICULAR QUESTION,

14   THE COURT WILL REFER TO THE 29.

15             THE COURT:  OKAY.  LET'S DO THAT THEN.

16        (OFF-THE-RECORD DISCUSSION.)

17             THE COURT:  WE ARE GOING TO SEE IF WE CAN GET A COPY

18   PRINTED RIGHT NOW IN REALTIME.  I WILL GIVE IT TO YOU FOR YOUR

19   APPROVAL AND YOUR RECORDS, AND THEN IF APPROVED, WE WILL SEND

20   IT BACK TO THE JURY.

21        (PAUSE IN PROCEEDINGS.)

22             THE COURT:  LET ME SHOW YOU WHAT WE HAVE PRINTED OUT

23   FOR YOUR APPROVAL, COUNSEL, AND OPEN TO ANY EDITS YOU WANT TO

24   SUGGEST.

25             MR. COOPERSMITH:  YES, YOUR HONOR.  THAT IS FINE.
```

1        I JUST WONDER IF THE COURT WANTED TO REMIND THE JURY THAT

2    ALL THE INSTRUCTIONS SHOULD BE READ AS A WHOLE AND ARE

3    IMPORTANT.

4              THE COURT:  YOU KNOW, I KNOW THAT'S SOMETHING THAT

5    IS -- IT ACTUALLY APPEARS IN ONE OF OUR MODEL INSTRUCTIONS,

6    IT'S THE MODEL INSTRUCTION -- THAT LANGUAGE APPEARS IN THE

7    MODEL INSTRUCTION FOR A DEADLOCKED JURY, AND I THINK IT'S A

8    LITTLE PREMATURE TO GIVE THAT NOW.

9              MR. COOPERSMITH:  YES, YOUR HONOR.

10             THE COURT:  BUT I THINK THIS -- WELL, MR. SCHENK?

11             MR. SCHENK:  YOUR HONOR, I THINK THIS IS APPROPRIATE,

12    IT CAPTURES THE APPROPRIATE INSTRUCTION, IN LIGHT OF THIS

13    JURY'S QUESTION.  AT THIS STAGE, WE ARE IN THE FIRST DAY OF

14    DELIBERATIONS.

15             THE COURT:  RIGHT.  SO I DON'T THINK I WILL GIVE THAT

16    OTHER INSTRUCTION.

17        AS I SAID, I BELIEVE IT'S IN, WHAT IS IT, 6.25, I THINK IT

18    IS, OR 24, THE DEADLOCK JURY INSTRUCTION, BUT I THINK IT'S

19    PREMATURE TO GIVE IT NOW.

20             MR. COOPERSMITH:  YES, YOUR HONOR.  I UNDERSTAND.

21             THE COURT:  OKAY.

22        ALL RIGHT.  I WILL TAKE THIS BACK UP.  I WILL SIGN IT AND

23    WE WILL HAVE THIS DELIVERED TO THE JURY.

24        AND MR. SCHENK?

25             MR. SCHENK:  I JUST WANT TO CONFIRM ONE THING.

1          THE NOTE SIGNED IS NUMBER 2.  THE NOTE NUMBER 1 WAS THE

2     SCHEDULE WE DISCUSSED FOR FRIDAY?

3          THE COURT:  LET ME JUST TELL YOU, FOR THE RECORD,

4     NOTE NUMBER 1 WAS A POST-IT, IT HAD THEIR SCHEDULE ON IT.

5          I ASKED THE COURTROOM DEPUTY TO PUT THE POST-IT ON A

6     RESPONSE FORM, JUST LIKE THE ONE I JUST PREPARED, SO IT WILL

7     APPEAR IN THE RECORD ATTACHED AS NOTE NUMBER 1, IF THAT'S ALL

8     RIGHT WITH COUNSEL.

9          MR. COOPERSMITH:  YES, YOUR HONOR.

10          MR. SCHENK:  THANK YOU FOR DOING THAT.

11          MR. COOPERSMITH:  YES.

12          THE COURT:  OKAY.

13        ALL RIGHT.  CAN WE MAKE A COPY OF THIS FOR COUNSEL WITH MY

14     SIGNATURE ON IT SO THEY HAVE IT BEFORE WE GIVE IT TO THE JURY?

15          THE CLERK:  YES, YOUR HONOR.

16          THE COURT:  OKAY.  WE WILL GET A COPY FOR YOU.

17        ANYTHING FURTHER?

18          MR. SCHENK:  NO, YOUR HONOR.

19          MR. COOPERSMITH:  NO, YOUR HONOR.

20          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

21        (COURT ADJOURNED AT 2:31 P.M.)

22

23

24

25

1

2

3

4                       **CERTIFICATE OF REPORTER**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13           THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185         DATED: 6/28/22