```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4
         UNITED STATES OF AMERICA,       )  CR-18-00258-EJD
 5                                       )
                       PLAINTIFF,        )  SAN JOSE, CALIFORNIA
 6                                       )
                 VS.                     )  JUNE 29, 2022
 7                                       )
         RAMESH "SUNNY" BALWANI,         )  VOLUME 43
 8                                       )
                       DEFENDANT.        )  PAGES 7741 - 7747
 9       _____ )

10

11                  TRANSCRIPT OF TRIAL PROCEEDINGS
                BEFORE THE HONORABLE EDWARD J. DAVILA
12                   UNITED STATES DISTRICT JUDGE

13
         A P P E A R A N C E S:
14
         FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                             BY:  JOHN C. BOSTIC
                                    JEFFREY B. SCHENK
16                             150 ALMADEN BOULEVARD, SUITE 900
                               SAN JOSE, CALIFORNIA 95113
17
                               BY:  ROBERT S. LEACH
18                                  KELLY VOLKAR
                               1301 CLAY STREET, SUITE 340S
19                             OAKLAND, CALIFORNIA 94612

20
                  (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22
         OFFICIAL COURT REPORTER:         SUMMER FISHER, CSR, CRR
23                                        CERTIFICATE NUMBER 13185

24

25
              PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
```

```
                            TRANSCRIPT PRODUCED WITH COMPUTER
   A P P E A R A N C E S:  (CONT'D)

   FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                            BY:  MOLLY MCCAFFERTY
                                 SHAWN ESTRADA
                            THE ORRICK BUILDING
                            405 HOWARD STREET
                            SAN FRANCISCO, CALIFORNIA 94105


                            BY:  JEFFREY COOPERSMITH
                                 AARON BRECHER
                                 AMANDA MCDOWELL
                            701 FIFTH AVENUE, SUITE 5600
                            SEATTLE, WASHINGTON 98104

                            BY:  STEPHEN CAZARES
                            77 SOUTH FIGUEROA STREET, SUITE 3200
                            LOS ANGELES, CALIFORNIA 90017

                            BY:  AMY WALSH
                            51 W 52ND STREET
                            NEW YORK, NEW YORK 10019


   ALSO PRESENT:            OFFICE OF THE U.S. ATTORNEY
                            BY:  MADDI WACHS, PARALEGAL
                                 SARA SLATTERY, PARALEGAL

                            ORRICK, HERRINGTON & SUTCLIFFE
                            JENNIFER CYGNOR, PARALEGAL

                            PROLUMINA
                            BY:  COREY ALLEN
                            2200 SIXTH AVENUE, SUITE 425
                            SEATTLE, WASHINGTON 98121

                            UNITED STATES POSTAL INSPECTION SERVICE
                            BY:  CHRISTOPHER MCCOLLOW

                            FEDERAL BUREAU OF INVESTIGATION
                            BY:  MARIO C. SCUSSEL

                            UNITED STATES FOOD & DRUG
                            ADMINISTRATION
                            BY:  GEORGE SCAVDIS
```

```
1      SAN JOSE, CALIFORNIA                         JUNE 29, 2022
2                        P R O C E E D I N G S
3         (THE FOLLOWING PROCEEDINGS CONVENED OUTSIDE THE PRESENCE
4      OF THE JURY AT 9:21 A.M.)
5              THE COURT:  THANK YOU.  PLEASE BE SEATED.
6         AND WE ARE ON THE RECORD IN THE BALWANI MATTER.  COUNSEL
7      ARE PRESENT.  MR. BALWANI IS PRESENT.  THE JURY IS
8      DELIBERATING.
9         WE DID RECEIVE A NOTE FROM THE JURY, AND I WILL ASK OUR
10     COURTROOM DEPUTY TO HAND THAT NOTE TO COUNSEL.  WE HAVE MADE
11     COPIES FOR YOU, AND I WILL READ THE NOTE.
12        IT IS DATED TODAY'S DATE, 8:15 A.M., NOTE NUMBER 3.  THE
13     JURY HAS THE FOLLOWING QUESTION:  "TRIAL EXHIBIT 5441 SAYS IT
14     SHOULD BE AVAILABLE IN NATIVE FORMAT AS THERANOS_V12.XLSX*, BUT
15     WE DO NOT SEE IT.  IS THIS AVAILABLE?"
16        WE ARE GOING TO PULL UP WHAT WE HAVE, I THINK, AND SEE IF
17      WE CAN DISPLAY THAT, OR IF COUNSEL HAVE AVAILABILITY TO DO
18      THAT, MAYBE THAT WOULD ASSIST US ALL.
19        AND I BELIEVE 5441 IS ON DISPLAY.  AND IF WE SCROLL DOWN,
20     THERE'S THE -- THE FIRST PAGE THERE IS THE DOCUMENT AVAILABLE
21     PAGE, AND THEN THERE ARE SEVERAL OTHER, IT LOOKS LIKE
22     SPREADSHEETS.  I ASSUME THIS IS WHAT THEY ARE TALKING ABOUT.
23     I'M HAPPY TO HEAR FROM COUNSEL.
24             MR. SCHENK:  YES, YOUR HONOR.  THAT IS CORRECT.
25        WHAT THE COURT IS LOOKING AT ON ITS SCREEN IS AN EXHIBIT
```

|   |   |
|---|---|
| 1 | THAT WAS ADMITTED BY THE GOVERNMENT ON MAY 18TH THROUGH |
| 2 | BRIAN GROSSMAN.  THE EXHIBIT CONSISTS OF, THE FIRST PAGE IS AN |
| 3 | E-MAIL, AND THEN THE NEXT GROUP OF PAGES, I CAN GET THE EXACT |
| 4 | NUMBER FOR THE COURT, ABOUT 50 OR SO PAGES, ARE THE ATTACHMENT |
| 5 | THAT THE NOTE REFERS TO. |
| 6 | THE GOVERNMENT ADMITTED THE EXHIBIT, INCLUDING THE |
| 7 | ATTACHMENT, THROUGH BRIAN GROSSMAN.  I BELIEVE THE PDF VERSION |
| 8 | IS WHAT WAS ADMITTED.  SO I'M NOT SURPRISED TO HEAR THE JURY |
| 9 | CHECKING THE THUMB DRIVE AND NOT FINDING THIS EXHIBIT.  AND I |
| 10 | THINK EVEN IN THE NOTE, IT REFERENCES PAGE 2 OF THIS DOCUMENT, |
| 11 | IF -- MS. WACH, IF YOU COULD GO TO PAGE 2. |
| 12 | SO THE COURT WILL SEE THE DOCUMENT ITSELF SAYS "DOCUMENT |
| 13 | AVAILABLE IN NATIVE FORMAT."  AND I THINK THAT'S A PHRASE THAT |
| 14 | WE SEE IN THE JURY'S NOTE. |
| 15 | SO THE JURY, APPARENTLY, APPEARS TO BE LOOKING AT THIS |
| 16 | DOCUMENT, SEEING THAT REFERENCE, WHICH IS SOMETHING, AS I |
| 17 | UNDERSTAND IT, THAT GETS PRODUCED IN THE PRODUCTION OF |
| 18 | DISCOVERY PHASE, NOT A STATEMENT TO THE FORMAT OF THE EVIDENCE |
| 19 | IN THIS TRIAL. |
| 20 | SO THE JURY HAS THIS DOCUMENT, THEY HAVE BOTH THE E-MAIL |
| 21 | AND THE ATTACHMENT.  AND AT TRANSCRIPT, PAGE 6122, MR. LEACH |
| 22 | OFFERS THE EXHIBIT, WITH NO OBJECTION, AND THEN HAS A |
| 23 | DISCUSSION WITH MR. GROSSMAN ABOUT A PARTICULAR PAGE IN THE |
| 24 | PDF. |
| 25 | THE COURT:  ALL RIGHT.  THANK YOU. |

1    MR. COOPERSMITH:  I HAVE A LITTLE MORE INFORMATION
2    FOR THE COURT.
3        I DON'T DISAGREE WITH WHAT MR. SCHENK SAID, BUT THERE IS
4    ANOTHER EXHIBIT, IT'S NUMBER 4098, AND I BELIEVE THAT IS THE
5    NATIVE VERSION THAT WAS ADMITTED INTO EVIDENCE.
6        THE COURT:  LET'S LOOK AT THAT.  IF WE CAN PULL THAT
7    UP.
8        MR. COOPERSMITH:  YES, YOUR HONOR.
9        YOUR HONOR, I'M JUST CHECKING TO VERIFY THIS.
10       THE COURT:  I DON'T SEE AN ADMITTED 4098.
11       MR. COOPERSMITH:  WE ARE TRYING TO CONFIRM,
12   YOUR HONOR.  THANK YOU.
13       YOUR HONOR, COULD WE HAVE A FEW MINUTES?  WE NEED TO
14   VERIFY A FEW THINGS, INCLUDING THE TRANSCRIPT.
15       THE COURT:  SURE, GO RIGHT AHEAD.  SURE.
16       MR. COOPERSMITH:  WE JUST WANT TO GET IT RIGHT,
17   YOUR HONOR.  THANK YOU.
18       (PAUSE IN PROCEEDINGS.)
19       MR. COOPERSMITH:  YOUR HONOR, THANK YOU FOR THE
20   COURT'S INDULGENCE.
21       I HAD THE WRONG NUMBER.  IT'S ACTUALLY 4093.  AND WE
22   VERIFIED WITH THE TRANSCRIPT AND THE EXHIBITS WITH THE
23   GOVERNMENT AS WELL, THAT THAT IS THE NATIVE VERSION.
24       THE COURT:  OKAY.  THANK YOU.
25       SHOULD WE -- SHOULD THE RESPONSE, THE ANSWER TO THE JURY'S

1          QUESTION, THEN BE, SEE EXHIBIT 4093?

2                  MR. COOPERSMITH:  THAT SEEMS PREFERABLE TO HAVING

3     THEM HUNT, YOUR HONOR.

4          I'M ALSO TOLD, YOUR HONOR, THEY DO HAVE THAT ON THE FLASH

5     DRIVE THAT WAS PROVIDED TO THEM.  OUR PARALEGAL CONFIRMED THAT.

6     SO THAT SEEMS LIKE AN APPROPRIATE ANSWER, YES.

7                  THE COURT:  MR. SCHENK?

8                  MR. SCHENK:  I AGREE.

9          THE JURY'S QUESTION IS, "IS THIS AVAILABLE?"  AND THIS

10    REFERS TO THE NATIVE FORMAT OF THIS TRIAL EXHIBIT, AND I THINK

11    IT'S APPROPRIATE TO SAY, IT'S AVAILABLE AT 4093.

12                 THE COURT:  RATHER THAN SAYING "YES."

13                 MR. SCHENK:  RIGHT.

14                 THE COURT:  ALL RIGHT.  WELL, LET'S DO THAT THEN.

15         IF WE COULD WORDSMITH SOMETHING.  SHOULD WE SAY, "PLEASE

16    SEE EXHIBIT 4093," WHAT WOULD YOU LIKE TO --

17                 MR. SCHENK:  THAT WOULD BE FINE, YOUR HONOR.

18                 MR. COOPERSMITH:  YEAH, THAT'S GREAT.

19                 THE COURT:  OKAY.  WE WILL TYPE THAT UP.

20            (PAUSE IN PROCEEDINGS.)

21                 THE COURT:  ALL RIGHT.  LET ME SHOW YOU WHAT WE HAVE

22    PRINTED AND WHAT YOU WILL SIGN, WITH YOUR APPROVAL.

23                 MR. COOPERSMITH:  YES, YOUR HONOR.

24                 MR. SCHENK:  YES.

25                 THE COURT:  OKAY.  COULD I GET THAT BACK?

```
 1              THE CLERK:  I WILL GIVE YOU GUYS A SIGNED ONE.
 2              THE COURT:  I WILL SIGN THIS AND THEN WE WILL MAKE
 3     COPIES FOR EACH SIDE.
 4              MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
 5          (PAUSE IN PROCEEDINGS.)
 6              THE COURT:  ALL RIGHT.
 7          SO THE ANSWER WILL BE, "YES, PLEASE SEE EXHIBIT 4093."
 8          GREAT.  THANK YOU.  WE WILL MAKE COPIES OF THAT.  I WILL
 9     GIVE THAT TO THE JURY, AND WE WILL SEE YOU SOON.
10              MR. COOPERSMITH:  YES.  THANK YOU.
11              THE COURT:  ALL RIGHT.  THANK YOU.
12          (THE PROCEEDINGS WERE CONCLUDED AT 9:35 A.M.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185            DATED: 6/29/22