UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-18-00258-EJD |
| PLAINTIFF, ) | |
| ) | SAN JOSE, CALIFORNIA |
| VS. ) | |
| ) | JULY 5, 2022 |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | VOLUME 44 |
| DEFENDANT. ) | |
| ) | PAGES 7748 - 7751 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                      BY:   JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113

                      BY:   ROBERT S. LEACH
                      1301 CLAY STREET, SUITE 340S
                      OAKLAND, CALIFORNIA 94612

           (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074


       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S:  (CONT'D)

 2      FOR DEFENDANT BALWANI:    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                  BY:  SHAWN ESTRADA
 3                                THE ORRICK BUILDING
                                  405 HOWARD STREET
 4                                SAN FRANCISCO, CALIFORNIA 94105

 5                                BY:  JEFFREY COOPERSMITH
                                       AARON BRECHER
 6                                701 FIFTH AVENUE, SUITE 5600
                                  SEATTLE, WASHINGTON 98104
 7
                                  BY:  STEPHEN CAZARES
 8                                77 SOUTH FIGUEROA STREET, SUITE 3200
                                  LOS ANGELES, CALIFORNIA 90017
 9
                                  BY:  AMY WALSH
10                                51 W 52ND STREET
                                  NEW YORK, NEW YORK 10019
11

12      ALSO PRESENT:             OFFICE OF THE U.S. ATTORNEY
                                  BY:  MADDI WACHS, PARALEGAL
13                                     SARA SLATTERY, PARALEGAL

14                                UNITED STATES POSTAL INSPECTION SERVICE
                                  BY:  CHRISTOPHER MCCOLLOW
15
                                  FEDERAL BUREAU OF INVESTIGATION
16                                BY:  MARIO C. SCUSSEL

17                                UNITED STATES FOOD & DRUG
                                  ADMINISTRATION
18                                BY:  GEORGE SCAVDIS

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                              JULY 5, 2022
 2                         P R O C E E D I N G S
 3         (COURT CONVENED AT 3:30 P.M.)
 4         (JURY OUT AT 3:30 P.M.)
 5              THE COURT:  WE ARE ON THE RECORD IN THE BALWANI
 6    MATTER.
 7         WE ARE OUTSIDE OF THE PRESENCE OF THE DELIBERATING JURY.
 8         LET ME JUST HAVE COUNSEL STATE THEIR APPEARANCES, PLEASE.
 9              MR. SCHENK:  GOOD AFTERNOON, YOUR HONOR.
10         JEFF SCHENK, JOHN BOSTIC, AND ROBERT LEACH ON BEHALF OF
11    THE UNITED STATES.
12              THE COURT:  THANK YOU.  GOOD AFTERNOON.
13              MR. COOPERSMITH:  GOOD AFTERNOON, YOUR HONOR.
14         JEFF COOPERSMITH ON BEHALF OF MR. BALWANI.  HE'S PRESENT.
15         I'M JOINED BY MY COLLEAGUES, AMY WALSH, STEPHEN CAZARES,
16    AND AARON BRECHER.
17              THE COURT:  THANK YOU. I'VE ALERTED YOU HERE TO LET
18    YOU KNOW THAT WE HAVE RECEIVED A NOTE FROM THE JURY.  IT'S NOTE
19    NUMBER 4.
20         DO YOU HAVE THOSE?  YOU CAN DISTRIBUTE THOSE NOW.  THE
21    NOTE IS -- IT READS:  "UPDATED SCHEDULE.  SEE ATTACHED."
22         YOU WILL SEE THAT THE ORIGINAL TO OUR COURTROOM DEPUTY WAS
23    A POST-IT NOTE, AND THIS SCHEDULE WAS ATTACHED TO THE POST-IT
24    NOTE.
25         YOU SEE IT APPEAR ON THE SECOND PAGE, AND I JUST WANTED TO
```

```
03:31PM   1        PROVIDE THAT TO YOU FOR YOUR INFORMATION.
03:31PM   2                 MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
03:31PM   3                 THE COURT:  ANYTHING FURTHER?
03:31PM   4                 MR. SCHENK:  NO.
03:31PM   5                 THE COURT:  OKAY.  GREAT.  THANK YOU VERY MUCH.
03:31PM   6                 MR. COOPERSMITH:  THANK YOU.
03:31PM   7                 MR. SCHENK:  THANK YOU.
03:32PM   8                 THE CLERK:  COURT IS ADJOURNED.
03:32PM   9            (COURT ADJOURNED AT 3:32 P.M.)
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: JULY 5, 2022