UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-18-00258-EJD |
| PLAINTIFF, ) | |
| ) | SAN JOSE, CALIFORNIA |
| VS. ) | |
| ) | JULY 6, 2022 |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | VOLUME 45 |
| DEFENDANT. ) | |
| ) | PAGES 7752 - 7766 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:   UNITED STATES ATTORNEY'S OFFICE
                     BY:  JOHN C. BOSTIC
                          JEFFREY B. SCHENK
                     150 ALMADEN BOULEVARD, SUITE 900
                     SAN JOSE, CALIFORNIA 95113

                     BY:  ROBERT S. LEACH
                     1301 CLAY STREET, SUITE 340S
                     OAKLAND, CALIFORNIA 94612

            (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
                     IRENE L. RODRIGUEZ, CSR, RMR, CRR
                     CERTIFICATE NUMBER 8074


     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
          TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2      FOR DEFENDANT BALWANI:   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 BY:  SHAWN ESTRADA
 3                               THE ORRICK BUILDING
                                 405 HOWARD STREET
 4                               SAN FRANCISCO, CALIFORNIA 94105

 5                               BY:  JEFFREY COOPERSMITH
                                      AARON BRECHER
 6                               701 FIFTH AVENUE, SUITE 5600
                                 SEATTLE, WASHINGTON 98104
 7
                                 BY:  STEPHEN CAZARES
 8                               77 SOUTH FIGUEROA STREET, SUITE 3200
                                 LOS ANGELES, CALIFORNIA 90017
 9
                                 BY:  AMY WALSH
10                               51 W 52ND STREET
                                 NEW YORK, NEW YORK 10019
11

12      ALSO PRESENT:            OFFICE OF THE U.S. ATTORNEY
                                 BY:  MADDI WACHS, PARALEGAL
13                                    SARA SLATTERY, PARALEGAL

14                               UNITED STATES POSTAL INSPECTION SERVICE
                                 BY:  CHRISTOPHER MCCOLLOW
15
                                 FEDERAL BUREAU OF INVESTIGATION
16                               BY:  MARIO C. SCUSSEL

17                               UNITED STATES FOOD & DRUG
                                 ADMINISTRATION
18                               BY:  GEORGE SCAVDIS

19

20

21

22

23

24

25
```

|         |    |                                                                              |
|---------|----|------------------------------------------------------------------------------|
|         | 1  | SAN JOSE, CALIFORNIA                              JULY 6, 2022               |
|         | 2  | P R O C E E D I N G S                                                        |
| 01:17PM | 3  | (COURT CONVENED AT 1:17 P.M.)                                                |
| 01:17PM | 4  | (JURY OUT AT 1:17 P.M.)                                                      |
| 01:17PM | 5  | THE COURT: LET'S GO BACK ON THE RECORD IN THE                                |
| 01:17PM | 6  | RAMESH "SUNNY" BALWANI MATTER.  WHY DON'T I JUST GET APPEARANCE              |
| 01:17PM | 7  | OF COUNSEL FOR THE RECORD, PLEASE.                                           |
| 01:18PM | 8  | MR. SCHENK: GOOD AFTERNOON, YOUR HONOR.                                      |
| 01:18PM | 9  | JEFF SCHENK, JOHN BOSTIC, AND ROBERT LEACH ON BEHALF OF                      |
| 01:18PM | 10 | THE UNITED STATES.                                                           |
| 01:18PM | 11 | THE COURT: THANK YOU.  GOOD AFTERNOON.                                       |
| 01:18PM | 12 | MR. COOPERSMITH: GOOD AFTERNOON, YOUR HONOR.                                 |
| 01:18PM | 13 | JEFF COOPERSMITH FOR MR. BALWANI WHO IS PRESENT.                             |
| 01:18PM | 14 | I'M JOINED BY MY COLLEAGUES, AMY WALSH, STEPHEN CAZARES,                     |
| 01:18PM | 15 | AARON BRECHER, AND SHAWN ESTRADA.                                            |
| 01:18PM | 16 | THE COURT: GOOD AFTERNOON EVERYONE.                                          |
| 01:18PM | 17 | WE'VE SUMMONED YOU BACK BECAUSE WE HAVE NOTE NUMBER 5 FROM                   |
| 01:18PM | 18 | THE JURY.  AND I'LL ASK OUR COURTROOM DEPUTY TO PROVIDE COPIES               |
| 01:18PM | 19 | OF THE NOTE TO COUNSEL.                                                      |
| 01:18PM | 20 | THE CLERK: (HANDING.)                                                        |
| 01:18PM | 21 | THE COURT: AND I'LL READ THE NOTE.  IT INDICATES,                            |
| 01:18PM | 22 | "NEED CLARIFICATION ON COUNT TEN RE: PATIENT E.T.'S LAB BLOOD                |
| 01:18PM | 23 | TESTS RESULTS ON OR ABOUT MAY 11TH, 2015.                                    |
| 01:18PM | 24 | "IS THE FAXED TEST RESULT THE ONLY QUALIFICATION FOR                         |
| 01:19PM | 25 | INTERSTATE WIRE FRAUD OR DOES THE CUSTOMER SERVICE CALL THAT                 |

01:19PM 1    MAY HAVE BEEN MADE BETWEEN CALIFORNIA AND ARIZONA QUALIFY THIS
01:19PM 2    INTERACTION AS," IT READS, "INTRASTATE WIRE FRAUD?"
01:19PM 3        AND IT'S SIGNED BY A JUROR.
01:19PM 4        COUNSEL, I'LL LET YOU LOOK AT THIS AND DISCUSS WITH YOUR
01:19PM 5    TEAMS APPROPRIATE RESPONSES.
01:19PM 6        DO YOU WANT SOME TIME TO DO THIS?  SHOULD I STEP DOWN?
01:19PM 7    I'M HAPPY TO STAY ON THE BENCH IF YOU WANT TO WORD SMITH
01:19PM 8    SOMETHING.
01:19PM 9              MR. SCHENK:  I THINK ABOUT FIVE MINUTES.
01:19PM 10             THE COURT:  DOES THAT WORK FOR YOU, MR. COOPERSMITH?
01:19PM 11             MR. COOPERSMITH:  YES, YOUR HONOR.
01:19PM 12             THE COURT:  SURE.  LET'S GIVE YOU SOME TIME TO LOOK
01:19PM 13   AT THIS, AND I'LL COME BACK IN ABOUT SEVEN TO TEN MINUTES.
01:19PM 14       OKAY.  THANK YOU.
01:20PM 15       (RECESS FROM 1:20 P.M. UNTIL 1:32 P.M.)
01:32PM 16             THE COURT:  ALL RIGHT.  THANK YOU.
01:32PM 17       WE'RE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT
01:32PM 18   ARE PRESENT ONCE AGAIN.
01:32PM 19       COUNSEL, DO YOU WANT TO APPROACH AND SHARE ANY THOUGHTS
01:32PM 20   THAT YOU HAVE ABOUT RESPONSE TO THE QUESTION?
01:32PM 21             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.
01:32PM 22             THE COURT:  MR. COOPERSMITH.
01:32PM 23             MR. COOPERSMITH:  DURING THE BRIEF RECESS WE TYPED
01:32PM 24   UP A PROPOSED RESPONSE.  WE'VE SHARED IT WITH THE GOVERNMENT,
01:32PM 25   AND I CAN HAND IT UP.

|         |    |                                                                              |
|---------|----|------------------------------------------------------------------------------|
| 01:32PM | 1  | THE COURT: OKAY. SURE. IS THERE ONE RESPONSE OR                              |
| 01:32PM | 2  | ARE THERE COMPETING RESPONSES?                                               |
| 01:32PM | 3  | MR. SCHENK: YOUR HONOR, THE GOVERNMENT HAS A                                 |
| 01:32PM | 4  | DIFFERENT VIEW.                                                              |
| 01:32PM | 5  | THE COURT: SURE. WHY DON'T I LOOK AT BOTH OF THEM,                           |
| 01:32PM | 6  | AND THEN I CAN HEAR FROM YOU.                                                |
| 01:33PM | 7  | MR. SCHENK: WE DON'T HAVE ANYTHING PRINTED.                                  |
| 01:33PM | 8  | THE COURT: OH, I'M SORRY.                                                    |
| 01:33PM | 9  | MR. COOPERSMITH.                                                             |
| 01:33PM | 10 | MR. COOPERSMITH: WE THOUGHT WHAT WE HANDED UP IS                             |
| 01:33PM | 11 | CONSISTENT WITH INSTRUCTION NUMBER 20, AND WE THINK IT GIVES                 |
| 01:33PM | 12 | THEM THE GUIDANCE THAT THEY NEED ON THAT PARTICULAR COUNT.                   |
| 01:33PM | 13 | (PAUSE IN PROCEEDINGS.)                                                      |
| 01:33PM | 14 | THE COURT: MR. SCHENK.                                                       |
| 01:33PM | 15 | MR. SCHENK: YOUR HONOR, THE GOVERNMENT HAS A                                 |
| 01:33PM | 16 | CONCERN ABOUT HIGHLIGHTING SPECIFIC EVIDENCE IN RESPONSE TO                  |
| 01:33PM | 17 | THIS TYPE OF A QUESTION FROM THE JURY, AND BECAUSE OF THAT WE                |
| 01:33PM | 18 | WOULD SUGGEST THAT THE COURT POINT THE JURY TO PARAGRAPH 26 OF               |
| 01:33PM | 19 | THE INDICTMENT.                                                              |
| 01:33PM | 20 | PARAGRAPH 26 IN THE INDICTMENT IS THE PARAGRAPH THAT                         |
| 01:33PM | 21 | CAPTURES THE LANGUAGE REGARDING WIRE FRAUD AND THE SPECIFIC                  |
| 01:34PM | 22 | COUNTS THAT ARE ALLEGED IN THE INDICTMENT.                                   |
| 01:34PM | 23 | THE GOVERNMENT WOULD BE FINE IF THE COURT EITHER BROUGHT                     |
| 01:34PM | 24 | THE JURY OUT AND READ PARAGRAPH 26 TO THEM OR CUT AND PASTE                  |
| 01:34PM | 25 | PARAGRAPH 26 INTO THE FORM OF ITS RESPONSE.                                  |

01:34PM 1   BUT THE PROPOSAL FROM THE DEFENSE REALLY FOCUSES ON
01:34PM 2   SPECIFIC EVIDENCE IN THE TRIAL IN A WAY THAT CONCERNS THE
01:34PM 3   GOVERNMENT, AND I THINK WE TEND TO AVOID HIGHLIGHTING SPECIFIC
01:34PM 4   EVIDENCE IN THAT WAY DURING JURY DELIBERATIONS.  AND INSTEAD
01:34PM 5   IF, FOR INSTANCE, THE JURY HAD THE INDICTMENT, WE WOULD JUST
01:34PM 6   POINT TO THE INDICTMENT IN AN INSTANCE LIKE THIS.  THEY DON'T
01:34PM 7   HAVE A COPY OF THE INDICTMENT, BUT THEY SEEM TO BE ASKING THE
01:34PM 8   QUESTION REGARDING THE CHARGING AND THE WAY TO RESPOND TO A
01:34PM 9   QUESTION REGARDING THE CHARGING IS TO POINT THEM TO THE CHARGES
01:34PM 10  IN THE CASE.
01:34PM 11          THE COURT:  MR. COOPERSMITH.
01:34PM 12          MR. COOPERSMITH:  YOUR HONOR, I DON'T AGREE WITH
01:35PM 13  THAT APPROACH.
01:35PM 14      FIRST OF ALL, THE INSTRUCTION NUMBER 20 LAYS OUT WHAT'S
01:35PM 15  CHARGED, AND THE VERY SPECIFIC ANSWER TO THE QUESTION IS FOUND
01:35PM 16  AT LINES 23 AND 24 OF INSTRUCTION NUMBER 20.  IT'S PAGE 22 OF
01:35PM 17  THE INSTRUCTIONS.
01:35PM 18      SO I THINK THAT'S THE APPROPRIATE THING.  I THINK GIVING
01:35PM 19  THEM A SPECIFIC ANSWER, WHICH IS WHAT WE INTENDED IN THE DRAFT
01:35PM 20  HERE, IS THE RIGHT APPROACH.
01:35PM 21      AS A FALLBACK, I SUPPOSE YOU COULD JUST POINT THEM TO
01:35PM 22  INSTRUCTION NUMBER 20.  BUT IT SEEMS LIKE IT'S BETTER TO GIVE
01:35PM 23  THEM THE GUIDANCE.
01:35PM 24      AS FOR MR. SCHENK'S SUGGESTION, WE DON'T SUPPORT GIVING
01:35PM 25  THE JURY THE INDICTMENT OR BRINGING THEM IN OR READING THEM THE

```
01:35PM   1    INDICTMENT, AND WE THINK, AGAIN, OUR PROPOSAL ADDRESSES THE
01:35PM   2    VERY SPECIFIC QUESTION THAT THEY'VE ASKED.
01:35PM   3              THE COURT:  ALL RIGHT.  THANK YOU.
01:35PM   4         ANYTHING FURTHER?
01:35PM   5              MR. SCHENK:  I DON'T HAVE ANY MORE TO ADD TO THE
01:35PM   6    SUGGESTION ON PARAGRAPH 26.
01:35PM   7         I CERTAINLY THINK IF THE COURT IS NOT INCLINED TO READ OR
01:35PM   8    PROVIDE PARAGRAPH 26 OF THE INDICTMENT, IT IS BETTER TO POINT
01:36PM   9    THEM TO JURY INSTRUCTION NUMBER 20 THAN WHAT THE DEFENSE HAS
01:36PM  10    PROPOSED.
01:36PM  11         THE WRITTEN RESPONSE OF THE DEFENSE IS NOT THE APPROACH
01:36PM  12    THAT THE COURT SHOULD ADOPT, BUT INSTEAD, IT SHOULD PROVIDE THE
01:36PM  13    INDICTMENT OR IT SHOULD POINT THEM TO SPECIFIC JURY
01:36PM  14    INSTRUCTIONS THAT IT HAS ALREADY READ TO THE JURY.
01:36PM  15              THE COURT:  ALL RIGHT.  THANK YOU.
01:36PM  16              MR. COOPERSMITH:  THE ONLY CONCERN, JUST TO QUICKLY
01:36PM  17    ADD, THE ONLY CONCERN I HAVE ABOUT THAT, AND I DID PRESENT THAT
01:36PM  18    AS A FALLBACK, BUT THE REASON IT'S A FALLBACK AND NOT OUR
01:36PM  19    PREFERRED APPROACH, IS THAT PRESUMABLY THE JURY HAS ALREADY
01:36PM  20    LOOKED AT INSTRUCTION 20, AND IT'S JUST TELLING THEM LOOK AT
01:36PM  21    THE THING THAT YOU ALREADY HAVE.  AND THE PROPOSAL WE MADE GOES
01:36PM  22    A LITTLE BIT FURTHER AND DOESN'T DO ANYTHING OTHER THAN SAY,
01:36PM  23    YOU KNOW, THAT IS THE CHARGE.  IT'S TOTALLY CONSISTENT WITH THE
01:36PM  24    INDICTMENT IF YOU LOOK AT COUNT TEN, THAT IS WHAT IS ALLEGED.
01:36PM  25    IT'S THE TRANSMISSION OF THOSE VERY SPECIFIC PATIENT RESULTS
```

```
01:36PM   1    AND NOT A PHONE CALL OR ANY OTHER WIRE THAT MAY HAVE BEEN MADE.
01:37PM   2            THE COURT:  WELL, I'LL READ THIS IN THE RECORD.
01:37PM   3    YOUR SUBMISSION READS -- AND WE'LL FILE THIS.  I'LL PUT THIS IN
01:37PM   4    THE RECORD, ALSO YOUR WRITTEN SUBMISSION.
01:37PM   5            MR. COOPERSMITH:  SURE, YOUR HONOR.
01:37PM   6            THE COURT:  THE DEFENSE'S SUBMISSION READS:  "PER
01:37PM   7    INSTRUCTION 20, THE ONLY INTERSTATE WIRE ALLEGED IN COUNT TEN
01:37PM   8    OF THE INDICTMENT IS THE WIRE TRANSMISSION OF PATIENT E.T.'S
01:37PM   9    LABORATORY BLOOD TEST RESULTS ON OR ABOUT MAY 11TH, 2015."
01:37PM  10        DID I READ THAT CORRECTLY?
01:37PM  11            MR. COOPERSMITH:  YES, YOUR HONOR.
01:37PM  12            THE COURT:  THAT -- THIS IN ESSENCE SAYS WHAT THE
01:37PM  13    INSTRUCTION SAYS.  IT'S THE SAME, IT SEEMS TO ME, IS WHAT THE
01:37PM  14    INSTRUCTION DOES SAY.
01:37PM  15            MR. COOPERSMITH:  WITH ONE EXCEPTION, YOUR HONOR,
01:37PM  16    WHERE IT USES THE WORD "ONLY."
01:37PM  17            THE COURT:  CORRECT.
01:37PM  18            MR. COOPERSMITH:  RIGHT.
01:37PM  19            THE COURT:  BUT COUNT TEN ONLY HAS E.T.'S BLOOD
01:37PM  20    RESULTS.
01:37PM  21        I DON'T THINK THE QUESTION WAS ASKING HOW MANY DIFFERENT
01:37PM  22    ALLEGED VICTIMS, I'LL JUST CALL THEM, BUT PATIENT VICTIMS ARE
01:38PM  23    IN THIS COUNT.
01:38PM  24        IT'S ASKING MORE ABOUT -- IT SEEMS LIKE IT'S ASKING MORE
01:38PM  25    ABOUT IS IT -- I APPRECIATE YOUR THOUGHTS ON THIS.  IS IT
```

| | | |
|---|---|---|
| 01:38PM | 1 | ASKING ABOUT PHONE CALLS VERSUS FAX OR IS IT ASKING SOMETHING |
| 01:38PM | 2 | ABOUT COMMUNICATIONS IN SOME WAY? |
| 01:38PM | 3 | MR. COOPERSMITH: YES, YOUR HONOR. |
| 01:38PM | 4 | THE WAY I READ IT, AND I DON'T KNOW IF THERE'S ANOTHER WAY |
| 01:38PM | 5 | TO READ IT, IS SIMPLY THAT THEY WANT TO MAKE SURE THAT ON THAT |
| 01:38PM | 6 | PARTICULAR ELEMENT OF WIRE FRAUD, THE INTERSTATE WIRE |
| 01:38PM | 7 | TRANSMISSION, ARE THEY BOUND TO ONLY CONSIDER THE INTERSTATE |
| 01:38PM | 8 | WIRE IN THE FORM OF TRANSMISSION OF PATIENT RESULTS OR CAN THEY |
| 01:38PM | 9 | CONSIDER SOME OTHER POSSIBLE WIRE SUCH AS A PHONE CALL TO |
| 01:38PM | 10 | CUSTOMER SERVICE OR SOMETHING LIKE THAT, IF ONE WAS MADE. |
| 01:38PM | 11 | THE COURT: AND LET ME ASK YOU THIS. THE EVIDENCE |
| 01:38PM | 12 | AS TO THIS COUNT, IT MAY BE, AS I RECALL THE EVIDENCE, E.T. MAY |
| 01:38PM | 13 | HAVE HAD SOME TELEPHONE CONVERSATIONS WITH THERANOS HERE IN |
| 01:39PM | 14 | PALO ALTO FROM -- I DON'T KNOW IF THE RECORD REFLECTS -- HER |
| 01:39PM | 15 | LOCATION FROM WHERE SHE MADE THE PHONE CALLS. I'M NOT ASKING |
| 01:39PM | 16 | YOU TO COMMENT, BUT I RECALL SOME EVIDENCE OF THAT. |
| 01:39PM | 17 | AND IS IT POSSIBLE THAT THE JURY IS ASKING IF THAT PHONE |
| 01:39PM | 18 | CALL WITH CUSTOMER SERVICE CONSTITUTES THE SUFFICIENCY OF THE |
| 01:39PM | 19 | EVIDENCE FOR THAT COUNT? |
| 01:39PM | 20 | MR. COOPERSMITH: YES, YOUR HONOR, I THINK THAT'S |
| 01:39PM | 21 | EXACTLY WHAT THEY'RE ASKING. |
| 01:39PM | 22 | I THINK THEIR MEMORY OF THE TESTIMONY IS THAT THERE WAS |
| 01:39PM | 23 | TESTIMONY ABOUT A CUSTOMER SERVICE CALL. I HAVEN'T CHECKED THE |
| 01:39PM | 24 | TRANSCRIPT, BUT WHAT IS REALLY IMPORTANT IS HOW THE JURY |
| 01:39PM | 25 | REMEMBERS IT, AND APPARENTLY THAT'S WHAT THEY REMEMBER, AND |

```
01:39PM   1    THEY'RE ASKING IF SUCH A CALL COULD MEET THAT PARTICULAR
01:39PM   2    ELEMENT OF WIRE FRAUD.
01:39PM   3         AND THE ANSWER IS NO I THINK, RIGHT?
01:39PM   4              THE COURT:  I DON'T KNOW.
01:39PM   5    MR. SCHENK.
01:39PM   6              MR. SCHENK:  YOUR HONOR, I THINK THIS LACK OF
01:39PM   7    CLARITY IN THE QUESTION AND PARTICULARLY THE USE OF THE WORD
01:39PM   8    "QUALIFICATION" IN THE QUESTION THAT WE RECEIVED FROM THE JURY
01:39PM   9    LEAVES ME A LITTLE BIT CONFUSED AS TO EXACTLY WHAT THEY'RE
01:40PM  10    ASKING FOR.  IS IT A SUFFICIENCY OF THE EVIDENCE QUESTION?  IS
01:40PM  11    IT WHAT IS CHARGED QUESTION?  BECAUSE I THINK THE COURT'S
01:40PM  12    MEMORY IS CORRECT.  I BELIEVE THIS JURY HEARD TESTIMONY THAT
01:40PM  13    E.T. CALLED CUSTOMER SERVICE AT THERANOS AND ALSO HAD LAB TESTS
01:40PM  14    FAXED.
01:40PM  15         AND THE JURY USES THE WORD "QUALIFICATION" IN THIS
01:40PM  16    QUESTION IN A WAY THAT I THINK LEAVES SOME QUESTION REGARDING
01:40PM  17    WHAT IT IS THAT IS IN THE AUTHOR OF THIS QUESTION'S MIND, AND
01:40PM  18    REALLY THAT'S THE REASON WHY WE WOULD HESITATE FROM PROVIDING
01:40PM  19    AN ANSWER IN THE FORM THAT THE DEFENSE PROPOSED, BUT RATHER
01:40PM  20    POINT THEM TO EITHER THE LANGUAGE IN THE CHARGING DOCUMENT SO
01:40PM  21    THAT THEY HAVE WHAT WAS CHARGED IN FRONT OF THEM, OR LANGUAGE
01:40PM  22    IN PRIOR JURY INSTRUCTIONS READ OR PROVIDED TO THIS JURY.
01:40PM  23              THE COURT:  WELL, I'M INCLINED TO START THIS AS A --
01:40PM  24    I'LL USE THE WORD INCREMENTAL, BUT I DON'T WANT TO GIVE THEM
01:41PM  25    DIRECTION AND ANSWER A QUESTION THAT THEY HAVEN'T ASKED, AND I
```

```
01:41PM   1    DON'T WANT TO GIVE THEM AN ANSWER THAT IS INAPPROPRIATE TO THE
01:41PM   2    QUESTION THAT IS ASKED.  AND I THINK OUR COLLOQUY HERE SUGGESTS
01:41PM   3    THERE'S A COUPLE OF INTERPRETATIONS ABOUT THEIR QUESTION.
01:41PM   4         I'M INCLINED TO REFER THEM BACK TO JURY INSTRUCTION 20,
01:41PM   5    AND LINE -- I THINK IT'S 23.
01:41PM   6         I COULD ALSO REFER THEM TO PAGE 23 OF THE INSTRUCTIONS,
01:41PM   7    LINE 14.
01:41PM   8              MR. COOPERSMITH:  YES, YOUR HONOR.  TWO THINGS.
01:41PM   9         ONE, I DON'T AGREE THAT THERE'S ANY REALLY AMBIGUITY IN
01:41PM  10    THE QUESTION.  I THINK WHAT IT SEEMS TO BE FAIRLY ASKING IS
01:41PM  11    WHAT QUALIFIES AS A WIRE TRANSMISSION IN INTERSTATE COMMERCE
01:41PM  12    FOR PURPOSES OF COUNT TEN.
01:41PM  13         THE CONCERN OR THE VERY SPECIFIC CONCERN THAT THE DEFENSE
01:41PM  14    HAS IS THAT, I THINK EVERYONE WOULD AGREE WITH THIS, I PRESUME
01:42PM  15    EVEN THE GOVERNMENT, THAT WE WOULD NOT WANT THE JURY TO REACH A
01:42PM  16    VERDICT OF CONVICTION ON THAT COUNT BECAUSE THEY THINK YOU
01:42PM  17    COULD USE SOME OTHER WIRE OTHER THAN WHAT IS ACTUALLY CHARGED
01:42PM  18    AND WHAT IS IN INSTRUCTION 20.  THAT'S A VERY SPECIFIC CONCERN
01:42PM  19    OUR PROPOSAL IS GOING TO ADDRESS.
01:42PM  20         THAT SAID, I THINK THAT IT WOULD BE APPROPRIATE TO POINT
01:42PM  21    THEM TO PAGE 23 OF THE INSTRUCTIONS AT LINE 14 AND ALSO -- AND
01:42PM  22    THIS IS OUR FALLBACK POSITION AS I ARTICULATED EARLIER,
01:42PM  23    YOUR HONOR, LINES 23 AND 24 OF PAGE 22.
01:42PM  24              THE COURT:  I'M NOT SURE, IF I LOOK AT THIS, LINE 14
01:42PM  25    APPLIES TO THIS COUNT, THOUGH.  BUT I'M HAPPY TO HEAR FROM YOU
```

```
01:42PM   1    IF THERE IS ANYTHING ELSE THAT -- ANY OTHER PART OF INSTRUCTION
01:42PM   2    20 THAT YOU THINK SHOULD BE READ.
01:42PM   3              MR. SCHENK:  YOUR HONOR, WHEN WE SAY LINE 14, IS
01:42PM   4    THAT ON PAGE 23 OF THE DOCUMENT, PAGE 24 OF THE ECF STAMP?
01:43PM   5              THE COURT:  OH.  YOU KNOW, I'M LOOKING AT A NON-ECF
01:43PM   6    STAMPED COPY.  I APOLOGIZE.
01:43PM   7              MR. COOPERSMITH:  SAME HERE.
01:43PM   8              THE COURT:  I APOLOGIZE.  IT'S PAGE 23 OF THE
01:43PM   9    ORIGINAL DOCUMENT, NOT ECF PAGE, THAT I HAVE.
01:43PM  10              MR. SCHENK:  SO THE FOURTH ELEMENT.
01:43PM  11              THE COURT:  YES, EXACTLY.
01:43PM  12              MR. SCHENK:  SO THEN TO SUMMARIZE, THE PROPOSAL
01:43PM  13    WOULD BE TO POINT THEM TO JURY INSTRUCTION NUMBER 20 AND IN
01:43PM  14    PARTICULAR THE FOLLOWING LINES, LINES 23 AND 24 ON PAGE 22 AND
01:43PM  15    LINES 14 AND 15 ON LINE 23.
01:43PM  16         AND I THINK THE GOVERNMENT WOULD ALSO SUGGEST WE POINT
01:43PM  17    THEM TO JURY INSTRUCTION NUMBER 14 THAT'S ON PAGE 14.
01:43PM  18         IN THEIR QUESTION THEY USE THIS PHRASE "ON OR ABOUT."
01:43PM  19         THAT'S IN THEIR QUESTION.  AND IT SEEMS APPROPRIATE IF
01:44PM  20    WE'RE POINTING THEM TO INSTRUCTIONS, IT MIGHT BE USEFUL IN
01:44PM  21    THEIR REVIEW OF -- OR IN RESPONSE TO THIS QUESTION, I WOULD
01:44PM  22    PROBABLY RECOMMEND POINTING THEM TO THE DEFINITION OF "ON OR
01:44PM  23    ABOUT" AS WELL.
01:44PM  24              MR. COOPERSMITH:  AND THAT LAST SUGGESTION ABOUT
01:44PM  25    INSTRUCTION 14, WE OPPOSE THAT.  WE DON'T THINK THAT'S REALLY
```

PART OF THEIR QUESTION.

BUT THE LINES THAT MR. SCHENK IDENTIFIED WOULD BE THE ONES WE AGREED TO POINT THE JURY TO.

AGAIN, IF THE JURY -- IF THE COURT IS NOT INCLINED TO ACCEPT THE PROPOSAL THAT WE HANDED UP, WHICH IS OUR PREFERRED COURSE.

THE COURT: ALL RIGHT. THANK YOU.

LET ME ASK OUR COURTROOM DEPUTY TO WORD SMITH THE LANGUAGE THAT WAS SUGGESTED IN REGARDS TO JURY INSTRUCTION 20.

DOES ONE PARTY WANT TO RECITE THAT AGAIN? DO YOU WANT TO --

MR. SCHENK: SURE.

THE COURT: GO RIGHT AHEAD.

MR. SCHENK: "PLEASE SEE JURY INSTRUCTION NUMBER 20, IN PARTICULAR LINES 23 AND 24 ON PAGE 22 AND LINES 14 AND 15 ON PAGE 23."

IS THE COURT GOING TO DECLINE TO POINT THEM TO "ON OR ABOUT" AT THIS POINT?

THE COURT: I THINK SO AT THIS POINT.

LET ME ASK YOU, WAS THERE ANY, WAS THERE ANY STIPULATION OR AGREEMENT OF THE PARTIES IN REGARDS TO WHETHER OR NOT A FAX IS A WIRE TRANSMISSION?

MR. SCHENK: THE INTERSTATE STIPULATIONS COVERED THE BANK TRANSFERS, NOT THE FAX TRANSMISSIONS.

THE COURT: OR THE PHONE CALLS OR ANYTHING ELSE?

```
01:46PM   1            MR. SCHENK:  CORRECT.
01:46PM   2            THE COURT:  THANK YOU.  THAT'S WHAT I WANTED SOME
01:46PM   3   CLARIFICATION ON.
01:46PM   4        DO YOU AGREE WITH THAT?
01:46PM   5            MR. COOPERSMITH:  YES, YOUR HONOR.
01:46PM   6            THE COURT:  ALL RIGHT.  LET'S -- COULD YOU PRINT
01:46PM   7   THAT OUT AND THEN SHARE COPIES WITH COUNSEL FOR THEIR APPROVAL.
01:46PM   8        DOES THE GOVERNMENT WANT A HARD COPY OF MR. COOPERSMITH'S?
01:46PM   9            MR. SCHENK:  WE HAVE ONE.
01:46PM  10            THE COURT:  OKAY.
01:47PM  11            MR. SCHENK:  THANK YOU.
01:47PM  12            THE CLERK:  (HANDING.)
01:47PM  13            MR. SCHENK:  THANK YOU, YOUR HONOR.  THIS LOOKS
01:47PM  14   ACCEPTABLE.
01:47PM  15            THE COURT:  MR. COOPERSMITH.
01:47PM  16            MR. COOPERSMITH:  AGAIN, JUST PRESERVING OUR RECORD,
01:47PM  17   WE HAD A DIFFERENT PROPOSAL.  THIS WAS OUR FALLBACK PROPOSAL,
01:47PM  18   AND THIS IS ACCEPTABLE.
01:47PM  19            THE COURT:  ALL RIGHT.  THANK YOU.
01:47PM  20        I'LL SIGN THIS WITH THOSE REPRESENTATIONS, AND WE'LL
01:47PM  21   RETURN THIS TO THE JURY, AND I'LL ASK YOU TO MAKE COPIES OF THE
01:47PM  22   SIGNED AND GIVE THAT TO COUNSEL.
01:47PM  23            THE CLERK:  OKAY.
01:47PM  24            THE COURT:  ANYTHING ELSE?
01:47PM  25            MR. COOPERSMITH:  NO, YOUR HONOR.
```

01:47PM  1          MR. SCHENK:  NO, YOUR HONOR.
01:47PM  2          THE COURT:  OKAY.  THANK YOU.
01:47PM  3          (RECESS TAKEN PENDING THE DELIBERATIONS OF THE JURY AT
         4     1:48 P.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: JULY 6, 2022