1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

   UNITED STATES OF AMERICA,        )
6                                    )  CR-18-00258-EJD
                    PLAINTIFF,       )
7                                    )  SAN JOSE, CALIFORNIA
               VS.                   )
8                                    )  JULY 7, 2022
   RAMESH "SUNNY" BALWANI,           )
9                                    )  VOLUME 46
                    DEFENDANT.       )
10  _____ )  PAGES 7767 - 7787

11

12                TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
13                UNITED STATES DISTRICT JUDGE

14  A P P E A R A N C E S :

15  FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                           1301 CLAY STREET, SUITE 340S
19                         OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21  OFFICIAL COURT REPORTERS:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                         CERTIFICATE NUMBER 8074
                           LEE-ANNE SHORTRIDGE, CSR, CRR
23                         CERTIFICATE NUMBER 9595

24      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
25

```
 1      A P P E A R A N C E S: (CONT'D)

 2      FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                BY:  SHAWN ESTRADA
 3                              THE ORRICK BUILDING
                                405 HOWARD STREET
 4                              SAN FRANCISCO, CALIFORNIA 94105

 5                              BY:  JEFFREY COOPERSMITH
                                     AARON BRECHER
 6                              701 FIFTH AVENUE, SUITE 5600
                                SEATTLE, WASHINGTON 98104
 7
                                BY:  STEPHEN CAZARES
 8                              77 SOUTH FIGUEROA STREET, SUITE 3200
                                LOS ANGELES, CALIFORNIA 90017
 9
                                BY:  AMY WALSH
10                              51 W 52ND STREET
                                NEW YORK, NEW YORK 10019
11

12      ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                                BY:  MADDI WACHS, PARALEGAL
13                                   SARA SLATTERY, PARALEGAL

14                              UNITED STATES POSTAL INSPECTION SERVICE
                                BY:  CHRISTOPHER MCCOLLOW
15
                                FEDERAL BUREAU OF INVESTIGATION
16                              BY:  MARIO C. SCUSSEL

17                              UNITED STATES FOOD & DRUG
                                ADMINISTRATION
18                              BY:  GEORGE SCAVDIS

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JULY 7, 2022 |
| | 2 | P R O C E E D I N G S |
| 11:45AM | 3 | (COURT CONVENED AT 11:45 A.M.) |
| 11:45AM | 4 | (JURY IN AT 11:45 A.M.) |
| 11:47AM | 5 | THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK YOU |
| 11:47AM | 6 | AGAIN FOR YOUR COURTESY. |
| 11:47AM | 7 | LET'S GO ON THE RECORD IN THE UNITED STATES VERSUS |
| 11:47AM | 8 | RAMESH "SUNNY" BALWANI MATTER. |
| 11:47AM | 9 | I SEE ALL COUNSEL. |
| 11:47AM | 10 | WHY DON'T I JUST GET COUNSEL'S APPEARANCE FOR THE RECORD, |
| 11:47AM | 11 | PLEASE. |
| 11:47AM | 12 | MR. SCHENK:  GOOD MORNING, YOUR HONOR. |
| 11:47AM | 13 | JEFF SCHENK, JOHN BOSTIC, AND ROBERT LEACH ON BEHALF OF |
| 11:47AM | 14 | THE UNITED STATES. |
| 11:47AM | 15 | THE COURT:  GOOD MORNING. |
| 11:47AM | 16 | MR. COOPERSMITH:  GOOD MORNING.  JEFF COOPERSMITH |
| 11:48AM | 17 | FOR MR. BALWANI WHO IS PRESENT. |
| 11:48AM | 18 | I'M JOINED BY MY COLLEAGUES, AMY WALSH, STEPHEN CAZARES, |
| 11:48AM | 19 | AARON BRECHER, AND SHAWN ESTRADA. |
| 11:48AM | 20 | THE COURT:  THANK YOU.  WE'RE BACK IN SESSION.  YOU |
| 11:48AM | 21 | MAY BE SEATED. |
| 11:48AM | 22 | MR. COOPERSMITH:  THANK YOU. |
| 11:48AM | 23 | THE COURT:  THE COURT HAS RECEIVED A NOTE FROM THE |
| 11:48AM | 24 | JURY.  THE NOTE INDICATES THAT THE JURY HAS REACHED A UNANIMOUS |
| 11:48AM | 25 | VERDICT. |

11:48AM 1        WHO SPEAKS FOR THE JURY, PLEASE?

11:48AM 2              JUROR:  (HAND WAVED.)

11:48AM 3              THE COURT:  THANK YOU.  JUROR NUMBER 6, HAS THE JURY

11:48AM 4    REACHED A VERDICT?

11:48AM 5              JUROR:  NUMBER 8.

11:48AM 6              THE COURT:  I BEG YOUR PARDON.  HAS THE JURY REACHED

11:48AM 7    A VERDICT?

11:48AM 8              JUROR:  YES, WE HAVE.

11:48AM 9              THE COURT:  THANK YOU.  COULD YOU HAND THE VERDICT

11:48AM 10   FORM TO OUR COURTROOM DEPUTY, PLEASE.

11:48AM 11             JUROR:  (HANDING.)

11:49AM 12             THE COURT:  THANK YOU.

11:49AM 13         (PAUSE IN PROCEEDINGS.)

11:49AM 14             THE COURT:  ALL RIGHT.  THANK YOU.  I'M NOW GOING TO

11:49AM 15   ASK OUR COURTROOM DEPUTY TO PUBLISH THE VERDICTS IN THIS

11:49AM 16   MATTER, THAT IS TO SAY OUR COURTROOM DEPUTY WILL NOW READ THE

11:49AM 17   VERDICTS, THE JURY'S VERDICTS INTO THE RECORD.

11:49AM 18         LADIES AND GENTLEMEN OF THE JURY, I'M GOING TO INVITE YOU

11:49AM 19   TO PLEASE LISTEN VERY CLOSELY AS OUR COURTROOM DEPUTY READS

11:49AM 20   YOUR VERDICTS.

11:49AM 21         WHEN SHE'S FINISHED, I'M GOING TO ASK THAT THE JURY BE

11:50AM 22   POLLED, THAT IS, SHE WILL ASK EACH INDIVIDUAL JUROR WHETHER OR

11:50AM 23   NOT THESE VERDICTS ARE YOUR TRUE AND CORRECT VERDICTS.

11:50AM 24         MADAM CLERK, IF YOU COULD PLEASE READ THE VERDICTS.

11:50AM 25             THE CLERK:  YES, YOUR HONOR.

11:50AM  1      IN THE MATTER OF THE UNITED STATES OF AMERICA VERSUS

11:50AM  2  RAMESH "SUNNY" BALWANI, CASE NUMBER 5:18:CR-00258-EJD.

11:50AM  3      WE, THE MEMBERS OF THE JURY IN THE ABOVE ENTITLED CASE,

11:50AM  4  UNANIMOUSLY FIND THE DEFENDANT, RAMESH "SUNNY" BALWANI:

11:50AM  5      NUMBER 1.  GUILTY OF THE CHARGE OF CONSPIRACY TO COMMIT

11:50AM  6  WIRE FRAUD AGAINST THERANOS INVESTORS, IN VIOLATION OF 18

11:51AM  7  UNITED STATES CODE SECTION 1349 AS CHARGED IN COUNT ONE OF THE

11:51AM  8  INDICTMENT.

11:51AM  9      NUMBER 2.  GUILTY OF THE CHARGE OF CONSPIRACY TO COMMIT

11:51AM 10  WIRE FRAUD AGAINST THERANOS PAYING PATIENTS, IN VIOLATION OF

11:51AM 11  18 UNITED STATES CODE SECTION 1349 AS CHARGED IN COUNT TWO OF

11:51AM 12  THE INDICTMENT.

11:51AM 13      NUMBER 3.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST

11:51AM 14  THERANOS INVESTORS, IN VIOLATION OF 18 UNITED STATES CODE

11:51AM 15  SECTION 1343 IN CONNECTION WITH A WIRE TRANSFER OF $99,990 ON

11:51AM 16  OR ABOUT DECEMBER 30TH, 2013, AS CHARGED IN COUNT THREE OF THE

11:51AM 17  INDICTMENT.

11:51AM 18      4.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:52AM 19  INVESTORS, IN VIOLATION OF 18 UNITED STATES CODE SECTION 1343

11:52AM 20  IN CONNECTION WITH A WIRE TRANSFER OF $5,349,900 ON OR ABOUT

11:52AM 21  DECEMBER 31ST, 2013, AS CHARGED IN COUNT FOUR OF THE

11:52AM 22  INDICTMENT.

11:52AM 23      GUILTY -- SORRY.

11:52AM 24      5.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:52AM 25  INVESTORS, IN VIOLATION OF 18 UNITED STATES CODE SECTION 1343

11:52AM 1    IN CONNECTION WITH A WIRE TRANSFER OF $4,875,000 ON OR ABOUT

11:52AM 2    DECEMBER 31ST, 2013 AS CHARGED IN COUNT FIVE OF THE INDICTMENT.

11:53AM 3        6.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:53AM 4    INVESTORS, IN VIOLATION OF 18 UNITED STATES CODE SECTION 1343

11:53AM 5    IN CONNECTION WITH A WIRE TRANSFER OF $38,336,632 ON OR ABOUT

11:53AM 6    FEBRUARY 6TH, 2014, AS CHARGED IN COUNT SIX OF THE INDICTMENT.

11:53AM 7        7.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:53AM 8    INVESTORS, IN VIOLATION OF 18 UNITED STATES CODE SECTION 1343

11:53AM 9    IN CONNECTION WITH A WIRE TRANSFER OF $99,999,984 ON OR ABOUT

11:53AM 10   OCTOBER 31ST, 2014, AS CHARGED IN COUNT SEVEN OF THE

11:54AM 11   INDICTMENT.

11:54AM 12       8.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:54AM 13   INVESTORS, IN VIOLATION OF 18 UNITED STATES CODE SECTION 1343,

11:54AM 14   IN CONNECTION WITH A WIRE TRANSFER OF $5,999,997 ON OR ABOUT

11:54AM 15   OCTOBER 31ST, 2014, AS CHARGED IN COUNT EIGHT OF THE

11:54AM 16   INDICTMENT.

11:54AM 17       9.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:54AM 18   PAYING PATIENTS, IN VIOLATION OF 18 UNITED STATES CODE SECTION

11:54AM 19   1343, IN CONNECTION WITH A TELEPHONE CALL FROM PATIENT B.B. TO

11:54AM 20   THERANOS REGARDING B.B.'S LABORATORY BLOOD TEST RESULTS ON OR

11:54AM 21   ABOUT OCTOBER 12TH, 2015, AS CHARGED IN COUNT NINE OF THE

11:55AM 22   INDICTMENT.

11:55AM 23       10.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:55AM 24   PAYING PATIENTS, IN VIOLATION OF 18 UNITED STATES STATE CODE

11:55AM 25   SECTION 1343, IN CONNECTION WITH A WIRE TRANSMISSION OF PATIENT

11:55AM 1    E.T.'S LABORATORY BLOOD TEST RESULTS ON OR ABOUT MAY 11TH,

11:55AM 2    2015, AS CHARGED IN COUNT TEN OF THE INDICTMENT.

11:55AM 3            11.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:55AM 4    PAYING PATIENTS, IN VIOLATION OF 18 UNITED STATES CODE SECTION

11:55AM 5    1343, IN CONNECTION WITH A WIRE TRANSMISSION OF PATIENT M.E.'S

11:55AM 6    LABORATORY BLOOD TEST RESULTS ON OR ABOUT MAY 16TH, 2015, AS

11:55AM 7    CHARGED IN COUNT ELEVEN OF THE INDICTMENT.

11:56AM 8            12.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

11:56AM 9    PAYING PATIENTS, IN VIOLATION OF 18 UNITED STATES CODE SECTION

11:56AM 10   1343, IN CONNECTION WITH A WIRE TRANSFER OF $1,126,661 ON OR

11:56AM 11   ABOUT AUGUST 3RD, 2015, AS CHARGED IN COUNT TWELVE OF THE

11:56AM 12   INDICTMENT.

11:56AM 13           DATED JULY 7TH, 2022, SIGNED BY THE JURY FOREMAN.

11:56AM 14               THE COURT:  THANK YOU.

11:56AM 15       MADAM CLERK, WOULD YOU PLEASE POLL THE JURY.

11:56AM 16               THE CLERK:  JUROR NUMBER 1, IS THIS YOUR VERDICT AS

11:56AM 17   READ BY THE COURT?

11:56AM 18               JUROR:  I AGREE THAT THE STATEMENT IS TRUE.

11:56AM 19               THE COURT:  YOU CAN BE SEATED, SIR.

11:56AM 20       AND YOU DON'T HAVE TO STAND, LADIES AND GENTLEMEN, TO

11:57AM 21   ANSWER THE QUESTION.

11:57AM 22               THE CLERK:  JUROR NUMBER 2, IS THIS YOUR VERDICT AS

11:57AM 23   READ BY THE COURT?

11:57AM 24               JUROR:  YES.

11:57AM 25               THE CLERK:  JUROR NUMBER 3, IS THIS YOUR VERDICT AS

| | | |
|---|---|---|
| 11:57AM | 1 | READ BY THE COURT? |
| 11:57AM | 2 | JUROR:  YES. |
| 11:57AM | 3 | THE CLERK:  JUROR NUMBER 4, IS THIS YOUR VERDICT AS |
| 11:57AM | 4 | READ BY THE COURT? |
| 11:57AM | 5 | JUROR:  YES. |
| 11:57AM | 6 | THE CLERK:  JUROR NUMBER 5, IS THIS YOUR VERDICT AS |
| 11:57AM | 7 | READ BY THE COURT? |
| 11:57AM | 8 | JUROR:  YES. |
| 11:57AM | 9 | THE CLERK:  JUROR NUMBER 6, IS THIS YOUR VERDICT AS |
| 11:57AM | 10 | READ BY THE COURT? |
| 11:57AM | 11 | JUROR:  YES. |
| 11:57AM | 12 | THE CLERK:  JUROR NUMBER 7, IS THIS YOUR VERDICT AS |
| 11:57AM | 13 | READ BY THE COURT? |
| 11:57AM | 14 | JUROR:  YES. |
| 11:57AM | 15 | THE CLERK:  JUROR NUMBER 8, IS THIS YOUR VERDICT AS |
| 11:57AM | 16 | READ BY THE COURT? |
| 11:57AM | 17 | JUROR:  YES. |
| 11:57AM | 18 | THE CLERK:  JUROR NUMBER 9, IS THIS YOUR VERDICT AS |
| 11:57AM | 19 | READ BY THE COURT? |
| 11:57AM | 20 | JUROR:  YES. |
| 11:57AM | 21 | THE CLERK:  JUROR NUMBER 10, IS THIS YOUR VERDICT AS |
| 11:57AM | 22 | READ BY THE COURT? |
| 11:57AM | 23 | JUROR:  YES. |
| 11:57AM | 24 | THE CLERK:  JUROR NUMBER 11, IS THIS YOUR VERDICT AS |
| 11:57AM | 25 | READ BY THE COURT? |

| | | |
|---|---|---|
| 11:57AM | 1 | JUROR:  YES. |
| 11:57AM | 2 | THE CLERK:  JUROR NUMBER 12, IS THIS YOUR VERDICT AS |
| 11:57AM | 3 | READ BY THE COURT? |
| 11:57AM | 4 | JUROR:  YES. |
| 11:57AM | 5 | THE COURT:  THANK YOU.  THE JURY HAS BEEN POLLED. |
| 11:57AM | 6 | I'LL ORDER THE VERDICT RECORDED AT THIS TIME. |
| 11:57AM | 7 | LADIES AND GENTLEMEN, THANK YOU.  LADIES AND GENTLEMEN OF |
| 11:58AM | 8 | THE JURY, I WANT TO MAKE SOME CLOSING COMMENTS FOR YOU. |
| 11:58AM | 9 | NOW THAT THE CASE HAS BEEN CONCLUDED, SOME OF YOU MAY HAVE |
| 11:58AM | 10 | QUESTIONS ABOUT THE CONFIDENTIALITY OF THE PROCEEDINGS. |
| 11:58AM | 11 | NOW THAT THE CASE IS OVER, YOU ARE FREE TO DISCUSS IT WITH |
| 11:58AM | 12 | ANY PERSON YOU CHOOSE. |
| 11:58AM | 13 | BY THE SAME TOKEN, HOWEVER, I WOULD ADVISE YOU THAT YOU |
| 11:58AM | 14 | ARE UNDER NO OBLIGATION WHATSOEVER TO DISCUSS THIS CASE WITH |
| 11:58AM | 15 | ANY PERSON. |
| 11:58AM | 16 | IF YOU DO DECIDE TO DISCUSS THE CASE WITH ANYONE, I WOULD |
| 11:58AM | 17 | SUGGEST THAT YOU TREAT IT WITH A DEGREE OF SOLEMNITY IN THAT |
| 11:58AM | 18 | WHATEVER YOU DO DECIDE TO SAY, YOU WOULD BE WILLING TO SAY IN |
| 11:58AM | 19 | THE PRESENCE OF THE OTHER JURORS OR UNDER OATH HERE IN OPEN |
| 11:58AM | 20 | COURT IN THE PRESENCE OF ALL OF THE PARTIES. |
| 11:58AM | 21 | FINALLY, ALWAYS BEAR IN MIND THAT IF YOU DO DECIDE TO |
| 11:58AM | 22 | DISCUSS THIS CASE, THE OTHER JURORS FULLY AND FREELY STATED |
| 11:59AM | 23 | THEIR OPINIONS WITH THE UNDERSTANDING THAT THEY WERE BEING |
| 11:59AM | 24 | EXPRESSED IN CONFIDENCE. |
| 11:59AM | 25 | PLEASE RESPECT THE PRIVACY OF THE VIEWS OF YOUR FELLOW |

11:59AM  1     JURORS.

11:59AM  2          NOW, FINALLY, IF YOU WOULD PREFER NOT TO DISCUSS THE CASE

11:59AM  3     WITH ANYONE, BUT IF YOU DO FEEL OR YOU ARE FEELING UNDUE

11:59AM  4     PRESSURE TO DO SO BY ANY INDIVIDUAL, YOU SHOULD PLEASE FEEL

11:59AM  5     FREE TO CONTACT OUR COURTROOM DEPUTY AND SHE WILL NOTIFY ME,

11:59AM  6     AND I WILL ASSIST IN WHATEVER WAY I CAN IN THAT TRANSACTION.

11:59AM  7          LADIES AND GENTLEMEN, I ALSO WANT TO EXPRESS, ON BEHALF OF

11:59AM  8     COUNSEL AND ON BEHALF OF ALL OF THE JUDGES IN THE NORTHERN

11:59AM  9     DISTRICT OF CALIFORNIA, I WANT TO THANK YOU FOR YOUR SERVICE,

11:59AM 10     YOUR JURY SERVICE.  IT WAS A LONG TRIAL.  WE HAD SOME HICCUPS

11:59AM 11     IN THE TRIAL.  REGRETTABLY, OUR CURRENT HEALTH SITUATION

11:59AM 12     AFFECTED OUR TRIAL SUCH THAT WE HAD TO TAKE BREAKS.  THERE WERE

11:59AM 13     OTHER SITUATIONS THAT CAUSED US TO TAKE CERTAIN BREAKS IN THE

12:00PM 14     CASE.

12:00PM 15          YOU RECALL EVERY DAY I REMINDED YOU OF THAT ADMONITION,

12:00PM 16     AND I RECALL GREATLY WITH APPRECIATION WHEN I ASKED THAT

12:00PM 17     QUESTION, NONE OF YOU, NONE OF YOU SUCCUMBED TO ANY OUTSIDE

12:00PM 18     INFORMATION THAT MIGHT HAVE AFFECTED YOUR THOUGHT PROCESS AND

12:00PM 19     YOUR DECISION TODAY, AND I'M GRATEFUL FOR THAT.  I KNOW THAT

12:00PM 20     WAS A DIFFICULT TASK IN TODAY'S WORLD, AND I APPRECIATE, I

12:00PM 21     APPRECIATE YOUR INDULGENCE AND YOUR COMMITMENT TO YOUR JUSTICE

12:00PM 22     SYSTEM.

12:00PM 23          I HOPE YOU ENJOYED YOUR SERVICE AS JURORS HERE AND YOUR

12:00PM 24     PARTICIPATION IN YOUR JUSTICE SYSTEM.

12:00PM 25          YOU HEARD ME TALK ABOUT OUR SYSTEM EARLIER AND HOW

| | | |
|---|---|---|
| 12:00PM | 1 | PRECIOUS IT IS TO ALL OF US, AND WE RECOGNIZE THAT EACH DAY. |
| 12:00PM | 2 | NOW, BEFORE I EXCUSE YOU, AND I WILL EXCUSE YOU IN JUST A |
| 12:00PM | 3 | MOMENT, I DO WANT TO INVITE YOU, AS I DO EVERY JURY THAT I HAVE |
| 12:00PM | 4 | THE PRIVILEGE OF WORKING WITH, TO JOIN ME IN MY OFFICE FOR JUST |
| 12:01PM | 5 | A MINUTE OR TWO.  YOU DON'T HAVE TO COME IF YOU DON'T WANT TO. |
| 12:01PM | 6 | IT'S NOT A COURT ORDER AT ALL. |
| 12:01PM | 7 | BUT I ROUTINELY AND REGULARLY, I SHOULD SAY, ASK OUR |
| 12:01PM | 8 | JURORS IF THEY WOULD CARE TO TAKE FIVE MINUTES TO JOIN ME.  I'D |
| 12:01PM | 9 | LIKE TO PERSONALLY THANK THE JURORS FOR THEIR SERVICE, AND ALSO |
| 12:01PM | 10 | INQUIRE OF THE JURORS THEIR THOUGHTS AND OPINIONS ABOUT WHAT |
| 12:01PM | 11 | WE, THE COURT, CAN DO TO ENHANCE AND MAKE BETTER YOUR SERVICE |
| 12:01PM | 12 | AS JURORS.  WE TAKE THAT INFORMATION SERIOUSLY AS WE WANT TO DO |
| 12:01PM | 13 | WHAT WE CAN TO ACCOMMODATE JUROR'S INTERESTS. |
| 12:01PM | 14 | SO YOU HAVE THAT INVITATION FROM ME.  I HOPE THAT YOU'LL |
| 12:01PM | 15 | ACCEPT IT.  IT'S NOT A COURT ORDER, AND I WILL NOT KEEP YOU |
| 12:01PM | 16 | LONG.  I JUST WANT YOU TO KNOW THAT.  BUT I WOULD WELCOME THE |
| 12:01PM | 17 | OPPORTUNITY TO GIVE MY PERSONAL THANKS TO EACH OF YOU. |
| 12:01PM | 18 | SO WITH THAT, ANYTHING FURTHER, COUNSEL, BEFORE I EXCUSE |
| 12:01PM | 19 | THE JURY? |
| 12:01PM | 20 | MR. SCHENK:  NO.  THANK YOU. |
| 12:01PM | 21 | MR. COOPERSMITH:  NO, YOUR HONOR. |
| 12:01PM | 22 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:01PM | 23 | LADIES AND GENTLEMEN, YOU ARE EXCUSED.  OUR COURTROOM |
| 12:01PM | 24 | DEPUTY WILL ASSIST YOU AS TO THOSE WHO CHOOSE TO ACCEPT MY |
| 12:02PM | 25 | INVITATION, I'LL MEET YOU IN MY OFFICE IN JUST A MOMENT. |

| | | |
|---|---|---|
| 12:02PM | 1 | COUNSEL, LET'S TAKE A BRIEF RECESS THEN IF WE COULD FOR |
| 12:02PM | 2 | ABOUT 15 MINUTES, AND THEN I'LL COME BACK AND WE'LL DISCUSS |
| 12:02PM | 3 | FURTHER ACTIONS. |
| 12:02PM | 4 | (JURY OUT AT 12:02 P.M.) |
| 12:23PM | 5 | (RECESS FROM 12:02 P.M. TO 12:23 P.M.) |
| 12:23PM | 6 | THE COURT:  WE'RE BACK ON THE RECORD. |
| 12:23PM | 7 | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN. |
| 12:23PM | 8 | COUNSEL, SHOULD WE SET A SENTENCING DATE?  WHAT ARE YOUR |
| 12:24PM | 9 | THOUGHTS? |
| 12:24PM | 10 | I ALSO WANTED TO ASK MR. COOPERSMITH ABOUT ANY ADDITIONAL |
| 12:24PM | 11 | RULE 29 ISSUES THAT YOU WANTED TO DISCUSS. |
| 12:24PM | 12 | MR. COOPERSMITH:  YES, YOUR HONOR. |
| 12:24PM | 13 | MR. SCHENK:  YOUR HONOR, AS TO SENTENCING, YES, I |
| 12:24PM | 14 | THINK IT MAKES SENSE TO REFER MR. BALWANI TO PROBATION FOR |
| 12:24PM | 15 | PREPARATION OF THE PRESENTENCE REPORT, AND I BELIEVE THAT THE |
| 12:24PM | 16 | SCHEDULE FOR OUT OF CUSTODY DEFENDANTS IS ABOUT 120 DAYS IF I'M |
| 12:24PM | 17 | RIGHT FOR THE PSR PREPARATION.  SO A SENTENCING DATE RELATIVELY |
| 12:24PM | 18 | CONSISTENT WITH THAT SCHEDULE MAKES SENSE TO THE GOVERNMENT. |
| 12:24PM | 19 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 12:24PM | 20 | MR. COOPERSMITH. |
| 12:24PM | 21 | MR. COOPERSMITH:  THAT SOUNDS CORRECT, YOUR HONOR. |
| 12:24PM | 22 | THE COURT:  OKAY.  THANK YOU. |
| 12:24PM | 23 | LET'S ASK OUR COURTROOM DEPUTY TO LOOK AT OUR SCHEDULE. |
| 12:24PM | 24 | THE CLERK:  THAT WILL BE ABOUT NOVEMBER 7TH. |
| 12:24PM | 25 | THE COURT:  OKAY.  NOVEMBER SOMETIME IS WHAT WE'RE |

| | | |
|---|---|---|
| 12:24PM | 1 | LOOKING AT. |
| 12:25PM | 2 | MR. SCHENK:  IF THE COURT HAS AVAILABILITY EITHER |
| 12:25PM | 3 | THE 7TH OR THE 14TH. |
| 12:25PM | 4 | THE COURT:  WE CAN ALSO SET THIS ON A SPECIAL -- |
| 12:25PM | 5 | SPECIALLY SET IT ON A DAY OTHER THAN A MONDAY.  IT MIGHT BE |
| 12:25PM | 6 | APPROPRIATE TO SET IT ON A DIFFERENT DAY, A TUESDAY OR A |
| 12:25PM | 7 | WEDNESDAY. |
| 12:25PM | 8 | (DISCUSSION OFF THE RECORD.) |
| 12:25PM | 9 | THE COURT:  DO COUNSEL HAVE A PREFERENCE AS TO A DAY |
| 12:25PM | 10 | OF THE WEEK, A TUESDAY, WEDNESDAY, FRIDAY? |
| 12:26PM | 11 | MR. SCHENK:  NO PREFERENCE. |
| 12:26PM | 12 | MR. COOPERSMITH:  NO. |
| 12:26PM | 13 | THE COURT:  OR ANY DATE YOU WOULD LIKE TO IDENTIFY |
| 12:26PM | 14 | BEFORE THE THANKSGIVING DATE OR AFTER? |
| 12:26PM | 15 | MR. SCHENK:  I'M LOOKING AT THE WEEK OF THE 7TH.  I |
| 12:26PM | 16 | BELIEVE THAT FRIDAY IS A HOLIDAY. |
| 12:26PM | 17 | THE COURT:  IT IS, RIGHT. |
| 12:26PM | 18 | MR. SCHENK:  BUT ANY OTHER DAY THAT WEEK IF THAT |
| 12:26PM | 19 | WORKS FOR THE COURT. |
| 12:26PM | 20 | BUT IF THE COURT WAS THINKING A DIFFERENT WEEK IN |
| 12:26PM | 21 | NOVEMBER, THAT CERTAINLY WOULD WORK FOR THE GOVERNMENT. |
| 12:26PM | 22 | THE COURT:  DOES ANY DATE LOOK BETTER FOR US? |
| 12:26PM | 23 | THE CLERK:  I'M SORRY, YOUR HONOR.  NO. |
| 12:26PM | 24 | THE 8TH, 9TH, 15TH, 16TH, 18TH. |
| 12:26PM | 25 | THE COURT:  OKAY.  THEY'RE ALL AVAILABLE. |

12:26PM  1      MR. COOPERSMITH, YOU TRAVEL.  SO ANY OF THOSE DATES THAT

12:26PM  2  ARE MORE CONVENIENT FOR YOU AND YOUR TEAM?

12:26PM  3      MR. COOPERSMITH:  LOOKING AT THE CALENDAR,

12:26PM  4  YOUR HONOR, I DON'T HAVE ANY STRONG PREFERENCES.

12:26PM  5      I THINK THE 15TH WOULD BE A PERFECTLY GOOD AVAILABLE DATE

12:27PM  6  FOR US.

12:27PM  7      THE COURT:  OKAY.

12:27PM  8      MR. SCHENK:  THAT WOULD BE FINE.  THANK YOU.

12:27PM  9      THE COURT:  OKAY.  LET'S SET NOVEMBER 15TH,

12:27PM  10 NOVEMBER 15TH.

12:27PM  11     SHOULD THAT BE AT 9:00 O'CLOCK IN THE MORNING?  LET'S SAY

12:27PM  12 10:00 O'CLOCK, 10:00 O'CLOCK, PLEASE.  NOVEMBER 15TH AT

12:27PM  13 10:00 A.M. FOR SENTENCING.

12:27PM  14     AND I'LL REFER MR. BALWANI TO PROBATION FOR PREPARATION OF

12:27PM  15 A PRESENTENCE REPORT.

12:27PM  16     MR. COOPERSMITH, YOU CAN NEGOTIATE YOUR CLIENT TO THE

12:27PM  17 PROBATION OFFICE --

12:27PM  18     MR. COOPERSMITH:  YES, YOUR HONOR.

12:27PM  19     THE COURT:  -- FOR THAT PURPOSE.

12:27PM  20     ALL RIGHT.  RULE 29.  MR. COOPERSMITH, WHAT ARE YOUR

12:27PM  21 THOUGHTS?

12:27PM  22     MR. COOPERSMITH:  YES, YOUR HONOR.  YOU KNOW, WE'LL

12:27PM  23 HAVE TO CONSIDER EXACTLY WHAT WE FILE, IF ANYTHING, BUT I'VE

12:27PM  24 HAD A BRIEF CONVERSATION WITH MR. SCHENK AND I THINK OVER THE

12:27PM  25 NEXT FEW DAYS WE'LL BE ABLE TO WORK OUT A BRIEFING SCHEDULE SO

7781

| | | |
|---|---|---|
| 12:27PM | 1 | THAT WE WOULD -- I THINK THE WAY IT WOULD GO IS JOINTLY SEEK AN |
| 12:27PM | 2 | EXTENSION OF THE 14 DAYS TO SET A BRIEFING SCHEDULE THAT MAKES |
| 12:28PM | 3 | SENSE FOR BOTH PARTIES AND SUBMIT THAT TO THE COURT FOR THE |
| 12:28PM | 4 | COURT'S APPROVAL AND THEN THAT WOULD BE THE SCHEDULE. |
| 12:28PM | 5 | THE COURT:  OKAY. |
| 12:28PM | 6 | MR. SCHENK:  YES, THAT'S CORRECT, YOUR HONOR.  IF |
| 12:28PM | 7 | THAT'S OKAY WITH THE COURT, WE'LL SUBMIT A JOINT RECOMMENDATION |
| 12:28PM | 8 | FOR A SCHEDULE FOR THE COURT'S REVIEW. |
| 12:28PM | 9 | THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THAT. |
| 12:28PM | 10 | I ANTICIPATE WE'LL BE IN TRIAL AGAIN SOON IN ANOTHER TWO |
| 12:28PM | 11 | WEEKS, SO PROVIDE THE SCHEDULE. |
| 12:28PM | 12 | AND I'M ALSO THINKING THAT WE'LL HAVE TO -- I'LL ADJUST |
| 12:28PM | 13 | OUR TRIAL SCHEDULE TO MEET OUR NEEDS FOR THIS CASE ACCORDINGLY. |
| 12:28PM | 14 | SO I'LL JUST LET YOU KNOW ABOUT THAT. |
| 12:28PM | 15 | MR. COOPERSMITH:  YES.  THANK YOU. |
| 12:28PM | 16 | MR. SCHENK:  THANK YOU. |
| 12:28PM | 17 | THE COURT:  ANYTHING FURTHER? |
| 12:28PM | 18 | MR. SCHENK:  YES, YOUR HONOR.  THE GOVERNMENT WOULD |
| 12:28PM | 19 | LIKE TO BE HEARD ON BOND MODIFICATIONS, AND IF THAT'S SOMETHING |
| 12:28PM | 20 | THAT THE COURT IS WILLING TO ENTERTAIN ITSELF, I'M HAPPY TO |
| 12:28PM | 21 | MAKE SOME SUGGESTIONS NOW. |
| 12:28PM | 22 | IF THIS IS A MATTER THAT THE COURT PREFERS TO REFER, WE |
| 12:28PM | 23 | CERTAINLY -- |
| 12:28PM | 24 | THE COURT:  WHY DON'T WE TALK ABOUT IT NOW.  IT |
| 12:28PM | 25 | SEEMS TIMELY NOW. |

12:29PM 1          MR. SCHENK:  THANK YOU.

12:29PM 2      YOUR HONOR, THE DEFENDANT'S CURRENT BOND IS $500,000

12:29PM 3  UNSECURED.

12:29PM 4      THE GOVERNMENT IS NOW REQUESTING THAT THE COURT MODIFY

12:29PM 5  THAT BOND AND SET IT AT AN AMOUNT OF $1 MILLION TO BE SECURED

12:29PM 6  EITHER BY REAL PROPERTY OR CASH.

12:29PM 7      THE COURT SHOULD THEN REQUIRE THAT THE SECURITY BE POSTED

12:29PM 8  WITHIN ONE WEEK OF TODAY.  SO MR. BALWANI CAN LEAVE COURT UNDER

12:29PM 9  THE SAME CONDITIONS THAT HE IS CURRENTLY, BUT THE PROPERTY OR

12:29PM 10 THE CASH SHOULD BE POSTED WITHIN ONE WEEK OF TODAY'S DATE.

12:29PM 11     MR. BALWANI'S TRAVEL SHOULD NOW BE RESTRICTED TO THE

12:29PM 12 NORTHERN DISTRICT OF CALIFORNIA, THOUGH HE SHOULD BE ALLOWED TO

12:29PM 13 TRAVEL WITHIN THE UNITED STATES BEYOND THE NORTHERN DISTRICT

12:29PM 14 WITH PRIOR APPROVAL EITHER FROM THE COURT IF THE COURT PREFERS,

12:29PM 15 OR THE GOVERNMENT WOULD BE FINE IF THAT APPROVAL CAME FROM

12:30PM 16 PRETRIAL SERVICES AS LONG AS THE GOVERNMENT RECEIVED ADVANCE

12:30PM 17 NOTICE OF THAT TRAVEL SO THAT IF WE WANTED TO BRING SOMETHING

12:30PM 18 TO THE COURT'S ATTENTION, THERE WOULD BE SUFFICIENT TIME TO DO

12:30PM 19 THAT.

12:30PM 20          THE COURT:  OKAY.

12:30PM 21          MR. SCHENK:  MR. BALWANI, AS I UNDERSTAND IT, DOES

12:30PM 22 NOT CURRENTLY POSSESS ANY TRAVEL DOCUMENTS, AND IT IS PART OF

12:30PM 23 HIS CURRENT BOND THAT HE NOT APPLY FOR ANY TRAVEL DOCUMENTS.

12:30PM 24     WE WOULD JUST ASK THAT HE BE REMINDED OF THAT, THAT HE

12:30PM 25 SHOULD NOT APPLY FOR ANY NEW TRAVEL DOCUMENTS.

12:30PM 1          THE COURT:  OKAY.  THANK YOU.

12:30PM 2      MR. COOPERSMITH.

12:30PM 3          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.

12:30PM 4      SO, FIRST OF ALL, ON THE TRAVEL RESTRICTIONS, WE DON'T

12:30PM 5  HAVE ANY ISSUE WITH THAT.  WE THINK IT WOULD MAKE SENSE FOR THE

12:30PM 6  TRAVEL BEYOND THE NORTHERN DISTRICT OF CALIFORNIA TO BE AT

12:30PM 7  APPROVAL WITH PRETRIAL SERVICES.  SO THAT'S AN ISSUE OF

12:30PM 8  AGREEMENT.

12:30PM 9      WE ALSO APPRECIATE HAVING A LITTLE TIME, I THINK

12:30PM 10  MR. SCHENK SAID A WEEK, TO PUT THE BOND PACKAGE TOGETHER.  SO I

12:30PM 11  THINK WE'RE IN AGREEMENT ON THAT.

12:31PM 12      IN MY CONVERSATIONS WITH MR. SCHENK BEFORE THE COURT CAME

12:31PM 13  OUT ON THE BENCH, WE AGREE THAT IF THERE'S AN ISSUE WITH THAT

12:31PM 14  TIMING, WE WOULD BRING IT TO THE COURT'S ATTENTION AND WE WOULD

12:31PM 15  PERHAPS MODIFY THAT, BUT IT MIGHT NOT BE NECESSARY.

12:31PM 16      REGARDING THE AMOUNT, YOUR HONOR, WE WILL LOOK INTO THIS,

12:31PM 17  BUT WE WOULD PROPOSE THAT THE AMOUNT BE THE SAME AS THE BOND

12:31PM 18  ISSUED IN MS. HOLMES'S CASE, WHICH WAS $500,000 RATHER THAN A

12:31PM 19  MILLION, AND THE REASON, YOUR HONOR, IS THAT MR. BALWANI HAS

12:31PM 20  HAD PERFECT COMPLIANCE WITH ALL OF HIS BOND CONDITIONS OVER THE

12:31PM 21  COURSE OF THE PROCEEDINGS TO DATE, HE HAS MET ALL OF HIS

12:31PM 22  CONDITIONS, HE'S REPORTED EVERY TIME HE NEEDED TO REPORT TO

12:31PM 23  PRETRIAL SERVICES, HE'S A U.S. CITIZEN, HE'S NOT A CITIZEN OF

12:31PM 24  ANY OTHER COUNTRY, INCLUDING INDIA, AND HE'S -- AT ONE POINT

12:31PM 25  THE COURT MIGHT REMEMBER HE WAS GIVEN BACK HIS PASSPORT.  WE

| | | |
|---|---|---|
| 12:31PM | 1 | HELD IT AS COUNSEL, BUT WE HAD POSSESSION OF MR. BALWANI'S |
| 12:32PM | 2 | PASSPORT.  IT WAS SO HE COULD GO ATTEND A MEMORIAL SERVICE FOR |
| 12:32PM | 3 | HIS MOTHER. |
| 12:32PM | 4 | THAT NEVER HAPPENED BECAUSE OF THE COVID SITUATION IN |
| 12:32PM | 5 | INDIA, BUT THEN WE HANDED THE PASSPORT BACK WHEN THAT BECAME |
| 12:32PM | 6 | UNREALISTIC FOR HIM TO GO THERE, AND THEN -- |
| 12:32PM | 7 | THE COURT:  I'M SORRY, WHO HAS THE PASSPORT NOW? |
| 12:32PM | 8 | MR. COOPERSMITH:  THE COURT, YOUR HONOR.  PRETRIAL |
| 12:32PM | 9 | SERVICES I BELIEVE HAS IT. |
| 12:32PM | 10 | THE COURT:  OKAY. |
| 12:32PM | 11 | MR. COOPERSMITH:  HIS BROTHERS LIVE IN THE |
| 12:32PM | 12 | UNITED STATES, ONE IN OHIO AND ONE IN THE BAY AREA, AND THEY'RE |
| 12:32PM | 13 | SITTING IN THE GALLERY AND THEY HAVE ATTENDED SOME OF THE COURT |
| 12:32PM | 14 | PROCEEDINGS. |
| 12:32PM | 15 | AND OBVIOUSLY, AS I SAID, THE $500,000 WAS MS. HOLMES'S |
| 12:32PM | 16 | BOND. |
| 12:32PM | 17 | THAT IS OUR REQUEST. |
| 12:32PM | 18 | I WILL SAY, THOUGH, THAT I DID CONFER WITH MR. SCHENK AND |
| 12:32PM | 19 | WE UNDERSTAND THAT THE GOVERNMENT WOULD CONSIDER A MODIFICATION |
| 12:32PM | 20 | EVEN IF THE $1 MILLION WAS IMPOSED BY THE COURT TODAY, BUT OUR |
| 12:32PM | 21 | PROPOSAL FOR NOW AS I STAND HERE IS TO HAVE THE CASH OR |
| 12:32PM | 22 | PROPERTY BOND BE 500,000 RATHER THAN A MILLION. |
| 12:32PM | 23 | THE COURT:  ALL RIGHT. |
| 12:32PM | 24 | MR. SCHENK, IS THERE ANY NEED TO INCREASE THE AMOUNT? |
| 12:33PM | 25 | MR. SCHENK:  YOUR HONOR, A FEW THOUGHTS ON THAT. |

12:33PM 1        FIRST, I THINK THE GOVERNMENT'S RECOMMENDATION DOES

12:33PM 2    ACKNOWLEDGE AND ACCOUNT FOR MR. BALWANI'S COMPLIANCE DURING THE

12:33PM 3    MULTIPLE YEARS UNDER PRETRIAL SUPERVISION.

12:33PM 4        WE'RE HAPPY TO RELEASE HIM TODAY ON THE CURRENT

12:33PM 5    CONDITIONS.  WE'RE NOT ASKING FOR ANYTHING MORE THAN THAT FOR

12:33PM 6    THE NEXT WEEK.

12:33PM 7        THE COURT, THOUGH, SHOULD ACKNOWLEDGE THE DECISION

12:33PM 8    CALCULUS CHANGE THAT OCCURS AFTER CONVICTION.  SO THERE IS AN

12:33PM 9    INCREASED RISK OF NONCOMPLIANCE AT THIS POINT EVEN IN LIGHT OF

12:33PM 10   A HISTORY OF COMPLIANCE.

12:33PM 11       AND THE REASON FOR THE INCREASED AMOUNT IS NOT TO SET A

12:33PM 12   BOND AMOUNT THAT IS UNATTAINABLE BY THE DEFENDANT, AND IF THE

12:33PM 13   DEFENSE WERE TO PROVIDE THE GOVERNMENT WITH FINANCIAL

12:33PM 14   INFORMATION THAT SHOWS A MILLION DOLLARS IS TANTAMOUNT TO

12:33PM 15   DETENTION, IT IS AN AMOUNT THAT HE COULD NOT MEET, AND

12:33PM 16   THEREFORE, FAILURE TO COMPLY WITH THE BOND WOULD REQUIRE HIM TO

12:33PM 17   GO IN, THE GOVERNMENT, AS MR. COOPERSMITH JUST ACKNOWLEDGED TO

12:34PM 18   THE COURT, THE GOVERNMENT IS HAPPY TO RECONSIDER THAT AMOUNT.

12:34PM 19       BUT WHAT I DON'T THINK WE SHOULD DO IS ON THE FRONT END

12:34PM 20   ASSUME THAT HE DOESN'T HAVE SUFFICIENT ASSETS, BECAUSE OUR

12:34PM 21   UNDERSTANDING AT LEAST DURING THE COURSE OF THE INVESTIGATION

12:34PM 22   AND THROUGHOUT AT LEAST A PORTION OF PRETRIAL LITIGATION, OUR

12:34PM 23   UNDERSTANDING WAS THAT MR. BALWANI HAD ASSETS SUFFICIENT TO

12:34PM 24   COVER SUCH A BOND, AND I THINK WHAT ONE TRIES TO ACHIEVE WHEN

12:34PM 25   SETTING THE DOLLAR AMOUNT OF THE BOND IS NOT SOMETHING THAT IS

12:34PM  1   SO HIGH THAT IT'S TANTAMOUNT TO DETENTION, BUT NOT SOMETHING

12:34PM  2   THAT IS SO LOW THAT IT DOESN'T CREATE THE PROPER INCENTIVES TO

12:34PM  3   MAKE FUTURE COURT APPEARANCES AND, SHOULD THERE BE A CUSTODIAL

12:34PM  4   SENTENCE, SURRENDER FOR SERVICE OF THAT SENTENCE.

12:34PM  5        AND I THINK THE GOVERNMENT'S EFFORT AT INCREASING THE BOND

12:34PM  6   IS REALLY AN ATTEMPT TO CALIBRATE AT THE RIGHT NUMBER,

12:34PM  7   ACKNOWLEDGING, THOUGH, IF WE GOT THE NUMBER WRONG AND THERE ARE

12:34PM  8   SOME BANK RECORDS OR OTHER DOCUMENTS THAT SHOW THAT WE GOT THE

12:34PM  9   NUMBER WRONG, WE'RE HAPPY TO LISTEN AND EVALUATE.

12:34PM  10            THE COURT:  SURE.

12:35PM  11        MR. COOPERSMITH, ANYTHING FURTHER?

12:35PM  12            MR. COOPERSMITH:  NOTHING FURTHER, YOUR HONOR.  I

12:35PM  13   THINK YOU HAVE OUR POINTS IN MIND.

12:35PM  14            THE COURT:  WELL, THE LANDSCAPE HAS CHANGED.  I

12:35PM  15   RECOGNIZE THAT.  THERE'S BEEN A CONVICTION.

12:35PM  16        THE JURY HAS RETURNED THEIR VERDICTS.  THEY RETURNED

12:35PM  17   VERDICTS ON ALL COUNTS IN THIS MATTER, SO I TAKE YOUR POINT,

12:35PM  18   MR. SCHENK, THE LANDSCAPE HAS CHANGED SOME.

12:35PM  19        I DO BALANCE THAT WITH HIS -- MR. BALWANI'S PERFORMANCE ON

12:35PM  20   PRETRIAL FOR THE YEARS HE WAS RELEASED, AND I'M NOT GOING TO

12:35PM  21   DISTURB ANY OF THOSE CONDITIONS OF HIS PRETRIAL RELEASE.

12:35PM  22        THANK YOU FOR TELLING ME THAT THE PASSPORT IS IN THE

12:35PM  23   COURT'S CUSTODY THROUGH THAT OFFICE.  THAT WILL REMAIN AS WELL.

12:35PM  24        I DO THINK THAT IT'S APPROPRIATE TO, TO ADJUST THE AMOUNT,

12:35PM  25   AND RATHER THAN WAIT, I THINK $750,000 IS AN APPROPRIATE AMOUNT

```
12:35PM   1    GIVEN THE CIRCUMSTANCES, AGAIN, CONSIDERING MR. BALWANI'S
12:35PM   2    PERFORMANCE, SATISFACTORY PERFORMANCE ON PRETRIAL SERVICES, HIS
12:35PM   3    ACKNOWLEDGEMENT OF THE CONDITIONS OF RELEASE, HIS OBEYING AND
12:36PM   4    NOT DEFEATING ANY OF THOSE CONDITIONS.
12:36PM   5         AS I SAY, THERE ARE CONVICTIONS NOW IN THE CASE, WHICH
12:36PM   6    DOES CHANGE THE LANDSCAPE, AND THE COURT WILL INCREASE THAT
12:36PM   7    AMOUNT FROM 500,000 TO 750,000.  THAT CAN BE SECURED BY EITHER
12:36PM   8    CASH DEPOSIT OR A BOND SECURED BY REAL PROPERTY IN THAT AMOUNT.
12:36PM   9         AND I'LL LEAVE THAT TO YOU, MR. COOPERSMITH TO COME UP
12:36PM  10    WITH.  YOU CAN HAVE A WEEK.  IS THAT SUFFICIENT TIME?
12:36PM  11              MR. COOPERSMITH:  I BELIEVE SO.  AGAIN, IF THERE IS
12:36PM  12    SOME GLITCH IN THAT, I WILL CONTACT MR. SCHENK AND ULTIMATELY
12:36PM  13    THE COURT, BUT I'M HOPING THAT WILL BE ENOUGH TIME.
12:36PM  14              THE COURT:  THAT'S FINE.
12:36PM  15              MR. SCHENK:  THANK YOU VERY MUCH.
12:36PM  16              THE COURT:  AND THEN I'LL JUST WAIT FOR YOUR
12:36PM  17    SUBMISSION REGARDING A BRIEFING SCHEDULE, AND WE CAN ADJUST
12:36PM  18    THINGS AFTERWARDS.
12:36PM  19              MR. COOPERSMITH:  YES, YOUR HONOR.
12:36PM  20              MR. LEACH:  THANK YOU.
12:36PM  21              THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU.
12:37PM  22         (COURT CONCLUDED AT 12:37 P.M.)
         23
         24
         25
```

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
      CERTIFICATE NUMBER 8076

17

18

19    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
      CERTIFICATE NUMBER 9595

20

21         DATED:  JULY 7, 2022

22

23

24

25