UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

Case No.: _____CR-18-00258-EJD-02_____

Date Filed: _____08/03/2022_____

DOCUMENT:

- ○ Reporter's Transcript_____
- ○ Trial Exhibit(s):Final Admitted Exhibit List*
- ○ Lodged Documents: _____
- ○ Declaration: _____

- ○ Other: Includes 1 thumb Drive - "Jury Exhibits Native Files"_____

LOCATION:

- ○ Expando Next to Case File _____
- ○ Overflow Shelf _____
- ○ Vault _____
- ○ Other: _____
- ○ Exhibit Room _____X_____

Document No.:_____1563_____

*Fr. docket#1562 -Final Admitted Exhibit List **(13 white binders as :Volumes 1-13)**