1 | JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
2 | STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
3 | The Orrick Building
405 Howard Street
4 | San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
5 | Facsimile:   +1-415-773-5759

6 | Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com
7 |
Attorneys for Defendant
8 | RAMESH "SUNNY" BALWANI

9 |

10 |                    UNITED STATES DISTRICT COURT

11 |                   NORTHERN DISTRICT OF CALIFORNIA

12 |                          SAN JOSE DIVISION

13 |

14 | UNITED STATES OF AMERICA,          | Case No. 5:18-cr-00258-EJD

15 |                Plaintiff,          | **NOTICE OF CHANGE OF FIRM ADDRESS**
16 |      v.
17 | RAMESH "SUNNY" BALWANI,             | Hon. Edward J. Davila
18 |                Defendant.
19 |

**TO THE COURT AND TO ALL COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, effective today, Los Angeles counsel for Defendant, Ramesh "Sunny" Balwani, has relocated and changed their office address. The email, telephone and facsimile remain the same. The new address is as follows:

> STEPHEN A. CAZARES
> scazares@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 355 S. Grand Avenue, Suite 2700
> Los Angeles, CA 90071-1596

Please direct any future correspondence, notices and pleadings to the new address listed above.

DATED: August 29, 2022                                Respectfully submitted,

                                                      ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                      */s/ Stephen A. Cazares*
                                                      STEPHEN A. CAZARES
                                                      Attorney for Defendant
                                                      RAMESH "SUNNY" BALWANI