STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | ADMINISTRATIVE MOTION FOR TRANSCRIPT OF SEALED FEBRUARY 10, 2020 HEARING |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Court: Hon. Edward J. Davila |
| Defendants. | |

**Administrative Motion**

Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, Plaintiff United States hereby moves this Court for an order authorizing the generation and release to the undersigned of the transcript of the sealed conference held before the Court on February 10, 2020. A proposed order to that effect is attached hereto.

DATED: September 19, 2022                                    Respectfully submitted,

                                                             STEPHANIE M. HINDS
                                                             United States Attorney


                                                             __*/s/ John C. Bostic*_____
                                                             JEFF SCHENK
                                                             JOHN C. BOSTIC
                                                             ROBERT S. LEACH
                                                             KELLY I. VOLKAR
                                                             Assistant United States Attorneys