1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Email:  Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR TRANSCRIPT OF SEALED FEBRUARY 10, 2020 HEARING |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Court:  Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION,
CASE NO. 18-258 EJD

1  This CAUSE having come before the court upon Plaintiff United States of America's
2 Administrative Motion for Transcript of Sealed February 10, 2020 Hearing. After due consideration of
3 the filings and the governing law,

4  IT IS HEREBY ORDERED that United States' motion is GRANTED, and that a transcript of the
5 February 10, 2020 sealed conference before the Court be generated and provided under seal to counsel
6 to United States of America.

7  IT IS FURTHER ORDERED that the transcript shall remain under seal until the Court orders
8 otherwise.

10  **IT IS SO ORDERED.**

12 DATED: _____

_____
HON. EDWARD J. DAVILA
United States District Judge