STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | ADMINISTRATIVE MOTION FOR TRANSCRIPT OF SEALED MARCH 20, 2020 HEARING |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Court:  Hon. Edward J. Davila |
| Defendants. | |

**Administrative Motion**

Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, Plaintiff United States hereby moves this Court for an order authorizing the generation and release to the undersigned of the transcript of the sealed conference held before the Court on March 20, 2020.  A proposed order to that effect is attached hereto.

DATED:  September 19, 2022                                 Respectfully submitted,

   STEPHANIE M. HINDS
   United States Attorney

   __/s/ John C. Bostic_____
   JEFF SCHENK
   JOHN C. BOSTIC
   ROBERT S. LEACH
   KELLY I. VOLKAR
   Assistant United States Attorneys