STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR TRANSCRIPT OF SEALED FEBRUARY 10, 2020 HEARING |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Court:  Hon. Edward J. Davila |

1   This CAUSE having come before the court upon Plaintiff United States of America's
2   Administrative Motion for Transcript of Sealed February 10, 2020 Hearing. After due consideration of
3   the filings and the governing law,
4   IT IS HEREBY ORDERED that United States' motion is GRANTED, and that a transcript of the
5   February 10, 2020 sealed conference before the Court be generated and provided under seal to counsel
6   to United States of America.
7   IT IS FURTHER ORDERED that the transcript shall remain under seal until the Court orders
8   otherwise.

10  **IT IS SO ORDERED.**

12  DATED:  September 19, 2022

    _____
    HON. EDWARD J. DAVILA
    United States District Judge