1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Email: Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,           ) Case No. 18-CR-00258 EJD
                                       )
15      Plaintiff,                     ) [PROPOSED] ORDER GRANTING
                                       ) ADMINISTRATIVE MOTION FOR TRANSCRIPT
16      v.                             ) OF SEALED MARCH 20, 2020 HEARING
                                       )
17 ELIZABETH HOLMES and RAMESH         )
   "SUNNY" BALWANI,                    )
18                                     )
        Defendants.                    ) Court: Hon. Edward J. Davila
19                                     )

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION,
CASE NO. 18-258 EJD

1   This CAUSE having come before the court upon Plaintiff United States of America's
2   Administrative Motion for Transcript of Sealed March 20, 2020 Hearing. After due consideration of the
3   filings and the governing law,
4   IT IS HEREBY ORDERED that United States' motion is GRANTED, and that a transcript of the
5   March 20, 2020 sealed conference before the Court be generated and provided under seal to counsel to
6   United States of America.
7   IT IS FURTHER ORDERED that the transcript shall remain under seal until the Court orders
8   otherwise.

10  **IT IS SO ORDERED.**

12  DATED:  September 19, 2022

            HON. EDWARD J. DAVILA
            United States District Judge