JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING IN PART DEFENDANT'S MOTION FOR NEW TRIAL AND FOR LEAVE TO PARTICIPATE AT EVIDENTIARY HEARING**<br><br>Judge:   Honorable Edward J. Davila |

## [PROPOSED] ORDER

On October 6, 2022, Defendant Ramesh "Sunny" Balwani submitted a motion for new trial and for leave to participate at evidentiary hearing in the Holmes matter currently scheduled for October 17, 2022.

The Court, having reviewed the motion, finds good cause and hereby **RESERVES** ruling on the motion for new trial and **GRANTS** Mr. Balwani's request for leave to participate in the evidentiary hearing in the Holmes matter currently scheduled for October 17, 2022.

Mr. Balwani shall provide post-hearing briefing on the same schedule as provided for Ms. Holmes and the government.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE