JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>           Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF STEPHEN A. CAZARES IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO CONTINUE SENTENCING**<br><br>Judge:  Honorable Edward J. Davila |

**DECLARATION OF STEPHEN A. CAZARES**

I, Stephen A. Cazares, declare as follows:

1. I am counsel for defendant Ramesh "Sunny" Balwani in this case, an attorney admitted to practice in the State of California, and of Counsel at the law firm of Orrick, Herrington & Sutcliffe LLP. I submit this declaration in support of Mr. Balwani's motion to continue sentencing.

2. Exhibit 1 is an excerpted copy of Progress Notes of Dr. Rajesh Shinghal. This exhibit is filed with Mr. Balwani's administrative motion to seal.

3. The elder of Mr. Balwani's two brothers, and his wife and two children, who reside in Ohio, will be unable to travel to San Jose for sentencing in December because Mr. Balwani's niece (at Ohio State) and nephew (a high school Junior) have school exams scheduled throughout December 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 24, 2022, at Los Angeles, California.


                                            *s/Stephen A. Cazares*
                                            STEPHEN A. CAZARES

1

Cazares Decl. ISO Motion to Continue Sentencing
18-CR-00258-EJD