1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)

3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
6
   Email: jcoopersmith@orrick.com; awalsh@orrick.com;
7  scazares@orrick.com

8

   Attorneys for Defendant
9  RAMESH "SUNNY" BALWANI

10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN JOSE DIVISION
14

15

   UNITED STATES OF AMERICA,              Case No. 18-CR-00258-EJD
16
                 Plaintiff,               **DEFENDANT RAMESH "SUNNY"**
17                                        **BALWANI'S PROOF OF ELECTRONIC**
          v.                              **FILING AND SERVICE OF SEALED**
18                                        **DOCUMENTS**
   RAMESH "SUNNY" BALWANI,
19                                        Judge:   Honorable Edward J. Davila
                 Defendants.              Ctrm:    4, 5th Floor
20

21

22

23

24

25

26

27

28

1    I, Jennifer Cygnor, hereby certify as follows:

2    I am more than eighteen years old and am not a party to this action. My business address

3    is Orrick, Herrington & Sutcliffe LLP, 701 Fifth Avenue, Ste. 5600, Seattle, WA 98104. On this

4    24th day of October 2022, I served the following documents via email:

5    • **DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO CONTINUE
        SENTENCING**
6    • **EXHIBIT 1 TO THE DECLARATION OF STEVEN A. CAZARES IN SUPPORT
        OF DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO CONTINUE
7        SENTENCING**
     • **DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION
8        TO SEAL PORTIONS OF DEFENDANT'S MOTION TO CONTINUE
        SENTENCING**
9    • **DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF
        DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION
10       TO SEAL PORTIONS OF DEFENDANT'S MOTION TO CONTINUE
        SENTENCING**
11   • **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY"
        BALWANI'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF
12       DEFENDANT'S MOTION TO CONTINUE SENTENCING**

13   to the following counsel of record in the above-referenced matter:

14
        Robert S. Leach
15      robert.leach@usdoj.gov
        Jeffrey Benjamin Schenk
16      jeffrey.b.schenk@usdoj.gov
        John Curtis Bostic
17      john.bostic@usdoj.gov
        Kelly I Volkar
18      kelly.volkar@usdoj.gov
        **UNITED STATES ATTORNEY'S OFFICE**
19      **NORTHERN DISTRICT OF CALIFORNIA**
        150 Almaden Boulevard, Suite 900
20      San Jose, CA 95115
        Tel.:  408-535-5061
21      Fax:  408-535-5066
22

23   I certify under penalty of perjury that the foregoing is true and correct. Executed on the

24   24th day of October 2022, in Bremerton, Washington.

25

26                                          _____
                                            JENNIFER CYGNOR
27

28

                                         1