JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | **DEFENDANT RAMESH "SUNNY" BALWANI'S SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO CONTINUE SENTENCING** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | Date:  November 7, 2022<br>Time:  1:30 p.m.<br>CTRM.: 4, 5th Floor |
| | Hon. Edward J. Davila |

Mr. Balwani supplements his reply in support of his motion to continue his sentencing with information not available as of the reply brief filed on the evening of October 31, 2022. Criminal Local Rule 32-5 provides that the final Presentence Report and recommendations must be disclosed to counsel "at least 14 days before the date set for sentencing." Based on the current sentencing date of November 15, 2022 (subject to a ruling on Mr. Balwani's pending continuance motion), the final Presentence Report and recommendations were due on November 1, 2022. Counsel did not receive the report on November 1, and still has not received it as of this filing.

The Probation Office has been highly professional, helpful, and responsive throughout the presentence investigation process, and we do not fault that office in any way. Nonetheless, a case of this complexity requires counsel to have the full period mandated by the Local Rules to consider the findings in the final Presentence Report when preparing Mr. Balwani's submissions to this Court. In addition to the grounds for a continuance previously addressed, the new circumstances mean that the scheduled sentencing hearing cannot go forward because of the 14-day requirement in the Local Rules.

DATED: November 2, 2022

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith

Attorney for Defendant
RAMESH "SUNNY" BALWANI