UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** November 7, 2022  **Time:** 9:34-9:55 AM  **Judge:** Edward J. Davila

**Total Time:** 21 min

**Case No.:** 5:18-CR-00258-2 EJD  **Case Name:** *United States v. Ramesh "Sunny" Balwani* (P) (NC)

**Attorney for Plaintiff:** Robert Leach, Jeffrey Schenk, John Bostic, Kelly Volkar

**Attorney for Defendant:** Jeffrey Coopersmith, Shawn Estrada

**Deputy Clerk:** Cheré Robinson  **Court Reporter:** Irene Rodriguez

**Probation Officer:** Jessica Goldsberry

### PROCEEDINGS – MOTION HEARING

Defendant present and no in custody.

Hearing held on Defendant's Motion to Continue Sentencing (ECF No. 1622). Arguments of Counsel heard.

The Court continues sentencing hearing to December 7, 2022.

Probation will complete Presentence Investigation Report by close of business on November 14, 2022.

**CASE CONTINUED TO: December 7, 2022, at 10:00 A.M. for Sentencing.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Cheré Robinson**
**Courtroom Deputy**
**Original:** Efiled
**CC:**