STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANT RAMESH "SUNNY" BALWANI'S MOTION TO CONTINUE SENTENCING |
| v. | |
| RAMESH BALWANI, | |
| Defendant. | Date: November 7, 2022<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Davila |

[PROPOSED] ORDER,
CASE NO. 18-258 EJD

# ~~[PROPOSED]~~ ORDER

On October 31, 2022, the government submitted an administrative motion to seal certain portions of its opposition to defendant's motion to continue sentencing. The Court finds the following lines of government's opposition are appropriately sealed:

| Document | Portion to Be Sealed |
|---|---|
| United States' Opposition to Defendant Ramesh "Sunny" Balwani's Motion to Continue Sentencing | p.1 line 15 except the words "First it is premature to conclude" <br><br> p.1 line 16 except the words "On October 13, 2022" <br><br> p.1 lines 17-27, <br><br> p.2 lines 1-5 |

The unredacted version of the government's opposition shall be filed under seal.

**IT IS SO ORDERED.**

DATED: November 7, 2022

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE