JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>  Defendant. | Case No. 18-CR-00258-EJD<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO CONTINUE SENTENCING**<br><br>Judge:    Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On October 31, 2022, Defendant Ramesh "Sunny" Balwani submitted an administrative motion to seal certain portions of Defendant's Reply in Support of Motion to Continue Sentencing.

The Court, having reviewed the motion to seal, finds good cause and compelling reasons to seal limited portions of Mr. Balwani's reply to protect his medical privacy and hereby **GRANTS** Mr. Balwani's motion as follows:

| Document | Portion to be Sealed |
|---|---|
| Reply in Support of Motion to Continue Sentencing | pg. 1, lines 3–4, 10–13, and 16–26. |

**IT IS SO ORDERED.**

Dated: November 7, 2022

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE