JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL NOTICE OF FILING OF ADDITIONAL MEDICAL RECORDS<br><br>Judge:   Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On November 8, 2022, Defendant Ramesh "Sunny" Balwani submitted an administrative motion to seal his notice of filing additional medical records and attached exhibit.

The Court, having reviewed the motion to seal, finds good cause and compelling reasons to seal the notice and attachment and **GRANTS** Mr. Balwani's motion as follows:

| Document | Portion to be Sealed |
|---|---|
| Notice of Filing Additional Medical Records | All |

**IT IS SO ORDERED.**

Dated: November 8, 2022

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE