UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-18-00258-EJD |
| PLAINTIFF, | ) | |
| | ) | SAN JOSE, CALIFORNIA |
| VS. | ) | |
| | ) | NOVEMBER 7, 2022 |
| RAMESH "SUNNY" BALWANI, | ) | |
| | ) | PAGES 1 - 18 |
| DEFENDANT. | ) | |
| _____ | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

            (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074


        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1    A P P E A R A N C E S: (CONT'D)

 2    FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                              BY:  SHAWN ESTRADA
 3                            THE ORRICK BUILDING
                              405 HOWARD STREET
 4                            SAN FRANCISCO, CALIFORNIA 94105

 5                            BY:  JEFFREY COOPERSMITH
                              701 FIFTH AVENUE, SUITE 5600
 6                            SEATTLE, WASHINGTON 98104

 7    U.S. PROBATION:         JESSICA GOLDSBERRY

 8
      ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
 9                            BY:  SARA SLATTERY, PARALEGAL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
       1    SAN JOSE, CALIFORNIA                    NOVEMBER 7, 2022

       2                    P R O C E E D I N G S

09:34AM 3        (COURT CONVENED AT 9:34 A.M.)

09:34AM 4             THE COURT:  LET'S CALL 18-258, UNITED STATES VERSUS

09:34AM 5    RAMESH BALWANI.

09:34AM 6         LET ME HAVE THE APPEARANCE OF THE PARTIES, PLEASE.

09:34AM 7         WHO APPEARS FOR THE GOVERNMENT?

09:34AM 8             MR. LEACH:  GOOD MORNING, YOUR HONOR.

09:34AM 9         ROBERT LEACH ON BEHALF OF THE UNITED STATES.

09:34AM 10        I'M HERE WITH JEFF SCHENK, JOHN BOSTIC, AND KELLY VOLKAR.

09:34AM 11            THE COURT:  THANK YOU.  GOOD MORNING.

09:34AM 12            MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.

09:34AM 13        JEFF COOPERSMITH ON BEHALF OF MR. BALWANI.

09:34AM 14        I'M HERE WITH MY COLLEAGUE, SHAWN ESTRADA, AND MR. BALWANI

09:34AM 15   IS PRESENT.

09:34AM 16            THE COURT:  THANK YOU.  GOOD MORNING.

09:34AM 17        WHO APPEARS FOR PROBATION?

09:34AM 18            PROBATION OFFICER:  GOOD MORNING, YOUR HONOR.

09:34AM 19        JESSICA GOLDSBERRY FOR PROBATION.

09:34AM 20            THE COURT:  THANK YOU.  GOOD MORNING.

09:34AM 21        WE'RE HERE TODAY BECAUSE OF A NOTICED MOTION, I THINK IT'S

09:34AM 22   1621, A MOTION TO CONTINUE SENTENCING.

09:34AM 23        I'VE READ THE MOTION, THE OPPOSITION, THE REPLY, AND

09:34AM 24   SOMETHING CALLED A SUPPLEMENTAL REPLY.

09:34AM 25        ARE THERE ANY OTHER PLEADINGS THAT THE PARTIES WANT TO
```

```
09:34AM   1    CALL MY ATTENTION TO?

09:34AM   2              MR. LEACH:  NO, YOUR HONOR.

09:34AM   3              MR. COOPERSMITH:  NO, YOUR HONOR.

09:34AM   4              THE COURT:  ALL RIGHT.  FOR MR. COOPERSMITH, WHY

09:35AM   5    DON'T YOU GIVE US AN UPDATE ON THE MEDICAL SITUATION.

09:35AM   6              MR. COOPERSMITH:  YES, YOUR HONOR.

09:35AM   7         ONE THING I'LL NOTE IS THAT THESE ARE PRIVATE MATTERS,

09:35AM   8    AND --

09:35AM   9              THE COURT:  WELL, YOU CAN TALK ABOUT THEM WITHOUT

09:35AM  10    GETTING INTO DETAIL I THINK.

09:35AM  11              MR. COOPERSMITH:  I WILL TRY, YOUR HONOR.

09:35AM  12              THE COURT:  SURE.

09:35AM  13              MR. COOPERSMITH:  AND IF THE COURT HAS QUESTIONS

09:35AM  14    THAT GET INTO DETAIL, I'LL ASK YOU TO SEAL THE COURTROOM.

09:35AM  15              THE COURT:  RIGHT.

09:35AM  16              MR. COOPERSMITH:  I UNDERSTAND.

09:35AM  17         SO THE MEDICAL SITUATION IS UNCHANGED FROM WHAT YOU'VE

09:35AM  18    READ ABOUT IN OUR PAPERS, YOUR HONOR.

09:35AM  19         THERE'S STILL THIS ISSUE THAT REQUIRES MR. BALWANI TO TAKE

09:35AM  20    MEDICATION AND --

09:35AM  21              THE COURT:  LET ME LOOK AT THE LATEST DOCTOR'S

09:35AM  22    UPDATE THAT YOU BROUGHT WITH YOU TODAY.

09:35AM  23              MR. COOPERSMITH:  OH, YES, YOUR HONOR.

09:35AM  24              THE COURT:  DID YOU SHARE THAT WITH THE GOVERNMENT?

09:35AM  25              MR. COOPERSMITH:  I CAN GIVE THEM A COPY,
```

09:35AM 1      YOUR HONOR.

09:35AM 2                  THE COURT:  SURE.  THAT WOULD BE HELPFUL.

09:35AM 3                  MR. COOPERSMITH:  AND -- (HANDING.)

09:35AM 4          THIS IS JUST FROM A VISIT TO THE PHYSICIAN ON FRIDAY, LAST

09:35AM 5      WEEK, ON NOVEMBER 4TH.

09:35AM 6                  THE COURT:  SURE.

09:35AM 7                  MR. COOPERSMITH:  AND IT JUST -- AND I CAN GO INTO

09:36AM 8      DETAIL ABOUT WHY CERTAIN PRESCRIPTIONS WERE CHANGED AND WHAT

09:36AM 9      IMPACT THEY HAVE, BUT, AGAIN, IT WOULD BE HARD TO DO THAT IN

09:36AM 10     OPEN COURT.

09:37AM 11         (PAUSE IN PROCEEDINGS.)

09:37AM 12                 THE COURT:  WELL, THIS IS INVOLVING A MEDICATION

09:37AM 13     CHANGE.

09:37AM 14                 MR. COOPERSMITH:  YES, YOUR HONOR.  AND IT WOULD BE

09:37AM 15     PERHAPS HELPFUL TO THE COURT TO HEAR SOME MORE DETAIL ABOUT WHY

09:37AM 16     THAT OCCURRED AND WHAT THE SITUATION IS, BUT, AGAIN, I DON'T

09:37AM 17     KNOW HOW I CAN DO THAT IN AN OPEN COURTROOM.

09:37AM 18         (PAUSE IN PROCEEDINGS.)

09:37AM 19                 THE COURT:  SO THE LAST -- ONE OF YOUR PLEADINGS

09:37AM 20     SUGGESTS THAT I THINK THERE WAS A FOUR WEEK TIME PERIOD, AND IT

09:37AM 21     WAS MENTIONED.  AND THAT SHOULD -- LET'S SEE.  WOULD THAT

09:37AM 22     HAVE -- WELL, THERE WAS 21 DAYS INITIALLY, I THINK, IN THE

09:37AM 23     PLEADINGS.  THAT SHOULD TAKE US TO NOVEMBER 3RD.  AND THEN

09:37AM 24     THERE WAS A FOUR WEEK PERIOD THAT SHOULD TAKE US A LITTLE BIT

09:37AM 25     BEYOND.

09:37AM 1      DO YOU HAVE ANY UPDATE -- ANY OTHER MEDICAL UPDATES OTHER

09:38AM 2  THAN MEDICATION CHANGES?

09:38AM 3      MR. COOPERSMITH:  ONLY -- WHAT I CAN SAY OPENLY,

09:38AM 4  YOUR HONOR, IS THAT THERE IS NO CHANGE IN MR. BALWANI'S

09:38AM 5  CONDITION, AND THAT YOU'RE CORRECT THAT ON AVERAGE FOUR WEEKS

09:38AM 6  IS A TIMEFRAME WHERE THIS ISSUE FOR SOME PATIENTS IS RESOLVED,

09:38AM 7  BUT IN THIS CASE IS NOT YET TO BE RESOLVED.

09:38AM 8      OBVIOUSLY THE FOUR WEEKS IS NOT A HARD AND FAST RULE.  IT

09:38AM 9  COULD OCCUR IN THAT TIMEFRAME OR NOT.

09:38AM 10      AND AS WE ALSO EXPLAINED, IF IT IS NOT RESOLVED IN THAT

09:38AM 11  TIMEFRAME, THERE IS ADDITIONAL MEDICAL TREATMENT THAT

09:38AM 12  MR. BALWANI WOULD HAVE TO CONSIDER.

09:38AM 13      SO --

09:38AM 14      THE COURT:  THAT'S WHAT I THOUGHT WE WOULD BE

09:38AM 15  TALKING ABOUT TODAY BECAUSE OF THE PASSAGE OF TIME PUTS US IN

09:38AM 16  THAT FOUR WEEK PERIOD.

09:38AM 17      AND IF THINGS HAVEN'T HAPPENED THEN I THINK YOUR PAPERS

09:38AM 18  SUGGEST AT LEAST TWO OTHER PROCEDURES, POTENTIAL PROCEDURES.

09:38AM 19  BUT --

09:38AM 20      MR. COOPERSMITH:  RIGHT.  IT HASN'T QUITE BEEN FOUR

09:39AM 21  WEEKS, YOUR HONOR.  THE ORIGINAL VISIT, BASED ON THE

09:39AM 22  ATTACHMENT, THE DOCTOR'S NOTES FROM OUR ORIGINAL MOTION, IS

09:39AM 23  OCTOBER 13TH.

09:39AM 24      THE COURT:  RIGHT.

09:39AM 25      MR. COOPERSMITH:  SO IT'S NOT QUITE BEEN THE FOUR

| | | |
|---|---|---|
| 09:39AM | 1 | WEEKS. |
| 09:39AM | 2 | SO AFTER THAT DATE, YOU KNOW, I'M NOT SURE IT'S PRECISELY |
| 09:39AM | 3 | ON NOVEMBER 13TH OR GIVE OR TAKE A DAY, BUT THAT POINT NEXT |
| 09:39AM | 4 | WEEK, WHICH IS OBVIOUSLY RIGHT ON THE HEELS OF THE CURRENT |
| 09:39AM | 5 | SENTENCING SCHEDULE, HE WOULD HAVE TO CONSIDER ADDITIONAL |
| 09:39AM | 6 | PROCEDURES WHICH WE'VE LAID OUT IN OUR PAPERS. |
| 09:39AM | 7 | THE COURT:  I SEE.  OKAY. |
| 09:39AM | 8 | WELL, LET ME HEAR FROM THE GOVERNMENT AT THIS POINT BEFORE |
| 09:39AM | 9 | WE GO -- DISCUSS ANYTHING FURTHER. |
| 09:39AM | 10 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 09:39AM | 11 | I DON'T HAVE ANYTHING ADDITIONAL BEYOND WHAT IS IN OUR |
| 09:39AM | 12 | PAPERS.  OBVIOUSLY WE DON'T HAVE ANY ADDITIONAL INSIGHT INTO |
| 09:39AM | 13 | THE DEFENDANT'S CONDITION OTHER THAN WHAT HAS BEEN PROVIDED |
| 09:39AM | 14 | HERE IN COURT TODAY. |
| 09:39AM | 15 | THE -- BASED ON THE ONE PAGE THAT MR. COOPERSMITH HAS |
| 09:40AM | 16 | PROVIDED, THE ONLY THING I'M OBSERVING IS A CHANGE IN |
| 09:40AM | 17 | MEDICATION, AND IT DOESN'T APPEAR THAT HE HAS ANY APPOINTMENTS |
| 09:40AM | 18 | SCHEDULED IN THE FORESEEABLE FEATURE. |
| 09:40AM | 19 | SO I DON'T HAVE ANY MORE INFORMATION THAN THAT. |
| 09:40AM | 20 | I DID NOTE THE FOUR WEEKS WOULD BRING US INTO EITHER LATE |
| 09:40AM | 21 | THIS WEEK OR EARLY NEXT, AND WE WOULD LIKE TO KEEP THINGS ON |
| 09:40AM | 22 | TRACK AS MUCH AS POSSIBLE. |
| 09:40AM | 23 | THE COURT:  IT DOES SAY NO FURTHER APPOINTMENTS.  IT |
| 09:40AM | 24 | SUGGESTS EVERYTHING IS FINE. |
| 09:40AM | 25 | MR. COOPERSMITH:  EVERYTHING IS NOT FINE, |

09:40AM 1    YOUR HONOR.  AND MR. BALWANI WOULD REACH OUT AND MAKE AN

09:40AM 2    APPOINTMENT.

09:40AM 3          AND I'LL JUST SAY, HE'S SUFFERING CONSIDERABLE PAIN AND

09:40AM 4    THE MEDICATIONS HAVE AN IMPACT, WHICH I CAN GO INTO IN A CLOSED

09:40AM 5    COURTROOM.

09:40AM 6          AND, YOUR HONOR, ONE OTHER THING IS THAT THE APPOINTMENT

09:40AM 7    THAT WHERE YOU SEE THE MEDICATION CHANGE THAT WAS IN THE PAPER

09:40AM 8    THAT I HANDED UP TO THE COURT, THAT WAS JUST FROM NOVEMBER 4TH.

09:41AM 9    OBVIOUSLY WE'RE NOW A FEW DAYS LATER, THE NEXT BUSINESS DAY,

09:41AM 10   NOVEMBER 7TH, AND THERE ARE GOING TO BE, AS THERE ALWAYS ARE,

09:41AM 11   MORE DETAILED CHART NOTES ABOUT THAT APPOINTMENT.

09:41AM 12         BUT THEY JUST DON'T HAVE THOSE AVAILABLE YET FROM

09:41AM 13   SUTTER HEALTH AS OF COURT THIS MORNING.  YOU KNOW, WE OBVIOUSLY

09:41AM 14   CAN PROVIDE THEM TO THE COURT BUT, YOU KNOW, HOPEFULLY THEY'RE

09:41AM 15   AVAILABLE TODAY AT SOME POINT, BUT I DIDN'T HAVE THEM OTHER

09:41AM 16   THAN THE ONE PAGE I HANDED UP, I DIDN'T HAVE THE CHART AND

09:41AM 17   OBVIOUSLY WE LOOKED FOR THEM AND MY OWN EXPERIENCE IS SIMILAR,

09:41AM 18   AND MAYBE YOUR HONOR'S TOO, THAT SOMETIMES CHART NOTES DON'T

09:41AM 19   GET IN THE FILE RIGHT AWAY AND IT TAKES A DAY OR TWO.

09:41AM 20         THE COURT:  SUTTER HEALTH IS REALLY AMAZING.  THEY

09:41AM 21   REALLY HAVE A COMPREHENSIVE REPORTING SYSTEM, AND IT IS AMAZING

09:41AM 22   HOW YOU CAN GO ONLINE WITH YOUR ACCOUNT AND GET YOUR DOCTOR OR

09:41AM 23   YOUR PHYSICIAN'S NOTES, WHATEVER SHE HAS PUT IN THERE, AND YOU

09:41AM 24   GET THEM IN REAL TIME, SO IT'S A VERY EFFICIENT SYSTEM, MY

09:42AM 25   EXPERIENCE IS.

09:42AM  1          MR. COOPERSMITH:  AND THAT'S EXACTLY WHAT

09:42AM  2     MR. BALWANI HAS BEEN LOOKING AT AND THAT'S WHAT WE WOULD

09:42AM  3     PROVIDE TO THE COURT IF IT WERE AVAILABLE, IT'S JUST NOT

09:42AM  4     AVAILABLE THIS MINUTE.

09:42AM  5          THE COURT:  WELL, LET ME TALK ABOUT SOMETHING THAT

09:42AM  6     IS PERHAPS A LITTLE MORE TANGIBLE THAT WE CAN ACTUALLY FOCUS

09:42AM  7     ON, AND THAT IS THE PROBATION REPORT.

09:42AM  8          MR. COOPERSMITH:  CERTAINLY.

09:42AM  9          THE COURT:  AND YOU DON'T HAVE IT YET.  MY SENSE IS

09:42AM 10     THAT YOU WOULD HAVE TO TODAY.  IS THAT --

09:42AM 11          PROBATION OFFICER:  THEY COULD HAVE IT TODAY.

09:42AM 12          THE COURT:  RIGHT.  SO IF THAT WERE TO HAPPEN, THEN

09:42AM 13     WE WOULD COUNT -- WE WOULD COUNT 14 DAYS FROM THAT.

09:42AM 14       LET ME JUST STATE, YOU'RE ABSOLUTELY RIGHT IN YOUR

09:42AM 15     PLEADINGS, YOU'RE ENTITLED TO HAVE THE REPORT 14 DAYS PRIOR TO,

09:42AM 16     AND SO I -- RECOGNIZING THAT, I AM GOING TO CONTINUE THE

09:42AM 17     SENTENCING FROM THE CURRENT SENTENCE DATE AT A MINIMUM TO ALLOW

09:42AM 18     YOU TO HAVE THE STATUTORY PERIOD OF TIME THAT YOU REQUIRE TO

09:42AM 19     PREPARE.

09:42AM 20       AND I'VE LOOKED AT DATES.  LET'S JUST TALK ABOUT THAT FOR

09:42AM 21     JUST A MOMENT.  THE DATES THAT ARE AVAILABLE TO THE COURT TO

09:43AM 22     CONTINUE ARE WE CAN DO NOVEMBER 23RD, WHICH IS THE DAY BEFORE A

09:43AM 23     HOLIDAY, BUT WE'RE AVAILABLE THEN; DECEMBER 6TH; DECEMBER 7TH.

09:43AM 24       LET'S START WITH THOSE THREE DATES.

09:43AM 25          MR. COOPERSMITH:  YES, YOUR HONOR.

09:43AM 1    A COUPLE OF THINGS, AND WE DID NOTE IN OUR PLEADINGS THAT,

09:43AM 2 YES, THOSE DATES WOULD GIVE US THE 14 DAYS THAT THE LOCAL RULES

09:43AM 3 PROVIDE, AND WE APPRECIATE YOUR HONOR'S SENSITIVITY TO THAT, SO

09:43AM 4 THANK YOU FOR THAT.

09:43AM 5    WE ALSO EXPLAINED, YOU KNOW, SOME OF THE TRAVEL ISSUES

09:43AM 6 WITH MR. BALWANI'S FAMILY IN OHIO.

09:43AM 7    THE COURT:  I READ THAT.  THE CHILDREN HAVE FINALS

09:43AM 8 DURING THAT TIME AND THEY WOULD OTHERWISE BE PRECLUDED.

09:43AM 9    YOU KNOW, MY SENSE IS THEY SHOULD FOCUS ON THEIR FINALS,

09:43AM 10 AND THAT'S THE MOST IMPORTANT THING.  I RATHER EXPECT YOUR

09:44AM 11 CLIENT PROBABLY IN HIS GENEROSITY WOULD WANT THEM TO FOCUS ON

09:44AM 12 THEIR -- DO WELL AND GET A'S CONSISTENTLY ON THEIR EXAMS AS

09:44AM 13 OPPOSED TO BEING HERE, BUT IT'S NOT APPROPRIATE FOR ME TO SAY,

09:44AM 14 BUT --

09:44AM 15    MR. COOPERSMITH:  OF COURSE, YOUR HONOR.

09:44AM 16    THE COURT:  I GUESS I WAS TRYING TO SAY THAT DOESN'T

09:44AM 17 MOTIVATE ME, AND PARDON ME, I DON'T MEAN ANY DISRESPECT TO YOUR

09:44AM 18 CLIENT OR HIS FAMILY, BUT I DON'T FIND GOOD CAUSE IN THAT.

09:44AM 19 MAYBE THE GOVERNMENT, MAYBE THEY DO.

09:44AM 20    MR. LEACH:  WE DO NOT, YOUR HONOR.  WE LAID OUT OUR

09:44AM 21 REASONING IN OUR PAPERS.  THERE ARE A NUMBER OF DIFFERENT

09:44AM 22 INTERESTS AT STAKE IN THE SENTENCING, AND WE DIDN'T THINK

09:44AM 23 FINALS WERE A REASON TO HAVE A SIGNIFICANT DELAY BETWEEN THE

09:44AM 24 TWO SENTENCINGS.

09:44AM 25    SO FOR THE REASONS WE SET FORTH IN OUR BRIEF, WE DID NOT

09:44AM  1    THINK THAT WAS GOOD CAUSE FOR NOT FINDING A DATE IN DECEMBER.

09:44AM  2              THE COURT:  SURE.  WELL, THANK YOU.

09:44AM  3         AND I NOTE THE BROTHER, A BROTHER, I THINK, I DON'T KNOW,

09:44AM  4    I SAW FAMILY MEMBERS HERE, YOU MAY HAVE IDENTIFIED THEM AS

09:44AM  5    BROTHERS AND OTHERS IN COURT.

09:45AM  6         AND I DON'T THINK THAT THESE YOUNG PEOPLE WERE HERE, THE

09:45AM  7    STUDENTS WERE HERE AT ALL.  THEY WERE IN THEIR STUDIES I'M

09:45AM  8    SURE.

09:45AM  9              MR. COOPERSMITH:  YES.  ONE OF THE YOUNG PEOPLE,

09:45AM 10    MR. BALWANI'S NIECE, WAS PRESENT IN COURT.  HER NAME IS

09:45AM 11    TANYA BALWANI.  SHE'S ONE OF THE -- SHE'S A STUDENT AT

09:45AM 12    OHIO STATE.  THAT'S WHY SHE HAS FINALS.

09:45AM 13              THE COURT:  SURE.

09:45AM 14              MR. COOPERSMITH:  I KNOW THAT ORDINARILY,

09:45AM 15    YOUR HONOR, IT WOULD SOUND LIKE, WELL, THESE ARE NIECES AND

09:45AM 16    NEPHEWS.  AND ALSO THERE'S AN ISSUE WITH ONE OF MR. BALWANI'S

09:45AM 17    BROTHERS, RAGESH BALWANI, HE LIVES IN THE BAY AREA, BUT HIS

09:45AM 18    WIFE IS HAVING TO TRAVEL OVERSEAS TO VISIT HER VERY ILL FATHER,

09:45AM 19    AND I KNOW ORDINARILY THE COURT MIGHT THINK, WELL, THAT'S TOO

09:45AM 20    BAD, BUT EVERYONE HAS THEIR OWN SCHEDULES.

09:45AM 21         MR. BALWANI DOESN'T HAVE ANY CHILDREN OF HIS OWN.  HE'S

09:45AM 22    VERY CLOSE TO BOTH OF HIS BROTHERS AND HIS BROTHERS' FAMILIES

09:45AM 23    AND HIS NIECES AND NEPHEWS IN PART BECAUSE HE DOESN'T HAVE

09:46AM 24    CHILDREN OF HIS OWN.  AND SO THESE ARE VERY CLOSE FAMILY

09:46AM 25    MEMBERS, AND CLOSER THAN CERTAINLY I AM TO MY OWN NIECES AND

09:46AM 1    NEPHEWS, AND THAT'S WHY WE BROUGHT THAT TO THE ATTENTION OF THE

09:46AM 2    COURT.

09:46AM 3         THE COURT:  SURE, OF COURSE.

09:46AM 4         MR. COOPERSMITH:  THE ONLY THING I WOULD LIKE TO SAY

09:46AM 5    AGAIN, YOUR HONOR, AND I, AGAIN, I DO APPRECIATE THE COURT'S

09:46AM 6    CONSIDERATION ABOUT THE 14 DAYS, IS THAT -- AND AGAIN, IT'S

09:46AM 7    HARD TO SPEAK OPENLY, BUT THERE'S STILL THESE MEDICAL ISSUES

09:46AM 8    THAT ARE IMPACTING MR. BALWANI, THEY ARE IMPACTING HIS ABILITY

09:46AM 9    TO CONCENTRATE AND FOCUS ON THIS REALLY IMPORTANT TASK AT HAND,

09:46AM 10   AND THIS MAY NOT BE RESOLVED IN THE TIMEFRAME THE COURT IS

09:46AM 11   TALKING ABOUT.

09:46AM 12        THAT'S WHY WE WERE HOPING THAT THE COURT COULD -- WE'RE

09:46AM 13   NOT ASKING FOR A VERY LENGTHY CONTINUANCE AS THINGS GO.

09:46AM 14        THE COURT:  LET ME ASK YOU, ARE YOU ASKING TO BE

09:46AM 15   SENTENCED AFTER THE CODEFENDANT, IS THAT YOUR DESIRE?

09:46AM 16        MR. COOPERSMITH:  THAT WOULD BE THE IMPACT OF THE

09:46AM 17   CONTINUANCE, BUT THAT'S NOT PART OF OUR MOTION, YOUR HONOR.

09:46AM 18        WELL, WE ARE ASKING FOR --

09:47AM 19        THE COURT:  WELL, IMPLICITLY IT ISN'T, BUT ON THE

09:47AM 20   CALENDAR IT IS.

09:47AM 21        MR. COOPERSMITH:  AS IT HAPPENED, YOUR HONOR.

09:47AM 22        BUT WE ARE SIMPLY ASKING FOR THE CONSIDERATION GIVEN THE

09:47AM 23   HEALTH ISSUES SO MR. BALWANI CAN BE SINGULARLY FOCUSSED WITH

09:47AM 24   HIS LAWYERS ON THIS TASK AND THAT'S WHY WE'VE ASKED FOR -- AND

09:47AM 25   I KNOW -- I UNDERSTAND AND I RESPECT THE GOVERNMENT'S INTEREST

09:47AM  1    IN PROCEEDING, AND I RESPECT THE GOVERNMENT'S INTEREST IN

09:47AM  2    PROCEEDING, AND I RESPECT THE COURT'S INTEREST IN PROCEEDING.

09:47AM  3    BUT THIS IS MR. BALWANI'S LIFE, AND THERE'S A LOT AT STAKE

09:47AM  4    HERE.  AND WE'VE ASKED FOR LESS THAN OR APPROXIMATELY A TWO

09:47AM  5    MONTH CONTINUANCE, WHICH I THINK IS NOT UNUSUAL IN THE SCHEME

09:47AM  6    OF THINGS IN COMPLICATED CASES.

09:47AM  7        I DON'T KNOW THAT MS. GOLDSBERRY NEEDS MORE TIME, BUT IT

09:47AM  8    WOULD ALLOW MORE TIME FOR THAT AS WELL SINCE SHE CAN RESOLVE

09:47AM  9    THE OBJECTIONS THAT HAVE GONE BACK AND FORTH BETWEEN THE

09:47AM 10    GOVERNMENT AND THE DEFENSE, AND WE'RE ASKING FOR THAT

09:47AM 11    ADDITIONAL TIME, YOUR HONOR.

09:47AM 12            THE COURT:  NO.  I APPRECIATE THAT.  YOU KNOW, THE

09:47AM 13    CONVICTION, AS YOU POINT OUT IN YOUR PLEADINGS, WAS JULY 7TH,

09:48AM 14    AND WE SET THE SENTENCING FOR NOVEMBER 15TH.

09:48AM 15            MR. COOPERSMITH:  WE NEVER ASKED FOR A PREVIOUS

09:48AM 16    CONTINUANCE.  THIS IS THE ONLY REQUEST.

09:48AM 17            THE COURT:  RIGHT.  NO.  I AM AWARE OF THAT.

09:48AM 18        AND I'M ALSO AWARE THAT WORK STARTS IMMEDIATELY

09:48AM 19    THEREAFTER, YOU KNOW, THE WORK ON WHAT IS NEXT IN THE CASE, AND

09:48AM 20    FROM JULY TO NOW IT'S -- OF COURSE, YOU HAVEN'T HAD THE BENEFIT

09:48AM 21    OF THE PROBATION REPORT, BUT YOU CERTAINLY -- YOU TRIED THE

09:48AM 22    CASE.  YOU HAVE INTIMACY WITH THE KNOWLEDGE AND FACTS OF THE

09:48AM 23    CASE.  SO, SO, I RECOGNIZE THAT.

09:48AM 24        I JUST DON'T THINK GOING INTO JANUARY IS REALLY NEEDED,

09:48AM 25    MR. COOPERSMITH, NOTWITHSTANDING EVERYTHING THAT YOU'VE SAID.

09:48AM   1    I DO THINK THAT WE CAN PROCEED, AND I WILL CONTINUE THE CASE.

09:48AM   2    AS I SAID, YOU'RE ENTITLED TO THAT STATUTORILY.  I DON'T THINK

09:48AM   3    JANUARY IS NECESSARY, AT LEAST ON THE STATE OF THE RECORD

09:49AM   4    TODAY.

09:49AM   5         SO I LOOK AT DECEMBER -- WE WON'T DO IT THE DAY BEFORE

09:49AM   6    THANKSGIVING.  I'M NOT GOING TO DO THAT.

09:49AM   7         BUT DECEMBER 6TH OR 7 LOOK LIKE THEY'RE AVAILABLE FOR THE

09:49AM   8    COURT.

09:49AM   9         ARE THEY AVAILABLE FOR THE PARTIES?

09:49AM   10             MR. LEACH:  YES, YOUR HONOR.

09:49AM   11             MR. COOPERSMITH:  MAY I HAVE A MOMENT, YOUR HONOR?

09:49AM   12             THE COURT:  OF COURSE.

09:49AM   13        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

09:49AM   14             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  I

09:49AM   15    APPRECIATE THE COURT'S INDULGENCE.

09:49AM   16        WE ARE AVAILABLE, PUTTING ASIDE THE ISSUE OF MR. BALWANI'S

09:50AM   17    FAMILY, WHICH THE COURT ADDRESSED, WE'RE AVAILABLE ON

09:50AM   18    DECEMBER 6TH AND 7TH, EITHER OF THOSE DAYS.

09:50AM   19        I WOULD ASK THE COURT, THOUGH, WHEN THE ADDITIONAL MEDICAL

09:50AM   20    INFORMATION IS AVAILABLE FROM SUTTER HEALTH, THAT WE CAN SUBMIT

09:50AM   21    THAT FOR THE COURT'S CONSIDERATION.  WE'LL HAVE TO SUBMIT IT

09:50AM   22    UNDER SEAL OR I SUPPOSE WE CAN EMAIL TO MS. ROBINSON, OR

09:50AM   23    WHATEVER THE COURT PREFERS, OR WE CAN GO THROUGH THE FORMAL

09:50AM   24    PROCESS OF SEALING PAPERS.  BUT EITHER WAY, WE WOULD ASK THE

09:50AM   25    COURT TO LOOK AT THAT, AND IF YOUR HONOR FEELS THAT ADDITIONAL

09:50AM 1    TIME IS NECESSARY, YOU WOULD HAVE THAT OPTION.

09:50AM 2             THE COURT:  WELL, OF COURSE I WOULD.  AND YOU CAN DO

09:50AM 3    WHAT YOU NEED TO DO WHAT YOU THINK IS APPROPRIATE.  IN THE

09:50AM 4    BUREAU OF PRISONS, I'M NOT SAYING ANYTHING, BUT THERE ARE

09:50AM 5    MEDICAL FACILITIES AVAILABLE SHOULD THAT BE NECESSARY ONGOING.

09:50AM 6    I SAY THAT TO YOU JUST FOR YOUR CLIENT'S INFORMATION.

09:50AM 7         AND I DON'T MEAN TO SUGGEST THAT THE COURT HAS MADE ANY

09:50AM 8    DECISION ABOUT SENTENCING AT ALL.  I HAVEN'T SEEN A REPORT IN

09:50AM 9    THIS CASE, SO I DON'T KNOW WHAT IS GOING ON, BUT --

09:50AM 10            MR. COOPERSMITH:  YES, YOUR HONOR.

09:50AM 11        AND ON THAT SCORE I'LL NOTE, YES, THEY ARE REQUIRED TO

09:51AM 12   PROVIDE MEDICAL CARE AND OBVIOUSLY IT MAY NOT COME TO THAT.

09:51AM 13            THE COURT:  RIGHT, RIGHT, IT MAY NOT.  THEN HE CAN

09:51AM 14   HAVE HIS PRIVATE CARE CONTINUED IF THAT'S THE COURSE.

09:51AM 15            MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:51AM 16        BUT I'VE HAD A SERIES OF CASES WHERE THE BUREAU OF PRISONS

09:51AM 17   MEDICAL CARE HAS BEEN SEEN AS DEFICIENT AND YOUR HONOR HAS

09:51AM 18   PROBABLY SEEN THOSE CASES TOO, SO.

09:51AM 19            THE COURT:  WELL, WE'RE AHEAD OF OURSELVES.

09:51AM 20            MR. COOPERSMITH:  YES, YOUR HONOR.

09:51AM 21            THE COURT:  ALL RIGHT.  WELL, LET'S SET -- LET ME

09:51AM 22   JUST ASK, WHAT IS YOUR PREFERENCE ON THOSE TWO DATES?  IS THERE

09:51AM 23   A PREFERENCE FOR YOUR TEAM, MR. COOPERSMITH?

09:51AM 24            MR. COOPERSMITH:  I DON'T HAVE ONE.  I SUPPOSE THE

09:51AM 25   7TH -- AND BY THE WAY, I HAVE NOT CONFERRED WITH MY CO -- OTHER

| | | |
|---|---|---|
| 09:51AM | 1 | COCOUNSEL LIKE MS. WALSH AND MR. CAZARES, BUT I WOULD IMAGINE |
| 09:51AM | 2 | THAT HAVING AN ADDITIONAL DAY TO TRAVEL FROM NEW YORK FOR |
| 09:52AM | 3 | MS. WALSH MIGHT BE HELPFUL.  SO I'LL THROW THE DART AT THE |
| 09:52AM | 4 | DARTBOARD AND PICK THE 7TH AND HOPE THAT WILL WORK. |
| 09:52AM | 5 | THE COURT:  ALL RIGHT.  LET'S DO THAT NOW.  WOULD |
| 09:52AM | 6 | THAT WORK FOR PROBATION? |
| 09:52AM | 7 | PROBATION OFFICER:  BOTH DAYS WORK, YOUR HONOR, YES. |
| 09:52AM | 8 | THE COURT:  ALL RIGHT.  AND WHAT WAS -- IF YOU COULD |
| 09:52AM | 9 | TELL US THE STATUS OF THE COMPLETION OF THE REPORT. |
| 09:52AM | 10 | PROBATION OFFICER:  THE REPORT IS DONE AND WITH THE |
| 09:52AM | 11 | SUPERVISOR, BUT I JUST THIS MORNING SEE AN ADDITIONAL LETTER |
| 09:52AM | 12 | FROM DEFENSE WITH QUITE A FEW MORE OBJECTIONS IN RESPONSE TO |
| 09:52AM | 13 | THE GOVERNMENT'S LETTER OF OBJECTION. |
| 09:52AM | 14 | SO -- |
| 09:52AM | 15 | THE COURT:  WELL, LET'S COUNT BACKWARDS FROM THE |
| 09:52AM | 16 | 7TH. |
| 09:52AM | 17 | PROBATION OFFICER:  SURE.  SO TWO WEEKS. |
| 09:52AM | 18 | THE COURT:  THAT'S THE 23RD, IS IT? |
| 09:52AM | 19 | PROBATION OFFICER:  WOULD BE THE 23RD, YES. |
| 09:52AM | 20 | THE COURT:  DO YOU THINK YOU CAN HAVE THAT -- I'D |
| 09:52AM | 21 | LIKE THE PARTIES TO HAVE THAT WELL BEFORE THE -- AS EARLY AS |
| 09:52AM | 22 | POSSIBLE SO THEY HAVE AS MUCH TIME TO PREPARE AS THEY CAN, |
| 09:52AM | 23 | PARTICULARLY MR. COOPERSMITH.  HE'S SUGGESTING THERE'S SOME -- |
| 09:53AM | 24 | PROBATION OFFICER:  I COULD AIM, ESPECIALLY BECAUSE |
| 09:53AM | 25 | THERE'S A HOLIDAY WEEK IN THERE, HOW ABOUT IF I AIM TO HAVE IT |

09:53AM  1    OUT BY THE 15TH?  THAT WOULD GIVE -- THAT WOULD BE THREE WEEKS

09:53AM  2    BEFORE SENTENCING.

09:53AM  3              MR. COOPERSMITH:  YOUR HONOR, OBVIOUSLY THAT'S

09:53AM  4    WELL -- EVEN MORE GENEROUS TO THE LOCAL RULES, AND SO I HAVE NO

09:53AM  5    COMPLAINT WITH THAT.

09:53AM  6        I WILL JUST SAY FOR THE RECORD THAT WE DO APPRECIATE

09:53AM  7    MS. GOLDSBERRY'S WORK AND HER OFFICE'S WORK ON THIS.  IT'S A

09:53AM  8    COMPLICATED CASE.  OUR OBJECTIONS, WHICH WERE LENGTHY, WERE NOT

09:53AM  9    MEANT TO BURDEN THE PROBATION OFFICE BUT SIMPLY A REFLECTION OF

09:53AM  10   THE COMPLICATED CASE THIS IS.

09:53AM  11             THE COURT:  WELL, YOU HAVE TO REPRESENT YOUR

09:53AM  12   CLIENT --

09:53AM  13             MR. COOPERSMITH:  RIGHT.

09:53AM  14             THE COURT:  -- IN DOING THAT AND I THINK WE ALL, AND

09:53AM  15   THE GOVERNMENT, RECOGNIZES THAT AS WELL.  AND THERE'S ARGUMENTS

09:53AM  16   THAT YOU NEED TO PRESERVE FOR THAT.  I RESPECT THAT, I DO.

09:53AM  17       OF COURSE THE CODE GIVES US THE STATUTE, THE LOCAL RULES

09:53AM  18   GIVE THE JUDGE TWO WEEKS TO ABSORB ALL OF THAT.  SO I'M TRYING

09:54AM  19   TO SCHEDULE OUR CALENDAR AS WELL.

09:54AM  20       COULD I ASK PROBATION -- COULD YOU GET THAT MONDAY THE

09:54AM  21   14TH?

09:54AM  22             PROBATION OFFICER:  YES, YES.

09:54AM  23             THE COURT:  IS THAT ASKING TOO MUCH?  IS THAT ALL

09:54AM  24   RIGHT?

09:54AM  25             MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:54AM 1          THE COURT:  THE CLOSE OF BUSINESS, THE 14TH, YOU'LL

09:54AM 2    HAVE THAT AND THAT GIVES YOU THE BALANCE OF THAT WEEK TO LOOK

09:54AM 3    AT IT AND PREPARE.

09:54AM 4       WE HOPE THAT THINGS GO POSITIVE IN THE MEDICAL FRONT.

09:54AM 5    YOUR CLIENT IS HERE.  HE LOOKS WELL.  I'M HAPPY TO SEE HIM

09:54AM 6    HERE, AND I HOPE THAT CONTINUES TO GO WELL.

09:54AM 7       BUT AS I SAID, IF YOU WANT TO PROVIDE OTHER UPDATE,

09:54AM 8    INFORMATION TO THE GOVERNMENT AND TO THE COURT, OF COURSE I'LL

09:54AM 9    RECEIVE THAT.

09:54AM 10          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  HE IS

09:54AM 11   HERE.  HE IS NOT WELL, BUT HE IS HERE, AND WE APPRECIATE THE

09:54AM 12   COURT'S COMMENTS ON THAT.

09:54AM 13          THE COURT:  SURE.

09:54AM 14       ANYTHING FURTHER?

09:54AM 15          MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

09:54AM 16          THE COURT:  ANYTHING FURTHER?

09:54AM 17          MR. COOPERSMITH:  NO, YOUR HONOR.

09:55AM 18          THE COURT:  OKAY.  GOOD SEEING YOU ALL.  THANK YOU.

09:55AM 19          MR. LEACH:  THANK YOU.

09:55AM 20       (COURT CONCLUDED AT 9:55 A.M.)

21

22

23

24

25

```
 1

 2

 3                    CERTIFICATE OF REPORTER

 4

 5

 6

 7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

 8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

 9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, RMR, CRR
          CERTIFICATE NUMBER 8074
17

18        DATED:  *

19

20

21

22

23

24

25
```