# EXHIBIT 1

# CERTIFICATE OF NATURALIZATION



No. 24498013

INS Registration No. A072981363

**Personal description of holder as of date of naturalization:**

Date of birth: **JUNE 13, 1965**

Sex: **MALE**

Height: **5** feet **7** inches

Marital status: **MARRIED**

Country of former nationality: **PAKISTAN**

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Ramesh Balwani*

(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

at: **SAN FRANCISCO, CALIFORNIA**

The Attorney General having found that:

**RAMESH BALWANI**

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

**US DISTRICT COURT OF NORTHERN CALIFORNIA**

at: **SAN FRANCISCO, CALIFORNIA** on: **DEC 21 1999**

that such person is admitted as a citizen of the United States of America.



IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

*Doris Meissner*

Commissioner of Immigration and Naturalization

# EXHIBIT 2

## EXHIBIT FILED UNDER SEAL

November 6th, 2022

The Honorable Edward J. Davila

United States District Judge

Your Honor:

I am writing this letter to bring your attention to Ramesh Balwani's personality, character, generosity, the care he has given to us as his family and philanthropy towards the others. Thank you for taking time to read this and putting your kind considerations toward what I am providing here in this letter.

My name is Parkash Balwani, I am Ramesh's younger brother. I am one of the two of his younger brothers. I am married to Reeta Balwani and have two kids, a 21-year-old daughter and a 15 years old son. I live in Cleveland, Ohio and have been working with an IT Company for the last 20 years.

Our father passed away at a relatively young age in 2000 and since then, Ramesh has done every bit for our family that a father would do for his children. Even though he is just a few short years older than my brother and myself, Ramesh is not just our elder brother, he is like a father figure to us.

Our family comes from generations of farmers and lived in the part of India that later became part of Pakistan. My father started working at a very young age and we always saw him working hard all the time and with honesty and integrity. My father was President of a local community counsel, a social not-for-profit body to help and support those in need and act as an arbitrator to any family and commercial disputes in the community. Over decades, he paid for the education of many poor and orphaned children and ran multiple food camps to help the needy.

Being part of a small Hindu minority in Pakistan, it was very challenging to live and prosper in the 1980s and 1990s. Our family and friends were not safe in Pakistan and that concern eventually led our family to migrate to India, while Ramesh came to the US.

My parents always wanted the best education for all of us and as a result at a very young age Ramesh went off to a boarding school. Because of his hard work, he was able to get into a very well-respected high school. Ramesh was always interested in further education. After his high school graduation, my parents decided to support Ramesh's desire to study in the US. My family did not have the means to pay for his entire college expensem hence Ramesh had to work long hours to pay for his education.

He has been a huge champion of education in our family. He guided me to pick the right school, and he supported our younger brother with his education in US. He provided support and guidance to our next generation including my elder sister's daughters and my younger sister's son. He has been a guide and coach to my daughter's education journey, spending hours with her speaking about her goal, career, ambitions and things that matter to her. He encouraged and convinced my wife Reeta to make use of her education and start a business and to fight through her initial challenges in starting her career. He is especially passionate about educating girls. This passion is not just limited to our family, but he has also supported and funded tuition fees for the kids of our staff members working for us in India. All his effort, time and financial

support has been dedicated to ensuring a better and prosperous future for people around him and us.

Throughout her life my mother always struggled with many serious health issues. She required blood work regularly and she always suffered for weeks post any lab work. Finding a vein in her arms to draw blood was always a struggle for lab staff and she always ended up with several venipunctures from her arms during each visit. Every one of us in our family remembers the agonizing experiences of our mother's bruised and blue arms which took weeks to heal after each lab visit.

Ramesh has never believed in making money as the primary objective for his work. His life is a living testament to this. Even before joining Theranos, he was involved in giving and sharing. In 1997 while he was still working at Microsoft, he used his limited savings and donated a Xray machine and its full setup to Maharaj Roop Bhajan Charitable hospital in Amravati, India. This Hospital provides free service to poor and needy in a very poor neighborhood. Since then, this hospital has provided free Xray services to thousands of patients and the machines continue to be operational to this day.

He has been donating to the local Temples and Gurdwara (Hindu & Sikh places of worship) in India, and locally in the Bay Area for more than 20 years, making sure that whenever he can he gives back to society. In local temples in Milpitas and Fremont, he supported free food service

by help build commercial kitchens, that will feed the congregation and needy for years. He is a regular visitor at local Milpitas Gurdwara where he does service himself; serving food, cleaning doing other service as needed.

Ramesh has been supporting a young girl orphanage 'Society of The Helpers of Mary' in Mumbai, supporting their shelter, food and education. Every time he visited India, it was a common ritual for him to take us family to food camps for the poor for many years in poor neighborhoods near our house in Mumbai. He inherited this ritual from our grandfather who used to do such services back when we were young. And now that our kids watch Ramesh doing such service, they are getting ready to take this ahead.

I saw Ramesh putting his life at risk during the H1N1 flu pandemic. At that time, he was working at Theranos, and traveled to the H1N1 hot zone globally to support his work for Theranos. Similarly, during COVID global outbreak, even though he was struggling with his own situation, he did not turn anyone away who asked for help. He supported hundreds of families impacted by the lockdowns and help support them to overcome those tough times. He donated wheelchairs through a charity to support people with special needs who otherwise suffered immensely.

Remarkably, he has done much of his philanthropy anonymously. Even members of our own family knew close to nothing about how much he has done and how he has helped hundreds if not thousands of people over the years. It was only recently that we learnt of how he has been helping so many for so long. What is much more remarkable is that he himself has never kept any account of who he has helped and how many he has helped.

For many years Ramesh has used his resources for greater good and that is one reason he believed and invested his money and time in Theranos. Since the time he got involved in Theranos, he had worked tirelessly and always shared his vision of better and affordable health for the wider good of others. For him his work at Theranos was in the service of humanity. He worked for unlimited hours, took few breaks and, to the very last day, accepted little money from Theranos for the effort, time and money he Invested. Theranos for Ramesh was not just an idea or startup but something that can move the world in the right direction.

Ramesh's journey is not yet done, once his current situation is behind him, I have no doubt that he will be the agent of good that he always has been to hundreds and thousands of people. He has spent his life helping and caring for others and I pray to the court that he will be allowed to live the life of a free man so he can continue the path to help thousands more.

Parkash Balwani (█████████████████)

███████████████████████████████

Ph: ███████████

November 6, 2022

The Honorable Edward J. Davila

United States District Judge

Dear Judge,


My name is Rajesh Balwani. I am the youngest brother of Ramesh Balwani. Currently I am working at Microsoft in the Azure Edge Platform team as a Principal Software engineer. As you may have noticed during the trial, I was always by his side during the court proceedings and will continue to do the same. I would like to bring your kind attention as to how his immaculate character, unwavering support, and valuable guidance has greatly impacted my life and so many others in the past four decades.

Back in the days our dad, Jhamandas Balwani, always valued education and gave it top priority. Despite some financial struggles, my parents worked hard to arrange the required funds for Ramesh to come to the US to get a good education. Ramesh worked extremely hard and never forgot my parents' sacrifices. He in turn voluntarily took it upon himself to support our entire family, and helped me come to the United States.

I started my Undergraduate degree at University of Wisconsin at Madison in the Computer Science department in 1997 and completed it in 2001. This wouldn't have been possible without his unconditional support, guidance, and generosity. He not only provided the much-needed guidance and advice throughout the four years, but also the required financial support. During the entire four years of my college all my expenses, including my college fees, food, rental apartment, and living expenses were taken on by Ramesh alone. He wouldn't let my parents sacrifice again for me. He felt it was his obligation to them and to me to do the best for me. He used a significant chunk of his savings including his bonus and stock options that he had accumulated over several years for me instead of saving it for his own needs. Even though he was working hard to establish his own career, he made a big sacrifice for me that changed my entire life forever. I have closely seen that his nature is to put others first before thinking about himself. His genuineness to help can be shown by the fact that he never mentioned this favor or asked me to pay him back to this day.

He gave me all the support and guidance when asked to make sure that I was on the right path to complete my education successfully. This helped me in preparing and getting my first job at Ernst & Young during 2001 economic crisis when it was extremely hard to find a job. I followed the example he had always set for us in the family to work tirelessly and honestly. These values helped me in getting a job at Microsoft as a Software engineer in 2005. I have continued to work hard for the last 15 years at Microsoft. By observing his life and values, I learnt there is no substitute for hard work and honesty. These traits are difficult to cultivate but always pay off in

the long run. All that I have achieved today is owed primarily to the support and guidance of my brother.

When our father passed away unexpectedly at a young age in 2000, Ramesh shouldered all the responsibility for my mother and our entire family. All my mother's expenses from medical bills to living expenses etc. were solely handled by him for over two decades. He also made sure we didn't have to feel alone after our dad's passing away and helped us to cope emotionally. He inherited my father's foresight, strong work ethics, compassion, values, and motivated us to do the same. He has been and always will be a father figure for us.

The year 2009 was a crucial year for both Ramesh and me. I was blessed with a daughter and Ramesh started working for Theranos. Despite his strenuous work schedule at Theranos he was always there with us as a family trying to share our moments of happiness and be there for me and my wife.

After that year we were able to convince our mother to visit us more often in the US. Just being with our mother and caring for her brought him great happiness. He meticulously monitored her health and tried always to give her the best care. Even though he had very heavy workloads at Theranos he made sure he spent time with her. There was not a single day that went by without him calling her and talking to her. He was always there for her.

Given our mother didn't have medicare or other health insurance in the US, he paid all her medical bills. The same surgery could have been performed with the same quality of care in India for a fraction of the cost, but Ramesh knew our mother would heal better and faster if she was here in the US with her children and grandchildren. So, he bore all the expenses and gave her the best care and environment to heal and recover.

During his tenure at Theranos we witnessed that his passion was only to serve a higher cause with minimum focus on self-benefit.

I remember when he first started at Theranos, it was the peak of the H1N1 global pandemic. Instead of asking others at the company, Ramesh took upon himself to travel to some of the riskiest hot zones of the H1N1 virus in India, Thailand and Mexico to help Theranos succeed. This would be equivalent to someone traveling to Wuhan, China or even New York city during the peak of the recent covid crisis to conduct research. Our entire family was worried for his safety. We spoke with him daily during this time to make sure he was safe. He told us he couldn't ask others at the company to risk their lives while he sat safely in his office in Palo Alto. His focus was on work and research at Theranos. He risked his life to spend weeks in hospitals with people infected with this disease to help further the science that would have helped Theranos and everyone.

For all the work he did, I know he drew a meager salary and put in endless long hours of work, day after day, year after year. But that's the kind of selfless person he has been and continues to be.

Even though his role at Theranos was demanding, he never faltered fulfilling all the commitments towards our family. He not only cared for our immediate family but also others around him as well. Anytime a person needed help, he always helped without hesitation or expecting any benefit in return.

In 2001, I received a phone call from my high school friend, Humayun Ali, whom I had not seen for several years. He explained that he had a pressing need and required some immediate financial help. He shared that he had lost his job in the financial sector and was struggling financially. He was in dire need of help as his father was seriously ill and my friend had decided to permanently return to his home country. But at that time, he had no money to buy a ticket to fly back home.

I didn't know how I would be able to help him so I reached out to Ramesh as I knew he would not hesitate to help him and would guide him as he has always done for me. Ramesh at that time was in New York city and immediately agreed to meet my friend. He had never met my friend in

the past, but he still had the empathy to understand Humayun's situation. He patiently listened to him, advised him, and without hesitation gave him the required financial help so he could buy a ticket to go home and look after his ailing father. He clearly knew that Humayun may never be able to ever return this money to him, but that never stopped him from providing this help. We had lost our father the prior year and my brother knew well what this money meant for my friend.

Humayun flew back home and today he is supporting his entire family and was able to regain his job. Without this timely help by Ramesh, he would have not been able to reach home and look after his father. My friend remembers that kindness to this day.

Over the past three decades I have had the opportunity to help and assist him in serving various causes. He has provided financial help when needed and volunteered his time at the local temples and food shelters. His generosity and philanthropist activities have influenced the entire family and motivated us to give back to others in need. Most importantly, he has always provided help to others in need while being completely anonymous. Our family members had no knowledge of how much he has done for others until very recently.

He has been volunteering for kitchen service etc. on Sundays at the local Milpitas Gurudwara (Sikh temple) for many years. Thousands of people are fed at this Sikh Temple every week. In 2016 Ramesh donated over a hundred thousand dollars to the Sikh temple in Fremont, CA to help them in construction of a professional kitchen that feeds everyone for free. Later he provided additional tens of thousands of dollars to the Milpitas Sikh temple for the construction of another professional kitchen that feeds the congregation and the community. The contributions would serve the communities in the bay area for decades. I witnessed this impact during covid when these Sikh temples cooked meals for those in need and provided them for free to our communities. Remarkably, he provided this help completely anonymously and pleaded with the trustees to not disclose or even mention his name.

Another contribution of Ramesh's is his donation for a groundwater well at the location of the ISKON temple in Milpitas, California. This temple houses an animal shelter in Milpitas. Due to drought in California, the temple has been struggling with providing water to animals and watering their pastures to grow grass for the animals. Ramesh paid for the entire project himself. This solar powered well is expected to pump 30 gallons of high-quality water per minute for years or decades to come. This well will now contribute towards providing water for the cattle, fruit orchards and green pastures in the Milpitas Hills for years to come.

Most people are known to show kindness only within their inner circle of affection, but very few are those that will be anonymous and make a lasting difference in another's life without thinking about themselves. Ramesh's philanthropy and generosity I assure you is of this later kind.

I plead to you to kindly consider his remarkable life of selfless service to others and to endless causes. I assure you he will continue to be an even more valuable member of society once these

unfavorable times are behind him. I humbly urge you to kindly show the same compassion to him that he has shown to thousands of people and beings.

Respectfully.

Rajesh Balwani

███████████████

███████████████

Ph: █████████

Email: ████████████████

Humayun Riyasat Ali

██████████████████

Canada

October 25th, 2022

To
The Honorable Judge Edward J. Davila
United States District Judge

Your Honor,

My name is Humayun R. Ali and I am writing this letter on behalf of Ramesh Balwani. I have known Mr. Balwani's younger brother, Rajesh Balwani, since 1993 and mostly heard about him through his brother. Mr. Balwani in our eyes was that person whose path we wanted to walk on to achieve success and our dreams. He was known to us as someone who worked hard and through his honesty and dedication managed to achieve big at Microsoft and later in his start-up.

In the year 2000, when I was a student in the United States, I was short of cash to pay for the ticket to travel to visit family. I called Mr. Balwani's brother and during our conversation briefly mentioned the issue I was going through. Few minutes after hanging up the phone, I received a call from Mr. Balwani telling me that he is in New York City and can meet in a coffee shop on the 106th street. I met him at the cafe and found him warm, gentle and very humble. We sat for about an hour and as soon as I stood up to leave he gave me an envelope with USD 1000 in it. I was only short of a couple hundred and insisted on returning the additional amount, but he refused. After I started my professional life, I tried many times to return him the money but he always refused. I never met Mr. Balwani after our meeting in New York, but his warmth, concern for people in need and positive attitude still resonates in my heart and mind.

It is my hope that this letter regarding Mr. Ramesh Balwani and his case will act as a positive and contributing factor when a court considers his matter.

Sincerely

Humayun Riyasat Ali

November 1, 2022

The Honorable Edward J. Davila

United States District Judge

Your Honor,

I am Sapna Balwani, sister-in-law to Ramesh Balwani. I would like to share with you how Ramesh's generosity, his empathic nature and flawless character have influenced my life positively.

I have known Ramesh Balwani for the past 18 years. I have had the opportunity on several occasions to observe him as a brother, a son, an uncle, and an exemplary member of society. When I moved to the US in 2005, he supported me in my initial years, giving me the unconditional and unwavering financial and emotional support that I needed. In my interactions he has always shown compassion, empathy, love, respect and integrity in every way without expecting anything in return.

As a brother to my husband, he has been a great anchor. He has guided him and supported him just like a father would do for his son.

As an uncle to my 13-year-old daughter Zoe, he has always been very supportive and loving. ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████ He stood by our family giving us immense support and guidance. My daughter always takes his advice openly because he himself lives up to the values he instills in her. He has always inspired us through his own actions to follow the right path despite difficulties and challenges, and to work hard and never give up. He has been a great model for our family, always showing us the way.

His nature has always been to help others and contribute to the wellbeing of his loved ones unconditionally.  I saw Ramesh's deep commitment to Theranos and saw firsthand how hard he worked tirelessly 7 days a week for so many years. I knew he had lost his father at a relatively young age because he didn't get access to accurate diagnostics in time for his care. Ramesh's mission in life for so many years became to bring a change so that others don't lose their loved ones because of lack of accurate and timely information about their health. For years, he put his heart and soul into building theranos. For years during the time he worked at Theranos, when he visited us, we could see that despite his long hours at work, it was this greater calling that drove him. I know it was never about money for him. Money or financial gains have never ever been topics of discussion in our family. Our conversations with him about Theranos always revolved around service to others, sacrifice and making a difference to the lives of others. I know firsthand the big and central role of God and hard work in his life. I know how much he has given to his family, community and complete strangers.

An important story very dear to my heart that I would like to share is about my parents visit from India in 2015. ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████ There was never a doubt in his mind that the care they got from Theranos was the best in the world and accurate. My family and I are eternally grateful to Ramesh for showing such compassion and sensitivity to my family.

I also had the chance to see him care and look after his old and ailing mother for many years with utmost dedication. When his mother was diagnosed with a life-threatening condition, he flew her here to the US so he could care for her himself. Though she could have received medical care in India too, he wanted to make sure he was with her while she recovered from her surgery. Her care and recovery was his primary purpose for many months until with the grace of God she healed and recovered back to health.

I have also witnessed firsthand that he has been extremely generous with his money and time and gone out of his way to help whenever he was given the chance. I have never seen him hesitate to help a person in need. It was probably this philanthropic nature of his that fueled his passion to work endless hours at Theranos. Every cause that he contributes to is not a random donation but a long-standing commitment to make a difference. One such cause that I am aware of is his contribution to an Orphanage in Mumbai India for the past 2 decades. His contributions have made a difference in the lives of countless orphaned girls. His frequent contributions include providing food at the orphanage and meeting their required needs for school. With financial aid, advice and a help I have seen him console and bring back lives of so many that I have found it near impossible to keep track.

I assure you that such a caring, hardworking, righteous, and truthful individual will only add value to our society. I humbly request you to consider his contributions and faith and dedication to building Theranos and kindly show utmost leniency in his case.

Thanking you for your patience and time,

Yours truly,
Sapna Balwani.
████████████████████,
████████████████████
Ph: ███████████████
Email: ██████████████████

The Honorable Edward J. Davila
United States District Judge
United States Courthouse
280 South 1 st Street San
Jose, CA 95113

Dear Judge Davila,

      I worked at Theranos for many years and reported directly to Sunny. He interviewed me personally, which is something he did for all new hires, even though the company had over 100 employees when I started. I was impressed that Sunny took the time, as COO, to interview each individual candidate himself, whether they were being hired for a leadership role or an entry level position. This interview was my first interaction with him and I understood right away how much he cared about the company. He spoke about the company's mission and expressed that the most important criteria for my role was to find someone who would be empathetic to Theranos' patients, because providing a good experience for our customers was his biggest priority.

      During my time at Theranos, he made it clear that everything we were working on - a software application, a new patient workflow,  a training, etc.-  should always have the patient experience in mind. On multiple occasions, Sunny offered to speak to patients and physicians directly to listen to their concerns, requested house visits for patients that couldn't make it to one of our locations, and constantly asked for feedback on our in-house software to ensure it addressed the needs of employees and customers. Although I wasn't always privy to the decisions being made across the company, in my experience, it was clear that Sunny was doing everything in his power to make our mission a reality. If he was ever strict or upset, it was because he cared deeply about the issue and expected more from our teams in order to come up with solutions.

      Sunny was always very kind to me as an employee and went out of his way on multiple occasions to check in and make sure that my team and I had everything we needed to be successful, both personally and professionally. He ensured that people who expressed interest in growing professionally at the company had the opportunity to do so, and personally arranged to have employees move into the teams and roles that they aspired to be in.

      I hope this letter provides a small glimpse into the perspective of a former coworker. From my perspective, Sunny always had the best intentions when it came to Theranos. I hope that you take this into consideration while making your decision.

Sincerely,

September 1, 2022

The Honorable Edward J. Davila

United States District Judge


Respected Sir,


I am Raju Kumar and I have been affiliated with Ramesh Balwani's family in India for more than 20 years. Ramesh's family trusted me, gave me a job and supported me at a very young age. This enabled me to survive in the city and send back money to my family in the village so that they could meet their basic needs. His support enabled me to secure a bright future for my full family.

From the very beginning, Ramesh Balwani has always helped me and been my benefactor. My father passed away when I was very young and Ramesh was a huge help and support during those difficult times. I remember when I told him about my fathers' passing away, he gave me a hug and told me that he was there for me as my father. And he has always treated me like that ever since. He took care of all my needs and encouraged me to learn to read and write. He coached me about the importance of education in the modern world and always insisted that I must educate my children.

He made sure that I gave top priority to my children and especially their education. He created a supportive environment, and just like a father figure would do, he made sure that we educate our kids so that they can stand on their own two feet and have a brighter future .

He made sure my daughter's school fees are paid and even sent her a laptop from the USA. My little girl adores him and knows him very well even though she has not met him. In September every year, there is a festival celebrating the Goddess Mother (Durga) where my daughter offers prayers for Ramesh's well-being for nine days. She ardently prays for his safety and health. She is aware that his generous contributions have shaped her life.



We come from a very poor background where educating a girl child was not very common. But today because of Ramesh's help, educating my daughter will have a positive effect on the entire generation to come. It is very true that "If you educate a boy, you educate one person. If you educate a girl, you educate an entire community." He continues to support my children's education by paying for them, their books and other needs.

His timely help gives me hope that my children will become well rounded individuals who will be able to make a better contribution to this world and have a better life.

I would like to mention that he even helped me with a water connection and water pump for my family in my village home, which has touched and improved the life of so many villagers in my community. My family has had access to clear drinking water for decades thanks to the love and care of Ramesh.

He has a big heart and has always helped me through the years. His help has not only helped me but has uplifted my entire family and our future generations to come.

He is and will always be in our prayers.


Regards,
Raju
███████████████████████

████████████████ India

The Honorable Edward J. Davila
United States District Judge
United States Courthouse
280 South 1st Street
San Jose, CA  95113

Dear Judge Davila:

I worked for Sunny Balwani for two years for as an employee at Theranos. I was a software product manager at the company, working on various parts of Theranos' proprietary software platform that enabled a seamless wellness experience for patients.

Working at Theranos was a dream come true for me. I am a person who has always looked to make a positive impact in the world. Theranos was a place where I could not only grow my professional skills but do it for a mission that spoke deeply to me and the people who worked there. I was surrounded by people who were smart and passionate about our mission: making healthcare accessible. Going to work every day was exhilarating. Knowing that whatever work we put in the outcome would be transforming patient access to health.  Making a real difference for real people was exciting and pushed us beyond our limits – how could it not? As someone who worked with Sunny, it was clear to me that no one else in the company wanted more or put in more time to make the mission (our collective dream) a reality than Sunny.

When I first met Sunny, in a dim interview room in an old and unassuming building, he painted a picture of a company that – if successful – would make an extraordinary impact on people's health and the planet. He set the expectation that we would work hard and commit ourselves to success, and as a result we would be changing the world for the better.

My first year at Theranos I had the privilege to develop a strong and trusted relationship with Sunny – based on work ethic and our mutual desire to always do the right thing for the mission. While I had no purview into what was happening in other parts of the organization – I saw that the daily decisions that were being made for our patient software was centered around patient access and safety. Whether it was an app to make the check-in experience smoother, or for the safety of our phlebotomists.

Sunny was an innovator, he wanted our software to be best-in-class, so we built it from the ground up. Day in and day out, he spent countless hours with us dreaming up software systems that would revolutionize the way patients could access care. He cared deeply about what products were launched and how well they worked. He pushed the limits of what we thought we were capable of. We got to work whiteboarding our systems.

One of Sunny's proudest achievements was holding low prices for patients – a key pillar in making health information accessible to patients.  I clearly remember early in my experience on the software team. I stepped into Sunny's room for a scheduled meeting Sunny was visibly upset from a meeting he had just finished with a hospital administrative leader. He spent the first ten minutes of our meeting apologizing for being ruffled. He went on to explain that he had been made upset that a hospital system would come to him looking to use our systems for their own profit by up charging patients for our services.

We all worked hard and pushed our own limit, yet in comparison Sunny was tireless. He spent day and night in the offices.  He tended to be the first in the door and the last to leave. While the rest of us went home to our friends and families – Sunny's family and home was Theranos.

He was not the perfect leader. His passion and emotion could get in the way of productivity. But from my vantage point, I saw that passionate enthusiasm as his way of pushing us hard to get the best out of his teams because he believed we could be the best. I like to believe that the reason my team was able to execute and launch software successfully was because I could see beyond his emotion and translate his vision into tactics. We had built trust.

It's easy to look back and think of our time at Theranos as flawed and perhaps naïve (hindsight is 20/20). But making health accessible was our mission, and making that dream come true was our purpose. That couldn't have been truer for anyone than for Sunny. Because when what's on the line is making the world better for more people – who wouldn't give everything for that mission?

Judge Davila, as you make your decision, I ask that you take a moment to consider what Sunny was to someone who knew him day in and day out at Theranos. A leader whose passion was palpable in pushing us to make a change we desperately wanted to see happen.

Thank you,
M

# Malini

Honorable Sir,

My family does community as feeding and rescuing stray animals in Chennai India. This work began when I was in the seventh-grade and brought home and cared for a sick dog. Since then my family now takes care of over 65 dogs in our neighborhood of Koyambedu. My mother prepares a nutritious meal of chicken, liver, rice and boiled eggs every day after which, my parents personally go for feeding the dogs between 1 am and 5:45 am once the traffic has died down and the animals come out. It can be very demanding on the physical, mental and financial resources. We also vaccinate, sterilize and medically assists the dogs.

Funding to support our work is critical and hard to come by. Mr. Ramesh Balwani found out about our efforts during COVID and donated funds in April 2020 to my family's community service work of feeding stray dogs in Chennai, India.

The money donated by Mr. Balwani was initially used to feed the hungry abandoned dogs. He not only provided funds but also communicated regularly with my mother to check in as you can see from the messages below.





During this process he found out about a dog we regularly feed, whose leg was run over by a car. He made immediate funds available so we could treat the dog and help the dog heal and recover. Some of it was also used for regular feeding. The dog's lef was operated upon and treated. He was boarded at the veterinarian until it recovered and it underwent hydrotherapy to regain mobility.



Our work is only possible due to the support of kind hearted benefactors like Mr. Balwani and we are very grateful for his support. He has prayers of many of these innocent animals with him.

Yours sincerely,
Hamsa Mukund.

November 4th 2022

The Honorable Edward J. Davila

United States District Judge

Respected Judge,

My name is Dipali Nain, and I am Ramesh Balwani's eldest sister. I am writing today to give you an insight into Ramesh character and request you to show him the same compassion that he has shown to every person around him.

My brother is a generous, kind person who has always been a philanthropist and helped people in need. It is this drive to help others that led him to Theranos.

We come from a community of Hindus who were greatly impacted by the partition of India in 1947 between India and Pakistan. Much of our community migrated to India around those years but many families were split between two countries. Ours was one such family. Our community has gone through many hardships - most people had to leave all their possessions and move to India when India and Pakistan were partitioned since they belong to Hindu minority. My grandparents and parents lived in the areas which became part of Pakistan but struggled immensely for their safety. Despite their struggles they made sure that families that depended on them or were in need were taken care of and Ramesh imbibed the same values.

I am very proud sister, for what Ramesh has achieved academically and at work. He has always been brilliant in education and performed great at school and college. My father knew Ramesh's capabilities and potential to excel, hence when he finished his high school in 1980s, my father supported Ramesh's decision to pursue higher education in the US. Even though we were all sad to see him go so far away, we were also very happy for him because we knew how much he valued education and wanted to be in a position to support others.

Since early in his career, even when he was just starting out and struggling himself, he made sure if anyone was in need he would help. His generosity included sponsoring beds for homeless senior citizens in old age homes, helping poor with wheelchairs, sponsoring the education of girl children and installing water pumps in poor villages and giving needy families cattle for their livelihood.

I personally also benefited a lot from Ramesh's hard work ethic and compassion and generosity. Not only was he a role model for helping others, but he also helped me with my daughters' education. My daughters could only pursue higher studies because of his advice, generosity and financial support. He was generous with his time and mentored them and gave them career advice. This support means a lot since girls from our community typically didn't pursue higher education or careers. Ramesh's passion for technology and belief in it for change was inspiring. My daughters followed his footsteps and chose careers which were focused on contributing to society. Letters from my two daughter Rashmi Nain and karuna Nain are also part of this submissions and you can see how they have contributed to the betterment of the world through their work. I am

happy to see my daughters following Ramesh and my parent's foot steps by contributing to broader society in their career and outside.

When Ramesh joined Theranos he was energized and passionate about the chance to develop a technology that could benefit mankind. Ramesh had been sharing his vision for the technology that Theranos was building over the years with the whole family. He believed it will benefit poor communities in our villages in Pakistan and in India immensely. His believe in the technology Theranos was developing was so strong that he used Theranos labs for my mother's medical care.

Ramesh also helped save my husband's life. We were visiting my younger daughter, Karuna Nain (my daughter) in the United States when my husband got very sick. My husband was hospitalized in emergency care. After performing many tests and analysis the physicians and specialists informed us that his life was at serious risk and told us to say our last goodbyes to him. Ramesh did not leave my side for a second. He gave us guidance and helped us understand our options, and with his support and advice my husband is still alive and healthy today. I am deeply grateful for Ramesh's guidance and his support during that very difficult time.

I plead to you to keep his kindness, compassion and intention to only serve through Theranos in mind as you deliberate and decide and plead for my brother's life and freedom.

Thank you,

Dipali Nain

█████████████████████████████

███████ India ████████

Email: ██████████████████

**November 1, 2022**

The Honorable Edward J. Davila

United States District Judge

Respected Judge Davila,

My name is Karuna Nain. I am Ramesh Balwani's niece (his eldest sister Dipali Nain's younger daughter). I am 42 years old and I have spent the last decade of my life focusing on building projects to make women and children safer. I recently retired as Director of Safety Policy at Meta (formerly known as Facebook) where I developed programs with other members of industry, non-profits and academics to promote online safety on issues of child protection, well-being, women's safety, non-consensual intimate image abuse and suicide and self injury. For example, last December, I launched StopNCII.org with UK Revenge Porn Helpline and over 50 nonprofits, victim support organizations and academics around the world to help people who are concerned that their Internet images will be shared without their consent online to get them proactively flagged for platforms so that platforms such as Facebook can keep a lookout for them and ensure that if the content violates their policies is not shared on their services. This program is built keeping victims at the center of the design - 1/ victims don't need to share their photos and videos, they can hash / create a digital fingerprint at the browser level and share those with platforms 2/ it removes the burden on victims by giving them a one stop shop to work with multiple platforms. I am working with the National Center for Missing and Exploited Children (NCMEC) to launch a similar solution for minor victims of sextortion. I previously redesigned NCMEC's case management tool which is used globally to transmit cybertips sent by electronic service providers and people at large to various governments around the world so that law-enforcement can effectively prioritize and triage those reports and get children help urgently when needed. Prior to this I worked at the State Department as a Public Affairs Specialist at the US Embassy in India where I coordinated with alumni of US Government sponsored exchange programs and gave grants for them to implement projects inspired by their exchange experience to benefit their communities in India, Bhutan and among the Tibetan communities exiled in India.

I owe my career and work largely to Ramesh's generosity and encouragement.

My uncle was the first member of our family to pursue a higher education. In traditional Indian families, girls typically got married at young age and raised families. However, my parents wanted my sister and me to get educated. We all wanted to follow on Ramesh's footsteps. Seeing Ramesh's work ethic, I too wanted to get an education, be successful and give back to my community. He was a role model for me, my sister and cousins.

I don't remember Ramesh bragging about his giving, helping and community building efforts. He has never ever spoken about his contributions to others. It was always my maternal grandmother, his mother, and other members of family who would tell us how he sponsored building of water pumps in the village here and some other project in some village there. In the rural areas where our family originally hails from, these philanthropic projects can sometimes become lifelines for people living

there. Even though he moved to the US and all of our families moved to the cities, Ramesh didn't forget the people living in the communities we left decades ago.

Ramesh not just encouraged us through his philanthropy in the community at large, but he also ensured that everyone in the family had the means to get a high-quality education. He funded my Master's education and made it possible for me to pursue my Masters in Sociology in Germany. I received a partial scholarship from DAAD (the German Academic Exchange Service) and he helped me with remaining and my living costs. I owe my career to his belief and investment in me.

I have seen Ramesh dedicate endless hours to his work over the years and when he joined Theranos, he doubled those efforts. We hardly ever saw him since he was working 24x7 and when we did meet him, he would talk with passion about how he believed that this technology would revolutionize the lives of people around the world who otherwise struggled to get accurate results for blood tests, often leading to catastrophic results. Ramesh genuinely believes in the power of technology to positively impact the lives of people in need.

I am also deeply indebted to Ramesh for saving my father's life. A few years back, when I was living in the US for my work, my father got critically ill while visiting me. His condition deteriorated overnight and doctors told us to say our goodbyes. Ramesh never left my side and counseled me through the tough decisions I had to make. It was due to his guidance that my father is alive and well today.

Ramesh believes strongly in hard work and giving back to the community. Even during this difficult period, he has continued to contribute to the community — he has lost everything due to his high legal expenses but never turns away anyone who needs help. He himself lives a very simple life. Once he is on the other side of this chapter of his life, he will continue to work for the betterment of people in need and positively contribute to society. I humbly urge you to please consider his life's work on helping others and his strong track record of community service as you make the decisions that will impact his and our lives.

Thank you,

Karuna Nain

██████████████████████████

██████ India ██████

████████████████

November 1, 2022

The Honorable Edward J. Davila

United States District Judge

Dear sir

My name is Nirmal Nain. I am the eldest brother-in-law of Ramesh Balwani. I am married to his eldest sister Dipali Nain. I am a retired 70 year old male who lives in India.  I retired after a long career in the tea trade and now live in the Himalayas where I give back to my local community through charitable projects.

I am writing to you to plead to you for compassion and leniency for my brother in law. I cannot share enough how indebted I am to Ramesh. I would not be here today writing this letter if it weren't for his kind support. Over five years ago I suddenly became very ill and was diagnosed with end-stage liver disease when I was visiting my daughter in the US and doctors declared me critical. My family was asked to say their goodbyes to me. They leaned heavily on Ramesh for guidance and support. Ramesh did not leave their side for even a second. It was due to his guidance that I am now alive and leading a healthy life and have had a good life all thanks to him. I am deeply grateful to him for being by our side during our darkest hours.

I am also grateful to Ramesh because of him my daughters managed to get higher education. He was generous and funded their higher education, their masters studies. Because of him my daughters went on to get good careers and good jobs. He supported them. He gave them guidance. Counseling them patiently even though he was very busy and had a lot going on he always had time to take their phone call and tell them what is the correct path but also what is going on in the United States and how they could have bigger careers. It was due to him that my daughters are now successful and they also empower me to give back to the community that I live in and they make sure that I am able to give to the poor people around us meals, clothes, stationary. Ramesh's kindness has had a ripple effect. My daughters were able to build remarkably successful careers and are now pillars of our community and make sure they give back to their communities they live in.

I plead to you to show compassion. Ramesh can be a constructive citizen and has a lot more to give back to the world around him as a free man.

Thank you

Nirmal Nain

████████████████████████

██████ India ██████

Phone: ████████████

███████████████████

November 1, 2022

The Honorable Edward J. Davila

United States District Judge

Dear judge,

My name is Rashmi Nain. I am Ramesh Balwani's niece (elder sister Dipali Nain's eldest daughter). I am 44 years old and I'm currently working with Standard & Poor's Market intelligence division (based in Hong Kong) as an executive Director & Head of Asia for economics & country risk consulting. As a development consultant, over the past 20 years I have focused on public private partnership policy support and developing project financing mechanisms that enable government agencies to develop infrastructure assets such as power, transportation, water and sanitation, etc. My work such as - a. helping the government of Indonesia in operationalising the infrastructure guarantee fund and b. Development of the government of Mozambique road sector PPP policy and funding plan has typically been directly or indirectly sponsored by multilateral agencies such as the world bank and Asian development bank. I have experience in working in close to 20 developing countries across Asia and Africa including some challenging environments/ periods such as working with the government of Sierra Leone around the time of the Ebola outbreak in 2013-2016.

My career was only made possible by the mentorship and invaluable financial assistance offered to my family and myself by Ramesh Balwani.  He paid a significant part of my college fees, gave me my first laptop when I was a kid so that I could complete my project assignments, and also took out the time to help mentor me.  As the first-born girl child in my generation, coming from a traditional community pursuing a masters degree and then pursuing a high intensity career was not something that was commonplace.  My uncle constantly helped introduce options, encouraged me and my family to open our minds to new things and also gave monetary support.

My grandmother would talk about how hard Ramesh was working, how generous he was to those less fortunate throughout my childhood. I too saw how passionate and disciplined he was and this inspired me to work harder and do better. Due to the partition between India and Pakistan our community has been scattered across different parts of the world. Our family found ourselves in India, Pakistan, Ireland and the United States. Ramesh would make a conscious effort to plan family gatherings for all of us to get together and share family stories so that we would keep a culture alive.

Ramesh is a remarkable human being who has positively impacted the lives of dozens I know and thousands of others that he has helped anonymously or through foundations temples and orphanages. His has been a life of purpose and kindness to others. I plead with you to please consider his generosity to his family as well as his larger community.

Rashmi Nain

██████████████████████████

██████ India ██████

Email – ████████████████████

September 1, 2022

The Honorable Edward J. Davila

United States District Judge

Respected Sir,

I, Manoj Paswan, am writing to share how Ramesh Balwani has impacted my life and the life of my community and village. I originally come from a small village in Bihar, India.

Ramesh is a very good man. I hail from a poor family and Ramesh gave me a job. My village did not have any running drinking water. When I mentioned this to Ramesh he helped with financial support to install water pumps in our village. For more than a decade now, so many in my village use those pumps to get drinking water. These pumps now feed numerous children and families and livestock in the village. He always felt connected to our village life and made his best effort to give us a better means of living.

My family also had no means of livelihood. For a poor family like ours dairy and farming is the only means of sustenance. Ramesh also bought us cattle that has been the lifeline for us. The milk from the cow provides nutrition to the family members and we can sell the excess for income. The fodder for the cattle and all the expenses associated with the cattle are also taken care of by Ramesh for years.

People say there is no God but for me, Ramesh is no less than a God because he has taken such care of my family and my entire village drinks from the water pumps he has built for us. Continual upkeep of the water pumps and other expenses for the pump are also borne by Ramesh without any hesitation.

He even helps other poor people in my village when they are in need, so everyone keeps him in their prayers.

For us he is no less than God. I speak not just on behalf of me and my family, but my entire village who is keeping him in their prayers.

Regards,

Manoj Paswan

███████████████████████

██████████, Mumbai ██████ India

November 5, 2022

The Honorable Edward J. Davila

United States District Judge

Respected Judge,

I am Rupa Parwani, Ramesh Balwani's older sister. I live in Mumbai, India with my husband. I run my own small business.

Due to the proximity in our ages, Ramesh and I were extremely close growing up. I saw him grow up when we were still children. From a very young age, he was a responsible person. He was barely six or seven years of age when he started bringing honors and other prizes for his excellence in education and especially in mathematics. Even back then, he worked hard and had never needed to be reminded or forced to be responsible towards his studies. He stayed up late studying until he was satisfied with his work. My grandfather used to often point at him and tell others that Ramesh was proof that there was no shortcut to success. Even in a family of workaholics, Ramesh set a high bar.

I was married early and my marriage was a challenging one. Through it all – even though he himself was a teenager back then - Ramesh was always my biggest supporter and encouraged me to gain economic independence and build my own life. Due to his encouragement and support I started a business and gained financial independence. Over the years, as my business got established, I decided to expand and took out a loan to help my business grow. I soon got caught in a cycle of debt because of astronomically high interest rates charged to women-owned businesses back then. Ramesh himself had just started working and I knew he was also building his own life. Still, he gave me money from his savings so I could pay off my debt to get out of that negative cycle. I would not have been able to grow my business and become independent if it weren't for this support.  Since then, that business has enabled me to buy my own home, have a good life and help others.

Our grandfather and father were strong proponents of giving back to the community and helping those less fortunate. Ramesh spent a lot of time growing up with our grandfather and observed his philanthropic activities for the community. Over the years, Ramesh has often channeled his charitable work in India thru me. I have two young men, Raju Kumar and Manoj Paswan, who help with my business and other chores. They come from extremely poor backgrounds. Ramesh gave me funds so I could buy both of them cattle so their families in their villages have supplemental income by selling milk and can fund their children's educations. He also donated water pumps in our ancestral villages in Pakistan and the villages here in India. These pumps have transformed the lives of the communities living there as they now have access to clean drinking water, reducing diseases and social inequality. Ramesh also donated laptops to their children so they can get a high-quality education.

Ramesh has also been a long-standing sponsor of a local girls orphanage in Mumbai where every year on Diwali and Christmas he gifts new clothes to girls. His sponsorship has continued for over a decade. He made sure the girls could celebrate their birthdays - he gave me money so I could prepare food and take it for them and gifted books and stationery to the girls. He has made regular donations to an elderly care home in Mumbai for many years where he has provided support to the elderly who lose their homes

and families. Be it paying for comfortable beds for abandoned seniors in old age homes, paying for weddings of orphan girls or funding for paraplegic artists, Ramesh has never turned anyone away.

Ramesh always made sure my parents had the best medical care and support. When my mother had serious life-threatening health issues, he flew her to the US to ensure she had the best medical care. Post-surgery, all of our mother's blood tests were done at the Theranos Lab because he believed in the results.

Ramesh truly believed in the mission and technology of Theranos and that it would be life changing for people in need. There is no greater evidence of that then trusting his own family's health for so many years to Theranos technology and employees. During his tenure at Theranos we witnessed that his passion was only to serve a higher cause with minimum focus on self-interest. He is a man of integrity and has lived a life of caring for others and he put his heart and soul and his money into Theranos because he believed this was a worthwhile cause, not just a business. I know my brother had enough money that he did not have to work for a single day in his life again. He could have lived a most comfortable life in the US and certainly here in India or anywhere else he chose to. But instead he worked day and night, barely took a day off, sacrificed his health, invested his life's saving into Theranos – and asked little or nothing in return. This is exactly the kind of man he is, the kind of little brother I knew when we were growing up. Success didn't change his caring nature. It didn't make him different. Neither have all the enormous challenges he has faced since 2015. He continues to help others. He

continues to demonstrate infinite faith in God and His justice. He remains a man of compassion. I pray that you will take into account his remarkable life of service and caring when you make your decision.

Gratefully yours

Rupa Parwani

███████████████████████

Mumbai ██████

Ph: +█████████

email: █████████████

From:         Naeem Zamindar
Profile:      Founder of Neem Exponential, Art of Living Foundation teacher of the Happiness
              Program and Silent Retreats; and Global Advisor to Acumen, NYC
Former:       Lead Advisor to the Worldbank, Chairman Board of Investment of Government
              of Pakistan, CEO Acumen Pakistan, CEO of Wateen (Publicly listed), CSO of
              Mobilink, Senior Investment Manager at Intel Capital, KPMG
Qualifications: MBA from INSEAD, CPA (no longer certified), BBA from University of Texas at
Austin
Date:         November 30, 2022


To:
The Honorable Edward J. Davila
United States District Judge

Dear Judge Davila:

I have known Sunny Balwani since 1987 (35 years ago) from our time at University of Texas at
Austin, where we were both studying and living in the same apartment complex.  He has always
been a very sincere, friendly, positive, intelligent, and helpful friend.  He is a very spiritual
human being whose values align with my Sufi spiritual leanings.  I also loved his deep insight, his
poetic sense, ability to quote and engage many scriptures.  He is a beautiful human being, who I
have learned to love as a true friend.

I graduated before him and moved to the Bay Area and motivated him to move to California.  I
still remember him wanting a job at Lotus Consulting. He was so confident in his skills and
ability to contribute that he offered to work for the company for free until they were convinced
that he was adding value. The company hired him and he went on to accomplish great things in
his career over the years.

In 1999 he started his own tech company. He invited me to join him, but I was starting my MBA
program at INSEAD, a very prestigious school in France, and didn't want to miss that
opportunity.  Some time later while I was in the MBA program, he sold his company and came
over to visit me Fontainebleau, France and it was great to re-connect. At that time he had
become an entrepreneurial inspiration.

After my MBA, I joined Intel Capital, moving back to the Bay Area in Sept. 2000, where we
reconnected and formed an even deeper friendship. During this period he went back to school
first to Berkeley and then to Stanford where he met Elizabeth. We saw how much they loved
each other and how he supporting they were of each other. He truly loved Elizabeth and
wanted her to succeed in her mission and held her in the highest regards.  I saw him giving his
best to her in a very positive manner, leveraging his experience as a successful entrepreneur.

I got involved with the Art of Living Foundation, a movement to bring peace and self-realization to individuals, to enable an enlightened society.  It changed my life dramatically (including being a vegetarian, teetotaler, quit smoking, etc.) and I became a teacher of these programs, and in March 2004, I decided to move back to Pakistan and become a full-time teacher and serve society.  But I did return to visit Sunny once in 2011 and again in 2012 with my wife.   Both times the two of them were gracious hosts and we really enjoyed ourselves.  When we stayed at their home, we barely saw them and there was barely any furniture in the house. Both of them were working 7 days a week and 16 hours a day to make Theranos a success and did not even have the time to buy furniture for the drawing room.  I was so happy for my friend as he was excited about the work he was doing and so happy with his life partner at that time.

In 2014, I had trouble from the Taliban, as I had been put on their hit list because I was teaching meditation which they thought I was doing in an un-Islamic way.  So I came over to the USA for a bit and he welcomed me and told me not to worry as he knew a lot of people in the valley and would help me get a job.  I decided not to stay and returned to Pakistan after a month.

I know him over 35 years of active engagement, exchanging money, sharing gifts and time, serving others, he has always been outstanding and a sincere man who lives from the highest levels of integrity.  I know that he was sincere with his mission to enable Theranos and had put his own money in the company.  During this time when I was going through health challenges, he suggested using the Theranos lab and I used that every time. My results were fully consistent with those that I got done from other labs later on.

I know that my friend worked with utmost dedication, behaved with sincerity and integrity as he has for decades that I have known him; and that he was committed to building a game changing health care company.  Sunny & I have dozens of friends in common and everyone who knows him stands by him and his integrity.

I respectfully ask this honorable court to consider his long life of hard work and dedication to service in reaching its decision.

Humbly submitted.

Naeem Zamindar.



"Caring for the differently able is a religion, serving them is like serving God" - Mahatma Gandhi

**Empanelled organization - National CSR HUB Tata Institute of social science (TISS)**

# TAMILNADU DIFFERENTLY ABLED FEDERATION CHARITABLE TRUST

| Dr. P. SIMMACHANDRAN | Prof. D. PONNUSAMY | T. KARUPPAIAH |
|---|---|---|
| **President** | **Secretary** | **Treasurer** |
| 📞 94441 15936 | 📞 96001 93366 | 📞 95661 16271 |

**Trustees :**

Mr. B. Sankarmahadevan
Mr. S. Elango

**Legal Advisor :**
Mr. R. Prabhakaran M.L.

**Auditor:**
Mr. J. Martin Joseph Selvaraj
B.Com., F.C.A.,

**Chief Advisor :**
M. S. Jayalakshimi, Annai Illam

**Registered Organisation :**
⮬ u/s 12 A of Income Tax Act
⮬ u/s 80G of Income Tax Act
⮬ Foreign Contribution Regulation Act (FCRA)
⮬ NGO Darpan with NITI Aayog Govt. of India
⮬ PAN No.: AAATT5519R
⮬ Registered with Govt. of Tamilnadu u/s 51 (2) RPwD Act 2016

**Empanelled Organisation :**
National CSR HUB
Tata Institute of Social Science (TISS)

Date: 20.10.2022

Honorable Sir,

The Tamilnadu Differently Abled Federation Charitable trust is a registered non –profit Social service organization working for welfare of differently abled persons since 2000.  This organization has membership of more than 59 grassroot NGOs working all over the State of Tamil Nadu in India exclusively for the development of disabled.   This our trustees is actively involved in multifaceted service activities such as providing mobility support (Wheelchairs, Tricycles, Calipers, Artificial limbs etc.).   Livelihood projects through CSR, Self Employment Programmes, Health care support, Educational scholarship, Placement training, Suyamvaram and Mass Marriage for disabled,  annual Sports Meet for disabled & awareness creation through monthly magazine and Advocacy for the rights of the disabled.

We are an approved Disability People's Organization by Government of Tamil Nadu under Rights of Persons with Disabilities Act 2016.  We are empanelled by TATA Institute of Social Sciences (TISS) for receiving Corporate Social Responsibility Funds (CSR). We are a certified social service organisation by Ministry of Home Affairs, Government of India for conducting CSR activities. Further details about us enclosed brochure   and   can   be   obtained   from   our   website www.tndfctrust.com

P.T.O

📍 No.10, 4th Cross Street, Balaji Nagar, Ekkaduthangal,  Chennai - 600 032.
☎ 044 22251584 ✉ tndfctrust@gmail.com 🌐 www.tndfctrust.in **Find us** 📘 🐦 ▶️ YouTube
Donations are exempted u/s 80 (G) of Income Tax Act
**Serving the sick, disbled and deprived is a far more godly act than merely visiting temple every day**

As Above, TNDFC Trust supports all types of disabled persons at all stages right from early detection till Marriage. Every year we provide support to the tune of Rs.10.00 Millions (INR). All these activities are extended with the support of donors from India and U.S.A.

Mr. Ramesh Balwani is one of our major donors. In 2018 he contacted us seeing our credentials in our website. First he wanted to donate dozens of wheel chairs. We normally have a list of needy disabled persons. From the funds received from Mr. Ramesh Balwani we were able to provide mobility to dozens of disabled persons at one stroke instead of one at a time. With the support of wheel Chairs many persons were able to get a job to earn for their living.

Earlier they were struck up inside their houses as mobility was their problem. But Now, since mobility was possible with the wheel chair, they confidently approached nearby shops (Stores, Photostat Shops, Stationary Shops etc.) where they often are able to get jobs. They are fully functional and with their hands and they were able to perform the jobs satisfactorily. Earlier they were dependent on their brothers and sisters and family members for sustenance. Now they are on their own and lead a life with self-respect. Mr. Ramesh Balwani was instrumental in transforming their lives and thru these wheel chairs they got their dignity and freedom that they value. The wheel chairs give people their lives.

Just to Mention one small example. A educated job seeking lady with a college degree approached us for a wheel chair. We gave one wheel chair from the funds received from Mr.Ramesh Balwani. With the Wheel Chair she was able to get a temporary job in University of Madras in Chennai. When our Secretary in our Foundation went to University of Madras for his personal work, he saw the wheel chair with the sticker bearing "Donated by Mr. Ramesh Balwani Family."

Our Secretary went into the office room to find the lady working in the University Office. Our Secretary is also a disabled person. She was very happy and also filled with gratified to see our Secretary. On that day, our secretary used her wheel chair for one hour inside the University campus. His work was over in one hour and he returned the wheel chair to the lady. Our Secretary was very happy that a wheel chair donated by our trust was helpful to he himself when he was in disparate need for a Wheel Chair. This is one of the cases of the wheel chair distributed with the fund received from Mr. Ramesh Balwani and how it helped not just the person who received it but even others who are using and sharing that one wheel chair. There are many such cares are available and some are attached.

From that day onwards whenever we are in need a funds, we reach out to him. Another time we wanted to donate wheel chairs to more than 50 disabled persons at one time. We contacted Mr.Ramesh Balwani and provided us funds to purchase and distribute these wheel chairs to another 50 people. At all the times he was very kind and extended immediate support to all the disabled persons through our Trust. In fact he has not visited our Office, met the beneficiaries in person (zoom only) but is always there to help.

During Covid-19 Lockdown the situation for ordinary people was very tough. Many disabled people associated with our foundation lost their jobs or their small business were shut down because of lockdown. These people had no money for even basic food. We contacted Mr. Ramesh Balwani for providing Groceries to hundreds of disabled persons. He was ready to help us immediately. With his support **hundreds** of disabled persons were able to be free from hunger for many many months during Covid-19 Pandamic Period.

Covid-19 Lock Down Second Phase was even more severe and brought the lives of disabled persons to almost to a complete halt. When we approached Mr. Ramesh Balwani with a request for more support. This time we needed working capital money for about 100 small shops and small businesses. As their Shops were closed due to Pandamic they needed working Capital money to restart their Shops.

As earlier, Mr. Ramesh Balwani with pleasure took up the responsibility of supporting disabled persons to restart their business. Hundreds of families were impacted because of his help and grants. Many beneficiaries here sent appreciation letter with gratitude indicating how their lives were transformed with the help received from Mr.Ramesh Balwani. some are enclosed.

To Summarise, Mr. Ramesh Balwani is a very kind hearted generous philanthropist always ready to lend helping hand to the poorest disabled men and women through our TNDFC Trust.

We thank Mr. Ramesh Balwani for his continuous noble support from our depth of our hearts.

May God fulfill all his needs and wishes.

Respect fully Yours,

Prof.Dr.D.Ponnusamy,

Secretary

TNDFC Trust.

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm R. Prabhu, I reside at Thoraipakkam in Tamil Nadu, India. I'm a handicapped person. I have been struggling so much with this disorder as I wasn't able to walk or move freely. Traveling on public transit was very challenging. I was in need of assistance to move. I was considered a burden in my house. I wasn't capable of doing anything on my own. I was feeling shattered and broken.

I was in need of a helping hand. I approached the Tamil Nadu Differently Abled Federation Charitable Trust for assistance. Through the sponsorship of Mr. Ramesh Balwani, I received a wheelchair. It was extremely helpful for me. Now I'm able to move without anyone's help.

I'm able to do things by myself. I'm very happy with the new wheelchair. I feel very independent now. I can go to places alone. I feel like I'm no longer a burden. I can go to work, the supermarket, meet people and go other places i wish.



I'm extremely grateful to the Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust. I'm forever thankful for this wheelchair. People in developed countries cannot understand how a wheelchair can change the life of someone from a poor neighborhood in a developing country. This wheelchair brought a new meaning to my life.

Respectfully,

R.Prabhu
No 24/62, ezhil nagar, oggium,
Thoraipakkam, chennai

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Mahadevi.I reside at oggium, Thoraipakkamin South India. I'm physically handicapped person.I struggle every  day to do my daily activities. I cannot walk or stand without the aid of other people. I have been dependent on others since birth. I face a lot of challenges in my day to day life. No one is ready to provide me work. I couldn't find any source of income. I had to depend on others for financial support. I feel helpless as I couldn't support my family in meeting living expenses. I felt so isolated in society. There was no one to support me.

Through some sources I came to know about the tndfc trust. I approached them for help. They provided me with great care and support. They gave me a wheelchair sponsored by Mr. Ramesh Balwani. This literally changed my life. I no longer had to depend on anyone to do my things. It is extremely useful. I can go wherever I wish and do whatever I want. I don't feel stagnant now. I can work and earn income. I feel so happy in receiving this help from the trust.



I am very sincerely grateful to Mr. Ramesh Balwani for this assistance. This wheelchair has made my livelihood much better. Thank You so much for making me independent.

Respectfully,


Mahadevi.

Oggium, Thoraipakkam

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm V. Balamurugan. I reside at Thuraipakkam in Tamil Nadu in South India. I'm a Locomotor Disabled person. I wasn't able to move around without any assistance. I faced challenges not only in mobility but also faced a lot of other obstacles in life. I couldn't go to work to support my family. I was helpless when my family faced financial issues. Literally I was like a burden to my family. I could not get around or do anything on my own. I felt discriminated against in society. I felt isolated. I approached the Tamilnadu Differently Abled Federation Charitable Trust. for helping me.

Through the generosity of Mr. Ramesh Balwani, I received a wheelchair. I'm very thankful for this assistance. I'm able to move freely indoors and outdoors. I can do small works, earn income and support my family now. I can do my things by myself.



I'm extremely thankful to Mr. Ramesh Balwani and the Tamilnadu Differently abled federation charitable trust for their selfless support. I extend my sincere gratitude for this wheelchair - you cannot imagine how it has changed my life.

Respectfully,

V.Balamurugan

No 9881, Kannagi nagar,

oggium, Thuraipakkam, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

Hi Sir, my name is M.Murugan. I reside in South India. I'm a handicapped person. I have been struggling so much with this disorder as I wasn't able to walk or move freely. traveling on public transit was very challenging. I was in need of assistance to move. I wasn't capable of doing anything on my own.

I approached The Tamilnadu Differently Abled Federation Charitable Trust for assistance. Through a kind support from Mr. Ramesh Balwani I received a wheelchair in donation. It has changed my life and is extremely helpful for me. Now I'm able to move without anyone's help.

I'm able to do things by myself. I'm very happy with the new wheelchair. I feel very independent now. I can go to places alone,meet my friends, get work done  and go to other places i only read about in books.



I'm extremely thankful to Ramesh Balwani for this huge support. I was obliged and grateful for this help.

Respectfully,

M.Murugan

No13/39, Kannagi nagar,

oggium, Thuraipakkam, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm R. Rajkumar. I reside in Oggium, Thoraipakkam in Tamil Nadu, India. I'm a physically handicapped person. I have been facing discrimination since childhood. I was kept aside in every aspect of society. Apart from physical stress, this has created major mental trauma for me. I wasn't coming out of the house. I couldn't even do my personal routines without other's help. I required assistance for everything. I have been neglected every time. I couldn't go to work. I had to depend on others for money to afford my basic needs. I felt so depressed and literally useless.

I found out about the Tamilnadu Differently Abled Federation Charitable Trust and their services. I asked them for assistance. Through them, I got a wheelchair sponsored by Mr. Ramesh Balwani.

It was extremely useful. I'm able to move independently. I can look after my needs without any other support. I can do small scale work and earn for myself. This wheelchair became a life saver for me.



I'm extremely thankful to Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust for this huge support. I was obliged and grateful for this help.

Respectfully,

R.Rajkumar

No 2/71, Ezhil nagar, Oggium,

Thoraipakkam, chennai

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm G. Krishnamurthy. I reside at Thuraipakkam, Chennai in the Indian state of Tamil Nadu. I'm a locomotor disabled person. Getting out of the house was a challenging task. I couldn't even stand without a helping hand. It was very difficult for me to face day to day life. I couldn't do my personal things without other's aid. There was no support system for me.

I came to know about tndfc trust and their initiatives. I Approached Tamilnadu Differently Abled federation charitable trust for support. Through funding from Mr. Ramesh Balwani, the trust gave me a wheelchair. I'm very happy with this help. I'm now able to move around without any other assistance. I can take care of myself now. I can work and support my family. I feel empowered and independent.



I'm extremely grateful to Mr. Ramesh Balwani for the wheelchair. I thank them for providing support and assistance without which I couldn't have faced the challenges of life.

Respectfully,

G.Krishnamurthy

No. 23/127, ezhil nagar, oggium,

thoraipakkam,chennai.

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Gowri I reside at oggium, Thoraipakkam in India. I'm a physically handicapped person. I lack strength to walk, grasp or lift objects. I face difficulty in doing day to day activities by my own.I faced discrimination in the society and faced negative attitude from other people. I felt helpless. I couldn't even take care of my own needs. Living was very challenging. I couldn't find any source of support. Later I approached the tndfc for help.

Through funding from Mr. Ramesh Balwani**,** the Trust gifted me a wheelchair. It was very useful. I'm now able to move freely indoors and outdoors without anybody's help. I can do my daily activities on my own. I feel so independent and empowered with this assistance.



I am very grateful to Mr. Ramesh Balwani for the wheelchair. Thank you for making me independent and self-sufficient.

Respectfully,

Gowri

Ezhil Nagar, Oggiyum

Thoripakkam, Chennai.

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Gunasekari. I'm a physically disabled person. Since birth I have needed somebody's help for living. It was negligence everywhere. I wasn't going out of my house. I couldn't do any of my personal needs by myself. I was depending on others for everything. It was so depressing. My family also was struggling to take care of me. I was like a burden to them. I wasn't hired by anyone for work. I felt so alone in the society. I ran out of options for help.

I reached out to Tamilnadu Differently Abled Federation Charitable Trust for helping me. They provided me with great assistance and support to cope up with the challenges. Through Mr. Ramesh Balwani, I received a wheelchair from them. It was extremely useful. I can now do things on my own. I can go to places and meet people without anybody's help. I'm able to work and earn for myself and my family. I'm self-sufficient now.



I'm much obliged and grateful to the Tamilnadu Differently Abled Federation Charitable Trust and the donors Mr. Ramesh Balwani for this incredible help. This wheelchair has given me a new life. I thank the donors for their generosity and kindness. Thankyou for this initiative.

Respectfully,

Gunasekari

Kannagi Nagar, Oggiyum

Thoraipakkam, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Vedhavalli. I reside at oggium, Thoraipakkam in Chennai, India. I'm a locomotor disabled person. I faced a lot of obstacles in my life. Adapting to life with a disability was challenging. I couldn't face a day without depression. I had to be indoors itself. I had to depend on others for all activities. I couldn't do my daily routines on my own. I was kept isolated everywhere. I couldn't support my spouse in looking after the family. I had to depend on others for money. It was affecting me mentally also. I felt like I was being avoided everywhere.

I was in search of a helping hand to pull me out of this struggle. I found out about the Tamilnadu Differently Abled Federation Charitable Trust . I asked them for assistance. They provided me with a wheelchair through the Mr. Ramesh Balwani fund scheme. This wheelchair changed my life. I became independent with this. I can do things on my own. I can move around freely. I can get out of the house and travel everywhere I want. I run a small business now. I can earn now and support my family. I can take care of my needs.



I'm extremely grateful to the donors Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust for providing me this wheelchair. I wouldn't be independent and empowered without this initiative. I thank them for this selfless support and assistance.

Respectfully,

Vedhavalli

Ezhil Nagar, Oggium,

Thoraipakkam, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

      I'm Jayaseeli . I reside at Kannagi nagar in Chennai in the Indian state of Chennai. I'm a locomotor disabled person. Previously I have been struggling with life every day. I faced a lot of challenges daily. I wasn't even able to move from one place to another without support. It was very depressing. I was troubling everyone to do my activities. I was a burden to the whole family. I had to be indoors. I couldn't go out and socialize. I couldn't go to work and earn for myself. I had to depend on others financially also. No one was willing to provide me work. I felt discriminated against everywhere. I was feeling hopeless and isolated. No one was there to support me.

      I came to know about the services of Tamilnadu Differently abled federation charitable trust. I reached out to them for help. It was a huge relief. They provided incredible assistance throughout. They brought a feeling of inclusiveness in my life. Through the Mr. Ramesh Balwani fund initiative, I received a wheelchair from the trust. It was a life changer. I became so independent with the wheelchair. I'm able to do everything by myself. I can move around, travel everywhere I want, do my activities, go to work etc. The wheelchair made me  self-sufficient. I can support my family financially now. I no longer need anyone's aid in life. I feel so empowered now.



      I extend my heartfelt gratitude to the Tamilnadu Differently Abled Federation Charitable Trust and Mr. Ramesh Balwani for this initiative. I thank them for the services they do to help people like me in society. I thank them sincerely for this effort and assistance.

Respectfully,

Jayaseeli

Kannagi Nagar, Oggiyum

Thoraipakkam, Chennai

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I am Appadurai, aged 45. I reside at Saidapet. I run a pushcart selling multiple Household items. I'm Differently Abled and I have difficulty in walking and a Locomotor Disability. Hence, I couldn't go to any work. Earlier i worked as a daily wage employee but my health condition became worse. So I had to sit in the house itself idle.

Only my wife used to work as a housekeeper in nearby houses and looked after my family. The income was very less. Most of the time we weren't able to meet our day to day needs. I had to go for a monthly medical checkup and that was also more than we could afford.

As the outbreak of Covid - 19 pandemic began, my wife lost her job. No one was willing to give work. Life became much harder. It was complete poverty in the family.

There was no food. Available Groceries and all things got over. We were having only one meal a day. I approached many people for help. But due to the Covid – 19. We were helpless. We were struggling so much to live..



During the middle of the second Covid - 19 wave, I approached the Tamilnadu Differently Abled Federation Charitable Trust for help. They were the only support and help for me during the pandemic time. They provided us with groceries and food items.

I was given a bunk shop through a grant provided by Mr. Ramesh Balwani and funds to start a small business. I opened a small shop near my house selling multiple household items because of which. I earned my daily livelihood.

He was like a life saviour to my family. I could take care of our daily needs because of his support. I can now feed my family and meet our living expenses and provide education to my children.

I express my gratitude to the donor Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust for the help during the difficult time. Without their help we wouldn't have survived.

Now we are able to make a decent living and are able to meet our basic needs. Thank you for your help and support.

Respectfully,

Appadurai
No. 28 p block,Venkatapuram,
Saidapet, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm K. Rajeswari, aged 57. I reside at Kannagi Nagar, Thuraipakkam. I run a pushcart selling multiple household items. Previously I used to be a housewife. As Covid - 19 pandemic started, my husband and my three children lost their jobs. Our income became very low.

It became difficult for us to take care of our day to day needs. We couldn't afford groceries, vegetables and other home essentials during that period. The men in the family were searching for other sources of income. But we couldn't manage the living cost. I couldn't afford my medical bills. It was a hard time for us.

I couldn't go for household work also due to my disabled leg. I ran out of options, where to go for help? I felt depressed and hopeless.

I approached the Tamilnadu Differently Abled Federation Charitable Trust for some financial assistance during this period. They provided me with a push cart to start a small business. I opened a shop selling multiple items near my house. It was a huge help for us.

Unfortunately the second wave of Covid-19 pandemic put more pressure upon me. I was forced to shut down the shop as there was no sale. The customers were less.

This time the trust connected me with a grant from Mr. Ramesh Balwani. It was very useful. I reopened my shop and started selling. I was earning more than 500 rupees daily. With this income I could financially support my family to meet the living expenses. I could pay my medical bills by myself and take care of my personal needs.



My heartfelt thanks to the Tamilnadu Differently Abled Federation Charitable Trust & Mr. Ramesh Balwani for your support and financial assistance. Thank you for helping my family at this crucial time.

Respectfully,

K.Rajeswari
No.324, Kannagi Nagar,
Oggiyum Thuraipakkam

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm V.Ramesh Kumar, aged 43. I run a small business (a tiffin/tuck shop) for a living. Previously I was working in a company as a daily wage employee. But due to my vision problem I couldn't travel and work there. I was searching for other sources of income.

But because of my disability no one was willing to provide me work. I faced a lot of trouble looking after my family. I couldn't take care of basic requirements like food, medicines etc.

Due to the COVID-19 pandemic there was no work anywhere. Every shop was shut down. I couldn't afford the living expenses without any income. No one came for help. There was no support for my family.

The Tamilnadu Differently Abled Federation Charitable Trust came to provide me help and assistance during this hard time. They provided me with a push cart to begin a small business.

I opened a tiffin stall near my house. The income was a great relief at that time. I could give a better life to my family.

I could feed them and take care of their needs.

But the arrival of the second wave gave me more trouble. There was no sale and customers were less. I couldn't afford to run the shop. I approached the trust for help and they helped me with a grant from Mr. Ramesh Balwani.

It was very helpful. I reopened my tiffin stall and started running the business. It was a timely help from the trust. I couldn't have passed through that situation without their help.



I extend my sincere thanks to Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust for your help and assistance.

It is because of your support that my family survived the pandemic period. I thank Mr. Balwani for this initiative

Respectfully,


V.Ramesh Kumar
No.1/1457, 1st Street,  Solai Amman Nagar,
Attamthangal, Redhills

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm D.Suresh, aged 35. I own a cycle shop in Kannagi Nagar, Tamil Nadu, India. The outbreak of Covid -19 pandemic caused so much hardship in my life.

During pandemics business went very bad. I couldn't open the shop due to Covid – 19 lockdown. I couldn't find any other work nearby. No one was ready to provide me work. I faced difficulty in buying basic requirements like food, medicines etc.

Some days I had to starve without having money to eat. I had no support system. I felt completely broken and isolated.

Through some sources, I came to know about the Tamilnadu Differently Abled Federation Charitable Trust and their services. I approached the trust for assistance.

They provided me financial assistance to restart my business. They provided me food, groceries and other essentials. The second wave of Covid - 19 put more pressure on me. I couldn't not afford to run the shop regularly. Through the Mr. Balwani family fund, i received a grant.

It was very useful. I reopened my shop. I'm able to earn a decent income and look after my daily basic needs and expenses.



I'm thankful for the help from the Tamilnadu Differently Abled Federation Charitable Trust and the donor, Mr. Balwani.

Without his assistance and support I couldn't have gotten through the hard time.

Respectfully,

D.Suresh
No.13595, Kannagi Nagar,
Oggiam, Thuraipakkam

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm N. Saravanan, aged 44. I run a tiffin stall for a living. Previously I worked in a private company. Due to the pandemic and subsequent Covid – 19 lockdown, I lost my job. I was searching for other work near my house as I couldn't travel long distances with my disabled leg. But I couldn't find any job.

There was no other savings. I couldn't afford even the basic needs. There was no food. I was totally broken, and didn't have any idea how to manage the living expenses. There was no support system.

I approached Tamilnadu Differently Abled Federation Charitable Trust for helping me.They provided me loan and a push cart to start a small business. I set up a tiffin stall near my house.

It was very useful. I earned enough to afford the basic needs like food, other bills with that income.

But with the second wave of Covid - 19, the customer count became less. I couldn't afford to buy materials for the shop.

The trust again helped me with a grant from Mr. Ramesh Balwani and I could restart my business with that amount. It was very helpful. We wouldn't have survived the pandemic period but for this help. The trust was very helpful. They provided us groceries and other assistance at that time.



I'm extremely grateful to Mr. Ramesh Balwani for the help and the Tamilnadu Differently Abled Federation Charitable Trust for the assistance and support.

I'm thankful for the services and initiatives he takes for helping differently Abled people like me in the society.

Respectfully,

N.Saravanan
No. 2/4 Nehru nagar, MA Nagar,
Redhills, Chennai - 52

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Ram Helan, aged 51. I reside at Thuraipakkam. I run a tiffin stall near Thuraipakkam. Earlier I used work as a watchman. I lost my job during covid.

I couldn't find any other work. As it was pandemic no was willing to give me work

I had to look after my family. My earning was the only income in the family. Hence this situation left my family in trouble. We were in total poverty. I couldn't afford even bark the living expenses.

I wasn't able to buy groceries, vegetables and other home essentials. Even meeting basic needs was tough. I ran out of option. I felt so depressed and suffocated during that time.

During the second wave of pandemic, things got even worse. I couldn't manage the expenses. I approached the Tamilnadu Differently Abled Federation Charitable Trust where I am member also, for help.

They provided me a pushcart and a seed amount to start a small business. I opened a food stall in Thuraipakkam, my neighborhood, itself.

With my earning, I could manage the living expenses. I could look after my family's needs. I was able to feed my family. It was very helpful for us.



I thank the Tamilnadu Differently Abled Federation Charitable Trust and Mr. Ramesh Balwani for this help.

We were able to go through that difficult time only because of his support. Thank you so much for his timely help.

Respectfully,

Ram Helan

No.4/31, Azhikandeswarar Nagar, 2nd street, Oggiyum, Thuraipakkam, Chennai 97

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm sarasu, aged 35. I reside in Semmancheri. I run a pushcart selling multiple household items. I used to do housekeeping. But as the Covid -19 pandemic arose, I couldn't find any work.

My husband also was removed from job in lockdown. We found it very difficult to make the ends meet. During the lockdown period there was no income. So we couldn't afford the living expenses. No one was willing to give me work as I'm partially handicapped. My husband was doing small daily wage works but the earnings were very less. We didn't know where to go for help. There was no food for some days. It was a tragic situation.

I have been a member of the Tamilnadu Differently Abled Federation Charitable Trust. I approached them to help us in this period. They were the only support for us in the lockdown time.

They provided us with groceries and basic essentials needed at that time. Through a grant from Mr. Ramesh Balwani, I received seed funds for my small business and a push cart. I opened a shop nearby my house and sold multiple items.

During the second wave of Covid - 19, the customers were less. But these funds helped me to stock the products. This was a huge help. I could look after my family and support my husband financially. We were able to afford the basic needs and eat proper meal regularly. This financial support was very much useful for us.



I extend my gratitude to the donor, Mr. Ramesh Balwani family and Tamilnadu Differently Abled Federation Charitable Trust for their initiative and timely help. It is because of Mr. Ramesh's help we were able to survive during the pandemic time.

Respectfully,

Sarasu
No 1989 TNSCB 5ᵗʰ Cross Street,
Semmanjeri, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Sankunthala, aged 34. I run a push cart selling multiple items. I have not been doing any job before. Husband lost his job during Covid – 19 times, I had to search for other source of income for living.

As I'm Differently Abled, I couldn't travel long distance for work. So I have been searching for nearby works. But due to pandemic lockdown there was no job available. Also no one was ready to give me work considering my disability.

I had to support my husband financially. There were no groceries, vegetables in the house. I couldn't feed my children. There was no money to even afford our basic needs.

Though my husband was doing some daily wage works, the income was very low. We couldn't afford even the basic living expenses.

As the second covid wave began, it was much more difficult. Many industries were again shutting down. As I came to know about the Tamilnadu Differently Abled Federation Charitable Trust,

I approached them for help. They provided me a push cart through funding from Mr. R. Balwani. I opened a small shop near my house.



This support helped us a lot during the pandemic time. I earned daily wages. With these earnings I could help my husband and look after the family. I can take care of my personal and family needs without depending on anyone. This initiative by the trust and my family during the Pandemic period.

I am grateful to Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust for this initiative for helping people like me in the society.

This help was very much needed and useful. Thankful for their  timely help and support.

Respectfully,


Sakunthala

Gingee Main Road, Poondi Venmpi Post,
Vikkiravandi, T.K Villupuram District

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm R.Kumar aged 42. I reside at Vilupuram. I run am electronic shop there. I'm a TV mechanic. I have been doing this work for a long time. I'm the only earning person in my family.

As the pandemic lockdown began, i had to shutdown the shop. There was no money then. Meeting domestic needs, children's needs, personal needs were becoming difficult. We couldn't afford to buy groceries. I didn't know where to go for help. We had no money to even take care of the basic needs.

I approached Tamilnadu Differently Abled Federation Charitable Trust for help. They were providing groceries during lockdown period which helped us to have proper food day to day.

Through Mr. Ramesh Balwani, I received a grant amount with which I opened my shop and restarted my business. This amount helped me to survive the poverty during the pandemic. I could earn daily wages. I'm able to take good care of my family. I can afford to give them proper food and take care of their needs.



I'm extremely grateful to Mr. Balwani and the Tamilnadu Differently Abled Federation Charitable Trust, without them I couldn't have gone through the pandemic period. I thank them for being there for us in our difficult time and help us survive.

Respectfully,


R.Kumar
Ranganathan, No.348, Mariyaman Kovil Street,
Ural villupuram

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Abdul Azeez, aged 28. I run a push cart selling tiffin items. Earlier I used to work in a private company but due to the pandemic lockdown, I lost my job. I had to search for any other source of income as I had to look after my family and my parents.

It was a very difficult time. I couldn't take care of their needs. No one was willing to hire me. I couldn't pay bills and buy groceries for the house. It was a time of poverty.

The Tamilnadu Differently Abled Federation Charitable Trust came as a big support for me. I approached them for help. They connected me with Mr. Ramesh Balwani who provided me with a grant amount and a push cart.

I opened a food stall near Anna Nagar. I could earn money each day. As the second wave of Covid – 19 began; it put more pressure on me.

I couldn't stock up on things in the shop. The customers were also less.

At that time also, the trust provided me monetary help then. I was able to sustain afterwards. I was able to take Care my family's needs and meet the living expenses.



I extend my heartfelt thanks to Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust without whom I wouldn't have been able to go through the tough times. They helped me a lot. I will be forever grateful to them.

Respectfully,


Abdul azeez

No 2/470 D, Kamarajar 2nd street manthoppu,

Vandiyur, Madurai - 20

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Valli, aged 32. I reside at Kallakurichi. I run a pushcart selling multiple household items. My husband left me and my children alone and never returned back home. From then, I myself have been looking after my family without any support from others. Previously I used to be a daily wage employee.

But once the entire burden came into my head, I couldn't afford the living expenses with that income. I was in search of a better job. But as the covid - 19 pandemic began, I lost that job also.

My two kids were left alone. We felt isolated. I had no idea how to take care of my children. I was also in search of household work. But due to

Covid -19, no one was willing to hire me. We couldn't have a proper meal in a day.

I couldn't meet the daily needs. I didn't know where to go for help.

Through some sources, I came to know about the Tamilnadu Differently Abled Federation Charitable Trust. I approached them for help. They provided food and groceries at the time of lockdown.

Through the grant from Mr. Ramesh Balwani, I received seed funding and a pushcart. I opened a shop nearby my house selling multiple items. This was a great help for us.

I could take care of children and live independently now. I can provide my children proper food and look after their education. I can now look after the family by myself. I feel independent and empowered now.



I express my sincere gratitude to Mr. Ramesh Balwani and the Tamilnadu Differently Abled Federation Charitable Trust for this help and support. Without your support and guidance, I couldn't have pulled through this difficult time. Thank you.

Respectfully,


Valli
Thiyagai colony post,
Kallakurichi post District

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I am Valarmathi, aged 45. I reside at Veerapani. I run a pushcart selling multiple house hold items. Considering my health condition (I have a Locomotor disability), I could not go for any work. But due to Covid 19 arrival, my husband lost his job. We had many liabilities. We lived in a rented house.

We had to pay rent, medical grocery bills, buy domestic essentials for house etc. As there was no income, we couldn't look after the family.

My husband searched for another job. But because of the pandemic. There was no work. I couldn't ask him for money for my personal needs either. It was very difficult. We had no idea. We were struggling to have two meals a day.

At the beginning of the second covid - 19 waves, I approached the Tamilnadu Differently Abled Federation Trust and asked them for help. They were so helpful.

They did many good things for the disabled peoples during Covid - 19 times. They gave us groceries for the house. They provided me with a push cart vehicle through a grant from Mr. Ramesh Balwani. I started a small shop near my house selling multiple items.

I was able to support my husband and share our financial liabilities. This was so helpful to me. I don't want to depend on others anymore. I can now take care of my needs by myself. I can look after the basic needs of family with my income.



I express my heartfelt gratitude to the Tamilnadu Differently Abled Federation Charitable Trust and Mr. Ramesh Balwani for helping us cope up with the difficult time. Because of your help only we were able to survive the pandemic. Thank you for supporting me.

Respectfully,


Valarmathi
No 149. Akrapalayalam,
Appalkadu, Veerapani

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Suresh, aged 42 and I have a Locomotor disability. I reside at Saidapet. I run a push cart selling street food (Panipuri) and snacks. Previously I used to work as an auto driver. But due to my health condition and other personal issues, I could drive anymore. I was in search of other work.

As the Covid 19 came, there was no work. I was sitting inside the house itself. I had to take care of parents also. I couldn't afford the living expenses, parent's medical expenses and their needs.

I had no option. I was approaching everyone for work. But no one hired me because of my disability. By the end of the first wave, there was complete poverty in my house. There was no food, had no money to pay bills, and look after basic needs.

I came to know about the terminal of Tamilnadu Differently Abled Federation Charitable Trust and their services and approached them for help.

Through the Mr. Ramesh Balwani family fund initiative, I got a pushcart to start a business. I set up a street food (Panipuri) stall there which is going well. Through this I could now take care of my parents and their needs, feed them properly, give them good medical care. I'm able to take care of the domestic needs of my family and meet the living expenses.



I thank Ramesh Balwani for his timely help. You helped us pass through the pandemic times. Thank you for giving my family a better life. Thank you for your help.

Respectfully,


Suresh
No 90 samiyar garden, Saidapet

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Gayathri aged 33. I have a Locomotor disability and I live at Kannagi Nagar, Tamil Nadu, India. I run a push cart selling multiple items for living.

I used to be a housewife. No one was ready to give me work claiming that I wouldn't be able to work with my disabled hand and leg. My husband was only earning person in the family.

But his income was not sufficient for us. Financially it was very difficult. My daughter was studying in private school. But we couldn't afford her school fees. We couldn't afford the monthly grocery bills, domestic needs and basic needs. As the Covid – 19 began, my husband's earnings also became low. He was given only half salary.

Sometimes there will be no work also. It was very hard for us to live. We shifted our daughter to government school as we couldn't afford her fees. I had no money to look after my personal needs also.

I was asking my neighbors for housekeeping work but they didn't give me work. We ran out of option. I was feeling helpless and isolated.

Tamilnadu Differently Abled Federation Charitable Trust came to my rescue and was so helpful during the Covid – 19 times.

They provided us with all the essential things like groceries. It was because of them we were able to have a decent meal at that time. Otherwise we would have starved as there was no option left for buying things. Through Mr. Ramesh Balwani's financial grant, they gave a push cart vehicle to start a business.

I put up a shop selling multiple items near my house. So I could earn. I can support my husband to run the family. At least I can now take care of my own needs. I can give my child good care and take care of her needs. We are able to meet our living expenses now.



I would like to extend my sincere gratitude to Mr. Ramesh Balwani, without him, we wouldn't have struggled a lot during the pandemic.

We are eternally grateful for his help. He uplifted me and my family.

Respectfully,

Gayathri
No.10/446, Kannagi Nagar, Oggiyum,
Thuraipakkam

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm S.Chitra aged 28. I haven't gone to work before. Considering my health condition as I have a locomotor disability, no one was willing to give me a job. My father was looking after the family.

When the outbreak of Covid – 19 pandemic started, my father lost his job. There was no income in the family. We started struggling. We faced difficulty in buying things for the house like groceries, vegetables, and other day to day needs.

We had no option. I started looking for work but I was helpless. We didn't know what to do. It was really hard.

Tamilnadu Differently Abled Federation Charitable Trust agreed to help me.

Through the Mr. Ramesh Balwani fund scheme initiative I received a pushcart and a small grant. I opened a small shop near my house. I sell multiple products like tender coconut, snacks, and plastic items there.

I could earn a daily income. I can support my family now. I take care of my parents and their needs. This was a great help during the pandemic. I'm feeling independent and empowered now.



I would like to thank the Tamilnadu Differently Abled Federation Charitable Trust and the Mr. Ramesh Balwani family for your help during this difficult time. I'm much grateful for this help. Thank you so much for supporting me.

Respectfully,


S.Chitra
No.638, Kannagi Nagar, Oggiyum,
Thuraipakkam

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Aruna, aged 38. I reside at Besant Nagar. I run a push cart selling cool drinks. Previously Iused to be a housewife. My husband's earnings were the only income we had. But at the time of Covid - 19, he lost his job.

There was no work. Financially we were so drained out. All the groceries, vegetables and food items were getting over day by day and we had no money to restore them. By the end of first wave of Covid - 19, there was completely no food. We had no money to look after day to day needs.

During the time of second wave of covid - 19, I got connected with the Tamilnadu Differently Abled Federation Trust and through Mr. Ramesh Balwani fund scheme I received a push cart. We started a cool drink shop near my house. Through this I can support my husband to look after my family. This was a relief during Covid – 19 times. With this income, I could take care of our basic needs and requirements.



I express my heartfelt thanks to Mr. Ramesh Balwani for helping us at the right time. Without his service and support, it would have been difficult to survive at that time. I will be grateful to Mr. Ramesh Balwani and his trust.

Respectfully,


Aruna

No.47, Velankanni Koil Street, Besant nagar,

Yadaikuppam, Chennai 90

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm R.Vijaya Lakshmi, aged 43. I have a Locomotor Disability. I run a Vegetable Shop. Previously I was a housewife. I didn't go to work. But suddenly my husband faced a heart problem and he couldn't go to work. There was a financial crisis.

I had to take the responsibility of looking after my family and 3 kids. As the Covid -19 pandemic came, no one hired me for work. We had many liabilities. We had interest to pay in the bank. There were no food items, groceries, no money to buy medicines. Hospital bills were also high. I felt hopeless and devastated. My family was in huge poverty.

While I was going through the peak of poverty, no one was willing to lend me money. I was searching everywhere for help. It was also the second wave of Covid – 19. Tamilnadu Differently Abled Federation Charitable Trust rescued me.

They provided groceries and domestic items during Covid - 19 times. Through the scheme of Mr. Ramesh Balwani they provided me with a pushcart and a financial grant to start a small business of my own.

I opened a vegetable shop near my house. Through this income, I could take care of family, look after my husband's health. I can take him to checkup monthly. I could meet the daily living expenses. Above all, I'm now able to live independently without anyone's help.



I would like to extend my sincere thanks to Mr. Ramesh Balwani for his help. Thanks to him for empowering me.

Respectfully,


R.Vijaya Lakshmi
No.104, MPM Street, Vyasarpadi

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

 I'm Kamatchi, aged 36. I run a pushcart selling multiple items. Few years back, I met with an accident and lost my leg. Before that I used to work as a daily wage employee in a private company. After the accident, I was bedridden for some time. My husband left me and moved out.

 No one came to help me. I had to look after my 12 years old child. A single mother it was difficult to survive, especially being Differently Abled. I didn't know where to go for help. I had no money for taking care of my medical expenses also.

 As the pandemic began, I was completely broken. There was no work. As a single mother I had no option left for living. Through some sources, I approached Tamilnadu Differently Abled Federation Charitable Trust.

 They provided me a Push Cart and a financial grant amount through Mr. Ramesh Balwani to start a small business. This was a huge help for me. I put up a shop near my house. I could earn and I can take care of my daughter now. I'm able to look after my health, our basic needs and requirements.



 I have no words to thankMr. Ramesh Balwani for his help and support. He saved my daughter and me

Respectfully,

Kamatchi
No.1198, Kannagi Nagar, Thuraipakkam

October 1, 2022

The Honorable Edward J. Davila
United States District Judge

Your Honor:

My name is K.S Kumar. I'm 47 years old . I reside at Choolaipalayam , Chennai in South India. I live my wife K. Venda and I have kids - my daughter got married. My son goes to college.

I run a pushcart, selling multiple items for living. Even with this low income I can barely meet the needs of my family including the living  expenses, my son's college fees, health related and medical problems etc.

Few months back, I was not able to open the shop as there was construction work going round my shop premises.

I did not have any other source of income. It was a difficult time for my family. We weren't able to eat food 3 times.

The condition pushed us into extreme poverty. I couldn't pay college fees for my son. I searched for another job. During the outbreak for covid-19 the livelihood of my family was totally affected as I couldn't find any other job.

I lost the hope of getting a better livelihood. I didn't know where to go for help. I was totally devastated.

In this condition, I approached the trust and the organization helped me with a small grant sponsored by Mr. Ramesh Balwami. With this amount I began to resume my business in K.K. Nagar.

I restarted running my shop. I slowly started to cope up with the emerging challenge of livelihood. I was able to feed my family now. My son started to go back to College. The monetary help from the organization helped me to bring back my family's financial stability and contribute towards the needs of children.

I'm extremely grateful to the TNDFC Trust & Mr. Ramesh Balwani for helping me. This helps bring a great change to my family. We will be forever thankful for this help.



Respectfully,

K.S.Kumar
NO 30, DURGAIAMMAN KOVIL, CHENNAI

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

My Name is Devi. I'm 45 years of age. I live with my husband appaji aged 56. We reside at Perumbakkam in India. We run a small business, a food / Tiffen shop for living.

We used to only earn a pittance per day. The business didn't go well.

As I'm Locomotor disabled, I couldn't find another source of income. I was struggling to manage the basic expenses.

During the lockdown due to pandemic things got harder. We needed to close the shop. It was extremely hard to meet our day to day needs.

I had no support system during this difficult time. I was feeling helpless and vulnerable. We felt isolated.

Finally I approached the Tamilnadu Differently Abled Charitable Trust for help. The trust supported us with the initial funding from Mr. Ramesh Balwani**.** This was very helpful for us.

We decided to shift our shop to another place. We started our Tiffen stall in Anna Nagar. Now we could see a difference in the sale. Slowly we were able to better our living.

The second wave of Covid put more strain on us as there was a decrease in the count of customers.

The Trust again supported us with the monetary help from Mr. Balwani. With this amount we could expand our business. I'm now selling multiple items along with a tiffen shop through this we could stabilize our financial condition.

With this help we were able to meet our essential needs like foods, medical needs etc during the pandemic.



We will be always grateful to Mr. Ramesh Balwani & TNDFC Trust for helping us cope up the hard time. We are now able to live a decent life.

I can now take care of my medical expenses, contribute to domestic needs and have proper meals.

Thank you,

Respectfully,

S.DEVI

NO.43, A.K BLOCK, 1ST FLOOR, EZHIL

NAGAR, PERUMBAKKAM, CHENNAI

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

My Name is Charles Darwin. I'm 47 years of age. I live with my Wife Saritha age 39 and kids. My son studies in 11th grade and daughter in 8th grade.

Both my wife and I are disabled. I struggled very much to look after my family.

Having a proper meal was difficult for us. I also had to pay my kids' school fees. I used to work in a private firm.

But I didn't get much benefit from it. My earnings were only around Rs.4000 /- per month, with this amount I had to pay fees, look after my family needs and medical expenses.

With the outbreak of covid-19, I lost my job. We had no other source of income. It was a very hard time for us. As both I and my wife are handicapped, we couldn't go to other household works also.

I couldn't provide proper food to my kids.

During this situation, I approached the Tamilnadu Differently Abled Federation Charitable Trust. The trust helped us a lot during this time. They provided us with groceries, vegetables and other home essentials. Trust provided me with a Push Cart.  Money was donated by Mr. Ramesh Balwani**.**

I started a shop selling plastic items. Unfortunately the second outbreak of Covid affected my business. I couldn't afford to run the shop. The Trust provided me with a grant from Mr. Ramesh Balwani. I could earn more than Rs.10,000/-.

Now I'm able to feed my family, contribute to meet living expenses. I can take care of basic needs like food, clothing & medicines etc.



I extend my sincere gratitude to Mr. Ramesh Balwani and the TNDFC Trust for your timely help.

I'm very happy and grateful in receiving funding  through the organization.

I thank Mr. Ramesh Balwani for providing funds for the upliftment of my financial stability and better our livelihood during hard times.


Respectfully,


CHARLES DARWIN

NO.10892, KANNAGI NAGAR, KARAPAKKAM,

OGGIYUM THURAIPAKKAM, CHENNAI-97

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Tamilmozhi.S. I'm 36 years of age. I reside at address Thuraipakkam in South India. I live with my husband Senthil  Kumar aged 36 and 2 kids. My son studies in 6th Std and my daughter studies in 4th Std. Both me and my husband are Locomotor disabled people.

As we both are disabled people, we couldn't find a better job in our area. My husband was doing some small scale work due to our financial crisis.

I used to earn Rs.200 per day. But it was not sufficient for us. It was hard to get medication needed for my arms and legs.

We had lost the hope of getting a better livelihood. I was in a position of adverse financial crisis.

In this condition I approached the Tamilnadu Differently Abled Federation Charitable Trust. The organization supported us by providing a pushcart. I started selling tiffin items near my house. But the Covid pandemic gave us more trouble. It went into a loss. I couldn't afford to run the shop. I had to close the shop.

From Mr. Ramesh Balwani, I received a grant amount. With this amount I reopened my shop. Now I'm able to earn enough per month.

The help from Mr. Balwani was very useful. Our business helped us to cope with the emerging challenges of livelihood.



I extend my sincere gratitude to Mr. Ramesh Balwani and TNDFC Trust for this initiative.

We are now able to live a decent life. We can now have proper food, pay fees for our kids, get proper health care.

Drastic change happened to our family livelihood. We are much grateful to the sponsors for helping us.

Thanks a lot

Respectfully,

TAMILMOZHI S

No 3/941, PILLAYAR KOIL STREET,

METTUKUPPAM, THURAIPAKKAM,

CHENNAI – 97.

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

    My Name is Harikrishnan E aged 48. I reside at Ambathur in Tamil Nadu in South India. I live with my wife and 2 sons. Both my sons has just finished college and are in search of job.

    I'm a Visually impaired person. At first I went to a food stall called Kelleys selling fried chicken. I used to earn a small amount per day but because of my blindness issues I couldn't continue my business.

    It was very hard for me to look after my family. Due to unemployment I was unable to contribute to my family needs.

    It was hard to pay any children's college fees. I wasn't able to look after my medical expenses also.

    My livelihood has been impacted since the outbreak of covid-19 and during lockdown and subsequent economic conditions.

    The pandemic was a great challenge so as to even have proper food. I didn't have any one to help. No government scheme reached us for help.

    Finally I approached this Tamilnadu Differently Abled Federation Charitable Trust. The Trust provided me with a pushcart. I opened a shop selling multiple items.

    But the second wave of pandemic worsened the business. Through Mr. Ramesh Balwani's financial grant, I got monetary help. With this amount I could cope up with the losses in the business and restart the shop. Considering my health, I open the shop for 5 to 6 hours. I can now earn daily wages.

    I can now give a decent livelihood to my family. Thanks to Mr. Balwani's generous support, the organization also helped my family during the 2nd wave of covid-19 by providing provisions like rice, groceries and other domestic items.

    The monetary help from Mr. Ramesh Balwani helped me restart my business and take care of medical, food, education and other household expenditure in the family.



My family is grateful to Mr. Ramesh Balwani for helping us in the most challenging times.

I thank him for your assistance and support. I express my sincere gratitude for his activities.

Respectfully,

HARIKRISHNAN E

No. 23, SIVASAKTHI STREET,

SRINIVASAN NAGAR, AMBETHUR.

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Gunasekaran P.S. I'm 47 years of age. I reside at TNHB, Semmancheri in Chennai, India. I live with my wife devayani who is 42 years of age.

I have a daughter studying in 12th std and one son studying in 4th grade. I have Locomotor Disability.

I was doing some small work for a living. But the income was not enough for my family. I was asked not to come for work due to the fear of the spread of Covid-19.

Seeing the condition of my family, my kids decided to discontinue their studies and search for a job. I felt hopeless. I was also not able to look at my medical expenses.

During my situation the Tamil Nadu Differently Abled Charitable Trust organization decided to help me with a small grant amount. I started a small business, a tea stall in Semmancheri.  The amount was provided by Mr. Ramesh Balwani through TNDFC Trust.

Now I earn daily wages. I'm able to earn enough money to pay my children's school fees. With this monetary help, my family now eats proper food.

I sell things at low cost and I provide a variety of tea and homemade biscuits. It's very hygienic. Most of the nearby residence drink tea in my shop People from others places also come to my shop

Thanks to the generosity or Mr. Balwani, the Trust also helped us during the hard times of Covid-19. They provided us with groceries and home essentials. This was very useful for us.



My family is grateful to the donor Mr. Ramesh Balwani and the Trust for recognizing our needs and extending a hand of help at the right time. I extend my heartfelt thanks to him for his support and assistance, without them we would not have survived the hard times.

Respectfully,

GUNASEKARAN

NO 1245, SEMMANJERI, TNHB,

SHOLLINGANALLUR, CHENNAI 119.

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Danakoti, aged 47. I reside at Kannagi Nagar, Karapakkam. I live with my husband Vijaykumar aged 48. I have two kids.

Our monthly income was very less. With that amount we could not meet the essential needs of our family. I have Locomotor disability. I require money for my treatment. My children were also studying in college.

My husband was feeling helpless. When the Covid-19 pandemic began, everyone lost their job. All my concerns were related to any kids educational support and my medical care.

By god's grace the TNDFC Trust helped us by providing a pushcart thanks to funding provided by Mr. Ramesh Balwani.

We started a small business of food / a tiffen shop. It was very useful. I could take care of my family. I could look after their basic needs like food, medicines etc.

During the second outbreak Covid-19, it was very difficult to run the business later.

Through Mr. Ramesh Balwani family fund scheme I received a grant amount. I reopened my shop and I could earn profit from the shop.

I now can earn a daily profit. This initiative by Mr. Ramesh Balwani was very useful for us



I thank Mr. Balwani for helping us during the pandemic time and for this financial assistance. I'm forever grateful to him for always supporting and assisting us.

Respectfully,

DANAKOTI

NO 9394, KANNAGI NAGAR, CHENNAI

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Dayalan, aged 40. I'm Visually Impaired person. I reside at Perumalpattu, Thiruvallur in India.  I live with my wife Bhagyalakshmi aged 39 and my two children.

Considering my disability it was very difficult for me to look after my family.

Especially during the period of outbreak of Covid-19, I along with many visually impaired persons faced a lot of problems in looking after the family expenses. There were houses where they couldn't eat 3 meals. I didn't get any work during the pandemic. I couldn't take care of my family needs. I  couldn't buy them their basic needs.

The trust helped many visually impaired people during Covid-19 period. They helped in collecting funds from Mr. Ramesh Balwani.

The TNDFC Trust provided me with a pushcart with these funds. I opened a small business, a food stall. It was running well. But unfortunately the second wave of the pandemic troubled my business. The customer count became less. I couldn't earn much profit.

The organization supported me with a small grant through the Mr. Ramesh Balwani fund initiative.

I was able to bring back any financial status only with the monetary help.

I now earn wages per month. I could take care of my family needs. I could feed them properly. I could meet the living expenses.



I extend my thanks on behalf of visually impaired persons for the great support they gave during challenging times. I thank the donor Mr. Ramesh Balwani for your timely help and financial assistance which was very useful for us.


Respectfully,


DAYALAN

NO 1, LAKSHMI VILAS BANK,

PERUMALPATTU, THIRUVALLUR.

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Pramila, 39 years age. I live with my husband Kannan aged 41, and two kids. I run a fruit and vegetable shop near my house.

Previously I used to be a housewife. My husband's income wasn't enough to run the family.

We were struggling to make the ends meet. Unfortunately the covid19 pandemic again bought more trouble to us.

My husband lost his job. There was no work. We couldn't afford living expenses.

We had no money to buy groceries, medicines, food etc. I couldn't support my husband in sharing the expenses. I couldn't find out options to help us from this situation.

The Tamilnadu Differently Abled Federation Charitable Trust came to us for support. I approached them to help me. I received a pushcart to start a small business that would help me earn some income.

I started a shop selling multiple items. It was very useful. I earned a decent income through the shop. Unfortunately , the second covid19 wave troubled my sales. The customers became less.

The profit became low. I had to shut down the shop. The trust again reached out for assistance. Through the Bawlani family fund scheme, I received a grant amount.

I could open my shop again and start running the business. It was a huge help. I could earn daily wages. Through this I can support my husband financially. I can take care of the needs of my kids by myself. I no longer need to depend on others for support. I feel independent now.



    I extend my heartfelt gratitude to Mr. Ramesh Balwani for your assistance and support. Without their help and guidance, I couldn't have survived this time. Thank you so much for this helping hands.

Respectfully,


Pramila
NO.9/6, VILLAGE STREET, 2nd LANE MANALI,
TIRUVALLUR, CHENNAI 68

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Mahendaran.v, aged 37. I reside at Shenoy nagar , Chennai in South India. I run a tea shop, selling tea and snacks items. During the pandemic, the business went so bad. Shop was closed.

All purchased items got damaged. My family faced a huge financial crisis. I couldn't take care of them. I searched for other works. But no one was ready to hire a handicapped person.

There was no money to buy food, groceries, medicines, or other essentials.  I was totally depressed and broken. I had no idea how to feed my 3 kids. It was a very struggling period.

I reached out to the Tamilnadu Differently Abled Federation Charitable trust for help. They were the only support system for me. The trust provided a big support in the challenging time.

They provided us groceries, vegetables etc. through Mr. Ramesh Balwani fund, I received a grant amount from them.  It was very useful. I could get back my business. It has slowly started to return to normal state.

I started earning daily. Through this I could look after my family and afford the living expenses. The help from the trust helped us survive in the pandemic time. I can now provide a better livelihood to my family.

I want to thank Mr. Ramesh Balwani for the financial support and the TNDFC trust for the insights and guidance they provided.



I'm grateful for your support. I'm much obliged for the support the trust given so far.

Respectfully,


Pramila
NO.9/6, VILLAGE STREET, 2nd LANE MANALI,
TIRUVALLUR, CHENNAI 68

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Mohan Raj, aged 16. I'm partially handicapped. I reside at labour colony, guindy. My father runs a welding shop for a living. But the outbreak of covid-19 pandemic was a challenging time for us.

The subsequent lockdown led to the shutdown of my father's shop. It was a hard time. My father couldn't manage our living expenses. There was no money to take care of our basic needs like food, medicines etc.

My family was struggling both financially and mentally. We were searching for an alternative source of income but couldn't find one. I felt helpless seeing my father struggle to look after us.



The Tamilnadu Differently Abled Federation Charitable Trust was a support system for us thanks to funding they got from Mr. Ramesh Balwani. They provided us with food and other basic essentials for living. We approached them for assistance.

I received a push cart to start a business that would help us to survive. We started a food stall near my house. It was a big help for us. Through that income, we could improve our livelihood in the pandemic.

But the arrival of the second wave gave us trouble. We couldn't afford to run the shop. The trust helped us with a grant amount. With that amount, we took our business back to normal.

We could earn profit per day. We are now able to make a decent living, meet our living expenses and basic needs. I'm grateful to Mr. Ramesh Balwani and the TNDFC trust for you financial and other assistance.

This initiative for extremely helpful for my family. We were able to face and cope up with the challenging pandemic time because of his support and guidance. I'm deeply obliged for this help.

Respectfully,

Mohan raj
GUINDY

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm S. Balachandran ,aged 47. I along with my wife  B. Jaya aged 41 are both handicapped persons. We reside at Thoothukudi in India. I was a daily wage employee. But as the covid19 pandemic began and its resulting economic fallout , I lost my work. It caused significant hardship. In the early months of the crisis, we faced a lot of difficulty. I could not afford the domestic expenses. I couldn't buy groceries and other basic essentials. My wife also couldn't go for any work considering her health. Unemployment remained throughout the beginning stage of the pandemic. We felt isolated in the society. No one came out for help.



The hardship would  have been far worse without the extraordinary steps taken by the Tamilnadu Differently Abled  Federation Charitable trust with the grant they got from a generous donor, Mr. Ramesh Balwani. They provided us food, groceries and other basic needs and assistance. We received a pushcart for opening a business.

We started  a food shop near our house. It was very useful for us. We could earn an income from it. We were able to return back to normalcy. We could look after the living expenses, pay rent , manage medical bills etc.

We  are extremely grateful  for the assistance the trust provided  us in the hardship. I extend my gratitude to Mr. Ramesh Balwani for his financial support. We wouldn't  have  survived   the challenging  time  without  his  help.

Respectfully,

S. BALACHANDRAN & B. JAYA
361/A1 VADAKKARA  COMPOUND,
POONTHOTTAM COLONY,
NORTH THITTANKULAM,
KOVILPATTI, THOOTHUKUDI

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I am Dinakaran aged 43. I run a tiffin shop. I'm Blind. Previously I worked as a daily wage employee in private companies. But due to my vision problem, I couldn't travel. I was searching for work near my house.

But with the sudden outbreak of covid-19, I couldn't find any other work. I live alone in my house. There was no work. I had to pay the rent. It was difficult for me to buy groceries. I had no money to take care of day to day needs. I felt isolated and helpless. I kept myself in the house for weeks.



I came to know about the Tamilnadu Differently Abled Federation Charitable Trust and the services they do for disabled people like me. I felt like I found somewhere to go for help.

I approached them. They provided me with a small shop and a grant amount through Mr. Ramesh Balwani fund initiative to start a business. I sell  multiple items. I could earn wages per day. It was great support from the trust. I can take care of my basic needs by myself. I no longer need to ask others for work or depend on others for help.

I thank Mr. Ramesh Balwani for helping me. You came like a savior. I will always be grateful to him for this initiative. Thank you once again.

Respectfully,

Dinakaran
No 787, 9th Street,
Datchanamurthy, S.A.Colony,
Vysarpadi

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm G.Ramesh, aged 42. I run a small cooked food shop near my house. I used to live in a slum area. I had no own house and also couldn't afford a rented house also.

I ran a shop selling spray paints and also cooked food items. With government aid, I later shifted to a better neighborhood. I now run a cooked food / tiffin shop near my residential area. My business was going on an average scale. I couldn't afford to buy items when stock got over. Some months I had to close the shop as I couldn't purchase the products.

During Covid– 19 times, I was having so many financial issues. I could even feed my kids. I ran out of options for looking after my family.I couldn't open my tiffin stall or search for other sources of money.

During the pandemic, my business went dull. My income went down. Meeting basic living expenses was difficult. I couldn't even afford to buy groceries.

The second wave of  Covid– 19 also put so much pressure on us. I struggled a lot. I had no idea what to do to look after my wife and two kids.

Through some sources, I learnt about Tamilnadu Differently Abled Federation Charitable Trust. I asked them for help. They gave a great support during pandemic time all thanks to grant money they received from Mr. Ramesh Balwani.

They provided groceries and other services helping us to meet living expenses. I received monetary help from the Mr. Ramesh Balwani fund. This was a huge amount for me. I reopened my stall and started my business.  I renovated my stall and started to sell other items there.



I started a street food stall near it. I earn more per day now. I can now lead a decent living. I'm able to look after my family, domestic needs, kids education, my medical expenses etc.

I received a lot of help from Mr. Ramesh Balwani during the pandemic. I have no words to express my gratitude to the donors for helping my family pass through the difficult situation.

Respectfully,


G.Ramesh
No.43/42,42nd cross street, Kannagi Nagar,
Thuraipakkam

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Kalpana, aged 37. I reside in India. I run a small cart selling multiple items. I'm a handicapped person. Previously I worked in housekeeping, in schools etc. But my earnings were insufficient for our living. Later no one gave me a job saying I couldn't work because of my disability.

During the pandemic time, I lost my job. For two years in house only. I had no other source of income. I had no idea how I would raise my children. My children study in a government school. My daughter needed to get college admission. I was financially so drained out. We couldn't meet our basic needs. There was no food. I couldn't look after my health either.



I had no idea where I would go for help. I later came to know about Tamilnadu Differently Abled Federation Charitable Trust and their services. It was like a great relief for me. I approached asking for some loan amount to start a small scale business.

They provided me with a small business grant and a pushcart through Mr. Ramesh Balwani fund initiative. I set up a business near my house selling multiple items. I could now earn profit per day.

I could afford our living expenses, meet our basic needs and look after my medical needs also. I take care of my kids' education, provide them nutritious food.

I thank the donor, Mr. Ramesh Balwani for helping me through this. I thank him for providing me with all kinds of support. Without your help this wouldn't be possible. We are forever grateful for the help.

Respectfully,


Kalpana
No.44/41kannagi nagar, Thuraipakkam,
Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Malarvizhi, aged 45. I reside at Thoraipakkam in Chennai, India. I run a shop selling multiple items. I live with my son. My husband left us and moved out. I had to look after the house and raise my child by myself now. No relatives came to help me. At first i had put a Cooldrinks shop in Thuraipakkam itself.

But the income was insufficient to run my family. So I put a stationary shop on the main road, Thuraipakkam. But I couldn't run my business there also due to some reasons. I had no other source of income.

As a single mother, life was very tough for me. I couldn't feed my child. We couldn't have 3 meals properly. The pandemic has created a hard time. I couldn't search for any other job. There were not groceries, food and other essentials in the house



The condition was very pathetic. I had no idea what to do with my child. Later i learnt about Tamilnadu Differently Abled Federation Charitable Trust and approached them for help. The monetary grant help they got me through Mr. Ramesh Balwani was a great help for me. He funded me a pushcart also. I started to relaunch my business selling multiple items near my house.

During the second outbreak of  Covid 19, there was more pressure put on me. My business went down. I couldn't even purchase the products for sale. He helped me coping these difficulties with their monetary help. I could balance my living through the pandemic times and meet the essentials of my family. I could give a decent living for my child.

I express my sincere gratitude to Mr. Ramesh Balwani without their help me and my son wouldn't have survived. We will be forever grateful. I thank him for always supporting and helping me to live. Thank you for your timely help during hard times.

Respectfully,


Malarvizhi
Pandiyan nagar, Thuraipakkam,
Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Minalkodi, aged 38. I'm an unmarried woman. I used to sell snacks. But I couldn't earn much from them.

I always wanted to expand my business. But being a single handicapped woman, it was always difficult for me to reach out for help. I had to look after my parents also. I had to meet their medical expenses and mine as well. During the outbreak of covid19, I couldn't run the business. I had to shut down my shop. I had nowhere to go for help.

Through the outbreak of the second wave of pandemic, I was completely shattered. I didn't know what to do or where to go for help. I couldn't look after my aged parents either.

I then approached Tamilnadu Differently Abled Federation Charitable Trust for help. They provided me with a financial grant through Mr. Ramesh Balwani fund initiative. Through this amount I reopened the stall. I started to sell cooked food items.



This established my financial situation. I could empower myself through this. I could now live a decent life, looking after my parents and meet the basic needs of my family.

I want to thank the donor, Mr. Ramesh Balwani for the monetary help at the right time. I'm grateful to him for supporting me and helping me with the difficulties.

My sincere gratitude to all the helping hands for their kind help.

Respectfully,


Minalkodi
No 7, Vempuliamman Koil 3rd Street,
Pallavaram, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Naiyanar, aged 40. I run a cooked food/ tiffin stall for a living. Previously I worked as a lift operator in a local college. But as the Covid 19 pandemic arose, I lost my job. I couldn't search for any other source of income. There was no work. I decided to start my own business.

I opened a tea stall near my house. But the customer count was very low. I had to shut down as it was a financial loss. I had no idea what to do. It was a very tough time for me. I couldn't even buy groceries at home.

I was sitting indoors without any option. I had to look after my parents also. I couldn't give them proper food, proper medical treatment and care.



During the second outbreak of covid 19, the condition became pathetic. No one was willing to give me a job saying I might not be able to work as I am handicapped. Everyone rejected me. I asked the Tamilnadu Differently abled federation charitable trust for help. I received a grant and a shop through Mr. Ramesh Balwani fund initiative.

I reopened my cooked food stall. It went well. I could earn sufficient money. I'm able to take care of parents, look after their needs, and give them good health care.

I'm very much grateful to the trust and the donor Mr. Ramesh Balwani for the help. Literally without them I don't know how my family would have survived. Thank you so much for your helping hands.

Respectfully,

Naiyanar
No 107, KK Nagar, Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm J. Ramesh, aged 62. I run a tea shop near my house premises. I'm Differently Abled. Previously I worked in a private firm as a daily wage employee. I later worked in a handicap center. I earned a small amount per day. But the amount of income I earned wasn't enough for me to raise my family.

So I shifted to Perungundi. At first I set up a shop selling  plastic goods. But the Covid - 19 pandemic brought a huge loss to my business. All my savings was lost with this. It was very difficult for me. There are SEVEN members in my family including me and I couldn't look after their needs. During the pandemic, it became difficult for me to search for other jobs also.

The second wave of pandemic started, I was completely devastated and struggled without food and basic needs.

I searched for all kinds of monetary help from the government side to restart my business. But no one came for help. Finally I approached Tamilnadu Differently Abled Federation Charitable Trust for funds.

Through the kind donor, Mr. Ramesh Balwani, I received a shop and monetary help to start a business. I set up a tea stall selling tea, snacks near my house. I now earn profit per day. This can fulfill my living expenses and basic needs. The donor also helped us with groceries and other domestic items during pandemic.



  I want to thank the donor Mr. Ramesh Balwani for their selfless help. I express gratitude to the donors for being a helping hand and for lifting my family from poverty.

  I thank him for their services and efforts they put for the people.

Respectfully,


J.Ramesh
No 132, Sempon Nagar Street,
Perungudi

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Rashul Batsha, aged 33. I reside at Guindy. I'm a handicapped person. I run a pushcart selling multiple items. Previously I used to work as a daily wage employee.

But due to some health problems I couldn't work anymore. Later I sold kerchiefs on trains. But I couldn't earn enough money. My medical expenses were more than I could afford. It was very difficult for me to live. I was approaching many people for work. But no one hired me because of my disability.  Covid - 19 times was very tough for me.

The pandemic made my life miserable. There was no work, food and money. I was completely drained out. I had to look after my parents also. I couldn't buy basic essentials. Meeting living expenses was tough. I ran out of options for help.

During the first wave of Covid - 19, I couldn't find any help. It was very difficult to meet day to day needs. The second wave of the pandemic put more pressure. I was in search of help.

I Want to start my own business so that I don't depend on others for work. Later I approached Tamilnadu Differently Abled Federation Charitable Trust and asked them for help.

They provided me with a grant through Mr. Ramesh Balwani fund initiative and a pushcart vehicle. This was a huge help during the pandemic. I started a small scale business of my own. I earn profit per day. I could take care of my health, domestic needs, take care of my parents and manage a decent living.



I thank the donor Mr. Ramesh Balwani for your selfless help during this covid time. I'm thankful to him for helping me and supporting me.

Respectfully,


Rashul Batsha
No. 285/31 Labour Colony, Guindy,
Chennai

October 1, 2022

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I am K.Thangam aged 47. I run a Push Cart business near my residential area. At first, I resided near Central Railway Station and ran my business. I used to go street by street and sell products. It was very difficult for me. I could earn little only per day which was insufficient to cover our daily needs.

Later we shifted to a new colony. I resumed my business in my colony itself. But the outbreak of Covid 19 pandemic gave me a very hard time. I couldn't open my stall. I wasn't even able to search for other sources of income. I struggled to support my family. Meeting basic requirements was tough. I couldn't take care of my medical expenses also. We couldn't find any other help.

I approached Tamilnadu Differently Abled Federation Charitable Trust for help and they connected me with Mr. Ramesh Balwani's funds. The funds were a helping hand during this hardship. They provided us monetary help to regain our losses.

I restarted my shop and began to run the business. Even though customers were less during Covid- 19 times, I was able to make income to meet living expenses. But the second wave of Covid 19 pandemic again destroyed our lives.

The customer count went down. I couldn't stock up on things. During this time, I again approached the Differently Abled Federation Charitable Trust for help and received a grant amount from Mr. Ramesh Balwani Fund initiative. This is a great help. I could restock the products and develop my business. I now sell more products than before.I could now earn more profit per day.

I can now fulfill my family's needs and living expenses. I can take care of my health condition and other medical expenses.



I'm forever grateful to Mr. Ramesh Balwani for their timely help. I and my family will always be thankful to Mr. Ramesh Balwani without whom we wouldn't have survived the tough time. Once again thankyou for helping us.

Respectfully,


K.Thangam
No.15/49, Kannagi Nagar,
Oggiyum,Thuraipakkam

**October 1, 2022**

**The Honorable Edward J. Davila**
**United States District Judge**

**Your Honor:**

I'm Thangamani, aged 48. I run a small business with a pushcart selling multiple items. Previously I worked in an export company. But I couldn't travel so long in the bus because of my health condition. I was also not having my own vehicle. So I couldn't go to work. I couldn't find any other source of income. I couldn't look after my family. My husband's earnings weren't enough for our daily needs. I had to go for work to support him.

During the pandemic, my husband lost his job. We were in trouble. There was no money even to meet day to day requirements. No one hired me. They didn't give me household work because of my health conditions.

The pandemic period was really tough. During the second wave of pandemic, I came to know about the Tamilnadu Differently Abled Federation Charitable Trust and their services.

I approached them for help. Through the Mr. Ramesh Balwani fund, I received a grant amount and a pushcart vehicle. They helped me to start a small business. I put up a shop nearby my house selling multiple items. I could earn more profit per day now. I can support my family. I can take care of my medical expenses and other basic needs.



I express my sincere gratitude to the donor Mr. Ramesh Balwani for this big help. Thank you for helping us to cope up with the difficult times. Without your help and support I couldn't be independent. Thank you.

Respectfully,


Thangamani
No3/7, Mettu Street, Erankuppam Village,
old Pammathu kulam,  Alamram, Redhills,
Chennai





*Sikh Foundation Of Milpitas*

## GURDWARA SAHIB, MILPITAS



*1180 Cadillac Court*
*Milpitas, California 95035*
*Phone: (408) 946-1399*
[www.gurdwarasahibmilpitas.org](www.gurdwarasahibmilpitas.org)

IRS EIN: 77-0357088          California Org. No.: 9766851          Association Reg. No.: 5248

To The Honorable Edward J. Davila

Your Honor,

This is to certify that Ramesh Balwani has been a great supporter and dedicated community member of the Gurudwara Sahib at Milpitas.

He has solely contributed towards building the much-needed commercial kitchen at the Gurudwara Sahib. We run a community kitchen feeding hundreds of families every day. The kitchen has 25 equipment's and is used to feed 100+ people every day.

Ramesh Balwani has also contributed to build a loft space at the Gurudwara location that is used by the priests to sleep and take rest. He has supported us by organizing langar (community kitchen) service at several important occasions for more than a decade.

He is a regular donor to other causes at Gurudwara Sahib and spends hours serving our community here every weekend. Ramesh's timely and generous contributions have helped many struggling families to survive during tough times. His willingness to serve and help the community is evident in his unshakeable commitment to our families and our organization in general.

Ramesh's long-standing unwavering support has helped the Gurudwara in difficult times like recent pandemic. Despite heavy legal burdens he has never hesitated to support our causes.

His contributions and philanthropy have greatly helped in the establishment and maintenance of the Gurudwara Sahib.

Thank you,

Dhanwant Dhaliwal
President, Gurudwara Sahib of Milpitas



# India Heritage Foundation

680 East Calaveras Blvd, Milpitas, CA 95035
www.ihf-usa.org
info@ihf-usa.org
408 657 8485
EIN: 20-1722833

November 21, 2022

The Honorable Edward J. Davila
United States District Judge
Your Honor:

Sri Krishna Balaram Mandir in Milpitas, California is a project of India Heritage Foundation. India Heritage Foundation in India has undertaken beautiful and humongous projects for promoting Indian culture for the benefit of everyone with the remarkable treasure of Vedic knowledge of India. The Foundation is currently working on building a new temple and meditation and spiritual retreat in Milpitas, CA. The Foundation established a new temple location on a scenic 80 acres plot on 2425 Old Calaveras Road, Milpitas.

The project of this size requires fresh water for the temple, the animal shelter and the orchard that is planned as part of the new construction. The temple currently has one water well that provides 3 gallons of water per minutes which is not sufficient for our needs. The drought situation in California has made access to high quality water difficult and expensive.

Ramesh Balwani and his family became aware of this challenge and provided us with help. They made a donation to the temple in excess of $15,000 to fund the new water sources on temple grounds. With their help, we discovered a new water source that will now be able to provide us with over 30 gallons of fresh, high-quality water per minute. This well is fully solar powered and is projected to be operational for decades to come. It will provide fresh drinking water for the congregation, guests and for the animals housed in the shelter. The water from this well will also be used for the pasture and fruit orchard that the temple plans to construct in the future. The animal shelter can now grow its own grass to feed the animals on the temple grounds.

Serving the mission of His Divine Grace A.C. Bhaktivedanta Swami Prabhupada
Founder-Acharya of the International Society for Krishna Consciousness

Balwani family is also supporting Animals Sponsorship Program through this program they have adopted Animals which takes care of all the needs of animal, including food, health and day to day care.

Ramesh Balwani and his family's philanthropy and contributions greatly help the Foundation and will have a lasting positive impact on our local bay area temple for decades to come.

May God blessing be with them.

India Heritage Foundation
680 E Calaveras Blvd, Milpitas CA 95035
www.ihf-usa.org
info@ihf-usa.org

Vijay Datt
(Vikram Krishna Das)
President,
India Heritage Foundation

Serving the mission of His Divine Grace A.C. Bhaktivedanta Swami Prabhupada
Founder-Acharya of the International Society for Krishna Consciousness



# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL

**From:**       Sunny Balwani < ███████████ >
**Sent:**       Friday, July 8, 2022 5:12 PM
**To:**         ███████
**Subject:**    Re:

Thanks for the note ███ We were all doing good and honest work - God's work - so I know at the end of the day He will sort things out in my favor.  Do keep me in your prayers as that's the best thing. I am grateful for that.

I do remember ████████████ very well. Please pass along my best regards to him.

Thank you again.
Sunny.

**From:** ████████ < █████████████ >
**Date:** Friday, July 8, 2022 at 3:13 PM
**To:** <sunny████████ >

Hi Sunny,

I'm sorry about yesterday and hope that you are doing okay. I know that we all genuinely tried to do what was right and it's unfortunate that this is how things turned out. I learned a lot working with you and will always be grateful for the opportunities you gave me.

I learned recently that you went to school in Lahore with one of my uncles - ████████. He was always very interested in my work, but we didn't realize the connection until much later. I know he's disappointed to hear about this outcome as well.

I am praying for you and wish you all the best.

Best,

████

6:05

Diana

Thu, Jul 7, 4:28 PM

Just wanted to say that you're in my thoughts. I am very thankful for all of the opportunities you've given me and I wouldn't be where I am today in my career if it wasn't for your guidance. I appreciate everything you've done and will keep you in my prayers. Sending you lots of hugs right now and don't worry about responding. Just know there are people who are still cheering for you!





Thank you for this.

Fri, Jul 8, 4:17 PM

Tap to Download
IMG_7880.jpeg

iMessage

6:06

Diana ›

Today 3:22 PM

If you could pass this along to SB -

Sunny- just wanted to reach out and say that you're in my thoughts. Grateful to have had the opportunity to work at Theranos. I wouldn't be where I am today without that experience. Hope you're hanging in there. - Ryan K

Thank you 🙏

Ryan wanted me to pass this along to you. I'm still in contact with him, Mona, Angela, Anam and a couple others. We're all so mad and sad about the outcome but they all wanted you to know we're thinking of you. Despite what others may say, we know you're a great person. I know the situation is not ideal but I truly believe in karma for her. Continue to stay strong my friend. Praying for you!

🙏  thank you to all of you. And pass along g my gratitude to Ryan for this note. Thank you

iMessage

**From:** Sunny Balwani <​██████████​>
**Sent:** Thursday, July 7, 2022 5:42 PM
**To:** Mona ███
**Subject:** Re:

Thank you for this note Mona. I am very grateful for it. Thank you.

> On Jul 7, 2022, at 2:20 PM, Mona ████ <████████████> wrote:
>
>
> Hi Sunny,
>
> I'm sad to hear the news today. Things were never perfect at Theranos, but we were always trying our best to do the right thing. I really believe that you were always trying to do your best too. I'm sorry for how the story has unfolded.
>
> Wishing you the best,
> Mona
>
>
>
>

1

# Exhibit 4

# THS

| | |
|---|---|
| **From:** | Carolyn Balkenhol <cbalkenhol@theranos.com> |
| **To:** | sunny@darwin20.com |
| **Date:** | Mon, 03 Aug 2009 17:56:31 -0700 |
| **Attachments:** | Introduction to THS 3Aug09.doc (1.28 MB); Mexico_Theranos Health Shield 07-28-09.ppt (1.67 MB); Executive Summary of Theranos Health Shield --mlcCOMMENTS 3Aug09.doc (33.28 kB) |

Here you go.

FOIA Confidential Treatment Requested by R. Balwani

Balwani-2305



## An Executive Briefing on the Theranos Health Shield

### Introduction to the Theranos Health Shield (THS)

The Theranos Health Shield (THS) is a fully integrated health data capture, analysis and pandemic mitigation solution that provides a means to (1) help contain the spread of virus (2) track the virus so that accurate and timely information can be provided to the population, so as to maintain public trust and confidence and (3) save scarce inpatient and emergency resources for those who need them the most.  THS is comprised of two technological components - Theranos Field Systems and the Theranos Operating System (TheranOS) - which can be adapted for other infectious diseases and epidemics, this investment will provide benefits to the health, wellness, and lives of citizens long after the flu season has ended.



**Theranos Field Systems** analyze blood in real-time from a finger stick, simultaneously measuring antigen, antibodies, and cytokines for a given viral strain, as well as collecting environmental information through an intuitive graphical touchscreen interface.  Individualized content can be sent back to the systems automatically to facilitate mitigation strategies.  Theranos Field Systems can be placed at any desired point of care (home, clinic, or mobile units), and the data from each device is automatically and securely transmitted to TheranOS in real-time through a cellular network.

**TheranOS** is a self-learning data engine that automatically imports data from any desired source, translates it into one standardized format and dynamically models the integrated data sets in real-time, providing direction for pandemic mitigation.  TheranOS models predict outcomes for individuals and populations, consider the efficacy of proposed intervention strategies for individuals and populations, and quantify the socioeconomic effect of recommended interventions. Users access TheranOS through a secure online web-portal.



Spread of Epidemic Without THS Sites



Spread of Epidemic With THS Sites

Theranos Field Systems and TheranOS are also customized into two other solutions to improve outcomes and reduce the cost of care: the Theranos Pharmaceutical Solution for pharmaceutical and biotechnology companies and the Theranos Home Health Solution for consumers. Twelve top pharmaceutical companies, the U.S. government and several foreign governments are current Theranos clients.

### H1N1 Pandemic Mitigation

Containment strategies that initially rely on mass vaccination programs are not realistic and will not be effective. The first H1N1 vaccine will not be available before mid-October at the earliest, and vaccine supplies will not be sufficient to treat even the most at-risk populations until later in the fall. The best way to prevent a widespread epidemic and public panic will be to reduce and prevent the spread of the virus – particularly to those who are most likely to die.

Flu victims can be very contagious at least a day before a fever or other symptoms present. Although some governments, primarily in Asia, have been trying containment methods that worked with SARS (screening for fever or respiratory symptoms), those methods simply will not contain H1N1, because they are not specific.

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-2306



Because the Theranos Health Shield will test not only those who are symptomatic but also family members and close work associates, patients can be treated and isolated before they have an opportunity to spread the infection widely, reducing the flu's real and psychological impact on critical commercial centers.

A crucial step in containing the spread and the death rate from flu this fall will be to keep patients from flooding emergency rooms for testing and treatment. Hundreds of millions of dollars can be saved by reducing costly emergency room and hospital visits, by proper use of medication and by reducing virus spread in hospitals. The THS models identify optimal timing for administration of appropriate medication (such as Tamiflu), which will reduce hospital and emergency room visits and allow people to resume work more quickly. Eliminating such unnecessary emergency room visits will help prevent the spread of the virus and reduce hospitalization and emergency room spending.

It is imperative to initiate a mobile, quick-strike detection capability to identify, as early as possible, each person with a confirmed case of flu (an "index case") and all close contacts that those individuals may have had.  Given such a network of contacts, containing epidemic spread requires rapid deployment, identification, and preemptive action in an exposed and/or asymptomatically infected population.

The sampling strategy that best serves the goal of spread minimization is to identify, with the highest probability, the index cases in a new outbreak (through pro-active sampling in high risk locations such as schools or crowded commercial areas). As vaccine becomes available, the THS model identifies those most in need of vaccination (such as those most likely to be exposed repeatedly to the virus). The next step is to identify those segments of the population with the highest risk of rapid spread (e.g., children in schools, factory workers, etc.) and those most susceptible (e.g., children, chronically ill and obese patients). The spread of the epidemic is mathematically described as in the case of a forest fire, where THS models' mitigation policy aims to eradicate "hot spots" before the fire can take hold and spread.

### Deployment of THS

The Theranos Health Shield deployment strategy assumes the same range of cases seen in the spring outbreak and is intended to provide screening and sampling sufficient for the at-risk population derived from the minimum number of expected initial outbreaks.

The data provided to Theranos by an existing client suggests that each index case is likely to infect 50 other people (4 or 5 family members and 45 or 46 co-workers, friends, and other people with whom the infected person has come in contact).  In the THS rapid response model, each index case will, therefore, require 25 to 50 secondary screens (regardless of age group) to prevent the people in contact with the index case from becoming infected and spreading the virus. Such early detection will allow for anti-viral treatment and reduce the need for expensive emergency room visits.

The THS is equipped with an initial quantity of cartridges (fifty times the expected number of index cases) for on-demand, proactive containment and pandemic mitigation, and once the infrastructure is activated, Theranos provides additional on-demand shipments as required. This provides screening and sampling sufficient to cover the at-risk population surrounding the index cases. If the spread is sufficiently slowed by pre-emptive actions through the THS, the likelihood of many more index cases emerging is low. THS sites become "safe zones," or regions in which the incidence of infection is minimized through pro-active sampling, in areas where closures, delays in operations, sickness and death have the most substantial effect socially and economically.

### Validation

Theranos has performed a comprehensive validation and compared Theranos performance with the current "gold-standard." TheranOS models predict outcomes for individuals and populations, matching model predictions – such as response to infection, optimal treatment regimen for an individual or population, and projected spread of

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-2307



the virus – to actual historical data, including governmental data from the spring flu season. The models also consider the efficacy of proposed intervention strategies for individuals and populations, including use of pre-emptive anti-viral therapies, reactive anti-viral therapies, quarantine, hospitalization, targeted closures and establishment of "safe zones" in key hotels, restaurants, schools, manufacturing plants and other locations. Finally, the models quantify the socioeconomic effect (in out-of-pocket expenditures, lives saved, lost days of productivity, etc.) the recommended interventions would have had at the time of each case.

## Theranos Health Shield (THS)



### Summary

The spring flu season, which lasted only a few weeks, cost billions of dollars. The winter flu season is anticipated to start as early as late August and could run through April 2010. If vaccines work and are available, supplies will be limited and cannot be expected to stop the flu for several months. Based on epidemic models, activating the THS will reduce spread of the virus by at least 50% through proactive sampling and containment. Economic losses can be minimized if the flu can be contained through proactive screening that allows for effective anti-viral administration and narrowly targeted quarantines.

The greatest pandemic costs to an economy result from losses due to "avoidance behaviors," which include reducing air travel, avoiding travel to infected destinations and reducing consumption of services, such as mass transit, dining out, shopping, etc. According to the World Bank, if a flu epidemic approaches the 2.5% mortality rates similar to 1918-19 flu, these avoidance behaviors will cost a region five times more than losses from mortality or work absenteeism. By tracking the virus's spread in real time, as test results are wirelessly relayed to the THS software, the government can provide accurate, reliable, and timely information that will reduce unnecessary avoidance behavior.

The Theranos Health Shield infrastructure will establish strategic industrial and commercial parks as "safe zones," which allow economically important activities to continue. Fewer workers will be infected with the virus, and schools and businesses will be less disrupted. Sophisticated pandemic mitigation strategies will maintain productivity to drive economic growth, and the THS infrastructure, once established, can protect the region from a wide spectrum of threats beyond infectious disease. Using the THS to combat chronic disease and bioterrorism threats provides competitive advantages with implications for security, further driving a flourishing economy.

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-2308



The Mexico-Theranos Health Shield:
Executive Briefing

This presentation and its contents are Theranos proprietary and confidential.

FOIA Confidential Treatment Requested by R. Balwani

Balwani-2309

1


theranos
redefining healthcare

## The Mexico-Theranos Health Shield (THS)
## Executive Briefing

Answers to recent questions
- Mexico-THS Cartridge specifics
- Mexico-THS Device specifics
- Mexico-THS Models

Program Overview
Overview of Theranos Systems
Program Objectives
Success Criteria
Assessment of Risk
Deployment Plan
Timeline for Base Infrastructure Activation
Analysis of Volumes Required for Base Infrastructure Activation

Theranos Confidential                                                    2

FOIA Confidential Treatment Requested by R. Balwani                Balwani-2310


theranos
redefining healthcare

## Mexico-THS Cartridges

- Do you have a matrix of scenarios (possibly in 3-D) with the interpretations and recommendations of therapeutic conduct, i.e. Antigens (POS/NEG) Vs. Antibodies IgC/IgM (high, low, null) Vs. Cytokines (high, low) that you could provide?
  - Included in the following three slides.
    - First slide is a snapshot of the TheranOS web-portal
    - Next slide zooms in on the data on the TheranOS web-portal
    - Third slides shows individual results as displayed on the device touchscreen.

Theranos Confidential                                                    3

FOIA Confidential Treatment Requested by R. Balwani          Balwani-2311





FOIA Confidential Treatment Requested by R. Balwani          Balwani-2313



Trial Exh. 27000 Page 010
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-2314


theranos
*redefining healthcare*

## Mexico-THS Cartridges

- As we understand we will require three different cartridges (THS-1, THS-2, THS-3) to test for the different types of Influenza. Is there any way to test for Influenza A (H1N1, H5N1, and other variants) and Influenza B in one single cartridge?
  - Yes. H1N1, H5N1, Influenza B could all be run on one cartridge. The cartridges can be completely customized based on what the optimal combination of tests is for a given application. That said, in Theranos' opinion, the THS-1, THS-2, and THS-3 cartridge combinations are the most effective combinations to power the models. The models provide the most cost-effective interventions to prevent the spread of the disease.

- How much time does it take for each cartridge to be processed by the readers (i.e. THS-1, THS-2 and THS-3)?
  - 15 minutes each

- Do you have exact percentages for the specificity and sensitivity of each cartridge (i.e. THS-1, THS-2 and THS-3)?
  - 95% specificity
  - Sensitivity – low pg/mL (assay specific)

Theranos Confidential                                                                 7

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-2315



## Mexico-THS Devices

- What is the price of the Defenders?
  - Price is based on volume and the deployment plan. The program plan for August – December 2009 does not assume any Defenders are included.

- How or what will be needed to capture the patient's data when being tested with Theranos Systems (we had briefly talked about this point during out meeting in your facilities at Palo Alto where someone introduced the idea of using ID cards that could be scanned by the reader in order to attach the patient's information to each measurement/cartridge)?
  - National IDs (or other ID cards) can be scanned by the devices. Ultimately, Mexico-THS device data can, accordingly, be integrated into patient records.

- You mention that the server is created by cellphone signals. Does your equipment have an ethernet port to provide access for the intranet of the IMSS?
  - Yes. Cell-phones are used for remote deployments but all devices contain both ethernet ports and telephone line ports.

Theranos Confidential                                                                                  8

FOIA Confidential Treatment Requested by R. Balwani                      Balwani-2316



## Mexico-THS Models

- The Mexico-THS Models simulate projected spread of the virus and provide recommended actions.

- Recommended Actions Include:
  - Who else to test (ie Sample 4-5 persons at the home of the infected case & 36 people with whom the infected case came into contact)
  - How to treat the persons infected (quarantine, anti-viral, hospitalizaion)
  - Impact to projected spread based of recommended actions
  - Economic impact of recommended actions
    - Reduce hospitalizations/deaths based on quarantine and anti-viral administration early enough to treat the infected persons

Theranos Confidential                                                                 9

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-2317



FOIA Confidential Treatment Requested by R. Balwani          Balwani-2318



Spread of epidemic without THS sites

FOIA Confidential Treatment Requested by R. Balwani
Trial Exh. 27000 Page 015
Balwani-2319



Spread of epidemic with THS sites

Trial Exh. 27000 Page 016
FOIA Confidential Treatment Requested by R. Balwani



FOIA Confidential Treatment Requested by R. Balwani          Balwani-2321



FOIA Confidential Treatment Requested by R. Balwani

14

Balwani-2322



## Program Plan

- Theranos will cover the costs of development and comprehensive validation of the measurements, software, containment models, and recommended interventions at the IMSS.

- Deployment is then designed to positively affect the Mexican health system and economy as rapidly as possible.

- The mathematical models Theranos has built around the data in Mexico indicate that a 1 to 50 sampling strategy (sample 50 persons for every infected case) will allow for the virus to be 'stamped out' proactively.
  - The spread of the epidemic can be mathematically described as in the case of a forest fire, where the Mexico-THS' mitigation policy is aimed at eliminating "hot spots" before the fire can take hold and spread.

Theranos Confidential                                                                 15

FOIA Confidential Treatment Requested by R. Balwani          Balwani-2323



FOIA Confidential Treatment Requested by R. Balwani

16

Balwani-2324



FOIA Confidential Treatment Requested by R. Balwani



### Program Objectives

Install and activate a base infrastructure for influenza containment to prevent the spread of (mutating forms of) the virus in winter 2009

- The infrastructure prepares Mexico for on-demand shipments in the event of a spread of a virus.
- The same infrastructure can ultimately be used to prevent and reverse the spread of multiple diseases across Mexico

Strengthen the Mexican economy by fortifying hotels, restaurants, schools, manufacturing plants and other key locations, making Mexican facilities some of the safest in the world

Establish Mexico as an international leader in influenza containment

Theranos Confidential                                                18

FOIA Confidential Treatment Requested by R. Balwani

18

Balwani-2326


*theranos*
redefining healthcare

## Success Criteria

Fortify the highest populated and most economically critical facilities by installing THS throughout Mexico

As individuals are infected with influenza, the virus is detected before those patients are hospitalized through proactive sampling in the most high-risk locations throughout Mexico

Early detection allows for screening of 'at-risk' persons in the community, isolation of those infected, and early treatment in time for anti-virals to be effective

Upon incidence of infection the relevant locations are sanitized and persons at the facilities are screened in real-time so the relevant business/operations can continue

**"Stamp-out" and prevent the spread of the virus through the Mexico-THS**

Theranos Confidential                                                      19

FOIA Confidential Treatment Requested by R. Balwani

Balwani-2327


theranos
redefining healthcare

## Assessment of Risk

The infection measurement cartridge that will be used to assess mutated forms of the H1N1 virus has already been robustly validated under regulatory (FDA/ICH) guidelines on tens of thousands of human samples

Theranos will provide a program guarantee that the systems (cartridges and models) meet/exceed the performance specifications

By starting the program in July of 2009, Theranos will be able to secure and customize the volumes of systems delineated in this presentation, train the relevant persons, and activate the infrastructure for on-demand shipments in time to prevent the spread of any outbreak

The Mexico-THS will also allow IMSS to assess the efficacy of any vaccines to be tested in Mexico

Theranos Confidential                                                          20

Trial Exh. 27000 Page 024
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-2328

 *theranos*
redefining healthcare

## Deployment Plan

Install and activate base influenza containment infrastructure immediately and systematically fortify key locations *before* winter

Deploy Theranos Health Shield (THS) with measurement cartridges that detect any mutation of the H1N1 virus as it emerges

Fortify highest risk and most economically critical facilities by installing THS throughout Mexico
- Sample most vulnerable demographics (children, pregnant women, health personnel, elderly persons with respiratory complications, etc.)
- Sample in community centers, schools, hotels, restaurants and hospitals to drive productivity and continuity economic operations
- Activate infrastructure, provide training, and run simulations to determine how to react and deploy additional systems on-demand (in the event of rapid spread of a virus)
- TheranOS (Theranos Operating System) software web-portal access and training to key personnel for modeling of epidemic spread and most effective response

Theranos Confidential                                                                    21

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-2329


*theranos*
*redefining healthcare*

## Timeline for Base Infrastructure Activation

August 2009
- Deploy 10 devices and 1,200 measurement cartridges for validation
- Invest in creating and activating the Mexico health infrastructure

August – October 2009
- Deploy 100 devices and 100,000 cartridges in highest risk locations and cities throughout Mexico; Train all relevant personnel

November 2009
- Deploy 200 devices and 200,000 cartridges to key locations identified by the models; Train all relevant personnel

December 2009
- Deploy 300 devices and 300,000 cartridges to key locations identified by the models; Train all relevant personnel

**Goal is to have base infrastructure of 600 devices 600,000 cartridges deployed by Christmas holiday season 2009.**

Theranos Confidential                                                                 22

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-2330


theranos
*redefining healthcare*

## Analysis of Volumes Required for
## Base Infrastructure Activation

The program plan assumes the same range of cases seen in the spring outbreak (at least 12,645 people in Mexico were infected last spring) and is intended to provide screening and sampling sufficient for the at-risk population derived from the minimum number of expected initial outbreaks.

The data provided to Theranos by IMSS suggests that each person with a confirmed case of flu (an "index case") is likely to infect 50 other people (4 or 5 family members and 45 or 46 co-workers, friends, and other people with whom the infected person has come in contact).

In the Mexico-THS rapid response model, each index case will, therefore, require 25 to 50 secondary screens (regardless of age group) to prevent the people in contact with the index case from becoming infected and spreading the virus. Such early detection will allow for anti-viral treatment and reduce the need for expensive emergency room visits.

Theranos Confidential                                                                 23

FOIA Confidential Treatment Requested by R. Balwani          Balwani-2331



## Analysis of Volumes Required for
## Base Infrastructure Activation

Monthly distribution volumes were determined by analysis of how to build an infrastructure that is flexible, adaptive, and allows for on-demand response in the event of an outbreak.

Estimates of 1,000 cartridges per device were used to allow for optimal containment based on Theranos' pandemic models. On average, each THS site is anticipated to have 2-8 devices, allowing for 100-120 THS sites throughout Mexico to be trained and equipped by December 2009.

After the first three months of deployments, multiple deployments will occur in parallel so that all relevant personnel and THS sites can be effectively trained.

The infrastructure can then be scaled on-demand to add new THS sites or add supplies to existing THS sites as the most-critical or economically important locations change.

Theranos Confidential                                                    24

FOIA Confidential Treatment Requested by R. Balwani          Balwani-2332



For further information please contact

Elizabeth Holmes
President and CEO
Theranos, Inc.

eholmes@theranos.com
+1.650.470.6111

This presentation and its contents are Theranos proprietary and confidential.

Trial Exh. 27000 Page 029
FOIA Confidential Treatment Requested by R. Balwani          Balwani-2333

### Executive Summary of Theranos Health Shield

#### Introduction

The harmful impact of H1N1 could be minimized by a proactive screening and containment effort that allows for effective anti-viral administration and narrowly targeted quarantines.

**Theranos Health Shield ("THS")** provides tools to do this.  It could help limit the spread of H1N1, recommend individualized treatment strategies to physicians, and provide real time data about the track and velocity of the epidemic. **Theranos Field Units** are mobile testing devices that use only a finger-stick of blood to measure H1N1 antigens, antibodies and inflammation markers in about 15 minutes.  Data identifying a patient along with other relevant information such as age, co-morbidities, fever and date of onset, and other symptoms can be entered directly into the device along with the test results.

The patient data and test results are wirelessly transmitted to a central server which houses the **Theranos Operating System ("TheranOS").** Based on the inputs from the Field Units and epidemiological data, TheranOS models propose individualized treatment strategies (antiviral medications, referral to physician, hospitalization) and containment strategies for individuals and populations.  The models could also provide a basis to quantify the socioeconomic effect of recommended interventions. Users access TheranOS through a secure online web-portal.[1]

#### THS Deployment Strategy

THS uses a pro-active quick-strike detection capability to identify, as early as possible, each person with a confirmed case of flu (an "index case") and that person's close contacts. Because the system is mobile, rather than flooding emergency rooms and clinics, Field Units can be carried to homes, schools, offices or other staging areas to test and interview those with flu symptoms. The data provided by Mexican authorities suggests that each index case is likely to expose 50 other people (4 or 5 family members and 45 or 46 co-workers, friends, and other people with whom the infected person has come in contact).  In the THS rapid response model, each index case will, therefore, require 25 to 50 secondary screens to prevent the people in contact with the index case from becoming infected and spreading the virus. Such early detection will allow for anti-viral treatment and reduce the need for expensive emergency room visits.

THS field sites could be targeted at priority areas where closures, delays in operations, sickness and death are felt by public health officials to have the most substantial effects. As the spread is sufficiently slowed by pre-emptive actions through the THS, and the

---

[1] Theranos Field Systems and TheranOS are also customized into two other solutions to improve outcomes and reduce the cost of care: the Theranos Pharmaceutical Solution for pharmaceutical and biotechnology companies and the Theranos Home Health Solution for consumers. Twelve top pharmaceutical companies, the U.S. government and several foreign governments are current Theranos clients

FOIA Confidential Treatment Requested by R. Balwani

likelihood of many more infected cases emerging is lowered, the Theranos Health Shield infrastructure could establish "safe zones." For example, government might seek to create strategic industrial and commercial parks as "safe zones" which allow economically important activities to continue. Fewer workers will be infected with the virus, and schools and businesses will be less disrupted.

## H1N1 Pandemic Mitigation

The spring flu season, which lasted only a few weeks, cost billions of dollars. The winter flu season is anticipated to start as early as late August and could run through April 2010. If vaccines work and are available, supplies will be limited and cannot be expected to stop the flu for several months. Based on epidemic models, activating the THS is expected to reduce spread of the virus substantially through proactive sampling and containment.

H1N1 victims can be contagious at least a day before a fever or other symptoms present. Although some governments, primarily in Asia, have been trying containment methods that worked with SARS (screening for fever or respiratory symptoms), those methods will not contain H1N1, because they are not specific. Because the THS will test not only those who are symptomatic but also family members and close work associates, infected individuals can be treated and isolated before they have an opportunity to spread the infection widely, reducing the flu's real and psychological impact on critical population centers.

A crucial aspect of containing the spread and the death rate from flu this fall will be to keep patients from flooding emergency rooms for testing and treatment. Hundreds of millions of dollars can be saved by reducing costly emergency room and hospital visits, by proper use of medication and by reducing viral spread in hospitals to high risk patients with co-morbidities. The THS models identify optimal timing for administration of appropriate medication (such as Tamiflu), which will reduce the length and severity of the disease. This will allow people to resume work more quickly and will help prevent hospitalizations and complications.

The greatest pandemic costs to an economy result from losses due to "avoidance behaviors," which include reducing air travel, avoiding travel to infected destinations and reducing consumption of services, such as mass transit, dining out, and shopping. According to the World Bank, if a flu epidemic approaches the 2.5% mortality rates similar to 1918-19 flu, these avoidance behaviors will cost a region five times more than losses from mortality or work absenteeism. By tracking the virus' spread in real time, as test results are wirelessly relayed to the THS software, the government can provide accurate, reliable, and timely information that will reduce unnecessary avoidance behavior. Such sophisticated pandemic mitigation strategies will maintain productivity to drive economic growth, and the THS infrastructure, once established, would protect the region from a wide spectrum of threats beyond infectious disease.

FOIA Confidential Treatment Requested by R. Balwani

# EXHIBIT 5

**To:** Sunny Balwani
**From:** Elizabeth Holmes[/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE
GROUP/CN=RECIPIENTS/CN=EHOLMES]
**Sent:** Tue 8/11/2009 5:39:42 PM (UTC)
**Subject:** FW: Org Chart
Theranos Organization Chart Updated.ppt

---

**From:** Kelley Harrison
**Sent:** Monday, July 20, 2009 11:55 AM
**To:** Elizabeth Holmes
**Cc:** Carolyn Balkenhol
**Subject:** RE: Org Chart

Here is the most up to date one I have.
Thanks

---

**From:** Elizabeth Holmes
**Sent:** Saturday, July 18, 2009 3:59 PM
**To:** Kelley Harrison
**Cc:** Carolyn Balkenhol
**Subject:** Org Chart

Kelley – I know Carolyn reached out to you on this, but please do send me the most up to date soft copy of the org chart when you
get this. All personell (including contractors, consultants and temps) should be on it.
Thanks for this,
Elizabeth.

Elizabeth Holmes
President and CEO
Theranos, Inc.

Tel: 650.470.6111
Fax: 650.838.9804

==================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely
for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this
information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and
delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc.
Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability
for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

==================================

# Theranos Organization Chart

