# EXHIBIT 6

# FW: STRICTLY CONFIDENTIAL - Pharmaceutical documents

| | |
|---|---|
| **From:** | Elizabeth Holmes <eholmes@theranos.com> |
| **To:** | Sunny Balwani <█████████████> |
| **Date:** | Wed, 12 Aug 2009 10:15:31 -0700 |
| **Attachments:** | TPS Introduction 28Jul09FinalApproved.ppt (692.22 kB); TPS Executive Briefing 5Aug09FinalApproved.doc (428.54 kB); TPS Case Studies 28Jul09FinalApproved.ppt (3.79 MB); Theranos Systems Pharmaceutical Introduction 4May09FinalApproved.doc (864.26 kB); Theranos Impact on Cost Savings, Revenue and Growth for ELISA PK 4Jun09FinalApproved.doc (146.43 kB); Theranos Impact on Cost Savings, Revenue and Growth for MassSpec PK 4Jun09FinalApproved.doc (147.97 kB); Theranos Comparison to alternative modeling tools24NovFinalApproved.doc (92.16 kB); Assay Development, Validation, and Selected Clinical Results 24Jul09FinalApproved.ppt (5.8 MB); Assay Validation - GIP 12DecFinalApproved.doc (96.77 kB); Assay Validation - GLP-1 12DecFinalApproved.doc (96.77 kB); Assay Validation - Human IL-6 12DecFinalApproved.doc (111.62 kB); Assay Validation - Human TNF-a 12DecFinalApproved.doc (97.28 kB); Theranos Assay Library (CDA required) 28Jul09FinalApproved.doc (86.02 kB); Theranos Assay Library (no CDA required) 28Jul09FinalApproved.doc (72.19 kB); Joint Study Development and Management 8Apr09FinalApproved.doc (99.33 kB) |

Please let me know if you have any difficulty opening any of these files.

Thanks,
Carolyn

FOIA Confidential Treatment Requested by R. Balwani



The purpose of today's meeting is to give you an overview of the Theranos Pharmaceutical solution that involves 2 technologies combined together to impact clinical trial timelines in a very efficient and less costly manner than what is occurring today.

We had the opportunity to hear Martine Kaufman's presentation at the recent biomarkers conference in Philadelphia where she gave a great overview on how biomarkers is involved throughout the drug life cycle at Novartis.

We believe that the Theranos technology is a perfect fit with how Novartis is organized and we believe that we can have an immediate impact on your clinical trial success in oncology.

FOIA Confidential Treatment Requested by R. Balwani

1

Balwani-1410



### Introduction to Theranos, Inc.

Theranos is a Silicon Valley-based healthcare
company founded at Stanford University in 2003.

Current clients include:

- AstraZeneca
- BMS
- Celgene
- Centocor
- GSK
- J&J

- Mayo Clinic
- Merck
- Novartis
- Pfizer
- Schering-Plough
- U.S. and international
  governments, among others

Theranos Confidential                                                                 2

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1411


theranos
redefining healthcare

## The Theranos Pharmaceutical Solution (TPS)

### Value Proposition

1. Improves trial success and accelerates development timelines by years.

2. Maximizes the use of key medicines.

Theranos Confidential                                    3

FOIA Confidential Treatment Requested by R. Balwani        Balwani-1412



## TPS Value Proposition

1. The Theranos Pharmaceutical Solution improves trial success and accelerates development timelines by years.

   - Optimizes clinical trial results and design through simulation technologies.

   - Minimizes trial execution times through adaptive designs and trial management.

   - Modifies trials dynamically in response to real-time data capture and analysis.

Theranos Confidential                                                    4

FOIA Confidential Treatment Requested by R. Balwani
4
Balwani-1413

 *theranos*
redefining healthcare

## TPS Value Proposition

2. The Theranos Pharmaceutical Solution maximizes the use of key medicines.

- Improves benefit/risk profiles in clinical studies.

- Rapidly characterizes efficacy dynamics and new indications.

- Ameliorates safety concerns more effectively and quickly than currently possible.

- Enhances the value of key drugs through a commercial therapeutic management program (remote, automated, and individualized patient care in combination with each therapy).

Theranos Confidential                                                     5

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1414



## Theranos Pharmaceutical Solution

- TPS is a fully integrated health data capture, analysis and care delivery solution.

- Comprised of Theranos Field Systems and the Theranos Operating System (TheranOS).

- Replaces conventional data capture (including blood testing), management, and analytical tools.

- Integrates physiological and statistical modeling with more frequent longitudinal sampling.

- Identifies predictive signatures that are not possible to elucidate using conventional analytical infrastructure.

Theranos Confidential                                                    8

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1415



Walk through each component of the Theranos System……………..

Trial Exh. 27003 Page 008
FOIA Confidential Treatment Requested by R. Balwani          Balwani-1416



**Theranos Field Systems**

- Analyze blood from a finger stick in real-time at any desired point of care (home, clinic, or mobile units).

- Simultaneously collect behavioral information through intuitive graphical touchscreen interface.

- Data from each device automatically and securely transmitted to TheranOS in real-time through cellular network.

- Actionable information sent back to devices and applications (i.e., Health Assistant, Virtual Study)

- Point-of-care analysis of fresh whole blood eliminates conventional testing infrastructure issues, such as:
  - Analyte decay rates
  - Volumes and frequency of blood draws
  - Cost and logistics of sample shipments

Theranos Confidential                                              8



This slide shows how we were able to characterize trends which do not show up when monitoring markers using the conventional infrastructure.

We looked at changes in protein markers with multi-plexed assays.

This is the foundation for our treatment algorithms to get predictive meaning.

We looked at apoptosis markers. The graph on the left shows data from the conventional infrastructure. The graph on the right this shows that with more frequent monitoring- you can see the spikes in the graph of when the drug is dosed.

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1418



In this slide we looked at angiogenesis markers. An anti-angiogenic drug was dosed 3 times per week.

You can see the change in markers that correlate to patient response.

By multi-plexing biomarkers over time we were able to correlate the biomarkers with imaging results.

With the conventional lab infrastructure the sampling may not be predictive of anything- but by multi-plexing biomarkers over time this is more predictive.

We have compared our results with the Theranos technology as comparable to watching a movie- versus the conventional infrastructure where you are just seeing a snapshot of data that may not be predictive of anything.,

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1419



redefining healthcare

## TheranOS

- Self-Learning Data Engine
  - Automatically imports data from any desired source.
  - Translates it into one standardized format.
  - Dynamically models the integrated data sets in real-time.
  - Provides direction for clinical trial design and clinical practice.

- Models
  - Characterize each compound's mechanism-of-action.
  - Characterize all pathophysiologies associated with realizing each compound's target product profile.

- Customized Applications
  - Clinical trials simulation
  - Adaptive trials management, in compliance with existing regulatory guidelines

- Accessed through secure online web portal

Theranos Confidential                                                    11

FOIA Confidential Treatment Requested by R. Balwani                     Balwani-1420





FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 014

Balwani-1422



A customer-specific data integration and self-learning prediction and simulation engine that can centralize all information in one repository.

The repository can automatically import data that exist in different formats such as:

-Historical data from the literature

-Clinical studies/ Preclinical studies

-Patient records, etc.

We can power the model of patient response and disease pathophysiologies on integrated data sets.

The model continually evolves and becomes increasingly predictive as learning algorithms process data from the field.

We can fully exploit all data and maximize value of every study.

All the collected data helps model 'learn' and evolve.

The model uses hard data to produce predictive insights.

The model can power:

-Strategic decisions, support communications with regulatory authorities internationally.

-Facilitate 'learn and confirm' strategy for adaptive clinical trials

FOIA Confidential Treatment Requested by R. Balwani



The Theranos system has been deployed globally in the world in many areas in the US, Europe, China and Singapore

Trial Exh. 27003 Page 016
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1424



**TPS Deployment**

TPS Editions
- Drug
- Physiology
- Business Unit
- Enterprise-Specific

Customized solutions yield significant return on investment.
- Reduce clinical operations costs by up to 50%.
- Accelerate clinical development timelines by an average of 18 months.
- Enable realization of target product profiles.

Validated under FDA/ICH guidelines.

Compatible with existing business processes and structures, enabling adoption in an evolutionary, non-disruptive manner.

Theranos Confidential                                                              16

The Theranos system is replacing the conventional data collection & analysis infrastructure through a new fully integrated analytical backbone for the pharma and biotech industry.

The Theranos system provides an innovative, non-disruptive solution for the industry.

Our customized programs can reduce clinical costs by 50%, accelerate trial timelines on an average of 18 months.

We can enable companies to "hit" the target product profile that you are aiming for in development and commercialization.

We are working with many companies in the industry with our technology including Novartis.

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1425



**Theranos Pharmaceutical Solution Summary**

1. TPS accelerates trial timelines, reduces clinical development costs and enables better outcomes.

2. TPS improves/expands the labels and use of therapies – increasing revenue and establishing innovative standards of care – by characterizing "responder populations."

   - Mechanistically characterize onset of safety issues.
   - Identify how to best manage patients and treatment regimens for each patient "population" to delay progression in patients whose disease state is changing.

Theranos Confidential     17

Here's the Theranos value proposition:

-The Theranos system can:

-Accelerate trial timelines
-Reduce costs
-Enable better patient outcomes.

The Theranos system can help companies:

-Improve and expand product labels by establishing early on patient responder populations.
-Characterize onset of safety issues.

We can identify how to best manage patients and treatment regimens for each patient population through our technology.

Trial Exh. 27003 Page 018
FOIA Confidential Treatment Requested by R. Balwani     Balwani-1426

theranos™
redefining healthcare

**An Executive Briefing on the Theranos Pharmaceutical Solution**

### Introduction to the Theranos Pharmaceutical Solution (TPS)

The Theranos Pharmaceutical Solution (TPS) is a fully integrated health data capture, analysis and care delivery solution. TPS is comprised of two technological components - Theranos Field Systems and the Theranos Operating System (TheranOS) - which combine to replace conventional data capture (including blood testing), management, and analytical tools.

**Theranos Field Systems** analyze blood in real-time from a finger stick and simultaneously collect behavioral information through an intuitive graphical touchscreen interface. Individualized content can be sent back to the systems automatically to facilitate behavior modification. Theranos Field Systems can be placed at any desired point of care (home, clinic, or mobile units), and the data from each device is automatically and securely transmitted to TheranOS in real-time through a cellular network.

**TheranOS** is a self-learning data engine that automatically imports data from any desired source, translates it into one standardized format and dynamically models the integrated data sets in real-time, providing direction for clinical trial design and clinical practice. TheranOS models characterize each compound's mechanism-of-action and all the pathophysiologies associated with identifying each compound's target product profile. TheranOS also contains customized applications for simulation of clinical trials and management of adaptive trials in compliance with existing regulatory guidelines. Users access TheranOS through a secure online web-portal.

Theranos Field Systems and TheranOS are also customized into two other solutions to improve outcomes and reduce the cost of care: the Theranos Health Shield for physicians, payors, governments, and corporations and the Theranos Home Health Solution for consumers.

### The Impact of TPS

A customized TPS will:
- Improve trial success and accelerate development timelines by years by
  - Optimizing clinical trial results and design through simulation technologies
  - Minimizing trial execution times through adaptive designs and trial management
  - Modifying trials dynamically in response to real-time data capture and analysis
- Maximize the use of key medicines by
  - Improving the benefit/risk profile in clinical studies
  - Rapidly characterizing efficacy dynamics, new indications, and ameliorating safety concerns
  - Enhancing the value of the drug through a commercial therapeutic management program (remote, automated, and individualized patient care in combination with therapy)

As a result, TPS will yield dramatic cost savings while significantly increasing prescription sales. Cost savings will originate from materially reducing the centralized infrastructure and number of years required to run clinical studies. The same TPS infrastructure will be used outside of clinical studies to increase the adoption and value of medicines by enabling remote and individualized patient management in combination with drug distribution. In doing so, Theranos believes TPS will transform the economics of the business.

In addition to accelerating clinical development timelines, TPS will dramatically reduce the direct/out-of-pocket expenses required to run clinical studies. Finally, the new, decentralized, and virtual infrastructure is a vehicle for better care delivery both domestically and globally, enhancing the ability to differentiate and demonstrate superior effects of the company's drugs.

Twelve top pharmaceutical companies, the U.S. government and several foreign governments are current Theranos clients.

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1427



**Program to Deploy TPS**

TPS can incrementally replace conventional data capture, blood testing and data analytics across any business unit. The decentralized data collection infrastructure allows for dramatic timeline improvements and cost reductions (shipping costs, human capital, CRO costs, etc.). The combination of models, biomarker signatures, and the integrated impact of the TPS on eliminating the logistical constraints that drive clinical trial timelines will allow pharmaceutical companies to accelerate development. Aggregated data collected from all programs provides proprietary insight into each of its targeted diseases to further accelerate trial timelines and allow for development optimization to improve the product profiles of all assets.

TPS will be geared to accelerate development timelines and maximize the use of therapies at a centralized corporate level. As such, the TPS will be equipped with comprehensive inflammatory pathway models and tools that characterize the inflammation pathways as related to all therapeutic areas and diseases. Upon installation, TPS will then be customized for each business unit.

While the impact of TPS can be revolutionary, the solution is designed to rapidly integrate into existing structure and business processes in a non-disruptive and evolutionary manner. TheranOS will integrate data across business units into a centralized modeling, simulation, and adaptive trial management system. In doing so, TPS will establish a deep competitive edge with unparalleled insight into disease pathways. As every new data set is collected after deployment, the Solution will provide increasingly predictive visibility into the relevant disease areas, and the impact on development timeline acceleration compounds accordingly.

At the completion of customization, Theranos will activate TPS and deploy to ongoing clinical studies and development programs to realize the solution's impact to cost savings, revenues, growth, and earnings.



Theranos Pharmaceutical Solution (TPS)

Devices          Cartridges

Models and Algorithms

Mobile Applications:
Health Assistant

Data Infrastructure

Applications:
Virtual Study

**Theranos Field Systems**

**TheranOS:
Theranos Operating System**

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1428



# Case Studies Demonstrating Theranos Ability to Accelerate Trial Timelines, Reduce Clinical Development Costs and Enable Better Outcomes

This presentation and its contents are Theranos proprietary and confidential.

1

FOIA Confidential Treatment Requested by R. Balwani

1

Balwani-1429


**theranos**
redefining healthcare

**Case Study M**

## Physiological Modeling of the Bone

Develop an integrated modeling system that includes:

- Bone metabolism and mineral homeostasis
- Erythropoiesis and concomitant hypertension
- Endocrine effects in anterior pituitary
- Chronic kidney disease with bone loss and associated anemia

Theranos Confidential                                          2

FOIA Confidential Treatment Requested by R. Balwani          Balwani-1430



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1431



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1432

 *theranos*
*redefining healthcare*

Case Study M

## Disease Model Can Be Applied to Multiple Target Diseases

Osteoporosis
- Recruitment of 'fast bone losers' and identification of responders.

Multiple Myeloma
- Model refinement with addition of a tumor element and feedback into BMU.

Bone metastases from prostate, breast, lung carcinoma
- Requires a tumor model of tissue origin/etiology (primary osteolysis, PTH, PTHrP or Vitamin D tumoral secretion).

Kidney dysfunction
- As a dynamic parameter in Vitamin D production and Calcium/Phosphate homeostasis.

Theranos Confidential                                                    5

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1433


*redefining healthcare*

Case Study M

## Initial Model Development Steps

1. Confirm standalone BMU yields qualitatively functional dynamics in homeostasis.

2. Run model validation sets.
   - Qualitative Behavior of the BMU in Homeostasis is presented on the next slide.

3. Parameterization
   - Derive data from literature.
   - Validate in modeling module customized in Theranos' internal data infrastructure.
   - Add relevant clinical data as it becomes available.
   - Implement self-learning algorithms to tune model to actual clinical populations.

Theranos Confidential                                                      6

6

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1434



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1435



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1436

 theranos
*redefining healthcare*

Case Study M

## Modeling Analyses Used to Assess Fundamental Issues Impacting Trial Outcomes

Staggered design characteristics:
- start trial faster
- online learning from results during trial
- progressive enrichment may achieve better patient outcomes
- subgroup dose "thrashing" if responses too variable
- requires good *a priori* "success" criteria to avoid thrashing and improve chances for dose convergence

Parallel design characteristics:
- may slow the start of trial
- need to estimate dose range of interest for parallel arms
  - An initial dose group, and associated modeling, could be used to guide subsequent parallel arms
- not subject to thrashing
- no requirement for *a priori* "success" criteria

Theranos Confidential

9

Trial Exh. 27003 Page 029
FOIA Confidential Treatment Requested by R. Balwani
Balwani-1437



Case Study M

## Monte-Carlo Simulations: Explore Probability of Meeting "Success" Criteria in Patient Subgroups

Variability in modeled drug response consistent with Phase I data at 4 wks: CV~50%
- Variability in patients with chronic renal failure (CRF) is not known

"Success" criteria defined as:
- n<2 with >2g/dL Hgb change at wk 4
- n<3 with <1g/dL Hgb change at wk 4
- Mean Hgb change between 1 and 2 g/dL at wk 4

Patient inclusion criteria:
- Baseline Hgb between 7.5 and 10g/dl

Dose range of drug explored:
- 0.5x to 1.6x of dose required to achieve mean 1.5 g/dL Hgb change at wk 4

At each dose tested, simulated 10,000 times the random selection and treatment of 12 hypothetical patients

Theranos Confidential                                                     10

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1438



FOIA Confidential Treatment Requested by R. Balwani



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1440



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1441



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1442



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1443

 *theranos*
redefining healthcare

Case Study M

## Interpatient Dose Titration

Interpatient dose titration may enhance the maintenance of Hgb levels.

1. Dose titration used for Epoetin alfa (Procrit) to maintain Hgb between 10 and 12 g/dl in CRF patients.
   - Median maintenance dose was 75 U/kg TIW, with a range from 12.5 to 525 U/kg TIW.
   - Nearly 10% of the patients required a dose of 25 U/kg or less.
   - Approximately 10% of the patients required more than 200 U/kg TIW.

Theranos Confidential                                              16

FOIA Confidential Treatment Requested by R. Balwani

16

Balwani-1444



*theranos*
redefining healthcare

Case Study M

## Interpatient Dose Titration

2. Used Monte-Carlo simulations to investigate titration design:
   - Dose is adjusted per patient on a monthly basis.
   - Both the change in Hgb levels as well as the absolute Hgb level are considered for dose adjustment.
   - Two titration designs were initially evaluated:
     A. Initial proposal: Maintain current dose level (1x), re-dose 1.5x or 2x relative to starting dose, or suspend dose depending on response.
     B. Modified design: Maintain current dose level (1x), re-dose 0.5x, 1.25x, 1.5x relative to last non-zero dose, or suspend dose depending on response.
   - A new titration design has now been evaluated:
     C. Client revised proposal: Maintain current dose level (1x), re-dose 1.5x, 0.75x or 0.5x relative to starting dose, or suspend dose depending on response.

Theranos Confidential                                                                 17

Trial Exh. 27003 Page 037
FOIA Confidential Treatment Requested by R. Balwani                Balwani-1445





Trial Exh. 27003 Page 039

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1447



FOIA Confidential Treatment Requested by R. Balwani



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1449



FOIA Confidential Treatment Requested by R. Balwani



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1451





FOIA Confidential Treatment Requested by R. Balwani

Balwani-1453

 theranos
redefining healthcare

Case Study M

## Summary of Dose Titration Analysis

Recommended dose titration design (B3):

- Significantly enhances both safety and efficacy under all conditions for heterogeneous patient population.
- Improves long-term Hgb maintenance by reducing "on-off" dosing and wide Hgb swings.
- Reduces variance of Hgb response and treatment dose.
- Robust to initial dose given to the cohort.

Theranos Confidential

28

 *theranos*
redefining healthcare

Case Study M

## Mathematical Modeling of Surrounding Physiologies

A biomathematical model of the human menstrual cycle including:
- Full maturation cycle of the follicle
- Ovulation
- Hormonal controls

Model based on sampling of
- Follicle Stimulating Hormone (FSH)
- Lutenizing Hormone (LH)
- Estradiol
- Progesterone

Model customizable to each patient by allowing for dynamic fitting of sampled hormone levels in real time

Model parameters fit to an individual woman and account for month-to-month intrapersonal variations in cycle

Theranos Confidential                                                    27

Trial Exh. 27003 Page 047
FOIA Confidential Treatment Requested by R. Balwani            Balwani-1455



Trial Exh. 27003 Page 048
FOIA Confidential Treatment Requested by R. Balwani          Balwani-1456



## Summary Case Study M:
### Optimize Trial Design

1. Accelerate trial timelines.

2. Reduce clinical development costs.

3. Enable better outcomes.

4. Original proposed "success" criteria was estimated to be too aggressive, given possibly high degree of variability in drug responses
   - Variability in target population patients not known yet for compound, but high variability has been observed in healthy controls & in target population on alternative therapy.
   - Modeling of an initial dose group used to optimize subsequent trial arms.

Theranos Confidential

29

Trial Exh. 27003 Page 049
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1457


*redefining healthcare*

| | Case Study M |

## Summary Case Study M:
### Optimize Trial Design

5. Specific recommendations for trial protocol:
   - Semi-parallel design to increase success probability and assess safety
   - Subgroup size of n=24 to increase success probability
   - Can also use n=16 for parallel arms and maintain success probability
   - Optimized success criteria to increase success probability by relaxing criteria for hypo-responders
   - Optimized dose titration strategy to improve long-term Hgb maintenance by reducing "on-off" dosing and wide Hgb swings

6. These revisions to the trial design are estimated to increase the probability of success from ~15% to ~80%.

Theranos Confidential

30

FOIA Confidential Treatment Requested by R. Balwani

30

Balwani-1458



**Case Studies Demonstrating
Theranos Ability to
Characterize Responder Populations**

This presentation and its contents are Theranos proprietary and confidential.

31

31

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1459



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 052

Balwani-1460



FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1461


*redefining healthcare*

Case Study F

## Summary Case Study F:
### Characterize Response to Therapy

Longitudinal profiling of mechanistic biomarkers enables characterization of response to therapy.

Different trends in cell death markers characterize different responder groups and different treatment regimens.

Trends were not apparent when sampling through the conventional infrastructure.

Better and faster characterization of response profiles allows for smaller numbers of patients in clinical studies and shorter trial durations.

Time series analyses allow for quantifiable characterization of trends lines and seasonality frequencies.

Theranos Confidential                                                                34

Trial Exh. 27003 Page 054
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1462



Trial Exh. 27003 Page 055
FOIA Confidential Treatment Requested by R. Balwani
Balwani-1463



Case Study G

## Qualitative Characterization of Response to Drug Administration Across Cohort of Patients

IL-6 increases then decreases
- Extent varies more than an order of magnitude
- Three groups are apparent

Three different CRP response patterns:
- Very little response
- Rapid response to a plateau level
- Increasing response

CRP responders reach very high CRP levels.

TNFα response patterns:
- Some subjects show an increase then a decline to original levels
- Other subjects show little response

Theranos Confidential

36

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1464



Trial Exh. 27003 Page 057
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1465



Trial Exh. 27003 Page 058
FOIA Confidential Treatment Requested by R. Balwani          Balwani-1466



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1467

 *theranos*
redefining healthcare

Case Study G

## Summary Case Study G:
### Characterize Response to Therapy and Responder Groups

Longitudinal profiling of cytokines characterizes responses to this drug acting on bone metabolism and inflammation.

Fresh whole blood allows for more accurate reads on cytokines by eliminating issues with analyte decay rates.

Standardized platform deployed across international sites allows for higher integrity data by eliminating assay variability between sites.

Preliminary statistical analysis and mathematical modeling suggested four distinct patient groups based on dynamic mediator profiles.

Higher integrity data allows for fewer patients and faster trials.

Theranos Confidential                                                40

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1468



Trial Exh. 27003 Page 061
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1469



Trial Exh. 27003 Page 062
FOIA Confidential Treatment Requested by R. Balwani
Balwani-1470

 *theranos*
redefining healthcare

**Case Study H**

## Theranos Assay Correlation Summary

(y=TH, x=ref.)

To Pharma 1 reference methods:
- Active GLP-1      $y = 0.89x; R^2 = 0.90$
- Active GLP-1 (dog)      $y = 1.01 - 0.8; R^2 = 0.999$
- C-peptide      $y = 0.93x + 0.2; R^2 = 0.98$

To Pharma 2 reference methods:
- Active GLP-1      $y = 0.97 - 1.1; R^2 = 0.97$

Dynamic Range:
- Active GLP-1      0.2 – 16 pM (human)
- Active GLP-1      1 – 500 pM (dog)
- C-peptide      0.5 – 9.0 ng/mL

Theranos Confidential      43

FOIA Confidential Treatment Requested by R. Balwani      Balwani-1471



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 064

Balwani-1472



FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1473



Trial Exh. 27003 Page 066

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1474



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1475



Trial Exh. 27003 Page 068
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1476



Trial Exh. 27003 Page 069
FOIA Confidential Treatment Requested by R. Balwani     Balwani-1477



**theranos**
*redefining healthcare*

Case Study H

## Reduction in Clinical Operations Costs

| Conventional Infrastructure Costs (Representative average cost per sample per analyte In Clinic) | | Theranos System Test Costs | |
|---|---|---|---|
| Blood draw and sample prep | $7 | Blood draw and sample prep | $0 |
| Shipping/Storage | $7 | Shipping/Storage | $0 |
| Assay Reagents | $10 | Assay Reagents | $42 |
| Lab Tech | $15 | Lab Tech | $0 |
| Data Analysis | $10 | Data Analysis | $0 |
| Subject Compensation | $10 | Subject Compensation | $0 |
| Overhead | 25% | Overhead | 0% |
| **Total** | **$74** | **Total** | **$42** |

Theranos Confidential                                                                50

FOIA Confidential Treatment Requested by R. Balwani          Balwani-1478


*theranos*
redefining healthcare

Case Study H

## Summary Case Study H:
### Characterize Responder Groups/Classes

Longitudinal profiling of metabolic parameters better characterizes response to DPP-IV inhibitor.

Real-time, high sensitivity metabolic protein analysis eliminates the need for shipping patient samples and complicated lab processing work, reducing total per sample costs from $74 to $42.

This company's biomarker lab concluded that 'the integrated analysis capabilities eliminated the need for an in-house lab.' In-house lab was subsequently eliminated.

Streamlined infrastructure accelerates study timelines.

Theranos Confidential                                                                 51

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1479



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 072

Balwani-1480



Trial Exh. 27003 Page 073
FOIA Confidential Treatment Requested by R. Balwani          Balwani-1481


*theranos*
redefining healthcare

Case Study I

## Monitoring Hormone Levels

Ultimate Goal: Classification of subjects
- Propensity to diabetes
- Response to food
- Response to drugs

Serial measurements provide superior classification means.

Theranos System is a powerful, convenient means for serial measurements of several biomarkers in non-laboratory settings.

Theranos Confidential                                        54

Trial Exh. 27003 Page 074
FOIA Confidential Treatment Requested by R. Balwani                Balwani-1482

 *theranos*
redefining healthcare

Case Study I

## Effect of Diabetes-Associated Gene Variation on Glucose Metabolism in Humans

Study conducted in collaboration with a major academic medical institution (ongoing, final association statistics TBD).

- 190 normal, non-diabetic patients not on drug therapy
- 7 timepoints per patient (-5,10,20,30,60,90,120 minutes)
- 75g oral glucose tolerance test (OGTT)
  - Administered at T = 0 min

Samples assayed in the Theranos System for both active and inactive GLP-1 levels.

- Multiplexed assays

Theranos Confidential                                                      55

Trial Exh. 27003 Page 075
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1483



Trial Exh. 27003 Page 076

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1484



Trial Exh. 27003 Page 077
FOIA Confidential Treatment Requested by R. Balwani
Balwani-1485



Trial Exh. 27003 Page 078
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1486



Theranos Confidential

**Case Study I**

## Summary Case Study I:
### Characterize Responder Populations

Theranos Systems enable monitoring of novel drug therapies for diabetes in large-scale studies of variation in human response to hormone or food challenge and lead to potential screening means for diabetes risk.

Major differences between subjects were observed in both the speed and magnitude of responses.

Analysis of response patterns enables candidate classification of subjects for DPP-IV inhibition.

Inclusion/exclusion criteria for clinical study can be refined based on response profiles. Inclusion of responders in future study phases accelerates approval by demonstrating better response profiles, faster. Reduces number of sites and patients.

59

Trial Exh. 27003 Page 079
FOIA Confidential Treatment Requested by R. Balwani
Balwani-1487



Trial Exh. 27003 Page 080
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1488



redefining healthcare

Case Study J

## Goal: Impact of Genetic Variation in GLP-1R on Response to Active GLP-1

Study conducted with Academic Partner.

- 100 patients (normal, healthy, not on drug therapy)
- 12 time points per patient
  - 0,10,30,60,90,120,130,150,180,190,220,240 min
- Glucose clamp: 150 mg/dL
- Active GLP-1 infusions
  - 120-180 min 0.75 pmol/kg/min
  - 180-240 min 1.55 pmol/kg/min

Samples assayed for active GLP-1 on the Theranos System (3,740 cartridges total).

Subjects differed significantly in kinetics and magnitude of response.

Analysis correlating response characteristics with genotype is being published.

Theranos Confidential                                    61

FOIA Confidential Treatment Requested by R. Balwani          Balwani-1489



theranos
redefining healthcare

Case Study J

## Classify Subjects by Response Kinetics

### Active GLP-1 Challenge

- Infusions
  - Green: Glucose clamp
  - Red 0.75 pmole GLP-1/kg/min
  - Pink 1.55 pmole GLP-1/kg/min
- Each GLP-1 infusion results in an elevation of GIP-1 which peaks or reaches a plateau.
- The magnitude of the elevation varies by more than an order of magnitude between subjects.
- Significant differences in rate of elevation are evident between subjects
- Subjects are grouped by relative elevation
  - A: Peak 1 is bigger
  - B: Peak 2 is bigger
  - C: No initial peak

Theranos Confidential                                    62

Trial Exh. 27003 Page 082
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1490



Case Study J

## Summary Case Study J:
### Characterize Responder Populations

Theranos Systems enable classification of subjects based on response profiles.

Studies enabled groups of subjects to be identified by kinetic differences.

Major differences in the intensity of the response to glucose or active GLP-1 were noted between subjects.

Response signature can then be used to demonstrate efficacy dynamics and comparative effectiveness for payors.

Theranos Confidential                                    63

Trial Exh. 27003 Page 083
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1491



Trial Exh. 27003 Page 084
FOIA Confidential Treatment Requested by R. Balwani          Balwani-1492



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 085

Balwani-1493



FOIA Confidential Treatment Requested by R. Balwani



Trial Exh. 27003 Page 087

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1495



Trial Exh. 27003 Page 088
FOIA Confidential Treatment Requested by R. Balwani   Balwani-1496



Trial Exh. 27003 Page 089
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1497

 *theranos*
redefining healthcare

**Case Study K**

## Statistical Analysis

Data Character
- Time series data of multiple analytes taken coincidently

Characterization: ARIMA Modeling
- Stationary: slope of zero
- Linear: Non-zero slope, zero first derivative
- Curvature: Non zero first derivative
- Periodicity

Graphics
- Partial Autocorrelation Function (PACF, within a single series)
- Cross-Correlation function (CCF, between series)
- Frequency domain analysis (FFT)

Theranos Confidential                                                          70

Trial Exh. 27003 Page 090
FOIA Confidential Treatment Requested by R. Balwani
Balwani-1498



Trial Exh. 27003 Page 091
FOIA Confidential Treatment Requested by R. Balwani          Balwani-1499



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 092

Balwani-1500



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 093

Balwani-1501



Trial Exh. 27003 Page 094

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1502



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 095

Balwani-1503



FOIA Confidential Treatment Requested by R. Balwani



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1505



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 098

Balwani-1506



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 099

Balwani-1507



theranos
*redefining healthcare*

Case Study K

## Summary Case Study K:
### Characterize Response to Therapy

A major pharmaceutical company, running a post-marketing study, deployed Theranos Systems both in clinics and in subject homes in a rural area.

Using multiplexed cartridges and finger-stick samples, Theranos monitored three biomarkers and characterized patient profiles and response to therapy.

Analyte Ranges
- VEGF (15 – 8,000 pg/mL)
- sVEGFR2 (170 – 10,000 pg/mL)
- PLGF (17 -750 pg/mL)

Time Series Analyses suggest response profile patterns associated with therapy and dosing regimen.

Theranos Confidential                                                                 80

FOIA Confidential Treatment Requested by R. Balwani        Balwani-1508



Trial Exh. 27003 Page 101
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1509





Case Study O

## Summary Case Study O:
### Characterize Variation in Response Profiles

Theranos Field Systems generate rapid reads on efficacy, characterizing tremendous variations in response among patient populations.

More rapidly characterizing response profiles accelerates development by refining inclusion and exclusion criteria for clinical studies.

Theranos Confidential                                              83

FOIA Confidential Treatment Requested by R. Balwani          Balwani-1511



FOIA Confidential Treatment Requested by R. Balwani
Balwani-1512


theranos
redefining healthcare

Case Study A

## Predict Onset of Infection

Discovered biomarkers that could not be identified using the conventional testing infrastructure, through a combination of longitudinal profiling and predictive physiological and statistical algorithms.

Ability to comprehensively characterize onset and progression of infection enables earlier dosing for a potent antibiotic, significantly improving care and reducing health-care costs.

Theranos Confidential                                                    85

FOIA Confidential Treatment Requested by R. Balwani          Balwani-1513



FOIA Confidential Treatment Requested by R. Balwani
Balwani-1514


theranos
redefining healthcare

Case Study A

## Identifying Circulating Parameters to Monitor

Theranos physiological models provide an initial selection of marker candidates.

Longitudinal profiling identifies which of those comprises a predictive signature.

Predictive signatures are dependent upon frequent monitoring to elucidate trends in the rate-of-change of the markers mapped in the context of other data.

In this study, the initial selection of 17 markers was narrowed down to 4 through longitudinal profiling and modeling.

Theranos Confidential                                                          87

Trial Exh. 27003 Page 107
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1515



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 108

Balwani-1516



Trial Exh. 27003 Page 109
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1517



Trial Exh. 27003 Page 110
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1518



Trial Exh. 27003 Page 111
FOIA Confidential Treatment Requested by R. Balwani

Balwani-1519

 *theranos*
*redefining healthcare*

Case Study A

## Candidate Predictive Algorithm

Predictive algorithm results from analysis of groups:

IF (OR((-$\Delta$PC > 30%/day),(T>38)),

- Measure PC and IL-6 every 4h
- IF (OR(PC < 1 µg/mL),(IL-6 > 20 ng/mL))
  - Treat for sepsis

Once validated, predictive algorithm can improve patient care and dramatically reduce health-care costs

Theranos Confidential                                                    92

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1520



FOIA Confidential Treatment Requested by R. Balwani

Trial Exh. 27003 Page 113

Balwani-1521


*theranos*
*redefining healthcare*

Case Study A

## Summary Case Study A:
### Predict Onset of Safety Events

Theranos systems were deployed as high frequency monitoring systems in an observational study of chemotherapy-induced febrile neutropenia.

Analysis of emergent cytokine patterns predict the onset of fever and subsequent infection.

Two of these patients became septic and were distinguished by specific marker patterns.

The study validated Theranos methodology in a space in which others have not been successful, as Theranos was able to identify predictive signatures.

Theranos Confidential                                                94



**Case Studies Demonstrating
Theranos Ability to
Identify Optimal Management/Treatment Regimens**

This presentation and its contents are Theranos proprietary and confidential.

95

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1523



Trial Exh. 27003 Page 116
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1524


theranos
*redefining healthcare*

Case Study N

## Superior Real-Time PK/PD Assay Performance

Validated superior performance of real-time PK/PD assays as compared to reference methods.

Wide dynamic range for all analytes

- Low picogram to high nanogram/mL range

|  | TARC pg/mL | Eotaxin pg/mL | Rantes ng/mL | IgE ng/mL | ENA-78 pg/mL |
|---|---|---|---|---|---|
| Max | 776.8 | 212.4 | 285.2 | 1795.0 | 17875.8 |
| Min | 28.1 | 1.0 | 1.2 | 13.2 | 170.7 |
| Fold | 27.7 | 212.4 | 229.5 | 135.7 | 104.7 |
| Average | 298.4 | 57.8 | 57.2 | 435.7 | 3650.9 |
| Median | 190.4 | 40.9 | 33.3 | 136.6 | 1153.3 |

Theranos Confidential                                           97



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1526



FOIA Confidential Treatment Requested by R. Balwani          Balwani-1527

 *theranos*
*redefining healthcare*

Case Study N

## Summary Case Study N:
### Identify Optimal Treatment Regimens

Classified response profiles of asthma patients to identify optimal treatment regimens for each group using longitudinal profiling and algorithms.

Starting in FIH Phase 1, real-time PK/PD used to simultaneously measure drug and efficacy dynamics, characterize responder groups, refine inclusion and exclusion criteria for future studies, optimize for multiple patient populations and indications, and accelerate approval.

Point-of-care drug and biomarker cartridge reduces time required to analyze samples and drug concentrations through conventional infrastructure (3 months). Also reduces need to aggregate samples and analyze at study completion, enabling adaptive testing.

Theranos Confidential                                          100

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1528



# Theranos Systems

## Introduction

Theranos is transforming patient management, individual wellness, and the economics of health care delivery.

In doing so, Theranos has showcased a new economic model for pharmaceutical companies, exponentially increasing sales and rate of growth while cutting development expenses.

As the Theranos infrastructure begins to transform the way payors and physicians approach blood testing and reimbursement, the adoption of Theranos Systems in pharmaceutical companies is powering a radical new growth model for the pharmaceutical and biotech industry.

## Return on Investment for Pharmaceutical Clients

Theranos' technology has been robustly validated over the last four years. Existing clients include AstraZeneca, BMS, Celgene, GSK, J&J Centocor, Mayo Clinic, Merck, Pfizer, and others. Theranos' direct-to-consumer home monitoring systems are currently being launched. In pharmaceutical clinical studies/programs, Theranos Systems have:

**Accelerated trial timelines** by an average of 18 months.
- Demonstrating meaningful dose-response and efficacy dynamics profiles in ~6 months where conventional infrastructure took two years and was still not able to generate equally predictive correlations.
- Existing customers value a six-month gain in time-to-market at $180 million to $540 million[1].

**Reduced clinical operations costs** by 50%.
- In addition to saving time, point-of-care ambulatory monitoring reduces the number of sites, as well as shipping, sample processing and clinical operations costs.
- Higher integrity field data and predictive models reduce the number of patients required in each clinical study by 25%.

**Enabled realization of target product profiles** that customers had not been able to achieve using the conventional testing and analytical infrastructure.
- Improved visibility into pathway dynamics
- Early reads on efficacy and safety dynamics
  - Established comprehensive longitudinal PK/PD profiles.
  - Characterized trends in the rate of change of key markers. (Conventional infrastructure obscures trends Theranos Systems elucidate.)
- Optimized development in ways previously not possible because of the biology complexies.
  - Enabled adaptive studies and development.
  - Salvaged assets that were about to be written off.
  - Rapidly enabled label expansion into key new patient populations and multiple indications.
  - Powered mechanistically driven cross-comparison studies for compound differentiation and reimbursement.

**Enabled approval, reimbursement, and maximized use of key assets** through drug-systems combinations now going onto the market together to optimize the benefit/risk profile of a drug on an *individual* patient basis. The individualized selection, treatment, monitoring and wellness counseling of subjects made possible through Theranos Systems is the foundation of a radical new growth model for pharmaceutical companies following the drug-device approach recommended by the Critical Path Initiative. The ability to comprehensively monitor blood-proteins and behavior in an at-home system enables pharmaceutical companies to overcome the clinical and economic limitations of what's currently known as 'personalized' – population-based medicine.

---

[1]Most recent estimates by an existing Theranos client value each day gained at 1-3 million dollars per day.

Trial Exh. 27003 Page 121
FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1529



## The Theranos System

Theranos Systems are Theranos' proprietary, patented technology. The systems are becoming the center of healthcare in the home, making healthcare a home necessity in the same way that personalized computers made computing a home necessity.

For point-of-care technology to develop into a true individualized medical system (IMS) and make it a staple of patient care at the individualized level, significant breakthroughs were needed over the current state-of-the-art tools in the following domains:

- Greater sensitivity, specificity, precision and accuracy of simultaneous assays
- Home protein analysis for time profiling
- Home drug analysis for exposure-response characterization
- Integration of data coming from various sources into electronic health records (EHR)
- Data modeling using Bayesian and other approaches
- Systematic, prompt feedback to the health care provider (HCP) and the patient
- Enabling early, adaptive and rapid decision making about healthcare utilization

The Theranos System was developed to address the aforementioned issues. Theranos Systems allow HCPs to monitor drugs, their metabolites, and relevant biomarkers from fresh whole blood samples in real-time at any testing frequency in a clinic, hospital setting or any point of care, including the home.

Theranos Systems process finger-stick blood samples at the point of care, wirelessly transmit data to relevant health care providers/clinicians, and can provide individualized and integrated content back to consumers to assist them in modifying behavior and establishing/achieving health and wellness goals. The user interface on the device is a graphical touch-screen, which links with an individual's mobile phone in real-time, providing each user with 'smart,' customized information.

 

Theranos' proprietary blood-analysis technology has made it possible to measure multiplexed combinations of drugs, proteins and other analytes in the home, and in doing so, characterize trends in disease progression and regression that were previously not seen. The ability to capture more comprehensive longitudinal time-series measurements is fundamental to better characterizing a patient's response to therapy.

 

When deployed, the information system allows for the integration and exploitation of information in a way previously not feasible. The home healthcare systems combined with the models in the information system enable accelerated clinical studies and realization of the target profiles of key assets.

In order to increase the value and coverage of marketed assets, compound-specific information characterized in clinical studies is being leveraged in the consumer environment. The information system allows for customized content to be deployed to device touch-screens and the associated mobile applications to enhance the value of a therapy.

The social networks which are rising around the mobile and home systems are proving to be powerful viral marketing channels.

Trial Exh. 27003 Page 122
FOIA Confidential Treatment Requested by R. Balwani                        Balwani-1530



**Theranos Systems are comprised of three integrated technologies and services.**

**1. Data infrastructure (for use across an entire pharmaceutical pipeline)**
An information integration and exploitation infrastructure which permits:
- Data acquisition and storage of point-of-care results in real time.
- The integration of blood parameters and patient diary data with all other physiologically relevant information into the EHR.
- A central mathematical software program to:
  - Graphically visualize, help to interpret, and analyze all data in one place
  - Link any new information into a disease management system that then maps the information onto a probability space of clinical outcomes.
- The graphical display of clinically relevant and actionable information back to the HCP and/or the patient.

A customer-specific data integration and self-learning prediction and simulation engine to:
- Centralize all information in one repository.
- Automatically import data that exist in different formats (historical data, clinical studies, literature, patient records, etc.).
- Power models of patient response and disease pathophysiologies on integrated data sets.
- Constantly evolve and become increasingly predictive as learning algorithms process data from the field and literature without requiring human intervention.

**2. Predictive and dynamic, multivariate, multi-dimensional models (customized for program-specific objectives) that map disease progression and regression**
Algorithms
- Built-in pattern recognition tools characterize 'responder classes' and clinical outcomes.
- Probability analysis tools systematically account for uncertainty.
- Integrate physiological models with statistical analysis tools based on Theranos' proprietary time-series analysis.

Models
- Account for all relevant pathophysiologies and compounds' mechanisms of action
- Can identify relevant circulating parameters for patient monitoring and classification
- Are increasingly predictive to power future studies and decision making
- Simulate scenarios that answer 'what-if' questions and allow users to run queries themselves
  - Patient profiles
  - Trial protocols

**3. Home Healthcare Systems (integrated point-of-care home and mobile monitoring systems that work for any combination of assays, including drug and protein analysis)**
Devices – remote, portable patient care systems
- On-site, real-time, automatic processing of cartridges for blood analysis
- User interface designed for non-computer-literate subjects, allowing the patient to initiate the assays and to graphically enter a variety of relevant environmental information, such as comprehensive patient diary, behavioral, and psychological information, through touch-screens embedded in the device
- Two-way communication system from the instruments to HCP/clinicians, mobile phones, and back to patients with relevant content, messages, and health information
- Blood and environmental data is automatically (wirelessly) transmitted into models in real time.
  - Fully exploit all data (every IIT or pivotal trial increases the predictive value of the models).
  - Characterize dose-response, efficacy and safety dynamics faster and more accurately.

FOIA Confidential Treatment Requested by R. Balwani



Cartridges – disposable cartridges pre-loaded with chemistries to simultaneously measure multiplexes of proteins and other analytes from ~20µL whole blood finger-stick
- Cartridges can be customized to measure any combination of drugs and biomarkers together to map indicators/trends through comprehensive longitudinal PK/PD profiles of subject status.
- Rapid characterization of rate-of-change in key markers and trends (through more frequent monitoring than possible using central labs) yields predictive insight into clinical outcomes far earlier than more traditional radiologic and clinical end-points, resulting in earlier go/no-go decisions across multiple indications.
- Assay precision and trend generation capabilities reduce required patient numbers.
- Standardized analytical platform can be used across all sites.
  - Reduce variability of data between sites.
  - Improve quality of data by avoiding issues with analyte decay rates and sample processing.
- Drug-specific cartridges complement wellness/disease-specific cartridges that are being launched by Theranos direct to consumers and physicians.

Mobile Applications – transmission of individualized content to 'smart,' automated 'counselors' on device touch-screens and users' mobile phones to assist with behavior modification and increase compliance with therapy
- Theranos' proprietary algorithms enable the correlation of blood data to efficacy dynamics profiles, behavior, lifestyle, diet, and side-effects.
- Truly individualized content is selected to help people change their lifestyles in a sustained way, through the integrated use of the back-end algorithms, models, and data in the data infrastructure.
- Content is based on data for patient 'classes,' which recognize physiological and psychological pre-dispositions as well as local socio-environmental influences.
- Applications link users through social networks, where success stories compound through the combination of each tailored home health system with a given therapy.

**Theranos' Client Services include:**
Customization
- Devices
- Cartridges
- Informatics Systems
- Web portals
- Mobile applications for specific assets
Study Planning
- Biomarker selection
Support
- 24x7 live international call center
- New Information System features for in-person training of all site and where applicable, at-home device installations and training for patients
- Maintenance of information systems and all web and mobile applications
Regulatory Filings
- Compound-specific cartridges
Distribution of the systems to consumers, physician's offices, and pharmacies
- Sale and distribution of devices and cartridges
- Reimbursement for devices and cartridges
Marketing through the creation of Theranos' product-specific mobile, device and web-based wellness social networks

Trial Exh. 27003 Page 124
FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1532



| Theranos | vs. | Conventional Infrastructure | |
|---|---|---|---|
| **Per Assay Cost Using Theranos** | | **Per Assay Cost Using Conventional Infrastructure** | |
| Blood draw and sample prep | $0 | Blood draw and sample prep | $7 |
| Shipping/Storage | $0 | Shipping/Storage | $7 |
| Assay Reagents | $42 | Assay Reagents | $10 |
| Lab Tech | $0 | Lab Tech | $15 |
| Data Analysis | $0 | Data Analysis | $10 |
| Patient in-clinic costs | $0 | Patient in-clinic costs | $10 |
| Overhead | 0% | Overhead | 25% |
| **Per PD/PK Assay Total** | **$42** | **Per PD Assay Total** | **$74** |
| Clinical Study Costs | | Clinical Study Costs | |
| Per test (PK/PD) $   42 | | Per test (ELISA-based PK/PD) $   74 | |
| **Per time-point $   252** | | **Per time-point $   444** | |

| Theranos Analytics better characterize within subject variance and provide early insight into correlations with outcomes for decision-making and trial design. | | Conventional Infrastructure can't characterize trends in efficacy and safety dynamics, and decision-making and trial design lag data collection by 9+ months. | |
|---|---|---|---|
| Monitoring Frequency (per month) | 8 | Monitoring Frequency (per month) | 2 |
| Monitoring Duration (in months) | 6 | Monitoring Duration (in months) | 8 |
| **Total time-points** | **48** | **Total time-points** | **16** |
| Number of Patients in Study | 60 | Number of Patients in Study | 120 |
| Total Study Costs | $   725,760 | Total Study Costs | $   852,480 |

1. **Theranos accelerates study timeframes, reducing out-of-pocket study costs and losses associated with delay in time to market.**

| Study timelines and out-of-pocket costs | Client Compound[1] | Oncology Asset[2] |
|---|---|---|
| Study duration without Theranos | 24 months | 24 months |
| Study duration with Theranos | 12 months | 12 months |
| Time savings | 12 months | 12 months |
| Time savings portion of total trial budget | 50% | 50% |
| Current study budget | $4,000,000 | $20,000,000 |
| **Total out-of-pocket savings per study** | **$2,000,000** | **$10,000,000** |
| **Gain in Sales for Earlier Market Entry** | **$350,000,000** | **$200M – $3B** |

---

[1] Based on Theranos Client Compound modeling results
[2] Estimates based on Theranos capabilities demonstrated in the Client Compound program

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1533



**Assay Development Costs**

| | |
|---|---|
| Antibody development | $250,000 |
| PK assay development | $500,000 |
| PD assay development | $350,000 |
| Number of PD assays | 5 |
| Total Assay Development Costs | $2,500,000 |
| Number of Years | 8 |
| Assay Development Annual Cost | $312,500 |
| **Annual Development Cost Per PK/PD Assay** | **$52,083** |

**Software Costs**

| | |
|---|---|
| Data Infrastructure | $0 |
| Per Model | $625,000 |
| Number of Models | 2 |
| Total Data System | $1,250,000 |
| Annual Updates/Maintenance | 20% of Total Data System |
| Total Annual Updates/Maintenance | $250,000 |
| Number of Years | 5 |
| Total Software Costs | $2,500,000 |
| **Software Annual Cost** | **$500,000** |

## 2.  Theranos savings[3] can be extrapolated across the entire development cycle.

| Trial Parameters | Client Compound | | Oncology Asset | |
|---|---|---|---|---|
| Phase II | 200-300 patients over 2 years | | 300-500 patients over 3 years | |
| Phase III | 1000 patients over 3 years | | 5000 patients over 7 years | |
| Comparative Trial Costs | Estimate[4] | Using Theranos[5] | Current Estimate | Using Theranos |
| Phase II | $10M - $15M | $7M - $10M | $23M - $38M | $15M - $25M |
| Phase III | $75M | $50M | $88M | $59M |
| Total Trial Costs | $85M - $90M | $56M - $60M | $110M - $125M | $74M - $84M |
| **Theranos Trial Acceleration Development Cost Savings** | | **$25M - $34M** | | **$26M - $41M** |

---

[3] Based on Theranos Client Compound Phase I savings and literature references.
[4] Christopher P. Adams and Van V. Brantner, 'MarketWatch: Estimating The Cost Of New Drug Development: Is It Really $802 Million?,' Health Affairs, 25, no. 2 (2006), pp. 420-428; Christopher Paul Adams and Van Vu Brantner, 'Spending on New Drug Development,' Health Economics, 2009
[5] Assumes Theranos accelerates trial timelines by 1/3.

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1534



**3. By accelerating time to market, Theranos increases annual revenue.**

| Potential Annual Revenue First Line Therapy | Increase in Revenue by accelerating studies by 12 months | Increase in Revenue by accelerating studies by 24 months |
|---|---|---|
| $3B | $3B | $6B |
| $1B | $1B | $2B |
| Potential Annual Revenue Second Line Therapy | | |
| $600M | $600M | $1.2B |
| $200M | $200M | $400M |

**4. Theranos enables first line therapeutic approval by generating data on efficacy/response that differentiates comparative effectiveness.**

| Assumptions: Patient Population | 200,000 | Case A | Annual Revenue |
|---|---|---|---|
| Quiescent | 50% | First Line Therapy – 50% of total market | $3B |
| Treated | 50% | First Line Therapy – 17% of total market | $1B |
| Target Population | 100,000 | Case B | |
| Annual Treatment Price Per Patient | $60,000 | Second Line Therapy – 10% of total market | $600M |
| Total Market Size | $6,000,000,000 | Second Line Therapy – 17% of total market | $200M |

**5. Theranos prevents loss of revenue that results from patients stopping therapy, FDA interventions, and black box warnings, by ameliorating safety risks and demonstrating efficacy dynamics.**

| Case A Projected Revenue First Line Therapy | Potential % Market Loss as a result of safety issues | Potential Revenue Gained by preventing safety issues |
|---|---|---|
| $3B | 50% | $1.5B |
| | 25% | $750M |
| $1B | 50% | $500M |
| | 25% | $250M |
| Case B Projected Revenue Second Line Therapy | | |
| $600M | 50% | $300M |
| | 25% | $150M |
| $200M | 50% | $100M |
| | 25% | $50M |

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1535



| Theranos | vs. | Conventional Infrastructure | |
|---|---|---|---|
| **Per Assay Cost Using Theranos** | | **Per Assay Cost Using Conventional Infrastructure** | |
| Blood draw and sample prep | $0 | Blood draw and sample prep | $7 |
| Shipping/Storage | $0 | Shipping/Storage | $7 |
| Assay Reagents | $42 | Assay Reagents | $10 |
| Lab Tech | $0 | Lab Tech | $15 |
| Data Analysis | $0 | Data Analysis | $10 |
| Patient in-clinic costs | $0 | Patient in-clinic costs | $10 |
| Overhead | 0% | Overhead | 25% |
| **Per PD/PK Assay Total** | **$42** | **Per PD Assay Total** | **$74** |
| Clinical Study Costs | | Clinical Study Costs | |
| Per test (PK/PD) | $ 42 | Per test (Mass Spec-based PK) | $ 200 |
| **Per time-point** | **$ 252** | Per test (PD) | $ 74 |
| | | **Per time-point** | **$ 570** |

| Theranos Analytics better characterize within subject variance and provide early insight into correlations with outcomes for decision-making and trial design. | | Conventional Infrastructure can't characterize trends in efficacy and safety dynamics, and decision-making and trial design lag data collection by 9+ months. | |
|---|---|---|---|
| Monitoring Frequency (per month) | 8 | Monitoring Frequency (per month) | 2 |
| Monitoring Duration (in months) | 6 | Monitoring Duration (in months) | 8 |
| Total time-points | **48** | Total time-points | **16** |
| Number of Patients in Study | 90 | Number of Patients in Study | 120 |
| Total Study Costs | $ 1,088,640 | Total Study Costs | $ 1,094,400 |

1. **Theranos accelerates study timeframes, reducing out-of-pocket study costs and losses associated with delay in time to market.**

| Study timelines and out-of-pocket costs | Client Compound[1] | Oncology Asset[2] |
|---|---|---|
| Study duration without Theranos | 24 months | 24 months |
| Study duration with Theranos | 12 months | 12 months |
| Time savings | 12 months | 12 months |
| Time savings portion of total trial budget | 50% | 50% |
| Current study budget | $4,000,000 | $20,000,000 |
| **Total out-of-pocket savings per study** | **$2,000,000** | **$10,000,000** |
| **Gain in Sales for Earlier Market Entry** | **$350,000,000** | **$200M – $3B** |

---

[1] Based on Theranos Client Compound modeling results
[2] Estimates based on Theranos capabilities demonstrated in the Client Compound program

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1536



**Assay Development Costs**

| | |
|---|---|
| Antibody development | $250,000 |
| PK assay development | $500,000 |
| PD assay development | $350,000 |
| Number of PD assays | 5 |
| Total Assay Development Costs | $2,500,000 |
| Number of Years | 8 |
| Assay Development Annual Cost | $312,500 |
| **Annual Development Cost Per PK/PD Assay** | **$52,083** |

**Software Costs**

| | |
|---|---|
| Data Infrastructure | $0 |
| Per Model | $625,000 |
| Number of Models | 2 |
| Total Data System | $1,250,000 |
| Annual Updates/Maintenance | 20% of Total Data System |
| Total Annual Updates/Maintenance | $250,000 |
| Number of Years | 5 |
| Total Software Costs | $2,500,000 |
| **Software Annual Cost** | **$500,000** |

## 2.  Theranos savings[3] can be extrapolated across the entire development cycle.

| Trial Parameters | Client Compound | | Oncology Asset | |
|---|---|---|---|---|
| Phase II | 200-300 patients over 2 years | | 300-500 patients over 3 years | |
| Phase III | 1000 patients over 3 years | | 5000 patients over 7 years | |
| Comparative Trial Costs | Estimate[4] | Using Theranos[5] | Current Estimate | Using Theranos |
| Phase II | $10M - $15M | $7M - $10M | $23M - $38M | $15M - $25M |
| Phase III | $75M | $50M | $88M | $59M |
| Total Trial Costs | $85M - $90M | $56M - $60M | $110M - $125M | $74M - $84M |
| **Theranos Trial Acceleration Development Cost Savings** | | **$25M - $34M** | | **$26M - $41M** |

---

[3] Based on Theranos Client Compound Phase I savings and literature references.
[4] Christopher P. Adams and Van V. Brantner, 'MarketWatch: Estimating The Cost Of New Drug Development: Is It Really $802 Million?,' Health Affairs, 25, no. 2 (2006), pp. 420-428; Christopher Paul Adams and Van Vu Brantner, 'Spending on New Drug Development,' Health Economics, 2009
[5] Assumes Theranos accelerates trial timelines by 1/3.

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1537



### 3. By accelerating time to market, Theranos increases annual revenue.

| Potential Annual Revenue First Line Therapy | Increase in Revenue by accelerating studies by 12 months | Increase in Revenue by accelerating studies by 24 months |
|---|---|---|
| $3B | $3B | $6B |
| $1B | $1B | $2B |
| Potential Annual Revenue Second Line Therapy | | |
| $600M | $600M | $1.2B |
| $200M | $200M | $400M |

### 4. Theranos enables first line therapeutic approval by generating data on efficacy/response that differentiates comparative effectiveness.

| Assumptions: Patient Population | 200,000 | Case A | Annual Revenue |
|---|---|---|---|
| Quiescent | 50% | First Line Therapy – 50% of total market | $3B |
| Treated | 50% | First Line Therapy – 17% of total market | $1B |
| Target Population | 100,000 | Case B | |
| Annual Treatment Price Per Patient | $60,000 | Second Line Therapy – 10% of total market | $600M |
| Total Market Size | $6,000,000,000 | Second Line Therapy – 17% of total market | $200M |

### 5. Theranos prevents loss of revenue that results from patients stopping therapy, FDA interventions, and black box warnings, by ameliorating safety risks and demonstrating efficacy dynamics.

| Case A Projected Revenue First Line Therapy | Potential % Market Loss as a result of safety issues | Potential Revenue Gained by preventing safety issues |
|---|---|---|
| $3B | 50% | $1.5B |
| | 25% | $750M |
| $1B | 50% | $500M |
| | 25% | $250M |
| Case B Projected Revenue Second Line Therapy | | |
| $600M | 50% | $300M |
| | 25% | $150M |
| $200M | 50% | $100M |
| | 25% | $50M |

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1538



## Theranos Integrated Data Infrastructure

| Model Characteristics | THERANOS | Entelos | Pharsight (Pop PK/PD) | Internal Modeling / Company-specific modeling |
|---|---|---|---|---|
| Seamless integration of biomarker assays and modeling in a single system | ✔ | | | |
| Combination of inductive and deductive modeling | ✔ | | | |
| Iteration of multiple longitudinal samples | ✔ | | | |
| Continuous refitting and retuning | ✔ | | | |
| Accounts for dynamic interactions of multiple physiologies | ✔ | | | |
| Account for MOA and pathways of specific compounds | ✔ | | | |
| Dynamic modeling to account for all variables and multi-dimensionality of data | ✔ | | | |
| Can be used in multiple studies | ✔ | ✔ | ✔ | ✔ |
| Characterize key targets and associated pathway dynamics | ✔ | | | |
| May be used across multiple compounds in a given therapeutic area | ✔ | ✔ | ✔ | ✔ |
| Updates continually from customer repositories, which take in new literature | ✔ | | | |
| Powers more studies over time with increasing predictive power and accuracy | ✔ | | | |
| Links to other existing data programs and powers clinical trials | ✔ | ✔ | ✔ | |
| Secure, HIPAA-compliant web-based portals | ✔ | ✔ | ✔ | |
| Accessible to all users to follow study progress in real time | ✔ | | | |
| Real-time PK/PD modeling accelerates time to approval | ✔ | | | |
| **Pricing** | | | | |
| Includes infrastructure for future studies | ✔ | | | |
| Includes installation of the learning engine | ✔ | | | |
| Exclusive and protected access to client for any model it creates | ✔ | | | |
| Infrastructure designed for long-term use, model to be used for throughout compound lifecycle, allowing for amortization of costs | ✔ | | | |
| Includes broad patent protection around proprietary system | ✔ | ✔ | ✔ | |

THERANOS CONFIDENTIAL

{ DATE  \@ "d MMM yy" }

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1539



**Assay Development, Validation,
and Selected Clinical Results:
Theranos Systems**

Theranos, Inc.

This presentation and its contents are Theranos proprietary and confidential

FOIA Confidential Treatment Requested by R. Balwani



**theranos**
*redefining healthcare*

## Confidential Information Notification

Please note that this presentation is **STRICTLY CONFIDENTIAL** and discloses Theranos information *not in the public domain.*

The technology described is the subject of pending U.S. and international patents, which Theranos will actively enforce.

The information can only be provided to those covered by validly executed Confidential Disclosure Agreements on a need-to-know basis.

Theranos Confidential                                    This

FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1541


theranos
redefining healthcare

## Theranos Assay Libraries

Theranos Systems are platforms on which any assay run in a conventional lab can be rapidly transferred and run at equivalent or superior performance specifications through robotic automation of protocols and tools that are currently manually operated.

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1542


*theranos*
*redefining healthcare*

# Theranos Assay Libraries Examples

Immunoassays

Enzyme assays

- Direct assay measuring enzyme product
  - Serum APase
  - ALT

Direct assays for metabolites

- Glucose, cholesterol etc.
  - Using coupled-enzyme-based chemistry

Antigen assays

Theranos Confidential                                                  This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1543


**theranos**
*redefining healthcare*

## Range of Theranos' Automated Immunoassays

Macromolecular biomarkers

Antibodies and Antigens

Drug assays
- Macromolecular drug
  - Humanized Antibodies
  - Small molecule drugs (proprietary method)

Small molecules
- Hormones
- Small molecule drugs

Enzymes
- For example, ALT etc.
- Enzymes can be measured by immunoassays.
- Results correlate well with results of direct enzyme assays.
  - This approach was validated for CK and CKMB, among others.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1544



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1545



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1546



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1547



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1548



**Assay Steps
Automated in the Cartridge/Instrument**

This presentation and its contents are Theranos proprietary and confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1549



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1550



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1551



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1552



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1553



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1554



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1555



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1556


*theranos*
redefining healthcare

## Assays for Small Molecules

Assays use a different set of reagents, but the protocol and timing is identical to that for large molecules.

Assays for small molecules and large molecules can be multiplexed in the same cartridge.

Theranos Confidential                                              This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1557



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1558



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1559



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1560



## Stages of Development

Establish design goals for each multiplex.

Choose key reagents (antibodies).

Screen reagents/antibodies.

Develop assays within system.

Establish calibration scheme.

Produce, evaluate validation cartridge lots.

In-house validation exercise

Release product for customer use.

Field validation

Monitor performance of product in field.

Documentation

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1561



*theranos*
*redefining healthcare*

**Establish Design Goals for Each Multiplex**

Purpose of assays

Selection of analytes

Design of dilution scheme

Assay reportable range

Precision

Specificity

Other usual quality measures

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1562



## Choose Key Reagents (Antibodies)

### Commercially available antibodies

- Vendor information on:
  - Specificity
  - Affinity (where available)
  - Utility in sandwich assay configuration (Proteins)

### Proprietary antibodies

- Exclusive arrangements with vendors
- Theranos development programs

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani                                Balwani-1563



# General Design Goals

**Reportable range**
- Clinically relevant range
- Usually match predicate methods

**Specificity**
- Match predicate methods

**Accuracy**
- Match predicate methods

**Precision**
- CV < 10 % within most of reportable range

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1564


*theranos*
*redefining healthcare*

## Screen Reagents/Antibodies

Many candidate pairs are evaluated.

- Microtiterplate screens
  - Preliminary work
- Screens within the Theranos system
  - Sensitivity
  - Assay range
  - Stability
  - Clinical validity
  - Compatibility with plasma and blood
- As many as 30 candidate pairs are compared.

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1565



**Develop Assays Within System**

Theranos system works at controlled, elevated temperature.

Assays are performed on proprietary "capture elements."

- Equivalent to wells of MTPs

Development is performed using reagents and cartridges made and assembled by the operations group.

- Performance is representative of finished product.

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1566

 theranos
redefining healthcare

## Establish Calibration Scheme

1. Instruments are calibrated in a one-time exercise (optical and thermal).

2. Assay calibration is performed on a cartridge lot-specific basis.

3. Cartridge lot calibration is traceable to either:
   - Standard materials in a defined matrix
   - Selected predicate assay

4. Calibration generally is done with "aqueous" calibrators.
   - Authentic analytes in serum-like matrix
   - Up to eight calibrators
   - All analytes present
   - Calibrators stored frozen (stable)

Theranos Confidential                                                                        This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1567


theranos
redefining healthcare

# Calibration Scheme

5. Where matrix effects are significant, plasma-based calibrators are used.

6. Matrix effects are evaluated and defined.
   - Spiked serum, plasma and blood samples
   - Endogenous analyte concentration measured
   - Spike recovery established (one-time exercise)
   - Blood vs. plasma relationship established
     - In some cases, a clinical study is performed where special issues exist.

7. Calibration is performed on a cartridge lot basis.

8. The calibration function is proprietary and analyte-specific.

9. Calibration stability
   - Ongoing lot-lot comparison
   - Re-assay of archived standard samples

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani          Balwani-1568



## Instrument Calibration

Response to enzyme activity is measured in replicate at several levels over the linear range of the PMT.

Slope of the response characterizes the PMT and is used to convert the measured signal (counts) to that of the all-instrument average.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1569



## Instrument Calibration

Instruments once released are optically calibrated (one-time exercise).

Function is essentially identical across all calibrated instruments.

Instrument function is continuously monitored with data stored on the Theranos server.

Occasional optics recheck

Cartridge control data

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1570



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1571



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1572


theranos
redefining healthcare

## Instrument Calibration

Temperature is stable.

Temperature control example

Temperatures recorded at the time of assay were monitored for ten instruments at ten locations remote from Theranos laboratories (homes of clinical trial subjects) over a two-month period. The target temperature (34° C) was well maintained (114 measurements average 34.02° C +/- 0.22° C).

Theranos Confidential                                           This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1573



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1574



## Cartridge Lot Calibration Exercise

For each manufactured lot:
- Up to eight calibration levels
- Several instruments (usually three)
- Several replicates (usually three)
- About 60 cartridges/exercise
- Assays are typically done in duplicate within each cartridge and results averaged.

Data are fit to a calibration function.

Calibration is released against QC criteria.

Calibration is used for the measured life of the lot.

After lot expires, system will not use the cartridges.

Theranos Confidential                                                           This

FOIA Confidential Treatment Requested by R. Balwani                          Balwani-1575



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1576



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1577



**Calibration for Plasma**

<u>Case with a matrix effect and/or endogenous analyte</u>

If the sample dilution is large, we can usually ignore matrix effects and use "aqueous" (buffer-based) calibrators.

In a high sensitivity assay, which uses a low sample dilution, matrix effects are significant, and we calibrate by:

- selecting samples with low endogenous analyte.
- measuring endogenous analyte.
- calibrating against the sum of endogenous and exogenous (added) analyte.

Theranos Confidential                                    This

FOIA Confidential Treatment Requested by R. Balwani                   Balwani-1578



# Calibration Example

(where endogenous analyte complicates calibration for plasma)

## IL-6

This presentation and its contents are Theranos proprietary and confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1579



### Solution

Measure endogenous IL-6 in plasma samples using reference method.

Select those with the lowest IL-6.

Plot signal versus sum of endogenous + spike IL-6 and extrapolate to S0.

Calibrate using IL-6 spiked plasmas (2) and plotting signal versus the sum of endogenous and spiked IL-6.

Theranos Confidential                                                                              This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1580



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1581



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1582



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1583



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1584



FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1585



## Calibration for Blood

During the assay development process:

- Obtain several fresh blood samples.
  - Blood bank
- Measure endogenous analyte levels .
- Measure analyte spike recovery.
  - Multiple levels
- Determine extent of binding to formed elements.
  - Many analytes bind to RBCs.
  - Compare spike recovery in blood versus plasma separated from blood.

Theranos Confidential                                                          This

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1586



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1587



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1588



## Produce, Evaluate Validation Cartridge Lots

Produce three lots with different batches of raw materials.

Make and release several sub-lots for each lot over several days.

Combine released sub-lots for calibration.

Calibrate.

Calibration stability is monitored.

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1589



## Establishing Reportable Ranges

Range achievable for all cartridge lots.

Range is fixed for assay, NOT for individual lots.

Ranges for plasma and blood may be different.

LOD varies lot to lot but always < specified minimum.

Analyte level well above the highest reportable level is tested to verify no hook.

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1590



theranos
redefining healthcare

# In-House Validation Exercise Examples

This presentation and its contents are Theranos proprietary and confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1591



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1592



## Calibration Accuracy for Two Cartridge Lots

| Analyte | Conc. Target µg/mL | Conc. Recovered µg/mL Lot 1a | Conc. Recovered µg/mL Lot 1c | Recovery % Lot 1a | Recovery % Lot 1c |
|---|---|---|---|---|---|
| Protein-C | 6.0 | 5.9 | 6.1 | 99.0 | 101.6 |
| Protein-C | 4.0 | 4.0 | 3.9 | 101.1 | 96.6 |
| Protein-C | 2.0 | 2.0 | 2.1 | 98.8 | 103.2 |
| Protein-C | 1.0 | 1.0 | 1.0 | 100.2 | 98.8 |
| Protein-C | 0.0 | 0.0 | 0.0 | | |
| Protein-C Average | | | | 99.7 | 100.0 |
| CRP | 300.0 | 290.1 | 286.2 | 96.7 | 95.4 |
| CRP | 150.0 | 154.6 | 162.5 | 103.1 | 108.3 |
| CRP | 60.0 | 62.1 | 56.2 | 103.5 | 93.6 |
| CRP | 30.0 | 29.0 | 30.7 | 96.6 | 102.2 |
| CRP | 0.0 | 0.0 | 0.0 | | |
| CRP Average | | | | 100.0 | 101.4 |

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1593



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1594



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1595



## Limits of Detection for Three Cartridge Lots

| Analyte | Lot | LOD, µg/mL 95% conf |
|---------|-----|---------------------|
| Protein-C | 1a | 0.10 |
| Protein-C | 1c | 0.08 |
| Protein-C | 2 | 0.14 |
| CRP | 1a | 0.12 |
| CRP | 1c | 0.03 |
| CRP | 2 | 0.01 |

Theranos Confidential                                         This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1596



## Assay Precision (system wide)

Includes within cartridge lot and between instrument variation.

Three days, two instruments N = 6 cartridges at each analyte level.

| Analyte | Conc. µg/mL | Precision % CV Lot 1a | Precision % CV Lot 1c |
|---|---|---|---|
| Protein-C | 4.0 | 6.4 | 2.1 |
| Protein-C | 2.0 | | 0.8 |
| Protein-C | 1.0 | 8.1 | 0.9 |
| CRP | 150.0 | 6.4 | 0.9 |
| CRP | 60.0 | | 10.5 |
| CRP | 30.0 | 13.0 | 5.9 |

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1597



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1598



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1599



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1600



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1601



## Sample Dilution Linearity by Cartridge Lot

Repeat study with three cartridge lots.

If all lots give results within specifications, no further need to repeat the exercise, provided the chemistry is not changed.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1602


theranos
redefining healthcare

## Specificity

Obtain a list of possible cross-reactants.

- Literature
- Package inserts
- 510ks

For multiplexed assays, combinations of cross-reactants may be used.

Define likely upper levels of cross reactants.

Measure change in reported analyte concentration due to cross-reactants.

Define levels of cross-reactants causing > 10% change in reported analyte level.

Theranos Confidential                                                      This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1603



## Interfering Substances

Develop list of "usual suspects."

- Hemolysis, lipemia, icteria
- Rheumatoid factor, heterophile antibodies
- Any drugs or "unusual" substances likely to be in samples from particular clinical situations
  - For example, Avastin binds to VEGF

Determine likely upper level of interferents.

Use clinical samples with known high levels of interferents or spiked with interferent.

Determine level resulting in > 10% change in reported analyte level.

Theranos Confidential                                                            This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1604



**Assay Validation Timeline**

Multiplex: three analytes

One Chemist: 12 Instruments

Three cartridge lots

Time required: 30 days excluding stability studies

Stability studies: 90 days minimum

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1605


theranos
redefining healthcare

## Release Product for Customer Use

Theranos server remains in contact with all field units for all assays.

Logs of assay and control performance are monitored. Temperatures are recorded.

Changes in performance can be observed and rectified as needed.

Instruments or cartridge lots with possible malfunction can be swapped out.

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1606

 theranos
*redefining healthcare*

## Field Validation

Theranos Studies
- Informed consent
- IRB approval

Customers can also perform their own validation studies.

Archived clinical samples at company site

Controls

Fresh blood samples
- Fingerstick versus venous blood

Review of results with Theranos

Theranos Confidential                                                 This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1607



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1608



## Documentation

Workbook with primary data

Theranos results recorded on server.

Development report (FDA/ICH guidelines)

Customer evaluation reports

510k submissions

Publications

Theranos Confidential                                                   This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1609



# Regulatory Submissions

First applications are in preparation.

- Regulatory consultants

Approval for instrument

- Reader = Pipetting + Optical Detection + Temperature Control
- In effect, a micro-titration system

Approval for disposable

- Microtiterplate + Reagent kit equivalent

Specific assay multiplexes

- Where needed, a 510k will be filed for each

Theranos Confidential                                                                                      This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1610



## Manufacturing Quality Oversight

1. All cartridge and reader manufacturing is in-house at Theranos.

2. The Theranos Quality System is in place, as documented by our Quality Manual QM-00001 and Quality Systems Procedures.

3. Production processes use Standard Operating Procedures and Manufacturing Batch Records.

4. Quality Control in-process inspections are throughout the production processes.

5. Final outgoing QC is performed on Readers and Cartridges.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1611


*theranos*
*redefining healthcare*

## Manufacturing Quality Oversight

6. Inventory is controlled by a Quarantine and Release process.

7. The Purchasing SOP is used with lot traceability.

8. Employee training required for all production positions.

9. Formal Corrective And Preventive Action procedures in place.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1612



## Product Development Quality Oversight

Theranos Quality System for product development in place, as documented by our Quality Manual QM-00001 and Quality Systems Procedures.

Phased approach to product development and introduction.

Product Data Management system in place (Agile) and in use for product development, product revision control, and enterprise change orders.

Reader product regulatory testing and compliance
- FCC, EC, CE, UL, etc.

Product reliability testing
- Temperature, shock, vibration, etc.

Theranos Confidential                                            This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1613


*redefining healthcare*

# Controls

System can measure commercially available controls.

Cartridges contain high and low internal controls.

Assay results are released only if control performance meets specifications.

Cartridge and instrument performance is monitored (100%) by a Theranos server.

Any trends or changes in calibration are detected and remedial action taken if needed.

Results are only released to customers if system performance is in control.

Theranos Confidential                                                            This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1614



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1615



**Validation of Multiplexes**

No validation of Theranos multiplexed assays is required since:

- Reagents for each assay are physically separate.
  - No chemical cross-talk is possible.
- Each assay is read within a shielded optic.
  - No physical cross talk is possible.
- Dilution schemes are designed so that the diluent does not impact the assay if different multiplexes with any given assay are required.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1616


theranos
redefining healthcare

## Validation of Multiplexes

Analytes that cross react in samples

### Example: VEGF and sVEGFR2

- VEGF + VEGFR2 <> VEGF:VEGFR2
- Assay response is determined for individual analytes and mixtures.
- Assays are calibrated with analyte mixtures.

Drugs that react with analytes

### Example: VEGF and Avastin (an antibody)

- VEGF + AB <> VEGF:AB
- Impact of drug is established in field studies and/or assay validation.

Theranos Confidential                                                                This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1617



## Sample Re-analysis

### In customer validation exercises

- Sample archives are produced.
  - Samples stabilized by flash freezing.
  - In some cases stabilizing agent is added.
- Re-analysis at company and/or Theranos
  - Reference methods
    - In cases where there are discrepant results, more than one reference method is used.
  - Theranos system

### Monitoring subjects over time

- Some anomalies can be seen as a discontinuity in the time course.

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1618



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1619



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1620



### Antibodies to Small Molecule Drugs
### for use as Reagents for Immunoassays

This presentation and its contents are Theranos proprietary and confidential

FOIA Confidential Treatment Requested by R. Balwani



**Enabling Small Molecule Drug and Hormone Assays**

Immunoassays can be set up.

Antibodies must be available or have to be created.

Theranos Confidential                                                              This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1622


redefining healthcare

## Making Antibodies to Small Molecules

<u>Landsteiner</u>

Small molecules
- Covalently attached ("haptens")
- To "carrier" proteins
  - Albumin, IgG, KLH
  - High Hapten/Protein ratio
- Repeated immunization (hyperimmunization)
- Freunds' adjuvant

Evoke strong immune responses.

Monoclonal/Polyclonal antibodies can be made.

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1623



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1624


theranos
redefining healthcare

## Examples of Commercially Available Small Molecule Drug Immunoassays

| Drugs of Abuse/Toxicology | Therapeutic Drug Monitoring |
|---|---|
| Acetaminophen | Amikacin |
| Amphetamine/Methamphetamine | Carbamazepine |
| Barbiturates II U | Cyclosporine |
| Benzodiazepines | Digoxin |
| Benzodiazepines-Serum | Gentamicin |
| Cannabinoids | Methotrexate |
| Cocaine Metabolite | N-Acetylprocainamide |
| Methadone | Phenobarbital |
| Opiates | Phenytoin |
| Phencyclidine II (PCP) | Procainamide |
| Propoxyphene | Quinidine |
| REA Ethanol | Theophylline |
| Salicylate | Tobramycin |
| Tricyclic Antidepressants | Valproic acid |
| | Vancomycin |

Theranos Confidential                                                                This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1625


redefining healthcare

## Hapten Design

Inspect structures.
- Drug
- Metabolites, if known

Define which molecules are to be recognized by Ab.
- Do we want to see the metabolites?

Define structural elements likely to evoke Ab.

Select linking sites.
- Not important features
- Not in the middle of the molecule
- Best to have more than one

Design hapten or hapten precursor.
- Select linking chemistry
  - NHS-ester
  - Thiol-maleimide

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1626



## Why Two Haptens?

1. Antibody response is to protein-linker-hapten.

2. Anti-protein antibodies are screened out.
   - Screen against hapten conjugate of a protein different than that used as immunogen.

3. Some antibodies partly recognize linker.
   - Especially true in polyclonals.

4. Using second hapten to make reagent conjugates.
   - Enzyme-hapten in our case
   - No possibility of binding to linker in reagent.
   - For monoclonals, this is a lower concern.

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1627



## Why Two Haptens?

5. Making more than one hapten increases the chance of success.
   - Antibody production is a slow process.
   - By working in parallel with several options we greatly increase the success rate.

6. In many cases a single hapten can be used, however.

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1628



## Preparation of Haptens

Starting materials can be the drug or drug intermediates available from drug company.

Drug company may do some straightforward synthetic work.

Synthesis requiring only a few straightforward steps can be outsourced to local synthesis shops.

Activation (if needed) is done at Theranos.

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1629



## Activation of Hapten (if needed)

Thiol and maleimide haptens
- "Ready to go"

Carboxylic acid haptens
- Require activation as NHS-esters,
- If this is required, it is performed at Theranos.
- This must not destroy any antigenic features of the hapten.

Chemistry is:
- One-pot aqueous
- Performed in water miscible organic solvents.

Theranos Confidential                                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1630



## Hapten Synthesis

Consult with synthetic chemists.

Design synthetic routes (> 1 if possible).

Make hapten/activated haptens.
- Ideally, gram scale
- Need good purity

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1631



theranos
redefining healthcare

# Hapten Conjugation

R = hapten    P = Carrier protein or Enzyme

NHS (N-Hydroxy-Succinimide)-ester
- R-CO2H + EDCI + NHS ⟶ R-CONHS
- R-CONHS + P-NH2 ⟶ R-CONH-P

Thiol: Maleimide (Michael addition)

<u>Case 1</u>
- P-NH2 ⟶ P-NH ... Maleimide
- R-SH + P-NH ... Maleimide ⟶ R-P

<u>Case 2</u>
- R-Maleimide + P-SH ⟶ R-P

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1632



*theranos*
redefining healthcare

## Steps in Antibody Production

Similar process to that for making antibodies to protein antigens.

- Outsourced from Theranos
- Polyclonal and monoclonal programs
- Early screening at vendor
- Selection of candidate animals
- Fusions and cloning
- Clonal selection
- Strong candidates screened at Theranos in specific assay format.
- Bulk production (MCs 100 mg; PCs 10s of mLs)
- Clones stabilized and archived (two locations).

All materials and IP owned by Theranos (and Partner).

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1633



## Timeline

Hapten Design: Weeks

Hapten Synthesis: Weeks to three months

Hapten Conjugation: Days

Antibody Production: Six months

Theranos Confidential                                                      This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1634



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1635

 *theranos*
*redefining healthcare*

**The Target: Progesterone**

Progesterone measurements are made to evaluate fertility and menstrual cycle.

During the menstrual cycle, levels of progesterone in blood are low prior to ovulation and then rise to a peak of about 10 ng/mL.

During pregnancy, levels progressively rise, reaching 55-255 ng/mL in the third trimester.

In males, levels are generally low (< 1 ng/mL).

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani                                Balwani-1636

 *theranos*
redefining healthcare

## The Reagents

Surface:          PS:aMIgG:Mouse $\alpha$-Progesterone

Conjugate:        Progesterone-labeled Apase

Antibody to:      Progesterone

Immunogen:        Progesterone-11-BSA

Progesterone binds to red cells and plasma proteins, including steroid-binding-globulin and albumin.

The clinical correlation shown below is good evidence of the assay specificity and lack of significant interferences.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1637



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1638



## Proprietary Assays: Three Examples

Antibody drug
- Humanized monoclonal IgG antibody

Proprietary assays for cell death and liver toxicity
- M30 (apoptosis)
- M65

Obviously each assay is case-specific.

Theranos Confidential                                              This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1639



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1640



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1641



# Cell Death Assays

Apoptosis and liver toxicity
- M30

Cell Death and liver toxicity
- M65

Proprietary reagents

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1642



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1643



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1644



Multiplexed Assay Development Case Study
PK and PD Assays

This presentation and its contents are Theranos proprietary and confidential

FOIA Confidential Treatment Requested by R. Balwani



**Case Study Objective**

Provide a clinical assay system for time PK/PD profiling in plasma and whole blood samples from Phase 1 studies of an asthma drug.

PD analytes selected by drug company:
- TARC
- ENA -78
- RANTES
- Eotaxin
- IgE

Proprietary assay for drug
- Key reagents provided by company.

Theranos Confidential                                            This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1646

 theranos
redefining healthcare

## Assay Formats

PD assays
- Two antibody sandwich ELISA
- Biotinylated capture antibody on the solid phase
- Analyte and detection antibody in solution phase
- Detection antibody is Alkaline Phosphatase labeled.

PK assay: Analyte: Asthma drug, humanized antibody (IgG)

Capture reagent: anti-idiotype provided by Company

Detection antibody: anti-human IgG

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1647



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1648



## Steps in Assay Development

|   | Experiment | Information desired |
|---|---|---|
| 1 | MTP screen | Summary information of screens, 4 point curves |
| 2 | Theranos screen | Summary information of screens, 6 point curves |
| 3 | Plasma Screen | Initial screens with spiked plasma summary |
| 4 | Whole Blood Screen | Screen normal blood to see ranges. |
| 5 | Capture titration | Show table with selected level and higher/lower levels. |
| 6 | Detection titration | Show table with selected level and higher/lower levels. |

Theranos Confidential                                          This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1649


theranos
redefining healthcare

## Steps in Assay Development

| | Experiment | Information desired |
|---|---|---|
| 7 | Incubation screens | Compare different incubation times. |
| 8 | Sample dilution screens | Different dilution effects |
| 9 | Precision tests | 3 day inter and intra assay results with standard curve |
| 10 | % CV | Mid range analyte on 24 cartridges |
| 11 | Control comparison | Run our controls on kit and vice versa. |
| 12 | Dilution linearity | Serial dilution of high samples in buffer and sera |

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1650


theranos
*redefining healthcare*

## Steps in Assay Development

|    | Experiment | Information desired |
|----|-----------|---------------------|
| 13 | Whole blood spike recovery | Show calibration of tips as well as calculated concentrations. |
| 14 | Plasma spike recovery | Show calibration of tips as well as calculated concentrations. |
| 15 | Training set sera | Results on commercial kit and Theranos |
| 16 | Stability | All results summarized in table. |
| 17 | Matrix effects | Test spikes in hemolysed or lipemic samples if available. |
| 18 | Clinical samples | Spanning the range, show correlation with kit. |

Theranos Confidential                                                                This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1651

 theranos
redefining healthcare

# Antibody Screening Summary

Antibody screening on 384 well MTP.

Each antibody is conjugated to test as capture (biotin) and detection (Alk. Phos.) reagents.

Each capture antibody is tested against all available detection antibodies with a 4 - 6 point standard curve spanning the assay range.

Initial testing in Assay buffer followed by finalization of the pair in Plasma/Whole blood.

| Assay | # of Antibody Pairs Tested | # of Pairs Response Seen |
|---|---|---|
| RANTES | 121 | 18 |
| TARC | 11 | 11 |
| ENA-78 | 25 | 11 |
| Eotaxin | 36 | 2 |
| IgE | 16 | 12 |
| Drug | 2 | 2 |

Theranos Confidential                                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1652



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1653



## Assay Ranges

Theranos assay ranges are determined on the basis of

- normal and disease state levels from Literature
- reference assays
- customer requirements

|   | Assay | Range | Units |
|---|-------|-------|-------|
| 1 | TARC | 15 - 2000 | pg/mL |
| 2 | ENA-78 | 23 - 6000 | pg/mL |
| 3 | Eotaxin | 25 - 1000 | pg/mL |
| 4 | RANTES | 0.5 - 500 | ng/mL |
| 5 | IgE | 25 - 2400 | ng/mL |
| 6 | Drug | 0.1 - 2000 | µg/mL |

Theranos Confidential                                                          This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1654



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1655



**Capture Antibody Titration for Eotaxin**

Generally, assay response is not very sensitive to capture Antibody load (Ab is in excess over Ag).

SUMMARY

| CAB, µg/mL | 20 | 10 | 5 | 2.5 |
|---|---|---|---|---|
| S/B_StD 1/6 | 229 | 240 | 166 | 206 |
| S/B_StD 5/6 | 7.7 | 8.0 | 7.2 | 6.9 |
| Avg CV | 9 | 11 | 11 | 11 |
| Slope | 626 | 653 | 739 | 483 |
| Avg StDev | 1971 | 2761 | 1878 | 2216 |
| LOD, pg/mL | 6.30 | 8.46 | 5.08 | 9.18 |

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1656



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1657



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1658



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1659



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1660



## Protocol Optimization

Effect of post sample wash: TARC

In this case no benefit was seen.

| Spiked Blood | No post sample wash | | | Post sample wash | | |
|---|---|---|---|---|---|---|
| pg/mL | Mean RLU | StDev | CV % | Mean RLU | StDev | CV % |
| 0 | 3751 | 560 | 14.9 | 3382 | 113 | 3.3 |
| 25 | 4149 | 148 | 3.6 | 3890 | 0 | 0.0 |
| 74 | 5200 | 9 | 0.2 | 4873 | 200 | 4.1 |
| 222 | 8904 | 974 | 10.9 | 8671 | 126 | 1.5 |
| 667 | 23728 | 2398 | 10.1 | 16892 | 1178 | 7.0 |
| 2000 | 69542 | 2053 | 3.0 | 52497 | 5049 | 9.6 |
| Avg CV % | 7 | | | 5 | | |
| Slope | 20 | | | 20 | | |
| Avg StDev | 239 | | | 157 | | |
| LOD, pg/mL | 24 | | | 16 | | |

Theranos Confidential                                                                   This

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1661


theranos
redefining healthcare

# Whole Blood Screen

Whole blood and plasma are screened:
- to determine endogenous level of analyte
- to obtain low endogenous samples to use for spiking experiments

A minimum of 25 samples screened.

Assay Buffer Standard curve is used to calculate analyte level.

Blood spun down and plasma recovered and tested.

| | Assay | Units | Assay Range | Blood Screen Range |
|---|---|---|---|---|
| 1 | TARC | pg/mL | 15 - 2000 | 20 - 266 |
| 2 | ENA-78 | pg/mL | 23 - 6000 | 270 - 1200 |
| 3 | Eotaxin | pg/mL | 25 - 1000 | 272 - 1070 |
| 4 | RANTES | ng/mL | 0.5 - 500 | 12.3 - 465 |
| 5 | IgE | ng/mL | 25 - 2400 | 4 - 153 |
| 6 | Drug | µg/mL | 0.1 - 2000 | 0 – 0.14 |

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1662


theranos
*redefining healthcare*

## Whole Blood Spike Recovery

Since the asthma panel will be used for real-time profiling of whole blood and plasma samples, it is important to evaluate the following:

- Matrix effects due to whole blood and plasma
- Interaction of red blood cells with analyte
- Hematocrit effect

Analyte was spiked at multiple levels across the range of the assay into whole blood (with known endogenous level) and spike recovery calculated.

Plasma spun down from the spiked blood was tested for hematocrit effect.

An assay buffer calibration was used to estimate recovery.

Theranos Confidential                                                          This

FOIA Confidential Treatment Requested by R. Balwani                                  Balwani-1663


theranos
redefining healthcare

# Analyte Recovery, %

For the PD assays, some low recovery values in plasma recovered from blood are due to analyte binding to formed elements.

In the PK assay, high recovery in plasma recovered from spiked blood is due to the impact of red cells occupying a significant fraction of the sample volume.

Note: These effects are accounted for in calibration.

|   | Assay | Spiked Whole Blood | Plasma from Whole Blood | Spiked Plasma |
|---|-------|--------------------|-------------------------|---------------|
| 1 | TARC | 73 | 70 | 84 |
| 2 | ENA-78 | 91 | 35 | 80 |
| 3 | Eotaxin | 91 | 43 | 95 |
| 4 | RANTES | 76 | 24 | 67 |
| 5 | IgE | 83 | | 88 |
| 6 | Drug | 85 | 169 | 111 |

Theranos Confidential                                              This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1664



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1665



## Spike Recovery: Drug

Blood and plasma have little to no effect on assay response.

Drug conc. in plasma from spiked blood is higher due to hematocrit ($C_{plasma} = C_{blood}*(100/(100-\%HCT))$).

Drug does not bind to red cells.

This effect is accommodated in the calibration process.

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1666



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1667


theranos
redefining healthcare

## Assay Precision Within One Cartridge Lot for Multiple Instruments

One analyte level in the mid range of the assay was run on 24 instruments to determine the mid-range coefficient of variation (%CV).

Each assay can be performed in duplicate within each cartridge.

The results shown here apply to singlicate assays.

If two replicates per assay within each cartridge are used (as is usual), CV values are 1.3x lower.

Most CVs are then < 10%.

| | Assay | % CV |
|---|---------|------|
| 1 | TARC | 10.8 |
| 2 | ENA-78 | 13.5 |
| 3 | Eotaxin | 12.0 |
| 4 | RANTES | 11.7 |
| 5 | IgE | 12.8 |
| 6 | Drug | 12.0 |

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani                                   Balwani-1668


theranos
redefining healthcare

## Precision for Three Lots of Reagents

Three lots of cartridges were used to create a standard curve.

% CV of signal were determined.

Conc. CVs and signal CVs are almost equal for most of the response.

Samples were assayed in replicate on multiple instruments (N = 3).

CVs across the range of the assay (6 levels) were averaged.

If replicate assays are done within each cartridge, CVs are reduced by 1.3-fold.

|   | Assay | Inter | Intra |
|---|-------|-------|-------|
| 1 | TARC | 6 | 13 |
| 2 | ENA-78 | 6 | 16 |
| 3 | Eotaxin | 3 | 12 |
| 4 | RANTES | 9 | 14 |
| 5 | Drug | 7 | 11 |

Theranos Confidential

This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1669


theranos
redefining healthcare

## Dilution Linearity

Dilution linearity of the assays was tested by either spiking in the analyte at the maximum level into plasma and serially diluting or using a low endogenous clinical sample to serially dilute a known (high) clinical sample.

Average recovery across the calibration is presented.

| | Assay | % Recovery |
|---|---|---|
| 1 | TARC | 98 |
| 2 | ENA-78 | 116 |
| 3 | Eotaxin | 103 |
| 4 | RANTES | 120 |
| 5 | IgE | 86 |
| 6 | Drug | 89 |

Theranos Confidential                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1670



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1671



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1672


*redefining healthcare*

## Maximum Analyte Range

High levels of analyte *beyond the reported Theranos range* were spiked into either assay buffer, whole blood or plasma to determine the upper range of the assay and to check for hook effect.

None were observed.

| | Assay | Units | Reported range | Highest level tested |
|---|---|---|---|---|
| 1 | TARC | pg/mL | 15 - 2000 | 51,200 |
| 2 | ENA-78 | pg/mL | 23 – 6000 | 24,000 |
| 3 | Eotaxin | pg/mL | 25 – 1000 | 6400 |
| 4 | RANTES | ng/mL | 0.5 – 500 | 2000 |
| 5 | IgE | ng/mL | 25 – 2400 | 12,150 |
| 6 | Drug | µg/mL | 0.1 - 2000 | 4000 |

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1673



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1674



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1675



## Matrix Effects

The effect of spiking analytes into various potentially interfering matrices like hemolyzed blood and lipemic plasma was tested.

Multiple levels of analyte across the assay range were tested.

Percent recovery calculated against an assay buffer curve.

No impact of the matrices tested was seen.

|   | Assay | Hemolyzed blood | Lipemic serum |
|---|-------|-----------------|---------------|
| 1 | TARC | 100 | 119 |
| 2 | ENA-78 | 105 | 123 |
| 3 | Eotaxin |  | 90 |
| 4 | RANTES | 65 | 58 |
| 5 | IgE | 104 | 83 |
| 6 | Drug | 99 | 94 |

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1676



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1677



## Cartridge/Reagent/System Stability

1. Stability for capture surfaces (reaction tips and reference) tested for a 12-week period for storage at 4° C and room temperature. Tips are stored in sealed bags containing desiccant.

2. Stability for detector antibody in working concentration in Alkaline phosphatase stabilizer tested over a period of 12 weeks for storage at 4° C and room temperature.

3. A 4 point standard curve spanning the assay range is used.

4. Several instruments are used.

5. Analyte standards are pre-made for the entire study, aliquoted and flash frozen for single time use.

Theranos Confidential                                                              This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1678


theranos
redefining healthcare

## Cartridge/Reagent/System Stability

6. Integrated/multiplexed cartridges released to customers are monitored for stability over their useable life.

7. Studies are ongoing.  No calibration instability has yet been observed.  Examples are given below for a study in progress.

8. Log scale is used to allow visualization of the assay response over the very wide dynamic ranges.

9. Note: these programs demonstrate stability of reagents, cartridges and instruments.

Theranos Confidential                                                              This

FOIA Confidential Treatment Requested by R. Balwani                 Balwani-1679



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1680



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1681



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1682



FOIA Confidential Treatment Requested by R. Balwani

 *theranos*
*redefining healthcare*

## Multiplex: Combinations

The following multiplexes have been tested using duplicate assays (two tips) for each analyte.

Other configurations are possible including six analytes on each cartridge.

**Multiplex 1**

|   | Assay | Sample dilution |
|---|-------|-----------------|
| 1 | ENA-78 | 10x |
| 2 | IgE | 10x |
| 3 | Drug | 8000x |

**Multiplex 2**

|   | Assay | Sample dilution |
|---|-------|-----------------|
| 1 | Eotaxin | 5x |
| 2 | TARC | 5x |
| 3 | RANTES | 200x |

Theranos Confidential                                        This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1684


theranos
redefining healthcare

**Assay Validation:**
**Correlation with Predicate Methods**

PD Assays (TARC, RANTES, ENA-78, Eotaxin, IgE)
- 20 or more serum samples
- Samples were from Asthmatic subjects
- Correlation against reference assays from R&D systems

PK Assay 10 samples

Drug was spiked into pooled serum from asthmatics.

Enzymatic Assay (Glucose)

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1685



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1686



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1687



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1688



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1689



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1690



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1691



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1692



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1693



**Clinical Studies**

- Monitoring AML patients in chemotherapy

- Monitoring osteoporosis therapy

- Monitoring metabolic processes and therapy using hormone assays

- Monitoring cancer therapy

- Fertility marker study

Theranos Confidential                                                                    This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1694



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1695



## Monitoring AML Patients in Chemotherapy

Hospitalized patients

All become febrile.

Many progress to sepsis.

Anticipating progression to sepsis would be of great value.

Use of broad spectrum antibiotics is dangerous.
- Development of drug resistance in hospital
- Side effects in patients

Seventeen patients were monitored using the Theranos System over about 30 days.
- Four became septic.

Theranos Confidential                                                      This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1696


**theranos**
*redefining healthcare*

## Monitoring AML Patients in Chemotherapy

Biomarker measurements enabled prediction of progression to sepsis.

Multiplexed measurements of Protein-C, and CRP were made in about 1000 blood samples.

Multiplexed IL-6, TNFα and CRP were made on a subset of plasma samples.

In some cases, laboratory assays of other analytes were made in archived plasma to identify other useful markers.

Going forward, an optimal candidate set of markers has been selected for large-scale clinical studies of prediction of sepsis.

Theranos Confidential                                                      This

FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1697



## Results Independent of Blood Sample Volume > 15 µL

System is designed to use a 25 µL sample.

Sample transfer device automatically collects and delivers a 25 µL sample (blood, plasma, serum) to the disposable.

System then uses a smaller (precisely metered) volume.

System works even if the sample volume delivered to the disposable is less than the target volume.

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1698



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1699



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1700



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1701



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1702



FOIA Confidential Treatment Requested by R. Balwani
Balwani-1703



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1704



**Diagnosis of Sepsis**

IL-6 > 5 ng/mL was correlated with severity of infection.

Note: some IL-6 levels were in the µg/mL range.

IL-6 spikes were sometimes so rapid they would have been missed on a regular blood sampling schedule (twice per day).

Theranos system facilitates more frequent analysis.

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1705



## Anticipating Sepsis

Using a combination of changes in three markers, which can be measured in a Theranos multiplex, sepsis can be predicted in 4/4 patients.

0/11 non-septic subjects were negative by the proprietary algorithm used.  (2 subjects were not evaluable.)

| Patient | Criterion | Days (Marker to Diagnosis) |
|---|---|---|
| 1 | Marker 1 | 2.2 |
| 1 | Marker 2 | 0.8 |
| 1 | Fever | 0.0 |
| 4 | Marker 1 | 0.2 |
| 4 | Marker 2 | 1.1 |
| 4 | Marker 3 | 0.9 |
| 4 | Fever | 0.0 |
| 12 | Marker 2 + Fever | 2.0 |
| 12 | Fever | 2.0 |
| 15 | Marker 1 | 0.5 |
| 15 | Fever | 0.1 |

Theranos Confidential

This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1706



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1707



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1708


*theranos*
redefining healthcare

## Monitoring Osteoporosis Therapy

Patients were given an osteoporosis drug.

Samples were collected prior to and after the drug administration.

Retrospective study using a Theranos inflammatory marker multiplex (IL-6, TNF$\alpha$, and CRP) using archived plasma samples from the drug company.

All assays showed good correlation with predicate methods and demonstrated a lower limit of detection.

Patients could be classified according to the results.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1709



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1710



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1711

*theranos*
redefining healthcare

## Inflammatory Marker 2 – TNFα

For each subject, the time course of biomarker changes was monitored.

Results from the Theranos System tracked well with those of a predicate method.

There were very great differences in the magnitude of the peak response between patients.

LOD = 0.65 pg/mL
Range = 0.65 pg/mL-15,000 pg/mL



Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1712



**Inflammatory Marker 3 – CRP**

For each subject, the time course of biomarker changes was monitored.

Results from the Theranos System tracked well with those of a predicate method.

There were very great differences between patients in both the kinetics and magnitude of the response.

LOD = 0.06 ⌠g/mL
Range = 0.06 µg/mL-250 µg/mL

Theranos Confidential                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1713



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1714



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1715



**Monitoring Metabolic Processes and Therapy Using Hormone Assays**

This presentation and its contents are Theranos proprietary and confidential

177

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1716

 *theranos*
redefining healthcare

## Monitoring Metabolic Processes and Therapy

In several validation studies, GLP-1(active), GLP-1 (inactive) and C-Peptide were measured by the Theranos System.

- Glucose challenge
- Glucose clamp + two levels of GLP-1 infusion

Results

- Theranos GLP-1 (active) results correlated with the most sensitive predicate method but not with the most well-known assay, which was too insensitive for comparisons to be made.
- Theranos C-peptide results correlated well with those of a predicate method.
- No predicate GLP-1 (inactive) assay which is sensitive enough was available.
- Major differences in magnitude and kinetics of the biomarker responses among patients were observed, enabling classification.

Theranos Confidential                                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1717



FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1718



## Characterizing C-Peptide in Metabolism

1. C-peptide is a peptide that is made when proinsulin is split into insulin and C-peptide. They split before proinsulin is released from endocytic vesicles within the pancreas – one C-peptide for each insulin molecule.

2. C-peptide binds to a receptor at the cell surface and activates signal transduction pathways that result in stimulation of Na+, K+ATPase and endothelial nitric oxide syntheses (eNOS), both of which are enzymes with reduced activities in type I diabetes.

3. C-peptide functions in repair of the muscular layer of the arteries.

Theranos Confidential                                            This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1719


*theranos*
redefining healthcare

## Characterizing C-Peptide in Metabolism

4. C-peptide also exerts beneficial therapeutic effects on many complications associated with diabetes mellitus, such as diabetic neuropathy and other diabetes-induced ailments.

5. In the kidneys, C-peptide prevents diabetic nephropathy, and in the heart, blood flow is improved in diabetic patients.

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1720



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1721



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1722



**Monitoring Hormone Levels**

May enable classification of subjects
- Propensity to diabetes
- Response to food
- Response to drugs

Serial measurements provide superior classification means.

Theranos System is a powerful, convenient means for serial measurements of several biomarkers in non-laboratory settings.

Large-scale studies of variation in human response to hormone or glucose challenge may lead to screening method for diabetes risk and monitoring of novel drug therapies for diabetes.

Theranos Confidential

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1723



## Effect of Diabetes-Associated Gene Variation on Glucose Metabolism in Humans

Study conducted in collaboration with a major academic medical institution.

- 190 normal, non-diabetic patients not on drug therapy
- 7 timepoints per patient (-5,10,20,30,60,90,120 minutes)
- 75g oral glucose tolerance test (OGTT)
  - Administered at T = 0 min

Samples assayed in the Theranos System for both active and inactive GLP-1 levels.

- Multiplexed assays

Major differences between subjects were observed in both the speed and magnitude of responses.

Analysis of response patterns enables classification of subjects.

Theranos Confidential                                                                     This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1724



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1725



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1726



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1727



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1728



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1729



**Impact of Genetic Variation in GLP-1R
on Response to Active GLP-1**

Study conducted with Academic Partner.
- 100 patients (normal, healthy, not on drug therapy)
- 12 time points per patient
  - 0,10,30,60,90,120,130,150,180,190,220,240 min
- Glucose clamp: 150 mg/dL
- Active GLP-1 infusions
  - 120-180 min 0.75 pmol/kg/min
  - 180-240 min 1.55 pmol/kg/min

Samples assayed for active GLP-1 on the Theranos System (3,740 cartridges total).

Subjects differed significantly in kinetics and magnitude of response.

Analysis correlating response characteristics with genotype is being published.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1730



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1731



## Conclusions

Theranos Systems enable classification of subjects based on response profiles.

Studies enabled groups of subjects to be identified by kinetic differences.

Major differences in the intensity of the response to glucose or active GLP-1 were noted between subjects.

Hormone response to glucose in study 1 has been modeled.

Theranos Confidential                                              This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1732



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1733



*theranos*
redefining healthcare

## Monitoring Cancer Therapy

Patients undergoing outpatient anti-angiogenic chemotherapy for solid tumors

Several different drug combinations were used.

Study used systems placed in clinics and patient homes (Tennessee).

Finger-stick and venous blood samples

Plasma samples

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1734



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1735



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1736



## Accuracy of Calibration and LOD

| VEGF pg/mL | Recovery % | VEGFR2 pg/mL | Recovery % | PLGF pg/mL | Recovery % |
|---|---|---|---|---|---|
| 10000 | (100) | 10560 | (100) | 780 | 100 |
| 2970 | 102 | 7920 | 93 | 312 | 88 |
| 990 | 95 | 5280 | 101 | 156 | 103 |
| 297 | 105 | 3960 | 105 | 47 | 106 |
| 100 | 109 | 2640 | 98 | 16 | 92 |
| 30 | 150 | 1320 | 101 | 5 | 99 |
| 10 | 101 | | | | |

| Analyte | LOD, pg/mL |
|---|---|
| VEGF | < 20 |
| VEGFR2 | < 200 |
| PLGF | < 20 |

Theranos Confidential                                                                 This

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1737


theranos
redefining healthcare

## Analytes That Bind to Other Species

One drug used for some patients in the study was
Avastin which binds to one of the analytes: VEGF.

The Theranos assay is not greatly impacted by
Avastin, whereas the reference assay response was
almost completely blocked, as shown by the spike
recovery study below.

Theranos assays can be configured to respond to
both free and bound forms of analytes.

| Avastin Present | VEGF average, pg/mL Ref | VEGF average, pg/mL Theranos | VEGF spike recovery, % |
|---|---|---|---|
| N | 149 | 588 | 66.5 |
| Y | 136 | 8359 | -1.3 |

Theranos Confidential                                                        This

FOIA Confidential Treatment Requested by R. Balwani                                        Balwani-1738



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1739



**Studies of Cell Death**

Drug company study as a preliminary to monitoring cancer therapy

Fresh blood samples

Normal subjects were monitored for M30 and M65.

Males monitored:
- before exercise
- after exercise

Females monitored:
- pre-menopause, including impact of cycle
- post-menopause

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani
Balwani-1740



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1741



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1742



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1743



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1744



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1745



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1746



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1747



FOIA Confidential Treatment Requested by R. Balwani

Balwani-1748



## Conclusions

1. The assay system enables up to six multiplexed assays in a single cartridge.

2. Assays have a very wide dynamic range.

3. Assay precision is good.

4. Blood, plasma, serum and controls can be used.

5. Sample volume required is small.

6. Many types of analytes can be measured.

7. Many assays have been developed.

8. Assay performance matches best clinical assays.

Theranos Confidential                                                    This

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1749



## Conclusions

9.  Results correlate well with predicate methods.

10. Instrument calibration is stable.

11. Factory calibration is stable over cartridge lot lifetime.

12. The system has been successfully tested in many clinical studies.

Theranos Confidential                                                This

FOIA Confidential Treatment Requested by R. Balwani                Balwani-1750



**Theranos Assay System Validation Summary Report**
**GIP Assay**

<u>Assay Specification</u>:  The assay is designed to measure active GIP in human and selected animal blood, plasma and serum.  Reportable ranges and limits of detection are:

| Sample type | LOD (pg/mL) – 95% conf. | Low (pg/mL) | High (pg/mL) |
|---|---|---|---|
| Human plasma | 1.4 | 2 | 2000 |
| Human serum | 1.4 | 2 | 2000 |
| Human blood | 2.0 | 3 | 3000 |

<u>Calibration</u>:  Assay calibration is traceable to authentic human GIP.

<u>Specificity</u>:  The antibody pair used in this assay is specific to human, rat and mouse GIP and does not significantly cross react with Glucagon, Oxynlomodulin, GLP1, and GLP2

<u>Precision</u>:  Replicate measurements were made for 13 serum and plasma samples (Analyte range: 26 – 1663 pg/mL) in two Theranos instruments.  Total CV across cartridges and instruments averaged 6%.

<u>Accuracy</u>:   Thirteen serum and plasma samples from diabetic human subjects were analyzed in a commercially available reference assay and the Theranos system with the following results:

Analyte range: 26 – 1663 pg/mL
Theranos (y) = 0.8081 Ref (x) - 20.2; $R^2$ = 0.9962

Note that the system could be calibrated to match the predicate assay results so the slope of the regression would be 1.00.

<u>Dilution linearity</u>:  GIP in a serum-like matrix was diluted to several target levels and measured.  Recovery of analyte is reported below.

| GIP target (pg/mL) | GIP result (pg/mL) | Analyte recovery (%) |
|---|---|---|
| 15 | 13.1 | 87.1 |
| 120 | 130.3 | 108.6 |
| 940 | 985.3 | 104.8 |

<u>Interfering substances</u>:  None evident from clinical studies <work in progress>.

CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1751



**Theranos Assay System Validation Summary Report**
**GLP-1 Assay**

Assay Specification:  The assay is designed to measure active GLP-1 in human and selected animal blood and plasma.  Reportable ranges are:

| Sample type | Low (pM) | High (pM) |
|---|---|---|
| Human plasma | 0.5 | 125[1] |
| Human blood | 0.6 | 150 |
| Dog plasma | 6.0[2] | 600 |

Specificity:  The assay measures human and animal GLP-1(7-37) and GLP-1(7-36) amide and has <0.2% cross-reactivity with GLP-1(1-37), GLP-1(9-36) amide, glucagon, human GIP and exendin-4.  Human GLP-2 cross-reacts approximately 1%. The assay has also been calibrated for active GLP-1 of other species (for example, dog).

Calibration:  Assay calibration is traceable to authentic synthetic *active* GLP-1.  The assay is calibrated to provide results equivalent to those of a reference commercially available immunoassay for the same analyte.

Precision:  Plasma samples were assayed in replicate (N = 4) on multiple instruments (N = 6).  Assay *concentration* CV is constant over the range 5 – 125 pM.

|   |   |
|---|---|
| Inter-run (on one instrument) CV: | 7.6 % |
| Inter-instrument CV: | 4.4 % |
| Total CV (any cartridge, any instrument): | 8.7 % |
| Day-day CV = Inter-run CV | |

Sensitivity: Limit of detection in plasma (95% confidence) = 0.5 pM

Accuracy:  The assay was used for eight dog plasma samples having GLP-1 levels ranging from 6 – 600 pM with the following results:

Theranos (y) = 1.0088*Reference method (x) - 0.78; R = 0.999.
$R^2$ = 0.9989.  The difference between the system and reference results was less than 10% for all samples.

Dilution linearity:  Two plasma samples were spiked with GLP-1 then diluted to the specified target concentrations with the results shown below.  The GLP-1 values from the system agree within < 7 % of the target.

| Target level (pM) | Result Plasma 1 | Result Plasma 2 |
|---|---|---|
| 62.5 | 59.9 | 67.1 |
| 15.6 | 15.8 | 14.9 |

Interfering substances:  None evident from clinical studies <work in progress>.

---

[1] The assay is linear to much higher levels (as shown by the results with dog plasma), but the initial calibration for human plasma was to 125 pM.  It is expected that the assay will be able to measure up to at least 600 pM.
[2] No lower samples were available for calibration; the assay is expected to be able to measure down to 0.5 pM.

CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1752



**Theranos Assay System Validation Summary Report**
**Human IL-6 Assay**

<u>Assay Specification</u>:  The assay is designed to measure active IL-6 in human blood, plasma and serum.
Reportable ranges and limits of detection are:

| Sample type | Low (pg/mL) | High (pg/mL) |
|---|---|---|
| Human plasma | 0.1 | 1156 |
| Human serum | 0.1 | 1156 |
| Human blood | 0.1 | 1156 |

<u>Specificity</u>:  This assay recognizes both natural and recombinant human IL-6 and does not significantly
cross react with human IL-6 sR, IL-6 sR/sgp130, IL-9, IL-10, IL-11, IL-12, IL-12/23 p40, LIF, LIF R, or
CD40 Ligand.

<u>Precision</u>: 8 samples were assayed in replicate (N = 3) on multiple instruments (N = 2).

| | |
|---|---|
| Inter-run (on one instrument) CV: | 5.7 % |
| Inter-instrument CV: | 3.8 % |
| Total CV (any cartridge, any instrument): | 7.0 % |
| Day-day CV = Inter-run CV | |

<u>Sensitivity</u>: Limit of detection in plasma (95% confidence) = 0.13 pg/mL

<u>Dilution linearity</u>:  Five plasma samples were spiked with IL-6 then diluted to the specified target
concentrations with the results shown below.  The IL-6 values from the Theranos system agree within
<10% of the target.

| Plasma Sample | Target (pg/mL) | Result (pg/mL) |
|---|---|---|
| 1 | 1157.3 | 1053.6 |
| | 232.7 | 242.5 |
| | 59.3 | 57.9 |
| | 13.1 | 11.8 |
| | 5.4 | 4.8 |
| | 3.4 | 3.3 |
| | 2.5 | 2.2 |
| 2 | 1155.8 | 1171.3 |
| | 231.2 | 253.7 |
| | 57.9 | 58.4 |
| | 11.7 | 10.5 |
| | 4.0 | 4.3 |
| | 2.0 | 2.1 |
| | 1.1 | 1.0 |
| 3 | 2.4 | 2.6 |
| | 1.4 | 1.4 |
| 4 | 3.0 | 2.9 |
| | 2.0 | 2.0 |
| 5 | 3.1 | 3.1 |
| | 2.1 | 2.0 |

<u>Interfering substances</u>: The assay was tested for Rheumatoid Factor interference.  No interference from
Rheumatoid Factor occurred.

CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1753



**Theranos Assay System Validation Summary Report**
**Human TNF-α Assay**

<u>Assay Specification</u>:  The assay is designed to measure active TNF-α in human blood, plasma and serum.  Reportable ranges and limits of detection are:

| Sample type | Low (pg/mL) | High (pg/mL) |
|---|---|---|
| Human plasma | 1.6 | 17,662 |
| Human serum | 2.0 | 17,662 |

<u>Specificity</u>:  This assay recognizes both natural and recombinant human TNF-α and does not significantly cross react with human: TNF-β, TNF RI, TNF RII, and TNF RII/Fc Chimera. It does not cross react with mouse, rat or canine TNF-α.

<u>Precision</u>:  8 samples were assayed on multiple instruments (N = 3).
          Inter-instrument CV:         6.4 %
          Total CV (any cartridge, any instrument):   6.4 %

<u>Sensitivity</u>: Limit of detection in plasma (95% confidence) = 1.3 pg/mL.

<u>Dilution linearity</u>:  A pooled plasma sample was spiked with TNF-α then diluted to the specified target concentrations with the results shown below.  The TNF-α value from the Theranos system agree within <10% of the target.

| Target (pg/mL) | Result (pg/mL) |
|---|---|
| 422.1 | 433.1 |
| 85.7 | 86.6 |
| 22.6 | 21.6 |
| 8.6 | 8.6 |
| 4.0 | 4.3 |
| 1.6 | 1.6 |

<u>Interfering substances</u>: The assay was tested for Rheumatoid Factor interference.  No interference from Rheumatoid Factor occurred.

CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani



**Theranos Assay Library**

The following assays can be customized into multiplexed point-of-care cartridges and fully deployed in clinical studies for in-clinic or at-home monitoring within six months from the date of request.  This timeline includes IRB approval, completion of informed patient consents, distribution of Theranos Systems, and training of site personnel. Additional assays are available upon request.

| Allergy/Asthma | Cytokine | Infectious Disease | Oncology |
|---|---|---|---|
| ENA-78 | cMET | H1N1 antibodies | EGFR |
| Eotaxin | GCSF | H1N1 antigens | FLT-3 |
| IgE | hsCRP, CRP | H5N1 antibodies | Free PSA |
| Rantes | ICAM-1 | H5N1 antigens | Kit |
| TARC | IFN-γ | | MIP-1α |
| | IL-1β | **Inflammation** | MIP-1β |
| **Apoptosis** | IL-1RA | CRP | PDGF |
| M30 | IL-4 | G-CSF | PIGF |
| M65 | IL-5 | IL-17RA | PSA |
| nsDNA | IL-6 | MCP-1 | sVEGF R2 |
| | IL-8 | MDC | VEGF |
| **Bone** | IL-10 | sCD14 | |
| 1-84 intact PTH | IL-12 | sIL2r | **Renal Function** |
| Bone alkaline phosphatase | IL-12p70 | sTNF r1 | Cystatin C |
| Estradiol | IL-13 | sTNF r2 | FGF23 |
| FGF23 | IL-15 | | NGAL |
| Follistatin | IL-16 | **Liver Function** | |
| FSH | IL-17 | Alkaline phosphatase | **Sepsis** |
| LH | MIP-1α | ALT | CRP |
| Osteocalcin | MIP-1β | AST | IFN-γ |
| Osteopontin | TGF-β | Bilirubin | IL-1β |
| Osteoprotegerin | TNF-α | | IL-4 |
| PGE2 | TNF-β | **Metabolic** | IL-5 |
| RANKL | GM-CSF | Adiponectin | IL-6 |
| TGF-β | | C peptide | Procalcitonin |
| TRAP | **Hormonal** | GIP | Protein C |
| | bHCG | GLP-1 active | TNF-α |
| **Cardiovascular** | Cortisol | GLP-1 total | |
| AVP | DHEA | GLP-2 | **Traumatic Brain Injury** |
| BNP | DHT | Glucagon | Ca binding S-100B protein |
| CRP | EPF | Glucose | Glial Fibrillary acidic protein |
| CKMB | Estradiol | Insulin & pro-insulin | Neuron specific enolase |
| Fibrin D-Dimer | Estrogen | Leptin | Cleaved Tau protein |
| High sensitivity CRP | FSH | MCP-1 | Myelin basic protein |
| LPS-Binding Protein | GH | Peptide (YY) | NGF |
| MMP9 | IGF | sCD14 | NT-proBNP |
| Myeloperoxidase | LH | | RBP4 |
| Myoglobin | Progesterone | | Serum Amyloid A |
| NT-proBNP | Testosterone | | |
| sCD14 | | | |
| Troponin-I | | | |
| Troponin-T | | | |

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1755



## Theranos Assay Library

The following assays can be customized into multiplexed point-of-care cartridges and fully deployed in clinical studies for in-clinic or at-home monitoring within six months from the date of request.  This timeline includes IRB approval, completion of informed patient consents, distribution of Theranos Systems, and training of site personnel. Additional assays are available upon request.

| | | | |
|---|---|---|---|
| 1-84 intact PTH | GCSF | IL-17RA | RANKL |
| Adiponectin | GH | Insulin & pro-insulin | Rantes |
| Alkaline phosphatase | GIP | Kit | RBP4 |
| ALT | Glial Fibrillary acidic protein | Leptin | sCD14 |
| AST | GLP-1 active | LH | Serum Amyloid A |
| AVP | GLP-1 total | LPS-Binding Protein | sIL2r |
| bHCG | GLP-2 | M30 | sTNF r1 |
| Bilirubin | Glucagon | M65 | sTNF r2 |
| BNP | Glucose | MCP-1 | sVEGF R2 |
| Bone alkaline phosphatase | GM-CSF | MDC | TARC |
| C peptide | H1N1 antibodies | MIP-1α | Testosterone |
| Ca binding S-100B protein | H1N1 antigens | MIP-1β | TGF-β |
| CKMB | H5N1 antibodies | MMP9 | TNF-α |
| Cleaved Tau protein | H5N1 antigens | Myelin basic protein | TNF-β |
| cMET | hsCRP, CRP | Myeloperoxidase | TRAP |
| Cortisol | ICAM-1 | Myoglobin | Troponin-I |
| CRP | IFN-γ | Neuron specific enolase | Troponin-T |
| Cystatin C | IgE | NGAL | VEGF |
| DHEA | IGF | NGF | |
| DHT | IL-1β | nsDNA | |
| EGFR | IL-1RA | NT-proBNP | |
| ENA-78 | IL-4 | Osteocalcin | |
| Eotaxin | IL-5 | Osteopontin | |
| EPF | IL-6 | Osteoprotegerin | |
| Estradiol | IL-8 | PDGF | |
| Estrogen | IL-10 | Peptide (YY) | |
| FGF23 | IL-12 | PGE2 | |
| Fibrin D-Dimer | IL-12p70 | PlGF | |
| FLT-3 | IL-13 | Procalcitonin | |
| Follistatin | IL-15 | Progesterone | |
| Free PSA | IL-16 | Protein C | |
| FSH | IL-17 | PSA | |

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani

Balwani-1756



## Joint Study Development and Management by Customer and Theranos

**A.   Before the study is initiated**
1. Design protocol outline.
2. Form Team.
3. Approve protocol outline.
4. Develop protocol – team including biometry, clinical, regulatory, operations, safety, medical affairs and marketing as well as Theranos partners (Medical, Biometry and Business Intelligence).
5. Decide to include or not a Data Safety Monitoring Board (DSMB).
6. Include Theranos elements (biomarkers and learning engine development and validation).
7. Review protocol – by Customer internal protocol review committee, Theranos, external investigators and IRB as well as FDA if needed (SPA).
8. Develop CRF, electronic data collection with or without internal and/or CRO and/or central lab EDC systems.
9. Create a statistical analysis plan.
10. A priori discussion of potential interim analyses.
11. Develop and validate Theranos PK-PD cartridges.

**B.   During the study**
1. Deploy Theranos readers and cartridges, including training of site personnel.
2. EDC of usual parameters as well as biomarker data and GUI feedback generated by Theranos readers.
3. Integrate all data into a single, accessible format in a centralized location.
4. Activate the learning engine and refine the model as appropriate and in accordance with the trial design (either at the end of trial in a Treat-Model-Treat paradigm, at the end of a clinical segment in an adaptive clinical trial, or as data become available in a real-time mode of operation).
5. Using a real-time data review methodology, use the TheranOS for real time data validation and cleaning by clinical monitors working in collaboration with clinical site study coordinators.
6. As appropriate, monitor data and learning engine performance by Customer and Theranos qualified personnel.
7. Implement time-sensitive AE/SAE reporting system supported by alert systems built in the Theranos tools.
8. Share data with DSMB as needed.

**C.   After study completion**
1. Customer completes final data cleaning and closing of the database.
2. As required, Theranos further refines the model and learning engine.
3. Customer completes the statistical analyses.
4. Customer writes up CSR using TheranOS in conjunction with standard business intelligence tools.
5. Customer creates CDISC version of integrated data for regulatory submission.
6. Theranos recovers all Theranos equipment.
7. Customer establishes connections with and communicates with regulatory authorities in furtherance of its clinical aims.
8. Customer performs of an after-action "autopsy" of the data and study to systematically establish the learnings of the study.
9. Customer issues "lessons learned" document to insure these learnings are incorporated into the Corporate memory.
10. Using the modeling technologies provided by the Theranos technology suite, Customer's development team simulates and designs subsequent protocol(s) that leverage the learnings derived from the recently completed study.

FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1757



**D.   Recommended Access**

1.   DSMB will have access to all data on an as required basis.
2.   CRA will have access to raw data to insure ongoing completeness.
3.   In the case of a medically necessary condition, site PI, with approval of the Medical Monitor, will have access to the appropriate data.
4.   The Medical Monitor, and at his/her  discretion, appropriate members of the development team, will have access to the live model and be able to ask "what if" questions for design of the next protocol.  In the Treat-Model-Treat paradigm this will happen after a study has closed and its learnings are incorporated into the next protocol design.  After an adaptive enrichment study, this may occur after each pre-defined clinical segment.
5.   Theranos can provide ongoing, third party, independent surveillance data review for completeness and quality via an automatic review methodology overseen by an independent statistician.
6.   TheranOS could acquire information automatically from the CRO.

Trial Exh. 27003 Page 350
FOIA Confidential Treatment Requested by R. Balwani                    Balwani-1758

# EXHIBIT 7

theranos™
redefining healthcare

**An Executive Briefing on the Theranos Pharmaceutical Solution**

## Introduction to the Theranos Pharmaceutical Solution (TPS)

The Theranos Pharmaceutical Solution (TPS) is a fully integrated health data capture, analysis and care delivery solution. TPS is comprised of two technological components - Theranos Field Systems and the Theranos Operating System (TheranOS) - which combine to replace conventional data capture (including blood testing), management, and analytical tools.

**Theranos Field Systems** analyze blood in real-time from a finger stick and simultaneously collect behavioral information through an intuitive graphical touchscreen interface. Individualized content can be sent back to the systems automatically to facilitate behavior modification. Theranos Field Systems can be placed at any desired point of care (home, clinic, or mobile units), and the data from each device is automatically and securely transmitted to TheranOS in real-time through a cellular network.

**TheranOS** is a self-learning data engine that automatically imports data from any desired source, translates it into one standardized format and dynamically models the integrated data sets in real-time, providing direction for clinical trial design and clinical practice. TheranOS models characterize each compound's mechanism-of-action and all the pathophysiologies associated with identifying each compound's target product profile. TheranOS also contains customized applications for simulation of clinical trials and management of adaptive trials in compliance with existing regulatory guidelines. Users access TheranOS through a secure online web-portal.

Theranos Field Systems and TheranOS are also customized into two other solutions to improve outcomes and reduce the cost of care: the Theranos Health Shield for physicians, payors, governments, and corporations and the Theranos Home Health Solution for consumers.

## The Impact of TPS

A customized TPS will:
- Improve trial success and accelerate development timelines by years by
  - Optimizing clinical trial results and design through simulation technologies
  - Minimizing trial execution times through adaptive designs and trial management
  - Modifying trials dynamically in response to real-time data capture and analysis
- Maximize the use of key medicines by
  - Improving the benefit/risk profile in clinical studies
  - Rapidly characterizing efficacy dynamics, new indications, and ameliorating safety concerns
  - Enhancing the value of the drug through a commercial therapeutic management program (remote, automated, and individualized patient care in combination with therapy)

As a result, TPS will yield dramatic cost savings while significantly increasing prescription sales. Cost savings will originate from materially reducing the centralized infrastructure and number of years required to run clinical studies. The same TPS infrastructure will be used outside of clinical studies to increase the adoption and value of medicines by enabling remote and individualized patient management in combination with drug distribution. In doing so, Theranos believes TPS will transform the economics of the business.

In addition to accelerating clinical development timelines, TPS will dramatically reduce the direct/out-of-pocket expenses required to run clinical studies. Finally, the new, decentralized, and virtual infrastructure is a vehicle for better care delivery both domestically and globally, enhancing the ability to differentiate and demonstrate superior effects of the company's drugs.

Twelve top pharmaceutical companies, the U.S. government and several foreign governments are current Theranos clients.

FOIA Confidential Treatment Requested by R. Balwani

*theranos*™
*redefining healthcare*

**Program to Deploy TPS**

TPS can incrementally replace conventional data capture, blood testing and data analytics across any business unit. The decentralized data collection infrastructure allows for dramatic timeline improvements and cost reductions (shipping costs, human capital, CRO costs, etc.). The combination of models, biomarker signatures, and the integrated impact of the TPS on eliminating the logistical constraints that drive clinical trial timelines will allow pharmaceutical companies to accelerate development. Aggregated data collected from all programs provides proprietary insight into each of its targeted diseases to further accelerate trial timelines and allow for development optimization to improve the product profiles of all assets.

TPS will be geared to accelerate development timelines and maximize the use of therapies at a centralized corporate level. As such, the TPS will be equipped with comprehensive inflammatory pathway models and tools that characterize the inflammation pathways as related to all therapeutic areas and diseases. Upon installation, TPS will then be customized for each business unit.

While the impact of TPS can be revolutionary, the solution is designed to rapidly integrate into existing structure and business processes in a non-disruptive and evolutionary manner. TheranOS will integrate data across business units into a centralized modeling, simulation, and adaptive trial management system. In doing so, TPS will establish a deep competitive edge with unparalleled insight into disease pathways. As every new data set is collected after deployment, the Solution will provide increasingly predictive visibility into the relevant disease areas, and the impact on development timeline acceleration compounds accordingly.

At the completion of customization, Theranos will activate TPS and deploy to ongoing clinical studies and development programs to realize the solution's impact to cost savings, revenues, growth, and earnings.



Theranos Pharmaceutical Solution (TPS)

THERANOS CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani                                   Balwani-1428

# EXHIBIT 8

# FW: Employee Resumes

| | |
|---|---|
| **From:** | Elizabeth Holmes <eholmes@theranos.com> |
| **To:** | Sunny Balwani |
| **Date:** | Tue, 11 Aug 2009 10:39:27 -0700 |
| **Attachments:** | Group Resumes.zip (10.17 MB) |

**From:** Kelley Harrison
**Sent:** Wednesday, July 22, 2009 4:49 PM
**To:** Elizabeth Holmes
**Cc:** Carolyn Balkenhol
**Subject:** Employee Resumes
**Importance:** High

Hello,
I have put together each group's resumes. I'm still waiting on a few. I will update you
once I have them all. Once all resumes are place in, I will have IT change this over to
HR department folder.
Thank You
Sincerely,

*Kelley Harrison*

HR Associate/Office Manager
Theranos, Inc
3200 Hillview Ave
Palo Alto, CA 94304
phone:650-838-9292
fax:650-838-9165
web:www.theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information.
This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission,
reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient
is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that
any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc.
Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of
viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is
limited to resupplying any affected attachments.
Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

FOIA Confidential Treatment Requested by R. Balwani                    Balwani-0296



3600 W. Bayshore Road, Suite 103
Palo Alto, CA 9303
Phone: 650-329-8100
Fax: 650-329-9191

**Specialized Financial Staffing**

# SARAH LY

**Objective:**

I am seeking an Accountant position that allows professional development in assisting with the preparation of the financial statements working with the general ledger, posting adjusting entries, accounts reconciliation, and other duties.

**Summary of Qualifications:**

- B.S. Accounting , San Jose State University, 1999
- 5 plus years of Accounting experiences
- Assisted with the preparation of the financial statements by researching and entering adjusting entries, general journal entries such as accruals, depreciation, correcting entries, etc. and account reconciliations of general ledgers
- A/P full cycle, Payroll: (outsource to Trinet) PTO, timesheets, and expense reports, A/R generate invoice, and Fixed Asset management of capital assets, and tagging.
- Software: MS Office (Word, Excel), Expandable, FAS (Best Software), QuickBooks Pro 2005, Peachtree Software, Platinum, Trinet's online portal – HR Passport

**Professional Experiences:**

**Capella Intelligent Subsystems, San Jose, CA**                    **1/2005 - 3/2007**
**Staff Accountant**

- Entered month end journal entries for payroll accruals, pto accruals, bonus accruals, adjust prepaids, depreciation, reclass or adjust fixed assets, expense accruals, actual travel expense accrual, reverse prior expense accruals, account reclasses, reclass revenue, and adjust or reclass unearned revenue
- Reconciled accounts for payroll, pto, fixed assets, accumulated depreciation, prepaid accounts, accounts payable account, and accounts receivable account
- Accounts Payable full cycle: coded and entered invoices, obtained approval, generated aging report for Controller, weekly check runs, mailed checks, solved vendor issues
- Accounts Receivable: generated and mailed to customers invoices, called for payment schedule, and deposit checks
- Payroll: verified, confirmed, reviewed, and entered employees' hours, timesheets, and ptos using Trinet's online portal – HR Passport biweekly via internet
- Fixed Assets using Excel: managed, maintained, tagged capital assets
- Reported Sales and Use tax to CA State Board of Equalization
- Researched, compiled, printed, and mailed 1099 misc. annually

- Reviewed and entered employees' expense reports and paid through payroll
- Deposited incoming checks
- Assisted and researched in audit and property tax audit by obtaining supporting documents
- Accomplishment:  Working in a fast pace environment and at the same time meeting deadline with high accuracy result in Accounts Payable check run , Payroll timesheet, PTO and expense report, Accounts Receivable invoice customers
- Saved Capella money for 2 plus years by attaining additional responsibilities and duties thus eliminating additional hire in accounting

**Argonaut Technologies, Inc. Foster City, CA**                    **2/2000 - 9/2002**
**Staff Accountant**
- Trained a employee in maintaining vendor files, mailing checks, resolving receiving issues
- Prepared quarterly audit for Ernst & Young
- Executed month end close, record adjusting entries in general journal for prepaid rent, prepaid insurance, accrued travel expenses, and depreciation
- Reconciled monthly general ledger accounts such as prepaid accounts, accounts payable subsidiary ledger to accounts payable controlling accounts in general ledger, fixed asset subsidiary ledger, and cash accounts
- Accounts Payable full cycle verified and coded vouchers, entered invoices, performed bi-weekly check run and ran check register to obtain total to record entries in cash disbursement and accounts payable subsidiary ledger
- Solved vendors issues with purchasing , receiving, and vendors
- Entered high volume invoices in Expandable Software and expense reports
- Maintained and entered fixed assets in FAS (Best Software)
- Compiled, printed, and mailed 1099 Misc annually
- Deposited accounts receivable checks and record journal entries using Platinum

**Pacific Diversified Co., Inc. San Jose, CA**                    **9/1997 - 5/1999**
**Accounts Payable Clerk**
- Maintained all Accounts Payable vendor files and researched accounts
- Performed check run and mailed weekly checks to vendors
- Processed invoices and tracked subcontractor billings
- Checked invoices against contracts and purchase orders
- Acquired lien releases and necessary approval
- Performed monthly bank reconciliation
- Written up deposit slips and deposited cash in bank

**San Jose State University San Jose, CA**                    **8/1996 - 8/1997**
**Data Entry**
- Prepared invoices for entry and entered invoices and purchase orders
- Researched and resolved vendor issues

**References:**  Furnished upon request.

# ALISON ROSS

## SUMMARY

Creative self-starter with interpersonal finesse and demonstrated skill working purposefully and urgently toward goals, achieving ambitious, measurable results. Strong writer and independent problem solver who thinks critically and strategically in search of best answers, can handle uncertainty and adapt quickly.

## EDUCATION

M.Ed., Teacher Education        Harvard Graduate School of Education, Cambridge, MA            June 2007
- Massachusetts Initial License High School & Middle School Language Arts, July 2007

B.A., English        University of North Carolina at Chapel Hill, NC            May 2006
- Senior creative writing thesis published with honors, graduated Phi Beta Kappa and National Merit Scholar

## EXPERIENCE

One-on-One Tutoring, Washington D.C.            Nov., 2008- present
*Private tutor*. Worked individually with sudents grades 5-12, in schools and at private residences, tailoring study programs to students' needs and teacher/parent feedback. Specialized in standardized testing prep.

M. Ethington College Consulting, Glenview, IL            Jun., 2007- present
*Editor* Worked with high school clients to conceive, craft and edit personal statements for college applications.

East Boston High School, Boston, MA            Aug., 2006-May, 2007
*Student English Teacher*   As lead instructor of 31-student 11th grade English class, developed thematic, skill and text-based units in line with state curriculum frameworks. Designed and taught SAT prep bi-weekly in class

Teach For America            Aug., 2004- Jul., 2005
*2004-5 Atlantic Coast Recruitment Campus Campaign Manager,* Chapel Hill, NC
- Led UNC-CH school-based team, identifying, researching, and actively pursuing high-potential prospects. Executed publicity campaign that included delivering presentations tailored to target campus audiences. Designed and coordinated all campus-wide recruiting events, including reception galas and dinners.
- UNC made significant gains in number of applicants (116- a 28% increase from previous year), number of applicants accepted (57- a 63% increase), and number of matriculates (45- a 50% increase).
*2005 Houston Summer Institute Operations Coordinator*, Houston, TX
- Wrote and designed communication materials, including weekly newsletter for staff and 800 corps members.
- Functioned as customer service liaison, assisting corps members in high-stress institute environment.

## PROFESSIONAL INTERNSHIPS

The Horn Book, Inc.,  Boston, MA            Sept., 2007- Dec., 2007
- Clerical position with *The Horn Book Magazine* and *Guide*, the leading periodical on young adult and children's literature. Maintained database, proofread guide, researched and wrote thematic book lists.

Algonquin Books of Chapel Hill, Chapel Hill, MA            Oct., 2005- May, 2006
- Read manuscripts and wrote reports recommending their rejection or further consideration by editors.

Cricket Magazine Group   Chicago, IL            Jun.-Aug., 2004
- Edited copy, wrote articles for *Ask*, an award-winning national arts and science magazine for children.

## COMMUNITY ACTIVITIES

UNC Dance Marathon, Chapel Hill, NC            2002-2006
*Hospital Chair,* 2005. Principal member of UNC's largest nonprofit that raised more than $184,000 benefiting families of the N.C. Children's Hospital. Acted as main liaison between hospital, patient families, and DM staff, administering funds and spearheading selection of grant funding totaling more than $65,000.
*Fund-raising Projects Chair,* 2004.  Chair of 16-person committee that coordinated all fund-raising letter campaigns, student donations, and canning at business and athletic events, raising more than $55,000 (a 22% increase from the previous year). Established holiday giving program.

**CONFIDENTAL**

**Carolyn Balkenhol**

# EDUCATION
Stanford University – B.S. Mechanical Engineering, 1990 – Newman Center Student Coordinator, Hospital Volunteer
Carson City High School – Valedictorian, 1986 – National Merit Scholar, Nevada Scholar, Golden Nugget Scholar

# EXPERIENCE
**Oracle Corporation – 9/07-present – Marketing Director (Global Customer Programs, Events)**
Manage global executive sponsorship program, which builds long-term relationships between senior Oracle and customer executives. Developed and implemented program guidelines, coordinate sales team participation in briefings and customer communications, strategize with executives and sales teams, and draft/edit senior executive communications with customers. Work closely with senior executives to be sure communications sent on their behalf meet their expectations. Act as primary host for board members and senior executives as required. Continue to manage approval requests for the Office of the CEO. Worked with global leaders, shared services, and sales teams to develop reference program model to ensure consistent, systematic approach and reduce redundancy and duplication of effort to improve sales at reduced cost. Defined objective criteria to determine most important customers, gathered profile data from multiple sources, created summary reports with customer information and product/service use, and produced booklet with customer profiles to drive consistent engagement with strategic customers.

**Oracle Corporation – 8/92-9/07 – Assistant to the CEO, Assistant to the President and CFO, Chief of Staff**
Perform usual clerical duties, exercising discretion, judgment, and initiative in all matters. Review and respond to or distribute incoming mail and faxes, communicating precisely in writing and in conversation. Coordinate travel and personal/corporate security in advance and while traveling with executive. Review requests, gather detailed background information, and confirm meetings, being careful to schedule to executive priorities and not adopt requestors' agendas. Maintain, on executive's behalf, customer/partner and other relationships through correspondence and other means. Make the impossible possible. Host customer tables at various corporate functions. Edit, approve, and send correspondence requested by account representatives and executives. Review approval requests, gathering appropriate additional information, synthesizing data from various sources, discriminating between facts and opinions, and formulating recommendation to executive or approving on personal authority. Organize and attend executive and board offsites. Coach employees and executives seeking advice, articulating creative solutions and critical assessments, never hesitating to express contrary view. Plan, as secondary host, fundraisers, appreciation events, and personal parties. Anticipate and address potential train wrecks on a regular basis. Manage office staff. Review and respond to most requests for executive without requiring executive attention. Coordinate commercial and charter domestic and international travel. Communicate frequently with corporate and personal foundation personnel to respond to incoming requests for funding. Maintain dignity and good humor no matter what the circumstance. Matrix manage corporate administrative personnel. Supervised director of Corporate Giving and Volunteer Programs. Managed Annual Report design/editing/production. Represented executive's personal interests with attorneys, accountants, flight crews, yacht personnel, household vendors, and principals at personally-funded ventures. Maintained safe deposit box with appropriate documentation and movement of items as needed. Reviewed bills, reconciled with insurance coverage, and made appropriate payments. Signatory on executive's personal accounts. Managed household staff. Developed simple payroll application for household staff. Designed and edited Employee Newsletter. Hold Top Secret Clearance.

**Space Systems/LORAL – 10/90-7/92 – Electronics Packaging Engineer, Test Engineer, R&D Engineer**
Developed detailed test plan and protoflight test procedure for the Flight Telerobotics Servicer Tool (FTST) Program. Conducted flight hardware acceptance tests at a highly accelerated pace to meet schedule delivery date. Member of RF Autotracking development team which researched and analyzed subsystem design approaches. Recommended design solutions to customer and program management. Attended SS/L Leadership Skills Institute. Responsible Engineer, N-STAR Ku/S Antenna Deployment/Positioning Mechanism.

**Ford Aerospace – 9/88-7/90 – Budget Analyst, Assistant Design Engineer, Electronics Packaging Engineer**
Monitored and maintained Subcontracts Department budget. Prepared workload forecasts and financial impact estimates. Responsible for generation of subcontract statistical workload reporting as well as implementation and maintenance of computerized procurement system. Performed thermal analyses using in-house computer program. Conducted a study demonstrating relationship between microcircuit die attach area and thermal performance. Prepared written report compiling results of study and recommended update to company specifications. Redesigned NASA GOES satellite Telemetry and Command multilayer boards and coordinated in-house design, drafting, and procurement efforts.

# INTERESTS
Playing piano, reading, musical theater, entertaining, volleyball, exercising, logic puzzles



**Robert Half Finance & Accounting**
*Specialized Financial Recruitment*

10 Almaden Blvd, Ste. 900
San Jose, CA 95113
Phone: 408-293-9040
Fax: 408-293-1509

# Danise So Han Yam, CPA

## PROFESSIONAL EXPERIENCE
**Deloitte & Touche LLC** — San Jose, CA
*Senior Auditor* — *Oct 2005 to Present*
- Promoted within two months to lead senior in charge for a semi-conductor company who recently filed for an IPO
  - Coached the team to finish the first quarterly review and achieved time cost savings of about 10%
  - Performed extensive research on equity related matters including cheap stock issuance, adoption of FAS123R and fair value estimation to ensure the client is in compliance with accounting rules and regulations
- Assisted the nation's largest provider of drug and alcohol treatment services to successfully complete its public debt offering of $220 million within four months
- Actively involved in clients' development and refinement of internal control policies and procedures in relation to implementation of SOX 404

**Deloitte Touche Tohmatsu** — Hong Kong
*Senior Advisory and Assurance Consultant* — *Oct 2002 to Jun 2003*
*Semi-Senior Advisory and Assurance Consultant* — *Oct 2001 to Sept 2002*
*Staff Accountant II* — *Oct 2000 to Sept 2001*
*Staff Accountant I* — *Sept 1999 to Sept 2000*
- Supervised audit field works for clients in a wide spectrum of industries, with client size from $3 million to $25 million in revenues. The field works included:
  - Improved clients' internal control system by identifying control deficiencies and providing feasible recommendations
  - Performed financial statement analysis for financial reporting purposes
  - Analyzed clients' variance reports and provided recommendations to improve efficiency
- Conducted market and industry trend analysis and built projecting and forecasting models for a publicly listed client in Hong Kong for its $35 million acquisition of a property developing corporation. Provided recommendations on the group's capital structure and transaction flow among the group. Recommendations were adopted.
- Led a team on a $15 million acquisition of a French logistic conglomerate by a major German logistic conglomerate and actively participated in staging and evaluating this expansion plan. Wrote report regarding the following analyses:
  - the effect of fluctuations in interest rates and exchange rates
  - the capital structure after the acquisition
  - the timing of merging the operations of the two groups in Asia Pacific Region
  The recommendations saved the client over $1.1million from foreign exchange differences.
- Saved average engagement time cost of 15 – 25% per engagement by streamlining and customizing audit plans

**Marvic International Limited** — Hong Kong
*Assistant Accountant* — *May 1999 – Aug 1999*
- Reported to Chief Accountant with full accountability for review of monthly financial analysis and participated in managing the monthly cash flow of $2 million
- Designed and implemented spreadsheet-based accounting system, reducing the data processing and reporting time from two weeks to one week

## EDUCATION
**William E. Simon Graduate School of Business Administration, University of Rochester** — Rochester, NY
*Master of Business Administration with concentrations in Corporate Accounting and Finance* — *Jun 2005*
Member of Beta Gamma Sigma

**Carleton University** — Ottawa, Canada
*Bachelor of Commerce (High Honors) with concentration in Accounting* — *Jun 1998*
Deans' Honor List in 1995 and 1996
E.W.R. Steacie Scholarship and George Fierheller Scholarship in 1996 and 1995, respectively

**ADDITIONAL INFORMATION:** Proficient in MS office. Fluent in English, Cantonese and Mandarin

Robert Half Finance & Accounting has interviewed this candidate. We usually check candidate references by asking specific questions of selected previous employers with regard to qualifications and work history. Robert Half Finance & Accounting has not verified all representations made by the candidate in this resume. We recommend that our clients also perform their own reference checks.

# Gary Frenzel

███████████████████████████████████████

## Professional Experience

**9/97- Present  Senior Scientist, Protein chemistry, Surromed Corporation.**
**Design and develop methodologies for the detection of variables in disease state   vs.**
**normal human samples.**
- Removal of most abundant proteins from human samples using affinity HPLC.
- Developed 2D fractionation process (SCX followed by RP) for proteomic studies.
- Developed methods for GC/MS metabolome studies of human sera ,urine, and CSF.
- Decrease the clearance rate of a possible pharmaceutical candidate by conjugations with PEG.
- Coordinate the construction of a cDNA plasmid and protein production /purification for testing as a therapeutic.
- Designed and developed 60+ bead based soluble factor assays for in house cytometer to demonstrate feasibility and multiplexing capabilities.
- Developed and produced Q.C. reagents for microvolume laser scanning cytometer.
- Formulation and development of FRET dyes for expansion of cytometer's capabilities by allowing for a third red channel.
- Design and screen new dyes to for HeNe laser, and functionality in cell based assays.
- Develop methods and SOPs to produce reproducibly fluorescenated antibody reagents for use in a microvolume laser scanning cytometer.
- Second employee

**3/94 – 9/97     Senior Scientist, Protein chemistry, AmCell Corporation.**
**Development of reagent and instrumentation from pilot to clinical scale. Obtained**
**ISO9001 certification on two sites.**
- Planed coordinated, and managed production of antibody conjugates  for European clinical trials.
- Production of toxicology lots in the USA.
- Development of reagents for research, and possible second generation products.
- Project team leader for development of clinical cell separation system.
- Supervised 2 research associates full time, and 6 member teams during production.
- Wrote and implemented MP's and SOP's for cGMP/ISO9001 production.
- Process development, scale up and feasibility of formulation changes.
- Proposed and implemented improved magnetic separation techniques.
- Proposed and provided feasibility of a solution to a major flaw in the column design. The current system is using the proposed changes.
- Development of analytical methods for testing reagent quality.
- Protein purification using (LC and HPLC) SEC, HIC, ion exchange, protein A, high gradient magnetic fields.
- Conjugations (enzymes, fluorescence, magnetic dextran)
- cGMP certified (Amgen) and production experience in class 10,000 clean room.
- Second employee.

**Gary Frenzel**

## Professional Experience (continued)

**1/90 - 3/94**   **Scientist, Department of Virology and Immunology, Genelabs Inc. Design and development of diagnostics and vaccines for Hepatitis.**

- Designed and developed peptide base ELISA for detection of HCV antibody and antigen.
- Designed and developed methods for large-scale production of highly purified HBsAg from a "waste" byproduct for sale to diagnostic companies. This byproduct generated over a million dollars profit in the first quarter
- Produced HBsAg antibodies from human sera for diagnostic kits under FDA scrutiny.
- Developed large-scale purification process for HEV recombinant vaccine trials.
- Purification [centrifugation (rate zonal, acid sucrose, density gradient), chromatography (LC, HPLC, FPLC, using; SEC, IE, affinity, protein A, protein G, Affi-gel, IMAC, reverse phase, lectin) Affinity (IP, rate zonal, solid support)]
- Analysis; PAGE, IEF, 2D, western blot- (ECL, I125, HRP), IP, RIP, phast system analytical HPLC, ELISA, FACS, Pandex, PCR, and RIA
- Conjugation (enzymes, haptens, solid support matrix)
- Refolding of insoluble proteins to obtain a soluble vaccine candidate.

**2/89 - 1/90**   **Chemist, Research and Development, American Biologic Technologies. Develop pilot and production scale GMP purification processes for new products.**

- Develop purification processes for human transferrin, apoferritin, and CRP.
- Formulation of chemical controls and calibrators for automated diagnostic tests.
- Formulation of "Gold" calibrators, controls, and standards for Abbott's TDX.
- Precipitation; SAS, caprylic acid, rivanol, NaCl, H2O.
- Serum preparation, charcoal columns, cellulose columns, electrolyte formulation.
- Difiltration; from centriprep (20 ul retain) to Romicon (500 liter retain); membrane, cassettes, hollow fiber, and spiral wound.
- Gel analysis; PAGE, tris/glycine, urea, 2D, cellulose, IEF, phast system.
- Writing and implementing MPs and SOPs.
- Instructing and directing serum production on new processes.
- Bio-containment level 3.

**9/86 -2/89**   **Senior Research Assistant, Department of Virology and Immunology, Southwest Foundation for Biomedical Research. Lab Manager oversaw HIV and toxin projects and training of personnel.**

- Design experiments and data analysis.
- Maintain stock cultures of HIV, SIV, HIV II, and EBV
- Purification of viral proteins and antibodies
- Generation of anti-id antibodies.
- Development of T-cell lines and clones specific for HIV.
- Conjugations of toxins for vaccine development for Army contract
- Viral isolations for USAF, maintain viral database in conjunction with DOD.
- Cellular assays; ADCC, CMCC, NK, Syncytia inhibition, membrane motility and FAC assays.

# Gary Frenzel

████████████████████████████

## Education:
**Texas A&M University**
**College Station, Texas**
Bachelor of Science Degree in Biology 1985

## Publications
1. Newman,J.T., Sagandares-Bernal,F., Judy,M.M., Frenzel,G.D., and Chanh,T.C.. Photodynamic inactivation of HIV and its application for blood banking. Transfusion.,1989
2. Alderete,B.E., Frenzel,G.D. and Chanh,T.C. . Reduction in membrane receptor mobility with the progression of AIDS. Virology.,1990.
3. Lanford, R.E., Notval, L., Chavez, D., White, R.G., Frenzel, G.D., Simonsen, C., and Kim,J., Analysis of Hepatitis C Virus Capsid,E1, and E2/NS1 Proteins Expressed in Insect cells. Virology, 1993
4. Walton I, Dietz LJ, Frenzel G, Chen J, Winkler J, Norton SM, Kantor AB. Microvolume Laser Scanning Cytometry Platform for Biological Marker Discovery. Advances in Nucleic Acid and Protein Analyses, Manipulation and Sequencing, Proceedings of SPIE. 3926 (2000), 192-201.

## Abstracts
1. Chanh,T.C., Alderete,B.E., Frenzel,G.D., Dreesman,G.R., Kennedy,R.C.,and Kanda,P.. A synthetic peptide homologous to HIV gp120 envelope glycoprotein inhibits IL-2 production. III Int. Conference on Aids, Washington, D.C., p.209
2. T.Chanh, E.Reed, G. Frenzel, and R. Huot. Anti-idiotypic antibodies against a protective monoclonal antibody specific for the trichothecene mycotoxin T-2. Federation of American societies for Experimental Biology, Las Vegas, Nevada.,p667.
3. Frenzel,G.D., Kanda,P., Dunham,R., and Chanh,T.C. Antibodies to HIV-1 Transmembrane Glycoprotein Induce Antibody Dependent Cell Mediated Cytotoxicity. Texas Immunological Conference, Galveston, Texas, November1988.
4. T.Chanh, G. Frenzel, J. Newman, M. Judy, and J. Matthews. Photodynamic Inactivation of Human and Simian Immunodeficiency Viruses. Federation of American Societies for Experimental Biology, 1989.
5. G.R.Dreesman, D. Pauletti, G.D. Frenzel, R.E. Lanford, J.Kim, G.R.Reyes, K.H. Burk. Characterization of an Immunodominant HCV Epitope. Federation of American Societies for Experimental Biology, 1991.
6. G. Dreesman, G. Frenzel, K. Burk, R.E. Lanford, C. Simonsen, J. Kim, and G. Reyes. Identification of an Immunodominant HCV Epitope and its Application For Immunoassays. Federation of American Societies for experimental Biology, 1991.
7. Sushmita Mimi Roy, W Wang, G Frenzel, R Cromer and M Natan. Multi-dimensional fractionation and analysis of the human plasma proteome and orgeome. Protein Society, 2001.
8. Sushmita M. Roy, Thomas A. Shaler, Hua Lin, Haihong Zhou, Gary Frenzel, Weixun Wang, Lander R. Hill, Scott M. Norton, Curtis A. Hastings, Jared D. Schettler and Christopher H. Becker. Profiling and Identification of Human Serum Proteins: An LC-MS Proteomic Platform for Biomarker Discovery. Proceedings of the American Society of Mass Spectrophotometry. 2002.

## Patents:
United States Patent # 6,403,807; Singh, Rajendra; Gorski, Gregory; Frenzel, Gary. "Bridged fluorescent dyes, their preparation and their use in assays" June 11, 2002

# IAN MCDOWELL

## SUMMARY OF QUALIFICATIONS

- Twelve years of server and desktop support and implementation experience
- Expert in all Windows desktop operating systems, NT Server, 2000-2003 Server (including exchange and iis), and Mac OS
- Extensive experience implementing and supporting Linux production servers.  Distributions include SLES 9 / 10, Fedora, Ubuntu, Mandrake, Knopix
- Manage SAN clusters.  Proficient at configuring iSCSI targets for iSCSI initiators on Windows and Linux
- Three Years experience supporting, upgrading and maintaining VOIP systems
- Two years experience implementing and supporting secure enterprise wireless solutions utilizing managed access points
- Five years experience supporting, configuring and implementing Active Directory including GPO editing
- Seven years experience supporting critical servers; rebuilding drives, patching, testing and maintaining
- VPN implementation and support experience
- Server, desktop and network hardware installation and configuration proficiency
- LAN/WAN and TCP/IP Network design, implementation and maintenance experience
- Nine years user support experience including executives
- MS Office application support, upgrade and patch experience
- Able to prioritize time sensitive projects within normal workload
- Proficient in documenting procedures for reports and knowledgebase
- Excellent at isolating and troubleshooting problems

## WORK EXPERIENCE

Pacific Business Group on Health                    San Francisco, CA
*Senior Systems Coordinator (2006 – 2008)*

- Implement, monitor and support thirty two internal operations servers across multiple domains
- Administered Citrix, Blackberry Enterprise Sever and Outlook Web Access for remote work force

- Directed all purchasing, vender management and invoice approval for all IT related items
- Maintained production web servers hosting for over eighteen sites as well as collecting and publishing web site statistics for each site

McDowell Systems                                        San Francisco, CA

*Principal (2003 – 2006)*

Provided overall systems support for commercial real estate, transportation, and telecommunication hardware firms in the San Francisco Bay Area.

Projects incorporated:

- Designing, implementing and supporting the following: Domain Controllers, member and mail servers, network/file security, VPN solutions and data backup strategies
- Assisting in network/office relocations, equipment recommendations and procurement, financial models for IT requirements, and on call support
- Acting as primary liaison between clients' project management team and outside venders, agents and subcontractors

Charles Schwab & Co., Inc.                              San Francisco, CA

*Senior Staff, Technology Solutions (2002-2004)*

- Technical lead for deploying enterprise wide system vulnerability patches such as SQL slammer patch, service pack mass installation and IE patches which all utilized batch scripts and remote tools
- Recruited as national Windows Escalation Team member which studied and resolved global desktop issues which effected multiple locations
- Member of the windows support design team
- Facilitated bimonthly National Windows Administrator Forum that solved national desktop issues and potential problems

*Staff, Technology Solutions (2000-2002)*

- Ranking team member responsible for identifying, delegating and implementation the needs of the senior executives
- Performed 24/7 support duties for senior level executives
- Responsible for documenting and posting executive specific application issues and information into global knowledgebase

*Associate, Technology Solutions (1998-2000)*

- Executive Workstation Support helpdesk member remotely supporting all applications used by VP and above executives

**Trial Exh. 27002 Page 012**

- Provided 24/7 rotation support

Ketchum Advertising                                    San Francisco, CA
*Contractor (1997)*

- Supported PC and MAC environment
- Performed nightly backups of all servers

## AWARDS RECEIVED

Recipient of multiple Schwab Spot Awards for meeting and exceeding responsibilities. Received a Charles Schwab "Excellence in Service" award in 2003 for leading team responsible for patching one thousand plus SQL slammer infected machines one week ahead of schedule.



**Candidates Name:   Janice McCourt – Lives in MA**
**For more information on this candidate please contact:**
**Jeff Goldman- Chief Sales Officer          Phone:** ████████
**E Mail:** ███████████

## Leadership Profile

**Global Sales and Clinical Operations Expert on Product/ Service Launches, Sales and Marketing Leadership, Market Development, Best Practices, E-Commerce, Team Building, Networking, Training and Motivation**
Visionary, ROI-driven sales and marketing executive leader with a demonstrated record of success in a variety of therapeutic areas (oncology, cardiovascular disease. metabolics, pediatrics, orphan drug diseases, lifestyle diseases and additional therapeutic areas) , strengthening existing therapeutic corporate commitment, and driving sales and investment to new heights in the pharmaceutical/biotechnology services industry through business and clinical development savvy.  Expertise in business alliance and partnering, product/ services positioning and clinical and market plan development.  Full understanding of portfolio review process for therapeutics, biologics, diagnostics, and in-licensed opportunities for maximizing profitability versus competing projects.  Demonstrated ability to function in a highly matrixed organization in which data, results, and influence rather than authority drive decision-making.  Proven ability to train sales personnel, analyze problems, develop and implement strategies, and determine effectiveness for company success.

## Professional Experience

**Coram Clinical Trials (Division of Coram Apria Healthcare/ Blackstone Group)**
**Mount Prospect, IL**

**Senior VP, Business Development and Marketing**
**2007 to Present**

Hired to turn around division; $300,000 in revenues and no pipeline in 2006; Added $34 million (4667% growth; 560% of goal achievement) to pipeline with $26 million in proposals (additional revenue). Identified and managed global business and one direct report for clinical project opportunities to top-tier Fortune 100 clients/ mid-tier and smaller early stage clients.  Provided vision, direction, and guidance to executive clients in determining business and clinical development strategy through therapeutic expertise at top-tier, mid-tier, and smaller biotechnology and pharmaceutical companies.  Provided clinical and business and project team members with a solid understanding of best practices, innovations, trends in the industry, and ways to optimize client success through consulting engagements in addition to developing a business plan, communication plan and hiring plan that did not exist previously in a $1.5 billion company along with hiring new sales people and terminating non-performers.

**Ingenix, a division of UnitedHealth Group**
**Waltham, Massachusetts**

**Senior VP, Business Development and Marketing**
**2003 to 2006**

Began tenure as an associate practice leader and quickly earned recognition for excellence and revenue generation; promoted to full sales practice leader at Protocare Sciences, which was later acquired by Ingenix (top tier consulting firm to the pharmaceutical and biotechnology industries).  Identified and managed global business and clinical project opportunities to Fortune 100 clients including numerous projects focused on in and out-licensing strategy. Provided vision, direction, and guidance to executive clients in determining business and clinical development strategy through differentiation and therapeutic expertise.  Provided clinical and business and project team members with a solid understanding of best practices, innovations, trends in the industry, and ways to optimize client success

through consulting engagements in drug licensing, risk management/ drug safety, pharmacoepidemiology, health outcomes and  general client clinical success.

- Contracted $13.8 million in annual business (revenue was 276% annual sales goal) at disgruntled clients where we were locked out or brand new clients where we previously had not done business; maintained 38 percent corporate profitability on consulting projects and 100 percent profitability on data sales. Consistently led sales team in business development efforts and won Pinnacle award (top 10 percent of sales at UnitedHealth Group) each year.



- Created strategic business development plans for offerings, resulting in $21 million in annual pipeline proposals at all top-, mid-, and lower-tier clients within the drug industry despite strong competition.

- Led new business development effort for new clients in $5 million/ year in additional revenue production due to focus on selling to senior executives.

- Hired and trained new personnel

- Received the Pinnacle award (two consecutive years) and the Spot Award (business development and training).

**ActivBiotics, Incorporated**
**Waltham, Massachusetts**

**VP, Corporate Development and Marketing**
**2002 to 2003**

Provided executive business and clinical leadership for business development strategies and managed P&L for creating revenue-generating opportunities with major pharmaceutical, biotechnology, and diagnostic companies as well as major teaching institutions.  Designed business development, marketing, investor relations, and corporate communications strategies for an infectious disease portfolio as mandated by the board of directors.  Leveraged industry network resources and past experience with external development programs involving licensing, research agreements, joint ventures, clinical partnerships, and corporate alliances to build relationships with senior-level contacts and provide significant financial return for the company. Created out-licensing package for diagnostic assay for potential corporate partnering leading to interest from two potential partners.  Presented and negotiated terms for potential opportunity for anti-fungal drug to be added to company portfolio.

- Collaborated with senior management team in raising $30 million in Series B financing by creating a business plan that was fielded to new investors.

- Established corporate valuation—fielded market research efforts to draft marketing plan, optimized clinical program through prioritization of indication strategy for drug commercialization, developed partnering list of pharmaceutical and biotechnology organizations, and compiled into company's first business plan for investors.

- Created strategic business development plan to out-license lead drug in infectious disease leading to three offers to acquire the company.

**PRAECIS Pharmaceuticals Incorporated**
**Waltham, Massachusetts**

**VP, Commercial Operations/Corporate Communications**
**1998 to 2002**

Directed business and clinical strategy and managed P&L in business development partnering, marketing, investor relations, and corporate communications.   Spearheaded achievement of board-directed strategic and tactical objectives for a diverse drug and diagnostic portfolio focused on oncology, urology, women's health, CNS, and immunology products.   Created corporate disclosure strategy/policy, crisis communications plan, and marketing infrastructure.   Resolved strategic partnership issues for drug development products related to marketing, clinical development, and manufacturing issues.   Managed costs successfully by outsourcing work versus hiring new personnel.

- Increased corporate stability by raising $700 million via partnerships, IPO, and secondary offering when company had 5 months of cash reserves on hand. Drafted business plan and strategic corporate marketing and communications plan and executed and drove revenues consistently from Day 1 at company.



- Directed event-driven investor communications plan which led to recognition as one of the "Top IPOs of 2000."
- Received numerous awards for corporate web site, annual report, and public relations programs.

**TAP Pharmaceuticals Incorporated (Abbott-Takeda Partnership; bought out by Taekda for $5 billion)**
**Deerfield, Illinois and Bernardsville, New Jersey**

**Regional Business Unit Manager**
**1997 to 1998**

Directed and developed 100-person team focused on GI disease and oncology products in primary care, specialty care, managed care, hospital sales, and government affairs.  Oversaw sales strategy/objectives to influence physician prescribing and product contracting in New Jersey, Pennsylvania, District of Columbia, and Delaware.  Worked in concert with management team to transfer sales strategy to tactical goals for revenue generation.  Conducted annual performance reviews and year-round coaching to optimize team success. Appointed to the management council to assist in developing corporate strategy and long-term vision for product success and overall corporate profitability.

- Provided the leadership that drove the last place region from number 18 to number 2 within nine months.
- Chosen to participate in strategic field marketing team to assess regional programs for national roll-out.
- Won the coveted Excalibur award for top 15 percent of sales in 1997.

## Employment Prior to 1997

Held various positions with TAP Pharmaceuticals, gaining increasing responsibility starting as first commercial hire for joint venture.  Began tenure as a sales representative, served as medical research associate/scientific liaison, and then in several higher-level management positions.  Maximized sales growth and market share for promoted products via sales presentations to targeted health professionals in the New England, NY, and NJ.  Created the organization's first formal management development program that was later implemented company-wide in all divisional disciplines including R&D professionals. Provided training at all levels, from administrative personnel to executive management. Led formulary negotiations with major clients for introduction of Prevacid, the fourth most prescribed prescription medication in the U.S.  Significant accomplishments included:

- Excalibur award winner for top 15 percent of sales personnel in 1986, 1987, 1988, and 1989.
- Excalibur award management winner for top 15 percent performance in 1990, 1991, 1992, and 1993.
- Chosen as one of the top nine national sales associates to create a scientific liaison function focused on Phase 4 research.  Named the number one medical research associate nationally.
- Closed the very first and the most contracts in the national account manager team.
- Brought the last place district from number 12 to number 1 within first year as district manager.  Was the youngest sales manager in the history of the company.

## Education/Professional Development

- Pharmaceutical Doctorate program for September 2007 at the Massachusetts College of Pharmacy.
- MBA, University of Phoenix—2007.
- Northwestern University Certificate in Investor Relations and Corporate Communications Program—2000.
- Harvard MBA Course in Financial Accounting for Publicly Traded Corporations—1999.
- NIRI (National Investor Relations Institute) Investor Relations Certificate- completed—1999.
- MIT Executive Training in Managing Technical Professionals—1998.
- Center for Creative Leadership-Leadership Development Program- certificate—1997.
- BS in Pharmacy, Massachusetts College of Pharmacy, Boston, MA—1984.
- Clinical pharmacy internship: internal medicine, gastroenterology, cardiology, Harvard Medical School—1984.

## Honors and Awards

- Who's Who among American Executives—1998 to 2006/ Who's Who among American College Students—1983 and 1984; National Pharmaceutical Council Intern to Abbott Laboratories (Selected from top 10% of applicants nationwide)—1983; Rho Chi Honor Society—1979 to 1984; Connecticut State Scholar—1979.

# **K**ey **A**ccomplishment **S**ummary

**Boosted Sales in a Declining Market**

**Situation:**

A major pharmaceutical organization had a history of blockbuster profitability from several product launches in the U.S. and the UK.  Competitor drugs were launched and, due to extensive marketing, were being recommended by doctors.  This resulted in losing market share.  The company needed a differentiation strategy in order to position their products as superior—its drugs were in mature or undeveloped markets and no competitor had fielded a "head to head" study to showcase each drug's superiority. Worked with primary and secondary market research data to develop strategic business development plan to aid company in their commercialization efforts.

**Action Plan:**

- Pitched client on unique project opportunities to augment their efforts post drug approval; submitted RFP bid for projects based on data and client therapeutic expertise.

- Made a presentation to client company's senior management outlining corporate capabilities and clinical and commercial expertise in the erectile dysfunction, diabetes, migraine (CNS), schizophrenia and bipolar disease (CNS) smoking cessation, anti-infectives and Chronic Obstructive Pulmonary (COPD) therapeutic areas. Recommended the implementation of a patient study or registry for each product.

- Shared a new database tool that pools data on high prescribers of the drugs targeted for studies; this tool would be effective in recruiting patients quickly in the U.S. market.

- Identified high prescribing physicians in the company database, and leveraged other market research data sources.  Worked with previous physician study participants through our CRO (clinical research organization).

- Offered recommendations for gathering patient survey information to differentiate the company's drugs versus competitive therapies for publication and dissemination in the managed care and physician community. Designed a survey instrument that would optimize the "head to head" data and make the instrument as concise as possible so patients would not lose interest in completing the survey.

- Selected as one of top six vendors for the multi-year contract; per directives from the company, collaborated with executive management in revising the budget and timeline.  Upon completion, awarded the contract.

- Conducted meetings with client company and matrix team to analyze clinical trial data and determine what information should be gathered in the patient survey.

- This project is still in implementation.  Data will be published and presented at key physician and managed care organization meetings.  Study data will be reviewed internally and formulated into an optimized publication and dissemination strategy to solidify drug formulary positioning.

**Results:**

Major global pharmaceutical client organization invested $8 million in prospective patient "real world" studies. Client organization is very pleased with the status of each respective study and is at various stages of publication and data dissemination.  Client organization believes that each study will enhance clinical and managed care acceptance based of data which clearly differentiates each launched product.  Study data will assist client organization in several formulary acceptances at national and regional managed care organizations that did not have formulary listing previously along with optimizing tiering within formularies.  Additionally, the client organization signed a renewed Master Service Agreement with the expectation that the organization will refine their vendor list to preferred vendors and double their spending with us starting in 2007. Client company believes that each study will increase product revenue by 30 to 100 percent due to positive "head to head" data received at one-tenth of the investment of a clinical trial and in less than half the amount of time.

# **K**ey **A**ccomplishment **S**ummary

**Secured $30 Million in Private Venture Funding**

**Situation:**

A privately-held biotechnology company needed to plan its next round of Series B financing.  The company had 12 months of cash to run its operation and had no corporate partners investing in the development of rifalazil, its lead drug in Phase 2 development.  The company, mainly comprised of scientists with focus on science and lack of focus on market value, had raised its angel round and Series A funding without a business plan or strategy.  In order to succeed, the company was in need of field market research and analysis to create a marketing plan to secure additional funding.  Without a fresh infusion of capital, the research and development of this new class of antibiotic with potential indications in GI disease, atherosclerosis, and various bacterial diseases would grind to a halt.

**Action Plan:**

- Market research efforts revealed that resistance rates for competitive therapies ranged from 10 to 50 percent dependent on area of global launch.  Market research allowed company to prioritize focus on atherosclerosis, GI, and anti-infective indications with this priority.

- Drafted the company's first-ever business plan for engaging venture investor interest by fielding primary and secondary market research and working closely with company scientists to organize scientific information with market data.

- Compiled data and created sales and manufacturing forecasts clinical trial and product launch.

- Presented business strategy to develop the drug as far into development as NDA filing or Phase 3 development to optimize company valuation.  This would allow the board to build a plan for solidifying a potential partner to fund clinical trial development, whether as an IPO or a privately-acquired organization.

- Hired leading Harvard Medical clinicians to develop the best strategy for clinical development and the drug's commercial success.

- Compiled clinical trial data and disseminated it at key scientific meetings; implemented a series of press releases to highlight the drug's key attributes of clinical superiority from the trials.  The communication strategy incorporated trade shows to showcase clinical trial data and position the company as an industry leader.

- Reviewed in-licensing opportunities for drug development pipeline—investigated the addition of an anti-fungal compound or class of compounds into the pipeline to further differentiate the drug development pipeline.

- Fielded diagnostic assay out-licensing opportunity for potential acquisition by corporate partner.  Teamed with a company that develops diagnostic products—an area in which the company did not have expertise.

- Developed a presentation program, including clinical development, marketing, forecast data, and market research.  Set one-on-one meetings with identified potential investors.

**Results:**

Successfully raised $30 million in venture funding through business plan and corporate presentations.  The excellence of the presentations resulted in offers by pharmaceutical companies to buy the company; however, the decision was made to further develop the drug and take it closer to NDA filing and reconsider an IPO or acquisition at a later time with a higher market valuation.

# **K**ey **A**ccomplishment **S**ummary

**Secured Corporate Partner to Fund Drug Development and Commercialization to raise $700 million in investment**

## Situation:

A privately held biotechnology company had five months of cash on hand to run its operation and had a history of not being profitable from inception. Five years after inception, its corporate partner was unwilling to pay a $10 million milestone payment and wanted to renegotiate the deal after signing, which would put the company out of business. The company had planned to go public several times, but the financial markets were not favorable. The venture investors were unwilling to assist with an additional round of private funding and wanted an exit strategy to recoup profits made on their investment.

## Action Plan:

- Communicated the corporate partnership situation to board members. The board members notified the corporate partner that the $10 million payment must be made or it must opt out of the program. The corporate partner opted out.

- Drafted the company's first marketing plan to assist in the drug development commercial strategy through fielded primary and secondary market research.

- Utilized IMS data to target companies that had a franchise in these therapeutic areas. Made initial contact with these companies to gauge interest and developed a short list of potential corporate partners who were interested in the development of an oncology drug.

- Collaborated with Chief Medical Officer in presenting business strategy, commercial opportunity, and clinical overview to potential investors. Shared detailed forecast information and market research to convince potential partners of optimistic, realistic, and pessimistic scenarios of revenue potential based on drug attributes and clinical profile.

- Made presentations to 25 companies; received offers from 3 companies interested in becoming corporate partners to the Phase 3 development of abarelix.

- Conducted an in-depth analysis of each potential corporate partner and presented results to board and executive management; recommended one particular company that would be the best partner for the development and commercialization of the drug.

- Key player in the leadership team for the steering program that was established to guide the development, investment, and commercialization of the drug globally.

## Results:

Successfully built the infrastructure of a newly public biotechnology company to commercialize the lead drug development candidate. Solidified the corporate partner in the U.S., Canada, Australia, and New Zealand territories. Convinced corporate partner to invest $300 million into the drug's development and commercialization—secured regulatory approval and further refined the marketing plan as the drug continued through the development lifecycle. This partnership allowed the company to go public and grow to one of the top IPOs of Wall Street that year. The partnership also allowed the company to achieve a market capitalization of $1.8 billion.

# **K**ey **A**ccomplishment **S**ummary

### **Launched a Joint Venture that has Become a Multi-Billion Dollar Business**

**Situation:**

TAP Pharmaceuticals was a joint venture between U.S. and Japanese global pharmaceutical organizations executed to market Japanese drugs within the U.S. market. Three previous similar joint ventures had been unsuccessful due to differences in culture and business strategy. R&D personnel had never achieved corporate goals and objectives. The first product launched faced substantial resistance from physicians because the drug would replace a surgical procedure. A market had to be created through a substantial patient education effort along with reimbursement and pricing strategy for a new drug class that did not previously exist.

**Action Plan:**

- Designed a patient education program through advocacy groups to provide information directly to cancer patients with a goal of discovering the preferences for drug treatment as opposed to surgery.

- Launched Prevacid and Lupron in marketplace which surpassed corporate expectations on revenues—each product sold over $1 billion in sales early on in launch (blockbuster sales potential).

- Built a patient reimbursement program as the drug is mainly used for seniors; the goal was to provide details and a hot line number for patients to call for medical or reimbursement information.

- Developed key competencies based on data gathered by the Gallup organization. Compiled a list of questions to determine if potential candidates from other sales organizations, the military, and various clinical professions had these competencies. Set up an objective ranking system for promising candidates.

- Hired talented salespeople to launch new oncology and gastroenterology pharmaceutical products in the U.S.

- Designed a market care strategy featuring the lower cost of the new drug as compared to its competitor drug to position both products on all major formularies throughout the country.

- Established a management development program to achieve all corporate goals and objectives through year-round coaching and training.

- Personally traveled to Japan to share business plans with executive management of Takeda Pharmaceutical and Chemical Company.

- Hired and trained sales people and sales management through year round performance management system which was implemented company-wide to other constituencies such as R&D, finance, marketing and administrative personnel.

- Cultivated relationships with key opinion leaders throughout the U.S. clinical community, building a medical scientific liaison program through communication planning effort.

- Worked with IMS data to target top percentiles of high prescribing doctors in urology, women's health, oncology, gastroenterology, internal medicine, and primary care physician disciplines. Utilized targeted selection for hiring efforts to optimize sales productivity.

**Results:**

Whereas previous joint venture lost $9 million on $5 million in sales, the current venture has become a $4 billion U.S. organization. The Prevacid launch was the fourth most successful in the history of pharmaceuticals and the Lupron launch was one of the most successful oncology drug launches in the history of pharmaceuticals. Within two years of incorporating the management development training program, R&D achieved corporate goals and objectives for the first time. The oncology drug market began as a $5 million market in 1985 which grew to a billion dollar market for the drug. The Prevacid launch was the fourth most successful launch in the history of pharmaceuticals which is currently a $4 billion market for GI diseases.

# Executive Insights

**Making a Difference in Today's Competitive Biotechnology or Pharmaceutical Market**

## Passion for Continuous Improvement and Operational Excellence

Driving strategic vision and implementing creative ideas is critical in today's ever-evolving pharmaceutical and biotechnology markets. Exhibiting a high energy level and a focus on excellence is infectious and will drive a passion to achieve. Driving shareholder value through product and intellectual property development is the key of enhancing an organization's competitiveness. Having the ability to be responsive to business opportunities especially during a crisis is critical in an environment when there is a 90 percent failure rate. Having the ability to identify opportunities that can create value for an organization is critical to success.

## Offering Solutions, Not Products

Competition is tough and selling at a premium price requires product differentiation versus "selling on price." Success in a highly competitive pharmaceutical and biotechnology market will be assured by those who focus on assisting customers with their challenge—finding solutions versus offering products. A product must be delivered to customers that exceed expectations in price, quality, shipping time, or other measurable ways. Those value-added factors increase performance, productivity, and the company's bottom line; this will build customer loyalty.

## Shorter Time to Value

A wise investment decision that delivers immediate product differentiation can make the difference between a profitable quarter and an unprofitable one. The focus should be on creating immediate returns for clients—additional enhancements can be implemented along the way to build customer satisfaction and loyalty. Benefits should not be held up when a consulting strategy can be implemented in a fraction of the time of a clinical trial. A fraction of the cost of a prospective study can deliver value at one-tenth the investment in half the amount of time.

## Meeting Evolving Client Needs

Keeping a finger on the pulse of customer needs is critical to a company's success. This is more difficult than it seems due to the evolving nature and lack of control in today's pharmaceutical and biotechnology markets. Using a customer-focused approach to differentiate services and products will support customer retention.

## Delivering an Optimum Solution

Product life cycles in the biotechnology and pharmaceutical industry are relatively short and clients require quick solutions at a competitive price. Innovative solutions can impact a revenue opportunity as companies see market pressures or a lack of clinical trial data to launch products successfully. An expert in the industry is the ideal resource in identifying solutions that will best fit a client's ultimate challenges.

## Finding Customers' "Hot Buttons"

No two clients like to be sold the same way. A financial decision-maker is concerned with ROI, competitive affordability, and improving the revenue cycle. An operations executive is more focused on improving processes or ease of implementation. A CEO will react to an ability to further the company's mission and vision and assist the organization with profitability. Finding these "hot buttons" will ensure success.

## Keeping Customers for Life

A satisfied customer is the best business strategy for success. Being reliable, credible, professional, responsive, and empathetic are the keys for success. Listening to a client and asking key questions that will lead to the optimum solution will reap rewards in continued client relationships. Continually striving for improvement is the key to creating long-term value and a continued profitable relationship with clients.

**JODI L. SUTTON**



*March 2000 -*   **JUNIPER NETWORKS, INC.**                                      Sunnyvale, California
Present

March 2007     ***Vice President***
to present     ***Worldwide Sales Operations***

Report directly to the Executive Vice President of Worldwide Field Operations.  Manage
worldwide function consisting of 130+ persons, supporting 1800 sales personnel and
$3B+ in revenue.

Accountabilities include:

Productivity:  Created and now drive Company's first "Sales Excellence" productivity
initiative, a broad-ranging project addressing not only cost-savings measures, but also
sales coverage models.  Objective is to reduce sales cost as a percent of revenue by 2
points over two years (a 12% improvement).  Launched in January 2008.  On track to
achieve objectives.

Sales Processes and Systems:  Responsible for systems and applications for the Field
organization, including CRM.  Identify, select and integrate third-party vendors into CRM
systems.  Develop and enhance sales processes.  Personally serve as the Global
Process Owner for the worldwide deals process, covering contracts, proposals and
pricing.  Documented for the first time cross-functional roles and responsibilities for each
material term of a deal.  Drive Field's adoption of standardized processes and systems.

Worldwide Deals Desk.  Develop and implement process by which special pricing
requests are submitted and approved.  Identify and report out on metrics (e.g., volume
per month/per quarter; length of approval time; discount trends (by month/quarter, by
product group); and margin analyses).

Business Analytics and Reporting:  Forecast bookings for product and services.  Publish
weekly reports and flash reports on such topics as:  bookings status, channel inventory,
POS reports uploaded and processed.  Prepare ad hoc analyses and presentations.
Partner with Sales Finance and Business Groups for business planning.

Training:  Work cross-functionally to identify and prioritize training needs for the sales
force, system engineers, the channel and end users.  Develop training curriculum and
content.  Piloted new sales methodology in 2008, to be launched in 2009.  Measure
returns on training investments and programs.

Compensation:  Create and administer sales compensation plan, incentives and rewards
programs.  Track performance of the Field organization and make necessary adjustments
to drive behavior and align plan with Company strategy.

Sales Support:  Support activities include proposal support; executive briefings center;
order tracking; shipping status, including expedite requests.

| October 2004<br>to March 2007 | ***Vice President and Deputy General Counsel***<br>***Worldwide Commercial Group***<br>***Served as Acting General Counsel (October 2003-February 2004)*** |
|---|---|

| March 2000<br>to October<br>2004 | ***Associate General Counsel***<br>***Senior Director of Worldwide Legal Affairs*** |
|---|---|

Second attorney hired by the Company.  Reported directly to the Vice President, General Counsel and Corporate Secretary.  Worked extensively with senior management, including the CEO, CFO, the Executive Vice President responsible for Worldwide Sales, Service and Marketing, the Vice President of Finance, the Vice President of Human Resources, the Corporate Controller and Internal Audit.  Interacted with the Board of Directors as needed.  Managed the Department's Commercial Group, the customer-facing group within the Department.

Responsibilities:  Supported the sales, service, marketing, operations, information technology, and facilities organizations on a worldwide basis.  Structured, negotiated and drafted agreements for strategic relationships, sales transactions, marketing arrangements, and operations/logistics/supply arrangements; handled human resource matters, including reductions in work force; reviewed/edited press releases and other marketing literature.  Managed the Company's export compliance program.

Awards:  "Corporate Support Award"; "Achievements in Sales and Services"; and "Sales VIP Award".

| December<br>1997 to<br>March 2000 | **SILICON GRAPHICS, INC.** | Mountain View, California |
|---|---|---|

| August 1999<br>to March 2000 | ***Director, Products and Technology Group***<br>***Acting Director, Intellectual Property*** |
|---|---|

Reported directly to the Vice President/General Counsel.  Lead lawyer for the (a) Senior Vice President responsible for strategic relationships, and product development and distribution; (b) Marketing division within the Computer Systems Business Unit; and, (c) Broadband Internet Solutions.

| December<br>1997 to<br>August 1999 | **Senior Division Counsel**<br>Lead lawyer for the Workstation Division, the Volume Product Division, and the Software Technology Group. |
|---|---|

Responsibilities:  Lawyer responsible for the company's spin-off of the MediaBase technology to Kasenna.  Member of the company's Contract Alliance Board, which was used to evaluate strategic relationships and investments.  Legal point person for the company's strategic relationship with Intel (1999-2000).  Counseled clients on:  licensing and protecting intellectual property; managing relationships with competitors, partners, customers and suppliers; and, structuring and executing marketing initiatives.  Negotiated and drafted agreements:  license agreements, joint design and development agreements, manufacturing and outsourcing agreements, OEM agreements, distribution agreements, service and support agreements, and other commercial transactions.  Responsible for internet-related legal issues raised by the company's e-commerce business model.  Retained and managed outside counsel as appropriate.

| April 1993 to December 1997 | **FISH & RICHARDSON P.C.**<br>***Partner (October 1995 to December 1997)***<br>***Associate (April 1993 to October 1995)*** | Menlo Park, California |
|---|---|---|

Practice focused on intellectual property counseling, with an emphasis on litigation: patent infringement, trade secret, contract and antitrust matters.  Served as the hiring partner for all seven offices of the firm.

| January 1991 to April 1993 | **BROWN & BAIN**<br>***Associate*** | Palo Alto, California |
|---|---|---|

Focused on intellectual property litigation, involving patent infringement, antitrust and misappropriation of trade secret matters.

| October 1988 to January 1991 | **BOGLE & GATES**<br>***Associate*** | Seattle, Washington |
|---|---|---|

Focused on civil litigation, involving contract disputes.

| February 1987 to August 1988 | **Hon. Judith M. Billings**<br>***Law Clerk, Utah State Court of Appeals*** | Salt Lake City, Utah |
|---|---|---|

| October 1985 to May 1986 | **American Stores Company**<br>***Law Clerk to General Counsel*** | Salt Lake City, Utah |
|---|---|---|

**Education**

**University of Utah, College of Law.**  *J.D.* William H. Leary Scholar.
**Stanford University** *B.A. (with Distinction) in Economics.*
**University of California, Irvine** *Political Science Major.* Cumulative G.P.A. 3.794. Named to Dean's Honor List for all four academic quarters.

**Bar Admissions and Memberships**

Admitted to practice in California, Washington and Utah.

**Kelley Harrison**



**Education**

General Studies, Canada College, Redwood City (2000)

Bryman College, Medical Assisting, San Jose (2004)

Cobra Notification Seminar (2007)

**Employment Experience**

**Theranos, Inc.**
Office Manager/HR Assistant /Assistant
(Aug 2007-Present)

**Accomplishments**
Responsible for Office Management and acted as Human Resource Representative,
Upkeep of administration of policies and procedures, employee benefits, federal and state
legal compliance, employee and manager training, employee relations and conflict
management. Correspond with and interviewed prospective employees, screening for
background, drug use, DMV record, I-9 Forms. Updated Employee Handbook, Updated
Org Structure, Cobra management, Coordinated with lawyers to complete immigration
procedures for foreign nationals, such as H1-B visa process and green card application
procedures. Worked closely with insurance brokers and carriers to resolve employee
benefit problems. Work closely with CEO while Administrative Assistant was out.
Liaison with finance and CEO to maintain check runs. Book travel for CMO and CEO,
arrange Board of Director Meetings. Coordinated Office events – Holiday Party's and
Company gatherings.

**Clinical Assistant/Medical Assistant**
Stanford Hospital and Clinics Neurosurgery
(Dec 2003-May 2005)

**Accomplishments**
Responsible for scheduling various medical studies
and procedural appointments, Billing, checking
patients in and out, answering multiple phone lines,
data entry, liaison between insurance companies and
medical office, monitored patients prior to doctor evaluation

**Office Management**

Jags Powar,M.D./Kathryn MatthewsM.D. OBGYN
(Feb 2000-Nov 2003)

**Accomplishments**

Responsible for handling patient case load, answering
multiple phone lines, bookkeeping, checking patients in
and out, office maintenance, pre and post patient care,
precertified patient procedures through insurance companies

**Administrative Assistant**

Office Of Internal Medicine
( July 95-Jan 2000)

Data Entry, Maintained Files, Office Support,
Answered multiple phone lines,billing,insurance
authorization, pharmacy calls, worked front and back
office

**Skills and Traits**

Customer Service Orientation: Positive attitude, work well with others
Office Skills: Multi-tasking, strong communication skills, typing
Financial Skills: Bookkeeping, accounting
Personal Traits: Honest, reliable, punctual, energetic, and detail oriented
Self Starter: Take direction and complete task on deadline

**References available upon request**

## Curriculum Vitae

**Name:** Marc THIBONNIER, M.D., M.Sc., F.A.H.A.

**Present Title:** Chief Medical Officer
Theranos, Inc, 3200 Hillview Avenue, Palo Alto, CA

**Citizenship:** US and French

**Undergraduate Education:**
- Bachelor of Sciences with Distinction, Academy of Paris, Paris, France (1966)

**Graduate Education:**
- Medical Degree with Honors, School of Medicine, University of Paris, Paris, France (1977)
- Master's Degree in Pharmacology, School of Medicine, University of California, San Francisco, California (1984)

**Postgraduate Education:**
- Internship and Residency, University Hospitals of Paris, Paris, France (1973-1977)
- Fellowship in Clinical Pharmacology, University of California, San Francisco, California (1982-1984)

**Academic Appointments:**
- 1977-1982: Chef de Clinique, University of Paris School of Medicine, Paris, France
- 1982-1984: Visiting Assistant Professor, Division of Clinical Pharmacology and Experimental Therapeutics, Department of Internal Medicine, University of California, San Francisco, California
- 1984-1985: Visiting Assistant Professor, Division of Clinical Pharmacology, Departments of Pharmacology and Internal Medicine, Medical College of Ohio, Toledo, Ohio
- 1985-1987: Associate Professor, Division of Clinical Pharmacology, Departments of Pharmacology and Internal Medicine, Medical College of Ohio, Toledo, Ohio
- 1987-1988: Associate Professor, Division of Nephrology, Department of Internal Medicine, Medical College of Ohio, Toledo, Ohio
- 1988-1990: Associate Professor of Medicine, Division of Hypertension and Endocrinology, and Division of Clinical Pharmacology, Department of Medicine, Case Western Reserve University School of Medicine, Cleveland, Ohio
- 1990-1996: Associate Professor of Medicine and Pharmacology, Departments of Medicine and Pharmacology, Case Western Reserve University School of Medicine, Cleveland, Ohio
- 1994: Award of tenure, Case Western Reserve University School of Medicine, Cleveland, Ohio
- 1996-2000: Professor of Medicine and Pharmacology, Division of Clinical and Molecular Endocrinology, and Division of Clinical Pharmacology, Departments of Medicine and Pharmacology, Cleveland, Ohio
- 2000-2007: Adjunct Professor of Medicine, Case Western Reserve University School of Medicine, Cleveland, Ohio

**Hospital Appointments:**
- 1977-1982: Assistant des Hôpitaux de Paris, Department of Internal Medicine and Hypertension, Hôpital Broussais, Paris, France
- 1982-1984: Physician, Department of Internal Medicine, Moffitt's Hospital, San Francisco, California

1

- 1984-1988: Staff Physician, Department of Internal Medicine, Medical College of Ohio Hospitals, Toledo, Ohio
- 1988-2000: Staff Physician, Department of Medicine, University Hospitals of Cleveland, Cleveland, Ohio
- 1990-1996: Associate Director, Division of Hypertension, Department of Medicine, University Hospitals of Cleveland, Cleveland, Ohio
- 1992-2000: Staff Physician, Veterans' Administration Medical Center, Cleveland, Ohio

**Licensures:**
- American Educational Commission for Foreign Medical Graduates Examination, 1982
- National Board of Medical Examination of the United States, Visa Qualifying Examination, 1982
- Federation of State Medical Boards of the United States, Federation Licensing Examination, 1983
- Medical Licenses: # 40923 (France), # 35-05-1790-T (Ohio)

**Board Certifications**:
- Board Certifications in Internal Medicine, Endocrinology, and Nephrology (France)
- Board Certifications in Internal Medicine (1988) and Clinical Pharmacology (1991) (USA)

**Military Service:**
- 1972-1973: National Health Service in the French Army: Medical Officer in charge of an emergency rescue team (Hôpital Begin d'Instruction des Armées, Vincennes and Centre Hospitalier Régional de Chartres)
- 1973-1993: French Army Reserve Medical Officer
- 1988-2000: Accredited Physician of the French General Consulate, Washington DC, USA

**Professional Service:**
- Reviewer of manuscripts and abstracts for:
  The Journal of Clinical Investigation, the American Journal of Physiology, the Journal of Biological Chemistry, Hypertension, Endocrinology, the Journal of Pharmacology and Experimental Therapeutics, the American Journal of Hypertension, Clinical Science, the Journal of Laboratory and Clinical Medicine, Archives of Biochemistry and Biophysics, the Canadian Journal of Physiology and Pharmacology, Molecular and Cellular Endocrinology, the American Federation for Clinical Research, the American Society of Nephrology, the American Society of Clinical Pharmacology and Therapeutics, Human Molecular Genetics, the Journal of Molecular and Cellular Cardiology.

- Member of:
  The American Society for Clinical Pharmacology and Therapeutics Board (1988-1992)
  The American Board of Clinical Pharmacology (1994-2000)
  The Examination Committee of the American Board of Clinical Pharmacology (1994-2000)
  The Nomination Committee of the American Board of Clinical Pharmacology (1995-2000)
  Current Drugs Ltd Evaluators Panel (1998-present)

- Memberships in Scientific Societies:
  French Society of Hypertension, French Society of Endocrinology, American Medical Association, American Society for Clinical Pharmacology and Therapeutics, American Society of Hypertension, Society for Experimental Biology and Medicine, Fellow of the Council for High Blood Pressure, American Society for Pharmacology and Experimental Therapeutics, Inter-American Society of Hypertension, Central Society for Clinical Research, American Federation for Clinical Research, American Society of Nephrology, Endocrine Society, American Diabetes Association, International Society of Nephrology.

**Honors and Awards:**
- Weisveller Foundation Travel Award (1978)
- Ciba-Geigy Research Fellowship (1979)
- Special Award of the Medical Society of the Hospitals of Paris (1982)
- Merck Foundation International Fellowship in Clinical Pharmacology (1992)
- Paul Neumann's Association Prize in Clinical Pharmacology (1982)
- Simone and Cino del Duca Research Award (1992)
- University Hospitals of Cleveland Genetics Scholar (1994)
- Fellow of the American Heart Association (2001)

**Editorial Positions:**
- The Editorial Board of PostGraduate Medicine (1992-2002)
- The Editorial Board of the Journal of Molecular and Cellular Cardiology (1999-2001)

**Service on National Grant Review Panels, Study Sections, Committees:**
- Grant Applications Reviewer for:
  The National Institute of Diabetes and Digestive and Kidney Diseases, the National Institute of Environmental Health Sciences, NATO, the Diabetes Association of Greater Cleveland, the National Science Foundation, the Medical Research Council of Canada

**School, Hospital, and University Committees:**
- 1989-1992: CWRU School of Medicine Computer Committee
- 1989-present: University Hospitals of Cleveland General Clinical Research Center Scientific Advisory Committee
- 1989-2000: University Hospitals of Cleveland General Clinical Research Center Main Advisory Committee
- 1990-2000: CWRU School of Medicine BSTP Program in Pharmacology
- 1992-2000: CWRU School of Medicine Metabolism Training Program in Biochemistry
- 1993-2000: CWRU School of Medicine and University Hospitals of Cleveland Program in Molecular Basis of Clinical Medicine
- 1996-2000: CWRU School of Medicine and University Hospitals of Cleveland Training Program in Genetics

**Students Supervised**
- Maria Eugenia Soto, M.D., Post-Doc Fellow, Chile: Effects of antihypertensive drugs on vasopressin secretion (Staff Physician, Broussais Hospital, Paris, France)
- Paolo Sassano, M.D., Post-Doc Fellow, Italy: Diagnostic value of converting enzyme inhibition in secondary forms of hypertension (Director, Sandoz Pharmaceuticals, Norristown, New Jersey)
- Joseph Anthony, M.D., Post-Doc Fellow, Haiti: Improvement of unilateral renal artery lesion diagnosis by converting enzyme inhibition (Nephrologist, Newark, New Jersey)
- Francis Bonnet, M.D., Resident, France: Saralasin test in human hypertension (Professor of Anesthesiology, Paris, France)
- Olivier Banzet, M.D., Intern, France: Antihypertensive effects of a calcium antagonist (Associate Medical Director, Pfizer France, Suresnes, France)
- Sylvie Daufresne, Ph.D. Candidate, France: Osmoregulation of vasopressin in normotensive and hypertensive patients (Research Associate, C.N.R.S., Paris, France)
- Marie Dominique Lardoux, M.D., France: Antihypertensive effects of an alpha and betablocker compound (Internist, Paris, France)

- Michael Woloschak, Medical Student, USA: Vasopressin receptors and vasopressin-induced platelet aggregation in diabetic patients (Assistant Professor, Division of Endocrinology, Mount Sinai School of Medicine, New York, New York)
- Nabil Chehade, Graduate Student, USA: Design of a vasopressin analog suitable for radioiodination and photoaffinity labeling (Resident, The Cleveland Clinic Foundation, Cleveland, Ohio).
- Andrea Bayer, B.S., USA: Purification of the human platelet vasopressin receptors (Research Associate, private industry, Cleveland, Ohio)
- Rudolph Snajdar, Ph.D., USA: Regulation of vasopressin receptors of mesangial cells (Research Staff, The Cleveland Clinic Foundation, Cleveland, Ohio)
- Savita Ginde, Undergraduate Student, USA: Signal transduction of vasopressin receptors (Resident in training)
- Diana Martin, Graduate Student, USA: Cloning of the oxytocin receptor of endothelial cells (Ph.D. student, Department of Pharmacology, Case Western Reserve University School of Medicine)
- Serge Kaddowa, Graduate Student, USA: Design of a computerized chart for hypertensive patients on power PCs (Ph.D. student, Department of Biomedical Engineering, Case Western Reserve University School of Medicine)
- Suvinay Paranjape, M.D., Post-Doc Fellow, USA: Phenotyping and genotyping of salt-sensitivity. (Post-doctoral fellow, Department of Medicine, Case Western Reserve University School of Medicine and University Hospitals of Cleveland)
- Karim Berrada, Ph.D., Post-Doc Fellow, USA: Kinases and phosphatases activation by vasopressin receptors. (Scientist, Athersys, Cleveland, Ohio)
- Laura Primak, M.D., Post-Doc Fellow, USA: Role of vasopressin in septic shock. (Post-doctoral fellow, Department of Pediatrics, Case Western Reserve University School of Medicine and University Hospitals of Cleveland)
- Patrick Coles, Undergraduate Student, USA: Modelization of vasopressin receptors (Graduate student, School of Engineering, UC Berkeley)

**Grant Support:**
  **Basic Research**
   1979 to 1981: Research Grants of the Medical Society of the Hospitals of Paris on the pathophysiology of vasopressin in human diseases: principal investigator, 100,000 FF.
   1982: Merck International Fellowship in Clinical Pharmacology: recipient, $50,000.
   1984: Special Grant of the Burroughs-Wellcome Fund on vasopressin receptors: principal investigator, $10,000.
   1985: Grant NW-85-12 of the American Heart Association Northwestern Ohio Chapter on the regulation of the $V_1$ and $V_2$ vasopressin receptors in the rat: principal investigator, $15,000.
   1986: Grant NW-86-17 of the American Heart Association Northwestern Ohio Chapter on the internalization of human platelet vasopressin receptors: principal investigator, $15,000.
   1985, 1986 & 1987: Grants 2-SO7-RR-05700-15,16 and 18 of the Biomedical Research Support Fund of the Medical College of Ohio: principal investigator, $22,000.
   1988: Research Initiation Grant WM 82426, Case Western Reserve University on the design of a $V_1$-vascular vasopressin antagonist suitable for radioiodination and photoaffinity labeling: principal investigator, $5,000.
   1988 to 1994: NIH  Grant RO1 HL39757 on vasopressin receptors and hypertension: principal investigator, $700,512
   1989 to 1994: NIH Grant PO1 HL41618 (program project on vasoactive hormones: receptors and signaling mechanisms, Director Dr. Janice Douglas): principal investigator of project 6 on $V_1$-vascular vasopressin receptors of mesangial cells, $587,624
   1993 to 1994: VA Grant on the structure of the $V_1$-vascular vasopressin receptor gene: principal investigator, $43,550

1994 to 1999: NIH Grant PO1 HL41618 (program project on vasoactive hormones: receptors and signaling mechanisms, Director Dr. Janice Douglas): principal investigator of project 5 on vasopressin activation of the phospholipase $A_2$ pathway, $1,051,808

1995 to 2000: NIH Grant 101 HL54512 (grant on genetic determinants of high blood pressure, Director Dr. Alan Weder, University of Michigan): co-investigator of CWRU component on genetic epidemiology of hypertension, PI Dr. Aravinda Chakravarti, $347,103

1995 to 1996: Sanofi Research Grant on molecular cloning, sequencing, and stable expression of human vasopressin $V_2$ receptor subtypes: principal investigator, $44,500

1995: Pfizer Central Research Grant on human vasopressin receptor subtypes: principal investigator, $93,750

1996 to 2001: NIH Grant RO1 HL39757 on signal transduction of $V_1$-vascular vasopressin receptors: principal investigator, $1,189,358

1997: Wyeth-Ayerst Research Grant on human vasopressin and oxytocin receptor subtypes: principal investigator, $81,250

1997: Pfizer Central Research Grant on human vasopressin and oxytocin receptor subtypes: principal investigator, $31,250

1997: SmithKline-Beecham Research Grant on human vasopressin and oxytocin receptor subtypes: principal investigator, $31,250

2001 to 2006: NIH Grant RO1 HL39757 on molecular determinants of human vasopressin receptors: principal investigator, $1,071,000

## Clinical Research

1978: Glaxo Pharmaceutical Company grant on the alpha and beta blocker, Labetalol (coinvestigator, 250,000 FF).

1979: Bayer A.G. grant on the calcium channel blocker, Nifedipine (principal investigator, 300,000 FF).

1980: Squibb grant on the angiotensin converting enzyme, Captopril (coinvestigator, 450,000 FF).

1981: Rhône-Poulenc grant on the beta blocker, Diacetolol (coinvestigator, 320,000 FF).

1987: Squibb grants on the pharmacokinetics of the angiotensin converting enzyme, Zofenopril in patients with renal insufficiency and on dialysis (coinvestigator, $56,000).

1988: Pfizer grant on the alpha-blocker, Doxazosin GITS in mild to moderate hypertension (coinvestigator, $50,473).

1988: Smith Kline & French grant on the alphabeta blocker, Carvidelol in mild to moderate hypertension (coinvestigator, $50,945).

1988: Eli-Lily Grant on the vasodilator, Pinacidil in severe hypertension (coinvestigator, $109,150).

1990: Pfizer grant on the orally active renin inhibitor, CP 80,794  (principal investigator, $5,000).

1990: Bristol-Myers-Squibb grant on the angiotensin converting enzyme  inhibitor, Fosinopril (coinvestigator, $50,650).

1990: Myles grant on the calcium channel blocker, Nisoldipine (coinvestigator, $88,413).

1991: Smith Kline Beecham grant on the potassium channel activator, BRL38227/031 (coinvestigator, $105,021).

1991: Merck Sharp Dohme grant on the calcium channel blocker, Felodipine (coinvestigator, $73,958).

1991: Pfizer grant on the effects of Amlodipine on left ventricular hypertrophy and function, and heart ectopic activity in mild to moderate hypertensive patients (coinvestigator, $240,830).

1993: Smith Kline Beecham grant on the angiotensin II antagonist SKF 108,566 in mild to moderate hypertension (coinvestigator, $35,420).

1993: Lexis grant on the levothyroxine (principal investigator, $60,000).

1995: Sanofi grant on the antihypertensive effect of the nonpeptide vasopressin antagonist SR 49059 (principal investigator, $187,326).

1996: Wyeth-Ayerst Research grant on the nonpeptide vasopressin antagonist VPA-985 in SIADH (principal investigator, $58,445).

1997: Wyeth-Ayerst Research grant on the nonpeptide vasopressin antagonist VPA-985 in drug-induced SIADH (principal investigator, $61,370).

1997: Wyeth-Ayerst Research grant on the nonpeptide vasopressin antagonist VPA-985 in the treatment of patients with hyponatremia (principal investigator, $95,903).

1998: Otsuka America Pharmaceutical Research grant on the nonpeptide vasopressin antagonist OPC-41061 in the treatment of patients with hyponatremia (principal investigator, $78,000).

1998: Bristol-Myers Squibb Pharmaceutical Research Institute grant on the mixed NEP/ACE inhibitor Omapatrilat in the treatment of diabetic patients with nephropathy (co-principal investigator, $35,000).

1999: Parke-Davis grant on the nonpeptide vasopressin antagonist YM087 in patients with euvolemic or hypervolemic hyponatremia (principal investigator, $47,000).

1999 to 2008: NIH Grant NO1-HC-95181 on Prevention of Cardiovascular Disease in Diabetes (ACCORD program): principal investigator, $13,225,096.

2000: Parke-Davis grant on the IV form of the nonpeptide vasopressin antagonist YM087 in patients with euvolemic or hypervolemic hyponatremia (principal investigator, $37,500).

**Publications**

Publications in Peer-Reviewed Journals

1. M. Thibonnier, J. Marchetti, P. Corvol, J. Ménard & P Milliez. Abnormal regulation of antidiuretic hormone in idiopathic edema. **American Journal of Medicine**, 67: 67-73, 1979.
2. G. Reach, M. Thibonnier, A. Simon et al. Phéochromocytome: diagnostic de localisation par tomodensitométrie. **La Nouvelle Presse Médicale**, 8: 2391-2393, 1979.
3. M. Thibonnier, F. Bonnet & P. Corvol. Antihypertensive effects of fractionated sublingual administration of nifedipine in moderate essential hypertension. **European Journal of Clinical Pharmacology**, 17: 161-164, 1980.
4. Comparative trial of labetalol and acebutolol, alone or associated with dihydralazine in treatment of essential hypertension. M. Thibonnier, M.D. Lardoux & P. Corvol. **British Journal of Clinical Pharmacology**, 9: 561-567, 1980.
5. G. Reach, M. Thibonnier, C. Chevillard, P. Corvol & P. Milliez. Effect of labetalol on blood pressure and plasma catecholamines concentrations in patients with pheochromocytoma. **British Medical Journal**, 280: 1300-1301, 1980.
6. H. Bricaire, M. Thibonnier, M. Hautecouverture, P. Corvol & J.P.Luton. Variations du système rénine-angiotensine-aldostérone dans la maladie de Cushing. **La Nouvelle Presse Médicale**, 9: 1007-1009, 1980.
7. F. Bonnet, P. Corvol, M. Thibonnier, G. Reach, M.D. Lardoux & P. Milliez.Test à la saralasine: intérêt dans le traitement des hypertensions sévères. **La Nouvelle Presse Médicale**, 9: 3075-3078, 1980.
8. J. Marchetti, M. Thibonnier, M.F. Gonzales, P. Corvol & J. Ménard. Dynamic study of antidiuretic hormone during benign mineralocorticoid and metacorticoid hypertension. **Acta Endocrinologica**, 95: 444-453, 1980.
9. J.C. Raphaël, C. Tétard, M. Thibonnier & M. Goulon. Hyponatrémie après absorption massive de bière. **Annales de Médecine Interne**, 131: 297-301, 1980.
10. M. Thibonnier, M.E. Soto, J. Marchetti, P. Corvol, J. Ménard & P. Milliez. Dosage radioimmunologique de la vasopressine plasmatique. **Annales d'Endocrinologie**, 41: 379-385, 1980.
11. M. Thibonnier, J. Marchetti, P. Corvol, J. Ménard, O. Sire & P. Milliez. Influence of previous diuretic intake on the humoral and hormonal profile of idiopathic edema. **European Journal of Clinical Investigation**, 11: 19-24, 1981.
12. M. Thibonnier, J. Marchetti, P. Corvol, J. Ménard & P. Milliez.Advantages and drawbacks of AVP radioimmunoassay in plasma and urine of normal subjects. **Hormone and Metabolic Research,** 13: 300-301, 1981.
13. M.E. Soto, M. Thibonnier, O. Sire, J. Ménard, P. Corvol & P. Milliez. Antihypertensive and hormonal effects of single oral doses of captopril and nifedipine in essential hypertension. **European Journal of Clinical Pharmacology**, 20: 157-161, 1981.
14. M. Thibonnier, M.E. Soto, J. Ménard, J.C. Aldigier, P. Corvol & P. Milliez. Reduction of plasma and urinary vasopressin during treatment of severe hypertension by captopril. **European Journal of Clinical Investigation**, 11: 449-453, 1981.
15. M. Thibonnier, J.C. Aldigier, M.E. Soto, P. Sassano, J. Ménard & P. Corvol.Abnormalities and drug-induced alterations of vasopressin in human hypertension. **Clinical Science**, 61: 149s-152s, 1981.
16. F. Bonnet, A. Harari, M. Thibonnier & P. Viars.Suppression of antidiuretic hormone hypersecretion during surgery by extradural anaesthesia. **British Journal of Anaesthesia**, 54: 29-36, 1982.
17. J.C. Aldigier, P.F. Plouin, T.T. Guyenne, M. Thibonnier, P. Corvol & J. Ménard. Comparison of the hormonal and renal effects of captopril in severe essential and renovascular hypertension. **American Journal of Cardiology**, 49: 1447-1452, 1982.
18. M. Thibonnier, C. Flabeau, M. Thouvenin, A. Roux, B. Flouvat, P. Pasquier & J Ménard.Antihypertensive effect of diacetolol in essential hypertension. **British Journal of Clinical Pharmacology**, 13: 533-537, 1982.
19. M. Thibonnier, P. Sassano, A. Joseph, P.F. Plouin, P. Corvol & J. Ménard. Diagnostic value of a single dose of captopril in renin- and aldosterone-dependent, surgically curable hypertension. **Cardiovascular Reviews and Reports**, 3: 1659-1668, 1982.
20. F. Bonnet, A. Harari & M. Thibonnier. Vasopressin response to pneumoperitoneum: Mechanical or nociceptive stimulation? **Lancet**, 1: 452, 1982.
21. J.F. Liard, O. Deriaz, P. Schelling & M. Thibonnier. Cardiac output distribution during vasopressin infusion or dehydration in conscious dogs. **American Journal of Physiology,** 243: H663-H669, 1982.
22. M. Thibonnier, P. Corvol, O. Banzet & J Ménard. Acute antihypertensive and hormonal effects of a calcium antagonist in essential hypertension. **Journal of Cardiovascular Pharmacology**, 4: S330-S339, 1982.
23. O. Banzet, J.N. Colin, M. Thibonnier, E. Singlas, J.M. Alexandre & P. Corvol. Acute antihypertensive effect and pharmacokinetics of a tablet preparation of nifedipine. **European Journal of Clinical Pharmacology**, 24: 145-150, 1983.
24. M. Thibonnier, P. Sassano, M.A. Dufloux, P.F. Plouin, P. Corvol & J. Ménard.Test diagnostique simple de l'hyperalostéronisme primaire. **Nouvelle Presse Médicale**, 12: 1461-1466, 1983.
25. M. Thibonnier, P. Sassano, M.A. Dufloux, P.F. Plouin, P. Corvol & J. Ménard. Dépistage des adénomes de Conn par inhibition de l'enzyme de conversion. **Archives des Maladies du Coeur et des vaisseaux**, 76: 115-119, 1983.
26. M. Thibonnier, P.F. Plouin, J. Ménard & P. Corvol.Hyperaldostéronisme primaire: Intérêt diagnostique de l'administration d'une dose unique de captopril. **Annales de Médecine Interne**, 134: 251-255, 1983.
27. A.M. Taburet, E. Singlas, J.N. Colin, O. Banzet, M. Thibonnier & P. Corvol. Pharmacokinetic studies of nifedipine tablet. Correlation with antihypertensive effects. **Hypertension**, 5 (suppl. II): 29-33, 1983.

28. M. Thibonnier, P. Sassano, M.A. Dufloux, P.F. Plouin, P. Corvol & J. Ménard.Un nouveau test diagnostique de l'hyperaldostéronisme primaire tumoral. **Annales de Médecine Interne**, 134: 188-194, 1983.

29. M. Thibonnier, P. Sassano, S. Daufresne, P. Corvol & J. Ménard. Osmoregulation and renal effects of vasopressin in normal and mildly hypertensive subjects. **Kidney International**, 25: 411-415, 1984.

30. M. Thibonnier, A. Joseph, P. Sassano, T.T. Guyenne, P. Corvol, A. Raynaud, M. Seurot & J.C. Gaux. Improved diagnosis of unilateral renal artery lesion after captopril administration. **Journal of the American Medical Association**, 251: 56-60, 1984.

31. M. Thibonnier, N.H. Holford, R.A. Upton & R.L. Williams. Pharmacokinetic-pharmacodynamic analysis of unbound disopyramide directly measured in serial plasma samples in man. **Journal of Pharmacokinetics and Biopharmaceutics**, 12: 559-573, 1984.

32. M. Thibonnier & P. Corvol.  Diagnosis of unilateral renal artery lesions after captopril administration. **Journal of the American Medical Association**, 253: 346-347, 1985.

33. J.Y. Pagny, M. Thibonnier, P. Corvol & J. Ménard.Acute inhibition of the renin-angiotensin system: Interest and limits to detect surgically curable hypertension. **Journal of Cardiovacular Pharmacology**, 7(suppl 4): S82-S85, 1985.

34. M. Thibonnier & J.M. Roberts. Characterization of human platelet vasopressin receptors. **Journal of Clinical Investigation**, 76: 1857-1864, 1985.

35. A.M. Korinek, M. Languille, F. Bonnet, M. Thibonnier, P. Sassano, A. Lienhart & P. Viars. Effect of post-operative extradural morphine on ADH secretion. **British Journal of Anaesthesia**, 57: 407-411, 1985.

36. M. Thibonnier, P. Sassano & P. Corvol. Evaluation de l'effet antihypertenseur des formes capsule et comprimé de nifédipine dans l'hypertension modérée. **Archives des Maladies du Coeur et des Vaisseaux**, 78: 25-28, 1985.

37. M. Thibonnier, R. Snajdar & J.P. Rapp. Characterization of vasopressin receptors of rat urinary bladder and spleen. **American Journal of Physiology**, 251: H115-H120, 1986.

38. M. Thibonnier, R. Snajdar & J. P. Rapp.  Régulation des récepteurs $V_1$-vasopressinergiques du rat. **Archives des Maladies du Coeur et des Vaisseaux**, 6: 824-827, 1986.

39. M. Thibonnier. Solubilization of human platelet vasopressin receptor. **Life Sciences**, 40: 439-445, 1987.

40. M. Thibonnier, A. Hinko & A.F. Pearlmutter.The human platelet vasopressin receptor and its intra-cellular messengers: key role of divalent cations.  **Journal of Cardiovascular Pharmacology**, 10: 24-29, 1987.

41. A. Hinko, M. Thibonnier & J.P. Rapp. Binding characteristics of atrial natriuretic factor and the production of cyclic GMP in kidneys of Dahl salt-sensitive and salt-resistant rats. **Biochemical and Biophysical Research Communications**, 144: 1076-1083, 1987.

42. M. Thibonnier, R.M. Snajdar, A. Hinko, R. Gourgon, J.L. Guermonprez, L. Guize & S. Weber. Atriopeptin and vasopressin plasma levels and platelet receptors in congestive heart failure. **Advances in Atrial Peptide Research**, 2: 505-509, 1988.

43. M. Thibonnier. Purification of the human platelet vasopressin receptor, Identification by direct UV photoaffinity labeling. **Journal of Biological Chemistry**, 262: 10960-10964, 1987.

44. M. Thibonnier & M. Woloschak. Platelet vasopressin receptors in diabetes mellitus. **Proceedings of the Society for Experimental Biology and Medicine**, 188: 149-152, 1988.

45. M. Thibonnier, N. Chehade & A. Hinko. A $V_1$-vascular vasopressin antagonist suitable for radioiodination and photoaffinity labeling. **American Journal of Hypertension**, 3: 471-475, 1990.

46. M. Thibonnier, A.L. Bayer, M.S. Simonson & R.M. Snajdar. Reconstitution of solubilized $V_1$ vasopressin receptors of human platelets. **American Journal of Physiology**, 259: E751-E756, 1990.

47. M. Thibonnier, A.L. Bayer, M.S. Simonson, & M. Kester. Multiple signaling pathways of $V_1$-vascular vasopressin receptors  of $A_7T_5$ cells. **Endocrinology**, 129: 2845-2856, 1991.

48. M. Thibonnier, A.L. Bayer, M.S. Simonson, & J.D. Douglas. Effects of amiloride analogs on AVP binding and activation of V1-receptors  expressing cells. **American Journal of Physiology**, 262: E76-E86, 1992.

49. M. Thibonnier.  Signal transduction of $V_1$-vascular vasopressin receptors. **Regulatory Peptides**, 38: 1-11, 1992.

50. M. Thibonnier, T. Goyara & L. Berti-Mattera. G-protein coupling of human platelet $V_1$-vascular vasopressin receptors . **American Journal of Physiology**, 264: C1336-C1344, 1993.

51. M. Thibonnier. Cytoplasmic and nuclear signalling pathways of $V_1$-vascular vasopressin receptors. **Regulatory Peptides**, 45: 79-84, 1993.

52. M. Thibonnier, A.L. Bayer, D.R. Koop, and M.S. Simonson. Role of eicosanoids in vasopressin-induced calcium mobilization in $A_7T_5$ cells. **American Journal of Physiology**, 265: E108-E114, 1993.

53. M. Thibonnier, A.L. Bayer, & Z. Madhun. Linear $V_1$-vascular AVP antagonists suitable for radioiodination, biotinylation, and fluorescent labeling. **American Journal of Physiology**, 265: E906-E913, 1993.

54. M. Thibonnier, C. Auzan, Z. Madhun, P. Wilkins, L. Berti-Mattera, & E. Clauser.  Molecular cloning, sequencing, and functional expression of a cDNA encoding the human $V_{1a}$ vasopressin receptor. **Journal of Biological Chemistry**, 269: 3304-3310, 1994.

55. Y. de Keyzer, C. Auzan, F. Lenne, C. Beldjord,, M. Thibonnier, X. Bertagna, & E. Clauser. Cloning and characterization of the human $V_3$ pituitary vasopressin receptor. **FEBS Letters**, 356: 215-220, 1994.

56. M. Thibonnier & N. Schork. Genetics of hypertension. **Current Opinion in Genetics and Development**, 5: 362-370, 1995.

57. M. Thibonnier, M.K. Graves, M.S. Wagner, C. Auzan, E. Clauser, & H.F. Willard. Structure, sequence, expression, and chromosomal localization of the human $V_{1a}$ vasopressin receptor gene. **Genomics**, 31:327-334, 1996.

58. M. Thibonnier, J. A. Preston, N. Dulin, P. Wilkins, L. Berti-Mattera, & R. Mattera. The human $V_3$-pituitary vasopressin

receptor: Ligand-binding profile and density-dependent signaling pathways. **Endocrinology,** 138: 4109-4122, 1997.

59. M. Thibonnier, L. Berti-Mattera, & R. Mattera. Signal transduction pathways of the human V1-vascular, V2-renal, V3 pituitary vasopressin and oxytocin receptors. **Progress in Brain Research**, 119: 147-161, 1998.

60. M. Thibonnier. Development and therapeutic indications of orally active nonpeptide vasopressin receptor antagonists. **Expert Opinion in Investigational Drugs**, 7(5):729-740, 1998.

61. M. Thibonnier, D.M. Conarty, J.A. Preston, C. Plesnicher, R. Dweik, & S. Erzurum. Human vascular endothelial cells express oxytocin receptors, **Endocrinology**, 140:1301-1309, 1999.

62. M. Thibonnier, A. Kilani, M. Rahman, T. DiBlasi, K. Warner, M. Smith, A.F. Leenhardt & R. Brouard. Effects of the nonpeptide V1-vascular vasopressin receptor antagonist SR49059 in hypertensive patients. **Hypertension**, 34:1293-1300, 1999.

63. M. Thibonnier, D.M. Conarty, J.A. Preston, & C. Plesnicher. Mediators of the mitogenic action of the human V1-vascular vasopressin receptor, **American Journal of Physiology** 279:H2529-H2539, 2000.

64. M. Thibonnier, M.K. Graves, M.S. Wagner, N. Chatelain, F. Soubrier, P. Corvol, & H.F. Willard, & X. Jeunemaitre. Study of human V1-vascular vasopressin receptor gene microsatellite polymorphisms in human essential hypertension, **The Journal of Molecular and Cellular Cardiology**, 32(4):557-564, 2000.

65. M. Thibonnier, P. Coles, D.M. Conarty, C. Plesnicher & M. Shoham. A molecular model of agonist and nonpeptide antagonist binding to the human V1-vascular vasopressin receptor, **Journal of Pharmacology and Experimental Therapeutics**, 294(1):195-203, 2000.

66. K. Berrada, C. Plesnicher, X. Luo, & M. Thibonnier. Dynamic association of human vasopressin receptors with G protein coupled receptor kinases after agonist stimulation, **The Journal of Biological Chemistry**, 275:27229-27237, 2000.

67. M. Thibonnier, C. Plesnicher, K. Berrada & L. Berti-Mattera. Role of the human V1 vasopressin receptor COOH terminus in internalization and mitogenic signal transduction. **American Journal of Physiology**, 281(1):E81-E92, 2001.

68. S. Paranjape & M. Thibonnier. Development and therapeutic indications of orally-active non-peptide vasopressin receptor antagonists. **Expert Opinion in Investigational Drugs**, 10(5):825-834, 2001

69. W. J.G. Hellstrom, M. Gittelman, G. Karlin, T. Segerson, M. Thibonnier, T. Taylor & H. Padma-Nathan. Vardenafil for treatment of men with erectile dysfunction: Efficacy and safety in a randomized, double-blind, placebo-controlled trial. **Journal of Andrology**, 23(6):763-771, 2002.

70. W. J.G. Hellstrom, M. Gittelman, G. Karlin, T. Segerson, M. Thibonnier, T. Taylor & H. Padma-Nathan. Sustained efficacy and tolerability of vardenafil (Levitra®), a highly potent, selective phosphodiesterase-5 inhibitor, in men with erectile dysfunction: Results of a randomized, double-blind, 26-week placebo-controlled pivotal trial. **Journal of Urology**, 61 (Suppl 4A):8-14, 2003.

71. M. Thibonnier. Genetics of vasopressin receptors. **Current Hypertension Reports**, 6: 21-26, 2004.

72. N. Vijayarangan Adikesavan, S.S. Mahmood, N. Stanley, Z. Xu, N. Wu, M. Thibonnier, & M. Shoham. A C-terminal segment of the V1 vasopressin receptor is unstructured in the crystal structure of its chimera with the maltose-binding protein. **Acta Crystallographica**, F61:341-345, 2005

73. N. Wu, R. Macion-Dazard, Z. Xu, V.V. Gurevich, M. Thibonnier & M. Shoham. Soluble mimics of the intra-cellular portion of the human V1-vascular vasopressin eceptor bind arrestin2 and calmodulin. **Molecular Pharmacology,** 70:249-258, 2006.

74. R. Macion-Dazard, N. Callahan, Z. Xu, N. Wu, M. Thibonnier & M. Shoham. Mapping the binding site of six nonpeptide antagonists to the human V2-renal vasopressin receptor. **Journal of Pharmacology and Experimental Therapeutics,** 316:564-571, 2006.

75. N. Wu, S.M. Hanson, D.J. Francis, S.A. Vishnivetskiy, M. Thibonnier, C.S. Klug, M. Shoham & V.V. Gurevich. Arrestin binding to calmodulin: A direct interaction between two ubiquitous signaling proteins. **Journal of Molecular Biology**, 364:955-963, 2006.

## Reviews and Chapters in Books

1. M. Thibonnier. Responsabilité médicale dans les accidents et incidents de la réanimation des blessés de la voie publique. **Dissertation** for the "Diplôme d'Etudes Médicales Relatives à la Réparation Juridique du Dommage Corporel", Paris, 1973.

2. M. Thibonnier. **Dictionnaire Pratique de Pharmacologie Clinique.** L. Perlemuter & Y. Touitou Editors, Masson, Paris, France, 1976.

3. M. Thibonnier. Test à la TRH dans les hyperthyroidies basedowiennes. **Thesis for the Medical Degree Diploma**, Paris, 1977.

4. M. Thibonnier.  Acromégalie. **Cahiers de Pathologie Médicale**, 1-16, L. Perlemutter & A. Cénac Editors, Masson, Paris, France, 1977.

5. M. Thibonnier.  Hyperthyroidies. **Cahiers de Pathologie Médicale**, 17-34, L. Perlemuter & A. Cénac Editors, Masson, Paris, France, 1977.

6. M. Thibonnier. Maladie de Basedow. **Cahiers de Pathologie Médicale**, 45-61, L. Perlemuter & A. Cénac Editors, Masson, Paris, France, 1977.

7. M. Thibonnier. Hypothyroidie de l'adulte. **Cahiers de Pathologie Médicale**, 45-61, L. Perlemuter & A. Cénac Editors, Masson, Paris, France, 1977.

8.  M. Thibonnier. Hypothyroidie de l'enfant. **Cahiers de Pathologie Médicale**, 62-68, L. Perlemuter & A. Cénac Editors, Masson, Paris, France, 1977.

9.  M. Thibonnier. **Vademecum de Médecine Pratique**. L. Perlemuter & A. Cénac Editors, Masson, Paris, France, 1977.

10. M. Thibonnier. Glomérulonéphrites aiguës. **Gazette Médicale de France**, 85: 2, 149-152, 1978.

11. M. Thibonnier.Métabolisme et effets biologiques du cortisol. **Gazette Médicale de France**, 85: 4, 353-357, 1978.

12. M.Thibonnier. ACTH, sécrétion et rôle physiologique. **Gazette Médicale de France**, 85: 6, 583-589, 1978.

13. M.Thibonnier. Les hyperaldostéronismes. **Gazette Médicale de France**, 85: 7, 693-699, 1978.

14. M.Thibonnier. Les compartiments hydriques de l'organisme et leur régulation. **Gazette Médicale de France**, 85: 9, 937-943, 1978.

15. M. Thibonnier.  Répartition du sodium dans l'organisme et sa régulation. **Gazette Médicale de France**, 85: 12, 1309-1316, 1978.

16. M. Thibonnier. Syndrome de Conn. **La Vie Médicale**, 140: 11-15, 1978.

17. M. Thibonnier. Appareil hypothalamo-pituitaire et régulation des mouvements de l'eau. **La Vie Médicale**, 142: 21-26, 1978.

18. M. Thibonnier. Hypertension Artérielle. **La Vie Médicale**, 179: 3-10, 1978.

19. M. Thibonnier. Diagnostic des hypoglycémies spontanées de l'adulte. **La Revue de l'Internat**, 8: 27-33, 1978.

20. M. Thibonnier.Cétogénèse. **La Revue de l'Internat**, 8: 59-68, 1978.

21. M. Thibonnier. Spironolactones et diurétiques épargnant le potassium. **La Revue du Praticien**, 28: 4021-4032, 1978.

22. M. Thibonnier & G. Reach. Rôle des facteurs alimentaires dans la prévention et le traitement de l'hypertension artérielle. **Revue des Sciences Médicales**, 234: 15-27, 1978.

23. G. Reach & M. Thibonnier. Diabète sucré et hypertension artérielle. **Revue des Sciences Médicales**, 234: 45-57, 1978.

24. M. Thibonnier.  Hypertension artérielle  paroxystique. **Encyclopédie Médico-Chirurgicale**, 3: 24112 A 40, 1-6, Paris, France, 1979.

25. B. Diebold, M. Thibonnier, P. Corvol & P. Milliez. Etude d'un antihypertenseur d'action centrale, le guanoxabenz, à l'aide d'un appareil automatique de mesure non invasive et ambulatoire de la pression artérielle. **Mesure de la pression artérielle, techniques nouvelles, incidences cliniques**, 121-127, Edited by Laboratoires Houdé, Paris, France, 1979.

26. M. Thibonnier, F. Bisset, P. Corvol, J. Ménard & P. Milliez. Hypertension artérielle et hypokaliémie. **Entretiens de Bichat**, 101-104, Paris, France, 1979.

27. M. Thibonnier. Diagnostic des hypoglycémies. **La Revue de l'Internat**, 15: 27-36, 1979.

28. P. Corvol, M. Thibonnier, F. Bisset & P. Milliez. Hyperaldostéronisme primaire, syndrome de Conn. **La Revue du Praticien,** 29: 3495-3505, 1979.

29. M. Thibonnier. Acidocétose diabétique. **La Revue de l'Internat**, 13: 73-80, 1979.

30. M. Thibonnier.  Régime et hypertension artérielle. **HTA Magazine**, 3-5, 1979.

31. M. Thibonnier.  Savoir prescrire et surveiller un traitement par les diurétiques. **La Revue du Praticien**, 30: 1003-1007, 1980.

32. M. Thibonnier, P. Corvol & P. Milliez. Diagnostic et traitement d'un hyperminéralocorticisme primaire. **La Revue de Médecine**, 12-13: 641-646, 1980.

33. M. Thibonnier.  Vasodilatateurs et hypertension artérielle. **Dialogues**, 13: 14-15, 1980.

34. M. Thibonnier, M.D. Lardoux, P. Corvol & P. Milliez. Le labétalol, un betabloquant surdoué? **Médecine Cardiovasculaire**, 3: 39-46, 1980.

35. M. Thibonnier.  Le syndrome des femmes qui gonflent. **Médecine Cardiovasculaire**, 5: 74-76, 1980.

36. M. Thibonnier.  L'Hypertension artérielle de la femme enceinte. **Synthèse Médicale**, 126: 10-12, 1980.

37. P. Corvol, F. Alhenc-Gelas, P.F. Plouin, G. Reach, M. Thibonnier & J. Ménard. Système rénine angiotensine aldostérone. **Hypertension Artérielle**, 27-40, Ph. Tcherdakoff Editor, Paris, France, 1980.

38. M. Thibonnier, P. Corvol & J. Ménard. Rôle de l'hormone antidiurétique dans le syndrome d'oedème idiopathique. **Entretiens de Bichat**, 219-221, Paris, France, 1980.

39. P. Corvol, M. Thibonnier, G. Reach & P. Milliez. Alpha bloquant et vasodilatateur: le labétalol.  **Hypertension Artérielle**, 267-269, Ph. Tcherdakoff Editor, Paris, France, 1980.

40. J. Ménard, P. Bautier, P.F. Plouin, M. Thibonnier & P. Corvol. Beta adrenoceptor blocking drugs and the renin angiotensin system. **Clinical Pharmacology and Therapeutics**, 264-269, P. Turner Editor, London, United Kingdom, 1980.

41. F. Bonnet, M. Thibonnier & P. Corvol. Intérêt et limites de la saralasine au cours des hypertensions sévères.  **Mises à Jour Cardiologiques**, 10:  6, 327-332, 1981.

42. P. Corvol, M. Thibonnier, F. Elkik, P.F. Plouin & J. Ménard. Le système rénine angiotensine et son inhibition. **Nouvelle Presse Médicale**, 10: 1525-1530, 1981.

43. M. Thibonnier.  Traitement de l'hypertension artérielle essentielle par un comprimé quotidien unique de beta bloquant retard. **Gazette Médicale de France**, 88: 26, 3736-3740, 1981.

44. M. Thibonnier.  Les anti-inflammatoires non stéroidiens et l'efficacité des antihypertenseurs. **Médecine Cardiovasculaire**, 19: 25-29, 1981.

45. P. Corvol, O. Banzet, M. Thibonnier, F. Elkik, J. Ménard, J.M. Alexandre & P. Milliez.  Les anticalciques: de nouveaux antihypertenseurs? **Acquisitions Médicales Récentes**, 227-234, P. Milliez Editor, Paris, France, 1981.

46. M. Thibonnier. Les Oedèmes. **Traité de Médecine**, 73-77, P. Godeau & J. Hamburger Editors, Flammarion, Paris, France, 1981.

47. <u>M. Thibonnier</u>. Les Diurétiques. **Traité de Médecine**, 2827-2831, P. Godeau & J. Hamburger Editors, Flammarion, Paris, France, 1981.

48. F. Bonnet, A. Harari & <u>M. Thibonnier</u>. Physiologie de la vasopressine. Application au cours de l'anesthésie et de la chirurgie. **Actualités d'Anesthésie-Réanimation de la Pitié**, 25-32, P. Glaser & P. Viars Editors, Paris, France, 1981.

49. A. Amery, F. Bühler, P. Corvol, A.C. Guyton, J. Laragh, P.F. Plouin, R.C. Tarazi & <u>M. Thibonnier</u>. L'Hypertension artérielle essentielle existe-t-elle encore? Film edited by P. Corvol, Paris, France, 1981.

50. J. Ménard, P.F. Plouin, <u>M. Thibonnier</u>, F. Alhenc-Gelas, P. Degoulet & P. Corvol. Renin activity and the response to beta-blockade. **Frontiers in Hypertension Research,** 450-453, J.H. Laragh, F.R. Bühler & D.W. Seldin Editors, Springer-Verlag, New York, USA, 1981.

51. F. Elkik, A. Monteiro, <u>M. Thibonnier</u>, P. Corvol & P. Milliez. Intérêt du captopril dans les hypertensions artérielles sévères. **Nouvelle Presse Médicale**, 10: 1557-1564, 1981.

52. <u>M. Thibonnier</u>. Actualités diagnostiques et thérapeutiques dans l'hypertension artérielle. **Synthèse Médicale**, 185: 3-11, 1982.

53. <u>M. Thibonnier</u>, P. Sassano, S. Daufresne & J. Ménard. Rôle de la vasopressine dans l'hypertension artérielle. **Nouvelle Presse Médicale**, 11: 2915-2929, 1982.

54. P. Corvol, A. Joseph, <u>M. Thibonnier</u> & J.H. Alexandre. Hypertension, hypokaliémie et grosse surrénale. **Médecine Cardiovasculaire**, 22: 63-65, 1982.

55. <u>M. Thibonnier</u>, P. Corvol & J. Ménard. Régulation de la sécrétion de l'hormone antidiurétique. **Réanimation et Médecine d'Urgence**, 127-132, M. Goulon Editor, Expansion Scientifique, Paris, France, 1983.

56. P. Corvol, M. Marre, O. Banzet, J.N. Colin, <u>M. Thibonnier</u>, E. Singlas & J.M. Alexandre. Acute antihypertensive effects and pharmacokinetic parameters of a new galenic form of nifedipine. Fifth International Adalat Symposium, **New Therapy of Ischaemic Heart Disease and Hypertension**, 158-162, M. Kaltenbach & H.N. Neufeld Editors, Excerpta Medica, Amsterdam - Oxford - Princeton, 1983.

57. J. Ménard, <u>M. Thibonnier</u>, J. Marchetti, J.B. Michel & P. Corvol. Vasopressine et hypertension artérielle. **Journées Néphrologiques de l'Hôpital Necker**, 45-57, J. Hamburger Editor, Masson, Paris, France, 1983.

58. <u>M. Thibonnier</u>. Place des inhibiteurs des canaux calciques dans le traitement de l'hypertension artérielle humaine. **Nouvelle Presse Médicale**, 14: 213-217, 1985.

59. <u>M. Thibonnier</u>.  La vasopressine, l'hormone antidiurétique. **La Presse Médicale**, 16: 481-485, 1987.

60. <u>M. Thibonnier</u>. Vasopressin and blood pressure. **Kidney International**, 34, Suppl. 25: S1-S5, 1988.

61. <u>M. Thibonnier</u>. Use of vasopressin antagonists in human diseases. **Kidney International,** 34, Suppl. 26: S48-S51, 1988.

62. <u>M. Thibonnier</u>. Vasopressin agonists and antagonists. **Hormone Research,** 34, 124-128, 1990.

63. <u>M. Thibonnier</u>. Ambulatory blood pressure monitoring. **Postgraduate Medicine**, 91, 263-274, 1992.

64. <u>M. Thibonnier</u>. Antidiuretic hormone: Regulation, disorders, and clinical evaluation. **Neuroendocrinology**, 19-30, D.L. Barrow & W.R. Selman Editors, Williams & Wilkins, Baltimore, USA, 1992.

65. S. Jard & <u>M. Thibonnier</u>.  Récepteurs et mécanismes d'action de la vasopressine. **La Vasopressine**, 43-68, Laboratoire Jacques Logeais Editor, Paris, France, 1993.

66. <u>M. Thibonnier</u>.  Diabète insipide néphrogénique congénital. **La Revue du Praticien**, 9: 1169-1172, 1994.

67. <u>M. Thibonnier</u>. Les récepteurs couplés aux protéines G. **La Revue du Praticien**, 9: 1163-1167, 1994.

68. J.G. Douglas, <u>M. Thibonnier</u> & J.T. Wright. Essential hypertension: Racial/ethnic differences in pathophysiology. **Journal of the Association for Academic Minority Physicians**, 7: 16-21, 1996.

69. <u>M. Thibonnier</u>. Structure and regulation of the human V$_1$ vasopressin receptor gene. **Proceedings of the First Joint World Congress of Neurohypophysis and Vasopressin**, Elsevier Science, 553-571, 1995.

70. <u>M. Thibonnier</u>. Structure of vasopressin receptors. **Euro Conferences, Institut Pasteur**, 7, 1996.

71. <u>M. Thibonnier</u> & E. Clauser. Vasopressine: Neurohypophyse, Coeur et vaisseaux. **Hormones, Coeur et Vaisseaux,** INSERM, Paris, France, 1-26, 1998.

72. <u>M. Thibonnier</u>, D.M. Conarty, J.A. Preston, P. Wilkins, L. Berti-Mattera, & R. Mattera. Molecular pharmacology of human vasopressin receptors. **Vasopressin and oxytocin: Molecular, cellular and clinical advances**, Advances in Experimental Medicine and Biology, Plenum Publishing Corporation, 449: 251-276, 1998.

73. <u>M. Thibonnier</u>. Aquaretics (vasopressin V$_2$-renal receptor antagonists). **Emerging Drugs: The prospect for improved medicines**, 4:223-235, 1999.

74. <u>M. Thibonnier</u>, P. Coles, A. Thibonnier, & M. Shoham. The basic and clinical pharmacology of nonpeptide vasopressin receptor antagonists. **Annual Review of Pharmacology and Toxicology**, 41:175-202, 2001.

75. <u>M. Thibonnier</u>, P. Coles, A. Thibonnier, & M. Shoham. Molecular pharmacology and modeling of vasopressin receptors. **Progress in Brain Research**, 139:179-196, 2002.

76. <u>M. Thibonnier</u>. Vasopressin receptor antagonists in heart failure. **Current Opinion in Pharmacology**, 2003, 3:683-687.

77. <u>M.Thibonnier</u>. Commentary on vasopressin receptor antagonists, will the 'Vaptans" fulfill their promise? **Evidence-based Cardiovascular Medicine**, 8:323-324, 2004.

78. <u>M.Thibonnier</u>. Vasopressin receptors: molecular mechanisms in hypertension and cardiovascular diseases. **Molecular Mechanisms of Hypertension**, R. Re, D. DiPette & J. Sowers Editors, Taylor & Francis, London, UK, 2006.

Abstract Presentations

1. Is arginine vasopressin (AVP. involved in the pathogenesis of idiopathic edema of women? M. Thibonnier & P. Corvol. 12th Annual Meeting of European Society for Clinical Investigation, Abstract # 235, April 20-22, 1978, Rotterdam, Netherlands.

2. Hypertension artérielle et hypokaliémie. M. Thibonnier, F. Bisset, P. Corvol, J. Ménard & P. Milliez. Entretiens de Bichat, October 1-6, 1979, Paris, France.

3. Antidiurèse et sécrétion inappropriée d'hormone antidiurétique au cours des polyradiculonévrites aiguës et primitives. P. De Rohan-Chabot, J.C. Raphaël, M. Thibonnier & M. Goulon. Société Française de Réanimation, November 30, 1979, Paris, France.

4. Etude d'un antihypertenseur d'action centrale, le guanoxabenz, à l'aide d'un appareil automatique de mesure non invasive et ambulatoire de la pression artérielle. B. Diebold, M. Thibonnier, P. Corvol & P. Milliez. Colloque International sur la Mesure de la Pression Artérielle, March 25, 1979, Paris, France.

5. Comparison of arginine vasopressin radioimmunoassays in plasma and urine of normal subjects. M. Thibonnier, P. Corvol & P. Milliez. 14th Annual Meeting of European Society for Clinical Investigation,  Abstract # 220, April 24-26, 1980, Salzburg, Austria.

6. Diuretic influence on the humoral and hormonal profile of the idiopathic oedema syndrome. M. Thibonnier, P. Corvol & P. Milliez. 14th Annual Meeting of European Society for Clinical Investigation, Abstract # 219, April 24-26, 1980, Salzburg, Austria.

7. Blocking spinal pathways suppresses the surgical-induced vasopressin hypersecretion. F. Bonnet, M. Thibonnier, A. Harari, Y. Piroelle & P. Viars. 14th Annual Meeting of European Society for Clinical Investigation, Abstract # 21, April 24-26, 1980, Salzburg, Austria.

8. Normal regulation of excess vasopressin in rats with mineralocorticoid hypertension. J. Marchetti, M. Thibonnier, M.F. Gonzales, P. Corvol & J. Ménard. 8th European Congress of Cardiology, Abstract# 1539, June 22-26, 1980, Paris, France.

9. Beta adrenoceptor blocking drugs and the renin angiotensin system. J. Ménard, P. Bautier, P.F. Plouin, M. Thibonnier & P. Corvol. 1st World Conference on Clinical Pharmacology and Therapeutics, August 3-9, 1980, London, United Kingdom.

10. Inhibition de l'aldostérone et de la vasopressine dans l'hypertension artérielle sévère traitée par captopril. M. Thibonnier, M.E. Soto, J. Ménard, P. Corvol & P. Milliez. 1st French Congress of Endocrinology, Abstract # 174, September 10-12, 1980, Montpellier, France.

11. Réponse de l 'arginine vasopressine à des modifications aiguës de l'osmolalité plasmatique au cours de l'hypertension expérimentale. J. Marchetti, M. Thibonnier, M.F. Gonzales, P. Corvol & J. Ménard. 1st French Congress of Endocrinology, Abstract # 20, September 10-12, 1980, Montpellier, France.

12. Acute antihypertensive and hormonal effects of captopril and nifedipine. M.E. Soto, M. Thibonnier, O. Sire, P. Corvol & P. Milliez. 2nd Mediterranean Symposium of Cardiology, September 19-20, 1980, Madrid, Spain.

13. Rôle de l'hormone antidiurétique dans le syndrome d'oedème idiopathique orthostatique. M. Thibonnier, P. Corvol & J. Ménard. Entretiens de Bichat, September 29 - October 3, 1980, Paris, France.

14. Epidural anaesthesia suppresses vasopressin hypersecretion induced by surgery. A. Harari, F. Bonnet, M. Thibonnier & P. Viars. American Society of Anesthesists, Abstract # 212, October 12-19, 1980, Saint-Louis, Missouri, USA.

15. The role of vasopressin in the antihypertensive effect of an oral inhibitor of angiotensin converting enzyme. M.E. Soto, M. Thibonnier, J. Ménard, P. Corvol & P. Milliez. Inter-American Society of Hypertension, March 16-18, 1981, Vina del Mar, Chile.

16. Comparison of the hormonal and renal effects of captopril in severe essential and renovascular hypertension. J Ménard, J.C. Aldigier, P.F. Plouin, T.T. Guyenne, M. Thibonnier & P. Corvol. International Symposium on Angiotensin Converting Enzyme Inhibition, May 30-31, 1981, Milano, Italy.

17. Abnormalities and drug-induced alterations of vasopressin in human hypertension. M. Thibonnier, J.C. Aldigier, M.E. Soto, P. Sassano, J. Ménard, P. Corvol & P. Milliez. 8th Scientific Meeting of the International Society of Hypertension, Abstract # 449, May 30 - June 3, 1981, Milano, Italy.

18. Les anticalciques: de nouveaux antihypertenseurs? P. Corvol, O. Banzet, M. Thibonnier, F. Elkik, J. Ménard, J.M. Alexandre & P. Milliez. Journées Médicales de l'Hôpital Broussais, June 23-25, 1981, Paris, France.

19. Comparison of the antihypertensive and hormonal effects of a single oral dose of captopril or nifedipine in  essential  hypertension. M. Thibonnier, P. Corvol, J. Ménard & P. Milliez. 8th International Congress of Pharmacology, Abstract  # 48, July 19-24, 1981, Tokyo, Japan.

20. Un nouveau test diagnostique de l'hyperaldostéronisme primaire. M. Thibonnier, M.E. Soto, A. Joseph, P. Sassano, P.F. Plouin, J. Ménard, P. Milliez & P. Corvol. 2nd French Congress of Endocrinology, Abstract # 5, September 24-26, 1981, Paris, France.

21. Relations entre les concentrations plasmatiques et l'effet antihypertenseur de la nifedipine. E. Singlas, J.N. Colin, O. Banzet, M. Thibonnier, P. Corvol & P. Simon. Réunion Plurinationale de Pharmacologie, September 17-19, 1981, Toulouse, France.

22. Pharmacocinétique de 3 doses de nifedipine comprimé chez des malades hypertendus. J. N. Colin, E. Singlas, O. Banzet, M. Thibonnier, P. Corvol & P. Simon. Réunion Plurinationale de Pharmacologie, September 17-19, 1981, Toulouse, France.

23. Acute antihypertensive effects and pharmacokinetic parameters of a new galenic form of nifedipine. O. Banzet, J.N. Colin, M. Thibonnier, E. Singlas, J.M. Alexandre & P. Corvol. Symposium on New Developments in Treatment of Cardiovascular Diseases with Nifedipine, October 23-24, 1981, Monte Carlo, Monaco.

24. Diagnostic and therapeutic values of captopril treatment in different forms of human hypertension. P. Sassano, M. Thibonnier, P. Corvol, J. Ménard & P. Milliez. 11th International Symposium on Clinical Pharmacology, October 27-30, 1981, Pisa, Italy.

25. Acute antihypertensive and hormonal effects of a calcium antagonist in essential hypertension. M. Thibonnier, P. Corvol & J. Ménard. Symposium on Calcium Channel Inhibitors forIdentification of Mechanisms and Treatment of Hypertension, February 20-21, 1982, Mexico city, Mexico.

26. Acute antihypertensive effects and pharmacokinetic parameters of a new galenic form of nifedipine. P. Corvol, M. Marre, O. Banzet, J.N. Colin, M. Thibonnier, E. Singlas & J.M. Alexandre. 5th International Adalat Symposium, May 12-14, 1982, Berlin, West Germany.

27. Dépistage des adénomes de Conn par inhibition de l'enzyme de conversion. M. Thibonnier, P. Sassano, M.A. Dufloux, P.F. Plouin, P. Corvol & J. Ménard. Journées de l'Hypertension Artérielle, December 17-18, 1982, Paris, France.

28. Pharmacokinetic and pharmacodynamic analysis of unbound fraction of disopyramide. M. Thibonnier, N.H.G. Holford, R.A. Upton & R.L. Williams. 2nd World Conference on Clinical Pharmacology and Therapeutics, August 1-7, 1983, Washington, District of Columbia, USA.

29. Evaluation de l'effet antihypertenseur des formes capsule et comprimé de nifedipine dans l'hypertension artérielle modérée. M. Thibonnier. Place des Inhibiteurs du Calcium dans le Traitement de l'Hypertension Artérielle, December 15, 1983, Paris, France.

30. Characterization of human platelets vasopressin receptors. M. Thibonnier. Vasopressin Conference, August 19-25, 1984, Aspen, Colorado, USA.

31. Human platelet vasopressin receptors are of the $V_1$-vascular type. M. Thibonnier & J.M. Roberts. The American Heart Association 57th Scientific Sessions, Abstract # 278, November 12-15, 1984, Miami Beach, Florida, USA.

32. Régulation des récepteurs $V_1$-vasopressinergiques du rat. M. Thibonnier, R. Snajdar & J. Rapp. Journées de l'Hypertension Artérielle, December 20-21, 1985, Paris, France.

33. Characterization and solubilization of the human platelet vasopressin receptor. M. Thibonnier & A. Hinko. The Federation of American Societies for Experimental Biology 70th Annual Meeting, Abstract # 1118, April 13-18, 1986, St Louis, Missouri, USA.

34. Human platelets: a model of $V^1$-vasopressin receptors. M. Thibonnier. 1st Annual Meeting of the American Society of Hypertension, Abstract # 80, May 29-30, 1986, New York, New York, USA.

35. Exploration of vasopressin receptors of human platelets. M. Thibonnier & M. Woloschak. 11th Scientific Meeting of the International Society of Hypertension, Abstract # 927, August 31-September 6, 1986, Heidelberg, West Germany.

36. Diagnosis of primary aldosteronism: The role of biological and imaging tests. J.Y. Pagny, G. Chatellier, M. Thibonnier, A. Raynaud, P.F. Plouin, P. Corvol & J. Ménard. 11th Scientific Meeting of the International Society of Hypertension, Abstract # 1057, August 31- September 6, 1986, Heidelberg, West Germany.

37. The effect of atrial natriuretic factor on the renin angiotensin axis. R. Franco-Saenz, M. Takagi, M. Takagi, M. Thibonnier, P. Somani & P.J. Mulrow. 59th Annual Meeting of the Central Society for Clinical Research, Abstract # R-EN-12, October 29-31, 1986, Chicago, Illinois, USA.

38. Effect of cold exposure on atriopeptin and vasopressin release. M. Thibonnier, P. Sassano & R. Snajdar. 88th Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, Abstract # B-10, March 25–29, 1987, Orlando, Florida, USA.

39. Vasopressin and blood pressure. M. Thibonnier. 1st Marseille-Conception Nephrology Conference, April 26-29, 1987, Marseille, France.

40. Internalization of human platelet vasopressin receptors. M. Thibonnier. 2nd Annual Meeting of the American Society of Hypertension, Abstract # 103, May 17-20, 1987, New York, New York, USA.

41. Atriopeptin and vasopressin plasma levels and platelet receptors in congestive heart failure. M. Thibonnier, A. Hinko, R. Snajdar, R. Gourgon, L. Guize, J.L. Guermonprez & S.Weber. 2nd World Congress on Biologically Active Atrial Peptides, Abstract # 79, May 21-22, 1987, New York, New York, USA.

42. Binding characteristics of atrial natriuretic factor and the production of cyclic GMP in kidneys of Dahl salt-sensitive and salt-resistant rats. A. Hinko, M. Thibonnier & J.P. Rapp. 69th Annual Meeting of the Endocrine Society, Abstract # 539, June 10-12, 1987, Indianapolis, Indiana, USA.

43. Characterization of the $V_1$ vasopressin receptor of human platelets. M. Thibonnier. 2nd International Vasopressin Conference, Abstract # 17, August 2-7, 1987, Smugglers' Notch, Vermont, USA.

44. Vasopressin antagonists in man. M. Thibonnier. Antihormones and blood pressure, November 5-6, 1987, Villeneuve-lez-Avignon, France.

45. Percutaneous absorption of lindane in uremic subjects. K.D. Lempert & M. Thibonnier. 20th Annual Meeting of the American Society of Nephrology, Abstract # 52A , December 13-16, 1987, Washington, DC, USA.

46. Internalization, degradation and downregulation of human platelet vasopressin receptors. M. Thibonnier. 89th Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, March 9-11, 1988, San Diego, California, USA.

47. A $V_1$-vascular vasopressin antagonist suitable for radioiodination and photoaffinity labeling. <u>M. Thibonnier</u>, N. Chehade & A. Hinko. 3rd Annual Meeting of the American Society of Hypertension, Abstract #1060, June 19-26, 1988, New York, New York, USA.

48. Reconstitution of human platelet vasopressin receptors in phosphatidylserine-enriched phospholipid vesicles. <u>M. Thibonnier</u>, A. Bayer, R. Snajdar & M. Simonson. 74th Annual Meeting of the Federation of American Societies for Experimental Biology, Abstract #4271, April 1-5, 1990, Washington, D.C., USA.

49. Prevalence of hypertension in rural west africa. W. Giles, M. Pacqué, B.M. Greene, H.R. Taylor, B. Munoz, <u>M. Thibonnier</u>, & J. Douglas. 1990 Meeting of the American Federation for Clinical Research, May 4-7, 1990, Washington, D.C., USA.

50. Agonists and antagonists of vasopressin. <u>M. Thibonnier</u>. 33èmes Journées Internationales Henri-Pierre Klotz d'Endocrinologie Clinique, May 17-18, 1990, Paris, France.

51. Antagonism of $V_1$-vascular AVP receptors by $Na^+/H^+$ exchange inhibitors. <u>M. Thibonnier</u>, & A.L. Bayer. 3rd International Vasopressin Conference, August 5-10, 1990, Montpellier, France.

52. $V_1$-vascular vasopressin receptors of $A_7r_5$ cells. <u>M. Thibonnier</u>, & A. Bayer. 23rd Annual Meeting of the American Society of Nephrology, December 2-5, 1990, Washington, D.C., USA.

53. Signal transduction of $V_1$-vascular vasopressin receptors of $A_7r_5$ cells. <u>M. Thibonnier</u>, A.L. Bayer, M. Simonson, & M. Kester. 75th Annual Meeting of the Federation of American Societies for Experimental Biology, Abstract #630, April 21-25, 1991, Atlanta, GA, USA.

54. Mac-HTN: A  Macintosh computer chart for hypertensive patients. <u>M. Thibonnier</u>, W. Connor, & M. Cutler. 6th Scientific Meeting of the American Society of Hypertension, Abstract #351, May 14-18, 1991, New York, NY, USA.

55. Rapid purififcation of $V_1$ vasopressin receptors of human platelets with biotinylated and radioiodinated linear antagonists. <u>M. Thibonnier</u>, & A.L. Bayer. 73rd Annual Meeting of the Endocrine Society, Abstract #709, June 19-22, 1991, Washington, DC, USA.

56. $V_1$-vascular AVP receptors of $A_7r_5$ cells activate the arachidonic acid cyclooxygenase and epoxygenase pathways. <u>M. Thibonnier</u>, A.L. Bayer, & M.Simonson. 24th Annual Meeting of the American Society of Nephrology, November 17- 20, 1991, Baltimore, MD, USA.

57. Cytochrome P-450 dependent arachidonic acid metabolism in $A_7r_5$ cells. <u>M. Thibonnier</u>. 61st Gordon Research Conference on Angiotensin II, February 9-14, 1992, Oxnard, CA, USA.

58. $V_1$-vascular AVP receptors of $A_7r_5$ cells activate the arachidonic acid epoxygenase pathway. <u>M. Thibonnier</u>, A.L. Bayer, & D.R. Koop. 93rd Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, March 18-20, 1992, Orlando, FL, USA.

59. The vasopressin receptor of human platelets is coupled to a G protein belonging to the $G_q$ family. <u>M. Thibonnier</u>, T. Goraya, & L. Berti-Mattera. 76th Annual Meeting of the Federation of American Societies for Experimental Biology, Abstract #30541, April 6-9, 1992, Anaheim, CA, USA.

60. Vasopressin induces the proto-oncogene c-fos and c-jun messenger ribonucleic acids in vascular smooth muscle cells. <u>M. Thibonnier</u>, A.L. Bayer, & M.S. Simonson. 7th Scientific Meeting of the American Society of Hypertension, Abstract #1382, May 6-9, 1992, New York, NY, USA.

61. Role of eicosanoids in vasopressin-induced calcium mobilization and immediate-early gene expression in vascular smooth muscle cells. <u>M. Thibonnier</u>, M.S. Simonson, & D.R. Koop. 14th Scientific Meeting of the International Society of Hypertension, Abstract #737, June 14-19, 1992, Madrid, Spain.

62. Cytoplasmic and nuclear signalling pathways of $V_1$-vascular vasopressin receptors. <u>M. Thibonnier</u>. The Neurohypophysial Peptide Systems Symposium, 9th International Congress of Endocrinology, September 6-11, 1992, Spa-Liège, Belgium.

63. Linear $V_1$-vascular AVP antagonists suitable for radioiodination, biotinylation, and fluorescent labeling. <u>M. Thibonnier</u>, & A.L. Bayer. 25th Annual Meeting of the American Society of Nephrology, November 15-18, 1992, Baltimore, MD, USA.

64. Mediators of vasopressin activation of immediate-early gene expression. <u>M. Thibonnier</u>, Z. Leng, & A.L. Bayer. 8th Scientific Meeting of the American Society of Hypertension, Abstract #1218, May 19-22, 1993, New York, NY, USA.

65. Molecular cloning, sequencing, and expression of a cDNA encoding the human $V_1$-vascular vasopressin receptor. <u>M. Thibonnier</u>, C. Auzan, A.L. Bayer, & E. Clauser. 4th International Vasopressin Conference, Abstract #2, May 23-27, 1993, Berlin, Germany.

66. Molecular cloning, sequencing, and functional expression of a cDNA encoding the human $V_1$ vasopressin receptor. <u>M. Thibonnier</u>, C. Auzan, & E. Clauser. 47th Annual Meeting of the Council for High Blood Pressure, Abstract #7, September 28-Oct 1, 1993, San Francisco, CA, USA.

67. Structure and chromosomal localization of the human $V_1$ vasopressin receptor gene. <u>M. Thibonnier</u>, M.K. Graves, C. Auzan, E. Clauser, & H.F. Willard. Experimental Biology 94, Abstract #0516, April     24-28, 1994, Anaheim, CA, USA.

68. Polymorphism of a DNA microsatellite present in the human $V_{1a}$ vasopressin receptor gene. <u>M. Thibonnier</u>, X. Jeunemaitre, M.K. Graves, E. Clauser, P. Corvol, & H.F. Willard. 76th Annual Meeting of the Endocrine Society, Abstract #1092, June 15-18, 1994, Anaheim, CA, USA.

69. Amlodipine decreases left ventricular mass index and improves systolic and diastolic function in patients with essential hypertension. M.C. Smith, L. Biblo, R. Chaffee, M. Farah, R. Muzic, A.D. Nelson, M. Papp, <u>M. Thibonnier</u>, & K. Weigel. 27th Annual Meeting of the American Society of Nephrology, Oct 26-29, 1994, Orlando, FL, USA.

70. Amlodipine reduces left ventricular mass index (LVMI), improves systolic and diastolic function, and increases heart rate variability in patients with essential hypertension (EH) and left ventricular hypertrophy (LVH). M.C. Smith, L. Biblo, M.

Farah, M. Papp, M. Thibonnier, & K. Weigel. 10th Scientific Meeting of the American Society of Hypertension, May 17- 20, 1995, New York, NY, USA.

71. Structure and regulation of the human V$_1$ vasopressin receptor gene. M. Thibonnier. The First Joint World Congress of Neurohypophysis and Vasopressin. July 16-21, 1995, Nasu, Tochigi, Japan.

72. Cellular signal transduction pathways of the human V$_3$-pituitary vasopressin receptor as a function of receptor density. M. Thibonnier, J.A. Preston, N. Dulin, P. Wilkins, L. Berti-Mattera, & R. Mattera. 10th International Congress of Endocrinology, Abstract #P2-885, June 12-15, 1996, San Francisco, CA, USA.

73. Structure of vasopressin receptors. M. Thibonnier. Institut Pasteur Euro Conference on Receptors in cardiovascular diseases as drug targets, October 3-4, 1996, Paris, France.

74. Effects of the orally active nonpeptide vasopressin V$_1$-vascular antagonist SR49059 in hypertensive patients during osmotic stimulation of vasopressin release. M. Thibonnier, A. Kilani, M. Rahman, T. DiBlasi, K. Warner, M. Smith, A.F. Leenhardt & R. Brouard. Eighth European Meeting on Hypertension, June 13-16, 1997, Milano, Italy.

75. Molecular Pharmacology of human vasopressin receptors. M. Thibonnier, D.M. Conarty, J.A. Preston, P. Wilkins, L. Berti-Mattera, & R. Mattera. 1997 World Congress of Neurohypophysial Hormones, August 8-12, 1997, Montréal, Canada.

76. Mitogenic properties of human vasopressin receptors. M. Thibonnier, D.M. Conarty, J.A. Preston, & C. Plesnicher. Experimental Biology 98, April 18-22, 1998, San Francisco, CA, USA.

77. Human endothelial cells express oxytocin receptors. M. Thibonnier, D.M. Conarty, J.A. Preston, & C. Plesnicher. 80th Annual Meeting of the Endocrine Society, Abstract #P2-356, June 24-27, 1998, New Orleans, LA, USA.

78. Cardiovascular effects of vasopressin. M. Thibonnier. Les entretiens de Bichat, September 15, 1998, Paris, France.

79. Role of the C-terminus of the human V1-vascular vasopressin receptor in signal transduction. M. Thibonnier, .J..A. Preston, D.M. Conarty, C. Plesnicher, & L. Berti-Mattera. Experimental Biology 99, April 17-21, 1999, Washington, DC, USA.

80. Molecular determinants of nonpeptide antagonist binding to the human V$_1$AVP receptor. M. Thibonnier, D.M. Conarty, & C. Plesnicher. 81th Annual Meeting of the Endocrine Society, Abstract #P2-368, June 12-5, 1999, San Diego, CA, USA.

81. Dynamic association of human vasopressin receptors with G protein coupled receptor kinases after agonist stimulation. K. Berrada, C. Plesnicher, X. Luo, & M. Thibonnier. 1999 Annual Meeting of the American Society of Nephrology, Abstract #SA543, November 4-8, 1999, Miami, Fl, USA.

82. A molecular model of agonist and nonpeptide antagonist binding to the human V$_1$-vascular vasopressin receptor. M. Thibonnier, P. Coles, D.M. Conarty, C. Plesnicher, & M. Shoham. Experimental Biology 2000, Abstract #11214, April 15-18, 2000, San Diego, CA, USA.

83. Molecular pharmacology and modeling of vasopressin receptors. M. Thibonnier, P. Coles, A. Thibonnier, & M. Shoham. World Congress on Neurohypophysial Hormones, September 8-12, 2001, Bordeaux, France.

84. Influence of age on the efficacy and safety of vardenafil, a novel phosphodiesterase-5 inhibitor, for the treatment of erectile dysfunction. C. Donatucci, G. Karlin, E. Goldfischer, S. Cohen & M. Thibonnier. American Geriatrics Society, May 8-12, 2002, Washington DC, USA.

85. Efficacy and safety of vardenafil, a selective phosphodiesterase-5 inhibitor, in men with erectile dysfunction on antihypertensive therapy. H. Padma-Nathan, H. Post, I. Eardley & M. Thibonnier. American Society of Hypertension, May 14-18, 2002, New York City, NY, USA.

86. Vardenafil improves erectile function regardless of etiology or baseline severity in men with erectile dysfunction. C. Donatucci, I. Eardley & M. Thibonnier. American Urological Association, May 24-30, 2002, Orlando, FL, USA.

87. Long-term efficacy and safety of Vardenafil in diabetic men with erectile dysfunction. I. Goldstein, J. Young, T. Segerson, & M. Thibonnier. American Diabetes Association, June 14-18, 2002, San Francisco, CA, USA.

88. Influence of HbA$_1$c on the efficacy and safety of Vardenafil for the treatment of erectile dysfunction in men with diabetes. I. Goldstein, J. Fischer, T. Taylor, & M. Thibonnier. American Diabetes Association, June 14-18, 2002, San Francisco, CA, USA.

89. Vardenafil improved patient satisfaction with erection hardness, orgasmic function, and sexual experience in men with erectile dysfunction. W. Hellstrom, C. Donatucci, C. Niederberger, & M. Thibonnier. American Society of Andrology, March 26-April 2, 2003, Phoenix, AZ, USA.

90. Cardiovascular safety of Vardenafil in patients receiving antihypertensive medications: A post-hoc analysis of five placebo-controlled clinical trials. R.A. Kloner, P. Mohan,  M. Thibonnier, C. Norenberg, & H. Padma-Nathan. American College of Cardiology, March 30-April 2, 2003, Chicago, IL, USA.

January 2009

# Stefan Hristu



---

**Objective**    Working in a dynamic and innovative company. Willing to relocate for the right opportunity.

**Education**    **University of Virginia School of Engineering and Applied Science**, Charlottesville, VA
B.S. in Biomedical Engineering, May 2004
Completed final thesis project on Breast Cancer Detection using Ultrasound and Shear Strain Elastography

Coursework
General and Organic Chemistry with laboratory, Physiology, Cell and Molecular Biology, Biology Laboratory, Integrative Design and Experimental Analysis Laboratory, Bioelectricity, Biomedical Engineering Systems Analysis, Computational Methods, Biomechanics and Biotransport, Motion Biomechanics

**Experience**

*Dec.2006-*      **Development Associate II at Protein Design Labs,** Fremont, CA
*present*        Performed process development and optimization for monoclonal antibody purification including supporting analytical assays. Process transfer to manufacturing facility and viral clearance studies.

*Nov.2004-*      **Drug Development Associate I at Protein Design Labs,** Fremont, CA
*Dec. 2006*      Employed analytical tools for performing accelerated stability studies for various formulations and antibodies undergoing purification and cell culture method changes

*May-*           **UVA Conference Services,** Charlottesville, VA
*August 2003*    Night conference assistant
Supervised night operations and responded to emergencies. Also in charge of daily cash flow calculation and verification.

*June-*          **St. Johns River Orthopedic & Spine Institute, Dr. Stefan Stanescu's**
*July 2001*      **Office,** St. Augustine, FL
Supervised the transition to new medical billing software and got exposure to the medical practice

**Skills**       Laboratory
ELISA, LAL, chromatography, fluorescence microscopy, ultrasound imaging
Computer
*Environments*: Windows (NT, ME, 2000, XP), Linux
*Applications*: MS Office, Empower, ChemStation, MathCAD, MatLab, LabView, JMP

**Professional** American Chemical Society course on Formulation Development (2005)
**Development**  UC Berkeley course - Overview of Drug Development Process (2005)
Member of the Biomedical Engineering Society (2004)

Kemp-resume8-4

Timothy M. Kemp



SUMMARY

A creative Senior Research Engineer with extensive firmware and hardware experience in the
embedded systems area. Expertise in embedded operating systems, object oriented
programming and device driver programming. Major strengths in storage-related systems: NAS,
RAID and hard disk drives. Additional expertise in performance analysis, behavioral and event
simulations, and microcode structures. A detail-oriented individual with a history of solving
problems in many domains, both individually, and in a team, to create unique solutions on
timely schedules.

Technical Skills

Languages: C, C++ (OOP), Java, Verilog, scripting languages, Perl, HTML
Architectures: System-on-chip, particularly hard disk drive and RAID controllers,
PowerPC hardware and microcode.
Systems Programming: Modify the Linux kernel for specific hardware and applications,

website design, implementation and management.

Analysis:
Embedded hardware, software, and multiprogramming
architectures via event and behavioral simulation, as well as
statistical analysis.

External Interfacing:
Architectural and technical relationships with customers and
vendors

PROFESSIONAL EXPERIENCE

Tridex Systems, Inc.

Chief Technical Officer 9/2002-Present
Projects requiring expertise in fluidics, electronic architectures, device support, general
programming and web services.

•
Under contract, developed microcode for a web-based instrument that does bioelectronic
measurement.
•
Under contract, developed techniques and methods for implementation of microfluidic flow
management.
•
Collaborated on project of electronic products to assist control and management of diabetes
mellitus type 1. I am responsible for project definition, knowledge based systems, and back-end
web services. Implemented a prototype.
•

Page 1

Trial Exh. 27002 Page 044

Kemp-resume8-4

Under contract, specified a rule-based product configuration system for a manufacturing firm
using knowledge-based system techniques.

•
Collaborating with Stanford University Medical Informatics on menu-oriented food ontology with
associated agents for aiding diabetic patients.

•
Implemented a prototype telephone based speech recognition system for food menu items.
IBM Corporation, San Jose, CA

Senior Engineer/Scientist, IBM Research (Almaden Research Lab) 5/2000-8/2002
Responsible for defining, measuring, and moving into development host-side storage hardware,
microcode, and programming structures.

•
Architect for IBM Microelectronics' RAID-on-a-chip family project. I created five architectures that formed the basis of the overall storage business plan.
☐
•
Created host-side RAID storage chip architectures with Mylex, IBM Storage, and Microelectronics divisions to close significant chip manufacturing deals for Microelectronics.

•
Wrote a behavioral model for a Serial ATA transport logic and ATA drive that runs under the
ModelTech VHDL event simulator (Vsim) decreasing logic development time by 30%.

•
Wrote a Linux Kernel device driver for a queued command handler for ATA drives that demonstrated feasibility of a new queued ATA controller -- subsequently implemented

•
Wrote Linux tools to do comparative file system performance analysis for clustered file
systems, highlighting areas of concern for product improvement.

•
Member of the Serial ATA standards definition workgroup leading to the Version 1.0.0.0
standard.

•
Invented a real-time debugging facility for an embedded microprocessor with a limited set of
measurement pins. Patent issued.
Storage Platform Architect, IBM Microelectronics 3/1993-5/2000
Responsible for interfacing with Research Division to assist BM Storage and external storage
customers by creating architectural solutions to form System on Chip (SoC) implementations of
PowerPC processors, microcode, and interface electronics.

•
On the architecture team that developed two object-oriented embedded operating systems;
for disk drives. A major change in direction for IBM.

•
Created two hard disk controller chip architectures.

•
Invented and patented the CodePackTM code compression architecture for the PowerPC,
which was key feature for closing multimillion-unit sales of the PowerPC 405.

•
Created and motivated development of significant features such as the PowerPC on-chip

Page 2

Kemp-resume8-4

memory interface, the debug-wait state, debug trace port, and the 405 MAC
implementation. These innovations are in the product line today.
•
Filed 3 patent applications; all 3 issued
•
wrote a code compression article for the IBM Journal of Research and Development, which
has been referenced in other external publications.
•
Wrote an internal paper on a hashing scheme for disk buffer management, which led to a
new architecture for buffering in hard disk drives.
Programmer/Engineer
7/1972-3/1993

•
Co-chaired the CAD Framework Initiative Standards Organization's Simulation Backplane
working Group. Wrote the standard specification for interfacing multiple levels and styles of
electronic simulation.
•
Invented and patented a technique for connecting multiple parallel analog
simulations.
•
Co-designed and implemented a semantic network database, a unique solution to the
description of such as electronic designs. --predated all of today's XML databases.
•
Team leader for the IBM 8100 COBOL compiler. Developed IBM's first syntax directed
COBOL compiler. Technology developed still in use today in IBM's compilers.
•
Co-designed an embedded real-time operating system supervisor and wrote the device
driver support for a wireless magnetic stripe reader of shipping labels.
•
Created a methodology for inserting behavioral simulation rules into a device-level logic
simulation on hardware simulators, allowing creation of an adaptive environment, rather
than using scripts. Now a common technique for hardware simulation.
•
As architect of the 3614 financial terminal, developed a cost reduction mechanism for
microcode updates resulting in a 20% decrease in the cost of microcode updates.
EDUCATION

University of California, Berkeley, Bachelor of Science, Electrical Engineering and Computer
Science, 1972

❑
PUBLICATIONS

5 Patents, 2 Disclosure Publishes, 2 Externally Published Articles, 1 Standards Document, 1
Conference Seminar, 3 Internal Laboratory Reports

PROFESSIONAL ASSOCIATIONS

Association for Computing Machinery
IEEE Computer Society

❑

Page 3

Trial Exh. 27002 Page 046

**Anthony (Tony) Nugent**



**Profile**

Mechanical and Manufacturing Engineering
Product Development and Technical Management

Comprehensive experience in the manufacture and development of commercial and medical diagnostic products. Experience from concept through launch, to scale up and outsourcing.

**Skills & Experience Summary**

**Technical:** Leveraging my early experience in manufacturing and quality assurance have made key contributions to the mechanical, electrical and software design of products and processes.

**Management:** I have managed at a mid level in quality assurance, manufacturing and product development. Have managed special cross-functional teams to resolve difficult problems. I believe in being hands on and leading by doing. Like to keep a group small and leverage the contributions of other departments, suppliers & consultants. I will leave a position open before filling it with the wrong candidate.

**Education**

1981 to 1985 University of Dublin, Trinity College, Ireland.
B.A., B.A.I. (Mechanical and Manufacturing Engineering)

**Professional Experience.**

**May 2005 to Present.                    Berkeley HeartLab Inc, Alameda CA.
Independent Engineering Consultant.**

Quadruple the production and resolve quality problems with LDL and HDL polyacrylamide gradient gels used to measure cholesterol sub fractions.

Reengineered a small lab scale process to support growing demand with the same number of operators. Developed an innovative proprietary method for assembling the glass plates. Identified a glass supplier in China reducing the glass cost per gel from $2.70 to $0.10. This resolved quality and capacity issues by eliminating glass salvage from the process. Led the cross-functional team meetings to increase productivity and reducing repeat test rates from 30% to 10%.

**July 2003 to April 2005.                    Assistant to my Wife Mina**

**Chief Homemaker.**

To allow my wife to accomplish her dream of moving her real estate career to a higher level, took over most of the homemaking activities and activities of our three sons. Participated in various parental volunteer groups and organizations. Assisted Mina on various tasks to free up Mina's time. Mina is now a top producer as a real estate agent with a repeat client base.

**January 1997 to June-2003                Cholestech Inc, Hayward CA**
**Director Development Engineering.**

Manage instrument electromechanical design and software, cartridge mechanical design, pilot production, and in-house data collection software.

Managed the software and signal processing for the development of the Alt liver test. Developed the algorithm for conversion of signal to dose.

In conjunction with the scientists, developed the cartridge layout and pilot production process for HS-CRP  (a lateral flow immuno-assay), producing 300 cassettes a day using three technicians. Product has since been released to market.

Managed numerous mini projects to address obsolescence issues with the Cholestech instrument, including modernizing the electronics from late 1980's thru hole design to surface mount, sourcing, qualifying and supporting a new printer, addressing the European IVD directive, upgrading manufacturing software.

Specified and managed the software project to create banks of 32 instruments controlled via a single computer for assay development, production & Q.C. All in-house tests now went to a central database, where they could be retrieved directly via excel at any individuals desk. Increased availability of test instruments for development and manufacturing scientists eliminated many delays in production and development.

Worked to illustrate the benefits of statistical process control for improving quality over relying solely on finished lot sampling; process was adopted by manufacturing. Other projects included an immuno urine cassette, an HbA1c cassette, an exploratory project to combine the LDX with a major healthcare companies instrument.

**August 1985 to January 1997                Logitech Inc.**

During over ten years at Logitech held the following positions as the company grew to become a multinational and the leading supplier of computer peripherals.

**January 1995 to January 1997                  Imaging BU Logitech Fremont.
Sr Staff Engineer.**

Responsible for introduction to manufacturing and product assurance of sheet fed and handheld scanners. Qualified supply sources for critical components in Taiwan.

**January 1993 to January 1995                  Entertainment BU Logitech Fremont.
Sr Staff Engineer.**

The group developed two high-end joysticks and an inexpensive six-degree of freedom mouse. Responsible for introduction to manufacturing and product assurance. Implemented over 60% of the joystick assembly at the molder reducing in house burden. Resolved two major design issues allowing 200,000 units to be produced in first three months. Onsite engineering support for transfer to China and Taiwan.

**February 1991 to January 1993                  Reliability Dept Logitech Fremont.
Staff Engineer**

Established the product qualification test lab. Designed and ran the EVT, DVT, PVT for new mice, trackballs, and handheld scanners. Resolved latent design problems. Was principal quality liaison for sales with OEM customers.

**January 1988 to February 1991                  Logitech Fremont.
Quality Engineering Manager.**

Managed the quality-engineering department providing engineering support for industrial engineering, quality control and production. Responsible for manufacturing test and inspection equipment. New product introduction liaison for manufacturing

**October 1986 to December 1987                  Logitech Hsinchu, Taiwan.
Quality Assurance Manager.**

Established the QA department in start up facility in Taiwan. Principal achievement was a quality system acceptable to Apple Computer allowing production of their mouse.

**August 1985 to October 1986                  Logitech Fremont.
Manufacturing Engineer.**

Manufacturing engineering. Supervised incoming and outgoing Q.C. Established operating procedures required by DEC for their dock to stock program. QA/Q.C. interface for OEM customers, Convergent Technologies, AT&T, HP.

# Madhavi Mishra

████████████████████

**Objective**: To obtain a position as a Research Associate in the Biotechnology Industry.

## Laboratory Skills:

- ELISA
- DNA and RNA extraction
- In situ Hybridization
- Micro-transplantation
- Confocal Microscopy
- Fluorescent Microscopy
- Dissecting Microscopy

- Mammalian Cell Culture

- Western Blot
- Antibody Staining
- PCR (Taq)
- Animal surgery

- SC dosing, Tissue collection
- Data Processing
- QC of Sample
- Aseptic Technique

**Computer Skills:** Proficient in Microsoft Word, PowerPoint, and Excel, Adobe Illustrator, Photoshop.

**Education: M. S. in Cell and Molecular Biology, May 2007(Recent Graduate)**
Domingo Lab, San Francisco State University (GPA 3.8/4.0)

## Professional Experience:

### May- Currently Working: Theranos, Inc: Assistant Development Scientist

- Experience working with immunoassays ( ELISA)
- Analytical assays, and Assay development
- Protein conjugation  such as cross-linking of antibodies to other proteins
- Develop and characterize novel formulations and delivery systems for proteins and peptides in solid, and liquid  systems.
- Multi-factorial optimization ("design of experiments")
- Statistical Analysis in Assay Validation
- Using ELISA to qualify capture Antibody Conjugation
- Using ELISA to qualify Detection Antibody Conjugation
- Using ELISA  for Protein C AKP (Alkaline Phophatase) conjugate  substrate stability Test
- Using ELISA  for Protein C Analyte stability Test
- Proficiency in Excel and Softmax ( M5 Spectra max Micro plate Reader) software programs
- Working with 384-MTP plate

### Jan, 2007 –April, 2007 Research Technician (Paid), San Francisco State University, CA

- Thesis work involved investigating the Role of Calcium Signaling in *Xenopus laevis* Somitogenesis.
- Analyzed cellular morphology with confocal microscopy system (Nikon E600FN).
- Animal surgery, tissue collection and SC dosing (*Xenopus laevis*).
- Utilized micromanipulation including injection of mRNA and cell transplantation to characterize mutant and wild type phenotype.
- Lab management, strong record of independent productivity and understanding of principles of experimental design.
- Monthly Budget Report (P-card reporting).
- Lab training for new graduate students, Strong organization and communication skills, and a desire to work cooperatively in a team environment.
- Ordered and purchased lab equipment

**Fall 2006-Graduate Teaching Assistance, San Francisco State University, CA**

- Electron Microscopy and Cell and Microbes
- Lab management.
- Ordered lab equipment.
- Helped BIOL741 and BIOL175 Students —an upper division course in Electron Microscopy
- Collaborated with course instructor to generate class material.

**Fall 2005, spring 2006 – Graduate Teaching Assistance for General Biology**

- Lab management and Instructor – taught and assisted students during lab activities.
- Graded and prepared exams and quizzes.
- Taught BIO 101, a lower division Biology course that is required for all graduate students.
- Co-taught two classes involving 60 students.
- Held office hours to facilitate student comprehension of the material.
- Collaborated with course instructor to generate class material.

**Publications:**

1. **2006- Meeting** Abstracts
   Mishra, M., and C. Domingo (2006). Role of calcium signaling during *Xenopus laevis* somite morphogenesis. West Coast Regional Developmental Biology Meeting, Asilomar. CA.

2. **Paper in progress**
   Mishra, M., and C. Domingo (2007). "Role of Calcium Signaling in *Xenopus laevis* somitogenesis"

*same as Dai's[?]*

*Elaine*

# Amy M. Dinh

**Objective**
An entry-level career position in research and development in the biotechnology industry

**Laboratory Skills**
- ELISA
- DNA sequencing
- PCR
- High Pressure Liquid Chromatography
- Thin Layer Chromatography
- Gas Chromatography
- Electrophoresis

**Education**
California Polytechnic State University, San Luis Obispo, CA
Bachelor of Science in Molecular Biology – June 2005

**Healthcare Experience**
Longs Drugs Pharmacy, Walnut Creek, CA          *$15   benefits*          04/2006-09/2007
**Pharmacy Ancillary**
o Provides excellent customer service
o Prescription processing

**Molecular Biology Experience**          *pt*
Institute for Environmental Health, Lake Forest Park, WA          08/2005-02/2006
**Laboratory technician** – *$12-13*          *employee $10-50*
- Performed DNA extraction from contaminated samples
- Purified and amplified DNA from samples for PCR and gel electrophoresis
- Identified organisms to their respective *Genus and species* with 99.999% accuracy

California Polytechnic State University, San Luis Obispo          06/2004-3/2005  ←
**Senior Research Project**
- Performed DNA extraction from raw samples and DNA purification for PCR
- Analyzed data via Terminal Restriction Fragment (TRF) Length Polymorphism
- Determined the stability of microflora in human GI tract

**Leadership Involvement**
- Tri-Beta
- Wildlife Club
- Biotechnology Club
- COSAM Fee Committee
- Vietnamese Student Association

**Skills**
Certified Pharmacy Technician, C.PhT.
Computer: Word, Excel, PowerPoint
Language: Conversational Vietnamese
Organize/ Detail oriented

**Reference**
Available upon request

# Don Vu

**OBJECTIVE:**
> Full time position as a research associate at a biotech company with high potential for upward mobility

**EDUCATION:**
> B.S. in Biology, Emphasis: Biochemistry & Cell Biology, University of California at San Diego, June 2007

**RELATED COURSE WORK:**

| | | |
|---|---|---|
| Biology of Cancer | DNA Recombinants | Structural Biochemistry |
| Bacteriology/Microbiology | Cell Biology | Metabolic Biochemistry |
| Immunology | Genetics | Biochemical Techniques |
| Molecular Biology | Organic Chemistry | General Chemistry |

**WORK EXPERIENCE:**

### *Lab Technician, White Labs Inc.*                                                    *3/07- 5/07*
- Maintain cell-cultures and yeast strains
- Extract cell cultures and perform bioassays
- Ensure good cell viability and manage yeast stock in storage
- Utilize gas chromatography to analyze phenols, esters, and alcohols
- Assist/generate protocols related to sample testing and lab procedures

### *Student Lab Assistant, UCSD School of Medicine: Psychiatry Department*        *10/06 – 3/07*
- Assisted in the research and design animal model of Huntington's Disease
- Histological analyzing of mouse brain cross sections by producing slides and immunofluorescence
- Genotyped with PCR
- Transform/Culture yeast and E. Coli
- Observe protein to DNA interaction with Electrophoretic Mobility Shift

### *Intern, CHIRON, Novartis Vaccines and Diagnostics, Emeryville, CA*           *6/06 - 9/06*
- Researched, designed, and presented diagnostics for an emerging pathogen as intern project
- Worked with Hanta Virus, HCV, Avian Influenza, and Nipah Virus
- Assisted in the research and design of primers and probes for PCR
- Ligated, transformed, and cloned viral/bacterial genes for expression and testing
- Antibody analysis through ELISAs, chromatography, and PAGEs

**ADDITIONAL EXPERIENCE:**
- Familiar with the following Techniques

| | |
|---|---|
| **Chemical** | IR and NMR spectroscopy |
| **Nucleic Acid** | Bacterial and yeast ligation/transformation (E. Coli/yeast2hybrid systems) |
| | Plasmid DNA purification |
| | Enzymatic manipulations of DNA, including restriction digests, and ligations |
| | Gel electrophoresis (agarose, TBE, tris-glycine, acrylamide, gradient, isocratic, etc…) |
| | Polymerase chain reactions (reverse-transcriptase and real-time) |
| **Protein** | ELISA (strips and wells) |
| | Column chromatography (hydrophobic interaction, DTT, size-exclusion columns ) |
| | Protein gel electrophoresis |
| **Sterile** | Bacterial culture techniques, sterile transfers, selective and differential media, colonies |
| | Plating with bacteriophages |
| **Molecular Assays** | Electrophoretic Mobility Shift Assays, Southern, Western and Northern Blots |
| **Basic Lab** | Preparing buffers/solutions/media, pipetting, titrating, diluting, and centrifuging |

- Experience with up keeping and writing lab reports
- Strong interpersonal skills
- Proficient in Word, Excel, PowerPoint, and Outlook

**REFERENCES:**

Steven Nguyen
Research Specialist II
Research and Development
CHIRON, Novartis Vaccines and Diagnostics
Tel: ███████████

Helen Huang
Research Associate III
Research and Development
CHIRON, Novartis Vaccines and Diagnostics
Tel: ███████████

Grace K. Ching
Research Associate II
Scientific and Project Support
Research and Development
CHIRON, Novartis Vaccines and Diagnostics
Tel: ███████████

**Hong Li**



**OBJECTIVE:** Research associate position in a biotech or pharmaceutical company

## PROFESSIONAL EXPERIENCE

Research Associate
Unimedicine Inc.
Sunnyvale, CA
September 2003-Present
**Projects:**
➢ Custom service of polyclonal antibody, phospho-specific polyclonal antibody, and monoclonal antibody.
**Research techniques:**
- Peptide design, conjugation, immunization
- Anti-sera Production and Purification.
- Cell culture
- ELISA and microplate reader
- SDS-PAGE and Western blot
- Protein Purification
- DNA Cloning and Subcloning , PCR, DNA & RNA extraction

Contractor
Genencor International
Palo Alto, CA
June 2002-September 2002
**Projects**:
➢ Maintained various different cell lines: A1 transgenic cells, A2 transgenic cells, 29 and prepared PBMC from buffy coats.
➢ Hepatitis C vaccine project: * Transfected dendritic cells derived from PBMC with report genes by Electroporation and Liperfection, each with many different conditi *Optimized Electroporation and Liperfection conditions. *Detected protein express
**Research techniques**:
- Cell culture
- Transient Transfection in mammalian cells by Electroporation and Liperfection
- Flow Cytometry and FACS analysis
- ELISA and microplate reader
- DNA Cloning, Transformation and Isolation

Research Associate
Aclara Bioscience Inc.
Mountain View, CA
July 2001-January 2002
**Projects**:
➢ Validated multiplexing PCR on Plurex Multiplexing System Device.
**Research techniques**:

- Multiplexing PCR
- DNA 500 Assay by using Agilent 2100 bioanalyzer.
- Protein Assay by using Agilent 2100 bioanalyzer.

Research Associate
Hyseq, Inc.
Sunnyvale, CA
April 1997-July 2001
**Projects**:
➢ Maintained various different cell lines: 293 cells, CHO cells, etc.
➢ Epidermal growth factor L6's (EGFL6) project: Detected EGFL6 gene's function in regulation of cell proliferation.
➢ High through-put PCR: Accomplished one million clones PCR per month from various tissue libraries. Optimized PCR condition and troubleshoot.
**Research techniques**:
- Cell Culture
- Transient and Stable Transfection in mammalian cells by Electroporation and Liperfection
- ELISA and microplate reader
- Flow Cytometry and FACS analysis
- DNA and RNA isolation
- DNA Cloning, Transformation
- Primer design, RT-PCR and PCR
- Site-Directed Mutagenesis
- Cell proliferation Assay
- SDS-PAGE and Western Blot

Research Assistant
Boston University School of Medicine
Boston, MA
January 1996-January 1997
**Projects:**
➢ Performed In Situ Hybridization to localize mRNA in mouse embryos.
**Research techniques:**
- In Situ Hybridization

**COMPUTER SKILLS**
Microsoft Word and Microsoft Excel
Database management and analysis
File management techniques
Graph and Internet

**EDUCATION**
Bachelor in Medicine
Hubei Medical School, Wuhan, Hubei, People's Republic of China.
Courses at Foothill College, such as HPLC, DNA sequencing and bioinformatics basic laboratory techniques etc.

# IAN GIBBONS:  CURRICULUM VITAE

## Employment

Wave 80 Biosciences
2003-Present          Senior Director of Assay Development (part time)
Examina (Business development group)
2004-Present          Founding Partner
ImmPORT Therapeutics
2004-Present          Consultant and Board Member
Lightwave BioApplications    Co-founder
2002-Present
Olin Consulting          Self employed consultant
2002-Present
          Business development, Market Analysis, Product Design and Development,
          Technical Problem Solving and Intellectual Property in the areas of Medical
          Diagnostics, and Biotechnology (Several clients)
ACLARA BioSciences
1998 - 1992          Senior Director, Assay Development
First Medical, Inc.
1997-1998          Senior Development Director
AmCell
1995-1997          Director Therapeutic Cell Separation
          Director of Protein Chemistry

Biotrack
1985-1995          Senior Technical Director
          Director of Research

Syva Co
1978-1985          Senior Research Manager
          Research Manager
          Research Group Leader
          Senior Research Chemist

## Education

          Postdoctoral Fellowship, University of Bristol, England
          Postdoctoral Fellowship, University of California, Berkeley
          Ph.D [Biochemistry] University of Cambridge, England
          B.A, [Biochemistry, Chemistry] University of Cambridge,
          England

**Honors**

| | |
|---|---|
| 1966-7 | Prize Scholarship, Churchill College, Cambridge |
| 1993-5 | Research Fellow; Ciba-Corning Diagnostics |

**Managerial Experience**

ImmPORT Therapeutics — Responsible for business development.  Secured licenses to three key patents; relationships with key partners

ACLARA BioSciences — Direction of high-throughput-screening [HTS] program; direction of assay development for Pharma applications. **Obtained multimillion dollar funding from a major Pharma company based on successful demonstration of several key applications.  Focused on nanovolume assay technology.  Directly involved with Nanovolume dispensing and fluid handling.**

First  Medical, Inc. — Direction of chemistry development, system calibration, new product design; **Successful FDA 510k clearance for an ultra-high sensitivity integrated, multianalyte immunoassay assay system for Point-of-Care diagnosis of myocardial infarct**

AmCell — Responsible for major program direction, new product concepts, problem solving and management of R&D projects.  **Launched best system for hematopoietic stem cell purification, managed interface with Amgen during OEM clinical study. Developed QA/QC system for a highly complex system of reagent and single-use tubing set involving advanced methods for analysis of particulate reagents.  Authored key development reports for FDA and European regulatory filings.  Played a leading role in implementation of ISO system leading to ISO-certification.**

Biotrack — Responsible for new assays (concepts, funding, scheduling, budgeting, hiring, program coordination technical supervision) and patent policy.  **Lead Research and Development of Novel point-of care immunoassay system for therapeutic drug measurement (four products were launched using this system).  Managed multi-year project for joint development with the American Red Cross of a multi-analyte Point-of-Care "Pre-donation blood screening system"**

Syva — Managed a research group of 5-10 people developing new assay methods.  **Pioneered new, non-separation methods for immunoassay of blood proteins and microbial antigens.**

**Responsible for development of the following products**
1.      EMIT® Assay for C-reactive protein (SYVA CO.)
2.      PRISMA® Assay for C-reactive protein (SYVA CO.)
3.      EMIT® Assay for IgG (SYVA CO.)
4.      EMIT® Assay for IgA (SYVA CO.)
5.      EMIT® Assay for IgM (SYVA CO.)
6.      EMIT® Assay for pre-albumin (SYVA CO.)
7.      EMIT® Assay for transferin  (SYVA CO.)
8.      MICROTRACK® direct specimen assay for Chladmydia Tracomatis (SYVA
        CO.)
9.      MICROTRACK® direct specimen assay for Herpes Simplex 1/2 (SYVA CO.)
10.     MICROTRACK® direct specimen assay for CMV (SYVA CO.)
11.     PROTIME® PT blood coagulation assay (BIOTRACK)/Coumatrack®
        (DuPont)/Biotrack)
12.     Ciba-Corning Diagnostics Biotrack: System 512 [PT, APTT assays]
13.     Ciba-Corning Diagnostics 516: Theophylline assay
14.     Ciba-Corning Diagnostics 516: Phenytoin assay
15.     Ciba-Corning Diagnostics 516: Carbamazepine assay
16.     Ciba-Corning Diagnostics 516: Phenobarbital assay
17.     Ciba-Corning Diagnostics 516: Valproic acid assay
18.     AmCell "CliniMACS™" CD34 Cell Selector
19.     Alpha Dx™ Cardiac Panel (First Medical, Inc.)
20.     ARTEAS™ Device for nL homogeneous assays (ACLARA)


**Program direction**
1.      **Biotrack/Red Cross Predonation Screening System**
2.      Biotrack/Miles Potassium and A1c Assay Systems
3.      Biotrack 516 Therapeutic Drug Assay System
4.      Biotrack 514 "Health Screen System"
5.      **AmCell: CD34 Cell Separator**
6.      FMI: Alpha Dx™ Cardiac Panel


**Publications**
**47 Scientific papers and 36 issued patents**

1.      Anderson, P.J., Gibbons, I. and Perham, R.N. (1969).  A Comparative Study of
        the Structure of Muscle Fructose 1,6-Diphosphate Aldolases. Eur.  J. Biochem.
        11, 503-509.
2.      Gibbons I. and Perham, R.N. (1970a).  The Reaction of Aldolase with 2-
        Methylmaleic anhydride.  Biochem. J. 116, 843-849.

3.   Gibbons, I. and Perham, R.N. (1970b)  Comparison of Aldolases Extracted from Rabbit Muscle at Low and High Ionic Strength. Biochem. J. 117, 415-416.

4.   Gibbons, I. (1970). Chemical Modification and Structure of Aldolase. Ph. D. Thesis, University of Cambridge, England.

5.   Gibbons, I. Anderson, P.J. and Perham, R.N. (1970).  Amino Acid Sequence Homology in the Active Site  of Rabbit and Sturgeon Muscle Aldolases. Fedn. Eur. Biochem. Soc. Lett. 10, 49-53.

6.   Gibbons, I., Perham, R.N. and Anderson, P.J. (1972).  Amino Acid Sequence Homology in the Muscle Aldolases from Sturgeons of Different  Species.  Nature 238, 173-175.

7.   Edwards, Y.E. and Gibbons, I. (1972).  Pidgeon Muscle Aldolase: Kinetic Properties and Primary  Structure Close to the Substrate-Binding Lysine  Residue. Fed. Eur. Biochem. Soc. Lett. 28, 221-225.

8.   Gibbons, I. and Perham, R.N. (1974).  Kinetic and Molecular Properties of Citraconyl-Aldolase.  The  Reversible Denaturation and Hybridization of the Native and Modified Enzymes. Biochem. J. 139, 331-342.

9.   Gibbons, I. (1974).  Subunit Interactions in Hybrids of Native, Carboxypeptidase-treated and Citraconylated Rabbit Muscle Aldolase.  Biochem. J. 139, 343-350.

10.  Gibbons, I. and Schachman, H.K. (1974).  A  Method  for Separating Hybrids of Chromatographically Indistinguishable Variants of Oligomeric Proteins: Application to Aspartate Transcarbamylase (ATCase).  Fed. Proc. 33 ,1533.

11.  Gibbons, I., Yang, Y.R. and Schachman, H.K. (1974).   Cooperative Interactions in Aspartate Transcarbamylase.  Hybrids Composed of Native and Chemically Inactivated Catalytic Polypeptide Chains.  Proc. Nat. Acad. Sci. USA 71, 4452-4456.

12.  Gibbons, I. and Schachman, H.K. (1976).  A Method for the Separation of Hybrids of Chromatographically Identical Oligomeric Proteins: Use of 3,4,5,6-Tetrahydrophthaloyl Groups as a Reversible "Chromatographic Handle". Biochemistry 15, 52-60.

13.  Gibbons, I., Flatgaard, J.E. and Schachman, H.K. (1975).  Quaternary Constraint in a Hybrid of Aspartate Transcarbamyase  Containing Wild-Type and Mutant Catalytic Subunits.  Proc. Nat. Acad. Sci. USA 72, 4298-4302.

14.  Gibbons, I. Ritchey, J.M. and Schachman, H.K. (1976).  Concerted Allosteric Transition in Hybrids of Aspartate Transcarbamylase Containing Different Arrangements of Active and Inactive Sites.  Biochemistry 15, 1324-1330.

15.  Ritchey, J. M., Gibbons, I. and Schachman, H.K. (1976).  Properties and Bonding Domains of Different Aspartate Transcarbamylases and Their Hybrids. Fed. Proc. 35, 1668.

16.  Ritchey, J.M., Gibbons, I. and Schachman, H.K. (1977).  Reactivation of Enzymes by Light-stimulated Cleavage of Reduced Pyridoxyl 51-Phosphate-Enzyme Complexes.  Biochemistry 16, 4584-4590.

17.  Subramani, S., Bothwell, M.A., Gibbons, I, Yang, Y.R. and Schachman, H.K. (1977).  Ligand-promoted Weakening of Intersubunit Bonding Domains in Aspartate Transcarbamylase.  Proc. Nat. Acad. Sci. USA 74, 3777-3781.

18.  Wall, K.A., Flatgaard, J.E., Gibbons, I. and Schachman, H.K. (1979).  Purification and Characterization of a Mutant Aspartate Transcarbamylase Lacking Enzyme Activity.  J. Biol. Chem. 254, 11910-11916.

19.  Benfield, P.A., Forcina, B.G., Gibbons, I. and Perham, R.N. (1979).  Extended Amino Acid Sequences Around the Active-Site Lysine Residue of Class 1 Fructose 1,6-Bisphosphate Aldolase from Rabbit Muscle, Sturgeon Muscle, Trout Muscle and Ox Liver.  Biochem. J. 183, 429-444.

20.  Gibbons, I., Skold, C., Rowley, G.L. and Ullman, E.F. (1980).  Homogeneous Enzyme Immunoassay for Proteins Employing β-Galactosidase.  Anal. Biochem 102, 167-170.

21.  Crowl. C., Gibbons, I. and Schneider, R.S. (1980).  Recent Advances in Homogeneous Enzyme Immunoassays for Haptens and Proteins. In "Immunoassays: Clinical Laboratory Techniques for the 1980's"  R. M. Nakamura, W.R. Dito, and E.S. Tucker, Eds., published by Alan R. Liss Inc., N.Y., pp. 89-126.

22.  Gibbons, I., Hanlon, T.M., Skold, C.N., Russell, M. E. and Ullman, E.F. (1981). Homogeneous Enzyme Enhancement Immunoassay for Protein Antigens and Antibodies. Clin. Chem. 27, 1602-1608.

23.  Ullman, E.F., Gibbons, I., Litman, D.J., Weng, L., and DiNello, R. (1983). Highly Sensitive Enzyme Channeling Immunoassays for Macromolecules. In "Immunoenzymatic Techniques" S. Avrameas et al., eds., Elsevier, pp. 247-256.

24.  Ullman, E.F., Gibbons, I., Weng, L., DiNello, R., Stiso, S.,N., and Litman, D.J. (1983)  Homogeneous Immunoassays and Immunometric Assays Employing Enzyme Channeling.  In "Diagnostic Immunology: Technology Assessment." Published by the College of American Pathologists, pp.32-46

25.  Gibbons, I., DiNello, R.K.,  Greenburg, R.R., Olson, J. and Ullman, E.F. (1985) Sensitive Homogeneous Enzyme Immunoassays for Microbial Antigens. In "Rapid Detection and Identification of Infectious Agents" Ed., D.T. Kingsbury and S. Falko, Academic Press.,  pp.155-163

26.  Skold, C.N., Gibbons, I., Russell, M.E., Juaristi, E., Rowley, G.L. and Ullman, E.F. (1985) Action of  b-Galactosidase on Novel Synthetic Macromolecular Substrates: A Processive Enzymic Reaction Controlled by Coulombic Interactions.    Biochim. Biophys. Acta 830, 64-70

27.  Armenta, R., Gibbons, I., Tarnowski, T. and Ullman, E.F. (1985) A Sensitive Homogeneous Enzyme Immunoassay for Serum Ferritin. Anal. Biochem. 146, 211-219

28.  Gibbons,I. (1985) Non-separation Enzyme Immunoassays for Macromolecules. In "Enzyme Mediated Immunoassays" Ed. T.T. Ngo and H.M. Lenhoff, Plenum, pp121-143

29.  Nelson, P.S. Bahl, C. and Gibbons, I. (1986) A Convenient Preparation of a new C-5 Biotinylated d-UTP Derivative. Nucleosides and Nucleotides 5, 233-241

30.  Gibbons, I., Armenta, R., DiNello, R.K. and Ullman, E.F. (1987) Non-separation Enzyme Channeling Immunoassays. In "Methods in Enzymology" 136, Ed. K. Mosbach, pp 93-103.

31.   Skold, C.N., <u>Gibbons, I.</u>, Gould, D. and Ullman, E.F. (1987) Monoclonal Antibodies to Glucose 6-Phosphate Dehydrogenase (G6PDH) form cyclic 1:1 complexes with G6PDH and act as regulatory subunits.  J. Immunol. <u>138</u>, 3408-3414.

32.   Ullman E.F., Tarnowski, T., Felgner, P. and <u>Gibbons, I.</u> (1987) Use of liposome encapsulation in a combined single liquid reagent for homogeneous enzyme immunoassay. Clin. Chem. <u>33</u>, 1579-1584.

33.   <u>Gibbons, I.</u>, Gorin, M., Yassinzadeh, Z., Peterson, P., Besemer, D., Dillon, K., Burd, T., Hillman, R., Smoluk, G. and Cobb, M.  (1989)  Patient-side immunoassay system with a single-use reagent cartridge for measurement of analytes in blood.  Clin. Chem. <u>35</u>, 1869-1873

34.   Sterling, B. Kiang, T. Subramaniam, K. Saltman, M. Smart, W. Tsay, M. Sugarman, J. Patel, D. Monger, D. Martin, D.  <u>Gibbons, I.</u> and Voss, F (1992) Simultaneous quantitative measurement of Hemeoglobin, Glucose and Cholesterol in fingerstick blood samples.  Oak Ridge Meeting presentation; published in Clinical Chemistry.

35.   Shartle, R. Yassinzadeh, Z., Bessemer, D. Sinha, A, Davis, J. Levitt, J. Kajisa, L., Montalvo, J. Cobb, M., Allen, J. and <u>Gibbons, I.</u> (1992)  System for patient-side monitoring of therapeutic drug concentation. Syllabus of the 18th National Meeting Clinical Ligand Assay Society Meeting.

36.   Eisenstein, E., Han, M., Woo, T., Ritchey, J. <u>Gibbons, I.</u>, Yang, Y. and Schachman, H. (1992) Negative Complementation in Aspartate Transcarbamylase:  Analysis of hybrid enzyme molecules containing different arrangements of polypeptide chains from wild-type and inactive mutant catalytic subunits, J. Biol. Chem. <u>267</u> 22148-22155

37.   Besemer, D., Davis, J., Sinha, A., Levitt, J., Montalvo, J. Gaudette, M., Findlay, J., and <u>Gibbons I.</u> (1992) Patient-side monitoring of anti-epileptic drugs in blood Poster presentation at the Third Cleveland Epilepsy symposium on Antiepileptic Drug Pharmacology.

38.   Montalvo, J., Leong, G., Davis, J., Sinha, A.  and <u>Gibbons, I.</u> [1993] "Near patient" assays for valproate and phenobarbital in a user-friendly format, American Epilepsy Society Meeting

39.   Navarro, N., Davis, J.,. Sinha, A.,Montalvo, J, Leong, G., Levitt, J., Yassinzadeh, Z.,Findlay, J., and <u>Gibbons, I.</u> [1993] Patient-side anti-epileptic drug monitoring, "Focus on Epilepsy" Meeting, Canada

40.   Qian, F, Kantor, A., <u>Gibbons, I.</u>, Chen, W. and Recktenwald, D. (1996) A sensitive carcinoma cell detection assay; 1st International Symposium on Minimal Residual Cancer, Munich Germany.

41.   Kantor, A, <u>Gibbons, I</u>, Miltenyi, S, and Schmitz, J (1997) Cell Sorting with Colloidal Superparamagnetic particles in "Cell Separation Methods and Applications"  Ed: D. Recktenwald, and A. Radbruch, Marcel Deckker

42.   Recktenwald, D., Ewen, C., <u>Gibbons, I.</u>, Kantor, A., Harding, F., Mazanet, R., McNiece, I., Phi-Wilson, J., Sheehan, K., Yuen, Jie, and Miltenyi, S. (1997) High yield, high purity CD34 cell isolation with the AmCell/Amgen cell selection system; to be published in Cancer Research Therapy and Control

43. Montalvo, J., Zuk, R. and Gibbons, I (1998) AACC Poster presentation Extension of the range of the myoglobin assay in the Alpha Dx™ Cardiac Panel assay system.

44. Choo, S, Zuk, R., Pierce, J. and Gibbons, I. (1998) AACC Poster presentation Fluorescent reagent design for high sensitivity in the Alpha Dx™ System TnI assay.

45. Gomez, B., Zuk, R. and Gibbons, I. (1998) AACC poster presentation Accuracy and specificity of the Alpha Dx ™ System Cardiac Troponin-I assay.

44. Gibbons, I., Xue Q., Wainwright, A. and Singh S. (1999) High sensitivity assay of tyrosine kinase by capillary electrophoresis in single-use plastic chips

45. Gibbons, I. (2000) Drug Discovery Today: HTS supplement 1, 33-37 Microfluidic arrays enable high throughput, sub-microliter assays employing capillary electrophoresis with laser-induced fluorescence as the measurement technique

46. Xue, Q., Wainright, A., Gangakhedkar, S. and Gibbons, I. (2001) Electrophoresis (invited paper) Multiplexed Enzyme Assays in Capillary-Electrophoretic Single-use Microfluidic Devices

47. Tan, W., Fan, Z. Qiu, C., Ricco, A. and Gibbons, I. (2002) Electrophoresis 23, 3638-3645 Minaturized capillary isoelectric focusing in plastic Microfluidic devices

**Issued Patents**

1. Zuk, R.F., Gibbons, I., Rowley, G.L. and Ullman, E.F. (1981) US 4,281,061 Double Antibody for Enhanced Sensitivity in Immunoassay.

2. Gibbons, I. Rowley, G.L. and Ullman, E.F. (1981) US 4,287,300 Charge Effects in Enzyme Immunoassays.

3. Gibbons, I. Rowley, G.L. and Ullman, E.F. (1985) US 4,501,692 Immunoassay system including a poly-ionic charged species and labeled component, giving sensitive results with impure antibodies
         Related patents: WO 8100261 (1981); FR 2462709 (1981); GB 2070243 (1981); JP 56500901 (1981)
         DE 3049711 (1982); CA 1136040 (1982);
         GB 2121805 (1984)

4. Armenta, R. and Gibbons, I. (1986) US 4,578,350 Immunoassays Employing Protected Labels.

5. Khanna, P., Allen, J., and Gibbons, I. (1986) US 4,582,791 Immunofluorescence detection composition and method.
         Related patents: EP 140602 (1985); JP 60097272 (1985); CA 1234755

6. DiNello, R.K., Gibbons, I., and Ullman, E.F. (1987) US 4,687,735 Enhanced Sensitivity in Enzyme Poly-reactant Channeling Assays.
         Related patents: EP140602 (1985); JP 60097272 (1985); AU 8425561 (1984)

7. Armenta, R., Gibbons, I. and Olson, J. (1987) US 4,668,620 Reducing background interference in enzyme-label immunoassay.

8.    Weng, L., Gibbons, I. and Ullman, E.F. (1986)  US 4,629,690 Homogeneous
       assay with specific binder and enzyme bound to solid for determination of
       analytes including proteins, polypeptides bacteria etc.
              Related patents: EP 75379 (1983); JP 58062562 (1983); CA 1209889
              (1986); DE 3273845 (1986)

9.    Hillman, R. S. and Gibbons, I. (1988) US 4,753,776   Blood separation device
       under low pressure conditions.
              Related patents: EP 269240; AU 8780439; JP 63177059

10.   Weng, L. and Gibbons, I. (1988) US 4,737,456  Reducing interference in ligand-
       receptor binding assays.

11.   Armenta, R., Ullman, E.F. and Gibbons, I.  (1988) US 4,775,626 Method and
       compositions for protecting anaerobic microorganisms
              Related patents: EP 246912; JP 62285778

12.   Hillman, R.S., Cobb, M., Allen, J., Gibbons, I., Ostoich, V. Winfrey, L.J.
       (1988) US 4,756,884  Capillary flow device
              Related patents: CA 1275231, AU8660884, EP 212314

13.   Gibbons, I.  (1989) US 4,820,647  Method for detecting a metal ion in an aqueous
              environment.
              Related Patents: AU 8781808; JP 63179251

14.   Gibbons, I. (1989) US 4,829,011 Agglutination Assay.

15.   Gibbons, I., Hillman, R., Robertson, C. R., Gorin, M.M. and Cobb, M.  (1990)
       US 4,868,129  Device and method for dilution and mixing.
              Related Patents: EP 305210

16.   Gibbons, I., Hillman, R., Robertson, C. R., Gorin, M.M. and Cobb, M.  (1990)
       US 4,946,795  Device and method for dilution and mixing.

17.   Hillman, R.S., Cobb, M., Allen, J., Gibbons, I., Ostoich, V. Winfrey, L.J.
       (1990) US 4,948,961  Capillary flow device

18.   Hillman, R.S., Cobb, M., Allen, J., Gibbons, I., Ostoich, V. Winfrey, L.J.
       (1990) US 4,963,498  Capillary flow device

19.   Hillman, R.S., Cobb, M., Allen, J., Gibbons, I., Ostoich, V. Winfrey, L.J.
       (1991) US 5,004,923  Capillary flow device.

20.   Ostoich, V., Gibbons, I., Hillman, R. and Cobb, M. (1991)
       US 5,028,142  Mixing Device.

21.   Gibbons, I., Felgner, P.L. and Ullman, E.F.  Liquid Single Reagent for Assays
       involving confining gels. (1991) US 5,068,198
              Related patents EP 243001, JP 62242856;
              AU 8770573

22.   Gorin, M.M., Hillman, R.S., Gibbons, I. and Cobb, M. Integrated serial dilution
       and mixing cartridge (1991) US 5,077,017

23.   Gibbons, I., Hsu, P., and Smoluk, G.   Stabilization of latex dispersions. (1991)
       AU patent issued
              Related patents EP 368624, AU 8941409, JP 2173568

24.   Gibbons, I. and Ostoich, V. (1992) Method for measurement of agglutination: US
       application allowed

25. Hillman, R.S., Cobb, M., Allen, J., <u>Gibbons, I.</u>, Ostoich, V. Winfrey, L.J. (1992) Capillary flow device for coagulation assay US 5,140,161

26  Hillman, R.S., Cobb, M., Allen, J., <u>Gibbons, I.</u>, Ostoich, V. Winfrey, L.J. (1992) Capillary flow method for measurement of agglutintion US 5,135,719

27. Besemer, D., Gorin, M and <u>Gibbons, I.</u> (1992) Dilution and mixing cartridge US 5,104,813

   Related patents EP 392851, AU 621185, JP 2293640

28. Allen, J.D., Cobb, M.E., <u>Gibbons, I.</u>, Hillman, R.S., Ostoich, V.E. and Winfrey, L.J. (1992) Capillary flow device for analysis of eg blood. EP 483117

29. Allen, J.D., Cobb, M.E., <u>Gibbons, I.</u>, Hillman, R.S., Ostoich, V.E. and Winfrey, L.J. (1992) Detecting agglutination of particles by passing light through a sample in a capillary pathway which contains a reagent for causing agglutination. EP 485368

30. <u>Gibbons, I.</u> and Sugarman, J. (1992) Device for mixing in a capillary space; US 5,222,808

31. <u>Gibbons, I.</u> Henson, M., Houts, T.M., and Skold, C.N. (1997) Stabilizing conjugate of enzyme and specific binding pair - using antibody for enzyme in assays for analytes US 5,686,253

32. Singh, S., Ullman, E.F., <u>Gibbons, I.</u>, Boone, T., Xiao, V., Bjornson, T. and Hooper, H. (2003) Sample evaporative control;  US 6,555,389

33. McCormick, R. M., Ciambrone, G. J. <u>Gibbons; I.</u> (2003) Capillary electrokinesis based cellular assays; US  6,613,211

34. Singh, S., Ullman, E.F., <u>Gibbons, I.</u>, Boone, T., Xiao, V., Bjornson, T. and Hooper, H. (2003) Sample evaporative control; US 6,627,406

35. Xue, Q., <u>Gibbons, I.</u> (2003) Multiplexed enzymatic assays; US 6,630,296

36. Singh, S.; Chenna, A., Salimi-Moosari, H., <u>Gibbons, I.</u> (2003) Monooxygenase assays; US 6,632,630

**Patent Applications**

1.   Lackritz, H. S.; Kenney, J., <u>Gibbons, I.</u>, Ticknor, A. J. (2004)  Bioanalysis systems including optical integrated circuit; US 20040046963
2.   Ciambrone, G. J., Gibbons, I. (2003) Whole cell assay systems for cell surface proteases US 20030108978

<7 extensions/divisional applications based on issued patents>
1 <u>20040048328</u> <u>Multiplexed enzymatic assays</u>
2 <u>20030211565</u> <u>Monooxygenase assays</u>
3 <u>20030068646</u> <u>Sample evaporative control</u>
4 <u>20020182749</u> <u>Sample evaporative control</u>
5 <u>20020119500</u> <u>Multiplexed enzymatic assays</u>
6 <u>20020112959</u> <u>Unbiased sample injection for microfluidic applications</u>
7 <u>20020025545</u> <u>Monooxygenase assays</u>

# Jorge Franco

███████████████████████

███████████████████████████████

█████████

████████████████████████

**Objective:** Biology research position.  <u>Full or Part-time position.</u>

**Summary**:    Cell and Molecular Biology Master's project under the guidance of Dr. Laura Burrus

Biological research experience in Weinstein's laboratory and Ramirez's  laboratory at San Francisco State University as an undergraduate

Summer internship at UCSF in Dr. Anderson's laboratory

**Education: Biology Master's of science student, May2006 - current**
San Francisco State University, San Francisco State University
With a GPA of <u>3.75</u>

**Bachelor of Science in Biology, May 2006**
San Francisco State University, San Francisco State University
With a GPA of <u>3.26</u>

**Related Coursework** - Immunology, virology, cancer Biology, development, Genetics, Organic Chemistry, Physics I and II, Molecular & Cellular Biology.

**Awards:**
| | |
|---|---|
| IRA | 2008 |
| LSAMP Graduate scholarship program | 2006-2008 |
| Marc undergraduate scholarship program | 2004-2006 |
| Rise  undergraduate Scholarship Program | 2003-2004 |

**Profile:**  Highly Motivated
Quick learner
Result and detailed oriented
Great communication and analytical skills
Ability to work with others

**Experience:**

| 2006-2008 | Thesis research: Role of Ror receptors during early muscle development in chick embryos. San Francisco state University. PI: Dr Burrus. |

2005-2006    Investigating the Role of CREB in EGR-1 activation in Macrophages. San Francisco Staet University. PI: Dr. Steve Weinstein

Summer of 2005    Investigating the Role of AIRE in autoimmunity in NOD mice. PI: Dr Anderson MD. PhD

**Techniques;**
Mammalian cell culture
Immunochemical staining
Immunofluorescence microscopy
DNA isolation(proteinase K)
Gel electrophoresis
Spectrophotometers, autoclaves, pipettors
Solution and growth media preparation
Basic molecular biology techniques(PCR, transformation, genotyping..,)
Chick Electroporation(neuraltube and Somite)
Cryostat sectioning(OCT/gelatine)
Chromatinimmunoprecipitation Assay(ChIP)
Basic Mouse colony maintenance training

**Organism previously trained with**:
Chick, Mouse, bacteria, Yeast.

**Computer Skills**
Mac user, Microsoft Word and Works; Excel; PowerPoint; basic knowledge of Photo shop and filemaker

**Languages**: English and Spanish

**References:**

Dr. Laura Burrus, professor of Developmental Biology, Department of Biology, San Francisco State University, ███████████

Dr. Steve Weinstein professor of Immunology, Department of Biology, san Francisco State University, ███████████████

Dr. Robert Ramirez, professor of Microbiology, Department of Biology, San Francisco State University, ▮▮▮▮▮▮▮



# N I L I   M .   D E S A I

## OBJECTIVE

To apply my knowledge and experience in pharmaceutical science as a quality assurance and documentation quality system professional contributing to the growth and development of the company

## EDUCATION

**Certified Pharmacy technician**        **2007**
*State of CA*

**Bachelor of Pharmacy**        **12/2000 – 06/2004**
*Rofel College of Pharmacy, India*

Certified by State Pharmacy Council of India as Registered Pharmacist; graduated with honors and a silver medal

## WORK EXPERIENCE

**Walgreens, Santa Clara CA**        **10/16/07 – Present**
*Pharmacy Technician*
- Assisting pharmacists in processing & filling prescriptions using "Intercom Plus" inventory system.
- Provide customer service to patients on phone and in person
- Deal with customer complaints and requests satisfactorily
- Work efficiently under numerous circumstances and able to perform multiple tasks at the same time effectively

**Biochem Pharma Ltd., India**        **7/23/04 – 02/28/06**
*Quality Assurance Officer*
- Work with and report to quality assurance manager
- Preparing, checking, revision, distribution and maintenance of compliance documents including batch production records, batch packing records, standard operating procedures, specifications, raw material and finished product protocols, reports and formats
- Distribution of drafts and final copies and revisions of old

SOP format to new SOP format

- Prepared about 50 SOPs of different departments including tablets, capsule injection manufacturing, quality control, store and distribution
- Performed in-process quality control as per SOPs and GMP procedures mandated by WHO
- Performed IQ, OQ and PQ for Injection Manufacturing and Lab Equipment
- Performed calibration of  UV Spectrophotometer, Gas Chromatography, pH meter and HPLC
- Performed sampling of raw material, intermediate & finished product of all batches of tablets, capsules and injections
- Validation of equipment and support for the quality Auditing system
- Provide administrative support for quality systems including follow-up on deviations and change controls

**J.B. Chemicals and Pharma Ltd.**          **06/09/04– 08/24/04**
*Intern*

- Training in administration, quality control, R.M. store, P.M. store, production
- Testing raw materials and finished products in Quality control department
- In-process activities on production floor like calculating weight of dosage forms
- Assisting officers in the production and quality control department

## SKILLS

- Microsoft Windows (98 & XP)
- MS Office (Word, Excel, Power point)

## REFERENCES

**Francesca Huynh**
Pharmacist, Walgreens Pharmacy                   ████████████

**Jenny Figuerado**
Nutritional Specialist, Nutrilite                   ████████████



**Aerotek** Scientific
And
Clinical Solutions

Resume of: **Sally Chan**

██████████████████
█████████████████
███████████████████

| | |
|---|---|
| **Objective** | Professional with outstanding research achievement and work experience seeks a biotechnology/biochemistry position within an innovative institution and the opportunity to contribute to organization development. |
| **Education** | University of California, Los Angeles, 2003 – 2005<br>• Biochemistry, Bachelor of Science, Sept. 2005<br><br>Pasadena City College, Pasadena, CA, 2000 – 2003 |

**Work Experience**

**April 06 – Current**

**Research Associate III,** One Lambda, Inc., Woodland Hills, CA
Member of Micro-SSP (sequence specific primer) division, the main task is to resolve ambiguity within HLA (human leukocyte antigen) gene, including:
- Performed DNA related techniques
  - DNA extraction and purification, quality control of testing reagents, and primer design
- Isolated genomic DNA from human blood samples
- Conducted PCR experiments for gene sequence amplification
- Operated the Perkin-Elmer thermocyclers, eGene capillary system, and the Luminex machine
- Analyzed reaction through band detection using agarose gel electrophoresis
- Reconstituted and prepared lyophilized oligonucleotides into working concentrations

**May 01 – July 03**

**Chemistry Lab Assistant,** Pasadena City College, Pasadena, CA
- Prepared solutions and equipment for chemistry lab courses
- Sold lab materials, lab packages and others
- Disposed toxic materials via their proper routes

**August 01 – December 01**

**Pharmacy Department Volunteer,** Methodist Hospital of S. California, Arcadia, CA
- Consolidated and re-shelved medications in the pharmacy
- Delivered intravenous solutions and medications

**Laboratory Techniques**

**Biochemistry laboratory**
ammonium sulfate fractionation, affinity chromatography, protein and enzyme assays, polyacrylamide gel electrophoresis, gel exclusion chromatography, and enzyme kinetic analysis, SDS-PAGE, EMSA gel, PCR

**Organic chemistry laboratory**
distillation, extraction, crystallization, melting and boiling point determination, refractive index, chromatography, IR, NMR, GC

**Microbiology laboratory**
maintain cell culture, Ames test, Cell counts, Miniprep, transformation of *Escherichia* coli

**Professional Skills**

Language
- Chinese (Mandarin and Cantonese) – Proficient in reading and writing

Computer
- Advance experience in Windows Operating Systems; Microsoft Word, Excel, and PowerPoint

# SHARADA SIVARAMAN, Ph.D.

**OBJECTIVE:**

A challenging position in research and development where I can apply my extensive knowledge of and experience in protein biochemistry.

**HIGHLIGHTS:**

- ◆ Over three years of experience in recombinant expression and purification of proteins (human and bacterial) in *E. coli*.
- ◆ Extensive experience in expression vector manipulation, molecular cloning and site-directed mutagenesis.
- ◆ Experience in directed evolution (DNA shuffling) to alter substrate specificity of aminotransferases.
- ◆ Experience in examining enzyme structure-function through enzyme kinetics.
- ◆ Established picomolar affinity and developed SAR of inhibition of an antibacterial drug target.
- ◆ Excellent scientific writing and presentation skills.
- ◆ Supervised the research of two undergraduate students.
- ◆ Good collaborative and communication skills.

**RESEARCH EXPERIENCE:**

Oct 2002-June 2006        **Postdoctoral Research, *University of California, Berkeley*.**
*Advisor:* Professor Jack F. Kirsch

- ◆ Engineered the *E. coli* tyrosine aminotransferase, a broadly substrate specific aminotransferase to narrow substrate specificity through DNA shuffling and random mutagenesis.
- ◆ Developed novel genetic selection methodology in *E. coli* to select for variants with altered aminotransferase activity.
- ◆ Expressed and characterized human tyrosine aminotransferase (hTATase), the enzyme responsible for the metabolic disorder, tyrosinemia type II.
- ◆ Discovered unique preference of human tyrosine aminotransferase for Tyrosine: $(k_{cat}/K_m)^{Tyr}$ / $(k_{cat}/K_m)^{Phe} \sim 10^4$
- ◆ Analyzed disease-causing hTATase mutants: effect of mutations on structure by urea denaturation and limited proteolysis.

1997-Aug 2002        **Graduate Research, *State University of New York at Stony Brook*.**
Advisor:  Professor Peter J. Tonge

- ◆ Initiated steady-state kinetic analysis of slow, tight binding inhibition (picomolar) of *E. coli*, enoyl-ACP reductase, FabI, by triclosan, a common biocide.
- ◆ Constructed FabI mutants: residues that are critical for triclosan binding and mutations that lead to triclosan resistance.
- ◆ Structure-function exploration: investigated the binding of triclosan to various FabI mutants. Extended the SAR study to triclosan analogues to systematically explore the contribution of functional groups on triclosan towards binding.
- ◆ Analyzed triclosan/analogues binding to WT and mutant FabIs – mutations correlated with increase in triclosan resistance. Identified molecular basis of high affinity.

1

♦  Validation of *E. coli* FabI as an excellent target for antibacterial interventions.

Summer 1996          **Visiting Students Research Program Fellow,** *Tata Institute of Fundamental Research, Mumbai, India.*
                          Advisor:  Professor G. Krishnamoorthy
♦  Investigated the presence of intermediates in the folding pathway of a mutant barstar protein through fluorescence quenching studies.

1995-1997            **Research Assistant,** *Indian Institute of Technology, Mumbai, India*
                          Advisor:  Professor C.P. Rao
♦  Synthesized protected monosaccharides, acetal derivatives of D-glucose.
♦  Complexation studies of protected saccharides with Co (II), Ni (II) and Cu (II) metal ions,

## EDUCATION:

Oct 2002-June 2006    Postdoctoral Research Fellow, **University of California at Berkeley**

August 2002          Ph.D. in Biological Chemistry, **State University of New York at Stony Brook, NY**

1997                M.Sc. Inorganic Chemistry, **Indian Institute of Technology, Mumbai, India**

1995                B.Sc. Chemistry, **University of Madras, Madras, India**

## SKILLS:

♦  Molecular biology: expression vector manipulation, PCR, DNA shuffling, error-prone PCR, site-directed mutagenesis, library cloning, genomic DNA manipulation, gel electrophoresis.
♦  Protein expression: heterologous expression of proteins (microbial and human) in *E. coli*, isolation from inclusion bodies, protein refolding.
♦  Protein purification: SDS-PAGE, Ion exchange chromatography, size-exclusion, affinity chromatography (His-tag/Ni-NTA, IMPACT system), hydrophobic interaction chromatography and FPLC.
♦  High throughput assay development using microtitre 96-well plate reader.
♦  Enzymology: Use of steady state enzyme kinetics, inhibition kinetics, coupled enzyme assays, binding constant determination by fluorescence and UV-VIS spectroscopy to determine enzyme-inhibitor interactions
♦  Basic skills in organic synthesis- bioorganic synthesis of substrate/analogs, purification by RP-HPLC.
♦  Antimicrobial susceptibility experiments for aerobically growing bacteria (MIC determination).
♦  Software: Insight II, Molscript, Rasmol, SWISS-MODEL, DeepView, PILEUP & PYMOL.

## ACADEMIC HONORS AND AWARDS:

♦  Sigma Xi Award for Excellence in Research, May 2002.
♦  Travel Grant Award, American Chemical Society, Division of Medicinal Chemistry, April 2001.
♦  Travel Grant Award, American Society of Microbiology, June 2000.
♦  Sigma Xi Travel Award, SUNY at Stony Brook Chapter of Sigma Xi, May 2000.
♦  Visiting Students Research Program Fellowship, Tata Institute of Fundamental Research, Mumbai, India, May 1996
♦  Sister Helen Vincent Award for Outstanding Student in the Sciences, Stella Maris College, Madras, India, May 1995

2

**PUBLICATIONS:**

**Sharada Sivaraman**, Jacque Zwahlen, Alasdair F. Bell, Lizbeth Hedstrom and Peter J. Tonge; "Structure-Activity Studies of the Inhibition of FabI, the Enoyl Reductase from Escherichia coli, by Triclosan: Kinetic Analysis of Mutant FabIs". *Biochemistry* (2003) *42*, 4406-4413

**Sharada Sivaraman**, Todd J. Sullivan, Francis Johnson, Polina Novichenok, Guanglei Cui, Carlos Simmerling and Peter J. Tonge; " Inhibition of the Bacterial Enoyl Reductase, FabI, by Triclosan: A Structure-Reactivity Analysis of FabI Inhibition by Triclosan Analogues." *J. Med. Chem.* (2004); 47(3); 509-518.

**Sharada Sivaraman** and Jack F. Kirsch; "The narrow substrate specificity of human tyrosine aminotransferase, the gene deficient in tyrosinemia type II". *FEBS Journal* (2006) 273, 1920-1929.

**PRESENTATIONS:**

♦ **Sharada Sivaraman**, "Role of the Human Tyrosine Aminotransferase in Tyrosinemia Type II." Guest Lecture in the DeCAL Course "**L-Chem 101: Medicine and Life Systems**" Spring 2006, University of California, Berkeley.

♦ **Sharada Sivaraman** and Jack F. Kirsch "Narrowing the Substrate Specificity of a Broadly Substrate Specific Enzyme by Directed Evolution." Annual Biochemistry and Molecular Biology Research Conference & Retreat, Asilomar, January, 2005

♦ **Sharada Sivaraman** and Peter. J. Tonge "Inhibition of the Enoyl - ACP reductase from *E. coli*, FabI, by Triclosan". 222nd American Chemical Society National Meeting, Chicago, Illinois, August 2001.

♦ **Sharada Sivaraman**, Richa Rawat and Peter J. Tonge "Characterization of Putative Acyl-CoA Dehydrogenases FadE23/24". Gordon Research Conference on Tuberculosis Drug Development, New Hampshire, June 2001.

**REFERENCES:**

Professor Jack F. Kirsch
Department of Molecular
and Cell Biology
University of California, Berkeley
Berkeley, CA 94720-3206

Professor Peter J. Tonge
Department of Chemistry
SUNY at Stony Brook
Stony Brook, NY 11794-3400

Professor Lizbeth Hedstrom
Department of Biochemistry
Brandeis University
Waltham, MA 02454-9110

3



**Tammy Burd**

**OBJECTIVE**
Desire a position in chemical engineering designing micro fluidic devices within a research environment.

**PROFESSIONAL EXPERIENCE**
**Senior Research and Development Engineer**
Caliper Technologies, Mountain View, CA                                      04/1997-01/2002
- Designed micro fluidic devices for whole blood DNA amplification, integrated DNA amplification with microscale electrophoresis and also for DNA sequencing
- Integrated reagent arrays with DNA amplification device

**Senior Engineer**
Amcell Corporation, Sunnyvale, CA                                      11/1994-04/1997
- Conducted materials research and device optimization for disposable, magnetic cell sorting device
- Set up manufacturing equipment, quality engineering specifications, and documentation

**Senior Engineer**
Abaxis, Sunnyvale, CA                                      05/1989-11/1994
- Designed and developed disposable, injection molded rotor disks for processing blood into cellular components, mixing blood components with solutions and solid chemicals, and distributing to array of cuvettes within rotor disk

**Process Engineer**
Advanced Cardiovascular Systems, Mountain View, CA                    10/1988-05/1989
- Provided process engineering support for new product development
- Developed and documented finished product, sub-assembly, and process specifications for start up of catheter manufacturing

**Chemical Engineer**
Biotrack Inc., Mountain View CA                                      10/1985-10/1988
- Designed and implemented fluid handling systems in prototypes and injection molded parts for a disposable medical diagnostics product
- Set up pilot manufacturing line for disposable plastic cartridge assembly

**EDUCATION**
- Coursework in Biology and Biochemistry, UC Berkeley Extension, **1998–2000**
- Bachelor of Science, Chemical Engineering, University of Arizona, **1985**

**SKILLS AND ACHIEVEMENTS**
- Proficient in handling production line equipment such as Ultrasonic Welders, Plasma Etchers, Conveyer Systems, Vision Systems, Leak Testers, and Sealing Equipment
- Expertise using AutoCAD, Excel, and PowerPoint for designing and analyzing
- Proficient in basic machining skills using drill presses, lathes, CNC machines

## PUBLICATIONS

Manz, Bousse, Chow, Burd Mehta, Kopf-Sill, Parce, "Synchronized Cyclic Capillary Electrophoresis Using Channels Arranged in a Triangle and Low Voltages", Fresenius Journal Analytic Chemistry, **2001**, Vol 371, #2, pp 195-201

Schembri, Burd, Kopf-Sill, Shea, Braynin, "Centrifugation and Capillarity Integrated into a Multiple Analyte Whole Blood Analyzer", Journal of Automatic Chemistry, **1995**, Vol 17, pp 99-104

Schembri, Ostoich, Lingane, Burd, Buhl, "Portable Simultaneous Multiple Analyte Whole Blood Analyzer for Point-of-Care Testing", Clinical Chemistry, **1992**, Vol 38/9, pp 1665-1670

Co-author, "Patient-Side Immunoassay System with a Single-Use Cartridge for Measuring Analytes in Blood", Clinical Chemistry, **1989**

## PATENTS

Burd, Kopf-Sill, Parce, Chow, Bousse, Knapp, Nikiforov, Gallagher, "Manipulation of Micro particles in Micro fluidic Systems", Patent # 6632655, **2003**

Parce, Nikiforov, Burd Mehta, Kopf-Sill, Chow, Knapp, "Sequencing by Incorporation", Patent # 6613513, **2003**

Chow, Dubrow, Parce, Sundberg, Wolk, Chien, Gallagher, Knapp, Kopf-Sill, Burd Mehta, "External Material Accession Systems and Methods", Patent # 6447661, **2002**

Burd Mehta, Kopf-Sill, "Micro fluidic Matrix Localization Apparatus and Methods, Patent # 6306590, **1998**

Buhl, Bogart, Burd, Bhaskar, Skieller, Yu, Tang, Ostoich, Huc, Schembri, "Reagent Compositions for Analytical Testing, Patent # 5624597, **1995**

Burd, "Simultaneous Cuvette Filling with Means to Isolate Cuvettes", Patent # 5409665 and 5518930, **1995**

Burd, Schembri, "Reagent Container for Analytical Rotor", Patent # 5457053 and 5304348, **1995 and 1994**

Burd, Schembri, "Apparatus and Method for Continuous Centrifugal Blood Cell Separation", Patent # 5186844, **1993**

Braynin, Burd, Buhl, Schembri, "Sample Metering Port for Analytical Rotor Having Overflow Chamber", Patent # 5242606, **1993**

Braynin, Burd, Ostoich, "Apparatus and Method for Optically Analyzing Biological Fluids", Patent # 5122284, **1992**

Burd, "Apparatus and Method for Separating Cells from Biological Fluids", Patent # 5061381, **1991**

## REFERENCES
Available upon request

# TINA NOYES, M.Sc.

███████████       ████████████ ██ ███        ████████████

## BACKGROUND

Skilled researcher in molecular biology and biomedical science with a proven track record of using both traditional and innovative techniques. Over 5 years experience at Stanford, Roche, and Arcturus and a wide array of computer skills. Demonstrated record of innovation, teamwork and leadership skills.

## PROFESSIONAL EXPERIENCE

ONASSIGNMENT LAB SUPPORT, Mountain View, California          February 2006 – May 2006
*Research Assistant II*
- Responsible for research and development support.
- Validation of RNA products with various platforms (Microarrays, RT-PCR).
- Design and administered troubleshooting experiments.
- Central role in supporting the development of LC90 using revolutionary microfluidic technology.
- Work with a small team of chip designers, assay developers and hardware and software engineers to develop novel microfluidic chip-based, PCR assays

ROCHE PHARMACEUTICALS, Palo Alto, California          February 2004 – June 2005
*Research Associate II*
- Responsible for maintaining and increasing throughput in core DNA sequencing laboratory, using high throughput ABI BigDye, Biomek FX and Millipore system.
- Troubleshooting problems with sequence quality.
- Designed and administered a human DNA genotyping project with the purpose of discovering Single Nucleotide Polymorphisms related to certain diseases.
- Performed independent research in human genotyping, including designing primers, extracting human DNA from cells and blood samples, PCR, sequencing and data analysis.
- Oversaw lab operations, including supply ordering and equipment maintenance.

STANFORD GENOME TECHNOLOGY CENTER, Stanford, California          July 2000 – October 2003
*Research Assistant*
- Created a high-density marker map of *Arabidopsis thaliana* using high-throughput dye terminator sequencing and techniques such as Pyrosequencing, a notably innovative technique.
- Worked jointly on projects that involved characterization and localization of *Arabidopsis* gene.
- Employed Affymetrix Genechip arrays, Pyrosequencing and dHPLC.
- Designed and carried out experiments, oversaw lab maintenance and supply ordering and actively contributed to grant writing.

CRYPTOLOGIC, Toronto, Ontario          January 2000 – June 2000
*Web Designer*
- Designed and implemented websites in HTML and JavaScript.

## PROFESSIONAL EXPERIENCE [continued]

SYLVAN LEARNING CENTER, Toronto, Ontario                    October 1999 - January 2000
*Mathematics and Science Tutor*

- Instructed students in mathematics and science outside the classroom setting using innovative methods that encouraged learning and recognized diverse abilities.

ONTARIO MINISTRY OF AGRICULTURE AND FOOD, Fergus, Ontario          Summer 1995 & Summer 1996
*Research Assistant*

- Interpreted, prepared and synthesized data regarding the equine industry using dBase 5 and statistical analysis.
- Drafted a 60-page analysis based on information extrapolated and conclusions gathered from the data.

## EDUCATION

**Master of Science in Biomedical Science,** 1999 University of Guelph, Guelph, Ontario
Thesis: "Pro-inflammatory interactions between neutrophils and platelets in the bovine."
- Recipient, Ontario Graduate Scholarship in Science and Technology

**Bachelor of Science in Honors Biological Science,** 1997 University of Guelph, Guelph, Ontario

## TECHNICAL SKILLS

| RNA Analysis | DNA Analysis |
|---|---|
| - RNase-free techniques<br>- RNA extraction and isolation<br>- Reverse transcription<br>- QRT-PCR using ABI Prism 7900 and Roche LightCycler<br>- T7-RNA polymerase mediated linear amplification of RNA<br>- Agilent RNA LabChip & Bioanalyzer<br>- Global gene expression profiling using Affymetrix GeneChip<br>- TaqMan | - PCR and dye terminator sequencing<br>- High throughput & liquid handling systems<br>- ABI 3730 sequencer<br>- Applied Biosystems Data Collection and Sequencing Analysis software<br>- DNA extraction and purification<br>- PCR and Sequencing Primer design<br>- dHPLC<br>- Pyrosequencing<br>- Gel Electrophoresis<br>- Primer Design |
| **Cell-Based Assays, Kinetic Assays & Microscopy** | **General Lab Skills** |
| - Enzyme immunoassays (ELISA)<br>- Scanning Electron Microscope operation and sample preparation<br>- Cytochrome C reduction assay for superoxide anions<br>- Radio-labeling platelets for adhesion assay in scintillator<br>- PRP and PPP preparation, neutrophil isolation | - Implementing and optimizing high throughput & liquid handling systems such as Biomek FX<br>- Process optimization and trouble-shooting<br>- Experiment design and implementation<br>- Data analysis and interpretation, planning future experiments based on experimental conclusions<br>- Scientific writing, documentation, e-notebooks |

### COMPUTER SKILLS

- Proficient in Macintosh, Windows and UNIX environments
- Scientific: Matlab, Sequencher, ABI Sequence Analysis, Oligo, BLAST
- Graphics & Design: Adobe Photoshop, Corel, Adobe Pagemaker, Quark Xpress
- Word Processing: WordPerfect, Microsoft Office
- Database: SQL Database (Sybase), Filemaker Pro, Microsoft Excel, Lotus, Statistix
- Web Publishing: Hand-scripted HTML, JavaScript, Dreamweaver 3.0

### PUBLICATIONS

- "The extent of linkage disequilibrium in *Arabidopsis thaliana.*" Magnus Nordborg, Justin O. Borevitz, Joy Bergelson, Charles C. Berry, Joanne Chory, Jenny Hagennblad, Martin Kreitman, Julin N. Maloof, Tina Noyes, Peter J. Oefner, Eli A. Stahl & Detlef Weigel. Nature Genetics, Jan. 7, 2002, vol. 30, no. 2, pp. 190-93.

- "Neutrophil-platelet interactions and their relevance to bovine respiratory disease." Coomber BL, Nyarko KA, Noyes TM, Gentry PA. Vet J. 2001 Jan.; 161(1): 41-62.

- "Pro-inflammatory interactions between neutrophils and platelets in the bovine." Noyes TM, Master's thesis, October 1999, National Library of Canada.

- "Soluble mediators released by activated bovine platelets stimulate bovine neutrophils." Noyes TM, Nyarko KA, Coomber BL, Gentry PA. Abstract/Poster Presentation, Thrombosis and Haemostasis, 1999:82; 592.

# Nathan A. Lortz

## OBJECTIVE

Motivated and accomplished professional pursuing long term growth in a medical technology environment where company, team, and individual goals can all coincide peacefully. Offer 5+ years of experience in professional, educational and personal environments. Express interest in continuing growth in the areas of automation controls and manufacturing. Professional qualifications include experience growing an IT department from a small startup company into support for 1000+ users within a leading medical technology corporation.

## SUMMARY OF QUALIFICATIONS

- Exceptional ability to diagnose and troubleshoot a wide variety of software, hardware, and communication issues quickly and accurately.
- Excellent communication skills within a small technical team and within both a corporate environment, and fast paced R&D settings, having direct contact with all levels of the organization.
- Proven ability to quickly comprehend and apply new methods and technologies to streamline processes and workflow.
- Ability to remain well organized and level-headed in a constantly changing environment.
- Superb levels of competency with all mainstream operating environments and end user applications as well as hardware setup and integration.
- Participation in IT organization growth from 2 people to 20+ during company expansion and merger while keeping projects on course and on schedule.
- Experience in the biomedical field in a medical device industry; familiarity with industry and FDA regulations and standards

## TECHNICAL COMPETENCIES

❖ High level of technical experience with a variety of hardware
- PC component replacement, diagnostics, and repair, including desktop and portable computers
- Printer maintenance, diagnostics, and configuration, both networked and stand-alone
- Electronic/Electrical competency including cable construction, routing, and management.
- Familiarity with proprietary, vender specific hardware including HP, Toshiba, Compaq, AMD, Intel.
- Familiarity with 3Com and Cisco enterprise level network hardware
- Cisco VoIP telephony system and communication management tools
- Exposure to Allen-Bradley logic controllers in an automated production environment

- ❖ Expertise with a wide variety of software; both administration and user level
  - ▪ Experience in setting up communication within Rockwell Software applications
  - ▪ Windows XP/NT/2k/Server
  - ▪ Administration tools, including SMS and RemoteDesktop
  - ▪ Apple Mac OS X/9/8
  - ▪ MS Office suite of products
- ❖ Scripting/Programming Experience
  - ▪ PHP, SQL, html, C, C++. Java, VisualBasic, Javascript

  + Full list of software and hardware experience available upon request. +

## PROFESSIONAL EXPERIENCE

2004-Present                                                        Abbott Diabetes Care
*Help Desk Specialist*

- Facilitate mass migration of systems from MS Outlook to Lotus Notes for all users.
- Merge of all company related data and servers with duplicate systems from a combined company, including user database and shared resource systems.
- Support users during migration of phone and voicemail systems as well as change in IT management and procedures.
- Phone and email support for 1000+ users both on and off site.
- Remote administration via terminal services and similar applications.
- Work with a custom help desk environment, handling escalation of calls to network administration, desktop support, and management teams.
- Handle IT related purchase requests for hardware and software.
- Provide instruction to end users on IT policies and standards.

2003-2004                                                          TheraSense, Inc.
*Technical Support Administrator*

- Troubleshoot Windows NT, 2000, XP machines, both hardware and software.
- Purchase, configure, and deploy workstations for new hires and user upgrades
- Assisted Process Engineering department in setting up machine to machine communication network
- Responsible for asset tracking and resource management as well as monitoring software licenses
- Monitor and run backups on selected workstations and servers.
- Built and deployed images for use with user workstations and worked closely with team in the creation and setup of server images.
- Work in a small team environment to provide quick resolution and escalation of problems with a tiered help desk environment.
- Work in coordination with network administration group to provide support and setup of network printers in multiple locations as well as troubleshoot network connectivity issues.

- Administrate and support Cisco Call Manager VoIP telephony system hardware and software.
- Maintained high level of professionalism in R&D, Manufacturing, Distribution Center, and Executive environments simultaneously.

1998-2003 (seasonal)                                    TheraSense, Inc.
*Outside Contractor for IT Department*
- Shared responsibilities with IT Director in a small R&D environment.
- Manual setup of servers, workstations, telephony system, and network wiring.
- Worked closely with all company employees as the main POC for all help desk issues.
- Worked closely with department as the company expanded manufacturing and R&D capabilities and built/transitioned into new building sites.

## AWARDS RECEIVED
- Division Vice President's Award for Excellence, 2004
  - Facilitating in the integration of two large medical device companies and their respective infrastructural systems.

- Division Vice President's Award for Excellence, 2005
  - Support and implementation of patches in regards to the computer virus outbreak August 16, 2005.

## EDUCATION
2001-2002     Sacramento City College                    Sacramento, CA
              Attended courses in Philosophy as well as Recording Arts

2000-2001     California State University, Chico               Chico, CA
              Attended courses towards both Computer Engineering and Philosophy

1998-2000     Southern Oregon University                    Ashland, OR
              Met all General Education requirements and pursue courses towards
              Bachelors of Computer Science degree.

## REFERENCES
Available upon request.

███████████████████

# Nathan A. Lortz

## References

Charlie Liamos      CEO, Flovioptics                                    ████████

Kamal Wahbe       Dir. Global Infrastructure, Abbott Diabetes Care      ████████

Phil Plante                                                             ████████

# Chinmay H. Pangarkar

## OBJECTIVE
To be part of technological innovation in healthcare by leveraging and developing my analytical and leadership skills

## SUMMARY
- Strong focus on synergy between biology, mathematical modeling and technology
- Powerful problem-solving skills, especially for large-scale modeling problems
- Exceptional communication and leadership skills, understanding of business strategies and technical considerations

- 5+ years of hands on research experience in assay development, microscopy, image-analysis and programming
- Wide-ranging knowledge of cell and molecular biology, physiology, chemical engineering
- Go-getter attitude, teamwork and ability to meet aggressive deadlines

## PROFESSIONAL EXPERIENCE
**Engineer/Project Lead,** *Predictive Sciences and Technology, Entelos Inc., September 2008-Present*
- Lead and manage development of mathematical modeling of cardiovascular diseases
- Collaborate with life scientists and engineers to understand, pose and solve disease modeling problems
- Effectively communicate results to customer, typically comprised of leading life-scientists and biomedical engineers
- Actively participate in other project planning and development activities in the organization
- As a project lead, manage tasks, resources and timelines

## RESEARCH EXPERIENCE
**Post Doc,** *Physical Biosciences Division, Lawrence Berkeley National Laboratory, January 2007-Present.*
Examined the role of the chemical and mechanical microenvironment in determining stem cell fate. Specifically, emphasis was on comparing the effect of eph-ephrin signaling on cell-fate choice—differentiation, self-renewal, apoptosis—in adult neural and breast epithelial models.

**Doctoral Candidate**, *Department of Chemical Engineering, UC Santa Barbara, 09/01-12/06*
Designed novel fluorescence microscopy-based assays to investigate discrete nanoscale transport phenomena in intracellular environments using parallel experimentation and mathematical modeling. Similar methods were applied to develop the first predictive model of non-viral gene delivery to account for intracellular transport processes as well as cell topology.

**Summer Intern,** *Bayer India Ltd.*, May-Sept 2000
Developed a novel simple technique to monitor overall performance of effluent treatment plant by minimizing number of samples to be processed for BOD measurement.

## EDUCATION
- Ph.D. in Chemical Engineering, University of California Santa Barbara, 2006
  Dissertation Title: Discrete Transport Phenomena in Endocytosis
- B. Chem. Engg. in Chemical Engineering, University of Mumbai, 2001

## RESEARCH SKILLS:
- Mathematical modeling of human and animal disease, therapies and biomarkers
- Developing single-cell based assays for measurement of intracellular phenomena using microscopy
- Designing high-throughput cell-based assays for discovery/dissection of cellular phenomena, especially signal transduction processes
- Mathematical modeling of intracellular physical, mechanical and bio-molecular processes
- Image processing and analysis for physico-chemical measurements

## TEAMWORK AND LEADERSHIP
- Exceptional leadership and communication skills: Started leading a project team of 6 individuals 4 months into my first job
- Enthusiastic, pro-active, professional and friendly with team leaders and team members

- Over 2+ years of experience in mentoring 8+ undergraduate students from Chemistry, Biochemistry, Biology and Chemical Engineering in experimental projects.
- Teaching Assistant, *Chemical Engineering, UC Santa Barbara, 2002-2006.*
  - Fundamentals and Applications of Classical Thermodynamics and Statistical Mechanics, *graduate level.*
  - Transport Processes: Mass Transfer, *undergraduate level.*
  - Advanced Topics in Equilibrium Statistical Mechanics, *graduate level.*
  - Advanced Transport Processes-Laminar Flow and Convective Transport Processes, *graduate level.*

## TECHNICAL SKILLS
- Mammalian tissue culture, *in vitro* toxicity, proliferation and differentiation assays, ELISA
- DNA cloning, DNA amplification, Gel electrophoresis, RT-qPCR, Microarray Data Analysis, UV Spec, Density centrifugation, Luminometer assays
- Flow cytometry, Immunofluorescence, Live cell fluorescence microscopy, Confocal microscopy
- Image processing, analysis and development of novel algorithms: ImageJ, IDL, Metamorph
- **Software**: Matlab, FORTRAN 90, Mathematica, Metamorph, ImageJ, IDL, MS Office, Linux/PC/Mac

## PUBLICATIONS
- Pangarkar, C., Schaffer, D., Ephrin B2 Promotes Neuronal Differentiation of Adult Neural Progenitors in Rats, *Submitted, **Journal of Neuroscience,** 2008.*
- Pangarkar, C., Schaffer, D., Systems Biology Approaches to Understand Stem Cell Fate Choice: A Review", ***IET Systems Biology***, In Press, 2008
- Pangarkar, C., Dinh, A-T., Mitragotri, S., Clustering, Vesicle Fusion and Mass Transfer in the Late Endocytic Pathway, 2006, In Preparation
- Dinh, A-T.[*], Pangarkar, C.[*], Theofanous, T., Mitragotri, S., Searching for Optimal Properties of Synthetic Gene Vectors via Simulations and Sensitivity Analyses of Intracellular Transport Processes, ***Biophysical Journal***, 2006, (On the cover, [*] authors contributed equally to this work)
- Dinh, A-T., Pangarkar, C., Theofanous, T., Mitragotri, S., Theory of Spatial Patterns of Intracellular Organelles, ***Biophysical Journal***, 2006.
- Pangarkar, C., Dinh, A-T., Mitragotri, S., Dynamics and Spatial Distribution of Early Endocytic Vesicles in Mammalian Cells, ***Physical Review Letters***, 2005, **95**, 158101-4.
- Sharma, N., Bhandari, A., Pangarkar C., Microrheological Fluids: A Review, ***Bombay Technologist***, **48**, 1998-2000.

## CONFERENCES AND PRESENTATIONS
### AIChE Annual Meetings
- "Engineering Analysis of Intracellular Transport Processes Relevant to Gene Delivery", *2006*
- "Mass Transfer Phenomena in the Endocytic Pathway", *2006*
- "Short, Long and Very Long Time Dynamics of Synthetic Gene Vectors", *2005*
- "Quantitative Analysis of Intracellular Trafficking of Synthetic Gene Vectors", *2004*
### Gordon Research Conference
- "Towards a Quantitative Picture of the Endocytic Pathway", *Gordon Research Conference on Lysosomes and Endocytosis 2006*, Andover, NH.
### Others
- "Dynamics and Spatial Organization of Early Endocytic Vesicles in Mammalian Cells", *Nanotech 2005*, Anaheim, CA.
- "Use of Genetic Algorithms in Design of Multicomponent Distillation Columns", *Chemfusion 2000*, Mumbai, India. (First Prize).
- "Process Integration for Cleaner Production", 2000, *Senior seminar*, University of Mumbai, Department of Chemical Technology, Mumbai, India.

## AWARDS
V. V. Mariwala prize for *Second* Rank in the class of 2001, University of Mumbai, Department of Chemical Technology; First prize for Best Paper (*Chemfusion 2000*, Mumbai, India).

## REFERENCES
Available upon request

# DANIEL L. YOUNG

## EDUCATION

### Massachusetts Institute of Technology                    Cambridge, MA
Ph.D. in Mechanical Engineering (2002)
  ♦ thesis: "Neural Adaptive Mechanisms in Respiratory Regulation"

M.S. in Mechanical Engineering (1997)
  ♦ thesis: "Hebbian Covariance Learning and Self-Tuning Optimal Control"

Minor in Biology and B.S. in Mechanical Engineering (1995)
  ♦ thesis: "A Lumped Parameter Model of the Male Lower Urinary Track"

## AWARDS

  ♦ National Institutes of Mental Health (NIMH) pre-doctoral trainee fellowship (2000-2002)

  ♦ National Science Foundation (NSF) graduate research fellowship (1996-1999)

  ♦ Ford Motor Company scholarship (1994-1995)

  ♦ Trainee awards at Oxford Conference: "Frontiers in Modeling and Control of Breathing" (1997, 2000)

## PROFESSION BACKGROUND

### Entelos, Inc.                                              Foster City, CA
*Senior Biosystems Engineer, 2003 to present*
Lead multidisciplinary teams of engineers and life scientists in complex analytic projects for pharmaceutical and other health care clients. Contribute to advancing systems biology appoaches to enhance drug discovery and development. Member of Entelos' technical oversight panel and standards committee to oversee research and guide future technological developments for *in silico* research. Lead multidisciplinary teams of engineers and life scientists in the development of novel mechanistic mathematical models of human disease, including rheumatoid arthritis, type 1 and 2 diabetes, osteoporosis, and oncology.  Planned, conducted, and managed *in silico* research projects for diverse customers including pharmaceutical companies, academic collaborators, and nonprofit research foundations. Projects include biomarker discovery, PK/PD modeling, intracellular and systems-level modeling and analysis, and optimal design of clinical trials.

### Harvard/MIT Division of Health, Sciences and Technology          Cambridge, MA
*Research Assistant, 1995 to 2002*
*Postdoctoral Associate, 2002 to 2003*
Multifaceted mathematical modeling and experimental research of neuronal learning mechanisms underling homeostatic regulation in mammals.  Invented the Hebbian covariance feedback learning paradigm for self-tuning optimal control of nonlinear (biological) systems.

### MIT – Division of Bioengineering and Environmental Health          Cambridge, MA
*Teaching Assistant: Introduction to Physiological Modeling BEH.103, Fall 1999*
Instructed students in biological modeling, mathematical theory, and simulation methods. Taught organ anatomy & physiology in terms of structure and function from a quantitative engineering perspective.

### Harvard Biomotion Laboratory / Mass. General Hospital          Boston, MA
*Research Assistant, Spring 1993*
Design and analysis of new approaches to study and assist ambulation of the handicapped and rehabilitated.

## RECENT PRESENTATIONS

"In silico model of type 1 diabetes." Department of Immunology, UCSF, 2005
"Application of Systems Biology for Pharmaceutical Drug Development: Improving Translational Research." International Conference on Systems Biology, Japan, 2006
"Reduced reliance on preclinical animal studies through application of predictive computer modeling." 6th World Congress on Alternatives & Animal Use in the Life Sciences, Japan, 2007

# HONORS AND MEMBERSHIPS

Member of Pi Tau Sigma (Mechanical Engineering honor society) and Tau Beta Pi (National Engineering honor society), Sigma Xi (Scientific Research Society of North America), Society for Neuroscience, Biomedical Engineering and Medical Sciences, and IEEE.

# PUBLICATIONS

## Abstracts:

**Young DL**, Poon C-S (1996) Roles for two calcium channels in spike frequency adaptation and termination of neuronal bursting. *Computational Neurosci. Abstr*, 219.

Poon C-S, **Young DL** (1996) Adaptive optimization by Hebbian covariance learning. *Computational Neurosci. Abstr*, 156.

Siniaia MS, **Young DL**, Poon C-S (1997) Habituation and rebound of rhythmic respiratory motor responses to vagal stimulation. *Soc for Neurosci. Abstr*, **1**, 998.

Siniaia MS, **Young DL**, Poon C-S (1998) Phasic and short-term depression of pontine input to the respiratory pattern generator. *Soc for Neurosci. Abstr*, **1**, 379.

**Young DL**, Siniaia MS, Poon C-S (1998) Adaptive processes in respiratory pattern generation induced by vagal inputs. *Canadian Conf on Modeling and Control of Ventilation Abstract.*

**Young DL**, Siniaia MS, Poon C-S (1998) Adaptive modulation of respiratory rhythm by vagal input: effect of gating. *Soc for Neurosci. Abstr*, **1**, 378.

**Young DL**, Poon C-S (1999) Hebbian covariance synapse: a self-tuning neural device for reinforcement learning. *Bio Med Eng Soc and Eng Med Biol Soc Abstr*, 81.

**Young DL**, Siniaia MS, Poon C-S (1999) Nonassociative learning induced by vagal volume feedback: compensatory strategies for pulmonary distension and restriction. *Amer Thoracic Soc Abstr*, 111208.

Siniaia MS, **Young DL**, Poon C-S (2000) NMDA receptor short-term depression of neurotransmission from vagal C-fibers in NTS, *Soc. for Neurosci. Abstr*, 26, 155.18.

**Young DL**, Siniaia MS, Poon C-S (2000) NMDA receptor blockade unmasks novel gating and memory mechanisms in vagal control of respiratory rhythm, *Frontiers in Modeling and Control of Ventilation Abstract.*

**Young DL**, Siniaia MS, Poon C-S (2000) Model of nonassociative learning in vagal-pontine modulation of inspiratory off-switch, *Frontiers in Modeling and Control of Ventilation Abstract.*

**Young DL**, Siniaia MS, Poon C-S (2001) Neural integrator and differentiator studied in a mammalian model of nonassociative learning, *Soc. for Neurosci. Abstr*, 642.13.

MacDonald S, **Young DL**, Song G, Poon C-S (2004) Use dependent short-term memory of Hering-Breuer reflex in rats, *Soc for Neurosci. Abstr*, 145.1.

Struemper H, Kalle S, Shoda LKM, **Young DL**, Hurez V, Defranoux NA, Ramanujan S (2004) Using biosimulation to identify key biological mechanisms driving methotrexate clinical response to rheumatiod arthritis (RA), *Amer College of Rheumatism Abstr*, 04-A-2649.

**Young DL,** Chung CD, Kreuwel HTC, Ramanujan S, Atkinson MA, Bluestone JA, Eisenbarth GS, Mathis D, Rossini AA, Shoda LKM (2005) Comprehensive analysis of time-dependent effects for treatment outcomes in the non-obese diabetic mouse, *Amer. Diab. Assoc. Abstr*, 1279-P

Ramanujan S, Kreuwel HTC, **Young DL**, Chung CD, Shoda LKM (2005) The virtual NOD mouse – applying predictive biosimulation to research in type 1 diabetes, *Amer. Diab. Assoc. Abstr*, 1280-P

Kreuwel HTC, Shoda LKM, **Young DL**, Chung CD, Atkinson MA, Bluestone JA, Eisenbarth GS, Mathis D, Rossini AA, Ramanujan S (2005) Comparative analysis of therapies tested in animal models of type 1 diabetes and human clinical trials, *Amer. Diab. Assoc. Abstr*, 102-OR

Chung CD, Shoda LKM, Kreuwel HTC, Ramanujan S, Atkinson MA, Bluestone JA, Mathis D, Rossini AA, **Young DL** (2005) A comprehensive review of therapeutic interventions in the non-obese diabetic mouse, *Amer. Diab. Assoc. Abstr*, 2555-PO

**Young DL**, Ramanujan S, Kreuwel HTC, Chung CD, Shoda LKM (2005) Mechanisms mediating anti-CD3 antibody efficacy: insights from a mathematical model of type 1 diabetes, Imm. Diab. Soc., P-033

Gadkar KG, Kreuwel HTC, Shoda LKM, Whiting CC, Ramanujan S, **Young DL** (2006) Dosing and Timing Effects of Anti-CD40L Therapy: Predictions from a Mathematical Model of Type 1 Diabetes, *Amer. Diab. Assoc. Abstr.*

Kreuwel HTC, Atkinson MA, **Young DL**, Gadkar KG, Zheng Y, Ramanujan S, Whiting CC, and Shoda LKM (2006) The virtual NOD mouse – applying predictive biosimulation to research in type 1 diabetes, *Animal Models for Type 1 Diabetes and Multiple Sclerosis, A New York Academy of Sciences Meeting.*

Kretsos K, **Young DL**, Whiting CC, S Kellermann S-A, Kudrycki K and Defranoux NA (2007) Biosimulations predict that rituximab is more efficacious than other standards of care in Rheumatoid Arthritis patients with severe disease , *The Federation of Clinical Immunology Societies.*

Trial Exh. 27002 Page 088

Whiting CC, Ramanujan S, un L, Kellermann S-A and Defrano JA 007) Mechanism of Action of Abatacept: Insights from Predictive Biosimulation Studies, *American Association of Immunologists*.

Kellermann S-A , Defranoux N, Kretsos K, Whiting CC, **Young DL** (2007) Immune Complexes Predicted to be Key Mediators of Rheumatoid Arthritis, *8th World Congress on Inflammation.*

**Young DL**, Kreuwel HTC, Gadkar K, Zheng Y, Ramanujan S, Whiting CC, Shoda LKM (2007) Biosimulations reveal differential roles for natural killer cells in the pathogenesis of type 1 diabetes in the non-obese diabetic mouse, *9th International Congress of the Immunology of Diabetes Society and American Diabetes Association Research Symposium.*

Zheng Y, Kruger A, Pearson T, Greiner DL, **Young DL**, Shoda LKM, Wicker LS, Rossini AA, Whiting CC (2007) Integrated in silico biosimulation and quantitative laboratory research delineates key mechanisms by which the Idd9 locus protects from diabetes in the non-obese diabetic (NOD) mouse, *9th International Congress of the Immunology of Diabetes Society and American Diabetes Association Research Symposium.*

Zheng Y, Kreuwel HTC, **Young DL**, Shoda LKM, Ramanujan S, Gadkar KG, and Whiting CC (2007) Novel strategies for inducing type 1 diabetes remission in the NOD mouse using biosimulation, *International Conference on Systems Biology.*

Kretsos K, Defranoux N, Kellermann S-A, **Young DL** (2007) An in silico model of rheumatoid arthritis predicts key pathways of bone erosion and candidate biomarkers of therapeutic efficacy, *Amer College of Rheumatism Abstr.*

Ghosh S, **Young DL**, Gadkar KG, Wennerberg L, Basu K (2007) Towards optimal virtual patients: an online adaptive control approach. *29th Conference of IEEE Engineering in Medicine and Biology Society.*

### *Books:*

**Young DL** (1997) Hebbian covariance learning and self-tuning control. Master's thesis. Dept. of Mechanical Engineering M.I.T.

**Young DL** (2002) Neural adaptive mechanisms in respiratory regulation: theory and experiments. Doctoral thesis. Dept. of Mechanical Engineering M.I.T.

**Young DL** and Michelson S (in preperation) Systems biology in drug discovery and development. Wiley.

### *Patents:*

Apparatus and Method for Computer Modeling Type 1 Diabetes (Application # 20070071681)

### *Research Papers:*

**Young DL**, Poon C-S (1998) Hebbian covariance learning: a nexus for respiratory variability, memory, and optimization? In: R.L. Hughson, D.A. Cunningham, and J. Duffin, eds., Advances in Modeling and Control of Ventilation, Advances in experimental Medicine and biology, 1, pp. 73-83.

Poon C-S, Siniaia MS, **DL Young**, Eldridge FL (1999) Short-term potentiation of carotid chemoreflex: an NMDAR-dependent neuronal integrator. *NeuroReport,* **10**:2261-2265.

Poon C-S, **Young DL**, Siniaia MS (1999) High-pass filtering of carotid-vagal influences on expiration in rat: role of N-mehyl-D-aspartate receptors. *Neuroscience Letters,* **284**:5-8.

Siniaia MS, **Young DL**, Poon C-S (2000) Habituation and desensitization of Hering-Breuer reflex in the rat. *J. Physiol,* **523.2**:479-491.

**Young DL**, Siniaia MS, Poon C-S (2001) Model of non-associative learning in vagal-pontine modulation of respiratory rhythm, in "Frontiers in Modeling and Control of Breathing: Integration at Molecular, Cellular, and Systems Levels", Eds. C.-S. Poon and H. Kazemi, Kluwer Academic/Plenum Publishers, New York, May, 255-260.

**Young DL**, Siniaia MS, Poon C-S (2001) NMDA receptor blockade unmasks novel gating and memory mechanisms in vagal control of respiratory rhythm, in "Frontiers in Modeling and Control of Breathing: Integration at Molecular, Cellular, and Systems Levels", Eds. C.-S. Poon and H. Kazemi, Kluwer Academic/Plenum Publishers, New York, May, 261-266.

**Young DL**, Poon C-S (2001) A Hebbian covariance learning paradigm for self-tuning optimal control. IEEE Trans. *Systems, Man and Cyber,* 31, **2**:173-186.

**Young DL,** Poon C-S (2001) Soul searching and heart throbbing for biological modeling. *Behavioral and Brain Sciences,* invited commentary on target article, "Can robots make good models of biological behavior?" 24(6):1080-1081.

Poon C-S, **Young DL** (2002) Afferent neurodynamic and neurologic control of the respiratory rhythm. IEEE/EMBS 24th Annual Conference and the Annual Fall Meeting of the Biomedical Engineering Society. EMBS/BMES Conference, 2002. Proceedings of the Second Joint Publication, 2:1511- 1512.

**Young DL** and Poon C-S. Models of adaptive respiratory control and their clinical implications. BME 16(8): 12-19, 2002. (invited review)

**Young DL**, Eldridge FL an~~~~~~~~~~~~~~. Integration-differentiation and g~~~~~~~~~~~~otid afferent traffic that shapes the respiratory pattern. *J. Appl. Physiol.* 94:1213-1229, 2003.

Defranoux NA, Stokes CL, **Young DL**, Kahn A (2005) In silico modeling and simulation of bone biology: a proposal. *J Bone Miner. Res.*, 20(7): 1079-84.

Shoda LKM, **Young DL**, Ramanujan S, Chung CD, Atkinson MA, Bluestone JA, Eisenbarth GS, Mathis D, Rossini AA, Campbell SE, Kahn R, Kreuwel HTC (2005) A comprehensive review of interventions in the NOD mouse and implications for clinical translation. *Immunity*, 23(2): 115-26.

Poon C-S and **Young DL** (2006) Nonassociative learning as neural integrator and differentiator. *Behavioral and Brain Functions*, 2: 29.

**Young DL**, Ramanujan S, Kreuwel HTC, Chung CD, Shoda LKM (2006) Mechanisms mediating anti-CD3 antibody efficacy: insights from a mathematical model of type 1 diabetes. *Ann. NY Acad. Sci.*, 1079: 369-73.

Gadkar KG, Kreuwel HTC, Shoda LKM, Whiting CC, Ramanujan S, **Young DL** (2007) Dosing and timing effects of anti-CD40L therapy: predictions from a mathematical model of type 1 diabetes, *Ann. NY Acad. Sci.,* 1103 (1), 63–68.

Zheng Y, Kreuwel HTC, **Young DL**, Shoda LKM, Ramanujan S, Gadkar KG, Atkinson MA, and Whiting CC (2007) The virtual NOD mouse: applying predictive biosimulation to type 1 diabetes research. *Ann. NY Acad. Sci.*

# Kapil Gadkar Ph. D.



## Work Experience

**Entelos Inc., Predictive Sciences & Technologies, Foster City, CA**

Biosystems Engineer-II                            March 2007 – present
Biosystems Engineer-I                              2005 - March 2007
Primary responsibilities included project lead and lead engineer in research collaborations with major pharmaceutical companies and the American Diabetes Association (ADA)

**Genencor International Inc., Palo Alto, CA**

Summer intern                                       July 2004 - Oct. 2004
Development of framework for the prediction of the physiological impact of genetic manipulations in *Escherichia coli* metabolic network

## Education

**Ph.D., Chemical Engineering**                      July 2002 - March 2005
University of California, Santa Barbara, CA
Thesis: Large scale model identification and applications in Systems Biology.

**M.ChE., Chemical Engineering**                    July 2000 - June 2002
University of Delaware, Newark, DE
Thesis: Control of continuous bioreactors by cybernetic based model predictive control.

**Int. M.Tech., Biochemical Engineering and Biotechnology**     July 1995 - June 2000
Indian Institute of Technology, Delhi, India
Thesis: Control of yeast fermentation using neural networks with online weight updating.

## Research Experience/Expertise

Systems biology applications in pharmaceutical industry
- Prediction of the efficacy of novel monotherapies and combination therapies
- Identification of biomarkers for prediction of novel therapeutic efficacy
- Clinical trial design and optimization

Modeling of complex biosystems
- Dynamic large-scale mathematical modeling of human diseases via integration of genomic, proteomic, physiologic and environmental data
- Modeling experience in multiple disease areas, such as type-1 diabetes and cardiovascular disease
- Modeling of regulatory metabolic networks using the cybernetic modeling approach

Innovation approaches in Systems biology
- Develop innovative tools for optimal model identification of complex biological processes
- Develop algorithms for measurement selection and experiment design for optimal modeling of complex biological network systems
- Develop tools for optimal model discrimination with minimal experiment data

- Formulate optimal dynamic strategies for metabolic engineering
- Expertise in formulating and solving linear, quadratic, nonlinear and mixed integer optimization problems

Process optimization and control

- Batch control for optimal metabolic engineering
- Development of multi-rate model predictive control algorithm for regulation of continuous bioreactor at optimal productivity
- Development of a novel state predictor using artificial neural network technology using minimal online measurements

## Patents

- "Apparatus and method for computer modeling type I diabetes", Gadkar et al., Pub. No. US2007/0071681
- "Method and apparatus for modeling atherosclerosis", Gadkar et al., U.S. attorney docket number ENTL-034.US1

## Book Chapter

- R. Gunawan, **K. Gadkar**, and F. J. Doyle III. Methods to Identify Cellular Architecture and Dynamics from Experimental Data. In J. Stelling (Ed.), System Modeling in Cellular Biology: From Concepts to Nuts and Bolts, MIT Press, 2006.

## Publications

- Zheng, Y.; Kreuwel, H. T. C.; Young, D. L.; Shoda, L. K. M.; Ramanujan, S.; **Gadkar, K. G.;** Atkinson, M. A.; Whiting, C. C., The virtual NOD mouse - Applying predictive biosimulation to research in type 1 diabetes. *How Do We Best Employ Animal Models for Type 1 Diabetes and Multiple Sclerosis?* 2007, 1103, 45-62.
- Young, D. L.; Kreuwel, H. T. C.**; Gadkar, K.**; Zheng, Y.; Ramannjan, S.; Whiting, C. C.; Shoda, L. K. M., Biosimulations reveal differential roles for natural killer cells in the pathogenesis of type 1 diabetes in the non-obese diabetic mouse. *Acta Diabetologica* 2007, 44, S56-S56.
- Tang, Q. Z.; Zheng, Y. N.; Adams, J.; Kreuwel, H.; **Gadkar, K.**; Penaranda, C.; Shoda, L.; Whiting, C. C.; Young, D.; Bluestone, J., In vivo and in silico modeling the dynamics of autoimmune diabetes. *Clinical Immunology* 2007, 123, S70-S70.
- **Gadkar, K. G.**; Shoda, L. K. M.; Kreuwel, H. T. C.; Ramanujan, S.; Zheng, Y.; Whiting, C. C.; Young, D. L., Dosing and timing effects of anti-CD40L therapy - Predictions from a mathematical model of type 1 diabetes. *How Do We Best Employ Animal Models for Type 1 Diabetes and Multiple Sclerosis?* 2007, 1103, 63-68.
- Young, D. L.; Ramanujan, S.; Kreuwel, H. T. C.; Whiting, C. C.; **Gadkar, K. G.**; Shoda, L. K. M., Mechanisms mediating anti-CD3 antibody efficacy - Insights from a mathematical model of type 1 diabetes. *Immunology of Diabetes Iv: Progress in Our Understanding* 2006, 1079, 369-373.
- **Gadkar, K. G.**; Mahadevan, R.; Doyle, F. J., Optimal genetic manipulations in batch bioreactor control. *Automatica* 2006, 42, (10), 1723-1733.
- **Gadkar, K. G.**; Kreuwel, H. T. C.; Shoda, L. K. M.; Whiting, C. C.; Ramanujan, S.; Young, D. L., Dosing and timing effects of anti-CD40L therapy: Predictions from a mathematical model of type 1 diabetes. *Diabetes* 2006, 55, A559-A560.
- **Gadkar, K. G.**; Varner, J.; Doyle, F. J., Model identification of signal transduction networks from data using a state regulator problem. *IEE Systems Biology* 2005, 2, (1), 17-30.
- **Gadkar, K. G.**; Mehra, S.; Gomes, J., On-line adaptation of neural networks for bioprocess control. *Computers & Chemical Engineering* 2005, 29, (5), 1047-1057.

- **Gadkar, K. G.**; Gunawan, R.; Doyle, F. J., III, Iterative approach to model identification of biological networks. *BMC Bioinformatics* 2005, 6.
- **Gadkar, K. G.**; Doyle, F. J.; Edwards, J. S.; Mahadevan, R., Estimating optimal profiles of genetic alterations using constraint-based models. *Biotechnology and Bioengineering* 2005, 89, (2), 243-251.
- **Gadkar KG**, Gunawan R, Doyle III FJ, "Modeling and analysis challenges in systems biology" *proc. IFAC Symp. Comp. Appls. Biotechnol.* Nancy, France, 2004.
- Kremling, A.; Fischer, S.; **Gadkar, K.**; Doyle, F. J.; Sauter, T.; Bullinger, E.; Allgower, F.; Gilles, E. D., A benchmark for methods in reverse engineering and model discrimination: Problem formulation and solutions. *Genome Research* 2004, 14, (9), 1773-1785.
- **Gadkar, K. G.**; Doyle, F. J.; Crowley, T. J.; Varner, J. D., Cybernetic model predictive control of a continuous bioreactor with cell recycle. *Biotechnology Progress* 2003, 19, (5), 1487-1497.

## Selected Presentations

- **Gadkar KG**, Mahadevan R, Doyle III FJ, "Batch to batch control of genetic alterations using constraint-based models" *IIChE-AIChE Joint Mtg.*, Mumbai, India 2004.
- **Gadkar KG**, Mahadevan R, Edwards J, Doyle III FJ, "Estimating optimal profiles of genetic alterations using constraint-based models" *AIChE Annual Mtg.*, Austin 2004.
- **Gadkar KG**, Gunawan R, Varner J, Doyle III FJ, "Iterative approach for model identification in systems biology" *AIChE Annual Mtg.*, Austin 2004.
- **Gadkar KG**, Gunawan R, Doyle III FJ, "Measurement selection for identifiability of biological networks" *Int. Conf. Systems Biology*, Heidelberg, Germany, 2004.
- **Gadkar KG**, Doyle III FJ, Varner J, Edwards J, "Dynamic flux balance analysis approach for determination of cellular dynamics" *AIChE Annual Mtg.*, San Francisco 2003.
- **Gadkar KG**, Mahadevan R, Doyle III FJ, Edwards J, "Estimating optimal induction times of genetic alterations using constraint based models*" Int. Conf. Systems Biology*, St. Louis 2003.
- **Gadkar KG**, Doyle III FJ, "Nonlinear metabolic model-based control of ethanol in *Escherichia coli*" *Amer. Control Conf.*, Denver 2003.

## Teaching Experience

### Teaching Assistant

- Engineering Approaches to Systems Biology     Spring 2004, UCSB
- Mass Transfer Operations     Fall 2001, U. of Delaware
- Instrumentation and Process Control     Spring 2000, IIT Delhi

### Software Development Coordinator for PCM     2001 - 2003

- Process Control Modules (PCM) is an educational software for supplementing control education. The work involves design and implementation of new software laboratory units and providing support for existing units.

## Computer Skills

| | |
|---|---|
| Languages: | C |
| Platforms: | Windows, UNIX |
| Tools: | MATLAB, Simulink, GAMS, CPLEX |

# CURRICULUM VITAE

## Seth Michelson

CONFIDENTIAL

CONTACT INFORMATION:

Home: ███████████

e-mail: ███████████

EDUCATION

1968 - 1972    Tulane University, New Orleans, LA.
       Major: Mathematics
       Degree: BS

1972 - 1974  University of California, Berkeley, CA.
       Major: Mathematics, Numerical Analysis
       Degree: MA
       Thesis: "A Galerkin Style Approach to Shock Waves".

1977 - 1980  University of California, Los Angeles, CA.
       Major: Biomathematics
       Degree: MS

1980 - 1987  University of California, Los Angeles, CA.
       Major: Biomathematics
       Degree: Ph.D.
       Dissertation: "Two-Compartment Stochastic Models for Tumor
                    Escape" (Immuno-oncology)

1

## EXPERIENCE

2001 – Present       Vice President, In Silico R&D
                     Entelos, Inc.
                     Menlo Park, California

Primary responsibilities include direction and management of all scientific R&D directed toward in silico development of disease models and the biosimulation platforms which simulate their dynamics.   Working in conjunction with researchers in Big Pharma, these efforts include exploiting these mathematical structures for insights into the underlying pathophysiology of the disease, applying these insights to the drug discovery and development process, and developing from these insights internal research and development projects to enhance/develop intellectual property and its eventual knowledge products.  Also, responsible for developing an active research presence in Biomathematics, Biostatistics, and Bioinformatics complementary to these efforts.   Individually responsible for the design, development, and implementation of a biosimulation platform for the exploration of Drug-induced Liver Injury (DILI) as part of an FDA-Industry effort with Entelos

2000 – 2001          Vice President, Information Sciences
                     VistaGen, Inc.
                     Burlingame, California

Primary responsibilities included direction and management of a scientific informatics department, including overseeing and structuring the development of new and novel mathematical/statistical algorithms for the analysis and characterization of proteomic data aimed at predictive toxicology.  Data is derived from assays based on stem cell technologies. Responsible for developing an active research presence in Biomathematics, Biostatistics, and Bioinformatics in support of complementary functional genomics, as well as establishing a coherent informatics environment (databases, visualization tools, query and archival strategies, etc.) for the entire company.  Responsible for day to day management, strategic planning, and budgeting of the department in its support role.

2

1995 - 2000       Director, Scientific Support Services
           & Biomathematician/Principal Scientist
           Roche Bioscience
           Palo Alto, California

Primary duties include direction and management of all scientific support services as they span the drug discovery and early development process. Departments overseen include: Chemical Support Services (management of a central compound inventory and the incumbent Chemical Databases), Lab Automation Support Services (including development and support for ultraHTS), Biomathematics (methodology development, especially in multivariate techniques of QSAR, multidimensional optimization, and gene array profile data, and general statistical support for drug discovery assays, and in conjunction with Bioinformatics development of primary and secondary analysis algorithms including mathematical and statistical methodologies and primary support for genomic, proteomic, and genetic research), Clinical Data Management (in support of early Phase I/IIa clinical trials), and the Corporate Library and Information center (information and knowledge management relevant to project team efforts, drug discovery in general, etc.). Am further responsible for the analysis and review of new technologies and technology suites, and determining where and how they fit in the work flow of the organization and throughout the drug discovery process. Scientific responsibilities include oversight and expert review of modeling and simulation technologies aimed at research tasks of interest as developed in my organization.

1994 - 1995       Director, Basic Research Scientific Support &
           Biomathematician/Principal Scientist
           Syntex/Roche Bioscience
           Palo Alto, California

Primary duties included management of the support services organizations vital for drug discovery. Included were: the central compound inventory and HTS support, the scientific information groups, and the department of Biomathematics. Responsible for budgeting and priority management of these three groups in pursuit of drug discovery processes.

3

1987 - 1990        Biomathematician/Biostatistician II
1990 - 1992        Biomathematician/Senior Project Lead
1992 - 1994        Biomathematician/Research Section Leader
                   Dept. Biomathematics,
                   Syntex (now Roche Bioscience)
                   Palo Alto, California

   Primary duties included the design, analysis, and reporting of preclinical *in vivo data* from assays vital to the drug discovery process. Included in these duties are the development of appropriate methodology in inferential statistics, evaluation of estimation methods, and development of appropriate multivariate statistics. Additionally, was responsible for development of mathematical modeling and simulation systems, especially in the fields of cancer and cell biology.

1984 - 1987        Research Biomathematician, Assistant Professor
                   Quality Assurance Review Center (QARC),
                   Dept. Radiation Medicine and Biology Research,
                   Brown University and Rhode Island Hospital.

   Four fold duties included: (1) Design, code, implementation, and enhancement of a clinical data base management system for the QARC, (2) Support and co-operative research with the head radiobiologist in the design, modeling, and simulation of heterogeneous tumor populations, (3) Instruction and support of Biostatistics in the Dept. of Community Health, Brown University. (4) Biostatistical consultation to the Physician's Research Seminars run by the Dean of the Medical School for development of clinician researchers in the Division of Medicine.

1982 - 1984    Principal Software Engineer.
               Puritan Bennett Corporation, Los Angeles, CA.

   Major responsibility was the coordination and minor management of a team of software engineers in the design, specification, code, implementation, and enhancement of microprocessor based medical instrumentation (e.g., ventilators, anesthesia delivery systems).

1981 - 1982    Senior Software Engineer.
               CompuMed, Inc., Los Angeles, CA.

4

Major responsibilities included coordination and supervision of a five person programming staff in the design, review, code, and implementation of remote ECG monitoring systems.

1979 - 1981   Programmer, Analyst.
Institute of Critical Care Medicine,
University of Southern California, Los Angeles, CA.

Major responsibility included the design, specification, and implementation of a medical decision assistance system  based on Bayesian probability simulation.  Also, acted as staff biostatistician in the analysis of shock research experiments.

1978 - 1979   Applications Programmer.
Southern California Research Institute, Los Angeles, CA.

Major responsibility included the design, specification, and implementation of real-time, computer graphic driving simulator for drug studies.

1977 - 1978   Programmer/Analyst.
Information Sciences Institute, University of Southern California,
Marina Del Rey, CA.

Major responsibility included the design and code of real-time speech digitalization systems.

1974 - 1977   Programmer/Analyst.
Computer Sciences Corp., NASA Ames Research Center,
Mountain View, CA.

Major responsibilities included: (1) the design and development of diagnostic systems for the ILLIAC IV supercomputer, (2) design of application systems for simulation of weather and climate, (3) design of remote processing system for real-time flight simulations.

5

## GRANTS AND AWARDS
(Principal Investigator)

Ocean State Charities Trust - Governor's Cancer Research Fund
From: July 1987          To: June 1988
Amount: $2000

Ocean State Charities Trust - Governor's Cancer Research Fund
From: September 1986    To: August 1987
Amount: $4,000

American Cancer Society
Institutional Research Grant IN-45Z
From: July, 1985      To: June, 1987
Amount: $2,650

## PATENTS

Co-inventor or inventor on eleven patent applications – both provisional and full

## MEMBERSHIPS and HONORS

Associate Member, Society for Mathematical Biology

Member, International Association for Mathematical Modeling

O'Donnell Research Scholar in Oncology (1987 -1989)

Graduate, Fourth Annual Course on Computers in Medicine, Ettore
     Majorana Center for Scientific Culture, Erice, Sicily

Invited guest Lecturer, Soviet Academy of Sciences, Dept. Numerical Mathematics, June 2
     to June 10, 1988.  Topics included Tumor Micro-ecology, Subpopulation emergence,
     and Induction of Drug Resistance.

Invited guest Lecturer, Beijing Medical University, Dept. of Biostatistics and Biomathe-
     matics, May 10 to May 21, 1989.  Topics included Tumor Micro-ecology, Subpopula-
     tion emergence, and Induction of Drug Resistance

6

Invited guest Lecturer, Soviet Academy of Sciences, Dept. Numerical Mathematics, October 1 to October 7, 1990. Topics included Micro-distribution of cytotoxic agents within a Tumor, and Growth Factor Control of a Tumor within its own Micro-environment

Invited Lecturer, Midwest Biopharmaceuticals Statistics Workshop, Ball State University, Muncie Indiana, May 20 to May 23, 1992. "Mathematical and Statistical Modeling in Pharmacology: Religion, Mythology, and Science".

Faculty, PMA Education and Research Institute, Non-Clinical Statistics Course, Georgetown University, Washington, DC, Feb 28 to Mar 3, 1993. "Pharmacology and Statistics".

Faculty, PMA Education and Research Institute, Non-Clinical Statistics Course, Georgetown University, Washington, DC, Feb 4-6, 1994. "Preclinical Pharmacology".

Co-Director & Faculty, PMA Education and Research Institute, Statistics for Researchers in Drug Discovery and Preclinical Research, Woodbridge, New Jersey, Mar 12-14, 1995.

Faculty, UC Extension, Biostatistics for the Biological Researcher, 1993 to Present

Faculty, Brown University, Dept. of Radiation Biology, 1990 to Present (Presently Associate Professor)

Faculty, PMA Education and Research Institute, Non-Clinical Statistics Course, Rosslyn, VA. Mar 2-6, 1996. "Preclinical Pharmacology".

Invited Lecturer, UC Davis Biotechnology Seminar Series, 2002. "Mathematical and Statistical Modeling in Pharmaceutical R&D", Davis, California.

Invited Lecturer, UC Davis Biotechnology Seminar Series, 2004. "Mathematical and Statistical Modeling in Pharmaceutical R&D", Davis, California.

Invited Lecturer, UC Davis Center for Biophotonics Science and Technology (CBST), 2006. "Employment Opportunities and Technologies in Pharmaceutical R&D", Davis, California.

7

## PUBLICATIONS

1.      Michelson, S. and M.Cole. (2007). The Future of Predictive Bio-simulation in Drug Discovery. In press. *Expert Opinions in Drug Discovery*

2.      Michelson, S., D. Scherrer, A. Bangs. (2006). Target Identification and Validation Using Human Simulation Models. In: In Silico Technologies in Drug Target Identification and Validation. (Eds. Leon, D. and Markell, S.) Taylor & Francis.

3.      Michelson, S. (2006). The Impact of Systems Biology and Biosimulation on Drug Discovery and Development. Molecular BioSystems. 2: 288-291.

4.      Michelson, S., A.Sehgal, and C.M. Friedrich. (2006). In silico Prediction of Clinical Efficacy. Current Opinions in Biotechnology; 17:1-5.

5.      Michelson, S. and Okino, M. (2004). The Virtual Patient: Capturing Patient Variability Using Biosimulation. Preclinica 2(1): 33-37.

6.      French, J.M., S Michelson. and D Scherrer. (2003) Assessing the Impact of Biosimulation on Target Selection and Validation. BioSilico November

7.      Michelson, S. (2003) Assessing the Impact of Predictive Biosimulation on Drug Discovery and Development. Journal of Bioinformatics and Computational Chemistry. 1(1): 169-177.

8.      Michelson, S. and D. Scherrer. (2003) Assessing the Impact of Predictive Biosimulation on Lead Optimization. Current Drug Discovery. April 2003: 23-26

9.      Michelson, S. and D. Scherrer. (2003) Predictive Biosimulation for Lead Optimization. Current Drug Discovery. April 2003; 23-26

10.     French, J.M., D. Scherrer, and S. Michelson. (2003) Target Validation Using In Silico Disease Models. Genetic Engineering News.

11.     J.M. French, S. Michelson, L. Shoda . (2003) Biodefense: A Systems Biology Approach to Drug Discovery and Development. Regulatory Affairs Focus. November 2003

12.     Biosimulation: Dynamic Modeling of Biological Systems. (2002) Annual Reports in Medicinal Chemistry. Hall, K., R. Baillie, and S. Michelson. 37: 279-288.

8

13.    French, J.M. and S. Michelson. (2001) Function in Search of Genes: a System Biology Approach to Target Validation American Genomic/Proteomic Technology Magazine. 2 (1): 43-46

14.    Michelson, S. and J.T. Leith. (1997) Tumor Heterogeneity and Growth Control. In: A Survey of Models For Tumor-Immune System Dynamics (Ed. J.A. Adam & N. Bellomo). Mathematical Models and Methods in Applied Sciences.

15.    Michelson, S. (1997) (Editor). A Special Edition: Mathematical Modeling in Tumor Growth and progression. Invasion & Metastases. 16:173-176.

16.    Michelson, S. (1997) Editor. Host response in Tumor Growth and Progression. Invasion & Metastases. 16:235-246.

17.    Michelson, S. Multidrug Resistance and its Reversal: Mathematical Models. (1997). J. Theor. Med. 2:103-115.

18.    Michelson, S. and J.T. Leith. (1997) Angiogenesis and Positive Feedback in Tumor Growth Control. Bull. Math. Biol. 59:233-254.

19.    Michelson, S. and H.S. Schulman.(1995) CaM Kinase: A Model for its Activation and Dynamics. J. Theor. Biol. 171:281-290.

20.    Michelson, S. and J.T. Leith. (1995) Interlocking Triads of Growth Control in Tumors. Bull. Math. Biol. 57:245-366.

21.    McCarty, L.P., S. Karr, S. Michelson, J.T. Leith. (1995) Comparison of FGF-2 levels in clone A human colon cancer cells in vitro  versus levels in xenografted tumours.  Br. J. Cancer  72:10-16.

22.    Michelson, S. and J.T. Leith. (1995) A Theoretical Explanation of "Concomitant Resistance". Bull. Math. Biol. 57:733-747.

23.    Leith, J.T. and S. Michelson. (1995) Levels of Selected Growth Factors in Viable and Necrotic Regions of Xenografted HCT-8 Human Colon Tumours.  Cell Proliferation 28:279-286.

24.    Jett, M.F. and S. Michelson. (1995) The Formalin test in rats:  Validation of an Automated System.  Pain  64:19-25.

9

25.     Leith, J.T. and S. Michelson. (1995)  Secretion rates and levels of vascular endothelial growth factor in Clone A or HCT-8 human colon tumor cells as a function of oxygen concentration.  Cell Proliferation  28: 415-430.

26.     Michelson, S. and J.T. Leith. (1994).  A Theoretical Model of Tumor Dormancy and Recurrence.  COMCON IV. Proceedings of Fourth International Conference on Communications and Control. Rhodes, Greece, June 14-18, 1993. Pages 524-534.

27.     Minor, J.M., S. Chiu,. S. Michelson, E.B. Fraser-Smith, and R.C. Schatzman.  (1994). Use of Neural Networks to Analyze Drug Combination Interactions. COMCON IV. Proceedings of Fourth International Conference on Communications and Control. Rhodes, Greece, June 14-18, 1993. Pages 504-515.

28.     Michelson, S. and D.L. Slate. (1994). A Mathematical Model for the Inhibition of the Multidrug Resistance-Associated P-glycoprotein Pump. . Bull. Math. Biol. 56:207-223.

29.     Fraser-Smith, E.B., S. Chiu, S. Michelson, R.C. Schatzman.  (1994).  In Response to Pritchard and Shipman's Letter to the Editor regarding the paper: Efficacy of Ganciclovir in Combination with Zidovudine Against Cytomegalovirus In Vitro and In Vivo.  (Antiviral Research. 21:301-315).  Antiviral Research. 24:361-364.

30.     Michelson, S. and J.T. Leith. (1994) Dormancy, Regression, and Recurrence: Towards A Unifying Theory of Tumor Growth Control  J. Theor. Biol. 169:327-338.

31.     Leith, J.T. and S. Michelson. (1994) Changes in the Extent of Viable, Necrotic, and Apoptotic Tissue, Hypoxia, Interstitial Fluid Pressure, and Proliferation Kinetics in Clone A Human Colon Tumor Xenografts as a Function of Tumor Size.  Cell Proliferation 27:723-739.

32.     Leung, E., S. Michelson, C.R. Villarrubbia and R.M. Eglen. (1993). An Introduction to Seemingly Unrelated Nonlinear Regression for Analysis of Dose Response Relationships. J. Pharm. Meth. 28:209-216.

33.     Michelson, S. and J.T. Leith. (1993). Growth Factors and Growth Control of Heterogeneous Cell Populations. Bull. Math. Biol. 55:993-1011.

34.     Freitas, V., B. Fraser-Smith, S. Chiu, and S. Michelson. (1993). Efficacy of Ganciclovir in Combination with Zidovudine Against Cytomegalovirus In Vitro and In Vivo. Antiviral Research. 21:301-315.

35.     Michelson, S. and Leith. (1993). Tumor Heterogeneity: A Review of the Theory. Drug News and Perspectives 6:655-661.

10

36.     Michelson, S. (1993). Mathematical Models for Multidrug Resistance and Its Reversal. Cytotechnology 12:315-324.

37.     Leith, J.T., L. Quaranto, G. Padfield, S. Michelson, and A. Hercsberg. (1993). Radiobiological Studies of PC-3 and DU-145 Human Prostate Cancer Cells: X-ray Sensitivity in vitro and Hypoxic Fractions of Xenografted Tumors in vivo. Int. J. Radiat. Oncol. Biol. Phys. 25:283-288.

38.     Leith, J.T. and S. Michelson. (1993). Effects of Administration of Basic Fibroblast Growth Factor on Hypoxic Fractions in Xenografted DLD-2 human Tumors: Time Dependence. Br. J. Cancer 68:727-731.

39.     Leith, J.T. and S. Michelson. (1992). Heterogeneous Clonal Subpopulations in Solid Tumors. In: Mechanisms of Drug Resistance in Oncology (B. Teicher, Ed.) Marcell Dekker, NY. pp 195-210.

40.     Leith, J.T., G. Padfield, L.A. Quaranto, and S. Michelson. (1992). Effect of Pre-irradiation of Transplantation Site on Growth Characteristics and Hypoxic Fractions in Human Colon Tumor Xenografts. Cancer Res. 52:2162-2166.

41.     Michelson, S. and D.L. Slate. (1992). A Mathematical Model of the Multi-Drug Resistant P-Glycoprotein Pump. Bull. Math. Biol. 54:1023-1038.

42.     Leith, J.T., G. Papa, L. Quaranto, and S. Michelson. (1992). Modification of the volumetric growth responses and steady state hypoxic fractions of xenografted DLD-2 human colon carcinomas by administration of basic fibroblast growth factor or suramin. Br. J. Cancer 66:345-348.

43.     Michelson, S., and J.T. Leith. (1992). The Autocrine-Paracrine-Endocrine Triad of Tumor Growth Control. COMCON III. Proceedings of Third International Conference on Communications and Control. Victoria, BC, October 16-18, 1991. Vol 2. pg 481-490.

44.     Leith, J.T., G. Padfield, and S. Michelson. (1992). Effects of Partial Hepatectomy on the Growth Characteristics and Hypoxic Fractions of Xenografted DLD-2 Human Colon Cancers. Rad. Res. 132:263-268.

45.     Michelson, S. and D.L. Slate. (1992). A Mathematical Model for the P-glycoprotein Pump as a Mediator Multidrug Resistance. Bull. Math. Biol. 54:1023-1038.

Trial Exh. 27002 Page 104

46.     Michelson, S. Characterization of the p170 Glycoprotein Pump: (1991). A Mathematical Description.  Proceedings 13th Annual IMACS Conference, Dublin Ireland, 22-26 July, 1991.

47.     Michelson, S., and J.T. Leith. (1991). A Mathematical Model Describing Autocrine and Paracrine Growth Factor Control in Tumor Growth. Bull. Math. Biol. 53:639-656.

48.     Slate, D.L. and S. Michelson. (1991). Drug Resistance Reversal Strategies: A Comparison of Experimental Data with Model Predictions. JNCI 83:1574-1580.

49.     Leith, J.T., G. Padfield, L. Faulkner, P. Quinn, and S. Michelson. (1991). Effects of Feeder Cells on the X-ray Sensitivity of Human Colon Cancer Cells. Radiotherapy and Oncology 21:53-59.

50.     Leith, J.T. and S. Michelson. (1991). Suramin and Tumor Cell Radio-sensitivity. Eur. J. Cancer 27:108.

51.     Leith, J.T., L.A. Faulkner, G. Papa, P. Quinn and S. Michelson. (1991). In Vitro Radiation Survival Parameters of Human Colon Tumor Cells. Int. J. Radiat. Oncol. Biol. Phys. 20:203-206.

52.     Leith, J.T., P. Harrigan, and S. Michelson. (1991). Verhulstian Analysis of the Growth of Transplantable Mammary Tumors in Sialoadenectomized Mice.   Cell Prolif 24:587-592.

53.     Leith, J.T., G. Padfield, L. Faulkner, and S. Michelson. (1991).  Hypoxic Fractions in Xenografted Human Colon Tumors.  Cancer Res. 51:5139-5143.

54.     Leith, J.T., P. Harrigan, G. Padfield, L. Faulkner, and S. Michelson. (1991). Modification of the Growth Rates and Hypoxic Fractions of Xenografted A431 Tumors by Sialoadenectomy or Exogenously Supplied Epidermal Growth Factor.   Cancer Res. 51:4111-4113.

55.     Michelson, S. and J.T. Leith. (1990). Effects of Differential Cell Kill on the Dynamic Composition of Heterogeneous Tumors. In: Mathematical Models in Medicine: Diseases and Epidemics. Adv. Math. and Computers in Med. 20:149-160.

56.     Michelson, S. (1990). A System for Monte Carlo Simulation of Heterogeneous Tumor Cell Populations. In: Mathematical Models in Medicine: Diseases and Epidemics.  Adv. Math. and Computers in Med. 20:139-148.

12

57.    Michelson, S. (1990). Mathematical Models and Their Simulations: An Innovative Tool for Cancer Research. Drug News and Perspectives. 3:218-221.

58.    Michelson, S., M. Bradshaw, C. Villarrubia, and B. Ingraham. (1990). PEAS - A Parameter Estimation Analysis System: An In-Laboratory Analysis Tool. Drug Information Journal. 24:649-657.

59.    Leith, J.T. and S. Michelson. (1990). Tumor Radiocurability: Relationship to Intrinsic Tumor Heterogeneity and the Tumor Bed Effect. J. Inv. and Metast. 10:329-351.

60.    Arnold, R.W., C. Landau, J. Nissen, D. Pharm, S. Wartman, and S. Michelson. (1990). Sex Differences in Residency Selection: The role of Partners in the Decision-making Process. Academic Med. 65:211-215.

61.    Leith, J.T., S. Michelson, and A.S. Glicksman. (1989). Competitive Exclusion of Clonal Subpopulations in Heterogeneous Tumors after Stromal Injury. Br. J. Cancer  59:22-27.

62.    Michelson, S. and D. Slate. (1989). Emergence of the Drug Resistant Phenotype in Tumor Subpopulations: A Hybrid Model. JNCI. 81:1392-1401.

63.    Michelson, S., H. Tran, K. Ito, J.T. Leith. (1989). Stochastic Models for Subpopulation Emergence in Heterogeneous Tumors. Bull. Math. Biol. 51:731-747.

64.    Michelson, S., J.T. Leith, and A.S. Glicksman. (1988). A Technique for Analyzing the Emergence of Zonality of Heterogeneous Solid Tumors. Cell Tissue Kinetics. 20: 499-506.

65.    Michelson, S. (1988). Facilitation of Emergence of the Multi-Drug Resistant State by Alteration of the Tumor Environment: Implications from Competitive Ecology Models. Cancer Treat. Rep. 71:1093-1094.

66.    Michelson, S. (1988).   Immune Surveillance: Towards a Tumor Specific Model.Theoretical Immunology. Part Two (Ed. A. Perelson) Addison-Wesley Publishing Company. Pgs 37-56.

67.    Leith, J.T., L.E. Faulkner, S.F. Bliven, and S. Michelson.  (1988). Tumor Bed Expression in Xenografted Artificial Heterogeneous Colon Tumors. Int. J. Radiat. Oncol. Biol. Phys. 15:151-158.

13

68.    Leith, J., L.E. Faulkner, S.F. Bliven, and S. Michelson. (1988).    Compositional Stability of Artificial Heterogeneous Tumors In Vivo: Use of Mitomycin C as a Cytotoxic Probe.  Cancer Res.  48: 2669-2673.

69.    Gyori, I., S. Michelson, and J.T. Leith. (1988).    Time-Dependent Subpopulation Induction in Heterogeneous Tumors.  Bull. Math. Biol.  50:681-696.

70.    Michelson, S. and J.T. Leith. (1988).    Unexpected Equilibria Resulting from Differing Growth Rates of Subpopulations in Heterogeneous Tumors. Math. Biosci. 91:119-129.

71.    Michelson, S. and J.T. Leith. (1988).  Environmental Stress Induced by the Tumor Bed Effect leads to Subpopulation Exclusion within Heterogeneous Neoplasms: Modeling Studies. Radiation Res.  115:533-542.

72.    Leith, J.T., S. Michelson, L.E. Faulkner, and S.F. Bliven. (1987).  Growth Properties of Artificial Heterogeneous Human Colon Tumors.  Cancer Res. 47:1045-1051.

73.    Michelson, S., A.S. Glicksman, and J.T. Leith. (1987).    Growth in Solid Heterogeneous Human Colon Adenocarcinoma; Comparison of Simple Logistic Models.  Cell Tissue Kinetics 20:343-355.

74.    Michelson, S., B.E. Miller, A.S. Glicksman and J.T. Leith. (1987).    Tumor Microecology and Competitive Interactions. J. Theo. Biol.  128:233-246.

75.    De Boer, R.J., S.Michelson, P.Hogeweg. (1986).  Concomitant Immunity by the Fully Antigenic Counterparts Prevents Modulated Tumor Cells from Escaping Immune Elimination.  J. Immunology 136:4319-4327

76.    Michelson, S. (1986).    Comparison of Stochastic Models for Tumor Escape. In:Immunology and Epidemiology Lecture Notes in Biomathematics Vol 65. (Ed. G.W. Hoffman and T. Hraba). Springer-Verlag.

77.    Michelson, S., B.E. Miller, A.S. Glicksman and J.T. Leith. (1986).    Subpopulation Dynamics in Heterogeneous Tumor Micro-ecologies. Proceedings of the Von Neumann Colloquium MEDICOMP '86, Szeged Hungary, Nov 30 1986.

78.    Michelson, S., M. Ben-Bassat, A. MacNeil, M.H. Weil. (1982). Computer Implementation of the Hierarchical-Modular Approach to Treatment Protocols.  Meth. Inform. Med, 21:117-125

14

## Textbooks

The Biostatistics Cookbook:  The Most User Friendly Guide for the Biomedical Scientist.
1996. Seth Michelson and Timothy Schofield.  Kluwer Academic Publishers, Dordrecht,
The Netherlands. pp172.

## Selected Abstracts

Michelson, S. 1983. A Two-Compartment Model for Antigenic Modulation.  Eleventh IFIP
Conference on System Modeling and Optimization.  Copenhagen, Denmark.

Leith, J.T., S. Michelson, L. Faulkner, S.F. Bliven, A.S. Glicksman.  Time-Dependent
Cellular Composition of An Artificial Xenograft Colon Tumor.  UCLA Microbiology
Symposia, Steamboat Springs, CO. Jan 1986.

Michelson, S., L. Faulkner, S.F. Bliven, A.S. Glicksman, J.T. Leith.  In Vivo Growth
Kinetics of a Heterogeneous Human Colon Tumor: Admixture and Mathematical Model
Studies. AACR Spring 1986

Michelson, S.  Immunologic Tumor Escape: A Monte Carlo Simulation System.  Yale
Conference on Bioengineering and Computers in Medical Research Spring 1986

Leith, J.T., L.E. Faulkner, S.F. Bliven, S. Michelson, and A.S. Glicksman.  1986. Initial
Studies on the Significance of Cellular Heterogeneity on Responses of Solid Tumors to
Ionizing Radiation. I. Tumor Bed Effect.  A Conference on the Interaction of Radiation
Therapy and Chemotherapy.  Williamsburg, VA. September 28, 1986.

Leith, J.T., L.E. Faulkner, S.F. Bliven, and S. Michelson.  1987.  Influence of the Tumor
Bed Effect on Expression of Intraneoplastic Diversity.  Conference on Prediction of Tumor
Treatment Response. American College of Radiology. Banff, Canada, April 21, 1987.

Leith, J.T., L.E. Faulkner, S.F. Bliven, and S. Michelson.  1987.  Compositional Stability of
Artificial Heterogeneous Tumors In Vivo:  Use of Mitomycin C as a Cytotoxic Probe.
Conference on Prediction of Tumor Treatment Response.  American College of Radiology.
Banff, Canada, April 21, 1987.

Michelson, S.G., A.S. Glicksman, and J.T.Leith.  1987.  "Thinning the Herd": Modification
of Solid Tumor Growth Due to Cell Killing and Changes in the Tumor Micro-environment.
Conference on Prediction of Tumor Treatment Response.  American College of Radiology.
Banff, Canada, April 21, 1987.

15

Michelson, S. and A.S. Glicksman.  1987.  Power Dilution and Provider Non-Adherence. Eighth Annual Meeting, Society for Clinical Trials. Atlanta, GA. May 17, 1987.

Leith, J.T., L.Faulkner, S. Bliven, and S. Michelson.  1987.  Tumor Bed Expression in Xenografted Heterogeneous Colon Tumors.  36th Annual Meeting, Radiation Research Society.

Leith, J.T., S. Michelson, and A.S. Glicksman.  1987. Competitive Exclusion of Clonal Subpopulations in Heterogeneous Tumors as a Unique Expression of the Tumor Bed Effect: Fractionation Studies. ASTRO. October, 1987, New Orleans, LA.

Leith, J.T., S. Michelson, and A.S. Glicksman.  1988. Consequences of Non-Curative Radiation Therapy Upon the Clonal Composition of Artificial Heterogeneous Tumors. International Symposium on Therapy of Cancer. Vancouver, B.C., Canada.

Leith, J.T., L. Faulkner, G. Papa, P. Quinn, and S. Michelson.  1989.  In Vitro Radiation Survival Parameters of Human Colon Tumor Cells.  Third International Conference on Interaction of Radiation Therapy and Systemic Therapy. Asilomar, Monterrey, CA. March 9 - March 12.  1990.

Slate, D. and S. Michelson. A Mathematical Model for the Development and Reversal of Tumor Cell Resistance to Chemotherapeutic Agents. AACR June 1990, Washington D.C.

Leith, J. T., P. Quinn, L. Faulkner, G. Papa, and S. Michelson. Effects of Different Types of Feeder Cells on the Radiation Survival Characteristics of WiDR Human Colon Tumor Cells In Vitro: Growth Factor Production as a Covariate of Response.  Radiation Research Society. April 1990, New Orleans, La.

Morris, R., J. Wang, T. Flavin, N. Chu, S. Michelson, S. Alquist, A. Allison, and E. Eugui. Initial Preclinical Studies in Mice, Rats, and Monkeys using Mycophenolic Acid and it Morpholinoethylester Derivative to control Cardiac Allo- and Xenograft Rejection. American Society of Transplantation Physicians. Barcelona, Spain, June, 1990.

Leith, J.T., F. Hsieh, L.E. Quaranto, G. Padfield, and S. Michelson.  1991. Hypoxic Fraction in Xenografted Human Colon Tumors. 9th International Congress of Radiation Research, Toronto, Canada, July 7-12, 1991.

Chiu, S., S. Michelson, V.R. Freitas, E.B. Fraser-Smith, and R.C. Schatzman.  Using the Regression Model and the ANCOVA Model to Analyze Drug-Drug Interactions.  Fifth International Conference on Antiviral Research.  ISAR. Vancouver, B.C. March 8-13, 1992.

Freitas, V.R., E.B. Fraser-Smith, S., Chiu, S. Michelson, and R.C. Schatzman.  1991.  In

16

Vitro Efficacy of Ganciclovir alone or in Combination with Zidovudine Against Human Cytomegalovirus. Fifth International Conference on Antiviral Research. ISAR. Vancouver, B.C. March 8-13, 1992.

Michelson, S., E. Leung, C.R. Villarrubbia, L.A. Perkins, and R.M. Eglen. Analysis of Dose-response Relationships with Seemingly Unrelated Nonlinear Regression Techniques and Other Standard Statistical Programs. FASEB April 5-9, Anaheim, California.

Michelson, S. and H. Schulman. 1992. A Mathematical Model of CaM Kinase Activation. Society of Mathematical Biology Meeting. July 23-26, University of California, Berkeley.

Michelson, S. Tumor Dormancy: Signal Processing within a Growth Control Triad. 1993 Joint Statistical Meetings. August 8-14, San Francisco, Ca.

Michelson, S. 1993. Simulation of Multidrug Resistance. SIAM Conference on Simulation and Monte Carlo Methods. August 4-6, San Francisco, Ca.

Ingraham, B.A., S. Michelson, M.H. Bradshaw. 1993. Evaluation of Tests for Homogeneity of Variance for Data with Multiple Groups and Small Sample Sizes. SIAM Conference on Simulation and Monte Carlo Methods. August 4-6, San Francisco, Ca.

Laney, M., M.J. McRoberts, S. Chiu, J. Minor, S. Michelson, and R.C. Schatzman. 1994. Ganciclovir Does Not Antagonize the Anti-Human Immunodeficiency Virus Activity of AZT in A3.01 Cells In Vitro. Seventh Int'l. Conf. on Antiviral Research. Feb 27-March 4, 1994. Charleston SC.

17



**AC** SEARCH
GROUP

Cecilia Davidson

# Karthik Jayasurya

## OBJECTIVE

Recent graduate seeking a position as datamining analyst.

## EDUCATION

* **2006 – 2008    Masters (Exp Sep)    Computational Biology & Bioinformatics    Duke University, USA**
  *Relevant coursework:* Machine Learning, Statistical Inference, Algorithms in Computational Biology, Statistical Methods in Computational Biology, Introduction to Statistical thought, Computational Biology of Gene Regulation, Genome Technologies.

* **2002 – 2006    Bachelors    Biotechnology    Indian Institute of Technology (IIT), Guwahati**
  *Relevant coursework:* Pattern Recognition, Data Mining, Data structures & Algorithms, Advanced Computational Biology.

## PUBLICATIONS

* Computational prediction of orthologous enhancers using probabilistic metrics in D.melanogaster, Karthik Jayasurya, Manonmani Arunachalam, Uwe Ohler, *under preparation for PloS Computational Biology.*
* GMF: A fast and simple motif finder integrating genome-wide evidence of binding with overrepresented sequence patterns, Stoyan Georgiev, Karthik Jayasurya, Sayan Mukherjee, Uwe Ohler, *submitted to Bioinformatics*
* A fast and simple motif finder utilizing ranked list of sequences, Stoyan Georgiev, Karthik Jayasurya, Sayan Mukherjee, Uwe Ohler, *poster presented at 4th Annual RECOMB satellite on Regulatory Genomics at MIT/Boston, 2007*
* A Fast and Efficient Ensemble Clustering Method, P. Viswanath, Karthik Jayasurya, *In Proceedings of the 18th Intl. Conf. on Pattern Recognition (ICPR-06),* Hong Kong, IEEE Computer Society, Volume 2, pp 720—723, Aug 2006.

## EXPERIENCE

**Intern at Intelligent Knowledge Management**    *(Jun – Aug 08)*
Siemens Medical Solutions

* **Bayesian Network modeling of NSCLC survival**    **Dr. Shipeng Yu**
  Bayesian network inference of actual survival time for lung cancer patients is made from clinical data with missing features. Recommended a consensus topology from data-driven structure learning and domain knowledge to model two-year survival. Missing data inferred from the network structure proved to enhance the performance of regression models.

**Graduate Student in Computational Biology**    *(Aug06 – Sep 08)*
Duke University

* **Developed tool for Orthologous Enhancer prediction using probabilistic sequence-similarity metric**    **Prof. Uwe Ohler**
  Most similar sequence to a given enhancer sequence is predicted using non-alignment based enumerative strategy. Counts of words of a given size probabilistically measures the length-adjusted similarity and dissimilarity scores between two sequences.
* **Involved in development of a fast Motif-finding algorithm in ranked list of sequences**    **Prof. Uwe Ohler**
  Motifs are iteratively evolved by identifying corresponding genesets that are enriched towards top/bottom of the condition-specific ranking of genes. Suffix arrays execute a greedy search on IUPAC space using an objective function based on gene-level statistic.
* **Implemented A Hidden Markov model to posterior decode a given regulatory sequence**    **Prof. Alex Hartemink**
  Representing a set of motifs and nucleosome as a chain of states, the markov model iteratively learns probabilities from the upstream sequences in yeast. Posterior decoding accurately predicts their positioning probabilities along a given sequence.

## SKILLS

* Programming experience in C/C++, Java, Matlab, Perl, R, Bioperl

**Karthik Jayasurya**

   * Experience with data mining methods.

## HONORS AND AWARDS

* Graduate Student Fellowship (GSF) funding Masters education.
* Merit Scholarships funding entire bachelors and high school education.
* First Summer Research Scholarship student at University of Birmingham, U.K in 2003.
* Listed among the top 0.8% of 180000 students in the Entrance exam to IITs. (*IIT-JEE' 02*)
* Best Outgoing Student of the Year Award in tenth grade.

# *Kenneth Quon*



**Objective:** A challenging software development position where I can utilize my skills as well as learn new things.

**Experience:**

6/97-present   *Principal Software Engineer*          Riverstone Networks

-Designed and developed the linecard portion of a distributed PIM/IGMP multicast implementation utilizing the unique features of Riverstone Networks' next generation router.

*CMTS Software Manager*

-Led a team of 8 software engineers in the development and successful Cablelabs certification of DOCSIS 1.1 software for Riverstone's CMTS (Cable Modem Termination System) for OEM partnerships with Terayon and Tellabs.

-Delivered product in a timely manner to meet hard deadlines imposed by contractual obligations with OEM partners as well as Cablelabs' certification schedule.

-Worked closely with OEM partners and customers on software requirements and network solutions.

-Designed and developed key features of the DOCSIS 1.1 protocol including dynamic service transactions.

*CMTS Software Technical Lead*

-Developed key portions of the CMTS software architecture used for both DOCSIS 1.0 and 1.1 including the registration, ranging, and tracking of modems.

-Implemented VLAN support used in multiple ISP configurations and MAC learning of cable modems and clients.

-Worked closely with Cablelabs, UNH Interoperability Lab, Cable Modem vendors, and QA test group to ensure certification and interoperability.

*Software Engineer*                    Yago Systems / Cabletron Systems

-Implemented datapath portion of PPP compression and encryption on T1/T3 WAN card.

-Developed and debugged drivers for various WAN interfaces, including ATM OC12 and T1/T3 Wan blade.

7/96-6/97    *ASIC Design Engineer*            Hewlett Packard

-Designed and developed hardware interfaces in VHDL for FPGA and ASIC implementation of HP's proprietary Quickburst cable modem chip.

**Education:**

6/95      *M.S. Electrical Engineering*      Stanford University

5/93      *B.S. Electrical Engineering*      Boston University

**References**: Available upon request.

MⓄDICⓄM(                              (                    tony@modicom.com

**Medei Kitagaki**

## Objective
Actively seeking new opportunities as a Software Engineer, where I can apply my strong analytical skills and technical experience to create innovative solutions, build exciting products and grow as a software engineer.

## Summary
- Over 3 years of experience in developing data-intensive yet highly scalable web applications using Java, J2EE combined with various open source technologies.
- Experienced in collaborating with remote teams, both on the east coast and offshore to design and implement enterprise web applications.
- A highly adaptive and independent worker - single-handedly researched open source web UI technologies and rapidly developed workable prototypes, thereby reducing the overall development time.
- A results-oriented team player who is willing to go the extra mile to deliver products on time with high quality.
- Strong background in mathematics, data structures and algorithms.

## Technical Experience
**Senior Software Engineer**
**Liquid Engines , Inc., Santa Clara, CA, June 2005 - August 2008**
1. Designed and implemented a tax data warehouse from the ground up, in a hybrid of agile and XP development environment.
   - Single-handedly researched and evaluated various web UI technologies and rapidly developed proof-of-concept prototypes.
   - Designed and implemented an extensible reporting framework by leveraging     various open source libraries.
   - Designed and implemented a scalable algorithm for detecting problems in large corporate ownership structures consisting of thousands of companies and integrated it with the memory-resident, multi-dimensional hypercube.
   - Single-handedly collaborated with QA team to design and implement a comprehensive and extensible testing framework for data loading, data storage and calculation modules.
   - Integrated tax data warehouse with compliance systems such as CorpTax and InSource.
   - Co-invented an innovative approach for building a system for tracking tax data and building audit trail.
2. Designed, documented, and implemented an extension module to a state corporate tax planning application.
   - Collaborated with a Ph.D. team in Switzerland to design, document and implement the calculation and business logic layers.
   - Leveraged the combination of Spring and Hibernate to implement the persistence layer.
   - Implemented a mass data loading mechanism and integrated with pre-existing systems.
   - Integrated new module with an existing web UI infrastructure to achieve a common look and feel for the extension module.
3. Optimized performance of a corporate tax calculation application.
   - Achieved a ten-fold performance improvement in the loading and saving of the tax calculation data structure by enhancing the load/save algorithm.
   - Leveraged JBoss TreeCache, an open source caching library, to improve access speeds of the data model.
   - Administered the continuous integration of multiple projects using CruiseControl and Ant.

## Technical Skills

MODICOM
tony@modicom.com

- Highly proficient in Java, JSP, Javascript and HTML with a strong foundation in J2EE core libraries.
- Proficient in object-oriented design, relational database design and extensive hands-on experience in object-relational mapping.
- Proficient in MVC and Ajax-based web application design, as well as extensive hands-on experience with servlets and multi-threaded server-side programming.
- Proficient in Oracle RDBMS, JDBC, Ant, Hibernate, JasperReports, Pentaho Data Integration(Kettle), JUnit and Hibernate Annotations.
- Experienced in the process of profiling, identifying and resolving performance issues.
- Hands-on experience in de-normalized star-schema design, and temporal database design.
- Working experience with configuring and deploying web applications to JBoss and Weblogic Application Servers.
- Working knowledge of Tomcat, POI, CruiseControl, Subversion, JBoss TreeCache, Hibernate Annotations, Spring Web Flow, Acegi, and Eclipse.
- Avid user of IntelliJ, Subversion, Ant, CVS, SQLPlus, SQLDeveloper, Toad, JProfiler, and Hibernate Query Tool.
- Familiar with Ruby and C, with exposure to C++, Lisp and an Intel chip-based assembly language.

## Education

**Bachelor of Science in Computer Science with Cum Laude (GPA 3.69)**
**San Jose State University, San Jose, CA, 2005**
*Awards and Honors:*
- Cum Laude, Computer Science
- College of Science Dean's Scholar 2004-2005
- College of Science Dean's Scholar 2003-2004
- College of Science Dean's Scholar 2002-2003
- Outstanding Achievement in Physics, Spring 2003
- Outstanding Achievement in Physics, Fall  2003

## Patents and Publications

1. "Data Validity Documentation" with Li Ho and Ben Chien, a provisional patent 2257.008PRV (pending)
2. "On edge-graceful and edge-magic maximal planar and maximal outer planar graphs" with Dr. Sin-Min Lee
3. "On the complexity of edge graceful labeling of cubic graphs" with Dr. Sin-Min Lee

# Sandhya Kaippa

██████████████████████

---

**Validation Engineer**
Software /Equipment /Process / Procedure/Cleaning/Facility/Data Characterization in Medical Device Companies.

---

Over 6 years experience in all phases of development, Testing and Validation of softwares, equipments, Process, Lab equipments, Data characterization with recent experience Statistical and PLM tool Validation. Highlights of my experience are

- AGILE – PLM implementation

- Processes, Equipments, (Calibration, Cleaning, Commissioning and Decommissioning) and Facility.

- Software requirement specifications (SRS) and Risk assessment Reports

- MVP & IQ/OQ/PQ protocol design, documentation, testing, and preparing validation reports based on System Requirement Specifications.

- Data Migration and Verification using Statistical Sampling Methods

- R&D, operations Engineering and SPC software applications to conform to FDA and industry standards, 21 CFR Part 11 compliance, Sarbanes Oxley, cGMP, GxP and Quality Systems in medical device companies.

- Test results documentation, traceability matrix, and exceptions
- Document Change Orders to change the lifecycle of the documents

- Maintaining Electronic copy of the Validation Suite in a Controlled environment that supports GxP activities
- Participating in Audits

- Debugging and Trouble shooting to ensure smooth functioning of applications in QA and Prod environments.
- NCRs and resolving CAPA conforming to document management system

---

## TECHNICAL QUALIFICATIONS

- Programming Languages: Java, Servlets, JSP, JDBC, HTML4.0, DHTML, JavaScript, PL/SQL, Stored Procedures, VB5.0/ 6.0, ADO, Delphi5.0/6.0,VBA,TCL/TK
- Hardware and Operating Systems: Windows NT 4.0, Windows 98 & 95
- Databases: Oracle8.0, MS-Access, Sybase Systems 11.9.2, DBArtisan, SQLAdvantage.
- Servers and Special applications: Agile PLM, InfinityQS-ProFicient SPCEE, JMP6.0,IBM VisualAge, WebSphere 3.x, eMatrix 8.5, VJ++, IIS, DreamWeaver 3.0, MasterControl, DCAS, and Roxio Easy
- Version Control: VSS, eRoom6.0, StarTeam 4.0 and CaliberRM
- SPC tool: InfinityQS-ProFicient SPCEE
- Test tools: WinRunner, TestDirector, QTP
- Functional Areas: Process Engineering, Operations and R&D

---

## TRAININGS AND WORKSHOPS

- InfinityQS – ProFicient SPCEE
- Jump 6.0
- Agile User and admin modules for validation - Conor Med systems (Johnson & Johnson), CA, USA
- Elements of a Quality System - LifeScan (Johnson & Johnson), CA, USA
- Blood borne Pathogens and Human Resource Materials - LifeScan (Johnson & Johnson), CA, USA
- Healthcare Compliance Training & Certification - LifeScan (Johnson & Johnson), CA, USA
- CMM Level-5 and ISO 9001 processes - Chennai, India
- eMatrix - Chennai, India

---

## PROFESSIONAL EXPERIENCE

- Conor Med Systems, USA – Johnson & Johnson Group of Companies,
- Cholestec Inc, USA,
- LifeScan Inc,USA - Johnson & Johnson Group of Companies
- FocusInfotech, India
- References : Available upon Request

## Conor MedSystem (Johnson & Johnson Group of Companies)                                    2006 – 2007

**Role : Validation Engineer**
- Collected requirements for the Configuration and Validation of InfinityQS-ProFicient – SPC tool from QC users. Designed the Database and User Interface to enter data. Configured the Graphical Chart to represent Control Limits, Specification Limits and Alarms per procedure. Created roles and privileges to Users. Verified statistics like Process Mean, SD (ST), SD (LT), CPk and PPk. Imported data and Created charts to represent Process capability analysis and Defects per lot. Generated reports with Graphs and Data. Created work instructions to the user.

- Collected requirements for the Validation of Agile – PLM system from Stake holders. Created System Requirement Specifications Document. Conducted Risk Analysis Meetings and created Risk Assessment documents. Created Server Installation Qualification (IQ) document and validated the server installation per protocol. Created test protocol and verified operational qualifications (OQ) per business processes. Created Performance Qualification protocols (PQ) per tolerance and license specifications. Performed stress testing and Data migration plans to qualify the system for use in production. Produced validation test reports with results and Exceptions. Providing support to users after implementation.

- Created Test Protocol for Mandrel Dying software in R &D and validated the system per business requirement. Produced Test report and Traceability Matrix. Installed the system in production and performed PQ. Updated the validation asserts per business requirements.

- Formulated a plan and designed a software tool in VBA to calculate the Drug Accountability. Collected requirements from system users and verified calculations against requirement documents. Validated the software with hands on work effort on software application testing and supporting.

- Validating an Excel based software tool used for accelerated fatigue and strain tests on stents in R & D Providing Test approaches. Creating Software requirement documents, validation plans, test cases and test reports with traceability matrix based on FDA, industry standards. Verifying the formulas against ASTM and Design specification documents. Validating Software documents and Test asserts based on business processes.

## Cholestech Inc                                                                              2006 – 2006

**Role: Software Validation/QA Engineer**

- Validated a new product data analysis and verified statistical calculations such as precisions and accuracy. Performing NCCLS–EP5 Procedure and verifying Pass/Fail dispositions for individual analytes (Lipid ALT). Conducting Design review meetings. Providing Test approaches. Participating in Risk Analysis meetings. Creating Software requirement documents, validation Plans, Test Cases and Validation Reports with traceability matrix based on FDA, industry standards. Verifying statistical calculations against requirement documents. Validating Software documents and Test asserts based on business processes.

## LifeScan (Johnson & Johnson Group of Companies)                                           2005 – 2006

**Role: Validation Engineer**
- Collected requirements and worked on identifying cGMP, Health & Safety, HW, SW, Electrical, Mechanical and Business requirements. Performed requirement type analysis with thorough understanding of Plant Diagrams (Printers and Dryers), Circuit Diagrams and Database. Developed methods and procedures for validation in accordance with cGMPs, Part 11 and other regulatory requirements with a thorough knowledge of HMI & SCADA. Created detailed test cases for manual testing and Traceability Matrix. Prepared Traceability Matrices which include traces through User Requirement Specifications (URS), Functional Design Specifications (FDS), Equipment Operational Qualification documents EOQ), Process Operational Qualification documents (POQ), Work Instructions (WI) and Critical Parameter list (CPL) in accordance with FDA regulatory requirements.
- Validated multiple applications migrated from windows 2000 OS for Operations group. Gathered requirements for the application migration prepared and performed risk analysis, test cases, Configuration management reports and debugging existing software applications. Played a core member role in validation and Design Transfer activities. Met all due dates and ensured accurate timely functioning of software in production.

- Worked closely with Business group, Design Change Team, Statisticians, Engineering, Manufacturing and Operations team to analyze Pass/Fail Disposition criteria, Statistical Calculations and chances of error occurrences for that lot.

- Validated software that creates an extract utility to extract data from the UTD Warehouse (Oracle Database) into a flat file. Prepared test cases to that involve validation of a) Generation of data file,b)Successful transfer of the data onto Unix Server, c) Checking the integrity of data file using a utility called md5 (Message Digest Algorithm 5). This utility has been used to compute the cyclic Redundancy Check (CRC) of a file on Unix or Windows.

**Other Responsibilities**

a) Validation of Lab equipments like instrument Calibration, Cleaning, Commissioning and Decommissioning,
b) Validation of new equipments installation and facility,
c) Updating site level Work instructions and procedures per change in process,
d) Writing and executing test scripts,
e) Assembling characterization data and test evidences in the validation package,
f) Routing the Validation protocols for approvals in web based Product Lifecycle system,
g) Submitting the approved validation binder to Document Control Library,
h) Designing and Developing methods and procedures for validation in accordance with cGMPs, Part 11 and other regulatory requirements,
i) Executing Performance, Scalability and Stress testing for Key LifeScan Applications
j) Programming for white and black box testing with thorough knowledge of Database,
k) Maintaining Electronic data of the software and Test results in areas that support GxP activities, Preparing Traceability Matrices which include traces through SRS, SDS, Work Instructions and Critical Parameter list in accordance with FDA regulatory requirements and GAMP,
l) Preparing Configuration Management Reports, Risk Analysis Reports and Issue Tracking Log
m) Troubleshooting and debugging problems to ensure smooth functioning of applications in validated (QA and Production) environments.

## Focus Infotech                                                                 2000 – 2004

**Role : Software Developer / QA Test Engineer**
- As the core QA team member, tested application modules for the web-based application to manage loans for different periods. Tested user functionality to apply for loans such as personal loans, credit cards and ATM/ Debit cards online. Prepared test scenarios based on business requirements. Developed and executed automated scripts in Test Director. Performed Black Box and manual testing of the application. Developed baseline scripts for data-driven automated regression testing.
- Redeveloped an existing VB front end to the AIG-Property.com with a web- user interface to provide equivalent functionality. Developed data model, prototypes and designed object models using Rational Rose 2001 using JSPs.
- Developed a web application for reporting the maintenance schedules and profiles of gas turbines installed across the globe. Built this application by customizing the CPC tool called eMatrix. Used MVC approach to separate content and presentation. Extensively employed Java Script to validate various forms used in the UI.

**Other Resposibilities**

- Performing Requirements Analysis and developing high-level end-to-end scenarios from business requirements,
- Preparing Functional Specification, system design Enhancements, Screen Prototyping using extensive knowledge in Life Insurance SRS,HLD,LLD and Eligibility Modules, detail test cases for manual testing and Test reports.

## EDUCATION AND CERTIFICATIONS

- M S (Physics & Advanced Electronics)
- Master of Philosophy in Plasma Physics
- Diploma in Java Programming, Greenville, South Carolina, USA
- Diploma in Advanced Event Driven Programming,VB, Greenville, South Carolina, USA

**References :** Available upon request

## SARITHA JANDHYALA

---

## Profile

➢ Software Engineer with a solid academic background and over 4 years experience in information systems, enterprise software development, and application of IT to business solutions.
➢ Recipient of Cisco Employee Achievement Awards and Cisco IT Excellence Awards.
➢ Experienced in Java, PL/SQL with good design and troubleshooting skills.
➢ Solid knowledge of Object-Oriented Programming and Database concepts with experience in Oracle Database.
➢ A problem-solving self-starter with good communication skills, enthusiasm, and pragmatism.

## Education

| | | |
|---|---|---|
| ➢ M.S. Computer Science | University of Texas, Dallas | May 2002 |
| ➢ B.S. Computer Science | Jawaharlal Nehru Technological University, India | June 2000 |

## Technical Skills / Knowledge

| | |
|---|---|
| Programming and Scripting Languages | Java (AWT, Swing), J2EE (JSP, Servlets), Struts Framework, Oracle Applications Framework, C/C++, JDBC, XML/XSLT, SQL, Perl, HTML 4.0, JavaScript |
| Database | SQL, PL/SQL, Oracle 8i, Oracle 9i |
| Tools | Eclipse, JDeveloper, ClearCase, InstallAnywhere, JUnit, UIX, WinRunner, RationalRose UML, MagicDraw UML, EMARS, TOAD, SQL Navigator |
| Application Servers | BEA Weblogic, Oracle 9i App Server, Apache Tomcat 5 |

## Professional Experience

**Senior IT Engineer, Cisco Systems, May '05 – present**
*Environment*    Struts 1.2, Servlets, JDBC, PL/SQL, SQL, Eclipse, EMARS, JavaScript, Tomcat 5.0, Oracle Applications (ERP), TOAD

### *Restriction on Hazardous Substances (RoHS)*
Restriction on Hazardous Substances is a European Union regulation banning the use of six hazardous substances in all electronic equipment shipped into the EU after July 1, 2006.
➢ Designed the framework for a Struts-based user interface for the RoHS Bulk BOM Grading system and led the team through the implementation/execution phase. Implemented the system to assist Manufacturing Plants at Cisco achieve RoHS compliance. Built the UI layer on Tomcat 5.0, using Struts 1.2, JSP, Servlets, and Eclipse IDE with Struts MyEclipse plugin. Developed backend code using SQL and PL/SQL stored procedures over Oracle Inventory (ERP) tables.
➢ Performance tuned the Backend system using trace files, TKProf and Explain plans.
➢ Implemented the *Yes/No Loader* system using JSP, Servlets on Eclipse platform using Struts Framework to enable Manufacturing Plants' personnel input Supplier Parts' Compliance Information into the Environmental Material Aggregation and Reporting System (EMARS) System. Integrated the system with RoHS BBG system and performed extensive Integration testing of the whole system.
➢ Received Employee Achievement and IT Excellence Awards for contribution towards the RoHS Initiative.

### *PNR-AVL Change Tool (PACT)*
The *PACT* tool is used by Commodity Managers at Cisco Manufacturing Plants to order new Parts and update Parts' Approved Vendor Lists.
➢ Modified the *PACT* tool to incorporate *RoHS* changes using JSP, Servlets, PL/SQL, Struts Framework and Tomcat Servlet Container. Performance tuned the application using Explain plans, TKProf.
➢ Integrated the system with ROHS BBG system and conducted extensive Unit and Integration testing.

### *Item and BOM Information Zone (InBiz)*
InBiz is used by Manufacturing Plants, New Product Introduction Engineers and Commodity Managers to view Item Details and Bill of Materials.
➢ Participated in performance tuning the backend PL/SQL stored procedures using TKProf, Explain Plans, hints and indexes.

**Senior Applications Engineer, Oracle Corp., June '03 – April '05**
*Environment*   J2EE (Oracle Applications Framework), JSP, JDBC, PL/SQL, SQL, JDeveloper, JUnit, UML, XML,
XMLSpy, XSLT, JavaScript, Oracle Forms, Reports, Linux, Solaris

*Oracle Transportation*
Oracle Transportation is a key component of Oracle e-Business Suite.
 ➢ Implemented a module called Lane Services using J2EE MVC-based Oracle Applications framework on Oracle
JDeveloper IDE.  Deployed the application on Oracle 9i Application Server. Designed and developed User
Interfaces for Lane Search, Lane Create/Update/Delete and Rate Chart assignments to Lanes. Performed extensive
Unit and Integration testing of the system.

*Oracle Legal Entity Initiative*
The Legal Entity System helps users to model their enterprise's legal organizational structure in Oracle Applications.
 ➢ Implemented Legal Entity Data Upgrade from Oracle 11i Applications Datamodel to Release 12 Datamodel..
Developed code using PL/SQL to migrate Legal Entities, Establishments, Registrations and Legal Authorities.
Performance tuned the PL/SQL code using TKProf.
 ➢ Developed APIs to create/update/delete Legal Entities, Establishments and Registrations using PL/SQL.
Documented APIs as an interface for other teams.
 ➢ Designed and developed a system for Legal Entity Creation and Update utilizing the J2EE-MVC Oracle
Applications framework on Oracle JDeveloper. Deployed the application on Oracle 9i Application Server.
Performed extensive Unit and Integration testing of the system.
 ➢ Created High-Level and Detailed-Level Design documents.

*Oracle Financials EMEA Globalization*
Oracle Financials EMEA Globalization deals with the Globalization of the Oracle e-Business Suite Financial Applications
for the European territory.
 ➢ Involved in the maintenance of and resolution of bugs for Oracle Financials European Globalization (JE) project.
 ➢ Created automated release updates (patches) for customer bugs.

**Software Developer, Efficient Computing, Inc., April '03 - June '03**
*Environment*   PL/SQL, SQL, Oracle Forms 6i, Oracle Reports 6i, Oracle 8i
 ➢ Developed and maintained *Online Customer Survey*, an entirely web-based survey application that supports
creating multiple surveys, remote administration and remote monitoring using Oracle 8i HTP and OWA packages
and PL/SQL.
 ➢ Developed a secure application to track project assignments and handle customer billing using Oracle Forms 6i.

**Development Intern, Viewlocity, Inc., Aug '01 - June '02**
*Environment*   Java, JSP, JDBC, Oracle 8i, SQLPlus, WinRunner
 ➢ Performed functional and regression testing of the Supply Web Applications 3.0 Suite using WinRunner.
 ➢ Developed JSPs to communicate with the business logic of the Shipment Monitor module. Implemented the
Database interface using JDBC. Deployed the application on Weblogic server.
 ➢ Created daily builds and maintained build Scripts using Perl.
 ➢ Created Installers using InstallAnywhere.

**HONORS/ACHEIVEMENTS**
 ➢ Recipient of Cisco IT Excellence Award and Cisco Employee Achievement Award.
 ➢ Honorary Gold Medal for academic excellence in Undergraduate studies, 2000.
 ➢ State Merit Scholarship for academic excellence in High School, 1994.

**References**
Available upon request.



**SEGULA TECHNOLOGIES**
2240 Douglas Blvd.,
Suite 110,
Roseville, CA 95611

CANDIDATE PRESENTED BY
**Valerie Berry**

Phone: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

## <u>Shilpa S Bhat</u>

### OBJECTIVE

Seeking a challenging career to demonstrate my strong technical knowledge on Software testing coupled with hands on experience in Software Development cycle.

### EXPERIENCE SUMMARY

- 4 years of Software Testing and Development experience in large web based product and service companies
- Involved in complete **Software Development Life Cycle** (SDLC) starting from requirement analysis, design, implementation and verification
- Experience in preparing **Test Plan** & **Test Cases**, Test Case Execution and analysis of test results
- Proficient in various kinds of testing like Functional, Negative, Regression, Smoke, Integration, Pre-Acceptance, Browser compatibility, **Black and White box testing**
- Hands-on experience in writing **JUnit Test cases** to perform and validate End-to-End testing, Positive, Negative and Boundary value testing
- Actively involved in auditing intra and inter Project documents (Impact Analysis, Code Review Documents)
- Good knowledge in performing **Unit and Integration testing**
- Experience in test automation using **SilkTest**.
- Hands-on experience in understanding, analyzing **BEA Weblogic Portal Framework**
- Good experience in using SQL queries for Database Testing.

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **Company** | : **Qwest Software Services,**   (Oct 2007 to May 2008) |

*Qwest is a leading provider of voice, video and data services for people at work, home across America and the world. Qwest's innovative offerings evolve to meet customers' ever changing communications and entertainment needs*

| | |
|---|---|
| **Project** | : **Self Service Portal (SSP)** |

*The goal of the Strategic Portal Migration effort is to migrate the QControl Portal from Vignette portal to BEA Weblogic Portal using the Kapow clipping robot as a transitional middleware component to integrate the existing back-end portlets into the new portal framework.*

*A key benefit to this strategy of using Kapow to quickly migrate is that it will allow us to execute on this migration without needing to migrate each back-end portlet to BEA Weblogic Portal at the same time*

| | |
|---|---|
| **Environment** | : Java2, SERVLETS, JSP, JavaScript, Weblogicserver10.1/10.2, Kapow RoboSuite Server 6.2 HotFix |
| **Tools Used** | : Quality Center, TOAD, SilkTest 6.5.1, Win CVS, Bea Weblogic |

**Responsibilities:**
- Preparation of Test Plan & Test Cases for Ordering, Billing and Repairing modules.
- Execution of Test Cases and reporting test results.
- Identifying, reporting and maintaining bugs in Quality Center.

- Identifying functionalities for automation and preparing test suits (Test Scripts & Test Plans) using SilkTest.
- Involved in code-review meeting for self and peers
- Experience in documenting and maintaining Test Plan, Design and Code Review documents
- Exposure to client interaction for understanding and clarifying requirement specifications, business scenarios and Use Cases
- Mentoring new resources and helping them to understand product architecture

**Team Size** : **11**

**Company** : **Tavant Technologies Pvt. Ltd.,** (Mar 2005 to Sep 2007)
*Tavant Technologies is an IT solutions and services provider that employs cutting-edge and emerging technologies to provide game-changing results for its customers. Tavant specializes in building solutions and providing end-to-end services in the domains of Service Operations, Consumer Lending, eBusiness and Trading & Securities.*

**Project 1** : **First Horizon (FH)**
*First Horizon specializes in offering mortgage loans to their customers. First Horizon offers customers a comprehensive range of financial services, including mortgages through First Horizon Home Loans and banking services. This system involves creating leads, checking for credit history, creating scenarios/ proposals, processing further for Funding Loan.*

**Environment** : Java2, SERVLETS, Flex 2.0, Weblogicserver9.1, Jasper and Hibernate
**Tools Used** : ClearQuest, TOAD, SilkTest 6.5.1, Win CVS, Eclipse,

**Responsibilities:**

- Understanding the project's features and functionality
- Preparation of Test Cases
- Reporting the defects using Rational ClearQuest bug-tracking tool.
- Involved in preparation of test scripts using SilkTest.
- Hands-on experience in development of a complete module : DMS (Document Management System)
- Implementing Change Requests depending on customer business requirements and use cases
- Interaction with Business Analysts to understand business scenarios
- Bug fixing on the development, UAT and production issues identified during testing
- Involved in code-review meeting for self and peers
- Customization of FH product to suite new customer requirements

**Team Size** : 7

**Project 2** : **Advanced Sales Accelerated Production (ASAP)**
*The ASAP system has been designed to achieve the singular goal of enhancing retail productivity. By integrating the sales, processing and audit work-streams into one parallel application, ASAP will improve productivity by removing the systemic inefficiencies and inaccuracies that plague Ameriquest Mortgage Company's (AMC) current process flow as well as provide management visibility into the system at the most granular level.*

**Environment** : Java1.4, SERVLETS, JSP and JavaScript, Weblogicserver8.1, JDBC, EJB, Webservices
**Tools Used** : Bugzilla, TOAD, Win CVS, IntelliJIdea, Altova XML SPY, SVN, Bea Weblogic

**Responsibilities:**

**In QA:**

- Understanding the project's features and functionality
- Preparation of Test Cases
- Execution of Test Cases
- Rigorous random and manual testing on the system
- Functionality, compatibility and regression testing
- Reporting the defects using Bugzilla & Rational ClearQuest bug-tracking tool.

**In Development:**

- Actively involved in fixing the issues or bugs identified
- Implementation of Change Requests
- Participate in team meetings and code reviews

**In Deployment:**

- Configuring the Bea Weblogic Server according to the needs of the Project.
- Building the Code and deploying on the Server.
- Performing Integration Testing to ensure the end-to-end scenarios work as expected after integrating the code

**In SEPG – SQA:**

- Actively involved in auditing all the Project documents (Impact Analysis, Code Review Documents)

**Team Size: 15**

## TECHNICAL SKILLS

| | |
|---|---|
| **Programming Languages** | Core Java, J2EE, Struts, Servlets, Web Services, EJB, Hibernate, Jasper, JDBC, C, C++ |
| **Test Automation Tool** | SilkTest |
| **Web Technologies** | JSP |
| **Scripting Languages** | HTML, XML, JavaScript, Cascading Style Sheets (CSS), Ant |
| **Application Servers** | BEA Weblogic 8, 9, 10 |
| **RDBMS** | SQL Server 2000, Oracle 8i |
| **GUI/ IDE** | IntelliJIdea, Eclipse 3.2, TOAD, Altova XML Spy |
| **Configuration Tools** | Rational ClearCase, CVS, Perforce, Subversion (SVN) |
| **Bug Tracker** | Bugzilla, ClearQuest, HP Quality Center |
| **Operating Systems** | Windows, Unix/Linux |
| **Packages known** | MS-Office 97/ 2000 |

## EDUCATION

**B.E, Electronics and Communication (2000 - 2004):** Visveshwaraiah Technological University – Bangalore, India

## Soft-skills

- Strong Written and Oral Communications
- Good interpersonal skills
- Self-motivated, enthusiastic and pro-active
- A good team member and if needed can be an individual contributor too.

**Trial Exh. 27002 Page 124**

### SKILL MATRIX FOR THERANOS QA, SW QUAL ASSURANCE POSITION

| SKILL | NUMBER OF YEARS | WHERE USED, COMMENTS |
|---|---|---|
| Biostatistician | | |
| **Position Responsibilities:** | | |
| Software, Data testing/content validating experience in Java/J2EE OO dev environment | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom<br><br>My expertise on Finance, Mortgage Domain products are built on Java/J2EE OO environment. |
| Should have exp with embedded systems | | Embedded Systems was used in my school curriculum |
| Should have experience with the Linux OS | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom<br><br>Use to deploy QA environment for testing. |
| | | |
| Qualitative and Quantitative tests or evaluations of produces, processes, systems | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Produces test and performance reports | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Focus on Verification and Data validation activities | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Content validation techniques highly desirable | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Create test plans for SW based UI & Functionality documentation | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Execute Test Cases | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Ensure performance & Quality of products conform to our standards | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Develop automated testing | 2 | 1.   Qwest Telecom |
| Coordinate with customers to ensure satisfactory system performance | 3 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Develop test data, perform test data analysis prepare reports | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Support user acceptance testing | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| | | |
| **Requirements:** | | |
| 2 yrs as a SW tester | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |
| Experience in project planning, scope estimates, design verification in a JAVA/J2EE OO envir. | 2 | 1.   Tavant Technologies<br><br>I have a good designing and implementation experience during my stint in Tavant. |
| Experience testing in an ORACLE DB is helpful, along with web UI test automated test tools such as Rational Robot, | 4 | 1.   Tavant Technologies<br>2.   Qwest Telecom |

| | | |
|---|---|---|
| Manual Test, Test Manager (or other related tool) | | Good experience in writing complex SQL queries. Used SilkTest (UI/Functional Automation Tool) for automating the GUI features. Used Test Director/ Quality Center to maintain requirement specifications, Test cases, Test Results and Bugs. |
| Experience creating test plans for SW based on UI and functionality documentation | 4 | 1. Tavant Technologies<br>2. Qwest Telecom |
| Experience with Windows and Linux | 4 | 1. Tavant Technologies<br>2. Qwest Telecom |
| Experience creating test plans | 4 | 1. Tavant Technologies<br>2. Qwest Telecom<br><br>Creating Test Plans for each build releases depending on the features to be tested. |
| Familiarity with GUI standards a plus | 4 | 1. Tavant Technologies<br>2. Qwest Telecom |
| | | |

SUKHDEV SINGH BAINIWAL

**Job Objective:** Lead Software Test Engineer

**Summary:**
Over 10 years of Software testing and 5 years of Hardware testing experience. Have worked as a project lead for a global QA team in India, Canada, China, and Vietnam to deliver projects on time with highest quality. Lead QA teams in testing of System Management, Service Provisioning, Telecommunication Switch Administration Tools, and Test Automation. Worked closely with Development, Documentation, Release Engineering, partner groups, internal and external customers, and Marketing to understand product requirements. Responsible for writing Master Test Plans, Test Specifications, Bug Summary reports, Bugs life cycle process, Alpha/Beta/RR/GA bug criteria. Experience with testing of telecommunication hardware and software which included Nortel Networks, VoIP boards, Core meridian processors, Meridian administration tools, and Telephony Signaling modules. Self motivated, team player, excellent communication skills, and customer focused. Nominated for Achievement, Commitment, Contribution, and Excellence Awards.

**Work Experience:**

**Staff Engineer – Sun Microsystems Inc.  5/99  - Present**

QA Project lead for N1 Service Provisioning System, N1SPS, application provisioning software. Leading the team to deliver N1SPS 5.0, 5.1, 5.2, and N1OSP Plugin. Responsible for coordinating the complete testing efforts from design to RR which includes functional and regression testing, bug verification and documentation reviews.

- Lead the Plugin test team for Testing of N1 OS Provisioning ,N1 OSP Plugin
- Documented Master Test Plans for 3 SPS releases
- Tested and automated Public API using Jython scripts
- Coordinated Automation test efforts for SPS with India and U.S. teams
- Mentor Junior Engineers in the core SPS QA Team.
- Took active role in the N1 Test Architecture Team
- Provided test configuration guidelines to be used to cover several supported OS's , Solaris, Linux, Windows, HPUX
- Documented Test Spec. for Functional Features in SPS
- Coordinated Chair bug court meetings for bug fixing and verification to meet RR criteria
- Represented QA in Core Product Team  and Integrated-team meetings

QA Project lead for the Sun Management Center (SunMC), System monitoring and management tool for Enterprise Servers. Lead for testing  performance baseline and stress test for SunMC. Lead the QA team to deliver SunMC 2.1, 3.0, 3.0U1, 3. 5, 3.5U1, Patches and Plugins for SunMC.

- Lead  the QA team in India, Canada, China, and U.S. for the testing of SunMC
- Prepared QA resource and milestone schedules for QA team
- Visited customers to understand their needs and troubleshoot customer escalations
- Setup Demo for customers, partner groups  and Sun Executives
- Presented SunMC product at the Sun Technical Symposium (STS)
- Documented Master Test Plans for 5 SunMC releases
- Wrote Test Cases for functional test of Core components (Agent, Server, and client) and modules.
- Lead the SunMC Performance baseline testing effort and published configuration guide for customers
- Wrote automated tests using the x-runner and Tonga
- Coordinated Chair bug court meetings to resolve bug issues for timely delivery of product.
- Reviewed Product Requirement Docs, Design Specs., Project Plans, Test Specs., User Documentations.
- Lead the team in Testing CD and Web Downloads for RR and GA before giving "Go" to the product.
- Lead the testing of Performance Reporting Manager Plugin
- Tested Usability of the product and write Ease Of Use (EOU) bugs for a more user friendly product

**Software QA Engineer – Nortel Networks 12/97 – 5/99**

- Nominated for ACCE (Achievement, Commitment, Contribution, and Excellence) Award
- Wrote automated tests for MAT using WinRunner
- Lead automation Engineering team in Vietnam.
- Performed Functional and Regression testing of Meridian Administrative Tools (MAT)
- Tested the Cybele Release of Meridian 1, Switch with ATM Backbone
- Tested the Telephony Signaling Module (TSM) which is responsible for processing of Meridian 1 trunk signaling.
- Initiated and Support process Improvements to the testing of Nortels Meridian Switches.
- Demonstrated active role in Defect Prevention Process (DPP)

**Manufacturing Test Engineer – Nortel Networks 12/96 – 12/97**

- Wrote automated tests using the Teradyne Z1800 Series Digital/Analog and Vector programs for New Meridian 1 Telecommunication switches.
- Troubleshoot failed boards and send for rework
- Initiated Process improvements to increase output of Test Assembly line
- Provided input on testability of new boards to Design Engineering
- Worked with New Product Introduction (NPI) Engineers to successfully meet deadlines of testing from prototype testing to release boards.

**Test Engineer - Space Systems/Loral, Palo Alto   5/93 - 12/96**

- Interfaced with electrical design engineering, quality control engineering to discuss design quality control issues and design improvement strategies.
- Troubleshoot SCE (Space Control Electronics) hardware and test stations.
- Wrote test programs using C and ATL01 and develop test procedures to test SCE.
- Conducted functional tests of electronic assemblies and sub-assemblies by using ATE (Automatic Test Equipment), oscilloscope, frequency generator, logic analyzer, DMM, ATL software (Automatic Test Language).
- Performed acceptance tests on Telemetry, Command, Data Concentrator, Central Processor, Shunt, Power Control, and Power Integration units for  Space programs such as GOES (weather satellite) for U.S. government, N-Star (Communications satellite for Japan), and Intelsat (Communications satellite)
- Wrote dispositions to Test troubleshoot failures, perform stress analysis on SCE units, and give OK to test hardware after inspecting test hook-ups for any faults.

**Computer Sales Engineer:  Addax Computers, Santa Clara**    2/93 to 4/93

- Assessed customer needs and provided computing solutions in the area of high-tech manufacturing.

**Support Engineer:  IBM, San Jose**    9/88 to 1/89

- Set up IBM computer, wrote test programs, and implemented test procedure for direct access storage devices.

**Languages:**  JAVA, Jython, Shell scripting, C, C++, HPGL, ATL01, XML, WinRunner, Xrunner, TestDirector, TONGA, Teradyne Z1800 analog/digital/vector/Delta Scan Programming,

**Operating Systems Knowledge:**  Solaris, Macintosh, MS-DOS, Windows, HPUX, Linux

**Education:**  B.S. Electrical/Electronic Engineering, December 1992
California State University, Chico
M.S. Telecommunications Systems Management



# VIET TRAN

**OBJECTIVE:**
Seeking a challenging position in embedded-system software development.

**QUALIFICATION:**
- 9 years of experience in firmware and diagnostic software.
- Experienced with multi-processor and networking system design and implementation.
- Familiar with customer support and manufacturing product support.
- Knowledge of MIPS and Power-PC architectures.
- Familiar with Solaris, Linux, and Nucleus.
- Proficient in C, C++, Assembler, Java, and scripts.
- Excellent skills in technical presentation and documentation.
- Excellent in communication and inter-personal skills.

**EXPERIENCE:**
*4/ 05 - present: Software Engr. SUN Micro-systems. Santa Clara, CA.*
*Supernova Server*

- Provide initialization code and AMB BIST (built in self test) code for FBDimm (Fully Buffered Dimm). A Supernova Server can have at least 80 to 640 FBDimms.
- Responsible for the diagnostic software of all devices that are non ASICs or Processors on the domain side of the server such as memory, more than thirty I2C devices (sensors, switches, controllers, buffers, GPIO), service link, and boot link … etc.
- Developed device drivers and diagnostic software and brought up a new service processor of the Supernova Server. The service processor included a Motorola 8347 Power-PC and many add-on devices such as: i2c devices, Broadcom PHY 5461, memory, security chip, boot flashes, FPGA ...etc. The service processor booted the domain systems and managed its applications and services of the domain side.
- Reviewed and provided inputs to system architect documents. Created functional specification documents for the firmware and diagnostics of the work mentioned above.
- Worked with Flextronics' engineers to add additional tests for the manufacture and provided supports upon their requests.

*11/2002 – 04/2005: Software Engr. SUN Micro-systems. Newark, CA. Eagle Server*

- Provided diagnostic software and firmware to bring up a service processor board based on the Motorola PowerPC 8540 for the Eagle System. The service processor was similar to the Supernova's with some minor hardware modifications.
- Designed and implemented a boot sequence for SUN's high-end servers at the application level. This sequence decided the initialization process and activated the diagnostics automatically according to the dependent orders of devices.
- Involved in the system architecture design of both software and hardware.

### *2000 - 09 / 02: Software Engineer.  Cabletron / Riverstone Networks.  Santa Clara.*

- In charge of the overall diagnostic software of Riverstone's products and worked with other members to develop diagnostics for other products. The diagnostics was used for the internal debugs, in-house tests, and as well as manufacture. Riverstone Networks supplied high-density aggregation switches and routers to WAN.
- Developed firmware and embedded diagnostic software to bring up FE and GE cards of Riverstone's systems such as 16 port FE, 24 port FE, 32 port FE, and 8 port GE cards. Fully responsible for these FE and GE cards by providing firmware, diagnostics, tests, and supports in system integration and debugging.
- Modified and added drivers to bring up new optical ASICs.
- Participated in hardware design reviews and provided input to software architectures.
- Tested and validated new software and hardware releases to ensure performance, availability, and recovery of Riverstone's systems.
- Worked with Flextronics to setup test benches and finalized products for shipment.
- Provided supports to customers, manufacture, and field engineers when critical problems occurred.

### *1998 - 2000: Firmware Engineer. Identix, Inc. Sunnyvale, CA.*

- Developed device drivers for FingerscanV20 including a DFR200 image sensor, a LCD module (SHARP LM16A21), and a keypad on UNIX and Window 95.  FingerscanV20 provides personal identification and supports Ethernet, smart card, and RF modem.
- Designed and implemented digital image-processing algorithm for DFR200 to capture a finger image, check image quality, enhance image quality, and detect a false finger image and latent dynamically. DFR200 contained a VV5404 CMOS integrated monochrome image sensor, an 8-bit A/D converter, and 4 wire data bus for both digital video data and embedded timing reference.
- Developed Linux drivers for SCM smart-card readers for FingerscanV20. Smart card was an IC embedded circuit 8K Multiplex providing 3 levels of security.
- Created a completed manufacturing test for FingerscanV20 production including functional, system, and automatic tests. Device drivers and testing software were written in C and assembler to run on a 468 Single Board.

### *6/97 - 12/ 97: Software Intern. Cisco Systems.  San Jose, CA.*

- Improved various existing diagnostic software routines in the Catalyst 5000 software.
- Fixed bugs and provided supports to field and escalation engineers.
- Performed functional and system tests on target boards of Catalyst 5000: Supervisor Engine Module, Ethernet Switching Modules (10BaseT 12, 24, and 48 Port), 10/100 Mbps FE Module.

**EDUCATION:  BS EE/CS, UC Santa Barbara, 1998.**

**REFERENCE:  Available upon request.  US Citizen.**

# Adam M. Nasont



## Education:

- **California Polytechnic State University**, San Luis Obispo CA
  **BS Mechanical Engineering** - Graduated, March 2007
  National Dean's List,
  American Society of Mechanical Engineers
- **Valley Christian High School**  San Jose, CA  June 2002,
  California Scholarship Federation
  Who's Who Among American High School Students
  Varsity Wrestling Team Captain

## Work Experience:

- Gus's Grocery and Deli in San Luis Obispo, CA
  Food Service Manager from July 2005 to November 2006. Responsibilities included employee supervision, reconcile daily receipts and book keeping, inventory and food orders, and securing premises. Worked 20-30 hours/week to supplement living expenses.
- CalPoly Foundation  "The Avenue" on CalPoly Campus
  Food Preparation January 2003 to June 2005.
- Conklin Brothers Construction in Los Gatos, CA
  Construction Laborer Summers 2002 and 2003 involving the Building/Remodeling of residential homes.

## Technical Coursework and Labs:

- Thermodynamics
- Fluid Mechanics
- Heat Transfer
- Mechanical Design
- Mechanical Control Systems
- Stress Analysis / FEA
- Mechanical Vibrations
- Electric Circuit Theory / Electronics
- Technical Writing for Engineers
- Linear Analysis II
- Manufacturing Process, Welding, and Material Removal
- HVAC
- Energy Conversion

## Computer Skills:

- Solid Works
- Microsoft Office Suite
- MAT Lab
- Abacus
- Engineering Equation Solver (EES)

## Course Projects:

- Experimentally determined the coefficient of linear thermal expansion for a 4043 aluminum welding rod.
- Design and development of a tire warming device used in motorcycle racing. Study required knowledge of heat transfer, electronic controls and mechanical packaging to improve product viability.

# ANDREW K. DRAKE

---

## EDUCATION

**Stanford University**, Stanford, California
Bachelor of Science Degree - Product Design

---

## EXPERIENCE

6/08 – 9/08  **Experimental Research Vehicle for Nissan Corp.**
- Assisted in the design and build of suspension system for front and rear tire
- Designed custom dashboard to aid in testing performance
- Fabricated custom components of a proprietary drivetrain system

9/07– 2/08  **East Palo Alto Tutoring**
- Tutored disadvantaged 8th graders in math and English
- helped them create goals for their future

9/07 – 6/08  **House Manager, Kappa Sigma Fraternity**
- Managed $100,000 house budget
- Organized residents house responsibilities

6/06 – 8/06  **Educational Program for Gifted Youth,** Palo Alto, California
- Teaching assistant for an advanced class of high school juniors and seniors learning engineering
- Held daily office hours to instruct and help students with the concepts of physics, statics, and circuit analysis
- Assisted student projects involving robotics and biomechanical devices

6/04 – 8/04  **Pacific Coast Producers,** Lodi, California
- Lab assistant in a large international peach production facility
- Sampled and evaluated raw and finished product for quality compliance
- Consulted on implementation of state-of-the-art high-tech peach sorting machine
- Oversaw initial installation and successful start-up, including implementation of sort algorithms and mechanical maintenance

---

## ACHIEVEMENTS & HONORS

**Stanford University Men's Water Polo**
- Competed in Division 1 water polo
- Played in two NCAA championships
- Named two-time NCAA Academic All-American

## SKILLS
- Proficient in Solidworks, Photoshop, Illustrator, MatLab and Microsoft Excel
- Programming experience in Java, C and BASIC

ANTHONY ROBERT DELACRUZ

## OBJECTIVE

To obtain a career position as a Chemical or Process Engineer and make important contributions to the quality and safety of manufactured products.

## EDUCATION

**Bachelor of Science in Chemical Engineering,** Minor in Biological Science
University of California, Davis, 2005

## RELATED COURSE WORK

Biochemistry
Fluid Mechanics
Design

Bioprocess Engineering
Kinetics and Reactor Design

Immunology
Process

## SKILLS

**Equipment**
  NIMA 611D Langmuir-Blodgett Trough, NIMA 112D Micro-Dipping Trough, Class 100 Clean Hood, Silicon Wafer Spin-Coater, Shimadzu LC2010, Agilent 1100 LC
**Laboratory Techniques**
  Thin-Layer Chromatography, Gas Chromatography, High Performance Liquid Chromatography, Visual Spectroscopy, Distillation, Dialysis, Ultra-Filtration, Organic Solvent Extraction, Centrifugation
**Computer Software**
  **Simulation and Modeling:** HYSYS 3.1, Aspen Plus 11.1, ProE Wildfire 2.0, Solid Works 2004
  **Math and Statistical:** MATLAB 7.0, Mathematica 5.0, Polymath 5.1, KaleidaGraph 3.5, Minitab 14.0
  **Informatics and Laboratory:** EZChrom Elite, ChemStation, Agilent OpenLAB
  **General:** Windows OS, Macintosh OS, Linux OS, Microsoft Word, Excel, PowerPoint, Access

## WORK EXPERIENCE

**Quality Assurance Engineer** (contractor) - Agilent Technologies                                      (8/05 - Present)
  - Integrate informatics software with laboratory hardware.
  - Create sequences and methods that test various functions of the software.
  - Develop test plans that meet engineering and costumer requested design specifications.
  - Simulate user scenarios to examine real product application.
  - Prepare server and client software for product testing.

## RESEARCH EXPERIENCE

**Post Graduate Researcher** - UC Davis CHMS Department Surface Forces Lab                          (3/05 - 8/05)
  - Follow up work on research conducted as an undergrad in the field of surface forces and drug targeting.
  - Manuscript of completed work is pending for publication.
**Assistant Researcher** - UC Davis CHMS Department Surface Forces Lab                             (7/04 - 3/05)
  - Develop synthesis protocols to create novel functionalized polymer-lipid conjugates for Surface Force interaction analysis.
  - Deposit nanoparticles and polymer-lipids onto prepared substrates.
  - Model interaction with surface pressure isotherms.
  - Prepare polymer-lipid membrane layers for neutron and X-ray scattering experimentation.
  - Perform extensive work in class 100 clean areas.
**Undergraduate Research Conference** - UC Davis 2005 Symposium
  - Conference attendee and presenter of molecular synthesis project.

## PROJECTS

**Molecular Synthesis**                                                                            (7/04 - 8/05)
  - Aqueous and organic phase coupling of Streptavidin complexing compounds to bi- and monolayer forming lipids.
  - Matrix-Assisted Laser Desorption/Ionization (MALDI) analysis for molecular weight characterization.
  - Nuclear Magnetic Resonance (NMR) analysis of molecular bond formation and peak shifting.
**Nanoparticle Release**                                                                           (11/04 - 12/04)
  - Use surfactants and sacrificial layers to release particles deposited on substrate surface.
  - Varying concentrations and types of surfactants to quantify release parameters.
  - Employ microscopy to view deposited and released particles.
**40 Million Gallon a Year Ethanol Production Plant**                                              (3/04 - 6/04)
  - Produce ethanol from a corn feedstock for use as a renewable fuel source.
  - Meet required economic constraints while optimizing process and maintaining environmental standards.
  - In-depth economic evaluation including stability analysis and depreciation.

## AWARDS

**MORE Fellowship** - Winter 2005 Recipient
  - Mentorship and Opportunities for Research in

**American Institute of Chemical Engi** ؛ - UC Davis Chapter, Davis, CA (ACTIVITIES)
- Senior Industry Representative
- Chemical Plant Tour Coordinator
- Chem-E Car Design Team



# Chris Dillon

| | |
|---|---|
| **Objective** | To secure a position that utilizes my design drafting and experience. |

**Experience**

**9/03-03/06**          **Arcturus Bioscience**          **Mountain View, CA**

**Document Control Drafter/Design Drafter**

- Learned SolidWorks and PDM.  The company switched from Pro-E to Solidworks. Hundreds of parts were imported into SolidWorks. The drawings and assemblies had to be redrawn.
- Worked with the engineering team on two major projects, from R & D phase to production release.
- Duties included: Providing engineers with drawings for fabricated parts, placing jobs with machine shops while working as a liaison between engineers & machine shops to coordinate deliveries and answer machine shop questions.  I also provided Orcad cable drawings for the projects, made spec sheets for purchased parts, and put together  DCO packages for releasing parts to production.   Once the DCO was in process, I assisted the document control department and then released parts in SolidWorks PDM (database) and reorganized the engineering files to reflect current releases.

**2/00-8/03**          **Arcturus Engineering**          **Mountain View, CA**

**Full time Design Drafting Contractor**

- Provided Pro-E drawings for the engineering team while project was in R&D phase and also revisions once released to production.
- Implemented Pro-Intra link Database.
- Facilitated the document control department with Pro-E files and OrCad files during the DCO process.
- Worked with manufacturing engineer to troubleshoot Pro-E problems with regenerating assemblies that failed, made the part revisions required and wrote DCO's after parts had already been released to production.

**4/98-12/99**          **Self-Employed**          **San Jose, CA**

**Part time Consulting/Tool Design**

- Pre-production design consulting.
- Tool Design for plastic injection molded parts.
- Part design modification and retrofitting machined parts to existing mold.

| 2/91-6/96 | Westec Plastics | Livermore, CA |

**Tool Designer for plastic injection molding & Eng. Coordinator**

- Scheduled/matched jobs to tool room resources.
- Liaison between customers and tool makers utilizing AutoCAD drawings and weekly project status reports to customers.
- Provided tool makers detailed tool designs for plastic injection molded parts.
- Purchased all materials for the tool room.
- Tracked job hours and job cost.
- Member of TQM team.

| 3/88-6/90 | Jatco, Inc.. | Union City, CA |

**Tool Designer for plastic injection molding**

- Provided tool makers with detailed hand drawn drawings of tool designs for plastic injection molded parts.
- Purchased all materials for the tool room.

| 3/86-2/88 | P & M Fischer | Fremont, CA |

**Tool Designer for plastic injection molding**

- Provided tool makers with detailed hand drawn drawings of tool designs for plastic injection molded parts.

| 5/82-2/86 | Westec Plastics | San Jose, CA |

**Drafting/Tool Design Apprenticeship**

- Provided tool makers with detailed hand drawn drawings of tool designs for plastic injection molded parts while learning the trade.

**Education** | 1980-1982 | Bay Valley Tech Institute    Santa Clara, CA
Diploma- Mechanical Design Drafting

David Leonard Nelson



---

**Objective:**
Seeking opportunity to utilize strong mechanical and creative design skills in a technically oriented position to advance in a dynamic company.

**Education:**
Completed course work for a Bachelor of Science degree in Industrial Technology with an emphasis in Manufacturing and a minor in Business Administration from San Jose State University.

**Job Experience:**
12/13/00-Present   Metrika Inc/Bayer:  Engineer responsible for prototyping, tooling, and fixtures for R&D, manufacturing and production.  Ability to conceptualize, design, draw, manufacture and document with quick turn around for all groups with in Metrika. Documentation consisted of writing SOP's, incoming part QC SOP's with QC drawings, IQ/OQ equipment for manufacturing per FDA regulations and audits. Worked with outside vendors with tooling, converting, production machining and preventative maintenance on equipment. Influential part of engineering team designing and building automation lines

4/1/97-1/00      Metrika Inc: Senior Engineering Technician responsible for all prototypes, tooling and fixtures for Metrika. I have an extensive hands on approach which consists of machining (manual & CNC) and electrical work which consisted of wiring and powering up prototypes to reworking and jumping faulty PCB boards.  Established a CNC machine shop in house supported with Pro-E and Pro-Manufacturing. Designed urine overflow and blood separation devices within the unit. In house part inspecting of molded case parts from outside vendors.

9/1/96-4/1/99   Intella Interventional Systems:  Tool Design/ Machinist developed prototypes and fixtures.  Set up catheter balloon stations which entailed machining the mold, building the controls and setting up the pneumatics for each unit.  Used manual and CNC machines supported with Geopath Cad/CAM software.

**SKILLS:**
Extensive mechanical skills
Start-up know how (I can do any Job to get it done.)
Manual and CNC mill and lathe skills
CAD (Solid Works, Key Creator)
Knowledge of ISO 9001, GMP and FDA approval procedures
In house inspection with CCM
Electrical skills
Pneumatics
Microsoft Word, Excel, Powerpoint

# James Peter Chand

Objective:

To obtain employment utilizing my diverse mechanical and analytical skills in a company working towards making a better world.

Experience:

April 2005 to present        Zajac Optimum Output Motors, San Jose, CA
**Equipment Support Engineer**
- Design, construct, and operate support systems for an experimental positive displacement turbine engine.
- Work directly with the engineering staff to advance the design from paper to prototype.
- Design and perform tests to evaluate the prototype. Document and present results to the senior staff.

August 2001 – April 2005        Contractor.  San Jose, CA and Tulsa, OK
**Independent Mechanical Inspector**
- Performed on-site mechanical inspections, primarily through the Centro Inspection Agency for clients including but not limited to Ford E.S.P., Ford Technical Service Hotline, Honda Care, Toyota Motor Insurance Services, Universal Underwriters Group, and independent repair facilities.
- Performed thousands of mechanical and electrical inspections, identifying causes of failure and extent of damage on cars, light and medium duty trucks, equipment, and motorcycles.

June 2000 – September 2001        Fluor Global Services, San Jose, CA
**Lead Technician**
- Inspected and repaired a variety of equipment and machinery with support team, for IBM San Jose, a wafer manufacturing plant.
- Identified numerous safety concerns within plant and implemented necessary remedies and improvements.

February 2000 – August 2000        The Engine Room, Santa Cruz, CA
**Technician**
- Primarily performed diagnostic work.
- Performed other areas of automotive service as required.
- Assisted in selection of facility upgrades (information systems and equipment).

September 1989 – January 2000    JP Chand – Service of Economical Cars, San Jose, CA
**Owner / Manager**
- Operated busy four bay, three tech shop with light machining capability.
- Managed customer, employee, and supplier relations.
- Acted as a shop foreman, as a back-up service writer, and as a technician when needed.
- Grew customer base entirely by referrals, increasing gross sales by over four hundred percent in ten years.
- Became locally renowned for solving difficult and/or intermittent problems with vehicles.

1986 – September 1989          Foreign Affair Inc, Santa Clara, CA
**Technician**
- Performed full-line service and repairs.
- Overhauled engines, manual, and automatic transaxles.
- Performed chassis repairs and vehicle alignments.
- Serviced and repaired air conditioning and electrical systems.

Education:

1985-1987                De Anza College, Cupertino, CA
- Completed one year certificate program covering automotive machine technology, engine and drivetrain repair.
- Completed one year certificate program covering powertrain management systems, air conditioning systems, and vehicle electrical systems.

Other Certifications:
- Current ASE Master Automotive Technician.
- SuperFlow Windyn certified.

- **References available upon request.**

# Résumé

## Jeff P. Fenton
Senior Mechanical Designer
SMP Technology

**Areas of expertise**:
Designing, detail drafting, machining, part specifying, ordering, assembly, and producing documentation of mechanical prototype devices. Knowledge of various machining techniques and procedures. Experimental testing, data analysis, and result presentation using Microsoft PowerPoint.

**Experience:**
Twelve years of experience in the field of manufacturing and design. This includes knowledge of basic machine shop practices, use of Bridgeport manual milling machine, basic G-Code NC programming, and operation set-ups. Use various CAD packages including AutoCAD, Pro/Engineer, SolidWorks, and Solid Edge. Experience designing, assembling, and testing various fixtures used for research and development of cutting edge biotechnology PCR laboratory tools. Experience using LabView, FlashPoint CNC, and Parts & Vendors.

**Professional background:**

| | |
|---|---|
| SMP Technology | 2002 to Present |
| Aclara BioSciences, Inc. | 2000 to 2002 |
| SMP Technology | 2000 |
| Affymetrix, Inc. | 1995 to 2000 |
| FenFab | 1991 to 1998 |

**Education:**
Computer-Aided Design Major, DeAnza College
Pre-Engineering Major, West Valley College
Engineering Major, Cabrillo College
Aerospace Engineering Major, San Jose State University

**Memberships and acknowledgements:**
Anderson RC, Su X, Bogdan GJ, Fenton J. (2000). A miniature integrated device for automated multistep genetic assays. *Nucleic Acids Research, 2000, 28, No. 12*, Oxford England: Oxford University Press.

Contributed illustrations to Lamit, Louis Gary and Kitto, Kathleen L. (1997). *Engineering Graphics and Design with Graphical Analysis.* San Francisco: West Publishing Co.

## Tara Lencioni

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮ |
| **Sent:** | Monday, August 06, 2007 1:46 PM |
| **To:** | Careers |
| **Subject:** | BioSpaceJobs.com resume for Development Technician, Development Technician |

This resume has been sent to you in response to **job code Development Technician** for your **Development Technician** opportunity listed on BioSpaceJobs.com.

mandefro tinsae



Education: Bachelor's Degree
Experience: 4-6
Desired salary: 20.00
Salary range: $40,000 - $50,000
Position types: Full time,
Travel: Yes 30%
Current or most recent title: Process Tech.
Area of expertise : Bioinformatics:Case Management:Customer Service:Environmental Health & Safety:Laboratory
Relocation preference: California-San Diego:California-San Francisco:Massachusetts-Boston South
Power statement:
I am a college graduate looking for a lab technician position. I'm an enthusiastic, energetic, hard working and most importantly a team player geared towards meeting company goals. I do have a hands on laboratory training and research expe riences.
Description of desired position:
I am looking for a Lab Technician position in a biotech company where I could effectively translate all the skills I acquired over the years. I had a hands on laboratory training from Biohealth College, San Jose, CA. Besides, I have a BA degree in Social Sciences (International Relations) which allowed me to participate in various researches in the past. Not only I have such a well defined academic background but also have years of experiences in manufacturing and customer services. I would extremely be delighted to work for any biotech compnay and demonstrate my skills if I'm given the opportunity to do so. Below is my resume with detailed description of skills and professional experiences.
Resume detail:
Objective: To obtain a Laboratory Technician position with a biotech company where I can utilize education along with my QC, Processing and Customer Service experience to assist in reaching company goals.
Laboratory Skills:
. Pipetting . Preparation of Buffer Solutions . Autoclaving
. Spectral Analysis . DNA Extraction / Isolation . PCR
. Serial Dilution . Gram Staining & Characterization . ELISA
. Aseptic Technique . Enumeration of Microorganisms . Microscopy
. Streak Plating . Gel Electrophoresis . Microsoft Word

8/24/2007

. Culture Transfer . Internet research . Microsoft Excel
Work History:
Process operator          12/03 - 09/06
MMC Technology / Maxtor Corp., Milpitas, CA
? Conducted failure analysis to determine the functionality of production lines
? Performed material handling to maintain the integrity of different substrates
? Produced daily trouble shooting reports to ensure  proper operation
Customer Service Representative          09/03 - 06/05   CenturyTheatres Inc., San Jose, CA
? Operated cash registers to handle incoming and outgoing monetary transactions
? Provided excellent customer service to the general public
? Handled customer issues and complaints

Research Assistant, Civic Education program 04/02 -12/02
National Council of Non-Profit Organizations, Nairobi-Kenya
? Organized seminars and workshops for empowering women to exercise their voting rights and
obligations
? Collected, analyzed and evaluated data about the success of various programs
? Compiled weekly and monthly progress reports for management decision making

Education:
BioHealth College - San Jose, CA                    & nbsp;                    2006 - 2007
        Biotechnology Technician

United States International University - A                    1999 - 2002
        Bachelor's Degree - International Relations
University Honors Program (Dean's List)
Relevant Coursework:  Cross-cultural Management, Human Resources, Dimensions of Leadership,
Organizations and Organizational Behavior, Conflict Management, Sociology of Intercultural Relations.
References: Available upon request.


Please visit BioSpaceJobs.com at your convenience, to log in and view all responses to your active jobs.

Sincerely,

Your partners at BioSpaceJobs.com

8/24/2007

**Sang Nguyen**



| | |
|---|---|
| **OBJECTIVE**: | Seeking an internship position in mechanical engineering. |
| **EDUCATION**: | San Jose State University, San Jose, CA<br>**B.S. in Mechanical Engineering**, 5/09 |
| **PROJECTS**: | **Go Kart,** Spring 2008<br>Designed a go kart using ProEngineering to find FEA analysis on which part would have the highest yield strength.<br><br>**Automated Alcohol Dispenser,** Fall 2007<br>Worked in a team of four students to design and build a working model of an alcohol dispenser.<br><br>**Automated Survey,** Spring 2006<br>Worked in a team of four students to design and build a working model of a automated survey dispenser. |
| **EXPERIENCE**: | Applied Cantilever Technologies, Inc<br>San Jose Probe Card Expertise, Santa Clara, CA<br>**Student Design (Solidworks/AutoCAD),** January 2008 – Present<br><ul><li>Design probe card to match up to each wafer pads.</li><li>Calculated data pertaining to wafer dimension.</li><li>Design fixture and inert to lay the pro pin.</li><li>Effectively communicated with various team members to attain desired information.</li><li>Quality assurance assistance to provide each product to be secure and in a working condition.</li><li>Experienced different stages of projects including planning and design.</li><li>Digitizing each wafer to locate their dimensions.</li></ul><br>Labcommerce, Inc<br>Contactor designing mechanical drawings, Santa Clara, CA<br>**Student Design Trainee (Solidworks),** March 2007 - July 2007<br><ul><li>Experienced different stages of projects including planning and design.</li><li>Created new ways to secure packaging protection.</li></ul> |
| **SKILLS**: | Adobe Professional, AutoCAD, Solidworks, ProEngineering, MATLAB, Microsoft Word, Excel, PowerPoint, Project. |
| **LAB SKILLS**: | Rockwell Hardness Tester, Charpy Impact Tester, Spectrometers and Oscilloscopes. |
| **REFERENCE**: | Available upon request. |

**Ding (Sara) Chen**

██████████████

████████████████████

**EDUCATION**

San Jose State University (01/08-in progress): Medical Device Design (Master Science)

University of California, Berkeley (08/05-12/07): Bioengineering (Bachelor Science)

**RELEVANT COURSE**

- Medical device regulation and manufacture (FDA regulation, Patent,Clinical Trials,GCP Regulation)
- Material science ,  Static
- Strength of materials
- BioMems Devices design(AutoCAD to design a mask for lithography for device)
- Introduction to Microelectronic Circuits
- Industrial and Commercial Data Systems(Access, SQL)
- Basic Statistics
- Design for Manufacturability

**ADDITIONAL TECHNICAL SKILLS**

*Biotech Technique*: sterile techniques, Mammalian cell culture, SDS-PAGE, Western Blot, RT-PCR, Southern Blot, ELISA, multiple chromatography methods, knowledge of microarrays and RNA samples handling

Additional laboratory skills: Microfabrication PDMS devices

Operation of Equipments: GC-MS, Electroporator, Scanning Electron Microscope, UV-vis spectrometer, Nano-drop (ND1000), Autoclave

Software: Microsoft Excel, Access, Word, PowerPoint, Publisher, AutoCAD

Language: Fluent in Mandarin Cantonese (Written, Speaking, Reading)

**RELATED WORK EXPERIENCES**

Keasling Lab, Lawrence Berkeley National Laboratory (December 2005- June 2007)

*Position*: Research Assistant(internship)

*Project Description*:

Metabolic engineered of E. coli to maximize production of mevalonate drug;

Designed experiments to monitor the changes in growth and metabolism of bacteria after applied Nano-particles

*Daily Duties involve*d many molecular cloning and engineering techniques such as:

DNA & RNA extraction (Miniprep) with Qiagen kit

Colony PCR and PCR products purification

DNA digestion and ligation

Transformation via used electroporation

DNA gel electrophoresis

Running basic assays for specific metabolites (acetic, pyruvate, mevalonate, glycerol, D/L lactate)

Prepared samples   for Scanning Electron Microscope

Run Spectrometry (fluorescent, visible, UV) , and record data

Prepared samples for Gas Chromatography/Mass Spectrometry

**ADDITIONAL WORK EXPERIENCE**

Nu Pair Shoes Store, Newark (March 2001 – January 2006), Stores Sales Manager

- Ensuring sales target: utilize low cost and nice products to attract customers.
- Deal with customer service issues: such as dealing with individual queries and complaints.

- Scheduling and lead the sales team.

**Seema Jaiswal**

**OBJECTIVE**: Challenging job in biotech industry utilizing my education and experience in chemical/biochemical engineering.

**EDUCATION:**

    **Stanford University, Stanford, CA.**
    M.S., Chemical Engineering (Major: Biochemical Engineering)      Sept 04 – Jan 06
    **GPA**: 3.73/4
    **Laxminarayan Institute of Technology, Nagpur, India.**
    B.S., Chemical Engineering; **Rank**: 1st      Aug 97 - May 01

**WORK EXPERIENCE:**

    **Research Assistant**      Jun 05 - Present
    Department of Microbiology and Immunology, Stanford University.
- Quickly learned basic lab skills and microbiology experimental techniques like bacterial cell cultures for recombinant products and protein purification.
- Developed a high throughput screening assay, designed and troubleshoot experiments.
- Analyzed data and maintained detailed records of experimental procedures. Present data and results during weekly group meetings.

    **Research Assistant**      Jun 05 - Sep 05
    Department of Chemical Engineering, Stanford University.
- Gathered information via literature survey, documented and analyzed the data to propose a hypothesis.
- Summarized and categorized the data for oral and written presentations.

    **Administrative Assistant**      Jan 05 - May 05
    Department of Civil and Environmental Engineering, Stanford University.

    **Summer Trainee**      May - Jun 2000
    National Chemical Laboratory (NCL), Pune, India.
- Synthesized quality fibers of Poly Acrilo Nitrile (PAN) and Polysulphone (PSF). Tested fiber modules for water flux, bubble point and rejection of dextral and sugar molecules.

**ADDITIONAL EXPERIENCE:**

    **Software Engineer**
    Premier Technology Group, Nagpur, India (ISO Certified)      July 01 - Aug 04
- Worked with a team of 4-5 individuals.
- Delivered multiple projects utilizing the project specifications and met deadlines.
- Developed applications for use by Insurance Companies for data conversion and migration.
- Customized generic product to specific client requirements. Solved issues in developing/developed software applications.
- Completed an assignment in Pasadena, USA (6 months) at the client end. Coordinated several projects with the team in India.

**SKILLS AND ACHIEVEMENTS:**
- Achieved Gold Medal for being a top candidate in the B.S. graduating class from L.I.T.
- Selected for best three in an Essay Competition by Indian Society for Technical Education Students' Chapter, Durgapur.
- <u>Technologies</u>: MS Office, RDBMS, C++, MFC, SDK, Installshield, PHP.
- Completed Yoga training and the exam 'Aasan Pravesh' with honorable mention.
- Sports: Table Tennis, Swimming, Tennis

**Trial Exh. 27002 Page 146**

THIEN HUU NGUYEN



OBJECTIVE: A responsible and challenging position as a
Inspector;QA/QC Touch-up Rework; Test Operator. Where my
experience will have valuable application
QUALIFICATIONS::
Get along well with fellow employees, flexible,
dependable and high organized.

Problem solver; quick leaner, able to identify the problem and offer
suggestion.

In process improvement using all kind of tools, soldering under microscope
and experience in final inspection as QC

EMPLOYMENT
11-2006 to 10-2007 ST . JUDE MEDICAL
240 Santa Ana court, Sunnyvale, CA, 94085
Build sub-Assemblies used in a High Intensity Focused Ultrasound
(HIFU) medical device for the treatment of a trail fibrillation;(AF)
Task performed include soldering under a microscope; inspection;
bonding with various adhesives and leak test

15-4-2004 To 10-2006

INDUSTRIAL STRENGTH CORPORATIO
1065 Hensley St, Richmond, Ca 94801
Position: Inspector.To produce print parts to CNC operators, count and  verifies parts
that are meet the reqired from the print

4-2001 to 3-2004

HAYWARD QUARTZ TECHNOLOGY, INC.

1700 Corporate Way, Fremont, Ca, 94539
Position: Q.C  work in clean room verifies parts and
packing with cleaning the accessories and seal the tray.
Also print out labels
SKILLS: Ability to follow MPI and Procedures, Using
Oscilloscopes, Microscopes and test Equipments.
Soldering and Packing; QA.

EDUCATION::
Graduate High school in Vietnam
Major: General Education
Adult Education at Fremont
Certificate Electronic Technician
Certificate of Computer Technician
Certificate of RF microwave Technician
ACTIVITES: Teamwork, high ethic and proficiency worker,
fast learning, perfect attendance, and good communication.

REFERENCE: Will be available upon request

**To Nu Phan**

███████████████                    ████████████████
███████████████                    ████████████████

---

**OBJECTIVE:**

Seeking for a rework/assembler position which will fit my practice skills and experiences in manufacturing environment.

**EXPERIENCES:**

10/07 – 06/08      CEPHEID Sunnyvale, CA
                   **Assembler**
Assemble cartridges, operate medicine packaging machine for vacuum sealing and labeling. Oversee QC in fill and pack department

01/07 – 09/07      WOLFE ENGINEERING Sunnyvale, CA
                   **Assembler**
Assembling chemical delivery design solutions for TEOS, photochemicals, CMP, copper solutions and solvent as well as turnkey gas systems, safety and code compliances.

11/95 – 08/06      ARROW ELECTRONICS, Inc. Fremont, CA. (formerly PIONEER ELECTRONICS)
                   **Sr. Assembler**
Assemble value added power supplies, variety of power and control cable harness and rack systems.
Assist design engineer to build prototype including PCBs and N+1 P/S.
Training new assemblers, verifying customer drawings and BOMs.
Perform rework on customer RMA, debugging and testing fixed units.

08/90 – 11/95      EICO, Inc. Milpitas, CA.
                   **Sr. Rework/Assembler**

Responsible for material supplies on production lines (count needed parts and order parts from stock room according to daily built plan).

Train new assemblers to build customer cables/connectors and other harnesses for different types of power supply.

Support for technician to perform rework on various types of PCB for production line including point-to-point wiring, touch-up and replace bad hardware components.

Perform all phases of mechanical assembly for various types of PCB including some touch-up techniques for covers, and sheet metals.

Functional test and Static Burn-in test for all products.

Component loading on PCBs following assembly instructions and/or using schematics /blueprints.

QA all incoming materials, cables and PCBs. Perform final inspection for outgoing finished goods.

**SKILLS:**

Hand on experiences in using hand-tools and test equipment such as power driver, VOM, DVM.
Substantial skill in touch-up, soldering, wire wrap, rework and wiring on prototypes and PCBs.
Experienced on rework procedures, read blueprints or schematics.
Knowledgeable in electronics components.
Familiar with color code, hardware parts and loading
Basic knowledge in using PC for testing and documentation.

**EDUCATION:**

Baccalaureate, Trung Vuong High School, Viet Nam, Spring 1975.
ESL courses, Eastside Independent Adult Center, 98–99.

**PERSONALITY:**

Self motivated, quick learning, cooperative and responsible with minimal supervision.

References available upon request

**Trial Exh. 27002 Page 148**

# EXHIBIT 9



## Theranos Systems

**Introduction**

Theranos is transforming patient management, individual wellness, and the economics of health care delivery.

In doing so, Theranos has showcased a new economic model for pharmaceutical companies, exponentially increasing sales and rate of growth while cutting development expenses.

As the Theranos infrastructure begins to transform the way payors and physicians approach blood testing and reimbursement, the adoption of Theranos Systems in pharmaceutical companies is powering a radical new growth model for the pharmaceutical and biotech industry.

**Return on Investment for Pharmaceutical Clients**

Theranos' technology has been robustly validated over the last four years. Existing clients include AstraZeneca, BMS, Celgene, GSK, J&J Centocor, Mayo Clinic, Merck, Pfizer, and others. Theranos' direct-to-consumer home monitoring systems are currently being launched. In pharmaceutical clinical studies/programs, Theranos Systems have:

**Accelerated trial timelines** by an average of 18 months.
- Demonstrating meaningful dose-response and efficacy dynamics profiles in ~6 months where conventional infrastructure took two years and was still not able to generate equally predictive correlations.
- Existing customers value a six-month gain in time-to-market at $180 million to $540 million[1].

**Reduced clinical operations costs** by 50%.
- In addition to saving time, point-of-care ambulatory monitoring reduces the number of sites, as well as shipping, sample processing and clinical operations costs.
- Higher integrity field data and predictive models reduce the number of patients required in each clinical study by 25%.

**Enabled realization of target product profiles** that customers had not been able to achieve using the conventional testing and analytical infrastructure.
- Improved visibility into pathway dynamics
- Early reads on efficacy and safety dynamics
  - Established comprehensive longitudinal PK/PD profiles.
  - Characterized trends in the rate of change of key markers. (Conventional infrastructure obscures trends Theranos Systems elucidate.)
- Optimized development in ways previously not possible because of the biology complexities.
  - Enabled adaptive studies and development.
  - Salvaged assets that were about to be written off.
  - Rapidly enabled label expansion into key new patient populations and multiple indications.
  - Powered mechanistically driven cross-comparison studies for compound differentiation and reimbursement.

**Enabled approval, reimbursement, and maximized use of key assets** through drug-systems combinations now going onto the market together to optimize the benefit/risk profile of a drug on an *individual* patient basis. The individualized selection, treatment, monitoring and wellness counseling of subjects made possible through Theranos Systems is the foundation of a radical new growth model for pharmaceutical companies following the drug-device approach recommended by the Critical Path Initiative. The ability to comprehensively monitor blood-proteins and behavior in an at-home system enables pharmaceutical companies to overcome the clinical and economic limitations of what's currently known as 'personalized' – population-based medicine.

---

[1]Most recent estimates by an existing Theranos client value each day gained at 1-3 million dollars per day.

Trial Exh. 27006 Page 001
FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-1529



## The Theranos System

Theranos Systems are Theranos' proprietary, patented technology. The systems are becoming the center of healthcare in the home, making healthcare a home necessity in the same way that personalized computers made computing a home necessity.

For point-of-care technology to develop into a true individualized medical system (IMS) and make it a staple of patient care at the individualized level, significant breakthroughs were needed over the current state-of-the-art tools in the following domains:

- Greater sensitivity, specificity, precision and accuracy of simultaneous assays
- Home protein analysis for time profiling
- Home drug analysis for exposure-response characterization
- Integration of data coming from various sources into electronic health records (EHR)
- Data modeling using Bayesian and other approaches
- Systematic, prompt feedback to the health care provider (HCP) and the patient
- Enabling early, adaptive and rapid decision making about healthcare utilization

The Theranos System was developed to address the aforementioned issues. Theranos Systems allow HCPs to monitor drugs, their metabolites, and relevant biomarkers from fresh whole blood samples in real-time at any testing frequency in a clinic, hospital setting or any point of care, including the home.

Theranos Systems process finger-stick blood samples at the point of care, wirelessly transmit data to relevant health care providers/clinicians, and can provide individualized and integrated content back to consumers to assist them in modifying behavior and establishing/achieving health and wellness goals. The user interface on the device is a graphical touch-screen, which links with an individual's mobile phone in real-time, providing each user with 'smart,' customized information.



Theranos' proprietary blood-analysis technology has made it possible to measure multiplexed combinations of drugs, proteins and other analytes in the home, and in doing so, characterize trends in disease progression



and regression that were previously not seen. The ability to capture more comprehensive longitudinal time-series measurements is fundamental to better characterizing a patient's response to therapy.

When deployed, the information system allows for the integration and exploitation of information in a way previously not feasible. The home healthcare systems combined with the models in the information system enable accelerated clinical studies and realization of the target profiles of key assets.

In order to increase the value and coverage of marketed assets, compound-specific information characterized in clinical studies is being leveraged in the consumer environment. The information system allows for customized content to be deployed to device touch-screens and the associated mobile applications to enhance the value of a therapy.

The social networks which are rising around the mobile and home systems are proving to be powerful viral marketing channels.

CONFIDENTIAL

FOIA Confidential Treatment Requested by R. Balwani



**Theranos Systems are comprised of three integrated technologies and services.**

**1. Data infrastructure (for use across an entire pharmaceutical pipeline)**
An information integration and exploitation infrastructure which permits:
- Data acquisition and storage of point-of-care results in real time.
- The integration of blood parameters and patient diary data with all other physiologically relevant information into the EHR.
- A central mathematical software program to:
  - Graphically visualize, help to interpret, and analyze all data in one place
  - Link any new information into a disease management system that then maps the information onto a probability space of clinical outcomes.
- The graphical display of clinically relevant and actionable information back to the HCP and/or the patient.

A customer-specific data integration and self-learning prediction and simulation engine to:
- Centralize all information in one repository.
- Automatically import data that exist in different formats (historical data, clinical studies, literature, patient records, etc.).
- Power models of patient response and disease pathophysiologies on integrated data sets.
- Constantly evolve and become increasingly predictive as learning algorithms process data from the field and literature without requiring human intervention.

**2. Predictive and dynamic, multivariate, multi-dimensional models (customized for program-specific objectives) that map disease progression and regression**
Algorithms
- Built-in pattern recognition tools characterize 'responder classes' and clinical outcomes.
- Probability analysis tools systematically account for uncertainty.
- Integrate physiological models with statistical analysis tools based on Theranos' proprietary time-series analysis.

Models
- Account for all relevant pathophysiologies and compounds' mechanisms of action
- Can identify relevant circulating parameters for patient monitoring and classification
- Are increasingly predictive to power future studies and decision making
- Simulate scenarios that answer 'what-if' questions and allow users to run queries themselves
  - Patient profiles
  - Trial protocols

**3. Home Healthcare Systems (integrated point-of-care home and mobile monitoring systems that work for any combination of assays, including drug and protein analysis)**
Devices – remote, portable patient care systems
- On-site, real-time, automatic processing of cartridges for blood analysis
- User interface designed for non-computer-literate subjects, allowing the patient to initiate the assays and to graphically enter a variety of relevant environmental information, such as comprehensive patient diary, behavioral, and psychological information, through touch-screens embedded in the device
- Two-way communication system from the instruments to HCP/clinicians, mobile phones, and back to patients with relevant content, messages, and health information
- Blood and environmental data is automatically (wirelessly) transmitted into models in real time.
  - Fully exploit all data (every IIT or pivotal trial increases the predictive value of the models).
  - Characterize dose-response, efficacy and safety dynamics faster and more accurately.

Trial Exh. 27006 Page 003

FOIA Confidential Treatment Requested by R. Balwani                                          Balwani-1531



Cartridges – disposable cartridges pre-loaded with chemistries to simultaneously measure multiplexes of proteins and other analytes from ~20µL whole blood finger-stick

- Cartridges can be customized to measure any combination of drugs and biomarkers together to map indicators/trends through comprehensive longitudinal PK/PD profiles of subject status.
- Rapid characterization of rate-of-change in key markers and trends (through more frequent monitoring than possible using central labs) yields predictive insight into clinical outcomes far earlier than more traditional radiologic and clinical end-points, resulting in earlier go/no-go decisions across multiple indications.
- Assay precision and trend generation capabilities reduce required patient numbers.
- Standardized analytical platform can be used across all sites.
    - Reduce variability of data between sites.
    - Improve quality of data by avoiding issues with analyte decay rates and sample processing.
- Drug-specific cartridges complement wellness/disease-specific cartridges that are being launched by Theranos direct to consumers and physicians.

Mobile Applications – transmission of individualized content to 'smart,' automated 'counselors' on device touch-screens and users' mobile phones to assist with behavior modification and increase compliance with therapy

- Theranos' proprietary algorithms enable the correlation of blood data to efficacy dynamics profiles, behavior, lifestyle, diet, and side-effects.
- Truly individualized content is selected to help people change their lifestyles in a sustained way, through the integrated use of the back-end algorithms, models, and data in the data infrastructure.
- Content is based on data for patient 'classes,' which recognize physiological and psychological pre-dispositions as well as local socio-environmental influences.
- Applications link users through social networks, where success stories compound through the combination of each tailored home health system with a given therapy.

**Theranos' Client Services include:**

Customization
- Devices
- Cartridges
- Informatics Systems
- Web portals
- Mobile applications for specific assets

Study Planning
- Biomarker selection

Support
- 24x7 live international call center
- New Information System features for in-person training of all site and where applicable, at-home device installations and training for patients
- Maintenance of information systems and all web and mobile applications

Regulatory Filings
- Compound-specific cartridges

Distribution of the systems to consumers, physician's offices, and pharmacies
- Sale and distribution of devices and cartridges
- Reimbursement for devices and cartridges

Marketing through the creation of Theranos' product-specific mobile, device and web-based wellness social networks

FOIA Confidential Treatment Requested by R. Balwani                                                   Balwani-1532

# EXHIBIT 10

**Subject:**           Sunny with Channing?

**Start:**             8/14/2009 4:00 PM

**End:**               8/14/2009 5:00 PM

**Show Time As:**      Busy

**Recurrence:**        (none)

**Meeting Status:**    Not yet responded

**Required Attendees:**   Channing Robertson; sunny███████████

When: Friday, August 14, 2009 4:00 PM-5:00 PM (GMT-08:00) Pacific Time (US & Canada).

*~*~*~*~*~*~*~*~*~*

FOIA Confidential Treatment Requested by R. Balwani

Balwani-3035