# EXHIBIT 11

# RE: SBML into CUDA code

| | |
|---|---|
| **From:** | Elizabeth Holmes <eholmes@theranos.com> |
| **To:** | Sunny Balwani <​████████████████​> |
| **Date:** | Mon, 03 Aug 2009 18:00:49 -0700 |

☺
Thanks for forwarding

**From:** Sunny Balwani [mailto:████████████████]
**Sent:** Monday, August 03, 2009 6:00 PM
**To:** Tim Kemp
**Subject:** SBML into CUDA code

Hi Tim.
Thanks for including me in the discussion, I think what you and your team are doing is really exciting.

I will do detailed research on what we talked about today. Just a quick search on NVIDIA site shows that someone out there has already build a compiler that compiles SBML into CUDA code for parallel processing. I think this is a good start..

http://www.nvidia.com/object/cuda_home.html#state=detailsOpen;aid=89e2206e-bcf5-4db7-a353-ed500b83c385

Will try to find out more about this....

Trial Exh. 27053 Page 001
FOIA Confidential Treatment Requested by R. Balwani
Balwani-2263

# EXHIBIT 12

| | |
|---|---|
| **From:** | Sunny Balwani <​​​​​​​​​> |
| **Sent:** | Thursday, August 13, 2009 1:28 PM |
| **To:** | eholmes@theranos.com; eholmes@theranos.com |
| **Subject:** | Updated: Sunny with Gary |

# EXHIBIT 13

| | |
|---|---|
| **From:** | Sunny Balwani <​███████​> |
| **Sent:** | Thursday, August 13, 2009 1:28 PM |
| **To:** | eholmes@theranos.com; eholmes@theranos.com |
| **Subject:** | Updated: Sunny with Tony |

Trial Exh. 27055 Page 001
FOIA Confidential Treatment Requested by R. Balwani                                    Balwani-2542

# EXHIBIT 14

# Re: Sunny with Seth?

| | |
|---|---|
| **From:** | Sunny Balwani <​███████​> |
| **To:** | Elizabeth <eholmes@theranos.com>, Seth Michelson <smichelson@theranos.com> |
| **Date:** | Thu, 13 Aug 2009 19:31:50 -0700 |

Works for me.

On 8/13/09 5:53 PM, "Elizabeth" <eholmes@theranos.com> wrote:

> When: Friday, August 14, 2009 3:00 PM-4:00 PM (GMT-08:00) Pacific Time (US & Canada).
>
> *~*~*~*~*~*~*~*~*
>
> Will this timing work for you two?

FOIA Confidential Treatment Requested by R. Balwani         Balwani-2271

# EXHIBIT 15

## Employment Application
## Theranos, Inc.

Theranos, Inc. is an equal opportunity employer. All qualified applicants will receive consideration without regard to race, color, religion, gender, national origin, age, disability, veteran or any other status protected by local, state or federal laws. Please do not list information on this application which may reflect any of the above.

### Your Personal Information

| | |
|---|---|
| Full Name (First, Middle, Last): RAMESH BALWANI | Date of Application: 9/1/09 |
| Address: 325 Channing Ave #118 Palo Alto CA 94301 | |
| Phone Number: [redacted] | Alternate Number: [redacted] |
| Social Security #: [redacted] | Email Address: [redacted] |

**Please indicate the position(s) you are applying for.**

**Please answer the following questions by circling yes or no.**

| Question | Answer |
|---|---|
| Are you legally eligible to work in the United States? | **Yes** / No |
| Proof of eligibility will be required upon offer of employment. | |
| Are you over the age of 18? | **Yes** / No |
| If no, you may be required to provide authorization such as a work permit. | |
| Can you, with our without reasonable accommodation, perform the essential functions of the job? | **Yes** / No |
| If you have questions about the functions of the job for which you are applying, please contact Human Resources or the hiring manager. | |
| Have you ever worked for Theranos, Inc. before? | Yes / **No** |
| If yes, please give dates: | |
| Have you ever been convicted or pleaded "no contest" to a felony or misdemeanor? | Yes / **No** |
| If yes, please explain (use additional sheet if necessary): | |
| Is anyone related to you employed by Theranos, Inc.? | Yes / **No** |
| If yes, please give his/her name and relationship to you: | |
| Are you being referred/recommended by a current Theranos employee? | **Yes** / No |
| If yes, by whom?: E. Holmes | |
| What salary or rate of pay do you expect to receive if employed by Theranos, Inc.? | $1 per Year |
| Have you ever been fired or asked to resign from a job? | Yes / **No** |
| If yes, please explain: | |

**Please indicate your availability.**

On what date would you be available to begin work? 9/1/09

Days and Hours Available (If employed, I will notify my supervisor in writing should my availability change):

| | Mon | Tues | Wed | Thurs | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| From | 6am | 6am | 9 | 1p | 9 | 10am | 9 |
| To | 10pm | 10pm | 6 | 11 | 9 | 8pm | 9 |

### Your Education

| | School Name and Location | Course of Study/Major | Diploma or Degree? |
|---|---|---|---|
| High School | Aitchison College, Lahore | 'O' levels | U. of Cambridge |
| College | UT Austin | Info Systems | Bachelor |
| Graduate | UC Berkeley | MBA | MBA |
| Vocational | Stanford U | CS | — |
| Other | | | |

Please list any academic honors, scholarships, offices held, or additional education or training you believe qualifies you for the position you are seeking:
NSF for AI / Expert Systems

Trial Exh. 20019 Page 001

Confidential                                                                                                                    THPFM0005579161

Theranos, Inc. Employment Application Page 2         Applicant's Name: _____

## Your Employment History (Most Recent Employer First)

**Company Name:** Commerce One Inc.
**Address:**
**Your Title or Position Held:** V.P.   **Beginning & Ending Employment Dates:** 11/4/99 to 12/31/00
**Ending Salary/Wage:** $200,000
**Name & Title of Supervisor:** Mark Hoffman CEO.   **Phone Number:**
**Describe Your Duties:**
**Reason For Leaving and Explanation:** Retired/Left Company.

**Company Name:** Commerce Bid.com
**Address:**
**Your Title or Position Held:** Founder & Pres.   **Beginning & Ending Employment Dates:** 8/4/99 – 11/4/99
**Ending Salary/Wage:** $155,000
**Name & Title of Supervisor:**   **Phone Number:**
**Describe Your Duties:**
**Reason For Leaving and Explanation:** Company Acquired.

**Company Name:** Microsoft Corp.
**Address:**
**Your Title or Position Held:** Sales Manager (Other)   **Beginning & Ending Employment Dates:** May 94 – Aug 99.
**Ending Salary/Wage:** $110,000 + Bonus
**Name & Title of Supervisor:** Ben Bernstein   **Phone Number:**
**Describe Your Duties:**
**Reason For Leaving and Explanation:** Started my Company.

**Company Name:** Lotus Development Corp.
**Address:**
**Your Title or Position Held:** Sr. Systems Engr.   **Beginning & Ending Employment Dates:** 12/6/91 – May 94.
**Ending Salary/Wage:**
**Name & Title of Supervisor:**   **Phone Number:**
**Describe Your Duties:**
**Reason For Leaving and Explanation:**

### Your References

| Name | Phone # | Relationship |
|---|---|---|
| | | |
| | | |
| | | |

Trial Exh. 20019 Page 002

Confidential    THPFM0005579162

Theranos, Inc. Employment Ap___ation  
Page 3

Applicant's Name: Balwani, Ramesh (Sunny).

### Applicant Acknowledgement and Application

I hereby certify that all of the information provided by me in this application (or any other accompanying or required documents) is correct, accurate and complete to the best of my knowledge. I understand that the falsification, misrepresentation or omission of any facts in said documents will be cause for denial of employment or immediate termination of employment regardless of the timing or circumstances of discovery.

I understand that submission of an application does not guarantee employment. I further understand that, should an offer of employment be extended by Theranos, Inc. (hereinafter referred to as "Theranos"), that such employment with Theranos is at will, for no specified duration and may be terminated by either Theranos or myself at any time, with or without cause or notice. I understand that none of the documents, policies, procedures, actions, or statements of Theranos or its representatives is deemed a contract of employment real or implied. I understand that no representative of Theranos except the President/CEO has the authority to enter into any agreement guaranteeing any conditions of employment or any agreement contrary to the foregoing statements and that any such agreements must be made in writing and signed by the President/CEO of Theranos.

In consideration for employment with Theranos, if employed, I agree to conform to the rules, regulations, policies and procedures of Theranos at all times and understand that such obedience is a condition of employment.

I understand that if offered a position with Theranos, a background check (seven year criminal & credit) may be requested on me. I understand that unsatisfactory results from, refusal to cooperate with, or any attempt to affect the results of the background check will result in withdrawal of employment offer or termination of employment if already employed.

Permission is hereby given to Theranos to investigate the information provided in this application, including, but not limited to, previous employment, educational background and references. I hereby authorize any and all schools, former employers, references, courts and any others who have information about me to provide such information to Theranos and/or any of its representatives, agents or vendors and I release parties involved from any and all liability for any and all damage that may result from providing such information.

I understand this application is considered current for 30 days. If I wish to be considered for employment after this period I must complete and submit a new application.

**BY SIGNING BELOW I ACKNOWLEDGE THAT I HAVE READ, UNDERSTOOD AND AGREE TO THE ABOVE STATEMENTS.**

_[signature]_   9/11/09.

Signature / Date

BALWANI, SUNNY (RAMESH)  
Printed Name

Trial Exh. 20019 Page 003

Confidential    THPFM0005579163