# EXHIBIT 17

## REAFFIRMATION AGREEMENT

THIS REAFFIRMATION AGREEMENT (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Agreement") dated as of August 13, 2009, is made by and between RAMESH BALWANI ("Guarantor") and THERANOS, INC., a Delaware corporation ("Borrower").

### RECITALS

A.     Borrower opened a non-purpose loan account with Fidelity Brokerage Services LLC and National Financial Services LLC (collectively, "Fidelity") pursuant to the Non-Purpose Loan Customer Agreement by Borrower dated August 13, 2009 (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Loan Agreement").

B.     Pursuant to that certain Cross Guarantee Form dated August 13, 2009 by Guarantor (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Cross Guaranty"), Guarantor has agreed that as security for the performance of the Guaranteed Obligations, the Guarantor Accounts (the "Guaranty Collateral") are subject to a general lien, and Guarantor has granted a first priority security interest therein to Fidelity for the discharge of any Guaranteed Obligations.

C.     This Agreement will serve to specify the terms and conditions governing the relationship between the Borrower and the Guarantor.

### AGREEMENT

In consideration of the premises and the covenants hereinafter contained, and for other good and valuable consideration as specified herein, the receipt and sufficiency of which are hereby acknowledged, Guarantor and Borrower agree as follows:

1.     DEFINED TERMS; CERTAIN MATTERS OF CONSTRUCTION.

Unless otherwise defined herein, capitalized terms or matters of construction defined or established in the Cross Guaranty shall be applied herein as defined or established therein.

2.     AGREEMENTS REGARDING CROSS GUARANTY AND LOAN AGREEMENT.

2.1.     Affirmation of Recitals.  Each of the Borrower and Guarantor acknowledges and confirms that each of the recitals set forth above is true and correct.

2.2.     Continuation of Cross Guaranty.  The Guaranteed Obligations and all obligations of Guarantor now or hereafter existing under the Cross Guaranty, together with all fees, costs and expenses whether in connection with collection actions hereunder or otherwise shall be referred to collectively as the "Guaranty Obligations."  Guarantor hereby agrees not to take any action to terminate, withdraw, amend, restate, modify or supplement the Cross Guaranty and this Agreement until the date that is thirty-six (36) months following the date of the first draw under

the Loan Agreement (the "Termination Date"), and then only after giving Borrower thirty (30) days prior written notice before taking any such action.

2.3.    Negative Covenants.  Guarantor covenants and agrees with Borrower that until the Termination Date:

(a)    Actions Affecting Guaranty Collateral.  Guarantor will not (i) redeem any of the financial assets constituting Guaranty Collateral, or sell, assign, transfer, pledge or otherwise encumber or grant a lien (other than any lien granted under the Cross Guaranty) on any of his rights in or to the Guaranty Collateral (or solicit any offers to buy, purchase, or otherwise acquire or take a pledge of any of the Guaranty Collateral), (ii) modify any agreement relating to the Guaranty Collateral, or (iii) close any Guaranty Account of Guarantor, or transfer out of such account any property at any time contained therein.

(b)    Title to Guaranty Collateral.  Guarantor has and will defend the title to the Guaranty Collateral and Lender's liens thereon against the claim of any person.

2.4.    Reinstatement.  This Agreement shall remain in full force and effect and continue to be effective should any petition be filed by or against Guarantor or Borrower for liquidation or reorganization, should Guarantor or Borrower become insolvent or make an assignment for the benefit of creditors or should a receiver or trustee be appointed for all or any significant part of Guarantor's or Borrower's assets, and shall continue to be effective or be reinstated, as the case may be, if at any time payment and performance of the Guaranty Obligations, or any part thereof, is, pursuant to applicable law, rescinded or reduced in amount, or must otherwise be restored or returned by Fidelity, whether as a "voidable preference," "fraudulent transfer," or otherwise, all as though such payment or performance had not been made.  In the event that any payment, or any part thereof, is rescinded, reduced, restored or returned, the Guaranty Obligations shall be reinstated and deemed reduced only by such amount paid and not so rescinded, reduced, restored or returned.

2.5.    Guaranty Fee.  Borrower shall grant Guarantor a warrant to purchase 200,000 shares of Borrower's common stock for $0.36 per share, which warrant shall be exercisable for ten years and shall be subject to final approval by the board of directors of Borrower.

2.6.    Closing the Credit Line.  The credit line established under the Loan Agreement may be closed upon the mutual agreement of Guarantor and Borrower.

3.    REPRESENTATIONS AND WARRANTIES.

3.1.    Guarantor's Representations.  Guarantor makes the following representations and warranties to Borrower, each and all of which shall survive the execution and delivery of this Agreement:

(a)    Power and Authority; Compliance with Law.  Guarantor (i) has the requisite power and authority to enter into this Agreement and (ii) is in compliance with all applicable provisions of law.

2

(b)      Corporate Power; Authorization; Enforceable Guaranteed Obligations. The execution, delivery and performance of this Agreement and all instruments and documents to be delivered by Guarantor hereunder are within Guarantor's power, have been duly authorized by all necessary or proper action, are not in contravention of any bylaw or rule applicable to Guarantor, do not violate any law or regulation, or any order or decree of any governmental authority, do not conflict with or result in the breach of, or constitute a default under, or accelerate or permit the acceleration of any performance required by, any indenture, mortgage, deed of trust, lease, agreement or other instrument to which Guarantor is a party or by which Guarantor or any of his property is bound, and does not require the consent or approval of any governmental authority or any other person.  Upon execution, this Agreement shall constitute a legal, valid and binding obligation of Guarantor, enforceable against Guarantor in accordance with its terms.

(c)      Ownership of Guaranty Collateral; Due Authority; Lien Priority. Guarantor is the sole owner of record and the sole beneficial owner of the Guaranty Collateral. The Guaranty Collateral is free and clear of any lien thereon or affecting the title thereto, except for the lien created by the Cross Guaranty in favor of Lender.

3.2.    Borrower's Representations.  Borrower makes the following representations and warranties to Guarantor, each and all of which shall survive the execution and delivery of this Agreement:

(a)      Power and Authority; Compliance with Law.  Borrower (i) has the requisite power and authority to enter into this Agreement and (ii) is in compliance with all applicable provisions of law.

(b)      Corporate Power; Authorization; Enforceable Guaranteed Obligations. The execution, delivery and performance of this Agreement and all instruments and documents to be delivered by Borrower hereunder are within Borrower's power, have been duly authorized by all necessary or proper action, are not in contravention of any bylaw or rule applicable to Borrower, do not violate any law or regulation, or any order or decree of any governmental authority, do not conflict with or result in the breach of, or constitute a default under, or accelerate or permit the acceleration of any performance required by, any indenture, mortgage, deed of trust, lease, agreement or other instrument to which Borrower is a party or by which Borrower or any of its property is bound, and does not require the consent or approval of any governmental authority or any other person.  Upon execution, this Agreement shall constitute a legal, valid and binding obligation of Borrower, enforceable against Borrower in accordance with its terms.

4.    OTHER TERMS.

4.1.    Entire Agreement.  This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements, whether written or oral, between the parties with respect to the subject matter hereof.

4.2.    Severability.  Whenever possible, each provision of this Agreement shall be interpreted in such a manner to be effective and valid under applicable law, but if any provision

3

of this Agreement shall be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement.

4.3.     Successors and Assigns.  This Agreement shall be binding upon the successors and assigns of Guarantor and Borrower (including a trustee or debtor in possession on behalf of Guarantor and Borrower).

4.4.     Counterparts.  This Agreement may be authenticated in any number of counterparts, each of which shall collectively and separately constitute one and the same agreement.  Delivery of an authenticated counterpart of a signature page hereto by facsimile or other electronic transmission shall be effective as delivery of a manually executed counterpart hereof.

4.5.     Governing Law.  The validity of this Agreement, the construction, interpretation, and enforcement hereof, and the rights of the parties hereto with respect to all matters arising hereunder or related hereto shall be determined under, governed by, and construed in accordance with the laws of the State of California.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

IN WITNESS WHEREOF, the parties have executed and delivered this Agreement as of the date first above written.

"Guarantor"

By:_____
        Ramesh Balwani

"Borrower"

THERANOS, INC.

By:_____
        Elizabeth Holmes
        President and Chief Executive Officer

# EXHIBIT 18

# Sunny Balwani - Purchases of Theranos Stock

| Date | # of Shares Purchased | $ Invested | Source |
|---|---|---|---|
| **4/14/2010** | 277,777 | $99,999.72 | TX 20128 |
| | 322,223 | $116,000.28 | |
| | 200,000 | $72,000.00 | |
| | **Total: 800,000** | **$288,000.00** | |
| **8/21/2011** | 1,351,121 | $486,403.56 | TX 20130 |
| | 3,242,242 | $3,339,509.26 | TX 20129 |
| | **Total: 4,593,363** | **$3,825,912.82** | |
| **12/16/2011** | **550,000** | **$566,500.00** | TX 20135 |
| **TOTAL:** | **5,943,363** | **$4,680,412.82** | |

# EXHIBIT 19



# H1N1 SEASONAL INFLUENZA A



## TNAA LDT Validation Report

Limit of Detection = 10 cp/uL

Rate of Detection = 100 cp/uL in 24 minutes

Katie Sullivan-Bibee

THERANOS, INC.

Confidential

THPFM0005706553

| theran🔵s | | Document Number: TNAA_Val_028 |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| **H1N1 seasonal Influenza A TNAA Validation Report** | | |

**Author(s):**

| Signature: | Date: |
|---|---|
| Name: Katie Sullivan-Bibee | Title: Research Associate |

**Reviewer(s)**

| Signature: | Date: |
|---|---|
| Name:  Pranav Patel, PhD. | Title: Team Lead |

| Signature: | Date: |
|---|---|
| Name: Daniel Young, Ph.D. | Title: Vice President |

**Approver(s):**

| Signature: | Date: |
|---|---|
| Name: Adam Rosendorff, M.D | Title: Laboratory Director |

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential

THPFM0005706554

| **theranos** | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision: Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| **H1N1 seasonal Influenza A TNAA Validation Report** | | |

## Table of Contents

1. Purpose
2. Background
3. Methods and Materials
4. Summary of performance data
5. Limit of Detection
6. Reproducibility/Precision
7. Carryover
8. Inclusivity/Exclusivity
9. Cross-Reactivity
10. Specificity
11. Interfering substances
12. Method Comparison on clinical samples
13. Final Recommendations
14. Appendix

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

| theran⊚s | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| | H1N1 seasonal Influenza A TNAA Validation Report | |

## H1N1 seasonal Influenza A

### 1) PURPOSE

This report includes relevant information about the target organism, a detailed description of the primers and selected targets designed for the detection of this organism, a summary of the validation assay performance, determination of the assay's efficacy and safety for patient use, and recommendations for future assay execution.

### 2) BACKGROUND

Influenza viruses contain a single-stranded, negative-sense, segmented RNA genome, with each piece of RNA containing one or two genes that encode for a viral protein.  The influenza A genome contains 11 genes on eight pieces of RNA, encoding for 11 proteins: hemagglutinin (HA), neuraminidase (NA), nucleoprotein (NP), M1, M2, NS1, NS2 (NEP: nuclear export protein), PA, PB1 (polymerase basic 1), PB1-F2 and PB2.  Influenza A viruses are classified into subtypes based on antibody responses to hemagglutinin (HA) and neuraminidase (NA), two large glycoproteins found on the surface of the virus. HA is a lectin that mediates binding of the virus to target cells and entry of the viral genome into the target cell, while NA is involved in the release of progeny virus from infected cells, by cleaving sugars that bind the mature viral particles.  These different types of HA and NA form the basis of the *H* and *N* distinctions.  There are sixteen H and nine N subtypes known, but only H 1, 2, and 3, and N 1 and 2 are commonly found in humans.

Theranos developed a panel of nucleic acid amplification-based assays to detect and distinguish influenza A and B, and to further subtype Influenza A as H1N1, H3N2, H5N1 and H7N9, as well as distinguish between H1N1 seasonal strains and novel H1N1 (swine flu or H1N1 pandemic of 2009) that appeared during the human outbreak in 2009.

The assay described in this report focuses on the identification of seasonal H1N1 influenza A strains, excluding the 2009 swine flu pandemic strain H1N1 pdm09.  This assay is specific for a portion of the HA gene of H1N1 influenza A.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 025**

| theran⊚s | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision: Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| **H1N1 seasonal Influenza A TNAA Validation Report** | | |

## 3) METHODS AND MATERIALS

Nucleic acids were extracted from clinical samples using automated sample preparation devices made by PerkinElmer. The Chemagic Magnetic Separation Module 1 (MSM1) or the Chemagic Prepito-D automated devices were used with the Chemagic Viral RNA/DNA Kit (MSM1 catalog number CMG-1049 and Prepito-D catalog number CMG-2021).

The Theranos Nucleic Acid Amplification (TNAA) assay reactions contain 1x Nucleic Acid Amplification buffer (20 mM Tris Acetate, pH 7.9, 50 mM Potassium Acetate, 10 mM Magnesium Acetate and 1mM DTT), 0.08% Tween, 0.8 M betaine, 1.4 mM dNTPs, 2 uM Syto59, 0.8 uM assay primer 1 and 0.8 uM assay primer 2, 20 units Bst polymerase, and template at the noted concentration. The reactions are performed at 56ºC for 60 minutes. Primers and Bst polymerase used in the Theranos Nucleic Acid Amplification assay are produced in-house by Theranos Inc.

## 4) SUMMARY OF PERFORMANCE DATA

Theranos developed a Theranos Nucleic Acid Amplification (TNAA) assay specific for H1N1 seasonal Influenza A. The TNAA assay reactions adhered to the assay conditions as stated above in the Methods and Materials section. The assay specific primers used were RLX1222 and RLX1223. Summarized data will follow below while detailed experimental data can be found in the appendix.

Primer sequences are:

| *H1N1 seasonal Influenza A* | RLX1222 | CGCCAGAAATTGGAATCAATGGG |
| --- | --- | --- |
| | RLX1223 | CTGGCGCCAGGGAGACCA |

## 5) LIMIT OF DETECTION

The purpose of this study is to determine the limit of detection (LOD) for the Theranos TNAA assay. The $LOD_{95}$ is the viral or bacterial titer at which >95% of known positive samples test positive using the TNAA assay. Statistically jutified cut-off times for making positive/negative calls were determined for each target empirically. As a qualitative assay, the reference range is positive when equal to or greater than the assay's limit of detection and negative when less than the assay's limit of detection. A set of experiments, repeated over nine days, were conducted that included eight replicates each of three target dilutions (LoD, 10X LoD, and 100X LoD), as well as eight NTCs, using the target primers for amplification. These data were then processed using a receiver-operator character (ROC) analysis, and

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
| --- | --- |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

THPFM0005706557

| theran⊛s | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |

the best threshold detection time for distinguishing positives and negatives determined using the Youden test statistic as implemented by the R package, pROC.

The assay reliably detected 104 TCID50/ml of H1N1 seasonal Influenza A in approximately 20 minutes, as shown below.  The 20 minute assay cut-off time was determined by ROC analysis.  The assay was performed six times.  Reactions with template were performed in replicates of eight.  Reactions without template (NTCs or Non-Templated Controls) were performed in eight replicates each.

| LOD | Concentration | Unit | NumPositive | Total | Percent |
| --- | --- | --- | --- | --- | --- |
| 100X LOD | 10417 | TCID50/ml | 48 | 48 | 100 |
| 10X LOD | 1042 | TCID50/ml | 48 | 48 | 100 |
| 1X LOD | 104 | TCID50/ml | 48 | 48 | 100 |
| NTC | 0 | TCID50/ml | 1 | 48 | 2.1 |

## 6) REPRODUCIBILITY/PRECISION

The purpose of this experiment is to determine the precision of the assay, percent positive and negative at three detection limits: high-negative (0.1X LOD=10 TCID50/ml), low-positive (LOD=104 TCID50/ml), and high-positive (3X LOD=313 TCID50/ml).   The assay was performed seven times. Reactions with template were performed in eight replicates each and without template (NTCs or Non-templated Controls) were performed in eight replicates each.

| Precision LOD | Concentration | Unit | NumPositive | Total | Percent |
| --- | --- | --- | --- | --- | --- |
| 3X LOD | 313 | TCID50/ml | 56 | 56 | 100 |
| 1X LOD | 104 | TCID50/ml | 56 | 56 | 100 |
| 0.1X LOD | 10 | TCID50/ml | 23 | 56 | 41.1 |
| NTC | 0 | TCID50/ml | 0 | 56 | 0 |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential

THPFM0005706558

| theran⊙s | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| | H1N1 seasonal Influenza A TNAA Validation Report | |

## 7) CARRYOVER

The purpose of this experiment is to determine the potential for carryover of positive samples adjacent to negative reactions.  The nucleic acid template is prepared from high-positive (100X LOD = 10,417 TCID50/ml), low-positive (1X LOD=104 TCID50/ml), and non-templated controls (NTCs) which are arrayed in alternating rows of eight replicates each.  There are two rows of high-positive reactions, two rows of low-positive reactions, and six rows of NTCs.  The assay was performed once, with no carryover of positive samples to negative reactions.

| | 100X LOD | NTC | 100X LOD | NTC | LOD | NTC | LOD | NTC | NTC | NTC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| A | empty | + | - | + | - | + | - | + | - | - | - | empty |
| B | | + | - | + | - | + | - | + | - | - | - | |
| C | | + | - | + | - | + | - | + | - | - | - | |
| D | | + | - | + | - | + | - | + | - | - | - | |
| E | | + | - | + | - | + | - | + | - | - | - | |
| F | | + | - | + | - | + | - | + | - | - | - | |
| G | | + | - | + | - | + | - | + | - | - | - | |
| H | | + | - | + | - | + | - | + | - | - | - | |

| Carryover samples | NumPositive | Total | Percent |
|---|---|---|---|
| 10,417 TCID50/ml | 16 | 16 | 100 |
| 104 TCID50/ml | 16 | 16 | 100 |
| NTC | 0 | 48 | 0 |

## 8) INCLUSIVITY/EXCLUSIVITY

The assay for H1N1 seasonal Influenza A was tested to validate inclusivity and exclusivity.  Various strains of H1N1 seasonal Influenza A were tested to verify inclusive assay performance.  The assay was also tested against different species of Influenza A to verify exclusivity between close relatives.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

| theran⊙s | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| | H1N1 seasonal Influenza A TNAA Validation Report | |

All inclusive strains of H1N1 were tested in eight or sixteen replicates each, while there were 24 total replicates for NTC reactions.  The TNAA method successfully detected all inclusive H1N1 seasonal strains.

All exclusive Influenza A and B strains were tested in eight replicates each, with eight positive control reactions and 24 negative NTC replicates.  One out of eight reactions of Flu A H5N1 were detected, but further exploration determined that the positive reaction was due to H1N1 Flu A contamination.  In addition, a specific TNAA assay for H5N1 has been developed to prevent issues with potential false positives.  The TNAA method excluded all closely related Influenza A strains.

The following tables summarize the inclusivity and exclusivity pathogens to be evaluated for the H1N1 seasonal Influenza A assay.

| Inclusivity Samples | NumPositive | Total | Percent |
| --- | --- | --- | --- |
| Flu A/Denver/1/57 (H1N1) (10^7 cp/ml) | 8 | 8 | 100 |
| Flu A/FM/1/47 (H1N1) (10^7 cp/ml) | 16 | 16 | 100 |
| Flu A/New Caledonia (H1N1) (10^6 cp/ml) | 8 | 8 | 100 |
| Flu A/New Caledonia (H1N1) (10^7 cp/ml) | 8 | 8 | 100 |
| Flu A/PR/8/34  (H1N1) (10^7 cp/ml) | 8 | 8 | 100 |
| Flu A/WSN/33  (H1N1) (10^7 cp/ml) | 8 | 8 | 100 |
| NTC | 0 | 24 | 0 |

| Exclusivity Samples | NumPositive | Total | Percent |
| --- | --- | --- | --- |
| A/California/7/2009 (H1N1 pdm09)  (10^7 cp/ml) | 0 | 8 | 0 |
| A/Port Chalmers/1/73 (H3N2) (10^7 cp/ml) | 0 | 8 | 0 |
| B/Lee/40  (10^7 cp/ml) | 0 | 8 | 0 |
| Flu A (H1N1 novel)  (10^7 cp/ml) | 0 | 8 | 0 |
| Flu A/Aichi (H3N2) (10^6 cp/ml) | 0 | 8 | 0 |
| Flu A/Egypt (H5N1) (10^6 cp/ml) | 0 | 8 | 0 |
| Flu A/Hong Kong (H9N2) (10^7 cp/ml) | 0 | 8 | 0 |
| Flu A/India (H5N1) (10^6 cp/ml) | 1 | 8 | 12.5 |
| Flu A/Turkey (H5N1)  (10^6 cp/ml) | 0 | 8 | 0 |
| Flu A/Victoria (H3N2) (10^6 cp/ml) | 0 | 8 | 0 |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

| theran⊚s | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision: Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| | **H1N1 seasonal Influenza A TNAA Validation Report** | |

| | | | |
| --- | --- | --- | --- |
| Flu B/Malaysia (10^7 cp/ml) | 0 | 8 | 0 |
| Flu B/Russia/69  (10^7 cp/ml) | 0 | 8 | 0 |
| NTC | 0 | 24 | 0 |

## 9) CROSS-REACTIVITY

The cross-reactivity of the assay was tested against a panel of organisms which may also be present in collected H1N1 seasonal Influenza A clinical samples.  These organisms must be tested to ascertain that no false positives will be due to contamination from the off-target genomic material at clinically relevant viral or bacterial loads.  The table below summarizes the genomic material tested and the results obtained.  All potentially cross-reactive organisms were tested in replicates of four and NTCs and the positive control were also tested in replicates of four.  One out of four *K. pneumoniae* reactions was detected by the TNAA H1N1 seasonal Flu A assay.  Further experiments demonstrated that the positive reaction was in fact H1N1 seasonal Flu A contamination.  In addition, a specific TNAA assay for *K. pneumoniae* has been developed to prevent issues with potential false positives.  The TNAA assay was verified to not cross-react with any non-target organisms.

| Cross-reactivity Samples | NumPositive | Total | Percent |
| --- | --- | --- | --- |
| Adenovirus 4 (10^6 cp/ml) | 0 | 4 | 0 |
| B. pertussis (10^7 cp/ml) | 0 | 4 | 0 |
| C. albicans (10^6 cp/ml) | 0 | 4 | 0 |
| E. coli (10^6 cp/ml) | 0 | 4 | 0 |
| Flu A/California (H1N1 novel) (10^8 cp/ml) | 0 | 4 | 0 |
| Flu A/New Cal (H1N1) - synth (10^5 cp/ml) | 4 | 4 | 100 |
| Flu B/Florida/07/04 (10^5 cp/ml) | 0 | 4 | 0 |
| K. pneumoniae (10^6 cp/ml) | 1 | 4 | 25 |
| NTC | 0 | 4 | 0 |
| P. aeruginosa (10^6 cp/ml) | 0 | 4 | 0 |
| S. aureus MSSA (10^7 cp/ml) | 0 | 4 | 0 |
| S. pyogenes (10^6 cp/ml) | 0 | 4 | 0 |

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
| --- | --- |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

| | Document Number: TNAA_Val_028 |
|---|---|
| **theranos** | Revision:  Draft 1 |
| | Effective Date: Jan. 13, 2014 |

| H1N1 seasonal Influenza A TNAA Validation Report |
|---|

## 10)   SPECIFICITY

The specificity of the assay was tested against a panel of organisms which may be present as potential contaminants in H1N1 seasonal Influenza A samples and whose genomic material may be carried though the sample preparation protocol.  These organisms must be tested to verify that assay performance is not significantly impacted by the presence of off-target genomic material combined with H1N1 seasonal Influenza A at clinically relevant loads.  The table below summarizes the genomic material tested and the results obtained.  All organisms combined with H1N1 seasonal were tested in replicates of four.  The positive control was tested in sixteen replicates and NTCs were also tested in sixteen replicates.  Negative control replicates were tested in replicates of four.

The results below show that the assay is specific to H1N1 seasonal Influenza A and spiking in other organisms that may be found in the same sample type does not affect assay performance. The assay tested H1N1 seasonal target at 10X LOD (1,042 TCID50/ml) combined with the off-target organism.  The off-target nucleic acid concentration reflects expected median viral/bacterial loads in clinical specimens.

| Specificity Samples | NumPositive | Total | Percent |
|---|---|---|---|
| H1N1 (1,042 TCID50/ml) + HMPV (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (1,042 TCID50/ml) + PIV1 (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (1,042 TCID50/ml) + PIV3 (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (1,042 TCID50/ml) + RSV (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (10,417 TCID50/ml) + HMPV (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (10,417 TCID50/ml) + PIV1 (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (10,417 TCID50/ml) + PIV3 (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (10,417 TCID50/ml) + RSV (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (104 TCID50/ml) + HMPV (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (104 TCID50/ml) + IDTE | 16 | 16 | 100 |
| H1N1 (104 TCID50/ml) + PIV1 (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (104 TCID50/ml) + PIV3 (10^6 cp/ml) | 4 | 4 | 100 |
| H1N1 (104 TCID50/ml) + RSV (10^6 cp/ml) | 4 | 4 | 100 |
| IDTE + HMPV (10^6 cp/ml) | 0 | 4 | 0 |
| IDTE + PIV1 (10^6 cp/ml) | 0 | 4 | 0 |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential

THPFM0005706562

| theran⊕s | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision: Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| **H1N1 seasonal Influenza A TNAA Validation Report** | | |

| IDTE + PIV3 (10^6 cp/ml) | 0 | 4 | 0 |
|---|---|---|---|
| IDTE + RSV (10^6 cp/ml) | 0 | 4 | 0 |
| NTC | 0 | 16 | 0 |

## 11) INTERFERING SUBSTANCES

The following interfering substances have been evaluated to have no significant effect on the performance of the TNAA assay. The interfering substances were added to H1N1 seasonal Influenza A sample prep at both 10% and 0.1% of the total reaction by volume.

**Interfering Substances: Endogenous and Exogenous.**

| Endogenous | Exogenous |
|---|---|
| Human blood | Bactroban nasal |
| Mucin | Flonase |
| Human genomic DNA | Nasonex |
| | Astelin |
| | Anefrin Nasal Spray |
| | Neosynphrine |
| | VapoRub cough suppressant |
| | ZiCam Allergy Relief nasal gel |
| | Mucin |
| | UTM |

| Theranos Confidential | Page [ PAGE ] of [ NUMPAGES ] |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential

THPFM0005706563

| theran⊚s | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision: Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| **H1N1 seasonal Influenza A TNAA Validation Report** | | |

## 12) METHOD COMPARISON ON CLINICAL SAMPLES

The purpose of this study is to estimate the sensitivity and specificity of the TNAA assay using qPCR as the comparator (predicate method). The primers used for qPCR were from the following source:

**Li, Z., Jansen, D. L., Finn, T. M., Halperin, S. A., Kasina, A., O'Connor, S. P., Aoyama, T., Manclark, C. R. & Brennan, M. J. (1994).** Identification of *Bordetella pertussis* infection by shared-primer PCR. *J Clin Microbiol* 32, 783–789.

http://jcm.asm.org/content/32/3/783.full.pdf

Sequences for the primers used in qPCR are:

| H1N1 seasonal Influenza A | RLX1550 | TGCAACATCCTGTCCCCTTAATCC |
|---|---|---|
| qPCR primers | RLX1552 | CGTCCACCAGGGGTGGTAGGAGAT |

The following clinical samples were tested: 50 positive samples and 100 negative samples obtained from Fostering Tech Medical. Both nasal swab and sputum samples were taken from a range of individuals of both sexes and various ages.

| TNAA vs qPCR Contingency Table | | qPCR | | |
|---|---|---|---|---|
| | | **Positive** | **Negative** | **Total** |
| **TNAA** | **Positive** | 50 | 0 | 50 |
| | **Negative** | 0 | 100 | 100 |
| | **Total** | 50 | 100 | 150 |

| Percent | 95% Confidence Interval |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 033**

Confidential

THPFM0005706564

| theranos | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |

| Estimated Sensitivity | 100% | 93% | 100% |
|---|---|---|---|
| Estimated Specificity | 100% | 96% | 100% |

| Based on a Prevalence of | 33% |
|---|---|
| Positive Predictive Value | 100% |
| Negative Predictive Value | 100% |

## 13) FINAL RECOMMENDATIONS

The assay for H1N1 seasonal Influenza A was found to meet all criteria for precision, carryover, inclusivity, exclusivity, cross-reactivity, specificity, and resistance to interfering substances.    Positive and negative clinical samples were tested and compared to a predicate method.  Based upon the data, the assay was determined to be safe and effective for patient use.  The H1N1 seasonal Influenza A assay specifically and reliably detects H1N1 seasonal Influenza A. The assay limit of detection is 104 TCID50/ml with a recommended assay duration of 20 minutes as determined by ROC analysis.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.



**Trial Exh. 9187 Page 034**

Confidential

THPFM0005706565

| theranos | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| | H1N1 seasonal Influenza A TNAA Validation Report | |

## 14) APPENDIX



Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 035**

Confidential

THPFM0005706566

| theran⊙s | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |



Precision H1N1 Seasonal cutoff= 20

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is
prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 036**

Confidential

THPFM0005706567

| theranos | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |



Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 037**

Confidential

THPFM0005706568

| theranos | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |



Inclusivity H1N1 Seasonal cutoff= 20

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential
THPFM0005706569

| theranos | | Document Number: TNAA_Val_028 |
|---|---|---|
| | | Revision: Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |



Exclusivity H1N1 Seasonal cutoff= 20

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Confidential

THPFM0005706570

| theran⊙s | | Document Number: TNAA_Val_028 |
| --- | --- | --- |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |



Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 040**

Confidential
THPFM0005706571

| theran⊙s | | Document Number: TNAA_Val_028 |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |



Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 041**

Confidential

THPFM0005706572

| theran⊚s | | Document Number: TNAA_Val_028 |
| | | Revision:  Draft 1 |
| | | Effective Date: Jan. 13, 2014 |
| H1N1 seasonal Influenza A TNAA Validation Report | | |



Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

**Trial Exh. 9187 Page 042**

Confidential
THPFM0005706573

# EXHIBIT 20

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 21

# EXHIBIT FILED UNDER SEAL