# EXHIBIT 22

RICK DEVOS                                    September 19, 2019

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4
    SECURITIES AND EXCHANGE
 5  COMMISSION,

 6          Plaintiff,
                                Case No. 5:18-cv-01603EJD
 7  -vs-

 8  RAMESH "SUNNY" BALWANI,

 9          Defendant.
    _____/
10

11

12           VIDEOTAPED DEPOSITION OF RICK DEVOS

13

14      Taken by the Defendant on the 19th day of September 2019, at

15  the offices of Warner, Norcross & Judd, 111 Lyon Street NW, Suite

16  900, Grand Rapids, Michigan, at 12:08 p.m.

17
    APPEARANCES:
18
    For the Plaintiff: Ms. Susan LaMarca
19                      Securities & Exchange Commission
                        44 Montgomery Street, Suite 2800
20                      San Francisco, California 49104
                        (415) 705-2500
21                      lamarca@sec.gov

22
    For the Defendant: Mr. Jeffrey B. Coopersmith
23                      Davis Wright Tremaine, LLP
                        920 Fifth Avenue, Suite 3300
24                      Seattle, Washington 98104-1610
                        (206) 622-3150
25                      Jeffcoopersmith@dwt.com
```

RICK DEVOS                          September 19, 2019

01:25  1          the state of Arizona."  Do you see that?

01:25  2     A    Yes.

01:25  3     Q    Do you recall hearing or knowing the number of stores that

01:26  4          Theranos was -- the number of Walgreens stores that Theranos

01:26  5          was operating in during the time of the company's investment

01:26  6          decision in October 2014?

01:26  7     A    No, I do not recall.

01:26  8     Q    Okay.  So do you -- did you once know it and forget it, or

01:26  9          you just can't recall whether you heard it or not as you sit

01:26 10          here?

01:26 11     A    I can't recall whether I heard it or not.

01:26 12     Q    But you might have?

01:26 13     A    I guess.

01:26 14     Q    So can you recall anything at all that was -- any

01:26 15          information that was conveyed during the meeting that you

01:26 16          attended in October?  I guess it was October 14.

01:26 17     A    No.

01:26 18     Q    Okay.

01:26 19     A    I have four kids and a busy life.

01:26 20     Q    All right.  I understand.  So you just draw a blank at this

01:26 21          point?

01:26 22     A    Yes.

01:26 23     Q    Okay.  I'm going to mark a new one.  It's going to be DeVos

01:27 24          Exhibit 8.

01:27 25                    (At 1:27 p.m., Deposition Exhibit 8 was marked for

01:27  1              identification.)

01:27  2   Q    DeVos 8 is a document that says "RDV Corporation" at the

01:27  3        top, and then it says "Investment Committee Notes, Monday

01:27  4        May 11, 2015."  Do you see that?

01:27  5   A    Yes.

01:27  6   Q    And then it says "The Investment Committee meeting was held

01:27  7        in the 7th floor boardroom of RDV Corporation on Monday,

01:28  8        May 11, 2015."  And then below that it says "Committee

01:28  9        Members Present," and it lists several people, including

01:28 10        Doug DeVos, Dan DeVos, Cheri DeVos, Rick DeVos, and Michael

01:28 11        Abraham.  Do you see that?

01:28 12   A    Yes.

01:28 13   Q    Okay.  So looking at this document can you confirm that you

01:28 14        were in fact on the Investment Committee of RDV Corporation

01:28 15        as of May 11, 2015?

01:28 16   A    I guess so.

01:28 17   Q    Because the document says it?

01:28 18   A    Yeah.

01:28 19   Q    But other than the document saying it, do you have any

01:28 20        independent knowledge beyond the document that you were in

01:28 21        fact on that committee?

01:28 22   A    No, not really.

01:28 23   Q    Okay.  Do you recall attending Investment Committee meetings

01:28 24        from time to time?

01:28 25   A    Yes.

RICK DEVOS                                    September 19, 2019

01:28  1   Q    Do you recall attending this one?

01:28  2   A    I don't recall this one in particular, no.

01:28  3   Q    Okay.  Do you recall during any Investment Committee meeting

01:28  4        that you attended a discussion about Theranos?

01:28  5   A    I don't.

01:28  6   Q    This is going to be DeVos 9, this next one.

01:29  7            (At 1:29 p.m., Deposition Exhibit 9 was marked for

01:29  8             identification.)

01:29  9   Q    Okay.  Exhibit DeVos 9 is an e-mail string that starts out

01:29 10        with an e-mail from Rick DeVos to three family members, and

01:29 11        then above it a reply from Dick DeVos to the same people.

01:29 12        Do you see that?

01:29 13   A    Yes.

01:29 14   Q    And then it looks like you forwarded an article from

01:30 15        Bloomberg News involving an investigation of Theranos.  Do

01:30 16        you see that?

01:30 17   A    Yes.

01:30 18   Q    And then -- did you actually review that article?

01:30 19   A    I don't recall.

01:30 20   Q    And then you sent it to your mom and dad and Missy DeVos; is

01:30 21        that right?

01:30 22   A    Yes.

01:30 23   Q    Who is Missy DeVos?

01:30 24   A    My wife.

01:30 25   Q    So above that Dick DeVos responded "Typical governmental

# EXHIBIT 23

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 24

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 25

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 26



**Theranos, Inc. Patent Portfolio Overview**

COUNSEL TO GREAT COMPANIES

PREPARED BY PERKINS COIE LLP FOR

PRESENTED BY

**theranos**

**FORTRESS**

**TIMOTHY J. CARROLL | PARTNER**
+1.312.324.8446
TCarroll@perkinscoie.com

**KOURTNEY M. MERRILL | PARTNER**
+1.303.291.2388
KMerrill@perkinscoie.com

MAY 12, 2017

**PERKINS**coie

PerkinsCoie.com | Privileged/Attorney Work Product | Confidential

PC0000048

## Theranos Patent Portfolio Overview

- **Worldwide:**  Approximately 809 total assets
  - ~ 185 granted patents
  - ~ 624 pending applications
- **US:**  Approximately 221 total assets
  - ~ 93 granted patents
  - ~128 pending applications

PERKINScoie

PerkinsCoie.com  | Privileged/Attorney Work Product |  Confidential  2

PC0000049

## Distribution of Theranos' Portfolio Worldwide



| | US | AU | CN | KR | EP | IL | CA | JP | SG | MX | IN | HK | NZ | WO | Other* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Application | 128 | 42 | 48 | 33 | 49 | 54 | 51 | 37 | 44 | 38 | 26 | 26 | 22 | 9 | 17 |
| Grant | 93 | 22 | 9 | 23 | 7 | 0 | 1 | 14 | 0 | 2 | 2 | 0 | 0 | 0 | 12 |

Source: Innography, independent analysis. Includes active assets (grants and published applications).
*Other consists of the following additional jurisdictions: RU, TW, ES, BR, DK, AR, AT, PT.

PC0000050

## Theranos Patent Portfolio Strengths

- Extensive patent portfolio directed to **Automated blood/bodily fluid processing**
  - Numerous patents with broad claims and priority dates back to 2008
  - Theranos can use these patents to target competitors
- Patents in other areas also provide opportunities for monetization
  - **Assay methods**
  - **Centrifuge design**
  - **Real-time influenza detection**

PerkinsCoie.com  | Privileged/Attorney Work Product |  Confidential  4

PC0000051

## Theranos Patent Portfolio Strengths (continued)

- **Automated blood/bodily fluid processing**
  - Numerous aspects of testing methods and apparatuses from sample collection to analytic detection to communicating results with point-of-care applications
  - More than 30 patents and numerous pending applications
  - Priority dates as early as 2005

PC0000052

## Theranos Patent Portfolio Strengths (continued)

- **Assay methods**
  - E.g., amplifying a nucleic acid, modifying assay methods for small samples
  - Approximately 12 patents and numerous pending applications
  - Lengthy licensing shelf life

PERKINS**COIE**

PerkinsCoie.com | Privileged/Attorney Work Product | Confidential  6

PC0000053

## Theranos Patent Portfolio Strengths (continued)

- **Centrifuge design**
  - Two issued patents and several pending applications
  - Lengthy licensing shelf life

- **Real-time influenza detection**
  - Two issued patents and at least one pending application
  - Priority dates as early as 2006

PC0000054





Source: Innography, independent analysis. Includes active US grants.



Theranos Portfolio Innography Strength Ranges

Source: Innography, independent analysis. Includes active grants. Strength Ranges are based on Innography's proprietary algorithm designed to identify (objectively) the strength of a patent.

PerkinsCoie.com | Privileged/Attorney Work Product | Confidential   10

## Theranos' Top 10 Class Codes

| Theranos' Top 10 CPC with Description | Asset Count |
|---|---|
| G01N0033530400: Reaction Vessels | 63 |
| G06F0019343700: Medical Simulation Or Modelling | 47 |
| G01N0033569830: Viruses | 37 |
| G01N0021760000: Chemiluminescence Bioluminescence | 31 |
| A61B0005073000: Intestinal Transmitters | 30 |
| G01N0033542000: With Steric Inhibition Or Signal Modification | 29 |
| G01N0033569720: White Blood Cells | 26 |
| G01N0033860000: Involving Blood Coagulating Time Or Factors, Or Their Receptors | 26 |
| G01N0035106500: Multiple Transfer Devices | 23 |
| G06F0019366000: Acquisition Of Data Related To Laboratory Tests | 21 |

Top 10 CPC codes are based on WW active assets (i.e., grants and published applications).
Source: Innography.

PC0000058

## Top 20 Assignees for Theranos' Top 10 Class Codes

| Rank | Ultimate Parent | Asset Count |
|---|---|---|
| 1 | Theranos Inc. | 333 |
| 2 | Others | 254 |
| 3 | Siemens | 228 |
| 4 | Sysmex | 150 |
| 5 | Roche Holding | 144 |
| 6 | Proteus Digital Health | 98 |
| 7 | Olympus Corporation | 90 |
| 8 | Johnson & Johnson | 80 |
| 9 | Koninklijke Philips | 77 |
| 10 | Danaher | 73 |
| 11 (tie) | Heartflow | 72 |
| 11 (tie) | Medtronic | 72 |
| 13 | Meso Scale Technologies | 59 |
| 14 | Hitachi | 55 |
| 15 | Becton Dickinson | 49 |
| 16 | University Of California | 43 |
| 17 | Abbott Laboratories | 42 |
| 18 (tie) | Bio-Rad Laboratories | 40 |
| 18 (tie) | Thermo Fisher Scientific | 40 |
| 20 | Biogen | 37 |

Top 10 CPC codes are based on WW active assets (i.e., grants and published applications).
Source: Innography.  Unassigned are assets without recorded assignments at the national
PTOs.  Source: Innography.

PC0000059







## Numerous Entrants In Point-of-Care Diagnostics

- Abaxis
- Abbott
- Atlas Genetics
- Beckman Coulter
- Biosurfit
- Fluxenergy

- mBio Diagnostics
- Radisens Diagnostics
- Roche
- Siemens
- Vantix Diagnostics

PC0000063