# EXHIBIT 32



### Food and Drug Administration
OFFICE OF CRIMINAL INVESTIGATIONS
MEMORANDUM OF INTERVIEW

CASE NUMBER:              2016-MWM-709-0576

CASE TITLE:              THERANOS, INC.

DOCUMENT NUMBER:        258754

PERSON INTERVIEWED:     Sarah Bennett, CMS/Division of Laboratory Services

PLACE OF INTERVIEW:     CMS, 7500 Security Blvd., Woodlawn, MD

DATE OF INTERVIEW:      09/12/2017

TIME OF INTERVIEW:      1000 EST

INTERVIEWED BY:         SA George Scavdis

OTHER PERSONS PRESENT: See below

On September 12, 2017, the case agent interviewed Sarah Bennett, Centers for Medicare and Medicaid Services (CMS), regarding a CLIA (Clinical Laboratory Improvement Amendments) survey she conducted of Theranos, Inc.'s (Theranos) high complexity laboratory in 2015. Bennett is a medical technologist in CMS's Division of Laboratory Services (DLS). Also present during the interview were the following: AUSA Jeffrey Schenk, United States Attorney's Office for the Northern District of California; Jessica Chan, Securities and Exchange Commission (SEC), Division of Enforcement (DOE); Rahul Kolhatkar, SEC, DOE; Monique Winkler, SEC, DOE; Gary Williams, HHS, Office of the General Counsel (OGC); and Kelsey Schaefer, FDA, Office of the Chief Counsel (telephonically).

Bennett has a Bachelor's of Science degree in medical technology, and she has worked in laboratories for over 28 years. In 2007, she went to work for the Maryland state agency that conducted CLIA surveys, and she was the supervisor of the Laboratory Licensing and Surveying Department. That department was responsible for the implementation of CLIA. In addition to being a supervisor, she conducted surveys.

Bennett explained that a CMS Form 2567 is called a Statement of Deficiencies and Plan of Correction. Bennett was responsible for drafting a portion of the one issued to Theranos, and Gary Yamamoto was responsible for drafting the other portion. Bennett said that she can speak to the parts of the Form 2567 that she wrote, and that she wouldn't have written a deficiency if she didn't have the expertise to write it. In order to be able to write a deficiency, one needs to know the CLIA regulations, the requirements that are applicable to the laboratory being surveyed, and whether what is observed during a survey rises to the level of a deficiency. Bennett works with the Form 2567 within the course of her employment at CMS.

Bennett explained that with regard to CLIA, some states have their own regulations, and a laboratory that is housed in that state must follow whichever set of regulations is more stringent — either the state's, or the CLIA regulations. She further explained that only some of the state regulations may be more stringent than the corresponding CLIA regulations; it's not all or nothing. The State of California has its own state regulations, but Bennett is unsure whether those regulations are considered more stringent than the CLIA ones. Normally, if a state agency is conducting a laboratory survey, it would be looking at both the federal and the state regulations that apply to a laboratory. When Bennett surveyed Theranos, she was only looking at the laboratory's compliance with the federal CLIA regulations, because she was conducting a federal survey. When Bennett was a surveyor for the State of Maryland, she looked at deficiencies under both the state and federal CLIA regulatory schemes, and she would generate two different Form 2567s to reflect that. It's up to

the individual states as to whether they want to combine the results of a survey on one form or do them separately. Theranos never stated to CMS during or after the survey that they were following California state regulations as opposed to CLIA regulations.

In order to become a CLIA certified laboratory, a laboratory first completes and submits a CMS Form 116 (CLIA Application for Certification). When the Form 116 gets filed and approved, the system generates a CLIA number. Within 3 to 12 months after the generation of the CLIA number, the state conducts a survey of the laboratory, which results in either a finding of compliance or in a finding of deficiency. CMS collects a laboratory's Form 116 each time it conducts a survey. If a laboratory makes certain changes, like replacing its laboratory director, then it must complete and submit a new Form 116. CMS typically doesn't get that first Form 116 generated by a laboratory, because the initial survey is conducted by the state. The first two surveys of Theranos were done by the State of California, and CMS did the third. The first state survey occurred in either 2011 or 2012, and the second one occurred in 2013. It would have been normal for the state to survey them in 2015, however, due to the media attention Theranos was receiving at the time and due to the complaints CMS had received about Theranos, it was determined that Bennett and the CMS regional office (Yamamoto) would conduct the survey instead.

In 2014, Theranos came to CMS to explain their device and their business model. Bennett said that it's unusual for a company to do that. She believes that Elizabeth Holmes (Theranos's CEO) wanted to convince CMS that Theranos didn't need a CLIA certificate for their business model. Theranos gave them a flow chart of a business model which showed that the Theranos black boxes would be at sites in Walgreens, that they would be used to collect blood, and that they would send a signal back to Theranos's headquarters in Palo Alto, CA. CMS told them in that meeting that Theranos had to go to the FDA with their device. CMS also told Theranos at that meeting that Theranos did indeed need a CLIA certificate. Penny Keller and Judy Yost from CMS were involved in that meeting. Yost has since retired. Bennett has some e-mails relating to that meeting that she promised to provide at a later date through OGC.

CMS is responsible for the implementation of the CLIA regulations, which are designed to ensure the accuracy and reliability of laboratory testing. FDA interacts with the manufacturers of devices and test systems. CLIA interacts with the laboratory to make sure the laboratory is using those devices and test systems in the manner in which they are supposed to be used. In other words, the manufacturing of tests is FDA, and the running of laboratory tests is CLIA. A laboratory can run either FDA approved tests or tests that are unapproved which are called laboratory developed tests (LDTs). If a laboratory tweaks an FDA approved test, then there are other requirements under CLIA with regard to additional testing that the laboratory must perform to validate that test.

During the 2015 survey, Theranos didn't talk with Bennett about significant modifications that it was making to FDA cleared or approved tests that it was using in its CLIA laboratory. While there, Bennett looked at the Edison device, which Theranos had discontinued using by the time of the survey. Most of her review was "paper" review; she focused her review on their validation studies, which had to include accuracy, precision, reportable range, reference range, analytic specificity, and analytic sensitivity. She focused on quality control (QC) as well as on quality assessment (QA) issues that Theranos had identified in their QA monitoring program. Bennet explained that QA monitoring involves investigating problems with equipment, finding and implementing corrections, and monitoring those corrections. Yamamoto focused on Theranos's pre-analytic data.

Bennett does not use a CLIA "checklist" when she conducts laboratory surveys.  While conducting a survey, the areas Bennett focuses on are QC, QA, and proficiency testing. She picks those areas because those are areas where she can usually discover if there's a problem. Problems in those areas show there is some kind of breakdown in a company's overall quality system, because it demonstrates that the laboratory can't identify issues that arise. Bennett also looks at personnel qualifications very closely while she's on a survey.

The 2015 Theranos survey was both a recertification survey and a complaint survey; it's not unusual for CMS to combine surveys in this manner. The complaints regarding Theranos were received by Yamamoto in CMS's Region Nine.  Bennett has copies of the complaints that she will gather together and give to OGC.

Bennett said that Yamamoto received a complaint from a former Theranos employee. Additionally, the State of New York received a complaint, which they sent to CMS; however, CMS said they never received that complaint, so nobody within CMS could track that down. CMS started its on-site survey of Theranos in September 2015, and it came back to finish the survey in November 2015. The survey was announced to Theranos ahead of time. During the survey, CMS found that Theranos had a lot of procedures that had been signed by their new laboratory director just a day or two before the start of the September survey.

CMS conducts biannual CLIA surveys of a laboratory; so, in 2015, Theranos was due to be surveyed. If a laboratory submits a new Form 116 because it has hired a new laboratory director or for some other reason, that fact would not trigger a CLIA survey. Typically, a recertification survey is conducted approximately six months before the expiration of a laboratory's CLIA certificate. If there's some extenuating circumstance, like with Hurricane Irma or Hurricane Harvey, surveys of affected laboratories won't be completed within the two-year time frame. If the state agency tries to schedule a survey and the laboratory gives them the run around, normally the state agency will notify the CMS regional office. The CMS regional office can take enforcement action, whereas the state cannot. They can continue to try and reschedule, and if the laboratory continues to refuse, CMS can cite them for refusing an inspection, which allows CMS to take certain enforcement actions. Bennett doesn't know if any of this happened with Theranos. The state agencies are agents of CMS; they are not CMS employees.

Bennett explained that it is unusual that CMS sent central office personnel (Bennett) out on the Theranos survey. With that being said, Bennett had experience as a surveyor and she was asked to go by her supervisor, Karen Dyer, the director of DLS. Bennett said that DLS is also known as the CLIA program. Bennett has conducted CLIA surveys for CMS on two other occasions.  Normally, re-certification surveys are conducted by the state agency, but because of the media attention associated with Theranos, the decision was made to send Yamamoto and Bennett. John Carreyrou (a reporter for the Wall Street Journal) had been in contact with CMS about an article he was writing on Theranos. Carreyrou talked to Dyer about the article. He has never spoken with Bennett. The CMS regional office conducts federal jurisdictional surveys. For instance, the National Institute of Health would be surveyed by CMS's Philadelphia Regional Office. Also, federal surveyors would be responsible for surveying the Maryland state laboratory, for example. Bennett was a natural to ask to do the survey because she has survey experience, and she had done it twice before. Most of the people within DLS are not surveyors. CMS knew the day that FDA went in to inspect Theranos (in August 2015). Bennett thinks FDA notified Dyer, and that Dyer told Bennett. The FDA inspection played no role in CMS deciding to involve its central office in the Theranos survey. Surveys are not coordinated between FDA and CMS; the two agencies have different authorities and they look at different things. They have different regulations, standards, and requirements that they're looking at. For instance, FDA would have been looking at the manufacturing, and CMS would have been looking at the testing. Typically, a laboratory is not both a manufacturer and a laboratory conducting tests.

Bennett said that going on site at Theranos was "very interesting."  Everything there is kept behind locked doors. She'd never been on a survey before where there was so much security, which she described as men wearing black suits and ear buds. There was never a time when Bennett and Yamamoto were not in view of a security guard; they even had to be escorted to the bathroom. Bennett's been on dozens of surveys and has never seen that before.  Theranos had both in-house attorneys and outside counsel at the survey, which is not something you'd typically see. It's also not typical to have stickers put on everything saying that it's exempt from release under FOIA. Bennett noted that it was unusual to ask a company for a document, for it to take the company a long time to produce it, and then for the document to be non-responsive; that is what happened with Theranos. CMS told them when they came back in November that practice was not acceptable, and that CMS would assume that if Theranos couldn't produce a document when CMS asked for it, then Theranos didn't have it.

Bennett didn't talk to any previous Theranos surveyors prior to the 2015 Theranos survey. She expected there to be some security because of the mystery surrounding the Edison device, which was proprietary, but she didn't expect that level of security in the non-proprietary laboratory. She had never surveyed a laboratory that developed a device before. The non-proprietary side of the Theranos laboratory was the portion of the laboratory where Theranos was using traditional FDA approved devices. Bennett didn't

US-REPORTS-0006783

inspect the portion of the laboratory that tested blood obtained from finger stick testing; she only inspected the portion where Theranos was using samples obtained from venous blood draws. During the survey, Bennett and Yamamoto went into one laboratory that was portioned off, with Theranos telling them that the side portioned off was their research and development (R&D) area, and that they were not permitted to go in there. It's typical for a company to tell CMS that they can't go into an R&D area.

Bennett explained that when CMS initiates a complaint survey, the survey is typically focused on the subject of the complaint; however, if during that survey other issues are found that are not related to the complaint, then the scope of the survey can be expanded. Since the Theranos survey was both a recertification survey and a complaint survey, there wasn't a separate "portion" of the survey done to address the complaint; they just incorporated what the complaint issues were into the recertification survey.  In the case of the Theranos survey, the complaint that CMS received was about proficiency testing. More specifically, the complaint alleged that they were testing patients on their proprietary device, but doing their proficiency testing on the FDA approved devices. Proficiency testing is a CLIA requirement, and there are regulated analytes and unregulated analytes.  Proficiency testing normally consists of three events a year with five samples being tested for regulated analytes. The proficiency testing provider sends the blind samples to the laboratory, the laboratory runs the samples and sends the results back to the provider, who then grades the laboratory. The proficiency testing provider sends schedules to the laboratory, so the laboratory knows when the blind samples are coming. During the survey, CMS could not find any evidence to substantiate that part of the complaint about Theranos's proficiency testing. Bennett noted that it would have been very difficult to substantiate that, because Theranos could have hidden that easily and there would have been no way for CMS to find that unless CMS was given specific information about where to find it. The other part of the complaint that CMS received was that the QC on the Edison devices was not acceptable and Theranos was still reporting patient results. That part of the complaint was substantiated during the survey.

CMS requires that a laboratory run two levels of QC for each day of patient testing, and that the laboratory follow the manufacturer's ranges for those tests. A laboratory must verify those ranges before doing a new lot of QC. If a laboratory has its own device, it has to come up with its own QC procedures. Theranos was not following its own QC procedures, and they were still reporting patient results. Bennett explained that there are assayed controls and there are unassayed controls, where a laboratory has to determine what ranges are acceptable. Theranos was using commercial controls, which means they were purchasing control material to use on the Edison. On any system, a laboratory has to do QC. Most control material is purchased commercially; it's not developed by the laboratory or the device manufacturer. So, when Theranos tests the control material that they're using to do QC, they have to be within the ranges of what the manufacturer sets for that control. Theranos can't change those ranges. The package insert will list the devices that are cleared to be used with that control material, and it will give acceptable range limits for those devices. For the Edison, that device would not have been on any package insert for commercial control materials, so Theranos would have had to come up with their own way to determine QC values. With regard to QC testing, CMS is looking to see that Theranos is following its QC ranges. CMS is not assessing the validity of the ranges they've come up with, they're just looking to see if Theranos is following them. CMS is also checking to make sure that Theranos is not conducting patient tests when its device is out of range.

Bennett found many instances where Theranos ignored their own procedures for acceptability of controls. CMS would comment on it if they weren't following their own procedures, or if they were using assayed controls and they weren't following those ranges. CMS looked to see if Theranos developed their own ranges and whether their QC testing results were within their own definition of what was acceptable. During the survey of Theranos, Bennett asked for QC records for a particular date range in order to check this. She explained that what she normally gets back from a laboratory in response to this request is something called a Levy-Jennings Graph. This is generated by a computer, and it is used for QC only. She explained that the graph has a range of controls and a line that represents the mean. If a laboratory gets a value that is outside the range of controls, they have to react to that. For Theranos, those graphs were created by a computer (an LIS, or laboratory information system) that takes the controls and puts in the testing values. Theranos was using Westguard as a basis, but they were cherry picking what part of Westguard they wanted to use.

CMS looks at a laboratory's procedures and it looks to see that they are running them when they say they

are supposed to be running them. CMS doesn't look to the patient data. If the QC is problematic, there is no way to assess whether the patient data is accurate and reliable. If the laboratory runs the controls in the morning and they are unacceptable, then they should not be running patients after that. The standard deviation is used for controls, not for patients; patients have a normal reference range. Patients are either going to be abnormally low or abnormally high. There is also a reportable range. CMS doesn't require that a laboratory track patient test results, but they do require a laboratory to address patients who were tested during a period when the laboratory was not functioning as it should have been.

Bennett will look at patient testing when she's on a survey if there's a problem with proficiency testing or QC. She wants to see if the laboratory has identified whether there was a QC problem, and if they continued to report patient results when there was one. There's no value to the raw data if you're not using it in context with something else. One place you might look at patient results is when you're looking at the final report with regard to what the LIS said, but Bennett didn't look at that on the Theranos survey. QC results have to be reviewed by an appropriate person at the laboratory. When Bennett asked for Levy-Jennings reports from Theranos, they went to their computer, put the dates in, and printed them out for her. Her understanding was that the information went right from their device into the LIS; it was not manually entered. The LIS system is populated with patient and QC data. The one device that Bennett saw at Theranos fed its results directly into the LIS.

Surveyors are the ones that decide what deficiencies to cite. Before CMS concludes the survey, they tell the laboratory what deficiencies they've found. With Theranos, Bennett sat with them at the end of every single day and told them what she and Yamamoto found. Sunny Balwani was there every day.  Holmes was not present during the September survey, but she came in November and followed Bennett around for two days. Bennett thinks CMS was at Theranos for three days in September and for four days in November. In November, Balwani went with Yamamoto, and Holmes went with Bennett. Theranos wanted details every day on what CMS had found, and at the end of the survey, CMS went over everything again with them. Bennett has a computer program that she writes the deficiencies in, and the program creates the Form 2567. The "Findings" section is the specific evidence that supports the "Deficiency" that is cited. Bennett has her handwritten notes from the survey, and she said that not everything in her notes is transferred into the Form 2567. Karen Fuller, Yamamoto's supervisor, was at the survey to observe, but she didn't take notes. During the survey, CMS received documents from Theranos that they took with them. Holmes was not happy and expressed her displeasure at the end of each day in November at what CMS had found. Heather King was very assertive in trying to convince CMS that what they were seeing wasn't really an issue.  Bennett's survey notes are geared toward what CMS was looking at with regard to CLIA compliance. If someone from Theranos made a comment that was a confirmation of something CMS saw that was a deficiency, then Bennett would have put that in the notes.

CMS started to create the Form 2567 after the September part of the survey, and it was completed after the November portion. CMS normally creates that form at the end of the survey. Bennett was looking at proficiency testing first and she found issues there, so she would have known on the first day of the survey that she would be issuing a Form 2567.

Bennet explained that within each condition there are multiple standards. If there is non-compliance, the surveyor has to make a determination if it is just a "standard level" deficiency or if it rises to a "condition level" deficiency. If a laboratory sends a patient test report out and later finds out that it is wrong, the laboratory is required to do a certain report and send it to certain people in response. Within each of these component areas you have to react to it, fix it, and monitor it.  Title 42 CFR 493 lays out all of the CLIA regulations.

CMS knew when they left in September that Theranos was likely to get "condition level" deficiencies, and that they were IJ (In Jeopardy). IJ is a "condition level" deficiency that has the potential to cause patient harm. CMS hadn't made a final determination at the time of the survey. It's not unusual for CMS to make a determination of IJ. They talked about it with Theranos, but hadn't made a final decision. They were waiting for Theranos to produce a document related to PT/INR. PT/INR stands for Prothrombin International Normalized Ratio, which is a test to see if Coumadin is working. This test is measured in seconds. Bennett had discovered several issues with Theranos's INR, and one was that they had entered a mean normal

US-REPORTS-0006785

prothrombin time. She explained that a laboratory has to run something like 20 samples and come up with an average. In order to calculate the INR, you need that number. Theranos had a number in the computer and a document that showed that their INR had been calculated three days before CMS got there. Despite calculating that number three days prior to the survey, the reagents had been in use for six months prior to that, and Theranos couldn't produce a document showing that the INR had been arrived at for testing during that period. Doctors need to know that INR number because it speaks to how prone a patient is to getting clots or to bleeding out. CMS discovered this issue in September, and they went over this with Balwani and King at the end of the day. Bennett remembers that the conversation took place at the Theranos instrument. Bennett said she needed that document and they couldn't produce it. Another issue that CMS found was that QC test results on their device had been out of range multiple times, and yet Theranos was still reporting patient results during that time. Theranos's solution was to simply adjust the mean. Langley G., who was the Theranos laboratory director at the time, was the individual who was said to implement that solution. Another issue that CMS found had to do with sample stability. Theranos missed that the manufacturer of the Thromboplastin that they were using changed the stability on their package insert. The package insert changed the stability from ten days to two days, and for six months Theranos was using that product with a five-day stability protocol. At the time of the survey, Sunil Dhawan was the Theranos lab director, and Bennett saw him once for a total of 30 minutes, and he talked to no one. During a survey, the laboratory director is not required to be present.

The PT/INR was one of the reasons that CMS called IJ. They couldn't tell if that six-month period whether the patient testing was done correctly.  Theranos wasn't even calculating their own reported values correctly. The other part of Theranos that Bennett looked at during the survey that was problematic was all of the validation and QC data for the Edison device.  Theranos continued to report patient values despite having these QC problems.  Bennett noted that Theranos had stopped using the Edison device by the time of this survey. Regardless, CMS can still look at any records from the previous two years of the date of inspection. CMS also cited Theranos for having a procedure that was not signed by the laboratory director. Before a laboratory director signs off on a procedure, it's not really usable in the laboratory.  CMS sees this often. They also see unqualified personnel as a common issue in laboratories.

One deficiency can lead to a determination of IJ, or it can be a mix of things. If CMS makes an initial determination of IJ, the company must work relatively quickly in order to abate that. In this case with regard to the timelines for enforcement, Theranos was given much longer than any other laboratory would have been given. In Bennett's opinion, this was due to the number of high profile people that were involved. The letter CMS sent to Theranos on January 25, 2016, is the IJ notification. Normally, CMS doesn't put exactly why something is IJ in its notification, other than that the determination is IJ. The allegation of compliance that a company sends in response must show that they've corrected the deficiency at the time of the submission. In Theranos's case, the evidence did not support a credible allegation of compliance. The letter that CMS sent Theranos in March tells them exactly why their response was not credible.

CMS cited Theranos for five "condition level" deficiencies. CMS was able to remove the testing personnel "condition level" deficiency, because Theranos removed the person in question from his position. At the time that CMS sent its July 2016 letter to Theranos, four "condition level" deficiencies remained. The main reason CMS called IJ was because of all the issues they found in hematology, not just the PT/INR issue.

The letter CMS sent to Theranos in July 2016 was the "Impose Notice," which told Theranos that the proposed sanctions would be imposed as of the date of the letter unless Theranos appealed. Theranos approached CMS about a settlement. Because CMS called IJ, they could limit Theranos's CLIA certificate by saying they couldn't test hematology after a certain time without waiting for a decision from an administrative law judge (ALJ). In Theranos's written responses to CMS in which they attempted to show they had corrected the cited deficiencies, Theranos would send CMS a copy of a faxed sheet saying something was corrected along with a corrected report, but CMS could never marry the two together; so, CMS never knew if Theranos actually notified all of their affected patients. Bennett said that over 50,000 patient test results were implicated. To date, CMS doesn't know if all of the affected patients have been notified. Theranos made the decision to void the test results; CMS didn't tell them to do that. CMS tells the laboratory they must fix a deficiency and the laboratory decides how they're going to fix it.  Theranos came to CMS

sometime after the IJ determination to tell CMS how hard they worked and how they were in compliance, all in an effort to keep their CLIA license.

In this case, Theranos appealed after they received the July Impose Notice.  Bennett explained that after CMS sends an Impose Notice, CMS can't talk to the company until the company appeals. This appeal goes to the Civil Remedies Division. Theranos both appealed and approached CMS about a settlement. When the laboratory files an appeal, it gets assigned to an ALJ, and the ALJ tells the company that they have to send in all of the documents that they're going to be using prior to the date of the hearing. CMS doesn't create any new documents on their side, but Bennett doesn't know if Theranos created new documents to submit as their evidence. In this case, there was no decision by the ALJ because a settlement was reached resulting in Theranos withdrawing their appeal. Bennett was not involved in the settlement at all. She assumes it was Kate Goodrich and maybe David Wright, but she has no idea who was involved in the settlement. Bennett suggested that the case agent ask Dyer to find out who was involved. Bennett said that anytime CMS revokes a laboratory's CLIA certificate, the owner/operator and the laboratory director are barred from running a laboratory for 2 years.

Bennett explained that it's CMS's ten regional offices that propose and impose sanctions. In this case, the letters sent from CMS to Theranos came from the regional office. All of the letters that went to Theranos after the first January 2016 letter went all the way up through CMS to at least Goodrich's level. This is not the normal process; it's usually handled by the region.

If CMS calls IJ, it gives CMS the ability to limit or suspend the CLIA certificate prior to a decision of the ALJ. That occurred in this case. CMS limited Theranos's CLIA certificate three days after Theranos received the letter. The "barring" of the laboratory director and the owner/operator from running a laboratory for two years occurs only when the revocation is imposed and final. There are only certain things a laboratory can appeal, and those things are called "initial determinations." In this case, revocation was never imposed. Bennett doesn't know the terms of the settlement other than hearing that Theranos's Arizona and California laboratories were all in one settlement, that Theranos voluntarily ceased testing at both laboratories, and that the laboratory directors wouldn't run another lab for a certain period of time. She heard that revocation was not a part of the settlement. The survey of the Arizona laboratory was in August or September of 2016, and Bennett and Yamamoto did that survey as well. When they were in the Arizona laboratory, they discovered significant issues and a Form 2567 was issued. The survey of the Arizona laboratory led to a determination of IJ as well for some of the same issues that CMS saw at the California laboratory. Theranos's Allegation of Compliance essentially said, "We were planning on closing before you came in, and we're closing." The laboratory director, Daniel Young, was present during the entirety of the survey. He was especially difficult to deal with, and talked in circles. He was there for the California laboratory survey as well, and spent most of his time with Yamamoto.

A revocation means that the CLIA number can no longer produce laboratory results. The difference between a revocation and a settlement is there's no black mark on the laboratory's record in the case of a settlement--they don't have a revocation on their CLIA history.

There's no separate form surveyors create to memorialize interviews they've conducted during a survey. They just have the information in their notes.

Bennett explained that CMS hadn't looked at the Edison device at the start of the Theranos survey in September and hadn't addressed all of the issues in the complaint, so that's why they had to go back in November. She said that, as far as she's concerned, if you don't have the right INR result there is a potential for patient harm based on that because you can't have any confidence in the patient results. She looked at patient data and saw three or more different lot numbers of Thrombin, and she couldn't even tell where the patient result came from when she looked at the data. It's the laboratory's responsibility to look at that and decide if any patients have been affected; it's not CMS's job.

The CLIA regulations have nothing to do with payment and billing. All Bennett can tell someone is whether a laboratory has met the CLIA regulations. She said there is a provision in their CLIA regulations with regard to

US-REPORTS-0006787

criminal violations, but it's not for CMS to determine whether something constitutes a criminal violation. During the interview, Bennett cited the provision as being section 493.1806(E)

In January 2014, Theranos came to CMS to have a meeting, and Holmes attended.  Bennett doesn't know if there were any minutes taken and kept for that meeting, but she took a few notes. During the meeting, Theranos gave CMS some documents, including a flow chart. Dyer, Penny Keller, and Bennett were there. She doesn't know if Balwani attended. Theranos requested the meeting in order to show CMS their new technology, and because they thought they didn't need a CLIA waiver to put their black boxes in Walgreens. CMS told them they needed to go to FDA to get the CLIA waiver. Theranos didn't bring their Edison device to the meeting, and Bennett doesn't recall who from Theranos presented. They talked more about their business model—that they had a proprietary device to do a finger stick that would go into the Edison device, and that the Edison device would send an electronic signal to Palo Alto, CA, where the results would be interpreted. CMS considers a test system from the beginning to the end. In CMS's view, the device was receiving a specimen and doing the testing and that's where the results were generated, even though they were in electronic form. Theranos made some statements about what their hopes were with regard to tests they would run on the Edison. Bennett didn't have the impression that they were using the Edison at that time. The meeting was probably an hour long. They told Theranos if they wanted to get their device approved they had to go to FDA. They also told Theranos that if they wanted their device waived they had to go to FDA. Bennett was not involved with any CMS follow-up to that meeting.

There are three levels of testing: "waived," "moderate," and "high" level complexity. If a laboratory is only performing waived testing, they only need a certificate of waiver. Waived tests are tests where, in most cases, an inaccurate result won't cause patient harm (i.e. a urine pregnancy test or a blood glucose test). Any time you have a waived test and don't follow the manufacturer's instructions, it becomes a high complexity test. With moderate complexity testing, the personnel requirements are not as stringent as they are for high complexity. Performance specifications are the same for both moderate and high complexity. According to Bennett, performance specifications is CLIA speak for validation. FDA is responsible for the classifications of waived, moderate, or high. The finger stick samples Theranos was diluting and putting on traditional devices were high complexity because they had modified the manufacturers' instructions. The Edison device was high complexity because it was considered a laboratory developed test. All of the tests run on the Edison device were high complexity. A lab developed test is never CLIA waived.

Bennett said her understanding was that the state surveyor who performed the 2013 Theranos survey was unaware that Theranos was using the Edison device at the time and that the surveyor only inspected the traditional side of their laboratory.

Bennett said that pre-diluting samples on a regular basis is unusual, but that there is nothing in the CLIA regulations that prohibits Theranos from doing that. If they are diluting samples, they have to perform the validation.

At some point, Bennett was told by her management to stop communicating with Theranos, be it over e-mail or telephonically.

SUBMITTED: Electronically submitted by GEORGE SCAVDIS
_____
GEORGE SCAVDIS, SPECIAL AGENT          DATE:   10/02/2017

APPROVED: Electronically approved by MARK MCCORMACK
_____
MARK MCCORMACK, SPECIAL AGENT IN CHARGE          DATE:   10/03/2017


DISTRIBUTION:   Orig:  MWFO
                cc:   Prosecution

US-REPORTS-0006788

ATTACHMENTS:  None

US-REPORTS-0006789

# EXHIBIT 33

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2000 | 493.801 ENROLLMENT AND TESTING OF SAMPLES | D2000 | | |
| | Each laboratory must enroll in a proficiency testing (PT) program that meets the criteria in subpart I of this part and is approved by HHS. The laboratory must enroll in an approved program or programs for each of the specialties and subspecialties for which it seeks certification. The laboratory must test the samples in the same manner as patients' specimens. For laboratories subject to 42 CFR part 493 published on March 14, 1990 (55 FR 9538) prior to September 1, 1992, the rules of this subpart are effective on September 1, 1992. For all other laboratories, the rules of this subpart are effective January 1, 1994. This CONDITION is not met as evidenced by: Based on review of the Form CMS-209, the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interviews with the Point-of-Care Supervisor (PS), Technical Supervisor (TS) #8, Testing Personnel (TP) #5 and #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), and four confidential interviews, the laboratory failed to test proficiency testing samples in the same manner as patients' specimens. | | | |
| | Findings Include: | | | |
| | 1. The laboratory failed to test the K-B 2014 chemistry proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. (Refer to D2006, Item 1) | | | |
| | 2. The laboratory failed to test the CM-B 2014 | | | |

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE

TITLE

(X6) DATE

Any deficiency statement ending with an asterisk (*) denotes a deficiency which the institution may be excused from correcting providing it is determined that other safeguards provide sufficient protection to the patients . (See instructions.) Except for nursing homes, the findings stated above are disclosable 90 days following the date of survey whether or not a plan of correction is provided. For nursing homes, the above findings and plans of correction are disclosable 14 days following the date these documents are made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489631

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**36D0688090** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**03/13/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**MARYMOUNT HOSPITAL LABORATORY** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2000 | Continued From page 1<br><br>clinical microscopy proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. (Refer to D2006, Item 2)<br><br>3. The laboratory failed to test the XL-F 2014 microbiology proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. (Refer to D2006, Item 3)<br><br>4. The laboratory failed to test the CM-A 2014 clinical microscopy proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. (Refer to D2006, Item 4)<br><br>5. The laboratory failed to test the CM-A 2013 clinical microscopy proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. (Refer to D2006, Item 5)<br><br>6. The laboratory failed to test the FH9-B 2013 hematology proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. (Refer to D2006, Item 6)<br><br>7. The laboratory failed to test the HFC-B 2014 hematology proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. (Refer to D2006, Item 7)<br><br>8. The laboratory failed to test activated clotting time (ACT) proficiency testing samples it receives | D2000 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489632

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2000 | Continued From page 2 | D2000 | | |
| | from the proficiency testing program in the same manner as it tests patient specimens. (Refer to D2006, Item 8) | | | |
| | 9.  The laboratory failed to test the FH9-A 2013 and FH9-B 2013 complete blood count (CBC) and blood cell identification proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens.  (Refer to D2006, Item 9) | | | |
| | 10. The laboratory failed to ensure that Gram stain, wet preparation, and activated clotting time (ACT) proficiency testing (PT) samples were tested or examined with the laboratory's regular patient workload by personnel who routinely perform the testing in the laboratory, using the laboratory's routine methods. (Refer to D2007, Item 1) | | | |
| | 11. The laboratory failed to ensure that complete blood count (CBC), manual differential, urinalysis (UA), urine sediment (umic), osmolality (OSMO), manual body fluid counts, C-Reactive protein (CRP), prothrombin time (PT), activated partial thromboplastin time (PTT), fibrinogen, and D-Dimer proficiency testing (PT) samples were tested or examined with the laboratory's regular patient workload by the personnel who routinely perform the testing in the laboratory, using the laboratory's routine methods. (Refer to D2007, Item 2) | | | |
| | 12. The laboratory failed to test body fluid manual differential, urine microscopic, and urine osmolality proficiency testing (PT) samples the same number of times that it routinely tests patient samples. (Refer to D2010) | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  3 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489633

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2000 | Continued From page 3 | D2000 | | |
| | 13. The laboratory failed to maintain a copy of all proficiency testing (PT) documentation for a minimum of two years from the date of the PT event. (Refer to D2015) | | | |
| D2006 | 493.801(b) TESTING OF PROFICIENCY TESTING SAMPLES | D2006 | | |
| | The laboratory must examine or test, as applicable, the proficiency testing samples it receives from the proficiency testing program in the same manner as it tests patient specimens. This testing must be conducted in conformance with paragraph (b)(4) of this section.  If the laboratory's patient specimen testing procedures would normally require reflex, distributive, or confirmatory testing at another laboratory, the laboratory should test the proficiency testing sample as it would a patient specimen up until the point it would refer a patient specimen to a second laboratory for any form of further testing. This STANDARD  is not met as evidenced by: Item 1: | | | |
| | Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, interview with Testing Personnel (TP) #7 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), and four confidential interviews, the laboratory failed to test the K-B 2014 chemistry proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. Findings Include: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489634

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 4 | D2006 | | |
| | 1. Review the laboratory's policies and procedures found a policy titled "Proficiency Testing Protocol" which stated: | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis | | | |
| | 4. Duplicate analyses are not permitted unless patient samples are tested in the same manner. Quality Control should be run per routine procedures for patient testing. Group review and consensus identifications are permitted only if actual patient specimens would ordinarily be reviewed by more than one person. | | | |
| | 5. Proficiency survey samples will be analyzed in the same manner as patient specimens as much as possible with some exceptions: | | | |
| | a. Due to differences between survey and patient samples, survey samples will be tested in the same manner as patient samples except where survey materials/reporting require modifications in processing i.e. hydration of lyophilized survey materials." | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis 7. There will be no communications with other laboratories about proficiency testing at any time until final results are returned. Under CLIA regulations, there is a strict prohibition against intralaboratory communications about proficiency testing samples until after the deadline for submission of data to the proficiency testing provider. This includes between Family Health Center laboratories because they have different CLIA numbers. For alternate | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489635

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 5 <br><br> assessment/proficiency there can be no communication with an outside performing Reference Laboratory until that laboratory's final test results are received at the Cleveland Clinic. <br><br> 8. Proficiency survey testing will be completed and results submitted by the survey's due date. Results will be recorded on the laboratory worksheet, on a copy the CAP results form and/or entered into LIS. All instrument or assay printouts will be returned to the supervisory personnel or quality control (QC) laboratory. <br><br> 9. Worksheets and printouts will be reviewed for questionable results, transcription errors or other problems prior to final submission of results." <br><br> "III. CAP Accepted Proficiency Programs <br> D. Reporting of Results <br> 7. CAP proficiency survey test results will be submitted online to CAP by the testing personnel within the technical areas before midnight of the due date. This function can be centralized within one CLIA number for point of care sites. Testing sites with different CLIA numbers will not centralize result submission and results will be submitted independently within that CLIA address/CLIA number." <br><br> "III. CAP Accepted Proficiency Programs <br> D. Reporting of Results <br> 9. When entering online results, double check the entry for clerical errors either online or via a printout per laboratory area guidelines. This clerical check must be performed by testing personnel who would normally be responsible for this type of function for the patient testing procedure. There must be clear documentation who entered the online results and who | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489636

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**36D0688090** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**03/13/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**MARYMOUNT HOSPITAL LABORATORY** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 6<br><br>conducted the clerical check i.e. name and date. This check must include a check that all analytes have been tested and reported for that survey utilizing the mandatory site specific survey list."<br><br>"III. CAP Accepted Proficiency Programs<br>J. Record Retention<br>1. Per CLIA regulations, all records of proficiency testing will be kept on file for a minimum of two (2) years. Records must include worksheets, instrument tapes, computer printouts, reporting forms, evaluation reports, evidence of review, participant summaries and documentation of any follow-up or corrective action. This documentation should be electronic as much as possible. There is no need to retain copies of quality control data unless specifically requested as part of the survey. Quality control data is available in the LIS."<br><br>2. Review of the PT documentation for the chemistry PT event titled "K-B 2014 Ligand Assay - General" found the laboratory initially analyzed PT samples K-06 and K-07 on 07/23/2014. Instrument printouts and handwritten notes on the printouts then demonstrate the laboratory reanalyzed PT samples K-06 and K-07 on 07/27/2014 multiple times on both Cobas 6000 analyzers as follows:<br><br>Cobas 6000 Instrument Printouts:<br>K-B 2014: Sample K-06:<br><br>a) Date: 07/23/14 13:27:52<br>Handwritten notes stated:<br>"K-06"<br>"K-06<br>'TP #7' first name"<br>Folate, Seru  1.72 ng/mL | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489637

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 7 | D2006 | | |
| | b) Date: 07/23/14 13:27:52 Handwritten note stated: "K-06" Quant Beta H  10.18 H mIU/mL | | | |
| | c) Date: 07/23/14 13:27:52 Handwritten note stated: "K-06" Ferritin  12.70 L ng/mL Free T4 0.580 L ng/dL TSH     0.074 L uIU/mL | | | |
| | d) Date: 07/23/14 13:27:52 Handwritten note stated: "K-06" Vitamin B12  56.50 L pg/mL T4       3.22 L ug/dL FT3 III     3.63 L pg/mL | | | |
| | e) Date: 07/27/14 12:54:53 Handwritten notes stated: "COBAS 1" "RERUN" The ID number 6 and date and time were circled. The word rerun was underlined twice. Each numeric result listed below had a checkmark to left. Folate, Seru    1.50 ng/mL Ferritin       12.67 L ng/mL Free T4       0.591 L ng/dL Quant Beta H  10.40 H mIU/mL TSH        0.077 L uIU/mL Vitamin B12  66.07 L pg/mL T4       3.32 L ug/dL FT3 III     3.82 L pg/mL | | | |
| | f) Date: 07/27/14 11:00:41 Handwritten notes stated: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489638

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 8 | D2006 | | |
| | "Cobas 2" | | | |
| | "RERUN" | | | |
| | The ID number 6 and date and time were circled. The word rerun was underlined twice. Each numeric result listed below had a checkmark to left. | | | |
| | Ferritin          13.25 L ng/mL | | | |
| | Folate, Seru    1.98 ng/mL | | | |
| | Free T4          0.618 L ng/dL | | | |
| | Quant Beta H  10.41 H mIU/mL | | | |
| | TSH               0.073 L uIU/mL | | | |
| | Vitamin B12   56.65 L pg/mL | | | |
| | T4                  3.27 L ug/dL | | | |
| | FT3 III            3.77 L pg/mL | | | |
| | | | | |
| | Folate, Seru - Serum Folate | | | |
| | Quant Beta - Quanitative Beta hCG | | | |
| | TSH - Thyroid Stimulating Hormone | | | |
| | Free T4 - Free Thyroxine | | | |
| | T4 - Thyroxine | | | |
| | FT3 III - Free Triiodothyronine | | | |
| | L - Low | | | |
| | H - High | | | |
| | | | | |
| | ----------------------------------------------------------- | | | |
| | | | | |
| | CAP Result Submission Form (Handwritten): | | | |
| | | | | |
| | K-B 2014: Sample K-06: | | | |
| | | | | |
| | Ferritin | | | |
| | K-06 | | | |
| | 13 | | | |
| | | | | |
| | Folate, Serum | | | |
| | K-06 | | | |
| | 1.7 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489639

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 9 | D2006 | | |
| | hCG - Serum, Quant. | | | |
| | K-06 | | | |
| | 10.2 | | | |
| | | | | |
| | Free T-3 | | | |
| | K-06 | | | |
| | 3.6 | | | |
| | | | | |
| | Thyroxine (T4) | | | |
| | K-06 | | | |
| | 3.2 | | | |
| | | | | |
| | Free Thyroxine (Free T4) | | | |
| | K-06 | | | |
| | 0.6 | | | |
| | | | | |
| | Thyroid Stimulating | | | |
| | Hormone (TSH) | | | |
| | K-06 | | | |
| | 0.07 | | | |
| | | | | |
| | Vitamin B12 | | | |
| | K-06 | | | |
| | 57 | | | |
| | | | | |
| | ------------------------------------------------------ | | | |
| | | | | |
| | CAP Result Submission Form | | | |
| | (Typed): | | | |
| | | | | |
| | K-B 2014: Sample K-06 | | | |
| | | | | |
| | Ferritin | | | |
| | K-06 | | | |
| | 13 | | | |
| | | | | |
| | Folate, Serum | | | |
| | K-06 | | | |
| | 1.7 | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  10 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489640

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 10 | D2006 | | |
| | Free T-3 K-06 3.6 | | | |
| | Thyroxine (T4) K-06 3.2 | | | |
| | ----------------------------------------------------- | | | |
| | Cobas 6000 Instrument Printouts: | | | |
| | K-B 2014: Sample K-07: | | | |
| | a) Date: 07/23/14 13:20:10 The date and time were circled. Ferritin  14.02 L ng/mL Free T4   1.17 L ng/dL TSH     0.934 L uIU/mL | | | |
| | b) Date: 07/23/14 13:20:10 Quant Beta H  8.44 H mIU/mL | | | |
| | c) Date: 07/23/14 13:27:52 Handwritten note stated: "K-07" Folate, Seru  2.48 ng/mL | | | |
| | d) Date: 07/23/14 14:38:58 Handwritten note stated: "K.07" "DUPL" "W7133790" was circled. Free T4  0.586  ng/dL Vitamin B12  62.41  pg/mL T4      3.15  ug/dL FT3 III    3.56  pg/mL | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489641

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 11 | D2006 | | |
| | e) Date: 07/23/14 14:38:58 | | | |
| | Handwritten note stated: | | | |
| | "K-07" | | | |
| | The Free T4 result was circled with an arrow pointing to a handwritten statement "not whats resulted in LIS" | | | |
| | An arrow was drawn from FT3 III pointing to a handwritten statement "paper" | | | |
| | Free T4   0.586 L ng/dL | | | |
| | Vitamin B12  62.41 L pg/mL | | | |
| | T4        3.15 L ug/dL | | | |
| | FT3 III     3.56  pg/mL | | | |
| | | | | |
| | f) Date: 07/27/14 12:54:5. | | | |
| | Handwritten notes stated: | | | |
| | "COBAS 1" | | | |
| | "RERUN" | | | |
| | The ID number was 7. The word rerun was underlined twice. Each numeric result listed below had a checkmark to left with the exception of the Vitamin B12 result which was circled. | | | |
| | Folate, Seru    2.03 ng/mL | | | |
| | Ferritin       14.00 L ng/mL | | | |
| | Free T4       1.15  ng/dL | | | |
| | Quant Beta H  8.70 H mIU/mL | | | |
| | TSH         0.955  uIU/mL | | | |
| | Vitamin B12  261.7  pg/mL | | | |
| | T4          4.95 L ug/dL | | | |
| | FT3 III      4.77  pg/mL | | | |
| | | | | |
| | g) Date: 07/27/14 11:00:41 | | | |
| | Handwritten notes stated: | | | |
| | "Cobas 2" | | | |
| | "RERUN" | | | |
| | The ID number was 7. The word rerun was underlined twice. Each numeric result listed below had a checkmark to left with the exception of the Free T4 and Vitamin B12 results which | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489642

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 12 | D2006 | | |

were circled.
Ferritin        14.46 L ng/mL
Folate, Seru    2.75 ng/mL
Free T4         1.16  ng/dL
Quant Beta H  8.59 H mIU/mL
TSH            0.933  uIU/mL
Vitamin B12  172.9 L pg/mL
T4            4.96 L ug/dL
FT3 III       4.60  pg/mL

h) Date: 07/27/14 18:23
"7 REDO 7 REDO"
07/27/14
17:42:24
B12 (E2-1)
172.3L

Folate, Seru - Serum Folate
Quant Beta - Quanitative Beta hCG
TSH - Thyroid Stimulating Hormone
Free T4 - Free Thyroxine
T4 - Thyroxine
FT3 III - Free Triiodothyronine
B12 - Vitamin B12
L- Low
H - High

------------------------------------------------

Marymount Pending Test Log -
Received/Unreceived Specimens 07/23/2014:

07/24/2014
11:09

ACC#/REQ#
W7133790

B12 was circled with a handwritten note that

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489643

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 13<br>stated "change".<br><br>A handwritten note stating "ok" was written next to FERR.<br><br>FREET3 was circled with a handwritten note that stated "change".<br><br>A handwritten note stating "ok" was written next to HCGQT and SERFOL.<br><br>"07" was written to the right under the heading TEST,PATIENT.<br><br>T4 was circled with a handwritten note that stated "change".<br><br>"Change" was written to the left of TSH, scribbled out, and "OK" was written to the right.<br><br>ACC# - Accession Number<br>REQ# - Requisition Number<br>B12 - Vitamin B12<br>FREET3 - Free Triiodothyronine<br>FERR - Ferritin<br>SERFOL - Serum Folate<br>HCGQT - hCG Quantitative<br>T4 - Thyroxine<br>TSH - Thyroid Stimulating Hormone<br><br>-------------------------------------------------<br><br>CAP Result Submission Form (Handwritten):<br><br>K-B 2014: Sample K-07:<br><br>Ferritin<br>K-07 | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489644

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 14 <br><br> 14 <br><br> Folate, Serum <br> K-07 <br> 2.5 <br><br> hCG - Serum, Quant. <br> K-07 <br> 8.4 <br><br> Free T-3 <br> K-07 <br> 4.8 <br> White out was present in the result box with 4.8 written over the white out. <br><br> Thyroxine (T4) <br> K-07 <br> 5.0 <br> White out was present in the result box with 4.8 written over the white out. <br><br> Free Thyroxine (Free T4) <br> K-07 <br> 0.6 was written with 1.2 boldly written over the 0.6. <br><br> Thyroid Stimulating Hormone (TSH) <br> K-07 <br> 0.93 <br><br> Vitamin B12 <br> K-07 <br> 173 <br> White out was present in the result box with the 73 written over the white out. <br> ------------------------------------------------------- | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489645

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 15 | D2006 | | |

CAP Result Submission Form
(Typed):

K-B 2014: Sample K-07:

Ferritin
K-07
14

Folate, Serum
K-07
2.5

Free T-3
K-07
4.8

Thyroxine (T4)
K-07
5.0

----------------------------------------------------------------

CAP Evaluation Report

Test:        Your Result:

Ferritin:
K-06        13
K-07        14

Folate, serum
K-06        1.7
K-07        2.5

hCG, serum, quant
K-06        10.2
K-07        8.4

FORM CMS-2567(02-99) Previous Versions Obsolete            Event ID:O9M611            Facility ID: OHC05083            If continuation sheet Page  16 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489646

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 16 | D2006 | | |
| | Free T-3 | | | |
| | K-07       3.6 | | | |
| | K-07       4.8 | | | |
| | | | | |
| | Thyroxine | | | |
| | K-06       3.2 | | | |
| | K-07       5.0 | | | |
| | | | | |
| | Thyroxine, free | | | |
| | K-06       0.6 | | | |
| | K-07       0.93 | | | |
| | | | | |
| | Thyroid Stim Hormone | | | |
| | K-06       0.07 | | | |
| | K-07       0.93 | | | |
| | | | | |
| | Vitamin B12 | | | |
| | K-06       57 | | | |
| | K-07       173 | | | |
| | | | | |
| | 3. TP #7 stated, between February 2014 and November 2014, the TP would print the interim PT results from the Cobas 6000 analyzers and provide the printouts to the previous supervisor. They stated they would not enter the results in the CAP website or complete the result submission forms. TP #7 further stated TP would not repeat testing on a PT sample unless the analyzer gave an error or the result was outside of the linear range. In those situations, the maximum number of times a sample would be run would be two times. TP #7 stated if the TP had a hard time getting an unflagged or acceptable result they would consult with another TP or the previous supervisor. The interview occurred 03/11/2015 at 11:50 AM. | | | |
| | | | | |
| | 4. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489647

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 17 | D2006 | | |
| | individuals stated the following: | | | |
| | For liquid PT samples they have never run samples twice for chemistry or hematology. | | | |
| | The TP would only repeat PT sample testing in situations where they would repeat patient testing. | | | |
| | TP do not fill out the CAP result submission forms, they print out the instrument printouts, LIS report, and provided to the previous supervisor. | | | |
| | TP only rerun a sample if they get a sample error during analysis. In cases where they receive an error on a PT sample they would reanalyze the sample on the same machine. | | | |
| | TP print results from the LIS or analyzer and give the hard copies to the previous supervisor. The previous supervisor never had them reanalyze a PT sample or change a PT result. | | | |
| | TP gave the instrument and LIS printouts to the previous supervisor to enter into the CAP website and the previous supervisor has never returned PT to the analyzing TP to be rerun. | | | |
| | TP would only run sample more than once if they received a strange results or had a bad sample. They would never run a vitamin B12 sample multiple times on two analyzers because there would be no reason to. | | | |
| | The previous supervisor never returned samples or results to the TP for reanalysis prior to the due date. | | | |
| | Item 2: | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 18 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 18 | D2006 | | |
| | Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interviews with Technical Supervisor (TS) #8, the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), and four confidential interviews, the laboratory failed to test the CM-B 2014 clinical microscopy proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. | | | |
| | Findings Include: | | | |
| | 1. Review the laboratory's policies and procedures found a policy titled "Proficiency Testing Protocol" which stated: | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis | | | |
| | 4. Duplicate analyses are not permitted unless patient samples are tested in the same manner. Quality Control should be run per routine procedures for patient testing. Group review and consensus identifications are permitted only if actual patient specimens would ordinarily be reviewed by more than one person. | | | |
| | 5. Proficiency survey samples will be analyzed in the same manner as patient specimens as much as possible with some exceptions: | | | |
| | a. Due to differences between survey and patient samples, survey samples will be tested in the same manner as patient samples except where survey materials/reporting require modifications in | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489649

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 19<br><br>processing i.e. hydration of lyophilized survey materials."<br><br>"III. CAP Accepted Proficiency Programs<br>C. Analysis<br>7. There will be no communications with other laboratories about proficiency testing at any time until final results are returned. Under CLIA regulations, there is a strict prohibition against intralaboratory communications about proficiency testing samples until after the deadline for submission of data to the proficiency testing provider. This includes between Family Health Center laboratories because they have different CLIA numbers. For alternate assess/proficiency there can be no communication with an outside performing Reference Laboratory until that laboratory's final test results are received at the Cleveland Clinic.<br><br>8. Proficiency survey testing will be completed and results submitted by the survey's due date. Results will be recorded on the laboratory worksheet, on a copy the CAP results form and/or entered into LIS. All instrument or assay printouts will be returned to the supervisory personnel or quality control (QC) laboratory.<br><br>9. Worksheets and printouts will be reviewed for questionable results, transcription errors or other problems prior to final submission of results."<br><br>"III. CAP Accepted Proficiency Programs<br>D. Reporting of Results<br>7. CAP proficiency survey test results will be submitted online to CAP by the testing personnel within the technical areas before midnight of the due date. This function can be centralized within one CLIA number for point of care sites. Testing | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489650

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 20<br><br>sites with different CLIA numbers will not centralize result submission and results will be submitted independently within that CLIA address/CLIA number."<br><br>"III. CAP Accepted Proficiency Programs<br>D. Reporting of Results<br>9. When entering online results, double check the entry for clerical errors either online or via a printout per laboratory area guidelines. This clerical check must be performed by testing personnel who would normally be responsible for this type of function for the patient testing procedure. There must be clear documentation who entered the online results and who conducted the clerical check i.e. name and date. This check must include a check that all analytes have been tested and reported for that survey utilizing the mandatory site specific survey list."<br><br>"III. CAP Accepted Proficiency Programs<br>J. Record Retention<br>1. Per CLIA regulations, all records of proficiency testing will be kept on file for a minimum of two (2) years. Records must include worksheets, instrument tapes, computer printouts, reporting forms, evaluation reports, evidence of review, participant summaries and documentation of any follow-up or corrective action. This documentation should be electronic as much as possible. There is no need to retain copies of quality control data unless specifically requested as part of the survey. Quality control data is available in the LIS."<br><br>2. Review of the PT documentation for the clinical microscopy testing event titled CM-B 2014 found the following: | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489651

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 21 | D2006 | | |

Result submission form:

Page 10
A handwritten result for sample CMP-17 (Urine Sediment Color Photographs and CD-ROM) was documented as result code 141. This result code was crossed out and to the left the result code of 133 was written.

A handwritten result for sample CMP-25 (Body Fluid Photographs and CD-ROM) was documented as result code 221. The 1 was then overwritten with a 5.

A hand written result for sample CMP-26 (Body Fluid Photographs and CD-ROM) was documented as result code 215.

Body Fluid Photographs:

Beneath the picture labeled "CMP-25" was a handwritten result code of 225.

Beneath the picture labeled "CMP-26" was a handwritten result code of 221.

PT Attestation Form:

LD signed as "Director (or Designee)"

Testing Personnel (TP) #5, #7, #10, and an individual not listed on the Form CMS-209 signed as "Testing Personnel".

No individuals identified as pathologists on the Form CMS-209 signed the attestation form as a "Testing Personnel".

Result Evaluation:

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:O9M611        Facility ID: OHC05083        If continuation sheet Page  22 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489652

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES
PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | A. BUILDING _____ B. WING _____ | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER: **MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE: **12300 MCCRACKEN ROAD**, **GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 22 | D2006 | | |
| | For samples CMP-25 and CMP-26 the laboratory received an exemption code [26] (Educational Challenge). The laboratory documented a self-assessment that stated "Educational Challenge. These items are non-graded survey items. The participant summary was reviewed, and CMP-25 is acceptable. CMP-26 was non-graded, and our response matched only 2.6% of the peer group. The image was circulated to the staff to increase awareness of this cell type." | | | |
| | 3. TS #8 and the LD stated pathologists review patients' samples if the TP are unsure or unable to identify a finding microscopically. Surveyor #1 asked how the pathologist's reviews of patients' slides are documented. TS #8 and the LD explained there is a pathologist review form that is completed for patient samples. Surveyor #1 asked TS #8 and the LD to provide the pathologist review documentation for the PT samples in question. TS #8 and the LD stated that documentation did not exist for this survey. The interview occurred 03/10/2015 at 11:30 AM. | | | |
| | 4. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, individuals stated the following: | | | |
| | TP has always examined and interpreted manual PT pictures by themselves with no additional input. | | | |
| | TP had never consulted a pathologist for a patient's urine microscopic examination. | | | |
| | TP get a consensus from additional TP on some PT samples but have never consulted a | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489653

PRINTED: 09/10/2015
FORM APPROVED
OMB No. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 23 | D2006 | | |
| | pathologist for urine microscopic or manual differential PT samples. | | | |
| | Item 3: | | | |
| | Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interviews with Testing Personnel (TP) #5, Technical Supervisor (TS) #8, the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), and four confidential interviews, the laboratory failed to test the XL-F 2014 microbiology proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. | | | |
| | Findings Include: | | | |
| | 1. Review the laboratory's policies and procedures found a policy titled "Proficiency Testing Protocol" which stated: | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis | | | |
| | 4. Duplicate analyses are not permitted unless patient samples are tested in the same manner. Quality Control should be run per routine procedures for patient testing. Group review and consensus identifications are permitted only if actual patient specimens would ordinarily be reviewed by more than one person. | | | |
| | 5. Proficiency survey samples will be analyzed in the same manner as patient specimens as much as possible with some exceptions: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489654

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 24 | D2006 | | |
| | a. Due to differences between survey and patient samples, survey samples will be tested in the same manner as patient samples except where survey materials/reporting require modifications in processing i.e. hydration of lyophilized survey materials." | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis 7. There will be no communications with other laboratories about proficiency testing at any time until final results are returned. Under CLIA regulations, there is a strict prohibition against intralaboratory communications about proficiency testing samples until after the deadline for submission of data to the proficiency testing provider. This includes between Family Health Center laboratories because they have different CLIA numbers. For alternate assess/proficiency there can be no communication with an outside performing Reference Laboratory until that laboratory's final test results are received at the Cleveland Clinic. | | | |
| | 8. Proficiency survey testing will be completed and results submitted by the survey's due date. Results will be recorded on the laboratory worksheet, on a copy the CAP results form and/or entered into LIS. All instrument or assay printouts will be returned to the supervisory personnel or quality control (QC) laboratory. | | | |
| | 9. Worksheets and printouts will be reviewed for questionable results, transcription errors or other problems prior to final submission of results." | | | |
| | "III. CAP Accepted Proficiency Programs D. Reporting of Results | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489655

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____  B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**  **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 25 | D2006 | | |
| | 7. CAP proficiency survey test results will be submitted online to CAP by the testing personnel within the technical areas before midnight of the due date. This function can be centralized within one CLIA number for point of care sites. Testing sites with different CLIA numbers will not centralize result submission and results will be submitted independently within that CLIA address/CLIA number." | | | |
| | "III. CAP Accepted Proficiency Programs  D. Reporting of Results  9. When entering online results, double check the entry for clerical errors either online or via a printout per laboratory area guidelines. This clerical check must be performed by testing personnel who would normally be responsible for this type of function for the patient testing procedure. There must be clear documentation who entered the online results and who conducted the clerical check i.e. name and date. This check must include a check that all analytes have been tested and reported for that survey utilizing the mandatory site specific survey list." | | | |
| | "III. CAP Accepted Proficiency Programs  J. Record Retention  1. Per CLIA regulations, all records of proficiency testing will be kept on file for a minimum of two (2) years. Records must include worksheets, instrument tapes, computer printouts, reporting forms, evaluation reports, evidence of review, participant summaries and documentation of any follow-up or corrective action. This documentation should be electronic as much as possible. There is no need to retain copies of quality control data unless specifically requested as part of the survey. Quality control data is available in the LIS." | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489656

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 26 | D2006 | | |
| | 2. Review of the PT documentation for the microbiology testing event titled XL-F 2014 found the following: | | | |
| | Result Submission Form: | | | |
| | 5 rows of samples labeled D5-06, D5-07, D5-08, D5-09, and D5-10. | | | |
| | 3 columns titled "Stain Reaction - Graded", "Morphology - Graded", and "Polymorphonuclear Leukocytes (PMN) - Ungraded". | | | |
| | Sample D5-06 Source: Blood The result bubbles next to "Gram-positive", "Cocci in pairs and chains", and "Absent" were filled in with black ink. | | | |
| | The "Gram-positive" and "Absent" results were circled with black ink. | | | |
| | The result bubble next to "Cocci" was filled in with blue ink and circled twice with black ink. The result "Cocci in pairs and chains" had an X marked over it in black ink. | | | |
| | The results "Gram-positive", "Cocci", and "Absent" were highlighted in pink. | | | |
| | Sample D5-07 Source: Peritoneal Fluid The result bubbles next to "Gram-positive", "Rods/bacilli", and "Present" were filled in with black ink. | | | |
| | The word "underdecolorized" was handwritten above the morphology result options. | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489657

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 27<br><br>A "?" and an indecipherable word were written next to the result "Present".<br><br>The results "Rods/bacilli" and "Present" were circled in black ink.<br><br>An X was written over the result "Gram-positive" in black ink.<br><br>The result bubble next to "Gram-negative" was filled in with blue ink and circled in black and blue ink. A question mark was written next to the result.<br><br>The results "Gram-negative" and "Present" were highlighted in pink.<br><br>Sample D5-08<br>Source: Blood Culture<br>The result bubbles next to "Gram-positive", "Rods/bacilli", and "Absent" were filled in with black ink. All three results were circled in black ink. All three results were highlighted in pink.<br><br>Sample D5-09<br>Source: Sputum<br>The result bubbles next to "Gram-negative", "Cocci", and "Present" were filled in with black ink.<br><br>The result "Cocci" was marked out with an X and the result bubble next to "Diplococci" was filled in with black ink and circled twice.<br><br>The results "Gram-negative", "Diplococci", and "Present" were all highlighted in pink.<br><br>The word "Dip" was hand written above the | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489658

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 28 | D2006 | | |
| | morphology and then scratched out. The word "underdecolorized" was then hand written next to it. | | | |
| | Sample D5-10 Source: Bronchoalveolar Lavage The result bubbles next to "Gram-negative", "Rods/bacilli", and "Absent" were filled with black ink. All three results were circled in black ink and highlighted in pink. | | | |
| | PT Attestation Form: | | | |
| | LD signed as "Director (or Designee)" | | | |
| | TP #5 and #9 signed as "Testing Personnel". | | | |
| | No individuals identified as pathologists on the Form CMS-209 signed the attestation form as a "Testing Personnel". | | | |
| | 3. When Surveyor #1 showed TS #8 the documentation described above they stated they knew it wasn't good and this testing event occurred before they started at this laboratory. TS #8 further stated they know it's bad. The interview occurred 03/10/2015 at 8:50 AM. | | | |
| | 4. TP #5 stated when they submitted the result submission form to the previous supervisor only 1 bubble per sample and per column was marked. TP #5 stated they wrote the two "underdecolorized" notes but did not circle, write, or highlight any of the additional results. Lastly, TP #5 stated they did not know who made the additional markings and results or why that was done. The interview occurred 03/10/2015 at 10:50 AM. | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489659

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 29 | D2006 | | |
| | 5. TS #8 and the LD stated pathologists review patients' samples if the TP are unsure or unable to identify a finding microscopically. Surveyor #1 asked how the pathologist's reviews of patients' slides are documented. TS #8 and the LD explained there is a pathologist review form that is completed for patient samples. Surveyor #1 asked TS #8 and the LD to provide the pathologist review documentation for the PT samples in question. TS #8 and the LD stated that documentation did not exist for this survey. The interview occurred 03/10/2015 at 11:30 AM. | | | |
| | 6. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, individuals stated the following: | | | |
| | TP stated that the supervisors and pathologists have never read patient Gram stains slides with them. | | | |
| | TP stated that a supervisor has never returned the result submission form to them to reassess the sample or their answers. | | | |
| | Item 4: | | | |
| | Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interviews with Technical Supervisor (TS) #8, the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), and four confidential interviews, the laboratory failed to test the CM-A 2014 clinical microscopy proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489660

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 30 | D2006 | | |
| | Findings Include: | | | |
| | 1. Review the laboratory's policies and procedures found a policy titled "Proficiency Testing Protocol" which stated: | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis | | | |
| | 4. Duplicate analyses are not permitted unless patient samples are tested in the same manner. Quality Control should be run per routine procedures for patient testing. Group review and consensus identifications are permitted only if actual patient specimens would ordinarily be reviewed by more than one person. | | | |
| | 5. Proficiency survey samples will be analyzed in the same manner as patient specimens as much as possible with some exceptions: | | | |
| | a. Due to differences between survey and patient samples, survey samples will be tested in the same manner as patient samples except where survey materials/reporting require modifications in processing i.e. hydration of lyophilized survey materials." | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis 7. There will be no communications with other laboratories about proficiency testing at any time until final results are returned. Under CLIA regulations, there is a strict prohibition against intralaboratory communications about proficiency testing samples until after the deadline for submission of data to the proficiency testing provider. This includes between Family Health | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489661

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 31 | D2006 | | |
| | Center laboratories because they have different CLIA numbers. For alternate assess/proficiency there can be no communication with an outside performing Reference Laboratory until that laboratory's final test results are received at the Cleveland Clinic. | | | |
| | 8. Proficiency survey testing will be completed and results submitted by the survey's due date. Results will be recorded on the laboratory worksheet, on a copy the CAP results form and/or entered into LIS. All instrument or assay printouts will be returned to the supervisory personnel or quality control (QC) laboratory. | | | |
| | 9. Worksheets and printouts will be reviewed for questionable results, transcription errors or other problems prior to final submission of results." | | | |
| | "III. CAP Accepted Proficiency Programs D. Reporting of Results 7. CAP proficiency survey test results will be submitted online to CAP by the testing personnel within the technical areas before midnight of the due date. This function can be centralized within one CLIA number for point of care sites. Testing sites with different CLIA numbers will not centralize result submission and results will be submitted independently within that CLIA address/CLIA number." | | | |
| | "III. CAP Accepted Proficiency Programs D. Reporting of Results 9. When entering online results, double check the entry for clerical errors either online or via a printout per laboratory area guidelines. This clerical check must be performed by testing personnel who would normally be responsible for this type of function for the patient testing | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489662

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 32<br><br>procedure. There must be clear documentation who entered the online results and who conducted the clerical check i.e. name and date. This check must include a check that all analytes have been tested and reported for that survey utilizing the mandatory site specific survey list."<br><br>"III. CAP Accepted Proficiency Programs<br>J. Record Retention<br>1. Per CLIA regulations, all records of proficiency testing will be kept on file for a minimum of two (2) years. Records must include worksheets, instrument tapes, computer printouts, reporting forms, evaluation reports, evidence of review, participant summaries and documentation of any follow-up or corrective action. This documentation should be electronic as much as possible. There is no need to retain copies of quality control data unless specifically requested as part of the survey. Quality control data is available in the LIS."<br><br>2. Review of the PT documentation for the clinical microscopy testing event titled CM-B 2014 found the following:<br><br>Result submission form:<br><br>Page 10<br>For sample CMP-08 (Body Fluid Photographs and CD-ROM) a result code of 221 was written in blue ink. The 1 was overwritten with a 7 in black ink. To the right of the result box a result code of 213 was written in black in and crossed out with a single line. A black checkmark was written in black ink on the top right outside corner of the result box.<br><br>For sample CMP-09 (Body Fluid Photographs | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489663

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 33 | D2006 | | |
| | and CD-ROM) a result code of 219 was written in blue ink. A black checkmark was written in black ink on the top right outside corner of the result box. | | | |
| | For sample CMP-10 (Body Fluid Photographs and CD-ROM) a result code of 160 was written in blue ink. | | | |
| | For sample CMP-11 (Body Fluid Photographs and CD-ROM) a result code of 109 was written in blue ink. | | | |
| | For sample CMP-12 (Body Fluid Photographs and CD-ROM) a result code of 135 was written in black ink. | | | |
| | For sample CMP-13 (Body Fluid Photographs and CD-ROM) a result code of 207 was written in blue ink. | | | |
| | Page 12 For sample CMMP-35 (Vaginal Wet Preparation) four columns with the headings spermatozoa, trichomonas, clue cells, and epithelial cells were present. The result bubbles next to the results "Spermatozoa are absent", "Trichomonas are absent", "Clue cells are present", and "Epithelial cells are present" were filled with blue ink. The result bubble next to "Clue cells are present" and crossed out with one line in black in ink and the result bubble next to "Clue cells are absent" was filled with black ink. | | | |
| | PT Attestation Form: | | | |
| | LD signed as "Director (or Designee)" | | | |
| | Testing Personnel (TP) #5, #9, #10, #43, and an | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489664

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 34<br><br>individual not listed on the Form CMS-209 signed as "Testing Personnel".<br><br>No individuals identified as pathologists on the Form CMS-209 signed the attestation form as a "Testing Personnel".<br><br>3. TS #8 and the LD stated pathologists review patients' samples if the TP are unsure or unable to identify a finding microscopically. Surveyor #1 asked how the pathologist's reviews of patients' slides are documented. TS #8 and the LD explained there is a pathologist review form that is completed for patient samples. Surveyor #1 asked TS #8 and the LD to provide the pathologist review documentation for the PT samples in question. TS #8 and the LD stated that documentation did not exist for this survey. The interview occurred 03/10/2015 at 11:30 AM.<br><br>4. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, individuals stated the following:<br><br>TP has always examined and interpreted manual PT pictures by themselves with no additional input.<br><br>TP get a consensus from additional TP on some PT samples but have never consulted a pathologist for urine microscopic or manual differential PT samples.<br><br>Item 5:<br><br>Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interviews with Technical Supervisor (TS) #8, | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489665

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 35 | D2006 | | |
| | the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), and four confidential interviews, the laboratory failed to test the CM-A 2013 clinical microscopy proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. | | | |
| | Findings Include: | | | |
| | 1. Review the laboratory's policies and procedures found a policy titled "Proficiency Testing Protocol" which stated: | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis | | | |
| | 4. Duplicate analyses are not permitted unless patient samples are tested in the same manner. Quality Control should be run per routine procedures for patient testing. Group review and consensus identifications are permitted only if actual patient specimens would ordinarily be reviewed by more than one person. | | | |
| | 5. Proficiency survey samples will be analyzed in the same manner as patient specimens as much as possible with some exceptions: | | | |
| | a. Due to differences between survey and patient samples, survey samples will be tested in the same manner as patient samples except where survey materials/reporting require modifications in processing i.e. hydration of lyophilized survey materials." | | | |
| | "III. CAP Accepted Proficiency Programs C. Analysis | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  36 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489666

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**36D0688090** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | | (X3) DATE SURVEY COMPLETED<br><br>**03/13/2015** |
|---|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**MARYMOUNT HOSPITAL LABORATORY** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 36<br><br>7. There will be no communications with other laboratories about proficiency testing at any time until final results are returned. Under CLIA regulations, there is a strict prohibition against intralaboratory communications about proficiency testing samples until after the deadline for submission of data to the proficiency testing provider. This includes between Family Health Center laboratories because they have different CLIA numbers. For alternate assess/proficiency there can be no communication with an outside performing Reference Laboratory until that laboratory's final test results are received at the Cleveland Clinic.<br><br>8. Proficiency survey testing will be completed and results submitted by the survey's due date. Results will be recorded on the laboratory worksheet, on a copy the CAP results form and/or entered into LIS. All instrument or assay printouts will be returned to the supervisory personnel or quality control (QC) laboratory.<br><br>9. Worksheets and printouts will be reviewed for questionable results, transcription errors or other problems prior to final submission of results."<br><br>"III. CAP Accepted Proficiency Programs<br>D. Reporting of Results<br>7. CAP proficiency survey test results will be submitted online to CAP by the testing personnel within the technical areas before midnight of the due date. This function can be centralized within one CLIA number for point of care sites. Testing sites with different CLIA numbers will not centralize result submission and results will be submitted independently within that CLIA address/CLIA number." | D2006 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 37 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 37 | D2006 | | |
| | "III. CAP Accepted Proficiency Programs | | | |
| | D. Reporting of Results | | | |
| | 9. When entering online results, double check the entry for clerical errors either online or via a printout per laboratory area guidelines. This clerical check must be performed by testing personnel who would normally be responsible for this type of function for the patient testing procedure. There must be clear documentation who entered the online results and who conducted the clerical check i.e. name and date. This check must include a check that all analytes have been tested and reported for that survey utilizing the mandatory site specific survey list." | | | |
| | "III. CAP Accepted Proficiency Programs | | | |
| | J. Record Retention | | | |
| | 1. Per CLIA regulations, all records of proficiency testing will be kept on file for a minimum of two (2) years. Records must include worksheets, instrument tapes, computer printouts, reporting forms, evaluation reports, evidence of review, participant summaries and documentation of any follow-up or corrective action. This documentation should be electronic as much as possible. There is no need to retain copies of quality control data unless specifically requested as part of the survey. Quality control data is available in the LIS." | | | |
| | 2. Review of the PT documentation for the clinical microscopy testing event titled CM-A 2013 found the following: | | | |
| | Result submission form: | | | |
| | Page 10 | | | |
| | For sample CMP-04 (Urine Sediment Color Photographs and DC-ROM) a result code of 141 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489668

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH  44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 38

was written in the result boxes in blue ink. The word hyaline and an indecipherable word were written in black ink and then scribbled out in blue ink. The word fiber was written below in blue ink.

For sample CMP-05 (Urine Sediment Color Photographs and DC-ROM) a result code of 139 was written in the result boxes in blue ink. The words uric acid were written in black ink to the left.

For sample CMP-06 (Urine Sediment Color Photographs and DC-ROM) a result code of 114 was written in the result boxes in blue ink. The words uric acid were written above in and scratched out in black ink. The result code 112 was written in black ink with an X drawn over it in blue ink. The word epi was written in black ink to the far left.

For sample CMP-07 (Urine Sediment Color Photographs and DC-ROM) the result code of 183 was written in the result boxes and the word "NRBC" (Nucleated Red Blood Cell) was written to the left in black ink.

For sample CMP-08 (Body Fluid Photographs and CD-ROM) the result code of 222 was written in the result boxes and the word blast written to the right both in black ink. The result code was lined through twice and the word blast was marked out with an X both in blue ink. The result code 180 and word meta were written to the left in blue ink. The result code 180 had a square drawn around it in blue ink.

For sample CMP-13 (Body Fluid Photographs and CD-ROM) a result code of 222 was written in the result boxes and the word blast was written to | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489669

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 39 | D2006 | | |
| | the right in black ink. Two question marks were written below the word blast in blue ink. | | | |
| | Page 12 | | | |
| | For sample CMMP-35 (Vaginal Wet Preparations) four columns with the headings spermatozoa, trichomonas, clue cells, and epithelial cells were present. The result bubbles next to the results "Spermatozoa are present", "Trichomonas are absent", "Clue cells are present", and "Epithelial cells are present" were filled. The result bubble next to "Clue cells are present" was crossed out with an X and the result bubble next to "Clue cells are absent" was filled in. A question mark was written above the result "Clue cells are present". | | | |
| | PT Attestation Form: | | | |
| | LD signed as "Director (or Designee)" | | | |
| | Testing Personnel (TP) #3, #5, #7, and two individuals not listed on the Form CMS-209 signed as "Testing Personnel". | | | |
| | No individuals identified as pathologists on the Form CMS-209 signed the attestation form as a "Testing Personnel". | | | |
| | Result Evaluation: | | | |
| | For sample CMP-05 the laboratory received a result of "Unacceptable". The laboratory documented the following statement: | | | |
| | "Images were reviewed by Pathologist (as they would be for patient samples), and the crystal in question was identified as Uric Acid. The image as well as feedback and the participant summary was provided to the section and everyone was | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489670

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 40 | D2006 | | |
| | instructed to read and sign off the review." | | | |
| | | | | |
| | 3. TS #8 and the LD stated pathologists review patients' samples if the TP are unsure or unable to identify a finding microscopically. Surveyor #1 asked how the pathologist's reviews of patients' slides are documented. TS #8 and the LD explained there is a pathologist review form that is completed for patient samples. Surveyor #1 asked TS #8 and the LD to provide the pathologist review documentation for the PT samples in question. TS #8 and the LD stated that documentation did not exist for this survey. The interview occurred 03/10/2015 at 11:30 AM. | | | |
| | | | | |
| | 4. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, individuals stated the following: | | | |
| | | | | |
| | TP has always examined and interpreted manual PT pictures by themselves with no additional input. | | | |
| | | | | |
| | TP had never consulted a pathologist for a patient's urine microscopic examination. | | | |
| | | | | |
| | TP get a consensus from additional TP on some PT samples but have never consulted a pathologist for urine microscopic or manual differential PT samples. | | | |
| | Item 6: | | | |
| | | | | |
| | Based on review of the laboratory's policies and procedures and College of American Pathologists (CAP) proficiency testing (PT) documentation, the laboratory failed to test the FH9-B 2013 hematology proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 41 tests patient specimens.

Findings Include:

1.  Review of the laboratory's policy and procedure titled "Manual of Operations PROFICIENCY TESTING PROTOCOL" found the following statements:

"III.  CAP Accepted Proficiency Programs C.  Analysis 5b.  Proficiency samples will never be referred to an outside reference lab for further or confirmatory testing.  This includes testing at a satellite (FHC or ASC) that would ordinarily send its confirmatory testing to a larger Cleveland Clinic laboratory."

"III.  CAP Accepted Proficiency Programs C.  Analysis 7.  There will be no communication with other laboratories about proficiency testing at any time until final results are returned.  Under CLIA regulations, there is a strict prohibition against intralaboratory communications about proficiency testing samples until after the deadline for submission of data to the proficiency testing provider."

2.  Review of the laboratory's FH9-B 2013 CAP PT documentation revealed the following:

BCP-14 (blood cell identification) i.   post-it note indicates Seg/PMN ii.  page 9 of the CAP result form indicates a hand written neut toxic neut result in different hand writing iii. also on page 9 of the CAP result form indicates a hand written result code of 284 with a | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489672

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | A. BUILDING _____ B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH  44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 42 circle drawn around it in different hand writing

As listed on the CAP Hematology Blood Cell Identification Master List 284; Neutrophil, segmented or band

The laboratory reported "Neutrophil, Seg/Band" to the PT provider.

Seg; segmented neutrophil PMN; polymorphonuclear neutrophil neut; neutrophil

BCP-19  (blood cell identification)
   i.  post-it note indicates ortho/plasmo
   ii.  page 9 of the CAP result form indicates hand written polychrome result in different hand writing
   iii.  a duplicate page 9 indicates a hand written result code of 134 in different hand writing

As listed on the CAP Hematology Blood Cell Identification Master List 134; Polychromatophilic (non-nucleated) red cell

The laboratory reported "Polychromatophilic RBC" to the PT provider.

RBC; red blood cell

BCP-20  (blood cell identification)
   i.  page 9 of the CAP result form indicates a hand written plt vs plasma result
   ii.  a duplicate page 9 indicates a hand written result code of 171 in different hand writing with a circle drawn around it

As listed on the CAP Hematology Blood Cell Identification Master List 171; Platelet, normal | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489673

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 43 | D2006 | | |
| | The laboratory reported "Platelet, Normal" to the PT provider. | | | |
| | plt; platelet | | | |
| | plasma; plasma cell | | | |
| | Item 7: | | | |
| | Based on review of the laboratory's policies and procedures and College of American Pathologists (CAP) proficiency testing (PT) documentation, the laboratory failed to test the HFC-B 2014 hematology proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. | | | |
| | Findings Include: | | | |
| | 1.  Review of the laboratory's policy and procedure titled "Manual of Operations PROFICIENCY TESTING PROTOCOL" found the following statements: | | | |
| | "III.  CAP Accepted Proficiency Programs C. Analysis 7.  There will be no communication with other laboratories about proficiency testing at any time until final results are returned.  Under CLIA regulations, there is a strict prohibition against intralaboratory communications about proficiency testing samples until after the deadline for submission of data to the proficiency testing provider." | | | |
| | 2.  Review of the laboratory's HFC-B 2014 CAP PT documentation revealed the following: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489674

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 44 HFC-04 (body fluid differential)    i.  a single post-it note which indicated two sets of hand written body fluid differential results, side by side, in different hand writing | D2006 | | |

     84 segs     S 70
     16 lymphs    L 25
                E 4
                M 1

Segs, S; segmented neutrophils
lymphs, L; lymphocytes
E; eosinophil
M; monocyte

   ii.  page 2 of the CAP result form indicated the following numerical results in different hand writing

Neut/Gran% Lymph% Mono% Eosin% Baso%
   84         16       0       0      0

Neut/Gran%; segmented neutrophil percent
Lymph%; lymphocyte percent
Mono%; monocyte percent
Eosin%; eosinophil percent
Baso%; basophil percent

HFC-06 (body fluid differential)
   i.  a single post-it note which indicated two sets of hand written body fluid differential results, side by side, in different hand writing

     73 segs     70
     24 lymphs    25
      3 Eos       4
                M 1

   ii.  page 2 of the CAP result form indicated the

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489675

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 45 | D2006 | | |

following numerical results in different hand writing

Neut/Gran% Lymph% Mono% Eosin% Baso%

   73      24     0     3     0

Item 8:

Based on review of the Form CMS-209, the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interview with the Point-of-Care Supervisor (PS) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to test activated clotting time (ACT) proficiency testing samples it receives from the proficiency testing program in the same manner as it tests patient specimens.

Findings Include:

1. Review of the Form CMS-209 found 17 individuals, Testing Personnel (TP) #17 through #33, certified by the LD to perform moderate complexity testing. The PS stated TP #17 through #33 performed ACT testing under this CLIA number. The PS further explained the ACT testing was performed in two locations of the hospital, interventional radiology (rad) and general surgery (surg). The interview occurred 03/09/2015 at 8:46 AM.

2. On 03/09/2015, Surveyor #2 requested the laboratory's PT policy and procedure from Technical Supervisor (TS) #9. TS #9 provided a policy and procedure titled "Cleveland Clinic Robert J. Tomsich Pathology & Laboratory

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489676

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 46<br><br>Medicine Institute Manual of Operations Proficiency Testing Protocol".<br><br>3. Review of the above mentioned policy found the following directives:<br><br>"C. Analysis<br>1. Proficiency samples will be processed in a routine patient run by the routine testing personnel who routinely test patient/client samples. All testing personnel on all shifts who routinely perform these tests will participate in proficiency testing. Every effort will be made to rotate the survey samples amongst all the testing personnel who routinely perform testing. Each laboratory area must have a plan or process to distribute the surveys amongst all testing personnel on all shifts."<br><br>"C. Analysis<br>5. Proficiency survey samples will be analyzed in the same manner as patient specimens as much as possible with some exceptions:<br>a. Due to differences between survey and patient samples, survey samples will be tested in the same manner as patient samples except where survey materials/reporting require modifications in processing i.e. hydration of lyophilized survey materials."<br><br>4. Review of the laboratory's 2013 and 2014 CAP ACT PT documentation found TP #8 signed 2 out of 5 PT events' attestation forms as the testing analyst.<br><br>Additionally, on the 1st testing event of 2014 "Survey Result Form" two sets of test results, titled "SURG" and "RAD", were documented for 3 out of 3 samples. | D2006 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489677

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 47 | D2006 | | |
| | 5. Surveyor #1 asked the PS to describe the method in which ACT PT samples were analyzed. The PS stated, prior to the dates of survey, the core laboratory received the PT survey, interventional radiology and surgery would bring the ACT instruments to the laboratory, the samples would be analyzed by either the core laboratory TP or Point-of-Care (POC) TP, the samples would be run on both instruments, and the laboratory personnel would submit the PT results to the PT provider. The PS confirmed that patients were not tested in the manner described for PT. The interview occurred 03/09/2015 at 12:13 PM. | | | |
| | Item 9: | | | |
| | Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and an interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to test the FH9-A 2013 and FH9-B 2013 complete blood count (CBC) and blood cell identification proficiency testing samples it received from the College of American Pathologists (CAP) in the same manner as it tests patient specimens. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Manual of Operations PROFICIENCY TESTING PROTOCOL" found the following statements: | | | |
| | "I.  Principle | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489678

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 48 | D2006 | | |

The purpose of proficiency testing is to evaluate a laboratory's analytical performance by comparing results with other laboratories' results or by comparing results with a known sample.  It is imperative that the proficiency survey testing process mirror the actual patient testing process as much as possible in order to detect any possible errors in the patient testing process."

"C.  Analysis
4.  Duplicate analyses are not permitted unless patient samples are tested in the same manner."

"C.  Analysis
5.  Proficiency survey samples will be analyzed in the same manner as patient specimens as much as possible with some exceptions:

 a.  Due to differences between survey and patient samples, survey samples will be tested in the same manner as patient samples except where survey materials/reporting require modifications in processing i.e. hydration of lyophilized survey materials."

2.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and Performance Improvement (P.I.) Plan" revealed the following statements:

"Proficiency Testing
While the Team Leader or Section Head is responsible to ensure the proper handling, analysis, review and reporting of the test results on proficiency testing (surveys), all personnel working in that section will be involved on a rotational basis in the performance of testing on survey material.  For testing purposes, survey

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489679

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 49 | D2006 | | |
| | samples are to be treated no different than patient samples; they are to be incorporated within the routine workload.  If multiple methods are used for an analyte, proficiency samples will be analyzed by the primary method.  A written procedure will be in place in each section addressing the aforementioned items.  Replicate analysis of any proficiency sample is acceptable only if patient/client specimens are routinely analyzed in the same manner.  With respect to morphologic examinations (identification of cell types and microorganisms, etc.), group review and consensus identifications are permitted only for unknown samples that would ordinarily be reviewed by more than one person in an actual patient sample." | | | |
| | 3.  Review of the laboratory's 2013 hematology auto differentials CAP PT documentation revealed the PT specimens were tested on the XE-5000 and XS-1000i analyzers as follows: | | | |
| | For the survey titled FH9-A: | | | |

| Sample | Date/Time tested *XE-5000 | Date/Time tested XS-1000i |
|---|---|---|
| FH9-01 | 02/04/2013 07:34:24 | 02/04/2013 07:46:54 |
| FH9-02 | 02/04/2013 7:34:56 | 02/04/2013 07:48:04 |
| FH9-03 | 02/04/2013 07:35:26 | 02/04/2013 07:49:12 |
| FH9-04 | 02/04/2013 07:35:59 | 02/04/2013 07:50:25 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489680

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 50 | D2006 | | |

For the survey titled FH9-B:

| Sample | Date/Time tested *XE-5000 | Date/Time tested XS-1000i |
|---|---|---|
| FH9-06 | 05/14/2013 15:51:51 | 05/14/2013 15:13:11 |
| FH9-07 | 05/14/2013 15:52:25 | 05/14/2013 15:12::05 |
| FH9-08 | 05/14/2013 15:52:57 | 05/14/2013 15:10:54 |
| FH9-10 | 05/14/2013 15:53:59 | 05/14/2013 15:08:38 |

4. Further review of the laboratory's 2013 Hematology Auto Differentials CAP PT documentation found more than one test result for each of the PT samples as described below.

For the survey titled FH9-A, Blood Cell Identification, two post-it notes in different handwriting with the following results documented were attached to the result submission form (or on pictures):

| | post-it note initialed by TP#1 | *post-it note initialed by LD |
|---|---|---|
| BCP-01 | reactive lymph | 266 reactive lymph |
| BCP-02 | platelet | 171 platelet |
| BCP-03 | mono" written | 236 mono |

FORM CMS-2567(02-99) Previous Versions Obsolete    Event ID:O9M611    Facility ID: OHC05083    If continuation sheet Page 51 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489681

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 51 | D2006 | | |
| |       above a crossed out "reactive lymph | | | |
| | BCP-04  lymph        265 lymph | | | |
| | BCP-05  Rbc-NL     135 RBC | | | |
| | BCP-06  target      150 target | | | |
| | BCP-07  granular lymph  307 granular lymph | | | |
| | BCP-08  H-J body    155 HJ Body | | | |
| | BCP-09  nucleated RBC  253 nRBC | | | |
| | BCP-10  Schniffner's  225 pappenheimer | | | |
| | Additionally, for the survey titled FH9-A, two CAP result forms were found with the following hand written results documented by unknown testing personnel (TP): | | | |
| |     CAP result form with cell description    *CAP result form with CAP code | | | |
| | BCP-01  No result     266 | | | |
| | BCP-02  platelet      171 | | | |
| | BCP-03  mono        236 | | | |
| | BCP-04  lymph       265 | | | |
| | BCP-05  RBC         135 | | | |
| | BCP-06  target cell    150 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489682

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 52 | D2006 | | |

BCP-07    No result                307

BCP-08    Howell Jolly            155
          Body

BCP-09    NRBC                    253

BCP-10    Pappenheimer       225

For the survey titled FH9-B, Blood Cell Identification, one post-it note with cell description results, one CAP result form with cell description, and CAP code numbers in different hand writing were found as listed below:

| | post-it note | CAP result form with cell description | *CAP result form with CAP code |
|---|---|---|---|
| BCP-11 | elliptocyte | eliptocyte | 146 |
| BCP-12 | lymph | lymph | 265 |
| BCP-13 | B. Stippling | Basophilic Stippling | 152 |
| BCP-14 | Seg/PMN | neut toxic neut | 284 with a circle around it |
| BCP-15 | platelet | platelet | 171 |
| BCP-16 | Plasmodium | Plasmodium sp | 156 |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489683

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 53 | D2006 | | |

BCP-17  PMN        seg neut      284

BCP-18  Mono        monocyte      236

BCP-19  ortho/plasmo  polychrome  134

BCP-20  Unreadable    plt vs        171
        result        plasma      with a
                                  circle
                                  around it

No TP identifiers were present.

5.  TS#9 explained the Sysmex XE-5000 is the primary hematology analyzer on which routine patient testing is performed and the Sysmex XS-1000i is the back-up hematology analyzer that is utilized when the XE-5000 is down.  TS#9 confirmed the laboratory tested PT samples for FH9-A 2013 and FH9-B 2013 on both hematology analyzers.  TS#9 further confirmed the blood cell identification pictures for FH9-A 2013 and FH9-B 2013 were examined and interpreted by multiple TP prior to the due date and patient specimens were not examined in this manner.  The interview occurred on 03/09/2015 at 10:34 AM.

lymph;  lymphocyte
mono; monocyte
Rbc, RBC; red blood cell
NL; normal
H-J, HJ; Howell Jolly
NRBC, NRBC; nucleated red blood cell
B Stippling; Basophilic Stippling
Seg; segmented neutrophil
neut; neutrophil
PMN; polymorphonuclear neutrophil
sp; species
plasmo; plasmodium

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489684

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2006 | Continued From page 54 <br><br> plasma; plasma cell <br> plt: platelet <br> *; PT results reported to CAP | D2006 | | |
| D2007 | 493.801(b)(1) TESTING OF PROFICIENCY TESTING SAMPLES <br><br> The samples must be examined or tested with the laboratory's regular patient workload by personnel who routinely perform the testing in the laboratory, using the laboratory's routine methods This STANDARD is not met as evidenced by: <br> Item 1: <br><br> Based on review of the Form CMS-209, the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interview with the Point-of-Care Supervisor (PS) and Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to ensure that Gram stain, wet preparation, and activated clotting time (ACT) proficiency testing (PT) samples were tested or examined with the laboratory's regular patient workload by personnel who routinely perform the testing in the laboratory, using the laboratory's routine methods. <br><br> Findings Include: <br><br> 1. Review of the Form CMS-209 found 17 individuals, Testing Personnel (TP) #17 through #33, certified by the LD to perform moderate complexity testing. The PS stated TP #17 through #33 performed ACT testing under this CLIA number. The interview occurred 03/09/2015 at 8:46 AM. | D2007 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489685

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2007 | Continued From page 55 | D2007 | | |
| | Further review of the Form CMS-209 found an additional 18 individuals, TP #1 through #16; #43; #44, certified by the LD to perform moderate and high complexity testing. | | | |
| | 2. On 03/09/2015 at 8:38 AM, TS #8 verbally provided the following list of testing performed by each TP: | | | |
| | TP #1:  Hematology; Blood Bank | | | |
| | TP #2:  All departments | | | |
| | TP #3:  Microbiology; Chemistry | | | |
| | TP #4:  All departments | | | |
| |     (exception: no body fluids) | | | |
| | TP #5:  Hematology; Microbiology | | | |
| | TP #6:  Chemistry; Coagulation | | | |
| | TP #7:  Coagulation; Chemistry | | | |
| | TP #8:  Hematology; Chemistry; Urinalysis; | | | |
| |     Coagulation | | | |
| | TP #9:  Hematology; Coagulation; Chemistry; | | | |
| |     Blood Bank; Microbiology | | | |
| | TP #10: Chemistry; Hematology; Microbiology | | | |
| | TP #11: All departments | | | |
| | TP #12: All departments | | | |
| |     (exception: no Blood Bank) | | | |
| | TP #13: All departments | | | |
| | TP #14: Hematology; Urinalysis; Chemistry | | | |
| | TP #15: All departments | | | |
| | TP #16: All departments | | | |
| | TP #43: Chemistry; Microbiology | | | |
| | TP #44: Not originally listed on Form CMS-209 | | | |
| | 3. On 03/09/2015, Surveyor #2 requested the laboratory's PT policy and procedure from TS #9. TS #9 provided a policy and procedure titled "Cleveland Clinic Robert J. Tomsich Pathology & Laboratory Medicine Institute Manual of Operations Proficiency Testing Protocol". | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489686

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2007 | Continued From page 56 <br><br> 4. Review of the above mentioned policy found the following directives: <br><br> "C. Analysis <br> 1. Proficiency samples will be processed in a routine patient run by the routine testing personnel who routinely test patient/client samples. All testing personnel on all shifts who routinely perform these tests will participate in proficiency testing. Every effort will be made to rotate the survey samples amongst all the testing personnel who routinely perform testing. Each laboratory area must have a plan or process to distribute the surveys amongst all testing personnel on all shifts." <br><br> 5. Review of the laboratory's 2013 and 2014 CAP ACT, Gram stain, and wet preparation PT attestation forms found the following: <br><br> ACT: <br><br> 2015 <br> 1st Testing Event <br> Analyst: TP #8 <br><br> 2014 <br> 2nd Testing Event <br> Analyst: TP #17 <br><br> 1st Testing Event <br> Analyst: TP #26 & #27 <br><br> 2013 <br> 2nd Testing Event <br> Analyst: TP #8 <br><br> 1st Testing Event | D2007 | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489687

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2007 | Continued From page 57<br>Analyst: TP #20<br><br><br>Gram Stain:<br><br>2014<br>3rd Testing Event<br>Analyst: TP #5 & #9<br><br>2nd Testing Event<br>Analyst: TP #5<br><br>1st Testing Event<br>Analyst: TP #5<br><br>2013<br>3rd Testing Event<br>Analyst: TP #5<br><br>2nd Testing Event<br>Analyst: TP #5<br><br>1st Testing Event<br>Analyst: TP #5<br><br><br>Wet Preparation:<br><br>2014<br>2nd Testing Event<br>Analysts: TP #5, #7, #10, 1 individual<br>not listed on the Form CMS-209<br><br>1st Test Event<br>Analysts: TP #5, #9, #10, #43, and 1<br>individual not listed on the Form CMS-209<br><br>2013<br>2nd Testing Event | D2007 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489688

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2007 | Continued From page 58 | D2007 | | |
| | Analyst: TP #5, #6, and 2 individuals not listed on the Form CMS-209 | | | |
| | 1st Testing Event Analyst: TP #3, #5, #7, and 2 individuals not listed on the Form CMS-209 | | | |
| | 5. The PS stated, prior to the dates of survey, the laboratory received the PT survey, interventional radiology and surgery would bring the ACT instruments to the laboratory, the samples would be analyzed by either the core laboratory TP or Point-Of-Care TP, the samples would be run on both instruments, and the core laboratory personnel would submit the PT results to the PT provider. The interview occurred 03/09/2015 at 12:13 PM. | | | |
| | TS #8 confirmed the PT methods did not rotate PT amongst all TP. The interviews occurred 03/09/2015 at 12:13 PM and 03/10/2015 at 8:40 AM. | | | |
| | Item 2: | | | |
| | Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and interviews with Technical Supervisor (TS) #8, TS#9, and Quality Coordinator (QC) #2 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to ensure that complete blood count (CBC), manual differential, urinalysis (UA), urine sediment (umic), osmolality (OSMO), manual body fluid counts, C-Reactive protein (CRP), prothrombin time (PT), activated partial thromboplastin time (PTT), fibrinogen, and | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489689

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2007 | Continued From page 59 | D2007 | | |
| | D-Dimer proficiency testing (PT) samples were tested or examined with the laboratory's regular patient workload by the personnel who routinely perform the testing in the laboratory, using the laboratory's routine methods. | | | |
| | Findings Include: | | | |
| | 1.  Review of the laboratory's policy and procedure titled "Manual of Operations PROFICIENCY TESTING PROTOCOL" found the following statements: | | | |
| | "I.  Principle | | | |
| | The purpose of proficiency testing is to evaluate a laboratory's analytical performance by comparing results with other laboratories' results or by comparing results with a known sample.  It is imperative that the proficiency survey testing process mirror the actual patient testing process as much as possible in order to detect any possible errors in the patient testing process." | | | |
| | "III.  CAP Accepted Proficiency Programs C.  Analysis | | | |
| | 1.  Proficiency samples will be processed in a routine patient run by the routine testing personnel who routinely test patient/client samples.  All testing personnel on all shifts who routinely perform these tests will participate in the proficiency testing." | | | |
| | 2.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and Performance Improvement (P.I.) Plan" revealed the following statement: | | | |
| | "6.  Process and Performance Control: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489690

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2007 | Continued From page 60 | D2007 | | |

Proficiency Testing
While the Team Leader or Section Head is responsible to ensure the proper handling, analysis, review and reporting of the test results on proficiency testing (surveys), all personnel working in that section will be involved on a rotational basis in the performance of testing on survey material."

3.  Review of the Form CMS-209 found 18 individuals certified by the LD to perform moderate and high complexity testing. On 03/09/2015 at 8:38 AM, TS #8 verbally provided the following list of testing performed by each TP:

TP #1:  Hematology; Blood Bank
TP #2:  All departments
TP #3:  Microbiology; Chemistry
TP #4:  All departments (exception: no body fluids)
TP #5:  Hematology; Microbiology
TP #6:  Chemistry; Coagulation
TP #7:  Coagulation; Chemistry
TP #8:  Hematology; Chemistry; Urinalysis; Coagulation
TP #9:  Hematology; Coagulation; Chemistry; Blood Bank; Microbiology
TP #10: Chemistry; Hematology; Microbiology
TP #11: All departments
TP #12: All departments (exception: no Blood Bank)
TP #13: All departments
TP #14: Hematology; Urinalysis; Chemistry
TP #15: All departments
TP #16: All departments
TP #43: Chemistry; Microbiology
TP #44: Not originally listed on Form CMS-209

4.  Review of the laboratory's CAP attestation

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489691

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2007 | Continued From page 61 | D2007 | | |
| | forms for 2013 and 2014 found no documentation indicating the following TP, who perform patient testing, participated in PT: | | | |
| | Survey: FH9 (CBC and manual differential) TP: #1, #5, #8, #9, #14, #44 | | | |
| | Survey: CM (UA and umic) TP: #1, #2, #4, #8, #11, #12, #13, #14, #16, #44 | | | |
| | Survey: CM (OSMO) TP: #2, #4, #8, #11, #12, #13, #14, #16, #44 | | | |
| | Survey: HFC/CM (manual body fluid count and differential) TP: #13 | | | |
| | Survey: S (CRP) TP: #2, #6, #8, #11, #12, #14, #16, #43, #44 | | | |
| | Survey: CGL (PT, PTT, Fibrinogen, and D-Dimer) TP: #1, #2, #4, #7, #11, #12, #13, #14, #16, #44 | | | |
| | 5.  Documentation demonstrating PT participation for the individuals listed in finding #4 was requested from TS#9 and QC#2.  TS#9 stated no documentation was available and confirmed all TP who routinely perform patient testing did not participate in PT.  The interview occurred on 03/09/2015 at 12:07 PM. | | | |
| D2010 | 493.801(b)(2) TESTING OF PROFICIENCY TESTING SAMPLES | D2010 | | |
| | The laboratory must test samples the same number of times that it routinely tests patient samples. This STANDARD  is not met as evidenced by: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489692

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2010 | Continued From page 62

Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, testing worksheets, and an interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to test body fluid manual differential, urine microscopic, and urine osmolality proficiency testing (PT) samples the same number of times that it routinely tests patient samples.

Findings Include:

1.  Review of the laboratory's policy and procedure titled "Manual of Operations PROFICIENCY TESTING PROTOCOL" found the following statements:

"I.  Principle
The purpose of proficiency testing is to evaluate a laboratory's analytical performance by comparing results with other laboratories' results or by comparing results with a known sample.  It is imperative that the proficiency survey testing process mirror the actual patient testing process as much as possible in order to detect any possible errors in the patient testing process."

"III.  CAP Accepted Proficiency Programs
C.  Analysis
4.  Duplicate analyses are not permitted unless patient samples are tested in the same manner."

2.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and Performance Improvement (P.I.) Plan" revealed | D2010 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**36D0688090** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**03/13/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**MARYMOUNT HOSPITAL LABORATORY** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2010 | Continued From page 63<br>the following statements:<br><br>"Proficiency Testing<br>While the Team Leader or Section Head is responsible to ensure the proper handling, analysis, review and reporting of the test results on proficiency testing (surveys), all personnel working in that section will be involved on a rotational basis in the performance of testing on survey material.  For testing purposes, survey samples are to be treated no different than patient samples; they are to be incorporated within the routine workload.  If multiple methods are used for an analyte, proficiency samples will be analyzed by the primary method.  A written procedure will be in place in each section addressing the aforementioned items.  Replicate analysis of any proficiency sample is acceptable only if patient/client specimens are routinely analyzed in the same manner.  With respect to morphologic examinations (identification of cell types and microorganisms, etc.), group review and consensus identifications are permitted only for unknown samples that would ordinarily be reviewed by more than one person in an actual patient sample."<br><br>3.  Review of the laboratory's 2013 and 2014 CAP survey documentation revealed the following:<br><br>For the survey titled FH9-B 2014<br>    (submission due 05/20/2014)<br><br>Sample:  BCP-19  (blood cell identification)<br><br>Three individual "CAP BLOOD CELL ID BCP-B" worksheets indicated the following:<br><br>111 neutrophil myelocyte; initialed by TP#13, | D2010 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489694

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2010 | Continued From page 64 | D2010 | | |
| | dated 05/14/14 | | | |
| | Neutrophil, metamyelocyte 112; initialed by TP#16, undated | | | |
| | 259 neutrophil, toxic; initialed by TP#11, undated | | | |
| | page 6 of the CAP result form indicates a hand written 112 | | | |
| | As listed on the CAP Hematology Blood Cell Identification Master List: | | | |
| | 111; Neutrophil, myelocyte | | | |
| | 112; Neutrophil, metamyelocyte | | | |
| | 259; Neutrophil, toxic (to include toxic granulation and/or Dohle bodies, and/or toxic vacuolization) | | | |
| | For the survey titled HFC-B 2013: (submission due 12/3/2013) | | | |
| | Sample:  HFC-04 (body fluid cell count) | | | |
| | Date tested:  11/27/2013 | | | |
| | TP not listed on Form CMS-209 | | | |
| | Documented on Fluid Worksheet as follows: | | | |

|  | Side 1 | Side 2* | Avg. | Cells Reported |
|---|---|---|---|---|
| | | 13 | | |
| RBC= | 13 | 25 | 13 | 33 |
| | | 19 | | |
| WBC= | 18 | 17 | 18 | 45 |

* Side 2 had 2 counts documented

Sample:  HFC-05 (body fluid cell count)
Date tested:  11/27/2013

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489695

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2010 | Continued From page 65 <br> TP not listed on Form CMS-209 | D2010 | | |

Documented on Fluid Worksheet as follows:

|  | Side 1* | Side 2* | Avg. | Cells Reported |
|---|---|---|---|---|
| RBC= | 140 | 137 | 139 | 348 |
|  | 146 | 143 | 218 | 363 |
| WBC= | 33 | 22 | 28 | 70 |
|  | 23 | 30 | blank | 68 |

*each side was counted in duplicate

For the survey titled HFC-B 2014:

Sample:  HFC-04 (body fluid differential)
Date tested:  11/27/2013
TP unknown; two sets of results in different hand writing documented on a single post-it note as follows:

    84 segs      S 70
    16 lymphs    L 25
                 E 4
                 M 1

Sample:  HFC-06 (body fluid differential)
Date tested:  11/27/2013
TP unknown; two sets of results in different hand writing documented on a single post-it note as follows:

    73 segs      70
    24 lymphs    25
    3 Eos        4
                 M 1

For the survey titled CM-B 2014:

FORM CMS-2567(02-99) Previous Versions Obsolete      Event ID:O9M611      Facility ID: OHC05083      If continuation sheet Page  66 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489696

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2010 | Continued From page 66 | D2010 | | |
| | Documented on the CAP result submission worksheet as follows: | | | |
| | Sample:  CM-14 (OSMO) 3 sets of OSMO results 270, 267, 270 | | | |
| | Sample:  CM-15 (OSMO) 3 sets of OSMO results 845, 841, 845 | | | |
| | Sample:  CM-16 (OSMO) 3 sets of OSMO results 757, 758, 757 | | | |
| | 4.  TS#9 confirmed the PT samples were tested, examined and/or interpreted multiple times by multiple testing personnel.  TS#9 further confirmed patients were not tested in this manner.  The interviews occurred on 03/09/2015 at 10:34 AM, 10:55 AM, and on 03/11/2015 at 8:40 AM. | | | |
| | Side 1/Side 2;  A hemocytometer, utilized for     manual cell counts, consists of two     counting chambers identified as such. RBC; red blood cell WBC; white blood cell avg; average segs, S; segmented neutrophil lymphs, L; lymphocyte eos, E; eosinophil mono, M; monocyte | | | |
| D2015 | 493.801(b)(5)(6) TESTING OF PROFICIENCY TESTING SAMPLES | D2015 | | |
| | (5) The laboratory must document the handling, | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489697

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2015 | Continued From page 67 | D2015 | | |

preparation, processing, examination, and each step in the testing and reporting of results for all proficiency testing samples. The laboratory must maintain a copy of all records, including a copy of the proficiency testing program report forms used by the laboratory to record proficiency testing results including the attestation statement provided by the PT program, signed by the analyst and the laboratory director, documenting that proficiency testing samples were tested in the same manner as patient specimens, for a minimum of two years from the date of the proficiency testing event.
(6) PT is required for only the test system, assay, or examination used as the primary method for patient testing during the PT event.
This STANDARD  is not met as evidenced by:
 Based on review of the laboratory's policies and procedures, College of American Pathologists (CAP) proficiency testing (PT) documentation, and an interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to maintain a copy of all  proficiency testing (PT) documentation for a minimum of two years from the date of the PT event.

Findings Include:

1.  Review of the laboratory's policy and procedure titled "Manual of Operations PROFICIENCY TESTING PROTOCOL" found the following statements:

"III.  CAP Accepted Proficiency Programs
C.  Analysis
8.  Proficiency survey testing will be completed and results submitted by the survey's due date.

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  68 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489698

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2015 | Continued From page 68 | D2015 | | |

Results will be recorded on the laboratory worksheet, on a copy the CAP results form and/or entered into LIS. All instrument or assay printouts will be returned to the supervisory personnel or quality control (QC) laboratory."

"III. CAP Accepted Proficiency Programs
D. Reporting of Results
6. A copy of the signed attestation form, worksheets, if any, and any instrument printouts, if any, will be retained in the laboratory areas."

"III. CAP Accepted Proficiency Programs
E. Electronic Review of CAP Proficiency Testing Results
17. Each testing area ensures retention of its paper worksheets, instrument tapes, and signed attestation sheets."

"III. CAP Accepted Proficiency Programs
J. Record Retention
1. Per CLIA regulations, all records of proficiency testing will be kept on file for a minimum of two (2) years. Records must include worksheets, instrument tapes, computer printouts, reporting forms, evaluation reports, evidence of review, participant summaries and documentation of any follow-up or corrective action."

2. Review of the laboratory's 2013 and 2014 CAP PT documentation revealed the following PT documentation was not retained as required:

HFC-B 2014
No PT body fluid testing worksheets and instrument printouts were available for review.

S-B 2014
PT result worksheets (pages 1 and 2) and

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489699

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D2015 | Continued From page 69 | D2015 | | |
| | attestation form were unavailable for review. | | | |
| | CGL-A 2013 No PT result worksheets, instrument printouts, reporting forms, evaluation reports, and evidence of review for Coagulation testing (Protime, Activate Partial Thromboplastin Time, Fibrinogen, and D-Dimer) were available for review. | | | |
| | CGL-B 2013 No PT result worksheets, instrument printouts, reporting forms, evaluation reports, and evidence of review for Coagulation testing (Protime, Activate Partial Thromboplastin Time, Fibrinogen, and D-Dimer) were available for review. | | | |
| | CGL-C 2013 No PT result worksheets, instrument printouts, reporting forms, evaluation reports, and evidence of review for Coagulation testing (Protime, Activate Partial Thromboplastin Time, Fibrinogen, and D-Dimer) were available for review. | | | |
| | 3.  TS#9 confirmed the above mentioned PT documentation could not be located and was unavailable for review on the dates of survey. The interview occurred on 03/09/2015 at 2:34 PM. | | | |
| D5024 | 493.1215 HEMATOLOGY | D5024 | | |
| 400H | If the laboratory provides services in the specialty of Hematology, the laboratory must meet the requirements specified in §§493.1230 through 493.1256, §493.1269. and §§493.1281 through 493.1299. | | | |
| | This CONDITION  is not met as evidenced by: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489700

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5024 | Continued From page 70 | D5024 | | |
| | Based on direct observation, review of the laboratory's policies and procedures, patient test records, quality control (QC) records, performance specification documentation, calibration and calibration verification documentation, activated clotting time (ACT) test records and final test reports, and interviews with the Laboratory Director (LD), Technical Supervisor (TS) #9, Technical Consultant (TC) #2, and the Point-of-Care Supervisor (PS) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), the laboratory failed to meet the requirements in the specialty of Hematology specified in §§493.1230 through 493.1256, §493.1269, and §§493.1281 through 493.1299. | | | |
| | Findings Include: | | | |
| | 1.  The laboratory failed to follow the written procedures manual for the test activated clotting time (ACT). (Refer to D5401, Item 1) | | | |
| | 2.  The laboratory failed to ensure written procedures for all tests, assays, and examinations performed by the laboratory were available to laboratory personnel.  (Refer to D5401, Item 2) | | | |
| | 3.  The laboratory failed to demonstrate that it can obtain performance specifications comparable to those established by the manufacturer for 1)(i)(A) Accuracy, (1)(i)(B) Precision, (1)(i)(C) Reportable range of test results for the test system, and (1)(ii) Verify that the manufacturer's reference intervals (normal values) are appropriate for the laboratory's patient population for automated body fluid cell count testing procedures performed on the Sysmex XE-5000 Hematology | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  71 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5024 | Continued From page 71 analyzer. (Refer to D5421, Item 2) | D5024 | | |
| | 4.  The laboratory failed to perform and document hematology centrifuge maintenance procedures. (Refer to D5429) | | | |
| | 5.  The laboratory failed to perform and document hematology microscope maintenance procedures.  (Refer to D5433, Item 3) | | | |
| | 6.  The laboratory failed to perform and document calibration procedures for the analytes D-Dimer and fibrinogen.  (Refer to D5437) | | | |
| | 7.  The laboratory failed to perform and document D-Dimer and fibrinogen calibration verification procedures (b)(3) At least once every 6 months and whenever any of the following occurred:  (b)(3)(i) A complete change of reagents, (b)(3)(ii) There is major preventive maintenance or replacement of critical parts that may influence test performance, and (b)(3)(iii) Control materials reflect an unusual shift, and other means of assessing and correcting unacceptable control values fail to identify and correct the problem. (Refer to D5439) | | | |
| | 8.  The laboratory failed to, over time, rotate activated clotting time (ACT) control material testing among all operators who perform the testing on the Hemachron Junior (Jr.) Signature +. (Refer to D5463) | | | |
| | 9.  The laboratory failed to perform and document manual hemocytometer cell count quality control (QC) each 8 hours of testing.  (Refer to D5543) | | | |
| | 10.  The laboratory failed to perform and document two levels of control materials each 8 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489702

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5024 | Continued From page 72 <br><br> hours of operation for the activated clotting time (ACT) nonmanual coagulation test system Hemachron Junior (Jr.) Signature +. (Refer to D5545) <br><br> 11.  The laboratory failed to retain automated body fluid count instrument printouts and manual body fluid differential worksheets.  (Refer to D5789) <br><br> 12.  The laboratory failed to follow written policies and procedures for an ongoing mechanism to monitor, assess, and when indicated, correct problems identified in the analytic systems specified in §§493.1251 through 493.1283. (Refer to D5791, Item 1) <br><br> 13.  The laboratory failed to correct problems identified in the analytic systems for the subspecialty of coagulation.  (Refer to D5791, Item 2) <br><br> 14.  The laboratory failed to have an adequate manual or electronic system(s) in place to ensure activated clotting time (ACT) test results and other patient-specific data are accurately and reliably sent from the point of data entry to final report destination. (Refer to D5801, Item 2) <br><br> 15.  The laboratory failed to indicate the test performed, the test result, and the units of measurement on the activated clotting time (ACT) final test reports. (Refer to D5805) <br><br> 16.  The laboratory failed to provide access to completed activated clotting time (ACT) test reports. (Refer to D5823, Item 2) | D5024 | | |
| D5026 | 493.1217 IMMUNOHEMATOLOGY | D5026 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489703

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5026<br><br>520H<br>530H<br>540H<br>550H | Continued From page 73<br><br>If the laboratory provides services in the specialty of Immunohematology, the laboratory must meet the requirements specified in §§493.1230 through 493.1256, §493.1271, and §§493.1281 through 493.1299.<br><br>This CONDITION  is not met as evidenced by:<br> Based on direct observation, review of the laboratory's policies and procedures, manufacturers' operating instructions, product delivery documentation, transfusion reaction workup documentation, manufacturer's package insert instructions, patient test records, emergency release documentation, laboratory information system (LIS), hospital information system (HIS), returned unit reports, and interviews with Technical Supervisors (TS) #8 and #9, the Compliance Specialist (CS), Testing Personnel (TP) #1 and #9, the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), the Head of Transfusion Medicine (HTM), and a "Short Stay" unit nurse, the laboratory failed to meet the requirements specified in §§493.1230 through 493.1256, §493.1271, and §§493.1281 through 493.1299.<br><br>Findings Include:<br><br>1. The laboratory failed to ensure written procedures for all tests, assays, and examinations performed by the laboratory were available to laboratory personnel. (Refer to D5401, Item 2)<br><br>2. The laboratory failed to monitor and document | D5026 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page  74 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489704

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5026 | Continued From page 74 | D5026 | | |
| | the incubator temperature conditions of the ORTHO Workstations for ID-MTS Gel Cards. (Refer to D5413) | | | |
| | 3. The laboratory failed to demonstrate that it can obtain performance specifications comparable to those established by the manufacturer when it introduced the unmodified, FDA-cleared ORTHO Workstations for ID-MTS Gel Cards. (Refer to D5421, Item 1) | | | |
| | 4. The laboratory failed to perform and document immunohematology pippette function checks as defined by the manufacturer prior to patient testing. (Refer to D5431) | | | |
| | 5. The laboratory failed to establish, perform, and document a maintenance and function check protocol that ensures microscope performance which is necessary for accurate and reliable immunohematology test results and test result reporting. (Refer to D5433, Item 2) | | | |
| | 6. The laboratory failed to check each lot number and shipment of commercially prepared Ortho Reagent Red Blood Cells 0.8% Resolve panel reagents when opened for positive and negative reactivity, as well as graded reactivity. (Refer to D5471) | | | |
| | 7. The laboratory failed to perform unexpected antibody identification testing according to the manufacturer's package insert instructions and ensure out-dated reagents were not routinely used for antibody identification testing. (Refer to D5551, Item 1) | | | |
| | 8. The laboratory failed to perform and document emergency release patient testing and | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489705

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5026 | Continued From page 75 | D5026 | | |
| | procedures as specified in 21 CFR 606.151(e). (Refer to D5551, Item 2) | | | |
| | 9. The laboratory failed to ensure and document that blood products were within acceptable temperature ranges when returned to the laboratory after issue. (Refer to D5555) | | | |
| | 10. The laboratory failed to promptly investigate all transfusion reactions occurring in facilities for which it has investigational responsibility. (Refer to D5559) | | | |
| | 11.  The laboratory failed to follow written policies and procedures for an ongoing mechanism to monitor, assess, and when indicated, correct problems identified in the analytic systems specified in §§493.1251 through 493.1283. (Refer to D5791, Item 1) | | | |
| | 12. The laboratory failed to have an adequate manual or electronic system(s) in place to ensure immunohematology test results and other patient-specific data are accurately and reliably sent from the point of data entry (whether interfaced or entered manually) to final report destination, in a timely manner. (Refer to D5801, Item 1) | | | |
| | 13. The laboratory failed to maintain immunohematology test reports in a manner that permitted ready identification and timely accessibility. (Refer to D5819) | | | |
| | 14. The laboratory failed to provide access to completed immunohematology test reports that, using the laboratory's authentication process, can be identified as belonging to that patient. (Refer to D5823, Item 1) | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489706

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5221 610H | 493.1236(d) EVALUATION OF PROFICIENCY TESTING PERFORMANCE<br><br>All proficiency testing evaluation and verification activities must be documented.<br>This STANDARD  is not met as evidenced by:<br> Based on review of the laboratory's policies and procedures, American Society for Clinical Pathology (ASCP) CheckPath proficiency testing (PT) Participant Score Reports, and an interview with the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA Forms CMS-209 signed by the LD on 03/09/2015), the laboratory failed to document all Histology proficiency testing (PT) evaluation and verification activities.<br><br>Findings Include:<br><br>1.  Review of the laboratory's policy and procedure titled "Manual of Operations PROFICIENCY TESTING PROTOCOL" found the following statements:<br><br>"IV.  Alternate Proficiency Testing/Assessment (analytes with no available proficiency)<br>F. Review of Results<br><br>3.  The appropriate supervisory personnel in the operational laboratory area will actively review the survey results.  'Active review' includes:<br><br> - investigation of unacceptable results<br> - examination for trends or bias of acceptable results<br> - etc."<br><br>"IV.  Alternate Proficiency Testing/Assessment (analytes with no available proficiency)<br>F. Review of Results | D5221 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489707

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5221 | Continued From page 77 | D5221 | | |
| | 4.  The prompt corrective action investigation must be a thorough investigation and root cause analysis.  The corrective action must include a plan to prevent re-occurrence when applicable." | | | |
| | 2.  Review of the laboratory's 2013 CheckPath Anatomic Pathology Participant Score Report revealed an unacceptable response for case number C1832.11.  The target response was "D" and the laboratory's reported response was "C". | | | |
| | The documentation did not include any indication of PT result review, evaluation, and corrective action measures taken for the unacceptable result. | | | |
| | 3.  Review of the laboratory's 2014 CheckPath Anatomic Pathology Participant Score Report revealed an unacceptable response for case number C1595.11.  The target response was "C" and the laboratory's reported response was "B". | | | |
| | The documentation did not include any indication of PT result review, evaluation, and corrective action measures taken for the unacceptable result. | | | |
| | 4.  The LD stated no evaluation of the conflicting CheckPath results was documented in 2013 or 2014. The interview occurred 03/10/2015 at 8:28 AM. | | | |
| D5311 320M | 493.1242(a) SPECIMEN SUBMISSION, HANDLING, AND REFERRAL | D5311 | | |
| | The laboratory must establish and follow written policies and procedures for each of the following, if applicable: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489708

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5311 | Continued From page 78 | D5311 | | |

(1) Patient preparation.
(2) Specimen collection.
(3) Specimen labeling, including patient name or unique patient identifier and, when appropriate, specimen source.
(4) Specimen storage and preservation.
(5) Conditions for specimen transportation.
(6) Specimen processing.
(7) Specimen acceptability and rejection.
(8) Specimen referral.
This STANDARD  is not met as evidenced by:
 Based on review of the laboratory's policies and procedures, Safety Event Reporting System (SERS) report, and an interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to follow written policies and procedures for (7) Specimen acceptability and rejection.

Findings Include:

1.  Review of the laboratory's policy and procedure titled "Specimen Rejection Guidelines" found the following statements:

"Policy:
The laboratory follows this policy so as to ensure patient safety and provide accurate test results.

Criteria:
Specimens are rejected utilizing the following criteria.

 - Unlabeled or incorrectly labeled specimens (Specimen labeling requirements must be met - See Section 3, III of the Lab Manual for Physicians and Nurses.)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489709

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5311 | Continued From page 79 <br><br> - Specimen label/requisition information mismatch <br> - Unsuitable specimen: incorrect specimen, insufficient volume (QNS), improper specimen transport temperature, age of specimen, improper patient preparation, etc. <br> - Broken, leaking or damaged specimen container." <br><br> 2.  Review of the laboratory's SERS report from 02/10/2014 through 08/07/2014 revealed the following 17 issues: <br><br> 16 out of 17 issues were documented as "Urine sample leaked in transport bag." <br><br> 8 out of 16 of the documented leaking urine samples had the outcome reported as "New sample was collected." <br><br> The other 8 out of 16 of the documented leaking urine samples had the outcome reported as "Specimen container disinfected & specimen was processed." <br><br> 1 out of 17 issues was documented as "Wet Prep leaked in transport bag." <br><br> The documented outcome of the wet prep (preparation) sample had the outcome reported as "Specimen container disinfected & specimen was processed." <br><br> 3.  Surveyor #2 asked TS#9 how the laboratory determined which leaking samples to process versus which leaking sample to reject.  TS#9 stated they were not employed at this facility during the time of the occurrences and was unable to identify how the laboratory made a | D5311 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page  80 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489710

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5311 | Continued From page 80 | D5311 | | |
| | determination on which leaking samples to process and which to reject. In addition, no identification of the potential contaminated containers was documented. | | | |
| | TP#9 stated the laboratory's current process was if there was more than one specimen container in the same transport bag as a leaking specimen, the laboratory would reject the leaking specimen, disinfect the remaining containers, and process them as usual. | | | |
| | The interview occurred on 03/12/2015 at 1:10 PM. | | | |
| D5401 | 493.1251(a) PROCEDURE MANUAL | D5401 | | |
| 110H 120M 130M 220M 310M 320M 330M 400M 610H 620H | A written procedures manual for all tests, assays, and examinations performed by the laboratory must be available to, and followed by, laboratory personnel. Textbooks may supplement but not replace the laboratory's written procedures for testing or examining specimens. This STANDARD is not met as evidenced by: | | | |
| | Item 1: | | | |
| | Based on review of the laboratory's policy and procedure manual, activated clotting time (ACT) test records and final test reports, and interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to follow the written procedures manual for the test activated clotting time (ACT). | | | |
| | Findings Include: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489711

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5401 | Continued From page 81 | D5401 | | |

D5401 — Continued From page 81

1. Review of the laboratory's policy and procedure titled "Activated Clotting Time - Low Range (ACT-LR)" found the following directions:

"Reading/Reporting Results
A. Reporting Results/Result Format
1. Upon test completion, immediately report all test results, in seconds, to the Physician who ordered the ACT test. The results are also recorded in the 'Intra-Procedural Nursing Notes' and on the Hemochron Jr. Signature daily 'Patient Log'.

B. Procedures for Abnormal Results
1. Results that exceed '400' should be reported as 'greater than 400'."

Jr. - Junior

2. Review of the laboratory's 2015 ACT test records titled "HEMACHRON JR. SIGNATURE DAILY PATIENT LOG" found the following result documentation:

| Date: | Time: | MR#: | Results: |
|---|---|---|---|
| 1/6/15 | 1235 | | out of range - HI |
| 1/9/15 | 1252 | Unkn | HI out of range |
| 1/16/15 | 0938 | | High out of range |
| 2/6/15 | 1030 | | HI |
| 2/10/15 | 1320 | | HI out of range |
| 2/12/15 | 1432 | | HI-HI-HI out of range |
| 1/9/15 | 0845 | | out of range "high" |
| 1/9/15 | 1515 | | blank |
| 1/20/15 | 0925 | | out of range "high" |
| 1/29/15 | 1404 | | "out of range" |
| 2/10/15 | 0820 | | out of range |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489712

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | B. WING _____ | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5401 | Continued From page 82<br><br>Unkn - Unknown<br>HI - High<br>MR# - Medical Record Number<br><br>3. On 03/25/2015 at 7:52 AM, Surveyor #1 requested, via electronic mail (email), final test reports for the ACT test results listed above from TS #8 and TS #9. TS #9 replied, via email, on 03/25/2015 at 5:01 PM and stated:<br><br>"In response to ODH's request received 3/25/2015 at 7:52 a.m., the lab worked to identify and obtain the requested records in EPIC. Of the 16 records requested, 9 were identified and are attached to this email transmittal.<br><br>For the remaining 7 records, the lab cannot produce records from EPIC. Prior to March 13, 2015, the results of ACT testing performed during procedures in the Operating Room (OR) (i.e., intraoperative tests) were verbally reported to the operating physician and the results of the ACT test were recorded in the OR log book. This allowed the physician to appropriately order medication during the procedure and respond to the results promptly. However, the Hospital recognized earlier this month that this practice could create a situation in which a patient's ACT test result was not reflected in the patient's EPIC record."<br><br>EPIC - Hospital's Information System<br><br>4. Review of the 9 final test reports provided by TS #9 found the following:<br><br>Date:   Time:   MR#:   Results:<br><br>1/6/15   1235   ▓▓▓▓   out of range @1235 | D5401 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489713

DEPARTMENT OF HEALTH AND HUMAN SERVICES

FORM APPROVED

CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5401 | Continued From page 83 | D5401 | | |

D5401    Continued From page 83

1/16/15  0938    ▆▆▆▆▆    High out of range
1/9/15   0845    ▆▆▆▆▆    out of range "high"
1/20/15  0925    ▆▆▆▆▆    out of range "high"
1/29/15  1404    ▆▆▆▆▆    out of range

The following requested final test reports were not provided:

Date:    Time:    MR#:    Results:

1/9/15   1252    Unkn    HI out of range
2/6/15   1030    ▆▆▆▆▆    HI
2/10/15  1320    ▆▆▆▆▆    HI out of range
2/12/15  1432    ▆▆▆▆▆    HI-HI-HI out of range
2/10/15  0820    ▆▆▆▆▆    out of range

5. Included in the ACT test records was a document that stated "GAP analysis was performed on all reviewable forms within the laboratory. Multiple occurrences were observed where review was not documented. During retroactive analysis of forms no trends were noted. Corrective action includes review of forms by the desingnee 'TS #8' or 'TS #9' at stated intervals and monthly review by technical supervisors 'TS #8' or 'TS #9', approved by the medical director 'LD' effective immediately." The document was signed by the LD and dated 02/25/2015.

Item 2:

Based on review of the laboratory's policies and procedures, interviews with Technical Supervisor (TS) #8 and Testing Personnel (TP) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489714

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5401 | Continued From page 84

Director (LD) on 03/09/2015), and four confidential interviews, the laboratory failed to ensure written procedures for all tests, assays, and examinations performed by the laboratory were available to laboratory personnel.

Findings Include:

1.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and Performance Improvement (P.I.) Plan" found the following statements:

"7.  Documents and Records:
The laboratory shall ensure that documents are identified, reviewed, approved, and retained and that records are created, stored, and archived in accordance with established policies.  The laboratory maintains a complete set of current Policies and Procedures that apply to the Lab. They are readily available to personnel at the workbench in each section as hard copies or online.  Institutional policies are available online. When an electronic manual is used, a backup hard copy or storage device will be available that can be accessed within a reasonable time to satisfy relevant needs and requirements."

2.  Review of the laboratory's policy and procedure titled "Marymount Hospital Department of Laboratories - Transfusion Service Quality Program" found the following statements:

"Section 1:  Organization
1.3  Policies, Processes and Procedures:
Quality and operational policies, processes and procedures are written in substantial compliance with the National Committee for Clinical | D5401 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page  85 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489715

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5401 | Continued From page 85 | D5401 | | |
| | Laboratory Standards (NCCLS) in order to ensure satisfaction of blood bank standards.  Policies, processes and procedures are available online in the LabQMS document control system.  Paper copies are available in the Transfusion Service Departmental Policy Manual and the Department Technical Procedure Manuals." | | | |
| | 3.  A request was made of TS#8 on 03/10/2015 at 5:50 PM for the laboratory's policies and procedures for Prothrombin Time (PT), Activated Partial Thromboplastin Time (PTT), Fibrinogen, and D-Dimer.  TS#8 attempted to access and print the above mentioned policies and procedures at the time of the request via the "LabQMS" document control system and was unable to login to the network.  TS#8's attempt to access and print the requested policies and procedures from 3 other computer terminals was found to be unsuccessful.  TS#8 stated the electronic information network was down at the time of the request. | | | |
| | A second request was made of TS#8 on 03/10/2015 at 5:58 PM to access the laboratory's policies and procedures utilizing the back-up or alternative methods.  TS#8 stated back-up method #1 is to contact a manager with managerial access to the "LabQMS" document control system.  TS#8 attempted their managerial access and was not able to access the network. | | | |
| | TS#8 further stated back-up method #2 is to contact Information System (IT) and have them print or fax the policies and procedures to the laboratory. | | | |
| | TS#8 attempted to contact the IT department at 6:03 PM but there was no answer. | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489716

PRINTED: 09/10/2015
FORM APPROVED
OMB No. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5401 | Continued From page 86 | D5401 | | |
| | TS#8 left a voice mail but never received a response. | | | |
| | The requested policies and procedures for PT, PTT, Fibrinogen, and D-Dimer were provided to Surveyor #2 on 03/10/2015 at 6:16 PM (26 minutes from the requested time) after multiple attempts via back-up method #1. | | | |
| | 4. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, individuals stated the following: | | | |
| | TP does not know how or where to retrieve policies and procedures when the network is down. | | | |
| | TP stated if the network is down then they believe TP can access a "dummy" computer for policies and procedures. | | | |
| | 5. TP #9 stated they were unsure how to get access to blood bank policies and procedures when the network is down. The interview occurred 03/12/2015 at 10:51 AM. | | | |
| D5413 510H 520H 530H 540H 550H | 493.1252(b) TEST SYSTEMS, EQUIPMENT, INSTRUMENTS, REAGENT<br><br>The laboratory must define criteria for those conditions that are essential for proper storage of reagents and specimens, accurate and reliable test system operation, and test result reporting. The criteria must be consistent with the manufacturer's instructions, if provided.  These conditions must be monitored and documented and, if applicable, include the following:<br>(1) Water quality. | D5413 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489717

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5413 | Continued From page 87 | D5413 | | |
| | (2) Temperature. | | | |
| | (3) Humidity. | | | |
| | (4) Protection of equipment and instruments from fluctuations and interruptions in electrical current that adversely affect patient test results and test reports. | | | |
| | This STANDARD  is not met as evidenced by: | | | |
| | Based on direct observation, review of the laboratory's policies and procedures, manufacturer's operating instructions, and interview with Testing Personnel (TP) #1 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to monitor and document the incubator temperature conditions of the ORTHO Workstations for ID-MTS Gel Cards. | | | |
| | Findings Include: | | | |
| | 1. Direct observation of the blood bank department on 03/10/2015 at 1:17 PM found two Ortho Clinical Diagnostics ORTHO Workstations, each unit consisting of an incubator and centrifuge, named, by the laboratory, "1" and "2". | | | |
| | ORTHO Workstation "1" | | | |
| | Serial Number: 51000866 | | | |
| | ORTHO Workstation "2" | | | |
| | Serial Number: 51000831 | | | |
| | 2. Review of the ORTHO Workstation manufacturer's operating instructions titled "ORTHO Workstation for ID-MTS Gel Cards Reference Guide" found the following directives: | | | |
| | "Operational Guidelines | | | |
| | The ORTHO Workstation incubator has one | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete         Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  88 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489718

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5413 | Continued From page 88<br><br>heated block with two sections able to hold up to 10 cards each.<br>NOTE: The incubator must not be used if the timer or temperature is out of specification."<br><br>"Operational Guidelines<br>NOTE: If the temperature indicator flashes red during incubation, discard all cards in incubation process. Avoid incubation until the temperature indicator returns to green."<br><br>"Procedure- Incubate ID-MTS Gel Cards<br>2. Wait until the temperature of the ORTHO Workstation is stabilized (10 to 15 minutes) and the incubator temperature status display is green. If the temperature is not within the required limits the indicator will flash red and the incubator should not be used."<br><br>3. Review of the laboratory's policy and procedure titled "Antibody Identification by Gel Card Test Method Anti-IgG" found the following statements:<br><br>"Antibody Identification Test Procedure:<br>5. Incubate at 37 degrees Celsius +/- 2 degrees Celsius for 15 minutes in the MTS gel card incubator."<br><br>"Procedure Limitations:<br>5. Adherence to the test procedure is critical to test performance and outcome."<br><br>Review of the laboratory's policy and procedure titled "Department of Laboratories - Transfusion Service Quality Program" found the following statement:<br><br>"Section 3: Equipment<br>3.0 Equipment: | D5413 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489719

PRINTED: 09/10/2015
FORM APPROVED
OMB No. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5413 | Continued From page 89 | D5413 | | |
| | 3.5 Equipment Monitoring and Maintenance: The blood transfusion service has a process for scheduled monitoring and maintenance of equipment that at a minimum is in accordance with manufacturer's instructions. The process shall include: frequency of checks, check methods, acceptance criteria, and actions to be taken for unsatisfactory results." | | | |
| | 4. Surveyor #1 requested the laboratory's temperature monitoring documentation for the ORTHO Workstations from TP #1. TP #1 stated the laboratory ensures the temperature indicator light is green before use but the laboratory does not currently document checking or monitoring the temperature indicator. TP #1 further stated "we were just working on re-doing the worksheet." The interview occurred 03/11/2015 at 10:19 AM. | | | |
| D5415 610H | 493.1252(c) TEST SYSTEMS, EQUIPMENT, INSTRUMENTS, REAGENT | D5415 | | |
| | Reagents, solutions, culture media, control materials, calibration materials, and other supplies, as appropriate, must be labeled to indicate the following: (1) Identity and when significant, titer, strength or concentration. (2) Storage requirements. (3) Preparation and expiration dates. (4) Other pertinent information required for proper use. This STANDARD is not met as evidenced by: Based on direct observation, review of the laboratory's policies and procedures, and an interview with the Laboratory Director (LD), Quality Coordinator #1 (as listed on the Laboratory Personnel Report (CLIA Forms | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489720

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5415 | Continued From page 90 | D5415 | | |
| | CMS-209 signed by the LD on 03/09/2015) and the histopathology processor, the laboratory failed to label histopathology reagents and solutions to indicate expiration dates and lot numbers. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Quality Control in Histology" found the following statements: | | | |
| | "Reagents, Solutions and Stains: All reagents, solutions and stains are properly labeled, as applicable and appropriate, with the following elements: Content, quantity, concentration or titer; stock or working solution - reusable or to be discarded after use; storage requirements; date prepared or reconstituted by the section (including initials of the individual preparing the product) and the expiration date. These elements can be recorded in {sic} a paper or electronic log or on the container." | | | |
| | 2. Review of the laboratory's policy and procedure titled "Frozen Section (FS) H&E Staining Using Leica ST4020 Linear Stainer & Manual Method" found the following: | | | |
| | "Materials: | | | |
| | All reagents/solutions have appropriate required dating on the original or subsequent containers." | | | |
| | "Alternative Manual Staining Method: | | | |
| | Solution Labels and Materials are identical. The slides are stained in the following order: | | | |
| | 1. Frozen section fixative   6-8 Dips | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page 91 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489721

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5415 | Continued From page 91 | D5415 | | |
| | 2.  Distilled water      Wash till slide clears | | | |
| | 3.  Gill's III Hematoxylin  45-60 seconds | | | |
| | 4.  Distilled water      8-10 dips | | | |
| | 5.  Acid rinse      2 dips | | | |
| | 6.  Distilled water      Wash | | | |
| | 7.  Ammonia water      4-6 dips | | | |
| | 8.  Distilled water      Wash till slide clears | | | |
| | 9.  Eosin      1 dip | | | |
| | 10. 95% Reagent Alcohol  6-8 dips | | | |
| | 11. 95% Reagent Alcohol  6-8 dips | | | |
| | 12. 100% Alcohol      10 dips | | | |
| | 13. Xylene      6-8 dips | | | |
| | 14. Coverslip using synthetic mounting media" | | | |
| | H&E; hematoxylin and eosin %; percent till; until | | | |
| | 3.  Direct observation of the Histology department's manual "staining line-up" under the ventilation hood on 03/11/2015 at 11:21 AM found a manual Histopathology slide staining station with 13 reagent, solution, and stain containers. Each container label was found lacking the lot number and expiration date of its' contents, as required. | | | |
| | 4.  The LD, Quality Coordinator #1, and Histopathology processor confirmed the laboratory did not label the containers of reagents, solutions, and stains to indicate expiration dates and lot numbers.  The interview occurred on 03/11/2015 at 11:21 AM. | | | |
| D5417 510H 520H 530H 540H | 493.1252(d) TEST SYSTEMS, EQUIPMENT, INSTRUMENTS, REAGENT Reagents, solutions, culture media, control materials, calibration materials, and other | D5417 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete      Event ID:O9M611      Facility ID: OHC05083      If continuation sheet Page  92 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489722

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5417 <br> 550H <br> 610H | Continued From page 92 <br><br> supplies must not be used when they have exceeded their expiration date, have deteriorated, or are of substandard quality. <br> This STANDARD  is not met as evidenced by: <br> Based on direct observation, review of the laboratory's policies and procedures, and interviews with the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015) and the Histopathology processor, the laboratory failed to ensure the histopathology reagent Xylene was not used when it had exceeded its expiration date. <br><br> Findings Include: <br><br> 1.  Review of the laboratory's policy and procedure titled "Quality Control in Histology" found the following statements: <br><br> "Reagents, Solutions and Stains: <br><br> All reagents must be used within their indicated expiration date.  Reagents lacking expiration date (or traceability to the expiration date) are not used.  Once expired, the reagent or stain is discarded." <br><br> 2.  Review of the laboratory's policy and procedure titled "Frozen Section and Operating Room Consultation Procedure" found the following statement: <br><br> "Quality Control: <br> 3.  Change stain solutions and Xylene once a month." <br><br> 3.  Direct observation of the Histopathology department's "staining line-up" under the | D5417 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489723

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5417 | Continued From page 93<br><br>ventilation hood on 03/11/2015 at 11:21 AM revealed a glass Coplin jar labeled "Xylene 10/10/13".  When asked what the handwritten date referred to, the Histopathology processor stated the date on the container was the expiration date of the Xylene.<br><br>4.  The LD and the Histopathology processor confirmed the glass Coplin jar found under the ventilation hood in the Histopathology "staining line-up" that was labeled "Xylene 10/10/13" was used beyond its expiration date.  The interview occurred on 03/11/2015 at 11:21 AM. | D5417 | | |
| D5421<br><br>400M<br>510H<br>520H<br>530H<br>540H<br>550H | 493.1253(b)(1) ESTABLISHMENT AND VERIFICATION OF PERFORMANCE<br><br>Each laboratory that introduces an unmodified, FDA-cleared or approved test system must do the following before reporting patient test results:<br>(1)(i) Demonstrate that it can obtain performance specifications comparable to those established by the manufacturer for the following performance characteristics:<br>(1)(i)(A) Accuracy.<br>(1)(i)(B) Precision.<br>(1)(i)(C) Reportable range of test results for the test system.<br>(1)(ii) Verify that the manufacturer's reference intervals (normal values) are appropriate for the laboratory's patient population.<br>This STANDARD  is not met as evidenced by:<br>Item 1:<br><br>Based on direct observation, review of the laboratory's policies and procedures, and interviews with Technical Supervisor (TS) #8, the Compliance Specialist (CS), and Testing Personnel (TP) #1 (as listed on the Laboratory | D5421 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  94 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489724

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5421 | Continued From page 94

Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to demonstrate that it can obtain performance specifications comparable to those established by the manufacturer when it introduced the unmodified, FDA-cleared ORTHO Workstations for ID-MTS Gel Cards.

Findings Include:

1. Direct observation of the blood bank department on 03/10/2015 at 1:17 PM found two Ortho Clinical Diagnostics ORTHO Workstations, each unit consisting of an incubator and centrifuge, named, by the laboratory, "1" and "2".

ORTHO Workstation "1"
Serial Number: 51000866

ORTHO Workstation "2"
Serial Number: 51000831

2. TP #1 stated the ORTHO Workstations were new to the laboratory as of January 2015.

Surveyor #1 requested the laboratory's validation documentation, demonstrating the laboratory could obtain the same performance specifications as stated by the manufacturer, for both ORTHO Workstations.

TP #1 stated the manufacturer calibrated and validated the units prior to shipping and the laboratory had not performed or documented any additional validations or verifications when they received the units. The interview occurred 03/11/2015 at 10:13 AM.

The CS provided the manufacturer's performance | D5421 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489725

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5421 | Continued From page 95<br><br>specification and validation documentation titled "PLEXUS STORM S/N Measurement Reporting" which contained the following information:<br><br>STORM - Board History (Measurements)<br>Assembly: J56346<br>Serial: 51000831<br>Date: 05-Jan-15 10:13 AM<br><br>STORM - Board History (Measurements)<br>Assembly: J56346<br>Serial: 51000866<br>Date: 19-Jan-15 12:05 PM<br><br>The documents were signed by TP #1 and dated 03/04/15.<br><br>Additionally, the CS provided documentation from the hospital's clinical engineering department, titled "Asset Detail", which contained the following information:<br><br>Asset Number: 182699 - Ortho Workstation<br>Category: Centrifuge, Blood Bank<br>Status: Active - PM Scheduled<br>Location: Marymount - Marymount Hospital (Main) - Blood Bank Blood Bank<br>Model Number: 6904630<br>Serial Number: 51000866<br>Notes: #182698 and #182699 are replacements sent by OEM for #182551 (which was also a replacement)<br>Two-part device is a centrifuge and an incubator.<br>Work Order 2195644<br>Category Incoming Inspection<br>Status Complete<br>Scheduled 02/20/2015<br>Completed 02/17/2015 | D5421 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489726

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5421 | Continued From page 96<br><br>Asset Number: 182698 - Ortho Workstation<br>Category: Centrifuge, Blood Bank<br>Status: Active - PM Scheduled<br>Location: Marymount - Marymount Hospital (Main) - Blood Bank Blood Bank<br>Model Number: 6904630<br>Serial Number: 51000831<br>Notes: #182698 and #182699 are replacements sent by OEM for #182551 (which was also a replacement)<br>Two-part device is a centrifuge and an incubator.<br>Work Order 2195642<br>Category Incoming Inspection<br>Status Complete<br>Scheduled 02/20/2015<br>Completed 02/17/2015<br><br>PM - Preventative Maintenance<br><br>3. Surveyor #1 requested the laboratory's instrument validation policies and procedures from TS #8, the CS, and TP #1. The laboratory provided the following policies and procedures:<br><br>- "Department of Laboratories - Transfusion Service Quality Program" which stated:<br><br>"Section 3: Equipment<br>3.0 Equipment:<br>Marymount Hospital Transfusion Service has identified the equipment that is critical to the provision of blood, blood components and services. Marymount Hospital Transfusion Service has policies, processes and procedures that ensure that calibration, maintenance and monitoring of equipment conform to these standards and other specified requirements. (See BB Policy Manual - Qualification of Suppliers/Supplies/Equipment Policy)" | D5421 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489727

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5421 | Continued From page 97 | D5421 | | |
| | "Section 3: Equipment | | | |
| | 3.0 Equipment: | | | |
| | 3.5.1 Calibration of Equipment | | | |
| | Calibrations and/or adjustments shall be performed using equipment and materials that have adequate accuracy and precision. At a minimum, calibrations shall be performed 1) before use 2) After activities that may affect the calibration, and 3) at prescribed intervals (See BB QC and Instrument Maintenance Manual)" | | | |
| | - "Qualification of Suppliers/Supplies/Equipment Policy" which stated: | | | |
| | "Critical Equipment: | | | |
| | Critical equipment is defined as equipment that is critical to the provision of blood or blood components. | | | |
| | 1. Qualifications: Manufacturers must meet FDA and AABB guidelines/standards. The Transfusion Service has policies, processes, and procedures in place to ensure that calibration, maintenance, and monitoring of equipment conforms to AABB standards and requirements. | | | |
| | 2. Equipment List" | | | |
| | The following were listed on the "Equipment List": | | | |
| | Equipment:         Manufacturer:      Serial Number: | | | |
| | MTS Incubator A     Ortho        2250773571 | | | |
| | MTS Incubator B     Ortho        2251777350 | | | |
| | MTS Centrifuge A    Ortho        01113009 | | | |
| | MTS Centrifuge B    Ortho        08097801 | | | |
| | The laboratory's current ORTHO Workstations | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 98 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5421 | Continued From page 98<br>were not included on the equipment list.<br><br>"Critical Equipment:<br>3. Calibration and Maintenance - See the QC and Instrument Maintenance Manual for details."<br><br>- No additional blood bank policies and procedures were provided.<br><br><br>Item 2:<br><br>Based on review of the laboratory's policies and procedures, body fluid test records, and interviews with Technical Supervisor (TS)#9 and Testing Personnel (TP) #10 (as listed on the Laboratory Personnel Report (CLIA Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to demonstrate that it can obtain performance specifications comparable to those established by the manufacturer for (1)(i)(A) Accuracy, (1)(i)(B) Precision, (1)(i)(C) Reportable range of test results for the test system, and (1)(ii) Verify that the manufacturer's reference intervals (normal values) are appropriate for the laboratory's patient population for automated body fluid cell count testing procedures performed on the Sysmex XE-5000 Hematology analyzer.<br><br>Findings Include:<br><br>1.  Review of the laboratory's policy and procedure titled "Body Fluid Analysis Procedure Manual Serous Fluids (Pleural, Pericardial, Peritoneal)" found the following statement: | D5421 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489729

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5421 | Continued From page 99 | D5421 | | |
| | "Notes: | | | |
| | 4.  If the fluid is grossly bloody and not clotted or too viscous, it can be run through the XE5000 analyzer to get the RBC count.  The WBC count should be verified by dilution." | | | |
| | 2.  Review of 2 patients' pleural fluid records from 01/14/2015 and 01/25/2015 found a Sysmex XE-5000 body fluid instrument printout, a manual cell count "Fluid Worksheet", and a laboratory information system (LIS) result printout for each patient. | | | |
| | 3.  TP#10 stated they only run pleural fluids through the XE-5000 to gauge if manual dilution is needed.  TP#10 further stated they do not report the automated results.  The interview occurred 03/12/2015 at 8:21 AM. | | | |
| | 4.  Surveyor #2 requested the laboratory's performance specification documentation for automated body fluid cell count testing performed on the Sysmex XE-5000 Hematology analyzer. | | | |
| | TS#9 explained the laboratory had performed a small study in 2014, utilizing patient body fluid samples (when available), to assess performance specifications.  The laboratory sent all of their performance specification documentation to another facility for evaluation. | | | |
| | TS#9 further stated they received verbal communication from the facility evaluating the performance specification documentation indicating body fluid cell counts on the Sysmex XE-5000 Hematology analyzer could not be validated. | | | |
| | Lastly, TS#9 stated the laboratory had not | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489730

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5421 | Continued From page 100 | D5421 | | |
| | maintained documentation of the activities described above.  The interview occurred on 03/12/2015 at 8:25 AM. | | | |
| D5429 | 493.1254(a)(1) MAINTENANCE AND FUNCTION CHECKS | D5429 | | |
| 310M 320H 400H 610H | For unmodified manufacturer's equipment, instruments, or test systems, the laboratory must perform and document maintenance as defined by the manufacturer and with at least the frequency specified by the manufacturer. This STANDARD  is not met as evidenced by:  Based on direct observation, review of the laboratory's policies and procedures, and an interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform and document hematology and urinalysis centrifuge maintenance procedures.  Findings Include:  1.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and Performance Improvement (P.I.) Plan" found the following statements:  "3.  Equipment: All instruments must have a routine preventative maintenance schedule. There will be a written policy and procedure for preventative maintenance including periodic inspection and appropriate performance testing.  The manufacturer's guidelines may be used in writing such a policy.  The document details the maintenance, service and repair aspects of the | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page  101 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489731

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**36D0688090** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**03/13/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**MARYMOUNT HOSPITAL LABORATORY** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5429 | Continued From page 101 | D5429 | | |

program.  Appropriate steps will be undertaken to prevent or reduce ultraviolet light exposure from any instrument so equipped.  This will be done in conjunction with Biomedical Engineering and will be so documented:  Manufacturer, supplier or representatives address and phone numbers; date purchased; date placed in use, etc.  Service manuals on all equipment/instruments are to be saved and readily available.  It is the responsibility of the Team Leader of Section Head to ensure that all aspects of preventative maintenance are being complied with.  The acceptability and/or performance limits for the instruments, service records (contract if utilized) and other necessary documentation are to be reviewed, updated and saved."

2.  Review of the laboratory's policy and procedure titled "Urinalysis Quality Control Program" found the following statement:

"B.  Instrument Function and Maintenance:
2.  The EBA-20 centrifuge is cleaned and checked daily."

3.  Direct observation of the Hematology centrifuges and an interview with TS#9 on 03/10/2015 at 11:42 AM revealed the following:

Centrifuges

Hettich Zentrifugen EBA 20S (143287)
   a.  TS#9 explained this centrifuge is used for processing coagulation samples.
   b.  A service sticker on the coagulation centrifuge indicated "SERVICE DUE 5/15".

Hettich Zentrifugen Rotofix 32 (336489)
   a.  TS#9 explained this is the cytospin

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489732

PRINTED: 09/10/2015
FORM APPROVED
OMB No. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5429 | Continued From page 102 centrifuge used for preparing patient body fluid differential slides. b. A service sticker on the cytospin centrifuge indicated "SERVICE DUE 5/15". Hettrich Zentrifugen EBA 20 (143288) a. TS#9 explained this centrifuge is used for processing urine samples for microscopic examination. b. A service sticker on the urine centrifuge indicated "SERVICE DUE 5/15". 4. Surveyor #2 requested policies, procedures, and maintenance documentation for the 3 centrifuges from TS#9.  TS#9 stated another hospital department was responsible for vendor services and records and the laboratory did not maintain any centrifuge service and maintenance records.  No documentation was provided for review by the survey exit date.  The interviews occurred 03/10/2015 at 11:42 AM and 03/12/2015 at 4:30 PM. | D5429 | | |
| D5431 510H 520H 530H 540H 550H | 493.1254(a)(2) MAINTENANCE AND FUNCTION CHECKS For unmodified manufacturer's equipment, instruments, or test systems, the laboratory must perform and document function checks as defined by the manufacturer and with at least the frequency specified by the manufacturer. Function checks must be within the manufacturer's established limits before patient testing is conducted. This STANDARD  is not met as evidenced by:  Based on review of the laboratory's policies and procedures, manufacturer's operating instructions, product delivery documentation, and interview with Testing Personnel (TP) #1 and the | D5431 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489733

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | | A. BUILDING _____ | |
| | **36D0688090** | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5431 | Continued From page 103 | D5431 | | |
| | Compliance Specialist (CS) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform and document immunohematology pippette function checks as defined by the manufacturer prior to patient testing. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Department of Laboratories - Transfusion Service Quality Program" found the following statements: | | | |
| | "Section 3: Equipment 3.0 Equipment: Marymount Hospital Transfusion Service has identified the equipment that is critical to the provision of blood, blood components and services. Marymount Hospital Transfusion Service has policies, processes and procedures that ensure that calibration, maintenance and monitoring of equipment conform to these standards and other specified requirements. (See BB Policy Manual - Qualification of Suppliers/Supplies/Equipment Policy)" | | | |
| | "Section 3: Equipment 3.0 Equipment: 3.5 Equipment Monitoring and Maintenance: The blood transfusion service has a process for scheduled monitoring and maintenance of equipment that at a minimum is in accordance with manufacturer's instructions. The process shall include: frequency of checks, check methods, acceptance criteria, and actions to be taken for unsatisfactory results." | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489734

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5431 | Continued From page 104 | D5431 | | |
| | "Section 3: Equipment | | | |
| | 3.0 Equipment: | | | |
| | 3.5 Equipment Monitoring and Maintenance: | | | |
| | 3.5.1 Calibration of Equipment | | | |
| | Calibrations and/or adjustments shall be performed using equipment and materials that have adequate accuracy and precision. At a minimum, calibrations shall be performed 1) before use 2) After activities that may affect the calibration, and 3) at prescribed intervals | | | |
| | 3.5.1.1 There are safeguards in place to prevent equipment from adjustments that would invalidate the calibrated setting." | | | |
| | - Review of the laboratory's procedure titled "Qualification of Suppliers/Supplies/Equipment Policy" found the following statements: | | | |
| | "Critical Equipment: | | | |
| | Critical equipment is defined as equipment that is critical to the provision of blood or blood components. | | | |
| | 1. Qualifications: Manufacturers must meet FDA and AABB guidelines/standards. The Transfusion Service has policies, processes, and procedures in place to ensure that calibration, maintenance, and monitoring of equipment conforms to AABB standards and requirements. | | | |
| | 2. Equipment List" | | | |
| | The following were listed on the "Equipment List": | | | |

| Equipment: | Manufacturer: | Serial Number: |
|---|---|---|
| MTS Pipettor A | Ortho | A11710111 |
| MTS Pipettor B | Ortho | A10105651 |

2. Surveyor #1 requested the laboratory's

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 105 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489735

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5431 | Continued From page 105 | D5431 | | |
| | calibration documentation for the pipettes utilized in the immunohematology department from TP #1. | | | |
| | TP #1 stated the laboratory received new pipettes in June 2014 and August 2014 and so calibrations were not due yet. | | | |
| | Surveyor #1 asked TP #1 if the laboratory had calibrated the pipettes upon receipt and TP #1 stated no because the manufacturer had performed calibrations on the pipettes prior to shipping. | | | |
| | The interview occurred 03/11/2015 at 9:50 AM. | | | |
| | Surveyor #1 then requested documentation of the manufacturer's calibration and documentation demonstrating when the laboratory received the new pipettes from TP #1 and the CS. | | | |
| | 3. Review of the requested documentation provided by TP #1 and the CS found the following: | | | |
| | Cleveland Clinic Health System Delivery Ticket Vend PurchFrLoc: PI J & J Healthcare Receipt Date: 08/21/14 Requesting Location: MALBB Blood Lab Del to Lab 12300 MCCRACKEN RD SH-SH-NONE GARFIELD HEIGHTS OH 44125 Deliver To: Blood Bank - Lab Item: 216939 PIPETR ANLZR ID TIPMASTER REPL | | | |
| | --------------------------------------------------- | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489736

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5431 | Continued From page 106 | D5431 | | |
| | Cleveland Clinic Health System Delivery Ticket | | | |
| | Vend PurchFrLoc: PI J & J Healthcare | | | |
| | Receipt Date: 06/26/14 | | | |
| | Requesting Location: MALBB Blood Lab | | | |
| | Del to Lab | | | |
| | 12300 MCCRACKEN RD | | | |
| | SH-SH-NONE | | | |
| | GARFIELD HEIGHTS OH 44125 | | | |
| | Deliver To: Blood Bank - Lab | | | |
| | Item: 216939 PIPETR ANLZR ID TIPMASTER | | | |
| | REPL | | | |
| | | | | |
| | ---------------------------------------------------------- | | | |
| | | | | |
| | Micro Typing Systems, Inc | | | |
| | Test Report | | | |
| | Pippette type: ID-Tipmaster TM-A | | | |
| | Serial No.: A14302481 | | | |
| | Test Date: 2014/03/20 | | | |
| | Date Printed: 2014/03/20 | | | |
| | The documentation demonstrated calibration | | | |
| | utilizing 3 test volumes. | | | |
| | | | | |
| | Micro Typing Systems, Inc | | | |
| | Test Report | | | |
| | Pippette type: ID-Tipmaster TM-A | | | |
| | Serial No.: A14406251 | | | |
| | Test Date: 2014/04/18 | | | |
| | Date Printed: 2014/04/18 | | | |
| | The documentation demonstrated calibration | | | |
| | utilizing 3 test volumes and included a | | | |
| | handwritten note that stated "in use 8-21-14". | | | |
| | | | | |
| | Included with both test reports was a 1/3 sheet of | | | |
| | paper with the following statement: | | | |
| | | | | |
| | "Inspection and Calibration Statement | | | |
| | The enclosed pipettor was tested and calibrated | | | |
| | under closely controlled environmental conditions | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  107 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489737

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5431 | Continued From page 107 | D5431 | | |
| | to ensure that it meets published calibration specifications. The precision and accuracy results obtained for this pipettor are provided on the enclosed calibration certificate. Because temperature and humidity conditions affect the calibration results of liquid measurement devices, your pipettor should be calibrated under conditions of use. The calibration results obtained in your laboratory may vary from our results due to differences in environmental testing conditions." | | | |
| D5433 | 493.1254(b)(1) MAINTENANCE AND FUNCTION CHECKS | D5433 | | |
| 320M 400H 510H 520H 530H 540H 550H 610H | For equipment, instruments, or test systems developed in-house, commercially available and modified by the laboratory, or maintenance or function check protocols are not provided by the manufacturer, the laboratory must establish a maintenance protocol that ensures equipment, instrument, and test system performance that is necessary for accurate and reliable test results and test result reporting.  The laboratory must perform and document the maintenance activities specified in paragraph (b)(1)(i) of this section.  This STANDARD  is not met as evidenced by: Item 1: | | | |
| | Based on direct observation, review of the laboratory's policies and procedures, and interview with Testing Personnel (TP) #5 and Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to establish, perform, and document a maintenance and function check protocol that ensures microscope performance which is necessary for accurate and | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489738

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 108

reliable Gram stain and wet preparation test results and test result reporting.

Findings Include:

1. Review of the laboratory's policies and procedures found:

A procedure titled "Gram Stains" which stated:

"Interpretation of Direct Gram Stains:
Gram stains are examined microscopically under oil immersion with a 100X objective."

A procedure titled "Wet Preparation - Trichomonas, Yeast, Clue Cells" which stated:

"Instrumentation:
Microscope"

2. Direct observation of the microbiology laboratory on 03/10/2015 at 11:15 AM found a Zeiss Axioskop microscope with the serial number of 113417.

TP #5 stated testing personnel also examine Gram stains on the hematology microscope.

Direct observation of the hematology department on 03/10/2015 at 11:15 AM found an Olympus BX43 microscope with the serial number of 0G89174.

3. TP #5 stated testing personnel clean the microbiology microscope, on average, two times per week.

Surveyor #1 requested documentation of the microscope maintenance described by TP #5. | D5433 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489739

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 109 | D5433 | | |
| | TP #5 stated the testing personnel did not document any of the weekly microscope maintenance. The interview occurred 03/10/2015 at 11:23 AM. | | | |
| | 4. The surveyor requested the laboratory's microscope maintenance policies and procedures from TS #8 and #9, the Point-of-Care Supervisor, and the Compliance Specialist on 03/10/2015, 03/11/2015, 03/12/2015, and 03/13/2015. | | | |
| | The laboratory provided a procedure titled "Histology and Cytology - Equipment". No additional microscope maintenance policies and procedures were provided. | | | |
| | Item 2: | | | |
| | Based on direct observation, review of the laboratory's policies and procedures, and interview with Technical Supervisor (TS) #8, the Compliance Specialist (CS), Testing Personnel (TP) #9, and the Laboratory Director (LD) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), the laboratory failed to establish, perform, and document a maintenance and function check protocol that ensures microscope performance which is necessary for accurate and reliable immunohematology test results and test result reporting. | | | |
| | Findings Include: | | | |
| | 1. Upon request for the laboratory's microscope maintenance policies and procedures from TS #8, the CS, and TP #9 the laboratory provided the following policies and procedures: | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  110 of 333

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 110 | D5433 | | |
| | - "Department of Laboratories - Transfusion Service Quality Program" which stated: | | | |
| | "Section 3: Equipment 3.0 Equipment: Marymount Hospital Transfusion Service has identified the equipment that is critical to the provision of blood, blood components and services. Marymount Hospital Transfusion Service has policies, processes and procedures that ensure that calibration, maintenance and monitoring of equipment conform to these standards and other specified requirements. (See BB Policy Manual - Qualification of Suppliers/Supplies/Equipment Policy)" | | | |
| | - "Qualification of Suppliers/Supplies/Equipment Policy" which stated: | | | |
| | "Critical Equipment: Critical equipment is defined as equipment that is critical to the provision of blood or blood components. 1. Qualifications: Manufacturers must meet FDA and AABB guidelines/standards. The Transfusion Service has policies, processes, and procedures in place to ensure that calibration, maintenance, and monitoring of equipment conforms to AABB standards and requirements. 2. Equipment List" | | | |
| | The following were listed on the "Equipment List": | | | |
| | EBA20-S Centrifuge DH4 Plasma Thawer IB245 2 Door Refrigerator A IB245 2 Door Refrigerator B IPF 125-8 Freezer | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  111 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489741

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 111<br><br>PC100i Platelet Incubator<br>PF15i Platelet Agitator<br>EBA21 Serofuge A<br>EBA 21 Serofuge B<br>UltraCW Cellwasher<br>MTS Incubator A<br>MTS Incubator B<br>MTS Centrifuge A<br>MTS Centrifuge B<br>MTS Pipettor A<br>MTS Pipettor B<br><br>"Critical Equipment:<br>3. Calibration and Maintenance - See the QC and Instrument Maintenance Manual for details."<br><br>- No additional blood bank policies and procedures were provided.<br><br>2. Direct observation of the blood bank department on 03/10/2015 at 1:17 PM found a Zeiss Standard25 double-headed microscope with the serial number of 009812.<br><br>3. On 03/12/2015, Surveyor #1 requested the blood bank microscope maintenance documentation from the CS and TP #9.<br><br>The CS provided an Ohio Optics Microscope Service Record which was dated 4/14.<br><br>TP #9 stated testing personnel did clean the microscope occasionally but was unable to locate the documentation. The interview occurred 03/12/2015 at 10:54 AM.<br><br>4. The surveyor requested the laboratory's microscope maintenance policies and procedures from TS #8 and #9, the Point-of-Care Supervisor, | D5433 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489742

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 112<br><br>and the CS on 03/10/2015, 03/11/2015, 03/12/2015, and 03/13/2015.<br><br>The laboratory provided multiple policies and procedures (as mentioned above) and a procedure titled "Histology and Cytology - Equipment".<br><br>No additional microscope maintenance policies and procedures were provided.<br><br>The LD stated there was no specific microscope maintenance policy and procedure for the blood bank microscope. The interview occurred 03/13/2015 at 11:15 AM.<br><br><br>Item 3:<br><br>Based on direct observation, review of the laboratory's policies and procedures, and interviews with the Laboratory Director (LD), Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), and the Histopathology processor, the laboratory failed to perform and document hematology, urinalysis, and histopathology microscope maintenance procedures.<br><br>Findings Include:<br><br>1.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and | D5433 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  113 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489743

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 113 | D5433 | | |

Performance Improvement (P.I.) Plan" found the following statements:

"3. Equipment:
All instruments must have a routine preventative maintenance schedule. There will be a written policy and procedure for preventative maintenance including periodic inspection and appropriate performance testing.  The manufacturer's guidelines may be used in writing such a policy.  The document details the maintenance, service and repair aspects of the program.  Appropriate steps will be undertaken to prevent or reduce ultraviolet light exposure from any instrument so equipped.  This will be done in conjunction with Biomedical Engineering and will be so documented:  Manufacturer, supplier or representatives address and phone numbers; date purchased; date placed in use, etc.  Service manuals on all equipment/instruments are to be saved and readily available.  It is the responsibility of the Team Leader of Section Head to ensure that all aspects of preventative maintenance are being complied with.  The acceptability and/or performance limits for the instruments, service records (contract if utilized) and other necessary documentation are to be reviewed, updated and saved."

2.  Review of the laboratory's policy and procedure titled "Quality Control in Histology" found the following statements:

"Equipment and Instruments:
Appropriate monitoring including function verification and preventative maintenance is undertaken on all equipment used.  This is documented in logs.  Compliance with instrument maintenance and following of regular procedure

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489744

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 114 | D5433 | | |
| | pertaining to cases, solutions, etc are strictly enforced.  Procedures for such are available in the section and compliance is recorded. | | | |
| | Log sheets are maintained and documented for temperatures (refrigerator - 2° to 8° and freezer: -15° to -25° C), daily care of instruments and any service performed on instruments in the maintenance service records. | | | |
| | Recordkeeping: All required record keeping is undertaken. Elements can be recorded in a paper or electronic log. Included in the recordkeeping are the following: | | | |
| | Daily Accession Log with Histology Summary Daily CoPath Embedding Log Special Stains and Recut Log Instrument Maintenance/Service Logs" | | | |
| | C;  Celsius | | | |
| | 3.  Review of the laboratory's policy and procedure titled "Histology and Cytology - Equipment" found the following statements: | | | |
| | "Microscopes: Annual servicing is performed by a vendor." | | | |
| | 4.  Direct observation of the Hematology department on 03/10/2015 at 11:42 AM revealed the following: | | | |
| | Microscopes | | | |
| | Olympus BX43 (401579)     a.  TS#9 explained this microscope is used for manual blood and body fluid cell counts and | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489745

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 115<br>differential examinations.<br>  b.  A service sticker on the microscope indicated "Done 4/14  Due 4/15".<br><br>Zeiss Axoskop40 (115122)<br>  a.  TS#9 explained this digital microscope is a back-up microscope used for manual blood and body fluid cell counts and differential examinations.<br>  b.  No service sticker was on the microscope.<br><br>Olympus BX43 (151834)<br>  a.  TS#9 explained this microscope is used for urine sediment examinations.<br>  b.  A service sticker on the microscope indicated "Done 4/14  Due 4/15".<br><br>5.  Direct observation of the Histopathology department on 03/12/2015 at 4:30 PM revealed the following:<br><br>Olympus BX43 (1G31493)<br>  a.  The Histopathology processor explained this microscope is used for frozen section slide interpretations.<br>  b.  No service sticker was on the microscope.<br><br>Olympus BX43 (0L57685)<br>  a.  The LD explained this microscope is used for Histopathology biopsy slide interpretations.<br>  b.  A service sticker on the microscope indicated "Due 4/15".<br><br>6.  Surveyor #2 requested policies, procedures, and maintenance documentation for the 5 microscopes from the LD, TS#9, and the histopathology processor.  The LD, TS#9, and the histopathology processor stated another hospital department was responsible for vendor services | D5433 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489746

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5433 | Continued From page 116 and records and the laboratory did not maintain any microscope service and maintenance records.  No documentation was provided for review by the survey exit date.  The interviews occurred 03/10/2015 at 11:42 AM and 03/12/2015 at 4:30 PM. | D5433 | | |
| D5437 400M | 493.1255(a) CALIBRATION AND CALIBRATION VERIFICATION<br><br>Unless otherwise specified in this subpart, for each applicable test system the laboratory must perform and document calibration procedures--<br>(1) Following the manufacturer's test system instructions, using calibration materials provided or specified, and with at least the frequency recommended by the manufacturer;<br>(2) Using the criteria verified or established by the laboratory as specified in §493.1253(b)(3)--<br>(2)(i) Using calibration materials appropriate for the test system and, if possible, traceable to a reference method or reference material of known value; and<br>(2)(ii) Including the number, type, and concentration of calibration materials, as well as acceptable limits for and the frequency of calibration; and<br>(3) Whenever calibration verification fails to meet the laboratory's acceptable limits for calibration verification.<br><br><br>This STANDARD  is not met as evidenced by:<br> Based on review of the laboratory's policies and procedures, quality control (QC) Levey Jennings graph documentation, calibration documentation, and an interview with Technical Supervisor (TS)#9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the | D5437 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489747

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5437 | Continued From page 117

Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform and document calibration procedures for the analytes D-Dimer and fibrinogen.

Findings Include:

1.  Review of the laboratory's policy and procedure titled "Manual of Operations Quality Control Policy and Procedure" found the following statements:

"G.  Records
The laboratory must document and maintain records of all quality control activities including QC records, corrective action, calibration, and calibration verification and retain records for at least two years."

"II.  Quality Control (QC)
H. Review
2.  Monthly Review
For quantitative assays, quality control statistics are performed at least monthly to define analytic imprecision and to monitor trends over time."

"H. Review
2.  Monthly Review
a.  Medical Director or designee must review and sign the QC report.
Review the monthly QC report for the following:
1)  Trends, shifts and corrective action"

"IV.  QC Action Guidelines for Quantitative and Semi-Quantitative/Qualitative Testing
A.  Daily Quality Control Action Procedure for Quantitative Tests
8.  Shifts and Trends
a.  The detection of shifts and trends will be | D5437 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489748

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5437 | Continued From page 118 | D5437 | | |
| | monitored in the Sunquest laboratory computer system with the appropriate Westgard Rules, including, but not limited to: | | | |
| | R2S3:  Two out of three consecutive QC results are greater than two SD on the same side of the mean. | | | |
| | R41S:  Four consecutive QC results are more than one SD away from the mean in the same direction." | | | |
| | "IV.  QC Action Guidelines for Quantitative and Semi-Quantitative/Qualitative Testing | | | |
| | A.  Daily Quality Control Action Procedure for Quantitative Tests | | | |
| | 8.  Shifts and Trends | | | |
| | c.  The testing personnel are responsible for investigating and determining if a corrective action is required.  If investigation indicated potential incorrect patient results, do not release patient results until the problem has been corrected or an alternative procedure employed. If the testing personnel feel that corrective action, such as a calibration, is indicated, that action should be taken and documented.  The run should be checked or repeated as appropriate." | | | |
| | 2.  Review of the laboratory's policy and procedure titled "Innovance D-Dimer - CA1500" found the following statements: | | | |
| | "Calibration: | | | |
| | The reference curve is valid for the respective lot of the reagent employed.  A new curve should be prepared with a new lot of Innovance D-Dimer using Innovance D-Dimer Calibrator provided in the same kit and if indicated by any change in analytical conditions.  The calibration curve can be used as long as the assay-dependent | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  119 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5437 | Continued From page 119 | D5437 | | |
| | assigned values are within the corresponding acceptance ranges.  A new curve should be run every 6 months if the lot of reagent does not change." | | | |
| | 3.  Review of the laboratory's policy and procedure titled "Fibrinogen - Calibration and QC" found the following statements: | | | |
| | "Principle: Calibration - The reference curve is valid for the respective lot of the reagent employed.  A new curve should be prepared with a new lot of Thrombin, if indicated by any change in analytical conditions, or every six months, using Standard Human Plasma Calibrator." | | | |
| | 4.  Review of the manufacturer's package inserts found the following statements: | | | |
| | "Siemens Innovance D-Dimer Calibration A new calibration is required: For each new lot of Innovance D-Dimer Kit. After major maintenance or service, if indicated by quality control results As indicated in laboratory quality control procedures When required by government regulations" | | | |
| | "Siemens Dade Thrombin Reagent Calculating the Reference Curve A new reference curve must be established each time there is a change in equipment or a new lot of Dade Thrombin Reagent is used." | | | |
| | 5.  Review of the laboratory's 2014 and 2015 CA-1500 (A7391) and CA1500 (A8134) fibrinogen and D-Dimer QC Levey Jennings | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489750

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5437 | Continued From page 120 | D5437 | | |
| | graphs and instrument calibration printouts revealed the following on-going shifts of consecutive QC data points and calibration procedures performed: | | | |
| | CA-1500 (A7391) | | | |
| | D-Dimer | | | |
| | Citrol 1, lot #560762 | | | |
| | February 2014 - 33 below the mean | | | |
| | March 2014 - 18 below the mean | | | |
| | and a second shift of 23 below the mean | | | |
| | April 2014 - 50 below the mean | | | |
| | May 2014 - 37 below the mean | | | |
| | and a second shift of 15 below the mean | | | |
| | June 2014 - 44 below the mean | | | |
| | Calibration performed 6/25/2014 | | | |
| | July 2014 - 17 below the mean | | | |
| | and a second shift of 32 below the mean | | | |
| | Calibration performed 7/4/2014 | | | |
| | August 2014 - 28 below the mean | | | |
| | September 2014 - 39 below the mean | | | |
| | Calibration performed 9/22/2014 | | | |
| | October 2014 - 25 above the mean | | | |
| | Calibration performed 11/10/2014 | | | |
| | Citrol 1, lot #560777 | | | |
| | November 2014 - 20 above the mean | | | |
| | Calibration performed 11/21/2014 | | | |
| | January 2015 - 12 and 13 above the mean | | | |
| | D-Dimer | | | |
| | Control 2, lot #560663 | | | |
| | February 2014 - 19 below the mean | | | |
| | and a second shift of 28 below the mean | | | |
| | March 2014 - 44 below the mean | | | |
| | April 2014 - 50 below the mean | | | |
| | May 2014 -  42 below the mean | | | |
| | and a second shift of 12 below the mean | | | |
| | June 2014 - 39 below the mean | | | |
| | Calibration performed 6/25/2014 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489751

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5437 | Continued From page 121 | D5437 | | |
| | July 2014 - 50 below the mean | | | |
| | Calibration performed 7/4/2014 | | | |
| | August 2014 - 24 below the mean | | | |
| | September 2014 - 21 below the mean | | | |
| | and a second shift of 19 below the mean | | | |
| | Calibration performed 9/22/2014 | | | |
| | | | | |
| | Fibrinogen | | | |
| | Citrol 1, lot #528149B | | | |
| | May 2014 - 24 below the mean | | | |
| | July 2014 - 12 below the mean | | | |
| | August 2014 - 18 below the mean | | | |
| | September 2014 - 19 below the mean | | | |
| | Citrol 1, lot #548001 | | | |
| | February 2015 - 11 above the mean | | | |
| | | | | |
| | Fibrinogen | | | |
| | Abnormal Control, lot #528672 | | | |
| | September 2014 - 17 below the mean | | | |
| | October 2014 - 13 below the mean | | | |
| | | | | |
| | CA1500 (A8134) | | | |
| | D-Dimer | | | |
| | Citrol 1, lot #560663 | | | |
| | February 2014 - 20 below the mean | | | |
| | and a second shift of 13 below the mean | | | |
| | Citrol 1, lot #560777 | | | |
| | November 2014 - 11 above the mean | | | |
| | January 2015 - 28 above the mean | | | |
| | | | | |
| | D-Dimer | | | |
| | Control 2, lot #560678 | | | |
| | January 2015 - 21 above the mean | | | |
| | | | | |
| | Fibrinogen | | | |
| | Citrol 1, lot #528149B | | | |
| | November 2014 - 10 below the mean | | | |
| | Citrol 1, lot #548001 | | | |
| | February 2015 - 10 above the mean | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete

Event ID: O9M611

Facility ID: OHC05083

If continuation sheet Page  122 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5437 | Continued From page 122 | D5437 | | |
| | 6.  Surveyor #2 requested the laboratory's 2014 and 2015 D-Dimer and fibrinogen calibration documentation from TS#9.  TS#9 was unable to locate any additional D-Dimer calibration documentation and no fibrinogen calibration documentation.  The interview occurred on 03/10/2015 at 10:55 AM. | | | |
| D5439<br><br>400M | 493.1255(b) CALIBRATION AND CALIBRATION VERIFICATION<br><br>Unless otherwise specified in this subpart, for each applicable test system the laboratory must do the following:<br>Perform and document calibration verification procedure -<br>    (b)(1) Following the manufacturer's calibration verification instructions;<br>    (b)(2) Using the criteria verified or established by the laboratory under §493.1253(b)(3)--<br>        (b)(2)(i) Including the number, type, and concentration of the materials, as well as acceptable limits for calibration verification; and<br>        (b)(2)(ii) Including at least a minimal (or zero) value, a mid-point value, and a maximum value near the upper limit of the range to verify the laboratory's reportable range of test results for the test system; and<br>    (b)(3) At least once every 6 months and whenever any of the following occur:<br>(b)(3)(i) A complete change of reagents for a procedure is introduced, unless the laboratory can demonstrate that changing reagent lot numbers does not affect the range used to report patient test results, and control values are not adversely affected by reagent lot number changes.<br>(b)(3)(ii) There is major preventive maintenance | D5439 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID: O9M611        Facility ID: OHC05083        If continuation sheet Page  123 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489753

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | A. BUILDING _____<br>B. WING _____ | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD<br>GARFIELD HEIGHTS, OH  44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5439 | Continued From page 123<br>or replacement of critical parts that may influence test performance.<br>(b)(3)(iii) Control materials reflect an unusual trend or shift, or are outside of the laboratory's acceptable limits, and other means of assessing and correcting unacceptable control values fail to identify and correct the problem.<br>(b)(3)(iv) The laboratory's established schedule for verifying the reportable range for patient test results requires more frequent calibration verification.<br><br>This STANDARD  is not met as evidenced by:<br> Based on review of the laboratory's policies and procedures and an interview with Technical Supervisor (TS)#9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform and document D-Dimer and fibrinogen calibration verification procedures (b)(3) At least once every 6 months and whenever any of the following occurred:  (b)(3)(i) A complete change of reagents, (b)(3)(ii) There is major preventive maintenance or replacement of critical parts that may influence test performance, and (b)(3)(iii) Control materials reflect an unusual shift, and other means of assessing and correcting unacceptable control values fail to identify and correct the problem.<br><br>Findings Include:<br><br>1.  Review of the laboratory's policy and procedure titled "Manual of Operations Quality Control Policy and Procedure" found the following statement:<br><br>"II.  Quality Control (QC)<br>G.  Records | D5439 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489754

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5439 | Continued From page 124 | D5439 | | |
| | The laboratory must document and maintain records of all quality control activities including QC records, corrective action, calibration, and calibration verification and retain records for at least two years." | | | |
| | 2.  Review of the laboratory's policies and procedures titled "Innovance D-Dimer - CA1500" and "Fibrinogen - Calibration and QC" found no mention of calibration verification procedures. | | | |
| | 3.  Surveyor #2 requested the laboratory's D-Dimer and fibrinogen calibration verification policies and procedures.  TS#9 stated that the laboratory performed the same 2 levels of quality control (QC) materials each time D-Dimer and fibrinogen reagents are put on the analyzer and after calibration procedures.  The interview occurred 03/10/2015 at 10:40 AM. | | | |
| D5447 | 493.1256(d)(3)(i)(g) CONTROL PROCEDURES | D5447 | | |
| 320M | Unless CMS Approves a procedure, specified in Appendix C of the State Operations Manual (CMS Pub. 7) that provides equivalent quality testing, the laboratory must-- | | | |
| | At least once a day patient specimens are assayed or examined perform the following for-- | | | |
| | Each quantitative procedure, include two control materials of different concentrations; | | | |
| | (g) The laboratory must document all control procedures performed.<br>This STANDARD  is not met as evidenced by:<br> Based on review of the laboratory's policies and procedures, urine quality control (QC) documentation, and an interview with Technical | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489755

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5447 | Continued From page 125 | D5447 | | |
| | Supervisor (TS)#9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform and document two control materials of different concentrations each day quantitative urine microscopic examinations were performed. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Manual of Operations Quality Control Policy and Procedure" found the following statements: | | | |
| | "II. Quality Control (QC) A. General Criteria | | | |
| | Controls are used to ensure that a test system is performing correctly. For each test procedure, the identity, concentration, number, and frequency of testing controls should be defined. The quality control samples should be included during routine testing and are subjected to as much of the total testing process as possible. QC samples must be tested in the same manner and by the same testing personnel as patient specimens. The principle is that the quality control samples detect system failures or errors in patient testing." | | | |
| | "II. Quality Control (QC) C. Quality Control Frequency 2. Non-Waived Tests 1) Quantitative | | | |
| | For quantitative tests, a minimum of two controls at two different concentrations must be run daily or with each batch of samples/reagents | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489756

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5447 | Continued From page 126 <br><br> unless a different frequency is specifically required." <br><br> 2.  Review of the laboratory's policy and procedure titled "Urinalysis (Microscopic Examination)" found the following statements: <br><br> "Quality Control: <br><br> Pour off Quantify Plus liquid control Level I and II into urisystem tube.  Swirl contents gently to mix contents.  Allow to stand for a minimum of 20 minutes before analysis.  Store at 2-8°C.  Analyze control materials in the same manner as patient samples." <br><br> "Procedure: <br><br> 9.  Enumerate the number of RBCs and WBCs per high power field.  Count 10 fields and take the average." <br><br> 3.  Review of 10 patient urine microscopic test reports revealed the following quantitative test results: <br><br> 09/24/2013 <br> WBC, Urine  0-5 <br> RBC, Urine  0-3 <br><br> 09/25/2013 <br> WBC, Urine  0-5 <br> RBC, Urine  0-3 <br><br> 09/25/2013 <br> WBC, Urine  0-5 <br> RBC, Urine  6-10 <br><br> 05/05/2014 | D5447 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489757

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5447 | Continued From page 127<br><br>WBC, Urine  11-25<br>RBC, Urine  >25<br><br>05/05/2014<br>WBC, Urine  >25<br>RBC, Urine  3-5<br><br>05/05/2014<br>WBC, Urine  0-5<br>RBC, Urine  0-3<br><br>05/05/2014<br>WBC, Urine  0-5<br>RBC, Urine  0-3<br><br>05/05/2014<br>WBC, Urine  0-5<br>RBC, Urine  0-3<br><br>03/03/2015<br>WBC, Urine  0-5<br>RBC, Urine  0-3<br><br>03/05/2015<br>WBC, Urine  0-5<br>RBC, Urine  0-3<br><br>4.  Review of the laboratory's 2014 and 2015 "Routine Urine Quality Control" log sheets found no quantitative urine microscopic QC documentation from November 2014 through March, 10, 2015.<br><br>5.  Surveyor #2 requested the laboratory's quantitative urine microscopic QC documentation for November 2014 through March, 10 2015 from TS#9.  TS#9 stated the laboratory had revised the "Routine Urine Quality Control" log sheet and accidentally removed the "Micro WBC/RBC" | D5447 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489758

PRINTED: 09/10/2015
FORM APPROVED

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5447 | Continued From page 128 column.  TS#9 further stated the laboratory has photographs for urine microscopic QC and the laboratory did not document any urine microscopic QC testing from November 2014 through March 10, 2015.  The interview occurred on 3/10/2015 at 9:17 AM.<br><br>WBC;  white blood cell<br>RBC;  red blood cell<br>micro;  microscopic | D5447 | | |
| D5463<br><br>400M | 493.1256(d)(7)(g) CONTROL PROCEDURES<br><br>Unless CMS Approves a procedure, specified in Appendix C of the State Operations Manual (CMS Pub. 7), that provides equivalent quality testing, the laboratory must--<br><br>Over time, rotate control material testing among all operators who perform the test.<br><br>(g) The laboratory must document all control procedures performed.<br>This STANDARD  is not met as evidenced by:<br> Based on direct observation, review of the laboratory's policies and procedures, quality control (QC) records, Form CMS-209, and interview with Technical Consultant (TC) #2 and the Point-of-Care Supervisor (PS) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to, over time, rotate activated clotting time (ACT) control material testing among all operators who perform the test on the Hemachron Junior (Jr.) Signature +.<br><br>Findings Include: | D5463 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete

Event ID:O9M611

Facility ID: OHC05083

If continuation sheet Page  129 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489759

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5463 | Continued From page 129 | D5463 | | |
| | 1. Review of the Form CMS-209 found 17 individuals, Testing Personnel (TP) #17 through #33, certified by the LD to perform moderate complexity testing. The PS stated TP #17 through #33 performed ACT testing under this CLIA number. The PS further explained the ACT testing was performed in two locations of the hospital, interventional radiology and general surgery. The interview occurred 03/09/2015 at 8:46 AM. | | | |
| | 2. Direct observation of the interventional radiology department on 03/10/2015 at 9:39 AM found a Hemachron Jr. Signature + instrument with the serial number of SP2990. | | | |
| | Direct observation in a general surgery office on 03/10/2015 at 9:54 AM found a Hemachron Jr. Signature + instrument with the serial number of SP5639. | | | |
| | 3. Review of the laboratory's policy and procedure titled "Quality Control Policy and Procedure" found the following directions: | | | |
| | "II. Quality Control (QC) A. General Criteria Controls are used to ensure that a test system is performing correctly. For each test procedure, the identity, concentration, number, and frequency of testing controls should be defined. The control samples should be included during routine testing and are subjected to as much of the total testing process as possible. QC samples must be tested in the same manner and by the same testing personnel as patient specimens. The principle is that the quality control samples detect system failures or errors in patient testing." | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489760

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5463 | Continued From page 130 | D5463 | | |
| | 4. Review of the ACT QC logs titled "HEMACHRON JR. SIGNATURE QUALITY CONTROL LOG" found: | | | |
| | TC #2 exclusively performed the external QC activities on the following dates: | | | |
| | 12/10/2014 | | | |
| | 01/06/2015 | | | |
| | 02/06/2015 | | | |
| | TP #30 exclusively performed the external QC activities on the following dates: | | | |
| | 01/06/2015 | | | |
| | 02/03/2015 | | | |
| | 5. TC #2 stated electronic QC is done by whomever is on shift, however, only "expert users" perform the external QC. The interview occurred 03/10/2015 at 10:03 AM. | | | |
| | 6. The PS stated they had recently taken over administrative oversight of the ACT testing at this facility and stated that during an initial review of the ACT documentation they noted several issues in the proficiency testing, QC, temperature monitoring, and documentation activities. The interview occurred 03/10/2015 at 10:30 AM. | | | |
| D5471 | 493.1256(e)(1)(g) CONTROL PROCEDURES | D5471 | | |
| 510H 520H 530H 540H 550H | (e) For reagent, media, and supply checks, the laboratory must do the following: | | | |
| | (e)(i) Check each batch (prepared in-house), lot number (commercially prepared) and shipment of reagents, disks, stains, antisera, (except those specifically referenced in §493.1261 (a)(3)) and | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489761

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5471 | Continued From page 131 | D5471 | | |
| | identification systems (systems using two or more substrates or two or more reagents, or a combination) when prepared or opened for positive and negative reactivity, as well as graded reactivity, if applicable. | | | |
| | (g) The laboratory must document all control procedures performed. | | | |
| | This STANDARD  is not met as evidenced by: Based on review of the laboratory's policies and procedures, manufacturers' package insert instructions, and interview with Testing Personnel (TP) #1 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to check each lot number and shipment of commercially prepared Ortho Reagent Red Blood Cells 0.8% Resolve panel reagents when opened for positive and negative reactivity, as well as graded reactivity. | | | |
| | Findings Include: | | | |
| | 1. Review of the following policies and procedures found: | | | |
| | - A policy titled "Department of Laboratories - Transfusion Service Quality Program" which stated: | | | |
| | "5.1 General Elements: 5.1.3 Quality Control: MMH Transfusion Service has established a program of quality control that is sufficiently comprehensive to ensure that reagents, equipment and methods function as expected. Results are reviewed and corrective action taken, where appropriate. | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489762

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5471 | Continued From page 132 | D5471 | | |

5.1.4 Use of Material:
All materials and solutions used for collection, preservation and storage of blood and components and all reagents used for required testing on blood samples at MMH Transfusion Service are used in accordance with the manufacturer's written instructions and meet specified requirements."

"5.13 Pretransfusion Testing of Patient Blood:
5.13.3 Unexpected Antibodies to Red Cell Antigens:
5.13.3.4 A control system appropriate to the method of testing is used"

"9.2 Preventative Action:
MMH Transfusion Service has a process for preventative action that includes the following elements:
9.2.1 The review of appropriate sources of information including assessment results, proficiency testing results, quality control records and complaints to detect and analyze potential cases of nonconformance."

- A policy titled "Quality Control Policy and Procedure" which stated:

"II. Quality Control (QC)
D. Quality Control of Reagents by Shipment/Lot
External quality control must be performed with each complete change of reagents, with each new lot number or shipment of reagents, following preventative maintenance, after system maintenance; after software upgrades or following replacement of critical parts that may influence the test system's performance."

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489763

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5471 | Continued From page 133

"II. Quality Control (QC)
H. Review
Quality control data are organized and presented so they can be evaluated daily by the technical staff to detect problems, trends, ect. Results of controls must be recorded or plotted to readily detect a malfunction in the instrument or in the analytic system. These control records must be readily available to the person performing the test."

- A policy titled "Antibody Identification by Gel Card Test Method Anti-IgG" which stated:

"Supplies and Equipment:
0.8% Antibody identification panel cells"

"Quality Control:
To recognize reagent deterioration, the reagents must be tested daily with the appropriate controls."

"Additional Considerations for Selected Cell Panel:
1. One positive cell may be selected as a 'control'."

"Procedure Limitations:
5. Adherence to the test procedure is critical to test performance and outcome."

2. Review of the "ORTHO Reagent Red Blood Cells 0.8% Resolve Panel A" manufacturer's package insert instructions found the following statement:

"Control of Error
2. For quality assurance, 0.8% RESOLVE Panel A should be tested periodically with weak | D5471 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489764

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5471 | Continued From page 134 antibodies." | D5471 | | |
| | 3. Surveyor #1 asked TP #1 if the laboratory performed QC on each new lot or shipment of antibody identification reagent red cells panels. TP #1 stated the laboratory had not performed quality control on antibody identification panels in 2013, 2014, or 2015. The interview occurred 03/11/2015 at 8:41 AM. | | | |
| D5485 | 493.1256(h) CONTROL PROCEDURES | D5485 | | |
| 110M 120M 130M | If control materials are not available, the laboratory must have an alternative mechanism to detect immediate errors and monitor test system performance over time.  The performance of alternative control procedures must be documented. This STANDARD  is not met as evidenced by:  Based on review of the laboratory's policies and procedures, patient test logs, and interviews with Technical Supervisors (TS) #2 and #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform and document an alternative mechanism to detect immediate errors and monitor wet preparation test performance over time. Findings Include: 1. Review of the laboratory's policy and procedure titled "Wet Preparation - Trichomonas, Yeast, Clue Cells" found the following directions: "Reporting Results The slide is to be reviewed by two technologists. Documentation of dual review for alternative | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489765

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5485 | Continued From page 135 proficiency purposes will be recorded on the daily Quality Control sheet for Trichomonas."  2. Review of the wet preparation test logs titled "Daily Quality Control Log Sheet Wet Prep" found a spreadsheet with 8 columns titled as follows:  Date Tech Tech Patient Trich Clue Yeast Comment  Further review of the test logs from June 2014 through December 2014 found:  32 out of 507 patients' test documented failed to include the initials of a second quality control (QC) technician.  1 out of 507 patients' test documented contained an "X" in the second "Tech" column with a handwritten note in the "Comment" column that stated "tech at dinner".  1 out of 507 patients' test documented lacked testing personnel initials in the second "Tech" column with a handwritten note in the "Comment" column that stated "other tech at dinner".  1 out of 507 patients' test documented contained a handwritten note in the "Comment" column that stated "no other tech available", however, the initials of TS #2 were present in the second "Tech" column. | D5485 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489766

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | **36D0688090** | | | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5485 | Continued From page 136 | D5485 | | |
| | 1 out of 507 patients' test documented contained a handwritten note in the second "Tech" column that stated "one tech in lab". | | | |
| | 17 out of 21 test logs contained TS #2's initials in the "Reviewed by:" space. | | | |
| | 15 out of 21 test logs contained the LD's signature or initials at the bottom of the page. | | | |
| | 3. Included with the wet preparation test logs titled "Daily Quality Control Log Sheet Wet Prep" was documentation that stated "GAP analysis was performed on all reviewable forms within the laboratory. Multiple occurrences were observed where review was not documented. During retroactive analysis of forms no trends were noted. Corrective action includes review of forms by the designee 'TS #8' or 'TS#9' at stated intervals and monthly review by technical supervisors 'TS #8' or 'TS #9', approved by the medical director 'LD' effective immediately." The statement was signed and dated by the LD on 02/25/2015. | | | |
| | 4. TS #2 stated the laboratory used to read slides with 2 technicians but would only document one set of results. TS #2 further stated the laboratory discontinued the practice of two technicians reading each slide in December 2014 and are not currently performing or documenting any alternative QC for the test wet preparation. TS #8 confirmed TS #2's statements as being accurate. The interviews occurred 03/10/2015 at 11:32 AM. | | | |
| D5543 | 493.1269(a)(d) HEMATOLOGY | D5543 | | |
| 400H | (a) For manual cell counts performed using a hemocytometer-- | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 137 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5543 | Continued From page 137 <br><br> (a)(1) One control material must be tested each 8 hours of operation; and <br> (a)(2) Patient specimens and control materials must be tested in duplicate. <br> (d) The laboratory must document all control procedures performed, as specified in this section. <br> This STANDARD  is not met as evidenced by: <br> Based on review of the laboratory's policies and procedures, data summary report, and interviews with the Laboratory Director (LD) and Technical Supervisor (TS)#9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the LD on 03/09/2015), the laboratory failed to perform and document manual hemocytometer cell count quality control (QC) each 8 hours of testing. <br><br> Findings Include: <br><br> 1.  Review of the laboratory's policies and procedures titled "Body Fluid Analysis Procedure Manual Cerebrospinal Fluid Examination", "Body Fluid Analysis Procedure Manual Serous Fluids (Pleural, Pericardia, Peritoneal)", and "Synovial Fluid Examination" found no mention of manual hemocytometer cell count QC procedures. <br><br> 2.  Review of the laboratory's "Data Summary" report for February (Feb) 2015 revealed 35 patients had manual body fluid cell count testing performed on the following dates: <br><br> Feb 2, two patients    Feb 13, two patients <br> Feb 3, two patients    Feb 16, one patient <br> Feb 4, one patient     Feb 17, two patients <br> Feb 5, one patient     Feb 18, two patients <br> Feb 6, three patients  Feb 20, two patients | D5543 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  138 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489768

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5543 | Continued From page 138 | D5543 | | |
| | Feb 7, two patients    Feb 22, one patient Feb 9, three patients  Feb 24, one patient Feb 10, two patients  Feb 25, one patient Feb 11, two patients  Feb 26, three patients Feb 12, one patient    Feb 28, one patient | | | |
| | 3. Surveyor #2 requested the laboratory's policy and procedure and QC documentation for manual hemocytometer cell count QC from TS#9.  TS#9 stated manual cell count QC material is not available and so the laboratory does not perform any manual hemocytometer QC.  The interview occurred on 03/10/2015 at 1:05 PM. | | | |
| | The LD stated there is a result review of every manual hemocytometer body fluid cell count performed by the LD and thought that would suffice for QC.  The interview occurred on 03/10/2015 at 1:17 PM. | | | |
| D5545 | 493.1269(b)(d) HEMATOLOGY | D5545 | | |
| 400M | (b) For all nonmanual coagulation test systems, the laboratory must include two levels of control material each 8 hours of operation and each time a reagent is changed. (d) The laboratory must document all control procedures performed, as specified in this section. This STANDARD  is not met as evidenced by:  Based on direct observation, review of the laboratory's policies and procedures, patient test records, quality control (QC) records, and interview with the Point-of-Care Supervisor (PS) (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform and document two levels of control materials each 8 hours of operation for the | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489769

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5545 | Continued From page 139<br><br>activated clotting time (ACT) nonmanual coagulation test system Hemachron Junior (Jr.) Signature +.<br><br>Findings Include:<br><br>1. The PS stated ACT testing was performed in two locations of the hospital, interventional radiology and general surgery. The interview occurred 03/09/2015 at 8:46 AM.<br><br>2. Direct observation of the interventional radiology department on 03/10/2015 at 9:39 AM found a Hemachron Jr. Signature + instrument with the serial number of SP2990.<br><br>Direct observation in a general surgery office on 03/10/2015 at 9:54 AM found a Hemachron Jr. Signature + instrument with the serial number of SP5639.<br><br>3. Review of the laboratory's policy and procedure titled "Activated Clotting Time - Low Range (ACT-LR)" found the following directions:<br><br>"Quality Control (QC)<br>Routine quality control testing and tracking should be a part of a comprehensive quality assurance program. HEMOCHRON Microcoagulation System Quality Control products are available to make routine QC convenient and affordable. All HEMOCHRON Microcoagulation instruments should be quality controlled at two levels of performance, including both the normal and abnormal ranges. Quality control should be performed once every 8 hours on any shift during which the instrument is to be used."<br><br>"Internal Controls | D5545 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489770

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5545 | Continued From page 140<br><br>Electronic Quality Control (EQC) for Signature + Microcoagulation System:<br>To assist in accomplishing daily QC, both normal and abnormal Electronic Verification Cartridges (EVC) are used to provide a two level check of the instrument. The EVC Cartridges (two levels) will be performed once every 8 hours on any shift during which the instrument is utilized. This ensures proper instrument operation."<br><br>"Use of Electronic Verification Cartridges (EVC):<br>3. The instrument should detect the simulated endpoint within the acceptable range shown on the system verification cartridge. Compare the result displayed to the label on the cartridge.<br>4. Record results on the 'Quality Daily Log' sheet."<br><br>4. Review of the patient test logs titled "HEMACHRON JR. DAILY PATIENT LOG" found patients' samples were analyzed on the following dates:<br><br>01/08/2015 - 2 samples analyzed<br>01/09/2015 - 4 samples analyzed<br>02/06/2015 - 3 samples analyzed<br>03/04/2015 - 3 samples analyzed<br><br>5. Review of the ACT QC logs titled "HEMACHRON JR. SIGNATURE QUALITY CONTROL LOG" found no documentation demonstrating that EVC QC was performed and documented on the following dates:<br><br>01/08/2015<br>01/09/2015<br>02/06/2015<br>03/04/2015 | D5545 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489771

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5545 | Continued From page 141 | D5545 | | |
| | 6. The PS provided documentation, initialed by an individual not listed on the Form CMS-209 and dated 03/04/2015, which stated: | | | |
| | "GAP analysis was performed on all records within point of care. Multiple occurrences were observed where liquid and electronic QC was late. During retroactive analysis of records, point of care personnel were educated and corrective actions put into place. Please refer to GAP analysis." | | | |
| | 7. The PS stated they had recently taken over administrative oversight of the ACT testing at this facility and stated that during an initial review of the ACT documentation they noted several issues in the proficiency testing, QC, temperature monitoring, and documentation activities. The interview occurred 03/10/2015 at 10:30 AM. | | | |
| D5551 | 493.1271(a)(f) IMMUNOHEMATOLOGY | D5551 | | |
| 510H 520H 530H 540H 550H | (a) Patient testing. (a)(1) The laboratory must perform ABO grouping, D (Rho) typing, unexpected antibody detection, antibody identification, and compatibility testing by following the manufacturer's instructions, if provided, and as applicable, 21 CFR 606.151(a) through (e). (a)(2) The laboratory must determine ABO group by concurrently testing unknown red cells with, at a minimum, anti-A and anti-B grouping reagents. For confirmation of ABO group, the unknown serum must be tested with known A1 and B red cells. (a)(3) The laboratory must determine the D (Rho) type by testing unknown red cells with anti-D (anti-Rho) blood typing reagent. (f) Documentation. The laboratory must document | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489772

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 142 | D5551 | | |
| | all control procedures performed, as specified in this section. | | | |
| | This STANDARD  is not met as evidenced by: | | | |
| | Item 1: | | | |
| | | | | |
| | Based on direct observation, review of the laboratory's policies and procedures, manufacturers' package insert instructions, patient test records, and interview with Testing Personnel (TP) #1 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to perform unexpected antibody identification testing according to the manufacturer's package insert instructions and ensure out-dated reagents were not routinely used for antibody identification testing. | | | |
| | | | | |
| | Findings Include: | | | |
| | | | | |
| | 1. Direct observation of the blood bank department refrigerator "B" on 03/10/2015 at 1:54 PM found the following expired reagents: | | | |
| | | | | |
| | ORTHO Reagent Red Blood Cell 0.8% Resolve Panels: | | | |
| | | | | |
| | Lot          Expiration | | | |
| | Number:      Date: | | | |
| | | | | |
| | VRA 215    2-17-15 | | | |
| | VRA 213    1-20-15 | | | |
| | VRA 211    12-23-14 | | | |
| | VRA 209    11-25-14 | | | |
| | VRA 207    10-28-14 | | | |
| | VRA 205    9-30-14 | | | |
| | | | | |
| | BIO-RAD Biotestcell | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489773

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 143 | D5551 | | |

Lot     Expiration
Number:    Date:

8503011-00   3-9-15
8450011-00   2-2-15
8446011-00   1-5-15
8442011-00   12-8-14
8438011-00   11-10-14
8434011-00   10-13-14

2. Review of the laboratory's policies and procedures found:

- A policy titled "Department of Laboratories - Transfusion Service Quality Program" which stated:

"5.1 General Elements:
5.1.3 Quality Control:
MMH Transfusion Service has established a program of quality control that is sufficiently comprehensive to ensure that reagents, equipment and methods function as expected. Results are reviewed and corrective action taken, where appropriate.

5.1.4 Use of Material:
All materials and solutions used for collection, preservation and storage of blood and components and all reagents used for required testing on blood samples at MMH Transfusion Service are used in accordance with the manufacturer's written instructions and meet specified requirements."

"5.13 Pretransfusion Testing of Patient Blood:
5.13.3 Unexpected Antibodies to Red Cell Antigens:
5.13.3.4 A control system appropriate to the

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489774

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 144<br>method of testing is used"<br><br>"9.2 Preventative Action:<br>MMH Transfusion Service has a process for preventative action that includes the following elements:<br>9.2.1 The review of appropriate sources of information including assessment results, proficiency testing results, quality control records and complaints to detect and analyze potential cases of nonconformance."<br><br>- A policy titled "Inventory Control of Blood Bank Supplies" which stated:<br><br>"Procedure:<br>Appropriate Handling of Reagents and Supplies<br>3. Product Expiration: to ensure the quality of results reported, the expiration date of supplies must be adhered to when in use:<br>a) Reagents - all reagents must be used within the expiration date defined by the manufacturer on the container or in the package insert (exceptions: rare antisera, reagent red cell panels for extended antibody identification studies)."<br><br>- A policy titled "Antibody Identification by Gel Card Test Method Anti-IgG" which stated:<br><br>"Supplies and Equipment:<br>0.8% Antibody identification panel cells"<br><br>"Quality Control:<br>To recognize reagent deterioration, the reagents must be tested daily with the appropriate controls."<br><br>"Additional Considerations for Selected Cell Panel: | D5551 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489775

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 145 | D5551 | | |
| | 1. One positive cell may be selected as a 'control'." | | | |
| | "Procedure Limitations: 5. Adherence to the test procedure is critical to test performance and outcome." | | | |
| | - A policy titled "Ordering and Processing Blood Bank Reagents and Supplies" which stated: | | | |
| | "Policy: It is the responsibility of the Blood Bank Team leader, or designee to keep the department stocked with the appropriate level of reagents and supplies. A standing order will be placed at the beginning of the year for red cell reagents. Other reagents and supplies will  be ordered on an as needed basis." | | | |
| | "Ortho Standing Order Resolve Panel A 1. Remove the panel from the box, writing the lot number and expiration date on the panel. (see current panel for example) 2. Remove one panel sheet. On the "in use" date, place the panel sheet in the current section of the Master List Binder, using a protective plastic cover. Move the panel that is being replaced to the expired panel section. 3. Discard the oldest Resolve Panel A in Refrigerator B, along with the corresponding panel sheet, saving the plastic protective sheet." | | | |
| | - A policy titled "Red Blood Cell Antigen Typing" which stated: | | | |
| | "Procedure Notes: 7. When the Blood Bank runs out of specific antisera needed immediately for testing, | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489776

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 146 | D5551 | | |
| | additional antisera may be requested from the Cleveland Clinic Blood Bank if available. | | | |
| | 8. Rare antisera may be used beyond its expiration date if proper quality control procedures are performed and quality results achieved. Antisera is considered rare if it cannot be procured from manufacturer's due to manufacturing or donor problems." | | | |
| | 3. Review of the manufacturers' package insert instructions found the following statements: | | | |
| | "ORTHO Reagent Red Blood Cells 0.8% Resolve Panel A Reagent Use 0.8% RESOLVE Panel A directly from the vials. As with all reagent red blood cells, the reactivity of the cells may decrease during the dating period." | | | |
| | "ORTHO Reagent Red Blood Cells 0.8% Resolve Panel A Reagent FOR IN VITRO DIAGNOSTIC USE. No U.S. Standard of Potency. Do not freeze. Do not use beyond expiration date. The expiration date of each lot is no longer than 63 days, excluding the days in frozen storage, from the date of collection of red blood cells from any donor in the lot. Studies demonstrate consistent performance of this product from the time the vial is opened until the specified expiration date." | | | |
| | "ORTHO Reagent Red Blood Cells 0.8% Resolve Panel A Control of Error 2. For quality assurance, 0.8% RESOLVE Panel A should be tested periodically with weak antibodies." | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489777

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 147 | D5551 | | |

"BIO-RAD Reagent Red Blood Cells Biotestcell-I
Precautions
- Do not use beyond the expiration date."

"BIO-RAD Reagent Red Blood Cells Biotestcell-I
Quality Control
For quality assurance the Biotestcell Reagent
Red Blood Cells intended for antibody
identification should be tested according to any
site specific procedures."

"BIO-RAD Reagent Red Blood Cells Biotestcell-I
Limitations
- The reactivity of the product may decrease
during the dating period and therefore should not
be used after the expiration date. The rate of
decrease in reactivity is partially dependant on
individual donor characteristics that are neither
controlled nor predicted by the manufacturer."

4. The laboratory filed antibody identification test
records in 3-ring binders divided by year and then
by last name. Review of the laboratory's 2015
antibody identification test records and 2014 "F -
H" and "R - Z" antibody identification test records
found the following:

- The laboratory performed antibody identification
testing utilizing expired reagents as follows:

| Date Tested: | Panel Lot: | Expiration Date: |
|---|---|---|
| 01/06/2015 | VRA211 | 2014-12-23 |

Reviewed by Technical Supervisor (TS) #9 on
01/13/2015.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489778

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 148 | D5551 | | |
| | Date       Panel       Expiration Tested:     Lot:         Date: | | | |
| | 01/11/2015   VRA211   2014-12-23 | | | |
| | Reviewed by General Supervisor (GS) #1 on 01/13/2015 | | | |
| | Date       Panel       Expiration Tested:     Lot:         Date: | | | |
| | 01/13/2015   VRA211   2014-12-23 | | | |
| | Reviewed by TS #9 on 01/23/2015 | | | |
| | Date       Panel       Expiration Tested:     Lot:         Date: | | | |
| | 01/25/2015   VRA213   2015-01-20 | | | |
| | Reviewed by GS #1 on 01/31/2015 | | | |
| | Date       Panel       Expiration Tested:     Lot:         Date: | | | |
| | 01/31/2015   VRA213   2015-01-20 | | | |
| | Date       Panel       Expiration Tested:     Lot:         Date: | | | |
| | 02/05/2015   VRA213   2015-01-20 | | | |
| | Reviewed by GS #1 on 02/14/2015 | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 149 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489779

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 149 | D5551 | | |
| | Date      Panel      Expiration<br>Tested:    Lot:        Date: | | | |
| | 02/10/2015   VRA211   2014-12-23<br>02/10/2015   VRA209   2014-11-25 | | | |
| | Reviewed by TS #8 on 03/08/2015 | | | |
| | Date      Panel      Expiration<br>Tested:    Lot:        Date: | | | |
| | 02/19/2015   VRA215  2015-02-17 | | | |
| | Reviewed by TS #8 on 03/08/2015 | | | |
| | Date      Panel      Expiration<br>Tested:    Lot:        Date: | | | |
| | 01/16/2014   VRA189   2014-01-07 | | | |
| | Reviewed by GS #1 on 01/18/2014 | | | |
| | Date      Panel      Expiration<br>Tested:    Lot:        Date: | | | |
| | 02/13/2014   VRA187      2013-11-12<br>02/13/2014   VS668       2013-10-15<br>02/13/2014   VS695       2014-02-04<br>02/13/2014   8349011-00   2014-01-28 | | | |
| | Reviewed by GS #1 on 02/16/2014 | | | |
| | Date      Panel      Expiration<br>Tested:    Lot:        Date: | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete     Event ID:O9M611     Facility ID: OHC05083     If continuation sheet Page  150 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489780

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 150 | D5551 | | |
| | 04/20/2014   VRA191   2014-03-04 04/20/2014   VRA193   2014-04-15 | | | |
| | Reviewed by GS #1 on 04/23/2014 | | | |
| | Date         Panel      Expiration Tested:     Lot:         Date: | | | |
| | 06/21/2014   VRA197   2014-06-10 | | | |
| | Reviewed by personnel not listed on Form CMS-209 on 07/23/2014 | | | |
| | Date         Panel      Expiration Tested:     Lot:         Date: | | | |
| | 07/03/2014   VRA197   2014-06-10 07/03/2014   VRA195   2014-05-13 07/03/2014   VRA193   2014-04-15 | | | |
| | Reviewed by GS #1 on 07/03/2014 | | | |
| | Date         Panel      Expiration Tested:     Lot:         Date: | | | |
| | 07/08/2014   VRA197   2014-06-10 | | | |
| | Reviewed by personnel not listed on Form CMS-209 on 07/23/2014 | | | |
| | Date         Panel      Expiration Tested:     Lot:         Date: | | | |
| | 07/10/2014   VRA197   2014-06-10 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489781

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 151 | D5551 | | |
| | 07/10/2014   VRA199   2014-07-08 | | | |
| | Reviewed by GS #1 on 07/12/2014 | | | |
| | Date          Panel        Expiration | | | |
| | Tested:     Lot:           Date: | | | |
| | 07/12/2014   VRA195   2014-05-13 | | | |
| | Reviewed by GS #1 on 07/13/2014 | | | |
| | Date          Panel        Expiration | | | |
| | Tested:     Lot:           Date: | | | |
| | 07/17/2014   VRA199   2014-07-08 | | | |
| | Reviewed by personnel not listed on Form CMS-209 on 07/23/2014 | | | |
| | Date          Panel        Expiration | | | |
| | Tested:     Lot:           Date: | | | |
| | 07/17/2014   VRA199   2014-07-08 | | | |
| | Reviewed by personnel not listed on Form CMS-209 on 07/23/2014 | | | |
| | Date          Panel        Expiration | | | |
| | Tested:     Lot:           Date: | | | |
| | 07/19/2014   VRA199   2014-07-08 | | | |
| | Reviewed by GS #1 on 07/25/2014 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489782

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 152 | D5551 | | |
| | Date     Panel     Expiration<br>Tested:   Lot:      Date: | | | |
| | 08/26/2014  VRA201  2014-08-05 | | | |
| | Reviewed by personnel not listed on Form CMS-209 on 08/26/2014 | | | |
| | Date     Panel     Expiration<br>Tested:   Lot:      Date: | | | |
| | 10/07/2014  VRA203  2014-09-02<br>10/07/2014  VRA197  2014-06-10<br>10/07/2014  VRA201  2014-08-05 | | | |
| | Reviewed by GS #1 on 10/17/2014 | | | |
| | Date     Panel     Expiration<br>Tested:   Lot:      Date: | | | |
| | 10/09/2014  VRA205  2014-09-30 | | | |
| | Reviewed by GS #1 on 10/17/2014 | | | |
| | Date     Panel     Expiration<br>Tested:   Lot:      Date: | | | |
| | 10/17/2014  VRA205  2014-09-30<br>10/17/2014  VRA201  2014-08-05 | | | |
| | Date     Panel     Expiration<br>Tested:   Lot:      Date: | | | |
| | 11/10/2014  VRA207  2014-10-28 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489783

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 153 | D5551 | | |
| | Reviewed by personnel not listed on Form CMS-209 on 11/12/2014 | | | |

| Date Tested: | Panel Lot: | Expiration Date: |
|---|---|---|
| 11/28/2014 | VRA209 | 2014-11-25 |

Reviewed by GS #1 on 12/09/2014

| Date Tested: | Panel Lot: | Expiration Date: |
|---|---|---|
| 12/06/2014 | VRA209 | 2014-11-25 |

Reviewed by TS #9 on 01/13/2015

| Date Tested: | Panel Lot: | Expiration Date: |
|---|---|---|
| 12/31/2013 | VS687 | 2013-12-10 |
| 12/31/2013 | VRA187 | 2013-11-12 |

Reviewed by TS #9 on 02/28/2015

5. TP #1 stated the laboratory used expired antibody identification panels, however, the initial panel run for each patient was always an in-dated panel. If additional rule out cells were needed then the TP used expired panels. TP #1 further stated the laboratory did not routinely run quality controls on the expired antibody panels used for patient testing. If a control was run then the laboratory would use either a known patient or anti-sera for control material. TP #1 stated if a control was performed on a panel it would be

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489784

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 154 <br><br> documented on the panel worksheet in the "Special Antigen Typing" column. TP #1 reviewed the 2014 antibody identification workups and was able to locate one instance where a control was analyzed. The interview occurred 03/11/2015 at 8:41 AM. <br><br> Item 2: <br><br> Based on direct observation, review of the laboratory's policies and procedures, emergency release documentation, laboratory information system (LIS), hospital information system (HIS), and interviews with Testing Personnel (TP) #1 and #9, the Compliance Specialist (CS), Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Head of Transfusion Medicine (HTM), and a "Short Stay" unit nurse, the laboratory failed to perform and document emergency release patient testing and incidents as specified in 21 CFR 606.151(e). <br><br> Findings Include: <br><br> 1. Review of the laboratory's policies and procedures found the following: <br><br> - A policy titled "Department of Laboratories - Transfusion Service Quality Program" which stated: <br><br> "5.25 Urgent Requirement for Blood and Blood Components: <br> 5.25.4 Compatibility testing shall be completed expeditiously using a patient sample collected as early as possible in the transfusion sequence." | D5551 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489785

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 155 | D5551 | | |
| | "5.27 Medical Record Documentation: | | | |
| | 5.27.1 The patient's medical record shall include: Transfusion order, documentation of patient consent, the name of the component, the donation identification number, the date and time of transfusion, pre- and post-transfusion vital signs, the amount transfused, the identification of the transfusionist, and, if applicable, transfusion-related adverse events" | | | |
| | "6.2 Records: MMH Transfusion Service ensures identification, collection, indexing, access, filing, storage and disposition of records as required by AABB Reference Standards. | | | |
| | 6.2.1 Records shall be complete, retrievable in a period of time appropriate to the circumstances and protected from accidental or unauthorized destruction or modification." | | | |
| | - A policy titled "Emergency Release of Blood - Uncrossmatched" which stated: | | | |
| | "Procedure: In extreme situations, a patient sample may not be available or the transfusion request is so urgent that the physician cannot wait for the group and type to be determined. In these situations, the following steps should be followed: | | | |
| | 5. Remove the yellow copy of the Compatibility Record (Unit Tag) and issue the blood according to SOP (Person picking up blood must have Patient Name, MR#, or other 2nd Identifier). The Blood Bank will retain a copy of the Emergency Release Waiver (filled out ahead of time and placed in the 'Emergency Release' folder located on the side of the Blood Bank Refrigerator) until | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489786

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 156 | D5551 | | |
| | the Signed Waiver is returned to the Blood Bank. | | | |
| | 6. If Blood Bank testing has already been ordered, issue the unit(s) in the LIS as 'Uncrossmatched'. | | | |
| | 7. If Blood Bank testing has not been ordered, document all unit(s), issuing information, as well as testing results (once patient sample is obtained) on downtime sheets until an order is placed." | | | |
| | "Procedure Notes: 1. In an emergency situation where a name and medical record number is unavailable, Fill out the Emergency Release Waiver with as much information as possible. (i.e. John Doe, Jane Doe) Add name and medical record number to the Emergency Release Waiver as information becomes available." | | | |
| | "Procedure Notes: 4. All testing must be completed as soon as a patient sample is available. All results are entered into the LIS." | | | |
| | 2. On 03/12/2015 at 11:30 AM Surveyor #1 requested the laboratory's emergency release documentation from 2014 and 2015 from TP #9. TP #9 provided a manila folder that contained emergency release documentation from 09/27/2014 through the dates of survey. | | | |
| | Surveyor #1 randomly selected 2 patients' emergency release records from the manila folder and requested that TP #9 locate the type, screen, and compatibility test records in the LIS that corresponded to the emergency release units. | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  157 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489787

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 157 | D5551 | | |

3. Review of the form titled "Emergency Release Waiver", which was dated 02/12/2015, found the following:

- at the top right hand section of the form was two patient identification stickers:

The first contained the patient's name, date of birth of ████████, medical record number (MR#) of ████████ and patient number (PT#) of ████████.

The second contained the name "UNKNOWN, PATIENT", date of birth of ████████, MR# of ████████, and barcode of V2660189473.

- 2 units of uncrossmatched (Group O-Negative Packed Cells) were requested.

- the box next to the statement "Crossmatch of donor blood with patient's blood for compatibility was NOT completed." was marked.

- 4 unit tag stickers were present, all of which were type O Negative, and had expiration dates of 03/05/2015, 03/09/2015, 03/17/2015, and 03/18/2015.

- next to the unit tag sticker W204215165761 O Negative with an expiration date of 03/05/2015 was a handwritten note which stated "transfused".

- the date and time of 02/12/2015 and 13:55 was indicated at the bottom of the page with the physician's signature and printed name.

- a handwritten note at the bottom of the page stated "ONLY ONE UNIT GIVEN".

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: 09M611          Facility ID: OHC05083          If continuation sheet Page 158 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489788

DEPARTMENT OF HEALTH AND HUMAN SERVICES

FORM APPROVED

CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 158 | D5551 | | |

D5551 — Continued From page 158

**4. TP #9** attempted to retrieve the testing and transfusion data for the patient with the MR # of ▓▓▓▓ and PT# of ▓▓▓▓▓▓ in the LIS. The LIS indicated that a type and screen (TS) was completed on 02/12/2015 at 5:05 PM. No indication of a transfusion or blood product unit issued was present. TP #9 went to consult with TS #9 and find out why the LIS did not contain a transfusion record. The interview occurred 03/12/2015 at 11:38 AM.

5. Surveyor #1 went to TS #9's office to follow-up with the identified discrepancy. TS #9 stated the unknown patient and the patient with the MR # of ▓▓▓▓ and PT# of ▓▓▓▓▓▓ LIS blood bank records were supposed to have been merged in the LIS but were not.

TS #9 further stated the hospital's information technology department (CPI) were the only individuals who can merge the two accounts and the request for merging the patient was sent right after the post transfusion testing was completed.

Lastly, TS #9 stated the laboratory did not have any documentation demonstrating when they submitted the merge request for this patient to CPI. The interview occurred 03/12/2015 at 11:40 AM.

6. Review of the LIS blood bank patient record for the patient with the MR# of ▓▓▓▓ and PT# ▓▓▓▓▓▓ found:

- no record of a transfusion or compatibility testing information on the screen titled "Blood Bank Administrative Data"

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489789

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FORM APPROVED
CENTERS FOR MEDICARE & MEDICAID SERVICES
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 159<br><br>- the statement "***No transfusion data found***" on the screen titled Patient history Transfusion Data.<br><br>- on both aforementioned screens, the headings titled "RC Units Transf" and "Last Transf" were blank.<br><br>RC - Red Cell<br>Transf - Transfused/Transfusion<br><br>7. Review of the LIS blood bank unit history documentation for the packed red blood cell unit (PRBC) W204215165761 found:<br><br>- The unit was assigned the status of "AVAILABLE" on 02/05/2015 at 7:54 AM.<br><br>- The unit was assigned the status of "ALLOCATED" on 02/06/2015 at 11:02 PM to a patient with a MR# of ▓▓▓▓▓▓.<br><br>- The unit was assigned the status of "ISSUED" on 02/06/2015 at 11:03 PM to a patient with a MR# of ▓▓▓▓▓▓<br><br>- The unit was assigned the status of "AVAILABLE" on 02/06/2015 at 11:37 PM with the comment "OK for processing".<br><br>*Please Note: the unit was returned to the blood bank department greater than (>) 30 minutes after issue. No documentation of the unit's temperature when returned was present. (Refer to D5555)<br><br>- The unit was assigned the status of "ALLOCATED" on 02/07/2015 at 1:45 PM to the patient "UNKNOWN,PATIENT" with the MR# | D5551 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489790

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 160 | D5551 | | |

D5551 Continued From page 160

- The unit was assigned the status of "ISSUED" on 02/12/2015 at 1:00 PM to the patient "UNKNOWN,PATIENT" with the MR# ▮▮▮▮▮

- **The unit was assigned the status of "ISSUED, FINAL"** on 02/14/2015 at 7:49 AM to the patient "UNKNOWN,PATIENT" with the MR# ▮▮▮▮▮

8. Review of the document titled "OR Pick up Slip", provided by TS #9, found a patient identification sticker which contained the patient's name, date of birth of ▮▮▮▮▮ MR# of ▮▮▮▮▮, and PT# of ▮▮▮▮▮▮

The word "No" was circled next to "Cooler?", "RBC's" was circled next to "Component:", the number 2 was written next to "Quantity:", and the number 6 was written next to "OR".

RBC - Red Blood Cells
OR - Operating Room

9. When asked by Surveyor #1, the CS confirmed the emergency release waiver and issue slip were the only laboratory records that indicated the patient with the MR# of ▮▮▮▮▮ and PT# of ▮▮▮▮▮▮ received the W204215165761 unit of PRBC's. The interview occurred 03/12/2015 at 11:44 AM.

10. Surveyor #1 asked TP #1 if any other record of the emergency transfusion for the patient with the MR# of ▮▮▮▮▮ and PT# of 3▮▮▮▮▮ existed. The CS and TP #1 stated a record of the transfusion may be in the HIS (EPIC). The CS attempted to locate a record of the transfusion in the HIS (EPIC) but stated they were not very

DEPARTMENT OF HEALTH AND HUMAN SERVICES

CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD<br>GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES<br>(EACH DEFICIENCY MUST BE PRECEDED BY FULL<br>REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION<br>(EACH CORRECTIVE ACTION SHOULD BE<br>CROSS-REFERENCED TO THE APPROPRIATE<br>DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 161<br><br>familiar with the HIS (EPIC). The interview occurred 03/12/2015 at 11:45 AM.<br><br>TP #1 retrieved a nurse (RN) from the hospital's Short Stay unit. The RN attempted to locate a transfusion record from 02/12/2015 in the patient's HIS (EPIC) medical record. The RN was able to locate a note in the patient's HIS (EPIC) record from 02/12/2015 under the heading "Procedure: TRANSFUSION BLOOD" that stated "nurse forgot to add procedure (noticed in General Info comments blood was given/'initials' 2-17)". The RN stated they were having a difficult time locating any record of a transfusion that occurred on 02/12/2015. The interview occurred 03/12/2015 at 12:01 PM.<br><br>The RN was able to locate a record of a type and screen which was performed on 02/12/2015 at 5:00 PM. Per the RN, the type and screen, with an expiration date of 02/15/2015, had units available for issue under the heading "Component Type" but it did not indicate a unit was transfused. The interview occurred 03/12/2015 at 12:07 PM.<br><br>The HTM stated the record should be located in the nurse's or doctor's note. The interview occurred 03/12/2015 at 12:09 PM.<br><br>TS #9 provided Surveyor #1 with a packet of records, printed from the HIS (EPIC), for the patient with the MR# of ▮▮▮ and PT# of ▮▮▮▮▮▮<br><br>Review of the packet of records found an operative report dated 02/12/2015 for the patient with a MR# of ▮▮▮ and PT# of ▮▮▮▮▮▮ which contained a note under the heading | D5551 | | |

FOIA Confidential Treatment Requested by Theranos<br>Fed. R. Crim. P. 6(e) material

THER-2489792

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5551 | Continued From page 162<br><br>"Description of Operation." which stated "Given evidence of active bleeding, blood was appropriately ordered by anesthesia."<br><br>Additionally, documents titled "Anesthesia Record", dated 02/12/2015, was included which stated "300 cc" under the headings "RBC:" and "Tot Blood Prds:". Lastly, on the documents titled "Anesthesia Record" in the column titled "Comments And Notes" a note which stated "RBC@13:09" was under the heading "Blood Product/Fluid Info".<br><br>Tot - Total<br>Prds - Products<br><br>The RN stated they were unable to locate a transfusion record for an emergency O negative unit of PRBCs. The interview occurred 03/12/2015 at 12:12 PM. | D5551 | | |
| D5555<br><br>510H<br>520H<br>530H<br>540H<br>550H | 493.1271(c)(f) IMMUNOHEMATOLOGY<br><br>(c) Blood and blood products storage. Blood and Blood products must be stored under appropriate conditions that include an adequate temperature alarm system that is regularly inspected.<br>(c)(1) An audible alarm system must monitor proper blood and blood product storage temperature over a 24-hour period.<br>(c)(2) Inspections of the alarm system must be documented.<br>(f) Documentation. The laboratory must document all control procedures performed, as specified in this section.<br>This STANDARD is not met as evidenced by:<br>Based on review of the laboratory's policies and procedures, returned unit reports, and interviews with Technical Supervisor (TS) #8, the | D5555 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489793

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5555 | Continued From page 163 | D5555 | | |
| | Compliance Specialist (CS), and Testing Personnel (TP) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to ensure and document that blood products were within acceptable temperature ranges when returned to the laboratory after issue. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's procedure titled "Department of Laboratories - Transfusion Service Quality Program" found the following statements: | | | |
| | "Section 5: Process Control 5.24 Reissue of Blood, Blood Components MMH Blood Transfusion Service only reissues blood or blood components if the following conditions have been observed: - The container closure has not been disturbed - The appropriate temperature has been maintained - For Red Cell components, at least one sealed segment of integral donor tubing has remained attached to the container. Removed segments shall be reattached only after confirming that the tubing identification numbers on both the removed segment(s) and the container are identical - The records indicate that the blood or blood components has been inspected and that it is acceptable for reissue" | | | |
| | "Section 7: Deviations, Nonconformances, and Adverse Events: 7.1 Nonconformances: 7.1.2 Blood, components, critical materials or | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489794

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH  44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5555 | Continued From page 164 | D5555 | | |
| | services that do not conform to specified requirements are prevented from unintended distribution or use." | | | |
| | "Section 7: Deviations, Nonconformances, and Adverse Events: 7.1 Nonconformances: 7.1.4 Released Nonconforming Blood, Blood Components, Tissues or Derivatives: Blood and Blood Components that are determined after release not to conform to specified requirements shall be evaluated to determine the effect of the nonconformance of the quality of the product. In cases where quality may have been affected, the nonconformance shall be reported to the customer. Records of the nature of the nonconformance and subsequent actions taken, including acceptance for use, shall be maintained." | | | |
| | 2. In verbally describing the laboratory's blood product issuing processes to Surveyor #1, TP #9 stated if a unit is issued and returned within 30 minutes of issue then it is reallocated in the Laboratory Information System (LIS). | | | |
| | TP #9 further stated the laboratory performs a visual inspection of the unit prior to reallocation but does not verify or document the temperature of the returned unit. | | | |
| | Lastly, TP #9 stated testing personnel do not check the temperatures of unit(s) returned from the floors because temperature indicator stickers are not affixed to the unit(s) prior to issue. The interview occurred 03/10/2015 at 1:42 PM. | | | |
| | Surveyor #1 also asked TP #9 to describe the laboratory's emergency O Negative release | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489795

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5555 | Continued From page 165

procedures. TP #9 stated the units are issued to the emergency department in coolers and the unit(s) contain temperature indicator stickers. If the unit(s) are returned unused, the TP check the temperature stickers to ensure the temperature is below 6 degrees Celsius. The surveyor asked TP #9 if the temperature of the returned unit(s) are documented. TP #9 stated the laboratory does not document the temperature of the returned unit(s). The interview occurred 03/10/2015 at 1:46 PM.

TS #8, who was present during the interview of TP #9, informed TP #9 that TP should be verifying and documenting the temperature of red cell unit(s) returned to the blood bank. The statement occurred 03/10/2015 at 1:49 PM.

3. Surveyor #1 requested the laboratory's returned blood product(s) policy and procedure from TS #8 and the CS. Review of the provided policy and procedure titled "Cooler Transport and Storage of Blood and Thawed Frozen Plasma" and blank form titled "Return of Blood Product Worksheet" found the following:

"Cooler Transport and Storage of Blood and Thawed Frozen Plasma
Procedure:
Release of units from the Blood Bank to Surgery:
4. Attach an activated Hemotemp(c) indicator on the back of each unit."

"Cooler Transport and Storage of Blood and Thawed Frozen Plasma
Procedure:
Return of Cooler From Surgery:
3. Perform a visual inspection of the unit(s).
4. Check the temperature of the unit(s) to see | D5555 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489796

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5555 | Continued From page 166 | D5555 | | |

whether it is between 1-6 degrees Celsius. (Check the Hemotemp indicator on the back of the unit(s)).
5. If the unit(s) is acceptable, return the unit(s) to the blood storage refrigerator crossmatch shelf (B2) and update the unit status in the Sunquest computer system.

   From the Blood Bank tab in Sunquest, double click on the 'Blood Status Update' icon to change the status of the unit. Enter or scan the unit number and component type. Enter the date and time the unit was returned, select INV to return the unit back the inventory, and press the tab button. After the visual inspection has been completed, check the box marked 'Yes' next the 'Pass Visual Inspection'. Select a reason code from the '...' search list, or enter a free text comment and click 'Add'. When the code or free text comment is displayed in the window, click on 'Save'. Select the new status of the unit from the drop down box as either 'Allocated' if you wish to keep the unit allocated to the current patient, or 'Released' if you want to release the unit back to the inventory. Click on 'Save' to finish."

"Cooler Transport and Storage of Blood and Thawed Frozen Plasma
Procedure Notes:
7. If the unit(s) is returned without the Hemotemp indicator (Blood Bank personnel did not attach one), place another activated indicator on the back of the unit(s) to check the temperature and verify acceptance or rejection. A missing indicator alone is not valid criteria to discard the unit. If the unit(s) was returned in the cooler, and a valid temperature can be established, the unit can be placed back into the general inventory or allocated to the patient. If Hemotemp indicator

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489797

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5555 | Continued From page 167 | D5555 | | |
| | was removed by transfusing personnel, contact BB Team Leader or senior Blood Bank Technologist for further instructions." | | | |
| | Review of the "Return of Blood Product Worksheet" did not find any instruction or heading for verifying or documenting the temperature of the issued unit(s). | | | |
| | 4. Surveyor #1 requested records of all blood compnent unit(s) that were issued and then returned to the blood bank in 2013, 2014, and 2015 from the CS and TS #9. Review of the provided documentation found: | | | |
| | 90 blood product units were issued and returned in 2013, 2014, and 2014. | | | |
| | 68 out of 90 blood product units were issued for one patient, returned, and reissued to a different patient. | | | |
| | 2 out of 90 blood product units were issued for one patient, returned, issued to a second patient, returned, and then issued to a third patient. | | | |
| D5559 | 493.1271(e)(f) IMMUNOHEMATOLOGY | D5559 | | |
| 510H 520H 530H 540H 550H | (e) Investigation of transfusion reactions. (e)(1) According to its established procedures, the laboratory that performs compatibility testing, or issues blood or blood products, must promptly investigate all transfusion reactions occurring in facilities for which it has investigational responsibility and make recommendations to the medical staff regarding improvements in transfusion procedures. (e)(2) The laboratory must document, as applicable, that all necessary remedial actions are | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489798

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5559 | Continued From page 168 | D5559 | | |
| | taken to prevent recurrences of transfusion reactions and that all policies and procedures are reviewed to assure they are adequate to ensure the safety of individuals being transfused. (f) Documentation. The laboratory must document all control procedures performed, as specified in this section. This STANDARD is not met as evidenced by: Based on review of the laboratory's policies and procedures and transfusion reaction workup documentation, the laboratory failed to promptly investigate all transfusion reactions occurring in facilities for which it has investigational responsibility. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Department of Laboratories - Transfusion Service Quality Program" found the following statements: | | | |
| | "Section 7.4 Adverse Events of Transfusion: All suspected transfusion complications are evaluated promptly and reviewed by the Transfusion Service Medical Director." | | | |
| | "Section 7.4 Adverse Events of Transfusion: 7.4.2 Laboratory Evaluation and Reporting of Immediate Transfusion Reactions: 7.4.2.3 Interpretation of the evaluation by the Medical Director shall be recorded in the patient's medical record and, if suggestive of hemolysis, bacterial contamination, TRALI, or other serious adverse event related to transfusion, the interpretation shall be reported the patient's physician immediately." | | | |
| | - Review of the laboratory's procedure titled | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 169 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489799

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5559 | Continued From page 169 | D5559 | | |
| | "Investigation of Transfusion Reactions" found the following statements: | | | |
| | "NOTE: If no atypical results or discrepancies are found, additional testing is not required. Tier 1 Transfusion Reaction Investigation is complete pending a Pathologist's final interpretation and signature. Document tech signature and date and post at the technical manager's desk for review. Place the blood bag and administration set in quarantine in the storage refrigerator, right-hand side, bottom shelf. Blood bag must be kept for 7 days post transfusion." | | | |
| | "Procedure Notes: NOTE: additional units of blood CAN NOT be released from the Blood Bank for transfusion until transfusion reaction investigation testing has taken place and a hemolytic transfusion reaction has been ruled out. Tier 1 testing must be complete and no discrepancies noted. In the event that blood or blood components are needed before an investigation is completed, a blood bank waiver must be signed by a physician indicating that all testing has not been completed." | | | |
| | - Review of the policy and procedure numbered "LTR 54836" found the following statements: | | | |
| | "Transfusion Reaction Investigation: Turnaround Time: Preliminary investigation (checks for clerical errors, hemolysis, and DAT): approximately 15 minutes. Other Studies: 24 hours or more." | | | |
| | 2. Review of the laboratory's 22 transfusion reaction records from 2013, 2014, and 2015 found the following turnaround times (TAT) for | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489800

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Case 5:18-cr-00258-EJD Document 1665-7 Filed 11/30/22 Page 182 of 378 PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | 36D0688090 | | | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD<br>GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5559 | Continued From page 170<br><br>pathologist (Path.) interpretation (interp.) of transfusion reaction (TRX) workups:<br><br><br>Date TRX | D5559 | | |

|  | Patient MRN: | Initial Workup: | Date of Path. Interp.: | TAT (days): |
|---|---|---|---|---|
|  |  | 05/20/2014 | 06/03/2014 | 14 |
|  |  | 08/27/2013 | 09/09/2013 | 13 |
|  |  | 03/06/2014 | 03/19/2014 | 13 |
|  |  | 04/05/2013 | 04/16/2013 | 11 |
|  |  | 08/08/2013 | 08/19/2013 | 11 |
|  |  | 07/02/2013 | 07/10/2013 | 8 |
|  |  | 05/26/2014 | 06/03/2014 | 8 |
|  |  | 11/17/2013 | 11/25/2013 | 8 |
|  |  | 03/16/2014 | 03/24/2014 | 8 |
|  |  | 05/26/2014 | 06/03/2014 | 8 |
|  |  | 05/06/2013 | 05/13/2013 | 7 |
|  |  | 01/29/2013 | 02/04/2013 | 6 |
|  |  | 07/09/2014 | 07/15/2014 | 6 |
|  |  | 12/26/2014 | 12/29/2014 | 3 |
|  |  | 06/30/2014 | Unknown* |  |
|  |  | 12/16/2013 | 12/13/2013 | 3 |
|  |  | 01/16/2014 | 01/20/2014 | 2 |
|  |  | 03/16/2014 | 03/18/2014 | 2 |
|  |  | 11/25/2013 | 11/26/2013 | 1 |
|  |  | 01/24/2014 | 01/24/2014 | 0 |
|  |  | 10/29/2013 | 10/29/2013 | 0 |
|  |  | 03/17/2014 | 03/17/2014 | 0 |

| D5609 | *The pathologist interpretation was not dated.<br>493.1273(e)(f) HISTOPATHOLOGY | D5609 | | |
|---|---|---|---|---|
| 610H | (e) The laboratory must use acceptable terminology of a recognized system of disease nomenclature in reporting results.<br>(f) The laboratory must document all control procedures performed, as specified in this | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489801

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5609 | Continued From page 171 | D5609 | | |
| | section. | | | |
| | This STANDARD is not met as evidenced by: Based on review of the laboratory's policies and procedures, Histopathology slide stain reactivity quality control (QC) documentation, and an interview with the Laboratory Director (LD) and Quality Coordinator #1 (as listed on the Laboratory Personnel Report (CLIA Forms CMS-209 signed by the LD on 03/09/2015), the laboratory failed to document all histopathology control procedures performed. | | | |
| | Findings Include: | | | |
| | 1.  Review of the laboratory's policy and procedure titled "Quality Control in Histology" found the following statements: | | | |
| | "Staining:  The stains are checked for their intended reactivity.  The quality of the cytoplasmic and nuclear staining is assessed.  Poor quality may be due to over or under staining of cells." | | | |
| | "Special Stains:  Controls are to be documented for their intended reactivity (i.e., controls are acceptable) in the log or the pathology report before reporting patient results." | | | |
| | "Immunohistochemistry Controls:  Controls are to be documented for their intended reactivity (i.e., controls are acceptable) in the log or the pathology report before reporting patient results." | | | |
| | "All Stains are checked for their intended reactivity and results documented each day of use in the 'H&E, SPECIAL STAINS & IHC SLIDE QUALITY CONTROL LOG'." | | | |
| | 2.  Review of the laboratory's 2013, 2014, and | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 172 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489802

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5609 | Continued From page 172 | D5609 | | |
| | 2015 "H&E, Special Stains & IHC Slide Quality Control Log" found a monthly chart format with the following column headings:  "Date", "PTH", "Sectioning", "Staining" ("Nuc"  "Cyto"), "Labeling", "Mounting", "Cover-Slipping", "Special Stains" ("+"  "-"), "IHC Controls" ("+"  "-"), and "Comments and/or Corrective Action". | | | |
| | Further review of the "H&E, Special Stains & IHC Slide Quality Control Log" found the following information below the chart: | | | |
| | "Pathologist (PTH) will initial this sheet on days slides are reviewed.  Entries are placed in the appropriate column.  For special stains and IHC (Immunohistochemistry) indicate whether the positive (+) and negative (-) controls stained appropriately.  If the technical quality is less than satisfactory, an entry will be placed in the comment column. | | | |
| | P=Poor; F=Fair; G=Good.  Nuclear;  Muddy, Crisp;  v=OK;  ? None Received" | | | |
| | No documentation of the actual stain reactivity and/or observation were present. | | | |
| | 3.  The LD and Quality Coordinator #1 confirmed that no documentation of the actual stain reactivity and/or observations were recorded. The LD and Quality Coordinator #1 explained letters or symbols are documented if the quality of the stain reactivity is acceptable.  The LD and Quality Coordinator #1 confirmed no definition of acceptable or intended stain reactivity was provided.  The interview occurred on 03/12/2015 at 9:21 AM. | | | |
| D5789 | 493.1283(b) TEST RECORDS | D5789 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:O9M611        Facility ID: OHC05083        If continuation sheet Page 173 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH  44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5789 320M 400H | Continued From page 173

Records of patient testing including, if applicable, instrument printouts, must be retained. This STANDARD  is not met as evidenced by:  Based on review of the laboratory's policies and procedures, quality control (QC), patient test worksheets, instrument printouts, and interviews with Technical Supervisor (TS) #9 and Testing Personnel (TP) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to retain urinalysis and automated body fluid count instrument printouts and manual body fluid differential worksheets .

Findings Include:

1.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and Performance Improvement (P.I.) Plan" found the following statements:

"7.  Documents and Records: All records and materials are retained for an appropriate length of time as required by regulatory agencies (See Record and Material Retention Policy in the General Laboratory Manual)."

2.  Surveyor #2 requested the laboratory's 2013, 2014, and 2015 Clinitek Advantus urinalysis analyzer instrument printouts for QC and patient testing from TS#9 and TP#9.  TS#9 and TP#9 stated the laboratory shreds the urine analyzer printouts periodically.  The interview occurred on 03/10/2015 at 11:50 AM.

3.  Surveyor #2 requested the laboratory's 2013 | D5789 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489804

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5789 | Continued From page 174 | D5789 | | |
| | manual body fluid differential worksheets and automated body fluid cell count instrument printouts from TS#9.  TS#9 stated they were unable to locate January through March and July through December 2013 test records.  The interview occurred on 03/10/2015 at 1:25 PM. | | | |
| D5791 320M 400H | 493.1289(a)(c) ANALYTIC SYSTEMS QUALITY ASSESSMENT | D5791 | | |
| | (a) The laboratory must establish and follow written policies and procedures for an ongoing mechanism to monitor, assess, and when indicated, correct problems identified in the analytic systems specified in §§493.1251 through 493.1283. (c) The laboratory must document all analytic systems assessment activities. | | | |
| | This STANDARD  is not met as evidenced by: Item 1: | | | |
| | Based on review of the laboratory's policies and procedures, 2014 Quality Summary, and quality assessment (QA) documentation, the laboratory failed to follow written policies and procedures for an ongoing mechanism to monitor, assess, and when indicated, correct problems identified in the analytic systems specified in §§493.1251 through 493.1283. | | | |
| | Findings Include: | | | |
| | 1.  Review of the laboratory's policy and procedure titled "Department of Laboratories Policy Manual Quality Management (Q.M.) and Performance Improvement (P.I.) Plan" found the following statements: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489805

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 175 | D5791 | | |

"Procedure

Some crucial elements of the Laboratory QM and PI Plan include use of established concepts of quality control (QC) supplemented with additional processes of Quality Improvement/Assurance (QI/QA) and involve analysis of high risk, high volume and problem prone activities."

"Procedure

QI/QA is process oriented and concerns itself with outcomes, results, ends and information content (problem finding and problem solving activities). Continuous monitoring, analysis and improvement represent the core of this function and are supplemented by on-going comparison with other establishments enrolled in similar pursuits."

"1. Organization:
The laboratory Medical Director has ultimate responsibility for all quality management activities in the laboratory and the Laboratory Manager is responsible to ensure that the plan is being carried out as written.  He/she will review QC from all areas on at least a monthly basis or more frequently, if necessary.  Any variances in the program are to be discussed by the Laboratory Manager with the Director so that any problems identified can be rectified and the plan can operate in an optimal manner."

"1. Organization:

Each Team Leader or Section Head is responsible for implementation and oversight of this plan in their section.  The Team Leader, Section Head or alternate are to ensure active

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489806

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 176 | D5791 | | |
| | review of the QC program in their section on all shifts on a regular basis and as specified in each section manual." | | | |
| | "3. Equipment: | | | |
| | The acceptability and/or performance limits for the instruments, service records (contract if utilized) and other necessary documentation are to be reviewed, updated and saved." | | | |
| | "4. Supplies and Suppliers: | | | |
| | Reagents, Chemicals, Media, Standards, Controls and Water: Items used must meet or exceed requirements set forth by appropriate accreditation agencies and/or organizations. All such items (except water when produced in the laboratory) are to be properly labeled, as applicable and appropriate, as to their content, quality, concentration or titer, storage requirements, and dated upon receipt or preparation and when placed in use. All such items upon receipt (or prior to being placed in use) are to be checked to see if they are satisfactory (including not past expiration date) and received without damage. All containers are to be stored in accordance with labeling requirements. They will be marked (when required) as to: date received, date opened, expiration date. They are to be removed from the usual storage place after the expiration date and discarded in a safe and acceptable manner. Any of these items are not used past the expiration date." | | | |
| | "6. Process and Performance Control: | | | |
| | Quality control data is generated and used daily. | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete    Event ID: O9M611    Facility ID: OHC05083    If continuation sheet Page 177 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489807

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 177 | D5791 | | |
| | Control results are established by calculating the mean and standard deviations for appropriate tests on a regular basis.  Tolerance limits are defined for control procedures and details pertaining to appropriate corrective action to be undertaken when controls exceed defined tolerance limits are to be indicated in each section.  An active and on-going review of all these parameters including reagents, equipment and instrument maintenance (from all three shifts) is to be undertaken by the Team Leader/Section Head or designated alternate.  Review is to be performed concurrently and on a daily basis.  Corrective action when quality control results indicate lack of process control will be taken before patient testing is permitted.  This QC program applies to all sections and shifts; sections may have additional section specific QC related items." | | | |
| | "6.  Process and Performance Control: | | | |
| | Each section has a detailed Quality control (QC) program.  Appropriate statistical (QC) data is maintained.  Frequency of review of such data and appropriate corrective action to be undertaken are indicated in the QC program of each section.  All QC, from the three shifts, is reviewed on a regular basis (daily, weekly and monthly depending on the nature of the data) by the Team Leader or alternate.  All test results and reports from various shifts are also reviewed by the next regular workday.  Review is to be indicated by initialing and dating the appropriate document." | | | |
| | "7.  Documents and Records: | | | |
| | The laboratory shall ensure that documents are | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489808

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 178 | D5791 | | |
| | identified, reviewed, approved, and retained and that records are created, stored, and archived in accordance with established policies. The laboratory maintains a complete set of current Policies and Procedures that apply to the Lab. They are readily available to personnel at the workbench in each section as hard copies or online.  Institutional policies are available online. When an electronic manual is used, a backup hard copy or storage device will be available that can be accessed within a reasonable time to satisfy relevant needs and requirements." | | | |
| | "7.  Documents and Records: | | | |
| | All records and materials are retained for an appropriate length of time as required by regulatory agencies (See Record and Material Retention Policy in the General Laboratory Manual)." | | | |
| | "7.  Documents and Records: | | | |
| | When a new procedure is initiated, all details pertaining to the evaluation process are to be appended to the written procedure.  This will include what testing was undertaken prior to implementation and the supporting data.  Also, include documented review of the results by the Team Leader and Pathologist." | | | |
| | "8.  Occurrence Management: | | | |
| | There is ON-GOING MONITORING in all areas and on all shifts with special emphasis on reference laboratory, information system (IS) functions, irregular occurrences, incident reports, laboratory accidents and evaluation of problems which are detected by personnel or reported at | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489809

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 179<br><br>meetings or brought to the attention of laboratory staff either internally or externally by sources such as *patients, nurses, physicians, volunteers, visitors, etc.  Every occurrence, be it internal or external, is documented in SERS (Safety Event Reporting System)."<br><br>"8.  Occurrence Management:<br><br>After investigation, appropriate corrective steps with resolution and preventative actions are undertaken by the laboratory management team."<br><br>"8.  Occurrence Management:<br><br>While every effort is undertaken to prevent errors, when an error is detected (or brought to our attention), it is to be investigated immediately and appropriate corrective action undertaken.  When a significant error is detected (or brought to out attention), which may have an immediate and harmful impact on the well being of a patient, this is to be brought to the immediate attention of the attending physician and/or unit nurse.  While this is usually done after consulting with the Pathologist, in instances where time is a critical factor it may be necessary for the laboratory personnel to inform the attending physician or unit nurse first and the Pathologist subsequently.  Instances of such a nature would include mismatched blood or components released for transfusion, significantly elevated chemical values; erroneous test data released which may lead to invasive intervention by the physician, etc."<br><br>"10.  Process and Performance Improvement:<br><br>An annual evaluation/review is undertaken by the | D5791 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489810

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 180<br><br>Director and Laboratory Manager for assessing the objectives, scope, organization and effectiveness of the Plan so as to make appropriate changes (when necessary) to the performance improvement activities; address issues and concerns identified through various reporting mechanisms and look at the strategic direction outlined in yearly Department reports."<br><br>2.  Review of the laboratory's "Performance Improvement Report" from January 2013 through December 2014 revealed the following statements:<br><br>"Problem:  To identify any potential laboratory errors that may have occurred during this time period due to detected laboratory gaps."<br><br>"Sample Size:<br>A random sample of 120 patient charts was reviewed during the following time frames:<br>    February 2013<br>    September 2013<br>    February 2014<br>    September 2014<br>Approximately 30 patients for each of the months were reviewed.<br><br>Acceptance Criteria:<br>All results should be concordant, without deviations that impact clinical decision making.<br><br>Evaluation/Action:<br>The charts were reviewed by a clinical nurse who found no inconsistencies.  There were six patient charts that require additional examination by 'previous LD'.  'Previous LD's' review of the data and additional examination of six patient charts also concurred that there were no inconsistencies | D5791 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489811

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 181<br><br>between the laboratory's test results and the patient's clinical course.<br><br>Conclusion<br> The audit was accepted as showing no detectable or significant discrepancies were found. No laboratory errors or deviations were detected that attributed to any patient safety concerns."<br><br>3.  Review of the laboratory's "2014 Quality Summary" revealed the laboratory's "2014 Patient Safety Monitors" for the analytic system as listed below:<br><br>"3.  Analytic:  Error corrections<br>  4.  Analytic:  Amended reports<br>  5.  Analytic:  ED turn around times"<br><br>4.  Surveyor #2 requested the laboratory's 2014 analytic system QA documentation from TS#9. TS#9 provided electronic graphs regarding blood culture contamination rates, emergency department turn around times, stroke protocol turn around times, and specimen integrity logs.<br><br>On the dates of survey, the following failures in quality were identified:<br><br>D5401   D5413   D5415   D5417   D5421   D5429<br>D5431   D5433   D5437   D5439   D5447   D5463<br>D5471   D5485   D5543   D5545   D5551   D5555<br>D5559   D5609   D5789<br><br>The laboratory failed to provide documentation demonstrating the monitoring, identifying, and correcting of failures in quality that addressed all facets of the analytic system. | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  182 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 182 | D5791 | | |
| | Item 2: | | | |
| | Based on review of the laboratory's policies and procedures, quality control (QC) Levey Jennings graphs, calibration documentation, and an interview with Technical Supervisor (TS) #9  (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to correct problems identified in the analytic systems for the subspecialty of coagulation. | | | |
| | Findings Include: | | | |
| | 1.  Review of the laboratory's policy and procedure titled "Manual of Operations Quality Control Policy and Procedure" found the following statements: | | | |
| | "II.  Quality Control (QC) H. Review 1.  Daily and/or Weekly Quality Control Review | | | |
| | 1) Check for appropriate QC failure corrective action (QC modifiers) documentation. 2) Check for any possible trends, shifts or chronic failures as applicable. 3) Take appropriate actions to correct where necessary.  Document any actions on outlier report. 4) Initial report indicating review. 5) Bring chronic problems to the attention of the supervisory personnel and/or staff." | | | |
| | "II.  Quality Control (QC) H. Review 2.  Monthly Review | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489813

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 183 | D5791 | | |
| | For quantitative assays, quality control statistics are performed at least monthly to define analytic imprecision and to monitor trends over time.  The laboratory must use statistical methods such as calculation SD and CV at specified intervals to evaluate variance in numeric QC data. | | | |
| | a.  Medical Director or designee must review and sign the QC report. | | | |
| | Review the monthly QC report for the following: 1)  Trends, shifts and corrective action 2)  Means, standard deviation and coefficient of variation for the current month are compared with the previous months and the expected values if applicable. 3)  Determine if the QC ranges need to be updated 4)  Assess need for further or additional corrective action or procedural changes" | | | |
| | "IV.  QC Action Guidelines for Quantitative and Semi-Quantitative/Qualitative Testing A.  Daily Quality Control Action Procedure for Quantitative Tests 8.  Shifts and Trends a.  The detection of shifts and trends will be monitored in the Sunquest laboratory computer system with the appropriate Westgard Rules, including, but not limited to: | | | |
| | R2S3:  Two out of three consecutive QC results are greater than two SD on the same side of the mean. | | | |
| | R41S:  Four consecutive QC results are more than one SD away from the mean in the same direction." | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489814

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 184 | D5791 | | |
| | "IV.  QC Action Guidelines for Quantitative and Semi-Quantitative/Qualitative Testing | | | |
| | A.  Daily Quality Control Action Procedure for Quantitative Tests | | | |
| | 8.  Shifts and Trends | | | |
| | c.  The testing personnel are responsible for investigating and determining if a corrective action is required.  If investigation indicated potential incorrect patient results, do not release patient results until the problem has been corrected or an alternative procedure employed.  If the testing personnel feel that corrective action, such as a calibration, is indicated, that action should be taken and documented.  The run should be checked or repeated as appropriate." | | | |
| | 2.  Review of the laboratory's "Performance Improvement Report" from January 2013 through December 2014 revealed the following statements: | | | |
| | "Problem:  To identify any potential laboratory errors that may have occurred during this time period due to detected laboratory gaps." | | | |
| | "Sample Size: A random sample of 120 patient charts was reviewed during the following time frames: February 2013 September 2013 February 2014 September 2014 Approximately 30 patients for each of the months were reviewed. | | | |
| | Acceptance Criteria: All results should be concordant, without deviations that impact clinical decision making. | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page 185 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489815

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 185 | D5791 | | |

Evaluation/Action:
  The charts were reviewed by a clinical nurse who found no inconsistencies.  There were six patient charts that require additional examination by 'name previous LD'.  'Name of previous LD's' review of the data and additional examination of six patient charts also concurred that there were no inconsistencies between the laboratory's test results and the patient's clinical course.

Conclusion
  The audit was accepted as showing no detectable or significant discrepancies were found. No laboratory errors or deviations were detected that attributed to any patient safety concerns."

3.  Review of the laboratory's 2014 and 2015 QC "Levey Jennings Charts" for D-Dimer and Fibrinogen testing revealed cover pages for each of the 2014 Levey Jennings graphs that stated:

"GAP analysis was performed on all reviewable forms within the laboratory.  Multiple occurrences were observed where review was not documented.  During retroactive analysis of forms no trends were noted.  Corrective action includes review of forms by the designee 'TS#8' or 'TS#9' at stated intervals and monthly review by technical supervisors 'TS#8' or 'TS#9' approved by the medical director 'LD' effective immediately."  Signed by LD and dated 2/25/15

Review of the 2014 and 2015 monthly D-Dimer and fibrinogen QC Levey Jennings graphs and instrument calibration printouts for both of the laboratory's coagulation analyzers (SN: A7391 and A8134) found the following:

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489816

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 186<br>CA-1500 (A7391)<br>D-Dimer Control 1<br>February 2014 - 33 points below the mean<br>  reviewed by an individual not listed on CMS-209<br>  3/3/14<br>March 2014 - 18 points below the mean and a<br>  second shift of 23 points below the mean<br>  reviewed by TS#8 3/3/15<br>April 2014 - 50 points below the mean<br>  reviewed by TS#8 3/3/15<br>May 2014 - 37 points below the mean and a<br>  second shift of 15 points below the mean<br>  reviewed by TS#8 3/3/15<br>June 2014 - 44 points below the mean<br>  reviewed by TS#8 3/3/15<br>Calibration performed 6/25/2014<br>  reviewed by TS#8 3/3/15<br>July 2014 - 17 points below the mean and a<br>  second shift of 32 points below the mean<br>  reviewed by TS#8 3/3/15<br>Calibration performed 7/4/2014<br>  reviewed by TS#8 3/3/15<br>August 2014 - 28 points below the mean<br>  reviewed by TS#8 3/3/15<br>September 2014 - 39 points below the mean<br>  reviewed by TS#8 3/3/15<br>Calibration performed 9/22/2014<br>  reviewed by TS#8 3/3/15<br>October 2014 - 25 points above the mean<br>  reviewed by TS#8 3/3/15<br>Calibration performed 11/10/2014<br>  reviewed by TP#9 11/10/14<br>November 2014 - 20 points above the mean<br>  reviewed by TS#8 3/3/15<br>Calibration performed 11/21/2014<br>  reviewed by TS#8 3/3/15<br>January 2015 - 12 points above the mean and a<br>  second shift of 13 points above the mean<br>  NO REVIEW DATE/INITIALS | D5791 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete      Event ID:O9M611      Facility ID: OHC05083      If continuation sheet Page 187 of 333

FOIA Confidential Treatment Requested by Theranos<br>Fed. R. Crim. P. 6(e) material

THER-2489817

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 187 | D5791 | | |
| | D-Dimer Control 2 | | | |
| | February 2014 - 19 points below the mean and a second shift of 28 points below the mean reviewed by an individual not listed on CMS-209 3/3/14 | | | |
| | March 2014 - 44 points below the mean reviewed by TS#8 3/3/15 | | | |
| | April 2014 - 50 points below the mean reviewed by TS#8 3/3/15 | | | |
| | May 2014 - 42 points below the mean and a second shift of 12 points below the mean reviewed by TS#8 3/3/15 | | | |
| | June 2014 - 39 points below the mean reviewed by TS#8 3/3/15 | | | |
| | Calibration performed 6/25/2014 reviewed by TS#8 3/3/15 | | | |
| | July 2014 - 50 points below the mean reviewed by TS#8 3/3/15 | | | |
| | Calibration performed 7/4/2014 reviewed by TS#8 3/3/15 | | | |
| | August 2014 - 24 points below the mean reviewed by TS#8 3/3/15 | | | |
| | September 2014 - 21 points below the mean and a second shift of 19 points below the mean reviewed by TS#8 3/3/15 | | | |
| | Calibration performed 9/22/2014 reviewed by TS#8 3/3/15 | | | |
| | Fibrinogen Citrol 1 | | | |
| | May 2014 - 24 points below the mean reviewed by TS#8 3/3/15 | | | |
| | July 2014 - 12 points below the mean reviewed by TS#8 3/3/15 | | | |
| | August 2014 - 18 points below the mean reviewed by TS#8 3/3/15 | | | |
| | September 2014 - 19 points below the mean reviewed by TS#8 3/3/15 | | | |
| | February 2015 - 11 points above the mean | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489818

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5791 | Continued From page 188<br>  reviewed by TS#8 3/3/15<br><br>Fibrinogen Abnormal Control<br>September 2014 - 17 points below the mean<br>  reviewed by TS#8 3/3/15<br>October 2014 - 13 points below the mean<br>  reviewed by TS#8 3/3/15<br><br>CA1500 (A8134)<br>D-Dimer Citrol 1<br>February 2014 - 20 points below the mean and a<br>  second shift of 13 points below the mean<br>  reviewed by an individual not listed on CMS-209<br>  3/3/14<br>November 2014 - 11 points above the mean<br>  reviewed by TS#8 3/3/15<br>January 2015 - 28 points above the mean<br>  reviewed by TS#8 2/28/15<br><br>D-Dimer Control 2<br>January 2015 - 21 points above the mean<br>  reviewed by TS#8 2/28/15<br><br>Fibrinogen Citrol 1<br>November 2014 - 10 points below the mean<br>  reviewed by TS#8 3/3/15<br>February 2015 - 10 points above the mean<br>  NO REVIEW DATE/INITIALS<br><br>4.  Surveyor #2 requested documentation of<br>corrective action taken for the D-Dimer and<br>fibrinogen QC shifts identified from TS#9.  TS#9<br>stated no additional al documentation was<br>available.  The interview occurred on 3/10/2015 at<br>10:40 AM. | D5791 | | |
| D5801<br><br>400M<br>510H | 493.1291(a) TEST REPORT<br><br>The laboratory must have an adequate manual or | D5801 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  189 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801<br>520H<br>530H<br>540H<br>550H | Continued From page 189<br><br>electronic system(s) in place to ensure test results and other patient-specific data are accurately and reliably sent from the point of data entry (whether interfaced or entered manually) to final report destination, in a timely manner.  This includes the following:<br>(a)(1) Results reported from calculated data.<br>(a)(2) Results and patient-specific data electronically reported to network or interfaced systems.<br>(a)(3) Manually transcribed or electronically transmitted results and patient-specific information reported directly or upon receipt from outside referral laboratories, satellite or point-of-care testing locations.<br>This STANDARD  is not met as evidenced by:<br>Item 1:<br><br>Based on direct observation, review of the laboratory's policies and procedures, emergency release documentation, laboratory information system (LIS), hospital information system (HIS), and interviews with Testing Personnel (TP) #1 and #9, the Compliance Specialist (CS), Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Head of Transfusion Medicine (HTM), and a "Short Stay" unit nurse, the laboratory failed to have an adequate manual or electronic system(s) in place to ensure immunohematology test results and other patient-specific data are accurately and reliably sent from the point of data entry (whether interfaced or entered manually) to final report destination, in a timely manner.<br><br>Findings Include: | D5801 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489820

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 190 | D5801 | | |
| | 1. Review of the laboratory's policies and procedures found the following: | | | |
| | - A policy titled "Department of Laboratories - Transfusion Service Quality Program" which stated: | | | |
| | "5.27 Medical Record Documentation: 5.27.1 The patient's medical record shall include: Transfusion order, documentation of patient consent, the name of the component, the donation identification number, the date and time of transfusion, pre- and post-transfusion vital signs, the amount transfused, the identification of the transfusionist, and, if applicable, transfusion-related adverse events" | | | |
| | "6.2 Records: MMH Transfusion Service ensures identification, collection, indexing, access, filing, storage and disposition of records as required by AABB Reference Standards. | | | |
| | 6.2.1 Records shall be complete, retrievable in a period of time appropriate to the circumstances and protected from accidental or unauthorized destruction or modification." | | | |
| | - A policy titled "Emergency Release of Blood - Uncrossmatched" which stated: | | | |
| | "Procedure Notes: 1. In an emergency situation where a name and medical record number is unavailable, Fill out the Emergency Release Waiver with as much information as possible. (i.e. John Doe, Jane Doe) Add name and medical record number to the Emergency Release Waiver as information becomes available." | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:O9M611        Facility ID: OHC05083        If continuation sheet Page 191 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489821

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 191 | D5801 | | |
| | "Procedure Notes: | | | |
| | 4. All testing must be completed as soon as a patient sample is available. All results are entered into the LIS." | | | |
| | 2. On 03/12/2015 at 11:30 AM Surveyor #1 requested the laboratory's emergency release documentation from 2014 and 2015 from TP #9. TP #9 provided a manila folder that contained emergency release documentation from 09/27/2014 through the dates of survey. | | | |
| | Surveyor #1 randomly selected 2 patients' emergency release records from the manila folder and requested that TP #9 locate the type, screen, and compatibility test records in the LIS that corresponded to the emergency release units. | | | |
| | 3. Review of the form titled "Emergency Release Waiver", which was dated 02/12/2015, found the following: | | | |
| | - at the top right hand section of the form was two patient identification stickers: | | | |
| | The first contained the patient's name, date of birth of ▓▓▓▓▓▓▓ medical record number (MR#) of ▓▓▓▓▓▓ and patient number (PT#) of ▓▓▓▓▓▓. | | | |
| | The second contained the name "UNKNOWN, PATIENT", date of birth of ▓▓▓▓▓▓▓▓, MR# of ▓▓▓▓▓▓, and barcode of V2660189473. | | | |
| | - 2 units of uncrossmatched (Group O-Negative Packed Cells) were requested. | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489822

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 192<br><br>- the box next to the statement "Crossmatch of donor blood with patient's blood for compatibility was NOT completed." was marked.<br><br>- 4 unit tag stickers were present, all of which were type O Negative, and had expiration dates of 03/05/2015, 03/09/2015, 03/17/2015, and 03/18/2015.<br><br>- next to the unit tag sticker W204215165761 O Negative with an expiration date of 03/05/2015 was a handwritten note which stated "transfused".<br><br>- the date and time of 02/12/2015 and 13:55 was indicated at the bottom of the page with the physician's signature and printed name.<br><br>- a handwritten note at the bottom of the page stated "ONLY ONE UNIT GIVEN".<br><br>4. TP #9 attempted to retrieve the testing and transfusion data for the patient with the MR # of ▊▊▊▊ and PT# of ▊▊▊▊▊ in the LIS. The LIS indicated that a type and screen (TS) was completed on 02/12/2015 at 5:05 PM. No indication of a transfusion or blood product unit issued was present. TP #9 went to consult with TS #9 and find out why the LIS did not contain a transfusion record. The interview occurred 03/12/2015 at 11:38 AM.<br><br>5. Surveyor #1 went to TS #9's office to follow-up with the identified discrepancy. TS #9 stated the unknown patient and the patient with the MR # of ▊▊▊▊ and PT# of ▊▊▊▊▊ LIS blood bank records were supposed to have been merged in the LIS but were not.<br><br>TS #9 further stated the hospital's information | D5801 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 193<br><br>technology department (CPI) were the only individuals who can merge the two accounts and the request for merging the patient was sent right after the post transfusion testing was completed.<br><br>Lastly, TS #9 stated the laboratory did not have any documentation demonstrating when they submitted the merge request for this patient to CPI. The interview occurred 03/12/2015 at 11:40 AM.<br><br>6. Review of the LIS blood bank patient record for the patient with the MR# of ████ and PT# ████████ found:<br><br>- no record of a transfusion or compatibility testing information on the screen titled "Blood Bank Administrative Data"<br><br>- the statement "***No transfusion data found***" on the screen titled Patient history Transfusion Data.<br><br>- on both aforementioned screens, the headings titled "RC Units Transf" and "Last Transf" were blank.<br><br>RC - Red Cell<br>Transf - Transfused/Transfusion<br><br>7. Review of the LIS blood bank unit history documentation for the packed red blood cell unit (PRBC) W204215165761 found:<br><br>- The unit was assigned the status of "AVAILABLE" on 02/05/2015 at 7:54 AM.<br><br>- The unit was assigned the status of "ALLOCATED" on 02/06/2015 at 11:02 PM to a | D5801 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489824

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 194<br>patient with a MR# of ▓▓▓▓▓▓<br><br>- The unit was assigned the status of "ISSUED" on 02/06/2015 at 11:03 PM to a patient with a MR# of ▓▓▓▓▓▓ .<br><br>- The unit was assigned the status of "AVAILABLE" on 02/06/2015 at 11:37 PM with the comment "OK for processing".<br><br>*Please Note: the unit was returned to the blood bank department greater than (>) 30 minutes after issue. No documentation of the unit's temperature when returned was present. (Refer to D5555)<br><br>- The unit was assigned the status of "ALLOCATED" on 02/07/2015 at 1:45 PM to the patient "UNKNOWN,PATIENT" with the MR# ▓▓▓▓▓ .<br><br>- The unit was assigned the status of "ISSUED" on 02/12/2015 at 1:00 PM to the patient "UNKNOWN,PATIENT" with the MR# ▓▓▓▓▓<br><br>- The unit was assigned the status of "ISSUED, FINAL" on 02/14/2015 at 7:49 AM to the patient "UNKNOWN,PATIENT" with the MR# ▓▓▓▓▓ .<br><br>8. Review of the document titled "OR Pick up Slip", provided by TS #9, found a patient identification sticker which contained the patient's name, date of birth of ▓▓▓▓▓ , MR# of ▓▓▓▓▓ and PT# of ▓▓▓▓▓ .<br><br>The word "No" was circled next to "Cooler?", "RBC's" was circled next to "Component:", the number 2 was written next to "Quantity:", and the number 6 was written next to "OR". | D5801 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489825

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING ___ | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 195<br><br>RBC - Red Blood Cells<br>OR - Operating Room<br><br>9. When asked by Surveyor #1, the CS confirmed the emergency release waiver and issue slip were the only laboratory records that indicated the patient with the MR# of ▓▓▓ and PT# of ▓▓▓ received the W204215165761 unit of PRBC's. The interview occurred 03/12/2015 at 11:44 AM.<br><br>10. Surveyor #1 asked TP #1 if any other record of the emergency transfusion for the patient with the MR# of ▓▓▓ and PT# of ▓▓▓ existed. The CS and TP #1 stated a record of the transfusion may be in the HIS (EPIC). The CS attempted to locate a record of the transfusion in the HIS (EPIC) but stated they were not very familiar with the HIS (EPIC). The interview occurred 03/12/2015 at 11:45 AM.<br><br>TP #1 retrieved a nurse (RN) from the hospital's Short Stay unit. The RN attempted to locate a transfusion record from 02/12/2015 in the patient's HIS (EPIC) medical record. The RN was able to locate a note in the patient's HIS (EPIC) record from 02/12/2015 under the heading "Procedure: TRANSFUSION BLOOD" that stated "nurse forgot to add procedure (noticed in General Info comments blood was given/'initials' 2-17)". The RN stated they were having a difficult time locating any record of a transfusion that occurred on 02/12/2015. The interview occurred 03/12/2015 at 12:01 PM.<br><br>The RN was able to locate a record of a type and screen which was performed on 02/12/2015 at 5:00 PM. Per the RN, the type and screen, with | D5801 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 196<br><br>an expiration date of 02/15/2015, had units available for issue under the heading "Component Type" but it did not indicate a unit was transfused. The interview occurred 03/12/2015 at 12:07 PM.<br><br>The HTM stated the record should be located in the nurse's or doctor's note. The interview occurred 03/12/2015 at 12:09 PM.<br><br>TS #9 provided Surveyor #1 with a packet of records, printed from the HIS (EPIC), for the patient with the MR# of ▓▓▓▓ and PT# of ▓▓▓▓▓▓▓▓<br><br>Review of the packet of records found an operative report dated 02/12/2015 for the patient with a MR# of ▓▓▓▓ and PT# of ▓▓▓▓▓▓▓ which contained a note under the heading "Description of Operation:" which stated "Given evidence of active bleeding, blood was appropriately ordered by anesthesia."<br><br>Additionally, documents titled "Anesthesia Record", dated 02/12/2015, was included which stated "300 cc" under the headings "RBC:" and "Tot Blood Prds:". Lastly, on the documents titled "Anesthesia Record" in the column titled "Comments And Notes" a note which stated "RBC@13:09" was under the heading "Blood Product/Fluid Info".<br><br>Tot - Total<br>Prds - Products<br><br>The RN stated they were unable to locate a transfusion record for an emergency O negative unit of PRBCs. The interview occurred 03/12/2015 at 12:12 PM. | D5801 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489827

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 197<br><br>Item 2:<br><br>Based on review of the laboratory's policies and procedures, activated clotting time (ACT) test records and final test reports, and interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to have an adequate manual or electronic system(s) in place to ensure activated clotting time (ACT) test results and other patient-specific data are accurately and reliably sent from the point of data entry to final report destination.<br><br>Findings Include:<br><br>1. Review of the laboratory's policy and procedure titled "Activated Clotting Time - Low Range (ACT-LR)" found the following directions:<br><br>"**Reading/Reporting Results**<br>A. **Reporting** Results/Result Format<br>1. **Upon** test completion, immediately report all test results, in seconds, to the Physician who ordered the ACT test. The results are also recorded in the 'Intra-Procedural Nursing Notes' and on the Hemochron Jr. Signature daily 'Patient Log'."<br><br>2. Review of the laboratory's 2015 ACT test records titled "HEMACHRON JR. SIGNATURE DAILY PATIENT LOG" found the following result documentation:<br><br>Date:      Time:      MR#:      Results:<br><br>1/6/15      1235      ▓▓▓▓▓▓▓      out of range - HI | D5801 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489828

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 198 | D5801 | | |

D5801 content:

```
1/9/15      ████    Unkn     HI out of range
1/14/15     ████    139710   302
1/16/15     ████    380222   High out of range
2/6/15      ████    306967   HI
2/6/15      ████    306967   248
2/10/15     ████    199970   HI out of range
2/12/15     ████    282176   HI-HI-HI out of range
2/17/15     ████    043862   265
2/23/15     ████    217918   159
1/7/15      ████    144820   154
1/9/15      ████    127813   out of range "high"
1/9/15      ████    199177   blank
1/20/15     ████    479254   out of range "high"
1/29/15     ████    463864   "out of range"
2/10/15     ████    199970   out of range
```

MR# - Medical Record Number
HI - High

3. On 03/25/2015 at 7:52 AM, Surveyor #1 requested, via electronic mail (email), final test reports for the ACT test results listed above from TS #8 and TS #9. TS #9 replied, via email, on 03/25/2015 at 5:01 PM and stated:

"In response to ODH's request received 3/25/2015 at 7:52 a.m., the lab worked to identify and obtain the requested records in EPIC. Of the 16 records requested, 9 were identified and are attached to this email transmittal.

For the remaining 7 records, the lab cannot produce records from EPIC. Prior to March 13, 2015, the results of ACT testing performed during procedures in the Operating Room (OR) (i.e., intraoperative tests) were verbally reported to the operating physician and the results of the ACT test were recorded in the OR log book. This allowed the physician to appropriately order

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 199 | D5801 | | |

medication during the procedure and respond to the results promptly. However, the Hospital recognized earlier this month that this practice could create a situation in which a patient's ACT test result was not reflected in the patient's EPIC record."

ODH - Ohio Department of Health
EPIC - Hospital's Information System

4. Review of the 9 final test reports provided by TS #9 found the following:

| Date: | Time: | MR#: | Results: |
|---|---|---|---|
| 1/6/15 | 1235 | | out of range@1235 |
| 1/14/15 | 1010 | | no result documented |
| 1/16/15 | 0938 | | High out of range |
| 2/6/15 | 1213 | | 248 |
| 1/7/15 | 1625 | | 154 |
| 1/9/15 | 0845 | | out of range "high" |
| 1/9/15 | 1515 | | ACT-279 |
| 1/20/15 | 0925 | | out of range "high" |
| 1/29/15 | 1404 | | out of range |

The following requested final test reports were not provided:

| Date: | Time: | MR#: | Results: |
|---|---|---|---|
| 1/9/15 | 1252 | Unkn | HI out of range |
| 2/6/15 | 1030 | | HI |
| 2/10/15 | 1320 | | HI out of range |
| 2/12/15 | 1432 | | HI-HI-HI out of range |
| 2/17/15 | 1319 | | 265 |
| 2/23/15 | 1135 | | 159 |
| 2/10/15 | 0820 | | out of range |

5. Included in the ACT test records was a

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489830

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5801 | Continued From page 200 | D5801 | | |
| | document that stated "GAP analysis was performed on all reviewable forms within the laboratory. Multiple occurrences were observed where review was not documented. During retroactive analysis of forms no trends were noted. Corrective action includes review of forms by the desingnee 'TS #8' or 'TS #9' at stated intervals and monthly review by technical supervisors 'TS #8' or 'TS #9', approved by the medical director 'LD' effective immediately." The document was signed by the LD and dated 02/25/2015. | | | |
| D5805 | 493.1291(c) TEST REPORT | D5805 | | |
| 400M 510H 520H 530H 540H 550H | The test report must indicate the following: (c)(1) For positive patient identification, either the patient's name and identification number, or a unique patient identifier and identification number. (c)(2) The name and address of the laboratory location where the test was performed. (c)(3) The test report date. (c)(4) The test performed. (c)(5) Specimen source, when appropriate. (c)(6) The test result and, if applicable, the units of measurement or interpretation, or both. (c)(7) Any information regarding the condition and disposition of specimens that do not meet the laboratory's criteria for acceptability. This STANDARD is not met as evidenced by: Based on review of the laboratory's policies and procedures, activated clotting time (ACT) test records and final test reports, and interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to indicate the test performed, the test result, and the units of measurement on the activated clotting time | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489831

DEPARTMENT OF HEALTH AND HUMAN SERVICES

FORM APPROVED

CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:

36D0688090 | (X2) MULTIPLE CONSTRUCTION
A. BUILDING _____

B. WING _____ | (X3) DATE SURVEY COMPLETED

03/13/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER

MARYMOUNT HOSPITAL LABORATORY | STREET ADDRESS, CITY, STATE, ZIP CODE
12300 MCCRACKEN ROAD
GARFIELD HEIGHTS, OH  44125 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5805 | Continued From page 201

(ACT) final test reports.

Findings Include:

1. Review of the laboratory's policy and procedure titled "Activated Clotting Time - Low Range (ACT-LR)" found the following directions:

"Reading/Reporting Results
A. Reporting Results/Result Format
1. Upon test completion, immediately report all test results, in seconds, to the Physician who ordered the ACT test. The results are also recorded in the 'Intra-Procedural Nursing Notes' and on the Hemochron Jr. Signature daily 'Patient Log'."

2. Review of the laboratory's 2015 ACT test records titled "HEMACHRON JR. SIGNATURE DAILY PATIENT LOG" found the following result documentation: | D5805 | | |

| Date: | Time: | MR#: | Results: |
|---|---|---|---|
| 1/6/15 | 1235 | ▓▓▓ | out of range - HI |
| 1/9/15 | 1252 | Unkn | HI out of range |
| 1/14/15 | 1010 | ▓▓▓ | 302 |
| 1/16/15 | 0938 | ▓▓▓ | High out of range |
| 2/6/15 | 1030 | ▓▓▓ | HI |
| 2/6/15 | 1213 | ▓▓▓ | 248 |
| 2/10/15 | 1320 | ▓▓▓ | HI out of range |
| 2/12/15 | 1432 | ▓▓▓ | HI-HI-HI out of range |
| 2/17/15 | 1319 | ▓▓▓ | 265 |
| 2/23/15 | 1135 | ▓▓▓ | 159 |
| 1/7/15 | 1625 | ▓▓▓ | 154 |
| 1/9/15 | 0845 | ▓▓▓ | out of range "high" |
| 1/9/15 | 1515 | ▓▓▓ | blank |
| 1/20/15 | 0925 | ▓▓▓ | out of range "high" |
| 1/29/15 | 1404 | ▓▓▓ | "out of range" |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489832

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | B. WING _____ | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5805 | Continued From page 202<br><br>2/10/15  0820  ▓▓▓▓▓▓  out of range<br><br>MR# - Medical Record Number<br>HI - High<br>Unkn - Unknown<br><br>3. On 03/25/2015 at 7:52 AM, Surveyor #1 requested, via electronic mail (email), final test reports for the ACT test results listed above from TS #8 and TS #9. TS #9 replied, via email, on 03/25/2015 at 5:01 PM and stated:<br><br>"In response to ODH's request received 3/25/2015 at 7:52 a.m., the lab worked to identify and obtain the requested records in EPIC. Of the 16 records requested, 9 were identified and are attached to this email transmittal.<br><br>For the remaining 7 records, the lab cannot produce records from EPIC. Prior to March 13, 2015, the results of ACT testing performed during procedures in the Operating Room (OR) (i.e., intraoperative tests) were verbally reported to the operating physician and the results of the ACT test were recorded in the OR log book. This allowed the physician to appropriately order medication during the procedure and respond to the results promptly. However, the Hospital recognized earlier this month that this practice could create a situation in which a patient's ACT test result was not reflected in the patient's EPIC record."<br><br>ODH - Ohio Department of Health<br>EPIC - Hospital's Information System<br><br>4. Review of the 9 final test reports provided by TS #9 found the following: | D5805 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489833

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5805 | Continued From page 203<br><br>a. a nursing progress note dated 1/6/15 for the patient MRN (medical record number) of ▮▮▮▮▮▮▮▮ with the ACT results documented as "ACT's = 171@1221, Out of Range@1235, 384@1300 and 351@1331."<br><br>No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.<br><br>b. a screen shot of an "Itraop Nav" screen for the patient with the MRN ▮▮▮▮▮ and surgery date of 01/14/2015 with the ACT results documented under the heading "Case notes:" as:<br><br>ACT reading 265 @ 0848<br>ACT reading 346 @ 0901<br>ACT reading 297 @ 0928<br><br>No documentation indicating the test performed (definition of the abbreviation "ACT"), the test result for the ACT test performed at 10:10 AM as indicated on the test records, and the units of measurement was present.<br><br>c. a screen shot of a "Vascular Procedure Notes" page for patient MR# ▮▮▮▮▮▮ signed by a nurse on 1/11/15 and doctor on 1/16/15, found ACT results documented as:<br><br>Time: Medication: Dose/Route:<br>854    ACT        320<br>916    ACT        299<br>938    ACT    High out of range<br>949    ACT        148<br><br>No documentation indicating the test performed and the units of measurement was present. | D5805 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489834

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5805 | Continued From page 204 | D5805 | | |

D5805  Continued From page 204

d. a screen shot of a "Doc Flowsheets" for patient MRN 306967 found an ACT result documented as:

ACT-Low Range
ACT 248
date performed 2/6/2015
time performed 1213

No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.

e. a document titled "Vascular Interventional Sedation Record" for the patient with the MR# ▓▓▓▓▓▓ found ACT results documented as:

Time:     Intra Procedure Nurse's Notes
1625        ACT 154
1640        ACT 215

No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.

f. a document titled "Vascular Interventional Sedation Record" for the patient with the MR# ▓▓▓▓▓▓ found ACT results documented as:

Time:     Intra Procedure Nurse's Notes
1210        ACT 146
1235        ACT 271
1245        ACT 292

No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.

g. a document titled "Vascular Interventional

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489835

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5805 | Continued From page 205<br><br>Sedation Record" for the patient with the MR# ▇▇▇▇ found ACT results documented as:<br><br>Time:    Intra Procedure Nurse's Notes<br>0845      ACT - out of range "high"<br>0905    ACT - 272<br>0945    ACT - 393<br>1010    ACT - 304<br>1025    ACT - 182<br><br>No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.<br><br>h. a document titled "Vascular Interventional Sedation Record" for the patient with the MR# ▇▇▇▇ found ACT results documented as:<br><br>Time:    Intra Procedure Nurse's Notes<br>1515    ACT - 279<br><br>No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.<br><br>i. a document titled "Vascular Interventional Sedation Record" for the patient with the MR# ▇▇▇▇ found ACT results documented as:<br><br>Time:    Intra Procedure Nurse's Notes<br>0925    ACT out of range "high"<br>1030    ACT 272<br><br>No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.<br><br>j. a document titled "Vascular Interventional Sedation Record" for the patient with the MR# | D5805 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489836

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Case 5:18-cr-00258-EJD Document 1665-7 Filed 11/30/22 Page 218 of 378 PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | B. WING _____ | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5805 | Continued From page 206 | D5805 | | |

D5805 **Continued From page 206**

████████ found ACT results documented as:

Time: Intra Procedure Nurse's Notes
1400 ACT out of range
1515 ACT Done 326
1630 ACT 230

No documentation indicating the test performed (definition of the abbreviation "ACT") and the units of measurement was present.

The following requested final test reports were not available for review:

Date: Time: MR#: Results:

| 1/9/15 | 1252 | Unkn | HI out of range |
| 2/6/15 | 1030 | ████ | HI |
| 2/10/15 | 1320 | ████ | HI out of range |
| 2/12/15 | 1432 | ████ | HI-HI-HI out of range |
| 2/17/15 | 1319 | ████ | 265 |
| 2/23/15 | 1135 | ████ | 159 |
| 2/10/15 | 0820 | ████ | out of range |

5. Included in the ACT test records was a document that stated "GAP analysis was performed on all reviewable forms within the laboratory. Multiple occurrences were observed where review was not documented. During retroactive analysis of forms no trends were noted. Corrective action includes review of forms by the designee 'TS #8' or 'TS #9' at stated intervals and monthly review by technical supervisors 'TS #8' or 'TS #9', approved by the medical director 'LD' effective immediately." The document was signed by the LD and dated 02/25/2015.

D5819 493.1291(j) TEST REPORT | D5819

Event ID: O9M611

Facility ID: OHC05083

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489837

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819<br><br>510H<br>520H<br>530H<br>540H<br>550H | Continued From page 207<br><br>All test reports or records of the information on the test reports must be maintained by the laboratory in a manner that permits ready identification and timely accessibility.<br>This STANDARD is not met as evidenced by:<br>Based on direct observation, review of the laboratory's policies and procedures, emergency release documentation, laboratory information system (LIS), hospital information system (HIS), and interviews with Testing Personnel (TP) #1 and #9, the Compliance Specialist (CS), Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Head of Transfusion Medicine (HTM), and a "Short Stay" unit nurse, the laboratory failed to maintain immunohematology test reports in a manner that permitted ready identification and timely accessibility.<br><br>Findings Include:<br><br>1. Review of the laboratory's policies and procedures found the following:<br><br>- A policy titled "Department of Laboratories - Transfusion Service Quality Program" which stated:<br><br>"5.27 Medical Record Documentation:<br>5.27.1 The patient's medical record shall include: Transfusion order, documentation of patient consent, the name of the component, the donation identification number, the date and time of transfusion, pre- and post-transfusion vital signs, the amount transfused, the identification of the transfusionist, and, if applicable, | D5819 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page 208 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489838

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819 | Continued From page 208<br>transfusion-related adverse events"<br><br>"6.2 Records:<br>MMH Transfusion Service ensures identification, collection, indexing, access, filing, storage and disposition of records as required by AABB Reference Standards.<br><br>6.2.1 Records shall be complete, retrievable in a period of time appropriate to the circumstances and protected from accidental or unauthorized destruction or modification."<br><br>- A policy titled "Emergency Release of Blood - Uncrossmatched" which stated:<br><br>"Procedure Notes:<br>1. In an emergency situation where a name and medical record number is unavailable, Fill out the Emergency Release Waiver with as much information as possible. (i.e. John Doe, Jane Doe) Add name and medical record number to the Emergency Release Waiver as information becomes available."<br><br>"Procedure Notes:<br>4. All testing must be completed as soon as a patient sample is available. All results are entered into the LIS."<br><br>2. On 03/12/2015 at 11:30 AM Surveyor #1 requested the laboratory's emergency release documentation from 2014 and 2015 from TP #9. TP #9 provided a manila folder that contained emergency release documentation from 09/27/2014 through the dates of survey.<br><br>Surveyor #1 randomly selected 2 patients' emergency release records from the manila | D5819 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489839

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FORM APPROVED
CENTERS FOR MEDICARE & MEDICAID SERVICES
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819 | Continued From page 209<br><br>folder and requested that TP #9 locate the type, screen, and compatibility test records in the LIS that corresponded to the emergency release units.<br><br>3. Review of the form titled "Emergency Release Waiver", which was dated 02/12/2015, found the following:<br><br>- at the top right hand section of the form was two patient identification stickers:<br><br>The first contained the patient's name, date of birth of ▓▓▓▓▓▓ medical record number (MR#) of ▓▓▓▓▓ and patient number (PT#) of ▓▓▓▓▓▓▓.<br><br>The second contained the name "UNKNOWN, PATIENT", date of birth of ▓▓▓▓▓▓, MR# of ▓▓▓▓▓, and barcode of V2660189473.<br><br>- 2 units of uncrossmatched (Group O-Negative Packed Cells) were requested.<br><br>- the box next to the statement "Crossmatch of donor blood with patient's blood for compatibility was NOT completed." was marked.<br><br>- 4 unit tag stickers were present, all of which were type O Negative, and had expiration dates of 03/05/2015, 03/09/2015, 03/17/2015, and 03/18/2015.<br><br>- next to the unit tag sticker W204215165761 O Negative with an expiration date of 03/05/2015 was a handwritten note which stated "transfused".<br><br>- the date and time of 02/12/2015 and 13:55 was indicated at the bottom of the page with the | D5819 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489840

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD<br>GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819 | Continued From page 210<br><br>physician's signature and printed name.<br><br>- a handwritten note at the bottom of the page stated "ONLY ONE UNIT GIVEN".<br><br>4. TP #9 attempted to retrieve the testing and transfusion data for the patient with the MR # of ████████ and PT# of ████████ in the LIS. The LIS indicated that a type and screen (TS) was completed on 02/12/2015 at 5:05 PM. No indication of a transfusion or blood product unit issued was present. TP #9 went to consult with TS #9 and find out why the LIS did not contain a transfusion record. The interview occurred 03/12/2015 at 11:38 AM.<br><br>5. Surveyor #1 went to TS #9's office to follow-up with the identified discrepancy. TS #9 stated the unknown patient and the patient with the MR # of ████████ and PT# of ████████ LIS blood bank records were supposed to have been merged in the LIS but were not.<br><br>TS #9 further stated the hospital's information technology department (CPI) were the only individuals who can merge the two accounts and the request for merging the patient was sent right after the post transfusion testing was completed.<br><br>Lastly, TS #9 stated the laboratory did not have any documentation demonstrating when they submitted the merge request for this patient to CPI. The interview occurred 03/12/2015 at 11:40 AM.<br><br>6. Review of the LIS blood bank patient record for the patient with the MR# of ████████ and PT# ████████ found: | D5819 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489841

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819 | Continued From page 211<br><br>- no record of a transfusion or compatibility testing information on the screen titled "Blood Bank Administrative Data"<br><br>- the statement "***No transfusion data found***" on the screen titled Patient history Transfusion Data.<br><br>- on both aforementioned screens, the headings titled "RC Units Transf" and "Last Transf" were blank.<br><br>RC - Red Cell<br>Transf - Transfused/Transfusion<br><br>7. Review of the LIS blood bank unit history documentation for the packed red blood cell unit (PRBC) W204215165761 found:<br><br>- The unit was assigned the status of "AVAILABLE" on 02/05/2015 at 7:54 AM.<br><br>- The unit was assigned the status of "ALLOCATED" on 02/06/2015 at 11:02 PM to a patient with a MR# of ▮▮▮▮▮▮▮<br><br>- The unit was assigned the status of "ISSUED" on 02/06/2015 at 11:03 PM to a patient with a MR# of ▮▮▮▮▮▮▮<br><br>- The unit was assigned the status of "AVAILABLE" on 02/06/2015 at 11:37 PM with the comment "OK for processing".<br><br>*Please Note: the unit was returned to the blood bank department greater than (>) 30 minutes after issue. No documentation of the unit's temperature when returned was present. (Refer to D5555) | D5819 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-2489842

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

MARYMOUNT HOSPITAL LABORATORY

STREET ADDRESS, CITY, STATE, ZIP CODE
12300 MCCRACKEN ROAD
GARFIELD HEIGHTS, OH 44125

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819 | Continued From page 212<br><br>- The unit was assigned the status of "ALLOCATED" on 02/07/2015 at 1:45 PM to the patient "UNKNOWN,PATIENT" with the MR# ▓▓▓▓<br><br>- The unit was assigned the status of "ISSUED" on 02/12/2015 at 1:00 PM to the patient "UNKNOWN,PATIENT" with the MR# ▓▓▓▓<br><br>- The unit was assigned the status of "ISSUED, FINAL" on 02/14/2015 at 7:49 AM to the patient "UNKNOWN,PATIENT" with the MR# ▓▓▓▓<br><br>8. Review of the document titled "OR Pick up Slip", provided by TS #9, found a patient identification sticker which contained the patient's name, date of birth of 06/28/1962, MR# of ▓▓▓▓▓, and PT# of ▓▓▓▓▓▓<br><br>The word "No" was circled next to "Cooler?", "RBC's" was circled next to "Component:", the number 2 was written next to "Quantity:", and the number 6 was written next to "OR".<br><br>RBC - Red Blood Cells<br>OR - Operating Room<br><br>9. When asked by Surveyor #1, the CS confirmed the emergency release waiver and issue slip were the only laboratory records that indicated the patient with the MR# of ▓▓▓▓ and PT# of ▓▓▓▓▓▓▓ received the W204215165761 unit of PRBC's. The interview occurred 03/12/2015 at 11:44 AM.<br><br>10. Surveyor #1 asked TP #1 if any other record of the emergency transfusion for the patient with the MR# of ▓▓▓▓ and PT# of ▓▓▓▓▓▓▓ | D5819 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489843

DEPARTMENT OF HEALTH AND HUMAN SERVICES FORM APPROVED
CENTERS FOR MEDICARE & MEDICAID SERVICES OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | B. WING _____ | 03/13/2015 |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819 | Continued From page 213<br><br>existed. The CS and TP #1 stated a record of the transfusion may be in the HIS (EPIC). The CS attempted to locate a record of the transfusion in the HIS (EPIC) but stated they were not very familiar with the HIS (EPIC). The interview occurred 03/12/2015 at 11:45 AM.<br><br>TP #1 retrieved a nurse (RN) from the hospital's Short Stay unit. The RN attempted to locate a transfusion record from 02/12/2015 in the patient's HIS (EPIC) medical record. The RN was able to locate a note in the patient's HIS (EPIC) record from 02/12/2015 under the heading "Procedure: TRANSFUSION BLOOD" that stated "nurse forgot to add procedure (noticed in General Info comments blood was given/'initials' 2-17)". The RN stated they were having a difficult time locating any record of a transfusion that occurred on 02/12/2015. The interview occurred 03/12/2015 at 12:01 PM.<br><br>The RN was able to locate a record of a type and screen which was performed on 02/12/2015 at 5:00 PM. Per the RN, the type and screen, with an expiration date of 02/15/2015, had units available for issue under the heading "Component Type" but it did not indicate a unit was transfused. The interview occurred 03/12/2015 at 12:07 PM.<br><br>The HTM stated the record should be located in the nurse's or doctor's note. The interview occurred 03/12/2015 at 12:09 PM.<br><br>TS #9 provided Surveyor #1 with a packet of records, printed from the HIS (EPIC), for the patient with the MR# of ▓▓▓▓ and PT# of ▓▓▓▓▓▓▓▓ | D5819 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete      Event ID: O9M611      Facility ID: OHC05083      If continuation sheet Page 214 of 333

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5819 | Continued From page 214<br><br>Review of the packet of records found an operative report dated 02/12/2015 for the patient with a MR# of ▓▓▓▓ and PT# of ▓▓▓▓ which contained a note under the heading "Description of Operation:" which stated "Given evidence of active bleeding, blood was appropriately ordered by anesthesia."<br><br>Additionally, documents titled "Anesthesia Record", dated 02/12/2015, was included which stated "300 cc" under the headings "RBC:" and "Tot Blood Prds:". Lastly, on the documents titled "Anesthesia Record" in the column titled "Comments And Notes" a note which stated "RBC@13:09" was under the heading "Blood Product/Fluid Info".<br><br>Tot - Total<br>Prds - Products<br><br>The RN stated they were unable to locate a transfusion record for an emergency O negative unit of PRBCs. The interview occurred 03/12/2015 at 12:12 PM. | D5819 | | |
| D5823<br><br>510H<br>520H<br>530H<br>540H<br>550H | 493.1291(l) TEST REPORTS<br><br>Upon request by a patient (or the patient's personal representative), the laboratory may provide patients, their personal representatives, and those persons specified under 45 CFR 164.524(c)(3)(ii), as applicable, with access to completed test reports that, using the laboratory's authentication process, can be identified as belonging to that patient.<br><br>This STANDARD is not met as evidenced by:<br>Item 1: | D5823 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete                    Event ID: O9M611                    Facility ID: OHC05083                    If continuation sheet Page 215 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489845

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 215 | D5823 | | |
| | Based on direct observation, review of the laboratory's policies and procedures, emergency release documentation, laboratory information system (LIS), hospital information system (HIS), and interviews with Testing Personnel (TP) #1 and #9, the Compliance Specialist (CS), Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Head of Transfusion Medicine (HTM), and a "Short Stay" unit nurse, the laboratory failed to provide access to completed immunohematology test reports that, using the laboratory's authentication process, can be identified as belonging to that patient. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policies and procedures found the following: | | | |
| | - A policy titled "Department of Laboratories - Transfusion Service Quality Program" which stated: | | | |
| | "5.27 Medical Record Documentation: 5.27.1 The patient's medical record shall include: Transfusion order, documentation of patient consent, the name of the component, the donation identification number, the date and time of transfusion, pre- and post-transfusion vital signs, the amount transfused, the identification of the transfusionist, and, if applicable, transfusion-related adverse events" | | | |
| | "6.2 Records: MMH Transfusion Service ensures identification, collection, indexing, access, filing, storage and disposition of records as required by AABB | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489846

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 216<br>Reference Standards.<br><br>6.2.1 Records shall be complete, retrievable in a period of time appropriate to the circumstances and protected from accidental or unauthorized destruction or modification."<br><br>- A policy titled "Emergency Release of Blood - Uncrossmatched" which stated:<br><br>"Procedure Notes:<br>1. In an emergency situation where a name and medical record number is unavailable, Fill out the Emergency Release Waiver with as much information as possible. (i.e. John Doe, Jane Doe) Add name and medical record number to the Emergency Release Waiver as information becomes available."<br><br>"Procedure Notes:<br>4. All testing must be completed as soon as a patient sample is available. All results are entered into the LIS."<br><br>2. On 03/12/2015 at 11:30 AM Surveyor #1 requested the laboratory's emergency release documentation from 2014 and 2015 from TP #9. TP #9 provided a manila folder that contained emergency release documentation from 09/27/2014 through the dates of survey.<br><br>Surveyor #1 randomly selected 2 patients' emergency release records from the manila folder and requested that TP #9 locate the type, screen, and compatibility test records in the LIS that corresponded to the emergency release units.<br><br>3. Review of the form titled "Emergency Release | D5823 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489847

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FORM APPROVED
CENTERS FOR MEDICARE & MEDICAID SERVICES
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 217<br><br>Waiver", which was dated 02/12/2015, found the following:<br><br>- at the top right hand section of the form was two patient identification stickers:<br><br>The first contained the patient's name, date of birth of ▆▆▆▆ medical record number (MR#) of ▆▆▆▆ and patient number (PT#) of ▆▆▆▆▆<br><br>The second contained the name "UNKNOWN, PATIENT", date of birth of ▆▆▆▆ MR# of ▆▆▆▆ and barcode of V2660189473.<br><br>- 2 units of uncrossmatched (Group O-Negative Packed Cells) were requested.<br><br>- the box next to the statement "Crossmatch of donor blood with patient's blood for compatibility was NOT completed." was marked.<br><br>- 4 unit tag stickers were present, all of which were type O Negative, and had expiration dates of 03/05/2015, 03/09/2015, 03/17/2015, and 03/18/2015.<br><br>- next to the unit tag sticker W204215165761 O Negative with an expiration date of 03/05/2015 was a handwritten note which stated "transfused".<br><br>- the date and time of 02/12/2015 and 13:55 was indicated at the bottom of the page with the physician's signature and printed name.<br><br>- a handwritten note at the bottom of the page stated "ONLY ONE UNIT GIVEN".<br><br>4. TP #9 attempted to retrieve the testing and | D5823 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489848

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 218<br><br>transfusion data for the patient with the MR # of ▓▓▓▓ and PT# of ▓▓▓▓▓▓ in the LIS. The LIS indicated that a type and screen (TS) was completed on 02/12/2015 at 5:05 PM. No indication of a transfusion or blood product unit issued was present. TP #9 went to consult with TS #9 and find out why the LIS did not contain a transfusion record. The interview occurred 03/12/2015 at 11:38 AM.<br><br>5. Surveyor #1 went to TS #9's office to follow-up with the identified discrepancy. TS #9 stated the unknown patient and the patient with the MR # of ▓▓▓▓ and PT# of ▓▓▓▓▓▓ LIS blood bank records were supposed to have been merged in the LIS but were not.<br><br>TS #9 further stated the hospital's information technology department (CPI) were the only individuals who can merge the two accounts and the request for merging the patient was sent right after the post transfusion testing was completed.<br><br>Lastly, TS #9 stated the laboratory did not have any documentation demonstrating when they submitted the merge request for this patient to CPI. The interview occurred 03/12/2015 at 11:40 AM.<br><br>6. Review of the LIS blood bank patient record for the patient with the MR# of ▓▓▓▓ and PT# ▓▓▓▓▓▓ found:<br><br>- no record of a transfusion or compatibility testing information on the screen titled "Blood Bank Administrative Data"<br><br>- the statement "***No transfusion data found***" on the screen titled Patient history Transfusion | D5823 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-2489849

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 219<br>Data.<br><br>- on both aforementioned screens, the headings titled "RC Units Transf" and "Last Transf" were blank.<br><br>RC - Red Cell<br>Transf - Transfused/Transfusion<br><br>7. Review of the LIS blood bank unit history documentation for the packed red blood cell unit (PRBC) W204215165761 found:<br><br>- The unit was assigned the status of "AVAILABLE" on 02/05/2015 at 7:54 AM.<br><br>- **The** unit was assigned the status of "ALLOCATED" on 02/06/2015 at 11:02 PM to a patient with a MR# of ▮▮▮▮▮▮▮▮<br><br>- **The** unit was assigned the status of "ISSUED" on 02/06/2015 at 11:03 PM to a patient with a MR# of ▮▮▮▮▮▮▮▮<br><br>- **The** unit was assigned the status of "AVAILABLE" on 02/06/2015 at 11:37 PM with the comment "OK for processing".<br><br>*Please Note: the unit was returned to the blood bank department greater than (>) 30 minutes after issue. No documentation of the unit's temperature when returned was present. (Refer to D5555)<br><br>- The unit was assigned the status of "ALLOCATED" on 02/07/2015 at 1:45 PM to the patient "UNKNOWN,PATIENT" with the MR# ▮▮▮▮▮▮▮ | D5823 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489850

Case 5:18-cr-00258-EJD   Document 1665-7   Filed 11/30/22   Page 232 of 378
PRINTED: 09/10/2015
FORM APPROVED
DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | B. WING _____ | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 220

- The unit was assigned the status of "ISSUED" on 02/12/2015 at 1:00 PM to the patient "UNKNOWN,PATIENT" with the MR# ████████

- The unit was assigned the status of "ISSUED, FINAL" on 02/14/2015 at 7:49 AM to the patient "UNKNOWN,PATIENT" with the MR# ████████

8. Review of the document titled "OR Pick up Slip", provided by TS #9, found a patient identification sticker which contained the patient's name, date of birth of ████████, MR# of ████████, and PT# of ████████.

The word "No" was circled next to "Cooler?", "RBC's" was circled next to "Component:", the number 2 was written next to "Quantity:", and the number 6 was written next to "OR".

RBC - Red Blood Cells
OR - Operating Room

9. When asked by Surveyor #1, the CS confirmed the emergency release waiver and issue slip were the only laboratory records that indicated the patient with the MR# of ████████ and PT# of ████████ received the W204215165761 unit of PRBC's. The interview occurred 03/12/2015 at 11:44 AM.

10. Surveyor #1 asked TP #1 if any other record of the emergency transfusion for the patient with the MR# of ████████ and PT# of ████████ existed. The CS and TP #1 stated a record of the transfusion may be in the HIS (EPIC). The CS attempted to locate a record of the transfusion in the HIS (EPIC) but stated they were not very familiar with the HIS (EPIC). The interview occurred 03/12/2015 at 11:45 AM. | D5823 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489851

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Case 5:18-cr-00258-EJD Document 1665-7 Filed 11/30/22 Page 233 of 378
PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 221

TP #1 retrieved a nurse (RN) from the hospital's Short Stay unit. The RN attempted to locate a transfusion record from 02/12/2015 in the patient's HIS (EPIC) medical record. The RN was able to locate a note in the patient's HIS (EPIC) record from 02/12/2015 under the heading "Procedure: TRANSFUSION BLOOD" that stated "nurse forgot to add procedure (noticed in General Info comments blood was given/'initials' 2-17)". The RN stated they were having a difficult time locating any record of a transfusion that occurred on 02/12/2015. The interview occurred 03/12/2015 at 12:01 PM.

The RN was able to locate a record of a type and screen which was performed on 02/12/2015 at 5:00 PM. Per the RN, the type and screen, with an expiration date of 02/15/2015, had units available for issue under the heading "Component Type" but it did not indicate a unit was transfused. The interview occurred 03/12/2015 at 12:07 PM.

The HTM stated the record should be located in the nurse's or doctor's note. The interview occurred 03/12/2015 at 12:09 PM.

TS #9 provided Surveyor #1 with a packet of records, printed from the HIS (EPIC), for the patient with the MR# of ████████ and PT# of ████████

Review of the packet of records found an operative report dated 02/12/2015 for the patient with a MR# of ████████ and PT# of ████████ which contained a note under the heading "Description of Operation:" which stated "Given evidence of active bleeding, blood was | D5823 | | |

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 222 | D5823 | | |
| | appropriately ordered by anesthesia." | | | |
| | Additionally, documents titled "Anesthesia Record", dated 02/12/2015, was included which stated "300 cc" under the headings "RBC:" and "Tot Blood Prds:". Lastly, on the documents titled "Anesthesia Record" in the column titled "Comments And Notes" a note which stated "RBC@13:09" was under the heading "Blood Product/Fluid Info". | | | |
| | Tot - Total | | | |
| | Prds - Products | | | |
| | The RN stated they were unable to locate a transfusion record for an emergency O negative unit of PRBCs. The interview occurred 03/12/2015 at 12:12 PM. | | | |
| | Item 2: | | | |
| | Based on review of the laboratory's policies and procedures, activated clotting time (ACT) test records and final test reports, and interview with Technical Supervisor (TS) #9 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to provide access to completed activated clotting time (ACT) test reports. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Activated Clotting Time - Low Range (ACT-LR)" found the following directions: | | | |
| | "Reading/Reporting Results | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489853

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | B. WING _____ | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 223<br><br>A. Reporting Results/Result Format<br>1. Upon test completion, immediately report all test results, in seconds, to the Physician who ordered the ACT test. The results are also recorded in the 'Intra-Procedural Nursing Notes' and on the Hemochron Jr. Signature daily 'Patient Log'."<br><br>2. Review of the laboratory's 2015 ACT test records titled "HEMACHRON JR. SIGNATURE DAILY PATIENT LOG" found the following result documentation:<br><br>Date:  Time:  MR#:    Results:<br><br>1/6/15  1235      out of range - HI<br>1/9/15  1252  Unkn  HI out of range<br>1/14/15  1010       302<br>1/16/15  0938      High out of range<br>2/6/15  1030       HI<br>2/6/15  1213       248<br>2/10/15  1320     HI out of range<br>2/12/15  1432    HI-HI-HI out of range<br>2/17/15  1319      265<br>2/23/15  1135      159<br>1/7/15  1625       154<br>1/9/15  0845    out of range "high"<br>1/9/15  1515      blank<br>1/20/15  0925    out of range "high"<br>1/29/15  1404     "out of range"<br>2/10/15  0820      out of range<br><br>MR# - Medical Record Number<br>Unkn - Unknown<br>HI - High<br><br>3. On 03/25/2015 at 7:52 AM, Surveyor #1 requested, via electronic mail (email), final test reports for the ACT test results listed above from | D5823 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489854

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 36D0688090 | B. WING _____ | | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD |
| | GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 224<br><br>TS #8 and TS #9. TS #9 replied, via email, on 03/25/2015 at 5:01 PM and stated:<br><br>"In response to ODH's request received 3/25/2015 at 7:52 a.m., the lab worked to identify and obtain the requested records in EPIC. Of the 16 records requested, 9 were identified and are attached to this email transmittal.<br><br>For the remaining 7 records, the lab cannot produce records from EPIC. Prior to March 13, 2015, the results of ACT testing performed during procedures in the Operating Room (OR) (i.e., intraoperative tests) were verbally reported to the operating physician and the results of the ACT test were recorded in the OR log book. This allowed the physician to appropriately order medication during the procedure and respond to the results promptly. However, the Hospital recognized earlier this month that this practice could create a situation in which a patient's ACT test result was not reflected in the patient's EPIC record."<br><br>ODH - Ohio Department of Health<br>EPIC - Hospital's Information System<br><br>4. The following requested final test reports were not provided for review:<br><br>Date:   Time:   MR#:   Results:<br><br>1/9/15   1252   Unkn   HI out of range<br>2/6/15   1030      HI<br>2/10/15   1320      HI out of range<br>2/12/15   1432   HI-HI-HI out of range<br>2/17/15   1319      265<br>2/23/15   1135      159<br>2/10/15   0820      out of range | D5823 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489855

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 36D0688090 | B. WING _____ | 03/13/2015 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5823 | Continued From page 225

5. Included in the ACT test records was a document that stated "GAP analysis was performed on all reviewable forms within the laboratory. Multiple occurrences were observed where review was not documented. During retroactive analysis of forms no trends were noted. Corrective action includes review of forms by the designee 'TS #8' or 'TS #9' at stated intervals and monthly review by technical supervisors 'TS #8' or 'TS #9', approved by the medical director 'LD' effective immediately." The document was signed by the LD and dated 02/25/2015. | D5823 | | |
| D6007 | 493.1407(e)(1) LABORATORY DIRECTOR RESPONSIBILITIES

The laboratory director is responsible for the overall operation and administration of the laboratory, including the employment of personnel who are competent to perform test procedures, and record and report test results promptly, accurate, and proficiently and for assuring compliance with the applicable regulations.
(E) The laboratory director must--
(E)(1) Ensure that testing systems developed and used for each of the tests performed in the laboratory provide quality laboratory services for all aspects of test performance, which includes the preanalytic, analytic, and postanalytic phases of testing;

This STANDARD is not met as evidenced by:
Based on direct observation, review of the laboratory's policies and procedures, instrument correlation documentation, and interview with the Point-of-Care Supervisor (PS) (as listed on the Laboratory Personnel Report (CLIA Forms | D6007 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489856

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6007 | Continued From page 226 | D6007 | | |
| | CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Laboratory Director failed to ensure that the Hemachron Junior (Jr.) Signature +, used for activated clotting time (ACT) analysis, provided quality laboratory services during the analytic phase of testing. | | | |
| | Findings Include: | | | |
| | 1. The PS stated that the ACT testing was performed in two locations of the hospital, interventional radiology and general surgery. The interview occurred 03/09/2015 at 8:46 AM. | | | |
| | 2. Direct observation of the interventional radiology department on 03/10/2015 at 9:39 AM found a Hemachron Jr. Signature + instrument with the serial number of SP2990. | | | |
| | Direct observation in a general surgery office on 03/10/2015 at 9:54 AM found a Hemachron Jr. Signature + instrument with the serial number of SP5639. | | | |
| | 3. Review of the laboratory's policy and procedure titled "Quality Control Policy and Procedure" found the following directions: | | | |
| | "III. Intermethod Comparison Protocol Intermethod comparison is required when more than one test system is used to generate a test result for a given analyte and applies only to instruments/methods accredited under a single CAP/CLIA number. If a second methodology is used as a backup to the primary method in the event the primary method is down, an intermethod comparison is required." | | | |
| | "III. Intermethod Comparison Protocol | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489857

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6007 | Continued From page 227 | D6007 | | |
| | A. Methods of Comparison | | | |
| | 2. Mean/match of all methods | | | |
| | The comparative process is conducted as a mean of results for quantitative methods and an exact match of results for qualitative methods." | | | |
| | | | | |
| | "III. Intermethod Comparison Protocol | | | |
| | B. Procedure | | | |
| | 1. A minimum of five samples of the appropriate matrix are analyzed. In general, human specimens are preferred rather than commercial controls to avoid matrix effects. Pooled patient samples may be used. Sample test results should be distributed over the analytical measurement range to the extent possible." | | | |
| | | | | |
| | "III. Intermethod Comparison Protocol | | | |
| | C. Data Analysis | | | |
| | 1. Criteria for Acceptability of Data Analysis | | | |
| | All data will be analyzed utilizing a statistical analysis calculation or application, if applicable. The criteria for acceptability will be established by the Medical Director in each operational area. | | | |
| | | | | |
| | Successful performance will constitute 80% or greater of the individual comparisons being within the acceptable limits." | | | |
| | | | | |
| | "III. Intermethod Comparison Protocol | | | |
| | C. Data Analysis | | | |
| | 2. Approval and Review | | | |
| | The data report produced from the statistical analysis program must be reviewed and approved by the Medical Director or designee." | | | |
| | | | | |
| | 4. Review of the correlation documentation titled "Hemachron ACT Correlation POCT Non-Waived" found the following: | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 228 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489858

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6007 | Continued From page 228 | D6007 | | |
| | 02/15/2013 | | | |

(Specimen)

| Spec. # | Location | Result | Corrective Action |
|---|---|---|---|
| #1 | Surgery | 210 | 'Checkmark' |
| | Radiology | 228 | 'Checkmark' |
| #2 | Surgery | 91 | 'Checkmark' |
| | Radiology | 102 | 'Checkmark' |
| #3 | Surgery | 95 | 'Checkmark' |
| | Radiology | 103 | 'Checkmark' |

No documentation of 2 additional sample analysis' was present.
No documentation of the indicated corrective actions, data analysis, and/or review/approval by the Medical Director or designee was present.

08/20/2013

(Specimen)

| Spec. # | Location | Result | Corrective Action |
|---|---|---|---|
| #1 | Surgery | 70 | 'Checkmark' |
| | Radiology | 64 | 'Checkmark' |
| #2 | Surgery | 130 | 'Checkmark' |
| | Radiology | 119 | 'Checkmark' |
| #3 | Surgery | 93 | 'Checkmark' |
| | Radiology | 80 | 'Checkmark' |

No documentation of 2 additional sample analysis' was present.
No documentation of the indicated corrective action, data analysis, and/or review/approval by the Medical Director or designee was present.

02/05/2014

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  229 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489859

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 36D0688090 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 03/13/2015 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MARYMOUNT HOSPITAL LABORATORY | 12300 MCCRACKEN ROAD GARFIELD HEIGHTS, OH 44125 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6007 | Continued From page 229 | D6007 | | |

(Specimen)

| Spec. # | Location | Result | Corrective Action |
|---|---|---|---|
| #1 | Surgery | 144 | 'Checkmark' |
| | Radiology | 137 | 'Checkmark' |
| #2 | Surgery | 198 | 'Checkmark' |
| | Radiology | 211 | 'Checkmark' |
| #3 | Surgery | 220 | 'Checkmark' |
| | Radiology | 209 | 'Checkmark' |
| #1 | Surgery | 141 | |
| #1 | Radiology | 147 | 'Checkmark' |
| #2 | Surgery | 151 | 'Checkmark' |
| #2 | Radiology | 162 | 'Checkmark' |
| #3 | Surgery | 155 | 'Checkmark' |
| #3 | Radiology | 166 | 'Checkmark' |

No documentation of the indicated corrective action, data analysis, and/or review/approval by the Medical Director or designee was present.

11/23/2014

(Specimen)

| Spec. # | Location | Result | Corrective Action |
|---|---|---|---|
| Sample #1 | Surgery | 141 | --- |
| Sample #2 | Surgery | 151 | --- |
| Sample #3 | Surgery | 155 | --- |
| Sample #1 | Radiology | 147 | --- |
| Sample #2 | Radiology | 162 | --- |
| Sample #3 | Radiology | 166 | --- |
| Temp. | Surgery | 37 | --- |
| | Radiology | 37 | --- |
| QC Norm | Surgery | 30 | --- |
| | Radiology | 31 | --- |
| Abnormal | Surgery | 299 | --- |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489860

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6007 | Continued From page 230 | D6007 | | |
| | Abnormal   Radiology   299   --- | | | |
| | | | | |
| | No documentation of data analysis and/or review/approval by the Medical Director or designee was present. | | | |
| | | | | |
| | 02/04/2015 | | | |
| | | | | |
| | (Specimen) | | | |
| | Spec. #     Location   Result   Corrective Action | | | |
| | Sample #1   Surgery     202 | | | |
| | Sample #1     Radiology   191 | | | |
| | Sample #2   Surgery     141 | | | |
| | Sample #2     Radiology   113 | | | |
| | Sample #3   Surgery     124 | | | |
| | Sample #3     Radiology   136 | | | |
| | | | | |
| | No documentation of 2 additional sample analysis' was present. No documentation of data analysis and/or review/approval by the Medical Director or designee was present. | | | |
| | | | | |
| | 5. The PS confirmed no documentation of review or evaluation of the ACT correlations was present. Additionally, the PS stated they had recently taken over administrative oversight of the ACT testing at this facility and stated that during an initial review of the ACT documentation they noted several issues in the proficiency testing, QC, temperature monitoring, and documentation activities. The interviews occurred 03/10/2015 at 10:25 AM and 10:30 AM. | | | |
| D6054 | 493.1413(b)(9) TECHNICAL CONSULTANT RESPONSIBILITIES | D6054 | | |
| | | | | |
| | The technical consultant is responsible for | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 231 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489861

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 231<br><br>evaluating and documenting the performance of individuals responsible for moderate complexity testing at least annually, after the first year. This STANDARD  is not met as evidenced by: Item 1:<br><br>Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, Ohio Department of Health (ODH) CLIA Annual Test Volume Log, and interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Technical Supervisors failed to evaluate and document the performance of individuals responsible for performing urine microscopic examination and fibrinogen moderate complexity testing at least annually after the first year.<br><br>Findings Include:<br><br>1. The ODH CLIA Annual Test Volume Log, completed by TS #8, found the following moderate complexity test procedures listed:<br><br>Analyte/Test Name:   Test Volume:<br><br>Urinalysis w/scope          6774<br>Fibrinogen                        305<br><br>2. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements:<br><br>"III. Required Competency Assessment<br><br>Documented competency assessment is required for individuals fulfilling the following personnel | D6054 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489862

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 232 | D6054 | | |

D6054 Continued From page 232

responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities."

"V. Test Complexity
C. Moderate and High Complexity Tests
Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements."

"VIII. Annual Competency Assessment of Testing Personnel
A. Supervisory Responsibilities
Note: While others may assist with the he competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel.
- Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s)
- Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)."

"IX. Scope of Competency Assessment
The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these

---

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 233 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489863

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 233

elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency."

"X. Competency Assessment Elements for Testing Personnel
For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system)."

3. TS #8 stated TP perform laboratory testing as follows:

TP #1:  Hematology, Blood Bank
TP #2:  All Departments
TP #3:  Microbiology, Chemistry
TP #4:  All Departments (except Body Fluids)
TP #5:  Hematology, Microbiology
TP #6:  Chemistry, Coagulation
TP #7:  Coagulation, Chemistry
TP #8:  Hematology, Chemistry, Urinalysis, Coagulation
TP #9:  Hematology, Coagulation, Chemistry, Blood Bank, Microbiology
TP #10: Chemistry, Hematology, Microbiology
TP #11: All Departments
TP #12: All Departments (except Blood Bank)
TP #13: All Departments
TP #14: Hematology, Urinalysis, Chemistry
TP #15: All Departments
TP #16: All Departments
TP #43: Chemistry, Microbiology

The interview occurred 03/09/2015 at 8:38 AM. | D6054 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  234 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489864

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 234 | D6054 | | |
| | 4. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 16 testing personnel (TP) (TP #1, #2, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, and #44) found no documentation of competency assessment for the test procedures urine microscopic examination and fibrinogen. | | | |
| | Item 2: | | | |
| | Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, Ohio Department of Health (ODH) CLIA Annual Test Volume Log, wet preparation test records, and interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Technical Supervisors failed to evaluate and document the performance of individuals responsible for performing wet preparation moderate complexity testing at least annually after the first year. | | | |
| | Findings Include: | | | |
| | 1. The ODH CLIA Annual Test Volume Log, completed by TS #8, found the following moderate complexity test procedures listed: | | | |
| | Analyte/Test Name:   Test Volume: | | | |
| | Trichomonas          644 | | | |
| | KOH/Wet Prep         blank | | | |
| | 2. Review of the laboratory's policy and procedure titled "Competency Assessment" found the | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489865

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 235 following statements: "III. Required Competency Assessment Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities." "V. Test Complexity C. Moderate and High Complexity Tests Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements." "VIII. Annual Competency Assessment of Testing Personnel A. Supervisory Responsibilities Note: While others may assist with the he competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel. - Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s) - Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)." "VIII. Annual Competency Assessment of Testing | D6054 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489866

PRINTED: 09/10/2015
FORM APPROVED
OMB No. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 236 | D6054 | | |
| | Personnel | | | |
| | B. Assessor Responsibilities | | | |
| | - Ensure assessor is qualified to perform competency assessment for the complexity level of testing. | | | |
| | - Prepare and distribute selected competency testing samples. | | | |
| | - Observe testing personnel and review documentation in a professional impartial manner." | | | |
| | "IX. Scope of Competency Assessment The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency." | | | |
| | "X. Competency Assessment Elements for Testing Personnel For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system)." | | | |
| | 3. TS #8 stated TP perform laboratory testing as follows: | | | |
| | TP #1:  Hematology, Blood Bank | | | |
| | TP #2:  All Departments | | | |
| | TP #3:  Microbiology, Chemistry | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489867

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | | A. BUILDING _____ | |
| | **36D0688090** | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 237 | D6054 | | |
| | TP #4:  All Departments (except Body Fluids) | | | |
| | TP #5:  Hematology, Microbiology | | | |
| | TP #6:  Chemistry, Coagulation | | | |
| | TP #7:  Coagulation, Chemistry | | | |
| | TP #8:  Hematology, Chemistry, Urinalysis, Coagulation | | | |
| | TP #9:  Hematology, Coagulation, Chemistry, Blood Bank, Microbiology | | | |
| | TP #10: Chemistry, Hematology, Microbiology | | | |
| | TP #11: All Departments | | | |
| | TP #12: All Departments (except Blood Bank) | | | |
| | TP #13: All Departments | | | |
| | TP #14: Hematology, Urinalysis, Chemistry | | | |
| | TP #15: All Departments | | | |
| | TP #16: All Departments | | | |
| | TP #43: Chemistry, Microbiology | | | |
| | | | | |
| | The interview occurred 03/09/2015 at 8:38 AM. | | | |
| | | | | |
| | 4. Review of the wet preparation test logs from September 2014 through December 2014 titled "Daily Quality Control Log Sheet Wet Prep" found a spreadsheet with 8 columns titled as follows: | | | |
| | | | | |
| | Date | | | |
| | Tech | | | |
| | Tech | | | |
| | Patient | | | |
| | Trich | | | |
| | Clue | | | |
| | Yeast | | | |
| | Comment | | | |
| | | | | |
| | In the columns with the headings "Tech" the initials of TP #1, #6, #7, #11, #12, #16, and #43 were identified. | | | |
| | | | | |
| | 5. Review of the laboratory's 2015 competency assessment documentation titled "Marymount | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489868

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6054 | Continued From page 238<br><br>Hospital Competency Assessment" for TP #1, #6, #7, #11, #12, #16, and #43 found no documentation of competency assessment for the test procedure wet preparations. | D6054 | | |
| D6063 | 493.1421 LABORATORY TESTING PERSONNEL<br><br>The laboratory must have a sufficient number of individuals who meet the qualification requirements of §493.1423, to perform the functions specified in §493.1425 for the volume and complexity of tests performed.<br><br>This CONDITION is not met as evidenced by:<br> Based on review of the laboratory's Form CMS-209, policies and procedures, education documentation, and an interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to ensure testing personnel met the qualification requirements of §493.1423 to perform functions specified in §493.1425 for the moderate complexity tests performed.<br><br>Findings Include:<br><br>1. The laboratory failed to ensure Testing Personnel (TP) #2, #4, #8, #11, #20, and #26 met the qualification requirements for the moderate complexity testing performed.  (Refer to D6065) | D6063 | | |
| D6065 | 493.1423(b)(1)(2)(3)(4)(i) TESTING PERSONNEL QUALIFICATIONS<br><br>(b) Meet one of the following requirements:<br>(b)(1) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or | D6065 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:O9M611        Facility ID: OHC05083        If continuation sheet Page 239 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489869

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6065 | Continued From page 239 | D6065 | | |
| | osteopathy in the State in which the laboratory is located or have earned a doctoral, master's, or bachelor's degree in a chemical, physical, biological or clinical laboratory science, or medical technology from an accredited institution; or | | | |
| | (b)(2) Have earned an associate degree in a chemical, physical or biological science or medical laboratory technology from an accredited institution; or | | | |
| | (b)(3) Be a high school graduate or equivalent and have successfully completed an official military medical laboratory procedures course of at least 50 weeks duration and have held the military enlisted occupational specialty of Medical Laboratory Specialist (Laboratory Technician); or | | | |
| | (b)(4)(i) Have earned a high school diploma or equivalent; and | | | |
| | This STANDARD is not met as evidenced by: | | | |
| | Based on review of the laboratory's Form CMS-209, policies and procedures, education documentation, and an interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to ensure Testing Personnel (TP) #2, #4, #8, #11, #20, and #26 met the qualification requirements for the moderate complexity testing performed. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's Form CMS-209, approved and signed by the LD on 03/9/2015 found 35 individuals certified by the LD to perform moderate complexity testing. | | | |
| | 2. Review of the laboratory's policy and procedure titled "Job Descriptions" found the | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489870

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6065 | Continued From page 240 | D6065 | | |
| | following  statements: | | | |
| | "Testing Personnel | | | |
| | Testing personnel at the Cleveland Clinic (CC) include medical technologists and medical laboratory technicians qualified to perform moderate and high complexity tests.  The laboratory director, technical and general supervisors are also qualified testing personnel as defined in Federal Register 1992 (Feb 28): 7183 42 CFR 493.1489.  The qualifications and responsibilities are also defined in the medical technologist, medical laboratory technician, medical technician and pathologists' assistant job descriptions.  The responsibilities encompass all CLIA '88 testing personnel responsibilities as outlined in Federal Register 1992(Feb 28): 7182 42 CFR 493.1495 including but not limited to the following: | | | |
| | Responsibility for following laboratory procedures for specimen processing, test performance and reporting of test results | | | |
| | Adhering to the laboratory's quality control policies | | | |
| | Following the laboratory's established policies and procedures whenever test systems are not within established acceptable levels of performance | | | |
| | Identifying problems that may adversely affect test performance and immediately notify the general supervisor, technical supervisor, or laboratory director | | | |
| | Documenting all corrective actions" | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 241 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489871

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6065 | Continued From page 241 | D6065 | | |
| | 3.  Review of education documentation revealed the following: | | | |
| | TP#2 possessed a foreign Bachelor of Science in Medical Technology | | | |
| | TP#4 possessed a foreign Bachelor of Science in Medical Technology | | | |
| | TP#8 only had a college transcript; no degree awarded | | | |
| | TP#11 possessed a foreign Bachelor of Science in Industrial Microbiology | | | |
| | TP#20 possessed a master's degree in education. | | | |
| | TP#26 possessed a foreign high school certificate | | | |
| | 4.  Surveyor #2 requested documentation demonstrating an evaluation of the foreign documentation of education performed by a nationally recognized organization for TP#2, #4, #11, and #26 from TS#8 and TS#9.  Additionally, a high school diploma or degree in a science was requested for TP#8 and TP#20. | | | |
| | TS#8 stated the lab had submitted evaluation request forms for the foreign documentation of education, however, had not yet received documentation of the evaluations.  The lab failed to submit the requested documentation within 7 calendar days from the date of request.  The interview occurred on 03/9/2015 at 9:08 AM. | | | |
| D6108 | 493.1447 LABORATORY TECHNICAL | D6108 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 242 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489872

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6108 | Continued From page 242<br>SUPERVISOR<br><br>The laboratory must have a technical supervisor who meets the qualification requirements of §493.1449 of this subpart and provides technical supervision in accordance with §493.1451 of this subpart.<br><br>This CONDITION  is not met as evidenced by:<br> Based on review of the laboratory's Form CMS-209, education documentation, policies and procedures, competency assessment documentation, four confidential interviews, Form CMS-209, Ohio Department of Health (ODH) CLIA Annual Test Volume Log, antibody identification test records, transfusion reaction test records, emergency blood product release test records, body fluid manual count and differential test records, and an interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015) the laboratory failed to ensure the Technical Supervisors met the qualification requirements of §493.1449 and provided technical supervision in accordance with §493.1451 of this subpart.<br><br>Findings Include:<br><br>1.  The laboratory failed ensure Technical Supervisors (TS) #1, #4, and #11 met the qualification requirements specified at 493.1449. (Refer to D6111, Item 1)<br><br>2.  The laboratory failed to ensure Technical Supervisors (TS) #1, #6, #7, #8, #9, and #11 met the qualification requirements specified at 493.1449q for the specialty of | D6108 | |  |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489873

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6108 | Continued From page 243<br>Immunohematology. (Refer to D6111, Item 2)<br><br>3. The Technical Supervisors failed to include direct observations of routine patient test performance, including specimen handling, processing and testing, in the evaluation of the competency of the staff. (Refer to D6121, Item 1)<br><br>4. The Technical Supervisors failed to ensure direct observations of routine patient test performance, including specimen handling, processing and testing, were evaluated and documented by qualified Technical Supervisors for the evaluation of the competency of the staff. (Refer to D6121, Item 2)<br><br>5. The Technical Supervisors failed to include monitoring the recording and reporting of test results in the evaluation of the competency of the staff. (Refer to D6122)<br><br>6. The Technical Supervisors failed to include review of intermediate test results or worksheets, quality control records, proficiency testing results, and preventive maintenance records in the evaluation of the competency of the staff. (Refer to D6123)<br><br>7. The Technical Supervisors failed to include direct observation of performance of instrument maintenance and function checks in the evaluation of the competency of the staff. (Refer to D6124)<br><br>8. The Technical Supervisors failed to include assessment of test performance through testing previously analyzed specimens, internal blind testing samples or external proficiency testing samples in the evaluation of the competency of | D6108 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 244 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489874

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6108 | Continued From page 244<br>the staff. (Refer to D6125)<br><br>9. The Technical Supervisors failed to include assessment of problem solving skills in the evaluation of the competency of the staff. (Refer to D6126)<br><br>10. The Technical Supervisors failed to evaluate and document the performance of individuals responsible for performing investigations of transfusion reaction, emergency blood product release procedures, compatibility antiglobulin crossmatch, electronic compatibility crossmatch, prewarm antibody procedures, eluate procedures, indirect coombs antibody identification procedures, saline replacement procedures, and manual body fluid count and differential high complexity testing at least annually after the first year. (Refer to D6128, Item 1)<br><br>11. The Technical Supervisors failed to evaluate and document the performance of individuals responsible for performing high complexity blood bank testing at least annually after the first year. (Refer to D6128, Item 2)<br><br>12. The laboratory failed to complete evaluations and document a determination of competency of testing personnel at least annually after the first year. (Refer to D6128, Item 3) | D6108 | | |
| D6111 | 493.1449 TECHNICAL SUPERVISOR QUALIFICATIONS<br><br>(a) The technical supervisor must possess a current license issued by the State in which the laboratory is located, if such licensing is required; and<br>(b) The laboratory may perform anatomic and | D6111 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 245<br><br>clinical laboratory procedures and tests in all specialties and subspecialties of services except histocompatibility and clinical cytogenetics services provided the individual functioning as the technical supervisor--<br>(b)(1) Is a doctor of medicine or doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and<br>(b)(2) Is certified in both anatomic and clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or Possesses qualifications that are equivalent to those required for such certification.<br>(c) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of bacteriology, the individual functioning as the technical supervisor must--<br>(c)(1)(i) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and<br>(c)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or<br>(c)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and<br>(c)(2)(ii) Have at least one year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of | D6111 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 246 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489876

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 246 | D6111 | | |
| | bacteriology; or | | | |
| | (c)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and | | | |
| | (c)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of bacteriology; or | | | |
| | (c)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and | | | |
| | (c)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of bacteriology; or | | | |
| | (c)(5)(i) Have earned a bachelor's degree in a chemical, physical, or biological science or medical technology from an accredited institution; and | | | |
| | (c)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of bacteriology. | | | |
| | (d) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of mycobacteriology, the individual functioning as the technical supervisor must-- | | | |
| | (d)(1)(i) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page 247 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489877

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 247 | D6111 | | |
| | located; and | | | |
| | (d)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | | | |
| | (d)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor or podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and | | | |
| | (d)(2)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycobacteriology; or | | | |
| | (d)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and | | | |
| | (d)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycobacteriology; or | | | |
| | (d)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and | | | |
| | (d)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycobacteriology; or | | | |
| | (d)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489878

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____  B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**  **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 248 | D6111 | | |

medical technology from an accredited institution; and

(d)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycobacteriology.

(e) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of mycology, the individual functioning as the technical supervisor must--

(e)(1)(i) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and

(e)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or

(e)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and

(e)(2)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycology; or

(e)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and

(e)(3)(ii) Have at least 1 year of laboratory training or experience, or both in high complexity testing

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489879

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 249 <br><br> within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycology; or <br> (e)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and <br> (e)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycology; or <br> (e)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or medical technology from an accredited institution; and <br> (e)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of mycology. <br> (f) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of parasitology, the individual functioning as the technical supervisor must-- <br> (f)(1)(i) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and <br> (f)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | D6111 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489880

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 250 | D6111 | | |
| | (f)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and | | | |
| | (f)(2)(ii) Have at least one year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of parasitology; | | | |
| | (f)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and | | | |
| | (f)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of parasitology; or | | | |
| | (f)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and | | | |
| | (f)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of parasitology; or | | | |
| | (f)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or medical technology from an accredited institution; and | | | |
| | (f)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489881

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 251<br><br>complexity testing within the subspecialty of parasitology.<br>(g) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of virology, the individual functioning as the technical supervisor must--<br>(g)(1)(i) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and<br>(g)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or<br>(g)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and<br>(g)(2)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of virology; or<br>(g)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and<br>(g)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of virology; or<br>(g)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited | D6111 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489882

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 252 | D6111 | | |

institution; and

(g)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of virology; or

(g)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or medical technology from an accredited institution; and

(g)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing within the specialty of microbiology with a minimum of 6 months experience in high complexity testing within the subspecialty of virology.

(h) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the specialty of diagnostic immunology, the individual functioning as the technical supervisor must-

(h)(1)(i) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and

(h)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or

(h)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and

(h)(2)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  253 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489883

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 253 | D6111 | | |
| | for the specialty of diagnostic immunology; or | | | |
| | (h)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and | | | |
| | (h)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of diagnostic immunology; or | | | |
| | (h)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and | | | |
| | (h)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing for the specialty of diagnostic immunology; or | | | |
| | (h)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or medical technology from an accredited institution; and | | | |
| | (h)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing for the specialty of diagnostic immunology. | | | |
| | (i) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the specialty of chemistry, the individual functioning as the technical supervisor must-- | | | |
| | (i)(1)(i) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and | | | |
| | (i)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | | | |
| | (i)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489884

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 254 <br><br> podiatry in the State in which the laboratory is located; and <br> (i)(2)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing for the specialty of chemistry; or <br> (i)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and <br> (i)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of chemistry; or <br> (i)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and <br> (i)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing for the specialty of chemistry; or <br> (i)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or medical technology from an accredited institution; and <br> (i)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing for the specialty of chemistry. <br> (j) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the specialty of hematology, the individual functioning as the technical supervisor must-- <br> (j)(1)(i) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and <br> (j)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | D6111 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  255 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489885

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 255 | D6111 | | |

(j)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and
(j)(2)(ii) Have at least one year of laboratory training or experience, or both, in high complexity testing for the specialty of hematology (for example, physicians certified either in hematology or hematology and medical oncology by the American Board of Internal Medicine); or
(j)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and
(j)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of hematology; or
(j)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and
(j)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing for the specialty of hematology; or
(j)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or medical technology from an accredited institution; and
(j)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing for the specialty of hematology.
(k)(1) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of cytology, the individual functioning as the technical supervisor must--
(k)(1)(i) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489886

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 256 located; and (k)(1)(ii) Meet one of the following requirements-- (k)(1)(ii)(A) Be certified in anatomic pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or (k)(1)(ii)(B) Be certified by the American Society of Cytology to practice cytopathology or possess qualifications that are equivalent to those required for such certification; (l) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of histopathology, the individual functioning as the technical supervisor must-- (l)(1) Meet one of the following requirements: (l)(1)(i)(A) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and (l)(1)(i)(B) Be certified in anatomic pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; (l)(1)(ii) An individual qualified under §493.1449(b) or paragraph (l)(1) of this section may delegate to an individual who is a resident in a training program leading to certification specified in paragraph (b) or (l)(1)(i)(B) of this section, the responsibility for examination and interpretation of histopathology specimens. (l)(2) For tests in dermatopathology, meet one of the following requirements: (l)(2)(i)(A) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or | D6111 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489887

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 257 | D6111 | | |
| | osteopathy in the State in which the laboratory is located and-- | | | |
| | (l)(2)(i)(B) Meet one of the following requirements: | | | |
| | (l)(2)(i)(B)(1) Be certified in anatomic pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | | | |
| | (l)(2)(i)(B)(2) Be certified in dermatopathology by the American Board of Dermatology and the American Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | | | |
| | (l)(2)(i)(B)(3) Be certified in dermatology by the American Board of Dermatology or possess qualifications that are equivalent to those required for such certification; or | | | |
| | (l)(2)(ii) An individual qualified under §493.1449(b) or paragraph (l)(2)(i) of this section may delegate to an individual who is a resident in a training program leading to certification specified in paragraphs (b) or (l)(2)(i)(B) of this section, the responsibility for examination and interpretation of dermatopathology specimens. | | | |
| | (l)(3) For tests in ophthalmic pathology, meet one of the following requirements: | | | |
| | (l)(3)(i)(A) Be a doctor of medicine or doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located and-- | | | |
| | (l)(3)(i)(B) Must meet one of the following requirements: | | | |
| | (l)(3)(i)(B)(1) Be certified in anatomic pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489888

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 258 <br><br> (l)(3)(i)(B)(2) Be certified by the American Board of Ophthalmology or possess qualifications that are equivalent to those required for such certification and have successfully completed at least 1 year of formal post-residency fellowship training in ophthalmic pathology; or <br> (l)(3)(ii) An individual qualified under §493.1449(b) or paragraph (1)(3)(i) of this section may delegate to an individual who is a resident in a training program leading to certification specified in paragraphs (b) or (1)(3)(i)(B) of this section, the responsibility for examination and interpretation of ophthalmic specimens; or <br> (m) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the subspecialty of oral pathology, the individual functioning as the technical supervisor must meet one of the following requirements: <br> (m)(1)(i) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located and-- <br> (m)(1)(ii) Be certified in anatomic pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or <br> (m)(2) Be certified in oral pathology by the American Board of Oral Pathology or possess qualifications for such certification; or <br> (m)(3) An individual qualified under §493.1449(b) or paragraph (m)(1) or (2) of this section may delegate to an individual who is a resident in a training program leading to certification specified in paragraphs (b) or (m)(1) or (2) of this section, the responsibility for examination and interpretation of oral pathology specimens. <br> (n) If the requirements of paragraph (b) of this | D6111 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489889

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  **36D0688090** | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  **03/13/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  **MARYMOUNT HOSPITAL LABORATORY** | STREET ADDRESS, CITY, STATE, ZIP CODE  **12300 MCCRACKEN ROAD**  **GARFIELD HEIGHTS, OH  44125** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 259 | D6111 | | |
| | section are not met and the laboratory performs tests in the specialty of radiobioassay, the individual functioning as the technical supervisor must-- | | | |
| | (n)(1)(i) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and | | | |
| | (n)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | | | |
| | (n)(2)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and | | | |
| | (n)(2)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing for the specialty of radiobioassay; or | | | |
| | (n)(3)(i) Have an earned doctoral degree in a chemical, physical, biological or clinical laboratory science from an accredited institution; and | | | |
| | (n)(3)(ii) Have at least 1 year of laboratory training or experience, or both, in high complexity testing within the specialty of radiobioassay; or | | | |
| | (n)(4)(i) Have earned a master's degree in a chemical, physical, biological or clinical laboratory science or medical technology from an accredited institution; and | | | |
| | (n)(4)(ii) Have at least 2 years of laboratory training or experience, or both, in high complexity testing for the specialty of radiobioassay; or | | | |
| | (n)(5)(i) Have earned a bachelor's degree in a chemical, physical or biological science or medical technology from an accredited institution; and | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489890

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 260 | D6111 | | |
| | (n)(5)(ii) Have at least 4 years of laboratory training or experience, or both, in high complexity testing for the specialty of radiobioassay. | | | |
| | (o) If the laboratory performs tests in the specialty of histocompatibility, the individual functioning as the technical supervisor must either-- | | | |
| | (o)(1)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and | | | |
| | (o)(1)(ii) Have training or experience that meets one of the following requirements: | | | |
| | (o)(1)(ii)(A) Have 4 years of laboratory training or experience, or both, within the specialty of histocompatibility; or | | | |
| | (o)(1)(ii)(B)(1) Have 2 years of laboratory training or experience, or both, in the specialty of general immunology; and | | | |
| | (o)(1)(ii)(B)(2) Have 2 years of laboratory training or experience, or both, in the specialty of histocompatibility; or | | | |
| | (o)(2)(i) Have an earned doctoral degree in a biological or clinical laboratory science from an accredited institution; and | | | |
| | (o)(2)(ii) Have training or experience that meets one of the following requirements: | | | |
| | (o)(2)(ii)(A) Have 4 years of laboratory training or experience, or both, within the specialty of histocompatibility; or | | | |
| | (o)(2)(ii)(B)(1) Have 2 years of laboratory training or experience, or both, in the specialty of general immunology; and | | | |
| | (o)(2)(ii)(B)(2) Have 2 years of laboratory training or experience, or both, in the specialty of histocompatibility. | | | |
| | (p) If the laboratory performs tests in the specialty of clinical cytogenetics, the individual functioning | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489891

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 261 | D6111 | | |
| | as the technical supervisor must-- | | | |
| | (p)(1)(i) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located; and | | | |
| | (p)(1)(ii) Have 4 years of training or experience, or both, in genetics, 2 of which have been in clinical cytogenetics; or | | | |
| | (p)(2)(i) Hold an earned doctoral degree in a biological science, including biochemistry, or clinical laboratory science from an accredited institution; and | | | |
| | (p)(2)(ii) Have 4 years of training or experience, or both, in genetics, 2 of which have been in clinical cytogenetics. | | | |
| | (q) If the requirements of paragraph (b) of this section are not met and the laboratory performs tests in the specialty of immunohematology, the individual functioning as the technical supervisor must-- | | | |
| | (q)(1)(i) Be a doctor of medicine or a doctor of osteopathy licensed to practice medicine or osteopathy in the State in which the laboratory is located; and | | | |
| | (q)(1)(ii) Be certified in clinical pathology by the American Board of Pathology or the American Osteopathic Board of Pathology or possess qualifications that are equivalent to those required for such certification; or | | | |
| | Note: The technical supervisor requirements for "laboratory training or experience, or both" in each specialty or subspecialty may be acquired concurrently in more than one of the specialties or subspecialties of service. For example, an individual, who has a doctoral degree in chemistry and additionally has documentation of 1 year of | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  262 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489892

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 262 | D6111 | | |
| | laboratory experience working concurrently in high complexity testing in the specialties of microbiology and chemistry and 6 months of that work experience included high complexity testing in bacteriology, mycology, and mycobacteriology, would qualify as the technical supervisor for the specialty of chemistry and the subspecialties of bacteriology, mycology, and mycobacteriology. | | | |
| | This STANDARD is not met as evidenced by: Item 1: | | | |
| | Based on review of the laboratory's Form CMS-209, education documentation, and an interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed ensure Technical Supervisors (TS) #1, #4, and #11 met the qualification requirements specified at 493.1449. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's Form CMS-209, approved and signed by the LD on 03/9/2015 found 11 individuals certified by the LD to fulfill the role of TS. | | | |
| | 2. Review of the laboratory's policy and procedure titled "Job Descriptions" found the following statements: | | | |
| | "Technical Supervisors at the Cleveland Clinic (CC) include section heads within a department, members of the CC professional staff and technical personnel who meet the educational, training and experience qualifications. These | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489893

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 263 | D6111 | | |
| | individual may be responsible for the technical and scientific oversight of the laboratory. Qualifications for the technical supervisor (including training, expertise and experience) and responsibilities are included in the Curriculum Vitae and appropriate diploma/transcripts on file in the respective Department Office as well as the CC Professional Staff Performance Standards included in the Institute's Job Description Manual. The Laboratory Director is also qualified to serve in the role of Technical Supervisor. Each technical supervisor is a licensed MD or DO or meets the alternate qualifications (e.g. PhD, technical personnel) for the subspecialty areas defined in Federal Register 42 CFR 493.1449. This encompasses all CLIA '88 Technical Supervisor responsibilities as outlined in Federal Register 1992(Feb 28): 7180-7181 42 CFR 493.1451 including but not limited to the following: | | | |
| | Accessibility to provide onsite, telephone or electronic consultation as necessary | | | |
| | Selection of test methodology | | | |
| | Verification of test procedures performed and establishment of test procedures | | | |
| | Enrollment and participation in HHS/CAP approved proficiency testing program commensurate with services offered | | | |
| | Establishment of a complete quality control program | | | |
| | Resolving technical problems and ensuring remedial actions | | | |
| | Ensuring patient test results are not released | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 264 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 264 until all corrective actions have been taken and the test system is functioning properly | D6111 | | |
| | Identification of training needs | | | |
| | Evaluation of competency of all testing personnel | | | |
| | Evaluation and documentation of individual performance | | | |
| | In addition to the technical supervisor's responsibilities, he or she is qualified to perform the duties of a general supervisor and testing personnel.  He or she may also delegate these responsibilities to personnel meeting the qualifications." | | | |
| | 3.  Review of education documentation provided revealed the following: | | | |
| | TS#1 possessed a foreign Bachelor of Science in Medical Technology | | | |
| | TS#4 possessed a high school diploma | | | |
| | TS#11 possessed a foreign Bachelor of Science in Medical Technology | | | |
| | 4.  Surveyor #2 requested documentation demonstrating an evaluation of the foreign documentation of education performed by a nationally recognized organization for TS#1 and #11 from TS#8 and TS#9.  Additionally, Surveyor #2 requested documentation of education for TS#4 that demonstrates they met the TS qualification requirements. | | | |
| | TS#8 stated the lab had submitted evaluation request forms for the foreign documentation of | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489895

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 265 | D6111 | | |
| | education, however, had not yet received documentation of the evaluations.  The lab failed to submit the requested documentation within 7 calendar days from the date of request.  The interview occurred on 03/9/2015 at 9:08 AM. | | | |
| | Item 2: | | | |
| | Based on review of the laboratory's Form CMS-209, policies and procedures, and education documentation, the laboratory failed to ensure Technical Supervisors (TS) #1, #6, #7, #8, #9, and #11 met the qualification requirements specified at 493.1449q for the specialty of Immunohematology. | | | |
| | Findings Include: | | | |
| | 1.  Review of the laboratory's Form CMS-209, approved and signed by the Laboratory Director (LD) on 03/9/2015, found 6 individuals certified by the LD to fulfill the role of immunohematology TS. | | | |
| | 2.  Review of the laboratory's policy and procedure titled "Job Descriptions" found the following statements: | | | |
| | "Technical Supervisors at the Cleveland Clinic (CC) include section heads within a department, members of the CC professional staff and technical personnel who meet the educational, training and experience qualifications.  These individual may be responsible for the technical and scientific oversight of the laboratory. Qualifications for the technical supervisor (including training, expertise and experience) and responsibilities are included in the Curriculum | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  266 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489896

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 266 <br><br> Vitae and appropriate diploma/transcripts on file in the respective Department Office as well as the CC Professional Staff Performance Standards included in the Institute's Job Description Manual. The Laboratory Director is also qualified to serve in the role of Technical Supervisor. Each technical supervisor is a licensed MD or DO or meets the alternate qualifications (e.g. PhD, technical personnel) for the subspecialty areas defined in Federal Register 42 CFR 493.1449. This encompasses all CLIA '88 Technical Supervisor responsibilities as outlined in Federal Register 1992(Feb 28): 7180-7181 42 CFR 493.1451 including but not limited to the following: <br><br> Accessibility to provide onsite, telephone or electronic consultation as necessary <br><br> Selection of test methodology <br><br> Verification of test procedures performed and establishment of test procedures <br><br> Enrollment and participation in HHS/CAP approved proficiency testing program commensurate with services offered <br><br> Establishment of a complete quality control program <br><br> Resolving technical problems and ensuring remedial actions <br><br> Ensuring patient test results are not released until all corrective actions have been taken and the test system is functioning properly <br><br> Identification of training needs | D6111 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489897

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 267 Evaluation of competency of all testing personnel Evaluation and documentation of individual performance In addition to the technical supervisor's responsibilities, he or she is qualified to perform the duties of a general supervisor and testing personnel.  He or she may also delegate these responsibilities to personnel meeting the qualifications." 3.  Review of the laboratory's policy and procedure titled "Manual of Operations Competency Assessment" found the following statements: "Appendix D: Technical Supervisor CLIA requires at minimum a bachelor degreed individual for technical supervisor of most laboratory sections.  CLIA requires special qualifications for technical supervisor in certain specialties (Transfusion Medicine, Cytopathology, Cytogenetics, Histopathology, Oral pathology, Histocompatibility) (493.1449).  For these specialties, required qualifications include being a physician and/or doctoral scientist, and having specified training/experience.  Refer to CLIA for further details.  For these specialties, the technical supervisor may be referred to as the section director." 4.  Review of education documentation provided revealed the following: TS#1 possessed a foreign Bachelor of Science in Medical Technology | D6111 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page  268 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489898

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6111 | Continued From page 268 | D6111 | | |
| | TS#6 possessed a Bachelor of Science in Medical Technology | | | |
| | TS#7 possessed a Bachelor of Science in Medical Technology | | | |
| | TS#8 possessed a Bachelor of Science in Biology | | | |
| | TS#9 possessed a Bachelor of Science in Clinical Laboratory | | | |
| | TS#11 possessed a foreign Bachelor of Science in Medical Technology | | | |
| D6121 | 493.1451(b)(8)(i) TECHNICAL SUPERVISOR RESPONSIBILITIES | D6121 | | |
| | The procedures for evaluation of the competency of the staff must include, but are not limited to direct observations of routine patient test performance, including patient preparation, if applicable, specimen handling, processing and testing. This STANDARD  is not met as evidenced by: Item 1: | | | |
| | Based on review of the laboratory's policies and procedures, competency assessment documentation, and four confidential interviews, the Technical Supervisors failed to include direct observations of routine patient test performance, including specimen handling, processing and testing, in the evaluation of the competency of the staff. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  269 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489899

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 269<br><br>titled "Competency Assessment" found the following statements:<br><br>"III. Required Competency Assessment<br><br>Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities.<br><br>Each laboratory area must define and document their area specific test systems."<br><br>"V. Test Complexity<br>C. Moderate and High Complexity Tests<br>Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements."<br><br>"VIII. Annual Competency Assessment of Testing Personnel<br>A. Supervisory Responsibilities<br>Note: While others may assist with the competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel.<br>- Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s)<br>- Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to | D6121 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 270 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489900

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 270<br><br>Section XII, 'Procedure for Competency Assessment' for specifics)."<br><br>"VIII. Annual Competency Assessment of Testing Personnel<br>B. Assessor Responsibilities<br>- Ensure assessor is qualified to perform competency assessment for the complexity level of testing.<br>- Prepare and distribute selected competency testing samples.<br>- Observe testing personnel and review documentation in a professional impartial manner."<br><br>"IX. Scope of Competency Assessment<br>The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency."<br><br>"X. Competency Assessment Elements for Testing Personnel<br>For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system).<br><br>A. Direct observations of routine patient test performance, including, as applicable, patient | D6121 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489901

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 271 <br><br> identification and preparation; and specimen collection, handling, processing and testing. Direct observation may include: <br> - Patient identification <br> - Maintaining specimen identity <br> - Specimen handling <br> - Compliance with established operation procedures <br> - Safety compliance <br> - Proper technique <br> - Proper performance of quality control" <br><br> 2. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP) (TP #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #43, and #44) found the following statement under the heading "Competency Assessment Methods (MUST complete all 6 methods)": <br><br> "1. Successful performance of routine patient testing verified by direct observation. *Proper sample analysis, proper sampling technique" <br><br> The laboratory documented completion of direct observation of routine patient testing on 217 out of 217 competency assessments. <br><br> 3. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, individuals stated the following: <br><br> During competency assessment evaluations, the observer did not directly observe the complete testing process, observations were done in a spot checking manner. <br><br> Direct observations performed in a periodic | D6121 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: O9M611          Facility ID: OHC05083          If continuation sheet Page 272 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489902

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 272 manner during the testing process, the observer does not stay and observe the testing process in it's entirety. | D6121 | | |
| | TPs and TSs work together on the bench and as a result TS's feel comfortable signing off direct observations because they know the TP can perform the test just from working on the bench with them. | | | |
| | The TS didn't stand over the TP while they performed the test, the TS would just come and check on the TP periodically. | | | |
| | Item 2: | | | |
| | Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, and documentation of education, the Technical Supervisors failed to ensure direct observations of routine patient test performance, including specimen handling, processing and testing, were evaluated and documented by qualified Technical Supervisors for the evaluation of the competency of the staff. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements: | | | |
| | "III. Required Competency Assessment | | | |
| | Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 273 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489903

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 273<br><br>consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities."<br><br>"V. Test Complexity<br>C. Moderate and High Complexity Tests<br>Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements."<br><br>"VIII. Annual Competency Assessment of Testing Personnel<br>A. Supervisory Responsibilities<br>Note: While others may assist with the he competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel.<br>- Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s)<br>- Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)."<br><br>"VIII. Annual Competency Assessment of Testing Personnel<br>B. Assessor Responsibilities<br>- Ensure assessor is qualified to perform competency assessment for the complexity level of testing.<br>- Prepare and distribute selected competency testing samples.<br>- Observe testing personnel and review | D6121 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 274 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 274 documentation in a professional impartial manner." | D6121 | | |
| | "X. Competency Assessment Elements for Testing Personnel For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system). | | | |
| | A. Direct observations of routine patient test performance, including, as applicable, patient identification and preparation; and specimen collection, handling, processing and testing. Direct observation may include: - Patient identification - Maintaining specimen identity - Specimen handling - Compliance with established operation procedures - Safety compliance - Proper technique - Proper performance of quality control" | | | |
| | 2. Review of the Form CMS-209 found 11 individuals certified by the LD to fulfil the role of Technical Supervisor (TS). Upon review of the TS's documentation of education, it was identified that TS #1, #4, and #11 were not qualified to fulfil the role of TS. (Refer to D6111, Item 1) | | | |
| | Further review of the Form CMS-209 Found TP #43 was not certified by the LD to fulfill the role of TS or General Supervisor (GS). | | | |
| | 3. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP) (TP #1, #2, #3, #4, #5, #6, #7, #8, | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 275 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489905

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 275<br><br>#9, #10, #11, #12, #13, #14, #15, #16, #43, and #44) found the following statement under the heading "Competency Assessment Methods (MUST complete all 6 methods)":<br><br>"1. Successful performance of routine patient testing verified by direct observation. *Proper sample analysis, proper sampling technique"<br><br>Direct observation of routine patient test performance was performed and documented by a non-qualified TS or TP not certified by the LD to fulfil the roles of TS or GS on 29 out of 217 competency assessments as follows:<br><br>TP #2:<br><br>Competency: Rapid HIV<br>Date: 03/06/2015<br>Initials: TS #1<br><br>Competency: Gram Stain<br>Date: 03/06/2015<br>Initials: TS #1<br><br>Competency: Chemistry<br>Date: 03/06/2015<br>Initials: TS #1<br><br>Competency: Urine Tox Screen<br>Date: 03/04/2015<br>Initials: TS #1<br><br>Competency: Urinalysis<br>Date: 03/06/2015<br>Initials: TS #1<br><br>Competency:<br>Wet Preparation/Trichomonas | D6121 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489906

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 276 <br> Date: 03/06/2015 <br> Initials: TS #1 <br><br> TP #4: <br><br> Competency: Urine Tox Screen <br> Date: 03/05/2015 <br> Initials: TS #11 <br><br> Competency: Osmometer <br> Date: 03/05/2015 <br> Initials: TS #11 <br><br> Competency: Rapid HIV <br> Date: 03/06/2015 <br> Initials: TS #11 <br><br> Competency: hCG <br> Date: 03/06/2015 <br> Initials: TS #11 <br><br> Competency: <br> Wet Preparation/Trichomonas <br> Date: 03/06/2015 <br> Initials: TS #11 <br><br> Competency: Gram Stain <br> Date: 03/05/2015 <br> Initials: TS #11 <br><br> Competency: Mono <br> Date: 03/05/2015 <br> Initials: TS #11 <br><br> TP #5: <br><br> Competency: Gram Stain <br> Date: 02/26/2015 <br> Initials: TP #43 | D6121 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 277 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489907

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 277 | D6121 | | |
| | Competency: Gram Stain Date: 03/05/2015 Initials: TP #43 | | | |
| | Competency: Legionella Date: 03/03/2015 Initials: TP #43 | | | |
| | Competency: Wet Preparation/Trichomonas Date: 03/03/2015 Initials: TP #43 | | | |
| | TP #9: | | | |
| | Competency: Wet Preparations/Trichomonas Date: 03/03/2015 Initials: TP #43 | | | |
| | TP #12: | | | |
| | Competency: CBC/CBCDIF Date: 03/07/2015 Initials: TS #11 | | | |
| | Competency: Manual Differential Date: 03/07/2015 Initials: TS #11 | | | |
| | Competency: Rapid HIV Date: 03/07/2015 Initials: TS #11 | | | |
| | Competency: PT/PTT/DDIMER Date: 03/07/2015 Initials: TS #11 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489908

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6121 | Continued From page 278 | D6121 | | |
| | Competency: hCG | | | |
| | Date: 03/07/2015 | | | |
| | Initials: TS #11 | | | |
| | | | | |
| | Competency: Chemistry | | | |
| | Date: 03/07/2015 | | | |
| | Initials: TS #11 | | | |
| | | | | |
| | Competency: Urinalysis | | | |
| | Date: 03/09/2015 | | | |
| | Initials: TS #11 | | | |
| | | | | |
| | TP #13: | | | |
| | | | | |
| | Competency: Mono | | | |
| | Date: 03/06/2015 | | | |
| | Initials: TP #43 | | | |
| | | | | |
| | TP #14: | | | |
| | | | | |
| | Competency: Mono | | | |
| | Date: 03/06/2015 | | | |
| | Initials: TP #11 | | | |
| | | | | |
| | Competency: Urinalysis | | | |
| | Date: 03/01/2015 | | | |
| | Initials: TP #11 | | | |
| | | | | |
| | Competency: CBC/CBCDIF | | | |
| | Date: 03/01/2015 | | | |
| | Initials: TP #11 | | | |
| | | | | |
| | Tox - Toxicology | | | |
| | CBC - Complete Blood Count | | | |
| | CBCDIF - Complete Blood Count Differential | | | |
| | Mono - Mononucleosis | | | |
| | PT - Protime | | | |
| | PTT - Partial Thromboplastin Time | | | |
| | DDMR - D-Dimer | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489909

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | 493.1451(b)(8)(ii) TECHNICAL SUPERVISOR RESPONSIBILITIES

The procedures for evaluation of the competency of the staff must include, but are not limited to monitoring the recording and reporting of test results.
This STANDARD is not met as evidenced by:
 Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, and documentation of education, the Technical Supervisors failed to include monitoring the recording and reporting of test results in the evaluation of the competency of the staff.

Findings Include:

1. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements:

"III. Required Competency Assessment

Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities."

"V. Test Complexity
C. Moderate and High Complexity Tests
Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The | D6122 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489910

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | Continued From page 280 competency assessment must include all six elements." "VIII. Annual Competency Assessment of Testing Personnel A. Supervisory Responsibilities Note: While others may assist with the he competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel. - Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s) - Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)." "VIII. Annual Competency Assessment of Testing Personnel B. Assessor Responsibilities - Ensure assessor is qualified to perform competency assessment for the complexity level of testing. - Prepare and distribute selected competency testing samples. - Observe testing personnel and review documentation in a professional impartial manner." "IX. Scope of Competency Assessment The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument | D6122 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489911

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | Continued From page 281 | D6122 | | |
| | maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency." | | | |
| | "X. Competency Assessment Elements for Testing Personnel For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system). | | | |
| | B. Monitoring the recording and reporting of test results, including, as applicable, reporting critical results The designated assessor monitors the recording and reporting of results through the comparison of computer entries against instrument printouts or worksheets. The assessor ensures compliance with critical value resulting and reporting policies where applicable." | | | |
| | 2. Review of the Form CMS-209 found 11 individuals certified by the LD to fulfil the role of Technical Supervisor (TS). Upon review of the TS's documentation of education, it was identified that TS #1, #4, and #11 were not qualified to fulfil the role of TS. (Refer to D6111, Item 1) | | | |
| | Further review of the Form CMS-209 Found TP #43 was not certified by the LD to fulfill the role of TS or General Supervisor (GS). | | | |
| | 3. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #43, and | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489912

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | Continued From page 282 | D6122 | | |
| | #44) found the following statement under the heading "Competency Assessment Methods (MUST complete all 6 methods)": | | | |
| | "2. Supervisor review of test result recording and reporting. *Manual result entry into the medical record" | | | |
| | Monitoring the recording and reporting of test results was performed and documented by a non-qualified TS or TP not certified by the LD to fulfil the roles of TS or GS on 29 out of 217 competency assessments as follows: | | | |
| | TP #2: | | | |
| | Competency: Rapid HIV Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Gram Stain Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Chemistry Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Urine Tox Screen Date: 03/04/2015 Initials: TS #1 | | | |
| | Competency: Urinalysis Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Wet Preparation/Trichomonas Date: 03/06/2015 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489913

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | Continued From page 283 Initials: TS #1 | D6122 | | |
| | TP #4: | | | |
| | Competency: Urine Tox Screen Date: 03/05/2015 Initials: TS #11 | | | |
| | Competency: Osmometer Date: 03/05/2015 Initials: TS #11 | | | |
| | Competency: Rapid HIV Date: 03/06/2015 Initials: TS #11 | | | |
| | Competency: hCG Date: 03/06/2015 Initials: TS #11 | | | |
| | Competency: Wet Preparation/Trichomonas Date: 03/06/2015 Initials: TS #11 | | | |
| | Competency: Gram Stain Date: 03/05/2015 Initials: TS #11 | | | |
| | Competency: Mono Date: 03/05/2015 Initials: TS #11 | | | |
| | TP #5: | | | |
| | Competency: Gram Stain Date: 02/26/2015 Initials: TP #43 | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  284 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489914

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | Continued From page 284 | D6122 | | |
| | Competency: Gram Stain Date: 03/05/2015 Initials: TP #43 | | | |
| | Competency: Legionella Date: 03/03/2015 Initials: TP #43 | | | |
| | Competency: Wet Preparation/Trichomonas Date: 03/03/2015 Initials: TP #43 | | | |
| | TP #9: | | | |
| | Competency: Wet Preparations/Trichomonas Date: 03/03/2015 Initials: TP #43 | | | |
| | TP #12: | | | |
| | Competency: CBC/CBCDIF Date: 03/07/2015 Initials: TS #11 | | | |
| | Competency: Manual Differential Date: 03/07/2015 Initials: TS #11 | | | |
| | Competency: Rapid HIV Date: 03/07/2015 Initials: TS #11 | | | |
| | Competency: PT/PTT/DDIMER Date: 03/07/2015 Initials: TS #11 | | | |
| | Competency: hCG | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  285 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489915

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**36D0688090** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**03/13/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | Continued From page 285<br>Date: 03/07/2015<br>Initials: TS #11<br><br>Competency: Chemistry<br>Date: 03/07/2015<br>Initials: TS #11<br><br>Competency: Urinalysis<br>Date: 03/09/2015<br>Initials: TS #11<br><br>TP #13:<br><br>Competency: Mono<br>Date: 03/06/2015<br>Initials: TP #43<br><br>TP #14:<br><br>Competency: Mono<br>Date: 03/06/2015<br>Initials: TP #11<br><br>Competency: Urinalysis<br>Date: 03/01/2015<br>Initials: TP #11<br><br>Competency: CBC/CBCDIF<br>Date: 03/01/2015<br>Initials: TP #11<br><br>Monitoring the recording and reporting of test results was not performed and documented on 3 out of 217 competency assessments as follows:<br><br>TP #16:<br><br>Competency: CBC/CBCDIF<br>Date: blank | D6122 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  286 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489916

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6122 | Continued From page 286 Initials: blank Competency: PT/PTT/DDIMER Date: blank Initials: blank Competency: Manual Differential Date: blank Initials: blank Tox - Toxicology CBC - Complete Blood Count CBCDIF - Complete Blood Count Differential Mono - Mononucleosis PT - Protime PTT - Partial Thromboplastin Time DDMR - D-Dimer | D6122 | | |
| D6123 | 493.1451(b)(8)(iii) TECHNICAL SUPERVISOR RESPONSIBILITIES The procedures for evaluation of the competency of the staff must include, but are not limited to review of intermediate test results or worksheets, quality control records, proficiency testing results, and preventive maintenance records. This STANDARD  is not met as evidenced by:  Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, and documentation of education, the Technical Supervisors failed to include review of intermediate test results or worksheets, quality control records, proficiency testing results, and preventive maintenance records in the evaluation of the competency of the staff. Findings Include: | D6123 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:O9M611        Facility ID: OHC05083        If continuation sheet Page 287 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489917

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 287

1. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements:

"III. Required Competency Assessment

Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities."

"V. Test Complexity
C. Moderate and High Complexity Tests
Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements."

"VIII. Annual Competency Assessment of Testing Personnel
A. Supervisory Responsibilities
Note: While others may assist with the competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel.
- Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s)
- Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)." | D6123 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489918

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 288 | D6123 | | |

"VIII. Annual Competency Assessment of Testing Personnel
B. Assessor Responsibilities
- Ensure assessor is qualified to perform competency assessment for the complexity level of testing.
- Prepare and distribute selected competency testing samples.
- Observe testing personnel and review documentation in a professional impartial manner."

"IX. Scope of Competency Assessment
The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency."

"X. Competency Assessment Elements for Testing Personnel
For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system).

C. Review of intermediate test result or worksheets, quality control records, proficiency testing results, and preventative maintenance records (as applicable for the selected assay/test

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489919

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 289 | D6123 | | |
| | in Part A above). | | | |
| | - Worksheets | | | |
| | - Quality control records | | | |
| | - Proficiency testing | | | |
| | - Function verification and performance maintenance records | | | |
| | - Corrective actions" | | | |
| | | | | |
| | 2. Review of the Form CMS-209 found 11 individuals certified by the LD to fulfil the role of Technical Supervisor (TS). Upon review of the TS's documentation of education, it was identified that TS #1, #4, and #11 were not qualified to fulfil the role of TS. (Refer to D6111, Item 1) | | | |
| | | | | |
| | Further review of the Form CMS-209 Found TP #43 was not certified by the LD to fulfill the role of TS or General Supervisor (GS). | | | |
| | 3. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP) (TP #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #43, and #44) found the following statement under the heading "Competency Assessment Methods (MUST complete all 6 methods)": | | | |
| | | | | |
| | "3. Supervisor review of intermediate test results, QC records, AND proficiency Testing. *QC records, patient logs, proficiency testing" | | | |
| | | | | |
| | Review of intermediate test results or worksheets, quality control records, proficiency testing results, and preventive maintenance records was performed and documented by a non-qualified TS or TP not certified by the LD to fulfil the roles of TS or GS on 27 out of 217 competency assessments as follows: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489920

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 290 | D6123 | | |
| | TP #2: | | | |
| | Competency: Rapid HIV Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Gram Stain Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Chemistry Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Urine Tox Screen Date: 03/04/2015 Initials: TS #1 | | | |
| | Competency: Urinalysis Date: 03/06/2015 Initials: TS #1 | | | |
| | Competency: Wet Preparation/Trichomonas Date: 03/06/2015 Initials: TS #1 | | | |
| | TP #4: | | | |
| | Competency: Urine Tox Screen Date: 03/05/2015 Initials: TS #11 | | | |
| | Competency: Osmometer Date: 03/05/2015 Initials: TS #11 | | | |
| | Competency: Rapid HIV Date: 03/06/2015 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489921

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 291<br>Initials: TS #11<br><br>Competency: hCG<br>Date: 03/06/2015<br>Initials: TS #11<br><br>Competency:<br>Wet Preparation/Trichomonas<br>Date: 03/06/2015<br>Initials: TS #11<br><br>Competency: Gram Stain<br>Date: 03/05/2015<br>Initials: TS #11<br><br>Competency: Mono<br>Date: 03/05/2015<br>Initials: TS #11<br><br>TP #5:<br><br>Competency: Gram Stain<br>Date: 02/26/2015<br>Initials: TP #43<br><br>Competency: Gram Stain<br>Date: 03/05/2015<br>Initials: TP #43<br><br>Competency: Legionella<br>Date: 03/03/2015<br>Initials: TP #43<br><br>Competency:<br>Wet Preparation/Trichomonas<br>Date: 03/03/2015<br>Initials: TP #43<br><br>TP #9: | D6123 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489922

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 292

Competency:
Wet Preparations/Trichomonas
Date: 03/03/2015
Initials: TP #43

TP #12:

Competency: CBC/CBCDIF
Date: 03/07/2015
Initials: TS #11

Competency: Manual Differential
Date: 03/07/2015
Initials: TS #11

Competency: Rapid HIV
Date: 03/07/2015
Initials: TS #11

Competency: PT/PTT/DDIMER
Date: 03/07/2015
Initials: TS #11

Competency: hCG
Date: 03/07/2015
Initials: TS #11

Competency: Chemistry
Date: 03/07/2015
Initials: TS #11

Competency: Urinalysis
Date: 03/09/2015
Initials: TS #11

TP #13:

Competency: Mono | D6123 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  293 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 293<br>Date: 03/06/2015<br>Initials: TP #43<br><br>TP #14:<br><br>Competency: Mono<br>Date: 03/06/2015<br>Initials: TP #11<br><br>Review of intermediate test results or worksheets, quality control records, proficiency testing results, and preventive maintenance records was not performed and documented on 6 out of 217 competency assessments as follows:<br><br>TP #11:<br><br>Competency: Manual Differential<br>Date: blank<br>Initials: blank<br><br>TP #14:<br><br>Competency: Urinalysis<br>Date: N/A<br>Initials: blank<br><br>TP #16:<br><br>Competency: PT/PTT/DDIMER<br>Date: blank<br>Initials: blank<br><br>Competency: Manual Differential<br>Date: blank<br>Initials: blank<br><br>TP #44: | D6123 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489924

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6123 | Continued From page 294 | D6123 | | |
| | Competency: CBC/CBCDIF Date: blank Initials: blank | | | |
| | Competency: PT/PTT/DDIMER Date: blank Initials: blank | | | |
| | Tox - Toxicology CBC - Complete Blood Count CBCDIF - Complete Blood Count Differential Mono - Mononucleosis PT - Protime PTT - Partial Thromboplastin Time DDMR - D-Dimer | | | |
| D6124 | 493.1451(b)(8)(iv) TECHNICAL SUPERVISOR RESPONSIBILITIES | D6124 | | |
| | The procedures for evaluation of the competency of the staff must include, but are not limited to direct observation of performance of instrument maintenance and function checks. This STANDARD is not met as evidenced by: Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, documentation of education, and four confidential interviews, the Technical Supervisors failed to include direct observation of performance of instrument maintenance and function checks in the evaluation of the competency of the staff. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements: | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489925

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6124 | Continued From page 295 | D6124 | | |
| | "III. Required Competency Assessment | | | |
| | Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities." | | | |
| | "V. Test Complexity<br>C. Moderate and High Complexity Tests<br>Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements." | | | |
| | "VIII. Annual Competency Assessment of Testing Personnel<br>A. Supervisory Responsibilities<br>Note: While others may assist with the he competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel.<br>- Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s)<br>- Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)." | | | |
| | "VIII. Annual Competency Assessment of Testing Personnel<br>B. Assessor Responsibilities | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:O9M611        Facility ID: OHC05083        If continuation sheet Page 296 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489926

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6124 | Continued From page 296 | D6124 | | |
| | - Ensure assessor is qualified to perform competency assessment for the complexity level of testing. | | | |
| | - Prepare and distribute selected competency testing samples. | | | |
| | - Observe testing personnel and review documentation in a professional impartial manner." | | | |
| | "IX. Scope of Competency Assessment | | | |
| | The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency." | | | |
| | "X. Competency Assessment Elements for Testing Personnel | | | |
| | For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system). | | | |
| | D. Direct observation of performance of instrument maintenance and function checks | | | |
| | All testing personnel are responsible for requesting a designated assessor to directly observe performance of instrument maintenance and function checks on the selected instrument. A review of service maintenance records meets this requirement. | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete       Event ID: O9M611       Facility ID: OHC05083       If continuation sheet Page 297 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489927

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6124 | Continued From page 297 | D6124 | | |
| | For manual tests that do not have an instrument involved, this element can be 'Not applicable'. If an employees role does not include instrument maintenance, this element can be 'Not applicable'." | | | |
| | 2. Review of the Form CMS-209 found 11 individuals certified by the LD to fulfil the role of Technical Supervisor (TS). Upon review of the TS's documentation of education, it was identified that TS #1, #4, and #11 were not qualified to fulfil the role of TS. (Refer to D6111, Item 1) | | | |
| | Further review of the Form CMS-209 Found TP #43 was not certified by the LD to fulfill the role of TS or General Supervisor (GS). 3. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP) (TP #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #43, and #44) found the following statement under the heading "Competency Assessment Methods (MUST complete all 6 methods)": | | | |
| | "4. Direct observation of performance of instrument maintenance and function checks. *Direct observation of instrument maintenance" | | | |
| | Direct observation of performance of instrument maintenance and function checks was performed and documented by a non-qualified TS or TP not certified by the LD to fulfil the roles of TS or GS on 13 out of 217 competency assessments as follows: | | | |
| | TP #2: | | | |
| | Competency: Urinalysis | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  298 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489928

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6124 | Continued From page 298 Date: 03/06/2015 Initials: TS #1 | D6124 | | |
| | TP #4: | | | |
| | Competency: Osmometer Date: 03/05/2015 Initials: TS #11 | | | |
| | TP #5: | | | |
| | Competency: Gram Stain Date: 02/26/2015 Initials: TP #43 | | | |
| | Competency: Gram Stain Date: 03/05/2015 Initials: TP #43 | | | |
| | Competency: Legionella Date: 03/03/2015 Initials: TP #43 | | | |
| | Competency: Wet Preparation/Trichomonas Date: 03/03/2015 Initials: TP #43 | | | |
| | TP #9: | | | |
| | Competency: Wet Preparations/Trichomonas Date: 03/03/2015 Initials: TP #43 | | | |
| | TP #12: | | | |
| | Competency: CBC/CBCDIF Date: 03/07/2015 | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489929

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6124 | Continued From page 299 | D6124 | | |
| | Initials: TS #11 | | | |
| | | | | |
| | Competency: PT/PTT/DDIMER | | | |
| | Date: 03/07/2015 | | | |
| | Initials: TS #11 | | | |
| | | | | |
| | Competency: Chemistry | | | |
| | Date: 03/07/2015 | | | |
| | Initials: TS #11 | | | |
| | | | | |
| | Competency: Urinalysis | | | |
| | Date: 03/09/2015 | | | |
| | Initials: TS #11 | | | |
| | | | | |
| | TP #13: | | | |
| | | | | |
| | Competency: Mono | | | |
| | Date: 03/06/2015 | | | |
| | Initials: TP #43 | | | |
| | | | | |
| | TP #14: | | | |
| | | | | |
| | Competency: CBC/CBCDIF | | | |
| | Date: 03/01/2015 | | | |
| | Initials: TP #11 | | | |
| | | | | |
| | 3. During confidential interviews, which occurred 03/12/2015 from 3:25 PM through 6:36 PM, individuals stated the following: | | | |
| | | | | |
| | TS and GS did not directly observe TP performing instrument maintenance. | | | |
| | | | | |
| | There was no direct observation of instrument maintenance when the laboratory performed the competency assessment evaluations the prior week. | | | |
| | | | | |
| | Tox - Toxicology | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489930

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6124 | Continued From page 300<br><br>CBC - Complete Blood Count<br>CBCDIF - Complete Blood Count Differential<br>Mono - Mononucleosis<br>PT - Protime<br>PTT - Partial Thromboplastin Time<br>DDMR - D-Dimer | D6124 | | |
| D6125 | 493.1451(b)(8)(v) TECHNICAL SUPERVISOR RESPONSIBILITIES<br><br>The procedures for evaluation of the competency of the staff must include, but are not limited to assessment of test performance through testing previously analyzed specimens, internal blind testing samples or external proficiency testing samples.<br>This STANDARD is not met as evidenced by:<br>Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, and documentation of education, the Technical Supervisors failed to include assessment of test performance through testing previously analyzed specimens, internal blind testing samples or external proficiency testing samples in the evaluation of the competency of the staff.<br><br>Findings Include:<br><br>1. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements:<br><br>"III. Required Competency Assessment<br><br>Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical | D6125 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489931

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6125 | Continued From page 301 | D6125 | | |
| | consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities." | | | |
| | "V. Test Complexity C. Moderate and High Complexity Tests Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements." | | | |
| | "VIII. Annual Competency Assessment of Testing Personnel A. Supervisory Responsibilities Note: While others may assist with the competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel. - Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s) - Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)." | | | |
| | "VIII. Annual Competency Assessment of Testing Personnel B. Assessor Responsibilities - Ensure assessor is qualified to perform competency assessment for the complexity level of testing. - Prepare and distribute selected competency testing samples. - Observe testing personnel and review | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete    Event ID: O9M611    Facility ID: OHC05083    If continuation sheet Page 302 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489932

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6125 | Continued From page 302<br>documentation in a professional impartial manner."<br><br>"IX. Scope of Competency Assessment<br>The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency."<br><br>"X. Competency Assessment Elements for Testing Personnel<br>For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system).<br><br>E. Assessment of test performance through testing previously analyzed specimens, internal blind testing samples or external proficiency testing samples<br>The testing performance of all testing personnel is evaluated by supervisory personnel or a designated assessor using comparison of results of previously resulted specimens, blind specimens, previously analyzed external proficiency testing survey samples, or other quality control samples."<br><br>2. Review of the Form CMS-209 found 11 individuals certified by the LD to fulfil the role of | D6125 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489933

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6125 | Continued From page 303 | D6125 | | |
| | Technical Supervisor (TS). Upon review of the TS's documentation of education, it was identified that TS #1, #4, and #11 were not qualified to fulfil the role of TS. (Refer to D6111, Item 1) | | | |
| | Further review of the Form CMS-209 Found Testing Personnel (TP) #43 was not certified by the LD to fulfill the role of TS or General Supervisor (GS). | | | |
| | 3. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP) (TP #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #43, and #44) found the following statement under the heading "Competency Assessment Methods (MUST complete all 6 methods)": | | | |
| | "5. Assessment of test performance through testing previously analyzed specimens, internal blind testing samples, or external proficiency testing samples. *Proficiency Test results, QC sheets, previously analyzed samples, ect." | | | |
| | 4. Assessment of test performance through testing previously analyzed specimens, internal blind testing samples, or external proficiency testing samples was performed and documented by a non-qualified TS or TP not certified by the LD to fulfil the roles of TS or GS on 12 out of 217 competency assessments as follows: | | | |
| | TP #5: | | | |
| | Competency: Gram Stain Date: 02/26/2015 Initials: TP #43 | | | |
| | Competency: Gram Stain | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489934

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6125 | Continued From page 304<br>Date: 03/05/2015<br>Initials: TP #43<br><br>Competency: Legionella<br>Date: 03/03/2015<br>Initials: TP #43<br><br>Competency:<br>Wet Preparation/Trichomonas<br>Date: 03/03/2015<br>Initials: TP #43<br><br>TP #9:<br><br>Competency:<br>Wet Preparation/Trichomonas<br>Date: 03/03/2015<br>Initials: TP #43<br><br>TP #12:<br><br>Competency: CBC/CBCDIF<br>Date: 03/07/2015<br>Initials: TS #11<br><br>Competency: Manual Differential<br>Date: 03/07/2015<br>Initials: TS #11<br><br>Competency: Rapid HIV<br>Date: 03/07/2015<br>Initials: TS #11<br><br>Competency: PT/PTT/DDIMER<br>Date: 03/07/2015<br>Initials: TS #11<br><br>Competency: hCG<br>Date: 03/07/2015 | D6125 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489935

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6125 | Continued From page 305 <br> Initials: TS #11 <br><br> Competency: Chemistry <br> Date: 03/07/2015 <br> Initials: TS #11 <br><br> TP #13: <br><br> Competency: Mono <br> Date: 03/06/2015 <br> Initials: TP #43 <br><br> Tox - Toxicology <br> CBC - Complete Blood Count <br> CBCDIF - Complete Blood Count Differential <br> Mono - Mononucleosis <br> PT - Protime <br> PTT - Partial Thromboplastin Time <br> DDMR - D-Dimer | D6125 | | |
| D6126 | 493.1451(b)(8)(vi) TECHNICAL SUPERVISOR RESPONSIBILITIES <br><br> The procedures for evaluation of the competency of the staff must include, but are not limted to assessment of problem solving skills. <br> This STANDARD  is not met as evidenced by: <br> Based on review of the laboratory's policies and procedures and competency assessment documentation, the Technical Supervisors failed to include assessment of problem solving skills in the evaluation of the competency of the staff. <br><br> Findings Include: <br><br> 1. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements: | D6126 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489936

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OHIO  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6126 | Continued From page 306 | D6126 | | |
| | "III. Required Competency Assessment | | | |
| | Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities." | | | |
| | "V. Test Complexity C. Moderate and High Complexity Tests Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements." | | | |
| | "VIII. Annual Competency Assessment of Testing Personnel A. Supervisory Responsibilities Note: While others may assist with the competency assessment process, the ultimate responsibility for this activity falls upon supervisory personnel. - Identify Assessors who meet the qualifications to perform competency assessment for the complexity level of the test system(s) - Select assessment method(s) that fulfill all 6 CLIA competency assessment elements (refer to Section XII, 'Procedure for Competency Assessment' for specifics)." | | | |
| | "VIII. Annual Competency Assessment of Testing Personnel B. Assessor Responsibilities | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489937

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6126 | Continued From page 307 | D6126 | | |
| | - Ensure assessor is qualified to perform competency assessment for the complexity level of testing. | | | |
| | - Prepare and distribute selected competency testing samples. | | | |
| | - Observe testing personnel and review documentation in a professional impartial manner." | | | |
| | "IX. Scope of Competency Assessment | | | |
| | The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency." | | | |
| | "X. Competency Assessment Elements for Testing Personnel | | | |
| | For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system). | | | |
| | F. Assessment of problem-solving skills | | | |
| | All testing personnel are responsible for submitting documentation that demonstrates problem-solving skills to the assessor. Problem solving skills can be assessed through quizzes or documented examples of the employee's skill in resolving actual laboratory issues. Documentation may include but is not limited to: laboratory | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489938

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6126 | Continued From page 308 information system or manual quality control corrective action, corrective action follow, root cause analysis, quality assurance forms, instrument corrective action, or case study review." 2. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP) (TP #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #43, and #44) found the following statement under the heading "Competency Assessment Methods (MUST complete all 6 methods)": "6. Assessment of problem solving skills. *Successful completion of quiz" Assessment of problem solving skills was not performed and documented on 14 out of 217 competency assessments as follows: TP #2: Competency: Osmometer Score: blank Date: blank Initials: blank Competency: Urine Tox Screen Score: blank Date: blank Initials: blank Competency: Urinalysis Score: blank Date: blank Initials: blank | D6126 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  309 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489939

PRINTED: 09/10/2015
FORM APPROVED
DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6126 | Continued From page 309 | D6126 | | |
| | Competency: Mono | | | |
| | Score: blank | | | |
| | Date: blank | | | |
| | Initials: blank | | | |
| | | | | |
| | TP #4: | | | |
| | | | | |
| | Competency: Osmometer | | | |
| | Score: blank | | | |
| | Date: blank | | | |
| | Initials: blank | | | |
| | | | | |
| | TP #12: | | | |
| | | | | |
| | Competency: CBC/CBCDIF | | | |
| | Score: blank | | | |
| | Date: blank | | | |
| | Initials: blank | | | |
| | | | | |
| | Competency: Manual Differential | | | |
| | Score: blank | | | |
| | Date: blank | | | |
| | Initials: blank | | | |
| | | | | |
| | Competency: Rapid HIV | | | |
| | Score: blank | | | |
| | Date: blank | | | |
| | Initials: blank | | | |
| | | | | |
| | Competency: PT/PTT/DDIMER | | | |
| | Score: blank | | | |
| | Date: blank | | | |
| | Initials: blank | | | |
| | | | | |
| | Competency: Mono | | | |
| | Score: blank | | | |
| | Date: blank | | | |
| | Initials: blank | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489940

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6126 | Continued From page 310 Competency: hCG Score: blank Date: blank Initials: blank Competency: Chemistry Score: blank Date: blank Initials: blank Competency: Urine Tox Screen Score: blank Date: blank Initials: blank Competency: Urinalysis Score: blank Date: blank Initials: blank Tox - Toxicology CBC - Complete Blood Count CBCDIF - Complete Blood Count Differential Mono - Mononucleosis PT - Protime PTT - Partial Thromboplastin Time DDMR - D-Dimer | D6126 | | |
| D6128 | 493.1451(b)(9) TECHNICAL SUPERVISOR RESPONSIBILITIES The technical supervisor is responsible for evaluating and documenting the performance of individuals responsible for high complexity testing at least annually after the first year, unless test methodology or instrumentation changes, in which case, prior to reporting patient test results, the individual's performance must be reevaluated to include the use of the new test methodology or | D6128 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 311 instrumentation. This STANDARD  is not met as evidenced by: Item 1: | D6128 | | |
| | Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, Ohio Department of Health (ODH) CLIA Annual Test Volume Log, antibody identification test records, transfusion reaction test records, emergency blood product release test records, body fluid manual count and differential test records, and interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Technical Supervisors failed to evaluate and document the performance of individuals responsible for performing investigations of transfusion reactions, emergency blood product release procedures, compatibility antiglobulin crossmatch, electronic compatibility crossmatch, prewarm antibody procedures, eluate procedures, indirect coombs antibody identification procedures, saline replacement procedures, and manual body fluid count and differential high complexity testing at least annually after the first year. | | | |
| | Findings Include: | | | |
| | 1. The ODH CLIA Annual Test Volume Log, completed by TS #8, found the following high complexity test procedures listed: | | | |
| | Analyte/Test Name:                    Instrument/ Kit Name: | | | |
| | Coombs, Indirect                           tube Compatibility, Antiglobulin         tube | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489942

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 312 | D6128 | | |
| | Body Fluid Count                    N/A | | | |
| | 2. Review of the laboratory's policies and procedures found the following: | | | |
| | - a policy titled "Emergency Release of Blood - Uncrossmatched" | | | |
| | - a policy titled "Investigation of Transfusion Reactions" | | | |
| | 3. Review of the laboratory's blood bank test records found: | | | |
| | - records of 22 transfusion reaction investigations performed by testing personnel (TP) at this laboratory | | | |
| | - records of 10 emergency blood product release procedures performed by TP at this laboratory | | | |
| | - a Reagent Red Blood Cells 0.8% Resolve Panel A Antigram Antigen Profile, dated 01/07/2014, with a hand written note stating "Post Transfusion Elution" | | | |
| | - a "DAT Worksheet" (Direct Antiglobulin Test Worksheet), dated 01/07/2014 and initialed by TP #1 next to "Tech:", which stated "elution" under the heading "Action Taken:" | | | |
| | - a Bio-Rad Biotestcell 3 Antibody Screen Table with a handwritten note stating "in use 1-9-15" at the top of the page and the abbreviation "PW" under the heading "Test Results" | | | |
| | - a "Blood Bank Downtime Worksheet" dated 01/25/2015. Under the heading "Antibody Screen" the column headers "Cell #1", "Cell #2", and "Cell #3" were circled. Two rows of test results were | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  313 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 313 | D6128 | | |
| | documented below. | | | |
| | To the right of the first row of results was a handwritten "1" which was circled. At the top of the page was a handwritten "1" which was also circled and had the statement "IS-not prewarmed" written next to it. | | | |
| | To the right of the second row of results was a handwritten "2" which was circled and had GS #2's first name written below. At the top of the page was a handwritten "2" which was also circled and had the statement "(37 degrees - all reagents - prewarmed. Coombs     "  ")". | | | |
| | A third row of results were present under the heading "Crossmatch". Below those results was a final row of test results with "Prewarm x-match" written next to them. | | | |
| | - a "Blood Bank Downtime Worksheet" with three rows of test results under the heading "Crossmatch" and column headers "IS", "37", "AHG", "CCC", and "Cross Match Interp". | | | |
| | - a Bio-Rad Biotestcell - I 11 Antibody Identification Table with 11 rows of test results below the heading "Test Results" and column headers "IS", "37", "IgG", and "CC". Handwritten next to the heading "Test Results" was "LISS tube". | | | |
| | - a "Blood Bank Downtime Worksheet" with two rows of test results under the heading "Crossmatch" and column headers "IS", "37", "AHG", "CCC", and "Cross Match Interp". Next to the first row of results was written "PW". | | | |
| | - a Bio-Rad Biotestcell 3 Antibody Screen Table with a handwritten note stating "in use 06/27/14" at the top of the page and the abbreviation "PW" under the heading "Test Results". | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489944

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 314 | D6128 | | |
| | - a Bio-Rad Biotestcell - I 11 Antibody Identification Table with 11 rows of test results below the heading "Test Results" and column header "PW". | | | |
| | - a Bio-Rad Biotestcell 3 Antibody Screen Table with a handwritten note stating "in use 8-22-14" at the top of the page and a handwritten note stating "sal replacement" next to the heading "Test Results". Below were three rows of test results under the column headers "IS", "37", "IgG", and "CC". | | | |
| | - a laboratory information system (LIS) report identifying 35 manual body fluid analyses performed at this laboratory in February 2015 | | | |
| | 3. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements: | | | |
| | "III. Required Competency Assessment | | | |
| | Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities." | | | |
| | "V. Test Complexity C. Moderate and High Complexity Tests Testing personnel who perform non-waived (moderate and/or high complexity) laboratory | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489945

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ | | |
| | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 315 | D6128 | | |
| | tests require competency assessment. The competency assessment must include all six elements." | | | |
| | "IX. Scope of Competency Assessment The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency." | | | |
| | "X. Competency Assessment Elements for Testing Personnel For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system)." | | | |
| | 4. TS #8 stated TP perform laboratory testing as follows: | | | |
| | TP #1:  Hematology, Blood Bank | | | |
| | TP #2:  All Departments | | | |
| | TP #3:  Microbiology, Chemistry | | | |
| | TP #4:  All Departments (except Body Fluids) | | | |
| | TP #5:  Hematology, Microbiology | | | |
| | TP #6:  Chemistry, Coagulation | | | |
| | TP #7:  Coagulation, Chemistry | | | |
| | TP #8:  Hematology, Chemistry, Urinalysis, Coagulation | | | |
| | TP #9:  Hematology, Coagulation, Chemistry, | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489946

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ <br> B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** <br> **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 316 <br><br>     Blood Bank, Microbiology <br> TP #10:  Chemistry, Hematology, Microbiology <br> TP #11:  All Departments <br> TP #12:  All Departments (except Blood Bank) <br> TP #13:  All Departments <br> TP #14:  Hematology, Urinalysis, Chemistry <br> TP #15:  All Departments <br> TP #16:  All Departments <br> TP #43:  Chemistry, Microbiology <br><br> The interview occurred 03/09/2015 at 8:38 AM. <br><br> 5. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 8 testing personnel (TP) (TP #1, #2, #4, #9, #11, #13, #15, and #16) found no documentation of competency assessment the following procedures: <br><br> - investigations of transfusion reaction <br> - emergency blood product release procedures <br> - compatibility antiglobulin crossmatch <br> - prewarm antibody procedures <br> - eluate procedures <br> - indirect coombs antibody identification <br>   procedures <br> - saline replacement procedures <br> - manual body fluid count and differential <br><br> 6. TS #8 confirmed the laboratory did not have competency assessment documentation for emergency blood product release procedures. The interview occurred 03/09/2015 at 10:43 AM. <br><br> Item 2: <br><br> Based on review of the laboratory's policies and procedures, competency assessment documentation, Form CMS-209, proficiency | D6128 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete      Event ID:O9M611      Facility ID: OHC05083      If continuation sheet Page  317 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489947

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 317 | D6128 | | |
| | testing records, laboratory information system (LIS) data summary report, and interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the Technical Supervisors failed to evaluate and document the performance of Testing Personnel (TP) #12, who performed high complexity blood bank testing, at least annually after the first year. | | | |
| | Findings Include: | | | |
| | 1. TS #8 stated TP #12 performed the following laboratory testing: | | | |
| | TP #12: All Departments except Blood Bank | | | |
| | The interview occurred 03/09/2015 at 8:38 AM. | | | |
| | 2. Review of the laboratory's College of American Pathologists (CAP) proficiency testing (PT) attestation forms found TP #12 signed the first and second testing events of 2014 type and screen attestation forms as an analyst. | | | |
| | Surveyor #1 asked TS #8 why TP #12 was performing PT for blood bank when they did not perform patient testing in blood bank. | | | |
| | TS #8 stated TP #12 had performed blood bank patient testing in 2013, 2014, and the beginning of 2015. TS #8 further stated that when they discovered TP #12 had not had their competency assessed or documented for any blood bank procedures they required TP #12 to cease patient testing in blood bank. | | | |
| | Surveyor #1 requested documentation from TS | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489948

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 318 | D6128 | | |
| | #8 demonstrating when the discovery was made, when TP #12 ceased patient testing, and indicating corrective actions taken. TS #8 stated no such documentation was available. | | | |
| | The interview occurred 03/09/2015 at 1:55 PM. | | | |
| | 4. Surveyor #1 requested documentation identifying patient testing TP #12 had performed in blood bank in 2013, 2014, and 2015 from Quality Coordinator (QC) #2. | | | |
| | Review of the documentation provided by QC #2 titled "Data Summary for specific order codes (MMH and tech code 42233 only)" found TP #12 resulted 1,088 blood bank tests in 2013, 2014, and 2015. Additionally, the report demonstrated the last blood bank test result entered by TP #12 was on 03/08/2015 at 11:17 PM, the evening prior to the dates of survey. | | | |
| | 5. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements: | | | |
| | "III. Required Competency Assessment | | | |
| | Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities." | | | |
| | "V. Test Complexity | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489949

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 319 | D6128 | | |
| | C. Moderate and High Complexity Tests | | | |
| | Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements." | | | |
| | "IX. Scope of Competency Assessment The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions that can be used to demonstrate competency." | | | |
| | "X. Competency Assessment Elements for Testing Personnel For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system)." | | | |
| | Item 3: | | | |
| | Based on review of the laboratory's policies and procedure, competency assessment documentation, and interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to complete evaluations and document a determination of competency of | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  320 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489950

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**

**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 320 | D6128 | | |
| | testing personnel at least annually after the first year. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's policy and procedure titled "Competency Assessment" found the following statements: | | | |
| | "III. Required Competency Assessment | | | |
| | Documented competency assessment is required for individuals fulfilling the following personnel responsibilities outlined in Subpart M of the CLIA regulations: clinical consultants, technical consultants, technical supervisors, and general supervisors who perform testing on patient specimens are required to have the six required elements in their competency assessment in addition to a competency assessment based on their federal regulatory responsibilities." | | | |
| | "V. Test Complexity C. Moderate and High Complexity Tests Testing personnel who perform non-waived (moderate and/or high complexity) laboratory tests require competency assessment. The competency assessment must include all six elements." | | | |
| | "VIII. Annual Competency Assessment of Testing Personnel B. Assessor Responsibilities - Ensure assessor is qualified to perform competency assessment for the complexity level of testing. - Prepare and distribute selected competency testing samples. - Observe testing personnel and review | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  321 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489951

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 321<br>documentation in a professional impartial manner."<br><br>"IX. Scope of Competency Assessment<br>The laboratory must identify the test systems that an employee uses to generate patient test results. Competency assessment can be done throughout the entire year by coordinating it with routine practices and procedures to minimize impact on workload. Documentation of these elements, including observation of test performance, results reporting, instrument maintenance, review of worksheets, recording QC, performance of proficiency testing and demonstration of taking appropriate corrective actions are examples of daily activities that can be used to demonstrate competency."<br><br>"X. Competency Assessment Elements for Testing Personnel<br>For non-waived test systems, all the six elements below must be assessed annually for each test system (unless any are not applicable to the test system)."<br><br>2. TS #8 stated TP perform laboratory testing as follows:<br><br>TP #1: Hematology, Blood Bank<br>TP #2: All Departments<br>TP #3: Microbiology, Chemistry<br>TP #4: All Departments (except Body Fluids)<br>TP #5: Hematology, Microbiology<br>TP #6: Chemistry, Coagulation<br>TP #7: Coagulation, Chemistry<br>TP #8: Hematology, Chemistry, Urinalysis, Coagulation<br>TP #9: Hematology, Coagulation, Chemistry, Blood Bank, Microbiology | D6128 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 322 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489952

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 322 | D6128 | | |
| | TP #10:  Chemistry, Hematology, Microbiology | | | |
| | TP #11:  All Departments | | | |
| | TP #12:  All Departments (except Blood Bank) | | | |
| | TP #13:  All Departments | | | |
| | TP #14:  Hematology, Urinalysis, Chemistry | | | |
| | TP #15:  All Departments | | | |
| | TP #16:  All Departments | | | |
| | TP #43:  Chemistry, Microbiology | | | |
| | | | | |
| | The interview occurred 03/09/2015 at 8:38 AM. | | | |
| | | | | |
| | 3. Review of the laboratory's 2015 competency assessment documentation titled "Marymount Hospital Competency Assessment" for 18 testing personnel (TP) (TP #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #43, and #44) found the statement: | | | |
| | | | | |
| | "This employee is competent to perform this test." | | | |
| | | | | |
| | Followed by a: "Yes _____ No_____". | | | |
| | | | | |
| | Review of 217 competency assessment records found the laboratory failed to indicate a competency determination on 21 out of 217 competency assessment records as follows: | | | |
| | | | | |
| | TP #2: | | | |
| | | | | |
| | Competency: Osmometer | | | |
| | No checkmark indicating a competency determination was present. | | | |
| | Reviewed By: blank | | | |
| | Date: blank | | | |
| | | | | |
| | Competency: Urine Tox Screen | | | |
| | No checkmark indicating a competency determination was present. | | | |
| | Reviewed By: blank | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  323 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____ B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 323 Date: blank | D6128 | | |
| | Competency: Urinalysis No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank | | | |
| | Competency: Mono No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank | | | |
| | TP #4: | | | |
| | Competency: Osmometer No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank | | | |
| | Competency: Blood Bank - Immediate Spin Crossmatch No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank | | | |
| | Competency: Blood Bank - Antibody Identification No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank | | | |
| | Competency: Blood Bank - ABORH, ABSC - Gel Method No checkmark indicating a competency | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489954

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | A. BUILDING _____  B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**  **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 324 determination was present. Reviewed By: blank Date: blank

TP #12:

Competency: CBC/CBCDIF No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank

Competency: Manual Differential No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank

Competency: Rapid HIV No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank

Competency: PT/PTT/DDIMER No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank

Competency: Mono No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank

Competency: hCG No checkmark indicating a competency determination was present. | D6128 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489955

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**36D0688090** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**03/13/2015** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD**<br>**GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 325<br>Reviewed By: blank<br>Date: blank<br><br>Competency: Chemistry<br>No checkmark indicating a competency determination was present.<br>Reviewed By: blank<br>Date: blank<br><br>Competency: Urine Tox Screen<br>No checkmark indicating a competency determination was present.<br>Reviewed By: blank<br>Date: blank<br><br>Competency: Urinalysis<br>No checkmark indicating a competency determination was present.<br>Reviewed By: blank<br>Date: blank<br><br>TP #16:<br><br>Competency: CBC/CBCDIF<br>No checkmark indicating a competency determination was present.<br>Reviewed By: blank<br>Date: blank<br><br>Competency: PT/PTT/DDIMER<br>No checkmark indicating a competency determination was present.<br>Reviewed By: blank<br>Date: blank<br><br>Competency: Manual Differential<br>No checkmark indicating a competency determination was present.<br>Reviewed By: blank | D6128 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID:O9M611        Facility ID: OHC05083        If continuation sheet Page  326 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489956

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | B. WING _____ | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6128 | Continued From page 326 | D6128 | | |
| | Date: blank | | | |
| | Competency: Urinalysis No checkmark indicating a competency determination was present. Reviewed By: blank Date: blank | | | |
| | 4. TS #8 confirmed some of the competency assessments were not completed. TS #8 further stated they did what they could with the time provided. The interview occurred 03/09/2015 at 9:02 AM. | | | |
| D6168 | 493.1487 TESTING PERSONNEL | D6168 | | |
| | The laboratory has a sufficient number of individuals who meet the qualification requirements of §493.1489 of this subpart to perform the functions specified in §493.1495 of this subpart for the volume and complexity of testing performed. | | | |
| | This CONDITION is not met as evidenced by: Based on review of the laboratory's Form CMS-209, education documentation, and an interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed by the Laboratory Director (LD) on 03/09/2015), the laboratory failed to ensure high complexity testing personnel met the qualification requirements specified at §493.1489. | | | |
| | Findings Include: | | | |
| | 1. The laboratory failed to ensure Testing Personnel (TP) #2, #4, #7, #8, and #11 met the high complexity TP qualification requirements. | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489957

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **36D0688090** | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6168 | Continued From page 327 | D6168 | | |
| | (Refer to D6171) | | | |
| D6171 | 493.1489(b) TESTING PERSONNEL QUALIFICATIONS | D6171 | | |
| | (b) Meet one of the following requirements: (b)(1) Be a doctor of medicine, doctor of osteopathy, or doctor of podiatric medicine licensed to practice medicine, osteopathy, or podiatry in the State in which the laboratory is located or have earned a doctoral, master's or bachelor's degree in a chemical, physical, biological or clinical laboratory science, or medical technology from an accredited institution; (b)(2)(i) Have earned an associate degree in a laboratory science, or medical laboratory technology from an accredited institution or-- (b)(2)(ii) Have education and training equivalent to that specified in paragraph (b)(2)(i) of this section that includes-- (b)(2)(ii)(A) At least 60 semester hours, or equivalent, from an accredited institution that, at a minimum, include either--     (b)(2)(ii)(A)(1) 24 semester hours of medical laboratory technology courses; or     (b)(2)(ii)(A)(2) 24 semester hours of science courses that include--         (b)(2)(ii)(A)(2)(i) Six semester hours of chemistry;         (b)(2)(ii)(A)(2)(ii) Six semester hours of biology; and         (b)(2)(ii)(A)(2)(iii) Twelve semester hours of chemistry, biology, or medical laboratory technology in any combination; and     (b)(2)(ii)(B) Have laboratory training that includes either of the following: (b)(2)(ii)(B)(1) Completion of a clinical laboratory training program approved or accredited by the ABHES, the CAHEA, or other organization | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489958

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | **36D0688090** | B. WING _____ | | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6171 | Continued From page 328<br><br>approved by HHS. (This training may be included in the 60 semester hours listed in paragraph (b)(2)(ii)(A) of this section.)<br>(b)(2)(ii)(B)(2) At least 3 months documented laboratory training in each specialty in which the individual performs high complexity testing.<br>(b)(3) Have previously qualified or could have qualified as a technologist under §493.1491 on or before February 28, 1992;<br>(b)(4) On or before April 24, 1995 be a high school graduate or equivalent and have either--<br>(b)(4)(i) Graduated from a medical laboratory or clinical laboratory training program approved or accredited by ABHES, CAHEA, or other organization approved by HHS; or<br>(b)(4)(ii) Successfully completed an official U.S. military medical laboratory procedures training course of at least 50 weeks duration and have held the military enlisted occupational specialty of Medical Laboratory Specialist (Laboratory Technician);<br>(b)(5)(i) Until September 1, 1997--<br>   (b)(5)(i)(A) Have earned a high school diploma or equivalent; and<br>(b)(5)(i)(B) Have documentation of training appropriate for the testing performed before analyzing patient specimens. Such training must ensure that the individual has--<br>(b)(5)(i)(B)(1) The skills required for proper specimen collection, including patient preparation, if applicable, labeling, handling, preservation or fixation, processing or preparation, transportation and storage of specimens;<br>(b)(5)(i)(B)(2) The skills required for implementing all standard laboratory procedures;<br>(b)(5)(i)(B)(3) The skills required for performing each test method and for proper instrument use;<br>(b)(5)(i)(B)(4) The skills required for performing | D6171 | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489959

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH  44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6171 | Continued From page 329 | D6171 | | |
| | preventive maintenance, troubleshooting, and calibration procedures related to each test performed; | | | |
| | (b)(5)(i)(B)(5) A working knowledge of reagent stability and storage; | | | |
| | (b)(5)(i)(B)(6) The skills required to implement the quality control policies and procedures of the laboratory; | | | |
| | (b)(5)(i)(B)(7) An awareness of the factors that influence test results; and | | | |
| | (b)(5)(i)(B)(8) The skills required to assess and verify the validity of patient test results through the evaluation of quality control values before reporting patient test results; and | | | |
| | (b)(5)(i)(B)(8)(ii) As of September 1, 1997, be qualified under §493.1489(b)(1), (b)(2), or (b)(4), except for those individuals qualified under paragraph (b)(5)(i) of this section who were performing high complexity testing on or before April 24, 1995; | | | |
| | (b)(6) For blood gas analysis-- | | | |
| | (b)(6)(i) Be qualified under §493.1489(b)(1), (b)(2), (b)(3), (b)(4), or (b)(5); | | | |
| | (b)(6)(ii) Have earned a bachelor's degree in respiratory therapy or cardiovascular technology from an accredited institution; or | | | |
| | (b)(6)(iii) Have earned an associate degree related to pulmonary function from an accredited institution; or | | | |
| | (b)(7) For histopathology, meet the qualifications of §493.1449 (b) or (l) to perform tissue examinations. | | | |
| | This STANDARD  is not met as evidenced by: | | | |
| | Based on review of the laboratory's Form CMS-209, policies and procedures, education documentation, and an interview with Technical Supervisor (TS) #8 (as listed on the Laboratory Personnel Report (CLIA) Forms CMS-209 signed | | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page  330 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489960

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | |
| | **36D0688090** | B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE
**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH  44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6171 | Continued From page 330 | D6171 | | |
| | by the Laboratory Director (LD) on 03/09/2015, the laboratory failed to ensure Testing Personnel (TP) #2, #4, #7, #8, and #11 met the high complexity TP qualification requirements. | | | |
| | Findings Include: | | | |
| | 1. Review of the laboratory's Form CMS-209, approved and signed by the LD on 03/09/2015, found 22 individuals certified by the LD to perform high complexity testing. | | | |
| | 2. Review of the laboratory's policy and procedure titled "Job Descriptions" found the following statements: | | | |
| | "Testing Personnel | | | |
| | Testing personnel at the Cleveland Clinic (CC) include medical technologists and medical laboratory technicians qualified to perform moderate and high complexity tests. The laboratory director, technical and general supervisors are also qualified testing personnel as defined in Federal Register 1992 (Feb 28): 7183 42 CFR 493.1489. The qualifications and responsibilities are also defined in the medical technologist, medical laboratory technician, medical technician and pathologists' assistant job descriptions. The responsibilities encompass all CLIA '88 testing personnel responsibilities as outlined in Federal Register 1992(Feb 28): 7182 42 CFR 493.1495 including but not limited to the following: | | | |
| | Responsibility for following laboratory procedures for specimen processing, test performance and reporting of test results | | | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489961

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **36D0688090** | A. BUILDING _____<br>B. WING _____ | | **03/13/2015** |

NAME OF PROVIDER OR SUPPLIER

**MARYMOUNT HOSPITAL LABORATORY**

STREET ADDRESS, CITY, STATE, ZIP CODE

**12300 MCCRACKEN ROAD**
**GARFIELD HEIGHTS, OH 44125**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6171 | Continued From page 331<br><br>Adhering to the laboratory's quality control policies<br><br>Following the laboratory's established policies and procedures whenever test systems are not within established acceptable levels of performance<br><br>Identifying problems that may adversely affect test performance and immediately notify the general supervisor, technical supervisor, or laboratory director<br><br>Documenting all corrective actions"<br><br>3.  Review of education documentation provided revealed the following:<br><br>TP#2 possessed a foreign Bachelor of Science in Medical Technology<br><br>TP#4 possessed a foreign Bachelor of Science in Medical Technology<br><br>TP#7 possessed a high school diploma<br><br>TP#8 possessed a college transcript that failed to meet the semester hour requirements listed under 493.1489(b)(2)(ii)<br><br>TP#11 possessed a foreign Bachelor of Science in Industrial Microbiology<br><br>4.  Surveyor #2 requested documentation demonstrating an evaluation of the foreign documentation of education performed by a nationally recognized organization for TP#2, #4, and #11 from TS#8.  Additionally, a high school diploma or science degree was requested for | D6171 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID:O9M611          Facility ID: OHC05083          If continuation sheet Page 332 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489962

PRINTED: 09/10/2015
FORM APPROVED
OMB NO. 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|---|
| | | | A. BUILDING _____ | | |
| | **36D0688090** | | B. WING _____ | | **03/13/2015** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MARYMOUNT HOSPITAL LABORATORY** | **12300 MCCRACKEN ROAD** |
| | **GARFIELD HEIGHTS, OH 44125** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6171 | Continued From page 332<br><br>TP#7 and #8 from TS#8. TS#8 stated the lab had submitted evaluation requests forms for the foreign documentation of education, however, had not yet received documentation of the evaluations. The lab failed to submit the requested documentation within 7 calendar days from the date of request. The interview occurred on 03/9/2015 at 9:08 AM. | D6171 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete    Event ID:O9M611    Facility ID: OHC05083    If continuation sheet Page 333 of 333

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2489963

# EXHIBIT 34

Message

| | |
|---|---|
| **From:** | Nishit Doshi [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NISHIT DOSHI] |
| **Sent:** | 8/26/2014 4:10:15 AM |
| **To:** | Sunny Balwani [sbalwani@theranos.com]; Daniel Young [dyoung@theranos.com] |
| **Subject:** | RE: what was the POC PT/INR device we used before before we went live on tecan? |

One option is to increase the sample volume for PT-INR and run on both POC and Tecan. We can report POC values but monitor Tecan performance in parallel and optimize.

For eg: the POC from Roche requires 8 ul sample.

https://www.poc.roche.com/coaguchek/rewrite/content/en_IE/30:30/article/POC_general_article_52.htm#2

Thanks,

Nishit

---

**From:** Sunny Balwani
**Sent:** Monday, August 25, 2014 8:42 PM
**To:** Nishit Doshi; Daniel Young
**Subject:** RE: what was the POC PT/INR device we used before before we went live on tecan?

ok. if we are going to keep this on Tecan for now then we need to move on this rapidly and get high confidence on this.

---

**From:** Nishit Doshi
**Sent:** Monday, August 25, 2014 8:40 PM
**To:** Sunny Balwani; Daniel Young
**Subject:** RE: what was the POC PT/INR device we used before before we went live on tecan?

I was about to start the PT INR performance evaluation. Already talked to Katy and Caitlin last week.

This study will be different from other performance evaluation studies in that we need patient samples who are on treatment so cannot use in-house donors. The plan was to incorporate warfarin treated samples in our QC and also look at stability.

We have data from July for warfarin samples that Caitlin sent me. Will send it out later tonight.

Thanks,
Nishit

Confidential

**From:** Sunny Balwani
**Sent:** Monday, August 25, 2014 8:34 PM
**To:** Daniel Young
**Cc:** Nishit Doshi
**Subject:** RE: what was the POC PT/INR device we used before before we went live on tecan?


we need to get a reliable PT/INR POC for now and get off of Tecan as it is time consuming and seems like recently we have lost some physicians because of their lack of confidence in our PT results.


**From:** Daniel Young
**Sent:** Monday, August 25, 2014 8:33 PM
**To:** Sunny Balwani
**Cc:** Nishit Doshi; Tina Lin
**Subject:** Re: what was the POC PT/INR device we used before before we went live on tecan?


I don't recall a POC that we used in house for PT/INR.  We used the BCSXP for sure in house.


-Daniel


On Aug 25, 2014, at 8:30 PM, "Sunny Balwani" <sbalwani@theranos.com> wrote:

Confidential

# EXHIBIT 35

| From: | Dyer, Karen (CMS/CCSQ) </O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KAREN.DYER.CMS> |
| To: | Shaham, Lauren (CMS/OC); Bennett, Sarah F. (CMS/CCSQ); Tarantino, Jan V. (CMS/CCSQ) |
| Sent: | 11/5/2015 4:05:13 PM |
| Subject: | RE: RE: Theranos inspection reports |

It is all just way out of control……blood in the water and sharks circling…….

**From:** Shaham, Lauren (CMS/OC)
**Sent:** Thursday, November 5, 2015 10:17 AM
**To:** Bennett, Sarah F. (CMS/CCSQ); Tarantino, Jan V. (CMS/CCSQ)
**Cc:** Dyer, Karen (CMS/CCSQ)
**Subject:** RE: Theranos inspection reports

Thanks much. This whole thing is making me paranoid.

**From:** Bennett, Sarah F. (CMS/CCSQ)
**Sent:** Thursday, November 5, 2015 10:15 AM
**To:** Shaham, Lauren (CMS/OC); Tarantino, Jan V. (CMS/CCSQ)
**Cc:** Dyer, Karen (CMS/CCSQ)
**Subject:** RE: Theranos inspection reports

Correct.  CMS does not inspect the technology of the proprietary device.

**From:** Shaham, Lauren (CMS/OC)
**Sent:** Thursday, November 5, 2015 9:57 AM
**To:** Tarantino, Jan V. (CMS/CCSQ)
**Cc:** Dyer, Karen (CMS/CCSQ); Bennett, Sarah F. (CMS/CCSQ)
**Subject:** RE: Theranos inspection reports

So the answer back to the reporter is that CMS didn't inspect the proprietary technology. Yes?

**From:** Tarantino, Jan V. (CMS/CCSQ)
**Sent:** Thursday, November 5, 2015 9:52 AM
**To:** Shaham, Lauren (CMS/OC)
**Cc:** Dyer, Karen (CMS/CCSQ); Bennett, Sarah F. (CMS/CCSQ)
**Subject:** FW: Theranos inspection reports

This is confusing, but I think Sarah has cleared it up a bit for me.

**From:** Bennett, Sarah F. (CMS/CCSQ)
**Sent:** Thursday, November 5, 2015 9:50 AM
**To:** Tarantino, Jan V. (CMS/CCSQ); Dyer, Karen (CMS/CCSQ)
**Subject:** RE: Theranos inspection reports

The FDA has oversight of the proprietary technology for medical devices (e.g., Theranos nanotainer).  These tests are, for CLIA purposes, considered -not cleared or –approved by the FDA.  Theranos considers them to be LDTs. We are not sure if the FDA considers them LDTs.

**From:** Tarantino, Jan V. (CMS/CCSQ)
**Sent:** Thursday, November 5, 2015 9:31 AM
**To:** Dyer, Karen (CMS/CCSQ); Bennett, Sarah F. (CMS/CCSQ)

CMS011945

**From:** Shaham, Lauren (CMS/OC)
**Sent:** Wednesday, November 4, 2015 6:09 PM
**To:** Tarantino, Jan V. (CMS/CCSQ)
**Subject:** FW: Theranos inspection reports

Hi Jan. This reporter's persistence has me doubting myself. The right answer is that FDA was the supervising agency, right?

**From:** Arielle Duhaime-Ross [mailto:arielle@theverge.com]
**Sent:** Wednesday, November 4, 2015 6:02 PM
**To:** Shaham, Lauren (CMS/OC)
**Subject:** Re: Theranos inspection reports

Just to be clear again: CMS didn't regulate the proprietary technology, and that, even though Theranos was using the technology on patients? Weren't the tests that were conducted on the proprietary technology classified as LDTs?

On Wed, Nov 4, 2015 at 5:59 PM Shaham, Lauren (CMS/OC) <Lauren.Shaham@cms.hhs.gov> wrote:
Yes.

**From:** Arielle Duhaime-Ross [mailto:arielle@theverge.com]
**Sent:** Wednesday, November 4, 2015 5:59 PM

**To:** Shaham, Lauren (CMS/OC)
**Subject:** Re: Theranos inspection reports

I'm sorry. I'm a bit confused. Does this mean that CMS never regulated the proprietary technology at all?

On Wed, Nov 4, 2015 at 5:54 PM Shaham, Lauren (CMS/OC) <Lauren.Shaham@cms.hhs.gov> wrote:
Because Theranos' proprietary technology is investigational, it is overseen by the FDA. Thanks.

**From:** Arielle Duhaime-Ross [mailto:arielle@theverge.com]
**Sent:** Wednesday, November 4, 2015 5:23 PM

**To:** Shaham, Lauren (CMS/OC)
**Subject:** Re: Theranos inspection reports


Hello again Ms. Shaham,

I have another question for you regarding the reports you shared with me. **Why is there's no mention of any of Theranos' proprietary tech in the documents?** Is there some other way by which these technologies are monitored? The documents don't even mention AAP for Theranos own technologies — at least not from what I can tell.

Thank you! The deadline for my story is now tomorrow at 4pm EST.


On Mon, Nov 2, 2015 at 12:02 PM Arielle Duhaime-Ross <arielle@theverge.com> wrote:

FDA/CMS Confidential

CMS011946

Thank you for forwarding my question! I look forward to hearing from you.

On Mon, Nov 2, 2015 at 12:00 PM Shaham, Lauren (CMS/OC) <Lauren.Shaham@cms.hhs.gov> wrote:
I'm putting your question forward, but you might get a quicker response from an outside expert. Just a thought.

**From:** Arielle Duhaime-Ross [mailto:arielle@theverge.com]
**Sent:** Monday, November 2, 2015 11:50 AM

**To:** Shaham, Lauren (CMS/OC)
**Subject:** Re: Theranos inspection reports

Thank you!


On Mon, Nov 2, 2015 at 11:49 AM Shaham, Lauren (CMS/OC) <Lauren.Shaham@cms.hhs.gov> wrote:
Hi Arielle. I will check on this and let you know what I learn. Thanks.

**From:** Arielle Duhaime-Ross [mailto:arielle@theverge.com]
**Sent:** Monday, November 2, 2015 11:41 AM
**To:** Shaham, Lauren (CMS/OC)
**Subject:** Re: Theranos inspection reports

Thank you so much for sending those my way! They have been very helpful. I have a general question for you, however, and I'm hoping that you will be able to help me (it's fine if you answer on background). From what I understand, an LDT is a test that is developed and conducted in a single lab. But companies like Theranos have multiple labs all over the country. How are these types of companies still able to call their tests LDTs? Thank you!


On Thu, Oct 29, 2015 at 10:18 AM Shaham, Lauren (CMS/OC) <Lauren.Shaham@cms.hhs.gov> wrote:
Hi Arielle. Attached are the Theranos inspection reports you requested They are:

·   The 2015 inspection report and Plan of Correction for their Arizona facility

·   The 2013 inspection report with the Plan of Correction for the California facility

·   The 2011 inspection report for the California facility


Thanks.


Lauren Shaham
Deputy Director, Media Relations Group
Centers for Medicare & Medicaid Services
(202) 260-6740


--
Arielle Duhaime-Ross
Science Reporter, The Verge
@arielledross

--
Arielle Duhaime-Ross
Science Reporter, The Verge
@arielledross

--
Arielle Duhaime-Ross
Science Reporter, The Verge
@arielledross

--
Arielle Duhaime-Ross
Science Reporter, The Verge
@arielledross

--
Arielle Duhaime-Ross
Science Reporter, The Verge
@arielledross

--
Arielle Duhaime-Ross
Science Reporter, The Verge
@arielledross

# EXHIBIT 36

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF ARIZONA

3          CIVIL ACTION NO. 2:16-cv-2138-HRH

4                    -   -   -

5
                                        :
6    IN RE ARIZONA THERANOS, INC.:
     LITIGATION                    :
7
                         -   -   -
8               ***CONFIDENTIAL***

9          Videotaped deposition of DR. JAY ROSAN,

10   taken pursuant to notice, held in the LAW OFFICES

11   OF DUANE MORRIS, LLP, 30 South 17th Street,

12   Philadelphia, Pennsylvania, on Thursday, May 16,

13   2019, beginning at approximately 10:20 a.m.,

14   before Robin A. Vance, a Certified Court Reporter

15   and Notary Public for the states of New Jersey,

16   Pennsylvania and Delaware.

17                    -   -   -

18

19

20

21

22   Reported By:

23   Robin A. Vance, CCR

24   CCR-NJ License No. XI 02131

25   Job No. 10054876

1    When you say you had a machine, you don't know

2    what Theranos would have called it, right?

3         A.    No.

4         Q.    Okay.  And can you briefly describe

5    how you would use that machine?

6         A.    I would draw blood studies from a

7    finger-stick of a person, type that into the

8    cartridge, put the cartridge in the machine, and

9    push a button that said on.

10        Q.    And then test results would be

11   generated, and I think you earlier said sent to

12   you by e-mail?

13        A.    Yes, correct.

14        Q.    Okay.  Did you need to calibrate that

15   device at any time?

16        A.    I don't -- I don't believe so.

17        Q.    Did you get written procedures for

18   operating the device?

19        A.    Yes.  It wasn't that hard to operate.

20        Q.    How many cartridges did you have?

21        A.    I don't remember.

22        Q.    What tests did the device that you had

23   run?

24        A.    If I remember, it did sugar test, a

25   glucose test, influenza test, I think sodium,

1   potassium.  I don't remember what else.

2        Q.    Did you need to perform any kind of

3   quality control procedures on the device?

4        A.    No.

5        Q.    How long did you have it?

6        A.    I don't remember.

7        Q.    Do you think it was more than a year?

8        A.    Around a year.

9        Q.    Did anybody service the device during

10  the time that you had it?

11       A.    No.

12       Q.    Did Miss Holmes make any

13  representations to you about pharmaceutical

14  companies and Theranos?

15       A.    I'm sorry, I couldn't hear what you

16  were saying.

17       Q.    Did Miss Holmes make any

18  representations to you about pharmaceutical

19  companies and Theranos?

20       A.    Yes.

21       Q.    And what were those representations?

22       A.    That the pharmaceutical -- 10 of the

23  15 biggest pharmaceutical companies were using

24  their technology.

25       Q.    Did you believe those representations?

Confidential

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

1      A.     Yes.

2      Q.     Do you believe them today?

3      A.     I'm not sure.

4      Q.     Did you take any steps to confirm

5   those representations?

6      A.     I asked for documentation and I got

7   letters from pharmaceutical companies showing

8   documentation.

9      Q.     Did you receive 10 letters?

10     A.     No.

11     Q.     Were the pharmaceutical -- did they --

12  did the letters make any reference to using

13  Theranos in a clinical setting?

14     A.     Yes.

15     Q.     What did they say?

16     A.     I think they're one of the

17  documents -- one of the forms here.  I don't

18  remember off the top of my head, but basically

19  saying they were using Theranos machines, devices

20  to run tests for clinical trials.

21     Q.     Did you speak with any of the authors

22  of the letters?

23     A.     No.

24     Q.     Do you know if anybody at Walgreens

25  spoke with the authors of the letters?

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

1        A.      I don't really know.

2        Q.      Are you certain today that the letters

3    actually came from pharmaceutical companies?

4        A.      No.

5        Q.      I'm going to hand you an exhibit that

6    has previously been marked as 148.  Doctor,

7    you've seen this e-mail before, correct?

8        A.      Yes.

9        Q.      There's a reference in an e-mail

10   from -- so, it's Exhibit-148.  And in the second

11   sentence of the lowermost paragraph on the page,

12   there's a reference that says, "Sunny and he went

13   at it a little back in the early days."

14               And I'm going to ask, is Sunny

15   here, Sunny Balwani?

16       A.      Are you asking me a question?  I'm

17   sorry.

18       Q.      Yeah.

19       A.      Go ahead.

20       Q.      Is the reference to Sunny in this

21   e-mail, Sunny Balwani?

22       A.      Yes.

23       Q.      And is the reference to he in this

24   e-mail Kevin Hunter?

25       A.      Yes.

1    on like an official tour where you were being

2    pointed out specific things or were you just

3    walking around?

4         A.    Primarily walking around.

5         Q.    You said when you went into the lab

6    one time, you went with Mr. Finnegan; is that

7    right?

8         A.    I believe so, yes.

9         Q.    Do you know whether he went more than

10   once?

11        A.    I don't know.

12        Q.    And my recollection is that you

13   testified that Mr. Finnegan had worked for a

14   blood testing company; is that right?

15        A.    Yes.

16        Q.    What company was that?

17        A.    I think it was Quest, but I'm not

18   sure.

19        Q.    All right.  And as between the two of

20   you, did you have an understanding as to who was

21   more familiar with blood testing processes and

22   laboratory processes?

23        A.    Yes.

24        Q.    Who?

25        A.    He.

Dr. Jay Rosan                         In re Arizona Theranos, Inc. Litigation

```
 1        Q.      He was more familiar?

 2        A.      Yes.

 3        Q.      Do you recall whether he asked

 4   questions when you went through the lab?

 5        A.      I don't recall.

 6        Q.      Do you know where he is today?

 7        A.      He's -- I forget.

 8        Q.      Okay.  I also want to talk a little

 9   bit about the devices that were provided to

10   Walgreens.  And I said that in plural, so maybe

11   I'm presupposing something.  Did Walgreens have

12   more than one device that it was able to run

13   cartridges on?

14        A.      Theranos devices?

15        Q.      Yes.

16        A.      Two.

17        Q.      Two.  And I believe you testified to

18   Ms. Gardner that you weren't sure when you got

19   those; is that right?

20        A.      Correct.

21        Q.      Do you recall why you got those?

22        A.      To do samples.

23        Q.      Was that at your request?

24        A.      Yes.

25        Q.      And who did you make that request to?
```

**Page 234**

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

```
 1      A.     Either Elizabeth or Sunny.

 2      Q.     And they accommodated it?

 3      A.     Yes.

 4      Q.     And when you got the devices, were any

 5   restrictions placed on you in what you could do

 6   with them?

 7      A.     Just the tests that I had cartridges

 8   for.

 9      Q.     All right.  And how did you get the

10   cartridges?

11      A.     From Theranos.

12      Q.     Did you -- what would happen when you

13   ran out?

14      A.     I would order more.

15      Q.     And did they give you more?

16      A.     Yes.

17      Q.     Okay.  Did you request specific

18   cartridges?

19      A.     No.

20      Q.     In other words -- okay.  So, you just

21   took whatever tests it was that they sent you?

22      A.     Yes.

23      Q.     And you understood that the cartridges

24   could only do specific assays, correct?

25      A.     Yes.
```

**Page 235**

1     Q.     And that would be limited by the

2   reagents that were on the cartridges?

3     A.     Correct.

4     Q.     Did you ever have any concerns about

5   the cartridges that were sent to you?

6     A.     No.

7     Q.     So, where exactly were the two

8   machines located, if you can recall?

9     A.     One was in my office and one was in

10  Deerfield.

11    Q.     And Deerfield is Walgreens

12  headquarters; is that right?

13    A.     Yes.

14    Q.     So, when you say your office, do you

15  mean physically the -- the four corners that you

16  sat within, or just generally within the same

17  office space that you shared with others?

18    A.     No, in my office, my physical office.

19    Q.     In your physical office.  And how

20  often did you use it?

21    A.     I don't remember.

22    Q.     Okay.  How often did you test

23  yourself?

24    A.     Occasionally.

25    Q.     And what does occasionally mean in

1    that context?

2         A.    In the beginning I -- probably every

3    couple weeks.

4         Q.    And when you say "in the beginning,"

5    define for me --

6         A.    When I first had it.

7         Q.    Okay.  Is that over a period of

8    several months that you did it every couple of

9    weeks?

10        A.    No.  In the beginning, first month or

11   so.

12        Q.    Okay.  And by the way, when they

13   arrived, how were they set up?

14        A.    I don't understand the question.

15        Q.    Well, let me kind of make it more

16   fundamental.  How did they arrive?

17        A.    They came by UPS.

18        Q.    In a box?

19        A.    In a box.

20        Q.    Who unpacked it?

21        A.    Me.

22        Q.    Who set it up?

23        A.    Me.

24        Q.    And what instructions did you have to

25   set it up?

```
 1       A.    I -- if I'm not mistaken, there was an
 2   instruction sheet.
 3       Q.    And so, just kind of like when you get
 4   something from Ikea, you open the box and you
 5   follow the instruction sheet and set it up?
 6       A.    Easier than Ikea.
 7       Q.    Easier than Ikea.  That's a low bar.
 8       A.    I --
 9             MR. SUTRO:  I don't know.
10             MS. SEEGER:  Ikea is hard.
11             MR. RUMMAGE:  I know, that's why I
12         said it.
13             THE WITNESS:  That's why he's
14         right.
15             MR. RUMMAGE:  It's a low bar.
16   BY MR. RUMMAGE:
17       Q.    Okay.  And do you know how the one
18   that went to Deerfield was delivered?
19       A.    Same.
20       Q.    Do you know who set that up?
21       A.    I think it was Kim Romanski.
22       Q.    Okay.  And do you know where it was in
23   Deerfield?
24       A.    In a cubicle.
25       Q.    Did you ever use that?
```

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

```
 1        A.      Yes.

 2        Q.      And what did you use it for?

 3        A.      Tests.

 4        Q.      On who?

 5        A.      Different people.

 6        Q.      On yourself?

 7        A.      No.

 8        Q.      So, the one in Deerfield you never

 9   tested yourself?

10        A.      Correct.

11        Q.      And were you responsible for ordering

12   cartridges when they ran out in the Deerfield

13   machine?

14        A.      No.

15        Q.      Who did that, do you know?

16        A.      Kim.

17        Q.      Kim.  By the way, did -- did they ever

18   turn you down when you asked for cartridges?

19        A.      No.

20        Q.      Do you recall what tests or assays you

21   ran?

22        A.      No.

23        Q.      Do you recall how many different types

24   of cartridges you ran over time?

25        A.      I think there were three.
```

1    Q.    Three different types?

2    A.    (Indicating).

3    Q.    You're nodding your head yes?

4    A.    Yes.

5    Q.    Okay.

6    A.    Sorry.

7    Q.    Just as a reminder?

8    A.    Yes, sorry.

9    Q.    Okay.  And just for my information,

10   sometimes, as I understand it, blood tests

11   essentially are just a yes or no value, sometimes

12   they return numeric values.  You know what I

13   mean?

14   A.    Yes.

15   Q.    And did the tests that you ran on the

16   device, did some of them return numeric values?

17   A.    Yes.

18   Q.    And did some of them return yes or no

19   values?

20   A.    Yes.

21   Q.    All right.  And by the way, all of

22   these tests that you ran on this device, let's

23   start first with your device, the one that was in

24   your office, you did that without a Theranos

25   employee present?

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

1      A.      Yes.

2      Q.      And did you ever have, in the course

3  of running those tests, anything occur that made

4  you doubt the viability of the technology?

5      A.      No.

6      Q.      And do you know whether the tests that

7  were run in Deerfield were run without a Theranos

8  employee present?

9      A.      There was no Theranos employee.

10     Q.      And did you ever get reports from your

11 colleagues in Deerfield that, in running the

12 tests on the device, they were concerned about

13 the viability of the technology?

14     A.      No.

15     Q.      So, can I sum up fairly and say that

16 the experience you had in running tests on the

17 devices that Walgreens had was a positive

18 experience?

19             MS. GARDNER:   Objection.

20             THE WITNESS:   There were -- there

21     were no problems.

22 BY MR. RUMMAGE:

23     Q.      There were no problems.  Did it

24 reenforce your view of the viability of the

25 technology?

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

1      A.      Yes.

2      Q.      And again, to stress, Theranos didn't

3  tell you that you couldn't run tests more

4  frequently than X number of times a week; is that

5  right?

6      A.      No.

7      Q.      They didn't put any limitation on

8  that?

9      A.      Except for the number of cartridges.

10     Q.      Exactly.  And I'm not sure I asked

11 this, but did you ever ask for cartridges for a

12 specific test or assay?

13     A.      No.

14     Q.      Is there any particular reason why

15 not?

16     A.      Tests -- cartridges were given to me.

17 I didn't -- I didn't see the need for that

18 request.

19     Q.      They seemed satisfactory to you?

20     A.      Yes.

21     Q.      And do you know, did any other

22 Walgreens executives have tests run on these two

23 machines?

24     A.      Oh, yes.

25     Q.      Who else, if you can recall?

```
 1        A.     A whole series of people.  I don't
 2   recall specifically who.
 3        Q.     Well, let me just throw some names out
 4   at you.  Did Mark Vainisi?
 5        A.     I don't remember.
 6        Q.     How about Wade Miquelon?
 7        A.     Miquelon.
 8        Q.     Miquelon, I'm sorry.
 9        A.     Yes, I believe he did.
10        Q.     How about Brad Wasson?
11        A.     I believe he did.
12        Q.     How about Greg Wasson?
13        A.     I don't remember about Greg Wasson.
14        Q.     Okay.  Kim Romanski?
15        A.     Yes.
16        Q.     And did any of them express concerns
17   to you about the results that came back on the
18   tests?
19        A.     No.
20        Q.     And by the way, you mentioned earlier
21   that when you ran the tests, the results would
22   come to you.  I assume that was true for the unit
23   that was in your office; is that correct, that
24   the test results would come back to you?
25        A.     Yes.
```

1    Q.    And what about the test results for

2    the Deerfield unit; who would those go to?

3    A.    Come back to me.

4    Q.    And they would come by e-mail.  Was it

5    just from an ordinary lab person at Theranos that

6    they came from or did they come from Sunny and

7    Elizabeth, who sent them?

8    A.    No, there was a person at Theranos.

9    There was a -- there was a password protected,

10   HIPAA compliant system that was set up that I

11   could access to get that.

12   Q.    Okay.  And so, I think you mentioned

13   in response to questions from Ms. Gardner that

14   you actually were pipetting blood into the

15   cartridge; is that right?

16   A.    In the beginning, yes.

17   Q.    Okay.  So, that actually anticipates

18   my question.  Was there a point in time when you

19   started using a nanotainer?

20   A.    Yes.

21   Q.    And did the nanotainers work

22   satisfactorily for you?

23   A.    They worked for me.

24   Q.    And so, physically how would this

25   work?  You prick your finger and collect the

```
 1   blood into the nanotainer, then what would you

 2   do?

 3        A.     Put it into the cartridge.

 4        Q.     And is that just a simple matter of

 5   inserting it into the cartridge?

 6        A.     Yes.

 7        Q.     And then what do you do with the

 8   cartridge?

 9        A.     Put it in the machine, push the

10   button.

11        Q.     And then it makes the whirring sound

12   and that's it; is that right?

13        A.     Yes.

14        Q.     And then what do you do with the

15   cartridge after that?

16        A.     Throw it in the trash.

17        Q.     And typically how long was it before

18   you got results back?

19        A.     Usually the next day.

20        Q.     Did you ever request it faster than

21   that?

22        A.     I don't remember.

23        Q.     Okay.  By the way, you told us that

24   you had examined upwards of, I think you may have

25   said as many as 200 different companies that were
```

**Confidential**

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

 1  | operating in this space.

 2  |      A.    Yes.

 3  |      Q.    **Was anybody else doing the sort of**

 4  | **stuff that you saw that machine doing?**

 5  |                MS. KORKHOV:  Objection.

 6  |                THE WITNESS:  Yes.

 7  | BY MR. RUMMAGE:

 8  |      Q.    **And who else was doing that sort of**

 9  | **thing?**

10  |      A.    I don't remember the name of the

11  | company, but there was a company that we visited

12  | that was doing tests in a -- in a -- lab on a

13  | chip test.  That's the technology.

14  |      Q.    **Okay.  And what distinguished the two**

15  | **in your mind?**

16  |      A.    That company you're talking about?

17  |      Q.    **Yes.**

18  |      A.    And Theranos?

19  |      Q.    **Yes.**

20  |      A.    That company primarily did one test.

21  |      Q.    **And what test was that?**

22  |      A.    HIV.

23  |      Q.    **And so, they didn't do general**

24  | **chemistry tests?**

25  |      A.    Correct.

**Page 246**

Dr. Jay Rosan                                      In re Arizona Theranos, Inc. Litigation

1     Q.     They didn't do immunity assays?

2     A.     Correct.

3     Q.     Okay.  And by the way, did you ever

4   get your test results -- strike that.

5              Did you ever draw your blood, put

6   it in the analyzer, send the stuff off to

7   Theranos, and then go across the street to

8   Labcorp or Quest and do the same test just to

9   see?

10    A.     No.

11    Q.     Why not?

12    A.     Because I got routine tests a lot at

13  those locations.  I didn't need to do that

14  because it was in a similar vein.

15    Q.     All right.  And did you -- did you

16  check the results that came back to you from

17  Theranos kind of mentally to see whether they

18  seemed consistent with your own health patterns?

19    A.     Yes.

20              MS. KORKHOV:  Objection.

21  BY MR. RUMMAGE:

22    Q.     And what did you conclude?

23    A.     That they were similar.

24    Q.     Okay.  Did you ever do any sort of

25  testing of your own to maybe test somebody that

**Page 247**

Dr. Jay Rosan                                    In re Arizona Theranos, Inc. Litigation

 1   you knew was unhealthy, that might have an out of

 2   range value on one of the tests you received?

 3       A.    No.

 4       Q.    Nothing prevented you from doing that,

 5   though, right?

 6       A.    Well, I wouldn't test it on anybody

 7   except a Walgreens employee.  And as a medical

 8   person, I didn't know the medical history of most

 9   of Walgreens employees because that was HIPAA

10   compliant.

11       Q.    Okay.  But nothing Theranos did

12   prevented you from doing something like that,

13   right?

14       A.    Correct.

15       Q.    And nothing Theranos did prevented you

16   from running comparative tests, right?

17       A.    Correct.

18       Q.    Okay.  And when you received results

19   back from Theranos, you never received any

20   indication that those results had somehow been

21   doctored or made up, did you?

22       A.    No.

23       Q.    Okay.  Let's -- I want to put a little

24   bit of framework around the time.

25                    MR. RUMMAGE:  Do you have tab 7?

**Confidential**

Dr. Jay Rosan                              In re Arizona Theranos, Inc. Litigation

1   talked a little bit with Ms. Gardner earlier

2   today about the engagement of Collaborate?

3       A.      Yes.

4       Q.      And that was Mr. Hunter's firm,

5   correct?

6       A.      Yes.

7       Q.      What was the overall task or charge to

8   Collaborate; what was their -- their mission?

9       A.      Help us to make certain that what we

10  were doing was appropriate, what Theranos was

11  doing was appropriate, and that we could move to

12  a pilot.

13      Q.      Is it fair to say they were asked, is

14  there anybody out there better than Theranos for

15  this project?

16      A.      Yes.

17      Q.      And how did they answer that question?

18      A.      They gave us a big report about that,

19  which you already know about.

20      Q.      I do.  I'm trying to avoid marking it

21  as an exhibit, if I can.

22      A.      Okay.

23      Q.      And so, the question I have for you,

24  Dr. Rosan, is, did their report tell you to put

25  on the brakes and don't go forward with Theranos?

1      A.     No.

2      Q.     Did it tell you that from their

3   perspective it made sense to proceed with

4   Theranos?

5      A.     Yes.

6      Q.     Did Walgreens pay Collaborate for its

7   work?

8      A.     Yes.

9      Q.     Do you know how much?

10     A.     No, I don't remember.

11     Q.     Do you recall how long they spent on

12  the project?

13     A.     No, I don't.

14     Q.     Did you dictate to Mr. Hunter how he

15  did the analysis?

16     A.     No.

17     Q.     It was up to him to determine how the

18  project would be run?

19     A.     Yes.

20              MR. RUMMAGE:  Why don't you give me

21       tab 4?

22              (Whereupon Exhibit-236 was marked

23       for identification.)

24  BY MR. RUMMAGE:

25     Q.     So, Dr. Rosan, the court reporter has

1   handed you what's been marked as Exhibit-236 and

2   you'll see that you're on the first e-mail here

3   that is the one from Kevin Hunter to Elizabeth

4   Holmes and others, but you are not on the second

5   e-mail which is forwarding this to Dr. Young.

6            First of all, you'll notice that

7   the attachments to this, both the third page of

8   the exhibit, which is a list of 21 assays, and

9   the last page of the exhibit, which is a list of

10  the same 26 assays, are lists of the, quote, most

11  commonly ordered tests.

12      A.    Yes.

13      Q.    Do you have any understanding of what

14  percentage of blood tests are accounted for by

15  these 26 most commonly ordered tests?

16      A.    No.

17      Q.    Did you have an understanding of what

18  the Theranos base assay library was?

19      A.    I believe that was what they felt they

20  could do with their machine.

21      Q.    And not all of those on that base

22  assay library, not all of those were commonly

23  ordered tests, were they?

24      A.    Correct.

25      Q.    Okay.  So, it included both commonly

Dr. Jay Rosan                          In re Arizona Theranos, Inc. Litigation

1   ordered tests and some more --

2        A.     Esoteric.

3        Q.     -- esoteric?

4        A.     Yes.

5        Q.     Yes.  Okay.  And you understood that

6   at the time you were having these discussions

7   with Theranos, that not all of these 300 tests

8   were ready to go on their devise, correct?

9                   MS. SEEGER:  Object to the form and

10           misstates his testimony.

11                  THE WITNESS:  Correct.

12  BY MR. RUMMAGE:

13       Q.     And so, for those tests, if Theranos

14  was asked to do them, they would have to do it on

15  a device other than the Theranos device, correct?

16                  MS. SEEGER:  Same objection.

17                  THE WITNESS:  Correct.

18  BY MR. RUMMAGE:

19       Q.     Okay.  Let me ask you, do you know

20  what Healthcare Service Corporation is?

21       A.     Yes.

22       Q.     What is it?

23       A.     It's a Blue Cross/Blue Shield

24  affiliate.  I don't know what term it -- it's one

25  of the Blue Cross plans.