JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S PROOF OF ELECTRONIC FILING AND SERVICE OF SEALED DOCUMENTS**<br><br>Judge:   Honorable Edward J. Davila<br>Ctrm:    4, 5th Floor |

I, Jennifer Cygnor, hereby certify as follows:

I am more than eighteen years old and am not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 701 Fifth Avenue, Ste. 5600, Seattle, WA 98104. On this 30th day of November 2022, I served the following documents via email:

- **DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL CERTAIN PORTIONS OF DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS**
- **DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS**
- **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL CERTAIN PORTIONS OF DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS**
- **DEFENDANT RAMESH "SUNNY" BALWANI'S SENTENCING MEMORANDUM**
- **APPENDIX A TO MR. BALWANI'S SENTENCING MEMORANDUM**
- **EXHIBITS 2, 3, 20, 21, 23, 24, AND 25 TO THE DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S SENTENCING MEMORANDUM**

to the following counsel of record in the above-referenced matter:

Robert S. Leach
robert.leach@usdoj.gov
Jeffrey Benjamin Schenk
jeffrey.b.schenk@usdoj.gov
John Curtis Bostic
john.bostic@usdoj.gov
Kelly I Volkar
kelly.volkar@usdoj.gov
**UNITED STATES ATTORNEY'S OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**
150 Almaden Boulevard, Suite 900
San Jose, CA 95115
Tel.: 408-535-5061
Fax: 408-535-5066

I certify under penalty of perjury that the foregoing is true and correct. Executed on the 30th day of November 2022, in Bremerton, Washington.

_____
JENNIFER CYGNOR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28