JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>    Defendant. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S NOTICE OF ERRATA**<br><br>**Hon. Edward J. Davila** |

1    Mr. Balwani submits with this notice of errata a corrected version of Exhibit 2 (redacted
2    for public filing) to the Declaration of Jeffrey B. Coopersmith, which was filed in redacted form
3    at Dkt. 1665-1 at pages 3–157 of Dkt. 1665-1. The sealed unredacted version of Exhibit 2 was
4    filed under seal as Dkt. 1663-4 and Dkt. 1664-4.

5    The corrected version of Exhibit 2 replaces pages 42–45, corresponding to Dkt. 1665-1
6    pages 43–46 of the publicly filed version. Mr. Balwani will also file an unredacted corrected
7    Exhibit 2 under seal to completely replace Dkts. 1663-4 and 1664-4.

8    DATED: December 1, 2022                Respectfully submitted,

9                                           ORRICK HERRINGTON & SUTCLIFFE LLP

11                                          By:   /s/ Jeffrey B. Coopersmith
                                                  Jeffrey B. Coopersmith

12                                                Attorney for Defendant
13                                                RAMESH "SUNNY" BALWANI