JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>           Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S RESPONSE TO UNITED STATES' SENTENCING MEMORANDUM**<br><br>Judge:  Honorable Edward J. Davila |

# DECLARATION OF JEFFREY B. COOPERSMITH

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani in this case, an attorney admitted to practice in the State of California, and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP. I submit this declaration in support of Mr. Balwani's response to United States' sentencing memorandum.

2. Attached as Exhibit 1 is a true and correct copy of an April 12, 2014 email thread between Elizabeth Holmes, Daniel Young, and Mr. Balwani, forwarding an email from Tyler Shultz to Elizabeth Holmes, bearing the Bates label TS-0009312–0009319.

3. Attached as Exhibit 2 is a true and correct copy of an excerpt of Theranos blood test results. (Filed under seal)

4. Attached as Exhibit 3 is a true and correct copy of Sonora Quest blood test results. (Filed under seal)

5. Attached as Exhibit 4 is a true and correct copy of a November 13, 2014 email thread between Mr. Balwani, Sami Schneider and Mona Ramamurthy.

6. Attached as Exhibit 5 is a true and correct copy of a November 14, 2014 email from Mr. Balwani to Mona Ramamurthy.

7. Attached as Exhibit 6 is a true and correct copy of a November 15, 2014 email from Mr. Balwani to Suraj Saksena, forwarding and email between Brad Arington, Mr. Balwani, and Elizabeth Holmes.

8. Attached as Exhibit 7 is a true and correct copy of a November 17, 2014 email thread between Mr. Balwani, Suraj Saksena, Brad Arington, Elizabeth Holmes, and Daniel Young.

9. Attached as Exhibit 8 is a true and correct copy of a November 18, 2014 email thread between Mr. Balwani, Brad Arington, and Suraj Saksena.

10. Attached as Exhibit 9 is a true and correct copy of a May 8, 2015 email thread between Mr. Balwani, Suraj Saksena, and Elizabeth Holmes, forwarding an email from a representative from the National Registry of Certified Chemists, Russ Phifer.

1

Coopersmith Decl. ISO Response to USA's Sentencing Memorandum

18-CR-00258-EJD

1    11. Attached as Exhibit 10 is a true and correct copy of an excerpt from the transcript of the
2  August 9, 2019 deposition of Wade Miquelon, taken in *In re Arizona Theranos, Inc. Litigation*,
3  Case No. 2:16-cv-2138-HRH.

5    I declare under penalty of perjury that the foregoing is true and correct.
6    Executed December 2, 2022 in Bellevue, Washington.

8    <u>*s/Jeffrey B. Coopersmith*</u>
     JEFFREY B. COOPERSMITH