JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXPERT DECLARATION**<br><br>Judge:    Honorable Edward J. Davila |

Defendant Ramesh "Sunny" Balwani moves under Criminal Local Rule 2-1 and Civil Local Rule 7-11 for leave to file a supplemental expert declaration in support of his sentencing position and in response to the supplemental expert declaration submitted by the government on December 2, 2022. *See* Dkt. 1674-1.

As the Court knows, the determination of loss associated with a fraud conviction can have an outsized effect on determining the Guidelines sentencing range. The losses claimed by the government here would, if accepted, lead to a 30-point increase in Mr. Balwani's offense level. *See* Dkt. 1661 at 21. And the loss calculated by the Court during the Holmes' sentencing led to a 24-point increase in her offense score. *See* Dkt. 1660; U.S.S.G. § 2B1.1(b)(1)(M); U.S.S.G. Sentencing Table. These enhancements translate to years of incarceration under the Guidelines.

On December 2, 2022, the government submitted a supplemental declaration of its loss expert, Carl Saba, responding to the declarations of the defense's experts Scott Weingust and Toby Reiff. *See* Dkt. 1674-1. Attached to the concurrently filed declaration of Jeffrey B. Coopersmith is a supplemental declaration of Scott Weingust identifying unsupported and mistaken claims in Mr. Saba's supplemental report. *See* Coopersmith Decl., Ex. 1. Due process and fundamental fairness preclude sentencing Mr. Balwani based on materially incorrect information, *see United States v. Petty*, 982 F.2d 1365, 1369 (9th Cir. 1993), and support allowing Mr. Weingust's supplemental declaration rebutting Mr. Saba's analysis to be filed for consideration at Mr. Balwani's sentencing.

Dated: December 6, 2022

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*s/Jeffrey B. Coopersmith*
JEFFREY B. COOPERSMITH

Attorney for Defendant
RAMESH "SUNNY" BALWANI