JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXPERT DECLARATION**<br><br>Judge:    Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On December 6, 2022, Defendant Ramesh "Sunny" Balwani submitted an administrative motion for leave to file a supplemental expert declaration responding to the supplemental declaration of the government's loss expert.

The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr. Balwani's motion. The supplemental declaration of Scott Weingust attached as Exhibit 1 to the Declaration of Jeffrey B. Coopersmith in support of Mr. Balwani's administrative motion is filed.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE