JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CORRECTED EXHIBIT 2 TO DEFENDANT'S SENTENCING MEMORANDUM**<br><br>Judge: Honorable Edward J. Davila |

**[PROPOSED] ORDER**

On December 1, 2022, Defendant Ramesh "Sunny" Balwani submitted an administrative motion to seal certain portions of Corrected Exhibit 2 to the Declaration of Jeffrey B. Coopersmith In Support of Defendant's Sentencing Memorandum.

The Court, having reviewed the motion to seal, finds good cause and compelling reasons and hereby **GRANTS** Mr. Balwani's motion as follows:

| Document | Portion to Be Sealed |
| --- | --- |
| Corrected Ex. 2 | Portions of pp. 3, 6, 7, 11, 12, 54 and all of pp. 13-34 |

**IT IS SO ORDERED.**

Dated: December 6, 2022

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE