JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXPERT DECLARATION** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |
| | Judge:    Honorable Edward J. Davila |

1

**[~~PROPOSED~~] ORDER**

2
On December 6, 2022, Defendant Ramesh "Sunny" Balwani submitted an administrative

3
motion for leave to file a supplemental expert declaration responding to the supplemental

4
declaration of the government's loss expert.

5
The Court, having reviewed the motion, finds good cause and hereby **GRANTS** Mr.

6
Balwani's motion.  The supplemental declaration of Scott Weingust attached as Exhibit 1 to the

7
Declaration of Jeffrey B. Coopersmith in support of Mr. Balwani's administrative motion is filed.

8
**IT IS SO ORDERED.**

9

10
Dated: December 7, 2022

11
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28