UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** December 7, 2022 | **Time:** 10:09 AM -12:19 PM; 12:50-2:40 PM<br>**Total Time:** 4 hours | **Judge:** Edward J. Davila |
| **Case No.:** 5:18-CR-00258-2 EJD | **Case Name:** *United States v. Ramesh Balwani* (P) (NC) | |

**Attorney for Plaintiff:**   Robert Leach, John Bostic, Jeffrey Schenk
    Also Present:     Maddi Wachs

**Attorney for Defendant**   Jeffrey Coopersmith, Amy Walsh, Cazares, Aaron Brecher, Amanda McDowell, Shawn Estrada, Sachi Schuricht, Reese Onate, and Serena Nichols

**Deputy Clerk:** Cheré Robinson                **Court Reporter:** Irene Rodriguez

                                **Probation Officer:** Jessica Goldsberry

**PROCEEDINGS - SENTENCING**

Defendant present and not in custody.  Hearing held.

The Court addresses objections to the Presentence Investigation Report.  Arguments of Counsel heard.

The Court rules on objections; separate Order to issue.

The Court sentences Defendant as follows:

> Defendant is sentenced to 155 months as to Counts One, Two, Three through Eight, and Nine through Twelve of the Third Superseding Indictment (ECF No. 469, filed July 28, 2020), to be served concurrently.  Defendant is committed to the Bureau of Prisons to be imprisoned for said term.
>
> Upon release from imprisonment, the Defendant shall serve a term of 3 years supervised release as to Counts One, Two, Three through Eight, and Nine through Twelve of the Third Superseding Indictment to be served concurrently.  The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.
>
> A special assessment fee of $1,200 is imposed.  The Court imposes a fine of $25,000, concurrent as to each Count.

Defendant shall self-surrender on March 15, 2023, at 2:00 PM to the designated facility; if a facility has not been designated, Defendant shall self-surrender to the U.S. Marshal's office.  All present conditions of release remain in effect until such surrender.

The Court makes the following recommendation:  This is a non-violent offense and, Defendant has no history of violence or other convictions.  The Court recommends the Defendant be designated to the Lompoc minimum security satellite camp in Santa Barbara County, California.  The Court finds that family visitation enhances rehabilitation.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

1

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC:

The Court requests Counsel meet and confer on a schedule for a restitution hearing. The Court also requests Counsel confer with Co-Defendant Counsel regarding whether a joint restitution hearing should be held, and to provide the information and proposed dates and schedule to the Courtroom Deputy.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

2

**Cheré Robinson**
**Courtroom Deputy**
Original: Efiled
CC: