MARK S. DAVIES (Admitted Pro Hac Vice)
JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: mark.davies@orrick.com; jcoopersmith@orrick.com;
awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S NOTICE OF APPEAL**<br><br>**Hon. Edward J. Davila** |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Ramesh "Sunny" Balwani appeals to the United States Court of Appeals for the Ninth Circuit from the sentence of the district court announced on December 7, 2022; from the judgment yet to be entered in this action; from any and all adverse rulings incorporated in, antecedent to, or ancillary to the judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the judgment, that shaped the judgment, that are related to the judgment, or upon which the judgment is based. *See* Sentencing Minute Entry, Dkt. 1682.

Because this Court has yet to enter final judgment on the docket, this notice of appeal shall be "treated as filed on the date of and after the entry" of judgment. Fed. R. App. P. 4(b)(2).

DATED: December 20, 2022          Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Mark S. Davies*
    Mark S. Davies

    Attorney for Defendant
    RAMESH "SUNNY" BALWANI