# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Ramesh "Sunny" Balwani

Name(s) of counsel (if any):
Orrick, Herrington & Sutcliffe LLP (Mark S. Davies; Jeffrey B. Coopersmith; Amy Walsh; Stephen A. Cazares; Aaron Brecher; James Anglin Flynn; Sachi Schuricht; Amari L. Hammonds)

Address: 1152 15th St NW, Washington, DC 20005
Telephone number(s): 202-339-8631
Email(s): mark.davies@orrick.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
United States of America

Name(s) of counsel (if any):
Casey Boome; Jeffrey Benjamin Schenk; Amani Solange Floyd; John Curtis Bostic; Kelly Irene Volkar; Robert S. Leach

Address: 450 Golden Gate Ave, San Francisco, CA 94102
Telephone number(s): 415-436-7185
Email(s): kelly.volkar@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                                      *Rev. 12/01/2018*