UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:18-CR-00258-2 EJD |
|---|---|
| Plaintiff, | **JURY NOTES DURING DELIBERATIONS** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | |

Attached are Jury Notes Nos. 1 through 6 received by the Court during the Jury's deliberations in the above-referenced matter.

Mark B. Busby
Clerk, United States District Court

DATED: July 7, 2022    By: _CRobinson_
Cheré Robinson
Deputy Clerk to the Honorable Edward J. Davila

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-CR-00258-2
Case Title: *United States v. Ramesh "Sunny" Balwani*

### NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/24/2022

Time: 4:20 PM

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark] (___)

    or

2. The Jury has the following question:

    Deliberation Schedule

    6/27 —
    6/28  8-4:30
    6/29  8-4:30
    6/30 —
    7/1 —
    7/5  9-4:30
    7/6  9-4:30
    7/7  9-4:30
    7/8  9-4:30

    [signature]

DATE: _____

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-CR-00258-2
Case Title: *United States v. Ramesh "Sunny" Balwani*

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/28/22

Time: 1:35

Note No. #2

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

    or

2. The Jury has the following question:

I would like to know what happens if the jury cannot agree in a specific count? What other option we have beside Guilty and not Guilty

DATE: 6/28/22

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18cr00258-EJD-2
Case Title: United States of America v Ramesh Sunny Balwani

RESPONSE TO JURY NOTE NO. 2

The court refers the Jury to instruction no. 29 – Duty to Deliberate.

DATE: 06/28/2022

TIME: 2:27 pm

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-CR-00258-2
Case Title: *United States v. Ramesh "Sunny" Balwani*

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/29/22

Time: 8:15

Note No. 3

1. The Jury has reached a unanimous verdict. [Please mark]  (____)

    or

2. The Jury has the following question:

Trial Exh 5441 says it should be available in native format as Theranos_v12.xlsx but we do not see it. Is this available?

DATE: 6/29

Signature of Juror

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-CR-00258-2 EJD
Case Title: *United States of America v. Ramesh "Sunny" Balwani*

### RESPONSE TO JURY NOTE NO. 3

Yes, please *see* Exhibit 4093.

DATE: July 29, 2022

TIME: 9:32 AM

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-cr-00258-EJD-1
Case Title: USA v Elizabeth Holmes

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 7/5/22

Time: 2:50pm

Note No. 4

1. The Jury has reached a unanimous verdict. [Please mark] (____)

or

2. The Jury has the following question:

Updated Schedule

See attached

DATE: 7/5/2022

Signature of Juror

```
W  7/6   9-4:30
Th 7/7   9-4:30
F  7/8   ———

M  7/11  9-4:30
Tu 7/12  9-3
W  7/13  9-1
Th 7/14  9-4:30
F  7/15  ———

Updated 7/5/22
```

[signature]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

**PRESIDING: JUDGE EDWARD J. DAVILA**
Case No. 5:18-CR-00258-2
Case Title: *United States v. Ramesh "Sunny" Balwani*

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 7/6/2022

Time: 12:35

Note No. 5

1. The Jury has reached a unanimous verdict. [Please mark]  (____)

   or

2. The Jury has the following question:

Need clarification on count #10 Re: Patient E.T.'s lab blood tests results on or about May 11, 2015. Is the faxed test result the only qualification for a wire (intrastate) fraud or does the customer service call that may have been made between California and Arizona qualify this Interaction as a intrastate wire fraud?

DATE: 7/6/2022

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-CR-00258-2 EJD
Case Title: *United States of America v. Ramesh "Sunny" Balwani*

## RESPONSE TO JURY NOTE NO. 5

Please see Jury Instruction No. 20, in particular lines 23 and 24 on page 22, and lines 14 and 15 on page 23.

DATE: July 6, 2022
TIME: 1:47 pm

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-CR-00258-2
Case Title: *United States v. Ramesh "Sunny" Balwani*

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 7/7/22

Time: 10:25 am

Note No. 6

1. The Jury has reached a unanimous verdict. [Please mark] ( X )

   or

2. The Jury has the following question:

_____
_____
_____
_____
_____
_____

DATE: 7/7/22                                         [signature]
                                                     Signature of Juror