STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | 1/30/2023 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' SUPPLEMENTAL BRIEF REGARDING RESTITUTION |
| v. | |
| RAMESH "SUNNY" BALWANI, | Date: February 17, 2023<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Davila |
| Defendant. | |

1  I, Robert S. Leach, declare:

2  1.  I am an Assistant United States Attorney representing the United States of America, the
3  plaintiff in this case.

4  2.  Attached as Exhibit A is a true and correct copy of SEC-USAO-EPROD-005034798
5  (THPFM0004651913), which was produced by Theranos to the SEC, and its attachment (SEC-USAO-
6  EPROD-005034799), filtered to include only one Excel tab and reflecting C-1 and C-2 investors.

7  3.  Attached as Exhibit B is a victim impact statement from WVC Investments, LLC, a
8  Walgreen Co. subsidiary, received by Office and provided to the Probation Office in September 2022.

9  4.  Attached as Exhibit C is a redacted victim impact statement from Eileen Lepera received
10  by Office and provided to the Probation Office in September 2022.

11  5.  Attached as Exhibit D is a letter I received from counsel for PFM dated January 27, 2023.

12  I declare under penalty of perjury under the laws of the United States of America that the
13  foregoing is true and correct.

14  Executed this 30th day of January 2023 in the Northern District of California.

  */s/ Robert S. Leach*
16  ROBERT S, LEACH
  Assistant United States Attorney