Message

| | |
|---|---|
| **From**: | Danise Yam [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DYAM] |
| **Sent**: | 7/19/2016 5:43:33 PM |
| **To**: | 'Kumm, Brett' [Brett.Kumm@fticonsulting.com] |
| **CC**: | Gee, Jeanne [Jeanne.Gee@fticonsulting.com] |
| **Subject**: | investor list |

Brett,

See second tab for the ledger that I showed you.

Thanks.

Danise Yam

Corporate Controller

Theranos, Inc

T: 650 470 6204

F: 510 739 9802

Confidential        THPFM0004651913

Theranos, Inc
Stock Certificate Ledger

| Class | Pre-split Cert # | Note to pre-split cert # | Post-split Cert # | Cert Transferred To | Cert Transferred From | Name | No of Shares | Pre-split Cert Date | Cert Cancel Date | (pre-split) Price | Price | (Pre-split) Net shares | Net shares | Total proceeds | Transferred? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Series C-1 | PC-1-1 | | PC-1-22 | | | PEER VENTURES GROUP III, L.P. | 15,000,000 | 07/01/10 | | 15.0000000 | 3.0000000 | 3,000,000 | 15,000,000 | 45,000,000.00 | |
| Series C-1 | PC-1-2 | | PC-1-23 | PC-1-26 | | BLUECROSS BLUESHIELD VENTURE PARTNERS, L.P. | 2,833,335 | 07/30/10 | 04/09/15 | 15.0000000 | 3.0000000 | | - | - | 1 |
| Series C-1 | PC-1-4 | | PC-1-25 | | | Teton Capital Company | 175,000 | 07/19/10 | | 15.0000000 | 3.0000000 | 35,000 | 175,000 | 525,000.00 | |
| Series C-1 | PC-1-3 | | PC-1-24 | | | SANDBOX CO-INVESTMENT FUND I, LLC | 500,000 | 07/30/10 | | 15.0000000 | 3.0000000 | 100,000 | 500,000 | 1,500,000.00 | |
| Series C-1 | PC-1-2 | | PC-1-26 | | PC-1-23 | BLUECROSS BLUESHIELD VENTURE PARTNERS, L.P. | 2,833,335 | 04/09/15 | | 15.0000000 | 3.0000000 | 566,667 | 2,833,335 | 8,500,005.00 | 1 |
| Series C-1 | | | PC-1-5 | | | George Shultz | 200,000 | 03/28/13 | | 75.0000000 | 15.0000000 | 40,000 | 200,000 | 3,000,000.00 | |
| Series C-1 | | | PC-1-6 | | | PEER VENTURES GROUP IV, L.P. | 1,180,000 | 06/10/13 | | 75.0000000 | 15.0000000 | 236,000 | 1,180,000 | 17,700,000.00 | |
| Series C-1 | | | PC-1-10 | | | Daniel C. Carter | 5,000 | 01/14/14 | | | 15.0000000 | - | 5,000 | 75,000.00 | |
| Series C-1 | | | PC-1-11 | | | Crofton Capital GP | 20,000 | 01/14/14 | | | 15.0000000 | - | 20,000 | 300,000.00 | |
| Series C-1 | | | PC-1-12 | | | Alan Eisenman | 6,666 | 01/14/14 | | | 15.0000000 | - | 6,666 | 99,990.00 | |
| Series C-1 | | | PC-1-13 | | | Sherrie Eisenman | 3,333 | 01/14/14 | | | 15.0000000 | - | 3,333 | 49,995.00 | |
| Series C-1 | | | PC-1-14 | | | Kendra Fadil | 5,000 | 01/14/14 | | | 15.0000000 | - | 5,000 | 75,000.00 | |
| Series C-1 | | | PC-1-17 | | | Richard Kovacevich | 10,000 | 01/14/14 | | | 15.0000000 | - | 10,000 | (directors fee) | |
| Series C-1 | | | PC-1-15 | | | Gordon Family Trust | 20,000 | 01/14/14 | | | 15.0000000 | - | 20,000 | 300,000.00 | |
| Series C-1 | | | PC-1-16 | | | Hall Black Diamond II, LLC | 325,000 | 01/14/14 | | | 15.0000000 | - | 325,000 | 4,875,000.00 | |
| Series C-1 | | | PC-1-17 | | | Richard Kovacevich | 266,666 | 01/14/14 | | | 15.0000000 | - | 266,666 | 3,999,990.00 | |
| Series C-1 | | | PC-1-18 | | | Lucas Venture Group IV, L.P. | 33,334 | 01/14/14 | | | 15.0000000 | - | 33,334 | 500,010.00 | |
| Series C-1 | | | PC-1-19 | | | Lucas Venture Group XI, L.P. | 471,333 | 01/14/14 | | | 15.0000000 | - | 471,333 | 7,069,995.00 | |
| Series C-1 | | | PC-1-20 | | | Mendenhall TF Partners | 87,500 | 01/14/14 | | | 15.0000000 | - | 87,500 | 1,312,500.00 | |
| Series C-1 | | | PC-1-21 | | | PEER VENTURES GROUP IV, L.P. | 1,169,995 | 01/14/14 | | | 15.0000000 | - | 1,169,995 | 17,549,925.00 | |
| Series C-1 | | | PC-1-7 | | | Black Diamond Ventures XII-B, LLC | 356,660 | 01/14/14 | | | 15.0000000 | - | 356,660 | 5,349,900.00 | |
| Series C-1 | | | PC-1-8 | | | Boies, Schiller & Flexner LLP | 322,879 | 01/14/14 | | | 15.0000000 | - | 322,879 | (Legal fee) | 4,843,185.00 |
| Series C-1 | | | PC-1-9 | | | Colin Carter | 16,666 | 01/14/14 | | | 15.0000000 | - | 16,666 | 249,990.00 | |
| Series C-2 | | | PC-2-1 | | | CENTRAL VALLEY ADMINISTRATORS | 294,117 | 02/07/14 | | | 17.0000000 | | 294,117 | 4,999,989.00 | |
| Series C-2 | | | PC-2-2 | | | PARTNER INVESTMENTS LP | 3,263,529 | 02/07/14 | | | 17.0000000 | | 3,263,529 | 55,479,993.00 | |
| Series C-2 | | | PC-2-3 | | | PFM HEALTHCARE MASTER FUND, L.P., | 2,255,096 | 02/07/14 | | | 17.0000000 | | 2,255,096 | 38,336,632.00 | |
| Series C-2 | | | PC-2-4 | | | PFM HEALTHCARE PRINCIPALS FUND, L.P | 136,669 | 02/07/14 | | | 17.0000000 | | 136,669 | 2,323,373.00 | |
| Series C-2 | | | PC-2-5 | | | PEER VENTURES GROUP IV, L.P. | 779,411 | 02/07/14 | | | 17.0000000 | | 779,411 | 13,249,987.00 | |
| Series C-2 | | | PC-2-6 | | | RILEY P. BECHTEL & SUSAN P. BECHTEL | 8,823 | 03/18/14 | | | 17.0000000 | | 8,823 | Director's fee | |
| Series C-2 | | | PC-2-6 | | | RILEY P. BECHTEL & SUSAN P. BECHTEL | 291,177 | 03/18/14 | | | 17.0000000 | | 291,177 | 4,950,009.00 | |
| Series C-2 | | | | | | MOSLEY FAMILY HOLDINGS LLC | | 10/31/14 | | | 17.0000000 | | 352,941 | 5,999,997.00 | |
| Series C-2 | | | | | | DYNASTY FINANCIAL II, LLC (BY RDV CORPORATION, ITS MANAGER) | | 10/31/14 | | | 17.0000000 | | 5,882,352 | 99,999,984.00 | |
| Series C-2 | | | | | | ANDREAS C. DRACOPOULOS | | 10/31/14 | | | 17.0000000 | | 1,470,588 | 24,999,996.00 | |
| Series C-2 | | | | | | Cox Investment Holdings, Inc | | 11/03/14 | | | 17.0000000 | | 5,882,352 | 99,999,984.00 | |
| Series C-2 | | | | | | MADRONE PARTNERS, LP | | 12/15/14 | | | 17.0000000 | | 5,882,352 | 99,999,984.00 | |
| Series C-2 | | | | | | SODA SPRING PARTNERS, LLC | | 12/15/14 | | | 17.0000000 | | 2,941,176 | 49,999,992.00 | |
| Series C-2 | | | | | | HENRY A KISSINGER 2014 GRANDCHILDREN'S TRUST | | 12/15/14 | | | 17.0000000 | | 176,470 | 2,999,990.00 | |
| Series C-2 | | | | | | BENDEL FUND | | 12/31/14 | | | 17.0000000 | | 249,998 | 4,249,966.00 | |
| Series C-2 | | | | | | Keith Rupert Murdoch | | 02/13/15 | | | 17.0000000 | | 7,352,941 | 124,999,997.00 | |
| Series C-2 | | | | | | EOSon Investments M Ltd | | 03/30/15 | | | 17.0000000 | | 1,058,823 | 17,999,991.00 | |
| Series C-2 | | | | | | EOSon Investments N Ltd | | 03/30/15 | | | 17.0000000 | | 117,647 | 1,999,999.00 | |
| Series C-2 | | | | | | Robert K. Kraft LLC | | 3/31/2015 | | | 17.0000000 | | 58,823 | 999,991.00 | |
| Series C-2 | | | | | | INMOBILIARIA CARSO S.A. de C.V. | | 4/16/2015 | | | 17.0000000 | | 1,764,705 | 29,999,985.00 | |
| Series C-2 | | | | | | David Boies | | 3/6/2015 | | | 17.0000000 | | 17,647 | Directors' fee | |
| Series C-2 | | | | | | Larry Fitzgerald | | 12/31/2015 | | | 17.0000000 | | 23,529 | Consulting fee | 399,993.00 |
| Series C-2 | | | | | | RILEY P. BECHTEL & SUSAN P. BECHTEL | | 2/3/2016 | | | 17.0000000 | | 67,647 | 1,149,999.00 | (include $150K |
| | | | | | | | | | | | | | | 525,787,020 | |

**Summary**

| | |
|---|---|
| Common Stock A | 51,751,205 |
| Common Stock B | 250,658,055 |
| Series A | 46,320,045 |
| Series B | 53,494,262 |
| Series C | 58,810,045 |
| Series C-1 | 23,008,367 |
| Series C-2 | 40,328,813 |
| C-2 subscription | - |
| Common Stock A - Treasury | 661,465 |
| Series A - Treasury | - |
| Series B - Treasury | 668,703 |
| Series C - Treasury | 86,060 |
| | 525,787,020 |