| | |
|---|---|
| **From:** | ▮ |
| **Subject:** | [EXTERNAL] Fwd: US vs Holmes & Balwani Case #5:18-CR-00258EJD |
| **Date:** | Tuesday, September 6, 2022 8:40:09 AM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sorry - i have typo at bottom  - date of submission is 9/6/2022
And my correct full name is Eileen E. Lepera TTEE, the Eileen Lepera ▮ Trust u/a dated ▮
USAO number 2016R00024
Court docket number in subject line
Thank you

Sent from my iPad

Begin forwarded message:

> **From:** Eileen Lepera ▮>
> **Date:** September 6, 2022 at 8:33:44 AM PDT
> **To:** oci.theranos@fda.hhs.gov
> **Subject: US vs Holmes & Balwani Case #5:18-CR-00258EJD**
>
> I am a senior victim and don't know how to do a pdf but i have answered all your questions below from the Victim Impact Statement.  I hope it will be acceptable.
>
> 1) Details of my Investment:  7/25/11 I purchased 10,000 shares from my venture capital boss, Donald L. Lucas, through the Lucas Brothers Foundation. Series B Preferred
> 2) There was a 5 - 1 forward stock split giving me approximately 50,000 shares. I have my original certificate signed by Elizabeth holmes
>
> 3) I did sell 3,000 shares.  So my certificates says 47,000 shares of Theranos ▮ signed by Elizabeth Holmes.
>
> 4) I did not receive any payments from Theranos, Eliz Holmes or Ramesh Balwani after the above investments. No interest, dividends, distributions, refunds, honoraria, referral fees or settlement payments
> 5) I received no payments in connection with my investment in Theranos.
> 6) i did spend time giving interviews to 60 Minutes Australia, BBC, ABC i believe because i thought it was important that the public see what these two unethical people did
> 7) I lost $100,000 in Theranos investment
> 8) This was the biggest investment i ever made and it was a big hit financially - i think it's outrageous the behavior of these two greedy people. They made a lot of people suffer

9) yes, there was stress and anxiety as anyone who is a normal wage earner loses $100,000
10) Elizabeth Holmes and Ramesh Balwani conducted themselves in an unethical manner and continued their sham even with they knew they were impacting real patients and real investors - i did have my blood drawn at their Beta site in Palo Alto on University Avenue.
I hope that justice is served here -  their conduct was so haughty and superior - they deserve some humility handed to them with a long prison sentence and i sure wish i could recoup even some of that huge sum of money i lost.  Thank you for listening

I declare under penalty of perjury that the above information is true and correct
Eileen lepera  6/6/22
Please let me know if this is acceptable to be submitted to the sentencing judge.
I do not have a FAX


Sent from my iPad