JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH BALWANI'S SUPPLEMENTAL SENTENCING MEMORANDUM RE: RESTITUTION**<br><br>Judge:  Honorable Edward J. Davila |

**DECLARATION OF JEFFREY B. COOPERSMITH**

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani in this case, an attorney admitted to practice in the State of California, and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP. I submit this declaration in support of Mr. Balwani's supplemental sentencing memorandum regarding restitution.

2. Attached as **Exhibit A** is a copy of the transcript of the December 7, 2022 sentencing hearing for Mr. Balwani.

3. Attached as **Exhibit B** is a copy of a May 2017 Exchange and Release Agreement among Theranos, Inc., certain Theranos C-1 and C-2 preferred stockholders, and Elizabeth Holmes.

4. Attached as **Exhibit C** is a copy of a document bearing production numbers SBCOLMAN008860–69, a July 8, 2016 Agreement Terminating the Master Purchase Agreement and Releasing Claims between Safeway Inc. and Theranos, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 10, 2023, in Bellevue, Washington.

*s/Jeffrey B. Coopersmith*
JEFFREY B. COOPERSMITH