UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 17, 2023 | **Time:** 9:41-11:17 AM | **Judge:** Edward J. Davila |
| | **Total Time:** 1 hr, 36 min | |
| **Case No.:** 5:18-CR-00258-2 EJD | **Case Name:** *United States v. Ramesh Balwani* (P) (NC) | |

**Attorney for Plaintiff:** Robert Leach, Kelly Volkar, John Bostic, Jeffrey Schenk
    Also Present: Maddi Wachs

**Attorney for Defendant** Mark Davies, Amy Walsh, Jeffrey Coopersmith, Stephen Cazares, Sachi Schuricht

**Deputy Clerk:** Cheré Robinson      **Court Reporter:** Irene Rodriguez

**Probation Officer:** Kyle Pollak (for Jessica Goldsberry)

## PROCEEDINGS
### (Restitution and Motion Hearing)

Defendant present and not in custody.  Hearing held.

    **Restitution Hearing** – 9:44-10:18 AM

    Arguments of Counsel heard.

    **Motion for Release Pending Appeal** – 10:19-11:16 AM

    Arguments of Counsel heard.

Court takes matters under submission.  Orders to issue.



**Cheré Robinson**
**Courtroom Deputy**
Original: Efiled
CC: