# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 5:18-CR-00258-2 EJD<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATION MOTION AND EXTENDING DEFENDANT'S REPORTING DATE**<br><br>ECF No. 1742 |

This matter having come before the Court on Defendant's Administrative Motion to Clarify Court's Order Regarding Reporting Date as to Ramesh "Sunny" Balwani (ECF No. 1742), the Court having reviewed Defendant's Motion and related submissions, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant shall self-surrender on March 16, 2023, no later than 2:00 p.m. to the Bureau of Prisons designated facility. If a facility has not been designated, Defendant shall self-surrender to the U.S. Marshals Office. All present conditions of release remain in effect until such surrender.

**SO ORDERED**.

DATED:    March 9, 2023

EDWARD J. DAVILA
United States District Judge