JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S NOTICE OF NEW INFORMATION**<br><br>**Hon. Edward J. Davila** |

1   Mr. Balwani submits this notice to update the Court on the BOP designation reported in
2 his March 8, 2023 administrative motion (Dkt. 1742), which the Court granted on March 9, 2023
3 (Dkt. 1744). As reported in the administrative motion, Mr. Balwani received notification on
4 March 8 that BOP designated him to USP-Atlanta. After Mr. Balwani filed the administrative
5 motion, on March 9, BOP changed Mr. Balwani's designation to FCI-Terminal Island.

DATED: March 15, 2023                     Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By:   */s/ Jeffrey B. Coopersmith*
      Jeffrey B. Coopersmith

      Attorney for Defendant
      RAMESH "SUNNY" BALWANI