JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE**<br><br>**Hon. Edward J. Davila** |

**NOTICE OF MOTION AND ADMINISTRATIVE MOTION**

**TO SET NEW REPORTING DATE**

PLEASE TAKE NOTICE that in the above-captioned case, before the Honorable Edward J. Davila, Defendant Ramesh "Sunny" Balwani hereby respectfully moves the Court to set a new date for Mr. Balwani to report to the Bureau of Prisons. The Motion is based on the below Memorandum of Points and Authorities, the record in this case, and any other matters that the Court deems appropriate.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Ramesh "Sunny" Balwani, by undersigned counsel, respectfully moves the Court to set a new date for Mr. Balwani to report to the Bureau of Prisons. On March 9, 2023, the Court denied Mr. Balwani release pending appeal and granted his Administrative Motion to Clarify Court's Order Regarding Reporting Date. Dkts. 1743, 1744. The latter order set his reporting date as March 16, 2023, no later than 2:00 p.m. On March 15, 2023, six days after these orders, Mr. Balwani filed a motion for release pending appeal in the Ninth Circuit, which automatically stayed his reporting date. Dkt. 1746; *see also* Ninth Circuit Rule 9-1.2(e) ("If the appellant is on bail at the time the motion is filed in this Court, bail will remain in effect until the Court rules on the motion."). The government filed its opposition to the motion on March 27, 2023, and Mr. Balwani filed a reply on April 3, 2023. *United States v. Balwani*, No. 22-10338 (9th Cir. Mar. 27, 2023), ECF No. 11; *Balwani*, No. 22-10338 (Apr. 3, 2023), ECF No. 12. The Ninth Circuit denied Mr. Balwani's motion three days later on April 6, 2023. *Balwani*, No. 22-10338 (Apr. 6, 2023), ECF No. 13.

Given that Mr. Balwani's March 16 reporting date has now passed, Mr. Balwani seeks an order from this Court setting a new reporting date. Mr. Balwani is making preparations to travel to Los Angeles in order to report to the Bureau of Prisons at FCI Terminal Island. This includes making air travel arrangements and ensuring his family has access to his critical documents and information. He is also actively working on his merits appeal, for which his opening brief to the Ninth Circuit is due on April 20, 2023. In order for Mr. Balwani to get all of these affairs in order, he respectfully requests that the Court set a new reporting date two weeks from today, April 20, 2023. *See United States v. Patel*, No. 3:17-cr-00114 (D. Nev. Sept. 18, 2019), ECF No. 65 (setting two-week self-surrender date following Ninth Circuit denial order). The government has not expressed a position on this request. *See* Declaration of Jeffrey Coopersmith in Support of Administrative Motion to Set New Reporting Date.

Dated: April 6, 2023

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*s/Jeffrey B. Coopersmith*
JEFFREY B. COOPERSMITH

Attorney for Defendant
RAMESH "SUNNY" BALWANI