JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE**<br><br>**Hon. Edward J. Davila** |

**[PROPOSED] ORDER**

Having considered Mr. Balwani's Motion to Set New Reporting Date, the Court ORDERS that Defendant Balwani will be required to report to the Bureau of Prisons to begin serving his sentence on April 20, 2023, no later than 2:00 p.m.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE