1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-EJD |
|---|---|
| Plaintiff, | **DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE** |
| v. | |
| RAMESH "SUNNY" BALWANI, | |
| Defendant. | **Hon. Edward J. Davila** |

1

**DECLARATION OF JEFFREY B. COOPERSMITH**

2
I, Jeffrey B. Coopersmith, declare as follows:

3
    1.  I am counsel for defendant Ramesh "Sunny" Balwani in the above-captioned case.  I

4
        submit this declaration in support of Mr. Balwani's Administrative Motion to Set New

5
        Reporting Date.  I have personal knowledge of the facts stated herein.

6
    2.  On April 6, 2023, pursuant to Local Civil Rule 7-11(a), shortly after the Ninth Circuit

7
        issued its order denying Mr. Balwani release pending appeal, I contacted counsel for the

8
        government by email at 7:40 p.m. PDT.  My email asked for the government's position on

9
        the relief sought for an April 20, 2023 reporting date.

10

11
    3.  I have not heard back from the government counsel, but I am not criticizing them in any

12
        way in light of the urgent timing of the request.

13
    4.  Because of the imminent need to set a new reporting date, the government's position on

14
        Mr. Balwani's motion could not be obtained.

15

16

17
I declare under penalty of perjury that the foregoing is true and correct.

18
Executed April 6, 2023, at Seattle, Washington.

19
                                 /s/ *Jeffrey B. Coopersmith*

20
                                 JEFFREY B. COOPERSMITH

21

22

23

24

25

26

27

28

COOPERSMITH DECL ISO DEFENDANT
BALWANI'S ADMINISTRATIVE MOTION TO SET
NEW REPORTING DATE,
CASE NO. 18-CR-00258-EJD