1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted Pro Hac Vice)
2  STEPHEN A. CAZARES (SBN 201864)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759

6  Email:  jcoopersmith@orrick.com; awalsh@orrick.com;
   scazares@orrick.com
7

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15 | UNITED STATES OF AMERICA,          | Case No. 18-CR-00258-EJD

16 |                   Plaintiff,        | **[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE**

17 |           v.

18 | RAMESH "SUNNY" BALWANI,

19 |                   Defendant.        | **Hon. Edward J. Davila**

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

3    Having considered Mr. Balwani's Motion to Set New Reporting Date, the Court ORDERS

4   that Defendant Balwani will be required to report to the Bureau of Prisons to begin serving his

5   sentence on April 20, 2023, no later than 2:00 p.m.

6

7    **IT IS SO ORDERED.**

8

9    Dated:   April 7, 2023

10                                       HONORABLE EDWARD J. DAVILA
                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                        [PROPOSED] ORDER GRANTING DEFENDANT
                                                        BALWANI'S ADMINISTRATIVE MOTION TO SET
                                              1                  NEW REPORTING DATE,
                                                              CASE NO. 18-CR-00258-EJD