MARK S. DAVIES (Admitted Pro Hac Vice)
JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted Pro Hac Vice)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S NOTICE OF APPEAL**<br><br>**Hon. Edward J. Davila** |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Ramesh "Sunny" Balwani appeals to the United States Court of Appeals for the Ninth Circuit from the amended judgment entered as to Mr. Balwani in this action on May 30, 2023 ("Amended Judgment"); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Amended Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Amended Judgment, that shaped the Amended Judgment, that are related to the Amended Judgment, or upon which the Amended Judgment is based, including but not limited to the portion of the Amended Judgment ordering Mr. Balwani to pay restitution.

DATED: June 13, 2023                    Respectfully submitted,

                                        ORRICK HERRINGTON & SUTCLIFFE LLP

                                        By:  */s/ Mark S. Davies*
                                             Mark S. Davies

                                        Attorney for Defendant
                                        RAMESH "SUNNY" BALWANI