STEVEN W. FOGG (Admitted *Pro Hac Vice*)
JEFFREY B. COOPERSMITH, CA Bar No. 252819
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone:   (206) 625-8600
Facsimile:    (206) 625-0900
Email: sfogg@corrcronin.com
          jcoopersmith@corrcronin.com

Attorneys for Defendant RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ELIZABETH A. HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>          Defendants. | Case No. CR-18-00258-EJD<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**(Clerk's Action Required)**<br><br>**Hon. Edward J. Davila** |

TO:          The Clerk of the Court

AND TO:    All Parties and Counsel of Record

PLEASE TAKE NOTICE that effective immediately Jeffrey B. Coopersmith, formerly of Orrick, Herrington & Sutcliffe LLP, has joined the law office of Corr Cronin LLP, and requests that any and all further pleadings or notices of any nature whatsoever, except original process, be served upon the undersigned at the address below stated.

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
Email: jcoopersmith@corrcronin.com

All other counsel from the law offices of Orrick, Herrington & Sutcliffe LLP and Corr Cronin LLP who have appeared in the matter will continue to represent Mr. Balwani.

DATED: June 28, 2023

Respectfully submitted,

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, CA Bar No. 252819
Steven W. Fogg (Admitted *Pro Hac Vice*)
Attorneys for Ramesh Balwani

CORR CRONIN LLP

2

NOTICE OF CHANGE OF ADDRESS
Case No. CR-18-00258 EJD