ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VIVIAN F. WANG (CABN 277577)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7431
Fax: (415) 436-6570
Email: Vivian.Wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMESH BALWANI,<br>Defendant,<br><br>FIDELITY INVESTMENTS,<br>Garnishee. | CASE NO. CR 18-00258-002 EJD<br><br>**DECLARATION OF ALLEN WILLIAMS IN SUPPORT OF APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**<br><br>(STOCK ACCOUNTS) |

I, ALLEN WILLIAMS, declare as follows:

1. I am employed as a Financial Analyst in the Financial Litigation Program ("FLP") in the Civil Division of the United States Attorney's Office for the Northern District of California.

2. I make this declaration of my own knowledge, and if called to testify to the contents of this document, I could do so competently.

3. FLP is responsible for the collection of civil debts owing to the United States and for the collection of criminal fines and restitution. My responsibilities include monitoring the collection of those debts, reviewing financial disclosures, creating payment plans, and other collection activity.

4. I am assigned to the case of Ramesh Balwani ("Defendant").

5. As of the date of this Declaration, Defendant has paid a total of approximately $25.00 toward his judgment debt. As of September 26, 2023, there is a balance of approximately $452,073,443.00.

6. On or about June 21, 2023, FLP sent letters to Defendant's team of counsel requesting that their client pay his debt to the United States. Attached hereto as **Exhibit "A"** are true and correct copies of the letters.

7. As of the date of this Declaration, Defendant has failed to satisfy his debt.

8. I have reviewed Defendant's Amended Presentence Investigation Report, which reveals that Defendant has or had investment accounts at Fidelity Investments.

9. On or about June 5, 2023, the FLP served a Notice of Lien on Fidelity Investments, informing it of a lien in favor of the United States pursuant to 18 U.S.C. § 3613 and instructing it to withhold payment of any funds to the Defendant. Attached hereto as **Exhibit "B"** is a true and correct copy of the Notice of Lien.

10. On or about June 9, 2023, the FLP received a response from Garnishee, confirming receipt of the Notice of Lien and the placing of restrictions on Defendant's investment accounts ending in 05, 07, and 12, with a combined value of approximately $188,530.00.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on September 26, 2023, in San Francisco, California.

ALLEN WILLIAMS
Financial Analyst

# EXHIBIT A

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Shawn Estrada, Esq.
Orrick Herrington & Sutcliffe
405 Howard St.
San Francisco, CA 94105

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Estrada:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to:

Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Amy Walsh, Esq.
Orrick Herrington Sutcliffe LLP
51 W 52nd St.
New York, NY 10019

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Ms. Walsh:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani . We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Mark Davies, Esq.
Orrick Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Davies:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0,0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Amari Hammonds, Esq.
Orrick, Herrington & Sutcliffe LLP
450 Howard St.
San Francisco, CA 94105

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Ms. Hammonds:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2021, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Steven Fogg, Esq.
Corr Cronin LLP
1001 Fourth Ave., Suite 3900
Seattle, WA 98154

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Fogg:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Molly McCafferty, Esq.
Orrick Herrington & Sutcliffe
405 Howard St.
San Francisco, CA 94105

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Ms. McCafferty:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani . We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Amanda McDowell, Esq.
Orrick, Herrington & Sutcliffe LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Ms. McDowell:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Stephen Cazares, Esq.
Orrick, Herrington, & Sutcliffe LLP
355 S. Grand Ave., 27th Floor
Los Angeles, CA 90071

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Cazares:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*
*FAX: (415) 436-6570*

June 21, 2023

James Flynn, Esq.
Orrick Herrington & Sutcliffe LLP
222 Berkeley St., Suite 2000
Boston, MA 02116

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Flynn:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*
*FAX: (415) 436-6570*

June 21, 2023

Aaron Brecher, Esq.
Orrick, Herrington & Sutcliffe
401 Union St., Suite 3300
Seattle, WA 98101

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Brecher:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Joshua Ferrentino, Esq.
Corr Cronin LLP
1001 Fourth Ave., Suite 3900
Seattle, WA 98154

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Ferrentino:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Guy Singer, Esq.
Orrick Herring Sutcliffe LLP
51 W 52nd St.
New York, NY 10019

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Singer:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Jeffrey Coopersmith, Esq.
Orrick Herrington & Sutcliffe LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Mr. Coopersmith:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani . We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6970*

*FAX: (415) 436-6570*

June 21, 2023

Sachiko Schuricht, Esq.
Orrick Herrington & Sutcliffe LLP
405 Howard St.
San Francisco, CA 94105

Re: United States v. Ramesh Balwani
USDC ND California; No. CR 18-00258-002 EJD
USAO No.: 2023A19929 Bal. Due: $452,073,468.00

Dear Ms. Schuricht:

On May 31, 2023, we inquired if you will continue to represent the defendant, Ramesh Balwani. We did not receive a response to this inquiry. Therefore, we assume that you will continue to represent the above mention defendant with respect to the collection of the criminal monetary penalties in the above-referenced case.

This letter is in regards to the collection of those criminal monetary penalties. As you are aware, a judgment was entered against the defendant by the district court to pay a special assessment, fine and/or restitution in the amount of $452,073,468.00. This amount is immediately due and payable. Therefore, demand is hereby made that the defendant immediately pay the current balance listed above in full by check or money order. If applicable, this amount accrues interest at the rate of 0.0% per annum on any unpaid balance remaining after 14 days from the date of this judgment. 18 U.S.C.§ 3612(f). Furthermore, if this amount becomes delinquent (30 days late) or in default (120 days late), late payment penalties of 10% and 15% of the principal amount, respectively, will be imposed. 18 U.S.C. §§ 3572(h)-(i), 3612(g).

Payments should be made by check or money order payable to the "Clerk of the Court" and sent to:

Clerk, U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
Online payment is available at PAY.GOV https://pay.gov/public/form/start/434849470

If the defendant fails to make payment in full within 10 calendar days from the date of this letter, we will seek to collect this judgment as fully permitted under the law, including but

limited to garnishing the defendant's wages, executing on the defendant's personal properties, and foreclosing on the defendant's real properties. Furthermore, the defendant must contact his/her Case Manager, Probation Officer or this office to establish a payment plan.

If your client is unable to pay the restitution balance in full immediately, you must have your client complete, date, and sign, under penalties of perjury, the enclosed U.S. Department of Justice Financial Statement form and return it to this office along with copies of recent pay or benefit statements covering a two-month period, bank statements for the last three months, and tax returns for the past three years. We also request that your client sign and return the enclosed Request for Copy of Tax Return Form (IRS Form 4506) so that the U.S. Attorney's Office may obtain copies of the tax returns from the IRS. You may return the completed and signed financial statement form, pay and bank statements, copies of the tax returns, and the signed Form 4506 in the enclosed prepaid self-addressed envelope. **If your client fails to provide the requested documents by July 21, 2023, we will proceed with formal discovery.**

If you have any questions or would like to discuss this matter, you may reach me at 415/436-7188.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney

Please respond to: Financial Litigation Unit - GBV/MB

Enclosures: Financial Statement
IRS Form 4506
Self-addressed return envelope

cc: Case Manager
U.S. Probation Officer

# EXHIBIT B

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*

*(415) 436-6915*

*FAX: (415) 436-6570*

June 5, 2023

Via Email: Shannon.bray@fmr.com
Shannon Bray, VP, Managing Director
Fidelity Investments
100 Magellan Way, KE1H
Covington, KY 41015

Re: United States v. Ramesh Balwani
Case No.(USDC ND Calif.) CR 18-00258-002 EJD

Dear Shannon Bray:

This letter is to provide notice that any deposit accounts, investments, stocks, bonds or other funds, owned by the above-referenced person, which are being managed or held by Fidelity Investments on behalf of Ramesh Balwani are subject to a lien in favor of the United States of America pursuant to 18 U.S.C. § 3613.

This lien arose on June 1, 2023, in connection with a judgment for criminal restitution. At this time, $452,073,468.00 remains due and owing. A copy of a Notice of Lien which was filed in the San Francisco County Recorder's Office, San Francisco, California, is attached.

Demand has been made upon Mr. Balwani for payment of this judgment amount. He is being provided an opportunity to pay the debt without seizure of these funds. If the debt is not voluntarily paid, and if the Court orders that the funds you hold should be used to reduce the restitution judgment, you will receive a court order directing you on how and to whom to transmit the funds. In the interim, you are notified not to authorize payment of any of the funds to Mr. Balwani.

Please confirm your receipt of this notice by signing and returning page 2 of this letter in the envelope provided. If you have any questions, please call me at 415-436-7022.

Very truly yours,

ISMAEL J. RAMSEY
United States Attorney

SHINING J. HSU
Assistant U.S. Attorney

Encl.: Notice of Lien

Account(s) Open: _____ No Accounts Located: ______

Account(s) Closed: _____ Date(s) Closed: ______________

____________________________________ ____________________
Signature Date

____________________________________
Printed name and Title

RECORDING REQUESTED BY:

UNITED STATES OF AMERICA

WHEN RECORDED MAIL TO:

U.S. ATTORNEY'S OFFICE
450 GOLDEN GATE AVENUE
P.O. BOX 36055
SAN FRANCISCO, CA 94102
ATTN: FINANCIAL LITIGATION PROGRAM

City and County of San Francisco
Joaquín Torres, Assessor-Recorder

| | | | |
|---|---|---|---|
| Doc # | 2023038973 | Fees | $17.00 |
| 5/31/2023 | 2:22:47 PM | Taxes | $0.00 |
| AL | Electronic | Other | $0.00 |
| Pages 2 | Title 024 | SB2 Fees | $0.00 |
| Customer | 2177 | Paid | $17.00 |

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

NOTICE OF LIEN
DOCUMENT TITLE

Ramesh Balwani

Exempt from Building Homes and Jobs Act fee per GC Sec. 27388.1(2)(C); Any real estate instrument, paper, or notice executed or recorded by the federal government in accordance with the Uniform Federal Lien Registration Act (Title 7 (commencing with Section 2100) of Part 4 of the Code of Civil Procedure).

DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR RESTITUTION

United States Attorney's Office
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Serial Number

____________

NOTICE is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant: Ramesh Balwani

Social Security Number: ***-**-3825

Amount of Fine and/or Restitution Judgment: $452,073,468.00, plus statutory interest, if applicable.

Court Imposing Judgment: U.S. District Court, NDCA

Court Number: CR 18-00258-002 EJD

Date of Entry of Judgment: December 07, 2022

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT EXPIRATION INFORMATION**--With respect to the lien listed above, this notice shall remain in effect pursuant to the provisions of 18 U.S.C. § 3613.

PLACE OF FILING: COUNTY RECORDER'S OFFICE, SAN FRANCISCO
1 Dr. Carlton B. Goodlett Place City Hall, Room 190, San Francisco, CA 94123

This notice was prepared and signed at San Francisco, CA on May 31, 2023

Signature: ____________________
VIVIAN F. WANG, Assistant United States Attorney
Telephone Number: 415 436-6970