ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VIVIAN F. WANG (CABN 277577)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7431
Fax: (415) 436-6570
Email: Vivian.Wang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMESH BALWANI,<br><br>Defendant,<br><br>FIDELITY INVESTMENTS,<br><br>Garnishee. | CASE NO. CR 18-00258-002 EJD<br><br>**[PROPOSED]**<br>**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**<br><br>(STOCK ACCOUNTS) |

Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Application for Writ of Continuing Garnishment is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Fidelity Investments, as Garnishee, for the purpose of garnishing property that Ramesh

Balwani has a substantial nonexempt interest, in order to satisfy the judgment entered against him in the above-captioned case.

**IT IS SO ORDERED**.

Dated: ______________

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE